# Exhibit A

10-K 1 apc12311310k.htm 10-K

Table of Contents

Index to Financial Statements

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
# FORM 10-K

**(Mark One)**

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2013**
or

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from          to**
**Commission File No. 1-8968**

# ANADARKO PETROLEUM CORPORATION
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **76-0146568** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1201 Lake Robbins Drive, The Woodlands, Texas 77380-1046**
(Address of principal executive offices)

Registrant's telephone number, including area code **(832) 636-1000**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| Common Stock, par value $0.10 per share | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:** None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒   Accelerated filer ☐   Non-accelerated filer ☐   Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐   No ☒

The aggregate market value of the Company's common stock held by non-affiliates of the registrant on June 28, 2013, was $43.1 billion based on the closing price as reported on the New York Stock Exchange.

The number of shares outstanding of the Company's common stock at January 31, 2014, is shown below:

| **Title of Class** | **Number of Shares Outstanding** |
|---|---|
| Common Stock, par value $0.10 per share | 503,767,298 |

### Documents Incorporated By Reference

Portions of the Proxy Statement for the Annual Meeting of Stockholders of Anadarko Petroleum Corporation to be held May 13, 2014 (to be

"future," "likely," "outlook," or similar expressions or variations on such expressions. For such statements, the Company claims the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995. Although the Company believes that the expectations reflected in such forward-looking statements are reasonable, it can give no assurance that such expectations will be realized. Anadarko undertakes no obligation to publicly update or revise any forward-looking statements whether as a result of new information, future events, or otherwise.

These forward-looking statements involve risk and uncertainties. Important factors that could cause actual results to differ materially from the Company's expectations include, but are not limited to, the following risks and uncertainties:

- the Company's assumptions about energy markets
- production levels
- reserves levels
- operating results
- competitive conditions
- technology
- availability of capital resources, levels of capital expenditures, and other contractual obligations
- supply and demand for, the price of, and the commercializing and transporting of natural gas, crude oil, natural gas liquids (NGLs), and other products or services
- volatility in the commodity-futures market
- weather
- inflation
- availability of goods and services, including unexpected changes in costs
- drilling risks
- future processing volumes and pipeline throughput
- general economic conditions, either internationally or nationally or in the jurisdictions in which the Company or its subsidiaries are doing business
- the Company's inability to timely obtain or maintain permits, including those necessary for drilling and/or development projects
- legislative or regulatory changes, including retroactive royalty or production tax regimes; hydraulic-fracturing regulation; deepwater drilling and permitting regulations; derivatives reform; changes in state, federal, and foreign income taxes; environmental regulation; environmental risks; and liability under federal, state, foreign, and local environmental laws and regulations

33

---

Table of Contents

Index to Financial Statements

- ability of BP Exploration & Production Inc. (BP) to meet its indemnification obligations to the Company for Deepwater Horizon events, including, among other things, damage claims arising under the Oil Pollution Act of 1990 (OPA), claims for natural resource damages (NRD) and associated damage-assessment costs, and any claims arising under the Operating Agreement (OA) for the Macondo well, as well as the ability of BP Corporation North America Inc. (BPCNA) and BP p.l.c. to satisfy their guarantees of such indemnification obligations
- impact of remaining claims related to the Deepwater Horizon events, including, but not limited to, fines, penalties, and punitive damages against the Company, for which it is not indemnified by BP
- current and potential legal proceedings, or environmental or other obligations related to or arising from Tronox Incorporated (Tronox)
- civil or political unrest or acts of terrorism in a region or country
- creditworthiness and performance of the Company's counterparties, including financial institutions, operating partners, and other parties
- volatility in the securities, capital, or credit markets and related risks such as general credit, liquidity, and interest-rate risk
- the Company's ability to successfully monetize select assets, repay its debt, and the impact of changes in the Company's credit ratings

- *disruptions in international crude oil cargo shipping activities*
- *physical, digital, internal, and external security breaches*
- *supply and demand, technological, political, and commercial conditions associated with long-term development and production projects in domestic and international locations*
- *other factors discussed below and elsewhere in this Form 10-K, and in the Company's other public filings, press releases, and discussions with Company management*

*We are, and in the future may become, involved in legal proceedings related to Tronox and, as a result, may incur substantial liabilities in connection with those proceedings, which could have a material adverse effect on our business, prospects, results of operations, cash flows, financial condition, and liquidity.*

In January 2009, Tronox, a former subsidiary of Kerr-McGee Corporation, which is a current subsidiary of Anadarko, and certain of Tronox's subsidiaries filed voluntary petitions for relief under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of New York (Bankruptcy Court). Subsequently, in May 2009, Tronox and certain of its affiliates filed a lawsuit against Anadarko and Kerr-McGee Corporation and certain of its subsidiaries (collectively, Kerr-McGee) asserting a number of claims, including claims for actual and constructive fraudulent conveyance (Adversary Proceeding). Tronox alleged, among other things, that it was insolvent or undercapitalized at the date of its initial public offering and sought, among other things, to recover damages from Kerr-McGee and Anadarko, as well as interest, appreciation, and attorneys' fees and costs. See *Note 17—Contingencies—Tronox Litigation* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K for the nature and status of this litigation and the Company's liability accrual.

As a result of the Bankruptcy Court's finding of liability in its *Memorandum of Opinion, After Trial* (Opinion) issued in December 2013, the Company believes that a loss in the Adversary Proceeding is probable and has recorded a liability of $850 million at December 31, 2013. The Company's liability is based on the application of relevant accounting guidance and law to the information known to the Company at this time. The Bankruptcy Court has not entered a judgment against Kerr-McGee because the Bankruptcy Court has not resolved questions it raised concerning the appropriate application of bankruptcy law to Kerr-McGee's right to an offset claim that would reduce the amount of damages to be awarded to the plaintiffs. As the post-trial proceedings continue, the Bankruptcy Court issues a judgment and the parties consider appeal, it is possible that the Company may be required to increase the accrued liability related to the Adversary Proceeding.

34

---

Table of Contents

Index to Financial Statements

While we currently expect to fully pursue all rights available through the appellate process, the Company cannot guarantee success on appeal. If the Company is ultimately required to pay a judgment, the Company may be required to access its $5.0 billion Facility, enter into new or amended financing arrangements, identify and divest assets and/or use cash flows from operations to secure sufficient funds. The Company's liabilities relating to Tronox could exceed current estimates, and we could incur additional liabilities that we are unable to estimate or predict at this time. These events could have a material adverse effect on our business, prospects, consolidated financial position, results of operations, cash flows, financial condition, and liquidity.

During the appeals process, the Company may be required to post a bond or provide sufficient security within 14 days of a judgment to stay execution of the judgment by the plaintiffs pending the outcome of the appellate process. Depending on the amount of a judgment, there is no guarantee that the Company will be able to post a bond in a timely manner or provide security at levels acceptable to the Bankruptcy Court.

The Company's ability to post a bond or provide sufficient security to stay a judgment depends on a variety of factors, including, but not limited to, the amount of the judgment, the willingness of the Bankruptcy Court to accept alternative forms of security, the willingness of bond providers to issue bonds in the required amount or at all, and the proposed terms of such bonds. The Company may be required to access existing or new financing arrangements and monetize or pledge assets in order to post a bond or provide any such required security. There is no assurance that the Company would be able to take such actions on acceptable terms or at all. In addition, any such financing arrangements could subject the Company to covenants imposing additional or more burdensome restrictions on the Company's business, relative to the covenants currently contained in the $5.0 billion Facility and other existing debt agreements. Moreover, the Company could incur significant fees or costs to obtain and maintain a bond or additional financing arrangements.

*A downgrade or other negative rating action with respect to our credit rating could negatively impact our cost of and ability to access capital.*

In December 2013, following the Bankruptcy Court's issuance of the Opinion relating to Tronox, Standard and Poor's (S&P) affirmed its "BBB-" rating of the Company's debt but revised its outlook from "positive" to "negative" and Moody's Investors

Service (Moody's) affirmed its "Baa3" rating but revised its outlook from "positive" to "developing." At that time, Fitch Ratings (Fitch) announced no change to its "BBB-" rating with a stable outlook. As of the date of this Form 10-K, no changes in the Company's credit ratings have occurred and we are not aware of any current plans of S&P, Moody's, or Fitch to lower their respective ratings on our debt. However, we cannot provide assurance that our credit ratings will not be downgraded or otherwise negatively affected, especially at the time the Bankruptcy Court issues a judgment, depending on the amount of the judgment. A downgrade of our credit ratings could negatively impact our cost of capital and our ability to access capital markets, increase our costs under our $5.0 billion Facility, and limit our ability to effectively execute aspects of our strategy.

In addition, a downgrade or other negative rating action could affect the Company's requirements to post collateral as financial assurance of its performance under certain contractual arrangements, such as pipeline transportation contracts, oil and gas sales contracts, and work commitments. Following the December 2013 outlook revisions by S&P and Moody's, $17 million of letters of credit were provided as assurance of the Company's performance under these types of arrangements. A downgrade or other negative rating action could also prompt requests by some of Anadarko's business partners for the Company to post additional collateral in the form of letters of credit or cash.

A downgrade could also trigger provisions in certain of the Company's derivative instruments that can require full or partial collateralization or immediate settlement of the Company's obligations. Most of the Company's derivative counterparties maintain secured positions with respect to the Company's derivative liabilities under the Company's $5.0 billion Facility, and if such facility terminates, the Company may be required to post collateral pursuant to existing credit support arrangements. A downgrade could also cause the Company's credit thresholds with such derivative counterparties to be reduced or eliminated, increasing the amount of collateral required. The aggregate fair value of all derivative instruments with credit-risk-related contingent features for which a net liability position existed at December 31, 2013, was $42 million (net of collateral). See *Note 11—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

35

Table of Contents

Index to Financial Statements

*We may be subject to claims and liabilities relating to the Deepwater Horizon events that are not covered by BP's indemnification obligations under our Settlement Agreement with BP, or that result in losses to the Company, notwithstanding BP's indemnification against such losses, as a result of BP's inability to satisfy its indemnification obligations under the Settlement Agreement and BPCNA's and BP p.l.c.'s inability to satisfy their guarantees of BP's indemnification obligations.*

In October 2011, the Company and BP entered into a settlement agreement, mutual releases, and agreement to indemnify relating to the Deepwater Horizon events (Settlement Agreement). Pursuant to the Settlement Agreement, the Company is fully indemnified by BP against all claims, causes of action, losses, costs, expenses, liabilities, damages, or judgments of any kind arising out of the Deepwater Horizon events, related damage claims arising under OPA, NRD claims and assessment costs, and any claims arising under the OA. This indemnification is guaranteed by BPCNA and, in the event that the net worth of BPCNA declines below an agreed-on amount, BP p.l.c. has agreed to become the sole guarantor.

Any failure or inability on the part of BP to satisfy its indemnification obligations under the Settlement Agreement, or on the part of BPCNA or BP p.l.c. to satisfy their respective guarantee obligations, could subject us to significant monetary liability beyond the terms of the Settlement Agreement, which could have a material adverse effect on our business, prospects, results of operations, financial condition, and liquidity. In November 2012, BP settled all criminal and securities claims brought by the United States against BP, with BP agreeing to pay $4.0 billion over five years to the U.S. Department of Justice with respect to the criminal claims and further agreeing to pay another $525 million over three years to the Securities and Exchange Commission (SEC) with respect to the securities claims. BP represents that it is prepared to vigorously defend itself against remaining civil claims. Furthermore, in certain instances we may be required to recognize a liability for amounts for which we are indemnified in advance of or in connection with recognizing a receivable from BP for the related indemnity payment. Any such liability recognition without collection of the offsetting receivable could adversely impact our results of operations, our financial condition, and our ability to make borrowings.

Under the Settlement Agreement, BP does not indemnify the Company against fines and penalties, punitive damages, shareholder derivative or securities laws claims, or certain other claims. The adverse resolution of any current or future proceeding related to the Deepwater Horizon events for which we are not indemnified by BP could subject us to significant monetary liability, which could have a material adverse effect on our business, prospects, results of operations, financial condition, and liquidity.

*Oil, natural-gas, and NGLs prices are volatile. A substantial or extended decline in the price of these commodities could adversely affect our financial condition and results of operations.*

Prices for oil, natural gas, and NGLs can fluctuate widely. Our revenues, operating results, and future growth rates are highly dependent on the prices we receive for our oil, natural gas, and NGLs. The markets for oil, natural gas, and NGLs have been volatile historically and may continue to be volatile in the future. Factors influencing the prices of oil, natural gas, and NGLs are beyond our

exploration and dry hole expenses.

*We have limited influence over the activities on properties we do not operate.*

Other companies operate some of the properties in which we have an interest. We have limited ability to influence the operation or future development of these nonoperated properties or the amount of capital expenditures that we are required to fund with respect to them. Our dependence on the operator and other working interest owners for these projects and our limited ability to influence the operation and future development of these properties could materially adversely affect the realization of our targeted returns on capital and lead to unexpected future costs.

*Our ability to sell our oil and gas production could be materially harmed if we fail to obtain adequate services such as transportation.*

The marketability of our production depends in part on the availability, proximity, and capacity of pipeline facilities and tanker transportation. If any pipelines or tankers become unavailable, we would, to the extent possible, be required to find a suitable alternative to transport the oil and natural gas, which could increase our costs and/or reduce the revenues we might obtain from the sale of the oil and gas.

*Provisions in our corporate documents and Delaware law could delay or prevent a change of control of Anadarko, even if that change would be beneficial to our stockholders.*

Our restated certificate of incorporation and by-laws contain provisions that may make a change of control of Anadarko difficult, even if it may be beneficial to our stockholders, including provisions governing the nomination and removal of directors, the prohibition of stockholder action by written consent and regulation of stockholders' ability to bring matters for action before annual stockholder meetings, and the authorization given to our Board of Directors to issue and set the terms of preferred stock.

In addition, Section 203 of the Delaware General Corporation Law imposes restrictions on mergers and other business combinations between us and any holder of 15% or more of our outstanding common stock.

47

Table of Contents

Index to Financial Statements

*We may reduce or cease to pay dividends on our common stock.*

We can provide no assurance that we will continue to pay dividends at the current rate or at all. The amount of cash dividends, if any, to be paid in the future will depend on actions taken by our Board of Directors, as well as, our financial condition, results of operations, cash flows, levels of capital and exploration expenditures, future business prospects, expected liquidity needs, and other related matters that our Board of Directors deems relevant.

*The loss of key members of our management team, or difficulty attracting and retaining experienced technical personnel, could reduce our competitiveness and prospects for future success.*

The successful implementation of our strategies and handling of other issues integral to our future success will depend, in part, on our experienced management team. The loss of key members of our management team could have an adverse effect on our business. We do not carry key man insurance. Our exploratory drilling success and the success of other activities integral to our operations will depend, in part, on our ability to attract and retain experienced explorationists, engineers, and other professionals. Competition for such professionals is intense. If we cannot retain our technical personnel or attract additional experienced technical personnel, our ability to compete could be harmed.

## Item 1B.  Unresolved Staff Comments

None.

## Item 3.  Legal Proceedings

**GENERAL**   The Company is a defendant in a number of lawsuits and is involved in governmental proceedings and regulatory controls arising in the ordinary course of business, including, but not limited to, personal injury claims; title disputes; tax disputes; royalty claims; contract claims; contamination claims relating to oil and gas production, transportation, and processing; and

environmental claims, including claims involving assets owned by acquired companies and claims involving assets previously sold to third parties and no longer a part of the Company's current operations. Anadarko is also subject to various environmental-remediation and reclamation obligations arising from federal, state, and local laws and regulations. While the ultimate outcome and impact on the Company cannot be predicted with certainty, after consideration of recorded expense and liability accruals, management believes that, with the possible exception of the Tronox Litigation discussed in *Note 17—Contingencies—Tronox Litigation* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K, the resolution of pending proceedings will not have a material adverse effect on the Company's consolidated financial position, results of operations, or cash flows.

In July 2013, Kerr-McGee Gathering LLC, one of the Company's consolidated subsidiaries, entered into a consent order with the Colorado Department of Public Health and Environment relating to the failure to comply with certain terms of permits at its Frederick compression station and agreed to pay a penalty of approximately $125,000.

In September 2013, Anadarko received a Notice of Proposed Penalty Assessment (Notice) from the Bureau of Safety and Environmental Enforcement (BSEE) as the result of an incident that occurred in February 2012 relating to a drilling rig in the Gulf of Mexico. In the Notice, the BSEE alleged several violations of certain offshore operational requirements and proposed a penalty in the amount of $395,000. Anadarko has disputed many of the allegations and is working with the BSEE to resolve this matter.

See *Note 17—Contingencies* in the *Notes to Consolidated Financial Statements under* Item 8 of this Form 10-K, which is incorporated herein by reference, for a discussion of material legal proceedings to which the Company is a party.

## Item 4.  Mine Safety Disclosures

Not applicable.

48

---

Table of Contents

Index to Financial Statements

## PART II

## Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities

## MARKET INFORMATION, HOLDERS, AND DIVIDENDS

At January 31, 2014, there were approximately 12,200 holders of record of Anadarko common stock. The common stock of Anadarko is traded on the New York Stock Exchange. The following shows information regarding the market price of and dividends declared and paid on the Company's common stock by quarter for 2013 and 2012:

|  | First Quarter | | Second Quarter | | Third Quarter | | Fourth Quarter | |
|---|---|---|---|---|---|---|---|---|
| **2013** | | | | | | | | |
| Market Price | | | | | | | | |
| High | $ | 89.20 | $ | 92.18 | $ | 96.75 | $ | 98.47 |
| Low | $ | 74.73 | $ | 78.30 | $ | 86.08 | $ | 73.60 |
| Dividends | $ | 0.09 | $ | 0.09 | $ | 0.18 | $ | 0.18 |
| **2012** | | | | | | | | |
| Market Price | | | | | | | | |
| High | $ | 88.70 | $ | 79.85 | $ | 76.63 | $ | 76.95 |
| Low | $ | 75.90 | $ | 56.42 | $ | 64.19 | $ | 65.82 |
| Dividends | $ | 0.09 | $ | 0.09 | $ | 0.09 | $ | 0.09 |

The amount of future common stock dividends will depend on earnings, financial condition, capital requirements, the effect a dividend payment would have on the Company's compliance with its financial covenants, and other factors, and will be determined by the Board of Directors on a quarterly basis. For additional information, see *Liquidity and Capital Resources—Uses of Cash—Common Stock Dividends and Distributions to Noncontrolling Interest Owners* under Item 7 of this Form 10-K.

49

---

Table of Contents

Corporation; Marathon Oil Corporation; Murphy Oil Corporation; Noble Energy, Inc.; Occidental Petroleum Corporation; and Pioneer Natural Resources Company. The 10 companies included in the old peer group (Old Peer Group) are Apache Corporation; Chevron Corporation; ConocoPhillips; Devon Energy Corporation; EOG Resources, Inc.; Hess Corporation; Marathon Oil Corporation; Noble Energy, Inc.; Occidental Petroleum Corporation; and Pioneer Natural Resources Company. Plains Exploration and Production Company was excluded from the Old Peer Group since it was acquired in May 2013 and ceased trading. As a result, Murphy Oil Corporation was included in the New Peer Group for 2013.

### Comparison of 5-Year Cumulative Total Return Among Anadarko Petroleum Corporation, the S&P 500 Index, the New Peer Group, and the Old Peer Group



Copyright© 2014 S&P, a division of The McGraw-Hill Companies Inc. All rights reserved.

An investment of $100 (with reinvestment of all dividends) is assumed to have been made in the Company's common stock, in the S&P 500 Index, and in each of the peer groups on December 31, 2008, and its relative performance is tracked through December 31, 2013.

| Fiscal Year Ended December 31 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|
| Anadarko Petroleum Corporation | $ 100.00 | $ 163.18 | $ 200.35 | $ 201.75 | $ 197.40 | $ 211.99 |
| S&P 500 | 100.00 | 126.46 | 145.51 | 148.59 | 172.37 | 228.19 |
| New Peer Group | 100.00 | 117.43 | 145.22 | 153.46 | 156.49 | 196.69 |
| Old Peer Group | 100.00 | 117.28 | 144.58 | 153.93 | 156.59 | 196.70 |

Table of Contents

Index to Financial Statements

## Item 6. Selected Financial Data

|  | Summary Financial Information [(1)] | | | | |
|---|---|---|---|---|---|
| *millions except per-share amounts* | **2013** | 2012 | 2011 | 2010 | 2009 |
| Sales Revenues | $ **14,867** | $ 13,307 | $ 13,882 | $ 10,842 | $ 8,210 |
| Gains (Losses) on Divestitures and Other, net | **(286)** | 104 | 85 | 142 | 133 |
| Reversal of Accrual for DWRRA Dispute | **—** | — | — | — | 657 |
| Total Revenues and Other | **14,581** | 13,411 | 13,967 | 10,984 | 9,000 |
| Algeria Exceptional Profits Tax Settlement | **33** | (1,797) | — | — | — |
| Deepwater Horizon Settlement and Related Costs | **15** | 18 | 3,930 | 15 | — |
| Operating Income (Loss) | **3,333** | 3,727 | (1,870) | 1,769 | 377 |
| Tronox-related Contingent Loss | **850** | (250) | 250 | — | — |

| | | | | | |
|---|---|---|---|---|---|
| Income (Loss) | **941** | 2,445 | (2,568) | 821 | (103) |
| Net Income (Loss) Attributable to Common Stockholders | **801** | 2,391 | (2,649) | 761 | (135) |
| Per Common Share (amounts attributable to common stockholders) | | | | | |
|     Net Income (Loss)—Basic | $  **1.58** | $  4.76 | $  (5.32) | $  1.53 | $  (0.28) |
|     Net Income (Loss)—Diluted | $  **1.58** | $  4.74 | $  (5.32) | $  1.52 | $  (0.28) |
|     Dividends | $  **0.54** | $  0.36 | $  0.36 | $  0.36 | $  0.36 |
| Average Number of Common Shares Outstanding—Basic | **502** | 500 | 498 | 495 | 480 |
| Average Number of Common Shares Outstanding—Diluted | **505** | 502 | 498 | 497 | 480 |
| Cash Provided by Operating Activities | **8,888** | 8,339 | 2,505 | 5,247 | 3,926 |
| Capital Expenditures | $  **8,523** | $  7,311 | $  6,553 | $  5,169 | $  4,558 |
| Current Portion of Long-term Debt | $  **500** | $  — | $  170 | $  291 | $  — |
| Long-term Debt | **13,065** | 13,269 | 15,060 | 12,722 | 11,149 |
| Midstream Subsidiary Note Payable to a Related Party | **—** | — | — | — | 1,599 |
| Total Debt | $  **13,565** | $  13,269 | $  15,230 | $  13,013 | $  12,748 |
| Total Stockholders' Equity | **21,857** | 20,629 | 18,105 | 20,684 | 19,928 |
| Total Assets | $  **55,781** | $  52,589 | $  51,779 | $  51,559 | $  50,123 |
| Annual Sales Volumes | | | | | |
|     Natural Gas (Bcf) | **968** | 913 | 852 | 829 | 809 |
|     Oil and Condensate (MMBbls) | **91** | 86 | 79 | 74 | 68 |
|     Natural Gas Liquids (MMBbls) | **33** | 30 | 27 | 23 | 17 |
|     Total (MMBOE)[(2)] | **285** | 268 | 248 | 235 | 220 |
| Average Daily Sales Volumes | | | | | |
|     Natural Gas (MMcf/d) | **2,652** | 2,495 | 2,334 | 2,272 | 2,217 |
|     Oil and Condensate (MBbls/d) | **248** | 233 | 217 | 201 | 187 |
|     Natural Gas Liquids (MBbls/d) | **91** | 83 | 74 | 63 | 47 |
|     Total (MBOE/d) | **781** | 732 | 680 | 643 | 604 |
| Proved Reserves | | | | | |
|     Natural-Gas Reserves (Tcf) | **9.2** | 8.3 | 8.4 | 8.1 | 7.8 |
|     Oil and Condensate Reserves (MMBbls) | **851** | 767 | 771 | 749 | 733 |
|     Natural-Gas Liquids Reserves (MMBbls) | **407** | 405 | 374 | 320 | 277 |
|     Total Proved Reserves (MMBOE) | **2,792** | 2,560 | 2,539 | 2,422 | 2,304 |
| Number of Employees | **5,700** | 5,200 | 4,800 | 4,400 | 4,300 |

[(1)]    Consolidated for Anadarko and its subsidiaries. Certain amounts for prior years have been reclassified to conform to the current presentation.

[(2)]    Natural gas is converted to equivalent barrels at the rate of 6,000 cubic feet of gas per barrel.

Table of Measures

| | |
|---|---|
| Bcf—Billion cubic feet | MBbls/d—Thousand barrels per day |
| MMBbls—Million barrels | MBOE/d—Thousand barrels of oil equivalent per day |
| MMBOE—Million barrels of oil equivalent | Tcf—Trillion cubic feet |
| MMcf/d—Million cubic feet per day | |

Table of Contents

Index to Financial Statements

## Item 7.  Management's Discussion and Analysis of Financial Condition and Results of Operations

The following discussion should be read together with the *Consolidated Financial Statements* and the *Notes to Consolidated Financial Statements*, which are included in this report in Item 8, and the information set forth in *Risk Factors* under Item 1A. Unless the context otherwise requires, the terms "Anadarko" and "Company" refer to Anadarko Petroleum Corporation and its consolidated subsidiaries.

## OVERVIEW

Anadarko met or exceeded its key operational objectives in 2013. The Company increased sales volumes per day by approximately 7% over 2012 and added 528 million barrels of oil equivalent (BOE) of proved reserves. Additionally, the Company continued its deepwater exploration and appraisal drilling success with a 67% success rate in 2013. The Company ended 2013 with $3.7 billion of cash on hand, availability of its $5.0 billion senior secured revolving credit facility maturing in September 2015 ($5.0 billion Facility), and access to credit and capital markets as needed. Management believes that the Company is positioned to continue to satisfy its operational objectives and capital commitments with cash on hand, available borrowing capacity, and cash flows from operations.

### Mission and Strategy

Anadarko's mission is to deliver a competitive and sustainable rate of return to shareholders by developing, acquiring, and exploring for oil and natural-gas resources vital to the world's health and welfare. Anadarko employs the following strategy to achieve this mission:

- explore in high-potential, proven basins
- identify and commercialize resources
- employ a global business development approach
- ensure financial discipline and flexibility

Exploring in high-potential, proven, and emerging basins worldwide provides the Company with growth opportunities. Anadarko's exploration success has created value by increasing future resource potential, while providing the flexibility to mitigate risk by monetizing discoveries.

Developing a portfolio of primarily unconventional resources provides the Company a stable base of capital-efficient and predictable development opportunities that, in turn, positions the Company for consistent growth at competitive rates.

Anadarko's global business development approach transfers core skills across the globe to assist in the discovery and development of world-class resources that are accretive to the Company's performance. These resources help form an optimized global portfolio where both surface and subsurface risks are actively managed.

A strong balance sheet is essential for the development of the Company's assets, and Anadarko is committed to disciplined investment in its businesses to efficiently manage commodity price cycles. Maintaining financial discipline enables the Company to capitalize on the opportunities afforded by its global portfolio, while allowing the Company to pursue new strategic growth opportunities.

53

Table of Contents

Index to Financial Statements

Significant 2013 operating and financial activities include the following:

### Overall

- Anadarko's full-year sales volumes averaged 781 thousand barrels of oil equivalent per day (MBOE/d), representing a 7% increase over 2012.
- Anadarko's liquids sales volumes were 339 thousand barrels per day (MBbls/d), representing a 7% increase over 2012, primarily due to increased sales volumes in the Wattenberg field, the Eagleford shale, and the East Texas/North Louisiana horizontal development.
- The Company achieved a 67% success rate from deepwater exploration and appraisal drilling in 2013.
- The Company recognized an $850 million contingent loss related to the Adversary Proceeding. See *Note 17—Contingencies— Tronox Litigation* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

### U.S. Onshore

- The Rocky Mountains Region (Rockies) full-year sales volumes averaged 327 MBOE/d, representing a 3% increase over 2012, primarily from the Wattenberg field.
- The Southern and Appalachia Region full-year sales volumes averaged 257 MBOE/d, representing a 30% increase over 2012, primarily from the Marcellus and Eagleford shales, and the East Texas/North Louisiana horizontal development.

- Anadarko acquired certain oil and gas properties and related assets in the Moxa area of Wyoming for $310 million.
- Anadarko exchanged certain oil and gas properties in the Wattenberg field with a third party, which allowed the Company to consolidate its working interest and operated acreage positions in the field.
- The Company sold its interest in the Pinedale/Jonah assets in the Rockies to a third party for $581 million in January 2014, recognizing a loss of $701 million in 2013.

**Gulf of Mexico**

- Gulf of Mexico full-year sales volumes averaged 96 MBOE/d, representing a 17% decrease from 2012, primarily due to natural production declines.
- The Company entered into a carried-interest arrangement that requires a third-party partner to fund $860 million of Anadarko's capital costs in exchange for a 12.75% working interest in the Heidelberg development.
- Anadarko's 80-MBbls/d Lucius spar was installed on location in the deepwater Gulf of Mexico and well-completion activities were initiated.
- The Company drilled three successful exploration wells and three appraisal wells.
- The Company increased its ownership position in the Coronado discovery from 15% to 35% and will assume operatorship following the drilling of an appraisal well, which was spud in the fourth quarter of 2013.

54

Table of Contents

Index to Financial Statements

**International**

- International full-year sales volumes averaged 90 MBOE/d, representing a 7% increase from 2012, primarily in Ghana.
- The Company drilled two successful exploration wells in Mozambique.
- Anadarko and its partners continue to make progress marketing liquefied natural gas (LNG) to be produced from Anadarko-operated Rovuma Offshore Area 1 in Mozambique. The partners have reached non-binding Heads of Agreements for long-term LNG sales to buyers in Asian markets covering approximately two-thirds of the first 5-million-tonne-per-annum train.
- The Company participated in ten successful appraisal wells: six in Mozambique, two in Ghana, and two in Brazil.
- Anadarko and its partners achieved initial oil production at the El Merk project and production from the facility increased throughout the year as two oil trains and a natural-gas processing and NGLs extraction train were completed and brought online. Final commissioning of the NGLs extraction train is ongoing and will be completed in the first quarter of 2014.
- Anadarko and its partners received government approval for the Plan of Development for the Tweneboa/Enyenra/Ntomme (TEN) deepwater oil project offshore Ghana.
- Anadarko sold a 10% working interest in Rovuma Offshore Area 1 in Mozambique for $2.64 billion in February 2014.

**Financial**

- Anadarko's net income attributable to common stockholders for 2013 totaled $801 million, which included an $850 million contingent loss related to the Adversary Proceeding and $794 million of impairment expense primarily related to certain Gulf of Mexico properties and domestic onshore properties.
- The Company generated $8.9 billion of cash flow from operations in 2013, including $730 million related to the resolution of the Algeria exceptional profits tax dispute, and ended 2013 with $3.7 billion of cash on hand.
- Anadarko increased the quarterly dividend paid to its common stockholders from $0.09 per share to $0.18 per share.

The following discussion pertains to Anadarko's results of operations, financial condition, and changes in financial condition. Any increases or decreases "for the year ended December 31, 2013," refer to the comparison of the year ended December 31, 2013, to the year ended December 31, 2012. Similarly, any increases or decreases "for the year ended December 31, 2012," refer to the comparison of the year ended December 31, 2012, to the year ended December 31, 2011. The primary factors that affect the Company's results of operations include commodity prices for natural gas, crude oil, and natural gas liquids (NGLs); sales volumes; the Company's ability to discover additional reserves; the cost of finding such reserves; and operating costs.

55

Table of Contents

## RESULTS OF OPERATIONS

| *millions except per-share amounts and percentages* | | **2013** | | 2012 | | 2011 |
|---|---|---|---|---|---|---|
| **Financial Results** | | | | | | |
| Natural-gas, oil and condensate, and NGLs sales | $ | **13,828** | $ | 12,396 | $ | 12,834 |
| Gathering, processing, and marketing sales | | **1,039** | | 911 | | 1,048 |
| Gains (losses) on divestitures and other, net | | **(286)** | | 104 | | 85 |
| Total revenues and other | | **14,581** | | 13,411 | | 13,967 |
| Costs and expenses [1] | | **11,248** | | 9,684 | | 15,837 |
| Other (income) expense [2] | | **1,227** | | 162 | | 1,554 |
| Income tax expense (benefit) | | **1,165** | | 1,120 | | (856) |
| Net income (loss) attributable to common stockholders | $ | **801** | $ | 2,391 | $ | (2,649) |
| Net income (loss) per common share attributable to common stockholders—diluted | $ | **1.58** | $ | 4.74 | $ | (5.32) |
| Average number of common shares outstanding—diluted | | **505** | | 502 | | 498 |
| | | | | | | |
| **Operating Results** | | | | | | |
| Adjusted EBITDAX [3] | $ | **9,403** | $ | 8,966 | $ | 8,869 |
| Total proved reserves (MMBOE) | | **2,792** | | 2,560 | | 2,539 |
| Annual sales volumes (MMBOE) | | **285** | | 268 | | 248 |
| | | | | | | |
| **Capital Resources and Liquidity** | | | | | | |
| Cash provided by operating activities | $ | **8,888** | $ | 8,339 | $ | 2,505 |
| Capital expenditures | | **8,523** | | 7,311 | | 6,553 |
| Total debt | | **13,565** | | 13,269 | | 15,230 |
| Stockholders' equity | $ | **21,857** | $ | 20,629 | $ | 18,105 |
| Debt to total capitalization ratio | | **38.3%** | | 39.1% | | 45.7% |

MMBOE—million barrels of oil equivalent

(1) Includes Deepwater Horizon settlement and related costs of $15 million in 2013, $18 million in 2012, and $3.9 billion in 2011, and a credit of $1.8 billion for previously recognized expenses related to the favorable resolution of the Algeria exceptional profits tax dispute in 2012.

(2) Includes Tronox-related contingent loss of $850 million in 2013, reversal of the 2011 Tronox-related contingent loss $(250) million in 2012, and Tronox-related contingent loss of $250 million in 2011.

(3) See *Operating Results—Segment Analysis—Adjusted EBITDAX* for a description of Adjusted EBITDAX, which is not a U.S. Generally Accepted Accounting Principles (GAAP) measure, and for a reconciliation of Adjusted EBITDAX to income (loss) before income taxes, which is presented in accordance with GAAP.

56

## FINANCIAL RESULTS

### Sales Revenues and Volumes

| *millions except percentages* | | **2013** | Inc/(Dec) vs. 2012 | | 2012 | Inc/(Dec) vs. 2011 | | 2011 |
|---|---|---|---|---|---|---|---|---|
| **Sales Revenues** | | | | | | | | |
| Natural-gas sales | $ | **3,388** | 39% | $ | 2,444 | (26)% | $ | 3,300 |

Table of Contents

Index to Financial Statements

Oil and gas transportation and other expenses increased by $67 million for the year ended December 31, 2013, and $64 million for the year ended December 31, 2012, primarily due to higher gas-gathering and transportation costs attributable to higher volumes and increased costs related to growth in the Company's U.S. onshore asset base. Oil and gas transportation and other expenses per BOE increased by $0.02 for the year ended December 31, 2013, primarily due to the higher costs discussed above, partially offset by increased sales volumes. Oil and gas transportation and other expenses per BOE decreased by $0.02 for the year ended December 31, 2012, primarily due to increased sales volumes, partially offset by the higher costs discussed above.

| *millions* | **2013** | | 2012 | | 2011 |
|---|---|---|---|---|---|
| **Exploration Expense** | | | | | |
| Dry hole expense | $ | **556** | $ 440 | $ | 154 |
| Impairments of unproved properties | | **308** | 1,104 | | 471 |
| Geological and geophysical expense | | **208** | 151 | | 246 |
| Exploration overhead and other | | **257** | 251 | | 205 |
| Total exploration expense | $ | **1,329** | $ 1,946 | $ | 1,076 |

Exploration expense decreased $617 million for the year ended December 31, 2013. Impairments of unproved properties decreased $796 million primarily due to $845 million of 2012 impairments, which included $721 million related to Powder River coalbed methane properties primarily due to lower natural-gas prices and $124 million related to a Gulf of Mexico natural-gas property that the Company does not expect to develop under the forecasted natural-gas price environment. In addition, unproved property impairments for the year ended December 31, 2013, decreased by $144 million as a result of a change in the Company's estimated success rate associated with unproved Gulf of Mexico properties. The decrease was partially offset by unproved oil and gas property impairments in 2013 due to changes to the Company's drilling plans, which included $89 million for an unproved property in Block 43/11 in the South China Sea, $53 million for an unproved property in the Espírito Santo basin in Brazil, and $53 million for a domestic onshore unproved property. For the year ended December 31, 2013, dry hole expense increased by $116 million primarily due to 2013 dry hole expense for wells in the Gulf of Mexico, Sierra Leone, Kenya, Côte d'Ivoire, and New Zealand, partially offset by 2012 dry hole expense for wells in Brazil, Sierra Leone, the Gulf of Mexico, Ghana, and Côte d'Ivoire. Geological and geophysical expense increased $57 million for the year ended December 31, 2013, primarily due to 2013 seismic purchases in Colombia and the Gulf of Mexico.

Exploration expense increased $870 million for the year ended December 31, 2012. Impairments of unproved properties increased $633 million primarily due to $845 million of 2012 impairments for certain unproved properties in the Rockies and the Gulf of Mexico as discussed above, partially offset by 2011 impairments of certain unproved properties in the Gulf of Mexico of $124 million and Indonesia of $63 million due to decreases in the estimated recoverable cash flows. Dry hole expense increased $286 million for the year ended December 31, 2012, primarily due to wells in Brazil, Sierra Leone, Côte d'Ivoire, Mozambique, and the Gulf of Mexico. Geological and geophysical expense decreased $95 million primarily due to fewer seismic purchases in Kenya, Liberia, New Zealand, and Mozambique. Exploration overhead and other increased $46 million for the year ended December 31, 2012, primarily due to increased exploration activity in U.S. onshore and Mozambique.

Table of Contents

Index to Financial Statements

| *millions except percentages* | **2013** | Inc/(Dec) vs. 2012 | 2012 | Inc/(Dec) vs. 2011 | 2011 |
|---|---|---|---|---|---|
| General and administrative | $ **1,090** | (13)% | $ 1,246 | 18 % | $ 1,060 |
| Depreciation, depletion, and amortization | **3,927** | (1) | 3,964 | 3 | 3,830 |
| Other taxes | **1,077** | (12) | 1,224 | (18) | 1,492 |
| Impairments | **794** | 104 | 389 | (78) | 1,774 |

For the year ended December 31, 2013, general and administrative (G&A) expense decreased by $156 million due to reduced legal-related expenses of $101 million and lower employee-related expenses of $60 million. The reduced legal-related expenses were primarily related to lower Tronox legal expenses in 2013 and the third-party reimbursement during 2013 of the Company's legal expenses associated with the Algeria exceptional profits tax settlement. The lower employee-related expenses were primarily related

to the 2012 expense associated with Unit Appreciation Rights (UARs), partially offset by higher 2013 employee-related expenses associated with operational expansions. The UARs were awarded in prior years to certain officers of the general partner of Western Gas Partners, LP (WES), a consolidated subsidiary of Anadarko, pursuant to the Western Gas Holdings, LLC (WGH) Equity Incentive Plan. This expense was related to the change in fair value of the UARs upon the initial public offering (IPO) of Western Gas Equity Partners, LP (WGP), a consolidated subsidiary formed to own substantially all of Anadarko's partnership interests in WES. For the year ended December 31, 2012, G&A expense increased by $186 million due to higher employee-related expenses of $150 million primarily related to expense associated with the UARs discussed above and $41 million due to legal-related expenses primarily related to increased Tronox legal expenses in 2012.

For the year ended December 31, 2013, depreciation, depletion, and amortization (DD&A) expense decreased by $37 million primarily due to accelerated expense in 2012 associated with the depletion of fields in the Gulf of Mexico, partially offset by higher volumes in 2013. For the year ended December 31, 2012, DD&A expense increased by $134 million primarily due to higher sales volumes, accelerated expense in 2012 as discussed above, and the start of production at Caesar/Tonga in March 2012. These increases were partially offset by lower per-barrel DD&A rates resulting from asset impairments recognized in the fourth quarter of 2011 and reserves additions in 2012 in the Southern and Appalachia Region.

For the year ended December 31, 2013, other taxes decreased by $147 million primarily related to lower Algerian exceptional profits taxes of $116 million due to a lower Algeria effective tax rate resulting from the resolution of the Algeria exceptional profits tax dispute and lower crude-oil prices. In addition, lower sales volumes and crude-oil prices resulted in a $33 million decrease in U.S. production and severance taxes primarily in Alaska. For the year ended December 31, 2012, other taxes decreased by $268 million primarily related to lower Algeria exceptional profits taxes of $184 million due to a lower Algeria effective tax rate resulting from the resolution of the Algeria exceptional profits tax dispute. Other taxes also decreased due to lower commodity prices, which resulted in lower U.S. production and severance taxes of $55 million, and lower ad valorem taxes of $27 million.

Impairment expense of $794 million for the year ended December 31, 2013, included $562 million due to a reduction in estimated future net cash flows per barrel and downward revisions of reserves for certain Gulf of Mexico properties that the Company no longer plans to develop. In addition, impairment expense included $142 million for certain domestic onshore oil and gas properties due to downward revisions of reserves that the Company no longer plans to develop and $49 million for related midstream assets. Impairment expense also included $30 million for certain midstream properties due to a reduction in estimated future cash flows, and $11 million related to the Company's Venezuelan cost-method investment due to declines in estimated recoverable value. Declines in commodity prices or negative reserves revisions could result in additional impairments. See *Note 5—Impairments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K for additional information on impairments and *Risk Factors* under Item 1A of this Form 10-K for further discussion on the risks associated with oil, natural-gas, and NGLs prices.

63

Table of Contents

Index to Financial Statements

Impairment expense was $389 million for the year ended December 31, 2012. The Company recognized impairments of $363 million related to oil and gas exploration and production reporting segment properties located in the United States, $13 million related to midstream properties, and $13 million related to the Company's Venezuelan cost-method investment. Impairment expense for U.S. oil and gas exploration and production reporting segment properties included $259 million related to lower natural-gas prices. Impairment expense for U.S. properties also included $79 million related to downward reserves revisions for a Gulf of Mexico property that was near the end of its economic life and $25 million for a platform in the Gulf of Mexico.

Impairment expense of $1.8 billion for the year ended December 31, 2011, included $1.2 billion related to oil and gas exploration and production reporting segment properties located in the United States, $458 million for midstream reporting segment properties, and $91 million related to the Company's Venezuelan cost-method investment. Impairment expense of $952 million for U.S. onshore oil and gas properties and $446 million for associated midstream properties was triggered by lower natural-gas prices. Impairment expense also included $162 million for certain Gulf of Mexico properties related to declines in estimated recoverable reserves, and $100 million related to onshore properties due to changes in projected cash flows resulting from the Company's intent to divest of the properties.

| millions | 2013 | 2012 | 2011 |
|---|---|---|---|
| Algeria exceptional profits tax settlement | $        33 | $     (1,797) | $        — |
| Deepwater Horizon settlement and related costs | 15 | 18 | 3,930 |

In March 2012, Anadarko and Sonatrach resolved the exceptional profits tax dispute. The resolution provided for delivery to the Company of crude oil valued at $1.7 billion and the elimination of $62 million of previously recorded and unpaid transportation charges. The Company recognized a $1.8 billion credit in the Costs and Expenses section of the Consolidated Statement of Income for 2012 to reflect the effect of this agreement for previously recorded expenses. During 2013, the Company revised its estimate of income tax expense related to the elimination of previously recorded and unpaid transportation charges and recognized a $33 million unfavorable adjustment to the settlement, which was offset by an equivalent income tax benefit also recognized in 2013. At December

31, 2013, the Company had collected all of the $1.7 billion associated with the Algeria exceptional profits tax receivable.

In October 2011, the Company and BP Exploration & Production Inc (BP) entered into the Settlement Agreement, under which the Company paid $4.0 billion in cash and transferred its interest in the Macondo well and the Mississippi Canyon Block 252 lease to BP, and BP agreed to accept this consideration in full satisfaction of its claims against Anadarko. Refer to *Note 17—Contingencies— Deepwater Horizon Events* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K for discussion and analysis of these events.

Deepwater Horizon settlement and related costs included legal expenses and related costs associated with the Deepwater Horizon events of $15 million for the year ended December 31, 2013, and $18 million for the year ended December 31, 2012. For the year ended December 31, 2011, Deepwater Horizon settlement and related costs included a $4.0 billion expense for the Company's cash payment made to BP pursuant to the Settlement Agreement discussed above, as well as $93 million of legal expenses and other related costs associated with the Deepwater Horizon events. These amounts were partially offset by a $163 million gain recognized in 2011 for insurance recoveries associated with the Deepwater Horizon events. Although Anadarko has been indemnified by BP for certain costs, the Company may be required to recognize a liability for amounts in advance of or in connection with recognizing a receivable from BP for the related indemnity payment. In all circumstances, however, the Company expects that any additional indemnified liability that may be recorded by the Company will be subsequently recovered from BP itself or through the guarantees of BPCNA or BP p.l.c. Additionally, as part of the Settlement Agreement, BP has agreed that, to the extent it receives value in the future from claims that it has asserted or could assert against third parties arising from or relating to the Deepwater Horizon events, it will make cash payments (not to exceed $1.0 billion in the aggregate) to Anadarko, on a current and continuing basis, equal to 12.5% of the aggregate value received by BP in excess of $1.5 billion. Any payments received by the Company pursuant to this arrangement will be accounted for as a reimbursement of the $4.0 billion 2011 payment made to BP as part of the Settlement Agreement.

Table of Contents

Index to Financial Statements

### Other (Income) Expense

| millions except percentages | 2013 | | Inc/(Dec) vs. 2012 | 2012 | | Inc/(Dec) vs. 2011 | 2011 | |
|---|---|---|---|---|---|---|---|---|
| **Interest Expense** | | | | | | | | |
| Current debt, long-term debt, and other | $ | **949** | (1)% | $ | 963 | (2)% | $ | 986 |
| Capitalized interest | | **(263)** | (19) | | (221) | (50) | | (147) |
| Interest expense | $ | **686** | (8) | $ | 742 | (12) | $ | 839 |

Anadarko's interest expense decreased by $56 million for the year ended December 31, 2013, primarily due to an increase in capitalized interest of $42 million related to higher construction-in-progress balances for long-term capital projects. Additionally, interest expense for the year ended December 31, 2013, decreased $31 million as a result of the repayment of outstanding borrowings during 2012 associated with the five-year, $5.0 billion Facility. The decrease for the year ended December 31, 2013, was partially offset by $18 million of interest expense for outstanding borrowings primarily related to WES's 4.000% Senior Notes due 2022. For additional information, see *Liquidity and Capital Resources* and *Interest-Rate Risk* under Item 7A of this Form 10-K.

Anadarko's interest expense decreased by $97 million for the year ended December 31, 2012, primarily due to an increase in capitalized interest of $74 million related to higher construction-in-progress balances for long-term capital projects. Additionally, interest expense for the year ended December 31, 2012, decreased by $32 million as a result of interest incurred during 2011 related to the Company's capital lease obligations for a floating production, storage, and offloading vessel (FPSO) for the Company's Jubilee field operations in Ghana. In December 2011, the Company and its partners in the Jubilee project purchased the vessel, resulting in cancellation of the capital lease obligation.

| millions | 2013 | | 2012 | | 2011 | |
|---|---|---|---|---|---|---|
| **(Gains) Losses on Derivatives, net** | | | | | | |
| (Gains) losses on commodity derivatives, net | $ | **141** | $ | (387) | $ | (562) |
| (Gains) losses on interest-rate and other derivatives, net | | **(539)** | | 61 | | 1,023 |
| (Gains) losses on derivatives, net | $ | **(398)** | $ | (326) | $ | 461 |

(Gains) losses on derivatives, net represents the changes in fair value of the Company's derivative instruments. Anadarko enters into commodity derivatives to manage the risk of changes in the market prices for its anticipated sales of production and enters into

interest-rate swaps to fix or float interest rates on existing or anticipated indebtedness to manage exposure to unfavorable interest-rate changes. For additional information, see *Note 11—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

65

Table of Contents

Index to Financial Statements

| *millions except percentages* | **2013** | Inc/(Dec) vs. 2012 | 2012 | Inc/(Dec) vs. 2011 | 2011 |
|---|---|---|---|---|---|
| **Other (Income) Expense, net** | | | | | |
| Interest income | $  **(19)** | 19% | $  (16) | (24)% | $  (21) |
| Other | **108** | NM | 12 | 52 | 25 |
| Total other (income) expense, net | $  **89** | NM | $  (4) | NM | $  4 |

NM—not meaningful

    Total other income decreased by $93 million for the year ended December 31, 2013. In 2013, as a result of a bankruptcy declaration by a third party, the U.S. Department of the Interior ordered Anadarko to decommission offshore wells and production facilities previously sold to the third party and not related to the Company's current operations. During 2013, the Company recognized a decommissioning charge of $117 million. Anadarko expects to complete decommissioning of the production facilities in 2014 and the wells in 2015. Also, the Company was previously notified that, as a result of a prior acquisition, it is one of 27 potentially responsible parties with respect to a landfill located in California and recorded a restoration liability of $50 million in 2013. These decreases to other income were partially offset by the 2013 reversal of the $56 million tax indemnification liability associated with the 2006 sale of the Company's Canadian subsidiary. The indemnity was reversed as a result of certain Canadian tax legislative changes.

    Total other income increased $8 million for the year ended December 31, 2012, due to changes in foreign-currency gains/losses. These gains/losses reflected the impact of exchange-rate changes primarily applicable to foreign currency held in escrow pending final determination of the Company's Brazilian tax liability attributable to the 2008 divestiture of the Peregrino field offshore Brazil.

| *millions* | **2013** | 2012 | 2011 |
|---|---|---|---|
| Tronox-related contingent loss | $  **850** | $  (250) | $  250 |

    During 2013, the Company recognized an $850 million contingent loss related to the Adversary Proceeding. During 2012, the Company reversed the $250 million Tronox-related contingent loss recognized in 2011. See *Note 17—Contingencies—Tronox Litigation* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

***Income Tax Expense***

| *millions except percentages* | **2013** | 2012 | 2011 |
|---|---|---|---|
| Income tax expense (benefit) | $  **1,165** | $  1,120 | $  (856) |
| Effective tax rate | **55%** | 31% | 25% |

    The increase from the 35% U.S. federal statutory rate for the year ended December 31, 2013, was primarily attributable to the tax impact from foreign operations, non-deductible Algerian exceptional profits tax, and deferred tax adjustments.

    The decrease from the 35% U.S. federal statutory rate for the year ended December 31, 2012, was primarily attributable to the non-taxable resolution of the Algeria exceptional profits tax dispute. This amount was partially offset by the tax impact from foreign operations and non-deductible Algerian exceptional profits tax.

    The Company reported a loss before income taxes for the year ended December 31, 2011. As a result, items that ordinarily increase or decrease the tax rate will have the opposite effect. The decrease from the 35% U.S. federal statutory rate for the year ended December 31, 2011, was primarily attributable to non-deductible Algerian exceptional profits tax, the tax impact from foreign operations, and items resulting from business acquisitions and other items. These amounts were partially offset by state income tax benefits of the loss.

    For additional information on income tax rates, see *Note 19—Income Taxes* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

Table of Contents

Index to Financial Statements

### *Net Income Attributable to Noncontrolling Interests*

The Company's net income attributable to noncontrolling interests of $140 million for the year ended December 31, 2013, $54 million for 2012, and $81 million for 2011, related to public ownership interests in WES for all periods and WGP for 2013 and 2012. Public ownership of WES was 56.4% at December 31, 2013, 51.8% at December 31, 2012, and 54.7% at December 31, 2011. In December 2012, WGP completed its IPO of approximately 20 million common units representing limited partner interests in WGP at a price of $22.00 per common unit. Public ownership of WGP was 9.0% at December 31, 2013 and 2012. See *Note 9— Noncontrolling Interests* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K.

## OPERATING RESULTS

**Segment Analysis—Adjusted EBITDAX**  To assess the performance of Anadarko's operating segments, the chief operating decision maker analyzes Adjusted EBITDAX. The Company defines Adjusted EBITDAX as income (loss) before income taxes; exploration expense; DD&A; impairments; interest expense; total (gains) losses on derivatives, net, less net cash received in settlement of commodity derivatives; and certain items not related to the Company's normal operations, less net income attributable to noncontrolling interests. During the periods presented, certain items not related to the Company's normal operations included Deepwater Horizon settlement and related costs, Algeria exceptional profits tax settlement, Tronox-related contingent loss, and certain other nonoperating items included in other (income) expense, net. The Company's definition of Adjusted EBITDAX, which is not a GAAP measure, excludes exploration expense, as it is not an indicator of operating efficiency for a given reporting period. However, exploration expense is monitored by management as part of costs incurred in exploration and development activities. Similarly, DD&A and impairments are excluded from Adjusted EBITDAX as a measure of segment operating performance because capital expenditures are evaluated at the time capital costs are incurred. Adjusted EBITDAX also excludes interest expense to allow for assessment of segment operating results without regard to Anadarko's financing methods or capital structure. Total (gains) losses on derivatives, net, less net cash received in settlement of commodity derivatives are excluded from Adjusted EBITDAX because these (gains) losses are not considered a measure of asset operating performance. Finally, net income attributable to noncontrolling interests is excluded from the Company's measure of Adjusted EBITDAX because it represents earnings that are not attributable to the Company's common stockholders.

Management believes that the presentation of Adjusted EBITDAX provides information useful in assessing the Company's financial condition and results of operations and that Adjusted EBITDAX is a widely accepted financial indicator of a company's ability to incur and service debt, fund capital expenditures, and make distributions to stockholders. Adjusted EBITDAX, as defined by Anadarko, may not be comparable to similarly titled measures used by other companies. Therefore, Anadarko's consolidated Adjusted EBITDAX should be considered in conjunction with net income (loss) attributable to common stockholders and other performance measures prepared in accordance with GAAP, such as operating income or cash flows from operating activities. Adjusted EBITDAX has important limitations as an analytical tool because it excludes certain items that affect net income (loss) attributable to common stockholders and net cash provided by operating activities. Adjusted EBITDAX should not be considered in isolation or as a substitute for an analysis of Anadarko's results as reported under GAAP. Below is a reconciliation of consolidated Adjusted EBITDAX to income (loss) before income taxes, and consolidated Adjusted EBITDAX by reporting segment.

Table of Contents

Index to Financial Statements

## Adjusted EBITDAX

| *millions except percentages* | **2013** | Inc/(Dec) vs. 2012 | 2012 | Inc/(Dec) vs. 2011 | 2011 |
|---|---|---|---|---|---|
| Income (loss) before income taxes | $     **2,106** | (41)% | $   3,565 | NM | $   (3,424) |
| Exploration expense | **1,329** | (32) | 1,946 | 81% | 1,076 |
| DD&A | **3,927** | (1) | 3,964 | 3 | 3,830 |
| Impairments | **794** | 104 | 389 | (78) | 1,774 |
| Interest expense | **686** | (8) | 742 | (12) | 839 |

| | | | | |
|---|---:|---:|---:|---:|
| Total (gains) losses on derivatives, net, less net cash received in settlement of commodity derivatives | **(307)** | (169) | 443 | (34) | 675 |
| Deepwater Horizon settlement and related costs | **15** | (17) | 18 | (100) | 3,930 |
| Algeria exceptional profits tax settlement | **33** | 102 | (1,797) | NM | — |
| Tronox-related contingent loss | **850** | NM | (250) | NM | 250 |
| Certain other nonoperating items | **110** | NM | — | NM | — |
| Less net income attributable to noncontrolling interests | **140** | 159 | 54 | (33) | 81 |
| Consolidated Adjusted EBITDAX | $ **9,403** | 5 | $ 8,966 | 1 | $ 8,869 |
| | | | | | |
| Adjusted EBITDAX by segment | | | | | |
| Oil and gas exploration and production | $ **9,238** | 9 | $ 8,500 | (3) | $ 8,787 |
| Midstream | **508** | 7 | 474 | 13 | 419 |
| Marketing | **(125)** | (20) | (104) | (65) | (63) |
| Other and intersegment eliminations | **(218)** | NM | 96 | 135 | (274) |

*Oil and Gas Exploration and Production*   The increase in Adjusted EBITDAX for the year ended December 31, 2013, was primarily due to higher sales volumes for all products and higher natural-gas prices, partially offset by lower crude-oil and NGLs prices and losses on divestitures primarily related to the Pinedale/Jonah assets in the Rockies. The decrease in Adjusted EBITDAX for the year ended December 31, 2012, was primarily due to lower NGLs and natural-gas prices, partially offset by higher sales volumes.

*Midstream*   The increase in Adjusted EBITDAX for the year ended December 31, 2013, was primarily due to higher gathering revenue as a result of increased throughput across several of Anadarko's gathering systems. For the year ended December 31, 2012, the increase in Adjusted EBITDAX resulted from additional operating income from assets acquired in February 2011 and May 2011, and an increase in gathering and processing revenues associated with increased throughput across several of Anadarko's fee-based systems. This increase was partially offset by lower commodity prices, which led to reduced natural-gas processing margins.

*Marketing*   Marketing earnings primarily represent the margin earned on sales of natural gas, oil, and NGLs purchased from third parties. The decrease in Adjusted EBITDAX for the year ended December 31, 2013, resulted from higher transportation expenses due to increased third-party volumes and increased demand fees, partially offset by higher margins primarily associated with natural-gas and NGLs sales. The decrease in Adjusted EBITDAX for the year ended December 31, 2012, resulted from lower margins as a result of lower sales prices and increased transportation expenses primarily due to higher demand fees.

Table of Contents

Index to Financial Statements

*Other and Intersegment Eliminations*   Other and intersegment eliminations consists primarily of corporate costs, income from hard minerals investments and royalties, and net cash received in settlement of commodity derivatives. The decrease in Adjusted EBITDAX for the year ended December 31, 2013, was primarily due to a decrease in net cash received in settlement of commodity derivatives in 2013, partially offset by 2012 expense associated with the change in the fair value of the general partner UARs in connection with the WGP IPO. The UARs were awarded in prior years to certain officers of the general partner of WES, pursuant to the WGH Equity Incentive Plan. The increase in Adjusted EBITDAX for the year ended December 31, 2012, was primarily due to an increase in net cash received in settlement of commodity derivatives in 2012, partially offset by the 2012 expense associated with general partner UARs discussed above.

**Proved Reserves**   Anadarko is focused on growth and profitability, and reserves replacement is a key to growth. Future profitability partially depends on commodity prices and the cost of finding and developing oil and gas reserves. Reserves growth can be achieved through successful exploration and development drilling, improved recovery, or acquisition of producing properties.

Additional reserves information is contained in the *Supplemental Information on Oil and Gas Exploration and Production Activities (Supplemental Information)* under Item 8 of this Form 10-K.

| MMBOE | 2013 | 2012 | 2011 |
|---|---|---|---|
| **Proved Reserves** | | | |
| Beginning of year | **2,560** | 2,539 | 2,422 |
| Reserves additions and revisions | | | |
| Discoveries and extensions | **145** | 82 | 174 |
| Infill-drilling additions [(1)] | **410** | 383 | 203 |
| Drilling-related reserves additions and revisions | **555** | 465 | 377 |
| Other non-price-related revisions [(1)] | **(40)** | (31) | 7 |
| Net organic reserves additions | **515** | 434 | 384 |
| Acquisition of proved reserves in place | **36** | 4 | — |
| Price-related revisions [(1)] | **(23)** | (68) | 8 |
| Total reserves additions and revisions | **528** | 370 | 392 |
| Sales in place | **(12)** | (81) | (29) |
| Production | **(284)** | (268) | (246) |
| End of year | **2,792** | 2,560 | 2,539 |
| **Proved Developed Reserves** | | | |
| Beginning of year | **1,883** | 1,811 | 1,673 |
| End of year | **2,003** | 1,883 | 1,811 |

(1)   Combined and reported as revisions of prior estimates in the Company's *Supplemental Information* under Item 8 of this Form 10-K.

***Proved Reserves Additions and Revisions***   During 2013, the Company added 528 MMBOE of proved reserves as a result of additions (purchases in place, discoveries, and extensions) and revisions. The Company expects the majority of future reserves growth to come from revisions associated with infill drilling (reserves bookings related to infill wells are treated as positive revisions due to increases in expected recovery), extensions of current fields, new discoveries in U.S. onshore and the Gulf of Mexico, successful exploration in international growth areas, and purchases of properties in strategic areas.

Table of Contents

Index to Financial Statements

*Additions*   During 2013, Anadarko added 145 MMBOE of proved reserves through extensions and discoveries primarily as a result of successful drilling in the Marcellus shale and the Gulf of Mexico. Although shale plays represent only about 13% of the Company's total proved reserves at December 31, 2013, growth in the shale plays contributed 70 MMBOE, or 48%, of the total extensions and discoveries. In addition, Anadarko added 36 MMBOE of developed reserves through acquisition activities almost exclusively in the Rockies. During 2012, Anadarko added 82 MMBOE of proved reserves primarily as a result of successful drilling in the Marcellus shale and the Gulf of Mexico. Shale plays contributed 66 MMBOE of the total extensions and discoveries in 2012. During 2011, Anadarko added 174 MMBOE of proved reserves primarily as a result of successful drilling in the Marcellus and Eagleford shales and the Gulf of Mexico. Shale plays contributed 119 MMBOE of the 2011 additions.

*Revisions*   Total revisions in 2013 resulted in an increase of 347 MMBOE, or 14%, of the beginning-of-year reserves base. Total revisions include the effects of new infill drilling, changes in commodity prices and other updates reflecting changes in economic conditions, changes in reservoir performance, and changes in development plans. Total 2013 revisions included an increase of 410 MMBOE related to successful infill drilling, primarily in large onshore areas such as Wattenberg, Greater Natural Buttes, and the Eagleford shale and 30 MMBOE resulting from improved oil and natural-gas prices. Partially offsetting these positive revisions were decreases of 53 MMBbls of NGLs reserves due to lower ethane prices and 40 MMBOE due to other non-price-related revisions primarily in the Rockies. Total revisions in 2012 were 284 MMBOE or 11% of the beginning-of-year reserves base. Total 2012 revisions included an increase of 383 MMBOE related to successful infill drilling, primarily in Greater Natural Buttes, Wattenberg, and Carthage, and 33 MMBOE resulting from the resolution of the Algeria exceptional profits tax dispute. Partially offsetting these positive revisions were decreases of 68 MMBOE due to lower commodity prices, 56 MMBOE at Wattenberg primarily due to removing reserves associated with the discontinued vertical drilling program, and 8 MMBOE from all other assets. Total revisions in 2011 were 218 MMBOE or 9% of the beginning-of-year reserves base. The revisions included an increase of 203 MMBOE related to the continuation of successful infill drilling in large onshore areas, including Greater Natural Buttes, Wattenberg, and Pinedale fields;

182 MMBOE of positive revisions to prior estimates; and 8 MMBOE associated with higher oil prices. These positive revisions were partially offset by the transfer of 175 MMBOE of proved reserves to unproved categories as a result of changes to development plans and economic conditions experienced during 2011.

***Sales in Place***   In 2013, the Company sold U.S. properties or interests in U.S. properties containing 12 MMBOE of proved undeveloped reserves. Sales were almost exclusively associated with a partial sale of a working interest in the Gulf of Mexico Heidelberg development project. In 2012, the Company sold U.S. properties or interests in U.S. properties containing 59 MMBOE of proved developed reserves and 22 MMBOE of proved undeveloped reserves. Sales included a portion of the Company's working interests in the Rockies Salt Creek enhanced oil recovery project and the Gulf of Mexico Lucius development project, and asset divestitures in South Texas, West Texas, the Gulf of Mexico, the Rockies, and North Louisiana. In 2011, the Company sold U.S. properties containing 7 MMBOE of proved developed reserves and 22 MMBOE of proved undeveloped reserves. This included a transaction in the Maverick basin and asset divestitures in South Texas and Alaska.

***Discounted Future Net Cash Flows***   At December 31, 2013, the discounted (at 10%) estimated future net cash flows from Anadarko's proved reserves was $29.1 billion (measured in accordance with the regulations of the Securities and Exchange Commission (SEC) and the Financial Accounting Standards Board (FASB)). This amount was calculated based on the 12-month average beginning-of-month prices for the year, held flat for the life of the reserves, adjusted for any contractual provisions. See *Supplemental Information* under Item 8 of this Form 10-K.

The present value of future net cash flows is not an estimate of the fair value of Anadarko's proved reserves. An estimate of fair value would also take into account, among other things, anticipated changes in future prices and costs, the expected recovery of reserves in excess of proved reserves, and a discount factor more representative of the time value of money and the risks inherent in producing oil and natural gas.

70

Table of Contents

Index to Financial Statements

## LIQUIDITY AND CAPITAL RESOURCES

**Overview**   Anadarko generates cash needed to fund capital expenditures, debt-service obligations, and dividend payments primarily from operating activities, and enters into debt and equity transactions to maintain its desired capital structure and to finance acquisition opportunities. Liquidity may also be enhanced through asset divestitures and joint ventures that reduce future capital expenditures. In addition, as of January 2014, an effective registration statement is available to Anadarko, covering the resale of up to 40 million WGP common units. These common units were issued to Anadarko in connection with WGP's IPO in December 2012.

During 2013, the primary source for funding of capital investments was cash flows from operating activities. In addition, the Company collected the remaining $730 million of the Algeria exceptional profits tax settlement. The Company continuously monitors its liquidity needs, coordinates its capital expenditure program with its expected cash flows and projected debt-repayment schedule, and evaluates available funding alternatives in light of current and expected conditions.

At December 31, 2013, Anadarko's scheduled 2014 debt maturities were $775 million. Anadarko's $275 million aggregate principal amount of 5.750% Senior Notes due June 2014 and Zero-Coupon Senior Notes due 2036 (Zero Coupons), which can be put to the Company in October 2014 (the next potential put date) for up to the then-accreted value of $756 million, are classified as long-term debt on the Company's Consolidated Balance Sheets, as the Company has the ability and intent to refinance these obligations using long-term debt. There are no scheduled debt maturities in 2015, exclusive of the Zero Coupons. The Company has a variety of funding sources available, including cash on hand, an asset portfolio that provides ongoing cash-flow-generating capacity, opportunities for liquidity enhancement through divestitures and joint-venture arrangements, and the Company's $5.0 billion Facility. Management believes that the Company's liquidity position, asset portfolio, and continued strong operating and financial performance provide the necessary financial flexibility to fund the Company's current and long-term operations.

**Effects of Tronox Adversary Proceeding on Liquidity**   During 2013, the Company recorded an $850 million contingent liability related to the Adversary Proceeding. See *Note 17—Contingencies—Tronox Litigation* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K for the nature and status of this litigation and the Company's liability accrual. The Company expects the U.S. Bankruptcy Court for the Southern District of New York (Bankruptcy Court) to issue a judgment that will then be subject to appeal. Following a judgment, there are potential short-term and long-term liquidity impacts to the Company.

In the short term, following a judgment the Company would be required either to pay the damage award or appeal the judgment. In the appellate process, the Company may be required to post a bond or provide sufficient security within 14 days of the judgment to stay execution of the judgment by the plaintiffs pending the outcome of the appellate process. As the Bankruptcy Court has not yet issued a judgment, the Company is unable to estimate the potential amount of any bond or other security, or whether the Company would be required to provide a bond or other security, given the value of the assets owned by Kerr-McGee. Other short-term impacts could include a settlement and payment of any amounts agreed to with the plaintiffs, although a settlement is not considered probable

at this time. In the event the Company is required to provide a bond or payment of any damage award or settlement with the plaintiffs in the short term, the Company expects to be able to access the surety bond market and supplement or support such bonding by (i) using a portion of available cash on hand ($3.7 billion at December 31, 2013), (ii) accessing the Company's $5.0 billion Facility, (iii) entering into new financing arrangements, or (iv) identifying and monetizing assets in an orderly manner, including those previously identified and closed through February 2014.

As final resolution through the appellate process could take several years, it is not possible to predict the Company's resources that will be available at that time. As the Company continues to evaluate its liquidity needs, it will consider events that may occur with respect to the Adversary Proceeding. For example, to meet future cash demands, the Company could adjust capital spending or assets could be divested.

71

Table of Contents

Index to Financial Statements

**Revolving Credit Facility**   Borrowings under the $5.0 billion Facility bear interest, at the Company's election, at (i) the London Interbank Offered Rate (LIBOR) plus a margin ranging from 1.25% to 2.50%, based on the Company's credit rating, or (ii) the greatest of (a) the JPMorgan Chase Bank, N.A. prime rate, (b) the Federal Funds Effective Rate plus 0.50%, or (c) one-month LIBOR plus 1%, plus, in each case, an applicable margin ranging from 0.25% to 1.50%.

Obligations incurred under the $5.0 billion Facility, as well as obligations Anadarko has to lenders or their affiliates pursuant to certain derivative instruments as discussed in *Note 11—Derivative Instruments* in the *Notes to Consolidated Financial Statements* under Item 8 of this Form 10-K, are guaranteed by certain of the Company's wholly owned domestic subsidiaries, and are secured by a perfected first-priority security interest in certain exploration and production assets located in the United States and 65% of the capital stock of certain wholly owned foreign subsidiaries.

**Financial Covenants**   The $5.0 billion Facility contains various customary covenants with which Anadarko must comply, including, but not limited to, limitations on incurrence of indebtedness, liens on assets, and asset sales. Anadarko is also required to maintain, at the end of each quarter, (i) a Consolidated Leverage Ratio of no more than 4.5 to 1.0 (relative to Consolidated EBITDAX for the most recent period of four calendar quarters), (ii) a ratio of Current Assets to Current Liabilities of no less than 1.0 to 1.0, and (iii) a Collateral Coverage Ratio of no less than 1.75 to 1.0, in each case, as defined in the $5.0 billion Facility. The Collateral Coverage Ratio is the ratio of an annually redetermined value of pledged assets to outstanding loans under the $5.0 billion Facility. Additionally, to borrow from the $5.0 billion Facility, the Collateral Coverage Ratio must be no less than 1.75 to 1.0 after giving pro forma effect to the requested borrowing. At December 31, 2013, the Company was in compliance with applicable covenants, and there were no restrictions on its ability to utilize the $5.0 billion Facility.

The covenants contained in certain of the Company's credit agreements provide for a maximum Anadarko debt-to-capitalization ratio of 67%. The covenants do not specifically restrict the payment of dividends; however, the impact of dividends paid on the Company's debt-to-capitalization ratio must be considered to ensure covenant compliance. At December 31, 2013, Anadarko was in compliance with all financial covenants.

**Zero-Coupon Notes**   In a 2006 private offering, Anadarko received $500 million of loan proceeds upon issuing the Zero Coupons. The Zero Coupons mature in October 2036 and have an aggregate principal amount due at maturity of $2.4 billion, reflecting a yield to maturity of 5.24%. The Zero Coupons can be put to the Company in October of each year, which would cause the Company to repay up to the then-accreted value of the outstanding Zero Coupons. The accreted value of the outstanding Zero Coupons was $727 million at December 31, 2013, and will be $756 million in October 2014 (the next potential put date). The Company considers its cash-flow-generating capacity and access to additional liquidity sufficient to continue to satisfy its debt-service and other obligations, including the potential early repayment of the outstanding Zero Coupons.

**WES Funding Sources**   Anadarko's consolidated subsidiary, WES, uses cash flows from operations to fund ongoing operations (including capital investments in the ordinary course of business), service its debt, and make distributions to its equity holders. As needed, WES supplements cash generated from its operating activities with proceeds from debt or equity issuances or borrowings under its five-year, $800 million senior unsecured revolving credit facility maturing in March 2016 (RCF).

Borrowings under the RCF bear interest at (i) LIBOR plus an applicable margin ranging from 1.30% to 1.90%, or (ii) the greatest of (a) the Wells Fargo Bank, National Association prime rate, (b) the Federal Funds Effective Rate plus 0.50%, or (c) one-month LIBOR plus 1%, plus, in each case, an applicable margin ranging from 0.30% to 0.90%. At December 31, 2013, WES was in compliance with all covenants contained in its RCF and had no outstanding borrowings under its RCF. See *Financing Activities* below.

In February 2014, WES entered into a five-year, $1.2 billion senior unsecured revolving credit facility maturing in February 2019 (2014 RCF), which amended and restated the RCF. The 2014 RCF is expandable to a maximum of $1.5 billion. Borrowings under the 2014 RCF bear interest at (i) LIBOR plus an applicable margin ranging from 0.975% to 1.45%, or (ii) the greatest of (a) the Wells

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| Balance at December 31, 2010 | $ 51 | $ 7,496 | $ 14,449 | $ (763) | (549) | 755 | $ 21,439 |
| Net income (loss) | — | — | (2,649) | — | — | 81 | (2,568) |
| Common stock issued | — | 161 | — | — | — | — | 161 |
| Dividends—common stock | — | — | (181) | — | — | — | (181) |
| Repurchase of common stock | — | — | — | (41) | — | — | (41) |
| Subsidiary equity transactions | — | 32 | — | — | — | 269 | 301 |
| Conversion of subordinated limited partner units to common units [1] | — | 162 | — | — | — | (162) | — |
| Distributions to noncontrolling interest owners | — | — | — | — | — | (82) | (82) |
| Contributions from noncontrolling interest owners | — | — | — | — | — | 17 | 17 |
| Reclassification of previously deferred derivative losses to (gains) losses on derivatives, net | — | — | — | — | 10 | — | 10 |
| Adjustments for pension and other postretirement plans | — | — | — | — | (73) | — | (73) |
| Balance at December 31, 2011 | 51 | 7,851 | 11,619 | (804) | (612) | 878 | 18,983 |
| Net income (loss) | — | — | 2,391 | — | — | 54 | 2,445 |
| Common stock issued | — | 249 | — | — | — | — | 249 |
| Dividends—common stock | — | — | (181) | — | — | — | (181) |
| Repurchase of common stock | — | — | — | (37) | — | — | (37) |
| Subsidiary equity transactions | — | 130 | — | — | — | 417 | 547 |
| Distributions to noncontrolling interest owners | — | — | — | — | — | (112) | (112) |
| Contributions from noncontrolling interest owners | — | — | — | — | — | 16 | 16 |
| Reclassification of previously deferred derivative losses to (gains) losses on derivatives, net | — | — | — | — | 8 | — | 8 |
| Adjustments for pension and other postretirement plans | — | — | — | — | (36) | — | (36) |
| Balance at December 31, 2012 | 51 | 8,230 | 13,829 | (841) | (640) | 1,253 | 21,882 |
| Net income (loss) | — | — | 801 | — | — | 140 | 941 |
| Common stock issued | 1 | 292 | — | — | — | — | 293 |
| Dividends—common stock | — | — | (274) | — | — | — | (274) |
| Repurchase of common stock | — | — | — | (54) | — | — | (54) |
| Subsidiary equity transactions | — | 107 | — | — | — | 554 | 661 |
| Distributions to noncontrolling interest owners | — | — | — | — | — | (156) | (156) |
| Contributions from noncontrolling interest owners | — | — | — | — | — | 2 | 2 |
| Reclassification of previously deferred derivative losses to (gains) losses on derivatives, net | — | — | — | — | 7 | — | 7 |
| Adjustments for pension and other postretirement plans | — | — | — | — | 348 | — | 348 |
| Balance at December 31, 2013 | $ 52 | $ 8,629 | $ 14,356 | $ (895) | $ (285) | $ 1,793 | $ 23,650 |

[1] Includes $92 million of tax associated with subsidiary equity transactions that occurred prior to the conversion of subordinated limited partner units to common units.

See accompanying Notes to Consolidated Financial Statements.

94

Table of Contents

Index to Financial Statements

ANADARKO PETROLEUM CORPORATION
CONSOLIDATED STATEMENTS OF CASH FLOWS

| *millions* | Years Ended December 31, | | |
|---|---|---|---|
| | **2013** | 2012 | 2011 |
| **Cash Flows from Operating Activities** | | | |
| Net income (loss) | $ **941** | $ 2,445 | $ (2,568) |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities | | | |
| Depreciation, depletion, and amortization | **3,927** | 3,964 | 3,830 |
| Deferred income taxes | **90** | 164 | (1,461) |
| Dry hole expense and impairments of unproved properties | **864** | 1,544 | 625 |
| Impairments | **794** | 389 | 1,774 |
| (Gains) losses on divestitures, net | **470** | 71 | (22) |
| Total (gains) losses on derivatives, net | **(392)** | (308) | 469 |
| Net cash received in settlement of derivative instruments | **85** | 685 | 147 |
| Other | **246** | 232 | 204 |
| Changes in assets and liabilities | | | |
| Deepwater Horizon settlement and related costs | **(2)** | 24 | (18) |
| Algeria exceptional profits tax settlement | **730** | (791) | — |
| Tronox-related contingent loss | **850** | (250) | 250 |
| (Increase) decrease in accounts receivable | **(11)** | 520 | (993) |
| Increase (decrease) in accounts payable and accrued expenses | **150** | (476) | 284 |
| Other items—net | **146** | 126 | (16) |
| Net cash provided by (used in) operating activities | **8,888** | 8,339 | 2,505 |
| **Cash Flows from Investing Activities** | | | |
| Additions to properties and equipment and dry hole costs | **(7,721)** | (7,242) | (5,650) |
| Acquisition of businesses | **(473)** | — | (802) |
| Divestitures of properties and equipment and other assets | **567** | 657 | 555 |
| Other—net | **(589)** | (284) | (78) |
| Net cash provided by (used in) investing activities | **(8,216)** | (6,869) | (5,975) |
| **Cash Flows from Financing Activities** | | | |
| Borrowings, net of issuance costs | **958** | 1,042 | 3,551 |
| Repayments of debt | **(710)** | (3,044) | (1,154) |
| Repayment of capital lease obligation | **—** | — | (108) |
| Increase (decrease) in outstanding checks | **(13)** | (69) | 149 |
| Dividends paid | **(274)** | (181) | (181) |
| Repurchase of common stock | **(54)** | (37) | (41) |
| Issuance of common stock, including tax benefit on share-based compensation awards | **146** | 103 | 30 |
| Sale of subsidiary units | **724** | 623 | 328 |
| Distributions to noncontrolling interest owners | **(156)** | (112) | (82) |
| Contributions from noncontrolling interest owners | **2** | 16 | 17 |
| Other financing activities | **—** | — | 1 |
| Net cash provided by (used in) financing activities | **623** | (1,659) | 2,510 |
| **Effect of Exchange Rate Changes on Cash** | **(68)** | (37) | (23) |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | **1,227** | (226) | (983) |
| **Cash and Cash Equivalents at Beginning of Period** | **2,471** | 2,697 | 3,680 |
| **Cash and Cash Equivalents at End of Period** | $ **3,698** | $ 2,471 | $ 2,697 |

**Operating Leases**   At December 31, 2013, the Company had $3.3 billion in long-term drilling rig commitments that satisfy operating lease criteria. The Company also had $388 million of various commitments under non-cancelable operating lease agreements for production platforms and equipment, buildings, facilities, compressors, and aircraft. These operating leases expire at various dates through 2026. Certain of these operating leases contain residual value guarantees at the end of the lease term, totaling $53 million at December 31, 2013. No liability has been accrued for residual value guarantees. In addition, these operating leases include options to purchase the leased property during or at the end of the lease term for the fair market value or other specified amount at that time. The following summarizes future minimum lease payments under operating leases at December 31, 2013:

*millions*

| | | |
|---|---|---:|
| 2014 | $ | 964 |
| 2015 | | 948 |
| 2016 | | 755 |
| 2017 | | 525 |
| 2018 | | 309 |
| Later years | | 189 |
| Total future minimum lease payments | $ | 3,690 |

   Total rent expense, net of sublease income, amounted to $119 million in 2013, $136 million in 2012, and $143 million in 2011. Total rent expense includes contingent rent expense related to processing fees of $17 million in 2013, $18 million in 2012, and $21 million in 2011.

**Drilling Rig Commitments**   Anadarko has entered into various agreements to secure drilling rigs necessary to execute its drilling plans over the next several years. The table of future minimum lease payments above includes $3.1 billion related to eight offshore drilling vessels and $155 million related to certain contracts for U.S. onshore drilling rigs. Lease payments associated with the drilling of exploratory wells and development wells, net of amounts billed to partners, will initially be capitalized as a component of oil and gas properties, and either depreciated or impaired in future periods or written off as exploration expense.

**Spar Platform and Production Vessel Leases**   Anadarko has operating leases related to certain spar platforms in the Gulf of Mexico. The table of future minimum lease payments above includes approximately $206 million for these agreements.

**Other Commitments**   In the normal course of business, the Company enters into other contractual agreements for processing, treating, transportation, and storage of natural gas, crude oil, and NGLs, as well as for other oil and gas activities. These agreements expire at various dates through 2030. At December 31, 2013, aggregate future payments under these contracts totaled $11.5 billion, of which $2.3 billion is expected to be paid in 2014, $1.8 billion in 2015, $1.4 billion in 2016, $1.2 billion in 2017, $1.1 billion in 2018, and $3.7 billion thereafter.

121

---

Table of Contents

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2013, 2012, AND 2011**

## 17. Contingencies

**Litigation**   The Company is a defendant in a number of lawsuits and is involved in governmental proceedings and regulatory controls arising in the ordinary course of business, including, but not limited to, personal injury claims; title disputes; tax disputes; royalty claims; contract claims; contamination claims relating to oil and gas production, transportation, and processing; and environmental claims, including claims involving assets owned by acquired companies and claims involving assets previously sold to third parties and no longer a part of the Company's current operations. The Company's Consolidated Balance Sheets include liabilities of $854 million at December 31, 2013, and $49 million at December 31, 2012, for litigation-related contingencies. Anadarko is also subject to various environmental-remediation and reclamation obligations arising from federal, state, and local laws and regulations. While the ultimate outcome and impact on the Company cannot be predicted with certainty, after consideration of recorded expense and liability accruals, management believes that, with the possible exception of the Tronox Litigation discussed below, the resolution of pending proceedings will not have a material adverse effect on the Company's consolidated financial position, results of operations, or cash flows.

**Tronox Litigation** On November 28, 2005, Tronox Incorporated (Tronox), at the time a subsidiary of Kerr-McGee Corporation, completed an IPO and was subsequently spun-off from Kerr-McGee Corporation. In August 2006, Anadarko acquired all of the stock of Kerr-McGee Corporation. In January 2009, Tronox and certain of Tronox's subsidiaries filed voluntary petitions for relief under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of New York (Bankruptcy Court), which is the court that is also hearing the Adversary Proceeding (defined below). Subsequently, in May 2009, Tronox and certain of its affiliates filed a lawsuit against Anadarko and Kerr-McGee Corporation and certain of its subsidiaries (collectively, Kerr-McGee) asserting several claims, including claims for actual and constructive fraudulent conveyance (Adversary Proceeding). Tronox alleged, among other things, that it was insolvent or undercapitalized at the date of its IPO and sought, among other things, to recover damages from Kerr-McGee and Anadarko, as well as interest, appreciation, and attorneys' fees and costs. In accordance with Tronox's Bankruptcy Court-approved Plan of Reorganization (Plan), the Adversary Proceeding is being pursued by a litigation trust (Litigation Trust). Pursuant to the Plan, the Litigation Trust was "deemed substituted" for the Tronox plaintiffs in the Adversary Proceeding. For purposes of this Form 10-K, references to "Tronox" after February 2011 refer to the Litigation Trust.

The U.S. government intervened in the Adversary Proceeding, and in May 2009 asserted separate claims against Anadarko and Kerr-McGee under the Federal Debt Collection Procedures Act (FDCPA Complaint). The Litigation Trust and the U.S. government have agreed that the recovery of damages under the Adversary Proceeding, if any, would cover both the Adversary Proceeding and the FDCPA Complaint.

In February 2011, Tronox emerged from bankruptcy pursuant to the Plan. The terms of the Plan, which were confirmed by the Bankruptcy Court in the fourth quarter of 2010, contemplate that the claims of the U.S. government (together with other federal, state, local, and tribal governmental entities having regulatory authority or responsibilities for environmental laws, collectively, the Governmental Entities) related to Tronox's environmental liabilities and tort claims asserted against Tronox by other creditors will be settled through certain environmental response trusts and the Litigation Trust. The Plan provides for an allocation of any proceeds from the Adversary Proceeding between the Governmental Entities and the other creditors.

In January 2012, the Bankruptcy Court held that Section 550(a) of the Bankruptcy Code does not impose a cap on potential damages Tronox may recover, stating that the appropriate measure of damages should only be determined after trial in the Adversary Proceeding.

The Adversary Proceeding trial was held from May 2012 through September 2012. In November 2012, the parties filed post-trial briefs, and closing arguments were presented in December 2012. In December 2013, the Bankruptcy Court issued a *Memorandum of Opinion, After Trial* (discussed below).

122

---

Table of Contents

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2013, 2012, AND 2011**

## 17. Contingencies (Continued)

*Historical Accounting* The Company recognized losses of $250 million in the fourth quarter of 2011 and $275 million in the first quarter of 2012, for a total estimated contingent liability related to the Adversary Proceeding of $525 million at March 31, 2012. At that time, the Company's assessment was that it was probable the parties would reach a settlement and thus the Company considered a loss, via settlement, to be probable. The Company's attempts during the second quarter of 2012 to resolve the Adversary Proceeding through mediation and settlement discussions reached an impasse. Accordingly, based on information available at that time, the Company's assessment was that the likelihood of resolving the Adversary Proceeding through settlement was remote, that the likely form of final resolution of this matter was through litigation and the appellate process, and that a loss was not probable. Therefore, the Company reversed the settlement-based $525 million contingent liability in the second quarter of 2012 resulting in no accrued liability for this matter at June 30, 2012. There were no events or developments that changed the Company's assessment until December 2013.

*Memorandum of Opinion* In December 2013, the Bankruptcy Court issued a *Memorandum of Opinion, After Trial* (Opinion) in which the Bankruptcy Court found Kerr-McGee liable for fraudulent transfers in connection with Kerr-McGee's 2002 internal corporate restructuring and the subsequent IPO of Tronox. In its Opinion, the Bankruptcy Court concluded that damages from the fraudulent conveyance were equal to the value of the transferred assets as of the IPO date of $14.459 billion, but that Kerr-McGee may file a claim under Section 502(h) of the U.S. Bankruptcy Code (502(h) Claim). The Opinion provisionally outlined a framework for determining the amount of Kerr-McGee's 502(h) Claim, resulting in a 502(h) Claim amount of $10.459 billion. The Bankruptcy Court noted that a portion of the 502(h) Claim, if allowed, would be offset against an award of damages. The Bankruptcy Court expressed its opinion that it has the authority to enter a judgment against Kerr-McGee, but did not enter a judgment against Kerr-McGee at the time of the issuance of its Opinion because it had not resolved questions it raised concerning Kerr-McGee's 502(h) Claim and the portion of the 502(h) Claim that could be recovered (Recovery Percentage). The Bankruptcy Court also noted that

attorneys' fees and costs could be added to an award to the extent appropriate. The Bankruptcy Court ordered the parties to submit further briefing regarding Kerr-McGee's 502(h) Claim.

***Briefing on 502(h) Claim***   In accordance with the Bankruptcy Court's order, Kerr-McGee submitted its brief and filed its 502(h) Claim in January 2014 and the plaintiffs' response was submitted in February 2014. Kerr-McGee argued in its brief, among other things, that the Bankruptcy Court should not dilute Kerr-McGee's 502(h) Claim and that the Bankruptcy Court, in its provisional findings, has not properly considered the amount of Kerr-McGee's 502(h) Claim or the Recovery Percentage. Kerr-McGee argued that the proper application of the Bankruptcy Court's findings of fact and conclusions of law would result in net damages of $850 million. Alternatively, the Company argued that using the Bankruptcy Court's framework, damages should be limited to the net present value of the legacy environmental and tort liabilities at the IPO date, which the Bankruptcy Court determined to be $1.757 billion.

In their responsive pleadings, the plaintiffs argued, among other things, that Kerr-McGee's 502(h) Claim should be disallowed or, in the alternative, diluted to either 68% or 2.8% of its value. Furthermore, the plaintiffs argued that in addition to the value of the transferred assets as of the IPO date, they are entitled to recover appreciation in the value of those assets from the IPO date through June 2012, the date testimony was provided by a plaintiffs' expert. If combined with a disallowed 502(h) Claim as argued by the plaintiffs, this would yield net damages to the plaintiffs in the amount of $18.85 billion, excluding interest and attorneys' fees and costs. Further, the plaintiffs are seeking pre-judgment interest applied at a rate of 6% compounded annually from June 2012 through the date of judgment, which combined with the net damages amount above would total $20.77 billion as of February 2014. The plaintiffs also submitted a request to be reimbursed for $61 million in attorneys' fees and costs.

Kerr-McGee has until March 14, 2014, to submit a reply to the plaintiffs' brief. The Opinion indicated that either party may request a hearing on the matters being briefed, and a hearing has been scheduled for April 2014. After this process, the Bankruptcy Court is expected to issue a judgment, which will then be subject to appeal.

123

Table of Contents

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2013, 2012, AND 2011**

## 17. Contingencies (Continued)

***Liability Accrual Analysis***   Applicable accounting guidance requires the Company to accrue a liability if (a) it is probable that a liability has been incurred and (b) the amount of that liability can be reasonably estimated. That guidance also requires a liability accrual at the low end of an estimated range of probable loss when no amount within the range is a better estimate than any other amount. The Company believes that a loss in the Adversary Proceeding is probable, based on the Bankruptcy Court's finding of liability in its Opinion. The Company considers a reasonable estimate of the range of probable loss, after all appellate processes have concluded, to be $850 million to $5.15 billion, and recorded a liability of $850 million, equal to the low end of that range. Although the Company does not believe a loss in excess of $5.15 billion to be probable, it is reasonably possible that the loss could be as high as $14.52 billion, including $61 million for attorneys' fees and costs, but excluding any potential interest and appreciation.

The Company's $850 million contingent liability accrual is based on the application of accounting guidance to currently available information and the Company's judgment concerning the application of law to that information. Furthermore, the Company's liability accrual and estimated range of probable loss do not include any amounts for interest, appreciation, or attorneys' fees and costs, and reflects its assessment that resolution through settlement is not probable at this time. The ultimate outcome of the Adversary Proceeding is subject to significant uncertainty; accordingly, the Company's liability accrual could change materially in the near term as events unfold and more information becomes available. In quantifying an estimated range of probable loss, the Company considered the following components of a possible award for which it could ultimately be responsible: damages, pre-judgment interest and appreciation, post-judgment interest, and attorneys' fees and costs.

***Damages***   The Company estimates a range of probable damages ultimately awarded to the plaintiffs to be $850 million to $5.15 billion. This estimate is based on currently available information and the Company's opinion regarding the ultimate outcome of the Adversary Proceeding. As described below, the degree of uncertainty regarding the determination of Kerr-McGee's allowable 502(h) Claim and the Recovery Percentage prevents the Company from determining any one amount within the estimated range of probable loss to be a better estimate than any other amount.

Critical factors in assessing the estimated range of probable loss with respect to damages are the as-yet unresolved issues of the amount of Kerr-McGee's 502(h) Claim, and the extent to which such an offset amount would reduce damages. The Bankruptcy Court provisionally stated that the 502(h) Claim could be $10.459 billion. This 502(h) Claim amount represents the difference between (i) $14.459 billion, which is the Bankruptcy Court's finding as to damages based on the net value of the transferred assets as of the date of IPO, and (ii) $4.0 billion, which is the mid-point in the plaintiffs' post-petition estimate of potential legacy environmental and tort

liabilities as of 2010. To calculate the offset amount that could reduce damages, the Bankruptcy Court indicated that the Recovery Percentage to be applied to Kerr-McGee's 502(h) Claim could be either 89% or 2.8%. The Bankruptcy Court noted in its Opinion that the Plan provides that Kerr-McGee's 502(h) Claim must be multiplied by "the percentage recovery to Allowed Class 3 General Unsecured Creditors" (Class 3 Recovery). Additionally, the Bankruptcy Court noted that 89% represents the estimated average Class 3 Recovery as stated in the Disclosure Statement filed by Tronox in its bankruptcy case. Under this scenario, the damages paid to the plaintiffs would be reduced by approximately $9.3 billion, resulting in a net damage award to plaintiffs of $5.15 billion.

The Bankruptcy Court also suggested that the Recovery Percentage might be determined after including Kerr-McGee's 502(h) Claim with the Class 3 claims allowed under the Plan, which would have the effect of diluting Kerr-McGee's Recovery Percentage. Under this scenario, the Recovery Percentage to be applied to Kerr-McGee's 502(h) Claim would be 2.8%, resulting in an allowed 502(h) Claim of $293 million and a net damages award to plaintiffs of approximately $14.16 billion.

The Company believes that Kerr-McGee's 502(h) Claim should be computed by reference to the Bankruptcy Court's own findings in the Opinion and the language of the Plan, as opposed to being computed by reference to the plaintiffs' post-petition estimate of the amount of legacy environmental and tort liabilities as of 2010. Accordingly, the Company believes that Kerr-McGee's 502(h) Claim should be computed by reference to $850 million, which represents the Bankruptcy Court's finding as to the amount of the net creditor shortfall at the IPO date, which considers the fair value of all of Tronox's assets and liabilities including the legacy environmental and tort liabilities.

124

Table of Contents

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2013, 2012, AND 2011**

**17. Contingencies (Continued)**

Using the Bankruptcy Court's framework for calculating the amount of Kerr-McGee's 502(h) Claim that may be allowed, but applying the Bankruptcy Court's finding of the $850 million net creditor shortfall instead of the plaintiffs' post-petition estimate of legacy environmental and tort liabilities used in the Bankruptcy Court's calculation, results in a 502(h) Claim of $13.609 billion. Furthermore, it is Kerr-McGee's position that the applicable Recovery Percentage should be determined by the Plan, which states that Kerr-McGee is entitled to the same Class 3 Recovery actually received in the bankruptcy, which exceeded 100%. In accordance with the principles of law and equity outlined in the Opinion, the Company believes that Kerr-McGee is entitled to a Recovery Percentage of 100%, resulting in a net damage award to plaintiffs of $850 million. While it is possible that damages could be determined using a Recovery Percentage of less than 89%, the Company does not believe that this outcome is probable, and therefore a lower Recovery Percentage is not included in the Company's estimated range of probable loss.

The following summarizes the Company's estimated range of probable loss:

| billions, except percentages | Low End of Range of Probable Loss | | High End of Range of Probable Loss | |
|---|---|---|---|---|
| Value of Transferred Assets as of IPO date [1] | $ | 14.459 | $ | 14.459 |
| Net Creditor Shortfall/Legacy Liabilities | | (0.850) | | (4.000) |
| Allowable 502(h) Claim | $ | 13.609 | $ | 10.459 |
| Recovery Percentage | | 100% | | 89% |
| Offset Amount | $ | 13.609 | $ | 9.309 |
| | | | | |
| Value of Transferred Assets as of IPO date [1] | $ | 14.459 | $ | 14.459 |
| Offset Amount | | (13.609) | | (9.309) |
| Net Damages | $ | 0.850 | $ | 5.150 |

[1] As determined by the Bankruptcy Court.

The Company's estimate of the range of probable loss requires significant assumptions. As summarized above, the Company's estimated range of probable loss uses the net creditor shortfall of $850 million on the low end and plaintiffs' estimated legacy environmental and tort liabilities of $4.0 billion on the high end. Alternatively, the Bankruptcy Court could use $1.757 billion, which represents the Bankruptcy Court's findings of fact related to the net present value of the environmental and tort liabilities at the IPO

date. Further, the Company's estimated range of probable loss uses a Recovery Percentage of 100% for the low end and 89% for the high end. Combinations of the above factors would result in damage estimates that are within the Company's estimated range of probable loss.

If no 502(h) Claim is allowed, the Company could incur a liability for damages of $14.459 billion, which is materially higher than the Company's estimated range of probable loss.

*Pre-Judgment Interest and Appreciation*  The Bankruptcy Court did not address pre-judgment interest or appreciation in its Opinion. The Bankruptcy Court has discretion in deciding whether to award pre-judgment interest and how such interest may be calculated. The interest rate that may be charged, the date from which such interest is calculated, and whether any such interest is compounded or computed as simple interest may vary. If the Bankruptcy Court chooses to award pre-judgment interest, the amount could be material depending on the amount of net damages awarded in a judgment and the interest rates, dates, and compounding method applied for purposes of calculating the amount of pre-judgment interest.

125

---

Table of Contents

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**YEARS ENDED DECEMBER 31, 2013, 2012, AND 2011**

**17. Contingencies (Continued)**

As noted above, the plaintiffs argued that, in addition to the value of the transferred assets as of 2005, the plaintiffs should recover appreciation in the value of those assets from November 2005 until June 2012. In connection with their appreciation argument, the plaintiffs also are seeking pre-judgment interest applied at a rate of 6% compounded annually from June 2012 until the date of judgment. Appreciation was not addressed by the Bankruptcy Court in its Opinion and it is unclear how any such argument by the plaintiffs will be addressed by the Bankruptcy Court, if at all.

The inherent uncertainty and lack of information, including the lack of a court-provided framework for whether or how the Bankruptcy Court would consider pre-judgment interest or appreciation, prevent the Company from formulating a reasonable estimate of the amount of pre-judgment interest or appreciation that could be included as part of a judgment. Accordingly, the Company is unable to estimate a range of probable or reasonably possible loss from pre-judgment interest or appreciation at this time, and the Company's liability accrual does not include any such amounts. The Company will continue to evaluate the extent to which a reasonable estimate of such amounts can be made as additional information regarding the above factors becomes available. Developments that could assist the Company in estimating interest or appreciation include a judgment by the Bankruptcy Court or matters raised in potential hearings regarding the remaining issues being briefed.

*Post-Judgment Interest*  Post-judgment interest is mandated by federal law. Post-judgment interest would not begin to accrue until the date a judgment is entered, and would continue until that judgment is paid in full. Because no judgment had been issued as of December 31, 2013, a liability for post-judgment interest has not been incurred. Accordingly, no amount for post-judgment interest has been included in the Company's accrual or estimated range of probable loss. Further, the Company cannot estimate a range of future liability related to post-judgment interest at this time. At December 31, 2013, the annual interest rate for post-judgment interest was 0.13% .

*Attorneys' Fees and Costs*  In its Opinion, the Bankruptcy Court stated that the plaintiffs could request reimbursement of attorneys' fees and costs. Based on the Company's review of relevant law, aside from certain de minimis costs the Company believes there is no basis in law or contract that would permit the plaintiffs to recover attorneys' fees and costs. Accordingly, the Company has not included any amount related to attorneys' fees and costs in its estimated range of probable loss. However, it is reasonably possible that a loss related to attorneys' fees and costs could be as high as the $61 million requested by the plaintiffs.

**Tax Deductibility**  The Company has concluded that it is more likely than not that 88% of the $850 million loss recognized in 2013 will be deductible for U.S. tax purposes. Accordingly, the Company recognized a deferred tax benefit of $274 million in its 2013 financial statements. If additional losses are accrued in the future, the Company will evaluate the tax deductibility of any such accrual based on the facts and circumstances related to that accrual.

**Liability Outlook**  A separate action pending before the U.S. Supreme Court to which Anadarko is not a party, *Executive Benefits Insurance Agency v. Arkison*, raises certain legal issues including, but not limited to, whether a bankruptcy court has authority to enter a judgment or to make a report and recommendation in a fraudulent transfer case. The Company is uncertain, at this time, what impact any ruling in that case would have on the Adversary Proceeding.

Table of Contents

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
YEARS ENDED DECEMBER 31, 2013, 2012, AND 2011**

**17. Contingencies (Continued)**

As discussed above, the Company's $850 million accrued contingent liability as of December 31, 2013, has been established based on the application of accounting guidance to currently available information and the Company's judgment concerning the application of law to that information. A wide range of possible ultimate outcomes currently exists, and the Company may ultimately incur a liability related to the Adversary Proceeding materially in excess of the current accrued liability. The Company's liability accrual could also change materially in the near term as events unfold and more information becomes available. Further, it is possible that the Company's ultimate liability could exceed the currently estimated range of probable loss of $850 million to $5.15 billion. A judgment could also include an award of pre-judgment interest and appreciation, which could be material, as well as attorneys' fees and costs. In addition, the Company does not believe that the current contingent liability of $850 million accrued at December 31, 2013, is representative of the amount it could be required to pay to reach final resolution of the Adversary Proceeding through settlement. Although the Company does not believe final resolution through settlement to be probable at this time, it expects that any such settlement would require payment of an amount substantially greater than the current accrued liability.

Following a judgment, the Company would be required either to pay the damage award or appeal the judgment. If the Company pursues its rights through the appellate process, the Company may be required to post a bond or provide sufficient security to stay execution of the judgment by the plaintiffs pending the outcome of the appellate process. As the Bankruptcy Court has not yet issued a judgment, the Company is unable to estimate whether the Company would be required to provide a bond or other security or the potential form or amount of any such bond or other security. However, depending on the amount of the judgment and other factors relating to the appellate process, satisfying any security requirements could have a potentially material negative impact on the Company's consolidated financial position in the short term.

**Deepwater Horizon Events**  In April 2010, the Macondo well in the Gulf of Mexico blew out and an explosion occurred on the *Deepwater Horizon* drilling rig, resulting in an oil spill. The well was operated by BP Exploration and Production Inc. (BP) and Anadarko held a 25% nonoperated interest. In October 2011, the Company and BP entered into a settlement agreement, mutual releases, and agreement to indemnify relating to the Deepwater Horizon events (Settlement Agreement), under which the Company paid $4.0 billion in cash and transferred its interest in the Macondo well and the Mississippi Canyon Block 252 (Lease) to BP. Pursuant to the Settlement Agreement, the Company is fully indemnified by BP against all claims, causes of action, losses, costs, expenses, liabilities, damages, or judgments of any kind arising out of the Deepwater Horizon events, related damage claims arising under the Oil Pollution Act of 1990 (OPA), claims for natural resource damages (NRD) and assessment costs, and any claims arising under the Operating Agreement with BP (OA). This indemnification is guaranteed by BP Corporation North America Inc. (BPCNA) and, in the event that the net worth of BPCNA declines below an agreed-upon amount, BP p.l.c. has agreed to become the sole guarantor. Under the Settlement Agreement, BP does not indemnify the Company against fines and penalties, punitive damages, shareholder derivative or securities laws claims, or certain other claims.

**Liability Accrual**  Below is a discussion of the Company's current analysis, under applicable accounting guidance, of its potential liability for (i) amounts invoiced by BP under the OA (OA Liabilities), (ii) OPA-related environmental costs, and (iii) other contingent liabilities. Applicable accounting guidance requires the Company to accrue a liability if both (a) it is probable that a liability has been incurred and (b) the amount of that liability can be reasonably estimated.

The Company is fully indemnified by BP against OPA damage claims, NRD claims and assessment costs, and other potential liabilities. The Company may be required to recognize a liability for these amounts in advance of or in connection with recognizing a receivable from BP for the related indemnity payment. In all circumstances, however, the Company expects that any additional indemnified liability that may be recognized by the Company will be subsequently recovered from BP itself or through the guarantees of BPCNA or BP p.l.c. The Company has not recorded a liability for any costs that are subject to indemnification by BP.

127

Table of Contents

Index to Financial Statements

**ANADARKO PETROLEUM CORPORATION
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
YEARS ENDED DECEMBER 31, 2013, 2012, AND 2011**

168

Table of Contents

Index to Financial Statements

| Exhibit Number | Description | File Number |
|---|---|---|
| *  101 .INS | XBRL Instance Document | |
| *  101 .SCH | XBRL Schema Document | |
| *  101 .CAL | XBRL Calculation Linkbase Document | |
| *  101 .DEF | XBRL Definition Linkbase Document | |
| *  101 .LAB | XBRL Label Linkbase Document | |
| *  101 .PRE | XBRL Presentation Linkbase Document | |

†    Management contracts or compensatory plans or arrangements required to be filed pursuant to Item 15.
‡    Application has been made to the Securities and Exchange Commission (SEC) for confidential treatment of certain provisions of the exhibit. Omitted material for which confidential treatment has been requested has been filed separately with the SEC.

The total amount of securities of the registrant authorized under any instrument with respect to long-term debt not filed as an exhibit does not exceed 10% of the total assets of the registrants and its subsidiaries on a consolidated basis. The registrant agrees, upon request of the SEC, to furnish copies of any or all of such instruments to the SEC.

**b)   FINANCIAL STATEMENT SCHEDULES**

Financial statement schedules have been omitted because they are not required, not applicable, or the information is included in the Company's Consolidated Financial Statements.

169

Table of Contents

Index to Financial Statements

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

ANADARKO PETROLEUM CORPORATION

February 28, 2014                    By:   /s/ ROBERT G. GWIN

Robert G. Gwin
Executive Vice President, Finance and Chief Financial Officer

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities indicated on February 28, 2014.

| **Name and Signature** | **Title** |
|---|---|

(i) Principal executive officer and director:

| | |
|---|---|
| /s/ R. A. WALKER | Chairman, President and Chief Executive Officer |
| R. A. Walker | |

(ii) Principal financial officer:

| | |
|---|---|
| /s/ ROBERT G. GWIN | Executive Vice President, Finance and Chief Financial Officer |
| Robert G. Gwin | |

(iii) Principal accounting officer:

| | |
|---|---|
| /s/ M. CATHY DOUGLAS | Senior Vice President, Chief Accounting Officer and Controller |
| M. Cathy Douglas | |

(iv) Directors:*

ANTHONY R. CHASE
KEVIN P. CHILTON
H. PAULETT EBERHART
PETER J. FLUOR
RICHARD L. GEORGE
PRESTON M. GEREN III
CHARLES W. GOODYEAR
JOHN R. GORDON
ERIC D. MULLINS
PAULA ROSPUT REYNOLDS

* Signed on behalf of each of these persons and on his own behalf:

By:   /s/ ROBERT G. GWIN
      Robert G. Gwin, Attorney-in-Fact

170