## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION: J |
| This document relates to: | * | |
| | * | HONORABLE CARL J. BARBIER |
| Actions within B3 Pleading Bundle | * | |
| | * | MAGISTRATE JUDGE SHUSAN |
| and | * | |
| | * | |
| 12-968, Plaisance, et al. v. BP Exploration& Production Inc., et al. | * * | |

---

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the hearing on Petitioners' *Motion to Apportion Attorney Fees, for Injunctive Relief, and for Damages Derived from Claims Submitted Pursuant to the Medical Benefits Class Action Settlement Agreement in Accordance with Section XXVII, and Motion to Stay Pending Florida State Court Action* is hereby set for Wednesday, April 9, 2014 at 9:30 A.M. before the Honorable Carl J. Barbier.

Signed this 13th day of March, 2014 at Baton Rouge, LA.

s/Jason L. Melancon