IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| This document relates to: | * * | HONORABLE CARL J. BARBIER |
| Actions within B3 Pleading Bundle | * * | MAGISTRATE JUDGE SHUSAN |
| and | * * | |
| 12-968, Plaisance, et al. v. BP Exploration& Production Inc., et al. | * * | |

## PROPOSED ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this Honorable Court shall have exclusive and ancillary jurisdiction over all parties, medical benefits settlement class members, and their counsel with respect to any implementation, administration, and enforcement of the Medical Benefits Settlement Agreement pursuant to Section XXVII entitled "Continuing Jurisdiction."

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the pending Florida state court litigation entitled *Sterbcow Law Group, LLC and Melancon / Rimes, LLC v. The Downs Law Group, P.A., Craig T. Downs, Jeremy Friedman, and Daniel Perez*, 11th Judicial District Circuit, County of Miami-Dade, State of Florida shall be permanently enjoined and stayed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court shall conduct an evidentiary hearing on the ____ day of _____, 2014 (1) to determine the following disputed issues:

(1) The propriety of an accounting for all attorney fees, already received and/or to be received, from claims made and submitted pursuant to the SETTLEMENT AGREEMENT and deposit of said fees into an interest bearing account pending final resolution of these proceedings;

(2) The proper apportionment of attorney fees between Melancon | Rimes, LLC, Sterbcow Law Group, LLC, Jason L. Melancon, Marx D. Sterbcow, and the Downs Law Group, P.A for all medical claims benefit clients,

(3) Whether statutory and/or punitive damages against the Downs Law Group, P.A. and its defendant agents Craig T. Downs, Jeremy Friedman, and Daniel Perez, are justified under any Louisiana, Florida, or federal law;

(4) Whether to award attorney fees and costs against Downs Law Group, P.A. and its defendant agents Craig T. Downs, Jeremy Friedman, and Daniel Perez, under any Louisiana, Florida, or federal law;

(5) Whether all contingency fee contracts executed between the Downs Law Group, P.A. and/or its defendant agents Craig T. Downs, Jeremy Friedman, and Daniel Perez and Louisiana resident clients should be stricken for the unauthorized practice of law in Louisiana, and to determine whether to appoint the law firms Melancon | Rimes, LLC and Sterbcow Law Group, LLC as the sole and exclusive attorneys of record for Louisiana resident clients, only, and to apportion all attorneys fees derived from the

Louisiana resident clients to the law firms of Melancon | Rimes, LLC and Sterbcow Law Group, LLC exclusively.

Signed this ____ day of _____, 2014 at New Orleans, Louisiana.

_____
Honorable Carl J. Barbier