# Jason Melancon

| | |
|---|---|
| **From:** | Jason Melancon |
| **Sent:** | Sunday, August 26, 2012 9:58 PM |
| **To:** | Jeremy |
| **Cc:** | Marx Sterbcow; craig downs |
| **Subject:** | Re: Sample Joint Participation & Association Counsel Contract |

Jeremy

I agree to the provisions.  I'm likely leaving first thing tomorrow morning.
Jason

Sent from my iPhone

On Aug 26, 2012, at 9:03 PM, "Jeremy" <jfriedman@downslawgroup.com> wrote:


Thanks Marx.

Good luck with the storm preparations…  I will call you tomorrow on your cell to tell you where we are with the objections, etc.

Jeremy

**Jeremy D. Friedman, Esq.**
<image002.jpg>
**Broward**
Whispering Woods Center
7401 Wiles Road, Suite 209
Coral Springs, Florida 33067
T. 954-753-8311 (Direct)
T. 305-444-8226
F. 305 444-6773
e-mail: jfriedman@downslawgroup.com
Website: www.downslawgroup.com


**Miami-Dade**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
T. 305-444-8226
F. 305-444-6773
e-mail: jfriedman@downslawgroup.com
Website: www.downslawgroup.com

***Confidentiality and Privilege Notice***

This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the

1

message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

---

**From:** Marx Sterbcow [mailto:marx@sterbcowlaw.com]
**Sent:** Sunday, August 26, 2012 10:01 PM
**To:** Jeremy Friedman
**Cc:** craig downs; 'Melancon Jason'
**Subject:** RE: Sample Joint Participation & Association Counsel Contract

Jeremy:

Here is my signed copy of the Joint Participation Agreement.  Jason—can you sign it before you evacuate as well or just confirm via email and sign/send it back it when you get back to your office from your evacuation.

Marx

**From:** Jeremy [mailto:jfriedman@downslawgroup.com]
**Sent:** Sunday, August 26, 2012 8:37 AM
**To:** Marx Sterbcow
**Cc:** 'craig downs'; 'Melancon Jason'
**Subject:** RE: Sample Joint Participation & Association Counsel Contract

Hey Marx,

We are hopeful to have it ready by Monday night or Tuesday morning at the latest.  If you do have to evacuate, would you have access to email?  The reason I ask this is that, worst case scenario, if you can review the objections once we send it and then approve it, we can then file it electronically from here on behalf of everyone.

I am not sure if any deadlines would be moved and we probably don't want to take the chance.

Jeremy

**Jeremy D. Friedman, Esq.**
<image003.jpg>
**Broward**
Whispering Woods Center
7401 Wiles Road, Suite 209
Coral Springs, Florida 33067
T. 954-753-8311 (Direct)
T. 305-444-8226
F. 305 444-6773
e-mail: jfriedman@downslawgroup.com
Website: www.downslawgroup.com


**Miami-Dade**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
T. 305-444-8226
F. 305-444-6773
e-mail: jfriedman@downslawgroup.com
Website: www.downslawgroup.com

***Confidentiality and Privilege Notice***

This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

---

**From:** Marx Sterbcow [mailto:marx@sterbcowlaw.com]
**Sent:** Sunday, August 26, 2012 6:37 AM
**To:** Jeremy Friedman
**Cc:** craig downs; Melancon Jason
**Subject:** Re: Sample Joint Participation & Association Counsel Contract

Guys:
Based on the Hurricane projections this morning can you give us an ETA on when you send docs? What happens if mandatory evac is ordered for New Orleans will deadlines move back or will they be firm?
Marx

Sent from my iPhone

On Aug 25, 2012, at 9:52 PM, "Jeremy" <jfriedman@downslawgroup.com> wrote:

Marx,

Here is the Co-Counsel agreement with the terms we discussed. It is it ok, please sign it and email it back to us for our records. If you have any changes or additions please tell me.

Appreciate it.

Jeremy

**Jeremy D. Friedman, Esq.**
<image001.jpg>
**Broward**
Whispering Woods Center
7401 Wiles Road, Suite 209
Coral Springs, Florida 33067
T. 954-753-8311 (Direct)
T. 305-444-8226
F. 305 444-6773
e-mail: jfriedman@downslawgroup.com
Website: www.downslawgroup.com


**Miami-Dade**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
T. 305-444-8226
F. 305-444-6773
e-mail: jfriedman@downslawgroup.com
Website: www.downslawgroup.com

***Confidentiality and Privilege Notice***

This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

---

<Attorney Participation Agreement.pdf>