# Jason Melancon

| | |
|---|---|
| **From:** | Jason Melancon |
| **Sent:** | Friday, October 18, 2013 5:13 PM |
| **To:** | Daniel Perez |
| **Cc:** | 'Craig Downs; marx@sterbcowlaw.com |
| **Subject:** | Re: BP Client Listing |

I also need the state.  What happened to the thousands you guys signed up?

Sent from my iPhone

On Oct 18, 2013, at 4:56 PM, "Daniel Perez" <dperez@downslawgroup.com> wrote:

Sorry, I forgot to attach the list…

Abreu, Reynaldo
Aparecio, Adoney
Arellano, Miguel
Ayestas, Wullen
Auceda, Martha
Ayala, Ramon
Benites, Noel
Balmaceda, Norbelis
Bueno, Luis
Bulte, Rigoberto *Tronco*
Cabacungan, Rubin
Castro, Ariel
Castro, Carmen
Cordero, Dania
Cortes, Fabian
Diaz, Rigoberto
Fabre, Felipe
Flores Monatlvan, Carlos
Garcia, Jose
Garcia- Chicano, Daschiell
Godoy, Berta
Godoy, Jose
Gonzalez, Emil
Lugo, Ernesto Maya
Gonzalez, Juan
Gonzalez, Pedro Pablo
Gonzalez, Richar
Grimon, Angel
Martinez, Lucio
Hernandez, Leandro
Herrera, Bryant
Huervo, Alfredo
Huervo, Juan
Quintana, Alejandro
Ramirez, Geovanni C.
Jimenez, Heron
Leyva, Orlando
Rodrgiuez, Gloria Elizabeth
Lezanna Cortez, Segundo

Llorens, Maura
Lopez, Blanca
Tamayo, Arnaldo
Machet, Carlos
Martinez Jr., Guillermo
Martinez Sr., Guillermo
Velasquez, Norman
Martinez, Belkis
Mejia, Jose Raul
Vitai, Samuel
Lopez, Stephanie
Orozco, William
Paloblanco, Uriel
Perez, Ruben
Pupo, Jose Antonio
Salgado, Enrique
Sanchez, Nabor
Restrepo, Herrera, Jaime
Restrepo, Jaime
Rivas, Denis
Rodriguez, Armando
Arbaysa, Brenda
Romero, Leonardo
Rosario, Rafael
Salamanca, Remberto
Thaureaux Llorens, Yenileis
Urroz, Rafael
Vega, Nelson
Vega-Sosa, Minaldo
Vido, Franscisco
Villa, Andres
Arbaiza, Ana
Morales, Pedro
Socarras, Angelo


**Daniel A. Perez, Esq.**
**<image002.jpg>**
**Miami-Dade - Main Office**
**3250 Mary Street, Suite 307**
**Coconut Grove, FL 33133**
**T. 305-444-8226**
**F. 305-444-6773**
**e-mail: dperez@downslawgroup.com**
**Website: www.downslawgroup.com**
**Broward**
**Whispering Woods Center**
**7401 Wiles Road, Suite 209**
**Coral Springs, FL 33067**
**T. 954-447-3556**

**\*\*\*Confidentiality and Privilege Notice\*\*\***

**This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.**

**From:** Daniel Perez [mailto:dperez@downslawgroup.com]
**Sent:** Friday, October 18, 2013 5:11 PM
**To:** 'Jason Melancon'; ''Craig Downs' (cdowns@downslawgroup.com)'
**Cc:** 'marx@sterbcowlaw.com'
**Subject:** RE: BP Client Listing

Jason,

Per your request, below you will find the group of clients which you filed a notice of appearance on behalf of. Hope this helps.

**Daniel A. Perez, Esq.**
**<image003.jpg>**
**Miami-Dade - Main Office**
**3250 Mary Street, Suite 307**
**Coconut Grove, FL 33133**
**T. 305-444-8226**
**F. 305-444-6773**
**e-mail: dperez@downslawgroup.com**
**Website: www.downslawgroup.com**
**Broward**
**Whispering Woods Center**
**7401 Wiles Road, Suite 209**
**Coral Springs, FL 33067**
**T. 954-447-3556**

**\*\*\*Confidentiality and Privilege Notice\*\*\***

**This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.**

---

**From:** Jason Melancon [mailto:Jason@melanconrimes.com]
**Sent:** Wednesday, October 16, 2013 12:33 PM
**To:** Daniel Perez (dperez@downslawgroup.com); 'Craig Downs' (cdowns@downslawgroup.com)
**Cc:** marx@sterbcowlaw.com
**Subject:** BP Client Listing

Craig and Danny:

We certainly have no problem with you guys using our conference room. Glad to help. I'm also glad you called because it reminded me to call you about my malpractice insurer. Every year I have to list my class actions and mass tort cases. The insurance company called me and wants a complete listing by name and state of all BP clients we signed up pursuant to our joint representation agreement. Can you please get this to me in the next couple of weeks?

Thanks,
Jason

**Jason L. Melancon**
**Melancon | Rimes**
8706 Jefferson Hwy., Suite A
Baton Rouge, LA 70809
Telephone: (225) 303-0455

Fax: (225) 303-0459

PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee.  This may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.