

Amled Perez <amled.perez@gmail.com>

# FW: Letter
4 messages

**Daniel Perez** <dperez@downslawgroup.com>  Tue, Oct 22, 2013 at 10:23 AM
To: amled.perez@gmail.com

Amled,

Can you please translate the paragraph below? Thanks!

Daniel A. Perez, Esq.



**Miami-Dade - Main Office**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
T. 305-444-8226
F. 305-444-6773
e-mail: dperez@downslawgroup.com
Website: www.downslawgroup.com
**Broward**
**Whispering Woods Center**
7401 Wiles Road, Suite 209
Coral Springs, FL 33067
T. 954-447-3556

***Confidentiality and Privilege Notice***

This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

**From:** Jeremy D. Friedman, Esq. [mailto:jfriedman@downslawgroup.com]
**Sent:** Tuesday, October 22, 2013 10:50 AM
**To:** 'Craig Downs'
**Cc:** dperez@downslawgroup.com
**Subject:** Letter

I think along with the amended retainer for those clients from July to the present, we should do a letter to all of the client stating something like this:

  As an update to your case, we are continuing to gather the evidence on your behalf to support your claims under the class action settlement agreement. As you may know, the settlement's approval is pending subject to an appeal filed by an unrelated party. As you may recall, we filed an objection to the settlement agreement in an effort to obtain additional benefits. The court determined that the settlement agreement has currently drafted would govern. We thereafter sought to appeal the court's ruling. However, it was determined that it was in your best interest to no longer pursue the appeal in an effort to obtain compensation for you as timely as possible. Another party's appeal is currently pending and we are hopeful that the court will deny it shortly so that disbursements can begin. We will keep you updated accordingly. Finally, please be advised that we had initially agreed that the law firms of Melancon Rimes and the Sterbcow Law Group would provide assistance as to the objection and appeal only. As these issues are no longer pending, these entities are no longer acting on your behalf. This will have no effect on any recovery that you may have, however, we wanted to keep you informed as to any developments related to your case.

  Thank you.

Something like that. Sure it is self serving but it can't hurt and we do have an obligation to keep the clients advised.

**Jeremy D. Friedman, Esq.**



THE
DOWNS
LAW GROUP

**Broward**
Whispering Woods Center
7401 Wiles Road, Suite 209
Coral Springs, Florida 33067
T. 954-753-8311 (Direct)
T. 305-444-8226
F. 305 444-6773
e-mail: jfriedman@downslawgroup.com
Website: www.downslawgroup.com

**Miami-Dade**
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
T. 305-444-8226
F. 305-444-6773
e-mail: jfriedman@downslawgroup.com
Website: www.downslawgroup.com

***Confidentiality and Privilege Notice***

This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

---

**Amled Perez** <amled.perez@gmail.com>                              Tue, Oct 22, 2013 at 10:44 AM
To: Daniel Perez <dperez@downslawgroup.com>

A manera de actualización, continuamos obteniendo información y evidencia necesaria para sustentar su reclamo bajo el acuerdo de beneficios médicos. Como ya sabe, la aprobación del acuerdo por beneficios médicos de BP Deep Water Horizon está pendiente sujeto a una apelación. Como recordará, ya hemos objetado el acuerdo en un esfuerzo para obtener beneficios adicionales para usted. La corte ha determinado que el acuerdo debe gobernar, según redactado, denegando así nuestras objeciones. Luego apelamos esa decisión del tribunal. Sin embargo, decidimos que era en su mejor interés no seguir con la apelación para evitar más dilaciones en obtener su compensación. La apelación de una parte no relacionada a nosotros está pendiente en corte y esperamos que la corte la deniegue pronto para que pueda empezar la repartición de los fondos.

Le mantendremos informado sobre cualquier desarrollo en el caso.

Por último, queremos informarle que inicialmente habíamos acordado con las firmas Melacon Rimes and Sterbcow Law Group para que proveyeran asistencia en el proceso de la objeción y apelación solamente. Ya que estos procedimientos ya fueron resueltos, estas entidades ya no actuaran representando sus intereses. Esto no tendrá efecto alguno en la compensación que usted pueda recibir, pero le informamos para mantenerlo al tanto del desarrollo de su caso.

[Quoted text hidden]

---

**Amled Perez** <amled.perez@gmail.com>                              Tue, Oct 22, 2013 at 10:50 AM
To: Daniel Perez <dperez@downslawgroup.com>

I don't like the first sentence. Say: "Le escribimos para informarle de las actualizaciones mas recientes a su caso. Continuamos obteniendo la informacion y evidencia necesaria para sustenta su reclamo contra BP por beneficios medicos." Instead.
With accent on m'edicos...I just can't do it on gmail.

[Quoted text hidden]

---

**Daniel Perez** <dperez@downslawgroup.com>                          Tue, Oct 22, 2013 at 10:50 AM
To: Amled Perez <amled.perez@gmail.com>

Thanks! Also, remember to start using the new packets I last left you.


If you find one of those executive offices let me know.

Daniel A. Perez, Esq.



Miami-Dade - Main Office
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
T. 305-444-8226
F. 305-444-6773
e-mail: dperez@downslawgroup.com
Website: www.downslawgroup.com
Broward
Whispering Woods Center
7401 Wiles Road, Suite 209
Coral Springs, FL 33067
T. 954-447-3556

***Confidentiality and Privilege Notice***

This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

**From:** Amled Perez [mailto:amled.perez@gmail.com]
**Sent:** Tuesday, October 22, 2013 11:45 AM
**To:** Daniel Perez
**Subject:** Re: FW: Letter

[Quoted text hidden]