UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: | Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : | MDL No. 2179 |
| | | : | SECTION: J |
| | | : | JUDGE BARBIER |
| This Document Relates to: 10-4536 | | : | MAG. JUDGE SHUSHAN |
| | | : | |

……………………………………………...

**CLEAN WATER ACT – PENALTY PHASE**

**EXHIBITS IN SUPPORT OF UNITED STATES' REPLY TO
BPXP'S OPPOSITION TO MOTION IN LIMINE TO PERMIT RELEVANT
EVIDENCE CONCERNING BP P.L.C. AND ITS AFFILIATES**

| Exh. No. | Description |
|---|---|
| 1 | BP Annual Report and Form 20-F 2012, at 162-169 |
| 2 | BP Annual Report and Form 20-F 2011, at 160-163 |
| 3 | Brenda Pennington BP Affiliate Board of Director Memberships – Spreadsheet |
| 4 | State of Delaware Annual Franchise Tax Reports (2010-2013) |
| 5 | BP Exploration & Production Inc.'s Initial Disclosures Relating to the Clean Water Act Penalty Phase – March 10, 2014 |
| 6 | Deposition of Anthony Hayward, Volume 2, June 8, 2011, 804:11 – 805:4 |
| 7 | BP Annual Report and Form 20-F 2010, at 38 |
| 8 | Agency Fedwire Report for Fedwire (BP America Payment to Coast Guard) |
| 9. | Appellants' Opening Brief, In Re: Deepwater Horizon, Case 12-30230, Document 00511847730, U.S. Court of Appeals for the 5th Circuit, May 7, 2012 |
| 10. | Appellants' Reply Brief, In Re: Deepwater Horizon, In the Supreme Court of Texas, No 13-0670, Case No. 12-30230, March 10, 2014 |