# Exhibit 3

**TO UNITED STATES' REPLY TO BPXP'S OPPOSITION TO MOTION IN LIMINE TO PERMIT RELEVANT EVIDENCE CONCERNING BP P.L.C. AND ITS AFFILIATES**

# BRENDA PENNINGTON BP AFFILIATE BOARD OF DIRECTOR MEMBERSHIPS

| Tier Level | Entity_Name | First Name | Last Name | Title | Source | Parent Entity | Grand Parent Entity |
|---|---|---|---|---|---|---|---|
| 4 | Bp Lubricants Usa Inc | Brenda H | Pennington | Secretary | Corporation Wiki | BP America Inc | BP Holdings North America Limited |
| 4 | Mardi Gras Transportation System | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP America Inc | BP Holdings North America Limited |
| 4 | Mardi Gras Transportation System | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP America Inc | BP Holdings North America Limited |
| 5 | Castrol Industrial North America Inc | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Lubricants USA Inc | BP America Inc |
| 5 | Bp Solar International Inc | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Corporation North America Inc | BP America Inc |
| 5 | Bp Solar International Inc | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Corporation North America Inc | BP America Inc |
| 5 | BP Company North America Inc | Brenda H | Pennington | Director | Corporation Wiki | BP Corporation North America Inc | BP America Inc |
| 5 | BP Pipelines (North America) Inc | Brenda H | Pennington | Secretary | Corporation Wiki | The Standard Oil Company | BP Company North America inc |
| 5 | CH-TWENTY INC | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | Atlantic Richfield Company | BP America Inc |
| 5 | Arco Products Company | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | Atlantic Richfield Company | BP America Inc |
| 5 | CH-TWENTY INC | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | Atlantic Richfield Company | BP America Inc |
| 5 | Arco Products Company | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | Atlantic Richfield Company | BP America Inc |
| 5 | BP Pipelines (North America) Inc | Brenda H | Pennington | Secretary | Corporation Wiki | The Standard Oil Company | BP America Inc |
| 5 | Castrol Industrial North America Inc | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Lubricants USA Inc | BP America Inc |
| 6 | Arco Environmental Remediation LLC | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | CH-TWENTY, INC. | Atlantic Richfield Company |
| 6 | BP OIL PIPELINE COMPANY | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Pipelines (North America) Inc | Bp Company North America Inc |
| 6 | BP America Production Company | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Company North America Inc | BP Corporation North America Inc |
| 6 | BP America Production Company | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Company North America Inc | BP Corporation North America Inc |
| 6 | AMOCO PROPERTIES INCORPORATED | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Company North America Inc | BP Corporation North America Inc |
| 6 | BP Products North America Inc | Brenda H | Pennington | Secretary | Corporation Wiki | BP Company North America Inc | BP Corporation North America Inc |
| 6 | BP OIL PIPELINE COMPANY | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Pipelines (North America) Inc | The Standard Oil Company |
| 6 | Bp Amoco Chemical Company | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Company North America Inc | BP Corporation North America Inc |
| 6 | Arco Environmental Remediation LLC | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | CH-TWENTY, INC. | Atlantic Richfield Company |
| 6 | BP Offshore Pipelines Inc | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Pipelines (North America) Inc | The Standard Oil Company |
| 6 | BP Pipelines (North America) Inc | Brenda H | Pennington | Secretary | Corporation Wiki | Bp Company North America Inc | BP Corporation North America Inc |
| 6 | BP Offshore Pipelines Inc | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Pipelines (North America) Inc | Bp Company North America Inc |
| 6 | Bp Amoco Chemical Company | Brenda H | Pennington | Director | Corporation Wiki | BP Company North America Inc | BP Corporation North America Inc |
| 6 | BP Offshore Pipelines Inc | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Pipelines (North America) Inc | Bp Company North America Inc |
| 6 | BP Offshore Pipelines Inc | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Pipelines (North America) Inc | The Standard Oil Company |
| 6 | BP Products North America Inc | Brenda H | Pennington | Director | Corporation Wiki | BP Company North America Inc | BP Corporation North America Inc |
| 6 | BP Global Special Products (America) Inc | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | Burmah Castrol Holdings Inc | BP Lubricants USA Inc |
| 7 | BP Products North America Inc | Brenda H | Pennington | Secretary | Corporation Wiki | The Standard Oil Company | BP Company North America Inc |
| 7 | Amoco Equipment Leasing Company | Brenda H | Pennington | Director | Corporation Wiki | BP America Production Company | BP Company North America Inc |
| 7 | BP Alternative Energy North America Inc | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP America Production Company | BP Company North America Inc |
| 7 | Amoco Equipment Leasing Company | Brenda H | Pennington | Secretary | Corporation Wiki | BP America Production Company | BP Company North America Inc |
| 7 | American Oil Company | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Products North America Inc | BP Company North America Inc |
| 7 | Bp Canada Energy Marketing Corp | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Canada Energy Company | Amoco Canada International Holdings B V |
| 7 | American Oil Company | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Products North America Inc | The Standard Oil Company |
| 7 | BP Alternative Energy North America Inc | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP America Production Company | BP Company North America Inc |
| 7 | ENERGY GLOBAL INVESTMENTS (USA) INC | Brenda H | Pennington | Secretary | Corporation Wiki | The Standard Oil Company | BP America Inc |
| 7 | Amoco Marketing Environmental Services Company | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Products North America Inc | The Standard Oil Company |
| 7 | BP Products North America Inc | Brenda H | Pennington | Secretary | Corporation Wiki | The Standard Oil Company | BP America Inc |
| 7 | ENERGY GLOBAL INVESTMENTS (USA) INC | Brenda H | Pennington | Secretary | Corporation Wiki | The Standard Oil Company | BP Company North America Inc |
| 7 | BP Products North America Inc | Brenda H | Pennington | Director | Corporation Wiki | The Standard Oil Company | BP America Inc |
| 7 | Amprop Finance Company | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | Amoco Properties Incorporated | BP Company North America Inc |
| 7 | Amoco Marketing Environmental Services Company | Brenda H | Pennington | Director | Corporation Wiki | BP Products North America Inc | The Standard Oil Company |
| 7 | Amoco Marketing Environmental Services Company | Brenda H | Pennington | Director | Corporation Wiki | BP Products North America Inc | BP Company North America Inc |
| 7 | Pan American Petroleum Corporation | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP America Production Company | BP Company North America Inc |
| 7 | BP Products North America Inc | Brenda H | Pennington | Director | Corporation Wiki | The Standard Oil Company | BP Company North America inc |
| 7 | Arco Midcon LLC | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Pipelines (North America) Inc | Bp Company North America Inc |
| 7 | Arco Midcon LLC | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Pipelines (North America) Inc | The Standard Oil Company |
| 7 | Bp Sakhalin Inc | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP America Production Company | BP Company North America Inc |
| 7 | Amoco Marketing Environmental Services Company | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Products North America Inc | BP Company North America Inc |
| 7 | Black Lake Pipe Line Company | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Pipelines (North America) Inc | The Standard Oil Company |
| 7 | BP Exploration & Production Inc | Brenda H | Pennington | Director | Corporation Wiki | BP America Production Company | BP Company North America Inc |
| 7 | Amoco Supply and Trading Company | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP America Production Company | BP Company North America Inc |
| 7 | Amoco Supply and Trading Company | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP America Production Company | BP Company North America Inc |
| 7 | American Oil Company | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Products North America Inc | The Standard Oil Company |
| 7 | Black Lake Pipe Line Company | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Pipelines (North America) Inc | Bp Company North America Inc |
| 7 | Black Lake Pipe Line Company | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Pipelines (North America) Inc | Bp Company North America Inc |

# BRENDA PENNINGTON BP AFFILIATE BOARD OF DIRECTOR MEMBERSHIPS

| Tier Level | Entity_Name | First Name | Last Name | Title | Source | Parent Entity | Grand Parent Entity |
|---|---|---|---|---|---|---|---|
| 7 | Black Lake Pipe Line Company | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Pipelines (North America) Inc | The Standard Oil Company |
| 7 | TOC-ROCKY MOUNTAINS INC | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP America Production Company | BP Company North America Inc |
| 7 | Pan American Petroleum Corporation | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP America Production Company | BP Company North America Inc |
| 7 | BP ENERGY COMPANY | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP America Production Company | BP Company North America Inc |
| 7 | Bp Sakhalin Inc | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP America Production Company | BP Company North America Inc |
| 7 | Arco Midcon LLC | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Pipelines (North America) Inc | Bp Company North America Inc |
| 7 | Arco Midcon LLC | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Pipelines (North America) Inc | The Standard Oil Company |
| 7 | Vastar Holdings Inc | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP America Production Company | BP Company North America Inc |
| 7 | BP Exploration & Production Inc | Brenda H | Pennington | Secretary | Corporation Wiki | BP America Production Company | BP Company North America Inc |
| 7 | Amprop Finance Company | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | Amoco Properties Incorporated | BP Company North America Inc |
| 7 | American Oil Company | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Products North America Inc | BP Company North America Inc |
| 8 | Bp West Coast Products LLC | Brenda H | Pennington | Corporate Secretary | 2010 Texas Franchise Tax Public Information Report | BP Products North America Inc | BP Company North America Inc |
| 8 | Bp Wind Energy North America Inc | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Alternative Energy North America Inc | BP America Production Company |
| 8 | Amoco High Island Pipeline Company | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | Amoco Pipeline Holding Company | BP Pipelines (North America) Inc |
| 8 | Amoco High Island Pipeline Company | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | Amoco Pipeline Holding Company | BP Pipelines (North America) Inc |
| 8 | Amoco Rancho Pipeline Company | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | Amoco Pipeline Holding Company | BP Pipelines (North America) Inc |
| 8 | CSGP of Southeast Texas, LLC | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Alternative Energy North America Inc | BP America Production Company |
| 8 | Amoco Corporate Development Company - Latin America | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | Amoco Oil Holding Company | BP Products North America |
| 8 | Enstar LLC | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | ARCO Unmar Holdings LLC | |
| 8 | Enstar LLC | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | ARCO Unmar Holdings LLC | |
| 8 | AEGP General, LLC | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Alternative Energy North America Inc | BP America Production Company |
| 8 | AEGP General, LLC | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Alternative Energy North America Inc | BP America Production Company |
| 8 | TXC Green Power LLC | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Alternative Energy North America Inc | BP America Production Company |
| 8 | BP GAS AND POWER COMPANY | Brenda H | Pennington | Officer | 2010 Texas Franchise Tax Public Information Report | BP Energy Company | BP America Production Company |
| 8 | Amoco Rancho Pipeline Company | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | Amoco Pipeline Holding Company | BP Pipelines (North America) Inc |
| 8 | Welchem Inc | Brenda H | Pennington | Director | Corporation Wiki | BP Amoco Chemical Holding Company | BP Amoco Chemical Company |
| 8 | AMOCO CAPLINE PIPELINE COMPANY | Brenda H | Pennington | Director | Corporation Wiki | Amoco Pipeline Holding Company | BP Pipelines (North America) Inc |
| 8 | Bp West Coast Products LLC | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Products North America Inc | The Standard Oil Company |
| 8 | Bp West Coast Products LLC | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Products North America Inc | BP Company North America Inc |
| 8 | Southern Ridge Pipeline Lp LLC | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | Southern Ridge Pipeline Holding Company | BP Pipelines (North America) Inc |
| 8 | Bp Wind Energy North America Inc | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Alternative Energy North America Inc | BP America Production Company |
| 8 | Bp West Coast Products LLC | Brenda H | Pennington | Corporate Secretary | 2010 Texas Franchise Tax Public Information Report | BP Products North America Inc | The Standard Oil Company |
| 8 | Southern Ridge Pipeline Lp LLC | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | Southern Ridge Pipeline Holding Company | BP Pipelines (North America) Inc |
| 8 | Amoco Corporate Development Company - Latin America | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | Amoco Oil Holding Company | BP Products North America |
| 8 | VASTAR GAS MARKETING INC | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | Vastar Holdings Inc | BP America Production Company |
| 8 | BP GAS AND POWER COMPANY | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Energy Company | BP America Production Company |
| 8 | Welchem Inc | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Amoco Chemical Holding Company | BP Amoco Chemical Company |
| 8 | AMOCO OLEFINS CORPORATION | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Amoco Chemical Holding Company | BP Amoco Chemical Company |
| 9 | BP Biofuels Advanced Technology | Brenda H | Pennington | Secretary | Corporation Wiki | BP Biofuels North America LLC | BP Alternative Energy North America Inc |
| 9 | Ae Power Services LLC | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | BP Wind Energy North America Inc | BP Alternative Energy North America Inc |
| 9 | Ae Power Services LLC | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | BP Wind Energy North America Inc | BP Alternative Energy North America Inc |
| 10 | Orion Post Land Investments LLC | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | Orion Energy LLC | BP Wind Energy North America Inc |
| 10 | Alexis Wind Farm LLC | Brenda H | Pennington | Director | 2010 Texas Franchise Tax Public Information Report | Orion Energy LLC | BP Wind Energy North America Inc |
| 10 | Orion Post Land Investments LLC | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | Orion Energy LLC | BP Wind Energy North America Inc |
| 10 | Alexis Wind Farm LLC | Brenda H | Pennington | Secretary | 2010 Texas Franchise Tax Public Information Report | Orion Energy LLC | BP Wind Energy North America Inc |
| 11 | Sherbino Mesa I Land Investments LLC | Brenda H | Pennington | Secretary | Corporation Wiki | Orion Energy Holdings LLC | Orion Energy LLC |
| 11 | Sherbino Mesa I Land Investments LLC | Brenda H | Pennington | Director | Corporation Wiki | Orion Energy Holdings LLC | Orion Energy LLC |