# Exhibit 6

**TO UNITED STATES' REPLY TO BPXP'S OPPOSITION TO MOTION IN LIMINE TO PERMIT RELEVANT EVIDENCE CONCERNING BP P.L.C. AND ITS AFFILIATES**

01-36956
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**CONFIDENTIAL**

***WorldwideVIEW*™**
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# ANTHONY HAYWARD

**VOLUME 2**

JUNE 8, 2011

**COPY**



*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing
For U.S. & International Services
800 - 745 - 1101

448

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:   OIL SPILL          )    MDL NO. 2179
     BY THE OIL RIG              )
 4   "DEEPWATER HORIZON" IN      )    SECTION "J"
     THE GULF OF MEXICO, ON      )
 5   APRIL 20, 2010              )    JUDGE BARBIER
                                 )    MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17                  *****************
                         VOLUME 2
18                  *****************
19
20
21        Deposition of Anthony Hayward, taken at
     Kirkland & Ellis International, 30 St. Mary Axe, 22nd
22   Floor, London EC3A 8AF, England, United Kingdom, on the
     8th of June, 2011.
23
24
25
```

PURSUANT TO CONFIDENTIALITY ORDER

1  A.  (Nodding.)
2  Q.  You testified on Monday that you learned of
3  the rig explosion in the early morning of April 21st,
4  London time. Do you recall that?
5  A.  That's correct.
6  Q.  And after you learned of the explosion, when
7  did you decide to go to Houston?
8  A.  I decided to go to Houston about two days
9  later, after the rig -- as the rig was sinking, in
10 fact.
11 Q.  And when you went to Houston, for what purpose
12 did you go to Houston after -- you know, two days
13 later?
14 A.  To -- to lead the response to what -- what was
15 clear at that time was going to be a very serious -- a
16 seri -- a serious accident, or had been a serious
17 accident.
18 Q.  In general terms, when you first went to
19 Houston, what -- what did you do in terms of either
20 organizing or to lead the response?
21 A.  Well, really, two things. One, to ensure that
22 we had launched the -- to the best of our ability, the
23 maximum surface response to the spill, to make certain
24 that everyone understood that no resources were to be
25 spared, the full power and resources of BP were at the

PURSUANT TO CONFIDENTIALITY ORDER

```
 1  disposal of those responding.
 2          And then secondly, to -- with the -- with the
 3  Subsea Technical Team, to conceive a plan of
 4  intervention to plug the well.
 5     Q.   All right.  Turn to -- I've handed you a
 6  notebook, I think you have before you.  Turn to Tab 1,
 7  please.  Do you have that?
 8     A.   I do.
 9          MR. GODFREY:  And, Kym, what's the next
10  exhibit number that we'll apply to this?
11          THE COURT REPORTER:  6073.
12          (Exhibit No. 6073 marked.)
13          MR. GODFREY:  Thank you.
14     Q.   (By Mr. Godfrey) Placed before you,
15  Dr. Hayward, is Exhibit 6073, which is a press release
16  dated April the 22nd, 2010, entitled "BP INITIATES
17  RESPONSE TO GULF OF MEXICO OIL SPILL."  Do you see
18  that?
19     A.   I do.
20     Q.   Have you seen this document before?
21     A.   I certainly saw it at the time that it was put
22  out, I'm sure.
23     Q.   Looking at this document, does this document
24  refresh your recollection as to the nature of what BP's
25  response had been to the spill as of April 22nd, 2010,
```