# Exhibit 8

**TO UNITED STATES' REPLY TO BPXP'S OPPOSITION TO MOTION IN LIMINE TO PERMIT RELEVANT EVIDENCE CONCERNING BP P.L.C. AND ITS AFFILIATES**

## Agency Fedwire Message Detail Report
### For Fedwire ID 2651379

### Summary Information

| Message ID | Message Audit Number | ALC | Message Amount | Voucher/CD Number | Process Status |
|---|---|---|---|---|---|
| 2651379 | 20100601001409 | 70060000 | $1,820,725.36 | 311782 | |

### Details

| Display Heading | Code | Column Heading |
|---|---|---|
| Message Disposition: | 1100 | 02 |
| | | P |
| | | N |
| Acceptance Time Stamp: | 1110 | 0601 |
| | | 1501 |
| | | FT01 |
| OMAD: | 1120 | 20100601 |
| | | D3B74V1C |
| | | 001280 |
| | | 0601 |
| | | 1501 |
| | | FT01 |
| Type / Subtype Code: | 1510 | 10 / 00 |
| IMAD: | 1520 | 20100601 |
| | | B1Q8021C |
| | | 039124 |
| Amount: | 2000 | +0001820725.36 |
| Sender FI: | 3100 | 021000089 |
| | | CITIBANK N.A. |
| Sender Reference: | 3320 | LCT01521607700 |
| Receiver FI: | 3400 | 021030004 |
| | | TREAS NYC |
| Business Function: | 3600 | CTR |
| Beneficiary | 4200 | |
| Originator: | 5000 | D |
| | | 70060000 |
| | | UNITED STATES COAST GUARD |
| | | 4101 WINFIELD RD |
| | | CANTERA III MC 3 W |
| | | WARRENVILLE IL 60555 |
| Originator FI: | 5100 | D |
| | | 30470628 |
| | | NORTH AMERICAN FUNDING CO. - BP |
| | | ATTN:ANDERS LI |
| | | 4101 WINFIELD ROAD |
| | | 3 WEST |
| Beneficiary Info: | 6400 | D |
| | | 30470628 |
| | | BP AMERICA INC. |
| | | OBO BP AMERICA PRODUCTION COBI |
| | | LL NO. N10036-001-10 |




Back to Agency Fedwire Message Summary       Back to Agency Voucher Summary