# Exhibit 9

**TO UNITED STATES' REPLY TO BPXP'S OPPOSITION TO MOTION IN LIMINE TO PERMIT RELEVANT EVIDENCE CONCERNING BP P.L.C. AND ITS AFFILIATES**

No. 12-30230

# United States Court of Appeals for the Fifth Circuit

IN RE: DEEPWATER HORIZON

RANGER INSURANCE, LIMITED,

*Plaintiff - Appellee,*

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRITON ASSET LEASING GMBH,

*Intervenor Plaintiffs - Appellees,*

v.

BP P.L.C.; BP EXPLORATION & PRODUCTION INCORPORATED; BP AMERICAN PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA INCORPORATED; BP COMPANY NORTH AMERICA INCORPORATED; BP PRODUCTS NORTH AMERICA INCORPORATED; BP AMERICA INCORPORATED; BP HOLDINGS NORTH AMERICA LIMITED,

*Defendants - Intervenor Defendants - Appellants.*

*(Caption Continued on Inside Cover)*

On appeal from the U.S. District Court for the Eastern District of Louisiana
Nos. 2:10-md-2179-CJB-SS, 2:11-cv-274-CJB-SS; 2:11-cv-275-CJB-SS

## APPELLANTS' OPENING BRIEF

Allan B. Moore
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-5575

David B. Goodwin
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
(415) 591-7074

*Attorneys for BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP p.l.c.*

May 7, 2012

CERTAIN UNDERWRITERS AT LLOYD'S LONDON,

*Plaintiffs – Appellees,*

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INCORPORATED; TRANSOCEAN HOLDINGS, L.L.C.; TRANSOCEAN DEEPWATER, INCORPORATED; TRITON ASSET LEASING GMBH,

*Intervenor Plaintiffs – Appellees,*

v.

BP P.L.C.; BP EXPLORATION & PRODUCTION INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP CORPORATION NORTH AMERICA INCORPORATED; BP COMPANY NORTH AMERICA INCORPORATED; BP PRODUCTS NORTH AMERICA INCORPORATED; BP AMERICA INCORPORATED; BP HOLDINGS NORTH AMERICA LIMITED,

*Defendants – Intervenor Defendants – Appellants.*

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. **Appellants**

   BP Exploration & Production Inc.
   BP America Production Company
   BP Corporation North America Inc.
   BP Company North America Inc.
   BP Products North America Inc.
   BP America Inc.
   BP Holdings North America Limited
   BP p.l.c.

   Represented in this appeal by:

   David B. Goodwin
   Covington & Burling LLP
   One Front Street
   San Francisco, CA 94111-5356
   (415) 591-7074

   Allan B. Moore
   Covington & Burling LLP
   1201 Pennsylvania Avenue, NW
   Washington, DC 20004-2401
   (202) 662-5575

## JURISDICTIONAL STATEMENT

The district court had jurisdiction under 28 U.S.C. § 1333. On March 1, 2012, the district court entered a partial final judgment, disposing of the claims pleaded in the Insurers' complaints, under Rule 54(b) of the Federal Rules of Civil Procedure. (R. 2021-22).[1] On the next day, BP filed a timely notice of appeal. (R. 2023-24). This Court has jurisdiction under 28 U.S.C. § 1291.

## STATEMENT OF ISSUES PRESENTED FOR REVIEW

The predecessor of Appellant BP America Production Company (together with its affiliates, "BP"[2]) contracted with the predecessor of Transocean Holdings, Inc. ("Transocean") for Transocean to drill an exploratory oil well. In its Drilling Contract with BP, Transocean committed to maintain certain minimum insurance coverages relating to the drilling effort. This case is an insurance coverage dispute that concerns the scope of BP's coverage rights under the insurance policies pertaining to the drilling effort.

---

[1] "R." refers to the sixth supplemental record compiled from MDL No. 2179. "274-R." refers to the record compiled from Civil Action No. 11-274. "275-R." refers to the record compiled from Civil Action No. 11-275. In all instances, the USCA5 prefix is omitted.

[2] "BP" refers to the BP entities that are Defendants-Appellants in the consolidated actions that are the subject of this appeal: namely, BP America Production Company, BP Exploration & Production Inc., BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP p.l.c.