# Exhibit 1

**TO UNITED STATES' REPLY MEMORANDUM IN SUPPORT OF MOTION OF THE UNITED STATES TO LIMIT EVIDENCE ABOUT THE "SERIOUSNESS" FACTOR**

Exhibit 1

Notice of Errata

There was one word omitted from one paragraph of "Appendix A: Regarding the 'Seriousness' Factor," which was an Appendix to the proposed "Order Concerning 'Seriousness' Factor in the Penalty Phase," Rec. Doc. 12373-1, at page 6 of 12, ¶ 15. The word "tentatively" should be inserted in the first line after the ninth word "have." The corrected paragraph reads as follows:

> BP and the state and federal Trustee agencies have tentatively agreed on 38 early restoration projects, totaling approximately $665 million.[17] The first 10 projects, which are currently underway and total approximately $71 million,[18] include: Alabama dune restoration, Alabama Marsh Island restoration, Florida boat ramp construction and enhancement, Florida dune restoration, Louisiana Lake Hermitage marsh creation, Louisiana oyster cultch restoration, Mississippi artificial reef habitat creation, Mississippi oyster clutch restoration,[19] an avian breeding habitat project, and a sea turtle nesting ground project.[20] The additional 28 projects include ecological and human use projects in Texas, Louisiana, Mississippi, Alabama, and Florida. The proposal for these projects is currently undergoing administrative planning and review.[21]

The text of all footnotes remains the same as the original.