UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**<br>     **"Deepwater Horizon" in the Gulf**<br>     **of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to:** *Matter of Van Vui*<br>          *(including 12-970)* | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

## ORDER

**[Regarding Petition for Writ of Review;
Petition for Writ of Mandamus; or Petition for Trial De Novo (Rec. doc. 12478)]**

Before the Court is the Petition for Writ of Review; Petition for Writ of Mandamus; or Petition for Trial De Novo filed on behalf of the Cao Law Firm requesting judicial review de novo of the ruling of the Third Party Claim Dispute Adjudicator.

The Cao Law Firm maintains that the Adjudicator erred in his decision resolving a fee dispute between that firm and another law firm.

The Adjudicator acts pursuant to the order of the Undersigned approving the Rules Governing the Third Party Claims Dispute Resolution Process as to Attorney Fee Liens (rec. doc. 9327 entered on April 15, 2013). As stated in that order, the Rules Governing were adopted "in aid of implementation of the Court Supervised Settlement Program pursuant to the Court's continuing and exclusive jurisdiction under Section 18.1 of the Economic and Property Damages Settlement Agreement." Members of the Class who filed claims pursuant to the Settlement are bound by its terms and the procedures enacted under the Court's jurisdiction. Id.

The Rules provide that the Adjudicator's Final Decision shall be final, binding and non-appealable (Rule 17(d)). While the Court maintains the discretionary right to handle disputes on its own, independently of the Adjudicator, and render a Final Decision regarding such disputes

(Rule 18), the Court does not find that the Cao Law Firm requested such review prior to submission of the matter to the Adjudicator or before the Adjudicator rendered his decision.[1]

After considering the Cao Law Firm's pleading, the Court DENIES the requested relief.

New Orleans, Louisiana, this 14th day of March, 2014.

                                                        _____
                                                        **CARL J. BARBIER**
                                                        **United States District Judge**

---

[1] The Court also notes that Cao Law Firm has previously submitted several fee disputes for resolution by the Adjudicator without raising any of the issues set forth in the motion.

2