UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| | * | |
| *No. 13-5804, Robert Young v. BP* | * | **MAG. JUDGE SHUSHAN** |
| *Exploration & Production Inc., et al.* | * | |
| | * | |

**J U D G M E N T**

Considering the Court's Order & Reasons dated March 10, 2014 (Rec. Doc. 12472 in No. 10-md-2179),

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of intervenor-plaintiff, Elton Johnson, and against defendant, BP Exploration & Production, Inc., in the amount of $2,698,095.00, plus costs and interest at a rate of 5% per annum from October 10, 2011 until paid.

Signed in New Orleans, Louisiana, this 14th day of March, 2014.

_____
United States District Judge

**Clerk to File in 10-md-2179 and 13-5804**