IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| This document relates to: | * * | Judge Barbier |
| Case Nos. 10-2771, 10-4182, 10-4183, 13-02645, 13-cv-02646, 13-cv-02647, 13-cv-02813 | * * * | Magistrate Judge Shushan |

**BP'S UNOPPOSED MOTION FOR ADDITIONAL PAGES FOR BP'S REPLY IN SUPPORT OF MOTION TO STRIKE THE STATE OF ALABAMA'S JURY DEMAND**

Pursuant to the Court's February 14, 2014 Briefing Schedule Order (Rec. Doc. 12126), BP America Production Company, BP Exploration & Production Inc., and BP p.l.c. (collectively, "BP") move this Court to grant BP five additional pages (20 pages total) for its reply brief in support of BP's Motion to Strike the State of Alabama's Jury Demand.  The State of Alabama does not oppose BP's request for five additional pages.  BP submits that good cause exists for this page limit extension because BP seeks the opportunity to reply to several new issues from four separate briefs filed by the States of Florida, Louisiana, Mississippi, and Texas, totaling an additional 35 pages, that were not raised in the State of Alabama's opposition brief.

For the reasons set forth in BP's Memorandum in Support, BP respectfully requests that the Court grant BP five (5) additional pages for a total of twenty (20) pages for its Reply in Support of BP's Motion to Strike the State of Alabama's Jury Demand.

Date:  March 14, 2014                                  Respectfully submitted,


/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #I6984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Paul D. Collier
R. Chris Heck
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
F. Chad Morriss
Maureen F. Browne
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

Joel M. Gross
Lawrence A. Schneider
Arnold & Porter, LLP
555 12th Street N.W.
Washington, DC 20004
Telephone: (202) 942-5705
Facsimile: (202) 942-5999


*Attorneys for BP p.l.c., BP Exploration & Production Inc., and BP America Production Company*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of March, 2014.

/s/ Don K. Haycraft
Don K. Haycraft