IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| This document relates to: | * * | Judge Barbier |
| Case Nos. 10-2771, 10-4182, 10-4183, 13-02645, 13-cv-02646, 13-cv-02647, 13-cv-02813 | * * * | Magistrate Judge Shushan |

_____

**[PROPOSED] ORDER**

The Court has considered BP's Unopposed Motion for Additional Pages for BP's Reply In Support of Motion to Strike the State of Alabama's Jury Demand (the "Motion"); and the memorandum related to that Motion.

The Court ORDERS that BP's Motion is GRANTED.  The Court's scheduling order of January 14, 2014 (Rec. Doc. 12126) is amended such that BP shall be allowed five (5) additional pages for its reply to the briefs filed by the States of Florida, Louisiana, Mississippi, and Texas, for a total of twenty (20) pages for its Reply in Support of BP's Motion to Strike the State of Alabama's Jury Demand.

IT IS SO ORDERED.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
United States District Judge