IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| **This Document Applies to:** Case Nos. 10-2771, 10-4182, 10-4183, 13-2634, 13-2646, 13-2647, 13-2813 | * * * | Judge Carl J. Barbier Magistrate Judge Sally Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER

Considering BP's **Unopposed Motion for Additional Pages for BP's Reply in Support of Motion to Strike the State of Alabama's Jury Demand** ("the Motion") **(Rec. Doc. 12520)**,

**IT IS ORDERED** that the Motion is **GRANTED**.  The Court's scheduling order of January 14, 2014 (Rec. Doc. 12126) is amended such that BP shall be allowed five (5) additional pages for its Reply in Support of BP's Motion to Strike the State of Alabama's Jury Demand, for a total of twenty (20) pages. The additional pages shall **only** address the briefs filed by the States of Florida, Louisiana, Mississippi, and Texas. No other briefing on this motion will be permitted by the Court.

New Orleans, Louisiana, this 17th day of March, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE