# Ex. 1

55121447
Mar 10 2014
04:27PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** Oil Spill by the Oil Rig *"Deepwater Horizon"* in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br><br> SECTION: J |
| **Applies to:** *U.S. v. BP Exploration & Prod. Co.,* No. 2:10-cv-04536. | * * | JUDGE BARBIER <br> MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * | * | |

### DEFENDANT ANADARKO PETROLEUM CORPORATION'S INITIAL DISCLOSURES

Defendant Anadarko Petroleum Corporation ("Anadarko"),[1] pursuant to Fed. R. Civ. P. 26(a)(1)(A) and in accordance with the Court's February 21, 2014 Order, provides the following initial disclosures. Anadarko reserves the right to amend, supplement, and/or correct the disclosures pursuant to Fed. R. Civ. P. 26(e), including to the extent the Court makes additional rulings or other parties raise new issues, claims, defenses, or evidence. Anadarko also reserves the right to supplement these disclosures based on the initial disclosures of other parties. Anadarko includes by reference all testimony and evidence adduced in prior phases of this case, and all documents, electronically stored information, and tangible things produced previously in prior phases.

Anadarko reserves its rights to object to the production of any documents referenced on the basis of privilege or work product or on the grounds that production would be unduly burdensome or not reasonably calculated to lead to the discovery of admissible evidence.

---

[1] By Stipulated Order dated February 29, 2012 [Docket 5930], the United States stipulated that it "will not assert any claim for a CWA penalty against [Anadarko E&P Company LP]." Therefore, these disclosures are made on behalf of Defendant Anadarko Petroleum Corporation only.

Anadarko does not concede that any identified documents or categories of documents are admissible.

For sake of convenience and clarity, Anadarko provides its disclosures within the context of the factors set out in Section 311(b)(8) of the Clean Water Act, 33 U.S.C. §1321(b)(8).  Also, unless otherwise noted, the individuals identified may be contacted through outside counsel for Anadarko, and the documents/ESI identified are in the possession, custody or control of Anadarko.  This disclosure does not include responses related to potential expert opinion that may be adduced in the case or documents that potential experts may consider or rely on which will be the subject of later disclosures.

### Rule 26(a)(1)(A)(i), (ii) Disclosures:  Individuals and Documents

**1.      Seriousness of Violation**

      **A.      Individuals Likely To Have Discoverable Information That Anadarko May Use To Support Its Defenses**

Anadarko is not currently aware of any individuals beyond those previously disclosed and deposed in prior phases of this case.  Anadarko also notes that the scope of this factor is the subject of a motion currently before this Court (rec. doc. 12373).  Anadarko reserves the right to amend its disclosures based on the outcome of the motion.

      **B.      Description By Category Of Documents/ESI That Anadarko May Use To Support Its Defenses**

Anadarko is not currently aware of any documents beyond those previously disclosed and produced in prior phases of this case.  Anadarko also notes that the scope of this factor is the subject of a motion currently before this Court (rec. doc. 12373).  Anadarko reserves the right to amend its disclosures based on the outcome of the motion.

**2.    Economic Benefit to Violator**

    **A.    Individuals Likely To Have Discoverable Information That Anadarko May Use To Support Its Defenses**

In addition to witnesses disclosed and deposed in prior phases of this case, Anadarko identifies the following individuals likely to have discoverable information that Anadarko may use to support its defenses:

•  Darrell Hollek, Senior Vice President, Deepwater Americas Operations, Anadarko Petroleum Corporation (general information regarding costs incurred by Anadarko or BP related to the drilling of the Macondo well and costs of various deepwater drilling equipment, technologies, processes, etc.)

    **B.    Description By Category Of Documents/ESI That Anadarko May Use To Support Its Defenses**

In addition to documents disclosed and produced in prior phases of this case, Anadarko identifies the following categories of documents, ESI and tangible things that Anadarko has in its possession, custody or control and may use to support its defenses:

•  Documents related to costs incurred by Anadarko or BP related to the drilling of the Macondo well; documents related to costs of various equipment, technologies, processes, etc. that were or allegedly could have been employed at the Macondo well

**3.    Degree of Culpability Involved**

    **A.    Individuals Likely To Have Discoverable Information That Anadarko May Use To Support Its Defenses**

Anadarko is not currently aware of any individuals beyond those previously disclosed and, in most cases, deposed in prior phases of this case.  Anadarko also notes that the scope of this factor is the subject of a motion currently before this Court (rec. doc. 12343). Anadarko reserves the right to amend its disclosures based on the outcome of the motion.

3

### B. Description By Category Of Documents/ESI That Anadarko May Use To Support Its Defenses

Anadarko is not currently aware of any documents beyond those previously disclosed and produced in prior phases of this case. Anadarko also notes that the scope of this factor is the subject of a motion currently before this Court (rec. doc. 12343). Anadarko reserves the right to amend its disclosures based on the outcome of the motion.

### 4. Any Other Penalty for Same Incident

#### A. Individuals Likely To Have Discoverable Information That Anadarko May Use To Support Its Defenses

In light of the stipulations to be filed by the parties on this factor, Anadarko does not intend to present any additional evidence.

#### B. Description By Category Of Documents/ESI That Anadarko May Use To Support Its Defenses

In light of the stipulations to be filed by the parties on this factor, Anadarko does not intend to present any additional evidence.

### 5. Any History of Prior Violations

#### A. Individuals Likely To Have Discoverable Information That Anadarko May Use To Support Its Defenses

In light of the United States' position (as stated in its March 3, 2014 Submission) that the stipulations submitted by Anadarko are sufficient, Anadarko does not intend to present any additional evidence on this factor.

#### B. Description By Category Of Documents/ESI That Anadarko May Use To Support Its Defenses

In light of the United States' position (as stated in its March 3, 2014 Submission) that the stipulations submitted by Anadarko are sufficient, Anadarko does not intend to present any additional evidence on this factor.

4

**6.     Efforts to Minimize or Mitigate**

  **A.     Individuals Likely To Have Discoverable Information That Anadarko May Use To Support Its Defenses**

In addition to witnesses disclosed and, in most cases, deposed in prior phases of this case, Anadarko identifies the following individuals likely to have discoverable information that Anadarko may use to support its defenses:

  • Darrell Hollek, Senior Vice President, Deepwater Americas Operations, Anadarko Petroleum Corporation (general information related to Anadarko's $4 billion settlement with BP in relation to the Incident; general information regarding Anadarko's contribution to the Rockefeller Philanthropy Advisor's Fund For Gulf Communities)

  **B.     Description By Category Of Documents/ESI That Anadarko May Use To Support Its Defenses**

In addition to documents disclosed in prior phases of this case, Anadarko identifies the following categories of documents, ESI and tangible things that Anadarko has in its possession, custody or control and may use to support its defenses:

  • Confidential Settlement Agreement, Mutual Releases and Agreement to Indemnify, between BP Exploration & Production Inc., Anadarko Petroleum Corporation, and Anadarko E&P Company LP, dated Oct. 16, 2011.

  • Documents related to contribution by Anadarko to the Fund For Gulf Community, Rockefeller Philanthropy Advisors.

**7.     Economic Impact of Penalty on Violator**

  **A.     Individuals Likely To Have Discoverable Information That Anadarko May Use To Support Its Defenses**

Anadarko incorporates by reference the individuals previously disclosed in prior phases of this case. Anadarko also objects to the United States' plan to conduct discovery into

the financial details of Anadarko subsidiaries, which are not parties to this case or, with respect to AE&P, against which the US already has stipulated it will not seek Clean Water Act penalties. Subject to those limitations, Anadarko identifies the following individuals likely to have discoverable information that Anadarko may use to support its defenses, but only to the extent such information is needed after the Court rules on the United States' motion or may become relevant due to future events:

- Margaret E. Roark, Title Manager, Corporate Governance, Anadarko Petroleum Corporation (general information regarding Anadarko's corporate structure)

- Darrell Hollek, Senior Vice President, Deepwater Americas Operations, Anadarko Petroleum Corporation (general information regarding Anadarko's finances)

- Margaret C. Douglas, Senior Vice President and Chief Accounting Officer, Anadarko Petroleum Corporation (general information regarding Anadarko's finances)

### B. Description By Category Of Documents/ESI That Anadarko May Use To Support Its Defenses

Anadarko incorporates by reference the documents previously disclosed in prior phases of this case. Anadarko also objects to the United States' plan to conduct discovery into the financial details of Anadarko subsidiaries, which are not parties to this case or, with respect to AE&P, against which the US already has stipulated it will not seek Clean Water Act penalties. Subject to those limitations, Anadarko identifies the following categories of documents, ESI and tangible things that Anadarko has in its possession, custody or control and may use to support its defenses:

- Documents related to Anadarko's corporate structure, including organizational charts

- Anadarko's SEC filings

6

    • Corporate documents filed with Secretaries of State

**8.**  <u>**Any Other Matters As Justice May Require**</u>

  **A.**  **Individuals Likely To Have Discoverable Information That Anadarko May Use To Support Its Defenses**

In addition to witnesses disclosed in prior phases of this case, Anadarko identifies the following individuals likely to have discoverable information that Anadarko may use to support its defenses:

    • Darrell Hollek, Senior Vice President, Deepwater Americas Operations, Anadarko Petroleum Corporation (general information regarding Anadarko's contributions to the local economy and community affected by the Incident; general information regarding Anadarko's payments of royalties to the United States; general information regarding industry custom and practice, including contractual relationships, between designated operators and non-operating investors)

  **B.**  **Description By Category Of Documents/ESI That Anadarko May Use To Support Its Defenses**

In addition to documents disclosed in prior phases of this case, Anadarko identifies the following categories of documents, ESI and tangible things that Anadarko has in its possession, custody or control and may use to support its defenses:

    • Documents relating to Anadarko's contributions to the local economy and community affected by the Incident

    • Documents regarding Anadarko's payments of royalties to the United States

### Rule 26(a)(1)(A)(iii) Disclosures:  Computation of Damages

1.      **Damages**

Anadarko is not seeking damages.

### Rule 26(a)(1)(A)(iv) Disclosures:  Insurance Agreements

1.      **Insurance Agreements**

Anadarko is not currently aware of any insurance agreements which may be used to satisfy any possible penalty in this action.


Dated:  March 10, 2014                                          Respectfully submitted,


*/s/ Ky E. Kirby*
Ky E. Kirby
Ky.Kirby@bingham.com
Thomas R. Lotterman
Thomas R. Lotterman@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
Jim.Dragna@bingham.com
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Deborah D. Kuchler, (La. Bar No. 17013)
Janika Polk (La. Bar No. 27608)
Robert Guidry (La. Bar No. 28064)
KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA  70112

**ATTORNEYS FOR ANADARKO
PETROLEUM CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendant Anadarko Petroleum Corporation's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A) have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 10th day of March, 2014.

                                                                         */s/ Ky Kirby*