IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | C.A. NO.  2:10-mdl-02179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, on | § | |
| APRIL 20, 2010 | § | SECTION: J |
| | § | |
| This Document Relates to: 4:10-cv-01721 | § | JUDGE BARBIER |
| | § | |
| | § | MAG. JUDGE SHUSHAN |

**************************************************************************************

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE CARL J. BARBIER, UNITED STATES DISTRICT
JUDGE:

COMES NOW Plaintiff, Yancy Keplinger, individually, as well as all
Defendants and Intervening Defendants, who file this Agreed Motion to Dismiss
With Prejudice, stating that all claims, causes of action asserted, or which could
have been asserted, by or on behalf of Plaintiff, against the above Defendants and
Intervening Defendants in this litigation have been fully and finally resolved and
settled and, as such, Plaintiff and Defendants jointly move to dismiss the claims of
Plaintiff with prejudice, each party to bear their own costs.

WHEREFORE, premises considered, Plaintiff, Yancy Keplinger,
individually, as well as all Defendants and Intervening Defendants jointly pray that
the Court grant this Motion and dismiss all claims with prejudice, and award such
other and further relief to which they may be justly entitled.

Respectfully submitted:


By: _____ */s/ Steve Gordon* _____

Steve Gordon
SBN: 08207980
R. Todd Elias
SBN:  00787427
Jeffrey R. Seely
SBN: 24033172
Gordon, Elias & Seely, L.L.P.
1811 Bering Drive, Suite 300
Houston, Texas 77057
Telephone: (713) 688-9999
Facsimile: (713) 668-1980

**COUNSEL FOR YANCY KEPLINGER**

Respectfully Submitted,

PREIS& ROY
(A Professional Law Corporation)

By: _____ */s/ Edwin G. Preis, Jr.* _____

EDWIN G. PREIS, JR. (#10703)
FRANK A. PICCOLO (Bar No. 02049)
ROBERT M. KALLAM (#20242)
EDWARD F. KOHKNE, IV (#07824)
102 Versailles Blvd., Suite 400
Post Office Drawer 94-C
Lafayette, LA 70509
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

**COUNSEL FOR TRANSOCEAN DEEPWATER
DRILLING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System and by electronically uploading a copy of the foregoing to the Lexis Nexis File & Serve system in accordance with Pretrial Order No. 42 and the procedures established in MDL 2179 on this __17th__ day of March 2014.

By: _____/s/ Frank A. Piccolo_____
FRANK A. PICCOLO