## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO.  2:10-MDL-02179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

CONSIDERING the Agreed Motion to Dismiss with Prejudice of Terry Seller,

IT IS ORDERED that the Agreed Motion to Dismiss with Prejudice of Terry Sellers, is granted and the claims asserted or which could have been asserted in this case on behalf of Plaintiff, Terry Sellers, individually, are hereby dismissed, with prejudice.  Each party is to bear their own respective costs.

SIGNED this ____ day of _____, 2014.


_____
U.S. DISTRICT JUDGE CARL J. BARBIER