IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | C.A. NO. 2:10-mdl-02179 SECTION: J |
| This Document Relates to: 4:10-cv-01721 | § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

*************************************************************************

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE CARL J. BARBIER, UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiff, William Stoner, individually, as well as all Defendants and Intervening Defendants, who file this Agreed Motion to Dismiss With Prejudice, stating that all claims, causes of action asserted, or which could have been asserted, by or on behalf of Plaintiff, against the above Defendants and Intervening Defendants in this litigation have been fully and finally resolved and settled and, as such, Plaintiff and Defendants jointly move to dismiss the claims of Plaintiff with prejudice, each party to bear their own costs.

WHEREFORE, premises considered, Plaintiff, William Stoner, individually, as well as all Defendants and Intervening Defendants jointly pray that the Court grant this Motion and dismiss all claims with prejudice, and award such other and further relief to which they may be justly entitled.

Respectfully submitted:

By: _____/s/ Steve Gordon_____
    Steve Gordon
    SBN: 08207980
    R. Todd Elias
    SBN: 00787427
    Jeffrey R. Seely
    SBN: 24033172
    Gordon, Elias & Seely, L.L.P.
    1811 Bering Drive, Suite 300
    Houston, Texas 77057
    Telephone: (713) 688-9999
    Facsimile: (713) 668-1980

**COUNSEL FOR WILLIAM STONER**

Respectfully Submitted,

PREIS& ROY
(A Professional Law Corporation)

By: _____/s/ Edwin G. Preis, Jr._____
    EDWIN G. PREIS, JR. (#10703)
    FRANK A. PICCOLO (Bar No. 02049)
    ROBERT M. KALLAM (#20242)
    EDWARD F. KOHKNE, IV (#07824)
    102 Versailles Blvd., Suite 400
    Post Office Drawer 94-C
    Lafayette, LA 70509
    Telephone: (337) 237-6062
    Facsimile: (337) 237-9129

**COUNSEL FOR TRANSOCEAN DEEPWATER DRILLING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System and by electronically uploading a copy of the foregoing to the Lexis Nexis File & Serve system in accordance with Pretrial Order No. 42 and the procedures established in MDL 2179 on this __17th__ day of March 2014.

By: _____/s/ Frank A. Piccolo_____
FRANK A. PICCOLO