IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | C.A. NO. 2:10-mdl-02179  SECTION: J |
| This Document Relates to: 2:11-cv-453 | § § § § | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE CARL J. BARBIER, UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiff, Charles Cochran, individually, as well as all Defendants and Intervening Defendants, who file this Agreed Motion to Dismiss With Prejudice, stating that all claims, causes of action asserted, or which could have been asserted, by or on behalf of Plaintiff, against the above Defendants and Intervening Defendants in this litigation have been fully and finally resolved and settled and, as such, Plaintiff and Defendants jointly move to dismiss the claims of Plaintiff with prejudice, each party to bear their own costs.

WHEREFORE, premises considered, Plaintiff, Charles Cochran, individually, as well as all Defendants and Intervening Defendants jointly pray that the Court grant this Motion and dismiss all claims with prejudice, and award such other and further relief to which they may be justly entitled.

Respectfully submitted:

BEST KOEPPEL TAYLOR


By: _____/s/ Laurence E. Best_____
      Laurence E. Best - #3012
      Peter S. Koeppel - #1465
      Brian A. Gilbert - #21297
      2030 St. Charles Avenue
      New Orleans, LA 70130
      Telephone:  (504) 598-1000
      Facsimile:   (504) 524-1024

**COUNSEL FOR CHARLES COCHRAN**


Respectfully Submitted,

PREIS& ROY
(A Professional Law Corporation)


By: _____/s/ Edwin G. Preis, Jr._____
      Edwin G. Preis, Jr. - #10703
      Frank A. Piccolo - #02049
      Robert M. Kallam - #20242
      Edward F. Kohkne, IV - #07824
      102 Versailles Blvd., Suite 400
      Post Office Drawer 94-C
      Lafayette, LA 70509
      Telephone: (337) 237-6062
      Facsimile: (337) 237-9129

**COUNSEL FOR TRANSOCEAN DEEPWATER DRILLING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System and by electronically uploading a copy of the foregoing to the Lexis Nexis File & Serve system in accordance with Pretrial Order No. 42 and the procedures established in MDL 2179 on this __17th__ day of March 2014.

By: ___/s/ Frank A. Piccolo___
FRANK A. PICCOLO