IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | C.A. NO. 2:10-MDL-02179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

*******************************************************************************

### ORDER OF DISMISSAL

CONSIDERING the Agreed Motion to Dismiss with Prejudice of Carlos Ramos,

IT IS ORDERED that the Agreed Motion to Dismiss with Prejudice of Carlos Ramos, is granted and the claims asserted or which could have been asserted in this case on behalf of Plaintiff, Carlos Ramos, individually, are hereby dismissed, with prejudice. Each party is to bear their own respective costs.

SIGNED this ___ day of _____, 2014.

_____
U.S. DISTRICT JUDGE CARL J. BARBIER