UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | | |
|---|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig | : | MDL NO. 2179 | |
| | "Deepwater Horizon" in the | : | | |
| | Gulf of Mexico, on | : | SECTION: J | |
| | April 20, 2010 | : | | |
| | | : | JUDGE BARBIER | |
| This Document Relates to: | | : | | |
| Case No. 2:10-cv-04536 | | : | MAG. JUDGE SHUSHAN | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**UNITED STATES' MOTION FOR DISCOVERY REGARDING THE FINANCIAL INFORMATION AND ACTIVITIES OF SUBSIDIARIES AND AFFILIATES AS RELEVANT TO THE ECONOMIC IMPACT OF A CLEAN WATER ACT CIVIL PENALTY ON ANADARKO PETROLEUM CORPORATION**

This motion is submitted pursuant to the Court's Order Regarding Preparation for Discovery in the Penalty Phase, Rec. Doc. 12392, requiring the United States to submit a motion if it contends that the financial information or activities of any Anadarko Petroleum Corporation ("APC") subsidiaries or affiliates should be considered in connection with the economic impact penalty factor set forth in Section 311(b)(8) of the Clean Water Act ("CWA"), 33 U.S.C. § 1321(b)(8). The United States seeks limited and targeted discovery of APC's subsidiaries and affiliates, as such information may be relevant to the financial status of the parent company, and in assessing an appropriate civil penalty for APC that will adequately deter future violations.

For the reasons stated herein and in the accompanying memorandum in support, the United States' motion for discovery regarding the financial information and activities of subsidiaries and affiliates as relevant to the economic impact of a Clean Water Act civil penalty on Anadarko Petroleum Corporation should be granted.

A proposed order accompanies this request.

Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK | ROBERT G. DREHER |
| Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Director, Torts Branch, Civil Division | MICHAEL MCNULTY |
| Admiralty and Aviation | Senior Litigation Counsel |
| SHARON SHUTLER | NANCY FLICKINGER |
| MALINDA LAWRENCE | Senior Attorney |
| LAURA MAYBERRY | PATRICK CASEY |
| Trial Attorneys | RICHARD GLADSTEIN |
| R. MICHAEL UNDERHILL, T.A | DANIEL S. SMITH |
| Attorney in Charge, West Coast Office | Senior Counsel |
| | ABIGAIL ANDRE |
| | A. NATHANIEL CHAKERES |
| | ANNA CROSS |
| | RACHEL HANKEY |
| | JUDY HARVEY |
| | RACHEL KING |
| | ERICA PENCAK |
| | BRANDON ROBERS |
| | GORDON YOUNG |
| | Trial Attorneys |

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone:  202-514-2779
Facsimile:   202-514-2583
E-mail:  steve.o'rourke@usdoj.gov

KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

By email of today's date, I was instructed to serve this document by email only. I hereby certify that the above and foregoing document has been served on appropriate Penalty Phase counsel by e-mail.

Date: March 3, 2014.                                            /s/ Steven O'Rourke
                                                                U.S. Department of Justice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | | |
|---|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER | |
| This Document Relates to: Case No. 2:10-cv-04536 | | : : | MAG. JUDGE SHUSHAN | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## **ORDER**

CONSIDERING THE MOTION of Plaintiff United States for discovery regarding the financial information and activities of subsidiaries and affiliates as relevant to the economic impact of a Clean Water Act civil penalty on Anadarko Petroleum Corporation (APC),

IT IS HEREBY ORDERED that the motion be and is hereby GRANTED, and that the United States is entitled to the discovery it seeks regarding this topic.

New Orleans, Louisiana, this ___ day of _____, 20__.

_____
UNITED STATES DISTRICT JUDGE

.