# Exhibit 2

To United States' Memorandum in Support of Motion for Discovery
Regarding the Financial Information and Activities of Subsidiaries and
Affiliates as Relevant to the Economic Impact of a Clean Water Act Penalty
on Anadarko Petroleum

| | |
|---|---|
| **From:** | Lotterman, Thomas R. <Thomas.Lotterman@bingham.com> |
| **Sent:** | Friday, January 10, 2014 4:30 PM |
| **To:** | O'Rourke, Steve (ENRD); Flickinger, Nancy (ENRD); Casey, Patrick (ENRD); Hankey, Rachel (ENRD) |
| **Cc:** | Dragna, Jim; Lotterman, Thomas R.; Kirby, Ky E.; andrew.langan@kirkland.com; Karis, Hariklia (hkaris@kirkland.com) |
| **Subject:** | MDL 2179 -- APC Comments to US Proposed Stips (Round 2) |
| **Attachments:** | Scan_Attachment.pdf |

Dear Steve,

Attached are APC's comments to the United States' proposed stips in Round 2, which are labeled "APC's finances" and appear to address the "economic impact" factor under CWA 311(b)(8). We converted your pdf to a Word document and red-lined it. Our comments are offered pursuant to FRE 408 and covered by PTO 38.

As you will see, APC is willing to agree to many of the stips, with certain revisions to reflect the specific language in the public filing. Disagreement on others is based primarily on the fact that they are incomplete (i.e. only partial) narratives in public filings. Your final proposed stip, 7(n), is one that APC is not willing to agree to at this time. Any agreement on these stips is conditioned upon an agreement that similar stips could be submitted up to and through trial, to provide information current as of the closing of the record in this Phase.

We are available to discuss your proposed stips, and our comments, at your convenience.

Regards,

Tom

Thomas R. Lotterman
Bingham McCutchen LLP
2020 K Street NW
Washington, DC  20006-1806
T:  (202) 373-6031
F:  (202) 373-6001
thomas.lotterman@bingham.com

---

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig *"Deepwater Horizon"* in the Gulf of Mexico, on April 20, 2010 | : | MDL No. |
| | : | 2179 |
| | : | |
| This Document Relates To: Case No. 10-4536 | : | SECTION: J |
| ……………………………………………... | : | |
| | | JUDGE BARBIER |
| | | MAG. JUDGE SHUSHAN |

1

**STIPULATED FACTS CONCERNING THE ECONOMIC IMPACT OF THE PENALTY ON ANADARKO PETROLEUM COMPANY**

The parties[1] hereby stipulate to the facts set forth in Exhibit A concerning the economic impact of the penalty on Anadarko Petroleum Company ("Anadarko" or "APC") as a result of the *Deepwater Horizon* explosion, blowout and oil spill.  No party, by entering into these stipulations, concedes the relevance of these facts to the determinations in Phase III.

---

[1] The Parties are the United States, BPXP, and APC. These stipulations are not binding on any other entity including any State. For purposes of Phase III, APC includes Anadarko Petroleum Corp. and all its subsidiaries. The parties agree that for purposes of Phase III, these entities are interchangeable.

**EXHIBIT A**

<u>For Anadarko:</u>

1. <u>**Year ended December 31, 2007**</u>

   a. Sales Revenues[2] for Anadarko for the year ended December 31, 2007 were $11,132 million.  Total Revenues[3] for the same period were $15,892 million. (Source: Anadarko Petroleum Corporation, 12/31/07 Form 10-K, page 62).

   b. Income from Continuing Operations before income taxes and Net Income of Anadarko for the year ended December 31, 2007 were $6,329 million and $3,781 million respectively.  (Source: Anadarko Petroleum Corporation, 12/31/07 Form 10-K,
   page 62).

   c. The Cash and Cash Equivalents balance for Anadarko as of December 31, 2007 was $1,268 million.  (Source: Anadarko Petroleum Corporation, 12/31/07 Form 10-K, page 63).

   d. Total assets of Anadarko as of December 31, 2007 were $48,481 million. (Source: Anadarko Petroleum Corporation, 12/31/07 Form 10-K, page 63).

   e. Total debt of Anadarko as of December 31, 2007 was $14,747 million.  (Source: Anadarko Petroleum Corporation, 12/31/07 Form 10-K, page 29).

   f. Anadarko's Book Value of Total Stockholder's Equity as of December 31, 2007 was $16,364 million. (Source: Anadarko Petroleum Corporation, 12/31/07 Form 10-K, page 63).

   g. The number of shares outstanding of Anadarko common stock on January 31, 2008 was 468,065,186.  (Source:  Anadarko Petroleum Corporation, 12/31/07 Form 10-K, Cover Page of Form 10-K).

   h. The closing price of Anadarko's common stock on January 31, 2008 was $58.48 per share.  (Source: http://www.anadarko.com/Investor/Pages/HistoricalPriceLookup.aspx).

   i. Market capitalization of Anadarko on January 31, 2008 was  $27,372 million.

[2] Sales Revenues for purposes of theseis stipulations includes reported amounts of (i) Gas Sales, (ii) Oil and Condensate
Sales, (iii) Natural Gas Liquids Sales and (iv) Gathering, Processing and Marketing Sales.
[3] Total Revenues for purposes of these is stipulations includes Sales Revenues plus reported Oother reported Rrevenues.

4

j.  Anadarko's net cash provided by operating activities in 2007 was $2,900 million. (Source:  Anadarko Petroleum Corporation, 12/31/07 Form 10-K, page 66).

k.  Anadarko paid dividends of $173 million to its shareholders in 2007.  (Source: Anadarko Petroleum Corporation, 12/31/07 Form 10-K, page 66).

l.  Anadarko's ~~Estimated  Net  Future~~ Standardized Measure of Discounted Future Net Cash Flows  from  Proved  Reserves  as  of  December 31, 2007 was $28,917 million.    Proved reserves were 2,431 MMBOE.[4] (Source:  Anadarko Petroleum Corporation, 12/31/07 Form 10-K, pages124 -126).

2.  **Year ended December 31, 2008**

a.  Sales Revenues for Anadarko for the year ended December 31, 2008 were $14,640 million.   Total Revenues for the same period were $15,723 million. (Source: Anadarko Petroleum Corporation, 12/31/08 Form 10-K, page 72).

b.  Income from Continuing Operations before income taxes and Net Income of Anadarko for the year ended December 31, 2008 were $5,346 million and $3,261 million respectively. (Source: Anadarko Petroleum Corporation, 12/31/08 Form 10-K, page 72).

c.  The Cash and Cash Equivalents balance for Anadarko as of December 31, 2008 was $2,360 million.  (Source: Anadarko Petroleum Corporation, 12/31/08 Form 10-K, page 73).

d.  Total assets of Anadarko as of December 31, 2008 were $48,923 million. (Source: Anadarko Petroleum Corporation, 12/31/08 Form 10-K, page 73).

e.  Total debt of Anadarko as of December 31, 2008 was $12,339 million.  (Source: Anadarko Petroleum Corporation, 12/31/08 Form 10-K, page 31).

f.  Anadarko's ~~Book Value of~~ Total Stockholder's Equity as of December 31, 2008 was $18,795 million. (Source: Anadarko Petroleum Corporation, 12/31/08 Form 10-K, page 73).

---

[4] MMBOE – Millions of barrels of Oil Equivalent.

g. The number of shares outstanding of Anadarko common stock on January 30, 2009 was 459,881,004. (Source:   Anadarko Petroleum Corporation, 12/31/08 Form 10-K, Cover Page of Form 10-K).

h. The closing price of Anadarko's common stock on January 30, 2009 was $36.74 per share. (Source: http://www.anadarko.com/Investor/Pages/HistoricalPriceLookup.aspx).

i. Market capitalization of Anadarko on January 30, 2009 was $16,896 million.

j. Anadarko's net cash provided by operating activities in 2008 was $6,442 million. (Source:   Anadarko Petroleum Corporation, 12/31/08 Form 10-K, page76).

k. Anadarko paid dividends of $171 million to its shareholders in 2008.  (Source: Anadarko Petroleum Corporation, 12/31/08 Form 10-K, page76).

l. Anadarko's ~~Estimated Net~~ Standardized Measure of Discounted Future ~~Net~~ Cash Flows from Proved Reserves as of December 31, 2008 was $11,971 million. Proved reserves were 2,277 MMBOE. (Source:        Anadarko Petroleum Corporation, 12/31/08 Form 10-K, pages134 - 136).

3. **Year ended December 31, 2009**

   a. Sales Revenues for Anadarko for the year ended December 31, 2009 were $8,210 million.   Total Revenues for the same period were $9,000 million. (Source: Anadarko Petroleum Corporation, 12/31/09 Form 10-K, page 66).

   b. Loss ~~Income~~ from Continuing Operations before income taxes and Net ~~Income~~ Loss of Anadarko for the year ended December 31, 2009 were $~~(~~108~~)~~ million and $(103) million respectively. (Source: Anadarko Petroleum Corporation, 12/31/09 Form 10-K, page 66).

   c. The Cash and Cash Equivalents balance for Anadarko as of December 31, 2009 was $3,531 million.  (Source: Anadarko Petroleum Corporation, 12/31/09 Form 10-K, page 67).

   d. Total assets of Anadarko as of December 31, 2009 were $50,123 million. (Source: Anadarko Petroleum Corporation, 12/31/09 Form 10-K, page 67).

e. Total debt of Anadarko as of December 31, 2009 was $12,748 million. (Source: Anadarko Petroleum Corporation, 12/31/09 Form 10-K, page 32).

f. Anadarko's ~~Book Value of~~ Total Equity as of December 31, 2009 was $20,415 million. (Source: Anadarko Petroleum Corporation, 12/31/09 Form 10-K, page 67).

g. The number of shares outstanding of Anadarko common stock on January 29, 2010 was 492,562,381. (Source: Anadarko Petroleum Corporation, 12/31/09 Form 10-K, Cover Page of Form 10-K).

h. The closing price of Anadarko's common stock on January 29, 2010 was $63.78 per share. (Source: http://www.anadarko.com/Investor/Pages/HistoricalPriceLookup.aspx).

i. Market capitalization of Anadarko on January 29, 2010 was $31,415 million.

j. Anadarko's net cash provided by operating activities in 2009 was $3,926 million. (Source: Anadarko Petroleum Corporation, 12/31/09 Form 10-K, page70).

k. Anadarko paid dividends of $176 million to its shareholders in 2009. (Source: Anadarko Petroleum Corporation, 12/31/09 Form 10-K, page 70).

l. Anadarko's ~~Standardized Measure of Discounted Estimated Net~~ Future Net Cash Flows from Proved Reserves as of December 31, 2009 was $13,553 million. Proved reserves were 2,304 MMBOE. (Source: Anadarko Petroleum Corporation, 12/31/09 Form 10-K, pages.123 - 129).

4. **Year ended December 31, 2010**

   a. Sales Revenues for Anadarko for the year ended December 31, 2010 were $10,842 million. Total Revenues for the same period were $10,984 million. (Source: Anadarko Petroleum Corporation, 12/31/10 Form 10-K, page 85).

   b. Income from Continuing Operations before income taxes and Net Income of Anadarko for the year ended December 31, 2010 were $1,641 million and $821 million respectively. (Source: Anadarko Petroleum Corporation, 12/31/10 Form 10-K, page 85).

8

c. The Cash and Cash Equivalents balance for Anadarko as of December 31, 2010 was $3,680 million. (Source: Anadarko Petroleum Corporation, 12/31/10 Form 10-K, page 86).

d. Total assets of Anadarko as of December 31, 2010 were $51,559 million. (Source: Anadarko Petroleum Corporation, 12/31/10 Form 10-K, page 86).

e. Total debt of Anadarko as of December 31, 2010 was $13,013 million. (Source: Anadarko Petroleum Corporation, 12/31/10 Form 10-K, page 48).

f. Anadarko's ~~Book Value of~~ Total Equity as of December 31, 2010 was $21,439 million. (Source: Anadarko Petroleum Corporation, 12/31/10 Form 10-K, page 86).

g. The number of shares outstanding of Anadarko common stock on January 31, 2011 was 496,258,104. (Source: Anadarko Petroleum Corporation, 12/31/10 Form 10-K, Cover Page of Form 10-K).

h. The closing price of Anadarko's common stock on January 31, 2011 was $77.08 per share. (Source: http://www.anadarko.com/Investor/Pages/HistoricalPriceLookup.aspx ).

i. Market capitalization of Anadarko on January 31, 2011 was $38,252 million.

j. Anadarko's net cash provided by operating activities in 2010 was $5,247 million. (Source: Anadarko Petroleum Corporation, 12/31/10 Form 10-K, page 89).

k. Anadarko paid dividends of $180 million to its shareholders in 2010. (Source: Anadarko Petroleum Corporation, 12/31/10 Form 10-K, page 89).

l. Anadarko's ~~Estimated Net~~ Standardized Measure of Discounted Future Net Cash Flows from Proved Reserves as of December 31, 2010 was $21,498 million. Proved reserves were 2,422 MMBOE. (Source: Anadarko Petroleum Corporation, 12/31/10 Form 10-K, pages.151 - 156).

5. **Year ended December 31, 2011**

a. Sales Revenues for Anadarko for the year ended December 31, 2011 were

$13,882 million.   Total Revenues for the same period were $13,967 million.

(Source: Anadarko Petroleum Corporation, 12/31/11 Form 10-K, page 86).

b. ~~Income  Loss  from  Continuing  Operations~~ before income taxes and Net ~~Income~~ Loss of Anadarko for the year ended December 31, 2011 were $~~(3,424)~~ million and $~~(2,568)~~ million respectively. (Source: Anadarko Petroleum Corporation, 12/31/11 Form
10-K, page 86).

c. The Cash and Cash Equivalents balance for Anadarko as of December 31, 2011 was $2,697 million.  (Source: Anadarko Petroleum Corporation, 12/31/11 Form 10-K, page 88).

d. Total assets of Anadarko as of December 31, 2011 were $51,779 million. (Source: Anadarko Petroleum Corporation, 12/31/11 Form 10-K, page 88).

e. Total debt of Anadarko as of December 31, 2011 was $15,230 million.  (Source: Anadarko Petroleum Corporation, 12/31/11 Form 10-K, page 47).

f. Anadarko's ~~Book  Value of  Total~~ Equity as of December 31, 2011 was $18,983 million. (Source: Anadarko Petroleum Corporation, 12/31/11 Form 10-K, page 88).

g. The number of shares outstanding of Anadarko common stock on January 31, 2012 was 498,427,854. (Source:  Anadarko Petroleum Corporation, 12/31/11 Form 10-K, Cover Page of Form 10-K).

h. The closing price of Anadarko's common stock on January 31, 2012 was $80.72 per share. (Source:
http://www.anadarko.com/Investor/Pages/HistoricalPriceLookup.aspx).

i. Market capitalization of Anadarko on January 31, 2012 was $40,233 million.

j. Anadarko's net cash provided by operating activities in 2011 was $2,505 million. (Source:  Anadarko Petroleum Corporation, 12/31/11 Form 10-K, page 90).

k. Anadarko paid dividends of $181 million to its shareholders in 2011.  (Source: Anadarko Petroleum Corporation, 12/31/11 Form 10-K, page 90).

l. Anadarko's ~~Estimated Net~~ Standardized Measure of Discounted Future Net Cash Flows from Proved Reserves as of December 31, 2011 was $26,456 million. Proved reserves were 2,539 MMBOE. (Source:       Anadarko Petroleum

1

Corporation, 12/31/11 Form 10-K, pages147 - 154).

6. **Year ended December 31, 2012**

    a. Sales Revenues for Anadarko for the year ended December 31, 2012 were $13,307 million. Total Revenues for the same period were $13,411 million. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 92).

    b. Income ~~from Continuing Operations~~ before *income* taxes and Net Income of Anadarko for the year ended December 31, 2012 were $3,565 million and $2,445 million respectively. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 92).

    c. The Cash and Cash Equivalents balance for Anadarko as of December 31, 2012 was $2,471 million. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 94).

    d. Total assets of Anadarko as of December 31, 2012 were $52,589 million. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 94).

    e. Total debt of Anadarko as of December 31, 2012 was $13,269 million. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 53).

    f. Anadarko's ~~Book Value of~~ Total Equity as of December 31, 2012 was $21,882 million. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 94).

    g. The number of shares outstanding of Anadarko common stock on January 31, 2013 was 500,565,966. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, Cover Page of Form 10-K).

    h. The closing price of Anadarko's common stock on January 31, 2013 was $80.02 per share. (Source: http://www.anadarko.com/Investor/Pages/HistoricalPriceLookup.aspx).

    i. Market capitalization of Anadarko on January 31, 2013 was $40,055 million.

    j. Anadarko's net cash provided by operating activities in 2012 was $8,339 million. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 96).

    k. Anadarko paid dividends of $181 million to its shareholders in 2012. (Source:

1

Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 96).

l. Anadarko's ~~Estimated Net~~ Standardized Measure of Discounted Future ~~Net~~ Cash Flows from Proved Reserves as of December 31, 2012 was $26,314 million. Proved reserves were 2,560 MMBOE. (Source:     Anadarko Petroleum Corporation, 12/31/12 Form 10-K, pages151 - 157).

m. ~~The Company's [Anadarko's] co-lessee status in the Lease at the time of the event and the subsequent identification and treatment of the Company [Anadarko] as an RP [Responsible Party] satisfies accounting standards and therefore establishes the presumption that the Company's potential environmental liabilities related to the Deepwater Horizon events are probable. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 125).~~

n. ~~The Company [Anadarko] believes that its exposure to CWA penalties will not materially impact the Company's consolidated financial position, results of operations, or cash flows. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page127).~~

o. ~~The Company [Anadarko] anticipates that BP will satisfy any NRD claim, which eliminates any potential liability to Anadarko for such costs. In the event any NRD damage claim is made directly against Anadarko, the Company is fully indemnified by BP against such claims (including guarantees by BPCNA or BP p.l.c.). (Source:    Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page127).~~

p. ~~In October 2011, the Company [Anadarko] and BP Exploration & Production Inc. (BP) entered into a settlement agreement, mutual releases, and agreement to indemnify relating to the Deepwater Horizon events (Settlement Agreement), pursuant to which BP has fully indemnified Anadarko against all claims, causes of action, losses, costs, expenses, liabilities, damages, or judgments of any kind arising out of the Deepwater Horizon events and related damages arising under OPA. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 27).~~

10

q. ~~This [Anadarko's October 2011] indemnification agreement [with BP Exploration and Production Inc.] is guaranteed by BP Corporation North America Inc.~~

(BPCNA) and, in the event that the net worth of BPCNA declines below an agreed-on amount, BP p.l.c. has agreed to become the sole guarantor. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 124).

r. Under the Settlement Agreement, BP does not indemnify the Company [Anadarko] against penalties or fines that may be assessed against the Company as a result of the Deepwater Horizon events, including for example, penalties or fines under the CWA. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 27).

**Formatted:** Indent: Hanging: 0.25", Right: 0.04", Space Before: 0 pt, Line spacing: 1.5 lines

s. For the year ended December 31, 2011, Deepwater Horizon settlement and related costs included a $4.0 billion expense for the Company's cash payment made to BP pursuant to the Settlement Agreement, discussed above, as well as $93 million of legal expenses and other related costs associated with the Deepwater Horizon events. These amounts were partially offset by a $163 million gain recognized in the fourth quarter of 2011 for insurance recoveries associated with the Deepwater Horizon events. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 65).

t. As part of the Settlement Agreement, BP has agreed that, to the extent it receives value in the future from claims that it has asserted or could assert against third parties arising from or relating to the Deepwater Horizon events, it will make cash payments (not to exceed $1.0 billion in the aggregate) to Anadarko, on a current and continuing basis, equal to 12.5% of the aggregate value received by BP in excess of $1.5 billion. Any payments received by the Company pursuant to this arrangement will be accounted for as a reimbursement of the $4.0 billion 2011 payment made to BP as part of the Settlement Agreement. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 65).

**Formatted:** Indent: Hanging: 0.25", Right: 0.04", Space Before: 0 pt

u. The Company [Anadarko] has a variety of funding sources available to it, including cash on hand, an asset portfolio that provides ongoing cash-flow-generating capacity, opportunities for liquidity enhancement through divestitures and joint-venture arrangements, and availability of the $5.0 billion Facility. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 73).

11

v. Anadarko Petroleum Corporation is among the world's largest independent exploration and production companies, with approximately 2.6 billion barrels of oil equivalent (BOE) of prove~~dn~~ reserves at December 31, 2012. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 2).

w. The Company's [Anadarko] U.S. operations account for 89% of total sales volumes during 2012 and 90% of total proved reserves at year-end 2012. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 4).

x. Anadarko's total-year sales volumes in 2012 were 732 thousand barrels of oil equivalent per day (MBOE/d), representing an 8% increase over 2011. (Source: Anadarko Petroleum Corporation, 12/31/12 Form 10-K, page 55).

7. **3-Quarters (9-Months) ended September 30, 2013**

a. Sales Revenues for Anadarko for the year 3 quarters (9-months) ended September 30, 2013 were $10,947 million. Total Revenues for the same period were $11,243 million. (Source: Anadarko Petroleum Corporation, 09/30/13 Form 10-Q, page 2).

b. Income ~~from Continuing Operations~~ before income taxes and Net Income of Anadarko for the 3 quarters (9-months) ended September 30, 2013 were $2,929 million and

$1,666 million respectively. (Source: Anadarko Petroleum Corporation, 09/30/13 Form 10-Q, page 2).

c. The Cash and Cash Equivalents balance for Anadarko as of September 30, 2013 was $3,939 million. (Source: Anadarko Petroleum Corporation, 09/30/13 Form 10-Q, page 4).

d. Total assets of Anadarko as of September 30, 2013 were $55,294 million. (Source: Anadarko Petroleum Corporation, 09/30/13 Form 10-Q, page 4).

e. Total long-term debt of Anadarko as of September 30, 2013 was $13,647 million. (Source: Anadarko Petroleum Corporation, 09/30/13 Form 10-Q, page 4).

f. Anadarko's ~~Book Value of~~ Total Equity as of September 30, 2013 was $23,901 million. (Source: Anadarko Petroleum Corporation, 09/30/13 Form 10-Q, page 4).

g. The number of shares outstanding of Anadarko common stock on October 31, 2013 was 503,266,938. (Source:   Anadarko Petroleum Corporation, 9/30/13 Form 10-Q, Cover Page of 10-Q).

h. The closing price of Anadarko's common stock on October 31, 2013 was $95.29 per share. (Source:
http://www.anadarko.com/Investor/Pages/HistoricalPriceLookup.aspx).

i. Market capitalization of Anadarko on October 31, 2013 was $47,956 million.

j. Anadarko's net cash provided by operating activities January 1 through September 30, 2013 was $6,784 million.   (Source:      Anadarko Petroleum Corporation, 9/30/13 Form 10-Q, page 6).

k. Anadarko paid dividends of $182 million to its shareholders January 1 through September 30, 2013. (Source:   Anadarko Petroleum Corporation, 9/30/13 Form 10-Q, page 6).

l. The Company [Anadarko] estimates a 2013 capital spending range of $8.1 billion to $8.3 billion. (Source:   Anadarko Petroleum Corporation, 9/30/13 Form 10-Q, page 43).

m. In the third quarter of 2013, Anadarko increased the quarterly dividends paid to common stockholders from nine cents per share to eighteen cents per share. (Source:  Anadarko Petroleum Corporation, 9/30/13 Form 10-Q, page 27).

n. Anadarko's potential payment of $4.6 billion for civil penalties for the *Deepwater Horizon* explosion, blowout and oil spill will not have a material impact on Anadarko's consolidated financial position, results of operations, or cash flows.