# Exhibit 4

To United States' Memorandum in Support of Motion for Discovery
Regarding the Financial Information and Activities of Subsidiaries and
Affiliates as Relevant to the Economic Impact of a Clean Water Act Penalty
on Anadarko Petroleum



# United States Department of the Interior

BUREAU OF OCEAN ENERGY MANAGEMENT
Gulf of Mexico OCS Region
1201 Elmwood Park Boulevard
New Orleans, LA 70123-2394

In Reply Refer To: MS 5421                                                                November 23, 2011
GOM Company Number 2219

## ACTION

Anadarko US Offshore Corporation                                                          Oil and Gas

### CHANGE OF NAME RECOGNIZED

On September 27, and as supplemented on November 4 and 16, 2011, there was filed in this office for approval evidence of a change of name from Kerr-McGee Oil & Gas Corporation to Anadarko US Offshore Corporation, a Delaware corporation. The effective date of the change of name is September 1, 2011.

In view of the evidence submitted, the change of name as to the oil and gas leases and pipeline right-of-way grants listed below is recognized and the records so noted:

**Oil and Gas Leases with Record Title Interest**
(see attached listing)

**Oil and Gas Leases with Operating Rights Interest**
(see attached listing)

**Pipeline Right-of-Way Grants**
(see attached listing)

Susan B. Hooper
Acting Supervisor, Adjudication Section
Office of Leasing and Plans

Enclosures

## Kerr-McGee Oil And Gas Corporation (Co. 02219)
## List of Leases With Record Title Holdings Affected by Kerr McGee-Anadarko Name Change

### OCS-G No.

| | | | |
|---|---|---|---|
| 05778 | 23471 | 25136 | 27397 |
| 06888 | 23499 | 25138 | 27401 |
| 06898 | 23503 | 25139 | 27585 |
| 06899 | 23508 | 25141 | 27586 |
| 07461 | 23509 | 25145 | 27594 |
| 07462 | 23511 | 25146 | 27595 |
| 07923 | 23514 | 25147 | 27601 |
| 08483 | 23515 | 25167 | 27621 |
| 09183 | 23516 | 25170 | 27652 |
| 09184 | 23519 | 25171 | 27664 |
| 09216 | 23520 | 25174 | 27665 |
| 09771 | 23522 | 25175 | 27667 |
| 10514 | 23526 | 25176 | 27670 |
| 10988 | 23527 | 25200 | 27714 |
| 13065 | 23538 | 25220 | 27715 |
| 13997 | 23539 | 25692 | 28029 |
| 14205 | 24177 | 25694 | 28071 |
| 14224 | 24220 | 25695 | 28078 |
| 15852 | 24221 | 25741 | 28079 |
| 15927 | 24225 | 25742 | 28081 |
| 16641 | 24226 | 25747 | 28082 |
| 16890 | 24437 | 25751 | 30733 |
| 17406 | 24438 | 26259 | 30736 |
| 17407 | 24439 | 26270 | 30741 |
| 17408 | 24440 | 26316 | 30742 |
| 19027 | 24441 | 26323 | 30744 |
| 19028 | 24495 | 26363 | 30745 |
| 20725 | 24530 | 26366 | 30748 |
| 21182 | 24531 | 26367 | 30749 |
| 21374 | 24537 | 26392 | 30753 |
| 21444 | 24538 | 26414 | 30754 |
| 21825 | 24541 | 26415 | 30762 |
| 22288 | 24542 | 26652 | 30763 |
| 22295 | 24543 | 26657 | 30774 |
| 22296 | 24544 | 26658 | 30798 |
| 22850 | 24545 | 26659 | 30801 |
| 22856 | 24546 | 26666 | 30804 |
| 22861 | 24551 | 26669 | 30806 |
| 22973 | 24552 | 26670 | 30807 |
| 22974 | 24557 | 26671 | 30822 |
| 22987 | 24563 | 26674 | 30830 |
| 22994 | 24567 | 26677 | 30832 |
| 22999 | 24568 | 26678 | 30835 |
| 23037 | 24569 | 26679 | 30861 |
| 23038 | 24570 | 26748 | 30862 |
| 23042 | 24575 | 26749 | 30881 |
| 23043 | 24576 | 26751 | 32815 |
| 23233 | 24577 | 27311 | 32822 |
| 23234 | 24620 | 27316 | |
| 23338 | 25109 | 27347 | |
| 23469 | 25134 | 27356 | |

Kerr-McGee Oil And Gas Corporation (Co. 02219)
List of Leases With Operating Rights Affected by Kerr McGee-Anadarko Name Change

### OCS-G No.

08483
09184
17307
19001
19027
21444
21447
21811
23508
23511
23514
24182
24479
27632
32654

Kerr-McGee Oil And Gas Corporation (Co. 02219)
List of Pipeline ROWs Affected by Kerr McGee-Anadarko Name Change

### ROW No.

22415
23060
23061
26880
26897
26898
28419
28420