# Exhibit 5

To United States' Memorandum in Support of Motion for Discovery Regarding the Financial Information and Activities of Subsidiaries and Affiliates as Relevant to the Economic Impact of a Clean Water Act Penalty on Anadarko Petroleum

GOM COMPANY#: 148

**Anadarko E&P Company LP**

1201 Lake Robbins Drive
Post Office Box 1330 (Houston 77251-1330)

The Woodlands, Texas 77380

Delaware Limited Partnership
Modified: 19-Feb-08
Approved: 21-Nov-66

**AUTHORIZED TO CONDUCT THE FOLLOWING BUSINESS:**

OIL & GAS: Yes
RIGHTS-OF-WAY: Yes
ALTERNATIVE ENERGY: No

**AREAWIDE BONDS:**

3M DEVEL: Yes
1M EXPL: No
300K AREAWIDE: No
PIPELINE: Yes
Supplemt Exempt: Yes

EEO Plan: Yes   09-Mar-93
Debarment: Yes   15-Mar-99

Certificate of Incorporation received 11/21/66. Amended By-Laws received 11/23/75. Certificate of Amendment of Certificate of Incorporation received 6/24/87. Certificate of Ownership and Merger received 7/26/98. Certificate of Amendment of Certificate of Incorporation received 1/29/2001. Certificate of Conversion from a Corporation to a Limited Partnership received 10/10/2002. Restated Agreement of Limited Partnership of Anadarko E&P Company LP received 8/26/2004.

| NAME | TITLE | EXPIR. DATE |
|---|---|---|
| Robert A. Abendschein | Vice President and General Manager, Woldwide Offshore Deepwater O | |
| John A. Bridges | Agent and Attorney-in-Fact | |
| Jim W. Bryan | Agent and Attorney-in-Fact | |
| Robert P. Daniels | Senior Vice President | |
| Karl F. Kurz | Vice President | |
| Krista M. Matthews | Assistant Secretary | |
| Charles A. Meloy | President | |
| Cynthia K. Oliver | Agent and Attorney-in-Fact | |
| James J. O'Malley | Agent and Attorney-in-Fact | |
| Robert K. Reeves | Senior Vice President | |
| Albert L. Richey | Vice President, Corporate Development | |
| Stuart C. Strife | Vice President - Gulf of Mexico Deepwater Exploration | |
| R. W. Tonnesen | Assistant Treasurer and Assistant Secretary | |
| R. A. Walker | Senior Vice President, Finance | |
| Steve Wallace | Attorney-in-Fact | |
| Edward L. "Hank" Wood | Agent and Attorney-in-Fact | |

On August 24, 2004, the Company (Anadarko General Resources LLC), pursuant to the Agreement, did elect OFFICERS OF THE PARTNERSHIP to manage the affairs and business of the Partnership as duly elected officers and by such election and appointment, THE OFFICERS WERE VESTED WITH THE POWER AND AUTHORITY TO EXCUTE DOCUMENTS, AGREEMENTS, ASSIGNMENTS AND POWERS FOR AND ON BEHALF OF THE PARTNERSHIP AS MAY BE DEEMED TO BE IN THE BEST INTEREST OF THE PATRNERSHIP.

THIS PARTNERSHIP IS COMPRISED OF THE FOLLOWING PARTNER:

Anadarko Limited Resoucrces LLC, Sole Limited Partner

GOM COMPANY#: **148**

**Anadarko E&P Company LP**

1201 Lake Robbins Drive
Post Office Box 1330 (Houston 77251-1330)

The Woodlands, Texas 77380

Delaware Limited Partnership
Modified:   19-Feb-08
Approved:   21-Nov-66

**AUTHORIZED TO CONDUCT THE FOLLOWING BUSINESS:**

OIL & GAS: Yes
RIGHTS-OF-WAY: Yes
ALTERNATIVE ENERGY: No

**AREAWIDE BONDS:**

3M DEVEL: Yes
1M EXPL: No
300K AREAWIDE: No
PIPELINE: Yes

Supplemt Exempt: Yes

EEO Plan: Yes     09-Mar-93
Debarment: Yes    15-Mar-99

TERM: The Partnership commenced its existence of the effective date of the filing of the Certificate of Limited Partnership and shall continue in existence until it is dissolved and terminated as provided herein.

United States Department of the Interior
Minerals Management Service
Gulf of Mexico OCS Region

# RECORD TITLE OWNERSHIP - MERGER + CHANGE-OF-NAME

This creates a list for the Land Law Examiners in Adjudication to verify Record Title ownership of 00148 in conjunction with mergers and changes-of-name.

| Lease Number | Asgn Aprv Date | Asgn Status Code | Mms Company Num | Assignment Pct | Lse Own Grp Type Cd |
|---|---|---|---|---|---|
| G25232 | 01/29/2009 | C | 00148 | 30.00000 | RT |
| G31535 | 01/05/2009 | C | 00148 | 66.67000 | RT |
| G31600 | 03/04/2011 | C | 00148 | 80.00003 | RT |
| G31601 | 03/04/2011 | C | 00148 | 80.00003 | RT |
| G31616 | 03/01/2008 | C | 00148 | 100.00000 | RT |
| G31687 | 12/11/2009 | C | 00148 | 22.50000 | RT |
| G31770 | 01/28/2008 | C | 00148 | 50.00000 | RT |
| G31778 | 03/01/2008 | C | 00148 | 100.00000 | RT |
| G31779 | 03/01/2008 | C | 00148 | 100.00000 | RT |
| G31798 | 08/12/2010 | C | 00148 | 25.00000 | RT |
| G31808 | 04/01/2008 | C | 00148 | 50.00000 | RT |
| G31846 | 11/05/2009 | C | 00148 | 23.33340 | RT |
| G31938 | 01/29/2009 | C | 00148 | 30.00000 | RT |
| G31964 | 01/01/2008 | C | 00148 | 100.00000 | RT |
| G32027 | 06/01/2008 | C | 00148 | 80.00000 | RT |
| G32028 | 06/01/2008 | C | 00148 | 80.00000 | RT |
| G32029 | 06/01/2008 | C | 00148 | 80.00000 | RT |
| G32030 | 06/01/2008 | C | 00148 | 80.00000 | RT |
| G32032 | 06/01/2008 | C | 00148 | 80.00000 | RT |
| G32033 | 06/01/2008 | C | 00148 | 80.00000 | RT |
| G32034 | 06/01/2008 | C | 00148 | 80.00000 | RT |
| G32299 | 07/01/2008 | C | 00148 | 100.00000 | RT |
| G32398 | 03/04/2011 | C | 00148 | 80.00000 | RT |
| G32399 | 03/04/2011 | C | 00148 | 80.00000 | RT |
| G32402 | 08/01/2008 | C | 00148 | 75.00000 | RT |
| G32406 | 08/01/2008 | C | 00148 | 100.00000 | RT |
| G32411 | 08/01/2008 | C | 00148 | 100.00000 | RT |
| G32440 | 12/19/2008 | C | 00148 | 25.00000 | RT |
| G32504 | 06/01/2008 | C | 00148 | 33.33340 | RT |
| G32510 | 06/01/2008 | C | 00148 | 33.33340 | RT |
| G32555 | 08/01/2008 | C | 00148 | 66.67000 | RT |
| G32589 | 06/01/2008 | C | 00148 | 80.00000 | RT |
| G32590 | 06/01/2008 | C | 00148 | 80.00000 | RT |
| G32611 | 08/20/2008 | C | 00148 | 12.50000 | RT |
| G32615 | 07/01/2008 | C | 00148 | 80.00000 | RT |
| G32788 | 11/01/2008 | C | 00148 | 50.00000 | RT |
| G32789 | 11/01/2008 | C | 00148 | 50.00000 | RT |
| G32790 | 11/01/2008 | C | 00148 | 50.00000 | RT |
| G32791 | 11/01/2008 | C | 00148 | 50.00000 | RT |
| G32792 | 11/01/2008 | C | 00148 | 50.00000 | RT |
| G32801 | 12/01/2008 | C | 00148 | 70.00000 | RT |
| G32807 | 02/01/2009 | C | 00148 | 70.00000 | RT |
| G32808 | 12/01/2008 | C | 00148 | 70.00000 | RT |
| G32815 | 03/02/2011 | C | 00148 | 50.00000 | RT |
| G32818 | 12/01/2008 | C | 00148 | 50.00000 | RT |
| G32822 | 03/02/2011 | C | 00148 | 50.00000 | RT |
| G32878 | 12/01/2008 | C | 00148 | 100.00000 | RT |
| G32879 | 12/01/2008 | C | 00148 | 100.00000 | RT |
| G32888 | 12/01/2008 | C | 00148 | 100.00000 | RT |
| G32889 | 12/01/2008 | C | 00148 | 100.00000 | RT |
| G32912 | 11/01/2008 | C | 00148 | 100.00000 | RT |
| G32913 | 11/01/2008 | C | 00148 | 100.00000 | RT |
| G32969 | 11/01/2008 | C | 00148 | 100.00000 | RT |
| G32970 | 11/01/2008 | C | 00148 | 100.00000 | RT |

United States Department of the Interior
Minerals Management Service
Gulf of Mexico OCS Region

## RECORD TITLE OWNERSHIP - MERGER + CHANGE-OF-NAME

This creates a list for the Land Law Examiners in Adjudication to verify Record Title ownership of 00148 in conjunction with mergers and changes-of-name.

| Lease Number | Asgn Aprv Date | Asgn Status Code | Mms Company Num | Assignment Pct | Lse Own Grp Type Cd |
|---|---|---|---|---|---|
| G33202 | 06/01/2009 | C | 00148 | 100.00000 | RT |
| G33323 | 06/01/2009 | C | 00148 | 100.00000 | RT |
| G33326 | 06/01/2009 | C | 00148 | 100.00000 | RT |
| G33435 | 01/01/2010 | C | 00148 | 100.00000 | RT |
| G33436 | 12/01/2009 | C | 00148 | 100.00000 | RT |
| G33441 | 12/01/2009 | C | 00148 | 100.00000 | RT |
| G33465 | 12/01/2009 | C | 00148 | 50.00000 | RT |
| G33466 | 01/01/2010 | C | 00148 | 50.00000 | RT |
| G33769 | 07/01/2010 | C | 00148 | 50.00000 | RT |
| G33799 | 07/01/2010 | C | 00148 | 55.00000 | RT |
| G33813 | 07/01/2010 | C | 00148 | 100.00000 | RT |
| G33814 | 07/01/2010 | C | 00148 | 100.00000 | RT |
| G33862 | 06/01/2011 | C | 00148 | 50.00000 | RT |
| G33863 | 08/27/2010 | C | 00148 | 50.00000 | RT |
| G33866 | 06/01/2011 | C | 00148 | 50.00000 | RT |
| G33867 | 06/01/2011 | C | 00148 | 50.00000 | RT |
| G33872 | 06/01/2010 | C | 00148 | 100.00000 | RT |
| G33873 | 06/01/2010 | C | 00148 | 100.00000 | RT |
| G33874 | 06/01/2010 | C | 00148 | 100.00000 | RT |
| G33875 | 06/01/2010 | C | 00148 | 100.00000 | RT |
| G33876 | 06/01/2010 | C | 00148 | 100.00000 | RT |
| G33877 | 06/01/2010 | C | 00148 | 100.00000 | RT |
| G33878 | 06/01/2010 | C | 00148 | 100.00000 | RT |
| G33879 | 06/01/2010 | C | 00148 | 100.00000 | RT |
| G33883 | 07/01/2010 | C | 00148 | 100.00000 | RT |
| G33885 | 06/01/2010 | C | 00148 | 100.00000 | RT |
| G33886 | 07/01/2010 | C | 00148 | 100.00000 | RT |
| G33914 | 06/01/2010 | C | 00148 | 41.67000 | RT |
| G33915 | 06/01/2010 | C | 00148 | 41.67000 | RT |
| G33917 | 06/01/2010 | C | 00148 | 41.67000 | RT |
| G33919 | 06/01/2010 | C | 00148 | 41.67000 | RT |
| G33920 | 06/01/2010 | C | 00148 | 41.67000 | RT |
| G33922 | 07/01/2010 | C | 00148 | 41.67000 | RT |
| G33923 | 06/01/2010 | C | 00148 | 41.67000 | RT |
| G33926 | 07/01/2010 | C | 00148 | 41.67000 | RT |
| G33930 | 06/01/2010 | C | 00148 | 41.67000 | RT |
| G33931 | 07/01/2010 | C | 00148 | 41.67000 | RT |
| G33937 | 06/01/2010 | C | 00148 | 41.67000 | RT |
| G33938 | 06/01/2010 | C | 00148 | 41.67000 | RT |
| G33939 | 07/01/2010 | C | 00148 | 50.00000 | RT |
| G33940 | 07/01/2010 | C | 00148 | 41.67000 | RT |
| G33943 | 06/01/2010 | C | 00148 | 41.67000 | RT |
| G33946 | 07/01/2010 | C | 00148 | 50.00000 | RT |
| G33980 | 07/01/2010 | C | 00148 | 41.67000 | RT |
| G33981 | 07/01/2010 | C | 00148 | 41.67000 | RT |
| G33982 | 07/01/2010 | C | 00148 | 66.67000 | RT |
| G33983 | 07/01/2010 | C | 00148 | 66.67000 | RT |
| G33985 | 07/01/2010 | C | 00148 | 41.67000 | RT |
| G33986 | 07/01/2010 | C | 00148 | 41.67000 | RT |
| G33989 | 07/01/2010 | C | 00148 | 41.67000 | RT |
| G33998 | 07/01/2010 | C | 00148 | 41.67000 | RT |
| G33999 | 07/01/2010 | C | 00148 | 41.67000 | RT |
| G34011 | 06/01/2010 | C | 00148 | 50.00000 | RT |
| G34012 | 06/01/2010 | C | 00148 | 50.00000 | RT |

Creation Date: 6-Jun-2011 12:46 PM  
Print date: 6-Jun-2011 12:46 PM

United States Department of the Interior  
Minerals Management Service  
Gulf of Mexico OCS Region

## RECORD TITLE OWNERSHIP - MERGER + CHANGE-OF-NAME

This creates a list for the Land Law Examiners in Adjudication to verify Record Title ownership of 00148 in conjunction with mergers and changes-of-name.

| Lease Number | Asgn Aprv Date | Asgn Status Code | Mms Company Num | Assignment Pct | Lse Own Grp Type Cd |
|---|---|---|---|---|---|
| G34013 | 06/01/2010 | C | 00148 | 50.00000 | RT |
| G34014 | 06/01/2010 | C | 00148 | 50.00000 | RT |

Creation Date: 6-Jun-2011 12:48 PM  
United States Department of the Interior  
Minerals Management Service  
Gulf of Mexico OCS Region  
Print date: 6-Jun-2011 12:48 PM

## OPERATING RIGHTS OWNERSHIP-MERGERS+CHANGES-OF-NAME

This creates a list for the Land Law Examiners in Adjudication to verify Operating Rights ownership of 00148 in conjunction with mergers and changes-of-name.

| Lease Number | Asgn Aprv Date | Asgn Status Code | Mms Company Num | Assignment Pct | Lse Own Grp Type Cd |
|---|---|---|---|---|---|
| G02705 | 08/13/2007 | C | 00148 | 5.00000 | OR |

```
LSTOWNDS        UNITED STATES DEPARTMENT OF THE INTERIOR        LEASE ADMIN
                     MINERALS MANAGEMENT SERVICE                06-JUN-2011
                        GULF OF MEXICO REGION                   PAGE:     1

                      Active Leaes by Designated Operator
```

**DESIGNATED OPERATOR:**   00148         Anadarko E&P Company LP

Number of Leases: 49

Lease Number

| | |
|---|---|
| G02099 | G33946 |
| G31770 | G33980 |
| G31780 | G33981 |
| G31781 | G33982 |
| G31808 | G33983 |
| G32027 | G33985 |
| G32028 | G33986 |
| G32029 | G33989 |
| G32030 | G33998 |
| G32032 | G33999 |
| G32033 | G34011 |
| G32034 | G34012 |
| G32504 | G34013 |
| G32510 | G34014 |
| G32589 | |
| G32590 | |
| G32815 | |
| G32822 | |
| G33769 | |
| G33799 | |
| G33862 | |
| G33863 | |
| G33914 | |
| G33915 | |
| G33917 | |
| G33919 | |
| G33920 | |
| G33922 | |
| G33923 | |
| G33926 | |
| G33930 | |
| G33931 | |
| G33937 | |
| G33939 | |
| G33940 | |

\* \* \* \* \* \*      UNCLASSIFIED      \* \* \* \* \* \*