# Exhibit 6

To United States' Memorandum in Support of Motion for Discovery
Regarding the Financial Information and Activities of Subsidiaries and
Affiliates as Relevant to the Economic Impact of a Clean Water Act Penalty
on Anadarko Petroleum

**Anadarko Petroleum Corporation**

1201 Lake Robbins Drive
(Post Office Box 1330, Houston 77251-1330)

The Woodlands, Texas 77380

GOM COMPANY#: 981

Delaware Corporation
Modified:   10-Mar-08
Approved:   12-Jul-85

**AUTHORIZED TO CONDUCT THE FOLLOWING BUSINESS:**

OIL & GAS: Yes
RIGHTS-OF-WAY: Yes
ALTERNATIVE ENERGY: No

**AREAWIDE BONDS:**

3M DEVEL: Yes
1M EXPL: No
300K AREAWIDE: No
PIPELINE: Yes

Supplemt Exempt: Yes

EEO Plan: Yes      12-Mar-03
Debarment: Yes    21-Aug-00

Qualification documents received 7/12/85. Merger documents received 3/23/92.

| NAME | TITLE | EXPIR. DATE |
|---|---|---|
| Robert D. Abendschein | Vice President, E&P Services | |
| John A. Bridges | Agent and Attorney-in-Fact | |
| Jim W. Bryan | Agent and Attorney-in-Fact | |
| Robert P. Daniels | Senior Vice President, Exploration and Production | |
| Steven K. Dodds | Agent and Attorney-in-Fact | |
| James T. Hackett | Chairman, President and Chief Executive Officer | |
| Darrell E. Hollek | Vice President, Operations | |
| Karl F. Kurz | Chief Operating Officer | |
| Robert J. Lunn | Agent and Attorney-in-Fact | |
| Krista M. Mathews | Assistant Secretary | |
| Amanda M. McMillian | Assistant Secretary | |
| Charles A. Meloy | Senior Vice President, Exploration and Production | |
| Cynthia K. Oliver | Agent and Attorney-in-Fact | |
| James J. O'Malley | Agent and Attorney-in-Fact | |
| Lee E. Petersen | Agent and Attorney-in-Fact | |
| Robert K. Reeves | Senior Vice President, Corporate Secretary and Chief Administrative Off | |
| Albert L. Rickey | Vice President, Corporate Development | |
| David L. Siddall | Assistant Corporate Secretary | |
| R. W. Tonnesen | Assistant Treasurer and Assistant Secretary | |
| R. A. Walker | Senior Vice President, Financial and Chief Financial Officer | |
| Steve Wallace | Agent and Attorney-in-Fact | |
| Edward L. "Hank" Wood | Agent and Attorney-in-Fact | |
| Edward L. "Hank" Wood | Assistant Secretary | |

…such officers are duly authorized to execute on behalf of said corporation oil and gas leases, bids on oil and gas leases, assignments, releases of oil and gas leases, easements, right-of-way and all other instruments necessary to conduct the business of the corporation, to wit:

Creation Date: 6-Jun-2011 12:45 PM　　　　　　　　　　　　　　　　　　　　　　　　　Print date: 6-Jun-2011 12:45 PM

United States Department of the Interior
Minerals Management Service
Gulf of Mexico OCS Region

## ROW OWNERSHIP - MERGERS & CHANGES-OF-NAME

This creates a list for 00981 the Land Law Examiners in Adjudication to verify ROW ownership in conjunction with mergers and changes-of-name.

| Row Number | Ppl Row Prmte | Row Status Cd | Ppl Row Prmte |
|---|---|---|---|
| G21460 | 00981 | ACT | 00981 |
| G21461 | 00981 | ACT | 00981 |
| G21462 | 00981 | ACT | 00981 |
| G25437 | 00981 | ACT | 00981 |
| G25438 | 00981 | ACT | 00981 |
| G26833 | 00981 | ACT | 00981 |
| G26834 | 00981 | ACT | 00981 |
| G26854 | 00981 | ACT | 00981 |
| G26855 | 00981 | ACT | 00981 |
| G26856 | 00981 | ACT | 00981 |
| G26864 | 00981 | ACT | 00981 |
| G28590 | 00981 | ACT | 00981 |
| G28979 | 00981 | ACT | 00981 |
| G29001 | 00981 | ACT | 00981 |
| G29077 | 00981 | ACT | 00981 |
| G29078 | 00981 | ACT | 00981 |

Creation Date: 6-Jun-2011 12:47 PM
Print date: 6-Jun-2011 12:47 PM

United States Department of the Interior
Minerals Management Service
Gulf of Mexico OCS Region

# RECORD TITLE OWNERSHIP - MERGER + CHANGE-OF-NAME

This creates a list for the Land Law Examiners in Adjudication to verify Record Title ownership of 00981 in conjunction with mergers and changes-of-name.

| Lease Number | Asgn Aprv Date | Asgn Status Code | Mms Company Num | Assignment Pct | Lse Own Grp Type Cd |
|---|---|---|---|---|---|
| G10487 | 12/08/2003 | C | 00981 | 50.00000 | RT |
| G11075 | 10/15/2008 | C | 00981 | 41.80000 | RT |
| G16753 | 10/15/2008 | C | 00981 | 41.80000 | RT |
| G16783 | 02/26/2007 | C | 00981 | 37.50000 | RT |
| G16890 | 04/19/2005 | C | 00981 | 50.00000 | RT |
| G18402 | 08/01/1997 | C | 00981 | 100.00000 | RT |
| G18421 | 03/14/2011 | C | 00981 | 20.00000 | RT |
| G18577 | 05/31/2002 | C | 00981 | 100.00000 | RT |
| G21190 | 08/12/2010 | C | 00981 | 100.00000 | RT |
| G21191 | 08/12/2010 | C | 00981 | 100.00000 | RT |
| G21801 | 10/09/2008 | C | 00981 | 41.80000 | RT |
| G21801 | 10/09/2008 | C | 00981 | 45.00000 | RT |
| G21807 | 10/09/2008 | C | 00981 | 41.80000 | RT |
| G22913 | 07/21/2008 | C | 00981 | 60.00000 | RT |
| G22919 | 08/11/2008 | C | 00981 | 20.00000 | RT |
| G22920 | 08/11/2008 | C | 00981 | 20.00000 | RT |
| G22952 | 06/01/2001 | C | 00981 | 100.00000 | RT |
| G22995 | 11/17/2009 | C | 00981 | 25.00000 | RT |
| G22998 | 07/20/2009 | C | 00981 | 20.00000 | RT |
| G23000 | 07/20/2009 | C | 00981 | 20.00000 | RT |
| G23001 | 12/10/2008 | C | 00981 | 44.25000 | RT |
| G23002 | 07/20/2009 | C | 00981 | 20.00000 | RT |
| G23003 | 07/20/2009 | C | 00981 | 20.00000 | RT |
| G23018 | 09/10/2008 | C | 00981 | 25.00000 | RT |
| G23019 | 09/10/2008 | C | 00981 | 25.00000 | RT |
| G23021 | 09/10/2008 | C | 00981 | 25.00000 | RT |
| G23022 | 09/10/2008 | C | 00981 | 25.00000 | RT |
| G23027 | 07/22/2010 | C | 00981 | 50.00000 | RT |
| G23450 | 03/01/2002 | C | 00981 | 100.00000 | RT |
| G23451 | 03/01/2002 | C | 00981 | 100.00000 | RT |
| G23452 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G23455 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G23457 | 03/01/2002 | C | 00981 | 100.00000 | RT |
| G23458 | 03/01/2002 | C | 00981 | 100.00000 | RT |
| G23460 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G23461 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G23462 | 03/01/2002 | C | 00981 | 100.00000 | RT |
| G23463 | 03/01/2002 | C | 00981 | 100.00000 | RT |
| G23465 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G23467 | 02/01/2002 | C | 00981 | 50.00000 | RT |
| G23469 | 04/19/2005 | C | 00981 | 100.00000 | RT |
| G23470 | 02/01/2002 | C | 00981 | 50.00000 | RT |
| G23471 | 04/19/2005 | C | 00981 | 100.00000 | RT |
| G23472 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G23473 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G23474 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G23475 | 11/05/2009 | C | 00981 | 66.66670 | RT |
| G23476 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G23478 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G23479 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G23480 | 07/29/2009 | C | 00981 | 100.00000 | RT |
| G23481 | 07/29/2009 | C | 00981 | 100.00000 | RT |
| G23484 | 07/29/2009 | C | 00981 | 100.00000 | RT |
| G23485 | 07/29/2009 | C | 00981 | 100.00000 | RT |

Creation Date: 6-Jun-2011 12:47 PM  
United States Department of the Interior  
Minerals Management Service  
Gulf of Mexico OCS Region  
Print date: 6-Jun-2011 12:47 PM

## RECORD TITLE OWNERSHIP - MERGER + CHANGE-OF-NAME

This creates a list for the Land Law Examiners in Adjudication to verify Record Title ownership of 00981 in conjunction with mergers and changes-of-name.

| Lease Number | Asgn Aprv Date | Asgn Status Code | Mms Company Num | Assignment Pct | Lse Own Grp Type Cd |
|---|---|---|---|---|---|
| G23528 | 02/26/2008 | C | 00981 | 45.00000 | RT |
| G23529 | 02/26/2008 | C | 00981 | 45.00000 | RT |
| G23531 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G23534 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G23542 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G23543 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G23544 | 02/01/2002 | C | 00981 | 100.00000 | RT |
| G24178 | 09/18/2009 | C | 00981 | 37.50000 | RT |
| G24179 | 09/18/2009 | C | 00981 | 37.50000 | RT |
| G24183 | 09/18/2009 | C | 00981 | 37.50000 | RT |
| G24184 | 09/18/2009 | C | 00981 | 37.50000 | RT |
| G24188 | 12/10/2008 | C | 00981 | 44.25000 | RT |
| G24191 | 07/20/2009 | C | 00981 | 20.00000 | RT |
| G24194 | 11/17/2008 | C | 00981 | 44.25000 | RT |
| G24197 | 12/10/2008 | C | 00981 | 44.25000 | RT |
| G25202 | 07/20/2009 | C | 00981 | 20.00000 | RT |
| G25203 | 07/20/2009 | C | 00981 | 20.00000 | RT |
| G25205 | 07/20/2009 | C | 00981 | 20.00000 | RT |
| G25234 | 02/01/2011 | C | 00981 | 15.00000 | RT |
| G25236 | 11/23/2010 | C | 00981 | 15.00000 | RT |
| G25774 | 06/24/2005 | C | 00981 | 50.00000 | RT |
| G25793 | 12/23/2010 | C | 00981 | 100.00000 | RT |
| G25797 | 06/24/2005 | C | 00981 | 50.00000 | RT |
| G26311 | 07/13/2007 | C | 00981 | 45.00000 | RT |
| G26319 | 08/18/2010 | C | 00981 | 25.00000 | RT |
| G26346 | 02/17/2011 | C | 00981 | 83.33300 | RT |
| G26352 | 07/20/2009 | C | 00981 | 20.00000 | RT |
| G26353 | 07/20/2009 | C | 00981 | 20.00000 | RT |
| G26355 | 03/03/2011 | C | 00981 | 75.00000 | RT |
| G26360 | 07/20/2009 | C | 00981 | 20.00000 | RT |
| G26369 | 07/01/2004 | C | 00981 | 100.00000 | RT |
| G26384 | 10/08/2004 | C | 00981 | 50.00000 | RT |
| G26690 | 06/24/2005 | C | 00981 | 50.00000 | RT |
| G26694 | 06/24/2005 | C | 00981 | 50.00000 | RT |
| G26727 | 06/24/2005 | C | 00981 | 50.00000 | RT |
| G26728 | 06/24/2005 | C | 00981 | 50.00000 | RT |
| G26730 | 11/01/2004 | C | 00981 | 100.00000 | RT |
| G26744 | 06/24/2005 | C | 00981 | 50.00000 | RT |
| G26745 | 06/24/2005 | C | 00981 | 50.00000 | RT |
| G26746 | 06/24/2005 | C | 00981 | 50.00000 | RT |
| G26747 | 06/24/2005 | C | 00981 | 50.00000 | RT |
| G26750 | 07/23/2009 | C | 00981 | 15.00000 | RT |
| G26753 | 07/23/2009 | C | 00981 | 15.00000 | RT |
| G26754 | 07/23/2009 | C | 00981 | 15.00000 | RT |
| G26771 | 10/07/2010 | C | 00981 | 50.00000 | RT |
| G27290 | 06/01/2005 | C | 00981 | 100.00000 | RT |
| G27357 | 06/01/2005 | C | 00981 | 100.00000 | RT |
| G27359 | 10/09/2008 | C | 00981 | 41.80000 | RT |
| G27365 | 07/20/2009 | C | 00981 | 20.00000 | RT |
| G27385 | 06/01/2005 | C | 00981 | 100.00000 | RT |
| G27402 | 06/01/2005 | C | 00981 | 100.00000 | RT |
| G27428 | 06/01/2005 | C | 00981 | 100.00000 | RT |
| G27603 | 01/01/2006 | C | 00981 | 100.00000 | RT |
| G27608 | 01/01/2006 | C | 00981 | 100.00000 | RT |

United States Department of the Interior
Minerals Management Service
Gulf of Mexico OCS Region

# RECORD TITLE OWNERSHIP - MERGER + CHANGE-OF-NAME

This creates a list for the Land Law Examiners in Adjudication to verify Record Title ownership of
00981 in conjunction with mergers and changes-of-name.

| Lease Number | Asgn Aprv Date | Asgn Status Code | Mms Company Num | Assignment Pct | Lse Own Grp Type Cd |
|---|---|---|---|---|---|
| G27677 | 11/01/2005 | C | 00981 | 100.00000 | RT |
| G27678 | 11/01/2005 | C | 00981 | 100.00000 | RT |
| G27679 | 01/01/2006 | C | 00981 | 100.00000 | RT |
| G27682 | 12/01/2005 | C | 00981 | 100.00000 | RT |
| G27711 | 01/01/2006 | C | 00981 | 100.00000 | RT |
| G27712 | 06/23/2006 | C | 00981 | 50.00000 | RT |
| G27713 | 01/01/2006 | C | 00981 | 100.00000 | RT |
| G27716 | 06/23/2006 | C | 00981 | 50.00000 | RT |
| G27727 | 10/02/2009 | C | 00981 | 15.00000 | RT |
| G27728 | 10/02/2009 | C | 00981 | 15.00000 | RT |
| G27729 | 10/02/2009 | C | 00981 | 15.00000 | RT |
| G27730 | 01/01/2006 | C | 00981 | 100.00000 | RT |
| G27779 | 06/10/2010 | C | 00981 | 50.00000 | RT |
| G27780 | 06/10/2010 | C | 00981 | 50.00000 | RT |
| G28084 | 08/13/2010 | C | 00981 | 25.00000 | RT |
| G28102 | 05/01/2006 | C | 00981 | 100.00000 | RT |
| G28138 | 05/01/2006 | C | 00981 | 100.00000 | RT |
| G28139 | 05/01/2006 | C | 00981 | 100.00000 | RT |
| G28140 | 05/01/2006 | C | 00981 | 100.00000 | RT |
| G28141 | 05/01/2006 | C | 00981 | 100.00000 | RT |
| G28142 | 05/01/2006 | C | 00981 | 100.00000 | RT |
| G28143 | 05/01/2006 | C | 00981 | 100.00000 | RT |
| G28144 | 05/01/2006 | C | 00981 | 100.00000 | RT |
| G28145 | 05/01/2006 | C | 00981 | 100.00000 | RT |
| G28174 | 06/01/2006 | C | 00981 | 100.00000 | RT |
| G28189 | 05/01/2006 | C | 00981 | 100.00000 | RT |
| G28190 | 05/01/2006 | C | 00981 | 100.00000 | RT |
| G30743 | 12/01/2006 | C | 00981 | 100.00000 | RT |
| G30890 | 12/01/2006 | C | 00981 | 100.00000 | RT |
| G30896 | 12/01/2006 | C | 00981 | 100.00000 | RT |
| G30898 | 12/01/2006 | C | 00981 | 100.00000 | RT |
| G30901 | 12/01/2006 | C | 00981 | 100.00000 | RT |
| G30943 | 01/11/2011 | C | 00981 | 100.00000 | RT |
| G30944 | 01/11/2011 | C | 00981 | 100.00000 | RT |
| G30955 | 01/11/2011 | C | 00981 | 100.00000 | RT |
| G30962 | 01/14/2011 | C | 00981 | 100.00000 | RT |
| G30973 | 12/01/2006 | C | 00981 | 100.00000 | RT |
| G31096 | 03/07/2008 | C | 00981 | 50.00000 | RT |
| G31099 | 10/01/2007 | C | 00981 | 50.00000 | RT |
| G31154 | 12/01/2007 | C | 00981 | 50.00000 | RT |
| G31155 | 12/01/2007 | C | 00981 | 50.00000 | RT |
| G31157 | 12/01/2007 | C | 00981 | 100.00000 | RT |
| G31175 | 11/01/2007 | C | 00981 | 100.00000 | RT |
| G31246 | 11/01/2007 | C | 00981 | 50.00000 | RT |
| G31247 | 11/01/2007 | C | 00981 | 25.00000 | RT |
| G31534 | 11/06/2009 | C | 00981 | 20.00000 | RT |
| G31760 | 10/02/2009 | C | 00981 | 25.00000 | RT |
| G31835 | 03/02/2011 | C | 00981 | 66.66670 | RT |
| G31838 | 03/02/2011 | C | 00981 | 66.66670 | RT |
| G31839 | 03/02/2011 | C | 00981 | 66.66670 | RT |
| G31943 | 11/24/2010 | C | 00981 | 15.00000 | RT |
| G31945 | 12/30/2010 | C | 00981 | 15.00000 | RT |
| G32306 | 04/28/2010 | C | 00981 | 25.00000 | RT |
| G32639 | 05/07/2009 | C | 00981 | 15.00000 | RT |

Creation Date: 6-Jun-2011 12:47 PM                                         Print date: 6-Jun-2011 12:47 PM

United States Department of the Interior
Minerals Management Service
Gulf of Mexico OCS Region

## RECORD TITLE OWNERSHIP - MERGER + CHANGE-OF-NAME

This creates a list for the Land Law Examiners in Adjudication to verify Record Title ownership of 00981 in conjunction with mergers and changes-of-name.

| Lease Number | Asgn Aprv Date | Asgn Status Code | Mms Company Num | Assignment Pct | Lse Own Grp Type Cd |
|---|---|---|---|---|---|
| G33259 | 10/02/2009 | C | 00981 | 25.00000 | RT |

Creation Date: 6-Jun-2011 12:47 PM          United States Department of the Interior          Print date: 6-Jun-2011 12:47 PM
Minerals Management Service
Gulf of Mexico OCS Region

## OPERATING RIGHTS OWNERSHIP-MERGERS+CHANGES-OF-NAME

This creates a list for the Land Law Examiners in Adjudication to verify Operating Rights ownership of 00981 in conjunction with mergers and changes-of-name.

| Lease Number | Asgn Aprv Date | Asgn Status Code | Mms Company Num | Assignment Pct | Lse Own Grp Type Cd |
|---|---|---|---|---|---|
| G15303 | 05/13/2003 | C | 00981 | 35.00000 | OR |
| G15303 | 05/03/2006 | C | 00981 | 35.00000 | OR |
| G23479 | 11/05/2009 | C | 00981 | 66.66670 | OR |
| G23480 | 06/17/2004 | C | 00981 | 100.00000 | OR |
| G23480 | 05/12/2010 | C | 00981 | 100.00000 | OR |
| G23481 | 05/12/2010 | C | 00981 | 100.00000 | OR |
| G23481 | 06/17/2004 | C | 00981 | 100.00000 | OR |
| G23484 | 05/12/2010 | C | 00981 | 100.00000 | OR |
| G23485 | 05/12/2010 | C | 00981 | 100.00000 | OR |
| G25234 | 11/05/2010 | C | 00981 | 60.00000 | OR |

```
LSTOWNDS           UNITED STATES DEPARTMENT OF THE INTERIOR       LEASE ADMIN
                         MINERALS MANAGEMENT SERVICE               06-JUN-2011
                            GULF OF MEXICO REGION                 PAGE:      1

                        Active Leaes by Designated Operator
```

DESIGNATED OPERATOR:    00981        Anadarko Petroleum Corporation

Number of Leases:  318

Lease Number

| | | | | | |
|---|---|---|---|---|---|
| G05778 | G22861 | G23478 | G24441 | G25747 | G27338 |
| G06888 | G22913 | G23479 | G24479 | G25751 | G27339 |
| G09183 | G22918 | G23480 | G24495 | G25793 | G27356 |
| G09184 | G22952 | G23481 | G24530 | G26259 | G27357 |
| G10487 | G22987 | G23484 | G24531 | G26311 | G27359 |
| G10514 | G22994 | G23485 | G24537 | G26316 | G27385 |
| G11075 | G22995 | G23499 | G24538 | G26319 | G27397 |
| G13065 | G22999 | G23503 | G24541 | G26346 | G27401 |
| G14205 | G23001 | G23522 | G24542 | G26355 | G27402 |
| G15927 | G23027 | G23528 | G24543 | G26363 | G27428 |
| G16753 | G23037 | G23529 | G24544 | G26366 | G27585 |
| G16783 | G23038 | G23531 | G24545 | G26367 | G27586 |
| G16890 | G23233 | G23534 | G24546 | G26369 | G27594 |
| G17406 | G23234 | G23538 | G24551 | G26392 | G27595 |
| G17407 | G23338 | G23539 | G24552 | G26414 | G27601 |
| G17408 | G23450 | G23542 | G24557 | G26415 | G27603 |
| G18402 | G23451 | G23543 | G24563 | G26657 | G27608 |
| G18421 | G23452 | G23544 | G24567 | G26658 | G27621 |
| G18577 | G23455 | G24177 | G24568 | G26659 | G27632 |
| G19027 | G23457 | G24178 | G24569 | G26666 | G27652 |
| G19028 | G23458 | G24179 | G24570 | G26669 | G27664 |
| G20725 | G23460 | G24182 | G24575 | G26670 | G27665 |
| G21190 | G23461 | G24183 | G24576 | G26671 | G27667 |
| G21191 | G23462 | G24184 | G24577 | G26674 | G27670 |
| G21374 | G23463 | G24188 | G25109 | G26677 | G27677 |
| G21444 | G23465 | G24194 | G25134 | G26678 | G27678 |
| G21801 | G23467 | G24197 | G25145 | G26679 | G27679 |
| G21807 | G23469 | G24220 | G25146 | G26730 | G27682 |
| G21811 | G23470 | G24221 | G25147 | G26750 | G27711 |
| G21817 | G23471 | G24225 | G25220 | G26753 | G27713 |
| G21825 | G23472 | G24226 | G25232 | G26754 | G27730 |
| G21826 | G23473 | G24437 | G25234 | G26771 | G27779 |
| G22295 | G23474 | G24438 | G25694 | G27290 | G27780 |
| G22296 | G23475 | G24439 | G25741 | G27311 | G28084 |
| G22856 | G23476 | G24440 | G25742 | G27316 | G28102 |

```
  *   *   *   *   *   *           UNCLASSIFIED           *   *   *   *   *   *
```

Case 2:10-md-02179-CJB-DPC   Document 12534-7   Filed 03/03/14   Page 10 of 10

| LSTOWNDS | UNITED STATES DEPARTMENT OF THE INTERIOR | LEASE ADMIN |
|---|---|---|
| | MINERALS MANAGEMENT SERVICE | 06-JUN-2011 |
| | GULF OF MEXICO REGION | PAGE:    2 |

Active Leaes by Designated Operator

**DESIGNATED OPERATOR:**   00981   Anadarko Petroleum Corporation

Lease Number

| | | | |
|---|---|---|---|
| G28138 | G30881 | G32789 | G33886 |
| G28139 | G30890 | G32790 | G33938 |
| G28140 | G30896 | G32791 | G33943 |
| G28141 | G30898 | G32792 | |
| G28142 | G30901 | G32801 | |
| G28143 | G30943 | G32807 | |
| G28144 | G30944 | G32808 | |
| G28145 | G30955 | G32878 | |
| G28174 | G30962 | G32879 | |
| G28189 | G30973 | G32888 | |
| G28190 | G31096 | G32889 | |
| G30733 | G31099 | G32912 | |
| G30736 | G31154 | G32913 | |
| G30742 | G31155 | G32969 | |
| G30743 | G31157 | G32970 | |
| G30744 | G31175 | G33202 | |
| G30745 | G31535 | G33323 | |
| G30748 | G31600 | G33326 | |
| G30749 | G31601 | G33435 | |
| G30753 | G31616 | G33436 | |
| G30754 | G31778 | G33441 | |
| G30762 | G31779 | G33465 | |
| G30763 | G31835 | G33466 | |
| G30774 | G31838 | G33813 | |
| G30798 | G31839 | G33814 | |
| G30801 | G31938 | G33872 | |
| G30804 | G31964 | G33873 | |
| G30806 | G32299 | G33874 | |
| G30807 | G32398 | G33875 | |
| G30822 | G32399 | G33876 | |
| G30830 | G32402 | G33877 | |
| G30832 | G32406 | G33878 | |
| G30835 | G32411 | G33879 | |
| G30861 | G32555 | G33883 | |
| G30862 | G32788 | G33885 | |

\* \* \* \* \* \*    UNCLASSIFIED    \* \* \* \* \* \*