# Exhibit 7

To United States' Memorandum in Support of Motion for Discovery
Regarding the Financial Information and Activities of Subsidiaries and
Affiliates as Relevant to the Economic Impact of a Clean Water Act Penalty
on Anadarko Petroleum

LSTOWNLD                UNITED STATES DEPARTMENT OF THE INTERIOR           LEASE ADMINISTRATION
                              BUREAU OF OCEAN ENERGY MANAGEMENT                  03-FEB-2014
                                     GULF OF MEXICO REGION                       PAGE:     1

                              Active Leases by Lessee - Detail

```
LEASES HELD BY:   00087    10th OCS Oil and Gas Lease Sale
  NO RECORDS FOUND
LEASES HELD BY:   00100    11th OCS Oil and Gas Lease Sale Zone 3
  NO RECORDS FOUND
LEASES HELD BY:   00118    12th OCS Oil and Gas Sale Zone 2
  NO RECORDS FOUND
LEASES HELD BY:   03267    145 OG HOLDINGS, LLC
  NO RECORDS FOUND
LEASES HELD BY:   03271    157 OG Holdings, LLC
  NO RECORDS FOUND
LEASES HELD BY:   00830    1982 Drilling Program
  NO RECORDS FOUND
LEASES HELD BY:   01145    1986 STEA Limited Partnership I
  NO RECORDS FOUND
LEASES HELD BY:   01253    1987-I STEA Limited Partnership
  NO RECORDS FOUND
LEASES HELD BY:   01252    1987-VI STEA Limited Partnership
  NO RECORDS FOUND
LEASES HELD BY:   01470    1988-I TEAI Limited Partnership
  NO RECORDS FOUND
LEASES HELD BY:   01471    1988-II TEAI Limited Partnership
  NO RECORDS FOUND
LEASES HELD BY:   01472    1988-VI TEAI Limited Partnership
  NO RECORDS FOUND
LEASES HELD BY:   01566    1989-I TEAI Limited Partnership
  NO RECORDS FOUND
LEASES HELD BY:   01802    1993 Offshore Limited Partnership
  NO RECORDS FOUND
LEASES HELD BY:   01965    1995 Income Program Limited Liability
                           Company
```

| Lease   | Measure | Lease Area  | Aliquot | Aliquot Portion | Percent | Lessee Net Portion |
|---------|---------|-------------|---------|-----------------|---------|--------------------|
| G02939  | A       | 4999.960000 |         | 0.000           | 2.02703 | 101.350689         |
| TOTAL ACRES    |  | 4999.960000 |   | TOTAL NET PORTION (ACRES)    |   | 101.350689 |
| TOTAL HECTARES |  | 2023.415147 |   | TOTAL NET PORTION (HECTARES) |   | 41.015232  |

```
LEASES HELD BY:   03266    207 OG HOLDINGS, LLC
  NO RECORDS FOUND
LEASES HELD BY:   03272    233 OG Holdings, LLC
  NO RECORDS FOUND
LEASES HELD BY:   02687    300 Energy, Ltd.
  NO RECORDS FOUND
LEASES HELD BY:   03276    321 OG Holdings, LLC
  NO RECORDS FOUND
LEASES HELD BY:   03265    376 OG HOLDINGS, LLC
  NO RECORDS FOUND
LEASES HELD BY:   01969    3DX Technologies, Inc.
  NO RECORDS FOUND
LEASES HELD BY:   02437    3TEC Energy Corporation
  NO RECORDS FOUND
LEASES HELD BY:   00041    OCS 6th Sale, Louisiana & Texas (Zones 3 &
                           4)
  NO RECORDS FOUND
LEASES HELD BY:   00082    9th Oil & Gas Lease Sale
```

            \* \* \* \* \*         UNCLASSIFIED        \* \* \* \* \*

```
LSTOWNLD                UNITED STATES DEPARTMENT OF THE INTERIOR       LEASE ADMINISTRATION
                              BUREAU OF OCEAN ENERGY MANAGEMENT              03-FEB-2014
                                      GULF OF MEXICO REGION                  PAGE:      5
```
Case 2:10-md-02179-CJB-DPC   Document 12534-8   Filed 03/03/14   Page 3 of 13

*Active Leases by Lessee - Detail*

```
LEASES HELD BY:    02267     American Midstream Offshore (Seacrest) LP
 NO RECORDS FOUND
LEASES HELD BY:    00765     American National Petroleum Company
 NO RECORDS FOUND
LEASES HELD BY:    00154     American Petrofina Exploration Company
 NO RECORDS FOUND
LEASES HELD BY:    01195     American Production Partnership-III, Ltd.
 NO RECORDS FOUND
LEASES HELD BY:    01219     American Production Partnership-V, Ltd.
 NO RECORDS FOUND
LEASES HELD BY:    01196     American Production Partnership-IV, Ltd.
 NO RECORDS FOUND
LEASES HELD BY:    02243     American Resources Offshore, Inc.
 NO RECORDS FOUND
LEASES HELD BY:    01937     American Resources Offshore, Inc.
 NO RECORDS FOUND
LEASES HELD BY:    00908     American Royalty Producing Company
 NO RECORDS FOUND
LEASES HELD BY:    01127     American Shoreline, Inc.
 NO RECORDS FOUND
LEASES HELD BY:    01039     American Trading and Production Corporation
 NO RECORDS FOUND
LEASES HELD BY:    01126     Ameriplor Corp.
 NO RECORDS FOUND
LEASES HELD BY:    02247     Ameritex Minerals, Inc.
 NO RECORDS FOUND
LEASES HELD BY:    00164     Aminoil Development, Incorporated
 NO RECORDS FOUND
LEASES HELD BY:    00418     Aminoil Inc.
 NO RECORDS FOUND
LEASES HELD BY:    00463     Aminoil International, Inc.
 NO RECORDS FOUND
LEASES HELD BY:    00368     Aminoil USA, Inc.
 NO RECORDS FOUND
LEASES HELD BY:    00735     Amoco Canyon Company
 NO RECORDS FOUND
LEASES HELD BY:    02244     Amoco Corporation
 NO RECORDS FOUND
LEASES HELD BY:    01679     Amoco Foundation, Inc.
 NO RECORDS FOUND
LEASES HELD BY:    01396     AmPac Oil & Gas, Inc.
 NO RECORDS FOUND
LEASES HELD BY:    01004     Ampetrol, Inc.
 NO RECORDS FOUND
LEASES HELD BY:    03252     Ample Oil & Gas Investments, LLC
 NO RECORDS FOUND
LEASES HELD BY:    03268     Ample Resources, Inc.
 NO RECORDS FOUND
LEASES HELD BY:    01112     Ampolex (Texas), Inc.
 NO RECORDS FOUND
LEASES HELD BY:    01591     Amsearch, Inc.
 NO RECORDS FOUND
LEASES HELD BY:    00148     Anadarko E&P Company LP
 NO RECORDS FOUND
LEASES HELD BY:    00981     Anadarko Petroleum Corporation
```

        **\* \* \* \* \* \*      UNCLASSIFIED      \* \* \* \* \* \***

LSTOWNLD                UNITED STATES DEPARTMENT OF THE INTERIOR           LEASE ADMINISTRATION
                             BUREAU OF OCEAN ENERGY MANAGEMENT                   03-FEB-2014
                                    GULF OF MEXICO REGION                        PAGE:        6

                               *Active Leases by Lessee - Detail*

LEASES HELD BY:    00981     Anadarko Petroleum Corporation
 NO RECORDS FOUND
LEASES HELD BY:    00170     Anadarko Production Company
 NO RECORDS FOUND
LEASES HELD BY:    02219     Anadarko US Offshore Corporation

| Lease  | Measure | Lease Area  | Aliquot | Aliquot Portion | Percent   | Lessee Net Portion |
|--------|---------|-------------|---------|-----------------|-----------|--------------------|
| G06888 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G07461 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G07462 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G09183 | A       | 5760.000000 |         | 0.000           | 30.00000  | 1728.000000        |
| G09184 | A       | 5760.000000 |         | 0.000           | 30.00000  | 1728.000000        |
| G09216 | A       | 5760.000000 | A       | 2880.000        | 25.00000  | 720.000000         |
| G09216 | A       | 5760.000000 | B       | 2880.000        | 50.00000  | 1440.000000        |
| G10487 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G10514 | A       | 5760.000000 |         | 0.000           | 100.00000 | 5760.000000        |
| G10988 | A       | 3811.180000 |         | 0.000           | 100.00000 | 3811.180000        |
| G11075 | A       | 5760.000000 |         | 0.000           | 41.80000  | 2407.680000        |
| G14205 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G14224 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G15852 | A       | 5760.000000 |         | 0.000           | 25.00000  | 1440.000000        |
| G15927 | A       | 5760.000000 |         | 0.000           | 25.00000  | 1440.000000        |
| G16641 | A       | 5760.000000 |         | 0.000           | 25.00000  | 1440.000000        |
| G16753 | A       | 5760.000000 |         | 0.000           | 41.80000  | 2407.680000        |
| G16783 | A       | 5760.000000 |         | 0.000           | 33.75000  | 1944.000000        |
| G17406 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G17407 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G17408 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G18402 | A       | 5760.000000 |         | 0.000           | 100.00000 | 5760.000000        |
| G18421 | A       | 5760.000000 |         | 0.000           | 33.75000  | 1944.000000        |
| G18577 | A       | 5760.000000 |         | 0.000           | 100.00000 | 5760.000000        |
| G19027 | A       | 5760.000000 |         | 0.000           | 100.00000 | 5760.000000        |
| G19028 | A       | 5760.000000 |         | 0.000           | 41.66667  | 2400.000192        |
| G20725 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G21182 | A       | 5760.000000 |         | 0.000           | 25.00000  | 1440.000000        |
| G21190 | A       | 5760.000000 |         | 0.000           | 100.00000 | 5760.000000        |
| G21191 | A       | 5760.000000 |         | 0.000           | 100.00000 | 5760.000000        |
| G21374 | A       | 5760.000000 |         | 0.000           | 30.00000  | 1728.000000        |
| G21444 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G21801 | A       | 5760.000000 | A       | 0.000           | 45.00000  | 0.000000           |
| G21801 | A       | 5760.000000 | B       | 0.000           | 41.80000  | 0.000000           |
| G21807 | A       | 5760.000000 |         | 0.000           | 41.80000  | 2407.680000        |
| G21825 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G21841 | A       | 5760.000000 |         | 0.000           | 35.00000  | 2016.000000        |
| G21842 | A       | 5760.000000 | A       | 0.000           | 15.00000  | 0.000000           |
| G21842 | A       | 5760.000000 | B       | 0.000           | 35.00000  | 0.000000           |
| G21849 | A       | 5760.000000 |         | 0.000           | 35.00000  | 2016.000000        |
| G22288 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G22295 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G22296 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G22850 | A       | 5760.000000 |         | 0.000           | 50.00000  | 2880.000000        |
| G22919 | A       | 5760.000000 |         | 0.000           | 18.67000  | 1075.392000        |

       \*   \*   \*   \*   \*   \*   **UNCLASSIFIED**   \*   \*   \*   \*   \*   \*

```
LSTOWNLD                UNITED STATES DEPARTMENT OF THE INTERIOR              LEASE ADMINISTRATION
                            BUREAU OF OCEAN ENERGY MANAGEMENT                      03-FEB-2014
                                    GULF OF MEXICO REGION                          PAGE:       7

                              Active Leases by Lessee - Detail
```

```
LEASES HELD BY:    02219    Anadarko US Offshore Corporation

  Lease     Measure      Lease Area    Aliquot      Aliquot Portion        Percent       Lessee Net Portion

  G22920       A         5760.000000                         0.000         18.67000           1075.392000
  G22987       A         5760.000000                         0.000        100.00000           5760.000000
  G23001       A         5760.000000                         0.000         31.50000           1814.400000
  G23034       A         5760.000000                         0.000         35.00000           2016.000000
  G23481       A         5760.000000                         0.000        100.00000           5760.000000
  G23515       A         5760.000000                         0.000         50.00000           2880.000000
  G23516       A         5760.000000                         0.000         50.00000           2880.000000
  G23520       A         5760.000000                         0.000         50.00000           2880.000000
  G23529       A         5760.000000                         0.000         45.00000           2592.000000
  G24179       A         5760.000000                         0.000         33.75000           1944.000000
  G24184       A         5760.000000                         0.000         33.75000           1944.000000
  G24194       A         5760.000000                         0.000         31.50000           1814.400000
  G24197       A         5760.000000                         0.000         31.50000           1814.400000
  G25109       A         5760.000000                         0.000        100.00000           5760.000000
  G25111       A         5760.000000                         0.000         66.67000           3840.192000
  G25134       A         5760.000000                         0.000        100.00000           5760.000000
  G25136       A         5760.000000                         0.000         33.33330           1919.998080
  G25138       A         5760.000000                         0.000         33.33330           1919.998080
  G25139       A         5760.000000                         0.000         33.33330           1919.998080
  G25141       A         5760.000000                         0.000         33.33330           1919.998080
  G25145       A         5760.000000                         0.000         33.33330           1919.998080
  G25146       A         5760.000000                         0.000        100.00000           5760.000000
  G25147       A         5760.000000                         0.000        100.00000           5760.000000
  G25167       A         5760.000000                         0.000        100.00000           5760.000000
  G25171       A         5760.000000                         0.000        100.00000           5760.000000
  G25176       A         5760.000000                         0.000         50.00000           2880.000000
  G25200       A         5760.000000                         0.000         50.00000           2880.000000
  G25202       A         5760.000000                         0.000         20.00000           1152.000000
  G25220       A         5760.000000                         0.000         77.00000           4435.200000
  G25232       A         5760.000000                         0.000         30.00000           1728.000000
  G25234       A         5760.000000                         0.000         15.00000            864.000000
  G25236       A         5760.000000                         0.000         15.00000            864.000000
  G25692       A         5760.000000                         0.000         50.00000           2880.000000
  G25694       A         5760.000000                         0.000         50.00000           2880.000000
  G25695       A         5760.000000                         0.000         50.00000           2880.000000
  G25741       A         5760.000000                         0.000        100.00000           5760.000000
  G25742       A         5760.000000                         0.000        100.00000           5760.000000
  G25747       A         5760.000000                         0.000        100.00000           5760.000000
  G25751       A         5760.000000                         0.000        100.00000           5760.000000
  G25774       A         5760.000000                         0.000         50.00000           2880.000000
  G25793       A         5760.000000                         0.000        100.00000           5760.000000
  G26259       A         5760.000000                         0.000        100.00000           5760.000000
  G26270       A         5760.000000                         0.000        100.00000           5760.000000
  G26311       A         5760.000000                         0.000         45.00000           2592.000000
  G26316       A         5760.000000                         0.000        100.00000           5760.000000
  G26319       A         5760.000000                         0.000         25.00000           1440.000000
  G26346       A         5760.000000                         0.000         31.50000           1814.400000
  G26352       A         5760.000000                         0.000         20.00000           1152.000000
  G26353       A         5760.000000                         0.000         20.00000           1152.000000
```

* * * * * *          UNCLASSIFIED          * * * * * *

```
LSTOWNLD              UNITED STATES DEPARTMENT OF THE INTERIOR              LEASE ADMINISTRATION
                          BUREAU OF OCEAN ENERGY MANAGEMENT                      03-FEB-2014
                                 GULF OF MEXICO REGION                           PAGE:       8
```

*Active Leases by Lessee - Detail*

```
LEASES HELD BY:   02219    Anadarko US Offshore Corporation

 Lease      Measure       Lease Area    Aliquot     Aliquot Portion       Percent     Lessee Net Portion

 G26355        A         5760.000000                          0.000       62.25000          3585.600000
 G26363        A         5760.000000                          0.000       77.00000          4435.200000
 G26366        A         5760.000000                          0.000      100.00000          5760.000000
 G26367        A         5760.000000                          0.000      100.00000          5760.000000
 G26369        A         5760.000000                          0.000      100.00000          5760.000000
 G26384        A         5760.000000                          0.000       50.00000          2880.000000
 G26392        A         5760.000000                          0.000       75.00000          4320.000000
 G26414        A         5760.000000                          0.000      100.00000          5760.000000
 G26415        A         5760.000000                          0.000      100.00000          5760.000000
 G26652        A         5760.000000                          0.000       43.42000          2500.992000
 G26657        A         5760.000000                          0.000       85.00000          4896.000000
 G26658        A         5760.000000                          0.000       85.00000          4896.000000
 G26659        A         5760.000000                          0.000      100.00000          5760.000000
 G26666        A         5760.000000                          0.000       47.50000          2736.000000
 G26669        A         5760.000000                          0.000       85.00000          4896.000000
 G26670        A         5760.000000                          0.000       47.50000          2736.000000
 G26671        A         5760.000000                          0.000       47.50000          2736.000000
 G26674        A         5760.000000                          0.000       50.00000          2880.000000
 G26677        A         5760.000000                          0.000       85.00000          4896.000000
 G26678        A         5760.000000                          0.000       85.00000          4896.000000
 G26679        A         5760.000000                          0.000       85.00000          4896.000000
 G26690        A         5760.000000                          0.000       50.00000          2880.000000
 G26694        A         5760.000000                          0.000       50.00000          2880.000000
 G26727        A         5760.000000                          0.000       50.00000          2880.000000
 G26728        A         5760.000000                          0.000       50.00000          2880.000000
 G26744        A         5760.000000                          0.000       50.00000          2880.000000
 G26745        A         5760.000000                          0.000       50.00000          2880.000000
 G26746        A         5760.000000                          0.000       50.00000          2880.000000
 G26747        A         5760.000000                          0.000       50.00000          2880.000000
 G26750        A         5760.000000                          0.000       16.67000           960.192000
 G26751        A         5760.000000                          0.000       50.00000          2880.000000
 G26753        A         5760.000000                          0.000       16.67000           960.192000
 G26754        A         5760.000000                          0.000       16.67000           960.192000
 G26771        A         5760.000000                          0.000       50.00000          2880.000000
 G27290        A         5760.000000                          0.000      100.00000          5760.000000
 G27311        A         5760.000000                          0.000      100.00000          5760.000000
 G27316        A         5760.000000                          0.000      100.00000          5760.000000
 G27347        A         5760.000000                          0.000       44.00000          2534.400000
 G27356        A         5760.000000                          0.000       50.00000          2880.000000
 G27357        A         4870.490000                          0.000      100.00000          4870.490000
 G27359        A         5760.000000                          0.000       41.80000          2407.680000
 G27365        A         5760.000000                          0.000       20.00000          1152.000000
 G27385        A         5760.000000                          0.000      100.00000          5760.000000
 G27397        A         5760.000000                          0.000      100.00000          5760.000000
 G27401        A         5760.000000                          0.000      100.00000          5760.000000
 G27402        A         5760.000000                          0.000      100.00000          5760.000000
 G27428        A         5760.000000                          0.000      100.00000          5760.000000
 G27585        A         5760.000000                          0.000       67.00000          3859.200000
 G27586        A         5760.000000                          0.000       67.00000          3859.200000

                    *   *   *   *   *           UNCLASSIFIED            *   *   *   *   *
```

```
LSTOWNLD              UNITED STATES DEPARTMENT OF THE INTERIOR           LEASE ADMINISTRATION
                         BUREAU OF OCEAN ENERGY MANAGEMENT                    03-FEB-2014
                               GULF OF MEXICO REGION                          PAGE:      9

                             Active Leases by Lessee - Detail
```

```
================================================================================================

LEASES HELD BY:    02219    Anadarko US Offshore Corporation

  Lease      Measure       Lease Area     Aliquot     Aliquot Portion       Percent      Lessee Net Portion

  G27594        A          5760.000000                         0.000         67.00000          3859.200000
  G27595        A          5760.000000                         0.000         67.00000          3859.200000
  G27601        A          5760.000000                         0.000         67.00000          3859.200000
  G27603        A          5760.000000                         0.000        100.00000          5760.000000
  G27608        A          5760.000000                         0.000        100.00000          5760.000000
  G27621        A          5760.000000                         0.000         67.00000          3859.200000
  G27652        A          5760.000000                         0.000         67.00000          3859.200000
  G27664        A          5760.000000                         0.000         67.00000          3859.200000
  G27665        A          5760.000000                         0.000         67.00000          3859.200000
  G27667        A          5760.000000                         0.000         67.00000          3859.200000
  G27670        A          5760.000000                         0.000        100.00000          5760.000000
  G27677        A          5760.000000                         0.000        100.00000          5760.000000
  G27678        A          5760.000000                         0.000        100.00000          5760.000000
  G27679        A          5760.000000                         0.000        100.00000          5760.000000
  G27682        A          5760.000000                         0.000        100.00000          5760.000000
  G27711        A          5760.000000                         0.000        100.00000          5760.000000
  G27712        A          5760.000000                         0.000         50.00000          2880.000000
  G27713        A          5760.000000                         0.000        100.00000          5760.000000
  G27714        A          5760.000000                         0.000         50.00000          2880.000000
  G27715        A          5760.000000                         0.000         50.00000          2880.000000
  G27716        A          5760.000000                         0.000         50.00000          2880.000000
  G27727        A          5760.000000                         0.000         15.00000           864.000000
  G27728        A          5760.000000                         0.000         15.00000           864.000000
  G27729        A          5760.000000                         0.000         15.00000           864.000000
  G27730        A          5760.000000                         0.000        100.00000          5760.000000
  G27779        A          5760.000000                         0.000         30.00000          1728.000000
  G27780        A          5760.000000                         0.000         30.00000          1728.000000
  G28029        A          5760.000000                         0.000         50.00000          2880.000000
  G28071        A          5760.000000                         0.000         50.00000          2880.000000
  G28078        A          5760.000000                         0.000         33.33000          1919.808000
  G28079        A          5760.000000                         0.000         33.33000          1919.808000
  G28081        A          5760.000000                         0.000         33.33000          1919.808000
  G28082        A          5760.000000                         0.000         33.33000          1919.808000
  G28084        A          5760.000000                         0.000         25.00000          1440.000000
  G28102        A          5760.000000                         0.000        100.00000          5760.000000
  G28138        A          5760.000000                         0.000        100.00000          5760.000000
  G28139        A          5760.000000                         0.000        100.00000          5760.000000
  G28140        A          5760.000000                         0.000        100.00000          5760.000000
  G28141        A          5760.000000                         0.000        100.00000          5760.000000
  G28142        A          5760.000000                         0.000        100.00000          5760.000000
  G28143        A          5760.000000                         0.000        100.00000          5760.000000
  G28144        A          5760.000000                         0.000        100.00000          5760.000000
  G28145        A          5760.000000                         0.000        100.00000          5760.000000
  G28148        A          5760.000000                         0.000        100.00000          5760.000000
  G28151        A          5760.000000                         0.000        100.00000          5760.000000
  G28155        A          5760.000000                         0.000        100.00000          5760.000000
  G28157        A          5760.000000                         0.000        100.00000          5760.000000
  G28173        A          5760.000000                         0.000        100.00000          5760.000000
  G28174        A          5760.000000                         0.000        100.00000          5760.000000

                   *  *  *  *  *  *           UNCLASSIFIED           *  *  *  *  *  *
```

```
LSTOWNLD                UNITED STATES DEPARTMENT OF THE INTERIOR          LEASE ADMINISTRATION
                           BUREAU OF OCEAN ENERGY MANAGEMENT                   03-FEB-2014
                                  GULF OF MEXICO REGION                     PAGE:       10

                              Active Leases by Lessee - Detail
```

```
============================================================================================

LEASES HELD BY:    02219    Anadarko US Offshore Corporation

  Lease     Measure       Lease Area    Aliquot    Aliquot Portion       Percent    Lessee Net Portion

  G28179       A         5760.000000                         0.000     100.00000         5760.000000
  G28185       A         5760.000000                         0.000     100.00000         5760.000000
  G28186       A         5760.000000                         0.000     100.00000         5760.000000
  G28187       A         5760.000000                         0.000     100.00000         5760.000000
  G28188       A         5760.000000                         0.000     100.00000         5760.000000
  G28189       A         5760.000000                         0.000     100.00000         5760.000000
  G28190       A         5760.000000                         0.000     100.00000         5760.000000
  G30733       A         5760.000000                         0.000      50.00000         2880.000000
  G30736       A         5760.000000                         0.000      50.00000         2880.000000
  G30741       A         5760.000000                         0.000      50.00000         2880.000000
  G30742       A         5760.000000                         0.000      67.00000         3859.200000
  G30743       A         5760.000000                         0.000     100.00000         5760.000000
  G30744       A         5760.000000                         0.000      50.00000         2880.000000
  G30745       A         5760.000000                         0.000      50.00000         2880.000000
  G30748       A         5760.000000                         0.000      50.00000         2880.000000
  G30749       A         5760.000000                         0.000      50.00000         2880.000000
  G30753       A         5760.000000                         0.000      50.00000         2880.000000
  G30754       A         5760.000000                         0.000      50.00000         2880.000000
  G30762       A         5760.000000                         0.000      50.00000         2880.000000
  G30763       A         5760.000000                         0.000      50.00000         2880.000000
  G30798       A         5760.000000                         0.000      38.89000         2240.064000
  G30801       A         5760.000000                         0.000      67.00000         3859.200000
  G30804       A         5760.000000                         0.000      38.89000         2240.064000
  G30806       A         5760.000000                         0.000      66.67000         3840.192000
  G30807       A         5760.000000                         0.000      66.67000         3840.192000
  G30822       A         5760.000000                         0.000      66.67000         3840.192000
  G30830       A         5760.000000                         0.000      66.67000         3840.192000
  G30832       A         5760.000000                         0.000      50.00000         2880.000000
  G30835       A         5760.000000                         0.000     100.00000         5760.000000
  G30861       A         5760.000000                         0.000     100.00000         5760.000000
  G30862       A         5760.000000                         0.000     100.00000         5760.000000
  G30881       A         5760.000000                         0.000     100.00000         5760.000000
  G30890       A          985.600000                         0.000     100.00000          985.600000
  G30896       A         5760.000000                         0.000     100.00000         5760.000000
  G30898       A         5760.000000                         0.000     100.00000         5760.000000
  G30901       A         5760.000000                         0.000     100.00000         5760.000000
  G30943       A         5760.000000                         0.000     100.00000         5760.000000
  G30944       A         5760.000000                         0.000     100.00000         5760.000000
  G30955       A         5760.000000                         0.000     100.00000         5760.000000
  G30962       A         5760.000000                         0.000     100.00000         5760.000000
  G30973       A         5760.000000                         0.000     100.00000         5760.000000
  G31096       A         5760.000000                         0.000      50.00000         2880.000000
  G31099       A         5760.000000                         0.000      50.00000         2880.000000
  G31154       A         5760.000000                         0.000      50.00000         2880.000000
  G31155       A         5760.000000                         0.000      50.00000         2880.000000
  G31157       A         5760.000000                         0.000     100.00000         5760.000000
  G31175       A         5760.000000                         0.000     100.00000         5760.000000
  G31246       A         5760.000000                         0.000      25.00000         1440.000000
  G31534       A         5760.000000                         0.000      18.67000         1075.392000

                    *   *   *   *   *   *        UNCLASSIFIED         *   *   *   *   *   *
```

*Active Leases by Lessee - Detail*

```
LEASES HELD BY:    02219    Anadarko US Offshore Corporation

  Lease      Measure        Lease Area     Aliquot      Aliquot Portion        Percent      Lessee Net Portion

  G31535       A           5760.000000                         0.000          66.67000           3840.192000
  G31575       A           5760.000000                         0.000          50.00000           2880.000000
  G31576       A           5760.000000                         0.000          50.00000           2880.000000
  G31577       A           5760.000000                         0.000          50.00000           2880.000000
  G31583       A           5760.000000                         0.000          50.00000           2880.000000
  G31584       A           5760.000000                         0.000          50.00000           2880.000000
  G31585       A           5760.000000                         0.000          50.00000           2880.000000
  G31600       A           5333.750000                         0.000          50.00000           2666.875000
  G31601       A           5760.000000                         0.000          50.00000           2880.000000
  G31616       A           5760.000000                         0.000         100.00000           5760.000000
  G31687       A           5760.000000                         0.000          22.50000           1296.000000
  G31760       A           5760.000000                         0.000          25.00000           1440.000000
  G31778       A           5760.000000                         0.000         100.00000           5760.000000
  G31779       A           5760.000000                         0.000         100.00000           5760.000000
  G31798       A           5760.000000                         0.000          25.00000           1440.000000
  G31808       A           5760.000000                         0.000          50.00000           2880.000000
  G31834       A           5760.000000                         0.000          55.00000           3168.000000
  G31835       A           5760.000000                         0.000          66.66670           3840.001920
  G31838       A           5760.000000                         0.000          66.66670           3840.001920
  G31839       A           5760.000000                         0.000          66.66670           3840.001920
  G31846       A           5760.000000                         0.000          53.33340           3072.003840
  G31918       A           5760.000000                         0.000         100.00000           5760.000000
  G31938       A           5760.000000                         0.000          30.00000           1728.000000
  G31943       A           5760.000000                         0.000          15.00000            864.000000
  G31945       A           5760.000000                         0.000          15.00000            864.000000
  G31964       A           5760.000000                         0.000         100.00000           5760.000000
  G31974       A           5760.000000                         0.000         100.00000           5760.000000
  G31976       A           5760.000000                         0.000         100.00000           5760.000000
  G32027       A           5760.000000                         0.000          50.00000           2880.000000
  G32028       A           5760.000000                         0.000          50.00000           2880.000000
  G32029       A           5760.000000                         0.000          50.00000           2880.000000
  G32030       A           5760.000000                         0.000          50.00000           2880.000000
  G32032       A           5760.000000                         0.000          50.00000           2880.000000
  G32033       A           5760.000000                         0.000          50.00000           2880.000000
  G32034       A           5760.000000                         0.000          50.00000           2880.000000
  G32299       A           5760.000000                         0.000         100.00000           5760.000000
  G32398       A           5760.000000                         0.000          50.00000           2880.000000
  G32399       A           5760.000000                         0.000          50.00000           2880.000000
  G32402       A           5760.000000                         0.000          75.00000           4320.000000
  G32406       A           5760.000000                         0.000         100.00000           5760.000000
  G32411       A           5760.000000                         0.000         100.00000           5760.000000
  G32440       A           5760.000000                         0.000          25.00000           1440.000000
  G32504       A           5760.000000                         0.000          25.00000           1440.000000
  G32510       A           5760.000000                         0.000          25.00000           1440.000000
  G32555       A           5760.000000                         0.000          66.67000           3840.192000
  G32556       A           5760.000000                         0.000          50.00000           2880.000000
  G32589       A           5760.000000                         0.000          50.00000           2880.000000
  G32590       A           5760.000000                         0.000          50.00000           2880.000000
  G32611       A           5760.000000                         0.000          12.50000            720.000000

                    *  *  *  *  *  *          UNCLASSIFIED          *  *  *  *  *  *
```

```
LSTOWNLD            UNITED STATES DEPARTMENT OF THE INTERIOR            LEASE ADMINISTRATION
                       BUREAU OF OCEAN ENERGY MANAGEMENT                    03-FEB-2014
                              GULF OF MEXICO REGION                         PAGE:      12

                          Active Leases by Lessee - Detail
```

```
LEASES HELD BY:    02219    Anadarko US Offshore Corporation

  Lease      Measure      Lease Area    Aliquot    Aliquot Portion       Percent      Lessee Net Portion

  G32615        A        5760.000000                          0.000      80.00000          4608.000000
  G32639        A        5760.000000                          0.000      15.00000           864.000000
  G32659        A        5760.000000                          0.000     100.00000          5760.000000
  G32788        A        5760.000000                          0.000      50.00000          2880.000000
  G32789        A        5760.000000                          0.000      50.00000          2880.000000
  G32790        A        5760.000000                          0.000      50.00000          2880.000000
  G32791        A        5760.000000                          0.000      50.00000          2880.000000
  G32792        A        5760.000000                          0.000      50.00000          2880.000000
  G32801        A        5760.000000                          0.000      70.00000          4032.000000
  G32807        A        5760.000000                          0.000      70.00000          4032.000000
  G32808        A        5760.000000                          0.000      70.00000          4032.000000
  G32815        A        5760.000000                          0.000      50.00000          2880.000000
  G32818        A        5760.000000                          0.000      50.00000          2880.000000
  G32822        A        5760.000000                          0.000      50.00000          2880.000000
  G32878        A        5760.000000                          0.000     100.00000          5760.000000
  G32879        A        5760.000000                          0.000     100.00000          5760.000000
  G32888        A        5760.000000                          0.000     100.00000          5760.000000
  G32889        A        5760.000000                          0.000     100.00000          5760.000000
  G32912        A        5760.000000                          0.000     100.00000          5760.000000
  G32913        A        5760.000000                          0.000     100.00000          5760.000000
  G32969        A        5760.000000                          0.000     100.00000          5760.000000
  G32970        A        5760.000000                          0.000     100.00000          5760.000000
  G33202        A        5760.000000                          0.000     100.00000          5760.000000
  G33217        A        5760.000000                          0.000      80.00000          4608.000000
  G33218        A        5760.000000                          0.000      80.00000          4608.000000
  G33259        A        5760.000000                          0.000      25.00000          1440.000000
  G33323        A        5760.000000                          0.000     100.00000          5760.000000
  G33326        A        5760.000000                          0.000     100.00000          5760.000000
  G33344        A        5760.000000                          0.000     100.00000          5760.000000
  G33345        A        5760.000000                          0.000     100.00000          5760.000000
  G33369        A        5760.000000                          0.000     100.00000          5760.000000
  G33435        A        5760.000000                          0.000     100.00000          5760.000000
  G33436        A        5760.000000                          0.000     100.00000          5760.000000
  G33441        A        5760.000000                          0.000     100.00000          5760.000000
  G33465        A        5760.000000                          0.000      50.00000          2880.000000
  G33466        A        5760.000000                          0.000      50.00000          2880.000000
  G33710        A        5760.000000                          0.000      80.00000          4608.000000
  G33769        A        5760.000000                          0.000      50.00000          2880.000000
  G33799        A        5760.000000                          0.000      55.00000          3168.000000
  G33813        A        5760.000000                          0.000      80.00000          4608.000000
  G33814        A        5760.000000                          0.000      80.00000          4608.000000
  G33862        A        5760.000000                          0.000      50.00000          2880.000000
  G33863        A        5760.000000                          0.000      50.00000          2880.000000
  G33866        A        5760.000000                          0.000      50.00000          2880.000000
  G33867        A        5760.000000                          0.000      50.00000          2880.000000
  G33872        A        5760.000000                          0.000     100.00000          5760.000000
  G33873        A        5760.000000                          0.000     100.00000          5760.000000
  G33874        A        5760.000000                          0.000     100.00000          5760.000000
  G33875        A        5760.000000                          0.000     100.00000          5760.000000
```

*  *  *  *  *  *          **UNCLASSIFIED**          *  *  *  *  *  *

*Active Leases by Lessee - Detail*

```
LEASES HELD BY:   02219    Anadarko US Offshore Corporation

  Lease      Measure       Lease Area   Aliquot    Aliquot Portion        Percent      Lessee Net Portion

  G33876       A          5760.000000                        0.000       100.00000          5760.000000
  G33877       A          5760.000000                        0.000       100.00000          5760.000000
  G33878       A          5760.000000                        0.000       100.00000          5760.000000
  G33879       A          5760.000000                        0.000       100.00000          5760.000000
  G33883       A          5760.000000                        0.000       100.00000          5760.000000
  G33885       A          5760.000000                        0.000       100.00000          5760.000000
  G33886       A          5760.000000                        0.000       100.00000          5760.000000
  G33914       A          5760.000000                        0.000        41.67000          2400.192000
  G33915       A          5760.000000                        0.000        41.67000          2400.192000
  G33917       A          5760.000000                        0.000        41.67000          2400.192000
  G33919       A          5760.000000                        0.000        41.67000          2400.192000
  G33920       A          5760.000000                        0.000        41.67000          2400.192000
  G33922       A          5760.000000                        0.000        41.67000          2400.192000
  G33923       A          5760.000000                        0.000        41.67000          2400.192000
  G33926       A          5760.000000                        0.000        41.67000          2400.192000
  G33930       A          5760.000000                        0.000        41.67000          2400.192000
  G33931       A          5760.000000                        0.000        41.67000          2400.192000
  G33937       A          5760.000000                        0.000        41.67000          2400.192000
  G33938       A          5760.000000                        0.000        41.67000          2400.192000
  G33939       A          5760.000000                        0.000        50.00000          2880.000000
  G33940       A          5760.000000                        0.000        41.67000          2400.192000
  G33943       A          5760.000000                        0.000        41.67000          2400.192000
  G33946       A          5760.000000                        0.000        50.00000          2880.000000
  G33980       A          5760.000000                        0.000        41.67000          2400.192000
  G33981       A          5760.000000                        0.000        41.67000          2400.192000
  G33982       A          5760.000000                        0.000        63.33000          3647.808000
  G33983       A          5760.000000                        0.000        63.33000          3647.808000
  G33985       A          5760.000000                        0.000        41.67000          2400.192000
  G33986       A          5760.000000                        0.000        41.67000          2400.192000
  G33989       A          5760.000000                        0.000        41.67000          2400.192000
  G33998       A          5760.000000                        0.000        41.67000          2400.192000
  G33999       A          5760.000000                        0.000        41.67000          2400.192000
  G34011       A          5760.000000                        0.000        30.00000          1728.000000
  G34012       A          5760.000000                        0.000        30.00000          1728.000000
  G34013       A          5760.000000                        0.000        30.00000          1728.000000
  G34014       A          5760.000000                        0.000        30.00000          1728.000000
  G34073       A          5760.000000                        0.000       100.00000          5760.000000
  G34074       A          5760.000000                        0.000       100.00000          5760.000000
  G34081       A          5760.000000                        0.000       100.00000          5760.000000
  G34082       A          5760.000000                        0.000       100.00000          5760.000000
  G34098       A          5760.000000                        0.000       100.00000          5760.000000
  G34099       A          5760.000000                        0.000       100.00000          5760.000000
  G34100       A          5760.000000                        0.000        50.00000          2880.000000
  G34418       A          5760.000000                        0.000        80.00000          4608.000000
  G34467       A          5760.000000                        0.000        50.00000          2880.000000
  G34491       A          5760.000000                        0.000       100.00000          5760.000000
  G34492       A          5760.000000                        0.000       100.00000          5760.000000
  G34510       A          5760.000000                        0.000        50.00000          2880.000000
  G34513       A          5760.000000                        0.000        50.00000          2880.000000

                    *  *  *  *  *  *         UNCLASSIFIED         *  *  *  *  *  *
```

*Active Leases by Lessee - Detail*

```
LEASES HELD BY:   02219    Anadarko US Offshore Corporation

  Lease     Measure      Lease Area    Aliquot    Aliquot Portion      Percent      Lessee Net Portion

  G34514       A        5760.000000                       0.000       100.00000          5760.000000
  G34532       A        5760.000000                       0.000        80.00000          4608.000000
  G34533       A        5760.000000                       0.000        80.00000          4608.000000
  G34534       A        5760.000000                       0.000        80.00000          4608.000000
  G34535       A        5760.000000                       0.000        80.00000          4608.000000
  G34557       A        5760.000000                       0.000       100.00000          5760.000000
  G34630       A        5760.000000                       0.000        35.00000          2016.690000
  G34902       A        5760.000000                       0.000       100.00000          5760.000000
  G34913       A        5760.000000                       0.000       100.00000          5760.000000
  G34918       A        5760.000000                       0.000       100.00000          5760.000000
  G34919       A        5760.000000                       0.000       100.00000          5760.000000
  G34922       A        5760.000000                       0.000       100.00000          5760.000000
  G34923       A        5760.000000                       0.000       100.00000          5760.000000
  G34924       A        5760.000000                       0.000       100.00000          5760.000000
  G34925       A        5760.000000                       0.000       100.00000          5760.000000
  G34926       A        5760.000000                       0.000       100.00000          5760.000000
  G34927       A        5760.000000                       0.000       100.00000          5760.000000
  G34936       A        5760.000000                       0.000        50.00000          2880.000000
  G34937       A        5760.000000                       0.000        50.00000          2880.000000
  G34955       A        5760.000000                       0.000       100.00000          5760.000000
  G34984       A        5760.000000                       0.000        55.00000          3168.000000
  G34992       A        5760.000000                       0.000        55.00000          3168.000000
  G35008       A        5760.000000                       0.000       100.00000          5760.000000
  G35014       A        5760.000000                       0.000       100.00000          5760.000000
  G35016       A        5760.000000                       0.000       100.00000          5760.000000
  G35017       A        5760.000000                       0.000       100.00000          5760.000000
  G35018       A        5760.000000                       0.000       100.00000          5760.000000
  G35021       A        5760.000000                       0.000       100.00000          5760.000000
  G35023       A        5760.000000                       0.000       100.00000          5760.000000
  G35024       A        5760.000000                       0.000        50.00000          2880.000000
  G35025       A        5760.000000                       0.000        50.00000          2880.000000
  G35026       A        5760.000000                       0.000        50.00000          2880.000000
  G35027       A        5760.000000                       0.000        50.00000          2880.000000
  G35028       A        5760.000000                       0.000        50.00000          2880.000000
  G35038       A        5760.000000                       0.000       100.00000          5760.000000
  G35044       A        5760.000000                       0.000       100.00000          5760.000000
  G35115       A        5760.000000                       0.000       100.00000          5760.000000
  G35116       A        5760.000000                       0.000       100.00000          5760.000000
  G35117       A        5760.000000                       0.000       100.00000          5760.000000

  TOTAL ACRES          2451481.020000           TOTAL NET PORTION (ACRES)          1622431.361192
  TOTAL HECTARES        992080.702535           TOTAL NET PORTION (HECTARES)        656575.690978


LEASES HELD BY:   03051    AnaTexas Offshore, Inc.
 NO RECORDS FOUND
LEASES HELD BY:   02345    Anderson Offshore Exploration Company,
                           L.L.C.
 NO RECORDS FOUND
LEASES HELD BY:   02432    Andex Resources, L.L.C.
```

       \* \* \* \* \* \*      **UNCLASSIFIED**      \* \* \* \* \* \*

LSTOWNLD                UNITED STATES DEPARTMENT OF THE INTERIOR           LEASE ADMINISTRATION
                           BUREAU OF OCEAN ENERGY MANAGEMENT                   03-FEB-2014
                                   GULF OF MEXICO REGION                       PAGE:      15

                            *Active Leases by Lessee - Detail*

```
LEASES HELD BY:   02432    Andex Resources, L.L.C.
 NO RECORDS FOUND
LEASES HELD BY:   02911    Andromeda Resources II, LLC
 NO RECORDS FOUND
LEASES HELD BY:   02912    Andromeda Resources III, LLC
 NO RECORDS FOUND
LEASES HELD BY:   02676    Andromeda Resources, LLC
 NO RECORDS FOUND
LEASES HELD BY:   03233    Anglo-Suisse Resources, LLC
 NO RECORDS FOUND
LEASES HELD BY:   03163    Anglo-Suisse Development Partners, LLC
 NO RECORDS FOUND
LEASES HELD BY:   02693    ANGLO-SUISSE, INC.
 NO RECORDS FOUND
LEASES HELD BY:   02738    Anglo-Suisse Offshore Partners, LLC
```

| Lease   | Measure | Lease Area    | Aliquot | Aliquot Portion | Percent   | Lessee Net Portion |
|---------|---------|---------------|---------|-----------------|-----------|--------------------|
| G01101  | A       | 5000.000000   |         | 0.000           | 100.00000 | 5000.000000        |
| G09690  | A       | 5080.600000   |         | 0.000           | 100.00000 | 5080.600000        |
| **TOTAL ACRES** |  | 10080.600000 |   | **TOTAL NET PORTION (ACRES)**    | | 10080.600000 |
| **TOTAL HECTARES** | | 4079.480383 | | **TOTAL NET PORTION (HECTARES)** | | 4079.480383 |

```
LEASES HELD BY:   02739    Anglo-Suisse Offshore Pipeline Partners, LLC
 NO RECORDS FOUND
LEASES HELD BY:   02981    ANKOR E&P Holdings Corporation
```

| Lease  | Measure | Lease Area  | Aliquot | Aliquot Portion | Percent  | Lessee Net Portion |
|--------|---------|-------------|---------|-----------------|----------|--------------------|
| 00577  | A       | 2500.000000 |         | 0.000           | 67.00000 | 1675.000000        |
| 00807  | A       | 5000.000000 | C       | 0.000           | 50.25000 | 0.000000           |
| 00830  | A       | 5000.000000 |         | 0.000           | 50.50000 | 2525.000000        |
| 00831  | A       | 5000.000000 |         | 0.000           | 50.50000 | 2525.000000        |
| 00832  | A       | 5000.000000 |         | 0.000           | 50.50000 | 2525.000000        |
| G01022 | A       | 5000.000000 |         | 0.000           | 50.50000 | 2525.000000        |
| G01134 | A       | 4706.280000 |         | 0.000           | 50.50000 | 2376.671400        |
| G01184 | A       | 5000.000000 | A       | 0.000           | 40.00000 | 0.000000           |
| G01184 | A       | 5000.000000 | B       | 0.000           | 80.00000 | 0.000000           |
| G01187 | A       | 5000.000000 |         | 0.000           | 50.50000 | 2525.000000        |
| G01201 | A       | 5000.000000 |         | 0.000           | 50.50000 | 2525.000000        |
| G01204 | A       | 2500.000000 |         | 0.000           | 50.50000 | 1262.500000        |
| G01205 | A       | 5000.000000 |         | 0.000           | 50.50000 | 2525.000000        |
| G01568 | A       | 5000.000000 | A       | 0.000           | 2.19602  | 0.000000           |
| G02404 | A       | 5760.000000 |         | 0.000           | 1.43062  | 82.403712          |
| G02601 | A       | 5000.000000 |         | 0.000           | 65.32500 | 3266.250000        |
| G02895 | A       | 3864.070000 |         | 0.000           | 65.32500 | 2524.203728        |
| G03171 | A       | 5000.000000 |         | 0.000           | 21.29228 | 1064.614000        |
| G03241 | A       | 5760.000000 |         | 0.000           | 13.36000 | 769.536000         |
| G03414 | A       | 2500.000000 |         | 0.000           | 10.05000 | 251.250000         |
| G03587 | A       | 5000.000000 |         | 0.000           | 17.09371 | 854.685500         |
| G13606 | A       | 5000.000000 |         | 0.000           | 67.00000 | 3350.000000        |
| G15277 | A       | 5000.000000 |         | 0.000           | 67.00000 | 3350.000000        |
| G17935 | A       | 5000.000000 |         | 0.000           | 50.50000 | 2525.000000        |
| G18043 | A       | 5000.000000 |         | 0.000           | 22.33333 | 1116.666500        |