# Exhibit 8

To United States' Memorandum in Support of Motion for Discovery Regarding the Financial Information and Activities of Subsidiaries and Affiliates as Relevant to the Economic Impact of a Clean Water Act Penalty on Anadarko Petroleum

```
                                                                               Date  10-JAN-2012
                                        Serial Register Page
                                                                               Page  5
OCS-G25234
Current Status  SOO              Central Gulf of Mexico        Sale#  185    Sale Date MAR 19, 2003


09-JAN-2012    Record title interest is now held as follows, effective 10/01/2011:

               Shell Offshore Inc.                                              70.00000 %
               Anadarko US Offshore Corporation                                 15.00000 %
               INPEX Gulf of Mexico Co., Ltd.                                   15.00000 %

09-JAN-2012    Anadarko US Offshore Corporation designates Anadarko Petroleum Corporation as operator.
               N1/2N1/2 of Block 96, Walker Ridge from surface to 50000' TVD.
09-JAN-2012    Anadarko US Offshore Corporation designates Shell Offshore Inc. as operator.
               S1/2N1/2; S1/2; N1/2N1/2 of Block 96, Walker Ridge from 50000' TVD and below.
```

OCS-G25234

\* \* \* \* \* \*   UNCLASSIFIED   \* \* \* \* \* \*

**ANADARKO PETROLEUM CORPORATION**   1201 LAKE ROBBINS DRIVE • THE WOODLANDS, TEXAS 77380
P.O. BOX 1330 • HOUSTON, TEXAS 77251-1300


Petroleum Corporation

November 28, 2011

United States Department of the Interior
Bureau of Ocean Energy Management
Adjudication Unit – Mail Stop (MS) 5421
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394

RECEIVED
NOV 3 0 2011
ADJUDICATION UNIT
MS 5421

RE: OCS-G 25234, Walker Ridge, Block 96

To Whom It May Concern:

Anadarko Petroleum Corporation (00981) submits the following for your review and approval:

| MMS Form Number | Form Title | Description | Area/Block Affected |
|---|---|---|---|
| BOEMRE-150 (2 Originals) | Assignment of Record Title Interest in Federal OCS Oil and Gas Lease – G25234 | Anadarko Petroleum Corporation (00981) conveys 15.00000% interest unto Anadarko US Offshore Corporation (02219). | Walker Ridge, Block 96 |
| BOEMRE-1123 (2 Originals) | Designation of Operator in Federal OCS Oil and Gas Lease – G25234 | Anadarko US Offshore Corporation (02219) designates Anadarko Petroleum Corporation (00981) (N1/2 N1/2 from surface to 50,000' TVD). | Walker Ridge, Block 96 |
| BOEMRE-1123 (2 Originals) | Designation of Operator in Federal OCS Oil and Gas Lease – G25234 | Anadarko US Offshore Corporation (02219) designates Shell Offshore Inc. (00689) (S1/2 N1/2; S1/2; N1/2 N1/2 below 50,000' TVD). | Walker Ridge, Block 96 |

A filing fee of $186.00 for Assignment of Record Title Interest was paid through Pay.Gov. The tracking ID is 74238595037. The receipt is enclosed.

A filing fee of $164.00 for Designation of Operator was paid through Pay.Gov. The tracking ID is 74238595184. This receipt is also enclosed.

Please return to the undersigned one (1) original each of the above MMS forms evidencing BOEM approval. For further information or questions, please contact Reid Elliott at 832-636-4708 or by email at reid.elliott@anadarko.com.

Sincerely,

Reid G. Elliott
Land - Gulf of Mexico
Entity Consolidation Project

U. S. Department of the Interior
Bureau of Ocean Energy Management,
Regulation and Enforcement

RECEIVED NOV 3 0 2011 ADJUDICATION UNIT MS 5421

OMB Control Number: 1010-0006
OMB Approval Expires: March 31, 2014

OCS-G 25234
Lease No.

June 1, 2003
Lease Effective Date

New Lease No. (BOEMRE Use Only)

## ASSIGNMENT OF RECORD TITLE INTEREST IN FEDERAL OCS OIL AND GAS LEASE

---

**Part A: Assignment**

---

**Legal description of the OCS oil and gas lease or the officially designated subdivision of the lease being assigned:**

All of Block 96, Walker Ridge

Assignor(s) does (do) hereby sell, assign, transfer, and convey unto Assignee(s) the following undivided right, title and interest (insert name and qualification number of each Assignor and Assignee below):

| **Assignor(s):** | **Percentage Interest Conveyed** |
|---|---|
| Anadarko Petroleum Corporation (00981) | 15.00000% |

| **Assignee(s):** | **Percentage Interest Received** |
|---|---|
| Anadarko US Offshore Corporation (02219) | 15.00000% |

**The approval of this assignment is restricted to record title interest only.**

☐ Exhibit "A," which sets forth other provisions between Assignor(s) and Assignee(s), is attached to and made a part of this assignment.

---

### For BOEMRE use only

This Assignment of Record Title Interest has been filed as of the date stamped on this document and is hereby approved by the Bureau of Ocean Energy Management, Regulation and Enforcement on the date shown below.

By _Susan B. Hope_  | Acting Supervisor, Adjudication Section | JAN 0 9 2012
Authorized Official for BOEMRE | Title | BOEMRE Approval Date

---

**Paperwork Reduction Act of 1995 (PRA) Statement:** The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that we collect this information to use in the adjudication process involved in leasing and lease operations. BOEMRE uses the information to track ownership of leases in the Federal OCS. Responses are required to obtain or retain a benefit. Proprietary data are covered under section 26 of the OCSLA, 30 CFR 256.10, and in accordance with regulations in 30 CFR parts 250,251, and 252.. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden of this form is estimated to average 30 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 5438, Bureau of Ocean Energy Management, Regulation and Enforcement, 1849 C Street, NW, Washington, DC 20240.

## Part B: Certification and Acceptance

1. Each Assignor certifies it is the owner of the record title interest in the above-described lease that is hereby assigned to the Assignee(s) specified above.

2. **DEBARMENT COMPLIANCE**: Each Assignor and Assignee certifies its compliance with the Department of the Interior's nonprocurement debarment and suspension regulations at 2 CFR Subtitle B, Part 1400, and agree to communicate the requirement to comply with these regulations to persons with whom it does business related to this record title interest assignment by including the terms of the regulations in its contracts and transactions.

3. **EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION COMPLIANCE CERTIFICATION**: Each Assignor and Assignee certifies that it is in full compliance with Equal Opportunity Executive Order 11246, as amended, and the implementing regulations at 41 CFR 60-01 – Obligations of Contractors and Subcontractors; and 41 CFR 60-2 – Affirmative Action Programs.

4. **QUALIFICATIONS of ASSIGNOR(S) and ASSIGNEE(S)**: Each Assignor and Assignee certifies that it: is established and officially recognized by the Bureau of Ocean Energy Management, Regulation and Enforcement as qualified and authorized to bid on, acquire interests in, and hold OCS oil and gas leases; is exercising and meeting due diligence requirements on any other OCS lease in accordance with section 8 of the OCSLA, as amended (43 U.S.C. 1337(d)); is in good standing with acceptable operating performance as required by 30 CFR 250 and 256; is not disqualified by BOEMRE from acquiring any new OCS leases or assigned interest(s) in existing leases because of unacceptable operating performance on any other OCS lease; is not failing to meet or exercise due diligence (as determined by BOEMRE after notice and opportunity for a hearing under 30 CFR part 290, subpart A); and is not restricted from bidding or acquiring interests in the lease or officially designated subdivision, therein, or grouped with any other entities on the restricted joint bidders list.

5. Assignee's execution of this assignment constitutes acceptance of all applicable terms, conditions, stipulations and restrictions pertaining to the lease described herein. Applicable terms and conditions include, but are not limited to, an obligation to conduct all operations on the leasehold in accordance with the terms and conditions of the lease, to condition all wells for proper abandonment, to restore the leased lands upon completion of any operations as described in the lease, and to furnish and maintain bond(s) pursuant to regulations at 30 CFR 250 and 256. This assignment is subject to the Outer Continental Shelf Lands Act of August 7, 1953, 67 Stat. 462; 43 U.S.C. 1331 et seq., as amended (the "Act"), and Assignee(s) is (are) subject to, and shall fully comply with, all applicable regulations now or to be issued under the Act. Notwithstanding any agreement between the Assignor(s) and Assignee(s), the parties' liability to the Bureau of Ocean Energy Management, Regulation and Enforcement is governed by 30 CFR 250 through 256.

This Assignment of Record Title Interest will be made effective between the parties hereto as of __October 1, 2011__, upon approval by the Bureau of Ocean Energy Management, Regulation and Enforcement, United States Department of the Interior.

This instrument may be executed in any number of counterparts, each of which will be deemed an original instrument, but all of which together shall constitute but one and the same instrument provided, however, this instrument and any other counterpart hereof, will not be binding unless and until executed by all of the parties, and will not be accepted by the Bureau of Ocean Energy Management, Regulation and Enforcement unless all counterparts are filed simultaneously.

By signing this document, you certify that your statements made herein are true, complete and correct to the best of your knowledge and belief and are made in good faith.

Title 18 U.S.C. Sec. 1001 makes it a crime for any person knowingly and willfully to make to any Department or agency of the United States any false, fictitious or fraudulent statements or representations as to any matter within its jurisdiction.

**Assignor Name:** Anadarko Petroleum Corporation  
**Assignor Qualification No.** 00981

By: _____  
Signatory Name: Jim W. Bryan  
Signatory Title: Agent and Attorney-in-Fact

November 28, 2011  
Execution Date

**Assignor Name:**  
**Assignor Qualification No.**

By: _____  
Signatory Name:  
Signatory Title:

_____  
Execution Date

**Assignee Name:** Anadarko US Offshore Corporation  
**Assignee Qualification No.** 02219

By: _____  
Signatory Name: Steve Wallace  
Signatory Title: Agent and Attorney-in-Fact

November 28, 2011  
Execution Date

**Assignee Name:**  
**Assignee Qualification No.**

By: _____  
Signatory Name:  
Signatory Title:

_____  
Execution Date

**BOEMRE** FORM MMS-150 (March 2011–Supersedes all previous editions of form MMS-150 which may not be used)   Page 2 of 2

```
                                                                                    Date  09-JAN-2012
                                        Serial Register Page
                                                                                    Page  1
OCS-G25793
Current Status SOO              Western Gulf of Mexico           Sale#  187      Sale Date AUG 20, 2003

           Bonus Bid        Initial Acreage      Current Acreage     Per Acre Amt.    Royalty Rate      Rental
           256060.000       5760.000000          5760.000000          44.45           12.5              7.50
```

**Original Lessee(s):**

Anadarko Petroleum Corporation                                                              33.33000 %
BP Exploration & Production Inc.                                                            66.67000 %

**Description:**

All of Block 339, Keathley Canyon, OCS Official Protraction Diagram, NG15-05


01-DEC-2003     Date of lease: 12/01/2003.   Expected expiration date: 11/30/2013

12-NOV-2003     Anadarko Petroleum Corporation designates BP Exploration & Production Inc. as operator.
                All of Block 339, Keathley Canyon.

24-JUN-2005     Record title interest is now held as follows, effective 12/01/2003:

                Anadarko Petroleum Corporation                                               50.00000 %
                BP Exploration & Production Inc.                                             50.00000 %

23-DEC-2010     Record title interest is now held as follows, effective 09/01/2010:

                Anadarko Petroleum Corporation                                              100.00000 %

23-DEC-2010     Anadarko Petroleum Corporation designates Anadarko Petroleum Corporation as operator.
                ALL OF BLOCK 339, Keathley Canyon.

21-SEP-2011     Suspension of operations approved from 05/28/2010 thru 05/27/2011.

09-JAN-2012     Record title interest is now held as follows, effective 10/01/2011:

                Anadarko US Offshore Corporation                                            100.00000 %

09-JAN-2012     Anadarko US Offshore Corporation designates Anadarko Petroleum Corporation as operator.
                ALL OF BLOCK 339, Keathley Canyon.

                                                                                            OCS-G25793

                        * * * * * *        UNCLASSIFIED         * * * * * *

ANADARKO PETROLEUM CORPORATION   1201 LAKE ROBBINS DRIVE • THE WOODLANDS, TEXAS 77380

P.O. BOX 1330 • HOUSTON, TEXAS 77251-1300


Petroleum Corporation

November 28, 2011

United States Department of the Interior
Bureau of Ocean Energy Management
Adjudication Unit – Mail Stop (MS) 5421
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394

RECEIVED NOV 3 0 2011 ADJUDICATION UNIT MS 5421

RE:   OCS-G 25793, Keathley Canyon, Block 339

To Whom It May Concern:

Anadarko Petroleum Corporation (00981) submits the following for your review and approval:

| MMS Form Number | Form Title | Description | Area/Block Affected |
|---|---|---|---|
| BOEMRE-150 (2 Originals) | Assignment of Record Title Interest in Federal OCS Oil and Gas Lease – G25793 | Anadarko Petroleum Corporation (00981) conveys 100.00000% interest unto Anadarko US Offshore Corporation (02219). | Keathley Canyon, Block 339 |
| BOEMRE-1123 (2 Originals) | Designation of Operator in Federal OCS Oil and Gas Lease – G25793 | Anadarko US Offshore Corporation (02219) designates Anadarko Petroleum Corporation (00981). | Keathley Canyon, Block 339 |

A filing fee of $186.00 for Assignment of Record Title Interest was paid through Pay.Gov. The tracking ID is 74240294661. The receipt is enclosed.

A filing fee of $164.00 for Designation of Operator was paid through Pay.Gov. The tracking ID is 74240294862. This receipt is also enclosed.

Please return to the undersigned one (1) original each of the above MMS forms evidencing BOEM approval. For further information or questions, please contact Reid Elliott at 832-636-4708 or by email at reid.elliott@anadarko.com.

Sincerely,

Reid G. Elliott
Land - Gulf of Mexico
Entity Consolidation

**U. S. Department of the Interior**
**Bureau of Ocean Energy Management,**
**Regulation and Enforcement**

RECEIVED NOV 3 0 2011 ADJUDICATION UNIT MS 5421

OMB Control Number: 1010-0006
OMB Approval Expires: March 31, 2014

OCS-G 25793
Lease No.

December 1, 2003
Lease Effective Date

**ASSIGNMENT OF RECORD TITLE INTEREST IN FEDERAL OCS OIL AND GAS LEASE**

New Lease No. (BOEMRE Use Only)

---

**Part A: Assignment**

**Legal description of the OCS oil and gas lease or the officially designated subdivision of the lease being assigned:**

All of Block 339, Keathley Canyon

Assignor(s) does (do) hereby sell, assign, transfer, and convey unto Assignee(s) the following undivided right, title and interest (insert name and qualification number of each Assignor and Assignee below):

**Assignor(s):**  **Percentage Interest Conveyed**

Anadarko Petroleum Corporation (00981)   100.00000%

**Assignee(s):**  **Percentage Interest Received**

Anadarko US Offshore Corporation (02219)   100.00000%

**The approval of this assignment is restricted to record title interest only.**

☐ Exhibit "A," which sets forth other provisions between Assignor(s) and Assignee(s), is attached to and made a part of this assignment.

---

**For BOEMRE use only**

This Assignment of Record Title Interest has been filed as of the date stamped on this document and is hereby approved by the Bureau of Ocean Energy Management, Regulation and Enforcement on the date shown below.

By _Susan B Hooper_    Acting Supervisor, Adjudication Section    JAN 0 9 2012
Authorized Official for BOEMRE    Title    BOEMRE Approval Date

---

**Paperwork Reduction Act of 1995 (PRA) Statement:** The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that we collect this information to use in the adjudication process involved in leasing and lease operations. BOEMRE uses the information to track ownership of leases in the Federal OCS. Responses are required to obtain or retain a benefit. Proprietary data are covered under section 26 of the OCSLA, 30 CFR 256.10, and in accordance with regulations in 30 CFR parts 250, 251, and 252.. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden of this form is estimated to average 30 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 5438, Bureau of Ocean Energy Management, Regulation and Enforcement, 1849 C Street, NW, Washington, DC 20240.

| Part B: Certification and Acceptance |
|---|

1. Each Assignor certifies it is the owner of the record title interest in the above-described lease that is hereby assigned to the Assignee(s) specified above.

2. **DEBARMENT COMPLIANCE**: Each Assignor and Assignee certifies its compliance with the Department of the Interior's nonprocurement debarment and suspension regulations at 2 CFR Subtitle B, Part 1400, and agree to communicate the requirement to comply with these regulations to persons with whom it does business related to this record title interest assignment by including the terms of the regulations in its contracts and transactions.

3. **EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION COMPLIANCE CERTIFICATION**: Each Assignor and Assignee certifies that it is in full compliance with Equal Opportunity Executive Order 11246, as amended, and the implementing regulations at 41 CFR 60-01 – Obligations of Contractors and Subcontractors; and 41 CFR 60-2 – Affirmative Action Programs.

4. **QUALIFICATIONS of ASSIGNOR(S) and ASSIGNEE(S)**: Each Assignor and Assignee certifies that it: is established and officially recognized by the Bureau of Ocean Energy Management, Regulation and Enforcement as qualified and authorized to bid on, acquire interests in, and hold OCS oil and gas leases; is exercising and meeting due diligence requirements on any other OCS lease in accordance with section 8 of the OCSLA, as amended (43 U.S.C. 1337(d)); is in good standing with acceptable operating performance as required by 30 CFR 250 and 256; is not disqualified by BOEMRE from acquiring any new OCS leases or assigned interest(s) in existing leases because of unacceptable operating performance on any other OCS lease; is not failing to meet or exercise due diligence (as determined by BOEMRE after notice and opportunity for a hearing under 30 CFR part 290, subpart A); and is not restricted from bidding or acquiring interests in the lease or officially designated subdivision, therein, or grouped with any other entities on the restricted joint bidders list.

5. Assignee's execution of this assignment constitutes acceptance of all applicable terms, conditions, stipulations and restrictions pertaining to the lease described herein. Applicable terms and conditions include, but are not limited to, an obligation to conduct all operations on the leasehold in accordance with the terms and conditions of the lease, to condition all wells for proper abandonment, to restore the leased lands upon completion of any operations as described in the lease, and to furnish and maintain bond(s) pursuant to regulations at 30 CFR 250 and 256. This assignment is subject to the Outer Continental Shelf Lands Act of August 7, 1953, 67 Stat. 462; 43 U.S.C. 1331 et seq., as amended (the "Act"), and Assignee(s) is (are) subject to, and shall fully comply with, all applicable regulations now or to be issued under the Act. Notwithstanding any agreement between the Assignor(s) and Assignee(s), the parties' liability to the Bureau of Ocean Energy Management, Regulation and Enforcement is governed by 30 CFR 250 through 256.

This Assignment of Record Title Interest will be made effective between the parties hereto as of _October 1, 2011_, upon approval by the Bureau of Ocean Energy Management, Regulation and Enforcement, United States Department of the Interior.

This instrument may be executed in any number of counterparts, each of which will be deemed an original instrument, but all of which together shall constitute but one and the same instrument provided, however, this instrument and any other counterpart hereof, will not be binding unless and until executed by all of the parties, and will not be accepted by the Bureau of Ocean Energy Management, Regulation and Enforcement unless all counterparts are filed simultaneously.

By signing this document, you certify that your statements made herein are true, complete and correct to the best of your knowledge and belief and are made in good faith.

Title 18 U.S.C. Sec. 1001 makes it a crime for any person knowingly and willfully to make to any Department or agency of the United States any false, fictitious or fraudulent statements or representations as to any matter within its jurisdiction.

**Assignor Name:** Anadarko Petroleum Corporation
**Assignor Qualification No.** 00981

By: _[signature]_
Signatory Name: Jim W. Bryan
Signatory Title: Agent and Attorney-in-Fact

November 28, 2011
Execution Date

**Assignor Name:**
**Assignor Qualification No.**

By: _____
Signatory Name:
Signatory Title:

_____
Execution Date

**Assignee Name:** Anadarko US Offshore Corporation
**Assignee Qualification No.** 02219

By: _[signature]_
Signatory Name: Steve Wallace
Signatory Title: Agent and Attorney-in-Fact

November 28, 2011
Execution Date

**Assignee Name:**
**Assignee Qualification No.**

By: _____
Signatory Name:
Signatory Title:

_____
Execution Date

**BOEMRE FORM MMS-150** (March 2011–Supersedes all previous editions of form MMS-150 which may not be used)   Page 2 of 2

```
                                                                                    Date  06-JAN-2012
                                      Serial Register Page                          Page     1
OCS-G26311
Current Status SOO              Central Gulf of Mexico        Sale#  190    Sale Date MAR 17, 2004

         Bonus Bid      Initial Acreage      Current Acreage   Per Acre Amt.   Royalty Rate   Rental
        1123900.000       5760.000000         5760.000000         195.12          12.5         7.50
```

**Original Lessee(s):**

Newfield Exploration Company                                                              100.00000 %

**Description:**

All of Block 429, Green Canyon, OCS Official Protraction Diagram, NG15-03


01-JUN-2004    Date of lease: 06/01/2004.  Expected expiration date: 05/31/2014

02-APR-2007    Newfield Exploration Company designates Anadarko Petroleum Corporation as operator.
               All of Block 429, Green Canyon.

13-JUL-2007    Record title interest is now held as follows, effective 03/08/2007:

               Anadarko Petroleum Corporation                                              45.00000 %
               Newfield Exploration Company                                                55.00000 %

26-SEP-2011    Suspension of operations approved from 05/28/2010 thru 05/27/2011.

05-JAN-2012    ✓Record title interest is now held as follows, effective 10/01/2011:

               Newfield Exploration Company                                                55.00000 %
               Anadarko US Offshore Corporation                                            45.00000 %

05-JAN-2012    Anadarko US Offshore Corporation designates Anadarko Petroleum Corporation as operator.
               ALL OF BLOCK 429, Green Canyon.


                                                                                       OCS-G26311

                       *  *  *  *  *       UNCLASSIFIED       *  *  *  *  *

**ANADARKO PETROLEUM CORPORATION**  1201 LAKE ROBBINS DRIVE • THE WOODLANDS, TEXAS 77380

P.O. BOX 1330 • HOUSTON, TEXAS 77251-1300


Petroleum Corporation

November 28, 2011

United States Department of the Interior
Bureau of Ocean Energy Management
Adjudication Unit – Mail Stop (MS) 5421
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394



RE: OCS-G 26311, Green Canyon, Block 429

To Whom It May Concern:

Anadarko Petroleum Corporation (00981) submits the following for your review and approval:

| MMS Form Number | Form Title | Description | Area/Block Affected |
|---|---|---|---|
| BOEMRE-150 (2 Originals) | Assignment of Record Title Interest in Federal OCS Oil and Gas Lease – G26311 | Anadarko Petroleum Corporation (00981) conveys 45.00000% interest unto Anadarko US Offshore Corporation (02219). | Green Canyon, Block 429 |
| BOEMRE-1123 (2 Originals) | Designation of Operator in Federal OCS Oil and Gas Lease – G26311 | Anadarko US Offshore Corporation (02219) designates Anadarko Petroleum Corporation (00981). | Green Canyon, Block 429 |

A filing fee of $186.00 for Assignment of Record Title Interest was paid through Pay.Gov. The tracking ID is 74240295136. The receipt is enclosed.

A filing fee of $164.00 for Designation of Operator was paid through Pay.Gov. The tracking ID is 74240295255. This receipt is also enclosed.

Please return to the undersigned one (1) original each of the above MMS forms evidencing BOEM approval. For further information or questions, please contact Reid Elliott at 832-636-4708 or by email at reid.elliott@anadarko.com.

Sincerely,

Reid G. Elliott
Land - Gulf of Mexico
Entity Consolidation

**U. S. Department of the Interior**
**Bureau of Ocean Energy Management,**
**Regulation and Enforcement**

RECEIVED NOV 3 0 2011 ADJUDICATION UNIT MS 5421

OMB Control Number: 1010-0006
OMB Approval Expires: March 31, 2014

OCS-G 26311
Lease No.

June 1, 2004
Lease Effective Date

## ASSIGNMENT OF RECORD TITLE INTEREST IN FEDERAL OCS OIL AND GAS LEASE

_____
New Lease No. (BOEMRE Use Only)

### Part A: Assignment

**Legal description of the OCS oil and gas lease or the officially designated subdivision of the lease being assigned:**

All of Block 429, Green Canyon

Assignor(s) does (do) hereby sell, assign, transfer, and convey unto Assignee(s) the following undivided right, title and interest (insert name and qualification number of each Assignor and Assignee below):

| Assignor(s): | Percentage Interest Conveyed |
|---|---|
| Anadarko Petroleum Corporation (00981) | 45.00000% |

| Assignee(s): | Percentage Interest Received |
|---|---|
| Anadarko US Offshore Corporation (02219) | 45.00000% |

**The approval of this assignment is restricted to record title interest only.**

☐ Exhibit "A," which sets forth other provisions between Assignor(s) and Assignee(s), is attached to and made a part of this assignment.

---

### For BOEMRE use only

This Assignment of Record Title Interest has been filed as of the date stamped on this document and is hereby approved by the Bureau of Ocean Energy Management, Regulation and Enforcement on the date shown below.

By: _Susan B. Hoople_ | Acting Supervisor, Adjudication Section | JAN 0 5 2012
Authorized Official for BOEMRE | Title | BOEMRE Approval Date

---

**Paperwork Reduction Act of 1995 (PRA) Statement:** The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that we collect this information to use in the adjudication process involved in leasing and lease operations. BOEMRE uses the information to track ownership of leases in the Federal OCS. Responses are required to obtain or retain a benefit. Proprietary data are covered under section 26 of the OCSLA, 30 CFR 256.10, and in accordance with regulations in 30 CFR parts 250, 251, and 252.. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden of this form is estimated to average 30 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 5438, Bureau of Ocean Energy Management, Regulation and Enforcement, 1849 C Street, NW, Washington, DC 20240.

**BOEMRE FORM MMS-150** (March 2011–Supersedes all previous editions of form MMS-150 which may not be used) **Page 1 of 2**

| Part B: Certification and Acceptance |
|---|

1. Each Assignor certifies it is the owner of the record title interest in the above-described lease that is hereby assigned to the Assignee(s) specified above.

2. **DEBARMENT COMPLIANCE**: Each Assignor and Assignee certifies its compliance with the Department of the Interior's nonprocurement debarment and suspension regulations at 2 CFR Subtitle B, Part 1400, and agree to communicate the requirement to comply with these regulations to persons with whom it does business related to this record title interest assignment by including the terms of the regulations in its contracts and transactions.

3. **EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION COMPLIANCE CERTIFICATION**: Each Assignor and Assignee certifies that it is in full compliance with Equal Opportunity Executive Order 11246, as amended, and the implementing regulations at 41 CFR 60-01 – Obligations of Contractors and Subcontractors; and 41 CFR 60-2 – Affirmative Action Programs.

4. **QUALIFICATIONS of ASSIGNOR(S) and ASSIGNEE(S)**: Each Assignor and Assignee certifies that it: is established and officially recognized by the Bureau of Ocean Energy Management, Regulation and Enforcement as qualified and authorized to bid on, acquire interests in, and hold OCS oil and gas leases; is exercising and meeting due diligence requirements on any other OCS lease in accordance with section 8 of the OCSLA, as amended (43 U.S.C. 1337(d)); is in good standing with acceptable operating performance as required by 30 CFR 250 and 256; is not disqualified by BOEMRE from acquiring any new OCS leases or assigned interest(s) in existing leases because of unacceptable operating performance on any other OCS lease; is not failing to meet or exercise due diligence (as determined by BOEMRE after notice and opportunity for a hearing under 30 CFR part 290, subpart A); and is not restricted from bidding or acquiring interests in the lease or officially designated subdivision, therein, or grouped with any other entities on the restricted joint bidders list.

5. Assignee's execution of this assignment constitutes acceptance of all applicable terms, conditions, stipulations and restrictions pertaining to the lease described herein. Applicable terms and conditions include, but are not limited to, an obligation to conduct all operations on the leasehold in accordance with the terms and conditions of the lease, to condition all wells for proper abandonment, to restore the leased lands upon completion of any operations as described in the lease, and to furnish and maintain bond(s) pursuant to regulations at 30 CFR 250 and 256. This assignment is subject to the Outer Continental Shelf Lands Act of August 7, 1953, 67 Stat. 462; 43 U.S.C. 1331 et seq., as amended (the "Act"), and Assignee(s) is (are) subject to, and shall fully comply with, all applicable regulations now or to be issued under the Act. Notwithstanding any agreement between the Assignor(s) and Assignee(s), the parties' liability to the Bureau of Ocean Energy Management, Regulation and Enforcement is governed by 30 CFR 250 through 256.

This Assignment of Record Title Interest will be made effective between the parties hereto as of October 1, 2011, upon approval by the Bureau of Ocean Energy Management, Regulation and Enforcement, United States Department of the Interior.

This instrument may be executed in any number of counterparts, each of which will be deemed an original instrument, but all of which together shall constitute but one and the same instrument provided, however, this instrument and any other counterpart hereof, will not be binding unless and until executed by all of the parties, and will not be accepted by the Bureau of Ocean Energy Management, Regulation and Enforcement unless all counterparts are filed simultaneously.

By signing this document, you certify that your statements made herein are true, complete and correct to the best of your knowledge and belief and are made in good faith.

Title 18 U.S.C. Sec. 1001 makes it a crime for any person knowingly and willfully to make to any Department or agency of the United States any false, fictitious or fraudulent statements or representations as to any matter within its jurisdiction.

Assignor Name: Anadarko Petroleum Corporation
Assignor Qualification No. 00981

By: *[signature]*
Signatory Name: Jim W. Bryan
Signatory Title: Agent and Attorney-in-Fact

November 28, 2011
Execution Date

Assignor Name:
Assignor Qualification No.

By:
Signatory Name:
Signatory Title:

Execution Date

Assignee Name: Anadarko US Offshore Corporation
Assignee Qualification No. 02219

By: *[signature]*
Signatory Name: Steve Wallace
Signatory Title: Agent and Attorney-in-Fact

November 28, 2011
Execution Date

Assignee Name:
Assignee Qualification No.

By:
Signatory Name:
Signatory Title:

Execution Date

**BOEMRE FORM MMS-150** (March 2011–Supersedes all previous editions of form MMS-150 which may not be used)   Page 2 of 2

```
                                                                          Date   06-JAN-2012
                              Serial Register Page
                                                                          Page   4
OCS-G26319
Current Status  SOO          Central Gulf of Mexico      Sale#  190    Sale Date MAR 17, 2004
```

17-JUN-2011    Record title interest is now held as follows, effective 11/10/2010:

        Anadarko Petroleum Corporation     25.00000 %
        Newfield Exploration Company     25.00000 %
        TOTAL E&P USA, INC.     10.00000 %
        Woodside Energy (USA) Inc.     12.50000 %
        Cobalt International Energy, L.P.     15.00000 %
        Apache Deepwater LLC     12.50000 %

17-JUN-2011    Apache Deepwater LLC designates Anadarko Petroleum Corporation as operator.
        ALL OF BLOCK 550, Green Canyon.

26-SEP-2011    Suspension of operations approved from 05/28/2010 thru 05/27/2011.

05-JAN-2012    ✓Record title interest is now held as follows, effective 10/01/2011:

        Newfield Exploration Company     25.00000 %
        TOTAL E&P USA, INC.     10.00000 %
        Anadarko US Offshore Corporation     25.00000 %
        Woodside Energy (USA) Inc.     12.50000 %
        Cobalt International Energy, L.P.     15.00000 %
        Apache Deepwater LLC     12.50000 %

05-JAN-2012    Anadarko US Offshore Corporation designates Anadarko Petroleum Corporation as operator.
        ALL OF BLOCK 550, Green Canyon.

OCS-G26319

\* \* \* \* \* \*          UNCLASSIFIED          \* \* \* \* \* \*

**ANADARKO PETROLEUM CORPORATION**   1201 LAKE ROBBINS DRIVE • THE WOODLANDS, TEXAS 77380

P.O. BOX 1330 • HOUSTON, TEXAS 77251-1300



Petroleum Corporation

November 28, 2011

United States Department of the Interior
Bureau of Ocean Energy Management
Adjudication Unit – Mail Stop (MS) 5421
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394

RE:   OCS-G 26319, Green Canyon, Block 550

*RECEIVED NOV 30 2011 ADJUDICATION UNIT MS 5421*

To Whom It May Concern:

Anadarko Petroleum Corporation (00981) submits the following for your review and approval:

| MMS Form Number | Form Title | Description | Area/Block Affected |
|---|---|---|---|
| BOEMRE-150 (2 Originals) | Assignment of Record Title Interest in Federal OCS Oil and Gas Lease – G26319 | Anadarko Petroleum Corporation (00981) conveys 25.00000% interest unto Anadarko US Offshore Corporation (02219). | Green Canyon, Block 550 |
| BOEMRE-1123 (2 Originals) | Designation of Operator in Federal OCS Oil and Gas Lease – G26319 | Anadarko US Offshore Corporation (02219) designates Anadarko Petroleum Corporation (00981). | Green Canyon, Block 550 |

A filing fee of $186.00 for Assignment of Record Title Interest was paid through Pay.Gov. The tracking ID is 74240295415. The receipt is enclosed.

A filing fee of $164.00 for Designation of Operator was paid through Pay.Gov. The tracking ID is 74240295510. This receipt is also enclosed.

Please return to the undersigned one (1) original each of the above MMS forms evidencing BOEM approval. For further information or questions, please contact Reid Elliott at 832-636-4708 or by email at reid.elliott@anadarko.com.

Sincerely,

Reid G. Elliott
Land - Gulf of Mexico
Entity Consolidation

**U. S. Department of the Interior**
**Bureau of Ocean Energy Management,**
**Regulation and Enforcement**

RECEIVED
NOV 3 0 2011
ADJUDICATION UNIT
MS 5421

OMB Control Number: 1010-0006
OMB Approval Expires: March 31, 2014

OCS-G 26319
Lease No.

June 1, 2004
Lease Effective Date

## ASSIGNMENT OF RECORD TITLE INTEREST IN FEDERAL OCS OIL AND GAS LEASE

_____
New Lease No. (BOEMRE Use Only)

### Part A: Assignment

**Legal description of the OCS oil and gas lease or the officially designated subdivision of the lease being assigned:**

All of Block 550, Green Canyon

Assignor(s) does (do) hereby sell, assign, transfer, and convey unto Assignee(s) the following undivided right, title and interest (insert name and qualification number of each Assignor and Assignee below):

| Assignor(s): | Percentage Interest Conveyed |
|---|---|
| Anadarko Petroleum Corporation (00981) | 25.00000% |

| Assignee(s): | Percentage Interest Received |
|---|---|
| Anadarko US Offshore Corporation (02219) | 25.00000% |

The approval of this assignment is restricted to record title interest only.

☐ Exhibit "A," which sets forth other provisions between Assignor(s) and Assignee(s), is attached to and made a part of this assignment.

---

### For BOEMRE use only

This Assignment of Record Title Interest has been filed as of the date stamped on this document and is hereby approved by the Bureau of Ocean Energy Management, Regulation and Enforcement on the date shown below.

By: _Susan B. Hoppel_ | Acting Supervisor, Adjudication Section | JAN 0 5 2012
Authorized Official for BOEMRE | Title | BOEMRE Approval Date

---

**Paperwork Reduction Act of 1995 (PRA) Statement:** The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that we collect this information to use in the adjudication process involved in leasing and lease operations. BOEMRE uses the information to track ownership of leases in the Federal OCS. Responses are required to obtain or retain a benefit. Proprietary data are covered under section 26 of the OCSLA, 30 CFR 256.10, and in accordance with regulations in 30 CFR parts 250,251, and 252.. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden of this form is estimated to average 30 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 5438, Bureau of Ocean Energy Management, Regulation and Enforcement, 1849 C Street, NW, Washington, DC 20240.

**BOEMRE FORM MMS-150** (March 2011–Supersedes all previous editions of form MMS-150 which may not be used) Page 1 of 2

---

**Part B: Certification and Acceptance**

1. Each Assignor certifies it is the owner of the record title interest in the above-described lease that is hereby assigned to the Assignee(s) specified above.

2. **DEBARMENT COMPLIANCE:** Each Assignor and Assignee certifies its compliance with the Department of the Interior's nonprocurement debarment and suspension regulations at 2 CFR Subtitle B, Part 1400, and agree to communicate the requirement to comply with these regulations to persons with whom it does business related to this record title interest assignment by including the terms of the regulations in its contracts and transactions.

3. **EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION COMPLIANCE CERTIFICATION:** Each Assignor and Assignee certifies that it is in full compliance with Equal Opportunity Executive Order 11246, as amended, and the implementing regulations at 41 CFR 60-01 – Obligations of Contractors and Subcontractors; and 41 CFR 60-2 – Affirmative Action Programs.

4. **QUALIFICATIONS of ASSIGNOR(S) and ASSIGNEE(S):** Each Assignor and Assignee certifies that it: is established and officially recognized by the Bureau of Ocean Energy Management, Regulation and Enforcement as qualified and authorized to bid on, acquire interests in, and hold OCS oil and gas leases; is exercising and meeting due diligence requirements on any other OCS lease in accordance with section 8 of the OCSLA, as amended (43 U.S.C. 1337(d)); is in good standing with acceptable operating performance as required by 30 CFR 250 and 256; is not disqualified by BOEMRE from acquiring any new OCS leases or assigned interest(s) in existing leases because of unacceptable operating performance on any other OCS lease; is not failing to meet or exercise due diligence (as determined by BOEMRE after notice and opportunity for a hearing under 30 CFR part 290, subpart A); and is not restricted from bidding or acquiring interests in the lease or officially designated subdivision, therein, or grouped with any other entities on the restricted joint bidders list.

5. Assignee's execution of this assignment constitutes acceptance of all applicable terms, conditions, stipulations and restrictions pertaining to the lease described herein. Applicable terms and conditions include, but are not limited to, an obligation to conduct all operations on the leasehold in accordance with the terms and conditions of the lease, to condition all wells for proper abandonment, to restore the leased lands upon completion of any operations as described in the lease, and to furnish and maintain bond(s) pursuant to regulations at 30 CFR 250 and 256. This assignment is subject to the Outer Continental Shelf Lands Act of August 7, 1953, 67 Stat. 462; 43 U.S.C. 1331 et seq., as amended (the "Act"), and Assignee(s) is (are) subject to, and shall fully comply with, all applicable regulations now or to be issued under the Act. Notwithstanding any agreement between the Assignor(s) and Assignee(s), the parties' liability to the Bureau of Ocean Energy Management, Regulation and Enforcement is governed by 30 CFR 250 through 256.

---

This Assignment of Record Title Interest will be made effective between the parties hereto as of __October 1, 2011__, upon approval by the Bureau of Ocean Energy Management, Regulation and Enforcement, United States Department of the Interior.

This instrument may be executed in any number of counterparts, each of which will be deemed an original instrument, but all of which together shall constitute but one and the same instrument provided, however, this instrument and any other counterpart hereof, will not be binding unless and until executed by all of the parties, and will not be accepted by the Bureau of Ocean Energy Management, Regulation and Enforcement unless all counterparts are filed simultaneously.

By signing this document, you certify that your statements made herein are true, complete and correct to the best of your knowledge and belief and are made in good faith.

Title 18 U.S.C. Sec. 1001 makes it a crime for any person knowingly and willfully to make to any Department or agency of the United States any false, fictitious or fraudulent statements or representations as to any matter within its jurisdiction.

**Assignor Name:** Anadarko Petroleum Corporation
**Assignor Qualification No.** 00981

By: _[signature]_
Signatory Name: Jim W. Bryan
Signatory Title: Agent and Attorney-in-Fact

November 28, 2011
Execution Date

**Assignor Name:**
**Assignor Qualification No.**

By: _____
Signatory Name:
Signatory Title:

_____
Execution Date

**Assignee Name:** Anadarko US Offshore Corporation
**Assignee Qualification No.** 02219

By: _[signature]_
Signatory Name: Steve Wallace
Signatory Title: Agent and Attorney-in-Fact

November 28, 2011
Execution Date

**Assignee Name:**
**Assignee Qualification No.**

By: _____
Signatory Name:
Signatory Title:

_____
Execution Date

---