# Exhibit 9

To United States' Memorandum in Support of Motion for Discovery
Regarding the Financial Information and Activities of Subsidiaries and
Affiliates as Relevant to the Economic Impact of a Clean Water Act Penalty
on Anadarko Petroleum

|  |  |
|---|---|
| | **Date** 09-JAN-2012 |
| **Serial Register Page** | **Page** 2 |

OCS-G25232

**Current Status** SOO          Central Gulf of Mexico          **Sale#** 185          **Sale Date** MAR 19, 2003

| | | |
|---|---|---|
| **29-JAN-2009** | Record title interest is now held as follows, effective 06/01/2008: | |
| | ConocoPhillips Company | 40.00000 % |
| | Anadarko E&P Company LP | 30.00000 % |
| | Marathon Oil Company | 10.00000 % |
| | Cobalt International Energy, L.P. | 20.00000 % |
| **29-JAN-2009** | Marathon Oil Company designates Anadarko E&P Company LP as operator.<br>ALL OF BLOCK 52, Walker Ridge. | |
| **11-AUG-2010** | Anadarko E&P Company LP designates Anadarko Petroleum Corporation as operator.<br>ALL OF BLOCK 52, Walker Ridge. | |
| **11-AUG-2010** | Cobalt International Energy, L.P. designates Anadarko Petroleum Corporation as operator.<br>ALL OF BLOCK 52, Walker Ridge. | |
| **11-AUG-2010** | ConocoPhillips Company designates Anadarko Petroleum Corporation as operator.<br>ALL OF BLOCK 52, Walker Ridge. | |
| **11-AUG-2010** | Marathon Oil Company designates Anadarko Petroleum Corporation as operator.<br>ALL OF BLOCK 52, Walker Ridge. | |
| **21-SEP-2011** | Suspension of operations approved from 05/28/2010 thru 05/27/2011. | |
| **09-JAN-2012** | Record title interest is now held as follows, effective 10/01/2011: | |
| | ConocoPhillips Company | 40.00000 % |
| | Marathon Oil Company | 10.00000 % |
| | Anadarko US Offshore Corporation | 30.00000 % |
| | Cobalt International Energy, L.P. | 20.00000 % |
| **09-JAN-2012** | Anadarko US Offshore Corporation designates Anadarko Petroleum Corporation as operator.<br>ALL OF BLOCK 52, Walker Ridge. | |

OCS-G25232

*  *  *  *  *  *          UNCLASSIFIED          *  *  *  *  *  *

ANADARKO E&P COMPANY LP

1201 LAKE ROBBINS DRIVE • THE WOODLANDS, TEXAS 77380
P.O. BOX 1330 • HOUSTON, TEXAS 77251-1330



E&P Company LP

November 28, 2011

United States Department of the Interior
Bureau of Ocean Energy Management
Adjudication Unit – Mail Stop (MS) 5421
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394

RECEIVED
NOV 3 0 2011
ADJUDICATION UNIT
MS 5421

**RE:**   OCS-G 25232, Walker Ridge, Block 52

To Whom It May Concern:

Anadarko E&P Company LP (00148) submits the following for your review and approval:

| MMS Form Number | Form Title | Description | Area/Block Affected |
|---|---|---|---|
| BOEMRE-150 (2 Originals) | Assignment of Record Title Interest in Federal OCS Oil and Gas Lease – G25232 | Anadarko E&P Company LP (00148) conveys 30.00000% interest unto Anadarko US Offshore Corporation (02219). | Walker Ridge, Block 52 |
| BOEMRE-1123 (2 Originals) | Designation of Operator in Federal OCS Oil and Gas Lease – G25232 | Anadarko US Offshore Corporation (02219) designates Anadarko Petroleum Corporation (00981). | Walker Ridge, Block 52 |

A filing fee of $186.00 for Assignment of Record Title Interest was paid through Pay.Gov. The tracking ID is 74236900797. The receipt is enclosed.

A filing fee of $164.00 for Designation of Operator was paid through Pay.Gov. The tracking ID is 74236907959. This receipt is also enclosed.

Please return to the undersigned one (1) original each of the above MMS forms evidencing BOEM approval. For further information or questions, please contact Reid Elliott at 832-636-4708 or by email at reid.elliott@anadarko.com.

Sincerely,

Reid G. Elliott
Land - Gulf of Mexico
Entity Consolidation Project

A SUBSIDIARY OF ANADARKO PETROLEUM CORPORATION

RECEIVED
NOV 3 0 2011
ADJUDICATION UNIT
MS 5421

**U. S. Department of the Interior**
**Bureau of Ocean Energy Management,**
**Regulation and Enforcement**

OMB Control Number: 1010-0006
OMB Approval Expires: March 31, 2014

OCS-G 25232
_____
Lease No.

June 1, 2003
_____
Lease Effective Date

_____
New Lease No. (BOEMRE Use Only)

**ASSIGNMENT OF RECORD TITLE INTEREST IN**
**FEDERAL OCS OIL AND GAS LEASE**

| Part A: Assignment |
| --- |

**Legal description of the OCS oil and gas lease or the officially designated subdivision of the lease being assigned:** All of Block 52, Walker Ridge

Assignor(s) does (do) hereby sell, assign, transfer, and convey unto Assignee(s) the following undivided right, title and interest (insert name and qualification number of each Assignor and Assignee below):

**Assignor(s):**                                                                          **Percentage Interest Conveyed**

   Anadarko E&P Company LP (00148)                                                      30.00000%

**Assignee(s):**                                                                          **Percentage Interest Received**

   Anadarko US Offshore Corporation (02219)                                              30.00000%

**The approval of this assignment is restricted to record title interest only.**

[ ] Exhibit "A," which sets forth other provisions between Assignor(s) and Assignee(s), is attached to and made a part of this assignment.

---

**For BOEMRE use only**

This Assignment of Record Title Interest has been filed as of the date stamped on this document and is hereby approved by the Bureau of Ocean Energy Management, Regulation and Enforcement on the date shown below.

By _Susan B Hooper_     **Acting Supervisor, Adjudication Section**     _JAN 0 9 2012_

Authorized Official for BOEMRE        Title ·        BOEMRE Approval Date

---

**Paperwork Reduction Act of 1995 (PRA) Statement:** The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that we collect this information to use in the adjudication process involved in leasing and lease operations. BOEMRE uses the information to track ownership of leases in the Federal OCS. Responses are required to obtain or retain a benefit. Proprietary data are covered under section 26 of the OCSLA, 30 CFR 256.10, and in accordance with regulations in 30 CFR parts 250,251, and 252.. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden of this form is estimated to average 30 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 5438, Bureau of Ocean Energy Management, Regulation and Enforcement, 1849 C Street, NW, Washington, DC 20240.

| | Part B: Certification and Acceptance |
|---|---|

1. Each Assignor certifies it is the owner of the record title interest in the above-described lease that is hereby assigned to the Assignee(s) specified above.

2. **DEBARMENT COMPLIANCE**: Each Assignor and Assignee certifies its compliance with the Department of the Interior's nonprocurement debarment and suspension regulations at 2 CFR Subtitle B, Part 1400, and agree to communicate the requirement to comply with these regulations to persons with whom it does business related to this record title interest assignment by including the terms of the regulations in its contracts and transactions.

3. **EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION COMPLIANCE CERTIFICATION**: Each Assignor and Assignee certifies that it is in full compliance with Equal Opportunity Executive Order 11246, as amended, and the implementing regulations at 41 CFR 60-01 – Obligations of Contractors and Subcontractors; and 41 CFR 60-2 – Affirmative Action Programs.

4. **QUALIFICATIONS of ASSIGNOR(S) and ASSIGNEE(S)**: Each Assignor and Assignee certifies that it: is established and officially recognized by the Bureau of Ocean Energy Management, Regulation and Enforcement as qualified and authorized to bid on, acquire interests in, and hold OCS oil and gas leases; is exercising and meeting due diligence requirements on any other OCS lease in accordance with section 8 of the OCSLA, as amended (43 U.S.C. 1337(d)); is in good standing with acceptable operating performance as required by 30 CFR 250 and 256; is not disqualified by BOEMRE from acquiring any new OCS leases or assigned interest(s) in existing leases because of unacceptable operating performance on any other OCS lease; is not failing to meet or exercise due diligence (as determined by BOEMRE after notice and opportunity for a hearing under 30 CFR part 290, subpart A); and is not restricted from bidding or acquiring interests in the lease or officially designated subdivision, therein, or grouped with any other entities on the restricted joint bidders list.

5. Assignee's execution of this assignment constitutes acceptance of all applicable terms, conditions, stipulations and restrictions pertaining to the lease described herein. Applicable terms and conditions include, but are not limited to, an obligation to conduct all operations on the leasehold in accordance with the terms and conditions of the lease, to condition all wells for proper abandonment, to restore the leased lands upon completion of any operations as described in the lease, and to furnish and maintain bond(s) pursuant to regulations at 30 CFR 250 and 256. This assignment is subject to the Outer Continental Shelf Lands Act of August 7, 1953, 67 Stat. 462; 43 U.S.C. 1331 et seq., as amended (the "Act"), and Assignee(s) is (are) subject to, and shall fully comply with, all applicable regulations now or to be issued under the Act. Notwithstanding any agreement between the Assignor(s) and Assignee(s), the parties' liability to the Bureau of Ocean Energy Management, Regulation and Enforcement is governed by 30 CFR 250 through 256.

---

This Assignment of Record Title Interest will be made effective between the parties hereto as of ___October 1, 2011_____, upon approval by the Bureau of Ocean Energy Management, Regulation and Enforcement, United States Department of the Interior.

This instrument may be executed in any number of counterparts, each of which will be deemed an original instrument, but all of which together shall constitute but one and the same instrument provided, however, this instrument and any other counterpart hereof, will not be binding unless and until executed by all of the parties, and will not be accepted by the Bureau of Ocean Energy Management, Regulation and Enforcement unless all counterparts are filed simultaneously.

By signing this document, you certify that your statements made herein are true, complete and correct to the best of your knowledge and belief and are made in good faith.

Title 18 U.S.C. Sec. 1001 makes it a crime for any person knowingly and willfully to make to any Department or agency of the United States any false, fictitious or fraudulent statements or representations as to any matter within its jurisdiction.

**Assignor Name:** Anadarko E&P Company LP
**Assignor Qualification No.** 00148

By: _____
Signatory Name: Jim W. Bryan
Signatory Title: Agent and Attorney-in-Fact

_November 28, 2011_
Execution Date

**Assignor Name:**
**Assignor Qualification No.**

By: _____
Signatory Name:
Signatory Title:

_____
Execution Date

**Assignee Name:** Anadarko US Offshore Corporation
**Assignee Qualification No.** 02219

By: _____
Signatory Name: Steve Wallace
Signatory Title: Agent and Attorney-in-Fact

_November 28, 2011_
Execution Date

**Assignee Name:**
**Assignee Qualification No.**

By: _____
Signatory Name:
Signatory Title:

_____
Execution Date

| | | | | **Date** 30-MAR-2012 |
|---|---|---|---|---|
| | | Serial Register Page | | **Page** 1 |

OCS-G31779
**Current Status** PRIMRY          Central Gulf of Mexico          **Sale#** 205     **Sale Date** OCT 03, 2007

| Bonus Bid | Initial Acreage | Current Acreage | Per Acre Amt. | Royalty Rate | Rental |
|---|---|---|---|---|---|
| 1565440.000 | 5760.000000 | 5760.000000 | 271.78 | 16.6666667 | 9.50 |

**Original Lessee(s):**

Anadarko E&P Company LP                                                              100.00000 %

**Description:**

All of Block   29, Atwater Valley, OCS Official Protraction Diagram, NG16-01

---

| | |
|---|---|
| **01-MAR-2008** | Date of lease: 03/01/2008.  Expected expiration date: 02/28/2018 |
| **18-AUG-2010** | Anadarko E&P Company LP designates Anadarko Petroleum Corporation as operator.<br>ALL OF BLOCK 29, Atwater Valley. |
| **27-MAR-2012** | Record title interest is now held as follows, effective 10/01/2011: |

Anadarko US Offshore Corporation                                                     100.00000 %

| | |
|---|---|
| **27-MAR-2012** | Anadarko US Offshore Corporation designates Anadarko Petroleum Corporation as operator.<br>ALL OF BLOCK 29, Atwater Valley. |

OCS-G31779

* * * * * *     UNCLASSIFIED     * * * * * *

ANADARKO E&P COMPANY LP

1201 LAKE ROBBINS DRIVE • THE WOODLANDS, TEXAS 77380

P.O. BOX 1330 • HOUSTON, TEXAS 77251-1330



**Anadarko**
E&P Company LP

November 28, 2011

United States Department of the Interior
Bureau of Ocean Energy Management
Adjudication Unit – Mail Stop (MS) 5421
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394

**RE:**   OCS-G 31779, Atwater Valley, Block 29

To Whom It May Concern:

Anadarko E&P Company LP (00148) submits the following for your review and approval:

| MMS Form Number | Form Title | Description | Area/Block Affected |
|---|---|---|---|
| BOEMRE-150 (2 Originals) | Assignment of Record Title Interest in Federal OCS Oil and Gas Lease – G31779 | Anadarko E&P Company LP (00148) conveys 100.00000% interest unto Anadarko US Offshore Corporation (02219). | Atwater Valley, Block 29, OCS-G 31779 |
| BOEMRE-1123 (2 Originals) | Designation of Operator in Federal OCS Oil and Gas Lease – G31779 | Anadarko US Offshore Corporation (02219) designates Anadarko Petroleum Corporation (00981). | Atwater Valley, Block 29, OCS-G 31779 |
| BOEMRE-1017 (1 Original) | Designation of Applicant | Form 1017 has been filed with the BOEM Leasing Activities Section (Patrick Clancy) | Atwater Valley, Block 29, OCS-G 31779 |

A filing fee of $186.00 for Assignment of Record Title Interest was paid through Pay.Gov. The tracking ID is 74236944019. The receipt is enclosed.

A filing fee of $164.00 for Designation of Operator was paid through Pay.Gov. The tracking ID is 74236944628. This receipt is also enclosed.

Please return to the undersigned one (1) original each of the above MMS forms evidencing BOEM approval.  For further information or questions, please contact Reid Elliott at 832-636-4708 or by email at reid.elliott@anadarko.com.

Sincerely,

Reid G. Elliott
Land - Gulf of Mexico
Entity Consolidation Project

A SUBSIDIARY OF ANADARKO PETROLEUM CORPORATION

**U. S. Department of the Interior**
**Bureau of Ocean Energy Management,**
  **Regulation and Enforcement**

OMB Control Number: 1010-0006
OMB Approval Expires: March 31, 2014

OCS-G 31779
—————————————
Lease No.
March 1, 2008
—————————————
Lease Effective Date

**ASSIGNMENT OF RECORD TITLE INTEREST IN**
**FEDERAL OCS OIL AND GAS LEASE**

—————————————
New Lease No. (BOEMRE Use Only)

*RECEIVED NOV 30 2011 ADJUDICATION MS SECTION UNIT*

| Part A: Assignment |
| --- |

**Legal description of the OCS oil and gas lease or the officially designated subdivision of the lease being assigned:** All of Block 29, Atwater Valley

Assignor(s) does (do) hereby sell, assign, transfer, and convey unto Assignee(s) the following undivided right, title and interest (insert name and qualification number of each Assignor and Assignee below):

| **Assignor(s):** | **Percentage Interest Conveyed** |
| --- | --- |
| Anadarko E&P Company LP (00148) | 100.00000% |

| **Assignee(s):** | **Percentage Interest Received** |
| --- | --- |
| Anadarko US Offshore Corporation (02219) | 100.00000% |

**The approval of this assignment is restricted to record title interest only.**

☐ Exhibit "A," which sets forth other provisions between Assignor(s) and Assignee(s), is attached to and made a part of this assignment.

| **For BOEMRE use only** |
| --- |

This Assignment of Record Title Interest has been filed as of the date stamped on this document and is hereby approved by the Bureau of Ocean Energy Management, Regulation and Enforcement on the date shown below.

By _C. Signorelli_  ~~Acting Supervisor, Adjudication Section~~      MAR 27 2012

Authorized Official for BOEMRE          Title          BOEMRE Approval Date

**Paperwork Reduction Act of 1995 (PRA) Statement:** The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that we collect this information to use in the adjudication process involved in leasing and lease operations. BOEMRE uses the information to track ownership of leases in the Federal OCS. Responses are required to obtain or retain a benefit. Proprietary data are covered under section 26 of the OCSLA, 30 CFR 256.10, and in accordance with regulations in 30 CFR parts 250,251, and 252.. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden of this form is estimated to average 30 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 5438, Bureau of Ocean Energy Management, Regulation and Enforcement, 1849 C Street, NW, Washington, DC 20240.

## Part B: Certification and Acceptance

1. Each Assignor certifies it is the owner of the record title interest in the above-described lease that is hereby assigned to the Assignee(s) specified above.

2. **DEBARMENT COMPLIANCE**: Each Assignor and Assignee certifies its compliance with the Department of the Interior's nonprocurement debarment and suspension regulations at 2 CFR Subtitle B, Part 1400, and agree to communicate the requirement to comply with these regulations to persons with whom it does business related to this record title interest assignment by including the terms of the regulations in its contracts and transactions.

3. **EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION COMPLIANCE CERTIFICATION**: Each Assignor and Assignee certifies that it is in full compliance with Equal Opportunity Executive Order 11246, as amended, and the implementing regulations at 41 CFR 60-01 – Obligations of Contractors and Subcontractors; and 41 CFR 60-2 – Affirmative Action Programs.

4. **QUALIFICATIONS of ASSIGNOR(S) and ASSIGNEE(S)**: Each Assignor and Assignee certifies that it:  is established and officially recognized by the Bureau of Ocean Energy Management, Regulation and Enforcement as qualified and authorized to bid on, acquire interests in, and hold OCS oil and gas leases; is exercising and meeting due diligence requirements on any other OCS lease in accordance with section 8 of the OCSLA, as amended (43 U.S.C. 1337(d)); is in good standing with acceptable operating performance as required by 30 CFR 250 and 256; is not disqualified by BOEMRE from acquiring any new OCS leases or assigned interest(s) in existing leases because of unacceptable operating performance on any other OCS lease; is not failing to meet or exercise due diligence (as determined by BOEMRE after notice and opportunity for a hearing under 30 CFR part 290, subpart A); and is not restricted from bidding or acquiring interests in the lease or officially designated subdivision, therein, or grouped with any other entities on the restricted joint bidders list.

5. Assignee's execution of this assignment constitutes acceptance of all applicable terms, conditions, stipulations and restrictions pertaining to the lease described herein.  Applicable terms and conditions include, but are not limited to, an obligation to conduct all operations on the leasehold in accordance with the terms and conditions of the lease, to condition all wells for proper abandonment, to restore the leased lands upon completion of any operations as described in the lease, and to furnish and maintain bond(s) pursuant to regulations at 30 CFR 250 and 256.  This assignment is subject to the Outer Continental Shelf Lands Act of August 7, 1953, 67 Stat. 462; 43 U.S.C. 1331 et seq., as amended (the "Act"), and Assignee(s) is (are) subject to, and shall fully comply with, all applicable regulations now or to be issued under the Act.  Notwithstanding any agreement between the Assignor(s) and Assignee(s), the parties' liability to the Bureau of Ocean Energy Management, Regulation and Enforcement is governed by 30 CFR 250 through 256.

This Assignment of Record Title Interest will be made effective between the parties hereto as of <u>October 1, 2011</u>, upon approval by the Bureau of Ocean Energy Management, Regulation and Enforcement, United States Department of the Interior.

This instrument may be executed in any number of counterparts, each of which will be deemed an original instrument, but all of which together shall constitute but one and the same instrument provided, however, this instrument and any other counterpart hereof, will not be binding unless and until executed by all of the parties, and will not be accepted by the Bureau of Ocean Energy Management, Regulation and Enforcement unless all counterparts are filed simultaneously.

By signing this document, you certify that your statements made herein are true, complete and correct to the best of your knowledge and belief and are made in good faith.

Title 18 U.S.C. Sec. 1001 makes it a crime for any person knowingly and willfully to make to any Department or agency of the United States any false, fictitious or fraudulent statements or representations as to any matter within its jurisdiction.

| | |
|---|---|
| **Assignor Name:** Anadarko E&P Company LP | **Assignor Name:** |
| **Assignor Qualification No.** 00148 | **Assignor Qualification No.** |
| By: _(signature)_ | By: _____ |
| Signatory Name: Jim W. Brigh | Signatory Name: |
| Signatory Title:  Agent and Attorney-in-Fact | Signatory Title: |
| November 28, 2011 | _____ |
| Execution Date | Execution Date |
| **Assignee Name:** Anadarko US Offshore Corporation | **Assignee Name:** |
| **Assignee Qualification No.** 02219 | **Assignee Qualification No.** |
| By: _(signature)_ | By: _____ |
| Signatory Name: Steve Wallace | Signatory Name: |
| Signatory Title:  Agent and Attorney-in-Fact | Signatory Title: |
| November 28, 2011 | _____ |
| Execution Date | Execution Date |

**Date**  30-MAR-2012

**Serial Register Page**

**Page**  1

OCS-G31778
**Current Status** PRIMRY          Central Gulf of Mexico          **Sale#**  205     **Sale Date** OCT 03, 2007

| Bonus Bid | Initial Acreage | Current Acreage | Per Acre Amt. | Royalty Rate | Rental |
|-----------|-----------------|-----------------|---------------|--------------|--------|
| 6097660.000 | 5760.000000 | 5760.000000 | 1058.62 | 16.6666667 | .9.50 |

**Original Lessee(s):**

Anadarko E&P Company LP                                                                 100.00000 %

**Description:**

All of Block   28, Atwater Valley, OCS Official Protraction Diagram, NG16-01

01-MAR-2008    Date of lease: 03/01/2008.  Expected expiration date: 02/28/2018

18-AUG-2010    Anadarko E&P Company LP designates Anadarko Petroleum Corporation as operator.
               ALL OF BLOCK 28, Atwater Valley.

27-MAR-2012    Record title interest is now held as follows, effective 10/01/2011:

               Anadarko US Offshore Corporation                                         100.00000 %

27-MAR-2012    Anadarko US Offshore Corporation designates Anadarko Petroleum Corporation as operator.
               ALL OF BLOCK 28, Atwater Valley.

OCS-G31778

* * * · * · * *     **UNCLASSIFIED**     * * * * * *

ANADARKO E&P COMPANY LP

1201 LAKE ROBBINS DRIVE • THE WOODLANDS, TEXAS 77380
P.O. BOX 1330 • HOUSTON, TEXAS 77251-1330

**Anadarko**
E&P Company LP

November 28, 2011

United States Department of the Interior
Bureau of Ocean Energy Management
Adjudication Unit – Mail Stop (MS) 5421
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394

**RE:** OCS-G 31778, Atwater Valley, Block 28

To Whom It May Concern:

Anadarko E&P Company LP (00148) submits the following for your review and approval:

| MMS Form Number | Form Title | Description | Area/Block Affected |
|---|---|---|---|
| BOEMRE-150 (2 Originals) | Assignment of Record Title Interest in Federal OCS Oil and Gas Lease – G31778 | Anadarko E&P Company LP (00148) conveys 100.00000% interest unto Anadarko US Offshore Corporation (02219). | Atwater Valley, Block 28, OCS-G 31778 |
| BOEMRE-1123 (2 Originals) | Designation of Operator in Federal OCS Oil and Gas Lease – G31778 | Anadarko US Offshore Corporation (02219) designates Anadarko Petroleum Corporation (00981). | Atwater Valley, Block 28, OCS-G 31778 |
| BOEMRE-1017 (1 Original) | Designation of Applicant | Form 1017 has been filed with the BOEM Leasing Activities Section (Patrick Clancy) | Atwater Valley, Block 28, OCS-G 31778 |

A filing fee of $186.00 for Assignment of Record Title Interest was paid through Pay.Gov. The tracking ID is 74236942511. The receipt is enclosed.

A filing fee of $164.00 for Designation of Operator was paid through Pay.Gov. The tracking ID is 74236943371. This receipt is also enclosed.

Please return to the undersigned one (1) original each of the above MMS forms evidencing BOEM approval. For further information or questions, please contact Reid Elliott at 832-636-4708 or by email at reid.elliott@anadarko.com.

Sincerely,

Reid G. Elliott
Land - Gulf of Mexico
Entity Consolidation Project

A SUBSIDIARY OF ANADARKO PETROLEUM CORPORATION

**U. S. Department of the Interior**
**Bureau of Ocean Energy Management,**
**Regulation and Enforcement**

*RECEIVED NOV 3 0 2011 ADJUDICATION UNIT MS 5421*

OMB Control Number: 1010-0006
OMB Approval Expires: March 31, 2014

| OCS-G 31778 |
| --- |
| Lease No. |
| March 1, 2008 |
| Lease Effective Date |
| |
| New Lease No. (BOEMRE Use Only) |

**ASSIGNMENT OF RECORD TITLE INTEREST IN**
**FEDERAL OCS OIL AND GAS LEASE**

---

| Part A: Assignment |
| --- |

**Legal description of the OCS oil and gas lease or the officially designated subdivision of the lease being assigned:** All of Block 28, Atwater Valley

Assignor(s) does (do) hereby sell, assign, transfer, and convey unto Assignee(s) the following undivided right, title and interest (insert name and qualification number of each Assignor and Assignee below):

| **Assignor(s):** | **Percentage Interest Conveyed** |
| --- | --- |
| Anadarko E&P Company LP (00148) | 100.00000% |

| **Assignee(s):** | **Percentage Interest Received** |
| --- | --- |
| Anadarko US Offshore Corporation (02219) | 100.00000% |

**The approval of this assignment is restricted to record title interest only.**

☐ Exhibit "A," which sets forth other provisions between Assignor(s) and Assignee(s), is attached to and made a part of this assignment.

---

**For BOEMRE use only**

This Assignment of Record Title Interest has been filed as of the date stamped on this document and is hereby approved by the Bureau of Ocean Energy Management, Regulation and Enforcement on the date shown below.

By C. Signorelli

Acting Supervisor, Adjudication Section          MAR 2 7 2012

| Authorized Official for BOEMRE | Title | BOEMRE Approval Date |
| --- | --- | --- |

---

**Paperwork Reduction Act of 1995 (PRA) Statement:** The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that we collect this information to use in the adjudication process involved in leasing and lease operations. BOEMRE uses the information to track ownership of leases in the Federal OCS. Responses are required to obtain or retain a benefit. Proprietary data are covered under section 26 of the OCSLA, 30 CFR 256.10, and in accordance with regulations in 30 CFR parts 250,251, and 252.. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden of this form is estimated to average 30 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 5438, Bureau of Ocean Energy Management, Regulation and Enforcement, 1849 C Street, NW, Washington, DC 20240.

## Part B: Certification and Acceptance

1. Each Assignor certifies it is the owner of the record title interest in the above-described lease that is hereby assigned to the Assignee(s) specified above.

2. **DEBARMENT COMPLIANCE**: Each Assignor and Assignee certifies its compliance with the Department of the Interior's nonprocurement debarment and suspension regulations at 2 CFR Subtitle B, Part 1400, and agree to communicate the requirement to comply with these regulations to persons with whom it does business related to this record title interest assignment by including the terms of the regulations in its contracts and transactions.

3. **EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION COMPLIANCE CERTIFICATION**: Each Assignor and Assignee certifies that it is in full compliance with Equal Opportunity Executive Order 11246, as amended, and the implementing regulations at 41 CFR 60-01 – Obligations of Contractors and Subcontractors; and 41 CFR 60-2 – Affirmative Action Programs.

4. **QUALIFICATIONS of ASSIGNOR(S) and ASSIGNEE(S)**: Each Assignor and Assignee certifies that it:  is established and officially recognized by the Bureau of Ocean Energy Management, Regulation and Enforcement as qualified and authorized to bid on, acquire interests in, and hold OCS oil and gas leases; is exercising and meeting due diligence requirements on any other OCS lease in accordance with section 8 of the OCSLA, as amended (43 U.S.C. 1337(d)); is in good standing with acceptable operating performance as required by 30 CFR 250 and 256; is not disqualified by BOEMRE from acquiring any new OCS leases or assigned interest(s) in existing leases because of unacceptable operating performance on any other OCS lease; is not failing to meet or exercise due diligence (as determined by BOEMRE after notice and opportunity for a hearing under 30 CFR part 290, subpart A); and is not restricted from bidding or acquiring interests in the lease or officially designated subdivision, therein, or grouped with any other entities on the restricted joint bidders list.

5. Assignee's execution of this assignment constitutes acceptance of all applicable terms, conditions, stipulations and restrictions pertaining to the lease described herein.  Applicable terms and conditions include, but are not limited to, an obligation to conduct all operations on the leasehold in accordance with the terms and conditions of the lease, to condition all wells for proper abandonment, to restore the leased lands upon completion of any operations as described in the lease, and to furnish and maintain bond(s) pursuant to regulations at 30 CFR 250 and 256.  This assignment is subject to the Outer Continental Shelf Lands Act of August 7, 1953, 67 Stat. 462; 43 U.S.C. 1331 et seq., as amended (the "Act"), and Assignee(s) is (are) subject to, and shall fully comply with, all applicable regulations now or to be issued under the Act.  Notwithstanding any agreement between the Assignor(s) and Assignee(s), the parties' liability to the Bureau of Ocean Energy Management, Regulation and Enforcement is governed by 30 CFR 250 through 256.

This Assignment of Record Title Interest will be made effective between the parties hereto as of <u>October 1, 2011</u>, upon approval by the Bureau of Ocean Energy Management, Regulation and Enforcement, United States Department of the Interior.

This instrument may be executed in any number of counterparts, each of which will be deemed an original instrument, but all of which together shall constitute but one and the same instrument provided, however, this instrument and any other counterpart hereof, will not be binding unless and until executed by all of the parties, and will not be accepted by the Bureau of Ocean Energy Management, Regulation and Enforcement unless all counterparts are filed simultaneously.

By signing this document, you certify that your statements made herein are true, complete and correct to the best of your knowledge and belief and are made in good faith.

Title 18 U.S.C. Sec. 1001 makes it a crime for any person knowingly and willfully to make to any Department or agency of the United States any false, fictitious or fraudulent statements or representations as to any matter within its jurisdiction.

| | |
|---|---|
| **Assignor Name:** Anadarko E&P Company LP | **Assignor Name:** |
| **Assignor Qualification No.** 00148 | **Assignor Qualification No.** |
| | |
| By: _____ | By: _____ |
| Signatory Name: Jim W. Bryan | Signatory Name: |
| Signatory Title:  Agent and Attorney-in-Fact | Signatory Title: |
| | |
| November 28, 2011 | |
| Execution Date | _____ |
| | Execution Date |
| | |
| **Assignee Name:**  Anadarko US Offshore Corporation | **Assignee Name:** |
| **Assignee Qualification No.** 02219 | **Assignee Qualification No.** |
| | |
| By: _____ | By: _____ |
| Signatory Name: Steve Wallace | Signatory Name: |
| Signatory Title:  Agent and Attorney-in-Fact | Signatory Title: |
| | |
| November 28, 2011 | |
| Execution Date | _____ |
| | Execution Date |

| | **Date** 30-MAR-2012 |
|---|---|
| **Serial Register Page** | **Page**  1 |

OCS-G31616

**Current Status** SOO            Central Gulf of Mexico            **Sale#**  205      **Sale Date** OCT 03, 2007

| | Bonus Bid | Initial Acreage | Current Acreage | Per Acre Amt. | Royalty Rate | Rental |
|---|---|---|---|---|---|---|
| | 502450.000 | 5760.000000 | 5760.000000 | 87.23 | 16.6666667 | 9.50 |

**Original Lessee(s):**

Anadarko E&P Company LP                                                                100.00000 %

**Description:**

All of Block  300, Garden Banks, OCS Official Protraction Diagram, NG15-02

**01-MAR-2008**    Date of lease: 03/01/2008.  Expected expiration date: 02/28/2013

**18-AUG-2010**    Anadarko E&P Company LP designates Anadarko Petroleum Corporation as operator.
               All of Block 300, Garden Banks.

**28-SEP-2011**    Suspension of operations approved from 05/28/2010 thru 05/27/2011.

**27-MAR-2012**    ✓Record title interest is now held as follows, effective 10/01/2011:

               Anadarko US Offshore Corporation                                      100.00000 %

**27-MAR-2012**    Anadarko US Offshore Corporation designates Anadarko Petroleum Corporation as operator.
               ALL OF BLOCK 300, Garden Banks.

OCS-G31616

*  *  *  *  *  *       UNCLASSIFIED       *  *  *  *  *  *

ANADARKO E&P COMPANY LP

1201 LAKE ROBBINS DRIVE • THE WOODLANDS, TEXAS 77380
P.O. BOX 1330 • HOUSTON, TEXAS 77251-1330



November 28, 2011

United States Department of the Interior
Bureau of Ocean Energy Management
Adjudication Unit – Mail Stop (MS) 5421
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394

**RE:    OCS-G 31616, Garden Banks, Block 300**


To Whom It May Concern:

Anadarko E&P Company LP (00148) submits the following for your review and approval:

| MMS Form Number | Form Title | Description | Area/Block Affected |
|---|---|---|---|
| BOEMRE-150 (2 Originals) | Assignment of Record Title Interest in Federal OCS Oil and Gas Lease – G31616 | Anadarko E&P Company LP (00148) conveys 100.00000% interest unto Anadarko US Offshore Corporation (02219). | Garden Banks, Block 300, OCS-G 31616 |
| BOEMRE-1123 (2 Originals) | Designation of Operator in Federal OCS Oil and Gas Lease – G31616 | Anadarko US Offshore Corporation (02219) designates Anadarko Petroleum Corporation (00981). | Garden Banks, Block 300, OCS-G 31616 |
| BOEMRE-1017 (1 Original) | Designation of Applicant | Form 1017 has been filed with the BOEM Leasing Activities Section (Patrick Clancy) | Garden Banks, Block 300, OCS-G 31616 |

A filing fee of $186.00 for Assignment of Record Title Interest was paid through Pay.Gov. The tracking ID is 74236940364. The receipt is enclosed.

A filing fee of $164.00 for Designation of Operator was paid through Pay.Gov. The tracking ID is 74236941036. This receipt is also enclosed.

Please return to the undersigned one (1) original each of the above MMS forms evidencing BOEM approval. For further information or questions, please contact Reid Elliott at 832-636-4708 or by email at reid.elliott@anadarko.com.

Sincerely,

Reid G. Elliott
Land - Gulf of Mexico
Entity Consolidation Project

A SUBSIDIARY OF ANADARKO PETROLEUM CORPORATION

**U. S. Department of the Interior**
**Bureau of Ocean Energy Management,**
**Regulation and Enforcement**

OMB Control Number: 1010-0006
OMB Approval Expires: March 31, 2014

| OCS-G 31616 |
| --- |
| Lease No.<br>March 1, 2008 |
| Lease Effective Date |
| New Lease No. (BOEMRE Use Only) |

**ASSIGNMENT OF RECORD TITLE INTEREST IN**
**FEDERAL OCS OIL AND GAS LEASE**

*(RECEIVED NOV 30 2011 ADJUDICATION MS 5427 stamp)*

---

| Part A: Assignment |
| --- |

**Legal description of the OCS oil and gas lease or the officially designated subdivision of the lease being assigned:** All of Block 300, Garden Banks

Assignor(s) does (do) hereby sell, assign, transfer, and convey unto Assignee(s) the following undivided right, title and interest (insert name and qualification number of each Assignor and Assignee below):

**Assignor(s):**                                          **Percentage Interest Conveyed**

Anadarko E&P Company LP (00148)                          100.00000%

**Assignee(s):**                                          **Percentage Interest Received**

Anadarko US Offshore Corporation (02219)                 100.00000%

**The approval of this assignment is restricted to record title interest only.**

[ ] Exhibit "A," which sets forth other provisions between Assignor(s) and Assignee(s), is attached to and made a part of this assignment.

---

**For BOEMRE use only**

This Assignment of Record Title Interest has been filed as of the date stamped on this document and is hereby approved by the Bureau of Ocean Energy Management, Regulation and Enforcement on the date shown below.

MAR 2 7 2012

By _C. Signorelli_     **Acting Supervisor, Adjudication Section**

Authorized Official for BOEMRE          Title          BOEMRE Approval Date

---

**Paperwork Reduction Act of 1995 (PRA) Statement:** The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that we collect this information to use in the adjudication process involved in leasing and lease operations. BOEMRE uses the information to track ownership of leases in the Federal OCS. Responses are required to obtain or retain a benefit. Proprietary data are covered under section 26 of the OCSLA, 30 CFR 256.10, and in accordance with regulations in 30 CFR parts 250,251, and 252. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden of this form is estimated to average 30 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 5438, Bureau of Ocean Energy Management, Regulation and Enforcement, 1849 C Street, NW, Washington, DC 20240.

## Part B: Certification and Acceptance

1. Each Assignor certifies it is the owner of the record title interest in the above-described lease that is hereby assigned to the Assignee(s) specified above.

2. **DEBARMENT COMPLIANCE**: Each Assignor and Assignee certifies its compliance with the Department of the Interior's nonprocurement debarment and suspension regulations at 2 CFR Subtitle B, Part 1400, and agree to communicate the requirement to comply with these regulations to persons with whom it does business related to this record title interest assignment by including the terms of the regulations in its contracts and transactions.

3. **EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION COMPLIANCE CERTIFICATION**: Each Assignor and Assignee certifies that it is in full compliance with Equal Opportunity Executive Order 11246, as amended, and the implementing regulations at 41 CFR 60-01 – Obligations of Contractors and Subcontractors; and 41 CFR 60-2 – Affirmative Action Programs.

4. **QUALIFICATIONS of ASSIGNOR(S) and ASSIGNEE(S)**: Each Assignor and Assignee certifies that it:  is established and officially recognized by the Bureau of Ocean Energy Management, Regulation and Enforcement as qualified and authorized to bid on, acquire interests in, and hold OCS oil and gas leases; is exercising and meeting due diligence requirements on any other OCS lease in accordance with section 8 of the OCSLA, as amended (43 U.S.C. 1337(d)); is in good standing with acceptable operating performance as required by 30 CFR 250 and 256; is not disqualified by BOEMRE from acquiring any new OCS leases or assigned interest(s) in existing leases because of unacceptable operating performance on any other OCS lease; is not failing to meet or exercise due diligence (as determined by BOEMRE after notice and opportunity for a hearing under 30 CFR part 290, subpart A); and is not restricted from bidding or acquiring interests in the lease or officially designated subdivision, therein, or grouped with any other entities on the restricted joint bidders list.

5. Assignee's execution of this assignment constitutes acceptance of all applicable terms, conditions, stipulations and restrictions pertaining to the lease described herein.  Applicable terms and conditions include, but are not limited to, an obligation to conduct all operations on the leasehold in accordance with the terms and conditions of the lease, to condition all wells for proper abandonment, to restore the leased lands upon completion of any operations as described in the lease, and to furnish and maintain bond(s) pursuant to regulations at 30 CFR 250 and 256.  This assignment is subject to the Outer Continental Shelf Lands Act of August 7, 1953, 67 Stat. 462; 43 U.S.C. 1331 et seq., as amended (the "Act"), and Assignee(s) is (are) subject to, and shall fully comply with, all applicable regulations now or to be issued under the Act.  Notwithstanding any agreement between the Assignor(s) and Assignee(s), the parties' liability to the Bureau of Ocean Energy Management, Regulation and Enforcement is governed by 30 CFR 250 through 256.

This Assignment of Record Title Interest will be made effective between the parties hereto as of ___October 1, 2011_____, upon approval by the Bureau of Ocean Energy Management, Regulation and Enforcement, United States Department of the Interior.

This instrument may be executed in any number of counterparts, each of which will be deemed an original instrument, but all of which together shall constitute but one and the same instrument provided, however, this instrument and any other counterpart hereof, will not be binding unless and until executed by all of the parties, and will not be accepted by the Bureau of Ocean Energy Management, Regulation and Enforcement unless all counterparts are filed simultaneously.

By signing this document, you certify that your statements made herein are true, complete and correct to the best of your knowledge and belief and are made in good faith.

Title 18 U.S.C. Sec. 1001 makes it a crime for any person knowingly and willfully to make to any Department or agency of the United States any false, fictitious or fraudulent statements or representations as to any matter within its jurisdiction.

| | |
|---|---|
| **Assignor Name:** Anadarko E&P Company LP | **Assignor Name:** |
| **Assignor Qualification No.** 00148 | **Assignor Qualification No.** |
| By: _[signature]_ | By: _____ |
| Signatory Name: Jim W. Bryan | Signatory Name: |
| Signatory Title:  Agent and Attorney-in-Fact | Signatory Title: |
| November 28, 2011 | _____ |
| Execution Date | Execution Date |
| **Assignee Name:** Anadarko US Offshore Corporation | **Assignee Name:** |
| **Assignee Qualification No.** 02219 | **Assignee Qualification No.** |
| By: _[signature]_ | By: _____ |
| Signatory Name: Steve Wallace | Signatory Name: |
| Signatory Title:  Agent and Attorney-in-Fact | Signatory Title: |
| November 28, 2011 | _____ |
| Execution Date | Execution Date |

Date  30-MAR-2012

**Serial Register Page**

Page  2

OCS-G31600

**Current Status** SOO                    Central Gulf of Mexico              **Sale#**  205      **Sale Date** OCT 03, 2007

**27-SEP-2011**     Suspension of operations approved from 05/28/2010 thru 05/27/2011.

**27-MAR-2012**   ✓Record title interest is now held as follows, effective 10/01/2011:

Anadarko US Offshore Corporation                                        80.00003 %
Stone Energy Offshore, L.L.C.                                          19.99997 %

**27-MAR-2012**     Anadarko US Offshore Corporation designates Anadarko Petroleum Corporation as operator.
ALL OF BLOCK 77, Garden Banks.

OCS-G31600

* * * * * *        UNCLASSIFIED        * * * * * *

**ANADARKO E&P COMPANY LP**

1201 LAKE ROBBINS DRIVE • THE WOODLANDS, TEXAS 77380
P.O. BOX 1330 • HOUSTON, TEXAS 77251-1330



November 28, 2011

United States Department of the Interior
Bureau of Ocean Energy Management
Adjudication Unit – Mail Stop (MS) 5421
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394

**RE:** OCS-G 31600, Garden Banks, Block 77

To Whom It May Concern:

Anadarko E&P Company LP (00148) submits the following for your review and approval:

| MMS Form Number | Form Title | Description | Area/Block Affected |
|---|---|---|---|
| BOEMRE-150 (2 Originals) | Assignment of Record Title Interest in Federal OCS Oil and Gas Lease – G31600 | Anadarko E&P Company LP (00148) conveys 80.00003% interest unto Anadarko US Offshore Corporation (02219). | Garden Banks, Block 77 |
| BOEMRE-1123 (2 Originals) | Designation of Operator in Federal OCS Oil and Gas Lease – G31600 | Anadarko US Offshore Corporation (02219) designates Anadarko Petroleum Corporation (00981). | Garden Banks, Block 77 |

A filing fee of $186.00 for Assignment of Record Title Interest was paid through Pay.Gov. The tracking ID is 74236914154. The receipt is enclosed.

A filing fee of $164.00 for Designation of Operator was paid through Pay.Gov. The tracking ID is 74236914964. This receipt is also enclosed.

Please return to the undersigned one (1) original each of the above MMS forms evidencing BOEM approval. For further information or questions, please contact Reid Elliott at 832-636-4708 or by email at reid.elliott@anadarko.com.

Sincerely,

Reid G. Elliott
Land - Gulf of Mexico
Entity Consolidation Project

**U. S. Department of the Interior**
**Bureau of Ocean Energy Management,**
**Regulation and Enforcement**

OMB Control Number: 1010-0006
OMB Approval Expires: March 31, 2014

OCS-G 31600
_____
Lease No.
March 1, 2008
_____
Lease Effective Date
_____
New Lease No. (BOEMRE Use Only)

**ASSIGNMENT OF RECORD TITLE INTEREST IN**
**FEDERAL OCS OIL AND GAS LEASE**

*RECEIVED NOV 3 0 2011 ADJUDICATION UNIT*

| Part A: Assignment |
| --- |

**Legal description of the OCS oil and gas lease or the officially designated subdivision of the lease being assigned:**  All of Block 77, Garden Banks

Assignor(s) does (do) hereby sell, assign, transfer, and convey unto Assignee(s) the following undivided right, title and interest (insert name and qualification number of each Assignor and Assignee below):

**Assignor(s):**                                             **Percentage Interest Conveyed**

Anadarko E&P Company LP (00148)                                80.00003%

**Assignee(s):**                                             **Percentage Interest Received**

Anadarko US Offshore Corporation (02219)                       80.00003%

**The approval of this assignment is restricted to record title interest only.**

☐ Exhibit "A," which sets forth other provisions between Assignor(s) and Assignee(s), is attached to and made a part of this assignment.

---

**For BOEMRE use only**

This Assignment of Record Title Interest has been filed as of the date stamped on this document and is hereby approved by the Bureau of Ocean Energy Management, Regulation and Enforcement on the date shown below.

By _C. Signorelli_  ~~Acting Supervisor, Adjudication Section~~        MAR 2 7 2012
Authorized Official for BOEMRE            Title             BOEMRE Approval Date

---

**Paperwork Reduction Act of 1995 (PRA) Statement:** The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that we collect this information to use in the adjudication process involved in leasing and lease operations. BOEMRE uses the information to track ownership of leases in the Federal OCS. Responses are required to obtain or retain a benefit. Proprietary data are covered under section 26 of the OCSLA, 30 CFR 256.10, and in accordance with regulations in 30 CFR parts 250,251, and 252.. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden of this form is estimated to average 30 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 5438, Bureau of Ocean Energy Management, Regulation and Enforcement, 1849 C Street, NW, Washington, DC 20240.

## Part B: Certification and Acceptance

1. Each Assignor certifies it is the owner of the record title interest in the above-described lease that is hereby assigned to the Assignee(s) specified above.

2. **DEBARMENT COMPLIANCE**: Each Assignor and Assignee certifies its compliance with the Department of the Interior's nonprocurement debarment and suspension regulations at 2 CFR Subtitle B, Part 1400, and agree to communicate the requirement to comply with these regulations to persons with whom it does business related to this record title interest assignment by including the terms of the regulations in its contracts and transactions.

3. **EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION COMPLIANCE CERTIFICATION**: Each Assignor and Assignee certifies that it is in full compliance with Equal Opportunity Executive Order 11246, as amended, and the implementing regulations at 41 CFR 60-01 – Obligations of Contractors and Subcontractors; and 41 CFR 60-2 – Affirmative Action Programs.

4. **QUALIFICATIONS of ASSIGNOR(S) and ASSIGNEE(S)**: Each Assignor and Assignee certifies that it:  is established and officially recognized by the Bureau of Ocean Energy Management, Regulation and Enforcement as qualified and authorized to bid on, acquire interests in, and hold OCS oil and gas leases; is exercising and meeting due diligence requirements on any other OCS lease in accordance with section 8 of the OCSLA, as amended (43 U.S.C. 1337(d)); is in good standing with acceptable operating performance as required by 30 CFR 250 and 256; is not disqualified by BOEMRE from acquiring any new OCS leases or assigned interest(s) in existing leases because of unacceptable operating performance on any other OCS lease; is not failing to meet or exercise due diligence (as determined by BOEMRE after notice and opportunity for a hearing under 30 CFR part 290, subpart A); and is not restricted from bidding or acquiring interests in the lease or officially designated subdivision, therein, or grouped with any other entities on the restricted joint bidders list.

5. Assignee's execution of this assignment constitutes acceptance of all applicable terms, conditions, stipulations and restrictions pertaining to the lease described herein.  Applicable terms and conditions include, but are not limited to, an obligation to conduct all operations on the leasehold in accordance with the terms and conditions of the lease, to condition all wells for proper abandonment, to restore the leased lands upon completion of any operations as described in the lease, and to furnish and maintain bond(s) pursuant to regulations at 30 CFR 250 and 256.  This assignment is subject to the Outer Continental Shelf Lands Act of August 7, 1953, 67 Stat. 462; 43 U.S.C. 1331 et seq., as amended (the "Act"), and Assignee(s) is (are) subject to, and shall fully comply with, all applicable regulations now or to be issued under the Act.  Notwithstanding any agreement between the Assignor(s) and Assignee(s), the parties' liability to the Bureau of Ocean Energy Management, Regulation and Enforcement is governed by 30 CFR 250 through 256.

This Assignment of Record Title Interest will be made effective between the parties hereto as of <u>October 1, 2011</u>, upon approval by the Bureau of Ocean Energy Management, Regulation and Enforcement, United States Department of the Interior.

This instrument may be executed in any number of counterparts, each of which will be deemed an original instrument, but all of which together shall constitute but one and the same instrument provided, however, this instrument and any other counterpart hereof, will not be binding unless and until executed by all of the parties, and will not be accepted by the Bureau of Ocean Energy Management, Regulation and Enforcement unless all counterparts are filed simultaneously.

By signing this document, you certify that your statements made herein are true, complete and correct to the best of your knowledge and belief and are made in good faith.

Title 18 U.S.C. Sec. 1001 makes it a crime for any person knowingly and willfully to make to any Department or agency of the United States any false, fictitious or fraudulent statements or representations as to any matter within its jurisdiction.

**Assignor Name:** Anadarko E&P Company LP
**Assignor Qualification No.** 00148

By: _____
Signatory Name: Jim W. Bryan
Signatory Title:  Agent and Attorney-in-Fact

<u>November 28, 2011</u>
Execution Date

**Assignee Name:** Anadarko US Offshore Corporation
**Assignee Qualification No.** 02219

By: _____
Signatory Name: Steve Wallace
Signatory Title:  Agent and Attorney-in-Fact

<u>November 28, 2011</u>
Execution Date

**Assignor Name:**
**Assignor Qualification No.**

By:_____
Signatory Name:
Signatory Title:

_____
Execution Date

**Assignee Name:**
**Assignee Qualification No.**

By:_____
Signatory Name:
Signatory Title:

_____
Execution Date

Serial Register Page

OCS-G31535
**Current Status** PRIMRY          Central Gulf of Mexico          **Sale#** 205          **Sale Date** OCT 03, 2007

| Bonus Bid | Initial Acreage | Current Acreage | Per Acre Amt. | Royalty Rate | Rental |
|-----------|-----------------|-----------------|---------------|--------------|--------|
| 502450.000 | 5760.000000 | 5760.000000 | 87.23 | 16.6666667 | 9.50 |

### Original Lessee(s):

Anadarko E&P Company LP                                                                    100.00000 %

### Description:

All of Block  978, Mississippi Canyon, OCS Official Protraction Diagram, NH16-10

**01-MAR-2008**      Date of lease: 03/01/2008.  Expected expiration date: 02/28/2018

**05-JAN-2009**      Record title interest is now held as follows, effective 08/01/2008:

Anadarko E&P Company LP                                                       66.67000 %
Woodside Energy (USA) Inc.                                                    33.33000 %

**05-JAN-2009**      Woodside Energy (USA) Inc. designates Anadarko E&P Company LP as operator.
ALL OF BLOCK 978, Mississippi Canyon.
**18-AUG-2010**      Anadarko E&P Company LP designates Anadarko Petroleum Corporation as operator.
ALL OF BLOCK 978, Mississippi Canyon.
**18-AUG-2010**      Woodside Energy (USA) Inc. designates Anadarko Petroleum Corporation as operator.
ALL OF BLOCK 978, Mississippi Canyon.
**27-MAR-2012**      Record title interest is now held as follows, effective 10/01/2011:

Anadarko US Offshore Corporation                                              66.67000 %
Woodside Energy (USA) Inc.                                                    33.33000 %

**27-MAR-2012**      Anadarko US Offshore Corporation designates Anadarko Petroleum Corporation as operator.
ALL OF BLOCK 978, Mississippi Canyon.

OCS-G31535

*  *  *  *  *  *          UNCLASSIFIED          *  *  *  *  *  *

ANADARKO E&P COMPANY LP

1201 LAKE ROBBINS DRIVE  •  THE WOODLANDS, TEXAS 77380

P.O. BOX 1330  •  HOUSTON, TEXAS 77251-1330



RECEIVED
NOV 3 0 2011
ADJUDICATION UNIT
MS 5421

November 28, 2011

United States Department of the Interior
Bureau of Ocean Energy Management
Adjudication Unit – Mail Stop (MS) 5421
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394

**RE:**   OCS-G 31535, Mississippi Canyon, Block 978

To Whom It May Concern:

Anadarko E&P Company LP (00148) submits the following for your review and approval:

| MMS Form Number | Form Title | Description | Area/Block Affected |
|---|---|---|---|
| BOEMRE-150 (2 Originals) | Assignment of Record Title Interest in Federal OCS Oil and Gas Lease – G31535 | Anadarko E&P Company LP (00148) conveys 66.67000% interest unto Anadarko US Offshore Corporation (02219). | Mississippi Canyon, Block 978, OCS-G 31535 |
| BOEMRE-1123 (2 Originals) | Designation of Operator in Federal OCS Oil and Gas Lease – G31535 | Anadarko US Offshore Corporation (02219) designates Anadarko Petroleum Corporation (00981). | Mississippi Canyon, Block 978, OCS-G 31535 |
| BOEMRE-1017 (1 Original) | Designation of Applicant | Form 1017 has been filed with the BOEM Leasing Activities Section (Patrick Clancy) | Mississippi Canyon, Block 978, OCS-G 31535 |

A filing fee of $186.00 for Assignment of Record Title Interest was paid through Pay.Gov. The tracking ID is 74236938648. The receipt is enclosed.

A filing fee of $164.00 for Designation of Operator was paid through Pay.Gov. The tracking ID is 74236939282. This receipt is also enclosed.

Please return to the undersigned one (1) original each of the above MMS forms evidencing BOEM approval.  For further information or questions, please contact Reid Elliott at 832-636-4708 or by email at reid.elliott@anadarko.com.

Sincerely,

Reid G. Elliott
Land - Gulf of Mexico
Entity Consolidation Project

A SUBSIDIARY OF ANADARKO PETROLEUM CORPORATION

**U. S. Department of the Interior,**
**Bureau of Ocean Energy Management,**
**Regulation and Enforcement**

OMB Control Number: 1010-0006
OMB Approval Expires: March 31, 2014

OCS-G 31535

Lease No.
March 1, 2008

Lease Effective Date

**ASSIGNMENT OF RECORD TITLE INTEREST IN**
**FEDERAL OCS OIL AND GAS LEASE**

New Lease No. (BOEMRE Use Only)

| Part A: Assignment |
| --- |

**Legal description of the OCS oil and gas lease or the officially designated subdivision of the lease being assigned:** All of Block 978, Mississippi Canyon

Assignor(s) does (do) hereby sell, assign, transfer, and convey unto Assignee(s) the following undivided right, title and interest (insert name and qualification number of each Assignor and Assignee below):

**Assignor(s):** **Percentage Interest Conveyed**

Anadarko E&P Company LP (00148) 66.67000%

**Assignee(s):** **Percentage Interest Received**

Anadarko US Offshore Corporation (02219) 66.67000%

**The approval of this assignment is restricted to record title interest only.**

☐ Exhibit "A," which sets forth other provisions between Assignor(s) and Assignee(s), is attached to and made a part of this assignment.

---

**For BOEMRE use only**

This Assignment of Record Title Interest has been filed as of the date stamped on this document and is hereby approved by the Bureau of Ocean Energy Management, Regulation and Enforcement on the date shown below.

By _C. Signorelli_    **Acting Supervisor, Adjudication Section**    MAR 2 7 2012

Authorized Official for BOEMRE      Title      BOEMRE Approval Date

---

**Paperwork Reduction Act of 1995 (PRA) Statement:** The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that we collect this information to use in the adjudication process involved in leasing and lease operations. BOEMRE uses the information to track ownership of leases in the Federal OCS. Responses are required to obtain or retain a benefit. Proprietary data are covered under section 26 of the OCSLA, 30 CFR 256.10, and in accordance with regulations in 30 CFR parts 250,251, and 252. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden of this form is estimated to average 30 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 5438, Bureau of Ocean Energy Management, Regulation and Enforcement, 1849 C Street, NW, Washington, DC 20240.

**BOEMRE** FORM MMS-150 (March 2011–Supersedes all previous editions of form MMS-150 which may not be used) Page 1 of 2

## Part B: Certification and Acceptance

1. Each Assignor certifies it is the owner of the record title interest in the above-described lease that is hereby assigned to the Assignee(s) specified above.

2. **DEBARMENT COMPLIANCE**: Each Assignor and Assignee certifies its compliance with the Department of the Interior's nonprocurement debarment and suspension regulations at 2 CFR Subtitle B, Part 1400, and agree to communicate the requirement to comply with these regulations to persons with whom it does business related to this record title interest assignment by including the terms of the regulations in its contracts and transactions.

3. **EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION COMPLIANCE CERTIFICATION**: Each Assignor and Assignee certifies that it is in full compliance with Equal Opportunity Executive Order 11246, as amended, and the implementing regulations at 41 CFR 60-01 – Obligations of Contractors and Subcontractors; and *41 CFR 60-2 – Affirmative Action Programs.*

4. **QUALIFICATIONS of ASSIGNOR(S) and ASSIGNEE(S)**: Each Assignor and Assignee certifies that it:  is established and officially recognized by the Bureau of Ocean Energy Management, Regulation and Enforcement as qualified and authorized to bid on, acquire interests in, *and hold OCS oil and gas leases; is exercising and meeting due diligence requirements on any other OCS lease in accordance with section 8 of the OCSLA, as amended (43 U.S.C. 1337(d)); is in good standing with acceptable operating performance as required by 30 CFR 250 and 256; is not disqualified by BOEMRE from acquiring any new OCS leases or assigned interest(s) in existing leases because of unacceptable operating performance on any other OCS lease; is not failing to meet or exercise due diligence (as determined by BOEMRE after notice and opportunity for a hearing under 30 CFR part 290, subpart A); and is not restricted from bidding or acquiring interests in the lease or officially designated subdivision, therein, or grouped with any other entities on the restricted joint bidders list.*

5. Assignee's execution of this assignment constitutes acceptance of all applicable terms, conditions, stipulations and restrictions pertaining to the lease described herein.  Applicable terms and conditions include, but are not limited to, an obligation to conduct all operations on the leasehold in accordance with the terms and conditions of the lease, to condition all wells for proper abandonment, to restore the leased lands upon completion of any operations as described in the lease, and to furnish and maintain bond(s) pursuant to regulations at 30 CFR 250 and 256.  This assignment is subject to the Outer Continental Shelf Lands Act of August 7, 1953, 67 Stat. 462; 43 U.S.C. 1331 et seq., as amended (the "Act"), and Assignee(s) is (are) subject to, and shall fully comply with, all applicable regulations now or to be issued under the Act.  Notwithstanding any agreement between the Assignor(s) and Assignee(s), the parties' liability to the Bureau of Ocean Energy Management, Regulation and Enforcement is governed by 30 CFR 250 through 256.

This Assignment of Record Title Interest will be made effective between the parties hereto as of _October 1, 2011_____, upon approval by the Bureau of Ocean Energy Management, Regulation and Enforcement, United States Department of the Interior.

This instrument may be executed in any number of counterparts, each of which will be deemed an original instrument, but all of which together shall constitute but one and the same instrument provided, however, this instrument and any other counterpart hereof, will not be binding unless and until executed by all of the parties, and will not be accepted by the Bureau of Ocean Energy Management, Regulation and Enforcement unless all counterparts are filed simultaneously.

By signing this document, you certify that your statements made herein are true, complete and correct to the best of your knowledge and belief and are made in good faith.

Title 18 U.S.C. Sec. 1001 makes it a crime for any person knowingly and willfully to make to any Department or agency of the United States any false, fictitious or fraudulent statements or representations as to any matter within its jurisdiction.

| | |
|---|---|
| **Assignor Name:** Anadarko E&P Company LP | **Assignor Name:** |
| **Assignor Qualification No.** 00148 | **Assignor Qualification No.** |
| By: _____ | By: _____ |
| Signatory Name: Jim W. Bryan | Signatory Name: |
| Signatory Title:  Agent and Attorney-in-Fact | Signatory Title: |
| November 28, 2011 | |
| Execution Date | Execution Date |
| **Assignee Name:** Anadarko US Offshore Corporation | **Assignee Name:** |
| **Assignee Qualification No.** 02219 | **Assignee Qualification No.** |
| By: _____ | By: _____ |
| Signatory Name: Steve Wallace | Signatory Name: |
| Signatory Title:  Agent and Attorney-in-Fact | Signatory Title: |
| November 28, 2011 | |
| Execution Date | Execution Date |

**Serial Register Page**

**Date**  30-MAR-2012
**Page**  2

OCS-G31601
**Current Status** SOO                 Central Gulf of Mexico          **Sale#**  205      **Sale Date** OCT 03, 2007

**27-SEP-2011**     Suspension of operations approved from 05/28/2010 thru 05/27/2011.

**27-MAR-2012**    Record title interest is now held as follows, effective 10/01/2011:

                   Anadarko US Offshore Corporation                                          80.00003 %
                   Stone Energy Offshore, L.L.C.                                              19.99997 %

**27-MAR-2012**    Anadarko US Offshore Corporation designates Anadarko Petroleum Corporation as operator.
                   ALL OF BLOCK 78, Garden Banks.

                                                                                    OCS-G31601

          *   *   *   *   *       UNCLASSIFIED       *   *   *   *   *   *

ANADARKO E&P COMPANY LP

1201 LAKE ROBBINS DRIVE • THE WOODLANDS, TEXAS 77380
P.O. BOX 1330 • HOUSTON, TEXAS 77251-1330





E&P Company LP

November 28, 2011

United States Department of the Interior
Bureau of Ocean Energy Management
Adjudication Unit – Mail Stop (MS) 5421
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394

**RE:**   OCS-G 31601, Garden Banks, Block 78

To Whom It May Concern:

Anadarko E&P Company LP (00148) submits the following for your review and approval:

| **MMS Form Number** | **Form Title** | **Description** | **Area/Block Affected** |
|---|---|---|---|
| BOEMRE-150 (2 Originals) | Assignment of Record Title Interest in Federal OCS Oil and Gas Lease – G31601 | Anadarko E&P Company LP (00148) conveys 80.00003% interest unto Anadarko US Offshore Corporation (02219). | Garden Banks, Block 78 |
| BOEMRE-1123 (2 Originals) | Designation of Operator in Federal OCS Oil and Gas Lease – G31601 | Anadarko US Offshore Corporation (02219) designates Anadarko Petroleum Corporation (00981). | Garden Banks, Block 78 |

A filing fee of $186.00 for Assignment of Record Title Interest was paid through Pay.Gov. The tracking ID is 74236917350. The receipt is enclosed.

A filing fee of $164.00 for Designation of Operator was paid through Pay.Gov. The tracking ID is 74236918134. This receipt is also enclosed.

Please return to the undersigned one (1) original each of the above MMS forms evidencing BOEM approval. For further information or questions, please contact Reid Elliott at 832-636-4708 or by email at reid.elliott@anadarko.com.

Sincerely,

Reid G. Elliott
Land - Gulf of Mexico
Entity Consolidation Project

**U. S. Department of the Interior**
**Bureau of Ocean Energy Management,**
**Regulation and Enforcement**

OMB Control Number: 1010-0006
OMB Approval Expires: March 31, 2014

OCS-G 31601

Lease No.
March 1, 2008

Lease Effective Date

New Lease No. (BOEMRE Use Only)

**ASSIGNMENT OF RECORD TITLE INTEREST IN**
**FEDERAL OCS OIL AND GAS LEASE**

| Part A: Assignment |
|---|

**Legal description of the OCS oil and gas lease or the officially designated subdivision of the lease being assigned:** All of Block 78, Garden Banks

Assignor(s) does (do) hereby sell, assign, transfer, and convey unto Assignee(s) the following undivided right, title and interest (insert name and qualification number of each Assignor and Assignee below):

**Assignor(s):**                                              **Percentage Interest Conveyed**

   Anadarko E&P Company LP (00148)                          80.00003%

**Assignee(s):**                                             **Percentage Interest Received**

   Anadarko US Offshore Corporation (02219)                 80.00003%

**The approval of this assignment is restricted to record title interest only.**

☐ Exhibit "A," which sets forth other provisions between Assignor(s) and Assignee(s), is attached to and made a part of this assignment.

---

**For BOEMRE use only**

This Assignment of Record Title Interest has been filed as of the date stamped on this document and is hereby approved by the Bureau of Ocean Energy Management, Regulation and Enforcement on the date shown below.

By _C. Signorelli_          **Acting Supervisor, Adjudication Section**    MAR 22 2012
Authorized Official for BOEMRE          Title          BOEMRE Approval Date

---

**Paperwork Reduction Act of 1995 (PRA) Statement:** The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that we collect this information to use in the adjudication process involved in leasing and lease operations. BOEMRE uses the information to track ownership of leases in the Federal OCS. Responses are required to obtain or retain a benefit. Proprietary data are covered under section 26 of the OCSLA, 30 CFR 256.10, and in accordance with regulations in 30 CFR parts 250.251, and 252. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden of this form is estimated to average 30 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 5438, Bureau of Ocean Energy Management, Regulation and Enforcement, 1849 C Street, NW, Washington, DC 20240.

**BOEMRE FORM MMS-150 (March 2011–Supersedes all previous editions of form MMS-150 which may not be used) Page 1 of 2**

## Part B: Certification and Acceptance

1. Each Assignor certifies it is the owner of the record title interest in the above-described lease that is hereby assigned to the Assignee(s) specified above.

2. **DEBARMENT COMPLIANCE**: Each Assignor and Assignee certifies its compliance with the Department of the Interior's nonprocurement debarment and suspension regulations at 2 CFR Subtitle B, Part 1400, and agree to communicate the requirement to comply with these regulations to persons with whom it does business related to this record title interest assignment by including the terms of the regulations in its contracts and transactions.

3. **EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION COMPLIANCE CERTIFICATION**: Each Assignor and Assignee certifies that it is in full compliance with Equal Opportunity Executive Order 11246, as amended, and the implementing regulations at 41 CFR 60-01 – Obligations of Contractors and Subcontractors; and 41 CFR 60-2 – Affirmative Action Programs.

4. **QUALIFICATIONS of ASSIGNOR(S) and ASSIGNEE(S)**: Each Assignor and Assignee certifies that it:  is established and officially recognized by the Bureau of Ocean Energy Management, Regulation and Enforcement as qualified and authorized to bid on, acquire interests in, and hold OCS oil and gas leases; is exercising and meeting due diligence requirements on any other OCS lease in accordance with section 8 of the OCSLA, as amended (43 U.S.C. 1337(d)); is in good standing with acceptable operating performance as required by 30 CFR 250 and 256; is not disqualified by BOEMRE from acquiring any new OCS leases or assigned interest(s) in existing leases because of unacceptable operating performance on any other OCS lease; is not failing to meet or exercise due diligence (as determined by BOEMRE after notice and opportunity for a hearing under 30 CFR part 290, subpart A); and is not restricted from bidding or acquiring interests in the lease or officially designated subdivision, therein, or grouped with any other entities on the restricted joint bidders list.

5. Assignee's execution of this assignment constitutes acceptance of all applicable terms, conditions, stipulations and restrictions pertaining to the lease described herein.  Applicable terms and conditions include, but are not limited to, an obligation to conduct all operations on the leasehold in accordance with the terms and conditions of the lease. to condition all wells for proper abandonment, to restore the leased lands upon completion of any operations as described in the lease, and to furnish and maintain bond(s) pursuant to regulations at 30 CFR 250 and 256.  This assignment is subject to the Outer Continental Shelf Lands Act of August 7, 1953, 67 Stat. 462; 43 U.S.C. 1331 et seq., as amended (the "Act"), and Assignee(s) is (are) subject to, and shall fully comply with, all applicable regulations now or to be issued under the Act.  Notwithstanding any agreement between the Assignor(s) and Assignee(s), the parties' liability to the Bureau of Ocean Energy Management, Regulation and Enforcement is governed by 30 CFR 250 through 256.

This Assignment of Record Title Interest will be made effective between the parties hereto as of __October 1, 2011__, upon approval by the Bureau of Ocean Energy Management, Regulation and Enforcement, United States Department of the Interior.

This instrument may be executed in any number of counterparts, each of which will be deemed an original instrument, but all of which together shall constitute but one and the same instrument provided. however, this instrument and any other counterpart hereof, will not be binding unless and until executed by all of the parties, and will not be accepted by the Bureau of Ocean Energy Management, Regulation and Enforcement unless all counterparts are filed simultaneously.

By signing this document, you certify that your statements made herein are true, complete and correct to the best of your knowledge and belief and are made in good faith.

Title 18 U.S.C. Sec. 1001 makes it a crime for any person knowingly and willfully to make to any Department or agency of the United States any false, fictitious or fraudulent statements or representations as to any matter within its jurisdiction.

| | |
|---|---|
| **Assignor Name:** Anadarko E&P Company LP | **Assignor Name:** |
| **Assignor Qualification No.** 00148 | **Assignor Qualification No.** |
| | |
| By: _____ | By: _____ |
| Signatory Name: Jim W. Bryan | Signatory Name: |
| Signatory Title:  Agent and Attorney-in-Fact | Signatory Title: |
| | |
| _November 28, 2011_ | _____ |
| Execution Date | Execution Date |
| | |
| **Assignee Name:** Anadarko US Offshore Corporation | **Assignee Name:** |
| **Assignee Qualification No.** 02219 | **Assignee Qualification No.** |
| | |
| By: _____ | By: _____ |
| Signatory Name: Steve Wallace | Signatory Name: |
| Signatory Title:  Agent and Attorney-in-Fact | Signatory Title: |
| | |
| _November 28, 2011_ | _____ |
| Execution Date | Execution Date |