# Exhibit 2

# Moskowitz, Keith

| | |
|---|---|
| **From:** | James Roy <JIMR@wrightroy.com> |
| **Sent:** | Monday, June 25, 2012 10:35 AM |
| **To:** | Christine Reitano |
| **Cc:** | Steve Herman; Tracy Steilberg; Patrick Juneau; Moskowitz, Keith; Orran L. Brown (OBrown@browngreer.com); Lynn Greer (lgreer@browngreer.com); mark.holstein@bp.com; David Odom |
| **Subject:** | Re: BP Oil - June 26th Meeting |

Thanks

James P. Roy

Sent from my iPad
Jimr@wrightroy.com
Cel: 337-278-7892

Domengeaux Wright Roy and Edwards LLC
P.O.Box 3668
Lafayette, Louisiana 70502

www.wrightroy.com


On Jun 25, 2012, at 7:11 AM, "Christine Reitano" <creitano@dheclaims.com> wrote:

> I think that would be appropriate, I will check with Pat Juneau and have Tracy circulate a revised agenda tomorrow.
>
> Christine
>
> Sent from my iPhone
>
> On Jun 24, 2012, at 8:44 PM, "Steve Herman" <SHERMAN@hhklawfirm.com> wrote:
>
>> Might be a good opportunity to also discuss the somewhat related issues of:
>> 6) Proposed Order re Confidentiality of Claims Information
>> 7) Potential Access by BO and Class Counsel to status / processing / evaluation of initial "test cases"
>> 8) Access of claimants to any potential alleged GCCF "fraud investigation" information that might be provided to Program
>>
>> Thanks.
>>
>>> **From:** Tracy Steilberg [mailto:tsteilberg@dheclaims.com]
>>> **Sent:** Friday, June 22, 2012 2:42 PM
>>> **To:** Patrick Juneau; 'James Roy (jimr@wrightroy.com)'; Steve Herman; 'Keith Moskowitz (keith.moskowitz@snrdenton.com)'; Daniel Cantor (Daniel.Cantor@aporter.com); Orran L. Brown (OBrown@browngreer.com); 'Lynn Greer (lgreer@browngreer.com)'; Christine Reitano; mark.holstein@bp.com

1

**Cc:** David Odom
**Subject:** RE: June 26th Meeting

This is the agenda for the meeting on Tuesday, June 26.

1) Status of resolution of remaining spreadsheet issues and procedure from this point forward on future issues.
2) Suggested protocol for promotional fund.
3) Protocol for contact with vendors.
4) Employment of CADA for administration of subsistence claims.; and
5) Letter to claimants regarding option for 40% payment and required releases.

For those of you who will not be attending the meeting, the call in number is 1-866-906-7447; code 8428394.

<image001.png>

**935 Gravier Street, Ste. 1905**
**New Orleans, LA  70112**
**tsteilberg@dheclaims.com**
**Direct Line 504.934.4911**

---

**From:** Tracy Steilberg
**Sent:** Wednesday, June 20, 2012 12:42 PM
**To:** Patrick Juneau; 'James Roy (jimr@wrightroy.com)'; 'Stephen Herman (sherman@hhkc.com)'; 'Keith Moskowitz (keith.moskowitz@snrdenton.com)'; Daniel Cantor (Daniel.Cantor@aporter.com); Orran L. Brown (OBrown@browngreer.com); 'Lynn Greer (lgreer@browngreer.com)'; Christine Reitano
**Cc:** 'David Odom (dodom@dheclaims.com)'
**Subject:** RE: June 21st Meeting

All:
    The following is an additional agenda item for the 3:00 p.m., Tuesday, June 26, 2012 meeting:

    5)    Letter to claimants regarding option for 40% payment and required releases.

<image002.png>

**935 Gravier Street, Ste. 1905**
**New Orleans, LA  70112**
**tsteilberg@dheclaims.com**
**Direct Line 504.934.4911**

2

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information
intended
solely for the addressee.  Please do not read, copy, or
disseminate it unless
you are the addressee.  If you have received it in error, please
call us
(collect) immediately at (504) 581-4892 and ask to speak with the
message
sender.  Also, we would appreciate your forwarding the message
back to us and
deleting it from your system.  Thank you.
```

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.