# Exhibit 3

## Moskowitz, Keith

| | |
|---|---|
| **From:** | Cantor, Daniel A. <Daniel.Cantor@APORTER.COM> |
| **Sent:** | Thursday, June 28, 2012 4:11 PM |
| **To:** | Steve Herman; James Roy; creitano@dheclaims.com; 'dodom@dheclaims.com' |
| **Cc:** | Moskowitz, Keith |
| **Subject:** | FW: BP Oil - IT Update call/ meeting - wednesday morning? |

All,

May I propose a brief phone conference for later today or tomorrow afternoon to try to bring this issue to closure.  I believe the issue was fully laid out and resolved at the Panel meeting the other day so hopefully it can be a brief call.  I am available for the remainder of the afternoon today or any time after 2 pm cst tomorrow.  Thanks

Dan

---

**From:** Steve Herman [mailto:SHERMAN@hhklawfirm.com]
**Sent:** Wednesday, June 27, 2012 8:01 AM
**To:** 'Chris Reade'
**Cc:** James Roy; Christine Reitano; Keith Moskowitz; Cantor, Daniel A.
**Subject:** BP Oil - IT Update call/ meeting - wednesday morning?

May be talking about some data that will not be transferred to the Program until the Court enters the revised proposed Confidentiality Order.  But what I think this is intended to refer to is the disclosure (to BP, Class Counsel and the Claimant) of individual Claims Information after the Determination by the Program as to that Claim, (not a ruling of the Court).  As I have indicated separately, and as Jim has indicated below, I don't think there are any data points that BP is allowed to have from in-process Claims.  They (and Class Counsel) are only allowed to have general aggregate non-claimant-specific data, until there is a Determination by the Program.  Thanks.

---

**From:** Chris Reade [mailto:readec@dheclaims.com]
**Sent:** Tuesday, June 26, 2012 10:19 PM
**To:** James Roy
**Cc:** Steve Herman; Christine Reitano; Keith Moskowitz; Daniel A. Cantor
**Subject:** Re: IT Update call/ meeting - wednesday morning?

The attorneys on this email thread will have to speak to that.  It's above my pay grade.

Thanks,
Chris

Sent from my iPhone

On Jun 26, 2012, at 10:00 PM, "James Roy" <JIMR@wrightroy.com> wrote:

> What do you mean Court rules? On what?
>
> James P. Roy
>
> Sent from my iPad
> Jimr@wrightroy.com

Cel: 337-278-7892

Domengeaux Wright Roy and Edwards LLC
P.O.Box 3668
Lafayette, Louisiana 70502

www.wrightroy.com


On Jun 26, 2012, at 9:38 PM, "Chris Reade" <readec@dheclaims.com> wrote:

> That is as I understood it - no data transfer to BP until the Court rules on it.
>
> Thanks,
> Chris
>
> Sent from my iPhone
>
> On Jun 26, 2012, at 9:24 PM, "James Roy" <JIMR@wrightroy.com> wrote:
>
>> Why will ANY data be disclosed from a claim file to BP or class counsel until after an offer is made. That's how I thought it was left after today's meeting with Administrator.  Jim
>>
>> James P. Roy
>>
>> Sent from my iPad
>> Jimr@wrightroy.com
>> Cel: 337-278-7892
>>
>> Domengeaux Wright Roy and Edwards LLC
>> P.O.Box 3668
>> Lafayette, Louisiana 70502
>>
>> www.wrightroy.com
>>
>>
>> On Jun 26, 2012, at 5:12 PM, "Chris Reade" <readec@dheclaims.com> wrote:
>>
>>> Steve and Jim,
>>>
>>> We have a meeting tomorrow to go over what data points BP is allowed to have from in-process Claims versus what data points have to wait until the Claim is closed.  The meeting will be at the PanAm building , 11th floor at 10am tomorrow.  We were wondering if you all had someone who could attend.
>>>
>>> Best regards,
>>> Chris

_____
_____

**Christopher Reade, CIO**
readec@DHEClaims.com
office: 504.299.8333
fax: 504.299.8337

**Deepwater Horizon Economic Claims Center**
935 Gravier Street, 19th floor
New Orleans, LA 70112
www.DHEClaims.com

This electronic message transmission, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any review, copying, dissemination, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error please notify me immediately.

---

**From:** Moskowitz, Keith
[keith.moskowitz@snrdenton.com]
**Sent:** Tuesday, June 26, 2012 4:53 PM
**To:** Christopher Reade
**Subject:** RE: IT Update call/ meeting - wednesday morning?

You can notify Steve Herman and Jim Roy and they can decide whether to send someone

Keith Moskowitz
SNR Denton US LLP
D +1 312 876 8220
M +1 312 758 9732
F +1 312 876 7934
keith.moskowitz@snrdenton.com
snrdenton.com



233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6306

---

SNR Denton is the collective trade name for an international legal practice. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see snrdenton.com for Legal Notices, including IRS Circular 230 Notice.

---

**From:** Christopher Reade
[mailto:readec@carrolltongroup.com]

**Sent:** Tuesday, June 26, 2012 4:53 PM
**To:** Moskowitz, Keith
**Subject:** RE: IT Update call/ meeting - wednesday morning?

Who would be the best person to ping on that side?

Thanks,
Chris

---

**From:** Moskowitz, Keith [keith.moskowitz@snrdenton.com]
**Sent:** Tuesday, June 26, 2012 4:50 PM
**To:** 'Chris Reade'; Lawson, Nicholas
**Cc:** Christopher Reade; Gretchen A Myers; Olp, Steve F.; Orterio Villa; Daniel.Cantor@APORTER.COM; Rebecca Foreman; Boatman, Amy (KPMG)
**Subject:** RE: IT Update call/ meeting - wednesday morning?

Chris -- let's also make sure that Class Counsel receives an invitation to attend the 10 am IT update meeting.

Best,

Keith

Keith Moskowitz
SNR Denton US LLP
D +1 312 876 8220
M +1 312 758 9732
F +1 312 876 7934
keith.moskowitz@snrdenton.com
snrdenton.com

**SNR DENTON**

233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6306

---

SNR Denton is the collective trade name for an international legal practice. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see snrdenton.com for Legal Notices, including IRS Circular 230 Notice.

---

**From:** Chris Reade [mailto:readec@dheclaims.com]
**Sent:** Tuesday, June 26, 2012 4:49 PM
**To:** Lawson, Nicholas; Moskowitz, Keith
**Cc:** Christopher Reade; Gretchen A Myers; Olp, Steve F.; Orterio Villa; Daniel.Cantor@APORTER.COM; Rebecca Foreman; Boatman, Amy (KPMG)
**Subject:** RE: IT Update call/ meeting - wednesday morning?

Not yet - I will ping them again...

---

4

**From:** Lawson, Nicholas [Nicholas.Lawson@bp.com]
**Sent:** Tuesday, June 26, 2012 4:47 PM
**To:** Chris Reade; Moskowitz, Keith
**Cc:** Christopher Reade; Gretchen A Myers; Olp, Steve F.;
Orterio Villa; Daniel.Cantor@APORTER.COM; Rebecca
Foreman; Boatman, Amy (KPMG)
**Subject:** RE: IT Update call/ meeting - wednesday
morning?

Sounds good - has someone in Bob/ Phil Strunk's reporting
team indicated they can make this time? Thanks, Nick

**From:** Chris Reade [mailto:readec@dheclaims.com]
**Sent:** Tuesday, June 26, 2012 4:07 PM
**To:** Moskowitz, Keith
**Cc:** Lawson, Nicholas; Christopher Reade; Gretchen A
Myers; Olp, Steve F.; Orterio Villa;
Daniel.Cantor@APORTER.COM; Rebecca Foreman;
Boatman, Amy (KPMG)
**Subject:** Re: IT Update call/ meeting - wednesday
morning?

How about we do our meeting there and let that roll into the
larger 12-3 meeting afterwards?

If we need to we can meet over here though.

Thanks
Chris

Sent from my iPhone

On Jun 26, 2012, at 3:55 PM, "Moskowitz, Keith"
<keith.moskowitz@snrdenton.com> wrote:

> We do have the Iberville Room in
> Pan Am starting at 9 am.

Keith Moskowitz
SNR Denton US LLP
D +1 312 876 8220
M +1 312 758 9732
F +1 312 876 7934
keith.moskowitz@snrdenton.com
snrdenton.com



233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6306

SNR Denton is the collective trade name for an
international legal practice. This email may be
confidential and protected by legal privilege. If you are
not the intended recipient, disclosure, copying,
distribution and use are prohibited; please notify us
immediately and delete this copy from your system.
Please see snrdenton.com for Legal Notices,
including IRS Circular 230 Notice.

**From:** Lawson, Nicholas
[mailto:Nicholas.Lawson@bp.com]

**Sent:** Tuesday, June 26, 2012 3:52 PM
**To:** Christopher
Reade; readec@dheclaims.com
**Cc:** Gretchen A Myers; Olp, Steve F.;
Moskowitz,
Keith; ovilla@dheclaims.com;Daniel.Cant
or@APORTER.COM; rforeman@dheclaim
s.com; Boatman, Amy (KPMG)
**Subject:** RE: IT Update call/ meeting -
wednesday morning?

Hi Chris

Let's aim for 10am. Do you have a meeting
space available in your offices? If not I
believe we have some space at Pan Am we
could use.

As discussed we would like to discuss 2
topics:
  1) Data transfer – interim and then
     ongoing per our discussion with
     David today
  2) IT Assurance work (security,
     COOPs, etc.)

Were you able to see if the Brown Greer
folks can join us to discuss the data transfer
topic? I am free until 11.45am so if they can
join for part of this meeting that would be
very helpful. Per the discussion with David
and Christine – we would like to work
through the list of data fields we have
requested and get the interim feed up and
running as soon as possible as we have
some urgent financial reporting
requirements that we need to fulfill.

Steve Olp and one of our data architects will
also be present to support the discussion of
the data transfer and discuss the longer
term remittance of information relating to
the claim files, etc.

Let me know if the above works for you.

Thanks

Nick

**From:** Christopher Reade
[mailto:readec@carrolltongroup.com]
**Sent:** Tuesday, June 26, 2012 12:18
AM
**To:** Lawson,

6

Nicholas; readec@dheclaims.com
**Cc:** Gretchen A Myers; Olp, Steve F.;
Moskowitz,
Keith; ovilla@dheclaims.com;Daniel.Cant
or@APORTER.COM; rforeman@dheclaim
s.com; Boatman, Amy (KPMG)
**Subject:** RE: IT Update call/ meeting -
wednesday morning?

Nick,

I believe that Orterio sent over the docs
you mentioned below.  Please let me
know if they got caught in the spam
filter or something.

Wednesday AM I have a 7:30 and 8:30
but anytime after 10 I'm totally free.

As you might expect, Debby has caused
our friends at BG to take a more serious
look at their COOP plans for their
offices.  We have already written the
one for the CA office but that's fairly
simple in comparison to 19 offices.  We
have consulted with BG staff to get
them more gulf-coast aware in regards
to their operations and I am glad to say
they're moving fast to implement them
even while they deal with four offices
being closed and/or out of power due to
the storm today.

Look forward to seeing you Wednesday
anytime after 10.

Thanks,
Chris

---

**From:** Lawson, Nicholas
[Nicholas.Lawson@bp.com]
**Sent:** Monday, June 25, 2012 2:47 PM
**To:** Christopher
Reade; readec@dheclaims.com
**Cc:** Gretchen A Myers; Olp, Steve F.;
Moskowitz,
Keith; ovilla@dheclaims.com;Daniel.Cant
or@APORTER.COM; rforeman@dheclaim
s.com; Boatman, Amy (KPMG)
**Subject:** IT Update call/ meeting -
wednesday morning?

Hi Chris

Hope you had a good weekend and Tropical
Storm Debby has not caused any issues.

7

Just wondered if you are free for a quick catch up meeting on Wednesday morning (say 9.30 am)? Looking for a brief update on the items we discussed last week on data security, penetration testing, etc. and to see how the Continuity Of Operations Plan is looking given the quick start we have had to hurricane season.

Also I am not sure we have received copies of the draft IT security policy you had put together – would you mind sending a copy of this and the penetration testing results.

Many thanks

Nick

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

_____
_____

**Christopher Reade**
readec@DHEClaims.com
office: 504.299.8333

8

fax: 504.299.8337

**Deepwater Horizon Economic Claims Center**
935 Gravier Street, 19th floor
New Orleans, LA 70112
www.DHEClaims.com

This electronic message transmission, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any review, copying, dissemination, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error please notify me immediately.

_____
_____

**Christopher Reade**
readec@DHEClaims.com
office: 504.299.8333
fax: 504.299.8337

**Deepwater Horizon Economic Claims Center**
935 Gravier Street, 19th floor
New Orleans, LA 70112
www.DHEClaims.com

This electronic message transmission, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any review, copying, dissemination, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error please notify me immediately.

_____
_____

**Christopher Reade**
readec@DHEClaims.com
office: 504.299.8333
fax: 504.299.8337

**Deepwater Horizon Economic Claims Center**
935 Gravier Street, 19th floor
New Orleans, LA 70112
www.DHEClaims.com

9

This electronic message transmission, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any review, copying, dissemination, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error please notify me immediately.

_____
_____

**Christopher Reade**
readec@DHEClaims.com
office: 504.299.8333
fax: 504.299.8337

**Deepwater Horizon Economic Claims Center**
935 Gravier Street, 19th floor
New Orleans, LA 70112
www.DHEClaims.com

This electronic message transmission, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any review, copying, dissemination, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error please notify me immediately.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here :
http://www.arnoldporter.com