# Exhibit 4

# Moskowitz, Keith

| | |
|---|---|
| **From:** | Lawson, Nicholas <Nicholas.Lawson@bp.com> |
| **Sent:** | Thursday, July 26, 2012 3:29 PM |
| **To:** | Phil Strunk; Chris Reade |
| **Cc:** | Moskowitz, Keith; Daniel.Cantor@APORTER.COM; Balog, Amy C; creitano@dheclaims.com; dodom@dheclaims.com; Bob Staneart; Orran L. Brown; Lynn Greer |
| **Subject:** | RE: CSSP data field request - Priority items.xlsx |

Phil

Many thanks for providing the first cut of this data. I just wanted confirm that this will be provided as of the close of business tomorrow and weekly thereafter. In addition, we have a number of questions to the data provided that we'd like to run past you at some point soon.

Thanks again

Nick

---

**From:** Phil Strunk [mailto:pstrunk@browngreer.com]
**Sent:** Tuesday, July 17, 2012 4:37 PM
**To:** 'Chris Reade'; Lawson, Nicholas
**Cc:** Moskowitz, Keith; Daniel.Cantor@APORTER.COM; Balog, Amy C; creitano@dheclaims.com; dodom@dheclaims.com; Bob Staneart; Orran L. Brown; Lynn Greer
**Subject:** RE: CSSP data field request - Priority items.xlsx

Nick,

Chris forwarded your request last Monday on this subject.  We have analyzed the sheet you distributed and mapped the data points you identified to the corresponding item in our system.  In many cases we are able to pull the data directly as you described.  In other instances, the specific data point listed in your sheet may not be available in our system at this time, though it will be populated in the future.  We are preparing an excel sheet with the data that are accessible now and will indicate which data points we cannot provide.  I reviewed a draft of the excel file this morning and asked our team to make minor changes.  I expect to have the final copy very soon.

As Chris says below, this is a temporary measure until you have access to the daily build.  I can confirm that we are working to get Chris's team access to that system to support their testing.  We understand that you and your team need this data quickly and will do everything we can to get you the required access.  We will also be available throughout this program to help answer any questions that arise as a result of your analysis.

I will be in touch shortly with the temporary excel file.  Please let me know if you have any questions or need more information.

**Philip Strunk**
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia  23219-4209
Telephone:  (804) 521-7207

Facsimile:  (804) 521-7299
www.browngreer.com


*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*


**From:** Chris Reade [mailto:readec@dheclaims.com]
**Sent:** Tuesday, July 17, 2012 10:37 AM
**To:** Lawson, Nicholas
**Cc:** Moskowitz, Keith; Daniel.Cantor@APORTER.COM; Balog, Amy C; creitano@dheclaims.com; dodom@dheclaims.com; Phil Strunk
**Subject:** RE: CSSP data field request - Priority items.xlsx

Nick,

It was sent over to BrownGreer for them to get you a report that can dump into excel as a stopgap.  We are about to get access to a daily build of the system and database in a test environment and once we've had a chance to test it out we'll be able to get BrownGreer to give you similar access to a test instance but with the workpapers sections removed.

Thanks,
Chris


**From:** Lawson, Nicholas [Nicholas.Lawson@bp.com]
**Sent:** Tuesday, July 17, 2012 9:25 AM
**To:** Chris Reade
**Cc:** Moskowitz, Keith; Daniel.Cantor@APORTER.COM; Balog, Amy C; Christine Reitano; David Odom; Phil Strunk
**Subject:** RE: CSSP data field request - Priority items.xlsx

Hi Chris

Hope all's well. Just wondering if you have an update on the requested data?

Many Thanks

Nick


**From:** Chris Reade [mailto:readec@dheclaims.com]
**Sent:** Monday, July 09, 2012 11:35 PM
**To:** Lawson, Nicholas
**Cc:** Moskowitz, Keith; Daniel.Cantor@APORTER.COM; Balog, Amy C; Christine Reitano; David Odom; Phil Strunk
**Subject:** RE: CSSP data field request - Priority items.xlsx

Nick,

I had a discussion earlier today with Phil Strunk and Bob Staneart from BrownGreer.  They have your amended spreadsheet and are aware of what you all want in terms of the best way to receive the data.

Thanks,

Chris

---

**From:** Lawson, Nicholas [Nicholas.Lawson@bp.com]
**Sent:** Monday, July 09, 2012 3:43 PM
**To:** Chris Reade
**Cc:** Moskowitz, Keith; Daniel.Cantor@APORTER.COM; Balog, Amy C
**Subject:** RE: CSSP data field request - Priority items.xlsx

Hi Chris

Hope you had a good weekend.

Just wondered if you have heard back from Brown Greer re. when we might expect a first cut of this data? Be great if we can get a first run later this week if that is possible.

Thanks

Nick

---

**From:** Chris Reade [mailto:readec@dheclaims.com]
**Sent:** Thursday, July 05, 2012 7:11 PM
**To:** Lawson, Nicholas
**Subject:** Re: CSSP data field request - Priority items.xlsx

Got it - thanks!

Sent from my iPhone

On Jul 5, 2012, at 5:13 PM, "Lawson, Nicholas" <Nicholas.Lawson@bp.com> wrote:

> Hi Chris
>
> Thanks for your time today – please see attached the data field request – I have greened out those that are more of a priority if that helps simplify things (ultimately we would like all of these fields). I have also attached a slice of the data the GCCF provided by way of example, albeit this data feed was quite limited.
>
> Hope you have a good evening. If you could let me know when BG are able to turn this around that would be greatly appreciated.
>
> Thanks
>
> Nick
>
>
> <GCCF - Sample data.xlsx>
> <CSSP data field request - Priority items.xlsx>

3

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.