# Exhibit 6

# Moskowitz, Keith

| | |
|---|---|
| **From:** | Christine Reitano <creitano@dheclaims.com> |
| **Sent:** | Thursday, February 07, 2013 3:07 PM |
| **To:** | Steve Herman; 'JIMR@wrightroy. com'; 'Mark Holstein'; Moskowitz, Keith |
| **Cc:** | Orran Brown; Patrick Juneau |
| **Subject:** | Party Access to Claims Information and Data |
| **Attachments:** | Memo__Access_to_Claims_Information_[1] copy.pdf |

Gentlemen:

We received an inquiry from Class Counsel regarding the Parties' access to Claims Information and Data. We turned to our Vendor to provide a complete explanation of the access that currently exists, as well as the Orders, Terms, and Decisions governing that access. Please review the attached Memo and let us know if there are any lingering questions or concerns. You will note, that currently, BP has access to requested weekly reports containing specific data points generated from reports on the DWH portal. Class Counsel may wish to have access to these same reports, or may wish to specify other "claim level" data they would like to receive, and we are happy to work with you to meet your needs.

Thank you,

Christine

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.