# Exhibit 10

# Cantor, Daniel A.

| | |
|---|---|
| **From:** | Christine Reitano [creitano@dheclaims.com] |
| **Sent:** | Wednesday, June 27, 2012 8:33 PM |
| **To:** | 'JIMR@wrightroy.com' (JIMR@wrightroy.com); Steve Herman (SHERMAN@hhklawfirm.com); 'Mark Holstein' (Mark.Holstein@bp.com); 'keith.moskowitz@snrdenton.com' (keith.moskowitz@snrdenton.com); Cantor, Daniel A. |
| **Subject:** | Contact with Claims Administration |

Gentlemen:

Just as a follow up to yesterday's meeting, Mr. Juneau has asked me to re-iterate, that the point of contact in the Administrator's Office is myself. I will then take the appropriate steps, to see to it, that your communication is then directed to the appropriate Vendor. This measure is to commence, after Friday, July 6, 2012.

Thank you

Christine Reitano
Claims Counsel, Claims Administration


This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.