# Exhibit 11

# Cantor, Daniel A.

| | |
|---|---|
| **From:** | Christine Reitano [creitano@dheclaims.com] |
| **Sent:** | Friday, November 16, 2012 5:34 PM |
| **To:** | Cantor, Daniel A. |
| **Subject:** | Re: Question |

It's ok, thanks for confirming, Dan.

**From:** <Cantor>, Daniel Cantor <Daniel.Cantor@APORTER.COM>
**Date:** Friday, November 16, 2012 4:23 PM
**To:** Christine Reitano <creitano@dheclaims.com>
**Subject:** Question

I understand that the BG data folks suggested to BP data folks that it would make sense for them to have a weekly technical data call. I assume that is ok but just wanted to confirm. Thanks

Dan

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

---------------------------------------------------------------------
For more information about Arnold & Porter LLP, click here :
http://www.arnoldporter.com


This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.