UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in The Gulf of Mexico on April 10, 2010 | MDL No.  2179<br><br>Section: J<br><br>Judge Barbier<br><br>Magistrate Shushan |

This Document Relates to cases:
10-cv-8888;
13-cv-2665; 13-cv-5739; 13-cv-2840; 13-cv-2728;
13-cv-2686; 13-cv-5555 (j)(1); 13-cv-2816; 13-cv-2845;
13-cv-5738; 13-cv-2650; 13-cv-2653; 13-cv-2817;
13-cv-6168; 13-cv-2641; 13-cv-2664; 13-cv-2655;
13-cv-6695 (j)(1); 13-cv-2728; 13-cv-5556; 13-cv-2656;
13-cv-2666; 13-cv-2729; 13-cv-2654; 13-cv-2883;
13-cv-6694 (j)(1); 13-cv-2644; 13-cv-2649; 13-cv-2741;
13-cv-2657; 13-cv-6696 (j)(1); 13-cv- 2643; 13-cv-2891;
13-cv-2880; 13-cv-2898; 13-cv-2877; 13-cv-2663;
13-cv-2642; 13-cv-2652; 13-cv-2658; 13-cv-2864;
13-cv-2818; 13-cv-2651; 13-cv-2891; 13-cv-2868

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel and Notice of Appearance :

IT IS ORDERED that A. Brantley Fry withdraws as counsel of record for Plaintiffs identified in the attached "Exhibit A" and Christopher D. Boutwell and Grant M. Cofer enter Notice of Appearances for Plaintiffs as identified in the attached "Exhibit B" and "Exhibit C".

New Orleans, Louisiana this 18th day of March, 2014.

_____
United States District Judge