| | |
|---|---|
| **From:** | Steve Herman |
| **To:** | Mark.Holstein@bp.com; Moskowitz, Keith (keith.moskowitz@dentons.com) |
| **Cc:** | Jim Roy; Pat Juneau; Michael Juneau; David Welker; Chris Reade (readec@dheclaims.com); jdf@sessions-law.com; Frank Piantidosi (piantidosi@freehgroup.com); Thomas Souther (souther@freehgroup.com); paw@freehgroup.com |
| **Subject:** | BP Oil - Data Analytics |
| **Date:** | Wednesday, February 26, 2014 3:03:25 PM |

Dear Mark and Keith,

As a follow-up to yesterday's IT Call, could you please describe the general nature and scope of services, if any, provided to BP by SAS and/or any other data analytics specialist either in connection with *Deepwater Horizon* Spill Claims and/or otherwise?

Has BP provided Claimant-specific information to SAS and/or any other accounting, investigation or data analytics contractor, sub-contractor, vendor or consultant?

If so, what measures, if any, has BP taken to ensure that such vendors or consultants comply with the Protective Orders and do not, in any way, share, sell or otherwise pool Claimant-specific information with or to others, either directly or indirectly?

Thanks.

Stephen J. Herman, Esq.
Herman Herman & Katz LLP
Office (direct): (504) 680-0554
E-Mail: sherman@hhklawfirm.com