| | |
|---|---|
| **From:** | Steve Herman |
| **To:** | DAMON.DIPPEL@bp.com |
| **Cc:** | Mathew Dolan; Kyle Neathery; "David Welker"; JIMR@wrightroy.com; Moskowitz, Keith (keith.moskowitz@dentons.com); Soren Gisleson; Tommy Thomassie; John Creevy; "Patrick Juneau"; "Michael Juneau"; jdf@sessions-law.com |
| **Subject:** | BP Oil - FWA |
| **Date:** | Thursday, March 06, 2014 5:26:45 PM |

Dear Damon,

Please provide copies of any and all suggestions, additions, requests, proposals and/or demands that you or others associated with BP have made or provided to the Freeh Group and/or the Program re alleged / potential "fraud" checklists, data analytics, algorithms, IT programs and/or other protocols.

Thanks.