| | |
|---|---|
| From: | Steve Herman |
| To: | pjuneau@dheclaims.com; "David Welker"; jdf@sessions-law.com; Frank Piantidosi (piantidosi@freehgroup.com); Thomas Souther (souther@freehgroup.com); "Holstein, Mark E" (Mark.Holstein@bp.com); Moskowitz, Keith (keith.moskowitz@dentons.com); DAMON.DIPPEL@bp.com |
| Cc: | Jim Roy; Tommy Thomassie; Soren Gisleson; John Creevy |
| Subject: | BP Oil - "BOLO" List |
| Date: | Friday, March 07, 2014 7:42:02 PM |
| Attachments: | BP Mot to Modify Freeh Report [Doc 12469-1] 3-7-2014.pdf |

Dear Friends,

The attached pleading references a "current 'be on the look out' ('BOLO') list" (pp.8-9).

I apologize if I missed it, (or perhaps it is known by another name), but I am not familiar with a "BOLO List", and would appreciate it if you would provide Class Counsel with a copy.

Thanks.

---

**From:** Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
**Sent:** Friday, March 07, 2014 6:49 PM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:10-md-02179-CJB-SS In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 Motion for Miscellaneous Relief

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U. S. District Court

Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered by Haycraft, Don on 3/7/2014 at 6:49 PM CST and filed on 3/7/2014

| | |
|---|---|
| **Case Name:** | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| **Case Number:** | 2:10-md-02179-CJB-SS |

**Filer:**         Defendant

**Document Number:**   12469

**Docket Text:**
**MOTION to Modify the January 17, 2014 Report of Special Master Freeh by Defendant. (Attachments: # (1) Memorandum in Support)(Reference: All Actions)(Haycraft, Don)**