IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | C.A. NO. 2:10-mdl-02179<br><br>SECTION: J |
| This Document Relates to: 2:10-cv-4360 | § § § § | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE CARL J. BARBIER, UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiff, Heber Morales, individually, as well as all Defendants and Intervening Defendants, who file this Agreed Motion to Dismiss With Prejudice, stating that all claims, causes of action asserted, or which could have been asserted, by or on behalf of Plaintiff, against the above Defendants and Intervening Defendants in this litigation have been fully and finally resolved and settled and, as such, Plaintiff and Defendants jointly move to dismiss the claims of Plaintiff with prejudice, each party to bear their own costs.

WHEREFORE, premises considered, Plaintiff, Heber Morales, individually, as well as all Defendants and Intervening Defendants jointly pray that the Court

grant this Motion and dismiss all claims with prejudice, and award such other and further relief to which they may be justly entitled.

Respectfully submitted:

By:    /s/Jimmy Williamson
JIMMY WILLIAMSON
Texas SBN 21624100/Federal ID 3760
WILLIAMSON & RUSNAK
4310 Yoakum Boulevard
Houston, Texas 77006
Telephone: (713) 223-3330
Facsimile: (713) 223-0001

**COUNSEL FOR HEBER MORALES**

Respectfully Submitted,

PREIS& ROY
(A Professional Law Corporation)

BY:    /s/ Frank A. Piccolo
EDWIN G. PREIS, JR. (#10703)
FRANK A. PICCOLO (#02049)
ROBERT M. KALLAM (#20242)
EDWARD F. KOHKNE, IV (#07824)
102 Versailles Blvd., Suite 400
Post Office Drawer 94-C
Lafayette, LA 70509
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

**COUNSEL FOR TRANSOCEAN DEEPWATER DRILLING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System and by electronically uploading a copy of the foregoing to the Lexis Nexis File & Serve system in accordance with Pretrial Order No. 42 and the procedures established in MDL 2179 on this 19th day of March 2014.

                                           /s/ Frank A. Piccolo
                                            Frank A. Piccolo