UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : | MDL NO. 2179 |
| | : | SECTION J |
| | : | |
| This document relates to: | : | JUDGE BARBIER |
| ALL ACTIONS | : | MAG. JUDGE SHUSHAN |

<u>PRETRIAL ORDER NO. 56</u>

[Amending Pretrial Order No.9 ("Plaintiffs' Counsel's Time and Expense Submissions")]

Pretrial Order No.9 (Rec. Doc. 508), page 2, paragraph (6) stated:

"…, time and expense records shall be submitted [to Philip Garrett , CPA ("PG")] on the 15th of each month, and shall cover the time period through the end of the preceding month. Any time or expense records submitted more than six (6) months in arrears may not be considered or included in any compilation of time or expense calculation and shall be disallowed, except for good cause shown and with Court approval."

**IT IS ORDERED** that Pretrial Order No.9 be amended as follows:

Starting with time and expense filings due by the 15th of April, 2014 (for the month of March, 2014), the six (6) month grace period originally allowed in Section I (6) is henceforth reduced to 30 days, and the following subsections to I (6) are added:

a. "ALL cost and time that has not yet been submitted for ANY past month that would have been timely submitted by May 15, 2014 under the old 6 month grace period MUST be submitted pursuant to PTO 9 (as amended herewith) no later than May 15, 2014 and any time or expense records submitted after May 15, 2014 for time or expenses through March 31, 2014 may not be considered or included in any compilation of time or expense calculation and shall be disallowed, except for good cause shown and with Court approval."

b. "There shall be no retroactive submission amendments for any lawyer or firm for any month that results in an increase of the amount of time for a firm, if such amendment is submitted more than 45 days following the month when the time was contemporaneously logged. Such untimely attempt to amend a time submission shall be disallowed, except for good cause shown and with Court approval."

c. "Law firms shall make a single, timely monthly time and expense submission containing all individual time keepers for the subject month, and not separately file for individual time keepers *ad seriatim* at different times. Starting with time submissions due by the 15th of April, 2014 (for the month of March, 2014), any such serial employee or lawyer time filings shall be disallowed, except for good cause shown and with Court approval."

Commencing April 1, 2014, for all time recorded in the month of April, 2014 and thereafter, Section II (3) is amended and all time for each firm shall be maintained in **tenth-of-an-hour** increments.

New Orleans, Louisiana this 19th day of March, 2014.

_____
United States District Judge