UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| *12-970* | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Considering Jarrod Burrle's Motion for Extension of Time to File Response to Order to Show Cause (Rec. Doc. 12456);

IT IS ORDERED that the deadline for Jarrod Burrle's response is extended up to and including Monday, March 24, 2014.

Signed in New Orleans, Louisiana, this 19th day of March, 2014.

_____
United States District Judge