UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J |
| Relates to: No. 12-970 | § § § | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** Class Counsel's Motion for Leave (Rec. Doc. 12283):

**IT IS ORDERED** that the Economic & Property Damages Settlement Class be and is hereby granted leave to file a Reply Brief in Support of the Class' Objection to the Appeal Panelists' *en banc* decision to allow BP to submit new "evidence" in support of a Wetlands Settlement Program Claim Appeal. The Court notes that it considered the reply brief before deciding the underlying motion. (*See* Order at 4-5, Rec. Doc. 12517).

New Orleans, Louisiana this 19th day of March, 2014.

_____
United States District Judge

1