UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 |
| | | SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| *12-970* | * * * | MAG. JUDGE SHUSHAN |

## ORDER

On March 10, 2013, the Cao Law Firm submitted two filings entitled "Petition for Writ of Review; Petition for Writ of Mandamus; or Petition for Trial De Novo." (Rec. Doc. 12478, 12480). The Court denied one of these petitions on March 14, 2014. (Rec. Doc. 12515 (denying Rec. Doc. 12478)). The Court denies the other petition for similar reasons. Accordingly,

IT IS ORDERED that the Petition for Writ of Review; Petition for Writ of Mandamus; or Petition for Trial De Novo (Rec. Doc. 12480) is DENIED.

Signed in New Orleans, Louisiana, this 19th day of March, 2014.

_____
United States District Judge