IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater    *    **MDL No. 2179**
Horizon" in the Gulf of Mexico,    *
On April 20, 2010    *    **Section: J**
   *
   *    **Judge Carl J. Barbier**
   *
   *    **Magistrate Judge Sally Shushan**
   *
   *

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT

The authorized representative of Claimant, Hardy L. Simmons, a Deceased Claimant, and

the Claims Administrator of the Deepwater Horizon Economic and Property Damages

Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf

of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on behalf of

Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair,

reasonable and adequate.

A proposed Order accompanies this Motion.

By: _____
Nelson B. Simmons
Claimant's Representative



Date: 9/11/13

Respectfully submitted,

By: _____
Lynn C. Greer
VSB 29211
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
(804) 521-7200

Date: _____3/12/14_____

1