## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by | * | **MDL NO. 2179** |
| the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico, on April 20, 2010 | * | **SECTION J** |
| | * | |
| This document relates to: | * | |
| *Elton Johnson v. BP Exploration &* | * | **Honorable CARL J. BARBIER** |
| *Production Inc.*, No. 2:13-cv-5804 | * | |
| | * | **Magistrate Judge SHUSHAN** |
| | * | |
| | * | |

Notice is hereby given that BP Exploration & Production Inc., BP Products North America Inc., and BP Corporation North America Inc. (collectively "BP"), defendants in *Elton Johnson v. BP Exploration & Production Inc., et al.*, No. 2:13-cv-5804, hereby appeal to the United States Court of Appeals for the Fifth Circuit from (1) the District Court's Order denying BP's Motion for Summary Judgment and granting Elton Johnson's Motion to Enforce Settlement Agreement, *see* Rec. Doc. 12472 (entered Mar. 10, 2014) ("Order"); and (2) the District Court's related entry of final Judgment against BP Exploration & Production Inc., *see* Rec. Doc. 12516 (entered Mar. 14, 2014) ("Judgment").  The identical Judgment was also entered in parallel in Member Case 2:13-cv-5804, which on that docket as Rec. Doc. 57 (entered Mar. 14, 2014).

This appeal was timely filed under Federal Rule of Appellate Procedure 4(a)(1)(A) because it was filed within 30 days after both the District Court's Order and the ensuing Judgment.  The Court of Appeals thus has jurisdiction under 28 U.S.C. § 1292(a)(1).

Date: March 19, 2014

Of Counsel:

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
richard.godfrey@kirkland.com
andrew.langan@kirkland.com

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com
dominic.draye@kirkland.com

Respectfully Submitted,

/s/ Don K. Haycraft
Don K. Haycraft
Devin C. Reid
LISKOW & LEWIS LLP
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 556-4128
Facsimile: (504) 556-4108
dkhaycraft@liskow.com
dcreid@liskow.com

**ATTORNEYS-IN-CHARGE FOR
DEFENDANTS BP EXPLORATION &
PRODUCTION INC., BP PRODUCTS
NORTH AMERICA INC., AND BP
CORPORATION NORTH AMERICA
INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2014, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have served this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

/s/ Don K. Haycraft