IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: Robert Young v. BP Exploration & Production, et al Civil Action No. 13:5804 | * * * * | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

**MEMORANDUM IN SUPPORT OF MOTION TO STAY EXECUTION OF JUDGMENT AND FOR APPROVAL OF SUPERSEDEAS BOND**

MAY IT PLEASE THE COURT:

Defendants BP Exploration & Production Inc., BP Products North America Inc., and BP Corporation North America Inc. (collectively "BP") move pursuant to Rule 62(d) of the Federal Rules of Civil Procedure for a stay of execution of the judgment entered herein and for approval of the supersedeas bond. In support thereof, BP would respectfully show the Court as follows:

1. On March 14, 2013, the Court entered a final judgment against BP in the amount of $2,698,095.00, plus interest at five percent beginning on October 11, 2011.

2. Accordingly, execution on the judgment is automatically stayed through March 28, 2014, pursuant to Rule 62(a).

3. For the security of Plaintiff Elton Johnson, BP is filing concurrently with this Motion to Stay Execution of Judgment a supersedeas bond in the amount of $3,636,440.70.

4. The supersedeas bond of complies with Local Rule 62.2 of the United States District Court for the Eastern District of Louisiana by covering the full amount of the judgment, plus twenty percent (20%) of that amount to cover interest. Thus, the supersedeas bond is a full security supersedeas bond that fully protects the interests of Plaintiff.

5. The surety on the bond, Aspen America Insurance Company, is licensed to transact surety business in the State of Louisiana and is an approved surety listed in the Federal Register.

6. BP intends for this supersedeas bond to stay the judgment pending appeal pursuant to Rule 62(d). Consequently, BP seeks approval of the supersedeas bond by the Court pursuant to Rule 62(d).

Respectfully submitted:

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Christopher J. Esbrook
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Jeffrey B. Clark
Dominic E. Draye
Kirkland & Ellis LLP

2

655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: 202-879-5000

Attorneys for BP Exploration & Production Inc., BP Products North America Inc., and BP Corporation North America Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 19th day of March, 2014.

                                      /s/ Don K. Haycraft
                                      Don K. Haycraft