# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>  Robert Young v. BP Exploration & Production, et al<br>  Civil Action No. 13:5804 | * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## SUPERSEDEAS BOND

**WHEREAS**, the United States District Court, Eastern District of Louisiana, entered a Judgment in favor of Elton Johnson and against BP Exploration and Production Inc., on March 14, 2014, in the amount of $2,698,095.00, plus interest at a five percent per annum rate in the case entitled "Robert Young v. BP Exploration and Production, Inc.," No. 13-5804 consolidated with Multi-District Litigation 2179;

**WHEREAS**, BP Exploration and Production Inc. wishes to appeal this Judgment and post a supersedeas bond to stay execution of the Judgment during the pendency of the appeal;

**NOW, THEREFORE**, BP Exploration and Production Inc., as principal and Aspen American Insurance Company, as surety, are held and firmly bound to Elton Johnson in the sum of $3,636,440.70[1] as security that this Judgment, if affirmed or modified, will be satisfied.

---

[1] Pursuant to Local Rule 62.2,  the bond is set at 120 percent of the judgment amount.

BP Exploration and Production Inc., as principal, shall satisfy any final judgment after appeal in the above case and Aspen American Insurance Company, as surety, shall be liable under this supersedeas bond only if the principal does not satisfy the final judgment and in no event for more than $3,636,440.70.

BP Exploration & Production Inc. (Principal)

By: _____
Don K. Haycraft
LISKOW & LEWIS
One Shell Square, 50th Floor
701 Poydras Street
New Orleans, LA 70139-5099
Telephone: 504-581-7979

Aspen American Insurance Company (Surety)

By: _____
Darlene A. Bornt, Attorney-in-Fact  3/18/14

Supersedeas Bond Approved:

_____
**UNITED STATES DISTRICT JUDGE**

2



**ASPEN**

Aspen American Insurance Company
175 Capital Boulevard, Rocky Hill, CT 06067

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, THAT Aspen American Insurance Company, a corporation duly organized under the laws of the State of Texas, and having its principal offices in Rocky Hill, Connecticut, (hereinafter the "Company") does hereby make, constitute and appoint: Clark Fitz-Hugh; Darlene A. Bornt; Conway C. Marshall; Elizabeth K. Wright; Sara S. DeJarnette; Linda C. Sheffield; Catherine C. Kehoe; Emily G. Lapeyre; Stephen Beahm; Kristine Donovan of International Sureties, Ltd. its true and lawful Attorney(s)-in-Fact, with full power and authority hereby conferred to sign, execute and acknowledge on behalf of the Company, at any place within the United States, the following instrument(s) by his/her sole signature and act: any and all bonds, recognizances, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking and any and all consents incident thereto, and to bind the Company thereby as fully and to the same extent as if the same were signed by the duly authorized officers of the Company. All acts of said Attorney(s)-in-Fact done pursuant to the authority herein given are hereby ratified and confirmed. This appointment is made under and by authority of the following Resolutions of the Board of Directors of said Company effective on April 7, 2011, which Resolutions are now in full force and effect;

VOTED: All Executive Officers of the Company (including the President, any Executive, Senior or Assistant Vice President, any Vice President, any Treasurer, Assistant Treasurer, or Secretary or Assistant Secretary) may appoint Attorneys-in-Fact to act for and on behalf of the Company to sign with the Company's name and seal with the Company's seal, bonds, recognizances, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said Executive Officers at any time may remove any such appointee and revoke the power given him or her.

VOTED: The foregoing authority for certain classes of officers of the Company to appoint Attorneys-in-Fact by virtue of a Power of Attorney to sign and seal bonds, recognizances, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, as well as to revoke any such Power of Attorney, is hereby granted specifically to the following individual officers of Aspen Specialty Insurance Management, Inc.:

Michael Toppi, Executive Vice President, Scott Sadowsky, Senior Vice President, James Mercier, Senior Vice President, Mathew Raino, Vice President, Scott Mandeville, Vice President and Ryan Field, Assistant Vice President.

This Power of Attorney may be signed and sealed by facsimile (mechanical or printed) under and by authority of the following Resolution voted by the Boards of Directors of Aspen American Insurance Company, which Resolution is now in full force and effect:

VOTED: That the signature of any of the Officers identified by title or specifically named above may be affixed by facsimile to any Power of Attorney for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any and all consents incident thereto, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company. Any such power so executed and certified by such facsimile signature and/or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking so executed.

IN WITNESS WHEREOF, Aspen American Insurance Company has caused this instrument to be signed and its corporate seal to be hereto affixed this 9th day of February, 2012.

STATE OF CONNECTICUT
SS. ROCKY HILL
COUNTY OF HARTFORD

Aspen American Insurance Company

Mathew Raino, Vice President

On this 9th day of February, 2012 before me personally came Mathew Raino to me known, who being by me duly sworn, did depose and say; that he/she is Vice President, of Aspen American Insurance Company, the Company described in and which executed the above instrument; that he/she knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; and that he/she executed the said instrument on behalf of the Company by authority of his/her office under the above Resolutions thereof.

Patricia C. Taber
Notary Public
My commission expires: 5/31/2016

### CERTIFICATE

I, the undersigned, Mathew Raino of Aspen American Insurance Company, a stock corporation of the State of Texas, do hereby certify that the foregoing Power of Attorney remains in full force and has not been revoked; and furthermore, that the Resolutions of the Boards of Directors, as set forth above, are now and remain in full force and effect.

Given under my hand and seal of said Company, in Rocky Hill, Connecticut, this 18th day of March 2014

By: _____  Name: Mathew Raino, Vice President

\* For verification of the authenticity of the Power of Attorney you may call (860) 760-7728 or email: Patricia.Taber@aspenspecialty.com