# EXHIBIT B

# FINANCIAL MANAGEMENT SERVICE
## A Bureau of the United States Department of the Treasury
### fms.treas.gov

FMS Home | FAQ's | Training & Events | Publications | Programs | About FMS | A-Z Index | Navi

[Search] ▶ Advanced Search | RSS | Subscribe | Contact FMS

**Overview: Surety Bonds**

**Sureties Listing**

**Admitted Reinsurers (Not For Federal Bonds)**

**Getting Started**

**Forms**

**Regulations & Guidance**

**Correspondence**

**Background**

**Contacts**

## Surety Bonds

Updated March 14, 2014

## Department of the Treasury's Listing of Certified Companies

**Certified Companies**
Certified Reinsurer Companies
Footnotes
Notes
States Insurance Departments
Supplemental Changes to Circular 570

Download the complete listing of Certified Companies (220 KB)

---

Return to top of page or select a letter to jump to an item.

**A**

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R

**ACCREDITED SURETY AND CASUALTY COMPANY, INC. (NAIC**
BUSINESS ADDRESS: PO Box 140855, Orlando, FL 32814 - 0855.
UNDERWRITING LIMITATION b/: $1,658,000. SURETY LICENSES
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, M
NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT,
INCORPORATED IN: Florida.

**ACSTAR INSURANCE COMPANY (NAIC #22950)**
BUSINESS ADDRESS: 30 SOUTH ROAD, FARMINGTON, CT 06032.
UNDERWRITING LIMITATION b/: $2,877,000. SURETY LICENSES
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, M
NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX,
INCORPORATED IN: Illinois.

**Aegis Security Insurance Company (NAIC #33898)**
BUSINESS ADDRESS: P.O. Box 3153, Harrisburg, PA 17105. PHON
UNDERWRITING LIMITATION b/: $4,452,000. SURETY LICENSES
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, M
NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT,
INCORPORATED IN: Pennsylvania.

(800) 470-7958. UNDERWRITING LIMITATION b/: $38,052,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Illinois.

**ASPEN AMERICAN INSURANCE COMPANY (NAIC #43460)**
BUSINESS ADDRESS: 175 Capital Boulevard, Suite300, Rocky Hill, CT 06067. PHONE: (860) 258-3500. UNDERWRITING LIMITATION b/: $17,204,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Texas.

**Associated Indemnity Corporation (NAIC #21865)**
BUSINESS ADDRESS: 777 San Marin Drive, Novato, CA 94998. PHONE: (415) 899-2000. UNDERWRITING LIMITATION b/: $8,116,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WY. INCORPORATED IN: California.

**Atlantic Specialty Insurance Company (NAIC #27154)**
BUSINESS ADDRESS: 150 Royall Street, Canton, MA 02021 - 1030. PHONE: (781) 332-7000. UNDERWRITING LIMITATION b/: $71,674,000. SURETY LICENSES c,f/: AL, AK, AS, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: New York.

**Auto-Owners Insurance Company (NAIC #18988)**
BUSINESS ADDRESS: P.O. BOX 30660, LANSING, MI 48909 - 8160. PHONE: (517) 323-1200. UNDERWRITING LIMITATION b/: $659,097,000. SURETY LICENSES c,f/: AL, AZ, AR, CO, FL, GA, ID, IL, IN, IA, KS, KY, MI, MN, MS, MO, NE, NV, NM, NC, ND, OH, OR, PA, SC, SD, TN, UT, VA, WA, WI. INCORPORATED IN: Michigan.

**AXIS Insurance Company (NAIC #37273)**
BUSINESS ADDRESS: 11680 Great Oaks Way, Ste. 500, Alpharetta, GA 30022. PHONE: (678) 746-9400. UNDERWRITING LIMITATION b/: $53,888,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Illinois.