IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by       the Oil Rig "Deepwater Horizon"       in the Gulf of Mexico, on April 20, 2010 | *  *  *  * | MDL NO. 2179    SECTION J |
| This document relates to:      *Elton Johnson v. BP Exploration & Production Inc.*, No. 2:13-cv-5804 | *  *  *  *  *  * | Honorable CARL J. BARBIER    Magistrate Judge SHUSHAN |

# CORRECTED NOTICE OF APPEAL[1]

Notice is hereby given that BP Exploration & Production Inc., BP Products North America Inc., and BP Corporation North America Inc. (collectively "BP"), defendants in *Elton Johnson v. BP Exploration & Production Inc., et al.*, No. 2:13-cv-5804, hereby appeal to the United States Court of Appeals for the Fifth Circuit from (1) the District Court's Order denying BP's Motion for Summary Judgment and granting Elton Johnson's Motion to Enforce Settlement Agreement, *see* Rec. Doc. 12472 (entered Mar. 10, 2014) ("Order"); and (2) the District Court's related entry of final Judgment against BP Exploration & Production Inc., *see* Rec. Doc. 12516 (entered Mar. 14, 2014) ("Judgment").  The identical Judgment was also entered in parallel in Member Case 2:13-cv-5804, which is listed on that docket as Rec. Doc. 57 (entered Mar. 14, 2014).

This appeal was timely filed under Federal Rule of Appellate Procedure 4(a)(1)(A) because it was filed within 30 days after both the District Court's Order and the ensuing Judgment.  The Court of Appeals thus has jurisdiction under 28 U.S.C. § 1291.

---

[1] This Corrected Notice of Appeal supersedes the notice of appeal originally filed today at Rec. Doc. 12552.

Date: March 19, 2014

Of Counsel:

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
richard.godfrey@kirkland.com
andrew.langan@kirkland.com

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com
dominic.draye@kirkland.com

Respectfully Submitted,

/s/ Don K. Haycraft
Don K. Haycraft
Devin C. Reid
LISKOW & LEWIS LLP
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 556-4128
Facsimile: (504) 556-4108
dkhaycraft@liskow.com
dcreid@liskow.com

**ATTORNEYS-IN-CHARGE FOR DEFENDANTS BP EXPLORATION & PRODUCTION INC., BP PRODUCTS NORTH AMERICA INC., AND BP CORPORATION NORTH AMERICA INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of March 2014.

/s/ Don K. Haycraft