IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig) <br> "Deepwater Horizon" <br> In the Gulf of Mexico. <br> On April 20, 2010 | ) <br> ) <br> ) <br> ) | MDL 2179 <br> SECTION J |
| This document relates to: <br> No. 12-970, Bon Secour <br> Fisheries, Inc., et al v. BP | ) <br> ) <br> ) <br> ) | JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |
| And All Actions | ) | **ORAL ARGUMENT REQUESTED** |

## MOTION TO CONFIRM ARBITRATION AWARD AND ORDER PAYMENT

COMES NOW Claimant 100089377 (Claimant 377), and moves the Court to confirm the Arbitrator's Award of September 19, 2013, and to order the Claims Administrator to pay the Award Amount plus post judgment interest to Claimant 377 in accordance with the Federal Arbitration Act, (FAA), the Deepwater Horizon Economic And Property Damages Settlement Agreement As Amended On May 2, 2012, (Settlement Agreement), and applicable law:

1. The Federal Arbitration Act, 9 U.S.C. §9 provides that a motion to confirm an arbitration award shall be made to the court specified by the agreement of the parties. See, 9 U.S.C. §9. In the instant matter, the parties have agreed that the United States District Court for the Eastern District of Louisiana has jurisdiction over this matter arising under the Settlement Agreement. See, Settlement Agreement, Section 18.1.

2. The Federal Arbitration Act, 9 U.S.C. §1 *et. seq.*, also provides for expedited judicial review of a motion to confirm an arbitration award. See, Hall Street Assocs., L.L.C. v. Mattel, Inc., 552 U.S. 576, 578, 128 S. Ct. 1396, 1400, 170 L. Ed. 2d 254 (2008); Grant v. Houser, 469 Fed. Appx. 310, 315 (5th Cir. 2012); Trustees Of Empire State Carpenters Annuity v. Lynnview Construction Corp., 2013 U.S. Dist. LEXIS *13-14 (E.D.N.Y. 2013); Gerardo

<u>Gerson and Rivadavia, S.A. v. UBS Financial Services, Inc.</u>, 2012 U.S. Dist. LEXIS 128128 *6 (S.D. Fla. 2012).

3. Claimant 377 is an Alabama corporation located at in Houston County, Alabama and a claimant under the Settlement Agreement.

4. BP Exploration & Production, Inc. and BP America Production Company, (jointly referred to as "BP"), are parties to the arbitration between BP and Claimant 377 pursuant to the terms of the Settlement Agreement. <u>See</u>, Settlement Agreement, Section 6.1.2.4 and attached Brief in Support of Motion.

5. The Honorable Patrick Juneau is the Claims Administrator under terms of the Settlement Agreement and the holder of funds subject to the arbitration. <u>See</u>, Settlement Agreement, Section 4.2.1.

6. On July 25, 2012, Claimant 377 initiated a claim under the Settlement Program administered by the Claims Administrator pursuant to the Settlement Agreement.

7. On June 6, 2013, the Claims Administrator issued an Eligibility Notice which determined Claimant 377's claim qualified for payment and set the Award Amount at $1,468,463,73.

8. On June 27, 2013, BP filed its Notice of Appeal; thereby initiating the arbitration procedure established in Section 6 of the Settlement Agreement.

9. Both BP and Claimant 377 actively participated in arbitration, without objection, before an impartial third-party decision maker in the manner set out in the Settlement Agreement and applicable rules governing the procedures to be followed by the parties in arbitration.

10. On August 29, 2013, the single arbitrator issued a Panel Decision establishing that Claimant 377 was entitled to recover and setting the Compensation Amount at $1,172,564.98 and a .25 Risk Transfer Premium, (RTP).

11. On August 30, 2013, the Claims Administrator issued a Post-Appeal Eligibility Notice, which employed the directions set out in the arbitrator's award to calculate Claimant 100089377's Post-Appeal Compensation Amount to be $1,527,091.98.

12. On September 13, 2013, BP made a Request for Discretionary Court Review as allowed under the agreement and Governing Rules.

13. On September 30, 2013, a Denial of Request for Discretionary Court Review Notice was issued. Thereafter, Rule 18 of the Rules Governing Discretionary Court Review of Appeal Determinations requires the Claims Administrator, as a ministerial duty, "to proceed with payment of the claim. . . ." However, the claim has not been paid by the Claims Administrator.

14. The arbitrator's award is final, binding on the parties and is due to be confirmed and paid.

**WHEREFORE**, Claimant 377 prays the Court to grant the order confirming the arbitrator's decision in favor of Claimant 377. Further, Claimant 377 prays the Court to direct the Claims Administrator to perform his ministerial duty by calculating the Total Compensation Amount based on the Panel Decision and to proceed with payment in the amount of $1,527,091.98.

RESPECTFULLY SUBMITTED,

s/E. J. Saad
E. J. SAAD (AL86145)
ejsaad@ejsaadlaw.com

s/ Matthew Andrews
MATTHEW ANDREWS (AL167247)

mandrews@ejsaadlaw.com
ATTORNEYS FOR CLAIMANT 100089377

OF COUNSEL:
E. J. SAAD LAW FIRM
6207 COTTAGE HILL ROAD, SUITE G
MOBILE, ALABAMA 36609
PHONE: 251-660-0888
Fax: 251-660-0777

*S/Frederick T. Kuykendall, III*
FREDERICK T. KUYKENDALL, III
ftkuykendall@yahoo.com
ATTORNEYS FOR CLAIMANT 100089377

OF COUNSEL:
KUYKENDALL & ASSOCIATES, LLC
AL Bar No.: ASB4462A59F
Federal Bar No.: KUYKF4462
P.O. Box 2129
Fairhope, Alabama 36533
Phone: (251) 928-4008
Fax: (251) 928-2151

*s/James M. Garner*
James M. Garner (Bar No. 19589)

*s/ Martha Y. Curtis*
Martha Y. Curtis (Bar No. 20446)

*s/Kevin M. McGlone*
Kevin M. McGlone (Bar No. 28145)
ATTORNEYS FOR CLAIMANT 100089377

OF COUNSEL:
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, LA 70112
Phone: (504) 299-2133
Fax: (504) 299-2333
jgarner@SHERGARNER.com
mcurtis@SHERGARNER.com
kmcglone@SHERGARNER.com