IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig) | | |
|     "Deepwater Horizon" ) | MDL 2179 | |
|     In the Gulf of Mexico. ) | SECTION J | |
|     On April 20, 2010 ) | | |
| This document relates to: ) | JUDGE BARBIER | |
| No. 12-970, Bon Secour ) | | |
| Fisheries, Inc., et al v. BP ) | MAG. JUDGE SHUSHAN | |
| ) | | |
| And All Actions ) | | |

### INDEX OF EXHIBITS
### Claimant 100089377

1. Registration Form
2. Purple Claim Form
3. Eligibility Notice
4. Notice of BP Appeal
5. Initial Proposal Form from BP
6. Initial Proposal Form from Claimant
7. Initial Brief – Claimant
8. Final Proposal and Brief – BP
9. Final Proposal Form – Claimant
10. Final Brief – Claimant
11. Notice of Appeal Panel Decision
12. Panel Written Opinion
13. Post-Appeal Eligibility Notice
14. Request for Discretionary Review
15. Discretionary Court Review
16. Objection to Discretionary Court Review
17. Notice of Denial of Request for Discretionary Review
18. Release Package and Acceptance