# Exhibit 6

# DEEPWATER HORIZON CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

# INITIAL PROPOSAL FORM
DATE OF NOTICE OF BP APPEAL: June 27, 2013
DEADLINE TO SUBMIT INITIAL PROPOSAL FORM: July 12, 2013

## I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business | First | Middle |
|---|---|---|---|
| | [redacted] | | |

| Claimant ID | 100089377 | Claim ID | 41841 |
|---|---|---|---|

| Claim Type | Business Economic Loss |
|---|---|
| Law Firm | E.J. Saad Law Firm |

## II. INITIAL PROPOSAL AMOUNT

Both parties must submit an Initial Proposal. Enter the value you are proposing as the new Compensation Amount, RTP Multiplier, and/or Prior Payment Offset for the claim. Your Initial Proposal RTP Multiplier should not be a dollar amount, but the factor to be multiplied by the Compensation Amount for certain claim types. The sum is the RTP and is added to the Compensation Amount. Your Initial Proposal Compensation Amount should be the new Compensation Amount you are proposing for the claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, we will increase any accepted Initial Proposal Compensation Amount by the applicable RTP, if any, and also decrease any accepted Initial Proposal Compensation Amount by any applicable offsets. If we have received notice of any outstanding lien, we will also deduct that applicable amount from the Award Amount. The Compensation Amount, RTP Multiplier, and/or Prior Payment Offset listed on your Eligibility Notice will be considered your Initial Proposal for any field left blank.

If either party accepts the other's Initial Proposal, the Appeals Process will end. If neither party accepts the other's Initial Proposal, and you do not reach a compromise, you must submit a Final Proposal within the deadline listed on the Notice of BP Appeal.

| Initial Proposal Compensation Amount | $1,172,564.98 |
|---|---|
| Initial Proposal RTP Multiplier | 0.25 |
| Initial Proposal Prior Payment Offset | $0.00 |

## III. CLAIMANT HOME STATE SELECTION

Select your home state. If you do not live in one of these five states, select the state where your injury occurred.

☒ Alabama  ☐ Florida  ☐ Louisiana  ☐ Mississippi  ☐ Texas

## IV. SIGNATURE

| Signature | s/ Amy W Culpepper | Date | 07 / 12 / 2013 (Month/Day/Year) |
|---|---|---|---|

| Printed Name | Last Name | First Name | Middle Initial |
|---|---|---|---|
| | Culpepper | Amy | W |

| Title (if a business) | Secretary/Treasurer |
|---|---|

