# Exhibit 8

## BP'S FINAL PROPOSAL REGARDING CLAIM NO. 41841

On July 12, 2013, BP Exploration & Production Inc. ("BP") filed its Initial Proposal with regard to Claim No. 41841 (███████████████████). BP respectfully refers the Appeals Panel to that filing for a discussion of the issues in this appeal, and BP submits a Final Proposal Compensation Amount of $742,069. To the extent any of the issues addressed in that filing are governed by the Court's Orders of March 5, April 5, and April 9, those issues are appealed solely for purposes of preserving further appeal rights. BP respectfully refers the Appeals Panel to its April 8, 2013 Statement of Position.

1