# Exhibit 16

From: AppealsCoordinator <AppealsCoordinator@dhecc.com>
To: "ClaimForms@deepwaterhorizoneconomicsettlement.com"
<ClaimForms@deepwaterhorizoneconomicsettlement.com>  –
Subject: FW: ███████████████████████ LLC, Claimant ID 100089377
Date: Wed, 25 Sep 2013 14:56:06 +0000
Transaction Date (UTC): 2013-09-25 15:00:06



From: Matt Andrews [mailto:mandrews@ejsaadlaw.com]
Sent: Tuesday, September 24, 2013 5:05 PM
To: AppealsCoordinator
Subject: ████████████████████████ Claimant ID 100089377

Mr. Duval,

Due to a scheduling error on my part, I did not file the Claimant's objection
by midnight yesterday, September 23, 2013.  We ask that in your and Judge
Barbier's discretion that this email may be accepted as the objection to the
filing of BP's Request for Discretionary Review.  As grounds for its
objection, ██████████████████████ references the Initial and Reply
Briefs Filed by the Claimant and the Appeal Panel's Decision and Supporting
Opinion.  Based upon these documents, the facts and the Settlement Agreement
the Award of the Appeal Panel should be confirmed.

Respectfully Submitted,

Matthew Andrews
{EJSF-EmailSig}

6207 Cottage Hill Road
Suite G
Mobile, AL 36609

T: 251.660.0888
F: 251.660.0777

**ejsaadlaw**.com

