IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig) | ) | |
|     "Deepwater Horizon" | ) | MDL 2179 |
|     In the Gulf of Mexico. | ) | SECTION J |
|     On April 20, 2010 | ) | |
| This document relates to: | ) | JUDGE BARBIER |
| No. 12-970, Bon Secour | ) | |
| Fisheries, Inc., et al v. BP | ) | MAG. JUDGE SHUSHAN |
| | ) | |
| And All Actions | ) | |

## PROOF OF SERVICE

I do hereby certify that copies of the above and foregoing Motion to Confirm Arbitration Award and Memorandum of Authorities In Support of Motion to Confirm Arbitration Award have been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of March, 2014.

RESPECTFULLY SUBMITTED,

s/E. J. Saad
E. J. SAAD (AL861451)
ejsaad@ejsaadlaw.com

s/ Matthew Andrews
MATTHEW ANDREWS (AL167247)
mandrews@ejsaadlaw.com

ATTORNEYS FOR CLAIMANT-377, INC.

OF COUNSEL:
E. J. SAAD LAW FIRM
6207 COTTAGE HILL ROAD, SUITE G
MOBILE, ALABAMA 36609
PHONE: 251-660-0888
Fax: 251-660-0777

/s/ Frederick T. Kuykendall, III
S/Frederick T. Kuykendall, III
ftkuykendall@yahoo.com
ATTORNEY FOR CLAIMANT -377
OF COUNSEL:
KUYKENDALL & ASSOCIATES, LLC
AL Bar No.: ASB4462A59F
Federal Bar No.: KUYKF4462
P.O. Box 2129
Fairhope, Alabama 36533
Phone: (251) 928-4008
Fax: (251) 928-2151


s/James M. Garner
James M. Garner (Bar No. 19589)

s/ Martha Y. Curtis
Martha Y. Curtis (Bar No. 20446)

s/Kevin M. McGlone

Kevin M. McGlone (Bar No. 28145)
Attorneys for Claimant -377

OF COUNSEL:
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, LA 70112
Phone: (504) 299-2133
Fax: (504) 299-2333
jgarner@SHERGARNER.com
mcurtis@SHERGARNER.com
kmcglone@SHERGARNER.com