Dear Kimberly,

I'd like to request a refund of the $505.00 filing fee for the Notice of Appeal (Record Doc. No. 12552), pay.gov. tracking id no. 25ESS5NP.  We filed a corrected Notice of Appeal a couple of hours later and paid that filing fee too (Record Doc. No. 12554), pay.gov tracking id no. 25ET1U4C.  Thus, we will have paid the $505 NOA filing fee for the latter NOA rather than the former, which is now superceded.

Let me know if you have any questions.

Sincerely,

Don

**Don K. Haycraft**

(504) 556-4128 Direct
(504) 556-4108 Fax
dkhaycraft@liskow.com



**New Orleans** | **Lafayette** | **Houston**

One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
www.liskow.com

**Liskow & Lewis, A Professional Law Corporation.** This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

Document1