IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig)<br>    "Deepwater Horizon"<br>    In the Gulf of Mexico.<br>    On April 20, 2010 | MDL 2179<br>SECTION J |
| This document relates to:<br>No. 12-970, Bon Secour<br>Fisheries, Inc., et al v. BP | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| And All Actions | |

### REQUEST FOR ORAL ARGUMENT ON
### MOTION TO CONFIRM ARBITRATION AWARD AND ORDER PAYMENT

In accordance with Local Rule 78.1, counsel for Claimant respectfully requests the Court to hear oral argument on their Motion to Confirm Arbitration Award and Order Payment (Doc. 12103). It is respectfully submitted that oral argument will assist the Court in the adjudication of this matter.

RESPECTFULLY SUBMITTED,

s/E. J. Saad
E. J. SAAD (AL861451)
ejsaad@ejsaadlaw.com
s/ Matthew Andrews
MATTHEW ANDREWS (AL167247)
mandrews@ejsaadlaw.com
ATTORNEYS FOR CLAIMANT

OF COUNSEL:
E. J. SAAD LAW FIRM
6207 COTTAGE HILL ROAD, SUITE G
MOBILE, ALABAMA 36609
PHONE: 251-660-0888
Fax: 251-660-0777

*S/Frederick T. Kuykendall, III*
FREDERICK T. KUYKENDALL, III
ftkuykendall@yahoo.com
ATTORNEYS FOR CLAIMANT

OF COUNSEL:
KUYKENDALL & ASSOCIATES, LLC
AL Bar No.: ASB4462A59F
Federal Bar No.: KUYKF4462
P.O. Box 2129
Fairhope, Alabama 36533
Phone: (251) 928-4008
Fax: (251) 928-2151

CERTIFICATE OF SERVICE

I do hereby certify that copies of the above and foregoing Request for Oral Argument have been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of March, 2014.

s/E. J. Saad
E. J. SAAD (AL861451)