**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUSIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER | ) | |
| HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) | MDL No. 2179 |
| | ) | |
| IN RE THE COMPLAINT AND PETITION OF | ) | Section:  J(1) |
| TRITON ASSET LEASING GmbH, ET AL., IN A | ) | |
| CAUSE OF EXONERATION FROM OR | ) | Judge:  Barbier |
| LIMITATION OF LIABILITY | ) | |
| | ) | Magistrate:  Shushan |
| This Document Relates To: | ) | |
| | ) | |
| Case No.: 2:10-CV-08888 | ) | |
| _____ | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.2.11, the law firm of Waltzer Wiygul & Garside, L.L.C. and its individual attorneys (hereinafter collectively referred to as "WWG" or "Counsel") respectfully move this Court for an order allowing them to withdraw as counsel of record for all Plaintiffs listed in Exhibit A (attached), and as grounds state:

1. Plaintiffs hired WWG to represent Plaintiffs in this matter.  WWG filed a Short Form Joinder to assert Plaintiffs' claims, cross claims and third party demands in the limitations proceedings against all party defendants, adopting the Master Complaints.

2. Plaintiffs subsequently chose to terminate the attorney/client relationship with WWG.

3. Counsel has been unsuccessful in its attempts to determine whether Plaintiffs intended to file their claim(s) *pro se* or if Plaintiffs retained new counsel.

4. Plaintiffs have been notified by certified mail of the filing of the instant motion, of known deadlines and pending court appearances, if any.

5. As the Settlement Agreement did not compromise all claims against all defendants, as Counsel is unaware of Plaintiffs' disposition, and as Plaintiffs never instructed WWG to dismiss their Short Form Joinder, Plaintiffs will remain in the litigation.

6. This motion is made in good faith and will not prejudice any party.

**WHEREFORE,** Waltzer Wiygul & Garside, L.L.C. and its individual attorneys respectfully request that this Honorable Court allow them to withdraw as counsel of record for the Plaintiffs referenced in Exhibit A in the above-captioned action.

Respectfully submitted this 20th day of March, 2014.

**Waltzer Wiygul & Garside, L.L.C.**

*/s/ Joel R. Waltzer*
Joel R. Waltzer (LA Bar # 19268)
Clay Garside (LA Bar# 29873)
Robert Wiygul (LA Bar# 17411)
3715 Westbank Expressway, Suite 13
Harvey, LA 70058
joel@waltzerlaw.com
Tele:   (504) 340-6300
Fax:    (504) 340-6330
                *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing Motion to Withdraw as Counsel will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Additionally, that the above and foregoing Motion to Withdraw as Counsel has been served upon Plaintiff via U.S. Mail, postage prepaid and properly addressed, to the last known address of the Plaintiff.

*/s/ Joel R. Waltzer*