| SHORT FORM DOC # | CLIENT NAME | ADDRESS1 | CITY | ST | ZIP | REASON | AMENDED SF # |
|---|---|---|---|---|---|---|---|
| 136628 | Aguilar, Hector | 144 HUMMINGBIRD DR | Houma | LA | 70364 | Client terminated WWG | None Filed |
| 118083 | Bartholomew, Ronald | 2269 Killington Drive | Harvey | LA | 70058 | Client terminated WWG | 120560 |
| 49891 | Billiot, Laura | 3887 1/2 Oak Point Road | Montegut | LA | 70377 | Client terminated WWG | 120552 |
| 70211 | Billiot, Laurence | 264 Lower Country Drive | Bourg | LA | 70343 | Client terminated WWG | 120553 |
| 60859 | Bui, Ngan Van | 1201 Wyndham South | Gretna | LA | 70053 | Client terminated WWG | None Filed |
| 68168 | Bui, Phuoc Thi | 2505 Kismet St. | Marrero | LA | 70072 | Client terminated WWG | 120590 |
| 59251 | Carrone, Bryan | 40629 Chinchas Creek | Slidell | LA | 70461 | Client terminated WWG | 120542 |
| 136694 | Catalano, Crystal Ann | 3224 Judy Drive | Meraux | LA | 70075 | Client terminated WWG | None Filed |
| 94837 | Coleman, Mona Ragas | 34471 Hwy 11 | Buras | LA | 70041 | Client terminated WWG | 120801 |
| 56186 | Dang, Andy | 233 Demandre Street | Belle Chasse | LA | 70037 | Client terminated WWG | 120414 |
| 56202 | Dang, Andy_Tranquil LLC | 233 Demandre Street | Belle Chasse | LA | 70037 | Client terminated WWG | 120415 |
| 57257 | Dang, Quynh Van | 1018 Meadows Lane | Moody | AL | 35004 | Client terminated WWG | None Filed |
| 72261 | Dang, Thanh | 612 24th Street/P.O. Box 418 | San Leon | TX | 77539 | Client terminated WWG | 120416 |
| 71076 | Dardar, Lanny | 3854 Hwy. 665 | Montegut | LA | 70377 | Client terminated WWG | None Filed |
| 72037 | Dinh, Van Y | 410 Lookout Lane | Dickinson | TX | 77539 | Client terminated WWG | None Filed |
| 72159 | Do, Luong Van | P.O. Box 694 | Empire | LA | 70050 | Client terminated WWG | 120419 |
| 68183 | Do, Nghiep Van | 143 Circle St. | Buras | LA | 70041 | Client terminated WWG | 120420 |
| 118076 | Duong, Chamroeun | 185 W. Gulf Drive | Buras | LA | 70041 | Client terminated WWG | 120422 |
| 56214 | Hoang, Lan Thi | 5210 East Nemours Street | New Orleans | LA | 70129 | Client terminated WWG | 120541 |
| 56852 | Hoang, Tien Anh | 1433 Utah Beach, Apt. F | Bridge City | LA | 70094 | Client terminated WWG | 120564 |
| 71835 | Hoang, Trung Tuan | 710 Dory Drive | Gretna | LA | 70056 | Client terminated WWG | None Filed |
| 60531 | Hotard, Norris | 3837 Oak Point Road | Montegut | LA | 70377 | Client terminated WWG | 120554 |
| 53115 | Huynh, Hai Hoang | 125 Circle Street | Buras | LA | 70041 | Client terminated WWG | 120424 |
| 56180 | Huynh, Hai Hoang_Hanson's Seafood LLC | 125 Circle Street | Buras | LA | 70041 | Client terminated WWG | 120425 |
| 72005 | Huynh, Johnny Hiep | P.O. Box 8159 | Bacliff | TX | 77518 | Client terminated WWG | 120431 |
| 72002 | Huynh, Lang Van | 9327 Campbell Road | Houston | TX | 77080 | Client terminated WWG | None Filed |
| 72079 | Huynh, Lang Van _FV Van Lang II | 9327 Campbell Road | Houston | TX | 77080 | Client terminated WWG | None Filed |
| 71999 | Huynh, Lang Van_FV Van Lang I | 9327 Campbell Road | Houston | TX | 77080 | Client terminated WWG | None Filed |
| 68198 | Huynh, Lynn_Huynh Family LLC | 105 Regina Drive | Belle Chasse | LA | 70037 | Client terminated WWG | 120434 |
| 72070 | Huynh, Tham Thi | P.O. Box 8159 | Bacliff | TX | 77518 | Client terminated WWG | 120447 |
| 57270 | Huynh, Tom Cong | 13123 Chateau Court | New Orleans | LA | 70129 | Client terminated WWG | None Filed |
| 57271 / 57272 | Huynh, Tom Cong - C & H / C & C Fishery, LLC | 13123 Chateau Court | New Orleans | LA | 70129 | Client terminated WWG | None Filed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 57277 | Huynh, Truc Trung | 160 Maud Olive Dr. | Belle Chasse | LA | 70037 | Client terminated WWG | 120448 |
| 108957 | King, Robert Dale | 29385 Hwy 23 | Port Sulfur | LA | 70083 | Client terminated WWG | None Filed |
| 104954 | Lam, Thu Hong | 3357 Jason Lane | Gretna | LA | 70056 | Client terminated WWG | None Filed |
| 94835 | Lay, Malis | 36730 Hwy 11 | Buras | LA | 70041 | Client terminated WWG | 120449 |
| 59417 | Le, Duoc Van | 4950 Savoie Ct. | New Orleans | LA | 70129 | Client terminated WWG | 120543 |
| 111205 | Le, Hong Van | 155 Rosetti St. | Biloxi | MS | 39530 | Client terminated WWG | 120450 |
| 57242 | Le, Huong Thi Diem | 406 Bon Temps Roule | Mandeville | LA | 70471 | Client terminated WWG | None Filed |
| 55007 | Le, Kimberly Lien | 1009 Wyndham South | Gretna | LA | 70056 | Client terminated WWG | None Filed |
| 71850 | Le, Sa Thi | 2024 S. Village Green St. | Harvey | LA | 70058 | Client terminated WWG | 120456 |
| 72345 | Le, Sanh | 5269 12th Street | Port Arthur | TX | 77642 | Client terminated WWG | 120457 |
| 72295 | Le, Tham Thi Bich | 710 Dory Drive | Gretna | LA | 70056 | Client terminated WWG | 120458 |
| 111101 | Le, Thien | 1424 Quebrada Delsur | Harvey | LA | 70058 | Client terminated WWG | 120459 |
| 118733 | Lu, Phuong Kim | 127 E. Collin Dr. | Buras | LA | 70041 | Client terminated WWG | 120464 |
| 64484 | Ly, Anh Michael | 110 Vogt Drive | Belle Chasse | LA | 70037 | Client terminated WWG | 120529 |
| 57216 | Ly, Loan KimThi | 160 Maud Olive Drive | Belle Chasse | LA | 70037 | Client terminated WWG | 120461 |
| 71801 | Mai, Gina | 3204 Levin St. | Alexandria | LA | 71301 | Client terminated WWG | 120466 |
| 71806 | Mai, Lang | 600 N. Deshotels Ave. | Kaplan | LA | 70548 | Client terminated WWG | 120467 |
| 111103 | Mai, Men Van | 5728 4th Street, Lot. 27A | Marrero | LA | 70072 | Client terminated WWG | 120471 |
| 60619 | Naquin, Michel | 3879 Oak Point Road | Montegut | LA | 70377 | Client terminated WWG | 120555 |
| 60643 | Naquin, Patches | 3898 Hwy. 665 | Montegut | LA | 70377 | Client terminated WWG | 120556 |
| 70812 | Naquin, Wendy | 3879 Oak Point Road | Montegut | LA | 70377 | Client terminated WWG | 120557 |
| 72062 | Nghiem, Billy | 108 Bending Brook Lane | Dickinson | TX | 77539 | Client terminated WWG | 120472 |
| 111104 | Nguyen, Andy | 128 Southland Drive | Abbeville | LA | 70510 | Client terminated WWG | 120473 |
| 57268 | Nguyen, Can V - F/V C.T. Marshall | 22126 Derrick Rd. | Pass Christian | MS | 39571 | Client terminated WWG | 120540 |
| 72201 | Nguyen, Cham | 144 Janet Drive | Avondale | LA | 70094 | Client terminated WWG | 120474 |
| 72196 | Nguyen, Cham_Capt Champ Inc | 144 Janet Drive | Avondale | LA | 70094 | Client terminated WWG | 120475 |
| 71962 | Nguyen, Den | 6501 Cove Hollow Drive | Arlington | TX | 76002 | Client terminated WWG | None Filed |
| 72123 | Nguyen, Dinh | 127 St. Joseph St. | Palacios | TX | 77465 | Client terminated WWG | None Filed |
| 71798 | Nguyen, Dung Chi | 3204 Levin St. | Alexandria | LA | 71301 | Client terminated WWG | 120794 |
| 5703 | Nguyen, Dung Thi My | 112 Kim Lane | Franklin | LA | 70538 | Client terminated WWG | None Filed |
| 72081 | Nguyen, Duong | 118 Vietnam St. | Palacios | TX | 77465 | Client terminated WWG | None Filed |
| 72180 | Nguyen, Giang Hoa | 411 Primrose Lane | League City | TX | 77573 | Client terminated WWG | 120476 |
| 71985 | Nguyen, Hue Thi | 108 Bending Brook Lane | Dickinson | TX | 77539 | Client terminated WWG | 120478 |
| 57297 | Nguyen, Hung Van | 108 Kim Lane Lot 1 | Franklin | LA | 70538 | Client terminated WWG | 120479 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 69000 | Nguyen, Kathy Lynn | 501 Lynnmeade Rd. | Gretna | LA | 70056 | Client terminated WWG | 120480 |
| 99597 | Nguyen, Khanh Ho - F/V Captain David | P.O. Box 274 | Kenner | LA | 70063 | Client terminated WWG | 120531 |
| 106923 | Nguyen, Kim-Xuyen | 15 Camp Street | Worchester | MA | O1603 | Client terminated WWG | None Filed |
| 99601 | Nguyen, Lai Tan | 9015 Kenwwod Ave. | Metairie | LA | 70003 | Client terminated WWG | 120532 |
| 51547 | Nguyen, Lai Tan - Hanh Lai, Inc. - F/V Miss Khanh Ho | 9015 Kenwwod Ave. | Metairie | LA | 70003 | Client terminated WWG | 120533 |
| 111138 / 111143 | Nguyen, Lap Van | 2024 S. Village Green St. | Harvey | LA | 70058 | Client terminated WWG | 120481 / 120482 |
| 111139 / 111144 | Nguyen, Lap Van_Rang Dong LLC | 2024 S. Village Green St. | Harvey | LA | 70058 | Client terminated WWG | 120483 / 120484 |
| 57291 | Nguyen, Loc Xuan | 3312 W. Parc Green St. | Harvey | LA | 70058 | Client terminated WWG | 120485 |
| 111105 | Nguyen, Loi Thi | 2243 N. Harper Drive | Harvey | LA | 70058 | Client terminated WWG | 120486 |
| 69374 | Nguyen, Long Ngoc | 2236 S. Village Green St | Harvey | LA | 70058 | Client terminated WWG | 120487 |
| 62077 | Nguyen, Long Thanh | 3911 River Oaks Drive | Pasadena | TX | 77505 | Client terminated WWG | 120488 |
| 62743 | Nguyen, Michael | 13209 Willowbrook Dr. | New Orleans | LA | 70129 | Client terminated WWG | None Filed |
| 57229 | Nguyen, Nhan | 7832 Diane Rd. | Biloxi | MS | 39532 | Client terminated WWG | None Filed |
| 111107 | Nguyen, Quang Ngoc | 1315 Hopkins St. | New Iberia | LA | 70560 | Client terminated WWG | 120490 |
| 54782 | Nguyen, Son Truong | 13039 Biscay Street | New Orleans | LA | 70129 | Client terminated WWG | None Filed |
| 111115 | Nguyen, Thanh Van | 3543 Meadow Park Lane | New Orleans | LA | 70131 | Client terminated WWG | 120501 |
| 57289 | Nguyen, Timmy Ngoc | 3716 Aspen Drive | Harvey | LA | 70058 | Client terminated WWG | None Filed |
| 54336 | Nguyen, Tuan Anh | 5176 Mt. Rushmore Drive | Marrero | LA | 70072 | Client terminated WWG | None Filed |
| 108188 | Nguyen, Ty Son Van | 122 Cypress Loop | Westwego | LA | 70094 | Client terminated WWG | None Filed |
| 62824 | Nguyen, Van H. | 14401 Peltier Street, Apt. #200 | New Orleans | LA | 70129 | Client terminated WWG | 120561 |
| 89796 | Nguyen, Van Hong | 34214 Hwy 11 / P.O. Box 84 | Buras | LA | 70041 | Client terminated WWG | None Filed |
| 88263 | Ourks, Sokhoms Khem | 36730 Hwy 11 | Buras | LA | 70041 | Client terminated WWG | 120491 |
| 88269 | Ourks, Sokhoms Khem_Capt Sokhoms Ourks Inc | 36730 Hwy 11 | Buras | LA | 70041 | Client terminated WWG | 120492 |
| 55730 | Pham, Henry H. | 4835 Friar Tuck Drive | New Orleans | LA | 70128 | Client terminated WWG | None Filed |
| 57296 | Pham, Hien Xuan_Krajun Kitchen, LLC | 103 Willowbrook Drive | Gretna | LA | 70056 | Client terminated WWG | None Filed |
| 71219 | Pham, Linh Thi | 827 Charlie Drive | Gretna | LA | 70056 | Client terminated WWG | 120494 |
| 72074 | Phan, Thanh | 2258 Longspur Lane | League City | TX | 77573 | Client terminated WWG | 120496 |
| 72031 | Phan, Thanh Tan | P.O. Box 786 | Galveston | TX | 77553 | Client terminated WWG | None Filed |
| 25225 | Phan, Thuy Thi | 13123 Chateau Court | New Orleans | LA | 70129 | Client terminated WWG | None Filed |
| 57226 | Phan, Trong Van | 334 Hunter Avenue | Pass Christian | MS | 39571 | Client terminated WWG | None Filed |
| 54371 | Phu, Tri Quoc | 4137 Ames Blvd. Apt. #46 | Marrero | LA | 70072 | Client terminated WWG | 120497 |
| 108559 | Riley, Tony | P.O. Box 542 | Empire | LA | 70050 | Client terminated WWG | None Filed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 132718 | Solorzano, Marilyn_Miss Carilyn Louise Inc. | 4061 Starratt Road | Jacksonville | FL | 32226 | Client terminated WWG | None Filed |
| 72051 | Syboutlan, Carol | 612 24th Street | San Leon | TX | 77539 | Client terminated WWG | 120499 |
| 136695 | Thonn, Hope Kline | 2342 Corinne Drive | Chalmette | LA | 70043 | Client terminated WWG | None Filed |
| 111108 | Thuong, Phuoc | 123 Dickson Drive | Belle Chasse | LA | 70037 | Client terminated WWG | 120502 |
| 111109 | Thuong, Sony | 123 Dickson Drive | Belle Chasse | LA | 70037 | Client terminated WWG | 120503 |
| 111110 | Thuong, Sony_Cong Son Cong Phuoc LLC | 123 Dickson Dr. | Belle Chasse | LA | 70037 | Client terminated WWG | 120504 |
| 111111 | Thuong, Tot | 123 Dickson Drive | Belle Chasse | LA | 70037 | Client terminated WWG | 120505 |
| 109034 | To, Cang Van | 35698 Hwy 11 | Buras | LA | 70041 | Client terminated WWG | 120506 |
| 109177 | Tran, Can Van | 720 Justice Ct. | Marrero | LA | 70072 | Client terminated WWG | 120507 |
| 57237 | Tran, Giau Thi - Chef Seafood Enterprises | 14360 Chef Menteur Hwy. | New Orleans | LA | 70129 | Client terminated WWG | 120534 |
| 86274 | Tran, Hien Van | 610 Justice Court | Marrero | LA | 70072 | Client terminated WWG | 120509 |
| 71675 | Tran, Hoang Thanh | 708 5th Ave. | Harvey | LA | 70058 | Client terminated WWG | 120510 |
| 71847 | Tran, Lanh | 4331 Joycelyn Drive | New Orleans | LA | 70131 | Client terminated WWG | 120511 / 120797 |
| 101978 | Tran, Ngoc Thanh | 5728 4th St. , Lot 63 | Marrero | LA | 70072 | Client terminated WWG | 120512 |
| 110540 | Tran, Ngoc Van | 221 Orangewood Dr. | Buras | LA | 70041 | Client terminated WWG | 120513 |
| 72007 | Tran, Nhan Quoc | 411 Primrose Lane | League City | TX | 77573 | Client terminated WWG | 120798 |
| 71422 | Tran, Thiet Van - F/V Sunshine | 14307 Intrepid Street | New Orleans | LA | 70129 | Client terminated WWG | 120535 |
| 108259 | Truong, Benjamin | 3556 Emily Drive | Port Allen | LA | 70767 | Client terminated WWG | 120515 |
| 107281 | Truong, Benjamin_FV Janae Alyssa | 3556 Emily Drive | Port Allen | LA | 70767 | Client terminated WWG | 120516 |
| 71513 | Truong, Tham T | 8933 Meadow Lane | Abbeville | LA | 70510 | Client terminated WWG | 120536 |
| 71803 | Truong, Thuong | 600 N. Deshotels Ave. | Kaplan | LA | 70548 | Client terminated WWG | 120517 |
| 111197 | Van, Vui | 111 Avenue C | Buras | LA | 70041 | Client terminated WWG | 120523 |
| 60711 | Verdin, Cleveland | 610 Aragon Road | Montegut | LA | 70377 | Client terminated WWG | 120558 |
| 73917 | Verdin, David | 28 Kirkglen Loop | Houma | LA | 70363 | Client terminated WWG | 120559 |
| 61548 | Vo, Andrew | 1804 SE Parkway | Arlington | TX | 76018 | Client terminated WWG | 120518 |
| 71606 / 61577 | Vo, Andrew_Vo-Le Inc | 1804 SE Parkway | Arlington | TX | 76018 | Client terminated WWG | 120519 / 120520 |
| 64563 | Vo, Duc Truong | 13801 Chef Menteur Hwy. Trailer #10 | New Orleans | LA | 70129 | Client terminated WWG | 120537 |
| 99591 | Vo, Hanh Thi | 9015 Kenwwod Ave. | Metairie | LA | 70003 | Client terminated WWG | 120538 |
| 54356 | Vo, Nghia Huu | 4331 Joycelyn Drive | New Orleans | LA | 70131 | Client terminated WWG | None Filed |
| 57305 | Vu, Tam Thanh | 1472 Maplewood Drive | Harvey | LA | 70058 | Client terminated WWG | 120522 |
| 71608 | Vu, Toi | 9360 Tain St. | Coden | AL | 36523 | Client terminated WWG | None Filed |
| 71959 | Vu, Tuyen | 301 Main St. | Palacios | TX | 77465 | Client terminated WWG | 120796 |
| 62760 | Nguyen, Michael | 13209 Willowbrook Dr. | New Orleans | LA | 70129 | Client terminated WWG | None Filed |