UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO: 2179 SECTION: J |
| Relates to: 2:10-cv-07777-CJB-SS | ) ) ) ) | Judge Barbier Mag. Judge Shushan |

## NOTICE OF APPEARANCE

Jeremy D. Friedman, of the Downs Law Group, hereby files his Notice of Appearance for Downs Law Group, P.A., Craig T. Downs, Jeremy D. Friedman, and Daniel Perez in the above styled case. This appearance is limited to contesting the jurisdiction of the Court and venue of the proceedings as to hearing and ruling upon the Plaintiffsø Motion to Apportion Attorney fees, for injunctive relief, and for damages derived from Claims submitted pursuant to the Medical Benefits Class Action Settlement Agreement in accordance with section XXVII, and Motion to Stay Pending Florida State Court Action (Dkt. 12509)  Jeremy D. Friedman, Esq. is currently a member in good standing of the Southern District of Florida and Middle District of Florida and further a member in good standing of the Florida Bar.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing to all parties of record on or about the date as set forth above.

1

I HEREBY CERTIFY that the above was sent via U.S. Mail on this 20th day of March, 2014 to: The McKee Law Group, Robert J. Mckee 17150 Royal Palm Blvd., Suite 1 Weston, Florida 33327, Melancon │Rimes, Jason L. Melanson, Robert C. Rimes, Rachel Abadie 8706 Jefferson Hwy., Suite B, Baton Rouge, LA 70803, Sterbcow Law Group, LLC, Marx D. Sterbcow 1734 Prytania Street, New Orleans, LA 70130

    Jeremy D. Friedman, Esq.
    The Downs Law Group, PA
    3250 Mary Street, Suite 307
    Coconut Grove, FL 33133
    (305) 444-8226
    Attorney for Claimants

    __/s/ Jeremy Friedman____
    Jeremy D. Friedman
    Florida Bar # 134643