IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Cases*<br><br>(Including Civil Action No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## MOTION TO APPROVE ALAN HEISSER AS COURT-APPROVED STRUCTURED SETTLEMENT BROKER

**Now Into Court** comes Frank J. D'Amico, Jr., and respectfully requests the entry of the proposed ORDER APPROVING ALAN HEISSER AS COURT-APPROVED STRUCTURED SETTLEMENT BROKER, submitted herewith.

On January 30, 2013, Alan Heisser and The James Street Group were appointed as a Court-Approved Structured Settlement Broker for the Deepwater Horizon Economic and Property Damage Claimants in the ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc. 8425]. Since that time, James Street, the President and CEO of The James Street Group passed away. In February 2014, The James Street Group ceased placing new structured settlement business.

In February 2014, Alan Heisser, joined Millennium Settlements, Inc. dba Millennium Settlement Consulting, a well-established and respected structured settlement firm. Alan Heisser and Millennium Settlements, Inc. meet the requirements set forth in the ORDER ON UNOPPOSED

MOTION PROVIDING FOR APPROVAL OF QUALIFYING CRITERIA FOR THE APPOINTMENT OF STRUCTURED SETTLEMENT BROKERS, which requires that a structured settlement broker must (a) be licensed to sell insurance and annuity products in the State of Louisiana or their state of residence; (b) be in good standing with the Louisiana Department of Insurance or the department of insurance in the structured settlement broker's state of residence, with no license suspensions or revocations within the past five years; (c) maintain adequate Errors and Omissions insurance coverage; and (d) maintain appointments with Liberty Life Assurance Company of Boston, the Midwest Trust Company and/or any other eligible Issuer under the Structured Settlement Order. Alan Heisser is licensed to sell annuity products in the State of Louisiana and is in good standing with the Louisiana Department of Insurance, with no license suspensions or revocations within the past five years. Alan Heisser, through Millennium Settlements, Inc., dba Millennium Settlement Consulting, maintains adequate Errors and Omissions coverage and appointments to place structured settlement business with Liberty Life Assurance Company of Boston and Treasury Funded Structured Settlement, through Midwest Trust Company.

The Resume for Alan Heisser and Executive Summary for Millennium Settlement Consulting are attached as Exhibit A. As a structured settlement consultant with Millennium Settlements, Inc., Alan Heisser will continue to assist Claimants with electing the Structured Settlement Option in accordance with the terms of the ORDER PROVIDING FOR AMENDMENT TO STRUCTURED SETTLEMENT OPTION AND RELEASE [DOC. 11020], including:

1. Court-Approved Structured Settlement Brokers will only offer structured settlements to Claimants pursuant to which Periodic Payments are funded solely by Funding Assets that satisfy the following requirements (1) if the Claimant has not selected a Structured Settlement Option funded by United States government obligations, then the Issuer shall carry a minimum

2

rating of "A XI" or "Double A", or an equivalent thereof, according to the standard rating practices in the insurance industry, or (2) if the Claimant has selected a Structured Settlement Option funded by United States government obligations, then the United States government obligations shall carry a minimum rating of "A XI" or "Double A", or an equivalent thereof, by credit rating agencies, and the Issuer that will serve as the custodian of the U.S. government obligations shall have sufficient financial strength and that such Issuer shall enter into an appropriate keep well agreement or other guarantee with respect to such United States government obligations.

2. Liberty Life Assurance Company of Boston meets these ratings requirements. The Midwest Trust Company will serve as custodian for United States government obligations that meet these ratings requirements, and is both of sufficient financial strength and will enter into appropriate keep well agreements with respect to such United States government obligations. Further, Treasury Funded Structured Settlement International, now known as Structured Assignments, Inc., will be the assignee when United States government obligations are utilized.

Therefore, Counsel respectfully requests that Alan Heisser of Millennium Settlements, Inc. dba Millennium Settlement Consulting be appointed as a Court-Approved Structured Settlement Broker.

This 21st day of March, 2014

                                                           **Respectfully Submitted,**

                                                           **FRANK J. D'AMICO, JR., APLC**

                                                           **/s/ Frank J. D'Amico, Jr.**

                **FRANK J. D'AMICO, JR. (#17519)**
                **4731 Canal Street**
                **New Orleans, LA 70119**
                **Telephone: (504) 525-7272**
                **Facsimile: (504) 525-9522**

## CERTIFICATE OF SERVICE

  We hereby certify that the above and foregoing Motion (and Proposed Order) will be served on All Counsel and Patrick Juneau, Claims Administrator for the Economic and Property Damage Claims Settlement via the U.S. Postal Service or by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of March, 2014.

                       /s/ Frank J. D'Amico, Jr.