IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:  *All Cases*<br><br>(Including Civil Action No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER ALAN HEISSER AS COURT-APPROVED STRUCTURED SETTLEMENT BROKER

CONSIDERING the MOTION TO APPROVE ALAN HEISSER AS COURT-APPROVED STRUCTURED SETTLEMENT BROKER, the Court hereby Orders:

1. That Alan Heisser of Millennium Settlements, Inc., dba Millennium Settlement Consulting, meets the requirements set forth in the ORDER ON UNOPPOSED MOTION PROVIDING FOR APPROVAL OF QUALIFYING CRITERIA FOR THE APPOINTMENT OF STRUCTURED SETTLEMENT BROKERS, which requires that a structured settlement broker must (a) be licensed to sell insurance and annuity products in the State of Louisiana or their state of residence; (b) be in good standing with the Louisiana Department of Insurance or the department of insurance in the structured settlement broker's state of residence, with no license suspensions or revocations within the past five years; (c) maintain adequate Errors and Omissions insurance coverage; and (d) maintain appointments with Liberty Life Assurance Company of Boston, the Midwest Trust Company and/or any other eligible Issuer under the Structured Settlement Order.

2. That Alan Heisser of Millennium Settlements, Inc. dba Millennium Settlement Consulting, is approved as a Court-Approved Structured Settlement Broker.

3. That Alan Heisser of Millennium Settlements, Inc. dba Millennium Settlement Consulting, as Court-Approved Structured Settlement Broker, shall be required to assist Claimants in the process of electing the Structured Settlement option according to the terms of the ORDER PROVIDING FOR AMENDMENT TO STRUCTURED SETTLEMENT OPTION AND RELEASE.

4. That Alan Heisser of Millennium Settlements, Inc., as Court-Approved Structured Settlement Broker, shall only offer structured settlements to Claimants pursuant to which Periodic Payments are funded solely by Funding Assets that satisfy the following requirements:

(1) If the Claimant has not selected a Structured Settlement Option funded by United States government obligations, then the Issuer shall carry a minimum rating of "A XI" or "Double A", or an equivalent thereof, according to the standard rating practices in the insurance industry, or (2) If the Claimant has selected a Structured Settlement Option funded by United States government obligations, then the United States government obligations shall carry a minimum rating of "A XI" or "Double A", or an equivalent thereof, by credit rating agencies, and the Issuer that will serve as the custodian of the U.S. government obligations shall have sufficient financial strength and that such Issuer shall enter into an appropriate keep well agreement or other guarantee with respect to such United States government obligations.

Liberty Life Assurance Company of Boston meets these ratings requirements. The Midwest Trust Company will serve as custodian for United States government obligations that meet these ratings requirements, and is both of sufficient financial strength and will enter into appropriate keep well agreements with respect to such United States government obligations.

Further, Treasury Funded Structured Settlement International, now known as Structured Assignments, Inc., will be the assignee when United States government obligations are utilized.

SIGNED at New Orleans, Louisiana this 21st day of March, 2014.

_____
**Hon. Carl J. Barbier**
**United States District Court**

3