# Alan Patrick Heisser

713 Kirby Street, Lake Charles, LA 70601 • P 337-478-2200 • C 337-302-4621 • heisser@hotmail.com

## Settlement Planner & Financial Consultant with over 30 years of experience

- Since 1998, a structured settlement consultant with The James Street Group and Millennium Settlements, Inc., two of the nation's largest claimant-only settlement planning firms, specializing in structuring settlements for litigants in physical injury, product liability and commercial claims.
- Worked with over 200 attorneys in Louisiana, Mississippi and across the country.
- Placed structured settlements for claimants in mass tort claims including: the BP explosion in Texas City, asbestos, Paxil, Zyprexa and magnetic cases.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Millennium Settlements, Inc., *Structured Settlement Consultant* | Feb. 2014-Current |
| The James Street Group, *Settlement Planner* | 1998-Feb. 2014 |
| Minnesota Mutual Insurance Company, *Agent & Manager* | 1985-1998 |
| Life Insurance Company of Georgia, *Agent* | 1980-1984 |

## PROFESSIONAL LICENSING

Licensed Life Agent
- Resident License – Louisiana; Non-Resident License – Texas, Mississippi, New York, Colorado, Delaware, Illinois, Indiana, Washington
- Millennium Settlements, Inc. is licensed to place structured settlement business in all 50 states.

Series 6 and 63 securities licenses, National Association of Securities Dealers (NASD)

## EDUCATION

| | |
|---|---|
| Bachelor of Arts, McNeese State University, Lake Charles, LA | 1978 |

Life Underwriting Training Fellow (LUTCF) Designation

## SPEAKING ENGAGEMENTS AND PROFESSIONAL AFFILIATIONS

- 2009, Mississippi Association For Justice (MAJ), Annual Meeting, New Orleans, LA – Speaker, Re: Structured Settlements
- 2008, Mississippi Association for Justice (MAJ), Jackson Chapter Educational Meeting, Jackson, MS - Presenter, Topics including Structured Settlements, Medicare-Set Asides and Lien Resolution
- 2008, Louisiana Trial Lawyers Association, Local Chapter Educational Meetings in Lafayette, Monroe and Shreveport – Presenter, Topics including Structured Settlements, Medicare-Set Asides and Lien Resolution
- 2008, Lake Charles Area Attorney Educational Meeting, Lake Charles, LA – Presenter, Topics including Structured Settlements, Medicare-Set Asides, and Lien Resolution
- 2007, Pacific Life & Annuity Company, Brokers Conference, Newport Beach, CA, Speaker – Re: Fixed and Variable Annuities
- 2005, Louisiana Trial Lawyers Association, Meeting, New Orleans, LA- Speaker, Re: Structured Settlements
- National Association of Life Underwriters – Member, 1980 - 1995
- National Structured Settlement Trade Association – Member, 1998 - 2010

## AWARDS & RECOGNITIONS

Million Dollar Roundtable (MDRT)
National Quality Award (NQA)
National Sales Achievement Award (NSAA)
Citizen of the Year – Lake Charles Police Department Recognition, 2010

## ORGANIZATIONS

National Football League Players Association - Member
McNeese University Foundation - Board Member
Cops & Jocks Charity Golf Tournament – Co-Founder


EXHIBIT A

- 2002-Present. Over $500,000 raised for local charities and scholarships in Lake Charles, LA.



# MILLENNIUM
SETTLEMENT CONSULTING
www.millenniumsettlements.com

*Executive Summ[ary]*

## Our Mission

To be a leading provider of structured settlements for our clients by offering the most comprehensive advisory services and financial products in the industry—all designed to best serve claimants, including loved ones and caretakers, by meeting their unique needs and concerns.

## Our People

Millennium's consultants are comprehensive settlement planners and part of a company that brings more resources, knowledge and products to help injury victims and their attorneys. We present all of the settlement options available, through traditional structured settlements, attorney fee structures, as well as other financial products and services. Our consultants assist attorneys in developing strategies to maximize their clients' settlement dollars, both during and after settlement, as well as coordinate with public benefits such as Medicare and Medicaid. We have decades of experience handling a wide variety of claims, from serious injuries, wrongful death, medical malpractice and minors to the more recent innovations in using structured settlements for non-qualified (taxable) settlements, such as employment litigation, divorce, contractual or punitive damages.

## Our Services

Our company offers a depth of resources that is unmatched in the industry, including in-house counsel on issues involving taxation, Medicare and settlement issues. We have offices across the country and have expertise that extends beyond a traditional structure broker who may just be running annuity quotes.

Our consultants can provide expert testimony, life care plan preparation, attend settlement conferences, mediations and trials, provide comprehensive settlement planning proposals, coordinate settlement documents, prepare reports and conduct CE/CLE classes.

Structured settlements are part of a comprehensive settlement planning approach. Your client and you deserve the unparalleled service and support that only Millennium can provide.



## Experience

Millennium Settlements began over 28 years ago implementing an innovative way for structured settlements consultants to combine comprehensive settlement planning with structured settlements to better assist injury victims and their attorneys in creating unique settlement plans for personal injury, workers' compensation and employment cases. With more than 30 consultants in 29 states, we stand ready to service the needs of our clients.

We continue that innovation today and are part of Integrated Financial Settlements (IFS), the largest structured settlement company in the industry with over 180 consultants and more than $2 billion in annual structured settlement premium.

LEADING THE WAY WITH [THE] MOST COMPREHENS[IVE] ADVISORY SERVICES A[ND] FINANCIAL PRODUCTS IN [THE] INDUS[TRY]

Millennium, as part of Integr[ated] Financial Settlements (IFS), b[rings] innovation and a wider range [of] products than any other firm. We [have] developed several key partnership[s to] aide in the overall settlements pro[cess:] Providio Medisolutions, a Medi[care] compliance and lien resolu[tion] company; Mass Tort Settle[ment] Services to address the complex n[eeds] involved in mass tort cases; Structure Plus, a unique fee stru[cture] product that offers tax deferral [and] immediate liquidity; Midwest Trus[t to] offer our Treasury Funded Struct[ured] Settlement (TFSS), for attorney cl[ients] who want added security afforded b[y] Treasuries; and our Enhanced Atto[rney] Fee Structure (EAFS), for attorney cl[ients] who choose to invest their fee[s in] carefully selected Vanguard Funds [on a] tax-deferred basis; and finally Securant Trust, to offer a wide varie[ty of] trust services, including Special N[eeds] Trusts, spendthrift trusts and Qua[lified] Settlement Funds.

CORPORATE OFFI[CE]

3500 FINANCIAL PLAZA, 4TH FLO[OR]
TALLAHASSEE, FL 32[...]

1201 CAMINO DEL MAR, SUITE [...]
DEL MAR, CA 92[...]

800-573-8[...]

*plan more... control mor[e...]*
*expect more... for l[ife]*