UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| *12-970* | * * * | MAG. JUDGE SHUSHAN |

**ORDER**
**[Regarding Proposed Matching Policy for BEL Claims]**

The Court has received a referral from the Claims Administrator regarding his proposed Policy No. 495, "Business Economic Loss Claims: Matching of Revenue and Expenses." BP has deferred to the Claims Administrator's Policy, but because there was not unanimous agreement during the Administrative Panel Meeting, Class Counsel have appealed to the Court in accordance with Section 4.3.4 of the Settlement Agreement.

Accordingly, the Court will take this matter under advisement based on the materials forwarded by the Claims Administrator, including the previous submissions by the parties. No further briefing or submissions shall be made on this matter.

Signed in New Orleans, Louisiana, this 21st day of March, 2014.

_____
United States District Judge