UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * * * | MDL NO.     2179<br><br>NUMBER:<br><br>SECTION: J |
| Civil Action No.: 2:10-md-02179 | * * * * * | JUDGE:  BARBIER<br><br>MAGISTRATE:  SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS'/CLAIMANTS' MOTION
TO ENFORCE "FULL AND FINAL RELEASES
AND COVENANTS NOT TO SUE" AND REQUEST FOR HEARING**

NOW COMES, the following Plaintiffs/Claimants, 100015778 and 100015963, by and through undersigned counsel, and respectfully moves this Honorable Court to Lift the Preliminary Injunctions Issued to Date and/or to Enforce "Full and Final Releases and Covenants Not to Sue" for the Limited Purpose of Paying Settlement Proceeds to Claimants, and to instruct the Claims Administrator to finalize its processing and payments of the aforementioned Claimants. As grounds thereto, the undersigned state as follows:

1. The Claimants submitted Business Economic Loss (B.E.L.) claims to the Deepwater Horizon Claims Center. These Claimants were also joined as Plaintiffs in this cause of action, and thus this Court has jurisdiction over these Plaintiffs/Claimants.  The Claimant's claims have the following histories and status:

   a. Claimant: 100015778
      BEL Claim ID: 34463

1

    Eligibility Notice dated: July 7, 2013

    BP never appealed the Eligibility Notice

    Offer Accepted by claimant: November 12, 2013

    Release accepted by DHCC: November 15, 2013

    DHCC Status: Claim Payment Documentation Accepted

  b. Claimant ID: 100015963

    BEL Claim ID: 88174

    Eligibility Notice Issued: August 15, 2013

    BP Requested Payment Appeal: September 4, 2013

    BP Withdrew Payment Appeal Request: September 30, 2013

    Offer Accepted by claimant: October 8, 2013

    Release accepted by DHCC: October 24, 2013

    DHCC Status: Claim Payment Documentation Accepted

2. BP was aware of the matching issue on or before December 5, 2012 when it requested the Court Supervised Settlement Program Claims Administrator convene a Claims Administration Panel to consider "the issue of the assignment of revenue to the proper months for purposes of the BEL causation framework and the proper matching of revenue and corresponding expenses for the purposes of the BEL compensation framework."

3. The issue of BP's December 5th request is part of the basis for the subject injunction that is delaying these Claimants' payments.

4. BP's silence in not filing an appeal on claims receiving eligibility notices subsequent to December 5, 2012 is virtually tantamount to BP stating that it did not find the claim to be at odds with the issues raised in its December 5, 2012 request.

5. The first claimant's claim received its eligibility notice 214 (Two Hundred Fourteen) days after BP requested the aforementioned Claims Administration Panel to convene on the issue of matching revenue and expenses.

6. The first claimant's claim was never appealed by BP.

7. BP's not filing an appeal indicates that BP did not have reason to question whether the claimant's financials pose a concern as to the issue of matching revenue and expenses.

8. BP's failure to file an appeal as to the first claimant's claim results in the claim being finalized and the executed Full and Final Release, Settlement, and Covenant Not to Sue being enforceable.

9. The second claimant's claim received its eligibility notice 253 (Two Hundred Fifty Three) days after BP requested the aforementioned Claims Administration Panel to convene on the issue of matching revenue and expenses.

10. Although the second claimant's claim was appealed by BP, BP's appeal did not reference any issue with matching of revenues and expenses. In fact BP did not even file an initial proposal supporting memorandum detailing what it was appealing.

11. Telling is, BP withdrew its appeal within 26 (twenty-six) days of filing its appeal.

12. BP's withdrawal of its appeal as to the second claimant's claim results in the claim being finalized and the executed Full and Final Release, Settlement, and Covenant Not to Sue being enforceable.

13. The Deepwater Horizon Settlement Release, Settlement and Covenant Not to Sue, and the Settlement Agreement are clear. When the Claimants each executed the Eligibility Notice, transmitted the Acceptance to the Deepwater Horizon Claims Center, and when any potential review was completed, the Claim was finalized and is enforceable. No

Court order or decision should reverse or delay the payment of the awards. This contract is binding upon all parties.

14. To avoid manifest injustice to these Plaintiff's/Claimants, the Court should lift the Preliminary Injunctions Related to the BEL Claims for the limited purpose of allowing the Claims Administrator to finalize the processing of the aforementioned claims, to issue payment and to enforce the valid "Full, Final Releases and Covenants not to Sue." This action will not prejudice any party to this action.

15. Plaintiffs/Claimants adopt the Motion and Memorandum of Law filed in this Court by Claimant 100096648 filed in this Court on February 18, 2014, and incorporates it herein by reference.

16. Plaintiffs/Claimants request a hearing on this Motion and request to be heard jointly or consecutively with above referenced Motion of Claimant 100096648.

17. This Motion is filed in the interest of fairness and justice and not for the purpose of delay.

WHEREFORE the Plaintiff Claimants respectfully request this Honorable Court grant this Motion and direct the Claims Administrator to finalize the processing of aforementioned Claimants' Eligibility Notices and to issue payment; and to issue payment on these claims.

    /s/ Bonnie A. Kendrick_____
**STUART H. SMITH (17805)**
Email: ssmith@smithstag.com
**MICHAEL G. STAG (23314)**
Email: mstag@smithstag.com
**BONNIE A. KENDRICK (31806)**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

        AND
        */s/ Kelley B. Stewart*
        **KELLEY B. STEWART (492132)**
        Email: kstewart@krupnicklaw.com
        The Law Offices of Krupnick, Campbell, et al
        12 Southeast 7th Street- #801
        Fort lauderdale, Flordia 33301
        Telephone: (954) 763-8181 #8619
        Facsimile: (954) 763-8292

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

      I hereby certify that on this 21st of March, the above and foregoing Plaintiffs'/Claimants' Motion To Enforce "Full and Final Releases And Covenants Not To Sue" And Request For Hearing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF System, which send a notice of electronic filing in accordance with the procedures established in MDL 2179.

      /s/ Bonnie A. Kendrick_____
**STUART H. SMITH (17805)**
Email: ssmith@smithstag.com
**MICHAEL G. STAG (23314)**
Email: mstag@smithstag.com
**BONNIE A. KENDRICK (31806)**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

AND
/s/ Kelley B. Stewart_____
**KELLEY B. STEWART (492132)**
Email: kstewart@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7th Street- #801
Fort lauderdale, Flordia 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

*Attorneys for Plaintiffs*