UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL NO. 2179  SECTION J  JUDGE BARBIER  MAG. JUDGE SUSHAN |
| **THIS DOCUMENT APPLIES TO:** No. 12-00311 | * * | **JURY TRIAL DEMANDED** |

**DEFENDANT LIBERTY INTERNATIONAL UNDERWRITERS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CAMERON'S § 541 CLAIM**

# EXHIBIT R-S

# FILED UNDER SEAL

Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Gary L. Pate, PRO HAC VICE
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

Attorneys for Liberty International Underwriters, Inc.

951099_1