UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * * | **JURY TRIAL DEMANDED** |

## LIU'S MOTION TO SEAL EXHIBITS UNDER PRE-TRIAL ORDER NO. 13

Liberty International Underwriters, Inc. ("LIU") submits this Motion to Seal certain exhibits to its Memorandum in Support of Motion for Partial Summary Judgment on Cameron's § 541 Claim under Pre-Trial Order No. 13.

These exhibits were marked "confidential" and are subject to the Court's protective order in this matter. *See* Rec. Doc. No. 641. For the reasons set forth above and in LIU's Memorandum in Support, LIU requests that the Court grant its Motion and order that Exhibits A, B, I, J, K, L, M, N, O, R, S, and U to its Memorandum in Support of Motion for Partial Summary Judgment on Cameron's § 541 Claim be filed under seal.

1

Respectfully submitted,

/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

and

Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Gary L. Pate, PRO HAC VICE
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

Attorneys for Liberty International
   Underwriters, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of March, 2014.

/s/ Judy Y. Barrasso