UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

### LIU'S MEMORANDUM IN SUPPORT OF ITS MOTION TO SEAL EXHIBITS UNDER PRE-TRIAL ORDER NO. 13

Liberty International Underwriters, Inc. ("LIU") submits this Memorandum in Support of its Motion to Seal certain exhibits to its Memorandum in Support of Motion for Partial Summary Judgment on Cameron's § 541 Claim under Pre-Trial Order No. 13. This Memorandum in submitted under Local Rule 5.6.

The exhibits to be sealed are the following:

- **Exhibit A** is excerpts from the deposition of Rusty Lee, a representative of Cameron's broker, Marsh;

- **Exhibit B** is an Account Summary prepared by LIU's underwriters;

- **Exhibit I** is a letter from Cameron's counsel to Transocean's counsel;

- **Exhibit J** is excerpts from the deposition of Brad Eastman, a Cameron representative;

- **Exhibit K** is a letter from Transocean's counsel to BP's counsel;

- **Exhibit L** is an e-mail string between Cameron's counsel and Transocean's counsel;

1

- **Exhibit M** is an e-mail from Cameron to LIU;

- **Exhibit N** is excerpts from the deposition of Tony Black, a Cameron representative;

- **Exhibit O** is an e-mail from Cameron attaching a Morgan Stanley report;

- **Exhibit R** is an e-mail string between Cameron and Marsh;

- **Exhibit S** is a letter from LIU's counsel to Cameron; and

- **Exhibit U** is excerpts from the deposition of Charles Sledge, a Cameron representative.

These exhibits were marked "confidential" by one or more of the parties and no party ever has objected to that designation. As such, they are subject to the Court's protective order in this matter, which states that a confidential document "will be filed under seal as an appendix to the instrument that refers to it." *See* Rec. Doc. No. 641, at p. 5.

For the reasons set forth above and as required under Pre-Trial Order No. 13, LIU requests that the Court grant its Motion and order that Exhibits A, B, I, J, K, L, M, N, O, R, S, and U to LIU's Motion for Partial Summary Judgment on Cameron's § 541 Claim be filed under seal.

Respectfully submitted,
*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

and

2

951124_1

Christopher W. Martin, PRO HAC VICE
Federal I.D. 13515
Gary L. Pate, PRO HAC VICE
Federal I.D. 29713
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

Attorneys for Liberty International
 Underwriters, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of March, 2014.

/s/ Judy Y. Barrasso

3

951124_1