UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 "J"(1) |
| | | JUDGE BARBIER |
| | | MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | JURY TRIAL DEMANDED |

## ORDER

Considering the foregoing LIU's Motion to Seal Exhibits Under Pre-Trial Order No. 13;

IT IS ORDERED that LIU's Motion to Seal Exhibits Under Pre-Trial Order No. 13 be and is hereby granted.

IT IS FURTHER ORDERED that the clerk seal Exhibits A, B, I, J, K, L, M, N, O, R, S, and U to LIU's Memorandum in Support of Motion for Partial Summary Judgment on Cameron's § 541 Claim.

New Orleans, Louisiana, this _____ day of March, 2014.

_____
MAGISTRATE JUDGE

950141_1