UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SUSHAN |
| **THIS DOCUMENT APPLIES TO:** | * | |
| No. 12-00311 | * | **JURY TRIAL DEMANDED** |

LIBERTY INTERNATIONAL UNDERWRITERS, INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
<u>CONCERNING CAMERON'S FORFEITURE OF COVERAGE</u>

# <u>EXHIBIT F-K</u>

# <u>FILED UNDER SEAL</u>

| | |
|---|---|
| Judy Y. Barrasso, 2814 | Christopher W. Martin, PRO HAC VICE |
| Celeste Coco-Ewing, 25002 | Federal I.D. 13515 |
| BARRASSO USDIN KUPPERMAN | Gary L. Pate, PRO HAC VICE |
|   FREEMAN & SARVER, L.L.C. | Federal I.D. 29713 |
| 909 Poydras Street, 24th Floor | 808 Travis, Suite 1800 |
| New Orleans, Louisiana  70112 | Houston, Texas 77002 |
| 504.589.9700 (Telephone) | 713-632-1700 (Telephone) |
| 504.589.9701 (Facsimile) | 713-222-0101 (Facsimile) |

Attorneys for Liberty International Underwriters, Inc.

951089_1