UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG         "DEEPWATER HORIZON" in the         GULF OF MEXICO, on         APRIL 20, 2010 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SUSHAN |
| **THIS DOCUMENT APPLIES TO:**<br>No. 12-00311 | *<br>* | **JURY TRIAL DEMANDED** |

**LIBERTY INTERNATIONAL UNDERWRITERS, INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
<u>CONCERNING CAMERON'S FORFEITURE OF COVERAGE</u>**

# <u>EXHIBIT N-O</u>

# <u>FILED UNDER SEAL</u>

| | |
|---|---|
| Judy Y. Barrasso, 2814 | Christopher W. Martin, PRO HAC VICE |
| Celeste Coco-Ewing, 25002 | Federal I.D. 13515 |
| BARRASSO USDIN KUPPERMAN | Gary L. Pate, PRO HAC VICE |
|   FREEMAN & SARVER, L.L.C. | Federal I.D. 29713 |
| 909 Poydras Street, 24th Floor | 808 Travis, Suite 1800 |
| New Orleans, Louisiana 70112 | Houston, Texas 77002 |
| 504.589.9700 (Telephone) | 713-632-1700 (Telephone) |
| 504.589.9701 (Facsimile) | 713-222-0101 (Facsimile) |

Attorneys for Liberty International Underwriters, Inc.

951089_1