# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 18, 2014

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 20 2014
WILLIAM W. BLEVINS
CLERK

   No. 12-30012   In Re: Deepwater Horizon
                  USDC No. 2:10-CV-1758
                  USDC No. 2:10-MD-2179

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record to be returned to District Court at a later date.

The electronic copy of the record will be recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:   Honorable Carl J. Barbier
      Mr. William Cothbert Baldwin
      Mr. David J. Beck
      Ms. Carmelite M. Bertaut
      Mr. Brad D. Brian
      Mr. Frederick A. Brodie
      Mr. Peter J. Butler, Jr.
      Mr. Jeffrey Bossert Clark, Sr.
      Ms. Rachel Giesber Clingman
      Mr. Paul D. Connick, Jr.
      Mr. Philip Francis Cossich, Jr.
      Mr. Robert David Daniel
      Mr. Henry Tutt Dart
      Mr. James Joseph Dragna
      Mr. C. Berwick Duval II
      Mr. Stanwood Robert Duval



Ms. Wanda Jean Edwards
Mr. John Michael Elsley
Mr. Calvin Clifford Fayard, Jr.
Mr. Edward Flanders
Mr. Richard Cartier Godfrey
Mr. Donald Everett Godwin
Mr. Glenn G. Goodier
Mr. John Phillip Haney
Mr. Don Keller Haycraft
Mr. Fred L. Herman
Ms. Allyson Newton Ho
Mr. David Blayne Honeycutt
Mr. Paul Matthew Jones
Mr. Sean Daniel Jordan
Mr. Allan L. Kanner
Mr. Bryan Michael Killian
Mr. Ky E. Kirby
Mr. Edward F. Kohnke, IV
Ms. Deborah D Kuchler
Mr. James Andrew Langan
Ms. Elizabeth A. Larsen
Mr. Walter J. Leger, Jr.
Mr. Michael G. Lemoine
Mr. Derek E Leon
Mr. Daniel Benjamin Levin
Mr. Victor L. Marcello
Mr. Bradley Marten
Mr. Corey L. Maze
Mr. Jack McKay
Mr. Evans Martin McLeod
Mr. Christopher McNevin
Mr. Kerry J. Miller
Mr. Joseph Nicholas Mole
Mr. Camille A. Morvant, II
Mr. Stephen B. Murray, Jr.
Mr. David Allen Parsiola
Mr. Richard G. Passler
Mr. Russell S. Post
Mr. Edwin G. Preis, Jr.
Mr. John F. Pritchard
Mr. Walter P. Reed
Mr. Steven Lynn Roberts
Mr. John Francis Rowley
Mr. David Bruce Salmons
Mr. Lance Michael Sannino
Ms. Denise U. Scofield
Ms. Christine Elizabeth Sevin
Mr. Franklin G. Shaw
Mr. Edmond Wade Shows
Mr. Barrett Robert Stephens
Mr. Kent C. Sullivan
Mr. Hugh Earl Tanner
Mr. Tommy W. Thornhill
Mr. Thomas Allen Usry
Mr. Joseph Lee Waitz, Jr.
Mr. Campbell E. Wallace
Ms. Mary Jo Woods
Mr. Robert Alan York

P.S. to Judge Barbier:  A copy of the opinion was sent to your office via email the day it was filed.