UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

STATUS UPDATE CONCERNING THE SPECIAL MASTER'S MOTION
FOR RETURN OF PAYMENTS MADE TO CASEY C. THONN AND OTHERS

COMES NOW Special Master Louis J. Freeh, and for his status update concerning the motion seeking return of payments made by the Deepwater Horizon Economic Claims Center ("DHECC") to claimant Casey C. Thonn ("Thonn") and others, states as follows:

1. On January 8, 2014, the Special Master filed a motion (Rec. Doc. 12107) seeking the return by Thonn and others of $357,002.35 in payments made by the DHECC under the Seafood Compensation Program.

2. On January 24, 2014, the Court entered an Order (Rec. Doc. 12223) directing that a response to the motion be filed by February 14, 2014.

3. On February 13, 2014, Thonn's counsel filed an unopposed request (Rec. Doc. 12330) for an extension of time to file a response to the motion.

4. On February 14, 2014, the Court entered an Order (Rec. Doc. 12334) granting Thonn's counsel to March 14, 2014 to file a response. The Court directed the Special Master to file any reply by March 24, 2014.

4. On March 17, 2014, counsel for the Special Master contacted Thonn's counsel, attached a copy of the Court's February 14, 2014 Order, and asked if an opposition had been filed on Thonn's behalf. Thonn's counsel said an opposition had not yet been filed

- 2 -

because of scheduling conflicts, but that Thonn's counsel would seek an extension of time and file a response by Friday, March 21, 2014.

5. To date, no responsive filing has been made by Thonn's counsel.

6. The Special Master respectfully requests the Court to enter a judgment granting the relief previously sought against Thonn and the professionals who assisted Thonn and benefitted from this unjustified payment of $357,002.35 from the DHECC.

                Respectfully submitted,

                ____/s/ Louis J. Freeh_____
                Louis J. Freeh
                Special Master

Dated:   March 24, 2014

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing memorandum has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 this ___24th___ day of ____March____, 2014.

                                               ____/s/  Louis J. Freeh_____
                                               Louis J. Freeh
                                               Special Master