UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>*Case No. 2:10-cv-8888, [Rec. Doc. 131533]* | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes undersigned counsel who respectfully moves this Honorable Court pursuant to Local Rule 83.2.11 for an order withdrawing the Dugan Law Firm, APLC as counsel of record for Plaintiff, T-Mike's Welding, LLC. In support thereof, Movants would show:

1. On or about March 13, 2012, Plaintiff retained the law firm, The Dugan Law Firm, to serve as counsel with regards to any and all claims Plaintiff had arising out of the Deepwater Horizon Oil Spill on April 20, 2010.

2. On or about April 18, 2013, the undersigned filed a Short Form Joinder on behalf of Plaintiff, [Rec. Doc. 131533].

3. Plaintiff later informed the Dugan Law Firm in writing that it no longer desired to have the Dugan Law Firm represent its interests. Plaintiff was notified by certified mail that the Dugan Law Firm would honor its wishes and of the applicable deadlines and applicable pending Court appearances.

4. Thus, the Dugan Law Firm and Plaintiff have terminated their attorney/client relationship and the Dugan Law Firm as counsel of record now requests this Court to allow its withdrawal from representation of Plaintiff in this case.

5. This motion is made in good faith and considering Plaintiff has chosen to represent itself and/or hire other counsel in this matter, neither it nor any other party will be prejudiced by Movants' withdrawal of counsel.

6. The current mailing address of Plaintiff is 279 Highway 652, Raceland, Louisiana, 70394.

WHEREFORE, undersigned counsel moves this Honorable Court for an order allowing the withdrawal of the Dugan Law Firm, APLC as counsel of record for Plaintiff in the above captioned case.

Dated: March 25, 2014

                                                Respectfully submitted,

By:  **THE DUGAN LAW FIRM**

    */s/ David B. Franco*
David B. Franco (TXBR 24072097)
James R. Dugan, II (LABR 24785)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
Email: dfranco@dugan-lawfirm.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel of Record and [Proposed] Order has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel through LexisNexis File & Serve, electronic mail, facsimile, and/or U.S. Mail.  Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below on this 25th day of March 2014.

                                         */s/ David B. Franco*
                                         David B. Franco, Esq.