UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG  | * | MDL No. 2179 |
| "*DEEPWATER HORIZON*" in the GULF | * | |
| OF MEXICO, on APRIL 20, 2010 | * | SECTION J |
| | * | |
| This Document Relates to: | * | DISTRICT JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc. et al. | * | MAGISTRATE JUDGE SHUSHAN |
| v. BP Exploration & Production Inc., et al. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF FILING**

**[Regarding Proposed Matching Policy for BEL Claims]**

NOW INTO COURT, through his undersigned counsel, comes Patrick A. Juneau, as Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Program and Trustee of the Settlement Trust (the "Claims Administrator"), who files this Notice of the filing of the attached 838 pages of materials relating to the Claims Administrator's proposed Policy No. 495, "Business Economic Loss Claims: Matching of Revenues and Expenses", which were forwarded to the Court by the Claims Administrator at the Court's direction, as reflected in this Court's March 21, 2014 Order [Regarding Proposed Matching Policy for BEL Claims] [Doc. 12575].

Respectfully submitted,

*s/J. David Forsyth*
J. David Forsyth (La. Bar. No. 5719)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
201 St. Charles Avenue, Suite 3815
New Orleans, LA  70170
Telephone:  (504) 582-1521
Facsimile:  (504) 582-1555
jdf@sessions-law.com
Attorneys for Patrick A. Juneau, as Claims Administrator/Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2014, the above and foregoing Notice has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

*s/J. David Forsyth*
J. David Forsyth