result of the entity's selling of products or services to the customer. Rather, such transactions are incidental to or collateral to the actual earnings related activities.

e) **Capital Assessments** – A capital assessment is typically a transaction in which the members of an entity, such as a Homeowners Association, are required to provide additional capital for an entity. Homeowners Associations are not businesses because they typically do not engage in selling products or services. For business entities that make capital assessments on their owners or stakeholders, the resulting transaction reflects an investment in the business by those stakeholders and is not the result of earnings activity from selling products and/or services. It is a fundamental concept in accounting that capital transactions are distinct from earnings activities. Capital transactions require the entity to increase the balances in the capital accounts to reflect the net increase in assets resulting from the transaction. Such transactions bear no relationship to revenue as properly understood.

f) **Intercompany Sales / Related Party Transactions** – Intercompany sales and related party transactions reflect the internal allocation of inventory or other assets among entities under a common ownership. According to the Financial Accounting Standards Board (FASB) Accounting Standards Codification 850-10-50-5, it cannot be presumed such transactions were carried out on an arm's length basis given the absence of a competitive, free-market environment. Related party transactions may be the result of the related party relationship and absent the relationship may not have occurred or may have occurred on different terms. As such, representations about transactions with related parties shall not imply that the related party transactions were executed on terms equivalent to those of unrelated parties. Moreover, because related party transactions represent where one party has the ability to exercise significant influence over the related party, these transactions are more susceptible to risk of fraud, misconduct and abuse. Such transactions may also reflect distributions to owners that are improperly characterized as revenue or expense, when they should be treated as returns of capital or other financing arrangements that do not result from the entity's central operations of selling goods and/or services. Thus, the CSSP should carefully examine intercompany sales and related party transactions.

g) **Grants for "For-Profit" Entities** – Grants from governmental entities made to business entities are not the result of the central business operations of the entity of selling products or providing services. Instead, these are typically subsidies of various types that are intended to implement various government policies or distribute funds collected as a result of governmental intervention in global trade or related activities. Because these are outside of the entity's normal operations, such payments should not be treated as revenues.

h) **Capital Contributions** – Capital contributions are proceeds that result from a company's financing activities. This includes owners' contributions, usually in the form of cash, into a business, or cash received from the sale of stock that shareholders have directly purchased from the issuing company. Capital contributions are considered cash flow from financing activities rather than operating activities. This source of inflow is not attributable to the operating activities of a business and should not be recognized as revenue.

i) **Financing Arrangements** – Businesses engage in financing arrangements by borrowing money from financial institutions and issuing bonds to investors. This act of issuing debt is

148 of 838

considered a loan activity in which the borrower receives an upfront principle amount that must be later paid back in installments with interest. While proceeds from financing arrangements are technically cash inflows, they are not revenue because they have not been earned by the business and must be later returned.

j) **Credit Adjusting Journal Entries to Expense Accounts** – Credit adjusting journal entries to expense accounts that result in a negative expense account balance are typically adjustments to correct an expense entry made in the prior period. For example, an adjustment that decreases the expense account in order to correct the previous month's overestimate of expenses would result in a negative expense account balance in the current month. These adjusting journal entries are not cash inflows from an entity's operating activities and should not be treated as revenue.

k) **Payment from Suppliers for Returns** – Payment from suppliers for returns are cash received by a business for returning previously purchased items. Purchase returns should be treated as if the purchase never originally occurred. These payments are not to be considered as revenue, but rather as decreasing adjustments in previously recorded expenses.

l) **Litigation / Dispute Proceeds** – Litigation or dispute proceeds are compensation paid to an entity upon successful outcome of a lawsuit. These proceeds are not cash inflows resulting from an entity's operational activities. Similar to insurance proceeds, litigation proceeds are typically payments to compensate an entity for wrongdoing acted upon them and should have a net zero impact on the operating revenue. They do not represent payments arising from the earnings activity of a business entity and therefore, should not be attributed as revenue.

m) **Consignment Sales** - Consignment sales are sales that are contingent upon a third party's ability to sell the purchased merchandise. Revenue for the manufacturer in these arrangements is typically attributed to the months that the items are ultimately sold by the retailer. The CSSP should consider a claimant's historical experience with returns and consignments in determining the measurement of the revenue earned in a period since the revenue earned should be equal to the cash ultimately collected on average.


IV.     **Appendix of Additional Examples**

The attached Appendix contains additional illustrations of the application of these Guidelines using actual data from claimant files. We do not include any claimant identifying information in these examples.

# APPENDIX OF EXAMPLES USING CLAIMANT DATA

# Table of Contents

- Example 1: Retail Store                            p. 3
- Example 2: Construction Company                    p. 8
- Example 3: Row Crop Farmer                         p. 13
- Example 4: Professional Services                   p. 19
- Example 5: Manufacturer                            p. 25

2

# Example 1: Retail Store

- Claimant meets the following criteria[1] indicating further matching review is required:
  - 5: Variable expenses in a single month exceed 25% of the claimant's annual variable expense.
  - 6: Variable margin percentages between any two months vary by more than 50 percentage points.
  - 7: Variance between monthly percentages of revenues and variable expenses compared to their annual totals exceeds 8 percentage points.

- Variable margin percentage changes dramatically on a monthly basis (each horizontal line is 100% change in margin %) including a large negative spike in September of benchmark:



- Claimant had higher margins and greater variable profit in 2010:

| | **Variable Profit Margin (as % of Revenue)** | | |
|---|---|---|---|
| | May-Aug | | All 12 Months |
| Year | (Comp Period) | May-Dec | of Year |
| 2009 | 79% | 12% | 27% |
| 2010 | 38% | 27% | 32% |

[1] Criteria numbers correspond to Juneau Declaration, para. 4.

3

# Example 1: Retail Store

- Specific matching irregularities become clear when reviewing claimant submitted monthly P&L :
  - Financial statements reflect "purchases" suggesting inventory costs are not properly recorded as expense when items are sold.
  - Claimant reflects purchases in only three months of the benchmark year (2009) despite having revenues in all months. No evidence in the portal to explain this accounting approach, but was not repeated in 2010.

| | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | $ 348,265 | $ 481,464 | $ 749,382 | $ 717,654 | $ 421,291 | $ 522,331 | $ 514,212 | $ 353,611 | $ 178,510 | $ 277,738 | $ 322,445 | $ 390,266 |
| **Cost of Goods Sold** | | | | | | | | | | | | |
| Purchases | - | - | 741,658 | - | - | - | - | - | 1,256,735 | (53) | - | 609,844 |
| Freight | 7,975 | 6,549 | 9,502 | 8,786 | 8,038 | 6,239 | 3,942 | 4,431 | 4,764 | 8,697 | 8,807 | 8,274 |
| Damaged Merchandise | | 224 | 752 | | | 338 | 167 | 115 | 547 | 42 | 343 | 513 |
| **Total Cost of Goods Sold** | 7,975 | 6,774 | 751,913 | 8,786 | 8,038 | 6,577 | 4,109 | 4,546 | 1,262,046 | 8,686 | 9,150 | 618,632 |
| ***Gross Profit (Rev - COGS)*** | *340,289* | *474,690* | *(2,531)* | *708,868* | *413,252* | *515,754* | *510,103* | *349,065* | *(1,083,537)* | *269,052* | *313,295* | *(228,366)* |
| ***Gross Profit Percentage*** | *97.71%* | *98.59%* | *-0.34%* | *98.78%* | *98.09%* | *98.74%* | *99.20%* | *98.71%* | *-606.99%* | *96.87%* | *97.16%* | *-58.52%* |

| | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | $ 333,761 | $ 458,418 | $ 891,493 | $ 814,496 | $ 494,509 | $ 620,114 | $ 565,817 | $ 402,401 | $ 213,908 | $ 294,173 | $ 379,261 | $ 334,610 |
| **Cost of Goods Sold** | | | | | | | | | | | | |
| Purchases | 53,861 | 186,153 | 545,751 | 251,166 | 235,590 | 417,033 | 30,843 | 139,341 | 199,967 | 136,762 | 160,453 | 164,622 |
| Freight | 9,712 | 11,229 | 15,869 | 15,575 | 7,394 | 7,182 | 6,299 | 4,087 | 6,470 | 9,289 | 10,082 | 8,327 |
| Damaged Merchandise | 648 | 381 | 531 | 1,232 | 797 | 1,447 | 1,725 | 1,312 | 1,222 | 1,493 | 326 | 845 |
| **Total Cost of Goods Sold** | 64,221 | 197,763 | 562,151 | 267,973 | 243,781 | 425,662 | 38,867 | 144,740 | 207,660 | 147,545 | 170,861 | 173,794 |
| ***Gross Profit (Rev - COGS)*** | *269,540* | *260,655* | *329,342* | *546,523* | *250,728* | *194,451* | *526,950* | *257,661* | *6,248* | *146,628* | *208,401* | *160,816* |
| ***Gross Profit Percentage*** | *80.76%* | *56.86%* | *36.94%* | *67.10%* | *50.70%* | *31.36%* | *93.13%* | *64.03%* | *2.92%* | *49.84%* | *54.95%* | *48.06%* |

*Source: Actual claimant monthly P&L Excel workbook included on portal by CSSP.*

4

# Example 1: Retail Store Specific Matching

- Claimant is a retail business. Sales tax returns submitted by the claimant support that revenues are appropriately reflected in the proper months, so assumed to be correct for this example.

- Corresponding variable expenses are not matched with revenues on a monthly basis.

- Pursuant to Ex. 4A, paragraph 4, CSSP may seek from claimant underlying source documents which would provide specific evidence to accurately match corresponding variable expenses to revenues, for example:

  – Point of Sale or other inventory system which automatically connects inventory cost of goods sold and sales revenue.

  – Manual logs related to specific items sold including invoices related to inventory purchases and the related sales.

5

# Example 1: Retail Store Specific Matching

- Assume claimant is able to provide a "gross margin report" from their point of sale operating system for each item sold. The report contains the date of sale, the selling price of the item, and the item's cost when originally purchased.

   – The reports show that Gross Margin (the excess of selling price over the original purchase price) is 45% outside the March-July tourist season, but margins increase to 52% between March and July as many tourists hit the beach.

   – Correcting the monthly P&Ls to accurately match cost of goods sold to revenues consistent with these assumptions:

Adjusted P&L Data Using Claimant-Submitted Per Item Selling Price and Original Cost

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As reported. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 348,265 | 481,464 | 749,382 | 717,654 | 421,291 | 522,331 | 514,212 | 353,611 | 178,510 | 277,738 | 322,445 | 390,266 | 5,277,167 |
| | (% of Annual) | B=A/Annual | 7% | 9% | 14% | 14% | 8% | 10% | 10% | 7% | 3% | 5% | 6% | 7% | 100% |
| | Variable Expenses (per claimant) | C | 113,488 | 115,066 | 884,417 | 151,689 | 101,720 | 93,859 | 104,905 | 82,056 | 1,327,616 | 90,157 | 95,264 | 713,679 | 3,873,916 |
| | (% of Annual) | D=C/Annual | 3% | 3% | 23% | 4% | 3% | 2% | 3% | 2% | 34% | 2% | 2% | 18% | 100% |
| | Variable Profit | E=A-C | 234,776 | 366,398 | (135,035) | 565,965 | 319,571 | 428,473 | 409,308 | 271,555 | (1,149,107) | 187,581 | 227,180 | (323,413) | 1,403,251 |
| | Variable Profit Percentage | F=E/A | 67% | 76% | -18% | 79% | 76% | 82% | 80% | 77% | -644% | 68% | 70% | -83% | 27% |
| | | | | | | | | | | | | | | | |
| Corrected based on monthly "Gross Margin" report provided by claimant. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 348,265 | 481,464 | 749,382 | 717,654 | 421,291 | 522,331 | 514,212 | 353,611 | 178,510 | 277,738 | 322,445 | 390,266 | 5,277,167 |
| | (% of Annual) | B=A/Annual | 7% | 9% | 14% | 14% | 8% | 10% | 10% | 7% | 3% | 5% | 6% | 7% | 100% |
| | Corrected Variable Expenses | C | 297,058 | 373,097 | 492,113 | 487,284 | 295,807 | 337,907 | 347,524 | 271,996 | 163,750 | 234,228 | 263,459 | 309,692 | 3,873,916 |
| | (% of Annual) | D=C/Annual | 8% | 10% | 13% | 13% | 8% | 9% | 9% | 7% | 4% | 6% | 7% | 8% | 100% |
| | Corrected Variable Profit | E=A-C | 51,207 | 108,367 | 257,269 | 230,370 | 125,484 | 184,424 | 166,688 | 81,615 | 14,760 | 43,510 | 58,986 | 80,574 | 1,403,251 |
| | Corrected Variable Profit % | F=E/A | 15% | 23% | 34% | 32% | 30% | 35% | 32% | 23% | 8% | 16% | 18% | 21% | 27% |

Assumptions:
- Claimant provides monthly sales and item specific costs which accurately capture profits on each sale.
- Payroll expenses and variable expenses outside of Cost of Goods Sold are appropriately matched with corresponding revenues.

6

# Example 1: Retail Store General Matching

- In the absence of reliable data, "reasonable matching" may be accomplished by reflecting consistent margins on a monthly basis using annual information.
  - Based on the nature of the business, it may be reasonable to assume the goods sold throughout the year are similar and monthly profit margins would be consistent with annual profit margins.
  - Cost of Goods Sold are identified by the claimant and represent approximately 67% of non-payroll variable expenses annually. For purposes of this example, all other variable expense are assumed to be properly matched with corresponding revenues.
  - Payroll expenses are assumed to be accurate and reflective of when work was performed.

Adjusted P&L Data Based on Annual Variable Profit Percentage

|  |  |  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As reported. |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 2009 | Revenue | A | 348,265 | 481,464 | 749,382 | 717,654 | 421,291 | 522,331 | 514,212 | 353,611 | 178,510 | 277,738 | 322,445 | 390,266 | 5,277,167 |
|  | (% of Annual) | B=A/Annual | 7% | 9% | 14% | 14% | 8% | 10% | 10% | 7% | 3% | 5% | 6% | 7% | 100% |
|  | Variable Expenses (per claimant) | C | 113,488 | 115,066 | 884,417 | 151,689 | 101,720 | 93,859 | 104,905 | 82,056 | 1,327,616 | 90,157 | 95,264 | 713,679 | 3,873,916 |
|  | (% of Annual) | D=C/Annual | 3% | 3% | 23% | 4% | 3% | 2% | 3% | 2% | 34% | 2% | 2% | 18% | 100% |
|  | Variable Profit | E=A-C | 234,776 | 366,398 | (135,035) | 565,965 | 319,571 | 428,473 | 409,308 | 271,555 | (1,149,107) | 187,581 | 227,180 | (323,413) | 1,403,251 |
|  | Variable Profit Percentage | F=E/A | 67% | 76% | -18% | 79% | 76% | 82% | 80% | 77% | -644% | 68% | 70% | -83% | 27% |
| Corrected based on annual variable margin percentage. |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 2009 | Revenue | A | 348,265 | 481,464 | 749,382 | 717,654 | 421,291 | 522,331 | 514,212 | 353,611 | 178,510 | 277,738 | 322,445 | 390,266 | 5,277,167 |
|  | (% of Annual) | B=A/Annual | 7% | 9% | 14% | 14% | 8% | 10% | 10% | 7% | 3% | 5% | 6% | 7% | 100% |
|  | Corrected Variable Expenses | C= B*Total V.E. | 255,658 | 353,438 | 550,114 | 526,823 | 309,266 | 383,438 | 377,478 | 259,582 | 131,042 | 203,885 | 236,704 | 286,490 | 3,873,918 |
|  | (% of Annual) | D=C/Annual | 7% | 9% | 14% | 14% | 8% | 10% | 10% | 7% | 3% | 5% | 6% | 7% | 100% |
|  | Corrected Variable Profit | E=A-C | 92,607 | 128,026 | 199,268 | 190,831 | 112,025 | 138,893 | 136,734 | 94,029 | 47,468 | 73,853 | 85,741 | 103,776 | 1,403,249 |
|  | Corrected Variable Profit % | F=E/A | 27% | 27% | 27% | 27% | 27% | 27% | 27% | 27% | 27% | 27% | 27% | 27% | 27% |

Assumptions:
- Claimant cannot provide monthly sales and item specific costs which accurately capture profits on each sale.
- Payroll expenses and variable expenses outside of Cost of Goods Sold are appropriately matched with corresponding revenues.

7

# Example 2:  Construction Company

- Claimant meets the following criteria[1] indicating further matching review is required:
  - 2: Revenues in a single month exceed 20% of annual revenues.
  - 6: Variable margin percentages between any two months vary by more than 50 percentage points.
- Variable margin percentage changes dramatically on a monthly basis (each horizontal line is 20% change in margin %) and may include a cumulative year-end correction:



- Claimant had higher margins and greater variable profit in 2010:

| | Variable Profit Margin (as % of Revenue) | | |
|---|---|---|---|
| | May-Oct | | All 12 Months |
| Year(s) | (Comp Period) | May-Dec | of Year |
| 2008-09 | 13% | 10% | 8% |
| 2010 | -13% | -1% | 11% |

[1] Criteria numbers correspond to Juneau Declaration, para. 4.

8

# Example 2: Construction Company

- Matching irregularities become clearer when reviewing monthly P&L data:
  - "Revenues" show significant variation between months (ex.- September compared with November, both months have 30 days).
  - "Revenues" move inconsistently with costs. Earnings are achieved as work progresses on projects, but certain months reflect building effort inconsistent with revenues (ex.- October and December).
  - May include cumulative year-end adjustments recorded in a single month (December).
  - Monthly Gross Profit percentages vary significantly throughout the year, which may indicate inaccurate estimation as jobs progress.

| | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenues** | $ 379,702 | $ 373,458 | $ 426,098 | $ 565,961 | $ 495,740 | $ 472,175 | $ 485,363 | $ 488,094 | $ 284,385 | $ 442,630 | $ 632,817 | $ 551,346 |
| Payroll Costs | 30,234 | 30,590 | 26,463 | 25,273 | 17,420 | 19,031 | 29,884 | 21,314 | 22,646 | 30,000 | 23,400 | 28,943 |
| Materials | 11,179 | 7,442 | 14,003 | 37,031 | 67,957 | 74,429 | 6,059 | 22,556 | 63,464 | 144,177 | 92,610 | 88,204 |
| Subcontractors | 169,846 | 128,923 | 149,662 | 357,137 | 392,041 | 441,238 | 471,084 | 501,745 | 200,702 | 383,079 | 422,709 | 56,538 |
| Cost-Other | 20,301 | 9,156 | 11,744 | 14,098 | 7,014 | 8,094 | 6,496 | 6,385 | 4,932 | 6,122 | 14,494 | 80,043 |
| COGS- Other | 21,746 | 26,884 | 24,544 | 17,160 | 12,990 | 14,053 | 22,630 | 19,586 | 37,745 | 39,142 | 27,172 | 50,634 |
| **Total Cost of Goods Sold** | 253,306 | 202,995 | 226,416 | 450,699 | 497,422 | 556,845 | 536,153 | 571,586 | 329,489 | 602,520 | 580,385 | 304,362 |
| *Gross Profit* | *126,396* | *170,463* | *199,682* | *115,262* | *(1,682)* | *(84,670)* | *(50,790)* | *(83,492)* | *(45,104)* | *(159,890)* | *52,432* | *246,984* |
| *Gross Profit/Revenues* | *33.29%* | *45.64%* | *46.86%* | *20.37%* | *-0.34%* | *-17.93%* | *-10.46%* | *-17.11%* | *-15.86%* | *-36.12%* | *8.29%* | *44.80%* |

*Source: Actual claimant monthly P&L Excel workbook included on portal by CSSP.*

9

# Example 2: Construction Company

- Claimant is a construction company and earns revenues as work progresses on specific projects.
  - Industry has adopted methodology known as "percentage of completion" to reflect revenues when earned based upon building progress.
  - Revenues are earned through building effort which may be different from when invoices are issued or cash is collected.
- Pursuant to Ex. 4A, paragraph 4, CSSP may seek from claimant underlying source documents which would provide specific evidence to accurately match revenues with monthly earnings activity:
  - Many construction companies will maintain job schedules capturing costs incurred on projects and progress over time.
  - While job schedules are standard in the industry, other documents may also provide evidence of earnings activity or be needed to validate the accuracy of job schedules provided.
- Such job schedules should be reviewed to ensure expenses are properly attributed to the months in which work was performed.
  - Benefit of hindsight, all projects complete, therefore actual performance progress and profits are known on a per job basis.
  - Revenues and expenses not captured on job schedules would need to be reviewed separately.

10

# Example 2: Construction Company Specific Matching

- An accurate job schedule will detail the costs incurred in a specific month as well as the amounts invoiced to the customer over the life of the project.  "Percentage of completion" assumes profits are earned ratably as a project progresses.

- With perfect hindsight, the total profit on all projects are known.  Assuming the job costs are accurate and recorded in the proper months, % completion and earned revenues can be accurately calculated and compiled on a monthly basis for each project:

| Project ABC | | | |
|---|---|---|---|
| | **B= Monthly** | **D= B/C** | **= A x D** |
| **Revenue** | **Costs** | | **Earned** |
| **(as Recorded)** | **(as Incurred)** | **% Completed** | **Revenues** |
| Sep-09 | - | - | 0.0% | - |
| Oct-09 | 105,277 | 102,128 | 15.8% | 126,084 |
| Nov-09 | 135,634 | 130,040 | 20.1% | 160,543 |
| Dec-09 | 82,891 | 80,414 | 12.4% | 99,277 |
| Jan-10 | 322,619 | 306,502 | 47.3% | 378,398 |
| Feb-10 | 153,058 | 28,494 | 4.4% | 35,178 |
| Mar-10 | - | - | 0.0% | - |
| Job Total | 799,479 | 647,578 | 100% | 799,479 |
| | **A= Total** | **C= Total** | | |

- Once revenues are appropriately attributed by project to the months when work was performed, monthly revenues can be accurately compiled for all jobs in progress:

| Earned Revenues by Project | | | | |
|---|---|---|---|---|
| | | | | Total Monthly |
| Month | Project ABC | Project DEF | Project GHI | Project JKL | Revenue |
| Dec-09 | 99,277 | 32,577 | 45,987 | 147,362 | 325,203 |

11

# Example 2:  Construction Company, General Matching

- Where the claimant is not able to provide any reliable, specific evidence to accurately match variable expenses with earned revenues, "reasonable matching" may be accomplished by reflecting consistent variable margin on a monthly basis using annual information.

  – Claimant has consistent annual profit margins suggesting a consistent mix of projects and profit margins over time.

  – Variable Expenses may reasonably reflect monthly earnings activity if such expenses are accurately included in the months when work was performed:

Adjusted P&L Data Assuming Constant Variable Profit Percentage for All Months

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **As reported.** | | | | | | | | | | | | | | | |
| 2010 | Revenue | A | 379,702 | 373,458 | 426,098 | 565,961 | 495,740 | 472,175 | 485,363 | 488,094 | 284,385 | 442,630 | 632,817 | 551,346 | 5,597,769 |
| | (% of Annual) | B=A/Annual | 7% | 7% | 8% | 10% | 9% | 8% | 9% | 9% | 5% | 8% | 11% | 10% | 100% |
| | Variable Expenses (per claimant) | C | 249,481 | 195,840 | 209,965 | 431,808 | 484,207 | 538,395 | 526,279 | 561,823 | 324,778 | 588,615 | 567,841 | 295,359 | 4,974,391 |
| | (% of Annual) | D=C/Annual | 5% | 4% | 4% | 9% | 10% | 11% | 11% | 11% | 7% | 12% | 11% | 6% | 100% |
| | Variable Profit | E=A-C | 130,221 | 177,618 | 216,133 | 134,153 | 11,533 | (66,220) | (40,916) | (73,729) | (40,393) | (145,985) | 64,976 | 255,987 | 623,378 |
| | Variable Profit Percentage | F=E/A | 34% | 48% | 51% | 24% | 2% | -14% | -8% | -15% | -14% | -33% | 10% | 46% | 11% |
| | | | | | | | | | | | | | | | |
| **Corrected based on costs as reported.** | | | | | | | | | | | | | | | |
| 2010 | Corrected Revenue | A | 264,392 | 206,052 | 232,523 | 494,861 | 557,527 | 622,068 | 587,243 | 637,372 | 362,314 | 662,236 | 645,114 | 326,067 | 5,597,769 |
| | (% of Annual) | B=A/Annual | 5% | 4% | 4% | 9% | 10% | 11% | 10% | 11% | 6% | 12% | 12% | 6% | 100% |
| | Variable Expenses (per claimant) | C | 249,481 | 195,840 | 209,965 | 431,808 | 484,207 | 538,395 | 526,279 | 561,823 | 324,778 | 588,615 | 567,841 | 295,359 | 4,974,391 |
| | (% of Annual) | D=C/Annual | 5% | 4% | 4% | 9% | 10% | 11% | 11% | 11% | 7% | 12% | 11% | 6% | 100% |
| | Corrected Variable Profit | E=A-C | 14,911 | 10,212 | 22,558 | 63,053 | 73,320 | 83,673 | 60,964 | 75,549 | 37,536 | 73,621 | 77,273 | 30,708 | 623,378 |
| | Corrected Variable Profit % | F=E/A | 6% | 5% | 10% | 13% | 13% | 13% | 10% | 12% | 10% | 11% | 12% | 9% | 11% |

Assumptions:
- Claimant provides evidence substantiating the accurate attribution of Variable Expenses to the months work performed.
- Variable expenses used in allocation do not include variable payroll as payroll is not a revenue driver as construction performed entirely by subcontractors.

- Where claimants do not accurately attribute expenses to the month where performance occurred, such costs do not reliably reflect earnings activity and a pro-rata allocation over time may more accurately reflect earnings activity.

12

# Example 3: Row Crop Farmer

- Claimant meets the following criteria[1] indicating further matching review is required:
  - 2: Revenues in a single month exceed 20% of annual revenues.
  - 5: Variable expenses in a single month exceed 25% of the claimant's annual variable expense.
  - 6: Variable margin percentages between any two months vary by more than 50 percentage points.
  - 7: Variance between monthly percentages of revenues and variable expenses compared to their annual totals exceeds 8 percentage points.
- Monthly revenues are inconsistent from year to year despite an identical growing season:



- Expenses not matched with corresponding revenues resulting in extreme volatility of variable profit margin despite consistent annual variable profit margin:



| Variable Profit Margin (as % of Revenue) | | | |
|---|---|---|---|
| | Oct-Dec | | All 12 Months |
| Year(s) | (Comp Period) | May-Dec | of Year |
| 2009 | 72% | 57% | 44% |
| 2010 | 35% | 57% | 47% |

[1] Criteria numbers correspond to Juneau Declaration, para. 4.

13

# Example 3: Row Crop Farmer

- ## Matching irregularities become clearer when reviewing monthly P&L data:

  - Large spikes in both revenues and variable expenses happening in different months despite the same growing season.

  - Costs related to crop production not matched with associated revenues. Expenses appear recorded when purchased rather than when items used.

  - Many months with zero revenues despite operating activities.

  - Earnings not reflected in the months of asset enhancement. Commodity markets allow crops to be sold at irregular intervals even where the growing seasons are identical between years. Asset enhancement occurs through the process of planting, growing and harvesting.

| | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Total Crop Revenue* | $ - | $ 5,040 | $ - | $ - | $ 34,321 | $ 1,986 | $ - | $ - | $ 93,748 | $ 487,273 | $ 215,214 | $ - |
| Chemicals Purchased | - | - | - | 3,379 | 11,981 | 30,053 | 35,810 | 17,649 | 7,414 | - | - | 33,353 |
| Fertilizer and Lime | - | 26,734 | - | 26,093 | - | 10,260 | 2,313 | - | - | - | - | 24,509 |
| Seeds and Plants Purchased | - | - | - | 303 | - | - | (1,868) | - | - | - | - | 74,082 |
| Custom Hire | - | - | 10,708 | - | - | - | - | - | - | - | - | - |
| Labor | 708 | 780 | - | 940 | 1,890 | 3,605 | 888 | 1,225 | 988 | 1,259 | 1,188 | 538 |
| Freight and Trucking | 6,131 | - | - | 823 | - | - | - | - | - | 18,082 | 14,646 | - |
| Gasoline, Fuel, and Oil | 13,162 | 1,917 | 1,800 | 2,031 | 2,255 | 9,185 | 4,917 | 2,852 | 6,585 | 3,153 | 7,189 | 2,739 |
| **Total Variable Expenses (excl. payroll)** | **20,001** | **29,431** | **13,806** | **33,569** | **16,126** | **53,102** | **42,060** | **21,726** | **14,986** | **22,494** | **23,023** | **135,221** |
| *Gross Profit* | *(20,001)* | *(24,391)* | *(13,806)* | *(33,569)* | *18,194* | *(51,116)* | *(42,060)* | *(21,726)* | *78,762* | *464,779* | *192,191* | *(135,221)* |
| *Gross Profit/Revenues= Gross Margin* | *N/A* | *-483.94%* | *N/A* | *N/A* | *53.01%* | *-2573.82%* | *N/A* | *N/A* | *84.01%* | *95.38%* | *89.30%* | *N/A* |

Notes: A Gross Margin cannot be calculated in a month with zero revenue as it is not possible to divide by zero. For simplicity, all revenue as defined by CSSP assumed to be Crop Revenue.

*Source: Actual claimant monthly P&L Excel workbook included on portal by CSSP.*

14

# Example 3: Row Crop Farmer Specific Matching

- Claimant is a farm and earns revenues by growing crops.
  - Asset enhancement, and therefore the earnings activities, occur as the plants grow.
  - With perfect hindsight available in claims process, total revenues for any harvest are known.
  - Timing of sales left to discretion of the producer (the farmer) through the commodities market unlike other industries where the customer determines when sales occur. Earnings process is complete at harvest.
- Pursuant to Ex. 4A, paragraph 4, CSSP may seek from claimant underlying source documents which would provide specific evidence to accurately match revenues with monthly earnings activity:
  - Dates of planting and harvest by year.
  - Industry data reflecting crop cycle.
  - Inventory records for material inputs.

15

# Example 3: Row Crop Farmer Specific Matching

- Assume claimant has provided information supporting a crop year from April to November. Crops are planted in April and harvested in November.

- Asset enhancement occurs evenly over those months, and earnings activity occurs evenly during the growing season.

- With perfect hindsight, the actual selling price of the crop has occurred; and total revenue from the season is known.

- Sales related to a crop year may be deferred into the following calendar year and should be matched to the related growing season as illustrated below.

Adjusted Revenue Based on Claimant Stated Crop Year Revenue Cycle - April to November

|  |  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | Revenue | 0 | 5,040 | 0 | 0 | 34,321 | 1,986 | 0 | 0 | 93,748 | 487,273 | 215,214 | 0 | 837,581 |
|  | Corrected Crop Year Revenue | 0 | 0 | 0 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 0 | 942,688 |
| 2010 | Revenue | 82,429 | 22,905 | 4,812 | 7,708 | 1,214 | 0 | 0 | 78,248 | 369,693 | 159,024 | 109,364 | 1,700 | 837,096 |

Assumptions:
- For purposes of illustration, a simplifying assumption is crops are planted and harvested April-November, and completely sold by March of following year.  (2009 crop year sales highlighted.)
- For purposes of illustration, a simplifying assumption is that all revenues relate to crop sales.
- Restated revenues reflect straight-line earnings activity over Claimant Crop Revenue Cycle which runs from April (planting commencement) to November (final harvest).

16

# Example 3: Row Crop Farmer Specific Matching

- Claimants maintaining financial information without recording inventory balances will misstate expenses even on an annual basis.
  - P&L statements will reflect materials purchased rather than materials used.
  - Even when not reflected in the financial statements, claimants may maintain inventory records for operating purposes.
- For this Example, assume the claimant is able to provide inventory records which indicate:
  - Fertilizer usage in 2009 was $25,000 less than the fertilizer purchased.
  - Accurate crop year costs can now be appropriately matched to the corrected monthly revenues.

Adjusted Revenue and Variable Expenses Based on April to November Crop Year and Claimant Stated Materials Usage

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As recorded. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 0 | 5,040 | 0 | 0 | 34,321 | 1,986 | 0 | 0 | 93,748 | 487,273 | 215,214 | 0 | 837,581 |
| | (% of Annual) | B=A/Annual | 0% | 1% | 0% | 0% | 4% | 0% | 0% | 0% | 11% | 58% | 26% | 0% | 100% |
| | Variable Expenses (incl. Payroll) | C | 22,069 | 32,099 | 17,614 | 39,540 | 16,994 | 56,590 | 44,789 | 24,280 | 21,288 | 26,936 | 25,451 | 145,000 | 472,649 |
| | (% of Annual) | D=C/Annual | 5% | 7% | 4% | 8% | 4% | 12% | 9% | 5% | 5% | 6% | 5% | 31% | 100% |
| | Variable Profit | E=A-C | (22,069) | (27,059) | (17,614) | (39,540) | 17,327 | (54,604) | (44,789) | (24,280) | 72,460 | 460,337 | 189,763 | (145,000) | 364,932 |
| | Variable Margin Percentage | F=E/A | N/A | -537% | N/A | N/A | 50% | -2749% | N/A | N/A | 77% | 94% | 88% | N/A | 44% |
| | | | | | | | | | | | | | | | |
| Corrected revenues based on crop year and variable expenses based on claimant submitted materials usage. | | | | | | | | | | | | | | | |
| 2009 | Corrected Crop Year Revenue | A | 0 | 0 | 0 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 0 | 942,688 |
| | (% of Annual) | B=A/Annual | 0% | 0% | 0% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 0% | 100% |
| | Corrected Var Exp (incl. Payroll) | C= B x Adj. Annual | 0 | 0 | 0 | 55,956 | 55,956 | 55,956 | 55,956 | 55,956 | 55,956 | 55,956 | 55,956 | 0 | 447,649 |
| | (% of Annual) | D=C/Annual | 0% | 0% | 0% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 0% | 100% |
| | Corrected Variable Profit | E=A-C | 0 | 0 | 0 | 61,880 | 61,880 | 61,880 | 61,880 | 61,880 | 61,880 | 61,880 | 61,880 | 0 | 495,039 |
| | Corrected Variable Margin % | F=E/A | N/A | N/A | N/A | 53% | 53% | 53% | 53% | 53% | 53% | 53% | 53% | N/A | 53% |

Assumptions:
- Revenue attribution assumptions included in earlier slide.
- For purposes of illustration, a simplifying assumption is that all variable expenses relate to crop sales.
- "Corrected Variable Expenses" are $25,000 less than in the "As recorded." case based on claimant documentation showing actual material usage $25,000 less than purchases.

17

# Example 3: Row Crop Farmer General Matching

- If reliable, specific evidence is not available, "reasonable matching" can be accomplished by attributing variable expenses of each harvest to the properly attributed revenues of that harvest.
  - All costs are part of the full process of growing the plant and the benefit is derived throughout the growing process.
  - Where costs relate to more than one crop (ex.- planting soybeans and corn), split those costs between crops based on revenue where specific usage data is not available.
  - Corresponding variable expenses can be "reasonably matched" by matching the annual cost of goods sold to the monthly revenues earned during the crop year.

Adjusted Revenue and Variable Expenses Based on April to November Crop Year and Annual Variable Expenses

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As recorded. | | | | | | | | | | | | | | |
| 2009 Revenue | A | 0 | 5,040 | 0 | 0 | 34,321 | 1,986 | 0 | 0 | 93,748 | 487,273 | 215,214 | 0 | 837,581 |
| (% of Annual) | B=A/Annual | 0% | 1% | 0% | 0% | 4% | 0% | 0% | 0% | 11% | 58% | 26% | 0% | 100% |
| Variable Expenses (incl. Payroll) | C | 22,069 | 32,099 | 17,614 | 39,540 | 16,994 | 56,590 | 44,789 | 24,280 | 21,288 | 26,936 | 25,451 | 145,000 | 472,649 |
| (% of Annual) | D=C/Annual | 5% | 7% | 4% | 8% | 4% | 12% | 9% | 5% | 5% | 6% | 5% | 31% | 100% |
| Variable Profit | E=A-C | (22,069) | (27,059) | (17,614) | (39,540) | 17,327 | (54,604) | (44,789) | (24,280) | 72,460 | 460,337 | 189,763 | (145,000) | 364,932 |
| Variable Profit Percentage | F=E/A | N/A | -537% | N/A | N/A | 50% | -2749% | N/A | N/A | 77% | 94% | 88% | N/A | 44% |
| | | | | | | | | | | | | | | |
| Corrected revenues based on crop year and variable expenses matched proportionately with revenue based on crop year totals. | | | | | | | | | | | | | | |
| 2009 Corrected Crop Year Revenue | A | 0 | 0 | 0 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 0 | 942,688 |
| (% of Annual) | B=A/Annual | 0% | 0% | 0% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 0% | 100% |
| Corrected Var Exp (incl. Payroll) | C= B x Annual | 0 | 0 | 0 | 59,081 | 59,081 | 59,081 | 59,081 | 59,081 | 59,081 | 59,081 | 59,081 | 0 | 472,649 |
| (% of Annual) | D=C/Annual | 0% | 0% | 0% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 0% | 100% |
| Corrected Variable Profit | E=A-C | 0 | 0 | 0 | 58,755 | 58,755 | 58,755 | 58,755 | 58,755 | 58,755 | 58,755 | 58,755 | 0 | 470,039 |
| Corrected Variable Profit % | F=E/A | N/A | N/A | N/A | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | N/A | 50% |

Assumptions:
- Revenue attribution assumptions included in earlier slide.
- For purposes of illustration, a simplifying assumption is that all variable expenses relate to crop sales.
- Claimant has no documentation substantiating materials usage or other variable expenses. Simplifying assumption is that crop year variable expenses equal calendar year variable expenses.

18

# Example 4: Professional Services

- Claimant meets the following criteria[1] indicating further matching review is required:
  - 1: Negative total revenue in one month.
  - 2: Revenues in a single month exceed 20% of annual revenues.
  - 5: Variable expenses in a single month exceed 25% of the claimant's annual variable expense.
  - 6: Variable margin percentages between any two months vary by more than 50 percentage points.
  - 7: Variance between monthly percentages of revenues and variable expenses compared to their annual totals exceeds 8 percentage points.
- Variable margin percentage changes dramatically on a monthly basis (each horizontal line is 1,000% change in margin %):



| Variable Profit Margin (as % of Revenue) | | | |
|---|---|---|---|
| | July-Sept | | All 12 Months |
| Year(s) | (Comp Period) | May-Dec | of Year |
| 2009 | 1% | -10% | 60% |
| 2010 | -6461% | 68% | 81% |

---

[1] Criteria numbers correspond to Juneau Declaration, para. 4.

19

# Example 4: Professional Services

- ## Matching irregularities become clearer when reviewing monthly P&L data:
  - Revenues show significant variation between months.
  - Revenues moving inconsistently with costs.  Revenues appear to be recognized as cash is received rather than as work is completed.
  - Monthly Gross Profit percentages vary significantly throughout the years.

| | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenues** | $ 539,905 | $ - | $ - | $ 2,850 | $ - | $ 78,328 | $ - | $ 3,750 | $ - | $ - | $ 4,713 | $ 120,938 |
| Outside Services-Contract Labor | 61,712 | - | 3,740 | 80 | 65,329 | 32,505 | - | - | - | 80 | - | 108,690 |
| Variable Expenses - Other | 426 | 573 | 593 | 398 | 533 | 684 | 466 | 642 | 50 | 2,118 | 1,566 | 769 |
| Total Variable Expenses | 62,138 | 573 | 4,332 | 478 | 65,862 | 33,189 | 466 | 642 | 50 | 2,198 | 1,566 | 109,459 |
| Variable Profit | 477,767 | (573) | (4,332) | 2,373 | (65,862) | 45,138 | (466) | 3,108 | (50) | (2,198) | 3,147 | 11,479 |
| Variable Profit % | 88.49% | N/A | N/A | 83.25% | N/A | 57.63% | N/A | 82.87% | N/A | N/A | 66.78% | 9.49% |

| | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenues** | $ 226,958 | $ 2,000 | $ 47,408 | $ 232,816 | $ 2,516 | $ 202,980 | $ - | $ (260) | $ 1,825 | $ 98,085 | $ 209,549 | $ - |
| Outside Services-Contract Labor | 534 | 13,400 | 1,100 | 4,115 | - | 1,129 | 4,342 | 3,369 | 88,753 | - | 2,640 | 33,046 |
| Variable Expenses - Other | 478 | 283 | 3,114 | 1,245 | 2,439 | 100 | 956 | 1,095 | 1,865 | 1,747 | 540 | 4,524 |
| Total Variable Expenses | 1,011 | 13,683 | 4,214 | 5,360 | 2,439 | 1,229 | 5,298 | 4,464 | 90,618 | 1,747 | 3,180 | 37,570 |
| Variable Profit | 225,947 | (11,683) | 43,194 | 227,456 | 76 | 201,752 | (5,298) | (4,724) | (88,793) | 96,338 | 206,369 | (37,570) |
| Variable Profit % | 99.55% | -584.15% | 91.11% | 97.70% | 3.04% | 99.39% | N/A | 1817.08% | -4865.38% | 98.22% | 98.48% | N/A |

Note:  A variable profit percentage cannot be calculated in a month with zero revenue as it is not possible to divide by zero.

*Source: Actual claimant monthly P&L Excel workbook included on portal by CSSP.*

20

# Example 4: Professional Services

- Claimant is an architect.  Revenues are earned as professional expertise is given, with this effort generally captured based on the time invested.
    - Projects may span multiple months and work performed may not match the months when invoices are issued or cash is collected.
- Pursuant to Ex. 4A, paragraph 4, CSSP may seek from claimant underlying source documents which would provide specific evidence to accurately match revenues with monthly earnings activity, for example:
    - Professional services firms will likely maintain records of billable hours.  Monthly revenues are earned as these services are provided.
    - Outside consultants/contractors generally provide detailed billings showing hours worked over time by project.  Such expenses should be properly attributed to months when work performed.

21

# Example 4: Professional Services Specific Matching

- Assume the claimant provides accurate specific evidence supporting:
  - Total hours worked by professional staff at the firm. The value of actual earnings effort is captured as hours worked multiplied by applicable billing rate.
  - By multiplying total hours worked by the applicable billing rate, the earnings effort of the firm can be measured.
  - Multiplying total annual revenues by the percentage of earnings effort in a given month reasonably attributes annual revenues to the month of actual earning activity.

Adjusted Revenue Based on Claimant Stated Professional Staff Hours

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As recorded. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | $539,595 | $ - | $ - | $ 2,850 | $ - | $ 78,328 | $ - | $ 3,750 | $ - | $ - | $ 4,713 | $120,938 | $ 750,174 |
| | | | | | | | | | | | | | | | |
| Corrected revenues using hours worked to capture actual earnings activity. | | | | | | | | | | | | | | | |
| 2009 | Ptr Hrs | B | 120 | 96 | 100 | 120 | 60 | 80 | 120 | 92 | 60 | 80 | 100 | 80 | 1,108 |
| | Ptr Billing Rate | C | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | |
| | Total | D = B * C | $ 27,000 | $ 21,600 | $ 22,500 | $ 27,000 | $ 13,500 | $ 18,000 | $ 27,000 | $ 20,700 | $ 13,500 | $ 18,000 | $ 22,500 | $ 18,000 | $ 249,300 |
| | | | | | | | | | | | | | | | |
| | Staff Hrs | E | 130 | 127 | 147 | 197 | 156 | 159 | 214 | 166 | 163 | 230 | 160 | 152 | 2,001 |
| | Staff Billing Rate | F | $ 110 | $ 110 | $ 110 | $ 110 | $ 110 | $ 110 | $ 110 | $ 110 | $ 110 | $ 110 | $ 110 | | |
| | Total | G= E * F | $ 14,300 | $ 13,970 | $ 16,170 | $ 21,670 | $ 17,160 | $ 17,490 | $ 23,540 | $ 18,260 | $ 17,930 | $ 25,300 | $ 17,600 | $ 16,720 | $ 220,110 |
| | | | | | | | | | | | | | | | |
| | Total Production | H= D + G | $ 41,300 | $ 35,570 | $ 38,670 | $ 48,670 | $ 30,660 | $ 35,490 | $ 50,540 | $ 38,960 | $ 31,430 | $ 43,300 | $ 40,100 | $ 34,720 | $ 469,410 |
| | | | | | | | | | | | | | | | |
| | Monthly Production % | I = H/Annual | 9% | 8% | 8% | 10% | 7% | 8% | 11% | 8% | 7% | 9% | 9% | 7% | 100% |
| | | | | | | | | | | | | | | | |
| | Corrected Revenue | J= Total A * I | $ 66,002 | $ 56,845 | $ 61,799 | $ 77,781 | $ 48,998 | $ 56,717 | $ 80,769 | $ 62,263 | $ 50,229 | $ 69,199 | $ 64,085 | $ 55,487 | $ 750,174 |

Assumptions:
- Claimant provides monthly billable horus for the professional staff, including the principal's hours.
- Simplifying assumption for this example that all amounts collected and recorded as revenues in the calendar year were earned in the calendar year.

22

# Example 4: Professional Services Specific Matching

- In addition to the professional staff hours assumed in attributing revenues, the claimant also provides accurate specific evidence supporting:
  - Detailed invoices for outside contractors showing the timing of work performed.
  - All payroll costs and other variable expenses are accurate and properly matched to months where costs actually incurred.

Adjusted P&L Data Using Claimant-Submitted Monthly Billable Hour Reports for Professional Staff and Outside Services Invoices

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As reported: | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 539,595 | 0 | 0 | 2,850 | 0 | 78,328 | 0 | 3,750 | 0 | 0 | 4,713 | 120,938 | 750,174 |
| | (% of Annual) | B=A/Annual | 72% | 0% | 0% | 0% | 0% | 10% | 0% | 0% | 0% | 0% | 1% | 16% | 100% |
| | Variable Expenses (incl. Payroll) | C | 62,138 | 573 | 4,332 | 1,915 | 65,862 | 33,270 | 2,494 | 976 | 252 | 4,803 | 1,694 | 119,277 | 297,586 |
| | (% of Annual) | D=C/Annual | 21% | 0% | 1% | 1% | 22% | 11% | 1% | 0% | 0% | 2% | 1% | 40% | 100% |
| | Variable Profit | E=A-C | 477,457 | (573) | (4,332) | 935 | (65,862) | 45,058 | (2,494) | 2,774 | (252) | (4,803) | 3,019 | 1,661 | 452,588 |
| | Variable Profit Percentage | F=E/A | 88% | N/A | N/A | 33% | N/A | 58% | N/A | 74% | N/A | N/A | 64% | 1% | 60% |
| | | | | | | | | | | | | | | | |
| Corrected based on monthly billable hour reports and outside services invoices: | | | | | | | | | | | | | | | |
| 2009 | Corrected Revenue | A | 66,002 | 56,845 | 61,799 | 77,781 | 48,998 | 56,717 | 80,769 | 62,263 | 50,229 | 69,199 | 64,085 | 55,487 | 750,174 |
| | (% of Annual) | B=A/Annual | 9% | 8% | 8% | 10% | 7% | 8% | 11% | 8% | 7% | 9% | 9% | 7% | 100% |
| | Corrected Variable Expenses | C | 24,369 | 21,194 | 23,012 | 30,051 | 18,308 | 21,340 | 31,794 | 23,563 | 18,473 | 29,826 | 24,942 | 30,714 | 297,586 |
| | (% of Annual) | D=C/Annual | 8% | 7% | 8% | 10% | 6% | 7% | 11% | 8% | 6% | 10% | 8% | 10% | 100% |
| | Corrected Variable Profit | E=A-C | 41,633 | 35,651 | 38,787 | 47,730 | 30,690 | 35,377 | 48,975 | 38,700 | 31,756 | 39,373 | 39,143 | 24,773 | 452,588 |
| | Corrected Variable Profit % | F=E/A | 63% | 63% | 63% | 61% | 63% | 62% | 61% | 62% | 63% | 57% | 61% | 45% | 60% |

Assumptions:
- Claimant provides monthly billable hours for the professional staff, including the principal's hours.
- Invoices are provided for "Contract Labor" and those expenses are attributed to the months in which services were performed.
- Payroll expenses and other variable expenses are accurately reflected in the months in which services were provided.

Note: Variable profit margin cannot be calculated in a month with zero revenue as it is not possible to divide by zero.

23

# Example 4: Professional Services General Matching

- Assume the claimant is unable to provide accurate specific monthly evidence detailing the year-end corrections. In the absence of reliable data, "reasonable matching" may be accomplished by reflecting revenues consistent with the effort invested by the firm on a monthly basis.
    - Based on the nature of the business, it may be reasonable to assume revenues are generated through the effort of employees and outside contractors.
    - Assuming those costs are attributed to the months where work was performed, the P&Ls can be corrected to attribute revenues to the months when work was performed and match with corresponding variable expenses.

Adjusted P&L Data Assuming No Submission of Billable Hours and Contract Labor Reports; Allocation of Revenues by Variable Expenses and Payroll

|  |  |  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As reported: | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 539,595 | 0 | 0 | 2,850 | 0 | 78,328 | 0 | 3,750 | 0 | 0 | 4,713 | 120,938 | 750,174 |
|  | (% of Annual) | B=A/Annual | 72% | 0% | 0% | 0% | 0% | 10% | 0% | 0% | 0% | 0% | 1% | 16% | 100% |
|  | Variable Expenses (incl. Payroll) | C | 62,138 | 573 | 4,332 | 1,915 | 65,862 | 33,270 | 2,494 | 976 | 252 | 4,803 | 1,694 | 119,277 | 297,586 |
|  | (% of Annual) | D=C/Annual | 21% | 0% | 1% | 1% | 22% | 11% | 1% | 0% | 0% | 2% | 1% | 40% | 100% |
|  | Variable Profit | E=A-C | 477,457 | (573) | (4,332) | 935 | (65,862) | 45,058 | (2,494) | 2,774 | (252) | (4,803) | 3,019 | 1,661 | 452,588 |
|  | Variable Profit Percentage | F=E/A | 88% | N/A | N/A | 33% | N/A | 58% | N/A | 74% | N/A | N/A | 64% | 1% | 60% |
| Corrected based on reported variable expenses and payroll: | | | | | | | | | | | | | | | |
| 2009 | Corrected Revenue | A | 138,211 | 10,562 | 19,808 | 15,560 | 147,904 | 80,471 | 16,760 | 13,616 | 12,117 | 21,540 | 15,102 | 258,523 | 750,174 |
|  | (% of Annual) | B=A/Annual | 18% | 1% | 3% | 2% | 20% | 11% | 2% | 2% | 2% | 3% | 2% | 34% | 100% |
|  | Variable Expenses | C | 62,138 | 573 | 4,332 | 1,915 | 65,862 | 33,270 | 2,494 | 976 | 252 | 4,803 | 1,694 | 119,277 | 297,586 |
|  | (% of Annual) | D=C/Annual | 21% | 0% | 1% | 1% | 22% | 11% | 1% | 0% | 0% | 2% | 1% | 40% | 100% |
|  | Corrected Variable Profit | E=A-C | 76,073 | 9,989 | 15,476 | 13,645 | 82,042 | 47,201 | 14,266 | 12,640 | 11,865 | 16,737 | 13,408 | 139,246 | 452,588 |
|  | Corrected Variable Profit % | F=E/A | 55% | 95% | 78% | 88% | 55% | 59% | 85% | 93% | 98% | 78% | 89% | 54% | 60% |

Assumptions:
- Claimant is not able to provide monthly billable hour reports and detailed outside services billings.
- Revenues are matched based on reported variable expenses and total payroll.

Note: Variable profit margin cannot be calculated in a month with zero revenue as it is not possible to divide by zero.

24

# Example 5: Manufacturer

- Claimant meets the following criteria[1] indicating further matching review is required:
  - 5: Variable expenses in a single month exceed 25% of the claimant's annual variable expense.
  - 6: Variable margin percentages between any two months vary by more than 50 percentage points.
  - 7: Variance between monthly percentages of revenues and variable expenses compared to their annual totals exceeds 8 percentage points.
- Variable profit margin percentage indicates cumulative year-end adjustments not properly matched, annual margin increased in 2010:



**Variable Profit Margin (as % of Revenue)**

| Year | May-Sept (Comp Period) | May-Dec | All 12 Months of Year |
|---|---|---|---|
| 2009 | 46% | 21% | 26% |
| 2010 | 31% | 38% | 36% |

[1] Criteria numbers correspond to Juneau Declaration, para. 4.

25

# Example 5: Manufacturer

- Matching irregularities become clearer when reviewing monthly P&L data:
  - Large spikes in variable expenses in December 2009 appear to be cumulative adjustments which distort variable profit in that month and indicate inaccuracies in other months.
  - Inventory values are being adjusted, a large Cost of Goods Sold- Lease payment is made, and a large bad debt expense are all recorded in this one month.
  - Proper matching would reflect these expenses in the same months as the corresponding earnings activity.

| | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenues** | $ 212,269 | $ 199,736 | $ 347,734 | $ 193,373 | $ 254,303 | $ 200,020 | $ 238,625 | $ 283,515 | $ 220,991 | $ 187,535 | $ 130,054 | $ 341,136 |
| | | | | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | | | | |
| Inv Specified Reserve | - | - | - | - | - | - | - | - | - | - | - | 189,025 |
| Facility-Lease | 8,107 | 8,107 | 8,107 | 8,107 | 8,107 | 8,107 | 8,107 | 8,107 | 8,107 | 8,107 | 8,107 | 72,811 |
| Other Variable Cost of Sales | 82,522 | 76,035 | 157,670 | 87,383 | 102,839 | 63,486 | 83,786 | 106,755 | 102,185 | 72,678 | 47,286 | 191,172 |
| Sub-total Variable COGS | 90,629 | 84,142 | 165,776 | 95,490 | 110,946 | 71,593 | 91,892 | 114,861 | 110,292 | 80,784 | 55,392 | 453,008 |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Bad Debt | (5,199) | (999) | 1,922 | (1,556) | (551) | 1,925 | 8,403 | 2,360 | 547 | (239) | (1,311) | 181,957 |
| Other Variable Expenses | 23,312 | 37,668 | 24,523 | 14,487 | 27,134 | 14,057 | 11,677 | 15,034 | 4,860 | (1,949) | 8,841 | 13,571 |
| Sub-total Variable Op Exp | 18,113 | 36,669 | 26,445 | 12,930 | 26,583 | 15,981 | 20,081 | 17,394 | 5,406 | (2,187) | 7,530 | 195,528 |
| | | | | | | | | | | | | |
| Total Variable Exp (excl. payroll) | 108,742 | 120,810 | 192,221 | 108,420 | 137,529 | 87,574 | 111,973 | 132,256 | 115,698 | 78,597 | 62,922 | 648,536 |
| Variable Expense % | 51.2% | 60.5% | 55.3% | 56.1% | 54.1% | 43.8% | 46.9% | 46.6% | 52.4% | 41.9% | 48.4% | 190.1% |

*Source: Actual claimant monthly P&L Excel workbook included on portal by CSSP.*

26

# Example 5: Manufacturer

- Claimant is a manufacturer.  Revenues are earned as items are shipped.  While CSSP may seek from claimant underlying source documents, for this example revenues are assumed to be correct and attributed to the proper months.

- Corresponding variable expenses are not matched with revenues on a monthly basis.

- Pursuant to Ex. 4A, paragraph 4, CSSP may seek from claimant underlying source documents which would provide specific evidence to accurately match corresponding variable expenses to revenues, for example:

  - Physical inventory records, perpetual inventory records or job schedules which identify nature of year-end inventory adjustment.

  - Revenues and/or invoices by customer related to bad debt expense.

  - Contracts or other agreements related to large year-end lease correction or payment.

27

# Example 5: Manufacturer Specific Matching

- Assume the claimant provides accurate specific evidence supporting:
  - The December inventory reduction ($189,025 total) related to materials from a project completed between April and August ($37,805 each month).
  - The annual bad debt expense ($187,259 for full year) related to products sold between March and May ($62,420 each month).
  - The Dec lease adjustment ($59,313 total) reflects cumulative processing fees owed at a public warehouse facility for all 2009 (making monthly lease expense $13,498 throughout the year) .

Adjusted P&L Data Using Claimant-Submitted Evidence of Sales resulting in Inventory Reserve and Bad Debt Reserve and Timing of lease Year-end Adjustment

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As reported. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 212,269 | 199,736 | 347,734 | 193,373 | 254,303 | 200,020 | 238,625 | 283,515 | 220,991 | 187,535 | 130,054 | 341,136 | 2,809,291 |
| | (% of Annual) | B=A/Annual | 8% | 7% | 12% | 7% | 9% | 7% | 8% | 10% | 8% | 7% | 5% | 12% | 100% |
| | Variable Expenses (incl. Payroll) | C | 132,421 | 120,810 | 212,577 | 135,327 | 142,565 | 106,151 | 124,850 | 136,658 | 130,713 | 80,585 | 74,131 | 672,159 | 2,068,945 |
| | (% of Annual) | D=C/Annual | 6% | 6% | 10% | 7% | 7% | 5% | 6% | 7% | 6% | 4% | 4% | 32% | 100% |
| | Variable Profit | E=A-C | 79,849 | 78,925 | 135,157 | 58,046 | 111,739 | 93,869 | 113,775 | 146,857 | 90,278 | 106,950 | 55,924 | (331,022) | 740,346 |
| | Variable Profit Percentage | F=E/A | 38% | 40% | 39% | 30% | 44% | 47% | 48% | 52% | 41% | 57% | 43% | -97% | 26% |
| | | | | | | | | | | | | | | | |
| Corrected with specific information provided by claimant. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 212,269 | 199,736 | 347,734 | 193,373 | 254,303 | 200,020 | 238,625 | 283,515 | 220,991 | 187,535 | 130,054 | 341,136 | 2,809,291 |
| | (% of Annual) | B=A/Annual | 8% | 7% | 12% | 7% | 9% | 7% | 8% | 10% | 8% | 7% | 5% | 12% | 100% |
| | Corrected Variable Expense | C | 143,012 | 127,201 | 278,467 | 242,500 | 248,732 | 147,423 | 159,643 | 177,495 | 135,558 | 86,215 | 80,834 | 241,864 | 2,068,945 |
| | (% of Annual) | D=C/Annual | 7% | 6% | 13% | 12% | 12% | 7% | 8% | 9% | 7% | 4% | 4% | 12% | 100% |
| | Corrected Variable Profit | E=A-C | 69,258 | 72,535 | 69,267 | (49,127) | 5,571 | 52,597 | 78,981 | 106,020 | 85,432 | 101,319 | 49,221 | 99,272 | 740,346 |
| | Corrected Variable Profit % | F=E/A | 33% | 36% | 20% | -25% | 2% | 26% | 33% | 37% | 39% | 54% | 38% | 29% | 26% |

Assumptions:
- Claimant provides specific evidence of the timing of sales for inventory reserved (which occurred evenly April-Aug in 2009).
- Claimant provides specific evidence of the timing of sales which resulted in bad debt reserve in 2009 (which occurred evenly March-May).
- Claimant provides specific evidence that year-end adjustment occurred ratably over the year; as such annual cost is reallocated ratably over calendar year.
- Payroll expenses and variable expenses outside of Cost of Goods Sold are appropriately matched with corresponding revenues.

28

# Example 5: Manufacturer General Matching

- Assume the claimant is unable to provide accurate specific monthly evidence detailing the year-end corrections. In the absence of reliable data, "reasonable matching" may be accomplished by reflecting consistent margins on a monthly basis using annual information.
  - Based on the nature of the business, it may be reasonable to assume the goods sold throughout the year are similar and monthly variable profit margin would be consistent with annual variable expense percentage (excluding payroll).

Adjusted P&L Data Using Annual Variable Expense Percentage for All Months

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As reported. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 212,269 | 199,736 | 347,734 | 193,373 | 254,303 | 200,020 | 238,625 | 283,515 | 220,991 | 187,535 | 130,054 | 341,136 | 2,809,291 |
| | (% of Annual) | B=A/Annual | 8% | 7% | 12% | 7% | 9% | 7% | 8% | 10% | 8% | 7% | 5% | 12% | 100% |
| | Variable Expense | C | 132,421 | 120,810 | 212,577 | 135,327 | 142,565 | 106,151 | 124,850 | 136,658 | 130,713 | 80,585 | 74,131 | 672,159 | 2,068,945 |
| | (% of Annual) | D=C/Annual | 6% | 6% | 10% | 7% | 7% | 5% | 6% | 7% | 6% | 4% | 4% | 32% | 100% |
| | Variable Profit | E=A-C | 79,849 | 78,925 | 135,157 | 58,046 | 111,739 | 93,869 | 113,775 | 146,857 | 90,278 | 106,950 | 55,924 | (331,022) | 740,346 |
| | Variable Profit Percentage | F=E/A | 38% | 40% | 39% | 30% | 44% | 47% | 48% | 52% | 41% | 57% | 43% | -97% | 26% |
| | | | | | | | | | | | | | | | |
| Corrected using annual variable expense percentage. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 212,269 | 199,736 | 347,734 | 193,373 | 254,303 | 200,020 | 238,625 | 283,515 | 220,991 | 187,535 | 130,054 | 341,136 | 2,809,291 |
| | (% of Annual) | B=A/Annual | 8% | 7% | 12% | 7% | 9% | 7% | 8% | 10% | 8% | 7% | 5% | 12% | 100% |
| | Corrected Variable Expense | C | 167,641 | 135,462 | 256,192 | 158,053 | 177,506 | 154,231 | 174,714 | 196,684 | 164,892 | 129,175 | 99,412 | 254,983 | 2,068,945 |
| | (% of Annual) | D=C/Annual | 8% | 7% | 12% | 8% | 9% | 7% | 8% | 10% | 8% | 6% | 5% | 12% | 100% |
| | Corrected Variable Profit | E=A-C | 44,629 | 64,274 | 91,542 | 35,320 | 76,798 | 45,789 | 63,911 | 86,831 | 56,099 | 58,360 | 30,642 | 86,153 | 740,346 |
| | Corrected Variable Profit % | F=E/A | 21% | 32% | 26% | 18% | 30% | 23% | 27% | 31% | 25% | 31% | 24% | 25% | 26% |

Assumptions:
- Claimant is not able to provide specific monthly evidence regarding inventory, bad debt and lease corrections.
- Variable expenses are matched to corresponding monthly revenues using the annual percentage (Total Variable Expenses/Total Revenues).
- Payroll expenses are excluded from the allocation and are assumed to be appropriately matched with corresponding monthly revenues.

29

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

<table>
<tr>
<td>

In re:  **Oil Spill by the Oil Rig**
          **"Deepwater Horizon" in the Gulf**
          **of Mexico, on April 20, 2010**

**This Document Relates to:**

          **No. 12-970**

</td>
<td>

**MDL No. 2179**

**SECTION: J**

**JUDGE BARBIER**

**MAGISTRATE SHUSHAN**

</td>
</tr>
</table>

## CLASS COUNSEL SUBMISSION OF PROPOSAL FOR MATCHING EXPENSES

Eligible Business Economic Loss (BEL) Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class respectfully submit the following evidence in response to the Court's Order of November 15, 2013 [Doc 11861]:

**MAY IT PLEASE THE COURT:**

Class Counsel initially note that we continue to believe that the District Court and the Claims Administrator correctly interpreted and applied the Settlement Agreement, and that the recent submissions by Class Counsel and BP on remand confirm that no "matching" of expenses was ever discussed or intended.[1]  In addition, for the reasons stated in Class Counsel's *In Camera* Submission,[2] Memo to the Claims Administrator dated October 23, 2013,[3] and Opposition to Amend Scheduling Order and Injunction,[4] Class Counsel do not believe that there should be: **(a)** additional efforts by the Program to attempt to "match" expenses in Accrual Basis

---

[1] *See generally* Class Submissions of November 6, 2013 [Doc 11804] and November 12, 2013 [Doc 11833], and BP Submissions of November 7, 2013 [Doc 11818] and November 12, 2013 [Doc 11836].  *See also,* Class Counsel Brief on the BEL Remand Issue [Doc 11862].
[2] Doc 11728-1.
[3] Doc 11728-7.
[4] Doc 11826.

Claims; **(b)** any attempts by the Program to "move" or "smooth" or otherwise reallocate the revenues recorded during the relevant Benchmark and Compensation Periods in Contemporaneous P&Ls; or **(c)** any changes to the existing Policy regarding the interpretation and application of the Compensation Framework or the associated identification of eligible BEL Class Members as provided in Exhibit 4B.

At the same time, Class Counsel understand that the Court of Appeals' October 2nd Decision could be interpreted to suggest that at least some level of matching in Cash Basis Claims is likely required, and we understand the Court's desire to explore a potentially workable solution, in order to reduce further delays in the event that the Court unequivocally requires some additional level of matching in response to the Court of Appeals' remand. It is in that spirit that Class Counsel respectfully submit the following Proposal regarding Expense Recognition.

Nevertheless, and out of an abundance of caution, Class Counsel respectfully note that this Proposal should not be construed as any type of waiver or admission.

With that preface, Class Counsel respectfully submit herewith:

1. Class Counsel's Proposal on Expense Recognition

2. Class Counsel's Statement regarding Revenue Recognition

This <u>21st</u> day of <u>November</u>, <u>2013</u>.


Respectfully submitted,


   /s/  Stephen J. Herman                     /s/ James Parkerson Roy
**Stephen J. Herman**, La. Bar No. 23129       **James Parkerson Roy**, La. Bar No.11511
**HERMAN HERMAN & KATZ LLC**         **DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
820 O'Keefe Avenue                        556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113            Lafayette, Louisiana 70501
Telephone: (504) 581-4892               Telephone: (337) 233-3033
Fax No. (504) 569-6024                    Fax No. (337) 233-2796

E-Mail: sherman@hhklawfirm.com
*Co-Lead Class Counsel*

E-Mail: jimr@wrightroy.com
*Co-Lead Class Counsel*

## ECONOMIC & PROPERTY DAMAGES CLASS COUNSEL

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

Brian H. Barr
LEVIN, PAPANTONIO
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office: (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT, DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office: (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
Office: (212) 558-5802
Telefax: (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office: (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA 70601
Office: (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Office: (504) 588-1500

Telefax: (504) 394-9110
E-Mail: pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Office: (251) 471-6191
Telefax: (251) 479-1031
E-Mail: rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail: mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA 70726
Office: (225) 664-4193
Telefax: (225) 664-6925
E-Mail: calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail: ervin@colson.com

Telefax: (504) 588-1514
E-Mail: sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Office: (214) 521-3605
Telefax: (214) 599-1172
E-Mail: ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Submission will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of November, 2013.

/s/ Stephen J. Herman and James Parkerson Roy

## Class Counsel Proposal: Expense Recognition

November 21, 2013

The Administrator has developed testing to identify claims where a matching issue may be present. Class Counsel agree that such initial testing is appropriate as an identification tool. The existence of one or more of the attributes, however, does not mean that the expenses are conclusively mismatched. The claimant should be given the opportunity to show why the expenses are sufficiently matched to the revenue recorded in the relevant Benchmark or Compensation Period, or should not be. The Administrator should use his discretion to determine whether the Contemporaneous P&Ls require adjustment. For those claims that are identified as requiring adjustment, Class Counsel would propose that certain variable expenses be apportioned to correspond to revenue recorded in the relevant Benchmark or Compensation Period.

The BEL Ruling at page 11 references Statement of Financial Accounting Concepts No. 6, Fin. Accounting Standards Bd., Paragraph 146, which provides:

Matching of costs and revenues is simultaneous or combined recognition of the revenues and expenses that result directly and jointly from the same transactions or other events. In most entities, some transactions or events result simultaneously in both a revenue and one or more expenses. The revenue and expense(s) are directly related to each other and require recognition at the same time. In present practice, for example, a sale of product or merchandise involves both revenue (sales revenue) for receipt of cash or a receivable and expense (cost of goods sold) for sacrifice of the product or merchandise sold to customers. Other examples of expenses that may result from the same transaction and be directly related to sales revenues are transportation to customers, sales commissions, and perhaps certain other selling costs.

Statement of Financial Accounting Concepts No. 6, Fin. Accounting Standards Bd., Paragraph 147, further provides:

Many expenses, however, are not related directly to particular revenues but can be related to a period on the basis of transactions or events occurring in that period or by allocation. Recognition of those expenses is largely independent of recognition of particular revenues, but they are deducted from particular revenues by being recognized in the same period.

Thus Class Counsel propose that, for those claims that are identified as requiring a matching adjustment, the Claims Administrator will identify, or consult with the Claimant when necessary to identify, those variable expenses which vary according to sales that produce both a revenue and an expense in the same period. These expenses will typically be:

      a. COGS - Variable
      b. Commissions

Case 2:10-md-02179-CJB-DPC   Document 12589-1   Filed 03/25/14   Page 37 of 42
Case 2:10-md-02179-CJB-SS   Document 13588-4   Filed 03/25/13   Page 37 of 42

Page 2

      c. Contract Labor (only when part of COGS)
      d. Credit card fees
      d. Discounts & Rebates
      e. Freight expense
      f. Consumable Goods (only when part of COGS)
      g. Sales/Lodging Tax
      h. Franchise Fee - Variable
      i. Fuel

If the Claims Administrator's accounting team cannot determine that the expenses are sufficiently matched to the revenue recorded in the in the relevant Benchmark or Compensation Period, or after inquiry the Claimant cannot reasonably provide information to support matching within the Documentation Requirements set forth in Exhibit 4A, these expenses shall be reallocated over the months of that year (or a shorter period if appropriate) in proportion to the revenue recorded in each monthly period.  For example, if the total annual variable cost of goods sold represents 15% of the annual revenue, the variable cost of goods sold will be reallocated so that each month's variable cost of goods sold represents 15% of the monthly recorded revenue.

Class Counsel propose that certain expenses are inherently unrelated to the period in which the revenue item is recorded by the Claimant on the Contemporaneously prepared Profit & Loss Statements.  As such, these expenses should typically be recognized during the month reflected on the Contemporaneous P&Ls:

      a. Donations and Contributions
      b. Drug Testing
      c. Repairs (excluding maintenance)
      d. Training and Education
      e. Travel and Entertainment.

Inventory Adjustment and Bad Debt expense present special cases.

The nature of Inventory Adjustments suggest they should be allocated based on the revenue recorded.  Normally these adjustments do not relate to the period in which they are made.  Apportionment of this adjustment based on the revenues recorded each month would more accurately match the inventory costs to revenues.

Bad Debt, on the other hand, should be recognized in the period when the debt was determined to be uncollectible.  Most Claimants employ the specific identification method, which recognizes the expense in the period that the receivable is determined to be uncollectible, as the general concept under GAAP is that impairment of receivables shall be recognized when, based on all available information, it is probable that a loss has been incurred based on past events and conditions existing on the date of the financial statements; losses shall not be recognized before it is probable that they have been incurred.[1]  Since the Bad Debt issue only applies where revenue is being recognized based on accrual principles, it is appropriate to apply these same principles to Bad Debt expense. For example, if Bad Debt is recorded at year end, but

---

[1] FASB Accounting Standards Codification  310-10-35-8.

Page 3

the Claimant can identify the specific month in which it became known that the debt was uncollectible, then that Bad Debt expense should be reassigned to the month in which it was first deemed uncollectible. If a specific month cannot reasonably be identified from the Documentation required in Exhibit 4A, the expense should remain in the month as recorded by the Claimant – as, presumably, that would be the first time the debt was determined or estimated to be uncollectible.

The remaining significant line item of expense is Payroll Cost. The Settlement Agreement establishes a specific negotiated approach to the apportionment of Payroll Cost, and should not be adjusted.

**Class Counsel Statement: Revenue Recognition**

November 21, 2013

All three judges on the BEL Panel rejected BP's argument that the Settlement Program should "smooth" occasional "spikes" in revenue that might occur within the Claimants' "comparable" Benchmark and Compensation Periods. As held by Judge Clement:

> BP's primary concern seems to be the uneven cash flows of certain types of businesses. We accept this possibility, but we see nothing in the agreement that provides a basis for BP's interpretation. Despite the potential existence of this kind of distortion, the parties may not have considered it, agreed to ignore it, or failed for other reasons to provide clearly for this eventuality. The district court was correct that BP's proposed interpretation is not what the parties agreed.[1]

The evidentiary record on remand further establishes that the Parties never proposed, suggested, discussed or agreed that Program Accountants would look to the "business activities" of the claiming Entity (or other "revenue attribution criteria") to attempt to determine what revenues had been "earned" during the Benchmark or Compensation Periods.[1]

Nevertheless, BP, through its retained after-the-fact "experts" (and PR campaign) have taken incomplete definitions and other sections from general accounting literature totally out of context to support an amorphous and ever-changing position that the Settlement Program should move, or "smooth", or otherwise change the revenues recorded on Contemporaneous P&Ls based on various as-yet-to-be-determined factors.

BP's latest declarant, Mr. Davis, totally ignores the existing practices and protocols employed by independent, BP-selected Settlement Program Accountants, which require Claimants to substantiate and support the revenue recorded.

Class Counsel respectfully continue to submit that revenue should not typically be moved into or out of the relevant Benchmark and Compensation Periods, as recorded in the Claimant's Contemporaneous Profit & Loss Statements. This rule should apply to Accrual, Cash, and Modified financial statements.

---

[1] SLIP OPINION, p.25. (This finding appears in Part I of Judge Clement's opinion, which was joined by Judge Southwick. And it is clear that Judge Dennis also agrees.)

[1] See generally, CLASS COUNSEL BRIEF ON THE BEL REMAND ISSUE [Doc 11862], pp.3-4, 8-9; citing, SETTLEMENT AGREEMENT, Exhibit 4C, p.2 [Doc 6276-10, at 3]; RICE DECLARATION (Nov. 6, 2013) [Doc 11804-4], ¶15; HERMAN DECLARATION (Nov. 5, 2013) [Doc 11804-1], ¶13; JONES DECLARATION (Nov. 5, 2013) [Doc 11804-26], ¶¶9-10; SCOTT DECLARATION (Nov. 4, 2013) [Doc 11804-27], ¶5; RICE DECLARATION (Nov. 12, 2013) [Doc 11833-6], ¶¶10-11; FAYARD DECLARATION (Nov. 11, 2013) [Doc 11833-10], ¶¶ 24, 26; WALLACE DECLARATION (Feb. 18, 2013) [Doc 8963-4], ¶3; see also, PANZECA DECLARATION (Feb. 18, 2013) [Doc 8963-85], ¶14; SUPPLEMENTAL DECLARATION OF ALLEN CARROLL (Oct. 24, 2013) [Doc 11740-1]; FASB CONCEPT STATEMENT 5, Paragraphs 83(b) and 84(a); KIESO, WEYGANDT & WARFIELD, Intermediate Accounting (14th ed.), p.60.

Page 2

All relevant literature informs that __*all*__ of the following criteria are required for revenue recognition, under Accrual Accounting:

- Persuasive evidence of an arrangement exists,
- Delivery has occurred or services have been rendered
- The seller's price to the buyer is fixed or determinable, and
- Collectability is reasonably assured.[2]

Simply put, under Accrual Accounting, revenue is recognized in the period when all of the above conditions are met, and cannot be "smoothed" over a period prior to meeting __*all*__ of the above conditions.

For the vast majority of claimants, the revenue recognition principles are the same in practice under both cash and accrual methods. Hotels, restaurants, retail businesses, and many service providers would recognize revenue in the same period under both recognition methods. These claimants would receive cash at the time of sale, and would recognize revenue in that period. Businesses that invoice their customers and are paid later would recognize revenue based on the date that services were rendered. However, without the documentation to establish the dates on which services were rendered for each transaction, conversion of revenue to an "accrual type" methodology would be inherently artificial, and would not lead to more accurate results.[3]

For other Claimants, where payment is received later than when it was "earned" (*i.e.* the earnings process is complete before cash is received), the difference between cash receipts and accrual basis revenue is not typically significant. Moving revenue creates a significant risk of distorting economic reality if recognition is not based on Generally Accepted Accounting Principles, which is not required under the Settlement Agreement, and not commonly used among many claimants.

As noted by the Louisiana and Alabama Societies of Certified Public Accountants, appearing as *Amici Curiae*:

> BP's decision to embrace monthly-internal financial statements, prepared in the ordinary course of business, was made with the undisputed understanding that in preparing such statements most claimants use either the cash basis, income tax basis, modified accrual, or contractual basis of accounting (and not GAAP). The brief submitted by the academic amici never mentions this uncomfortable fact and completely ignores the terms of the Settlement Agreement. The Professors simply recite pages of GAAP concepts that are not recognized by the Settlement Agreement and

---

[2] FASB CONCEPTS STATEMENT 5, Recognition and Measurement in Financial Statements of Business Enterprises, paragraph 83(b); Con 6, Page 35, Footnote 56 references Concepts Statement 5 (Par. 83 and Footnote 50); SECURITIES AND EXCHANGE COMMISSION STAFF ACCOUNTING BULLETIN NO. 104 ("SAB 104"), Pages 10 and 1; KIESO, WEYGANDT & WARFIELD, *Intermediate Accounting* (14th Ed.), at p.60.

[3] *See generally* SUPPLEMENTAL DECLARATION OF W. ALLEN CARROLL (October 24, 2013) [Doc. 11740-1].

Case 2:10-md-02179-CJB-DPC   Document 12589-2   Filed 03/25/14   Page 41 of 42
Case 2:10-md-02179-CJB-SS   Document 12588-2   Filed 03/25/13   Page 31 of 42

Page 3

are utilized by large multi-national companies, such as BP, in producing financial statements reviewed by regulators.

But in the real world, where the thousands of CPA amici here practice, most companies throughout the Gulf Coast Region keep their monthly accounting records on perfectly acceptable and well-recognized bases other than GAAP (which are referred to in authoritative accounting literature as "other comprehensive bases of accounting") and are widely used alternatives to the numerous and often complex accounting requirements prescribed by GAAP. These recognized bases of accounting other than GAAP include:

° cash basis (including modified cash basis)
° regulatory basis
° tax basis
° contractual basis
° modified accrual basis

The cash basis and tax basis methods are the most prevalent.[4]

Section 446(a) of the Internal Revenue Code, which articulates a general rule for methods of accounting, states that "[t]axable income shall be computed under the method of accounting on the basis of which the taxpayer regularly computes his income in keeping his books." Simply put, revenue recognition is based on the accounting method used by a business.[5]

Nevertheless, and in any event, there is no GAAP, Accrual or other accounting standard which allows – much less requires – a company to recognize or record revenue *before* (or after) it is "earned" based on as-yet-to-be-defined "revenue attribution criteria" or past or future "business activities".

As verified by Dr. Mark Kohlbeck:

Recognition of revenue and expenses under the accrual-basis of accounting (GAAP) is based on the revenue recognition principle and the expense recognition principle. The revenue recognition principle requires the revenue to be both earned and realizable to be recognized (Concepts Statement No, 5, ¶83)

\*     \*     \*

---

[4] BRIEF OF *AMICI CURIAE* CERTIFIED PUBLIC ACCOUNTING SOCIETIES IN SUPPORT OF APPELLEES, No.13-30315 (June 24, 2013), at pp.4-5 [Fifth Cir. Doc. 00512285581, at 11-12]; *citing,* PANZECA DECLARATION (Feb. 18, 2013) [Doc 8963-85], ¶14 [R.15968]; *see also,* SUPPLEMENTAL DECLARATION OF W. ALLEN CARROLL (Oct. 24, 2013) [Doc. 11740-1].

[5] BRIEF OF *AMICI CURIAE,* at p.5 [Fifth Cir. Doc. 00512285581, at 12].

Page 4

> Moving revenue properly recognized in one period under accrual-basis of accounting (GAAP) to another period (for example, in an effort to smooth earnings) is a form of earnings management and is considered unacceptable for financial reporting purposes by the accounting profession.

DECLARATION OF DR. MARK KOHLBECK, CPA (Feb. 18, 2013) [Doc 8963-80], ¶¶ 6, 10, (emphasis supplied); *see also,* PANZECA DECLARATION (Feb. 18, 2013) [Doc 8963-85] ¶¶ 23, 27; DECLARATION OF ALLEN CARROLL (Jan. 16, 2013) [Doc 8963-77], p.2; ASHER DECLARATION (Jan. 15, 2013) [Doc 8963-78], ¶¶ 7-8; STUTES DECLARATION (Jan. 17, 2013) [Doc 8963-79], ¶¶ 6-7; SUPPLEMENTAL CARROLL DECLARATION (Feb. 18, 2013) [Doc 8963-87], ¶10 ("GAAP recognition rules and 'matching' most often apply to expense recognition not revenue recognition"), ¶13 ("BP's proposal to move revenue to match expenses is backwards and violates the very concept referred to as matching in BP's out of date textbook"), ¶14 ("The matching approach that BP advocates is not matching in any sense recognized in the accounting world, but is merely an allocation formula that artificially moves revenue into months before or after it was earned based on variable expenses").