## BEL Claims − Matching of Revenues and Expenses

## ATTACHMENT A - NAICS CODES ASSIGNED TO MATCHING FRAMEWORK

# Construction

236xxx - Construction of Buildings

| 2361XX | Residential Building Construction |
|--------|------------------------------------|
| 2362XX | Nonresidential Building Construction |

237xxx - Heavy and Civil Engineering Construction

| 2371XX | Utility System Construction |
|--------|------------------------------|
| 2372XX | Land Subdivision |
| 2373XX | Highway, Street, and Bridge Construction |
| 2379XX | Other Heavy and Civil Engineering Construction |

238xxx - Specialty Trade Contractors

| 2381XX | Foundation, Structure, and Building Exterior Contractors |
|--------|----------------------------------------------------------|
| 2382XX | Building Equipment Contractors |
| 2383XX | Building Finishing Contractors |
| 2389XX | Other Specialty Trade Contractors |

336xxx - Transportation Equipment Manufacturing

| 3361XX | Motor Vehicle Manufacturing |
|--------|------------------------------|
| 3362XX | Motor Vehicle Body and Trailer Manufacturing |
| 3363XX | Motor Vehicle Parts Manufacturing |
| 3364XX | Aerospace Product and Parts Manufacturing |
| 3365XX | Railroad Rolling Stock Manufacturing |
| 3366XX | Ship and Boat Building |
| 3369XX | Other Transportation Equipment Manufacturing |

321xxx - Wood Product Manufacturing

| 3211XX | Sawmills and Wood Preservation |
|--------|--------------------------------|
| 3212XX | Veneer, Plywood, and Engineered Wood Product Manufacturing |
| 3219XX | Other Wood Product Manufacturing |

A2

## BEL Claims − Matching of Revenues and Expenses

## ATTACHMENT A - NAICS CODES ASSIGNED TO MATCHING FRAMEWORK

# Agriculture and Educational Institutions

111xxx − Crop Production

| | |
|---|---|
| 1111XX | Oilseed and Grain Farming |
| 1112XX | Vegetable and Melon Farming |
| 1113XX | Fruit and Tree Nut Farming |
| 1114XX | Greenhouse, Nursery, and Floriculture Production |
| 1119XX | Other Crop Farming |

112xxx - Animal Production

| | |
|---|---|
| 1121XX | Cattle Ranching and Farming |
| 1122XX | Hog and Pig Farming |
| 1123XX | Poultry and Egg Production |
| 1124XX | Sheep and Goat Farming |
| 1129XX | Other Animal Production |

113xxx − Forestry & Logging

| | |
|---|---|
| 1131XX | Timber Tract Operations |
| 1132XX | Forest Nurseries and Gathering of Forest Products |
| 1133XX | Logging |

115xxx − Support Activities for Agriculture and Forestry

| | |
|---|---|
| 1151XX | Support Activities for Crop Production |
| 1152XX | Support Activities for Animal Production |
| 1153XX | Support Activities for Forestry |

611xxx − Educational Services

| | |
|---|---|
| 6111XX | Elementary and Secondary Schools |
| 6112XX | Junior Colleges |
| 6113XX | Colleges, Universities, and Professional Schools |
| 6114XX | Business Schools and Computer and Management Training |
| 6115XX | Technical and Trade Schools |
| 6116XX | Other Schools and Instruction |
| 6117XX | Educational Support Services |

A3

## BEL Claims − Matching of Revenues and Expenses

## ATTACHMENT A - NAICS CODES ASSIGNED TO MATCHING FRAMEWORK

# Professional Services

561xxx - Administrative and Support and Waste Management and Remediation Services

| 5611XX | Office Administrative Services |
|--------|--------------------------------|
| 5612XX | Facilities Support Services |
| 5613XX | Employment Services |
| 5614XX | Business Support Services |
| 5615XX | Travel Arrangement and Reservation Services |
| 5616XX | Investigation and Security Services |
| 5617XX | Services to Buildings and Dwellings |
| 5619XX | Other Support Services |

541xxx - Professional, Scientific, and Technical Services

| 5411XX | Legal Services |
|--------|----------------|
| 5412XX | Accounting, Tax Preparation, Bookkeeping, and Payroll Services |
| 5413XX | Architectural, Engineering, and Related Services |
| 5414XX | Specialized Design Services |
| 5415XX | Computer Systems Design and Related Services |
| 5416XX | Management, Scientific, and Technical Consulting Services |
| 5417XX | Scientific Research and Development Services |
| 5418XX | Advertising, Public Relations, and Related Services |
| 5419XX | Other Professional, Scientific, and Technical Services |

922xxx - Justice, Public Order, and Safety Activities

| 9221XX | Justice, Public Order, and Safety Activities |
|--------|----------------------------------------------|

A4

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT B - "Annual Variable Margin Methodology"**

The methodology outlined below – "the Annual Variable Margin Methodology" - shall be applied to adjust a claimant's contemporaneous P&Ls that have been deemed not to be "sufficiently matched." This methodology will not apply to claims whose submitted P&L's have been deemed "sufficiently matched," which claims will be processed under the methodology set forth in Exhibit 4C, utilizing the contemporaneous P&Ls. This methodology will not apply to claimants in the construction, agriculture or educational industries, nor will it apply to professional services firms, for which tailored methodologies have been developed. Furthermore, this methodology does not apply to claimants who meet the definition of a Start-Up Business, Failed Business or Failed Start-up Business.

The approach outlined below does not alter the structure as to how compensation is calculated under the Settlement Agreement but does, if matching issues are identified, amend the P&Ls utilized in such calculations. The calculations of both Step 1 and 2 compensation will be consistent with that prescribed by Exhibit 4C of the Settlement Agreement.

**Annual Variable Margin Methodology**

1.  The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses. Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2.  If the CSSP Accounting Vendors identify an error(s)[2] in how the claimant has accounted for revenue or expenses, correcting entries will be made to the P&Ls to assign revenue and expenses to the

---

[2] "Errors" will be defined as accounting transactions that have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying accounting principles; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories. In general,

B1

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT B - "Annual Variable Margin Methodology"**

appropriate month.  Where revenue has been restated a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the revenue pattern test per Exhibit 4B of the Settlement Agreement.

3.   If adjustments made in accord with 2. above result in revised P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 4C using such P&Ls.

4.   If adjustments made in accord with 2. above result in revised P&Ls that are not deemed to be sufficiently matched, the claim will be analyzed to calculate the "Corresponding Variable Expenses," calculated as follows:

    a.   Benchmark Period[3]:

- The time period over which revenues and variable expenses will be compared is May to April, thereby bifurcating the result of operations pre-spill from those post-spill.[4]

- Monthly Corresponding Variable Expenses for each year of the Benchmark Period will be calculated based on the percentage relationship between the sum of all variable expenses for the three (3) respective 12-month periods (i. e.,  May 2009 - April 2010; May 2008 - April 2009; May 2007 - April 2008, as provided) prior to the spill and total revenue for the same annual period.  This will yield a separate Variable Expense percentage for each year of the Benchmark Period.

- This variable expense percentage (specific for each individual year of the Benchmark Period) is applied to the specific monthly revenue amounts in the Benchmark Period to calculate the Corresponding Variable Expenses for each month.

---

accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors, if the entries were made in good faith with the best available information at the time.

[3] Benchmark Period for the purpose of calculating the annual variable margin expense percentage could be either May 2009 to April 2010; the average of the two periods May 2008 to April 2009 and May 2009 to April 2010; or the average of the three periods May 2007 to April 2008, May 2008 to April 2009 and May 2009 to April 2010

[4] With respect to claimants for whom causation is presumed under the Settlement Agreement, this methodology will require claimants to produce 2011 financial records.

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT B - "Annual Variable Margin Methodology"**

    b.   Compensation Period:

- Monthly Corresponding Variable Expenses during the Compensation Period will be calculated based on the percentage relationship between the sum of all variable expenses for the 12-month period following the date of spill, (i.e., May 2010 – April 2011), and total revenue for the same period.

- This variable expense percentage is applied to the specific monthly revenue amounts in the Compensation Period to calculate the Corresponding Variable Expenses for each month.

    c.   Variable Margin – (Calculated for the Benchmark Period only for Step 2 compensation calculation):

       i.   Sum Variable Profit from May through December of the periods selected by the claimant to be used for the Benchmark Period (i.e. Optimal Benchmark Period).

      ii.   Sum total revenue from May through December of the periods selected by the claimant to be used for the Benchmark Period. (i.e. Optimal Benchmark Period).

     iii.   Calculate Variable Margin percent as Variable Profit calculated in (i) divided by total revenue calculated in (ii).

5.    The P&Ls, restated for the Corresponding Variable Expenses calculated in Step 4 above, are utilized as the input for calculating compensation under Exhibit 4C of the Settlement Agreement:

- Step 1 of the compensation calculation is determined as the difference in Variable Profit between the 2010 Compensation Period selected by the claimant and the Variable Profit over the comparable months of the Benchmark Period.  The Compensation Period is selected by the claimant to include three or more consecutive months between May and December 2010.

**<u>BEL Claims – Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT B - "Annual Variable Margin Methodology"</u>**

o   Step 2 of the compensation calculation is based on the claimant's growth in revenue in January through April of 2010 relative to the same months of the claimant-selected Benchmark Period.  The claimant may select a six-consecutive month period between May to December, unless the claimant chose a seven-consecutive-month or eight-consecutive-month period in Step 1, in which case that same period of identical consecutive months shall be used for Step 2:

   ▪   To compute the Claimant Specific Factor, the total revenue from January 2010 to April 2010 will be compared to:

   •   Revenue for the period January 2009 to April 2009, where the Optimum Benchmark Period comprises 2009/10 P&Ls.

   •   Average revenue for the periods January 2009 to April 2009 and January 2008 to April 2008, where the Optimum Benchmark Period comprises 2008/09 and 2009/10 P&Ls.

   •   Average revenue for the periods January 2009 to April 2009, January 2008 to April 2008, and January 2007 to April 2007 where the Optimum Benchmark Period comprises 2007/08, 2008/09 and 2009/10 P&Ls.

B4

## BEL Claims – Matching of Revenues and Expenses

## ATTACHMENT B - "Annual Variable Margin Methodology"

**Illustrative Example - Annual Variable Margin Methodology**

Assume that the claimant has an Optimal Benchmark Period of select months in 2008/09 (the average of 2008/2009).

The contemporaneous P&Ls provided by the Claimant:

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 275 | 300 | 325 | 325 | 900 | 600 | 325 | 300 | 350 | 325 | 300 | 275 | 4,600 |
| Variable expenses | (150) | (125) | (125) | (300) | (125) | (275) | (150) | (150) | (225) | (150) | (175) | (125) | (2,075) |
| Variable expenses as a % of revenue | 55% | 42% | 38% | 92% | 14% | 46% | 46% | 50% | 64% | 46% | 58% | 45% | 45% |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 300 | 325 | 350 | 350 | 500 | 800 | 350 | 275 | 275 | 350 | 325 | 300 | 4,500 |
| Variable expenses | (175) | (125) | (275) | (225) | (275) | (300) | (125) | (225) | (275) | (175) | (100) | (150) | (2,425) |
| Variable expenses as a % of revenue | 58% | 38% | 79% | 64% | 55% | 38% | 36% | 82% | 100% | 50% | 31% | 50% | 54% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 375 | 350 | 350 | 375 | 300 | 225 | 250 | 250 | 275 | 275 | 250 | 225 | 3,475 |
| Variable expenses | (175) | (125) | (225) | (200) | (125) | (75) | (150) | (150) | (125) | (150) | (100) | (125) | (1,725) |
| Variable expenses as a % of revenue | 47% | 36% | 64% | 53% | 42% | 33% | 67% | 60% | 45% | 55% | 40% | 56% | 50% |

| 2011 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 250 | 275 | 250 | 275 | 300 | 325 | 300 | 300 | 325 | 350 | 350 | 375 | 3,675 |
| Variable expenses | (125) | (150) | (100) | (175) | (175) | (250) | (125) | (175) | (150) | (150) | (175) | (125) | (1,875) |
| Variable expenses as a % of revenue | 50% | 55% | 40% | 64% | 58% | 77% | 42% | 58% | 46% | 43% | 50% | 33% | 51% |

To calculate the Corresponding Variable Expenses:

| | |
|---|---|
| Benchmark Revenue May 2008 - April 2009 | 4,700 |
| Benchmark Variable Expenses May 2008 - April 2009 | (2,175) |
| Variable expenses as a % of revenue | 46% |

| | |
|---|---|
| Benchmark Revenue May 2009 - April 2010 | 4,625 |
| Benchmark Variable Expenses May 2009 - April 2010 | (2,350) |
| Variable expenses as a % of revenue | 51% |

| | |
|---|---|
| Total Revenue May 2010-April 2011 | 3,075 |
| Total Variable Expenses May 2010-April 2011 | (1,550) |
| Variable expenses as a % of Revenue | 50% |

B5

## BEL Claims – Matching of Revenues and Expenses

## ATTACHMENT B - "Annual Variable Margin Methodology"

Applying the corresponding variable expenses percentages, the P&Ls would be restated as follows:

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 275 | 300 | 325 | 325 | 900 | 600 | 325 | 300 | 350 | 325 | 300 | 275 | 4,600 |
| Variable expenses | | | | | (416) | (278) | (150) | (139) | (162) | (150) | (139) | (127) | (2,129) |
| Variable expenses as a % of revenue | | | | | 46% | 46% | 46% | 46% | 46% | 46% | 46% | 46% | |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 300 | 325 | 350 | 350 | 500 | 800 | 350 | 275 | 350 | 275 | 325 | 300 | 4,500 |
| Variable expenses | (139) | (150) | (162) | (162) | (254) | (406) | (178) | (140) | (140) | (178) | (165) | (152) | (2,226) |
| Variable expenses as a % of revenue | 46% | 46% | 46% | 46% | 51% | 51% | 51% | 51% | 51% | 51% | 51% | 51% | |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 375 | 350 | 350 | 375 | 300 | 225 | 225 | 250 | 275 | 275 | 250 | 225 | 3,475 |
| Variable expenses | (191) | (178) | (178) | (191) | (151) | (113) | (113) | (126) | (139) | (139) | (126) | (113) | (1,757) |
| Variable expenses as a % of revenue | 51% | 51% | 51% | 51% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | |

| 2011 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 250 | 275 | 250 | 275 | | | | | | | | | |
| Variable expenses | (126) | (139) | (126) | (139) | | | | | | | | | |
| Variable expenses as a % of revenue | 50% | 50% | 50% | 50% | | | | | | | | | |

Step 1 and Step 2 compensation would be computed as:

| | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Benchmark Period (Average 2008/09 and 2009/10)** | | | | | | | | | | | | | |
| Revenue | 700 | 700 | 338 | 288 | 313 | 338 | 313 | 288 | 338 | 338 | 350 | 363 | 4,663 |
| Variable expenses | (335) | (342) | (164) | (139) | (151) | (164) | (152) | (140) | (165) | (164) | (170) | (176) | (2,263) |
| Variable Profit | 365 | 358 | 173 | 148 | 162 | 173 | 161 | 148 | 173 | 173 | 180 | 186 | 2,400 |
| Variable Profit % | 52% | 51% | 51% | 52% | 52% | 51% | 51% | 51% | 51% | 51% | 51% | 51% | 51% |
| | | | | | | | | | | | | | |
| **Compensation Period (2010/11)** | | | | | | | | | | | | | |
| Revenue | 300 | 225 | 225 | 250 | 275 | 275 | 250 | 225 | 250 | 275 | 250 | 275 | 3,075 |
| Variable expenses | (151) | (113) | (113) | (126) | (139) | (139) | (126) | (113) | (126) | (139) | (126) | (139) | (1,550) |
| Variable Profit | 149 | 112 | 112 | 124 | 136 | 136 | 124 | 112 | 124 | 136 | 124 | 136 | 1,525 |
| Variable Profit % | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |

**Step 1**

Optimum Benchmark Period identified as May to Dec

| | |
|---|---|
| Total variable profit May to December (Benchmark) | 1,687 |
| Total variable profit May to December (Compensation) | 1,004 |
| Step 1 Compensation (pre-RTP) | 683 |

**Step 2**

Optimum Benchmark Period from May to December, 2008 and 2009

| | |
|---|---|
| Revenue Jan 2010 to April 2010 | 1,450 |
| Revenue Jan to April (average for 2008 & 2009) | 1,275 |
| Revenue increase/(decrease) | 175 |
| Revenue Increase/(decrease) Percentage | 12% |
| Claimant Specific Growth Factor | 10% [Max of 10%, Min of -2%] |
| General Adjustment Factor | 2% |
| | |
| Revenue for the Benchmark Period (2008 & 2009) | 3,275 |
| Incremental Revenue | 393 |
| Variable profit for benchmark period | 52% |
| Step 2 compensation (pre-RTP) | 202 |

**<u>BEL Claims – Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT C - Construction Methodology</u>**

The methodology outlined below – "the Construction Methodology" – is a deviation from the Annual Variable Margin Methodology described in Attachment B.  This methodology is premised on the assumption that variable expenses of a construction claimant are more accurately recorded on monthly P&Ls than are revenues.  Percentage of completion accounting for revenue by a construction company is based on estimates that may only be updated at the end of reporting periods rather than a monthly basis.  As such, matching issues may arise when significant adjustments are recorded to reflect more accurate estimates at quarter and/or year ends.  The Construction Methodology calls, therefore, to reallocate revenues in order to best achieve sufficient matching of revenue and expenses.

The restatement of the P&Ls to more accurately match revenue and expenses involves a multi-step process.  The initial step requires an analysis of the financial results of the claimant based on its fiscal year (i.e., its annual financial reporting date).  Analyzing P&Ls for the 12 months that comprise a claimant's fiscal year typically yields a more accurate and compete record of the results of operations for the 12 months then ended, as in the CSSP Accounting Vendor's experience there is typically a 'true-up' or 'hard close' performed at the end of the year.  Annual revenues will be reallocated to each month of the fiscal year, based on that month's percentage of variable expenses to annual variable expenses.

A further adjustment is necessary to bifurcate the performance of the business pre-spill from that post-spill.  By basing the computation of compensation using P&Ls on a fiscal or calendar year basis, any decline in variable profit margin experienced by the claimant in the Compensation Period will be somewhat mitigated by any higher variable profit margin generated during the four month period January to April.  Accordingly, the P&Ls will be restated on a May to April period in both the Benchmark and Compensation Periods.  This is achieved by reallocating variable profit / revenues to each month, based on each month's percentage of variable expenses to annual variable expenses measured over each May to April time period.

## BEL Claims – Matching of Revenues and Expenses
### ATTACHMENT C - Construction Methodology

This Construction Methodology shall be applied to adjust a construction claimant's contemporaneous P&Ls that have been deemed not to be "sufficiently matched."  This methodology will not apply to claims whose submitted  P&Ls were prepared under either a percentage of completion or completed contract basis of accounting that are deemed "sufficiently matched," which claims will be processed under the methodology set forth in Exhibit 4C, utilizing the contemporaneous P&Ls.  This revised methodology does not apply to a construction claimant that meets the definition of a Start-Up Business, Failed Business or Failed Start-up Business.

The approach outlined below does not alter the structure as to how compensation is calculated under the Settlement Agreement but does amend the P&Ls utilized in such calculations.  The calculations of both Step 1 and 2 compensation will be consistent with that prescribed by Exhibit 4C of the Settlement Agreement.

As a consequence of restating monthly revenue based on that month's variable expenses as a percentage of annual variable expenses, the revenue recorded on the restated P&Ls can no longer be attributed to individual customers.  Accordingly, the restated P&Ls  cannot be utilized for the purpose of determining causation for any claimant required to satisfy a Customer Mix Test.  Under the Construction Methodology, for any claimant required to satisfy a Customer Mix Test to demonstrate causation, the CSSP will utilize the contemporaneous P&Ls for the causation assessment, but will utilize the restated P&Ls for computing compensation.[5]

---

[5]  This would supersede, for construction companies only, Policy 464 as it relates to the requirement to utilize the same P&Ls for determining causation and calculating compensation.

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT C - Construction Methodology**

## Construction Methodology

1. The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2. If the CSSP Accounting Vendor identifies an error(s)[6] in how the claimant has accounted for revenue or variable expenses, correcting entries will be made to the P&Ls to assign revenue and variable expenses to the appropriate month.

3. If adjustments made in accord with 2. above result in revised P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 4C using such P&Ls.

4. If adjustments made in accord with 2. above result in revised P&Ls that are not deemed to be sufficiently matched, the claim will be analyzed under the Construction Methodology as follows:

   a. Allocation based on Claimant's Fiscal Year-End[7]:

      i. For each year measured using the claimant's fiscal year (e.g., January 2011 – December 2011; January 2010-December 2010; January 2009 - December 2009; January 2008 - December 2008; January 2007 - December 2007, as provided) each month's variable expenses as a percentage of that period's total variable expenses will be computed.  If the claimant's fiscal year-end is different than the tax year, the tax year will be utilized as the basis for computing the variable expense percentage.

---

[6] "Errors" will be defined as accounting transactions that have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying accounting principles; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories.  In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors, if the entries were made in good faith with the best available information at the time.

[7] A claimant's fiscal/tax year may require additional information/documentation that may extend prior to the Benchmark Period and subsequent to the Compensation Period.

**<u>BEL Claims – Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT C - Construction Methodology</u>**

    ii.    Annual revenue for each fiscal year will be reallocated to individual months by multiplying total annual revenue by each month's percentage of total variable expenses (as computed in accord with i. above).

b.    Benchmark Period[8]: Allocation based on May to April Periods

    i.    For each separate period of the Benchmark Period (e.g., May 2009 - April 2010; May 2008 - April 2009; May 2007 - April 2008, as provided) each month's variable expenses as a percentage of that period's total variable expenses will be computed.  The time period over which variable profit and variable expenses will be compared is May to April, thereby bifurcating the results of operations pre-spill from those post-spill.

    ii.    Annual revenue for each year will be reallocated to individual months by multiplying total annual revenue by each month's percentage of total variable expenses (as computed in accord with  i. above).

c.    Compensation Period:

    i.    Each month's variable expenses for the period May 2010 to April 2011 as a percentage of total variable expenses for the period will be computed.

    ii.    Total revenue for the period May 2010 to April 2011 will be reallocated to individual months by multiplying total revenue by each month's percentage of total variable expenses (as computed in accord with i. above).

d.    Variable Margin – (Calculated for the Benchmark Period only for Step 2 compensation calculation):

    i.    Sum Variable Profit from May through December of the periods selected by the claimant to be used for the Benchmark Period (i.e. Optimal Benchmark Period).

    ii.    Sum total revenue from May through December of the periods selected by the claimant to be used for the Benchmark Period. (i.e. Optimal Benchmark Period).

---

[8] Benchmark Period for the purpose of calculating the annual variable expense percentage could be either May 2009 to April 2010; the average of the two periods May 2008 to April 2009 and May 2009 to April 2010; or the average of the three periods May 2007 to April 2008, May 2008 to April 2009 and May 2009 to April 2010)

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT C - Construction Methodology**

iii.    Calculate Variable Margin percent as Variable Profit calculated in (i) divided by total revenue calculated in (ii).

5.    The P&Ls, restated for the Corresponding Revenues calculated in accord with Step 4 above, are utilized as the input for calculating compensation under Exhibit 4C of the Settlement Agreement:

- o   Step 1 of the compensation calculation is determined as the difference in Variable Profit between the 2010 Compensation Period selected by the claimant and the Variable Profit over the comparable months of the Benchmark Period.  The Compensation Period is selected by the claimant to include three or more consecutive months between May and December 2010.

- o   Step 2 of the compensation calculation is based on the claimant's growth in revenue in January through April of 2010 relative to the same months in the claimant-selected Benchmark Period.  The claimant may select a six-consecutive month period between May to December, unless the claimant chose a seven-consecutive-month or eight-consecutive-month period in Step 1, in which case that same period of identical consecutive months shall be used for Step 2:

  - ▪   To compute the Claimant Specific Factor, the total revenue from January 2010 to April 2010 will be compared to:

    - •   Revenue for the period January 2009 to April 2009, where the Optimum Benchmark Period comprises 2009/10 P&Ls.

    - •   Average revenue for the periods January 2009 to April 2009 and January 2008 to April 2008, where the Optimum Benchmark Period comprises 2008/09 and 2009/10 P&Ls.

C5

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT C - Construction Methodology**

- Average revenue for the periods January 2009 to April 2009, January 2008 to April 2008, and January 2007 to April 2007 where the Optimum Benchmark Period comprises 2007/08, 2008/09 and 2009/10 P&Ls.

## Illustrative Example – Construction Claims

Assume that the claimant has an Optimal Benchmark Period of select months in 2008/09 (the average of 2008/2009).

The contemporaneous P&Ls provided by the claimant:

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 275 | 300 | 375 | 275 | 400 | 350 | 275 | 400 | 350 | 250 | 300 | 275 | 3,825 |
| Variable expenses | (175) | (150) | (150) | (200) | (125) | (225) | (175) | (175) | (250) | (175) | (200) | (150) | (2,150) |
| Variable Profit | 100 | 150 | 225 | 75 | 275 | 125 | 100 | 225 | 100 | 75 | 100 | 125 | 1,675 |
| Variable Profit % | 36% | 50% | 60% | 27% | 69% | 36% | 36% | 56% | 29% | 30% | 33% | 45% | 44% |
| **2009** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
| Revenue | 375 | 250 | 350 | 425 | 325 | 450 | 325 | 400 | 325 | 175 | 500 | 300 | 4,200 |
| Variable expenses | (200) | (150) | (300) | (250) | (200) | (125) | (150) | (250) | (300) | (200) | (125) | (175) | (2,425) |
| Variable Profit | 175 | 100 | 50 | 175 | 125 | 325 | 175 | 150 | 25 | (25) | 375 | 125 | 1,775 |
| Variable Profit % | 47% | 40% | 14% | 41% | 38% | 72% | 54% | 38% | 8% | -14% | 75% | 42% | 42% |
| **2010** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
| Revenue | 325 | 250 | 400 | 350 | 275 | 175 | 300 | 175 | 325 | 400 | 150 | 225 | 3,350 |
| Variable expenses | (225) | (200) | (275) | (250) | (125) | (100) | (125) | (175) | (300) | (175) | (125) | (150) | (2,225) |
| Variable Profit | 100 | 50 | 125 | 100 | 150 | 75 | 175 | 0 | 25 | 225 | 25 | 75 | 1,125 |
| Variable Profit % | 31% | 20% | 31% | 29% | 55% | 43% | 58% | 0% | 8% | 56% | 17% | 33% | 34% |
| **2011** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
| Revenue | 275 | 300 | 125 | 450 | 300 | 375 | 275 | 400 | 325 | 425 | 225 | 375 | 3,850 |
| Variable expenses | (150) | (125) | (175) | (200) | (200) | (275) | (150) | (200) | (175) | (175) | (200) | (150) | (2,175) |
| Variable Profit | 125 | 175 | (50) | 250 | 100 | 100 | 125 | 200 | 150 | 250 | 25 | 225 | 1,675 |
| Variable Profit % | 45% | 58% | -40% | 56% | 33% | 27% | 45% | 50% | 46% | 59% | 11% | 60% | 44% |

C6

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT C - Construction Methodology

Allocate revenue based on claimant's fiscal year

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 311 | 267 | 267 | 356 | 222 | 400 | 311 | 311 | 445 | 311 | 356 | 267 | 3,825 |
| Variable expenses | (175) | (150) | (150) | (200) | (125) | (225) | (175) | (175) | (250) | (175) | (200) | (150) | (2,150) |
| Variable Profit | 136 | 117 | 117 | 156 | 97 | 175 | 136 | 136 | 195 | 136 | 156 | 117 | 1,675 |
| Variable Profit % | 44% | 44% | 44% | 44% | 44% | 44% | 44% | 44% | 44% | 44% | 44% | 44% | 44% |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 346 | 260 | 520 | 433 | 346 | 216 | 260 | 433 | 520 | 346 | 216 | 303 | 4,200 |
| Variable expenses | (200) | (150) | (300) | (250) | (200) | (125) | (150) | (250) | (300) | (200) | (125) | (175) | (2,425) |
| Variable Profit | 146 | 110 | 220 | 183 | 146 | 91 | 110 | 183 | 220 | 146 | 91 | 128 | 1,775 |
| Variable Profit % | 42% | 42% | 42% | 42% | 42% | 42% | 42% | 42% | 42% | 42% | 42% | 42% | 42% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 339 | 301 | 414 | 376 | 188 | 151 | 188 | 263 | 452 | 263 | 188 | 226 | 3,350 |
| Variable expenses | (225) | (200) | (275) | (250) | (125) | (100) | (125) | (175) | (300) | (175) | (125) | (150) | (2,225) |
| Variable Profit | 114 | 101 | 139 | 126 | 63 | 51 | 63 | 88 | 152 | 88 | 63 | 76 | 1,125 |
| Variable Profit % | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% |

| 2011 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 266 | 221 | 310 | 354 | 354 | 487 | 266 | 354 | 310 | 310 | 354 | 266 | 3,850 |
| Variable expenses | (150) | (125) | (175) | (200) | (200) | (275) | (150) | (200) | (175) | (175) | (200) | (150) | (2,175) |
| Variable Profit | 116 | 96 | 135 | 154 | 154 | 212 | 116 | 154 | 135 | 135 | 154 | 116 | 1,675 |
| Variable Profit % | 44% | 44% | 44% | 44% | 44% | 44% | 44% | 44% | 44% | 44% | 44% | 44% | 44% |

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT C - Construction Methodology

Allocation based on a May to April Period:

| | |
|---|---|
| Total variable expenses May 2008 to April 2009 | 2,375 |
| Total variable expenses May 2009 to April 2010 | 2,475 |
| Total variable expenses May 2010 to April 2011 | 1,925 |

| Benchmark variable expenses | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Variable expenses as a percentage of total expenses - 2008 | 7% | 6% | 6% | 8% | 5% | 9% | 7% | 7% | 11% | 7% | 8% | 6% |
| Variable expenses as a percentage of total expenses - 2009 | 8% | 6% | 13% | 11% | 8% | 5% | 6% | 10% | 12% | 8% | 5% | 7% |
| Variable expenses as a percentage of total expenses - 2010 | 9% | 8% | 11% | 10% | 6% | 5% | 6% | 9% | 16% | 9% | 6% | 8% |
| Variable expenses as a percentage of total expenses - 2011 | 8% | 6% | 9% | 10% | 10% | 14% | 8% | 10% | 9% | 9% | 10% | 8% |

| | |
|---|---|
| Total revenue May 2008 to April 2009 | 4,183 |
| Total revenue May 2009 to April 2010 | 4,072 |
| Total revenue May 2010 to April 2011 | 3,070 |

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 311 | 267 | 267 | 356 | 220 | 396 | 308 | 308 | 440 | 308 | 352 | 264 | |
| Variable expenses | (175) | (150) | (150) | (200) | (125) | (225) | (175) | (175) | (250) | (175) | (200) | (150) | |
| Variable Profit | 136 | 117 | 117 | 156 | 95 | 171 | 133 | 133 | 190 | 133 | 152 | 114 | |
| Variable Profit % | 44% | 44% | 44% | 44% | 43% | 43% | 43% | 43% | 43% | 43% | 43% | 43% | |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 352 | 264 | 528 | 440 | 329 | 206 | 247 | 411 | 494 | 329 | 206 | 288 | 4,094 |
| Variable expenses | (200) | (150) | (300) | (250) | (200) | (125) | (150) | (250) | (300) | (200) | (125) | (175) | (2,425) |
| Variable Profit | 152 | 114 | 228 | 190 | 129 | 81 | 97 | 161 | 194 | 129 | 81 | 113 | 1,669 |
| Variable Profit % | 43% | 43% | 43% | 43% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 39% | 41% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 370 | 329 | 452 | 411 | 199 | 159 | 199 | 279 | 478 | 279 | 199 | 199 | 3,596 |
| Variable expenses | (225) | (200) | (275) | (250) | (125) | (100) | (125) | (175) | (300) | (175) | (125) | (150) | (2,225) |
| Variable Profit | 145 | 129 | 177 | 161 | 74 | 59 | 74 | 104 | 178 | 104 | 74 | 89 | 1,371 |
| Variable Profit % | 39% | 39% | 39% | 39% | 37% | 37% | 37% | 37% | 37% | 37% | 37% | 37% | 38% |

| 2011 | Jan | Feb | Mar | Apr |
|---|---|---|---|---|
| Revenue | 239 | 199 | 279 | 319 |
| Variable expenses | (150) | (125) | (175) | (200) |
| Variable Profit | 89 | 74 | 104 | 119 |
| Variable Profit % | 37% | 37% | 37% | 37% |

C8

## BEL Claims – Matching of Revenues and Expenses

## ATTACHMENT C - Construction Methodology

Step 1 and Step 2 compensation is calculated as follows:

| | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Benchmark Period (Average 2008/09)** | | | | | | | | | | | | | |
| Revenue | 275 | 301 | 277 | 360 | 467 | 319 | 279 | 276 | 361 | 297 | 490 | 426 | 4,127 |
| Variable expenses | (163) | (175) | (163) | (213) | (275) | (188) | (163) | (163) | (213) | (175) | (288) | (250) | (2,425) |
| Variable Profit | 112 | 126 | 115 | 147 | 192 | 131 | 116 | 114 | 149 | 122 | 203 | 176 | 1,702 |
| Variable Profit % | 41% | 42% | 41% | 41% | 41% | 41% | 42% | 41% | 41% | 41% | 41% | 41% | 41% |
| | | | | | | | | | | | | | |
| **Compensation Period (2010)** | | | | | | | | | | | | | |
| Revenue | 199 | 159 | 199 | 279 | 478 | 279 | 199 | 239 | 239 | 199 | 279 | 319 | 3,070 |
| Variable expenses | (125) | (100) | (125) | (175) | (300) | (175) | (125) | (150) | (150) | (125) | (175) | (200) | (1,925) |
| Variable Profit | 74 | 59 | 74 | 104 | 178 | 104 | 74 | 89 | 89 | 74 | 104 | 119 | 1,145 |
| Variable Profit % | 37% | 37% | 37% | 37% | 37% | 37% | 37% | 37% | 37% | 37% | 37% | 37% | 37% |

**Step 1**

Optimum Benchmark Period identified as May to Dec

| | |
|---|---|
| Total variable profit May to December (Benchmark) | 1,053 |
| Total variable profit May to December (Compensation) | 759 |
| Step 1 Compensation (pre-RTP) | 295 |

**Step 2**

Optimum Benchmark Period from May to December, 2008 and 2009

| | |
|---|---|
| Revenue Jan 2010 to April 2010 | 1,563 |
| Revenue Jan to April (average for 2008 & 2009) | 1,393 |
| Revenue increase/(decrease) | 170 |
| Revenue Increase/(decrease) Percentage | 11% |
| Claimant Specific Growth Factor | 10%  [Max of 10%, Min of -2%] |
| General Adjustment Factor | 2% |
| | |
| Revenue for the Benchmark Period (2008 & 2009) | 2,553 |
| Incremental Revenue | 306 |
| Variable profit for benchmark period | 41% |
| Step 2 compensation (pre-RTP) | 126 |

C9

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT D – Agriculture and Educational Institutions Methodology**

The methodology outlined below – "the Agriculture and Educational Institutions Methodology" – deviates from the methodologies described previously in Attachments B and C.  Given the specific characteristics of the agriculture and educational industries, the Claims Administrator, in consultation with the CSSP Accounting Vendors, believes it necessary to use a twelve month comparison of operations in order to achieve "revenue and expense matching to realistic measurement of economic loss" as directed by the Court.

In considering options to resolve agriculture and educational institution claims that are not sufficiently matched, a deviation from the existing methodology set forth in Exhibit 4C was deemed necessary, due to the nature of an agriculture business/academic institution's business and how this translates into calculating compensation that reflects economic reality.  The majority of agriculture and educational institutions claims presented to the program to date have maintained books and records on a cash basis.  The timing of revenue can vary considerably from one year to the next influenced in large part by weather patterns impacting the timing of planting and harvesting, and commodity prices that influence the decision to either sell on harvesting or holding produce in storage for sale at a future date.  Recording revenue when cash is received for the produce can, therefore, result in considerable timing differences a) in the months that sales are recorded from one year to the next, and b) because of a mismatch of revenue as compared to the expenses incurred in planting, growing and harvesting such crops.  Similarly, expenses may also fluctuate based on the timing of planting and harvesting, as well as decisions to purchase materials in bulk to be used over a prolonged period of time.  To effectively negate these impacts, comparing operating results over a longer period of time, in this case a year, was deemed to yield results that would most closely align to economic reality.

In the context of achieving sufficient matching to realistic measurement of economic loss for agriculture and educational claims, this methodology deviates from the calculation described in Exhibit 4C of the Settlement Agreement in the following respects:

**<u>BEL Claims – Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT D – Agriculture and Educational Institutions Methodology</u>**

- The Step 1 calculation is amended as follows:

  - The comparison of three or more comparable months of the Benchmark and Compensation Periods in calculating Step 1 compensation is eliminated, replaced by comparing the average annual Variable Profit of the Benchmark Period to the annual Variable Profit of the Compensation Period.  Average annual Variable Profit of the Benchmark Period comprises the revenue less variable expenses from May to April 2009/10 only; average of 2009/10 and 2008/09; or average of 2009/10, 2008/09 and 2007/08.  Annual Variable Profit for the Compensation Period is the variable profit reported for the year May 2010 to April 2011.

- The Step 2 calculation is amended as follows:

  - The Claimant Specific Factor will be computed based on those years included in the contemporaneous P&Ls presented by the claimant.  It will be based on the average historical growth year over year, for those years presented in the Benchmark Period. Where only one year of contemporaneous P&Ls are provided, no growth can be computed and the claimant will be provided a Claimant Specific Factor of 0%.  If the calculated Claimant Specific Factor falls below -2% or exceeds +10%, then it will be set at -2% or +10%, as applicable.

  - The Claimant Specific Factor, adjusted for the General Adjustment Factor of 2%, will be applied to the average <u>annual</u> revenue (May through April) of those years presented in the Benchmark Period (i.e., over the same years used to compute the Claimant Specific Factor), rather than a six to eight month consecutive period between May and December of the Benchmark Period.[9]

---

[9]      Under the Settlement Agreement, for a claimant that chooses a seven-consecutive-month or eight-consecutive-month period in Step 1, the same period of identical consecutive months must be used for Step 2.

**<u>BEL Claims – Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT D – Agriculture and Educational Institutions Methodology</u>**

The Agriculture and Educational Institutions Methodology shall be applied to adjust a claimant's contemporaneous P&Ls that have been deemed not to be "sufficiently matched."  This methodology will not apply to claims whose submitted P&Ls have been deemed "sufficiently matched," which claims will be processed under the methodology set forth in Exhibit 4C, utilizing the contemporaneous P&Ls.  This methodology does not apply to an agriculture claimant or educational institution claimant that meets the definition of a Start-Up Business, Failed Business or Failed Start-up Business.

**Agriculture Methodology**

1.    The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2.    If the CSSP Accounting Vendor identifies an error(s)[10] in how the claimant has accounted for revenue or variable expenses, correcting entries will be made to the P&Ls to assign revenue and variable expenses to the appropriate month.  Where revenue has been restated a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the revenue pattern test per Exhibit 4B of the Settlement Agreement.

3.    If adjustments made in accord with 2. above result in revised P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 4C using such P&Ls.

---

[10] "Errors" will be defined as accounting transactions that have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying accounting principles; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories.  In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors, if the entries were made in good faith with the best available information at the time.

D3

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT D – Agriculture and Educational Institutions Methodology**

4.  If adjustments made in accord with 2. above result in revised P&Ls that are not deemed to be sufficiently matched, the claim will be analyzed under the Agriculture or Educational Institutions Methodology (based on the claimant's industry) as follows:

Step 1 Calculation:

a.  Variable Profit per Benchmark Period

    i.  Benchmark Period Variable Profit will be computed based on the contemporaneous P&Ls as provided by the claimant (as adjusted in accord with 2 above), for the periods May 2007 to April 2008 ("2007/08"), May 2008 to April 2009 ("2008/09") and May 2009 to April 2010 ("2009/10"), by deducting variable expenses (as defined in the Settlement Agreement) from revenue.

    ii.  The average Variable Profit for the Optimum Benchmark Years will be computed.

b.  Variable Profit per Compensation Period

    i.  Compensation Period Variable Profit will be computed based on the contemporaneous P&Ls provided by the claimant (as adjusted in accord with 2 above), for the period May 2010 to April 2011 by deducting variable expenses (as defined in the Settlement Agreement) from revenue.

c.  Step 1 compensation

    i.  Average annual Variable Profit for the Optimum Benchmark Years will be compared to the annual Variable Profit for the Compensation.  The difference represents Step 1 Compensation, prior to applying the applicable Risk Transfer Premium ("RTP").

Step 2 Calculation:

a.  Claimant provides contemporaneous P&Ls for the years 2007 to 2011

    i.  The growth or decline in revenue as stated on the claimant's contemporaneous P&Ls (as amended for accounting errors noted at 2. above) between the year May 2007 to April 2008, and May 2008 and April 2009, will be calculated.

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT D – Agriculture and Educational Institutions Methodology

ii.  The growth or decline in revenue as stated on the claimant's contemporaneous P&Ls (as amended for accounting errors noted at 2. above) between the year May 2008 to April 2009, and May 2009 and April 2010, will be calculated.

iii.  A simple average of the percentage gains computed for both periods (growth or decline) will be computed by dividing the sum of the two numbers by two.  The resultant percentage represents the Claimant Specific Factor.  If the calculated number falls below -2% or exceeds +10%, then the Claimant Specific Factor will be set at -2% or +10% as applicable.

iv.  Incremental Revenue will be calculated by multiplying the average annual revenue for the years May 2007-April 2008, May 2008-April 2009 and May 2009-April 2010 (i.e., the same period that the Claimant Specific Factor was computed) by the sum of the Claimant Specific Factor (computed at iii. above) and the General Adjustment Factor of +2%.

v.  Variable Margin will be computed by dividing the total Variable Profit for the three year period May 2007 to April 2010 by total revenue for the same period.

vi.  Incremental revenue (computed at iv. above) multiplied by the calculated Variable Margin (computed at v. above) represents the Step 2 compensation pre-RTP adjustment.

b.  Claimant provides contemporaneous P&Ls for the years 2008 to 2011

i.  The increase or decline in revenue as stated on the claimant's contemporaneous P&Ls (as amended for accounting errors noted at 2. above) between the year May 2008 to April 2009, and May 2009 and April 2010, will be calculated.  The resultant percentage represents the Claimant Specific Factor.  If the calculated number falls below -2% or exceeds +10%, then the Claimant Specific Factor will be set at -2% or +10% as applicable.

ii.  Incremental Revenue will be calculated by multiplying the average annual revenue for the years May 2008-April 2009 and May 2009-April 2010 (i.e., the same period that the Claimant Specific Factor was computed) by the sum of the Claimant Specific Factor (computed at i. above) and the General Adjustment Factor of +2%.

D5

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT D – Agriculture and Educational Institutions Methodology**

 iii. Variable Margin will be computed by dividing the total Variable Profit for the two year period May 2008 to April 2010 by total revenue for the same period.

 iv. Incremental revenue (computed at ii. above) multiplied by the calculated Variable Margin (computed at iii. above) represents the Step 2 compensation pre-RTP adjustment.

c. Claimant provides contemporaneous P&Ls for the years  2009 to 2011

 i. Claimants will be given a Claimant Specific Factor of 0%.

 ii. Incremental Revenue will be computed by multiplying the annual revenue for the year May 2009-April 2010 by the sum of the Claimant Specific Factor (0%) and the General Adjustment Factor of +2%.

 iii. Variable Margin will be computed by dividing Variable Profit for the year May 2009 to April 2010 by total revenue for the same period.

 iv. Incremental revenue (computed at ii. above) multiplied by the calculated Variable Margin (computed at iii. above) represents the Step 2 compensation pre-RTP adjustment.

**Educational Institutions Methodology**

 Claimants deemed "Educational Institutions" will follow the same methodology as that set out above for Agriculture claimants, but results will not be evaluated using annual results from May to April of any given year.  Instead, the CSSP Accounting Vendors will assess the business to identify the unique "academic year" (e.g., "August to July").  The academic year will be utilized to evaluate annual results.

D6

### BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT D – Agriculture and Educational Institutions Methodology

**Illustrative Example – Agriculture Claims**

Assume that the claimant has an Optimal Benchmark Period the average of 2007/08, 2008/2009 and 2009/10.  Applying the Methodology described above to the contemporaneous P&Ls, the calculation of compensation is set forth below:

| 2007 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 25 | 60 | 5 | 5 | 0 | 5 | 5 | 35 | 125 | 325 | 50 | 200 | | 840 |
| Variable expenses | 60 | 3 | 11 | 11 | 20 | 30 | 5 | 15 | 225 | 150 | 20 | 50 | | 600 |
| Variable profit | (35) | 57 | (6) | (6) | (20) | (25) | 0 | 20 | (100) | 175 | 30 | 150 | | 240 |
| Variable profit as a % of revenue | -140% | 95% | -120% | -120% | 0% | -500% | 0% | 57% | -80% | 54% | 60% | 75% | | 29% |

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 60 | 15 | 0 | 0 | 0 | 5 | 15 | 35 | 25 | 70 | 100 | 515 | | 840 |
| Variable expenses | 60 | 3 | 11 | 11 | 20 | 30 | 5 | 15 | 35 | 20 | 20 | 450 | | 680 |
| Variable profit | 0 | 12 | (11) | (11) | (20) | (25) | 10 | 20 | (10) | 50 | 80 | 65 | | 160 |
| Variable profit as a % of revenue | 0% | 80% | 0% | 0% | 0% | -500% | 67% | 57% | -40% | 71% | 80% | 13% | | 19% |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 0 | 15 | 5 | 5 | 0 | 395 | 85 | 25 | 5 | 100 | 30 | 220 | | 885 |
| Variable expenses | 0 | 5 | 10 | 15 | 10 | 25 | 85 | 215 | 15 | 10 | 20 | 110 | | 520 |
| Variable profit | 0 | 10 | (5) | (10) | (10) | 370 | 0 | (190) | (10) | 90 | 10 | 110 | | 365 |
| Variable profit as a % of revenue | 0% | 67% | -100% | -200% | 0% | 94% | 0% | -760% | -200% | 90% | 33% | 50% | | 41% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 5 | 0 | 20 | 0 | 0 | 10 | 0 | 0 | 95 | 270 | 45 | 5 | | 450 |
| Variable expenses | 75 | 0 | 110 | 15 | 60 | 35 | 25 | 25 | 15 | 20 | 60 | 5 | | 445 |
| Variable profit | (70) | 0 | (90) | (15) | (60) | (25) | (25) | (25) | 80 | 250 | (15) | 0 | | 5 |
| Variable profit as a % of revenue | -1400% | 0% | -450% | 0% | 0% | -250% | 0% | 0% | 84% | 93% | -33% | 0% | | 1% |

| 2011 | Jan | Feb | Mar | Apr |
|---|---|---|---|---|
| Revenue | 125 | 230 | 40 | 5 |
| Variable expenses | 0 | 425 | 5 | 20 |
| Variable profit | 125 | (195) | 35 | (15) |
| Variable profit as a % of revenue | 100% | -85% | 88% | -300% |

**Benchmark Period Revenue - May 2007 to April 2010**
**Compensation Period Revenue - May 2010 to April 2011**

D7

## BEL Claims – Matching of Revenues and Expenses

## ATTACHMENT D – Agriculture and Educational Institutions Methodology

The Step 1 and Step 2 compensation would be computed as follows:

**Compensation Calculation  - Step 1**

| | | |
|---|---|---|
| Average Annual Revenue in Benchmark Period | 832 | |
| Average Annual Variable Expenses in Benchmark Period | 638 | |
| Average Variable Profit in Benchmark Period | 193 | [A] |
| Average Variable Profit Percentage in Benchmark Period | 23% | |
| | | |
| Revenue in Compensation Period | 825 | |
| Variable Expenses in Compensation Period | 695 | |
| Variable Profit in Compensation Period | 130 | [B] |
| Variable Profit Percentage in Compensation Period | 16% | |
| | | |
| Difference in variable profit from Benchmark to Compensation Period | 63 | [A-B] |
| Total Step 1 compensation Pre-RTP | **63** | |

**Compensation Calculation - Step 2**

*Claimant Provided 3 years in the Benchmark Period*

| | | |
|---|---|---|
| Revenue May 2007 to April 2008 | 820 | [C] |
| Revenue May 2008 to April 2009 | 790 | [D] |
| Growth / (decline) in revenue | (30) | [E=D-C] |
| Percentage growth / (decline) in revenue | -4% | [F=E/C] |
| Revenue May 2008 to April 2009 | 790 | [G] |
| Revenue May 2009 to April 2010 | 885 | [H] |
| Growth / (decline) in revenue | 95 | [J=H-G] |
| Percentage growth / (decline) in revenue | 12% | [K=J/G] |
| Claimant Specific Factor | 4% | [L=(K+F)/2] |
| General Adjustment Factor | 2% | [M] |
| Adjusted Growth Factor | 6% | [N=L+M] |
| Average Annual Revenue for Benchmark Period (May 2007- April 2010) | 832 | [O] |
| Incremental Revenue | 51 | [P=N*O] |
| Average Variable Profit Margin during Benchmark Period | 23% | |
| **Adjusted Step 2 Compensation (pre-RTP)** | **12** | |

D8

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT E – Professional Services Methodology**

In considering options to resolve professional services claims that are not sufficiently matched, a deviation from the existing methodology set forth in Exhibit 4C was deemed necessary, due to the nature of a professional services firm's business and how this translates into calculating compensation that reflects economic reality. The methodology requires adjustments to a claimant's contemporaneous P&Ls if they are deemed not to be 'sufficiently matched.' After making such adjustments, the restated P&Ls are utilized in calculating compensation applying a methodology consistent with Exhibit 4C of the Settlement Agreement. The approach outlined below does not alter the structure as to how compensation is calculated but does, if matching issues are identified, amend the P&Ls utilized in such calculations.

The majority of professional services claims presented to the program to date have not maintained books and records on an accrual basis, but rather have been prepared predominantly on a modified cash basis. As such, the timing of revenue recognized on the claimant's P&Ls may not correlate with the timing of activities performed to earn such revenue - e.g., advance payments or retainers may be received; progress or milestone invoices may be issued for fixed price contracts; and contingent fees may be paid, for example, on the successful outcome of a litigation matter or costs savings realized from a consulting engagement. Recording revenue when cash is received in payment of such invoices can, therefore, result in considerable timing differences in the months that sales are recorded relative to when work was performed. Similarly, expenses may also fluctuate. For example, contract personnel (e.g., contract attorneys or paralegal personnel) may be hired to assist during periods of significant activity but invoices may be issued and paid several months later. Further, experts may be appointed and paid an advance retainer, with a final invoice being issued and paid subsequent to them concluding their services. To effectively negate these 'matching' impacts an understanding of the fee arrangements, the hours/activity incurred by professional staff to perform the services, the duration of such activity, and how these activities compare to the timing of payments to or by the claimant is required.

E1

## BEL Claims – Matching of Revenues and Expenses
### ATTACHMENT E – Professional Services Methodology

The Professional Services Methodology shall be applied to adjust a claimant's contemporaneous P&Ls that have been deemed not to be "sufficiently matched." Claimants that submit P&Ls that are deemed "sufficiently matched" will be processed under the methodology set forth in Exhibit 4C of the Settlement Agreement, utilizing the contemporaneous P&Ls. Those claimants that submit P&Ls that are deemed not "sufficiently matched" will have the P&Ls adjusted to allocate revenue on a straight line basis over the period of the case/engagement, underline unless the claimant can submit appropriate, reliable and complete records that permit an alternative allocation of revenue based on when activity generating the revenue occurred. In professional services companies, this would correspond to periods when actual work on the matter/engagement was performed. Alternative information that the claimant may elect to present to demonstrate when effort was expended/hours were worked may include:

- Time and billing records maintained in the ordinary course of business that detail time worked by month by case/engagement are considered to be the most accurate and complete source of information.

- Other case/engagement records may provide sufficient information to 'reconstruct' when effort was expended/hours were worked in generating the revenue earned, such as: calendars, engagement letters, court filings, case summaries, trial dockets, court and deposition appearances, expert report submissions, project deliverables, transaction closure dates, contract execution dates, court approvals, and payment schedules and receipts.

It is expected that professional services claimants with time & material fee arrangements may maintain time and billing records in order to generate and support invoices presented to clients. It is recognized that some claimants retained under a fixed or contingent fee arrangement may or may not maintain detailed time records.

Variable expenses will be allocated to each month of the Benchmark Period and the Compensation Period based on that month's percentage of total annual revenue.

E2

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT E – Professional Services Methodology**

The Professional Services Methodology does not apply to a professional services claimant that meets the definition of a Start-Up Business, Failed Business or Failed Start-Up Business.

**Professional Services Methodology**

1.  The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2.  If the CSSP Accounting Vendor identifies an error(s)[11] in how the claimant has accounted for either revenue or variable expenses, correcting entries will be made to the P&Ls to assign revenue or expenses to the appropriate month.

3.  If adjustments made in accord with 2. above result in revised P&Ls that are deemed sufficiently matched, the claim will be processed under the methodology set forth in Exhibit 4C.  However, if revenue has been restated in accord with 2. above, a causation analysis will be re-performed (if causation is not presumed).  If causation is presumed  or satisfied, the P&Ls (adjusted for errors) are utilized as the input for calculating compensation under Exhibit 4C of the Settlement Agreement:

    o  Step 1 of the compensation calculation is determined as the difference between Variable Profit between the 2010 Compensation Period selected by the claimant and the Variable Profit over the comparable months of the Benchmark Period.  The Compensation Period is selected by the claimant to include three or more consecutive months between May and December 2010.

---

[11] "Errors" will be defined as accounting transactions that have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying accounting principles; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories.  In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors, if the entries were made in good faith with the best available information at the time.

E3

## **BEL Claims – Matching of Revenues and Expenses**

### **ATTACHMENT E – Professional Services Methodology**

        o   Step 2 of the compensation calculation is based on the claimant's growth in revenue in January through April of 2010 relative to the claimant-selected Benchmark Period.  The claimant may select a six-consecutive month period between May to December, unless the claimant chose a seven-consecutive-month or eight-consecutive-month period in Step 1, in which case that same period of identical consecutive months in 2010 shall be used for Step 2.

4.     If adjustments made in accord with 2. above do not resolve matching issues, the P&Ls will be revised, as set forth below, re-allocating both revenue and expenses.

**Adjustments to Revenue**

<u>Allocate Revenue on a straight line basis over the duration of the case/engagement</u>

1.     If the claimant elects not to submit additional documentation, or provides documentation that, in the judgment of the Claims Administrator, does not permit the CSSP Accounting Vendors to reasonably estimate or verify the level of effort expended/hours worked in a given month, revenue will be reallocated to each month on a straight line basis over the duration of the matter.

2.     An evaluation of the claimant's fee arrangements for all cases/engagements (i.e., time & materials, fixed fee, contingent fee, or a combination thereof) will be performed based on discussions and an assessment of additional records requested from the claimant.   Information will be requested that includes, at a minimum, the client, case/engagement name, commencement date, completion date, revenue generated, and the fee arrangement (time & materials, fixed fee, contingent fee or a combination thereof).  Given that cases/engagements may have commenced prior to the Benchmark Period or were ongoing or closed after the Compensation Period, information required from claimants may extend prior to the Benchmark Period and subsequent to the Compensation Period.  Information must be provided by claimants to permit the CSSP Accounting Vendors to verify the commencement and completion date of cases/engagements.

E4

## **BEL Claims – Matching of Revenues and Expenses**

### **ATTACHMENT E – Professional Services Methodology**

3.  A matter will be considered to have commenced from the date of execution of an engagement letter or other indicia of commencement of the undertaking, through the date that a matter has been settled, or a final project deliverable has been submitted, and payment has been received, unless other information indicates an alternative date.  Other information could include, for example: evidence that work was commenced prior to the execution of an engagement letter or prior to other indicia of commencement of the undertaking, post-trial filings, appeals, a further negotiation of the amount ultimately paid, or presentations after issuance of a final report.

4.  In determining revenue generated for each matter, consideration will be given to the nature of the case/engagement, but in all instances will be net of any reimbursable expenses.  Revenue from time & material and fixed fee arrangements will be determined based on the engagement letter or other indicia of the nature and scope of work and invoice records.  For contingent fee arrangements, revenue will be based on the amount paid to the claimant as of the date the Claims Administrator analyzes the claim.  For contingent cases that remain open/unsettled as of the date the claim is being evaluated, no value will be assigned to such cases.

5.  For each case/engagement (or a subset thereof if, in the professional judgment of the CSSP Accounting Vendor, some projects are deemed immaterial to the compensation calculation) the revenue allocated to each month will equal revenue (determined in accord with 4 above) divided by the number of months that the case/engagement was worked on (as determined in accord with 3 above).

6.  Where revenue has been restated, a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the revenue pattern test per the Settlement Agreement.

E5

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT E – Professional Services Methodology

Allocate Revenue based on Available Information

The claimant will have the option to submit documentation to the Claims Administrator if it believes such records can more accurately estimate the level of work/hours incurred in a given month, thereby permitting revenue to be reallocated based on such effort, rather than a straight line basis.  The CSSP Accounting Vendors will assess such records and determine whether, in their judgment, such records are sufficiently adequate and complete to permit a reasonable estimation and verification of the level of effort expended/hours worked in a given month as it relates to each specific case/engagement.  If it is determined that such records permit a reasonable estimate of when effort was expended/hours were worked, revenue will be reallocated based on such efforts.  However, if not deemed sufficient to reasonably estimate when effort was expended/hours were worked, the CSSP Accounting Vendors will revert to reallocating revenue to each month on a straight line basis over the duration of the matter.

In considering what additional information a claimant may elect to submit to identify when effort was expended /hours were worked, the CSSP Accounting Vendors anticipates that this will most likely include time and billing records maintained by a claimant in the ordinary course of business.  In the absence of such records, other information may be utilized to estimate or 'reconstruct' when effort was expended/hours were worked.  Such information may include, but not be limited to, calendars, engagement letters, court filings, case summaries, court and deposition appearances, expert report submissions, transaction close dates, contract execution dates, project deliverables, court approvals, court/trial dates, and payment schedules and receipts.  The approach that will be followed is detailed below:

1.  An evaluation of the claimant's fee arrangements for all cases/engagements (i.e., time & materials, fixed fee, contingent fee, or a combination thereof) will be performed based on discussions with the claimant and an assessment of additional records requested from the claimant.   Information will be requested that includes, at a minimum, the client, case/engagement name, commencement date,

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT E – Professional Services Methodology**

completion date, revenue generated, and the fee arrangement (time & materials, fixed fee, contingent fee or a combination thereof).  Given that cases/engagements may have commenced prior to the Benchmark Period or were ongoing or closed after the Compensation Period, information required from claimants may extend prior to the Benchmark Period and subsequent to the Compensation Period.

2.     Revenue will be allocated to each month of the Benchmark Period (considered to run from May to April 2009/10; the average of 2008/09-2009/10; or the average of 2007/8-2009/10) and Compensation Period based on when work was actually performed.

3.     To identify when effort was expended/hours were worked the following steps will be performed:

    a.   A detailed inventory of all engagements performed by the claimant will be obtained, and separated by the nature of the fee arrangement.

    b.   The CSSP Accounting Vendors will, through inquiries of the claimant, and an evaluation of submitted documentation, determine if contemporaneous time and billing records were maintained by the claimant in sufficient detail to determine when effort was expensed/hours were worked on individual cases/engagements, or if practical a grouping of cases/engagements that had similar characteristics (e.g., commencement and completion date, or revenue generated and paid).  If deemed sufficient, time and billing records will be utilized.

    c.   If time and billing records were not maintained by the claimant in sufficient detail to determine and verify when effort was expended/hours were worked, the CSSP Accounting Vendor will consider the adequacy and completeness of other information provided and determine if sufficient to estimate and verify when effort was expended/hours were worked and allocate revenue on such basis.

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT E – Professional Services Methodology

Utilizing Time and Billing records to reallocate revenue

1.      Any billing records submitted will be analyzed for each engagement.  Hours recorded by personnel for each individual case/engagement (or a subset thereof if, in the professional judgment of the CSSP Accounting Vendor, some projects are deemed immaterial to the compensation calculation) will be compared to the timing of revenue recognized.  Total revenue generated from each case will be considered net of reimbursable expenses.  Total revenue generated from each case/engagement will be reallocated to each month based on the percentage of hours charged in that month relative to the total case/engagement hours.  An illustration of steps 1 and 2  is provided below:

**Illustrative example**
Provided below is an example that illustrates for one case/engagement how revenue will be reallocated based on the hours charged in a given month relative to total case/engagement  hours.
The case/engagement commenced in January 2009 and work ceased in May 2010.  Total hours incurred on the case/engagement is 2,000.  Total revenue recorded was $500,000 that was paid in September 2010.

|  | **2009** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Hours per Billing Records [A] | 100 | 50 | 10 | 10 | 225 | 45 | 45 | 0 | 100 | 350 | 50 | 50 |
| Percentage of Total Hours Billed [B = A/2000] | 5% | 3% | 1% | 1% | 11% | 2% | 2% | 0% | 5% | 18% | 3% | 3% |
| Revenue (As submitted by Claimant) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Revenue (As restated) [B*$500,000] | $ 25,000 | $ 12,500 | $ 2,500 | $ 2,500 | $ 56,250 | $ 11,250 | $ 11,250 | $ - | $ 25,000 | $ 87,500 | $ 12,500 | $ 12,500 |

|  | **2010** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Hours per Billing Records [A] | 50 | 50 | 75 | 350 | 440 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percentage of Total Hours Billed [B = A/2000] | 3% | 3% | 4% | 18% | 22% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Revenue (As submitted by Claimant) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 500,000 | $ - | $ - | $ - |
| Revenue (As restated) [B*$500,000] | $ 12,500 | $ 12,500 | $ 18,750 | $ 87,500 | $ 110,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Based upon the content and format of the time and billing records received, additional analysis may be performed including but not limited to comparison of pre-spill and post-spill:  monthly hours worked in assessing lost hours, if any; billing rates per engagement/case in assessing higher/lower rates, if any; changes in the overall variable profit margin between periods, if any; utilization mix of professional staff (including owners/partners); lines and/or types of services/engagements worked on; and length of project and value of settlements reached.

2.      For contingent fee cases that remain open/unsettled as of the date the claim is being evaluated, no value will be assigned to such cases.

E8

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT E – Professional Services Methodology**

3.      Where revenue has been restated, a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the revenue pattern test per the Settlement Agreement.

Utilizing Engagement Records to reallocate revenue

1.      It is expected that claimants who operate under a Time & Materials fee arrangement will maintain time and billing records in order to create and support the invoice to their client.  Accordingly, it is assumed that the methodology set out below will most likely apply to fixed fee and contingent fee arrangements, or a combination of the two.  It should be noted that if a firm has a variety of fee arrangements including some performed on a time & materials basis, for which it maintained time and billing records, the revenue may (based on the judgment of the CSSP Accounting Vendors) be bifurcated, and different records will be applied to identify when effort was expended/hours were worked.

2.      If the claimant elects to submit documentation that the CSSP Accounting Vendors deem sufficient to estimate and verify the effort expended/hours worked in any given month, cases/engagements performed under a fixed fee or contingent fee arrangement will be evaluated utilizing other engagement documentation, as follows:

   i.   Fixed and contingent fee cases/engagements worked during the Benchmark Period and the Compensation Period

- Identify the commencement and completion date for each case/engagement, including the date revenue was recorded and/or payment was received.

- In the case of a legal matter, conduct an examination of available legal and non-legal documents (e.g., pleadings and other court records,  discovery requests, depositions and/or trial documents, due diligence commencement dates, transaction closure dates, submission of contract drafts, lawyer's calendars etc.) to establish proof of

E9

**<u>BEL Claims – Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT E – Professional Services Methodology</u>**

work/timing of effort in order to estimate the revenue that should be attributed to a given month.  This process will require consultation with the claimant.

- Based on the duration of the legal matter, combined with the timing of significant events, an estimate of the percentage of the total work effort on the case will be assigned to each month.

- Revenue will be reallocated to each month by multiplying the total contingent fee or fixed fee by that month's percentage of the total effort incurred on the case.

- For other professional services claimants (not law firms), conduct an examination of available documentation (e.g., budgets, project reports, draft and final deliverables, calendars, time and billing records, progress and status reports, meetings/presentations and other key milestone events) to establish proof of work/timing of effort in order to estimate the revenue that should be attributed to a given month.  This process will be performed in consultation with the claimant.

  - Based on the duration of the engagement, combined with the timing of significant events/milestones, an estimate of the percentage of the total effort incurred on the engagement will be assigned to each month.

  - Revenue will be reallocated to each month by multiplying the total contingent fee or fixed fee by that month's percentage of the total effort incurred on the engagement.

2.    For contingent fee cases that remain open/unsettled as of the date the claim is being evaluated, no value will be assigned to such cases.

E10

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT E – Professional Services Methodology**

Variable Expenses

1.      It is expected that the records maintained by some claimants will not separately identify variable expenses, as defined in Attachment A to the Settlement Agreement, by specific cases/engagements.

2.      Where revenue is allocated on a straight line basis over the duration of a case/engagement, due to the claimant electing not to submit additional documentation, or where there was a lack of sufficient information to reliably estimate and verify when hours were worked/effort was expended, variable expenses incurred during the years May through April of the Benchmark Period and the Compensation Period will be allocated to individual months based on that month's revenue as a percentage of total revenue for the same 12- month period.  This approach results in a consistent variable profit margin for each month of any given year (May to April), but which may potentially differ from one year to the next.  The calculation is as follows:

- Monthly Corresponding Variable Expenses for each year of the Benchmark Period will be calculated based on the percentage relationship between the sum of all variable expenses for the three (3) respective 12-month periods, as provided, (e.g., May 2009 - April 2010; May 2008 - April 2009; May 2007 - April 2008) prior to the spill and total revenue for the same annual period.  This will yield a separate Variable Expense percentage for each year of the Benchmark Period.

- This variable expense percentage (specific for each individual year of the Benchmark Period) is applied to the specific monthly revenue amounts in the Benchmark Period to calculate the Corresponding Variable Expenses for each month.

- Monthly Corresponding Variable Expenses during the Compensation Period will be calculated based on the percentage relationship between the sum of all variable expenses for the 12-month period following the date of the spill, (i.e., May 2010 – April 2011) and total revenue for the same period.

E11

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT E – Professional Services Methodology**

- This variable expense percentage is applied to the specific monthly revenue amounts in the Compensation Period to calculate the Corresponding Variable Expenses for each month.

3.     Where revenue has been reallocated on a basis other than the straight line basis, variable expenses incurred during the years May through April of the Benchmark Period and the Compensation Period will be allocated to individual months based on the total effort incurred, estimated using the same information utilized in reallocating revenue.

Variable Margin

1.     Variable Margin will be calculated for the Benchmark Period only (and utilized in the Step 2 compensation calculation) as follows:

  i.     Sum Variable Profit from May through December of the period selected by the claimant to be used for the Benchmark Period (i.e. Optimal Benchmark Period).

  ii.     Sum total revenue from May through December of the period selected by the claimant to be used for the Benchmark Period. (i.e. Optimal Benchmark Period).

  iii.     Calculate Variable Margin percent as Variable Profit calculated in (i) divided by total revenue calculated in (ii).

Compensation Calculation

1.     The revised P&Ls resulting from the reallocation of revenue and variable expenses are utilized as the input for calculating compensation under Exhibit 4C of the Settlement Agreement:

  o     Step 1 of the compensation calculation is determined as the difference in Variable Profit between the 2010 Compensation Period selected by the claimant and the Variable Profit over the comparable months of the Benchmark Period.  The Compensation Period is selected by the claimant to include three or more consecutive months between May and December 2010.

E12

**<u>BEL Claims – Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT E – Professional Services Methodology</u>**

    o   Step 2 of the compensation calculation is based on the claimant's growth in revenue in January through April of 2010 relative to the claimant-selected Benchmark Period. Claimant may select a six-consecutive month period between May to December, unless claimant chose a seven-consecutive-month or eight-consecutive-month period in Step 1, in which case that same period of identical consecutive months shall be used for Step 2.

        ▪   To compute the Claimant Specific Factor, the total revenue from January 2010 to April 2010 will be compared to:

            •   Revenue for the period January 2009 to April 2009, where the Optimum Benchmark Period comprises 2009/10 P&Ls.

            •   Average revenue for the periods January 2009 to April 2009 and January 2008 to April 2008, where the Optimum Benchmark Period comprises 2008/09 and 2009/10 P&Ls.

            •   Average revenue for the periods January 2009 to April 2009, January 2008 to April 2008, and January 2007 to April 2007 where the Optimum Benchmark Period comprises 2007/08, 2008/09 and 2009/10 P&Ls.

2.    As noted above in 'Utilizing Time and Billing records,' if this data is available and used to reallocate revenues, an additional analysis described below may be performed at this step in order to identify and quantify the various components of the compensation calculation. These components can include compensation resulting from a decrease/increase in hours, a decrease/increase in rates/awards and an increase/decrease in variable profit margin. Depending upon the level of detail provided, these components may be further analyzed to identify compensation amounts associated with changes in utilization/mix of professional staff as well as changes in types of services/engagements/cases worked on.

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT F – Failed Businesses and Failed Start-Up Businesses**

Section I of the "Matching of Revenues and Expenses" policy, which addresses identification of "unmatched claims," does not apply to Failed Businesses or Failed Start-Up Businesses.  Exhibit 6 of the Settlement Agreement sets forth the Failed Business Compensation Framework that covers both Failed Businesses[12] and Failed Start-Up Businesses[13].  The causation documentation requirements and basis of computation as required in Exhibit 6 differ significantly from those of regular BEL claimants processed under Exhibit 4.  Some of the key differences in assessing causation, and computing losses, include:

- A Failed Business or Failed Start-Up Business is "excluded" from recovery under the Settlement Agreement if the claimant reports negative EBITDA (earnings before interest, income tax, depreciation, amortization and owner's compensation) for the  12 months prior to May 1, 2010.

- Compensation for a Failed Business applies a multiple (based on the claimant's industry and as specified in Exhibit 6) of the claimant's EBITDA for the 12 months prior to the spill.  This amount is subsequently adjusted for changes in account balances of assets and liabilities of the business between the date of the spill and the date of the balance sheet closest to the date the claim was filed.

- Compensation for a Failed Start-Up Business is not directly dependent on P&Ls as in other BEL Claims categories but rather is focused on the assets and liabilities of the business as well as the business owner's annual earnings pre and post spill.

The above requirements consider the total EBITDA for the 12-month period prior to the spill, and are not dependent upon the results of any one or more individual months within that period, nor do they

---

[12] A Failed Business is an "entity that commenced operations prior to November 1, 2008, and that, subsequent to May 1, 2010 but prior to December 31, 2011, either (i) ceased operations and wound down, or (ii) entered bankruptcy (through the filing of a petition for bankruptcy protection in a court of competent jurisdiction), or (iii) otherwise initiated or completed a liquidation of substantially all of its assets."

[13] A Failed Start-Up Business is defined as "an entity that commenced operations on or after November 1, 2008, and, subsequent to May 1, 2010 but prior to December 31, 2011, either (i) ceased operations and wound down, or (ii) entered bankruptcy (through the filing of a petition for bankruptcy protection in a court of competent jurisdiction), or (iii) otherwise initiated or completed a liquidation of substantially all of its assets."

F1

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT F – Failed Businesses and Failed Start-Up Businesses**

require a comparison of monthly variable profits between years.  The Failed Start-Up Business methodology computation is based solely on the balance sheet.  This significantly reduces any matching concerns that may exist on a claimant's P&Ls between months.

Matching concerns could arise from:

- a mismatch of revenue and expenses at the start and end of the 12 month period prior to the spill, and

- balance sheets utilized in the calculations being inaccurate due to revenue or expenses not being matched.

Identification of "unmatched claims" and Methodology for adjusting P&Ls not sufficiently matched

1.   The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors[14], and indicators of insufficient matching of revenue and variable expenses.  It should be recognized that it may be common to see unusual fluctuations in a business that is failing.

2.   This matching analysis would not include the use of the Declaration Tool utilized for General BEL claimants as outlined in Section I of the "Matching of Revenues and Expenses" policy, for the reasons cited above.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

3.   The CSSP Accounting Vendors' analysis will focus on potential matching issues that would impact the annual results for the year May 2009 to April 2010, as compared to those issues that may

---

[14] "Errors" will be defined as accounting transactions that have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying accounting principles; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories.  In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors, if the entries were made in good faith with the best available information at the time.

F2

## **BEL Claims – Matching of Revenues and Expenses**

### **ATTACHMENT F – Failed Businesses and Failed Start-Up Businesses**

impact a given month(s) but have no impact on the annual results.  Further attention will be paid to potential matching issues that would impact balance sheets utilized for those months that impact the compensation calculation.

4.    If no matching issues are identified that would impact the calculation, the claim will be analyzed and processed based on the information presented by the claimant.

5.    If the CSSP Accounting Vendor identifies an error(s) in how the claimant has accounted for either revenue or variable expenses, correcting entries will be made to the P&Ls to assign revenue and/or expenses to the appropriate month.  Consideration will also be given to the impact that such error(s) have on the balance sheets utilized in the calculation.  If revenues are corrected/adjusted as a result of this analysis, causation will be re-performed to ascertain eligibility within the specific guidelines  outlined in Exhibit 6 of the Settlement Agreement.

6.    The calculation of compensation for both Failed Businesses and Failed Start-Up Businesses will be consistent with that presently prescribed by Exhibit 6 of the Settlement Agreement.

F3

## BEL Claims  - Matching of Revenues and Expenses
### ATTACHMENT G – Start-Up Businesses Methodology

As with general BEL claimants, in considering options to resolve Start-Up Business[15] claims that have been deemed to be not sufficiently "matched," it was necessary to apply distinct methodologies dependent upon the business operations and activities of individual claimants.  Under the Start-Up Business Methodology described below, it is therefore necessary to classify claimants as operating as either a short earnings cycle business, construction claimant, agriculture or educational institution or a professional services entity.  While the term "Start-Up Methodology" generally describes what is set out below, it should be noted that separate methods exist for Start-Up Business claimants that fall under each category. Further, it was important to tailor each of the methodologies set forth in Attachments B through E to reflect the differences between a Start-Up Business and a general BEL claimant.

Comparison of general BEL claimants to Start-Up Business claimants

Exhibit 7 of the Settlement Agreement outlines the framework for Start-Up Business claims.  Under the Settlement Agreement, Start-Up Business compensation is calculated on a basis similar to that applicable to general BEL claims, in that it requires the selection of an optimal period of several months that compares variable profit between the Benchmark Period and the Compensation Period.  The major exception between the two frameworks relates to a different Benchmark Period: For Start-Up Business claims the period is post spill (May 2011 to April 2012)[16], whereas general BELs consider pre-spill results on a calendar year (2009 only, an average of 2008/09, or an average of 2007/08/09).  For Start-Up Businesses both the Benchmark Period and the Compensation Period are post spill.  Other specific differences for Start-Up Businesses that impact the Start-Up Business Methodology include:

- Benchmark and Compensation Periods are not based on calendar years but on the year May to April.

---

[15]  A "Start-up Business" is considered to be a claimant with less than 18 months of operating history at the time of the DWH Spill.

[16]  Where a claimant elects to utilize projections, the Benchmark Period utilized per Exhibit 7 is May 2010 to April 2011.

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT G – Start-Up Businesses Methodology**

- General BEL claims can utilize up to 8 months as their Optimum Benchmark Period for the purposes of the computation, whereas Start-Up Businesses have the option to utilize a 12 month period.

- The Settlement Agreement permits claimants to utilize projections as compared to actual financial results, in computing compensation, provided such projections were prepared prior to the spill and utilized by the claimant to obtain credit from a financial institution, other entity in the primary business of lending or investing money, or non-family private investors.

Effect of Differences on Start-Up Business Methodology

The period from May to April will continue to form the basis of analyzing information under the Start-Up Business Methodology.  The option to utilize a 3 to 12 month Optimum Benchmark Period will also continue to apply, the exception being under the Start-Up Agriculture and Educational Institutions Methodology that will require a 12 month period be utilized.

Under the Start-Up Business Methodology, projections may continue to be utilized provided that based upon an analysis by the CSSP Accounting Vendors, the projections appear to be sufficiently matched.  This can be assessed by obtaining an understanding and conducting a review of the assumptions underlying the projections.  It is noted, however, that projections normally have fewer expense line items than actual monthly P&Ls so mapping projection line items to actual P&Ls can be more complex resulting in variable expenses (as defined by Exhibit 4D of the Settlement Agreement) being difficult to identify.  Further, projections may often be prepared on an annual basis, or for a period of less than one year, thereby not permitting monthly revenue and expenses to be identified.  As such, professional judgment will be applied by CSSP Accounting Vendors in assessing whether projections contain adequate, complete and appropriate information necessary to compute compensation under the Start-Up Business Methodology.

**<u>BEL Claims  - Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT G – Start-Up Businesses Methodology</u>**

<u>Identification of claims not 'sufficiently matched'</u>

The criteria set out in Section I.A. of the CSSP policy on Matching of Revenues and Expenses shall be applied to Start-Up Business claimants in order to determine whether the submitted financial records are not sufficiently matched.  However, executing that analysis differs for Start-Up Businesses as a consequence of different definitions of the Benchmark Period between the Start-Up Business and the general BEL frameworks.

The criteria for identifying potential matching issues for Start-Up Business claims will utilize the 7 criteria already in place for BEL claims in general.  It should, however, be noted that:

- the calculations under the 7 criteria will include the Benchmark Period that extends through April 2012.

- on the basis that the Compensation Period and the Benchmark Period run from May through April, rather than a calendar year, the computation included will be performed over a May-April "annual" period. "Annual" for the purposes of criteria #2, 5 and 7 is defined as May through April. The years 2007, 2008 and 2009 will not form part of the analysis, as by definition such periods do not comprise the Benchmark Period or the Compensation Period.

- Significant increases or fluctuations in revenues and/or expenses are more common in Start-Up Businesses as compared to more mature BEL businesses.  Triggers identified from the 7 criteria may therefore not relate to matching issues.  This will be addressed as part of the claimant outreach performed by the CSSP.

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT G – Start-Up Businesses Methodology**

Methodology for adjusting P&Ls not sufficiently matched

Claimants' contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors[17], and indicators of insufficient matching of revenue and variable expenses.  It is recognized that it may be common to see more frequent fluctuations in a business that is a start-up.

Claimants that submit P&Ls that are deemed "sufficiently matched" will be processed under the methodology outlined in Exhibit 7 of the Settlement Agreement, utilizing the contemporaneous P&Ls. Those claimants that submit P&Ls which are not deemed "sufficiently matched" will have the P&Ls adjusted to allocate revenue and expenses to those periods when the activity generating the revenue was incurred.  This will be accomplished by assigning and analyzing claims under the following methodologies:

- Start-Up Short Earnings Cycle Annual Variable Margin Methodology

- Start-Up Construction Methodology

- Start-Up Agriculture & Educational Institution Methodology

- Start-Up Professional Services Methodology

These are described in more detail below.

---

[17] "Errors" will be defined as accounting transactions that have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying accounting principles; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories.  In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors, if the entries were made in good faith with the best available information at the time.

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT G – Start-Up Businesses Methodology**

**Start-Up Short Earnings Cycle Annual Variable Margin Methodology**

The approach outlined below does not alter the structure as to how compensation is calculated under the Settlement Agreement, but does require amendment of the P&Ls utilized in such calculations. The calculations of compensation will be consistent with that prescribed by Exhibit 7 of the Settlement Agreement.

1. The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses. Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2. If the CSSP Accounting Vendor identifies an error(s) in how the claimant has accounted for revenue and/or expenses, correcting entries will be made to the P&Ls to assign revenue and expenses to the appropriate month. Where revenue has been amended, a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the revenue pattern test per the Settlement Agreement.

3. If adjustments made in accord with 2. above result in revised P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 7 using such P&Ls.

4. If adjustments made in accord with 2. above result in revised P&Ls that are not deemed to be sufficiently matched, the claim will be analyzed to calculate the "Corresponding Variable Expenses," calculated as follows:

   a. Benchmark Period (May 2011 to April 2012 or May 2010 to April 2011 if projections are utilized):

   - Monthly Corresponding Variable Expenses during the Benchmark Period will be calculated based on the percentage relationship between the sum of all variable expenses

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT G – Start-Up Businesses Methodology**

for the 12-month period May 2011 to April 2012 (May 2010 to April 2011 if projections are utilized) to total revenue for the same period.

- This variable expense percentage is applied to the specific monthly revenue amounts in the Benchmark Period to calculate the Corresponding Variable Expenses for each month.

b.  Compensation Period (April 2010 to May 2011):

- Monthly Corresponding Variable Expenses during the Compensation Period will be calculated based on the percentage relationship between the sum of all variable expenses for the 12-month period May 2010 – April 2011 to total revenue for the same period.

- This variable expense percentage is applied to the specific monthly revenue amounts in the Compensation Period to calculate the Corresponding Variable Expenses for each month.

5.  Calculate Expected Revenue & Expected Costs

    i.  Expected Revenue and Expenses shall equal either:

        a.  The actual revenue and expenses as set forth in the restated P&Ls calculated at Step 4 above for the Benchmark Period; or

        b.  Revenue and expenses reported on financial projections for the Start-Up Business. The use of such projections would be dependent on satisfying the requirements of Exhibit 7: that the projections were prepared prior to the spill and used to seek the extension of credit or financing to the Start-Up Business, from a financial institution, other entity in the primary business of lending or investing money, or non-family private investors with business lending experience.

    ii.  Claimant's Expected Profit/Loss for the Compensation Period will be calculated as the difference between the claimant's Expected Revenue and Expected Costs, provided that Expected Revenue and Expected Costs must both be based on actual results from the

G6

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT G – Start-Up Businesses Methodology**

Benchmark Period, or, if alternatively selected by claimants in Zones B and C, both Expected Revenue and Expected Costs must both be based on qualifying projections.

6.    Calculate Actual Revenue and Actual Costs

    i.    Actual profit/loss generated over the Compensation Period will be calculated as the difference between (i) the claimant's Actual Revenues as set forth in the restated P&Ls calculated at Step 4 above and (ii) the claimant's Actual Variable costs as set forth in the restated P&Ls calculated at Step 4 above, both for the Compensation Period.

7.    Compensation will be computed under Exhibit 7 of the existing Settlement Agreement as follows:

    a.    Calculate the claimant's Base Compensation Loss as the difference between (i) the claimant's Expected Profit/Loss and (ii) the claimant's Actual Profit/Loss generated over the Compensation Period.

    b.    Apply the agreed-upon RTP adjustment.

    c.    Deduct any payments or credits received by the claimant from BP or the GCCF pursuant to BP's OPA claims process, or from any VoO Settlement Payment Offset and/or VoO Earned Income Offset, where applicable.

**Start-Up Construction Methodology**

The approach outlined below, does not alter the structure as to how compensation is calculated under the Settlement Agreement, but does amend the P&Ls utilized in such calculations.  The calculation of compensation will be consistent with that prescribed by Exhibit 7 of the Settlement Agreement.

The restatement of the P&Ls to more accurately match revenue and expenses involves a multi-step process.  The initial step requires an analysis of the financial results of the claimant based on its fiscal year (i.e., its annual financial reporting date).  Analyzing P&Ls for the 12 months that comprise a claimant's fiscal year typically yields a more accurate and compete record of the results of operations for the 12 months then ended, as in the CSSP Accounting Vendors' experience there is typically a 'true-up' or 'hard close' performed at the end of the year.  Annual revenues will be reallocated to each month of the fiscal year, based on that month's percentage of variable expenses to annual variable expenses.

G7

## BEL Claims  - Matching of Revenues and Expenses

### ATTACHMENT G – Start-Up Businesses Methodology

A further adjustment is necessary to restate the P&Ls on a May to April period in both the Benchmark and Compensation Periods, thereby remaining consistent with the approach set forth in Exhibit 7 of the Settlement Agreement.  This is achieved by reallocating variable profit / revenues to each month, based on each month's percentage of variable expenses to annual variable expenses measured over each May to April time period.

As a consequence of restating monthly revenue based on a month's variable expenses as a percentage of annual variable expenses, the revenue recorded on the restated P&Ls can no longer be attributed to individual customers.  Accordingly, the restated P&Ls could not be utilized for the purpose of determining causation for any claimant required to satisfy a Customer Mix Test.  Under the Start-Up Construction Methodology, any claimant required to satisfy a Customer Mix Test to demonstrate causation will utilize the contemporaneous P&Ls for the causation assessment, but will utilize the restated P&Ls for computing compensation.[18]

1.  The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2.  If the CSSP Accounting Vendor identifies an error(s) in how the claimant has accounted for revenue and/or variable expenses, correcting entries will be made to the P&Ls to assign revenue and/or variable expenses to the appropriate month.

3.  If adjustments made in accord with 2. above result in revised P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 7using such P&Ls.

---

[18]  This procedure would supersede, for construction companies only, Policy 464 as it relates to the requirement to utilize the same P&Ls for determining causation and calculating compensation.