# BEL Claims – Matching of Revenues and Expenses

## ATTACHMENT C - Construction Methodology

Step 1 and Step 2 compensation is calculated as follows:

| Step 1 & Step 2 Compensation | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Benchmark Period (Average 2008 and 2009)** | | | | | | | | | | | | | |
| Revenue | 329 | 263 | 393 | 394 | 284 | 308 | 286 | 372 | 482 | 329 | 286 | 285 | 4,013 |
| Variable expenses | (188) | (150) | (225) | (225) | (163) | (175) | (163) | (213) | (275) | (188) | (163) | (163) | (2,288) |
| Variable Profit | 141 | 113 | 168 | 169 | 122 | 133 | 123 | 160 | 207 | 141 | 124 | 122 | 1,725 |
| Variable Profit % | 43% | 43% | 43% | 43% | 43% | 43% | 43% | 43% | 43% | 43% | 43% | 43% | 43% |
| | | | | | | | | | | | | | |
| **Compensation Period (2010)** | | | | | | | | | | | | | |
| Revenue | 339 | 301 | 414 | 376 | 188 | 151 | 188 | 263 | 452 | 263 | 188 | 226 | 3,350 |
| Variable expenses | (225) | (200) | (275) | (250) | (125) | (100) | (125) | (175) | (300) | (175) | (125) | (150) | (2,225) |
| Variable Profit | 114 | 101 | 139 | 126 | 63 | 51 | 63 | 88 | 152 | 88 | 63 | 76 | 1,125 |
| Variable Profit % | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% | 34% |

**Step 1**
Optimum Period identified as May to Dec

| | |
|---|---|
| Total variable profit May to December (Benchmark) | 1,133 |
| Total variable profit May to December (Compensation) | 645 |
| Step 1 Compensation (pre-RTP) | 488 |

**Step 2**
Optimum Period from May to December, 2008 and 2009

| | |
|---|---|
| Revenue Jan 2010 to April 2010 | 1,430 |
| Revenue Jan to April (average for 2008 & 2009) | 1,380 |
| Revenue increase/(decrease) | 51 |
| Revenue Increase/(decrease) Percentage | 4% |
| Claimant Specific Growth Factor | 4% [Max of 10%, Min of -2%] |
| General Adjustment Factor | 2% |
| | |
| Average Revenue for the Benchmark Period (May-Dec 2008 & 2009) | 2,633 |
| Incremental Revenue | 149 |
| Average Variable profit for Benchmark Period (May-Dec 2008 & 2009) | 43% |
| Step 2 compensation (pre-RTP) | 64 |

C12

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT D – Agriculture ~~and Educational Institutions~~ Methodology

The methodology outlined below – "the Agriculture ~~and Educational Institutions~~ Methodology" – is a slight deviat~~ions~~ from the methodologies described previously in Attachments B and C.  Given the specific characteristics of the agriculture ~~and educational~~ industr~~ies~~y, the Claims Administrator, in consultation with the CSSP Accounting Vendors, believes it necessary to allocate both revenue and variable expenses ~~to use a twelve month comparison of operations~~ in order to achieve "revenue and expense matching to realistic measurement of economic loss" as ~~-~~directed by the Court.  This will be accomplished by allocating revenue and expenses over the "crop season," defined to be the months from preparing the field for so~~ow~~wing seed through to the harvesting of the produce.

In considering options to resolve agriculture ~~and educational institution~~ claims that are not sufficiently matched, the allocation of both revenue and variable expenses ~~a deviation from the existing methodology set forth in Exhibit 4C~~ was deemed necessary, due to the nature of an agriculture business~~/academic institution's business~~ and how this translates into matching revenue with expenses in a way ~~calculating compensation~~ that reflects economic reality.  The majority of agriculture ~~and educational institutions~~ claims presented to the program to date have maintained books and records on a cash basis.  The timing of revenue can vary considerably from one year to the next influenced in large part by weather patterns impacting the timing of planting and harvesting, and commodity prices that influence the decision to either sell on harvesting or holding produce in storage for sale at a future date.  Recording revenue when cash is received for the produce can, therefore, result in considerable timing differences a) in the months that sales are recorded from one year to the next, and b) because of a mismatch of revenue as compared to the expenses incurred in planting, growing and harvesting such crops.  Similarly, expenses may also fluctuate based on the timing of planting and harvesting, as well as decisions to purchase materials in bulk to be used over a prolonged period of time.  To effectively negate these impacts, matching the revenue and variable expenses during the period from~~-~~ field preparation, so~~e~~wing of seed through harvesting ~~comparing operating results over a longer period of time, in this case a year,~~ was

D1

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT D – Agriculture ~~and Educational Institutions~~ Methodology**

deemed to yield results that would most closely align to economic reality.  The methodology, in essence, allocates revenue and expenses to the time period over which the produce was created.

The approach outlined below does not alter the structure as to how compensation is calculated under the Settlement Agreement but does amend the P&Ls utilized in such calculations.  The calculations of both Step 1 and Step 2 compensation will be consistent with that prescribed by Exhibit 4C of the Settlement Agreement.

**Agriculture Methodology**

~~1.~~ The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

1.

2.   If the CSSP Accounting Vendor identifies an error(s)[17] in how the claimant has accounted for revenue or variable expenses, correcting entries will be made to the P&Ls to restate revenue and variable expenses to the appropriate month.   Where revenue has been restated a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the Revenue Pattern Test per Exhibit 4B of the Settlement Agreement.

---

[17] "Errors" will be defined as accounting transactions that have been identified in the ordinary course of processing to have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying accounting principles; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories. Recognizing that the Settlement Agreement does not mandate that the P&Ls be based on GAAP or any particular basis of accounting, the CSSP will analyze the P&Ls under the basis (e.g., accrual, cash, modified cash, income tax, etc.) of accounting used by the claimant in the normal course of business and reflected in the contemporaneous P&Ls. In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors if the entries were made in good faith with the best available information at the time.

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT D – Agriculture ~~and Educational Institutions~~ Methodology**

3.  If adjustments made in accord with 2. above result in restated P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 4C of the Settlement Agreement using such P&Ls.

4.  If adjustments made in accord with 2. above result in restated P&Ls that are not deemed to be sufficiently matched, the claim will be analyzed under the Agriculture Methodology as follows:

    a.  Allocation of revenue:

        i.  An evaluation of the nature of the crops grown by the claimant during the Benchmark and Compensation Period will be performed to understand the type of crop(s) grown, and the "crop season" in each given Fiscal Year.  In addition, through discussions with the claimant and / or third parties, where considered necessary, a review of supporting documentation, the CSSP Accounting Vendors will understand whether produce from each "crop season" was sold shortly after harvesting, or held in storage for sale at a subsequent date.

        ii.  Revenue recorded on the claimant's contemporaneous P&Ls will be analyzed to determine the "crop seasons" to which it relates.  This will require the claimant to provide additional information (e.g., inventory records, yield reports, sales records) in order to break out the recorded revenue into the various "crop seasons" (e.g., allocated to each year, or different "crop seasons" where multiple crop types were planted in any one year) and identify the time period of each "crop season."

        iii.  Based on the analysis performed at i. and ii. above, monthly revenue will be allocated on a straight line basis to those months of the "crop season."  For example:

            o  A sale recorded in December 2009 for crops produced during the "crop season" running from April 2009 to September 2009 ~~2010~~ will be allocated on a straight line basis over the 6 ~~7~~ months April 2009 to September 2009.

            o  A sale recorded in February 2010 related to crops produced during the "crop season" running from April 2009 to September 2009 will be allocated on a straight line basis over the 6 ~~7~~ months April 2009 to September 2009.

D3

**BEL Claims − Matching of Revenues and Expenses**

**ATTACHMENT D − Agriculture ~~and Educational Institutions~~ Methodology**

    iv.    CSSP Accounting Vendors will obtain support from the claimant with regard to the "crop season" dates, but will exercise professional judgment to ~~in determin~~determinee the appropriate months to allocate revenue to.  For example:

        o   If work in preparing a field for planting commences on April 30, 2009, May 2009 will most likely be the first month to which revenue is allocated.

        o   If the crop was harvested on November 3, 2010, October 2010 will most likely be the last date to which revenue is allocated.

    v.    Where a crop season crosses a claimant's Fiscal Year, or sales of crops are made in Fiscal Years subsequent to that in which the "crop season" resided, claimants may be required to provide additional years of P&L data.

    vi.    On completion of steps i. through v. above, revenue will be allocated for each Fiscal Year included in the Benchmark and Compensation Periods (2007, 2008, 2009 and 2010 (as provided)).

    vii.    As a consequence of revenue being restated or allocated, a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the Revenue Pattern Test per Exhibit 4B of the Settlement Agreement.  For claimant's required to satisfy the customer mix test, the allocation of revenue per step iii. above will require that the identity of individual purchases of crop be tracked with the allocation of revenue.

   b.   Allocation of variable expenses:

    i.    An analysis of variable expenses, considered significant in the professional judgment of CSSP Accounting Vendors, recorded in any Fiscal Year will be performed to determine if they relate to that year's "crop season" or whether they represented bulk purchases held in inventory for future "crop seasons."  If variable expenses pertain to multiple "crop seasons" the expense will be restated to each individual "crop season."

    ii.    Remaining variable expenses during each Fiscal Year included in the Benchmark Period and the Compensation Period will be allocated to individual months based on that month's

**BEL Claims − Matching of Revenues and Expenses**

**ATTACHMENT D − Agriculture ~~and Educational Institutions~~ Methodology**

allocated revenue as a percentage of total revenue for the same Fiscal Year period. This approach results in a consistent variable profit margin for each month of any given Fiscal Year. The calculation is as follows:

- Monthly ~~c~~Corresponding ~~v~~Variable ~~e~~Expenses for each Fiscal Year included in the Benchmark Period will be calculated based on the percentage relationship between the sum of all variable expenses for each Fiscal Year and total allocated revenue for the same Fiscal Year. This will yield a separate variable expense percentage for each Fiscal Year included in the Benchmark Period.

- This variable expense percentage (specific for each individual Fiscal Year included in the Benchmark Period) is applied to the specific monthly allocated revenue amounts in the Benchmark Period to calculate the ~~c~~Corresponding ~~v~~Variable ~~e~~Expenses for each month.

- Monthly ~~c~~Corresponding ~~v~~Variable ~~e~~Expenses during the Compensation Period will be calculated based on the percentage relationship between the sum of all variable expenses for each Fiscal Year included in the Compensation Period and total revenue for the same Fiscal Year.

- This variable expense percentage is applied to the specific monthly revenue amounts in each Fiscal Year included in the Compensation Period to calculate the ~~c~~Corresponding ~~v~~Variable ~~e~~Expenses for each month.

c.  Variable Margin − (Calculated for the Benchmark Period only for Step 2 compensation calculation):

   i.   Sum Variable Profit from May through December of the periods selected by the claimant to be used for the Benchmark Period (i.e. Optimal Benchmark Period).

   ii.  Sum total revenue from May through December of the periods selected by the claimant to be used for the Benchmark Period. (i.e. Optimal Benchmark Period).

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT D – Agriculture ~~and Educational Institutions~~ Methodology**

  iii. Calculate Variable Margin percent as Variable Profit calculated in (i) divided by total revenue calculated in (ii).

5. The P&Ls, allocated for the Revenues and ~~v~~Variable ~~e~~Expenses calculated in accord with Step 4 above, are utilized as the input for calculating compensation under Exhibit 4C of the Settlement Agreement:

  o Step 1 of the compensation calculation is determined as the difference in Variable Profit between the 2010 Compensation Period selected by the claimant and the Variable Profit over the comparable months of the Benchmark Period.  The Compensation Period is selected by the claimant to include three or more consecutive months between May 2010 and December 2010.

  o Step 2 of the compensation calculation is based on the claimant's growth in revenue in January 2010 through April of 2010 relative to the same months in the claimant-selected Benchmark Period.  The claimant may select a six-consecutive month period between May 2010 to December 2010, unless the claimant chose a seven-consecutive-month or eight-consecutive-month period in Step 1, in which case that same period of identical consecutive months shall be used for Step 2:

    ▪ To compute the Claimant Specific Factor, the total revenue from January 2010 to April 2010 will be compared to January to April revenue of the Optimum Benchmark Period (i.e., 2009; average of 2008/2009; or average of 2007/2008/2009).

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT D – Agriculture ~~and Educational Institutions~~ Methodology

### Illustrative Example – Agriculture Claims

Assume that the claimant adopted a calendar year Fiscal Year and has an Optimal Benchmark Period of May through December of 2008 and 2009.

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 60 | 15 | 0 | 0 | 0 | 200 | 15 | 35 | 25 | 70 | 100 | 515 | 1,035 |
| Variable expenses | (60) | (3) | (11) | (11) | (20) | (30) | (200) | (125) | (100) | (20) | (20) | (20) | (620) |
| Variable Profit | 0 | 12 | (11) | (11) | (20) | 170 | (185) | (90) | (75) | 50 | 80 | 495 | 415 |
| Variable Profit % | 0% | 80% | 0% | 0% | 0% | 85% | -1233% | -257% | -300% | 71% | 80% | 96% | 40% |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 0 | 15 | 5 | 5 | 0 | 0 | 85 | 25 | 5 | 100 | 100 | 300 | 640 |
| Variable expenses | 0 | (5) | (10) | (15) | (10) | (25) | (85) | (115) | (100) | (10) | (20) | (20) | (415) |
| Variable Profit | 0 | 10 | (5) | (10) | (10) | (25) | 0 | (90) | (95) | 90 | 80 | 280 | 225 |
| Variable Profit % | 0% | 67% | -100% | -200% | 0% | 0% | 0% | -360% | -1900% | 90% | 80% | 93% | 35% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 5 | 0 | 20 | 0 | 0 | 10 | 0 | 0 | 95 | 270 | 45 | 30 | 475 |
| Variable expenses | (75) | 0 | (80) | (15) | (60) | (35) | (25) | (25) | (15) | (20) | (60) | (5) | (415) |
| Variable Profit | (70) | 0 | (60) | (15) | (60) | (25) | (25) | (25) | 80 | 250 | (15) | 25 | 60 |
| Variable Profit % | -1400% | 0% | -300% | 0% | 0% | -250% | 0% | 0% | 84% | 93% | -33% | 83% | 13% |

| 2011 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 5 | 0 | 20 | 100 | 0 | 10 | 0 | 0 | 95 | 270 | 45 | 5 | 550 |
| Variable expenses | (75) | 0 | (110) | (15) | (60) | (35) | (25) | (25) | (15) | (20) | (60) | (5) | (445) |
| Variable Profit | (70) | 0 | (90) | 85 | (60) | (25) | (25) | (25) | 80 | 250 | (15) | 0 | 105 |
| Variable Profit % | -1400% | 0% | -450% | 85% | 0% | -250% | 0% | 0% | 84% | 93% | -33% | 0% | 19% |

D7

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT D – Agriculture ~~and Educational Institutions~~ Methodology

#### Allocate revenue

**Assumptions:**

Revenue recorded prior to October in any given year represents crops generated from the previous year's "crop season."
Revenue collected between October and December represents the sale of crops from the current "crop season."
The crop season in each year ran from April through September (6 months).

**Revenue Allocation**

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Sales in Subsequent Year | | | | 23 | 23 | 23 | 23 | 23 | 23 | | | | 140 |
| Revenue - Sales in Current Year | | | | 114 | 114 | 114 | 114 | 114 | 114 | | | | 685 |
| Variable expenses | (60) | (3) | (11) | (11) | (20) | (30) | (200) | (125) | (100) | (20) | (20) | (20) | (620) |
| Variable Profit | (60) | (3) | (11) | 127 | 118 | 108 | (63) | 13 | 38 | (20) | (20) | (20) | 205 |
| Variable Profit % | - | - | - | 92% | 85% | 78% | -45% | 9% | 27% | - | - | - | 25% |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Sales in Subsequent Year | | | | 22 | 22 | 22 | 22 | 22 | 22 | | | | 130 |
| Revenue - Sales in Current Year | | | | 83 | 83 | 83 | 83 | 83 | 83 | | | | 500 |
| Variable expenses | 0 | (5) | (10) | (15) | (10) | (25) | (85) | (115) | (100) | (10) | (20) | (20) | (415) |
| Variable Profit | 0 | (5) | (10) | 90 | 95 | 80 | 20 | (10) | 5 | (10) | (20) | (20) | 215 |
| Variable Profit % | - | - | - | 86% | 90% | 76% | 19% | -10% | 5% | - | - | - | 34% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Sales in Subsequent Year | | | | 38 | 38 | 38 | 38 | 38 | 38 | | | | 230 |
| Revenue - Sales in Current Year | | | | 58 | 58 | 58 | 58 | 58 | 58 | | | | 345 |
| Variable expenses | (75) | 0 | (80) | (15) | (60) | (35) | (25) | (25) | (15) | (20) | (60) | (5) | (415) |
| Variable Profit | (75) | 0 | (80) | 81 | 36 | 61 | 71 | 71 | 81 | (20) | (60) | (5) | 160 |
| Variable Profit % | - | - | - | 84% | 37% | 63% | 74% | 74% | 84% | - | - | - | 28% |

## Allocate variable expenses:

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Sales in Subsequent Year | 0 | 0 | 0 | 23 | 23 | 23 | 23 | 23 | 23 | 0 | 0 | 0 | 140 |
| Revenue - Sales in Current Year | 0 | 0 | 0 | 114 | 114 | 114 | 114 | 114 | 114 | 0 | 0 | 0 | 685 |
| Variable expenses | 0 | 0 | 0 | (103) | (103) | (103) | (103) | (103) | (103) | 0 | 0 | 0 | (620) |
| Variable Profit | 0 | 0 | 0 | 34 | 34 | 34 | 34 | 34 | 34 | 0 | 0 | 0 | 205 |
| Variable Profit % | - | - | - | 25% | 25% | 25% | 25% | 25% | 25% | - | - | - | 25% |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Sales in Subsequent Year | 0 | 0 | 0 | 22 | 22 | 22 | 22 | 22 | 22 | 0 | 0 | 0 | 130 |
| Revenue - Sales in Current Year | 0 | 0 | 0 | 83 | 83 | 83 | 83 | 83 | 83 | 0 | 0 | 0 | 500 |
| Variable expenses | 0 | 0 | 0 | (69) | (69) | (69) | (69) | (69) | (69) | 0 | 0 | 0 | (415) |
| Variable Profit | 0 | 0 | 0 | 36 | 36 | 36 | 36 | 36 | 36 | 0 | 0 | 0 | 215 |
| Variable Profit % | - | - | - | 34% | 34% | 34% | 34% | 34% | 34% | - | - | - | 34% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Sales in Subsequent Year | 0 | 0 | 0 | 38 | 38 | 38 | 38 | 38 | 38 | 0 | 0 | 0 | 230 |
| Revenue - Sales in Current Year | 0 | 0 | 0 | 58 | 58 | 58 | 58 | 58 | 58 | 0 | 0 | 0 | 345 |
| Variable expenses | 0 | 0 | 0 | (69) | (69) | (69) | (69) | (69) | (69) | 0 | 0 | 0 | (415) |
| Variable Profit | 0 | 0 | 0 | 27 | 27 | 27 | 27 | 27 | 27 | 0 | 0 | 0 | 160 |
| Variable Profit % | - | - | - | 28% | 28% | 28% | 28% | 28% | 28% | - | - | - | 28% |

D8

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT D – Agriculture ~~and Educational Institutions~~ Methodology

**Step 1 and Step 2 compensation**

Optimum benchmark period is May to December

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Benchmark Period (Average 2008 and 2009)** | | | | | | | | | | | | | |
| Revenue | 0 | 0 | 0 | 121 | 121 | 121 | 121 | 121 | 121 | 0 | 0 | 0 | 728 |
| Variable expenses | 0 | 0 | 0 | (86) | (86) | (86) | (86) | (86) | (86) | 0 | 0 | 0 | (518) |
| Variable Profit | 0 | 0 | 0 | 35 | 35 | 35 | 35 | 35 | 35 | 0 | 0 | 0 | 210 |
| Variable Profit % | - | - | - | 29% | 29% | 29% | 29% | 29% | 29% | - | - | - | 29% |
| | | | | | | | | | | | | | |
| **Compensation Period (2010)** | | | | | | | | | | | | | |
| Revenue | 0 | 0 | 0 | 96 | 96 | 96 | 96 | 96 | 96 | 0 | 0 | 0 | 575 |
| Variable expenses | 0 | 0 | 0 | (69) | (69) | (69) | (69) | (69) | (69) | 0 | 0 | 0 | (415) |
| Variable Profit | 0 | 0 | 0 | 27 | 27 | 27 | 27 | 27 | 27 | 0 | 0 | 0 | 160 |
| Variable Profit % | - | - | - | 28% | 28% | 28% | 28% | 28% | 28% | - | - | - | 28% |

**Step 1**
Optimum Period identified as May to Dec

| | |
|---|---|
| Total variable profit May to December (Benchmark) | 175 |
| Total variable profit May to December (Compensation) | 133 |
| Step 1 Compensation (pre-RTP) | 42 |

**Step 2**
Optimum Period from May to December, 2008 and 2009

| | | |
|---|---|---|
| Revenue Jan 2010 to April 2010 | 96 | |
| Revenue Jan to April (average for 2008 & 2009) | 121 | |
| Revenue increase/(decrease) | (25) | |
| Revenue Increase/(decrease) Percentage | -21% | |
| Claimant Specific Growth Factor | -2% | [Max of 10%, Min of -2%] |
| General Adjustment Factor | 2% | |

| | |
|---|---|
| Average Revenue for the Benchmark Period (May-Dec 2008 & 2009) | 606 |
| Incremental Revenue | 0 |
| Average Variable profit for Benchmark Period (May-Dec 2008 & 2009) | 29% |
| Step 2 compensation (pre-RTP) | 0 |

~~In the context of achieving sufficient matching to realistic measurement of economic loss for agriculture and educational claims, this methodology deviates from the calculation described in Exhibit 4C of the Settlement Agreement in the following respects:~~

- ~~The Step 1 calculation is amended as follows:~~
  - ~~The comparison of three or more comparable months of the Benchmark and Compensation Periods in calculating Step 1 compensation is eliminated, replaced by comparing the average annual Variable Profit of the Benchmark Period to the annual Variable Profit of the Compensation Period. Average annual Variable Profit of the Benchmark Period comprises the revenue less variable expenses from May to April of~~

D9

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT D – Agriculture ~~and Educational Institutions~~ Methodology

~~2009/10 only; average of 2009/10 and 2008/09; or average of 2009/10, 2008/09 and 2007/08. Annual Variable Profit for the Compensation Period is the variable profit reported for the year May 2010 to April 2011.~~

- ~~The Step 2 calculation is amended as follows:~~
  - ~~The Claimant Specific Factor will be computed based on those years included in the contemporaneous P&Ls presented by the claimant. It will be based on the average historical growth year over year, for those years presented in the Benchmark Period. Where only one year of contemporaneous P&Ls are provided, no growth can be computed and the claimant will be provided a Claimant Specific Factor of 0%. If the calculated Claimant Specific Factor falls below -2% or exceeds +10%, then it will be set at -2% or +10%, as applicable.~~
  - ~~The Claimant Specific Factor, adjusted for the General Adjustment Factor of 2%, will be applied to the average annual revenue (May through April) of those years presented in the Benchmark Period (i.e., over the same years used to compute the Claimant Specific Factor), rather than a six to eight month consecutive period between May and December of the Benchmark Period.[18]~~

~~The Agriculture and Educational Institutions Methodology shall be applied to adjust a claimant's contemporaneous P&Ls that have been deemed not to be "sufficiently matched." This methodology will not apply to claims whose submitted P&Ls have been deemed "sufficiently matched," which claims will be processed under the methodology set forth in Exhibit 4C, utilizing the contemporaneous P&Ls. This methodology does not apply to an agriculture claimant or educational institution claimant that meets the definition of a Start-Up Business, Failed Business or Failed Start-up Business.~~

---

~~[18] Under the Settlement Agreement, for a claimant that chooses a seven consecutive-month or eight consecutive-month period in Step 1, the same period of identical consecutive months must be used for Step 2.~~

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT D – Agriculture ~~and Educational Institutions~~ Methodology

~~**Agriculture Methodology**~~

~~1.~~ ~~The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.~~

~~2.~~ ~~If the CSSP Accounting Vendor identifies an error(s)[19] in how the claimant has accounted for revenue or variable expenses, correcting entries will be made to the P&Ls to assign revenue and variable expenses to the appropriate month.  Where revenue has been restated a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the revenue pattern test per Exhibit 4B of the Settlement Agreement.~~

~~3.~~ ~~If adjustments made in accord with 2. above result in revised P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 4C using such P&Ls.~~

~~If adjustments made in accord with 2. above result in revised P&Ls that are not deemed to be sufficiently matched, the claim will be analyzed under the Agriculture or Educational Institutions Methodology (based on the claimant's industry) as follows:~~

~~Step 1 Calculation:~~

~~a.~~ ~~Variable Profit per Benchmark Period~~

~~i.~~ ~~Benchmark Period Variable Profit will be computed based on the contemporaneous P&Ls as provided by the claimant (as adjusted in accord with 2 above), for the periods May 2007 to April 2008 ("2007/08"), May 2008 to April 2009 ("2008/09") and May 2009 to April~~

---

~~[19] "Errors" will be defined as accounting transactions that have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying accounting principles (recognizing the basis (e.g., accrual, cash, modified cash, income tax) of accounting used by the claimant); oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories.  In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors, if the entries were made in good faith with the best available information at the time.~~

D11

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT D – Agriculture and Educational Institutions Methodology

2010 ("2009/10"), by deducting variable expenses (as defined in the Settlement Agreement) from revenue.

   ii.   The average Variable Profit for the Optimum Benchmark Years will be computed.

b.  Variable Profit per Compensation Period

   i.   Compensation Period Variable Profit will be computed based on the contemporaneous P&Ls provided by the claimant (as adjusted in accord with 2 above), for the period May 2010 to April 2011 by deducting variable expenses (as defined in the Settlement Agreement) from revenue.

c.  Step 1 compensation

   i.   Average annual Variable Profit for the Optimum Benchmark Years will be compared to the annual Variable Profit for the Compensation.  The difference represents Step 1 Compensation, prior to applying the applicable Risk Transfer Premium ("RTP").

Step 2 Calculation:

a.  Claimant provides contemporaneous P&Ls for the years 2007 to 2011

   i.   The growth or decline in revenue as stated on the claimant's contemporaneous P&Ls (as amended for accounting errors noted at 2. above) between the year May 2007 to April 2008, and May 2008 and April 2009, will be calculated.

   ii.   The growth or decline in revenue as stated on the claimant's contemporaneous P&Ls (as amended for accounting errors noted at 2. above) between the year May 2008 to April 2009, and May 2009 and April 2010, will be calculated.

   iii.   A simple average of the percentage gains computed for both periods (growth or decline) will be computed by dividing the sum of the two numbers by two.  The resultant percentage represents the Claimant Specific Factor.  If the calculated number falls below -2% or exceeds +10%, then the Claimant Specific Factor will be set at -2% or +10% as applicable.

   iv.   Incremental Revenue will be calculated by multiplying the average annual revenue for the years May 2007-April 2008, May 2008-April 2009 and May 2009-April 2010 (i.e., the

D12

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT D – Agriculture ~~and Educational Institutions~~ Methodology**

> ~~same period that the Claimant Specific Factor was computed) by the sum of the Claimant Specific Factor (computed at iii. above) and the General Adjustment Factor of +2%.~~

> v. ~~Variable Margin will be computed by dividing the total Variable Profit for the three year period May 2007 to April 2010 by total revenue for the same period.~~

> vi. ~~Incremental revenue (computed at iv. above) multiplied by the calculated Variable Margin (computed at v. above) represents the Step 2 compensation pre-RTP adjustment.~~

b. ~~Claimant provides contemporaneous P&Ls for the years 2008 to 2011~~

> i. ~~The increase or decline in revenue as stated on the claimant's contemporaneous P&Ls (as amended for accounting errors noted at 2. above) between the year May 2008 to April 2009, and May 2009 and April 2010, will be calculated. The resultant percentage represents the Claimant Specific Factor. If the calculated number falls below -2% or exceeds +10%, then the Claimant Specific Factor will be set at -2% or +10% as applicable.~~

> ii. ~~Incremental Revenue will be calculated by multiplying the average annual revenue for the years May 2008-April 2009 and May 2009-April 2010 (i.e., the same period that the Claimant Specific Factor was computed) by the sum of the Claimant Specific Factor (computed at i. above) and the General Adjustment Factor of +2%.~~

> iii. ~~Variable Margin will be computed by dividing the total Variable Profit for the two year period May 2008 to April 2010 by total revenue for the same period.~~

> iv. ~~Incremental revenue (computed at ii. above) multiplied by the calculated Variable Margin (computed at iii. above) represents the Step 2 compensation pre-RTP adjustment.~~

c. ~~Claimant provides contemporaneous P&Ls for the years 2009 to 2011~~

> i. ~~Claimants will be given a Claimant Specific Factor of 0%.~~

> ii. ~~Incremental Revenue will be computed by multiplying the annual revenue for the year May 2009-April 2010 by the sum of the Claimant Specific Factor (0%) and the General Adjustment Factor of +2%.~~

D13

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT D – Agriculture ~~and Educational Institutions~~ Methodology**

~~iii.     Variable Margin will be computed by dividing Variable Profit for the year May 2009 to April 2010 by total revenue for the same period.~~

~~iv.     Incremental revenue (computed at ii. above) multiplied by the calculated Variable Margin (computed at iii. above) represents the Step 2 compensation pre-RTP adjustment.~~

~~**Educational Institutions Methodology**~~

~~Claimants deemed "Educational Institutions" will follow the same methodology as that set out above for Agriculture claimants, but results will not be evaluated using annual results from May to April of any given year.  Instead, the CSSP Accounting Vendors will assess the business to identify the unique "academic year" (e.g., "August to July").  The academic year will be utilized to evaluate annual results.~~

D14

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT D – Agriculture ~~and Educational Institutions~~ Methodology

**Illustrative Example – Agriculture Claims**

Assume that the claimant has an Optimal Benchmark Period the average of 2007/08, 2008/2009 and 2009/10.  Applying the Methodology described above to the contemporaneous P&Ls, the calculation of compensation is set forth below:

| 2007 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 25 | 60 | 5 | 5 | 0 | 5 | 5 | 35 | 125 | 325 | 50 | 200 | 840 |
| Variable expenses | 60 | 3 | 11 | 11 | 20 | 30 | 5 | 15 | 225 | 150 | 20 | 50 | 600 |
| Variable profit | (35) | 57 | (6) | (6) | (20) | (25) | 0 | 20 | (100) | 175 | 30 | 150 | 240 |
| Variable profit as a % of revenue | -140% | 95% | -120% | -120% | 0% | -500% | 0% | 57% | -80% | 54% | 60% | 75% | 29% |

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 60 | 15 | 0 | 0 | 0 | 5 | 15 | 35 | 25 | 70 | 100 | 515 | 840 |
| Variable expenses | 60 | 3 | 11 | 11 | 20 | 30 | 5 | 15 | 35 | 20 | 20 | 450 | 680 |
| Variable profit | 0 | 12 | (11) | (11) | (20) | (25) | 10 | 20 | (10) | 50 | 80 | 65 | 160 |
| Variable profit as a % of revenue | 0% | 80% | 0% | 0% | 0% | -500% | 67% | 57% | -40% | 71% | 80% | 13% | 19% |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 0 | 15 | 5 | 5 | 0 | 395 | 85 | 25 | 5 | 100 | 30 | 220 | 885 |
| Variable expenses | 0 | 5 | 10 | 15 | 10 | 25 | 85 | 215 | 15 | 10 | 20 | 110 | 520 |
| Variable profit | 0 | 10 | (5) | (10) | (10) | 370 | 0 | (190) | (10) | 90 | 10 | 110 | 365 |
| Variable profit as a % of revenue | 0% | 67% | -100% | -200% | 0% | 94% | 0% | -760% | -200% | 90% | 33% | 50% | 41% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 5 | 0 | 20 | 0 | 0 | 10 | 0 | 0 | 95 | 270 | 45 | 5 | 450 |
| Variable expenses | 75 | 0 | 110 | 15 | 60 | 35 | 25 | 25 | 15 | 20 | 60 | 5 | 445 |
| Variable profit | (70) | 0 | (90) | (15) | (60) | (25) | (25) | (25) | 80 | 250 | (15) | 0 | 5 |
| Variable profit as a % of revenue | -1400% | 0% | -450% | 0% | 0% | -250% | 0% | 0% | 84% | 93% | -33% | 0% | 1% |

| 2011 | Jan | Feb | Mar | Apr |
|---|---|---|---|---|
| Revenue | 125 | 230 | 40 | 5 |
| Variable expenses | 0 | 425 | 5 | 20 |
| Variable profit | 125 | (195) | 35 | (15) |
| Variable profit as a % of revenue | 100% | -85% | 88% | -300% |

**Benchmark Period Revenue - May 2007 to April 2010**
**Compensation Period Revenue - May 2010 to April 2011**

D15

# BEL Claims – Matching of Revenues and Expenses

## ATTACHMENT D – Agriculture ~~and Educational Institutions~~ Methodology

~~The Step 1 and Step 2 compensation would be computed as follows:~~

**Compensation Calculation  - Step 1**

| | | |
|---|---|---|
| Average Annual Revenue in Benchmark Period | 832 | |
| Average Annual Variable Expenses in Benchmark Period | 638 | |
| Average Variable Profit in Benchmark Period | 193 | [A] |
| Average Variable Profit Percentage in Benchmark Period | 23% | |
| | | |
| Revenue in Compensation Period | 825 | |
| Variable Expenses in Compensation Period | 695 | |
| Variable Profit in Compensation Period | 130 | [B] |
| Variable Profit Percentage in Compensation Period | 16% | |
| | | |
| Difference in variable profit from Benchmark to Compensation Period | 63 | [A-B] |
| Total Step 1 compensation Pre-RTP | **63** | |

**Compensation Calculation - Step 2**

*Claimant Provided 3 years in the Benchmark Period*

| | | |
|---|---|---|
| Revenue May 2007 to April 2008 | 820 | [C] |
| Revenue May 2008 to April 2009 | 790 | [D] |
| Growth / (decline) in revenue | (30) | [E=D-C] |
| Percentage growth / (decline) in revenue | -4% | [F=E/C] |
| Revenue May 2008 to April 2009 | 790 | [G] |
| Revenue May 2009 to April 2010 | 885 | [H] |
| Growth / (decline) in revenue | 95 | [J=H-G] |
| Percentage growth / (decline) in revenue | 12% | [K=J/G] |
| Claimant Specific Factor | 4% | [L=(K+F)/2] |
| General Adjustment Factor | 2% | [M] |
| Adjusted Growth Factor | 6% | [N=L+M] |
| Average Annual Revenue for Benchmark Period (May 2007- April 2010) | 832 | [O] |
| Incremental Revenue | 51 | [P=N*O] |
| Average Variable Profit Margin during Benchmark Period | 23% | |
| **Adjusted Step 2 Compensation (pre-RTP)** | **12** | |

D16

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT ED – ~~Agriculture and~~ Educational Institutions Methodology**

The methodology outlined below – "the Educational Institutions Methodology" – is a deviation from the Annual Variable Margin Methodology described in Attachment B.  The majority of educational institution claims presented to the program to date have maintained books and records on a cash basis.

While attendees at K-12 educational institutions are commonly billed for an academic year's tuition, colleges and universities may bill an attendee on a semester or trimester basis.  The timing of payments received for such tuition can vary from an upfront payment to cover the entire tuition period, or under a payment plan that permits monthly or quarterly payments, or for each semester/trimester.  Matching issues arise when tuition fees are recorded and/or paid on a claimant's P&Ls in months different from when the education ~~tuition is~~ is provided and expenses are incurred and/or recorded.  The Educational Institutions Methodology calls, therefore, to ~~re~~allocate revenues in order to better achieve sufficient matching of revenue and expenses.  Variable expenses will also be allocated to those periods when the revenue was earned.

This Educational Institutions Methodology shall be applied to adjust an educational institution claimant's contemporaneous P&Ls that have been deemed not to be "sufficiently matched."  This methodology will not apply to claimants that submitted P&Ls deemed "sufficiently matched," which claims will be processed under the methodology set forth in Exhibit 4C of the Settlement Agreement, utilizing the contemporaneous P&Ls (restated for identified errors).  This revised methodology does not apply to an educational institution claimant that meets the definition of a Start-Up Business, Failed Business or Failed Start-up Business.

The approach outlined below does not alter the structure as to how compensation is calculated under the Settlement Agreement but does amend the P&Ls utilized in such calculations.  The calculations

546 of 838

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT ED – ~~Agriculture and~~ Educational Institutions Methodology**

of both Step 1 and Step 2 compensation will be consistent with that prescribed by Exhibit 4C of the Settlement Agreement.

**Educational Institutions Methodology**

1.     The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2.1.

2.     If the CSSP Accounting Vendor identifies an error(s)[20] in how the claimant has accounted for revenue or variable expenses, correcting entries will be made to the P&Ls to restate revenue and variable expenses to the appropriate month.  Where revenue has been restated a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the Revenue Pattern Test per Exhibit 4B of the Settlement Agreement.

3.     If adjustments made in accord with 2. above result in restated P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 4C of the Settlement Agreement using such P&Ls.

4.     If adjustments made in accord with 2. above result in restated P&Ls that are not deemed to be sufficiently matched, the claim will be analyzed under the Educational Institutions Methodology as follows:

---

[20] "Errors" will be defined as accounting transactions that have been identified in the ordinary course of processing to have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying accounting principles; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories. Recognizing that the Settlement Agreement does not mandate that the P&Ls be based on GAAP or any particular basis of accounting, the CSSP will analyze the P&Ls under the basis (e.g., accrual, cash, modified cash, income tax, etc.) of accounting used by the claimant in the normal course of business and reflected in the contemporaneous P&Ls. In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors if the entries were made in good faith with the best available information at the time.

ED2

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT ED – ~~Agriculture and~~ Educational Institutions Methodology**

a.   Allocation of revenue:

i.   An evaluation of the claimant's tuition fee arrangements (i.e., payments for annual tuition, an individual semester, or multiple semesters) will be performed to understand the time period for which the student tuition amount applies.  In addition, the frequency of payment (i.e., advanced payment in full, or a payment plan that spreads the tuition amount over a period of time) will be understood through discussions with the claimant and / or third parties, and receipt and analysis of supporting documentation.

ii.   Revenue recorded on the claimant's contemporaneous P&Ls will be analyzed to determine the months covered by the tuition paid.  This will require the claimant to provide additional information (e.g., reports from student admission records, student enrollment information, student fee accounts, tuition sub-ledgers) in order to break out the recorded revenue into the various categories of students by payment frequency (e.g., annual payment, semester/trimester payment, monthly payment plan) and identify the time period covered by the tuition.

iii.   Based on the analysis performed at ii. above, monthly revenue will be ~~re~~allocated on a straight line basis to those months covered by the tuition.  For example:

   o   A payment made in July 2009 for the academic year running from September 2009 to June 2010 will be allocated on a straight line basis over the 10 months September 2009 to June 2010.

   o   A payment made in September 2009 for a semester that runs from September 2009 through December 2009, will be allocated on a straight line basis over the 4 month period September 2009 to December 2009.

iv.   CSSP Accounting Vendors will obtain support from the claimant with regard to the academic year or semester dates, but will exercise professional judgment ~~to~~in determine the appropriate months to allocate revenue to.  For example:

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT ED – ~~Agriculture and~~ Educational Institutions Methodology**

> > o    If a term commences on August 30, 2009, September 2009 will most likely be the first month to which revenue is allocated.
>
> > o    If a term ends on June 3, 2010, May 2010 will most likely be the last date to which revenue is allocated.

   v.    As a consequence of allocating revenue based on an academic year (i.e., months covered by the tuition) claimants that provide 2007 P&L data, will be required to provide P&Ls and additional information related to 2006, if tuition payments received and recorded in 2006 are for classes attended in 2007.

   vi.    On completion of steps i. through v. above, revenue will be allocated for each year of the Benchmark Period and Compensation Period (2007, 2008, 2009 and 2010 (as provided)).

   vii.    As a consequence of revenue being restated or allocated, a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the Revenue Pattern Test per Exhibit 4B of the Settlement Agreement.  For claimant's required to satisfy the customer mix test, the allocation of revenue per step iii. above will require that the identity of individual students be tracked with the allocation of revenue.

 b.    Allocation of variable expenses:

   i.    Variable expenses during each Fiscal Year included in the Benchmark Period and the Compensation Period will be allocated to individual months based on that month's allocated revenue as a percentage of total allocated revenue for the same 12- month Fiscal Year.  This approach results in a consistent variable profit margin for each month of any given Fiscal Year.  The calculation is as follows:

    •    Monthly ~~c~~Corresponding ~~v~~Variable ~~e~~Expenses for each Fiscal Year included in the Benchmark Period will be calculated based on the percentage relationship between the sum of all variable expenses for the three Fiscal Years (as provided) and total allocated revenue for the same Fiscal Year.  This will yield a separate ~~v~~Variable ~~e~~Expense percentage for each Fiscal Year included in the Benchmark Period.

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT ED – Agriculture and Educational Institutions Methodology**

- This variable expense percentage (specific for each individual Fiscal Year of the Benchmark Period) is applied to the specific monthly allocated revenue amounts in the Benchmark Period to calculate the cCorresponding vVariable eExpenses for each month.

- Monthly cCorresponding vVariable eExpenses during the Compensation Period will be calculated based on the percentage relationship between the sum of all variable expenses for each Fiscal Year included in the Compensation Period and total allocated revenue for the same period.

- This variable expense percentage is applied to the specific monthly allocated revenue amounts for each Fiscal Year included in the Compensation Period to calculate the cCorresponding vVariable eExpenses for each month.

c. Variable Margin – (Calculated for the Benchmark Period only for Step 2 compensation calculation):

   i. Sum Variable Profit from May through December of the periods selected by the claimant to be used for the Benchmark Period (i.e. Optimal Benchmark Period).

   ii. Sum total revenue from May through December of the periods selected by the claimant to be used for the Benchmark Period. (i.e. Optimal Benchmark Period).

   iii. Calculate Variable Margin percent as Variable Profit calculated in (i) divided by total revenue calculated in (ii).

5. The P&Ls, allocated for the Revenues and vVariable eExpenses calculated in accord with Step 4 above, are utilized as the input for calculating compensation under Exhibit 4C of the Settlement Agreement:

   o Step 1 of the compensation calculation is determined as the difference in Variable Profit between the 2010 Compensation Period selected by the claimant and the Variable Profit over the comparable months of the Benchmark Period.  The Compensation Period is

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT ED – ~~Agriculture and~~ Educational Institutions Methodology**

selected by the claimant to include three or more consecutive months between May 2010 and December 2010.

o   Step 2 of the compensation calculation is based on the claimant's growth in revenue in January 2010 through April of 2010 relative to the same months in the claimant-selected Benchmark Period.  The claimant may select a six-consecutive month period between May 2010 to December 2010, unless the claimant chose a seven-consecutive-month or eight-consecutive-month period in Step 1, in which case that same period of identical consecutive months shall be used for Step 2:

▪   To compute the Claimant Specific Factor, the total revenue from January 2010 to April 2010 will be compared to January to April revenue of the Optimum Benchmark Period (i.e., 2009; average of 2008/2009; or average of 2007/2008/2009).

## BEL Claims – Matching of Revenues and Expenses

## ATTACHMENT ED – Agriculture and Educational Institutions Methodology

### Illustrative Example – Educational Claims

Assume that the claimant has an Optimal Benchmark Period of select months in 2008 and 2009.

The contemporaneous P&Ls provided by the claimant:

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| Revenue | 300 | 0 | 0 | 0 | 0 | 0 | 300 | 800 | 800 | 0 | 0 | 0 | 2,200 |
| Variable expenses | (100) | (125) | (125) | (100) | (25) | (100) | 0 | (10) | (150) | (125) | (175) | (125) | (1,160) |
| Variable Profit | 200 | (125) | (125) | (100) | (25) | (100) | 300 | 790 | 650 | (125) | (175) | (125) | 1,040 |
| Variable Profit % | 67% | 0% | 0% | 0% | 0% | 0% | 100% | 99% | 81% | 0% | 0% | 0% | 47% |
| **2009** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
| Revenue | 400 | 0 | 0 | 0 | 0 | 0 | 800 | 500 | 200 | 0 | 0 | 0 | 1,900 |
| Variable expenses | (125) | (125) | (150) | (125) | (150) | (125) | 0 | (25) | (175) | (200) | (175) | (175) | (1,550) |
| Variable Profit | 275 | (125) | (150) | (125) | (150) | (125) | 800 | 475 | 25 | (200) | (175) | (175) | 350 |
| Variable Profit % | 69% | 0% | 0% | 0% | 0% | 0% | 100% | 95% | 13% | 0% | 0% | 0% | 18% |
| **2010** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
| Revenue | 375 | 0 | 0 | 0 | 0 | 0 | 100 | 500 | 500 | 100 | 0 | 0 | 1,575 |
| Variable expenses | (100) | (125) | (150) | (125) | (100) | (100) | (10) | (15) | (125) | (150) | (125) | (150) | (1,275) |
| Variable Profit | 275 | (125) | (150) | (125) | (100) | (100) | 90 | 485 | 375 | (50) | (125) | (150) | 300 |
| Variable Profit % | 73% | 0% | 0% | 0% | 0% | 0% | 90% | 97% | 75% | -50% | 0% | 0% | 19% |

# BEL Claims – Matching of Revenues and Expenses

## ATTACHMENT FE – Professional Services Methodology

**Assumptions:**

January revenue relates to tuition fees for students who will attend the institution between January and April

Revenue collected between July and October represents tuition fees for students who will attend the educational institution from September to June

Revenue of $1000 was collected between July and September 2007 that related to the academic year September 2007 to June 2008

### Revenue Allocation

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Semester Students | 75 | 75 | 75 | 75 | | | | | | | | | 300 |
| Revenue - Yearly Students | 100 | 100 | 100 | 100 | 100 | 100 | | | 190 | 190 | 190 | 190 | 1,360 |
| Variable expenses | (100) | (125) | (125) | (100) | (25) | (100) | 0 | (10) | (150) | (125) | (175) | (125) | (1,160) |
| Variable Profit | 75 | 50 | 50 | 75 | 75 | 0 | 0 | (10) | 40 | 65 | 15 | 65 | 500 |
| Variable Profit % | 43% | 29% | 29% | 43% | 75% | 0% | - | - | 21% | 34% | 8% | 34% | 30% |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Semester Students | 100 | 100 | 100 | 100 | | | | | | | | | 400 |
| Revenue - Yearly Students | 190 | 190 | 190 | 190 | 190 | 190 | | | 150 | 150 | 150 | 150 | 1,740 |
| Variable expenses | (125) | (125) | (150) | (125) | (150) | (125) | 0 | (25) | (175) | (200) | (175) | (175) | (1,550) |
| Variable Profit | 165 | 165 | 140 | 165 | 40 | 65 | 0 | (25) | (25) | (50) | (25) | (25) | 590 |
| Variable Profit % | 57% | 57% | 48% | 57% | 21% | 34% | - | - | -17% | -33% | -17% | -17% | 28% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Semester Students | 94 | 94 | 94 | 94 | | | | | | | | | 375 |
| Revenue - Yearly Students | 150 | 150 | 150 | 150 | 150 | 150 | | | 120 | 120 | 120 | 120 | 1,380 |
| Variable expenses | (100) | (125) | (150) | (125) | (100) | (100) | 0 | (15) | (125) | (150) | (125) | (150) | (1,275) |
| Variable Profit | 144 | 119 | 94 | 119 | 50 | 50 | (10) | (15) | (5) | (30) | (5) | (30) | 480 |
| Variable Profit % | 59% | 49% | 38% | 49% | 33% | 33% | - | - | -4% | -25% | -4% | -25% | 27% |

### Variable Expense Allocation

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Semester Students | 75 | 75 | 75 | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300 |
| Revenue - Yearly Students | 100 | 100 | 100 | 100 | 100 | 100 | 0 | 0 | 190 | 190 | 190 | 190 | 1,360 |
| Variable expenses | (122) | (122) | (122) | (122) | (70) | (70) | 0 | 0 | (133) | (133) | (133) | (133) | (1,160) |
| Variable Profit | 53 | 53 | 53 | 53 | 30 | 30 | 0 | 0 | 57 | 57 | 57 | 57 | 500 |
| Variable Profit % | 30% | 30% | 30% | 30% | 30% | 30% | - | - | 30% | 30% | 30% | 30% | 30% |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Semester Students | 100 | 100 | 100 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 400 |
| Revenue - Yearly Students | 190 | 190 | 190 | 190 | 190 | 190 | 0 | 0 | 150 | 150 | 150 | 150 | 1,740 |
| Variable expenses | (210) | (210) | (210) | (210) | (138) | (138) | 0 | 0 | (109) | (109) | (109) | (109) | (1,550) |
| Variable Profit | 80 | 80 | 80 | 80 | 52 | 52 | 0 | 0 | 41 | 41 | 41 | 41 | 590 |
| Variable Profit % | 28% | 28% | 28% | 28% | 28% | 28% | - | - | 28% | 28% | 28% | 28% | 28% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Semester Students | 94 | 94 | 94 | 94 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 375 |
| Revenue - Yearly Students | 150 | 150 | 150 | 150 | 150 | 150 | 0 | 0 | 120 | 120 | 120 | 120 | 1,380 |
| Variable expenses | (177) | (177) | (177) | (177) | (109) | (109) | 0 | 0 | (87) | (87) | (87) | (87) | (1,275) |
| Variable Profit | 67 | 67 | 67 | 67 | 41 | 41 | 0 | 0 | 33 | 33 | 33 | 33 | 480 |
| Variable Profit % | 27% | 27% | 27% | 27% | 27% | 27% | - | - | 27% | 27% | 27% | 27% | 27% |

## BEL Claims – Matching of Revenues and Expenses

## ATTACHMENT FE – Professional Services Methodology

| Step 1 & Step 2 Compensation | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Benchmark Period (Average 2008 and 2009)** | | | | | | | | | | | | | |
| Revenue | 233 | 233 | 233 | 233 | 145 | 145 | 0 | 0 | 170 | 170 | 170 | 170 | 1,900 |
| Variable expenses | (166) | (166) | (166) | (166) | (104) | (104) | 0 | 0 | (121) | (121) | (121) | (121) | (1,355) |
| Variable Profit | 66 | 66 | 66 | 66 | 41 | 41 | 0 | 0 | 49 | 49 | 49 | 49 | 545 |
| Variable Profit % | 29% | 29% | 29% | 29% | 28% | 28% | - | - | 29% | 29% | 29% | 29% | 29% |
| | | | | | | | | | | | | | |
| **Compensation Period (2010)** | | | | | | | | | | | | | |
| Revenue | 244 | 244 | 244 | 244 | 150 | 150 | 0 | 0 | 120 | 120 | 120 | 120 | 1,755 |
| Variable expenses | (177) | (177) | (177) | (177) | (109) | (109) | 0 | 0 | (87) | (87) | (87) | (87) | (1,275) |
| Variable Profit | 67 | 67 | 67 | 67 | 41 | 41 | 0 | 0 | 33 | 33 | 33 | 33 | 480 |
| Variable Profit % | 27% | 27% | 27% | 27% | 27% | 27% | - | - | 27% | 27% | 27% | 27% | 27% |

**Step 1**
Optimum Period identified as May to Dec

| | |
|---|---|
| Total variable profit May to December (Benchmark) | 280 |
| Total variable profit May to December (Compensation) | 213 |
| Step 1 Compensation (pre-RTP) | 66 |

**Step 2**
Optimum Period from May to December, 2008 and 2009

| | |
|---|---|
| Revenue Jan 2010 to April 2010 | 975 |
| Revenue Jan to April (average for 2008 & 2009) | 930 |
| Revenue increase/(decrease) | 45 |
| Revenue Increase/(decrease) Percentage | 5% |
| Claimant Specific Growth Factor | 5% [Max of 10%, Min of -2%] |
| General Adjustment Factor | 2% |

| | |
|---|---|
| Average Revenue for the Benchmark Period (May-Dec 2008 & 2009) | 970 |
| Incremental Revenue | 66 |
| Average Variable profit for Benchmark Period (May-Dec 2008 & 2009) | 29% |
| Step 2 compensation (pre-RTP) | 19 |

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT FE – Professional Services Methodology**

In considering options to resolve professional services claims that are not sufficiently matched, a deviation from the Annual Variable Margin Methodology described in Attachment B was required, existing methodology set forth in Exhibit 4C was deemed necessary, due to the nature of a professional services firm's business and how this translates into matching revenue with expenses in a way calculating compensation that reflects economic reality.  The methodology requires adjustments to a claimant's contemporaneous P&Ls if they are deemed not to be 'sufficiently matched.'  After making such adjustments, the restated P&Ls are utilized in calculating compensation applying a methodology consistent with Exhibit 4C of the Settlement Agreement.  The approach outlined below does not alter the structure as to how compensation is calculated but does, if matching issues are identified, amend the P&Ls utilized in such calculations.

The majority of professional services claims presented to the program to date have not maintained books and records on an accrual basis, but rather have been prepared predominantly on a modified cash basis.  As such, the timing of revenue recognized on the claimant's P&Ls may not correlate with the timing of activities performed to earn such revenue - e.g., advance payments or retainers may be received; progress or milestone invoices may be issued for fixed price contracts; and contingent fees may be paid, for example, on the successful outcome of a litigation matter or costs savings realized from a consulting engagement.  Recording revenue when cash is received in payment of such invoices can, therefore, result in considerable timing differences in the months that sales are recorded relative to when work was performed.  Similarly, expenses may also fluctuate.  For example, contract personnel (e.g., contract attorneys or paralegal personnel) may be hired to assist during periods of significant activity but invoices may be issued and paid several months later.  Further, experts may be appointed and paid an advance retainer, with a final invoice being issued and paid subsequent to them concluding their services. To effectively negate these 'matching' impacts an understanding of the fee arrangements, the hours/activity incurred by professional staff to perform the services, the duration of such activity, and how these activities compare to the timing of payments to or by the claimant is required.

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT FE – Professional Services Methodology**

The Professional Services Methodology shall be applied to adjust a claimant's contemporaneous P&Ls that have been deemed not to be "sufficiently matched." Claimants that submit P&Ls that are deemed "sufficiently matched" will be processed under the methodology set forth in Exhibit 4C of the Settlement Agreement, utilizing the contemporaneous P&Ls. Those claimants that submit P&Ls that are deemed not "sufficiently matched" will have the P&Ls adjusted to allocate revenue on a straight line basis over the period of the case/engagement, <u>unless</u> the claimant can submit appropriate, reliable and complete records that permit an alternative allocation of revenue based on when activity generating the revenue occurred. In professional services companies, this would correspond to periods when actual work on the matter/engagement was performed. Alternative information that the claimant may elect to present to demonstrate when effort was expended/hours were worked may include:

- Time and billing records maintained in the ordinary course of business that detail time worked by month by case/engagement are considered to be the most accurate and complete source of information.

- Other case/engagement records may provide sufficient information to 'reconstruct' when effort was expended/hours were worked in generating the revenue earned, such as: calendars, engagement letters, court filings, case summaries, trial dockets, court and deposition appearances, expert report submissions, project deliverables, transaction closure dates, contract execution dates, court approvals, and payment schedules and receipts.

It is expected that professional services claimants with time & material fee arrangements may maintain time and billing records in order to generate and support invoices presented to clients. It is recognized that some claimants retained under a fixed or contingent fee arrangement may or may not maintain detailed time records.

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT ~~F~~E – Professional Services Methodology**

Variable expenses will be allocated to each month of the Benchmark Period and the Compensation Period based on that month's percentage of total annual revenue, unless alternative documentation has been provided that supports when effort actually occurred.

The Professional Services Methodology does not apply to a professional services claimant that meets the definition of a Start-Up Business, Failed Business or Failed Start-Up Business.

**Professional Services Methodology**

1. The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2. If the CSSP Accounting Vendor identifies an error(s)[21] in how the claimant has accounted for either revenue or variable expenses, correcting entries will be made to the P&Ls to restate ~~assign~~ revenue or expenses to the appropriate month.

3. If adjustments made in accord with 2. above result in re~~vised~~stated P&Ls that are deemed sufficiently matched, the claim will be processed under the methodology set forth in Exhibit 4C of the Settlement Agreement.  However, if revenue has been restated in accord with 2. above, a causation analysis will be re-performed (if causation is not presumed).  If causation is presumed or

---

[21] "Errors" will be defined as accounting transactions that have been identified in the ordinary course of processing to have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying accounting principles; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories. Recognizing that the Settlement Agreement does not mandate that the P&Ls be based on GAAP or any particular basis of accounting, the CSSP will analyze the P&Ls under the basis (e.g., accrual, cash, modified cash, income tax, etc.) of accounting used by the claimant in the normal course of business and reflected in the contemporaneous P&Ls. In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors if the entries were made in good faith with the best available information at the time.

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT FE – Professional Services Methodology**

satisfied, the P&Ls (restated adjusted for errors) are utilized as the input for calculating

compensation under Exhibit 4C of the Settlement Agreement:

- o   Step 1 of the compensation calculation is determined as the difference between Variable Profit between the 2010 Compensation Period selected by the claimant and the Variable Profit over the comparable months of the Benchmark Period.  The Compensation Period is selected by the claimant to include three or more consecutive months between May 2010 and December 2010.

- o   Step 2 of the compensation calculation is based on the claimant's growth in revenue in January 2010 through April of 2010 relative to the claimant-selected Benchmark Period. The claimant may select a six-consecutive month period between May 2010 to December 2010, unless the claimant chose a seven-consecutive-month or eight-consecutive-month period in Step 1, in which case that same period of identical consecutive months in 2010 shall be used for Step 2.

4.   If adjustments made in accord with 2. above do not resolve matching issues, the P&Ls will be revised, as set forth below, re-allocating both revenue and expenses.

**Adjustments to Revenue**

Allocate Revenue on a straight line basis over the duration of the case/engagement

1.   If the claimant elects not to submit additional documentation, or provides documentation that, in the judgment of the Claims Administrator, does not permit the CSSP Accounting Vendors to reasonably estimate or verify the level of effort expended/hours worked in a given month, revenue will be re-allocated to each month on a straight line basis over the duration of the matter.

2.   An evaluation of the claimant's fee arrangements for all cases/engagements (i.e., time & materials, fixed fee, contingent fee, or a combination thereof) will be performed based on discussions and an assessment of additional records requested from the claimant.[22]   Information will be requested that includes, at a minimum, the client name, case/engagement name, commencement date, completion date, revenue recorded, generated, and the fee arrangement (time & materials, fixed fee, contingent fee or a combination thereof).  Given that

---

[22] The process for receiving, reviewing and maintaining information considered privileged in nature, or subject to confidentiality provisions, will be covered by a separate policy.

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT FE – Professional Services Methodology**

cases/engagements may have commenced prior to the Benchmark Period or were ongoing or closed after the Compensation Period, information required from claimants may extend prior to the Benchmark Period and subsequent to the Compensation Period.  Information must be provided by claimants to permit the CSSP Accounting Vendors to verify the commencement and completion date of cases/engagements.

3.    A matter will be considered to have commenced from the date of execution of an engagement letter or other indicia of commencement of the undertaking, and will be active through the date that a matter has been settled, or a final project deliverable has been submitted, and payment has been received, unless other information indicates an alternative date.  Other information could include, for example: evidence that work was commenced prior to the execution of an engagement letter or prior to other indicia of commencement of the undertaking, post-trial filings, appeals, a further negotiation of the amount ultimately paid, or presentations after issuance of a final report.

4.    In determining revenue generated for each matter, consideration will be given to the nature of the case/engagement, but in all instances will be net of any reimbursable expenses.  Revenue from time & material and fixed fee arrangements will be determined based on the engagement letter or other indicia of the nature and scope of work and invoice records.  For contingent fee arrangements, revenue will be based on the amount paid to the claimant as of the date the Claims Administrator analyzes the claim.  For contingent cases that remain open/unsettled as of the date the claim is being evaluated, no value will be assigned to such cases.

5.    For each case/engagement (or a subset thereof if, in the professional judgment of the CSSP Accounting Vendor, some projects are deemed immaterial to the compensation calculation) the revenue allocated to each month will equal revenue (determined in accord with 4 above) divided by the number of months that the case/engagement was worked on (as determined in accord with 3 above).

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT FE – Professional Services Methodology**

6.      Where revenue has been restated or allocated, a causation analysis will be re-performed (if

causation is not presumed) to confirm that the claimant meets the revenue pattern test per

Exhibit 4B of the Settlement Agreement.

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT FE – Professional Services Methodology**

Allocate Revenue based on Available Information

The claimant will have the option to submit documentation to the Claims Administrator if it believes such records can more accurately estimate the level of work/hours worked incurred in a given month, thereby permitting revenue to be reallocated based on such effort, rather than a straight line basis. The CSSP Accounting Vendors will assess such records and determine whether, in their professional judgment, such records are sufficiently adequate and complete to permit a reasonable estimation and verification of the level of effort expended/hours worked in a given month as it relates to each specific case/engagement.  If it is determined that such records permit a reasonable estimate of when effort was expended/hours were worked, revenue will be reallocated based on such efforts.  However, if not deemed sufficient to reasonably estimate when effort was expended/hours were worked, the CSSP Accounting Vendors will revert to reallocating revenue to each month on a straight line basis over the duration of the matter.

In considering what additional information a claimant may elect to submit to identify when effort was expended /hours were worked, the CSSP Accounting Vendors anticipates that this will most likely include time and billing records maintained by a claimant in the ordinary course of business.  In the absence of such records, other information may be utilized to estimate or 'reconstruct' when effort was expended/hours were worked.  Such information may include, but not be limited to, calendars, engagement letters, court filings, case summaries, court and deposition appearances, expert report submissions, transaction close dates, contract execution dates, project deliverables, court approvals, court/trial dates, and payment schedules and receipts.  The approach that will be followed is detailed below:

1.   An evaluation of the claimant's fee arrangements for all cases/engagements (i.e., time & materials, fixed fee, contingent fee, or a combination thereof) will be performed based on discussions with the claimant and / or third parties and an assessment of additional records requested from the

## **BEL Claims – Matching of Revenues and Expenses**

### **ATTACHMENT FE – Professional Services Methodology**

claimant.   Information will be requested that includes, at a minimum, the client, case/engagement name, commencement date, completion date, revenue recorded, generated, and the fee arrangement (time & materials, fixed fee, contingent fee or a combination thereof).  Given that cases/engagements may have commenced prior to the Benchmark Period or were ongoing or closed after the Compensation Period, information required from claimants may extend prior to the Benchmark Period and subsequent to the Compensation Period.

2.   Revenue will be allocated to each month of the Benchmark Period (2009, average of 2008/2009, or average of 2007/2008/2009) considered to run from May to April 2009/10; the average of 2008/09 2009/10; or the average of 2007/8 2009/10) and Compensation Period (2010) based on when work was actually performed.

3.   To identify when effort was expended/hours were worked the following steps will be performed:

a.   A detailed inventory of all engagements performed by the claimant will be obtained, and separated by the nature of the fee arrangement.

b.   The CSSP Accounting Vendors will, through inquiries of the claimant, and an evaluation of submitted documentation, determine if contemporaneous time and billing records were maintained by the claimant in sufficient detail to determine when effort was expendedsed/hours were worked on individual cases/engagements, or if practical a grouping of cases/engagements that had similar characteristics (e.g., commencement and completion date, or revenue recorded generated and paid).  If deemed sufficient, time and billing records will be utilized.

a.   If time and billing records were not maintained by the claimant in sufficient detail to determine and verify when effort was expended/hours were worked, the CSSP Accounting Vendor will consider the adequacy and completeness of other information provided and determine if sufficient to estimate and verify when effort was expended/hours were worked and allocate revenue

562 of 838

## **BEL Claims – Matching of Revenues and Expenses**

## **ATTACHMENT ~~F~~E – Professional Services Methodology**

Utilizing Time and Billing records to ~~re~~allocate revenue

1.      Any billing records submitted will be analyzed for each engagement.  Hours recorded by personnel for each individual case/engagement (or a subset thereof if, in the professional judgment of the CSSP Accounting Vendor, some projects are deemed immaterial to the compensation calculation) will be compared to the timing of revenue recognized.  Total revenue recorded ~~generated~~ from each case will be considered net of reimbursable expenses.  Total revenue recorded ~~generated~~ from each case/engagement will be ~~re~~allocated to each month based on the percentage of hours charged in that month relative to the total case/engagement hours.  An illustration of steps 1 and 2  is provided below:

**Illustrative example**
Provided below is an example that illustrates for one case/engagement how revenue will be reallocated based on the hours charged in a given month relative to total case/engagement hours.
The case/engagement commenced in January 2009 and work ceased in May 2010.  Total hours incurred on the case/engagement is 2,000.  Total revenue recorded was $500,000 that was paid in September 2010.

| | 2009 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Hours per Billing Records [A] | 100 | 50 | 10 | 10 | 225 | 45 | 45 | - | 100 | 350 | 50 | 50 |
| Percentage of Total Hours Billed [B = A/2000] | 5% | 3% | 1% | 1% | 11% | 2% | 2% | 0% | 5% | 18% | 3% | 3% |
| | | | | | | | | | | | | |
| Revenue (As submitted by Claimant) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Revenue (As restated) [B*$500,000] | $ 25,000 | $ 12,500 | $ 2,500 | $ 2,500 | $ 56,250 | $ 11,250 | $ 11,250 | $ - | $ 25,000 | $ 87,500 | $ 12,500 | $ 12,500 |
| | 2010 | | | | | | | | | | | |
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| Hours per Billing Records [A] | 50 | 50 | 75 | 350 | 440 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percentage of Total Hours Billed [B = A/2000] | 3% | 3% | 4% | 18% | 22% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| | | | | | | | | | | | | |
| Revenue (As submitted by Claimant) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 500,000 | $ - | $ - | $ - |
| Revenue (As restated) [B*$500,000] | $ 12,500 | $ 12,500 | $ 18,750 | $ 87,500 | $ 110,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Based upon the content and format of the time and billing records received, additional analysis may be performed including but not limited to comparison of pre-spill and post-spill:  monthly hours worked in assessing lost hours, if any; billing rates per engagement/case in assessing higher/lower rates, if any; changes in the overall variable profit margin between periods, if any; utilization mix of professional staff (including owners/partners); lines and/or types of services/engagements worked on; and length of project and value of settlements reached.

2.      For contingent fee cases that remain open/unsettled as of the date the claim is being evaluated, no value will be assigned to such cases.

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT FE – Professional Services Methodology**

3.     Where revenue has been restated and/or allocated, a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the revenue pattern test per Exhibit 4B of the Settlement Agreement.

Utilizing Engagement Records to reallocate revenue

1.     It is expected that claimants who bill for their services on operate under a Time & Materials fee basis arrangement will maintain time and billing records in order to create and support the invoice to their client.  Accordingly, it is assumed that the methodology set out below will most likely apply to fixed fee and contingent fee arrangements, or a combination of the two.  It should be noted that if a firm has a variety of fee arrangements including some performed on a time & materials basis, for which it maintained time and billing records, the revenue may (based on the professional judgment of the CSSP Accounting Vendors) be categorized by billing basis, bifurcated, and different records will be utilized applied to identify when effort was expended/hours were worked.

2.     If the claimant elects to submit documentation that the CSSP Accounting Vendors deem sufficient to estimate and verify the effort expended/hours worked in any given month, cases/engagements performed under a fixed fee or contingent fee arrangement will be evaluated utilizing other engagement documentation, as follows:

    i.     Fixed and contingent fee cases/engagements worked during the Benchmark Period and the Compensation Period

- Identify the commencement and completion date for each case/engagement, including the date revenue was recorded and/or payment was received.

- In the case of a legal matter, conduct an examination of available legal and non-legal documents (e.g., pleadings and other court records, discovery requests, depositions and/or trial documents, due diligence commencement dates, transaction closure dates, submission of contract drafts, lawyer's calendars etc.) to establish proof of

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT FE – Professional Services Methodology**

work/timing of effort in order to estimate the revenue that should be attributed to a given month.  This process will require consultation with the claimant.

- – Based on the duration of the legal matter, combined with the timing of significant events, an estimate of the percentage of the total work effort expended on the case will be assigned to each month.

- – Revenue will be reallocated to each month by multiplying the total contingent fee or fixed fee by that month's percentage of the total effort expended incurred on the case.

- For other professional services claimants (not law firms), conduct an examination of available documentation (e.g., budgets, project reports, draft and final deliverables, calendars, time and billing records, progress and status reports, meetings/presentations and other key milestone events) to establish proof of work/timing of effort in order to estimate the revenue that should be attributed to a given month.  This process will be performed in consultation with the claimant.

- – Based on the duration of the engagement, combined with the timing of significant events/milestones, an estimate of the percentage of the total effort expended incurred on the engagement will be assigned to each month.

- – Revenue will be reallocated to each month by multiplying the total contingent fee or fixed fee by that month's percentage of the total effort expended incurred on the engagement.

2.    For contingent fee cases that remain open/unsettled as of the date the claim is being evaluated, no value will be assigned to such cases.

**<u>BEL Claims – Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT FE – Professional Services Methodology</u>**

<u>Variable Expenses</u>

1.    It is expected that the records maintained by some claimants will not separately identify variable expenses, as defined in Attachment A to the Settlement Agreement, by specific cases/engagements.

2.    Where revenue is allocated on a straight line basis over the duration of a case/engagement, due to the claimant electing not to submit additional documentation, or where there was a lack of sufficient information to reliably estimate and verify when hours were worked/effort was expended, variable expenses incurred during each Fiscal Year included in the years May through April of the Benchmark Period (as provided) and the Compensation Period will be allocated to individual months based on that month's allocated revenue as a percentage of total allocated revenue for the same Fiscal Year 12-month period.  This approach results in a consistent variable profit margin for each month of any given Fiscal Year year (May to April), but which may potentially differ from one Fiscal Year to the next.  The calculation is as follows:

- Monthly cCorresponding vVariable eExpenses for each Fiscal Year included in of the Benchmark Period will be calculated based on the percentage relationship between the sum of all variable expenses for the respective Fiscal Years three (3) respective 12 (as provided) -month periods, as provided, (e.g., May 2009 – April 2010; May 2008 – April 2009; May 2007 – April 2008) prior to the spill and total allocated revenue for the same Fiscal Year annual period.  This will yield a separate vVariable eExpense percentage for each Fiscal Year included in of the Benchmark Period.

- This Vvariable Eexpense percentage (specific for each individual Fiscal Year year of the Benchmark Period) is applied to the specific monthly allocated revenue amounts in the Benchmark Period to calculate the cCorresponding vVariable eExpenses for each month.

- Monthly cCorresponding vVariable eExpenses during the Compensation Period will be calculated based on the percentage relationship between the sum of all variable expenses for each Fiscal Year included in the Compensation Period the 12-month period following the date

EF14

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT FE – Professional Services Methodology**

of the spill, (i.e., May 2010 – April 2011) and total allocated revenue for the same Fiscal Yearperiod.

- This variable expense percentage, unique to each Fiscal Year included in the Compensation Period, is applied to the specific monthly allocated revenue amounts in the Compensation Period to calculate the cCorresponding vVariable eExpenses for each month.

3. Where revenue has been restated and/or reallocated on a basis other than the straight line basis, variable expenses incurred during each Fiscal Year the years May through April included in of the Benchmark Period and the Compensation Period will be allocated to individual months based on the total effort expended, incurred, estimated using the same information utilized in reallocating revenue.

Variable Margin

1. Variable Margin will be calculated for the Benchmark Period only (and utilized in the Step 2 compensation calculation) as follows:

   i. Sum Variable Profit from May through December of the period selected by the claimant to be used for the Benchmark Period (i.e. Optimal Benchmark Period).

   ii. Sum total revenue from May through December of the period selected by the claimant to be used for the Benchmark Period. (i.e., Optimal Benchmark Period).

   iii. Calculate Variable Margin percent as Variable Profit calculated in (i) divided by total revenue calculated in (ii).

Compensation Calculation

1. The revised P&Ls resulting from the reallocation of revenue and variable expenses are utilized as the input for calculating compensation under Exhibit 4C of the Settlement Agreement:

**<u>BEL Claims – Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT F E – Professional Services Methodology</u>**

o   Step 1 of the compensation calculation is determined as the difference in Variable Profit between the 2010 Compensation Period selected by the claimant and the Variable Profit over the comparable months of the Benchmark Period.  The Compensation Period is selected by the claimant to include three or more consecutive months between May 2010 and December 2010.

o   Step 2 of the compensation calculation is based on the claimant's growth in revenue in January 2010 through April of 2010 relative to the claimant-selected Benchmark Period. Claimant may select a six-consecutive month period between May 2010 and to December 2010, unless claimant chose a seven-consecutive-month or eight-consecutive-month period in Step 1, in which case that same period of identical consecutive months shall be used for Step 2.

▪   To compute the Claimant Specific Factor, the total revenue from January 2010 to April 2010 will be compared to January to April revenue of the Optimum Benchmark Period (i.e. 2009, average of 2008/2009, or average of 2007/2008/2009).:

•   Revenue for the period January 2009 to April 2009, where the Optimum Benchmark Period comprises 2009/10 P&Ls.

•   Average revenue for the periods January 2009 to April 2009 and January 2008 to April 2008, where the Optimum Benchmark Period comprises 2008/09 and 2009/10 P&Ls.

•   Average revenue for the periods January 2009 to April 2009, January 2008 to April 2008, and January 2007 to April 2007 where the Optimum Benchmark Period comprises 2007/08, 2008/09 and 2009/10 P&Ls.

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT FE – Professional Services Methodology**

2.      As noted above in 'Utilizing Time and Billing records,' if this data is available and used to reallocate revenues, an additional analysis described below may be performed at this step in order to identify and quantify the various components of the compensation calculation. These components can include compensation resulting from a decrease/increase in hours, a decrease/increase in rates/awards and an increase/decrease in variable profit margin. Depending upon the level of detail provided, these components may be further analyzed to identify compensation amounts associated with changes in utilization/mix of professional staff as well as changes in types of services/engagements/cases worked on.

## **BEL Claims – Matching of Revenues and Expenses**

## **ATTACHMENT GF – Failed Businesses and Failed Start-Up Businesses**

Section I of the "Matching of Revenues and Expenses" policy, which addresses identification of "unmatched claims," does not apply to Failed Businesses or Failed Start-Up Businesses.  Exhibit 6 of the Settlement Agreement sets forth the Failed Business Compensation Framework that covers both Failed Businesses[23] and Failed Start-Up Businesses[24].  The causation documentation requirements and basis of computation as required in Exhibit 6 of the Settlement Agreement differ significantly from those of regular BEL claimants processed under Exhibit 4 of the Settlement Agreement.  Some of the key differences in assessing causation, and computing losses, include:

- A Failed Business or Failed Start-Up Business is "excluded" from recovery under the Settlement Agreement if the claimant reports negative EBITDA (earnings before interest, income tax, depreciation, amortization and owner's compensation) for the 12 months prior to May 1, 2010.

- Compensation for a Failed Business applies a multiple (based on the claimant's industry and as specified in Exhibit 6 of the Settlement Agreement) of the claimant's EBITDA for the 12 months prior to the spill.  This amount is subsequently adjusted for changes in account balances of assets and liabilities of the business between the date of the spill and the date of the balance sheet closest to the date the claim was filed.

- Compensation for a Failed Start-Up Business is not directly dependent on P&Ls as in other BEL Claims categories but rather is focused on the assets and liabilities of the business as well as the business owner's annual earnings pre and post spill.

---

[23] A Failed Business is an "entity that commenced operations prior to November 1, 2008, and that, subsequent to May 1, 2010 but prior to December 31, 2011, either (i) ceased operations and wound down, or (ii) entered bankruptcy (through the filing of a petition for bankruptcy protection in a court of competent jurisdiction), or (iii) otherwise initiated or completed a liquidation of substantially all of its assets." Policy 381 amended the above definition to an entity that commenced operations prior to October 20, 2008.

[24] A Failed Start-Up Business is defined as "an entity that commenced operations on or after November 1, 2008, and, subsequent to May 1, 2010 but prior to December 31, 2011, either (i) ceased operations and wound down, or (ii) entered bankruptcy (through the filing of a petition for bankruptcy protection in a court of competent jurisdiction), or (iii) otherwise initiated or completed a liquidation of substantially all of its assets." Policy 381 amended the above definition to an entity that commenced operations after October 20, 2008.

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT GF – Failed Businesses and Failed Start-Up Businesses**

Concerns over the mismatch of revenue and expenses are somewhat mitigated by the following factors:

- ~~The above requirements consider the t~~Total EBITDA for the 12-month period prior to the spill is considered;~~, and are~~ the assessment is not dependent upon the results of any one or more individual months within that period, nor do they require a comparison of monthly variable profits between years.

- Causation for both Failed Businesses and Failed Start-Up Businesses~~,~~ requires a comparison of revenue for the months the claimant operated between May 2010 and its last full months of operations (not to exceed beyond April 2011) relative to: a) the comparable months during the period May 2009 through April 2010 for Failed Businesses, or b) expected revenue in the same time period as demonstrated by contemporaneous financial projections for Failed Start-Up Businesses.  Accordingly, causation is based on the comparison of cumulative revenue for several months, not upon the results of any individual months within that period.

- The Failed Start-Up Business methodology computation is based solely on the balance sheet, the sweat equity portion being based on the owner's annual earnings.  This significantly reduces any matching concerns that may exist on a claimant's P&Ls between months.

Matching concerns could arise from:

- a mismatch of revenue and expenses at the start and end of the 12 month period prior to the spill,

- a mismatch of revenue and expenses for the period between May 2010 through the date the claimant ceased operations, utilized for the Revenue Decline Test for causation purposes, and

- balance sheets utilized in the calculations being inaccurate due to revenue or expenses not being matched.

## **BEL Claims – Matching of Revenues and Expenses**

## **ATTACHMENT ~~GF~~ – Failed Businesses and Failed Start-Up Businesses**

Identification of "unmatched claims" and Methodology for adjusting P&Ls not sufficiently matched

1.   The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors[25], and indicators of insufficient matching of revenue and variable expenses.  . It should be recognized that it may be common to see unusual fluctuations in a business that is failing.

2.   This matching analysis would not include the use of the Declaration Tool utilized for General BEL claimants as outlined in Section I of the "Matching of Revenues and Expenses" policy, for the reasons cited above.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

3.   The CSSP Accounting Vendors' analysis will focus on potential matching issues that would impact a) the annual results for the year May 2009 to April 2010, and b) for claimants for whom causation is not presumed, the period from May 2010 through the date the business ceased, as compared to those issues that may impact a given month(s) but have no impact on the annual results.  Further attention will be paid to potential matching issues that would impact balance sheets utilized for those months that impact the compensation calculation.

4.   If no matching issues are identified that would impact the calculation, the claim will be analyzed and processed based on the information presented by the claimant.

5.   If the CSSP Accounting Vendor identifies an error(s) in how the claimant has accounted for either revenue or ~~variable~~ expenses that form part of the EBITDA calculation, correcting entries will be

---

[25] "Errors" will be defined as accounting transactions that have been identified in the ordinary course of processing to have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying accounting principles; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories. Recognizing that the Settlement Agreement does not mandate that the P&Ls be based on GAAP or any particular basis of accounting, the CSSP will analyze the P&Ls under the basis (e.g., accrual, cash, modified cash, income tax, etc.) of accounting used by the claimant in the normal course of business and reflected in the contemporaneous P&Ls. In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors if the entries were made in good faith with the best available information at the time.

**BEL Claims − Matching of Revenues and Expenses**

**ATTACHMENT ~~G~~F − Failed Businesses and Failed Start-Up Businesses**

made to the P&Ls to assign revenue and/or expenses to the appropriate month.  Consideration will also be given to the impact that such error(s) have on the balance sheets utilized in the calculation.  If revenues are restated~~corrected~~/allocated ~~djusted~~ as a result of this analysis, causation calculation will be re-performed to ascertain eligibility within the specific guidelines -outlined in Exhibit 6 of the Settlement Agreement.

6.   The calculation of compensation for both Failed Businesses and Failed Start-Up Businesses will be consistent with that presently prescribed by Exhibit 6 of the Settlement Agreement.

## **BEL Claims  - Matching of Revenues and Expenses**

### **ATTACHMENT HG – Start-Up Businesses Methodology**

As with general BEL claimants, in considering options to resolve Start-Up Business[26] claims that have been deemed to be not sufficiently "matched," it was necessary to apply distinct methodologies dependent upon the business operations and activities of individual claimants.  Under the Start-Up Business Methodology described below, it is therefore necessary to classify claimants as operating as either a short earnings cycle business, construction claimant, agriculture, or educational institution or a professional services entity.  While the term "Start-Up Methodology" generally describes what is set out below, it should be noted that separate methods exist for Start-Up Business claimants that fall under each category.  Further, it was important to tailor each of the methodologies set forth in Attachments B through FE to reflect the differences between a Start-Up Business and a general BEL claimant.

Comparison of general BEL claimants to Start-Up Business claimants

Exhibit 7 of the Settlement Agreement outlines the framework for Start-Up Business claims.  Under the Settlement Agreement, Start-Up Business compensation is calculated on a basis similar to that applicable to general BEL claims, in that it requires the selection of an optimal period of several months that compares variable profit between the Benchmark Period and the Compensation Period.  The major exception between the two frameworks relates to a different Benchmark Period: For Start-Up Business claims the period is post spill (May 2011 to April 2012)[27], whereas general BELs consider pre-spill results on a calendar year (2009 only, an average of 2008/09, or an average of 2007/08/09).  For Start-Up Businesses both the Benchmark Period and the Compensation Period are post spill.  Other specific differences for Start-Up Businesses that impact the Start-Up Business Methodology include:

- Benchmark and Compensation Periods are not based on calendar years but on the year May to April.

---

[26] -A "Start-up Business" is considered to be a claimant with less than 18 months of operating history at the time of the DWH Spill.

[27]  Where a claimant elects to utilize projections, the Benchmark Period utilized per Exhibit 7 is May 2010 to April 2011.

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

- General BEL claims can utilize up to 8 months as their Optimum Benchmark Period for the purposes of the computation, whereas Start-Up Businesses have the option to utilize a 12 month period.

- The Settlement Agreement permits claimants to utilize projections as compared to actual financial results, in computing compensation, provided such projections were prepared prior to the spill and utilized by the claimant to obtain credit from a financial institution, other entity in the primary business of lending or investing money, or non-family private investors.

Effect of Differences on Start-Up Business Methodology

The period from May to April will continue to form the Benchmark and Compensation Periods under the basis of analyzing information under the Start-Up Business Methodology.  However, any allocation of revenue and/or variable expenses to achieve better matching will do so on a claimant's Fiscal Year.  The option to utilize a 3 to 12 month Optimum Benchmark Period will also continue to apply. , the exception being under the Start-Up Agriculture and Educational Institutions Methodology that will require a 12 month period be utilized.

Under the Start-Up Business Methodology, projections may continue to be utilized provided that based upon an analysis by the CSSP Accounting Vendors, the projections appear to be sufficiently matched.  This can be assessed by obtaining an understanding and conducting an assessment  review of the assumptions underlying the projections.  It is noted, however, that projections normally have fewer expense line items than actual monthly P&Ls so mapping projection line items to actual P&Ls can be more complex resulting in variable expenses (as defined by Exhibit 4D of the Settlement Agreement) being difficult to identify.  Further, projections may often be prepared on an annual basis, or for a period of less than one year, thereby not permitting monthly revenue and expenses to be identified.  As such, professional judgment will be applied by CSSP Accounting Vendors in assessing whether projections

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

contain adequate, complete and appropriate information necessary to compute compensation under the Start-Up Business Methodology.

Identification of claims not 'sufficiently matched'

The criteria set out in Section I.A. of the CSSP policy on Matching of Revenues and Expenses shall be applied to Start-Up Business claimants in order to determine whether the submitted financial records are not sufficiently matched.  However, executing that analysis differs for Start-Up Businesses as a consequence of different definitions of the Benchmark Period between the Start-Up Business and the general BEL frameworks.

The criteria for identifying potential matching issues for Start-Up Business claims will utilize the 7 criteria already in place for BEL claims in general.  It should, however, be noted that:

- the calculations under the 7 criteria will include the Benchmark Period that extends through April 2012.

- on the basis that the Compensation Period and the Benchmark Period run from May through April, rather than a calendar year, the computation included will be performed over a May-April "annual" period. "Annual" for the purposes of criteria #2, 5 and 7 is defined as May through April. The years 2007, 2008 and 2009 will not form part of the analysis, as by definition such periods do not comprise the Benchmark Period or the Compensation Period.

- Significant increases or fluctuations in revenues and/or expenses are more common in Start-Up Businesses as compared to more mature BEL businesses.  Triggers identified from the 7 criteria may therefore not relate to matching issues.  This will be addressed as part of the claimant outreach performed by the CSSP.

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

Methodology for adjusting P&Ls not sufficiently matched

Claimants' contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors[28], and indicators of insufficient matching of revenue and variable expenses.  It is recognized that it may be common to see more frequent fluctuations in a business that is a start-up.

Claimants that submit P&Ls that are deemed "sufficiently matched" will be processed under the methodology outlined in Exhibit 7 of the Settlement Agreement, utilizing the contemporaneous P&Ls. Those claimants that submit P&Ls which are not deemed "sufficiently matched" will have the P&Ls adjusted to allocate revenue and expenses to those periods when the activity generating the revenue was incurred.  This will be accomplished by assigning and analyzing claims under the following methodologies:

- Start-Up Short Earnings Cycle Annual Variable Margin Methodology
- Start-Up Construction Methodology
- Start-Up Agriculture & Educational Institution Methodology
- Start-Up Educational Institution Methodology
- Start-Up Professional Services Methodology

These are described in more detail below.

---

[28] "Errors" will be defined as accounting transactions that have been identified in the ordinary course of processing to have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying accounting principles; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories. Recognizing that the Settlement Agreement does not mandate that the P&Ls be based on GAAP or any particular basis of accounting, the CSSP will analyze the P&Ls under the basis (e.g., accrual, cash, modified cash, income tax, etc.) of accounting used by the claimant in the normal course of business and reflected in the contemporaneous P&Ls. In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors if the entries were made in good faith with the best available information at the time.

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT H~~G~~ – Start-Up Businesses Methodology**