**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

**Start-Up Short Earnings Cycle Annual Variable Margin Methodology**

The approach outlined below does not alter the structure as to how compensation is calculated under the Settlement Agreement, but does require amendment of the P&Ls utilized in such calculations. The calculations of compensation will be consistent with that prescribed by Exhibit 7 of the Settlement Agreement.

1.  The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2.  If the CSSP Accounting Vendor identifies an error(s) in how the claimant has accounted for revenue and/or expenses, correcting entries will be made to the P&Ls to restate assign revenue and expenses to the appropriate month.  Where revenue has been restated amended, a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the revenue pattern test per the Settlement Agreement.

3.  If adjustments made in accord with 2. above result in restated vised P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 7 of the Settlement Agreement using such P&Ls.

4.  If adjustments made in accord with 2. above result in restated vised P&Ls that are not deemed to be sufficiently matched, the claim will be analyzed to calculate the "cCorresponding vVariable eExpenses," calculated as follows:

   a.  Benchmark Period (May 2011 to April 2012 or May 2010 to April 2011 if projections are utilized):

   •  Monthly cCorresponding vVariable eExpenses during the Benchmark Period will be calculated for each Fiscal Year that forms part of the Benchmark Period (e.g., 2011 and 2012 if the claimant's Fiscal Year follows a calendar year), based on the percentage

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

relationship between the sum of all variable expenses for each Fiscal Year or the 12-month period May 2011 to April 2012 (May 2010 to April 2011 if projections are utilized) to total revenue for the same yearperiod.

- This variable expense percentage is applied to the specific monthly revenue amounts in each Fiscal Year in the Benchmark Period to calculate the cCorresponding vVariable eExpenses for each month.

b. Compensation Period (May April 2010 to AprilMay 2011):

- Monthly cCorresponding vVariable eExpenses during the Compensation Period will be calculated for each Fiscal Year that forms part of the Compensation Period (e.g., 2010 and 2011 if the claimant's Fiscal Year follows a calendar year) based on the percentage relationship between the sum of all variable expenses for each Fiscal Year the 12-month period May 2010 – April 2011 to total revenue for the same Fiscal Yearperiod.

- This variable expense percentage is applied to the specific monthly revenue amounts in each Fiscal Year in the Compensation Period to calculate the cCorresponding vVariable eExpenses for each month.

5. Calculate Expected Revenue & Expected Costs

i. Expected Revenue and Expenses shall equal either:

a. The actual revenue and expenses as set forth in the restated and/or reallocated P&Ls calculated at Step 4 above for the Benchmark Period (i.e., May 2011 to April 2012); or

b. Revenue and expenses reported on financial projections for the Start-Up Business for the period May 2010 to April 2011.  The use of such projections would be dependent on satisfying the requirements of Exhibit 7 of the Settlement Agreement: that the projections were prepared prior to the spill and used to seek the extension of credit or financing to the Start-Up Business, from a financial institution, other entity in the

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

primary business of lending or investing money, or non-family private investors with business lending experience.

ii.  Claimant's Expected Profit/Loss for the Compensation Period will be calculated as the difference between the claimant's Expected Revenue and Expected Costs, provided that Expected Revenue and Expected Costs must both be based on actual results from the Benchmark Period, or, if alternatively selected by claimants in Zones B and C, both Expected Revenue and Expected Costs must both be based on qualifying projections.

6.  Calculate Actual Revenue and Actual Costs

i.  Actual profit/loss generated over the Compensation Period will be calculated as the difference between (i) the claimant's Actual Revenues (from May 2010 to April 2011) as set forth in the restated and/or reallocated P&Ls calculated at Step 4 above and (ii) the claimant's Actual Variable costs (from May 2010 to April 2011) as set forth in the restated and/or reallocated P&Ls calculated at Step 4 above, both for the Compensation Period.

7.  Compensation will be computed under Exhibit 7 of the existing Settlement Agreement as follows:

a.  Calculate the claimant's Base Compensation Loss as the difference between (i) the claimant's Expected Profit/Loss and (ii) the claimant's Actual Profit/Loss generated during over the Compensation Period.
b.  Apply the agreed-upon RTP adjustment.
c.  Deduct any payments or credits received by the claimant from BP or the GCCF pursuant to BP's OPA claims process, or from any VoO Settlement Payment Offset and/or VoO Earned Income Offset, where applicable.

**Start-Up Construction Methodology**

The approach outlined below, does not alter the structure as to how compensation is calculated under the Settlement Agreement, but does amend the P&Ls utilized in such calculations.  The calculation of compensation will be consistent with that prescribed by Exhibit 7 of the Settlement Agreement.

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

The restatement and/or reallocation of the P&Ls to more accurately match revenue and expenses requires involves a multi-step process.  The initial step requires an analysis of the financial results of the claimant based on the claimant's Fiscal Year.  its fiscal year (i.e., its annual financial reporting date).  Analyzing P&Ls for the 12 months that comprise a claimant's fiscal year typically yields a more accurate and compete record of the results of operations for the 12 months then ended, as in the CSSP Accounting Vendors' experience there is typically a 'true-up' or 'hard close' performed at the end of the year.  Annual revenues will be reallocated to each month of the Fiscal Year fiscal year, based on that month's percentage of variable expenses to that Fiscal Year's annual variable expenses.

A further adjustment is necessary to restate the P&Ls on a May to April period in both the Benchmark and Compensation Periods, thereby remaining consistent with the approach set forth in Exhibit 7 of the Settlement Agreement.  This is achieved by reallocating variable profit / revenues to each month, based on each month's percentage of variable expenses to annual variable expenses measured over each May to April time period.

As a consequence of restating/reallocating monthly revenue based on a month's variable expenses as a percentage of annual variable expenses, the revenue recorded on the restated/allocated P&Ls can no longer be attributed to individual customers.  Accordingly, the restated/allocated P&Ls could not be utilized for the purpose of determining causation for any claimant required to satisfy a Customer Mix Test.  Under the Start-Up Construction Methodology, any claimant required to satisfy a Customer Mix Test[29] to demonstrate causation will utilize the contemporaneous P&Ls for the Customer Mix element of

---

[29] As per Exhibit 7 of the Settlement Agreement, a claimant must demonstrate "an aggregate of 10[  ]% increase in the share of total revenue generated by customers located in Zones A-C [or non-local customers] over the *same* period of three consecutive from May 2011 to April 2012 as selected by the claimant for the upturn revenue pattern test. . . ."  (*emphasis added*).  Under the Start-Up Construction Methodology this requirement will be amended to permit a claimant, for the purpose of satisfying a customer mix test, to select any three month period in the Benchmark Period to satisfy the customer mix test, and such period may be different from that used to satisfy the Upturn Revenue Pattern test.

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

the causation assessment, but will utilize the restated/reallocated P&Ls for the Revenue Pattern Test component of causation and in computing compensation.[30]

1.  The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2.  If the CSSP Accounting Vendor identifies an error(s) in how the claimant has accounted for revenue and/or variable expenses, correcting entries will be made to the P&Ls to restate assign revenue and/or variable expenses. to the appropriate month.

3.  If adjustments made in accord with 2. above result in restated vised P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 7 of the Settlement Agreement using such P&Ls.

4.  The restated revised P&Ls (as required) will be analyzed under the Start-Up Construction Methodology as follows:

    a.  Allocation based on claimant's Fiscal Year End:

        i.  For each individual Fiscal Yyear measured using the claimant's fiscal year (e.g., January 2010 – December 2010; January 2011 – December 2011; and January 2012 to December 2012, as provided), each month's variable expenses as a percentage of that Fiscal Year's period's total variable expenses will be computed.  If the claimant's fiscal year- end is different than the tax year, the tax year will be utilized as the basis for computing the variable expense percentage.

        ii.  Annual revenue for each fFiscal yYear will be reallocated to individual months by multiplying total annual revenue by each month's percentage of total variable expenses (as computed in accord with i. above).

---

[30] This procedure would supersede, for construction companies only, Policy 464 as it relates to the requirement to utilize the same P&Ls for determining causation and calculating compensation.

**<u>BEL Claims  - Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT HG – Start-Up Businesses Methodology</u>**

~~b.   Benchmark Period (May 2011 to April 2012 or May 2010 to April 2011 if projections are utilized):~~

~~i.   For the Benchmark Period (May 2011 through April 2012, or May 2010 to April 2011 if projections are utilized) each month's variable expenses as a percentage of the annual total variable expenses will be computed.~~

~~ii.   Annual revenue will be reallocated to individual months by multiplying total annual revenue by each month's percentage of total variable expenses (as computed at i. above).~~

~~c.   Compensation Period (May 2010-April 2011):~~

~~i.   Each month's variable expenses for the year May 2010 to April 2011 as a percentage of total variable expenses for the year will be computed.~~

~~ii.   Total revenue for the year May 2010 to April 2011 will be reallocated to individual months by multiplying total revenue by each month's percentage of total variable expenses (as computed at i. above).~~

5.   The P&Ls, restated <u>and allocated</u> in accord with Step 4 above, are utilized as the input for calculating compensation under Exhibit 7 of the Settlement Agreement.

6.   Calculate Expected Revenue and Expected Costs

    i.   Expected Revenue and Costs shall equal either:

        a.   The actual revenue and expenses as set forth in the restated <u>and/or ~~re~~allocated</u> P&Ls calculated in accord with Step 4 above for the Benchmark Period <u>(i.e., May 2011 to April 2012)</u>; or

        b.   Revenue and expenses reported on financial projections for the Start-Up Business <u>for the period May 2010 to April 2011</u>.  The use of such projections would be dependent on satisfying the requirements of Exhibit 7 <u>of the Settlement Agreement</u>: that the projections were prepared prior to the spill and used to seek the extension of ~~c~~redit or financing <u>for</u> ~~to~~ the Start-Up Business, from a financial institution, other entity in

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

the primary business of lending or investing money, or non-family investors with

business lending experience.

ii.   Claimant's Expected Profit/Loss for the Compensation Period will be calculated as the

difference between the claimant's Expected Revenue and Expected Costs, provided that

Expected Revenue and Expected Costs must both be based on actual results from the

Benchmark Period, or, if alternatively selected by claimants in Zones B and C, both Expected

Revenue and Expected Costs must both be based on qualifying projections.

7.   Calculate Actual Profit/Loss

i.   Actual Profit/Loss generated over the Compensation Period will be calculated as the

difference between (i) the claimant's Actual Revenues (from May 2010 to April 2011) as set

forth in the restated and/or reallocated P&Ls calculated in accord with Step 4 above and (ii)

the claimant's Actual Variable Costs (from May 2010 to April 2011) as set forth in the restated

and/or reallocated P&Ls calculated in accord with Step 4 above.

8.   Compensation will be computed under Exhibit 7 of the existing Settlement Agreement as follows:

a.   Calculate the claimant's base compensation loss as the difference between (i) the
claimant's expected profit/loss and (ii) the claimant's actual profit/loss generated during
over the Compensation Period.

b.   Apply the agreed-upon RTP adjustment.

c.   Deduct any payments or credits received by the claimant from BP or the GCCF pursuant
to BP's OPA claims process, or from any VoO Settlement Payment Offset and/or VoO
Earned Income Offset, where applicable.

**Start-Up Agriculture & Educational Institution Methodology**

The methodology outlined below – "the Start-Up Agriculture and Educational Institution

Methodology" – deviates from the methodologies described previously in that both revenue and variable

expenses will be reallocated.  The primary difference relates to the time period the claimant may utilize.

Exhibit 7 permits a business to select an optimum period of 3 months up to 12 months.  Under the Start-

Up Agriculture and Educational Institution Methodology the entire 12 month period will be utilized.

**<u>BEL Claims  - Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT HG – Start-Up Businesses Methodology</u>**

1.      The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2.      If the CSSP Accounting Vendor identifies an error(s) in how the claimant has accounted for either revenue or variable expenses, correcting entries will be made to the P&Ls to restate assign revenue and/or variable expenses to the appropriate month. Where revenue has been restated a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the Revenue Pattern Test per Exhibit 4B of the Settlement Agreement.

3.      If adjustments made in accord with 2. above result in restated revised P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 7 of the Settlement Agreement using such P&Ls.

4.      If adjustments made in accord with 2. above result in restated revised P&Ls that are not deemed to be sufficiently matched, the claim will be analyzed under the Start-Up Agriculture  & Educational Institutions Methodology as follows:

   a.    Allocation of revenue:

      i.      An evaluation of the nature of the crops grown by the claimant during the Benchmark and Compensation Period will be performed to understand the type of crop(s) grown, and the "crop season" in each given Fiscal Year.  In addition, through discussions with the claimant and / or third parties, where considered necessary, a review of supporting documentation, the CSSP Accounting Vendors will understand whether produce from each "crop season" was sold shortly after harvesting, or held in storage for sale at a subsequent date.

      ii.      Revenue recorded on the claimant's contemporaneous P&Ls will be analyzed to determine the "crop seasons" to which it relates.  This will require the claimant to provide additional information (e.g., inventory records, yield reports, sales records) in order to break out the

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

recorded revenue into the various "crop seasons" (e.g., allocated to each year, or different "crop seasons" where multiple crop types were planted in any one year) and identify the time period of each "crop season."

iii.  Based on the analysis performed at i. and ii. above, monthly revenue will be allocated on a straight line basis to those months of the "crop season."  For example:

> o  A sale recorded in December 2012 for crops produced during the "crop season" running from April 2012 to September 2012 will be allocated on a straight line basis over the 6~~7~~ months April 2012 to September 2012.

> o  A sale recorded in February 2011 related to crops produced during the "crop season" running from April 2010 to September 2010 will be allocated on a straight line basis over the 6~~7~~ months April 2010 to September 2010.

iv.  CSSP Accounting Vendors will obtain support from the claimant with regard to the "crop season" dates, but will exercise professional judgment in determine the appropriate months to allocate revenue to.  For example:

> o  If work in preparing a field for planting commences on April 30, 2011, May 2011 will most likely be the first month to which revenue is allocated.

> o  If the crop was harvested on November 3, 2012, October 2012 will most likely be the last date to which revenue is allocated.

v.  Where a crop season crosses a claimant's Fiscal Year, or sales of crops are made in Fiscal Years subsequent to that in which the "crop season" resided, claimants may be required to provide additional years of P&L data

vi.  On completion of steps i. through v. above, revenue will be allocated for each Fiscal Year included in the Benchmark and Compensation Periods (2010, 2011 and 2012).

vii.  As a consequence of revenue being restated or allocated, a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the Revenue Pattern Test per Exhibit 7 of the Settlement Agreement.  For claimant's required to satisfy

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

the customer mix test, the allocation of revenue per step iii. above will require that the identity of individual purchases of crop be tracked with the allocation of revenue.

b.   Allocation of variable expenses:

i.   An analysis of variable expenses, considered significant in the professional judgment of CSSP Accounting Vendors, recorded in any Fiscal Year will be performed to determine if they relate to that year's "crop season" or whether they represented bulk purchases held in inventory for future "crop seasons."  If variable expenses pertain to multiple "crop seasons" the expense will be allocated restated to each individual "crop season."

ii.   Remaining variable expenses during each Fiscal Year included in the Benchmark Period and the Compensation Period will be allocated to individual months based on that month's allocated revenue as a percentage of total revenue for the same Fiscal Year period.  This approach results in a consistent variable profit margin for each month of any given Fiscal Year.  The calculation is as follows:

- Monthly cCorresponding vVariable eExpenses for each Fiscal Year included in the Benchmark Period will be calculated based on the percentage relationship between the sum of all variable expenses for each Fiscal Year and total allocated revenue for the same Fiscal Year.  This will yield a separate vVariable eExpense percentage for each Fiscal Year included in the Benchmark Period.

- This variable expense percentage (specific for each individual Fiscal Year included in the Benchmark Period) is applied to the specific monthly allocated revenue amounts in the Benchmark Period to calculate the cCorresponding vVariable eExpenses for each month.

- Monthly cCorresponding vVariable eExpenses during the Compensation Period will be calculated based on the percentage relationship between the sum of all variable expenses for each Fiscal Year included in the Compensation Period and total revenue for the same Fiscal Year.

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

- This variable expense percentage is applied to the specific monthly revenue amounts in each Fiscal Year included in the Compensation Period to calculate the cCorresponding vVariable eExpenses for each month.

5.    The P&Ls, restated and allocated in accord with Step 4 above, are utilized as the input for calculating compensation under Exhibit 7 of the Settlement Agreement.

6.    Calculate Expected Revenue and Expected Costs

   i.    Expected Revenue and Costs shall equal either:

      a.    The actual revenue and expenses as set forth in the restated and/or reallocated P&Ls calculated in accord with Step 4 above for the Benchmark Period (i.e., May 2011 to April 2012); or

      b.    Revenue and expenses reported on financial projections for the Start-Up Business for the period May 2010 to April 2011.  The use of such projections would be dependent on satisfying the requirements of Exhibit 7 of the Settlement Agreement: that the projections were prepared prior to the spill and used to seek the extension of credit or financing to the Start-Up Business, from a financial institution, other entity in the primary business of lending or investing money, or non-family investors with business lending experience.

   ii.    Claimant's Expected Profit/Loss for the Compensation Period will be calculated as the difference between the claimant's Expected Revenue and Expected Costs, provided that Expected Revenue and Expected Costs must both be based on actual results from the Benchmark Period, or, if alternatively selected by claimants in Zones B and C, both Expected Revenue and Expected Costs must both be based on qualifying projections.

7.    Calculate Actual Profit/Loss

   ii.    Actual Profit/Loss generated results over the Compensation Period will be calculated as the difference between (i) the claimant's Actual Revenues (from May 2010 to April 2011) as set forth in the restated and/or reallocated P&Ls calculated in accord with Step 4 above and (ii)

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

the claimant's Actual Variable Costs (from May 2010 to April 2011) as set forth in the restated and/or reallocated P&Ls calculated in accord with Step 4 above.

8.    Compensation will be computed under Exhibit 7 of the Settlement Agreement as follows:

    d.   Calculate the claimant's base compensation loss as the difference between (i) the claimant's expected profit/loss and (ii) the claimant's actual profit/loss generated during the Compensation Period.
    e.   Apply the agreed-upon RTP adjustment.
    f.   Deduct any payments or credits received by the claimant from BP or the GCCF pursuant to BP's OPA claims process, or from any VoO Settlement Payment Offset and/or VoO Earned Income Offset, where applicable.

    i.    Benchmark Period Variable Margin will be 'computed' based on the contemporaneous P&Ls provided by the claimant (as adjusted in accord with Step 2 above), for the period May 2011 to April 2012 (or May 2010 to April 2011 if projections are utilized) ("Expected Revenue")

    ii.   Benchmark Period revenue is compared to the annual Variable Profit for the Compensation Period—May 2010 to April 2011 ("Actual Revenue").  This represents Total Lost Variable Profit.

    iii.  Total Lost Variable Profit is multiplied by the Risk Transfer Premium ("RTP") to derive total compensation (less any payments or credits received by the claimant from BP or the GCCF pursuant to BP's OPA claims process, or from any VoO Settlement Payment Offset and/or VoO Earned Income Offset, where applicable).

**Educational Institutions Methodology**

Claimants deemed to be "Educational Institutions" will follow the same methodology as that set out above for Agriculture claimants, but results will not be evaluated using annual results from May to April of any given year.  Instead, the CSSP Accounting Vendors will assess the business to identify the unique "academic year" (e.g., "August to July").  The academic year will be utilized to evaluate annual results.

The approach outlined below does not alter the structure as to how compensation is calculated under the Settlement Agreement but does amend the P&Ls utilized in such calculations.  The calculations

HG17

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

of both Step 1 and Step 2 compensation will be consistent with that prescribed by Exhibit 7 of the Settlement Agreement.

1.    The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2.    An evaluation of the claimant's tuition fee arrangements (i.e., payments for annual tuition, an individual semester, or multiple tri-semesters) will be performed to understand the time period for which student tuition fees apply.  In addition, the method of payment (i.e., advanced payment in full, or a monthly/quarter tuition payment(s) a payment that spreads the tuition fee over a period of time) will be confirmed understood through discussions with the claimant and / or third parties, and receipt and analysis of supporting documentation.

3.    If the CSSP Accounting Vendor identifies an error(s) in how the claimant has accounted for either revenue or variable expenses, correcting entries will be made to the P&Ls to restate revenue or expenses. to the appropriate month.

4.    If adjustments made in accord with 3. above result in restated P&Ls that are deemed sufficiently matched, the claim will be processed under the methodology set forth in Exhibit 7 of the Settlement Agreement.  However, if revenue has been restated in accord with 3. above a causation analysis will be re-performed (if causation is not presumed).  If causation is satisfied, the restated P&Ls are utilized as the input for calculating compensation under the Settlement Agreement.

5.    If adjustments made in accord with 3. above do not resolve matching issues, the P&Ls will be revised, as set forth below, allocating both revenue and expenses.

   a.    Allocation of revenue:

      i.    Revenue recorded on the claimant's contemporaneous P&Ls will be analyzed to determine the months covered by the tuition fees paid.  This will require the claimant to provide some

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

additional information (e.g., reports from student admission records, tuition sub-ledger, student enrollment information, student fee accounts) in order to break out the recorded revenue into the various categories of payment typesstudents (e.g., annual enrollment, semester, trimesters enrollment) and identify the time period covered by the tuition period.fee.

ii.    Based on the analysis performed at i. above, monthly revenue will be reallocated on a straight line basis to those months covered by the tuition fees.  For example:

  o   A payment made in July 2010 for the academic year running from September 2010 to June 2011 will be allocated on a straight line basis over the 10 months September 2010 to June 2011.

  o   A payment made in September 2011 for a semester that runs from September 2011 through December 2011, will be allocated on a straight line basis over the 4 month period September 2011 to December 2011.

iii.    CSSP Accounting Vendors will obtain support from the claimant with regard to the academic year or semester dates, but will exercise professional judgment in determine the appropriate months to allocate revenue to.  For example:

  o   If a term commences on August 30, 2010, September 2010 will most likely be the first month to which revenue is allocated.

  o   If a term ends on June 3, 2011, May 2011 will most likely be the last date to which revenue is allocated.

iv.    On completion of steps i. through iii. above, revenue will be allocated for each calendar year that forms part of the Benchmark and Compensation Period (2010, 2011, and 2012).

v.    As a consequence of revenue being restated or allocated, a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the Revenue Pattern Test per Exhibit 7 of the Settlement Agreement.  For claimant's required to satisfy

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

the customer mix test, the allocation of revenue per step ii. above will require that the identity of individual students be tracked with the allocation of revenue.

b.   Allocation of variable expenses:

i.   Variable expenses during each Fiscal Year that forms part of the Benchmark Period and the Compensation Period (e.g., 2010, 2011 and 2012 if the claimant maintains their Fiscal Year on a calendar year) will be allocated to individual months based on that month's allocated revenue as a percentage of total revenue for each Fiscal Year.  This approach results in a consistent variable profit margin for each month of any given Fiscal Year.  The calculation is as follows:

- Monthly cCorresponding vVariable eExpenses for each Fiscal Year of the Benchmark Period (e.g., 2011 and 2012 if the claimant maintains their Fiscal Year on a calendar year) will be calculated based on the percentage relationship between the sum of all variable expenses for each Fiscal Year and total revenue for the same annual period. This will yield a separate vVariable eExpense percentage for each Fiscal Year that forms part of the Benchmark Period.

- This variable expense percentage (specific for each individual Fiscal Year that forms part of the Benchmark Period) is applied to the specific monthly revenue amounts in the Benchmark Period to calculate the cCorresponding vVariable eExpenses for each month.

- Monthly cCorresponding vVariable eExpenses during each Fiscal Year that comprises part of the Compensation Period (i.e., 2010 and 2011 if the claimant maintains their Fiscal Year on a calendar year) will be calculated based on the percentage relationship between the sum of all variable expenses for each Fiscal Year and total revenue for the same Fiscal Year.

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT ~~H~~G – Start-Up Businesses Methodology**

- This variable expense percentage is applied to the specific monthly revenue amounts in the Compensation Period to calculate the ~~c~~Corresponding ~~v~~Variable ~~e~~Expenses for each month.

6. The P&Ls, restated in accord with Step 5 above, are utilized as the input for calculating compensation under Exhibit 7 of the Settlement Agreement.

7. Calculate Expected Revenue and Expected Costs

    i. Expected Revenue and Costs shall equal either:

        a. The actual revenue and expenses as set forth in the restated and/or allocated P&Ls calculated in accord with Step 5 above for the Benchmark Period (i.e., May 2011 to April 2012); or

        b. Revenue and expenses reported on financial projections for the Start-Up Business for the period May 2010 to April 2011.  The use of such projections would be dependent on satisfying the requirements of Exhibit 7 of the Settlement Agreement: that the projections were prepared prior to the spill and used to seek the extension of credit or financing to the Start-Up Business, from a financial institution, other entity in the primary business of lending or investing money, or non-family investors with business lending experience.

    ii. Claimant's Expected Profit/Loss for the Compensation Period will be calculated as the difference between the claimant's Expected Revenue and Expected Costs, provided that Expected Revenue and Expected Costs must both be based on actual results from the Benchmark Period, or, if alternatively selected by claimants in Zones B and C, both Expected Revenue and Expected Costs must both be based on qualifying projections.

8. Calculate Actual Profit/Loss

    i. Actual Profit/Loss ~~results~~generated over the Compensation Period will be calculated as the difference between (i) the claimant's Actual Revenues (from May 2010 to April 2011) as set forth in the restated and/or ~~re~~allocated P&Ls calculated in accord with Step 5 above and (ii)

**<u>BEL Claims  - Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT HG – Start-Up Businesses Methodology</u>**

the claimant's Actual Variable Costs (from May 2010 to April 2011) as set forth in the restated and/or reallocated P&Ls calculated in accord with Step 4 above.

9.    Compensation will be computed under Exhibit 7 of the Settlement Agreement as follows:

    a.    Calculate the claimant's base compensation loss as the difference between (i) the claimant's expected profit/loss and (ii) the claimant's actual profit/loss generated during the Compensation Period.

    b.    Apply the agreed-upon RTP adjustment.

    c.    Deduct any payments or credits received by the claimant from BP or the GCCF pursuant to BP's OPA claims process, or from any VoO Settlement Payment Offset and/or VoO Earned Income Offset, where applicable.

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

**Start-Up Professional Services Methodology**

1.   The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2.   An evaluation of the claimant's fee arrangements for all cases/engagements (i.e., time & materials, fixed fee, contingent fee, or a combination thereof) will be performed based on discussions and an assessment of additional records requested from the claimant.  Such additional records will be consistent with those outlined in the Professional Services Methodology (Attachment FE).  It should be noted that information requested may include records either prior to and/or after the Benchmark and Compensation Periods (i.e., prior to 2010 or after 2012).

3.   If the CSSP Accounting Vendor identifies an error(s) in how the claimant has accounted for either revenue or variable expenses, correcting entries will be made to the P&Ls to restate assign revenue or expenses. to the appropriate month.

4.   If adjustments made in accord with 3. above result in restated vised P&Ls that are deemed sufficiently matched, the claim will be processed under the methodology set forth in Exhibit 7 of the Settlement Agreement.  However, if revenue has been restated in accord with 3. above a causation analysis will be re-performed (if causation is not presumed).  If causation is satisfied, the restated revised P&Ls are utilized as the input for calculating compensation under the Settlement Agreement.

5.   If adjustments made in accord with 3. above do not resolve matching issues, the P&Ls will be revised, as set forth below, re allocating stating both revenue and expenses.

## BEL Claims  - Matching of Revenues and Expenses

## ATTACHMENT HG – Start-Up Businesses Methodology

For those claimants who submit P&Ls which are deemed not "sufficiently matched", the P&Ls will be adjusted to allocate revenue on a straight line basis over the period of the case/engagement, <u>unless</u> the claimant can submit appropriate, reliable and complete records that permit an alternative allocation of revenue based on when activity generating the revenue occurred.  In professional services companies this would correspond to periods when work on the matter/engagement was actually performed.  Alternative information that the claimant may elect to present to demonstrate when effort was expended/hours were worked may include:

- Time and billing records maintained in the ordinary course of business that detail time worked by month by case/engagement is considered to be the most accurate and complete source of information.

- Other case/engagement records may provide sufficient information to 'reconstruct' when hours were worked in generating the revenue earned: calendars, engagement letters, court filings, case summaries, trial dockets, court and deposition appearances, expert report submissions, project deliverables, transaction closure dates, contract execution dates, court approvals, and payment schedules and receipts.

**Revenue**

Allocate Revenue on a straight line basis over the duration of the case/litigation

1.    If the claimant elects not to submit additional documentation, or provides documentation that, in the judgment of the Claims Administrator, does not permit the CSSP Accounting Vendors to reasonably estimate and verify the level of work effort in a given month, revenue will be reallocated to each month on a straight line basis over the duration of the matter.

2.    A matter will be considered to have commenced from the date of execution of an engagement letter or other indicia of the commencement of the undertaking, through the date that a matter has been settled, or a final project deliverable has been submitted and payment has been received,

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

unless other information indicates an alternative date.  Other information could include, for example: evidence that work was commenced prior to the execution of an engagement letter or other indicia of the  commencement of the undertaking, post-trial filings, appeals, a further negotiation of the amount ultimately paid, or presentations after issuance of a final report.  Information must be provided by claimants to permit the CSSP Accounting Vendors to verify the commencement and completion date of cases/engagements.

3.      In determining revenue generated for each matter, consideration will be given to the nature of the case/engagement, but in all instances will be net of any reimbursable expenses.  Revenue from time & material and fixed fee arrangements will be determined based on the engagement letter or other description of the nature and scope of the undertaking, and invoice records.  For contingent fee arrangements, revenue will be based on the amount paid to the claimant as of the date the CSSP Accounting Vendors Claims Administrator analyzes the claim.  For contingent fee cases that remain open/unsettled as of the date the claim is being evaluated, no revenue nor variable expenses value will be recognized within the claimant calculation assigned forto such cases.

4.      For each case/engagement (or a subset thereof if, in the professional judgment of the CSSP Accounting Vendor, some projects are deemed immaterial to the compensation calculation) the revenue allocated to each month will equal revenue (determined in accord with 3 above) divided by the number of months that the case/engagement was worked on (as determined in accord with 2 above).

5.      Where revenue has been restated and/or reallocatedamended, a causation analysis will be re-performed to confirm that the claimant meets the revenue pattern test per the Settlement Agreement (if causation is not presumed).


Allocate Revenue based on Available Information

        The claimant will have the option to submit documentation to the Claims Administrator if it believes such records can more accurately estimate the level of work/hours incurred in a given month,

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

thereby permitting revenue to be reallocated based on such effort, rather than a straight line basis.  The CSSP Accounting Vendors will assess such records and determine whether, in their professional judgment, such records are adequate and complete enough to reasonably estimate and verify the level of work effort performed in a given month as it relates to each specific case/engagement.  If it is determined that such records permit a reasonable estimate of when effort was expended/hours were workincurred, revenue will be reallocated based on such efforts.  However, if not deemed sufficient to reasonably estimate and verify when effort was expended/hours were worked, the CSSP Accounting Vendors will revert to reallocating revenue to each month on a straight line basis over the duration of the matter.

In considering what additional information a claimant may elect to submit to identify when effort was expended/hours were worked, the CSSP Accounting Vendors anticipate that this will most likely include time and billing records maintained by a claimant in the ordinary course of business.  In the absence of such records, other information may be utilized to estimate or 'reconstruct' when effort was expended/hours were worked.time was incurred.  Such information may include, but not be limited to, calendars, engagement letters, court filings, case summaries, court and deposition appearances, expert report submissions, transaction close dates, contract execution dates, project deliverables, court approvals, court/trial dates, and payment schedules and receipts.  The approach that will be followed is detailed below:

1.    Information will be requested from the claimant that details the nature of the fee arrangements for all cases/engagements commenced and/or closed during the Benchmark and Compensation Periods.  The information requested will be consistent with the items set out in Attachment E – Professional Services Methodology.  Given that cases/engagements may have commenced prior to the Compensation Period or were ongoing or closed after the Benchmark Period, information required from claimants may extend prior to the Compensation Period and subsequent to the Benchmark Period.

599 of 838

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

2.    Revenue will be allocated to each month of the Benchmark Period (May 2011 to April 2012) and Compensation Period (May 2010 to April 2011) based on when work was actually performed.

3.    To identify when hours were worked the following steps will be performed:

   a.   A detailed inventory of all engagements performed by the claimant will be obtained, separated by the nature of the fee arrangement.

   b.   The CSSP Accounting Vendors will, through inquiries of the claimant, and an evaluation of submitted documentation, determine if contemporaneous time and billing records were maintained by the claimant in sufficient detail to determine and verify when effort was expended/hours were worked on individual cases/engagements, or if practical a grouping of cases/engagements that had similar characteristics (e.g., commencement and completion date, revenue ~~generated~~ earned and paid).  If deemed sufficient, time and billing records will be utilized.

   c.   If time and billing records were not maintained by the claimant in sufficient detail to determine when effort was expended/hours were worked, the CSSP Accounting Vendor will consider the adequacy and completeness of other information provided and determine if sufficient to estimate and verify when effort was expended/time was worked, and will allocate revenue on such basis.


Utilizing Time and Billing records to reallocate revenue


1.    Any billing records submitted will be analyzed for each engagement.  Hours recorded by personnel for each individual case/engagement (or a subset thereof if, in the professional judgment of the CSSP Accounting Vendor, some projects are deemed immaterial to the compensation calculation) will be compared to the timing of revenue recognized.  Total revenue earned~~generated~~ from each case will be considered net of reimbursable expenses.  Total revenue

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

~~earned~~generated from each case/engagement will be ~~re~~allocated to each month based on the percentage of hours charged in that month relative to the total case/engagement hours.

2.      Based upon the content and format of the time and billing records received, additional analysis may be performed including but not limited to comparison of pre-spill and post-spill:  monthly hours worked in assessing lost hours, if any; billing rates per engagement/case in assessing higher/lower rates, if any; changes in the overall variable profit margin between periods, if any; utilization mix of professional staff (including owners/partners); lines and/or types of services/engagements worked on; and length of the project and value of settlements reached .

3.      For contingent fee cases that remain open/unsettled as of the date the claim is being evaluated, no revenue nor variable expenses will be recognized within the claimant calculation for such cases.

~~3.      For contingent fee cases that remain open/unsettled as of the date the claim is being evaluated, no value will be assigned to such cases.~~

4.      Where revenue has been restated and/or ~~re~~allocated ~~amended~~ a causation analysis will be re-performed to confirm that the claimant meets the revenue pattern test per the Settlement Agreement (if causation is not presumed).


Utilizing Engagement Records to ~~re~~allocate revenue

1.      It is expected that claimants who operate under a time & materials fee arrangement will maintain time and billing records in order to create and support the invoices to their clients.  Accordingly, it is assumed that the methodology set out below will most likely apply to fixed fee and contingent fee arrangements, or a combination of the two.  It should be noted that if a firm has a variety of fee arrangements including some performed on a time & materials basis, for which it maintained time and billing records, the revenue may (based on the professional judgment of the CSSP Accounting Vendors) be bifurcated, and different records will be applied to identify when hours were worked.

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

2.      If the claimant elects to submit documentation that the CSSP Accounting Vendors deem sufficient to estimate and verify the effort expended/hours worked ~~incurred~~ in any given month, cases/engagements performed under a fixed fee or contingent fee arrangement will be evaluated utilizing other engagement documentation, as follows:

    i.  Fixed and contingent fee cases/engagements worked during the Benchmark Period and the Compensation Period

- Identify the commencement and completion date for each case/engagement, including the date revenue was recorded and/or cash was received

- In the case of a legal matter, conduct an examination of available legal and non-legal documents (e.g., pleadings and other court records, discovery requests, depositions and/or court documents, due diligence commencement dates, transaction closure dates, submission of contract drafts, lawyer's calendars etc.) to establish proof of work/timing of effort in order to estimate the revenue that should be attributed to a given month.  This process will be performed in consultation with the claimant.

  - Based on the duration of the legal matter, combined with the timing of significant events, an estimate of the percentage of the total work effort on the case will be assigned to each month.

  - Revenue will be ~~re~~allocated to each month by multiplying the total contingent fee or fixed fee by that month's percentage of the total effort expended ~~incurred~~ on the case.

- For other professional services claimants (not law firms), conduct an examination of available documentation (e.g., budgets, project reports, draft and final deliverables, calendars, time and billing records, progress and status reports, meetings/presentations and other key milestone events) to establish proof of work/timing of effort in order to estimate the revenue that should be attributed to a given month.  This process will be performed in consultation with the claimant.

**<u>BEL Claims  - Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT HG – Start-Up Businesses Methodology</u>**

- Based on the duration of the engagement, combined with the timing of significant events/milestones, an estimate of the percentage of the total effort incurred on the engagement will be assigned to each month.
- Revenue will be ~~re~~allocated to each month by multiplying the total contingent fee or fixed fee by that month's percentage of the total effort expended~~incurred~~ on the engagement.

3.   For contingent fee cases that remain open/unsettled as of the date the claim is being evaluated, no revenue nor variable expenses will be recognized within the claimant calculation  for such cases.

3.   ~~For contingent fee cases that remain open/unsettled as of the date the claim is being evaluated, no value will be assigned to such cases.~~

4.   Where revenue has been restated and/or ~~re~~allocated ~~amended~~ a causation analysis will be re-performed to confirm that the claimant meets the revenue pattern test per the Settlement Agreement (if causation is not presumed).

<u>Variable Expenses</u>

1.   It is expected that the records maintained by some claimants may not separately identify variable expenses, as defined in Exhibit 4D of the Settlement Agreement, to specific cases/engagements.

2.   Where revenue is allocated on a straight line basis over the duration of a case/engagement, due to the claimant electing not to submit additional documentation, or where there was a lack of sufficient information to reliably estimate and verify when hours were worked/effort was expended, variable expenses incurred during the Benchmark Period (May 2011 to April 2012 or May 2010 to April 2011 if projections are used) and Compensation Period (May 2010 to April 2011) will be allocated to individual months based on that month's revenue as a percentage of total revenue for each individual Fiscal Year that forms part of the Benchmark or Compensation

**<u>BEL Claims  - Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT HG – Start-Up Businesses Methodology</u>**

Periods (e.g., 2010, 2011 and 2012if the claimant maintains their Fiscal Year on a calendar year)the same 12- month period.  This approach results in a consistent variable profit margin for each month of any given Fiscal yYear (May to April).  The calculation is as follows:

- Monthly cCorresponding vVariable eExpenses during the Benchmark Period will be calculated for each Fiscal Year that forms part of the Benchmark Period based on the percentage relationship between the sum of all variable expenses for each Fiscal yYear or May 2010₁ to April 2011₂ if projections are utilized, and total revenue for the same Fiscal Yearperiod.

- This variable expense percentage is applied to the specific monthly revenue amounts in each Fiscal Year in the Benchmark Period to calculate the cCorresponding vVariable eExpenses for each Fiscal Yearmonth.

- Monthly cCorresponding vVariable eExpenses during the Compensation Period will be calculated for each Fiscal year that forms part of the Compensation Period based on the percentage relationship between the sum of all variable expenses for each Fiscal Year the 12-month period May 2010 to April 2011 and total revenue for the same Fiscal Yearperiod.

- This variable expense percentage is applied to the specific monthly revenue amounts in each Fiscal Year in the Compensation Period to calculate the cCorresponding vVariable eExpenses for each month.

3.   Where revenue has been reallocated on a basis other than the straight line basis, variable expenses incurred during the Benchmark and Compensation Periods will be allocated to individual months based on the total effort expended/hours worked, estimated using the same information utilized in reallocating revenue.

<u>Compensation Calculation</u>

**<u>BEL Claims  - Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT HG – Start-Up Businesses Methodology</u>**

1.      The restated and/or reallocated vised P&Ls resulting from the reallocation of revenue and variable expenses are utilized as the input for calculating compensation under Exhibit 7 of the Settlement Agreement:

2.      Calculate Expected Revenue and Expected Costs

    i.      Expected Revenue and Expected Costs shall equal either:

        a.      The Actual Revenue and Actual Costs as set forth in the restated and/or reallocated P&Ls for the Benchmark Period (i.e., May 2011 to April 2012); or

        b.      Revenue and expenses reported on financial projections for the Start-Up Business for the period May 2010 to April 2011.  The use of such projections would be dependent on satisfying the requirements of Exhibit 7 of the Settlement Agreement: that the projections were used to seek the extension of credit or financing to the Start-Up Business, from a financial institution, other entity in the primary business of lending or investing money, or non-family provider investors with business lending experience.

    ii.      Claimant's Expected Profit/Loss for the compensation period will be calculated as the difference between the claimant's Expected Revenue and Expected Costs, provided that Expected Revenue and Expected Costs must both be based on actual results from the Benchmark Period, or, if alternatively selected by claimants in Zones B and C, both expected revenue and expected costs must both be based on qualifying projections.

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

ii.

**BEL Claims  - Matching of Revenues and Expenses**

**ATTACHMENT HG – Start-Up Businesses Methodology**

3.      Calculate Actual Profit/Loss

      i.      Actual profit/loss results~~generated~~ over the Compensation Period will be calculated as the

difference between (i) the claimant's Actual Revenues (from May 2010 to April 2011) as set

forth in the restated and/or ~~re~~allocated P&Ls and (ii) the claimant's Actual Variable Costs

(from May 2010 to April 2011) as set forth in the restated and/or ~~re~~allocated P&Ls~~., for the~~

~~Compensation Period.~~

4.      Compensation will be computed under Exhibit 7 of the ~~existing~~ Settlement Agreement as follows:

     1.   Calculate the claimant's base compensation loss as the difference between (i) the
         claimant's expected profit/loss and (ii) the claimant's actual profit/loss generated during
         ~~over~~ the Compensation Period.
     2.   Apply the agreed-upon RTP adjustment.
     3.   Deduct any payments or credits received by the claimant from BP or the GCCF pursuant
         to BP's OPA claims process, and/or from any VoO Settlement Payment Offset and/or VoO
         Earned Income Offset, where applicable.

5.      As noted above in 'Utilizing Time and Billing records,' if this data is available and used to

~~re~~allocate revenues, the additional analysis described below may be performed at this step in

order to identify and quantify the various components of the compensation calculation.  This

analysis may include consideration of compensation resulting from a decrease/increase in hours,

a decrease/increase in rates/awards and an increase/decrease in variable profit margin.

Depending upon the level of detail provided, these components may be further analyzed to

identify compensation amounts associated with changes in utilization/mix of professional staff as

well as changes in types of services/engagements/cases worked on.

**POLICY ANNOUNCEMENT**

**POLICY 495:  BUSINESS ECONOMIC LOSS CLAIMS:
MATCHING OF REVENUE AND EXPENSES**

## Introduction

The District Court has instructed the Claims Administrator "to adopt and implement an appropriate protocol or policy for handling BEL claims in which the claimant's financial records do not match revenue with corresponding variable expenses."  (Rec. Doc. 12055, p. 37 of 43).

Based upon the U.S. 5th Circuit Court of Appeals' decision of October 2, 2013 and the District Court's Order & Reasons of December 24, 2013 on remand, the Claims Administrator understands that the following principles are to be applied in evaluating BEL claims under Exhibit 4C of the Settlement Agreement:

1. The Settlement Agreement contemplates that loss calculations are to be based upon accounting records that sufficiently match revenues with expenses.

2. The Settlement Agreement's "provision for subtracting corresponding variable expenses requires that revenue must be matched with the variable expenses incurred by a claimant in conducting its business, and that does not necessarily coincide with when revenue and variable expenses were recorded." (Rec. Doc. 12055, p. 5 of 43).

3. Some claimant-submitted contemporaneous accounting records inherently match revenues with expenses sufficiently for purposes of the Settlement Agreement. Others do not. (732 F. 3d at 334, 335).

4. For those "unmatched claims," the claimant-submitted accounting records are to be adjusted "in light of the necessity of revenue and expense matching to realistic measurement of economic loss." (732 F. 3d at 346 – 347).

## Policy Development Process

In the process of developing this policy as directed by the Court, the Claims Administrator has conducted extensive consultations with the Court Supervised Settlement Program ("CSSP") Accounting Vendors (PricewaterhouseCoopers and Postlethwaite & Netterville) and has received significant input from both BP and Class Counsel.  The Claims Administrator's efforts in this regard have included:

- Both BP and Class Counsel made written submissions detailing the frameworks that they propose be implemented to accomplish the "matching" required by the Court.  These written submissions were reviewed in detail by the Claims Administrator and the CSSP Accounting Vendors.

- An extended Q&A session was conducted to allow the CSSP Accounting Vendors to gain a more complete understanding of the proposals submitted by both sides.  There were

1

444895
3/137/14

numerous participants in this informational session, including BP, Class Counsel, accounting experts representing both parties, CSSP Accounting Vendors, the Claims Administrator and various members of the CAO staff.

- The CSSP Accounting Vendors conducted numerous independent working sessions over a period of approximately four months.

- The Claims Administrator and the CSSP Accounting Vendors conducted several joint working sessions over a period of approximately three months.

- An initial draft of this Policy was provided to both BP and Class Counsel, after which the Claims Administrator and the CSSP Accounting Vendors presented the Policy to BP, Class Counsel, and accounting experts representing both parties. An additional extended Q&A Session was conducted at that time.

- Both BP and Class Counsel made written submissions responding to the draft Policy. These written submissions were reviewed in detail by the Claims Administrator and the CSSP Accounting Vendors. Revisions to the Policy were made based upon additional input from the parties and after further analysis by the CSSP Accounting Vendors.

- This final written policy has been adopted only after such thorough input, analysis, consideration and consultation.

## Underlying Issues / Principles

Based upon the CSSP's experience in reviewing claims and analyzing accounting records submitted to the CSSP since the inception of this settlement program and in light of the rulings and directives received from the Court, the Claims Administrator, in consultation with the CSSP Accounting Vendors, has arrived at the following conclusions relative to the "matching" issues at hand:

1. The claimant's method of accounting (cash vs. accrual vs. other) is not necessarily determinative of whether revenues and expenses are sufficiently "matched" as per the orders of the Court.

2. Different industries tend to present different issues and require different methodologies in terms of trying to achieve sufficient "matching."

3. In an effort to achieve sufficient "matching" in such a way that the accounting records may serve as a basis for "realistic measurement of economic loss," differing analyses are required depending upon the specifics of the particular business, including industry type and nature and duration of revenue or expense cycles.

2

4. It is not feasible in the context of a class-wide settlement involving thousands of different claims, with each claimant's financial information potentially spanning a time period in excess of four years, to attempt to match specific expenses to specific revenues on an individual transaction by transaction basis.  The time, effort and expense required under this approach would be prohibitive.  Further, it is unlikely that such individualized matching of specific expenses to specific revenues would be possible based on information and documentation available to the claimants or the CSSP.

5. If a claimant's contemporaneous P&Ls submitted to the CAO are deemed to be 'sufficiently matched' based on an assessment by the CSSP Accounting Vendors, such P&Ls will be utilized in calculating compensation under the Settlement Agreement.  In utilizing such contemporaneous P&Ls, corrections will be made for any accounting "errors" identified in the ordinary course, by the CSSP Accounting Vendors.[1]

6. It is the CSSP's considered assessment that, for the majority of claimants, sufficient "matching" of revenue and expenses will be best accomplished through an annual variable margin methodology which totals variable expenses for each Fiscal Year[2] and allocates them to each month on a pro-rata basis of monthly revenues for the same period. This approach reasonably accomplishes sufficient "matching" and is the most feasible methodology in the context of a class-wide settlement.

7. Depending on the specifics of a given business, it may be appropriate to make adjustments to the claimant's financials as to the timing of the recognition of either revenues or expenses or both.

---

[1] "Errors" will be defined as accounting transactions that have been identified in the ordinary course of processing to have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying applicable accounting principles based on the claimant's method of accounting; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories. Recognizing that the Settlement Agreement does not mandate that the P&Ls be based on GAAP or any particular basis of accounting, the CSSP will analyze the P&Ls under the basis (e.g., accrual, cash, modified cash, income tax, etc.) of accounting used by the claimant in the normal course of business and reflected in the contemporaneous P&Ls. In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors if the entries were made using in good faith with the best available information at the time.

[2] A claimant's Fiscal Year is the twelve month period that the claimant uses for preparing its annual financial statements and, in the majority of cases, for filing its annual tax return with the Internal Revenue Service. The fiscal year may or may not be the same as a calendar year. In the event that a claimant's Fiscal Year differs from the claimant's annual tax reporting period, the tax reporting period will typically be utilized.

444895
3/13/14

8. The operating characteristics of certain businesses will not lend themselves to the application of an annual variable margin methodology. The following industries in particular each warrant a customized methodology in order to achieve sufficient matching in a way that reasonably depicts economic reality for purposes of loss measurement: construction, agriculture, education and professional services.

9. In order to achieve sufficient "matching," adjustments to the claimant's contemporaneous accounting records are best made by the CSSP Accounting Vendors after appropriate inquiry and gathering of additional documents and/or information, if necessary, from the claimant.[3]

10. It is the intent of this policy to ensure both causation determination and compensation determination are both based on sufficiently matched P&Ls.

~~10.~~11.    Consideration of whether revenues and expenses are sufficiently matched necessarily involves an element of professional judgment. The CSSP recognizes and reserves the right of the CSSP Accounting Vendors to exercise such professional judgment to achieve sufficient matching as ordered by the Court.[4]

---

[3] As per Exhibit 4A of the Settlement Agreement, claimants will be required to provide contemporaneous P&L statements that identify the dates on which they were created. In addition to, but not in lieu of the contemporaneous P&Ls, claimants may also elect to submit amended P&Ls that they believe are sufficiently matched. Regardless of whether or not the claimant submits amended P&Ls, the CSSP Accounting Vendors will utilize contemporaneous P&Ls as a starting point for any claim. The CSSP Accounting Vendors will require detailed information to understand and verify the changes made by claimants to achieve sufficiently matched P&Ls. If a claimant cannot provide appropriate, reliable and complete records that support amendments made to the contemporaneous P&Ls, the CSSP Accounting Vendors will - consider only the contemporaneous P&Ls.

[4] The claimant's file will be appropriately and reasonably documented to reflect the basis for the exercise of professional judgment by the CSSP Accounting Vendors as to material matters in the identification and resolution of matching issues, the correction of identified errors, the resolution of ambiguities or inconsistencies in materials supplied by the claimant, the selection of the appropriate "Matching Methodology" to be utilized, and/or the allocation of revenue and/or expenses impacting the causation calculation under Exhibit 4B of the Settlement Agreement or having a significant impact on the compensation payable.

4

**Statement of Policy**

The Claims Administrator thus adopts the following "policy for handling BEL claims in which the claimant's financial records do not match revenue with corresponding variable expenses" as ordered by the Court.

**I.      Identification of "unmatched claims."**

A.      The criteria to be used in identifying "unmatched claims," other than with respect to Failed Businesses, Failed Start-Up Businesses and Start-Up Businesses, will be the same as those set out in the Declaration of Patrick A. Juneau, Claims Administrator, dated October 25, 2013.

The process for identifying those claims whose submitted financial records fail to sufficiently match revenues with expenses shall be the following:

If the monthly profit and loss statements submitted by a claimant, restated by the CSSP Accounting Vendors for any identified errors, meet any one of the following criteria, then the claim shall be identified for a further matching analysis as described below:

1.      negative total revenue is recorded for any month included within the Benchmark Year(s), Compensation Year or 2011;

2.      total revenue recorded in any month included in the Benchmark Year(s), Compensation Year or 2011 exceeds 20% of the claimant's annual revenue for the year which includes that month;

3.      the monthly profit and loss statements or other documentation submitted shows that the claimant's business experienced a period of dormancy during the Benchmark Year(s), Compensation Year or 2011;

4.      total variable expenses when summed up are negative for any month within the Benchmark Year(s) or Compensation Year;

5.      total variable expenses for any month within the Benchmark Year(s) or Compensation Year exceed 25% of the claimant's annual variable expense for the year which includes that month;

6.      variable margin percentages when compared between any two months included within the Benchmark Year(s) and Compensation Year vary by more than 50 percentage points; or,

7.      in any given month within the Benchmark Year(s) or Compensation Year, the variance between that month's percentage of annual revenues as compared to that same month's percentage of annual variable expenses exceeds 8 percentage points.

5

Any claim, whether based on accrual, cash or another basis of accounting books and records, that does not fall within one of the foregoing seven criteria shall be presumed to be "sufficiently matched," provided; however, that if in the professional judgment of the CSSP Accounting Vendors, a claimant's financial records contain other significant indicia that the claim may not be "sufficiently matched," the CSSP reserves the right to identify such claim for further matching analysis as set forth below.

With respect to any claims where matching is determined to be an issue as set forth in this paragraph I.A. above, the CSSP Accounting Vendors will exercise their professional judgment to determine whether that claim is "sufficiently matched" based upon the evaluation of the information submitted and available to them, including, when applicable, the nature and complexity of the industry or business in question, particularly with regard to claims based upon cash-basis accounting records.

For those claims determined *to* be sufficiently matched, the CSSP Accounting Vendors will utilize claimant-submitted accounting records (adjusted for any identified accounting errors) to calculate compensation as set forth in the Settlement Agreement.

For those claims determined *not* to be sufficiently matched, the CSSP Accounting Vendors will adjust the claimant-submitted accounting records as outlined in paragraph II below in order to achieve sufficient matching as per the orders of the Court.

B.      As to Failed Businesses and Failed Start-Up Businesses and as to Start-Up Businesses, identification of "unmatched claims" will be determined as set out in Attachments G and H to this policy.

## II.    Adjustment of "unmatched claims . . . in light of the necessity of revenue and expense matching to realistic measurement of economic loss."

For those claims determined under paragraph I above *not* to be sufficiently matched, the below methodologies will be utilized to achieve sufficient matching as per the orders of the Court.

A.      Determination of Applicable Methodology.

Claims will be assigned to an industry type for purposes of these methodologies using NAICS codes as outlined in **Attachment A**.  To the extent that in the professional judgment of the CSSP Accounting Vendors assignment to a methodology by such NAICS code is inappropriate based on that claimant's particular business activities, the CSSP reserves the right to revise the applicable methodology to achieve sufficient matching as ordered by the Court.  All claims submitted with P&Ls that are deemed not to be sufficiently matched, will be processed under one of the Methodologies set forth below.  Note: no claim will be processed under an individually tailored approach to resolve matching issues.

444895
3/137/14

B.    <u>Annual Variable Margin Methodology for "Unmatched" Claims.</u>

**See Attachment B**.

C.    <u>Construction Claims.</u>

**See Attachment C**.

D.    <u>Agriculture Claims.</u>

**See Attachment D**.

E.    <u>Educational Institutions Claims.</u>

**See Attachment E**.

F.    <u>Professional Services Claims.</u>

**See Attachment F**.

G.    <u>Failed Businesses and Failed Start-Up Businesses.</u>

**See Attachment G**.

H.    <u>Start-Up Businesses.</u>

**See Attachment H**.


Under the above methodologies, the guiding principle has been to utilize the claimant's contemporaneous P&Ls where there is no indicia of a mismatch of revenue and expenses. Where matching issues have been identified the approach will be, wherever possible, to amend the P&Ls utilized as inputs to the compensation calculation and to the extent possible calculate Step 1 and Step 2 compensation in accordance with the Settlement Agreement.

Contemporaneous P&Ls submitted by the claimant will be restated if in analyzing and processing a claim, the CSSP Accounting Vendors identify either an error (as previously defined) or a mismatch of revenue and variable expenses which can be explained and supported by appropriate documentation. If matching issues remain after such restatements, revenue and/or variable expenses[5] will be allocated as per one of the methodologies set forth in Attachments B through H.

As it relates to adjusting the inputs to better match revenue with corresponding variable expenses, the methodologies require the reallocation of revenue, expenses or both for both the

---

[5] In the case of a Failed Business of Failed Start-Up Business any identified allocation will include all expenses that fall within EBITDA, as defined in Exhibit 6 of the Settlement Agreement.

444895
3/13/14

Benchmark and Compensation Periods.  In the Attachments to this Policy, references to "variable expenses" include "variable payroll expenses," as computed under Exhibit 4C of the Settlement Agreement.  In identifying the two months between May 2010 and December 2010 with the lowest Total Payroll Expense, the CSSP Accounting Vendors will utilize the contemporaneous P&Ls after any restatement for errors (as previously defined) and/or a mismatch of revenue and payroll expenses which can be explained and supported by appropriate documentation, but prior to any allocation of revenue and/or variable expenses under the methodologies set forth in the Attachments B through H (excluding G).

Claimants may be required to provide additional information under the methodologies outlined in the attachments.  This may include information prior to the Benchmark Period or subsequent to the Compensation Period (i.e., where the claimant has adopted a Fiscal Year that differs from a calendar year).

8

444895
3/13/14

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT A - NAICS CODES ASSIGNED TO MATCHING FRAMEWORK**

In developing a methodology to address claims that have been deemed not to be 'sufficiently matched,' several methodologies have been developed to address unique factors common to the manner in which certain industries operate and record their financial information:

- Annual Variable Margin Methodology (otherwise referred to as "Short Revenue Cycle") – Attachment B

- Construction – Attachment C

- Agriculture – Attachment D

- Educational Institutions – Attachment E

- Professional Services – Attachment F

This document summarizes NAICS codes that will likely fall into each methodology.  However, it is important to note that a claimant with a given NAICS code will not automatically be assigned to a given methodology by virtue of the NAICS code if, in the judgment of the Claims Administrator's office, there are factors that indicate that revenues and expenses would be more sufficiently matched by applying an alternative methodology.  As a result, some businesses within a certain three-digit NAICS Subsector may be treated under a different methodology from others within the same Subsector.

In identifying those NAICS codes that would most likely fall into each methodology, there is a particular focus on the 'specialty' methodologies – Construction, Professional Services, Agriculture, and Educational Institutions – with all other NAICS codes defaulting to the Annual Variable Margin (Short Revenue Cycle) methodology.

Set out below is a summary of how the NAICS codes are presently assigned.

A1

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT A - NAICS CODES ASSIGNED TO MATCHING FRAMEWORK**

## Construction[6]

236xxx - Construction of Buildings

| 2361XX | Residential Building Construction |
|---|---|
| 2362XX | Nonresidential Building Construction |

237xxx - Heavy and Civil Engineering Construction

| 2371XX | Utility System Construction |
|---|---|
| 2372XX | Land Subdivision |
| 2373XX | Highway, Street, and Bridge Construction |
| 2379XX | Other Heavy and Civil Engineering Construction |

238xxx - Specialty Trade Contractors

| 2381XX | Foundation, Structure, and Building Exterior Contractors |
|---|---|
| 2382XX | Building Equipment Contractors |
| 2383XX | Building Finishing Contractors |
| 2389XX | Other Specialty Trade Contractors |

336xxx - Transportation Equipment Manufacturing

| 3361XX | Motor Vehicle Manufacturing |
|---|---|
| 3362XX | Motor Vehicle Body and Trailer Manufacturing |
| 3363XX | Motor Vehicle Parts Manufacturing |
| 3364XX | Aerospace Product and Parts Manufacturing |
| 3365XX | Railroad Rolling Stock Manufacturing |
| 3366XX | Ship and Boat Building |
| 3369XX | Other Transportation Equipment Manufacturing |

321xxx - Wood Product Manufacturing

| 3211XX | Sawmills and Wood Preservation |
|---|---|
| 3212XX | Veneer, Plywood, and Engineered Wood Product Manufacturing |
| 3219XX | Other Wood Product Manufacturing |

[6] A claimant with a given NAICS code will not automatically be assigned to a given methodology by virtue of the NAICS code if, in the judgment of the Claims Administrator's office, there are factors that indicate that revenues and expenses would be more sufficiently matched by applying an alternative methodology. As a result, some businesses within a certain three-digit NAICS Subsector may be treated under a different methodology from others within the same Subsector

A2

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT A - NAICS CODES ASSIGNED TO MATCHING FRAMEWORK**

# Agriculture[7]

111xxx – Crop Production

| | |
|---|---|
| 1111XX | Oilseed and Grain Farming |
| 1112XX | Vegetable and Melon Farming |
| 1113XX | Fruit and Tree Nut Farming |
| 1114XX | Greenhouse, Nursery, and Floriculture Production |
| 1119XX | Other Crop Farming |

115xxx – Support Activities for Agriculture

| | |
|---|---|
| 1151XX | Support Activities for Crop Production |

---

[7] A claimant with a given NAICS code will not automatically be assigned to a given methodology by virtue of the NAICS code if, in the judgment of the Claims Administrator's office, there are factors that indicate that revenues and expenses would be more sufficiently matched by applying an alternative methodology.  As a result, some businesses within a certain three-digit NAICS Subsector may be treated under a different methodology from others within the same Subsector

A3

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT A - NAICS CODES ASSIGNED TO MATCHING FRAMEWORK

## Educational Institutions[8]

611xxx – Educational Services

| | |
|---|---|
| 6111XX | Elementary and Secondary Schools |
| 6112XX | Junior Colleges |
| 6113XX | Colleges, Universities, and Professional Schools |
| 6114XX | Business Schools and Computer and Management Training |
| 6115XX | Technical and Trade Schools |
| 6116XX | Other Schools and Instruction |
| 6117XX | Educational Support Services |

---

[8] A claimant with a given NAICS code will not automatically be assigned to a given methodology by virtue of the NAICS code if, in the judgment of the Claims Administrator's office, there are factors that indicate that revenues and expenses would be more sufficiently matched by applying an alternative methodology. As a result, some businesses within a certain three-digit NAICS Subsector may be treated under a different methodology from others within the same Subsector

A4

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT A - NAICS CODES ASSIGNED TO MATCHING FRAMEWORK**

## Professional Services[9]

541xxx - Professional, Scientific, and Technical Services

| | |
|---|---|
| 5411XX | Legal Services |
| 5412XX | Accounting, Tax Preparation, Bookkeeping, and Payroll Services |
| 5413XX | Architectural, Engineering, and Related Services |
| 5414XX | Specialized Design Services |
| 5415XX | Computer Systems Design and Related Services |
| 5416XX | Management, Scientific, and Technical Consulting Services |
| 5417XX | Scientific Research and Development Services |
| 5418XX | Advertising, Public Relations, and Related Services |
| 5419XX | Other Professional, Scientific, and Technical Services |

---

[9] A claimant with a given NAICS code will not automatically be assigned to a given methodology by virtue of the NAICS code if, in the judgment of the Claims Administrator's office, there are factors that indicate that revenues and expenses would be more sufficiently matched by applying an alternative methodology.  As a result, some businesses within a certain three-digit NAICS Subsector may be treated under a different methodology from others within the same Subsector

A5

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT B - Annual Variable Margin Methodology**

The methodology outlined below – "the Annual Variable Margin Methodology" - shall be applied to adjust a claimant's contemporaneous P&Ls that have been deemed not to be "sufficiently matched." This methodology will not apply to claimants who's submitted P&Ls have been deemed "sufficiently matched," which claims will be processed under the methodology set forth in Exhibit 4C of the Settlement Agreement, utilizing the contemporaneous P&Ls.  This methodology will not apply to claimants in the construction, agriculture or educational industries, nor will it apply to professional services firms, for which tailored methodologies have been developed.  Furthermore, this methodology does not apply to claimants who meet the definition of a Start-Up Business, Failed Business or Failed Start-up Business.

The approach outlined below does not alter the structure as to how compensation is calculated under the Settlement Agreement but does, if matching issues are identified, amend the P&Ls utilized in such calculations.  The calculations of both Step 1 and 2 compensation will be consistent with that prescribed by Exhibit 4C of the Settlement Agreement.

**Annual Variable Margin Methodology**

1.   The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2.   If the CSSP Accounting Vendors identify an error(s)[10] in how the claimant has accounted for revenue or expenses, correcting entries will be made to the P&Ls to restate revenue and expenses to

---

[10] "Errors" will be defined as accounting transactions that have been identified in the ordinary course of processing to have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying applicable accounting principles based on the claimant's method of accounting; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories. Recognizing that the Settlement Agreement does not mandate that the P&Ls be based on GAAP or any particular basis of accounting, the

B1

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT B - Annual Variable Margin Methodology**

the appropriate month.  Where revenue has been restated a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the Revenue Pattern Test per Exhibit 4B of the Settlement Agreement.

3.  If adjustments made in accord with 2. above result in restated P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 4C of the Settlement Agreement using such P&Ls.

4.  If adjustments made in accord with 2. above result in restated P&Ls that are not deemed to be sufficiently matched, the claim will be analyzed to calculate the "Corresponding variable expenses," calculated as follows:

a.  Benchmark Period[11]:

i.  Monthly corresponding variable expenses for each Fiscal Year included in the Benchmark Period will be calculated based on the percentage relationship between the sum of all variable expenses for the three (3) respective Fiscal Years , (as provided) prior to the spill and total revenue for the same Fiscal Year.  This will yield a separate variable expense percentage for each Fiscal Year included in the Benchmark Period.

ii.  This Variable Expense percentage (specific for each individual Fiscal Year included in the Benchmark Period) is applied to the specific monthly revenue amounts in each Fiscal Year included in the Benchmark Period to calculate the corresponding variable expenses for each month.

---

CSSP will analyze the P&Ls under the basis (e.g., accrual, cash, modified cash, income tax, etc.) of accounting used by the claimant in the normal course of business and reflected in the contemporaneous P&Ls. In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors if the entries were made using in good faith with the best available information at the time.

[11]  Benchmark Period for the purpose of calculating the annual variable margin expense percentage could be either 2009; the average of 2008 and 2009; or the average of 2007, 2008 and 2009.

B2

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT B - Annual Variable Margin Methodology**

    b.   Compensation Period:

        i.   Monthly corresponding variable expenses during the Compensation Period will be calculated based on the percentage relationship between the sum of all variable expenses for those Fiscal Years included in the Compensation Period and total revenue for the same period.

        ii.   Where the claimant's Fiscal Year is not on a calendar year basis, this will result in a separate variable expense percentages for months covered by each Fiscal Year included in Compensation Period.

        iii.   This variable expense percentage is applied to the specific monthly revenue amounts in each Fiscal Year included in the Compensation Period to calculate the corresponding variable expenses for each month.

    c.   Variable Margin – (Calculated for the Benchmark Period only for Step 2 compensation calculation):

        i.   Sum Variable Profit from May through December of the periods selected by the claimant to be used for the Benchmark Period (i.e. Optimal Benchmark Period).

        ii.   Sum total revenue from May through December of the periods selected by the claimant to be used for the Benchmark Period (i.e. Optimal Benchmark Period).

        iii.   Calculate Variable Margin percent as Variable Profit calculated in (i) divided by total revenue calculated in (ii).

5.    The P&Ls, allocated for the corresponding variable expenses calculated in Step 4 above, are utilized as the input for calculating compensation under Exhibit 4C of the Settlement Agreement:

    a.   Step 1 of the compensation calculation is determined as the difference in Variable Profit between the Compensation Period selected by the claimant and the Variable Profit over the comparable months of the Benchmark Period.  The Compensation Period is selected by the claimant to include three or more consecutive months between May 2010 and December 2010.

B3

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT B - Annual Variable Margin Methodology**

b.  Step 2 of the compensation calculation is based on the claimant's growth in revenue in January 2010 through April of 2010 relative to the same months of the claimant-selected Benchmark Period.  The claimant may select a six-consecutive month period between May 2010 to December 2010, unless the claimant chose a seven-consecutive-month or eight-consecutive-month period in Step 1, in which case that same period of identical consecutive months shall be used for Step 2:

i.  To compute the Claimant Specific Factor, the total revenue from January 2010 to April 2010 will be compared to January to April revenue of the Optimum Benchmark Period (i.e., 2009, average of 2008/2009, or average of 2007/2008/2009).

B4

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT B - Annual Variable Margin Methodology**

**Illustrative Example - Annual Variable Margin Methodology**

Assume that the claimant has adopted a calendar year Fiscal Year and has an Optimal Benchmark Period of May through December of 2008 and 2009

The contemporaneous P&Ls provided by the Claimant:

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 275 | 300 | 325 | 325 | 900 | 600 | 325 | 300 | 350 | 325 | 300 | 275 | 4,600 |
| Variable expenses | (150) | (125) | (125) | (300) | (125) | (275) | (150) | (150) | (225) | (150) | (175) | (125) | (2,075) |
|  | 125 | 175 | 200 | 25 | 775 | 325 | 175 | 150 | 125 | 175 | 125 | 150 | 2,525 |
| Variable expenses as a % of revenue | 55% | 42% | 38% | 92% | 14% | 46% | 46% | 50% | 64% | 46% | 58% | 45% | 45% |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 300 | 325 | 350 | 350 | 500 | 800 | 350 | 275 | 275 | 350 | 325 | 300 | 4,500 |
| Variable expenses | (175) | (125) | (275) | (225) | (275) | (300) | (125) | (225) | (275) | (175) | (100) | (150) | (2,425) |
|  | 125 | 200 | 75 | 125 | 225 | 500 | 225 | 50 | 0 | 175 | 225 | 150 | 2,075 |
| Variable expenses as a % of revenue | 58% | 38% | 79% | 64% | 55% | 38% | 36% | 82% | 100% | 50% | 31% | 50% | 54% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 375 | 350 | 350 | 375 | 300 | 225 | 225 | 250 | 275 | 275 | 250 | 225 | 3,475 |
| Variable expenses | (175) | (125) | (225) | (200) | (125) | (75) | (150) | (150) | (125) | (150) | (100) | (125) | (1,725) |
|  | 200 | 225 | 125 | 175 | 175 | 150 | 75 | 100 | 150 | 125 | 150 | 100 | 1,750 |
| Variable expenses as a % of revenue | 47% | 36% | 64% | 53% | 42% | 33% | 67% | 60% | 45% | 55% | 40% | 56% | 50% |

To calculate the corresponding variable expenses:

| | |
|---|---|
| Benchmark Period: Revenue 2008 | 4,600 |
| Benchmark Period: Variable Expenses 2008 | (2,075) |
| Variable expenses as a % of revenue | 45% |
| Benchmark Period: Revenue 2009 | 4,500 |
| Benchmark Period: Variable Expenses 2009 | (2,425) |
| Variable expenses as a % of revenue | 54% |
| Compensation Period: Revenue 2010 | 3,475 |
| Compensation Period: Variable Expenses 2010 | (1,725) |
| Variable expenses as a % of Revenue | 50% |

B5

## BEL Claims – Matching of Revenues and Expenses

## ATTACHMENT B - Annual Variable Margin Methodology

Applying the corresponding variable expense percentages, the variable expenses reported on the P&Ls would be allocated as follows:

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 275 | 300 | 325 | 325 | 900 | 600 | 325 | 300 | 350 | 325 | 300 | 275 | 4,600 |
| Variable expenses | (124) | (135) | (147) | (147) | (406) | (271) | (147) | (135) | (158) | (147) | (135) | (124) | (2,075) |
| Variable expenses as a % of revenue | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% | |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 300 | 325 | 350 | 350 | 500 | 800 | 350 | 275 | 275 | 350 | 325 | 300 | 4,500 |
| Variable expenses | (162) | (175) | (189) | (189) | (269) | (431) | (189) | (148) | (148) | (189) | (175) | (162) | (2,425) |
| Variable expenses as a % of revenue | 54% | 54% | 54% | 54% | 54% | 54% | 54% | 54% | 54% | 54% | 54% | 54% | |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 375 | 350 | 350 | 375 | 300 | 225 | 225 | 250 | 275 | 275 | 250 | 225 | 3,475 |
| Variable expenses | (186) | (174) | (174) | (186) | (149) | (112) | (112) | (124) | (137) | (137) | (124) | (112) | (1,725) |
| Variable expenses as a % of revenue | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | |

Step 1 and Step 2 compensation would be computed as:

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Benchmark Period (Average 2008 & 2009)** | | | | | | | | | | | | | |
| Revenue | 288 | 313 | 338 | 338 | 700 | 700 | 338 | 288 | 313 | 338 | 313 | 288 | 4,550 |
| Variable expenses | (143) | (155) | (168) | (168) | (338) | (351) | (168) | (142) | (153) | (168) | (155) | (143) | (2,250) |
| Variable Profit | 145 | 157 | 170 | 170 | 362 | 349 | 170 | 146 | 159 | 170 | 157 | 145 | 2,300 |
| Variable Profit % | 50% | 50% | 50% | 50% | 52% | 50% | 50% | 51% | 51% | 50% | 50% | 50% | 51% |
| | | | | | | | | | | | | | |
| **Compensation Period (2010/11)** | | | | | | | | | | | | | |
| Revenue | 375 | 350 | 350 | 375 | 300 | 225 | 225 | 250 | 275 | 275 | 250 | 225 | 3,475 |
| Variable expenses | (186) | (174) | (174) | (186) | (149) | (112) | (112) | (124) | (137) | (137) | (124) | (112) | (1,725) |
| Variable Profit | 189 | 176 | 176 | 189 | 151 | 113 | 113 | 126 | 138 | 138 | 126 | 113 | 1,750 |
| Variable Profit % | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |

**Step 1**

Optimum Benchmark Period identified as May to Dec

| | |
|---|---|
| Total variable profit May to December (Benchmark) | 1,658 |
| Total variable profit May to December (Compensation) | 1,020 |
| Step 1 Compensation (pre-RTP) | 639 |

**Step 2**

Optimum Benchmark Period from May to December, 2008 and 2009

| | |
|---|---|
| Revenue Jan 2010 to April 2010 | 1,450 |
| Revenue Jan to April (average for 2008 & 2009) | 1,275 |
| Revenue increase/(decrease) | 175 |
| Revenue Increase/(decrease) Percentage | 14% |
| Claimant Specific Growth Factor | 10% [Max of 10%, Min of -2%] |
| General Adjustment Factor | 2% |

| | |
|---|---|
| Optimum Benchmark Period Revenue (May to December, 2008 & 2009) | 3,275 |
| Incremental Revenue | 393 |
| Variable profit for benchmark period | 51% |
| Step 2 compensation (pre-RTP) | 199 |

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT C - Construction Methodology

The methodology outlined below – "the Construction Methodology" – is a deviation from the Annual Variable Margin Methodology described in Attachment B.  This methodology is premised on the assumption that variable expenses of a construction claimant are more accurately recorded on monthly P&Ls than are revenues[12].  Percentage of completion accounting for revenue by a construction company is based on estimates that may only be updated at the end of reporting periods (e.g., at the Fiscal Year end) rather than a monthly basis.  As such, matching issues may arise when significant adjustments are recorded to reflect more accurate estimates at quarter and/or year ends.  The Construction Methodology calls, therefore, to reallocate revenues in order to best achieve sufficient matching of revenue and expenses.

This Construction Methodology shall be applied to adjust a construction claimant's contemporaneous P&Ls that have been deemed not to be "sufficiently matched."  This methodology will not apply to claims whose submitted P&Ls were prepared under either a percentage of completion or completed contract basis of accounting that are deemed (after applying the criteria set forth in Section I.A. of this Policy) "sufficiently matched," which claims will be processed under the methodology set forth in Exhibit 4C of the Settlement Agreement, utilizing the contemporaneous P&Ls.  This revised methodology does not apply to a construction claimant that meets the definition of a Start-Up Business, Failed Business or Failed Start-up Business.

The approach outlined below does not alter the structure as to how compensation is calculated under the Settlement Agreement but does amend the P&Ls utilized in such calculations.  The calculations of both Step 1 and Step 2 compensation will be consistent with that prescribed by Exhibit 4C of the Settlement Agreement.

---

[12] Prior to the application of this methodology, the CSSP Accounting Vendors will analyze the variable expenses to the extent necessary.

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT C - Construction Methodology**

As a consequence of allocating revenue based on that month's variable expenses as a percentage of annual variable expenses, the revenue recorded on the allocated P&Ls can no longer be attributed to individual customers.  Accordingly, the allocated P&Ls cannot be utilized for the purpose of determining causation for any claimant required to satisfy a Customer Mix Test, per Exhibit 4B of the Settlement Agreement.  Under the Construction Methodology, for any claimant required to satisfy a Customer Mix Test to demonstrate causation, the CSSP will utilize the contemporaneous P&Ls (restated for errors) for the Customer Mix Test element of the causation assessment, but will utilize the restated and allocated P&Ls for assessing the Revenue Pattern Test under Exhibit 4B of the Settlement Agreement, and in computing compensation.[13]

**Construction Methodology**

1. The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2. If the CSSP Accounting Vendor identifies an error(s)[14] in how the claimant has accounted for revenue or variable expenses, correcting entries will be made to the P&Ls to restate revenue and

---

[13] This would supersede, for construction companies only, Policy 464 as it relates to the requirement to utilize the same P&Ls for determining causation and calculating compensation.  However, as per the "Addendum To Causation Requirements for Business Economic Loss Claims and Compensation Framework for Business Economic Loss Claims" while the "claimant is not required to use the same months in the Benchmark Period for purposes of establishing causation pursuant to Ex. 4B [of the Settlement Agreement] and determining compensation pursuant to Ex. 4C [of the Settlement Agreement]" the "same Benchmark Period year(s) are used for the purpose of determining both causation and compensation."  Accordingly, the claimant may elect which months to utilize to demonstrate causation under the customer mix test, but must utilize the same Benchmark years as those used to calculate compensation.

[14] "Errors" will be defined as accounting transactions that have been identified in the ordinary course of processing to have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying applicable accounting principles based on the claimant's method of accounting; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories. Recognizing that the

C2