# BEL Claims – Matching of Revenues and Expenses

## ATTACHMENT D – Agriculture Methodology

### Illustrative Example – Agriculture Claims

Assume that the claimant adopted a calendar year Fiscal Year and has an Optimal Benchmark Period of May through December of 2008 and 2009.

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 60 | 15 | 0 | 0 | 0 | 200 | 15 | 35 | 25 | 70 | 100 | 515 | 1,035 |
| Variable expenses | (60) | (3) | (11) | (11) | (20) | (30) | (200) | (125) | (100) | (20) | (20) | (20) | (620) |
| Variable Profit | 0 | 12 | (11) | (11) | (20) | 170 | (185) | (90) | (75) | 50 | 80 | 495 | 415 |
| Variable Profit % | 0% | 80% | 0% | 0% | 0% | 85% | -1233% | -257% | -300% | 71% | 80% | 96% | 40% |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 0 | 15 | 5 | 5 | 0 | 0 | 85 | 25 | 5 | 100 | 100 | 300 | 640 |
| Variable expenses | 0 | (5) | (10) | (15) | (10) | (25) | (85) | (115) | (100) | (10) | (20) | (20) | (415) |
| Variable Profit | 0 | 10 | (5) | (10) | (10) | (25) | 0 | (90) | (95) | 90 | 80 | 280 | 225 |
| Variable Profit % | 0% | 67% | -100% | -200% | 0% | 0% | 0% | -360% | -1900% | 90% | 80% | 93% | 35% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 5 | 0 | 20 | 0 | 0 | 10 | 0 | 0 | 95 | 270 | 45 | 30 | 475 |
| Variable expenses | (75) | 0 | (80) | (15) | (60) | (35) | (25) | (25) | (15) | (20) | (60) | (5) | (415) |
| Variable Profit | (70) | 0 | (60) | (15) | (60) | (25) | (25) | (25) | 80 | 250 | (15) | 25 | 60 |
| Variable Profit % | -1400% | 0% | -300% | 0% | 0% | -250% | 0% | 0% | 84% | 93% | -33% | 83% | 13% |

| 2011 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 5 | 0 | 20 | 100 | 0 | 10 | 0 | 0 | 95 | 270 | 45 | 5 | 550 |
| Variable expenses | (75) | 0 | (110) | (15) | (60) | (35) | (25) | (25) | (15) | (20) | (60) | (5) | (445) |
| Variable Profit | (70) | 0 | (90) | 85 | (60) | (25) | (25) | (25) | 80 | 250 | (15) | 0 | 105 |
| Variable Profit % | -1400% | 0% | -450% | 85% | 0% | -250% | 0% | 0% | 84% | 93% | -33% | 0% | 19% |

D8

# BEL Claims – Matching of Revenues and Expenses

## ATTACHMENT D – Agriculture Methodology

## Allocate revenue

**Assumptions:**
Revenue recorded prior to October in any given year represents crops generated from the previous year's "crop season."
Revenue collected between October and December represents the sale of crops from the current "crop season."
The crop season in each year ran from April through September (6 months).

**Revenue Allocation**

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Sales in Subsequent Year | | | | 23 | 23 | 23 | 23 | 23 | 23 | | | | 140 |
| Revenue - Sales in Current Year | | | | 114 | 114 | 114 | 114 | 114 | 114 | | | | 685 |
| Variable expenses | (60) | (3) | (11) | (11) | (20) | (30) | (200) | (125) | (100) | (20) | (20) | (20) | (620) |
| Variable Profit | (60) | (3) | (11) | 127 | 118 | 108 | (63) | 13 | 38 | (20) | (20) | (20) | 205 |
| Variable Profit % | - | - | - | 92% | 85% | 78% | -45% | 9% | 27% | - | - | - | 25% |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Sales in Subsequent Year | | | | 22 | 22 | 22 | 22 | 22 | 22 | | | | 130 |
| Revenue - Sales in Current Year | | | | 83 | 83 | 83 | 83 | 83 | 83 | | | | 500 |
| Variable expenses | 0 | (5) | (10) | (15) | (10) | (25) | (85) | (115) | (100) | (10) | (20) | (20) | (415) |
| Variable Profit | 0 | (5) | (10) | 90 | 95 | 80 | 20 | (10) | 5 | (10) | (20) | (20) | 215 |
| Variable Profit % | - | - | - | 86% | 90% | 76% | 19% | -10% | 5% | - | - | - | 34% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Sales in Subsequent Year | | | | 38 | 38 | 38 | 38 | 38 | 38 | | | | 230 |
| Revenue - Sales in Current Year | | | | 58 | 58 | 58 | 58 | 58 | 58 | | | | 345 |
| Variable expenses | (75) | 0 | (80) | (15) | (60) | (35) | (25) | (25) | (15) | (20) | (60) | (5) | (415) |
| Variable Profit | (75) | 0 | (80) | 81 | 36 | 61 | 71 | 71 | 81 | (20) | (60) | (5) | 160 |
| Variable Profit % | - | - | - | 84% | 37% | 63% | 74% | 74% | 84% | - | - | - | 28% |

## Allocate variable expenses:

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Sales in Subsequent Year | 0 | 0 | 0 | 23 | 23 | 23 | 23 | 23 | 23 | 0 | 0 | 0 | 140 |
| Revenue - Sales in Current Year | 0 | 0 | 0 | 114 | 114 | 114 | 114 | 114 | 114 | 0 | 0 | 0 | 685 |
| Variable expenses | 0 | 0 | 0 | (103) | (103) | (103) | (103) | (103) | (103) | 0 | 0 | 0 | (620) |
| Variable Profit | 0 | 0 | 0 | 34 | 34 | 34 | 34 | 34 | 34 | 0 | 0 | 0 | 205 |
| Variable Profit % | - | - | - | 25% | 25% | 25% | 25% | 25% | 25% | - | - | - | 25% |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Sales in Subsequent Year | 0 | 0 | 0 | 22 | 22 | 22 | 22 | 22 | 22 | 0 | 0 | 0 | 130 |
| Revenue - Sales in Current Year | 0 | 0 | 0 | 83 | 83 | 83 | 83 | 83 | 83 | 0 | 0 | 0 | 500 |
| Variable expenses | 0 | 0 | 0 | (69) | (69) | (69) | (69) | (69) | (69) | 0 | 0 | 0 | (415) |
| Variable Profit | 0 | 0 | 0 | 36 | 36 | 36 | 36 | 36 | 36 | 0 | 0 | 0 | 215 |
| Variable Profit % | - | - | - | 34% | 34% | 34% | 34% | 34% | 34% | - | - | - | 34% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Sales in Subsequent Year | 0 | 0 | 0 | 38 | 38 | 38 | 38 | 38 | 38 | 0 | 0 | 0 | 230 |
| Revenue - Sales in Current Year | 0 | 0 | 0 | 58 | 58 | 58 | 58 | 58 | 58 | 0 | 0 | 0 | 345 |
| Variable expenses | 0 | 0 | 0 | (69) | (69) | (69) | (69) | (69) | (69) | 0 | 0 | 0 | (415) |
| Variable Profit | 0 | 0 | 0 | 27 | 27 | 27 | 27 | 27 | 27 | 0 | 0 | 0 | 160 |
| Variable Profit % | - | - | - | 28% | 28% | 28% | 28% | 28% | 28% | - | - | - | 28% |

D9

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT D – Agriculture Methodology

## Step 1 and Step 2 compensation

## Optimum benchmark period is May to December

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Benchmark Period (Average 2008 and 2009)** | | | | | | | | | | | | | |
| Revenue | 0 | 0 | 0 | 121 | 121 | 121 | 121 | 121 | 121 | 0 | 0 | 0 | 728 |
| Variable expenses | 0 | 0 | 0 | (86) | (86) | (86) | (86) | (86) | (86) | 0 | 0 | 0 | (518) |
| Variable Profit | 0 | 0 | 0 | 35 | 35 | 35 | 35 | 35 | 35 | 0 | 0 | 0 | 210 |
| Variable Profit % | - | - | - | 29% | 29% | 29% | 29% | 29% | 29% | - | - | - | 29% |
| | | | | | | | | | | | | | |
| **Compensation Period (2010)** | | | | | | | | | | | | | |
| Revenue | 0 | 0 | 0 | 96 | 96 | 96 | 96 | 96 | 96 | 0 | 0 | 0 | 575 |
| Variable expenses | 0 | 0 | 0 | (69) | (69) | (69) | (69) | (69) | (69) | 0 | 0 | 0 | (415) |
| Variable Profit | 0 | 0 | 0 | 27 | 27 | 27 | 27 | 27 | 27 | 0 | 0 | 0 | 160 |
| Variable Profit % | - | - | - | 28% | 28% | 28% | 28% | 28% | 28% | - | - | - | 28% |

**Step 1**
Optimum Period identified as May to Dec

| | |
|---|---|
| Total variable profit May to December (Benchmark) | 175 |
| Total variable profit May to December (Compensation) | 133 |
| Step 1 Compensation (pre-RTP) | 42 |

**Step 2**
Optimum Period from May to December, 2008 and 2009

| | |
|---|---|
| Revenue Jan 2010 to April 2010 | 96 |
| Revenue Jan to April (average for 2008 & 2009) | 121 |
| Revenue increase/(decrease) | (25) |
| Revenue Increase/(decrease) Percentage | -21% |
| Claimant Specific Growth Factor | -2% [Max of 10%, Min of -2%] |
| General Adjustment Factor | 2% |

| | |
|---|---|
| Average Revenue for the Benchmark Period (May-Dec 2008 & 2009) | 606 |
| Incremental Revenue | 0 |
| Average Variable profit for Benchmark Period (May-Dec 2008 & 2009 | 29% |
| Step 2 compensation (pre-RTP) | 0 |

D10

## **BEL Claims – Matching of Revenues and Expenses**

### **ATTACHMENT E – Educational Institutions Methodology**

The methodology outlined below – "the Educational Institutions Methodology" – is a deviation from the Annual Variable Margin Methodology described in Attachment B.  [As stated in the Claims Administrator's Proposed Policy dated February 12, 2104, this Framework constitutes "a deviation from the existing methodology set forth in Exhibit 4C."[34]  It completely re-writes the Settlement Agreement with respect to ("insufficiently matched") Educational Institution Claims.]  The majority of educational institution claims presented to the program to date have maintained books and records on a cash basis.

While attendees at K-12 educational institutions are commonly billed for an academic year's tuition, colleges and universities may bill an attendee on a semester or trimester basis.  The timing of payments received for such tuition can vary from an upfront payment to cover the entire tuition period, or under a payment plan that permits monthly or quarterly payments, or for each semester/trimester.  Matching issues arise when tuition fees are recorded and/or paid on a claimant's P&Ls in months different from when the education is provided and expenses are incurred and/or recorded.  The Educational Institutions Methodology calls, therefore, to allocate revenues in order to better achieve sufficient matching of revenue and expenses.  Variable expenses will also be allocated to those periods when the revenue was earned.

This Educational Institutions Methodology shall be applied to adjust an educational institution claimant's contemporaneous P&Ls that have been deemed not to be "sufficiently matched."  This methodology will not apply to claimants that submitted P&Ls deemed "sufficiently matched," which claims will be processed under the methodology set forth in Exhibit 4C of the Settlement Agreement, utilizing the contemporaneous P&Ls (restated for identified errors).  This revised methodology does not apply to an educational institution claimant that meets the definition of a Start-Up Business, Failed Business or Failed Start-up Business.

---

[34] During the meeting with the Program Accountants on February 20, 2014, Mr. John Petzold from PwC further acknowledged that the proposed Educational Institution Framework was not based on the Settlement Agreement, but is a new methodology, which, when using only one benchmark year, effectively eliminates the "Step Two" Calculation to which the BEL Claimant is entitled under Exhibit 4C.

E1

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT E – Educational Institutions Methodology**

The approach outlined below does not alter the structure as to how compensation is calculated under the Settlement Agreement but does amend the P&Ls utilized in such calculations. The calculations of both Step 1 and Step 2 compensation will be consistent with that prescribed by Exhibit 4C of the Settlement Agreement.

**Educational Institutions Methodology**

1. The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors [see comments above], and indicators of insufficient matching of revenue and variable expenses. Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant. [see comments above]

2. If the CSSP Accounting Vendor identifies an error(s) [see comments above][35] in how the claimant has accounted for revenue or variable expenses, correcting entries will be made to the P&Ls to restate revenue and variable expenses to the appropriate month. Where revenue has been restated a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the Revenue Pattern Test per Exhibit 4B of the Settlement Agreement.

3. If adjustments made in accord with 2. above result in restated P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 4C of the Settlement Agreement using such P&Ls.

---

[35] "Errors" will be defined as accounting transactions that have been identified in the ordinary course of processing to have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying applicable accounting principles based on the claimant's method of accounting; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories. Recognizing that the Settlement Agreement does not mandate that the P&Ls be based on GAAP or any particular basis of accounting, the CSSP will analyze the P&Ls under the basis (e.g., accrual, cash, modified cash, income tax, etc.) of accounting used by the claimant in the normal course of business and reflected in the contemporaneous P&Ls. In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors if the entries were made using the best available information at the time. [See Comments to fn.9]

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT E – Educational Institutions Methodology**

4.     If adjustments made in accord with 2. above result in restated P&Ls that are not deemed to be
         sufficiently matched, the claim will be analyzed under the Educational Institutions Methodology as
         follows:

   a.   Allocation of revenue:

      i.     An evaluation of the claimant's tuition fee arrangements (i.e., payments for annual tuition, an
              individual semester, or multiple semesters) will be performed to understand the time period
              for which the student tuition amount applies.  In addition, the frequency of payment (i.e.,
              advanced payment in full, or a payment plan that spreads the tuition amount over a period of
              time) will be understood through discussions with the claimant and / or third parties, and
              receipt and analysis of supporting documentation.  <span style="color:red">[Exceeds Documentation provisions of
              Exhibit 4A, and is inconsistent with the BEL Opinion, as well as Sections 4.3.7 and 4.4.7]</span>

      ii.    Revenue recorded on the claimant's contemporaneous P&Ls will be analyzed to determine the
              months covered by the tuition paid.  This will require the claimant to provide additional
              information (e.g., reports from student admission records, student enrollment information,
              student fee accounts, tuition sub-ledgers) in order to break out the recorded revenue into the
              various categories of students by payment frequency (e.g., annual payment,
              semester/trimester payment, monthly payment plan) and identify the time period covered by
              the tuition.  <span style="color:red">[Exceeds Documentation provisions of Exhibit 4A, and is inconsistent with the
              BEL Opinion, as well as Sections 4.3.7 and 4.4.7]</span>

      iii.   Based on the analysis performed at ii. above, monthly revenue will be allocated on a straight
              line basis to those months covered by the tuition.  <span style="color:red">[As set forth *supra* and in Class Counsel's
              Memorandum to the Claims Administrator dated march 19, 2014,  there is no basis to re-
              allocate properly recorded revenues under the BEL Opinion, or Exhibit 4C]</span>  For example:

         •     A payment made in July 2009 for the academic year running from September 2009 to
                June 2010 will be allocated on a straight line basis over the 10 months September 2009
                to June 2010.

**<u>BEL Claims – Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT E – Educational Institutions Methodology</u>**

- A payment made in September 2009 for a semester that runs from September 2009 through December 2009, will be allocated on a straight line basis over the 4 month period September 2009 to December 2009.

iv. CSSP Accounting Vendors will obtain support from the claimant with regard to the academic year or semester dates, but will exercise professional judgment to determine the appropriate months to allocate revenue to.  For example:

- If a term commences on August 30, 2009, September 2009 will most likely be the first month to which revenue is allocated.

- If a term ends on June 3, 2010, May 2010 will most likely be the last date to which revenue is allocated.

v. As a consequence of allocating revenue based on an academic year (i.e., months covered by the tuition) claimants that provide 2007 P&L data, will be required to provide P&Ls and additional information related to 2006, if tuition payments received and recorded in 2006 are for classes attended in 2007. [Exceeds Documentation provisions in Exhibit 4A]

vi. On completion of steps i. through v. above, revenue will be allocated for each year of the Benchmark Period and Compensation Period (2007, 2008, 2009 and 2010 (as provided)).

vii. As a consequence of revenue being restated or allocated, a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the Revenue Pattern Test per Exhibit 4B of the Settlement Agreement.  [As set forth in Class Counsel's Memorandum of March 19, 2014, any re-allocation of revenue for Exhibit 4C Compensation purposes should not result in any alteration or re-vising of the Causation analysis under Exhibit 4B.]  For claimants required to satisfy the customer mix test, the allocation of revenue per step iii. above will require that the identity of individual students be tracked with the allocation of revenue.

b. Allocation of variable expenses:

i. Variable expenses during each Fiscal Year included in the Benchmark Period and the Compensation Period will be allocated to individual months based on that month's allocated

E4

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT E – Educational Institutions Methodology**

revenue as a percentage of total allocated revenue for the same 12- month Fiscal Year.  This approach results in a consistent variable profit margin for each month of any given Fiscal Year.  The calculation is as follows:

- Monthly corresponding variable expenses for each Fiscal Year included in the Benchmark Period will be calculated based on the percentage relationship between the sum of all variable expenses for the three Fiscal Years (as provided) and total allocated revenue for the same Fiscal Year.  This will yield a separate variable expense percentage for each Fiscal Year included in the Benchmark Period.

- This variable expense percentage (specific for each individual Fiscal Year of the Benchmark Period) is applied to the specific monthly allocated revenue amounts in the Benchmark Period to calculate the corresponding variable expenses for each month.

- Monthly corresponding variable expenses during the Compensation Period will be calculated based on the percentage relationship between the sum of all variable expenses for each Fiscal Year included in the Compensation Period and total allocated revenue for the same period.

- This variable expense percentage is applied to the specific monthly allocated revenue amounts for each Fiscal Year included in the Compensation Period to calculate the corresponding variable expenses for each month.

c.   Variable Margin – (Calculated for the Benchmark Period only for Step 2 compensation calculation):

    i.   Sum Variable Profit from May through December of the periods selected by the claimant to be used for the Benchmark Period (i.e. Optimal Benchmark Period).

    ii.   Sum total revenue from May through December of the periods selected by the claimant to be used for the Benchmark Period. (i.e. Optimal Benchmark Period).

    iii.   Calculate Variable Margin percent as Variable Profit calculated in (i) divided by total revenue calculated in (ii).

E5

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT E – Educational Institutions Methodology**

5.     The P&Ls, allocated for the Revenues and variable expenses calculated in accord with Step 4 above, are utilized as the input for calculating compensation under Exhibit 4C of the Settlement Agreement:

   a.   Step 1 of the compensation calculation is determined as the difference in Variable Profit between the 2010 Compensation Period selected by the claimant and the Variable Profit over the comparable months of the Benchmark Period.  The Compensation Period is selected by the claimant to include three or more consecutive months between May 2010 and December 2010.

   b.   Step 2 of the compensation calculation is based on the claimant's growth in revenue in January 2010 through April of 2010 relative to the same months in the claimant-selected Benchmark Period.  The claimant may select a six-consecutive month period between May 2010 to December 2010, unless the claimant chose a seven-consecutive-month or eight-consecutive-month period in Step 1, in which case that same period of identical consecutive months shall be used for Step 2:

      i.   To compute the Claimant Specific Factor, the total revenue from January 2010 to April 2010 will be compared to January to April revenue of the Optimum Benchmark Period (i.e., 2009; average of 2008/2009; or average of 2007/2008/2009).

**Illustrative Example – Educational Claims**

Assume that the claimant has an Optimal Benchmark Period of select months in 2008 and 2009.

The contemporaneous P&Ls provided by the claimant:

E6

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT E – Educational Institutions Methodology

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 300 | 0 | 0 | 0 | 0 | 0 | 300 | 800 | 800 | 0 | 0 | 0 | 2,200 |
| Variable expenses | (100) | (125) | (125) | (100) | (25) | (100) | 0 | (10) | (150) | (125) | (175) | (125) | (1,160) |
| Variable Profit | 200 | (125) | (125) | (100) | (25) | (100) | 300 | 790 | 650 | (125) | (175) | (125) | 1,040 |
| Variable Profit % | 67% | 0% | 0% | 0% | 0% | 0% | 100% | 99% | 81% | 0% | 0% | 0% | 47% |
| **2009** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
| Revenue | 400 | 0 | 0 | 0 | 0 | 0 | 800 | 500 | 200 | 0 | 0 | 0 | 1,900 |
| Variable expenses | (125) | (125) | (150) | (125) | (150) | (125) | 0 | (25) | (175) | (200) | (175) | (175) | (1,550) |
| Variable Profit | 275 | (125) | (150) | (125) | (150) | (125) | 800 | 475 | 25 | (200) | (175) | (175) | 350 |
| Variable Profit % | 69% | 0% | 0% | 0% | 0% | 0% | 100% | 95% | 13% | 0% | 0% | 0% | 18% |
| **2010** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
| Revenue | 375 | 0 | 0 | 0 | 0 | 0 | 100 | 500 | 500 | 100 | 0 | 0 | 1,575 |
| Variable expenses | (100) | (125) | (150) | (125) | (100) | (100) | (10) | (15) | (125) | (150) | (125) | (150) | (1,275) |
| Variable Profit | 275 | (125) | (150) | (125) | (100) | (100) | 90 | 485 | 375 | (50) | (125) | (150) | 300 |
| Variable Profit % | 73% | 0% | 0% | 0% | 0% | 0% | 90% | 97% | 75% | -50% | 0% | 0% | 19% |

E7

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT E – Educational Institutions Methodology

## Allocate revenue

**Assumptions:**

January revenue relates to tuition fees for students who will attend the institution between January and April

Revenue collected between July and October represents tuition fees for students who will attend the educational institution from September to June

Revenue of $1000 was collected between July and September 2007 that related to the academic year September 2007 to June 2008

**Revenue Allocation**

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Semester Students | 75 | 75 | 75 | 75 | | | | | | | | | 300 |
| Revenue - Yearly Students | 100 | 100 | 100 | 100 | 100 | 100 | 0 | | 190 | 190 | 190 | 190 | 1,360 |
| Variable expenses | (100) | (125) | (125) | (100) | (25) | (100) | 0 | (10) | (150) | (125) | (175) | (125) | (1,160) |
| Variable Profit | 75 | 50 | 50 | 75 | 75 | 0 | 0 | (10) | 40 | 65 | 15 | 65 | 500 |
| Variable Profit % | 43% | 29% | 29% | 43% | 75% | 0% | - | - | 21% | 34% | 8% | 34% | 30% |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Semester Students | 100 | 100 | 100 | 100 | | | | | | | | | 400 |
| Revenue - Yearly Students | 190 | 190 | 190 | 190 | 190 | 190 | | | 150 | 150 | 150 | 150 | 1,740 |
| Variable expenses | (125) | (125) | (150) | (125) | (150) | (125) | 0 | (25) | (175) | (200) | (175) | (175) | (1,550) |
| Variable Profit | 165 | 165 | 140 | 165 | 40 | 65 | 0 | (25) | (25) | (50) | (25) | (25) | 590 |
| Variable Profit % | 57% | 57% | 48% | 57% | 21% | 34% | - | - | -17% | -33% | -17% | -17% | 28% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Semester Students | 94 | 94 | 94 | 94 | | | | | | | | | 375 |
| Revenue - Yearly Students | 150 | 150 | 150 | 150 | 150 | 150 | | | 120 | 120 | 120 | 120 | 1,380 |
| Variable expenses | (100) | (125) | (150) | (125) | (100) | (100) | (10) | (15) | (125) | (150) | (125) | (150) | (1,275) |
| Variable Profit | 144 | 119 | 94 | 119 | 50 | 50 | (10) | (15) | (5) | (30) | (5) | (30) | 480 |
| Variable Profit % | 59% | 49% | 38% | 49% | 33% | 33% | - | - | -4% | -25% | -4% | -25% | 27% |

## Allocate variable expenses

**Variable Expense Allocation**

| 2008 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Semester Students | 75 | 75 | 75 | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300 |
| Revenue - Yearly Students | 100 | 100 | 100 | 100 | 100 | 100 | 0 | 0 | 190 | 190 | 190 | 190 | 1,360 |
| Variable expenses | (122) | (122) | (122) | (122) | (70) | (70) | 0 | 0 | (133) | (133) | (133) | (133) | (1,160) |
| Variable Profit | 53 | 53 | 53 | 53 | 30 | 30 | 0 | 0 | 57 | 57 | 57 | 57 | 500 |
| Variable Profit % | 30% | 30% | 30% | 30% | 30% | 30% | - | - | 30% | 30% | 30% | 30% | 30% |

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Semester Students | 100 | 100 | 100 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 400 |
| Revenue - Yearly Students | 190 | 190 | 190 | 190 | 190 | 190 | 0 | 0 | 150 | 150 | 150 | 150 | 1,740 |
| Variable expenses | (210) | (210) | (210) | (210) | (138) | (138) | 0 | 0 | (109) | (109) | (109) | (109) | (1,550) |
| Variable Profit | 80 | 80 | 80 | 80 | 52 | 52 | 0 | 0 | 41 | 41 | 41 | 41 | 590 |
| Variable Profit % | 28% | 28% | 28% | 28% | 28% | 28% | - | - | 28% | 28% | 28% | 28% | 28% |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue - Semester Students | 94 | 94 | 94 | 94 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 375 |
| Revenue - Yearly Students | 150 | 150 | 150 | 150 | 150 | 150 | 0 | 0 | 120 | 120 | 120 | 120 | 1,380 |
| Variable expenses | (177) | (177) | (177) | (177) | (109) | (109) | 0 | 0 | (87) | (87) | (87) | (87) | (1,275) |
| Variable Profit | 67 | 67 | 67 | 67 | 41 | 41 | 0 | 0 | 33 | 33 | 33 | 33 | 480 |
| Variable Profit % | 27% | 27% | 27% | 27% | 27% | 27% | - | - | 27% | 27% | 27% | 27% | 27% |

E8

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT E – Educational Institutions Methodology

## Step 1 and Step 2 compensation

## Optimum benchmark period is May to December

**Step 1 & Step 2 Compensation**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Benchmark Period (Average 2008 and 2009)** | | | | | | | | | | | | | |
| Revenue | 233 | 233 | 233 | 233 | 145 | 145 | 0 | 0 | 170 | 170 | 170 | 170 | 1,900 |
| Variable expenses | (166) | (166) | (166) | (166) | (104) | (104) | 0 | 0 | (121) | (121) | (121) | (121) | (1,355) |
| Variable Profit | 66 | 66 | 66 | 66 | 41 | 41 | 0 | 0 | 49 | 49 | 49 | 49 | 545 |
| Variable Profit % | 29% | 29% | 29% | 29% | 28% | 28% | - | - | 29% | 29% | 29% | 29% | 29% |
| | | | | | | | | | | | | | |
| **Compensation Period (2010)** | | | | | | | | | | | | | |
| Revenue | 244 | 244 | 244 | 244 | 150 | 150 | 0 | 0 | 120 | 120 | 120 | 120 | 1,755 |
| Variable expenses | (177) | (177) | (177) | (177) | (109) | (109) | 0 | 0 | (87) | (87) | (87) | (87) | (1,275) |
| Variable Profit | 67 | 67 | 67 | 67 | 41 | 41 | 0 | 0 | 33 | 33 | 33 | 33 | 480 |
| Variable Profit % | 27% | 27% | 27% | 27% | 27% | 27% | - | - | 27% | 27% | 27% | 27% | 27% |

**Step 1**
Optimum Period identified as May to Dec

| | |
|---|---|
| Total variable profit May to December (Benchmark) | 280 |
| Total variable profit May to December (Compensation) | 213 |
| Step 1 Compensation (pre-RTP) | 66 |

**Step 2**
Optimum Period from May to December, 2008 and 2009

| | |
|---|---|
| Revenue Jan 2010 to April 2010 | 975 |
| Revenue Jan to April (average for 2008 & 2009) | 930 |
| Revenue increase/(decrease) | 45 |
| Revenue Increase/(decrease) Percentage | 5% |
| Claimant Specific Growth Factor | 5% [Max of 10%, Min of -2%] |
| General Adjustment Factor | 2% |
| | |
| Average Revenue for the Benchmark Period (May-Dec 2008 & 2009) | 970 |
| Incremental Revenue | 66 |
| Average Variable profit for Benchmark Period (May-Dec 2008 & 2009) | 29% |
| Step 2 compensation (pre-RTP) | 19 |

E9

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT F – Professional Services Methodology**

In considering options to resolve professional services claims that are not sufficiently matched, a deviation from the Annual Variable Margin Methodology described in Attachment B was required [As stated in the Claims Administrator's Proposed Policy dated February 12, 2104, this Framework constitutes "a deviation from the existing methodology set forth in Exhibit 4C."[36] It completely re-writes the Settlement Agreement with respect to ("insufficiently matched") Professional Services Claims, and is contrary to accepted Accounting Methodologies.[37]], due to the nature of a professional services firm's business and how this translates into matching revenue with expenses in a way that reflects economic reality. [As noted *supra,* the BEL Opinion resolved a discreet dispute about how the word "corresponding" which modifies "variable expenses" within the Variable Profit definition in Exhibit 4C was to be interpreted; it is not a license to substitute the Exhibit 4C Compensation Framework with some subjective and undefined new test for "economic reality".] The methodology requires adjustments to a claimant's contemporaneous P&Ls if they are deemed not to be 'sufficiently matched.' After making such adjustments, the restated P&Ls are utilized in calculating compensation applying a methodology consistent with Exhibit 4C of the Settlement Agreement. The approach outlined below does not alter the structure as to how compensation is calculated but does, if matching issues are identified, amend the P&Ls utilized in such calculations.

[The Policy examines every single dollar of revenue and expense, rather than just the specific matching issues that might exist. As set forth in

---

[36] During the meeting with the Program Accountants on February 20, 2014, Mr. Ted Martens from PwC conceded that this Proposed Framework is something new, which is neither found in nor circumscribed by Exhibit 4C.

[37] During the meeting with the Program Accountants on February 20, 2014, Mr. Ted Martens from PwC acknowledged that the 'straight line averaging' approach to revenue (or expenses) cannot be found in any accepted accounting methodology with respect to (at least) a contingent fee situation, where a fee is not earned unless and until a judgment or settlement is paid. *See also, generally,* CLASS COUNSEL STATEMENT: REVENUE RECOGNITION [Doc 11885-2]; BRIEF OF *AMICI CURIAE* CERTIFIED PUBLIC ACCOUNTING SOCIETIES, No.13-30315 (June 24, 2013); FASB CONCEPTS STATEMENT 5, Recognition and Measurement in Financial Statements of Business Enterprises, paragraph 83(b); Con 6, Page 35, Footnote 56 references Concepts Statement 5 (Par. 83 and Footnote 50); SECURITIES AND EXCHANGE COMMISSION STAFF ACCOUNTING BULLETIN NO. 104 (SAB 104), Pages 10 and 1; KIESO, WEYGANDT & WARFIELD, *Intermediate Accounting* (14th Ed.), at p.60; DECLARATION OF DR. MARK KOHLBECK, CPA (Feb. 18, 2013) [Doc 8963-80], ¶¶ 6, 10; PANZECA DECLARATION (Feb. 18, 2013) [Doc 8963-85] ¶¶ 23, 27; DECLARATION OF ALLEN CARROLL (Jan. 16, 2013) [Doc 8963-77], p.2; ASHER DECLARATION (Jan. 15, 2013) [Doc 8963-78], ¶¶ 7-8; STUTES DECLARATION (Jan. 17, 2013) [Doc 8963-79], ¶¶ 6-7; SUPPLEMENTAL CARROLL DECLARATION (Feb. 18, 2013) [Doc 8963-87], ¶¶ 10, 13-14.

F1

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT F – Professional Services Methodology

Class Counsel's Memorandum to the Claims Administrator dated March 19, 2014, the matching – and any reallocation of revenue in particular – should be limited, where possible, to the specific transaction or transactions which 'triggered' or caused the Claim to be "un-matched".]

The majority of professional services claims presented to the program to date have not maintained books and records on an accrual basis, but rather have been prepared predominantly on a modified cash basis.  As such, the timing of revenue recognized on the claimant's P&Ls may not correlate with the timing of activities performed to earn such revenue - e.g., advance payments or retainers may be received; progress or milestone invoices may be issued for fixed price contracts; and contingent fees may be paid, for example, on the successful outcome of a litigation matter or costs savings realized from a consulting engagement.  Recording revenue when cash is received in payment of such invoices can, therefore, result in considerable timing differences in the months that sales are recorded relative to when work was performed. [This is essentially the "comparable months" argument that was expressly _rejected_ by the BEL Panel, which specifically allows for the fact that there might be "uneven cash flows" in these types of businesses.[38]]  Similarly, expenses may also fluctuate.  For example, contract personnel (e.g., contract attorneys or paralegal personnel) may be hired to assist during periods of significant activity but invoices may be issued and paid several months later.  Further, experts may be appointed and paid an advance retainer, with a final invoice being issued and paid subsequent to them concluding their services. To effectively negate these 'matching' impacts an understanding of the fee arrangements, the hours/activity incurred by professional staff to perform the services, the duration of such activity, and how these activities compare to the timing of payments to or by the claimant is required.  [There is no reference to, nor scrutiny of, "business activities" under Exhibit 4C, (nor Documentation allowing for the complex examination of those business activities under Exhibit 4A).  _See_ BEL OPINION, p.24 (732 F.3d at 340) ("the Benchmark and Compensation periods were referring to months of the same name, _without_

---

[38] BEL OPINION, p.25 (732 F.3d at 340) ("BP's primary concern seems to be the _uneven cash flows_ of certain types of businesses. We accept this possibility, but we see nothing in the agreement that provides a basis for BP's interpretation. Despite the potential existence of this kind of distortion, the parties may not have considered it, agreed to ignore it, or failed for other reasons to provide clearly for this eventuality. The district court was correct that BP's proposed interpretation is not what the parties agreed") (emphasis supplied); _see also,_ ORDER AND REASONS [Doc 12055] pp.5-6.

F2

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT F – Professional Services Methodology**

*any complex analysis of what type of business activities took place within those months*") **(emphasis supplied). The Settlement Program should not require pre-Benchmark Year or post-2010 or other documents (many of which are privileged and confidential) beyond the Exhibit 4A requirements and inconsistent with Sections 4.4.7, 4.3.7 and 4.3.8. Moreover, where accrual-based or other matched claims were submitted, the Framework would un-match revenues from expenses. Expenses and revenue would be moved to months during which no work was performed. In the context of (at the very least) attorney contingency fees, Mr. Mertens from PwC admitted that the Proposed Policy is not only outside the Exhibit 4C Framework, but is also not based upon any accepted method or practice of accounting.]**

The Professional Services Methodology shall be applied to adjust a claimant's contemporaneous P&Ls that have been deemed not to be "sufficiently matched." Claimants that submit P&Ls that are deemed "sufficiently matched" will be processed under the methodology set forth in Exhibit 4C of the Settlement Agreement, utilizing the contemporaneous P&Ls. Those claimants that submit P&Ls that are deemed not "sufficiently matched" will have the P&Ls adjusted to allocate revenue on a straight line basis over the period of the case/engagement [inconsistent with Exhibit 4C and accepted Accounting Methodologies], <u>unless</u> the claimant can submit appropriate, reliable and complete records that permit an alternative allocation of revenue based on when activity generating the revenue occurred. In professional services companies, this would correspond to periods when actual work on the matter/engagement was performed. [inconsistent with Exhibit 4C and accepted Accounting Methodologies] Alternative information that the claimant may elect to present to demonstrate when effort was expended/hours were worked may include:

- Time and billing records maintained in the ordinary course of business that detail time worked by month by case/engagement are considered to be the most accurate and complete source of information.

- Other case/engagement records may provide sufficient information to 'reconstruct' when effort was expended/hours were worked in generating the revenue earned, such as: calendars,

F3

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT F – Professional Services Methodology

engagement letters, court filings, case summaries, trial dockets, court and deposition appearances, expert report submissions, project deliverables, transaction closure dates, contract execution dates, court approvals, and payment schedules and receipts.

It is expected that professional services claimants with time & material fee arrangements may maintain time and billing records in order to generate and support invoices presented to clients. It is recognized that some claimants retained under a fixed or contingent fee arrangement may or may not maintain detailed time records.

Variable expenses will be allocated to each month of the Benchmark Period and the Compensation Period based on that month's percentage of total annual revenue, unless alternative documentation has been provided that supports when effort actually occurred.

[The Claimant should have the *choice* to utilize either: **(a)** the post-Spill eight-month May-December 2010 period; **(b)** Calendar Year 2010, **(c)** the May 2010 – April 2011 Year suggested by the Claims Administrator, or **(d)** the Claimant's own Fiscal Year, to derive the Average Variable Margin percentage for the Compensation Period.]

The Professional Services Methodology does not apply to a professional services claimant that meets the definition of a Start-Up Business, Failed Business or Failed Start-Up Business.

**Professional Services Methodology**

1.  The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors [see above], and indicators of insufficient matching of revenue and variable expenses. Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant. [see above]

F4

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT F – Professional Services Methodology**

2.   If the CSSP Accounting Vendor identifies an error(s) [see fn][39] in how the claimant has accounted for either revenue or variable expenses, correcting entries will be made to the P&Ls to restate revenue or expenses to the appropriate month.

3.   If adjustments made in accord with 2. above result in restated P&Ls that are deemed sufficiently matched, the claim will be processed under the methodology set forth in Exhibit 4C of the Settlement Agreement.  However, if revenue has been restated in accord with 2. above, a causation analysis will be re-performed (if causation is not presumed).  If causation is presumed or satisfied, the P&Ls (restated for errors) are utilized as the input for calculating compensation under Exhibit 4C of the Settlement Agreement:

   a.   Step 1 of the compensation calculation is determined as the difference between Variable Profit between the 2010 Compensation Period selected by the claimant and the Variable Profit over the comparable months of the Benchmark Period.  The Compensation Period is selected by the claimant to include three or more consecutive months between May 2010 and December 2010.

   b.   Step 2 of the compensation calculation is based on the claimant's growth in revenue in January 2010 through April of 2010 relative to the claimant-selected Benchmark Period.  The claimant may select a six-consecutive month period between May 2010 to December 2010, unless the claimant chose a seven-consecutive-month or eight-consecutive-month period in Step 1, in which case that same period of identical consecutive months in 2010 shall be used for Step 2.

4.   If adjustments made in accord with 2. above do not resolve matching issues, the P&Ls will be revised, as set forth below, allocating both revenue and expenses. [Properly recorded revenues should not be re-allocated except where there are clear, unambiguous and objective errors.]

---

[39] "Errors" will be defined as accounting transactions that have been identified in the ordinary course of processing to have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying applicable accounting principles based on the claimant's method of accounting; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories. Recognizing that the Settlement Agreement does not mandate that the P&Ls be based on GAAP or any particular basis of accounting, the CSSP will analyze the P&Ls under the basis (e.g., accrual, cash, modified cash, income tax, etc.) of accounting used by the claimant in the normal course of business and reflected in the contemporaneous P&Ls. In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors if the entries were made using the best available information at the time. [See Comments to fn.9]

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT F – Professional Services Methodology**

**Adjustments to Revenue**

[As set forth in Class Counsel's Memorandum to the Claims Administrator dated March 19, 2014 and above, there is no basis under the BEL Opinion to move, 'smooth' or otherwise re-allocate revenue, except in the case of clear, unambiguous and objective errors.  Moreover, this methodology is inconsistent with Exhibit 4C, (as well as the BEL Opinion and Exhibit 4A).  Additionally, with respect to (at least) contingent fee situations, this methodology is contrary to accepted Accounting Methodologies.]

Allocate Revenue on a straight line basis over the duration of the case/engagement

1.   If the claimant elects not to submit additional documentation, or provides documentation that, in the judgment of the Claims Administrator, does not permit the CSSP Accounting Vendors to reasonably estimate or verify the level of effort expended/hours worked in a given month, revenue will be allocated to each month on a straight line basis over the duration of the matter.

2.   An evaluation of the claimant's fee arrangements for all cases/engagements (i.e., time & materials, fixed fee, contingent fee, or a combination thereof) will be performed based on discussions and an assessment of additional records requested from the claimant.[40]   Information will be requested that includes, at a minimum, the client name, case/engagement name, commencement date, completion date, revenue recorded, and the fee arrangement (time & materials, fixed fee, contingent fee or a combination thereof).  Given that cases/engagements may have commenced prior to the Benchmark Period or were ongoing or closed after the Compensation Period, information required from claimants may extend prior to the Benchmark Period and subsequent to the Compensation Period.  Information must be provided by claimants to permit the CSSP Accounting Vendors to verify the commencement and completion date of cases/engagements.

[As set forth in the Memo to the Claims Administrator dated March 19, 2014, this is inconsistent with the BEL Opinion's discussion of the Exhibit 4A Documentation provisions, including Judge Clement's observation that "the Benchmark and Compensation periods were referring to months of the same name, *without any complex analysis of what type of business activities took place within those months.*"[41]   The

---

[40] The process for receiving, reviewing and maintaining information considered privileged in nature, or subject to confidentiality provisions, will be covered by a separate policy.

[41] BEL OPINION, p.24 (732 F.3d at 340) (emphasis supplied).

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT F – Professional Services Methodology**

documentation required to perform even the straight line re-allocation of revenue will be so burdensome for many Claimants that submission of a documented claim will be impossible.  Consider the example of even a mid-sized law firm or accounting firm.  The firm would likely have hundreds or even thousands of bills every month with potentially multiple matters on each bill.  To perform the allocation, each matter would have to be segregated and given an engagement start date.  Every dollar paid to the firm for every matter would then be reallocated based on the duration of the engagement.  The only Claimants able to perform such a task would be those with relatively few fees collected in a given period.  Application of the policy should be (at most) limited to those firms that actually receive the types of fees driving the methodology (*e.g.,* lump sum retainers, contingent fees, etc.), and only to those fees.  But the Settlement Program should not require, or scrutinize, pre-Benchmark Year or post-2010 or other documents (many of which are privileged and confidential) beyond the Exhibit 4A requirements and inconsistent with Sections 4.4.7, 4.3.7 and 4.3.8.]

3.   A matter will be considered to have commenced from the date of execution of an engagement letter or other indicia of commencement of the undertaking, and will be active through the date that a matter has been settled, or a final project deliverable has been submitted, and payment has been received, unless other information indicates an alternative date.  Other information could include, for example: evidence that work was commenced prior to the execution of an engagement letter or prior to other indicia of commencement of the undertaking, post-trial filings, appeals, a further negotiation of the amount ultimately paid, or presentations after issuance of a final report.

[Exceeds Documentation provisions of Exhibit 4A, and is inconsistent with the BEL Opinion, as well as Sections 4.3.7 and 4.4.7]

4.   In determining revenue generated for each matter, consideration will be given to the nature of the case/engagement, but in all instances will be net of any reimbursable expenses.  Revenue from time & material and fixed fee arrangements will be determined based on the engagement letter or other indicia of the nature and scope of work and invoice records.  For contingent fee arrangements, revenue will be based on the amount paid to the claimant as of the date the Claims Administrator analyzes the claim.  For contingent cases that remain open/unsettled as of the date the claim is being evaluated, no value will be assigned to such cases.

F7

**<u>BEL Claims – Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT F – Professional Services Methodology</u>**

5.      For each case/engagement (or a subset thereof if, in the professional judgment of the CSSP Accounting Vendor, some projects are deemed immaterial to the compensation calculation) the revenue allocated to each month will equal revenue (determined in accord with 4 above) divided by the number of months that the case/engagement was worked on (as determined in accord with 3 above).

6.      Where revenue has been restated or allocated, a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the revenue pattern test per Exhibit 4B of the Settlement Agreement. <span style="color:red">[As set forth in Class Counsel's Memo to the Claims Administrator dated March 19, 2014, any re-allocation of revenue for Exhibit 4C Compensation purposes should not result in any alteration or re-vising of the Causation analysis under Exhibit 4B.]</span>


<u>Allocate Revenue based on Available Information</u>

<span style="color:red">[properly recorded revenue should not be moved, 'smoothed' or re-allocated]</span>

<span style="color:red">[at most, the Program should only re-allocate the discreet 'spike' or 'spikes' in revenue that 'triggered' or caused the claim to be "insufficiently matched"]</span>

The claimant will have the option to submit documentation to the Claims Administrator if it believes such records can more accurately estimate the level of work/hours worked in a given month, thereby permitting revenue to be allocated based on such effort, rather than a straight line basis.  The CSSP Accounting Vendors will assess such records and determine whether, in their professional judgment, such records are sufficiently adequate and complete to permit a reasonable estimation and verification of the level of effort expended/hours worked in a given month as it relates to each specific case/engagement.  If it is determined that such records permit a reasonable estimate of when effort was expended/hours were worked, revenue will be allocated based on such efforts.  However, if not deemed sufficient to reasonably estimate when effort was expended/hours were worked, the CSSP Accounting Vendors will revert to allocating revenue to each month on a straight line basis over the duration of the matter.

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT F – Professional Services Methodology**

In considering what additional information a claimant may elect to submit to identify when effort was expended /hours were worked, the CSSP Accounting Vendors anticipates that this will most likely include time and billing records maintained by a claimant in the ordinary course of business.  In the absence of such records, other information may be utilized to estimate or 'reconstruct' when effort was expended/hours were worked.  Such information may include, but not be limited to, calendars, engagement letters, court filings, case summaries, court and deposition appearances, expert report submissions, transaction close dates, contract execution dates, project deliverables, court approvals, court/trial dates, and payment schedules and receipts.  The approach that will be followed is detailed below:

1.  An evaluation of the claimant's fee arrangements for all cases/engagements (i.e., time & materials, fixed fee, contingent fee, or a combination thereof) will be performed based on discussions with the claimant and / or third parties and an assessment of additional records requested from the claimant.   Information will be requested that includes, at a minimum, the client, case/engagement name, commencement date, completion date, revenue recorded, and the fee arrangement (time & materials, fixed fee, contingent fee or a combination thereof).  Given that cases/engagements may have commenced prior to the Benchmark Period or were ongoing or closed after the Compensation Period, information required from claimants may extend prior to the Benchmark Period and subsequent to the Compensation Period.

2.  Revenue will be allocated to each month of the Benchmark Period (2009, average of 2008/2009, or average of 2007/2008/2009) and Compensation Period (2010) based on when work was actually performed.

3.  To identify when effort was expended/hours were worked the following steps will be performed:

    a.  A detailed inventory of all engagements performed by the claimant will be obtained, and separated by the nature of the fee arrangement.

    b.  The CSSP Accounting Vendors will, through inquiries of the claimant, and an evaluation of submitted documentation, determine if contemporaneous time and billing records were maintained by the claimant in sufficient detail to determine when effort was expended/hours

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT F – Professional Services Methodology

were worked on individual cases/engagements, or if practical a grouping of cases/engagements that had similar characteristics (e.g., commencement and completion date, or revenue recorded and paid). If deemed sufficient, time and billing records will be utilized.

c. If time and billing records were not maintained by the claimant in sufficient detail to determine and verify when effort was expended/hours were worked, the CSSP Accounting Vendor will consider the adequacy and completeness of other information provided and determine if sufficient to estimate and verify when effort was expended/hours were worked and allocate revenue

Utilizing Time and Billing records to allocate revenue

<span style="color:red">[properly recorded revenue should not be moved, 'smoothed' or re-allocated]</span>

<span style="color:red">[at most, the Program should only re-allocate the discreet 'spike' or 'spikes' in revenue that 'triggered' or caused the claim to be "insufficiently matched"]</span>

1. Any billing records submitted will be analyzed for each engagement. Hours recorded by personnel for each individual case/engagement (or a subset thereof if, in the professional judgment of the CSSP Accounting Vendor, some projects are deemed immaterial to the compensation calculation) will be compared to the timing of revenue recognized. Total revenue recorded from each case will be considered net of reimbursable expenses. Total revenue recorded from each case/engagement will be allocated to each month based on the percentage of hours charged in that month relative to the total case/engagement hours. An illustration of steps 1 and 2 is provided below:

**Illustrative example**
Provided below is an example that illustrates for one case/engagement how revenue will be reallocated based on the hours charged in a given month relative to total case/engagement hours.
The case/engagement commenced in January 2009 and work ceased in May 2010. Total hours incurred on the case/engagement is 2,000. Total revenue recorded was $500,000 that was paid in September 2010.

| 2009 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours per Billing Records [A] | 100 | 50 | 10 | 10 | 225 | 45 | 45 | 0 | 100 | 350 | 50 | 50 |
| Percentage of Total Hours Billed [B = A/2000] | 5% | 3% | 1% | 1% | 11% | 2% | 2% | 0% | 5% | 18% | 3% | 3% |
| Revenue (As submitted by Claimant) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Revenue (As restated) [B*$500,000] | $ 25,000 | $ 12,500 | $ 2,500 | $ 2,500 | $ 56,250 | $ 11,250 | $ 11,250 | $ - | $ 25,000 | $ 87,500 | $ 12,500 | $ 12,500 |

| 2010 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hours per Billing Records [A] | 50 | 50 | 75 | 350 | 440 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Percentage of Total Hours Billed [B = A/2000] | 3% | 3% | 4% | 18% | 22% | 0% | 0% | 0% | 0% | | | |
| Revenue (As submitted by Claimant) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 500,000 | $ - | $ - | $ - |
| Revenue (As restated) [B*$500,000] | $ 12,500 | $ 12,500 | $ 18,750 | $ 87,500 | $ 110,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

F10

## BEL Claims – Matching of Revenues and Expenses

### ATTACHMENT F – Professional Services Methodology

Based upon the content and format of the time and billing records received, additional analysis may be performed including but not limited to comparison of pre-spill and post-spill: monthly hours worked in assessing lost hours, if any; billing rates per engagement/case in assessing higher/lower rates, if any; changes in the overall variable profit margin between periods, if any; utilization mix of professional staff (including owners/partners); lines and/or types of services/engagements worked on; and length of project and value of settlements reached.

2. For contingent fee cases that remain open/unsettled as of the date the claim is being evaluated, no value will be assigned to such cases.

3. Where revenue has been restated and/or allocated, a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the revenue pattern test per Exhibit 4B of the Settlement Agreement. [Any re-allocation of revenue for Exhibit 4C Compensation purposes should not result in any alteration or re-vising of the Causation analysis under Exhibit 4B.]

Utilizing Engagement Records to allocate revenue

[properly recorded revenue should not be moved, 'smoothed' or re-allocated]

[at most, the Program should only re-allocate the discreet 'spike' or 'spikes' in revenue that 'triggered' or caused the claim to be "insufficiently matched"]

[exceeds the Documentation provisions of Exhibit 4A, as well as the BEL Opinion and sections 4.4.7 and 4.3.7]

1. It is expected that claimants who bill for their services on a Time & Materials fee basis will maintain time and billing records in order to create and support the invoice to their client. Accordingly, it is assumed that the methodology set out below will most likely apply to fixed fee and contingent fee arrangements, or a combination of the two. It should be noted that if a firm has a variety of fee arrangements including some performed on a time & materials basis, for which it maintained time and billing records, the revenue may (based on the professional judgment of the CSSP Accounting

F11

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT F – Professional Services Methodology**

Vendors) be categorized by billing basis, and different records will be utilized to identify when effort was expended/hours were worked.

2.  If the claimant elects to submit documentation that the CSSP Accounting Vendors deem sufficient to estimate and verify the effort expended/hours worked in any given month, cases/engagements performed under a fixed fee or contingent fee arrangement will be evaluated utilizing other engagement documentation, as follows:

    a.  Fixed and contingent fee cases/engagements worked during the Benchmark Period and the Compensation Period

        i.  Identify the commencement and completion date for each case/engagement, including the date revenue was recorded and/or payment was received.

        ii.  In the case of a legal matter, conduct an examination of available legal and non-legal documents (e.g., pleadings and other court records, discovery requests, depositions and/or trial documents, due diligence commencement dates, transaction closure dates, submission of contract drafts, lawyer's calendars etc.) to establish proof of work/timing of effort in order to estimate the revenue that should be attributed to a given month.  This process will require consultation with the claimant.

            •  Based on the duration of the legal matter, combined with the timing of significant events, an estimate of the percentage of the total work effort expended on the case will be assigned to each month.

            •  Revenue will be allocated to each month by multiplying the total contingent fee or fixed fee by that month's percentage of the total effort expended on the case.

        iii.  For other professional services claimants (not law firms), conduct an examination of available documentation (e.g., budgets, project reports, draft and final deliverables, calendars, time and billing records, progress and status reports, meetings/presentations and other key milestone events) to establish proof of work/timing of effort in order to estimate the revenue that should be attributed to a given month.  This process will be performed in consultation with the claimant.

F12

**<u>BEL Claims – Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT F – Professional Services Methodology</u>**

- Based on the duration of the engagement, combined with the timing of significant events/milestones, an estimate of the percentage of the total effort expended on the engagement will be assigned to each month.

- Revenue will be allocated to each month by multiplying the total contingent fee or fixed fee by that month's percentage of the total effort expended on the engagement.

3. For contingent fee cases that remain open/unsettled as of the date the claim is being evaluated, no value will be assigned to such cases.


<u>Variable Expenses</u>

1. It is expected that the records maintained by some claimants will not separately identify variable expenses, as defined in Attachment A to the Settlement Agreement, by specific cases/engagements.

2. Where revenue is allocated on a straight line basis over the duration of a case/engagement, due to the claimant electing not to submit additional documentation, or where there was a lack of sufficient information to reliably estimate and verify when hours were worked/effort was expended, variable expenses incurred during each Fiscal Year included in the Benchmark Period (as provided) and the Compensation Period will be allocated to individual months based on that month's allocated revenue as a percentage of total allocated revenue for the same Fiscal Year.  This approach results in a consistent variable profit margin for each month of any given Fiscal Year , but which may potentially differ from one Fiscal Year to the next.  The calculation is as follows:

   a. Monthly corresponding variable expenses for each Fiscal Year included in the Benchmark Period will be calculated based on the percentage relationship between the sum of all variable expenses for the respective Fiscal Years (as provided) and total allocated revenue for the same Fiscal Year. This will yield a separate variable expense percentage for each Fiscal Year included in the Benchmark Period. .  <span style="color:red">[Under this Framework, revenue will be moved to non-Benchmark periods, but the "corresponding" expenses will not be moved to match that revenue.  The effect will be to incorrectly "match" expenses to false revenue.]</span>

F13

**BEL Claims – Matching of Revenues and Expenses**

**ATTACHMENT F – Professional Services Methodology**

    b.   This Variable Expense percentage (specific for each individual Fiscal Year of the Benchmark Period) is applied to the specific monthly allocated revenue amounts in the Benchmark Period to calculate the corresponding variable expenses for each month.

    c.   Monthly corresponding variable expenses during the Compensation Period will be calculated based on the percentage relationship between the sum of all variable expenses for each Fiscal Year included in the Compensation Period and total allocated revenue for the same Fiscal Year.

> [The Claimant should have the *choice* to utilize either: **(a)** the post-Spill eight-month May-December 2010 period; **(b)** Calendar Year 2010, **(c)** the May 2010 – April 2011 Year suggested by the Claims Administrator, or **(d)** the Claimant's own Fiscal Year, to derive the Average Variable Margin percentage for the Compensation Period.]

    d.   This variable expense percentage, unique to each Fiscal Year included in the Compensation Period, is applied to the specific monthly allocated revenue amounts in the Compensation Period to calculate the corresponding variable expenses for each month.

3.   Where revenue has been restated and/or allocated on a basis other than the straight line basis, variable expenses incurred during each Fiscal Year included in the Benchmark Period and the Compensation Period will be allocated to individual months based on the total effort expended, estimated using the same information utilized in allocating revenue.

<u>Variable Margin</u>

1.   Variable Margin will be calculated for the Benchmark Period only (and utilized in the Step 2 compensation calculation) as follows:

    a.   Sum Variable Profit from May through December of the period selected by the claimant to be used for the Benchmark Period (i.e. Optimal Benchmark Period).

    b.   Sum total revenue from May through December of the period selected by the claimant to be used for the Benchmark Period. (i.e. Optimal Benchmark Period).

    c.   Calculate Variable Margin percent as Variable Profit calculated in (a) divided by total revenue calculated in (b).

**<u>BEL Claims – Matching of Revenues and Expenses</u>**

**<u>ATTACHMENT F – Professional Services Methodology</u>**

<u>Compensation Calculation</u>

1. The revised P&Ls resulting from the allocation of revenue and variable expenses are utilized as the input for calculating compensation under Exhibit 4C of the Settlement Agreement:

    a. Step 1 of the compensation calculation is determined as the difference in Variable Profit between the Compensation Period selected by the claimant and the Variable Profit over the comparable months of the Benchmark Period. The Compensation Period is selected by the claimant to include three or more consecutive months between May 2010 and December 2010.

    b. Step 2 of the compensation calculation is based on the claimant's growth in revenue in January 2010 through April 2010 relative to the claimant-selected Benchmark Period. Claimant may select a six-consecutive month period between May 2010 and December 2010, unless claimant chose a seven-consecutive-month or eight-consecutive-month period in Step 1, in which case that same period of identical consecutive months shall be used for Step 2.

        i. To compute the Claimant Specific Factor, the total revenue from January 2010 to April 2010 will be compared to January to April revenue of the Optimum Benchmark Period (i.e. 2009, average of 2008/2009, or average of 2007/2008/2009).

2. As noted above in 'Utilizing Time and Billing records,' if this data is available and used to allocate revenues, an additional analysis described below may be performed at this step in order to identify and quantify the various components of the compensation calculation. These components can include compensation resulting from a decrease/increase in hours, a decrease/increase in rates/awards and an increase/decrease in variable profit margin. Depending upon the level of detail provided, these components may be further analyzed to identify compensation amounts associated with changes in utilization/mix of professional staff as well as changes in types of services/engagements/cases worked on.

F15

## BEL Claims - Matching of Revenues and Expenses

### ATTACHMENT H – Start-Up Businesses Methodology

[To the extent applicable, Class Counsel respectfully adopt and incorporate all objections and suggestions outlined in the Memorandum to the Claims Administrator dated March 19, 2014 and/or *supra* herein with respect to the proposed Start-Up Business Methodologies.]

Section I of the "Matching of Revenues and Expenses" policy, which addresses identification of "unmatched claims," does not apply to Failed Businesses or Failed Start-Up Businesses.  Exhibit 6 of the Settlement Agreement sets forth the Failed Business Compensation Framework that covers both Failed Businesses[42] and Failed Start-Up Businesses[43].  The causation documentation requirements and basis of computation as required in Exhibit 6 of the Settlement Agreement differ significantly from those of regular BEL claimants processed under Exhibit 4 of the Settlement Agreement.  Some of the key differences in assessing causation, and computing losses, include:

- A Failed Business or Failed Start-Up Business is "excluded" from recovery under the Settlement Agreement if the claimant reports negative EBITDA (earnings before interest, income tax, depreciation, amortization and owner's compensation) for the 12 months prior to May 1, 2010.

- Compensation for a Failed Business applies a multiple (based on the claimant's industry and as specified in Exhibit 6 of the Settlement Agreement) of the claimant's EBITDA for the 12 months prior to the spill.  This amount is subsequently adjusted for changes in account balances of assets and liabilities of the business between the date of the spill and the date of the balance sheet closest to the date the claim was filed.

---

[42] A Failed Business is an "entity that commenced operations prior to November 1, 2008, and that, subsequent to May 1, 2010 but prior to December 31, 2011, either (i) ceased operations and wound down, or (ii) entered bankruptcy (through the filing of a petition for bankruptcy protection in a court of competent jurisdiction), or (iii) otherwise initiated or completed a liquidation of substantially all of its assets."  Policy 381 amended the above definition to an entity that commenced operations prior to October 20, 2008.

[43] A Failed Start-Up Business is defined as "an entity that commenced operations on or after November 1, 2008, and, subsequent to May 1, 2010 but prior to December 31, 2011, either (i) ceased operations and wound down, or (ii) entered bankruptcy (through the filing of a petition for bankruptcy protection in a court of competent jurisdiction), or (iii) otherwise initiated or completed a liquidation of substantially all of its assets."  Policy 381 amended the above definition to an entity that commenced operations after October 20, 2008.

## BEL Claims - Matching of Revenues and Expenses

### ATTACHMENT H – Start-Up Businesses Methodology

- Compensation for a Failed Start-Up Business is not directly dependent on P&Ls as in other BEL Claims categories but rather is focused on the assets and liabilities of the business as well as the business owner's annual earnings pre and post spill.

Concerns over the mismatch of revenue and expenses are somewhat mitigated by the following factors:

- Total EBITDA for the 12-month period prior to the spill is considered; the assessment is not dependent upon the results of any one or more individual months within that period, nor do they require a comparison of monthly variable profits between years.
- Causation for both Failed Businesses and Failed Start-Up Businesses requires a comparison of revenue for the months the claimant operated between May 2010 and its last full months of operations (not to exceed beyond April 2011) relative to: a) the comparable months during the period May 2009 through April 2010 for Failed Businesses, or b) expected revenue in the same time period as demonstrated by contemporaneous financial projections for Failed Start-Up Businesses.  Accordingly, causation is based on the comparison of cumulative revenue for several months, not upon the results of any individual months within that period.
- The Failed Start-Up Business methodology computation is based solely on the balance sheet, the sweat equity portion being based on the owner's annual earnings.  This significantly reduces any matching concerns that may exist on a claimant's P&Ls between months.

Matching concerns could arise from:

- a mismatch of revenue and expenses at the start and end of the 12 month period prior to the spill,
- a mismatch of revenue and expenses for the period between May 2010 through the date the claimant ceased operations, utilized for the Revenue Decline Test for causation purposes, and
- balance sheets utilized in the calculations being inaccurate due to revenue or expenses not being matched.  [The assets and liabilities on the balance sheet would not be impacted by a mismatch of revenue and expenses.  The equity section could possibly be impacted, but is not factored into

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

<span style="color:red">the methodology.  Additionally, the Program looks at a balance sheet existing at the time of the claim, so a temporary mismatch of revenues and expenses would have been eliminated by this point.  Oftentimes, moreover, the balance sheets either reflect $0 assets & liabilities or are on the income tax returns.]</span>

Identification of "unmatched claims" and Methodology for adjusting P&Ls not sufficiently matched

1.  The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors <span style="color:red">[see above]</span>[44], and indicators of insufficient matching of revenue and variable expenses.  It should be recognized that it may be common to see unusual fluctuations in a business that is failing.

2.  This matching analysis would not include the use of the Declaration Tool utilized for General BEL claimants as outlined in Section I of the "Matching of Revenues and Expenses" policy, for the reasons cited above.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

3.  The CSSP Accounting Vendors' analysis will focus on potential matching issues that would impact a) the annual results for the year May 2009 to April 2010, and b) for claimants for whom causation is not presumed, the period from May 2010 through the date the business ceased, as compared to those issues that may impact a given month(s) but have no impact on the annual results.  Further attention will be paid to potential matching issues that would impact balance sheets utilized for those months that impact the compensation calculation.

---

[44] "Errors" will be defined as accounting transactions that have been identified in the ordinary course of processing to have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying applicable accounting principles based on the claimant's method of accounting; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories. Recognizing that the Settlement Agreement does not mandate that the P&Ls be based on GAAP or any particular basis of accounting, the CSSP will analyze the P&Ls under the basis (e.g., accrual, cash, modified cash, income tax, etc.) of accounting used by the claimant in the normal course of business and reflected in the contemporaneous P&Ls. In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors if the entries were made using the best available information at the time. <span style="color:red">[See Comments to fn.9]</span>

H3

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

4.   If no matching issues are identified that would impact the calculation, the claim will be analyzed and processed based on the information presented by the claimant.

5.   If the CSSP Accounting Vendor identifies an error(s) in how the claimant has accounted for either revenue or expenses that form part of the EBITDA calculation, correcting entries will be made to the P&Ls to assign revenue and/or expenses to the appropriate month.  Consideration will also be given to the impact that such error(s) have on the balance sheets utilized in the calculation.  If revenues are restated/allocated as a result of this analysis, causation calculation will be re-performed to ascertain eligibility within the specific guidelines outlined in Exhibit 6 of the Settlement Agreement.

6.   The calculation of compensation for both Failed Businesses and Failed Start-Up Businesses will be consistent with that presently prescribed by Exhibit 6 of the Settlement Agreement.

As with general BEL claimants, in considering options to resolve Start-Up Business[45] claims that have been deemed to be not sufficiently "matched," it was necessary to apply distinct methodologies dependent upon the business operations and activities of individual claimants.  Under the Start-Up Business Methodology described below, it is therefore necessary to classify claimants as operating as either a short earnings cycle business, construction claimant, agriculture, educational institution or a professional services entity.  [For the reasons stated in Class Counsel's Memo of March 19, 2014 and above, Class Counsel disagree.]   While the term "Start-Up Methodology" generally describes what is set out below, it should be noted that separate methods exist for Start-Up Business claimants that fall under each category.  Further, it was important to tailor each of the methodologies set forth in Attachments B through F to reflect the differences between a Start-Up Business and a general BEL claimant.

<u>Comparison of general BEL claimants to Start-Up Business claimants</u>

Exhibit 7 of the Settlement Agreement outlines the framework for Start-Up Business claims.  Under the Settlement Agreement, Start-Up Business compensation is calculated on a basis similar to that

---

[45] A "Start-up Business" is considered to be a claimant with less than 18 months of operating history at the time of the DWH Spill.

## **BEL Claims - Matching of Revenues and Expenses**

## **ATTACHMENT H – Start-Up Businesses Methodology**

applicable to general BEL claims, in that it requires the selection of an optimal period of several months that compares variable profit between the Benchmark Period and the Compensation Period.  [To the extent applicable, Class Counsel respectfully adopt and incorporate all objections and suggestions outlined in the March 19th Memo and/or *supra* herein with respect to the proposed Start-Up Business Methodologies.]  The major exception between the two frameworks relates to a different Benchmark Period: For Start-Up Business claims the period is post spill (May 2011 to April 2012)[46], whereas general BELs consider pre-spill results on a calendar year (2009 only, an average of 2008/09, or an average of 2007/08/09).  For Start-Up Businesses both the Benchmark Period and the Compensation Period are post spill.  Other specific differences for Start-Up Businesses that impact the Start-Up Business Methodology include:

- Benchmark and Compensation Periods are not based on calendar years but on the year May to April.
- General BEL claims can utilize up to 8 months as their Optimum Benchmark Period for the purposes of the computation, whereas Start-Up Businesses have the option to utilize a 12 month period.
- The Settlement Agreement permits claimants to utilize projections as compared to actual financial results, in computing compensation, provided such projections were prepared prior to the spill and utilized by the claimant to obtain credit from a financial institution, other entity in the primary business of lending or investing money, or non-family private investors.

Effect of Differences on Start-Up Business Methodology

The period May to April will continue to form the Benchmark and Compensation Periods under the Start-Up Business Methodology.  However, any allocation of revenue and/or variable expenses to achieve

---

[46]  Where a claimant elects to utilize projections, the Benchmark Period utilized per Exhibit 7 is May 2010 to April 2011.

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

better matching will do so on a claimant's Fiscal Year.  The option to utilize a 3 to 12 month Optimum Benchmark Period will also continue to apply.

Under the Start-Up Business Methodology, projections may continue to be utilized provided that based upon an analysis by the CSSP Accounting Vendors the projections appear to be sufficiently matched.  This can be assessed by obtaining an understanding and conducting an assessment of the assumptions underlying the projections.  It is noted, however, that projections normally have fewer expense line items than actual monthly P&Ls so mapping projection line items to actual P&Ls can be more complex resulting in variable expenses (as defined by Exhibit 4D of the Settlement Agreement) being difficult to identify.  Further, projections may often be prepared on an annual basis, or for a period of less than one year, thereby not permitting monthly revenue and expenses to be identified.  As such, professional judgment will be applied by CSSP Accounting Vendors in assessing whether projections contain adequate, complete and appropriate information necessary to compute compensation under the Start-Up Business Methodology.

Identification of claims not 'sufficiently matched'

The criteria set out in Section I.A. of the CSSP policy on Matching of Revenues and Expenses shall be applied to Start-Up Business claimants in order to determine whether the submitted financial records are not sufficiently matched.  However, executing that analysis differs for Start-Up Businesses as a consequence of different definitions of the Benchmark Period between the Start-Up Business and the general BEL frameworks.

The criteria for identifying potential matching issues for Start-Up Business claims will utilize the 7 criteria already in place for BEL claims in general.  It should, however, be noted that:

- the calculations under the 7 criteria will include the Benchmark Period that extends through April 2012.

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

- on the basis that the Compensation Period and the Benchmark Period run from May through April, rather than a calendar year, the computation included will be performed over a May-April "annual" period. "Annual" for the purposes of criteria #2, 5 and 7 is defined as May through April. The years 2007, 2008 and 2009 will not form part of the analysis, as by definition such periods do not comprise the Benchmark Period or the Compensation Period.

- Significant increases or fluctuations in revenues and/or expenses are more common in Start-Up Businesses as compared to more mature BEL businesses.  Triggers identified from the 7 criteria may therefore not relate to matching issues.  This will be addressed as part of the claimant outreach performed by the CSSP.

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

Methodology for adjusting P&Ls not sufficiently matched

Claimants' contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors[47], and indicators of insufficient matching of revenue and variable expenses. It is recognized that it may be common to see more frequent fluctuations in a business that is a start-up.

Claimants that submit P&Ls that are deemed "sufficiently matched" will be processed under the methodology outlined in Exhibit 7 of the Settlement Agreement, utilizing the contemporaneous P&Ls. Those claimants that submit P&Ls which are not deemed "sufficiently matched" will have the P&Ls adjusted to allocate revenue and expenses to those periods when the activity generating the revenue was incurred. This will be accomplished by assigning and analyzing claims under the following methodologies:

- Start-Up Short Earnings Cycle Annual Variable Margin Methodology

- Start-Up Construction Methodology

- Start-Up Agriculture Methodology

- Start-Up Educational Institution Methodology

- Start-Up Professional Services Methodology

These are described in more detail below.

---

[47] "Errors" will be defined as accounting transactions that have been identified in the ordinary course of processing to have been inappropriately recorded in the claimant's contemporaneous P&Ls and will include, but not be limited to: duplicate accounting entries; debit entries recorded as credits or vice versa; mistakes in applying applicable accounting principles based on the claimant's method of accounting; oversights or misinterpretation of the facts; input or calculation errors; and/or postings to the incorrect revenue and/or expense categories. Recognizing that the Settlement Agreement does not mandate that the P&Ls be based on GAAP or any particular basis of accounting, the CSSP will analyze the P&Ls under the basis (e.g., accrual, cash, modified cash, income tax, etc.) of accounting used by the claimant in the normal course of business and reflected in the contemporaneous P&Ls. In general, accounting estimates now determined to be inaccurate based on subsequent events will not be considered accounting errors if the entries were made using the best available information at the time.

H8

## BEL Claims - Matching of Revenues and Expenses

## ATTACHMENT H – Start-Up Businesses Methodology

## Start-Up Short Earnings Cycle Annual Variable Margin Methodology

The approach outlined below does not alter the structure as to how compensation is calculated under the Settlement Agreement, but does require amendment of the P&Ls utilized in such calculations. The calculations of compensation will be consistent with that prescribed by Exhibit 7 of the Settlement Agreement.

1.  The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2.  If the CSSP Accounting Vendor identifies an error(s) in how the claimant has accounted for revenue and/or expenses, correcting entries will be made to the P&Ls to restate revenue and expenses to the appropriate month.  Where revenue has been restated, a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the revenue pattern test per the Settlement Agreement.

3.  If adjustments made in accord with 2. above result in restated P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 7 of the Settlement Agreement using such P&Ls.

4.  If adjustments made in accord with 2. above result in restated P&Ls that are not deemed to be sufficiently matched, the claim will be analyzed to calculate the "corresponding variable expenses," calculated as follows:

    a.  Benchmark Period (May 2011 to April 2012 or May 2010 to April 2011 if projections are utilized):

        i.  Monthly corresponding variable expenses during the Benchmark Period will be calculated for each Fiscal Year that forms part of the Benchmark Period (e.g., 2011 and 2012 if the claimant's Fiscal Year follows a calendar year), based on the percentage relationship between

H9

## BEL Claims - Matching of Revenues and Expenses

### ATTACHMENT H – Start-Up Businesses Methodology

the sum of all variable expenses for each Fiscal Year or May 2010 to April 2011 if projections are utilized to total revenue for the same year.

   ii. This variable expense percentage is applied to the specific monthly revenue amounts in each Fiscal Year in the Benchmark Period to calculate the corresponding variable expenses for each month.

  b. Compensation Period (May 2010 to April 2011):

   i. Monthly corresponding variable expenses during the Compensation Period will be calculated for each Fiscal Year that forms part of the Compensation Period (e.g., 2010 and 2011 if the claimant's Fiscal Year follows a calendar year) based on the percentage relationship between the sum of all variable expenses for each Fiscal Year to total revenue for the same Fiscal Year.

   ii. This variable expense percentage is applied to the specific monthly revenue amounts in each Fiscal Year in the Compensation Period to calculate the corresponding variable expenses for each month.

5. Calculate Expected Revenue & Expected Costs

  a. Expected Revenue and Expenses shall equal either:

   i. The actual revenue and expenses as set forth in the restated and/or allocated P&Ls calculated at Step 4 above for the Benchmark Period (i.e., May 2011 to April 2012); or

   ii. Revenue and expenses reported on financial projections for the Start-Up Business for the period May 2010 to April 2011.  The use of such projections would be dependent on satisfying the requirements of Exhibit 7 of the Settlement Agreement: that the projections were prepared prior to the spill and used to seek the extension of credit or financing to the Start-Up Business, from a financial institution, other entity in the primary business of lending or investing money, or non-family private investors with business lending experience.

  b. Claimant's Expected Profit/Loss for the Compensation Period will be calculated as the difference between the claimant's Expected Revenue and Expected Costs, provided that Expected Revenue and Expected Costs must both be based on actual results from the Benchmark Period, or, if

H10

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

alternatively selected by claimants in Zones B and C, both Expected Revenue and Expected Costs must both be based on qualifying projections.

6.   Calculate Actual Revenue and Actual Costs

   a.   Actual profit/loss generated over the Compensation Period will be calculated as the difference between (i) the claimant's Actual Revenues (from May 2010 to April 2011) as set forth in the restated and/or allocated P&Ls calculated at Step 4 above and (ii) the claimant's Actual Variable costs (from May 2010 to April 2011) as set forth in the restated and/or allocated P&Ls calculated at Step 4 above.

7.   Compensation will be computed under Exhibit 7 of the Settlement Agreement as follows:

   a.   Calculate the claimant's Base Compensation Loss as the difference between (i) the claimant's Expected Profit/Loss and (ii) the claimant's Actual Profit/Loss generated during the Compensation Period.

   b.   Apply the agreed-upon RTP adjustment.

   c.   Deduct any payments or credits received by the claimant from BP or the GCCF pursuant to BP's OPA claims process, or from any VoO Settlement Payment Offset and/or VoO Earned Income Offset, where applicable.

**Start-Up Construction Methodology**

The approach outlined below, does not alter the structure as to how compensation is calculated under the Settlement Agreement, but does amend the P&Ls utilized in such calculations.  The calculation of compensation will be consistent with that prescribed by Exhibit 7 of the Settlement Agreement.

The restatement and/or reallocation of the P&Ls to more accurately match revenue and expenses requires an analysis of the financial results of the claimant based on the claimant's Fiscal Year.   Annual

H11

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

revenues will be allocated to each month of the Fiscal Year based on that month's percentage of variable expenses to that Fiscal Year's annual variable expenses.

As a consequence of restating/reallocating monthly revenue based on a month's variable expenses as a percentage of annual variable expenses, the revenue recorded on the restated/allocated P&Ls can no longer be attributed to individual customers.  Accordingly, the restated/allocated P&Ls could not be utilized for the purpose of determining causation for any claimant required to satisfy a Customer Mix Test.  Under the Start-Up Construction Methodology, any claimant required to satisfy a Customer Mix Test[48] to demonstrate causation will utilize the contemporaneous P&Ls for the Customer Mix element of the causation assessment, but will utilize the restated/allocated P&Ls for the Revenue Pattern Test component of causation and in computing compensation.[49]

1.     The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2.     If the CSSP Accounting Vendor identifies an error(s) in how the claimant has accounted for revenue and/or variable expenses, correcting entries will be made to the P&Ls to restate revenue and/or variable expenses.

---

[48] As per Exhibit 7 of the Settlement Agreement, a claimant must demonstrate "an aggregate of 10% increase in the share of total revenue generated by customers located in Zones A-C [or non-local customers] over the *same* period of three consecutive from May 2011 to April 2012 as selected by the claimant for the upturn revenue pattern test. . . ." (*emphasis added*).  Under the Start-Up Construction Methodology this requirement will be amended to permit a claimant, for the purpose of satisfying a customer mix test, to select any three month period in the Benchmark Period to satisfy the customer mix test, and such period may be different from that used to satisfy the Upturn Revenue Pattern test.

[49]  This procedure would supersede, for construction companies only, Policy 464 as it relates to the requirement to utilize the same P&Ls for determining causation and calculating compensation.

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

3.    If adjustments made in accord with 2. above result in restated P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 7 of the Settlement Agreement using such P&Ls.

4.    The restated P&Ls (as required) will be analyzed under the Start-Up Construction Methodology as follows:

   a.   Allocation based on claimant's Fiscal Year:

      i.   For each individual Fiscal Year  each month's variable expenses as a percentage of that Fiscal Year's total variable expenses will be computed.

      ii.  Annual revenue for each Fiscal Year will be allocated to individual months by multiplying total annual revenue by each month's percentage of total variable expenses (as computed in accord with i. above).

5.    The P&Ls, restated and allocated in accord with Step 4 above, are utilized as the input for calculating compensation under Exhibit 7 of the Settlement Agreement.

6.    Calculate Expected Revenue and Expected Costs

   a.   Expected Revenue and Costs shall equal either:

      i.   The actual revenue and expenses as set forth in the restated and/or allocated P&Ls calculated in accord with Step 4 above for the Benchmark Period (i.e., May 2011 to April 2012); or

      ii.  Revenue and expenses reported on financial projections for the Start-Up Business for the period May 2010 to April 2011.  The use of such projections would be dependent on satisfying the requirements of Exhibit 7 of the Settlement Agreement: that the projections were prepared prior to the spill and used to seek the extension of credit or financing for the Start-Up Business, from a financial institution, other entity in the primary business of lending or investing money, or non-family investors with business lending experience.

   b.   Claimant's Expected Profit/Loss for the Compensation Period will be calculated as the difference between the claimant's Expected Revenue and Expected Costs, provided that Expected Revenue and Expected Costs must both be based on actual results from the Benchmark Period, or, if

H13

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

alternatively selected by claimants in Zones B and C, both Expected Revenue and Expected Costs must both be based on qualifying projections.

7.    Calculate Actual Profit/Loss

   a.    Actual Profit/Loss generated over the Compensation Period will be calculated as the difference between (i) the claimant's Actual Revenues (from May 2010 to April 2011) as set forth in the restated and/or allocated P&Ls calculated in accord with Step 4 above and (ii) the claimant's Actual Variable Costs (from May 2010 to April 2011) as set forth in the restated and/or allocated P&Ls calculated in accord with Step 4 above.

8.    Compensation will be computed under Exhibit 7 of the Settlement Agreement as follows:

   a.    Calculate the claimant's base compensation loss as the difference between (i) the claimant's expected profit/loss and (ii) the claimant's actual profit/loss generated during the Compensation Period.

   b.    Apply the agreed-upon RTP adjustment.

   c.    Deduct any payments or credits received by the claimant from BP or the GCCF pursuant to BP's OPA claims process, or from any VoO Settlement Payment Offset and/or VoO Earned Income Offset, where applicable.

**Start-Up Agriculture Methodology**

The methodology outlined below – "the Start-Up Agriculture Methodology" – deviates from the methodologies described previously in that both revenue and variable expenses will be allocated.

1.    The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

H14

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

2.    If the CSSP Accounting Vendor identifies an error(s) [see above] in how the claimant has accounted for either revenue or variable expenses, correcting entries will be made to the P&Ls to restate revenue and/or variable expenses to the appropriate month. Where revenue has been restated a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the Revenue Pattern Test per Exhibit 4B of the Settlement Agreement.

3.    If adjustments made in accord with 2. above result in restated P&Ls that are deemed to be sufficiently matched, the claim will be processed and compensation calculated under the methodology set forth in Exhibit 7 of the Settlement Agreement using such P&Ls.

4.    If adjustments made in accord with 2. above result in restated P&Ls that are not deemed to be sufficiently matched, the claim will be analyzed under the Start-Up Agriculture Methodology as follows:

    a.    Allocation of revenue:

      i.    An evaluation of the nature of the crops grown by the claimant during the Benchmark and Compensation Period will be performed to understand the type of crop(s) grown, and the "crop season" in each given Fiscal Year.  In addition, through discussions with the claimant and / or third parties, where considered necessary, a review of supporting documentation, the CSSP Accounting Vendors will understand whether produce from each "crop season" was sold shortly after harvesting, or held in storage for sale at a subsequent date.

      ii.    Revenue recorded on the claimant's contemporaneous P&Ls will be analyzed to determine the "crop seasons" to which it relates.  This will require the claimant to provide additional information (e.g., inventory records, yield reports, sales records) in order to break out the recorded revenue into the various "crop seasons" (e.g., allocated to each year, or different "crop seasons" where multiple crop types were planted in any one year) and identify the time period of each "crop season."

      iii.    Based on the analysis performed at i. and ii. above, monthly revenue will be allocated on a straight line basis to those months of the "crop season."  For example:

H15

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

- A sale recorded in December 2012 for crops produced during the "crop season" running from April 2012 to September 2012 will be allocated on a straight line basis over the 6 months April 2012 to September 2012.

- A sale recorded in February 2011 related to crops produced during the "crop season" running from April 2010 to September 2010 will be allocated on a straight line basis over the 6 months April 2010 to September 2010.

iv. CSSP Accounting Vendors will obtain support from the claimant with regard to the "crop season" dates, but will exercise professional judgment in determine the appropriate months to allocate revenue to.  For example:

- If work in preparing a field for planting commences on April 30, 2011, May 2011 will most likely be the first month to which revenue is allocated.

- If the crop was harvested on November 3, 2012, October 2012 will most likely be the last date to which revenue is allocated.

v. Where a crop season crosses a claimant's Fiscal Year, or sales of crops are made in Fiscal Years subsequent to that in which the "crop season" resided, claimants may be required to provide additional years of P&L data

vi. On completion of steps i. through v. above, revenue will be allocated for each Fiscal Year included in the Benchmark and Compensation Periods (2010, 2011 and 2012).

vii. As a consequence of revenue being restated or allocated, a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the Revenue Pattern Test per Exhibit 7 of the Settlement Agreement.  For claimant's required to satisfy the customer mix test, the allocation of revenue per step iii. above will require that the identity of individual purchases of crop be tracked with the allocation of revenue.

b. Allocation of variable expenses:

i. An analysis of variable expenses, considered significant in the professional judgment of CSSP Accounting Vendors, recorded in any Fiscal Year will be performed to determine if they relate to that year's "crop season" or whether they represented bulk purchases held in inventory for

H16

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

future "crop seasons."  If variable expenses pertain to multiple "crop seasons" the expense will be allocated to each individual "crop season."

ii. Remaining variable expenses during each Fiscal Year included in the Benchmark Period and the Compensation Period will be allocated to individual months based on that month's allocated revenue as a percentage of total revenue for the same Fiscal Year period.  This approach results in a consistent variable profit margin for each month of any given Fiscal Year.  The calculation is as follows:

- Monthly corresponding variable expenses for each Fiscal Year included in the Benchmark Period will be calculated based on the percentage relationship between the sum of all variable expenses for each Fiscal Year and total allocated revenue for the same Fiscal Year.  This will yield a separate variable expense percentage for each Fiscal Year included in the Benchmark Period.

- This variable expense percentage (specific for each individual Fiscal Year included in the Benchmark Period) is applied to the specific monthly allocated revenue amounts in the Benchmark Period to calculate the corresponding variable expenses for each month.

- Monthly corresponding variable expenses during the Compensation Period will be calculated based on the percentage relationship between the sum of all variable expenses for each Fiscal Year included in the Compensation Period and total revenue for the same Fiscal Year.

- This variable expense percentage is applied to the specific monthly revenue amounts in each Fiscal Year included in the Compensation Period to calculate the corresponding variable expenses for each month.

5. The P&Ls, restated and allocated in accord with Step 4 above, are utilized as the input for calculating compensation under Exhibit 7 of the Settlement Agreement.

6. Calculate Expected Revenue and Expected Costs

   a. Expected Revenue and Costs shall equal either:

H17

## **BEL Claims - Matching of Revenues and Expenses**

### **ATTACHMENT H – Start-Up Businesses Methodology**

     i.   The actual revenue and expenses as set forth in the restated and/or allocated P&Ls calculated in accord with Step 4 above for the Benchmark Period (i.e., May 2011 to April 2012); or

    ii.   Revenue and expenses reported on financial projections for the Start-Up Business for the period May 2010 to April 2011.  The use of such projections would be dependent on satisfying the requirements of Exhibit 7 of the Settlement Agreement: that the projections were prepared prior to the spill and used to seek the extension of credit or financing to the Start-Up Business, from a financial institution, other entity in the primary business of lending or investing money, or non-family investors with business lending experience.

  b.  Claimant's Expected Profit/Loss for the Compensation Period will be calculated as the difference between the claimant's Expected Revenue and Expected Costs, provided that Expected Revenue and Expected Costs must both be based on actual results from the Benchmark Period, or, if alternatively selected by claimants in Zones B and C, both Expected Revenue and Expected Costs must both be based on qualifying projections.

7.    Calculate Actual Profit/Loss

  a.  Actual Profit/Loss results over the Compensation Period will be calculated as the difference between (i) the claimant's Actual Revenues (from May 2010 to April 2011) as set forth in the restated and/or allocated P&Ls calculated in accord with Step 4 above and (ii) the claimant's Actual Variable Costs (from May 2010 to April 2011) as set forth in the restated and/or allocated P&Ls calculated in accord with Step 4 above.

8.    Compensation will be computed under Exhibit 7 of the Settlement Agreement as follows:

  a.  Calculate the claimant's base compensation loss as the difference between (i) the claimant's expected profit/loss and (ii) the claimant's actual profit/loss generated during the Compensation Period.

  b.  Apply the agreed-upon RTP adjustment.

  c.  Deduct any payments or credits received by the claimant from BP or the GCCF pursuant to BP's OPA claims process, or from any VoO Settlement Payment Offset and/or VoO Earned Income Offset, where applicable.

## BEL Claims - Matching of Revenues and Expenses

### ATTACHMENT H – Start-Up Businesses Methodology

#### Educational Institutions Methodology

The approach outlined below does not alter the structure as to how compensation is calculated under the Settlement Agreement but does amend the P&Ls utilized in such calculations.  The calculations of both Step 1 and Step 2 compensation will be consistent with that prescribed by Exhibit 7 of the Settlement Agreement.

1.  The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2.  An evaluation of the claimant's tuition arrangements (i.e., payments for annual tuition, an individual semester, or trimesters) will be performed to understand the time period for which student tuition fees apply.  In addition, the method of payment (i.e., advanced payment in full, or a monthly/quarter tuition payment(s)) will be confirmed with the claimant and / or third parties, receipt and analysis of supporting documentation.

3.  If the CSSP Accounting Vendor identifies an error(s) in how the claimant has accounted for either revenue or variable expenses, correcting entries will be made to the P&Ls to restate revenue or expenses.

4.  If adjustments made in accord with 3. above result in restated P&Ls that are deemed sufficiently matched, the claim will be processed under the methodology set forth in Exhibit 7 of the Settlement Agreement.  However, if revenue has been restated in accord with 3. above a causation analysis will be re-performed (if causation is not presumed).  If causation is satisfied, the restated P&Ls are utilized as the input for calculating compensation under the Settlement Agreement.

5.  If adjustments made in accord with 3. above do not resolve matching issues, the P&Ls will be revised, as set forth below, allocating both revenue and expenses.

## **BEL Claims - Matching of Revenues and Expenses**

### **ATTACHMENT H – Start-Up Businesses Methodology**

a.   Allocation of revenue:

   i.   Revenue recorded on the claimant's contemporaneous P&Ls will be analyzed to determine the months covered by the tuition fees paid.  This will require some additional information (e.g., reports from student admission records, tuition sub-ledger, student enrollment information, student fee accounts) in order to break out the recorded revenue into the various categories of payment types(e.g., annual enrollment, semester, trimesters) and identify the time period covered by the tuition period..

   ii.   Based on the analysis performed at i. above, monthly revenue will be allocated on a straight line basis to those months covered by the tuition .  For example:

- A payment made in July 2010 for the academic year running from September 2010 to June 2011 will be allocated on a straight line basis over the 10 months September 2010 to June 2011.

- A payment made in September 2011 for a semester that runs from September 2011 through December 2011, will be allocated on a straight line basis over the 4 month period September 2011 to December 2011.

   iii.   CSSP Accounting Vendors will obtain support from the claimant with regard to the academic year or semester dates, but will exercise professional judgment in determine the appropriate months to allocate revenue to.  For example:

- If a term commences on August 30, 2010, September 2010 will most likely be the first month to which revenue is allocated.

- If a term ends on June 3, 2011, May 2011 will most likely be the last date to which revenue is allocated.

   iv.   On completion of steps i. through iii. above, revenue will be allocated for each calendar year that forms part of the Benchmark and Compensation Period (2010, 2011, and 2012).

   v.   As a consequence of revenue being restated or allocated, a causation analysis will be re-performed (if causation is not presumed) to confirm that the claimant meets the Revenue Pattern Test per Exhibit 7 of the Settlement Agreement.  For claimant's required to satisfy the

H20

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

customer mix test, the allocation of revenue per step ii. above will require that the identity of individual students be tracked with the allocation of revenue.

b.   Allocation of variable expenses:

i.   Variable expenses during each Fiscal Year that forms part of the Benchmark Period and the Compensation Period (e.g., 2010, 2011 and 2012 if the claimant maintains their Fiscal Year on a calendar year) will be allocated to individual months based on that month's allocated revenue as a percentage of total revenue for each Fiscal Year.  This approach results in a consistent variable profit margin for each month of any given Fiscal Year.  The calculation is as follows:

- Monthly corresponding variable expenses for each Fiscal Year of the Benchmark Period (e.g., 2011 and 2012 if the claimant maintains their Fiscal Year on a calendar year) will be calculated based on the percentage relationship between the sum of all variable expenses for each Fiscal Year and total revenue for the same annual period.  This will yield a separate variable expense percentage for each Fiscal Year that forms part of the Benchmark Period.

- This variable expense percentage (specific for each individual Fiscal Year that forms part of the Benchmark Period) is applied to the specific monthly revenue amounts in the Benchmark Period to calculate the corresponding variable expenses for each month.

- Monthly corresponding variable expenses during each Fiscal Year that comprises part of the Compensation Period (i.e., 2010 and 2011 if the claimant maintains their Fiscal Year on a calendar year) will be calculated based on the percentage relationship between the sum of all variable expenses for each Fiscal Year and total revenue for the same Fiscal Year.

- This variable expense percentage is applied to the specific monthly revenue amounts in the Compensation Period to calculate the corresponding variable expenses for each month.

H21

## BEL Claims - Matching of Revenues and Expenses

## ATTACHMENT H – Start-Up Businesses Methodology

6. The P&Ls, restated in accord with Step 5 above, are utilized as the input for calculating compensation under Exhibit 7 of the Settlement Agreement.

7. Calculate Expected Revenue and Expected Costs

   a. Expected Revenue and Costs shall equal either:

      i. The actual revenue and expenses as set forth in the restated and/or allocated P&Ls calculated in accord with Step 5 above for the Benchmark Period (i.e., May 2011 to April 2012); or

      ii. Revenue and expenses reported on financial projections for the Start-Up Business for the period May 2010 to April 2011.  The use of such projections would be dependent on satisfying the requirements of Exhibit 7 of the Settlement Agreement: that the projections were prepared prior to the spill and used to seek the extension of credit or financing to the Start-Up Business, from a financial institution, other entity in the primary business of lending or investing money, or non-family investors with business lending experience.

   b. Claimant's Expected Profit/Loss for the Compensation Period will be calculated as the difference between the claimant's Expected Revenue and Expected Costs, provided that Expected Revenue and Expected Costs must both be based on actual results from the Benchmark Period, or, if alternatively selected by claimants in Zones B and C, both Expected Revenue and Expected Costs must both be based on qualifying projections.

8. Calculate Actual Profit/Loss

   a. Actual Profit/Loss results over the Compensation Period will be calculated as the difference between (i) the claimant's Actual Revenues (from May 2010 to April 2011) as set forth in the restated and/or allocated P&Ls calculated in accord with Step 5 above and (ii) the claimant's Actual Variable Costs (from May 2010 to April 2011) as set forth in the restated and/or allocated P&Ls calculated in accord with Step 4 above.

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

9.    Compensation will be computed under Exhibit 7 of the Settlement Agreement as follows:

   a.    Calculate the claimant's base compensation loss as the difference between (i) the claimant's expected profit/loss and (ii) the claimant's actual profit/loss generated during the Compensation Period.

   b.    Apply the agreed-upon RTP adjustment.

   c.    Deduct any payments or credits received by the claimant from BP or the GCCF pursuant to BP's OPA claims process, or from any VoO Settlement Payment Offset and/or VoO Earned Income Offset, where applicable.


**Start-Up Professional Services Methodology**

1.    The claimant's contemporaneous P&Ls will be analyzed by the CSSP Accounting Vendors for potential accounting errors, and indicators of insufficient matching of revenue and variable expenses.  Such analysis will require, if considered necessary, explanations and additional information and documentation from the claimant.

2.    An evaluation of the claimant's fee arrangements for all cases/engagements (i.e., time & materials, fixed fee, contingent fee, or a combination thereof) will be performed based on discussions and an assessment of additional records requested from the claimant.  Such additional records will be consistent with those outlined in the Professional Services Methodology (Attachment F).  It should be noted that information requested may include records either prior to and/or after the Benchmark and Compensation Periods (i.e., prior to 2010 or after 2012).

3.    If the CSSP Accounting Vendor identifies an error(s) in how the claimant has accounted for either revenue or variable expenses, correcting entries will be made to the P&Ls to restate revenue or expenses..

4.    If adjustments made in accord with 3. above result in restated P&Ls that are deemed sufficiently matched, the claim will be processed under the methodology set forth in Exhibit 7 of the Settlement Agreement.  However, if revenue has been restated in accord with 3. above a causation analysis will

H23