# BEL Claims - Matching of Revenues and Expenses
## ATTACHMENT H – Start-Up Businesses Methodology

be re-performed (if causation is not presumed).  If causation is satisfied, the restated P&Ls are utilized as the input for calculating compensation under the Settlement Agreement.

5. If adjustments made in accord with 3. above do not resolve matching issues, the P&Ls will be revised, as set forth below, allocating both revenue and expenses.

For those claimants who submit P&Ls which are deemed not "sufficiently matched", the P&Ls will be adjusted to allocate revenue on a straight line basis over the period of the case/engagement, unless the claimant can submit appropriate, reliable and complete records that permit an alternative allocation of revenue based on when activity generating the revenue occurred.  In professional services companies this would correspond to periods when work on the matter/engagement was actually performed.  Alternative information that the claimant may elect to present to demonstrate when effort was expended/hours were worked may include:

- Time and billing records maintained in the ordinary course of business that detail time worked by month by case/engagement is considered to be the most accurate and complete source of information.
- Other case/engagement records may provide sufficient information to 'reconstruct' when hours were worked in generating the revenue earned: calendars, engagement letters, court filings, case summaries, trial dockets, court and deposition appearances, expert report submissions, project deliverables, transaction closure dates, contract execution dates, court approvals, and payment schedules and receipts.

**Revenue**

Allocate Revenue on a straight line basis over the duration of the case/litigation

1. If the claimant elects not to submit additional documentation, or provides documentation that, in the judgment of the Claims Administrator, does not permit the CSSP Accounting Vendors to reasonably estimate and verify the level of work effort in a given month, revenue will be allocated to each month on a straight line basis over the duration of the matter.

## **BEL Claims - Matching of Revenues and Expenses**
## **ATTACHMENT H – Start-Up Businesses Methodology**

2. A matter will be considered to have commenced from the date of execution of an engagement letter or other indicia of the commencement of the undertaking, through the date that a matter has been settled, or a final project deliverable has been submitted and payment has been received, unless other information indicates an alternative date.  Other information could include, for example: evidence that work was commenced prior to the execution of an engagement letter or other indicia of the  commencement of the undertaking, post-trial filings, appeals, a further negotiation of the amount ultimately paid, or presentations after issuance of a final report.  Information must be provided by claimants to permit the CSSP Accounting Vendors to verify the commencement and completion date of cases/engagements.

3. In determining revenue generated for each matter, consideration will be given to the nature of the case/engagement, but in all instances will be net of any reimbursable expenses.  Revenue from time & material and fixed fee arrangements will be determined based on the engagement letter or other description of the nature and scope of the undertaking, and invoice records.  For contingent fee arrangements, revenue will be based on the amount paid to the claimant as of the date the CSSP Accounting Vendors analyze the claim.  For contingent fee cases that remain open/unsettled as of the date the claim is being evaluated, no revenue or variable expenses will be recognized within the claimant calculation for such cases.

4. For each case/engagement (or a subset thereof if, in the professional judgment of the CSSP Accounting Vendor, some projects are deemed immaterial to the compensation calculation) the revenue allocated to each month will equal revenue (determined in accord with 3 above) divided by the number of months that the case/engagement was worked on (as determined in accord with 2 above).

5. Where revenue has been restated and/or allocated, a causation analysis will be re-performed to confirm that the claimant meets the revenue pattern test per the Settlement Agreement (if causation is not presumed).

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

Allocate Revenue based on Available Information

    The claimant will have the option to submit documentation to the Claims Administrator if it believes such records can more accurately estimate the level of work/hours incurred in a given month, thereby permitting revenue to be allocated based on such effort, rather than a straight line basis. The CSSP Accounting Vendors will assess such records and determine whether, in their professional judgment, such records are adequate and complete enough to reasonably estimate and verify the level of work effort performed in a given month as it relates to each specific case/engagement. If it is determined that such records permit a reasonable estimate of when effort was expended/hours were worked, revenue will be allocated based on such efforts. However, if not deemed sufficient to reasonably estimate and verify when effort was expended/hours were worked, the CSSP Accounting Vendors will revert to allocating revenue to each month on a straight line basis over the duration of the matter.

    In considering what additional information a claimant may elect to submit to identify when effort was expended/hours were worked, the CSSP Accounting Vendors anticipate that this will most likely include time and billing records maintained by a claimant in the ordinary course of business. In the absence of such records, other information may be utilized to estimate or 'reconstruct' when effort was expended/hours were worked.. Such information may include, but not be limited to, calendars, engagement letters, court filings, case summaries, court and deposition appearances, expert report submissions, transaction close dates, contract execution dates, project deliverables, court approvals, court/trial dates, and payment schedules and receipts. The approach that will be followed is detailed below:

1. Information will be requested from the claimant that details the nature of the fee arrangements for all cases/engagements commenced and/or closed during the Benchmark and Compensation Periods. The information requested will be consistent with the items set out in Attachment E – Professional Services Methodology. Given that cases/engagements may have commenced prior to

## BEL Claims - Matching of Revenues and Expenses
## ATTACHMENT H – Start-Up Businesses Methodology

    the Compensation Period or were ongoing or closed after the Benchmark Period, information required from claimants may extend prior to the Compensation Period and subsequent to the Benchmark Period.

2. Revenue will be allocated to each month of the Benchmark Period (May 2011 to April 2012) and Compensation Period (May 2010 to April 2011) based on when work was actually performed.

3. To identify when hours were worked the following steps will be performed:

   a. A detailed inventory of all engagements performed by the claimant will be obtained, separated by the nature of the fee arrangement.

   b. The CSSP Accounting Vendors will, through inquiries of the claimant, and an evaluation of submitted documentation, determine if contemporaneous time and billing records were maintained by the claimant in sufficient detail to determine and verify when effort was expended/hours were worked on individual cases/engagements, or if practical a grouping of cases/engagements that had similar characteristics (e.g., commencement and completion date, revenue earned and paid). If deemed sufficient, time and billing records will be utilized.

   c. If time and billing records were not maintained by the claimant in sufficient detail to determine when effort was expended/hours were worked, the CSSP Accounting Vendor will consider the adequacy and completeness of other information provided and determine if sufficient to estimate and verify when effort was expended/time was worked, and will allocate revenue on such basis.

Utilizing Time and Billing records to reallocate revenue

1. Any billing records submitted will be analyzed for each engagement. Hours recorded by personnel for each individual case/engagement (or a subset thereof if, in the professional judgment of the CSSP Accounting Vendor, some projects are deemed immaterial to the compensation calculation) will be compared to the timing of revenue recognized. Total revenue earned from each case will be considered net of reimbursable expenses. Total revenue earned from each case/engagement will be

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

allocated to each month based on the percentage of hours charged in that month relative to the total case/engagement hours.

2. Based upon the content and format of the time and billing records received, additional analysis may be performed including but not limited to comparison of pre-spill and post-spill: monthly hours worked in assessing lost hours, if any; billing rates per engagement/case in assessing higher/lower rates, if any; changes in the overall variable profit margin between periods, if any; utilization mix of professional staff (including owners/partners); lines and/or types of services/engagements worked on; and length of the project and value of settlements reached.

3. For contingent fee cases that remain open/unsettled as of the date the claim is being evaluated, no revenue nor variable expenses will be recognized within the claimant calculation for such cases.

4. Where revenue has been restated and/or allocated a causation analysis will be re-performed to confirm that the claimant meets the revenue pattern test per the Settlement Agreement (if causation is not presumed).

Utilizing Engagement Records to allocate revenue

1. It is expected that claimants who operate under a time & materials fee arrangement will maintain time and billing records in order to create and support the invoices to their clients. Accordingly, it is assumed that the methodology set out below will most likely apply to fixed fee and contingent fee arrangements, or a combination of the two. It should be noted that if a firm has a variety of fee arrangements including some performed on a time & materials basis, for which it maintained time and billing records, the revenue may (based on the professional judgment of the CSSP Accounting Vendors) be bifurcated, and different records will be applied to identify when hours were worked.

H28

833 of 838

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

2. If the claimant elects to submit documentation that the CSSP Accounting Vendors deem sufficient to estimate and verify the effort expended/hours worked in any given month, cases/engagements performed under a fixed fee or contingent fee arrangement will be evaluated utilizing other engagement documentation, as follows:

   a. Fixed and contingent fee cases/engagements worked during the Benchmark Period and the Compensation Period

      i. Identify the commencement and completion date for each case/engagement, including the date revenue was recorded and/or cash was received

      ii. In the case of a legal matter, conduct an examination of available legal and non-legal documents (e.g., pleadings and other court records, discovery requests, depositions and/or court documents, due diligence commencement dates, transaction closure dates, submission of contract drafts, lawyer's calendars etc.) to establish proof of work/timing of effort in order to estimate the revenue that should be attributed to a given month. This process will be performed in consultation with the claimant.

         - Based on the duration of the legal matter, combined with the timing of significant events, an estimate of the percentage of the total work effort on the case will be assigned to each month.

         - Revenue will be allocated to each month by multiplying the total contingent fee or fixed fee by that month's percentage of the total effort expended on the case.

   b. For other professional services claimants (not law firms), conduct an examination of available documentation (e.g., budgets, project reports, draft and final deliverables, calendars, time and billing records, progress and status reports, meetings/presentations and other key milestone events) to establish proof of work/timing of effort in order to estimate the revenue that should be attributed to a given month. This process will be performed in consultation with the claimant.

      i. Based on the duration of the engagement, combined with the timing of significant events/milestones, an estimate of the percentage of the total effort incurred on the engagement will be assigned to each month.

## BEL Claims - Matching of Revenues and Expenses
## ATTACHMENT H – Start-Up Businesses Methodology

    ii. Revenue will be allocated to each month by multiplying the total contingent fee or fixed fee by that month's percentage of the total effort expended on the engagement.

3. For contingent fee cases that remain open/unsettled as of the date the claim is being evaluated, no revenue or variable expenses will be recognized within the claimant calculation for such cases.

4. Where revenue has been restated and/or allocated a causation analysis will be re-performed to confirm that the claimant meets the revenue pattern test per the Settlement Agreement (if causation is not presumed).

Variable Expenses

1. It is expected that the records maintained by some claimants may not separately identify variable expenses, as defined in Exhibit 4D of the Settlement Agreement, to specific cases/engagements.

2. Where revenue is allocated on a straight line basis over the duration of a case/engagement, due to the claimant electing not to submit additional documentation, or where there was a lack of sufficient information to reliably estimate and verify when hours were worked/effort was expended, variable expenses incurred during the Benchmark Period (May 2011 to April 2012 or May 2010 to April 2011 if projections are used) and Compensation Period (May 2010 to April 2011) will be allocated to individual months based on that month's revenue as a percentage of total revenue for each individual Fiscal Year that forms part of the Benchmark or Compensation Periods (e.g., 2010, 2011 and 2012 if the claimant maintains their Fiscal Year on a calendar year). This approach results in a consistent variable profit margin for each month of any given Fiscal Year. The calculation is as follows:

    a. Monthly corresponding variable expenses during the Benchmark Period will be calculated for each Fiscal Year that forms part of the Benchmark Period based on the percentage relationship between the sum of all variable expenses for each Fiscal Year or May 2010 to April 2011 if projections are utilized, and total revenue for the same Fiscal Year.

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

- b. This variable expense percentage is applied to the specific monthly revenue amounts in each Fiscal Year in the Benchmark Period to calculate the corresponding variable expenses for each Fiscal Year.
- c. Monthly corresponding variable expenses during the Compensation Period will be calculated for each Fiscal year that forms part of the Compensation Period based on the percentage relationship between the sum of all variable expenses for each Fiscal Year and total revenue for the same Fiscal Year.
- d. This variable expense percentage is applied to the specific monthly revenue amounts in each Fiscal Year in the Compensation Period to calculate the corresponding variable expenses for each month.

3. Where revenue has been allocated on a basis other than the straight line basis, variable expenses incurred during the Benchmark and Compensation Periods will be allocated to individual months based on the total effort expended/hours worked, estimated using the same information utilized in allocating revenue.

Compensation Calculation

1. The restated and/or allocated P&Ls resulting from the allocation of revenue and variable expenses are utilized as the input for calculating compensation under Exhibit 7 of the Settlement Agreement:
2. Calculate Expected Revenue and Expected Costs
    a. Expected Revenue and Expected Costs shall equal either:
        i. The Actual Revenue and Actual Costs as set forth in the restated and/or allocated P&Ls for the Benchmark Period (i.e., May 2011 to April 2012); or
        ii. Revenue and expenses reported on financial projections for the Start-Up Business for the period May 2010 to April 2011.  The use of such projections would be dependent on satisfying the requirements of Exhibit 7 of the Settlement Agreement: that the projections were used to seek the extension of credit or financing to the Start-Up Business, from a financial institution,

## BEL Claims - Matching of Revenues and Expenses
## ATTACHMENT H – Start-Up Businesses Methodology

      other entity in the primary business of lending or investing money, or non-family provider investors with business lending experience.

   b.  Claimant's Expected Profit/Loss for the compensation period will be calculated as the difference between the claimant's Expected Revenue and Expected Costs, provided that Expected Revenue and Expected Costs must both be based on actual results from the Benchmark Period, or, if alternatively selected by claimants in Zones B and C, both expected revenue and expected costs must both be based on qualifying projections.

3.    Calculate Actual Profit/Loss

   a.  Actual profit/loss results over the Compensation Period will be calculated as the difference between (i) the claimant's Actual Revenues (from May 2010 to April 2011) as set forth in the restated and/or allocated P&Ls and (ii) the claimant's Actual Variable Costs (from May 2010 to April 2011) as set forth in the restated and/or allocated P&Ls.

4.    Compensation will be computed under Exhibit 7 of the Settlement Agreement as follows:

   a.  Calculate the claimant's base compensation loss as the difference between (i) the claimant's expected profit/loss and (ii) the claimant's actual profit/loss generated during the Compensation Period.

   b.  Apply the agreed-upon RTP adjustment.

   c.  Deduct any payments or credits received by the claimant from BP or the GCCF pursuant to BP's OPA claims process, and/or from any VoO Settlement Payment Offset and/or VoO Earned Income Offset, where applicable.

5.    As noted above in 'Utilizing Time and Billing records,' if this data is available and used to allocate revenues, the additional analysis described below may be performed at this step in order to identify and quantify the various components of the compensation calculation. This analysis may include consideration of compensation resulting from a decrease/increase in hours, a decrease/increase in rates/awards and an increase/decrease in variable profit margin. Depending upon the level of detail provided, these components may be further analyzed to identify compensation amounts

H32

**BEL Claims - Matching of Revenues and Expenses**

**ATTACHMENT H – Start-Up Businesses Methodology**

associated with changes in utilization/mix of professional staff as well as changes in types of services/engagements/cases worked on.