# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–March 21, 2014

# PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Kerry Miller | 599-8194 | Transocean |
| W B Fisherow | 2025142750 | DOJ |
| Jordan Ray | 480 6205326 | In Data |
| Floyd Hartley | 214 939 4617 | HESI |
| Tony Desert | 559-8000 | Transocean |
| Steve Power | 2025505176 | BP |
| Jen Wray | 228 314 0413 | MDEQ |
| Rhon Jones | 334 2692343 | Gov AL |
| Kevin Bahy | 202 346 8004 | BP |
| A. Hugh Carver | 524 5777 | Louisiana |
| Ky Kirby | 202-373-6795 | Anadarko |
| David Salm | 202-373-6803 | Anadarko |
| Cadell Luce | 202-373-6541 | Anadarko |
| Jim Draper | 813 680 6436 | Anadarko |
| Danny Flanigan | (202) 514-5258 | US |
| Michael Zevenberge | (202) 526-6607 | DOJ |
| Karen Gase | 847 691 5576 | BP |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–March 21, 2014

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| JOHN BERG | 313 965 8417 | FLORIDA TRUSTEES |
| Tom Claps | (917) 584 8048 | — |
| Sarah Himmelhoch | 202-514 0180 | United States |
| Rachel Hankey | 415 744-6471 | United States |
| Mark Saylor | 504-595-3371 | N/A |
| Steve Herman | (504) 581-4892 | PSC |
| Don Haycraft | 556 4128 | Liskow |
| Jennifer Larino | 504) 717-7698 | N/A (MEDIA) |
| T Lynch | 281 366 1500 | BP |
| Mike Brual | 334.799.5594 | BP |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–March 21, 2014

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| M. Brant Pettis | 228-224-0080 | MDEQ/Miss. |
| Emma Jacks | 646-644-8095 | BP |
| Parker Miller | 800.998.2034 | State of Alabama |
| Will Jarboe | 3172018140 | BP |
| INGRAM LEE | 713.805.0206 | APC |
| Deb Kuchler | 504-592-0691 | Anadarko |
| Cathleen Tierney | 202-564-4254 | US EPA |
| THOMAS EDWARDS | 512-463-2012 | STATE OF TEXAS |
| Richard Gladstein | 202-514-1711 | DOJ |
| MATT REGAN | 312 862 2431 | BP |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–March 21, 2014

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Steve O'Rourke | 202 319 2779 | USA |
| Aby Andre | 2023052775 | USA |
| Scot Casey | 202 531-3365 | USA |
| Michael Lyle | 202 538 8166 | O'Rini, NRC |
| Rikla Karis | 912-862-2331 | BP |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–March 21, 2014

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Corey Maze | | Alabama |
| Winfield Sinclair | 334-353-9110 | Alabama |
| Andy Langan | 312-862-2064 | BPXP |