UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | NO.: 2:10-MD-2179 SECTION: "J" |
| This Document Applies to | : | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc, et al v. BP Exploration & Production Inc., et al | : | MAG. JUDGE SHUSHAN |

## ORDER

Considering the above and foregoing Response of Casey Thonn to the Motion of the Special Master Louis Freeh for the Return of Payments Made to Casey Thonn;

IT IS ORDERED, ADJUDGED AND DECREED that the motion made by the Special Master is hereby _____, and/or set for evidentiary hearing on _____, _____, 2014, at _____ ____.M.

THUS DONE AND SIGNED IN NEW ORLEANS, LOUISIANA this _____ day of _____, 2014.

_____
JUDGE