UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL 2179 |
| "Deepwater Horizon" in the Gulf | SECTION J |
| Of Mexico, on April 20, 2010 | JUDGE BARBIER |
| Applies to: *12-970, Bon Secour Fisheries, Inc., et al. v. BP* and All Actions | MAG. JUDGE SHUSHAN |

ORDER

**[Regarding Motions to Confirm Arbitration Award and Order Payment (Rec. doc. 12556) and Enforce "Full and Final Releases and Covenants Not to Sue" (Rec. doc. 12577)]**

While the motion of Claimant 100089377 ("Claimant 377") to confirm "Arbitration Award" contains a detailed statement of the facts (Rec. doc. 12556 at 9-10), it inexplicably omits the following statement from the Fifth Circuit's March 3, 2014 decision: "<u>but the injunction remains in place until the mandate of the court is issued</u>." *In Re Deepwater Horizon*, ___ F.3d ___ , 2014 WL 841313, *6 (5th Cir. 2014) (emphasis added). Until the mandate is issued, the December 5, 2013 injunction relating to BEL claims remains in place. Rec. doc. 11928. At such time as the mandate issues, the Claims Administrator will process BEL claims in accord with the decisions of the Fifth Circuit.

The motion of Claimant 377 to confirm "Arbitration Award" and the motion of Claimants 100015778 and 100015963 to enforce (Rec. docs. 12556 and 12577) are denied. **Any Claimants seeking similar relief shall refrain from filing such motions.**

New Orleans, Louisiana, this 26th day of March, 2014.

_____
**CARL. J. BARBIER**
**United States District Judge**