UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL 2179 |
| "Deepwater Horizon" in the Gulf | SECTION J |
| Of Mexico, on April 20, 2010 | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

Applies to:  *All Actions*

### ORDER

**[Regarding Motion to Confirm Arbitration Award and Order Payment (Rec. doc. 12103) and Motions to Enforce Settlement Release and to Otherwise Modify/Lift Injunctions (Rec. docs. 12384, 12391, 12420, and 12435)]**

On March 26, 2014, the motion of Claimant 100089377 to confirm "Arbitration Award" (Rec. doc. 12556) and the motion of Claimants 100015778 and 100015963 to enforce (Rec. doc. 12577) were denied.  Rec. doc. 12594.

For the reasons stated in the March 26, 2014 order, the following motions are denied:  (1) motion of Rocon, Inc. to confirm "Arbitration Award" (Rec. doc. 12103); (2) motion of Claimant 100033737 to enforce settlement release (Rec. doc. 12384); (3) motion of Claimant 100149024 to enforce settlement release (Rec. doc. 12391); (4) motion of Claimant 100096648 to enforce settlement release (Rec. doc. 12420); and (5) motion of Claimants 100037938, 100106725, 100148856, 100161855, 100157880 and 100139232 to enforce settlement release (Rec. doc. 12435).

New Orleans, Louisiana, this 26th day of March, 2014.

_____
**CARL J. BARBIER**
**United States District Judge**