UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:**<br>No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

Please take notice that Defendant Cameron International Corporation respectfully submits its Motion to Strike Liberty Insurance Underwriters Inc.'s Multiple Summary Judgment Motions Exceeding The Court's Page Limits, to be heard on the 16th day of April, 2014, at 9:00 A.M., before the Honorable Sally Shushan, United States District Court Magistrate Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

 /s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
   pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
   cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
504-581-3361 (fax)

1154885v1

- 2 -

                        WILLKIE FARR & GALLAGHER LLP
                        Mitchell J. Auslander
                        Jeffrey B. Korn
                        787 Seventh Avenue
                        New York, New York  10019
                         (212) 728-8000
                        mauslander@willkie.com

                        *Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Cameron International Corporation's Notice of Submission, dated March 28, 2014, has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of March, 2014.

                                                   */s/ Phillip A. Wittmann*

1154885v1