UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE BARBIER |
| THIS PLEADING APPLIES TO: No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CAMERON INTERNATIONAL CORPORATION'S *EX PARTE* MOTION FOR EXPEDITED HEARING AND INCORPORATED MEMORANDUM IN SUPPORT**

Plaintiff Cameron International Corporation ("Cameron") respectfully moves the Court to set its Motion to Strike Liberty's Multiple Partial Summary Judgment Motions Exceeding the Court's Page Limits ("Motion to Strike") for expedited hearing. The matters contained in the Motion to Strike require the Court's immediate attention.

On March 24, 2014, Liberty Insurance Underwriters Inc. ("Liberty") filed two Motions for Partial Summary Judgment ("Liberty's Motions"). Under the Court's Amended Case Management order [R.Doc. 12388], Cameron has thirty (30) days in which to respond to Liberty's Motions.

On March 31, 2014, Cameron filed its Motion to Strike. Should the Motion to Strike be granted, then judicial economy will be best served by ensuring the resolution of this motion is known to the parties in advance of the deadline for Cameron's briefing.

1154858v1

WHEREFORE, Cameron International Corporation respectfully requests that this Court grant its Motion for Expedited Hearing, and set the hearing on the Motion to Strike at the Court's earliest convenience.

Dated: March 28, 2014

Respectfully submitted,

 /s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
    pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
504-581-3361 (fax)

WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York 10019
 (212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Cameron International Corporation's *Ex Parte* Motion for Expedited Hearing and Incorporated Memorandum in Support has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of March, 2014.

                  */s/ Phillip A. Wittmann*

1154858v1