UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:**<br>No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Cameron International Corporation's *Ex Parte* Motion for Expedited Hearing and Incorporated Memorandum in Support;

IT IS HEREBY ORDERED that the Motion for Expedited Hearing is GRANTED, and that the Court shall hear the Motion to Strike Liberty's Multiple Partial Summary Judgment Motions Exceeding the Court's Page Limits at the Court's earliest convenience.

New Orleans, Louisiana, this ___ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

1154858v1