UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Civil Action No. **2:13-cv-01989-CJB-SS**<br>*Ronnie Alfred, et al, v. BP Exploration & Production Inc., et al.* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Lafourche Parish Tourist Commission, who, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), provides notice that all claims asserted on its behalf against all named Defendants herein are voluntarily dismissed without prejudice.

**DATED:** March 28, 2014                                       Respectfully submitted,

                                                            By:    /s/  Jonathan B. Andry
                                                                Jonathan B. Andry, T.A. (#20081)
                                                                 jandry@andrylawgroup.com
                                                                **The Andry Law Group**
                                                                610 Baronne Street
                                                                New Orleans, Louisiana 70113
                                                                Telephone:    (504) 525-5535
                                                                Telefax:         (504) 586-8933

                                                                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this **28th day of March, 2014**.

                                          /s/ Jonathan B. Andry
                                             Jonathan B. Andry