# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * | Honorable CARL J. BARBIER |
| *Robert Young v. BP Exploration & Production, et al*<br>*Civil Action No. 13:5804* | * * * | Magistrate Judge SHUSHAN |

## <u>ORDER</u>

The Court has considered BP's Motion to Stay Execution of Judgment and for Approval of Supersedeas Bond;

The Court ORDERS that BP's Motion is GRANTED and the Supersedeas Bond attached as Exhibit A is APPROVED.

.

New Orleans, Louisiana this 31st day of March, 2014.

_____
United States District Judge