UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG  "DEEPWATER HORIZON" IN THE  GULF OF MEXICO, ON APRIL 20, 2010 | *  *  *  * | MDL 2179  Section J |
| This Document Applies to: | *  * | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al* | *  *  * | Mag. Judge Shushan |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COASTAL CLAIMS GROUP, LLC'S MOTION FOR
LEAVE TO FILE SUR-REPLY TO REPLY OF THE SPECIAL MASTER**

NOW COMES Coastal Claims Group, LLC ("CCG"), through undersigned counsel, and respectfully requests that this Honorable Court grant it leave to file *Coastal Claims Group, LLC's Sur-Reply to the Reply of the Special Master's Motion for Return of Payments Made to Casey C. Thonn and Others*, in order that CCG have an opportunity to address misstatements of fact made by the Special Master in his Reply. As such, CCG prays that this Court accept CCG's Sur-Reply in an effort to further assist the Court in properly adjudication this claim against CCG.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully Submitted;

s/Jason R. Kenney_____
STAINES & EPPLING
ANTHONY J. STAINES (12388)
JASON R. KENNEY (29933)
COREY C. PARENTON (32918)
3500 N. Causeway Blvd., Suite 820
Metairie, LA  70002
Telephone:  (504) 838-0019
Fax: (504) 838-0043
Counsel for Coastal Claims Group, LLC

## CERTIFICATE OF SERVICE

I do hereby certify that on the 31st day of March, 2014 a copy of the foregoing pleading was filed electronically with the Clerk of Court using CM/ECF System.  Notice of this filing will be sent to counsel by operation of the court's electronic system.

s/Jason R. Kenney____