UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179<br><br>Section J |
| This Document Applies to: | * * | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al* | * * * | Mag. Judge Shushan |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF COASTAL CLAIMS GROUP, LLC'S
MOTION FOR LEAVE TO FILE RESPONSE TO MOTION OF SPECIAL MASTER**

MAY IT PLEASE THE COURT:

On March 6, 2014 Coastal Claims Group, LLC ("CCG"), received the *Reply of the Special Master to Motion to Dismiss of Coastal Claims Group, LLC to Motion for Return of Payments Made to Casey C. Thonn and Others* filed by the Special Master alleging CCG was paid pursuant to a contingency fee arrangement between itself and Andry Lerner, LLC. As is explained in detail in the attached Sur-Reply, CCG did not have a contingency fee agreement with Andry Lerner, LLC. The Special Master rests his entire argument against CCG on this fact, and thus, CCG contends that it is vital for this Court to understand the details of the agreement entered into between CCG and Andry Lerner, LLC.

Undersigned counsel has contacted counsel for the Special Master who has stated that he has no objection to CCG's filing of a response to the Sur-Reply to the *Reply of the Special Master to Motion to Dismiss of Coastal Claims Group, LLC to Motion for Return of Payments Made to Casey C. Thonn and Others*. CCG respectfully asserts that these proceedings will not

be unduly delayed by allowing CCG's filing, that no parties will prejudiced by allowing CCG's filing, and that CCG's filing should be allowed in the interests of justice.

Accordingly, CCG respectfully requests that this Court grant *Coastal Claims Group, LLC's Motion for Leave to File Sur-Reply to Reply of the Special Master* and permit *Coastal Claims Group, LLC's Sur-Reply to the Reply of the Special Master's Motion for Return of Payments Made to Casey C. Thonn and Others* to be filed into the record of this Court.

> Respectfully Submitted;
>
> s/Jason R. Kenney_____
> STAINES & EPPLING
> ANTHONY J. STAINES (12388)
> JASON R. KENNEY (29933)
> COREY C. PARENTON (32918)
> 3500 N. Causeway Blvd., Suite 820
> Metairie, LA  70002
> Telephone:  (504) 838-0019
> Fax: (504) 838-0043
> Counsel for Coastal Claims Group, LLC

## CERTIFICATE OF SERVICE

I do hereby certify that on the 31st day of March, 2014 a copy of the foregoing pleading was filed electronically with the Clerk of Court using CM/ECF System.  Notice of this filing will be sent to counsel by operation of the court's electronic system.

> s/Jason R. Kenney\_\_\_\_\_