UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | Section J |
| | * | |
| This Document Applies to: | * | Judge Barbier |
| | * | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | * | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING MOTION,**

**IT IS HEREBY ORDERED** that Coastal Claims Group, LLC. be granted leave of court

to file *Coastal Claims Group, LLC's Sur-Reply to the Reply of the Special Master's Motion for*

*Retrun of Payments Made to Casey C. Thonn and Others.*

New Orleans, Louisiana this ___ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE