# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 21, 2014

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  
FILED  MAR 26 2014  
WILLIAM W. BLEVINS  
CLERK

No. 12-30012   In Re: Deepwater Horizon  
USDC No. 2:10-CV-1758  
USDC No. 2:10-MD-2179

Dear Mr. Blevins,

The following are returned to District Court:

Original Record on Appeal-    ( 5 ) Vols.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____  
Dantrell L. Johnson, Deputy Clerk  
504-310-7689

cc:  Mr. William Cothbert Baldwin  
     Mr. David J. Beck  
     Ms. Carmelite M. Bertaut  
     Mr. Brad D. Brian  
     Mr. Frederick A. Brodie  
     Mr. Peter J. Butler, Jr.  
     Mr. Jeffrey Bossert Clark, Sr.  
     Ms. Rachel Giesber Clingman  
     Mr. Paul D. Connick, Jr.  
     Mr. Philip Francis Cossich, Jr.  
     Mr. Robert David Daniel  
     Mr. Henry Tutt Dart  
     Mr. James Joseph Dragna  
     Mr. C. Berwick Duval, II  
     Mr. Stanwood Robert Duval

___ Fee_____  
___ Process_____  
_X_ Dkt_____  
___ CtRmDep_____  
___ Doc. No._____

Ms. Wanda Jean Edwards
Mr. John Michael Elsley
Mr. Calvin Clifford Fayard, Jr.
Mr. Edward Flanders
Mr. Richard Cartier Godfrey
Mr. Donald Everett Godwin
Mr. Glenn G. Goodier
Mr. John Phillip Haney
Mr. Don Keller Haycraft
Mr. Fred L. Herman
Ms. Allyson Newton Ho
Mr. David Blayne Honeycutt
Mr. Paul Matthew Jones
Mr. William Cothbert Baldwin
Mr. Robert Alan York
Ms. Mary Jo Woods
Mr. Campbell E. Wallace
Mr. Joseph Lee Waitz, Jr.
Mr. Thomas Allen Usry
Mr. Tommy W. Thornhill
Mr. Hugh Earl Tanner
Mr. Kent C. Sullivan
Mr. Edmond Wade Shows
Mr. Franklin G. Shaw
Mr. Barrett Robert Stephens
Ms. Christine Elizabeth Sevin
Ms. Denise U. Scofield
Mr. Lance Michael Sannino
Mr. David Bruce Salmons
Mr. John Francis Rowley
Mr. Steven Lynn Roberts
Mr. Walter P. Reed
Mr. John F. Pritchard
Mr. Edwin G. Preis, Jr.
Mr. Russell S. Post
Mr. Richard G. Passler
Mr. David Allen Parsiola
Mr. Stephen B. Murray, Jr.
Mr. Camille A. Morvant, II
Mr. Joseph Nicholas Mole
Mr. Kerry J. Miller
Mr. Christopher McNevin
Mr. Evans Martin McLeod
Mr. Jack McKay
Mr. Corey L. Maze
Mr. Bradley Marten
Mr. Victor L. Marcello
Mr. Daniel Benjamin Levin
Mr. Derek E Leon
Mr. Michael G. Lemoine
Mr. Walter J. Leger, Jr.
Ms. Elizabeth A. Larsen
Mr. James Andrew Langan
Ms. Deborah D Kuchler
Mr. Edward F. Kohnke, IV
Mr. Ky E. Kirby
Mr. Bryan Michael Killian
Mr. Allan L. Kanner
Mr. Sean Daniel Jordan