UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CAMERON'S MOTION TO STRIKE LIBERTY'S MULTIPLE PARTIAL SUMMARY JUDGMENT MOTIONS <u>EXCEEDING THE COURT'S PAGE LIMITS</u>

Defendant Cameron International Corporation respectfully moves to strike Liberty Insurance Underwriters Inc.'s partial summary judgment motions (Dkt. 12578 and 12580) because they exceed the Court's Orders, as is more fully set forth in the memorandum in support of this motion.

Dated: March 31, 2014

Respectfully submitted,

 /s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
    pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

1155015v1

WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York  10019
 (212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cameron International Corporation's ("Cameron") Motion to Strike Liberty Insurance Underwriters Inc.'s ("Liberty") Multiple Partial Summary Judgment Motions Exceeding The Court's Page Limits, dated March 31, 2014 has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of March, 2014.

/s/ Phillip A. Wittmann