UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL No. 2169 |
| "Deepwater Horizon" in the Gulf | Section J |
| Of Mexico, on April 20, 2010 | Judge Barbier |
| Applies to *12-311* | Magistrate Judge Shushan |

## ORDER

**[Regarding Cameron's Motion to Strike Liberty Multiple Partial Summary Judgment Motions (Rec. doc. 12599)**

The scheduling order of February 21, 2014 provided that, "[a]ny party seeking summary judgment shall file **its** motion no later than March 24, 2014." Rec. doc. 12388 (emphasis added). It provided that memoranda in support of these motions shall be limited to 25 pages. On March 24, 2014, the defendant, Liberty International Underwriters, Inc. filed two motions for partial summary judgment. Rec. docs. 12578 and 12580. One motion is supported with a 24 page memorandum and the other motion is supported with a 17 page memorandum.

In addition, Liberty filed a motion for partial summary judgment on December 23, 2013 with a 20 page supporting memorandum. Rec. doc. 12050. Cameron filed its opposition to that motion. Rec. doc. 12342. Liberty filed a reply. Rec. doc. 12454.

Cameron contends that it its opposition memorandum should not be limited to 25 pages as provided in the scheduling order when Liberty has filed 64 pages of memoranda. Cameron requests that Liberty's two most recent motions for partial summary judgment be stricken. Rec. doc. 12599.

Liberty's motions for partial summary judgment violate the spirit if not the letter of the scheduling order. The parties shall proceed as follows:

1. Cameron shall file a single opposition to Liberty's motions for partial summary filed on March 24, 2014. This opposition shall be limited to 35 pages.

2. Liberty shall file a single reply in support of its March 24, 2014 motions for partial summary judgment. The reply shall be limited to 10 pages.

3. Cameron's opposition and Liberty's reply shall be filed within the deadlines found in the February 21, 2014 scheduling order (Rec. doc. 12388).

IT IS ORDERED that: (1) Cameron's motion to strike Liberty's multiple partial summary judgment motions (Rec. doc. 12599) is DENIED; (2) Cameron's motion for expedited consideration (Rec. doc. 12600) is GRANTED; and (3) the February 21, 2014 scheduling order (Rec. doc. 12388) is amended as provided herein.

New Orleans, Louisiana, this 31st March, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**