UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL:  2179 |
| "Deepwater Horizon" in the Gulf | SECTION J |
| Of Mexico, on April 20, 2010 | JUDGE BARBIER |
| Applies to:  *10-4536* | MAG. JUDGE SHUSHAN |

**ORDER**

**[Regarding Telephone Status Conference on March 31, 2014][1]**

On March 31, 2014, there was a telephone conference with counsel for the U.S., BPXP and Anadarko.  The primary participants were:

    United States:  Sarah Himmelhoch and Patrick Casey.

    BPXP: Cari Karis, Andy Langan and Mike Brock.

    Anadarko:  Ky Kirby.

Anadarko shall produce its consolidating financials for each quarter from 2010 through March 31, 2014.  If the U.S. wants further discovery after examining these documents, it shall make a request.  At that time the undersigned will determine whether these consolidating financials are sufficient in light of Judge Barbier's comments at the March 21, 2014 conference.

On April 4, 2014, each party shall serve revised Requests for Production ("RFPs"), Interrogatories and Rule 26(a) disclosures.  The RFPs and Interrogatories shall total no more than 30.  The parties may allocate the 30 between RFPs and Interrogatories at their discretion.

---

[1] There was no court reporter for the conference so there is no transcript for the conference.

The Court will prepare a draft Penalty Phase Trial Schedule based on the discussion during the telephone conference and Judge Barbier's March 21, 2014 conference.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**