Form **1040A**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** (99) **2009**  IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

**Label** (See instructions.)

Your first name and initial: CASEY C  Last name: THONN
Your social security number: 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

**Use the IRS label. Otherwise, please print or type.**

If a joint return, spouse's first name and initial: JOELL E  Last name: OFFNER
Spouse's social security number: 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

Home address (number and street). If you have a P.O. box, see instructions.  Apartment no.
3836 KENT ST

▲ You **must** enter your SSN(s) above ▲

City, town or post office. If you have a foreign address, see instructions.  State  ZIP code
SLIDELL, LA 70458

Checking a box below will not change your tax or refund

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions)..  ► ☐ You  ☐ Spouse

**Filing status**
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here ►
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5. ☐ Qualifying widow(er) with dependent child (see instructions)

Check only one box.

**Exemptions**
9-10-79
6-28-82

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a............
b ☒ **Spouse**....................

Boxes checked on 6a and 6b....... 2

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit |
|---|---|---|---|
| BLAKE M THONN | 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 | Son | ☒ |
| COLIN C THONN | 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 | Son | ☒ |

If more than six dependents, see instructions.
1-23-02
10-23-05

No. of children on 6c who:
• lived with you....... 2
• did not live with you due to divorce or separation (see instructions)....
Dependents on 6c not entered above...

d Total number of exemptions claimed................................

Add numbers on lines above ► 4

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

7  Wages, salaries, tips, etc. Attach Form(s) W-2........................................ 7  47,957.
8a Taxable interest. Attach Schedule B if required........................................ 8a
 b Tax-exempt interest. Do not include on line 8a.................... 8b
9a Ordinary dividends. Attach Schedule B if required.................................... 9a
 b Qualified dividends (see instructions)........................ 9b
10 Capital gain distributions (see instructions)......................................... 10
11a IRA distributions............... 11a  11b Taxable amount...... 11b
12a Pensions and annuities........ 12a  12b Taxable amount...... 12b

If you did not get a W-2, see instructions.

13 Unemployment compensation in excess of $2,400 per recipient and Alaska Permanent Fund dividends (see instructions)........................................ 13

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

14a Social security benefits................. 14a  14b Taxable amount...... 14b
15 Add lines 7 through 14b (far right column). This is your **total income**............ ► 15  47,957.

**Adjusted gross income**

16 Educator expenses (see instructions)..................... 16
17 IRA deduction (see instructions)............................. 17
18 Student loan interest deduction (see instructions)........ 18
19 Tuition and fees deduction. Attach Form 8917............... 19
20 Add lines 16 through 19. These are your **total adjustments**............................ 20  0.

21 Subtract line 20 from line 15. This is your **adjusted gross income**.............. ► 21  47,957.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.  Form **1040A** (2009)

FDIA1312L  02/22/10

COPY

Form 1040A (2009)    CASEY C THONN AND JOELL E OFFNER                                   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        Page 2

| | | | |
|---|---|---|---:|
| **Tax, credits, and payments** | 22 | Enter the amount from line 21 (adjusted gross income)........ 22 | 47,957. |
| | 23a | Check if: ☐ You were born before January 2, 1945,  ☐ Blind  ☐ Spouse was born before January 2, 1945,  ☐ Blind   Total boxes checked. ► 23a | |
| **Standard Deduction for —** | b | If you are married filing separately and your spouse itemizes deductions, see instructions and check here............................ ► 23b ☐ | |
| • People who checked any box on line 23a, 23b, or 24b **or** who can be claimed as a dependent, see instrs. | 24a | Enter your **standard deduction** (see left margin)................ 24a | 12,400. |
| | b | If you are increasing your standard deduction by certain real estate taxes or new motor vehicle taxes, attach Schedule L and check here (see instrs)... ► 24b ☒ | |
| | 25 | Subtract line 24a from line 22. If line 24a is more than line 22, enter -0-........ 25 | 35,557. |
| | 26 | Exemptions. If line 22 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see instructions............... 26 | 14,600. |
| • All others: Single or Married filing separately, $5,700 | 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income**........................ ► 27 | 20,957. |
| | 28 | **Tax**, including any alternative minimum tax (see instructions)............................ 28 | 2,311. |
| Married filing jointly or Qualifying widow(er), $11,400 | 29 | Credit for child and dependent care expenses. Attach Form 2441....... 29 | |
| | 30 | Credit for the elderly or the disabled. Attach Schedule R.... 30 | |
| | 31 | Education credits from Form 8863, line 29.............. 31 | |
| | 32 | Retirement savings contributions credit. Attach Form 8880.. 32 | |
| | 33 | Child tax credit (see instructions)............................ 33 | 2,000. |
| Head of Household, $8,350 | 34 | Add lines 29 through 33. These are your **total credits**............... 34 | 2,000. |
| | 35 | Subtract line 34 from line 28. If line 34 is more than line 28, enter -0-........... 35 | 311. |
| | 36 | Advance earned income credit payments from Form(s) W-2, box 9............ 36 | |
| | 37 | Add lines 35 and 36. This is your **total tax**.................. ► 37 | 311. |
| | 38 | Federal income tax withheld from Forms W-2 and 1099.... 38   2,237. | |
| | 39 | 2009 estimated tax payments and amount applied from 2008 return............................ 39 | |
| If you have a qualifying child, attach Schedule EIC. | 40 | Making work pay and government retiree credits. Attach Schedule M...... 40    800. | |
| | 41a | **Earned income credit (EIC)**............................ 41a | |
| | b | Nontaxable combat pay election. 41b _____ | |
| | 42 | Additional child tax credit. Attach Form 8812............. 42 | |
| | 43 | Refundable education credit from Form 8863, line 16...... 43 | |
| | 44 | Add lines 38, 39, 40, 41a, 42, and 43. These are your **total payments**........... ► 44 | 3,037. |
| **Refund** | 45 | If line 44 is more than line 37, subtract line 37 from line 44. This is the amount you **overpaid**........................ 45 | 2,726. |
| | 46a | Amount of line 45 you want **refunded to you**. If Form 8888 is attached, check here. ► ☐  46a | 2,726. |
| Direct deposit? See instructions and fill in 46b, 46c, and 46d or Form 8888. | ► b | Routing number..........  XXXXXXXXXXXXXXXXX  ► c Type: ☐ Checking  ☐ Savings | |
| | ► d | Account number..........  XXXXXXXXXXXXXXXXXXXXXXXXXXXX | |
| | 47 | Amount of line 45 you want **applied to your 2010 estimated tax**........................ 47 | |
| **Amount you owe** | 48 | **Amount you owe.** Subtract line 44 from line 37. For details on how to pay, see instructions................. ► 48 | |
| | 49 | Estimated tax penalty (see instructions)........... 49 | |
| **Third party designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)?......... ☒ **Yes.** Complete the following.  ☐ No | | |
| | Designee's name ► M R FAVRE    Phone no. ► 985-649-0403    Personal identification number (PIN) ► | | |
| **Sign here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge. | | |
| Joint return? See instructions. Keep a copy for your records. | Your signature    Date    Your occupation  UNEMPLOYED    Daytime phone number  (985) 788-0431 | | |
| | Spouse's signature. If a joint return, **both** must sign.   Date   Spouse's occupation  REG NURSE | | |
| **Paid preparer's use only** | Preparer's signature  ► M R FAVRE    Date 4/01/10   Check if self-employed ☐   Preparer's SSN or PTIN  P00168717 | | |
| | Firm's name (or yours if self-employed), address, and ZIP code  ► OTIS INCOME TAX INC.  651 OLD SPANISH TRL  SLIDELL, LA 70458-4409    EIN 72-0764779    Phone no. 985-649-0403 | | |

FDIA1312L   02/22/10                                                                Form **1040A** (2009)

Property Tax   1438.00

OUR LADY OF LOURDES
Tuition        3300.00

Uniforms       300.00

Supplies        50.00

               3650.00

STATE
    DEDUCTION

[Post-it]            [Post-it]

| SCHEDULE L (Form 1040A or 1040) | Standard Deduction for Certain Filers | OMB No. 1545-0074 2009 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040A or 1040.    ► See instructions. | Attachment Sequence No. 57 |
| Name(s) shown on return: CASEY C THONN AND JOELL E OFFNER | | Your social security number: 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 |

**Caution!** File this form **only** if you are increasing your standard deduction by certain state or local real estate taxes, new motor vehicle taxes, or a net disaster loss.

1. Enter the amount shown below for your filing status.
   - Single or married filing separately — $5,700
   - Married filing jointly or Qualifying widow(er) — $11,400
   - Head of household — $8,350 .............. | **1** | 11,400.

2. Can you (or your spouse if filing jointly) be claimed as a dependent on someone else's return?
   - [X] **No.** Enter the amount from line 1 on line 4, skip line 3, and go to line 5.
   - [ ] **Yes.** Go to line 3.

3. Is your earned income more than $650 (see instructions)?
   - [ ] **Yes.** Add $300 to your earned income. Enter the total
   - [ ] **No.** Enter $950 .............. | **3** |

4. Enter the **smaller** of line 1 or line 3 ........................................ | **4** | 11,400.
5. Multiply the number on Form 1040, line 39a, or Form 1040A, line 23a, by $1,100 ($1,400 if single or head of household). If blank, enter -0- ........................................ | **5** | 0.
6. Form 1040 filers only, enter any net disaster loss from Form 4684, line 18 ........................................ | **6** |
7. Enter the state and local real estate taxes you paid. **Do not** include foreign real estate taxes (see instructions) ........................................ | **7** | 1,438.
8. Enter $500 ($1,000 if married filing jointly) ........................................ | **8** | 1,000.
9. Enter the smaller of line 7 or line 8 ........................................ | **9** | 1,000.

10. Did you (or your spouse if filing jointly) pay any state or local sales or excise taxes in 2009 for the purchase of a new motor vehicle after February 16, 2009 (see instructions)?
    - [X] **No.** Skip lines 10 through 19, enter -0- on line 20, and go to line 21.
    - [ ] **Yes.** If Form 1040, line 38, or Form 1040A, line 22, is less than $135,000 ($260,000 if married filing jointly), enter the amount of these taxes paid. Otherwise, skip lines 10 through 19, enter -0- on line 20, and go to line 21. | **10** |

11. Enter the purchase price (before taxes) of the new motor vehicle(s) (see instructions) ........................................ | **11** |
12. Is the amount on line 11 more than $49,500?
    - [ ] **No.** Enter the amount from line 10.
    - [ ] **Yes.** Figure the portion of the tax from line 10 that is attributable to the first $49,500 of the purchase price of each new motor vehicle (see instructions) ........................................ | **12** |
13. Enter the amount from Form 1040, line 38, or Form 1040A, line 22 ........................................ | **13** |
14. Form 1040 filers only, enter the total of any —
    - Amounts from Form 2555, lines 45 and 50; Form 2555-EZ, line 18; and Form 4563, line 15, and
    - Exclusion of income from Puerto Rico ........................................ | **14** |
15. Add lines 13 and 14 ........................................ | **15** |
16. Enter $125,000 ($250,000 if married filing jointly) ........................................ | **16** |
17. Is the amount on line 15 more than the amount on line 16?
    - [ ] **No.** Skip lines 17 through 19, enter the amount from line 12 on line 20, and go to line 21.
    - [ ] **Yes.** Subtract line 16 from line 15 ........................................ | **17** |
18. Divide line 17 by $10,000. Enter the result as a decimal (rounded to at least three places). If the result is 1.000 or more, enter 1.000 ........................................ | **18** |
19. Multiply line 12 by line 18 ........................................ | **19** |
20. Subtract line 19 from line 12 ........................................ | **20** | 0.
21. Add lines 4, 5, 6, 9, and 20. Enter the total here and on Form 1040, line 40a, or Form 1040A, line 24a. Also check the box on Form 1040, line 40b, or Form 1040A, line 24b ........................................ | **21** | 12,400.

**BAA** For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.    Schedule **L** (Form 1040A or 1040) 2009

FDIA8401L   10/21/09

| SCHEDULE M | Making Work Pay and Government Retiree Credits | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040A or 1040) | | **2009** |
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040A, 1040, or 1040NR.     ► See separate instructions. | Attachment Sequence No. 166 |

| Name(s) shown on return | Your social security number |
|---|---|
| CASEY C THONN AND JOELL E OFFNER | 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 |

**1a Important:** See the instructions if you can be claimed as someone else's dependent or are filing Form 1040NR. Check the 'No' box below and see the instructions if (a) you have a net loss from a business, (b) you received a taxable scholarship or fellowship grant not reported on a Form W-2, (c) your wages include pay for work performed while an inmate in a penal institution, (d) you received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, or (e) you are filing Form 2555 or 2555-EZ.

Do you (and your spouse if filing jointly) have 2009 wages of more than $6,451 ($12,903 if married filing jointly)?

[X] **Yes.** Skip lines 1a through 3. Enter $400 ($800 if married filing jointly) on line 4 and go to line 5.
[ ] **No.** Enter your earned income (see instructions)............................ | 1a |

b Nontaxable combat pay included on line 1a (see instructions)................................. | 1b |

2 Multiply line 1a by 6.2% (.062)........................................ | 2 |

3 Enter $400 ($800) if married filing jointly)................................. | 3 |

4 Enter the **smaller** of line 2 or line 3 (unless you checked 'Yes' on line 1a)............................... | 4 | 800. |

5 Enter the amount from Form 1040, line 38*, or Form 1040A, line 22........... | 5 | 47,957. |

6 Enter $75,000 ($150,000 if married filing jointly)............................. | 6 | 150,000. |

7 Is the amount on line 5 more than the amount on line 6?
[X] **No.** Skip line 8. Enter the amount from line 4 on line 9 below.
[ ] **Yes.** Subtract line 6 from line 5.......................................... | 7 |

8 Multiply line 7 by 2% (.02)........................................ | 8 |

9 Subtract line 8 from line 4. If zero or less, enter -0-....................................... | 9 | 800. |

10 Did you (or your spouse, if filing jointly) receive an economic recovery payment in 2009? You may have received this payment if you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits (see instructions).
[X] **No.** Enter -0- on line 10 and go to line 11.
[ ] **Yes.** Enter the total of the payments received by you (and your spouse, if filing jointly). Do not enter more than $250 ($500 if married filing jointly) | 10 | 0. |

11 Did you (or your spouse, if filing jointly) receive a pension or annuity in 2009 for services performed as an employee of the U.S. Government or any U.S. state or local government from work **not** covered by social security? Do not include any pension or annuity reported on Form W-2.
[X] **No.** Enter -0- on line 11 and go to line 12.
[ ] **Yes.** • If you checked 'No' on line 10, enter $250 ($500 if married filing jointly and the answer on line 11 is 'Yes' for both spouses)
• If you checked 'Yes' on line 10, enter -0- (exception: enter $250 if filing jointly and the spouse who received the pension or annuity did not receive an economic recovery payment described on line 10) | 11 | 0. |

12 Add lines 10 and 11.......................................................... | 12 |
13 Subtract line 12 from line 9. If zero or less, enter -0-....................................... | 13 | 800. |
14 **Making work pay and government retiree credits.** Add lines 11 and 13. Enter the result here and on Form 1040, line 63, Form 1040A, line 40; or Form 1040NR, line 60......................................... | 14 | 800. |

*If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see instructions.

BAA For Paperwork Reduction Act Notice, see Form 1040A, 1040, or 1040NR instructions.     Schedule **M** (Form 1040A or 1040) 2009

FDIA8501L   10/27/09

| 2009 | Federal Worksheets | Page 1 |
|---|---|---|
| Client THOR7553 | CASEY C THONN AND JOELL E OFFNER | 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 |
| 4/01/10 | | 11:49AM |

## Wage Schedule

| Spouse - Employer | Wages | Federal W/H | FICA | Medi-care | State W/H | Local W/H |
|---|---|---|---|---|---|---|
| NORTHSHORE REG MC LLC | 47,957. | 2,237. | 2,973. | 695. | 1,650. | |
| Grand Total | 47,957. | 2,237. | 2,973. | 695. | 1,650. | 0. |

## Child Tax Credit Worksheet (Form 1040A, Line 33)

1. Number of qualifying children from
   Form 1040A, line 6c:  2 X $1,000                                                              2,000.
2. Enter the amount from Form 1040A, line 22.                        47,957.
3. Enter $110,000 ($75,000 if single, QW or HOH
   and $55,000 if MFS).                                              110,000.
4. Is line 2 more than the amount on line 3?
   NO  - Leave line 4 blank.  Enter -0- on line 5.
   YES - Subtract line 3 from line 2.
         If the result is not a multiple of $1,000,
         increase it to the next multiple of $1,000.
5. Multiply the amount on line 4 by 5% (.05).
   Enter the result.                                                                                 0.
6. Is the amount on line 1 more than the amount
   on line 5?
   NO  - Stop.  You cannot take the child tax
         credit on Form 1040A, line 33.  You
         also cannot take the additional child
         tax credit on Form 1040A, line 42.
   YES - Subtract line 5 from line 1.
         Enter the result.                                                                       2,000.
7. Enter the amount from Form 1040A, line 28.                                                    2,311.
8. Add the amounts from:
   Form 1040A, Line 29                       0.
   Form 1040A, Line 30                       0.
   Form 1040A, Line 31                       0.
   Form 1040A, Line 32                       0.
   Enter the total.                                                         0.
9. Are the amounts on line 7 and 8 the same?
   YES - Stop. You cannot take the credit because
         there is no tax to reduce.
   NO  - Subtract line 8 from line 7.                                                            2,311.
10. Is the amount on line 6 more than the
    amount on line 9?
    YES - Enter the amount from line 9.
    NO  - Enter the amount from line 6.
    This is your Child Tax Credit. Enter on
    Form 1040A, line 33.                                                                         2,000.

| 2009 | Federal Worksheets | Page 2 |
|---|---|---|
| Client THOR7553 | CASEY C THONN AND JOELL E OFFNER | 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 |
| 4/01/10 | | 11:49AM |

### Federal Income Tax Withheld

| | | |
|---|---|---|
| NORTHSHORE REG MC LLC | | 2,237. |
| | Total | 2,237. |