| Form **1040X** (Rev January 2010) | Department of the Treasury — Internal Revenue Service<br>**Amended U.S. Individual Income Tax Return**<br>► See separate instructions. | | OMB No. 1545-0074 |
|---|---|---|---|
| Your first name<br>CASEY C THONN | MI | Last name | Your social security number<br>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 |
| If a joint return, spouse's first name<br>JOELL E OFFNER | MI | Last name | Your spouse's social security number<br>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 |
| Your current home address (number and street). If you have a P.O. box, see instructions.<br>3836 KENT ST | | Apt no. | Your phone number<br>(985) 788-0431 |
| Your city, town or post office. If you have a foreign address, see instructions.<br>SLIDELL, LA 70458 | | State  ZIP code | |

All filers must complete lines A, B, and C.

A  **Amended return filing status.** You must check one box even if you are not changing your filing status. *Caution.* You cannot change your filing status from joint to separate returns after the due date.
  ☐ Single   ☒ Married filing jointly   ☐ Married filing separately
  ☐ Qualifying widow(er)   ☐ Head of household (If the qualifying person is a child but not your dependent, see instructions.)

B  **This return is for calendar year**   ☒ 2009   ☐ 2008   ☐ 2007   ☐ 2006
  Other year. Enter one: calendar year _____ or fiscal year (month and year ended): _____

C  **Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X.

| Income and Deductions | | Correct amount |
|---|---|---|
| 1  Adjusted gross income (see instructions). If net operating loss (NOL) carryback is included, check here ☐ | 1 | 99,835. |
| 2  Itemized deductions or standard deduction (see instructions) | 2 | 12,400. |
| 3  Subtract line 2 from line 1 | 3 | 87,435. |
| 4  Exemptions. If changing, complete the Exemptions section on page 2 and enter the amount from line 30 (see instructions) | 4 | 14,600. |
| 5  Taxable income. Subtract line 4 from line 3 | 5 | 72,835. |
| **Tax Liability** | | |
| 6  Tax (see instructions). Enter method used to figure tax: Table | 6 | 10,581. |
| 7  Credits (see instructions). If general business credit carryback is included, check here ☐ | 7 | 2,600. |
| 8  Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 7,981. |
| 9  Other taxes (see instructions) | 9 | 7,887. |
| 10  Total tax. Add lines 8 and 9 | 10 | 15,868. |
| **Payments** | | |
| 11  Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | 11 | 2,237. |
| 12  Estimated tax payments, including amount applied from prior year's return (see instructions) | 12 | |
| 13  Earned income credit (EIC) (see instructions) | 13 | |
| 14  Refundable credits from ☒ Schedule M or Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812<br>☐ 8863 ☐ 8885 or ☐ other (specify): _____ | 14 | 800. |
| 15  Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed (see instructions) | 15 | |
| 16  Total payments. Add lines 11 through 15 | 16 | 3,037. |
| **Refund or Amount You Owe** (Note. Allow 8-12 weeks to process Form 1040X.) | | |
| 17  Overpayment, if any, as shown on original return or as previously adjusted by the IRS (see instructions) | 17 | 2,726. |
| 18  Subtract line 17 from line 16 (If less than zero, see instructions) | 18 | 311. |
| 19  Amount you owe. If line 10 is more than line 18, enter the difference (see instructions) | 19 | 15,557. |
| 20  If line 10 is less than line 18, enter the difference. This is the amount overpaid on this return | 20 | |
| 21  Amount of line 20 you want refunded to you | 21 | |
| 22  Amount of line 20 you want applied to your (enter year): _____ estimated tax . 22 _____ | | |

Complete and sign this form on Page 2.

BAA  For Paperwork Reduction Act Notice, see instructions.   FDIA1812L  02/03/10   Form **1040X** (Rev 1-2010)

Form **1040X** (Rev 1-2010)   CASEY C THONN AND JOELL E OFFNER   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   Page **2**

### Exemptions

Complete this part **only** if you are:
- Increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by Hurricane Katrina or a Midwestern disaster.

See *Form 1040 or Form 1040A instructions* and Form 1040X instructions.

| | | Correct Number or Amount |
|---|---|---|
| 23 | Yourself and spouse. **Caution.** If someone can claim you as a dependent, you cannot claim an exemption for yourself | |
| 24 | Your dependent children who lived with you | |
| 25 | Your dependent children who did not live with you due to divorce or separation | |
| 26 | Other dependents | |
| 27 | Total number of exemptions. Add lines 23 through 26 | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending (see instructions) | |
| 29 | If you are claiming an exemption amount for housing individuals displaced by Hurricane Katrina, enter the amount from Form 8914, line 6 for 2006. If you are claiming an exemption amount for housing individuals displaced by a Midwestern disaster, enter the amount from Form 8914, line 2 for 2008, or line 6 for 2009 | |
| 30 | Add lines 28 and 29. Enter the result here and on line 4 on page 1 of this form | |

31  List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name   Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

### Presidential election Campaign Fund

Checking below will not increase your tax or reduce your refund.

☐ Check here if you did not previously want $3 to go to the fund but now do.
☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund but now does.

### Checklist

Before mailing this form, remember to

- ☒ Complete name, address, and social security number
- ☒ Complete lines A, B, and C on page 1
- ☒ Complete lines 1 through 22 on page 1
- ☐ Complete lines 23 through 31 on page 2, if required
- ☒ Attach any supporting documents and new or changed forms and schedules
- ☐ Sign and date this form

### Sign Here

**Remember to keep a copy of this form for your records.**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

▶ _____  _____  ▶ *[signature]*   3/16/11
Your signature            Date       Spouse's signature. If a joint return, both must sign   Date

### Paid Preparer's Use Only

▶ O. W. FAVRE
Preparer's signature                              Date

OTIS INCOME TAX INC.
651 OLD SPANISH TRL
SLIDELL, LA 70458-4409
Firm's name (or yours if self-employed), address, and ZIP code

P00228554                    ☐ Check if self-employed   985-649-0403        72-0764779
Preparer's SSN or PTIN                                  Phone number         EIN

For forms and publications, visit IRS on the Web at 222.irs.gov.             Form **1040X** (Rev 1-2010)

FDIA1812L   02/03/10