| Form **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** **2009** | (99) | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|

For the year Jan 1 – Dec 31, 2009, or other tax year beginning _____, 2009, ending _____, 20____  OMB No. 1545-0074

**Label** (See instructions.)
Your first name MI Last name — CASEY C THONN
Your social security number — 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

**Use the IRS label.** Otherwise, please print or type.
If a joint return, spouse's first name MI Last name — JOELL E OFFNER
Spouse's social security number — 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

Home address (number and street). If you have a P.O. box, see instructions. — 3836 KENT ST
Apartment no. —
▲ You **must** enter your social security number(s) above. ▲

City, town or post office. If you have a foreign address, see instructions. — SLIDELL, LA 70458
State ZIP code

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions).............▶ ☐ You ☐ Spouse
Checking a box below will not change your tax or refund.

**Filing Status**
Check only one box.
1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here..▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a............
b ☒ Spouse ..............................................................
Boxes checked on 6a and 6b.. — **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| BLAKE M THONN | 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 | Son | ☒ |
| COLIN C THONN | 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 | Son | ☒ |
|  |  |  | ☐ |
|  |  |  | ☐ |

No. of children on 6c who:
• lived with you..... **2**
• did not live with you due to divorce or separation (see instrs)...
Dependents on 6c not entered above.
Add numbers on lines above.... **4**

If more than four dependents, see instructions and check here ▶☐

d Total number of exemptions claimed..............................................

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---:|
| 7  Wages, salaries, tips, etc. Attach Form(s) W-2........................................ | 7 | 47,957. |
| 8a Taxable interest. Attach Schedule B if required..................................... | 8a | |
| b Tax-exempt interest. Do not include on line 8a............ 8b | | |
| 9a Ordinary dividends. Attach Schedule B if required.................................. | 9a | |
| b Qualified dividends (see instrs).................................. 9b | | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions)........ | 10 | |
| 11 Alimony received........................................................... | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ.............................. | 12 | 55,822. |
| 13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ........▶ ☐ | 13 | |
| 14 Other gains or (losses). Attach Form 4797.......................................... | 14 | |
| 15a IRA distributions........... 15a        b Taxable amount (see instrs).. | 15b | |
| 16a Pensions and annuities....... 16a        b Taxable amount (see instrs).. | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E. | 17 | |
| 18 Farm income or (loss). Attach Schedule F......................................... | 18 | |
| 19 Unemployment compensation in excess of $2,400 per recipient (see instructions)............. | 19 | |
| 20a Social security benefits......... 20a        b Taxable amount (see instrs).. | 20b | |
| 21 Other income _____ | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 103,779. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---:|
| 23 Educator expenses (see instructions)........................... | 23 | | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ................. | 24 | | |
| 25 Health savings account deduction. Attach Form 8889........ | 25 | | |
| 26 Moving expenses. Attach Form 3903........................ | 26 | | |
| 27 One-half of self-employment tax. Attach Schedule SE....... | 27 | 3,944. | |
| 28 Self-employed SEP, SIMPLE, and qualified plans........... | 28 | | |
| 29 Self-employed health insurance deduction (see instructions)............. | 29 | | |
| 30 Penalty on early withdrawal of savings..................... | 30 | | |
| 31a Alimony paid  b Recipient's SSN.... ▶ _____ | 31a | | |
| 32 IRA deduction (see instructions)............................ | 32 | | |
| 33 Student loan interest deduction (see instructions).......... | 33 | | |
| 34 Tuition and fees deduction. Attach Form 8917.............. | 34 | | |
| 35 Domestic production activities deduction. Attach Form 8903............. | 35 | | |
| 36 Add lines 23 - 31a and 32 - 35............................................................... | | 36 | 3,944. |
| 37 Subtract line 36 from line 22. This is your **adjusted gross income**................▶ | | 37 | 99,835. |

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    FDIA0112L 09/17/09    Form **1040** (2009)

| Form 1040 (2009) | CASEY C THONN AND JOELL E OFFNER | | 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 | Page 2 |
|---|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income)........................... | | 38 | 99,835. |
| | 39a Check if: ☐ You were born before January 2, 1945, ☐ Blind. ☐ Spouse was born before January 2, 1945, ☐ Blind. Total boxes checked ▶ 39a | | | |
| Standard Deduction for — | b If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ 39b ☐ | | | |
| • People who check any box on line 39a, 39b, or 40b **or** who can be claimed as a dependent, see instructions. | 40a Itemized deductions (from Schedule A) or your standard deduction (see left margin)................... | | 40a | 12,400. |
| | b If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see instructions)................... ▶ 40b [X] | | | |
| | 41 Subtract line 40a from line 38.................................................................. | | 41 | 87,435. |
| | 42 **Exemptions.** If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see instructions........................... | | 42 | 14,600. |
| | 43 **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0-............... | | 43 | 72,835. |
| • All others: | 44 **Tax** (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972...................... | | 44 | 10,581. |
| Single or Married filing separately, $5,700 | 45 **Alternative minimum tax** (see instructions). Attach Form 6251.......................... | | 45 | 0. |
| | 46 Add lines 44 and 45........................................................... ▶ | | 46 | 10,581. |
| Married filing jointly or Qualifying widow(er), $11,400 | 47 Foreign tax credit. Attach Form 1116 if required............... | 47 | | |
| | 48 Credit for child and dependent care expenses. Attach Form 2441.......... | 48 | 600. | |
| | 49 Education credits from Form 8863, line 29................. | 49 | | |
| | 50 Retirement savings contributions credit. Attach Form 8880.. | 50 | | |
| | 51 Child tax credit (see instructions).......................... | 51 | 2,000. | |
| Head of household, $8,350 | 52 Credits from Form: a ☐ 8396 b ☐ 8839 c ☐ 5695...... | 52 | | |
| | 53 Other crs from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | | |
| | 54 Add lines 47 through 53. These are your **total credits**............................. | | 54 | 2,600. |
| | 55 Subtract line 54 from line 46. If line 54 is more than line 46, enter -0-................... ▶ | | 55 | 7,981. |
| | 56 Self-employment tax. Attach Schedule SE....................................... | | 56 | 7,887. |
| **Other Taxes** | 57 Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919................. | | 57 | |
| | 58 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required............... | | 58 | |
| | 59 Additional taxes: a ☐ AEIC payments b ☐ Household employment taxes. Attach Schedule H............ | | 59 | |
| | 60 Add lines 55-59. This is your **total tax**....................................... ▶ | | 60 | 15,868. |
| **Payments** | 61 Federal income tax withheld from Forms W-2 and 1099..... | 61 | 2,237. | |
| | 62 2009 estimated tax payments and amount applied from 2008 return....... | 62 | | |
| | 63 Making work pay and government retiree credit. Attach Schedule M....... | 63 | 800. | |
| If you have a qualifying child, attach Schedule EIC. | 64a **Earned income credit (EIC)**............................ | 64a | | |
| | b Nontaxable combat pay election..... ▶ | 64b | | |
| | 65 Additional child tax credit. Attach Form 8812............... | 65 | | |
| | 66 Refundable education credit from Form 8863, line 16....... | 66 | | |
| | 67 First-time homebuyer credit. Attach Form 5405............. | 67 | | |
| | 68 Amount paid with request for extension to file (see instructions)......... | 68 | | |
| | 69 Excess social security and tier 1 RRTA tax withheld (see instructions).... | 69 | | |
| | 70 Credits from Form: a ☐ 2439 b ☐ 4136 c ☐ 8801 d ☐ 8885. | 70 | | |
| | 71 Add lns 61-63, 64a, & 65-70. These are your **total pmts**................................ ▶ | | 71 | 3,037. |
| **Refund** | 72 If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you **overpaid**.......... | | 72 | |
| Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888. | 73a Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here.. ▶ ☐ | | 73a | |
| | ▶ b Routing number........ ▶ c Type: ☐ Checking ☐ Savings | | | |
| | ▶ d Account number........ | | | |
| | 74 Amount of line 72 you want **applied to your 2010 estimated tax**....... ▶ | 74 | | |
| **Amount You Owe** | 75 **Amount you owe.** Subtract line 71 from line 60. For details on how to pay, see instructions.............. ▶ | | 75 | 13,132. |
| | 76 Estimated tax penalty (see instructions)................... | 76 | 301. | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)?......... [X] **Yes.** Complete the following. ☐ **No** Designee's name ▶ O. W. FAVRE   Phone no. ▶ 985-649-0403   Personal identification number (PIN) ▶ 22855 | | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| | Your signature ▶ | Date | Your occupation UNEMPLOYED | Daytime phone number (985) 788-0431 |
| | Spouse's signature. If a joint return, **both** must sign. ▶ | Date | Spouse's occupation REG NURSE | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ O. W. FAVRE | Date | Check if self-employed ☐ | Preparer's SSN or PTIN P00228554 |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ OTIS INCOME TAX INC. 651 OLD SPANISH TRL SLIDELL, LA 70458-4409 | | EIN 72-0764779 Phone no. 985-649-0403 | |

Form **1040** (2009)

FDIA0112L   09/17/09

| Form **2210** | | Underpayment of Estimated Tax by Individuals, Estates, and Trusts | OMB No. 1545-0140 **2009** |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ► See separate instructions. ► Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041. | Attachment Sequence No. 06 |
| Name(s) shown on tax return CASEY C THONN AND JOELL E OFFNER | | | Identifying number 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 |

## Do You Have To File Form 2210?

Complete lines 1 through 7 below. Is line 7 less than $1,000? — **Yes** → Do not file Form 2210. You do not owe a penalty.

↓ No

Complete lines 8 and 9 below. Is line 6 equal to or more than line 9? — **Yes** → You do not owe a penalty. **Do not file Form 2210** (but if box E in Part II applies, you must file page 1 of Form 2210).

↓ No

You may owe a penalty. Does any box in Part II below apply? — **Yes** → You **must** file Form 2210. Does box **B, C,** or **D** apply?

↓ No                                   No ← / → Yes → You must figure your penalty.

**Do not file Form 2210.** You are not required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty amount on your tax return, but **do not file Form 2210.**

You are **not** required to figure your penalty because the IRS will figure it and send you a bill for any unpaid amount. If you want to figure it, you may use Part III or Part IV as a worksheet and enter your penalty amount on your tax return, but **file only page 1 of Form 2210.**

### Part I  Required Annual Payment (see instructions)

| | | |
|---|---|---:|
| 1 | Enter your 2009 tax after credits from Form 1040, line 55 (see instructions if not filing Form 1040) | 7,981. |
| 2 | Other taxes, including self-employment tax (see instructions) | 7,887. |
| 3 | Refundable credits. Enter the total of your making work pay and government retiree credits, earned income credit, additional child tax credit, refundable education credit, first-time homebuyer credit, credit for federal tax paid on fuels, refundable credit for prior year minimum tax, and health coverage tax credit | -800. |
| 4 | Current year tax. Combine lines 1, 2, and 3. If less than $1,000, **stop;** you do not owe a penalty. **Do not** file Form 2210 | 15,068. |
| 5 | Multiply line 4 by 90% (.90) ........................ 5 | 13,561. | |
| 6 | Withholding taxes. **Do not** include estimated tax payments. (see instructions) | 2,237. |
| 7 | Subtract line 6 from line 4. If less than $1,000, **stop;** you do not owe a penalty.; **Do not** file Form 2210 | 12,831. |
| 8 | Maximum required annual payment based on prior year's tax (see instructions) | |
| 9 | **Required annual payment.** Enter the **smaller** of line 5 or line 8 | 13,561. |

Next: Is line 9 more than line 6?

☐ **No.** You **do not** owe a penalty. **Do not file Form 2210** unless box **E** below applies.

☒ **Yes.** You may owe a penalty, but **do not file Form 2210** unless one or more boxes in Part II below applies.
  • If box **B, C,** or **D** applies, you must figure your penalty and file Form 2210.
  • If box **A, E,** or **F** applies (but not **B, C,** or **D**) file only page 1 of Form 2210. You are **not** required to figure your penalty; the IRS will figure it and send you a bill for any unpaid amount. If you want to figure your penalty, you may use Part III or IV as a worksheet and enter your penalty on your tax return, but **file only page 1 of Form 2210.**

### Part II  Reasons for Filing. Check applicable boxes. If none apply, do not file Form 2210.

A ☐ You request a **waiver** (see instructions) of your entire penalty. You must check this box and file page 1 of Form 2210, but you are not required to figure your penalty.

B ☐ You request a **waiver** (see instructions) of part of your penalty. You must figure your penalty and waiver amount and file Form 2210.

C ☐ Your income varied during the year and your penalty is reduced or eliminated when figured using the **annualized income installment method.** You must figure the penalty using Schedule AI and file Form 2210.

D ☐ Your penalty is lower when figured by treating the federal income tax withheld from your income as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. You must figure your penalty and file Form 2210.

E ☐ You filed or are filing a joint return for either 2008 or 2009, but not for both years, and line 8 above is smaller than line 5 above. You must file page 1 of Form 2210, but you are **not** required to figure your penalty (unless box **B, C,** or **D** applies).

F ☐ You are certifying that more than 50% of the gross income shown on your 2008 tax return is income from a small business (as defined in the instructions) and your adjusted gross income for 2008 is less than $500,000 (less than $250,000 if your 2009 filing status is married filing separately).

BAA  For Paperwork Reduction Act Notice, see separate instructions.                                        Form **2210** (2009)

FDIZ0313L  01/04/10

Form 2210 (2009)  CASEY C THONN AND JOELL E OFFNER                                    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            Page 2

## Part III  Short Method

**Can you Use the Short Method?**  You may use the short method if:
- You made no estimated tax payments (or your only payments were withheld federal income tax), **or**
- You paid the same amount of estimated tax on each of the four payment due dates.

**Must You Use the Regular Method?**  You must use the regular method (Part IV) instead of the short method if:
- You made any estimated tax payments late,
- You checked box **C** or **D** in Part II, **or**
- You are filing Form 1040NR or 1040NR-EZ and you did not receive wages as an employee subject to U.S. income tax withholding.

**Note:** *If any payment was made earlier than the due date, you may use the short method, but using it may cause you to pay a larger penalty than the regular method. If the payment was only a few days early, the difference is likely to be small.*

| | | | |
|---|---|---:|---:|
| 10 | Enter the amount from Form 2210, line 9......................................................... | 10 | 13,561. |
| 11 | Enter the amount, if any, from Form 2210, line 6............................ **11**  2,237. | | |
| 12 | Enter the total amount, if any, of estimated tax payments you made (see instructions)............................................ **12** | | |
| 13 | Add lines 11 and 12................................................................................ | 13 | 2,237. |
| 14 | **Total underpayment for year.** Subtract line 13 from line 10. If zero or less, **stop;** you do not owe a penalty. **Do not file Form 2210 unless you checked box E or F in Part II**................. | 14 | 11,324. |
| 15 | Multiply line 14 by .02660........................................................................ | 15 | 301. |
| 16 | • If the amount on line 14 was paid **on or after** 4/15/10, enter -0-. <br> • If the amount on line 14 was paid **before** 4/15/10, make the following computation to find the amount to enter on line 16. <br>  Amount on line 14  x  Number of days paid before 4/15/10  x  .00011...................... | 16 | 0. |
| 17 | **Penalty.** Subtract line 16 from line 15. Enter the result here and on Form 1040, line 76; Form 1040A, line 49; Form 1040NR, line 71; Form 1040NR-EZ, line 26; or Form 1041, line 26. **Do not file Form 2210 unless you checked a box in Part II**............................ ▶ | 17 | 301. |

Form **2210** (2009)

| SCHEDULE C (Form 1040) | | Profit or Loss From Business (Sole Proprietorship) | | OMB No. 1545-0074 2009 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ▶ Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B. ▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040). | | Attachment Sequence No. 09 |

Name of proprietor: CASEY C THONN
Social security number (SSN): 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

A Principal business or profession, including product or service (see instructions): FISHERMAN
B Enter code from instructions: ▶ 114110

C Business name. If no separate business name, leave blank.
D Employer ID number (EIN), if any

E Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

F Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶
G Did you 'materially participate' in the operation of this business during 2009? If 'No,' see instructions for limit on losses..  [X] Yes  [ ] No
H If you started or acquired this business during 2009, check here..................  [ ]

### Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. Caution. See the instructions and check the box if: • This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses................ ▶ [ ] | 1 | 156,000. |
| 2 | Returns and allowances.......................................................... | 2 | |
| 3 | Subtract line 2 from line 1...................................................... | 3 | 156,000. |
| 4 | Cost of goods sold (from line 42 on page 2)....................................... | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3......................................... | 5 | 156,000. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)................................................................ | 6 | |
| 7 | Gross income. Add lines 5 and 6............................................... ▶ | 7 | 156,000. |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 8 | Advertising.................. | | 18 | Office expense................. | 18 | |
| 9 | Car and truck expenses (see instructions).......... | 14,002. | 19 | Pension and profit-sharing plans........ | 19 | |
| | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees........ | | a | Vehicles, machinery, and equipment..... | 20a | |
| 11 | Contract labor (see instructions).......... | | b | Other business property............... | 20b | |
| | | | 21 | Repairs and maintenance.............. | 21 | |
| 12 | Depletion.................... | | 22 | Supplies (not included in Part III)........ | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions).......... | 54,370. | 23 | Taxes and licenses................... | 23 | |
| | | | 24 | Travel, meals, and entertainment: | | |
| | | | a | Travel.............................. | 24a | |
| 14 | Employee benefit programs (other than on line 19)....... | | b | Deductible meals and entertainment (see instructions)...................... | 24b | |
| 15 | Insurance (other than health).. | | 25 | Utilities............................. | 25 | |
| 16 | Interest: | | 26 | Wages (less employment credits)........ | 26 | |
| a | Mortgage (paid to banks, etc)........ | | 27 | Other expenses (from line 48 on page 2).............................. | 27 | 31,806. |
| b | Other...................... | | | | | |
| 17 | Legal & professional services.. | | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27........................ ▶ | | | | 28 | 100,178. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7............................................. | | | | 29 | 55,822. |
| 30 | Expenses for business use of your home. Attach Form 8829....................................... | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | | | | 31 | 55,822. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3. • If you checked 32b, you must attach Form 6198. Your loss may be limited. | | | | 32a [ ] All investment is at risk. 32b [ ] Some investment is not at risk. | |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.   Schedule C (Form 1040) 2009
FDIZ0112L 06/18/09

Schedule C (Form 1040) 2009  CASEY C THONN                                                    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            Page 2

### Part III — Cost of Goods Sold (see instructions)

33 Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
   If 'Yes,' attach explanation............................................................................................... ☐ Yes  ☐ No

| Line | Description | Amount |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | |
| 36 | Purchases less cost of items withdrawn for personal use | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs | |
| 40 | Add lines 35 through 39 | |
| 41 | Inventory at end of year | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | |

### Part IV — Information on Your Vehicle.

Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ .

44 Of the total number of miles you drove your vehicle during 2009, enter the number of miles you used your vehicle for:
   a Business _ _ _ _ _ _ _ _ _ _ _ _   b Commuting (see instructions) _ _ _ _ _ _ _ _ _ _ _ _   c Other _ _ _ _ _ _ _ _ _ _

45 Was your vehicle available for personal use during off-duty hours?..................................................... ☐ Yes  ☐ No

46 Do you (or your spouse) have another vehicle available for personal use?........................................... ☐ Yes  ☐ No

47a Do you have evidence to support your deduction?..................................................................... ☐ Yes  ☐ No

  b If 'Yes,' is the evidence written?..................................................................................... ☐ Yes  ☐ No

### Part V — Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---|
| DIESEL FUEL | 15,366. |
| FISHING LICENSES | 155. |
| FLISH NETS -DAMAGED & ABANDONED | 5,060. |
| SHIPYARD AND PAINTING | 11,225. |

48 Total other expenses. Enter here and on page 1, line 27................................................ | 48 | 31,806. |

Schedule C (Form 1040) 2009

FDIZ0112L  06/18/09

| SCHEDULE SE | | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | **Self-Employment Tax** | **2009** |
| Department of the Treasury<br>Internal Revenue Service | ► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040). | Attachment<br>Sequence No. **17** |

| Name of person with **self-employment** income (as shown on Form 1040)<br>CASEY C THONN | Social security number of person<br>with **self-employment** income ► | 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 |
|---|---|---|

### Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings **do not** file Schedule SE. Instead, write 'Exempt – Form 4361' on Form 1040, line 56.

### May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note.** Use this flowchart **only if** you must file Schedule SE. If unsure, see *Who Must File Schedule SE*, above.



### Section A — Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| **1a** Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A................................................................................... | **1a** | |
| **b** If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code Y........................................................................................ | **1b** | |
| **2** Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instrs for types of income to report on this line. See instrs for other income to report............ | **2** | 55,822. |
| **3** Combine lns 1a, 1b & 2....................................................................... | **3** | 55,822. |
| **4** **Net earnings from self-employment.**Multiply line 3 by 92.35% (.9235). If less than $400,**do not** file this schedule; you do not owe self-employment tax........................................ ► | **4** | 51,552. |
| **5** **Self-employment tax.** If the amount on line 4 is:<br>● $106,800 or less, multiply line 4 by 15.3% (.153). Enter the result here and on**Form 1040, line 56.**<br>● More than $106,800, multiply line 4 by 2.9% (.029). Then, add $13,243.20 to the result. Enter the total here and on **Form 1040, line 56.** | **5** | 7,887. |
| **6** Deduction for one-half of self-employment tax.Multiply line 5 by 50% (.5).<br>Enter the result here and on **Form 1040, line 27**......................... **6** 3,944. | | |

**BAA For Paperwork Reduction Act Notice, see Form 1040 Instructions.**   FDIA1101L  10/21/09   Schedule **SE** (Form 1040) 2009

| Form **2441** | | **Child and Dependent Care Expenses** | | OMB No. 1545-0074 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ► Attach to Form 1040, Form 1040A, or Form 1040NR. ► See separate instructions. | | **2009** Attachment Sequence No. **21** |

Name(s) shown on return: CASEY C THONN AND JOELL E OFFNER

Your social security number: 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

**Part I  Persons or Organizations Who Provided the Care** — You must complete this part.
(If you have more than two care providers, see the instructions.)

| 1 | (a) Care provider's name | (b) Address (no., street, apt no., city, state, and ZIP code) | (c) Identifying no. (SSN or EIN) | (d) Amount paid (see instructions) |
|---|---|---|---|---|
| | KIDZ KLUB HOUSE | 688 E I10 SERVICE ROAD SLIDELL LA 70461 | 20-0021099 | 7,075. |
| | | | | |

Did you receive dependent care benefits?
— No → Complete only Part II below.
— Yes → Complete Part III on page 2 next.

**Caution.** If the care was provided in your home, you may owe employment taxes. If you do, you cannot file Form 1040A. For details, see the instructions for Form 1040, line 59, or Form 1040NR, line 56.

**Part II  Credit for Child and Dependent Care Expenses**

2  Information about your **qualifying person(s).** If you have more than two qualifying persons, see the instructions.

| (a) Qualifying person's name | | (b) Qualifying person's social security number | (c) Qualified expenses you incurred and paid in 2009 for the person listed in column (a) |
|---|---|---|---|
| First | Last | | |
| COLIN C | THONN | 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 | 7,075. |
| | | | |

| | | | |
|---|---|---|---|
| 3 | Add the amounts in column (c) of line 2. **Do not** enter more than $3,000 for one qualifying person or $6,000 for two or more persons. If you completed Part III, enter the amount from line 34........................... | 3 | 3,000. |
| 4 | Enter your **earned income.** See instructions............................................................... | 4 | 51,878. |
| 5 | If married filing jointly, enter your spouse's earned income (if your spouse was a student or was disabled, see the instructions); **all others,** enter the amount from line 4............................. | 5 | 47,957. |
| 6 | Enter the **smallest** of line 3, 4, or 5.................................................................... | 6 | 3,000. |
| 7 | Enter the amount from Form 1040, line 38; Form 1040A, line 22; or Form 1040NR, line 36........... | 7 | 99,835. |

8  Enter on line 8 the decimal amount shown below that applies to the amount on line 7

| If line 7 is: | | | If line 7 is: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Over | But not over | Decimal amount is | Over | But not over | Decimal amount is | | | |
| $0 — | 15,000 | .35 | $29,000 — | 31,000 | .27 | | | |
| 15,000 — | 17,000 | .34 | 31,000 — | 33,000 | .26 | | | |
| 17,000 — | 19,000 | .33 | 33,000 — | 35,000 | .25 | | | |
| 19,000 — | 21,000 | .32 | 35,000 — | 37,000 | .24 | 8 | X | .20 |
| 21,000 — | 23,000 | .31 | 37,000 — | 39,000 | .23 | | | |
| 23,000 — | 25,000 | .30 | 39,000 — | 41,000 | .22 | | | |
| 25,000 — | 27,000 | .29 | 41,000 — | 43,000 | .21 | | | |
| 27,000 — | 29,000 | .28 | 43,000 — | No limit | .20 | | | |

| | | | |
|---|---|---|---|
| 9 | Multiply line 6 by the decimal amount on line 8. If you paid 2008 expenses in 2009, see the instructions...... | 9 | 600. |
| 10 | Enter the amount from Form 1040, line 46; Form 1040A, line 28; or Form 1040NR, line 43........... | 10 | 10,581. |
| 11 | Enter the amount from Form 1040, line 47; or Form 1040NR, line 44. Form 1040A filers, enter -0-...... | 11 | |
| 12 | Subtract line 11 from line 10. If zero or less, **stop.** You cannot take the credit...................... | 12 | 10,581. |
| 13 | **Credit for child and dependent care expenses** Enter the **smaller** of line 9 or line 12 here and on Form 1040, line 48; Form 1040A, line 29; or Form 1040NR, line 45........................ | 13 | 600. |

BAA  For Paperwork Reduction Act Notice, see separate instructions.              Form **2441** (2009)

FDIA3212L  06/19/09

| | | |
|---|---|---|
| **SCHEDULE L** (Form 1040A or 1040) | **Standard Deduction for Certain Filers** | OMB No. 1545-0074 **2009** |
| Department of the Treasury Internal Revenue Service (99) | ► Attach to Form 1040A or 1040.   ► See instructions. | Attachment Sequence No. **57** |

Name(s) shown on return: CASEY C THONN AND JOELL E OFFNER
Your social security number: 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

**Caution!** File this form **only** if you are increasing your standard deduction by certain state or local real estate taxes, new motor vehicle taxes, or a net disaster loss.

1. Enter the amount shown below for your filing status.
   - Single or married filing separately— $5,700
   - Married filing jointly or Qualifying widow(er)— $11,400
   - Head of household — $8,350
   
   **1**    11,400.

2. Can you (or your spouse if filing jointly) be claimed as a dependent on someone else's return?
   - [X] **No.** Enter the amount from line 1 on line 4, skip line 3, and go to line 5.
   - [ ] **Yes.** Go to line 3.

3. Is your earned income more than $650 (see instructions)?
   - [ ] **Yes.** Add $300 to your earned income. Enter the total
   - [ ] **No.** Enter $950
   
   **3**

4. Enter the **smaller** of line 1 or line 3 ............................................................ **4**    11,400.

5. Multiply the number on Form 1040, line 39a, or Form 1040A, line 23a, by $1,100 ($1,400 if single or head of household). If blank, enter -0- ............................................................ **5**    0.

6. Form 1040 filers only, enter any net disaster loss from Form 4684, line 18 ............. **6**

7. Enter the state and local real estate taxes you paid. Do not include foreign real estate taxes (see instructions) ............. **7**   1,438.

8. Enter $500 ($1,000 if married filing jointly) ............. **8**   1,000.

9. Enter the smaller of line 7 or line 8 ............................................................ **9**    1,000.

10. Did you (or your spouse if filing jointly) pay any state or local sales or excise taxes in 2009 for the purchase of a new motor vehicle after February 16, 2009 (see instructions)?
    - [X] **No.** Skip lines 10 through 19, enter -0- on line 20, and go to line 21.
    - [ ] **Yes.** If Form 1040, line 38, or Form 1040A, line 22, is less than $135,000 ($260,000 if married filing jointly), enter the amount of these taxes paid. Otherwise, skip lines 10 through 19, enter -0- on line 20, and go to line 21. **10**

11. Enter the purchase price (before taxes) of the new motor vehicle(s) (see instructions) ............. **11**

12. Is the amount on line 11 more than $49,500?
    - [ ] **No.** Enter the amount from line 10.
    - [ ] **Yes.** Figure the portion of the tax from line 10 that is attributable to the first $49,500 of the purchase price of each new motor vehicle (see instructions) ............. **12**

13. Enter the amount from Form 1040, line 38, or Form 1040A, line 22 ............. **13**

14. Form 1040 filers only, enter the total of any—
    - Amounts from Form 2555, lines 45 and 50; Form 2555-EZ, line 18; and Form 4563, line 15, and
    - Exclusion of income from Puerto Rico ............. **14**

15. Add lines 13 and 14 ............. **15**

16. Enter $125,000 ($250,000 if married filing jointly) ............. **16**

17. Is the amount on line 15 more than the amount on line 16?
    - [ ] **No.** Skip lines 17 through 19, enter the amount from line 12 on line 20, and go to line 21.
    - [ ] **Yes.** Subtract line 16 from line 15 ............. **17**

18. Divide line 17 by $10,000. Enter the result as a decimal (rounded to at least three places). If the result is 1.000 or more, enter 1.000 ............. **18**

19. Multiply line 12 by line 18 ............. **19**

20. Subtract line 19 from line 12 ............................................................ **20**    0.

21. Add lines 4, 5, 6, 9, and 20. Enter the total here and on Form 1040, line 40a, or Form 1040A, line 24a. Also check the box on Form 1040, line 40b, or Form 1040A, line 24b ............. **21**    12,400.

BAA For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.   Schedule **L** (Form 1040A or 1040) 2009

FDIA8401L 10/21/09

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) | OMB No. 1545-0172 **2009** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► See separate instructions.   ► Attach to your tax return. | Attachment Sequence No. **67** |

Name(s) shown on return: CASEY C THONN AND JOELL E OFFNER
Identifying number: 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

Business or activity to which this form relates: Schedule C - CASEY C THONN

### Part I — Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| # | Description | Amount |
|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | $250,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 54,370. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | $800,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 250,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
|   | See Statement 1 |   | 54,370. |

| # | Description | Amount |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 0. |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 54,370. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 54,370. |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562 | 0. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 158,149. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 54,370. |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ► | 0. |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| # | Description | Amount |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) |  |
| 15 | Property subject to section 168(f)(1) election |  |
| 16 | Other depreciation (including ACRS) |  |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions)

**Section A**

| # | Description | Amount |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 |  |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ |  |

**Section B — Assets Placed in Service During 2009 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property |   |   |   |   |   |   |
| b 5-year property |   |   |   |   |   |   |
| c 7-year property |   |   |   |   |   |   |
| d 10-year property |   |   |   |   |   |   |
| e 15-year property |   |   |   |   |   |   |
| f 20-year property |   |   |   |   |   |   |
| g 25-year property |   |   | 25 yrs |   | S/L |   |
| h Residential rental property |   |   | 27.5 yrs | MM | S/L |   |
|   |   |   | 27.5 yrs | MM | S/L |   |
| i Nonresidential real property |   |   | 39 yrs | MM | S/L |   |
|   |   |   |   | MM | S/L |   |

**Section C — Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System**

| (a) Classification of property | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 20a Class life |   |   |   |   | S/L |   |
| b 12-year |   |   | 12 yrs |   | S/L |   |
| c 40-year |   |   | 40 yrs | MM | S/L |   |

### Part IV — Summary (See instructions.)

| # | Description | Amount |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 |  |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 54,370. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs |  |

BAA  For Paperwork Reduction Act Notice, see separate instructions.     FDIZ0812L 07/07/09     Form **4562** (2009)

Form 4562 (2009)    CASEY C THONN AND JOELL E OFFNER      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    Page 2

### Part V — Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

#### Section A — Depreciation and Other Information (Caution: *See the instructions for limits for passenger automobiles*)

24a Do you have evidence to support the business/investment use claimed? …… [X] Yes [ ] No    24b If 'Yes,' is the evidence written? …… [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) …………………… 25 | | | | | | | | |
| **26 Property used more than 50% in a qualified business use:** | | | | | | | | |
| 208 CHEV | 2/10/09 | 87.31 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **27 Property used 50% or less in a qualified business use:** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ………… | 28 | | 0. | | | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ……………………………… | | | | | | | 29 | 0. |

#### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. *If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.*

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) ……………… | 25,458 | | | | | | | | | | | |
| 31 Total commuting miles driven during the year ……… | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven ……………… | 3,699 | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 …………………… | 29,157 | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? ………… | X | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? ……… | X | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? ………………… | X | | | | | | | | | | | |

#### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ……………………………………………………………………………………… | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ……… | | |
| 39 Do you treat all use of vehicles by employees as personal use? ………………………………………… | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ……………………………………………… | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) …… | | |

Note: *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.*

### Part VI  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42 Amortization of costs that begins during your 2009 tax year (see instructions):** | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2009 tax year ……………………………………… | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report ……………………… | | | | 44 | |

FDIZ0812L 07/07/09      Form **4562** (2009)

| SCHEDULE M | Making Work Pay and Government Retiree Credits | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040A or 1040) | | **2009** |
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040A, 1040, or 1040NR.   ▶ See separate instructions. | Attachment Sequence No. 166 |

| Name(s) shown on return | Your social security number |
|---|---|
| CASEY C THONN AND JOELL E OFFNER | 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 |

**1a Important:** See the instructions if you can be claimed as someone else's dependent or are filing Form 1040NR. Check the 'No' box below and see the instructions if **(a)** you have a net loss from a business, **(b)** you received a taxable scholarship or fellowship grant not reported on a Form W-2,**(c)** your wages include pay for work performed while an inmate in a penal institution,**(d)** you received a pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan, o**(e)** you are filing Form 2555 or 2555-EZ.

Do you (and your spouse if filing jointly) have 2009 wages of more than $6,451 ($12,903 if married filing jointly)?

[X] **Yes.** Skip lines 1a through 3. Enter $400 ($800 if married filing jointly) on line 4 and go to line 5.
[ ] **No.** Enter your earned income (see instructions) .......................... | 1a |

b Nontaxable combat pay included on line 1a (see instructions) ............................... | 1b |

2  Multiply line 1a by 6.2% (.062).............................................. | 2 |

3  Enter $400 ($800) if married filing jointly)................................. | 3 |

4  Enter the **smaller** of line 2 or line 3 (unless you checked 'Yes' on line 1a)............................. | 4 | 800. |

5  Enter the amount from Form 1040, line 38*, or Form 1040A, line 22........... | 5 | 99,835. |

6  Enter $75,000 ($150,000 if married filing jointly).......................... | 6 | 150,000. |

7  Is the amount on line 5 more than the amount on line 6?
[X] **No.** Skip line 8. Enter the amount from line 4 on line 9 below.
[ ] **Yes.** Subtract line 6 from line 5........................................ | 7 |

8  Multiply line 7 by 2% (.02)................................................ | 8 |

9  Subtract line 8 from line 4. If zero or less, enter -0-...................... | 9 | 800. |

10 Did you (or your spouse, if filing jointly) receive an economic recovery payment in 2009? You may have received this payment if you received social security benefits, supplemental security income, railroad retirement benefits, or veterans disability compensation or pension benefits (see instructions).
[X] **No.** Enter -0- on line 10 and go to line 11.
[ ] **Yes.** Enter the total of the payments received by you (and your spouse, if filing jointly). Do not enter more than $250 ($500 if married filing jointly) | 10 | 0. |

11 Did you (or your spouse, if filing jointly) receive a pension or annuity in 2009 for services performed as an employee of the U.S. Government or any U.S. state or local government from work not covered by social security? Do not include any pension or annuity reported on Form W-2.
[X] **No.** Enter -0- on line 11 and go to line 12.
[ ] **Yes.** • If you checked 'No' on line 10, enter $250 ($500 if married filing jointly and the answer on line 11 is 'Yes' for both spouses)
  • If you checked 'Yes' on line 10, enter -0- (exception: enter $250 if filing jointly and the spouse who received the pension or annuity did not receive an economic recovery payment described on line 10) | 11 | 0. |

12 Add lines 10 and 11........................................................ | 12 |
13 Subtract line 12 from line 9. If zero or less, enter -0-.................... | 13 | 800. |
14 **Making work pay and government retiree credits** Add lines 11 and 13. Enter the result here and on Form 1040, line 63, Form 1040A, line 40; or Form 1040NR, line 60..................... | 14 | 800. |

*If you are filing Form 2555, 2555-EZ, or 4563 or you are excluding income from Puerto Rico, see instructions.

BAA For Paperwork Reduction Act Notice, see Form 1040A, 1040, or 1040NR instructions.   Schedule M (Form 1040A or 1040) 2009

FDIA8501L  10/27/09

| 2009 | Federal Statements | Page 1 |
|---|---|---|
| Client XXXX7553 | CASEY C THONN AND JOELL E OFFNER | 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 |
| 3/16/11 | | 09:47AM |

**Statement 1**
**Form 4562, Part I**
**Election To Expense Certain Tangible Property (Section 179)**

| Description of Property | Cost | Elected Cost |
|---|---|---|
| 7-Year   LAFITTE SKIFF-SHRIMP BOAT.............................. | 26,910. $ | 26,910. |
| 7-Year   RADAR AND SONAR............................................. | 8,260. | 8,260. |
| 3-Year   FISH NETS....................................................... | 8,200. | 8,200. |
| 7-Year   MOTOR FOR BOAS................................................ | 11,000. | 11,000. |
| | Total $ | 54,370. |

**12/31/09** — **2009 Federal Depreciation Schedule** — **Page 1**

**Client XXXX7553** — CASEY C THONN AND JOELL E OFFNER — 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

3/16/11 — 09:47 AM

Schedule C - CASEY C THONN

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct | Cur 179 Bonus | Special Depr. Allow | Prior 179/ Bonus/ Sp. Depr | Prior Dec. Bal. Depr | Salvage /Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Auto / Transport Equipment | | | | | | | | | | | | | | | |
| 1 | LAFITTE SKIFF-SHRIMP BOAT | 2/10/09 | | 26,910 | | 26,910 | | | | | | 0 | 200DB HY | 7 | | 0 |
| 4 | MOTOR FOR BOAS | 2/10/09 | | 11,000 | | 11,000 | | | | | | 0 | 200DB HY | 7 | | 0 |
| | Total Auto / Transport Equipment | | | 37,910 | | 37,910 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| | Miscellaneous | | | | | | | | | | | | | | | |
| 2 | RADAR AND SONAR | 3/01/09 | | 8,260 | | 8,260 | | | | | | 0 | 200DB HY | 7 | | 0 |
| 3 | FISH NETS | 3/05/09 | | 8,200 | | 8,200 | | | | | | 0 | 200DB HY | 3 | | 0 |
| | Total Miscellaneous | | | 16,460 | | 16,460 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| | Total Depreciation | | | 54,370 | | 54,370 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| | Grand Total Depreciation | | | 54,370 | | 54,370 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |

| 12/31/09 | | | 2009 Federal Alternative Minimum Tax Depreciation Schedule | | | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Client XXXX7553 | | | | CASEY C THONN AND JOELL E OFFNER | | | | | | | | 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 |
| 3/16/11 | | | | | | | | | | | | 09:47 AM |
| No. Description | Date Acquired | Date Sold | AMT Basis | AMT Prior Depr. | AMT Method | AMT Life | AMT Rate | AMT Depr. | Reg. Depr. | Ownr. Pct. | Post-86 Depr Adj | Real Prop Pref | Leas Pers Prop Pref | 59 (e)(2) Amort |

Schedule C - CASEY C THONN

Auto / Transport Equipment

| 1 LAFITTE SKIFF-SHRIMP BOAT | 2/10/09 | | 0 | 150DB HY | 7 | | 0 | 0 | | | | 0 |
| 4 MOTOR FOR BOAS | 2/10/09 | | 0 | 150DB HY | 7 | | 0 | 0 | | | | 0 |

Total Auto / Transport Equipment      0      0      0   0      0   0   0

Miscellaneous

| 2 RADAR AND SONAR | 3/01/09 | | 0 | 150DB HY | 7 | | 0 | 0 | | | | 0 |
| 3 FISH NETS | 3/05/09 | | 0 | 150DB HY | 3 | | 0 | 0 | | | | 0 |

Total Miscellaneous      0       0   0     0   0   0

Total Depreciation      0       0   0     0   0   0

Grand Total Depreciation      0       0   0     0   0   0