UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

### GLEN J. LERNER'S MOTION FOR LEAVE TO FILE MOTION FOR DISCOVERY REGARDING EXPEDITED CLAIMS

**NOW INTO COURT**, through undersigned counsel, comes Glen J. Lerner seeking leave to file a Motion for Discovery Regarding Expedited Claims ("Discovery Motion"). As explained in the Discovery Motion and the supporting memorandum filed herewith, Lerner seeks evidence regarding the expediting of claims to defend against the allegations made by the Special Master. Lerner brings the Discovery Motion now, and thus seeks leave of Court to file it, because the evidence was not previously known or reasonably available to him. Lerner became aware of the requested evidence only after the public disclosure of certain internal emails of the Claims Administrator's Office ("CAO") showing that over 400 claims were expedited in apparent violation of CAO policy. As Lerner did not have access to this information before submitting his response to the Order to Show Cause ("Order"), and the Court has ordered no further filings with respect to the Order absent leave of Court, Lerner respectfully moves for leave to file the Discovery Motion.

4445842.1

Date:  March 31, 2014                    Respectfully submitted,

*/s/ William W. Taylor, III*
William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
amehta@zuckerman.com

AND

Pauline F. Hardin (La. Bar #6542)
Jones Walker LLP
201 St. Charles Avenue
49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com

*Attorneys for Glen J. Lerner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 31st day of March, 2014.

*/s/ William W. Taylor, III*

4445842 1