UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## GLEN J. LERNER'S MOTION FOR DISCOVERY REGARDING EXPEDITED CLAIMS

**NOW INTO COURT**, through undersigned counsel, comes Glen J. Lerner, who respectfully files this Motion for Discovery from the Special Master for information regarding claims being expedited in the office of the Claims Administrator. Mindful of this Court's order that no further pleadings be filed, we respectfully submit that recently disclosed evidence makes this motion timely and appropriate. Mr. Lerner is entitled to this evidence to defend against the allegation that he was responsible for expediting or attempting to expedite claims. As discussed in the attached Memorandum in Support, Glen J. Lerner now has reason to believe that documents were gathered and reviewed by the Special Master that are relevant to the issue, favorable to him and are necessary for him to properly investigate and defend against the accusations made against him.

**WHEREFORE**, Glen Lerner, respectfully requests that the Court grant his Motion for Discovery Regarding Expedited Claims.

4447469.1

Date: March 31, 2014                                    Respectfully submitted,

/s/ William W. Taylor, III
William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
amehta@zuckerman.com

AND

Pauline F. Hardin (La. Bar #6542)
Jones Walker LLP
201 St. Charles Avenue
49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com

*Attorneys for Glen J. Lerner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 31st day of March, 2014.

/s/ William W. Taylor, III
William W. Taylor, III