UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## ORDER

Considering Glen J. Lerner's Motion for Discovery Regarding Expedited Claims;

**IT IS ORDERED** that Glen Lerner's Motion to for Discovery Regarding Expedited Claims is hereby **GRANTED**.

New Orleans, Louisiana this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

4447469.1