UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 Section: J |
| This Document Applies to: | : : | The Hon. Carl J. Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | The Hon. Sally Shushan |

MOTION OF THE SPECIAL MASTER FOR LEAVE TO FILE RESPONSE
TO COASTAL CLAIMS GROUP'S SUR-REPLY TO THE MOTION OF THE
SPECIAL MASTER FOR RETURN OF PAYMENTS MADE TO CASEY C. THONN AND OTHERS

COMES NOW Special Master Louis J. Freeh, and for his unopposed motion for leave to file a response to Coastal Claims Group, LLC's Sur-Reply ("Sur-Reply") (Doc. No. 12605) to the Special Master's motion seeking return of payments made to Casey C. Thonn and others ("Motion"), states as follows:

1. On January 8, 2014, the Special Master filed the Motion seeking full restitution of money received by Coastal Claims Group, LLC ("CCG") in connection with the fraudulent seafood claims filed with the Deepwater Horizon Economic Claims Center by Casey C. Thonn (Doc. No. 12107).

2. On February 26, 2014, CCG filed a motion to dismiss the Special Master's Motion (Doc. No. 12423). The Special Master filed a reply (Doc. No. 12451).

3. On March 31, 2014, CCG sought to file the Sur-Reply alleging "misstatements of fact" regarding the Special Master's understanding of the fee agreement between CCG and Andry Lerner, LLC (Doc. No. 12605 at 1).

4. The Special Master respectfully submits that a response of four pages addressing the fee agreement issue raised in CCG's Sur-Reply would materially assist the Court's

- 2 -

consideration of the open issues.  Counsel for CCG does not oppose the filing of a response by the Special Master.

     5.   A copy of the Special Master's proposed response brief is attached.

     6.   For these reasons, the Special Master respectfully requests leave of the Court to file the attached response into the record.

                      Respectfully submitted,

                        ____/s/  Louis J. Freeh_____
                      Louis J. Freeh
                      Special Master

Dated:  April 1, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, as well as by e-mail upon the following, this   1st   day of      April   , 2014:

>Anthony Staines
>Jason R. Kenney
>Staines & Eppling
>3500 North Causeway Blvd., Suite 820
>Metairie, Louisiana 70002

>  /s/Louis J. Freeh
>Louis J. Freeh