UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
|     "DEEPWATER HORIZON" IN THE | : | |
|     GULF OF MEXICO, ON APRIL 20, 2010 | : | Section: J |
| | : | |
| This Document Applies to: | : | The Hon. Carl J. Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | The Hon. Sally Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

O R D E R

AND NOW upon consideration of the Special Master's unopposed Motion for Leave to File Response to Coastal Claims Group's Sur-Reply to the Motion of the Special Master for Return of Payments Made to Casey C. Thonn and Others, it is hereby

ORDERED that the Special Master's Motion is GRANTED.  The Clerk of Court is directed to file the Special Master's Response into the record.

New Orleans, Louisiana, this _____ day of April, 2014.

                                                                                                 _____
                                                                                                  HONORABLE CARL J. BARBIER
                                                                                                  UNITED STATES DISTRICT JUDGE