UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case No. 2:10-cv-8888, [Rec. Doc. 131533]* | MAG. JUDGE SHUSHAN |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel of Record:

The Court having read and considered argument of counsel and being fully apprised in the premises,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel of Record filed on behalf of the Dugan Law Firm, APLC is hereby **GRANTED** and the Dugan Law Firm, APLC is hereby allowed to withdraw as counsel for the Plaintiff in the above captioned case.

New Orleans, Louisiana this 31st day of March, 2014.

_____
United States District Judge