UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION |
| | MDL No. 2169 |
| APPLIES TO *12-311* | SECTION: J |

### ORDER

Considering the foregoing *Motion to Strike* **(Rec. Doc. 12608)**, and considering Magistrate Judge Shushan's *Order* of March 31, 2014 **(Rec. Doc. 12610)**,

**IT IS HEREBY ORDERED** that the motion is **DENIED AS MOOT.**

New Orleans, Louisiana, this 2nd day of April, 2014.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE