**TENDERED FOR FILING**

APR - 1 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

FILED APR.-1 2014
WILLIAM W. BLEVINS
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon"
in the Gulf of Mexico,
on April 20, 2010

Civil Action No. MDL-2179 J

Reference 10-8888

doc# 122614

ELLIS KEYES

Plaintiff

**Motion for summary judgment and affidavit**

I Ellis L. Keyes, Administrator for the Estate of My Deceased Mother Christine C. Keyes, bring motion for summary judgment to recover cost for WRONGFULL DEATH, INCLUDING MEDICAL AND FUNERAL COST, or the percentage that is fair and just according to the contributing factor caused by British Petroleum in the Deep Water Horizon Incident that poisoned the environment and the atmospheric conditions created in the designated area of zone A that brought about my Mother's death from anoxic brain injury. My Mother's home was located in Zone B she had visited zone A in Grand Isle; furthermore the poisonous atmosphere drifted into Zone B and a stench of chemicals created a nauseating effect that made her sick and visited several times to the hospital Touro Infirmary as a direct result. She was on the third visit diagnosed as brain dead. I stayed with her at Cannon Hospice until she expired on September 23rd, 2010. The Medical cost was over three hundred thousand dollars at Touro, the Funeral cost Eight Thousand and Cannon Hospice cost were ten Thousand. Additionally the loss of filial piety is priceless.

It is undeniable that the disaster was a contributing factor in my Mother's death at the relatively young age of seventy years old. I seek summary Judgment for fair and just compensation to the Estate of Christine C. Keyes as Her first born Son and Executor of the Estate.

Documents have long been submitted to the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program.

Sworn and subscribed before me this 2nd day of April, 2014

Ellis L. Keyes, Executor for Christine C. Keyes

_____ my commission expires

3305 Corinne Dr., Chalmette La. 70043

(228)326-8679

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
Doc No. _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon"
in the Gulf of Mexico,
on April 20, 2010

Civil Action No. MDL-2179

ELLIS KEYES
Plaintiff

## Notice of Submission

A HEARING WILL BE HELD BEFORE JUDGE BARBIER ON THE 23RD DAY OF APRIL, 2014 AT 9:30 AM.

*Ellis Keyes*

ELLIS KEYES
3305 CORINNE
CHALMETTE, LA
70043

(228) 326-8679

**Certificate of Service**
I hereby certify that I have served a copy of this document on all counsel of record either in person or my mailing it postage prepaid on this 1ST day of APRIL, 2014.

Signature