UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the | * | |
|     GULF OF MEXICO, on | * | SECTION J |
|     APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SUSHAN |
| **THIS DOCUMENT APPLIES TO:** | * | |
| No. 12-311 | * | **JURY TRIAL DEMANDED** |

**LIBERTY'S MOTION TO SEAL EXHIBITS UNDER PRE-TRIAL ORDER NO. 13**

Liberty Insurance Underwriters, Inc. ("LIU") submits this Motion to Seal certain exhibits to its Memorandum in Opposition to Cameron's Motion for Partial Summary Judgment on its Claims for Breach of Contract, Indemnity, and Defense Expenses under Pre-Trial Order No. 13.

These exhibits have been marked "confidential" and are subject to the Court's protective order in this matter. *See* Rec. Doc. No. 641. For the reasons set forth above and in LIU's Memorandum in Support, LIU requests the Court grant its Motion and order Exhibits 3, 4, 5, 7 and 9 to its Memorandum in Opposition to Cameron's Motion for Partial Summary Judgment on its Claims for Breach of Contract, Indemnity, and Defense Expenses be filed under seal.

                                            Respectfully submitted,

                                            MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

                                            /s/ *Christopher W. Martin*
                                            Christopher W. Martin
                                            Federal I.D. 13515
                                            Robert G. Dees
                                            Federal I.D. 13899
                                            808 Travis, Suite 1800
                                            Houston, Texas 77002
                                            713-632-1700 (Telephone)
                                            713-222-0101 (Facsimile)

>Judy Y. Barrasso, 2814
>Celeste, Coco-Ewing, 25002
>BARRASSO USDIN KUPPERMAN
>  FREEMAN & SARVER, L.L.C.
>909 Poydras Street, 24th Floor
>New Orleans, Louisiana  70112
>504.589.9700 (Telephone)
>504.589.9701 (Facsimile)
>
>Counsel for Liberty Insurance Underwriters, Inc.

### CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Defendant Liberty Insurance Underwriters, Inc.'s Response to Plaintiff Cameron International Corporation's Statement of Uncontested Material Facts has been served on all Counsel by electronically uploading the same in accordance with Pretrial Order No. 12, on this 2nd day of April, 2014.

>*/s/ Christopher W. Martin*_____
>Christopher W. Martin

5395-0002
20145690