UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG * | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the * | |
|     GULF OF MEXICO, on * | SECTION J |
|     APRIL 20, 2010 * | |
| * | JUDGE BARBIER |
| * | |
| * | MAG. JUDGE SUSHAN |
| **THIS DOCUMENT APPLIES TO:** * | |
| No. 12-311 * | **JURY TRIAL DEMANDED** |

**LIBERTY'S MEMORANDUM IN SUPPORT OF ITS MOTION
TO SEAL EXHIBITS UNDER PRE-TRIAL ORDER NO. 13**

Liberty Insurance Underwriters, Inc. ("Liberty") submits this Memorandum in Support of its Motion to Seal certain exhibits to its Opposition to Plaintiff Cameron's Motion for Partial Summary Judgment on its Claims for Breach of Contract, Indemnity, and Defense Expenses under Pre-Trial Order No. 13. This Memorandum is submitted in accordance with Local Rule 5.6.

The exhibits to be sealed are the following:

Exhibit 3 - letter from Paul Koepff dated November 7, 2011;

Exhibit 4 - letter from Paul Koepff dated December 13, 2011;

Exhibit 5 - letter from Paul Koepff dated December 14, 2011;

Exhibit 7 - excerpts from the deposition of Rusty Lee, a representative of Cameron's broker Marsh;

Exhibit 9 - excerpts from the deposition of Tony Black, a Cameron Representative.

These exhibits were marked "Confidential" by one or more of the parties and no party has objected to that designation. As such, these exhibits are subject to the Court's protective order in

this matter, which states a confidential document "will be filed under seal as an appendix to the instrument that refers to it." *See* Rec. Doc. No. 641, at p. 5.

For the reasons set forth above and as required under Pre-Trial Order No. 13, Liberty requests the Court grant its Motion and order that Exhibits 3, 4, 5, 7 and 9 to Liberty's Opposition to Cameron's Motion for Partial Summary Judgment on its Claims for Breach of Contract, Indemnity, and Defense Expenses be filed under seal.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

/s/ *Christopher W. Martin*
Christopher W. Martin
Federal I.D. 13515
Robert G. Dees
Federal I.D. 13899
808 Travis, Suite 1800
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)

Judy Y. Barrasso, 2814
Celeste, Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

Counsel for Liberty Insurance Underwriters, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Defendant Liberty Insurance Underwriters, Inc.'s Response to Plaintiff Cameron International Corporation's Statement of Uncontested Material Facts has been served on all Counsel by electronically uploading the same in accordance with Pretrial Order No. 12, on this 2nd day of April, 2014.

                                              */s/ Christopher W. Martin*_____
                                              Christopher W. Martin

5395-0002
01109783