UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG      *      MDL NO. 2179
     "DEEPWATER HORIZON" in the      *
GULF OF MEXICO, on      *      SECTION J
APRIL 20, 2010      *
                             *      JUDGE BARBIER
                             *      MAG. JUDGE SUSHAN
**THIS DOCUMENT APPLIES TO:**      *
**No. 12-311**      *      **JURY TRIAL DEMANDED**

**LIBERTY INSURANCE UNDERWRITERS, INC.'S
OPPOSITION TO PLAINTIFF CAMERON INTERNATIONAL, INC.'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

# <u>EXHIBIT 5</u>

# <u>FILED UNDER SEAL</u>

Christopher W. Martin                Judy Y. Barrasso, 2814
Federal I.D. 13515                    Celeste, Coco-Ewing, 25002
Robert G. Dees                        BARRASSO USDIN KUPPERMAN
Federal I.D. 13899                    FREEMAN & SARVER, L.L.C.
808 Travis, Suite 1800             909 Poydras Street, 24th Floor
Houston, Texas 77002              New Orleans, Louisiana  70112
713-632-1700 (Telephone)         504.589.9700 (Telephone)
713-222-0101 (Facsimile)          504.589.9701 (Facsimile)

Attorneys for Liberty Insurance Underwriters, Inc.