UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| *Case No. 2:10-cv-8888; 2:10-cv-2771* | MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes undersigned counsel who respectfully moves this Honorable Court pursuant to Local Rule 83.2.11 for an order withdrawing the Dugan Law Firm, APLC as counsel of record for the Plaintiffs/Claimants listed below:

| Plaintiff/Claimant | Address | Rec. Doc of Short Form Joinder (10-8888) |
|---|---|---|
| A+ Fence, Roof & Remodel | 338 E. 1st Street Larose, LA 70373 | 72246 |
| Randy Landry Construction, LLC | 300 Emerald Drive, Thibodaux, LA 70301 | 72038 |
| Xtreme Water Vacs | 1605 Highway 182 Raceland, LA 70394 | 63600 |
| Ocean International d/b/a Ocean Marine Brokerage Services | 421 Highway 20 Schriever, LA 70395 | 71912 |
| Ambition Printing, LLC | 405 Hialeah Avenue Houma, LA 70363 | 66885 |
| Alliance Communications, Inc. | 4608 N. Bayou Black Drive Gibson, LA 70356 | 42576 |

In support thereof, Movants would show:

1. The above-named Plaintiffs/Claimants retained the law firm, The Dugan Law Firm, to serve as counsel with regards to any and all claims the Plaintiffs/Claimants had arising out of the Deepwater Horizon Oil Spill on April 20, 2010.

2. On or about April 20, 2011, the undersigned filed a Short Form Joinders on behalf of the Plaintiffs/Claimants.

3. On or about March 26, 2014, Plaintiffs/Claimants were notified by certified mail that the Dugan Law Firm would no longer be representing the Plaintiffs/Claimants and of the applicable deadlines and applicable pending Court appearances.

4. Thus, the Dugan Law Firm and Plaintiffs/Claimants have terminated their attorney/client relationship and the Dugan Law Firm as counsel of record now requests this Court to allow its withdrawal from representation of Plaintiffs/Claimants in this case.

5. This motion is made in good faith and considering Plaintiffs/Claimants have chosen to represent themselves and/or hire other counsel in this matter, neither they nor any other party will be prejudiced by Movants' withdrawal of counsel.

WHEREFORE, undersigned counsel moves this Honorable Court for an Order allowing the withdrawal of the Dugan Law Firm, APLC as counsel of record for Plaintiffs/Claimants in the above captioned case.

Dated: April 3, 2014

                                                 Respectfully submitted,

By:
               **THE DUGAN LAW FIRM**

               */s/ David B. Franco*
               David B. Franco (TXBSA# 24072097)
               James R. Dugan, II (LSBA# 24785)
               One Canal Place
               365 Canal Street, Suite 1000

New Orleans, Louisiana 70130
Telephone: (504) 648 0180
Facsimile: (504) 648 0181
Email: dfranco@dugan-lawfirm.com

*Counsel for Plaintiffs/Claimants*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel of Record and [Proposed] Order has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel through LexisNexis File & Serve, electronic mail, facsimile, and/or U.S. Mail. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the last known address of the Plaintiffs/Claimants on this 3rd day of April 2014.

                                            */s/ David B. Franco*
                                            David B. Franco, Esq.