## Request to Withdraw as Primary Counsel

Use this Form to withdraw representation of a claimant in the Deepwater Horizon Economic and Property Damages Settlement Program. If you filed a lawsuit regarding the Spill on the claimant's behalf, do not use this Form. Instead, you must follow local law and receive Court permission before withdrawing representation.

### A. Claimant Information

| Name: | Last Name or Full Name of Business Wedgeworth | First Name James | Middle Initial W. |
|---|---|---|---|

Deepwater Horizon Settlement Program Claimant Number: | | | | | | | | | | | |

### B. Primary Counsel

| Current Primary Counsel: | Law Firm Name Reech Law Firm LLC and/or Robb Reech LLC |
|---|---|
| | Attorney Last Name Reech | Attorney First Name Robert |
| Law Firm Address: | Street 812 N. Range Avenue | Apt/Suite/Unit |
| | City Denham Springs | State LA | Zip Code 70726 |
| | Telephone (225) 791-4900 | Email robb@reechlaw.com |

### C. Grounds for Withdrawal

| Provide the reason(s) for withdrawal (*e.g.*, inability to locate or contact the claimant, conflict of interest, or fundamental disagreement). | Fundamental Disagreement |
|---|---|

### D. Notice Requirement

You must: (1) provide the Claims Administrator with a copy of the notice of withdrawal that you sent to the claimant, whether that notice was a letter sent to the claimant's last known address or a declaration signed by both you and the claimant; (2) send your notice of withdrawal to Class Counsel; and (3) provide the Claims Administrator with a copy of the notice you sent to Class Counsel.

### E. Signature

| Signature: | [signature] | Date: | 3/31/14 (Month/Day/Year) |
|---|---|---|---|
| Name: | Last Name REECH | First Name ROBERT | Middle Initial |

AR-6
v.1

1