# Request to Withdraw as Primary Counsel

Use this Form to withdraw representation of a claimant in the Deepwater Horizon Economic and Property Damages Settlement Program. If you filed a lawsuit regarding the Spill on the claimant's behalf, do not use this Form. Instead, you must follow local law and receive Court permission before withdrawing representation.

## A. Claimant Information

**Name:**
- Last Name or Full Name of Business: Richard
- First Name: Vicki
- Middle Initial:

**Deepwater Horizon Settlement Program Claimant Number:**

## B. Primary Counsel

**Current Primary Counsel:**
- Law Firm Name: Reech Law Firm LLC and/or Robb Reech LLC
- Attorney Last Name: Reech
- Attorney First Name: Robert

**Law Firm Address:**
- Street: 812 N. Range Avenue
- Apt/Suite/Unit:
- City: Denham Springs
- State: LA
- Zip Code: 70726
- Telephone: 225 791-4900
- Email: robb@reechlaw.com

## C. Grounds for Withdrawal

Provide the reason(s) for withdrawal (e.g., inability to locate or contact the claimant, conflict of interest, or fundamental disagreement).

Fundamental Disagreement

## D. Notice Requirement

You must: (1) provide the Claims Administrator with a copy of the notice of withdrawal that you sent to the claimant, whether that notice was a letter sent to the claimant's last known address or a declaration signed by both you and the claimant; (2) send your notice of withdrawal to Class Counsel; and (3) provide the Claims Administrator with a copy of the notice you sent to Class Counsel.

## E. Signature

**Signature:** [signed]
**Date:** 3/31/14

**Name:**
- Last Name: REECH
- First Name: ROBERT
- Middle Initial: V

AR-6
v.1