## Request to Withdraw as Primary Counsel

Use this Form to withdraw representation of a claimant in the Deepwater Horizon Economic and Property Damages Settlement Program. If you filed a lawsuit regarding the Spill on the claimant's behalf, do not use this Form. Instead, you must follow local law and receive Court permission before withdrawing representation.

### A. Claimant Information

| Name: | Last Name or Full Name of Business  Heenan | First Name  Amber | Middle Initial  N. |
|---|---|---|---|

Deepwater Horizon Settlement Program Claimant Number: | | | | | | | | | | |

### B. Primary Counsel

| Current Primary Counsel: | Law Firm Name  Reech Law Firm, LLC and/or Robb Reech, LLC |
|---|---|
| | Attorney Last Name  Reech | Attorney First Name  Robert |

| Law Firm Address: | Street  812 N. Range Avenue | | Apt/Suite/Unit |
|---|---|---|---|
| | City  Denham Springs | State  LA | Zip Code  70726 |
| | Telephone  (225) 791-4900 | Email  robb@reechlaw.com | |

### C. Grounds for Withdrawal

| Provide the reason(s) for withdrawal (e.g., inability to locate or contact the claimant, conflict of interest, or fundamental disagreement). | Fundamental Disagreement |
|---|---|

### D. Notice Requirement

You must: (1) provide the Claims Administrator with a copy of the notice of withdrawal that you sent to the claimant, whether that notice was a letter sent to the claimant's last known address or a declaration signed by both you and the claimant; (2) send your notice of withdrawal to Class Counsel; and (3) provide the Claims Administrator with a copy of the notice you sent to Class Counsel.

### E. Signature

| Signature: | [signature] | Date: | 3/31/14 (Month/Day/Year) |
|---|---|---|---|
| Name: | Last Name  REECH | First Name  ROBERT | Middle Initial  V |