UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | Section J |
| Of Mexico, on April 20, 2010 | Judge Barbier |
| Applies to: *No. 12-970,* Bon Secour Fisheries, Inc., et al v. BP Exploration & Production Inc., et al | Magistrate Judge Shushan |

## ORDER

**[Regarding Lerner's Motion for Discovery on Expedited Claims (Rec. doc. 12614)]**[1]

Glen Lerner seeks discovery regarding expedited claims, including: (1) CAO documents; (2) interviews by the Special Master; (3) documents gathered by the Special Master from third parties; (4) reports by the Special Master; (5) complaints; and (6) authorization to interview or depose CAO representatives. The discovery sought by Mr. Lerner is unrelated to the recommendations made by the Special Master concerning Mr. Lerner in the report of September 6, 2013. Rec. doc. 11287. Accordingly,

IT IS ORDERED that Mr. Lerner's motions for discovery on expedited claims and leave to file (Rec. doc. 12614) are DENIED.

New Orleans, Louisiana, this _3rd__ day of April, 2014.

CARL J. BARBIER
United States District Judge

---

[1] Glen Lerner filed a motion for leave to file a motion for discovery regarding expedited claims. Rec. doc. 12614. He also filed a motion for discovery regarding expediting claims. Rec. doc. 12615. The Clerk issued an error notice. The Clerk attached the motion for discovery regarding expediting claims to the motion for leave to file motion for discovery regarding expedited claims.