UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *<br>*<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SUSHAN |
| **THIS DOCUMENT APPLIES TO:**<br>No. 12-311 | *<br>* | **JURY TRIAL DEMANDED** |

### ORDER GRANTING LIBERTY'S MOTION TO SEAL EXHBIITS UNDER PRE-TRIAL ORDER NO. 13

Considering Liberty's Motion to Seal Exhibits Under Pre-Trial Order No. 13;

IT IS ORDERED that Liberty's Motion to Seal Exhibits Under Pre-Trial Order No. 13 be and is hereby GRANTED.

IT IS FURTHER ORDERED that the clerk seal Exhibits 3, 4, 5, 7 and 9 to Liberty's Opposition to Cameron's Motion for Partial Summary Judgment on its Claims for Breach of Contract, Indemnity, and Defense Expenses.

New Orleans, Louisiana, this  3rd  day of April, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE