UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: Case No. 2:13-CV-1650-CJB-SS | ) ) ) ) | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

On motion of BRIAN C. COLOMB and DOMENGEAUX WRIGHT ROY & EDWARDS, attorneys for plaintiff, A.B. DOCK SERVICES, INC., on suggesting to the Court that mover desires to withdraw as counsel of record, based upon the following:

1.

Mover has appeared in this matter as counsel of record for plaintiff, A.B. DOCK SERVICES, INC.

2.

A.B. DOCK SERVICES, INC. wishes for mover to no longer represent A.B. DOCK SERVICES, INC. in this matter.

3.

This motion is filed in compliance with Uniform District Court Local Civil Rule 83.2.11.

4.

The last and only known address of A.B. DOCK SERVICES, INC. is 1910 W. Summers Dr., Abbeville, LA 70510.

5.

The last and only known telephone number for A.B. DOCK SERVICES, INC. is (337) 422-6403.

WHEREFORE, mover respectfully prays that they be allowed to withdraw as counsel of record for plaintiff, A.B. DOCK SERVICES, INC. in this matter.

**DOMENGEAUX WRIGHT ROY & EDWARDS**

  s/Brian C. Colomb
**BRIAN C. COLOMB (#25625)**
556 Jefferson Street, Suite 500
Post Office Box 2626
Lafayette, Louisiana 70502
Telephone: (337)233-3033
Fax: (337) 232-8213
Brianc@wrightroy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2014, a copy of the foregoing Motion to Withdraw as Counsel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

I FURTHER CERTIFY that the Plaintiff has been made aware of all applicable deadlines and applicable pending court appearances, and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail and pursuant to Local Rule 83.2.11 on plaintiff, A.B. DOCK SERVICES, INC. on this ____day of April, 2014.

    s/Brian C. Colomb
      BRIAN C. COLOMB