UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO: Case No. 2:13-CV-1650-CJB-SS | ) ) ) ) | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the court upon the law firm of DOMENGEAUX, WRIGHT, ROY & EDWARDS LLC's Motion to Withdraw as Counsel.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby;

ORDERED AND ADJUDGED as follows:

1. That BRIAN C. COLOMB and the law firm of DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC's Motion to Withdraw as Counsel is hereby **GRANTED.**

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this _____ day of _____, 2014.

_____
Honorable Carl J. Barbier,
United States District Judge