**Philip A. Garrett, CPA**
**117 Fairgrounds Blvd**
**Bush, La 70431**
**985-635-1500**
**pgarrett@garrettco.com**

Honorable Judge Carl Barbier
United States District Court
500 Poydras St.   Room C256
New Orleans, La 70130

April 4, 2014

Dear Judge Barbier,

    I have been requested by the PSC to ask for additional funds for shared litigation expenses from the Common Benefit Fee Qualified Settlement Fund.

    You previously authorized that original cash assessments be refunded to all common benefit attorneys which was completed except for $40,000.00 which is awaiting wiring information from members.

    The $1,950,000 on 4/24/13, $1,800,000 on 7/8/2013 and $1,800,000 11/5/2013 were ordered to be reimbursed to the PSC members.

    Exhibit C is being filed with the court that shows the balance of cash assessments of $1,800,000.00 to be reimbursed.

    At this point the PSC's operating cash is approximately $433,000.00 with several outstanding invoices totaling over $161,000 plus monthly operating costs.

    Please approve the disbursement of $1,800,000 from the Common Benefit Fee Qualified Settlement Fund to the Shared Litigation Expense Account. The QSF currently had a balance of $208,508,987.08 on 2-28-2014 and an additional fund of $22,403,867.785 is held by the Clerk of Court.

    If you have any questions please do not hesitate to contact me.

Sincerely,

Philip A. Garrett

cc: Mr Steve Herman
cc: Mr Jim Roy

**Exhibit A**