UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>These Pleadings apply to: *All Cases*<br><br>(Including No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## DECLARATION OF STEPHEN J. HERMAN

I, Stephen J. Herman, respectfully declare, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. I am licensed to practice law in the State of Louisiana, the United States District Court for the Eastern District of Louisiana, the U.S. Fifth Circuit Court of Appeals, and the U.S. Supreme Court.

2. James Parkerson Roy and I were appointed Interim Co-Liaison Counsel for the plaintiffs in the consolidated cases that were pending in Section J of the Eastern District of Louisiana on or around June 4, 2010. We were appointed Plaintiffs Co-Liaison Counsel in MDL No. 2179 on or around August 27, 2010. We were also appointed Interim Co-Class Counsel on or around March 5, 2012, and Co-Lead Class Counsel on or around May 2, 2012.

**Exhibit B**

3. I have reviewed the Letter of Philip A. Garrett, C.P.A., to the Court, dated April 4, 2014, and the list of Assessments identified as Exhibit "C".

4. To the best of my knowledge, information and belief, Exhibit C accurately reflects the shared cost contributions (or "assessments") made by Co-Liaison Counsel, the Plaintiffs Steering Committee, and other attorneys performing common benefit services in accordance with Pre-Trial Order No. 9 (collectively referred to as "Common Benefit Attorneys"), since the Court's Order of November 5, 2013 [Doc 11796].

5. These shared cost contributions were incurred for the common benefit of Plaintiffs in MDL No. 2179 (including members of the Economic and Medical Benefits Settlement Classes) under the procedures set forth in Pre-Trial Order No. 9, Section I(4), Section III(1)(a) and Section IV.

Signed, under penalty of perjury, this 7 day of April, 2014, in New Orleans, Louisiana.

_____
Stephen J. Herman