# **PSC MEMBERS ASSESSMENTS**

| | |
|---|---|
| Baron & Budd | $100,000.00 |
| Beasley Allen | $100,000.00 |
| Breit Drescher | $100,000.00 |
| Colson Hicks | $100,000.00 |
| Cossich Sumich | $100,000.00 |
| Cunningham Bounds | $100,000.00 |
| deGravelles, Palmintier | $100,000.00 |
| Domengeaux Wright Roy | $100,000.00 |
| Fayard & Honeycutt | $100,000.00 |
| Herman Herman & Katz | $100,000.00 |
| Levin Papantonio | $100,000.00 |
| Lieff Cabraser | $100,000.00 |
| Lewis Kullman Sterbcow | $100,000.00 |
| Lundy Lundy | $100,000.00 |
| Morgan & Morgan | $100,000.00 |
| Motley Rice | $100,000.00 |
| Weitz & Luxenberg | $100,000.00 |
| Williams Law Group | $100,000.00 |
| **TOTAL** | **$1,800,000.00** |

# Exhibit C