UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 <br> SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 13-6015, *Zadeh v. Feinberg, et al.* | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Patrick Juneau, Claims Administrator for the Deepwater Horizon Court Supervised Settlement Program ("Settlement Program"), moved under Rule 12(b)(6) of the Federal Rules of Civil Procedure to partially dismiss the complaint filed by *pro se* Plaintiff Naussera Zadeh insofar as it asserts claims against the Claims Administrator and the Settlement Program. (Rec. Doc. 11685) The Court ordered Plaintiff Zadeh to file a response by March 14, 2014. (Rec. Doc. 12379) To date, no response has been filed. Consequently, the Court considers the motion as unopposed and submitted for decision.

Furthermore, because the grounds for dismissal under Rule 12(b)(6) appear to be met,

IT IS ORDERED that the Claims Administrator's Motion to Dismiss (Rec. Doc. 11685) is GRANTED. Plaintiff Zadeh's claims against the "Deep Water Horizon Economic Claim Center," Patrick Juneau, and/or the Deepwater Horizon Court Supervised Settlement Program are DISMISSED WITH PREJUDICE. The claims against the Gulf Coast Claims Facility and its administrator are preserved at this time.

Signed in New Orleans, Louisiana, this 7th day of April, 2014.

_____
United States District Judge

**Note to Clerk:**

File in 10-md-2179 and 13-6015.  Please Mail Service to:

Naussera N. Zadeh
428 Pasage Avenue
Tarpon Springs, Fl. 34689