UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | Section J |
| Of Mexico, on April 20, 2010 | Judge Barbier |
| Applies to: *No. 10-8888 (Rec. doc. 122614)* | Magistrate Judge Shushan |

## ORDER

[Regarding Motion of Ellis Keyes for Summary Judgment (Rec. doc. 12621)]

On January 2, 2013, Ellis Leonard Keyes filed a Short Form Joinder in which he indicated he sought to recover the medical costs involved in his mother's care. Mr. Keyes contended that the heavy smell of oil and chemical dispersants in the air contributed to his mother's early demise. Mr. Keyes is proceeding in proper person. CA 10-8888 (Rec. doc. 122614).

On April 1, 2014, Mr. Keyes filed a motion for summary judgment to recover damages for the wrongful death of his mother, including medical and funeral costs. Rec. doc. 12621. Mr. Keyes' motion for summary judgment relates to the Short Form Joinder filed on January 2, 2013. The motion for summary judgment will be denied without prejudice.

Mr. Keyes' claim relates to the Medical Benefits Class Settlement.

The deadline for Mr. Keyes to submit a claim to the Medical Benefits Claims Administrator is February 12, 2015, which is one year from the "Effective Date" of the Medical Benefits Settlement. The Effective Date (February 12, 2014) is the date on which the Fifth Circuit dismissed the remaining appeals to the Medical Benefits Settlement. Questions about the Medical Benefits Settlement should be directed to the Medical Benefits Claims Administrator (1-

877-545-5111 or 1-800-877-8973 [text telephone assistance]).   Additional contact information can be found at https://deepwaterhorizonmedicalsettlement.com/en-us/contactbrus.aspx.

    IT IS ORDERED that the motion of Ellis L. Keyes for summary judgment (Rec. doc. 12621) is DENIED without prejudice.

    New Orleans, Louisiana, this 7th day of April, 2014.

                                                                                       CARL J. BARBIER
                                                                                    United States District Judge