UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br><br>*Case No. 2:10-cv-8888; 2:10-cv-2771* | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record:

The Court having read and considered argument of counsel and being fully apprised in the premises,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel of Record filed on behalf of the Dugan Law Firm, APLC is hereby **GRANTED** and the Dugan Law Firm, APLC is hereby allowed to withdraw as counsel for the following Plaintiffs/Claimants in the above captioned case.

| Plaintiff/Claimant | Address | Rec. Doc of Short Form Joinder (10-8888) |
|---|---|---|
| A+ Fence, Roof & Remodel | 338 E. 1st Street<br>Larose, LA 70373 | 72246 |
| Randy Landry Construction, LLC | 300 Emerald Drive,<br>Thibodaux, LA 70301 | 72038 |
| Xtreme Water Vacs | 1605 Highway 182<br>Raceland, LA 70394 | 63600 |
| Ocean International d/b/a Ocean Marine Brokerage Services | 421 Highway 20<br>Schriever, LA 70395 | 71912 |

| | | |
|---|---|---|
| Ambition Printing, LLC | 405 Hialeah Avenue<br>Houma, LA 70363 | 66885 |
| Alliance Communications, Inc. | 4608 N. Bayou Black Drive<br>Gibson, LA 70356 | 42576 |

New Orleans, Louisiana this 7th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE