UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to: 2:13-cv-5373, 2:13-cv-05385, 2:13-cv-05386, 2:13-cv-05364, 2:13-cv-05365, 2:13-cv-2323, 2:13-cv-2396 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

Considering the above and foregoing Motion to Withdraw Sarah E. Spigener as Counsel of Record,

**IT IS HEREBY ORDERED** that the Motion to Withdraw Sarah E. Spigener as Counsel of Record is granted, and Sarah E. Spigener is hereby allowed to withdraw as counsel for the Plaintiffs listed in the above captioned cases. Farrell & Patel, Attorneys at Law shall continue as counsel.

New Orleans, Louisiana this 7th day of April, 2014.

_____
United States District Judge

1