UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" |
| Applies to:<br><br>No. 13-1650 | * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

Having considered Domengeaux, Wright, Roy & Edwards, LLC's Motion to Withdraw as Counsel (Rec. Doc. 12637);

IT IS ORDERED that Brian C. Colomb and the law firm of Domengeaux, Wright, Roy & Edwards, LLC be and hereby are withdrawn as counsel of record for plaintiff A.B. Dock Services, Inc. (1910 W. Summers Dr., Abbeville, LA 70510) in the referenced member case.

Because corporations must be represented by licensed counsel, the Court notes that A.B. Dock Services, Inc. eventually will need to enroll new counsel or its claims may be dismissed. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

New Orleans, Louisiana this 7th day of April, 2014.

_____
United States District Judge