UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Melancon │Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>Downs Law Group, P.A. Craig T. Downs, Jeremy Friedman, and Daniel Perez<br><br>_____<br>*Defendant(s)* | Case No.: 14-cv-657 C (2)<br><br><br><br><br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of Louisiana, I, Jeremy Friedman, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Defendants, Downs Law Group, P.A., Craig T. Downs, Jeremy Friedman and Daniel Perez, in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Florida and there are no pending disciplinary proceedings against me in any state or federal court.  A copy of the certificate of good standing is being filed herewith.

Dated: April 7, 2014

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed via service email on the 7th Day of April, 2014 to: Melancon │Rimes, Jason L. Melancon, Robert C. Rimes, Rachel Abadie 8706 Jerfferson Hwy., Suite B Baton Rouge, LA 70809 jason@melanconrimes.com; Sterbcow Law Group, LLC, Marx D. Sterbcow 1734 Prytania Street New Orleans, LA 70130.

          Respectfully Submitted,

          THE DOWNS LAW GROUP
          3250 Mary St., Suite 307
          Coconut Grove, FL 33133
          Office No.: (305) 444-8226
          Facsimile No.: (305) 444-6773
          Attorney for Defendants
          Jfriedman@downslawgroup.com

             s/ Jeremy D. Friedman
          Jeremy D. Friedman, Esq.
          Florida Bar#134643