# AFFIDAVIT OF JEREMY D. FRIEDMAN, ESQ.

**State of Florida**            )
                                            **SS**
**County of Dade**          )

      BEFORE ME, the undersigned authority, personally appeared Jeremy D. Friedman, Esq. who after being by me first duly sworn, deposes and says:

1. I, Jeremy D. Friedman, Esq. am an attorney with the law firm of Downs Law Group, P.A. I am the legal representative of Downs Law Group, P.A. This affidavit is made on the basis of my personal knowledge and belief concerning the matter of , Melancon │Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow v. Downs Law Group, P.A. Craig T. Downs, Jeremy Friedman, and Daniel Perez Case No. 14-cv-657 C (2), Eastern District Court.

2. In accordance with Local Civil Rule for the Eastern District of Louisiana 83.2.6, I hereby swear to the following information:

    A. I am in good standing of the bar(s) of the state(s) of Florida and there are no pending disciplinary proceedings against me in any state or federal court.

**FURTHER AFFIANT SAYETH NAUGHT**

State of Florida )
                            SS
County of Dade )                              _____
                                                               Jeremy D. Friedman

      The foregoing instrument was acknowledged before me this __ day of _____, 2014, by _____, who is personally known to me and who did take an oath.

_____
Notary Public
State of Florida                         My Commission Expires: _____
_
(print)