**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

Melancon │Rimes, LLC, Jason L. Melancon,          Case No.: 14-cv-657 C (2)
Sterbcow Law Group, LLC, and Marx D. Sterbcow
_____
          *Plaintiff(s)*

                    v.

Downs Law Group, P.A. Craig T. Downs, Jeremy          **ORDER FOR ADMISSION**
Friedman, and Daniel Perez                            **PRO HAC VICE**
_____
          *Defendant(s)*

          The motion for Jeremy D. Friedman, for admission to practice Pro Hac Vice in the above

captioned action is granted.

          Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

Florida; and that his contact information is as follows:

          Applicant⊘s Name: Jeremy D. Friedman

          Firm Name: Downs Law Group, P.A.

          Address: 3250 Mary St. Suite 307

          City/State/Zip: Miami, Florida 33133

          Telephone/Fax: (305) 444-8226/(305) 444-6773 (f)

          Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Downs Law Group, P.A., Craig Downs, Jeremy Friedman and Daniel Perez in the above entitled action;

          IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Eastern District of Louisiana.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules

governing discipline of attorneys.


Date: _____          _____
                                        United States District/Magistrate Judge