# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### JEREMY FRIEDMAN

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **April 14, 1998**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this April 3, 2014.*

**Clerk of the Supreme Court of Florida.**