## AFFIDAVIT OF JEREMY D. FRIEDMAN, ESQ.

**State of Florida**          )
                                          SS
**County of Dade**          )

BEFORE ME, the undersigned authority, personally appeared Jeremy D. Friedman, Esq. who after being by me first duly sworn, deposes and says:

1. I, Jeremy D. Friedman, Esq. am an attorney with the law firm of Downs Law Group, P.A. I am the legal representative of Downs Law Group, P.A, Craig Downs, Jeremy Friedman, and Daniel Perez.. This affidavit is made on the basis of my personal knowledge and belief concerning the matter of, Melancon * Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow v. Downs Law Group, P.A. Craig T. Downs, Jeremy Friedman, and Daniel Perez Case No. 14-cv-657 C (2), Eastern District Court.

2. In accordance with Local Civil Rule for the Eastern District of Louisiana 83.2.6, I hereby swear to the following information:

    A. I am in good standing of the bar(s) of the state(s) of Florida and there are no pending disciplinary proceedings against me in any state or federal court.

### FURTHER AFFIANT SAYETH NAUGHT

State of Florida )
    Broward       SS
County of ~~Dade~~ )

_____
Jeremy D. Friedman

The foregoing instrument was acknowledged before me this 8 day of April, 2014, by Jeremy Friedman who is personally known to me and who did take an oath.

_Destiny Kranenburg_
Notary Public
State of Florida                  My Commission Expires: march 26, 2017
(print) Destiny Kranenburg

DESTINY KRANENBURG
MY COMMISSION # FF 001930
EXPIRES: March 26, 2017
Bonded Thru Notary Public Underwriters