UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Melancon │Rimes, LLC, Jason L. Melancon, Sterbcow Law Group, LLC, and Marx D. Sterbcow _____ *Plaintiff(s)* | Case No.: 14-cv-657 C (2) |
| v. | |
| Downs Law Group, P.A. Craig T. Downs, Jeremy Friedman, and Daniel Perez _____ *Defendant(s)* | **ORDER FOR ADMISSION PRO HAC VICE** |

The motion for Jeremy D. Friedman, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Florida; and that his contact information is as follows:

      Applicant's Name: Jeremy D. Friedman

      Firm Name: Downs Law Group, P.A.

      Address: 3250 Mary St. Suite 307

      City/State/Zip: Miami, Florida 33133

      Telephone/Fax: (305) 444-8226/(305) 444-6773 (f)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Downs Law Group, P.A., Craig Downs, Jeremy Friedman and Daniel Perez in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Eastern District of Louisiana.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Date: _____       _____
                                                                                         United States District/Magistrate Judge