UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FIRST BANK CORPORATION<br>AND FIRST BANK AND TRUST<br><br>VERSUS<br><br>BP EXPLORATION & PRODUCTION<br>INC., BP AMERICA PRODUCTION<br>COMPANY, AND BP p.l.c. | IN ADMIRALTY<br><br>CASE NO. 2:13-1415 |

## MOTION TO AND WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, come James R. Swanson and Lara K. Richards of the law firm of Fishman Haygood Phelps Walmsley Willis & Swanson, L.L.P., who respectfully move this Court for an order permitting them to withdraw as counsel of record for Plaintiffs First Bank Corporation and First Bank and Trust.

James M. Garner and Martha Y. Curtis of the law firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C., and Gladstone N. Jones, Lynn E. Swanson, Catherine E. Lasky, and H.S. Bartlett III of the law firm of Jones, Swanson, Huddell & Garrison, LLC will remain as counsel of record in this case, and are fully prepared to represent Plaintiffs in this action. Because all other current counsel of record for Plaintiffs shall remain counsel for Plaintiffs, Mr. James Swanson's and Ms. Lara Richards' withdrawal will not prejudice Plaintiffs.

**WHEREFORE**, Movants pray that this Court grant their motion.

687164v.1

Respectfully Submitted,

*/s/ James R. Swanson*
**JAMES R. SWANSON (#18455)**
**LARA K. RICHARDS (#34054)**
FISHMAN HAYGOOD PHELPS
WALMSLEY WILLIS & SWANSON, L.L.P.
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
 Facsimile: (504) 586-5250
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252

## CERTIFICATE

I hereby certify that on April 8, 2014, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/James R. Swanson*

687164v.1