UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FIRST BANK CORPORATION AND FIRST BANK AND TRUST<br><br>VERSUS<br><br>BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP p.l.c. | IN ADMIRALTY<br><br>CASE NO. 2:13-1415 |

## **PROPOSED ORDER**

Considering the foregoing Motion to Withdraw Counsel of Record, it is hereby ordered that the motion is GRANTED.

It is further ordered that the Clerk of Court remove James R. Swanson, Louisiana Bar No. 18455, and Lara K. Richards, Louisiana Bar Roll No. 34054, as counsel for Plaintiffs First Bank Corporation and First Bank and Trust from all future ECF filings.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____

J U D G E

687164v.1