IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br><br> SECTION: J |
| This Document Applies to: No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | * * * * | Honorable CARL J. BARBIER <br><br> Magistrate Judge SHUSHAN |

**CHRISTINE REITANO'S SUPPLEMENTAL EXHIBIT TO
UNCONTESTED MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, and reserving each and all rights constitutionally and legislatively provided to all litigants in general and Ms. Reitano, in particular, in the District Courts of the United States of America to proper and sufficient notification, service and citation, including also, but not limited to her specific right to dismissal of these proceedings as they may apply to her pursuant to her previously filed and unopposed Motion to Dismiss which has not been set for hearing nor has it been decided, comes Christine Reitano, who respectfully represents:

1.

Christine Reitano filed her Motion to Dismiss and accompanying memorandum on October 17, 2013. (Document No. 11683 and 11683-1). The matter has not been set for hearing and no opposition to the Motion to Dismiss has been filed. Indeed, there is no legitimate "party" to these proceedings who would be entitled to advocate a position in opposition to the Motion to Dismiss.

2.

On March 7, 2014, Ms. Reitano filed a Motion for Entry of Order Granting Christine Reitano's Uncontested Motion to Dismiss. (Document No. 12467). The Court has taken no action on the uncontested Motion to Dismiss or the Motion for Entry of Order Granting the Uncontested Motion to Dismiss. Both motions remain in an unexplained limbo.

3.

After March 7, 2014, SM Freeh apparently decided that if he had someone deliver his six month old "Report" (Document No. 11287) and a copy of the six month old Order of this court (Document No. 11288) it might cure the inherent defects in the manner in which these proceedings were begun as they relate to Ms. Reitano. So, SM Freeh had someone deliver to Ms. Reitano's home a copy of the referenced documents on or about March 27, 2014. Then, SM Freeh had the "server" file a so-called "return" into the record. (Document No. 12646-1)

4.

Unfortunately for SM Freeh, his delivery of the report and the expired Order do not satisfy any one of the legal requirements of the Constitution of the United States or the Federal Rules of Civil Procedure. SM Freeh's belated efforts fail to cure anything and this fact was noted in Ms. Reitano's Opposition and Objection to "Service" of Papers as Insufficient, Defective and Non-Curative, filed on April 7, 2014. (Document Nos. 12646 and 12646-1).

WHEREFORE, CHRISTINE REITANO submits Document Nos. 12646 and 12646-1 as supplemental exhibits to her unopposed Motion to Dismiss which has been ripe for decision in her favor for several months. A copy of this filing and the supplemental exhibits will be delivered to the chambers of the presiding judge.

Respectfully Submitted:

_/s/ Mary Olive Pierson_

Mary Olive Pierson, La. Bar No. 11004
8702 Jefferson Highway, Suite B (70809)
Post Office Box 14647
Baton Rouge, LA 70898
(225) 927-6765 - Telephone
(225) 927-6775 - Facsimile
mop@mopslaw.com - Email
*Counsel for Christine Reitano*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Christine Reitano's Supplemental Exhibit to Uncontested Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 8th day of April, 2014.

_/s/ Mary Olive Pierson_
Mary Olive Pierson