IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | C.A. NO. 2:10-mdl-02179<br><br>SECTION: J |
| This Document Relates to Case No. : 2:11-cv-453 | § § § § | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF DISMISSAL WITH PREJUDICE OF CLAIMS OF CHARLES COCHRAN

To The Honorable United States District Court:

COMES NOW Plaintiff, Charles Cochran, and files this Notice of Dismissal With Prejudice, stating that all claims, causes of action asserted, or which could have been asserted, by or on behalf of Plaintiff, against the above Defendants and Intervening Defendants in this litigation have been fully and finally resolved and settled and, as such, Plaintiff hereby dismisses his claims with prejudice.

Respectfully submitted:

BEST KOEPPEL TAYLOR

By: _____*/s/ Laurence E. Best*_____
Laurence E. Best - #3012
Peter S. Koeppel - #1465
Brian A. Gilbert - #21297
2030 St. Charles Avenue
New Orleans, LA 70130
Telephone:  (504) 598-1000
Facsimile:   (504) 524-1024
**COUNSEL FOR  CHARLES COCHRAN**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System and by electronically uploading a copy of the foregoing to the Lexis Nexis File & Serve system in accordance with Pretrial Order No. 42 and the procedures established in MDL 2179 on this 9th day of April 2014.

                        */s/ Frank A. Piccolo*
                        Frank A. Piccolo