## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | SECTION J |
| Of Mexico, on April 20, 2010 | JUDGE BARBIER |
| Applies to:  *All Cases* | MAG. JUDGE SHUSHAN |

### AMENDED ORDER

**[Regarding Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court]**

The March 25, 2014 order provided that:

Both BP and Class Counsel are instructed to promptly take all necessary steps to destroy all data in their possession relating to claims in which a Denial Notice or an Eligibility Notice has not been issued. **Within thirty (30) days of entry of this Order** they shall file a certification of the steps they have taken and certify that all such data has been destroyed.

Rec. doc. 12591 at 2 (Emphasis in original).  The deadline for the certification is Thursday, April 24, 2014.  BP and Class Counsel request an additional 30 days to complete the required steps and provide the certification.  They agree that during the extended certification period they will not access data bases with pre-determination information for any reason.

IT IS ORDERED that the March 25, 2014 order (Rec. doc. 12591) is AMENDED and by **Tuesday, May 27, 2014**,[1] BP and Class Counsel shall file a certification of the steps they have taken and certify that all data in their possession relating to claims in which a Denial Notice or an Eligibility Notice has not been issued has been destroyed.

New Orleans, Louisiana, this 10th day of April, 2014.

_____
CARL J. BARBIER
United States District Judge

---

[1] A 30 day extension falls on Saturday, May 24, 2014, and Monday, May 26, is Memorial Day.