UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDDIE BOETTNER | IN ADMIRALTY |
| VERSUS | CASE NO. 2:13-1463 |
| BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP p.l.c. | |

## PROPOSED ORDER

Considering the foregoing Motion to Withdraw Counsel of Record, it is hereby ordered that the motion is GRANTED.

It is further ordered that the Clerk of Court remove James R. Swanson, Louisiana Bar No. 18455, and Lara K. Richards, Louisiana Bar Roll No. 34054, as counsel for Plaintiff Eddie Boettner from all future ECF filings.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____

J U D G E

688142v.1