UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO: 2179<br><br>SECTION: J |
| Relates to: 2:14-cv-657 | ) ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

### NOTICE OF APPEARANCE

Jeremy D. Friedman, of the Downs Law Group, hereby files his Notice of Appearance for Downs Law Group, P.A., Craig T. Downs, Jeremy D. Friedman, and Daniel Perez in the above styled case. This appearance is limited to contesting the jurisdiction of the Court and venue of the proceedings as to hearing and ruling upon the Plaintiffsø Complaint to Conduct Discovery, for Damages, and for other Equitable Relief. Jeremy D. Friedman, Esq. is currently a member in good standing of the Southern District of Florida and Middle District of Florida and further a member in good standing of the Florida Bar.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been electronically filed with Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing to all parties of record on or about the date as set forth above.

I HEREBY CERTIFY that the above was sent via U.S. Mail on this 10th day of April, 2014 to: Melancon │Rimes, Jason L. Melancon, Robert C. Rimes, Rachel Abadie 8706 Jerfferson Hwy., Suite B Baton Rouge, LA 70809 jason@melanconrimes.com; Sterbcow Law Group, LLC, Marx D. Sterbcow 1734 Prytania Street New Orleans, LA 70130.

        Jeremy D. Friedman, Esq.
        The Downs Law Group, PA
        3250 Mary Street, Suite 307
        Coconut Grove, FL 33133
        (305) 444-8226
        Attorney for Claimants

        __/s/ Jeremy Friedman____
        Jeremy D. Friedman
        Florida Bar # 134643