UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOM LEONHARD and<br>JAN LEONHARD<br><br>VERSUS<br><br>BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP p.l.c. | IN ADMIRALTY<br><br>CASE NO. 2:13-1242 |

## PROPOSED ORDER

Considering the foregoing Motion to Withdraw Counsel of Record, it is hereby ordered that the motion is GRANTED.

It is further ordered that the Clerk of Court remove James R. Swanson, Louisiana Bar No. 18455, and Lara K. Richards, Louisiana Bar Roll No. 34054, as counsel for Plaintiffs Tom Leonhard and Jan Leonhard from all future ECF filings.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____

J U D G E

688143v.1