UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970. Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LIONEL SUTTON'S MOTION FOR DISCOVERY REGARDING EXPEDITED CLAIMS

NOW COMES Lionel H. Sutton III, appearing in proper person, to move this Court, pursuant to FRCP 53 and all principles of Due Process, to order production of discovery from the Claims Administrator of all information regarding expediting the payment of claims. Special Master Louis Freeh has specifically recommended to this Court that Sutton be criminally prosecuted and disqualified from representing claimants based on Sutton's alleged conduct in expediting the payment of claims. As set forth in Mover's memorandum, Mover has reason to believe that a large number of claims were expedited by the Claims Administrator and/or its Vendors. Given the Special Master's allegations and recommendations against Mover, said documents are particularly relevant to Mover's defense..

Respectfully submitted,

_____
Lionel H. Sutton, III *in proper person*
Bar No. 20386
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Ph. (504) 592-3230
Fx. (504) 585-1789

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by electronic means, including the CM/ECF system.

NEW ORLEANS, LOUISIANA this 11th day of April, 2014.

Lionel H. Sutton, III