UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970. Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Lionel H. Sutton's Motion for Discovery Regarding Expedited Claims, **IT IS HEREBY ORDERED** that:

1) The Motion for Discovery Regarding Expedited Claims is GRANTED; and

2) The Claims Administrator shall produce all documents requested by Lionel Sutton in the Motion for Discovery Regarding Expedited Claims by _____.

Respectfully submitted,

Lionel H. Sutton, III *in proper person*
Bar No. 20386

935 Gravier St., Ste. 1910
New Orleans, LA 70112
Ph. (504) 592-3230
Fx. (504) 585-1789