IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by | * | MDL NO. 2179 |
|   the Oil Rig "Deepwater Horizon" | * | |
|   in the Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | |
|   *Center for Biological Diversity, Inc. v. BP* | * | Honorable CARL J. BARBIER |
|   *America Inc., et al.*, Nos. 2:10-cv-01768 & | * | |
|   2:10-cv-02454 | * | Magistrate Judge SHUSHAN |
| | * | |
| | * | |

## BP PARTIES' MOTION FOR LEAVE TO ANSWER THE AMENDED COMPLAINT

Defendants BP America Inc. and BP Exploration & Production Inc. (collectively "BP") hereby move for leave to file the accompanying Answer to the Amended Complaint (attached as Exhibit A).

Plaintiff's case, which returned to this Court after the Fifth Circuit affirmed dismissal of all but one claim (which is the subject of BP's forthcoming summary judgment motion), falls within pleading Bundle D1.  *See* Pretrial Order No. 11 ("PTO" 11), Rec. Doc. 569 (Oct. 19, 2010).  As this Court clarified in a subsequent order, "[a]ll individual petitions or complaints that fall within Pleading Bundles B1, B3, D1, or D2, whether pre-existing or filed hereafter, are stayed until further order of the Court."  PTO 25, Rec. Doc. 983, at ¶ 8 (Jan. 12, 2011).  In general, PTO 25 precludes defendants from filing answers to individual complaints.  *See* Rec. Doc. 1981, at 4 (Apr. 15, 2011) ("[D]efendants are precluded from filing answers or any other responsive pleadings in the individual member cases.").

This Court granted BP's motion to dismiss — filed in lieu of an answer — the Plaintiff's claims on January 16, 2011.  *See* Rec. Doc. 2784.  On Plaintiff's motion and after consultation at a status conference with BP following the Fifth Circuit remand, this case was set for discovery

and for simultaneous summary judgment briefing. *See* Rec. Doc. 12090 (Jan. 6, 2014). In connection with the progression of this case, which is clearly now no longer stayed, BP wishes to file an answer that sets out its full array of legal defenses to the single claim that remains live on remand.

Given this Court's January 6, 2014 Order, seeking leave to file an answer is likely unnecessary, but out of an abundance of caution given PTO 25 and the April 15, 2011 Order, BP files this Motion along with the accompanying Answer. BP has conferred with the other parties and can represent that Transocean consents to BP filing its Answer; Plaintiff was not able to express a position at this time.

Date: April 11, 2014

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
richard.godfrey@kirkland.com
andrew.langan@kirkland.com

Joel M. Gross
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004
Telephone: (202) 942-5705
Facsimile: (202) 942-5999

Kerri L. Stelcen
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 715-1047
Facsimile: (212) 715-1399

Respectfully Submitted,

/s/ Don K. Haycraft
Don K. Haycraft
Devin C. Reid
LISKOW & LEWIS LLP
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 556-4128
Facsimile: (504) 556-4108
dkhaycraft@liskow.com
dcreid@liskow.com

Jeffrey Bossert Clark
Joseph A. Eisert
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com
joseph.eisert@kirkland.com
dominic.draye@kirkland.com

**ATTORNEYS-IN-CHARGE FOR DEFENDANTS BP AMERICA INC. AND BP EXPLORATION & PRODUCTION INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of April, 2014.

                                                  /s/ Don K. Haycraft_____
                                                  Don K. Haycraft