IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by** | * | **MDL NO. 2179** |
| the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico, on April 20, 2010 | * | **SECTION J** |
| | * | |
| **This document relates to:** | * | |
| *Center for Biological Diversity, Inc. v. BP* | * | **Honorable CARL J. BARBIER** |
| *America Inc., et al.*, Nos. 2:10-cv-01768 & | * | |
| 2:10-cv-02454 | * | **Magistrate Judge SHUSHAN** |
| | * | |
| | * | |

## [PROPOSED] ORDER

The Court has considered the BP Parties' Motion for Leave to Answer the Amended Complaint;

The Court ORDERS that BP's Motion is GRANTED and the Answer attached as Exhibit A shall be filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2014

_____