UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL No. 2169 |
| "Deepwater Horizon" in the Gulf | Section J |
| Of Mexico, on April 20, 2010 | Judge Barbier |
| Applies to: *No. 12-970,* Bon Secour Fisheries, Inc., et al v. BP Exploration& Production Inc., et al | Magistrate Judge Shushan |

## ORDER

**[Regarding Sutton's Motion for Discovery on Expedited Claims (Rec. doc. 12663)]**

Glen Lerner's motion for discovery regarding expedited claims was denied. Rec. doc. 12634. Lionel Sutton seeks similar discovery regarding expedited claims. The discovery sought by Mr. Sutton is unrelated to the recommendations made by the Special Master concerning Mr. Sutton in the report of September 6, 2013. Rec. doc. 11287. Accordingly,

IT IS ORDERED that Mr. Sutton's motion for discovery on expedited claims (Rec. doc. 12663) is DENIED.

New Orleans, Louisiana, this 14th day of April, 2014.

_____
SALLY SHUSHAN
United States Magistrate Judge