UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL NO. 2179; SECTION J |
| This document relates to: | ) ) | JUDGE CARL J. BARBIER |
| 12-970, *Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc.;* cases within Pleading Bundle B1 | ) ) ) ) ) | MAG JUDGE SHUSHAN |
| and All Civil Actions, including 12-2953, 12-964 and 10-2771 | ) ) ) | Oral Argument Requested |

## MOTION FOR REIMBURSEMENT OF 6% HOLD-BACK FEES IMPROPERLY WITHHELD FROM GCCF-RELATED SETTLEMENT OFFERS

COME NOW clients with Gulf Cost Claims Facility ("GCCF") claims represented by the law firm of Brent Coon & Associates ("BCA clients" and "BCA law firm"), as hereby joined with the Becnel Law Firm, Elizabeth A. Citrin, P.C., Chau Law Firm, David Kraus Law Firm, Lanier Law Firm and Wallace J.D. Weylie Law Firm, to respectfully move this Court to enforce reimbursement of 6% hold-back fees improperly withheld from: (1) the 60% of Total Final Payment Offers for GCCF claims associated with the Transition Claims Process in accordance with its Refund of Transition Payment Order (Doc. 7660), (2) GCCF settlement offers made before February 26, 2012 under its March 8, 2012 Transition Process Order (Doc. 5995), (2) final GCCF settlement offers not associated with MDL 2179 in accordance with its January 18, 2012 Order (Doc. 5274), and (3) interim GCCF settlement offers associated with MDL 2179 that did not profit from common benefit work of the Plaintiffs Steering Committee ("PSC").

The intervention being sought by the Court includes a request for enforcement of its prior orders regarding the prompt refund of 6% in hold-back fees.  As such this motion is not related

to issues associated with "Final Policy 495: Business Economic Loss Claims: Matching Revenues and Expenses" which addresses new frameworks for "matching" revenue and expenses needed for determining which lost profits should be awarded as compensation to business claimants.

The BCA law firm is lead counsel for dozens of law firms and affiliates associated with the April 2010 *Deepwater Horizon* oil spill and as such retains their broad level of support regarding this motion.  In addition, the BCA law firm has circulated this motion to hundreds of law firms via a communication network also associated with this litigation and have offered a general voice in support.

For the reasons set forth in their attached memorandum in support, the BCA clients are entitled to a refund of 6% in hold-back fees improperly deducted from their GCCF-related final payment offers. This Court has ample authority to require a refund of the fees under the Economic and Property Damages Settlement Agreement ("Settlement Agreement").  Consent of the parties has been sought. BP has not responded to date, while Class Counsel believes "that determination of any entitlement to or award of potential common benefit fees is premature."

Dated:  April 15, 2014

Respectfully submitted,

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

*Attorney for BCA Clients*

As Joined by the Following:

/s/ Salvadore Christina, Jr.
Salvadore Christina, Jr.
(Bar No. 27198)
Daniel E. Becnel Jr.
(LA Bar No. 2926)
106 W. 7th Street, P. O. Drawer H
Reserve, LA 70084
(985) 536-1186
(985) 536-6445 Fax
E-mail:  dbecnel@becnellaw.com

/s/ Elizabeth A. Citrin
Elizabeth A. Citrin,
(MS Bar No. 101368)
Elizabeth A. Citrin, P.C.
28311 North Main Street
Daphne, AL  36526
Phone:  (251) 626-8808
Fax:  (251) 626-8868
E-mail:  elizabeth@elizabethcitrin.com

/s/ Jennifer Kim Chau
Jennifer Kim Chau
(TEXAS BAR NO. 24069094)
The Chau Law Firm
723 Main Street, Suite 1015
Houston, Texas 77002
Phone: (281) 888 – 7982
Facsimile: (281) 764 – 6799

/s/ David Kraus
David Krause
(Mississippi Bar #101188)
David Kraus Law Firm
P.O. Box 646
Ocean Springs, MS 39566
1211 Government Street
Ocean Springs, MS 39564
Phone: (228) 235-1587
E-mail:  krause@law-dog.com

/s/ Charles F. Herd Jr.
Charles F. Herd, Jr.
(State Bar No. 09504480)
THE LANIER LAW FIRM, P.C.
6810 FM 1960 West
Houston, TX 77069
Telephone: (713) 659-5200
Facsimile: (713) 659-2204

/s/ Wallace J.D. Weylie
Wallace J.D. Weylie
Weylie Law Group, P.A.
5029 Central Avenue
St. Petersburg, FL 33710
Telephone: (727) 698-6515
Facsimile: (855) 685-5316