**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: Oil Spill by the Oil Rig "Deepwater Horizon"**
**in the Gulf of Mexico, on April 20, 2010**

**MDL NO. 2179; SECTION J**

# ATTACHMENT A

(Brent Coon & Associates Clients Requesting 6% Hold-Back Reimbursements

ATTACHMENT A:  BRENT COON & ASSOCIATES CLIENTS REQUESTING 6% HOLD-BACK REIMBURSEMENTS

| GCCF/DHECC Claimant # | SSN | Company / Last Name | First Name | FID | Amount | Received | Client Ck# | 6% HOLD BACK Amount |
|---|---|---|---|---|---|---|---|---|
| 1005103/100014978 | | BEACH RESORT INVESTMENT | | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1136241/100040848 | | CAPTAIN DAVES SEAFOOD MARKET | | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1021070/100035347 | REDACTED | LE | NHAC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1070775/100038448 | | TOLBERT ENTERPRISES | | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1079066/100038897 | REDACTED | PHAM | JOSEPH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1102895/100039835 | REDACTED | LY | PHUC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3352478/100038435 | | MADISONS | | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3506831/100030751 | | FISHERMANS REEF - VRB | | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3504595/100029793 | REDACTED | FIELDS | TED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3414375/100041796 | REDACTED | NGUYEN | DUNG | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1166156/100040903 | REDACTED | NGUYEN | TONY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1132791/100040852 | REDACTED | DANG | THANH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3142551/100041164 | REDACTED | DINH | CHU | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3169140/100037211 | | SARTINS WEST | | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1100411/100039838 | REDACTED | NGUYEN | NGU | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3451062/100041911 | REDACTED | RILEY | MARK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1084383/100039181 | REDACTED | TRAN | MY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3406313/100041810 | REDACTED | PHAM | CODY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3352112/100081194 | | FARMER BOYS CATFISH KITCHENS INTL | | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3313091/100041546 | REDACTED | VO | TON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3402447/100041819 | REDACTED | TRAN | KEVIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

ATTACHMENT A:  **BRENT COON & ASSOCIATES CLIENTS REQUESTING 6% HOLD-BACK REIMBURSEMENTS**

| GCCF/DHECC Claimant # | SSN | Company / Last Name | First Name | FID | Amount | Received | Client Ck# | 6% HOLD BACK Amount |
|---|---|---|---|---|---|---|---|---|
| 3181138/100041254 | REDACTED | TRAN | JOHNNY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3414867/100041794 | REDACTED | BRANAN | WILLIAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3522046/100042177 | REDACTED | DONOIAN | JOSEPH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3504595/100029793 | REDACTED | FIELDS | TED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1123277/100040802 | REDACTED | NGUYEN | UT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1120716/100040776 | REDACTED | TOLBERT | PATRICIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1113744/100119194 | REDACTED | PHAM | HOI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3316946/100119210 | REDACTED | PHAM | ICH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3072658/100113358 | REDACTED | ROSS | DANIEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3578588/100112471 | REDACTED | NGUYEN | TRAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3123193/100119556 | REDACTED | CATES | BESSIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3142551/100041164 | REDACTED | DINH | CHU | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1020093/100119214 | REDACTED | Nguyen | DANNY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1094829/100119200 | REDACTED | NGUYEN | VUI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1106421/100119198 | REDACTED | TRAN | CHRIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3310035/100112464 | REDACTED | PHAM | AN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3146106/100119199 | REDACTED | NGUYEN | NGHIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3508274/100112447 | REDACTED | MAI | DUY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3114286/100119204 | REDACTED | FOY | MAURICE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3384872/100041763 | REDACTED | ROBINSON | RUSSELL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3167998/100041289 | REDACTED | DO | MINH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3307179 | REDACTED | DUONG | VAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3542633/100042266 |  | RAJABI-MUGADAM | OLEG | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3437085 | REDACTED | LOPEZ-ORTIZ | DARLIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1120716/100040776 | REDACTED | TOLBERT | PATRICIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

ATTACHMENT A:  BRENT COON & ASSOCIATES CLIENTS REQUESTING 6% HOLD-BACK REIMBURSEMENTS

| GCCF/DHECC Claimant # | SSN | Company / Last Name | First Name | FID | Amount | Received | Client Ck# | 6% HOLD BACK Amount |
|---|---|---|---|---|---|---|---|---|
| 1070775/100038448 |  | TOLBERT ENTERPRISES |  | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1005103/100014978 |  | BEACH RESORT INVESTMENT |  | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3566164/100042538 | REDACTED | HOANG | JOHN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1102895/100039835 | REDACTED | LY | PHUC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1123277/100040802 | REDACTED | NGUYEN | UT VAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3375268 | REDACTED | PHAN | THUY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3311657/100041555 | REDACTED | DO | DE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1166156/100040903 | REDACTED | NGUYEN | TONY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3262342/100041458 | REDACTED | SMITH | CYNTHIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1025228/100014975 |  | SEA CHAMPS SEAFOOD |  | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3414375/100041796 | REDACTED | NGUYEN | DUNG | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3226662/100012433 | REDACTED | DANEAULT | RICK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3441645/100041930 | REDACTED | SCOTT | JAMES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1038708/100036770 | REDACTED | BUI | PHONG | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3425208/100041866 | REDACTED | THOMPSON | GERARD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1040757/100036769 | REDACTED | NGUYEN | JIMMY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1025614/100035339 |  | T&J MARINE |  | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3008437/100040979 | REDACTED | HOANG | HOAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3504595/100029793 | REDACTED | FIELDS | TED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3238148/100041425 | REDACTED | ALVARDO | JOAQUIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3330996/100041603 | REDACTED | LAM SIMONS | UYEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3317336/100038454 | REDACTED | NGUYEN | TIEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1148230/100040824 | REDACTED | VONGPANYA | KAREN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3419373/100037951 | REDACTED | MCCUMBERS | DAVID | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1100411/100039838 | REDACTED | NGUYEN | NGU | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

ATTACHMENT A:  **BRENT COON & ASSOCIATES CLIENTS REQUESTING 6% HOLD-BACK REIMBURSEMENTS**

| GCCF/DHECC Claimant # | SSN | Company / Last Name | First Name | FID | Amount | Received | Client Ck# | 6% HOLD BACK Amount |
|---|---|---|---|---|---|---|---|---|
| 1134864/100036685 | REDACTED | TRUONG | THEM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1073753/100035466 | REDACTED | SANDERS | PAUL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1027240/100035337 | | TL&S | | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 1066700/100030768 | REDACTED | MOSES | WILLIAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3231611/100033564 | REDACTED | HA | DUONG | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 3406313/100041810 | REDACTED | PHAM | CODY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

ATTACHMENT A:  **CLIENTS REQUESTING 6% HOLD-BACK REIMBURSEMENTS – JOINED FIRMS**

| GCCF/DHECC Claimant # | Claimant Name | Associated Law Firm |
|---|---|---|
| DWH Claimant ID 100095959 | | Becnel Law Firm |
| DWH Claim ID 145295 | | Becnel Law Firm |
| DWH Claim ID 139227 | | Becnel Law Firm |
| DWH Claim ID 139208 | | Becnel Law Firm |
| GCCF Claimant No. 1131768 | | Becnel Law Firm |
| No. 3152584 | | Chau Law Firm |
| No. 3223760 | | Chau Law Firm |
| GCCF Claim No. 1147713 | Kim Chi Thai | David Kraus Law Firm |
| GCCF Claimant ID #3414271 | Terry Bone, LLC | Elizabeth A. Citrin P.C. |
| GCCF Claimant ID #3448071 | Kenneth Terry and Debra Bone | Elizabeth A. Citrin P.C. |
| GCCF Claimant ID #03096767 | Julie A. Citrin | Elizabeth A. Citrin P.C. |
| Claim # 100035267; GCCF # 3520992 | John Ott | Wallace J.D. Weylie Law Firm |
| Cause No. 2010-38791; *James Hebert v. BP, PLC, BP Products North America, Inc., BP America, Inc., BJ Services Company, and SUBSEA 7 LLC*; In the 333rd Judicial District Court of Harris County, Texas. Date of Signed Settlement with BP et al.: December 29, 2011. Date of Check Issuance (of 6% hold-back) by BP to Registry of the Court: January 13, 2012. | Jimmy Ray (James) Hebert | Lanier Law Firm |

ATTACHMENT A:  **CLIENTS REQUESTING 6% HOLD-BACK REIMBURSEMENTS – JOINED FIRMS**

| GCCF/DHECC Claimant # | Claimant Name | Associated Law Firm |
|---|---|---|
| *Christopher Eldridge v. BP PLC, BP Products North America, Inc., BP America, Inc., Offshore Inland Marine & Oilfield Services, Inc., SUBSEA 7 LLC*; In the Civil County Court at Law of Galveston County, Texas; Date of Signed Settlement with BP et al.: December 28, 2011. Date of Check Issuance (of 6% hold-back) by BP to Registry of the Court: January 13, 2012. | Christopher Eldridge | Lanier Law Firm |