**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: Oil Spill by the Oil Rig "Deepwater Horizon"**
**in the Gulf of Mexico, on April 20, 2010**

**MDL NO. 2179; SECTION J**

# ATTACHMENT B

(Brent Coon & Associates Clients Requesting 6% Hold-Back Reimbursements



Deepwater Horizon Economic and
Property Damages Settlement Program
c/o Claims Administrator
P.O. Box 1439
Hammond, LA 70404-1439

Claim Number: ▓▓▓▓▓
Check Number: ▓▓▓▓▓
Check Date: ▓▓▓▓▓
Check Amount: ▓▓▓▓▓

BRENT COON & ASSOCIATES
& DUONG HA
DBA JBS PACKING CO INC
215 ORLEANS
BEAUMONT, TX 77701

**Notice of Payment of 40% of Final Payment Offer**

Dear Claimant:

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program (the "Settlement Program"). On March 8, 2012, the United States District Court for the Eastern District of Louisiana issued a First Amended Order Creating Transition Process (the "Order"), pursuant to which the Transition Process was required to pay 60% of a pending, non-expired GCCF offer, should the claimant elect to accept it.

You accepted your Final Payment Offer, and the Transition Process paid you 60% of that offer. You have since elected to receive the remaining 40% of your Final Payment Offer. The attached check represents the remaining balance of your payment from the Settlement Program arising out of damages suffered as a result of the Deepwater Horizon Incident, as defined in the Full and Final Release, Settlement, and Covenant Not to Sue (the "Release") that you signed and submitted to the Settlement Program. By signing your Release, you waived and released any claims that you have or may have in the future against any party in connection with the Deepwater Horizon Incident, except for Expressly Reserved Claims (as defined in the Release). If the 60% payment you received from the Transition Process withheld 6% pursuant to the Court's Order dated January 18, 2012 for claimants either in the MDL or having access to the MDL discovery process, this check also includes a reimbursement for that 6% amount.

This check may be presented at any banking institution in the country for payment. However, if you do not have your own bank account, the Settlement Program has made arrangements with Chase and Regions banks, which have branches located throughout the affected region in the Gulf, to assist you. For a listing of all Chase locations, you can visit the Chase website at www.Chase.com or call 1.800.935.9935 toll-free. For a listing of all Regions locations, you can visit the Regions website at www.regions.com or call 1.800.REGIONS toll-free.

The Settlement Program will report annually to federal and state taxing authorities, using IRS Form 1099 or a state form equivalent, for certain payments made. Early in the next calendar year, you will receive your copy of that form. The Settlement Program cannot provide you with tax advice. You should consult with your own tax advisor to determine the impact of any payments you receive from the Settlement Program on your individual tax situation.

For assistance or additional information, please visit our website at www.DeepwaterHorizonEconomicSettlement.com, or email us at questions@DeepwaterHorizonEconomicSettlement.com, or call us toll-free at 1-866-992-6174, TTY at 1-888-584-7624.

Sincerely,
Claims Administrator
Deepwater Horizon Economic and Property Damages Settlement Program

| | A. METHODOLOGY | |
|---|---|---|
| Methodology used to calculate Projected Revenues. | **2010:** Projected revenue was calculated based on gross revenue for the corresponding months in the prior year. | |
| | **2011:** Projected revenue was calculated based on revenue for the corresponding months in the prior year for January through April 2011. Projected revenue from May 2011 through the most recent measurement month was based on 2010 projected revenue. | |
| Loss of Income Percentage (LOI%) adjusts the calculated Lost Revenues to reflect saved or discontinued expenses (see Attachment B & C). | | |
| Additional Information from Accountant Reviewer: | | |

### B. CALCULATION OF PAST LOST EARNINGS

| | | |
|---|---|---|
| 1. | **2010 Lost Profits** (2010 Lost Revenues multiplied by the LOI% in Attachment C) | ■ |
| 2. | **2011 Lost Profits** (1/1/11 through 3/31/11 Lost Revenues multiplied by the LOI% in Attachment C) | ■ |
| 3. | **2011 Lost Profits** (4/1/11 through 12/31/11 Lost Revenues multiplied by the LOI% in Attachment B) | ■ |

### C. FINAL PAYMENT OFFER

| | | |
|---|---|---|
| 1. | **2010 Lost Profits** (From Row 1 in Section B) **Multiplied by a Future Recovery Factor of 4.00** | ■ |
| 2. | **Total Post-Spill Lost Profits** (Sum of all rows in Section B) | ■ |
| 3. | **Final Payment Amount** (The higher of Row 1 or Row 2) | ■ |
| 4. | **Less Offsets:** (The deductions for previous payments from BP or a Real Estate Fund shown below are based on the most recent data the GCCF has received from those organizations. If the amount of the deduction below has changed from that shown in a previous Determination Letter sent to you, then the data we received has changed since that previous letter.) | ■ |
| | Payments by BP | ■ |
| | Real Estate Fund Payment | ■ |
| | GCCF Emergency Payments | ■ |
| | GCCF Interim Payments | ■ |
| | Unemployment Compensation | ■ |
| 5. | **Final Payment Offer:** If your total payments exceed the amount of your Final Payment, your Final Payment will be the minimum final offer amount of $25,000.00. The GCCF calculates all of your losses based upon the financial records you have submitted. If the calculation of this claim or a later claim results in a determination of 2010 losses lower than that shown in a previous Determination Letter sent to you, your Final Payment Offer (before offsets for prior payments) will remain the same as the Final Payment Offer previously made to you. Remember, however, that this policy may change if, based upon a renewed evaluation of available data regarding the recovery of the Gulf, the GCCF makes an adjustment to the Future Recovery Factor. | ■ |
| 6. | **Accounting Preparation Expenses Incurred for the Assessment of Damages in Addition to the Final Payment Offer** | ■ |
| 7. | **Final Payment Offer Calculation** (Row 5 plus Row 6) | ■ |
| 8. | **60% of Final Payment Offer** (Row 7 multiplied by 60%) | ■ |
| 9. | **Less Deductions for Outstanding Liens** (See Attachment E for details.) | ■ |
| 10. | **Net 60% of Final Payment Offer** (Row 8 minus Row 9) | ■ |
| 11. | **Less Court-Ordered 6% Hold-Back for Common Benefit Reserve Account, if Applicable** | ■ |
| 12. | **Transitional Process Final Payment Offer** (60% of Final Payment Offer less offsets and deductions) This is the amount that you may accept now without signing a release or giving up any claims or to surrender any litigation rights. | ■ |

*Duong Ha*

# RELEASE COVER SHEET

## I. INDIVIDUAL CLAIMANT INFORMATION

| | Last | First | Middle Initial |
|---|---|---|---|
| **Name** | HOANG | HOAN | |
| **Spouse Name** | NGUYEN | YEN | |

## II. BUSINESS CLAIMANT INFORMATION

| **Name of Business:** | | | |
|---|---|---|---|
| | Last | First | Middle Initial |
| **Authorized Business Representative** | | | |
| | Title | | |
| | Last | First | Middle Initial |
| **Spouse Name:** | | | |

## III. INFORMATION ABOUT THE CLAIMANT REPRESENTATION

If the claimant is: (1) deceased; (2) a minor; or (3) incompetent and legally unable to sign for himself or herself, you must submit documentation to the Claims Administrator showing your authority to act on behalf of the claimant, if you have not already done so. See Section 4 of the Registration Form Instructions Booklet for a description of the required documentation.

| **Representative Name:** | Last | First | Middle Initial |
|---|---|---|---|
| | | | |

| **The claimant is:** | ☐ Deceased ☐ A Minor | ☐ Incompetent ☐ A Dissolved Business | ☐ Declared Bankrupt (or currently undergoing Bankruptcy Proceedings) |
|---|---|---|---|
| **Source of your authority to act as Representative for the claimant:** | ☐ Court Order ☐ Tutorship | ☐ Power of Attorney ☐ Conservatorship | ☐ Letters of Administration ☐ Guardianship ☐ Other (specify): _____ |

## IV. PAYMENT INFORMATION

| **Claimant ID:** | ███████ | **Claim Type:** | 40% Request |
|---|---|---|---|
| **Claim ID:** | ███████ | **Payment Amount:** | ███████ |

---

REL-1

Deepwater Horizon Settlement Release and Covenant Not to Sue
Page 1 of 20

Claimant ID: 100040979
Claim ID: 121363

Dear Counsel:

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program.

**This email is to advise you that on Tuesday, March 26, 2013, a wire payment was sent to your IOLTA/Escrow Account with respect to the following claimant(s):**

40% GCCF Transition Final Payment

| Claimant ID | Claim ID | Claimant Name | Award |
|---|---|---|---|
| ■■■ | ■■■ | HOAN HOANG | ■■■ |
| | | TOTAL | ■■■ |

The wire payment referenced above represents a payment to your client(s) from the Deepwater Horizon Economic and Property Damages Settlement Program (the "Settlement Program") arising out of damages suffered as a result of the Deepwater Horizon Incident, as defined in the Full and Final Release, Settlement, and Covenant Not to Sue (the "Release") that your client(s) signed and submitted to the Settlement Program. By signing the Release, your client(s) waived and released any claims that they have or may have in the future against any party in connection with the Deepwater Horizon Incident, except for Expressly Reserved Claims (as defined in the Release). Notwithstanding the submission of the Release, pursuant to the Economic and Property Damages Settlement Agreement, your client(s) have 180 days from the date of their initial payment from the Settlement Program to file additional claims.

The Settlement Program will report annually to federal and state taxing authorities, using IRS Form 1099 or a state form equivalent, for certain payments made. Early in the next calendar year, you and your client will receive a copy of that form. The Settlement Program cannot provide tax advice. You should consult with a tax advisor to determine the impact of any payments received from the Settlement Program on your clients' individual tax situations.

For additional information about the above payment(s), please call us toll-free at 1-866-992-6174, TTY at 1-888-584-7624 or email your question to Questions@deepwaterhorizoneconomicsettlement.com.

Thank you,

Deepwater Horizon Claims Center
Economic & Property Damage Claims
PO Box 1439
Hammond, LA 70404-1439
www.deepwaterhorizoneconomicsettlement.com

This communication (including any attachments) is intended for the use of the intended recipient(s) only and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

4/25/2013



Deepwater Horizon Economic and
Property Damages Settlement Program
c/o Claims Administrator
P.O. Box 1439
Hammond, LA 70404-1439

Claim Number:
Check Number:
Check Date:
Check Amount:

BRENT COON & ASSOCIATES &
CODY PHAM
215 ORLEANS
BEAUMONT, TX 77701

Notice of Payment of 40% of Final Payment Offer

Dear Claimant:

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program (the "Settlement Program"). On March 8, 2012, the United States District Court for the Eastern District of Louisiana issued a First Amended Order Creating Transition Process (the "Order"), pursuant to which the Transition Process was required to pay 60% of a pending, non-expired GCCF offer, should the claimant elect to accept it.

You accepted your Final Payment Offer, and the Transition Process paid you 60% of that offer. You have since elected to receive the remaining 40% of your Final Payment Offer. The attached check represents the remaining balance of your payment from the Settlement Program arising out of damages suffered as a result of the Deepwater Horizon Incident, as defined in the Full and Final Release, Settlement, and Covenant Not to Sue (the "Release") that you signed and submitted to the Settlement Program. By signing your Release, you waived and released any claims that you have or may have in the future against any party in connection with the Deepwater Horizon Incident, except for Expressly Reserved Claims (as defined in the Release). If the 60% payment you received from the Transition Process withheld 6% pursuant to the Court's Order dated January 18, 2012 for claimants either in the MDL or having access to the MDL discovery process, this check also includes a reimbursement for that 6% amount.

This check may be presented at any banking institution in the country for payment. However, if you do not have your own bank account, the Settlement Program has made arrangements with Chase and Regions banks, which have branches located throughout the affected region in the Gulf, to assist you. For a listing of all Chase locations, you can visit the Chase website at www.Chase.com or call 1.800.935.9935 toll-free. For a listing of all Regions locations, you can visit the Regions website at www.regions.com or call 1.800.REGIONS toll-free.

The Settlement Program will report annually to federal and state taxing authorities, using IRS Form 1099 or a state form equivalent, for certain payments made. Early in the next calendar year, you will receive your copy of that form. The Settlement Program cannot provide you with tax advice. You should consult with your own tax advisor to determine the impact of any payments you receive from the Settlement Program on your individual tax situation.

For assistance or additional information, please visit our website at www.DeepwaterHorizonEconomicSettlement.com, or email us at questions@DeepwaterHorizonEconomicSettlement.com, or call us toll-free at 1-866-992-6174, TTY at 1-888-584-7624.

Sincerely,
Claims Administrator
Deepwater Horizon Economic and Property Damages Settlement Program

---

BP Economic and Property Damages
Settlement Trust
General Claims Fund

CHASE
JPMorgan Chase Bank, N.A.
New Orleans, LA

CHECK NUMBER:
CHECK DATE:

BRENT COON & ASSOCIATES &
CODY PHAM
215 ORLEANS
BEAUMONT, TX 77701

Void After 180 Days

BY
AUTHORIZED SIGNATURE

## ATTACHMENT A: EVALUATION OF CLAIM

### A. CALCULATION OF PAST LOST PROFITS

| # | Description | Amount |
|---|---|---|
| 1. | 2010 Lost Profits | ■ |
| 2. | 2011 Lost Profits | ■ |
| 3. | Less Offsets: (The deductions for previous payments from BP or a Real Estate Fund shown below are based on the most recent data the GCCF has received from those organizations. If the amount of the deduction below has changed from that shown in a previous Determination Letter sent to you, then the data we received has changed since that previous letter.) | ■ |
|  | Payments by BP | ■ |
|  | Real Estate Fund Payments | ■ |
|  | GCCF Emergency Payments | ■ |
|  | GCCF Interim Payments | ■ |
|  | Unemployment Compensation | ■ |
| 4. | Interim Payment Amount After Offsets | ■ |
| 5. | Accounting Preparation Expenses Incurred for the Assessment of Damages and/or Job Seeking Expenses in Addition to the Interim Payment | ■ |
| 6. | Total Interim Payment Amount (Row 3 plus Row 4) | ■ |
| 7. | Less Deductions for Outstanding Liens (See Attachment B for details) | ■ |
| 8. | Net Interim Payment Amount (Row 5 minus Row 6) | ■ |
| 9. | Less Court-Ordered 6% Hold-Back for Common Benefit Reserve Account, if Applicable | ■ |
| 10. | Total Interim Payment Sent With This Letter | ■ |

### B. FINAL PAYMENT OFFER

| # | Description | Amount |
|---|---|---|
| 1. | **Final Payment Offer:** 2010 Lost Profits of $6,000.00 multiplied by a Future Recovery Factor of 4 = $24,000.00 less offsets shown in Section A.3 and A.4 above. If your total payments exceed the amount of your Final Payment, your Final Payment will be the minimum final offer amount of $25,000. The GCCF calculates all of your losses based upon the financial records you have submitted. If the calculation of this claim or a later claim results in a determination of 2010 losses lower than that shown in a previous Determination Letter sent to you, your Final Payment Offer (before offsets for prior payments) will remain the same as the Final Payment Offer previously made to you. Remember, however, that this policy may change if, based upon a renewed evaluation of available data regarding the recovery of the Gulf, the GCCF makes an adjustment to the Future Recovery Factor. | ■ |
| 2. | 60% of Total Final Payment Offer (Row 1 multiplied by 60%) | ■ |
| 3. | Less Deductions for Outstanding Liens (See Attachment B for details) | ■ |
| 4. | Net Final Payment Offer (Row 2 minus Row 3) | ■ |
| 5. | Less Court-Ordered 6% Hold-Back for Common Benefit Reserve Account, if Applicable | ■ |
| 6. | **Final Payment Offer** (60% of Final Payment Offer less offsets and deductions) This is the amount that you may accept now without signing a release or giving up any claims or having to surrender any litigation rights. | ■ |

*Cody Pham* (signature)