**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: Oil Spill by the Oil Rig "Deepwater Horizon"**
**in the Gulf of Mexico, on April 20, 2010**

**MDL NO. 2179; SECTION J**

# ATTACHMENT C

(Brent Coon & Associates Clients Requesting 6% Hold-Back Reimbursements

| | |
|---|---|
| **From:** | Robin Keator <rkeator@dhecc.com> |
| **Sent:** | Friday, April 26, 2013 5:01 PM |
| **To:** | Charlotte Chatelain; Robin Keator |
| **Cc:** | Eric |
| **Subject:** | RE: CODY PHAM - ▇▇▇▇▇▇▇ - 40% PAYMENT CHECK |

Charlotte,

I received confirmation now as to how the 6% MDL holdback is to be reimbursed to Claimants with Transition Payments. One of the Settlement vendors is handling the process of issuing 6% reimbursement, which is to be separate from the processing of DWH claim compensation. The language that went out with some payments and Notices was outdated, and we are working to have this corrected; I am very sorry for the confusion it has caused.

We have been confirming with the vendor that Claimants that received correspondence, with that outdated language, are included on the list of 6% reimbursements to be issued. Mr. Pham has been confirmed as being on this list, as well.

Thank you,

Robin

**From:** Charlotte Chatelain [mailto:Charlotte.Chatelain@bcoonlaw.com]
**Sent:** Thursday, April 25, 2013 2:07 PM
**To:** Robin Keator
**Cc:** Eric
**Subject:** CODY PHAM - ▇▇▇▇▇▇▇ - 40% PAYMENT CHECK
**Importance:** High

Robin,

I have attached a copy of our client's recent 40% Remaining requested payment check. The check itself clearly states that if his GCCF 60% payment received from the Transition Process withheld 6% that this check also includes a reimbursement for that 6% amount. This amount is not included on the check received (copy attached).

Also, the attached documentation from GCCF to our client is documentation offering his final offer at 60% payment. The GCCF documentation states that our client's 60% payment is reduced 6% by the amount of ▇▇▇▇▇ The attached documentation states that prior to his final payment offer by GCCF, our client received an interim payment which included Accounting Preparation Expenses and the payment was reduced 6% by the amount of ▇▇▇▇▇

**Total amount of GCCF documented 6% withheld is** ▇▇▇▇▇

Will you please check into the status of our client's remaining settlement funds?

1

Thank you,
Charlotte

Charlotte Chatelain
Legal Assistant
Brent Coon & Associates
215 Orleans
Beaumont, TX 77701
Main Number: 409.835.2666, Ext 1143
Direct Number: 409.951.5843
Fax Number: 409.835.1912
Email: charlotte@bcoonlaw.com
www.bcoonlaw.com

___Confidentiality Notice_____

This e-mail and any files transmitted with it is confidential and is intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately return this e-mail to the sender. Thank you.