**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: Oil Spill by the Oil Rig "Deepwater Horizon"**
**in the Gulf of Mexico, on April 20, 2010**

**MDL NO. 2179; SECTION J**

# ATTACHMENT D

(Brent Coon & Associates Clients Requesting 6% Hold-Back Reimbursements

Deepwater Horizon Economic and
Property Damages Settlement Program
c/o Claims Administrator
P.O. Box 1439
Hammond, LA 70404-1439

Claim Number: 100040802
Check Number:
Check Date:
Check Amount:

BRENT COON & ASSOCIATES &
UT VAN NGUYEN
215 ORLEANS
BEAUMONT, TX 77701

**Notice of Payment of 40% of Final Payment Offer**

Dear Claimant:

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program (the "Settlement Program"). On March 8, 2012, the United States District Court for the Eastern District of Louisiana issued a First Amended Order Creating Transition Process (the "Order"), pursuant to which the Transition Process was required to pay 60% of a pending, non-expired GCCF offer, should the claimant elect to accept it.

You accepted your Final Payment Offer, and the Transition Process paid you 60% of that offer. You have since elected to receive the remaining 40% of your Final Payment Offer. The attached check represents the remaining balance of your payment from the Settlement Program arising out of damages suffered as a result of the Deepwater Horizon Incident, as defined in the Full and Final Release, Settlement, and Covenant Not to Sue (the "Release") that you signed and submitted to the Settlement Program. By signing your Release, you waived and released any claims that you have or may have in the future against any party in connection with the Deepwater Horizon Incident, except for Expressly Reserved Claims (as defined in the Release). If the 60% payment you received from the Transition Process withheld 6% pursuant to the Court's Order dated January 18, 2012 for claimants either in the MDL or having access to the MDL discovery process, this check also includes a reimbursement for that 6% amount.

This check may be presented at any banking institution in the country for payment. However, if you do not have your own bank account, the Settlement Program has made arrangements with Chase and Regions banks, which have branches located throughout the affected region in the Gulf, to assist you. For a listing of all Chase locations, you can visit the Chase website at www.Chase.com or call 1.800.935.9935 toll-free. For a listing of all Regions locations, you can visit the Regions website at www.regions.com or call 1.800.REGIONS toll-free.

The Settlement Program will report annually to federal and state taxing authorities, using IRS Form 1099 or a state form equivalent, for certain payments made. Early in the next calendar year, you will receive your copy of that form. The Settlement Program cannot provide you with tax advice. You should consult with your own tax advisor to determine the impact of any payments you receive from the Settlement Program on your individual tax situation.

For assistance or additional information, please visit our website at www.DeepwaterHorizonEconomicSettlement.com, or email us at questions@DeepwaterHorizonEconomicSettlement.com, or call us toll-free at 1-866-992-6174, TTY at 1-888-584-7624.

Sincerely,
Claims Administrator
Deepwater Horizon Economic and Property Damages Settlement Program

