UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** ) | | **MDL NO. 2179; SECTION J** |
| **"Deepwater Horizon" in the** ) | | |
| **Gulf of Mexico, on April 20, 2010** ) | | |
| ) | | **JUDGE CARL J. BARBIER** |
| **This document relates to:** ) | | |
| ) | | **MAG JUDGE SHUSHAN** |
| **12-970,** *Bon Secour Fisheries, Inc. et al.* ) | | |
| *v. BP Exploration Production Inc.;* ) | | |
| **cases within Pleading Bundle B1** ) | | |
| ) | | |
| **and All Civil Actions, including** ) | | |
| **12-2953, 12-964 and 10-2771** ) | | |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT TO FILE UNDER SEAL ATTACHMENTS A THROUGH D RELATED TO THE BRENT COON & ASSOCIATES MOTION REQUESTING REIMBURSEMENT OF 6% HOLD-BACK FEES IMPROPERLY WITHHELD FROM GCCF-RELATED SETTLEMENT OFFERS**

On April 11, 2014, the law firm of Brent Coon & Associates ("BCA law firm") filed with the Court its Motion Requesting Reimbursement of 6% Hold-Back Fees Improperly Withheld from GCCF-Related Settlement Offers. (Doc No. 12669)  Incorporated in the motion is "Attachment A" titled "Brent Coon & Associates Clients Requesting 6% Hold-Back Reimbursements", Attachment B titled "Notice of Payment of 40% of Final Payment Offer", Attachment C (email regarding BCA law firm client Cody Pham's payment check), and Attachment D titled "Notice of Payment of 40% of Final Payment Offer".  To the extent that information within the attachments refers to or discusses specific settlement matters associated with the April 2010 BP *Deepwater Horizon* oil spill, they have been redacted to delete claimant identifying information, including the claimants' social security numbers and other claimant-specific identifying data related to GCCF settlement offers.[1]

---

[1] Pursuant to the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement (Rec. Doc. 6822), "Claims

1

The BCA law firm, representing the numerous clients listed in "Attachment A", believe that it is appropriate for some of the information in Attachments A through D to be placed in the public record and have already done so in a redacted format. (See Doc No. 12669)  However, because "Attachments A through D" contain confidential settlement information regarding details of GCCF-related settlement offers, acceptance of the GCCF offers by BCA clients, and required reimbursement amounts related to the 6% hold-back fees, the BCA law firm believes that out of respect for these individuals, it moves to file the information under seal.

WHEREFORE, the BCA law Firm respectfully prays for an Order directing that "Attachments A-D" associated with the Motion Requesting Reimbursement of 6% Hold-Back Fees Improperly Withheld from GCCF-Related Settlement Offers be filed under seal, pending further order of the Court.  The BCA law firm has filed under seal this motion and "Attachments A through D" (both redacted and un-redacted versions) and have sent them to the Court via United States Postal Service, certified mail, return receipt requested delivery.

A proposed order is submitted herewith.

Dated: April 15, 2014

Respectfully submitted,

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

*Attorney for BCA Clients*

---

Information shall be kept confidential and shall not be disclosed except as allowed by this Order or subsequent Order of the Court."

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on April 15, 2014, upon:

<u>Attorneys for the Defendants</u>:

>Richard C. Godfrey, P.C. J. Andrew Langan, P.C. Wendy L. Bloom
KIRKLAND & ELLIS LLP 300 North LaSalle Street Chicago, IL 60654
Telephone: 312-862-2000

>Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

>Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP 655 Fifteenth Street, N.W. Washington, DC 20005 Telephone: 202-879-5000

>Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000 New Orleans, LA 70139
Telephone: 504-581-7979

<u>Attorneys for Class Plaintiffs</u>:

>Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

Respectfully submitted,

/s/ Brent W. Coon

*Attorney for BCA Clients*