UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | **MDL NO. 2179; SECTION J** |
| **"Deepwater Horizon" in the** | ) | |
| **Gulf of Mexico, on April 20, 2010** | ) | |
| | ) | **JUDGE CARL J. BARBIER** |
| **This document relates to:** | ) | |
| | ) | **MAG JUDGE SHUSHAN** |
| 12-970, *Bon Secour Fisheries, Inc. et al.* | ) | |
| *v. BP Exploration Production Inc.;* | ) | |
| cases within Pleading Bundle B1 | ) | |
| | ) | |
| and All Civil Actions, including | ) | |
| 12-2953, 12-964 and 10-2771 | ) | |

**[PROPOSED] ORDER**

Considering the law firm of Brent Coon & Associates ("BCA law firm") Motion To File Under Seal Attachments A through D Related to its Motion Requesting Reimbursement of 6% Hold-Back Fees Improperly Withheld from GCCF-Related Settlement Offers filed on April 15, 2014, including the contents of "Attachments A through D", thereto, the Court directs "Attachments A through D" to be sealed and kept from the public record, and good cause therefore having been shown, **IT IS HEREBY ORDERED** that the BCA law firm's Motion is GRANTED; and it is Further **ORDERED** that "Attachments A through D" related to the Motion Requesting Reimbursement of 6% Hold-Back Fees Improperly Withheld from GCCF-Related Settlement Offers shall be kept under seal with the Court.

New Orleans, Louisiana, this __ day of April, 2014

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE