UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL NO. 2179 |
| This filing relates to: | ) ) ) | SECTION: J |
| 12-970, *Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc.;* cases within Pleading Bundle B1 | ) ) ) ) | JUDGE CARL J. BARBIER MAG JUDGE SALLY SHUSHAN |
| and All Actions, including Civil Actions 12-2953, 12-964 and 10-2771 | ) ) ) | Oral Argument Requested |

## MOTION TO EXPEDITE RESOLUTION OF REMAINING GCCF FINAL OFFERS (60/40 DEAL)

The law firm of Brent Coon & Associates ("BCA law firm"), on behalf of its clients ("BCA clients"), respectfully requests that the Court enforce its December 21, 2012 Order Granting Final Approval of the Economic and Property Damages Settlement Agreement ("Settlement Agreement"), its March 8, 2012 First Amended Order Creating Transition Process, and the Claims Administrator's April 23, 2013 policy identified as Pol-357 v3, by requiring the Court Supervised Settlement Program ("Settlement Program") to expedite processing and payment of 40% Final Offer Payments associated with Gulf Coast Claims Facility ("GCCF") settlements.

The intervention being sought by this Court includes a request for an order ensuring prompt resolution of Transition Claims and 40% Final Offer Payments associated with the GCCF. As such this motion is not related to "Final Policy 495: Business Economic Loss Claims: Matching Revenues and Expenses" which addresses new frameworks for "matching" revenue

and expenses needed for determining which lost profits should be awarded as compensation to business claimants.

The BCA law firm is lead counsel for dozens of law firms and affiliates associated with the April 2010 *Deepwater Horizon* oil spill and as such retains their broad level of support for this motion. In addition, the BCA law firm has circulated this motion to hundreds of law firms via a communication network also associated with this litigation, and have offered their general voice in support.

For the reasons set forth in their attached memorandum in support, the BCA clients are entitled to their 40% Final Offer Payments originally associated with their GCCF claims. This Court has ample authority to enforce resolution of the payments under the Economic and Property Damages Settlement Agreement ("Settlement Agreement"). Consent of the parties has been sought. BP has not responded to date. Class Counsel believes this motion "is unnecessary, as the issue is already being addressed with the Claims Administrator and the Transition Coordinator."

Dated: April 15, 2014

Respectfully submitted,

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

*Attorney for BCA Clients*