UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010

MDL NO. 2179

# Exhibit A

(MOTION TO EXPEDITE RESOLUTION OF REMAINING
GCCF FINAL OFFERS)

| Pol-357 v3 | CLAIMS ADMINISTRATOR'S APPROVED POLICY | | |
|---|---|---|---|
| **I. Profile - EXTERNAL** | | | |
| **Subject** | Payment of 40% Balance to Transition Claimants Previously Paid 60% of a GCCF Award | | |
| **Active Date** | 4/23/13 | **Policy Impact** | ☐ All Claims Regardless of Active Date<br>☑ All Claims Greater than Active Date |
| **Type of Decision** | | Claims Administrator Decision | |
| **Settlement Agreement Reference** | | | |
| **Affected Claim Types and/or Review Processes** | | Prior Payment | |
| **Superseding Information** | | Policy 357 v3 revises Policy 357 v2 on 04/23/2013 | |
| **II. Summary** | | | |

Claimants who received a 60% payment from the GCCF will "receive the greater of (a) the remaining 40% of the GCCF offer, or (b) the Economic Class Settlement Payment minus any amount previously paid by the Transition Process," as provided in Section 4.2.3.1 of the Settlement Agreement.  The Eligibility Notice will explain that the 40% amount will offset any future offers on subsequently filed claims, and that the claimant will receive an additional payment only if the amount of a future claim exceeds the 40% amount.