**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: Oil Spill by the Oil Rig "Deepwater Horizon"**
**in the Gulf of Mexico, on April 20, 2010**

**MDL NO. 2179**

# Exhibit B

**(MOTION TO EXPEDITE RESOLUTION OF REMAINING**
**GCCF FINAL OFFERS)**

# Linda Lagunzad

**To:** Jerri Stewart
**Subject:** RE: CHARLES A BROOKS - BROOKS AND SON ENTERPRISE LLC - 1116067/100040336 - 40% REQUEST

**From:** Questions [mailto:questions@dhecc.com]
**Sent:** Tuesday, July 16, 2013 11:48 AM
**To:** Charlotte Chatelain
**Subject:** RE: CHARLES A BROOKS - BROOKS AND SON ENTERPRISE LLC - 1116067/100040336 - 40% REQUEST

This is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program").

Thank you for your email.  We have received your request for the remaining 40% balance of your Transition Process Final Payment.  We will send the Release to you as soon as possible; however, there is no specific timeframe for the Release mailing

If you have additional questions about the DWH Settlement Program or need additional assistance, you may call us at our Claimant Communications Center at 1-800-353-1262, email us at Questions@DHECC.com, or visit a Claimant Assistance Center.  A complete list of the 18 Claimant Assistance Center locations can be found at the Settlement Program website: www.deepwaterhorizoneconomicsettlement.com.  For additional information regarding the use of the Portal, how to complete the Registration Form, or how to complete a Claim Form please visit: http://deepwaterhorizoneconomicsettlement.com/tutorials.php.


DWH Questions Group
Deepwater Horizon Claims Center
Questions@DHECC.com
www.deepwaterhorizoneconomicsettlement.com


This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.


**From:** Charlotte Chatelain [mailto:Charlotte.Chatelain@bcoonlaw.com]
**Sent:** Tuesday, July 16, 2013 9:38 AM
**To:** Questions; Robin Keator
**Subject:** CHARLES A BROOKS - BROOKS AND SON ENTERPRISE LLC - 1116067/100040336 - 40% REQUEST
**Importance:** High

Questions@DHECC – REQUEST FOR REMAINING GCCF 40% OF GCCF TRANSITION PROCESS PAYMENT, Robin:

State of Alabama.

1

Our BCA client, CHARLES A BROOKS – BROOKS AND SON ENTERPRISE LLC – 1116067/100040336, is requesting his remaining 40% of his GCCF transition process payment offer.  Please provide the necessary release for our client to sign to receive his GCCF 40% transition process payment.

Thank you,
Charlotte

Charlotte Chatelain
Legal Assistant
Brent Coon & Associates
215 Orleans
Beaumont, TX  77701
Main Number: 409.835.2666, Ext 1143
Direct Number: 409.951.5843
Fax Number: 409.835.1912
Email: charlotte@bcoonlaw.com
www.bcoonlaw.com

___Confidentiality Notice_____
This e-mail and any files transmitted with it is confidential and is intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately return this e-mail to the sender. Thank you.