**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010**

**MDL NO. 2179**

# Exhibit C

**(MOTION TO EXPEDITE RESOLUTION OF REMAINING
GCCF FINAL OFFERS)**

# Linda Lagunzad

**To:** Jerri Stewart
**Subject:** RE: GRANDE DESIGNER FLOORING – CHARLES HONACHER – 100038441 - REQUEST FOR REMAINING 40%

**From:** Questions DHECC [mailto:questions@dhecc.com]
**Sent:** Friday, February 15, 2013 12:33 PM
**To:** Charlotte Chatelain
**Subject:** RE: GRANDE DESIGNER FLOORING – CHARLES HONACHER – 100038441 - REQUEST FOR REMAINING 40%

*This is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program").*

Thank you for your email. We have received your request for the remaining 40% balance of your client's Transition Process Final Payment and we will send the Release to you as soon as possible; however, there is no specific timeframe for the Release mailing.

If you have additional questions about the DWH Settlement Program or need additional assistance, you may call us at our Claimant Communications Center at 1-800-353-1262, email us at Questions@DHECC.com, or visit a Claimant Assistance Center. A complete list of the 18 Claimant Assistance Center locations can be found at the Settlement Program website: http://www.deepwaterhorizoneconomicsettlement.com/. For additional information regarding the use of the Portal, how to complete the Registration Form, or how to complete a Claim Form please visit: http://deepwaterhorizoneconomicsettlement.com/tutorials.php.



**DWH Questions Group**
**Deepwater Horizon Claims Center**
Questions@DHECC.com
 http://www.deepwaterhorizoneconomicsettlement.com/

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** Charlotte Chatelain [mailto:Charlotte.Chatelain@bcoonlaw.com]
**Sent:** Friday, February 15, 2013 11:42 AM
**To:** Questions DHECC
**Subject:** GRANDE DESIGNER FLOORING – CHARLES HONACHER – 100038441 - REQUEST FOR REMAINING 40%

Our client, GRANDE DESIGNER FLOORING – CHARLES HONACHER – 100038441 is requesting their 40% balance of their Final Payment Offer.
State:  Florida

Thank you,
Charlotte

Charlotte Chatelain
Legal Assistant
Brent Coon & Associates
215 Orleans
Beaumont, TX  77701
Main Number: 409.835.2666, Ext 1143
Direct Number: 409.951.5843
Fax Number: 409.835.1912
Email: charlotte@bcoonlaw.com
www.bcoonlaw.com


___Confidentiality Notice_____
This e-mail and any files transmitted with it is confidential and is intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately return this e-mail to the sender. Thank you.