**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: Oil Spill by the Oil Rig "Deepwater Horizon"**
**in the Gulf of Mexico, on April 20, 2010**

**MDL NO. 2179**

# Exhibit E

**(MOTION TO EXPEDITE RESOLUTION OF REMAINING**
**GCCF FINAL OFFERS)**

# Linda Lagunzad

**To:** Jerri Stewart
**Subject:** RE: NADIYAH TAYLOR - 100041085

**From:** Robin Keator [mailto:rkeator@dhecc.com]
**Sent:** Tuesday, May 14, 2013 12:09 PM
**To:** Charlotte Chatelain; Robin Keator
**Subject:** RE: NADIYAH TAYLOR - 100041085

Good afternoon, Charlotte—

This Claimant is currently represented by other counsel, Danziger & De Llano, LLP, so this why access to her file was restricted. We will require an AR-1 Form or AR-11 form to indicate if the Claimant wishes to have Brent Coon & Associates represent her for all or some claim types. I have attached a copy of both forms. Once completed, they can be sent back to me directly as an attachment, and I will be happy to forward them to our Attorney Representation Team.

Thank you,

Robin

**From:** Charlotte Chatelain [mailto:Charlotte.Chatelain@bcoonlaw.com]
**Sent:** Tuesday, May 14, 2013 12:52 PM
**To:** Robin Keator
**Subject:** NADIYAH TAYLOR - 100041085

Robin,

We are unable to access our client claim on the DHECC website.  Can you please check on this for us?

Thank you,
Charlotte

Charlotte Chatelain
Legal Assistant
Brent Coon & Associates
215 Orleans
Beaumont, TX  77701
Main Number: 409.835.2666, Ext 1143
Direct Number: 409.951.5843
Fax Number: 409.835.1912
Email: charlotte@bcoonlaw.com
www.bcoonlaw.com

___Confidentiality Notice_____
This e-mail and any files transmitted with it is confidential and is intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately return this e-mail to the sender. Thank you.

2