**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010**

**MDL NO. 2179**

# Exhibit F

**(MOTION TO EXPEDITE RESOLUTION OF REMAINING
GCCF FINAL OFFERS)**

# Linda Lagunzad

| | |
|---|---|
| **From:** | Charlotte Chatelain |
| **Sent:** | Tuesday, February 04, 2014 12:33 PM |
| **To:** | ClaimForms@deepwaterhorizoneconomicsettlement.com; Robin Keator |
| **Subject:** | BROOKS AND SON ENTERPRISES LLC - 100040336 - UPDATED GEN-5 |
| **Attachments:** | BROOKS AND SON ENTERPRISES GEN-5.pdf |
| **Importance:** | High |

Claim Forms, Robin,

As requested, attached is a copy of our client's Release Incompleteness Notice as well as his updated GEN-5. I have also uploaded a copy of same thru BCA attorney portal to our client's documents.

Please let me know if you need any further to resolve our client's Release Incompleteness Notice dated 12/9/2013.

Thank you,
Charlotte

Charlotte Chatelain
Legal Assistant
Brent Coon & Associates
215 Orleans
Beaumont, TX  77701
Main Number: 409.835.2666, Ext 1143
Direct Number: 409.951.5843
Fax Number: 409.835.1912
Email: charlotte@bcoonlaw.com
www.bcoonlaw.com

___Confidentiality Notice_____
This e-mail and any files transmitted with it is confidential and is intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately return this e-mail to the sender. Thank you.

# Linda Lagunzad

| | |
|---|---|
| **From:** | noreply@deepwaterhorizoneconomicsettlement.com |
| **Sent:** | Tuesday, February 04, 2014 1:48 PM |
| **To:** | Charlotte Chatelain |
| **Subject:** | Message Notification |
| **Attachments:** | OriginalMessage.txt |

Thank you for contacting the Deepwater Horizon Claims Center, Economic & Property Damage Claims.  This confirms that the Deepwater Horizon Claims Center received the email you sent to ClaimForms@DeepwaterHorizonEconomicSettlement.com.  If your email requires a response, we will respond to you shortly.

This is an automatic reply so please do not respond to this email.

Sincerely,

Deepwater Horizon Claims Center
Economic & Property Damage Claims


PO Box 1439
Hammond, LA  70404-1439
Website:  www.DeepwaterHorizonEconomicSettlement.com
Email:  Questions@DeepwaterHorizonEconomicSettlement.com
Toll-Free:  1-866-992-6174
TTY:  1-888-584-7624

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

| **RELEASE INCOMPLETENESS NOTICE** ||||
|---|---|---|---|
| **DATE OF NOTICE: December 9, 2013** ||||
| **I. CLAIMANT AND CLAIM INFORMATION** ||||
| **Claimant Name** | Last<br>BROOKS AND SON ENTERPRISES LLC | First | Middle |
| **Claimant ID** | 100040336 | **Claim ID** | 224010 |
| **Claim Type** | 40% Request |||
| **Law Firm** | Brent Coon & Associates |||
| **II. INCOMPLETENESS EXPLANATION** ||||
| This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We have reviewed this claim, found it eligible for payment and cannot continue processing it because the Full and Final Release, Settlement, and Covenant Not to Sue ("Release") is incomplete according to the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP. This Notice explains the problems with your Release and explains how to correct them. We are available to help you if you have questions or need assistance. Submit the new Release or any other required documents and/or information so that we may complete the processing of your Release and pay the settlement amount. If you have already sent in these materials, let us know, for they may have come in after we did our last review. ||||
| | **WHAT YOU NEED TO SUBMIT** | **EXPLANATION** ||
| 1. | Proper documents establishing the representative's authority to sign the Release on the claimant's behalf. If you are a Business, we require a signature of an Authorized Representative and need documents that sufficiently establish that you are an authorized representative of the business. You may provide the attached Certification Form to satisfy this requirement. | The Settlement Agreement requires claimants to sign the Release personally unless there is an authorized representative with the authority to act on the claimant's behalf. The Release is not signed by the claimant and you did not submit documents establishing your authority to act on the claimant's behalf. ||
| **III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP** ||||
| If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.** ||||
| **IV. HOW TO RESPOND TO THIS NOTICE** ||||
| If Section II of this Notice requires you to submit a Release, an *original* copy of the Release bearing the claimant's signature is required. Submit the original, hard copy signed Release by Mail, Overnight, Certified or Registered Mail, or by visiting a Claimant Assistance Center. If a Release is not required, submit any additional documentation and Forms in any of the following ways, but be sure to include your Claimant ID on all documentation and/or information you submit. ||||

| | |
|---|---|
| **By Mail:** | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail:** | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile:**<br>(Do not send Releases by facsimile. You must send an original) | (888) 524-1583 |
| **By Email:**<br>(Do not send Releases by email. You must send an original) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center:** | You may take the required information or documents to a Claimant Assistance Center. |



# DEEPWATER HORIZON CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## Certification of Authorized Business Representative

### A. Claimant Information

**Name of Business:** Brooks and Son Enterprises LLC

**DBA Name, if applicable:**

**Deepwater Horizon Settlement Program Claimant Number:** 100040336

### B. Business Representative Status

To receive payment under the Settlement Program, the claimant or authorized business representative must sign a Full and Final Release, Settlement, and Covenant Not to Sue ("Release"). The Settlement Program has been unable to verify the name and title of the signer on the Release you provided as either the claimant or an authorized business representative based on the supporting documents on file with the Settlement Program at this time.

Enter the name and title of the individual who is authorized to act on behalf of the business and has the legal authority to sign the Release, if applicable, in the section below. In order for the Settlement Program to complete approval of the submitted Release, the name and title of the individual being provided on this Certification must exactly match the name and title on the Release previously provided to the Settlement Program.

**Authorized Business Representative's Name:**
- Last Name: Brooks
- First Name: Charles
- Middle Initial:

**Title, if applicable:**

### C. Signature

By my signature below, I certify and declare pursuant to 28 U.S.C. Section 1746 that the information provided in this Certification of Authorized Business Representative is true and accurate to the best of my knowledge.

I certify that I am authorized to act on behalf of the business submitting the Release.

An attorney may sign his or her name on behalf of the claimant if the claimant has authorized the attorney in a Power of Attorney Agreement, a retainer agreement, or other document signed by the authorized business representative in which the claimant has authorized the attorney or law firm to pursue claims for the claimant arising out of the Deepwater Horizon Incident. If the attorney chooses this option, the attorney must either submit, or have already submitted, a PDF of the signed authorization from the claimant before the signature can be accepted. If the attorney does not have a signed authorization from the claimant, the attorney may use the Power of Attorney Form created by the Claims Administrator for this purpose (POA-1), which is available using the Forms section of the website, www.deepwaterhorizonsettlements.com. **We do not require signatures from both the attorney and the authorized business representative.**

As the authorized attorney, by signing below, you are certifying that you have the required written authorization from the claimant to pursue claims for the claimant arising out of the Deepwater Horizon Incident on their behalf and have submitted this authorization.

**Authorized Business Representative's Signature:** [signature]  **Date:** 1/23/2014 (Month/Day/Year)

| Printed Name, and Title | Charles Brooks | | |
|---|---|---|---|
| Attorney Signature | | Date | / / (Month/Day/Year) |
| Printed Name | | | |
| Law Firm | | | |

### D. How to Submit this Form

Submit the signed **Certification of Authorized Business Representative** in one of these ways:

| By Mail | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
|---|---|
| By Overnight, Certified or Registered Mail | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| By Facsimile | (888)524-1583 |
| By Email | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| Visit a Claimant Assistance Center | You may take the required information or documents to a Claimant Assistance Center. |

# Linda Lagunzad

| | |
|---|---|
| **From:** | Robin Keator <rkeator@dhecc.com> |
| **Sent:** | Tuesday, December 03, 2013 10:08 AM |
| **To:** | Charlotte Chatelain |
| **Subject:** | RE: BROOKS AND SON ENTERPRISES LLC - 100040336 |
| **Attachments:** | GEN-5.pdf |

Good morning, Charlotte—

They have not been able to yet accept the Release, because they are having trouble verifying the business representative's authority to sign on behalf of the business entity; this is likely due to the fact that there is no Registration Form or BEL claim form listing Mr. Brooks as the authorized business representative, given that only the 40% request was filed. The quickest way to have this resolved is to submit a Certification of Authorized Business Representative Form (attached), which allows your firm to verify the representative's capacity to sign on behalf of the business (however, the representative himself can also sign this form; both attorney *and* claimant signatures are not required). You will just need to be sure that this form is completed with Mr. Brooks' name exactly as it is signed on the Release, so there is no discrepancy.

Once this form is uploaded to his documentation—this form does need to mailed in, like the Release—this will prompt another review for Release acceptance. However, if you like, you can also follow up with me once this is done, and I can verify that the Claimant is back in review for Release acceptance.

Please let me know also if you have any questions.

Thank you,

Robin

---

**From:** Charlotte Chatelain [mailto:Charlotte.Chatelain@bcoonlaw.com]
**Sent:** Tuesday, December 03, 2013 9:35 AM
**To:** Robin Keator
**Subject:** BROOKS AND SON ENTERPRISES LLC - 100040336
**Importance:** High

Robin,

Our client has requested his remaining 40% and his original release and other documentation has been sent as well.  I checked under his documents and I do not see a "problem" but the Notice tab status states "Release incomplete" dated 9/25/2013 but there is no notice to view.

Will you please check the status of his payment?

Thanks,
Charlotte

Charlotte Chatelain
Legal Assistant
Brent Coon & Associates

1

215 Orleans
Beaumont, TX  77701
Main Number: 409.835.2666, Ext 1143
Direct Number: 409.951.5843
Fax Number: 409.835.1912
Email: charlotte@bcoonlaw.com
www.bcoonlaw.com


___Confidentiality Notice_____
This e-mail and any files transmitted with it is confidential and is intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately return this e-mail to the sender. Thank you.



- Home
- News and Developments
- Firm Administration
- Download Files
- Claimant Activity
- Reporting
- Notices
- Forms
- Payments
- Change Password / Email
- Log Off

**Events/Notices**

<< Back

### Claimant Information

| | | | |
|---|---|---|---|
| **Claimant ID:** | 100040336 | **Name:** | |
| **GCCF Claimant ID:** | 1116067 | **Business:** | BROOKS AND SON ENTERPRISES LLC |
| **Taxpayer Type:** | Business | **Address:** | 116 BROOKS LANE |
| **SSN/EIN:** | *****3841 | | BURAS LA 70041 |
| **Represented By:** | Brent Coon & Associates | **Preferred Language:** | English |
| **Portal User:** | N/A | | |

**Current Claimant Status:** Release Accepted

### Claimant Activity

| Event | Event Date | Response Deadline | |
|---|---|---|---|
| Release Accepted | 01/21/2014 | | |
| Release Incompleteness Notice | 12/09/2013 | | Events / Notices |
| Release Incomplete | 09/25/2013 | | |

Close

# Linda Lagunzad

| | |
|---|---|
| **From:** | Robin Keator <rkeator@dhecc.com> |
| **Sent:** | Wednesday, July 17, 2013 3:12 PM |
| **To:** | Charlotte Chatelain; Questions; Robin Keator |
| **Subject:** | RE: CHARLES A BROOKS - BROOKS AND SON ENTERPRISE LLC - 1116067/100040336 - 40% REQUEST |

Good afternoon, Charlotte—

We've added your request for a 40% Transition Payment, but just to be sure we have the correct information, could you please confirm the following:

**Claimant Name**:  Brooks and Son Enterprises LLC
**Claimant ID**  **(both GCCF and DWH if the Claimant has both)**
·        **DWH:** 100040336
·        **GCCF:** 1116067
**Claimant address:**

116 Brooks Lane

Buras, LA 70041

**(for this client)**
**Firm Name:**   Brent Coon & Associates
**Primary Firm Contact:** Charlotte Chatelain
**Firm Address:** 215 Orleans/Beaumont, TX/77701
**Primary Firm Email:** Charlotte.Chatelain@bcoonlaw.com


Thanks so much,

Robin

---

**From:** Charlotte Chatelain [mailto:Charlotte.Chatelain@bcoonlaw.com]
**Sent:** Tuesday, July 16, 2013 9:38 AM
**To:** Questions; Robin Keator
**Subject:** CHARLES A BROOKS - BROOKS AND SON ENTERPRISE LLC - 1116067/100040336 - 40% REQUEST
**Importance:** High

Questions@DHECC – REQUEST FOR REMAINING GCCF 40% OF GCCF TRANSITION PROCESS PAYMENT, Robin:

State of Alabama.

Our BCA client, CHARLES A BROOKS – BROOKS AND SON ENTERPRISE LLC – 1116067/100040336, is requesting his remaining 40% of his GCCF transition process payment offer.  Please provide the necessary release for our client to sign to receive his GCCF 40% transition process payment.

Thank you,

1

Charlotte

Charlotte Chatelain
Legal Assistant
Brent Coon & Associates
215 Orleans
Beaumont, TX  77701
Main Number: 409.835.2666, Ext 1143
Direct Number: 409.951.5843
Fax Number: 409.835.1912
Email: charlotte@bcoonlaw.com
www.bcoonlaw.com

___Confidentiality Notice_____
This e-mail and any files transmitted with it is confidential and is intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately return this e-mail to the sender. Thank you.