**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: Oil Spill by the Oil Rig "Deepwater Horizon"**
**in the Gulf of Mexico, on April 20, 2010**

**MDL NO. 2179**

# Exhibit I

**(MOTION TO EXPEDITE RESOLUTION OF REMAINING**
**GCCF FINAL OFFERS)**



## Claims Events/Notices

<< Back

### Claimant Information

| | | | |
|---|---|---|---|
| **Claimant ID:** | 100041488 | **Name:** | NESLER, ANGELICA |
| **GCCF Claimant ID:** | 3249357 | **Business:** | ANGELICA LEE NESLER |
| **Taxpayer Type:** | Individual | **Address:** | 212 SAGEBRUSH LOOP |
| **SSN/EIN:** | *****9685 | | FAIRHOPE AL 36532 |
| **Represented By:** | Brent Coon & Associates | **Preferred Language:** | English |
| **Portal User:** | N/A | | |

### Claim Information

| | |
|---|---|
| **Claim ID:** | 33850 |
| **Claim Type:** | Individual Economic Loss |

We have displayed Events below that allow you to track your claim through the claims review process. To view any Notice, click on the hyperlink or click the View button in the Status column. Clicking a hyperlinked Notice will take you to a screen where you will be able to view the Notice and provide a response from the available options. Notices posted using the View button do not have multiple response options, but you must respond in order for us to continue processing your claim. The View Date and User columns display the date and who first viewed the Notice. If the View Date and User columns are blank, no user has viewed the Notice.

| Event | Event Date | Response Deadline | Details | View Date | User |
|---|---|---|---|---|---|
| Claim Closed | 07/06/2013 | | | | |
| Incompleteness Denial Notice | 05/24/2013 | 06/24/2013 11:59 PM CST | | 06/14/2013 | Brittinay, Hendrickson |
| Follow-Up Incompleteness Notice | 04/12/2013 | 05/13/2013 11:59 PM CST | | 04/30/2013 | Nguyen, Tran |
| Incompleteness Notice | 03/01/2013 | 04/01/2013 11:59 PM CST | | 04/01/2013 | Sarah, Mills |
| Claims Review | 02/09/2013 | | | | |
| Claims Review | 01/16/2013 | | | | |
| Claims Review | 10/05/2012 | | | | |
| Claim Form Submitted | 07/13/2012 | | | | |

Home
News and Developments
Firm Administration
Download Files
Claimant Activity
Reporting
Notices
Forms
Payments
Change Password / Email
Log Off