**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: Oil Spill by the Oil Rig "Deepwater Horizon"**
**in the Gulf of Mexico, on April 20, 2010**

**MDL NO. 2179**

# Exhibit J

**(MOTION TO EXPEDITE RESOLUTION OF REMAINING**
**GCCF FINAL OFFERS)**



| | |
|---|---|
| Home | |
| News and Developments | |
| Firm Administration | |
| Download Files | |
| Claimant Activity | |
| Reporting | |
| Notices | |
| Forms | |
| Payments | |
| Change Password / Email | |
| Log Off | |

## Claims Events/Notices

<< Back

### Claimant Information

| | | | |
|---|---|---|---|
| **Claimant ID:** | 100041101 | **Name:** | TRAN, HUNG |
| **GCCF Claimant ID:** | 3051776 | **Business:** | |
| **Taxpayer Type:** | Individual | **Address:** | 5665 ALECE LANE |
| **SSN/EIN:** | *****9794 | | BEAUMONT TX 77713 |
| **Represented By:** | Brent Coon & Associates | **Preferred Language:** | English |
| **Portal User:** | N/A | | |

### Claim Information

| | | | |
|---|---|---|---|
| **Claim ID:** | 48971 | **Claim Type:** | Seafood Compensation Program |
| **Catch Type:** | Shrimp | **Operator Type:** | Boat Captain |

We have displayed Events below that allow you to track your claim through the claims review process. To view any Notice, click on the hyperlink or click the View button in the Status column. Clicking a hyperlinked Notice will take you to a screen where you will be able to view the Notice and provide a response from the available options. Notices posted using the View button do not have multiple response options, but you must respond in order for us to continue processing your claim. The View Date and User columns display the date and who first viewed the Notice. If the View Date and User columns are blank, no user has viewed the Notice.

| Event | Event Date | Response Deadline | Details | View Date | User |
|---|---|---|---|---|---|
| Denial Notice | 11/26/2012 | 12/26/2012 11:59 PM CST | | 11/27/2012 | Dao, Do |
| Claims Review | 09/12/2012 | | | | |
| Claim Form Submitted | 08/06/2012 | | | | |



| | **DENIAL NOTICE** | | |
|---|---|---|---|
| | **DATE OF NOTICE:** November 26, 2012 | | |
| | **DEADLINE FOR RECONSIDERATION REQUEST:** December 26, 2012 | | |
| | **I. CLAIMANT AND CLAIM INFORMATION** | | |
| **Claimant Name** | Last/Name of Business<br>TRAN | First<br>HUNG | Middle |
| **Claimant ID** | 100041101 | **Claim ID** | 48971 |
| **Claim Type** | Seafood Compensation Program | | |
| **Law Firm** | Brent Coon & Associates | | |
| **Seafood Type** | Shrimp | **Seafood Operator** | Boat Captain |
| **Vessel Name** | Dyno Mike | **Hull ID** | 1129723 |

**II. DENIAL EXPLANATION**

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We have reviewed this claim and are denying it under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement") written by Class Counsel and BP for the following reason(s):

- You are not eligible to receive compensation under the Seafood Compensation Program because the documents you submitted indicate that your employment offer for work as a Boat Captain on a Shrimping Vessel was rescinded or withdrawn for a reason other than the Spill.

**III. YOUR OPTIONS AFTER THIS NOTICE**

Because this claim has been denied, you do not have the option to resubmit it to the Settlement Program. However, you may seek Reconsideration of this claim if you believe that we failed to take into account relevant information or data or did not follow the Settlement Agreement's standards governing this claim. To request Reconsideration, you must do the following on or before the Deadline for Reconsideration Request date listed at the top of this Denial Notice: (1) complete the **Request for Reconsideration Form** accompanying this Notice or the online version available on the DWH Portal; and (2) submit all documentation you want us to consider at the same time you submit your Request for Reconsideration Form. We will close this claim if you do not submit a Reconsideration Request on or before the deadline.

If you are dissatisfied with the outcome of your Reconsideration review, you will have the right to file an Appeal; however, you must submit a timely Request for Reconsideration if you later wish to appeal. **If you do not submit a Request for Reconsideration or submit one after the deadline for doing so has passed, you will not be able to file an Appeal, and this claim will remain closed.** For a complete list of documents required to support your claim, go to **www.deepwaterhorizoneconomicsettlement.com** and review the Instructions Booklet for this claim type.

| IV. How to Contact us with Questions or For Help |
|---|
| If you have any questions about this Notice or the status of your claim(s) or for help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.** |

| V. How to Respond to this Notice |
|---|
| Submit your **Request for Reconsideration Form** online with any accompanying documents by uploading them to your DWH Portal. If you do not use the DWH Portal, you may submit your request in any of the following ways, but be sure to write your Claimant ID on the top page of all documents you submit. |

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Reconsideration Deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your deadline for Reconsideration) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |

# REQUEST FOR RECONSIDERATION FORM

**DATE OF DENIAL NOTICE: November 26, 2012**

**DEADLINE TO SUBMIT FORM: December 26, 2012**

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business<br>TRAN | First<br>HUNG | Middle |
| **Claimant ID** | 100041101 | **Claim ID** | 48971 |
| **Claim Type** | Seafood Compensation Program | | |
| **Law Firm** | Brent Coon & Associates | | |
| **Seafood Type** | Shrimp | **Seafood Operator** | Boat Captain |
| **Vessel Name** | Dyno Mike | **Hull ID** | 1129723 |

## II. REQUEST FOR RECONSIDERATION OF CLAIM

By requesting Reconsideration, you are certifying that you understand that your claim may remain denied. Submit all documentation you want us to consider along with this Reconsideration Form. Select the reason(s) you are requesting Reconsideration from the options below.

☐ Failure to take into account relevant information or data

☐ Failure to follow the standards in the Settlement Agreement

Explain (You may attach additional sheets if necessary):

## III. HOW TO SUBMIT THIS FORM

Submit your **Request for Reconsideration Form** online with any accompanying documentation by uploading them to the DWH Portal. If you do not use the DWH Portal, you may submit your request in any of the following ways on or before your Reconsideration deadline:

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Reconsideration Deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your deadline for Reconsideration) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |

| | |
|---|---|
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |