IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to All cases | * * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## MOTION TO ESTABLISH AUDIT COMMITTEE AND APPOINT ITS THREE MEMBERS

In accordance with his March 18, 2014 letter to the Court, copy attached to the accompanying memorandum as Exhibit "1", the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement Office (the "Settlement Agreement") and the Deepwater Horizon Court Supervised Settlement Program ("CSSP") respectfully submits this motion for the Court to appoint three independent professionals to serve the CSSP as a claims audit advisory committee (the "Audit Committee").  In particular, the Claims Administration Office ("CAO") requests that P. Raymond Lamonica be selected as the chairman of the Audit Committee and Lloyd A. Tate and Dr. Larry Crumbley be selected as the two other members, all to be compensated through the CSSP Administrative Fund at such rates and on such terms as the Claims Administrator reasonably determines.  This Audit Committee will, among other things, make recommendations to the CAO for improvements to the CSSP and will recommend an efficient internal Quality Assurance/Quality Control ("QA/QC") process.  The background for this request, the manner in which the Audit Committee would function, and additional information on the proposed members are set forth in the attached memorandum.

1

WHEREFORE, the Claims Administrator respectfully requests that the Court grant its motion and appoint the three recommended Audit Committee members.

Respectfully submitted,

/s/ *Gina M. Palermo*
    Richard C. Stanley, 8487
Jennifer L. Thornton, 27019
Gina M. Palermo, 33307
    Of
STANLEY, REUTER, ROSS
  THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone:  (504) 523-1580
Facsimile:  (504) 524-0069

*and*

    Phillip A. Wittmann, 13625
John M. Landis, 7958
Maggie A. Broussard, 33033
    Of
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

*Attorneys for Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his capacity as Claims Administrator and Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2014, I electronically filed the foregoing Response with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    /s/ _Gina M. Palermo

3