**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

**Patrick A. Juneau**
*Claims Administrator*

March 18, 2014

Honorable Carl J. Barbier
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: <u>Deepwater Horizon Economic and Property Damages Settlement Agreement</u>

Dear Judge Barbier:

The purpose of this letter is to request that the Court appoint three independent professionals to serve the Court Supervised Settlement Program ("CSSP") as a claims audit advisory committee (the "Audit Committee"). The background for this request, the manner in which the Audit Committee would function and the identities of the proposed committee members are set forth below.

Background

The Deepwater Horizon Economic and Property Damages Settlement Agreement (the "Settlement Agreement") and the Deepwater Horizon Economic and Property Damages Trust Agreement (the "Trust Agreement") provide only a financial audit of the CSSP. (*See* Trust Agreement at ¶¶4.5, 4.6) That audit work currently is being performed by CliftonLarsonAllen LLP ("CLA"), a large, national accounting firm. CLA's audit report concerning the CSSP's 2013 financial statements is expected to be issued in April of 2014. Among other things, CLA is auditing random samples of claims and administrative transactions, and verifying the CSSP's bank and investment account. If, as expected, CLA opines that the 2013 financial statements are "fairly presented," that will confirm that the CSSP is in compliance with the terms of the Settlement Agreement and the Trust Agreement, including those regarding the payment of claims.

With the parties' consent, the CAO also engaged CLA in 2012 to perform an audit of the CSSP's internal claims processing controls for the period from June 1, 2012 through December 31, 2013. Based on CLA's reports and recommendations, the CAO has taken steps in a number of areas to improve the CSSP's internal claims processing controls. This secondary engagement is complete.

Also with the parties' consent, the CAO engaged McGladrey LLP ("McGladrey"), another large, national accounting firm, in October, 2013 to provide further analysis and recommendations for improvements to the CSSP's claims processes and controls. McGladrey's approximately 50-person team currently is: (i) sampling each claim type to a 95% confidence

- 1 -
935 Gravier St., Suite 1905 | New Orleans, LA 70112 | TEL 504.934.4999 | FAX 504.934.4998
www.deepwaterhorizoneconomicsettlement.com

1152856v1

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

**Patrick A. Juneau**
*Claims Administrator*

level that the sample results are within a 5% degree of accuracy; (ii) auditing each vendor for compliance with its contract, its policies, the CAO's policies and code of conduct, and the Court's confidentiality orders; (iii) auditing the CSSP's claims intake and payment procedures; (iv) auditing a cross section of 500 claim denials to determine an error rate of claims improperly denied; and (v) auditing all of the CSSP's financial procedures and policies. McGladrey's preliminary report has been shared with the parties and the CAO has responded to specific questions posited by BP. (*See* Levine letter dated February 4, 2014, attached as Exhibit I).

The CAO also requested an additional proposal from McGladrey to design and staff an expanded internal audit function for the CSSP. McGladrey's proposal was presented to the CAO and representatives of the parties at a meeting on February 4, 2014. During its presentation, McGladrey recommended that the CSSP create an Audit Committee consisting of the Claims Administrator, an outside financial expert and an outside person with audit experience. McGladrey recommended against including the parties as committee members. (*See* Juneau letter dated February 5, 2014, attached as Exhibit II) The CAO has determined to implement McGladrey's Audit Committee recommendation with one change. Instead of the Claims Administrator serving on the committee, the CAO believes that all three members should be outside professionals independent of the CAO, the CSSP and the parties.

The Audit Committee's Function

The Audit Committee will have two functions. First, it will receive and review the audit work of CLA and McGladrey, and will make recommendations to the CAO for improvements to the CSSP based on their audits. Second, the CAO also will ask the Audit Committee to recommend a program for an efficient internal QA/QC process that will not duplicate the processes already in place and that will be intended to identify and correct any errors before a claim reaches the Appeals Process. The Audit Committee will report to the Claims Administrator, who will take such action as he deems appropriate. The Audit Committee members will be compensated for their time on an hourly basis and reimbursed for their reasonable business expenses.

The Proposed Audit Committee Members

The CAO requests that the Court appoint Mr. P. Raymond Lamonica as chairman of the Audit Committee and also appoint two independent financial professionals as members, of the Audit Committee.

Sincerely,

Patrick A. Juneau
Claims Administrator

935 Gravier St., Suite 1905 I New Orleans, LA 70112 I TEL 504.934.4999 I FAX 504.934.4998
www.deepwaterhorizoneconomicsettlement.com

1152856v1

**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

**Patrick A. Juneau**
*Claims Administrator*

cc:  James Roy
    Steve Herman
    Mark Holstein
    Keith Moskowitz

935 Gravier St., Suite 1905 | New Orleans, LA 70112 | TEL 504.934.4999 | FAX 504.934.4998
www.deepwaterhorizoneconomicsettlement.com

1152856v1