# CURRICULUM VITAE OF LLOYD A. TATE

## EDUCATIONAL BACKGROUND

- BBA Degree in Accounting from Loyola University of the South (1970)

    Listed in *Who's Who in American Colleges and Universities* (1970)

    Successfully completed Uniform CPA exam at first sitting in May, 1970

- Masters Degree in Business Administration (MBA) from University of New Orleans

- Masters Degree in Theology from Notre Dame Seminary

- Member of the Graduate School Faculty at Tulane University's A.B. Freeman School of Business (1984 - 1989)

- Licensed to practice public accountancy in both Louisiana and Mississippi

## BUSINESS EXPERIENCE

### DELOITTE & TOUCHE - MANAGING PARTNER OF THE LOUISIANA PRACTICE

As managing partner from 1988 until his retirement in December, 2006, he had overall responsibility for the management and strategic direction of the Louisiana practice of Deloitte & Touche LLP, one of the "Big 4" international accounting and consulting firms. The Louisiana practice is one of the largest accounting firms in the State of Louisiana. Prior to the creation of Deloitte & Touche LLP, he served as managing partner of the New Orleans office of Deloitte Haskins & Sells. He previously served in the New York Executive Office of Deloitte Haskins & Sells as well as the Charlotte, North Carolina practice office. When appointed managing partner, he was the youngest managing partner in the firm and upon his retirement, he had served in a managing partner role longer than any partner in the firm.

Has more than 35 years of experience in serving clients in a variety of industries but primarily in the fields of oilfield service companies, healthcare, financial institutions, and not-for-profits. Has also served as an expert witness in a variety of litigation matters. Has been certified as an expert in Federal district court, U.S. Bankruptcy court and State courts in Louisiana and Mississippi. He served both publicly held and privately held companies and supervised audits conducted under the Sarbanes-Oxley rules involving financial controls. He interfaced directly with the Audit Committees of both publicly held and private companies and counseled internal audit departments at a number of public clients.

Since his retirement in December, 2006, he has served as a financial expert in various litigation matters and has been actively involved on the boards of directors of several charities which utilize his skills in internal controls, financial management and strategic planning.  He presently serves on the Audit Committee of the Archdiocese of New Orleans which oversees the internal and external audit activities of all Archdiocesan associated entities.

## COMMUNITY INVOLVEMENT - CIVIC AND EDUCATIONAL

- Board of Directors, Chamber of Commerce for New Orleans and the River Region (Treasurer - 1993).  Member of Transition Executive Committee of Greater New Orleans, Inc. (2003).  He was the primary author of the governance documents establishing the committee and governing structure of GNO Inc., the regional economic development organization for the Greater New Orleans region.

- Board of Directors, INROADS of Louisiana (1990-2003)
  (Chairman 1995 - 1997)

- Board of Directors, Unity for the Homeless (1996 – 1999)

- Member of President's Council of Loyola University and Visiting Committee of the School of Business (1988-2007)  (Chairman 1993 - 1996)

- Board of Directors, Metro Vision – Member of Executive Committee

- Member, New Orleans Business Council (Treasurer 2002-2006) , Member of Executive Committee

- Metropolitan Area Committee - Vice-President, Member of Executive Committee (1990 - 1997)

- Board of Directors, Mount Carmel Academy (1988-2001)
  (Chairman 1999 - 2001)

- Board of Directors, UNO Business Higher Education Council, Member of Executive Committee (1999 – 2002)

- Board of Directors, Notre Dame Seminary (2006-present)—facilitated and authored the five year strategic plan

- Our Lady of Holy Cross College—Member of President's Advisory Council (2001-present)

**COMMUNITY INVOLVEMENT - CHARITABLE**

- Boys Hope-Girls Hope of New Orleans - The Jesuit Center for Living & Learning - Board of Directors, President (1992 - 1994)

- United Way - Campaign Chairman for Professionals Division (1990); Chairman of CPA Group (1989 and 1993)

- Board of Directors, WillWoods Community (1998 – 2003)

- Catholic Foundation –President (2002 and 2003) and facilitator and author of strategic plan for the Foundation. Continues to serve as an Emeritus Director.

- Congregation of the Sisters of Mount Carmel- Member of President's Advisory Council (1988 to present), Member of Investment Committee

- Catholic Charities New Orleans—Board of Directors (2008-present), Treasurer (2014) and Chair of Finance Committee, Member of Executive Committee (2008-present).

- Archdiocese of New Orleans—member of the Audit Committee which oversees all internal and external audit activity associated with entities related to the Archdiocese.

**AWARDS**

- 1992 Role Model - Young Leadership Council

- 1992 Recipient of Lifetime Achievement Award by Institute of Management Accountants

- 1997 Recipient of the CPA Advocate of the Year, presented by the U.S. Small Business Administration in recognition of leadership in civic endeavors to improve the climate for small businesses

- Outstanding Alumnus in Accounting Award - 1985 and 1990; Loyola University's Beta Alpha Psi Chapter

- Alumnus of the Year Award – Loyola University College of Business – 1999

- Outstanding Community Activist Award – St. Elizabeth's Guild – 2001

- Recipient of Pro Ecclesia et Pontifice Award 1999—awarded by the Vatican for outstanding service to the Catholic Church

**PERSONAL**

Married to Janelle Schexnaildre Tate—5 grown children