IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 SECTION J |
| This document relates to All cases | * * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

### ORDER

Considering the foregoing Motion to Establish Audit Committee and Appoint its Three Members (the "Motion");

**IT IS HEREBY ORDERED** that the Motion be and hereby is **GRANTED**. The Court appoints Mr. P. Raymond Lamonica as chairman and Lloyd A. Tate and Dr. Larry Crumbley as the two other members to serve the Court Supervised Settlement Program ("CSSP") as a claims audit advisory committee (the Audit Committee") on the terms and for the purposes detailed in the Motion.

New Orleans, LA, this ___ day of April, 2014.

_____
DISTRICT JUDGE