UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>2:10-cv-02454, 2:10-cv-01768 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN<br><br>**MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST BP DEFENDANTS ON COUNT 7 OF AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. Proc. 56 and Judge Shushan's "Order Regarding Scheduling of Cross-Motions for Summary Judgment," ECF No. 12090, the Center for Biological Diversity (the "Center"), plaintiff in *Center for Biological Diversity v. BP America, et al.*, 2:10-cv-02454 and 2:10-cv-01768, respectfully submits its Motion for Partial Summary Judgment Against BP Defendants on Count 7 of the Amended Complaint. As explained in the Memorandum submitted herewith, it is undisputed that Defendants BP Exploration & Production, Inc., BP America, Inc., and BP America Production Company (collectively, "BP") are liable for violations of the Emergency Planning and Community Right-to-Know Act, commonly referred to as "EPCRA," 42 U.S.C. § 11001 *et seq*. Specifically, Defendants are the owners or operators of a facility from which reportable quantities of benzene, toluene, and xylene, among other chemicals, were released. Under 42 U.S.C. § 11004, Defendants were required to immediately notify local and state emergency responders for the areas likely affected by these releases. Defendants were thereafter required to submit written followup emergency notice to the same, outlining the actions taken to respond to and contain the release, any known or anticipated acute or chronic health risks associated with the release, and what medical attention to seek for those individuals exposed to the release. Defendants have not completed these statutory duties and are

1

therefore in violation of EPCRA. Accordingly, the Court should enter partial summary judgment in favor of the Center, holding Defendants liable for violations of EPCRA.[1]

DATED this 15th Day of April, 2014.

Respectfully submitted,

                                      s/Charles M. Tebbutt
                                      Charles M. Tebbutt
                                      Daniel C. Snyder
                                      Law Offices of Charles M. Tebbutt, P.C.
                                      941 Lawrence St.
                                      Eugene, OR 97401
                                      Ph: 541-344-3505
                                      E-mail: charlie.tebbuttlaw@gmail.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 15, 2014, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

                                      s/ Charles M. Tebbutt
                                      Charles M. Tebbutt
                                      Law Offices of Charles M. Tebbutt, P.C.

---

[1] Plaintiff reserves all rights to file a motion for summary judgment against the Transocean entities in the future, but at this time brings the instant motion against the BP Defendants only.