UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 </br></br>**This Document Relates to:**</br>2:10-cv-02454, 2:10-cv-01768 | ) MDL NO. 2179</br>)</br>) SECTION: J</br>)</br>) JUDGE BARBIER</br>) MAG. JUDGE SHUSHAN</br>)</br>)</br>) NOTICE OF MOTION SUBMISSION</br>)</br>)</br>) |

## NOTICE OF MOTION SUBMISSION

Please take notice that pursuant to the briefing schedule outlined in Judge Shushan's "Order Regarding Scheduling of Cross-Motions for Summary Judgment," ECF No. 12090, the Center for Biological Diversity (the "Center"), plaintiff in *Center for Biological Diversity v. BP America, et al.*, 2:10-cv-02454 and 2:10-cv-01768, shall submit for hearing Plaintiff's Motion for Partial Summary Judgment before the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, at 9:30 a.m. on the 21st of May, 2014, or on the next available date for hearing.

DATED this 15th Day of April, 2014.

Respectfully submitted,

                                              s/Charles M. Tebbutt
                                              Charles M. Tebbutt
                                              Daniel C. Snyder
                                              Law Offices of Charles M. Tebbutt, P.C.
                                              941 Lawrence St.
                                              Eugene, OR 97401
                                              Ph: 541-344-3505
                                              E-mail: charlie.tebbuttlaw@gmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that on April 15th, 2014, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

                                          s/ Charles M. Tebbutt
                                          Charles M. Tebbutt
                                          Law Offices of Charles M. Tebbutt, P.C.