UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>2:10-cv-02454, 2:10-cv-01768 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST BP DEFENDANTS ON COUNT 7 OF AMENDED COMPLAINT** |

Before the Court is Plaintiff's Motion for Partial Summary Judgment Against BP Defendants on Count 7 of Amended Complaint.

Having reviewed the motion, responses, and replies, and the supporting summary judgment evidence, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

DATED This _____ Day of _____, 2014.

_____
United States District Judge

1