UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 )<br><br>**This Document Relates to:**<br>**2:10-cv-02454, 2:10-cv-01768** | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN<br><br>NOTICE OF MANUAL ATTACHMENT |

## NOTICE OF MANUAL ATTACHMENT

Please take notice that pursuant to Pretrial Orders #13.8(B) and #47 (ECF Nos. 641 and 4237, respectively) Exhibit 5 to the Center for Biological Diversity's Motion for Partial Summary Judgment has been submitted to the Clerk of Court via conventional means for manual attachment.  Exhibit 5 is marked "CONFIDENTIAL" and therefore was submitted for filing under seal.

DATED this 15th Day of April, 2014.

Respectfully submitted,

                                            s/Charles M. Tebbutt
                                            Charles M. Tebbutt
                                            Daniel C. Snyder
                                            Law Offices of Charles M. Tebbutt, P.C.
                                            941 Lawrence St.
                                            Eugene, OR 97401
                                            Ph: 541-344-3505
                                            E-mail: charlie.tebbuttlaw@gmail.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 15th, 2014, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

                                              s/ Charles M. Tebbutt
                                              Charles M. Tebbutt
                                              Law Offices of Charles M. Tebbutt, P.C.