# EXHIBIT 6

# Gulf Science Data

## Data Publication Summary Report
## MC-252 Oil Characterization

Reference No. O-01v01-02

November 12, 2013

Prepared by BP Exploration & Production Inc. and BP Gulf Coast Restoration Organization

# Version History

# Data Publication Summary Report
# Oil Chemistry

| Data Posting Version Number | Data Posting Date | Updates since Previous Posting |
|---|---|---|
| O-01v01 | November 12, 2013 | Initial posting of the MC-252 oil characterization dataset. |
| | | |
| | | |

# Version History—Associated Filenames and URLs

## Data Publication Summary Report
## Oil Chemistry

Files associated with this data posting include:

| Document Type/URL | File Name |
| --- | --- |
| Data File<br>https://www.piersystem.com/go/doc/6145/1956710 | OilChemistry_O-01v01-01.xls |
| Data Publication Summary Report<br>https://www.piersystem.com/go/doc/6145/1961290 | OilChemistry_O-01v01-02.pdf |

# Table of Contents

**Version History** ............................................................................................................................. ii

    Associated Filenames and URLs ........................................................................................... iii

**MC-252 Oil Characterization** ........................................................................................................ 1

    Introduction ............................................................................................................................ 1

    Data Posting Description ....................................................................................................... 1

        Parameter List ................................................................................................................ 1

        Sample Types ................................................................................................................. 2

        Non-Detected Values ..................................................................................................... 2

    Data Validation ..................................................................................................................... 2

    Data File Description ............................................................................................................ 2

    MC-252 Oil Descriptions ...................................................................................................... 3

        Q4000 (June 19, 2010 sampling) Oil Characterization ................................................. 3

    Notes ..................................................................................................................................... 4

    References ............................................................................................................................. 4

**Acronyms**

| | |
|---|---|
| BP | BP Exploration & Production Inc. and BP Gulf Coast Restoration Organization |
| BTEX | benzene, toluene, ethyl benzene, and xylenes |
| DRO | diesel range organics |
| DWH | Deepwater Horizon |
| MC-252 | Mississippi Canyon lease block 252 |
| PAH | parent and alkylated polycyclic aromatic hydrocarbon |
| PIANO | paraffins, isoparaffins, aromatics, naphthenes, and olefins |
| QA/QC | quality assurance and quality control |
| SHC | saturated hydrocarbon |
| TPH | total petroleum hydrocarbons |
| Trustees | governmental agencies serving as natural resource damages trustees |

# MC-252 Oil Characterization

### Introduction

Following the April 20, 2010, Deepwater Horizon (DWH) accident, BP Exploration & Production Inc. and BP Gulf Coast Restoration Organization (BP) and governmental agencies working to respond to the accident or serving as natural resource damage trustees (Trustees) engaged in one of the largest environmental data gathering efforts in history. This effort is ongoing. Since the initial samples were collected, BP and governmental agencies have continued to analyze and organize data, and perform data quality assurance and quality control (QA/QC) activities.

BP is now providing data to the public to promote scientific research related to the Gulf of Mexico (GOM). These data are being provided in an easily accessible form at BP's Gulf Science Data website gulfsciencedata.bp.com.

GOM researchers have been interested in the physical and chemical characterization of the Mississippi Canyon lease block 252 (MC-252) oil and have requested aliquots of this oil from BP in order to determine these characteristics. Since quantities of this oil are limited, BP has prepared this summary to provide researchers with a detailed description of the oil's physical and chemical properties so that they do not have to replicate experimental analyses on the source material. Data included with this report relate to MC-252 oil collected from the *Q4000* Well Intervention vessel on June 19, 2010. The description of Q4000 oil, which is considered an unweathered oil, is available for distribution now. In the future, descriptions of other oil samples (e.g., weathered MC-252 oil) will also be available. As these additional datasets become available, this data posting will be updated. The following sections of the report provide additional context for the collection, analysis, and organization of the data.

We hope that this information will be of interest to the scientific community and public. Users of the data provided in this posting are encouraged to review the data file and supporting documentation in total to assess the applicability of these data for the intended use. Please direct any questions about this data set to gulfsciencedata@bp.com.

### Data Posting Description

The focus of this data posting is data associated with characterization of MC-252 oil samples.

### Parameter List

The chemical parameters provided in this data posting include:

- Parent and alkylated polycyclic aromatic hydrocarbons (PAHs)
- Saturated hydrocarbons (SHCs)
- Total petroleum hydrocarbons (TPH) and diesel range organics (DRO)

- Benzene, toluene, ethyl benzene, and xylenes (BTEX) and other volatile hydrocarbons classified as paraffins, isoparaffins, aromatics, naphthenes, and olefins (PIANO)
- Geochemical biomarkers (sterane and triterpane)
- Selected metals
- Carbon stable isotopes for whole oil and saturate, aromatic, resin, and asphaltene fractions
- Selected physical properties.

## Sample Types

This data posting includes data associated with the MC-252 oil samples collected from the *Q4000* Well Intervention vessel on June 19, 2010, often referred to as "Q4000."

## Non-Detected Values

Chemical results reported by laboratories for analytes which are tested for, but not detected because their concentrations are below the laboratory-reported method detection limits, are referred to as non-detects. In this data file, the values associated with the non-detect results are reported as zero or "null" and flagged with a "U" in the qualifier field. The user must look at the complete set of data and carefully consider how to treat non-detects, depending on the intended use.

## Data Validation

Validation of analytical chemistry data is performed to assess the data's completeness, correctness, and compliance with applicable analytical method requirements. Data validation is performed by independent third-party data validators who assess the compliance of a dataset against the analytical method criteria. Typically, field and laboratory quality control analyses and instrument calibrations are the primary focus of validation activities. Deviations from method-specified criteria are reported, and the impact of these deviations on the associated data are evaluated and documented to inform the data users. Data validators assign qualifiers to individual results associated with method deviations to indicate if the results are considered to be estimated, negated, or rejected. Result qualifiers assigned during data validation are included as a separate field in the data file(s) to provide this detailed information to data users. Data validation was performed by BP in accordance with the U.S. Environmental Protection Agency (EPA) *National Functional Guidelines for Organic Data Review* (U.S. EPA 2002, 2008), including professional judgment in applying the guidelines. All of the chemistry data included in this publication have been validated by a professional, independent third-party validation firm.

## Data File Description

BP is providing data in the form of a Microsoft® Excel workbook. The workbook contains the following worksheets:

- Information—Contains general information about the Q4000 oil sample and data qualifiers
- Physical and Metals Data—Contains the data for physical properties and metals
- PIANO Data—Contains PIANO data
- GC-FID Chromatogram—Contains a gas chromatography/flame ionization detector (GC/FID) chromatogram of the Q4000 oil sample collected on June 19, 2010
- TPH SHC Data—Contains TPH, DRO, and SHC data
- PAH Biomarker Data—Contains PAH and petroleum biomarker data
- Stable Carbon Isotope—Contains carbon stable isotope data.

## MC-252 Oil Descriptions

### Q4000 (June 19, 2010 sampling) Oil Characterization

To provide GOM researchers with a detailed physical and chemical characterization of MC-252 oil, analytical results were compiled into a summary from pre-existing analyses. The MC-252 oil sample used for this summary was collected on June 19, 2010, from the *Q4000* Well Intervention vessel located at N 38°51.397', W 94°42.788'. At the time of sample collection, the vessel was recovering oil with a pipe that routed oil from the Macondo well into the vessel. During oil recovery on the *Q4000*, Nalco EC9323A defoamer was reportedly being injected topsides[1], and may be present in trace amounts in the collected oil. The Q4000 oil samples were collected at ambient pressure and temperature after gas and water separation, and then transferred to and maintained in refrigerated storage under BP chain-of-custody, pending proper shipment to analytical laboratories or moved to long-term storage.

Results presented here were not generated as part of a specific study to characterize the oil but rather were compiled using results associated with other studies when the need to provide GOM researchers with a detailed summary of the physical and chemical properties of MC-252 was realized. The Q4000 oil was also used by laboratories as an MC-252 control oil[2] for analyses of SHCs, PAHs, and petroleum biomarkers. Seven analyses of MC-252 control oils analyzed during the period of January–March 2011 by Battelle Duxbury Operations in Duxbury, Massachusetts, were compiled for this oil characterization. Results in the data posting for physical properties, metals, carbon stable isotopes, and PIANO were compiled from other datasets and combined with the hydrocarbon chemistry data into a unified set of physical and chemical properties.

---

[1] Defoamer was added to the recovered oil stream on the vessel to decrease foam formation.

[2] MC-252 oil (an aliquot of the oil collected during the DWH oil release) was analyzed as a QC sample by the analytical laboratories along with the analyses of the field collected environmental samples. This QC sample is generally referred to as "MC-252 control oil". MC-252 control oil analyses were specified as an analytical requirement in the natural resource damage assessment analytical quality assurance plan (NOAA 2011).

## Notes

BP is providing the dataset and supplemental information to make data available in a form that can be used in other studies and research. Governmental agencies have not participated in the development of the dataset in this form or in the production of this document. BP is continuing its QA/QC efforts, and data that are the subject of this report may be updated after future QA/QC reviews.

Additional information and research, including existing and future research related to the DWH accident, may affect the use and interpretation of this information and the underlying data. BP reserves the right to supplement this document, to provide interpretation and analysis of this document and any data contained herein, and to raise objections to the admission, use, and interpretation of this document in part or in full, and any material described herein, in any legal proceeding.

## References

NOAA. 2011. Analytical Quality Assurance Plan, Mississippi Canyon 252 (Deepwater Horizon), Natural Resource Damage Assessment, Version 3.0, December 7, 2011.

U.S. EPA. 2002. Guidance on Environmental Data Verification and Data Validation. EPA QA/G-8. EPA/240-R-02/004. U.S. Environmental Protection Agency, Office of Environmental Information. Washington, DC.

U.S. EPA. 2008. USEPA Contract Laboratory Program National Functional Guidelines for Superfund Organic Methods Data Review. EPA/540-R-08/01. U.S. Environmental Protection Agency, Office of Superfund Remediation and Technology Innovation (OSRTI). Washington, DC.