# EXHIBIT 8

**Legal Notice**:  This information is provided for informational purposes and to assist in scientific research related to the impact of the MC252 Deepwater Horizon accident.
The sample material from which this data was derived was managed in a reasonable manner commensurate with circumstances of its collection.  This information represents the analytical results of a limited number of samples from a common source.
The analytical results provided have been subject to reasonable efforts at quality assurance and data validation.
However, BP America Inc., BP Exploration & Production Inc., BP Gulf Coast Restoration Organization (GCRO) and all affiliated entities
 make no representations or warranties, express or implied as to the completeness or representativeness of this information or for its applicability to any specific purpose or research objective.

**Oil Information**
The data in this sheet are for MC252 Source Oil collected from the Q4000 vessel on June 19, 2010.
The location at the time of collection (by handheld GPS): N 28° 44.256' by W 88° 21.704'
This Q4000 oil was collected as "Dead Oil" (ambient pressure and temperature).
This Q4000 oil was stored and shipped at ~4° C prior to analysis.


Data Qualifiers

"U" = Not detected (Blank cell or "0" reported)
"J" = Estimated value (value reported)
"<" = less than reported value

**Legal Notice**: This information is provided for informational purposes and to assist in scientific research related to the impact of the MC252 Deepwater Horizon accident.
The sample material from which this data was derived was managed in a reasonable manner commensurate with circumstances of its collection. This information represents the analytical results of a limited number of samples from a common source.
The analytical results provided have been subject to reasonable efforts at quality assurance and data validation.
However, BP America Inc., BP Exploration & Production Inc., BP Gulf Coast Restoration Organization (GCRO) and all affiliated entities
 make no representations or warranties, express or implied as to the completeness or representativeness of this information or for its applicability to any specific purpose or research objective.

| Field ID | | | SO-20100621-Q4000 | | |
|---|---|---|---|---|---|
| Lab Sample ID | | | 2011-DRPK-007096-003 | | |
| **Parameter** | **Method** | **Units** | **Result** | **Qualifier** | **Comments** |
| Barium | ASTM D5708-MOD | mg/Kg | | U | MDL = 0.50 |
| Cobalt | ASTM D5708-MOD | mg/Kg | | U | MDL = 0.50 |
| Iron | ASTM D5708-MOD | mg/Kg | 0.900 | | |
| Nickel | ASTM D5708-MOD | mg/Kg | 1.80 | | |
| Vanadium | ASTM D5708-MOD | mg/Kg | | U | MDL = 0.50 |
| Sulfur Content | ASTM D4294 | Wt% | 0.261 | | |
| Acid Number Average | ASTM D664 | mg KOH/g | | U | MDL = 0.10 |
| Methanol Content | ASTM D7059 | ppm Wt | | U | MDL = 15 |
| Barametric Pressure | ASTM D86 | mm Hg | 760 | | |
| Initial Boiling Point | ASTM D86 | °F | 111.4 | | |
| Water Content | ASTM E203 | mg/Kg | 1680 | | |
| Temperature | ISM EPA AP42 | °F | 70 | | |
| True Vapor Pressure | ISM EPA AP42 | psi | 3.3 | | |
| Salt Content (as electrometric chloride) | ASTM D3230 | lb/1000bbl | | U | MDL = 1.0 |
| $H_2S$ | UOP 163 | pm Wt | | U | MDL = 1.0 |
| Wax Content | UOP 46 | Wt% | | U | MDL = 5.0 |
| Total Light Ends | ITM 1576 | Wt% | 27.19 | | |
| Silicon | IP 501 | mg/Kg | | U | MDL = 10 |
| Reid Vapor Pressure (Procedure A) | ASTM D323 | psi | 4.90 | | |
| Kinematic Viscosity @ 104 °F/40 °C | ASTM 445 | $mm^2/s$ | 5.067 | | |
| Kinematic Viscosity @ 122°F/50 °F | ASTM 445 | $mm^2/s$ | 4.627 | J | |
| Cleanliness Rating | ASTM D4740 | | 1 | | |
| Compatibility Rating | ASTM D4740 | | 1 | | |
| Nitrogen Content | ASTM D5762 | mg/kg | 690 | | |
| Corrected Flashpoint | ASTM D93 | °C | 40.0 | < | |
| Corrected Flashpoint | ASTM D93 | °F | 104 | < | |
| API Gravity @ 60 °F | ASTM D5002 | °API | 36.2 | | |
| Relative Density @ 60/60 °F | ASTM D5002 | | 0.8437 | | |
| pH Water Extract- Procedure B | ASTM D2110 | | 6.4 | | |

2

Legal Notice:  This information is provided for informational purposes and to assist in scientific research related to the impact of the MC252 Deepwater Horizon accident.
The sample material from which this data was derived was managed in a reasonable manner commensurate with circumstances of its collection.  This information represents the analytical results of a limited number of samples from a common source.
The analytical results provided have been subject to reasonable efforts at quality assurance and data validation.
However, BP America Inc., BP Exploration & Production Inc., BP Gulf Coast Restoration Organization (GCRO) and all affiliated entities

PAH and Biomarker Analysis

| | SO-20100621-Q4000 | SO-20100621-Q4000-007A | SO-20100621-Q4000-007A | SO-20100621-Q4000-007A | SO-20100621-Q4000-007A | SO-20100621-Q4000-007A | SO-20100621-Q4000-007A | Average Q4000 Oil | Stdev Q4000 Oil |
|---|---|---|---|---|---|---|---|---|---|
| Client ID | | | | | | | | | |
| Lab ID | BQ935CO-P | BR031CO-P | BR003CO-P | BQ636CO-P | BQ520CO-P | BQ464CO-P | BR045CO-P | | |
| Sample Type | CO | CO | CO | CO | CO | CO | CO | | |
| Collection Date | 02/21/11 | 02/28/11 | 02/23/11 | 01/20/11 | 01/13/11 | 01/07/11 | 03/02/11 | | |
| Extraction Date | 02/21/11 | 02/28/11 | 02/23/11 | 01/20/11 | 01/13/11 | 01/07/11 | 03/02/11 | | |
| Analysis Date | 02/21/11 | 02/28/11 | 02/23/11 | 01/21/11 | 01/14/11 | 01/08/11 | 03/03/11 | | |
| Analytical Instrument | GC/MS | GC/MS | GC/MS | GC/MS | GC/MS | GC/MS | GC/MS | | |
| % Moisture | NA | NA | NA | NA | NA | NA | NA | | |
| % Lipid | NA | NA | NA | NA | NA | NA | NA | | |
| Matrix | OIL | OIL | OIL | OIL | OIL | OIL | OIL | | |
| Sample Size | 7.0249 | 7.0249 | 7.0249 | 7.0249 | 7.0249 | 7.0249 | 7.0249 | | |
| Size Unit-Basis | MG_OIL | MG_OIL | MG_OIL | MG_OIL | MG_OIL | MG_OIL | MG_OIL | | |
| Units | MG/KG_OIL | MG/KG_OIL | MG/KG_OIL | MG/KG_OIL | MG/KG_OIL | MG/KG_OIL | MG/KG_OIL | | |
| | | | | | | | | | |
| Naphthalene | 1062.09 | 766.32 | 781.11 | 1004.76 | 713.02 | 751.95 | 859.07 | 848.33 | 134.86 |
| C1-Naphthalenes | 2235.57 | 1828.38 | 1887.35 | 2146.96 | 1700.5 | 1768.92 | 2091.28 | 1951.28 | 205.77 |
| C2-Naphthalenes | 2810.6 | 2400.43 | 2472.48 | 2586.98 | 2233.1 | 2309.35 | 2689.46 | 2500.34 | 207.44 |
| C3-Naphthalenes | 1858.97 | 1607.05 | 1639.79 | 1730.01 | 1616.11 | 1656.53 | 1721.5 | 1689.99 | 88.62 |
| C4-Naphthalenes | 958.17 | 819.11 | 833.05 | 843.92 | 834.17 | 841.89 | 887.31 | 859.66 | 48.36 |
| Biphenyl | 203.77 | 217.98 | 219.82 | 208.68 | 203.75 | 214.26 | 212.62 | 211.55 | 6.43 |
| Acenaphthylene | 10.77 | 7.84 | 9.35 | 8.71 | 7.69 | 7.22 | 8.78 | 8.62 | 1.20 |
| Acenaphthene | 15.4 | 14.75 | 15.52 | 13.86 | 14.65 | 15.87 | 14.21 | 14.89 | 0.73 |
| Dibenzofuran | 30.69 | 32.45 | 34.3 | 29.95 | 31.26 | 32.91 | 31.73 | 31.90 | 1.46 |
| Fluorene | 159.98 | 159.43 | 165.88 | 157.92 | 154.55 | 156.96 | 161.36 | 159.44 | 3.60 |
| C1-Fluorenes | 364.98 | 362.08 | 369.61 | 338.56 | 349.35 | 366.28 | 376.15 | 361.00 | 12.83 |
| C2-Fluorenes | 483.14 | 465.04 | 472.72 | 449.31 | 474.91 | 505.82 | 474.22 | 475.02 | 17.23 |
| C3-Fluorenes | 386.62 | 365.72 | 363.71 | 341.94 | 363.86 | 384.19 | 384.33 | 370.05 | 16.15 |
| Anthracene | 0 U | 13.89 | 13.06 | 14.91 | 14.15 | 12.66 | 13.12 | 11.68 | 5.21 |
| Phenanthrene | 319.13 | 325.62 | 330.71 | 331.32 | 315.88 | 329.44 | 340.24 | 327.48 | 8.16 |
| C1-Phenanthrenes/Anthracenes | 773.38 | 723.01 | 738.54 | 754.17 | 744.77 | 781.92 | 734.62 | 750.06 | 21.24 |
| C2-Phenanthrenes/Anthracenes | 846.53 | 808.19 | 815.13 | 798.22 | 815.85 | 860.94 | 840.52 | 826.48 | 22.95 |
| C3-Phenanthrenes/Anthracenes | 528.03 | 471.03 | 471.07 | 464.53 | 492.05 | 501.14 | 541.62 | 495.64 | 29.95 |
| C4-Phenanthrenes/Anthracenes | 205.45 | 177.95 | 186.39 | 178.79 | 193.64 | 198.25 | 224.33 | 194.97 | 16.38 |
| Dibenzothiophene | 56.54 | 61.82 | 62.75 | 57.25 | 58.59 | 62.36 | 59.09 | 59.77 | 2.53 |
| C1-Dibenzothiophenes | 180.09 | 186.25 | 187.96 | 186.77 | 166.01 | 172.43 | 187.13 | 180.95 | 8.62 |
| C2-Dibenzothiophenes | 261.47 | 259.36 | 262.84 | 258.22 | 243.5 | 257.69 | 259.95 | 257.58 | 6.46 |
| C3-Dibenzothiophenes | 182.09 | 182.61 | 181.38 | 180.26 | 170.21 | 177.15 | 198.37 | 181.72 | 8.50 |
| C4-Dibenzothiophenes | 85.07 | 80.08 | 78.08 | 79.64 | 76.18 | 86.25 | 88.53 | 81.98 | 4.63 |
| Fluoranthene | 4.76 | 5.06 | 5.46 | 3.13 | 4.51 | 5.08 | 2.7 | 4.39 | 1.05 |
| Pyrene | 20.28 | 17.39 | 17.61 | 15.16 | 16.89 | 17.53 | 18.02 | 17.55 | 1.52 |
| C1-Fluoranthenes/Pyrenes | 94.69 | 89.18 | 92.03 | 91.56 | 86.34 | 94.8 | 88.77 | 91.05 | 3.15 |
| C2-Fluoranthenes/Pyrenes | 154.39 | 146.1 | 142.48 | 137.23 | 141.18 | 150.21 | 156.99 | 146.94 | 7.25 |
| C3-Fluoranthenes/Pyrenes | 169.08 | 159.93 | 158.49 | 166.85 | 154.04 | 167.29 | 180.2 | 165.13 | 8.61 |
| Benzo(a)anthracene | 7.39 | 7.62 | 6.97 | 6.59 | 7.09 | 6.4 | 6.68 | 6.96 | 0.44 |
| Chrysene | 55.13 | 54.22 | 56.83 | 46.93 | 53.21 | 65.44 | 49.71 | 54.50 | 5.88 |
| C1-Chrysenes | 118.39 | 118.46 | 118.17 | 105.22 | 114.48 | 148.38 | 111.11 | 119.17 | 13.77 |
| C2-Chrysenes | 132.04 | 137.59 | 137.31 | 123.17 | 133.5 | 178.88 | 135.43 | 139.70 | 17.95 |
| C3-Chrysenes | 92.77 | 103.66 | 100.64 | 91.7 | 96.36 | 135.49 | 100.81 | 103.06 | 14.96 |
| C4-Chrysenes | 59.82 | 68.5 | 65.43 | 60.36 | 63.92 | 93.55 | 70.03 | 68.80 | 11.56 |
| Benzo(b)fluoranthene | 6.07 | 7.05 | 6.75 | 6.7 | 6.36 | 6.45 | 6.17 | 6.51 | 0.35 |
| Benzo(k)fluoranthene | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0.00 | 0.00 |
| Benzo(e)pyrene | 12.14 | 13.05 | 12.64 | 12.36 | 12.28 | 12.73 | 12.1 | 12.47 | 0.35 |
| Benzo(a)pyrene | 2.18 | 2.35 | 2.36 | 2.46 | 2.08 | 2.05 | 2.55 | 2.29 | 0.19 |
| Perylene | 0 U | 0 U | 0 U | 0 U | 0 U | 1 J | 0 U | 0.14 | 0.38 |
| Indeno(1,2,3-cd)pyrene | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0.00 | 0.00 |
| Dibenz(a,h)anthracene | 2 | 2.2 | 2.02 | 2.41 | 1.96 | 2.22 | 2.42 | 2.18 | 0.19 |
| Benzo(g,h,i)perylene | 2.03 | 2.15 | 1.89 | 2.2 | 2.03 | 2.2 | 2.07 | 2.08 | 0.11 |
| Total PAH | 14951.69 | 13270.9 | 13519.68 | 14039.67 | 12883.98 | 13542.08 | 14345.3 | 13793.33 | 700.60 |
| | | | | | | | | | |
| C20-TAS | 12.22 | 9.87 | 10.09 | 11.81 | 10.24 | 12.47 | 10.14 | 10.98 | 1.13 |
| C21-TAS | 11.08 | 9.47 | 10.09 | 10.3 | 9.65 | 11.89 | 10.72 | 10.46 | 0.85 |
| C26-TAS (20S) | 4.74 | 5.16 | 4.94 | 4.9 | 4.87 | 7 | 5.58 | 5.31 | 0.79 |
| C26,C27-TAS | 15.63 | 17.98 | 17.89 | 15.42 | 16.9 | 22.99 | 17.53 | 17.76 | 2.52 |

3

| Compound | Code | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| C27-TAS (20R) | | 8.85 | 10.72 | 10.29 | 9.21 | 10.14 | 14.17 | 10.57 | 10.56 | 1.73 |
| C28-TAS (20S) | | 10.56 | 13.61 | 13.03 | 11.86 | 12.51 | 16.81 | 13.14 | 13.07 | 1.93 |
| C28-TAS (20R) | | 8.03 | 10.76 | 10.23 | 8.61 | 10.3 | 12.64 | 10.51 | 10.15 | 1.51 |
| Sa-C21Diasterane | | 28.57 | 18.15 | 19.35 | 22.12 | 19.65 | 22.17 | 18.51 | 21.22 | 3.62 |
| Sb-C21Sterane | | 18.24 | 42.15 | 42.34 | 50.3 | 37.84 | 38.35 | 40.35 | 38.51 | 9.85 |
| Sc-C22Diasterane | | 6.3 | 4.37 | 4.79 | 5.54 | 4.25 | 5.13 | 6.01 | 5.20 | 0.79 |
| Sd-C22Sterane | | 11.01 | 8.59 | 9.32 | 12.42 | 9.44 | 14.24 | 14.08 | 11.30 | 2.33 |
| D1-Diasterane | | 25.64 | 16.64 | 17.78 | 24.1 | 15.88 | 18.5 | 20.06 | 19.80 | 3.74 |
| D2-Diasterane | | 15.88 | 11.5 | 11.14 | 17.98 | 11.23 | 12.22 | 14.64 | 13.51 | 2.69 |
| D3-Diasterane | | 16.09 | 11.35 | 11.89 | 17.7 | 10.19 | 12.49 | 13.63 | 13.33 | 2.69 |
| D3a-Diasterane | | 10.27 | 7.37 | 7.29 | 12.08 | 6.68 | 6.89 | 8.64 | 8.46 | 2.02 |
| D4-Diasterane | | 14.85 | 25.24 | 24.67 | 31.93 | 24.1 | 25.56 | 29.41 | 25.11 | 5.35 |
| D4a-Diasterane | | 7.13 | 5.09 | 4.78 | 5.76 | 4.46 | 6.16 | 9.04 | 6.06 | 1.60 |
| D5-Diasterane | | 28.04 | 22.74 | 25.18 | 32.87 | 20.02 | 26.76 | 30.26 | 26.55 | 4.38 |
| D6-Diasterane | | 22.75 | 26 | 20.63 | 27.63 | 18.65 | 15.18 | 24.2 | 22.15 | 4.33 |
| T0-C19Diterpane | | 10.85 | 2.98 J | 4.29 J | 9.53 | 7.44 | 8 | 0 U | 6.16 | 3.87 |
| T1-C20Diterpane | | 125.06 | 70.21 | 71.35 | 92.97 | 64.54 | 68.92 | 73.82 | 80.98 | 21.46 |
| T2-C21Diterpane | | 21.01 | 11.81 | 11.85 | 15.1 | 11.2 | 12.2 | 13.36 | 13.79 | 3.44 |
| T3-C22Diterpane | | 24.87 | 12.64 | 13.21 | 17.4 | 13.86 | 15.91 | 13.6 | 15.93 | 4.28 |
| Cholestane | Chol | 57.27 | 56.51 | 51.8 | 59.04 | 51.58 | 57.06 | 51.02 | 54.90 | 3.31 |
| S1-Pregnane | S1 | 26.35 | 22.14 | 21.78 | 25.76 | 21.42 | 21.37 | 21.08 | 22.84 | 2.23 |
| S2-Pregnane | S2 | 3.9 | 1.96 | 2.44 | 2.3 | 2.85 | 2.98 | 1.77 J | 2.60 | 0.72 |
| S4-Diacholestane | S4 | 47.5 | 41.37 | 43.33 | 48.59 | 42.45 | 49.38 | 41.86 | 44.93 | 3.43 |
| S5-Diacholestane | S5 | 26.2 | 23.38 | 22.95 | 24.64 | 24.76 | 25.89 | 25.72 | 24.79 | 1.26 |
| S6-Diacholestane | S6 | 9.85 | 9.1 | 8.36 | 10.1 | 9.95 | 11.22 | 9.26 | 9.69 | 0.90 |
| S7-Diacholestane | S7 | 22.04 | 14.82 | 15.78 | 19.41 | 18.27 | 19.3 | 16.62 | 18.03 | 2.48 |
| S8-Methyldiacholestane | S8 | 23.49 | 19.43 | 19.31 | 19.83 | 18.02 | 20.85 | 18.22 | 19.88 | 1.86 |
| S10-Methyldiacholestane | S10 | 11.06 | 11.25 | 12.68 | 19.32 | 8.26 | 16.81 | 11.28 | 12.95 | 3.80 |
| S11-Methyldiacholestane | S11 | 16.21 | 13.12 | 14.74 | 16.7 | 15.23 | 19.23 | 14.57 | 15.69 | 1.95 |
| S12-Cholestane | S12 | 52.84 | 49.44 | 51.19 | 57.38 | 50.05 | 56.89 | 51.82 | 52.80 | 3.17 |
| S14-Cholestane(20R) | S14 | 26.77 | 22.94 | 24.54 | 31.93 | 23.48 | 26.64 | 23.17 | 25.64 | 3.19 |
| S15-Cholestane(20S) | S15 | 26.04 | 23.32 | 24.15 | 29.99 | 23.37 | 25.99 | 24.4 | 25.32 | 2.34 |
| S18-Ethyldiacholestane | S18 | 12.98 | 10.16 | 10.66 | 13.74 | 16.74 | 17.66 | 9.16 | 13.01 | 3.28 |
| S19-Ethyldiacholestane | S19 | 2.23 | 2.47 | 3.14 | 3.78 | 2.6 | 3.83 | 3.68 | 3.10 | 0.68 |
| S20-Methylcholestane | S20 | 20.75 | 21.97 | 20.56 | 23.63 | 24.3 | 25.46 | 20.83 | 22.50 | 1.97 |
| S22-Methylcholestane(20R) | S22 | 23.62 | 22.38 | 22.56 | 28.29 | 21.46 | 25.83 | 22.63 | 23.82 | 2.41 |
| S23-Methylcholestane(20S) | S23 | 26.27 | 23.79 | 25.01 | 29.36 | 23.08 | 23.58 | 23.95 | 25.01 | 2.19 |
| S24-Methylcholestane | S24 | 17.74 | 18.96 | 18.73 | 18.45 | 19.02 | 19.67 | 17.96 | 18.65 | 0.66 |
| S25-Ethylcholestane | S25 | 20.83 | 22.05 | 22.14 | 20.98 | 21.93 | 25.09 | 18 | 21.57 | 2.11 |
| S26-Ethylcholestane(20R) | S26 | 28.46 | 32.3 | 31.86 | 35.18 | 29.93 | 34.02 | 26.67 | 31.20 | 3.03 |
| S27-Ethylcholestane(20S) | S27 | 21.28 | 20.7 | 22.24 | 27.54 | 22.59 | 22.48 | 23.02 | 22.84 | 2.22 |
| S28-Ethylcholestane | S28 | 17.46 | 17.32 | 17.86 | 19.49 | 19.3 | 20.68 | 17.72 | 18.55 | 1.28 |
| S29-C30Cholestane(R) | S29 | 3.03 | 2.26 | 1.89 | 2.18 | 2.25 | 0 U | 0 U | 1.66 | 1.18 |
| S30-C30Cholestane(S) | S30 | 2.69 | 2.34 | 2.34 | 0 U | 2.12 | 0 U | 0 U | 1.36 | 1.28 |
| T4-C23Diterpane | T4 | 8.17 | 5.97 | 5.8 | 5.56 | 5.23 J | 5.78 | 4.86 J | 5.91 | 1.07 |
| T5-C24Diterpane | T5 | 7.6 | 4.73 J | 4.9 J | 5.62 | 5.67 | 5.38 J | 5.14 J | 5.58 | 0.96 |
| T6-C25Diterpane | T6 | 14.18 | 5.34 J | 5.44 J | 7.45 | 5.93 | 6.61 | 5.04 J | 7.14 | 3.21 |
| T6a-C24Tetracyclic terpane | T6a | 4.75 J | 1.62 J | 1.89 J | 2.17 J | 2.38 J | 2.06 J | 2 J | 2.41 | 1.06 |
| T6b-C26Tricyclic (S) | T6b | 2.3 J | 1.54 J | 1.67 J | 2.24 J | 2.16 J | 2.1 J | 1.81 J | 1.97 | 0.30 |
| T6c-C26Tricyclic (R) | T6c | 5.64 | 3.13 J | 3.77 J | 3.88 J | 3.51 J | 5.71 | 3.17 J | 4.12 | 1.10 |
| T7-C28Tricyclictriterpane | T7 | 7.06 | 2.03 J | 2.47 J | 2.57 J | 3.02 J | 5.18 J | 2.46 J | 3.54 | 1.87 |
| T8-C28Tricyclictriterpane | T8 | 4.84 J | 2.41 J | 2.45 J | 2.6 J | 2.73 J | 4.34 J | 2.51 J | 3.13 | 1.02 |
| T9-C29Tricyclictriterpane | T9 | 4.21 J | 2.7 J | 2.64 J | 3.29 J | 2.73 J | 2.98 J | 3.52 J | 3.15 | 0.57 |
| T10-C29Tricyclictriterpane | T10 | 4.9 J | 2.5 J | 2.26 J | 3.28 J | 2.53 J | 0 U | 3.41 J | 2.70 | 1.49 |
| T11-Trisnorhopane(TS) | T11 | 9.18 | 7.4 | 7.14 | 7.72 | 7.22 | 7.05 | 6.94 | 7.52 | 0.77 |
| T12-Trisnorhopane(TM) | T12 | 6.39 | 5.06 J | 6.26 | 6.38 | 6.25 | 6.86 | 5.99 | 6.17 | 0.55 |
| T13-Trisnorhopane | T13 | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0.00 | 0.00 |
| T13a-C29,C30Bisnorhopane | T13a | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0.00 | 0.00 |
| T14-Bisnorhopane | T14 | 2.96 J | 2.63 J | 2.99 J | 3.52 J | 3.3 J | 3.61 J | 2.9 J | 3.13 | 0.36 |
| T14a-C28,C30Bisnorhopane | T14a | 1.88 J | 1.91 J | 1.62 J | 0 U | 3.36 J | 4.43 J | 0 U | 1.89 | 1.62 |
| T14b-C29,C25Norhopane | T14b | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0.00 | 0.00 |
| T15-Norhopane | T15 | 19.98 | 17.66 | 17.35 | 19.82 | 17.8 | 18.43 | 17.63 | 18.38 | 1.09 |
| T16-Neonorhopane | T16 | 9.55 | 7.31 | 6.81 | 9.76 | 7.39 | 9.07 | 8.21 | 8.30 | 1.18 |
| X | X | 6.1 | 4.69 J | 4.63 J | 6.11 | 5.61 | 6.76 | 5.07 J | 5.57 | 0.81 |
| T17-Normoretane | T17 | 5.22 J | 2.37 J | 3.03 J | 3.01 J | 3.54 J | 4.17 J | 0 U | 3.05 | 1.63 |
| T18-Oleanane | T18 | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0.00 | 0.00 |
| T19-Hopane | T19 | 41.95 | 38.94 | 38.52 | 40.76 | 38.6 | 42.51 | 40.09 | 40.20 | 1.62 |
| T20-Moretane | T20 | 0 U | 4.48 J | 4.56 J | 6.76 | 5.07 J | 5.52 J | 4.92 J | 4.47 | 2.12 |
| T21-Homohopane | T21 | 16.15 | 15.27 | 15.92 | 17.42 | 15.5 | 16.83 | 16.08 | 16.17 | 0.74 |

4

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| T22-Homohopane | T22 | 11.77 | 11.07 | 10.67 | 12.08 | 11.61 | 12.32 | 11.1 | 11.52 | 0.60 |
| T22a-Gammacerane | T22a | 2.08 J | 2.34 J | 2.88 J | 1.73 J | 3.55 J | 0 U | 0 U | 1.80 | 1.36 |
| T24-Homomoretane | T24 | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0.00 | 0.00 |
| T25-Diploptene | T25 | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0 U | 0.00 | 0.00 |
| T26-Bishomohopane | T26 | 8.95 | 10.68 | 9.97 | 11.13 | 11.87 | 12.48 | 10.83 | 10.84 | 1.17 |
| T27-Bishomohopane | T27 | 6.05 | 8.94 | 7.88 | 9.45 | 8.98 | 10.42 | 8.94 | 8.67 | 1.38 |
| T28-Bishomomoretane | T28 | 0 U | 3.58 J | 2.73 J | 0 U | 0 U | 0 U | 0 U | 0.90 | 1.56 |
| T29-Homohopane | T29 | 0 U | 2.17 J | 1.63 J | 0 U | 0 U | 0 U | 0 U | 0.54 | 0.94 |
| T30-Trishomohopane | T30 | 8.02 | 9.22 | 8.65 | 9.41 | 9.39 | 10.03 | 10.43 | 9.31 | 0.81 |
| T31-Trishomohopane | T31 | 7.92 | 6.52 | 5.83 | 5.95 | 6.43 | 7.54 | 7.84 | 6.86 | 0.89 |
| T32-Tetrakishomohopane | T32 | 4.92 J | 5.49 J | 5.24 J | 5.62 | 5.38 J | 7.23 | 6.79 | 5.81 | 0.86 |
| T33-Tetrakishomohopane | T33 | 4.09 J | 4.16 J | 3.18 J | 3.62 J | 3.77 J | 4.28 J | 4.08 J | 3.88 | 0.39 |
| T34-Pentakishomohopane | T34 | 5.27 J | 4.11 J | 3.56 J | 4.18 J | 0 U | 4.75 J | 5.3 J | 3.88 | 1.83 |
| T35-Pentakishomohopane | T35 | 0 U | 2.87 J | 3.33 J | 3.67 J | 0 U | 0 U | 0 U | 1.41 | 1.77 |
| Naphthalene-d8 | | 107 | 115 | 116 | 111 | 106 | 104 | 108 | | |
| Acenaphthene-d10 | | 103 | 105 | 106 | 113 | 99 | 101 | 99 | | |
| Phenanthrene-d10 | | 94 | 102 | 101 | 100 | 98 | 99 | 94 | | |
| Benzo(a)pyrene-d12 | | 100 | 102 | 98 | 111 | 95 | 108 | 83 | | |
| 5b(H)-Cholane | | 107 | 99 | 107 | 113 | 102 | 102 | 98 | | |

5

**Legal Notice**:  This information is provided for informational purposes and to assist in scientific research related to the impact of the MC252 Deepwater Horizon accident.
The sample material from which this data was derived was managed in a reasonable manner commensurate with circumstances of its collection.  This information represents the analytical results of a limited number of samples from a common source.
The analytical results provided have been subject to reasonable efforts at quality assurance and data validation.
However, BP America Inc., BP Exploration & Production Inc., BP Gulf Coast Restoration Organization (GCRO) and all affiliated entities
 make no representations or warranties, express or implied as to the completeness or representativeness of this information or for its applicability to any specific purpose or research objective.

TPH and SHC Analysis

| | SO-20100621-Q4000-007A | SO-20100621-Q4000-007A | SO-20100621-Q4000-007A | SO-20100621-Q4000-007A | SO-20100621-Q4000-007A | SO-20100621-Q4000-007A | SO-20100621-Q4000-007A | Average Q4000 Oil | Stdev Q4000 Oil |
|---|---|---|---|---|---|---|---|---|---|
| Client ID | | | | | | | | | |
| Lab ID | BQ931CO-P | BR027CO-P | BQ997CO-P | BQ632CO-P | BQ516CO-P | BQ460CO-P | BR041CO-P | | |
| Sample Type | CO | CO | CO | CO | CO | CO | CO | | |
| Collection Date | 02/21/11 | 02/28/11 | 02/23/11 | 01/20/11 | 01/13/11 | 01/07/11 | 03/02/11 | | |
| Extraction Date | 02/21/11 | 02/28/11 | 02/23/11 | 01/20/11 | 01/13/11 | 01/07/11 | 03/02/11 | | |
| Analysis Date | 02/22/11 | 02/28/11 | 02/23/11 | 01/24/11 | 01/17/11 | 01/08/11 | 03/03/11 | | |
| Analytical Instrument | FID | FID | FID | FID | FID | FID | FID | | |
| % Moisture | NA | NA | NA | NA | NA | NA | NA | | |
| % Lipid | NA | NA | NA | NA | NA | NA | NA | | |
| Matrix | OIL | OIL | OIL | OIL | OIL | OIL | OIL | | |
| Sample Size | 7.0249 | 7.0249 | 7.0249 | 7.0249 | 7.0249 | 7.0249 | 7.0249 | | |
| Size Unit-Basis | MG_OIL | MG_OIL | MG_OIL | MG_OIL | MG_OIL | MG_OIL | MG_OIL | | |
| Units | MG/KG_OIL | MG/KG_OIL | MG/KG_OIL | MG/KG_OIL | MG/KG_OIL | MG/KG_OIL | MG/KG_OIL | | |
| n-Nonane | 9787.26 | 7472.44 | 8483.25 | 9032.09 | 9220.83 | 10032.05 | 9699.46 | 9103.91 | 889.65 |
| n-Decane | 9074.75 | 7874.02 | 8779.36 | 8812.98 | 8692.49 | 10064.06 | 9187.33 | 8926.43 | 655.88 |
| n-Undecane | 8492.41 | 7421.02 | 8447.32 | 8396.65 | 8316.72 | 9208.41 | 9064.16 | 8478.10 | 581.39 |
| n-Dodecane | 7508.71 | 6508.62 | 7193.31 | 7387.2 | 7239.69 | 8132.13 | 7856.29 | 7403.71 | 519.47 |
| n-Tridecane | 6857.56 | 5897.19 | 6777.02 | 6750.57 | 6622.06 | 7340.19 | 7185.89 | 6775.78 | 463.61 |
| Isoprenoid RRT 1380 | 1406.51 | 1236.82 | 1397.37 | 1412.61 | 1398.95 | 1544.3 | 1482.94 | 1411.36 | 94.55 |
| n-Tetradecane | 6261.48 | 5489.86 | 6157.79 | 6114.34 | 5943.52 | 6754.34 | 6444.8 | 6166.59 | 396.31 |
| Isoprenoid RRT 1470 | 2275.43 | 2033.76 | 2215.34 | 2219.65 | 2312.47 | 2338.38 | 2312.19 | 2243.89 | 103.98 |
| n-Pentadecane | 6087.91 | 5423.42 | 6204.46 | 6351.17 | 6212.19 | 7136.49 | 6936.2 | 6335.98 | 566.90 |
| n-Hexadecane | 5214.96 | 4538.41 | 5311.03 | 5211.96 | 4971.11 | 5530.66 | 5510.34 | 5184.07 | 343.19 |
| Norpristane (1650) | 1620.03 | 1431.51 | 1612.43 | 1494.58 | 1527.36 | 1662.07 | 1456.97 | 1543.56 | 88.83 |
| n-Heptadecane | 4400.92 | 4015.84 | 4580.53 | 4279.37 | 4053.63 | 4702.22 | 4527.74 | 4365.75 | 262.72 |
| Pristane | 2715.87 | 2311.74 | 2769.95 | 2673.08 | 2679.69 | 2872.09 | 2795.7 | 2688.30 | 180.21 |
| n-Octadecane | 3810.87 | 3424.68 | 4010.85 | 3536.68 | 3441.99 | 3877.82 | 3776.6 | 3697.07 | 229.27 |
| Phytane | 1471.95 | 1401.79 | 1486.37 | 1659.94 | 1896.35 | 1783.75 | 1714.27 | 1630.63 | 182.70 |
| N-Nonadecane | 3224.25 | 2925.02 | 3232.69 | 3250 | 3202.95 | 3685.73 | 3518.45 | 3291.30 | 244.53 |
| n-Eicosane | 2946.95 | 2625.24 | 2984 | 3141.39 | 2896.78 | 3435.28 | 3132.89 | 3023.22 | 250.84 |
| n-Heneicosane | 2462.79 | 2154.55 | 2454.31 | 2457.72 | 2382.49 | 2866.84 | 2747.46 | 2503.74 | 235.98 |
| n-Docosane | 2234.65 | 1982.02 | 2265.91 | 2280.06 | 2153.4 | 2507.77 | 2349.06 | 2253.27 | 162.65 |
| n-Tricosane | 1921.58 | 1922.94 | 2056.08 | 1942.6 | 1997.32 | 2177.77 | 2087.23 | 2015.07 | 96.74 |
| n-Tetracosane | 1798.74 | 1642.25 | 2035.87 | 1847.63 | 1747.97 | 2074.63 | 2006.36 | 1879.64 | 163.17 |
| n-Pentacosane | 1669.75 | 1405.8 | 1893.55 | 1607.69 | 1620.76 | 1847.75 | 1694.71 | 1677.14 | 162.24 |
| n-Hexacosane | 1349.36 | 1134.55 | 1590.44 | 1346.18 | 1273.39 | 1560.18 | 1401.22 | 1379.33 | 158.58 |
| n-Heptacosane | 1046.96 | 892.45 | 1298.88 | 1044.86 | 983.37 | 1160.17 | 1079.15 | 1072.26 | 129.59 |
| n-Octacosane | 823.74 | 709.28 | 1024.65 | 786.13 | 740.86 | 895.82 | 807.62 | 826.87 | 105.78 |
| n-Nonacosane | 756.85 | 657.44 | 931.2 | 794.07 | 737.65 | 886.82 | 838.06 | 800.30 | 93.37 |
| n-Triacontane | 700.75 | 616.74 | 933.33 | 760.37 | 701.61 | 862.31 | 752.24 | 761.05 | 106.46 |
| n-Hentriacontane | 681.07 | 600.14 | 805.45 | 622.65 | 597.67 | 767.46 | 667.17 | 677.37 | 81.60 |
| n-Dotriacontane | 557.16 | 458.95 | 616.83 | 606.87 | 558.82 | 621.18 | 579.26 | 571.30 | 56.08 |
| n-Tritriacontane | 429.81 | 355.53 J | 440.41 | 448.51 | 390.95 J | 519.46 | 470.07 | 436.39 | 52.98 |
| n-Tetratriacontane | 378.82 J | 327.25 J | 406.16 J | 373.22 J | 333.69 J | 461.66 | 379.64 J | 380.06 | 45.33 |
| n-Pentatriacontane | 341.25 J | 282.7 J | 348.54 J | 287.39 J | 275.07 J | 373.71 J | 295.11 J | 314.82 | 38.85 |
| n-Hexatriacontane | 250.67 J | 226.19 J | 268.61 J | 227.45 J | 224.12 J | 296.14 J | 248.55 J | 248.82 | 26.50 |
| n-Heptatriacontane | 217.48 J | 199.47 J | 239.25 J | 211.66 J | 213.89 J | 277.53 J | 226.82 J | 226.59 | 25.68 |
| n-Octatriacontane | 205.71 J | 190.28 J | 227.36 J | 199.27 J | 179.82 J | 239.88 J | 226.41 J | 209.82 | 21.97 |
| n-Nonatriacontane | 191.44 J | 160.25 J | 194.19 J | 182.89 J | 143.64 J | 206.43 J | 180.65 J | 179.93 | 21.42 |
| n-Tetracontane | 178.79 J | 168.31 J | 188.77 J | 187.96 J | 142.55 J | 207.33 J | 185.51 J | 179.89 | 20.24 |
| DRO(Total) | 399671.8 | 340065.72 | 334809.91 | 362032.48 | 387078.98 | 408882.45 | 456066.44 | 384087 | 42623 |
| SHC (Total) | 101355.19 | 88118.47 | 101862.86 | 99939.44 | 98027.82 | 110910.81 | 105824.69 | 100863 | 7049 |
| TPH(total) | 593185.21 | 485649.64 | 545296.86 | 614453.08 | 628160.62 | 591523.15 | 690797.42 | 592724 | 64630 |

6

**Legal Notice**:  This information is provided for informational purposes and to assist in scientific research related to the impact of the MC252 Deepwater Horizon accident.
The sample material from which this data was derived was managed in a reasonable manner commensurate with circumstances of its collection.  This information represents the analytical results of a limited number of samples from a common source.
The analytical results provided have been subject to reasonable efforts at quality assurance and data validation.
However, BP America Inc., BP Exploration & Production Inc., BP Gulf Coast Restoration Organization (GCRO) and all affiliated entities
 make no representations or warranties, express or implied as to the completeness or representativeness of this information or for its applicability to any specific purpose or research objective.



**Legal Notice**: This information is provided for informational purposes and to assist in scientific research related to the impact of the MC252 Deepwater Horizon accident.
The sample material from which this data was derived was managed in a reasonable manner commensurate with circumstances of its collection.  This information represents the analytical results of a limited number of samples from a common source.
The analytical results provided have been subject to reasonable efforts at quality assurance and data validation.
However, BP America Inc., BP Exploration & Production Inc., BP Gulf Coast Restoration Organization (GCRO) and all affiliated entities
 make no representations or warranties, express or implied as to the completeness or representativeness of this information or for its applicability to any specific purpose or research objective.

**PIANO Analysis**

| | | SO-20100621-Q4000-007A | SO-20100621-Q4000-007B |
|---|---|---|---|
| Client ID | | | |
| Lab ID | | Q9975-V | Q9976-V |
| Sample Type | | SA | SA |
| Collection Date | | 06/21/10 | 06/21/10 |
| Extraction Date | | 03/11/11 | 04/08/11 |
| Analysis Date | | 03/12/11 | 04/14/11 |
| Analytical Instrument | | VOC | VOC |
| % Moisture | | NA | NA |
| % Lipid | | NA | NA |
| Matrix | | OL | OL |
| Sample Size | | 20.3 | 21.86 |
| Size Unit-Basis | | MG_OIL | MG_OIL |
| Units | Compound Class | MG/KG_OIL | MG/KG_OIL |
| Benzene | A | 2186.68 | 2323.68 |
| Toluene | A | 7157.59 | 6393.13 |
| Ethylbenzene | A | 1492.03 | 1541.77 |
| m-Xylene | A | 6318.91 | 7018.98 |
| p-Xylene | A | 2388.51 | 2104.15 |
| o-Xylene | A | 3140.32 | 2995.05 |
| Styrene | A | U | U |
| Isopropylbenzene | A | 361.26 | 393.57 |
| Propylbenzene | A | 661.59 | 669.01 |
| 1-Methyl-3-Ethylbenzene | A | 1817.48 | 1981.51 |
| 1-Methyl-4-Ethylbenzene | A | 686.08 | 754.35 |
| 1,3,5-Trimethylbenzene | A | 1291.86 | 1468.32 |
| 1-Methyl-2-Ethylbenzene | A | 871.86 | 915.13 |
| 1,2,4-Trimethylbenzene | A | 3430.17 | 3851.1 |
| sec-Butylbenzene | A | 221.92 J | 231.76 J |
| 1,2,3-Trimethylbenzene | A | 1121.14 | 1238.23 |
| m-cymene | A | 366.04 | 421.52 |
| o-cymene | A | 57.69 J | 57.92 J |
| Indane | A | U | U |
| p-Cymene | A | 212.89 | 221.82 |
| 1,3-Diethylbenzene | A | 180.2 J | 204.29 J |
| 1-methyl-3-n-propylbenzene | A | 756.99 | 906.93 |
| 1,4-Diethylbenzene | A | 529.14 J | 614.93 J |
| 1,3-Dimethyl-5-Ethylbenzene | A | 558.6 | 652.2 |
| 1,2-Diethylbenzene | A | U | U |
| 1-Methyl-2-n-Propylbenzene | A | 424.55 | 488.06 |
| 1,4-dimethyl-2-ethylbenzene | A | 365.72 | 452.95 |
| 1,2-Dimethyl-4-Ethylbenzene | A | 534.1 | 634.17 |
| 1,3-Dimethyl-2-Ethylbenzene | A | 85.96 J | 89.64 J |
| 1,2-dimethyl-3-ethylbenzene | A | 193.02 J | 219.55 J |
| 1,2,4,5-Tetramethylbenzene | A | 222.22 | 276.99 |
| 1,2,3,5-Tetramethylbenzene | A | 427.55 J | 542.05 J |
| 1,2,3,4-Tetramethylbenzene | A | 320.66 J | 380.41 J |
| n-Pentylbenzene | A | U | U |
| Isopentane | I | 4985.76 | 4850.3 |
| 2,2-Dimethylbutane | I | 198.36 J | 242.71 J |
| 2-Methylpentane | I | 4256.97 | 4781.73 |
| 3-Methylpentane | I | 2832.51 | 3184.24 |
| 2,2-Dimethylpentane | I | 280.33 | 281.89 |
| 2,4-Dimethylpentane | I | U | U |
| 2-Methylhexane | I | 3588.04 | 4044.65 |
| 2,3-Dimethylpentane | I | 1310.04 | 846.72 |
| 3-Methylhexane | I | 3761.87 | 3766.38 |
| 2,2,4-Trimethylpentane | I | 213.32 J | 161.54 J |
| 2,2,3-Trimethylpentane | I | U | U |
| 2,4-Dimethylhexane | I | 698.09 | 285.39 |
| 2,3,4-Trimethylpentane | I | U | U |
| 2,3,3-Trimethylpentane | I | 149.44 J | 121.78 J |
| 3-Methylheptane | I | 3782.56 | 3279.81 |
| 2,3-Dimethylhexane | I | 953.75 | 1001.6 |
| 4-Methylheptane | I | 1704.84 | 1867.52 |
| 2-Methylheptane | I | 4935.98 | 4994.02 |
| 2,2-Dimethylheptane | I | U | U |

| Compound | Class | Value 1 | | Value 2 | |
|---|---|---:|---|---:|---|
| 2,2,4-Trimethylhexane | I | | U | | U |
| 2,4-Dimethylheptane | I | 715.24 | J | 640.03 | J |
| 2,6-Dimethylheptane | I | 1480.32 | | 1259.81 | |
| 2,3-Dimethylheptane | I | 1767.02 | | 1702.67 | |
| 4-Methyloctane | I | 1721.22 | | 1864.76 | |
| 2-Methyloctane | I | 2245.39 | | 2306.43 | |
| 3,3-Diethylpentane | I | 130.07 | J | 138.11 | J |
| 2,2-Dimethyloctane | I | 233.85 | J | 333.19 | J |
| 3,3-Dimethyloctane | I | 707.39 | | 617.51 | |
| 2,3-Dimethyloctane | I | 1147.44 | | 906.63 | |
| 3-Methylnonane | I | 1698.32 | | 1174.62 | |
| Cyclopentane | N | 846.94 | | 983.33 | |
| Methylcyclopentane | N | 4306.79 | | 4454.2 | |
| Cyclohexane | N | 5544.89 | | 5910.41 | |
| Methylcyclohexane | N | 14299.14 | | 11518.65 | |
| ctc-1,2,4-Trimethylcyclopentane | N | 993.77 | | 1038.2 | |
| ctc-1,2,3-Trimethylcyclopentane | N | 928.96 | | 337.69 | |
| ctt-1,2,4-Trimethylcyclopentane | N | | U | | U |
| Isopropylcyclopentane | N | | U | | U |
| Ethylcyclohexane | N | 3349.54 | | 3077.27 | |
| 1,1,4-Trimethylcyclohexane | N | 2691.83 | | 2393.37 | |
| ctt-1,2,4-Trimethylcyclohexane | N | 1256.48 | | 1050.22 | |
| ctc-1,2,4-Trimethylcyclohexane | N | | U | | U |
| 1,1,2-Trimethylcyclohexane | N | | U | | U |
| Isopropylcyclohexane | N | 540.51 | J | 515.95 | J |
| n-Butylcyclopentane | N | 4462.61 | J | 4405.85 | J |
| 1-Pentene | O | | U | | U |
| 2-Methyl-1-Butene | O | | U | | U |
| trans-2-Pentene | O | | U | | U |
| cis-2-Pentene | O | | U | | U |
| 1-Hexene | O | | U | | U |
| trans-2-Hexene | O | | U | | U |
| 2-Methylpentene-2 | O | | U | | U |
| cis-2-Hexene | O | | U | | U |
| 2-Methyl-1-Hexene | O | 623.73 | J | 644.31 | J |
| trans-3-Heptene | O | | U | | U |
| cis-3-Heptene | O | | U | | U |
| trans-2-Heptene | O | | U | | U |
| cis-2-Heptene | O | | U | | U |
| 1-Octene | O | | U | | U |
| trans-2-Octene | O | | U | | U |
| Cis-2-octene | O | | U | | U |
| 1-Nonene | O | | U | | U |
| trans-3-Nonene | O | | U | | U |
| cis-3-Nonene | O | | U | | U |
| trans-2-Nonene | O | | U | | U |
| cis-2-Nonene | O | | U | | U |
| 1-Decene | O | | U | | U |
| n-Pentane | P | 6898.18 | | 6824.15 | |
| n-Hexane | P | 8001.86 | | 8685.87 | |
| n-Heptane | P | 8977.36 | | 7298.03 | |
| n-Octane | P | 10781.7 | | 8414.22 | |
| n-Nonane | P | 10240.63 | | 9970.37 | |
| n-Decane | P | 9080.68 | | 6343.38 | |
| n-Undecane | P | 3138.3 | | 1400.82 | |
| n-Dodecane | P | 3986.55 | | 1751.11 | |
| Thiophene | S | | U | | U |
| 2-Methylthiophene | S | | U | | U |
| 3-Methylthiophene | S | | U | | U |
| 2-Ethylthiophene | S | | U | | U |
| Benzo(b)thiophene | S | | U | | U |
| 1,2-Dichloroethylene (trans) | Other | | U | | U |
| 1,2-Dichloroethylene (cis) | Other | | U | | U |
| 1,2-Dichloroethane | Other | | U | | U |
| 1,1,1-Trichloroethane | Other | | U | | U |
| Trichloroethylene | Other | | U | | U |
| Tetrachloroethylene | Other | | U | | U |
| ethanol | OX | | U | | U |
| t-Butanol | OX | | U | | U |
| Methyl tert butyl ether | OX | | U | | U |
| Di-isopropyl ether | OX | | U | | U |
| Ethyl tert butyl ether | OX | | U | | U |
| MMT | MMT | | U | | U |
| Tert amyl methyl ether | ADD | | U | | U |
| 1,2 Dibromoethane | ADD | | U | | U |

Surrogate Recoveries (%)

9

| | | |
|---|---:|---:|
| 1,4 difluorobenzene | 95 | 101 |
| Chlorobenzene-d5 | 101 | 105 |
| 1,4-dichlorobenzene-d4 | 96 | 112 |
| | | |
| Total PIANO | 184831.3 | 171714.61 |
| Total BTEX | 22684.04 | 22376.76 |
| | | |
| Aromatics | 38382.73 | 40043.17 |
| Paraffins | 61105.26 | 50687.95 |
| Isoparaffins | 45498.12 | 44654.04 |
| Naphthenes | 39221.46 | 35685.14 |
| Olefins | 623.73 | 644.31 |
| | | |
| Aromatics (% of Total PIANO) | 20.8% | 23.3% |
| Paraffins (% of Total PIANO) | 33.1% | 29.5% |
| Isoparaffins (% of Total PIANO) | 24.6% | 26.0% |
| Naphthenes (% of Total PIANO) | 21.2% | 20.8% |
| Olefins (% of Total PIANO) | 0.3% | 0.4% |
| | | |
| Total PIANO (wt percent in oil) | 18% | 17% |
| | | |
| Aromatics (wt percent in oil) | 3.8% | 4.0% |
| Paraffins (wt percent in oil) | 6.1% | 5.1% |
| Isoparaffins (wt percent in oil) | 4.5% | 4.5% |
| Naphthenes (wt percent in oil) | 3.9% | 3.6% |
| Olefins (wt percent in oil) | 0.1% | 0.1% |

10

**Legal Notice**: This information is provided for informational purposes and to assist in scientific research related to the impact of the MC252 Deepwater Horizon accident.
The sample material from which this data was derived was managed in a reasonable manner commensurate with circumstances of its collection.  This information represents the analytical results of a limited number of samples from a common source.
The analytical results provided have been subject to reasonable efforts at quality assurance and data validation.
However, BP America Inc., BP Exploration & Production Inc., BP Gulf Coast Restoration Organization (GCRO) and all affiliated entities
 make no representations or warranties, express or implied as to the completeness or representativeness of this information or for its applicability to any specific purpose or research objective.

Carbon Isotope Data

| Field ID | | SO-20100621-Q4000-007C |
|---|---|---|
| Client ID | | 10003486-362 |
| Lab ID | | BP040755 |
| Units | Fraction | ‰ |
| $d^{13}C$ | Saturate | -27.8 |
| $d^{13}C$ | Aromatic | -26.4 |
| $d^{13}C$ | Resin | -26.3 |
| $d^{13}C$ | Asphaltene | -26.7 |
| $d^{13}C$ | Whole | -27.4 |

11