# EXHIBIT 9

# FAITH, KEYES, AND CLARK'S
# INDUSTRIAL CHEMICALS

*Fourth Edition*

**FREDERICK A. LOWENHEIM**
*Plainfield, New Jersey*
*Consultant*

**MARGUERITE K. MORAN**
*Mgr. Technical Information Center,*
*M & T Chemicals Inc. Rahway, New Jersey*

A WILEY-INTERSCIENCE PUBLICATION

*John Wiley & Sons,* • *New York* • *London* • *Sydney* • *Toronto*

Copyright © 1950, 1957, 1965, 1975 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

No part of this book may be reproduced by any means, nor transmitted, nor translated into a machine language without the written permission of the publishers.

*Library of Congress Cataloging in Publication Data:*

Faith, William Lawrence, 1907-
    Faith, Keyes, and Clark's Industrial chemicals.

    "A Wiley-Interscience publication."
    First-3d ed. published under title: Industrial chemicals.
    Includes index.
    1. Chemicals—Manufacture and industry.
I. Lowenheim, Frederick Adolph, 1909-
II. Moran, Marguerite K.   III. Title: Industrial chemicals.

TP200.F3    1975    660    75-17951
ISBN 0-471-54964-9

Printed in the United States of America

10 9 8 7 6 5 4 3 2

# BENZENE
## (BENZOL)



## From Petroleum by Catalytic Reforming

Example: Platforming—Udex process



126

## Reactions (Typical)

$$\text{substituted cyclohexane} \rightarrow \text{Benzene} + R'_1CH{=}CH_2 + R'_2CH{=}CH_2 + 4H_2$$

$$\text{Methyl cyclopentane} \rightarrow \text{Benzene}$$

## Yield

Catalytic reforming
   Gross molal aromatics yield     90 to 95% of theoretical
   Benzene extraction     99%

## Material Requirements (Typical)

Basis—1 metric ton (72 bbl) benzene (99%)

\+ 187 bbl toluene, 182 bbl xylenes, and 441 bbl raffinate*

| | |
|---|---|
| Feed to recovery unit | 882 bbl |
| Diethylene glycol | 20 kg |
| Clay | 100 kg |
| Sulfuric acid | Optional |
| Catalyst (for recovery) | 2.75 kg |

## Process

Benzene may be produced by dehydrogenation of selected petroleum stocks rich in naphthene hydrocarbons. The process is carried out in the presence of hydrogen-rich recycle gas (to suppress coke formation) and

---

* Because the term is almost universally used in industry, the unit barrel (bbl) is retained here. One barrel = 42 gal = 159 liters.

Case 2:10-md-02179-CJB-DPC   Document 12673-13   Filed 04/15/14   Page 5 of 7





*Containers and Regulations.* Tank cars, drums, pails, cans, and bottles. Red DOT shipping label required.

### Economic Aspects

Benzene and the other common aromatic hydrocarbons can be obtained from either coal or petroleum. Prior to World War II, coke-oven gas was the only source. Because of tremendous military requirements, petroleum refiners developed methods for producing and extracting toluene and xylene from petroleum (see *Toluene* and *Xylene*). Ten so-called hydroforming plants were built during the war to supply toluene for munitions. After the war these plants continued in operation, not for toluene, but to up-grade gasoline stocks in antiknock quality. The so-called octane race, brought about by the higher compression ratios of modern automotive engines, forced other refiners to install catalytic reforming equipment. So when the demand for benzene and other purified aromatic hydrocarbons increased, refiners had only to change feed stocks and to install recovery equipment (see *Toluene* for details). The first year of measurable production of petroleum benzene was 1950.

By 1959 more benzene was being produced from petroleum than from coal. In 1971, 88% of the benzene produced was obtained from petroleum. This quantity was made possible in part by introduction of hydrodealkylation processes. However, it is expected that, since benzene produced by hydrodealkylation of toluene is more costly than that obtained by catalytic reforming, toluene dealkylation will play a smaller and smaller role as a future source of benzene.

Toluene disproportionation is practiced commercially by one United States producer as a route primarily to xylene and secondarily to benzene. Large quantities of benzene have not been produced to date by this process. It can only be economically advantageous when (1) the benzene price is high, (2) there is a restriction on the supply of feeds for $p$-xylene recovery, and (3) toluene is in excess supply.

On the average the distribution of aromatics in reformate is: benzene—10%, toluene—40%, xylene—50%, the reverse of market demands. In attempting to supply benzene for a tight market, refiners became glutted with toluene and xylene. So hydrodealkylation processes appeared. The subsequent rush to build such units led to overcapacity, and some planned plants were not built. But such is the history of benzene, a series of ups and downs, both in production capacity and in price.

In the meantime, coke-oven producers of benzene were not without

Case 2:10-md-02179-CJB-DPC   Document 12673-13   Filed 04/15/14   Page 6 of 7

# TOLUENE
## (TOLUOL)



### From Petroleum by Hydroforming



### Reaction (Typical)

$$C_6H_{11}CH_3 \rightarrow C_6H_5CH_3 + 3H_2$$

Methyl cyclohexane     Toluene

80–90% conversion

### Material Requirements

Basis—1 metric ton toluene

Naphtha feed stock ⎫
Sulfuric acid         ⎬ Widely variable,
Caustic soda         ⎪ depending on
Methyl ethyl ketone ⎭ feed stock

See *Benzene* for typical yields using platforming process.

### Process

Toluene is produced from specially selected fractions of petroleum, rich in naphthenes, by catalytic reforming (also known as hydroforming). This involves catalytic dehydrogenation in the presence of hydrogen (which reduces coke formation) to yield a mixture of aromatic hydrocarbons, chiefly toluene.

For the synthesis of toluene, the hydroformer raw material should be rich in dimethylcyclopentane, methylcyclohexane, and ethylcyclopentane (the three chief toluene synthesis compounds). Other naphthenes, such as cyclohexane and dimethylcyclohexane, yield benzene and xylene, respectively. The feed stock also contains paraffin hydrocarbons, of which normal heptane and dimethylhexane are typical. These compounds pass through the hydroformer essentially unchanged and consequently contaminate the toluene hydroformate.

Crude petroleum and natural gasoline are processed by distillation to yield the hydroformer feedstock; for example, a California crude oil containing about 1.45% synthesis hydrocarbons and 0.56% natural toluene, is fractionally distilled, and a so-called heart cut is taken between 90 and 115°C. Natural and straight-run gasoline may also be processed by heart cutting to yield the maximum volume of feed stock obtainable.

The feed stock (a selected naphtha fraction) is preheated in heat exchangers and is then totally vaporized at 565°C in a furnace. Here it is joined with hydrogen-rich (70%) recycle gas at 575°C, and the mixture is passed through a reactor with a contact time of about 15 sec. The reactor contains a dehydrogenation catalyst consisting of 10% molybdenum dioxide on alumina. The reaction takes place at a temperature of 535 to 575°C, a pressure of 150 to 300 psi, and a space velocity of 0.6 (volume of feed per hour divided by the volume of catalyst in the reactor). The ratio of recycle gas (70% hydrogen) is about 170 m$^3$/bbl of reactor charge (a barrel equals 42 gal or 159 liters in the petroleum industry).

# XYLENE
## (XYLOL)



Ortho-   Meta-   Para-

## From Petroleum by Catalytic Reforming (Followed by Separation of *p*-Xylene by Continuous Crystallization)

### Reaction

Catalytic reformer: $C_6H_{10}(CH_3)_2 \rightarrow C_6H_4(CH_3)_2 + 3H_2$

                     Dimethylcyclohexane     Xylenes

80–90% conversion

---

### Material Requirements (Crystallization Process)

Basis—1 metric ton *p*-xylene (95%)

+ 16,975 kg mixed *o*- and *m*-xylenes

| | |
|---|---|
| Mixed xylenes (15.8% *p*-xylene) | 18,000 kg |
| Refrigerant | Makeup only |

### Process

Xylene is obtained from certain petroleum fractions by catalytic reforming or hydroforming. (See *Benzene* and *Toluene* for details). The xylene fraction separated from the reformate may be sold as such or further concentrated by distillation. If separation into pure isomers is desired, several methods are available. The one shown in the flowsheet and described in the following involves recovery of the para isomer by continuous fractional crystallization. The ortho isomer may be separated from other isomers by fractional distillation either before, after, or without *p*-xylene separation.

The catalytic reforming of a selected naphtha cut yields a reformate rich in benzene, toluene, and xylenes. By a combination of extraction and distillation processes (see *Benzene* and *Toluene*), a mixed xylene fraction is produced. Composition is variable but generally contains the three xylene isomers and ethylbenzene in the following proportions:

| | |
|---|---|
| Ethylbenzene | 8.6 to 13.2% |
| *p*-xylene | 17.1 to 20.3% |
| *m*-xylene | 45.5 to 52.2% |
| *o*-xylene | 18.0 to 24.4% |

In order to separate the para isomer by fractional crystallization, the mixed xylenes are dried by passage over activated alumina and then cooled in two stages by heat exchange and refrigeration. Holding tanks after each stage allow the *p*-xylene crystals to grow to a point where they may be readily separated from the cold slurry in a centrifuge. The first-stage cooling (to −70°C) is accomplished by the use of ethylene as a refrigerant. A second crystallization of the remelted crystals needs only propane as the coolant. Centrifugate from the first stage (richer in the ortho and meta isomers than the original feed, but still containing some *p*-xylene) is used to cool the incoming feed and then sent to storage for use as solvent. Centrifugate from the second stage (containing 40 to 50% *p*-xylene) is recycled by addition to the xylene feed stream. The product stream contains *p*-xylene of 95% purity.

A modification of the process described makes use of a pulse column for final purification. The crystal slurry from the second scraped chiller