# EXHIBIT 10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | ) ) ) ) | MDL NO. 2179 SECTION: J |
| **This Document Relates to:** **2:10-cv-01768 & 2:10-cv-02454** | ) ) ) ) ) ) ) | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## Declaration of Adam Keats

I, Adam Keats, hereby declare:

1.      I am over the age of eighteen and competent to make this declaration.

2.      I am a member in good standing of the Center for Biological Diversity.  I am also employed by the Center as its Urban Wildlands Program Director.  I am based in the Center's San Francisco office.

3.      I traveled to the coasts of Florida and Texas at least four times before the oil spill occurred.  During those visits I would recreate in and around the coast, including swimming in the ocean and watching native and migratory bird species.  I am an avid bird watcher.

4.      I have been to the Gulf Coast area in Texas twice since the oil spill.  On one trip, I traveled the entire Texas coast, all the way to South Padre Island, on the border with Mexico.

5.      During those trips, I was very wary of entering the water because of the oil spill. In particular, I was concerned about what chemicals I might be exposed to from the spill, and what health impacts those chemicals could have on my body.  I have sensitive skin allergies, which I feared could be aggravated by the chemicals in the water from the spill.

As a result, I refrained from entering the water during those trips, with the exception of swimming at the very southern tip of South Padre Island.

6.      I am returning to the Gulf this May to recreate in and around the Gulf Coast, primarily in Louisiana and the Mississippi River Delta.  I intend on spending at least two days bird watching and observing other wildlife species.

7.      Many of the avian species I desire to view during my trip will be located in the Mississippi River Delta and on the Gulf shore.  Accessing the best vantage points to view these species often requires wading in the shallow waters of the shoreline at beaches and estuaries, usually to get closer to sandbars or small islands where shorebirds congregate.  Many of these areas also offer great swimming, something I ordinarily would enjoy and wish to do.  Unfortunately, I am reluctant to enter the water to reach those points because of the contamination from the oil spill.  I do not know what chemicals were released into the water or how those chemicals could impact my health and my skin allergies.

8.      I understand that the federal Emergency Planning and Community Right-to-Know Act ("EPCRA") required BP and Transocean to file reports with local and state authorities outlining exactly what chemicals and amounts were released into the environment from the spill, the anticipated acute or chronic health effects of those chemicals, what precautions one could take to minimize their exposures, and advice about what medical attention one should seek if they had been exposed to such chemicals.

9.      I have not found this information anywhere I have searched.  I would use this information to evaluate what my potential health risks are from being exposed to Gulf water in the past, and whether I can safely enter the waters in the future during my bird-

DECLARATION OF ADAM KEATS                                                          2 / 3

watching trip. I would also provide this information to my physician if I became seriously ill with no obvious diagnosis.

10.     On April 9, 2014, I called the local emergency planning commission for Orleans Parish to see if BP had filed EPCRA reports. The number I called was 504-658-8700. I was told that they had no such reports from BP or Transocean concerning chemicals released after the spill, but they referred me to the Louisiana Coastal Protection and Restoration Authority at 225-342-7308. I called that office but was told that the people who would know about such a report were out of the office until April 11th and they would give my message to them. I then contacted the Plaquemines Parish Office of Homeland Security & Emergency Preparedness at 504-274-2477, who informed me that they would not have such a report but that I should contact the State Police HazMat unit, at 225-925-6113, x243. I called that number (which turned out to be for the State Police Emergency Services Unit) and left a message. I received a return call from Gene Dunnigan at the State Police Emergency Services Unit, who informed me that in order to get any such report I needed to submit a "public information request" for "incident reports and follow-up info from BP in reference to said incident" and that his office would respond to that request.


        I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED THIS 14TH DAY OF APRIL, 2014, IN SAN FRANCISCO, CALIFORNIA.

Adam Keats

DECLARATION OF ADAM KEATS                                                   3 / 3