# EXHIBIT 11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>2:10-cv-01768 & 2:10-cv-02454 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## Second Declaration of Allison Davie Sondak

I, Allison Davie Sondak, hereby declare that

1. I am over eighteen years of age and competent to make this declaration.

2. I am a member of Center for Biological Diversity. I fully incorporate the contents of my prior declaration.

3. In the weeks and months after the oil spill, I looked for information concerning the types and amounts of chemicals released by the spill into the ocean and surrounding areas. I was concerned about the impacts that these chemicals could have on the environment, the Gulf of Mexico's fisheries, and on my own personal health. I searched the internet for this information; I followed updates about the spill on nola.com; and I checked the Center for Biological Diversity's website frequently.

4. I have been told that the federal Emergency Planning and Community Right-to-Know Act ("EPCRA") required BP to file reports with local and state authorities outlining exactly what chemicals were released into the environment, the anticipated acute or chronic health effects of those chemicals, what precautions one could take to minimize their exposures, and advice about what medical attention one should seek if they had been exposed to such chemicals.

SEC. SONDAK DECL. 1

5. These reports would be extremely useful to me. As I declared previously, I formerly was an avid canoeist and kayaker. I have refrained from undertaking these recreational activities because I fear what chemicals could still be in the Gulf of Mexico and the surrounding area. If I had the information that was required to be reported under EPCRA, my concerns about undertaking these activities may be relieved. At the very least, I would be able to assess the risk to my health by being exposed to water contaminated with oil from the Macondo Well, and what medical attention I should consider seeking based on that exposure.

6. These reports would also be useful to me from a business & culinary perspective. As stated in my previous declaration, I enjoy consuming seafood from the Gulf of Mexico. While the federal government has declared the fisheries "safe," I am very skeptical of that decision given the huge amount of oil released into the ocean. I currently own a home-based food business under the Louisiana Cottage Food law and plan on opening a commercial kitchen in the very near future. I do not want to provide my customers with products that contain seafood, which could impact their health – especially for customers with preexisting health conditions. If I had access to EPCRA reports, I would use that information to educate myself and my future customers about the possible health risks associated with the seafood-containing products that I plan on producing and selling.

/

/

/

7. I have not discovered the type of information that is to be contained in EPCRA reports elsewhere through my past internet searches. I also looked for this information on the internet recently, and did not find any succinct report containing the data required by EPCRA.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 14th Day of April, 2014, in New Orleans, Louisiana.

_____
Allison Davie Sondak