# EXHIBIT 12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-01768 & 2:10-cv-02454** | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>)<br>) |

### Second Declaration of Gabriel Scott

I, Gabriel Scott, hereby declare:

1. I am over the age of eighteen and competent to make this declaration.

2. I am a member in good standing of the Center for Biological Diversity. I fully incorporate the contents of my prior Declaration herein.

3. As stated in para. 6 of my previous declaration, I was exposed to oil and other contaminants from BP's oil spill. I was very concerned about my health at the time of the exposure, and am still concerned to this day about what long-term impacts exposure to oil may or will have on my body.

4. After the oil spill occurred, I looked for information about the chemicals that were released from the Macondo Well and the Deepwater Horizon, including the types and amounts of material discharged into the ocean. I regularly checked governmental websites, including the EPA's website and "Restorethegulf.gov" for this data. I also regularly read the newspaper for information concerning the types and amounts of chemicals released.

5. I also reviewed the Material Data Safety Sheets for crude oil and the dispersants that were applied by BP.

SECOND DECLARATION OF GABRIEL SCOTT                                                                                1 / 3

6. None of my searches revealed specific information about the types and quantities of chemicals contained in the crude oil released from the Macondo Well – oil that I was personally exposed to while living in Louisiana.

7. I understand that the federal Emergency Planning and Community Right-to-Know Act ("EPCRA") required BP to file reports with local and state authorities outlining exactly what chemicals and amounts were released into the environment, the anticipated acute or chronic health effects of those chemicals, what precautions one could take to minimize their exposures, and advice about what medical attention one should seek if they had been exposed to such chemicals.

8. I have not found this information anywhere I have searched. I would use this information to evaluate what my potential health risks are now and into the future. I would also provide this information to my physician if I became seriously ill with no obvious diagnosis.

9. On February 27, 2014, I called the local emergency planning commission for Orleans Parrish to see if BP and Transocean had filed EPCRA reports. The number I called was 504-658-8700. I asked the person who answered to provide me with any follow-up written reports filed by BP or Transocean concerning the oil released from the spill. The person was not aware of any reports, but took my number and said another person would call me back. As of the date of this Declaration, I have not received any call back from Orleans Parish.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED THIS __8__ DAY OF __April__, 2014, IN __Cordova, Alaska__.

_(signature)_
Gabriel Scott