UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | ) ) ) ) | MDL NO. 2179 |
| | ) | SECTION: J |
| | ) | |
| **This Document Relates to:** 2:10-cv-01768 & 2:10-cv-02454 | ) ) ) ) ) ) ) | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## Second Declaration of Catherine Craig

I Catherine Craig, hereby declare that:

1.  I am over eighteen years of age and competent to make this declaration.

2.  I am a member of Center for Biological Diversity.  I fully incorporate the contents of my prior declaration.

3.  Immediately after the oil spill, and in the months thereafter, I looked for information about the names and quantities of chemicals discharged into the ocean and released into the air from the spill.  I sought this information because I was concerned about how these chemicals could impact my health and the health of other Gulf residents.

4.  I primarily searched the internet for this information.  I looked at websites for the EPA, the CDC, local news organizations, and the Center for Biological Diversity's site.  I did not find any specific documents or websites containing this information.

5.  After the spill, I tried to find a local laboratory that would test for whether chemicals associated with oil were present in my body.  I was told by the laboratory I contacted that they were not certain what chemicals to test for, because the exact types and quantities of chemicals released by the spill were not publicly reported.

SEC. DECL. OF CATHERINE CRAIG                                                                 1

6.   I understand that the federal Emergency Planning and Community Right-to-Know Act ("EPCRA") required BP and Transocean to file reports with local and state authorities outlining exactly what chemicals were released into the environment, the anticipated acute or chronic health effects of those chemicals, what precautions one could take to minimize their exposures, and advice about what medical attention one should seek if they had been exposed to such chemicals.

7.   I would find such reports extremely useful.  Ever since the spill occurred, I have been suffering chronic sinus infections.  I estimate that I have had four such infections per year for the past four years.  My doctor does not know why I started getting these infections.  I believe that part of the reason may lie with the exposures I suffered to water and air contaminated by oil and dispersants from the spill.

8.   If I had the information that was required to be reported under EPCRA, I would use that information to help my doctor or another qualified physician diagnose whether my sinus problems are related to exposures to chemicals from the spill.  I would also use that information to assess my potential risks to other health problems, and to evaluate what steps I could take to minimize or alleviate those problems.

9.   I have not discovered the type of information that is to be contained in EPCRA reports elsewhere through my past internet searches.

10. On April 2, 2014, I called the local emergency planning commission for Orleans Parish to see if BP had filed EPCRA reports.  The number I called was 504-658-8700.  I asked the person who answered to phone to provide me with any follow-up written reports filed by BP under EPCRA concerning the oil released from the spill.  I was informed that no such reports exist.

SEC. DECL. OF CATHERINE CRAIG                                                                                    2

11. On April 2, 2014, I also called the local emergency planning commission for Palm Beach County, the Treasure Coast Regional Planning Council, at 772-221-4060. I asked the person who answered to phone to provide me with any follow-up written reports filed by BP under EPCRA concerning the oil released from the spill. I was informed that no such reports exist.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 3 Day of April, 2014 in West Palm Beach Fl

Catherine Craig