# EXHIBIT 14

**Law Offices of Charles M. Tebbutt, P.C.**
P.O. Box 10112, Eugene, OR 97440
470 W. Broadway, Eugene, OR 97401
Ph: 541-344-8312, Fax: 541-344-0188
charlie.tebbuttlaw@gmail.com

June 1, 2010

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Tony Hayward, Chief Executive Officer (first class mail only)
BP, PLC
1 St. James Square
London
SW1Y4PD
United Kingdom

BP America, Inc.
501 WestLake Park Blvd.
Houston, TX 77079-2696

Andrew Inglis, Chief Executive
BP Exploration & Production, Inc.
501 WestLake Park Blvd.
Houston, TX 77079-2696

TransOcean, Ltd.
P.O. Box 2765
Houston, TX  77252-2765

RE: Notice of Intent to Sue Pursuant to Section 505 of the Federal Water Pollution Control Act

Dear Sirs:

    This letter is to provide you with notice of intent of the Center for Biological Diversity,
Inc., to file a citizen suit against BP America, Inc., BP Exploration & Production, Inc., and
TransOcean Ltd., concerning the ongoing oil and associated toxic and hazardous pollutants
spewing from the Deepwater Horizon rig pursuant to section 505(a)(1)(A) of the Federal Water
Pollution Control Act, commonly known as the Clean Water Act, 33 U.S.C. § 1365(a)(1)(A).
You are hereby given immediate notice pursuant to 33 U.S.C. § 1365(b) that violations of 33
U.S.C. § 1317(a) have occurred, and will continue to occur, involving the discharge of toxic
pollutants related to and included in the oil spewing from the Deepwater Horizon wells.
Consequently, a civil action may be immediately filed in federal district court.  In the event that
immediate notice and suit is not available under 33 U.S.C. §§ 1317(a) and 1365(b), upon the
expiration of the sixty (60) day statutory waiting period provided by 33 U.S.C. § 1365(b)(1), the

BP Notice of Intent
June 1, 2010
Page 2

Center for Biological Diversity will file a separate or amended civil action in federal district court.

In addition, this letter provides further sixty (60) day notice that the Center for Biological Diversity intends to bring suit pursuant to section 310(a)(1) of the Comprehensive Environmental Response Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9659(a)(1), and section 326(a)(1)(A)(i) of the Emergency Planning and Community Right-to-Know Act ("EPCRA"), 42 U.S.C. § 11046(a)(1)(A) for failures to report releases of hazardous substances to the water and air.

The Clean Water Act lawsuit will allege that BP, PLC, BP America, Inc., BP Exploration & Production, Inc., and TransOcean Ltd., collectively referred to hereafter as BP, have violated and continue to violate the Clean Water Act, including but not limited to water quality standards, by spewing up to, or perhaps more than, 42 million gallons of oil as of May 31 (based on information currently available), and millions of pounds of toxic pollutants (as defined by the Clean Water Act, 33 U.S.C. § 1317(a) and set forth at 40 C.F.R. § 401.15). BP is discharging, and will continue to discharge, oil, toxic pollutants, and reportable quantities of hazardous substances in violation of sections 301, 307, and 311 of the Clean Water Act, 33 U.S.C. §§ 1311, 1317, and 1321, from its Deepwater Horizon offshore facilities located in the Mississippi Canyon area, Block 252, in the Gulf of Mexico. The wells are located at approximately Latitude 28°44'17.277"N, Longitude 88°21'57.340"W and 28°44'16.027"N, 88°22'00.581"W. The discharges are located in navigable waters in the contiguous zone subject to the jurisdiction of the United States.

BP has violated and continues to violate the CWA by discharging oil, toxic pollutants, and hazardous substances in reportable quantities. In addition to the list of toxic pollutants required by section 307(a) of the Clean Water Act, section 311(b)(2)(A), 33 U.S.C. § 1321(b)(2)(A), requires EPA to compile a list of hazardous substances which, when discharged to navigable waters or adjoining shorelines, present an imminent and substantial danger to the public health or welfare. This includes danger to people, fish, shellfish, wildlife, and beaches. The lists of chemicals and chemical substances required by 33 U.S.C. § 1321(b)(2)(A) and compiled by EPA are listed in Tables A and B of 40 C.F.R. § 116.4. Isomers, hydrates, solutions, and mixtures that contain the listed substances are included. The toxic pollutants prohibited by section 307(a) and set forth by 40 C.F.R. § 401.15 that are being discharged include, but are not limited to, benzene, toluene, naphthalene, polynuclear aromatic hydrocarbons (including benzanthracenes, benzopyrenes, benzofluoranthene, chrysenes, dibenzanthracenes, and indenopyrenes), arsenic, cadmium, mercury and nickel (and the metals' related compounds). The reportable quantities of hazardous substances discharged in violation of 33 U.S.C. § 1321(b)(2)(A), as set forth in 40 C.F.R. § 302.4, include, but are not limited to, benzene (10 pounds), toluene (1000 pounds), xylene (100 pounds), naphthalene (100 pounds), polynuclear aromatic hydrocarbons (either as phenanthrene at 5000 pounds or as individual PAHs at either 10

BP Notice of Intent
June 1, 2010
Page 3

or 100 pounds each, depending upon the specific compound), arsenic (and related compounds at 1 pound) cadmium (and related compounds at 10 pounds), mercury (and related compounds at 1 pound), nickel (and related compounds at 100 pounds), copper (and related compounds at 5000 pounds).

Section 301 of the CWA, 33 U.S.C. § 1311(a), prohibits the discharge of any pollutant from a point source into waters of the United States unless such discharge is permitted in a National Pollutant Discharge Elimination System (NPDES) permit. BP's discharges are not, and could not be, permitted by an NPDES permit. Furthermore, BP's discharges also violate the prohibitions set forth at 33 U.S.C. § 1321(b)(1). While BP is operating under NPDES General Permit Number GMG 290000 concerning the general operations of the Deepwater Horizon rig, such permit does not in any way allow the discharge of oil and toxic and hazardous substances being discharged.

BP has discharged, continues to discharge, and will likely continue to discharge pollutants, including toxic pollutants defined pursuant to 33 U.S.C. § 1317(a), and hazardous substances defined pursuant to 33 U.S.C. § 1321(b)(2)(A), through a point source or point sources into waters of the United States, namely the contiguous zone of the Gulf of Mexico. Illegal discharges have occurred beginning on April 20, 2010, are continuing to occur, and will likely continue to occur indefinitely.

Notifier believes and alleges that a history of violations, similar in type and nature to the violations listed above, and if different, all related to improper construction, operation and maintenance of the Deepwater Horizon wells, has continued from at least April 20, 2010, to the present. Such violations are known to BP and may be included in future legal actions by the Center for Biological Diversity. Such additional discharges may only be known to BP and eyewitnesses to be determined.

We intend immediately to file a citizen suit under Section 505 of the CWA against BP and other parties named herein. In the event that immediate suit is either not filed or later not allowed by the courts, this letter provides notice that a separate or amended suit will be filed at the close of the sixty (60) day notice period. The Center for Biological Diversity will seek the statutory maximum of $37,500 per day for each violation or the statutory maximum of $1,000 per barrel of oil or reportable quantity of hazardous substance pursuant to 33 U.S.C. § 1321(b)(7)(A) (if available), including those violations occurring subsequent to this letter, plus injunctive and remedial relief, costs, attorney and expert witness fees, and such other relief as may be appropriate.

BP Notice of Intent
June 1, 2010
Page 4


Violations of CERCLA and EPCRA.

The lawsuit filed after the sixty (60) notice period will also contain allegations that BP has violated CERCLA and EPCRA, which require the submission to federal, state, and local authorities detailed reports of releases of certain federally-designated hazardous substances, including, but not limited to, relevant  hazardous substances on the federal lists of hazardous and extremely hazardous substances.  See 40 C.F.R. § 302.4, and 40 C.F.R. part 355 Appendix A.

BP has violated and continues to violate CERCLA, 42 U.S.C. § 9603(a), and EPCRA, 42 U.S.C. § 11004, as well as federal regulations implementing these statutes, by failing to adequately report the releases of more than the reportable pounds per day of certain hazardous substances, including, but not limited to: benzene (10 pounds), toluene (1000 pounds), xylene (100 pounds), naphthalene (100 pounds), polynuclear aromatic hydrocarbons (either as phenanthrene at 5000 pounds or as individual PAHs at either 10 or 100 pounds each, depending upon the specific compound), arsenic (and related compounds at 1 pound), cadmium (and related compounds at 10 pounds), mercury (and related compounds at 1 pound), nickel (and related compounds at 100 pounds), and copper (and related compounds at 5000 pounds) to the ambient air and/or surrounding waters from the Deepwater Horizon rig and wells.  The Center for Biological Diversity is informed and believes that such violations have occurred on a daily basis since the spill began and continue to occur without proper reporting.

CERCLA authorizes citizen enforcement actions in federal court "against any person . . . who is alleged to be in violation of any standard, regulation, condition, requirement, or order which has become effective pursuant to this chapter . . ." 42 U.S.C. § 9659(a).  EPCRA likewise authorizes citizen suits for failure to comply with reporting requirements for releases of hazardous substances.  42 U.S.C. § 11046(a)(1)(A).  The Center for Biological Diversity will seek civil penalties of up to $37,500 per day for each violation, declaratory relief, injunctive relief from the court to remedy your violations, as well as attorney and expert fees and costs. You are hereby given notice that, upon the expiration of the sixty (60) day statutory waiting period, the Center for Biological Diversity will file a civil action in federal district court concerning these violations.

The name, address and phone number of the person giving Notice of Intent to Sue under the Clean Water Act is:

Center for Biological Diversity
P.O. Box  710
Tucson, AZ  85702-0710
Tel:  520–623–5252

BP Notice of Intent
June 1, 2010
Page 5

          Counsel for Notifier are:

Charles M. Tebbutt
Law Offices of Charles M. Tebbutt, P.C.
P.O. Box 10112
Eugene, OR 97440
Phone: 541-344-8312
E-mail: charlie.tebbuttlaw@gmail.com

Marc Fink
Center for Biological Diversity
209 East 7th St.
Duluth, MN  55805
Phone:  218-525-3884
E-mail: mfink@biologicaldiversity.org


          This notice letter was prepared based on good faith information and belief after
reasonably diligent investigation.  If you believe that any of the foregoing is factually erroneous
or inaccurate, please notify us promptly.  The Center for Biological Diversity requests that any
person receiving this notice direct all inquiries to the undersigned legal counsel.

                              Sincerely,

                              Charles M. Tebbutt
                              Law Offices of Charles M. Tebbutt, P.C.

Via Certified Mail, Return Receipt Requested

Hon. Barack Obama, President
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Lisa P. Jackson, Administrator
United States Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

BP Notice of Intent
June 1, 2010
Page 6


Dr. Alfredo Armendariz, Administrator (courtesy copy)
Larry Starfield (Acting), Administrator
Region 6, Environmental Protection Agency
Fountain Place 12th Floor, Suite 1200
1445 Ross Avenue
Dallas, TX 75202-2733


Peggy Hatch, Secretary
Louisiana Department of Environmental Quality
602 N. Fifth Street
Baton Rouge, LA 70802


Eric Holder, United States Attorney General (courtesy copy)
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


J.H. Dupree, President
BP Exploration & Production, Inc.
4101 Winfield Road
Warrenfield, IL 60555


CT Corporations System, Inc.
5615 Corporate Blvd, Suite 400B
Baton Rouge, LA 70808
(registered agent for BP PLC, BP America, Inc., and BP Exploration & Production, Inc.)


CT Corporations System, Inc.
350 North St. Paul St.
Dallas, TX 75201-4234
(registered agent for BP PLC, BP America, Inc., and BP Exploration & Production, Inc.)


Capitol Corporate Services, Inc.
800 Brazos, Suite 400
Austin, Texas 78701
(registered agent for TransOcean Ltd.)