# EXHIBIT 5

U.S. Department of
Homeland Security

United States
Coast Guard

Commander
Eighth Coast Guard District

Hale Boggs Federal Building.
500 Poydras Street
New Orleans, LA 70130
Staff Symbol (dl)
Phone: (504) 671-2331

16480
May 12, 2010

Doug Suttles
Chief Operating Officer
Exploration & Production
BP America Inc.
501 WestLake Park Boulevard
Houston, Texas 77079

Re: MC 252 Macondo Flow Containment and Capture Recovery System Document Control No.
2200-T2-DO-PR-4058 Rev 1 (Procedure)

I received your letter request dated May 12, 2010, in which you outlined two proposed
methods of potential flow containment of the MC 252 Macondo well. Each method may involve
the discharge of elevated levels of the injected chemicals, including methanol, corrosion/scale
inhibitor, oxygen scavenger, and oxygen scavenger catalyst. You have identified the estimated
maximum discharge as

411 BPD---methanol (@63% of water production)
0.1 BPD---corrosion/scale inhibitor (@ 100 ppm of water production)
0.4 BPD---oxygen scavenger (@1000 pm of methanol injection)
1.2 BPD---oxygen scavenger catalyst (@3000 ppm of methanol injection)

Subject to those reasonable estimates, and pursuant to my authority as Federal On-Scene
Coordinator, I hereby permit both methods outlined in your letter request, and also acknowledge
that such discharges are excluded from permitting requirements pursuant to 40 CFR part
122.3(d).

Sincerely,

MARY E. LANDRY
Rear Admiral, U.S. Coast Guard
Commander, Eighth Coast Guard District

CONFIDENTIAL