UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>2:10-cv-02454, 2:10-cv-01768 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN<br><br>**PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST BP DEFENDANTS ON COUNT 7 OF AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. Proc. 56(c) and Local Rule 56.1, the Center for Biological Diversity (the "Center"), plaintiff in *Center for Biological Diversity v. BP America, et al.*, 2:10-cv-02454 and 2:10-cv-01768, respectfully submits its Statement of Undisputed Material Facts in Support of its Motion for Partial Summary Judgment on Count 7 of the Amended Complaint:

1.  BP is a lessee of Block 252, Mississippi Canyon. Exhibit 1, Answer of BP at ¶¶ 24-25, *United States v. BP Exploration & Production, Inc., et al.,* 2:10-cv-04536, ECF No. 1858. The United States Minerals Management Service executed this lease as lessor. *Id.* at ¶ 25.

2.  The "Macondo Well" was an exploratory well constructed on the Macondo Prospect, Block 252, Mississippi Canyon. *Id.* at ¶ 41.

3.  The Macondo Well is located on the Outer Continental Shelf, approximately 50 miles from the Mississippi River delta. *Id.* at ¶ 1.

4.  The United States' Exclusive Economic Zone ("EEZ") extends no more than 200 nautical miles from the territorial sea baseline into the ocean. The United States maintains sovereign jurisdiction over its EEZ.

5.  The Macondo Well is located within the United States' EEZ.

1

6. The Macondo Well is a stationary structure.

7. The Macondo Well is located at a single site.

8. BP is the owner of the Macondo Well. *Id*. at ¶ 24, 25; *see also* ECF No. 5809 at 2 (Court's Order on cross-motions for summary judgment concerning Clean Water Act liability) ("BP and Anadarko also co-owned the Macondo Well, an exploratory well on MC 252.").

9. BP was the operator of the Macondo Well between April 20 and July 15, 2010. Phase I Tr. at 504:02-17; 597:2-4; 511:14-15-5:13:14 (Feb. 6, 2013) (testimony of Lamar McKay, chairman and president of BP American in April, 2010); Phase 1 Tr. at 7069:12-24 (Apr. 3, 2013) (BP Expert Dr. Frederick Beck) (describing BP's status as an operator of the Macondo Well); Exhibit 2, ECF No. 7076 at ¶¶ 69, 71-82, 86, 87, 89-91, 127, 131-133, 138 (Factual Stipulations Concerning Source Control Events).

10. On April 20, 2010, a blowout of the Macondo Well occurred. ECF No. 5809 at 2.

11. On April 22, 2010, the *DEEPWATER HORIZON* sank into the Gulf of Mexico, breaking the riser pipe that connected the *DEEPWATER HORIZON* to the Macondo Well in the process. *Id*.

12. Oil thereafter flowed continuously from the Macondo Well and into the Gulf of Mexico. *Id*.; *see also* Exhibit 1 at ¶ 61 (BP admitting that "on and for a period of time after April 20, 2010, oil flowed form the Macondo well, some of which flowed into and upon waters of the Gulf of Mexico and some of which reached the shoreline of the United States.").

13. Oil from the Macondo Well reached the shoreline of the United States. Exhibit 1 at ¶ 61.

14. Oil continued to flow from the Macondo Well into the Gulf of Mexico until at least July 15, 2010. *Id*. at ¶ 1.

15. Oil flowed from the Macondo Well for at least 86 days.

16. Prior to the blowout of the Macondo Well on April 20, 2010, BP and Transocean injected at least 454 barrels of "spacer" into the wellbore. Exhibit 3, ECF No. 1819-3 at Ex. M, pp. 26-28 (excerpt from Declaration of Daniel Snyder); *see also* Exhibit 4 at 11 (BP's Response and Objections to the Center's First Set of Discovery Requests, February 26, 2014) (admitting that 454 barrels of spacer used at Macondo Well). The amount of the spacer was almost twice the quantity used in standard industry practice. Exhibit 3 at Ex. M, pp. 20-22. BP instructed the crew of *Deepwater Horizon* to inject the greater amount of spacer so that it could avoid the reporting and disposal requirements of the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6902 *et seq*. *Id*. at Ex. M, pp. 26-28. By injecting all of the spacer, BP did not have to dispose of the spacer as "hazardous waste" under RCRA.

17. Over May 26-28, 2010, BP pumped bridging material and heavy drilling muds through the Blowout Preventer's choke and kill lines and into the Macondo Well. Exhibit 2 at ¶¶ 77-82.

18. Between 28,000 and 30,000 barrels of used drilling muds were injected into the Blowout Preventer and into the Macondo Well during this process. Exhibit 4 at 13. These drilling muds contained ethylene glycol and caustic soda (sodium hydroxide), both of which are hazardous substances. Exhibit 3 at Ex. N, p. 3. (BP July 23, 2010 Response to June 14, 2010 Information Request from the Honorable Edward J. Markey and the Honorable Lois Capps Concerning Activities Related to Environmental and Worker Health Impacts).

19. The heavy drilling muds injected into the Blowout Preventer and into the Macondo Well contained methanol, also known as Methyl Alcohol. Exhibit 5 (CONFIDENTIAL BP-HZN-2179MDL05612227).

3

20. Oil from the Macondo Well was collected by the *Q4000* vessel on or about June 19, 2010. Exhibit 6 at 6 ("Data Publication Summary Report MC-252 Oil Characterization").

21. BP contractor Schlumberger collected samples of oil from the Macondo Well during the blowout on June 19, 2010. These samples were tested and found to contain the following levels of hazardous chemicals:

   a. Benzene: The weight percentage of benzene in a monophasic fluid was 0.03% to 0.06%.

   b. Toluene: The weight percentage of toluene in a monophasic fluid was 0.02% to 0.17%.

   c. Xylene: The weight percentage of xylene in a monophasic fluid was 0.07% to 0.25%.

Exhibit 7 at 2, 4-5, 6 (BP's Response to Plaintiff's Second Set of Requests for Admission).

22. At least 2.45 mmSTB, or "million stock tank barrels," of oil were released from the Macondo Well and into the environment, excluding oil that was otherwise captured or collected. ECF No. 12044 at 40 (BP's Phase Two Post-Trial Brief – Quantification Segment) (concluding that 3.26 million barrels of oil were released from the well and 810,000 barrels were collected).

23. API gravity, or American Petroleum Institute gravity, is a measurement of how heavy or light a petroleum liquid is compared to density of water.

24. To determine a petroleum product's API gravity, one uses a simple mathematical formula: API Gravity = (141.5 / RD) – 131.5. "RD" in this equation stands for "relative density," which is the density of oil divided by the density of water at a specified temperature; in this case (as with all API calculations), 60 degrees Fahrenheit. *See, e.g.*, Schlumberger Oilfield

4

Glossary entry for "API gravity," *available at* http://www.glossary.oilfield.slb.com/en/Terms.aspx?LookIn=term%20name&filter=API%20gravity (accessed on April 15, 2014).

25. The oil released from the Macondo Well had an API gravity of 36.2 at 60 degrees Fahrenheit. Exhibit 8 (sampling information from Macondo Oil obtained from the Q4000 vessel on June 19, 2010).

26. To determine how much the Macondo Well oil weighed per gallon, one must first know the relative density of Macondo Well oil to the density of water. To obtain this number, one simply re-writes the equation above using basic mathematical principles to solve for relative density, or "RD": RD = 141.5 / (API Gravity + 131.5). Solving the equation yields a relative density of 0.8437, which means that the Macondo Well oil has a density that is approximately 84% that of water. (141.5 / (36.2 + 131.5), or 141.5/167.7). *See also* Ex. 8 at 2 (identifying the relative density of Macondo Oil as 0.8437).

27. The density of water is 8.337 lbs/gal at 60 degrees Fahrenheit.

28. Knowing that the relative density of Macondo Well oil to water is 0.8437, and that the density of water is 8.337 lbs/gal, the Macondo Well oil weighed just about 7.034 lbs/gal (0.8437 X 8.337 lbs/gal = 7.0339269 lbs/gal).

29. One stock tank barrel has the equivalent volume of 42 gallons at 60 degrees Fahrenheit.

30. Based on BP's quantification that 2.45 mmSTB were released during the spill, and that one stock tank barrel equals 42 gallons of oil, at least 102,900,000 gallons of oil were released by the Macondo Well into the environment.

31. This means that, on average, over the course of the 86-day spill, 1,196,511.63 gallons of oil were released each day (102,900,000/86), or about 1,196,512 gallons per day.

32. Because the Macondo Well oil weighed 7.034 lbs/gal, the weight of the oil being released per day is 8,416,265.41 lbs/day (1,196,512 gallons X 7.034 lbs/gal), or about 8,416,265 lbs/day.

33. Finally, using the lower-end of BP's estimates about the relative weight of benzene, toluene, and xylene in the Macondo Well oil (0.03%, 0.02%, and 0.07%, respectively), the following minimum amounts of hazardous substances were released each day that oil flowed from the Macondo Well:

   a. Benzene: 2,525 lbs/day (.0003 X 8,416,265 = 2,524.88 lbs/day)

   b. Toluene: 1,683 lbs/day (.0002 X 8,416,265 = 1,683.253 lbs/day)

   c. Xylene: 5,891 lbs/day  (.0007 X 8,416,265 = 5,891.385 lbs/day)

34. It is commonly accepted and widely known in the oil industry that crude oil is a source of benzene, toluene, and xylene. *See, e.g.,* Exhibit 9 at pp. 126-27, 134-35, 822-23, 874-75 (highlighted excerpts from Faith, Keyes, and Clark's "Industrial Chemicals," Fourth Edition, discussing methods of obtaining benzene, toluene, and xylene from petroleum).

35. The reportable quantity for benzene is 10 lbs/day; toluene is 1000 lbs/day; xylene is 100 lbs/day.  40 C.F.R. 302.4.

36. BP submitted no immediate notice under EPCRA to any local emergency response committees or state emergency response commission for the releases of benzene, toluene, and xylene[1] from the Macondo Well.

---

[1] No reports about the release of any other hazardous substances were submitted, either.

37. BP has submitted no followup written reports under EPCRA to local emergency response committees or state emergency response commission addressing the releases of benzene, toluene, or xylene from the Macondo Well.

38. Members of the Center have searched for the type of information that would be contained in written follow-up reports about the oil spill under EPCRA over the past four years, but have not located that information. *See* Exhibits 10-13 at paras. 7-10 (Standing Declarations of Scott, Craig, Sondak, and Keats). These members would make use of the information that would be contained in the reports for a variety of purposes, such as evaluating potential health risks from exposure to oil, assessing the safety of seafood, and providing information to health care professionals to aid in diagnoses. *Id*.

39. Defendant BP Exploration and Production, Inc. is a for-profit corporation organized under the laws of the state of Delaware. Defendant BP America Production Company is a for-profit corporation organized under the laws of the state of Delaware. Defendant BP America, Inc. is a for-profit corporation organized under the laws of the Delaware.

40. In the days after the spill began, BP's Houston office was designated by the Unified Area Command as the Incident Command Post working on source control. Exhibit 2 at ¶ 7. Generally, BP's Incident Commander for the oil spill held daily meetings with federal Source Control representatives during the 86-day spill. *Id*. at ¶ 13. BP executives held daily conference calls during the spill with the Department of Interior representatives, including Secretary Ken Salazar, to discuss source control oversight and to review progress on source control and operations planning. *Id*. at ¶ 17. BP's Houston Source Control Command Post held daily meetings during the spill to define and review incident objectives, strategies, tactics, and to develop upcoming plans to stop the flow of oil. *Id*. at ¶ 19. BP's Vice President of Engineering,

7

Kevin Kennelley, led the Containment and Disposal Project Team, which began meeting on May 13, 2010. *Id*. at ¶ 66.

41.     Prior to the blowout, as part of the exploration, development, and evaluation of the Macondo Prospect, oil was extracted from the Macondo Well and regularly sampled by BP's contractors.

42.     The Center's pre-suit Notice of Intent to Sue, dated June 1, 2010, apprised BP that the Macondo Well was releasing reportable quantities of benzene, toluene, and xylene, among other hazardous substances, and that such releases required notification under EPCRA.  Exhibit 14 at 4 (copy of notice letter).

DATED this 15th Day of April, 2014.

Respectfully submitted,

                                                          s/Charles M. Tebbutt
                                                          Charles M. Tebbutt
                                                          Daniel C. Snyder
                                                          Law Offices of Charles M. Tebbutt, P.C.
                                                          941 Lawrence St.
                                                          Eugene, OR 97401
                                                          Ph: 541-344-3505
                                                          E-mail: charlie.tebbuttlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2014, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

                                                          s/ Charles M. Tebbutt
                                                          Charles M. Tebbutt