UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-02454, 2:10-cv-01768** | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN<br><br>**MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL PURSUANT TO PRETRIAL ORDERS 13 AND 47** |

### MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL PURSUANT TO PRETRIAL ORDERS 13 AND 47

Pursuant to Pretrial Orders #13.8(B), and #47, ECF Nos. 641 and 4237, respectively, and to the Eastern District of Louisiana's General Order on Procedures for Filing Documents Under Seal, dated July 26, 2006, the Center for Biological Diversity (the "Center"), plaintiff in *Center for Biological Diversity v. BP America, et al.*, 2:10-cv-02454 and 2:10-cv-01768, respectfully moves this court for leave to file a document under seal.

The document at issue is a communication between Defendant BP America, Inc. and the U. S. Coast Guard and was marked "CONFIDENTIAL" during the course of discovery.  The Center refers to the attached document as Exhibit 5 in its Motion for Partial Summary Judgment, filed today pursuant to Judge Shushan's "Order Regarding Scheduling of Cross-Motions for Summary Judgment," ECF No. 12090.  The Center believes that the information contained in Exhibit 5 is public information, and accordingly, the "CONFIDENTIAL" designation is no longer necessary.  However, in recognition of the procedure outlined in the Pretrial Orders in this matter and out of extreme caution, the Center respectfully requests that the Court permit Exhibit 5 to be filed under seal.

1

The Center has provided a copy of Exhibit 5 to counsel for BP, and informed counsel of the Center's intent to file this document in connection with its Motion for Partial Summary Judgment.  BP has reserved its right to file a response in accordance with the standard timeline for responses to motions.  An unredacted version of the Center's Motion for Partial Summary Judgment and a copy of Exhibit 5 will be provided to the Clerk of Court for MDL 2179 for the Court's review in connection with this Motion.

DATED this 15th Day of April, 2014.

Respectfully submitted,

        s/Charles M. Tebbutt
        Charles M. Tebbutt
        Daniel C. Snyder
        Law Offices of Charles M. Tebbutt, P.C.
        941 Lawrence St.
        Eugene, OR 97401
        Ph: 541-344-3505
        E-mail: charlie.tebbuttlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2014, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

        s/ Charles M. Tebbutt
        Charles M. Tebbutt
        Law Offices of Charles M. Tebbutt, P.C.