UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | ) ) ) ) | MDL NO. 2179 SECTION: J |
| | ) ) | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| **This Document Relates to:** **2:10-cv-02454, 2:10-cv-01768** | ) ) ) | |
| | ) ) | **NOTICE OF MOTION SUBMISSION** |
| | ) ) ) | |

## NOTICE OF MOTION SUBMISSION

Please take notice that the Center for Biological Diversity (the "Center"), plaintiff in *Center for Biological Diversity v. BP America, et al.*, 2:10-cv-02454 and 2:10-cv-01768, shall submit for hearing Plaintiff's Motion for Leave to File Document Under Seal before the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, at 9:30 a.m. on the 7th of May, 2014, or on the next available date for hearing.

DATED this 15th Day of April, 2014.

Respectfully submitted,

s/Charles M. Tebbutt
Charles M. Tebbutt
Daniel C. Snyder
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401
Ph: 541-344-3505
E-mail: charlie.tebbuttlaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15th, 2014, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.


s/ Charles M. Tebbutt
Charles M. Tebbutt
Law Offices of Charles M. Tebbutt, P.C.