UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-02454, 2:10-cv-01768** | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>)<br>) **MEMORANDUM IN SUPPORT OF**<br>) **MOTION FOR LEAVE TO FILE**<br>) **DOCUMENT UNDER SEAL PURSUANT**<br>) **TO PRETRIAL ORDERS 13 AND 47** |

The Center for Biological Diversity (the "Center"), plaintiff in *Center for Biological Diversity v. BP America, et al.*, 2:10-cv-02454 and 2:10-cv-01768, respectfully submits this Memorandum in Support of its Motion of Leave to File Document Under Seal Pursuant to Pretrial Orders 13 and 47.

In its Motion for Partial Summary Judgment, the Center asserts that Defendants BP America, Inc., et al., violated the Emergency Planning and Community Right-to-Know Act, commonly known as "EPCRA," 42 U.S.C. § 11001 *et seq.*, when they failed to immediately notify local and state emergency responders for areas likely affected by releases of hazardous substances following the blowout at the Macondo Well on April 20, 2010.  The resultant harm to the Center was thus informational in nature; the Center was entitled to "obtain information which must be publicly disclosed pursuant" to EPCRA.  *FEC v. Atkins*, 524 U.S. 11, 21 (1998).

The Center seeks to attach a document marked "CONFIDENTIAL" as an exhibit to its Motion for Partial Summary Judgment.  The document at issue is a communication between Defendant BP America, Inc. and the U. S. Coast Guard and was marked "CONFIDENTIAL" during the course of discovery.  The Center refers to the attached document as Exhibit 5 in its

1

Motion for Partial Summary Judgment, filed today pursuant to Judge Shushan's "Order Regarding Scheduling of Cross-Motions for Summary Judgment," ECF No. 12090.  Exhibit 5 is important to the Center's Motion for Partial Summary Judgment because it demonstrates that BP had knowledge of the nature of the injected chemicals and possible discharges that may result from two proposed methods of potential flow containment at the Macondo well.  The components of the injections and discharges are identified with specificity in Exhibit 5.

The Center believes that the information contained in Exhibit 5 is, at this time, public information.  Even if the contents of Exhibit 5 are not currently public knowledge, the Center strongly favors disclosure and would actually prefer that Exhibit 5 be filed on the public docket.  Publicizing Exhibit 5 would further the Center's desire to ensure that its members and members of the public are adequately apprised of the various chemicals to which they may have been or may still be exposed to as a result of the blowout at the Macondo Well.  However, the Center recognizes that the Pretrial Order 13 instructs parties to file a confidential document under seal as an appendix to the main instrument.  Therefore, out of extreme caution, the Center respectfully requests that the Court permit Exhibit 5 to its Motion for Partial Summary Judgment to be filed under seal.

DATED this 15th Day of April, 2014.

Respectfully submitted,

        s/Charles M. Tebbutt
        Charles M. Tebbutt
        Daniel C. Snyder
        Law Offices of Charles M. Tebbutt, P.C.
        941 Lawrence St.
        Eugene, OR 97401
        Ph: 541-344-3505
        E-mail: charlie.tebbuttlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2014, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

                                                  s/ Charles M. Tebbutt
                                                  Charles M. Tebbutt
                                                  Law Offices of Charles M. Tebbutt, P.C.