UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 <br><br> **This Document Relates to:** <br> **2:10-cv-02454, 2:10-cv-01768** | ) MDL NO. 2179 <br> ) <br> ) SECTION: J <br> ) <br> ) JUDGE BARBIER <br> ) MAG. JUDGE SHUSHAN <br> ) <br> ) <br> ) **[PROPOSED] ORDER ON MOTION FOR** <br> ) **LEAVE TO FILE DOCUMENT UNDER** <br> ) **SEAL PURSUANT TO PRETRIAL** <br> ) **ORDERS 13 AND 47** |

Before the Court is Plaintiff's Motion for Leave to File Document Under Seal Pursuant to Pretrial Orders 13 and 47.

Having reviewed the motion, responses, and replies, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.


DATED This _____ Day of _____, 2014.


_____

United States District Judge

1