UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document relates to:<br><br>2:10-cv-01768 & 2:10-cv-02454 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### DECLARATION OF IAN HUDSON

I, Ian Hudson, a person of the full age of majority and a resident of Dubai, United Arab Emirates, do declare and state, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the following facts are true and correct to the best of my personal knowledge and belief:

1.  I am currently the Director of Human Resources for Europe, Africa, and Asia for Transocean Services AMA JLT.

2.  On and about April 20, 2010, I was a Senior Manager for Corporate Responsibility at Transocean Offshore Deepwater Drilling Inc.

3.  I travelled to New Orleans on April 22, 2010, shortly after the blowout of the Macondo Well. I, along with other Transocean employees, promptly met with representatives of the United States Coast Guard. Transocean immediately began to provide substantial information to the Coast Guard and other agencies responding to the spill, including the quantity of diesel on board the *Deepwater Horizon* at the time of the blowout.

1

4.   In the weeks and months that followed the blowout of the Macondo Well, Transocean continued to share substantial information with government agencies that was relevant to their response efforts.

5.   I am not aware of any information in Transocean's possession concerning chemicals or hazardous substances that were onboard the *Deepwater Horizon* at the time of the blowout that has not already been provided to the government.

### CERTIFICATE

Pursuant to the provisions of 28 U.S.C. § 1746, I declare, certify, verify and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14 day of April, 2014, at Dubai, United Arab Emirates.

_____
Ian Hudson