UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | | SECTION: J |
| *This document relates to: 2:10-cv-01768 & 2:10-cv-02454* | | JUDGE BARBIER |
| | | MAGISTRATE SHUSHAN |

### DECLARATION OF KERRY J. MILLER

STATE OF LOUISIANA

PARISH OF NEW ORLEANS

I, Kerry J. Miller, a person of the full age of majority and a resident of Metairie, Louisiana, do declare and state, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following facts are true and correct to the best of my personal knowledge and belief:

1. I am an attorney in the law firm of Frilot LLC, counsel for Defendants Transocean Offshore Deepwater Drilling Inc., in this matter.

2. Attached hereto as Exhibit A is a true and correct copy of a document filed in this case on February 19, 2013, entitled "Partial Consent Decree Between The Plaintiff United States Of America And Defendants Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., And Transocean Deepwater Inc," with ECF Docket Number 8608, obtained from the PACER system for the Eastern District of Louisiana.

3. Attached hereto as Exhibit B is a true and correct copy of a press release dated April 23, 2010, entitled "UPDATE 5: Search and rescue continues; joint environmental response efforts in

place," that was downloaded from the following web address:

http://incidentnews.noaa.gov/incident/8220/526104/JIC_PR_24Apr10.pdf?

## **CERTIFICATE**

Pursuant to the provisions of 28 U.S.C. § 1746, I declare, certify, verify and state under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of April, 2014, at New Orleans, Louisiana.

_____
Kerry J. Miller