# EXHIBIT 8



**BP:** GBp 482.9 ⬆ (+5.7) USD 48.78 ⬆ (+0.82) *

BP Global  |  BP Worldwide



Press  >  Press releases  >  BP Announces Launch of State-specific Response Web Sites

‹ Press

# BP Announces Launch of State-specific Response Web Sites

Release date: **24 May 2010**

MOBILE, AL -- May 25, 2010 -- BP today announced the availability of four informational Web sites designed to offer state-specific oil spill information to residents of communities affected by the Deepwater Horizon oil spill. BP is committed to engaging in close communication with residents, businesses and elected officials of the affected states. Residents are encouraged to visit these sites frequently and sign up for the mailing list to receive the most current information about the spill response.

The four sites can be found at:

▸ Alabama

▸ Florida

▸ Louisiana

▸ Mississippi

These websites are dedicated to providing information about activities and events most important to residents of each state. Residents can sign up to receive email updates, follow an RSS feed, a Twitter feed or a Facebook page with this information.

The sites are interactive as well; we welcome inquiries, and will deliver updates directly to those who wish to receive them.

We will provide updates on BP's state and local response plans, activities, information about opportunities to be involved in clean-up efforts and information from the many participating agencies and organizations in each state.

These community-focused web sites are part of BP's effort to engage with the communities of affected areas, their residents, local leaders and other stakeholders. We encourage you to visit your State Web site and sign up to receive regular information updates, and welcome your interest and involvement throughout this process.

## Further information:

Name: Tom Mueller
Office: BP Press Office
Phone: +1 (281) 366-1236
Email: tom.mueller@bp.com

     

## Press releases

- BP's US Pipeline Business Earns Top Safety Honors
  09 Apr

- BP Bulwer Island Refinery Processing To Halt In 2015
  02 Apr

- BP and BP Foundation Donate $60,000 to Red Cross for Washington Mudslide Recovery Effort
  01 Apr

## Useful tools

- Share
- Print
- RSS
- Sign up for BP News

## Downloads

- BP Annual Report and Form 20-F 2013
  (pdf, 8368KB)

- Directors' Remuneration Report 2013
  (pdf, 310KB)

- BP Statistical Review of World Energy 2013
  (pdf, 9851KB)

- BP Sustainability Review 2013
  (pdf, 5727KB)

## Contact us

Do you have questions about our website, our products or any of our services?

Get in touch ▸

Back to top ▲

* Market data delayed by 20 minutes. Delivered by Investis.  Disclaimer

Sitemap | Legal Notice | Privacy Statement    © 1996-2014 BP p.l.c.