# EXHIBIT 9

An Official Website of the United States Government

# RestoreTheGulf.gov

Follow us:   Join Mailing List | About Us | Contact Us | Site Map

| HOME | COUNCIL | ASSISTANCE | HEALTH & SAFETY | FISH & WILDLIFE | ENVIRONMENT | NEWS |

Home › Administration Launches New, Centralized, Streamlined Oil Spill Response Website

**News**
Press Releases
Response Updates
Transcripts & Docs
Events
Features
FOIA Library
Maps & Data
Multimedia

## Administration Launches New, Centralized, Streamlined Oil Spill Response Website

July 7, 2010 | 7:14:00 AM EDT

   WASHINGTON—National Incident Commander Admiral Thad Allen today announced the launch of a new federal web portal—RestoreTheGulf.gov—dedicated to providing the American people with clear and accessible information and resources related to the BP Deepwater Horizon oil spill response and recovery.

RestoreTheGulf.gov is designed to serve as a one-stop repository for news, data and operational updates related to administration-wide efforts to stop the BP oil leak and mitigate its impact on the environment, the economy and public health—unifying web resources across the administration and increasing public access to the latest information.

"We are committed to providing the American people access to complete and accurate information about our response to the BP oil spill and the resources available to assist those directly impacted," said Admiral Allen. "RestoreTheGulf.gov will provide even greater transparency and openness about the BP oil spill, our historic response, the tools available to assist Gulf Coast communities, and plans for the regions long-term recovery and restoration."

The site offers easy-to-navigate information about the claims and appeals process—as well as other types of assistance available from federal, state, local and non-government sources—for individuals, businesses and communities who have been affected by the spill. It will also contain information about plans for the long-term economic and environmental restoration in the Gulf Coast region.

The public can view details about current operations, resources in specific states and localities, mapping and data resources, and ongoing investigations as well as oil spill data collected throughout the federal government.

In addition, users can find information about ways to get involved—including volunteer opportunities, how to submit a suggestion and how to report concerns about oiled shoreline or wildlife—and a comprehensive list of all hotline numbers related to the oil spill.

Content for www.RestoreTheGulf.gov will be gathered from a wide variety of sources, including the Unified Area Command's Joint Information Center in New Orleans, all federal agencies involved in the spill response and recovery efforts, and independent scientists and members of academia who are contributing their expertise. While certain information will remain available on various agency websites and the White House blog, the new portal will link all resources together.

The web portal maintained by the Unified Area Command's Joint Information Center as a short term incident communication site will be phased out over the coming weeks as information there is moved to RestoreTheGulf.gov.

### Similar

**OSAT - Summary Report for Sub-Sea and Sub-Surface Oil and Dispersant Detection: Ecotoxicity Addendum**
Wednesday, Oct 10

**Gulf Coast Ecosystem Restoration Council Posts Materials for August 28, 2013, Council Meeting**
Wednesday, Mar 26

**OSAT-2: Fate and effects of oil on beaches**
Friday, Mar 04

**One year later - Alabama**
Wednesday, Apr 13

**One year later - Mississippi**
Wednesday, Apr 13

| Home | Council | Assistance | Health & Safety | Fish & Wildlife | Environment | News |
|---|---|---|---|---|---|---|
| | Joint Info Center | File a Claim | Boating | Birds | Air | Press Releases |
| | Education Resources | Other Assistance | Drinking Water | Fish | Beaches | Response Updates |
| | Federal Partners | Small Business | Health Matters | Turtles | Coral | Transcripts & Docs |
| | Recovery Plan | | Mental Health | Other Wildlife | Waste | Events |
| | Investigation | | Seafood Safety | Fish & Wildlife Reports | Water | Features |
| | Response | | Workers and Volunteers | | | FOIA Library |
| | State and Local | | | | | Maps & Data |
| | About Task Force | | | | | Multimedia |
| | About the Council | | | | | |

Administration Launches New, Centralized, Streamlined Oil Spill Response Website | RestoreTheGulf.gov

Follow us:  

Español | Français | Vietnamese | Thai | Kreyòl ayisyen | Lao | Cambodian | Russian | Korean | Croatian

Site Map | Site Notices & Plug-Ins