# EXHIBIT 11

# Law Offices of Charles M. Tebbutt, P.C.
P.O. Box 10112, Eugene, OR 97440
470 W. Broadway, Eugene, OR 97401
Ph: 541-344-8312, Fax: 541-344-0188
charlie.tebbuttlaw@gmail.com

June 3, 2010

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Tony Hayward, Chief Executive Officer (first class mail only)
BP, PLC
1 St. James Square
London
SW1Y4PD
United Kingdom

BP America, Inc.
501 WestLake Park Blvd.
Houston, TX 77079-2696

Andrew Inglis, Chief Executive
BP Exploration & Production, Inc.
501 WestLake Park Blvd.
Houston, TX 77079-2696

TransOcean, Ltd.
P.O. Box 2765
Houston, TX 77252-2765

RE: Supplemental Notice of Intent to Sue Pursuant to Section 505 of the Federal Water Pollution Control Act

Dear Sirs:

This letter is to provide you with a supplemental[1] notice of intent of the Center for Biological Diversity, Inc., to file a citizen suit against BP, PLC, BP America, Inc., BP Exploration & Production, Inc., and TransOcean Ltd., concerning the ongoing oil and associated toxic and hazardous pollutants spewing from the Deepwater Horizon rig and wells pursuant to section 505(a)(1)(A) of the Federal Water Pollution Control Act, commonly known as the Clean

---

[1] The contents of the related notice of intent to sue dated June 1, 2010 are hereby fully incorporated by reference. This letter provides additional notice of the related violations of 33 U.S.C. § 1316.

PLAINTIFF'S EXHIBIT B

BP Supplemental Notice of Intent
June 4, 2010
Page 2

Water Act, 33 U.S.C. § 1365(a)(1)(A). You are hereby given immediate notice pursuant to 33 U.S.C. § 1365(b) that violations of 33 U.S.C. § 1316, as well as violations of 33 U.S.C. § 1317(a) set forth in the June 1, 2010 notice letter, have occurred, and will continue to occur, involving the discharge of toxic pollutants related to and included in the oil spewing from the Deepwater Horizon wells. The discharges violate the national standards of performance effluent limitations guidelines for offshore oil and gas facilities authorized by 33 U.S.C. § 1316 and codified at 40 C.F.R. § 435. The effluent limitations prohibit the discharge of free oil and, therefore, the concomitant discharge of toxic pollutants. Consequently, a civil action may be immediately filed in federal district court. In the event that immediate notice and suit is not available under 33 U.S.C. §§ 1316, 1317(a) and 1365(b), upon the expiration of the sixty (60) day statutory waiting period provided by 33 U.S.C. § 1365(b)(1), the Center for Biological Diversity will file a separate or amended civil action in federal district court.

The Clean Water Act lawsuit will allege that BP, PLC, BP America, Inc., BP Exploration & Production, Inc., and TransOcean Ltd., collectively referred to hereafter as BP, have violated and continue to violate the Clean Water Act (in addition to the claims set forth in the June 1, 2010 notice letter), including national effluent guidelines established for offshore oil exploration and production, by spewing up to, or perhaps more than, 45 million gallons of oil as of June 3 (based on information currently available), and millions of pounds of toxic pollutants (as defined by the Clean Water Act, 33 U.S.C. § 1317(a) and set forth at 40 C.F.R. § 401.15). BP is discharging, and will continue to discharge, oil, toxic pollutants, and reportable quantities of hazardous substances in violation of sections 301, 306, 307, and 311 of the Clean Water Act, 33 U.S.C. §§ 1311, 1316, 1317, and 1321, from its Deepwater Horizon offshore facilities located in the Mississippi Canyon area, Block 252, in the Gulf of Mexico. The wells are located at approximately Latitude 28°44'17.277"N, Longitude 88°21'57.340"W and 28°44'16.027"N, 88°22'00.581"W. The discharges are located in navigable waters in the contiguous zone subject to the jurisdiction of the United States.

Notifier believes and alleges that a history of violations, similar in type and nature to the violations listed above, and if different, all related to improper construction, operation and maintenance of the Deepwater Horizon wells, has continued from at least April 20, 2010, to the present. Such violations are known to BP and may be included in future legal actions by the Center for Biological Diversity. Such additional discharges may only be known to BP and eyewitnesses to be determined.

We intend immediately to file a citizen suit under Section 505 of the CWA against BP and other parties named herein. In the event that immediate suit is either not filed or later not allowed by the courts, this letter provides notice that a separate or amended suit will be filed at the close of the sixty (60) notice period. The Center for Biological Diversity will seek the statutory maximum of $37,500 per day for each violation or the statutory maximum of $1,000 per barrel of oil or reportable quantity of hazardous substance pursuant to 33 U.S.C. §

BP Supplemental Notice of Intent
June 4, 2010
Page 3

1321(b)(7)(A) (if available), including those violations occurring subsequent to this letter, plus injunctive and remedial relief, costs, attorney and expert witness fees, and such other relief as may be appropriate.

The name, address and phone number of the person giving Notice of Intent to Sue under the Clean Water Act is:

Center for Biological Diversity
P.O. Box 710
Tucson, AZ 85702-0710
Tel: 520-623-5252

Counsel for Notifier are:

Charles M. Tebbutt
Law Offices of Charles M. Tebbutt, P.C.
P.O. Box 10112
Eugene, OR 97440
Phone: 541-344-8312
E-mail: charlie.tebbuttlaw@gmail.com

Marc Fink
Center for Biological Diversity
209 East 7th St.
Duluth, MN 55805
Phone: 218-525-3884
E-mail: mfink@biologicaldiversity.org

This notice letter was prepared based on good faith information and belief after reasonably diligent investigation. If you believe that any of the foregoing is factually erroneous or inaccurate, please notify us promptly. The Center for Biological Diversity requests that any person receiving this notice direct all inquiries to the undersigned legal counsel.

Sincerely,

Charles M. Tebbutt
Law Offices of Charles M. Tebbutt, P.C.

BP Supplemental Notice of Intent
June 4, 2010
Page 4


Via Certified Mail, Return Receipt Requested

Lisa P. Jackson, Administrator
United States Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Dr. Alfredo Armendariz, Administrator (courtesy copy)
Region 6, Environmental Protection Agency
Fountain Place 12th Floor, Suite 1200
1445 Ross Avenue
Dallas, TX 75202-2733

Peggy Hatch, Secretary
Louisiana Department of Environmental Quality
602 N. Fifth Street
Baton Rouge, LA 70802

Eric Holder, United States Attorney General (courtesy copy)
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

J.H. Dupree, President
BP Exploration & Production, Inc.
4101 Winfield Road
Warrenfield, IL 60555

CT Corporations System, Inc.
5615 Corporate Blvd, Suite 400B
Baton Rouge, LA 70808
(registered agent for BP PLC, BP America, Inc., and BP Exploration & Production, Inc.)

CT Corporations System, Inc.
350 North St. Paul St.
Dallas, TX 75201-4234
(registered agent for BP PLC, BP America, Inc., and BP Exploration & Production, Inc.)

Capitol Corporate Services, Inc.
800 Brazos, Suite 400
Austin, Texas 78701
(registered agent for TransOcean Ltd.)