# EXHIBIT 17

# Material Safety Data Sheet



## 1. Product and company identification

| | |
|---|---|
| **Product name** | Mississippi Canyon 252 Weathered Crude Oil (Louisiana Light Sweet Crude) |
| | The primary exposure hazard of weathered crude is by physical contact with the skin. |
| **MSDS #** | 0000003277 |
| **Code** | 0000003277 |
| **Product use** | Oil spill recovery / cleanup. |
| **Synonyms** | Crude Oil, Louisiana Sweet Crude Oil |
| **Supplier** | BP America Production Company<br>501 WestLake Park Boulevard<br>Houston  TX  77079 |
| **EMERGENCY HEALTH INFORMATION:** | 1 (800) 447-8735<br><br>Outside the US: +1 703-527-3887 (CHEMTREC) |
| **EMERGENCY SPILL INFORMATION:** | 1 (800) 424-9300 CHEMTREC (USA) |
| **OTHER PRODUCT INFORMATION** | 1 (866) 4 BP - MSDS<br>(866-427-6737 Toll Free - North America)<br>email:  bpcares@bp.com |

## 2. Hazards identification

| | |
|---|---|
| **Physical state** | Viscous liquid./Semi-solid |
| **Color** | Various Colors Brown. to  Black. and Reddish brown Orange. |
| **Emergency overview** | WARNING ! |
| | CAUSES EYE AND SKIN IRRITATION. |
| | Prolonged or repeated contact can defat the skin and lead to irritation and/or dermatitis.  May be combustible at high temperature. Keep away from heat, sparks and flame.  Avoid contact with eyes, skin and clothing.  Use adequate ventilation.  Do not ingest.  If ingested, do not induce vomiting.  Wash thoroughly after handling. |
| **Routes of entry** | Skin contact. Eye contact. Inhalation. Ingestion. |
| **Potential health effects** | |
|     **Eyes** | Causes eye irritation. |
|     **Skin** | Causes skin irritation.  Prolonged or repeated contact can defat the skin and lead to irritation and/or dermatitis. See toxicological information (section 11). |
|     **Inhalation** | Potential for toxic vapor exposures is very low: with the loss of the highly volatile components, weathered oil does not present an inhalation hazard. |
|     **Ingestion** | Causes gastrointestinal irritation and diarrhea. |

**See toxicological information (section 11)**

| | | | | | |
|---|---|---|---|---|---|
| **Product name** | Mississippi Canyon 252 Weathered Crude Oil (Louisiana Light Sweet Crude) | **Product code** | 0000003277 | | **Page: 1/7** |
| **Version**  3 | **Date of issue**  06/28/2010. | **Format** | US-COMP<br>(US-COMP) | **Language** | ENGLISH.<br>(ENGLISH) |

## 3. Composition/information on ingredients

Low molecular weight, highly volatile components are not present.
Hydrogen sulfide and sulfur dioxide have not been detected in air sampled above sources of this weathered oil.
A complex mixture of hydrocarbons consisting predominantly of paraffins, cyclic paraffins, and aromatic hydrocarbons having carbon numbers of C10 or greater.

| Ingredient name | CAS # | % |
|---|---|---|
| Crude oil | 8002-05-9 | 98 - 100 |
| Contains: Naphthalene | 91-20-3 | < 1 ppm |

## 4. First aid measures

| | |
|---|---|
| **Eye contact** | In case of contact, immediately flush eyes with plenty of water for at least 15 minutes. Get medical attention. |
| **Skin contact** | Immediately wash exposed skin with soap and water. Remove contaminated clothing and shoes. Wash clothing before reuse. Clean shoes thoroughly before reuse. |
| **Inhalation** | If inhaled, remove to fresh air. Get medical attention if symptoms occur. |
| **Ingestion** | Aspiration hazard if swallowed. Can enter lungs and cause damage. Do not induce vomiting. Never give anything by mouth to an unconscious person. Get medical attention. |

## 5. Fire-fighting measures

| | |
|---|---|
| **Flammability of the product** | May be combustible at high temperature. |
| **Flash point** | Closed cup: >93°C (>199.4°F) ESTIMATED. |
| **Fire/explosion hazards** | May be combustible at high temperature. |
| **Unusual fire/explosion hazards** | None identified. |
| **Extinguishing media** | |
|   Suitable | Use dry chemical, $CO_2$, water spray (fog) or foam. |
|   Not suitable | Do not use water jet. |
| **Fire-fighting procedures** | Promptly isolate the scene by removing all persons from the vicinity of the incident if there is a fire. No action shall be taken involving any personal risk or without suitable training. Move containers from fire area if this can be done without risk. Use water spray to keep fire-exposed containers cool. |
| **Hazardous combustion products** | Combustion products may include the following: <br> carbon oxides (CO, $CO_2$) (carbon monoxide, carbon dioxide) <br> sulfur oxides ($SO_2$, $SO_3$ etc.) <br> nitrogen oxides (NO, $NO_2$ etc.) |
| **Protective clothing (fire)** | Fire-fighters should wear appropriate protective equipment and self-contained breathing apparatus (SCBA) with a full face-piece operated in positive pressure mode. |

## 6. Accidental release measures

| | |
|---|---|
| **Environmental precautions** | Avoid material runoff and contact with soil, waterways, drains and sewers. <br><br> Contact Gulf of Mexico Response: <br> Environmental hotline and to report oiled shoreline: +1 866.448.5816 |
| **Personal protection in case of a large spill** | Safety glasses with side shields or chemical goggles. Tyvek protective suit. Rubber boots. Gloves. (Nitrile. or Polyethylene) Suggested protective clothing might not be adequate. Consult a specialist before handling this product. |
| **Methods for cleaning up** | |

| **Product name** | Mississippi Canyon 252 Weathered Crude Oil (Louisiana Light Sweet Crude) | **Product code** | 0000003277 | **Page: 2/7** |
|---|---|---|---|---|
| **Version** 3 | **Date of issue** 06/28/2010. | **Format** US-COMP (US-COMP) | | **Language** ENGLISH. (ENGLISH) |

| | |
|---|---|
| **Large spill** | Contact Gulf of Mexico Response: Environmental hotline and to report oiled shoreline: +1 866.448.5816 |
| **Small spill** | Contact Gulf of Mexico Response: Environmental hotline and to report oiled shoreline: +1 866.448.5816 |

## 7. Handling and storage

| | |
|---|---|
| **Handling** | Put on appropriate personal protective equipment (see section 8). Workers should wash hands and face before eating, drinking and smoking. Avoid contact with eyes, skin and clothing. Do not ingest. Use with adequate ventilation. Wear appropriate respirator when ventilation is inadequate. Store and use away from heat, sparks, open flame or any other ignition source. |
| **Storage** | Store in accordance with local regulations. Store in a segregated and approved area. Store away from direct sunlight in a dry, cool and well-ventilated area, away from incompatible materials (see section 10). Eliminate all ignition sources. Separate from oxidizing materials. Keep container tightly closed and sealed until ready for use. Containers that have been opened must be carefully resealed and kept upright to prevent leakage. Do not store in unlabeled containers. Use appropriate containment to avoid environmental contamination. |

## 8. Exposure controls/personal protection

**Occupational exposure limits**

| Ingredient name | Occupational exposure limits |
|---|---|
| Weathered Crude Oil | None established. |

Other Applicable Exposure limit values:
Mineral oil
**ACGIH TLV (United States).**
  TWA: 5 mg/m³ 8 hour(s). Issued/Revised: 2/2010 Form: Mineral oil, mist
**NIOSH REL (United States).**
  STEL: 10 mg/m³ 15 minute(s). Form: Oil mist, mineral
  TWA: 5 mg/m³ 10 hour(s). Form: Oil mist, mineral
**OSHA PEL (United States).**
  TWA: 5 mg/m³ 8 hour(s). Form: Oil mist, mineral

While specific OELs for certain components may be shown in this section, other components may be present in any mist, vapor or dust produced. Therefore, the specific OELs may not be applicable to the product as a whole and are provided for guidance only.

**Some states may enforce more stringent exposure limits.**

| | |
|---|---|
| **Control Measures** | Use only with adequate ventilation. Use process enclosures, local exhaust ventilation or other engineering controls to keep worker exposure to airborne contaminants below any recommended or statutory limits. The engineering controls also need to keep gas, vapor or dust concentrations below any lower explosive limits. |
| **Hygiene measures** | Wash hands, forearms and face thoroughly after handling chemical products, before eating, smoking and using the lavatory and at the end of the working period. Appropriate techniques should be used to remove potentially contaminated clothing. Wash contaminated clothing before reusing. |

**Personal protection**

| | |
|---|---|
| **Eyes** | Avoid contact with eyes. Safety glasses with side shields or chemical goggles. |
| **Skin and body** | Avoid contact with skin and clothing. Wear Tyvek protective suit. |
| **Respiratory** | Use adequate ventilation. If ventilation is inadequate, use a NIOSH certified P95 particulate respirator. |
| **Hands** | Wear protective gloves. (Nitrile. or Polyethylene) |
| | Consult your supervisor or Standard Operating Procedure (S.O.P) for special handling instructions. |

| | | | | |
|---|---|---|---|---|
| **Product name** | Mississippi Canyon 252 Weathered Crude Oil (Louisiana Light Sweet Crude) | **Product code** | 0000003277 | **Page: 3/7** |
| **Version** 3 | **Date of issue** 06/28/2010. | **Format** US-COMP (US-COMP) | | **Language** ENGLISH. (ENGLISH) |

## 9. Physical and chemical properties

| | |
|---|---|
| **Physical state** | Viscous liquid./Semi-solid |
| **Color** | Various Colors Brown. to Black. and Reddish brown Orange. |
| **Odor** | Petroleum Hydrocarbon [Slight] |
| **Flash point** | Closed cup: >93°C (>199.4°F) ESTIMATED. |
| **Specific gravity** | <1 [Water = 1] |
| **Solubility** | insoluble in water. |

## 10. Stability and reactivity

| | |
|---|---|
| **Stability and reactivity** | The product is stable. |
| **Possibility of hazardous reactions** | Under normal conditions of storage and use, hazardous reactions will not occur. |
| **Conditions to avoid** | Avoid all possible sources of ignition (spark or flame). Avoid excessive heat. |
| **Incompatibility with various substances** | Reactive or incompatible with the following materials: oxidizing materials. |
| **Hazardous decomposition products** | carbon oxides (CO, $CO_2$) (carbon monoxide, carbon dioxide)<br>sulfur oxides ($SO_2$, $SO_3$ etc.)<br>nitrogen oxides (NO, $NO_2$ etc.) |
| **Hazardous polymerization** | Under normal conditions of storage and use, hazardous polymerization will not occur. |

## 11. Toxicological information

**Classification**

| Product/ingredient name | IARC | NTP | OSHA |
|---|---|---|---|
| Crude oil | 3 | - | - |

IARC :
3 - Not classifiable as a human carcinogen.

| | |
|---|---|
| **Other information** | Crude oil is a naturally occurring complex mixture of hydrocarbons whose exact composition and physical properties can vary widely depending upon its source. Weathered crude oil is different from complete crude oil due to the loss of low molecular weight, highly volatile components.<br><br>Specific toxicity tests have not been conducted on this material. Our hazard evaluation is based on information from similar materials, the ingredients, technical literature, and/or professional experience.<br><br>Exposure to sunlight may increase the degree of skin irritation.<br>Crude oil administered orally or dermally to pregnant rats during gestation produced increased numbers of resorptions and decreases in fetal weight at maternally toxic doses. Repeated exposures to some crude oils in rats have produced effects on the blood, liver and thymus.<br><br>From skin-painting studies in laboratory animals, it has been concluded that most, if not all, petroleum crudes, regardless of source, possess carcinogenic activity to some degree. This means that workers who practice poor personal hygiene and who are repeatedly exposed by direct skin contact to crude oil over many years may potentially be at risk of developing skin cancer. However, intermittent or occasional skin contact with petroleum crude oils is not expected to have serious health effects as long as good personal hygiene measures such as those outlined in this material safety data sheet are followed. Crude oil has not been identified as a carcinogen by NTP, IARC or OSHA. |

**Potential chronic health effects**

| | |
|---|---|
| **Carcinogenicity** | No known significant effects or critical hazards. |

| | | | | | |
|---|---|---|---|---|---|
| **Product name** | Mississippi Canyon 252 Weathered Crude Oil (Louisiana Light Sweet Crude) | | **Product code** | 0000003277 | **Page: 4/7** |
| **Version** 3 | **Date of issue** 06/28/2010. | | **Format** US-COMP (US-COMP) | | **Language** ENGLISH. (ENGLISH) |

| Medical conditions aggravated by over-exposure | Individuals with preexisting disease of the skin may be at increased risk from exposure to this chemical. |
|---|---|

## 12. Ecological information

**Ecotoxicity**

No testing has been performed by the manufacturer.

## 13. Disposal considerations

| Waste information | The generation of waste should be avoided or minimized wherever possible. Empty containers or liners may retain some product residues. This material and its container must be disposed of in a safe way. Dispose of surplus and non-recyclable products via a licensed waste disposal contractor. Disposal of this product, solutions and any by-products should at all times comply with the requirements of environmental protection and waste disposal legislation and any regional local authority requirements. Avoid material runoff and contact with soil, waterways, drains and sewers. |
|---|---|

**NOTE: The generator of waste has the responsibility for proper waste identification (based on characteristic(s) or listing), transportation and disposal**

## 14. Transport information

**International transport regulations**

| Regulatory information | UN number | Proper shipping name | Class | Packing group | Additional information |
|---|---|---|---|---|---|
| **DOT Classification** | ---- | Proper classification to be determined at the time of shipment | ----- | - | - |
| **TDG Classification** | ---- | Proper classification to be determined at the time of shipment | ----- | - | - |
| **IMDG Classification** | ---- | Proper classification to be determined at the time of shipment | ----- | - | - |
| **IATA/ICAO Classification** | ---- | Proper classification to be determined at the time of shipment | ----- | - | - |

## 15. Regulatory information

**U.S. Federal Regulations**

| United States inventory (TSCA 8b) | All components are listed or exempted. |
|---|---|

TSCA 12(b) one-time export: Naphthalene

**SARA 302/304/311/312 extremely hazardous substances**: No products were found.
**SARA 302/304 emergency planning and notification**: No products were found.
**SARA 302/304/311/312 hazardous chemicals**: No products were found.
**SARA 311/312 MSDS distribution - chemical inventory - hazard identification**: Mississippi Canyon 252 Weathered Crude Oil (Louisiana Light Sweet Crude): Immediate (acute) health hazard, Delayed (chronic) health hazard

**SARA 313**

| **Product name** | Mississippi Canyon 252 Weathered Crude Oil (Louisiana Light Sweet Crude) | **Product code** | 0000003277 | **Page:** 5/7 |
|---|---|---|---|---|
| **Version** 3 | **Date of issue** 06/28/2010. | **Format** US-COMP (US-COMP) | | **Language** ENGLISH. (ENGLISH) |

| | |
|---|---|
| Form R - Reporting requirements | This product does not contain any hazardous ingredients at or above regulated thresholds. |
| Supplier notification | This product does not contain any hazardous ingredients at or above regulated thresholds. |
| CERCLA Sections 102a/103 Hazardous Substances (40 CFR Part 302.4): | CERCLA: Hazardous substances.: Naphthalene: 100 lbs. (45.4 kg); |

**State regulations**

| | |
|---|---|
| Massachusetts Substances | The following components are listed: Petroleum Crude Oil |
| New Jersey Hazardous Substances | The following components are listed: Petroleum distillates, Petroleum Crude Oil |
| Pennsylvania RTK Hazardous Substances | The following components are listed: PETROLEUM |
| California Prop. 65 | **WARNING:** This product contains a chemical known to the State of California to cause cancer. Naphthalene |

**Inventories**

| | |
|---|---|
| Canada inventory | All components are listed or exempted. |
| Europe inventory | All components are listed or exempted. |
| Australia inventory (AICS) | All components are listed or exempted. |
| China inventory (IECSC) | All components are listed or exempted. |
| Japan inventory (ENCS) | Not determined. |
| Korea inventory (KECI) | All components are listed or exempted. |
| Philippines inventory (PICCS) | All components are listed or exempted. |

## 16. Other information

| | |
|---|---|
| Label requirements | WARNING ! CAUSES EYE AND SKIN IRRITATION. |
| HMIS® Rating : | Health  * 2<br>Flammability  2<br>Physical Hazard  0<br>Personal protection  X |

National Fire Protection Association (U.S.A.)

Health 2 | Fire hazard 2 | Instability 0 | Specific hazard

**History**

| | |
|---|---|
| Date of issue | 06/28/2010. |
| Date of previous issue | 05/28/2010. |
| Prepared by | Product Stewardship |

**Notice to reader**

All reasonably practicable steps have been taken to ensure this data sheet and the health, safety and environmental information contained in it is accurate as of the date specified below. No warranty or representation, express or implied is made as to the accuracy or completeness of the data and information in this data sheet.

The data and advice given apply when the product is sold for the stated application or applications.  Additionally this data and advice apply to weathered crude oil that is recovered from the environment for potential reuse or recycling. You should not use the product other than for these stated application or applications without seeking advice from us.

It is the user's obligation to evaluate and use this material safely and to comply with all applicable laws and regulations. The BP Group shall not be responsible for any damage or injury resulting from use, other than the stated product use of the material, from

| Product name | Mississippi Canyon 252 Weathered Crude Oil (Louisiana Light Sweet Crude) | Product code | 0000003277 | Page: 6/7 |
|---|---|---|---|---|
| Version 3 | Date of issue 06/28/2010. | Format US-COMP (US-COMP) | | Language ENGLISH. (ENGLISH) |

any failure to adhere to recommendations, or from any hazards inherent in the nature of the material. Purchasers of the product for supply to a third party for use at work, have a duty to take all necessary steps to ensure that any person handling or using the product is provided with the information in this sheet. Employers have a duty to tell employees and others who may be affected of any hazards described in this sheet and of any precautions that should be taken.

| **Product name** | Mississippi Canyon 252 Weathered Crude Oil (Louisiana Light Sweet Crude) | **Product code** | 0000003277 | **Page: 7/7** |
|---|---|---|---|---|
| **Version** 3 | **Date of issue** 06/28/2010. | **Format** US-COMP (US-COMP) | | **Language** ENGLISH. (ENGLISH) |