# EXHIBIT 19

**Moderator: Adora Andy, EPA**
**May 12, 2010**
**3:00 pm CT**

Coordinator:        Good afternoon everyone. Thank you all for standing by and welcome to today's conference call.

At this time your lines have been placed on listen-only for today's conference. During the question and answer portion of our call you will be limited to one question. Once again, you must limit your questions to only one at this time.

The conference is also being recorded. If you have any objections you may disconnect at this time.

I will now turn conference over to Adora Andy. Ma'am, you may proceed.

Adora Andy:        Good afternoon, my name is Adora Andy, I'm the Press Secretary for the Environmental Protection Agency. Thank you for joining us for this press conference call to discuss dispersants.

On the call today are from the Environmental Protection Agency, Administrator Lisa P. Jackson; Paul Anastas, the Assistant Administrator of EPA's Office of Research and Development, Dana Tulis, the Acting Director of EPA's Office of Emergency Management.

# OMITTED PAGES

quantities to really be used given that as you heard, at the surface already we're talking over 400,000 gallons used already and in the subsurface.

If we were to use it, it may actually a lesser rate of dispersion which would be a good thing; less introduced into the system. But it would still be significant quantities that have to be stockpiled and brought and available.

Coordinator:      Thank you. Our next question is from Mark Guarino with Christian Science Monitor. Your line is open, sir.

Mark Guarino:      Hi, thanks for taking my question. I wanted to find out what exactly - what are the dispersants used? What are those dispersants being used, the 400,000 gallons by BP?

And what are- can you talk to the chemicals that are in those dispersants being used, what's at hand right now and what's inside those dispersants?

Lisa P. Jackson:      It's Lisa Jackson. The two that have been used to date are Corexit 9527 and Corexit 9500.

If you want to see information on the constituents of those dispersants, they are available on the EPA Web site. I believe the MSG sheets are on the Joint Information and Command Web site.

The EPA Web site again is www.epa.gov/bpspill. Look for the Dispersant button tab on the EPA Web site.

It is a fact that some of the constituents are considered business confidential information. EPA does have access to that information but is not able to publish it.

And I have had people question whether we look at all the constituents when we look toxicity and when we look at our monitoring plans and I can assure you that we do.

We are looking at those that are publicly known as well as those that are confidential in determining how best to monitor air and water.

Coordinator:       Thank you. Our next question is from Anita Lee with Sun Herald.

Anita Lee:         Yes, I was wondering, on the two types of dispersants, the 9527A and then the 9500A, they do contain different things. Are they being used interchangeably or is one used in some circumstances and the other in the other or how is that working?

Dana Tulis:        Really -- this is Dana Tulis, EPA -- really, all of the lists on the product lists and many, as the Administrator of EPA said earlier, there's - are similar and they're all approved and either they can be used as a balance of what available in terms of volume.

Earlier on 9527 was used and the - we did run - they did run out of the product.

There is at this point 9500 is being used; a small stockpile. 9527 was just found. So really what we're talking about is just a very, very large volumes and being able to get those volumes that are needed out into the area that's affected.

Coordinator:       Thank you. Our next question is from Tom Philpott with Grist Magazine. Your line is open.

# OMITTED PAGES