# EXHIBIT 20



http://www.epa.gov/bpspill/dispersants.html

# EPA Response to BP Spill in the Gulf of Mexico
# Dispersants

In response to the BP oil spill, EPA monitored air, water, sediment, and waste generated by the cleanup operations. Ongoing response and restoration efforts are posted to RestoreTheGulf.gov.

While emergency response data collection has ended, results continue to be available on this site. Any new data will continue to be posted to this site, and data will continue to be available here for the foreseeable future.

Much of the content of this site continues to be available for historical and information purposes, but we are no longer updating these pages on a regular basis.

On this page:
- Directives and addenda; related letters
- Press releases, statements, conference call transcripts
- Dispersant-related data

More information on dispersant use in the Gulf:
- EPA's Toxicity Testing of Dispersants
- Questions and answers on dispersants:
  - Dispersant Application
  - Monitoring and assessment of dispersants used in the BP spill response
  - EPA's list of authorized dispersants (NCP Product Schedule)
  - Dispersant effects
  - Surface use of dispersants
  - Underwater use of dispersants
  - General Information about dispersants
  - Dispersants Toxicity Testing - Phase I & II

> You will need Adobe Reader to view some of the files on this page. See EPA's PDF page to learn more.

**Government Response**

- RestoreTheGulf.gov: official federal government site for spill response and recovery
  - File a claim
  - Report a concern
  - Volunteer
  - Hotlines and phone numbers

Other federal government information:
- Worker health and safety:
  - from OSHA
  - from CDC
- CDC review of EPA data for possible adverse health effects
- OSHA sampling data
- White House response site
- NASA satellite imagery of the spill
- Sign up for text message alerts

Connect with us:

Facebook: EPA

Twitter: EPA

Photos: BP Spill | more photos

Get email updates

## Directives and Addenda; Related Letters

### EPA's Dispersant Monitoring and Assessment Directive for Subsurface Dispersant Application

This directive requires BP to implement a monitoring and assessment plan for subsurface and surface applications of dispersants as part of the BP oil spill response. Addendum 1 also requires BP to include a more thorough oil analysis which will allow EPA to determine whether the plume is toxic to aquatic life. Addendum 2 requires BP to identify and use a less toxic and more effective dispersant from the list of EPA authorized dispersants.

- Summary (May 10, 2010) (PDF) (1 pp., 62K)
- Directive (May 10, 2010) (PDF) (5 pp., 107K)
- Addendum 1 (May 14, 2010) (PDF) (17 pp., 64K)
- Addendum 2 (May 20, 2010): Directive from EPA to BP on using less toxic and more effective dispersants (PDF) (1 pp., 63K)
- Addendum 3 (May 26, 2010): Directive from EPA and Coast Guard on reducing the use of dispersants (PDF) (1 pp., 58K)
- Addendum 4 (July 23, 2010): Directive from EPA and Coast Guard requiring BP to analyze water samples for dissolved oxygen (PDF) (5pp., 608K)

### Letters Related to the Dispersant Directive

- May 26: EPA: BP must significantly scale back the overall use of dispersants (PDF) (2 pp., 510 K)
- May 22: BP's response to EPA's dispersant directive (PDF) (13 pp., 3 MB)
- May 20: EPA Directs BP to Look for More Effective, Less Toxic Alternative to their Current Dispersant (PDF) (5 pp., 1 MB)

See BP's letters for exemption from dispersant directives on RestoreTheGulf.gov

### Letters Related to EPA and DHS Urging BP to Increase Transparency

- May 25: EPA and the Department of Homeland Security (DHS) response to BP's May

21 letter (PDF) (1 pp., 55 K, )
- May 21: BP's response to EPA and DHS's letter to be more transparent (PDF) (1 pp., 267 K, )
- May 20: EPA and DHS told BP to be more transparent about its own processes, (PDF) (5 pp., 1.09 MB, ). This letter directed them to share information about the product ingredients so that the American people and have a full understanding of what chemicals are being used to mitigate the crisis

## Press Releases, Statements, Conference Call Transcripts

**General Statement on Dispersant Use in BP Oil Spill**

EPA publicizes all dispersants that have been authorized for use on the National Contingency Plan (NCP) Product Schedule, which is a list of authorized dispersants and other chemicals that may be used to respond to oil discharges. As the Federal On-Scene Coordinator for this spill response, the Coast Guard is responsible for approving the use of the specific dispersant used from the NCP Product Schedule. Coast Guard issues approval for the use of specific dispersant in consultation with the Regional Response Team, which consists of federal agencies, including EPA, and the states within the region.

The EPA and the U.S. Coast Guard have authorized BP to use dispersants underwater, at the source of the Deepwater Horizon leak. Subsea dispersant application has been in use since May 15, 2010. While BP pursues the use of subsurface dispersants, the federal government reviews its effectiveness and impact on the environment daily; EPA specifically monitors the water and air for dispersant and its potential impacts through a rigorous monitoring program. Below is EPA's directive to BP, including the monitoring plan that the company must adhere to in order to ensure the protection of the environment. The Federal Government reserves the right to discontinue the use of this dispersant method if negative impacts on the environment outweigh the benefits, and the Coast Guard's Federal On-Scene Coordinator has the authority to make daily decisions regarding any request by BP to adjust the use of dispersant.

August 2: EPA Releases Second Phase of Toxicity Testing Data for Eight Oil Dispersants
June 30: EPA Releases First Round Of Toxicity Testing Data for Eight Oil Dispersants
May 27: UNH, NOAA, EPA and Coast Guard Convene Science Meeting to Study Dispersant Use and Ecosystem Impacts of Dispersed Oil in the Gulf (PDF) (2pp, 65K)

- May 24: **Statement by EPA Administrator Lisa P. Jackson from Press Conference on Dispersant Use in the Gulf of Mexico with U.S. Coast Guard Rear Admiral Landry (PDF)** (10pp, 84K)
  - Audio of May 24 press conference call with EPA Administrator Lisa P. Jackson and USCG Rear Admiral Mary Landry to discuss dispersant use.

    (MP3, 34:55, 7.99 MB) Download audio | Download transcript (PDF) (16pp, 45K)
- May 22: EPA Releases BP's Response to Directive on Dispersants
- May 20: EPA Directs BP to Look for More Effective, Less Toxic Alternative to their Current Dispersant
- May 20: EPA Posts Underwater Dispersant Monitoring Data
- May 17: Statement from NOAA Administrator Jane Lubchenco on Ongoing Efforts to Monitor Subsea Impacts of the BP Oil Spill
- May 15: Coast Guard and EPA approve use of dispersant subsea in further effort to prevent oil from reaching U.S. shoreline.
- May 12: EPA and NOAA Press Conference Call on Dispersant Use and Approval. The Environmental Protection Agency and the National Oceanic and Atmospheric Administration (NOAA), hosted a press conference call on May 12 at 4 p.m. ET to answer questions related to the use, approval and science of dispersants being used on the BP oil spill in the Gulf of Mexico. **Download the full transcript of the conference call (PDF)** (32 pp, 60K).

## Dispersant-Related Data

### EPA Data

- View EPA analysis of water samples and sediment samples for dispersant-related compounds in comma-delimited and PDF formats
- View results of mobile air monitoring for two chemicals found in dispersants in comma-delimited and PDF formats
- View results of offshore air sampling for 2-butoxyethanol and propylene glycol in comma-delimited and PDF formats

### BP Data

- BP Data and Analysis of Sub-surface Dispersant Use

## Questions and Answers on Dispersants

- Dispersant Application
- Monitoring and assessment of dispersants used in the BP spill response
- EPA's list of authorized dispersants (NCP Product Schedule)
- Dispersant effects
- Surface use of dispersants
- Underwater use of dispersants
- General Information about dispersants
- Dispersants toxicity testing - Phase I & II

Last updated on 2/14/2013