# EXHIBIT 21



# Emergency Preparedness and Response

# 2010 Gulf of Mexico Oil Spill



### CDC Response to the Gulf of Mexico Oil Spill
UPDATE: This information is current as of August 31, 2010 at 4:00pm EDT
CDC and the U.S. Department of Health and Human Services recognize the importance of responding to potential public health issues related to the Deepwater Horizon Oil Spill in the Gulf of Mexico. CDC's National Center for Environmental Health (NCEH) initiated the agency's response on April 20th. CDC activated its Emergency Operations Center (EOC) on May 6th as part of the federal response to the environmental disaster. (/gulfoilspill2010/cdcresponds.asp)



### Health Surveillance
UPDATE: This information is current as of September 29, 2010 at 1:00pm EDT
The Gulf Coast Oil Spill has the potential to affect human health in addition to the effects already seen on animal and marine life. CDC, along with the affected Gulf Coast states, has developed a plan to track the potential short-term health effects related to the oil spill in the affected communities. (/gulfoilspill2010/2010gulfoilspill/health_surveillance.asp)

## Public Health Issues

- What's Coming Ashore from the Oil Spill (coming_ashore.asp)
- What to Expect from the Oil Spill and How to Protect Your Health (what_to_expect.asp)
- Food, Air Quality, and Water Info for Coastal Residents (information_residents.asp)
- Coping With a Disaster (coping_disaster.asp)

## Hazardous Substances

- Light Crude Oil (light_crude_oil.asp)
- Dispersants (dispersants.asp)
- Table of Chemical Constituents Commonly Found in Crude Oil (PDF File) (pdf/chemical_constituents_table.pdf)
- Fuel Oils (fuel_oils.asp)
- Total Petroleum Hydrocarbons (TPH) (tph.asp)

## Studies of Previous Oil Spills

- Selected Oil Tanker Spill Disasters (http://www.cdc.gov/niosh/topics/oilspillresponse/studies.html)
- Selected Studies on the Human Health Effects of Oil Spills (http://www.cdc.gov/niosh/topics/oilspillresponse/studies.html)

## General Information

- Frequently Asked Questions (faq.asp)
    - Español (Spanish) (espanol/faq_es.asp)
    - Tiếng Việt (Vietnamese) (vi/faq_vi.asp)
- Deepwater Horizon Fact Sheets (Unified Command) (http://www.deepwaterhorizonresponse.com/go/doctype/2931/5
- Louisiana Deepwater Horizon Oil Spill Fact Sheets (LA DoH) (http://www.dhh.louisiana.gov/publications.asp?

- ID=378&Detail=3081&SearchFor=oil)
- Related Web Sites (links.asp)
- Gulf of Mexico Oil Spill Audio, Video, and Multimedia Resources (psa.asp)

## Information for Specific Groups

- Coastal Residents (coastal_residents.asp)
- Health Professionals (health_professionals.asp)
- Response Workers (response_workers.asp)
- Pregnant Women (pregnant_women.asp)
- Parents (parents.asp)

- Page last updated September 9, 2010
- Page last reviewed September 9, 2010
- Content source: National Center for Environmental Health (NCEH) (http://www.cdc.gov/nceh/)




*Centers for Disease Control and Prevention*
*1600 Clifton Rd. Atlanta, GA 30333, USA*
*800-CDC-INFO (800-232-4636) TTY: (888) 232-6348 -* Contact CDC-INFO



Emergency Preparedness and Response

# Gulf Oil Spill 2010: Light Crude Oil Information for Health Professionals

- View as PDF (docs/Light%20Crude_Oil_Information_for_Health_Professionals.pdf) [106 KB]

## About Light Crude Oil

Crude oil is a naturally occurring liquid composed mostly of hydrogen and carbon. It is usually found underground but can also be found above ground in oil seeps or tar pits. [1] Crude oil is called "liquid petroleum" as it comes out of the ground. Light crude oil is a complex mixture containing thousands of different chemicals. Light crude is relatively fluid (low viscosity), will float on water (low specific gravity). Because crude oil has a high proportion of light hydrocarbon fractions, it has a high American Petroleum Institute (API) gravity, which means it is lighter than some other types of oils.

## When an Oil Spill Occurs

Light crude contains volatile organic compounds which evaporate. Thus, light crude oil will lose up to 10 to 15% of its volume immediately, and up to 25% of its volume within 24 hours. How much of its volume is lost depends on the surface-to-volume ratio of the bulk oil. Events that disperse the oil, such as a well blowout, can affect this. Thus, crude oil in a pool or tank will retain more of its volatile components than crude in an oil slick.[2]

When oil is spilled in the ocean, it initially spreads primarily on the surface of the water. How much it spreads depends on its relative density and composition. The oil slick formed may remain cohesive, or, if seas are rough, it may break up. Waves, water currents, and wind can force the oil slick to drift over large areas, impacting the open ocean, coastal areas, and marine and terrestrial habitats in the path of the drift.

Oil that contains volatile organic compounds partially evaporates, losing 20 to 40 percent of its mass and becoming denser and more viscous. A small percentage of oil may dissolve in the water. The oil residue also can spread almost invisibly in the water or combine with water to form a thick mousse-like substance. Part of the oil waste may sink with suspended particulate matter, and the remainder eventually congeals into sticky tar balls.

Over time, oil waste deteriorates (weathers) and disintegrates because of exposure to sunlight (photolysis) and biodegradation. The rate of biodegradation depends on the availability of nutrients, oxygen, and microorganisms, as well as temperature. [3]

## Tar Balls and Health

Although not recommended, for most people, an occasional brief contact with a small amount of oil will do no harm. However, some people are especially sensitive to chemicals, including the hydrocarbons found in crude oil and petroleum products. They may have an allergic reaction, or develop dermatitis or a skin rash, even from brief contact with oil. In general, dermal contact with oil should be avoided.

If contact occurs, wash the area with soap and water; baby oil; petroleum jelly or a widely used, safe cleaning compound such as the cleaning paste sold at auto parts stores.

Avoid using solvents, gasoline, kerosene, diesel fuel, or similar products on the skin. These hydrocarbon-based products, when applied to skin, may present a greater health hazard than the smeared tar ball itself. [3]

## Prolonged skin contact

Prolonged skin contact with crude oil and petroleum products can cause skin erythema (reddening), edema (swelling), and burning. The skin effects can worsen by subsequent exposure to sunlight, because trace contaminants in the oil, such as the PAHs, are more toxic when exposed to light. Skin contact can result in defatting of the skin, increasing the possibility of dermatitis and secondary skin infections.

Some persons may be, or may become, sensitive to the crude oil. Depending on the amount and duration of exposure, skin contact with crude oil may be mildly to moderately irritating; in a sensitive individual, the skin effects may be more pronounced after a smaller or shorter exposure.

## Ingestion

Swallowing crude oil, unless in large quantities (e.g., > eight ounces) is unlikely to result in more than transient nausea, possibly vomiting, gastrointestinal tract disturbances, and self-limiting diarrhea. However, vomiting and subsequent aspiration of hydrocarbons such as crude oil may result in significant lung injury. [2]

## Casualty Care Issues

**Skin Contamination:** Generally, the presence of crude oil on the patient should present no major complications; it can be wiped off whenever convenient in the treatment process. Even so, two warnings should be noted:

- Oil and oxygen-enriched atmospheres are potentially explosive. Hands oily from removing oily clothing from patients can be sufficiently contaminated to contaminate also fittings on

  oxygen-using treatment equipment, with potentially disastrous consequences. Oil on the face of a patient does not contraindicate O2 treatment, but it is important to remove oil-contaminated clothing and wipe the oil from the head, neck, and chest of the patient before placing the O2 mask. Because an oxygen-enriched atmosphere may exist for up to one foot from a nasal cannula or face mask, sources of ignition should not be used near oil-contaminated persons or clothing. In particular, before using a defibrillator, excess oil should be wiped off of the patient, particularly from the trunk and neck areas.
- Oil-contaminated clothing removed from patients, and oily cloths or rags used to wipe off patients, represent a potential fire hazard due to the risk of spontaneous combustion. Such material should be stored in a metal container with a tight lid. Contaminated clothing and rags should not be left to accumulate but should be disposed of frequently.

**Wound Contamination:** Current industrial practice for external and superficial wound cleaning is being modified to include use of waterless hand cleaners, white petrolatum, mineral oil, corn oil, or Neosporin (triple antibiotic) ointment. These agents must be removed as completely as possible from within the wound after efforts to remove the crude oil have been completed.

**Ocular Exposure:** Ocular exposure can result in slight stinging and temporary redness. No permanent damage should result. The immediate treatment is to flush the eye with copious amounts of water for 15 minutes. If the person wears contacts, these should be removed first.

**Ingestion Exposure:** Following ingestion of a small amount of crude oil clinical signs of toxicity are generally limited to mild stomach disturbances. The main danger of swallowing crude oil is that can also get into the lungs causing chemical pneumonitis for example if ingested oil is vomited and subsequently aspirated into the lungs. To treat patients exposed via ingestion, do not induce vomiting as this may lead to aspiration of the crude oil into the lung.

**Inhalation Exposure:** Inhalation of fresh crude oil could result in inhalation of associated volatile hydrocarbons. Symptoms including headache, dizziness, confusion, nausea, or vomiting, may occur from breathing vapors given off by crude oil. Inhalation of weathered crude oil is of less concern because of the loss of volatile hydrocarbons. Remove the patient to a clear area and provide supplemental oxygen if needed.

# References

1. ATSDR, Toxicological Profile for Total Petroleum Hydrocarbons (TPH)
   DHHS, Editor. 1999: Atlanta, GA.
2. D. A.Macys, R.L.C., J. F. Risher, A. Vinegar, D. E. Dodd, H. G. Wall, RESULTS OF A WORKSHOP ON HEALTH EFFECTS OF CRUDE OIL EXPOSURES RELATED TO OPERATION DESERT STORM, Defense, Editor. 1992, NAVAL MEDICAL RESEARCH INSTITUTE: Bethesda, MD. p. 8-32.
3. NOAA. Tarballs. Responding to Oil Spills 2005 October 15, 2008
   Available from: http://response.restoration.noaa.gov/topic_subtopic_entry.php?
   RECORD_KEY(entry_subtopic_topic)=entry_id,subtopic_id,topic_id&entry_id(entry_subtopic_topic)=154&subtopic_id(entry_subtopic_topic)=8&topic_id(entry_subtopic_topic)=1 (http://response.restoration.noaa.gov/topic_subtopic_entry.php?
   RECORD_KEY(entry_subtopic_topic)=entry_id,subtopic_id,topic_id&entry_id(entry_subtopic_topic)=154&subtopic_id(entry_subtopic_topic)=8&topic_id(entry_subtopic_topic)=1) .



*Centers for Disease*
*Control and Prevention*
*1600 Clifton Rd. Atlanta,*
*GA 30333, USA*
*800-CDC-INFO (800-232-4636) TTY: (888) 232-6348 -* Contact CDC-INFO

4/15/2014 CDC | Gulf Oil Spill 2010 | Oil Spill Dispersant (COREXIT ®EC9500A and EC9527A) Information for Health Professionals

Case 2:10-md-02179-CJB-DPC Document 12676-27 Filed 04/15/14 Page 6 of 10



**Emergency Preparedness and Response**

# Oil Spill Dispersant (COREXIT ®EC9500A and EC9527A) Information for Health Professionals

## Overview

Dispersants are specially designed oil spill products that are composed of detergent-like surfactants in low toxicity solvents. Dispersants do not remove oil from the water, but instead break the oil slick into small droplets. These droplets disperse into the water and are further broken down by nature. Dispersants also prevent the oil droplets from coming back together and forming another surface slick. Dispersed oil droplets are less likely to stick to birds and other animals, shoreline rocks, and vegetation.

## Purpose

Dispersants can be applied to oil slicks either by aircraft or by ships with spraying equipment. They are also used by injection below water to break up oil before it reaches the surface. The use of dispersants is restricted under the National Oil and Hazardous Substances Pollution Contingency Plan (NCP). Federal and state agencies have agreements establishing areas where rapid decisions on dispersants may be made by the federal on-scene coordinators. Areas outside those designated require additional approval of other agencies identified in the NCP.

## Type of Dispersants used on the Mississippi Canyon Oil Spill

COREXIT ® 9500 and 9527 are the two types of dispersants currently being used on the Mississippi Canyon Oil Spill.

- Ingredients are not considered to cause chemical sensitization; the dispersants contain proven, biodegradable and low toxicity surfactants.
- The dispersants use an oleophilic solvent delivery system which has shown to be effective in penetrating surfactants.
- Keep the dispersants away from any heat and ignition sources, because the mixture is slightly flammable mixture and combustible.
- Because the specific gravity and density are lower than water, the material should remain at the surface.
- The pH is close to neutral (6.2) with a relatively low vapor pressure at 15.5 mmHg @ 100°F/37.8°C.

## Personal Protection Equipment Requirements for COREXIT ® 9500 and 9527

For hand protection, use nitrile or PVC gloves. Wear standard protective clothing (coveralls and boots) and chemical splash goggles. General ventilation is recommended.

## Potential Health Threats from COREXIT ® 9500 and 9527 Exposure

4/15/2014 CDC | Gulf Oil Spill 2010 | Oil Spill Dispersant (COREXIT ®EC9500A and EC9527A) Information for Health Professionals

Case 2:10-md-02179-CJB-DPC Document 12676-27 Filed 04/15/14 Page 7 of 10

Once the dispersant is applied to the oil slick, the dispersant begins to break down in the environment. In aquatic environments it begins to break down within 16 days.

The most likely exposure will occur to staff handling and transporting the material, and health effects may include:

- Defatting and drying of the skin and possibly dermatitis, as a result of prolonged exposure.
- Chemical pneumonitis, if aspirated into the lungs. However, ingestion is considered an unlikely route exposure.
- Repeated or excessive exposure to 2-butoxyethanol may cause central nervous system depression, nausea, vomiting, anesthetic or narcotic effects, injury to red blood cells (hemolysis), kidney or the liver, and a metallic taste.
- Respiratory irritation as a result of repeated and prolonged inhalation exposure.
- Eye irritation as a result of repeated and prolonged exposure.

## Treating Exposure to COREXIT ® 9500 and 9527

*Skin Contamination.* Frequent or prolonged contact with product may cause defatting and drying of the skin, leading to discomfort and dermatitis. Skin contact may aggravate an existing dermatological condition. Immediately wash with soap and water.

*Ocular Exposure.* Prolonged ocular exposure can result in irritation. No permanent damage is likely to occur. The immediate treatment is to flush the eye with water for 15 minutes.

*Ingestion Exposure.* Ingestion can cause chemical pneumonitis if the ingested dispersants are aspirated into the lungs (due to vomiting). This is due to the petroleum distillates and aromatic solvents. To treat individuals exposed via ingestion, do not induce vomiting as this may lead to aspiration of the mixture into the lung. If conscious, wash out mouth and give water to drink.

*Inhalation Exposure.* Repeated or prolonged exposure may irritate the respiratory tract. Remove patient to fresh air and provide oxygen support if needed.

## Resources

- COREXIT® EC9500A Technical Product Bulletin #D-4 USEPA, Oil Program Center (http://www.epa.gov/swercepp/web/content/ncp/products/corex950.htm)
- COREXIT® EC9527A Technical Product Bulletin #D-1 USEPA, Oil Program Center (http://www.epa.gov/swercepp/web/content/ncp/products/corex952.htm)
- COREXIT® EC9527A Material Safety Data Sheet (MSDS) (http://www.deepwaterhorizonresponse.com/posted/2931/Corexit_EC9527A_MSDS.539295.pdf)
- COREXIT® EC9500A Material Safety Data Sheet (MSDS) (http://www.deepwaterhorizonresponse.com/posted/2931/Corexit_EC9500A_MSDS.539287.pdf)
- The Mississippi Emergency Management Agency Oil Spill Call Center: 866-920-6362
- Poison Help: http://poisonhelp.hrsa.gov/ (http://poisonhelp.hrsa.gov/) and (800) 222-1222

---

*Centers for Disease Control and Prevention*
*1600 Clifton Rd. Atlanta,*
*GA 30333, USA*
*800-CDC-INFO (800-232-4636) TTY: (888) 232-6348 -* Contact CDC-INFO




# Table of Chemical Constituents Commonly Found in Crude Oil

This information is for environmental exposures. These constituents are present to some degree in all crude oil. Different types of oil, like light sweet crude oil, have different levels of these chemicals. If reported data indicate specific public health risks, CDC will develop and publish recommended steps to stop or reduce exposure.

Additional constituents may be added to this list as needed. For information on constituents of crude oil not listed here, go to: http://www.osha.gov/dts/osta/otm/otm_iv/otm_iv_2.html

The cancer value for benzene is based on one excess cancer case in one million over a lifetime of exposure. For a complete toxic profile of each chemical in this chart, go to http://www.atsdr.cdc.gov/toxprofiles/index.asp

| Chemical | What is being done to monitor exposures? | Routes of exposure and absorption | Acute (immediate) health risks | Chronic (long-term) health risks | Comparison Values: safe level for humans [1,2,3] | How to protect against exposure |
|---|---|---|---|---|---|---|
| **Benzene** Colorless, sweet-smelling liquid and vapor. Evaporates very quickly and dissolves slightly in water. | Local Poison Control Centers and Health Departments are tracking calls related to potential exposures to this chemical, and several federal agencies, including the EPA, are taking frequent air and water samples. | Benzene vapors, (or fumes) can be inhaled and benzene can be consumed in contaminated food or water. It can also be absorbed through the skin. Benzene does not accumulate in significant amounts in the body. | Eating or drinking highly-contaminated food or water can cause vomiting, stomach irritation, dizziness, sleepiness, convulsions, rapid heart rate, and death. Inhaling low levels of benzene can irritate eyes, nose, throat and skin. People with chronic diseases such as asthma may be more sensitive to fumes. | Long-term exposure can adversely affect bone marrow and cause anemia, leukemia and death. | In Air: 10 ug/m3 Chronic; 0.1 ug/m3 Cancer. In liquids: 5 ug/l Chronic; 0.6 ug/l Cancer. | If benzene is released into the air, leave the area. Avoid contact with contaminated water, soil or sediment. |
| **Hydrogen sulfide** Hydrogen sulfide is a poisonous, flammable, colorless gas that smells like rotten eggs. People usually can smell hydrogen sulfide at very low concentrations in air. | Local Poison Control Centers and Health Departments are tracking calls related to potential exposures to this chemical, and several federal agencies, including the EPA, are taking frequent air and water samples. | Hydrogen sulfide can be inhaled or absorbed through the skin. In the body, hydrogen sulfide is primarily converted to sulfate and is excreted in the urine. Hydrogen sulfide is rapidly removed from the body. | Inhaling low levels concentrations of hydrogen sulfide can irritate the eyes, nose, or throat. People with chronic diseases such as asthma may have trouble breathing. Brief exposure to concentrations of hydrogen sulfide greater than 500 ppm can cause loss of consciousness. In many cases where people are removed from the exposure immediately, they regain consciousness without any other effects. | Chronic exposure to high levels may cause long-term or permanent effects including headaches, impaired attention span, memory, or motor function. | In Air: No health effects have been found in humans exposed to typical environmental concentrations of hydrogen sulfide 0.2 -0.5 ug/m3). In Soil: 30 mg/kg Chronic; 10 mg/kg Cancer. | If hydrogen sulfide is released into the air, leave the area. Avoid contact with contaminated water, soil or sediment. Because the gas is heavier than oxygen, it hangs at low levels in the air, closer to the ground. |

[1] The Minimal Risk Level (MRL) is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse, non-cancer health effects over a specified duration of exposure. The information in this MRL serves as a screening tool to help public health professionals decide where to look more closely to evaluate possible risk of adverse health effects from human exposure. [2] Measures are calculated as ug(micrograms)/m3(meters cubed) in air; ug(micrograms)/l(liter) in water; mg(milligrams)/kg(kilograms) in soil. [3] All comparison values in this table were calculated by the Agency for Toxic Substances and Disease Registry. The calculations for cancer values are based on National Academy of Sciences (NAS) assessment methods.

# Table of Chemical Constituents Commonly Found in Crude Oil

This information is for environmental exposures. These constituents are present to some degree in all crude oil. Different types of oil, like light sweet crude oil, have different levels of these chemicals. If reported data indicate specific public health risks, CDC will develop and publish recommended steps to stop or reduce exposure.

Additional constituents may be added to this list as needed. For information on constituents of crude oil not listed here, go to: http://www.osha.gov/dts/osta/otm/otm_iv/otm_iv_2.html

The cancer value for benzene is based on one excess cancer case in one million over a lifetime of exposure. For a complete toxic profile of each chemical in this chart, go to http://www.atsdr.cdc.gov/toxprofiles/index.asp

| Chemical | What is being done to monitor exposures? | Routes of exposure and absorption | Acute (immediate) health risks | Chronic (long-term) health risks | Comparison Values: safe level for humans [1, 2, 3] | How to protect against exposure |
|---|---|---|---|---|---|---|
| **Ethyl benzene** Ethyl benzene is a colorless liquid. It is highly flammable and smells like gasoline. It is naturally found in coal tar and petroleum. | Local Poison Control Centers and Health Departments are tracking calls related to potential exposures to this chemical, and several federal agencies, including the EPA, are taking frequent air and water samples. | Ethyl benzene can be inhaled, absorbed through the skin, or ingested in contaminated water. | Exposure to high levels of ethyl benzene in air for short periods can irritate eyes and throat. Exposure to higher levels can cause dizziness or vertigo. | Long term exposure has not been studied in humans. | In air: 3,000 ug/m3  In water: 1,000 ug/l  In soil: 5,000 ug/kg | If ethyl benzene is released into the air, leave the area. Avoid contact with contaminated water. |
| **Toluene aka Methylbenzene** Toluene is a clear, colorless liquid and vapor that smells like gasoline. Toluene occurs naturally in crude oil. | Local Poison Control Centers and Health Departments are tracking calls related to potential exposures to this chemical, and several federal agencies, including the EPA, are taking frequent air and water samples. | Toluene can be inhaled, absorbed through the skin, or ingested in contaminated water. | Short term exposure to low to moderate levels can cause tiredness, confusion, weakness, impaired memory or motor control, nausea, loss of appetite, loss of hearing and color vision. Inhaling high levels of toluene in a short time can make you feel light-headed, dizzy, or sleepy. It can also cause unconsciousness and may be fatal. | Long term exposure to toluene may affect the nervous system or kidneys. | In air: 300 ug/m3  In water: 200 ug/l  In soil: 1,000 mg/kg | If toluene is released into the air, leave the area. Avoid contact with contaminated water, soil, or sediment. |
| **Xylene** Xylene is a colorless, sweet-smelling liquid and vapor. It is highly flammable and evaporates easily. It occurs naturally in petroleum and coal tar. | Local Poison Control Centers and Health Departments are tracking calls related to potential exposures to this chemical, and several federal agencies, including the EPA, are taking frequent air and water samples. | Xylene can be inhaled, ingested in contaminated water and absorbed through the skin. | Short term exposure to high levels can cause headaches, lack of coordination, dizziness, confusion, and impaired balance. Such exposure can also irritate skin, eyes, nose, throat and stomach. Other symptoms may include breathing difficulties, especially in those with chronic lung problems. At very high levels, exposure may cause unconsciousness and death. | Symptoms may include impaired reaction time, concentration and memory, and changes in the liver and kidneys. | In air: 3,000 ug/m3  In water: 2,000 ug/l  In soil: 10,000 mg/kg | If xylene is released into the air, leave the area. Avoid skin contact with tar, gasoline, paint varnish, shellac and contaminated water. |

[1] The Minimal Risk Level (MRL) is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse, non-cancer health effects over a specified duration of exposure. The information in this MRL serves as a screening tool to help public health professionals decide where to look more closely to evaluate possible risk of adverse health effects from human exposure. [2] Measures are calculated as ug(micrograms)/m3(meters cubed) in air; ug(micrograms)/l(liter) in water; mg(milligrams)/kg(kilograms) in soil. [3] All comparison values in this table were calculated by the Agency for Toxic Substances and Disease Registry. The calculations for cancer values are based on National Academy of Sciences (NAS) assessment methods.

# Table of Chemical Constituents Commonly Found in Crude Oil

This information is for environmental exposures. These constituents are present to some degree in all crude oil. Different types of oil, like light sweet crude oil, have different levels of these chemicals. If reported data indicate specific public health risks, CDC will develop and publish recommended steps to stop or reduce exposure.

Additional constituents may be added to this list as needed. For information on constituents of crude oil not listed here, go to: http://www.osha.gov/dts/osta/otm/otm_iv/otm_iv_2.html

The cancer value for benzene is based on one excess cancer case in one million over a lifetime of exposure. For a complete toxic profile of each chemical in this chart, go to http://www.atsdr.cdc.gov/toxprofiles/index.asp

| Chemical | What is being done to monitor exposures? | Routes of exposure and absorption | Acute (immediate) health risks | Chronic (long-term) health risks | Comparison Values: safe level for humans [1,2,3] | How to protect against exposure |
|---|---|---|---|---|---|---|
| **Naphthalene and Methylnaphthalene** Naphthalene is a colorless to white or brown solid or vapor that smells like mothballs. It evaporates quickly and dissolves in water. 1-Methylnaphthalene is a clear liquid and 2-Methylnaphthalene is a solid. | Local Poison Control Centers and Health Departments are tracking calls related to potential exposures to this chemical, and several federal agencies, including the EPA, are taking frequent air and water samples. | Naphthalene can be inhaled, absorbed through the skin, or ingested through contaminated water. | Exposure to high levels of naphthalene can cause nausea, vomiting, diarrhea, blood in urine, rash and yellow skin. Exposure to extremely elevated levels (500 ppm) of airborne naphthalene can be fatal. | Long term exposure has been linked to hemolytic anemia, a disorder of red blood cells. Symptoms of this anemia include fatigue, lack of appetite, restlessness, and pale skin. | In air: 3 ug/m3 In water: 700 ug/l In soil: 700 ug/kg | If the concentration rises above (~1300 mg/m3) in the air, leave the area. Avoid contact with contaminated water, soil and sediment. |
| **Generic alkanes (including octane, hexane, nonane)** Alkanes are colorless liquids or vapors that smell like gasoline. They are present in crude oil and petroleum products. They are highly flammable and evaporate easily. | Local Poison Control Centers and Health Departments are tracking calls related to potential exposures to this chemical, and several federal agencies, including the EPA, are taking frequent air and water samples. | Alkanes can be inhaled, absorbed through the skin, or ingested in contaminated water. | Inhaling high levels of n-hexane (a specific type of medium-sized alkane), can cause numbness in the feet and hands and muscle weakness in the feet and lower legs. Inhaling high levels of some alkanes can cause asphyxiation. | Toxicity is dependent on type of alkane as well as route and duration of exposure. Long term exposure to n-hexane can causes weakness and loss of feeling in the arms and legs. In one study, exposed workers removed from the exposure site recovered in 6 months to a year. | In air: 31,000 ug/m3* In water: 120,000 ug/l* In soil: 600 mg/kg* *Decane and white oil | If generic alkanes are released into the air, leave the area. Avoid contact with contaminated water, soil or sediment. |

[1] The Minimal Risk Level (MRL) is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse, non-cancer health effects over a specified duration of exposure. The information in this MRL serves as a screening tool to help public health professionals decide where to look more closely to evaluate possible risk of adverse health effects from human exposure. [2] Measures are calculated as ug(micrograms)/m3(meters cubed) in air; ug(micrograms)/l(liter) in water; mg(milligrams)/kg(kilograms) in soil. [3] All comparison values in this table were calculated by the Agency for Toxic Substances and Disease Registry. The calculations for cancer values are based on National Academy of Sciences (NAS) assessment methods.