# EXHIBIT 22

# HHS.gov

**U.S. Department of Health & Human Services**

| Home | About Us | HHS Secretary | News | Jobs | Grants/Funding | Families |

| Prevention | Diseases | Regulations | Preparedness |

## Information for Health Professionals

Clinicians

- Health Surveillance (Centers for Disease Control and Prevention)

- Guidance for Pre-exposure Medical Screening of Deployed Workers (National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention)

- Taking an Exposure History (Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention)

- Dispersants (fact sheet for health professionals) (Centers for Disease Control and Prevention)

- Light Crude Oil (fact sheet for health professionals) (Centers for Disease Control and Prevention)

- <u>Analysis of Eight Oil Spill Dispersants Using In Vitro Tests for Endocrine and Other Biological Activity,</u> June 30, 2010 (PDF 47pp) | Appendices (PDF 61pp) (Environmental Protection Agency)

- Disaster Information For Practitioners, Clinicians & Responders (Assistant Secretary for Preparedness and Response (ASPR)



Click the map for CDC health surveillance information for Alabama, Florida, Louisiana and Mississippi

### Hazardous Substances Information

- Fuel Oils ToxFAQs (Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention)

- Fuel Oils Tox Profiles (Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention)

Case 2:10-md-02179-CJB-DPC   Document 12676-28   Filed 04/15/14   Page 3 of 11

- Total Petroleum Hydrocarbons (TPH) ToxFAQs (Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention)

- Total Petroleum Hydrocarbons (TPH) Tox Profile (Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention)

Other Resources

Resources for Crude Oil Spills and Human Health (National Library of Medicine, National Institutes of Health) - Federal and state websites with information on exposure hazards related to oil spills and burning crude oil, fisheries contamination, and other oil spill-related information.



## STORM, FLOOD, AND HURRICANE RESPONSE

# Guidance for Pre-exposure Medical Screening of Workers Deployed for Hurricane Disaster Work



The primary goal for pre-deployment (or comparable pre-exposure) medical screening programs is to evaluate a worker's fitness to perform potentially hazardous or stressful work safely, which includes the assessment of minimal physical and emotional requirements to perform work activities. Additionally, pre-deployment medical screening can be used to assess the ability to use personal protective equipment (PPE), and the worker's immunization status. Pre-deployment medical screening also documents the workers' health status for use as a baseline when interpreting the results of any subsequent evaluations. Screening can also be used to identify risk factors that should be mitigated before or during disaster work. Finally, while not a primary purpose in this context, screening may help detect subclinical or unrecognized disease for early intervention.

Pre-deployment screening is particularly important for work in areas affected by natural disasters because the potential for exposure to hazardous conditions or agents may not be easily predicted, adequately characterized, or effectively controlled. When exposure information is lacking, medical screening programs may be one of the few recourses for assessing occupational health effects related to disaster work; valid interpretation of post-work health effects requires baseline information for comparison.

At a minimum, workers should be screened for fitness, and baseline information should be obtained for all hurricane disaster workers before the start of response work. The level or extent of screening appropriate for a given work activity will depend on multiple factors, in particular the type of work activity anticipated and the extent to which hazardous conditions can be predicted.

This document provides general guidance on medical screening for workers before beginning disaster response activities and will be reassessed periodically and updated as appropriate. This guidance does not address issues related to the post-deployment period, which are addressed separately (http://www.cdc.gov/niosh/topics/emres/MedScreenWork.html (http://www.cdc.gov/niosh/topics/emres/MedScreenWork.html) ). It is intended for occupational health professionals and other clinicians who are responsible for medical oversight of workers who will be deployed.

Case 2:10-md-02179-CJB-DPC   Document 12676-28   Filed 04/15/14   Page 5 of 11

# Reasons for screening

- Document baseline health parameters
- Identify individuals with health concerns that need to be addressed
- Identify individuals with specific susceptibilities whose activities may need to be restricted or modified
- Identify individuals not fit for anticipated tasks because of health reasons.
- Identify medications being taken and side effects of such medications that may affect or be affected by deployment
- Identify immunization or other preventive needs
- Identify training needs

# Who needs to be screened

- All workers who will be deployed or will move from usual activities to response activities
  - Workers who are not in existing medical screening programs should be screened
  - Workers who are currently in medical screening programs for their work should be re-screened if it is feasible, but may not need additional screening if circumstances require immediate deployment or re-assignment, or if the interval since their most recent screening is sufficiently short

# What type of screening should be done?

- Screening approaches will vary depending upon the anticipated activities, working conditions, and potential exposures
- Pre-deployment (or pre-exposure) biological monitoring for exposure to hazardous chemicals is not generally recommended. Such monitoring is not practical for unanticipated exposures to hazardous chemicals. When exposures to specific chemical agents are predictable, workers should be adequately protected. However, there may be some instances in which obtaining baseline specimens prior to deployment for work in environments with predictable exposures may be helpful in subsequently assessing whether the protections used during this work are adequate and performing as intended.

# When to screen?

- Because the primary reason for pre-deployment medical screening is to evaluate workers' fitness to perform potentially hazardous or stressful tasks safely, screening immediately before deployment is optimal.
- Workers who will be performing their usual work and are currently in work-related medical screening programs may not require repeat pre-deployment screening; however, such screening may have benefits, and attempts should be made, prior to or as soon after the deployment date as practicable, to assess for changes in health status that may have occurred in these individuals since their last screening.
- For those already deployed and not in any existing work-related medical screening program, screening should be done as soon as practicable.
- Further screening may be necessary during deployment, depending on results obtained during pre-deployment screening.

# Minimum screening information

The specific types of information elicited may be modified based on anticipated work characteristics and deployment location; however, the following data elements should be obtained

Case 2:10-md-02179-CJB-DPC   Document 12676-28   Filed 04/15/14   Page 6 of 11

for all individuals:

# Personal information

## Identifying and Contact Information

- Name, address, appropriate telephone number(s), e-mail addresses (work, personal)
- Age, date of birth, birthplace, sex, social security number
- Contact information for someone who will know where the worker is 6 months after leaving response work
- Response organization:
  - Employer vs. volunteer organization (indicate which)
  - Name and address
  - Contact person's name and telephone number

## Usual work

- Industry, occupation, job tasks, number of years

## Special needs

- Primary language

## Health status

- Pre-existing medical and mental health conditions
- Relevant lifestyle factors (e.g., smoking status, exercise habits)
- Symptoms currently experienced
- Medications and side effects
- Other specific risk factors (will depend on job, e.g., use of personal protective equipment, exposures)
- Immunization status: routine adult and any special risk (e.g., health care worker)
- Pregnancy status (female workers)
- Assure worker has enough prescription medications to last the expected duration of deployment (with a comfortable safety margin in case of delayed return to home)
- Include question(s) to elicit whether workers have physical or mental health concerns that they would like to be addressed

# Response-related information

## Response work

This information should be provided by the worker's agency, organization, or employer.

- Expected deployment location(s) (as specific as possible)
- Anticipated tasks and circumstances under which tasks will be performed.
- Anticipated date of deployment.
- Anticipated duration of deployment
- Anticipated need for, use, and type of PPE
- Adequacy of training for tasks
- Characteristics of expected work locations and relationship to known or suspected hazardous agents or conditions
- Anticipated shift schedules: hours per day, days per week, rotation schedules

Case 2:10-md-02179-CJB-DPC Document 12676-28 Filed 04/15/14 Page 7 of 11

# Additional screening information needs

Some workers with significant pre-existing medical or mental health conditions may need more extensive screening. Other workers may need additional screening because of the likelihood of working in hazardous conditions. Additional screening may include a more comprehensive medical history and review of systems, a physical examination, or, in some instances, laboratory testing, as indicated by clinical judgment and good occupational medical practice. The specific content should be determined by the following factors:

- Report of or concern about pre-existing illness, symptoms, physical impairment, or emotional sensitivities that may be adversely affected during deployment
- Use of certain PPE such as respirators
- Anticipated tasks, working conditions, locations, or exposures that are known to be hazardous or have specific exposures that may warrant medical monitoring

# Follow-up to screening/outcomes

Possible determinations from the initial basic screening are:

- Cleared for deployment with no restrictions
- Cleared for deployment with specified restrictions on types of activities/exposures
- Recommended for further medical screening
- Recommended for specific training prior to clearance
- Recommended for further medical screening
- Not cleared for deployment

# Other considerations

- Simple and concise standardized screening instrument(s)
- Designated custodian for the information collected
- Policies in place to assure confidentiality and security of information collected
- Appointed program administrator
- Clear identification of those with access to data results
- Data collection locations convenient to workers (e.g., central location where workers report)
- Private area for conducting screening to maintain privacy
- Secure space to maintain records containing confidential information
- Maintain and store records in electronic format when feasible

---

Page last reviewed: August 12, 2013
Page last updated: June 18, 2010
Content source: National Institute for Occupational Safety and Health Office of the Director

---

Centers for Disease Control and Prevention  1600 Clifton Rd. Atlanta, GA 30333, USA
800-CDC-INFO (800-232-4636) TTY: (888) 232-6348 - Contact CDC–INFO



4/15/2014                    CDC | Gulf Oil Spill 2010 | Oil Spill Dispersant (COREXIT ®EC9500A and EC9527A) Information for Health Professionals

Case 2:10-md-02179-CJB-DPC   Document 12676-28   Filed 04/15/14   Page 8 of 11



Emergency
Preparedness and
Response

------------------------------------------------------------

# Oil Spill Dispersant (COREXIT ®EC9500A and EC9527A) Information for Health Professionals

------------------------------------------------------------

## Overview

Dispersants are specially designed oil spill products that are composed of detergent-like surfactants in low toxicity solvents. Dispersants do not remove oil from the water, but instead break the oil slick into small droplets. These droplets disperse into the water and are further broken down by nature. Dispersants also prevent the oil droplets from coming back together and forming another surface slick. Dispersed oil droplets are less likely to stick to birds and other animals, shoreline rocks, and vegetation.

## Purpose

Dispersants can be applied to oil slicks either by aircraft or by ships with spraying equipment. They are also used by injection below water to break up oil before it reaches the surface. The use of dispersants is restricted under the National Oil and Hazardous Substances Pollution Contingency Plan (NCP). Federal and state agencies have agreements establishing areas where rapid decisions on dispersants may be made by the federal on-scene coordinators. Areas outside those designated require additional approval of other agencies identified in the NCP.

## Type of Dispersants used on the Mississippi Canyon Oil Spill

COREXIT ® 9500 and 9527 are the two types of dispersants currently being used on the Mississippi Canyon Oil Spill.

- Ingredients are not considered to cause chemical sensitization; the dispersants contain proven, biodegradable and low toxicity surfactants.
- The dispersants use an oleophilic solvent delivery system which has shown to be effective in penetrating surfactants.
- Keep the dispersants away from any heat and ignition sources, because the mixture is slightly flammable mixture and combustible.
- Because the specific gravity and density are lower than water, the material should remain at the surface.
- The pH is close to neutral (6.2) with a relatively low vapor pressure at 15.5 mmHg @ 100°F/37.8°C.

## Personal Protection Equipment Requirements for COREXIT ® 9500 and 9527

For hand protection, use nitrile or PVC gloves. Wear standard protective clothing (coveralls and boots) and chemical splash goggles. General ventilation is recommended.

## Potential Health Threats from COREXIT ® 9500 and 9527 Exposure

Case 2:10-md-02179-CJB-DPC   Document 12676-28   Filed 04/15/14   Page 9 of 11

Once the dispersant is applied to the oil slick, the dispersant begins to break down in the environment. In aquatic environments it begins to break down within 16 days.

The most likely exposure will occur to staff handling and transporting the material, and health effects may include:

- Defatting and drying of the skin and possibly dermatitis, as a result of prolonged exposure.
- Chemical pneumonitis, if aspirated into the lungs. However, ingestion is considered an unlikely route exposure.
- Repeated or excessive exposure to 2-butoxyethanol may cause central nervous system depression, nausea, vomiting, anesthetic or narcotic effects, injury to red blood cells (hemolysis), kidney or the liver, and a metallic taste.
- Respiratory irritation as a result of repeated and prolonged inhalation exposure.
- Eye irritation as a result of repeated and prolonged exposure.

# Treating Exposure to COREXIT ® 9500 and 9527

***Skin Contamination.*** Frequent or prolonged contact with product may cause defatting and drying of the skin, leading to discomfort and dermatitis. Skin contact may aggravate an existing dermatological condition. Immediately wash with soap and water.

***Ocular Exposure.*** Prolonged ocular exposure can result in irritation. No permanent damage is likely to occur. The immediate treatment is to flush the eye with water for 15 minutes.

***Ingestion Exposure.*** Ingestion can cause chemical pneumonitis if the ingested dispersants are aspirated into the lungs (due to vomiting). This is due to the petroleum distillates and aromatic solvents. To treat individuals exposed via ingestion, do not induce vomiting as this may lead to aspiration of the mixture into the lung. If conscious, wash out mouth and give water to drink.

***Inhalation Exposure.*** Repeated or prolonged exposure may irritate the respiratory tract. Remove patient to fresh air and provide oxygen support if needed.

# Resources

- COREXIT® EC9500A Technical Product Bulletin #D-4 USEPA, Oil Program Center (http://www.epa.gov/swercepp/web/content/ncp/products/corex950.htm)
- COREXIT® EC9527A Technical Product Bulletin #D-1 USEPA, Oil Program Center (http://www.epa.gov/swercepp/web/content/ncp/products/corex952.htm)
- COREXIT® EC9527A Material Safety Data Sheet (MSDS) (http://www.deepwaterhorizonresponse.com/posted/2931/Corexit_EC9527A_MSDS.539295.pdf)
- COREXIT® EC9500A Material Safety Data Sheet (MSDS) (http://www.deepwaterhorizonresponse.com/posted/2931/Corexit_EC9500A_MSDS.539287.pdf)
- The Mississippi Emergency Management Agency Oil Spill Call Center: 866-920-6362
- Poison Help: http://poisonhelp.hrsa.gov/ (http://poisonhelp.hrsa.gov/) and (800) 222-1222

---

*Centers for Disease*
*Control and Prevention*
*1600 Clifton Rd. Atlanta,*
*GA 30333, USA*
*800-CDC-INFO (800-232-4636) TTY: (888) 232-6348 - Contact CDC-INFO*




U.S. EPA/ORD Dispersant In Vitro Testing                                    June 30, 2010

# Analysis of Eight Oil Spill Dispersants Using *In Vitro* Tests for Endocrine and Other Biological Activity

# June 30, 2010

U.S. Environmental Protection Agency
Office of Research and Development

## Executive Summary

The U.S. Environmental Protection Agency's Office of Research and Development was asked to evaluate the cytotoxicity and potential for interaction with the androgen and estrogen receptors (AR, ER) of eight oil spill dispersants being used, or could be considered for use, in the Gulf of Mexico. These are Corexit 9500 (the current product being used), DISPERSIT SPC 1000, JD 2000, Nokomis 3-F4, Nokomis 3-AA, SAF-RON GOLD, Sea Brat #4, and ZI-400. To address this request, ORD staff and outside collaborators carried out a number of separate studies that were run using *in vitro* (cell-based) assays. A total of 8 cytotoxicity assays, 3 AR agonist assays, 1 AR antagonist assay and 4 ER agonist assays were run on the 8 dispersants, plus reference compounds. Tests were run across a wide range of dispersant concentrations (0.001 to 10,000 parts per million, or ppm). Two dispersants showed a weak signal in one of the four ER assays, but integrating over all of the ER and AR results these data do not indicate that any of the eight dispersants display biologically significant endocrine activity via the androgen or estrogen signaling pathways.  All of the dispersants showed cytotoxicity in at least one cell type at concentrations between 10 and 1000 ppm. Both JD 2000 and SAF-RON GOLD tend to be less cytotoxic than the other dispersants. Likewise, DISPERSIT SPC 1000 tends to be more cytotoxic than the other dispersants in the cell-based assays.

*This document has been reviewed in accordance with U.S. Environmental Protection Agency policy and approved for publication.  Mention of trade names or commercial products does not constitute endorsement or recommendation for use.*

# OMITTED PAGES