# EXHIBIT 27

An Official Website of the United States Government

Follow us:    Join Mailing List | About Us | Contact Us | Site Map

Search

Home › Health & Safety
# Health & Safety


## Boating Safety
Check for the latest information, including vessel decontamination and Marine Safety Information Bulletins (MSIBs), produced by the U.S. Coast Guard for ports in the gulf region.


## Drinking Water
The oil spill is not currently expected to affect drinking water, and it is also not projected to impact domestic wells. Your water supplier must notify you by newspaper, mail, radio, TV, or hand-delivery if your water doesn't meet Environment Protection Agency (EPA) or state standards or if there is a waterborne disease emergency. This notice will describe any precautions you need to take, such as boiling your water. If you have any concerns about your water, contact your water utility.


## NIH to Launch Gulf Oil Spill Health Study
The National Institutes of Health will launch a multi-year study this fall to look at the potential health effects from the oil spill in the Gulf region. The study will focus on workers exposure to oil and dispersant products, and potential health consequences such as respiratory, neurobehavioral, carcinogenic, and immunological conditions. The study is also expected to evaluate mental health concerns.


## Coping with Traumatic Events
The Gulf Oil spill has created unexpected and troubling change in the natural order of things, such as the untimely death or injury of oil-covered wildlife and the impact on fishing communities and the environment. It is important to monitor your health and well-being now, and even months afterward. The Substance Abuse and Mental Health Services Administration offers tips for dealing with the gulf oil spill for parents, teachers and emergency response workers.


## Fish, Shellfish and the Gulf Oil Spill
Federal and state officials are monitoring the waters from which seafood is harvested. They have closed areas contaminated by the oil spill to fishing and shellfish harvesting. If you have questions about the safety of seafood from the Gulf, or if you suspect that seafood you have purchased may be contaminated, call 1-888-INFO-FDA (1-888-463-6332).


## Safety and Training of Oil Spill Response Workers and Volunteers
Oil spill workers are on the front lines of the nation's response to the Deepwater Horizon disaster. Depending on their jobs, these workers can face hazards from heat, falls, drowning, fatigue, loud noise, sharp objects, as well as bites from insects, snakes, and other wild species native to the Gulf Coast area. Workers may also face exposure to crude oil, oil constituents and byproducts, dispersants, cleaning products and other chemicals being used in the cleanup process.

| Home | Council | Assistance | Health & Safety | Fish & Wildlife | Environment | News |
|---|---|---|---|---|---|---|
| | Joint Info Center | File a Claim | Boating | Birds | Air | Press Releases |
| | Education Resources | Other Assistance | Drinking Water | Fish | Beaches | Response Updates |
| | Federal Partners | Small Business | Health Matters | Turtles | Coral | Transcripts & Docs |
| | Recovery Plan | | Mental Health | Other Wildlife | Waste | Events |
| | Investigation | | Seafood Safety | Fish & Wildlife Reports | Water | Features |
| | Response | | Workers and Volunteers | | | FOIA Library |
| | State and Local | | | | | Maps & Data |
| | About Task Force | | | | | Multimedia |
| | About the Council | | | | | |

Health & Safety | RestoreTheGulf.gov

Follow us:  

Español | Français | Vietnamese | Thai | Kreyòl ayisyen | Lao | Cambodian | Russian | Korean | Croatian

Site Map | Site Notices & Plug-Ins

An Official Website of the United States Government

Follow us: 

Join Mailing List | About Us | Contact Us | Site Map

Search

Home › Port Information

# Port Information

July 6, 2010 | 11:51:54 AM EDT

For Coast Guard information about the ports below including vessel decontamination and Marine Safety Information Bulletins (MSIBs), click the name of the port.

- Mobile, Alabama
- Morgan City, Louisiana
- New Orleans, Louisiana
- St. Petersburg, Florida

| Home | Council | Assistance | Health & Safety | Fish & Wildlife | Environment | News |
|---|---|---|---|---|---|---|
| | Joint Info Center | File a Claim | Boating | Birds | Air | Press Releases |
| | Education Resources | Other Assistance | Drinking Water | Fish | Beaches | Response Updates |
| | Federal Partners | Small Business | Health Matters | Turtles | Coral | Transcripts & Docs |
| | Recovery Plan | | Mental Health | Other Wildlife | Waste | Events |
| | Investigation | | Seafood Safety | Fish & Wildlife Reports | Water | Features |
| | Response | | Workers and Volunteers | | | FOIA Library |
| | State and Local | | | | | Maps & Data |
| | About Task Force | | | | | Multimedia |
| | About the Council | | | | | |

Follow us: 

Español | Français | Vietnamese | Thai | Kreyòl ayisyen | Lao | Cambodian | Russian | Korean | Croatian

Site Map | Site Notices & Plug-Ins

An Official Website of the United States Government

Follow us: Join Mailing List | About Us | Contact Us | Site Map

Search

Home › Water and sediment testing

# Water and sediment testing

September 7, 2010 | 11:49:09 AM EDT

EPA is currently collecting and analyzing water and sediment samples to help states and other federal agencies understand the immediate and long-term impacts of oil contamination along the Gulf coast. The results and the interpretation of all data collected by EPA will be posted to www.epa.gov/bpspill.

Water and sediment samples are being taken prior to oil reaching the area to determine water quality and sediment conditions that are typical of selected bays and beaches in Louisiana, Mississippi, Alabama, and the Florida panhandle. This data will be used to supplement existing data generated from previous water quality surveys conducted by states, EPA, and others.

Water sampling will continue once the oil reaches the shore; periodic samples will be collected to document water quality changes. EPA will make data publicly available as quickly as possible. Other state and federal agencies make beach closure and seafood harvesting and consumption determinations, but the data generated by EPA will assist in their evaluations.

Why is EPA sampling and monitoring the water?
EPA is tracking the prevalence of potentially harmful chemicals in the water as a result of this spill to determine the level of risk posed to fish and other wildlife. While these chemicals can impact ecosystems, drinking water supplies are not expected to be affected.

The oil itself can cause direct effects on fish and wildlife, for example when it coats the feathers of waterfowl and other types of birds. In addition, other chemical compounds can have detrimental effects. Monitoring information allows EPA to estimate the amount of these compounds that may reach ecological systems. When combined with available information on the toxicity of these compounds, EPA scientists can estimate the likely magnitude of effects on fish, wildlife, and human health.

**To Learn More:**

Coastal Water Sampling
Sediment sampling

| Home | Council | Assistance | Health & Safety | Fish & Wildlife | Environment | News |
|---|---|---|---|---|---|---|
| | Joint Info Center | File a Claim | Boating | Birds | Air | Press Releases |
| | Education Resources | Other Assistance | Drinking Water | Fish | Beaches | Response Updates |
| | Federal Partners | Small Business | Health Matters | Turtles | Coral | Transcripts & Docs |
| | Recovery Plan | | Mental Health | Other Wildlife | Waste | Events |
| | Investigation | | Seafood Safety | Fish & Wildlife Reports | Water | Features |
| | Response | | Workers and Volunteers | | | FOIA Library |
| | State and Local | | | | | Maps & Data |
| | About Task Force | | | | | Multimedia |
| | About the Council | | | | | |

Follow us: 

Español | Français | Vietnamese | Thai | Kreyòl ayisyen | Lao | Cambodian | Russian | Korean | Croatian

Site Map | Site Notices & Plug-Ins

# HHS.gov

**U.S. Department of Health & Human Services**

Home | About Us | HHS Secretary | News | Jobs | Grants/Funding | Families

Prevention | Diseases | Regulations | Preparedness

# Safety and Training of Oil Spill Response Workers and Volunteers



## Exposure to Hazards

- Chemical exposures may include chemical dispersants, weathered crude oil, benzene and other volatile organic compounds, oil mist, polycyclic aromatic hydrocarbons, and diesel fumes.;

- Physical hazards may include ergonomic hazards, excessive noise levels, sun exposure and heat stress. Injuries may occur due to slips, trips, and falls on slippery or uneven walking and working surfaces.

- Other safety hazards are associated with the use of tools, equipment, machinery, and vehicles.

- Biological hazards include possible exposure to biting or venomous insects or other animals.

- Psychological hazards may include witnessing traumatic injuries or death, inability to help affected wildlife, and fatigue.

- Fatigue may result from working in a fast-paced environment, working extended shifts, and doing heavy labor or demanding cognitive tasks such as problem-solving and decision-making.

- Employers should train oil spill response workers about their potential hazards and safe work practices to prevent and control these hazards.

*Clean-up crews collect oily waste in Grand Isle, La., May 31, 2010. U.S. Coast Guard*

## Personal Protective Equipment and Clothing

All workers should be provided with the appropriate tools, equipment, personal protective equipment (PPE) and protective clothing needed to perform their job tasks. Workers should be trained in the appropriate care and use of this equipment. PPE should be selected

photo by Petty Officer 3rd Class Ann Marie Gorden.

appropriate care and use of this equipment. PPE should be selected based on identification of the hazards, protective qualities (such as oil resistance) and suitability for the tasks performed.

## Health and Injury Surveillance

An occupational health and injury surveillance system should be put in place as soon as possible. The prompt reporting of injuries and illnesses should be emphasized.

## NIOSH Ongoing Health Hazard Evaluation

The National Institute for Occupational Safety and Health (NIOSH) is conducting a health hazard evaluation of Deepwater Horizon Response workers at the request of BP. The request asked NIOSH to evaluate potential exposures and health effects among response workers. More information about the health hazard evaluation

## NIOSH Report of BP Illness and Injury Data

This report by the NIOSH is designed to provide a basic overview of illness and injuries reported by responders involved in the Deepwater Horizon response. It will be updated on a regular basis as new data becomes available. The data utilized to produce this report was provided to NIOSH by BP safety officials, who are sharing their Health and Safety incidents database with CDC/NIOSH. Read the latest report

## Resources

- Interim Guidance for Protecting Deepwater Horizon Response Workers and Volunteers (National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention, U.S. Department of Health and Human Services and Occupational Safety and Health Administration, U.S. Department of Labor )

- Protecting Yourself from Heat Stress (PDF - 376 KB) (National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention)

- Protecting Yourself from Sun Exposure (PDF - 674 KB)  (National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention)

- Guidance for Managing Worker Fatigue during Disaster Operations (PDF - 671 KB)  (The National Response Team)

- Oil Spill Response Resources (National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention)

- Reducing Occupational Exposures while Working with Dispersants (Centers for Disease Control and Prevention)

- Keeping Workers Safe during Oil Spill Response and Cleanup Operations (Occupational Safety and Health Administration, U.S. Department of Labor)

- Guidance for Pre-exposure Medical Screening of Deployed Workers (National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention)

## Mental Health Resources

- Tips for Oil Spill Disaster Response Workers - Managing and Preventing Stress for Managers and Workers PDF - 314 KB (Substance Abuse and Mental Health Services Administration)

- Tips for Oil Spill Disaster Response Workers - Possible Signs of Alcohol and Substance Abuse PDF - 1.2 MB (Substance Abuse and Mental Health Services Administration)

- Traumatic Incident Stress: Information for Deepwater Horizon Response Workers and Volunteers (National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention)

- Coping with the Gulf Oil Spill - Mental Health Information

- Coping with Continued Stress: The Gulf Oil Spill Disaster (National Institute of Mental Health, National Institutes of Health)

- Mental Health Awareness in Times of Emotional Distress (Substance Abuse and Mental Health Services Administration)

## Training Resources

- Oil Spill Response Training Tool (National Institute of Environmental Health Sciences, National Institutes of Health)

- Training Resources (National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention)

- Training Marine Oil Spill Response Workers (Occupational Safety and Health Administration, U.S. Department of Labor)

## Prior Oil Spills

NIOSH Health Hazard Evaluation Report on the Exxon/Valdez Alaska Oil Spill (PDF - 402 KB) (National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention)
NIOSH conducted an industrial hygiene assessment of potential occupational exposures during tasks performed by Valdez oil spill response workers resulting in these general safety, helicopter safety, and occupational injury surveillance system recommendations.