# EXHIBIT 28

# Health monitoring

- Natural Resources Damage Assessment »
- Monitoring and sampling information »
- Waste management »
- Dispersants »
- Health Monitoring »



## Monitoring plans

Offshore air monitoring plan (pdf, 6122KB)

Onshore/ Near Shore IH Monitoring Plan (pdf, 10695KB)

## Material Safety Data Sheet - Mississippi Canyon 252 Weathered Crude Oil

MC252 Weathered Crude Oil MSDS (pdf, 102KB)

## IH detail data report

Health monitoring detailed report - 30 October 2010 (zip, 880KB)

Health monitoring detailed report - 15 October 2010 (txt, 10758KB)

Health Monitoring detailed report - 30 September 2010 (zip, 776KB)

Health Monitoring detailed report - 30 September 2010 (txt, 32KB)

Health Monitoring detailed report - 15 September 2010 (zip, 698KB)

Health Monitoring detailed report - 30 August 2010 (zip, 538KB)

Health Monitoring detailed report - 15 August 2010 (txt, 7931KB)

Health monitoring detailed report - 31 July 2010 (txt, 4977KB)

Health monitoring detailed report - 22 July 2010 (xls, 4498KB)

## Health monitoring reports

Health monitoring quarterly summary report - 3Q 2011

Health monitoring quarterly summary report - 2Q 2011

Health monitoring quarterly summary report - 1Q 2011

Health monitoring quarterly summary report - 4Q 2010

Health monitoring quarterly summary report - 3Q 2010

Health monitoring quarterly summary report - 2Q 2010

Health monitoring summary report - 31 October 2010 (pdf, 155KB)

Health monitoring summary report - 15 October 2010 (pdf, 112KB)

### In this section

Additional documents

Additional sampling data and management procedures

BP platform water sampling

Coastal / nearshore water and sediment sampling

Daily air monitoring and sampling

Health monitoring

Submerged Oil Monitoring

Water column sampling

### Related links

Sampling, monitoring and other environmental data can also be found at the following links

EPA Response Information

NOAA Response Information

Deepwater Horizon Response Unified Command

### Government agencies including OSHA, USCG and DOI

have also been conducting personal

exposure monitoring related to the incident.

OSHA and USCG

DOI

# Health monitoring

Health monitoring summary report - 30 September 2010 (pdf, 154KB)

Health monitoring summary report - 15 September 2010 (pdf, 133KB)

Health Monitoring summary report - 30 August 2010 (pdf, 114KB)

Health Monitoring summary report - 15 August 2010 (pdf, 128KB)

Health Monitoring summary report - 01 August 2010 (pdf, 210KB)

Health monitoring summary report - 15 July 2010 (pdf, 90KB)

Health monitoring summary report - 1 July 2010 (pdf, 53KB)

Health monitoring summary report - 9 June 2010 (pdf, 59KB)

Health monitoring summary report - 30 May 2010 (pdf, 474KB)

Health monitoring summary report - 24 May 2010 (pdf, 462KB)

Health monitoring summary report - 20 May 2010 (pdf, 415KB)

printer friendly

**Personal Exposure Monitoring Results Summary**
**3Q 2011**

**BACKGROUND** - Since the tragic Deepwater Horizon Incident on 20th April 2010, BP participated in a major multi-agency effort to control the release and mitigate effects of the related Mississippi Canyon 252 (MC252) oil leak.

From the beginning, Unified Area Command (UAC) and associated Incident Management Teams (IMTs) worked diligently to protect response personnel.  On 15th July 2010, the well was capped and on 19th September 2010, it was permanently sealed.  As of 30th Sept 2011, approximately 1,200 people from BP staff and contractors were at sites providing support to the ongoing restoration.

Regarding worker health, it is important to recognize that potential oil and dispersant exposure risks were considered when selecting work methods to address the spill.  For example, engineering and administrative controls were considered the preferred methods in reducing worker and public exposures.  However, in cases where additional protection was needed, personal protective equipment was employed.  As a result, health risks associated with spill response were mitigated to a significant extent.  Additionally, to assure that potential risks did not have a harmful effect on workers; BP coordinated with the UAC to implement a comprehensive industrial hygiene monitoring program which measured worker inhalation exposures to potential air contaminants.

**MONITORING PROGRAM** - Areas where response workers performed their activities were characterized into four general types:

1. **Offshore** - included people on vessels operating near the leak source.
2. **Near shore** - included people operating or working on vessels closer to shore (typically involved in oil spill boom handling, oil skimming, oil clean-up, etc.)
3. **Beach** - included people performing land based clean-up.
4. **Decontamination** - included people performing spill response equipment and marine vessel decontamination activities.

After considering the nature of the crude oil, weathered crude oil, dispersants, and mixtures of those components, BP and the UAC selected methods and chemical constituents to be monitored.  As of 30 September 2011, BP, as part of its industrial hygiene program, engaged 12 industrial hygienists and technicians to monitor area and personal exposures within the Nearshore and Beach areas where there is ongoing work.

BP's air monitoring program included the collection of both personal samples and "real time" measurements.  Personal samples, collected on individual workers and used to assess potential exposures to targeted chemicals, required subsequent laboratory analysis.  "Real-time" measurements, collected using instruments that sample air within a given area instantaneously, provided immediate concentrations of targeted chemicals.  These results could be used to trigger mitigation actions (such as engineering, administrative controls and/or respiratory protective equipment to protect workers.)

Regarding personal samples, individuals selected for monitoring were typically selected because their work was representative of workers in the same area performing similar tasks.  After a personal sample was collected, it was promptly sent to a certified laboratory for analysis.  Samples and analyses underwent quality control and quality assurance.  Sample results were then validated.  Validated results were then uploaded into appropriate databases.  Although the entire process could take a couple of weeks, it was important to follow these procedures carefully to assure the results were correct and accurate.

**RESULTS AND LIMITS -** This report summarizes the analytical results from validated personal monitoring.  There were a small number of non-validated samples (less than 0.01% of the total number) not included in the initial summaries that were being investigated or validated to assure the integrity of the sampling result.  In cases where a sample was ultimately determined not to have been collected in a manner consistent with accepted industrial hygiene practice, the associated sample result was rejected and consequently not included in the data summary.  As of 30 September 2011, there was

only one validated constituent collected that was in excess of the OSHA permissible exposure limit, and six additional validated constituents collected in excess of the ACGIH threshold limit value. In these cases most exposures were attributed to unusual, nonrecurring events and these instances were not representative of daily exposures associated with those tasks.

As of 30th September 2011, approximately 28,300 personal samples were collected on workers involved in the response. Personal monitoring results (shown graphically below) indicate that in the vast majority of cases there were no significant exposures to airborne concentrations of chemicals of interest. This is consistent with analyses at the leak source which indicated that, by the time crude oil reached the water's surface, constituents of most concern (e.g., benzene, toluene, ethylbenzene, and xylenes) were not present in concentrations known to be harmful. This is also consistent with results obtained by governmental agencies such as OSHA, NIOSH and USCG that have conducted their own industrial hygiene monitoring of response workers. Some of the terminology referenced in graphical summaries is explained below:

- OSHA Occupational Permissible Exposure Limits (PELs) are the permissible concentrations in air of substances to which nearly all workers may be repeatedly exposed 8 hours a day, 40 hours a week, for 30 years without adverse effects (ref. OSHA 29 CFR:1910.1000)

- NIOSH Recommended Exposure Limits (RELs) provide time weighted average concentrations for certain chemical constituents for up to a 10 hour workday during a 40 hour work week (ref. NIOSH Pocket Guide to Chemical Hazards). Although they do not constitute a legal requirement, they are often more stringent than the OSHA corresponding permissible exposure limit for that chemical.

- ACGIH Threshold Limit Values (TLVs®) refer to airborne concentrations of chemical substances and represent conditions under which it is believed that nearly all workers may be repeatedly exposed, day after day, over a working lifetime, without adverse health effect (ref. ACGIH TLVs® and BEIs® for Chemicals Substances and Physical Agents). Although they do not constitute a legal requirement, ACGIH TLVs® are often more stringent than the OSHA corresponding permissible exposure limit for that chemical.

**FINAL NOTES** - Fresh and weathered crude oil are comprised of a wide range of hydrocarbons including aliphatic and aromatic hydrocarbons. These hydrocarbon combinations, when sampled together, are referred to as "total hydrocarbons". When "total hydrocarbons" are monitored, associated results provide an indication of whether one or more particular hydrocarbon constituents may be elevated. Correspondingly, if a total hydrocarbon sampling result is sufficiently low, that provides assurance that the individual constituents are also present at only low levels. Although there is no regulatory or recommended occupational exposure limit for total hydrocarbons in crude oil vapors, BP has adopted an internal guideline of 100 parts per million (ppm) as an action level. This guideline has been adopted after considering existing TLVs® for other complex hydrocarbon mixtures (gasoline, naphtha, diesel fuels, Stoddard solvent and aliphatic hydrocarbons gases) that contain many of the light components found in crude oil vapors. This action level is believed to adequately protect against potential health effects commonly associated with the inhalation of crude oil vapors.















**Note:**
The use of Corexit 9527, the dispersant which contains 2-Butoxyethanol, ceased 22 May 2010.