# EXHIBIT 29



# U.S. Department of Health & Human Services — www.hhs.gov

# Disaster Information Management Research Center
IMPROVING ACCESS TO DISASTER HEALTH INFORMATION

National Library of Medicine
National Institutes of Health
SPECIALIZED INFORMATION SERVICES — NLM

SIS Home | About Us | Site Map & Search | SIS News | Contact Us

Search This Site

SIS Home > DIMRC Home > Disasters > Chemical Emergencies > Crude Oil Spills and Health

- Text size:
- s
- m
- l
- xl

Bookmark and share

## Crude Oil Spills and Health

Featured Sites
Overviews
Health Information
Coping with Disasters and Stress
Occupational Health Information
Crude Oil
Dispersants
Seafood and Fisheries Contamination
Response and Recovery
Gulf State Agencies Involved in Prevention, Response, and Recovery
Oil Spills and Wildlife
Social Media Sites: Gulf Oil Spill
Multi-language Resources
Disclaimer



**Featured Sites**

Restore The Gulf

NOAA Updates - Deepwater Horizon Incident, Gulf of Mexico

NIEHS Oil Spill Response Training Tool

### Featured Sites
Web sites with updates on the Gulf of Mexico oil spill situation.

- **Restore The Gulf**
  A federal web portal with information and resources related to the BP Deepwater Horizon oil spill response and recovery.
  U.S. Government

- **Updates - Deepwater Horizon Incident, Gulf of Mexico**
  National Oceanic and Atmospheric Administration

Return to top

### Overviews

- **Hurricanes and the Oil Spill (PDF, 1.4 MB)**
  National Oceanic and Atmospheric Administration

- **Federal Response to BP Spill in the Gulf of Mexico**
  U.S. Environmental Protection Agency

- **Oil Spills**
  U.S. Environmental Protection Agency

- **NOAAWatch Oil Spill Headlines**
  National Oceanic and Atmospheric Administration

- **Frequently Asked Questions (FAQs) about Oil and Chemical Spills**
  National Oceanic and Atmospheric Administration

- **Oil and Chemical Spills**

National Oceanic and Atmospheric Administration

- DEEPWATER HORIZON Incident News
  National Oceanic and Atmospheric Administration

- 2010 Gulf of Mexico Oil Spill
  Centers for Disease Control and Prevention, U.S. Department of Health and Human Services

- Environmental Protection Agency - Response to BP Spill in the Gulf of Mexico
  - Air Monitoring on Gulf Coastline
  - Coastal Sediment Sampling
  - Coastal Water Sampling

- Robust Summaries & Test Plans: Crude Oil Category
  U.S. Environmental Protection Agency

Return to top

## Health Information

### (See also Occupational Health)

- Gulf Oil Spill 2010: Deep Water Horizon Oil Spill Human Health Interim Clinical Guidance
  - Key Points
  - Condensed Version (PDF, 507 KB)

  Centers for Disease Control and Prevention

- Oil Spill in the Gulf of Mexico: Health-Related Information
  U.S. Department of Health and Human Services

- Light Crude Oil Information for Health Professionals
  Centers for Disease Control and Prevention, U.S. Department of Health and Human Services

- Information for Health Professionals: Health Surveillance
  Centers for Disease Control and Prevention, U.S. Department of Health and Human Services

- Gulf Oil Spill Information for Pregnant Women
  Centers for Disease Control and Prevention, U.S. Department of Health and Human Services

- Gulf Oil Spill 2010: Information for Parents
  Centers for Disease Control and Prevention, U.S. Department of Health and Human Services

- AAP, PEHSU, AACT and ACMT Information for Clinicians on the Oil Spill Affecting the Gulf Coast (PDF, 296 KB)
  Pediatric Environmental Health Specialty Units, Association of Occupational and Environmental Clinics

- PEHSU Information on Gulf Coast Oil Spill for Parents and Community Members (PDF, 197 KB)
  Pediatric Environmental Health Specialty Units, Association of Occupational and Environmental Clinics

- Children and Disasters: Information on the Oil Spill Affecting the Gulf Coast
  American Academy of Pediatrics

- Poison Centers and the Gulf Oil Spill
  American Association of Poison Control Centers
  (For poisoning emergencies, please contact your local poison control center at 1-800-222-1222.)

- Assessing the Human Health Effects of the Gulf of Mexico Oil Spill: An Institute of Medicine Workshop
  June 22-23, 2010
  - Report
  - Presentations from the Workshop
  - Archived Webcast

- Oil Spills
  MedlinePlus, National Library of Medicine, National Institutes of Health

- Journal Articles on Oil Spills and Human Health
  PubMed - Biomedical Journal Literature
  National Library of Medicine, National Institutes of Health

4/15/2014 Case 2:10-md-02179-CJB-DPC  Crude Oil Spills and Health - Links to resources about chemicals, side effects, cleanup, and recovery Document 12676-35 Filed 04/15/14 Page 4 of 13

Return to top

## Coping with Disasters and Stress

- How Can I Manage Stress During the Oil Spill?
  Centers for Disease Control and Prevention, U.S. Department of Health and Human Services

- Tips for Dealing with the Gulf Oil Spill
  Substance Abuse and Mental Health Administration, U.S. Department of Health and Human Services

- Coping with the Gulf Oil Spill - Mental Health Information
  U.S. Department of Health and Human Services

- Managing Traumatic Incident Stress for Deepwater Horizon Response and Volunteer Workers
  National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention

- Coping with Disasters, Violence and Traumatic Events
  Disaster Information Management Research Center, National Library of Medicine, National Institutes of Health

Return to top

## Occupational Health Information

**Resources that provide information to protect the safety and health of workers and volunteers.**

- Protecting Workers and Volunteers Responding On-Shore to Hurricanes from the Gulf of Mexico
  National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention

- NIOSH Report of BP Illness and Injury Data
  Centers for Disease Control and Prevention, U.S. Department of Health and Human Services

- Deepwater Horizon/Mississippi Canyon 252 Oil Spill – OSHA Factsheet (PDF, 50 KB)
  Occupational Safety and Health Administration

- NIEHS Oil Spill Response Training Tool
  National Institute of Environmental Health Sciences, National Institutes of Health

- Interim Guidance for Protecting Deepwater Horizon Response Workers and Volunteers
  National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention

- Heat Stress
  National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention

- Oil Spill Response Resources (includes Ongoing Health Hazard Evaluation)
  National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention

- Consumer Health Resources for Workers and Volunteers
  (Also available in Spanish)
  MedlinePlus, National Library of Medicine
    - Heat Illness
    - Sun Exposure
    - Drowning
    - Noise
    - Insect Bites and Stings
    - Animal Bites
    - Skin Rashes

- Keeping Workers Safe During Oil Spill Response and Cleanup Operations
  Occupational Safety and Health Administration

- Health and Safety Aspects of In-situ Burning of Oil (PDF, 31 KB)
  National Oceanic and Atmospheric Administration

- Training Marine Oil Spill Response Workers Under OSHA's Hazardous Waste Operations and Emergency Response Standard
  Occupational Safety and Health Administration

- Information about Tarballs

National Oceanic and Atmospheric Administration

- Best Practices for Migratory Bird Care During Oil Spill Response (PDF, 3.6 MB)
  See Chapter 2: Safety and Human Health
  U.S. Fish and Wildlife Service

Return to top

## Crude Oil

- Crude Oil
  Hazardous Substances Data Bank, National Library of Medicine, National Institutes of Health

- Table of Chemical Constituents Commonly Found in Crude Oil (PDF, 86 KB)
  Centers for Disease Control and Prevention, U.S. Department of Health and Human Services

- ToxFAQs™: Total Petroleum Hydrocarbons (TPH)
  Agency for Toxic Substances and Disease Registry, Centers for Disease Control and Prevention

- Oil Spill Hazards
  TOXLINE, National Library of Medicine, National Institutes of Health

- Petroleum (CAS Registry Number 8002-05-9)
  ChemIDplus, National Library of Medicine, National Institutes of Health

- Crude Oil
  ToxTown, National Library of Medicine, National Institutes of Health

Return to top

## Dispersants

- Toxicity Testing of Dispersants
  U.S. Environmental Protection Agency
  - Comparative Toxicity of Louisiana Sweet Crude Oil (LSC) and Chemically Dispersed LSC to Two Gulf of Mexico Aquatic Test Species - July 31, 2010 (PDF, 120 KB)
  - Comparative Toxicity of Eight Oil Dispersant Products on Two Gulf of Mexico Aquatic Test Species - June 30, 2010 (PDF, 93.8 KB)
  - Analysis of Eight Oil Spill Dispersants Using In Vitro Tests for Endocrine and Other Biological Activity (PDF, 744 KB)
  - Dispersants Toxicity Testing – Phase I: Questions and Answers (PDF, 21.3 KB)

- EPA Response to BP Spill in the Gulf of Mexico - Dispersants
  U.S. Environmental Protection Agency

- Oil Spill Dispersant (COREXIT ®EC9500A and EC9527A) Information for Health Professionals
  Centers for Disease Control and Prevention, U.S. Department of Health and Human Services

- Reducing Occupational Exposures while Working with Dispersants During the Gulf Oil Spill Response
  Centers for Disease Control and Prevention, U.S. Department of Health and Human Services

- Dispersants Quick Facts for Coastal Residents
  Centers for Disease Control and Prevention, U.S. Department of Health and Human Services

- COREXIT® EC9580A
  - ChemID - National Library of Medicine (includes links to PubMed and TOXLINE references)
  - Technical Product Bulletin - U.S. Environmental Protection Agency

- COREXIT® EC9527A
  - ChemID - National Library of Medicine (includes links to PubMed and TOXLINE references)
  - Technical Product Bulletin - U.S. Environmental Protection Agency
  - Hazardous Substances Data Bank - National Library of Medicine

- COREXIT® EC9500A
  - ChemID - National Library of Medicine (includes links to PubMed and TOXLINE references)

- Technical Product Bulletin - U.S. Environmental Protection Agency
- Hazardous Substances Data Bank - National Library of Medicine

- Dispersants - Special journal literature, technical reports and archival collections
  TOXLINE, National Library of Medicine, National Institutes of Health

- Journal Articles on Oil Dispersants and Humans
  PubMed - Biomedical journal literature
  National Library of Medicine, National Institutes of Health

- Journal Articles on Oil Dispersants and Animals
  PubMed - Biomedical journal literature
  National Library of Medicine, National Institutes of Health

- Journal Articles on Oil Dispersants and Invertebrates, Seawater, Plants and Environment
  PubMed - Biomedical journal literature
  National Library of Medicine, National Institutes of Health

Return to top

## Seafood and Fisheries Contamination

**Check local news sources for latest information on seafood safety related to the 2010 Gulf oil spill.**

- National Oceanic and Atmospheric Administration Fisheries Service
  National Oceanic and Atmospheric Administration

- Gulf of Mexico Oil Spill Update
  U.S. Food and Drug Administration

- Seafood Safety after an Oil Spill
  National Oceanic and Atmospheric Administration

- Impact of Crude Oil on Seafood (PDF, 128 KB)
  National Oceanic and Atmospheric Administration

Return to top

## Response and Recovery

- GeoPlatform.gov/gulfresponse
  (Mapping the Response to BP Oil Spill in the Gulf of Mexico)
  National Oceanic and Atmospheric Administration; U.S. Environmental Protection Agency; U.S. Coast Guard; U.S. Department of the Interior

- Responding to Oil Spills
  National Oceanic and Atmospheric Administration

- Response to Oil Spills
  U.S. Environmental Protection Agency

- Oil Spill Preparation and Response
  U.S. Fish and Wildlife Service

- Safety and Oil Spill Research
  U.S. Department of the Interior

- Oil Spills and the Public (PDF, 116 KB)
  U.S. Fish and Wildlife Service

Return to top

## Gulf State Agencies Involved in Prevention, Response, and Recovery

**Local government agencies may be the best resource for food and water safety advice and updates.**

- Louisiana
  - Emergency.louisiana.gov
  - Louisiana Department of Health and Hospitals

- Alabama
    - Alabama Department of Environmental Management - Response to Spills of Oil and Hazardous Material and Fish Kills
    - Alabama Department of Public Health - Gulf of Mexico Oil Spill - 2010
- Mississippi
    - Mississippi Department of Environmental Quality Emergency Services
    - Mississippi State Department of Health
- Oil Spills
  Texas General Land Office
- Florida - Deepwater Horizon Oil Spill
  Florida Department of Environmental Protection

Return to top

## Oil Spills and Wildlife

- Deepwater Horizon Oil Spill Response
  U.S. Fish and Wildlife Service

- Gulf of Mexico Oil Spill FACT SHEET: Fishing, Marine Mammals, Sea Turtles (PDF, 74 KB)
  National Oceanic and Atmospheric Administration

- Fish Stocks in the Gulf of Mexico (PDF, 69 KB)
  National Oceanic and Atmospheric Administration

- Impacts of Oil on Marine Mammals and Sea Turtles (PDF, 76 KB)
  National Oceanic and Atmospheric Administration

- Wildlife and Oil Spills (PDF, 1.8 MB)
  Chapter 5 from Understanding Oil Spills and Oil Spill Response
  U.S. Environmental Protection Agency

- Best Practices for Migratory Bird Care During Oil Spill Response (PDF, 3.6 MB)
  U.S. Fish and Wildlife Service

- Rescuing Wildlife
  U.S. Environmental Protection Agency

- Oil Spill Preparation and Response
  U.S. Fish and Wildlife Service

- Oil and Sea Turtles (PDF, 2.5 MB)
  National Oceanic and Atmospheric Administration

- Journal Articles on Oil Spills and Animals
  PubMed - Biomedical journal literature
  National Library of Medicine, National Institutes of Health

- Journal Articles on Oil Spills and Invertebrates, Seawater, Plants and Environment
  PubMed - Biomedical journal literature
  National Library of Medicine, National Institutes of Health

Return to top

## Social Media Sites: Gulf Oil Spill

- Deepwater Horizon Joint Information Center
    - Facebook Page: Deepwater Horizon Response
    - Twitter: Oil_Spill_2010
    - YouTube: Deepwater Horizon Oil Spill

Return to top

**Multi-language Resources**

- Resources in Spanish
    - Derrame de petróleo en el Cañon Deepwater Horizon/Mississippi 252 - Hoja de Datos OSHA (PDF, 50 KB)
      Administración de Seguridad y Salud Ocupacional
    - Respuesta de EPA al derrame de petróleo de British Petroleum (BP) en el golfo de México
      U.S. Environmental Protection Agency
    - NIEHS Oil Spill Cleanup Initiative: Safety Awareness for Oil Spill Cleanup Workers (SPANISH VERSION)(PDF, 1.9 MB)
      National Institute of Environmental Health Sciences, National Institutes of Health
    - NIEHS Oil Spill Cleanup Initiative: Safety Awareness for Oil Spill Cleanup Workers (SPANISH VERSION) (PowerPoint, 6 MB)
      National Institute of Environmental Health Sciences, National Institutes of Health
    - NIEHS Oil Spill Cleanup Initiative: Safety Awareness for Oil Spill Cleanup Workers (SPANISH BOOKLET FORMAT) (PDF, 4.0 MB)
      National Institute of Environmental Health Sciences, National Institutes of Health
    - Petróleo crudo
      Tox Town, National Library of Medicine
    - Enfermedades causadas por el calor (Heat Illness)
      MedlinePlus, National Library of Medicine
    - Exposición al sol (Sun Exposure)
      MedlinePlus, National Library of Medicine
    - Ahogo (Drowning)
      MedlinePlus, National Library of Medicine
    - Ruido (Noise)
      MedlinePlus, National Library of Medicine
    - Picaduras de insectos (Insect Bites and Stings)
      MedlinePlus, National Library of Medicine
    - Mordeduras de animales (Animal Bites)
      MedlinePlus, National Library of Medicine
    - Sarpullido (Skin Rashes)
      MedlinePlus, National Library of Medicine

- Resources in Vietnamese
    - Deepwater Horizon/Mississippi Canyon 252 Oil Spill – OSHA Factsheet (Vietnamese) (PDF, 50 KB)
      Occupational Safety and Health Administration
    - NIEHS Oil Spill Cleanup Initiative: Safety Awareness for Oil Spill Cleanup Workers (VIETNAMESE VERSION) (PDF, 2.1 MB)
      National Institute of Environmental Health Sciences - National Institutes of Health
    - NIEHS Oil Spill Cleanup Initiative: Safety Awareness for Oil Spill Cleanup Workers (VIETNAMESE VERSION) (PowerPoint, 6.0 MB)
      National Institute of Environmental Health Sciences - National Institutes of Health

Return to top

**Disclaimer**

Reference to an external Internet resource on this server does not constitute a recommendation or endorsement by the National Library of Medicine of the services or views described in that resource.

PDF documents can be viewed with the free Adobe® Reader™

Return to top

[U.S. National Library of Medicine](#), 8600 Rockville Pike, Bethesda, MD 20894
[National Institutes of Health](#), [Health & Human Services](#)
**Last updated:** 21 December 2012
**First published:** 27 April 2010
[Metadata](#)| [Permanence level](#): Permanence Not Guaranteed



# What Health Care Providers Should Know about Potential Health Hazards from the Deepwater Horizon Oil Spill

## What Health Care Providers Should Know about Potential Health Hazards from the Deepwater Horizon Oil Spill

- The Gulf Coast Oil Spill has the potential to affect human health. Signs and symptoms are possible depending on the substance exposed to, the exposure dose, and route of exposure. Although a variety of hydrocarbon products produced from petroleum have specific toxic effects, the toxicity of crude light petroleum itself to humans is relatively low. (Stellman 2007) This may be due, in part, to the lower concentrations of individual fractions in crude oil as compared to the higher concentrations expected in refined products.
    » Oil Spill Dispersant Information for Health Professionals (http://www.cdc.gov/nceh/oil_spill/dispersants_hcp_info.htm )
    » Deep Water Horizon Oil Spill Human Health Interim Clinical Guidance (http://emergency.cdc.gov/gulfoilspill2010/oilspill_clinical.asp)
- Crude oil is a mixture of more than 1000 compounds (mostly hydrocarbons). The hydrocarbons in crude oil are mostly alkanes, cycloalkanes and various aromatic hydrocarbons while the other organic compounds contain nitrogen, oxygen and sulfur, and trace amounts of metals such as iron, nickel, copper and vanadium. The exact molecular composition varies widely. The specific type of oil spilled in the Gulf Coast is known as a light, crude oil which has low viscosity and is composed mostly of light hydrocarbon fractions which are volatile and may increase the risk for aspiration into the lungs if ingested.
    » Table of Chemical Constituents Commonly Found in Crude Oil (http://emergency.cdc.gov/gulfoilspill2010/pdf/chemical_constituents_table.pdf )
    » Fuel Oils ToxFAQs (http://www.atsdr.cdc.gov/toxfaqs/tf.asp)
    » Fuel Oils Tox Profiles (http://www.atsdr.cdc.gov/toxprofiles/TP.asp)
- However, these light hydrocarbon fractions, such as benzene, xylene, toluene, and ethyl benzene generally evaporate into the air in the first 24-48 hours of a spill into the open ocean water (usually before reaching the shore). The medium and heavy parts (consistency much like motor oil) are what cleanup operations on the land and near shore areas focused on. This is also called "weathered" crude oil or "mousse." Other potential exposures related to the clean up response may include airborne particulates from "oil burns" and/or contact with chemical dispersants used to help with bioremediation (cleanup).



Centers for Disease Control and Prevention
Agency for Toxic Substances and Disease Registry

CS215755



- Because of the weathering process, inhalation hazards from the lighter, toxic volatile components of crude oil, such as benzene, are greatly reduced. The "weathered" crude substance, remaining after evaporation and biological degradation, is still of concern as a potential dermatitis hazard. Potential remaining higher molecular weight fractions may cause irritation by dissolving the natural protective oils on the surface of the skin. In addition, known polycyclic aromatic hydrocarbon skin carcinogens may remain in the "oil soup" or "mousse oil" after the weathering process. However, the risk of "weathered" crude as a skin cancer-causing agent is not known due to variability of compounds in the "weathered" oil mixture.
    » Light Crude Oil Information for Health Professionals (http://www.cdc.gov/nceh/oil_spill/light_crude_health_professionals.htm )
- Limited studies from previous oil spill disasters showed that common reported acute symptoms were due to irritant effects on mucus membranes, upper airway, and the skin. (NIOSH 1991). This is consistent with what is being reported for this spill as described under "Health Surveillance" later in this document.
- Symptoms related to mental or behavioral health such as anxiety, stress and depression have been frequently seen in previous oil spill disasters (Aguilera 2010). Thus, these conditions should be considered during the evaluation of patients throughout this oil spill. Please see the resource section for more information.

## What the Provider Should Consider When Delivering Patient Care:

- Patients with respiratory, dermal, or other signs and symptoms should be treated and managed according to standard clinical protocols guided by the presentation of the patient.
- Clinical evaluation should include taking an exposure history (http://www.atsdr.cdc.gov/csem/exphistory/ehcover_page.html) and consideration of environmental etiologies in the differential diagnosis.
- The chemical makeup of "weathered" crude oil does not require laboratory testing for specific chemicals to guide the delivery of routine clinical care, therefore it is not recommended at this time. (http://www.cdc.gov/niosh/hhe/reports/pdfs/1989-0200-2111.pdf)
- Counsel/Advise patients to
    » Limit exposures to potential air contamination, especially those with chronic respiratory conditions (e.g., asthma or COPD) by
        - Staying indoors in an air-conditioned room
        - Setting the air conditioner to the "recirculation" mode, if possible
    » Return for additional medical evaluation if symptoms such as shortness of breath, nausea or other medical issues persist
    » Avoid contact with water or sediments that may potentially be contaminated. If exposure has occurred, immediately wash with soap and water (do not use gasoline, solvents, or industrial cleaners). Baby oil or tanning lotion may be used to remove oily, tar-like residues.

- Advise patients to avoid direct exposure to oil or sludge as much as possible, especially pediatric patients, their parents and pregnant women. Children should be restricted from playing in or around contaminated areas, and they should not be involved in cleanup efforts.
  » Information for Pregnant Women - Fact Sheet (http://emergency.cdc.gov/gulfoilspill2010/2010gulfoilspill/pregnancy_oilspill.asp )
  » Information for Parents - Fact Sheet (http://emergency.cdc.gov/gulfoilspill2010/info_for_parents.asp )
- Report health effects potentially related to the oil spill to your local or regional Poison Control Center.

For more information regarding your local or regional Poison Center call 1-800-222-1222 or online at: http://www.aapcc.org/dnn/About/FindLocalPoisonCenters/tabid/130/Default.aspx

## What Health Care Providers Should Know about Behavioral Health Risks from the Deepwater Horizon Oil Spill

The uncertainties stemming from the Deepwater Horizon Oil spill and the subsequent economic turmoil (e.g., increased unemployment, foreclosures, uncertainties of the future and other forms of distress) can result in a whole host of negative health effects - both physical and mental. While most people will adjust to these type of changes over time, it can be particularly devastating to the emotional and mental well-being of those you care for. Although each of us is affected differently by disasters, these problems can add tremendous stress, which in turn can substantially increase the risk for developing such problems as:

- Depression
- Anxiety
- Compulsive Behaviors (over-eating, excessive gambling, spending, etc.)
- Substance Abuse

## Warning Signs

It is important to be aware of signs that oil spill related problems may be adversely affecting the emotional or mental well being of your patients. These signs include:

- Persistent Sadness/Crying
- Excessive Anxiety
- Lack of Sleep/Constant Fatigue
- Excessive Irritability/Anger
- Increased drinking
- Illicit drug use, including misuse of medications



- Difficulty paying attention or staying focused
- Apathy - not caring about things that are usually important to you
- Not being able to function as well at work, school or home

## Managing Stress

These are common reactions to stress, and there are coping techniques that you can use to help manage it. They include:

- Helping others to try to keep things in perspective - recognize the good aspects of life and retain hope for the future.
- Advise patients to strengthening connections with family and friends who can provide important emotional support.
- Encourage engaging in activities such as physical exercise, sports or hobbies that can relieve stress and anxiety.
- Refer patients to local outreach and crisis counseling efforts.
- If symptoms persist, screen patients for depression, anxiety and substance use disorders.

## Other Sources of Information

- Substance Abuse and Mental Health Services Administration Disaster Resources
- http://samhsa.gov/Disaster/
- Handouts to have in your office can be found at http://www.samhsa.gov/Disaster/traumaticevents.aspx
- Service locator assistance can be found at
  » Substance abuse http://findtreatment.samhsa.gov/
  » Mental Health http://mentalhealth.samhsa.gov/databases/