# EXHIBIT 31

# Deepwater Horizon Incident Response Recordable Injury & Illness Data

**April 22, 2010 to February 18, 2011**

Set forth herein is Classification and Preliminary Cause data for the Unified Command response to the Deepwater Horizon Gulf of Mexico incident. This data covers the period from the beginning of the response on April 22, 2010 up to the present.

This information covers **occupational** illnesses and injuries that incident and hours for response workers (BP, contractors, Federal/State/Local and volunteers) that have reported in the course of their work in response to the Deepwater Horizon incident, as reported from field personnel and/or medical personnel. This represents attempts to capture all occupational illnesses and injuries. Where there is no information to support "occupational" categorization, incidents have been classified as non-occupational.

Some of the incidents represented by the data herein are still being investigated and are subject to future changes. The Unified Command will update this data when additional information becomes available.

# Deepwater Horizon Response - Recordable Injury & Illness Data
## April 22, 2010 to February 18, 2011

| Incidents to Date | Illness | Injury |
|---|---|---|
| First Aid | 2149 | 3007 |
| Medical Treatment | 258 | 402 |
| Days Away From Work | 96 | 248 |
| Restricted Duty | 5 | 79 |
| **TBD**** | 0 | 1 |
| **Total** | **6245** | |
| ****Incident Classification to be determined** | | |

| Primary Location | Illness | Injury |
|---|---|---|
| OnShore | 2053 | 2699 |
| OffShore | 454 | 1037 |
| **TBD**** | 1 | 1 |
| **Total** | **6245** | |
| ****Primary Location to be determined** | | |

| Incident Command Location | Illness | Injury |
|---|---|---|
| Houston | 4 | 14 |
| Houma | 895 | 1889 |
| New Orleans | 2 | 9 |
| Mobile | 1600 | 1746 |
| Miami | 0 | 0 |
| Source | 7 | 72 |
| **TBD***** | 0 | 7 |
| **Total** | **6245** | |
| ****Other Location non-command specific** | | |
| *****Incident Classification to be determined** | | |

| Classification | |
|---|---|
| 01 BP | 11 |
| 02 Contractor | 6093 |
| 03 Federal/State/local | 122 |
| 04 Volunteer | 1 |
| 05 Other | 0 |
| 06 TBD | 2 |

| Parts of Body | |
|---|---|
| 01 Head | 746 |
| 02 Face | 159 |
| 03 Eye | 315 |
| 04 Ear | 15 |
| 05 Neck | 86 |
| 06 Shoulder | 122 |
| 07 Back | 445 |
| 08 Chest | 240 |
| 09 Arm | 454 |
| 10 Wrist | 97 |
| 11 Hand | 251 |
| 12 Finger | 497 |
| 13 Stomach | 858 |
| 14 Leg | 214 |
| 15 Thigh | 11 |
| 16 Knee | 220 |
| 17 Shin | 17 |
| 18 Ankle | 186 |
| 19 Foot | 134 |
| 20 Toe | 28 |
| 21 Skin | 215 |
| 22 Other | 106 |
| 23 TBD | 0 |



# OMITTED PAGES