# EXHIBIT 32

**Oil Spill Health Effect Summary**



# MS Canyon 252 Oil Spill Surveillance Report

**Week 38  From 09/19/2010 to 09/25/2010**

The Oil Spill Surveillance Summary Report describes the results of the tracking done by the Louisiana Department of Health and Hospitals Office of Public Health (OPH) Section of Environmental Epidemiology & Toxicology (SEET). This report relies on data supplied by sentinel surveillance sites, including hospital emergency departments, outpatient clinics, physicians' offices and the Louisiana Poison Center.

SEET is tracking and evaluating reported acute health effects related to the BP Oil Spill. Reports include exposure to odors/fumes, skin contact with contaminated water or objects, heat stress, in addition to injuries such as lacerations/fractures resulting from clean-up or containment activities. This report is limited to exposures to odors/fumes, skin contact with contaminated water or objects and heat stress.

Data presented in this report are in aggregate form. There are no personal identifiers and no individual line listing that could be used to identify individuals. This is a public document.

| | |
|---|---|
| **What to report** | |
| Patient name and contact information, name of reporting facility, name and telephone number of person reporting event, and brief description of health complaint and treatment. OPH/SEET will follow-up if more information is needed. | |
| **How to report** | |
| Telephone     888-293-7020 (24/7)     Fax     225-342-8117 | |
| **Database** | |
| All human surveillance data are entered in a database maintained by SEET. The data include demographic characteristics about persons exposed, workers from the rigs, workers involved in clean up, other workers (EMS for example) and residents. Data are also collected on the nature of exposure, type of work, route of exposure and location of exposure. Clinical and health care utilization data are also collected. | |
| **Summary** | |
| In Louisiana, there have been 415 reports of health complaints believed to be related to exposure to pollutants from the oil spill, including cases of heat stress. Three hundred and twenty-nine (329) reports came from workers and 86 from the general population (see limitations of these data explained on page 2). Most frequently reported symptoms include headache, dizziness, nausea, vomiting, weakness/fatigue and upper respiratory irritation. One hundred sixty-nine (169) workers had heat-related complaints. Eighteen (18) workers had short hospitalizations. The general population complaints were primarily related to odors with mostly mild symptoms being reported.<br><br>The syndromic surveillance system is monitoring emergency department visits in 7 hospitals in Regions 1, 3 and 9 to determine if there are increases in upper respiratory illnesses (URI) and asthma in the region. This year's weekly data (percentage of asthma and URI among emergency department visits) are compared with the past 3 years. There is no increase to report (see page 6). | |
| **Treatment information** | Call the Louisiana Poison Center: 1-800-222-1222. The Poison Center is staffed 24-hours a day and can provide medical management advice. |
| **Information on potential health risks related to the oil spill see** | http://emergency.cdc.gov/chemical/oil_spill_gm_2010.asp |

Page 1: Summary                                         Page 5: Illness and health care utilization
Page 2: Comments                                      Page 6: Syndromic surveillance
Page 3 : Demographics of persons exposed   Page 7: Air surveillance data
Page 4: Details about exposures

**Comments**

On April 20, 2010, the Deep Water Horizon exploded and collapsed into the Gulf of Mexico on April 22 (CDC week 16). Four weeks later, the health surveillance system in place started to receive reports of human exposures.

**Goal of the targeted surveillance**
The goal of this surveillance is to monitor possible human health effects due to exposure to pollutants and heat stress resulting from the spill and clean up efforts. This report does not include injuries.  It also does not include chronic disease (for example, it would not include hypoglycemia in a diabetic worker) or acute conditions that are not directly resulting from pollutants (for example, a foodborne outbreak), but it includes any exacerbations of a chronic condition that could be resulting from exposure to pollutants (mainly for pulmonary and dermatologic conditions resulting from inhalation or skin exposure).

**A surveillance is a dynamic system**
As reports are received, they are entered in a database. From this database, interviewers will collect additional information from the reporter and from the patient. This process may take several days. This report summarizes the status of the database at the time the report is compiled. Week to week comparisons are discouraged as data may change when new information becomes available.

**Limitations of exposure histories and health complaints**
Because of the nature of environmental exposures, the exact cause of symptoms or exposures cannot be confirmed. Health complaints are the symptoms and signs reported by the person affected. Some of these are objective (vomiting, for example), others are subjective (nausea, for example). There are large variations in how subjective symptoms are perceived and reported.

**Syndromic surveillance**
Syndromic Surveillance utilizes the detection of well-defined symptoms as an indicator of the possible presence of a public health problem. The Metro New Orleans Hospital Emergency Department Syndromic Surveillance Report is compiled from Emergency Department (ED) Chief Complaint data reported to LAOPH Infectious Diseases Epidemiology Section by Metro New Orleans hospitals (7 hospitals from Regions 1, 3 and 9). Text contained in the Chief Complaint data is analyzed by CDC-supplied software, and ED records are flagged when Chief Complaint data contain text indicative of a specific syndrome. Infectious Disease Epidemiology currently flags ED records when Chief Complaint data indicate specific syndromes. For the purpose of this surveillance, "Asthma" and "Upper Respiratory" symptoms are of interest.

**CDC Week**
To facilitate the coordination of reporting, the Centers for Disease Control assigns a number to each week of the year. The dates corresponding to each week in the report are explained on Page 3.

# Oil Spill Exposure Demographic Information

This graph shows the number of reports for conditions perceived to be related to exposure to the oil spill. This type of data is based on a patient's report and does not necessarily reflect a confirmed health effect from the oil spill.

| Total numbers | Reports | 415 | Workers | 329 | General Population | 86 |
|---|---|---|---|---|---|---|



Exposure Report Counts

| First day of the week | CDC Week | Report |
|---|---|---|
| 04/18/10 | 16 | 0 |
| 04/25/10 | 17 | 8 |
| 05/02/10 | 18 | 10 |
| 05/09/10 | 19 | 36 |
| 05/16/10 | 20 | 18 |
| 05/23/10 | 21 | 51 |
| 05/30/10 | 22 | 30 |
| 06/06/10 | 23 | 62 |
| 06/13/10 | 24 | 29 |
| 06/20/10 | 25 | 23 |
| 06/27/10 | 26 | 18 |
| 07/04/10 | 27 | 22 |
| 07/11/10 | 28 | 23 |
| 07/18/10 | 29 | 14 |
| 07/25/10 | 30 | 14 |
| 08/01/10 | 31 | 21 |
| 08/08/10 | 32 | 4 |
| 08/15/10 | 33 | 7 |
| 08/22/10 | 34 | 8 |
| 08/29/10 | 35 | 5 |
| 09/05/10 | 36 | 5 |
| 09/12/10 | 37 | 4 |
| 9/19/2010 | 38 | 3 |

### Age and Gender distribution

|  | Gender M | Gender F | Age 0-17 | Age 18-44 | Age 45-64 | Age 65+ | Unk | Total |
|---|---|---|---|---|---|---|---|---|
| Worker | 294 | 35 | 2 | 232 | 88 | 3 | 4 | 329 |
| General population | 32 | 54 | 11 | 29 | 30 | 7 | 9 | 86 |
| Total | 326 | 89 | 13 | 261 | 118 | 10 | 13 | 415 |

### Parish of residence

| Region |  | Total |
|---|---|---|
| 1: Greater NO | Orleans | 31 |
|  | Jefferson | 39 |
|  | Plaquemines | 26 |
|  | St. Bernard | 11 |
| 2: BatonRouge |  | 9 |
| 3: Houma/Thibodaux | Lafourche | 37 |
|  | Terrebonne | 33 |
|  | Other | 13 |
| 4: Lafayette |  | 21 |
| 5: Lake Charles |  | 7 |
| 9: NorthShore | St. Tammany | 14 |
|  | Other | 6 |
| Other Louisiana |  | 4 |
| Out of State |  | 53 |
| Unknown |  | 111 |
| Total |  | 415 |

Louisiana Department of Health and Hospitals' Regional Map



## Exposure Data

**Source of report**

|  | Total |
|---|---|
| Poison Control Center | 96 |
| Emergency Room/Hospital | 143 |
| Urgent care/Physician/Clinic | 128 |
| EMS | 44 |
| Hotline | 4 |
| Total | 415 |

**Activity of person when potentially exposed**

|  | Work | Pop |
|---|---|---|
| **Worker** | | |
| Beach Clean Up | 44 | |
| Animal Clean Up | 2 | |
| Onshore work, unspec | 61 | |
| Cleanup unspecified | 29 | |
| Sheen busting | 8 | |
| Boom deployment | 49 | |
| Decontamination | 23 | |
| Burning | 2 | |
| Skimming | 21 | |
| Offshore work, unspec | 56 | |
| Oil rig | 26 | |
| Other worker (not oil) | 8 | |
| **Residents** | | |
| Home | | 78 |
| Beach walking | | 1 |
| Swimming | | 2 |
| Seafood Consumption | | 5 |
| **Total** | 329 | 86 |

**Source of possible exposure (note: these exposures could not be validated)**

|  | Work | Pop |
|---|---|---|
| Polluted water | 20 | 4 |
| Tar ball | 1 | 0 |
| Liquid oil | 51 | 4 |
| Odor and fumes | 71 | 75 |
| Emulsified oil/Dispersant | 56 | 1 |
| Heat | 169 | 0 |
| Fish/Shellfish | 0 | 5 |
| Other** | 17 | 0 |
| Total* | 385 | 89 |

*Cases may report more than 1 exposure
**E.g., smoke, dust, cleaning chemicals

**Primary Route of exposure**

|  | Work | Pop |
|---|---|---|
| Inhalation | 116 | 74 |
| Eye contact | 10 | 1 |
| Skin contact | 41 | 5 |
| Ingestion | 1 | 6 |
| Other* | 161 | 0 |
| Total | 329 | 86 |

*Includes heat-related cases

**Location of exposure**

|  | Work | Pop |
|---|---|---|
| Shore of …or Parish | | |
| Plaquemines | 88 | 17 |
| St Bernard | 13 | 6 |
| Orleans | 2 | 21 |
| Jefferson | 24 | 20 |
| St. Tammany | 0 | 10 |
| Tangipahoa | 0 | 2 |
| Lafourche | 32 | 1 |
| Terrebonne | 33 | 1 |
| Assumption | 0 | 1 |
| St. Mary | 2 | 1 |
| Lafayette | 0 | 1 |
| Offshore | 102 | 1 |
| Unknown | 33 | 4 |
| Total | 329 | 86 |

**Map of Southern Louisiana**



Page 4

# Illness
## Health Care Utilization

| Illness Information | | Work | Pop |
|---|---|---|---|
| **Respiratory:** | Nose irritation | 14 | 9 |
| | Nose bleed | 2 | 2 |
| | Throat irritation | 37 | 23 |
| | Shortness of breath/difficulty breathing | 25 | 15 |
| | Aggravation of existing asthma | 4 | 11 |
| | Aggravation of existing respiratory illness (COPD)/other | 1 | 4 |
| | Cough | 30 | 14 |
| | Wheezing | 4 | 4 |
| **Eye** | Eye irritation | 19 | 22 |
| | Blurry vision | 9 | 1 |
| **GI** | Nausea | 93 | 30 |
| | Vomiting | 64 | 12 |
| | Diarrhea | 21 | 4 |
| **Cvasc** | Chest pain | 23 | 0 |
| | Irregular beat/rapid beat | 8 | 0 |
| **Skin** | Rashes | 34 | 2 |
| | Other | 17 | 4 |
| **Neuro** | Headache | 120 | 37 |
| | Dizziness | 76 | 5 |
| | Tremors | 4 | 0 |
| | Altered Taste | 7 | 1 |
| | Syncope | 15 | 0 |
| **General** | Weakness/Fatigue | 72 | 2 |
| | Diaphoresis | 9 | 0 |
| | Fever | 10 | 1 |
| **Total Reported Symptoms*** | | 718 | 203 |
| *Cases may report more than one symptom | | | |
| **Total Cases** | | 329 | 86 |

### Health care utilization

| | Work | Pop |
|---|---|---|
| Type of health care obtained | | |
|     Call, no care delivered | 11 | 58 |
|     Emergency department/Hospital | 169 | 10 |
|     Clinic /Physician office/Urgent Care | 149 | 18 |
| Total | 329 | 86 |
| Hospitalization: All were short, generally  1 day | 18 | 0 |

### Clusters

01-05/13/10: Sixteen oil rig workers were exposed to fumes reported to be dispersant. They experienced nausea, vomiting and flu-like symptoms. They were sent to a medical clinic for evaluation. By the time they arrived, most symptoms had been alleviated. They were examined, treated symptomatically and released immediately.

02-05/13/2010: Five offshore oil rig workers complained of irritative symptoms after being exposed to fumes thought to be dispersant. They were sent to medical clinic, examined, treated symptomatically and released immediately.

03-05/26/10 Seven clean-up workers from 5 different vessels busting oil-sheen for several weeks were hospitalized with complaints of nausea, headache, burning throat and chest pain. Six patients were discharged within 1 day of admission; one was discharged after an additional day of testing. An investigation by CDC/NIOSH indicated that the symptoms were likely due to several contributing factors, including unpleasant odors, heat, and fatigue (www.cdc.gov/niosh/topics/oilspillresponse/gulfspillhhe.html).

**Syndromic surveillance**
Syndromic Surveillance utilizes the detection of well-defined symptoms as an indicator of the possible presence of a public health problem. The Metro New Orleans Hospital Emergency Department Syndromic Surveillance Report is compiled from Emergency Department (ED) Chief Complaint data reported to LAOPH Infectious Diseases Epidemiology Section by Metro New Orleans hospitals (7 hospitals from Regions 1, 3 and 9). Text contained in the Chief Complaint data is analyzed by CDC-supplied software, and ED records are flagged when Chief Complaint data contain text indicative of a specific syndrome.
Infectious Diseases Epidemiology currently flags ED records when Chief Complaint data indicate specific syndromes. For the purpose of this surveillance, "Asthma" and "Upper Respiratory" symptoms are of interest.

The black lines (smooth, no dots) represent the lowest and the highest percentages observed in the past 3 years. The red lines (with dots) represent the percentages observed this year. The syndromic surveillance does not show any higher rates in the GNO area.





# Air surveillance

1. **EPA**

   EPA performs 24-hour air sampling for volatile organic compounds (VOCs), polycyclic aromatic hydrocarbons (PAHs), and particulate matter (PM2.5) using stationary air monitors at 9 sites across Southeastern Louisiana (see map). These monitors are also used for continuous hourly monitoring of hydrogen sulfide (H2S), sulfur dioxide (SO2), and PM10. EPA's mobile TAGA (Trace Atmospheric Gas Analyzer) unit performs real-time episodic monitoring of H2S, SO2, benzene, toluene, xylene, and components of the dispersant being used on the oil spill.

2. **Louisiana Department of Environmental Quality's (LDEQ) Air Quality Assessment Division (AQAD)**

   LDEQ monitors levels of H2S, SO2, total non-methane organic carbon (TNMOC), and PM2.5 using ambient air monitors located in a number of cities across Southeastern Louisiana (see map).

3. **Center for Toxicology and Environmental Health, LLC (CTEH)**

   CTEH is a private company working with BP to monitor the effects of the oil spill. CTEH monitors VOCs, $H_2S$, $SO_2$, and particulate matter (PM2.5 and PM10) along the Gulf shores from Galveston, TX to Appalachee Bay, FL.

**SUMMARY of EPA AIR DATA, 6, 2010 – Sept 14, 2010**
– No VOCs directly related to the oil spill (Benzene, ethylbenzene, isopropylbenzene, naphthalene, toluene, xylenes) were detected in levels exceeding the screening values in 24-hour air sample averages.
– No TAGA bus updates were added during this time period.

*AQAD reports and CTECH reports are no longer being released on a daily basis.*

### Screening Values for MS Canyon 252 Oil Spill-Related Contaminants

| Contaminants | Scr Value | Source |
|---|---|---|
| **Volatile Organic Compounds (VOCs) (Louisiana)** | | |
| Benzene | 29 ug/m3 | Acute MRL |
| Ethylbenzene | 43000 ug/m$^3$ | Acute MRL |
| Isopropylbenzene (Cumene) | 4000 ug/m3 | HQ=10 |
| Naphthalene | 30 ug/m$^3$ | HQ=10 |
| Toluene | 3800 ug/m$^3$ | Acute MRL |
| m-, p-, or o-Xylene | 8700 ug/m$^3$ | Acute MRL |
| **PAHs (Gulf coastline, not measured in Louisiana)** | | |
| Benzo (a) anthracene | 8.7 ng/m$^3$ | RBC |
| Benzo (a) pyrene | 0.87 ng/m$^3$ | RBC |
| Benzo (b) fluoranthene | 8.7 ng/m$^3$ | RBC |
| Benzo (k) fluoranthene | 8.7 ng/m$^3$ | RBC |
| Chrysene | 87 ng/m$^3$ | RBC |
| Dibenz (a,h) anthracene | 0.8 ng/m$^3$ | RBC |
| Indeno(1,2,3-cd)pyrene | 8.7 ng/m$^3$ | RBC |

| Particulate Matter (Louisiana) | | |
|---|---|---|
| PM10 | 150 ug/m$^3$ | 24-hour Level of Concern |
| PM2.5 | 35 ug/m$^3$ | |
| H2S | 0.07 ppm | Acute EMEG |
| SO2 | 0.01 ppm | Acute EMEG |
| **Dispersant Components (Louisiana)** | | |
| 2-butoxyethanol | 330 ppb | RfC |
| 1-(2-butoxy-1-methlyethoxy)-2-propanol (also known as Dipropylene Glycol Mono Butyl Ether) | 7 ppb | RfC |

The Acute Minimal Risk Level (MRL), Hazard Quotient (HQ = 10), and 24-hour Level of Concern are EPA's primary Deep Water Horizon screening values for air. Risk-based Concentrations (RBC) are calculated by EPA Mid-Atlantic Risk Assessment. Acute Environmental Media Evaluation Guides (EMEGs) are calculated by the ATSDR and apply to acute (14 days or less) exposures. The screening value chosen by the EPA for 1-(2-butoxy-1-methlyethoxy)-2-propanol is the reference concentration (RfC) for the most toxic glycol ether.

These screening values are not indicators of potential health risks. They function as triggers for further evaluation when contaminant concentrations exceed the screening values.