# EXHIBIT 37



Gulf of Mexico restoration    Contacts

# Contacts

## General inquires

For all general inquires regarding Gulf Coast recovery and restoration, please call + 1 866 448 5816.

## Environment and community

To report oil on the beach, shoreline or other environment or community impacts, please contact the National Response Center at +1 800 424 8802 or +1 202 267 2675 or online at www.nrc.uscg.mil(http://www.nrc.uscg.mil).

## Press contacts

BP America Press Office: +1 281 366 4463
BP Press Office London: +44 207496 4076

## Additional contact information

BP Claims Program, call +1 855 687 2631 (toll-free, multilingual)
BP US Investor Relations, call + 1 281 366 4937

## Information from the Unified Command

Twitter: @Restore_TheGulf(https://twitter.com/restore_thegulf)
Facebook: Deepwater Horizon Response(https://www.facebook.com/DeepwaterHorizonResponse?ref=ts)
Website: www.restorethegulf.gov(http://www.restorethegulf.gov/)