# EXHIBIT 38

4/15/2014 Case 2:10-md-02179-CJB-DPC Document 12676-44 EPA Response to BP Spill in the Gulf of Mexico | US EPA Filed 04/15/14 Page 2 of 4

http://www.epa.gov/bpspill/



Español | Tiếng Việt

### EPA Response to BP Spill in the Gulf of Mexico



In response to the BP oil spill, EPA monitored air, water, sediment, and waste generated by the cleanup operations. Ongoing response and restoration efforts are posted to RestoreTheGulf.gov.

While emergency response data collection has ended, results continue to be available on this site. Any new data will continue to be posted to this site, and data will continue to be available here for the foreseeable future.

Much of the content of this site continues to be available for historical and information purposes, but we are no longer updating these pages on a regular basis.

News releases related to the oil spill | Congressional Testimony

#### Dispersants
8/2: Second Round of Toxicity Testing Data
6/30: First Round of Toxicity Testing Data

#### Questions and Answers

**Photos of EPA's Response to the BP Spill**

**November 12:** EPA releases reports finding levels of dioxins created during controlled burns were below levels of concern.
**September 28:** Obama Administration Moves Long-Term Gulf Plan Forward / Mabus recovery plan focuses on funding, governance, involvement / EPA Administrator to lead ecosystem task force

**Monitoring Air Quality >>**
　　**Air Data >>**

**Water Data >>**

**Sediment Data >>**

**Waste Information >>**

---

**Government Response**

- RestoreTheGulf.gov: official federal government site for spill response and recovery
  - File a claim
  - Report a concern
  - Volunteer
  - Hotlines and phone numbers
- Other federal government information:
- Worker health and safety:
  - from OSHA
  - from CDC
- CDC review of EPA data for possible adverse health effects
- OSHA sampling data
- White House response site
- NASA satellite imagery of the spill
- Sign up for text message alerts

**Connect with us:**
Facebook: EPA
Twitter: EPA

**Photos:** BP Spill | more photos
Get email updates

- **What EPA is doing**
  - **Monitoring Air Quality**
    - **Air data**
  - **Water data**
  - **Sediment data**
  - **Waste management**
- **Dispersants**
  - **Toxicity testing**
  - **Dispersant questions**
- **Frequent Questions**
- **Submit a Technology Solution**
- **Community Outreach**
- **What You Can Do**
- **Vendors**

Last updated on 2/12/2013

4/15/2014 EPA Releases Reports on Dioxin Emitted During Deepwater Horizon BP Spill | Office of Research and Development | US EPA

Case 2:10-md-02179-CJB-DPC Document 12676-44 Filed 04/15/14 Page 4 of 4



Office of Research and Development
# EPA Releases Reports on Dioxin Emitted During Deepwater Horizon BP Spill
**Reports find levels of dioxins created during controlled burns were below levels of concern**

11/11/2010 WASHINGTON – The U.S. Environmental Protection Agency today released two peer reviewed reports concerning dioxins emitted during the controlled burns of oil during the Deepwater Horizon BP spill. Dioxins describe a group of hundreds of potentially cancer-causing chemicals that can be formed during combustion or burning. The reports found that while small amounts of dioxins were created by the burns, the levels that workers and residents would have been exposed to were below EPA's levels of concern.

Controlled burning of oil on the surface of the ocean (also called *in situ* burning) was one method used by the Unified Command during the Deepwater Horizon BP oil spill, to reduce the spread of oil and environmental impacts at the shoreline. A total of 411 controlled burn events occurred of which 410 could be quantified, resulting in the combustion of an estimated 222,000 to 313,000 barrels of oil (or 9.3 to 13.1 million gallons).

With support from the U.S. Coast Guard, EPA conducted sampling of emissions at the source of the controlled burns in the Gulf of Mexico to determine if dioxins were present. The sampling was conducted to identify potential dioxin exposures and determine the potential risks from inhalation to workers in the vicinity of the fires, risks from inhalation to the general population and risks to the general population from consuming fish caught in the area.

The first report (PDF) (22 pp, 298 KB) summarizing EPA's sampling effort indicates that while dioxins were created from the burning of oil on ocean water, they were created at low levels – levels similar to the emissions from residential woodstoves and forest fires.

The second report (PDF) (21 pp, 255 KB), coauthored with scientists from the National Oceanic and Atmospheric Administration (NOAA), presents the results of a screening risk assessment for the dioxins emitted from the controlled oil burns. The results indicate that increased cancer risk due to exposure to the dioxins released from the controlled burning of oil was small - less than a 1 in 1,000,000 increased cancer risk. Additional cancer risks for inhalation by workers, onshore residents and fish consumption by residents were lower than risk levels that typically are of concern to the Agency. Typically, the Agency has a concern when the risk is greater than 1 in 1,000,000.

Had the spill of oil continued, the results of these measurements would have been used by the Unified Command to determine if burning should continue. However, the well was capped on July 15, 2010 and the last in situ burn occurred on July 19, 2010. Consequently, these results are most useful to inform and improve the Agency's ability to respond to future oil spills.

EPA and other federal agencies have developed a broad set of questions and answers to provide the public with general information on dioxins, including what they are, where they can be found, and major sources of dioxins. The questions and answers explain the review process for the dioxin reassessment and discuss possible effects of dioxin exposure in humans, including advice about consumption of food that might contain dioxins.

- Aerostat Sampling of PCDD/PCDF Emissions from the Gulf Oil Spill In Situ Burns (PDF) (22 pp, 298 KB)
    - Supporting Information (PDF) (5 pp, 58 KB)
- Screening Level Assessment of Risks Due to Dioxin Emissions from Burning Oil from the BP Deepwater Horizon Gulf of Mexico Spill (PDF) (21 pp, 255 KB)
    - Supporting Information (PDF) (18 pp, 1.1 MB)

Questions and answers related to the findings in the reports (PDF) (7 pp, 39.5 KB)