UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG        )  MDL NO. 2179
"DEEPWATER HORIZON" in the GULF OF )
MEXICO on APRIL 20, 2010               )  SECTION: J
                                        )
**This Document Relates to:**          )  JUDGE BARBIER
**2:10-cv-02454, 2:10-cv-01768**       )  MAG. JUDGE SHUSHAN
                                        )

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Document Under Seal Pursuant to Pretrial Orders 13 and 47 (Rec. Doc. 12674).

Having reviewed the motion and for good cause shown,

IT IS ORDERED that Plaintiff's Motion is GRANTED.   The Clerk of Court is instructed to to file Exhibit 5, the unredacted Motion for Partial Summary Judgment, and the unredacted Statement of Undisputed Material Facts under seal.

New Orleans, Louisiana this 16th day of April, 2014.

_____
United States District Judge

1