IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by | * | MDL NO. 2179 |
|   the Oil Rig "Deepwater Horizon" | * | |
|   in the Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | |
|   *Center for Biological Diversity, Inc. v. BP* | * | Honorable CARL J. BARBIER |
|   *America Inc., et al.*, Nos. 2:10-cv-01768 & | * | |
|   2:10-cv-02454 | * | Magistrate Judge SHUSHAN |
| | * | |
| | * | |

### ORDER

The Court has considered the BP Parties' Motion for Leave to Answer the Amended Complaint;

The Court ORDERS that BP's Motion is GRANTED and the Answer (attached as Exhibit A to the Motion) shall be filed into the record.

New Orleans, Louisiana this 16th day of April, 2014.

_____
United States District Judge