IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) | |
| "Deepwater Horizon" in the ) | MDL NO. 2179; SECTION J |
| Gulf of Mexico, on April 20, 2010 ) | |
| ) | JUDGE CARL J. BARBIER |
| This document relates to: ) | |
| ) | MAG JUDGE SHUSHAN |
| 12-970, *Bon Secour Fisheries, Inc. et al.* ) | |
| *v. BP Exploration Production Inc.;* ) | |
| cases within Pleading Bundle B1 ) | |
| ) | |
| and All Civil Actions, including ) | |
| 12-2953, 12-964 and 10-2771 ) | |

## MOTION FOR *IN CAMERA* REVIEW

COME NOW, BRENT COON & ASSOCIATES, P.C. ("BCA law firm"), Counsel for claimants in the above referenced causes of action, and respectfully moves this Court for *In Camera* Review of a box of opt-out documents labeled and numbered (1774177) currently in the possession, custody and control of Northwest Research Inc. ("NWR"). This Motion is filed so that the BCA law firm can be assured that all proper and timely filed opt-outs associated with its clients were accounted for by Class Counsel. The BCA law firm has conferred with counsel for the Claims Administrator and he is not opposed to the filing of this Motion.

### I. Background

On March 20, 2014, the BCA law firm received a call from NWR, a private vendor working with Federal Express and other delivery services to track down the ownership of lost mail at a depot facility located in Salt Lake City, Utah. According to NWR, it is currently in possession of a lost box associated with the BCA law firm and containing opt-out documents that came to be lost in a Memphis, Tennessee Airport in November 2012. Although the box does not have any shipping or tracking information labels on it, the BCA law firm is familiar with its

contents, having previously sent the box to the Settlement Program vendor in Hammond, Louisiana on October 31, 2012.

By March 24, 2014 the BCA firm notified the Settlement Program that NWR is currently in possession of the lost box. The Garden City Group, a vendor working with the Settlement Program, acknowledges that in general opt-out documents were to be handled and scanned at its Hammond, Louisiana facility, but has not provided: (a) any Federal Express chain of custody documentation whatsoever regarding the box, (b) any assurance as to the security of the box, (c) any explanation as to why the box was lost in a Memphis, Tennessee Airport, and (d) any feedback as to why it is missing Federal Express labeling and tracking forms. Furthermore, there is no way of knowing whether the contents of the lost box contain originals or duplicates, or even if all the opt-out documents were properly recorded and scanned before the Court-ordered opt-out deadline.

## II. Requested Relief

WHEREFORE, The Brent Coon & Associates law firm requests that this Honorable Court order NWR to forward the box in question labeled and numbered (1774177) to Magistrate Judge Sally Shushan's office for *in camera* inspection. Additionally, BCA requests that the Court: (a) BCA requests that the box in question be sent by a secure mail delivery service to Magistrate Judge Sally Shushan, (b) BCA requests that the Claims Administrator pay for the shipping costs, (c) undertake an investigation into how the box contains confidential and personal information about thousands of BCA clients came to be lost in a Memphis, Tennessee Airport in November 2012, (d) determine why the BCA law firm was never notified about the box by the Class Counsel who is charged with the fiduciary obligation to keep BCA client information secure, and (e) determine

whether or not the box is in fact a copy or the original box sent by the BCA law firm to Hammond, Louisiana on October 31, 2012 and for any further relief the Court finds appropriate.

Dated: April 17, 2014

Respectfully submitted,

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

*Attorney for BCA Clients*

CERTIFICATE OF SERVICE

1 hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on April 17, 2014.

*/s/ BRENT W. COON*
BRENT W. COON