IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** ) | |
| **"Deepwater Horizon" in the** ) | **MDL NO. 2179; SECTION J** |
| **Gulf of Mexico, on April 20, 2010** ) | |
| ) | **JUDGE CARL J. BARBIER** |
| **This document relates to:** ) | |
| ) | **MAG JUDGE SHUSHAN** |
| **12-970,** *Bon Secour Fisheries, Inc. et al.* ) | |
| ***v. BP Exploration Production Inc.;*** ) | |
| **cases within Pleading Bundle B1** ) | |
| ) | |
| **and All Civil Actions, including** ) | |
| **12-2953, 12-964 and 10-2771** ) | |

## MEMORANDUM IN SUPPORT OF MOTION FOR *IN CAMERA* REVIEW

### I.  Background

Brent Coon & Associates represents more than 10,000 clients in the BP Deep Water Horizon Oil Spill Litigation currently pending in the United States District Court for the Eastern District of Louisiana, MDL 2179.  In an effort to resolve many of these claimants, the MDL Court approved the Class Action Settlement in 2012 ("Class").  The deadline for claimants to Opt Out of the Class Action Settlement by signing a form acknowledging that they "wish to be excluded from the Court Supervised Settlement Program Economic and Property Damage Class" was November 1, 2012.  Brent Coon & Associates shipped the Opt Out forms per the instructions of The Class to the exclusions department for the Class in Hammond, Louisiana prior to the November 1, 2012 deadline.

On or about March 19, 2014, Brent Coon & Associates ("BCA") received a phone call from Renee Hawkins from Northwest Research Inc. ("NWR") regarding a box of papers that they believed belonged to BCA.  After discussing the matter with representatives of BCA and providing photographs of the box and the contents of the box, it became clear that the box was one of four

boxes of "Opt-out Forms" that BCA had sent to exclusions department Hammond, Louisiana on or about October 31, 2012.  Until last being contacted by NWR, Brent Coon & Associates was completely unaware that this box was missing.  BCA had shipped four bankers boxes of opt out forms on October 31, 2012.  BCA received notification of delivery from the United States Postal Service on all four of these boxes.

According to Renee Hawkins, Package Rebound Team Lead, the box was found at the Memphis, Tennessee Federal Express Hub without any label on it on or about November 4, 2012.  BCA believes that the exclusions department in Hammond may have attempted to ship the box to one of the other persons responsible for dealing with opt-out forms, perhaps the Garden City Group or BP directly.   The exclusions department did not notify BCA that the box was lost in November 2012.

Brent Coon & Associates could not take possession of the box without risking the appearance of impropriety in the event the box was eventually returned to its proper owner, "The Class".  Despite the representations from the class that the box is not the original, the photographs certainly make the contents look like the originals that were shipped from Beaumont on October 31, 2012.  Finally, the loss of this box potentially constitutes a major breach of the class's fiduciary obligations, particularly given that each of the forms contained sensitive client information including social security numbers.  BCA has sought injunctive relief in District Court in Jefferson County, Texas to ensure the integrity of this sensitive client information.

The temporary relief was granted on March 28, 2014 to last until April 11, 2014 when a hearing could be heard.   The hearing was held on April 11, 2014 and NWR failed to show up so an extension was granted and a hearing is now set on April 25, 2014.

On or about, April 10, 2014 BCA received a call from John Landis, attorney for Pat Juneau. A tentative agreement was reached between BCA and Mr. Landis to have the box of documents sent to Magistrate Judge Shushan until the matter could be properly investigated pending Judge Shushan's consent. Upon contacting Judge Shushan's office, we were informed that we would need to file this Motion prior to the box being sent.

BCA is requesting that the Court order Northwest Research Inc. to forward the box in question to Judge Shushan's office for *in camera* inspection. Furthermore, BCA requests that the Court undertake an investigation into how this box containing the confidential and personal information of thousands of our clients came to be lost in a Memphis, Tennessee Airport in November 2012 and yet, BCA was never notified by The Class who is charged with the fiduciary obligation to keep our client's information secure. Additionally, BCA would ask that the Court determine whether or not this box is in fact a copy or the original box to Hammond, Louisiana. This is so BCA can ensure that all proper and timely filed BCA opt-outs were accounted for by The Class.

For years, Brent Coon & Associates has been having difficulty in reconciling their list of opt outs with what the Settlement Program's Exclusions Department has on file. This "missing box" is yet another example of the problems with that department, both in losing the box and in failing to notify BCA that it was lost. The Garden City Group, a vendor working with the Settlement Program, acknowledges that in general opt-out documents were to be handled and scanned at its Hammond, Louisiana facility, but has not provided: (a) any Federal Express chain of custody documentation whatsoever regarding the box, (b) any assurance as to the security of the box, (c) any explanation as to why the box was lost in a Memphis, Tennessee Airport, and (d) any feedback as to why it is missing Federal Express labeling and tracking forms. Furthermore,

there is no way of knowing whether the contents of the lost box contain originals or duplicates, or even if all the opt-out documents were properly recorded and scanned before the Court-ordered opt-out deadline.

## II. Requested Relief

WHEREFORE, The Brent Coon & Associates law firm requests that this Honorable Court order NWR to forward the box in question labeled and numbered (1774177) to Magistrate Judge Sally Shushan's office for *in camera* inspection.  Additionally, BCA requests that the Court: (a) BCA requests that the box in question be sent by a secure mail delivery service to Magistrate Judge Sally Shushan, (b) BCA requests that the Claims Administrator pay for the shipping costs, (c) undertake an investigation into how the box contains confidential and personal information about thousands of BCA clients came to be lost in a Memphis, Tennessee Airport in November 2012, (d) determine why  the BCA law firm was never notified about the box by the Class Counsel who is charged with the fiduciary obligation to keep BCA client information secure, and (e) determine whether or not the box is in fact a copy or the original box sent by the BCA law firm to Hammond, Louisiana on October 31, 2012 and for any further relief the Court finds appropriate.

Dated:  April 17, 2014

Respectfully submitted,

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

*Attorney for BCA Clients*

## CERTIFICATE OF SERVICE

1 hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on April 17, 2014.

                                                                  /s/ *Brent W. Coon*
                                                           Brent W. Coon