UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) ) | MDL NO. 2179; SECTION J |
| This document relates to: ) ) | JUDGE CARL J. BARBIER |
| 12-970, *Bon Secour Fisheries, Inc. et al. v. BP Exploration Production Inc.;* cases within Pleading Bundle B1 ) ) ) ) | MAG JUDGE SHUSHAN |
| and All Civil Actions, including 12-2953, 12-964 and 10-2771 ) ) | |

**[PROPOSED] ORDER**

Considering the law firm of Brent Coon & Associates ("BCA law firm") Motion For *In Camera* Review of a box of opt-out documents labeled and numbered (1774177) currently in the possession, custody and control of Northwest Research Inc. and the Court having been shown,

**IT IS HEREBY ORDERED** that the BCA law firm's Motion is GRANTED; and it is Further **ORDERED** that Northwest Research Inc. send box (1774177) via secure mail delivery service to Magistrate Judge Sally Shushan for her *in camera* review, located at 500 Poydras Street, Room C-256, New Orleans, Louisiana 70130 by April _____, 2014. **IT IS ALSO ORDERED** that the Claims Administrator reimburse Northwest Research Inc. for the shipping cost incurred. Representatives of The Law Firm of Brent Coon & Associates, the Claims Administrator and Class Counsel may participate in the *in camera* review of the box of documents at a date and time to be determined by Magistrate Judge Sally Shushan.

New Orleans, Louisiana, this ___ day of April, 2014

_____
UNITED STATES DISTRICT JUDGE

1