# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 14, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

**No. 13-31070    In re: Deepwater Horizon**
USDC No. 2:10-MD-2179
USDC No. 2:10-CV-4239
USDC No. 2:10-CV-4240
USDC No. 2:10-CV-4241



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 16 2014
WILLIAM W. BLEVINS
CLERK

The court has granted appellants', State of Quintana Roo, State of Tamaulipas, and State of Veracruz, motion to supplement the record in this case with Supplemental Designation of Records.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Sabrina B. Short
Sabrina B. Short, Deputy Clerk
504-310-7817

Ms. Alison Louise Battiste
Mr. William W. Blevins
Mr. Bruce Wayne Bowman Jr.
Mr. Donald Everett Godwin
Mr. Don Keller Haycraft
Mr. Sean Daniel Jordan
Ms. Jenny LaNell Martinez
Mr. Steven Lynn Roberts
Mr. Enrique G. Serna
Mr. Robert Alan York

____ Fee____
____ Process____
_X_ Dktd____
____ CtRmDep____
____ Doc. No.____