

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-30315

MD 10-2179-J

IN RE: DEEPWATER HORIZON

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

        Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP PIPE LINE COMPANY,

        Defendants – Appellants

---

No. 13-30329

---

IN RE: DEEPWATER HORIZON



LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

       Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

       Defendants - Appellants

------------------------------------------------------------------

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY

       Plaintiffs - Appellants

v.

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

       Intervenor Defendants - Appellees

DEEPWATER HORIZON COURT SUPERVISED SETTLEMENT PROGRAM; PATRICK A. JUNEAU, in his official capacity as Claims

Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater

    Defendants – Appellees

---

No. 13-31220

---

IN RE: DEEPWATER HORIZON

------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

    Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP PIPE LINE COMPANY,

    Defendants – Appellants

No. 13-31316

IN RE: DEEPWATER HORIZON
-----------------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

    Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants – Appellants

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

ORDER:

IT IS ORDERED that appellants' motion for leave to file a reply to the response to their petition for rehearing en banc is GRANTED.

                                                        /s/ Leslie H. Southwick
                                                      LESLIE H. SOUTHWICK
                                            UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 14, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-30315, et al.       In Re: Deepwater Horizon
                                USDC No. 2:10-MD-2179
                                USDC No. 2:12-CV-970
                                USDC No. 2:12-CV-970
                                USDC No. 2:10-MD-2179
                                USDC No. 2:13-CV-492
                                USDC No. 2:10-MD-2179
                                USDC No. 2:10-MD-2179
                                USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Shawn D. Henderson, Deputy Clerk
                                504-310-7668

Mr. William W. Blevins
Mr. Andrew Baker Bloomer
Ms. Rachel Brand
Mr. Robert C. Mike Brock
Mr. James Augustus Burton
Mr. David B. Byrne Jr.
Mr. Jeffrey Bossert Clark Sr.
Mr. Paul D. Clement
Mr. Kevin Michael Downey
Mr. Timothy A. Duffy
Mr. Miguel Angel Estrada
Mr. S. Gene Fendler
Mr. Patrick Henry Fourroux
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Christopher Martin Guidroz
Mr. Don Keller Haycraft
Mr. Frank Lane Heard III
Mr. Stephen Jay Herman
Mr. Mark Holstein
Mr. James M. Hood III
Mr. Thomas George Hungar

```
Mr.  Samuel Issacharoff
Mr.  Andrew Tanner Karron
Ms.  Linda Kelly
Mr.  James Andrew Langan
Mr.  Jeffrey Lennard
Mr.  Scott Payne Martin
Mr.  Corey L. Maze
Mr.  Michael Cameron Moore
Mr.  Theodore B. Olson
Ms.  Gina Marie Palermo
Mr.  Robert L. Redfearn
Mr.  James Parkerson Roy
Mr.  Richard C. Stanley
Ms.  Catherine Emily Stetson
Mrs. Megan Kathleen Terrell
Ms.  Jennifer L. Thornton
Ms.  Terese Troxclair Wyly
```