IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to all actions. | * * * | HONORABLE CARL J. BARBIER |
| | * * * * | MAGISTRATE JUDGE SHUSHAN |

## *EX PARTE* MOTION TO WITHDRAW COUNSEL OF RECORD

The Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program and the Settlement Program, through undersigned counsel, respectfully move the Court to issue an order withdrawing Gina M. Palermo (La. Bar Roll No. 33307) and Patrick H. Fourroux, (La. Bar Roll No. 4550) of the law firm of Stanley, Reuter, Ross, Thornton & Alford, L.L.C., as counsel of record in this matter. Richard C. Stanley, Esq. and Jennifer L. Thornton, Esq., of Stanley, Reuter, Ross, Thornton & Alford, L.L.C., shall remain counsel of record.

**WHEREFORE**, the Claims Administrator and the Settlement Program, respectfully requests that the Court grant this motion and permit the withdrawal of counsel, as prayed for herein.

1

Respectfully submitted,

*/s/ Gina M. Palermo*

and

*/s/ Jennifer L. Thornton*
Richard C. Stanley, 8487
Jennifer L. Thornton, 27019
Gina M. Palermo, 33307
    Of
STANLEY, REUTER, ROSS,
 THORNTON & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone:   (504) 523-1580
Facsimile:   (504) 524-0069

*Attorneys for Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his official capacity as Trustee of the Deepwater Horizon Economic and Property Damages Settlement Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2014, I electronically filed the foregoing Response with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ _Gina M. Palermo_____*