IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br> SECTION J |
| This document relates to all actions. | * * * * * * * | HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

Considering the foregoing *Ex Parte* Motion to Withdraw Counsel of Record,

    **IT IS ORDERED** that the motion be and hereby is **GRANTED**.  Gina M. Palermo, Esq. and Patrick H. Fourroux, Esq., of Stanley, Reuter, Ross, Thornton & Alford, L.L.C., are hereby withdrawn as counsel of record for the Claims Administrator.

    New Orleans, Louisiana this _____ day of April, 2014.

                                                         _____
                                                          JUDGE