THE FEDERAL DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

H&H Ranch Equine Rescue     HON. BARBIER     4/16/2014
Darryl Lee Haan
 Plaintiff     case no. MDL- 2179

Vs     section J

BP OIL inc.     Deepwater Horizon Oil Spill in the Gulf of Mexico
Defendant     Settlement Program


NOTICE OF ADDRESS CHANGE


Darryl Lee Haan  /  H&H Ranch  Equine Rescue & Evacuation Shelter

3363 Hartley RD,

Spring Hill , Florida , 34606

4/16/2014     _____
                      Darryl Lee Haan

__Fee _____
__Process_____
x_Dktd_____
__CtRmDep_____
__Doc. No._____