UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL: 2179 |
| "Deepwater Horizon" in the Gulf | Section J |
| Of Mexico, on April 20, 2010 | JUDGE BARBIER |
| Applies to: *10-4536* | MAG. JUDGE SHUSHAN |

**ORDER**

[Regarding Penalty Phase Schedule]

04/04/2014   Each party will serve revised Requests for Production (RFPs"), requests for Admission ("RFAs"), Interrogatories and Rule 26(a) disclosures for each penalty factor on each party and the Court.

The parties' right to update and modify the discovery and disclosures regarding the Eighth Factor is reserved.  BP and Anadarko shall serve a single set of RFPs and Interrogatories which shall total no more than 40.  The U.S. is limited to a single set of RFPs and Interrogatories which shall total no more than 50.   The parties may allocate among RFPs and Interrogatories at their discretion.  BP and Andarko shall serve a single set of RFAs which shall total no more than 15.  The U.S. is limited to a single set of RFA's which shall total no more than 18.[1]

04/11/2014   BP and Anadarko shall a single 30(b)(6) notice with a maximum of 12 to 15 topics, including topics from Anadarko.  The U.S. is limited to a single 30(b)(6) notice with a maximum of 18 topics..

04/15/2014   The parties shall:

  1.  Negotiate 30(b)(6) topics.

  2.  Serve draft responses to written discovery, focusing on RFPs.

04/16/2014   Meet-and-confer on revised written discovery.

04/17/2014   Telephone Discovery Conference at 1:00 p.m. Central Time.

04/21/2014   U.S. serve revised discovery on BPXP and Anadarko.

---

[1] BPXP and Anadarko are largely aligned parties.  They should coordinate discovery as aligned parties unless otherwise noted or leave of Court is granted.

| | |
|---|---|
| 04/25/2014 | Written fact discovery closes including contention interrogatories except for good cause shown for reopening. |
| 04/25/2014 | Final revised discovery responses (following meet and confer agreements). |
| 04/25/2014 | The parties are to set a schedule for conferences regarding proposed stipulations Judge Shushan will not participate in these conferences. |
| 04/28/2014 | Responses to revised discovery due by BPXP and Anadarko. |
| 05/01/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 5/05 to 5/09 | Parties are to confer on the number of fact, 30(b)(6) and expert witnesses to be deposed.  As to fact and 30(b)(6) witnesses, the parties must recognize that deposition bundles to be submitted for trial will be strictly limited. |
| 05/12/2014 | The parties shall submit a joint final fact witness and 30(b)(6) deposition schedule. |
| 05/13/2014 | The parties are to propose to Judge Shushan limits on the number of expert witnesses to be deposed. |
| 05/15/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 05/27/2014 | Document production complete. |
| 05/26/2014 | Court announces limits on number of expert witnesses per party to be deposed. |
| 05/29/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 05/30/2014 | Motions to compel discovery with requests to expedite regarding any remaining disputes regarding written discovery.[2] |
| 06/02/2014 | The U.S. shall make any written proffer of evidence as to its claim that Anadarko is culpable. |
| 06/05/2014 | Oppositions to motions to compel discovery.  No replies will be filed. |
| 06/09/2014 | Fact and 30(b)(6) depositions commence. |
| 06/12/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 06/26/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |

---

[2] Memoranda in support and oppositions shall be limited to 15 pages per party covering all disputes.  All submissions to the Court are to be double spaced and will be filed and served by no later than 5:00 p.m. central time.

| | |
|---|---|
| 07/02/2014 | Anadarko may make any proffer it desires in response to the U.S. proffer. |
| 07/10/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 07/11/2014 | Each party shall submit an *in camera* list of the experts likely to provide reports with available dates for depositions beginning October 6, 2014. Each submission should include a brief summary of the area(s) of expertise of the proposed experts. |
| 07/18/2014 | Complete all fact and 30(b)(6) depositions. |
| 07/18/2014 | The parties confer regarding a schedule to designate, counter-designate and object to designations and final preparation of fact and 30(b)(6) witness bundles. |
| 07/21/2014 | Each party shall submit an *in camera* list of the fact and 30(b)(6) depositions to be submitted for trial for the Court's review before imposing limitations on the number of depositions bundles to be prepared and submitted for trial. Each submission should include a brief summary of each witness' testimony. |
| 07/24/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 07/24/2014 | The Court announces the number of deposition bundles per party that may be prepared for submission. |
| 07/25/2014 | The parties are to exchange all non-deposition exhibits stamped with a trial exhibit number and a page number on each page. |
| 08/01/2014 | The parties shall submit the schedule for bundling of depositions to Judge Shushan. |
| 08/07/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 08/15/2014 | Simultaneous exchange of expert reports. Round 1: Opening. Any party proposing to offer an affirmative opinion on any factor must provide an expert report in this round. |
| 08/21/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 08/29/2014 | Court announces expert availability. Thereafter the parties are to confer and confect an expert deposition schedule. |
| 09/04/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 09/12/2014 | Simultaneous exchange of expert reports responding to August 15, 2014 reports. Round 2: Response. New experts are allowed. Opinions expressed in this round can directly rebut opinions expressed in Round 1 reports, but may include new opinions. |

| | |
|---|---|
| 09/18/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 09/26/2014 | Simultaneous exchange of reply expert reports. Round 3: Rebuttal. No new experts allowed. Opinions expressed in this round can only directly rebut opinions expressed in Round 2; i.e., they cannot contain a new methodology nor address matters that are not directly responsive to facts, assumptions, methods and opinions raised in Round 2. |
| 09/29/2014 | Exchange good faith exhibit lists. |
| 10/02/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 10/06/2014 | Objections to exhibits served. |
| 10/06/2014 | Redact and de-confidentialize listed exhibits that have been marked confidential based on the presence of personal identifying information; parties asserting claims that listed exhibits contain "coke formula" confidential information should make such designations.[3] |
| 10/06/2014-10/10/2014 | Meet and confer regarding objections to good faith exhibit lists. Meet and confer regarding redaction and de-confidentialization of exhibits and claims of "coke formula" designation. |
| 10/06/2014 | Commencement of expert depositions. |
| 10/15/2014 | Motions by parties objecting to exhibits filed with a request to expedite.[4] |
| 10/16/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 10/22/2014 | Oppositions to 10-15-14 motions. |
| 10/30/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 11/03/2014 | Deadline for completion of expert depositions. |
| 11/10/2014 | The parties are to propose to Judge Shushan limits on the number of expert witnesses per party to be called at trial. |

---

[3] Each party is responsible for redacting and de-confidentializing any exhibit that it produced in discovery, regardless of which party has listed that document on an exhibit list.

[4] All motions are limited to 10 pages collectively for all objections per party and all oppositions limited to 10 pages. No replies will be filed.

| | |
|---|---|
| 11/13/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 11/14/2014 | Court announces limits on number of trial experts per party. |
| 11/14/2014 | File Pre-Trial motions.[5] |
| 11/19/2014 | U.S. designates the expert witnesses it intends to call at trial. |
| 11/25/2014 | BPXP and Anadarko designate the expert witnesses they intend to call at trial. |
| 11/27/2014 | Thanksgiving |
| 12/04/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 12/05/2014 | *Daubert* Motions filed.[6] |
| 12/05/2014 | The parties are to supplement their exhibit lists with exhibits used by their experts stamped with a trial exhibit number and a page number on each page. |
| 12/09/2014 | File Motions in Limine ("MILs") and Pre-Trial stipulations.[7] |
| 12/08/2014 | Oppositions to Pre-Trial Motions filed. |
| 12/12/2014 | The U.S. will disclose video clips it intends to use in its case-in-chief. |
| 12/12/2014 | Final witness and exhibit lists. |
| 12/15/2014 | Oppositions to *Daubert* Motions. |
| 12/15/2014 | Deadline for the submission of redacted expert reports to Judge Barbier and Ben Allums (2 binders and an electronic set). |
| 12/15/2014 | The parties are to submit electronic deposition bundles to Judge Barbier. Each side may submit a 3 page objective deposition summary. |
| 12/15/2014 | Technical equipment moved into Courthouse and Judge Barbier's courtroom. |

---

[5] These motions are for dispositive issues and legal issues the Court can resolve at an early stage. Memoranda in support of a motion are limited to 15 pages, opposition memoranda to 15 pages, and reply memoranda to 5 pages.

[6] Memoranda in support of a motion are limited to 15 pages, opposition memoranda to 15 pages, and reply memoranda to 5 pages. The parties are reminded that this is a bench trial and that they should use great caution in filing *Daubert* motions.

[7] Memoranda in support are limited to 15 pages, opposition memoranda to 15 pages, and reply memoranda to 5 pages. No MILs are to raise issues regarding exhibits previously ruled upon. Again, because this is a bench trial, the parties should exercise caution in filing MILs.

| | |
|---|---|
| 12/17/2014 | 9:30 a.m. Technical walk through for parties' technical staff only. |
| 12/18/2014 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 12/19/2014 | Pre-Trial statements[8]; MILs oppositions; and replies to Pre-Trial Motions. |
| 12/19/2014 | BPXP and Anadarko will disclose video clips they intend to use in their cases-in-chief. |
| 12/22/2014 | Reply to *Daubert* Motions. |
| 12/29/2014 | The U.S. will disclose video clips it intends to use in rebuttal to BPXP's and Anadarko's clips, if any. |
| 12/29/2014 | Reply briefs for MILs. |
| 01/05/2015 | The parties shall exchange all demonstratives and opening slides that they can reasonably anticipate using in openings.[9] The parties shall exchange demonstratives to be utilized for *the direct examination* of a prospective witness 48 hours before the day the demonstrative aides are to be used for the first time. Demonstrative aides to be used in *cross examination* will be exchanged no later than 8 p.m. on the night before they are to be used for the first time. Both of these deadlines (*i.e.,* for demonstratives to be used in direct or cross) shall apply to any modified versions of demonstratives that were previously disclosed. |
| 01/08/2015 | Telephone Discovery Conference at 1:00 p.m. Central Time |
| 01/09/2015 | U.S. to identify witnesses who will testify during its case-in-chief. |
| 01/09/2015 | Supplies brought into the Courthouse. |

---

[8] Each party shall submit a pre-trial statement no longer than 10 pages. The statement shall contain any matter the party deems pertinent for Judge Barbier's consideration before the trial. It may contain summaries of material facts or lists of contested facts or issues of law. The parties shall not submit a formal pre-trial order.

[9] A simple opening or closing statement outline, bullet points, exhibits or portions of an exhibit, or a portion of written transcript of a deposition, video clips of a deposition and the like are not "demonstrative" aides and need not be exchanged in advance of their use at trial. If they are excerpts from an exhibit or a written transcript of a deposition or a video clip of a deposition, they shall clearly identify their source by reference to the exhibit number, date of deposition and page number of the transcript.

If an aide is something newly created or based on an exhibit which has been manipulated in some way, that is a "demonstrative." All demonstratives based on an exhibit shall clearly identify their source by reference to the exhibit number and be identified in accord with Phase One procedure.

| | |
|---|---|
| 01/09/2015 | Tentative date for Final Pre-Trial Conference at 2:00 p.m. |
| 01/12/2015 | Deadline for objections to demonstratives and slides exchanged on 01-05-15.[10] |
| 01/12/2015 | BPXP and Anadarko to identify witnesses who will testify during their cases-in-chief. |
| 01/20/2015 | Commencement of Penalty Phase trial. |
| 02/05/2015 | Projected Conclusion of Penalty Phase trial. |
| 02/19/2015 | Final Marshaling Conference at 2:00 p.m. |

New Orleans, Louisiana, this 21st day of April, 2014.

                                                  **SALLY SHUSHAN**
                                                  **United States Magistrate Judge**

---

[10] Limited to 5 pages collectively for all objections per party.