IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| This document relates to all actions, including 13-5804, 10-2771, 10-1674, as well as to transferee case No. 4:12-cv-989 (S.D. Tex). | * * * | Honorable CARL J. BARBIER |
| | * * | |
| | * | Magistrate Judge SHUSHAN |
| | * | |

**JOINT DESIGNATIONS OF RECORD ON APPEAL
IN FIFTH CIRCUIT CASE NO. 14-30269**

*Counsel Listed on the Final Page*

## No. 2:10-cv-1674 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| E.D. La. 2:10-cv-1674 | 1 | 6/7/2010 | NOTICE OF REMOVAL from Civil District Court, Parish of Orleans, case number 10-4871 (Filing fee $ 350 receipt number 053L-2469699) filed by BP America, Inc., BP Products North America Inc.. (Attachments: # 1 Civil Cover Sheet, # 2Exhibit State Court Pleading and Consents to Remove)(Haycraft, Don) Modified on 6/9/2010 (cab). (Entered: 06/07/2010) |
| E.D. La. 2:10-cv-1674 | 3 | 6/8/2010 | ANSWER to Complaint by BP America, Inc., BP Products North America Inc..(Haycraft, Don) (Entered: 06/08/2010) |
| E.D. La. 2:10-cv-1674 | 4 | 6/9/2010 | DIRECTIVE pursuant to 28:1447 (b) re: 1 Notice of Removal filed by BP Products North America Inc. and BP America, Inc.. Signed by Clerk on 6/9/2010.(cab) (Entered: 06/09/2010) |
| E.D. La. 2:10-cv-1674 | 5 | 6/11/2010 | Notice of Related Case(s) by Elton Johnson of related case(s) 10-1156, 10-1222 and 10-1499. (Herman, Stephen) Modified on 6/14/2010 to edit text (cab). (Entered: 06/11/2010) |
| E.D. La. 2:10-cv-1674 | 6 | 6/18/2010 | Notice of Compliance 28 USC 1447(b) by BP America, Inc., BP Products North America, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Haycraft, Don) (Attachment 1 replaced on 6/21/2010) (cab). (Attachment 2 replaced on 6/21/2010) (cab). (Attachment 3 replaced on 6/21/2010) (cab). (Attachment 4 replaced on 6/21/2010) (cab). (Entered: 06/18/2010) |
| E.D. La. 2:10-cv-1674 | 8 | 6/21/2010 | ORDER TRANSFERRING CASE. Case transferred to Judge Carl Barbier and Magistrate Judge Daniel E. Knowles, III for all further proceedings. Judge Kurt D. Engelhardt, Magistrate Judge Karen Wells Roby no longer assigned to case. Signed by Chief Judge Sarah S. Vance for Judge Kurt D. Engelhardt on 6/18/2010.(cab) (Entered: 06/21/2010) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| E.D. La. 2:10-cv-1674 | 9 | 6/30/2010 | INTERIM CASE MANAGEMENT ORDER #1: This Order is to govern the conduct of all suits arising out of the Deepwater Horizon events which are pending in Section "J". This Order Shall also apply to any additional related cases which are allotted or transferred to this Section, until such time as the JPML may issue any transfer order relating to one or more of the actions pursuant to 28 U.S.C. 1407. For ease of administration, all suits arising out of the Deepwater Horizon explosion, fire or resulting spill & which are pending in this Section shall be administratively consolidated for pre-trial purposes, pending a ruling on transfer & coordination by the JPML, under the earliest filed Civil Action No. 10-1156, & bearing the caption: In re: Deepwater Horizon. The party filing a pleading shall identify in the caption of the pleading whether the filing "Applies to All Cases" or shall designate the specific Civil Action or Actions to which the filing applies. The Court has appointed Stephen J. Herman and James Parkerson Roy as Interim Liaison Counsel on behalf of all plaintiffs, and Don K. Haycraft Interim Liaison Counsel on behalf of all defendants who have cases pending in this Section. Further Information/Instructions re management of case are as set forth in document. Signed by Judge Carl Barbier on 6/21/10(sek, ) (Additional attachment(s) added on 7/14/2010: # 1 Exhibit A to Interim Case Management Order) (sek, ). (Entered: 06/30/2010) |

2

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| E.D. La. 2:10-cv-1674 | 10 | 6/30/2010 | AMENDED CMO NO. 1: All pleadings hereafter filed in this consolidated proceeding shall bear the caption of Civil Action No. 10-1156, In re: Deepwater Horizon. The pleadings shall list Section "J", Judge Carl J. Barbier as the presiding judge, and Division (1), Magistrate Judge Sally Shushan as the presiding magistrate judge. The clerk of court shall establish a master file and a master docket sheet for the consolidated group of cases as set forth in document. All orders are to be electronically served on liaison counsel, who has the responsibility of forwarding any such orders to all other counsel of record. In the event that a case is separated from the consolidated group, it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents. Signed by Judge Carl Barbier on 6/24/10.(sek, ) (Entered: 06/30/2010) |
| E.D. La. 2:10-cv-1674 | 11 | 7/15/2010 | ORDER: This Court hereby ORDERS that pursuant to the Interim Case Management Order 9 , the attached document is to be filed as Exhibit A to the Interim Case Management Order. Signed by Judge Carl Barbier on 7/13/10. (Attachments: # 1Exhibit A to Interim Case Management Order)(sek, ) (Entered: 07/15/2010) |
| E.D. La. 2:10-cv-1674 | 12 | 8/16/2010 | ORDERED that all matters previously consolidated with 10-CV-1156 are hereby deconsolidated. Signed by Judge Carl Barbier on 8/13/10.(sek, ) (Entered: 08/16/2010) |
| E.D. La. 2:10-cv-1674 | 13 | 8/18/2010 | PRETRIAL ORDER #1. Signed by Judge Carl Barbier on 8/10/2010.(rll, ) (Entered: 08/18/2010) |
| E.D. La. 2:10-cv-1674 | 14 | 8/18/2010 | AMENDED PRETRIAL ORDER #1: Initial Pretrial conference set for 9/16/10 at 2:30 p.m. Counsel are instructed to prepare for conference as set forth in document. Signed by Judge Carl Barbier on 8/16/2010. (rll, ) (Entered: 08/18/2010) |

**No. 2:10-cv-2771 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| E.D. La. 2:10-cv-2771 | 173 | 7/6/2010 | ANSWER to 1 Complaint, by Elton Johnson, filed.(Arnold, Kurt) [Transferred from txsd on 8/20/2010.] (Entered: 07/06/2010) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| E.D. La. 2:10-cv-2771 | 174 | 7/6/2010 | CLAIM filed by Elton Johnson.(Arnold, Kurt) [Transferred from txsd on 8/20/2010.] (Entered: 07/06/2010) |

## MDL 2179 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 11510 | 9/25/2013 | ANSWER to Complaint in Intervention by Intervenor Elton Johnson by Defendants BP Products North America Inc., BP America Inc. (Reference: 13-5804)(Haycraft, Don) Modified on 9/26/2013 (gec, ). (Entered: 09/25/2013) |
| 2:10-md-2179 | 11734 | 10/25/2013 | MOTION to Enforce Settlement Agreement With BP by Plaintiff Elton Johnson. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Proposed Order)(Reference: 13-5804)(Arnold, Kurt) Modified on 10/28/2013 (gec, ). (Entered: 10/25/2013) |
| 2:10-md-2179 | 11832 | 11/8/2013 | ORDER re 11734 Elton Johnson's Motion to Enforce Settlement Agreement with BP; On or before December 15, 2013, BP shall file a single, combined opposition and cross-motion. The memorandum shall not exceed 25 pages, double spaced. On or before January 10, 2014, Elton Johnson shall file a single, combined reply in support of his motion and opposition to BP's cross-motion which shall not exceed 10 pages, double-spaced. On or before January 17, 2014, BP shall file its reply in support of it's cross-motion which shall not exceed 10 pages, double-spaced. SO ORDERED. Signed by Judge Carl Barbier on 11/8/13. (Reference: 13-5804)(sek, ) (Entered: 11/08/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 11993 | 12/16/2013 | MOTION for Summary Judgment by Defendants BP Exploration & Production Inc., BP Products North America Inc., and BP Corporation North America Inc. (Attachments: # 1 Proposed Order, # 2 Statement of Contested/Uncontested Facts, # 3 Memorandum in Support, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N, # 18 Exhibit O, # 19 Exhibit P)(Reference: 13-5804)(Haycraft, Don) (Attachments 4, 5, 6, 7, 8, 9, 10, 12 replaced on 12/17/2013) (gec, ). Modified on 12/17/2013 (gec, ). (Entered: 12/16/2013) |
| 2:10-md-2179 | 12119 | 1/10/2014 | REPLY to Response to Motion filed by Plaintiff Elton Johnson re 11734 MOTION to Enforce Settlement Agreement With BP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Proposed Order)(Reference: 13-5804)(Arnold, Kurt) Modified on 1/13/2014 (gec, ). (Entered: 01/10/2014) |
| 2:10-md-2179 | 12120 | 1/10/2014 | **ERROR: FILED AS A SEPARATE DOCUMENT; NOW ATTACHED TO REC. DOC. 12121** RESPONSE to Motion filed by Plaintiff Elton Johnson re 11993 MOTION for Summary Judgment /Statement of Undisputed Material Facts in Support of its MSJ. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Reference: 13-5804)(Arnold, Kurt) Modified on 1/13/2014 (gec, ). (Entered: 01/10/2014) |
| 2:10-md-2179 | 12121 | 1/10/2014 | OBJECTIONS by Plaintiff Elton Johnson re 11993 MOTION for Summary Judgment Evidence. (Reference: 13-05804)(Arnold, Kurt) (Additional attachment(s) added on 1/13/2014: # 1 Statement of Contested/Uncontested Facts, # 2 Exhibit A, # 3 Exhibit B) (gec, ). Modified on 1/13/2014 (gec, ). (Entered: 01/10/2014) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 12178 | 1/17/2014 | REPLY to Johnson's 12121 Objections to BP's Summary Judgment Evidence by Defendant BP. (Reference: 13-5804)(Haycraft, Don) Modified on 1/22/2014 (gec, ). (Entered: 01/17/2014) |
| 2:10-md-2179 | 12179 | 1/17/2014 | REPLY by Defendant BP to Johnson's Response 12121 to BP's Statement of Undisputed Material Facts. (Attachments: # 1 Exhibit 1, # 2 Exhibit A)(Reference: 13-5804)(Haycraft, Don) Modified on 1/22/2014 (gec, ). (Entered: 01/17/2014) |
| 2:10-md-2179 | 12472 | 3/10/2014 | ORDER & REASONS: ORDERED that BP's Motion for Summary Judgment (Rec. Doc. 11993 ) is DENIED; Elton Johnson's Motion to Enforce Settlement Agreement (Rec. Doc. 11734) is GRANTED. Signed by Judge Carl Barbier on 3/10/14. (Reference: 13-5804)(sek, ) (Entered: 03/10/2014) |
| 2:10-md-2179 | 12516 | 3/14/2014 | JUDGMENT: Considering the Court's Order & Reasons dated March 10, 2014 (Rec. Doc. 12472 in No. 10-md-2179), IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of intervenor-plaintiff, Elton Johnson, and against defendant, BP Exploration & Production, Inc., in the amount of $2,698,095.00, plus costs and interest at a rate of 5 percent per annum from October 10, 2011 until paid. Signed by Judge Carl Barbier on 3/14/14.(Reference: 13-5804)(sek) (Entered: 03/14/2014) |
| 2:10-md-2179 | 12553 | 3/19/2014 | MOTION to Stay Execution of Judgment and for Approval of Supersedeas Bond by Defendants BP Exploration & Production Inc., BP Products North America Inc., and BP Corporation North America Inc. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order)(Reference: 13-5804)(Haycraft, Don) Modified on 3/20/2014 (gec). (Entered: 03/19/2014) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 12554 | 3/19/2014 | Corrected NOTICE OF APPEAL by Defendants BP Exploration & Production Inc., BP Products North America Inc., and BP Corporation North America Inc. as to 12472 Order on Motion for Summary Judgment, 12516 Judgment. (Filing fee $ 505 receipt number 053L-4388079) (Reference: 13-5804)(Haycraft, Don) Modified on 3/20/2014 (gec). Modified on 3/24/2014 (gec). (Entered: 03/19/2014) |
| 2:10-md-2179 | 12604 | 3/31/2014 | ORDER granting 12553 Motion to Stay Execution of Judgment and for Approval of Supersedeas Bond and the Copy of Supersedeas Bond attached as Exhibit A to motion 12553 is APPROVED. Signed by Judge Carl Barbier on 3/31/14. (Reference: 13-5804)(sek) (Additional attachment(s) added on 4/1/2014: # 1 Supersedeas Bond) (gec). (Entered: 03/31/2014) |

## No. 2:13-cv-5804 Docket Entries

### *** Rec. Doc. ## 1 through 53 Were No. 4:12-cv-989 in S.D. Tex. ***

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| E.D. La. 2:13-cv-5804 | 1 | 3/30/2012 | NOTICE OF REMOVAL from Harris County 234th District Court, case number 2010-73622 (Filing fee $ 350 receipt number 0541-9514925) filed by BP Exploration & Production Inc, BP America Inc, BP Products North America Inc. (Attachments: # 1 Exhibit List of Counsel of Record, # 2 Exhibit Index of Documents Being Filed, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, #13 Exhibit K, # 14 Civil Cover Sheet)(Taylor, Thomas)(SEAMAN) [Transferred from txsd on 9/12/2013.] Modified docket text on 9/12/2013 (jtd). (Entered: 03/30/2012) |
| E.D. La. 2:13-cv-5804 | 2 | 4/5/2012 | MOTION to Remand by Elton Johnson, Robert Young, filed. Motion Docket Date 4/26/2012. (Attachments: # 1 Exhibit Young's Original Petition, # 2 Exhibit Johnson's Petition in Intervention, # 3 Exhibit Johnson's Petition in Louisiana, # 4 Exhibit BP's Third Party Complaint, # 5 Proposed Order)(Itkin, Jason) [Transferred from txsd on 9/12/2013.] (Entered: 04/05/2012) |
| E.D. La. 2:13-cv-5804 | 3 | 4/6/2012 | NOTICE in a Removed or Transferred Case.(Signed by Judge Lynn N. Hughes) Parties notified.(ltien, ) [Transferred from txsd on 9/12/2013.] (Entered: 04/06/2012) |
| E.D. La. 2:13-cv-5804 | 4 | 4/9/2012 | INITIAL DISCLOSURES by Tidewater Marine, LLC, filed.(Theriot, Melissa) [Transferred from txsd on 9/12/2013.] (Entered: 04/09/2012) |
| E.D. La. 2:13-cv-5804 | 5 | 4/9/2012 | INITIAL DISCLOSURES by BP Exploration & Production Inc, BP Products North America Inc, filed.(Taylor, Thomas) [Transferred from txsd on 9/12/2013.] (Entered: 04/09/2012) |
| E.D. La. 2:13-cv-5804 | 6 | 4/9/2012 | INITIAL DISCLOSURES by Elton Johnson, Robert Young, filed.(Arnold, Kurt) [Transferred from txsd on 9/12/2013.] (Entered: 04/09/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| E.D. La. 2:13-cv-5804 | 7 | 4/10/2012 | MOTION for Elizabeth A. Larsen to Appear Pro Hac Vice by BP Exploration & Production Inc, BP Products North America Inc, BP Corporation North America Inc., filed. Motion Docket Date 5/1/2012. (Taylor, Thomas) [Transferred from txsd on 9/12/2013.] (Entered: 04/10/2012) |
| E.D. La. 2:13-cv-5804 | 8 | 4/10/2012 | MOTION for Jeffrey B. Clark to Appear Pro Hac Vice by BP Corporation North America Inc., BP Exploration & Production Inc, BP Products North America Inc, filed. Motion Docket Date 5/1/2012. (Taylor, Thomas) [Transferred from txsd on 9/12/2013.] (Entered: 04/10/2012) |
| E.D. La. 2:13-cv-5804 | 9 | 4/11/2012 | CORPORATE DISCLOSURE STATEMENT by BP Corporation North America Inc., BP Exploration & Production Inc, BP Products North America Inc, filed.(Taylor, Thomas) [Transferred from txsd on 9/12/2013.] (Entered: 04/11/2012) |
| E.D. La. 2:13-cv-5804 | 10 | 4/11/2012 | CORPORATE DISCLOSURE STATEMENT by Halliburton Energy Services Inc identifying Halliburton Company as Corporate Parent, filed.(Godwin, Donald) [Transferred from txsd on 9/12/2013.] (Entered: 04/11/2012) |
| E.D. La. 2:13-cv-5804 | 11 | 4/11/2012 | INITIAL DISCLOSURES by Halliburton Energy Services Inc, filed.(Godwin, Donald) [Transferred from txsd on 9/12/2013.] (Entered: 04/11/2012) |
| E.D. La. 2:13-cv-5804 | 12 | 4/12/2012 | MOTION for Christopher J. Esbrook to Appear Pro Hac Vice by BP Corporation North America Inc., BP Exploration & Production Inc, BP Products North America Inc, filed. Motion Docket Date 5/3/2012. (Taylor, Thomas) [Transferred from txsd on 9/12/2013.] (Entered: 04/12/2012) |
| E.D. La. 2:13-cv-5804 | 13 | 4/14/2012 | CORPORATE DISCLOSURE STATEMENT by Tidewater Marine, LLC, filed.(Theriot, Melissa) [Transferred from txsd on 9/12/2013.] (Entered: 04/14/2012) |
| E.D. La. 2:13-cv-5804 | 14 | 4/25/2012 | MOTION to Sever Plaintiff-Intervenor Elton Johnson by BP Exploration & Production Inc, filed. Motion Docket Date 5/16/2012. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Taylor, Thomas) [Transferred from txsd on 9/12/2013.] (Entered: 04/25/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| E.D. La. 2:13-cv-5804 | 15 | 4/26/2012 | OBJECTIONS to 2 MOTION to Remand BPS OPPOSITION TO PLAINTIFF-INTERVENORS MOTION TO REMAND, filed by BP America Inc, BP Products North America Inc. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Taylor, Thomas) (Main Document 15 replaced on 4/27/2012 to correct signature page) (ghassan, ). [Transferred from txsd on 9/12/2013.] (Entered: 04/26/2012) |
| E.D. La. 2:13-cv-5804 | 16 | 4/27/2012 | MOTION to Stay MOTION FOR STAY OF PROCEEDINGS AND SUSPENSION OF ALL RESPONSIVE PLEADING AND ANSWER DEADLINES PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION BY DEFENDANTS BP EXPLORATION & PRODUCTION, INC., BP PRODUCTS NORTH AMERICA, INC., AND BP CORPORATION NORTH AMERICA, INC. by BP Corporation North America Inc., BP Exploration & Production Inc, BP Products North America Inc, filed. Motion Docket Date 5/18/2012. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Proposed Order)(Taylor, Thomas) [Transferred from txsd on 9/12/2013.] (Entered: 04/27/2012) |
| E.D. La. 2:13-cv-5804 | 17 | 5/3/2012 | Corrected EXHIBITS re: 14 MOTION to Sever Plaintiff-Intervenor Elton Johnson by BP Exploration & Production Inc, filed.(Taylor, Thomas) [Transferred from txsd on 9/12/2013.] (Entered: 05/03/2012) |
| E.D. La. 2:13-cv-5804 | 18 | 5/9/2012 | Order: Hearing set for 5/14/2012 at 10:00 AM at Courtroom 11C before Judge Lynn N. Hughes. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, ) [Transferred from txsd on 9/12/2013.] (Entered: 05/09/2012) |
| E.D. La. 2:13-cv-5804 | 19 | 5/7/2012 | ORDER granting 7 Motion to Appear Pro Hac Vice as to Elizabeth A. Larsen. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, ) [Transferred from txsd on 9/12/2013.] (Entered: 05/13/2012) |

10

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| E.D. La. 2:13-cv-5804 | 20 | 5/7/2012 | ORDER granting 8 Motion to Appear Pro Hac Vice as to Jeffrey B. Clark. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, ) [Transferred from txsd on 9/12/2013.] (Entered: 05/13/2012) |
| E.D. La. 2:13-cv-5804 | 21 | 5/7/2012 | ORDER granting 12 Motion to Appear Pro Hac Vice as to Christopher J. Esbrook. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, ) [Transferred from txsd on 9/12/2013.] (Entered: 05/13/2012) |
| E.D. La. 2:13-cv-5804 | 22 | 5/14/2012 | Agreed PROPOSED ORDER Granting Dismissal of Plaintiff Robert Young, Only, filed.(Taylor, Thomas) [Transferred from txsd on 9/12/2013.] (Entered: 05/14/2012) |
| E.D. La. 2:13-cv-5804 | 23 | 5/14/2012 | Minute Entry for Hearing held before Judge Lynn N. Hughes on 5/14/2012. Argument heard on BP's motion to sever and remand; BP's motion to stay. Order to be entered. Internal review set for 6/25/2012. Appearances: Kurt Arnold, Cory Itkin, Paul Nugent, Heather Petersen, Jeffrey Clark, Thomas Taylor, D. Draye, G. Lucier, Melissa Theriot. (Court Reporter: E. Reed) (ghassan, ) [Transferred from txsd on 9/12/2013.] (Entered: 05/17/2012) |
| E.D. La. 2:13-cv-5804 | 24 | 5/14/2012 | Scheduling ORDER. BP and Tidewater Marine must move for summary judgment by 6/01/2012. Elton Johnson must respond by 6/15/2012. BP and Tidewater may reply by 6/18/2012. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, ) [Transferred from txsd on 9/12/2013.] (Entered: 05/17/2012) |
| E.D. La. 2:13-cv-5804 | 25 | 5/14/2012 | Final DISMISSAL. On the agreement of the parties, all claims, crossclaims, and third-party claims between Robert Young and the defendants are dismissed with prejudice. Federal Rule of Civil Procedure 54(b). (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, ) [Transferred from txsd on 9/12/2013.] (Entered: 05/17/2012) |
| E.D. La. 2:13-cv-5804 | 26 | 5/14/2012 | ORDER Allowing Counsel to Appear Pro Hac Vice as to Cliffe E. Laborde, III. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, ) [Transferred from txsd on 9/12/2013.] (Entered: 05/17/2012) |

11

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| E.D. La. 2:13-cv-5804 | 27 | 5/18/2012 | RESPONSE to 16 MOTION to Stay MOTION FOR STAY OF PROCEEDINGS AND SUSPENSION OF ALL RESPONSIVE PLEADING AND ANSWER DEADLINES PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION BY DEFENDANTS BP EXPLORATION & PRODUCTION, INC., BP PRODUCTS NORTH AMERI filed by Elton Johnson. (Arnold, Kurt) [Transferred from txsd on 9/12/2013.] (Entered: 05/18/2012) |
| E.D. La. 2:13-cv-5804 | 28 | 5/21/2012 | NOTICE of Appearance by Paul Nugent, Heather Peterson on behalf of Elton Johnson, filed. (Nugent, Paul) [Transferred from txsd on 9/12/2013.] (Entered: 05/21/2012) |
| E.D. La. 2:13-cv-5804 | 29 | 5/24/2012 | TRANSCRIPT re: HEARING held on 5-14-12 before Judge Lynn N. Hughes. Court Reporter/Transcriber Ed Reed. Release of Transcript Restriction set for 8/22/2012., filed. (ereed, ) [Transferred from txsd on 9/12/2013.] (Entered: 05/24/2012) |
| E.D. La. 2:13-cv-5804 | 30 | 5/25/2012 | Notice of Filing of Official Transcript as to 29 Transcript. Party notified, filed. (kcraig, ) [Transferred from txsd on 9/12/2013.] (Entered: 05/25/2012) |
| E.D. La. 2:13-cv-5804 | 31 | 5/31/2012 | STIPULATION of Dismissal Without Prejudice of Elton Johnsons Claims Against Tidewater Marine, L.L.C. by Elton Johnson, filed.(Arnold, Kurt) [Transferred from txsd on 9/12/2013.] (Entered: 05/31/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| E.D. La. 2:13-cv-5804 | 32 | 6/1/2012 | Joint EXHIBITS by BP Corporation North America Inc., BP Exploration & Production Inc, BP Products North America Inc, Elton Johnson, filed. (Attachments: # 1 Exhibit Table of Contents, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11-a, # 13 Exhibit 11-b, # 14 Exhibit 11-c, # 15 Exhibit 11-d, # 16 Exhibit 11-e, # 17 Exhibit 11-f, # 18 Exhibit 11-g, # 19 Exhibit 11-h, # 20 Exhibit 11-i, # 21 Exhibit 11-j, # 22 Exhibit 11-k, # 23 Exhibit 11-l, # 24 Exhibit 11-m, # 25 Exhibit 11-n, # 26 Exhibit 12-a, # 27 Exhibit 12-b, # 28 Exhibit 12-c, # 29 Exhibit 12-d, # 30 Exhibit 12-e, # 31 Exhibit 12-f, # 32 Proposed Order)(Taylor, Thomas) [Transferred from txsd on 9/12/2013.] (Entered: 06/01/2012) |
| E.D. La. 2:13-cv-5804 | 33 | 6/1/2012 | MOTION for Summary Judgment by BP Corporation North America Inc., BP Exploration & Production Inc, BP Products North America Inc, filed. Motion Docket Date 6/22/2012. (Attachments: # 1 Proposed Order)(Taylor, Thomas) [Transferred from txsd on 9/12/2013.] (Entered: 06/01/2012) |
| E.D. La. 2:13-cv-5804 | 34 | 6/1/2012 | Partial DISMISSAL 31 . Elton Johnson's claims against Tidewater Marine, LLC, are dismissed without prejudice. (Signed by Judge Lynn N. Hughes) Parties notified.(chorace) [Transferred from txsd on 9/12/2013.] (Entered: 06/04/2012) |
| E.D. La. 2:13-cv-5804 | 35 | 6/15/2012 | RESPONSE to 33 MOTION for Summary Judgment filed by Elton Johnson. (Attachments: # 1 Exhibit 13, # 2 Exhibit 15, # 3 Exhibit 16, # 4 Exhibit 17, # 5 Exhibit 14)(Arnold, Kurt) [Transferred from txsd on 9/12/2013.] (Entered: 06/15/2012) |
| E.D. La. 2:13-cv-5804 | 36 | 6/15/2012 | Corrected RESPONSE to 33 MOTION for Summary Judgment filed by Elton Johnson. (Attachments: # 1 Exhibit 13, # 2 Exhibit 14, # 3 Exhibit 15, # 4 Exhibit 16, # 5 Exhibit 17)(Arnold, Kurt) [Transferred from txsd on 9/12/2013.] (Entered: 06/15/2012) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| E.D. La. 2:13-cv-5804 | 37 | 6/15/2012 | Cross MOTION for Summary Judgment by Elton Johnson, filed. Motion Docket Date 7/6/2012. (Attachments: # 1 Exhibit 13, # 2 Exhibit 14, # 3 Exhibit 15, # 4 Exhibit 16, # 5 Exhibit 17)(Arnold, Kurt) [Transferred from txsd on 9/12/2013.] (Entered: 06/15/2012) |
| E.D. La. 2:13-cv-5804 | 38 | 6/18/2012 | REPLY in Support of 33 MOTION for Summary Judgment, filed by BP Corporation North America Inc., BP Exploration & Production Inc, BP Products North America Inc. (Taylor, Thomas) [Transferred from txsd on 9/12/2013.] (Entered: 06/18/2012) |
| E.D. La. 2:13-cv-5804 | 39 | 7/19/2012 | OPINION on Summary Judgment. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, ) [Transferred from txsd on 9/12/2013.] (Entered: 07/19/2012) |
| E.D. La. 2:13-cv-5804 | 40 | 7/19/2012 | FINAL JUDGMENT. Elton Johnson takes nothing from BP Exploration and Production, Inc., BP, PLC, BP Products North America, Inc., and BP Corporation North America, Inc. Case terminated on 7/19/2012. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, ) [Transferred from txsd on 9/12/2013.] (Entered: 07/19/2012) |
| E.D. La. 2:13-cv-5804 | 41 | 7/20/2012 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 40 Final Judgment, by Elton Johnson (Filing fee $ 455, receipt number 0541-10050617), filed.(Arnold, Kurt) [Transferred from txsd on 9/12/2013.] (Entered: 07/20/2012) |
| E.D. La. 2:13-cv-5804 | 42 | 7/26/2012 | Notice of the Filing of an Appeal. DKT13 transcript order form was mailed to appellant (1 copies). Fee status: Paid. The following Notice of Appeal and related motions are pending in the District Court: 41 Notice of Appeal, filed.(blacy, ) [Transferred from txsd on 9/12/2013.] (Entered: 07/26/2012) |
| E.D. La. 2:13-cv-5804 | 43 | 7/26/2012 | DKT-13 TRANSCRIPT ORDER FORM by Kurt Arnold. This is to order a transcript of the Hearing held on 05/14/2012 before Judge Lynn H. Hughes (Copy). Court Reporter/Transcriber: Ed Reed. This order form relates to the following: 29Transcript, filed.(gkelner, ) [Transferred from txsd on 9/12/2013.] (Entered: 07/27/2012) |
| E.D. La. 2:13-cv-5804 | 44 | 8/24/2012 | REQUEST for Electronic Copy of Certified Record on Appeal re: 41 Notice of Appeal by Elton Johnson, filed.(Arnold, Kurt) [Transferred from txsd on 9/12/2013.] (Entered: 08/24/2012) |

14

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| E.D. La. 2:13-cv-5804 | 45 | 11/14/2012 | REQUEST for Electronic Copy of Certified Record on Appeal re: 41 Notice of Appeal by BP Corporation North America Inc., BP Exploration & Production Inc, BP Products North America Inc, filed.(Gray, Kendall) [Transferred from txsd on 9/12/2013.] (Entered: 11/14/2012) |
| E.D. La. 2:13-cv-5804 | 46 | 11/30/2012 | STIPULATION re: Record on Appeal by BP Corporation North America Inc., BP Exploration & Production Inc, BP Products North America Inc, Elton Johnson, filed. (Attachments: # 1 Exhibit 12(g), # 2 Exhibit 12(h), # 3 Exhibit 12(i))(Taylor, Thomas) [Transferred from txsd on 9/12/2013.] (Entered: 11/30/2012) |
| E.D. La. 2:13-cv-5804 | 47 | 12/3/2012 | ORDER Supplementing Appellate Record. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, ) [Transferred from txsd on 9/12/2013.] (Entered: 12/04/2012) |
| E.D. La. 2:13-cv-5804 | 48 | 12/11/2012 | REQUEST for Electronic Copy of Certified Record on Appeal re: 41 Notice of Appeal by BP Corporation North America Inc., BP Exploration & Production Inc, BP Products North America Inc, filed.(Gray, Kendall) [Transferred from txsd on 9/12/2013.] (Entered: 12/11/2012) |
| E.D. La. 2:13-cv-5804 | 49 | 12/18/2012 | Request: Email Response re Certified Record on Appeal re: 48 Request for Record filed by BP Exploration & Production Inc, BP Products North America Inc, BP Corporation North America Inc., filed. (smurdock, ) [Transferred from txsd on 9/12/2013.] (Entered: 12/18/2012) |
| E.D. La. 2:13-cv-5804 | 50 | 2/12/2013 | Transmittal Letter on Appeal Certified re: 41 Notice of Appeal. A paper copy of the electronic record is being transmitted to the Fifth Circuit Court of Appeals in 11 volumes. CDs containing the electronic record previously sent. (USCA No. 12-20512), filed.(lfilmore, ) Modified on 2/12/2013 (lfilmore, ). UPS Tracking# 1Z7262750346327319. [Transferred from txsd on 9/12/2013.] (Entered: 02/12/2013) |
| E.D. La. 2:13-cv-5804 | 51 | 3/15/2013 | NOTICE of Receipt of Record on Appeal from US Court of Appeals for the Fifth Circuit re: 41 Notice of Appeal (USCA No. 12-20512). Record received by USCA on 2/14/2013, filed.(mlothmann, ) [Transferred from txsd on 9/12/2013.] (Entered: 03/19/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| E.D. La. 2:13-cv-5804 | 52 | 9/5/2013 | Judgment of USCA; Judgment issued as mandate 8/30/13 re: 41 Notice of Appeal ; USCA No. 12-20512. The judgment of the District Court is vacated, and the cause is remanded to the District Court with instructions to transfer. Case reopened on 9/5/2013, filed.(gsalinas, 5) [Transferred from txsd on 9/12/2013.] (Entered: 09/06/2013) |
| E.D. La. 2:13-cv-5804 | 53 | 9/6/2013 | ORDER TRANSFERRING CASE to Eastern District of Louisiana. (Signed by Judge Lynn N. Hughes) Parties notified. (ghassan, 4) [Transferred from txsd on 9/12/2013.] (Entered: 09/09/2013) |
| E.D. La. 2:13-cv-5804 | 54 | 9/12/2013 | Case transferred in from District of Texas Southern; Case Number 4:12-cv-00989. Electronic file certified copy of transfer order and docket sheet received (jtd) (Entered: 09/12/2013) |
| E.D. La. 2:13-cv-5804 | 55 | 10/7/2013 | PRETRIAL ORDERS #1, #11, #12, #25, #31, & #41 2nd Amended. Signed by Judge Carl Barbier. (Attachments: # 1 PTO 11, # 2 PTO 12, # 3 PTO 25, # 4 PTO 31, # 5 PTO 41 2nd Amended)(gec, ) (Entered: 10/07/2013) |
| E.D. La. 2:13-cv-5804 | 56 | 10/7/2013 | ORDER Regarding Filing Requests for Summons and Summons Returns; ORDERED that requests for summons shall be filed in the docket for the member case, as opposed to the master docket. FURTHER ORDERED that summons returns shall not be filed into any docket, master or member, unless filing the summons return becomes necessary (for example, in connection with a motion for default judgment). When it is necessary to file a summons return, the attorney shall avoid filing the summons return as a separate, stand-alone document in the master docket. Instead, the summons return shall be filed as an exhibit to the motion, etc., to which it relates. (Doc #10204 in 10-md-2179). Signed by Judge Carl Barbier on 5/20/2013.(gec, ) (Entered: 10/07/2013) |
| E.D. La. 2:13-cv-5804 | 57 | 3/14/2014 | JUDGMENT entered in favor of Elton Johnson against BP Exploration & Production, Inc. as set forth in document. Signed by Judge Carl Barbier on 3/14/14.(sek) (Entered: 03/14/2014) |

16

April 21, 2014                                              Respectfully submitted,


                                                                 /s/ Kurt B. Arnold

Kurt B. Arnold
Jason A. Itkin
Cory D. Itkin
ARNOLD & ITKIN LLP
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
karnold@arnolditkin.com


*Attorneys for Elton Johnson*
_____

                                                 /s/ Don K. Haycraft

| | |
|---|---|
| Richard C. Godfrey, P.C. | Don K. Haycraft |
| J. Andrew Langan, P.C. | Devin C. Reid |
| KIRKLAND & ELLIS LLP | LISKOW & LEWIS LLP |
| 300 North LaSalle | 701 Poydras Street, Suite 5000 |
| Chicago, IL 60654 | New Orleans, LA 70139 |
| Telephone:  (312) 862-2000 | Telephone: (504) 556-4128 |
| Facsimile:  (312) 862-2200 | Facsimile: (504) 556-4108 |
| richard.godfrey@kirkland.com | dkhaycraft@liskow.com |
| andrew.langan@kirkland.com | dcreid@liskow.com |

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com
dominic.draye@kirkland.com


*Attorneys-in-Charge for Defendants BP Exploration &*
*Production Inc., BP Products North America Inc., and*
*BP Corporation North America Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 21st day of April, 2014.

/s/ Don K. Haycraft