# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 12-970 and all Civil Actions, Including 12-2953, 12-964 and 10-2771 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Motion for *In Camera* Review (Rec. doc. 12683)]**

The law firm of Brent Coon & Associates, P.C. ("BCA") seeks an order for the *in camera* review of a box of documents in the possession of Northwest Research, Inc. BCA reports that the box may contain opt-out documents. It requests that the box be sent to the Court for *in camera* inspection for a determination as to whether it is a copy of the original box sent by BCA to the Garden City Group facility at Hammond on October 31, 2012 and for other relief.

The issues raised by BCA can be resolved without the involvement of the Court. The box can be sent to counsel for the Claims Administrator on such terms as are acceptable to the parties. Counsel for the Claims Administrator and BCA can arrange for joint inspection of the box and its contents to resolve the essential issue raised by BCA.

IT IS ORDERED that BCA's motion for *in camera* review (Rec. doc. 12683) is DENIED.

New Orleans, Louisiana, this 21st day of April, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**