<pre>
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3
      ****************************************************************
 4

 5   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 6   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 7
                                CIVIL ACTION NO. 10-MD-2179 "J"
 8                              NEW ORLEANS, LOUISIANA
                                THURSDAY, APRIL 17, 2014, 1:00 P.M.
 9

10   THIS DOCUMENT RELATES TO
     #10-4536
11

12   ****************************************************************

13

14        TRANSCRIPT OF TELEPHONE STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE SALLY SHUSHAN
15                 UNITED STATES MAGISTRATE JUDGE

16

17   APPEARANCES:

18


19   FOR THE UNITED STATES
     OF AMERICA:            U.S. DEPARTMENT OF JUSTICE
20                          SENIOR LITIGATION COUNSEL FOR E-DISCOVERY
                            ENVIRONMENT & NATURAL RESOURCES DIVISION
21                          BY:  SARAH D. HIMMELHOCH, ESQUIRE
                                 STEVEN O'ROURKE, ESQUIRE
22                               PATRICK CASEY, ESQUIRE
                            POST OFFICE BOX 7611
23                          WASHINGTON, DC  20044

24

25
</pre>

12:55:25

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2


3    FOR BP EXPLORATION AND
     PRODUCTION, INC.,
4    BP AMERICA PRODUCTION
     COMPANY, BP P.L.C.
5    NORTH AMERICA INC.:    KIRKLAND & ELLIS
                            BY:  J. ANDREW LANGAN, ESQUIRE
6                                HARIKLIA KARIS, ESQUIRE
                            300 N. LASALLE
7                           CHICAGO, IL  60654

8

9                           COVINGTON & BURLING
                            BY:  ROBERT C. "MIKE" BROCK, ESQUIRE
10                          1201 PENNSYLVANIA AVENUE, NW
                            WASHINGTON, DC  20004
11

12
     FOR ANADARKO
13   PETROLEUM CORPORATION,
     ANADARKO E&P COMPANY
14   LP:                    BINGHAM MCCUTCHEN
                            BY:  KY E. KIRBY, ESQUIRE
15                               THOMAS R. LOTTERMAN, ESQUIRE
                            2020 K STREET, NW
16                          WASHINGTON, DC  20006

17

18


19   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
20                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
21                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
22                               Cathy_Pepper@laed.uscourts.gov

23   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
24

25

                          **OFFICIAL TRANSCRIPT**

**P-R-O-C-E-E-D-I-N-G-S**

THURSDAY, APRIL 17, 2014

(IN CHAMBERS)

THE COURT:  Okay.  Guys, would you please let me know who is on the line.

MS.  HIMMELHOCH:  Good morning, Your Honor.  This is Sarah Himmelhoch and Steve O'Rourke for the U.S.  We have got others listening but they will not be speaking, we don't think.

THE COURT:  Okay.  Thank you.

MS. KARIS:  Good morning, Your Honor.  Kari Karis with Kirkland for BP.

MR. LANGAN:  Andy Langan here too, Your Honor.

THE COURT:  Okay, Andy.  Thank you.

MR. KIRBY:  Good morning, Your Honor.  It's Ky Kirby and Tom Lotterman for Anadarko.

THE COURT:  Okay.  Anybody else?

All right.  Well, let's talk about it.

I guess the first thing we want to take up is, Sarah, do you want to cover for Pat the last e-mail that came in about per side.

MS. HIMMELHOCH:  I think my better, Steve, will be doing that.

THE COURT:  Steve, let me just stop you before you

**OFFICIAL TRANSCRIPT**

01:01:55  1   start and tell you what my thinking is.

01:01:57  2          As to Anadarko, they are, as I see it, not really

01:02:06  3   a separate party and I'll tell you why.  We all agree that the

01:02:13  4   violation was serious.  We all agree that there was no economic

01:02:17  5   benefit to either BP or Anadarko.  Judge Barbier has ruled that

01:02:25  6   culpability is not an issue as to Anadarko.

01:02:29  7          We've stipulated to any other penalty for the

01:02:32  8   same incident.  As I understand it, Anadarko was not involved

01:02:39  9   in the prior violations, which is Texas City, Prudhoe Bay,

01:02:46 10   Endicott Island, and Grangemouth.  Anadarko was not involved in

01:02:55 11   the post spill efforts to clean up and minimize.

01:03:03 12          You are doing discovery as to their economic

01:03:08 13   ability to pay, etcetera, and then, of course, we've got the

01:03:12 14   catchall, *any other matters as justice may require*.  As to the

01:03:16 15   first six, I don't view Anadarko as being involved.

01:03:26 16          MR. O'ROURKE:  Your Honor, this is Steve O'Rourke.  It

01:03:29 17   might seem like an accurate view except for the following:

01:03:32 18   Remember when you told us about the 30(b)(6)s a few days ago.

01:03:37 19   We thought we had 12 or 15 per party.  You said it was 12 or 15

01:03:41 20   per side, told us to meet and confer, and told the defendants

01:03:44 21   that you expected that BP and Anadarko would coordinate their

01:03:49 22   responses and put up joint witnesses for many of their topics

01:03:52 23   in a 30(b)(6) and we asked them to do that.

01:03:55 24          As it turns out, Anadarko has acknowledged that

01:03:57 25   there is one topic where they are aligned and then on all the

**OFFICIAL TRANSCRIPT**

01:04:01  1    other topics, they did not agree that they would have a joint

01:04:05  2    witness with BP.

01:04:06  3            So I think you might be misleading yourself into

01:04:11  4    believing that they would be aligned and that there would be

01:04:14  5    one party speaking for them and that the discovery would be

01:04:16  6    sort of joint, because we haven't seen any evidence of that.

01:04:24  7    For example, we asked them to put up a joint witness on

01:04:26  8    mitigation, and Anadarko said they are aligned in some ways but

01:04:30  9    not totally; so, there couldn't be a joint witness.

01:04:33 10            THE COURT:  All right.  Let me hear about that.  Ky, do

01:04:37 11    you want to address that.  I understood that you all had

01:04:39 12    stipulated that you were not an active participant in

01:04:43 13    mitigation efforts.

01:04:45 14            MS. KIRBY:  That is not correct, Your Honor.  We were

01:04:47 15    an active participant in source control efforts.  We had

01:04:53 16    dedicated employees that were on the team, and for the most

01:04:57 17    part, those have been the subject of deposition testimony in

01:05:00 18    Phase 2, I think, but there is a little bit more.

01:05:04 19            What we have said to the United States is that

01:05:08 20    while we are largely aligned with BP on that subject, we do

01:05:12 21    have a little bit of extra Anadarko-only information, which

01:05:18 22    probably would take somebody, you know, 20 minutes to examine

01:05:23 23    about, if that.

01:05:25 24            THE COURT:  What are we talking about?

01:05:27 25            MS. KIRBY:  You mean, in the context of source control?

**OFFICIAL TRANSCRIPT**

01:05:30  1    It's just a summary of the things that Anadarko did in that

01:05:36  2    area, including offering assistance, offering ships, offering

01:05:41  3    equipment, dedicating people for the full period of time that

01:05:46  4    it took to bring the well under control.

01:05:54  5          MR. O'ROURKE:  So, Your Honor, if I may, that just

01:05:56  6    drives home the point.  We wanted a 30(b)(6) of BP's efforts

01:06:01  7    and one of Anadarko's mitigation efforts.  You were assuming

01:06:05  8    they would be aligned, and if they were aligned that would be

01:06:07  9    great.  If there was one witness that could talk about both,

01:06:10 10    that would be great, but as Ky just said, they had stuff that

01:06:13 11    BP is not going to talk about, and that's why we thought we

01:06:16 12    would get one witness per company on a topic like this.

01:06:19 13          MS. KIRBY:  But, Your Honor, if I might, that is just

01:06:21 14    one topic.  The other topic where we are not aligned, so to

01:06:29 15    speak, is economic impact.  Obviously, the economic impact of

01:06:32 16    any penalty assessed against APC is unique to APC, and the

01:06:37 17    economic impact of a penalty assessed against BP is unique to

01:06:41 18    BP; so, obviously that is going to be different.

01:06:45 19          THE COURT:  Well, I anticipated that.  Obviously, it is

01:06:48 20    separate companies.

01:06:49 21          MS. KIRBY:  Those are the two areas, really, where we

01:06:51 22    have some separate information.

01:06:53 23          MR. O'ROURKE:  Well, we also asked them, you also

01:06:57 24    mentioned the *other matter* factors, Your Honor, and in the

01:07:01 25    *other matter* factors, Anadarko had about nine topics and BP had

**OFFICIAL TRANSCRIPT**

01:07:05  1    about seven.  I don't know the exact numbers.  But right there,

01:07:09  2    you have 16 topics that were supposed to be handled.  We should

01:07:12  3    be allowed to ask about it to find out what they are going to

01:07:15  4    bring to the trial.

01:07:16  5            So again, this is why we just thought we were

01:07:19  6    supposed to get, ask the question of each party, both with RFPs

01:07:24  7    and 30(b)(6)s, because, as it is, we don't know what Anadarko's

01:07:30  8    case is on some of these factors.  We'll have to basically be

01:07:34  9    choosing which case we want to prepare for, if we only get half

01:07:40 10    the discovery.

01:07:40 11            Unless, maybe we're just misunderstanding.  I

01:07:45 12    mean, just as a procedural matter, if we were to ask in a

01:07:49 13    request for production, "Please produce your consolidated

01:07:53 14    financial statements," is that one question or is that two

01:07:58 15    questions?

01:07:59 16            You know, if it's per side, is that one or is

01:08:04 17    that where BP would respond and Anadarko would respond or is

01:08:07 18    that two?  If that's two questions, then using the per side is

01:08:12 19    really cutting our discovery in half by leaving us answering

01:08:16 20    twice the discovery from the other side.

01:08:18 21            THE COURT:  All right.

01:08:22 22            MS. KARIS:  Your Honor, this is --

01:08:23 23            THE COURT:  Kari, is that you?

01:08:24 24            MS. KARIS:  It is.

01:08:25 25            If I might state that we have gone through this

OFFICIAL TRANSCRIPT

01:08:28  1    discussion in the past, and I understand that there certainly

01:08:30  2    are factors that Anadarko and BP are not directly aligned in,

01:08:35  3    but we, BP, have had to deal with, and Anadarko, the exact same

01:08:41  4    challenges that are presented with this, and we have complied

01:08:45  5    with the Court's order that BP had to give up some of the

01:08:49  6    requests that it was going to ask so that Anadarko could make

01:08:53  7    its discovery.

01:08:54  8            So it seems very unfair to suggest that the U.S.

01:08:58  9    would get twice as many requests as BP would get or Anadarko

01:09:06 10    would get.  We have been down this path, and I understand Steve

01:09:10 11    says, you know, consolidated financials, he's talking about the

01:09:13 12    one factor where the parties are in disagreement -- not

01:09:16 13    disagreement, they are from different positions.

01:09:20 14            So we went through this entire process.  We

01:09:22 15    drafted the discovery, the 30(b)(6) notices, splitting our

01:09:27 16    topics with Anadarko in some respects.  We went through the

01:09:30 17    RFPs, the interrogatories, the RFAs with the rules that the

01:09:35 18    Court had put in place, and it doesn't seem right to change the

01:09:38 19    rules at this point.

01:09:40 20            This is the same reason the defendants, although

01:09:42 21    the U.S. is seeking penalty against both of them, have to

01:09:46 22    divide their trial time, for example.  This is something we're

01:09:49 23    going to have to contend with.

01:09:51 24            The Court has spoken.  Judge Barbier has said he

01:09:54 25    sees the defendants as having one allocation of time, the U.S.

**OFFICIAL TRANSCRIPT**

01:09:58  1   having one allocation of time, and we need to then divide it

01:10:02  2   amongst ourselves; so, it doesn't seem fair or appropriate to

01:10:05  3   say the U.S. would get to serve twice the amount of discovery

01:10:08  4   on the defendants, get twice the number of depositions and the

01:10:12  5   like.

01:10:13  6         The fact that there is one significant factor and

01:10:16  7   then some subparts where there may be differences to say that

01:10:21  8   warrants them getting 25 30(b)(6)s as opposed to the 12 to 15

01:10:26  9   that we were ordered, it does seem unfair, and it seems like

01:10:30 10   we're changing the rules after we're supposed to be getting

01:10:33 11   discovery well underway.

01:10:37 12         MR. O'ROURKE:  Your Honor, if I may address the point

01:10:39 13   about Judge Barbier's comments about the trial time.  What he

01:10:41 14   essentially says was we get twice as much time as BP, and we

01:10:44 15   get twice as much time as Anadarko.  We understood that to be

01:10:48 16   the rule.

01:10:50 17         THE COURT:  Yes, I reread that, Steve, and what he said

01:10:53 18   was *My gut reaction at this time is*.  I'm not sure he's going

01:10:59 19   to agree with that statement when he gets himself to trial, but

01:11:01 20   that's something for him to decide.  I've got to get you ready

01:11:04 21   for trial.

01:11:05 22         Look, guys --

01:11:07 23         MR. O'ROURKE:  Your Honor, we just want to make sure

01:11:11 24   that you understand why we think it's unfair.  I think I see

01:11:15 25   the tea leaves here, but why it's unfair is because essentially

**OFFICIAL TRANSCRIPT**

01:11:18 1    we're responding to twice as much discovery.  BP has to answer

01:11:22 2    20 RFPs and interrogatories; we have to answer 40.  Anadarko

01:11:27 3    has to answer 20; we have to answer 40.  The converse is that

01:11:28 4    we don't get to discover their cases adequately.

01:11:31 5            With respect to the *other matters*, for example,

01:11:34 6    Anadarko had several that are different from BP's, and when we

01:11:39 7    tried to have them speak as one, they declined that.  So that's

01:11:43 8    the reason it's unfair.

01:11:45 9            If you were going to go with per side,

01:11:47 10   Your Honor, I mean, I think it would only be fair if it was per

01:11:51 11   side in all things, right, such as experts.  If we get eight

01:11:53 12   experts, they get to split eight experts.  If we get to take

01:11:57 13   ten depositions, they get to split ten depositions.

01:12:01 14           If that's going to be the rule on the discovery

01:12:03 15   in this case, then we just wanted to know that.  We just

01:12:06 16   honestly didn't understand if that's how it was supposed to

01:12:09 17   work.

01:12:09 18        THE COURT:  No, Steve, I'm not suggesting that anyone

01:12:10 19   is in bad faith, and I hope you understand that.  That is not

01:12:14 20   my impression at all.

01:12:19 21         All right.  Why don't you hold on and let me talk

01:12:22 22   to Mike about it.  I'll be back on in a minute.

01:13:42 23        (WHEREUPON, at this point in the proceedings, there was

01:13:42 24   an off-the-record discussion.)

01:15:21 25        THE COURT:  Steve?

**OFFICIAL TRANSCRIPT**

01:15:21  1          MR. O'ROURKE:  We're here, Your Honor.

01:15:22  2          THE COURT:  Good.  Thank you.  Let me tell you what I'm

01:15:24  3   going to do, because I'm looking back at the draft, and I gave

01:15:29  4   Anadarko two additional topics in Footnote 2.  Whether they

01:15:34  5   used them or not, I don't know.

01:15:36  6              I'm going to give you a total of 50 to use as you

01:15:41  7   see fit.  You can divide them up anyway you want, but 50 is

01:15:48  8   your number as opposed to the collective 40 for Anadarko and

01:15:54  9   BP.

01:15:57 10          MR. LANGAN:  That's requests for production and

01:16:04 11   interrogatories, right?

01:16:04 12          THE COURT:  That's exactly right, Andy.

01:16:07 13              So we'll give you an additional 10 and that's

01:16:09 14   combined.  That's 50 combined to use as you see fit.  So if you

01:16:16 15   want to ask BP to produce its consolidated financials, that's

01:16:25 16   one.  If you want to ask Anadarko to produce its consolidated

01:16:29 17   financials, that's two.

01:16:32 18          MR. O'ROURKE:  Okay.  Well, thank you for the

01:16:34 19   additional number.  We appreciate that.

01:16:37 20          THE COURT:  Yep.

01:16:38 21          MR. O'ROURKE:  Thank you for clarifying that that

01:16:40 22   question would be two because that will avoid us making another

01:16:44 23   mistake.

01:16:45 24          THE COURT:  Well, it's not a mistake; it's another

01:16:49 25   disagreement.  How about that?

                              **OFFICIAL TRANSCRIPT**

01:16:50 1      MR. LANGAN:  Your Honor, they are also over the limit,

01:16:55 2  I think, on the RFAs; so, I think we need to address that while

01:16:58 3  we're talking about it as well.  We were limited to 15 RFAs per

01:17:02 4  side and they have more than that.

01:17:03 5      THE COURT:  How many have they got, Andy?

01:17:08 6      MS. KARIS:  They have 23.

01:17:10 7      MR. O'ROURKE:  We had 23 total?  Okay.  So do you want

01:17:14 8  to give us 18 or something?

01:17:16 9      THE COURT:  Yes, go for 18 combined.  You'll use them

01:17:20 10 any way you want.  I'm not at this point deciding the expert

01:17:26 11 issue.  BP and Anadarko know that I'm not going to allow

01:17:31 12 duplicative experts on their side of the case; so, if there are

01:17:41 13 duplications, they are not going to be allowed.

01:17:44 14      Obviously, each of them is going to have a

01:17:46 15 financial expert, because they do diverge there.

01:17:51 16      I'm hoping that they can combine their mitigation

01:17:55 17 experts or you all can reach stipulations on the well control

01:18:01 18 activities.

01:18:03 19      Ky, am I incorrect in saying that Anadarko did

01:18:06 20 not participate in the cleanup activities?

01:18:10 21      MS. KIRBY:  No, you're not incorrect.

01:18:11 22      THE COURT:  Okay.  So there shouldn't be any

01:18:17 23 duplication there.  Most of these other topics, except for that

01:18:22 24 catchall of *any other matters as justice may require*, and I

01:18:27 25 don't know what's coming down the pike, there should not be a

01:18:29  1   whole lot of duplication but I don't know that yet.  That's not

01:18:35  2   coming until when?

01:18:41  3          MR. O'ROURKE:  Well, Your Honor, this is Steve.  When

01:18:43  4   we met and conferred yesterday, and BP and Anadarko should

01:18:46  5   interrupt me if they think I'm saying too much, I just wanted

01:18:50  6   to let you know that we did meet and confer yesterday and start

01:18:53  7   the discussion of how many experts there might be per side.

01:18:57  8          I wanted to thank BP and Anadarko for being frank

01:19:00  9   and candid, as you had instructed, as to the number.  I don't

01:19:05 10   think I'm authorized to tell you their numbers, so I'm not

01:19:09 11   going to do that, but I just wanted to say that is happening.

01:19:12 12          THE COURT:  Good.

01:19:13 13          MR. O'ROURKE:  I think it was an early May deadline for

01:19:15 14   us to propose numbers of experts.

01:19:18 15          THE COURT:  It is.

01:19:18 16          MR. O'ROURKE:  We don't have any kind of agreement but

01:19:22 17   that's being discussed.

01:19:24 18          THE COURT:  Good.

01:19:24 19          MS. KARIS:  Your Honor, this is Kari.  What I will

01:19:25 20   say -- and I agree with what Steve said and I would say equally

01:19:28 21   the same -- that we had a candid discussion, and they were very

01:19:32 22   forthright, and that helped with the discussions.

01:19:35 23          I think, as we disclosed the specific subject

01:19:38 24   matters that we anticipate our experts testifying about --

01:19:42 25   hopefully Steve will agree with this -- there was not any

**OFFICIAL TRANSCRIPT**

14

01:19:45  1    duplication at all on any of the subjects.  In fact, the only

01:19:49  2    subject that Anadarko at this point identified experts on is

01:19:54  3    the single factor that it is clear there are just very

01:19:58  4    different positions with respect to the financial impact.

01:20:01  5            THE COURT:  Right.

01:20:02  6            MS. KARIS:  So in accordance with what the Court said,

01:20:04  7    we have been proceeding on that assumption of no

01:20:09  8    cumulativeness, no duplication, and, where possible, alignment

01:20:12  9    of the parties -- of the defendants with respect to some of

01:20:15 10    these factors.

01:20:16 11            THE COURT:  Okay.  Well, that's good.

01:20:19 12            MR. O'ROURKE:  I think that's largely true.  I think

01:20:21 13    there is one area of overlap related to one of the topics, the

01:20:28 14    catchall topic, but in general that's fairly accurate.

01:20:32 15            MR. LANGAN:  Your Honor, I don't want -- this is Andy,

01:20:34 16    I'm sorry.  Before we leave the written discovery thing, may I

01:20:37 17    ask one question?

01:20:38 18            THE COURT:  Sure.

01:20:39 19            MR. LANGAN:  So it sounds to me like they now have 50

01:20:43 20    RFPs and interrogatories and 18 RFAs.  Can we proceed as I

01:20:48 21    outlined in my note before this call?

01:20:49 22            THE COURT:  Yes.

01:20:50 23            MR. LANGAN:  That implementing this will involve

01:20:54 24    dropping the existing one.  In other words, I don't want to go

01:20:55 25    one step forward and two steps back by having brand new sets

**OFFICIAL TRANSCRIPT**

01:21:00  1    served.  If we can keep the current numbering system and just

01:21:04  2    implement this by deletion, I guarantee you things are going to

01:21:07  3    move forward more efficiently.

01:21:09  4         THE COURT:  Yeah.  It sounds like you all had already

01:21:13  5    spoken about this yesterday, right?

01:21:14  6         MS. HIMMELHOCH:  We didn't talk about Andy's specific

01:21:17  7    proposal, and I'm not quite sure I'm willing to provide a

01:21:21  8    redlined set of discovery requests, but it will be clear to BP

01:21:28  9    what we have dropped and what we are keeping.

01:21:31  10        We do not intend to go back to the drawing board

01:21:33  11   completely, but I do think that we do have the right to adjust

01:21:38  12   our requests slightly in light of the fact we thought we had 40

01:21:44  13   per side and now we have 50 total.

01:21:47  14        I'm not suggesting that we're going to smush a

01:21:49  15   whole bunch together so that we're going back to the drawing

01:21:53  16   board.  I think Andy is, as he should be for his client,

01:21:56  17   distrustful of us, but we will honor the spirit of the Judge's

01:22:01  18   rule, and we will try to link to them if they can't tell from

01:22:05  19   looking at it what the original number was, but we have to go

01:22:08  20   back now and say, "We're going from what we thought was a pool

01:22:12  21   of 80 to a pool of 50," and that is going to affect how we

01:22:19  22   phrase some of our requests.

01:22:21  23        THE COURT:  Okay.  But look, Sarah, to the extent that

01:22:25  24   it is possible, refer to the earlier RFP or interrogatory or

01:22:35  25   request for admission, and let them see where it's coming from

**OFFICIAL TRANSCRIPT**

01:22:41 1   so that they don't have to reinvent the wheel.  If you could,

01:22:45 2   it would be helpful to redline it, if that's possible.  If

01:22:50 3   you're making changes, that's okay, but you could redline them

01:22:56 4   to highlight for them where it's changed.  You don't have to

01:23:00 5   but it would be helpful.

01:23:03 6           MS. HIMMELHOCH:  I will honor your request, Your Honor.

01:23:09 7           THE COURT:  Okay.  All right.

01:23:09 8           MR. O'ROURKE:  Again, thank you for the additional

01:23:11 9   things on the numbers you gave us and on the clear direction.

01:23:14 10          The only other matter then would be, on this per

01:23:17 11  side issue, would be the 30(b)(6)s when, again, we thought we

01:23:22 12  had up to 30 for the two parties.  It turns out we had 15 for

01:23:26 13  the two parties.  May we have 18 for the two parties on the

01:23:30 14  30(b)(6) topics?

01:23:32 15          THE COURT:  What the hell.

01:23:35 16          MR. O'ROURKE:  You're in a giving mood today.

01:23:37 17          THE COURT:  Yeah, whatever.  It was a tough day so far,

01:23:41 18  I might just say.  I know you all have been working very hard.

01:23:45 19  You all are back in D.C. following your recent trip to Chicago?

01:23:50 20          MR. O'ROURKE:  We're back in D.C.  After all the times

01:23:53 21  that the Kirkland people kindly came to D.C. in the winter and

01:23:57 22  it snowed every time they came, they got their payback

01:24:00 23  yesterday when we went out there and there was ice and snow.

01:24:05 24          THE LAW CLERK:  Jeezum Petes.

01:24:07 25          THE COURT:  Did you hear Michael, "Jeezum Petes."

**OFFICIAL TRANSCRIPT**

01:24:09  1              Okay.  Guys, beyond that, are there any other

01:24:12  2      tweaks to this draft dated the 10th of April that you all want

01:24:17  3      to make before we issue it?

01:24:21  4              We're going to go back and make the revisions

01:24:26  5      we've talked about today, and we will start the Order on

01:24:30  6      April 4, as it does now, so that it will be very clear where we

01:24:35  7      have been and what we've agreed to.  Is there anything else

01:24:38  8      that you want to look at now before we work on the final?

01:24:45  9              MR. O'ROURKE:  Your Honor, this is Steve O'Rourke.  For

01:24:48 10      us, we don't have any tweaks.  We just want to make sure that

01:24:52 11      it's clear we objected to, and we know, again, we know we're

01:24:56 12      going to be overruled on it.

01:24:58 13              We did object to the per side issue, which you've

01:25:02 14      changed in our favor today, and we appreciate that.

01:25:04 15              We did object to the number of rounds of expert

01:25:08 16      reports.  I think we know where you're going on that.  We just

01:25:11 17      want to make sure you know we're objecting to that.

01:25:14 18              We did object to the anticipated demonstratives

01:25:18 19      rule.  It didn't seem to work in Phase 2.  I think you're going

01:25:23 20      to stick to that.  We just want to make sure you know we

01:25:25 21      object.

01:25:25 22              MR. LANGAN:  On that one we may have alignment.

01:25:25 23              THE COURT:  All right.

01:25:29 24              MR. LANGAN:  Before I get there, Your Honor, could I

01:25:31 25      just raise one point?

**OFFICIAL TRANSCRIPT**

01:25:32  1         THE COURT:  Hold on.  Let's let Steve finish up his

01:25:35  2  objections, and then we'll come back to you, Andy.

01:25:38  3         MR. LANGAN:  Okay.

01:25:38  4         MR. O'ROURKE:  Those are my three objections.  My last

01:25:40  5  comment on behalf of the U.S. was we appreciate the short

01:25:44  6  cutoff on the document productions, which is what we wanted.

01:25:50  7  Of course, we're going to have to have a caveat that we're

01:25:53  8  afraid about whether we're actually going to be able to meet

01:25:56  9  that; so, we want you to be on notice that we might be coming

01:26:00 10  crawling back looking for relief on that.  We're going to try

01:26:03 11  to do our best, and we think you should put in the 5/27

01:26:07 12  deadline.  I'm just putting down a disclaimer.

01:26:10 13         So that was our comments on the schedule, and

01:26:12 14  other than that I'm in agreement.

01:26:14 15         THE COURT:  Okay.

01:26:14 16         MR. LANGAN:  So, Your Honor, can I be heard on one or

01:26:16 17  two things here?

01:26:17 18         THE COURT:  Sure.

01:26:18 19         MR. LANGAN:  On the Rule 30(B)(6) stuff, we understand

01:26:22 20  where you are.  We can also read tea leaves.  Boy, that one was

01:26:25 21  awfully clear that it was always per side.  I mean, your Order

01:26:29 22  from the beginning said *per side*.

01:26:32 23         If we are nonetheless going to move the needle

01:26:35 24  from 12 to 15 per side to a regime that has 18 for the

01:26:41 25  Department of Justice, okay, I guess that's over our objection,

**OFFICIAL TRANSCRIPT**

01:26:45 1    but, more importantly, practically speaking, again, that should

01:26:49 2    be accomplished by deleting existing topics as opposed to

01:26:53 3    letting them go back to the drawing board, mushing stuff

01:26:56 4    together and coming up with 18 topics that are essentially, as

01:27:02 5    a practical matter, no change from the current regime which we

01:27:05 6    think is overwrought.

01:27:06 7            So again, if they are going to do that, I think

01:27:09 8    they should be deleting existing topics and showing us what

01:27:12 9    they deleted as opposed to sort of a *de novo* crack at a new

01:27:17 10   number.

01:27:17 11           THE COURT:  Yeah, guys, to the extent that you can,

01:27:19 12   please do that because we're on a very tight timeline, and so

01:27:25 13   it would be helpful if that could happen.

01:27:30 14           MS. HIMMELHOCH:  Yes, Your Honor.  As I said with

01:27:31 15   respect to the RFPs, we will honor the spirit of your requests,

01:27:36 16   but there may be some tweaks we make to the topics based on the

01:27:39 17   fact that we thought we had a pool of 60 and now we have a pool

01:27:43 18   of 18.

01:27:43 19           We will identify for BP and Anadarko where those

01:27:47 20   changes are, and they will not violate the general spirit of

01:27:51 21   consistency with our prior served proposals.

01:27:56 22           MR. LANGAN:  Your Honor, the other comment I was going

01:27:58 23   to make, and Kari can correct me if I'm wrong, but on the

01:28:02 24   demonstrative role I think we got comfortable.  I guess we

01:28:05 25   didn't talk about this yesterday, but actually we would be

**OFFICIAL TRANSCRIPT**

01:28:07 1    comfortable with a proposal that deletes the part of the

01:28:10 2    footnote that talks about *and otherwise for trial*.  In other

01:28:14 3    words --

01:28:14 4          THE COURT:  What footnote?  What footnote are you on,

01:28:18 5    Andy?

01:28:18 6          MR. LANGAN:  I will get there in a second.  I can find

01:28:20 7    it.

01:28:21 8          MS. HIMMELHOCH:  It's the *deadline for demonstratives*.

01:28:24 9    Now it says, "Provides a hard date for opening and otherwise

01:28:29 10   anticipated for trial."  It's the January 5th date.  Then goes

01:28:35 11   on to say, "Additional demonstratives 48 and 24."

01:28:38 12          The proposal we made, and I think I'm hearing

01:28:41 13   Andy say he agrees with, is that the first set would be limited

01:28:45 14   to opening slides.

01:28:45 15          MR. LANGAN:  That's right.  That's correct.

01:28:49 16          MS. HIMMELHOCH:  The 48/24-hour rule would apply

01:28:53 17   universally to all demonstratives to be used with witnesses.

01:28:57 18          MR. LANGAN:  Yeah, I think that's correct.  I don't

01:28:58 19   know if we talked about this with Anadarko, but I think the BP

01:29:01 20   side is okay with that.  Right, Kari?

01:29:03 21          THE COURT:  Let me make sure I've got it, guys.  "The

01:29:05 22   parties shall exchange all demonstratives and opening slides

01:29:09 23   that they can reasonably anticipate using in openings," period.

01:29:13 24          MS. HIMMELHOCH:  Yes.  Then the rest of the paragraph

01:29:15 25   stays as is, except you take out *additional* or you could leave

OFFICIAL TRANSCRIPT

01:29:19  1    *additional* in, depending on how you wanted to phrase it, but

01:29:22  2    the rule is for witnesses, it's a 48/24-hour universally.

01:29:28  3              THE COURT:  Right.  I'm with you.

01:29:29  4         Okay.  Anadarko, any objection to that?

01:29:32  5              MS. KIRBY:  No, Your Honor.

01:29:33  6              THE COURT:  Okay.  We'll put that in the further

01:29:37  7    revision.

01:29:40  8              MS. KARIS:  Your Honor, this is Kari.  I just wanted to

01:29:43  9    raise one point on the revised request for production,

01:29:46 10    interrogatories, and RFAs.  I completely hear and appreciate

01:29:50 11    that Sarah is going to make her best effort to highlight for us

01:29:54 12    where there is consistency in the prior requests with the

01:29:58 13    current, which will make our lives easier because we have

01:30:03 14    already gone through the exercise of actually responding to,

01:30:06 15    certainly for the RFPs, all of the RFPs which were previously

01:30:09 16    served on BP, some of which may drop out; so, we will revise

01:30:14 17    our answers as necessary.

01:30:16 18         I am a little concerned, though, given how much

01:30:18 19    time and effort it took to respond last time, to have these

01:30:19 20    ready in time for a meet and confer.  Because, as the Court

01:30:23 21    recalls, we did drafts, we met and now we're supposed to revise

01:30:27 22    some of these, perhaps, and serve final versions.

01:30:29 23         I'm concerned with the compressed time, if there

01:30:32 24    is going to be sufficient time to get the revised draft, in

01:30:38 25    fact, draft responses, speak with the U.S. as to some of these

OFFICIAL TRANSCRIPT

01:30:42  1    requests, and then serve final requests.

01:30:44  2           So I'm not suggesting at this point that we need

01:30:47  3    any additional time.  I would have to wait to see what the

01:30:49  4    revised set looks like to see how much deviation there is, but

01:30:54  5    I raised it for the Court because I recognize that everything,

01:30:58  6    you know, is dependent on each other and the deadlines are very

01:31:01  7    tight.

01:31:03  8           With the discovery cutoff of May 27th, if we

01:31:07  9    don't finalize these drafts even a few days beyond the current

01:31:12 10    deadline, it may make a difference.  It's a very long-winded

01:31:17 11    way of saying we may have to come back on that one.

01:31:19 12           THE COURT:  I'm with you.  It's like a complicated set

01:31:21 13    of dominos, right?

01:31:22 14           MS. KARIS:  Right.  Exactly.

01:31:24 15           MS. HIMMELHOCH:  I'll just note, Your Honor, for the

01:31:26 16    record to be complete, they raised this issue with us for the

01:31:30 17    first time yesterday that they thought we had misinterpreted

01:31:35 18    the Order with respect to the RFPs and interrogatories and

01:31:39 19    RFAs, despite the fact that they had had them for some time;

01:31:42 20    so, I think whatever changes we make need to be made with the

01:31:47 21    entire history in mind.

01:31:49 22           But that said, we will comply with your Order to

01:31:52 23    serve the revised requests on or before Monday, and we will

01:31:58 24    meet and confer with them.  We will make ourselves available as

01:32:01 25    quickly as they are able to meet with us, and we'll go forward

**OFFICIAL TRANSCRIPT**

01:32:04  1    from there.

01:32:05  2         MS. KARIS:  Your Honor, as we explained to Sarah

01:32:08  3    yesterday when she raised this point, it's true that we raised

01:32:10  4    it for the first time yesterday.  Candidly, on BP's side we

01:32:14  5    took the requests that were served on us.  We did not look at

01:32:17  6    the requests that were served on Anadarko, as those didn't

01:32:20  7    require us to do any work.  Anadarko took their set as

01:32:24  8    explained.

01:32:24  9         It was only after we drafted the answers and put

01:32:26 10    them together, in an effort to get them out within four days of

01:32:29 11    when we originally received them, a few days of when we

01:32:33 12    received them that we realized this.

01:32:35 13         So we certainly weren't hiding the ball on this.

01:32:39 14    In fact, we wouldn't have undergone the effort of responding to

01:32:41 15    all of them if we had noticed what occurred.

01:32:44 16         So everybody is proceeding under the same

01:32:46 17    compressed schedule and deadline and trying their best, so I'm

01:32:49 18    not suggesting that we're going to need any additional time but

01:32:54 19    it may require that.

01:32:54 20         THE COURT:  Got you.

01:32:55 21         All right, guys.  Well, that's good.  We're going

01:32:57 22    to go ahead and get the further revised, no longer draft

01:33:04 23    schedule out, and if we need to talk next week, we'll talk next

01:33:10 24    week.  I hope --

01:33:11 25         MR. LANGAN:  Got one more, Your Honor, sorry.  This

**OFFICIAL TRANSCRIPT**

01:33:13  1    doesn't change the Order, but it's a point of clarification, I

01:33:17  2    think, for everybody's benefit.

01:33:18  3              The Order talks about a May 30th deadline for

01:33:21  4    motion to compel discovery, which, I think, frankly still

01:33:25  5    works.  I just wanted to make clear, you know, what our

01:33:28  6    understanding is.  We did discuss a little bit this at the meet

01:33:31  7    and confer yesterday.

01:33:32  8              That's an outside date for which any such motions

01:33:36  9    like that should be filed.  It doesn't preclude an earlier --

01:33:40 10    in other words, if an issue pops up earlier that needs prompt

01:33:43 11    resolution, a party, after the appropriate meet and confer

01:33:48 12    conference, could move on that.  In fact, I hope that's the

01:33:51 13    case.

01:33:51 14              In fact, we kind of talked about an earlier date

01:33:54 15    where issues that are ripe could be brought by the various

01:33:58 16    parties.  I think I have that right, Steve and Sara, don't I?

01:34:02 17         MS. HIMMELHOCH:  Yes.  I think what we were

01:34:04 18    recognizing, Your Honor, is that there were going to be some

01:34:06 19    disputes that we know our rights as a result.

01:34:10 20              Let me start at another point.  We understood you

01:34:12 21    to be trying to consolidate the motions to compel so that you

01:34:16 22    weren't receiving 20 different motions to compel all throughout

01:34:19 23    the discovery period and we appreciate and recognize that, but

01:34:22 24    there are, as we see it, sort of two categories of motions to

01:34:27 25    compel that may be needed, hopefully not, but there are two

01:34:31 1   that could be needed.

01:34:32 2           One is we look at the request for production, and

01:34:35 3   I know of one that the U.S. is resisting quite significantly

01:34:39 4   that BP is very interested in, and I know of one that BP is

01:34:43 5   resisting quite significantly that we are very interested in.

01:34:47 6           When we get the final written responses, I think

01:34:51 7   that question of whether any response at all will be provided

01:34:54 8   to an RFP, we could consolidate all of those into a single

01:34:59 9   motion deadline sometime shortly after final responses are

01:35:04 10  served.

01:35:04 11          Then there is the other category, which is we

01:35:06 12  didn't get what we were promised in the written responses, and

01:35:10 13  that would be what we would file in the May 30th timeframe.

01:35:15 14          The thinking is that the ones that are ripe that

01:35:18 15  there are complete resistance to a request or there are

01:35:23 16  significant narrowing of the scope of the request compared to

01:35:27 17  what the requester wants, those could and should be resolved

01:35:32 18  earlier so that if any document production is ordered in the

01:35:37 19  resolution of the motion, that could be completed as close to

01:35:39 20  the May 27th deadline as possible.

01:35:42 21          THE COURT:  Right.  I think that's right.  It's like

01:35:43 22  the deadline for pretrial motions.  As Andy pointed out, I used

01:35:48 23  as an example the burden of proof issue.  That's already been

01:35:53 24  filed.  That's okay by me.  That's the outside date.  We'll

01:35:59 25  operate under that guidance.

OFFICIAL TRANSCRIPT

01:36:02  1                    So that's the last date you can file, but

01:36:04  2    certainly if it's ripe and you're ready to file it now, better

01:36:10  3    because we can keep you on track on the current schedule.

01:36:16  4            MS. HIMMELHOCH:  Are we required to consolidate in the

01:36:20  5    way that we, at least, were reading the motion, that if we know

01:36:23  6    of three things that are ripe, they all have to go in the same

01:36:27  7    motion?

01:36:28  8            THE COURT:  Well, it certainly makes it easier for me,

01:36:30  9    Sarah, but if you can't do it, give me what is right, you know.

01:36:30 10            MS. HIMMELHOCH:  Understood, Your Honor.

01:36:33 11            THE COURT:  Mike has a question.

01:36:35 12            THE LAW CLERK:  What are we going to do about page

01:36:37 13    limitations?  Remember with Liberty and they got into a big

01:36:42 14    argument on cheating on the page limits.

01:36:42 15            THE COURT:  Have I taken care of page limitations

01:36:42 16    throughout?  I thought I had.

01:36:45 17            MS. HIMMELHOCH:  Yes, you did on the May 30th

01:36:48 18    deadlines.

01:36:48 19            THE COURT:  I thought I had taken care of page

01:36:50 20    limitations throughout.  Now, if you're going to be filing ten

01:36:54 21    different motions to compel, please, people, I mean, that's one

01:36:58 22    of the reasons I asked for consolidation is because I really

01:37:01 23    only want one memo of 15 pages.

01:37:04 24                    So if you're going to break them up, try to keep

01:37:10 25    within the page limitation that we've set, because, you know,

                        **OFFICIAL TRANSCRIPT**

01:37:14 1    if I get five motions of 15 pages each, that's going to slow

01:37:20 2    things up.

01:37:21 3            MS. HIMMELHOCH:  As my father said, "We recognize that

01:37:23 4    brevity is the soul of wit."

01:37:26 5            THE COURT:  There you go.  Your father is a wise man.

01:37:30 6              All right, kids.  I hope everybody has a good

01:37:32 7    holiday weekend, whether it's Passover or Easter, and we'll get

01:37:40 8    this out to you either today or tomorrow.

01:37:43 9            MR. LANGAN:  Thank you, Your Honor.

01:37:46 10           THE COURT:  Bye-bye.

11           (WHEREUPON, at 1:37 p.m., the proceedings were

12    concluded.)

13                              *    *    *

14

15                        REPORTER'S CERTIFICATE

16

17            I, Cathy Pepper, Certified Realtime Reporter, Registered
Merit Reporter, Certified Court Reporter of the State of
18    Louisiana, Official Court Reporter for the United States
District Court, Eastern District of Louisiana, do hereby
19    certify that the foregoing is a true and correct transcript to
the best of my ability and understanding from the record of the
proceedings in the above-entitled and numbered matter.

20

21                        s/Cathy Pepper
                          Cathy Pepper, CRR, RMR, CCR
22                        Certified Realtime Reporter
                          Registered Merit Reporter
23                        Official Court Reporter
                          United States District Court
24                        Cathy_Pepper@laed.uscourts.gov

25

**OFFICIAL TRANSCRIPT**

# #

**#10-4536** [1] - 1:10

# 1

**10** [1] - 11:13
**10-MD-2179** [1] - 1:7
**10th** [1] - 17:2
**12** [4] - 4:19, 9:8, 18:24
**1201** [1] - 2:10
**15** [8] - 4:19, 9:8, 12:3, 16:12, 18:24, 26:23, 27:1
**16** [1] - 7:2
**17** [2] - 1:8, 3:2
**18** [7] - 12:8, 12:9, 14:20, 16:13, 18:24, 19:4, 19:18
**1:00** [1] - 1:8
**1:37** [1] - 27:11

# 2

**2** [3] - 5:18, 11:4, 17:19
**20** [5] - 1:6, 5:22, 10:2, 10:3, 24:22
**20004** [1] - 2:10
**20006** [1] - 2:16
**20044** [1] - 1:23
**2010** [1] - 1:6
**2014** [2] - 1:8, 3:2
**2020** [1] - 2:15
**23** [2] - 12:6, 12:7
**24** [1] - 20:11
**25** [1] - 9:8
**27th** [2] - 22:8, 25:20

# 3

**30** [1] - 16:12
**30(B)(6** [1] - 18:19
**30(b)(6** [4] - 4:23, 6:6, 8:15, 16:14
**30(b)(6)s** [4] - 4:18, 7:7, 9:8, 16:11
**300** [1] - 2:6
**30th** [3] - 24:3, 25:13, 26:17

# 4

**4** [1] - 17:6
**40** [4] - 10:2, 10:3,

11:8, 15:12
**48** [1] - 20:11
**48/24-hour** [2] - 20:16, 21:2

# 5

**5/27** [1] - 18:11
**50** [6] - 11:6, 11:7, 11:14, 14:19, 15:13, 15:21
**500** [1] - 2:20
**504** [1] - 2:21
**589-7779** [1] - 2:21
**5th** [1] - 20:10

# 6

**60** [1] - 19:17
**60654** [1] - 2:7

# 7

**70130** [1] - 2:21
**7611** [1] - 1:22

# 8

**80** [1] - 15:21

# A

**ability** [2] - 4:13, 27:19
**able** [2] - 18:8, 22:25
**above-entitled** [1] - 27:19
**accomplished** [1] - 19:2
**accordance** [1] - 14:6
**accurate** [2] - 4:17, 14:14
**acknowledged** [1] - 4:24
**ACTION** [1] - 1:7
**active** [2] - 5:12, 5:15
**activities** [2] - 12:18, 12:20
**Additional** [1] - 20:11
**additional** [8] - 11:4, 11:13, 11:19, 16:8, 20:25, 21:1, 22:3, 23:18
**address** [3] - 5:11, 9:12, 12:2
**adequately** [1] - 10:4
**adjust** [1] - 15:11

**admission** [1] - 15:25
**affect** [1] - 15:21
**afraid** [1] - 18:8
**ago** [1] - 4:18
**agree** [6] - 4:3, 4:4, 5:1, 9:19, 13:20, 13:25
**agreed** [1] - 17:7
**agreement** [2] - 13:16, 18:14
**agrees** [1] - 20:13
**ahead** [1] - 23:22
**aligned** [8] - 4:25, 5:4, 5:8, 5:20, 6:8, 6:14, 8:2
**alignment** [2] - 14:8, 17:22
**allocation** [2] - 8:25, 9:1
**allow** [1] - 12:11
**allowed** [2] - 7:3, 12:13
**AMERICA** [3] - 1:19, 2:4, 2:5
**amount** [1] - 9:3
**Anadarko** [35] - 3:17, 4:2, 4:5, 4:6, 4:8, 4:10, 4:15, 4:24, 4:24, 5:8, 5:21, 6:1, 6:25, 7:17, 8:2, 8:3, 8:6, 8:9, 8:16, 9:15, 10:2, 10:6, 11:4, 11:8, 11:16, 12:11, 12:19, 13:4, 13:8, 14:2, 19:19, 20:19, 21:4, 23:6, 23:7
**ANADARKO** [2] - 2:12, 2:13
**Anadarko's** [2] - 6:7, 7:7
**Anadarko-only** [1] - 5:21
**AND** [1] - 2:3
**ANDREW** [1] - 2:5
**Andy** [10] - 3:14, 3:15, 11:12, 12:5, 14:15, 15:16, 18:2, 20:5, 20:13, 25:22
**Andy's** [1] - 15:6
**answer** [4] - 10:1, 10:2, 10:3
**answering** [1] - 7:19
**answers** [2] - 21:17, 23:9
**anticipate** [2] - 13:24, 20:23
**anticipated** [3] - 6:19, 17:18, 20:10
**anyway** [1] - 11:7
**APC** [1] - 6:16

**APPEARANCES** [2] - 1:17, 2:1
**apply** [1] - 20:16
**appreciate** [5] - 11:19, 17:14, 18:5, 21:10, 24:23
**appropriate** [2] - 9:2, 24:11
**APRIL** [3] - 1:6, 1:8, 3:2
**April** [2] - 17:2, 17:6
**area** [2] - 6:2, 14:13
**areas** [1] - 6:21
**argument** [1] - 26:14
**assessed** [2] - 6:16, 6:17
**assistance** [1] - 6:2
**assuming** [1] - 6:7
**assumption** [1] - 14:7
**authorized** [1] - 13:10
**available** [1] - 22:24
**AVENUE** [1] - 2:10
**avoid** [1] - 11:22
**awfully** [1] - 18:21

# B

**bad** [1] - 10:19
**ball** [1] - 23:13
**Barber** [2] - 4:5, 8:24
**Barber's** [1] - 9:13
**based** [1] - 19:16
**Bay** [1] - 4:9
**BEFORE** [1] - 1:14
**beginning** [1] - 18:22
**behalf** [1] - 18:5
**benefit** [2] - 4:5, 24:2
**best** [4] - 18:11, 21:11, 23:17, 27:19
**better** [2] - 3:23, 26:2
**beyond** [2] - 17:1, 23:2
**big** [1] - 26:13
**BINGHAM** [1] - 2:14
**bit** [3] - 5:18, 5:21, 24:6
**board** [3] - 15:10, 15:16, 19:3
**BOX** [1] - 1:22
**boy** [1] - 18:20
**BP** [30] - 2:3, 2:4, 2:4, 3:13, 4:5, 4:21, 5:2, 5:20, 6:11, 6:17, 6:18, 6:25, 7:17, 8:2, 8:3, 8:5, 8:9, 9:14, 10:1, 11:9, 11:15, 12:11, 13:4, 13:8, 15:8, 19:19, 20:19, 21:16, 25:4

**BP's** [3] - 6:6, 10:6, 23:4
**brand** [1] - 14:25
**break** [1] - 26:24
**brevity** [1] - 27:4
**bring** [2] - 6:4, 7:4
**BROCK** [1] - 2:9
**brought** [1] - 24:15
**bunch** [1] - 15:15
**burden** [1] - 25:23
**BURLING** [1] - 2:9
**BY** [7] - 1:5, 1:21, 2:5, 2:9, 2:14, 2:23, 2:23
**bye** [2] - 27:10
**bye-bye** [1] - 27:10

# C

**candid** [2] - 13:9, 13:21
**candidly** [1] - 23:4
**care** [2] - 26:15, 26:19
**case** [5] - 7:8, 7:9, 10:15, 12:12, 24:13
**cases** [1] - 10:4
**CASEY** [1] - 1:22
**catchall** [3] - 4:14, 12:24, 14:14
**categories** [1] - 24:24
**category** [1] - 25:11
**Cathy** [2] - 27:16, 27:21
**CATHY** [1] - 2:19
**cathy_Pepper@laed. uscourts.gov** [1] - 2:22
**Cathy_Pepper@laed .uscourts.gov** [1] - 27:24
**caveat** [1] - 18:7
**CCR** [2] - 2:19, 27:21
**certainly** [5] - 8:1, 21:15, 23:13, 26:2, 26:8
**CERTIFICATE** [1] - 27:15
**CERTIFIED** [1] - 2:19
**Certified** [3] - 27:16, 27:17, 27:22
**certify** [1] - 27:18
**challenges** [1] - 8:4
**CHAMBERS** [1] - 3:3
**change** [3] - 8:18, 19:5, 24:1
**changed** [2] - 16:4, 17:14
**changes** [3] - 16:3, 19:20, 22:20
**changing** [1] - 9:10

**OFFICIAL TRANSCRIPT**

**cheating** [1] - 26:14
**CHICAGO** [1] - 2:7
**Chicago** [1] - 16:19
**choosing** [1] - 7:9
**City** [1] - 4:9
**CIVIL** [1] - 1:7
**clarification** [1] - 24:1
**clarifying** [1] - 11:21
**clean** [1] - 4:11
**cleanup** [1] - 12:20
**clear** [7] - 14:3, 15:8, 16:9, 17:6, 17:11, 18:21, 24:5
**CLERK** [2] - 16:24, 26:12
**client** [1] - 15:16
**close** [1] - 25:19
**collective** [1] - 11:8
**combine** [1] - 12:16
**combined** [3] - 11:14, 12:9
**comfortable** [2] - 19:24, 20:1
**coming** [5] - 12:25, 13:2, 15:25, 18:9, 19:4
**comment** [2] - 18:5, 19:22
**comments** [2] - 9:13, 18:13
**companies** [1] - 6:20
**COMPANY** [2] - 2:4, 2:13
**company** [1] - 6:12
**compared** [1] - 25:16
**compel** [5] - 24:4, 24:21, 24:22, 24:25, 26:21
**complete** [2] - 22:16, 25:15
**completed** [1] - 25:19
**completely** [2] - 15:11, 21:10
**complicated** [1] - 22:12
**complied** [1] - 8:4
**comply** [1] - 22:22
**compressed** [2] - 21:23, 23:17
**COMPUTER** [1] - 2:23
**concerned** [2] - 21:18, 21:23
**concluded** [1] - 27:12
**confer** [6] - 4:20, 13:6, 21:20, 22:24, 24:7, 24:11
**conference** [1] - 24:12
**CONFERENCE** [1] - 1:14
**conferred** [1] - 13:4

**consistency** [2] - 19:21, 21:12
**consolidate** [3] - 24:21, 25:8, 26:4
**consolidated** [4] - 7:13, 8:11, 11:15, 11:16
**consolidation** [1] - 26:22
**contend** [1] - 8:23
**context** [1] - 5:25
**CONTINUED** [1] - 2:1
**control** [4] - 5:15, 5:25, 6:4, 12:17
**converse** [1] - 10:3
**coordinate** [1] - 4:21
**CORPORATION** [1] - 2:13
**correct** [5] - 5:14, 19:23, 20:15, 20:18, 27:18
**COUNSEL** [1] - 1:20
**course** [2] - 4:13, 18:7
**Court** [10] - 8:18, 8:24, 14:6, 21:20, 22:5, 27:17, 27:17, 27:18, 27:23, 27:23
**COURT** [3] - 1:1, 2:19, 3:6, 3:11, 3:15, 3:18, 3:25, 5:10, 5:24, 6:19, 7:21, 7:23, 9:17, 10:18, 10:25, 11:2, 11:12, 11:20, 11:24, 12:5, 12:9, 12:22, 13:12, 13:15, 13:18, 14:5, 14:11, 14:18, 14:22, 15:4, 15:23, 16:7, 16:15, 16:17, 16:25, 17:23, 18:1, 18:15, 18:18, 19:11, 20:4, 20:21, 21:3, 21:6, 22:12, 23:20, 25:21, 26:8, 26:11, 26:15, 26:19, 27:5, 27:10
**Court's** [1] - 8:5
**cover** [1] - 3:21
**COVINGTON** [1] - 2:9
**crack** [1] - 19:9
**crawling** [1] - 18:10
**CRR** [2] - 2:19, 27:21
**culpability** [1] - 4:6
**cumulativeness** [1] - 14:8
**current** [5] - 15:1, 19:5, 21:13, 22:9, 26:3
**cutoff** [2] - 18:6, 22:8
**cutting** [1] - 7:19

**D**

**D.C** [3] - 16:19, 16:20, 16:21
**date** [6] - 20:9, 20:10, 24:8, 24:14, 25:24, 26:1
**dated** [1] - 17:2
**days** [4] - 4:18, 22:9, 23:10, 23:11
**DC** [3] - 1:23, 2:10, 2:16
**de** [1] - 19:9
**deadline** [9] - 13:13, 18:12, 20:8, 22:10, 23:17, 24:3, 25:9, 25:20, 25:22
**deadlines** [2] - 22:6, 26:18
**deal** [1] - 8:3
**decide** [1] - 9:20
**deciding** [1] - 12:10
**declined** [1] - 10:7
**dedicated** [1] - 5:16
**dedicating** [1] - 6:3
**DEEPWATER** [1] - 1:5
**defendants** [5] - 4:20, 8:20, 8:25, 9:4, 14:9
**deleted** [1] - 19:9
**deletes** [1] - 20:1
**deleting** [2] - 19:2, 19:8
**deletion** [1] - 15:2
**demonstrative** [1] - 19:24
**demonstratives** [5] - 17:18, 20:8, 20:11, 20:17, 20:22
**DEPARTMENT** [1] - 1:19
**Department** [1] - 18:25
**dependent** [1] - 22:6
**deposition** [1] - 5:17
**depositions** [3] - 9:4, 10:13
**despite** [1] - 22:19
**deviation** [1] - 22:4
**difference** [1] - 22:10
**differences** [1] - 9:7
**different** [6] - 6:18, 8:13, 10:6, 14:4, 24:22, 26:21
**direction** [1] - 16:9
**directly** [1] - 8:2
**disagreement** [3] - 8:12, 8:13, 11:25
**disclaimer** [1] - 18:12
**disclosed** [1] - 13:23

**discover** [1] - 10:4
**discovery** [16] - 4:12, 5:5, 7:10, 7:19, 7:20, 8:7, 8:15, 9:3, 9:11, 10:1, 10:14, 14:16, 15:8, 22:8, 24:4, 24:23
**DISCOVERY** [1] - 1:20
**discuss** [1] - 24:6
**discussed** [1] - 13:17
**discussion** [4] - 8:1, 10:24, 13:7, 13:21
**discussions** [1] - 13:22
**disputes** [1] - 24:19
**DISTRICT** [2] - 1:1, 1:2
**District** [3] - 27:18, 27:23
**distrustful** [1] - 15:17
**diverge** [1] - 12:15
**divide** [3] - 8:22, 9:1, 11:7
**DIVISION** [1] - 1:20
**document** [2] - 18:6, 25:18
**DOCUMENT** [1] - 1:10
**dominos** [1] - 22:13
**down** [3] - 8:10, 12:25, 18:12
**draft** [5] - 11:3, 17:2, 21:24, 21:25, 23:22
**drafted** [2] - 8:15, 23:9
**drafts** [2] - 21:21, 22:9
**drawing** [3] - 15:10, 15:15, 19:3
**drives** [1] - 6:6
**drop** [1] - 21:16
**dropped** [1] - 15:9
**dropping** [1] - 14:24
**duplication** [4] - 12:23, 13:1, 14:1, 14:8
**duplications** [1] - 12:13
**duplicative** [1] - 12:12

**E**

**E&P** [1] - 2:13
**E-DISCOVERY** [1] - 1:20
**e-mail** [1] - 3:21
**early** [1] - 13:13
**easier** [2] - 21:13, 26:8
**Easter** [1] - 27:7
**Eastern** [1] - 27:18
**EASTERN** [1] - 1:2
**economic** [5] - 4:4,

4:12, 6:15, 6:17
**efficiently** [1] - 15:3
**effort** [4] - 21:11, 21:19, 23:10, 23:14
**efforts** [5] - 4:11, 5:13, 5:15, 6:6, 6:7
**eight** [2] - 10:11, 10:12
**either** [2] - 4:5, 27:8
**ELLIS** [1] - 2:5
**employees** [1] - 5:16
**Endicott** [1] - 4:10
**entire** [2] - 8:14, 22:21
**entitled** [1] - 27:19
**ENVIRONMENT** [1] - 1:20
**equally** [1] - 13:20
**equipment** [1] - 6:3
**ESQUIRE** [8] - 1:21, 1:21, 1:22, 2:5, 2:6, 2:9, 2:14, 2:15
**essentially** [3] - 9:14, 9:25, 19:4
**etcetera** [1] - 4:13
**evidence** [1] - 5:6
**exact** [2] - 7:1, 8:3
**exactly** [2] - 11:12, 22:14
**examine** [1] - 5:22
**example** [4] - 5:7, 8:22, 10:5, 25:23
**except** [3] - 4:17, 12:23, 20:25
**exchange** [1] - 20:22
**exercise** [1] - 21:14
**existing** [3] - 14:24, 19:2, 19:8
**expected** [1] - 4:21
**expert** [3] - 12:10, 12:15, 17:15
**experts** [9] - 10:11, 10:12, 12:12, 12:17, 13:7, 13:14, 13:24, 14:2
**explained** [2] - 23:2, 23:8
**EXPLORATION** [1] - 2:3
**extent** [2] - 15:23, 19:11
**extra** [1] - 5:21

**F**

**fact** [9] - 9:6, 14:1, 15:12, 19:17, 21:25, 22:19, 23:14, 24:12, 24:14
**factor** [3] - 8:12, 9:6,

3

14:3
**factors** [5] - 6:24,
6:25, 7:8, 8:2, 14:10
**fair** [2] - 9:2, 10:10
**fairly** [1] - 14:14
**faith** [1] - 10:19
**far** - 16:17
**father** [2] - 27:3, 27:5
**favor** [1] - 17:14
**few** [3] - 4:18, 22:9,
23:11
**file** [3] - 25:13, 26:1,
26:2
**filed** [2] - 24:9, 25:24
**filing** [1] - 26:20
**final** [5] - 17:8, 21:22,
22:1, 25:6, 25:9
**finalize** [1] - 22:9
**financial** [3] - 7:14,
12:15, 14:4
**financials** [3] - 8:11,
11:15, 11:17
**finish** [1] - 18:1
**first** [5] - 3:20, 4:15,
20:13, 22:17, 23:4
**fit** [2] - 11:7, 11:14
**five** [1] - 27:1
**following** [2] - 4:17,
16:19
**footnote** [3] - 20:2,
20:4
**Footnote** [1] - 11:4
**FOR** [4] - 1:19, 1:20,
2:3, 2:12
**foregoing** [1] - 27:18
**forthright** [1] - 13:22
**forward** [3] - 14:25,
15:3, 22:25
**four** [1] - 23:10
**frank** [1] - 13:8
**frankly** [1] - 24:4
**full** [1] - 6:3

## G

**general** [2] - 14:14,
19:20
**given** [1] - 21:18
**Grangemouth** [1] -
4:10
**great** [2] - 6:9, 6:10
**guarantee** [1] - 15:2
**guess** [3] - 3:20,
18:25, 19:24
**guidance** [1] - 25:25
**GULF** [1] - 1:6
**gut** [1] - 9:18
**guys** [6] - 3:6, 9:22,
17:1, 19:11, 20:21,

23:21

## H

**half** [2] - 7:9, 7:19
**handled** [1] - 7:2
**hard** [2] - 16:18, 20:9
**HARIKLIA** [1] - 2:6
**HB406** [1] - 2:20
**hear** [3] - 5:10, 16:25,
21:10
**HEARD** [1] - 1:14
**heard** [1] - 18:16
**hearing** [1] - 20:12
**hell** [1] - 16:15
**helped** [1] - 13:22
**helpful** [3] - 16:2,
16:5, 19:13
**hereby** [1] - 27:18
**hiding** [1] - 23:13
**highlight** [2] - 16:4,
21:11
**HIMMELHOCH** [15] -
1:21, 3:8, 3:23, 15:6,
16:6, 19:14, 20:8,
20:16, 20:24, 22:15,
24:17, 26:4, 26:10,
26:17, 27:3
**Himmelhoch** [1] - 3:9
**himself** [1] - 9:19
**history** [1] - 22:21
**hold** [2] - 10:21, 18:1
**holiday** [1] - 27:7
**home** [1] - 6:6
**honestly** [1] - 10:16
**Honor** [32] - 3:8, 3:12,
3:14, 3:16, 4:16,
5:14, 6:5, 6:13, 6:24,
7:22, 9:12, 9:23,
10:10, 11:1, 12:1,
13:3, 13:19, 14:15,
16:6, 17:9, 17:24,
18:16, 19:14, 19:22,
21:5, 21:8, 22:15,
23:2, 23:25, 24:18,
26:10, 27:9
**honor** [3] - 15:17,
16:6, 19:15
**HONORABLE** [1] -
1:14
**hope** [4] - 10:19,
23:24, 24:12, 27:6
**hopefully** [2] - 13:25,
24:25
**hoping** [1] - 12:16
**HORIZON** [1] - 1:5

## I

**ice** [1] - 16:23
**identified** [1] - 14:2
**identify** [1] - 19:19
**IL** [1] - 2:7
**impact** [4] - 6:15,
6:17, 14:4
**implement** [1] - 15:2
**implementing** [1] -
14:23
**importantly** [1] - 19:1
**impression** [1] - 10:20
**IN** [3] - 1:5, 1:6, 3:3
**INC** [2] - 2:3, 2:5
**incident** [1] - 4:8
**including** [1] - 6:2
**incorrect** [2] - 12:19,
12:21
**information** [2] - 5:21,
6:22
**instructed** [1] - 13:9
**intend** [1] - 15:10
**interested** [2] - 25:4,
25:5
**interrogatories** [6] -
8:17, 10:2, 11:11,
14:20, 21:10, 22:18
**interrogatory** [1] -
15:24
**interrupt** [1] - 13:5
**involve** [1] - 14:23
**involved** [3] - 4:8,
4:10, 4:15
**Island** [1] - 4:10
**issue** [8] - 4:6, 12:11,
16:11, 17:3, 17:13,
22:16, 24:10, 25:23
**issues** [1] - 24:15

## J

**January** [1] - 20:10
**Jeezum** [2] - 16:24,
16:25
**joint** [5] - 4:22, 5:1,
5:6, 5:7, 5:9
**JUDGE** [1] - 1:15
**Judge** [3] - 4:5, 8:24,
9:13
**Judge's** [1] - 15:17
**Justice** [1] - 18:25
**justice** [2] - 4:14,
12:24
**JUSTICE** [1] - 1:19

## K

**Kari** [6] - 3:12, 7:23,
13:19, 19:23, 20:20,
21:8
**KARIS** [10] - 2:6, 3:12,
7:22, 7:24, 12:6,
13:19, 14:6, 21:8,
22:14, 23:2
**Karis** [1] - 3:12
**keep** [3] - 15:1, 26:3,
26:24
**keeping** [1] - 15:9
**kids** [1] - 27:6
**kind** [2] - 13:16, 24:14
**kindly** [1] - 16:21
**KIRBY** [8] - 2:14, 3:16,
5:14, 5:25, 6:13,
6:21, 12:21, 21:5
**Kirby** [1] - 3:16
**KIRKLAND** [1] - 2:5
**Kirkland** [3] - 3:13,
16:21
**KY** [1] - 2:14
**Ky** [4] - 3:16, 5:10,
6:10, 12:19

## L

**LA** [1] - 2:21
**LANGAN** [18] - 2:5,
3:14, 11:10, 12:1,
14:15, 14:19, 14:23,
17:22, 17:24, 18:3,
18:16, 18:19, 19:22,
20:6, 20:15, 20:18,
23:25, 27:9
**Langan** [1] - 3:14
**largely** [2] - 5:20,
14:12
**LASALLE** [1] - 2:6
**last** [4] - 3:21, 18:4,
21:19, 26:1
**LAW** [2] - 16:24, 26:12
**least** [1] - 26:5
**leave** [2] - 14:16,
20:25
**leaves** [2] - 9:25,
18:20
**leaving** [1] - 7:19
**letting** [1] - 19:3
**Liberty** [1] - 26:13
**light** [1] - 15:12
**limit** [1] - 12:1
**limitation** [1] - 26:25
**limitations** [2] - 26:13,
26:15, 26:20
**limited** [2] - 12:3,

20:13
**limits** [1] - 26:14
**line** [1] - 3:7
**link** [1] - 15:18
**listening** [1] - 3:10
**LITIGATION** [1] - 1:20
**lives** [1] - 21:13
**long-winded** [1] -
22:10
**look** [5] - 9:22, 15:23,
17:8, 23:5, 25:2
**looking** [3] - 11:3,
15:19, 18:10
**looks** [1] - 22:4
**LOTTERMAN** [1] -
2:15
**Lotterman** [1] - 3:17
**Louisiana** [2] - 27:17,
27:18
**LOUISIANA** [1] - 1:2,
1:8
**LP** [1] - 2:14

## M

**MAGISTRATE** [1] -
1:15
**mail** [1] - 3:21
**man** [1] - 27:5
**matter** [6] - 6:24, 6:25,
7:12, 16:10, 19:5,
27:19
**matters** [4] - 14:14,
10:5, 12:24, 13:24
**MCCUTCHEN** [1] -
2:14
**mean** [6] - 5:25, 7:12,
10:10, 18:21, 26:21
**MECHANICAL** [1] -
2:23
**meet** [8] - 4:20, 13:6,
18:8, 21:20, 22:24,
22:25, 24:6, 24:11
**memo** [1] - 26:23
**mentioned** [1] - 6:24
**Merit** [2] - 27:17,
27:22
**MERIT** [1] - 2:20
**met** [2] - 13:4, 21:21
**MEXICO** [1] - 1:6
**Michael** [1] - 16:25
**might** [7] - 4:17, 5:3,
6:13, 7:25, 13:7,
16:18, 18:9
**Mike** [2] - 10:22, 26:11
**mind** [1] - 22:21
**minimize** [1] - 4:11
**minute** [1] - 10:22
**minutes** [1] - 5:22

misinterpreted [1] - 22:17
misleading [1] - 5:3
mistake [2] - 11:23, 11:24
misunderstanding [1] - 7:11
mitigation [4] - 5:8, 5:13, 6:7, 12:16
Monday [1] - 22:23
mood [1] - 16:16
morning [3] - 3:8, 3:12, 3:16
most [2] - 5:16, 12:23
motion [5] - 24:4, 25:9, 25:19, 26:5, 26:7
motions [7] - 24:8, 24:21, 24:22, 24:24, 25:22, 26:21, 27:1
move [3] - 15:3, 18:23, 24:12
MR [36] - 3:14, 3:16, 4:16, 6:5, 6:23, 9:12, 9:23, 11:1, 11:10, 11:18, 11:21, 12:1, 12:7, 13:3, 13:13, 13:16, 14:12, 14:15, 14:19, 14:23, 16:8, 16:16, 16:20, 17:9, 17:22, 17:24, 18:3, 18:4, 18:16, 18:19, 19:22, 20:6, 20:15, 20:18, 23:25, 27:9
MS [29] - 3:8, 3:12, 3:23, 5:14, 5:25, 6:13, 6:21, 7:22, 7:24, 12:6, 12:21, 13:19, 14:6, 15:6, 16:6, 19:14, 20:8, 20:16, 20:24, 21:5, 21:8, 22:14, 22:15, 23:2, 24:17, 26:4, 26:10, 26:17, 27:3
mushing [1] - 19:3

**N**

narrowing [1] - 25:16
NATURAL [1] - 1:20
necessary [1] - 21:17
need [6] - 9:1, 12:2, 22:2, 22:20, 23:18, 23:23
needed [2] - 24:25, 25:1
needle [1] - 18:23
needs [1] - 24:10
new [2] - 14:25, 19:9

NEW [2] - 1:8, 2:21
next [2] - 23:23
nine [1] - 6:25
NO [1] - 1:7
nonetheless [1] - 18:23
NORTH [1] - 2:5
note [2] - 14:21, 22:15
notice [1] - 18:9
noticed [1] - 23:15
notices [1] - 8:15
novo [1] - 19:9
number [7] - 9:4, 11:8, 11:19, 13:9, 15:19, 17:15, 19:10
numbered [1] - 27:19
numbering [1] - 15:1
numbers [4] - 7:1, 13:10, 13:14, 16:9
NW [2] - 2:10, 2:15

**O**

O'Rourke [3] - 3:9, 4:16, 17:9
O'ROURKE [19] - 1:21, 4:16, 6:5, 6:23, 9:12, 9:23, 11:1, 11:18, 11:21, 12:7, 13:3, 13:13, 13:16, 14:12, 16:8, 16:16, 16:20, 17:9, 18:4
object [4] - 17:13, 17:15, 17:18, 17:21
objected [1] - 17:11
objecting [1] - 17:17
objection [2] - 18:25, 21:4
objections [2] - 18:2, 18:4
obviously [4] - 6:15, 6:18, 6:19, 12:14
occurred [1] - 23:15
OF [5] - 1:2, 1:6, 1:14, 1:19
off-the-record [1] - 10:24
offering [3] - 6:2
OFFICE [1] - 1:22
Official [2] - 27:17, 27:23
OFFICIAL [1] - 2:19
OIL [2] - 1:5, 1:5
ON [1] - 1:6
one [31] - 4:25, 5:5, 6:7, 6:9, 6:12, 6:14, 7:14, 7:16, 8:12, 8:25, 9:1, 9:6, 10:7, 11:16, 14:13, 14:17,

14:24, 14:25, 17:22, 17:25, 18:16, 18:20, 21:9, 22:11, 23:25, 25:2, 25:3, 25:4, 26:21, 26:23
ones [1] - 25:14
opening [3] - 20:9, 20:14, 20:22
openings [1] - 20:23
operate [1] - 25:25
opposed [4] - 9:8, 11:8, 19:2, 19:9
order [1] - 8:5
Order [6] - 17:5, 18:21, 22:18, 22:22, 24:1, 24:3
ordered [2] - 9:9, 25:18
original [1] - 15:19
originally [1] - 23:11
ORLEANS [2] - 1:8, 2:21
otherwise [2] - 20:2, 20:9
ourselves [2] - 9:2, 22:24
outlined [1] - 14:21
outside [2] - 24:8, 25:24
overlap [1] - 14:13
overruled [1] - 17:12
overwrought [1] - 19:6

**P**

P.L.C [1] - 2:4
P.M [1] - 1:8
p.m [1] - 27:11
page [5] - 26:12, 26:14, 26:15, 26:19, 26:25
pages [2] - 26:23, 27:1
paragraph [1] - 20:24
part [2] - 5:17, 20:1
participant [2] - 5:12, 5:15
participate [1] - 12:20
parties [7] - 8:12, 14:9, 16:12, 16:13, 20:22, 24:16
party [5] - 4:3, 4:19, 5:5, 7:6, 24:11
Passover [1] - 27:7
past [1] - 8:1
Pat [1] - 3:21
path [1] - 8:10
PATRICK [1] - 1:22
pay [1] - 4:13

payback [1] - 16:22
penalty [4] - 4:7, 6:16, 6:17, 8:21
PENNSYLVANIA [1] - 2:10
people [3] - 6:3, 16:21, 26:21
Pepper [3] - 27:16, 27:21, 27:21
PEPPER [1] - 2:19
per [16] - 3:22, 4:19, 4:20, 6:12, 7:16, 7:18, 10:9, 10:10, 12:3, 13:7, 15:13, 16:10, 17:13, 18:21, 18:22, 18:24
perhaps [1] - 21:22
period [3] - 6:3, 20:23, 24:23
Petes [2] - 16:24, 16:25
PETROLEUM [1] - 2:13
Phase [2] - 5:18, 17:19
phrase [2] - 15:22, 21:1
pike [1] - 12:25
place [1] - 8:18
point [12] - 6:6, 8:19, 9:12, 10:23, 12:10, 14:2, 17:25, 21:9, 22:2, 23:3, 24:1, 24:20
pointed [1] - 25:22
pool [4] - 15:20, 15:21, 19:17
pops [1] - 24:10
positions [2] - 8:13, 14:4
possible [4] - 14:8, 15:24, 16:2, 25:20
post [1] - 4:11
POST [1] - 1:22
POYDRAS [1] - 2:20
practical [1] - 19:5
practically [1] - 19:1
preclude [1] - 24:9
prepare [1] - 7:9
presented [1] - 8:4
pretrial [1] - 25:22
previously [1] - 21:15
procedural [1] - 7:12
proceed [1] - 14:20
proceeding [2] - 14:7, 23:16
PROCEEDINGS [3] - 1:14, 2:23, 3:1
proceedings [2] - 10:23, 27:11, 27:19

process [1] - 8:14
produce [3] - 7:13, 11:15, 11:16
PRODUCED [1] - 2:23
PRODUCTION [2] - 2:3, 2:4
production [5] - 7:13, 11:10, 21:9, 25:2, 25:18
productions [1] - 18:6
promised [1] - 25:12
prompt [1] - 24:10
proof [1] - 25:23
proposal [2] - 15:7, 20:1, 20:12
proposals [1] - 19:21
propose [1] - 13:14
provide [1] - 15:7
provided [1] - 25:7
Provides [1] - 20:9
Prudhoe [1] - 4:9
put [6] - 4:22, 5:7, 8:18, 18:11, 21:6, 23:9
putting [1] - 18:12

**Q**

questions [2] - 7:15, 7:18
quickly [1] - 22:25
quite [3] - 15:7, 25:3, 25:5

**R**

raise [2] - 17:25, 21:9
raised [4] - 22:5, 22:16, 23:3
RE [1] - 1:5
reach [1] - 12:17
reaction [1] - 9:18
read [1] - 18:20
reading [1] - 26:5
ready [3] - 9:20, 21:20, 26:2
realized [1] - 23:12
really [4] - 4:2, 6:21, 7:19, 26:22
Realtime [2] - 27:16, 27:22
REALTIME [1] - 2:19
reason [2] - 8:20, 10:8
reasonably [1] - 20:23
reasons [1] - 26:22
received [2] - 23:11, 23:12
receiving [1] - 24:22

**recent** [1] - 16:19
**recognize** [3] - 22:5, 24:23, 27:3
**recognizing** [1] - 24:18
**record** [3] - 10:24, 22:16, 27:19
**RECORDED** [1] - 2:23
**redline** [2] - 16:2, 16:3
**redlined** [1] - 15:8
**refer** [1] - 15:24
**regime** [2] - 18:24, 19:5
**Registered** [1] - 27:16
**registered** [1] - 27:22
**REGISTERED** [1] - 2:20
**reinvent** [1] - 16:1
**related** [1] - 14:13
**RELATES** [1] - 1:10
**relief** [1] - 18:10
**Remember** [1] - 26:13
**remember** [1] - 4:18
**REPORTER** [3] - 2:19, 2:19, 2:20
**Reporter** [7] - 27:16, 27:17, 27:17, 27:22, 27:22, 27:23
**REPORTER'S** [1] - 27:15
**reports** [1] - 17:16
**request** [7] - 7:13, 15:25, 16:6, 21:9, 25:2, 25:15, 25:16
**requester** [1] - 25:17
**requests** [13] - 8:6, 8:9, 11:10, 15:8, 15:12, 15:22, 19:15, 21:12, 22:1, 22:23, 23:5, 23:6
**require** [4] - 4:14, 12:24, 23:7, 23:19
**required** [1] - 26:4
**reread** [1] - 9:17
**resistance** [1] - 25:15
**resisting** [2] - 25:3, 25:5
**resolution** [2] - 24:11, 25:19
**resolved** [1] - 25:17
**RESOURCES** [1] - 1:20
**respect** [5] - 10:5, 14:4, 14:9, 19:15, 22:18
**respects** [1] - 8:16
**respond** [3] - 7:17, 21:19
**responding** [3] - 10:1, 21:14, 23:14

**response** [1] - 25:7
**responses** [5] - 4:22, 21:25, 25:6, 25:9, 25:12
**rest** [1] - 20:24
**result** [1] - 24:19
**revise** [2] - 21:16, 21:21
**revised** [5] - 21:9, 21:24, 22:4, 22:23, 23:22
**revision** [1] - 21:7
**revisions** [1] - 17:4
**RFAs** [6] - 8:17, 12:2, 12:3, 14:20, 21:10, 22:19
**RFP** [2] - 15:24, 25:8
**RFPs** [8] - 7:6, 8:17, 10:2, 14:20, 19:15, 21:15, 22:18
**RIG** [1] - 1:5
**rights** [1] - 24:19
**ripe** [4] - 24:15, 25:14, 26:2, 26:6
**RMR** [2] - 2:19, 27:21
**ROBERT** [1] - 1:7
**role** [1] - 19:24
**ROOM** [1] - 2:20
**rounds** [1] - 17:15
**rule** [6] - 9:16, 10:14, 15:18, 17:19, 20:16, 21:2
**Rule** [1] - 18:19
**ruled** [1] - 4:5
**rules** [3] - 8:17, 8:19, 9:10

## S

**s/Cathy** [1] - 27:21
**SALLY** [1] - 1:14
**Sara** [1] - 24:16
**SARAH** [1] - 1:21
**Sarah** [6] - 3:9, 3:21, 15:23, 21:11, 23:2, 26:9
**schedule** [4] - 18:13, 23:17, 23:23, 26:3
**scope** [1] - 25:16
**second** [1] - 20:6
**see** [8] - 4:2, 9:24, 11:7, 11:14, 15:25, 22:3, 22:4, 24:24
**seeking** [1] - 8:21
**seem** [4] - 4:17, 8:18, 9:2, 9:9, 17:19
**sees** [1] - 8:25
**SENIOR** [1] - 1:20
**separate** [3] - 4:3,

6:20, 6:22
**serious** [1] - 4:4
**serve** [4] - 9:3, 21:22, 22:1, 22:23
**served** [6] - 15:1, 19:21, 21:16, 23:5, 23:6, 25:10
**set** [6] - 15:8, 20:13, 22:4, 22:12, 23:7, 26:25
**sets** [1] - 14:25
**seven** [1] - 7:1
**several** [1] - 10:6
**shall** [1] - 20:22
**ships** [1] - 6:2
**short** [1] - 18:5
**shortly** [1] - 25:9
**showing** [1] - 19:8
**SHUSHAN** [1] - 1:14
**side** [18] - 3:22, 4:20, 7:16, 7:18, 7:20, 10:9, 10:11, 12:4, 12:12, 13:7, 15:13, 16:11, 17:13, 18:21, 18:22, 18:24, 20:20, 23:4
**significant** [2] - 9:6, 25:16
**significantly** [2] - 25:3, 25:5
**single** [2] - 14:3, 25:8
**six** [1] - 4:15
**slides** [2] - 20:14, 20:22
**slightly** [1] - 15:12
**slow** [1] - 27:1
**smush** [1] - 15:14
**snow** [1] - 16:23
**snowed** [1] - 16:22
**sometime** [1] - 25:9
**sorry** [2] - 14:16, 23:25
**sort** [3] - 5:6, 19:9, 24:24
**soul** [1] - 27:4
**sounds** [2] - 14:19, 15:4
**source** [2] - 5:15, 5:25
**speaking** [3] - 3:10, 5:5, 19:1
**specific** [2] - 13:23, 15:6
**spill** [1] - 4:11
**SPILL** [1] - 1:5
**spirit** [3] - 15:17, 19:15, 19:20
**split** [2] - 10:12, 10:13
**splitting** [1] - 8:15
**spoken** [2] - 8:24, 15:5

**start** [4] - 4:1, 13:6, 17:5, 24:20
**state** [1] - 7:25
**State** [1] - 27:17
**statement** [1] - 9:19
**statements** [1] - 7:14
**STATES** [3] - 1:1, 1:15, 1:19
**States** [3] - 5:19, 27:17, 27:23
**STATUS** [1] - 1:14
**stays** [1] - 20:25
**STENOGRAPHY** [1] - 2:23
**step** [1] - 14:25
**steps** [1] - 14:25
**Steve** [14] - 3:9, 3:23, 3:25, 4:16, 8:10, 9:17, 10:18, 10:25, 13:3, 13:20, 13:25, 17:9, 18:1, 24:16
**STEVEN** [1] - 1:21
**stick** [1] - 17:20
**still** [1] - 24:4
**stipulated** [2] - 4:7, 5:12
**stipulations** [1] - 12:17
**stop** [1] - 3:25
**STREET** [2] - 2:15, 2:20
**stuff** [3] - 6:10, 18:19, 19:3
**subject** [4] - 5:17, 5:20, 13:23, 14:2
**subjects** [1] - 14:1
**subparts** [1] - 9:7
**sufficient** [1] - 21:24
**suggest** [1] - 8:8
**suggesting** [4] - 10:18, 15:14, 22:2, 23:18
**summary** [1] - 6:1
**supposed** [5] - 7:2, 7:6, 9:10, 10:16, 21:21
**system** [1] - 15:1

## T

**talks** [2] - 20:2, 24:3
**tea** [2] - 9:25, 18:20
**team** [1] - 5:16
**TELEPHONE** [1] - 1:14
**ten** [3] - 10:13, 26:20
**testifying** [1] - 13:24
**testimony** [1] - 5:17
**Texas** [1] - 4:9

**THE** [57] - 1:5, 1:6, 1:14, 1:19, 3:6, 3:11, 3:15, 3:18, 3:25, 5:10, 5:24, 6:19, 7:21, 7:23, 9:17, 10:18, 10:25, 11:2, 11:12, 11:20, 11:24, 12:5, 12:9, 12:22, 13:12, 13:15, 13:18, 14:5, 14:11, 14:18, 14:22, 15:4, 15:23, 16:7, 16:15, 16:17, 16:24, 16:25, 17:23, 18:1, 18:15, 18:18, 19:11, 20:4, 20:21, 21:3, 21:6, 22:12, 23:20, 25:21, 26:8, 26:11, 26:12, 26:15, 26:19, 27:5, 27:10
**thinking** [2] - 4:1, 25:14
**THIS** [1] - 1:10
**THOMAS** [1] - 2:15
**three** [2] - 18:4, 26:6
**throughout** [3] - 24:22, 26:16, 26:20
**THURSDAY** [2] - 1:8, 3:2
**tight** [2] - 19:12, 22:7
**timeframe** [1] - 25:13
**timeline** [1] - 19:12
**TO** [1] - 1:10
**today** [4] - 16:16, 17:5, 17:14, 27:8
**together** [3] - 15:15, 19:4, 23:10
**Tom** [1] - 3:17
**tomorrow** [1] - 27:8
**took** [4] - 6:4, 21:19, 23:5, 23:7
**topic** [5] - 4:25, 6:12, 6:14, 14:14
**topics** [13] - 4:22, 5:1, 6:25, 7:2, 8:16, 11:4, 12:23, 14:13, 16:14, 19:2, 19:4, 19:8, 19:16
**total** [3] - 11:6, 12:7, 15:13
**totally** [1] - 15:9
**tough** [1] - 16:17
**track** [1] - 26:3
**TRANSCRIPT** [2] - 1:14, 2:23
**transcript** [1] - 27:18
**trial** [7] - 7:4, 8:22, 9:13, 9:19, 9:21, 20:2, 20:10
**tried** [1] - 10:7
**trip** [1] - 16:19

**OFFICIAL TRANSCRIPT**

**true** [3] - 14:12, 23:3, 27:18
**try** [3] - 15:18, 18:10, 26:24
**trying** [2] - 23:17, 24:21
**turns** [2] - 4:24, 16:12
**tweaks** [3] - 17:2, 17:10, 19:16
**twice** [7] - 7:20, 8:9, 9:3, 9:4, 9:14, 9:15, 10:1
**two** [14] - 6:21, 7:14, 7:18, 11:4, 11:17, 11:22, 14:25, 16:12, 16:13, 18:17, 24:24, 24:25

## U

**U.S** [9] - 1:19, 3:9, 8:8, 8:21, 8:25, 9:3, 18:5, 21:25, 25:3
**under** [3] - 6:4, 23:16, 25:25
**undergone** [1] - 23:14
**Understood** [1] - 26:10
**understood** [3] - 5:11, 9:15, 24:20
**underway** [1] - 9:11
**unfair** [5] - 8:8, 9:9, 9:24, 9:25, 10:8
**unique** [2] - 6:16, 6:17
**United** [3] - 5:19, 27:17, 27:23
**UNITED** [3] - 1:1, 1:15, 1:19
**universally** [2] - 20:17, 21:2
**unless** [1] - 7:11
**up** [12] - 3:20, 4:11, 4:22, 5:7, 8:5, 11:7, 16:12, 18:1, 19:4, 24:10, 26:24, 27:2

## V

**various** [1] - 24:15
**versions** [1] - 21:22
**view** [2] - 4:15, 4:17
**violate** [1] - 19:20
**violation** [1] - 4:4
**violations** [1] - 4:9

## W

**wait** [1] - 22:3

**wants** [1] - 25:17
**warrants** [1] - 9:8
**WASHINGTON** [3] - 1:23, 2:10, 2:16
**ways** [1] - 5:8
**week** [2] - 23:23, 23:24
**weekend** [1] - 27:7
**wheel** [1] - 16:1
**WHEREUPON** [2] - 10:23, 27:11
**whole** [2] - 13:1, 15:15
**willing** [1] - 15:7
**winded** [1] - 22:10
**winter** [1] - 16:21
**wise** [1] - 27:5
**wit** [1] - 27:4
**witness** [5] - 5:2, 5:7, 5:9, 6:9, 6:12
**witnesses** [3] - 4:22, 20:17, 21:2
**words** [3] - 14:24, 20:3, 24:10
**works** [1] - 24:5
**written** [3] - 14:16, 25:6, 25:12

## Y

**yesterday** [9] - 13:4, 13:6, 15:5, 16:23, 19:25, 22:17, 23:3, 23:4, 24:7
**yourself** [1] - 5:3

## "

**"MIKE"** [1] - 2:9