IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig) "Deepwater Horizon" In the Gulf of Mexico. On April 20, 2010 | ) ) ) | MDL 2179 SECTION J |
| This document relates to: No. 12-970, Bon Secour Fisheries, Inc., et al v. BP | ) ) ) | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| And All Actions | ) ) | |

**NOTICE OF APPEAL OF ROCON, INC.TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT FROM ORDER OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

Notice is hereby given that Rocon, Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from Order (12598) dated March 26, 2014, denying Rocon, Inc.'s Motion to Confirm Arbitration Award and Order Payment (Doc. 12103). This Notice of Appeal is made pursuant to Section 16 of the Federal Arbitration Act, 9 U.S.C.S. §16 and applicable federal rules.

s/E. J. Saad
E. J. SAAD (AL861451)
ejsaad@ejsaadlaw.com

s/ Matthew Andrews
MATTHEW ANDREWS (AL167247)
mandrews@ejsaadlaw.com
ATTORNEYS FOR ROCON, INC.

OF COUNSEL:
E. J. SAAD LAW FIRM
6207 COTTAGE HILL ROAD, SUITE G
MOBILE, ALABAMA 36609
PHONE: 251-660-0888
Fax: 251-660-0777

S/Frederick T. Kuykendall, III
FREDERICK T. KUYKENDALL, III
ftkuykendall@yahoo.com
ATTORNEY FOR ROCON, INC.

OF COUNSEL:
KUYKENDALL & ASSOCIATES, LLC
AL Bar No.: ASB4462A59F
Federal Bar No.: KUYKF4462
P.O. Box 2129
Fairhope, Alabama 36533
Phone: (251) 928-4008
Fax: (251) 928-2151

                         *s/James M. Garner*
                         James M. Garner (Bar No. 19589)

                         *s/ Martha Y. Curtis*
                         Martha Y. Curtis (Bar No. 20446)

                         *s/Kevin M. McGlone*
                         Kevin M. McGlone (Bar No. 28145)
                         ATTORNEYS FOR ROCON, INC.

OF COUNSEL:
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, LA 70112
Phone: (504) 299-2133
Fax: (504) 299-2333
jgarner@SHERGARNER.com
mcurtis@SHERGARNER.com
kmcglone@SHERGARNER.com