IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig) | | |
| "Deepwater Horizon" ) | | MDL 2179 |
| In the Gulf of Mexico. ) | | SECTION J |
| On April 20, 2010 ) | | |
| | ) | |
| This document relates to: ) | | JUDGE BARBIER |
| No. 12-970, Bon Secour ) | | |
| Fisheries, Inc., et al v. BP ) | | MAG. JUDGE SHUSHAN |
| | ) | |
| And All Actions ) | | |

## NOTICE OF APPEAL OF CLAIMANT 100089377 TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT FROM ORDER OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

Notice is hereby given that Claimant 100089377, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from Order (12594) dated March 26, 2014, denying Claimant 10089377's Motion to Confirm Arbitration Award and Order Payment (Doc. 12556). This Notice of Appeal is made pursuant to Section 16 of the Federal Arbitration Act, 9 U.S.C.S. §16 and applicable federal rules.

s/E. J. Saad
E. J. SAAD (AL861451)
ejsaad@ejsaadlaw.com

s/ Matthew Andrews
MATTHEW ANDREWS (AL167247)
mandrews@ejsaadlaw.com
ATTORNEYS FOR CLAIMANT 100089377

OF COUNSEL:
E. J. SAAD LAW FIRM
6207 COTTAGE HILL ROAD, SUITE G
MOBILE, ALABAMA 36609
PHONE: 251-660-0888
Fax: 251-660-0777

*S/Frederick T. Kuykendall, III*
FREDERICK T. KUYKENDALL, III
ftkuykendall@yahoo.com
ATTORNEYS FOR CLAIMANT 100089377

OF COUNSEL:
KUYKENDALL & ASSOCIATES, LLC
AL Bar No.: ASB4462A59F
Federal Bar No.: KUYKF4462
P.O. Box 2129
Fairhope, Alabama 36533
Phone: (251) 928-4008
Fax: (251) 928-2151

                                                 *s/James M. Garner*
                                                 James M. Garner (Bar No. 19589)

                                                 *s/ Martha Y. Curtis*
                                                 Martha Y. Curtis (Bar No. 20446)

                                                 *s/Kevin M. McGlone*
                                                 Kevin M. McGlone (Bar No. 28145)
                                                 ATTORNEYS FOR CLAIMANT 100089377

OF COUNSEL:
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, LA 70112
Phone: (504) 299-2133
Fax: (504) 299-2333
jgarner@SHERGARNER.com
mcurtis@SHERGARNER.com
kmcglone@SHERGARNER.com