IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: Oil Spill by the Oil Rig)
        "Deepwater Horizon"      )        MDL 2179
        In the Gulf of Mexico.     )        SECTION J
        On April 20, 2010        )

This document relates to:        )        JUDGE BARBIER
No. 12-970, Bon Secour      )
Fisheries, Inc., et al v. BP     )        MAG. JUDGE SHUSHAN
                      )
And All Actions            )

## PROOF OF SERVICE

       I do hereby certify that copies of the above and foregoing Notice of Appeal filed by Claimant 100089377 have been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2014.

       RESPECTFULLY SUBMITTED.

                               s/E. J. Saad
                               E. J. SAAD (AL86145I)
                               ejsaad@ejsaadlaw.com

                               s/ Matthew Andrews
                               MATTHEW ANDREWS (AL167247)
                               mandrews@ejsaadlaw.com
                               ATTORNEYS FOR CLAIMANT 100089377

OF COUNSEL:
E. J. SAAD LAW FIRM
6207 COTTAGE HILL ROAD, SUITE G
MOBILE, ALABAMA  36609
PHONE: 251-660-0888
Fax:  251-660-0777

                               *S/Frederick T. Kuykendall, III*
                               FREDERICK T. KUYKENDALL, III
                               ftkuykendall@yahoo.com
                               ATTORNEYS FOR CLAIMANT 100089377

OF COUNSEL:
KUYKENDALL & ASSOCIATES, LLC
AL Bar No.: ASB4462A59F
Federal Bar No.: KUYKF4462
P.O. Box 2129
Fairhope, Alabama 36533
Phone: (251) 928-4008
Fax: (251) 928-2151

*s/James M. Garner*
James M. Garner (Bar No. 19589)

*s/ Martha Y. Curtis*
Martha Y. Curtis (Bar No. 20446)

*s/Kevin M. McGlone*
Kevin M. McGlone (Bar No. 28145)
ATTORNEYS FOR CLAIMANT 100089377

OF COUNSEL:
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, LA  70112
Phone: (504) 299-2133
Fax: (504) 299-2333
jgarner@SHERGARNER.com
mcurtis@SHERGARNER.com
kmcglone@SHERGARNER.com