UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" (1) |
| | JUDGE BARBIER |
| *This document relates to: 2:10-cv-01768 & 2:10-cv-02454* | MAGISTRATE JUDGE SHUSHAN |

**TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.'S
MOTION FOR LEAVE TO ANSWER THE AMENDED COMPLAINT**

Transocean Offshore Deepwater Drilling Inc. ("Transocean")[1] hereby moves for leave to file its Answer to the Amended Complaint. Transocean's Answer is attached hereto as Exhibit A.

Plaintiff, the Center for Biological Diversity ("CBD"), filed an Amended Complaint (Rec. Doc. 813), on November 26, 2010, which falls within the D1 Pleading Bundle. *See* Pretrial Order No. 11, Rec. Doc. 569 (Oct. 19, 2010). In January 2011, this Court stayed all individual complaints within the D1 Pleading Bundle until further order of the Court. *See* Pretrial Order No. 25 ("PTO 25"), Rec. Doc. 983, at ¶ 8 (Jan. 12, 2011). The Court made clear that, in light of PTO 25, Defendants could not file answers to the individual complaints that fell within the pleading bundles. *See* Rec. Doc. 1981, at 4 (Apr. 15, 2011) ("[D]efendants are precluded from filing answers or any other responsive pleadings in the individual member cases.").

---

[1] CBD's complaint also names Transocean Ltd. and Transocean Inc., but those entities take the position that the Court lacks personal jurisdiction over them, and all jurisdictional discovery and briefing with respect to that issue is stayed. See Rec. Doc. 2274; see also Rec. Doc. 1225 (Transocean Ltd.'s motion to dismiss for lack of personal jurisdiction). Therefore, Transocean Ltd. and Transocean Inc. are not answering the Amended Complaint.

1

This Court dismissed CDB's claims on June 16, 2011. *See* Rec. Doc. 2784. The Fifth Circuit affirmed the dismissal of all of the claims, except for CDB's claim for injunctive relief under the Emergency Planning and Community Right-to-Know Act ("EPCRA"), 42 U.S.C. § 11001 *et seq.*, which it remanded for further consideration. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413 (5th Cir. 2013).

Following the remand, this Court on January 6, 2014, issued an order scheduling discovery and briefing on cross-motions for summary judgment on CBD's sole remaining claim. *See* Rec. Doc. 12090. Pursuant to this scheduling order, on April 15, 2014, BP and Transocean filed motions for summary judgment, supported by a joint memorandum, *see* Rec. Docs. 12675, 12676; and CBD filed a motion for partial summary judgment against BP, but not Transocean, *see* Rec. Doc. 12673. On April 16, 2014, the Court granted BP's Motion for Leave to Answer the Amended Complaint. *See* Rec. Doc. 12680. The scheduling order does not specifically address the filing of answers in light of the stay imposed by PTO 25. Accordingly, Transocean now seeks leave to file its Answer to the Amended Complaint, which is attached to this motion. *Counsel for Defendant Transocean Offshore Deepwater Drilling Inc.*

DATED: April 22, 2014                                                  Respectfully submitted,

By: /s/ Brad D. Brian                                                  By: /s/ Steven L. Roberts
Brad D. Brian                                                          Steven L. Roberts
Michael R. Doyen                                                       Rachel Giesber Clingman
Grant Davis-Denny                                                      Sean Jordan
Daniel B. Levin                                                        SUTHERLAND ASBILL & BRENNAN LLP
MUNGER TOLLES & OLSON, LLP                                             1001 Fannin Street, Suite 3700
355 So. Grand Avenue, 35th Floor                                       Houston, TX  77002
Los Angeles, CA  90071                                                 Tel: (713) 4710-6100
Tel: (213) 683-9100                                                    Fax: (713) 354-1301
Fax: (213) 683-5180                                                    Email: steven.roberts@sutherland.com
Email: brad.brian@mto.com                                                      rachel.clingman@sutherland.com
       michael.doyen@mto.com                                                   sean.jordan@sutherland.com

2

grant.davis-denny@mto.com
daniel.levin@mto.com

By: /s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC
1100 Poydras Street, Suite 3800
New Orleans, LA 70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email: kmiller@frilot.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2014, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel of record by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

 /s/ Kerry J. Miller
Kerry J. Miller
