UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   Oil Spill by the Oil Rig          MDL No.  2179
         "Deepwater Horizon" in
         the Gulf of Mexico on             Section:  J
         April 10, 2010
                                           Judge Barbier
                                           Magistrate Shushan
This Document Relates to:
         2:12-cv-01484

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the Court upon the law firms of

KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN

& MCKEE, P.A. and SMITH STAG, LLC's Motion to Withdraw as Counsel.

The Court having read and considered argument of counsel and being

otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    That KELLEY B. STEWART, ESQUIRE, and the law

firm of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK

LIBERMAN & MCKEE, P.A. and STUART H. SMITH, ESQUIRE, and the

law firm of SMITH STAG, LLC's **Motion to Withdraw as Counsel** as to

**only** the Plaintiff listed below be and the same is hereby **granted**.

| Plaintiff | Present Address | Telephone Number |
|-----------|-----------------|------------------|
| 1.  Gary Pearce | 5 Glamboro Court Dundas, Ontario, Canada L9H 4Z2 | 905-627-9892 |

DONE AND ORDERED in Chambers, at New Orleans,

New Orleans, Louisiana this 22nd day of April, 2014.

_____
United States District Judge