UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL 2179 |
| "Deepwater Horizon "in the Gulf | SECTION "J" |
| Of Mexico, on April 20, 2010 | HONERABLE JUDGE BARBIER |
| This Document Relates To: | MAG.JUDGE SHUSHAN |
| No.13-6015, Zadeh v. Feinberg, et al. | |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 21 2014
WILLIAM W. BLEVINS
CLERK

## MOTION OF OBJECTION TO DISMISS AND FOR RECONSIDERATION

### AND

## REINSTATAMENT OF THE CLAIM AGAINST CLAIM ADMINISTRATOR FOR THE DEEPWATER HORIZON COURT SUPERVISED SETTLEMENT PROGRAM

Hereby the plaintiff NAUSSERA N.ZADEH files this motion in good faith according to the rules of the court and requests this honorable court for re- consideration and reinstatement of the claims against the deepwater horizon court settlement supervised settlement program.

The Plaintiff has been in federal bankruptcy court chapter 13 case wage earner repayment plan and has suffered financial and economic loss due to the oil spill and has not been aware of the request from this honorable court to respond to the request made by The March 14th, 2014 (Rec.Doc.12379) court order. This may be the first direct response made by this honorable court by mail to contact the Plaintiff.

The terms of the 1,033-page PSC Settlement, signed last year by BP and the Plaintiff's Steering Committee (PSC), show that the most widely reported deadline, April 22, 2014 is not a fixed date by which claims must be made.

The plaintiff shall be greatly Prejudiced due to the nature of the error may have been made and mistaken the April 22, 2014 deadline for filing an answer to the opposition to dismiss the complaint.

Therefore the plaintiff requests this honorable court for this motion be granted as an opposed to the Claim Administrator's Motion to Dismiss (Rec.Doc.11685) as timely.

RESPECTFULLY SUBMITTED:
PLAINTIFF:

NAUSSERA N.ZADEH
428 PASAJE AVE.
TARPON SPRINGS FLORIDA 34689

TENDERED FOR FILING
APR 21 2014
U.S. DISTRICT COURT
Eastern District of Louisiana

___ Fee_____
___ Process____
X  Dktd_____
___ CtRmDep___
___ Doc. No.___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 |
| | | SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 13-6015, *Zadeh v. Feinberg, et al.* | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Patrick Juneau, Claims Administrator for the Deepwater Horizon Court Supervised Settlement Program ("Settlement Program"), moved under Rule 12(b)(6) of the Federal Rules of Civil Procedure to partially dismiss the complaint filed by *pro se* Plaintiff Naussera Zadeh insofar as it asserts claims against the Claims Administrator and the Settlement Program. (Rec. Doc. 11685) The Court ordered Plaintiff Zadeh to file a response by March 14, 2014. (Rec. Doc. 12379) To date, no response has been filed. Consequently, the Court considers the motion as unopposed and submitted for decision.

Furthermore, because the grounds for dismissal under Rule 12(b)(6) appear to be met,

IT IS ORDERED that the Claims Administrator's Motion to Dismiss (Rec. Doc. 11685) is GRANTED. Plaintiff Zadeh's claims against the "Deep Water Horizon Economic Claim Center," Patrick Juneau, and/or the Deepwater Horizon Court Supervised Settlement Program are DISMISSED WITH PREJUDICE. The claims against the Gulf Coast Claims Facility and its administrator are preserved at this time.

Signed in New Orleans, Louisiana, this 7th day of April, 2014.

United States District Judge

**Note to Clerk:**

File in 10-md-2179 and 13-6015. Please Mail Service to:

Naussera N. Zadeh
428 Pasage Avenue
Tarpon Springs, Fl. 34689

2

**PRIORITY MAIL EXPRESS**
OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EP13F July 2013  OD: 12.5 x 9.5
PS10001000006

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This envelope is made from post-consumer waste. Please recycle - again.

**USPS PRIORITY MAIL EXPRESS Label**

FROM:
NAUSSERA N. ZADEH
428 passage Ave.
Tarpon Springs FL 34689

TO:
United States District Court
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA 70130
ZIP: 70130

PO ZIP Code: 34689
Date Accepted: 04/18/14
Time Accepted: 14:30
Weight: 3 lbs
Scheduled Delivery Date: 04/19/14
Scheduled Delivery Time: 4:00 PM
Postage: $19.99
Total Postage & Fees: $19.99

Tracking: EK249294945US