# THE BUZBEE LAW FIRM

*www.txattorneys.com*

Reply to: Houston Office

January 4, 2013

**Via Certified Mail:**
BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

RE:    *Potential claims related to the April 20, 2010 incident involving the Deepwater Horizon and subsequent oil spill.*

This letter is a request for consideration for final payment on behalf of my client, **Zimtex Solutions, Inc.**. Claimant suffered losses in connection with the explosion and ensuing oil spill from the Deepwater Horizon and continues to suffer from the losses sustained. The impact on the businesses and residents of the Gulf Coast States has not lessened and continues to negatively impact this plaintiff.

The following documents are attached and incorporated herein:

76. Full and Final Claim Form
77. Opt Out Form
78. Financials (Please find the attached diskette. Please immediately contact this firm if additional information is required or you contend that presentment has not been satisfied).

**I.    Claimant's Losses**

As a direct result of the explosion and spill and the following injury and destruction, **Zimtex Solutions, Inc.** suffered significant losses. Pursuant to the Oil Pollution Act of 1990 ("OPA"), Claimant is entitled to recover for these final economic losses in the amount of $5,000,000 for loss of revenues, increased expenses and costs, attorney's fees, damages, and interest.

**II.    The Deepwater Horizon Oil Spill Impacted all Tourism Related Entities**

On April 20, 2010, the Deepwater Horizon exploded causing oil to cover the Gulf of Mexico coastline. Tourism halted and all aspects of tourism and hospitality were negatively affected. A year after the Oil Spill, the long-term effects on tourism and the environment are largely unknown. We do know that questions remain with respect to the effects on marine life,

EXHIBIT

"A"

the health and safety of the water, and overall impact on tourism in the Gulf. Oil continues to wash ashore and negatively impacts potential visitors from planning trips to Gulf Coast beaches.

## III.    The Effects of the Oil Spill Will Continue for Over Ten Years

The full economic and environmental effects of the Oil Spill may take twenty or more years to determine.[1] This claim is filed to further settlement negotiations only. In the event negotiations are unsuccessful, claimant will seek maximum losses permitted under the law. Research indicates that that the effects will continue for over a decade.

BP has taken the initiative and created a $500 million fund to support a ten-year study of the Oil Spill.[2] By undertaking this monstrous task, BP has undoubtedly implied that the long-term effects will take at least ten (10) years to determine. Correspondingly, based on the Natural Resources Damages Assessment ("NRDA") ongoing study of the Exxon Valdez oil spill in Prince William Sound for the past twenty one (21) years, it is a general consensus that the effects of the Oil Spill will be felt for years to come.[3]

Scientific experts, the federal and state governments, and BP itself have all acknowledged that a study of this magnitude would take at least 20 years to complete.[4]

### The Long-Term Effects of the BP Oil Spill

#### A.    The Deepwater Horizon

On April 20, 2010, the BP *Deepwater Horizon* drilling rig exploded in the Gulf of Mexico, causing multiple deaths and injuries, and spewing 4.1 million barrels of oil into the Gulf over 87 days. [1]  It is the largest accidental maritime oil spill in the history of the petroleum industry.[2] The leak was not capped until July 15, 2010, and the well was not fully sealed until September 19, 2010.[3]  A statement by the U.S. government's joint information center estimated that, during the spill, the well was gushing approximately 62,000 barrels a day when it started leaking and about 53,000 barrels when it was finally capped on July 15.[4]  This oil spill is by far

---

[1] *See* Nikki Buskey, *Oil-Impact Study May Take 20 Years*, HOUMA TODAY, Dec. 20, 201, http://www.houmatoday.com/article/20101220/articles/101229960.
[2] *See* BP, *Three Gulf Research Institutions To Receive First Round Of $500 Million Funding*, June 15, 2010, http://www.bp.com/genericarticle.do?categoryId=2012968&contentId=7062936; BP, *BP Provides $10 Million To Support Study of Health Issues Relating To Gulf Oil Spill*, Sept. 7, 2010, http://www.bp.com/genericarticle.do?categoryId=2012968&contentId=7064912; BP, *BP And The Gulf Of Mexico Alliance Announce Implementation Of BP's $500 Million Independent Research Initiative*, Sept. 29, 2010, http://www.bp.com/genericarticle.do?categoryId=2012968&contentId=7065262.
[3] *See* Ben Raines, *Officials Discuss Federal Damage Assessment Of Deepwater Horizon Oil Spill*, PRESS-REGISTER, Nov. 12, 2010, http://blog.al.com/live/2010/11/officials_discuss_federal_dama.html.
[4] *See* Buskey, *supra* note 2.
[1] *See* Mark Chediak, *BP's Gulf Oil Leak Ranks As World's Worst Caused By An Accident*, BLOOMBERG, Aug. 3, 2010, http://www.bloomberg.com/news/2010-08-03/bp-s-gulf-of-mexico-oil-spill-ranks-as-world-s-worst-caused-by-an-accident.html.
[2] *Id.*
[3] *Id.*
[4] *Id.*

the largest in U.S. history, eclipsing the 1989 *Exxon Valdez* spill by almost twenty times.[5]  Based on prior experience with other spills, the Gulf ecosystem will require years or even decades to recover, and the economic and environmental impacts from this disaster will be felt for years.

In addition to the immediate loss of wildlife and fish, the oil spill is expected to have far-reaching insidious and detrimental consequences on the immune and reproductive systems of marine animals and plants.[6]  Oil has contaminated various aquatic spawning areas of the Gulf, harming microorganisms and plankton and impacting larvae.[7]  Failed reproductive cycles of marine life could dramatically impact their populations far into the future.[8]  Consistent with other ecological disasters such as the *Exxon Valdez* oil spill, the effects of which are still being felt to this day, the full economic and environmental effects of the oil spill may take twenty or more years to determine.[9]  On this point, scientists, BP, and public officials agree:

- Adm. Paul Zukunft, the senior Coast Guard official in charge of the day-to-day oil spill response, said, "I look at every mortality as damage to the environment . . . we still face a tremendous imaging issue with seafood. We're still working [a damages assessment] twenty-one years later in Prince William Sound, so this isn't going to be over in five years."[10]

- Steve Murawski, chief fisheries scientist for the National Oceanic and Atmospheric Administration, said, "There are some things that are starting to reveal themselves already, but it's going to take awhile for us to gain some perspective . . . This will be with us for decades for sure."[11]

- Dr. Ian MacDonald, an oceanographer who has been studying the effects of oil on the Gulf's ecology for twenty-five years, testified before Congress, "The imprint will be there in the Gulf of Mexico for the rest of my life.  It is not gone and it will not go away quickly."[12]

---

[5] *See* Susan Lyon and Daniel J. Weiss, *Oil Spills By The Numbers*, CENTER FOR AMERICAN PROGRESS, April 30, 2010, http://www.americanprogress.org/issues/2010/04/oil_numbers.html.
[6] *See* Ben Raines, *Officials Discuss Federal Damage Assessment Of Deepwater Horizon Oil Spill*, PRESS-REGISTER, Nov. 12, 2010, http://blog.al.com/live/2010/11/officials_discuss_federal_dama.html.
[7] *See* Joel K. Bourne Jr., *Why the Gulf Oil Spill Isn't Going Away*, NAT'L GEOGRAPHIC, Sept. 15, 2010, http://news.nationalgeographic.com/news/2010/09/100915-gulf-oil-spill-bp-top-kill-science-environment/.
[8] *See* Amanda Mascarelli, *Deepwater Horizon: After The Oil*, NATURE, Sept. 1, 2010, http://www.nature.com/news/2010/100901/full/467022a.html.
[9] *See, e.g.*, Nikki Buskey, *Oil-Impact Study May Take 20 Years*, DAILY COMET, Dec. 20, 2010, http://www.dailycomet.com/article/20101220/ARTICLES/101229960?Title=Oil-impact-study-may-take-20-years.; Raines, *Officials Discuss*, *supra* note 6; *Six Months After Gulf Oil Spill, Uncertainty Reigns*, CBS NEWS, Oct. 19, 2010, http://www.cbsnews.com/stories/2010/10/20/national/main6974674.shtml.; Bourne Jr., *Why The Gulf Oil Spill*, *supra* note 7; Amanda Mascarelli, *Deepwater Horizon*, *supra* note 8; Suzanne Goldenberg, *BP Oil Spill: U.S. Scientist Retracts Assurances Over Success Of Cleanup*, GUARDIAN, Aug. 19, 2010, http://www.guardian.co.uk/environment/2010/aug/19/bp-oil-spill-scientist-retracts-assurances.
[10] *See* Raines, *Officials Discuss*, *supra* note 6.
[11] *See Six Months After Gulf Oil Spill*, *supra* note 9.
[12] *See* Suzanne Goldenberg, *BP Oil Spill*, *supra* note 9.

- Even one of BP's own contractors, Mike Brewer, is of the opinion that oil will keep washing ashore in the Gulf for years to come.[13]

Due to the monumental effort needed to measure the full ecological impact of the oil spill, BP has committed to funding $500 million for a ten-year study of the oil spill.[14]   There have not been very many long-term studies conducted on the effects of oil on wildlife, thus little is known about the far-reaching consequences the BP Oil Spill will have on the Gulf.[15] However, studies of other oil spills may be utilized to reach some generalizations:[16]

1) Oil may reside in the sediments for a long time after a spill;[17]
2) Oil regularly contaminates zooplankton, benthic invertebrates, fish and other marine life;[18] and
3) Oil contamination decreases the abundance and diversity of marine life.[19]

B.     **Lessons from Prince William Sound, Buzzards Bay and Ixtoc I**

Important lessons may be learned from the profound and long-lasting impacts of three other well-known oil spills: the 1989 *Exxon Valdez* spill in Prince William Sound, Alaska, and the 1969 oil barge *The Florida* spill in Buzzards Bay, Massachusetts, and the Ixtoc I in 1979. The studies of these three disasters conducted at ten, twenty, and forty years from the dates of the spills, show continuing significant harm to the environment.

In 1989 *Exxon Valdez* spill in Prince William Sound:

In addition to acute mortality, the bigger issue was the continued impacts to wildlife due to chronic exposures, even at sublethal levels, and the unexpected persistence of toxic subsubsurface oil.[20]

- Salmon suffered increased mortality because their eggs came in contact with oil even four years after the spill;[21]

---

[13] *See* Posting of Rocky Kistner to Natural Resources Defense Council Staff Blog, *BP's Well Is Dead, But So Are The Fish,* http://switchboard.nrdc.org/blogs/rkistner/bps_well_is_dead_but_so_are_th.html (Sept. 19, 2010).
[14] *See* BP, *Three Gulf Research Institutions to Receive First Round of $500 Million Funding,* June 15, 2010, http://www.bp.com/genericarticle.do?categoryId=2012968&contentId=7062936; BP, *BP Provides $10 Million To Support Study of Health Issues Relating To Gulf Oil Spill,* Sept. 7, 2010, http://www.bp.com/genericarticle.do?categoryId=2012968&contentId=7064912; BP, *BP and the Gulf of Mexico Alliance Announce Implementation of BP's $500 Million Independent Research Initiative,* Sept. 29, 2010, http://www.bp.com/genericarticle.do?categoryId=2012968&contentId=7065262.
[15] *See* FAQs: Wildlife and the Deepwater Horizon Oil Spill, http://myfwc.com/oilspill/OilSpill_FAQs.htm (last visited Jan. 18, 2010).
[16] *See* John Teal and Robert Howarth, *Oil Spill Studies: A Review of Ecological Effects,* 8 Environmental Management 27, 27-44 (1984).
[17] *Id.*
[18] *Id.*
[19] *Id.*
[20] Peterson, et al., *Long-Term Ecosystem Response to the Exxon Valdez Oil Spill,* Review, December 19, 2003.
[21] *Id.*

- Salmon that spawned in the Sound spill demonstrated rare physical mutations for five years after the spill;[22]

- It took seven years for bald eagles to recover to pre-spill populations;[23]

- In 2001, twelve years after spill, researchers dug 9,000 pits at eighty-five sites in the Sound and more than half the sites were still contaminated with *Exxon Valdez* oil.[24]  Subsequent studies found *Valdez* oil on coastlines 450 miles away;[25]

- Twenty years after the *Valdez* spill, the populations of mussels, clams, sea otters, killer whales, Harlequin Ducks, Black Oystercatchers and Barrow's Goldeneyes were still recovering from damage done to their populations.[26] Pacific herring and pigeon guillemots were not recovering at all;[27]

- According to researcher Dr. Charles H. Peterson, Distinguished Professor of Marine Sciences at the University of North Carolina, Chapel Hill, oil still remains in surprisingly large quantities in subsurface reservoirs and under tidal sediments in Prince William Sound;[28]

- Mussel beds are still affected and it is estimated that it will take thirty years for the mussel beds to recover;[29]

- Twenty years after the spill, an assessment of the commercial fishing industry and tourism and recreation industries found that they still had not recovered.[30]

- Further, according to the Exxon Valdez Oil Spill Trustee Council's 20th Anniversary Report, the Pacific herring is one of the most ecologically and commercially important fish in Prince William Sound because it is central to the food chain for marine mammals, birds, invertebrates and other fish, and is also caught for food and bait.[31]  Since the *Valdez* disaster, the population of Pacific herring has still not rebounded and the commercial herring fishery on the Sound has been closed for thirteen of the nineteen years leading up to the publication of the 20th Anniversary Report.[32]

---

[22] *Id.*
[23] *Legacy Of An Oil Spill – 20 Years After The Exxon Valdez* (Exxon Valdez Oil Spill Trustee Council 2009), *available at* http://www.evostc.state.ak.us/Universal/Documents/Publications/20th%20Anniversary%20Report/2009%20Status%20Report%20(Low-Res).pdf.
[24] *Id.*
[25] *Id.*
[26] *Id.*
[27] *Id.*
[28] *See* Sarah Graham, *Environmental Effects of Exxon Valdez Spill Still Being Felt*, SCI. AMERICAN, Dec. 19, 2003, http://www.scientificamerican.com/article.cfm?id=environmental-effects-of.
[29] *Id.*
[30] *Id.*
[31] *See Legacy Of An Oil Spill, supra* note 21.
[32] *Id.*

In 1969, an oil barge, *The Florida*, hit rocks in Buzzards Bay off of Cape Cod near West Falmouth, Massachusetts, and spilled 200,000 gallons of oil.[33]  An environmental impact study conducted thirty-eight years after the spill tells the story of a habitat still devastated by oil contamination.[34]  The ribbed mussel population in Buzzards Bay was still plagued with slower growth rates, shorter shell lengths and a decreased population.[35]  Other studies done by the Woods Hole Oceanographic Institution show marshlands, sea grass beds and fiddler crabs are still suffering from exposure to oil pollution.  The fiddler crabs, a critical part of the ecosystem and whose burrows are necessary to aerate grasslands, have lower populations and behave erratically, which has led to a host of environmental problems.[36]  Fiddler crabs usually dig straight down and provide aeration to the indigenous grasses.[37]  Today, more than forty years later, fiddler crabs in the area of Buzzards Bay dig only a few inches deep and then dig sideways to avoid subsurface oil.[38]  They act drunk, and barely react to predators.[39]  As a result of the modified burrowing, the salt marsh grasses cannot get oxygen and erosion has become an issue,[40] Some areas are still off limits to shell fishing.[41]  Additionally, a 30-year study found significant oil residue in salt marsh sediments, and that the petroleum had degraded very little over that time, still retaining its toxicity.[42]

In Ixtoc I, 140 million gallons of oil entered the Gulf of Mexico in 1979.  Ixtoc I was an exploratory oil well being drilled by the semi-submersible drilling rig in the Bay of Campeche of the Gulf of Mexico in waters 50 meters deep.[43]  On June 3, 1979, the well suffered a blowout resulting in one of largest oil spills in history at that time.  An analysis of the effect on tourism found that the impact was thirty-six (36) months.[44]  The Texas beaches were not clear of tar balls until five (5) years later.[45]  According to one environmental advocate, the local fisherman today can still feel how the devastation continues to take a toll and impact the area.[46]

## C. Lessons from Foreign Oil Spills

[33] *See* Beth Daley, *Damage Lives On From 1969 Cape Oil Spill*, THE BOSTON GLOBE, May 21, 2010, http://www.boston.com/news/science/articles/2010/05/21/gulf_oil_spill_revives_capes_1969_nightmare/.

[34] *See* Jennifer B. Culbertson et al., Effect Of Field Exposure To 38-Year Old Residual Petroleum Hydrocarbons On Growth, Condition Index, And Filtration Rate Of The Ribbed Mussel, *Geukensia Demissa*, 154 ENVTL. POLLUTION 312, 312-319 (2008).

[35] *Id.*

[36] *See* Jennifer B. Culbertson et al., *Long-Term Biological Effects Of Petroleum Residues On Fiddler Crabs In Salt Marshes*, 54 MARINE POLLUTION BULL. 955, 955-962 (2007).

[37] *Id.*

[38] *Id.*

[39] *Id.*

[40] *Id.*

[41] *Id.*

[42] *See* Christopher Reddy et al., *The West Falmouth Oil Spill After Thirty Years: The Persistence Of Petroleum Hydrocarbons In Marsh Sediments*, 36 ENVTL. SCI. & TECH. 4754, 4754-4760 (2002).

[43] John W. Tunnell, Effects of the Ixtoc I Oil Spill on the Intertidal and subtidal infaunal populations along Lower Texas Coast Barrier Island Beaches (1981), p. 467.

[44] Tourism Economics, The Impact of the BP Oil Spill on Visitor Spending in Louisiana, p. 7. (December 2010).

[45] Adam Sacks, *Potential Impact of the Gulf Oil Spill on Tourism*, Prepared for the U.S. Travel Association, Oxford Economics, p.15.

[46] Have we Dodged a Bullet Over Gulf Oil Spill? http://articles.cnn.com/2010-12-07/opinion/cousteau.gulf.oil.spill_1_oil-spill-deepwater-horizon-ixtoc_s=PM:OPINION. (December 7, 2010).

A study conducted in 1981, three years after the *Amoco Cadiz* broke up in the English Channel, found significant lasting environmental impacts.[47]   The *Amoco Cadiz* dumped 69 million gallons of oil onto approximately 220 miles of French coastline – predominantly rocky or sandy shores, salt marshes and estuaries.[48]   The study found that of the severely affected populations of wildlife, there were both immediate and high mortality rates, and a long-term reproductive impact.[49]   The report estimates "three to six generations (five to ten years for bivalves but up to sixty years for birds) may be necessary before populations retrieve their stable age distribution."[50]   Further, some clam populations remained unstable three years after the spill, and in some places, short-lived species replaced longer-lived species in dominance of certain affected areas.[51]   The study concluded, "[T]hree years after the spill, it is still premature to decide how long it will take before populations and ecosystems reach their former or new equilibria."[52]

In 1986, at Bahia Las Minas, Panama, a coastal storage tank ruptured, spilling over 10 million gallons of oil into the Caribbean Sea.[53]   A study conducted approximately five years after the spill found significant long-term impact of the spill on coral reefs and mangrove trees, as well as the presence of oil in sedimentation.[54]   Further, the study found oil in oysters and a decline in the stomatopod (mantis shrimp) population.[55]

D.     The Unique Nature of the BP Oil Spill

The unique nature of the BP Oil Spill may be of greater concern than any other historical oil spill studied.  The fact that the *Deepwater Horizon* disaster took place in more than 5,000 feet of water separates it from the spills discussed above and other spills studied around the world.  The problem is exacerbated by how little is known about the consequences of an oil spill on deep-water marine ecosystems and how a spill may affect the marine ecology closer to the surface or shore.  What has emerged through the repeated dives by the famed Deep Submergence Vehicle *Alvin*, owned by the U.S. Navy and operated by the Woods Hole Oceanographic Institution, is that there is a thick brown substance covering large areas of the Gulf floor.[56]

The scientific community seems to agree on one fundamental point about the BP Oil Spill:  the long-term impacts on the environment, ecosystems and fisheries of the Gulf are largely unknown and that it will take a long time to know the long term effects.  Studies and resulting data from spills over the past decades demonstrate the importance of taking the long-term view concerning the future of the Gulf following this disaster of epic proportions.

---

[47] *See* G. Conan, *The Long-Term Effects Of The* Amoco Cadiz *Oil Spill*, 297 PHIL. TRANSACTIONS OF THE ROYAL SOC'Y OF LONDON 323, 323-331 (1982).
[48] *Id.*
[49] *Id.*
[50] *Id.*
[51] *Id.*
[52] *Id.*
[53] *See* LONG-TERM ASSESSMENT OF THE OIL SPILL AT BAHIA LAS MINAS, PANAMA (Brian Keller and Jeremy B.C. Jackson eds., 1993), *available at* http://invertebrates.si.edu/boemre/reports/POSP_synthesis_vol1.pdf.
[54] *Id.*
[55] *Id.*
[56] *See* Aaron Gouveia, *Scientists Treat Gulf Spill Site Like 'Crime Scene'*, CAPE COD TIMES, Dec. 20, 2010, http://www.southcoasttoday.com/apps/pbcs.dll/article?AID=/20101220/NEWS02/12200322/1018/OPINION.

E.     Economic Impacts of the BP Oil Spill

26.     The Seafood Industry

The restaurant industry has suffered tremendously due to the BP Oil Spill. As the *Times-Picayune* has noted, it has been a challenge convincing consumers outside of Louisiana to feel comfortable eating Gulf seafood, even though testing by the federal government has found Louisiana's seafood to be safe.[57]   To address this issue, Louisiana Gov. Bobby Jindal has proposed a long-term comprehensive seafood certification and marketing plan, including not only certification that the harvest is safe, but a marketing component to convey that message to the public.[58]

Since BP's well collapsed and oil began spewing into the Gulf, there have been numerous reports that diners are cautious of Louisiana seafood. "I've had guys returning shrimp left and right saying, 'If it's from the Gulf of Mexico, we don't want it'," Todd Harding, wholesale operations director for the Lobster Place in New York City, said earlier this summer.[59]

Those anxieties will not dissipate just because the *Deepwater Horizon* well is no longer leaking and some fishing grounds have reopened. After the *Exxon Valdez* spill in Alaska, Kevin Adams, a representative of that state's seafood industry, told marketing experts and seafood safety scientists in New Orleans that it took ten years to reverse the negative perceptions.[60]

Indeed, many fishermen say oil has ruined most of their crab traps, and negative opinions have swayed consumers away from what little catches they are able to obtain. "I made about $400 in the last three months with this crabbing job here at the dock with crab from the few fishermen still going out," said fisherman Emile Serigne.[61] The oystermen are also out of work because the opening of the season was delayed to give the crops more time to reproduce following the hit the crops took after the BP Oil Spill.[62] The shrimp season was shut down early because of the early cold winter.[63] With fewer fishing boats heading out to the water, other businesses are also affected, such as the companies at the dock that usually buy and sell seafood.[64] Now their locations are empty with no signs of life. "It's like after Katrina. It's like a lull . . . nothing to do," said George Barisich, the President of the United Commercial Fishermen's Association which represents more than 100 fishermen along the Gulf Coast.[65]

2.     Other Businesses Have Also Suffered

---

[57] *See* Editorial, *BP Should Fix Damage To Louisiana Seafood's Image Caused By Its Oil Spill*, TIMES-PICAYUNE, Sept. 2, 2010, http://www.nola.com/news/gulf-oil-spill/index.ssf/2010/09/bp_should_fix_damage_to_louisi.html.
[58] *Id.*
[59] *Id.*
[60] *Id.*
[61] *See* Liz Reyes, *Local Fisherman Continue To Deal With Oil Spill Aftermath*, FOX 8 NEWS, Jan. 5, 2010, http://www.fox8live.com/news/local/story/Local-fisherman-continue-to-deal-with-oil-spill/FMeDzqZtC0-OYv5SfHtOfw.cspx?rss=2085.
[62] *Id.*
[63] *Id.*
[64] *Id.*
[65] *Id.*

Numerous businesses will be adversely affected by the BP Oil Spill, such as resort owners, commercial and charter fishermen and shrimpers, coastal rental property owners, seafood wholesalers, and most tourist-related businesses.[66] Tens of thousands of Gulf Coast businesses will cease operations in the months to come. Banks that hold loans and mortgages on those businesses, as well as the loans and mortgages of the employees now thrown out of work, will suffer financial losses. Hundreds of thousands of coastal residences will be unemployed. Even local mom-and-pop shops could suffer economic losses when the surrounding coastal community's economy collapses.[67]

### F.   Public Perception

Perhaps the most difficult problem that those impacted by the oil spill have to deal with is the problem of public perception—sometimes called "brand damage."[68] Perception is reality. It really is of no significance whether oil is on the beaches of Florida if those who had intentions to travel there believe there is oil on the beaches. It is really unimportant whether Gulf seafood is safe, if those choosing to eat it do not think it is safe. The public's perception has already been measured in several studies. Notably, a survey of national respondents, that is, travelers who would normally choose the Gulf Coast for their vacation destination, was recently concluded. *Id.* In that study, almost 40 percent of respondents believed that the impact on the Gulf Region will be felt for five years or longer. *Id.* at 8. These respondents are the customers who would trade at restaurants, stay at hotels, and enjoy all of the other amenities of the Gulf Coast.

### G.   Conclusion

Scientific experts, the federal and state governments, and BP itself have all acknowledged that a study of this magnitude would take at least twenty years to complete.[69] Because such studies will not be completed in the time frame given to file for complete losses, we use a conservative projection in submitting this claim. This submission is solely for the purposes of settlement and does not waive any future claims for damages, punitive damages, interest, cost or fees.

As a result, this firm submits a conservative claim for losses. All research indicates that the effects of the Spill will extend long past 2013 and continue for more than a decade.

If additional information is required, please contact the firm immediately for requested documents.

---

[66] *See* Posting of Russell D. Longcore to Political Jungle Blog, *The Economic Effects Of The Gulf Of Mexico Oil Spill,* http://thepoliticaljungle.blogspot.com/2010/05/economic-effects-of-gulf-of-mexico-oil.html (May 14, 2010).
[67] *Id.*
[68] Adam Sacks, Potential Impact of the Gulf Oil Spill on Tourism, Prepared for the U.S. Travel Association, Oxford Economics, p.24.
[69] *See* Buskey, *supra* note 9.

Respectfully submitted,
**THE BUZBEE LAW FIRM**

By: /s/ Tony Buzbee
Anthony Buzbee

AGB/CEA/mg
Enclosure
8987

Claimant Name:    Zimtex Solutions, Inc.

Claimant SSN, TIN or EIN:    76-0560755

 bp

## BP Claims Program  - Claim Form for Individuals and Businesses

| BP Claims Program<br>P.O. Box 330919<br>Houston, TX 77233-0919 | Deepwater Horizon Incident<br>CLAIM FORM for Individuals and Businesses |
|---|---|

### INTRODUCTION & INSTRUCTIONS:

This Claim Form should be used by Individuals and businesses submitting the following types of claims related to the April 20, 2010 Deepwater Horizon Incident and subsequent oil spill (the "Spill") to the BP Claims Program:

- Property Damage to Real or Personal Property
- Lost Profits or Impairment of Earning Capacity- Individuals
- Lost Profits or Impairment of Earning Capacity- Businesses
- Removal Costs
- Subsistence Use

The BP Claims Program is separate from the Court Supervised Settlement Program (CSSP) established by the settlement reached between BP and the Plaintiffs' Steering Committee in the federal multi-district litigation concerning the Deepwater Horizon incident, MDL 2179. The BP Claims Program is for claimants who fall into the following two categories:

1) Individuals and businesses that are not class members, as defined in the settlement agreement; and

2) Individuals and businesses that are Settlement Class Members but "opt out" of the class settlement.

This form is intended for use only by individual and business claimants who fall into these two categories. For more information regarding the Settlement Class, please visit the CSSP's website at www.DeepwaterHorizonSettlements.com or call the CSSP at 1-866-992-6174.

You must include on this form all claims that you have related to the Spill. This form has separate sections covering five (5) different types of claims that may be asserted under the Oil Pollution Act of 1990 (OPA). Please complete the sections corresponding to the claims you are asserting. Please complete all of the questions in the relevant section(s) for your claim(s). Certain questions marked with an asterisk(*) must be completed in order to process your claim(s). Do not forget to sign and date the claim form on the last page.

Where indicated, please write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each page of the claim form. Should you require

Claimant Name:      Zimtex Solutions, Inc.
Claimant SSN, TIN or EIN:   76-0560755

additional space to answer questions, you may attach extra pages to this form.   Please be sure to write your name and Social Security number, Individual Taxpayer Identification Number, or Employer Identification Number on each extra page that you submit, including your supporting documentation.

Check which type of payment/settlement are you seeking from the BP Claims Program?

> Full and Final Payment/ Settlement?   ☒
> Interim Payment/Settlement?   ☐

Check below which Claim Type(s) you are submitting and follow the Instructions contained within each corresponding section:

1.  Claimant Information (Mandatory for all Claimants) -All Claimants *must* complete Section I. Individual claimants should complete Subsections I.A,I.B and I.C. Business claimants should complete Subsections I.A,I.B and I.D.

2.  ☐ **Property Damage** -Complete Section II only if you are asserting a claim for damage to real or personal property.

3.  ☐ **Loss of Profits or Impairment of Earning Capacity (Individuals)** -Complete Section III only if you are an Individual asserting a claim for lost profits or Impairment of earning capacity.

4.  ☒ **Loss of Profits or Impairment of Earning Capacity (Businesses)** - Complete Section IV only if you are a business asserting a claim for lost profits or impairment of earning capacity.

5.  ☐ **Removal Costs** -Complete Section V only if you are asserting a claim for removal costs.

6.  ☐ **Subsistence Use** -Complete Section VI only if you are asserting a claim related to subsistence use.

Once you have completed this form and attached the relevant documents requested, please mail it to BP Claims Program, P.O. Box 330919, Houston, TX 77233-0919, or email it to us in pdf format to bpclaimsprogram@bp.com or fax it to us at 1-866-542-4785.  Please keep a copy of this form and your attached documentation for your records.

I.      **Claimant Information**

*Sections I is to be completed by all Claimants.  Individual claimants should complete Subsections I.A, I.B and I.C.  Business claimants should complete Subsections I.A, I.B and I.D.*

> **A. Opt Out Claimants** *[You must complete this Section if you are a member of the Settlement Class.]*

Claimant Name:   Zimtex Solutions, Inc
Claimant SSN, TIN or EIN:   76-0560755

26. If you are a Settlement Class Member and have elected to opt out, have you filed the appropriate written request to "opt out" of the Settlement Class?   ☒ Yes   ☐ No

Please attach a copy of the written request to opt out from the Settlement Class. If you do not have a copy, please provide the date you sent the written request to opt out to the court, and any other identifying information you obtained when filing the written request:
The opt out form was filed on or before the November 1, 2012 deadline.

2. If you are a Settlement Class Member but have not filed a written request to opt out of the Settlement Class, . You are not eligible to file a claim with the BP Claims Program. Please contact the Court Supervised Settlement Program (CSSP) at 1-866-992-6174, or visit the CSSP's website at www.DeepwaterHorizonSettlements.com for further information about the opt out procedures.

**B.   Attorney Representation**

Are you represented by an attorney?   ☒ Yes   ☐ No

[You must *complete this Section if you are represented by an Attorney. If you are represented by an attorney, the BP Claims Program can communicate only with the attorney you have identified unless your attorney instructs otherwise. An attorney consent form allowing us to communicate directly with*
*you is available at www.bp.com/claims.*

| 1. *Attorney Name: | Buzbee | Anthony | G |
|---|---|---|---|
| | Last | First | Middle Initial |

2. Law Firm Name:   The Buzbee Law Firm

3. *Law Firm Address:   600 Travis, Suite 7300
                        Street

| Houston | TX | 77002 |
|---|---|---|
| City | State | Zip Code |

| Harris | USA |
|---|---|
| Parish or County | Country |

4.* Attorney Phone:   (713) 223-5393
                      Numbers Only

5 Attorney Email Address:   cadams@txattorneys.com

**C.   Individual Claimants** *[Complete this Section only if you are an individual. If you are a business claimant, skip this Subsection C and proceed to Subsection D below. However, if you are an individual that filed for business income on Schedule C, D, E or F of a Federal Income Tax return, please complete both Subsections C and D below].*

Claimant Name:     Zimtex Solutions, Inc.
Claimant SSN, TIN or EIN:   76-0560755

1. *Name

2. *Current Address:

Last                          First                                Middle Initial

Street

City                          State                                Zip Code

Parish or County              Country

3. *Home Phone:

4. Cell Phone:

5. Email Address:

6. *Date of Birth:

MM/DD/YYYY

7. *Social Security Number:
                    OR
Individual Taxpayer Identification Number

8. Other Name Used
(Maiden Name, Previous Married Name(s), Aliases):

9. *Current Employer:

Employer Name

Street

City                          State                                Zip Code

Parish or County              Country

Employer Identification Number (EIN) (From your W-2 or 1099 Form)

Other/Previous Employer:

Employer Name

Street

City                          State                                Zip Code

Parish or County              Country

Claimant Name:     Zimtex Solutions, Inc.

Claimant SSN, TIN or EIN:   76-0560755

Employer Identification Number (EIN) (From your W-2 or 1099 Form)

10   * Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National Pollution Funds Center (NPFC)?   ☐ Yes   ☐ No

If yes, please provide your BP Claim Number(s), GCCP Claim Number(s) and/or NPFC Claim Numbers(s):

Did you receive a payment from BP, the GCCF, or the NPFC?   ☐ Yes   ☐ No

If yes, please provide the amount(s) and source(s) of each payment you received:

---

D.     **Business Claimants**  *[Complete this Section only if you are a business.]*

1. *Name of Business:        Zimtex Solutions, Inc.

2. *Type of Business:        Offshore Drilling

3. *Business Address:        22 Tayside Track

Street

| Missouri City | TX | 77459 |
|---|---|---|
| City | State | Zip Code |
| | USA | |
| Parish or Country | Country | |

4. *Business Phone:

5. Website Address:

6 *Other Business Name:

7. *Name of Business on Federal Income Tax Return:   Zimtex Solutions, Inc.

8. *Employer Identification Number (EIN):
        OR                      76-0560755

If EIN is also Your Social Security Number:

Claimant Name:     Zimtex Solutions, Inc
Claimant SSN, TIN or EIN:     76-0560755

9.   Date and Place Founded/Incorporated:

10. * Person Authorized
To Act on Behalf
The Business:                                          The Buzbee Law Firm

                                                        Last                                    First

                                                        Middle

11.  *Title of Authorized                    Attorney
Representative:

12. Home Address of Authorized
Representative:

(If Different
From Business
Address)

                              600 Travis Street, Suite 7300

                              Street

                              Houston                       TX                    77002

                              City                          State                 Zip Code

                              Harris                         USA

                              Parish or County              Country

13. *Authorized Representative's Phone:        713 223-5393

14.  Authorized Representative's Cell Phone:

15. Authorized Representative's Email Address:

16. *Did you file a claim with BP, the Gulf Coast Claims Facility (GCCF), or the Coast Guard's National
Pollution Funds Center (NPFC)?        ☐Yes      ☒No

If yes, please provide your BP Claim Number(s), GCCF Claim Number(s) and/or NPFC Claim
Number(s):

Did you receive a payment from BP, the GCCF, or the NPFC?        ☐ Yes   ☐ No

If yes, please provide the amount(s) and source(s) of each payment you received:

Claimant Name:      Zimtex Solutions, Inc.
Claimant SSN, TIN or EIN:   76-0560755

II.    **Property Damage Claims**

*Complete this section if you are an individual or business asserting a claim for real or personal property damage. If you allege personal losses for the sale or rental of real property, please complete Section III. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1. \*Address Where
Property Damage
Took Place:

Street

City                        State                    Zip Code

Parish or County

2. \*Provide a detailed description of the real (including Parcel Number or legal description) and/or personal property and the nature of the damage:

3. \*Explain your interest in the real or personal property: Owner  ☐ ; Lease ☐ ; Other ☐

4. \*If you answered "Other" to question 3, please explain:

5. \*How much are you claiming for the damage to real property? $

6. \*How did you arrive at this figure?

7. \*How much are you claiming for the damage to personal property?$

8. \*How did you arrive at this figure?

9. Please list witnesses who have personal knowledge of the damage that occurred:
Witness

Name:

Last                              First

Middle Initial

Claimant Name:     Zimtex Solutions, Inc
Claimant SSN, TIN or EIN:   76-0560755

Address:
Street

City                          State                          Zip Code

Parish or Country            Country

Home Phone:                                    Cell Phone:
Email Address:
Relationship of Witness to you or your business:

Witness

Name:
Last                          First

Middle Initial

Address:
Street

City                          State                          Zip Code

Parish or Country            Country

Home Phone:                                    Cell Phone:
Email Address:
Relationship of Witness to you or your business:

10. *Please describe how the property damage you are claiming was caused by the Deepwater Horizon Incident and resulting oil spill?

11. *Please provide the following documentation in support of your claim for damage to the real or personal property *(a representative of the BP Claims Program will contact you if additional documentation is needed):*

* Photographs of the property before and after the alleged damage
* Your calculations and methods for assessing the claim amount
* Receipts, invoices, estimates or contracts for the work needed or repairs performed

Claimant Name:      Zimtex Solutions, Inc.
Claimant SSN, TIN or EIN:    76-0560755

- Deed, lease, license, rental agreement or other documentation evidencing interest in property
- Maps or other documents illustrating location of property in relation to Spill
- Proof of expenses related to substitute equipment or property used
- Documents establishing that the damage claimed was caused by the Spill

III.    **Loss of Income or Impairment of Earning Capacity (individuals)**

*Complete this section if you are an individual asserting a claim for a loss of profits or impairment of earning capacity. If you allege business losses for the sale or rental of real property, please complete Section IV.*

1.* Were you employed at the time of the Spill? Yes, by an employer ☐ ; Yes, Self-employed ; ☐ No ☐

2.* If "Yes", provide the following information for your employer at the time of the Spill (write business name under which you operated if self-employed at the time):

Employer Name or Self-Employed Business Name

Street

City                                       State                              Zip Code

Parish or Country                          Country

Employer Identification Number (EIN) *(from your W-2 or 1099 Form)*

Dates of Employment:
Name of Supervisor(s)  BP may contact your employer/supervisor to verify your employment or employment aspects of your claim:

3. *Describe your occupation (including job title, if applicable) at the time of the Spill:

4. *Provide a description of how the Spill affected your profits or impaired your earning capacity:

Claimant Name:      Zimtex Solutions, Inc.
Claimant SSN, TIN or EIN:    76-0560755

5. * How much are you claiming for lost profits or impairment of earning capacity?          $ _____

6.  How did you arrive at this figure?

7.  Provide a description of actions you took and expenses you incurred in trying to offset the loss of profits or impairment of earning capacity caused by the Spill:

8. * Did you receive any payments from the VoO program or from participation in any other response or removal activity?        ☐ Yes  ☐ No

  If "Yes", list each month you received such payment, the amount received each month, and the unreimbursed expenses it incurred each month:

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

9. * Please provide the following documentation in support of the Individual Loss of Income or Impairment of Earning Capacity claim (a representative of the BP Claims Program will contact you if additional documentation is needed):

Claimant Name:      Zimlex Solutions, Inc.

Claimant SSN, TIN or EIN:     76-0560755

- Documentation reflecting Pay and/or Earnings before, during, and after the Spill, including W-2 forms, 1099 forms, federal and state tax returns from 2007 through the present, pay stubs, etc.
- Driver's license or other personal identifying (photographic) documentation
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Receipts for expenses incurred as a result of loss (such as job training or job search costs)
- Evidence showing that the Spill caused the loss of profits or earning capacity, including sworn statement from our former employer if Spill is alleged to have caused a layoff or work stoppage
- Licenses that may be applicable to claim
- Your vessel charter agreement (MVCA) if you participated in the VoO program
- Other documents establishing that your claimed loss was caused by the Spill

IV.     **Loss of Profits or Impairments of Earning Capacity (Businesses)**

*Complete this section if you are a business claiming loss of profits or impairment of earning capacity.*

1 * Name of Business:     See above as previously identified.

2 * Describe the nature of business as of April 20, 2010:

Provides offshore drilling services and suffered a loss of revenues as a result of the oil spill.

3 * State the sources of income or types of customers for the business as of April 20, 2010:

Claimant relied upon and is dependent on the influx of tourism in the community. The wellhead's gushing of oil into the Gulf caused a decline in tourism and the negative effects were far reaching in to all industries.

4. Describe in detail any efforts you have made to increase revenues or reduce costs following the Spill:

Any and all steps to increase clients were taken. However, the combination of the oil and the resulting negative media prevented recovery.

5. State the total amount of operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:

The reduction of operating costs was minimal.

6 * How much are you claiming for lost profits or impairment of earning capacity?

$ 5,000,000

Claimant Name:     Zimtex Solutions, Inc.

Claimant SSN, TIN or EIN:   76-0560755

7.  How did you arrive at this amount?

The full effects of the oil spill are unknown and cannot be determined at this time
due to the risk of oil resurfacing in the Gulf of Mexico.

8. * Provide a description of the alleged loss the business has sustained:

Claimant suffered  a prolonged loss of revenues as a result of the Deepwater oil spill
and explosion. Expected growth was hampered by the negative impacts of the oil
and recovery  has not been fully obtained to date.

9.  * Describe how you believe  the losses were caused by the Spill:

The effects of the explosion are far reaching.  The Gulf Coast is heavily reliant on its
natural resources and revenues are derived  from tourism.

10   * Did the  business cease operations, declare  bankruptcy or liquidate substantially all of its
assets since the spill?   ☐ Yes   ☒ No

11. * Did the  business receive  any payments  from  the VoO program or from  participation in any
other response  or removal  activity?      ☐ Yes   ☒ No

If "Yes", list each month it received  such payments,  the amount received
each month, and the unreimbursed expenses  it incurred each month:

| Month/Year | Payments  Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Claimant Name:     Zimtex Solutions, Inc.
Claimant SSN, TIN or EIN:   76-0560755

| Month/Year | Payments Received | Expenses Incurred | Source of Payment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

12. * Provide the business address where the loss occurred:

22 Tayside Track

| | | |
|---|---|---|
| Street | | |
| Missouri City | TX | 77459 |
| City | State | Zip Code |
| | USA | |
| Parish or County | Country | |

13. Provide the North American Industry Classification System (NAICS) Code of this business:

14.* Please provide the following documentation in support of your claim for loss of business profits or impairment of earning capacity *(a representative of the BP Claims Program will contact you if additional documentation is needed):*

- Photographs of the business showing its proximity to an affected spill area
- Documents establishing that the damage claimed was caused by the Spill
- Your calculations and methods for assessing the claim amount
- Appropriate licenses necessary to operate the business
- Profit and loss statements (for each facility claimed) 2007 through present
- Annual and monthly financial statements 2007 through present
- Monthly sales or revenues statements 2007 through present
- Monthly sales and use tax returns 2007 through present, if applicable to the business
- Lodging tax returns 2007 through present, if applicable to the business
- Occupancy or rental records 2007 through present, if applicable to the business
- Management contracts 2007 through present, if applicable to the business
- Federal Tax Returns, with attachments and schedules, 2007 through present
- Cancelled contracts or reservations documents, along with evidence that the cancellations were spill related
- Replacement contracts or reservation documents
- Cancelled loans, credit agreements, leases, if applicable to the claim
- Bankruptcy schedules, if applicable
- Your vessel charter agreement (MCVA) if you participated in the VoO program

Claimant Name:     Zimlex Solutions, Inc.
Claimant SSN, TIN or EIN:   76-0560755

### V.    Removal and Cleanup Costs Claim

*Complete this section if you are asserting a claim for removal or cleanup costs.*

1.* Address Where Removal or Cleanup Took Place:

Street

City                                                    State                              Zip Code

Parish or County

2.* Was the Removal or Cleanup Action taken approved by the Federal On-Scene Coordinator (FOSC)?

Yes ☐ Date of Approval _____        No ☐

3. * Provide a description of the Removal and Cleanup Action taken. If not approved by the FOSC, please include a discussion of how the Removal and Cleanup Action was reasonable, necessary, and consistent with the National Contingency Plan:

4. * How much are you claiming for Removal and Cleanup costs?                    $ _____

5  How did you arrive at this figure?

6. * Please provide the following documentation in support of the Removal and Cleanup Action taken *(a representative of the BP Claims Program will contact you if additional documentation is needed):*

   • Evidence of approval by the FOSC
   • Your calculations and methods for assessing the claim amount
   • Receipts, invoices and contracts for the work performed

Claimant Name:      Zimtex Solutions, Inc.
Claimant SSN, TIN or EIN:   76-0560755

- Usage logs for equipment and craft used, including policies and rates charged
- Payroll logs and compensation and reimbursement policies for employees who participated
- Activity logs describing the work performed by each employee
- Signed disposal manifests and proof of payment for disposal

## VI.    Subsistence Use of Claims

*Subsistence Use claims may be presented only by a claimant who actually uses, for subsistence, the natural resources which have been injured, destroyed, or lost, without regard to the ownership or management of the resources. Pleasure hunting and/or fishing are not eligible for Subsistence Use claims even 1j the game or fish is consumed. Commercial hunting or fishing also is not included in Subsistence Use. If you have a commercial hunting or fishing claim, you must complete Section IV related to business or economic loss claims.*

1. * Is your Subsistence Use claim based on hunting and/or fishing losses?     Hunting ☐          Fishing ☐

2. * List the species of game or seafood that you hunted and/or fished for Subsistence Use:

3. * Provide the quantity or amount of each species of game and/or seafood you caught in the year before the Spill, including the amount you consumed and the amount you gave your family members for their personal consumption

4. * Provide a specific description of where you hunted and/or fished for each species in the Gulf of Mexico immediately before the Spill :

Claimant Name:     Zimtex Solutions, Inc.
Claimant SSN, TIN or EIN:   76-0560755

5. Describe the equipment and methods you used to hunt and/or fish:

6. * For each species, how many people in your family relied on the specific species of game or seafood you provided before the Spill? List each family member along with their relationship to you:

7 * Of the total amount of game or seafood your family relied upon on or before the Spill, what percentage came from the areas that were closed due to the Spill?

8. * Provided a specific description of where you hunted and/or fished for each species in the Gulf of Mexico *after* the Spill until December 31, 2010:

9. * Provide a specific description of how the area you used for hunting and/or fishing was impaired because of the Spill:

10. * How much are you claiming for Subsistence Use?                    $

11. * How did you arrive at this figure?

Claimant Name:     Zimlex Solutions, Inc.

Claimant SSN, TIN or EIN:    76-0560755

12.* Please provide the following documentation in support of the Subsistence Use claim *(a representative of the BP Claims Program will contact you if additional documentation is needed)*

- Map Identifying specific locations for Subsistence Use hunting and/or fishing
- Sworn affidavit signed by you under penalty of perjury verifying the identified closed locations
- Copy of State and Federal commercial or recreational hunting and/or fishing licenses valid at the time of the Spill
- Your calculations and methods for assessing the claim amount
- Other documentation establishing that the losses claimed were caused by the Spill

VII.    Signature

*I certify under penalty of Law that the information provided in this Form is true and accurate to the best of my knowledge, and that supporting documents attached to this form and information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Form may result in fines, imprisonment, and/or any other remedy available by Law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local Law enforcement agencies for possible investigation and prosecution.*

*By submitting this Form, I consent to the use and disclosure by the BP Claims Program and those assisting the BP Claims Program of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim. I understand that my claims information may also be provided to the Court Supervised Settlement Program, MDL 2179, or to the Plaintiffs' Steering Committee (PSC) or other Class Counsel for the plaintiffs for the purpose of coordinating the processing and potential payment of claims.*

Signature: _____     Date:    1/4/2013
                                                                        Month/Day/Year

Print Name:    The Buzbee Law Firm on behalf of Plaintiff pursuant to a valid Power of Attorney

The Claimant must sign this claim form personally. No one can sign on behalf of the Claimant unless the Claimant is a business or is deceased, a Minor, or incompetent. If the Claimant is a business, an authorized business representative may sign. If the Claimant is deceased, a Minor, or Incompetent, an authorized representative may sign.

Claimant Name:      Zimtex Solutions, Inc.
Claimant SSN, TIN or EIN:   76-0560755











