

12-DCV-202556
OEJU
Default Judgment
2309772

CAUSE NO. 12-DCV-202556

| | | |
|---|---|---|
| **DANOS & CUROLE MARINE CONTRACTORS, LLC**<br>*Plaintiff* | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| | § | 240TH JUDICIAL DISTRICT |
| vs. | §<br>§ | |
| **ZIMTEX SOLUTIONS, INC.**<br>*Defendant* | §<br>§ | FT. BEND COUNTY, TEXAS |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

On this day came on for consideration, Plaintiff, Danos & Curole Marine Contractors, LLC's Motion for Default Judgment. The Court having considered the evidence and the pleadings on file herein, hereby finds that Plaintiff is entitled to a default judgment against said Defendant, who, although served with process, has failed to appear or answer in this cause within the time allowed by law; that the citation with proof of service has been on file with the Clerk of this Court for ten days exclusive of this day. It is, accordingly,

ORDERED, ADJUDGED and DECREED that Defendant, Zimtex Solutions, Inc., shall pay to Danos & Curole Marine Contractors, LLC the principal damages of Danos in the amount of $149,158.82. It is further,

ORDERED, ADJUDGED and DECREED that Defendant, Zimtex Solutions, Inc., shall pay to Danos & Curole Marine Contractors, LLC the amount of $4,500.00 in reasonable and necessary attorney's fees, plus $556.67 for legal expenses (total of $5,056.67 for fees and expenses). If the case is appealed to the Texas Court of Appeals, Danos & Curole Marine Contractors, LLC is awarded an additional $5,000.00. If the case if further appealed to the Texas Supreme Court, Danos & Curole Marine Contractors, LLC is awarded an additional $5,000.00. It is further,

1784298.1/004855.000066

EXHIBIT "C"

FILED
JAN - 9 2013
AT 12:08 P M.
Clerk District Court, Fort Bend Co., TX

ROUTED TO COURT
RT'S TO D. CLERK 2-14-13 mq

ORDERED, ADJUDGED and DECREED that Defendant, Zimtex Solutions, Inc., shall pay to Danos & Curole Marine Contractors, LLC five percent (5%) post-judgment interest from the day after the Judgment is signed until the Judgment is paid in full. It is further,

ORDERED, ADJUDGED and DECREED that Plaintiff shall have all writs and processes necessary to enforce this Judgment, including a writ of possession once the Judgment becomes final. It is further,

ORDERED, ADJUDGED and DECREED that all costs of court are taxed against Defendant, Zimtex Solutions, Inc.

SIGNED this 17th day of February, 2013.

_____
JUDGE PRESIDING

APPROVED AS TO FORM ONLY:

**COATS, ROSE, YALE, RYMAN & LEE, P.C.**

By: _____
Charles Clayton Conrad
Texas Bar No. 24040721
cconrad@coatsrose.com
Paul Catalano
Texas Bar No. 03998400
pcatalano@coatsrose.com
3 East Greenway Plaza, Suite 2000
Houston, Texas 77046
Telephone: (713) 651-0111
Facsimile: (713) 651-0220
ATTORNEYS FOR DANOS & CUROLE MARINE CONTRACTORS, LLC

4815-6982-3762, v. 1

1784298.1/004855.000066

I, Annie Rebecca Elliott, District Clerk of Fort Bend County, Texas, do hereby certify that the foregoing is a true, correct and full copy of the instrument herein set out as appears of record in the District Court of Fort Bend County, Texas. This 14 day of April 20 14

ANNIE REBECCA ELLIOTT, DISTRICT CLERK

By_____ Deputy
Erica Rodriguez