JAMES A. ROBERTSON, CPCU, ARM
1/16/2014

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL          MDL NO. 2179
RIG "DEEPWATER HORIZON" in the       SECTION J
GULF OF MEXICO, on                    JUDGE BARBIER
APRIL 20, 2010                        MAG. JUDGE
                                      SHUSHAN

         Videotaped Deposition of JAMES A.
ROBERTSON, CPCU, ARM, 881 Dover Drive, Suite
360, Newport Beach, California 92663, taken in
the offices of Stone, Pigman, Walther,
Wittmann, 546 Carondelet Street, New Orleans,
Louisiana 70130, on Thursday, the 16th day of
January 2014, commencing at 9:31 a.m. and
concluding at 3:14 p.m.


APPEARANCES:

   WILLKIE FARR & GALLAGHER
   (BY:   JEFFREY B. KORN)
   787 Seventh Street
   New York, New York  10019-6099
   (ATTORNEYS FOR CAMERON INTERNATIONAL
   CORPORATION, PLAINTIFF)


   STONE PIGMAN WALTHER WITTMANN
   (BY:   CARMELITE M. BERTAUT)
   546 Carondelet Street
   New Orleans, LA 70130-3588
   (ATTORNEYS FOR CAMERON INTERNATIONAL
   CORPORATION, PLAINTIFF)

Exhibit B

(504) 833-3330        CURREN-LANDRIEU, LLC    FAX (504) 833-3355
(800) 487-3376        WWW.CURRENLAND.COM      CURRENLAND@AOL.COM

```
 1   financial transfers, could be done regardless
 2   of whether insurance was in place or sometimes
 3   instead of placing insurance as means of more
 4   efficiently and economically dealing with risks
 5   of loss faced by all the parties involved in an
 6   agreement.
 7       Q.    So those are the non-insurance
 8   contractual indemnities you reference in your
 9   report, right?
10       A.    Yes, but those are, are actually
11   considered in the same generic category as
12   insurance.  That is, they are a risk financing
13   technique that is common in the practice of
14   risk management by large organizations.
15       Q.    So the category is risk financing
16   techniques and then you have insurance and you
17   have contractual indemnity?
18       A.    Non-insurance transfers, yes.
19       Q.    And the contractual indemnity is what
20   you mean by non-insurance transfers?
21       A.    Yes.
22       Q.    Have you ever been involved in an
23   insurance placement for a company in the oil
24   and gas industry?
25       A.    Yes.
```

```
 1   commonly practices risk transfer through the
 2   use of non-insurance indemnities, and such
 3   indemnities were employed in the contracts
 4   between Cameron and Transocean in place when
 5   the Macondo well loss occurred.  These risk
 6   transfer indemnities perform the same function
 7   as an insurance policy would perform, if they
 8   are honored."  Do you see that?
 9        A.   Yes.
10        Q.   Is it important that the contractual
11   indemnity be honored in order for it to perform
12   the same function as an insurance policy?
13        A.   Well, if they have an obligation to
14   pay -- if there is an obligation under the
15   indemnity to pay, they would perform like an
16   insurance policy would.  It's not -- I mean,
17   there's usually an assumption when the parties
18   enter into an agreement like that that each
19   party will live up to its, its obligations.
20        Q.   Does that mean that the contractual
21   indemnities do not perform the same function as
22   an insurance policy if they are not honored, as
23   you say in your report?
24        MS. BARRASSO:
25             Object to the form.
```

1    THE WITNESS:
2        If they're not honored, then it kind
3    of becomes the equivalent of either a denial of
4    coverage under a policy, no coverage.  Then if
5    you have liability, you pay for the liability.
6        Or it could be the same situation if
7    the indemnitor is bankrupt.  And that puts the
8    indemnitee in the same position he would be if
9    he purchased an insurance policy from a
10   bankrupt insurance company -- an insurance
11   company that later goes bankrupt is what I
12   mean.
13   EXAMINATION BY MR. KORN:
14       Q.   Under those circumstances, would it
15   be fair to say that the policyholder does not
16   have insurance by way of the contractual
17   indemnity?
18       A.   Well, yes, they don't have insurance
19   in that sense, they don't have an indemnity in
20   that sense.  That would -- that's right.
21       Q.   Let's turn to the bottom of that
22   page.  Here you're talking about the BP --
23       A.   Yes.
24       Q.   -- program again.  At the top of page
25   21, you wrote that, "Due to the infrequent