IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by    the Oil Rig "Deepwater Horizon"    in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>All Cases and No. 12-970 | *<br>*<br>*<br>*<br>* | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

BP'S MOTION TO CLARIFY OR AMEND ORDER REGARDING CLASS COUNSEL'S
MOTION TO PROTECT AND PRESERVE CLAIMANT CONFIDENTIALITY
AND TO ENFORCE THE ORDERS OF THE COURT

Pursuant to Federal Rule of Civil Procedure 59(e), Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") move the Court to amend or clarify its order of March 25, 2014 [Rec. Doc. 12591] (hereinafter "Order").

First, BP requests that the Court alter or amend its Order to clarify that it does not contradict the exception contained in Section 4.4.14 of the Economic and Property Damages Settlement Agreement, which allows BP to access individual claim files that have not yet been resolved when the claim file is needed to evaluate, prosecute, or defend an appeal.  This access is necessary for BP's exercise of its rights under Section 6 of the Settlement Agreement.  In appealing and defending eligibility determinations and determining whether to appeal, relevant information is sometimes contained in pre-determination claim files of related businesses or employers of claimants.  This right of access is guaranteed in the Settlement Agreement.  BP's substantive rights under the Settlement Agreement will be harmed if its access to pre-determination claims files for this limited purpose is not reestablished.

Second, BP seeks to clarify that its understanding of its duty to "destroy all data in [its] possession relating to claims in which a Denial Notice or an Eligibility Notice has not been issued" is correct. BP understands the Order to require BP and Class Counsel to destroy the pre-determination claims data provided by the CSSP that resides in active databases of BP or its representatives. A more sweeping interpretation that would require BP and Class Counsel to destroy derivative memoranda, e-mails, other documents, and pieces of information manually downloaded from the Portal during the extended time period when the CSSP made this data available would be unduly burdensome, incredibly expensive, and potentially impossible—and would likely interfere with other court orders and document preservation obligations.

April 22, 2014                                        Respectfully submitted,

Mark Holstein                                             /s/ Kevin M. Downey
BP AMERICA INC.                                        Kevin M. Downey
501 Westlake Park Boulevard                            F. Lane Heard III
Houston, TX 77079                                      WILLIAMS & CONNOLLY LLP
Telephone: (281) 366-2000                              725 Twelfth Street, N.W.
Telefax: (312) 862-2200                                Washington, D.C. 20005
                                                       Telephone: (202) 434-5000
                                                       Telefax: (202) 434-5029

| | |
|---|---|
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 942-5000<br>Telefax: (202) 942-5999<br><br>Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 662-5985<br>Telefax: (202) 662-6291<br><br>Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL 60606<br>Telephone: (312) 876-8000<br>Telefax: (312) 876-7934<br><br>***OF COUNSEL*** | */s/ Don K. Haycraft*<br>S. Gene Fendler (Bar #05510)<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone: (504) 581-7979<br>Telefax: (504) 556-4108<br><br>Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Wendy L. Bloom<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Telefax: (312) 862-2200<br><br>Jeffrey Bossert Clark<br>Dominic E. Draye<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br>Telefax: (202) 879-5200 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2014.

                                                                       */s/ Don. K. Haycraft*
                                                                       Don K. Haycraft