IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by | * | MDL NO. 2179 |
|   the Oil Rig "Deepwater Horizon" | * | |
|   in the Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | |
| All Cases and No. 12-970 | * | Honorable CARL J. BARBIER |
| | * | |
| | * | Magistrate Judge SHUSHAN |
| | * | |

[PROPOSED] ORDER

[Amending the Court's Previous Order of March 25, 2014 (Rec. Doc. 12591), Regarding Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court]

Before the Court is BP's Motion to Clarify or Amend the Court's Order Regarding Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court (Rec. Doc. ____).

After consideration of this Motion and all responses thereto, the Court hereby **GRANTS** BP's Motion to Clarify or Amend, and hereby **AMENDS** its previous Order (Rec. Doc. 12591)[1] as follows:

First, as stated in Section 4.4.14 of the Economic and Property Damages Settlement Agreement (emphasis added):

> BP and Class Counsel shall not have access to any Claim Files for Claims that are being processed and have not yet been resolved in the Settlement Program *except* if the Claim File is needed by BP, a Claimant, or their counsel to prosecute or defend an Appeal.

---

[1] This Order was previously amended on April 10, 2014 (Rec. Doc. 12659) to extend the deadline to comply with the Order.

To clarify the permitted scope of this provision, BP and Class Counsel may not access claims files and claims data prior to the issuance of an eligibility Notice or Denial Notice, *except* if the claim file is needed by BP, Class Counsel, a claimant, or their counsel to evaluate, prosecute, or defend an appeal.  The Claims Administrator should take the necessary steps to ensure BP and Class Counsel retain access to Claim Files for the purpose of evaluating, prosecuting, or defending an appeal.

Second, the only information that BP and Class Counsel must destroy is pre-determination claims data, provided by the CSSP, which resides in active databases.  This includes databases containing information from the CSSP provided via FTP, and information the CSSP provided on its Portal, which BP retrieved via bulk downloads.  The parties need not destroy derivative information or individual documents that are not contained in active databases.

Third, BP and Class Counsel must take reasonable steps to avoid accessing data for claims that do not yet have a determination.  BP and Class Counsel, in exercising their rights of access and utilizing information in their possession, are to act in good faith and access or use only those documents for which a Denial Notice or an Eligibility Notice has been issued.

Fourth, the parties must certify, within thirty days, the steps taken to comply with this Order.

Accordingly, the motion is GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2014.

                                                      _____
                                                      **CARL J. BARBIER**
                                                      **United States District Judge**