# Exhibit 2


| APPEAL PANEL DECISION FORM |||||
|---|---|---|---|---|
| **I. CLAIMANT AND CLAIM INFORMATION** |||||
| **Claimant Name** | Last/Name of Business | | First | Middle |
| **Claimant ID** | | **Claim ID** | | |
| **Claim Type** | Individual Economic Loss |||| 
| **Law Firm** | |||| 
| **II. DECISION** |||||

Select the Compensation Amount set forth in either BP's Final Proposal or the Claimant's Final Proposal as the final outcome on the claim and check the appropriate box to signify your decision.

| | | |
|---|---|---|
| ☒ **BP's Final Proposal** | Compensation Amount | $0 |
| | Risk Transfer Premium | .25 |
| | Prior Payment Offset | $0 |
| ☐ **Claimant's Final Proposal** | Compensation Amount | $71,118.09 |
| | Risk Transfer Premium | .25 |
| | Prior Payment Offset | $0 |

### III. PRIMARY BASIS FOR PANELIST DECISION

Please select the primary basis for your decision. You may also write a comment describing the basis for your decision.

☐ **Error in documentation review.**

☐ **Error in calculation.**

☐ **Error in RTP multiplier.**

☐ **Error in Prior Spill-Related Payment Amount.**

☒ **Claim should have been excluded.**

☐ **No error.**

**Comment** *(optional)*:

BP appeals this Individual Economic Loss Claim award, asserting that IEL claims are only for losses "in addition to or other than a Claim for Economic Damages related to a claimant's sole proprietorship business or other self-employment as reflected on Schedule C, D or E of a federal income tax form." Settlement Agreement, § 38.84,



Ex. 8A at p.1; Exs. 1, 2, 3, and 4.  Claimant is 50% owner and President of a business that filed a BEL claim.

Claims Administrator Policy Decision 363, relating to this situation, states, "The accounting methodology used for calculation of [BEL] claims, pursuant to Exhibit 4C of the Settlement Agreement, treats owner/officer payroll costs as a fixed cost. All fixed costs, including owner/officer compensation, are inherently included in the compensation amount calculated under the [BEL] framework. If the business has filed a BEL claim and any Owner or Officer of the business has filed any IEL claims, and the Claims Administrator has identified the connection among the claims before any claimant is awarded a payment, the Claims Administrator will compensate the business entity for the loss and will deny the claims of the Owners and Officers."  Policy Decision 363.

Here, Claimant's alleged losses are related entirely to his self-employment for a business for which he is a 50% owner and officer. As Policy Decision 363 explains, Claimant's wages are treated as a fixed expense and are already factored into the compensation amount paid to the business in the event that it is given an award under the BEL framework. Accordingly, Claimant is precluded from pursuing this IEL claim, in addition to his company's BEL claim. The Appeal panel selects BP's Final Proposal of $0, as the claim should have been excluded.