# Exhibit 5



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

Patrick A. Juneau
*Claims Administrator*

March, 27 2014

VIA ELECTRONIC E-MAIL
Steven Herman
James Roy
Mark Holstein
Keith Moskowitz

Counsel:

At the Court's direction, I am advising you of the following with respect to the Court's Order of March 25, 2014 [Regarding Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court]:

1. The Program's programming rules will be revised to allow Class Counsel and BP access to a claimant's file once a Denial Notice or an Eligibility Notice has been issued.
2. Though a claimant's file may include more than one claim, both Class Counsel and BP are under an obligation to access and use only those documents relating to the claim for which the Denial Notice or the Eligibility Notice has been issued. In exercising their rights of access, both Class Counsel and BP are to do so in good faith and so as to utilize only those documents pertinent to the claim for which the relevant notice has been issued.

Sincerely,

**PATRICK A. JUNEAU**
Claims Administrator

Cc   Honorable Carl Barbier
     Magistrate Sally Shushan
     Frank Piantidosi
     David Welker
     Chris Reade
     David Forsyth
     Michael Juneau