IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by | * | MDL NO. 2179 |
| the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | |
| All Cases and No. 12-970 | * | Honorable CARL J. BARBIER |
| | * | |
| | * | Magistrate Judge SHUSHAN |
| | * | |

**BP'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE
UNDER SEAL AN UNREDACTED VERSION OF BP'S MEMORANDUM IN SUPPORT
OF MOTION TO CLARIFY OR AMEND ORDER REGARDING CLASS COUNSEL'S
MOTION TO PROTECT AND PRESERVE CLAIMANT CONFIDENTIALITY
AND TO ENFORCE THE ORDERS OF THE COURT
<u>AND EXHIBITS 1 AND 2 THERETO</u>**

Pursuant to the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement (Rec. Doc. 6822), Defendants BP Exploration & Production, Inc. and BP America Production Company ("BP"), by their attorneys, hereby respectfully request leave to file under seal an unredacted version of BP's Memorandum In Support Of Motion To Clarify Or Amend Order Regarding Class Counsel's Motion To Protect And Preserve Claimant Confidentiality And To Enforce The Orders Of The Court, as well as Exhibits 1 and 2 thereto.  These documents contain confidential Claims Information that may not be disclosed pursuant to the above-referenced Order.  (*See* Rec. Doc. 6822 ¶ 4.)

BP is filing a public version of its Memorandum In Support Of Motion To Clarify Or Amend Order Regarding Class Counsel's Motion To Protect And Preserve Claimant Confidentiality And To Enforce The Orders Of The Court, and Exhibits 1 and 2 thereto, with any potentially confidential information redacted.

WHEREFORE, BP respectfully prays the Court for an Order that an unredacted version of BP's Memorandum In Support Of Motion To Clarify Or Amend Order Regarding Class Counsel's Motion To Protect And Preserve Claimant Confidentiality And To Enforce The Orders Of The Court, and Exhibits 1 and 2 thereto, be filed under seal.

April 22, 2014   Respectfully submitted,

Mark Holstein  　　　　　　　　　　　/s/ Kevin M. Downey
BP AMERICA INC.   Kevin M. Downey
501 Westlake Park Boulevard   F. Lane Heard III
Houston, TX  77079   WILLIAMS & CONNOLLY LLP
Telephone:  (281) 366-2000   725 Twelfth Street, N.W.
Telefax:  (312) 862-2200   Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　Telephone:  (202) 434-5000
　　　　　　　　　　　　　　　　　　Telefax:  (202) 434-5029

| | |
|---|---|
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 942-5000<br>Telefax: (202) 942-5999<br><br>Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 662-5985<br>Telefax: (202) 662-6291<br><br>Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL 60606<br>Telephone: (312) 876-8000<br>Telefax: (312) 876-7934<br><br>**OF COUNSEL** | _/s/ Don K. Haycraft_<br>S. Gene Fendler (Bar #05510)<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone: (504) 581-7979<br>Telefax: (504) 556-4108<br><br>Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Wendy L. Bloom<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Telefax: (312) 862-2200<br><br>Jeffrey Bossert Clark<br>Dominic E. Draye<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br>Telefax: (202) 879-5200 |

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2014.

                                                  */s/ Don. K. Haycraft*
                                                  Don K. Haycraft