IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by<br>  the Oil Rig "Deepwater Horizon"<br>  in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>All Cases and No. 12-970 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J<br><br><br>Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## PROPOSED ORDER

      Considering BP's Motion And Incorporated Memorandum For Leave To File Under Seal An Unredacted Version Of BP's Memorandum In Support Of Motion To Clarify Or Amend Order Regarding Class Counsel's Motion To Protect And Preserve Claimant Confidentiality And To Enforce The Orders Of The Court And Exhibits 1 And 2 Thereto,

      **IT IS HEREBY ORDERED**, that BP's Motion is GRANTED; and it is further

      **ORDERED** that the unredacted versions of BP's Memorandum In Support Of Motion To Clarify Or Amend Order Regarding Class Counsel's Motion To Protect And Preserve Claimant Confidentiality And To Enforce The Orders Of The Court And Exhibits 1 And 2 Thereto, be filed under seal.

      New Orleans, Louisiana, this _____ day of April, 2014

                                                            **UNITED STATES DISTRICT JUDGE**