UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  MDL NO. 2179<br>*<br>*  SECTION J<br>*<br>*  JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:**<br>No. 12-311 | *  MAGISTRATE JUDGE SHUSHAN<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CAMERON'S OPPOSITION TO LIBERTY'S MOTIONS
FOR PARTIAL SUMMARY JUDGMENT ON
<u>CAMERON'S COVERAGE AND SECTION 541 CLAIMS</u>**

**<u>EXHIBIT 5</u>**

**<u>FILED UNDER SEAL</u>**

1151264v1