Contains Confidential Portions

1

2     UNITED STATES DISTRICT COURT

      EASTERN DISTRICT OF LOUISIANA

3     ---------------------------------------X

      In Re:  OIL SPILL BY THE OIL RIG

4     "DEEPWATER HORIZON" IN THE GULF OF

      MEXICO, ON APRIL 20, 2010,

5

6     Applies to:

7     12-311, Cameron Int'l Corp. v. Liberty

      Ins. Underwriters, Inc., a/k/a Liberty

8     Int'l Underwriters

9

      ---------------------------------------X

10         ***CONTAINS CONFIDENTIAL PORTION***

11

12       VIDEO DEPOSITION OF WILLIAM "RUSTY" LEE

13                 Houston, Texas

14            Friday, August 9, 2013

15

16

17

18

19

20

21

22

23    REPORTED BY:

24    Linda Rayburn, CSR, RPR, CLR

25    JOB 64256

EXHIBIT
11

Contains Confidential Portions

W. LEE

1
2       A.   I do not recall what was given for

3   that renewal.  I can tell you that Cameron gave

4   us a stack of annual reports every year to give

5   out to the markets.  We supplemented that by

6   going in and copying the latest 10-K off the

7   internet and making a nice color copy of that for

8   underwriters and that's what we would give out to

9   the markets.

10           I can't say I gave that to every

11  market, but that was our standard:  Submission,

12  annual report, and the latest 10-K.  And then the

13  referral, at some point -- and I'm not sure it's

14  in the submission or wherever -- to the website

15  and how they could go on the website and get

16  that.

17      Q.   The Deepwater Horizon website?

18      A.   Correct.

19           And I want to interject another thing

20  as far as the notice to the carriers and

21  what-was-going-on status.  There was a website

22  set up by Cameron that -- that hosted the latest

23  update on the case as it developed.  And to my

24  knowledge, any underwriter that wanted to know

25  the status could have gone to that website -- and

Contains Confidential Portions

Page 172

W. LEE

1
2      their claims people did.  And they were
3      constantly updated as to what was going on in the
4      case.  That's my recollection.
5           Q.  Did you personally review Cameron's
6      public filings during this time period to keep up
7      with what Cameron was reporting to the public
8      about the Deepwater Horizon incident?
9           A.  I'm sure that I did, but I can't
10     recall specifically.
11          Q.  And you -- and you are aware that
12     Cameron, during the entire time period before it
13     settled with BP, did not accrue a single dollar
14     of -- for potential liability in the Deepwater
15     Horizon incident?
16               MR. BOYLE:  Objection to form.
17               MR. KORN:  Objection to form.  The
18     documents speak for themselves.
19          A.  I am not aware of that.
20          Q.  (BY MS. BARRASSO)  You don't remember
21     that Cameron stated in its public filings that it
22     didn't believe a loss was probable and therefore
23     didn't accrue anything?
24               MR. KORN:  Objection to form.
25          A.  I do not recall that.