UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CAMERON'S OPPOSITION TO LIBERTY'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON CAMERON'S COVERAGE AND SECTION 541 CLAIMS**

**EXHIBIT 12**

**FILED UNDER SEAL**

1151264v1