CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

```
 1   IN THE UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
 2   ------------------------------------------X
     In Re:  OIL SPILL BY THE OIL RIG
 3   "DEEPWATER HORIZON" IN THE GULF OF
     MEXICO, ON APRIL 20, 2010
 4
     Applies to:
 5   12-311, Cameron Int'l Corp. v. Liberty
     Ins. Underwriters, Inc., a/k/a Liberty
 6   Int'l Underwriters
 7   ------------------------------------------X
 8
 9
10     * CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER *
11          VIDEOTAPED DEPOSITION OF TONY BLACK
12                    Houston, Texas
13              Wednesday, July 31, 2013
14
15
16
17
18
19
20
21
22   Reported by:
23   SUSAN PERRY MILLER, RDR-CRR, CBC
24   JOB NO. 63307
25
```

EXHIBIT 16

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 235

1    T. BLACK
2    indemnification had not been resolved.  Is
3    that correct?
4         A.   That would be my understanding,
5    yes.
6         Q.   Okay.  And you would agree that at
7    the time Cameron settled with BP, it was not
8    reasonably clear whether or not Cameron would
9    have any liability or whether it would be
10   fully indemnified?
11             MR. KORN:  Objection to form.
12        A.   When you say "had any liability," I
13   don't -- I don't understand what you're
14   talking about.
15   BY MS. BARRASSO:
16        Q.   Well, let me rephrase it.  At the
17   time that Cameron settled with BP, it was not
18   reasonably clear whether Cameron would be
19   fully indemnified or not by Transocean.
20             MR. KORN:  Objection to form.
21        A.   Since it hadn't been resolved, I
22   assume that's right, yes.
23             MS. BARRASSO:  I have no further
24        questions.
25             MR. KORN:  Okay.  I'm going to