UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR LEAVE TO FILE OPPOSITION AND EXHIBITS UNDER SEAL

Pursuant to Local Rule 5.6 and Pretrial Order No. 13 (Rec. Doc. 641), Plaintiff Cameron International Corporation, through undersigned counsel, hereby moves the Court for leave to file unredacted versions of Cameron's Opposition to Liberty's Motions for Partial Summary Judgment on Cameron's Coverage and Section 541 Claims (the "Opposition"), and Exhibits 5, 6, 7 and 12 thereto (the "Exhibits"), under seal. The Exhibits contain information that has been designated as Confidential Information by the parties, and the Opposition quotes from, cites to, and discusses that confidential information. Pursuant to Pretrial Order No. 13 (Rec. Doc. 641), confidential documents must be filed under seal.

1157011v1

WHEREFORE, because of the nature of the information contained in the Opposition and Exhibits, Cameron respectfully requests that it be granted leave to file those documents under seal.

Dated: April 23, 2014

Respectfully submitted,

/s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
    pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
504-581-3361 (fax)

WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Cameron's *Ex Parte* Motion for Leave to File Opposition and Exhibits Under Seal has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of April, 2013.

/s/ Phillip A. Wittmann