UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF CAMERON'S *EX PARTE* MOTION FOR LEAVE TO FILE OPPOSITION AND EXHIBITS UNDER SEAL

Plaintiff Cameron International Corporation ("Cameron") respectfully submits this memorandum of law in support of its motion for leave to file unredacted versions of its Opposition to Liberty's Motions for Partial Summary Judgment on Cameron's Coverage and Section 541 Claims (the "Opposition"), and Exhibits 5, 6, 7 and 12 thereto (the "Exhibits"), under seal. The Exhibits contain information that has been designated as Confidential Information by the parties, and the Opposition quotes from, cites to, and discusses that confidential information. Cameron is required under the Pretrial Order No. 13, entered by this Court on November 2, 2010, and agreed to by the parties, to file any such designated Confidential Information under seal (Rec. Doc. No. 641, at p. 5).

A.  **A Non-Confidential Description Of What Is To Be Sealed.**

Cameron seeks to file the following documents under seal:

1. Cameron's Opposition to Liberty's Motions for Partial Summary Judgment on Cameron's Coverage and Section 541 Claims;

2. Exhibit 5 – December 14, 2011 letter from P. Koepff;

3. Exhibit 6 – December 13, 2011 letter from P. Koepff;

1157012v1

    4.    Exhibit 7 – December 15, 2011 email from J. Engel; and

    5.    Exhibit 12 – December 14, 2011 letter from R. Bryan.

**B.**     **Sealing Is Necessary.**

The Exhibits contain information that has been designated as confidential by Cameron as well as by Defendant Liberty Insurance Underwriters, Inc. The Opposition quotes from, cites to, and discusses that Confidential Information. Pursuant to Pretrial Order No. 13 (the "Protective Order") (R. Doc. 641), confidential documents must be filed under seal. Accordingly, Cameron is redacting from the public version of its pleading any arguably confidential information and documents.

**C.**     **Governing Case Law Authorizes The Court To Enter The Documents Under Seal Pursuant To A Protective Order.**

While courts will use the power to seal court records sparingly in light of the public's right to access, courts also recognize that the "common law right to access judicial records and proceedings [']is not absolute'." *Reichert v. Starring*, No. 11-2171, 2011 U.S. Dist. LEXIS 107051, at *3 (E.D. La. Oct. 26, 2011), *quoting Bahwell v. Stanley-Bostitch, Inc.*, 351 F. Supp. 2d 514, 516 (E.D. La. 2005). Where, as here, the court has entered a protective order, the court will enter confidential information under seal pursuant to that protective order. *Reichert*, U.S. Dist. LEXIS 107051, at *3-5. Indeed, the Protective Order *requires* that Cameron file documents containing alleged confidential information under seal (R. Doc. 641 at ¶¶ 4, 8).

**D.**     **The Period Of Time Cameron Seeks To Have These Exhibits Under Seal And The Manner Of So Doing.**

In view of the confidential information contained in the Opposition and Exhibits, the Court should grant Cameron's motion and enter these documents under seal as set forth in the Protective Order until the termination of this MDL proceeding. These documents may be maintained by the Court by storage in a folder.

**CONCLUSION**

For the reasons discussed above, the Court should grant Cameron's motion and admit the above referenced Opposition and Exhibits under seal.

Dated: April 23, 2014

Respectfully submitted,

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
    pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
504-581-3361 (fax)

WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum in Support of Cameron's *Ex Parte* Motion for Leave to File Opposition and Exhibits Under Seal has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of April, 2014.

                                            */s/ Phillip A. Wittmann*

1157012v1