UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion For Leave To File Opposition and Exhibits Under Seal;

IT IS ORDERED that Cameron International Corporation be and is hereby granted leave to file unredacted versions of its Opposition to Liberty's Motions for Partial Summary Judgment on Cameron's Coverage and Section 541 Claims, and Exhibits 5, 6, 7 and 12 thereto, under seal.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2014.

                                                          _____
                                                                 DISTRICT COURT