UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179  SECTION J  JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR ORAL ARGUMENT ON THE MOTIONS FOR PARTIAL SUMMARY JUDGMENT

Cameron International Corporation ("Cameron"), pursuant to Rule 78.1 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, respectfully requests permission to argue orally before the Court the Motion for Partial Summary Judgment on Cameron's Section 541 Claim (R. Doc. 12578) and Motion for Partial Summary Judgment Concerning Cameron's Forfeiture of Coverage (R. Doc. 12580). Cameron avers that oral argument will clarify the issues of fact and law and will assist the Court in its disposition of the motions.

**WHEREFORE,** Cameron respectfully moves this Court to grant oral argument on the Motions for Partial Summary Judgment.

Respectfully submitted,

 */s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
    pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)


WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York  10019
 (212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request for Oral Argument on the Motions for Partial Summary Judgment has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd of April, 2014.

*/s/ Phillip A. Wittmann*