UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig<br>"Deepwater Horizon"<br>in the Gulf of Mexico,<br>on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>Pinellas Marine Salvage Inc., et al. v. Feinberg, et al.,<br>2:11-cv-1987<br>Salvesen v. Feinberg, et al.,<br>2:11-cv-02533<br>Ditch v. Feinberg et al.,<br>2:13-cv-06014<br>_____/ | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**PLAINTIFFS' MOTION TO REMAND OR, IN THE ALTERNATIVE,
MOTION TO COMMENCE FORMAL DISCOVERY**

Plaintiffs, Pinellas Marine Salvage, Inc., John Mavrogiannis, Selmer M. Salvesen, and Andrew J. Ditch, by and through their undersigned counsel, hereby file their Motion to Remand or, in the Alternative, Motion to Commence Formal Discovery for the reasons set out in Plaintiffs' Memorandum in Support of Their Motion to Remand or, in the Alternative, Motion to Commence Formal Discovery filed concurrently herewith.

DATED: April 24, 2014

Respectfully submitted,

**/s/ Brian J. Donovan**
Brian J. Donovan
Attorney for Plaintiffs
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

## CERTIFICATE OF NON-SUPPORT

The undersigned certifies, pursuant to Pretrial Order No. 11, that he has conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the filing of Plaintiffs' Motion to Remand or, in the Alternative, Motion to Commence Formal Discovery and Memorandum of Law. Plaintiffs' Liaison Counsel stated, "Will get thoughts from PSC."

DATED:  April 24, 2014　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian J. Donovan
　　　　　　　　　　　　　　　　　　　　　　　　　Brian J. Donovan
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 143900
　　　　　　　　　　　　　　　　　　　　　　　　　3102 Seaway Court, Suite 304
　　　　　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33629
　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (352)328-7469
　　　　　　　　　　　　　　　　　　　　　　　　　BrianJDonovan@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Motion to Remand or, in the Alternative, Motion to Commence Formal Discovery and Memorandum of Law has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of April, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian J. Donovan
　　　　　　　　　　　　　　　　　　　　　　　　　Brian J. Donovan
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 143900
　　　　　　　　　　　　　　　　　　　　　　　　　3102 Seaway Court, Suite 304
　　　　　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33629
　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (352)328-7469
　　　　　　　　　　　　　　　　　　　　　　　　　BrianJDonovan@verizon.net