1                    UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF LOUISIANA

3

4    ****************************************************************

5    IN RE:  OIL SPILL BY THE OIL
     RIG *DEEPWATER HORIZON* IN THE
6    GULF OF MEXICO ON APRIL 20,
     2010
7

8                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
9                              MONDAY, FEBRUARY 25, 2013

10

11   THIS DOCUMENT RELATES TO:

12   CASE NO. 2:10-CV-02771,
     *IN RE:  THE COMPLAINT AND*
     *PETITION OF TRITON ASSET*
13   *LEASING GmbH, ET AL*

14   CASE NO. 2:10-CV-4536,
     *UNITED STATES OF AMERICA V.*
15   *BP EXPLORATION & PRODUCTION,*
     *INC., ET AL*
16

17   ****************************************************************

18

19
                           **DAY 1  MORNING SESSION**
20
              TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
21
            HEARD BEFORE THE HONORABLE CARL J. BARBIER
22
                   UNITED STATES DISTRICT JUDGE
23

24

25

                          **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFFS:    DOMENGEAUX WRIGHT ROY & EDWARDS
                             BY:   JAMES P. ROY, ESQ.
 4                           556 JEFFERSON STREET, SUITE 500
                             POST OFFICE BOX 3668
 5                           LAFAYETTE, LA  70502

 6

 7                           HERMAN HERMAN & KATZ
                             BY:   STEPHEN J. HERMAN, ESQ.
 8                           820 O'KEEFE AVENUE
                             NEW ORLEANS, LA  70113
 9

10                           CUNNINGHAM BOUNDS
11                           BY:   ROBERT T. CUNNINGHAM, ESQ.
                             1601 DAUPHIN STREET
12                           MOBILE, AL  36604

13

14                           LEWIS, KULLMAN, STERBCOW & ABRAMSON
                             BY:   PAUL M. STERBCOW, ESQ.
15                           PAN AMERICAN LIFE BUILDING
                             601 POYDRAS STREET, SUITE 2615
16                           NEW ORLEANS, LA  70130

17

18                           BREIT DRESCHER IMPREVENTO & WALKER
                             BY:   JEFFREY A. BREIT, ESQ.
19                           600 22ND STREET, SUITE 402
                             VIRGINIA BEACH, VA  23451
20

21

22                           LEGER & SHAW
                             BY:   WALTER J. LEGER, JR., ESQ.
                             600 CARONDELET STREET, 9TH FLOOR
23                           NEW ORLEANS, LA  70130

24

25

                         OFFICIAL TRANSCRIPT
```

1   APPEARANCES CONTINUED:

2

3                          WATTS, GUERRA, CRAFT
                           BY:  MIKAL C. WATTS, ESQ.
4                          4 DOMINION DRIVE
                           BUILDING 3, SUITE 100
5                          SAN ANTONIO, TX 78257

6

7                          WILLIAMS LAW GROUP
                           BY:  CONRAD S. P. WILLIAMS, ESQ.
8                          435 CORPORATE DRIVE, SUITE 101
                           HOUMA, LA  70360
9

10                         THORNHILL LAW FIRM
11                         BY:  THOMAS THORNHILL, ESQ.
                           1308 NINTH STREET
12                         SLIDELL, LA  70458

13

14                         DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                           BY:  JOHN W. DEGRAVELLES, ESQ.
15                         618 MAIN STREET
                           BATON ROUGE, LA 70801
16

17

18                         WILLIAMSON & RUSNAK
                           BY:  JIMMY WILLIAMSON, ESQ.
19                         4310 YOAKUM BOULEVARD
                           HOUSTON, TX  77006

20

21                         IRPINO LAW FIRM
                           BY:  ANTHONY IRPINO, ESQ.
22                         2216 MAGAZINE STREET
                           NEW ORLEANS, LA  70130
23

24

25

**OFFICIAL TRANSCRIPT**

1   APPEARANCES CONTINUED:

2

3

     FOR THE UNITED STATES
4    OF AMERICA:                U.S. DEPARTMENT OF JUSTICE
                                 TORTS BRANCH, CIVIL DIVISION
5                                BY:  R. MICHAEL UNDERHILL, ESQ.
                                 450 GOLDEN GATE AVENUE
6                                7TH FLOOR, ROOM 5395
                                 SAN FRANCISCO, CA  94102
7

8
                                 U.S. DEPARTMENT OF JUSTICE
9                                ENVIRONMENT & NATURAL RESOURCES DIVISION
                                 ENVIRONMENTAL ENFORCEMENT SECTION
10                               BY:  STEVEN O'ROURKE, ESQ.
                                      SCOTT CERNICH, ESQ.
11                                    DEANNA CHANG, ESQ.
                                      RACHEL HANKEY, ESQ.
12                                    A. NATHANIEL CHAKERES, ESQ.
                                 P.O. BOX 7611
13                               WASHINGTON, DC  20044

14

15                               U.S. DEPARTMENT OF JUSTICE
                                 TORTS BRANCH, CIVIL DIVISION
16                               BY:  JESSICA McCLELLAN, ESQ.
                                      MICHELLE DELEMARRE, ESQ.
17                                    JESSICA SULLIVAN, ESQ.
                                      SHARON SHUTLER, ESQ.
18                                    MALINDA LAWRENCE, ESQ.
                                 POST OFFICE BOX 14271
19                               WASHINGTON, DC  20044

20

21                               U.S. DEPARTMENT OF JUSTICE
                                 FRAUD SECTION
22                               COMMERCIAL LITIGATION BRANCH
                                 BY:  DANIEL SPIRO, ESQ.
23                                    KELLEY HAUSER, ESQ.
                                      ELIZABETH YOUNG, ESQ.
24                               BEN FRANKLIN STATION
                                 WASHINGTON, DC  20044
25

                         **OFFICIAL TRANSCRIPT**

```
 1     APPEARANCES CONTINUED:

 2

 3     FOR THE STATE OF
       ALABAMA:                ALABAMA ATTORNEY GENERAL'S OFFICE
 4                             BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                    COREY L. MAZE, ESQ.
 5                                  WINFIELD J. SINCLAIR, ESQ.
                               500 DEXTER AVENUE
 6                             MONTGOMERY, AL  36130

 7

 8     FOR THE STATE OF
       LOUISIANA OFFICE
 9     OF THE ATTORNEY
       GENERAL:
10                             STATE OF LOUISIANA
                               BY:  JAMES D.  CALDWELL,
11                             ATTORNEY GENERAL
                               1885 NORTH THIRD STREET
12                             POST OFFICE BOX 94005
                               BATON ROUGE, LA  70804
13

14
                               KANNER & WHITELEY
15                             BY:  ALLAN KANNER, ESQ.
                                    DOUGLAS R. KRAUS, ESQ.
16                             701 CAMP STREET
                               NEW ORLEANS, LA  70130
17

18

19     FOR BP EXPLORATION &
       PRODUCTION INC.,
20     BP AMERICA PRODUCTION
       COMPANY, BP PLC:        LISKOW & LEWIS
21                             BY:  DON K. HAYCRAFT, ESQ.
                               ONE SHELL SQUARE
22                             701 POYDRAS STREET
                               SUITE 5000
23                             NEW ORLEANS, LA  70139

24

25

                        OFFICIAL TRANSCRIPT
```

```
 1    APPEARANCES CONTINUED:

 2

 3
                         COVINGTON & BURLING
 4                       BY:  ROBERT C. "MIKE" BROCK, ESQ.
                         1201 PENNSYLVANIA AVENUE, NW
 5                       WASHINGTON, DC  20004

 6

 7                       KIRKLAND & ELLIS
                         BY:  J. ANDREW LANGAN, ESQ.
 8                            HARIKLIA "CARRIE" KARIS, ESQ.
                              MATTHEW T. REGAN, ESQ.
 9                       300 N. LASALLE
                         CHICAGO, IL  60654
10

11

12    FOR TRANSOCEAN HOLDINGS
      LLC, TRANSOCEAN
13    OFFSHORE DEEPWATER
      DRILLING INC., AND
14    TRANSOCEAN DEEPWATER
      INC.:              FRILOT
15                       BY:  KERRY J. MILLER, ESQ.
                         ENERGY CENTRE
16                       1100 POYDRAS STREET, SUITE 3700
                         NEW ORLEANS, LA  70163
17

18
                         SUTHERLAND ASBILL & BRENNAN
19                       BY:  STEVEN L. ROBERTS, ESQ.
                              RACHEL G. CLINGMAN, ESQ.
20                       1001 FANNIN STREET, SUITE 3700
                         HOUSTON, TX  77002
21

22
                         MUNGER TOLLES & OLSON
23                       BY:  MICHAEL R. DOYEN, ESQ.
                              BRAD D. BRIAN, ESQ.
24                            LUIS LI, ESQ.
                         335 SOUTH GRAND AVENUE, 35TH FLOOR
25                       LOS ANGELES, CA  90071
```

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3                              MAHTOOK & LAFLEUR
                               BY:  RICHARD J. HYMEL, ESQ.
 4                             1000 CHASE TOWER
                               600 JEFFERSON STREET
 5                             LAFAYETTE, LA  70502

 6

 7                              HUGHES ARRELL KINCHEN
                               BY:  JOHN KINCHEN, ESQ.
 8                             2211 NORFOLK, SUITE 1110
                               HOUSTON, TX  77098
 9

10

11    FOR CAMERON INTERNATIONAL
      CORPORATION:            STONE PIGMAN WALTHER WITTMANN
12                             BY:  PHILLIP A. WITTMANN, ESQ.
                               546 CARONDELET STREET
13                             NEW ORLEANS, LA 70130

14

15                              BECK REDDEN & SECREST
                               BY:  DAVID J. BECK, ESQ.
16                                   DAVID W. JONES, ESQ.
                                    GEOFFREY GANNAWAY, ESQ.
17                                   ALEX B. ROBERTS, ESQ.
                               ONE HOUSTON CENTER
18                             1221 MCKINNEY STREET, SUITE 4500
                               HOUSTON, TX  77010
19

20

      FOR HALLIBURTON
21    ENERGY SERVICES,
      INC.:                   GODWIN LEWIS
22                             BY:  DONALD E. GODWIN, ESQ.
                                    BRUCE W. BOWMAN, JR., ESQ.
23                                   FLOYD R. HARTLEY, JR., ESQ.
                                    GAVIN HILL, ESQ.
24                             RENAISSANCE TOWER
                               1201 ELM STREET, SUITE 1700
25                             DALLAS, TX  75270
```

**OFFICIAL TRANSCRIPT**

```
1    APPEARANCES CONTINUED:

2
                            GODWIN LEWIS
3                           BY:  JERRY C. VON STERNBERG, ESQ.
                            1331 LAMAR, SUITE 1665
4                           HOUSTON, TX  77010

5

6    FOR M-I L.L.C.:        MORGAN, LEWIS & BOCKIUS
                            BY:  HUGH E. TANNER, ESQ.
7                           DENISE SCOFIELD, ESQ.
                            JOHN C. FUNDERBURK, ESQ.
8                           1000 LOUISIANA STREET, SUITE 4000
                            HOUSTON, TX  77002
9

10

11   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                               CERTIFIED REALTIME REPORTER
12                             REGISTERED MERIT REPORTER
                               500 POYDRAS STREET, ROOM HB406
13                             NEW ORLEANS, LA  70130
                               504) 589-7779
14                             Cathy_Pepper@laed.uscourts.gov

15
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
16   PRODUCED BY COMPUTER.

17

18

19

20

21

22

23

24

25
```

**OFFICIAL TRANSCRIPT**

1                            **I N D E X**

2

3                                                              <u>PAGE</u>

4

5    OPENING STATEMENTS BY MR. ROY........................  26

6    OPENING STATEMENTS BY MR. UNDERHILL.................  71

7    OPENING STATEMENTS BY MR. STRANGE...................  100

8    OPENING STATEMENTS BY MR. CALDWELL..................  103

9    OPENING STATEMENTS BY MR. BRIAN.....................  111

10   LUNCHEON RECESS.....................................  142

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

1          **P-R-O-C-E-E-D-I-N-G-S**

2              MONDAY, FEBRUARY 25, 2013

3          M O R N I N G    S E S S I O N

4              (COURT CALLED TO ORDER)

07:22AM   5

08:02AM   6

08:02AM   7          THE DEPUTY CLERK:  All rise.

08:02AM   8          THE COURT:  All right.  Good morning, everyone.

08:02AM   9          VOICES:  Good morning, Your Honor.

08:02AM  10          THE COURT:  Be seated.

08:02AM  11              All right, Stephanie, you may call the case,

08:02AM  12      please.

08:03AM  13          THE DEPUTY CLERK:  Multidistrict Litigation 10-2179, *In*

08:03AM  14      *re:  Oil spill by the oil rig Deepwater Horizon in the Gulf of*

08:03AM  15      *Mexico on April 20, 2010*; Civil Action 10-2771, *In re:  The*

08:03AM  16      *Complaint and Petition of Triton Asset Leasing GmbH, et al.*;

08:03AM  17      Civil Action 10-4536, *United States of America versus*

08:03AM  18      *BP Exploration and Production, Incorporated, et al.*

08:03AM  19          THE COURT:  All right.  Counsel, I would like to have

08:03AM  20      those counsel who will be appearing during the trial to make an

08:03AM  21      appearance on the record right now, please.

08:03AM  22          MR. ROY:  Your Honor, Jim Roy, good morning, PSC

08:03AM  23      coliaison.

08:03AM  24          MR. CUNNINGHAM:  Your Honor, Robert Cunningham, PSC.

08:03AM  25          MR. WILLIAMS:  Good morning, Your Honor.  Duke

                        **OFFICIAL TRANSCRIPT**

08:03AM  1    Williams, PSC.

08:03AM  2         MR. IRPINO:  Anthony Irpino on behalf of the PSC.

08:03AM  3         MR. DEGRAVELLES:  John DeGravelles, PSC.

08:04AM  4         MR. STERBCOW:  Paul Sterbcow, Your Honor, PSC.

08:04AM  5         MR. HERMAN:  Good morning, Your Honor.  Steve Herman

08:04AM  6    for the plaintiff.

08:04AM  7         MR. LEGER:  Walter Leger, Counsel for the PSC.

08:04AM  8         MR. WILLIAMSON:  Jimmy Williamson, PSC.

08:04AM  9         MR. WATTS:  Mikal Watts, PSC.

08:04AM 10         MR. THORNHILL:  Good morning, Your Honor.  Tom.

08:04AM 11    Thornhill, PSC.

08:04AM 12         MR. CERNICH:  Scott Cernich, the United States.

08:04AM 13         MR. CALDWELL:  Buddy Caldwell, Attorney General for the

08:04AM 14    State of Louisiana.

08:04AM 15         MR. STRANGE:  Luther Strange, Attorney General, State

08:04AM 16    of Alabama.

08:04AM 17         MR. O'ROURKE:  Steve O'Rourke for the United States.

08:04AM 18         MR. UNDERHILL:  Good morning, Your Honor.

08:04AM 19    Mike Underhill on behalf of the United States of America.

08:04AM 20         MR. BREIT:  Jeffrey Breit on behalf of the PSC,

08:04AM 21    Your Honor.

08:04AM 22         MR. KANNER:  Allan Kanner for the State of Louisiana.

08:04AM 23         MR. MAZE:  Corey Maze for the State of Alabama.

08:04AM 24         THE COURT:  Anyone else on the plaintiffs' side?

08:04AM 25              Let's move to the defendants.

**OFFICIAL TRANSCRIPT**

08:04AM 1          MR. BROCK:  Mike Brock for BP.

08:04AM 2          MR. REGAN:  Matthew Regan for BP, Your Honor.

08:05AM 3          MS KARIS:  Hariklia Karis on behalf of BP.

08:05AM 4          MR. LANGAN:  Andy Langan for BP.

08:05AM 5          MR. HAYCRAFT:  Don Haycraft, BP.

08:05AM 6          MR. BECK:  David Beck for Cameron.

08:05AM 7          MR. ROBERTS:  Steve Roberts, Transocean.

08:05AM 8          MR. MILLER:  Kerry Miller, Transocean.

08:05AM 9          MR. BRIAN:  Brad Brian, Transocean.

08:05AM 10         MR. DOYEN:  Michael Doyen, Transocean.

08:05AM 11         MR. Li:  Luis Lee, Transocean.

08:05AM 12         MS. CLINGMAN:  Rachel Clingman, Transocean.

08:05AM 13         MR. HYMEL:  Richard Hymel, Transocean.

08:05AM 14         MR. GODWIN:  Don Godwin, Halliburton.

08:05AM 15         MR. YORK:  Alan York, also for Halliburton.

08:05AM 16         MR. HILL:  Gavin Hill, also form Halliburton.

08:05AM 17         MR.:  Floyd Hartley for Halliburton.

08:05AM 18         MR. VON STERNBERG:  Jerry Von Sternberg, Halliburton.

08:05AM 19         MR. TANNER:  Hugh Tanner for M-I.

08:05AM 20         MS. SCOFIELD:  Denise Scofield for M-I.

08:05AM 21         MR. FUNDERBURK:  John Funderburk, for M-I.

08:05AM 22         THE COURT:  I'm sorry, what's your name, sir?  I don't

08:05AM 23  have you on my list.  What's your name?

08:05AM 24         MR. FUNDERBURK:  John Funderburk.

08:05AM 25         THE COURT:  Funderburk?

                            **OFFICIAL TRANSCRIPT**

08:05AM   1          MR. FUNDERBURK:  Yes, sir.

08:05AM   2          THE COURT:  Okay, thank you.

08:05AM   3          MR. WITTMANN:  Phil Wittmann, Cameron.

08:05AM   4          MR. JONES:  David Jones for Cameron.

08:06AM   5          MR. GANNAWAY:  Geoff Gannaway for Cameron.

08:06AM   6          MR. ROBERTS:  Alan Roberts for Cameron.

08:06AM   7          MR. KINCHEN:  John Kinchen for Transocean.

08:06AM   8          THE COURT:  All right.  Does that cover everyone?

08:06AM   9          All right.  In a few moments, we will begin what

08:06AM  10  are called *opening statements* by counsel for the parties.  It's

08:06AM  11  anticipated that these opening statements will take up the rest

08:06AM  12  of today.

08:06AM  13          These statements, of course, are not part of the

08:06AM  14  evidence in this trial, but are an opportunity for counsel for

08:06AM  15  each party to give us an overview or a preview of what they

08:06AM  16  believe the evidence will show.

08:06AM  17          At the conclusion of the opening statements

08:06AM  18  today, we will recess the trial and resume in the morning with

08:06AM  19  the first live witness.

08:06AM  20          Before counsel begin their opening statements,

08:06AM  21  however, I want to address a few matters regarding courtroom

08:07AM  22  conduct and, also, explain some other things about the trial

08:07AM  23  itself.

08:07AM  24          This is the first phase of what is expected to be

08:07AM  25  a multiphase trial.  The parties have estimated that this first

**OFFICIAL TRANSCRIPT**

08:07AM  1    phase will take approximately three months to complete.

08:07AM  2              Ordinarily, we will hold trial Monday through

08:07AM  3    Thursday beginning at 8:00 a.m. and recessing not later than

08:07AM  4    6:00 p.m.

08:07AM  5              This is a bench trial.  As everyone can see, we

08:07AM  6    have no jury, which is customary in admiralty cases such as

08:07AM  7    this.

08:07AM  8              At this time, I ask everyone to make sure that

08:07AM  9    your cell phones, laptops, iPads, tablets or any other

08:07AM 10    electronic devices are either turned off or placed on silent

08:07AM 11    mode.  If you need to use your phone, please step into the hall

08:07AM 12    and away from the courtroom doors to do so.

08:07AM 13              I also expect that proper decorum will be

08:07AM 14    maintained at all times during this lengthy trial.  We, of

08:07AM 15    course, cannot have any sorts of verbal commenting or outbursts

08:08AM 16    during the trial or during a witness's testimony, so please

08:08AM 17    heed this caution.

08:08AM 18              No food or drinks are allowed in the courtroom.

08:08AM 19    An exception is that counsel for the parties may have water at

08:08AM 20    their tables.

08:08AM 21              I also remind everyone that the taking of any

08:08AM 22    type of photographs or video anywhere in the federal courthouse

08:08AM 23    complex is strictly prohibited.  Any recording, broadcasting or

08:08AM 24    transmitting any part of a trial in a federal courthouse is

08:08AM 25    prohibited.  These are not simply my rules.  It is the policy

**OFFICIAL TRANSCRIPT**

08:08AM   1   of the judicial conference of the United States.

08:08AM   2           Anyone who violates these rules may be subjected

08:08AM   3   to sanctions, including fines, seizure of the camera, phone or

08:08AM   4   other device, and possible ejection from the courtroom and

08:08AM   5   courthouse.

08:08AM   6           These rules and other matters regarding public

08:08AM   7   access to the trial are set forth in the Court's Order of

08:08AM   8   January 18, 2013, which is Record Document 8291.  It's also

08:09AM   9   posted on the Court's public website on that date, and I

08:09AM  10   strongly encourage everyone to read this article.

08:09AM  11           Also, we have several overflow courtrooms where

08:09AM  12   there are audio feeds and evidence presentation screens.  So

08:09AM  13   those of you who cannot get into the courtroom will nonetheless

08:09AM  14   be able to hear the live testimony, what is occurring in this

08:09AM  15   courtroom, and you'll be able to see whatever is on the

08:09AM  16   evidence presentation screens at the same time.

08:09AM  17           The same rules about what is prohibited in the

08:09AM  18   courthouse and in the courtroom apply to these overflow

08:09AM  19   courtrooms as well.

08:09AM  20           Now, I would like to give some brief context to

08:09AM  21   this trial, primarily to help the press and public understand

08:09AM  22   the nature of the current proceedings.

08:09AM  23           These comments are provided merely to establish

08:09AM  24   background and do not constitute rulings or findings by the

08:09AM  25   Court.  So, for example, if my description of a particular

**OFFICIAL TRANSCRIPT**

08:10AM 1    party's role is not entirely accurate or complete, that

08:10AM 2    statement is not binding.

08:10AM 3                As you are all probably aware, this trial

08:10AM 4    concerns the April 20, 2010 blowout, explosion and fire on the

08:10AM 5    mobile offshore drilling unit *Deepwater Horizon* as it was

08:10AM 6    preparing to temporarily abandon the Macondo well, an

08:10AM 7    exploratory well drilled in Block 252, Mississippi Canyon, on

08:10AM 8    the Outer Continental Shelf, approximately 50 miles south of

08:10AM 9    Louisiana.

08:10AM 10               That catastrophe took the lives of eleven men and

08:10AM 11   injured many others.

08:10AM 12               On April 22, after burning for two days, the rig

08:10AM 13   sank into the Gulf of Mexico.  For roughly the next three

08:10AM 14   months, oil continuously discharged into the Gulf before the

08:10AM 15   well could be capped.  Later, the well was permanently sealed

08:10AM 16   via a relief well.

08:10AM 17               There are a number of parties participating in

08:10AM 18   this Phase One of the trial.  For example, the plaintiffs, or

08:10AM 19   claimants, include, among others, the United States of America,

08:11AM 20   the States of Louisiana and Alabama, and numerous private

08:11AM 21   individuals, businesses or other entities who have filed claims

08:11AM 22   in Transocean's limitation action.

08:11AM 23               There are also multiple defendants.  BP was the

08:11AM 24   operator and leased the Macondo prospect site from the federal

08:11AM 25   government.

**OFFICIAL TRANSCRIPT**

08:11AM 1          Transocean owned the *Deepwater Horizon* and was

08:11AM 2    contracted by BP to drill the Macondo well.

08:11AM 3          Halliburton was contracted by BP to provide

08:11AM 4    cement and related services for the Macondo well.

08:11AM 5          Cameron manufactured and sold to Transocean the

08:11AM 6    *Deepwater Horizon*'s BOP, or blowout preventer, which was

08:11AM 7    installed near the wellhead.

08:11AM 8          M-I was contracted by BP to provide certain

08:11AM 9    drilling fluids, among other services and materials.

08:11AM 10         In August of 2010, numerous individual lawsuits

08:11AM 11   stemming from these events were consolidated before this Court

08:11AM 12   in what is called a multidistrict litigation, or commonly

08:11AM 13   called an MDL.

08:12AM 14         This Phase One trial concerns two of the cases

08:12AM 15   within this MDL:  Case number 10-2771, which is the Transocean

08:12AM 16   entities limitation action, under what is known as the

08:12AM 17   Shipowners' Limitation of Liability Act, which I will further

08:12AM 18   discuss in a moment; also, Case Number 10-4536, the

08:12AM 19   United States' action for certain damages under the

08:12AM 20   Oil Pollution Act of 1990, or also called OPA, and for civil

08:12AM 21   penalties under Section 311 of the Clean Water Act.

08:12AM 22         Both of these cases are before the Court for all

08:12AM 23   purposes including trial, as opposed to some of the other cases

08:12AM 24   that were transferred here for pretrial purposes only under the

08:12AM 25   MDL statute.

**OFFICIAL TRANSCRIPT**

08:12AM   1             The Shipowners' Limitation of Liability Act is an

08:12AM   2   1851 federal statute which permits a vessel owner to file a

08:12AM   3   complaint in federal court seeking exoneration from liability

08:12AM   4   or, alternatively, limitation of liability equal to the

08:13AM   5   post-casualty value of the vessel, plus any pending freight.

08:13AM   6             If the vessel owner complies with certain

08:13AM   7   requirements, claims against the vessel owner pending in other

08:13AM   8   courts are stayed, and the claims instead must be brought in

08:13AM   9   the limitation proceeding.

08:13AM  10             In this manner, all claims are marshaled together

08:13AM  11   in what is called a concursus.  The vessel owner may also join

08:13AM  12   third parties it believes are liable to the plaintiffs, who may

08:13AM  13   likewise crossclaim against one another and/or counterclaim

08:13AM  14   against the vessel owner.

08:13AM  15             This is what happened here.  Transocean filed a

08:13AM  16   limitation complaint.  Claims were filed in the limitation

08:13AM  17   proceeding.  Transocean brought third-party claims against BP,

08:13AM  18   Halliburton, Cameron, M-I and others, who then cross-claimed

08:13AM  19   against one another and counterclaimed against Transocean.

08:13AM  20             A vessel owner may limit its liability only if it

08:13AM  21   shows that the fault causing the loss occurred without its

08:14AM  22   privity or knowledge.  Thus, the Court must determine what acts

08:14AM  23   of negligence or unseaworthiness caused the casualty and

08:14AM  24   whether the vessel owner had knowledge or privity of these

08:14AM  25   acts.

**OFFICIAL TRANSCRIPT**

08:14AM 1            The burden of proving negligence or

08:14AM 2    unseaworthiness is on the claimants.  The burden will then

08:14AM 3    shift to the vessel owner to prove lack of privity or

08:14AM 4    knowledge.

08:14AM 5            It should be noted that even if Transocean is

08:14AM 6    entitled to limit its liability, there would be unresolved

08:14AM 7    questions about what claims are subject to the limitation,

08:14AM 8    particularly with respect to claims under OPA.

08:14AM 9            Although Transocean is technically the plaintiff

08:14AM 10   in the limitation action, to simplify matters during this

08:14AM 11   trial, I will typically refer to the United States, the States

08:14AM 12   and the private plaintiffs as the plaintiffs, and I will refer

08:14AM 13   to Transocean and BP, Halliburton, Cameron and M-I as the

08:14AM 14   defendants.

08:14AM 15           As mentioned, the United States' action brings

08:14AM 16   claims under OPA and the Clean Water Act.  This action is being

08:15AM 17   tried with Transocean's limitation action because there are

08:15AM 18   some overlapping issues, particularly whether BP or Transocean

08:15AM 19   acted with gross negligence or willful misconduct.

08:15AM 20           This is because the Clean Water Act imposes a

08:15AM 21   civil penalty for harmful discharge of oil, the maximum value

08:15AM 22   of which is determined primarily by two factors, how much oil

08:15AM 23   was discharged, and whether or not the discharger acted with

08:15AM 24   gross negligence or willful misconduct.

08:15AM 25           Phase One of this trial will address fault

**OFFICIAL TRANSCRIPT**

08:15AM 1    determination and allocation relating to the loss of well
08:15AM 2    control or blowout, the ensuing fire and explosion, capsizing
08:15AM 3    and sinking of the *Deepwater Horizon*, and the initiation of the
08:15AM 4    release of oil from the well.
08:15AM 5         Phase One will also include issues related to
08:15AM 6    Transocean's exoneration, limitation and liability defenses, as
08:15AM 7    well as the issues relating to various crossclaims,
08:16AM 8    counterclaims, etcetera, between the various defendants.
08:16AM 9         It is important to understand that the particular
08:16AM 10   losses or damages suffered by any one plaintiff will not be
08:16AM 11   determined in this phase, nor will the Court determine the
08:16AM 12   amount of any civil fines or penalties in this phase of the
08:16AM 13   trial.
08:16AM 14        Also, the Court will not hear evidence relating
08:16AM 15   to or decide in this phase issues regarding the response
08:16AM 16   efforts following the spill or the quantity of oil that escaped
08:16AM 17   before the well was capped.  Those issues will be subjects of a
08:16AM 18   later Phase Two trial.
08:16AM 19        Now, the Court has previously allocated time for
08:16AM 20   opening statements and assigned the order in which they will
08:16AM 21   occur.
08:16AM 22        The private claimants represented here today by
08:16AM 23   the Plaintiffs' Steering Committee will have 75 minutes of
08:16AM 24   opening statements.  The United States will then follow for
08:16AM 25   45 minutes.  The States of Louisiana and Alabama have a total

**OFFICIAL TRANSCRIPT**

08:16AM 1    of 20 minutes.  Transocean then has 60 minutes, Halliburton

08:17AM 2    60 minutes, BP 90 minutes, Cameron 10 minutes, and M-I

08:17AM 3    10 minutes.  If my math is correct, that's a total of

08:17AM 4    370 minutes, or a little over six hours.

08:17AM 5            During the trial, the order of proof, the order

08:17AM 6    will generally go as follows:  First, the PSC, the

08:17AM 7    United States and the States will present evidence in support

08:17AM 8    of their claims against all defendants.

08:17AM 9            Second, Transocean will present evidence on its

08:17AM 10   exoneration, limitation and liability defenses, as well as any

08:17AM 11   counter, cross or third-party claims against other defendants.

08:17AM 12           Third, the remaining defendants shall present

08:17AM 13   their evidence in support of their defenses in counter, cross

08:17AM 14   and third-party claims.

08:17AM 15           And fourth, the PSC, USA and States shall present

08:17AM 16   any rebuttal evidence.

08:17AM 17           Finally, a few notes regarding evidence

08:17AM 18   presentation.  The parties deposed many, many witnesses prior

08:18AM 19   to trial.  This means that witnesses were questioned by counsel

08:18AM 20   outside of court under oath, and those examinations were

08:18AM 21   recorded.  Transcripts of these depositions have been submitted

08:18AM 22   to the Court in advance of trial.

08:18AM 23           During the trial, a witness's deposition

08:18AM 24   transcript may be introduced into evidence in lieu of having

08:18AM 25   that witness appear in person to testify live.

**OFFICIAL TRANSCRIPT**

08:18AM  1              In addition, the parties may at times play

08:18AM  2     shorter video clips from certain depositions.

08:18AM  3              The parties have also prepared numerous exhibits

08:18AM  4     that will be submitted as the trial progresses.

08:18AM  5              The plan is to have Magistrate

08:18AM  6     Judge Sally Shushan assist the Court and the parties each

08:18AM  7     Thursday afternoon in marshalling the materials which were used

08:18AM  8     or introduced during that week.

08:18AM  9              All of the depositions and exhibits are in

08:18AM 10     electronic format and will be made available for the press and

08:18AM 11     public as follows.

08:18AM 12              During each week of the trial, the report and

08:18AM 13     résumé of each expert who testifies will be introduced into

08:19AM 14     evidence.  The report will be a part of the expert's trial

08:19AM 15     testimony on direct examination.

08:19AM 16              At the first marshalling conference, the PSC will

08:19AM 17     tender for filing into the record fact witness deposition

08:19AM 18     transcripts and exhibits.  Those will be proffered subject to

08:19AM 19     objections which have been lodged by various parties.  That

08:19AM 20     procedure will continue through the course of the trial.

08:19AM 21              Let me provide the press and the public,

08:19AM 22     particularly, a caveat here about this.  Because of the sheer

08:19AM 23     volume of evidence that the Court has already seen and will see

08:19AM 24     during the course of this trial, some of the testimony and

08:19AM 25     exhibits that will be admitted during the trial will be

                              **OFFICIAL TRANSCRIPT**

08:19AM 1    admitted subject to certain objections.  That means that the

08:19AM 2    Court may later exclude some of this evidence and not take it

08:19AM 3    into consideration in reaching its decisions in this case.

08:20AM 4          So I would just caution the press and public that

08:20AM 5    just because something is mentioned in testimony or an exhibit

08:20AM 6    is introduced at trial, if it is subject to an objection, that

08:20AM 7    does not preclude the possibility of it being excluded at a

08:20AM 8    later date.

08:20AM 9          This is being done as an accommodation, again,

08:20AM 10   because of the sheer volume of evidence that the parties and

08:20AM 11   the Court are working with in this case.

08:20AM 12         All right.  Again, the plan is that all

08:20AM 13   deposition transcripts, related exhibits, expert reports and

08:20AM 14   résumés, and the exhibits that are marshalled each week will be

08:20AM 15   made available and posted each week on a public FTP Internet

08:20AM 16   website, which is www.MDL2179trialdocs.com.  The link to that

08:21AM 17   will be posted on the Court's public website.

08:21AM 18         That is not a court-maintained website, however,

08:21AM 19   but it is a website where all of this information will be

08:21AM 20   posted weekly and will be available to the public or press.

08:21AM 21         So if anyone has any further questions about

08:21AM 22   public access to trial materials, you should refer to the

08:21AM 23   recent Order of the Court issued February 22nd, 2013, which

08:21AM 24   will be available on the Court's public website.  The Court's

08:21AM 25   website, by the way, for the benefit of those who do not know,

**OFFICIAL TRANSCRIPT**

08:21AM   1    is www.laed.uscourts.gov.

08:21AM   2              If you go there, that's the Court's home page,

08:21AM   3    there is a link to MDL 2179.

08:21AM   4              Please do not, do not call the Court or contact

08:21AM   5    the Court staff about this.  All information you should have is

08:21AM   6    posted at the Court's website.  There's really nothing else we

08:21AM   7    can tell you, so please do not call or contact the Court staff

08:22AM   8    with these questions.

08:22AM   9              I should also note that the parties have made

08:22AM   10   available to the Court and to the court reporters a glossary of

08:22AM   11   certain terms and acronyms that may be used from time to time

08:22AM   12   during the trial.

08:22AM   13             The oil and gas industry is a specialized and

08:22AM   14   highly technical industry, and there are a lot of acronyms that

08:22AM   15   will be used.  I'm going to ask the parties and the attorneys

08:22AM   16   to try to avoid using acronyms as much as they can during the

08:22AM   17   trial; but, so that the press and the public can understand

08:22AM   18   what's going on, we do have a glossary that can be made

08:22AM   19   available that would be helpful.

08:22AM   20             With regard to the press corps, you will note

08:22AM   21   that we have two benches in the courtroom reserved for members

08:22AM   22   of the credentialed media.

08:22AM   23             In addition, at least for this first week, we

08:22AM   24   have arranged, in addition to the three normal overflow

08:22AM   25   courtrooms which we should have for the length of the trial,

**OFFICIAL TRANSCRIPT**

08:23AM 1    just for the week only, we've arranged for the use of Courtroom

08:23AM 2    C-224, which is Judge Milazzo's courtroom directly across the

08:23AM 3    hall from my courtroom.  She's been kind enough to move one

08:23AM 4    proceeding that she had scheduled this week to another

08:23AM 5    courtroom to allow us to use that courtroom.

08:23AM 6            This is going to be a week-to-week thing.  If

08:23AM 7    there are courtrooms available, I'll try to make another

08:23AM 8    district court courtroom available.

08:23AM 9            In that courtroom, it's a no lawyer zone.  We

08:23AM 10   figured out or counted that the lawyers have enough room

08:23AM 11   between taking up most of this courtroom and three other

08:23AM 12   courtrooms that we needed space reserved for the press and

08:23AM 13   public.

08:23AM 14           So if there are any members of the press who

08:23AM 15   could not get in this courtroom and/or would just like a more

08:23AM 16   convenient place to work, we have five tables reserved for use

08:23AM 17   by the press across the hall.  The rest of the seating in there

08:24AM 18   is for the public.

08:24AM 19           All right.  And again, that courtroom, like the

08:24AM 20   other overflow rooms, will have a live audio feed and evidence

08:24AM 21   screens for you to follow what's going on in this courtroom.

08:24AM 22           One more thing before we begin opening

08:24AM 23   statements.  I want to announce to the lawyers and to everyone

08:24AM 24   else that I've looked at the calendar.  We had already

08:24AM 25   announced that we would not work -- this trial, as I said, is

08:24AM 1    expected to last three months.  We've already announced that we

08:24AM 2    would not work or hold court on the Thursday and Friday

08:24AM 3    immediately preceding Easter weekend.

08:24AM 4            And in thinking about it and looking at the

08:25AM 5    calendar, since a lot of the attorneys and parties in this case

08:25AM 6    are from out of town, to accommodate them, I've decided that we

08:25AM 7    would also not work on the Monday right after Easter, which I

08:25AM 8    think is April 1, so that way you all can make travel plans so

08:25AM 9    you don't have to travel back -- so those of you out of town

08:25AM 10   don't have to travel back on Sunday, if you care to stay home

08:25AM 11   for that weekend.

08:25AM 12           Okay.  Does anybody have any other preliminary

08:25AM 13   matters before we begin opening statements?

08:25AM 14           All right.  Who is going to make opening

08:25AM 15   statements?  Mr. Roy?

08:25AM 16                    OPENING STATEMENTS

08:25AM 17   BY MR. ROY:

08:25AM 18           Good morning, Your Honor.  I'm Jim Roy for the

08:25AM 19   Plaintiffs' Steering Committee.

08:25AM 20           Why did this terrible tragedy happen?  That's why

08:25AM 21   we're gathered.  Let's begin with Transocean, the owner and the

08:25AM 22   operator of the *Deepwater Horizon*.  They seek limitation of

08:25AM 23   their liability.  The evidence is going to show Transocean

08:25AM 24   failed to discover a major gas kick and shut in the well on

08:25AM 25   April 20, 2010.

                          **OFFICIAL TRANSCRIPT**

08:25AM 1          A critical part of the temporary abandonment
08:26AM 2     procedure from Macondo was a negative pressure test.  This was
08:26AM 3     a shared responsibility between BP and Transocean.  The test
08:26AM 4     was misinterpreted.  This led to the mistaken belief that the
08:26AM 5     well was secure and that it was safe to go forward with
08:26AM 6     displacement of the heavy drill mud with much lighter seawater.
08:26AM 7          Richard Heenan, an expert petroleum engineer,
08:26AM 8     will describe the failure to interpret this test correctly as a
08:26AM 9     gross and extreme departure from the standards of good oilfield
08:26AM 10    practice.
08:26AM 11         Transocean's own standards state that a kick that
08:26AM 12    is over 20 barrels is code red and critical.  The Macondo kick
08:26AM 13    is described as off the chart and unprecedented, exceeding not
08:26AM 14    20 barrels, but exceeding 700 barrels, and consuming 50 minutes
08:27AM 15    of time before the kick was detected and unsuccessful efforts
08:27AM 16    made to shut it in.
08:27AM 17         The evidence will show Transocean's failure to
08:27AM 18    discover this giant gas kick and to shut in the well was a
08:27AM 19    result of the willful failure of Transocean management to give
08:27AM 20    its *Deepwater Horizon* crew, and other crews on other rigs,
08:27AM 21    adequate training.
08:27AM 22         The evidence shows that despite a wealth of
08:27AM 23    information showing that this well was flowing, this Transocean
08:27AM 24    crew, BP and Halliburton Sperry logger totally missed the kick
08:27AM 25    on April 20, 2010, that according to BP's own expert,

**OFFICIAL TRANSCRIPT**

08:27AM 1   Robert Grace, my dad would have caught.

08:27AM 2          The evidence will show the ultimate

08:27AM 3   responsibility at Transocean for this gross and extreme

08:27AM 4   departure from good oilfield practically rests with the

08:28AM 5   management of Transocean.

08:28AM 6          Transocean never specifically trained any member

08:28AM 7   of the drill crew, including the offshore installation manager,

08:28AM 8   the driller, the assistant driller or the toolpusher on how to

08:28AM 9   interpret a negative pressure test.  Amazingly neither

08:28AM 10  Transocean's formal training, its training materials, nor its

08:28AM 11  well control handbook cover or even discuss negative pressure

08:28AM 12  tests.

08:28AM 13         The catastrophic failure of the *Deepwater Horizon*

08:28AM 14  crew and BP and Halliburton on April 20, 2010, to catch the

08:28AM 15  riser unloading, the kick, was no isolated event.  The evidence

08:28AM 16  will show that Transocean had known for years that its rig

08:28AM 17  personnel were not adequately trained to recognize and shut in

08:28AM 18  gas kicks, especially riser unloading events like that involved

08:29AM 19  on the *Deepwater Horizon* disaster.

08:29AM 20         Transocean's investigation of an incident as far

08:29AM 21  back as 2004 on another semisubmersible concluded procedures

08:29AM 22  were not set up to effectively detect kicks.  The team did not

08:29AM 23  heed warnings in the drill program.  The team did not use

08:29AM 24  disciplined, coordinated procedures to monitor for well

08:29AM 25  influxes, and prophetically, alarms were turned off.

**OFFICIAL TRANSCRIPT**

08:29AM 1          By March of 2008, the situation had deteriorated

08:29AM 2    such that Larry McMahon, Transocean's vice-president of

08:29AM 3    performance, wrote an e-mail to management teams about a series

08:29AM 4    of recent loss-of-control-type events, including, as an

08:29AM 5    example, loss of well control.

08:29AM 6          This is what he said, among other things, "We

08:30AM 7    cannot ignore what has happened in the area of loss of control.

08:30AM 8    This is very concerning to me.  The problem is that we are

08:30AM 9    having events at a rate that is overwhelming.  We would be

08:30AM 10   better off investing that time in the prevention side and more

08:30AM 11   effective risk assessment, as well as adherents to proceed."

08:30AM 12         And then McMahon prophetically concluded, "If we

08:30AM 13   do not change the way we operate, we will continue to have

08:30AM 14   these train wrecks."

08:30AM 15         That's in 2008.  A year later, in March of 2009,

08:30AM 16   following yet another riser unloading incident in February

08:30AM 17   of '09, on a Transocean rig, Transocean determined, there was

08:30AM 18   no task risk assessment performed; that Management of Change

08:31AM 19   was not adequately addressed; well control training and the

08:31AM 20   well control manual does not adequately cover the procedures

08:31AM 21   for closing in a well during a blowout situation; also, the use

08:31AM 22   of the diverter is not adequately covered.

08:31AM 23         The report also found that there had been no

08:31AM 24   specific training given for handling a kick in the riser and a

08:31AM 25   lack of explanation about the proper use of the diverter.  It

08:31AM 1    also recommended well control reference material and training

08:31AM 2    should adequately cover the use of the diverter and what to do

08:31AM 3    in the case of the riser unloading.  And rig management should

08:31AM 4    use Management of Change procedures to ensure adequate risk

08:31AM 5    assessments are performed.

08:32AM 6             Transocean management refused to act on these

08:32AM 7    recommendations until the April 20th catastrophe.

08:32AM 8             Again, in late July of 2009, another well control

08:32AM 9    event on another Transocean rig, once again, demonstrated the

08:32AM 10   inadequacy of crew training problems to management.  It

08:32AM 11   involved multiple failures to shut in the well when influxes

08:32AM 12   were clearly detected, and not shutting in the well during an

08:32AM 13   influx.  Just five months before this disaster.

08:32AM 14            In December of 2009, another well control

08:32AM 15   incident occurred aboard the Transocean *Sedco 711*, involving an

08:32AM 16   uncontrolled release of hydrocarbons on the drill floor due to

08:32AM 17   Transocean crews failure to notice kick indicators.

08:32AM 18            The Transocean investigation of this incident

08:33AM 19   prophetically revealed that Transocean's mind-set is certainly

08:33AM 20   less vigilant regarding well control preparedness during the

08:33AM 21   completion phase as compared to the drilling phase.

08:33AM 22            Although the investigation again made the

08:33AM 23   recommendation that Transocean's well control handbook add a

08:33AM 24   section on performing fluid displacements, this was not done

08:33AM 25   until after the *Deepwater Horizon* catastrophe.

08:33AM  1          Randy Ezell, Transocean's senior toolpusher

08:33AM  2    aboard the *Deepwater Horizon*, will recall several declared well

08:33AM  3    control events on the *Deepwater Horizon* before this one where

08:33AM  4    hydrocarbons made it past the blowout preventer and to the

08:33AM  5    bottom of the rotary table thousands of feet up above on the

08:33AM  6    drill floor, and had the potential to endanger life in the

08:33AM  7    environment.

08:34AM  8          In fact, on March 8th of 2010, just a month

08:34AM  9    before this disaster, the Transocean crew on the

08:34AM 10    *Deepwater Horizon* failed to catch a gas kick for some 35 to

08:34AM 11    40 minutes.  Once again, demonstrating a pattern that had

08:34AM 12    reflected itself over years, that lack of training in kick

08:34AM 13    detection and well control was no isolated incident with

08:34AM 14    Transocean rigs, but rather was a chronic problem, allowed by

08:34AM 15    Transocean management to go uncorrected.

08:34AM 16          The BP well team leader at the time, in March of

08:34AM 17    2010, in fact, commented, Transocean's drill crew had screwed

08:34AM 18    up by not catching it.

08:34AM 19          In its annual well control report for 2009,

08:34AM 20    Transocean management itself recognized the following:  "The

08:35AM 21    increasing trend seen in 2009 of drilling risers being either

08:35AM 22    partially or completely evacuated or unloaded."

08:35AM 23          Again, from December of 2008 until year end 2009,

08:35AM 24    this type of event, that's riser unloading, occurred six times

08:35AM 25    on Transocean rigs.

**OFFICIAL TRANSCRIPT**

08:35AM 1          "It is particularly hazard," it went on, "due to

08:35AM 2     the uncontrolled release of mud and gas through the rotary

08:35AM 3     table and the potential for ignition.  Riser unloading events

08:35AM 4     can be avoided through the application of fundamental well

08:35AM 5     control practices, such as treating every positive indicator as

08:35AM 6     a kick, shutting in quickly, and taking returns through the

08:35AM 7     choke whenever in any doubt, any doubt whatsoever."

08:35AM 8          Transocean management knew about the widespread

08:36AM 9     nature of well control problems on its vessels, and that the

08:36AM 10    time spent on well control events had increased in 2009.

08:36AM 11         The failure of Transocean drill crews to know and

08:36AM 12    follow basic well monitoring kick detection and shut-in

08:36AM 13    procedures was well known to upper level management at

08:36AM 14    Transocean and continued unabated and uncorrected, despite

08:36AM 15    their knowledge, up to and including this tragedy.

08:36AM 16         The fateful April 20th, 2010, riser unloading was

08:36AM 17    at least the seventh that a Transocean rig had experienced in

08:36AM 18    just the previous 17 months.  This chronic problem ultimately

08:36AM 19    led to the disaster of April 20th, 2010, which Larry McMahon,

08:36AM 20    Transocean's own vice-president operations and performance,

08:36AM 21    agreed was a train wreck of the largest magnitude.

08:37AM 22         The evidence is also going to show that

08:37AM 23    Transocean willfully failed to adequately train its crew in

08:37AM 24    other safety critical functions.  There was no competence

08:37AM 25    assurance system in place aboard the *Deepwater Horizon*.

**OFFICIAL TRANSCRIPT**

08:37AM 1          In fact, Lloyd's Register, an entity trusted by

08:37AM 2     drillers across the world to tell them what their problems are,

08:37AM 3     Lloyd's Register issued a report covering an assessment from

08:37AM 4     March 9th to 26th of 2010, just weeks before this catastrophe,

08:37AM 5     in which it discussed Transocean's safety management and safety

08:37AM 6     culture.

08:37AM 7          Among the supervisors' comments recounted in the

08:37AM 8     report were the following ominous indications of training

08:37AM 9     failures:  "The workforce was not always aware of the hazards

08:38AM 10    they were exposed to, relating to both their job and to other

08:38AM 11    jobs in the same/adjoining work areas."

08:38AM 12         "The risk posed by identified hazards were not

08:38AM 13    fully understood, and the subsequent control measures were not

08:38AM 14    always appropriate.  They don't know what they don't know."

08:38AM 15         The report concluded this section with the

08:38AM 16    comment, "This clearly demands attention, as frontline crews

08:38AM 17    are potentially working with a mind-set that they are fully

08:38AM 18    aware of all the hazards when it's highly likely that they are

08:38AM 19    not."

08:38AM 20         The International Safety Management Code, ISM for

08:38AM 21    short, required Transocean to appoint a designated person

08:39AM 22    ashore who has responsibility for safety on a given rig, and

08:39AM 23    has access to the highest levels of management.

08:39AM 24         Gerald Canducci was Transocean's designated

08:39AM 25    person ashore for the *Deepwater Horizon*.

**OFFICIAL TRANSCRIPT**

08:39AM  1          Jeff Webster, a marine expert testifying on

08:39AM  2     behalf of the PSC, will testify that Mr. Canducci was not even

08:39AM  3     minimally competent for this job.  His training consisted of a

08:39AM  4     three-day course.  Amazingly Mr. Canducci had never been on

08:39AM  5     board the *Deepwater Horizon*.  And this is the man with the

08:39AM  6     responsibility for safety that management had entrusted to that

08:39AM  7     job.

08:39AM  8          The captain of the *Deepwater Horizon*,

08:39AM  9     Carl [verbatim] Kutcha, was also woefully under trained.  Good

08:40AM 10     guy, good captain, but under trained in the safety management

08:40AM 11     system of the vessel, despite the ISM requirement that he, no

08:40AM 12     one else, he be in charge of implementing it, and he had never

08:40AM 13     been trained in it adequately.  He had never been trained in

08:40AM 14     the operation of the vessel's emergency disconnect system

08:40AM 15     either.

08:40AM 16          Compounding this problem was the

08:40AM 17     *Deepwater Horizon*'s dual command structure, which prevented

08:40AM 18     Captain Kutcha, the captain of the vessel, from activating the

08:40AM 19     emergency disconnect system until Jimmy Harold, the offshore

08:40AM 20     installation manager arrived.

08:40AM 21          The evidence will show that if Captain Kutcha had

08:40AM 22     been given the requisite training and authority by Transocean

08:40AM 23     management, earlier activation of this emergency disconnect

08:40AM 24     system could have averted much of the catastrophe, either

08:41AM 25     altogether or at the very least mitigating it by reducing loss

**OFFICIAL TRANSCRIPT**

08:41AM 1    of life, injuries, the vessel, and pollution.

08:41AM 2            Amazingly, the offshore installation manager,

08:41AM 3    Jimmy Harold's certificate did not allow him to be the OIM and

08:41AM 4    the person in charge on this vessel.

08:41AM 5            Senior dynamic positioning officer, DPO,

08:41AM 6    Yancy Keplinger had no training on the safety equipment on the

08:41AM 7    bridge of the vessel where he acted as senior watch keeping

08:41AM 8    officer and held no proper license for the job he was

08:41AM 9    performing.  Neither he nor dynamic positioning officer

08:41AM 10   Andrea Fleytas had ever received training on a scenario like

08:41AM 11   the one which occurred on the day of this fateful disaster

08:41AM 12   where there was a contemporaneous activation of numerous gas

08:42AM 13   detection alarms.

08:42AM 14           The evidence will establish that this overarching

08:42AM 15   Transocean management failure to adequately train this crew

08:42AM 16   directly contributed to the events leading to the blowout

08:42AM 17   explosion, deaths, the loss of *Deepwater Horizon*, and the

08:42AM 18   ensuing pollution.

08:42AM 19           The evidence will also show that Transocean's

08:42AM 20   crew recklessly misused equipment by diverting the blowout

08:42AM 21   through the mud-gas separator, instead of the rig's diverter

08:42AM 22   system.

08:42AM 23           The mud-gas separator is a low-pressure system,

08:42AM 24   Judge, used to separate small amounts of gas coming up in the

08:42AM 25   mud returns and taking them out.  It's not designed or intended

08:42AM 1     to handle large amounts of gas or gas under high pressure in an

08:42AM 2     emergency.

08:42AM 3              Transocean's policy on this thing did dictate

08:42AM 4     that the gas diverter system, not the mud-gas separator, be

08:43AM 5     used in the event of a well control event requiring diversion

08:43AM 6     of large amounts of gas.

08:43AM 7              The evidence will show that when the poorly

08:43AM 8     trained crew of the *Deepwater Horizon* failed to divert the kick

08:43AM 9     through the emergency diverter system, the mud-gas separator

08:43AM 10    was quickly overwhelmed by the high volume of gas and pressure

08:43AM 11    and the entire vessel was engulfed in flammable gas.

08:43AM 12             The evidence will show had the emergency diverter

08:43AM 13    system be used instead of the mud-gas separator, the

08:43AM 14    *Deepwater Horizon* crew would likely have survived without

08:43AM 15    casualty and the vessel not been destroyed.

08:43AM 16             This lack of adequate training in the proper use

08:43AM 17    of the diverter system was once again evidence of a chronic

08:43AM 18    problem known to senior management in failure to train but

08:43AM 19    which remained uncorrected for years.

08:43AM 20             The evidence will also show Transocean willfully

08:44AM 21    overrode several automatic functions of the integrated alarm

08:44AM 22    and control system.  In the course of this trial, Judge, you

08:44AM 23    may have people refer to that as the I-A-C-S or IACS or the

08:44AM 24    Kongsberg system.  It's one in the same.

08:44AM 25             By overriding the automatic functions, it

**OFFICIAL TRANSCRIPT**

08:44AM 1    required human intervention to activate the shutdown system.

08:44AM 2    Specifically, the integrated alarm and control system was

08:44AM 3    designed to control a number of safety critical functions

08:44AM 4    automatically upon the detection of combustible gas, including

08:44AM 5    the sounding of a general alarm, and the activation of an

08:44AM 6    emergency shutdown system, and activation of a fire and gas

08:44AM 7    safety system.

08:44AM 8              The emergency shutdown system, or ESD, as some

08:44AM 9    call it, would in turn stop gas from entering the engine room,

08:45AM 10   which was the major potential source of gas ignition on this

08:45AM 11   rig, by closing dampers that allowed -- stopped air from

08:45AM 12   entering the room itself where the engines were, sounding

08:45AM 13   audible alarms and actually shutting down the over-speeding

08:45AM 14   engines to deny an ignition source to all the natural gas that

08:45AM 15   had set the alarms off to begin with.

08:45AM 16             By Transocean's inhibiting these alarms in this

08:45AM 17   alarm and control system and requiring human intervention to

08:45AM 18   activate the shutdown system, while the alarm signalling the

08:45AM 19   influx of gas would be reported to the bridge, it would no

08:45AM 20   longer automatically activate these other safety critical

08:45AM 21   functions.  And this meant a lot when time was of the essence

08:45AM 22   on the fateful day of April 20th of 2010.

08:45AM 23             In addition, many of the centers which served as

08:46AM 24   the origination point for signalling an influx of gas amazingly

08:46AM 25   had either been set into passive mode or otherwise had their

08:46AM 1   sensors set basically into what is functionally a passive mode

08:46AM 2   and removed from service.

08:46AM 3          This inhibition of the integrated alarm and

08:46AM 4   control system was Transocean company policy.  Why?  Transocean

08:46AM 5   chief electronics technician, Mike Williams, will testify in

08:46AM 6   this courtroom that inhibiting the alarms was done to avoid

08:46AM 7   waking people up at night.

08:46AM 8          Transocean personnel failed to activate the

08:46AM 9   emergency shutdown system fast enough to do any good.  Why?

08:46AM 10  Even with the automatic function inhibited, the crew could have

08:47AM 11  activated the emergency shutdown system, but why didn't they?

08:47AM 12         Because after the blowout there was chaos and

08:47AM 13  mayhem on the bridge, shouts, directions being yelled that

08:47AM 14  weren't being enacted.  Captain Kutcha had a

08:47AM 15  deer-in-the-headlights look, was overwhelmed, dazed and

08:47AM 16  confused.

08:47AM 17         Even after the second explosion, it took three

08:47AM 18  requests from Chris Pleasant, another crewmember, to the

08:47AM 19  captain to allow him to activate the emergency disconnect

08:47AM 20  system before the captain finally authorized him to do it.

08:47AM 21         During this critical time when the captain could

08:47AM 22  have activated the emergency disconnect system, but under the

08:47AM 23  then existing dual command structure, he was prevented from

08:47AM 24  doing so until the offshore installation manager, Jimmy Harold,

08:48AM 25  arrived and gave his approval.

                         **OFFICIAL TRANSCRIPT**

08:48AM 1       Had this been done promptly, the vessel probably

08:48AM 2   would have been saved and pollution minimized.  But because of

08:48AM 3   the dysfunctional dual command structure and lack of adequate

08:48AM 4   training, the emergency disconnect system was not even

08:48AM 5   activated manually.  Certainly not timely.

08:48AM 6       The evidence will show the master of the

08:48AM 7   *Deepwater Horizon*, in other words, did not have overriding

08:48AM 8   authority and responsibility from Transocean management to take

08:48AM 9   the decisive action he needed to take to protect the crew, the

08:48AM 10  vessel, and the environment.  This constituted a major

08:48AM 11  nonconformity with the ISM code and contributed significantly

08:48AM 12  to the magnitude of the disaster.

08:48AM 13      Transocean executive management had been warned

08:48AM 14  about this problem.  They had been warned about this since the

08:49AM 15  first days of the *Deepwater Horizon*'s operation nine years

08:49AM 16  earlier.

08:49AM 17      In the initial ISM certification by an

08:49AM 18  organization called Det Norske Veritas or DNV, an international

08:49AM 19  respected organization that does inspections for vessel and

08:49AM 20  owners, for compliance.  They identified that the authority and

08:49AM 21  responsibilities of the master and OIM were in conflict.

08:49AM 22      DNV raised this ISM code nonconformity issue,

08:49AM 23  requiring action to be taken by August of 2002.  Seven years

08:49AM 24  later, in 2009, DNV again cautioned Transocean management about

08:49AM 25  this problem.  The company was requested to address it.

**OFFICIAL TRANSCRIPT**

08:50AM 1          For seven years before this tragedy, this

08:50AM 2   critical problem had been known to Transocean executive

08:50AM 3   management but Transocean still had not corrected the situation

08:50AM 4   as of April 20th, 2010.

08:50AM 5          Other key members of the Transocean bridge team

08:50AM 6   were poorly trained and failed to act in a timely manner.  When

08:50AM 7   the cascading alarms did sound, in fact, dynamic positioning

08:50AM 8   officer Andrea Fleytas failed to announce, "This is not a

08:50AM 9   drill," because she was too nervous.

08:50AM 10          Even worse, the more senior DPO, dynamic

08:50AM 11   positioning officer, Yancy Keplinger failed to intervene and

08:50AM 12   allowed this to happen.  Indeed, Keplinger agrees that he had

08:50AM 13   never received training for a scenario where there was a

08:50AM 14   contemporaneous activation of numerous detections and alarms

08:51AM 15   going off.

08:51AM 16          Transocean's design involvement and willful

08:51AM 17   refusal to upgrade and maintain the *Deepwater Horizon* blowout

08:51AM 18   preventer was also a major cause of this disaster.  The blowout

08:51AM 19   preventer or BOP, is a safety critical piece of

08:51AM 20   *Deepwater Horizon* vessel equipment, owned by Transocean.

08:51AM 21          And the evidence will establish that because it's

08:51AM 22   the main barrier protecting human life, equipment and the

08:51AM 23   environment, it must function without fail.  BOPs are viewed in

08:51AM 24   the field as the last line of defense to a blowout.

08:51AM 25          Transocean participated with BP and Cameron in

**OFFICIAL TRANSCRIPT**

08:51AM  1    the original design of the *Deepwater Horizon* blowout preventer
08:51AM  2    and the selection and configuration of the component parts.
08:51AM  3    Under the drilling contract, Transocean was to furnish the
08:52AM  4    blowout preventer and ensure that it was adequately maintained
08:52AM  5    in such a condition as to permit its continuous and efficient
08:52AM  6    operation.
08:52AM  7              As stated by Transocean's CEO, Steve Newman, "The
08:52AM  8    BOP on the *Deepwater Horizon* is a piece of Transocean
08:52AM  9    equipment, and we are responsible for the maintenance of that
08:52AM 10    piece of equipment."
08:52AM 11              Multiple audits warned BP and Transocean that the
08:52AM 12    BOP was out of certification and in violation of industry
08:52AM 13    standards.
08:52AM 14              Transocean's well control handbook required the
08:52AM 15    BOP to be able to handle the maximum pressure and temperature
08:52AM 16    conditions for any well where it was to be used.  Yet the
08:52AM 17    evidence will show that this BOP could not.
08:52AM 18              If Transocean concluded that the BOP was unfit
08:53AM 19    for a particular well, it, Transocean, was obligated to either
08:53AM 20    change the BOP or not drill the well.
08:53AM 21              Now, the converse is true, too, Your Honor.  The
08:53AM 22    evidence will also show that if BP realized that the equipment
08:53AM 23    of the rig was not fit for the well it wanted the rig to drill,
08:53AM 24    then BP, too, had the obligation not to take that rig but to
08:53AM 25    get another or make them change it.

**OFFICIAL TRANSCRIPT**

08:53AM 1        Transocean knew that drilling crews frequently
08:53AM 2   confronted situations where the blind shear rams on the BOP
08:53AM 3   would encounter off-center piping.  Yet Transocean chose not to
08:53AM 4   upgrade the blind shear rams with better cutting blades even
08:53AM 5   those they were cheap, easily available and easily installed.
08:53AM 6        Transocean knew as early as 2001, that a single
08:53AM 7   blind shear ram represented a single point of failure, and knew
08:54AM 8   that double-blind shear rams were available and becoming more
08:54AM 9   common in 2009 and 2010, yet Transocean chose to continue with
08:54AM 10  the single ram.
08:54AM 11       Transocean knew of the potential for the BOP
08:54AM 12  failure under dynamic flow conditions.  Dynamic flow
08:54AM 13  conditions, oil, gas, high-pressure liquids or distillate
08:54AM 14  actually flowing rapidly through it and you try to close it.
08:54AM 15  That's a dynamic condition versus a static condition, it's
08:54AM 16  already closed and it's just holding the pressure back.
08:54AM 17       Transocean knew of the potential for BOP failure
08:54AM 18  under these dynamic flow conditions and knew that blind shear
08:54AM 19  rams had not been tested under dynamic flow conditions, and
08:54AM 20  willfully chose not to do that testing itself to see if they
08:54AM 21  would work and under what dynamic flow conditions.  For that
08:54AM 22  matter, there was no BOP shear testing at all.
08:55AM 23       Transocean management knew that the batteries on
08:55AM 24  the pods of the BOP could not be monitored, checked or charged
08:55AM 25  while the BOP was 5000 feet underwater on the sea floor, and

08:55AM 1    knew that its maintenance and recordkeeping system regarding

08:55AM 2    the batteries was seriously flawed such that one could not tell

08:55AM 3    when the batteries had been changed.  Yet Transocean did not

08:55AM 4    change its recordkeeping system.

08:55AM 5            Transocean knew the potential danger of running

08:55AM 6    the cables, they are called MUX cables, that powered and

08:55AM 7    controlled it and give feedback to the surface and vice versa,

08:55AM 8    Transocean knew that by running the MUX cable through the

08:55AM 9    Moonpool, the hole in the rig, that it created a single failure

08:55AM 10   point if there was an explosion that could knock out both

08:55AM 11   redundant cables from the same explosion.  It chose not to take

08:56AM 12   steps to correct that.  It also failed to add an acoustic

08:56AM 13   trigger system to the blowout preventer activation, which

08:56AM 14   Transocean, in fact, utilized on other rigs in other places in

08:56AM 15   the world.

08:56AM 16           In violation of the ISM code, the

08:56AM 17   *Deepwater Horizon* had not been in for drydocking inspections

08:56AM 18   and repair during its entire nine years of existence.  PSC

08:56AM 19   expert Geoff Webster says that was reckless and inexcusable.

08:56AM 20           Furthermore, Transocean had a reactive, rather

08:56AM 21   than a proactive, condition-based maintenance system, which,

08:56AM 22   from the view of Transocean Chief Mechanic Doug Brown,

08:56AM 23   translated to a run it till it breaks philosophy.

08:56AM 24           Yet, barely six months before this disaster,

08:56AM 25   Paul Johnson, the Transocean Rig Manager - Performance, when

**OFFICIAL TRANSCRIPT**

08:57AM 1   asked about one of the *Deepwater Horizon*'s -- when asked about

08:57AM 2   its readiness to commence operations, he told BP, Transocean is

08:57AM 3   satisfied we can start up operations safely.

08:57AM 4         Less than a month after making that safe to start

08:57AM 5   up representation to BP, he was telling his own team that he

08:57AM 6   understood why the *Deepwater Horizon* was in its current bad

08:57AM 7   condition, a condition that Steve Bertone, the

08:57AM 8   *Deepwater Horizon* Maintenance Supervisor, had just told the

08:57AM 9   same Mr. Johnson the day before.  "The issue that the

08:57AM 10   *Deepwater Horizon* is currently experiencing, in my opinion, is

08:57AM 11   a lack of proper maintenance on the equipment for many years

08:57AM 12   check.  The drive behind this has been from a performance

08:57AM 13   induced standpoint."

08:57AM 14         "When the rig does receive maintenance time, that

08:58AM 15   time is generally taken up by repairing the equipment that was

08:58AM 16   broke."

08:58AM 17         "Once again, limping along with equipment

08:58AM 18   failures."

08:58AM 19         He goes on, "There is just too much equipment in

08:58AM 20   need of repairs or maintenance performed and not enough

08:58AM 21   personnel or time to do it" -- "to throw at it."

08:58AM 22         "The rig has an overloaded amount of work that

08:58AM 23   could not be completed even by doubling the amount of workers

08:58AM 24   on the rig."

08:58AM 25         "The engineering department has been going down

**OFFICIAL TRANSCRIPT**

08:58AM 1   for some time now due to lack of knowledge, motivation and

08:58AM 2   supervision."

08:58AM 3             Yet, Transocean said it was safe to start up

08:58AM 4   operations in the fall of 2009.

08:58AM 5             Transocean's condition-based maintenance system

08:58AM 6   had been audited on multiple occasions and found to be

08:58AM 7   seriously deficient, yet Transocean never corrected the

08:59AM 8   deficiencies, at least not many of the substantial ones.

08:59AM 9             The evidence will show one significant casualty

08:59AM 10  of its broken maintenance system was the blowout preventer.

08:59AM 11  Inspections following the disaster found that it had multiple

08:59AM 12  deficiencies which contributed to the blowout preventer not

08:59AM 13  properly functioning on the day of the explosion and in the

08:59AM 14  days that followed.  Both Transocean and BP knew of many of

08:59AM 15  these deficiencies before April 20 and did not act on them.

08:59AM 16            The *Deepwater Horizon* BOP was not the best

08:59AM 17  available and safest technology.  Transocean, BP, and Cameron

08:59AM 18  knew this.

08:59AM 19            In fact, the BOP was out of certification.

08:59AM 20  Inspections in 2008, '9 and spring of 2010 clearly made

08:59AM 21  Transocean and BP aware of this.

08:59AM 22            Transocean willfully continued to lease the

09:00AM 23  *Deepwater Horizon*, making over a half million dollars a day,

09:00AM 24  instead of bringing the vessel into a shipyard for repairs of

09:00AM 25  the BOP and other critical equipment.

**OFFICIAL TRANSCRIPT**

09:00AM 1          No one disputes that the blowout preventer was

09:00AM 2    ship's equipment on the *Deepwater Horizon* essential to fulfill

09:00AM 3    its mission, and that Transocean had a responsibility to have

09:00AM 4    it working properly at all times in order the maintain a

09:00AM 5    seaworthy vessel.  It did not.

09:00AM 6          By the way, BP knew about the design and

09:00AM 7    maintenance problems of the *Deepwater Horizon*, and especially

09:00AM 8    the BOP.  BP knew all of this and still, in late 2009,

09:00AM 9    chartered the *Deepwater Horizon* to finish the Macondo well.

09:00AM 10          Every time BP chartered the *Deepwater Horizon* to

09:00AM 11    drill a well, the evidence will show BP had the primary duty to

09:00AM 12    determine whether that vessel was adequate to drill that well,

09:01AM 13    including the adequacy of the operational -- or, rather, the

09:01AM 14    operational requirements of the BOP for a particular well,

09:01AM 15    pressure, temperature, the competence of the crews and

09:01AM 16    management systems such as safety management.

09:01AM 17          BP alone knew what unique risks awaited in terms

09:01AM 18    of pore pressures, fracture gradients and temperatures.

09:01AM 19          The evidence will show that a longstanding failed

09:01AM 20    safety culture at Transocean was a substantial cause of this

09:01AM 21    disaster.

09:01AM 22          Following four fatalities of four different

09:01AM 23    Transocean rigs, on October 21 of 2009, Transocean's top

09:01AM 24    executives, CEO Steve Newman and Bob Long, sent a news bulletin

09:01AM 25    out to employees of Transocean.  This is what they said, among

OFFICIAL TRANSCRIPT

09:01AM 1   other things:  "Something's not right.  We're clearly not

09:01AM 2   executing our safety processes as well as we once thought --

09:02AM 3   and we need to find out why."

09:02AM 4           "It is vital that we learn from these recent

09:02AM 5   experiences so that no one else is injured or killed."

09:02AM 6           "We must learn why we cannot seem to operate

09:02AM 7   without serious incidents and injury to our people."

09:02AM 8           A couple of months later, a December 2009

09:02AM 9   Transocean Engineering PowerPoint put it even more bluntly.

09:02AM 10  "We have lost our safety culture."

09:02AM 11          "There is no quick fix; we have to rebuild it."

09:02AM 12          Transocean's maintenance system had been audited

09:02AM 13  on multiple occasions and found to be woefully deficient.  The

09:02AM 14  evidence will show that the maintenance processes and systems

09:02AM 15  within Transocean were by no means the best in the class, yet

09:02AM 16  Transocean never corrected the major deficiencies.

09:03AM 17          Their May 1, 2009 Asset Reliability Project was

09:03AM 18  brutally candid.  Personnel at a division level stated that:

09:03AM 19  "We often have such a focus on saving money in the short term

09:03AM 20  that it affects the philosophy of looking after our equipment

09:03AM 21  and following our policies."

09:03AM 22          The lost safety culture of Transocean was clearly

09:03AM 23  not a recent thing.  Transocean's Director of the Performance

09:03AM 24  Group summed it up well in 2009, when he recognized the

09:03AM 25  difficulties Transocean had experienced with task planning and

09:03AM 1    risk management in 2004, and observed that the 2009

09:03AM 2    company-wide Offshore Installation Manager's survey on the same

09:03AM 3    subjects resonated to be many of the same results noted in

09:03AM 4    2005.

09:03AM 5            His conclusion:  "The definition of insanity,

09:04AM 6    doing the same things over and over and expecting a different

09:04AM 7    result."

09:04AM 8            In August of 2009, a BP audit of Transocean's

09:04AM 9    Health Safety, Security and Environment management systems was

09:04AM 10   so poor that Transocean was only conditionally approved to work

09:04AM 11   for BP's Gulf of Mexico Strategic Performance Unit.

09:04AM 12           The unfortunate reality is that since the

09:04AM 13   *Deepwater Horizon* was first put into service in 2001, the

09:04AM 14   evidence is going to show it had never, ever been to port for

09:04AM 15   maintenance, repairs, refitting.  Not one single time; nine

09:04AM 16   years.

09:04AM 17           Transocean's safety culture was broken, and the

09:04AM 18   evidence will show that management's willful refusal to fix it

09:04AM 19   led directly to the *Deepwater Horizon* disaster.

09:04AM 20           The *Deepwater Horizon* kept drilling, and BP kept

09:05AM 21   hiring.

09:05AM 22           Now, let's turn to Cameron and its blowout

09:05AM 23   preventer.

09:05AM 24           In 2007, Melvin Whitby, as Cameron's Director of

09:05AM 25   Engineering, drilling, said:  "In all cases, however, when the

**OFFICIAL TRANSCRIPT**

09:05AM  1    BOP is called on to function in an emergency situation, it is
09:05AM  2    the main barrier protecting human life, capital equipment and
09:05AM  3    the environment.  Therefore, it must function without fail."
09:05AM  4            The evidence will show this blowout preventer
09:05AM  5    failed partly due to the serious neglect of Transocean with
09:05AM  6    knowledge of BP, but also due to willful decisions of Cameron.
09:05AM  7            Cameron will blame the men on the drill floor who
09:05AM  8    died for not trying close the BOP shear rams fast enough
09:05AM  9    because they will say the blowout preventer rams were not
09:06AM 10    designed to close after the flow begins to go up into the
09:06AM 11    riser.
09:06AM 12            Well, in any of the BOP materials of Cameron,
09:06AM 13    that admonition is not given.
09:06AM 14            The evidence will show that BP, Transocean and
09:06AM 15    Halliburton personnel clearly missed the fact that a blowout
09:06AM 16    was beginning, but the evidence will also show that Transocean
09:06AM 17    personnel ultimately did try to use the blowout preventer
09:06AM 18    shear rams -- to no avail in either saving their lives or
09:06AM 19    stopping millions of gallons of oil from entering the Gulf.
09:06AM 20            The BOP, in other words, did not function without
09:06AM 21    fail as Cameron's Director of Engineering said it must.
09:06AM 22            There are four primary problems with Cameron's
09:06AM 23    BOP other than Transocean's neglect of it.
09:07AM 24            First, the blind shear ram cutting blades did not
09:07AM 25    cover the entire wellbore.  Cameron knew that its BOP would

**OFFICIAL TRANSCRIPT**

09:07AM 1    likely not be able to shear and seal drill pipe if it was off
09:07AM 2    center in the wellbore, a common occurrence and completely
09:07AM 3    foreseeable situation.
09:07AM 4         The evidence will show Cameron had no idea
09:07AM 5    whether the blind shear rams it sold would seal under dynamic
09:07AM 6    flow conditions, yet Cameron sold it as a preventer.
09:07AM 7         Cameron did not know and never even tried to find
09:07AM 8    out whether its blowout preventer blind shear rams would
09:07AM 9    successfully shear pipe and fully seal a well against -- and
09:07AM 10   this is the key phrase, Your Honor -- against a high pressure
09:07AM 11   dynamic flow plus an off center pipe, neither one, even though
09:07AM 12   both were known foreseeable environment conditions the BOP
09:08AM 13   could be called upon to function in.
09:08AM 14        The third problem, Cameron knew rig personnel
09:08AM 15   could not monitor the batteries to see if they were charged or
09:08AM 16   dead.
09:08AM 17        Cameron's signal light system was powered from
09:08AM 18   the surface, 5000 feet above it.  That's the power that ran the
09:08AM 19   controls that indicated to the operators on the drill floor
09:08AM 20   that the automatic emergency BOP functions were armed and
09:08AM 21   therefore available; but, if that power was on all the time, it
09:08AM 22   wouldn't tell whether or not the batteries were dead, and it
09:08AM 23   couldn't function.
09:08AM 24        In other words, the driller could be getting a
09:08AM 25   green, everything is okay light, and yet his batteries be

OFFICIAL TRANSCRIPT

09:08AM 1    totally dead, that he's showing it's armed.

09:08AM 2         The result on April 20 was the battery in the
09:08AM 3    Blue Pod was dead, and nobody knew it was dead.

09:09AM 4         The fourth issue, the multiple BOP emergency
09:09AM 5    systems were not separate emergency systems because all of them
09:09AM 6    would fail if a single component, the blind shear rams, failed.

09:09AM 7         Cameron knew of this single point failure hazard,
09:09AM 8    yet willfully chose to ignore it in design and instructions.

09:09AM 9         Now, in fairness, Transocean requested that
09:09AM 10   design, and Cameron cooperated.  Whether they should or
09:09AM 11   shouldn't have is going to be up to Your Honor.

09:09AM 12        Now, what about Halliburton's conduct?

09:09AM 13        As the self-described world leader in cementing
09:09AM 14   services, what were Halliburton's obligations?

09:09AM 15        The evidence will show that Halliburton was
09:09AM 16   contractually responsible to BP for the design, testing, and
09:09AM 17   execution of cementing the production casing, and to provide
09:10AM 18   mud pit monitoring through its Sperry division for signs of a
09:10AM 19   kick or blowout.

09:10AM 20        Halliburton recommended the type of cement to be
09:10AM 21   used for each casing string and the volumes and spacers to be
09:10AM 22   used.

09:10AM 23        BP did not tell Halliburton which cement to use.

09:10AM 24        Halliburton's contractual obligations included
09:10AM 25   sole responsibility for pressure testing and pumping the cement

OFFICIAL TRANSCRIPT

09:10AM  1      as well as a safety leadership role.  The contract between BP

09:10AM  2      and Halliburton required Halliburton to create a lightweight

09:10AM  3      slurry mixture with very specific characteristics.

09:10AM  4                     Halliburton was required to provide BP and

09:10AM  5      Halliburton management the final cement slurry details at least

09:10AM  6      24 hours prior to BP running the production casing.  It did

09:10AM  7      not.

09:10AM  8                     Indeed, Halliburton's Jesse Gagliano never even

09:11AM  9      checked the cement test results before the blowout, despite

09:11AM 10      being notified they were ready the day before.

09:11AM 11                     The evidence will show that the gas flowed

09:11AM 12      prematurely at Macondo due to a failure of the Halliburton

09:11AM 13      cement.

09:11AM 14                     In connection with its obligations to BP,

09:11AM 15      Halliburton assigned cement engineer Jesse Gagliano to be

09:11AM 16      embedded in BP's Houston offices as BP's what will be described

09:11AM 17      as in-house cementing expert.

09:11AM 18                     The evidence will show that prior to April 20 of

09:11AM 19      2010, both Halliburton and Gagliano had histories of problems

09:11AM 20      with BP as far as modeling inputs and timeliness were

09:11AM 21      concerned.

09:11AM 22                     Indeed, in the weeks leading up to the blowout,

09:11AM 23      BP engineers voiced serious concerns -- questions about his

09:11AM 24      competency as it affected the timeliness and quality of his

09:11AM 25      reports to BP.

                              **OFFICIAL TRANSCRIPT**

09:11AM 1          In fact, BP Drilling Engineer Team Leader Greg

09:12AM 2    Walz believed that the decision had already been made to fire

09:12AM 3    Gagliano from his embedded position with BP in its Houston

09:12AM 4    office.

09:12AM 5          Halliburton compounded the problem by refusing to

09:12AM 6    provide technical supervision of Gagliano, thus leaving the

09:12AM 7    inadequacies of his work undetected.

09:12AM 8          Yet, Mr. Gagliano, in Houston, was virtually the

09:12AM 9    final word on what Halliburton did or did not do regarding the

09:12AM 10   Macondo cement job; yet he had no supervision.

09:12AM 11         In fact, Ronnie Faul, Gagliano's immediate

09:12AM 12   supervisor, did not even know what Mr. Gagliano was doing, much

09:12AM 13   less that there was a critical cementing job about to take

09:12AM 14   place in Macondo.

09:12AM 15         The evidence will show that Halliburton created

09:12AM 16   cement that was poorly designed, not properly tested, and was

09:13AM 17   unstable.

09:13AM 18         Cement in a well like Macondo should have

09:13AM 19   provided a barrier to hydrocarbon flow that was high pressure,

09:13AM 20   high temperature.  Halliburton did not provide that barrier.

09:13AM 21         The cement used at Macondo was a foam cement

09:13AM 22   which is known to present risks and potential complications not

09:13AM 23   found with conventional cement, thus requiring additional

09:13AM 24   expertise and care.

09:13AM 25         The evidence will show that every investigation

**OFFICIAL TRANSCRIPT**

09:13AM 1    which has considered the question, except Halliburton's, and

09:13AM 2    every expert, except Halliburton's, who has opined about it,

09:13AM 3    has concluded that the Halliburton cement was poorly designed

09:13AM 4    and did not seal the well.

09:13AM 5           In designing the cement for Macondo, Halliburton

09:13AM 6    used the cement from another well, Judge, the Kodiak well.

09:13AM 7    That blend had been on the *Deepwater Horizon* since November of

09:14AM 8    2009, and had aged at least five months since the

09:14AM 9    *Deepwater Horizon* had left the Kodiak and come and been working

09:14AM 10   on the Macondo.

09:14AM 11          More significantly, Kodiak cement contained a

09:14AM 12   Halliburton proprietary additive called D-Air 3000, a defoamer,

09:14AM 13   emphasis, defoamer that destabilizes and is incompatible with

09:14AM 14   foam cement.

09:14AM 15          Halliburton's own expert, David Bolado, in fact,

09:14AM 16   will admit that the slurry Halliburton used at Macondo would

09:14AM 17   not have included a defoamer agent, as the Kodiak did, if

09:14AM 18   Halliburton had designed the cement from scratch.

09:14AM 19          So why would Halliburton risk using this leftover

09:14AM 20   Kodiak cement on Macondo well and try to convert it to a foam

09:15AM 21   cement when it had defoamer in it?  The evidence will show

09:15AM 22   Halliburton was able to save time and save money by doing so.

09:15AM 23          BP was not charged for extra testing, regardless

09:15AM 24   of the amount of testing.

09:15AM 25          Halliburton also had already given BP about

                              **OFFICIAL TRANSCRIPT**

09:15AM  1    $100,000, in fact, $139,000 credit, for that Kodiak cement that

09:15AM  2    went unused at the Kodiak well that was still sitting on the

09:15AM  3    *Deepwater Horizon*, so Halliburton had a monetary incentive to

09:15AM  4    use that stuff, to then charge BP and get paid some of what it

09:15AM  5    already on hand without incurring the cost of shipping new

09:15AM  6    stuff out there, mixing new stuff and so forth, much less

09:15AM  7    hauling off the leftover Kodiak.

09:15AM  8            The evidence will show that Halliburton's

09:15AM  9    employees also admit that Halliburton failed to run many

09:15AM  10   required tests and did not have a single successful stability

09:16AM  11   test on the actual slurry pumped down the Macondo before it was

09:16AM  12   pumped.  Their lab was overworked, understaffed and

09:16AM  13   undersupervised.

09:16AM  14           The evidence will also show the testing performed

09:16AM  15   by Halliburton was essentially useless because all those tests

09:16AM  16   failed except one that was manipulated to not mimic Macondo's

09:16AM  17   downhole condition.

09:16AM  18           Halliburton performed fewer than the full suite

09:16AM  19   of tests required by the American Petroleum Institute, BP,

09:16AM  20   Halliburton itself, and the BP-Halliburton contract, and failed

09:16AM  21   to utilize standard testing protocols.

09:16AM  22           In fact, Halliburton's own expert, Dr. Sam Louis,

09:16AM  23   will admit the fluid loss and static gel strength development

09:16AM  24   tests were indeed important for this job, and Halliburton

09:16AM  25   failed to perform either test.

**OFFICIAL TRANSCRIPT**

09:17AM 1          The evidence will show Halliburton's Sperry Sun

09:17AM 2    division mudloggers were not adequately trained and missed the

09:17AM 3    kick that blew up the *Deepwater Horizon*.

09:17AM 4          In October of 2009, while the *Marianas* drilling

09:17AM 5    vessel had started on the Macondo, BP told Halliburton that one

09:17AM 6    of its mudloggers was not getting the job done and was not

09:17AM 7    getting the basics right.  Halliburton pulled him from the job.

09:17AM 8          Prior to the Macondo, because BP felt

09:17AM 9    Halliburton's Sperry Sun's performance was so poor, the

09:17AM 10   evidence will show BP was considering pulling its business.

09:17AM 11         The March 8, 2010, kick on this well went

09:17AM 12   undetected for 33 minutes by the Halliburton Sperry mudlogger

09:17AM 13   on duty.

09:17AM 14         Following that go kick, Halliburton-Sperry did no

09:18AM 15   lesson learned investigation and did not provide its mudloggers

09:18AM 16   with any additional training.

09:18AM 17         The evidence will show that on April 20 of 2010,

09:18AM 18   the Halliburton Sperry mudlogger ignored signs the well was

09:18AM 19   flowing.

09:18AM 20         The Halliburton Sperry-Sun mudlogger testified

09:18AM 21   that the first time he realized there was a kick was when mud

09:18AM 22   started raining down on the mudlogger's shack.

09:18AM 23         Why?  The evidence will show that the Halliburton

09:18AM 24   Sperry mudlogger, Joe Keith, left his mudlogger's monitoring

09:18AM 25   pit unmanned while he took a 30-minute smoke break just as the

09:18AM 1    well began to give clear signs that it was flowing, signs he

09:18AM 2    would have seen if he had been paying attention and not

09:18AM 3    recklessly abandoned his post.

09:18AM 4           Halliburton had a contractual obligation under

09:19AM 5    its 2009 contract with BP to provide, in connection with its

09:19AM 6    cement work, a complete safety analysis in writing called a

09:19AM 7    Basis of Design.

09:19AM 8           The April 2009 BP/Halliburton contract required

09:19AM 9    Halliburton to, among other things, continuously, emphasis,

09:19AM 10   continuously reassess and update these risk assessments on an

09:19AM 11   ongoing basis.  They didn't do it.

09:19AM 12          When David King, Halliburton's Division

09:19AM 13   President, signed that contract on April 16 of 2009, the

09:19AM 14   evidence will show that Halliburton knew it had no way of

09:19AM 15   complying with this contract provision because no such process

09:19AM 16   safety system was in place that would have been required to

09:19AM 17   fulfill this ongoing contractual requirement.

09:19AM 18          The evidence will show that between April of 2009

09:19AM 19   and April 20 of 2010, Halliburton did not have a formal Basis

09:20AM 20   of Design standard, nor did it have a formal Management of

09:20AM 21   Change standard, both of which are essential to timely

09:20AM 22   identification of process safety risk effectively required to

09:20AM 23   be recognized on an ongoing basis under the contract.

09:20AM 24          The evidence will establish that at the time of

09:20AM 25   the Macondo well blowout, Halliburton had failed to comply with

**OFFICIAL TRANSCRIPT**

09:20AM 1   this express contractual requirement to have in place and

09:20AM 2   provide complete continuing process risk analysis to BP.

09:20AM 3           The evidence will show that if Halliburton had

09:20AM 4   updated the Basis of Design as required by its contract, it

09:20AM 5   would, of necessity, have identified the catastrophic risk of

09:20AM 6   using Kodiak blend.

09:21AM 7           Let's now turn our attention to BP.

09:21AM 8           Financial pressure drove BP to rush the

09:21AM 9   completion of the Macondo well.

09:21AM 10           Because BP's production was down in 2010, BP did

09:21AM 11   not have the cash to fund its commitment to pay dividends to

09:21AM 12   its shareholders.  The evidence will show BP calculated

09:21AM 13   Exploration and Production Division portion of the amount

09:21AM 14   needed to pay the dividend to be about $7 billion.

09:21AM 15           In order to raise this $7 billion and meet its 4

09:21AM 16   to 5 percent profit growth commitment to shareholders, BP

09:21AM 17   Exploration and Production was under pressure to raise these

09:21AM 18   dollars by driving efficiency in a year where production was

09:21AM 19   lower.

09:21AM 20           It chose to do so by spending fewer days in the

09:21AM 21   drilling of its wells.

09:22AM 22           According to BP, without major project startups,

09:22AM 23   2010 was expected to be "a year where every barrel counts and

09:22AM 24   every dollars counts."

09:22AM 25           Macondo was more than $50 million over budget and

09:22AM  1    behind schedule.  The *Deepwater Horizon* was committed to drill

09:22AM  2    two more wells for BP within a short time, and it had to get

09:22AM  3    one right away started or BP risked losing an expensive Gulf

09:22AM  4    lease.

09:22AM  5            The evidence will show BP executive management

09:22AM  6    placed huge financial pressure on BP rig management to cut

09:22AM  7    costs by cutting corners and to rush the job.

09:22AM  8            The Macondo well bottom was under 5000 feet of

09:22AM  9    water and then another about 13,000 feet of earth below that,

09:23AM 10    total of around 18,000 feet, in a formation known to BP for

09:23AM 11    being high pressure, high temperature, and, most importantly,

09:23AM 12    an unstable, no-salt formation.

09:23AM 13            As Jonathan Bellow, a BP Operations Geologist for

09:23AM 14    Deepwater Exploration at BP, confirms, wells without a thick

09:23AM 15    sequence of salt require more casing for a given depth than

09:23AM 16    those that do penetrate salt.

09:23AM 17            The drilling window between the pore pressure and

09:23AM 18    the frac gradient is generally narrower in no-salt wells which

09:23AM 19    requires more casing.

09:23AM 20            BP had drilled wells with no salt previously

09:23AM 21    before Macondo, but, as he says, "it had just been a few

09:24AM 22    wells."

09:24AM 23            So, with the rush of financial urgency combined

09:24AM 24    with BP concerns about the Macondo well situation, how did BP

09:24AM 25    proceed with its Macondo well?

**OFFICIAL TRANSCRIPT**

09:24AM 1          Petroleum engineering expert David Pritchard

09:24AM 2  says:  "BP repeatedly chose speed over safety."

09:24AM 3          When asked for feedback following the March 8th

09:24AM 4  Macondo kick, BP Tiger Team member Kate Paine says:  "I'm not

09:24AM 5  sure it was a lack of communication nor awareness as much as a

09:24AM 6  'we can get away with this' attitude."

09:24AM 7          Dr. Allen Huffman, a geophysicist, will testify

09:24AM 8  that BP failed to disclose information to MMS that it was

09:25AM 9  required to disclose on an ongoing basis.  The evidence will

09:25AM 10 show that on multiple occasions BP falsely reported its

09:25AM 11 fracture gradients and pressure integrity test results to the

09:25AM 12 MMS by drilling ahead without a safe drilling margin and

09:25AM 13 without seeking prior MMS approval.

09:25AM 14         Macondo was described variously by BP personnel

09:25AM 15 as the "well from hell," a "nightmare" well, and a "crazy"

09:25AM 16 well.  In the months preceding the disaster, there were four

09:25AM 17 kicks and ten incidents of lost returns resulting in the loss

09:25AM 18 of 668,000 gallons of mud.

09:25AM 19         The push to complete the "nightmare" well caused

09:25AM 20 so many last-minute changes to the temporary abandonment

09:26AM 21 procedure plan that BP's John Guide told David Sims just

09:26AM 22 three days before the disaster, "David, over the past

09:26AM 23 four days, there has been so many last-minute changes to the

09:26AM 24 operation, that the well site leaders have finally come to

09:26AM 25 their wits' end."  The quote is, "Flying by the seat of our

09:26AM 1   pants."

09:26AM 2           "Everybody wants to do the right thing, but this

09:26AM 3   huge level of paranoia from engineering leadership is driving

09:26AM 4   chaos.  This operation is not *Thunder Horse*.  Brian has called

09:26AM 5   me numerous times trying to make sense of all the insanity."

09:26AM 6   And then later he concludes, "The operation is not going to

09:26AM 7   succeed if we continue in this manner."

09:26AM 8           Now, put that into context, March 29th -- excuse

09:27AM 9   me -- just 22 days before the Macondo disaster Robert Bodek,

09:27AM 10  the BP operations geologist -- March 27th, Robert Bodek, a BP

09:27AM 11  operations geologist told his boss that, "If BP continued to

09:27AM 12  total depth on Macondo, it will all be in God's hands."

09:27AM 13          Two days later, just 22 days before the Macondo

09:27AM 14  disaster, Bodek again told his boss that, "If they really

09:27AM 15  believe that the poor pressure can be as high as projected, we

09:27AM 16  need to start having some serious discussions about pulling the

09:27AM 17  plug early."

09:28AM 18          The evidence will show that during BP's rush to

09:28AM 19  temporarily abandon this well, BP made a series of decisions to

09:28AM 20  save time and money but substantially increased risk and

09:28AM 21  reduced safety.  Here are some examples:

09:28AM 22          BP used a long string casing rather than a liner

09:28AM 23  with a tieback, which it was originally designed to be until

09:28AM 24  about a month before the disaster, to save time and at least

09:28AM 25  seven to $10 million and seven to ten days in time.

**OFFICIAL TRANSCRIPT**

09:28AM 1        BP failed to perform a bottoms up circulation
09:28AM 2   test prior to allowing Halliburton to pump its cement.
09:28AM 3        Third, BP refused to use the recommended and
09:28AM 4   originally planned -- and originally planned 21 centralizers,
09:28AM 5   ended up using many less.
09:28AM 6        BP failed to wait for the completion of the foam
09:29AM 7   stability test before pouring -- or allowing to pour the
09:29AM 8   cement.
09:29AM 9        Fifth, BP began its positive pressure test just
09:29AM 10  12 hours after the cementing operation and refused to wait for
09:29AM 11  the cement to fully cure.
09:29AM 12       Six, BP displaced the riser before setting a real
09:29AM 13  barrier, the cement plug.
09:29AM 14       Seventh, BP displaced the riser over 3,000 feet
09:29AM 15  below the surface.
09:29AM 16       BP used a untried experimental spacer from
09:29AM 17  leftover lost circulation materials.
09:29AM 18       BP ran the safety critical negative pressure test
09:29AM 19  without a written procedure and with personnel who had never
09:29AM 20  been given formal training in how to perform the test.
09:29AM 21       Tenth, BP refused to run a cement bond log to
09:30AM 22  confirm the success or failure of the cement job despite the
09:30AM 23  presence of a Schlumberger crew they had on the rig ready to
09:30AM 24  run it.  Once again, BP did this to save time and money.
09:30AM 25       Finally, BP conducted simultaneous operations

OFFICIAL TRANSCRIPT

09:30AM 1    during the displacement without doing the required risk

09:30AM 2    assessment, which significantly impaired the ability to

09:30AM 3    recognize that a kick, a serious kick was happening.

09:30AM 4        The evidence will show the actions of BP

09:30AM 5    executive management were a substantial cause of the disaster.

09:30AM 6    BP will place great reliance on its Bly Report to try to

09:30AM 7    diminish its culpability.  Yet the evidence will show that the

09:30AM 8    Bly Report was not as thorough as represented by BP to be.

09:30AM 9        BP's CEO Tony Hayward claimed BP conducted an

09:31AM 10   open, complete and transparent investigation that would cover

09:31AM 11   everything.  Rather, contrary to BP's standard protocol for

09:31AM 12   investigating serious accidents, and certainly no one will

09:31AM 13   contest that this wasn't a serious accident, BP's investigation

09:31AM 14   of the Macondo disaster, the Bly Report failed to investigate

09:31AM 15   systemic management causes.

09:31AM 16        The evidence will show BP's executive management

09:31AM 17   directly controlled BP's Worldwide Risk Management and

09:31AM 18   encouraged a culture which placed profit and production over

09:31AM 19   safety and protection.

09:31AM 20        Process safety and risk engineering expert

09:31AM 21   Professor Bob Bea will make it clear, starting tomorrow when he

09:31AM 22   takes the stand, that effective process safety only happens if

09:31AM 23   a company creates a safety culture that reflects the

09:31AM 24   seriousness with which that company attempts to manage risks.

09:32AM 25        Effective process safety is reflected by what a

**OFFICIAL TRANSCRIPT**

09:32AM 1    company actually does, not what it says.  It's also reflected

09:32AM 2    by its commitment to learn lessons from past events.  That

09:32AM 3    commitment is critical, because in the words of Dr. Bea, "It

09:32AM 4    has a major effect on how the company balances between

09:32AM 5    production and protection."

09:32AM 6            Dr. Bea will explain how BP knew from previous

09:32AM 7    disasters to place relatively high emphasis on short-term

09:32AM 8    benefits of cost and speed could cause major loss of life and

09:32AM 9    property.  And that cost cutting, failure to invest, and

09:32AM 10   production pressures from BP executive managers, impairs

09:32AM 11   process safety performance.

09:32AM 12           Nonetheless, the evidence will show that in 2010

09:32AM 13   for Macondo, BP was still putting production over protection,

09:33AM 14   profits over safety.

09:33AM 15           In 2007, BP's CEO Tony Hayward acknowledged that

09:33AM 16   he had two years to turn the company's financial performance

09:33AM 17   around.  The evidence will show BP's executive management

09:33AM 18   issued directives to cut billions and billions of dollars from

09:33AM 19   the costs of BP operations.

09:33AM 20           From 2008 to 2009, BP management slashed costs by

09:33AM 21   $4 billion, with plans for another 1.4 billion in 2010.  This

09:33AM 22   resulted in massive layoffs, 20 percent of BP's entire

09:33AM 23   worldwide force.

09:33AM 24           Former BP vice-president of drilling and

09:33AM 25   completions Kevin Lacy, will describe for the Gulf of Mexico

**OFFICIAL TRANSCRIPT**

09:33AM 1    operating unit, incredibly pressured with respect to cost

09:33AM 2    production during 2008 and 2009.

09:34AM 3              Beginning in 2008, Lacy received directives from

09:34AM 4    BP's senior vice-president global projects, Neil Shaw, and CEO

09:34AM 5    of BP Exploration and Production, Andy Inglis, to cut the

09:34AM 6    costs.

09:34AM 7              One of Shaw's first decisions was to eliminate

09:34AM 8    the safety and technical director, 290 BP personnel, 93

09:34AM 9    contractors.  After eliminating the safety and technical

09:34AM 10   director, there was no one person in the Gulf of Mexico unit

09:34AM 11   whose sole job was administer or oversee process safety.

09:34AM 12             In 2009, BP cut between 250 and 350 million from

09:34AM 13   the Gulf of Mexico Drilling & Completion organization with

09:34AM 14   further cost cutting directed for 2010.  Many key safety

09:34AM 15   personnel lost their jobs -- or rather, saw their jobs

09:35AM 16   eliminated.

09:35AM 17             Cost cutting was further incentivized but did not

09:35AM 18   include incentives for effective measurable process safety.

09:35AM 19   BP's safety culture will be shown by the evidence, according to

09:35AM 20   BP's Kate Payne, to be a "we can get away with this" attitude.

09:35AM 21   According to Dr. Bea, a culture of entrepreneurial risk taking

09:35AM 22   and a culture of production over protection.

09:35AM 23             Even Halliburton process safety expert

09:35AM 24   Patrick Hudson will testify that BP was a highly risk tolerant

09:35AM 25   culture and an opportunistic and speed-driven culture and a

**OFFICIAL TRANSCRIPT**

09:35AM 1    culture of being loss averse rather than risk averse.

09:35AM 2              In other words, the evidence will show that BP

09:35AM 3    management incentivized a culture of cost cutting, profits over

09:36AM 4    safety, and taking high risk with a conscious disregard for

09:36AM 5    dire potential risks.

09:36AM 6              The evidence will show BP executive management

09:36AM 7    intentionally refused to change its past behavior and instead

09:36AM 8    willfully exclude its process safety requirements, its OMS

09:36AM 9    program, from leased vessels like the *Deepwater Horizon*.

09:36AM 10             At BP's invitation -- let's give some context to

09:36AM 11   this.  At BP's own invitation, renowned process safety and risk

09:36AM 12   engineering expert, Dr. Bob Bea himself, was retained directly

09:36AM 13   and advised BP on three separate occasions, in 2001, 2002, and

09:36AM 14   2005, what it was doing wrong with process safety and what

09:36AM 15   needed to be done to correct it.  Dr. Bea will explain how BP

09:37AM 16   did not listen and how that was a substantial cause of the

09:37AM 17   Macondo disaster.

09:37AM 18             Dr. Bea will also explain how the organizational

09:37AM 19   and systemic causes of previous disasters, major accidents, are

09:37AM 20   virtually identical to the systemic and organizational causes

09:37AM 21   of the Macondo blowout.

09:37AM 22             BP's then head of safety, John Mogford, predicted

09:37AM 23   in 2006, that if BP did not improve its process safety, it was

09:37AM 24   going to have another disaster every 10 to 15 years.  In fact,

09:37AM 25   it only took four.

67

09:37AM 1          Long before the *Deepwater Horizon* disaster, BP
09:37AM 2    was aware of specific recommendations of how it could fix its
09:37AM 3    process safety problem in order to avoid future disasters.
09:37AM 4          In an effort to improve its process safety, BP
09:38AM 5    executive management in London implemented the operations
09:38AM 6    management system, or OMS, which was indeed a comprehensive
09:38AM 7    management system that integrates and improves existing
09:38AM 8    management systems and provides the framework to achieve safe
09:38AM 9    and reliable operations across its worldwide operations.
09:38AM 10         But the evidence will show that in willfully
09:38AM 11   failing to extend its OMS program to its leased drilling
09:38AM 12   vessels, like the *Deepwater Horizon*, BP failed to keep the
09:38AM 13   following factors present in previous disasters from playing a
09:38AM 14   role in Macondo:  Ignoring process safety risks, failing to
09:38AM 15   perform effective audits, engaging in mindless, pointless and
09:38AM 16   counterproductive organizational restructuring, and failing to
09:38AM 17   maintain safety critical equipment.
09:38AM 18         Prior to the Macondo disaster, BP executive
09:39AM 19   management promised to change, to learn lessons.  The evidence
09:39AM 20   will show that for BP's leased vessels in the Gulf of Mexico,
09:39AM 21   like the *Deepwater Horizon*, BP's culture regarding safety
09:39AM 22   remained the same.
09:39AM 23         The evidence will show that when BP's Gulf of
09:39AM 24   Mexico drilling engineering manager, Jonathan Sprague, in fact,
09:39AM 25   received an e-mail from a lower level BP employee regarding

**OFFICIAL TRANSCRIPT**

09:39AM 1    process safety, lessons learned, he passed it off as clutter.

09:39AM 2              In late 2009, BP conducted a rig safety audit of

09:39AM 3    the *Deepwater Horizon* and discovered an astounding 390

09:39AM 4    outstanding maintenance issues requiring 3,545 man-hours to

09:39AM 5    repair, some of which had been outstanding since another 2008

09:40AM 6    audit by BP.

09:40AM 7              But the evidence will show that BP kept

09:40AM 8    chartering and using the *Deepwater Horizon* year in and year out

09:40AM 9    despite actual knowledge of many problems with the vessel,

09:40AM 10   keeping it at sea, driving it hard, when BP knew it should have

09:40AM 11   been taken to a shipyard for repairs.

09:40AM 12             BP Tiger Team member Kate Payne, who being

09:40AM 13   requested to participate in a "lessons learned" inquiry in a

09:40AM 14   March 8th kick, 2010, said, "I don't think this is going to be

09:40AM 15   a lesson learned.  I'm sorry to push back on the lessoned

09:40AM 16   learned.  I know you've got to get something out there to make

09:40AM 17   it look like we won't do this again.  I don't see us really

09:40AM 18   learning."

09:40AM 19             Commenting on apartments, *Deepwater Horizon*

09:40AM 20   repair cost concerns, in September 2009, BP Houston operations

09:41AM 21   engineer, Brett Cocales responded internally, "Don't worry

09:41AM 22   about this small stuff.  We're not going to tear anything else

09:41AM 23   apart unless absolutely necessary and we are ready to kick some

09:41AM 24   serious ass.  Don't worry, be happy."

09:41AM 25             BP Drilling Engineer, Nicholas Lirette replied

**OFFICIAL TRANSCRIPT**

09:41AM 1    saying, prophetically, "This rig is not in appropriate

09:41AM 2    condition to start a well."  But of course, it did.

09:41AM 3              Just five days before the blowout, BP Houston

09:41AM 4    engineer, Brett Cocales, sent 15 extra centralizers to the

09:41AM 5    *Deepwater Horizon* in addition to the six already on board.  And

09:41AM 6    the extra centralizers were intended to reduce cement

09:41AM 7    channeling and thus reduce the risk of a blowout.

09:41AM 8              The next day BP's John Guide's boss demanded that

09:42AM 9    the extra centralizers not be used.  Why?  The evidence will

09:42AM 10   show to save time and money for BP.

09:42AM 11             Cocales succumbed to Guide's demand and e-mailed

09:42AM 12   another BP Houston engineer, "But who cares, it's done.  End of

09:42AM 13   story.  We'll probably be fine."

09:42AM 14             Dr. Bea will explain how the failure of BP to

09:42AM 15   implement OMS on its riskiest enterprise, deepwater drilling in

09:42AM 16   the Gulf of Mexico, played a substantial role in the disaster

09:42AM 17   at Macondo.

09:42AM 18             Whatever benefit the system might have brought

09:42AM 19   was lost.  At the time of the blowout there was no individual

09:42AM 20   in charge of process safety of the Macondo well.

09:42AM 21             THE COURT:  Mr. Roy, you need to bring it to a close.

09:43AM 22   Your time is about up.

09:43AM 23             MR. ROY:  I have one-and-a-half pages, Your Honor.

09:43AM 24             THE COURT:  Go ahead.

09:43AM 25             MR. ROY:  Dr. Bea will explain that the Macondo

**OFFICIAL TRANSCRIPT**

09:43AM 1    Drilling Team was blind to major process safety risks because
09:43AM 2    of the lack of OMS.
09:43AM 3            Ironically, BP board member Sir William Castell
09:43AM 4    denies knowing the high risk of drilling in the Gulf of Mexico
09:43AM 5    prior to the Macondo disaster.  But he testifies, "If I had
09:43AM 6    known the risk in the Gulf of Mexico, we would have never
09:43AM 7    drilled that well in the Gulf of Mexico."
09:43AM 8            Kevin Lacy, the former vice-president of Drilling
09:43AM 9    & Completions summed up the Macondo disaster best when he said,
09:43AM 10   "It was entirely preventable."
09:43AM 11           In conclusion, Your Honor, we respectfully
09:44AM 12   suggest that the evidence will prove the *Deepwater Horizon* was
09:44AM 13   unseaworthy on April 20th of 2010, and had been for many
09:44AM 14   months, if not years, before.  And Transocean and BP both knew
09:44AM 15   it.
09:44AM 16           It will also prove the negligence -- the evidence
09:44AM 17   will also prove the negligence of BP, Transocean, Halliburton
09:44AM 18   and Cameron.
09:44AM 19           And finally, the evidence will prove the
09:44AM 20   defendants' gross negligence and willful and reckless conduct.
09:44AM 21           The limitation should be denied.  The evidence in
09:44AM 22   this trial will demonstrate to Your Honor why this tragedy
09:44AM 23   occurred and who is responsible.
09:44AM 24           Thank you.
09:44AM 25           THE COURT:  All right.  I was planning on taking a

**OFFICIAL TRANSCRIPT**

09:44AM 1    break after the United States' presentation, but we are going

09:44AM 2    to do it right now because we have a technical problem, I

09:44AM 3    understand.

09:44AM 4              They still have that going on, Stephanie?

09:44AM 5         THE DEPUTY CLERK:  Yes, sir.

09:44AM 6         THE COURT:  In one of the overflow courtrooms, there is

09:44AM 7    a problem with the sound, and someone needs to come here and

09:45AM 8    fix something.

09:45AM 9              So we're going to take about a 15-minute recess

09:45AM 10   right now.

09:45AM 11        THE DEPUTY CLERK:  All rise.

09:45AM 12        (WHEREUPON, at 9:45 a.m. the Court took a recess.)

10:03AM 13        THE COURT:  All right.  I think they tell me we have

10:03AM 14   our technical problem in one of the other courtrooms repaired,

10:03AM 15   so we're ready to proceed.

10:03AM 16             Mr. Underhill.

10:03AM 17                    OPENING STATEMENTS

10:03AM 18   BY MR. UNDERHILL:

10:03AM 19             Thank you, Your Honor.  Good morning.

10:03AM 20             Your Honor, before I start, my good friend,

10:03AM 21   Mr. Roy, asked me to say that he made a mistake that he would

10:03AM 22   like me to correct, and I certainly agree to do that.

10:03AM 23             He indicated that Mr. Keith, the Sperry-Sun

10:03AM 24   mudlogger took a 30-minute smoke break or whatever kind of

10:03AM 25   break, and Mr. Roy indicated it should have been 10 minutes.

**OFFICIAL TRANSCRIPT**

10:03AM 1   He didn't want to mislead the Court or any of the parties.

10:03AM 2          So is that good, Jim?  Thank you.

10:03AM 3       THE COURT:  Okay.

10:03AM 4       MR. UNDERHILL:  Your Honor, good morning.

10:03AM 5          This was the *Deepwater Horizon* on April 22, two

10:03AM 6   days after the Macondo well blew out.  The job of the parties

10:03AM 7   in this courtroom today, myself, my colleagues from both the

10:04AM 8   plaintiff and defense side, is to try to give the evidence to

10:04AM 9   the Court so you can decide how this tragedy happened, why it

10:04AM 10  happened, and who caused it to happen.

10:04AM 11         The evidence in this trial will show that,

10:04AM 12  despite BP's attempts to shift blame to other parties in this

10:04AM 13  lawsuit, by far and away, the primary fault for this disaster

10:04AM 14  lies with BP.

10:04AM 15         BP was the owner of the Macondo well.  It

10:04AM 16  designed the Macondo well.  It was the operator of the

10:04AM 17  Macondo well.

10:04AM 18         The evidence will show that critical decisions

10:04AM 19  that caused the blowout and disaster up on that screen,

10:04AM 20  decisions about narrow and dangerous drilling margins, about

10:04AM 21  cement design and placement, the all critical negative pressure

10:04AM 22  test you'll hear a great deal about in this case, about well

10:05AM 23  monitoring and well control, about the BOP, those decisions,

10:05AM 24  Your Honor, were made by BP.

10:05AM 25         We will show that a long series of missteps and

**OFFICIAL TRANSCRIPT**

10:05AM  1    reckless decisions made by BP taken together demonstrate

10:05AM  2    willful misconduct.

10:05AM  3            THE COURT:  Stop, I'm sorry, one second.  Did something

10:05AM  4    happen to the sound?  I can still hear you, but I'm not sure

10:05AM  5    everyone else can.  Excuse me.

10:05AM  6                    Is your Lavalier mic not working?  Is that what

10:05AM  7    it is?  Is that not working?

10:05AM  8            MR. GODWIN:  It's your battery.

10:05AM  9            MR. UNDERHILL:  There might be another one right there

10:05AM 10    next to you.  There is a backup.

10:05AM 11            THE COURT:  See if the other one works.

10:05AM 12            MR. UNDERHILL:  Certainly, Your Honor.

10:05AM 13            THE COURT:  Isn't technology wonderful, as long as it

10:05AM 14    works.

10:06AM 15                    That sounds like it's working.

10:06AM 16            MR. UNDERHILL:  How are we doing?

10:06AM 17            THE COURT:  That's better.

10:06AM 18            MR. UNDERHILL:  Thank you very much, Your Honor.

10:06AM 19            THE COURT:  Thank you.

10:06AM 20            MR. UNDERHILL:  We will show that a long series of

10:06AM 21    missteps and reckless decisions by BP taken together

10:06AM 22    demonstrate willful misconduct.  We will show that individual

10:06AM 23    decisions made by BP standing alone constitute gross

10:07AM 24    negligence.

10:07AM 25                    Especially among those individual decisions was

**OFFICIAL TRANSCRIPT**

10:07AM  1    the incomprehensible decision to declare the negative pressure

10:07AM  2    test a success only two hours before the first of the

10:07AM  3    explosions that wracked the rig.

10:07AM  4            The evidence will show that at 8:52 p.m., on

10:07AM  5    April 20, less than an hour before oil and gas exploded in a

10:07AM  6    fireball aboard that rig that was up on the screen a moment

10:07AM  7    ago, BP Senior Drilling Engineer in Houston, Mark Hafle, and

10:07AM  8    its Senior Well Site Leader on the rig, Don Vidrine, had a

10:07AM  9    telephone conversation.  Both men subsequently took the Fifth

10:07AM 10    Amendment in this case.

10:07AM 11            That conversation, we will show, should have

10:07AM 12    prevented the tragedy, the need for any of us to be in this

10:07AM 13    courtroom today and for the next three months.

10:08AM 14            They had a conversation that could have saved

10:08AM 15    eleven lives, saved the Gulf, saved the people of the Gulf from

10:08AM 16    a catastrophe, despite all of the BP failures that had happened

10:08AM 17    before that day on API 20 and in the days before.

10:08AM 18            The evidence will show that when those two men

10:08AM 19    hung up the phone at 9:02 p.m., eleven men, eleven souls, had

10:08AM 20    47 minutes to live the rest of their lives, 47 minutes in which

10:08AM 21    BP failed to take any action that could have prevented that

10:08AM 22    tragedy that's on the screen and our need to be here today.

10:08AM 23            The evidence and testimony will show that with as

10:08AM 24    little as a ten-second phone call from Mr. Vidrine to the

10:08AM 25    toolpusher or the driller, as little as a 30=second walk down

10:08AM 1   to the rig floor to those two men, the toolpusher, the driller,

10:09AM 2   we could have avoided all of this, all of this.

10:09AM 3         The evidence will show, Your Honor, that BP's

10:09AM 4   failure to take that action, that simple action, that act alone

10:09AM 5   constituted willful misconduct.

10:09AM 6         In an opening like this, and with the volume of

10:09AM 7   the record that we have, Your Honor, the best we can do as

10:09AM 8   attorneys is present a snapshot of the evidence to the Court;

10:09AM 9   but, if we're looking for a snapshot that shows how and why BP

10:09AM 10  is the primary cause for this disaster, we point to evidence of

10:09AM 11  a corporate culture of disregard for safety that laid the

10:09AM 12  foundation for all that happened on April 20 on that rig.

10:09AM 13        The evidence will show that BP made John Guide

10:10AM 14  the well team leader for the Macondo well.  It will show that

10:10AM 15  the well site leaders, Mr. Vidrine and Mr. Kaluza, reported

10:10AM 16  directly to Mr. Guide in Houston.

10:10AM 17        The evidence will show that the well team leader,

10:10AM 18  Guide, reported to David Sims, his boss at BP headquarters in

10:10AM 19  Houston.

10:10AM 20        It will show that on April 17, 2010, only three

10:10AM 21  days before the blowout, Guide sent Sims an extraordinary

10:10AM 22  document that explains as much as any single piece of evidence

10:10AM 23  in this entire case that Your Honor will hear why eleven men

10:10AM 24  needlessly lost their lives and why this catastrophe of an oil

10:10AM 25  spill began.

**OFFICIAL TRANSCRIPT**

10:10AM   1          Mr. Roy mentioned this e-mail.  I'll very briefly

10:10AM   2   going through it.  On April 17, Guide told Sims that the BP

10:10AM   3   well site leaders had finally come to their wits end, that BP

10:11AM   4   well site leaders were flying by the seat of their pants.

10:11AM   5          Guide described a huge level of paranoia that was

10:11AM   6   driving chaos.  He talked about another BP Macondo engineer

10:11AM   7   trying to make sense of all the insanity.  In a sentence that

10:11AM   8   within three days became literal prophecy, Guide finished, "the

10:11AM   9   operation is not going to succeed if we continue in this

10:11AM  10   manner."

10:11AM  11          The evidence will show that the same day, Sims,

10:11AM  12   Guide's boss, responded to Guide by telling him that he had to

10:11AM  13   go to dance practice in a few minutes.  It will show that Sims

10:11AM  14   told him that the engineer who used the word "insanity" to

10:11AM  15   describe this operation needed to be reminded that, quote, it

10:11AM  16   was a great learning opportunity.  It will be over soon.  That

10:12AM  17   the same issues or worse exist anywhere else.

10:12AM  18          He finished by telling Guide, I'll be back soon,

10:12AM  19   and we can talk.  We are dancing to the Village People.

10:12AM  20          Well, the operation, as we know, Your Honor,

10:12AM  21   didn't succeed.  The evidence will show through the sworn

10:12AM  22   testimony of BP's own witnesses that BP should have shut down

10:12AM  23   the Macondo operation at the moment, that moment, when Guide

10:12AM  24   sent the e-mail to Sims.

10:12AM  25          The evidence will show in Sims's own testimony

10:12AM  1    that he didn't shut down the operation either after dance

10:12AM  2    practice or before the well blew out, even in response to words

10:12AM  3    like paranoia, chaos and insanity.

10:12AM  4              In fact, Sims's testimony will show that he

10:12AM  5    refused to give a straight answer in deposition to the simple

10:12AM  6    question of whether he and Guide, the Macondo well team leader,

10:13AM  7    had more responsibility for safety aboard the *Deepwater Horizon*

10:13AM  8    than the rig's cook or its bed maker.

10:13AM  9              But the evidence will show that a BP operation

10:13AM 10    that was, to use their words, flying by the seat of the pants,

10:13AM 11    had far deeper problems, that stopping the operation was not

10:13AM 12    the BP way.

10:13AM 13              The evidence will show that BP put profits before

10:13AM 14    people, profits before safety, and profits before the

10:13AM 15    environment.  It will show that the BP way, the way that BP

10:13AM 16    drove its people, was, as Mr. Roy mentioned, time is money, and

10:13AM 17    every dollars counts.

10:13AM 18              The story that will be told by this evidence will

10:13AM 19    be that time is money, and every dollars counts were the

10:13AM 20    bludgeons that sacrificed safety, the weapons that drove people

10:14AM 21    to save money at the cost of people's lives.

10:14AM 22              If we want to grasp this culture of profit over

10:14AM 23    safety and what drove people to use words like "chaos" and

10:14AM 24    "insanity" to describe this high hazard, high risk BP

10:14AM 25    operation, the easiest example is the Macondo well itself.

                            **OFFICIAL TRANSCRIPT**

10:14AM 1          The evidence will show that BP was tens of

10:14AM 2   millions, 50 million according to Mr. Roy, over its budget of

10:14AM 3   one hundred million dollars to drill the Macondo well, and that

10:14AM 4   it was spending nearly a million dollars a day for every day

10:14AM 5   the rig stayed onsite.

10:14AM 6          So a safety corner cut, a day saved was a million

10:14AM 7   dollars saved for BP.  10 days, 10 million.  20 days, 20

10:14AM 8   million.

10:14AM 9          Decisions that any safety minded company would

10:14AM 10  have made during the last days of the rig, such as those

10:14AM 11  dealing with the cement job, with the float collar, with the

10:15AM 12  negative pressure test, with the Guide/Sims e-mail, the

10:15AM 13  evidence will show that those decisions were not made because

10:15AM 14  they would have caused delayed and, most importantly to BP,

10:15AM 15  money.

10:15AM 16         BP's own words:  "The evidence that we'll see in

10:15AM 17  this trial make the point about profit over safety better than

10:15AM 18  anyone in this courtroom ever can or ever could."

10:15AM 19         As an example, and I stress this is only an

10:15AM 20  example, one example of the culture that pervaded BP's

10:15AM 21  operation of the Macondo, the evidence will show that Mark

10:15AM 22  Hafle, the same BP engineer in Houston who talked to the rig in

10:15AM 23  its last and final hour, Hafle knew before the disaster, quote,

10:15AM 24  the cement design was on the ragged edge, closed quote -- and

10:15AM 25  pardon the language, Your Honor -- that he knew that, quote, we

**OFFICIAL TRANSCRIPT**

10:15AM  1    are going to get a shitty cement job, closed quote.  That's

10:16AM  2    Mr. Hafle.

10:16AM  3              The evidence will show that to BP that wasn't an

10:16AM  4    alarm ringing down the halls of BP headquarters, not even

10:16AM  5    close.

10:16AM  6              The evidence will show that doing it right and

10:16AM  7    redoing it with a new cement job could have cost delays worth

10:16AM  8    millions of dollars to BP.

10:16AM  9              Instead, the evidence will show that only days

10:16AM 10    before the blowout and eleven deaths, another BP engineer in

10:16AM 11    Houston, Brett Cocales -- e-mail is up on the screen -- made

10:16AM 12    the infamous, unforgiveable statement that by the end of this

10:16AM 13    trial will stand as the summation of BP's safety culture at

10:16AM 14    Macondo:  "But who cares, it's done, end of story, will

10:16AM 15    probably be fine, and we'll get a good cement job."

10:16AM 16              But it wasn't only millions of dollars that BP

10:16AM 17    was concerned about.  The evidence will also show, through the

10:16AM 18    testimony of Dr. Allen Huffman, that BP violated mandatory

10:17AM 19    federal regulations and critical safety practices over the

10:17AM 20    course of drilling the Macondo well, regulations and safety

10:17AM 21    procedures that require operators to maintain what is called a

10:17AM 22    safe drilling margin.

10:17AM 23              Dr. Huffman will explain what drilling margin

10:17AM 24    means in terms of fundamental drilling and safety issues; but

10:17AM 25    what will become apparent through the evidence is that BP

10:17AM 1    drilled and pushed this well beyond safe drilling margin

10:17AM 2    limits, in violation of law, all because it feared that if it

10:17AM 3    told the MMS what it was doing on this well, MMS could shut

10:17AM 4    down the operation, and BP would stand to lose not only the one

10:17AM 5    hundred million or whatever the amount is plus that it had

10:17AM 6    already spent drilling Macondo, but it could loose the

10:17AM 7    potential of billions, that's billions with a B, billions of

10:18AM 8    dollars of profit from the production well they hoped to get.

10:18AM 9             Now, no plaintiff here in this courtroom will

10:18AM 10   ever begrudge BP or anyone from wanting to make a profit.

10:18AM 11   That's not an issue in the case, not even remotely.

10:18AM 12            Instead, what the evidence and the testimony will

10:18AM 13   show is that reckless actions amounting to gross negligence and

10:18AM 14   the willful misconduct were tolerated by BP, sometimes

10:18AM 15   encouraged by BP to squeeze extra profit out of every decision,

10:18AM 16   out of every well, including this well.

10:18AM 17            That repeated multiple times in the operation of

10:18AM 18   this well, and especially in the final days and hours of the

10:18AM 19   *Deepwater Horizon*, the evidence will show that at every fork in

10:18AM 20   the road, BP chose time and money over safety in the operation

10:18AM 21   of what the rig crew called this "well from hell."

10:19AM 22            Witnesses will testify in this courtroom that BP

10:19AM 23   needed to do have the integrity and the responsibility to own

10:19AM 24   up to the ongoing dangers and its own mistakes, just like Hafle

10:19AM 25   and Vidrine needed to do in the last hour of the rig.

OFFICIAL TRANSCRIPT

10:19AM 1          But it will show that BP, from company men in the

10:19AM 2     well to senior managers ashore, refused to deviate from a

10:19AM 3     course of a corporate culture of recklessness that was

10:19AM 4     chartered in board rooms in Houston and London.

10:19AM 5          As people BP's men continued on that course, the

10:19AM 6     evidence will show that their actions spoke louder than words

10:19AM 7     and demonstrated the same reckless behavior that's shown in the

10:19AM 8     words, "who cares, it's done, probably be fine," written on

10:19AM 9     that screen and the Guide/Sims e-mails and in Hafle's and

10:19AM 10    Vidrine's abdication of responsibility in the last hour.

10:19AM 11         During the course of this trial, Your Honor will

10:20AM 12    find that BP put people in charge of the Macondo well that

10:20AM 13    weren't functionaries.  They weren't guys pumping gas and

10:20AM 14    changing oil at the BP corner service station.  They headed the

10:20AM 15    BP operation, deepwater drilling of a well like Macondo that

10:20AM 16    had the destructive power to do exactly what we've seen in this

10:20AM 17    case, deaths, injuries, a rig at the bottom of the Gulf of

10:20AM 18    Mexico, economic and environmental devastation, along the swath

10:20AM 19    of Gulf Coast states and communities, and the power to cause an

10:20AM 20    oil spill that even has its own name.

10:20AM 21         But the tragedy of this case, Your Honor, the

10:20AM 22    tragedy of this case, and as the evidence will show, is that

10:20AM 23    the explosions, the death, everything that followed, could be

10:20AM 24    explained as being caused by some of the simple, easiest to

10:20AM 25    understand things imaginable that we'll understand in this

10:20AM 1    court by the end of trial, failures that should not have

10:21AM 2    happened, that with even a simple amount of care should never

10:21AM 3    have happened.

10:21AM 4              At worst, the evidence will show that the amount

10:21AM 5    of money saved to execute so many of the cost cutters, the cost

10:21AM 6    savings, the short cuts, didn't even amount to pocket change in

10:21AM 7    the operation of this magnitude with this many millions of

10:21AM 8    dollars.

10:21AM 9              Now, BP published its internal investigation and

10:21AM 10   put out its story of why this strategy happened.  The Bly

10:21AM 11   Report, as Mr. Roy pointed out, that will be Exhibit 1 in this

10:21AM 12   trial.  It consists of 190 pages and another 569 pages of

10:21AM 13   appendices.

10:21AM 14             But, Your Honor, if you read every page of that

10:21AM 15   exhibit, all 769 of them, all the footnotes and all the fine

10:21AM 16   print, you won't find a mention, not a whisper, not a hint, of

10:21AM 17   the deeper systemic and corporate management causes, BP culture

10:22AM 18   of corporate recklessness like we see in the Guide/Sims

10:22AM 19   e-mails, the Cocales e-mail and the ones like it.

10:22AM 20             Much of this trial, the evidence will look at

10:22AM 21   events that happened on the rig during its last few days and

10:22AM 22   hours.  As for the immediate rig-based causes, the evidence

10:22AM 23   will show that when BP declared the negative pressure test a

10:22AM 24   success, it was wrong, recklessly and grossly wrong.  But that

10:22AM 25   one failed test isn't even close to being the only cause of the

10:22AM 1    *Deepwater Horizon* tragedy.

10:22AM 2              This evidence up on the screen, Your Honor, is

10:22AM 3    taken from BP's own internal investigation, the Bly Report,

10:22AM 4    which claimed to trace the causes of the *Deepwater Horizon*

10:22AM 5    tragedy to a series of interrelated causes, when taken

10:22AM 6    together, caused the accident.

10:22AM 7              For example, the failure of cement, which isn't

10:23AM 8    coming up, but it's the far left slice; the failure of the

10:23AM 9    float collar, the second from the left; the failed negative

10:23AM 10   test; the failure to monitor and control the well; all the way

10:23AM 11   to the far right, the failure of the BOP to close in the well.

10:23AM 12             Now, according to BP's own accident model, which

10:23AM 13   you see on the screen, each causation slice lined up in an

10:23AM 14   unbroken sequence and created a chain of causation, a direct

10:23AM 15   line through all of these holes that led to the disaster.

10:23AM 16             According to BP's own model, this evidence on the

10:23AM 17   screen, and according to the testimony you'll hear from the Bly

10:23AM 18   Report's namesake, if even one of the causation holes hadn't --

10:23AM 19   or slices hadn't lined up, then the Gulf oil spill never would

10:23AM 20   have happened.

10:23AM 21             For example, if the negative pressure test had

10:24AM 22   been interpreted correctly by BP and it was discovered the

10:24AM 23   cement job had failed, BP's own highly respected drilling

10:24AM 24   expert, Dr. Azar, and BP's own cement expert, Mr. Calvert, will

10:24AM 25   testify that this blowout and all that followed never would

10:24AM 1   have happened.  Your Honor, this is what BP's expert witnesses

10:24AM 2   will say.

10:24AM 3          We'll come back to the negative pressure test

10:24AM 4   because it, more than any one single reason, was the immediate

10:24AM 5   rig-based cause of this tragedy.

10:24AM 6          Leaving aside the model's emission of the

10:24AM 7   systemic corporate and management causes that allowed the

10:24AM 8   separate mechanical failures to happen, the evidence will also

10:24AM 9   prove BP's liability for willful misconduct.

10:24AM 10         United States, as Your Honor has pointed out, has

10:24AM 11  sued BP for simple penalties under the Clean Water Act, which

10:24AM 12  is consequences for willful misconduct as well as gross

10:25AM 13  negligence.

10:25AM 14         If we think of the factual evidence and the legal

10:25AM 15  standards as two pieces of a jigsaw puzzle, the evidence that

10:25AM 16  we'll present at trial and BP's own accident model, this model,

10:25AM 17  fit the law of willful misconduct under the Clean Water Act is

10:25AM 18  perfectly matched pieces.

10:25AM 19         When we present this evidence during the trial,

10:25AM 20  Your Honor, we ask that the Court examine each piece of

10:25AM 21  evidence against the Clean Water Act's legal standard of

10:25AM 22  willful misconduct, which says that an accumulation of acts, a

10:25AM 23  chain of circumstances that were contributing causes, like

10:25AM 24  those we see in BP's own Bly Report and this model, this

10:25AM 25  accumulation of acts constitute willful misconduct even if no

OFFICIAL TRANSCRIPT

10:25AM  1    single one of those causes was the immediate cause, and even if

10:25AM  2    no single one of them standing alone would rise to the level of

10:26AM  3    willful misconduct.

10:26AM  4            This legal standard of the chain of causation and

10:26AM  5    willful misconduct under the Clean Water Act is describing BP's

10:26AM  6    own accident model.

10:26AM  7            Now, in the limited time for this opening, we can

10:26AM  8    only skim the surface of the evidence that will establish BP's

10:26AM  9    ownership of each of these interrelated pieces of the willful

10:26AM 10    misconduct chain of liability.

10:26AM 11            I don't think my arrow is working.  There we go.

10:26AM 12            The first, on the left, Your Honor, is BP's

10:26AM 13    representation of the first causal chain in their model, which

10:26AM 14    is cement.

10:26AM 15            BP was in the process of temporarily abandoning

10:26AM 16    the well until a production rig would later come and start

10:26AM 17    pumping oil.  The purpose of the cement job, as we'll hear

10:26AM 18    during trial, is to prevent oil and gas from pressuring into

10:26AM 19    the casing and causing a blowout during the temporary

10:27AM 20    abandonment.

10:27AM 21            Now, BP will attempt to shift blame to others by

10:27AM 22    focusing on the cement job.  I'll suggest that that attempt is

10:27AM 23    disingenuous, at best.

10:27AM 24            The evidence will show that it's simply a fact

10:27AM 25    that cement jobs sometimes are unsuccessful, but a bad cement

**OFFICIAL TRANSCRIPT**

10:27AM 1   job doesn't equal a blowout.

10:27AM 2           Before safe operators rely upon a cement job to

10:27AM 3   provide a barrier to hydrocarbons, they test it.  They test it

10:27AM 4   with a negative pressure test.  BP tested the Macondo cement

10:27AM 5   with a negative pressure test and botched the test.

10:27AM 6           The evidence will show that BP took multiple

10:27AM 7   risks that compromised the cement job and that it ignored

10:27AM 8   warnings from Halliburton and its own in-house BP cement

10:27AM 9   expert.  BP's attitude was epitomized in the callous "who

10:28AM 10  cares, it's done, probably be fine" e-mail.  It acknowledged

10:28AM 11  the risk as running fewer centralizers that had been

10:28AM 12  recommended by Halliburton.

10:28AM 13          Considering the risks that BP had undertaken to

10:28AM 14  that point, particularly on the cement job, witnesses will

10:28AM 15  testify that BP should have put the rig crew on heightened

10:28AM 16  alert before the negative pressure test; that BP should have

10:28AM 17  warned them, had the duty, the obligation, the responsibility

10:28AM 18  to warn them before the negative pressure test of BP's own

10:28AM 19  concerns about the cement job.  The evidence will show they did

10:28AM 20  not do that.

10:28AM 21          BP also bears responsibility for the flow collar.

10:28AM 22  Again, my pointer doesn't work.  It's this second slice from

10:28AM 23  the left is the flow collar, Your Honor.

10:28AM 24          The flow collar was supposed to keep the cement

10:28AM 25  in place and prevent it from flowing back into the casing while

OFFICIAL TRANSCRIPT

10:29AM 1    the cement set up and formed a barrier to hydrocarbons.

10:29AM 2             As the witnesses will explain, BP had severe

10:29AM 3    problems in what is called *converting* the flow collar and

10:29AM 4    making it work.  Nine different attempts were made to convert

10:29AM 5    the device.  Each of those attempts involved applying

10:29AM 6    increasing amounts of pressure to the flow collar.

10:29AM 7             But one of the design limitations of the

10:29AM 8    equipment was that a critical component could fail at

10:29AM 9    1,300 pounds per square inch.  As a point of reference, when we

10:29AM 10   go to the service station, fill the tires in our car, call it

10:29AM 11   32, 40 pounds.  1,300 pounds was the design limitation.

10:29AM 12            BP applied 3,142 pounds of pressure.  Over

10:29AM 13   1,800 pounds of pressure above the 1,300-pound design

10:29AM 14   limitation.

10:29AM 15            Testimony will show that at that point, one of

10:30AM 16   BP's well site leaders, Mr. Kaluza, told people aboard the rig,

10:30AM 17   quote, I was afraid something had blown, close quote.  His

10:30AM 18   words.

10:30AM 19            The evidence will show that yet another BP

10:30AM 20   engineer, Brian Morel, who was also on the rig and who has also

10:30AM 21   taken the Fifth Amendment, stated, as we see, quote, Yeah, we

10:30AM 22   blew it at 3,140.  Still not sure what we blew yet, close

10:30AM 23   quote.  That's Mr. Morel.

10:30AM 24            The evidence will show that despite BP's own

10:30AM 25   concerns, as we've just seen, about having blown something, to

**OFFICIAL TRANSCRIPT**

10:30AM 1    use their words, BP did not standdown the operation and take

10:30AM 2    the time to see what they had blown.

10:30AM 3            Dick Heenan, the United States' drilling expert,

10:30AM 4    will testify about BP's responsibility for the negative

10:30AM 5    pressure test, well monitoring and well response; third, fourth

10:30AM 6    and fifth slices of the causal chain until BP's accident model.

10:31AM 7            For now it's enough to come back and point out

10:31AM 8    the central and obvious evidence.  Oil and gas traveled

10:31AM 9    three nautical miles, from the bottom of the well up to the

10:31AM 10   rig, 18,000 feet.  Point of reference, roughly the distance

10:31AM 11   from here to City Park in New Orleans.  Up 13,000 feet of well

10:31AM 12   casing through 5,000 feet of ocean and marine riser, and

10:31AM 13   finally blew out on to the *Deepwater Horizon* before either of

10:31AM 14   BP's well site leaders were aware of the blowout.

10:31AM 15           Despite, despite the mandate of a federal

10:31AM 16   regulation 30 C.F.R. 250.401, which required BP, required BP to

10:31AM 17   take all necessary precautions to keep the well under control

10:31AM 18   at all times.

10:31AM 19           The evidence will show that a kick less than

10:31AM 20   40 barrels of oil is considered a major kick that must be

10:32AM 21   discovered in time to take action to prevent an uncontrolled

10:32AM 22   blowout.

10:32AM 23           The evidence will show that BP has admitted that

10:32AM 24   by the moment the rig exploded a kick had become a blowout of

10:32AM 25   approximately 2,000 barrels, 84,000 gallons, 50 times more than

10:32AM   1       a 40-barrel kick they considered to be a major well control

10:32AM   2       event.

10:32AM   3                     We'll hear other evidence concerning BP's

10:32AM   4       responsibility for other causation slices, including the BOP's

10:32AM   5       failure to shut in the well.

10:32AM   6                     Since my pointer isn't working, I'll use this,

10:32AM   7       Your Honor.  The BOP on BP's accident model is that last and

10:32AM   8       final slice.

10:32AM   9                     In an emergency, as Mr. Roy has pointed out

10:32AM  10       already, the BOP is the last barrier to protect human life in

10:32AM  11       the environment.  So it has to function, has to function

10:32AM  12       without fail.  Precisely for that reason, BP was required by

10:33AM  13       federal regulation as the operator of the Macondo well to,

10:33AM  14       quote, Maintain your BOP system to ensure that the equipment

10:33AM  15       function properly, close quote.

10:33AM  16                     Now, BOP -- pardon me, BP will attempt to blame

10:33AM  17       Transocean for the BOP, but the evidence will establish that

10:33AM  18       for five years, stemming from rig audits in 2005, 2008, and

10:33AM  19       2009, BP believed and understood that it had significant

10:33AM  20       maintenance problems with the BOP.  Yet, despite knowing it was

10:33AM  21       drilling the "well from hell," in an area with no kick

10:33AM  22       tolerance and little to no room for mistakes, BP barreled ahead

10:33AM  23       and gambled with a piece of major equipment that was the last

10:33AM  24       line of defense to protect against an uncontrolled blowout.

10:33AM  25                     But of all the evidence the Court will hear, and

**OFFICIAL TRANSCRIPT**

10:34AM 1    all the different slices of the causal chain of failures in

10:34AM 2    BP's own accident model, the evidence will show that none was

10:34AM 3    so critical and none was so thoroughly and grossly botched as

10:34AM 4    the negative pressure test.

10:34AM 5         As even BP's own witnesses will testify, if this

10:34AM 6    one test had been the done right, this one simple test, it

10:34AM 7    would have prevented the blowout, the deaths, and everything

10:34AM 8    else that followed, despite the things that had already gone

10:34AM 9    wrong, like the cement job.

10:34AM 10        The evidence will show that shortly before

10:34AM 11   8:00 p.m. on April 20th, BP and Transocean completed the

10:34AM 12   negative pressure test of the Macondo well's casing.  The

10:34AM 13   negative pressure test was a safety critical test.  The last

10:34AM 14   safety critical test to determine whether the cement pumped

10:35AM 15   into the bottom of the hole less than 18 hours before would

10:35AM 16   stop oil and gas from pressuring into the casing, and if

10:35AM 17   unchecked, create an uncontrolled blowout.

10:35AM 18        The Court will hear a great deal about the

10:35AM 19   negative pressure test, and there is simply not enough time now

10:35AM 20   to describe the different tests and all that occurred.  For our

10:35AM 21   purposes now, the evidence will show that all BP needed to know

10:35AM 22   is what's on the right-hand side of this slide.

10:35AM 23        Once the test was set up, there should have been:

10:35AM 24   One, no flow out of the well when it was opened up during the

10:35AM 25   test; or, two, no pressure buildup when the well was closed in.

OFFICIAL TRANSCRIPT

10:35AM 1          As witnesses will explain, this test is

10:35AM 2     exceedingly simple and is pass/fail.  It's not multiple choice.

10:35AM 3     It's not an essay exam.  If either of those elements are

10:36AM 4     present, flow or pressure buildup, the test is a failure.

10:36AM 5          The evidence will show that the final negative

10:36AM 6     pressure test monitored pressures on two pipes:  The drill pipe

10:36AM 7     and the kill line.

10:36AM 8          Using the example here, Your Honor, the drill

10:36AM 9     pipe is the center of the casing going up, and on this

10:36AM 10    right-hand slide has an pressure reading of zero.  There are

10:36AM 11    other lines here that we aren't going to be going through for

10:36AM 12    the negative test.

10:36AM 13         The kill line, which they are also monitoring,

10:36AM 14    finally, is this other one here on the very right-hand side,

10:36AM 15    that on the right-hand side of the slide also has a zero

10:36AM 16    pressure reading.

10:36AM 17         To have a successful test when it was lined up

10:36AM 18    like this, the evidence will show that all BP needed to know

10:36AM 19    was that the pressure on both pipes had to be zero; repeat,

10:36AM 20    zero.

10:36AM 21         The evidence will show that if one pipe read zero

10:37AM 22    and the other pipe had pressure, like the graphic on the

10:37AM 23    left-hand side of the slide, then the test was a failure.

10:37AM 24    Because pressure potentially meant that oil and gas were

10:37AM 25    pressuring into the well and threatening to blow it out, which

10:37AM 1    is exactly what happened.

10:37AM 2              Every fact witness who will testify in this

10:37AM 3    courtroom, Your Honor, every expert witness who will testify in

10:37AM 4    this courtroom, every investigative report that is admitted

10:37AM 5    into evidence by Your Honor in this trial, and every witness

10:37AM 6    who was asked the question in deposition, testified that you

10:37AM 7    can't have a successful negative pressure test if both

10:37AM 8    pressures aren't zero.

10:37AM 9              BP's own drilling expert, Dr. Azar, testified

10:37AM 10   that this is something he would expect his first-year students

10:37AM 11   to understand.  But instead of pressure, zero pressure on both

10:38AM 12   lines, as in the graphic on the right, the evidence will show

10:38AM 13   that BP saw 1,400 pounds of pressure on the drill pipe and zero

10:38AM 14   on the kill line, what's up there on the left-hand side of the

10:38AM 15   slide.  That meant, without any doubt, that the test could not

10:38AM 16   be considered a success and that the well could be flowing.

10:38AM 17             Instead, the evidence will be undisputed that

10:38AM 18   BP's two company men, well site leaders Kaluza and Vidrine,

10:38AM 19   disregarded the differential pressure and approved the test

10:38AM 20   based upon a nonexistent theory called the *bladder effect*.

10:38AM 21             Now, we expect BP to claim that the theory was

10:38AM 22   proposed by Transocean crewmen.  But whatever the source of

10:38AM 23   this nonexistence phenomenon, BP's two well site leaders bought

10:38AM 24   into it lock, stock and barrel.

10:38AM 25             As the experts and the percipient witnesses will

**OFFICIAL TRANSCRIPT**

10:39AM 1   testify, without any exception, the theory is incomprehensible

10:39AM 2   and makes absolutely no sense from engineering, drilling or

10:39AM 3   even common sense perspectives.

10:39AM 4          As we'll show, BP's Bly Report admits, without

10:39AM 5   equivocation, that no such phenomenon could be discovered.  In

10:39AM 6   fact, Mr. Bly himself is expected to testify that his

10:39AM 7   investigation spent approximately $10 million and used

10:39AM 8   approximately 50 people, yet still could find no evidence, no

10:39AM 9   evidence whatsoever, of the bladder effect, and that BP's well

10:39AM 10  site leaders, what they had used to justify to turn out, turned

10:39AM 11  out to be a deadly decision.

10:39AM 12          As BP's own report explained, the investigation

10:39AM 13  team could find no evidence this phenomenon is possible,

10:39AM 14  leaving the 1,400 psi unexplained unless it was caused by

10:39AM 15  pressure from the reservoir.

10:40AM 16          One BP executive, who is expected to testify in

10:40AM 17  this case, looked at well site leader Kaluza's attempt to

10:40AM 18  explain the nonexistent bladder effect and summed it up here,

10:40AM 19  eloquently, with nothing but question marks, 560 of them.

10:40AM 20          The evidence will show that BP's well site

10:40AM 21  leaders, who had the final authority to approve the test or

10:40AM 22  reject it, called it successful.  They declared the test a

10:40AM 23  success despite the 1,400 on the drill pipe.

10:40AM 24          And the evidence will then show that BP proceeded

10:40AM 25  with its next decision, which displaced mud in the riser to

10:40AM 1  lighter seawater and severely underbalanced the well and

10:40AM 2  allowed it to flow.  The action that set in motion the blowout

10:40AM 3  and explosions and set the rig afire like a Roman candle.

10:40AM 4          The evidence will establish that this approval by

10:40AM 5  BP of the negative pressure test under these circumstances was

10:41AM 6  so far outside the bounds of any reasonable judgment to be

10:41AM 7  constituted gross negligence, but the evidence against BP will,

10:41AM 8  in fact, show far, far more.

10:41AM 9          Documents and testimony will show that at

10:41AM 10 8:52 p.m., less than an hour after the approval of the negative

10:41AM 11 pressure test, and less than an hour before the first explosion

10:41AM 12 on the rig, Hafle and Vidrine had a telephone conversation that

10:41AM 13 should have stopped the chain of events, prevented the need for

10:41AM 14 this trial.  Instead, both men, armed with knowledge that could

10:41AM 15 save 11 lives and prevent the Gulf oil spill, did absolutely

10:41AM 16 nothing.

10:41AM 17         At 8:52, at almost the exact same moment the two

10:41AM 18 men began their call, the evidence will show and BP's Bly

10:41AM 19 Report admits, that high pressure oil began flowing into the

10:42AM 20 well approximately three miles below the rig floor on the

10:42AM 21 *Deepwater Horizon*.

10:42AM 22         At that same moment, according to what BP's own

10:42AM 23 documents will show, the BP man in Houston, Hafle, called the

10:42AM 24 well site leader on the rig, Vidrine, and the two men talked

10:42AM 25 for ten full minutes.

                         **OFFICIAL TRANSCRIPT**

|         |    |
|---------|----|
| 10:42AM | 1  |
| 10:42AM | 2  |
| 10:42AM | 3  |
| 10:42AM | 4  |
| 10:42AM | 5  |
| 10:42AM | 6  |
| 10:42AM | 7  |
| 10:42AM | 8  |
| 10:42AM | 9  |
| 10:43AM | 10 |
| 10:43AM | 11 |
| 10:43AM | 12 |
| 10:43AM | 13 |
| 10:43AM | 14 |
| 10:43AM | 15 |
| 10:43AM | 16 |
| 10:43AM | 17 |
| 10:43AM | 18 |
| 10:43AM | 19 |
| 10:43AM | 20 |
| 10:43AM | 21 |
| 10:43AM | 22 |
| 10:43AM | 23 |
| 10:43AM | 24 |
| 10:44AM | 25 |

The evidence will show that Vidrine talked to Hafle about the negative pressure tests; that Vidrine told Hafle that the crew had zero pressure on the kill line, but that they still had pressure on the drill pipe.  Hafle told Vidrine that he couldn't have pressure on the drill pipe and zero pressure on the kill line in a test that's properly lined up.

This exchange between these two BP men and other evidence concerning the actions and inactions of BP's well site leaders, the senior drilling engineer in Houston, in that final hour of the rig, will be among the clearest, most irrefutable pieces of evidence in this trial that show BP's primary responsibility for the blowout and everything that followed.

The evidence will show that BP's man in Houston, Hafle, understood the obvious and correctly told the well site leader on the rig that the negative pressure test that BP had approved only an hour before couldn't be considered a success.

But the evidence will show that Hafle did absolutely nothing to countermand the well site leader's disastrous conclusion that, quote, He was fully satisfied that the rig crew had performed a successful negative test.

The evidence will show that Hafle, who already believed that the cement design was on the ragged edge and had used a swear word to describe the cement job that the negative pressure test was supposed to be testing.  It will show that

10:44AM 1    Hafle didn't tell Vidrine the obvious:  Full stop.  Shut it in.

10:44AM 2    Do it again.

10:44AM 3              The evidence will show that Hafle did nothing

10:44AM 4    like that.

10:44AM 5              Now, what about well site leader Vidrine?  The

10:44AM 6    evidence will show that he already knew that the final negative

10:44AM 7    pressure test had 1,400 on the drill pipe and zero on the kill

10:44AM 8    line, and he had just been told by one of BP's senior men in

10:44AM 9    Houston that that can't be.

10:44AM 10             In other words, the evidence will establish that

10:44AM 11   BP's well site leader flunked the all-critical safety test when

10:44AM 12   he approved it shortly before 8:00 p.m.; but, worse, he was

10:44AM 13   given the right answer, the right answer by Hafle an hour

10:44AM 14   later, and he was given a chance to undo the previous

10:44AM 15   disastrous mistake he had already made.

10:44AM 16             So did BP's well site leader get off the phone

10:45AM 17   and immediately order the test be rerun?  The evidence will

10:45AM 18   show that he didn't.  Did he protect the rig and the crew by

10:45AM 19   ordering the well shut in while he investigated what it was

10:45AM 20   doing?  The evidence, Your Honor, will be that he didn't.

10:45AM 21             Did he warn the driller?  Did he warn the

10:45AM 22   toolpusher?  Did he warn anybody on the rig floor?  Anybody on

10:45AM 23   the rig anywhere?  The evidence will show that he didn't.

10:45AM 24             In fact, there won't be a scrap of evidence, no

10:45AM 25   testimony, any document at all to show that Vidrine did

**OFFICIAL TRANSCRIPT**

10:45AM 1   anything at all in that last hour after hanging up the phone

10:45AM 2   with Vidrine -- with Hafle, to take any action to reverse the

10:45AM 3   deadly blowout that was already underway miles below the floor

10:45AM 4   of the rig.

10:45AM 5           In a case that is already filled with tragedy,

10:46AM 6   the evidence will show that the greatest tragedy, the saddest

10:46AM 7   tragedy and the tragic irony is the fact that if Hafle had

10:46AM 8   ordered Vidrine immediately to find the reason for the failed

10:46AM 9   negative test, or if Vidrine had done it on his own as he was

10:46AM 10  supposed to, the very actions that would have been taken would

10:46AM 11  have saved the rig, the men's lives and the oil spill,

10:46AM 12  prevented the oil spill.

10:46AM 13          And the reason for that is, the evidence will

10:46AM 14  show, that in order to re-perform the negative pressure test,

10:46AM 15  the BOP would have been shut in, just as it had been during the

10:46AM 16  earlier negative pressure test.  That would have shut in the

10:46AM 17  well before oil and gas passed above the BOP stack and barreled

10:46AM 18  up the riser like an explosive time bomb counting down to zero,

10:46AM 19  which is exactly what the well had become.

10:46AM 20          Make no mistake, the evidence will show that if

10:46AM 21  BP's two men, or either one of them had done their jobs, simple

10:47AM 22  jobs, jobs that were their responsibility, *Deepwater Horizon*

10:47AM 23  tragedy and an environmental disaster we call the *Gulf Oil*

10:47AM 24  *Spill* would never have happened.

10:47AM 25          The blowout would have stopped right here at the

**OFFICIAL TRANSCRIPT**

98

10:47AM 1    end of the negative pressure test, on this slice of BP's own

10:47AM 2    accident model.  Instead BP did nothing.

10:47AM 3            The evidence will show that Hafle and Vidrine

10:47AM 4    ended their call at 9:02 p.m., ten minutes after the well began

10:47AM 5    to flow.  The evidence, such as BP's Bly Report, will show that

10:47AM 6    the explosive mass of oil and gas didn't pass the BOP and enter

10:47AM 7    the riser until approximately 9:38 p.m.

10:47AM 8            Witnesses will testify that that means both BP

10:47AM 9    and the rig crew would have had over a full half hour after the

10:48AM 10   conclusion of the phone call between BP Houston and its well

10:48AM 11   site leader to close in the well through normal operation of

10:48AM 12   the BOP.

10:48AM 13           The evidence will show that when BP's two men

10:48AM 14   hung up the phone at 9:02 p.m., the people on the rig, the rig

10:48AM 15   itself, and the Gulf and its people had 47 minutes before oil

10:48AM 16   and gas exploded out of the riser and changed, in some cases

10:48AM 17   ended, lives.

10:48AM 18           The evidence will show that those actions we've

10:48AM 19   just described weren't the result of an accident, or mere

10:48AM 20   negligence or even gross negligence, which it was, but it was

10:48AM 21   the result of willful misconduct, for not only was it within

10:48AM 22   BP's power to prevent the tragedy, it was its responsibility.

10:48AM 23           Now, to be sure, BP will argue that the blowout

10:48AM 24   was the fault of the Transocean crewmen, who worked under BP's

10:48AM 25   well site leaders and followed their orders during the negative

OFFICIAL TRANSCRIPT

10:49AM 1   pressure test that went so horribly wrong.  But the evidence

10:49AM 2   will show, it will be proved that if even some of those

10:49AM 3   Transocean crewmen bore responsibility for what happened, they

10:49AM 4   paid for those mistakes with their lives.  And other men, some

10:49AM 5   employed by Transocean, some not, had nothing to do with the

10:49AM 6   negative pressure test and made no mistakes for which they

10:49AM 7   could ever be held to pay.

10:49AM 8        But the point is that none of them, not a single

10:49AM 9   one of those men should have paid for any mistake with their

10:49AM 10  lives when the evidence will show, without a sliver or a shadow

10:49AM 11  of a doubt, that BP could have saved them, could have saved

10:49AM 12  every plaintiff in this courtroom, every defendant in this

10:49AM 13  courtroom, the Gulf from this disaster, with something as short

10:49AM 14  as a ten-second phone call to the rig floor, to the driller,

10:50AM 15  Dewey Rivette; the toolpusher, Jason Anderson, saying something

10:50AM 16  as simple as:  Shut it in.  We're doing the test again.

10:50AM 17       We don't use words like gross negligence and

10:50AM 18  willful misconduct lightly, Your Honor.  We understand the

10:50AM 19  seriousness of those allegations.  But the fact that remains is

10:50AM 20  11 people died as a result of multiple interconnected faults of

10:50AM 21  BP and others.

10:50AM 22       As a further consequence, many tens of thousands

10:50AM 23  of people across the Gulf States suffered injuries to their

10:50AM 24  livelihood.  The Gulf and the environment upon which tens of

10:50AM 25  millions of people depend, directly and indirectly, for their

**OFFICIAL TRANSCRIPT**

10:50AM  1    food, their livelihoods, and their recreation, as well as the

10:50AM  2    birds, the fish, the marine and shoreline organisms, which

10:50AM  3    sustains the Gulf's complex ecosystem, sustain damage and

10:51AM  4    injuries which are still being measured, and will be tried in

10:51AM  5    later phases of this trial.

10:51AM  6            These damages, and not least the deaths to the

10:51AM  7    people aboard the *Deepwater Horizon*, were caused by actions on

10:51AM  8    and prior to April 20th, that cannot be seen as anything but

10:51AM  9    utterly inexcusable behavior.

10:51AM 10            We look forward to putting on this evidence, Your

10:51AM 11    Honor.  And by the end of the phases of trial, securing answers

10:51AM 12    for the benefit of the families of the men who were killed,

10:51AM 13    justice for the people of the Gulf and for the money to help

10:51AM 14    heal and restore the precious environment that sustains this

10:51AM 15    Crescent City and the states, the cities, and the communities

10:51AM 16    all across the Gulf of Mexico.

10:51AM 17            Thank you very much.

10:51AM 18        THE COURT:  All right.  Thank you.

10:51AM 19            Alabama.

10:51AM 20                OPENING STATEMENTS

10:51AM 21    BY MR. STRANGE:

10:52AM 22            May it please the Court, Your Honor.  I'm

10:52AM 23    Luther Strange, the Attorney General of the State of Alabama

10:52AM 24    and the liaison counsel for the Gulf States in this historic

10:52AM 25    litigation.  It's my privilege to stand before you today on

**OFFICIAL TRANSCRIPT**

10:52AM   1    behalf of Alabama and its nearly five million citizens.

10:52AM   2        In due course, Your Honor, I'll have the opportunity to

10:52AM   3    detail the lingering economic and environmental devastation the

10:52AM   4    defendants inflicted on Alabama.  I'll have a great deal to say

10:53AM   5    about those damages at the appropriate time, for they are

10:53AM   6    indeed great.

10:53AM   7        But today I'll be brief.  In this phase one we address

10:53AM   8    just one issue, who was at fault for the explosion and spill

10:53AM   9    that caused such unprecedented and catastrophic damages to the

10:53AM  10    Gulf Coast?

10:53AM  11        On this issue, Alabama's interests align perfectly with

10:53AM  12    the interest of the United States and the private plaintiffs.

10:53AM  13    Alabama, therefore, supports and affirms the descriptions of

10:53AM  14    facts and laws so well outlined by Mr. Roy and Mr. Underhill,

10:53AM  15    and I don't plan to duplicate their efforts this morning.

10:53AM  16        Instead, I offer two points that summarize our collective

10:53AM  17    case against BP:  One, the spill was both predictable and

10:53AM  18    preventable.  Two, BP's culture of corporate callousness

10:53AM  19    towards the Gulf caused the spill.

10:54AM  20        On this first point, the evidence will show that BP knew

10:54AM  21    that the risks of a deep-water blowout in the Gulf of Mexico

10:54AM  22    was great.  In fact, it was nine times greater than in the

10:54AM  23    North Sea.

10:54AM  24        BP also knew, and certainly should have known before the

10:54AM  25    blowout, that the centralizers would not centralize, the cement

**OFFICIAL TRANSCRIPT**

10:54AM 1    will not cement, the controllers will not control, and the

10:54AM 2    blowout preventer would not prevent.  We'll show that BP knew

10:54AM 3    all of this, but BP was blinded by their bottom line.

10:54AM 4        Which leads me, Judge, to my second point, the spill was

10:54AM 5    tragically inevitable due to BP's corporate culture.

10:54AM 6        The evidence will show that at BP money mattered most.

10:54AM 7    Money mattered more than the environment.  Money mattered more

10:54AM 8    than the thousands of jobs and businesses that were destroyed

10:55AM 9    all along the Gulf Coast.  Money even mattered more than the

10:55AM 10   lives of the 11 workers who lost their lives on the *Horizon*

10:55AM 11   rig.  Money mattered more to BP than the Gulf, much more.

10:55AM 12       Your Honor, the evidence will be clear and unmistakable,

10:55AM 13   greed devastated the Gulf.

10:55AM 14       Finally, Your Honor, I agree with Mr. Roy, that in the

10:55AM 15   coming weeks we will prove that BP acted with gross negligence

10:55AM 16   and willful misconduct, and that we'll prove the same level of

10:55AM 17   fault against two of BP's partners, Transocean and Halliburton.

10:55AM 18       For that reason, we'll ask the Court at the end of this

10:55AM 19   trial to rule that all three, BP, Transocean, and Halliburton

10:55AM 20   are liable for punitive damages to the State of Alabama.

10:55AM 21       Again, Your Honor, it's a privilege to stand here on

10:55AM 22   behalf of the victims of the Gulf disaster as this historic

10:56AM 23   case gets underway.

10:56AM 24       Thank you.

10:56AM 25           THE COURT:  All right.  Thank you, Mr. Strange.

**OFFICIAL TRANSCRIPT**

|         |    |                                                                    |
|---------|----|--------------------------------------------------------------------|
| 10:56AM | 1  |     Mr. Caldwell.   Louisiana.                  |
| 10:56AM | 2  |     OPENING STATEMENTS                          |
| 10:56AM | 3  | BY MR. CALDWELL:                                                    |
| 10:56AM | 4  |     Your Honor, Judge Barbier, if it please the |
| 10:56AM | 5  | Court, I want to thank you and Magistrate Shushan and your          |
| 10:56AM | 6  | staff for consuming and exhaustive efforts in bringing this         |
| 10:56AM | 7  | landmark case to trial.  The courtroom staff, the law clerks,       |
| 10:56AM | 8  | and those involved are all part of an effort for your entire        |
| 10:57AM | 9  | hard-working team.                                                  |
| 10:57AM | 10 |     But I would also like to thank Special Master |

Mr. Caldwell.   Louisiana.

OPENING STATEMENTS

BY MR. CALDWELL:

Your Honor, Judge Barbier, if it please the Court, I want to thank you and Magistrate Shushan and your staff for consuming and exhaustive efforts in bringing this landmark case to trial.  The courtroom staff, the law clerks, and those involved are all part of an effort for your entire hard-working team.

But I would also like to thank Special Master McGovern and the parties for handling their clients' interests in a professional manner, but after all, none of the lawyers so far, as I know, were witnesses to this event.  And everybody here has a job to do.  And having said that, I want to thank my own counsel and staff.  And we're here to do justice.

Trials are important.  This court has stated for the benefit of the press and those who are watching, that we're having a trial and it's important for the general public to understand what we're doing.

All citizens and workers should feel confident, as far as we're concerned, that our oil companies -- and Louisiana is an oil and gas state -- that our companies are conducting business in the safest possible manner.  When they don't do that, then it's our job as Attorney General Luther Strange, myself, and the other lawyers, too, do what

**OFFICIAL TRANSCRIPT**

10:58AM 1   we're supposed to do so that they have to answer.

10:58AM 2          I have personally been executing my

10:58AM 3   responsibility as Attorney General from a couple of days out

10:58AM 4   when this rig happened, along with the other Attorney Generals

10:58AM 5   from the Gulf States; and with the help, I should say, of BP.

10:58AM 6   Mr. Jack Lynch is in the courtroom today from Texas.

10:58AM 7          We worked together to try to solve what everybody

10:58AM 8   knows, and in retrospect and in hindsight, is a tragic,

10:58AM 9   horrible event.

10:59AM 10          But this case is really about the cost of doing

10:59AM 11   business, not just in the Gulf of Mexico, but in the world.

10:59AM 12          The second thing about this case is the gross

10:59AM 13   underestimating the cost of doing that business.

10:59AM 14          For example, on the application to drill, BP told

10:59AM 15   Louisiana, this was a no risk proposition for any oil to reach

10:59AM 16   Louisiana shores 48 miles away.

10:59AM 17          The disaster has damaged Louisiana's people, its

10:59AM 18   economy, and its ecology.  I think that's clear.  But most

10:59AM 19   importantly, this disaster continues in various forms,

10:59AM 20   including continued pollution, higher unemployment, and the

10:59AM 21   need for increased social service.  And today, less than

10:59AM 22   30 miles from the door of this courthouse, Your Honor, over

11:00AM 23   212 miles of Louisiana coast are being polluted and continue to

11:00AM 24   be oiled, and in Gulf waters, especially Barataria Bay and

11:00AM 25   Breton Sound.  We continue to be adversely affected.

**OFFICIAL TRANSCRIPT**

11:00AM 1        Our culture, of course, we know is unique in our

11:00AM 2    reliance on the Gulf; but, the other states, to a certain

11:00AM 3    extent, as well, our natural resources, our livelihood and

11:00AM 4    recreation.

11:00AM 5        This trial can't bring back the 11 workers, and

11:00AM 6    it can't restore the ecosystem; but this trial can and will

11:00AM 7    show that BP and its contractors, all of them, all of the

11:00AM 8    contractors bear some responsibility.  They acted in a grossly

11:00AM 9    negligent manner.

11:01AM 10        This disaster was totally and wholly avoidable,

11:01AM 11   as we heard Mr. Roy, Mr. Underhill state.

11:01AM 12        We've heard a lot about the problem of BP's

11:01AM 13   culture, but the law doesn't penalize culture, it penalizes

11:01AM 14   gross negligence.  The culture, of course, causes an atmosphere

11:01AM 15   of negligence.

11:01AM 16        It recognizes that elevated risks warrant

11:01AM 17   elevated care.

11:01AM 18        BP has admitted liability under OPA and waived

11:01AM 19   OPA's limitation of liability, and certainly we appreciate

11:01AM 20   that.  Nevertheless, the evidence in this case is going to show

11:01AM 21   the willful and wanton misconduct, and that this imposition of

11:01AM 22   punitive damages should be in the highest amount allowed by

11:01AM 23   law.

11:01AM 24        We want the Court to focus on, and we know it

11:02AM 25   will, the chaos that was BP's planning process and operations,

**OFFICIAL TRANSCRIPT**

11:02AM 1   and including the botched negative pressure test that we know

11:02AM 2   is central, a central feature, the cement job disaster, and the

11:02AM 3   failed control and the well response.

11:02AM 4            What about Transocean?  Well, you've heard a lot

11:02AM 5   about that, especially in detail from Mr. Roy.  I won't go into

11:02AM 6   that much, just that show that Transocean is liable under OPA

11:02AM 7   jointly and severally.

11:02AM 8            Transocean, the owner of the *Deepwater Horizon*,

11:02AM 9   failed to operate the vessel safely and to protect personnel

11:02AM 10  onboard and the marine environment.

11:02AM 11           Transocean oil was the first oil to reach

11:02AM 12  Louisiana.  The first oil may be the worst oil.  It wasn't

11:02AM 13  burned off, and no attempt was made to capture this oil.

11:03AM 14           Transocean must also be held accountable for its

11:03AM 15  failure to monitor the well, to control the well, and for its

11:03AM 16  conduct, along with BP's, in the negative pressure test.

11:03AM 17           BP and Transocean worked together to botch the

11:03AM 18  negative pressure test.  Prior to that, they botched the

11:03AM 19  September 2009 rig audit, which documented 390 jobs of overdue

11:03AM 20  and inadequate maintenance equaling 3,545 overdue hours of

11:03AM 21  maintenance that Mr. Roy referred to.  *Deepwater Horizon* was

11:03AM 22  not even seaworthy.

11:03AM 23           A final word about Transocean, almost every

11:03AM 24  deposition, Transocean asked its witnesses if its employees

11:03AM 25  would really act so as to endanger themselves.  Well, that's

OFFICIAL TRANSCRIPT

the wrong question.  The right question is did the employees do

the best with what Transocean made available to them, and was

what Transocean made available enough?

The evidence will show these deaths and economic

and ecological disaster could have been avoided as well by

Transocean.  So we've got BP and Transocean.

What about Anadarko?  Nobody said much about

them, if anything at all.  Evidence will show that they're

strictly, jointly and severally liable under OPA.  Anadarko is

a 25 percent owner of the --

THE COURT:  Mr. Caldwell, excuse me, Anadarko is not a

party to this phase of the trial, so you might want to talk

about another party, okay.

MR. CALDWELL:  All right, Your Honor.

Halliburton.  Halliburton was grossly negligent,

as we've seen and has been referred to, using leftover rig

blend from a prior job that contained a defoaming agent

incompatible with the slurry.

It failed to run critical safety tests to confirm

the cement stability, and without the results of that test that

showed that the slurry was also unstable.

The evidence will show Halliburton failed to

perform the production casing cement job in accordance with the

industry accepted recommendations was another but for cause.

Each one of these things on their own could be deemed to have

11:05AM 1    caused this disaster.

11:05AM 2              Cameron redesigned the BOP, and it was grossly

11:05AM 3    negligent.  The emergency battery system for Transocean and BP,

11:05AM 4    it designed that for them, but did not install rechargeable

11:06AM 5    batteries.

11:06AM 6              More troubling is Cameron's system erroneously

11:06AM 7    led the operator to believe that the automatic emergency BOP

11:06AM 8    function was armed, even when the batteries were dead, and

11:06AM 9    could not function.

11:06AM 10             M-I Swaco was also grossly negligent.  It had a

11:06AM 11   displacement procedure that was improper.  It did not use

11:06AM 12   normal spacer procedure.

11:06AM 13             BP and each of every one of its contractors

11:06AM 14   violated their duties, as Mr. Underhill has stated, under

11:06AM 15   30 CFR 250.401 to take all necessary precautions to keep the

11:06AM 16   well under control at all times.

11:06AM 17             Management for each of these defendants ignored

11:06AM 18   the critical warning signs and failed to take precautions that

11:07AM 19   would have delayed the completion of the well, but also would

11:07AM 20   have averted this entire environmental disaster.

11:07AM 21             BP's team goal was to save money, and to heck

11:07AM 22   with the consequences.  Macondo was behind schedule and some

11:07AM 23   $50 million over budget.  Corners were not cut, they were

11:07AM 24   ignored.

11:07AM 25             Your Honor, finally, I would like to say that

**OFFICIAL TRANSCRIPT**

11:07AM  1    Louisiana has been ground zero for this disaster.

11:07AM  2            Based on an inspection of one-half of Louisiana

11:07AM  3    shoreline -- BP refused to inspect the other half -- we've got

11:07AM  4    660 miles of marsh and shoreline oiled in Louisiana.  One

11:07AM  5    million barrels of oil are unaccounted for.  28 new oil mats

11:07AM  6    have been discovered and removed in 2012 from Louisiana's

11:08AM  7    shore.  Since January 1, 2013, 93 percent of all oil removed in

11:08AM  8    2012 was from Louisiana's shores.

11:08AM  9            60 percent of all Gulf oiling occurred in the

11:08AM 10    State of Louisiana, in our waters.  The number is even higher,

11:08AM 11    nearly one hundred percent, when you look at heavy and moderate

11:08AM 12    oiling.

11:08AM 13            To date, retrievable, visible oil is recovered

11:08AM 14    weekly from Louisiana's shores and beaches in the form of oil

11:08AM 15    balls and oil mats.

11:08AM 16            In 2011, operations crews removed over one

11:08AM 17    million pounds of oily material from subsurface mats on Elmer's

11:08AM 18    Island.  2.1 million pounds of oil material has been removed in

11:09AM 19    Louisiana since 2012; but, over 9 million pounds of oil and

11:09AM 20    material collected have been removed since June of 2011 through

11:09AM 21    December 2012.  Post-Hurricane Isaac, between September 7th and

11:09AM 22    November 21st of 2012, 1,720,000 pounds have been recovered.

11:09AM 23            58 percent of all wildlife injured and collected

11:09AM 24    in state identifiable waters were recovered in Louisiana.

11:09AM 25            Your Honor, finally, I know the Court has lived

                              **OFFICIAL TRANSCRIPT**

11:09AM 1    and breathed this case.  I would like to say that if we could

11:09AM 2    take every lawyer in this courtroom and every person that

11:09AM 3    wanted to out to Louisiana oil and drop them off, we'd see what

11:10AM 4    a 10W90 smog would look like.  The point is this a continuing

11:10AM 5    tragedy to this very day and tomorrow.

11:10AM 6                It's crucial for this Court to keep an open mind

11:10AM 7    and to judge the case on live witness testimony, not just

11:10AM 8    wholesale reference as well to depositions and documents.  I'm

11:10AM 9    sure the lawyers are going to produce that for the Court; but,

11:10AM 10   the direct and cross-examination has got to be critically

11:10AM 11   assessed by the Court in the event that there is some change in

11:10AM 12   what the Court expects.

11:10AM 13               Because it's the Court's responsibility to

11:10AM 14   determine the real truth in this case, that is, what happened,

11:10AM 15   why, who is responsible, and to what degree and who is still

11:10AM 16   responsible for the continuous oiling.  In short, this Court is

11:11AM 17   the one to separate the chaff from the grain and apply the law

11:11AM 18   accordingly.

11:11AM 19               We need to get to the proof, Your Honor.  The

11:11AM 20   whole world is watching what we're doing.

11:11AM 21               Again, I want to thank Your Honor for the

11:11AM 22   opportunity to address the Court.

11:11AM 23          THE COURT:  All right.  Thank you, Mr. Caldwell.

11:11AM 24               All right.  Transocean.

11:11AM 25          MR. BRIAN:  Your Honor, I'm going to put up an exhibit

**OFFICIAL TRANSCRIPT**

11:11AM 1    later.  May Mr. Miller approach and readjust the easel?

11:11AM 2            THE COURT:  Sure.

11:12AM 3            With all the technology we have here, Mr. Brian,

11:12AM 4    you're going to use a pad, low tech.  Okay.  Haven't seen this

11:12AM 5    in a while in court, but that's okay.

11:12AM 6            MR. BRIAN:  Mr. Roy told me he was low tech, and I told

11:12AM 7    him I could out low tech him, Your Honor.

11:12AM 8                        OPENING STATEMENTS

11:12AM 9    BY MR. BRIAN:

11:12AM 10           Your Honor, Brad Brian for Transocean.

11:12AM 11           At 8:52 p.m. on April 20, 2010, a conversation

11:12AM 12   took place on the *Deepwater Horizon* that explains virtually

11:12AM 13   everything you need to know about what happened on the rig that

11:12AM 14   night.

11:12AM 15           There was a conversation between Don Vidrine,

11:12AM 16   BP's onsite well site leader, and Mark Hafle, their onshore

11:12AM 17   engineer.

11:12AM 18           Mr. Vidrine had supervised the negative pressure

11:12AM 19   test.  He had declared the negative pressure test a success,

11:12AM 20   but he thought the results were squirrelly.  So he called

11:12AM 21   Mr. Hafle, who called him back at 8:52 p.m., before the gas had

11:12AM 22   gotten above the BOP, and early enough that if they had shut

11:13AM 23   down the job then, none of us would be here today.

11:13AM 24           Who was Mr. Hafle?  Mr. Hafle was one of three

11:13AM 25   onshore engineers, part of the BP team.  Mr. Hafle knew better

**OFFICIAL TRANSCRIPT**

11:13AM 1   than anybody how problematic this well had been and the risks

11:13AM 2   that BP had taken.

11:13AM 3           Mr. Hafle understood better than anybody what a

11:13AM 4   negative pressure test is and what it should show.  He listened

11:13AM 5   to Mr. Vidrine, and he knew immediately that there was a

11:13AM 6   problem.

11:13AM 7           He told Mr. Vidrine that you could not have the

11:13AM 8   test results that Mr. Vidrine had explained if the test had

11:13AM 9   been done right.

11:13AM 10          Mark Hafle told Don Vidrine that you can't have

11:14AM 11  pressure on the drill pipe and zero pressure on the kill line

11:14AM 12  in a test that's properly lined up.

11:14AM 13          So what did they do?  Your Honor, the PSC's

11:14AM 14  expert, the DOJ's expert, just about everybody's expert

11:14AM 15  believes that that should have shut in the well, then, shut

11:14AM 16  down the job.  If they had done that, we wouldn't be here.

11:14AM 17          But Hafle did not do that.  Instead, Mark Hafle

11:14AM 18  did what he and the other engineers at BP had been doing for

11:14AM 19  two months in the face of risk; he did nothing.

11:14AM 20          Mr. Vidrine did worse.  Mr. Vidrine got off the

11:14AM 21  phone and walked to the drill floor.  He walked into the drill

11:14AM 22  shack, and he talked to the three men on Transocean's crew.  He

11:14AM 23  told them to proceed with the displacement, to remove from the

11:15AM 24  well the drilling mud, the only thing that was at that point

11:15AM 25  standing in the way between those men and a blowout.

**OFFICIAL TRANSCRIPT**

11:15AM 1        He left them alone in the drill shack to face

11:15AM 2   those risks.  He never saw them alive again.

11:15AM 3        Transocean's drill crew followed those

11:15AM 4   instructions.  They did it attentively.  They were not

11:15AM 5   complacent.  Twice during the next 30 minutes they shut down

11:15AM 6   the pumps when they saw abnormalities.

11:15AM 7        They spent crucial minutes trying to figure out

11:15AM 8   what Mr. Hafle already knew, that you can't have pressure on

11:15AM 9   the drill pipe and zero pressure on the kill line in a test

11:15AM 10  that's properly lined up.

11:15AM 11       These men on the drill crew made the mistake of

11:15AM 12  putting too much trust in BP, and they paid for that trust with

11:16AM 13  their lives.

11:16AM 14       Under these facts, Your Honor, BP's continuing

11:16AM 15  effort to shift the blame to the Transocean drill crew and to

11:16AM 16  avoid its indemnity obligation is shameful.

11:16AM 17       Your Honor knows that both BP and Transocean have

11:16AM 18  entered guilty pleas as a result of some of the conduct on

11:16AM 19  April 20, 2010, but that's where the comparison ends.

11:16AM 20       BP pled guilty to eleven counts of seamen's

11:16AM 21  manslaughter for not only causing the largest oil spill in

11:16AM 22  history, but for causing the deaths of eleven people, including

11:16AM 23  nine of our crewmen.

11:16AM 24       Transocean Deepwater, Inc., the employer of the

11:16AM 25  men offshore, pled guilty to one ordinary negligence

**OFFICIAL TRANSCRIPT**

11:16AM 1    misdemeanor count for discharging oil into the Gulf.

11:17AM 2              We have admitted, Your Honor, that our crew

11:17AM 3    should have investigated more in response to Mr. Vidrine's

11:17AM 4    instruction, and we pled guilty for that; but they put their

11:17AM 5    trust into BP, and they were betrayed.

11:17AM 6              Your Honor, it's my privilege to represent the

11:17AM 7    Transocean defendants in this case.  I'm honored and humbled to

11:17AM 8    be working alongside some of the best lawyers I've ever had the

11:17AM 9    privilege to work with, Kerry Miller, Steve Roberts,

11:17AM 10   Rachel Clingman, Richard Hymel; my own colleagues, Mike Doyen

11:17AM 11   and Luis LI and, back in the courtroom somewhere, John Kinchen.

11:17AM 12             I've tried to organize my opening remarks around

11:17AM 13   the two questions Your Honor will have to decide with respect

11:17AM 14   to Transocean in, I think, Phase One of the trial:  Was the

11:17AM 15   drill crew or the company that employed them so consciously

11:18AM 16   indifferent to danger that their conduct can be deemed to be

11:18AM 17   grossly negligent; and, was the conduct of those men or the

11:18AM 18   company so deliberately deviant such that Transocean is deemed

11:18AM 19   to have committed a core breach of conduct that might

11:18AM 20   conceivably void BP's unambiguous indemnity obligation?

11:18AM 21             I would submit that the answer to both of those

11:18AM 22   questions is no.

11:18AM 23             The evidence will show at this trial that the

11:18AM 24   crew and Transocean were not consciously indifferent to danger.

11:18AM 25   Their conduct does not come close to the sort of deliberate

**OFFICIAL TRANSCRIPT**

11:18AM 1    misconduct that has to be shown to establish a core breach of

11:18AM 2    contract.

11:18AM 3            I would submit that that 8:52 p.m. call lies at

11:18AM 4    the heart of the facts that Your Honor must wrestle with in

11:18AM 5    answering both of those questions.  In many ways, it's a

11:19AM 6    microcosm of what BP did wrong on this well and why we believe

11:19AM 7    that Transocean and our crewmen truly are victims of that

11:19AM 8    misconduct.

11:19AM 9            When the BP onshore engineer and the BP well site

11:19AM 10   leader had that conversation, and they realized that the test

11:19AM 11   was no good, their instructing the crew to proceed with

11:19AM 12   displacement of the well was in utter disregard to the facts.

11:19AM 13   Nothing remotely similar was done by Transocean.

11:19AM 14           Did the crew make a mistake in thinking the test

11:19AM 15   was good and relying on Mr. Vidrine?  Yes.  We've admitted

11:19AM 16   that.  In hindsight, everybody knows they made a mistake.

11:19AM 17           But did they know the test was wrong, as

11:19AM 18   Mr. Hafle indicated in those notes of his interview?  No.

11:19AM 19           Mr. Hafle had an eight-minute conversation with

11:20AM 20   Mr. Vidrine, immediately saw a problem, and then stayed safely

11:20AM 21   onshore.  The Transocean crew, by contrast, worked hard for

11:20AM 22   several hours for the sole purpose of getting that negative

11:20AM 23   pressure test right.  They didn't get it right, but it wasn't

11:20AM 24   for lack of trying, and it was not for indifference.

11:20AM 25           We don't know, and we'll never know, Your Honor,

**OFFICIAL TRANSCRIPT**

11:20AM 1    precisely what that crew was thinking because they are not here

11:20AM 2    to tell us.  But what we do know is they had no interest in

11:20AM 3    putting themselves and their crew mates at risk.

11:20AM 4         I would submit that it's wrong as a matter of

11:20AM 5    fact and law, as Mr. Caldwell just tried to do, to equate the

11:20AM 6    conduct of the Transocean crew to the conduct of Mark Hafle,

11:20AM 7    who knew it was wrong and did nothing, or the conduct of

11:21AM 8    Don Vidrine, who was told by Mark Hafle it was wrong, and yet

11:21AM 9    told the crew to proceed.

11:21AM 10        The Transocean crew did not go home to safety,

11:21AM 11   Your Honor.  They did not ignore their duty.  They did their

11:21AM 12   duty.  They died doing their duty.  They died fighting the

11:21AM 13   well.

11:21AM 14        From 6:00 p.m. that night on April 20 until the

11:21AM 15   end, the Transocean drill crew, Revette, Stephen Curtis, and

11:21AM 16   Jason Anderson, were in the drill shack.

11:21AM 17        This was a great crew, experienced, well trained,

11:21AM 18   universally admired by everyone.  The overwhelming evidence

11:21AM 19   shows that Transocean worked long and hard to provide this

11:21AM 20   drill crew with the training and the equipment that they needed

11:21AM 21   to do their job safely and return home.  They died not because

11:21AM 22   they weren't trained properly; they died because critical

11:22AM 23   information was withheld from them.

11:22AM 24        Who were these three men?  Jason Anderson had

11:22AM 25   been on the *Deepwater Horizon* almost 10 years, since its maiden

**OFFICIAL TRANSCRIPT**

11:22AM 1   voyage.  Shortly before April 20, he was offered a promotion

11:22AM 2   precisely because he was one of the best toolpushers in the

11:22AM 3   company.

11:22AM 4           Dewey Revette, the driller, had 23 years of

11:22AM 5   experience with the company.  He had been on the *Deepwater*

11:22AM 6   *Horizon* almost as long as Mr. Anderson.

11:22AM 7           Stephen Curtis, the assistant driller, had worked

11:22AM 8   for Transocean for almost nine years, all but a few months of

11:22AM 9   which were on the *Deepwater Horizon*.

11:22AM 10          These men were universally respected.  At

11:22AM 11  depositions in this case, Your Honor, we asked virtually

11:22AM 12  everyone what they thought of these men.  The answer, they were

11:23AM 13  safety conscious people, the kinds of men you would gladly

11:23AM 14  entrust yourself, your lives to.

11:23AM 15          Here is what Murray Sepulvado, one of the highest

11:23AM 16  ranked BP well site leaders, said in his deposition:

11:23AM 17          (WHEREUPON, at this point in the proceedings, a

11:23AM 18  video clip was played.)

11:23AM 19  Q.   "Did you ever have any problems with any of these

11:23AM 20  individuals we just talked about in terms of their safety

11:23AM 21  consciousness while you work as a well site leader on the

11:23AM 22  *Deepwater Horizon*?

11:23AM 23  A.   "Never had it.

11:23AM 24  Q.   "If you could turn back the clock, and if you could work

11:23AM 25  on a rig with these guys again, would you have any problem

**OFFICIAL TRANSCRIPT**

11:23AM 1    working on a rig with these guys?

11:23AM 2    A.    "It would be my pleasure."

11:23AM 3            (WHEREUPON, at this point in the proceedings, the

11:23AM 4    video clip ended.)

11:23AM 5            MR. BRIAN:  The *Deepwater Horizon*, Your Honor, was one

11:23AM 6    of the best rigs in the world.  It drilled some of the most

11:23AM 7    challenging wells in the world.

11:23AM 8            In 2009, it dug a well over 35000 feet, a record

11:23AM 9    in the world at its time, twice what the Macondo well was.

11:23AM 10           The rig was inspected hundreds of times by

11:23AM 11   government agencies and neutral third parties.  One of the

11:24AM 12   officials at the government, the MMS, testified that from his

11:24AM 13   experience, they're one of the best.

11:24AM 14           When the Coast Guard inspected the rig in 2009,

11:24AM 15   they said they found the rig, the overall rig in excellent

11:24AM 16   condition.  BP agreed.

11:24AM 17           The *Deepwater Horizon* had been built for BP and

11:24AM 18   worked exclusively for BP.  It was regarded by BP as one of the

11:24AM 19   best rigs in the fleet.

11:24AM 20           You're going to hear testimony at the trial about

11:24AM 21   a tour on April 20 of the *Deepwater Horizon* by some senior BP

11:24AM 22   people, including a man named Pat O'Bryan.  Here is what he had

11:24AM 23   to say about it.

11:24AM 24           At his deposition, he said, "It was the best

11:24AM 25   performing rig from a safety and a drilling performance

**OFFICIAL TRANSCRIPT**

11:24AM  1    standpoint."

11:24AM  2                He went out on the tour because he wanted to see

11:24AM  3    what good looks like.

11:24AM  4                This crew didn't just meet industry standard.

11:25AM  5    This rig, Your Honor, was what the industry standard should be.

11:25AM  6                As of April 20, 2010, that was the view of BP,

11:25AM  7    the MMS, the Coast Guard.  The problem here wasn't with the rig

11:25AM  8    or the crew.  The problem was the well and the way BP managed

11:25AM  9    or mismanaged it.

11:25AM 10                It was not an accident that Transocean had its

11:25AM 11    best rig and a fine, well-trained crew on the Macondo well,

11:25AM 12    Your Honor.  Transocean has only two assets, its people and its

11:25AM 13    equipment.  We don't own oil and gas leases.  We don't risk our

11:25AM 14    people or our equipment on the hope that we'll make zillions of

11:25AM 15    dollars by striking oil.  When we send our people out to a rig,

11:25AM 16    we want them to come back to their homes and their families.

11:25AM 17                Transocean gave its people state of the art

11:26AM 18    training.  All three of the men in the drill shack that night,

11:26AM 19    Jason Anderson, Dewey Revette and Stephen Curtis, were up to

11:26AM 20    date on their well control training courses.

11:26AM 21                Those courses were audited and certified by the

11:26AM 22    IADC, which sets standards and has certified well control

11:26AM 23    training programs in companies like Exxon Mobil, Chevron, Noble

11:26AM 24    Drilling and others.

11:26AM 25                Many, many experts have reviewed our training

**OFFICIAL TRANSCRIPT**

11:26AM 1    programs.  The bottom line is our training was top notch,

11:26AM 2    Your Honor.

11:26AM 3          You're not going to find a single expert report

11:26AM 4    saying that our training was below the standard of care in the

11:26AM 5    industry at that time.

11:26AM 6          Now, it is, of course, proper after an accident

11:26AM 7    to ask whether we could have done something different and

11:26AM 8    better?  We've all done that.  Transocean has always done that

11:26AM 9    when it had accidents and incidents in the past.  They've

11:26AM 10   studied them.  They have reported on them.  They've instituted

11:27AM 11   new procedures.  They've updated their training control manual.

11:27AM 12         We all hope that lessons will be learned from

11:27AM 13   Macondo.  But in the world before Macondo, I would submit that

11:27AM 14   the evidence in this case will show that Transocean's training

11:27AM 15   was far above the standard of care in the industry.

11:27AM 16         Our training programs were reinforced constantly

11:27AM 17   by drills on the rig.  Some of them weekly, others ad hoc.

11:27AM 18         For example, this is the drill report from

11:27AM 19   April 18, 2010, on the *Deepwater Horizon*, just two days before

11:27AM 20   the incident.  In this drill, they discussed the roles and

11:27AM 21   responsibilities of the crew, and they discussed the

11:27AM 22   possibility of kicks during cement jobs.  The crew was reminded

11:27AM 23   that wells have been lost due to improperly designed cement

11:27AM 24   slurries and spacers.

11:28AM 25         You heard Mr. Roy talk about the Sedco 711

**OFFICIAL TRANSCRIPT**

incident that took place in the North Sea in late 2009.  He
suggested, and I expect to hear argument at trial, that
somehow, because of that incident, and because a written
advisory somehow didn't get to the *Deepwater Horizon* because
somebody was on vacation, that the crew somehow was complacent
to the fact that barriers like cement can fail.

Your Honor, that is precisely what the crew was
told on April 18, 2010, two days before the incident.

Who was present?  Jason Anderson, Stephen Curtis,
Dewey Revette, Don Vidrine.  In fact, nine of the 11 men who
perished on April 20 were there.

That drill on April 18, Your Honor, is just an
example of how training at Transocean works.  To join a crew,
the Transocean crewmen must attend well control school, get
classroom training and receive on-the-job training that is
tailored to their specific job responsibilities.

Once they make it to a crew, they keep on
training.  They go back to the well control school every two
years.  They learn on the job by teaching others and, probably
most of all, by drilling.

Your Honor, these men know and knew how to do
their jobs.  They knew what to look for, and they weren't
looking for the right stuff on April 20.

They knew the fundamentals.  They were preached
into them when they took the job, and that became their trade,

11:29AM 1   and they relived them and relearned them repeatedly.

11:29AM 2           Now, Mr. Roy talked about some other well control

11:29AM 3   events and suggested that that somehow shows that Transocean as

11:29AM 4   a company was grossly negligent, that somehow we had -- our

11:30AM 5   safety culture was deficient.  With respect to my friend

11:30AM 6   Mr. Roy, they show nothing of the sort, Your Honor.

11:30AM 7           Transocean is justifiably proud of its record on

11:30AM 8   well control.  Kicks are part of the business.

11:30AM 9           From 2005 through 2009, that five-year period,

11:30AM 10  Transocean worked on almost 7,000 wells worldwide.  Our goal --

11:30AM 11  kicks are a part of the business, Your Honor, and our goal is

11:30AM 12  to keep the kicks under 20 barrels.

11:30AM 13          This is a report that came out in 2009, well

11:30AM 14  control events report, and you'll see what it tracks.  It

11:30AM 15  tracks how the company or how the rig crews do in detecting

11:30AM 16  kicks.

11:30AM 17          What you see clustered in the lower left-hand

11:30AM 18  corner is that the majority of the kicks are detected within

11:31AM 19  10 barrels, the vast majority within 20, and only a small

11:31AM 20  sliver exceed 30 barrels.

11:31AM 21          The plaintiffs' efforts to use a handful, I think

11:31AM 22  Mr. Roy referred to six, of well control events to suggest that

11:31AM 23  somehow the company was grossly negligent or the crew was

11:31AM 24  grossly negligent on April 20 is unfair to the evidence, it's

11:31AM 25  unfair to the company, and it's unfair to the crew.

<center>**OFFICIAL TRANSCRIPT**</center>

11:31AM 1        Now, when a drill crew does not meet that goal,

11:31AM 2   which happens, the company goes out, and it investigates it, it

11:31AM 3   reports on it, and it takes corrective action.

11:31AM 4        For an example, let's look at this 2004 event on

11:31AM 5   the *Cunningham* that Mr. Roy referred to.  First of all, that

11:31AM 6   took place nine years ago, in 2004, six years before the

11:32AM 7   Macondo event.  It took place off the coast of Egypt, in an

11:32AM 8   entirely different division of the company.

11:32AM 9        But, more fundamentally, Your Honor, the reason

11:32AM 10  that Mr. Roy is able to stand up and talk about these events is

11:32AM 11  because the company doesn't sweep them under the rug.  The

11:32AM 12  company investigations them and creates written reports and

11:32AM 13  takes action.

11:32AM 14       Here is the action that took place as a result

11:32AM 15  of -- oops, I went the wrong way.

11:32AM 16       This is a letter that was written to the night

11:32AM 17  toolpusher, that's the -- a letter that says his conduct --

11:32AM 18  that he was complacent, and his conduct was grossly negligent.

11:32AM 19  It was recommended that he will be terminated from the company

11:32AM 20  immediately.

11:32AM 21       In every single one of the incidents that Mr. Roy

11:32AM 22  will talk about at trial, the company investigated those events

11:33AM 23  and took action.  That's what a safety process system is.

11:33AM 24       Now, Mr. Roy referred an e-mail by Larry McMahan,

11:33AM 25  in which he said -- talked about train wrecks.  You'll seal

**OFFICIAL TRANSCRIPT**

11:33AM 1    that document.  He's talking almost entirely, by the way -- he

11:33AM 2    uses the phrase "loss of control," and Mr. McMahan will tell

11:33AM 3    you that virtually all of those are loss of control of objects,

11:33AM 4    things falling, heavy equipment falling.  I think there are one

11:33AM 5    or two well control events that are referred to in there.

11:33AM 6           But the point is that these are not e-mails from

11:33AM 7    some whistleblower who feels like he's not being heard by his

11:33AM 8    superiors at the company.  This is a document by Larry McMahan,

11:33AM 9    the company's most senior executive in charge of training

11:33AM 10   worldwide.

11:33AM 11          His responsibility was to point out problems.

11:33AM 12   When he felt that people were not living up to that -- to the

11:33AM 13   high standards that the company set, he took action.  He did it

11:34AM 14   with the kind of language that Mr. Roy indicated.  At

11:34AM 15   Transocean, that is encouraged.

11:34AM 16          Steven Newman, the company's CEO, who, like

11:34AM 17   Mr. McMahan, will testify at this trial, totally supported

11:34AM 18   Mr. McMahan's effort.

11:34AM 19          Mr. Newman personally got involved in connection

11:34AM 20   with some problems you'll hear about involving a rig that they

11:34AM 21   call the *Arctic I* with Shell.

11:34AM 22          Before that, in the Fall of 2009, because three

11:34AM 23   or four people had actually been killed, not in well control

11:34AM 24   events, but on accidents on the rigs, he commissioned a

11:34AM 25   worldwide survey of the company.  Because that was going to

**OFFICIAL TRANSCRIPT**

11:34AM  1     take a while, he actually ordered an immediate worldwide

11:34AM  2     shutdown of the fleet to reemphasize the basics of safety.

11:34AM  3                    Transocean does not put profit over safety.

11:34AM  4                    Now, Mr. Roy mentioned a March 8th kick, 2010, on

11:34AM  5     the *Deepwater Horizon*.  He said that the Transocean drill crew

11:35AM  6     detected that kick late, and that it was criticized by

11:35AM  7     John Guide.

11:35AM  8                    John Guide has said that.  His testimony on that

11:35AM  9     is contradicted by every other piece of evidence.  In fact, the

11:35AM 10     evidence will be that the kick was detected within 10 to

11:35AM 11     12 barrels.  It was not shut in until slightly more than

11:35AM 12     30 barrels because the crew was investigating whether the

11:35AM 13     movement of a crane on the rig could affect the pit volumes,

11:35AM 14     which it can do.

11:35AM 15                    So we asked Murray Sepulvado, again, who was the

11:35AM 16     BP well site leader at the time, what he thought about the

11:35AM 17     crew's performance on March 8th.  This is what he said.

11:35AM 18                    (WHEREUPON, at this point in the proceedings, a

11:35AM 19     video clip was played.)

11:35AM 20     Q.     "Because of the circumstances where the crane was in use

11:35AM 21     and the driller saw something that he had concerns about and

11:35AM 22     took the time to shut the crane down and then look to see if

11:36AM 23     there was really the crane or something else going on --

11:36AM 24     A.     "Right.

11:36AM 25     Q.     " -- did you consider his response to what he was seeing

**OFFICIAL TRANSCRIPT**

11:36AM 1    appropriate?

11:36AM 2    A.    "Yes.

11:36AM 3    Q.    "Do you believe that anybody there on the rig screwed up,

11:36AM 4    as Mr. John Guide is quoted as having said here in this

11:36AM 5    interview, in terms of the March 8 kick?

11:36AM 6    A.    "Well, I was there, and I thought they done a pretty good

11:36AM 7    job myself.

11:36AM 8    Q.    "They being the TO folks?

11:36AM 9    A.    "The TO folks and Halliburton."

11:36AM 10           (WHEREUPON, at this point in the proceedings, the

11:36AM 11    video clip ended.)

11:36AM 12           MR. BRIAN:  Mr. Roy also talked about this Lloyd's

11:36AM 13    audit that took place also in 2010, and said there were some

11:36AM 14    problems.  Well, I actually didn't think he was going to

11:36AM 15    mention it, so I didn't have it to put it up.  So I'll read to

11:36AM 16    you a few of the findings by Lloyd's audit.

11:36AM 17           They found that 97.6 percent of the

11:36AM 18    *Deepwater Horizon* crew members surveyed believed that line

11:36AM 19    managers listened and acted on the crew's safety concern.

11:36AM 20           They believe that 100 percent of the

11:36AM 21    *Deepwater Horizon* crew members surveyed felt they understand

11:37AM 22    the safety procedures and hazards associated with their jobs

11:37AM 23    because of the degree of training and support they have

11:37AM 24    received, and they found the *Deepwater* rig safety culture to be

11:37AM 25    robust.

**OFFICIAL TRANSCRIPT**

11:37AM 1          So, Your Honor, if we had this great rig and this

11:37AM 2    well-trained crew, why did the blowout take place?  There are,

11:37AM 3    in the end, only two reasons for that.

11:37AM 4          First, BP took a series of unconscionable risks

11:37AM 5    with an exceptionally difficult well.

11:37AM 6          Second, instead of warning the crew that the

11:37AM 7    cement likely would fail and that the test, the negative

11:37AM 8    pressure test, to determine whether the cement job was good

11:37AM 9    had, in fact, failed, they did not give those warnings.

11:37AM 10         Now, Mr. Underhill described some of the risks

11:37AM 11   that BP took with the not doing the bottoms-up circulation,

11:37AM 12   using the long string instead of a liner, using the lower

11:38AM 13   number of centralizers.  All of these decisions were made in

11:38AM 14   the context of a well they described as one of the wells from

11:38AM 15   hell, or a "nightmare" well.

11:38AM 16         The risk that they took made the integrity of the

11:38AM 17   bottom hole cement critical.  Nevertheless, the evidence will

11:38AM 18   show that BP did not comply with its own requirements to make

11:38AM 19   sure they had a good cement job.

11:38AM 20         Others in this trial will spend more time on

11:38AM 21   cement than I will, Your Honor, but one of the critical

11:38AM 22   variables in cement is how long it takes to set, to harden.

11:38AM 23         The evidence here will show that compressive

11:38AM 24   strength tests were performed at the wrong temperature,

11:38AM 25   contrary to BP and industry standards.  Other tests showed that

**OFFICIAL TRANSCRIPT**

11:38AM 1   the cement would not set in 24 hours.

11:38AM 2           Despite that, BP shortened the time between the

11:38AM 3   pouring of the cement and the time that displacement was

11:39AM 4   started.  Rather than waiting, let's say, 24 to 48 hours, they

11:39AM 5   ordered the crew to proceed with displacement within 16 hours

11:39AM 6   of the pouring of the cement.

11:39AM 7           Now, I expect that BP's lawyer will blame this on

11:39AM 8   Halliburton; but, one thing is absolutely clear, that by

11:39AM 9   April 20, BP had lost faith in the Halliburton cement team.

11:39AM 10          They referred in these documents to

11:39AM 11  Jesse Gagliano, who was their interface at Halliburton.  They

11:39AM 12  said that Jessie isn't cutting it anymore.  There is no excuse

11:39AM 13  for this.  Jesse still waited until the last minute.

11:39AM 14          In another document, in their handwritten notes,

11:39AM 15  they said he showed a lack of understanding of the modeling.

11:39AM 16  The lab results came in at the last minute.  They had to QC.

11:39AM 17          Whoever is to blame, Your Honor, for the cement

11:40AM 18  job, whether it's Halliburton, BP, or both, some facts are

11:40AM 19  absolutely clear:  One, the cement job failed; two, they went

11:40AM 20  forward with the cement job without accurate test results;

11:40AM 21  three, they went forward without waiting for the test to

11:40AM 22  harden.

11:40AM 23          To make matters worse, they decided not to do a

11:40AM 24  cement bond log.  Why?  Because it would cost more money.

11:40AM 25          The men who made these decisions had days to

**OFFICIAL TRANSCRIPT**

11:40AM 1    think about what they were doing.  This is very different from

11:40AM 2    the Transocean rig crew whose conduct over the course of

11:40AM 3    minutes is at issue in this case.

11:40AM 4         You've already heard about BP flip-flopping on

11:40AM 5    the number of centralizers, even though they'd received a

11:40AM 6    report from Halliburton on April 18 warning them of a severe

11:40AM 7    gas flow problem if they didn't use the number of centralizers

11:41AM 8    that BP wanted.  The head of BP's onshore team, Greg Walz,

11:41AM 9    admitted that he had a conversation with Mr. Gagliano on April

11:41AM 10   19, in which Mr. Gagliano told him about this document, and yet

11:41AM 11   they did nothing.

11:41AM 12        That takes us to one of the most famous e-mails

11:41AM 13   in the case, Brett Cocales' e-mail where he says, who cares,

11:41AM 14   it's done, end of story, it will probably be fine.

11:41AM 15        There is an lot of arrogance in that e-mail; but,

11:41AM 16   I think the second, the next sentence, Your Honor, is in some

11:41AM 17   ways more telling.  "I would rather have to squeeze than get

11:41AM 18   stuck above the wellhead."

11:41AM 19        What he's saying is, I would rather take the risk

11:41AM 20   of getting it wrong and then having just to fix it, than taking

11:41AM 21   the additional time to get it right in the first place.

11:41AM 22        That attitude has been widely condemned; but,

11:42AM 23   whatever you think of its merit, that risky approach that BP

11:42AM 24   took, if you're going to take those risks, you have to tell the

11:42AM 25   people sitting on top of the well, the guys who are going to

11:42AM 1    have to deal with it in the event of a failure.

11:42AM 2         BP's view at the time seemed to be that since

11:42AM 3    this is a risky business, and since the drill crew knew that

11:42AM 4    cement can fail, there is no need to tell them about the

11:42AM 5    extraordinary risks they were taking.

11:42AM 6         Now, this is not -- I'm not the only one saying

11:42AM 7    this, Your Honor.  The PSC's expert, Professor Bea, in his

11:42AM 8    report says, and I quote, BP's onshore well team refused to

11:42AM 9    communicate key risks of the operation to Transocean.

11:42AM 10        The PSC now stands up and says that both BP and

11:42AM 11   Transocean were grossly negligent on a negative pressure test.

11:43AM 12   Your Honor, I just would point out, you certainly can't prove

11:43AM 13   that from our guilty plea because in our guilty plea, while

11:43AM 14   we've admitted ordinary negligence, we have not admitted gross

11:43AM 15   negligence.  There is nothing in there that establishes.

11:43AM 16        The truth is that BP was responsible for the test

11:43AM 17   from the beginning to end, and they botched it up.  They

11:43AM 18   botched it in the planning, in the design, in interrupting the

11:43AM 19   crew, and interpreting its results.

11:43AM 20        In the weeks leading up to April 20, Your Honor,

11:43AM 21   BP changed its mind five or six times about how to do a

11:43AM 22   negative pressure test, how many to do, when to do them.

11:43AM 23   First, they were going to do one.  Then they were going to do

11:43AM 24   two.  Then they were going to do one.

11:43AM 25        By the way, in the middle, and you'll see that

**OFFICIAL TRANSCRIPT**

11:43AM 1    the yellow says -- the one that's below says, monitor for

11:43AM 2    30 minutes.  I suspect BP might argue that they never planned

11:44AM 3    to do two tests; but, in fact, their own documents make clear

11:44AM 4    that that was in reference to a second negative pressure test,

11:44AM 5    because this an e-mail from Brian Morel, April 18, where he

11:44AM 6    says, the plan is to do a negative test with base oil on the

11:44AM 7    bottom plug.  Then we will displace, and a second negative test

11:44AM 8    will be done.

11:44AM 9            In addition to all this confusion, they then

11:44AM 10   monkeyed with the test.  You see, they had 400 barrels of

11:44AM 11   unused lost circulation materials on the rig.  Under the law,

11:44AM 12   they were going to have to ship that back to shore and dispose

11:44AM 13   of it as hazardous waste.

11:44AM 14           They didn't want to do that because it would cost

11:44AM 15   money.  So somebody at BP had this bright idea that if they

11:44AM 16   pumped it through the BOP in the system, they could refer to it

11:44AM 17   as circulation material, call it spacer, and then they could

11:44AM 18   just dump it overboard into the Gulf of Mexico.

11:45AM 19           Well, this stuff had been used to patch cracks in

11:45AM 20   the formation.  As far as we know, it had never been used to

11:45AM 21   displace a well.

11:45AM 22           You know, people have been studying what the

11:45AM 23   effect of that was, and there's all these theories about

11:45AM 24   whether it clogged the kill line and stopped the flow; but, at

11:45AM 25   a minimum, it confused the negative pressure test.

**OFFICIAL TRANSCRIPT**

11:45AM 1          All of these last minute changes by the

11:45AM 2   engineering people at BP had the operations people at wits end.

11:45AM 3   This is the e-mail you saw earlier from John Guide, where he

11:45AM 4   says there is so many last minute changes that they had finally

11:45AM 5   come to their wits end.  The quote is, "flying by the seat of

11:45AM 6   our pants."  Then he made his prophetic prediction, the

11:45AM 7   operation is not going to succeed.

11:45AM 8          He sent that to his boss, David Sims.  What did

11:45AM 9   David Sims do about it?  Nothing.  He didn't do anything.  He

11:45AM 10  didn't call a time-out.  He didn't say, let's talk about it.

11:45AM 11  Instead, he sent back this e-mail in which he said, if we had

11:45AM 12  more time to plan this casing job, I think all of this would

11:46AM 13  have been worked out before it got to the rig.

11:46AM 14          They actually considered an alternative, plug the

11:46AM 15  well and abandon it, but that would have cost over $10 million.

11:46AM 16          Your Honor, they had the time, they just didn't

11:46AM 17  want to spend the money.

11:46AM 18          The crew set up the negative pressure test on the

11:46AM 19  drill pipe, as was their practice when Murray Sepulvado had

11:46AM 20  been the well site leader, and they detected the abnormal

11:46AM 21  pressure on the drill pipe.

11:46AM 22          They were in the middle of investigating and

11:46AM 23  analyzing what that pressure meant when there was a change in

11:46AM 24  shifts of the two well site leaders at BP.  Don Vidrine

11:46AM 25  replaced Bob Kaluza.

**OFFICIAL TRANSCRIPT**

11:46AM  1          Don Vidrine insisted that they start the test

11:46AM  2    over and do it down the kill line because that's what their

11:47AM  3    permit had said, and instructed the crew to do it down the kill

11:47AM  4    line and to check for flow.

11:47AM  5          The crew followed that instruction, and they

11:47AM  6    watched it for 30 minutes.  There was no flow.

11:47AM  7          Mr. Vidrine declared it a successful negative

11:47AM  8    test monitored on the kill line, as reflected in a document he

11:47AM  9    and Mr. Kaluza signed shortly after the incident.

11:47AM 10          Now, some people have said, well, this is very

11:47AM 11    simple, that it's like two straws going down a glass.  If you

11:47AM 12    see a different pressure, automatically it's a failure.

11:47AM 13          It's not so simple because the two straws here,

11:47AM 14    one killed the kill line, went down 5,000 feet, the drill pipe

11:47AM 15    went down 3,000 more feet, and they are in different fluids

11:47AM 16    with different pressures.

11:47AM 17          So it's not unusual to have different pressure on

11:47AM 18    the kill line and the drill pipe.  The question is why do you

11:47AM 19    have that different pressure?  That's the issue.  And that's

11:48AM 20    what the -- the crew didn't miss the fact that they had

11:48AM 21    different pressure.  They were trying to analyze that, but

11:48AM 22    Mr. Vidrine told them to look for flow on the kill line, and

11:48AM 23    that was the mistake the crew made.  They should not have

11:48AM 24    listened to that instruction.

11:48AM 25          After Vidrine finished his call at 8:52 p.m. with

**OFFICIAL TRANSCRIPT**

11:48AM 1    Mr. Hafle and came to the drill pipe -- to the drill shack,

11:48AM 2    there were subtle signs that, with hindsight, experts now say

11:48AM 3    indicated a kick around 9 o'clock, slightly after 9 o'clock.

11:48AM 4         No one knows exactly how those signs appeared on

11:48AM 5    the screens that were available to Transocean, BP and

11:48AM 6    Halliburton; but, one thing we know for sure is that those

11:48AM 7    subtle signs of a kick were missed by a number of people

11:48AM 8    between around 9:08 and 9:14, 9:15.

11:49AM 9         They were missed by the driller at Transocean.

11:49AM 10        They were missed by the mudlogger, Joseph Keith,

11:49AM 11   who did take a break, a 10-minute break that Mr. Roy indicated,

11:49AM 12   and then came back to the drill shack and checked the screen

11:49AM 13   and didn't notice that.

11:49AM 14        They were missed by Don Vidrine, who visited the

11:49AM 15   drill floor during this time period to look at a sheen test and

11:49AM 16   check the screens.

11:49AM 17        They were missed by Mark Hafle, who testified --

11:49AM 18   who said in his interview that he had the screens up during his

11:49AM 19   conversation with Mr. Hafle between 8:52 and about 9 o'clock.

11:49AM 20        After Mr. Vidrine left the drill shack between

11:49AM 21   9:15, the crew then monitored the well.

11:49AM 22        As I said earlier, we will never know exactly

11:49AM 23   what they were thinking and exactly why they did what they did

11:49AM 24   because they are not here to tell us.  But we do have the data,

11:49AM 25   Your Honor, the Sperry-Sun data.

**OFFICIAL TRANSCRIPT**

11:50AM 1       The right four-fifths of that is the actual

11:50AM 2  actually Sperry-Sun data.  We changed the column on the left to

11:50AM 3  make it easier.

11:50AM 4       This is what shows you what's happening, what

11:50AM 5  they are watching between 9:14 and 9:49.  What you see is that

11:50AM 6  the crew was far from being complacent.

11:50AM 7       At about 9:18, you see that blue spike.  The crew

11:50AM 8  noticed that, and they shut down three pumps to investigate.

11:50AM 9  They determined the problem was a popped pressure valve, so

11:50AM 10 they turned the pumps back on and the pressure rose.

11:50AM 11      The drill pipe is the red at the bottom, and the

11:50AM 12 kill line is the blue, Your Honor.

11:50AM 13      They continued to monitor.  Then, about shortly

11:50AM 14 before 9:30, they see that the kill line and the drill pipe are

11:50AM 15 acting different, that the kill line goes up and then starts to

11:50AM 16 go down, and the drill pipe is doing something different.

11:50AM 17      So they shut off the pumps again.  You see that

11:51AM 18 at the top, when it goes down to the bottom.

11:51AM 19      They continued to monitor.  At about 9:36, they

11:51AM 20 actually released the pressure on the drill pipe.  You can see

11:51AM 21 it dip down as a result of that.  That's because they were

11:51AM 22 monitoring what was going on.

11:51AM 23      Then right around 9:40, before, about 9:39, you

11:51AM 24 see the pressure on the drill pipe goes up, and then it turns

11:51AM 25 back down.  That's an indication of a kick.

**OFFICIAL TRANSCRIPT**

11:51AM 1      The crew noticed that, and they did a flow check.

11:51AM 2   They saw that the well was flowing, so they closed the annular.

11:51AM 3   The flow was too strong, so closing the annular did not seal

11:51AM 4   the well.

11:51AM 5      As they were trained to do, they diverted the

11:51AM 6   flow into the diverter system.

11:51AM 7      Now, consistent with BP and Transocean policy at

11:51AM 8   that time, the diverter system was set by default to divert to

11:51AM 9   the mud-gas separator.  The reason for that is environmental.

11:52AM 10  You don't want to just automatically divert hazardous stuff

11:52AM 11  into the sea.

11:52AM 12     Ultimately, as Mr. Roy indicated, the mud-gas

11:52AM 13  separator became overwhelmed.  There is going to be evidence in

11:52AM 14  this case, we don't know exactly when, but there will be

11:52AM 15  evidence in this case that the crude did, in fact, then begin

11:52AM 16  to divert overboard; but, of course, by then, it was too late.

11:52AM 17     At about 9:46 or 9:47, they closed the variable

11:52AM 18  bore ram.  For a moment, the well was successfully shut in, but

11:52AM 19  the force was just too great.

11:52AM 20     My point, Your Honor, is in a case where the

11:52AM 21  issue is were they consciously indifferent, were they grossly

11:52AM 22  negligent, this crew was attentive in taking responsive actions

11:52AM 23  at every step of the way in response to the indications that

11:52AM 24  they saw.

11:52AM 25     In addition to activating the BOP, closing the

**OFFICIAL TRANSCRIPT**

annular, activating the variable bore rams, the crew did their
duty to alert others.  They called the bridge, they called
Mr. Vidrine, and they called the senior toolpusher, Randy
Ezell.

      This is Randy Ezell's testimony about his
conversation with Steve Curtis:  Steve said the well is coming
in.  We got mud blowing to the crown.  I remember thinking, oh,
my God, and I asked did they have it shut in.  Curtis told me
that Jason -- that's Jason Anderson -- was shutting it in.  He
said, Jason is shutting it in now.  Then he made the remark
that, we can't see out of our windows.  Randy, we need your
help.

      Ezell ran to put on his coveralls and his boots
and to help them, but he was blown back by the tremendous
explosion that then happened.

      None of this had to happen, Your Honor.  It
happened because BP was behind schedule and was rushing to get
this well done.

      Some people have accused Transocean, and you're
going to hear evidence in the trial, of accusations that the
crew did not act quickly or decisively enough.  I would submit,
Your Honor, that that's unfair.  They took action, they were
attentive, but they were missing critical information.

      They should have been told that there was a
severe gas flow potential.  They should have been told that

11:54AM 1    there was a grave risk that the cement may not have hardened by

11:54AM 2    then.  They should have been told that the cement might not be

11:54AM 3    stable.  They should have been told about the conversation

11:54AM 4    between Mr. Vidrine and Mr. Hafle at 8:52 p.m.

11:54AM 5         BP has tried to shift the blame by focusing now

11:54AM 6    on the BOP and claiming that -- by distorting facts about the

11:54AM 7    BOP and by distorting what happened on the rig that night.  The

11:54AM 8    PSC has sort of jumped on that bandwagon.  So let me talk for

11:54AM 9    the few minutes I have left about the BOP and what happened on

11:54AM 10   the bridge crew.

11:54AM 11        The Court is going to hear a lot of technical

11:55AM 12   details about the BOP.  I am not going to go through those

11:55AM 13   technical details now.  They are going to be presented by the

11:55AM 14   experts.  Most of them are, we think, undisputed and based on

11:55AM 15   the forensic evidence found by DNV.

11:55AM 16        Your Honor, that's the graphic of the blowout

11:55AM 17   preventer.  The reason I prepared the board over here, which is

11:55AM 18   just simply a copy of that, was because I'm going to show you

11:55AM 19   that the things function, and I realize that it's helpful to

11:55AM 20   have that up and in place.

11:55AM 21        The evidence shows that annular functioned when

11:55AM 22   it was closed by the crew that evening.  This is the upper

11:55AM 23   annular that you see on the chart over there that, in fact, did

11:55AM 24   close.

11:55AM 25        The variable bore rams also functioned.

**OFFICIAL TRANSCRIPT**

11:55AM 1          But two minutes later, at about 9:47, there was

11:55AM 2    the powerful explosion, and that caused the rig to lose power

11:56AM 3    and to drift off station with pulled pipe.

11:56AM 4          After the explosion, it was determined that the

11:56AM 5    blind shear rams had functioned.  There is some dispute, and

11:56AM 6    we'll talk about it at the trial, as to when.  We believe they

11:56AM 7    functioned as they should have functioned; but, unfortunately,

11:56AM 8    the extreme flow up the well had moved the pipe off center.  As

11:56AM 9    DNV found, because it moved off center, when it cut it was not

11:56AM 10   able to actually stop the flow of the well.

11:56AM 11         You see where the pipe is off center.  That's

11:56AM 12   what caused it not to stop the blowout, Your Honor.

11:56AM 13         The fact is that the men operated the BOP and

11:56AM 14   that it, in fact, functioned.  The piping off the side had

11:56AM 15   nothing to do with maintenance.  The evidence you're going to

11:56AM 16   hear about batteries, it's all a red herring.  The fact is the

11:56AM 17   BOP functioned.

11:56AM 18         Mr. Roy had mentioned the condition based

11:57AM 19   maintenance system the company used.  Well, condition based

11:57AM 20   maintenance is used by the United States Department of Defense,

11:57AM 21   the Coast Guard, and the aircraft industry.  It doesn't mean

11:57AM 22   running your tires on your car until the treads are bare and

11:57AM 23   your tire blows out.  It means keeping track of things and

11:57AM 24   fixing them before they fix [verbatim].

11:57AM 25         The Court will hear evidence that the BOP

**OFFICIAL TRANSCRIPT**

11:57AM 1    received extensive and regular maintenance, including hundreds

11:57AM 2    of hours in January and February of 2010, before it was put

11:57AM 3    back in operation on the Macondo.

11:57AM 4            All of the major components had been inspected

11:57AM 5    and maintained.  The BOP was tested constantly.  The blind

11:57AM 6    shear rams were tested on the morning of April 20, 2010, the

11:57AM 7    very day of the incident.  They functioned then during the

11:57AM 8    test, and they functioned during the incident.

11:57AM 9            So let me talk for the last few minutes on what

11:58AM 10   happened on the bridge crew because there has been an argument

11:58AM 11   raised that somehow the crew and the captain panicked and that

11:58AM 12   they failed to disconnect immediately from the well.

11:58AM 13           Your Honor, that argument disrespects the memory

11:58AM 14   of the men and the heroic actions of the men and women on the

11:58AM 15   crew that night.

11:58AM 16           Some people seem to think that the EDS button is

11:58AM 17   some sort of ejector button like you see on an Air Force F-16.

11:58AM 18   It's not.  It's a piece of equipment that's only designed to be

11:58AM 19   used after you communicate with the drill crew.

11:58AM 20           Why?  Because the drill crew is trying to control

11:58AM 21   the well, and they have to take actions.  If you just EDS

11:58AM 22   before you're supposed to or without checking with them, or

11:58AM 23   when it cuts the joints and it can't cut through the joints,

11:58AM 24   you may have a rig drifting out in the Gulf of Mexico with a

11:58AM 25   wide open wellbore.

**OFFICIAL TRANSCRIPT**

11:59AM 1          Panicking and pushing the EDS button is not what
11:59AM 2   is recommended.  It's almost like if you hit the ejector seat
11:59AM 3   button on an F-16 before you realize that you're upside down a
11:59AM 4   hundred feet above ground.  You have to think before you do it.
11:59AM 5          The next claim that Mr. Roy made, that somehow
11:59AM 6   there was confusion because of the dual command, is not
11:59AM 7   accurate.  Everybody knew that in case of an emergency,
11:59AM 8   Captain Kuchta was in charge.  He knew it, and the other crew
11:59AM 9   members knew it.
11:59AM 10          It was totally proper for Captain Kuchta to ask
11:59AM 11   questions of some people before deciding to EDS.  That was
11:59AM 12   entirely appropriate in an emergency.  There was no panic in
11:59AM 13   Captain Kuchta, and he adhered to the right procedures on the
11:59AM 14   bridge crew -- on the bridge that night, Your Honor.
11:59AM 15          Perhaps the clearest indication that the crew was
12:00PM 16   well trained and that they acted properly in response to this
12:00PM 17   disaster is that every single man and woman who could have
12:00PM 18   survived did.  In the midst of a literal apocalypse of fire,
12:00PM 19   explosion, burning oil, the men and women on that rig sprung
12:00PM 20   into action.
12:00PM 21          You will hear testimony at this trial about
12:00PM 22   literally death-defying acts of heroism.  Men and women
12:00PM 23   walking, climbing, crawling on the rig to save their shipmates.
12:00PM 24   In the end, every single crew member who was not killed in the
12:00PM 25   initial explosion survived.

**OFFICIAL TRANSCRIPT**

12:00PM  1              I think Professor Bea may have put it best at his

12:01PM  2      deposition, Your Honor, when he was asked, "What is your

12:01PM  3      opinion on the performance of the Transocean crew on April 20?"

12:01PM  4              Answer, "I think they were heroic."

12:01PM  5              I think so too, Your Honor.  Thank you.

12:01PM  6          THE COURT:  Okay.  Thank you.

12:01PM  7              All right.  It's noontime.  We're going to now

12:01PM  8      take a lunch recess before we continue with the remainder of

12:01PM  9      the statements.  I think we have about three hours left of

12:01PM 10      opening statements, I calculate.  So let's come back at 1:30.

12:01PM 11      Recess until then.

12:01PM 12          THE DEPUTY CLERK:  All rise.

12:01PM 13              (WHEREUPON, at 12:01 p.m. the Court was in luncheon

       14      recess.)

       15                          *    *    *

       16

       17

       18

       19

       20

       21

       22

       23

       24

       25

                              **OFFICIAL TRANSCRIPT**

1                    REPORTER'S CERTIFICATE

2

3        I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter of the State of

5    Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                        *s/Cathy Pepper*

13                        Cathy Pepper, CRR, RMR, CCR
                          Certified Realtime Reporter
14                        Registered Merit Reporter
                          Official Court Reporter
15                        United States District Court
                          Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                        **OFFICIAL TRANSCRIPT**

**$**

**$10** [3] - 62:2, 93:11, 132:23
**$100,000** [1] - 55:3
**$139,000** [1] - 55:3
**$50** [2] - 59:2, 109:2

**'**

**'09** [1] - 29:17
**'we** [1] - 60:8

**1**

**1** [5] - 1:19, 26:8, 47:17, 82:14, 109:11
**1,300** [2] - 87:12, 87:14
**1,300-pound** [1] - 87:16
**1,400** [4] - 92:17, 93:18, 94:2, 96:12
**1,720,000** [1] - 110:1
**1,800** [1] - 87:16
**1.4** [1] - 64:23
**10** [9] - 21:2, 21:3, 67:1, 72:2, 78:10, 117:4, 122:23, 125:17
**10-2179** [1] - 10:13
**10-2771** [2] - 10:15, 17:15
**10-4536** [2] - 10:17, 17:18
**10-MD-2179** [1] - 1:8
**10-minute** [1] - 134:20
**100** [3] - 3:4, 9:7, 127:2
**1000** [2] - 7:4, 8:5
**1001** [1] - 6:20
**101** [1] - 3:8
**103** [1] - 9:8
**10W90** [1] - 110:8
**11** [5] - 94:20, 99:25, 102:14, 105:9, 121:14
**1100** [1] - 6:16
**111** [1] - 9:9
**1110** [1] - 7:8
**12** [2] - 62:12, 125:18
**1201** [2] - 6:4, 7:21
**1221** [1] - 7:14
**12:01** [1] - 142:22
**13,000** [2] - 59:11, 88:14
**1308** [1] - 3:11

**1331** [36] - 7:24
**142** [1] - 9:10
**14271** [1] - 4:18
**15** [2] - 67:2, 69:6
**15-minute** [1] - 71:11
**16** [2] - 57:15, 128:12
**1601** [1] - 2:11
**1665** [1] - 7:24
**17** [3] - 32:18, 75:22, 76:4
**1700** [1] - 7:21
**18** [7] - 15:8, 90:18, 120:23, 121:12, 121:16, 129:13, 131:12
**18,000** [2] - 59:12, 88:13
**1851** [1] - 18:2
**1885** [1] - 5:11
**19** [1] - 129:17
**190** [1] - 82:13
**1990** [1] - 17:20
**1:30** [1] - 142:19

**2**

**2,000** [1] - 89:3
**2.1** [1] - 109:22
**20** [35] - 1:6, 10:15, 16:4, 21:1, 26:25, 27:12, 27:14, 27:25, 28:14, 45:15, 51:2, 52:19, 56:19, 57:21, 64:24, 74:7, 74:19, 75:14, 78:10, 78:11, 111:15, 113:23, 116:18, 117:5, 118:25, 119:10, 121:15, 122:2, 122:16, 122:23, 123:3, 128:16, 131:2, 140:15, 142:12
**20004** [1] - 6:5
**2001** [3] - 42:6, 48:13, 66:15
**2002** [2] - 39:23, 66:15
**2004** [4] - 28:21, 48:1, 123:9, 123:11
**20044** [3] - 4:13, 4:19, 4:24
**2005** [4] - 48:4, 66:16, 89:21, 122:13
**2006** [1] - 66:25
**2007** [2] - 48:24, 64:17
**2008** [9] - 29:1, 29:15, 31:23, 45:20, 64:22, 65:4, 65:5, 68:7, 89:21

**2009** [36] - 29:15, 30:8, 30:14, 31:19, 31:21, 31:24, 32:10, 39:24, 42:9, 45:4, 46:8, 46:23, 47:8, 47:17, 47:24, 48:1, 48:8, 54:9, 56:6, 57:7, 57:10, 57:15, 57:21, 64:22, 65:4, 65:14, 68:4, 68:22, 89:22, 106:23, 118:12, 118:18, 121:5, 122:13, 122:17, 125:4
**2010** [37] - 1:6, 10:15, 16:4, 17:10, 26:25, 27:25, 28:15, 31:8, 31:17, 32:16, 32:19, 33:4, 37:22, 40:4, 42:9, 45:20, 52:20, 56:13, 56:19, 57:21, 58:12, 58:25, 64:14, 64:23, 65:16, 68:16, 70:15, 75:22, 111:15, 113:23, 119:10, 120:23, 121:12, 125:11, 126:20, 140:11, 140:15
**2011** [2] - 109:20, 109:24
**2012** [5] - 109:10, 109:12, 109:23, 109:25, 110:1
**2013** [5] - 1:9, 10:2, 15:8, 23:23, 109:11
**20th** [8] - 30:7, 32:16, 32:19, 37:22, 40:4, 70:15, 90:14, 100:13
**21** [2] - 46:23, 62:6
**212** [1] - 105:2
**2179** [1] - 24:3
**21st** [1] - 110:1
**22** [4] - 16:12, 61:11, 61:15, 72:7
**2211** [1] - 7:8
**2216** [1] - 3:22
**22ND** [1] - 2:19
**22nd** [1] - 23:23
**23** [1] - 117:8
**23451** [1] - 2:19
**24** [3] - 52:7, 128:8, 128:11
**25** [3] - 1:9, 10:2, 107:14
**250** [1] - 65:14
**250.401** [2] - 88:19, 108:19
**252** [1] - 16:7
**26** [1] - 9:5

**2615** [1] - 2:15
**26th** [1] - 33:4
**27th** [1] - 61:12
**28** [1] - 109:9
**290** [1] - 65:10
**29th** [1] - 61:10
**2:10-CV-02771** [1] - 1:11
**2:10-CV-4536** [1] - 1:14

**3**

**3** [1] - 3:4
**3,000** [2] - 62:16, 133:23
**3,140** [1] - 87:25
**3,142** [1] - 87:15
**3,545** [2] - 68:6, 106:24
**30** [8] - 88:19, 105:1, 108:19, 113:9, 122:24, 125:19, 131:9, 133:14
**30-minute** [2] - 57:2, 72:1
**300** [1] - 6:9
**3000** [1] - 54:13
**30=second** [1] - 75:2
**311** [1] - 17:21
**32** [1] - 87:14
**33** [1] - 56:14
**335** [1] - 6:24
**35** [1] - 31:10
**350** [1] - 65:14
**35000** [1] - 118:12
**35TH** [1] - 6:24
**36130** [1] - 5:6
**36604** [1] - 2:12
**3668** [1] - 2:4
**370** [1] - 21:4
**3700** [2] - 6:16, 6:20
**390** [2] - 68:5, 106:23

**4**

**4** [3] - 3:4, 58:17, 64:23
**40** [3] - 31:11, 87:14, 88:23
**40-barrel** [1] - 89:4
**400** [1] - 131:17
**4000** [1] - 8:5
**402** [1] - 2:19
**4310** [1] - 3:18
**435** [1] - 3:8
**45** [1] - 20:25
**450** [1] - 4:5

**4500** [1] - 7:14
**47** [2] - 74:22, 98:20
**48** [2] - 104:20, 128:11

**5**

**5** [1] - 58:18
**5,000** [2] - 88:15, 133:22
**50** [5] - 16:8, 27:15, 78:5, 89:3, 93:12
**500** [3] - 2:4, 5:5, 8:9
**5000** [4] - 5:22, 42:25, 50:18, 59:10
**504** [1] - 8:10
**5395** [1] - 4:6
**556** [1] - 2:4
**560** [1] - 93:23
**569** [1] - 82:15
**58** [1] - 110:2
**589-7779** [1] - 8:10

**6**

**60** [3] - 21:1, 21:2, 109:13
**600** [3] - 2:19, 2:22, 7:4
**601** [1] - 2:15
**60654** [1] - 6:9
**618** [1] - 3:15
**660** [1] - 109:8
**668,000** [1] - 60:20
**6:00** [2] - 14:4, 116:18

**7**

**7** [2] - 58:16, 58:17
**7,000** [1] - 122:14
**700** [1] - 27:14
**701** [2] - 5:16, 5:22
**70113** [1] - 2:8
**70130** [5] - 2:16, 2:23, 3:22, 5:16, 8:10
**70139** [1] - 5:23
**70163** [1] - 6:16
**70360** [1] - 3:12
**70458** [1] - 3:12
**70502** [2] - 2:5, 7:5
**70801** [1] - 3:15
**70804** [1] - 5:12
**71** [1] - 9:6
**711** [2] - 30:15, 121:4
**75** [1] - 20:23
**75270** [1] - 7:21
**7611** [1] - 4:12
**769** [1] - 82:18

**77002** [2] - 6:20, 8:5
**77006** [1] - 3:19
**77010** [2] - 7:15, 7:25
**77098** [1] - 7:8
**78257** [1] - 3:5
**7th** [1] - 109:25
**7TH** [1] - 4:6

---

# 8

**8** [2] - 56:13, 126:12
**820** [1] - 2:8
**8291** [1] - 15:8
**84,000** [1] - 89:3
**8:00** [3] - 14:3, 90:14, 96:17
**8:52** [9] - 74:6, 94:15, 94:22, 111:15, 111:25, 115:7, 134:8, 135:3, 138:13
**8th** [5] - 31:8, 60:5, 68:16, 125:11, 125:24

---

# 9

**9** [5] - 45:20, 109:23, 134:11, 135:3
**90** [1] - 21:2
**90071** [1] - 6:25
**93** [2] - 65:10, 109:11
**94005** [1] - 5:12
**94102** [1] - 4:6
**97.6** [1] - 126:24
**9:02** [3] - 74:21, 98:9, 98:19
**9:08** [1] - 134:17
**9:14** [2] - 134:17, 135:14
**9:15** [2] - 134:17, 135:5
**9:18** [1] - 135:16
**9:30** [1] - 135:23
**9:36** [1] - 136:3
**9:38** [1] - 136:7
**9:39** [1] - 136:7
**9:40** [1] - 136:7
**9:45** [1] - 71:14
**9:46** [1] - 137:1
**9:47** [2] - 137:1, 139:10
**9:49** [1] - 135:14
**9TH** [1] - 2:22
**9th** [1] - 33:4

---

# A

**a.m** [2] - 14:3, 71:14

---

**abandon** [3] - 16:6, 61:21, 132:22
**abandoned** [1] - 57:5
**abandoning** [1] - 85:18
**abandonment** [3] - 27:1, 60:22, 85:23
**abdication** [1] - 81:13
**ability** [2] - 63:4, 143:8
**able** [7] - 15:14, 15:15, 41:15, 50:1, 54:23, 123:15, 139:19
**abnormal** [1] - 133:3
**abnormalities** [1] - 113:10
**aboard** [7] - 30:15, 31:2, 32:25, 74:8, 77:10, 87:19, 100:12
**above-entitled** [1] - 143:9
**ABRAMSON** [1] - 2:14
**absolutely** [6] - 68:25, 93:6, 94:20, 95:24, 128:15, 129:1
**accepted** [1] - 108:3
**access** [3] - 15:7, 23:22, 33:23
**accident** [12] - 63:15, 83:9, 83:15, 84:19, 85:9, 88:9, 89:10, 90:5, 98:7, 98:24, 119:14, 120:10
**accidents** [4] - 63:14, 66:21, 120:13, 125:6
**accommodate** [1] - 26:6
**accommodation** [1] - 23:9
**accordance** [1] - 108:2
**according** [9] - 27:25, 58:24, 65:21, 65:23, 78:5, 83:15, 83:19, 83:20, 95:2
**accordingly** [1] - 110:22
**accountable** [1] - 106:18
**accumulation** [2] - 84:25, 85:3
**accurate** [3] - 16:1, 129:2, 141:16
**accusations** [1] - 138:4
**accused** [1] - 138:3
**achieve** [1] - 67:10
**acknowledged** [2] - 64:17, 86:13
**acoustic** [1] - 43:12
**acronyms** [3] - 24:11,

---

24:14, 24:16
**Act** [9] - 17:17, 17:20, 17:21, 18:1, 19:16, 19:20, 84:14, 84:21, 85:8
**act** [6] - 30:6, 40:6, 45:15, 75:6, 107:4, 138:5
**Act's** [1] - 84:24
**acted** [7] - 19:19, 19:23, 35:7, 102:19, 105:12, 127:1, 141:25
**acting** [1] - 135:24
**action** [22] - 16:22, 17:16, 17:19, 19:10, 19:15, 19:16, 19:17, 39:9, 39:23, 74:23, 75:6, 88:24, 94:6, 97:7, 123:8, 123:18, 123:19, 124:3, 124:20, 138:6, 142:4
**Action** [2] - 10:15, 10:17
**ACTION** [1] - 1:8
**actions** [10] - 63:6, 80:16, 81:9, 95:14, 97:15, 98:23, 100:12, 137:6, 140:23, 141:5
**activate** [5] - 37:1, 37:18, 37:20, 38:8, 38:19
**activated** [3] - 38:11, 38:22, 39:5
**activating** [3] - 34:18, 137:9, 137:10
**activation** [4] - 34:23, 35:12, 37:5, 37:6, 40:14, 43:13
**acts** [5] - 18:22, 18:25, 84:25, 85:3, 142:6
**actual** [3] - 55:13, 68:11, 135:10
**ad** [1] - 120:21
**add** [2] - 30:23, 43:12
**addition** [7] - 22:1, 24:23, 24:24, 37:23, 69:7, 131:16, 137:9
**additional** [3] - 53:24, 56:18, 130:3
**additive** [1] - 54:13
**address** [5] - 13:21, 19:25, 39:25, 101:12, 111:1
**addressed** [1] - 29:19
**adequacy** [1] - 46:13
**adequate** [5] - 27:21, 30:4, 36:16, 39:3, 46:12

---

**adequately** [10] - 28:17, 29:19, 29:20, 29:22, 30:2, 32:23, 34:13, 35:15, 41:4, 56:4
**adhered** [1] - 141:22
**adherents** [1] - 29:11
**administer** [1] - 65:13
**admiralty** [1] - 14:6
**admired** [1] - 116:22
**admit** [3] - 54:17, 55:11, 55:25
**admits** [2] - 93:8, 94:24
**admitted** [10] - 22:25, 23:1, 89:1, 92:8, 105:22, 114:6, 115:19, 129:16, 130:21
**admonition** [1] - 49:13
**advance** [1] - 21:22
**adversely** [1] - 105:4
**advised** [1] - 66:15
**advisory** [1] - 121:8
**affect** [1] - 125:20
**affected** [2] - 52:25, 105:4
**affects** [1] - 47:20
**affirms** [1] - 101:17
**afire** [1] - 94:7
**afraid** [1] - 87:20
**afternoon** [1] - 22:7
**aged** [1] - 54:9
**agencies** [1] - 118:15
**agent** [2] - 54:18, 107:21
**ago** [2] - 74:9, 123:11
**agree** [2] - 71:24, 102:18
**agreed** [2] - 32:21, 118:20
**agrees** [1] - 40:12
**ahead** [2] - 60:14, 70:1, 89:25
**Air** [2] - 54:13, 141:1
**air** [1] - 37:11
**aircraft** [1] - 140:5
**al** [2] - 10:16, 10:18
**AL** [4] - 1:13, 1:15, 2:12, 5:6
**Alabama** [10] - 11:16, 11:23, 16:20, 20:25, 100:24, 101:3, 101:6, 101:9, 101:17, 102:24
**ALABAMA** [2] - 5:3
**Alabama's** [1] - 101:15
**Alan** [2] - 12:15, 13:6
**alarm** [7] - 36:21,

---

37:2, 37:5, 37:17, 37:18, 38:3, 79:7
**alarms** [8] - 28:25, 35:13, 37:13, 37:15, 37:16, 38:6, 40:7, 40:14
**alert** [2] - 86:19, 137:11
**ALEX** [1] - 7:13
**align** [1] - 101:15
**alive** [1] - 113:6
**all-critical** [1] - 96:16
**ALLAN** [1] - 5:15
**Allan** [1] - 11:22
**allegations** [1] - 99:24
**Allen** [2] - 60:9, 79:21
**allocated** [1] - 20:19
**allocation** [1] - 20:1
**allow** [3] - 25:5, 35:3, 38:19
**allowed** [7] - 14:18, 31:14, 37:11, 40:12, 84:10, 94:6, 106:1
**allowing** [2] - 62:4, 62:9
**almost** [8] - 94:22, 107:2, 117:4, 117:10, 117:12, 122:14, 124:7, 141:11
**alone** [5] - 46:17, 73:25, 75:6, 85:5, 113:5
**alongside** [1] - 114:12
**alternative** [1] - 132:21
**alternatively** [1] - 18:4
**altogether** [1] - 34:25
**amazingly** [4] - 28:9, 34:4, 35:2, 37:24
**Amendment** [2] - 74:12, 87:24
**America** [2] - 10:17, 11:19, 16:19
**AMERICA** [3] - 1:14, 4:4, 5:20
**AMERICAN** [1] - 2:15
**American** [1] - 55:21
**amount** [10] - 20:12, 44:22, 44:23, 55:1, 58:15, 80:8, 82:5, 82:7, 82:9, 106:1
**amounting** [1] - 80:16
**amounts** [4] - 35:24, 36:1, 36:6, 87:9
**Anadarko** [3] - 107:11, 107:13, 107:15
**analysis** [2] - 57:8, 58:4
**analyze** [1] - 134:4

---

3

**analyzing** [1] - 133:6
**AND** [2] - 1:12, 6:13
**Anderson** [7] - 99:20, 116:20, 117:3, 117:10, 119:23, 121:13, 137:18
**Andrea** [2] - 35:10, 40:8
**ANDREW** [1] - 6:7
**Andy** [2] - 12:4, 65:7
**ANGELES** [1] - 6:25
**announce** [2] - 25:23, 40:8
**announced** [2] - 25:25, 26:1
**annual** [1] - 31:19
**annular** [5] - 136:12, 137:10, 139:5, 139:7
**Answer** [1] - 142:13
**answer** [6] - 77:8, 96:18, 104:5, 114:25, 117:16
**answering** [1] - 115:9
**answers** [1] - 100:17
**Anthony** [1] - 11:2
**ANTHONY** [1] - 3:21
**anticipated** [1] - 13:11
**apart** [1] - 68:25
**apartments** [1] - 68:21
**API** [1] - 74:19
**apocalypse** [1] - 142:2
**apparent** [1] - 80:3
**appear** [1] - 21:25
**appearance** [1] - 10:21
**APPEARANCES** [7] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1
**appeared** [1] - 134:13
**appearing** [1] - 10:20
**appendices** [1] - 82:16
**application** [2] - 32:4, 104:18
**applied** [1] - 87:15
**apply** [2] - 15:18, 110:21
**applying** [1] - 87:8
**appoint** [1] - 33:21
**appreciate** [1] - 105:23
**approach** [2] - 111:5, 130:5
**appropriate** [5] - 33:14, 69:3, 101:10, 126:8, 141:21
**approval** [4] - 38:25, 60:15, 94:9, 94:15
**approve** [1] - 93:25

**approved** [4] - 48:10, 92:23, 95:22, 96:17
**APRIL** [1] - 1:6
**April** [47] - 10:15, 16:4, 16:12, 26:8, 26:25, 27:25, 28:14, 30:7, 32:16, 32:19, 37:22, 40:4, 45:15, 51:2, 52:19, 56:19, 57:10, 57:15, 57:20, 57:21, 70:15, 72:7, 74:7, 75:14, 75:22, 76:4, 90:14, 100:13, 111:15, 113:23, 116:18, 117:5, 118:25, 119:10, 120:23, 121:12, 121:15, 121:16, 122:2, 123:3, 128:16, 129:13, 129:16, 131:2, 131:12, 140:15, 142:12
**Arctic** [1] - 125:3
**area** [2] - 29:7, 89:24
**areas** [1] - 33:11
**argue** [2] - 99:3, 131:9
**argument** [2] - 121:6, 140:19, 140:22
**armed** [4] - 50:20, 51:1, 94:19, 108:12
**arranged** [2] - 24:24, 25:1
**ARRELL** [1] - 7:7
**arrived** [2] - 34:20, 38:25
**arrogance** [1] - 129:22
**arrow** [1] - 85:14
**art** [1] - 119:21
**article** [1] - 15:10
**ASBILL** [1] - 6:10
**ashore** [3] - 33:22, 33:25, 81:5
**aside** [1] - 84:9
**ass** [1] - 69:1
**assessed** [1] - 110:15
**assessment** [4] - 29:11, 29:18, 33:3, 63:4
**assessments** [2] - 30:5, 57:12
**ASSET** [1] - 1:12
**Asset** [2] - 10:16, 47:17
**assets** [1] - 119:16
**assigned** [2] - 20:20, 52:16
**assist** [1] - 22:6
**assistant** [2] - 28:8, 117:11

**associated** [1] - 127:4
**assurance** [1] - 32:25
**astounding** [1] - 68:5
**atmosphere** [1] - 105:18
**attempt** [5] - 85:24, 85:25, 89:19, 93:21, 106:17
**attempts** [4] - 64:1, 72:14, 87:7, 87:8
**attend** [1] - 121:18
**attention** [3] - 33:16, 57:4, 58:9
**attentive** [2] - 137:6, 138:7
**attentively** [1] - 113:8
**attitude** [4] - 60:8, 65:22, 86:12, 130:4
**ATTORNEY** [4] - 5:3, 5:4, 5:9, 5:11
**Attorney** [6] - 11:13, 11:15, 101:3, 104:3, 104:7, 104:8
**attorneys** [3] - 24:15, 26:5, 75:10
**audible** [1] - 37:13
**audio** [2] - 15:12, 25:20
**audit** [6] - 48:8, 68:4, 68:8, 106:23, 126:20, 126:23
**audited** [3] - 45:6, 47:12, 119:25
**audits** [3] - 41:11, 67:17, 89:21
**August** [3] - 17:10, 39:23, 48:8
**authority** [4] - 34:22, 39:8, 39:20, 93:25
**authorized** [1] - 38:20
**automatic** [5] - 36:21, 36:25, 38:10, 50:20, 108:11
**automatically** [4] - 37:4, 37:20, 133:20, 136:19
**avail** [1] - 49:18
**available** [15] - 22:10, 23:15, 23:20, 23:24, 24:10, 24:19, 25:7, 25:8, 42:5, 42:8, 45:17, 50:21, 107:6, 107:7, 134:14
**AVENUE** [5] - 2:8, 4:5, 5:5, 6:4, 6:24
**averse** [2] - 66:3
**averted** [2] - 34:24, 108:24
**avoid** [4] - 24:16, 38:6, 67:5, 113:20

**avoidable** [1] - 105:14
**avoided** [3] - 32:4, 75:4, 107:9
**awaited** [1] - 46:17
**aware** [6] - 16:3, 33:9, 33:18, 45:21, 67:4, 88:17
**awareness** [1] - 60:7
**Azar** [2] - 84:2, 92:13

## B

**background** [1] - 15:24
**backup** [1] - 73:12
**bad** [2] - 44:6, 86:3
**balances** [1] - 64:6
**balls** [1] - 109:19
**bandwagon** [1] - 138:17
**Barataria** [1] - 105:3
**BARBIER** [1] - 1:21
**Barbier** [1] - 103:8
**bare** [1] - 140:6
**barely** [1] - 43:24
**barrel** [2] - 58:25, 93:3
**barreled** [2] - 89:25, 97:22
**barrels** [12] - 27:12, 27:14, 88:23, 89:3, 109:9, 122:16, 122:23, 122:24, 125:18, 125:19, 131:17
**barrier** [8] - 40:22, 49:2, 53:20, 53:21, 62:15, 86:6, 87:4, 89:13
**barriers** [1] - 121:10
**base** [1] - 131:13
**based** [9] - 43:21, 45:5, 82:25, 84:8, 92:24, 109:6, 138:23, 140:2, 140:3
**basic** [1] - 32:12
**basics** [2] - 56:9, 125:9
**Basis** [3] - 57:9, 57:22, 58:6
**basis** [3] - 57:13, 57:25, 60:11
**BATON** [2] - 3:15, 5:12
**batteries** [9] - 42:23, 43:2, 43:3, 50:15, 50:22, 50:25, 108:9, 108:12, 139:25
**battery** [3] - 51:2, 73:10, 108:7

**Bay** [1] - 105:3
**Bea** [11] - 63:23, 64:5, 64:8, 65:23, 66:14, 66:17, 66:20, 69:16, 70:2, 130:14, 142:10
**BEACH** [1] - 2:19
**beaches** [1] - 109:18
**bear** [1] - 105:12
**bears** [1] - 86:24
**became** [3] - 76:11, 122:4, 136:22
**Beck** [1] - 12:6
**BECK** [3] - 7:11, 7:12, 12:6
**become** [3] - 80:3, 89:2, 97:24
**becoming** [1] - 42:8
**bed** [1] - 77:11
**BEFORE** [1] - 1:21
**began** [6] - 57:3, 62:11, 76:2, 94:23, 94:24, 98:9
**begin** [7] - 13:9, 13:20, 25:22, 26:13, 26:21, 37:15, 136:24
**beginning** [4] - 14:3, 49:16, 65:5, 130:24
**begins** [1] - 49:10
**begrudge** [1] - 80:13
**behalf** [7] - 11:2, 11:19, 11:20, 12:3, 34:2, 101:6, 102:25
**behavior** [3] - 66:9, 81:10, 100:14
**behind** [4] - 44:12, 59:3, 109:1, 138:1
**belief** [1] - 27:4
**believes** [2] - 18:12, 112:19
**Bellow** [1] - 59:15
**below** [6] - 59:11, 62:17, 94:25, 97:8, 120:8, 131:8
**BEN** [1] - 4:24
**bench** [1] - 14:5
**benches** [1] - 24:21
**benefit** [4] - 23:25, 69:20, 100:17, 103:21
**benefits** [1] - 64:10
**Bertone** [1] - 44:7
**best** [15] - 45:16, 47:15, 70:11, 75:9, 86:1, 107:6, 114:12, 117:6, 118:10, 118:17, 118:23, 119:3, 119:15, 142:10, 143:8
**betrayed** [1] - 114:9
**better** [7] - 29:10,

42:4, 73:19, 78:20,
112:4, 112:7, 120:12
**between** [19] - 20:8,
25:11, 27:3, 52:2,
57:20, 59:19, 64:6,
65:14, 95:13, 98:15,
109:25, 111:19,
113:4, 128:9,
134:17, 135:3,
135:4, 135:14,
138:13
**beyond** [1] - 80:4
**billion** [4] - 58:16,
58:17, 64:23
**billions** [5] - 64:20,
80:10
**binding** [1] - 16:2
**birds** [1] - 100:7
**bladder** [3] - 92:24,
93:13, 93:22
**blades** [2] - 42:4,
49:24
**blame** [8] - 49:7,
72:14, 85:24, 89:19,
113:19, 128:14,
128:24, 138:14
**blend** [3] - 54:8, 58:8,
107:21
**blew** [6] - 56:5, 72:8,
77:5, 87:25, 88:16
**blind** [12] - 42:2, 42:4,
42:7, 42:8, 42:18,
49:24, 50:5, 50:8,
51:6, 70:3, 139:14,
140:14
**blinded** [1] - 102:7
**Block** [1] - 16:7
**blow** [1] - 92:4
**blowing** [1] - 137:16
**blown** [4] - 87:20,
88:3, 88:5, 137:23
**blowout** [55] - 16:4,
17:6, 20:2, 29:21,
31:4, 35:17, 35:20,
38:12, 40:17, 40:18,
40:24, 41:1, 41:4,
43:13, 45:10, 45:12,
46:1, 48:22, 49:4,
49:9, 49:15, 49:17,
50:8, 51:20, 52:10,
52:23, 58:2, 66:23,
69:5, 69:9, 69:21,
72:21, 75:23, 79:13,
84:3, 85:22, 86:4,
88:17, 88:25, 89:2,
90:2, 90:10, 90:20,
94:7, 95:18, 97:8,
98:5, 99:3, 101:25,
102:4, 102:6, 113:4,
127:9, 138:25,

139:21
**blows** [1] - 140:7
**bludgeons** [1] - 77:23
**Blue** [1] - 51:3
**blue** [2] - 135:16,
135:21
**bluntly** [1] - 47:9
**Bly** [11] - 63:8, 63:10,
63:16, 82:13, 83:6,
83:21, 85:2, 93:8,
93:10, 94:23, 98:10
**board** [5] - 34:5, 69:7,
70:5, 81:7, 139:1
**Bob** [4] - 46:24, 63:23,
66:14, 133:8
**BOCKIUS** [1] - 8:3
**Bodek** [3] - 61:11,
61:12, 61:16
**Bolado** [1] - 54:16
**bomb** [1] - 97:23
**bond** [2] - 62:23,
129:6
**boots** [1] - 137:22
**BOP** [53] - 17:6, 40:19,
41:8, 41:12, 41:15,
41:17, 41:18, 41:20,
42:2, 42:11, 42:17,
42:22, 42:24, 42:25,
45:16, 45:19, 45:25,
46:8, 46:14, 49:1,
49:8, 49:12, 49:20,
49:23, 49:25, 50:12,
50:20, 51:4, 72:25,
83:14, 89:10, 89:13,
89:17, 89:19, 89:20,
89:23, 97:20, 97:22,
98:11, 98:17, 108:6,
108:11, 112:1,
131:23, 137:9,
138:15, 138:16,
138:18, 138:21,
139:22, 140:1,
140:9, 140:14
**BOP's** [1] - 89:7
**BOPs** [1] - 40:23
**bore** [4] - 99:8, 137:2,
137:10, 139:9
**boss** [6] - 61:13,
61:16, 69:10, 75:20,
76:15, 132:15
**botch** [1] - 106:21
**botched** [6] - 86:8,
90:6, 106:5, 106:22,
130:24, 130:25
**bottom** [11] - 31:5,
59:10, 81:20, 88:12,
90:18, 102:7, 120:5,
127:24, 131:14,
135:20, 136:2
**bottoms** [2] - 62:3,

127:18
**bottoms-up** [1] -
127:18
**bought** [1] - 93:2
**BOULEVARD** [1] -
3:18
**BOUNDS** [1] - 2:10
**bounds** [1] - 94:11
**BOWMAN** [1] - 7:19
**BOX** [4] - 2:4, 4:12,
4:18, 5:12
**BP** [280] - 1:15, 5:19,
5:20, 5:20, 10:18,
12:1, 12:2, 12:3,
12:4, 12:5, 16:23,
17:2, 17:3, 17:8,
18:17, 19:13, 19:18,
21:2, 27:3, 27:24,
28:14, 31:16, 40:25,
41:11, 41:22, 41:24,
44:2, 44:5, 45:14,
45:17, 45:21, 46:6,
46:8, 46:10, 46:11,
46:17, 48:8, 48:20,
49:6, 49:14, 51:17,
51:24, 52:2, 52:5,
52:7, 52:15, 52:21,
52:24, 53:1, 53:2,
53:4, 54:25, 55:2,
55:6, 55:21, 55:22,
56:7, 56:10, 56:12,
57:7, 58:4, 58:9,
58:10, 58:12, 58:14,
58:18, 58:24, 59:4,
59:5, 59:7, 59:8,
59:12, 59:15, 59:16,
59:22, 60:1, 60:4,
60:6, 60:10, 60:12,
60:16, 61:12, 61:13,
61:21, 61:24, 62:3,
62:5, 62:8, 62:11,
62:14, 62:16, 62:18,
62:20, 62:23, 63:1,
63:2, 63:6, 63:8,
63:10, 63:11, 64:8,
64:12, 64:15, 64:21,
64:22, 65:1, 65:7,
65:10, 65:14, 66:1,
66:4, 66:8, 66:15,
66:17, 66:25, 67:3,
67:6, 67:14, 67:20,
68:2, 68:4, 68:8,
68:9, 68:12, 68:14,
68:22, 69:2, 69:5,
69:12, 69:14, 69:16,
70:5, 70:16, 70:19,
72:16, 72:17, 73:1,
73:3, 73:23, 73:25,
74:9, 74:18, 74:23,
75:11, 75:15, 75:20,

76:5, 76:6, 76:9,
76:25, 77:12, 77:15,
77:16, 77:18, 78:2,
78:4, 78:10, 78:17,
78:25, 79:6, 79:7,
79:11, 79:13, 79:19,
79:21, 80:3, 80:7,
80:13, 80:17, 80:18,
80:23, 80:25, 81:4,
81:15, 81:17, 81:18,
82:12, 82:20, 83:1,
83:25, 84:14, 85:18,
85:24, 86:7, 86:9,
86:11, 86:16, 86:18,
86:19, 86:24, 87:5,
87:15, 87:22, 88:4,
88:19, 89:1, 89:15,
89:19, 89:22, 89:25,
90:14, 90:24, 91:22,
92:17, 92:25, 93:20,
94:3, 94:10, 94:12,
95:3, 95:13, 95:21,
98:7, 98:13, 98:15,
99:3, 99:16, 100:1,
101:21, 101:24,
102:3, 102:6, 102:7,
102:10, 102:15,
102:19, 102:23,
104:9, 104:18,
105:11, 105:22,
106:21, 107:10,
108:7, 108:17,
109:7, 112:4, 112:6,
112:22, 113:16,
113:21, 113:24,
114:9, 115:10,
115:13, 117:20,
118:20, 118:21,
118:22, 119:1,
119:10, 119:12,
125:23, 127:11,
127:18, 127:25,
128:7, 128:9,
128:16, 128:25,
129:11, 129:15,
130:5, 130:17,
130:23, 131:3,
131:9, 131:22,
132:9, 133:7,
134:14, 136:16,
138:1, 138:14
**BP's** [90] - 27:25,
48:11, 52:17, 58:12,
60:23, 61:20, 63:11,
63:13, 63:15, 63:18,
63:19, 64:17, 64:19,
64:24, 65:6, 65:21,
65:22, 66:12, 66:13,
66:24, 67:22, 67:23,
67:25, 69:10, 72:14,
75:5, 76:25, 78:19,

78:23, 79:16, 81:8,
83:6, 83:15, 83:19,
84:1, 84:2, 84:4,
84:12, 84:19, 85:2,
85:9, 85:12, 85:15,
86:12, 86:21, 87:19,
88:2, 88:7, 88:9,
88:17, 89:6, 89:10,
90:5, 90:8, 92:13,
92:22, 93:2, 93:8,
93:13, 93:16, 93:24,
94:23, 95:2, 95:14,
95:17, 95:19, 96:13,
96:16, 96:21, 98:1,
98:6, 98:10, 98:18,
99:2, 99:4, 101:22,
102:9, 102:21,
105:16, 106:4,
106:20, 108:25,
111:20, 113:18,
114:24, 128:14,
129:15, 130:9,
130:15
**BP-Halliburton** [1] -
55:22
**BP/Halliburton** [1] -
57:10
**BRAD** [1] - 6:23
**Brad** [2] - 12:9, 111:14
**BRANCH** [3] - 4:4,
4:15, 4:22
**breach** [2] - 114:23,
115:5
**break** [6] - 57:2, 71:3,
72:1, 72:2, 134:20
**breaks** [1] - 43:23
**breathed** [1] - 110:5
**BREIT** [3] - 2:18, 2:18,
11:20
**Breit** [1] - 11:20
**BRENNAN** [1] - 6:18
**Breton** [1] - 105:4
**Brett** [4] - 68:23, 69:6,
79:14, 129:20
**Brian** [6] - 12:9, 61:6,
87:23, 111:7,
111:14, 131:12
**BRIAN** [7] - 6:23, 12:9,
111:4, 111:10,
111:13, 118:9,
126:19
**BRIAN..................**
[1] - 9:9
**bridge** [9] - 35:7,
37:19, 38:13, 40:5,
137:11, 138:19,
140:19, 141:23
**brief** [2] - 15:20,
101:12
**briefly** [1] - 76:4

bright [1] - 131:22
bring [2] - 69:23, 105:9
bringing [2] - 45:24, 103:10
brings [1] - 19:15
broadcasting [1] - 14:23
Brock [1] - 12:1
BROCK [2] - 6:4, 12:1
broke [1] - 44:16
broken [2] - 45:10, 48:17
brought [3] - 18:8, 18:17, 69:20
Brown [1] - 43:22
BRUCE [1] - 7:19
brutally [1] - 47:18
Buddy [1] - 11:13
budget [3] - 59:2, 78:5, 109:2
BUILDING [2] - 2:15, 3:4
buildup [2] - 91:3, 91:8
built [1] - 118:21
bulletin [1] - 46:24
burden [2] - 19:1, 19:2
BURLING [1] - 6:3
burned [1] - 106:17
burning [2] - 16:12, 142:3
business [7] - 56:12, 104:2, 104:15, 104:17, 122:12, 122:15, 130:10
businesses [2] - 16:21, 102:12
button [4] - 140:25, 141:1, 141:10, 141:12
BY [44] - 1:5, 2:3, 2:7, 2:11, 2:14, 2:18, 2:22, 3:3, 3:7, 3:11, 3:14, 3:18, 3:21, 4:5, 4:10, 4:16, 4:22, 5:4, 5:10, 5:15, 5:21, 6:4, 6:7, 6:15, 6:19, 6:23, 7:3, 7:7, 7:12, 7:18, 7:24, 8:3, 8:12, 8:13, 9:5, 9:6, 9:7, 9:8, 9:9, 26:17, 71:20, 101:1, 103:7, 111:13

## C

C-224 [1] - 25:2
C.F.R [1] - 88:19
CA [2] - 4:6, 6:25

cable [1] - 43:8
cables [3] - 43:6, 43:11
calculate [1] - 142:19
calculated [1] - 58:14
Caldwell [5] - 11:13, 103:5, 107:15, 111:2, 116:9
CALDWELL [4] - 5:10, 11:13, 103:7, 107:18
CALDWELL.............
... [1] - 9:8
calendar [2] - 25:24, 26:5
CALLED [1] - 10:4
callous [1] - 86:12
callousness [1] - 101:22
Calvert [1] - 84:2
camera [1] - 15:3
Cameron [2] - 12:6, 13:3, 13:4, 13:5, 13:6, 17:5, 18:18, 19:13, 21:2, 40:25, 45:17, 48:22, 49:6, 49:7, 49:12, 49:25, 50:4, 50:6, 50:7, 50:14, 51:7, 51:11, 70:20, 108:6
CAMERON [1] - 7:11
Cameron's [5] - 48:24, 49:21, 49:22, 50:17, 108:10
CAMP [1] - 5:16
candid [1] - 47:18
candle [1] - 94:8
Canducci [3] - 33:24, 34:2, 34:4
cannot [5] - 14:15, 15:13, 29:7, 47:6, 100:13
Canyon [1] - 16:7
capital [1] - 49:2
capped [2] - 16:15, 20:17
capsizing [1] - 20:2
captain [7] - 34:8, 34:10, 34:18, 38:19, 38:20, 38:21, 140:20
Captain [6] - 34:18, 34:21, 38:14, 141:17, 141:19, 141:22
capture [1] - 106:17
car [2] - 87:13, 140:6
care [6] - 26:10, 53:25, 82:5, 105:21, 120:8, 120:19
cares [5] - 69:14, 79:17, 81:11, 86:13,

129:20
Carl [1] - 34:9
CARL [1] - 1:21
CARONDELET [1] - 2:22
CARRIE [1] - 6:8
cascading [1] - 40:7
Case [1] - 17:18
CASE [2] - 1:11, 1:14
case [33] - 10:11, 17:15, 23:3, 23:11, 26:5, 30:3, 72:24, 74:12, 75:25, 80:14, 81:20, 81:24, 81:25, 93:21, 97:10, 101:20, 103:1, 103:11, 104:14, 104:16, 105:24, 110:5, 110:11, 110:18, 114:11, 117:15, 120:18, 129:10, 129:20, 136:23, 136:24, 137:4, 141:16
cases [6] - 14:6, 17:14, 17:22, 17:23, 48:25, 98:21
cash [1] - 58:13
casing [14] - 51:18, 51:22, 52:7, 59:17, 59:21, 61:24, 85:22, 87:3, 88:15, 90:15, 90:19, 91:13, 108:2, 132:19
Castell [1] - 70:5
casualty [4] - 18:5, 18:23, 36:15, 45:9
catastrophe [7] - 16:10, 30:7, 30:25, 33:4, 34:24, 74:18, 76:1
catastrophic [3] - 28:13, 58:7, 101:14
catch [2] - 28:15, 31:10
catching [1] - 31:18
Cathy [2] - 143:3, 143:13
CATHY [1] - 8:8
Cathy_Pepper@laed .uscourts.gov [1] - 143:15
cathy_Pepper@laed. uscourts.gov [1] - 8:11
caught [1] - 28:1
causal [3] - 85:16, 88:9, 90:4
causation [5] - 83:16, 83:17, 83:21, 85:7,

89:7
caused [14] - 18:23, 60:21, 72:12, 72:21, 78:17, 82:2, 83:9, 93:18, 100:12, 101:13, 101:23, 108:5, 139:11, 139:21
causes [11] - 63:17, 66:21, 66:22, 82:20, 82:25, 83:7, 83:8, 84:10, 85:1, 85:4, 105:18
causing [4] - 18:21, 85:22, 113:25, 114:1
caution [2] - 14:17, 23:4
cautioned [1] - 39:24
caveat [1] - 22:22
CCR [2] - 8:8, 143:13
cell [1] - 14:9
cement [82] - 17:4, 51:21, 51:24, 52:1, 52:6, 52:10, 52:14, 52:16, 53:11, 53:17, 53:19, 53:22, 53:24, 54:4, 54:6, 54:7, 54:12, 54:15, 54:19, 54:21, 54:22, 55:3, 57:8, 62:4, 62:10, 62:13, 62:15, 62:23, 62:24, 69:8, 72:23, 78:14, 79:2, 79:4, 79:10, 79:18, 83:10, 84:1, 84:2, 85:17, 85:20, 85:25, 86:3, 86:5, 86:7, 86:10, 86:11, 86:17, 86:22, 87:2, 87:4, 90:12, 90:17, 96:3, 96:4, 102:4, 102:5, 106:6, 107:24, 108:2, 121:1, 121:2, 121:10, 127:14, 127:15, 127:24, 128:1, 128:3, 128:4, 128:8, 128:10, 128:13, 128:16, 128:24, 129:1, 129:2, 129:6, 130:11, 138:10, 138:11
cementing [5] - 51:14, 51:18, 52:18, 53:14, 62:12
center [7] - 42:3, 50:2, 50:11, 91:13, 139:17, 139:18, 139:20
CENTER [1] - 7:14

centers [1] - 37:23
central [3] - 88:11, 106:6
centralize [1] - 102:4
centralizers [9] - 62:6, 69:6, 69:8, 69:11, 86:14, 102:4, 127:20, 129:12, 129:14
CENTRE [1] - 6:15
CEO [6] - 41:7, 46:24, 63:11, 64:17, 65:6, 124:23
Cernich [1] - 11:12
CERNICH [2] - 4:10, 11:12
certain [7] - 17:8, 17:19, 18:6, 22:2, 23:1, 24:11, 105:6
certainly [8] - 30:19, 39:5, 63:14, 71:24, 73:14, 102:3, 105:23, 130:19
certificate [1] - 35:3
CERTIFICATE [1] - 143:1
certification [3] - 39:17, 41:12, 45:19
CERTIFIED [1] - 8:8
certified [2] - 119:25, 120:1
Certified [3] - 143:3, 143:4, 143:13
certify [1] - 143:7
CFR [1] - 108:19
chaff [1] - 110:21
chain [8] - 83:17, 85:1, 85:7, 85:13, 85:16, 88:9, 90:4, 94:18
CHAKERES [1] - 4:12
challenging [1] - 118:11
chance [1] - 96:19
CHANG [1] - 4:11
change [9] - 29:13, 41:20, 41:25, 43:4, 66:9, 67:21, 82:9, 110:15, 133:6
Change [1] - 29:18, 30:4, 57:23
changed [4] - 43:3, 98:21, 131:3, 135:11
changes [4] - 60:22, 60:25, 132:8, 132:11
changing [1] - 81:17
channeling [1] - 69:9
chaos [6] - 38:12, 61:6, 76:9, 77:6, 78:1, 106:4
characteristics [1] -

52:4

**charge** [7] - 34:12, 35:4, 55:6, 69:22, 81:15, 124:16, 141:17

**charged** [3] - 42:24, 50:15, 54:25

**chart** [2] - 27:13, 139:7

**chartered** [3] - 46:9, 46:10, 81:7

**chartering** [1] - 68:10

**CHASE** [1] - 7:4

**cheap** [1] - 42:5

**check** [4] - 44:12, 133:12, 134:25, 136:11

**checked** [3] - 42:24, 52:10, 134:21

**checking** [1] - 141:6

**Chevron** [1] - 120:2

**CHICAGO** [1] - 6:9

**chief** [1] - 38:5

**Chief** [1] - 43:22

**choice** [1] - 91:6

**choke** [1] - 32:7

**chose** [8] - 42:3, 42:9, 42:20, 43:11, 51:8, 58:22, 60:4, 80:23

**Chris** [1] - 38:18

**chronic** [3] - 31:14, 32:18, 36:17

**circulation** [5] - 62:3, 62:19, 127:18, 131:18, 131:24

**circumstances** [3] - 85:1, 94:10, 126:2

**cities** [1] - 100:20

**citizens** [2] - 101:6, 103:24

**City** [2] - 88:14, 100:20

**civil** [3] - 17:20, 19:21, 20:12

**Civil** [2] - 10:15, 10:17

**CIVIL** [3] - 1:8, 4:4, 4:15

**claim** [2] - 92:25, 141:14

**claimants** [3] - 16:19, 19:2, 20:22

**claimed** [3] - 18:18, 63:11, 83:7

**claiming** [1] - 138:15

**claims** [12] - 16:21, 18:7, 18:8, 18:10, 18:16, 18:17, 19:7, 19:8, 19:16, 21:8, 21:11, 21:14

**class** [1] - 47:15

**classroom** [1] - 121:19

**Clean** [7] - 17:21, 19:16, 19:20, 84:14, 84:21, 84:24, 85:8

**clear** [7] - 57:3, 63:23, 102:16, 104:22, 128:15, 129:1, 131:10

**clearest** [2] - 95:16, 141:24

**clearly** [6] - 30:12, 33:16, 45:20, 47:1, 47:23, 49:15

**CLERK** [5] - 10:7, 10:13, 71:7, 71:13, 142:21

**clerks** [1] - 103:11

**clients'** [1] - 103:15

**climbing** [1] - 142:7

**CLINGMAN** [2] - 6:19, 12:12

**Clingman** [2] - 12:12, 114:14

**clip** [4] - 117:22, 118:8, 126:1, 126:18

**clips** [1] - 22:2

**clock** [1] - 118:3

**clogged** [1] - 132:6

**close** [13] - 42:14, 49:8, 49:10, 69:23, 79:8, 83:3, 83:14, 87:20, 87:25, 89:18, 98:16, 115:4, 139:8

**closed** [7] - 42:16, 79:2, 79:4, 91:4, 136:11, 137:1, 139:6

**closing** [4] - 29:21, 37:11, 136:12, 137:9

**clustered** [1] - 122:21

**clutter** [1] - 68:3

**Coast** [6] - 81:22, 101:14, 102:13, 118:18, 119:11, 140:5

**coast** [2] - 105:2, 123:12

**Cocales** [5] - 68:23, 69:6, 69:13, 79:14, 82:22

**Cocales'** [1] - 129:20

**Code** [1] - 33:20

**code** [4] - 27:12, 39:11, 39:22, 43:16

**coliaison** [1] - 10:23

**collar** [7] - 78:14, 83:12, 86:25, 87:1, 87:2, 87:6, 87:9

**colleagues** [2] - 72:9, 114:14

**collected** [2] - 109:24, 110:2

**collective** [1] - 101:20

**column** [1] - 135:11

**combined** [1] - 59:25

**combustible** [1] - 37:4

**coming** [4] - 35:24, 83:11, 102:18, 137:15

**command** [4] - 34:17, 38:23, 39:3, 141:15

**commence** [1] - 44:2

**comment** [1] - 33:16

**commented** [1] - 31:17

**commenting** [2] - 14:15, 68:21

**comments** [2] - 15:23, 33:7

**COMMERCIAL** [1] - 4:22

**commissioned** [1] - 125:6

**commitment** [4] - 58:13, 58:18, 64:4, 64:5

**committed** [2] - 59:3, 114:23

**Committee** [2] - 20:23, 26:19

**common** [3] - 42:9, 50:2, 93:7

**commonly** [1] - 17:12

**communicate** [2] - 130:16, 141:3

**communication** [1] - 60:7

**communities** [2] - 81:22, 100:21

**companies** [3] - 103:25, 104:1, 120:2

**company** [28] - 38:4, 39:25, 48:2, 63:25, 64:1, 64:3, 64:6, 78:12, 81:4, 92:22, 114:19, 114:22, 117:7, 117:9, 122:8, 122:19, 123:2, 123:4, 123:7, 123:13, 123:16, 123:17, 123:24, 124:2, 124:15, 124:20, 125:7, 140:3

**COMPANY** [1] - 5:20

**company's** [3] - 64:18, 124:16, 124:23

**company-wide** [1] - 48:2

**compared** [1] - 30:21

**comparison** [1] - 113:23

**competence** [2] - 32:24, 46:15

**competency** [1] - 52:25

**competent** [1] - 34:3

**complacent** [4] - 113:9, 121:9, 123:23, 135:15

**complaint** [2] - 18:3, 18:16

**COMPLAINT** [1] - 1:12

**Complaint** [1] - 10:16

**complete** [6] - 14:1, 16:1, 57:8, 58:4, 60:21, 63:12

**completed** [2] - 44:23, 90:14

**completely** [2] - 31:22, 50:2

**Completion** [1] - 65:15

**completion** [4] - 30:21, 58:11, 62:8, 108:23

**Completions** [1] - 70:11

**completions** [1] - 65:2

**complex** [2] - 14:23, 100:8

**compliance** [1] - 39:20

**complications** [1] - 53:23

**complies** [1] - 18:6

**comply** [2] - 58:2, 127:25

**complying** [1] - 57:17

**component** [3] - 41:2, 51:6, 87:11

**components** [1] - 140:13

**compounded** [1] - 53:6

**compounding** [1] - 34:16

**comprehensive** [1] - 67:8

**compressive** [1] - 128:5

**compromised** [1] - 86:10

**COMPUTER** [1] - 8:13

**conceivably** [1] - 114:24

**concern** [1] - 127:1

**concerned** [3] - 52:22, 79:20, 103:25

**concerning** [3] - 29:8,

89:6, 95:14

**concerns** [8] - 16:4, 17:14, 52:24, 60:1, 68:22, 86:22, 88:3, 126:3

**concluded** [5] - 28:21, 29:12, 33:15, 41:18, 54:4

**concludes** [1] - 61:8

**conclusion** [5] - 13:17, 48:5, 70:13, 95:25, 98:15

**concursus** [1] - 18:11

**condemned** [1] - 130:4

**condition** [12] - 41:5, 42:15, 43:21, 44:7, 45:5, 55:19, 69:4, 118:20, 140:2, 140:3

**condition-based** [2] - 43:21, 45:5

**conditionally** [1] - 48:10

**conditions** [8] - 41:16, 42:12, 42:13, 42:18, 42:19, 42:21, 50:6, 50:12

**conduct** [12] - 13:22, 51:13, 70:22, 106:20, 113:22, 114:20, 114:21, 114:23, 115:4, 116:10, 116:11, 123:22, 123:23, 129:9

**conducted** [3] - 63:2, 63:11, 68:4

**conducting** [1] - 104:2

**conference** [2] - 15:1, 22:16

**confident** [1] - 103:24

**configuration** [1] - 41:2

**confirm** [2] - 62:24, 107:24

**confirms** [1] - 59:16

**conflict** [1] - 39:21

**confronted** [1] - 42:2

**confused** [2] - 38:16, 132:7

**confusion** [2] - 131:16, 141:15

**connection** [2] - 52:15, 57:7, 125:1

**CONRAD** [1] - 3:7

**conscious** [2] - 66:6, 117:17

**consciously** [3] - 114:19, 115:3, 137:5

**consciousness** [1] -

117:25
**consequence** [1] - 100:2
**consequences** [2] - 84:15, 109:1
**consider** [1] - 126:7
**consideration** [1] - 23:3
**considered** [6] - 54:2, 88:23, 89:4, 92:20, 95:22, 132:21
**considering** [2] - 56:12, 86:16
**consisted** [1] - 34:3
**consistent** [1] - 136:16
**consists** [1] - 82:15
**consolidated** [1] - 17:11
**constantly** [2] - 120:20, 140:14
**constitute** [3] - 15:24, 73:25, 85:3
**constituted** [3] - 39:10, 75:7, 94:12
**consuming** [2] - 27:14, 103:10
**contact** [2] - 24:4, 24:7
**contained** [2] - 54:12, 107:21
**contemporaneous** [2] - 35:12, 40:14
**contest** [1] - 63:15
**context** [4] - 15:20, 61:10, 66:12, 127:21
**Continental** [1] - 16:8
**continue** [8] - 22:20, 29:13, 42:9, 61:9, 76:12, 105:2, 105:4, 142:17
**CONTINUED** [6] - 3:1, 4:1, 5:1, 6:1, 7:1, 8:1
**continued** [7] - 32:14, 45:22, 61:13, 81:8, 104:24, 135:22, 136:3
**continues** [1] - 104:23
**continuing** [3] - 58:4, 110:8, 113:18
**continuous** [2] - 41:5, 110:20
**continuously** [3] - 16:14, 57:11, 57:12
**contract** [10] - 41:3, 52:2, 55:22, 57:7, 57:10, 57:15, 57:17, 57:25, 58:6, 115:6
**contracted** [3] - 17:2, 17:3, 17:8

**contractors** [4] - 65:11, 105:11, 105:12, 108:17
**contractual** [4] - 51:25, 57:6, 57:19, 58:3
**contractually** [1] - 51:17
**contradicted** [1] - 125:16
**contrary** [2] - 63:13, 128:7
**contrast** [1] - 115:25
**contributed** [3] - 35:16, 39:11, 45:12
**contributing** [1] - 85:1
**control** [48] - 20:2, 28:11, 29:4, 29:5, 29:7, 29:19, 29:20, 30:1, 30:9, 30:14, 30:20, 30:23, 31:3, 31:13, 31:19, 32:5, 32:9, 32:10, 33:13, 36:5, 36:22, 37:2, 37:3, 37:17, 38:4, 41:14, 72:25, 83:13, 88:20, 89:4, 102:5, 106:7, 106:19, 108:20, 119:24, 120:1, 120:15, 121:18, 121:22, 122:7, 122:12, 122:18, 123:1, 124:8, 124:9, 124:11, 125:5, 141:5
**controlled** [2] - 43:7, 63:19
**controllers** [1] - 102:5
**controls** [1] - 50:19
**convenient** [1] - 25:16
**conventional** [1] - 53:24
**conversation** [12] - 74:11, 74:13, 74:16, 94:17, 111:15, 111:19, 115:14, 115:23, 129:16, 135:3, 137:15, 138:12
**converse** [1] - 41:21
**convert** [2] - 54:21, 87:7
**converting** [1] - 87:6
**cook** [1] - 77:11
**cooperated** [1] - 51:11
**coordinated** [1] - 28:24
**copy** [1] - 139:2
**core** [2] - 114:23, 115:5

**COREY** [1] - 5:4
**Corey** [1] - 11:23
**corner** [3] - 78:9, 81:17, 122:22
**corners** [2] - 59:9, 109:2
**corporate** [7] - 75:13, 81:6, 82:20, 82:21, 84:10, 101:22, 102:9
**CORPORATE** [1] - 3:8
**CORPORATION** [1] - 7:11
**corps** [1] - 24:20
**correct** [5] - 21:3, 43:12, 66:17, 71:24, 143:7
**corrected** [3] - 40:3, 45:7, 47:16
**corrective** [1] - 123:8
**correctly** [3] - 27:8, 83:25, 95:20
**cost** [17] - 55:7, 64:10, 64:11, 65:3, 65:16, 65:19, 66:5, 68:22, 77:24, 79:10, 82:8, 104:14, 104:17, 129:6, 131:22, 132:22
**costs** [4] - 59:9, 64:21, 64:22, 65:8
**counsel** [9] - 10:19, 10:20, 13:10, 13:14, 13:20, 14:19, 21:19, 101:4, 103:19
**Counsel** [1] - 11:7
**count** [1] - 114:5
**counted** [1] - 25:10
**counter** [2] - 21:11, 21:13
**counterclaim** [1] - 18:14
**counterclaimed** [1] - 18:19
**counterclaims** [1] - 20:8
**countermand** [1] - 95:24
**counterproductive** [1] - 67:18
**counting** [1] - 97:23
**counts** [5] - 58:25, 59:1, 77:20, 77:22, 113:24
**couple** [2] - 47:8, 104:7
**course** [17] - 13:13, 14:15, 22:20, 22:24, 34:4, 36:22, 69:4, 79:23, 81:6, 81:8, 81:14, 101:7, 105:5,

105:18, 120:10, 129:9, 136:25
**courses** [2] - 119:24, 119:25
**Court** [43] - 15:25, 17:11, 17:22, 18:22, 20:11, 20:14, 20:19, 21:22, 22:6, 22:23, 23:2, 23:11, 23:23, 24:4, 24:5, 24:7, 24:10, 71:14, 72:3, 72:11, 75:10, 84:23, 90:3, 90:21, 101:2, 102:22, 103:9, 106:3, 110:4, 110:10, 110:13, 110:15, 110:16, 110:20, 111:1, 138:20, 140:9, 142:22, 143:4, 143:5, 143:6, 143:14, 143:15
**COURT** [28] - 1:1, 8:8, 10:4, 10:8, 10:10, 10:19, 11:24, 12:22, 12:25, 13:2, 13:8, 69:23, 70:1, 71:2, 71:8, 71:15, 72:5, 73:5, 73:13, 73:15, 73:19, 73:21, 100:23, 103:4, 107:15, 111:2, 111:6, 142:15
**court** [9] - 18:3, 21:20, 23:18, 24:10, 25:8, 26:2, 82:4, 103:20, 111:9
**Court's** [8] - 15:7, 15:9, 23:17, 23:24, 24:2, 24:6, 110:17
**court-maintained** [1] - 23:18
**courthouse** [5] - 14:22, 14:24, 15:5, 15:18, 105:1
**courtroom** [32] - 13:21, 14:12, 14:18, 15:4, 15:13, 15:15, 15:18, 24:21, 25:2, 25:3, 25:5, 25:8, 25:9, 25:11, 25:15, 25:19, 25:21, 38:6, 72:9, 74:15, 78:21, 80:12, 80:25, 92:7, 92:8, 99:17, 99:18, 103:11, 104:10, 110:6, 114:15
**Courtroom** [1] - 25:1
**courtrooms** [7] - 15:11, 15:19, 24:25,

25:7, 25:12, 71:8, 71:16
**courts** [1] - 18:8
**cover** [6] - 13:8, 28:11, 29:20, 30:2, 49:25, 63:12
**coveralls** [1] - 137:22
**covered** [1] - 29:22
**covering** [1] - 33:3
**COVINGTON** [1] - 6:3
**cracks** [1] - 132:1
**CRAFT** [1] - 3:3
**crane** [4] - 125:20, 126:2, 126:4, 126:5
**crawling** [1] - 142:7
**crazy** [1] - 60:17
**create** [2] - 52:3, 90:20
**created** [3] - 43:9, 53:16, 83:17
**creates** [2] - 63:25, 123:17
**credentialed** [1] - 24:22
**credit** [1] - 55:3
**Crescent** [1] - 100:20
**crew** [85] - 27:20, 27:24, 28:7, 28:14, 30:10, 31:9, 31:17, 32:23, 35:16, 35:20, 36:8, 36:14, 38:10, 39:9, 62:25, 80:24, 86:18, 95:8, 96:1, 96:23, 98:14, 113:1, 113:7, 113:15, 113:19, 114:6, 114:19, 115:3, 115:15, 115:18, 115:25, 116:5, 116:7, 116:10, 116:13, 116:14, 116:19, 116:21, 116:24, 119:8, 119:12, 119:15, 120:25, 121:1, 121:9, 121:11, 121:17, 121:21, 123:3, 123:5, 123:6, 125:13, 125:19, 126:25, 127:3, 127:9, 127:13, 128:12, 129:9, 130:10, 131:1, 133:1, 133:11, 133:13, 134:3, 134:6, 135:5, 135:15, 135:17, 136:10, 137:6, 137:10, 138:5, 138:19, 139:6, 140:19, 140:20,

140:24, 141:3,
141:4, 141:17,
141:23, 141:24,
142:8, 142:12
**crew's** [2] - 125:24,
127:1
**crewmember** [1] -
38:18
**crewmen** [6] - 93:1,
99:4, 99:8, 114:2,
115:11, 121:18
**crews** [8] - 27:20,
30:17, 32:11, 33:16,
42:1, 46:15, 109:20,
122:19
**critical** [27] - 27:1,
27:12, 32:24, 37:3,
37:20, 38:21, 40:2,
40:19, 45:25, 53:14,
62:20, 64:5, 67:19,
72:20, 72:23, 79:22,
87:11, 90:6, 90:16,
90:17, 96:16,
107:23, 108:22,
117:2, 127:24,
128:3, 138:7
**critically** [1] - 110:14
**criticized** [1] - 125:13
**cross** [4] - 18:18,
21:11, 21:13, 110:14
**cross-claimed** [1] -
18:18
**cross-examination** [1]
- 110:14
**crosscclaim** [1] - 18:13
**crosscclaims** [1] - 20:7
**crown** [1] - 137:16
**CRR** [2] - 8:8, 143:13
**crucial** [2] - 110:10,
113:11
**crude** [1] - 136:24
**culpability** [1] - 63:9
**culture** [29] - 33:6,
46:20, 47:10, 47:22,
48:17, 63:20, 63:25,
65:21, 65:23, 65:24,
66:2, 66:3, 66:5,
67:23, 75:13, 77:25,
78:23, 79:16, 81:6,
82:20, 101:22,
102:9, 105:5,
105:17, 105:18,
122:9, 127:6
**Cunningham** [2] -
10:24, 123:10
**CUNNINGHAM** [3] -
2:10, 2:11, 10:24
**cure** [1] - 62:13
**current** [2] - 15:22,
44:6

**Curtis** [6] - 116:19,
117:11, 119:23,
121:14, 137:15,
137:17
**customary** [1] - 14:6
**cut** [8] - 59:8, 64:20,
65:7, 65:14, 78:9,
109:2, 139:18, 141:7
**cuts** [2] - 82:9, 141:7
**cutters** [1] - 82:8
**cutting** [4] - 42:4,
49:24, 59:9, 64:11,
65:16, 65:19, 66:5,
128:19

# D

**D-Air** [1] - 54:13
**dad** [1] - 28:1
**DALLAS** [1] - 7:21
**damage** [1] - 100:8
**damaged** [1] - 104:21
**damages** [7] - 17:19,
20:10, 100:11,
101:10, 101:14,
102:24, 106:1
**dampers** [1] - 37:11
**dance** [2] - 76:16, 77:4
**dancing** [1] - 76:22
**danger** [3] - 43:5,
114:20, 115:3
**dangerous** [1] - 72:22
**dangers** [1] - 81:2
**DANIEL** [1] - 4:22
**data** [3] - 135:8, 135:9,
135:11
**date** [4] - 15:9, 23:8,
109:17, 119:24
**DAUPHIN** [1] - 2:11
**David** [10] - 12:6, 13:4,
54:16, 57:14, 60:3,
60:23, 60:24, 75:20,
132:15, 132:16
**DAVID** [2] - 7:12, 7:12
**DAY** [1] - 1:19
**days** [25] - 16:12,
39:15, 45:14, 58:22,
60:24, 60:25, 61:11,
61:15, 62:2, 69:5,
72:8, 74:19, 75:23,
76:11, 78:10, 78:13,
79:12, 80:21, 82:24,
104:7, 120:23,
121:12, 129:7
**dazed** [1] - 38:15
**DC** [4] - 4:13, 4:19,
4:24, 6:5
**dead** [6] - 50:16,
50:22, 51:1, 51:3,

108:12
**deadly** [2] - 93:15,
97:8
**deal** [4] - 72:24, 90:21,
101:9, 130:8
**dealing** [1] - 78:14
**DEANNA** [1] - 4:11
**death** [2] - 82:1, 142:6
**death-defying** [1] -
142:6
**deaths** [7] - 35:17,
79:13, 81:20, 90:10,
100:11, 107:8, 114:1
**December** [4] - 30:14,
31:23, 47:8, 109:25
**decide** [2] - 20:15,
72:11, 114:17
**decided** [2] - 26:6,
129:5
**deciding** [1] - 141:20
**decision** [5] - 53:3,
74:3, 80:19, 93:15,
94:4
**decisions** [15] - 23:3,
49:6, 61:21, 65:9,
72:20, 72:22, 72:25,
73:3, 73:23, 73:25,
74:2, 78:12, 78:16,
127:20, 129:7
**decisive** [1] - 39:9
**decisively** [1] - 138:5
**declare** [1] - 74:3
**declared** [5] - 31:2,
83:1, 94:1, 111:23,
133:15
**decorum** [1] - 14:13
**deemed** [3] - 108:4,
114:20, 114:22
**deep** [1] - 101:25
**deep-water** [1] -
101:25
**deeper** [2] - 77:14,
82:20
**deepwater** [2] - 69:17,
81:18
**DEEPWATER** [3] -
1:5, 6:13, 6:14
**Deepwater** [82] -
10:14, 16:5, 17:1,
17:6, 20:3, 26:22,
27:20, 28:14, 28:19,
30:25, 31:2, 31:3,
31:10, 32:25, 33:25,
34:5, 34:8, 34:17,
35:17, 36:8, 36:14,
39:7, 39:15, 40:17,
40:20, 41:1, 41:8,
43:17, 44:1, 44:6,
44:8, 44:10, 45:16,
45:23, 46:2, 46:7,

46:9, 46:10, 48:13,
48:19, 48:20, 54:8,
54:10, 55:5, 56:5,
59:3, 59:16, 66:11,
67:3, 67:14, 67:23,
68:5, 68:10, 68:21,
69:7, 70:14, 72:7,
77:10, 80:22, 83:4,
83:7, 88:16, 95:1,
98:2, 100:12,
106:12, 106:25,
111:16, 114:3,
117:4, 117:9,
117:13, 118:1,
118:9, 118:21,
118:25, 120:23,
121:8, 125:12,
126:25, 127:3, 127:6
**deer** [1] - 38:15
**deer-in-the-
headlights** [1] -
38:15
**default** [1] - 136:17
**defendant** [1] - 99:17
**defendants** [10] -
11:25, 16:23, 19:14,
20:8, 21:8, 21:11,
21:12, 101:9,
108:21, 114:11
**defendants'** [1] -
70:22
**Defense** [1] - 140:4
**defense** [3] - 40:24,
72:10, 90:2
**defenses** [3] - 20:6,
21:10, 21:13
**deficiencies** [4] -
45:8, 45:12, 45:15,
47:16
**deficient** [3] - 45:7,
47:13, 122:9
**definition** [1] - 48:5
**defoamer** [4] - 54:13,
54:14, 54:18, 54:22
**defoaming** [1] -
107:21
**defying** [1] - 142:6
**DeGravelles** [1] - 11:3
**DEGRAVELLES** [3] -
3:14, 3:14, 11:3
**degree** [2] - 110:19,
127:5
**delayed** [2] - 78:17,
108:23
**delays** [1] - 79:10
**DELEMARRE** [1] -
4:16
**deliberate** [1] - 115:4
**deliberately** [1] -
114:22

**demand** [1] - 69:13
**demanded** [1] - 69:10
**demands** [1] - 33:16
**demonstrate** [3] -
70:24, 73:3, 73:24
**demonstrated** [2] -
30:10, 81:10
**demonstrating** [1] -
31:11
**denied** [1] - 70:23
**denies** [1] - 70:6
**DENISE** [1] - 8:4
**Denise** [1] - 12:20
**deny** [1] - 37:14
**Department** [1] -
140:4
**DEPARTMENT** [4] -
4:4, 4:8, 4:15, 4:21
**department** [1] - 44:25
**departure** [2] - 27:9,
28:4
**deposed** [1] - 21:18
**deposition** [9] - 21:23,
22:17, 23:13, 77:8,
92:10, 103:7,
117:20, 119:3,
142:11
**depositions** [5] -
21:21, 22:2, 22:9,
110:12, 117:15
**depth** [2] - 59:17,
61:14
**DEPUTY** [5] - 10:7,
10:13, 71:7, 71:13,
142:21
**describe** [6] - 27:8,
65:2, 76:18, 78:2,
90:23, 96:4
**described** [8] - 27:13,
51:14, 52:17, 60:16,
76:8, 98:24, 127:17,
127:21
**describing** [1] - 85:8
**description** [1] - 15:25
**descriptions** [1] -
101:17
**Design** [3] - 57:9,
57:22, 58:6
**design** [13] - 40:16,
41:1, 46:6, 51:8,
51:11, 51:17, 72:23,
79:2, 87:10, 87:14,
87:16, 96:3, 130:25
**designated** [2] -
33:21, 33:24
**designed** [11] - 35:25,
37:3, 49:10, 53:17,
54:4, 54:19, 61:25,
72:18, 108:8, 121:2,
141:2

designing [1] - 54:6
despite [15] - 27:22,
32:14, 34:11, 52:10,
62:24, 68:11, 72:14,
74:18, 88:2, 88:18,
89:23, 90:11, 94:2,
128:9
destabilizes [1] -
54:14
destroyed [2] - 36:15,
102:12
destructive [1] - 81:19
Det [1] - 39:18
detail [2] - 101:7,
106:9
details [3] - 52:6,
138:21, 138:22
detect [1] - 28:22
detected [6] - 27:15,
30:12, 122:22,
125:13, 125:17,
133:3
detecting [1] - 122:19
detection [4] - 31:13,
32:12, 35:13, 37:4
detections [1] - 40:14
deteriorated [1] - 29:1
determination [1] -
20:1
determine [6] - 18:22,
20:11, 46:12, 90:17,
110:18, 127:15
determined [5] -
19:22, 20:11, 29:17,
135:18, 139:13
devastated [1] -
102:17
devastation [2] -
81:21, 101:8
development [1] -
56:1
deviant [1] - 114:22
deviate [1] - 81:5
device [2] - 15:4, 87:8
devices [1] - 14:10
Dewey [4] - 99:20,
117:8, 119:23,
121:14
DEXTER [1] - 5:5
Dick [1] - 88:6
dictate [1] - 36:3
died [6] - 49:8, 99:25,
116:16, 116:25,
117:1
different [16] - 46:22,
48:6, 87:7, 90:4,
90:23, 120:11,
123:13, 129:8,
133:20, 133:23,
133:24, 133:25,

134:2, 134:4,
135:24, 135:25
differential [1] - 92:23
difficult [1] - 127:12
difficulties [1] - 47:25
diminish [1] - 63:9
dip [1] - 136:5
dire [1] - 66:7
direct [3] - 22:15,
83:17, 110:14
directed [1] - 65:16
directions [1] - 38:13
directives [2] - 64:20,
65:5
directly [7] - 25:2,
35:16, 48:19, 63:19,
66:14, 75:18, 100:5
director [2] - 65:10,
65:12
Director [3] - 47:23,
48:24, 49:21
disaster [42] - 28:19,
30:13, 31:9, 32:19,
35:11, 39:12, 40:18,
43:24, 45:11, 46:21,
48:19, 60:18, 60:24,
61:11, 61:16, 62:1,
63:7, 63:16, 66:19,
67:1, 67:3, 67:20,
69:18, 70:7, 70:11,
72:15, 72:21, 75:12,
79:1, 83:18, 98:3,
99:18, 103:1,
104:21, 104:23,
105:14, 106:6,
107:9, 108:5,
108:24, 109:5, 142:1
disasters [4] - 64:9,
66:21, 67:5, 67:15
disastrous [2] - 95:25,
96:20
discharge [1] - 19:21
discharged [2] -
16:14, 19:23
discharger [1] - 19:23
discharging [1] -
114:5
disciplined [1] - 28:24
disclose [2] - 60:10,
60:11
disconnect [7] -
34:14, 34:19, 34:24,
38:19, 38:22, 39:4,
140:21
discover [2] - 26:24,
27:18
discovered [5] - 68:5,
83:25, 88:24, 93:9,
109:10
discuss [2] - 17:18,

28:11
discussed [3] - 33:5,
120:24, 120:25
discussions [1] -
61:18
disingenuous [1] -
86:1
displace [2] - 131:14,
132:3
displaced [3] - 62:14,
62:16, 94:4
displacement [7] -
27:6, 63:3, 108:15,
113:2, 115:16,
128:10, 128:12
displacements [1] -
30:24
dispose [1] - 131:19
dispute [1] - 139:14
disputes [1] - 46:1
disregard [2] - 66:6,
75:13, 115:16
disregarded [1] -
92:23
disrespects [1] -
140:22
distance [1] - 88:13
distillate [1] - 42:13
distorting [2] -
138:15, 138:16
District [3] - 143:6,
143:15
DISTRICT [3] - 1:1,
1:2, 1:22
district [1] - 25:8
diversion [1] - 36:5
divert [4] - 36:8,
136:17, 136:19,
136:25
diverted [1] - 136:14
diverter [10] - 29:22,
29:25, 30:2, 35:21,
36:4, 36:9, 36:13,
36:17, 136:15,
136:17
diverting [1] - 35:20
dividend [1] - 58:16
dividends [1] - 58:13
DIVISION [3] - 4:4,
4:9, 4:15
division [4] - 47:18,
51:19, 56:4, 123:13
Division [2] - 57:14,
58:15
DNV [5] - 39:18,
39:22, 39:24,
138:24, 139:18
Document [1] - 15:8
document [7] - 75:24,
97:5, 124:7, 124:15,

128:21, 129:17,
133:16
DOCUMENT [1] - 1:10
documented [1] -
106:23
documents [5] -
94:14, 95:3, 110:12,
128:17, 131:10
DOJ's [1] - 112:18
dollars [14] - 45:23,
58:20, 59:1, 64:20,
77:20, 77:22, 78:6,
78:7, 78:10, 79:11,
79:19, 80:11, 82:11,
119:19
DOMENGEAUX [1] -
2:3
DOMINION [1] - 3:4
DON [1] - 5:21
Don [10] - 12:5, 12:14,
74:10, 111:19,
112:14, 116:12,
121:14, 133:7,
133:9, 134:23
DONALD [1] - 7:18
done [23] - 23:9,
30:24, 38:6, 39:1,
56:8, 66:17, 69:14,
79:17, 81:11, 86:13,
90:9, 97:14, 98:1,
112:13, 112:20,
115:17, 120:11,
120:12, 126:13,
129:21, 131:15,
138:2
door [1] - 105:1
doors [1] - 14:12
double [1] - 42:8
double-blind [1] -
42:8
doubling [1] - 44:23
doubt [4] - 32:7,
92:19, 99:16
Doug [1] - 43:22
DOUGLAS [1] - 5:15
down [26] - 37:13,
44:25, 55:13, 56:24,
58:12, 75:2, 76:25,
77:4, 79:7, 80:7,
97:23, 112:2,
112:20, 113:9,
126:4, 133:10,
133:11, 133:19,
133:22, 133:23,
135:17, 135:25,
136:2, 136:5, 136:9,
141:12
downhole [1] - 55:19
Doyen [2] - 12:10,
114:14

DOYEN [2] - 6:23,
12:10
DPO [2] - 35:5, 40:10
Dr [14] - 55:24, 60:9,
64:5, 64:8, 65:23,
66:14, 66:17, 66:20,
69:16, 70:2, 79:21,
80:1, 84:2, 92:13
DRESCHER [1] - 2:18
drift [1] - 139:12
drifting [1] - 141:8
drill [61] - 17:2, 27:6,
28:7, 28:23, 30:16,
31:6, 31:17, 32:11,
40:9, 41:20, 41:23,
46:11, 46:12, 49:7,
50:1, 50:19, 59:4,
78:6, 91:10, 91:12,
92:17, 94:2, 95:9,
95:10, 96:12,
104:18, 112:15,
112:25, 113:5,
113:7, 113:13,
113:15, 113:19,
114:19, 116:19,
116:20, 116:24,
119:22, 120:22,
120:24, 121:16,
123:6, 125:12,
130:10, 133:2,
133:4, 133:22,
134:1, 134:9,
134:21, 134:24,
135:4, 135:20,
135:23, 135:25,
136:4, 136:8, 141:3,
141:4
drilled [5] - 16:7,
59:22, 70:9, 80:4,
118:10
driller [11] - 28:8,
50:24, 75:2, 75:3,
97:1, 99:19, 117:8,
117:11, 126:3,
134:18
drillers [1] - 33:2
Drilling [7] - 53:2,
65:15, 69:2, 70:3,
70:11, 74:9, 120:3
DRILLING [1] - 6:13
drilling [35] - 16:5,
17:9, 30:21, 31:21,
41:3, 42:1, 48:20,
48:25, 56:6, 58:23,
59:19, 60:14, 65:1,
67:13, 68:1, 69:17,
70:6, 72:22, 79:23,
79:25, 80:1, 80:2,
80:4, 80:9, 81:18,
84:1, 88:6, 89:24,

92:13, 93:6, 95:15, 113:3, 119:4, 121:24
**drills** [1] - 120:21
**drinks** [1] - 14:18
**DRIVE** [2] - 3:4, 3:8
**drive** [1] - 44:12
**driven** [1] - 66:2
**driving** [4] - 58:20, 61:5, 68:12, 76:9
**drop** [1] - 110:7
**drove** [4] - 58:10, 77:19, 77:23, 78:1
**drydocking** [1] - 43:17
**dual** [4] - 34:17, 38:23, 39:3, 141:15
**due** [9] - 30:16, 32:1, 45:1, 49:5, 49:6, 52:13, 101:7, 102:9, 121:2
**dug** [1] - 118:12
**Duke** [1] - 10:25
**dump** [1] - 131:25
**duplicate** [1] - 101:19
**during** [36] - 10:20, 14:14, 14:16, 19:10, 21:5, 21:23, 22:8, 22:12, 22:24, 22:25, 24:12, 24:16, 29:21, 30:13, 30:20, 38:21, 43:18, 61:20, 63:3, 65:4, 78:13, 81:14, 82:24, 84:22, 85:21, 85:22, 91:3, 97:20, 99:5, 113:9, 121:1, 134:24, 135:2, 140:16, 140:17
**duties** [1] - 108:18
**duty** [7] - 46:11, 56:15, 86:20, 116:15, 116:16, 137:11
**dynamic** [12] - 35:5, 35:9, 40:7, 40:10, 42:12, 42:15, 42:18, 42:19, 42:21, 50:5, 50:11
**dysfunctional** [1] - 39:3

## E

**e-mail** [14] - 29:3, 68:2, 76:3, 77:2, 78:15, 79:14, 82:22, 86:13, 124:5, 129:20, 129:22, 131:12, 132:10, 132:18
**e-mailed** [1] - 69:13
**e-mails** [1] - 81:12,

82:22, 124:13, 129:19
**early** [3] - 42:6, 61:19, 112:1
**earth** [1] - 59:11
**easel** [1] - 111:5
**easier** [1] - 135:12
**easiest** [2] - 78:3, 82:2
**easily** [2] - 42:5
**Easter** [2] - 26:3, 26:7
**EASTERN** [1] - 1:2
**Eastern** [1] - 143:6
**ecological** [1] - 107:9
**ecology** [1] - 104:22
**economic** [3] - 81:21, 101:8, 107:8
**economy** [1] - 104:22
**ecosystem** [2] - 100:8, 105:10
**edge** [2] - 79:2, 96:3
**EDS** [4] - 140:25, 141:6, 141:10, 141:20
**EDWARDS** [1] - 2:3
**effect** [5] - 64:6, 92:24, 93:13, 93:22, 132:5
**effective** [5] - 29:11, 63:24, 64:2, 65:20, 67:17
**effectively** [1] - 28:22, 57:24
**efficiency** [1] - 58:20
**efficient** [1] - 41:5
**effort** [4] - 67:6, 103:12, 113:19, 124:25
**efforts** [5] - 20:16, 27:16, 101:19, 103:10, 122:25
**Egypt** [1] - 123:12
**eight** [1] - 115:23
**eight-minute** [1] - 115:23
**either** [12] - 14:10, 31:21, 34:15, 34:25, 37:25, 41:19, 49:18, 56:2, 77:4, 88:16, 91:7, 98:1
**ejection** [1] - 15:4
**ejector** [2] - 141:1, 141:11
**electronic** [2] - 14:10, 22:10
**electronics** [1] - 38:5
**elements** [1] - 91:7
**elevated** [2] - 105:20, 105:21
**eleven** [8] - 16:10, 74:17, 74:21, 75:25,

79:13, 113:24, 114:1
**eliminate** [1] - 65:9
**eliminated** [1] - 65:18
**eliminating** [1] - 65:11
**ELIZABETH** [1] - 4:23
**ELLIS** [1] - 6:7
**ELM** [1] - 7:21
**Elmer's** [1] - 109:21
**eloquently** [1] - 93:23
**embedded** [2] - 52:17, 53:4
**emergency** [22] - 34:14, 34:19, 34:23, 36:2, 36:9, 36:12, 37:6, 37:8, 38:9, 38:11, 38:19, 38:22, 39:4, 49:1, 50:20, 51:4, 51:5, 89:12, 108:7, 108:11, 141:16, 141:21
**emission** [1] - 84:9
**emphasis** [3] - 54:14, 57:11, 64:9
**employed** [2] - 99:10, 114:19
**employee** [1] - 68:2
**employees** [4] - 46:25, 55:11, 107:3, 107:5
**employer** [1] - 114:3
**enacted** [1] - 38:14
**encounter** [1] - 42:3
**encourage** [1] - 15:10
**encouraged** [3] - 63:20, 80:18, 124:22
**end** [17] - 31:23, 61:2, 69:14, 76:5, 79:15, 79:17, 82:4, 98:6, 100:16, 102:22, 116:19, 127:10, 129:21, 130:24, 132:9, 132:12, 142:8
**endanger** [2] - 31:6, 107:4
**ended** [5] - 62:7, 98:9, 98:22, 118:8, 126:18
**ends** [1] - 113:23
**ENERGY** [2] - 6:15, 7:17
**ENFORCEMENT** [1] - 4:9
**engaging** [1] - 67:17
**engine** [1] - 37:9
**engineer** [13] - 27:7, 52:16, 68:23, 69:6, 69:14, 76:9, 76:17, 78:25, 79:13, 87:23, 95:15, 111:21, 115:13
**Engineer** [2] - 53:2, 69:2, 74:9

**Engineering** [3] - 47:9, 48:25, 49:21
**engineering** [8] - 44:25, 60:3, 61:5, 63:22, 66:14, 68:1, 93:6, 132:9
**engineers** [3] - 52:24, 112:4, 112:22
**engines** [2] - 37:12, 37:14
**engulfed** [1] - 36:11
**ensuing** [2] - 20:2, 35:18
**ensure** [3] - 30:4, 41:4, 89:17
**enter** [1] - 98:11
**entered** [1] - 113:22
**entering** [3] - 37:9, 37:12, 49:19
**enterprise** [1] - 69:17
**entire** [7] - 36:11, 43:18, 49:25, 64:24, 75:25, 103:12, 108:24
**entirely** [5] - 16:1, 70:12, 123:13, 124:7, 141:21
**entities** [2] - 16:21, 17:16
**entitled** [2] - 19:6, 143:9
**entity** [1] - 33:1
**entrepreneurial** [1] - 65:23
**entrust** [1] - 117:18
**entrusted** [1] - 34:6
**ENVIRONMENT** [1] - 4:9
**Environment** [1] - 48:9
**environment** [11] - 31:7, 39:10, 40:23, 49:3, 50:12, 77:18, 89:14, 100:4, 100:19, 102:11, 106:14
**ENVIRONMENTAL** [1] - 4:9
**environmental** [5] - 81:21, 98:3, 101:8, 108:24, 136:18
**epitomized** [1] - 86:12
**equal** [2] - 18:4, 86:4
**equaling** [1] - 106:24
**equate** [1] - 116:9
**equipment** [24] - 35:6, 35:20, 40:20, 40:22, 41:9, 41:10, 41:22, 44:11, 44:15, 44:17, 44:19, 45:25, 46:2,

47:20, 49:2, 67:19, 87:11, 89:17, 90:1, 116:24, 119:17, 119:18, 124:10, 141:2
**equivocation** [1] - 93:9
**erroneously** [1] - 108:10
**escaped** [1] - 20:16
**ESD** [1] - 37:8
**especially** [6] - 28:18, 46:7, 74:2, 80:21, 105:3, 106:9
**ESQ** [55] - 2:3, 2:7, 2:11, 2:14, 2:18, 2:22, 3:3, 3:7, 3:11, 3:14, 3:18, 3:21, 4:5, 4:10, 4:10, 4:11, 4:11, 4:12, 4:16, 4:16, 4:17, 4:17, 4:18, 4:22, 4:23, 4:23, 5:4, 5:5, 5:15, 5:15, 5:21, 6:4, 6:7, 6:8, 6:8, 6:15, 6:19, 6:19, 6:23, 6:23, 6:24, 7:3, 7:7, 7:12, 7:12, 7:13, 7:13, 7:18, 7:19, 7:19, 7:20, 7:24, 8:3, 8:4, 8:4
**essay** [1] - 91:7
**essence** [1] - 37:21
**essential** [2] - 46:2, 57:23
**essentially** [1] - 55:17
**establish** [9] - 15:23, 35:14, 40:21, 58:1, 85:11, 89:20, 94:9, 96:15, 115:5
**establishes** [1] - 130:22
**estimated** [1] - 13:25
**et** [2] - 10:16, 10:18
**ET** [2] - 1:13, 1:15
**etcetera** [1] - 20:8
**evacuated** [1] - 31:22
**evening** [1] - 139:6
**event** [12] - 28:16, 30:9, 31:24, 36:5, 89:5, 103:17, 104:13, 110:15, 123:9, 123:12, 130:8
**events** [18] - 17:11, 28:19, 29:4, 29:9, 31:3, 32:3, 32:10, 35:16, 64:4, 82:24, 94:18, 122:7, 122:18, 123:1, 123:15, 124:3,

124:11, 125:6
**evidence** [195] - 13:14,
13:16, 15:12, 15:16,
20:14, 21:7, 21:9,
21:13, 21:16, 21:17,
21:24, 22:14, 22:23,
23:2, 23:10, 25:20,
26:23, 27:17, 27:22,
28:2, 28:16, 32:22,
34:21, 35:14, 35:19,
36:7, 36:12, 36:17,
36:20, 39:6, 40:21,
41:17, 41:22, 45:9,
46:11, 46:19, 47:14,
48:14, 48:18, 49:4,
49:14, 49:16, 50:4,
51:16, 52:12, 52:19,
53:16, 54:1, 54:22,
55:10, 55:16, 56:3,
56:12, 56:19, 56:25,
57:16, 57:20, 58:1,
58:5, 58:14, 59:7,
60:11, 61:20, 63:6,
63:9, 63:18, 64:14,
64:19, 65:21, 66:4,
66:8, 67:12, 67:21,
67:25, 68:9, 69:11,
70:14, 70:19, 70:21,
70:23, 72:10, 72:13,
72:20, 74:6, 74:20,
74:25, 75:5, 75:10,
75:12, 75:15, 75:19,
75:24, 76:14, 76:24,
77:3, 77:12, 77:16,
77:21, 78:4, 78:16,
78:19, 78:24, 79:6,
79:9, 79:12, 79:20,
80:3, 80:15, 80:22,
81:9, 81:25, 82:7,
82:23, 82:25, 83:5,
83:19, 84:11, 84:17,
84:18, 84:22, 84:24,
85:11, 86:2, 86:9,
86:22, 87:22, 88:2,
88:11, 88:22, 89:1,
89:6, 89:20, 90:3,
90:5, 90:13, 90:24,
91:9, 91:22, 91:25,
92:9, 92:16, 92:21,
93:12, 93:13, 93:17,
93:24, 94:3, 94:9,
94:12, 94:23, 95:6,
95:14, 95:17, 95:19,
95:23, 96:2, 96:8,
96:11, 96:15, 96:22,
96:25, 97:3, 97:4,
97:11, 97:18, 97:25,
98:8, 98:10, 98:18,
98:23, 99:6, 99:15,
100:15, 101:24,
102:10, 102:16,

105:24, 107:8,
107:12, 108:1,
115:2, 116:23,
120:18, 123:4,
125:16, 125:17,
127:24, 128:5,
136:22, 136:24,
138:4, 138:24,
139:5, 139:24, 140:9
**exact** [1] - 94:22
**exactly** [7] - 81:19,
92:5, 97:24, 134:13,
135:6, 135:7, 136:23
**exam** [1] - 91:7
**examination** [2] -
22:15, 110:14
**examinations** [1] -
21:20
**examine** [1] - 84:23
**example** [14] - 15:25,
16:18, 29:5, 78:3,
78:22, 78:23, 83:10,
83:24, 91:12,
104:18, 120:22,
121:17, 123:9
**examples** [1] - 61:23
**exceed** [1] - 122:24
**exceeding** [2] - 27:13,
27:14
**exceedingly** [1] - 91:6
**excellent** [1] - 118:19
**except** [3] - 54:2, 54:3,
55:18
**exception** [2] - 14:19,
93:5
**exceptionally** [1] -
127:12
**exchange** [1] - 95:13
**exclude** [2] - 23:2,
66:10
**excluded** [1] - 23:8
**exclusively** [1] -
118:22
**excuse** [4] - 61:10,
73:7, 107:15, 128:19
**execute** [1] - 82:8
**executing** [2] - 47:2,
104:6
**execution** [1] - 51:18
**executive** [12] - 39:13,
40:2, 59:7, 63:7,
63:18, 64:12, 64:19,
66:8, 67:7, 67:20,
93:20, 124:16
**executives** [1] - 46:24
**exhaustive** [1] -
103:10
**Exhibit** [1] - 82:14
**exhibit** [3] - 23:6,
82:18, 111:5

**exhibits** [6] - 22:3,
22:9, 22:18, 22:25,
23:13, 23:14
**exist** [1] - 76:20
**existence** [1] - 43:18
**existing** [2] - 38:23,
67:9
**exoneration** [3] - 18:3,
20:6, 21:10
**expect** [5] - 14:13,
92:14, 92:25, 121:6,
128:14
**expected** [5] - 13:24,
26:1, 58:25, 93:10,
93:20
**expecting** [1] - 48:6
**expects** [1] - 110:16
**expensive** [1] - 59:5
**experience** [2] -
117:9, 118:17
**experienced** [3] -
32:17, 47:25, 116:21
**experiences** [1] - 47:5
**experiencing** [1] -
44:10
**experimental** [1] -
62:18
**expert** [26] - 22:13,
23:13, 27:7, 27:25,
34:1, 43:19, 52:18,
54:3, 54:16, 55:24,
60:3, 63:22, 65:25,
66:14, 84:2, 84:4,
86:12, 88:6, 92:7,
92:13, 112:18,
120:7, 130:14
**expert's** [1] - 22:14
**expertise** [1] - 53:25
**experts** [4] - 93:4,
120:4, 134:10,
138:23
**explain** [10] - 13:22,
64:8, 66:17, 66:20,
69:16, 70:2, 80:1,
87:5, 91:5, 93:22
**explained** [3] - 82:2,
93:16, 112:12
**explains** [2] - 75:24,
111:16
**explanation** [1] -
29:25
**exploded** [3] - 74:7,
89:2, 98:21
**EXPLORATION** [2] -
1:15, 5:19
**Exploration** [5] -
10:18, 58:15, 58:19,
59:16, 65:7
**exploratory** [1] - 16:7
**explosion** [14] - 16:4,

20:2, 35:17, 38:17,
43:10, 43:11, 45:13,
94:16, 101:13,
137:24, 139:11,
139:13, 142:3, 142:9
**explosions** [3] - 74:5,
82:1, 94:7
**explosive** [2] - 97:23,
98:11
**exposed** [1] - 33:10
**express** [1] - 58:3
**extend** [1] - 67:13
**extensive** [1] - 140:10
**extent** [1] - 105:7
**extra** [5] - 54:25, 69:6,
69:8, 69:11, 80:18
**extraordinary** [2] -
75:23, 130:12
**extreme** [3] - 27:9,
28:3, 139:17
**Exxon** [1] - 120:2
**Ezell** [3] - 31:1,
137:13, 137:22
**Ezell's** [1] - 137:14

---

## F

**F-16** [2] - 141:1,
141:12
**face** [2] - 112:23,
113:5
**fact** [36] - 22:17, 31:8,
31:17, 33:1, 40:7,
43:14, 45:19, 49:15,
53:2, 53:12, 54:16,
55:3, 55:24, 67:2,
68:1, 77:7, 86:2,
92:6, 93:10, 94:13,
97:4, 97:12, 99:24,
102:1, 116:9,
121:10, 121:14,
125:16, 127:16,
131:10, 134:3,
136:24, 139:7,
139:22, 139:23,
139:25
**factors** [2] - 19:22,
67:15
**facts** [6] - 101:18,
113:18, 115:8,
115:16, 128:25,
138:15
**factual** [1] - 84:17
**fail** [9] - 40:23, 49:3,
49:21, 51:6, 87:11,
89:15, 121:10,
127:14, 130:11
**failed** [35] - 26:24,
31:10, 32:23, 36:8,

38:8, 40:6, 40:8,
40:11, 43:12, 46:20,
49:5, 51:6, 55:11,
55:18, 55:22, 56:2,
58:2, 60:10, 62:3,
62:8, 63:16, 67:14,
74:23, 83:3, 83:12,
84:1, 97:13, 106:7,
106:13, 107:23,
108:1, 108:22,
127:16, 129:1,
140:21
**failing** [3] - 67:13,
67:16, 67:18
**failure** [28] - 27:8,
27:17, 27:19, 28:13,
30:17, 32:11, 35:15,
36:18, 42:7, 42:12,
42:17, 43:9, 51:7,
52:13, 62:24, 64:11,
69:16, 75:6, 83:10,
83:11, 83:13, 83:14,
89:8, 91:8, 92:2,
106:19, 130:8,
133:20
**failures** [7] - 30:11,
33:9, 44:18, 74:18,
82:4, 84:11, 90:4
**fairness** [1] - 51:10
**faith** [1] - 128:16
**fall** [1] - 45:4
**Fall** [1] - 125:4
**falling** [2] - 124:10
**falsely** [1] - 60:12
**families** [2] - 100:17,
119:20
**famous** [1] - 129:19
**FANNIN** [1] - 6:20
**far** [14] - 28:20, 52:21,
72:15, 77:14, 83:11,
83:14, 94:11, 94:13,
103:17, 103:25,
120:19, 132:2,
135:15
**fast** [2] - 38:9, 49:8
**fatalities** [1] - 46:22
**fateful** [3] - 32:16,
35:11, 37:22
**Faul** [1] - 53:12
**fault** [6] - 18:21,
19:25, 72:15, 99:4,
101:13, 102:21
**faults** [1] - 99:25
**feared** [1] - 80:5
**feature** [1] - 106:6
**February** [3] - 23:23,
29:16, 140:11
**FEBRUARY** [2] - 1:9,
10:2
**federal** [8] - 14:22,

14:24, 16:24, 18:2,
18:3, 79:22, 88:18,
89:16
**feed** [1] - 25:20
**feedback** [2] - 43:7,
60:5
**feeds** [1] - 15:12
**feet** [14] - 31:5, 42:25,
50:18, 59:10, 59:11,
59:12, 62:16, 88:13,
88:14, 88:15,
118:12, 133:22,
133:23, 141:13
**felt** [3] - 56:10, 124:19,
127:3
**few** [10] - 13:9, 13:21,
21:17, 59:23, 76:16,
82:24, 117:12,
126:23, 138:18,
140:18
**fewer** [3] - 55:20,
58:22, 86:14
**field** [1] - 40:24
**fifth** [1] - 88:9
**Fifth** [3] - 62:11,
74:11, 87:24
**fifths** [1] - 135:10
**fighting** [1] - 116:16
**figure** [1] - 113:11
**figured** [1] - 25:10
**file** [1] - 18:2
**filed** [3] - 16:21, 18:15,
18:16
**filing** [1] - 22:17
**fill** [1] - 87:13
**filled** [1] - 97:10
**final** [10] - 52:6, 53:10,
79:1, 80:21, 89:11,
91:9, 93:25, 95:15,
96:11, 107:2
**finally** [12] - 21:17,
38:20, 61:1, 63:2,
70:21, 76:5, 88:16,
91:18, 102:18,
109:4, 110:4, 132:11
**financial** [4] - 58:10,
59:8, 59:25, 64:18
**findings** [2] - 15:24,
126:23
**fine** [7] - 69:15, 79:18,
81:11, 82:18, 86:13,
119:15, 129:21
**fines** [2] - 15:3, 20:12
**finish** [1] - 46:9
**finished** [3] - 76:11,
76:21, 134:8
**fire** [5] - 16:4, 20:2,
37:6, 53:3, 142:2
**fireball** [1] - 74:8
**FIRM** [2] - 3:10, 3:21

**first** [23] - 13:19,
13:24, 14:1, 21:6,
22:16, 24:23, 39:15,
48:13, 49:24, 56:23,
65:9, 74:4, 85:15,
85:16, 92:14, 94:16,
101:24, 106:15,
106:16, 123:10,
127:11, 130:3, 131:5
**first-year** [1] - 92:14
**fish** [1] - 100:7
**fit** [2] - 41:23, 84:20
**five** [8] - 25:16, 30:13,
54:9, 69:5, 89:21,
101:6, 122:13, 131:3
**five-year** [1] - 122:13
**fix** [6] - 47:11, 48:18,
67:4, 71:10, 130:2,
140:8
**fixing** [1] - 140:8
**flammable** [1] - 36:11
**flawed** [1] - 43:2
**fleet** [2] - 118:23,
125:9
**Fleytas** [2] - 35:10,
40:8
**flip** [1] - 129:11
**flip-flopping** [1] -
129:11
**float** [2] - 78:14, 83:12
**floor** [12] - 30:16, 31:6,
42:25, 49:7, 50:19,
75:3, 94:25, 97:2,
97:8, 99:19, 112:25,
134:24
**FLOOR** [3] - 2:22, 4:6,
6:24
**flopping** [1] - 129:11
**flow** [29] - 42:12,
42:18, 42:19, 42:21,
49:10, 50:6, 50:11,
53:20, 86:24, 87:1,
87:2, 87:6, 87:9,
91:2, 91:8, 94:6,
98:10, 129:14,
132:6, 133:12,
133:14, 134:5,
136:10, 136:12,
136:15, 138:9,
139:17, 139:19
**flowed** [1] - 52:12
**flowing** [8] - 27:23,
42:14, 56:21, 57:3,
87:3, 92:20, 94:24,
136:11
**Floyd** [1] - 12:17
**FLOYD** [1] - 7:19
**fluid** [2] - 30:24, 55:25
**fluids** [2] - 17:9,
133:23

**flunked** [1] - 96:16
**flying** [3] - 76:6,
77:13, 132:12
**Flying** [1] - 61:2
**foam** [4] - 53:22,
54:15, 54:22, 62:8
**focus** [2] - 47:19,
106:3
**focusing** [2] - 85:25,
138:14
**folks** [2] - 126:15,
126:16
**follow** [3] - 20:24,
25:21, 32:12
**followed** [8] - 45:14,
82:1, 84:3, 90:11,
95:18, 99:5, 113:7,
133:13
**following** [10] - 20:16,
29:16, 31:20, 33:8,
45:11, 46:22, 47:21,
56:16, 60:5, 67:15
**follows** [2] - 21:6,
22:11
**food** [2] - 14:18, 100:6
**footnotes** [1] - 82:18
**FOR** [7] - 2:3, 4:3, 5:3,
5:8, 5:19, 6:12, 7:11,
7:17, 8:3
**force** [2] - 64:25,
137:3
**Force** [1] - 141:1
**foregoing** [1] - 143:7
**forensic** [1] - 138:24
**foreseeable** [2] - 50:3,
50:12
**fork** [1] - 80:22
**form** [2] - 12:16,
109:18
**formal** [4] - 28:10,
57:21, 57:22, 62:22
**format** [1] - 22:10
**formation** [2] - 59:12,
59:14, 132:2
**formed** [1] - 87:4
**former** [2] - 65:1,
70:10
**forms** [1] - 104:23
**forth** [2] - 15:7, 55:8
**forward** [4] - 27:5,
100:15, 129:2, 129:3
**foundation** [1] - 75:14
**four** [8] - 46:22, 49:22,
60:18, 60:25, 67:2,
125:5, 135:10
**four-fifths** [1] - 135:10
**fourth** [3] - 21:15,
51:4, 88:8
**frac** [1] - 59:20
**fracture** [2] - 46:18,

60:13
**framework** [1] - 67:10
**FRANCISCO** [1] - 4:6
**FRANKLIN** [1] - 4:24
**FRAUD** [1] - 4:21
**freight** [1] - 18:5
**frequently** [1] - 42:1
**Friday** [1] - 26:2
**friend** [2] - 71:22,
122:10
**FRILOT** [1] - 6:14
**frontline** [1] - 33:16
**FRUGE** [1] - 3:14
**FTP** [1] - 23:15
**fulfill** [2] - 46:2, 57:19
**full** [4] - 55:20, 95:5,
96:6, 98:14
**fully** [5] - 33:13, 33:17,
50:9, 62:13, 95:25
**function** [13] - 38:10,
40:23, 49:1, 49:3,
49:20, 50:13, 50:23,
89:14, 89:18,
108:12, 108:13,
139:3
**functionally** [1] - 38:1
**functionaries** [1] -
81:16
**functioned** [9] - 139:5,
139:9, 139:14,
139:16, 139:23,
140:1, 140:16,
140:17
**functioning** [1] -
45:13
**functions** [6] - 32:24,
36:21, 36:25, 37:3,
37:21, 50:20
**fund** [1] - 58:13
**fundamental** [2] -
32:4, 80:2
**fundamentally** [1] -
123:14
**fundamentals** [1] -
122:3
**FUNDERBURK** [4] -
8:4, 12:21, 12:24,
13:1
**Funderburk** [3] -
12:21, 12:24, 12:25
**furnish** [1] - 41:3
**furthermore** [1] -
43:20
**future** [1] - 67:5

## G

**Gagliano** [10] - 52:9,
52:16, 52:20, 53:4,

53:7, 53:9, 53:13,
128:18, 129:16,
129:17
**Gagliano's** [1] - 53:12
**gallons** [3] - 49:19,
60:20, 89:3
**gambled** [1] - 90:1
**GANNAWAY** [2] -
7:13, 13:5
**Gannaway** [1] - 13:5
**gas** [44] - 24:13,
26:24, 27:18, 28:18,
31:10, 32:2, 35:12,
35:21, 35:23, 35:24,
36:1, 36:4, 36:6,
36:9, 36:10, 36:11,
36:13, 37:4, 37:6,
37:9, 37:10, 37:14,
37:19, 37:24, 42:13,
52:12, 74:7, 81:16,
85:21, 88:11, 90:19,
92:3, 97:22, 98:11,
98:21, 104:1,
111:25, 119:17,
129:14, 136:18,
136:21, 138:9
**GATE** [1] - 4:5
**gathered** [1] - 26:21
**Gavin** [1] - 12:16
**GAVIN** [1] - 7:20
**gel** [1] - 55:25
**general** [2] - 37:5,
103:22
**GENERAL** [3] - 5:4,
5:9, 5:11
**General** [5] - 11:13,
11:15, 101:3, 104:3,
104:7
**GENERAL'S** [1] - 5:3
**generally** [3] - 21:6,
44:15, 59:20
**Generals** [1] - 104:8
**Geoff** [2] - 13:5, 43:19
**GEOFFREY** [1] - 7:13
**Geologist** [1] - 59:15
**geologist** [2] - 61:12,
61:13
**geophysicist** [1] -
60:9
**Gerald** [1] - 33:24
**giant** [1] - 27:18
**given** [9] - 29:24,
33:22, 34:22, 49:13,
55:2, 59:17, 62:22,
96:18, 96:19
**gladly** [1] - 117:17
**glass** [1] - 133:19
**global** [1] - 65:6
**glossary** [2] - 24:10,
24:18

**GmbH** [2] - 1:13, 10:16
**goal** [4] - 108:25, 122:14, 122:15, 123:6
**God** [1] - 137:17
**God's** [1] - 61:14
**GODWIN** [5] - 7:18, 7:18, 7:23, 12:14, 73:10
**Godwin** [1] - 12:14
**GOLDEN** [1] - 4:5
**government** [2] - 16:25, 118:15, 118:16
**Grace** [1] - 28:1
**gradient** [1] - 59:20
**gradients** [2] - 46:18, 60:13
**grain** [1] - 110:21
**GRAND** [1] - 6:24
**graphic** [3] - 92:1, 92:16, 138:25
**grasp** [1] - 77:25
**grave** [1] - 138:10
**great** [10] - 63:8, 72:24, 76:19, 90:21, 101:9, 101:11, 102:1, 116:21, 127:8, 137:3
**greater** [1] - 102:1
**greatest** [1] - 97:11
**greed** [1] - 102:16
**green** [1] - 50:25
**Greg** [2] - 53:2, 129:15
**gross** [15] - 19:19, 19:24, 27:9, 28:3, 70:22, 73:25, 80:16, 84:15, 94:12, 98:25, 99:22, 102:19, 104:16, 105:18, 130:21
**grossly** [2] - 83:2, 90:6, 105:12, 107:19, 108:6, 108:14, 114:21, 122:8, 123:2, 123:3, 123:23, 130:18, 137:5
**ground** [2] - 109:5, 141:13
**GROUP** [1] - 3:7
**Group** [1] - 47:24
**growth** [1] - 58:18
**Guard** [3] - 118:18, 119:11, 140:5
**GUERRA** [1] - 3:3
**Guide** [16] - 60:23, 75:15, 75:18, 75:20, 75:23, 76:4, 76:8,

76:11, 76:15, 76:21, 77:1, 77:9, 125:14, 125:15, 126:11, 132:10
**Guide's** [3] - 69:10, 69:13, 76:15
**Guide/Sims** [3] - 78:15, 81:12, 82:21
**guilty** [6] - 113:22, 113:24, 114:4, 114:8, 130:20
**GULF** [1] - 1:6
**Gulf** [44] - 10:14, 16:13, 16:14, 48:11, 49:19, 59:6, 65:2, 65:12, 65:15, 67:22, 67:25, 69:18, 70:6, 70:8, 70:9, 74:17, 81:20, 81:22, 83:22, 94:20, 98:3, 98:20, 99:18, 100:3, 100:4, 100:18, 100:21, 101:4, 101:14, 101:23, 101:25, 102:13, 102:15, 102:17, 103:1, 104:9, 104:15, 105:3, 105:6, 109:13, 114:5, 131:25, 141:8
**Gulf's** [1] - 100:8
**guy** [1] - 34:10
**guys** [4] - 81:16, 118:4, 118:5, 130:7

# H

**Hafle** [37] - 74:9, 78:25, 79:1, 79:5, 81:2, 94:17, 95:3, 95:7, 95:8, 95:9, 95:20, 95:23, 96:2, 96:6, 96:8, 96:18, 97:7, 97:12, 98:8, 111:20, 111:25, 112:3, 112:4, 112:7, 112:14, 112:21, 113:12, 115:22, 115:23, 116:10, 116:12, 134:9, 135:1, 135:3, 138:13
**Hafle's** [1] - 81:12
**half** [5] - 45:23, 69:25, 98:14, 109:6, 109:7
**hall** [3] - 14:11, 25:3, 25:17
**HALLIBURTON** [1] - 7:17
**Halliburton** [71] - 12:14, 12:15, 12:16,

12:17, 12:18, 17:3, 18:18, 19:13, 21:1, 27:24, 28:14, 49:15, 51:16, 51:21, 51:24, 52:3, 52:5, 52:6, 52:13, 52:16, 52:20, 53:6, 53:10, 53:16, 53:21, 54:4, 54:6, 54:13, 54:17, 54:19, 54:20, 54:23, 55:2, 55:5, 55:11, 55:17, 55:20, 55:22, 56:2, 56:7, 56:9, 56:14, 56:16, 56:20, 56:22, 57:1, 57:6, 57:11, 57:16, 57:21, 58:2, 58:5, 62:4, 65:25, 70:20, 86:11, 86:15, 102:21, 102:23, 107:19, 108:1, 126:16, 128:15, 128:16, 128:18, 128:25, 129:13, 134:15
**Halliburton's** [12] - 51:13, 51:15, 51:25, 52:9, 54:2, 54:3, 54:16, 55:10, 55:24, 56:3, 56:11, 57:14
**Halliburton-Sperry** [1] - 56:16
**halls** [1] - 79:7
**hand** [8] - 55:7, 90:25, 91:14, 91:18, 91:19, 92:2, 92:18, 122:21
**handbook** [3] - 28:11, 30:23, 41:14
**handful** [1] - 122:25
**handle** [2] - 36:1, 41:15
**handling** [2] - 29:24, 103:15
**hands** [1] - 61:14
**handwritten** [1] - 128:21
**hanging** [1] - 97:6
**HANKEY** [1] - 4:11
**happy** [1] - 69:1
**hard** [4] - 68:12, 103:13, 115:25, 116:23
**hard-working** [1] - 103:13
**harden** [2] - 128:4, 129:4
**hardened** [1] - 138:10
**HARIKLIA** [1] - 6:8
**Hariklia** [1] - 12:3
**harmful** [1] - 19:21
**Harold** [2] - 34:19,

38:24
**Harold's** [1] - 35:3
**HARTLEY** [1] - 7:19
**Hartley** [1] - 12:17
**hauling** [1] - 55:9
**HAUSER** [1] - 4:23
**HAYCRAFT** [2] - 5:21, 12:5
**Haycraft** [1] - 12:5
**Hayward** [2] - 63:11, 64:17
**hazard** [3] - 32:1, 51:8, 78:2
**hazardous** [2] - 131:20, 136:19
**hazards** [4] - 33:9, 33:12, 33:18, 127:4
**HB406** [1] - 8:9
**head** [2] - 66:24, 129:15
**headed** [1] - 81:17
**headlights** [1] - 38:15
**headquarters** [2] - 75:21, 79:7
**heal** [1] - 100:19
**Health** [1] - 48:9
**hear** [18] - 15:14, 20:14, 72:24, 73:6, 75:25, 83:20, 85:20, 89:6, 90:3, 90:21, 118:24, 121:6, 125:2, 138:4, 138:20, 139:25, 140:9, 142:5
**heard** [6] - 105:15, 105:16, 106:8, 121:4, 124:14, 129:11
**HEARD** [1] - 1:21
**heart** [1] - 115:8
**heavy** [3] - 27:6, 109:15, 124:10
**heck** [1] - 108:25
**heed** [2] - 14:17, 28:23
**Heenan** [2] - 27:7, 88:6
**heightened** [1] - 86:18
**held** [3] - 35:8, 99:12, 106:18
**hell** [4] - 60:17, 80:24, 89:24, 127:22
**help** [5] - 15:21, 100:19, 104:9, 137:21, 137:23
**helpful** [2] - 24:19, 139:3
**hereby** [1] - 143:6
**Herman** [1] - 11:5
**HERMAN** [4] - 2:7, 2:7, 11:5

**heroic** [2] - 140:23, 142:13
**heroism** [1] - 142:6
**herring** [1] - 139:25
**high** [16] - 36:1, 36:10, 42:13, 50:10, 53:20, 53:21, 59:13, 61:17, 64:9, 66:6, 70:6, 78:2, 94:24, 124:20
**high-pressure** [1] - 42:13
**higher** [2] - 104:24, 109:14
**highest** [3] - 33:23, 106:1, 117:20
**highly** [4] - 24:14, 33:18, 66:1, 84:1
**Hill** [1] - 12:16
**HILL** [2] - 7:20, 12:16
**himself** [2] - 66:14, 93:10
**hindsight** [3] - 104:12, 115:20, 134:10
**hint** [1] - 82:19
**hiring** [1] - 48:21
**historic** [2] - 101:4, 103:1
**histories** [1] - 52:20
**history** [1] - 114:1
**hit** [1] - 141:11
**hoc** [1] - 120:21
**hold** [2] - 14:2, 26:2
**holding** [1] - 42:16
**HOLDINGS** [1] - 6:12
**hole** [3] - 43:9, 90:18, 127:24
**holes** [2] - 83:18, 83:21
**HOLTHAUS** [1] - 3:14
**home** [4] - 24:2, 26:10, 116:14, 116:25
**homes** [1] - 119:20
**Honor** [98] - 10:9, 10:22, 10:24, 10:25, 11:4, 11:5, 11:10, 11:18, 11:21, 12:2, 26:18, 41:21, 50:10, 51:12, 69:25, 70:13, 70:24, 71:21, 71:22, 72:6, 73:1, 73:14, 73:20, 75:5, 75:9, 75:25, 76:23, 79:3, 81:14, 81:24, 82:17, 83:5, 84:4, 84:13, 84:23, 85:15, 87:1, 89:10, 91:12, 92:7, 92:9, 96:25, 99:23, 100:16, 101:2, 101:7, 102:16,

102:18, 102:25,
103:8, 105:1,
107:18, 109:4,
110:4, 110:23,
110:25, 111:4,
111:11, 111:14,
112:17, 113:18,
113:21, 114:6,
114:10, 114:17,
115:8, 116:4,
116:15, 117:15,
118:9, 119:9,
119:16, 120:6,
121:11, 121:16,
121:25, 122:10,
122:15, 123:14,
127:8, 128:3,
128:24, 129:23,
130:14, 130:19,
131:2, 132:24,
135:9, 135:21,
137:4, 137:25,
138:6, 138:25,
139:21, 140:22,
141:23, 142:11,
142:14
**HONORABLE** [1] -
1:21
**honored** [1] - 114:11
**hope** [2] - 119:18,
120:16
**hoped** [1] - 80:11
**Horizon** [76] - 10:14,
16:5, 17:1, 20:3,
26:22, 27:20, 28:14,
28:19, 30:25, 31:2,
31:3, 31:10, 32:25,
33:25, 34:5, 34:8,
35:17, 36:8, 36:14,
39:7, 40:17, 40:20,
41:1, 41:8, 43:17,
44:6, 44:8, 44:10,
45:16, 45:23, 46:2,
46:7, 46:9, 46:10,
48:13, 48:19, 48:20,
54:8, 54:10, 55:5,
56:5, 59:3, 66:11,
67:3, 67:14, 67:23,
68:5, 68:10, 68:21,
69:7, 70:14, 72:7,
77:10, 80:22, 83:4,
83:7, 88:16, 95:1,
98:2, 100:12,
102:14, 106:12,
106:25, 111:16,
117:4, 117:10,
117:13, 118:1,
118:9, 118:21,
118:25, 120:23,
121:8, 125:12,

126:25, 127:3
**HORIZON** [1] - 1:5
**Horizon's** [4] - 17:6,
34:17, 39:15, 44:1
**horrible** [1] - 104:13
**horribly** [1] - 99:6
**Horse** [1] - 61:6
**HOUMA** [1] - 3:8
**hour** [11] - 74:7, 79:1,
81:3, 81:13, 94:15,
94:16, 95:16, 95:22,
96:18, 97:6, 98:14
**hours** [15] - 21:4, 52:7,
62:12, 68:6, 74:4,
80:21, 82:25, 90:18,
106:24, 116:1,
128:8, 128:11,
128:12, 140:11,
142:18
**house** [2] - 52:18,
86:11
**HOUSTON** [7] - 3:19,
6:20, 7:8, 7:14, 7:15,
7:25, 8:5
**Houston** [17] - 52:17,
53:4, 53:9, 68:22,
69:5, 69:14, 74:9,
75:18, 75:21, 78:25,
79:14, 81:7, 95:3,
95:15, 95:19, 96:14,
98:15
**Hudson** [1] - 66:1
**Huffman** [3] - 60:9,
79:21, 80:1
**huge** [3] - 59:8, 61:5,
76:8
**HUGH** [1] - 8:3
**Hugh** [1] - 12:19
**HUGHES** [1] - 7:7
**human** [5] - 37:1,
37:17, 40:22, 49:2,
89:13
**humbled** [1] - 114:11
**hundred** [4] - 78:6,
80:8, 109:15, 141:13
**hundreds** [2] - 118:14,
140:10
**hung** [2] - 74:21,
98:19
**Hurricane** [1] - 109:25
**hydrocarbon** [1] -
53:20
**hydrocarbons** [4] -
30:16, 31:4, 86:6,
87:4
**HYMEL** [2] - 7:3, 12:13
**Hymel** [2] - 12:13,
114:14

# I

**IACS** [2] - 36:23
**IADC** [1] - 120:1
**idea** [2] - 50:4, 131:22
**identical** [1] - 66:22
**identifiable** [1] - 110:3
**identification** [1] -
57:24
**identified** [3] - 33:12,
39:20, 58:7
**ignition** [2] - 32:3,
37:10, 37:14
**ignore** [3] - 29:7, 51:8,
116:15
**ignored** [4] - 56:20,
86:10, 108:21, 109:3
**ignoring** [1] - 67:16
**IL** [1] - 6:9
**imaginable** [1] - 82:3
**immediate** [5] - 53:12,
82:25, 84:7, 85:4,
125:8
**immediately** [7] -
26:3, 96:22, 97:13,
112:9, 115:24,
123:25, 140:21
**impaired** [1] - 63:4
**impairs** [1] - 64:12
**implement** [1] - 69:17
**implemented** [1] -
67:7
**implementing** [1] -
34:12
**important** [4] - 20:9,
56:1, 103:20, 103:22
**importantly** [3] -
59:13, 78:17, 104:23
**imposes** [1] - 19:20
**imposition** [1] -
105:25
**IMPREVENTO** [1] -
2:18
**improper** [1] - 108:15
**improperly** [1] - 121:2
**improve** [2] - 66:25,
67:6
**improves** [1] - 67:9
**IN** [3] - 1:5, 1:5, 1:12
**in-house** [2] - 52:18,
86:11
**inactions** [1] - 95:14
**inadequacies** [1] -
53:8
**inadequacy** [1] -
30:10
**inadequate** [1] -
106:24
**INC** [5] - 1:15, 5:19,

6:13, 6:14, 7:18
**Inc** [1] - 114:3
**incentive** [1] - 55:5
**incentives** [1] - 65:20
**incentivized** [2] -
65:19, 66:5
**inch** [1] - 87:12
**incident** [12] - 28:20,
29:16, 30:15, 30:18,
31:13, 120:24,
121:5, 121:7,
121:12, 133:17,
140:16, 140:17
**incidents** [4] - 47:7,
60:19, 120:13, 124:1
**include** [3] - 16:19,
20:5, 65:20
**included** [2] - 51:25,
54:18
**including** [14] - 15:3,
17:23, 28:7, 29:4,
32:15, 37:4, 46:13,
80:19, 89:7, 104:24,
106:5, 114:1, 119:1,
140:10
**incompatible** [2] -
54:14, 107:22
**incomprehensible** [2]
- 74:3, 93:5
**Incorporated** [1] -
10:18
**increased** [3] - 32:10,
61:22, 104:25
**increasing** [2] - 31:21,
87:9
**incredibly** [1] - 65:3
**incurring** [1] - 55:7
**indeed** [6] - 40:12,
52:9, 52:23, 56:1,
67:8, 101:11
**indemnity** [2] -
113:20, 114:24
**indicated** [5] - 50:19,
71:25, 72:2, 115:22,
124:21, 134:11,
134:20, 136:21
**indication** [2] - 136:9,
141:24
**indications** [2] - 33:8,
137:7
**indicator** [1] - 32:5
**indicators** [1] - 30:17
**indifference** [1] -
116:3
**indifferent** [3] -
114:20, 115:3, 137:5
**indirectly** [1] - 100:5
**individual** [4] - 17:10,
69:21, 73:24, 74:2
**individuals** [2] -

16:21, 117:24
**induced** [1] - 44:13
**industry** [10] - 24:13,
24:14, 41:12, 108:3,
119:8, 119:9, 120:9,
120:19, 128:7, 140:5
**inevitable** [1] - 102:9
**inexcusable** [2] -
43:19, 100:14
**infamous** [1] - 79:15
**inflicted** [1] - 101:9
**influx** [3] - 30:13,
37:19, 37:24
**influxes** [2] - 28:25,
30:12
**information** [6] -
23:19, 24:5, 27:23,
60:10, 117:2, 138:7
**Inglis** [1] - 65:7
**inhibited** [1] - 38:10
**inhibiting** [2] - 37:16,
38:6
**inhibition** [1] - 38:3
**initial** [2] - 39:17,
142:9
**initiation** [1] - 20:3
**injured** [3] - 16:11,
47:5, 110:2
**injuries** [4] - 35:1,
81:20, 100:3, 100:9
**injury** [1] - 47:7
**inputs** [1] - 52:21
**inquiry** [1] - 68:15
**insanity** [6] - 48:5,
61:7, 76:10, 76:17,
77:6, 78:2
**insisted** [1] - 133:9
**inspect** [1] - 109:7
**inspected** [3] -
118:14, 118:18,
140:13
**inspection** [1] - 109:6
**inspections** [4] -
39:19, 43:17, 45:11,
45:20
**install** [1] - 108:8
**installation** [4] - 28:7,
34:20, 35:2, 38:24
**Installation** [1] - 48:2
**installed** [2] - 17:7,
42:5
**instead** [16] - 18:8,
35:21, 36:13, 45:24,
66:9, 79:12, 80:15,
92:15, 92:21, 94:19,
98:7, 101:20,
112:21, 127:13,
127:19, 132:18
**Institute** [1] - 55:21
**instituted** [1] - 120:14

**instructed** [1] - 133:11
**instructing** [1] - 115:15
**instruction** [3] - 114:8, 133:13, 134:7
**instructions** [2] - 51:9, 113:8
**integrated** [3] - 36:21, 37:2, 38:3
**integrates** [1] - 67:9
**integrity** [3] - 60:13, 81:1, 127:23
**intended** [2] - 35:25, 69:8
**intentionally** [1] - 66:9
**interconnected** [1] - 99:25
**interest** [2] - 101:16, 116:6
**interests** [2] - 101:15, 103:15
**interface** [1] - 128:18
**internal** [2] - 82:12, 83:6
**internally** [1] - 68:23
**international** [1] - 39:18
**International** [1] - 33:20
**INTERNATIONAL** [1] - 7:11
**Internet** [1] - 23:15
**interpret** [2] - 27:8, 28:9
**interpreted** [1] - 83:25
**interpreting** [1] - 131:1
**interrelated** [2] - 83:8, 85:12
**interrupting** [1] - 130:25
**intervene** [1] - 40:11
**intervention** [2] - 37:1, 37:17
**interview** [3] - 115:22, 126:12, 135:2
**introduced** [4] - 21:24, 22:8, 22:13, 23:6
**invest** [1] - 64:11
**investigate** [2] - 63:16, 135:18
**investigated** [3] - 96:24, 114:7, 124:2
**investigates** [1] - 123:7
**investigating** [3] - 63:14, 125:19, 133:5
**investigation** [11] - 28:20, 30:18, 30:22,

54:1, 56:17, 63:12, 63:15, 82:12, 83:6, 93:11, 93:16
**investigations** [1] - 123:17
**investigative** [1] - 92:8
**investing** [1] - 29:10
**invitation** [2] - 66:12, 66:13
**involved** [5] - 28:19, 30:11, 87:8, 103:12, 125:1
**involvement** [1] - 40:16
**involving** [2] - 30:15, 125:2
**iPads** [1] - 14:9
**ironically** [1] - 70:5
**irony** [1] - 97:12
**Irpino** [1] - 11:2
**IRPINO** [3] - 3:21, 3:21, 11:2
**irrefutable** [1] - 95:16
**Isaac** [1] - 109:25
**Island** [1] - 109:22
**ISM** [6] - 33:20, 34:11, 39:11, 39:17, 39:22, 43:16
**isolated** [2] - 28:15, 31:13
**issue** [9] - 39:22, 44:9, 51:4, 80:14, 101:13, 101:15, 129:10, 134:2, 137:5
**issued** [3] - 23:23, 33:3, 64:20
**issues** [8] - 19:18, 20:5, 20:7, 20:15, 20:17, 68:6, 76:20, 80:2
**itself** [8] - 13:23, 31:12, 31:20, 37:12, 42:20, 55:22, 78:3, 98:20

**J**

**Jack** [1] - 104:10
**JAMES** [2] - 2:3, 5:10
**January** [3] - 15:8, 109:11, 140:11
**Jason** [8] - 99:20, 116:20, 117:3, 119:23, 121:13, 137:18, 137:19
**Jeff** [3] - 34:1
**JEFFERSON** [2] - 2:4, 7:4

**Jeffrey** [1] - 11:20
**JEFFREY** [1] - 2:18
**JERRY** [1] - 7:24
**Jerry** [1] - 12:18
**Jesse** [4] - 52:9, 52:16, 128:18, 128:20
**JESSICA** [2] - 4:16, 4:17
**Jessie** [1] - 128:19
**jigsaw** [1] - 84:18
**Jim** [3] - 10:22, 26:18, 72:4
**JIMMY** [1] - 3:18
**Jimmy** [4] - 11:8, 34:19, 35:3, 38:24
**job** [46] - 33:10, 34:3, 34:7, 35:8, 53:11, 53:14, 56:1, 56:8, 56:9, 59:9, 62:24, 65:13, 72:8, 78:14, 79:4, 79:10, 79:18, 84:1, 85:20, 85:25, 86:4, 86:5, 86:10, 86:17, 86:22, 90:12, 96:4, 103:18, 104:3, 106:6, 107:21, 108:2, 112:2, 112:20, 116:25, 121:19, 121:20, 121:23, 122:4, 126:14, 127:15, 128:1, 128:25, 129:1, 129:2, 132:19
**jobs** [12] - 33:11, 65:17, 86:3, 98:1, 98:2, 102:12, 106:23, 121:1, 122:1, 127:4
**Joe** [1] - 57:1
**JOHN** [3] - 3:14, 7:7, 8:4
**John** [13] - 11:3, 12:21, 12:24, 13:7, 60:23, 66:24, 69:10, 75:15, 114:15, 125:14, 125:15, 126:11, 132:10
**Johnson** [2] - 43:25, 44:9
**join** [2] - 18:12, 121:17
**jointly** [2] - 106:11, 107:13
**joints** [2] - 141:7
**Jonathan** [2] - 59:15, 68:1
**JONES** [2] - 7:12, 13:4
**Jones** [1] - 13:4
**Joseph** [1] - 134:19
**JR** [3] - 2:22, 7:19,

7:19
**Judge** [7] - 22:6, 25:2, 35:24, 36:22, 54:7, 102:8, 103:8
**judge** [1] - 110:11
**JUDGE** [1] - 1:22
**judgment** [1] - 94:11
**judicial** [1] - 15:1
**July** [1] - 30:8
**jumped** [1] - 138:17
**June** [1] - 109:24
**jury** [1] - 14:6
**JUSTICE** [4] - 4:4, 4:8, 4:15, 4:21
**justice** [2] - 100:18, 103:19
**justifiably** [1] - 122:11
**justify** [1] - 93:14

**K**

**Kaluza** [5] - 75:17, 87:19, 92:22, 133:8, 133:17
**Kaluza's** [1] - 93:21
**KANNER** [3] - 5:14, 5:15, 11:22
**Kanner** [1] - 11:22
**KARIS** [2] - 6:8, 12:3
**Karis** [1] - 12:3
**Kate** [3] - 60:6, 65:22, 68:14
**KATZ** [1] - 2:7
**keep** [7] - 67:14, 87:2, 88:20, 108:19, 110:10, 121:21, 122:16
**keeping** [3] - 35:7, 68:12, 140:7
**Keith** [3] - 57:1, 71:25, 134:19
**KELLEY** [1] - 4:23
**Keplinger** [3] - 35:6, 40:11, 40:12
**kept** [3] - 48:20, 68:9
**Kerry** [2] - 12:8, 14:13
**KERRY** [1] - 6:15
**Kevin** [2] - 65:2, 70:10
**key** [4] - 40:5, 50:10, 65:16, 130:16
**kick** [36] - 26:24, 27:11, 27:13, 27:15, 27:18, 27:24, 28:15, 29:24, 30:17, 31:10, 31:12, 32:6, 32:12, 36:8, 51:20, 56:5, 56:13, 56:16, 56:23, 60:6, 63:5, 68:16,

68:25, 88:22, 88:23, 89:2, 89:4, 89:24, 125:11, 125:13, 125:17, 126:12, 134:11, 134:16, 136:9
**kicks** [9] - 28:18, 28:22, 60:19, 121:1, 122:12, 122:15, 122:16, 122:20, 122:22
**kill** [18] - 91:11, 91:17, 92:18, 95:8, 95:11, 96:12, 112:15, 113:13, 132:6, 133:10, 133:11, 133:16, 133:22, 134:1, 134:5, 135:21, 135:23, 135:24
**killed** [5] - 47:5, 100:18, 125:5, 133:22, 142:8
**Kinchen** [2] - 13:7, 114:15
**KINCHEN** [3] - 7:7, 7:7, 13:7
**kind** [5] - 25:3, 72:1, 124:21
**kinds** [1] - 117:17
**King** [1] - 57:14
**KIRKLAND** [1] - 6:7
**knock** [1] - 43:10
**knowing** [2] - 70:6, 89:23
**knowledge** [8] - 18:22, 18:24, 19:4, 32:15, 45:1, 49:6, 68:11, 94:19
**known** [10] - 17:16, 28:16, 32:13, 36:18, 40:2, 50:12, 53:23, 59:12, 70:8, 102:3
**knows** [4] - 104:12, 113:21, 115:20, 134:13
**Kodiak** [9] - 54:7, 54:10, 54:12, 54:18, 54:21, 55:3, 55:4, 55:9, 58:8
**Kongsberg** [1] - 36:24
**KRAUS** [1] - 5:15
**Kuchta** [3] - 141:17, 141:19, 141:22
**KULLMAN** [1] - 2:14
**Kutcha** [4] - 34:9, 34:18, 34:21, 38:14

# L

**L.L.C** [1] - 8:3
**LA** [14] - 2:5, 2:8, 2:16, 2:23, 3:8, 3:12, 3:15, 3:22, 5:12, 5:16, 5:23, 6:16, 7:5, 8:10
**lab** [2] - 55:14, 128:23
**lack** [11] - 19:3, 29:25, 31:12, 36:16, 39:3, 44:11, 45:1, 60:7, 70:4, 116:3, 128:27
**Lacy** [3] - 65:2, 65:5, 70:10
**LAFAYETTE** [2] - 2:5, 7:5
**LAFLEUR** [1] - 7:3
**laid** [1] - 75:13
**LAMAR** [1] - 7:24
**landmark** [1] - 103:11
**LANGAN** [2] - 6:7, 12:4
**Langan** [1] - 12:4
**language** [2] - 79:3, 124:21
**laptops** [1] - 14:9
**large** [2] - 36:1, 36:6
**largest** [2] - 32:21, 113:25
**Larry** [4] - 29:2, 32:19, 124:5, 124:15
**LASALLE** [1] - 6:9
**last** [19] - 26:1, 40:24, 60:22, 60:25, 78:13, 79:1, 81:3, 81:13, 82:24, 89:10, 89:13, 90:1, 90:16, 97:6, 128:20, 128:23, 132:8, 132:11, 140:18
**last-minute** [2] - 60:22, 60:25
**late** [6] - 30:8, 46:8, 68:4, 121:5, 125:13, 136:25
**Lavalier** [1] - 73:8
**law** [8] - 80:5, 84:20, 103:11, 105:17, 106:2, 110:21, 116:9, 131:18
**LAW** [3] - 3:7, 3:10, 3:21
**LAWRENCE** [1] - 4:18
**laws** [1] - 101:18
**lawsuit** [1] - 72:15
**lawsuits** [1] - 17:10
**lawyer** [3] - 29:9, 110:6, 128:14
**lawyers** [1] - 25:10,

25:23, 103:16, 104:4, 110:13, 114:12
**layoffs** [1] - 64:24
**Leader** [2] - 53:2, 74:10
**leader** [17] - 31:16, 51:14, 75:16, 75:20, 77:9, 93:21, 95:4, 95:21, 96:10, 96:16, 96:21, 98:16, 111:20, 115:14, 117:25, 125:23, 133:3
**leader's** [1] - 95:24
**leaders** [14] - 61:1, 75:17, 76:5, 76:6, 87:19, 88:17, 92:22, 93:2, 93:14, 93:25, 95:15, 99:5, 117:20, 133:7
**leadership** [2] - 52:2, 61:5
**leading** [3] - 35:16, 52:23, 131:2
**leads** [1] - 102:8
**learn** [5] - 47:4, 47:6, 64:4, 67:21, 121:23
**learned** [6] - 56:17, 68:3, 68:15, 68:17, 68:18, 120:16
**learning** [2] - 68:20, 76:19
**lease** [2] - 45:22, 59:6
**leased** [4] - 16:24, 66:11, 67:13, 67:22
**leases** [1] - 119:17
**LEASING** [1] - 1:13
**Leasing** [1] - 10:16
**least** [8] - 24:23, 32:17, 34:25, 45:8, 52:6, 54:9, 62:1, 100:11
**leaving** [3] - 53:7, 84:9, 93:18
**led** [5] - 27:4, 32:19, 48:19, 83:18, 108:11
**Lee** [1] - 12:11
**left** [14] - 54:10, 57:1, 83:11, 83:12, 85:15, 87:1, 92:2, 92:18, 113:5, 122:21, 135:4, 135:11, 138:18, 142:18
**left-hand** [3] - 92:2, 92:18, 122:21
**leftover** [4] - 54:21, 55:9, 62:19, 107:20
**legal** [3] - 84:18, 84:24, 85:7

**LEGER** [3] - 2:21, 2:22, 11:7
**Leger** [1] - 11:7
**length** [1] - 24:25
**lengthy** [1] - 14:14
**less** [11] - 30:20, 44:4, 53:14, 55:8, 62:7, 74:7, 88:22, 90:18, 94:15, 94:16, 104:25
**lesson** [2] - 56:17, 68:17
**lessoned** [1] - 68:17
**lessons** [5] - 64:4, 67:21, 68:3, 68:15, 120:16
**letter** [2] - 123:21, 123:22
**level** [7] - 32:13, 47:18, 61:5, 68:2, 76:8, 85:5, 102:20
**levels** [1] - 33:23
**LEWIS** [5] - 2:14, 5:20, 7:18, 7:23, 8:3
**LI** [2] - 6:24, 114:15
**Li** [1] - 12:11
**Liability** [2] - 17:17, 18:1
**liability** [11] - 18:3, 18:4, 18:20, 19:6, 20:6, 21:10, 26:23, 84:12, 85:13, 105:22, 105:23
**liable** [4] - 18:12, 102:24, 106:10, 107:13
**liaison** [1] - 101:4
**license** [1] - 35:8
**lies** [2] - 72:16, 115:7
**lieu** [1] - 21:24
**LIFE** [1] - 2:15
**life** [6] - 31:6, 35:1, 40:22, 49:2, 64:10, 89:13
**light** [2] - 50:17, 50:25
**lighter** [2] - 27:6, 94:5
**lightly** [1] - 99:23
**lightweight** [1] - 52:3
**likely** [4] - 33:18, 36:14, 50:1, 127:14
**likewise** [1] - 18:13
**limit** [2] - 18:20, 19:6
**limitation** [16] - 16:22, 17:16, 18:4, 18:9, 18:16, 19:7, 19:10, 19:17, 20:6, 21:10, 26:22, 70:23, 87:14, 87:17, 105:23
**Limitation** [2] - 17:17, 18:1
**limitations** [1] - 87:10

**limited** [1] - 85:10
**limits** [1] - 80:5
**limping** [1] - 44:17
**line** [24] - 40:24, 83:18, 90:2, 91:11, 91:17, 92:18, 95:8, 95:11, 96:13, 102:7, 112:15, 113:13, 120:5, 126:25, 132:6, 133:10, 133:12, 133:16, 133:22, 134:1, 134:5, 135:21, 135:23, 135:24
**lined** [6] - 83:16, 83:22, 91:21, 95:11, 112:16, 113:14
**liner** [2] - 61:24, 127:19
**lines** [2] - 91:15, 92:16
**lingering** [1] - 101:8
**link** [2] - 23:16, 24:3
**liquids** [1] - 42:13
**Lirette** [1] - 69:2
**LISKOW** [1] - 5:20
**list** [1] - 12:23
**listen** [1] - 66:18
**listened** [3] - 112:8, 127:1, 134:7
**literal** [2] - 76:11, 142:2
**literally** [1] - 142:6
**Litigation** [1] - 10:13
**LITIGATION** [1] - 4:22
**litigation** [2] - 17:12, 101:5
**live** [6] - 13:19, 15:14, 21:25, 25:20, 74:22, 110:11
**lived** [1] - 110:4
**livelihood** [2] - 100:4, 105:7
**livelihoods** [1] - 100:6
**lives** [5] - 16:10, 49:18, 74:17, 74:22, 76:1, 77:24, 94:20, 97:16, 98:22, 99:9, 99:15, 102:13, 102:14, 113:17, 117:18
**living** [1] - 124:19
**LLC** [1] - 6:12
**Lloyd's** [4] - 33:1, 33:3, 126:19, 126:23
**lock** [1] - 93:3
**lodged** [1] - 22:19
**log** [2] - 62:23, 129:6
**logger** [1] - 27:24
**London** [2] - 67:7, 81:7

**longstanding** [1] - 46:19
**look** [11] - 38:15, 68:19, 82:23, 100:15, 109:15, 110:8, 122:1, 123:9, 126:4, 134:5, 134:24
**looked** [2] - 25:24, 93:21
**looking** [4] - 26:4, 47:20, 75:11, 122:2
**looks** [1] - 119:7
**loose** [1] - 80:9
**LOS** [1] - 6:25
**lose** [2] - 80:7, 139:11
**losing** [1] - 59:5
**loss** [13] - 18:21, 20:1, 29:4, 29:5, 29:7, 35:1, 35:17, 55:25, 60:19, 64:10, 66:3, 124:8, 124:9
**loss-of-control-type** [1] - 29:4
**losses** [1] - 20:10
**lost** [11] - 47:10, 47:22, 60:19, 62:19, 65:17, 69:21, 76:1, 102:14, 121:2, 128:16, 131:18
**louder** [1] - 81:9
**Louis** [1] - 55:25
**LOUISIANA** [5] - 1:2, 1:8, 5:8, 5:10, 8:5
**Louisiana** [20] - 11:14, 11:22, 16:9, 16:20, 20:25, 103:5, 104:1, 104:19, 104:20, 105:2, 106:16, 109:5, 109:6, 109:8, 109:14, 109:23, 110:3, 110:7, 143:5, 143:6
**Louisiana's** [4] - 104:21, 109:10, 109:12, 109:18
**low** [4] - 35:23, 111:8, 111:10, 111:11
**low-pressure** [1] - 35:23
**lower** [4] - 58:21, 68:2, 122:21, 127:19
**Luis** [2] - 12:11, 114:15
**LUIS** [1] - 6:24
**lunch** [1] - 142:17
**LUNCHEON** [1] - 9:10
**luncheon** [1] - 142:22
**LUTHER** [1] - 5:4
**Luther** [3] - 11:15, 101:2, 104:4

**Lynch** [1] - 104:10

# M

**M-I** [3] - 12:19, 12:20, 12:21
**Macondo** [68] - 16:6, 16:24, 17:2, 17:4, 27:2, 27:12, 46:9, 52:13, 53:11, 53:15, 53:19, 53:22, 54:6, 54:11, 54:17, 54:21, 55:13, 56:7, 56:10, 58:2, 58:11, 59:2, 59:10, 59:23, 60:1, 60:2, 60:6, 60:16, 61:11, 61:14, 61:15, 63:16, 64:15, 66:19, 66:23, 67:16, 67:20, 69:19, 69:22, 70:2, 70:7, 70:11, 72:8, 72:17, 72:18, 72:19, 75:16, 76:9, 77:1, 77:9, 78:3, 78:6, 78:24, 79:17, 79:23, 80:9, 81:15, 81:18, 86:7, 89:16, 90:15, 109:1, 118:13, 119:15, 120:17, 123:12, 140:12
**Macondo's** [1] - 55:19
**MAGAZINE** [1] - 3:22
**Magistrate** [2] - 22:5, 103:9
**magnitude** [3] - 32:21, 39:12, 82:10
**MAHTOOK** [1] - 7:3
**maiden** [1] - 117:4
**mail** [14] - 29:3, 68:2, 76:3, 77:2, 78:15, 79:14, 82:22, 86:13, 124:5, 129:20, 129:22, 131:12, 132:10, 132:18
**mailed** [1] - 69:13
**mails** [4] - 81:12, 82:22, 124:13, 129:19
**MAIN** [1] - 3:15
**main** [2] - 40:22, 49:2
**Maintain** [1] - 89:17
**maintain** [4] - 40:17, 46:4, 67:19, 79:24
**maintained** [4] - 14:14, 23:18, 41:4, 140:14
**Maintenance** [1] - 44:8
**maintenance** [20] -

41:9, 43:1, 43:21, 44:11, 44:14, 44:20, 45:5, 45:10, 46:7, 47:12, 47:14, 48:15, 68:6, 89:23, 106:24, 106:25, 139:24, 140:3, 140:4, 140:10
**major** [14] - 26:24, 37:10, 39:10, 40:18, 47:16, 58:24, 64:6, 64:10, 66:21, 70:3, 88:23, 89:4, 90:1, 140:13
**majority** [2] - 122:22, 122:23
**maker** [1] - 77:11
**MALINDA** [1] - 4:18
**man** [6] - 34:5, 68:6, 95:3, 95:19, 119:1, 142:1
**man-hours** [1] - 68:6
**manage** [1] - 64:1
**managed** [1] - 119:12
**Management** [5] - 29:18, 30:4, 33:20, 57:22, 63:19
**management** [44] - 27:19, 28:5, 29:3, 30:3, 30:6, 30:11, 31:15, 31:20, 32:8, 32:13, 33:5, 33:23, 34:6, 34:10, 34:23, 35:15, 36:18, 39:8, 39:13, 39:24, 40:3, 42:23, 46:16, 48:1, 48:9, 52:6, 59:7, 59:8, 63:7, 63:17, 63:18, 64:19, 64:22, 66:5, 66:8, 67:7, 67:8, 67:9, 67:10, 67:21, 82:20, 84:10, 108:21
**management's** [1] - 48:18
**manager** [5] - 28:7, 34:20, 35:2, 38:24, 68:1
**Manager** [1] - 43:25
**Manager's** [1] - 48:2
**managers** [3] - 64:12, 81:5, 127:1
**mandate** [1] - 88:18
**mandatory** [1] - 79:21
**manipulated** [1] - 55:18
**manner** [7] - 18:10, 40:6, 61:9, 76:13, 103:16, 104:2, 105:13
**manslaughter** [1] -

113:25
**manual** [2] - 29:20, 120:15
**manually** [1] - 39:5
**manufactured** [1] - 17:5
**March** [13] - 29:1, 29:15, 31:8, 31:16, 33:4, 56:13, 60:5, 61:10, 61:12, 68:16, 125:11, 125:24, 126:12
**margin** [4] - 60:14, 79:25, 80:1, 80:4
**margins** [1] - 72:22
**Marianas** [1] - 56:6
**marine** [4] - 34:1, 88:15, 100:7, 106:14
**Mark** [8] - 74:9, 78:24, 111:20, 112:14, 112:21, 116:10, 116:12, 135:1
**marks** [1] - 93:23
**marsh** [1] - 109:8
**marshaled** [1] - 18:10
**marshalled** [1] - 23:14
**marshalling** [2] - 22:7, 22:16
**mass** [1] - 98:11
**massive** [1] - 64:24
**master** [2] - 39:6, 39:21
**Master** [1] - 103:14
**matched** [1] - 84:21
**material** [5] - 30:1, 109:21, 109:22, 109:24, 131:24
**materials** [7] - 17:9, 22:7, 23:22, 28:10, 49:12, 62:19, 131:18
**mates** [1] - 116:7
**math** [1] - 21:3
**mats** [3] - 109:9, 109:19, 109:21
**matter** [3] - 42:22, 116:8, 143:9
**mattered** [5] - 102:10, 102:11, 102:13, 102:15
**matters** [5] - 13:21, 15:6, 19:10, 26:13, 129:5
**Matthew** [1] - 12:2
**MATTHEW** [1] - 6:8
**maximum** [2] - 19:21, 41:15
**mayhem** [1] - 38:13
**MAZE** [2] - 5:4, 11:23
**Maze** [1] - 11:23
**McCLELLAN** [1] -

4:16
**McGovern** [1] - 103:15
**MCKINNEY** [1] - 7:14
**McMahan** [4] - 124:6, 124:8, 124:15, 124:24
**McMahan's** [1] - 124:25
**McMahon** [3] - 29:2, 29:12, 32:20
**MDL** [4] - 17:13, 17:15, 17:25, 24:3
**mean** [1] - 140:5
**means** [6] - 21:19, 23:1, 47:15, 80:2, 98:13, 140:7
**meant** [4] - 37:21, 92:3, 92:19, 133:6
**measurable** [1] - 65:20
**measured** [1] - 100:9
**measures** [1] - 33:13
**Mechanic** [1] - 43:22
**MECHANICAL** [1] - 8:12
**mechanical** [1] - 84:11
**media** [1] - 24:22
**meet** [3] - 58:17, 119:8, 123:6
**Melvin** [1] - 48:24
**member** [5] - 28:6, 60:6, 68:14, 70:5, 142:8
**members** [6] - 24:21, 25:14, 40:5, 126:25, 127:3, 141:18
**memory** [1] - 140:22
**men** [38] - 16:10, 49:7, 74:11, 74:20, 74:21, 75:3, 75:25, 81:4, 81:8, 92:22, 94:19, 94:23, 95:4, 95:13, 96:13, 98:1, 98:18, 99:9, 99:14, 100:17, 113:1, 113:4, 113:15, 114:4, 114:21, 117:3, 117:14, 117:16, 117:17, 119:22, 121:15, 121:25, 129:7, 139:22, 140:23, 142:3, 142:6
**men's** [1] - 97:16
**mention** [2] - 82:19, 126:22
**mentioned** [6] - 19:15, 23:5, 76:3, 77:19, 125:11, 140:2
**mere** [1] - 98:24

**merely** [1] - 15:23
**Merit** [2] - 143:4, 143:14
**merit** [1] - 130:5
**MERIT** [1] - 8:9
**Mexico** [18] - 10:15, 16:13, 48:11, 65:2, 65:12, 65:15, 67:22, 68:1, 69:18, 70:6, 70:8, 70:9, 81:21, 100:21, 101:25, 104:15, 131:25, 141:8
**MEXICO** [1] - 1:6
**MI** [6] - 8:3, 17:8, 18:18, 19:13, 21:2, 108:14
**mic** [1] - 73:8
**MICHAEL** [2] - 4:5, 6:23
**Michael** [1] - 12:10
**MICHELLE** [1] - 4:16
**microcosm** [1] - 115:10
**middle** [2] - 131:7, 133:5
**midst** [1] - 142:2
**might** [6] - 69:20, 73:11, 107:16, 114:23, 131:9, 138:11
**MIKAL** [1] - 3:3
**Mikal** [1] - 11:9
**Mike** [4] - 11:19, 12:1, 38:5, 114:14
**Milazzo's** [1] - 25:2
**miles** [8] - 16:8, 88:12, 94:25, 97:8, 104:20, 105:1, 105:2, 109:8
**Miller** [3] - 12:8, 111:5, 114:13
**MILLER** [2] - 6:15, 12:8
**million** [19] - 45:23, 59:2, 62:2, 65:14, 78:5, 78:6, 78:7, 78:10, 78:11, 80:8, 93:11, 101:6, 109:2, 109:9, 109:21, 109:22, 109:23, 132:23
**millions** [6] - 49:19, 78:5, 79:11, 79:19, 82:10, 100:5
**mimic** [1] - 55:18
**mind** [4] - 30:19, 33:17, 110:10, 131:3
**mind-set** [2] - 30:19, 33:17
**minded** [1] - 78:12

**mindless** [1] - 67:17
**minimally** [1] - 34:3
**minimized** [1] - 39:2
**minimum** [1] - 132:7
**minute** [7] - 60:22, 60:25, 115:23, 128:20, 128:23, 132:8, 132:11
**minutes** [27] - 20:23, 20:25, 21:1, 21:2, 21:3, 21:4, 27:15, 31:11, 56:14, 72:2, 74:22, 76:16, 95:5, 98:9, 98:20, 113:9, 113:11, 129:10, 131:9, 133:14, 138:18, 139:10, 140:18
**misconduct** [20] - 19:19, 19:24, 73:4, 73:24, 75:7, 80:17, 84:12, 84:15, 84:20, 84:25, 85:3, 85:6, 85:8, 85:13, 99:1, 99:23, 102:20, 105:25, 115:5, 115:12
**misdemeanor** [1] - 114:5
**misinterpreted** [1] - 27:4
**mislead** [1] - 72:3
**mismanaged** [1] - 119:13
**miss** [1] - 134:3
**missed** [8] - 27:24, 49:15, 56:4, 134:16, 134:18, 134:19, 134:23, 135:1
**missing** [1] - 138:7
**mission** [1] - 46:3
**Mississippi** [1] - 16:7
**missteps** [2] - 73:2, 73:23
**mistake** [8] - 71:23, 96:20, 97:25, 99:14, 113:15, 115:18, 115:20, 134:6
**mistaken** [1] - 27:4
**mistakes** [4] - 81:2, 89:25, 99:9, 99:11
**misused** [1] - 35:20
**mitigating** [1] - 34:25
**mixing** [1] - 55:8
**mixture** [1] - 52:4
**MMS** [7] - 60:10, 60:14, 60:15, 80:6, 118:16, 119:11
**Mobil** [1] - 120:2
**MOBILE** [1] - 2:12
**mobile** [1] - 16:5
**mode** [3] - 14:11, 37:25, 38:1
**model** [11] - 83:15, 83:19, 84:19, 84:20, 85:2, 85:9, 85:16, 88:9, 89:10, 90:5, 98:7
**model's** [1] - 84:9
**modeling** [2] - 52:21, 128:22
**moderate** [1] - 109:15
**Mogford** [1] - 66:24
**moment** [8] - 17:18, 74:8, 77:1, 89:2, 94:22, 95:2, 137:2
**moments** [1] - 13:9
**MONDAY** [2] - 1:9, 10:2
**Monday** [2] - 14:2, 26:7
**monetary** [1] - 55:5
**money** [21] - 47:19, 54:23, 61:22, 63:1, 69:12, 77:19, 77:22, 77:24, 78:18, 80:23, 82:8, 100:18, 102:10, 102:11, 102:13, 102:15, 108:25, 129:6, 131:22, 132:25
**monitor** [7] - 28:24, 50:15, 83:13, 106:19, 131:8, 135:22, 136:3
**monitored** [4] - 42:24, 91:10, 133:16, 135:5
**monitoring** [7] - 32:12, 51:19, 57:2, 72:25, 88:8, 91:17, 136:6
**monkeyed** [1] - 131:17
**MONTGOMERY** [1] - 5:6
**month** [3] - 31:8, 44:4, 62:1
**months** [13] - 14:1, 16:14, 26:1, 30:13, 32:18, 43:24, 47:8, 54:9, 60:18, 70:16, 74:15, 112:23, 117:13
**Moonpool** [1] - 43:9
**Morel** [3] - 87:23, 88:1, 131:12
**MORGAN** [1] - 8:3
**MORNING** [1] - 1:19
**morning** [13] - 10:8, 10:9, 10:22, 10:25, 11:5, 11:10, 11:18, 13:18, 26:18, 71:21, 72:6, 101:19, 140:15
**most** [11] - 25:11, 59:13, 78:17, 95:16, 102:10, 104:22, 118:10, 121:24, 124:16, 129:19, 138:23
**motion** [1] - 94:6
**motivation** [1] - 45:1
**move** [2] - 11:25, 25:3
**moved** [2] - 139:17, 139:18
**movement** [1] - 125:20
**MR** [68] - 9:5, 9:6, 9:7, 9:8, 9:9, 10:22, 10:24, 10:25, 11:2, 11:3, 11:4, 11:5, 11:7, 11:8, 11:9, 11:10, 11:12, 11:13, 11:15, 11:17, 11:18, 11:20, 11:22, 11:23, 12:1, 12:2, 12:4, 12:5, 12:6, 12:7, 12:8, 12:9, 12:10, 12:11, 12:13, 12:14, 12:15, 12:16, 12:17, 12:18, 12:19, 12:21, 12:24, 13:1, 13:3, 13:4, 13:5, 13:6, 13:7, 26:17, 69:25, 70:2, 71:20, 72:6, 73:10, 73:11, 73:14, 73:18, 73:20, 73:22, 101:1, 103:7, 107:18, 111:4, 111:10, 111:13, 118:9, 126:19
**MS** [3] - 12:3, 12:12, 12:20
**mud** [16] - 27:6, 32:2, 35:21, 35:23, 35:25, 36:4, 36:9, 36:13, 51:19, 56:23, 60:20, 94:4, 113:3, 136:18, 136:21, 137:16
**mud-gas** [7] - 35:21, 35:23, 36:4, 36:9, 36:13, 136:18, 136:21
**mudlogger** [6] - 56:14, 56:20, 56:22, 57:1, 72:1, 134:19
**mudlogger's** [2] - 56:24, 57:1
**mudloggers** [3] - 56:4, 56:8, 56:18
**multidistrict** [2] - 10:13, 17:12
**multiphase** [1] - 13:25
**multiple** [12] - 16:23, 30:11, 41:11, 45:6, 45:11, 47:13, 51:4, 60:12, 80:20, 86:9, 91:6, 99:25
**MUNGER** [1] - 6:22
**Murray** [3] - 117:19, 125:22, 133:2
**must** [10] - 18:8, 18:22, 40:23, 47:6, 49:3, 49:21, 88:23, 106:18, 115:8, 121:18
**MUX** [2] - 43:6, 43:8

## N

**name** [3] - 12:22, 12:23, 81:23
**named** [1] - 119:1
**namesake** [1] - 83:21
**narrow** [1] - 72:22
**narrower** [1] - 59:20
**NATHANIEL** [1] - 4:12
**natural** [2] - 37:14, 105:7
**NATURAL** [1] - 4:9
**nature** [2] - 15:22, 32:9
**nautical** [1] - 88:12
**near** [1] - 17:7
**nearly** [3] - 78:7, 101:6, 109:15
**necessary** [3] - 68:25, 88:20, 108:19
**necessity** [1] - 58:7
**need** [13] - 14:11, 44:20, 47:3, 61:18, 69:23, 74:14, 74:24, 94:18, 104:25, 110:23, 111:17, 130:11, 137:20
**needed** [10] - 25:12, 39:9, 58:16, 66:17, 76:18, 81:1, 81:3, 90:24, 91:22, 116:25
**needlessly** [1] - 76:1
**needs** [1] - 71:9
**negative** [52] - 27:2, 28:9, 28:11, 62:20, 72:23, 74:3, 78:15, 83:1, 83:12, 83:24, 84:6, 86:7, 86:8, 86:19, 86:21, 88:7, 90:7, 90:15, 90:16, 90:22, 91:9, 91:16, 92:11, 94:10, 94:15, 95:7, 95:21, 96:1, 96:4, 96:11, 97:14, 97:19, 97:21, 98:6, 99:5, 99:11, 106:5, 106:20, 106:22, 111:22, 111:23, 112:8, 116:1, 127:14, 130:18, 131:4, 131:11, 131:13, 131:14, 132:7, 133:1, 133:15
**neglect** [2] - 49:5, 49:23
**negligence** [20] - 18:23, 19:1, 19:19, 19:24, 70:18, 70:19, 70:22, 74:1, 80:17, 84:16, 94:12, 98:25, 99:22, 102:19, 105:18, 105:19, 114:4, 130:21, 130:22
**negligent** [11] - 105:13, 107:19, 108:7, 108:14, 114:21, 122:8, 123:2, 123:3, 123:23, 130:18, 137:6
**Neil** [1] - 65:6
**nervous** [1] - 40:9
**neutral** [1] - 118:15
**never** [22] - 28:6, 34:4, 34:12, 34:13, 40:13, 45:7, 47:16, 48:14, 50:7, 52:9, 62:22, 70:8, 82:5, 83:23, 84:3, 98:4, 113:6, 116:4, 118:2, 131:9, 132:2, 135:6
**nevertheless** [2] - 105:24, 127:24
**new** [5] - 55:7, 55:8, 79:10, 109:9, 120:15
**New** [1] - 88:14
**NEW** [9] - 1:8, 2:8, 2:16, 2:23, 3:22, 5:16, 5:23, 6:16, 8:10
**Newman** [4] - 41:7, 46:24, 124:23, 125:1
**news** [1] - 46:24
**next** [8] - 16:13, 69:10, 73:12, 74:15, 94:4, 113:9, 129:23, 141:14
**Nicholas** [1] - 69:2
**night** [8] - 38:7, 111:18, 116:18, 119:22, 123:21,

138:16, 140:24, 141:23

**nightmare** [3] - 60:17, 60:21, 127:22

**nine** [9] - 39:15, 43:18, 48:15, 87:7, 102:1, 114:2, 117:12, 121:14, 123:11

**NINTH** [1] - 3:11

**NO** [3] - 1:8, 1:11, 1:14

**no-salt** [2] - 59:14, 59:20

**Noble** [1] - 120:2

**nobody** [2] - 51:3, 107:11

**nonconformity** [2] - 39:11, 39:22

**none** [6] - 90:5, 90:6, 99:13, 103:16, 112:2, 137:25

**nonetheless** [2] - 15:13, 64:14

**nonexistence** [1] - 93:2

**nonexistent** [2] - 92:24, 93:22

**NONJURY** [1] - 1:20

**noontime** [1] - 142:16

**NORFOLK** [1] - 7:8

**normal** [3] - 24:24, 98:16, 108:16

**Norske** [1] - 39:18

**North** [2] - 102:1, 121:5

**NORTH** [1] - 5:11

**notch** [1] - 120:5

**note** [2] - 24:9, 24:20

**noted** [2] - 19:5, 48:3

**notes** [3] - 21:17, 115:22, 128:21

**nothing** [15] - 24:6, 93:23, 94:21, 95:24, 96:8, 98:7, 99:10, 112:23, 115:17, 116:11, 122:10, 129:18, 130:22, 132:16, 139:24

**notice** [2] - 30:17, 134:22

**noticed** [2] - 135:17, 136:10

**notified** [1] - 52:11

**November** [2] - 54:8, 110:1

**Number** [1] - 17:18

**number** [8] - 16:17, 17:15, 37:3, 109:14, 127:20, 129:12, 129:14, 134:16

**numbered** [1] - 143:9

numerous [6] - 16:20, 17:10, 22:3, 35:12, 40:14, 61:7

**NW** [1] - 6:4

# O

**O'Bryan** [1] - 119:1

**o'clock** [3] - 134:11, 134:12, 135:3

**O'KEEFE** [1] - 2:8

**O'ROURKE** [2] - 4:10, 11:17

**O'Rourke** [1] - 11:17

**oath** [1] - 21:20

**objection** [1] - 23:7

**objections** [2] - 22:19, 23:1

**objects** [1] - 124:10

**obligated** [1] - 41:19

**obligation** [5] - 41:24, 57:6, 86:20, 113:20, 114:24

**obligations** [3] - 51:15, 51:25, 52:15

**observed** [1] - 48:1

**obvious** [3] - 88:11, 95:20, 96:6

**occasions** [4] - 45:6, 47:13, 60:12, 66:15

**occur** [1] - 20:21

**occurred** [7] - 18:21, 30:15, 31:24, 35:11, 70:25, 90:23, 109:13

**occurrence** [1] - 50:2

**occurring** [1] - 15:14

**ocean** [1] - 88:15

**October** [2] - 46:23, 56:6

**OF** [14] - 1:2, 1:6, 1:12, 1:14, 1:20, 4:4, 4:8, 4:15, 4:21, 5:3, 5:8, 5:9, 5:10

**off-center** [1] - 42:3

**offer** [1] - 101:20

**offered** [1] - 117:5

**office** [1] - 53:5

**OFFICE** [5] - 2:4, 4:18, 5:3, 5:8, 5:12

**officer** [5] - 35:5, 35:8, 35:9, 40:8, 40:11

**offices** [1] - 52:17

**OFFICIAL** [1] - 8:8

**Official** [2] - 143:5, 143:14

**officials** [1] - 118:16

**offshore** [6] - 16:5, 28:7, 34:19, 35:2, 38:24, 114:4

**OFFSHORE** [1] - 6:13

**Offshore** [1] - 48:2

**often** [1] - 47:19

**Oil** [2] - 17:20, 98:3

**OIL** [1] - 1:5

**oil** [51] - 10:14, 16:14, 19:21, 19:22, 20:4, 20:16, 24:13, 42:13, 49:19, 74:7, 76:1, 81:17, 81:23, 83:22, 85:20, 85:21, 88:11, 88:23, 90:19, 92:3, 94:20, 94:24, 97:16, 97:17, 97:22, 98:11, 98:20, 103:25, 104:1, 104:19, 106:15, 106:16, 106:17, 109:9, 109:11, 109:17, 109:18, 109:19, 109:22, 109:23, 110:7, 113:25, 114:5, 119:17, 119:19, 131:13, 142:3

**oiled** [2] - 105:3, 109:8

**oilfield** [2] - 27:9, 28:4

**oiling** [3] - 109:13, 109:16, 110:20

**oily** [1] - 109:21

**OIM** [2] - 35:3, 39:21

**OLSON** [1] - 6:22

**ominous** [1] - 33:8

**OMS** [5] - 66:10, 67:8, 67:13, 69:17, 70:4

**ON** [1] - 1:6

**on-the-job** [1] - 121:19

**onboard** [1] - 106:14

**once** [8] - 30:9, 31:11, 36:17, 44:17, 47:2, 63:1, 91:1, 121:21

**One** [5] - 16:18, 17:14, 19:25, 20:5, 114:18

**one** [79] - 18:13, 18:19, 20:10, 25:3, 25:22, 31:3, 34:12, 35:11, 36:24, 43:2, 44:1, 45:9, 46:1, 47:5, 48:15, 50:11, 55:18, 56:7, 59:5, 63:14, 65:9, 65:12, 69:25, 71:8, 71:16, 73:5, 73:11, 73:13, 78:6, 78:23, 80:7, 83:3, 83:21, 84:7, 85:4, 85:5, 87:10, 87:18, 90:9, 91:2, 91:18, 91:25, 93:20, 96:13, 98:1, 99:14,

101:12, 101:21, 108:4, 108:17, 109:6, 109:8, 109:15, 109:20, 110:21, 112:3, 114:4, 117:6, 117:19, 118:10, 118:15, 118:17, 118:22, 124:1, 124:11, 127:21, 128:3, 128:15, 129:1, 129:19, 130:13, 131:5, 131:6, 131:8, 133:22, 134:13, 134:15

**ONE** [2] - 5:21, 7:14

**one-and-a-half** [1] - 69:25

**one-half** [1] - 109:6

**ones** [2] - 45:8, 82:22

**ongoing** [5] - 57:13, 57:19, 57:25, 60:11, 81:2

**onshore** [6] - 111:20, 112:4, 115:13, 115:25, 129:15, 130:15

**onsite** [2] - 78:8, 111:20

**oops** [1] - 123:20

**OPA** [6] - 17:20, 19:8, 19:16, 105:22, 106:10, 107:13

**OPA's** [1] - 105:23

**open** [3] - 63:12, 110:10, 141:9

**opened** [1] - 91:2

**opening** [13] - 13:10, 13:11, 13:17, 13:20, 20:20, 20:24, 25:22, 26:13, 26:14, 75:8, 85:10, 114:16, 142:19

**OPENING** [10] - 9:5, 9:6, 9:7, 9:8, 9:9, 26:16, 71:19, 100:25, 103:6, 111:12

**operate** [3] - 29:13, 47:6, 106:13

**operated** [1] - 139:22

**operating** [1] - 65:3

**operation** [26] - 34:14, 39:15, 41:6, 61:1, 61:6, 61:8, 62:12, 76:12, 76:18, 76:23, 77:1, 77:4, 77:12, 77:14, 78:3, 78:24, 80:7, 80:20, 80:23,

81:18, 82:10, 88:4, 98:16, 130:16, 132:14, 140:12

**operational** [2] - 46:13, 46:14

**Operations** [1] - 59:15

**operations** [15] - 32:20, 44:2, 44:3, 45:4, 61:12, 61:13, 63:2, 64:21, 67:7, 67:11, 68:22, 106:4, 109:20, 132:9

**operator** [5] - 16:24, 26:22, 72:18, 89:16, 108:11

**operators** [3] - 50:19, 79:24, 86:5

**opined** [1] - 54:3

**opinion** [2] - 44:10, 142:12

**opportunistic** [1] - 66:2

**opportunity** [4] - 13:14, 76:19, 101:7, 111:1

**opposed** [1] - 17:23

**order** [8] - 20:20, 21:5, 46:4, 58:17, 67:5, 96:22, 97:19

**Order** [2] - 15:7, 23:23

**ORDER** [1] - 10:4

**ordered** [3] - 97:13, 125:8, 128:12

**ordering** [1] - 96:24

**orders** [1] - 99:5

**ordinarily** [1] - 14:2

**ordinary** [2] - 114:4, 130:21

**organisms** [1] - 100:7

**organization** [3] - 39:18, 39:19, 65:15

**organizational** [3] - 66:20, 66:22, 67:18

**organize** [1] - 114:16

**original** [1] - 41:1

**originally** [3] - 61:25, 62:6

**origination** [1] - 37:24

**ORLEANS** [9] - 1:8, 2:8, 2:16, 2:23, 3:22, 5:16, 5:23, 6:16, 8:10

**Orleans** [1] - 88:14

**otherwise** [1] - 37:25

**outbursts** [1] - 14:15

**Outer** [1] - 16:8

**outlined** [1] - 101:18

**outside** [2] - 21:20, 94:11

**outstanding** [2] -

68:6, 68:7
**over-speeding** [1] - 37:13
**overall** [1] - 118:19
**overarching** [1] - 35:15
**overboard** [2] - 131:25, 136:25
**overdue** [2] - 106:23, 106:24
**overflow** [5] - 15:11, 15:18, 24:24, 25:20, 71:8
**overlapping** [1] - 19:18
**overloaded** [1] - 44:22
**overriding** [2] - 36:25, 39:7
**overrode** [1] - 36:21
**oversee** [1] - 65:13
**overview** [1] - 13:15
**overwhelmed** [3] - 36:10, 38:15, 136:22
**overwhelming** [2] - 29:9, 116:22
**overworked** [1] - 55:14
**own** [37] - 27:11, 27:25, 32:20, 44:5, 54:16, 55:24, 66:13, 76:25, 77:3, 78:19, 81:1, 81:2, 81:23, 83:6, 83:15, 83:19, 84:1, 84:2, 84:19, 85:2, 85:9, 86:11, 86:21, 88:2, 90:5, 90:8, 92:13, 93:16, 95:2, 97:14, 98:6, 103:19, 108:4, 114:14, 119:17, 127:25, 131:10
**owned** [2] - 17:1, 40:20
**owner** [12] - 18:2, 18:6, 18:7, 18:11, 18:14, 18:20, 18:24, 19:3, 26:21, 72:17, 106:12, 107:14
**owners** [1] - 39:20
**ownership** [1] - 85:12

## P

**p.m** [16] - 14:4, 74:6, 74:21, 90:14, 94:15, 96:17, 98:9, 98:12, 98:19, 111:15, 111:25, 115:7, 116:18, 134:8,

138:13, 142:22
**P.O** [1] - 4:12
**pad** [1] - 111:8
**page** [2] - 24:2, 82:17
**PAGE** [1] - 9:3
**pages** [3] - 69:25, 82:15
**paid** [4] - 55:6, 99:9, 99:14, 113:16
**Paine** [1] - 60:6
**PALMINTIER** [1] - 3:14
**PAN** [1] - 2:15
**panic** [1] - 141:21
**panicked** [1] - 140:20
**panicking** [1] - 141:10
**pants** [4] - 61:3, 76:7, 77:13, 132:13
**paranoia** [3] - 61:5, 76:8, 77:6
**pardon** [2] - 79:3, 89:19
**Park** [1] - 88:14
**part** [8] - 13:13, 14:24, 22:14, 27:1, 103:12, 112:4, 122:12, 122:15
**partially** [1] - 31:22
**participate** [1] - 68:15
**participated** [1] - 40:25
**participating** [1] - 16:17
**particular** [4] - 15:25, 20:10, 41:19, 46:14
**particularly** [5] - 19:8, 19:18, 22:22, 32:1, 86:17
**parties** [19] - 13:10, 13:25, 14:19, 16:17, 18:12, 21:18, 22:1, 22:3, 22:6, 22:19, 23:10, 24:9, 24:15, 26:5, 72:3, 72:8, 72:14, 103:15, 118:15
**partly** [1] - 49:5
**partners** [1] - 102:21
**parts** [1] - 41:2
**party** [6] - 13:15, 18:17, 21:11, 21:14, 107:16, 107:17
**party's** [1] - 16:1
**pass** [1] - 98:11
**pass/fail** [1] - 91:6
**passed** [2] - 68:3, 97:22
**passive** [2] - 37:25, 38:1
**past** [5] - 31:4, 60:24,

64:4, 66:9, 120:13
**Pat** [1] - 119:1
**patch** [1] - 132:1
**Patrick** [1] - 66:1
**pattern** [1] - 31:11
**paul** [1] - 11:4
**PAUL** [1] - 2:14
**Paul** [1] - 43:25
**pay** [3] - 58:13, 58:16, 99:12
**paying** [1] - 57:4
**Payne** [2] - 65:22, 68:14
**penalize** [1] - 105:17
**penalizes** [1] - 105:17
**penalties** [3] - 17:21, 20:12, 84:14
**penalty** [1] - 19:21
**pending** [2] - 18:5, 18:7
**penetrate** [1] - 59:18
**PENNSYLVANIA** [1] - 6:4
**People** [1] - 76:22
**people** [38] - 36:23, 38:7, 47:7, 74:17, 77:17, 77:19, 77:23, 78:1, 81:8, 81:15, 87:19, 93:12, 98:19, 98:20, 99:25, 100:3, 100:5, 100:12, 100:18, 104:21, 114:1, 117:17, 119:1, 119:16, 119:18, 119:19, 119:21, 124:19, 125:5, 130:7, 132:4, 132:9, 133:18, 134:16, 138:3, 140:25, 141:20
**people's** [1] - 77:24
**PEPPER** [1] - 8:8
**Pepper** [3] - 143:3, 143:12, 143:13
**per** [1] - 87:12
**percent** [9] - 58:18, 64:24, 107:14, 109:11, 109:13, 109:15, 110:2, 126:24, 127:2
**percipient** [1] - 93:4
**perfectly** [2] - 84:21, 101:15
**perform** [6] - 56:2, 62:3, 62:22, 67:17, 97:19, 108:2
**performance** [9] - 29:3, 32:21, 44:12, 56:11, 64:13, 64:18, 119:4, 125:24,

142:12
**Performance** [3] - 43:25, 47:24, 48:11
**performed** [7] - 29:18, 30:5, 44:20, 55:17, 55:20, 96:1, 128:6
**performing** [3] - 30:24, 35:9, 119:4
**perhaps** [1] - 141:24
**period** [2] - 122:13, 134:24
**perished** [1] - 121:15
**permanently** [1] - 16:15
**permit** [2] - 41:5, 133:11
**permits** [1] - 18:2
**person** [6] - 21:25, 33:21, 33:25, 35:4, 65:12, 110:6
**personally** [2] - 104:6, 125:1
**personnel** [12] - 28:17, 38:8, 44:21, 47:18, 49:15, 49:17, 50:14, 60:16, 62:21, 65:10, 65:17, 106:13
**perspectives** [1] - 93:7
**pervaded** [1] - 78:23
**Petition** [1] - 10:16
**PETITION** [1] - 1:12
**petroleum** [2] - 27:7, 60:3
**Petroleum** [1] - 55:21
**Phase** [6] - 16:18, 17:14, 19:25, 20:5, 20:18, 114:18
**phase** [9] - 13:24, 14:1, 20:11, 20:12, 20:15, 30:21, 101:12, 107:16
**phases** [2] - 100:10, 100:16
**phenomenon** [3] - 93:2, 93:9, 93:17
**Phil** [1] - 13:3
**philosophy** [2] - 43:23, 47:20
**phone** [10] - 14:11, 15:3, 74:21, 75:1, 96:21, 97:6, 98:15, 98:19, 99:19, 112:25
**phones** [1] - 14:9
**photographs** [1] - 14:22
**phrase** [2] - 50:10, 124:8
**piece** [8] - 40:19, 41:8, 41:10, 75:24, 84:23,

90:1, 125:16, 141:2
**pieces** [4] - 84:18, 84:21, 85:12, 95:17
**pipe** [27] - 50:1, 50:9, 50:11, 91:10, 91:13, 91:25, 92:1, 92:17, 94:2, 95:9, 95:10, 96:12, 112:15, 113:13, 133:2, 133:4, 133:22, 134:1, 134:9, 135:20, 135:23, 135:25, 136:4, 136:8, 139:12, 139:17, 139:20
**pipes** [2] - 91:10, 91:23
**piping** [2] - 42:3, 139:23
**pit** [3] - 51:19, 57:2, 125:20
**place** [17] - 25:16, 32:25, 53:15, 57:18, 58:3, 63:8, 64:9, 87:3, 111:16, 121:5, 123:11, 123:12, 123:19, 126:20, 127:9, 130:3, 139:4
**placed** [3] - 14:10, 59:8, 63:20
**placement** [1] - 72:23
**places** [1] - 43:14
**plaintiff** [6] - 11:6, 19:9, 20:10, 72:10, 80:12, 99:17
**PLAINTIFFS** [1] - 2:3
**plaintiffs** [5] - 16:18, 18:13, 19:10, 101:16
**plaintiffs'** [2] - 11:24, 122:25
**Plaintiffs'** [2] - 20:23, 26:19
**plan** [6] - 22:5, 23:12, 60:23, 101:19, 131:13, 132:19
**planned** [2] - 62:6, 131:9
**planning** [4] - 47:25, 71:2, 106:4, 130:25
**plans** [2] - 26:8, 64:23
**play** [1] - 22:1
**played** [3] - 69:18, 117:22, 126:1
**playing** [1] - 67:15
**PLC** [1] - 5:20
**plea** [2] - 130:20
**pleas** [1] - 113:22
**Pleasant** [1] - 38:18
**pleasure** [1] - 118:6
**pled** [3] - 113:24,

114:4, 114:8
**plug** [4] - 61:19, 62:15, 131:14, 132:21
**plus** [3] - 18:5, 50:11, 80:8
**pocket** [1] - 82:9
**Pod** [1] - 51:3
**pods** [1] - 42:24
**point** [24] - 37:24, 42:7, 43:10, 51:7, 75:12, 78:20, 86:17, 87:12, 87:18, 88:10, 88:13, 99:13, 101:24, 102:8, 110:8, 113:3, 117:21, 118:7, 124:13, 124:18, 125:25, 126:17, 130:19, 137:4
**pointed** [3] - 82:14, 84:13, 89:12
**pointer** [2] - 86:25, 89:9
**pointless** [1] - 67:17
**points** [1] - 101:20
**policies** [1] - 47:21
**policy** [4] - 14:25, 36:3, 38:4, 136:16
**polluted** [1] - 105:2
**Pollution** [1] - 17:20
**pollution** [4] - 35:1, 35:18, 39:2, 104:24
**poor** [3] - 48:10, 56:11, 61:17
**poorly** [4] - 36:7, 40:6, 53:17, 54:4
**popped** [1] - 135:18
**pore** [2] - 46:18, 59:19
**port** [1] - 48:14
**portion** [1] - 58:15
**posed** [1] - 33:12
**position** [1] - 53:4
**positioning** [4] - 35:5, 35:9, 40:7, 40:11
**positive** [2] - 32:5, 62:11
**possibility** [2] - 23:7, 121:1
**possible** [3] - 15:4, 93:17, 104:2
**post** [3] - 18:5, 57:5, 109:25
**POST** [3] - 2:4, 4:18, 5:12
**post-casualty** [1] - 18:5
**post-Hurricane** [1] - 109:25
**posted** [5] - 15:9,

23:15, 23:17, 23:20, 24:6
**potential** [10] - 31:6, 32:3, 37:10, 42:11, 42:17, 43:5, 53:23, 66:7, 80:10, 138:9
**potentially** [2] - 33:17, 92:3
**pounds** [10] - 87:12, 87:14, 87:15, 87:16, 92:17, 109:21, 109:22, 109:23, 110:1
**pour** [1] - 62:9
**pouring** [3] - 62:9, 128:10, 128:13
**power** [6] - 50:18, 50:21, 81:19, 81:22, 99:2, 139:11
**powered** [2] - 43:6, 50:17
**powerful** [1] - 139:11
**PowerPoint** [1] - 47:9
**POYDRAS** [4] - 2:15, 5:22, 6:16, 8:9
**practically** [1] - 28:4
**practice** [4] - 27:10, 76:16, 77:5, 133:2
**practices** [2] - 32:5, 79:22
**preached** [1] - 122:3
**precautions** [3] - 88:20, 108:19, 108:22
**preceding** [2] - 26:3, 60:18
**precious** [1] - 100:19
**precisely** [4] - 89:15, 116:5, 117:6, 121:11
**preclude** [1] - 23:7
**predictable** [1] - 101:21
**predicted** [1] - 66:25
**prediction** [1] - 132:13
**preliminary** [1] - 26:12
**prematurely** [1] - 52:13
**prepared** [2] - 22:3, 139:1
**preparedness** [1] - 30:20
**preparing** [1] - 16:6
**presence** [1] - 62:25
**present** [11] - 21:7, 21:9, 21:12, 21:16, 53:23, 67:15, 75:10, 84:19, 84:22, 91:8, 121:13
**presentation** [4] - 15:12, 15:16, 21:18,

71:3
**presented** [1] - 138:22
**president** [5] - 29:2, 32:20, 65:1, 65:6, 70:10
**President** [1] - 57:15
**press** [11] - 15:21, 22:10, 22:21, 23:4, 23:20, 24:17, 24:20, 25:12, 25:14, 25:17, 103:21
**pressure** [97] - 27:2, 28:9, 28:11, 35:23, 36:1, 36:10, 41:15, 42:13, 42:16, 46:15, 50:10, 52:1, 53:20, 58:10, 58:19, 59:8, 59:13, 59:19, 60:13, 61:17, 62:11, 62:20, 72:23, 74:3, 78:15, 83:1, 83:24, 84:6, 86:7, 86:8, 86:19, 86:21, 87:9, 87:15, 87:16, 88:8, 90:7, 90:15, 90:16, 90:22, 91:3, 91:8, 91:10, 91:14, 91:20, 91:23, 92:1, 92:3, 92:11, 92:15, 92:17, 92:23, 93:19, 94:10, 94:16, 94:24, 95:7, 95:8, 95:9, 95:10, 95:11, 95:21, 96:5, 96:12, 97:19, 97:21, 98:6, 99:6, 99:11, 106:5, 106:20, 106:22, 111:22, 111:23, 112:8, 112:15, 113:12, 113:13, 116:2, 127:15, 130:18, 131:4, 131:11, 132:7, 133:1, 133:4, 133:6, 133:20, 133:25, 134:2, 134:4, 135:18, 135:19, 136:4, 136:8
**pressured** [1] - 65:3
**pressures** [5] - 46:18, 64:12, 91:10, 92:12, 133:24
**pressuring** [3] - 85:21, 90:19, 92:4
**pretrial** [1] - 17:24
**pretty** [1] - 126:13
**prevent** [6] - 85:21, 87:3, 88:24, 94:20, 99:2, 102:6
**preventable** [2] - 70:12, 101:22

**prevented** [7] - 34:17, 38:23, 74:14, 74:23, 90:10, 94:18, 97:17
**preventer** [18] - 17:6, 31:4, 40:18, 40:19, 41:1, 41:4, 43:13, 45:10, 45:12, 46:1, 48:23, 49:4, 49:9, 49:17, 50:6, 50:8, 102:6, 139:1
**prevention** [1] - 29:10
**preview** [1] - 13:15
**previous** [5] - 32:18, 64:8, 66:21, 67:15, 96:19
**previously** [2] - 20:19, 59:22
**primarily** [2] - 15:21, 19:22
**primary** [5] - 46:11, 49:22, 72:15, 75:12, 95:17
**print** [1] - 82:19
**Pritchard** [1] - 60:3
**private** [4] - 16:20, 19:12, 20:22, 101:16
**privilege** [4] - 101:5, 102:25, 114:10, 114:13
**privity** [3] - 18:22, 18:24, 19:3
**proactive** [1] - 43:21
**problem** [22] - 29:8, 31:14, 32:18, 34:16, 36:18, 39:14, 39:25, 40:2, 50:14, 53:6, 67:5, 71:4, 71:9, 71:16, 105:16, 112:10, 115:24, 118:4, 119:11, 119:12, 129:14, 135:18
**problematic** [1] - 112:5
**problems** [14] - 30:10, 32:9, 33:2, 46:7, 49:22, 52:20, 68:11, 77:14, 87:6, 89:23, 117:23, 124:18, 125:2, 126:21
**procedure** [6] - 22:20, 27:2, 60:23, 62:21, 108:15, 108:16
**procedures** [9] - 28:21, 28:24, 29:20, 30:4, 32:13, 79:24, 120:15, 127:4, 141:22
**proceed** [7] - 29:11, 60:2, 71:17, 113:2,

115:15, 116:13, 128:12
**proceeded** [1] - 94:4
**proceeding** [3] - 18:9, 18:17, 25:4
**proceedings** [6] - 15:22, 117:21, 118:7, 125:25, 126:17, 143:9
**PROCEEDINGS** [3] - 1:20, 8:12, 10:1
**process** [23] - 57:17, 57:24, 58:4, 63:22, 63:24, 64:2, 64:13, 65:13, 65:20, 65:25, 66:10, 66:13, 66:16, 66:25, 67:5, 67:6, 67:16, 68:3, 69:22, 70:3, 85:18, 106:4, 124:3
**processes** [2] - 47:2, 47:14
**produce** [1] - 110:13
**PRODUCED** [1] - 8:13
**production** [13] - 51:18, 52:7, 58:12, 58:20, 63:20, 64:7, 64:12, 64:15, 65:4, 65:24, 80:11, 85:19, 108:2
**Production** [4] - 10:18, 58:15, 58:19, 65:7
**PRODUCTION** [3] - 1:15, 5:19, 5:20
**professional** [1] - 103:16
**Professor** [3] - 63:23, 130:14, 142:10
**proffered** [1] - 22:18
**profit** [8] - 58:18, 63:20, 77:25, 78:20, 80:11, 80:13, 80:18, 125:10
**profits** [5] - 64:16, 66:5, 77:16, 77:17
**program** [3] - 28:23, 66:11, 67:13
**programs** [3] - 120:2, 120:5, 120:20
**progresses** [1] - 22:4
**prohibited** [3] - 14:23, 14:25, 15:17
**Project** [1] - 47:17
**project** [1] - 58:24
**projected** [1] - 61:17
**projects** [1] - 65:6
**promised** [1] - 67:21
**promotion** [1] - 117:5
**promptly** [1] - 39:1

**proof** [2] - 21:5, 110:23
**proper** [7] - 14:13, 29:25, 35:8, 36:16, 44:11, 120:10, 141:19
**properly** [9] - 45:13, 46:4, 53:17, 89:18, 95:11, 112:16, 113:14, 117:1, 141:25
**property** [1] - 64:11
**prophecy** [1] - 76:11
**prophetic** [1] - 132:13
**prophetically** [4] - 28:25, 29:12, 30:19, 69:3
**proposed** [1] - 93:1
**proposition** [1] - 104:19
**proprietary** [1] - 54:13
**prospect** [1] - 16:24
**protect** [5] - 39:9, 89:13, 90:2, 96:23, 106:13
**protecting** [2] - 40:22, 49:2
**protection** [4] - 63:21, 64:7, 64:15, 65:24
**protocol** [1] - 63:13
**protocols** [1] - 55:23
**proud** [1] - 122:11
**prove** [9] - 19:3, 70:14, 70:18, 70:19, 70:21, 84:12, 102:19, 102:20, 130:19
**proved** [1] - 99:7
**provide** [12] - 17:3, 17:8, 22:21, 51:18, 52:5, 53:7, 53:21, 56:17, 57:7, 58:4, 86:6, 116:23
**provided** [2] - 15:23, 53:20
**provides** [1] - 67:10
**proving** [1] - 19:1
**provision** [1] - 57:17
**PSC** [18] - 10:22, 10:24, 11:1, 11:2, 11:3, 11:4, 11:7, 11:8, 11:9, 11:11, 11:20, 21:6, 21:15, 22:16, 34:2, 43:18, 130:17, 138:17
**PSC's** [2] - 112:17, 130:14
**psi** [1] - 93:18
**public** [15] - 15:6, 15:9, 15:21, 22:11,

22:21, 23:4, 23:15, 23:17, 23:20, 23:22, 23:24, 24:17, 25:13, 25:18, 103:22
**published** [1] - 82:12
**pulled** [2] - 56:9, 139:12
**pulling** [2] - 56:12, 61:18
**pump** [1] - 62:4
**pumped** [4] - 55:13, 55:14, 90:17, 131:23
**pumping** [3] - 52:1, 81:16, 85:20
**pumps** [4] - 113:10, 135:17, 135:19, 136:1
**punitive** [2] - 102:24, 106:1
**purpose** [2] - 85:20, 116:1
**purposes** [3] - 17:23, 17:24, 90:24
**push** [2] - 60:21, 68:17
**pushed** [1] - 80:4
**pushing** [1] - 141:10
**put** [14] - 47:9, 48:13, 61:10, 77:16, 81:15, 82:13, 86:18, 111:4, 114:8, 125:10, 126:22, 137:22, 140:11, 142:10
**putting** [4] - 64:15, 100:15, 113:16, 116:7
**puzzle** [1] - 84:18

## Q

**QC** [1] - 128:23
**quality** [1] - 52:25
**quantity** [1] - 20:16
**questioned** [1] - 21:19
**questions** [8] - 19:7, 23:21, 24:8, 52:24, 114:17, 115:1, 115:9, 141:20
**quick** [1] - 47:11
**quickly** [3] - 32:6, 36:10, 138:5
**quote** [15] - 61:2, 76:18, 79:1, 79:2, 79:3, 79:4, 87:20, 87:24, 88:1, 89:17, 89:18, 95:25, 130:15, 132:12
**quoted** [1] - 126:11

## R

**RACHEL** [2] - 4:11, 6:19
**Rachel** [2] - 12:12, 114:14
**ragged** [2] - 79:2, 96:3
**raining** [1] - 56:24
**raise** [2] - 58:17, 58:19
**raised** [2] - 39:22, 140:20
**ram** [4] - 42:7, 42:10, 49:24, 137:2
**rams** [14] - 42:2, 42:4, 42:8, 42:19, 49:8, 49:9, 49:18, 50:5, 50:8, 51:6, 137:10, 139:9, 139:14, 140:1
**ran** [3] - 50:18, 62:20, 137:22
**Randy** [4] - 31:1, 137:12, 137:14, 137:20
**ranked** [1] - 117:20
**rapidly** [1] - 42:14
**rate** [1] - 29:9
**rather** [10] - 31:14, 43:20, 46:13, 61:24, 63:13, 65:17, 66:3, 128:11, 129:24, 130:1
**re** [3] - 10:14, 10:15, 97:19
**RE** [2] - 1:5, 1:12
**re-perform** [1] - 97:19
**reach** [2] - 104:20, 106:15
**reaching** [1] - 23:3
**reactive** [1] - 43:20
**read** [4] - 15:10, 82:17, 91:25, 126:22
**readiness** [1] - 44:2
**reading** [2] - 91:14, 91:20
**readjust** [1] - 111:5
**ready** [4] - 52:11, 62:25, 68:25, 71:17
**real** [2] - 62:15, 110:18
**reality** [1] - 48:12
**realize** [2] - 139:3, 141:12
**realized** [3] - 41:22, 56:23, 115:14
**really** [6] - 24:6, 61:16, 68:19, 104:14, 107:4, 126:5
**REALTIME** [1] - 8:8
**Realtime** [2] - 143:3,

143:13
**reason** [8] - 84:7, 89:15, 97:13, 97:18, 102:22, 123:14, 136:18, 139:1
**reasonable** [1] - 94:11
**reasons** [1] - 127:10
**reassess** [1] - 57:12
**rebuild** [1] - 47:11
**rebuttal** [1] - 21:16
**receive** [2] - 44:14, 121:19
**received** [7] - 35:10, 40:13, 65:5, 68:2, 127:6, 129:12, 140:10
**recent** [4] - 23:23, 29:4, 47:4, 47:23
**recess** [6] - 13:18, 71:11, 71:14, 142:17, 142:20, 142:23
**RECESS.....................
............... [1] - 9:10
**recessing** [1] - 14:3
**rechargeable** [1] - 108:8
**reckless** [6] - 43:19, 70:22, 73:3, 73:23, 80:16, 81:10
**recklessly** [3] - 35:20, 57:5, 83:2
**recklessness** [2] - 81:6, 82:21
**recognize** [2] - 28:18, 63:5
**recognized** [3] - 31:20, 47:24, 57:25
**recognizes** [1] - 105:20
**recommendation** [1] - 30:23
**recommendations** [3] - 30:7, 67:4, 108:3
**recommended** [6] - 30:1, 51:21, 62:5, 86:15, 123:24, 141:11
**Record** [1] - 15:8
**record** [6] - 10:21, 22:17, 75:9, 118:12, 122:11, 143:8
**RECORDED** [1] - 8:12
**recorded** [1] - 21:21
**recording** [1] - 14:23
**recordkeeping** [2] - 43:1, 43:4
**recounted** [1] - 33:7
**recovered** [3] - 109:17, 110:1, 110:3

**recreation** [2] - 100:6, 105:8
**red** [3] - 27:12, 135:20, 139:25
**REDDEN** [1] - 7:11
**redesigned** [1] - 108:6
**redoing** [1] - 79:10
**reduce** [2] - 69:8, 69:9
**reduced** [1] - 61:23
**reducing** [1] - 35:1
**redundant** [1] - 43:11
**reemphasize** [1] - 125:9
**refer** [5] - 19:11, 19:12, 23:22, 36:23, 131:23
**reference** [5] - 30:1, 87:12, 88:13, 110:12, 131:11
**referred** [7] - 106:25, 107:20, 123:1, 123:10, 124:5, 124:11, 128:17
**refitting** [1] - 48:15
**reflected** [4] - 31:12, 64:2, 64:3, 133:16
**reflects** [1] - 63:25
**refusal** [2] - 40:17, 48:18
**refused** [9] - 30:6, 62:5, 62:12, 62:23, 66:9, 77:8, 81:5, 109:7, 130:15
**refusing** [1] - 53:6
**Regan** [1] - 12:2
**REGAN** [2] - 6:8, 12:2
**regard** [1] - 24:20
**regarded** [1] - 118:22
**regarding** [9] - 13:21, 15:6, 20:15, 21:17, 30:20, 43:1, 53:10, 67:23, 68:2
**regardless** [1] - 54:25
**Register** [2] - 33:1, 33:3
**REGISTERED** [1] - 8:9
**Registered** [1] - 143:3
**registered** [1] - 143:14
**regular** [1] - 140:10
**regulation** [2] - 88:19, 89:16
**regulations** [2] - 79:22, 79:23
**reinforced** [1] - 120:20
**reject** [1] - 94:1
**related** [3] - 17:4, 20:5, 23:13
**RELATES** [1] - 1:10
**relating** [4] - 20:1, 20:7, 20:14, 33:10

**relatively** [1] - 64:9
**relearned** [1] - 122:5
**release** [3] - 20:4, 30:16, 32:2
**released** [1] - 136:4
**Reliability** [1] - 47:17
**reliable** [1] - 67:11
**reliance** [2] - 63:8, 105:6
**relief** [1] - 16:16
**relived** [1] - 122:5
**rely** [1] - 86:5
**relying** [1] - 115:19
**remainder** [1] - 142:17
**remained** [2] - 36:19, 67:24
**remaining** [1] - 21:12
**remains** [1] - 99:24
**remark** [1] - 137:19
**remarks** [1] - 114:16
**remember** [1] - 137:16
**remind** [1] - 14:21
**reminded** [2] - 76:18, 121:1
**remotely** [2] - 80:14, 115:17
**remove** [1] - 113:2
**removed** [6] - 38:2, 109:10, 109:11, 109:20, 109:22, 109:24
**RENAISSANCE** [1] - 7:20
**renowned** [1] - 66:13
**repair** [3] - 43:18, 68:7, 68:22
**repaired** [1] - 71:16
**repairing** [1] - 44:15
**repairs** [4] - 44:20, 45:24, 48:15, 68:13
**repeat** [1] - 91:23
**repeated** [1] - 80:20
**repeatedly** [2] - 60:4, 122:5
**replaced** [1] - 133:8
**replied** [1] - 69:2
**Report** [9] - 63:8, 63:10, 63:16, 82:14, 83:6, 85:2, 93:8, 94:24, 98:10
**report** [15] - 22:12, 22:14, 29:23, 31:19, 33:3, 33:8, 33:15, 92:8, 93:16, 120:7, 120:22, 122:17, 122:18, 129:13, 130:15
**Report's** [1] - 83:21
**reported** [5] - 37:19, 60:12, 75:17, 75:20,

120:14
**REPORTER** [3] - 8:8, 8:8, 8:9
**Reporter** [7] - 143:3, 143:4, 143:5, 143:13, 143:14, 143:14
**REPORTER'S** [1] - 143:1
**reporters** [1] - 24:10
**reports** [4] - 23:13, 53:1, 123:8, 123:17
**represent** [1] - 114:10
**representation** [2] - 44:5, 85:16
**represented** [3] - 20:22, 42:7, 63:10
**requested** [3] - 39:25, 51:10, 68:15
**requests** [1] - 38:18
**require** [2] - 59:17, 79:24
**required** [16] - 33:21, 37:1, 41:14, 52:3, 52:5, 55:12, 55:21, 57:10, 57:18, 57:24, 58:6, 60:11, 63:3, 88:19, 89:15
**requirement** [3] - 34:11, 57:19, 58:3
**requirements** [4] - 18:7, 46:14, 66:10, 127:25
**requires** [1] - 59:21
**requiring** [5] - 36:5, 37:17, 39:23, 53:24, 68:6
**requisite** [1] - 34:22
**rerun** [1] - 96:22
**reserved** [3] - 24:21, 25:12, 25:16
**reservoir** [1] - 93:19
**resonated** [1] - 48:3
**resources** [1] - 105:7
**RESOURCES** [1] - 4:9
**respect** [4] - 19:8, 65:3, 114:17, 122:9
**respected** [3] - 39:19, 84:1, 117:14
**respectfully** [1] - 70:13
**responded** [2] - 68:23, 76:15
**response** [8] - 20:15, 77:5, 88:8, 106:7, 114:7, 126:7, 137:7, 141:25
**responsibilities** [3] - 39:21, 120:25, 121:20

**responsibility** [22] - 27:3, 28:3, 33:22, 34:6, 39:8, 46:3, 52:1, 77:10, 81:1, 81:13, 86:20, 86:24, 88:7, 89:7, 95:18, 98:2, 99:2, 99:8, 104:7, 105:12, 110:17, 124:18
**responsible** [6] - 41:9, 51:17, 70:25, 110:19, 110:20, 130:23
**responsive** [1] - 137:6
**rest** [3] - 13:11, 25:17, 74:22
**restore** [2] - 100:19, 105:10
**restructuring** [1] - 67:18
**rests** [1] - 28:4
**result** [9] - 27:19, 48:7, 51:2, 98:24, 99:1, 99:25, 113:22, 123:19, 136:5
**resulted** [1] - 64:24
**resulting** [1] - 60:19
**results** [9] - 48:3, 52:10, 60:13, 107:24, 111:24, 112:12, 128:23, 129:2, 131:1
**resume** [1] - 13:18
**retained** [1] - 66:14
**retrievable** [1] - 109:17
**retrospect** [1] - 104:12
**return** [1] - 116:25
**returns** [3] - 32:6, 35:25, 60:19
**revealed** [1] - 30:19
**reverse** [1] - 97:7
**Revette** [4] - 116:19, 117:8, 119:23, 121:14
**reviewed** [1] - 120:4
**RICHARD** [1] - 7:3
**Richard** [3] - 12:13, 27:7, 114:14
**rig** [89] - 10:14, 16:12, 28:17, 29:17, 30:3, 30:9, 32:17, 33:22, 37:11, 41:23, 41:24, 43:9, 44:14, 44:22, 44:24, 50:14, 59:8, 62:25, 68:4, 69:3, 74:5, 74:8, 74:10, 75:3, 75:14, 78:8, 78:13, 78:25, 80:24, 81:3, 81:20, 82:24,

82:25, 84:8, 85:19, 86:18, 87:19, 87:23, 88:13, 89:2, 89:21, 94:7, 94:17, 94:25, 95:4, 95:16, 95:21, 96:1, 96:23, 97:2, 97:3, 97:9, 97:16, 98:14, 98:19, 99:19, 102:14, 104:8, 106:23, 107:20, 111:17, 118:4, 118:5, 118:14, 118:18, 118:19, 119:4, 119:9, 119:11, 119:15, 119:19, 120:21, 122:19, 125:2, 125:20, 126:10, 127:6, 127:8, 129:9, 131:18, 132:20, 138:16, 139:11, 141:8, 142:3, 142:7
**Rig** [1] - 43:25
**RIG** [1] - 1:5
**rig's** [2] - 35:21, 77:11
**rig-based** [2] - 82:25, 84:8
**right-hand** [4] - 90:25, 91:14, 91:18, 91:19
**rigs** [8] - 27:20, 31:14, 31:25, 43:14, 46:23, 118:10, 118:23, 125:6
**ringing** [1] - 79:7
**rise** [4] - 10:7, 71:13, 85:5, 142:21
**riser** [16] - 28:15, 28:18, 29:16, 29:24, 30:3, 31:24, 32:3, 32:16, 49:11, 62:14, 62:16, 88:15, 94:5, 97:23, 98:12, 98:21
**risers** [1] - 31:21
**Risk** [1] - 63:19
**risk** [30] - 29:11, 29:18, 30:4, 33:12, 48:1, 54:20, 57:12, 57:24, 58:4, 58:7, 61:22, 63:3, 63:22, 65:23, 66:1, 66:3, 66:6, 66:13, 69:9, 70:6, 70:8, 78:2, 86:14, 104:19, 112:23, 116:7, 119:17, 127:23, 130:2, 138:10
**risked** [1] - 59:5
**riskiest** [1] - 69:17
**risks** [17] - 46:17, 53:23, 64:1, 66:7,

67:16, 70:3, 86:10, 86:16, 101:25, 105:20, 112:5, 113:6, 127:11, 127:17, 130:6, 130:12, 130:16
**risky** [2] - 130:5, 130:10
**Rivette** [1] - 99:20
**RMR** [2] - 8:8, 143:13
**road** [1] - 20:23
**ROBERT** [2] - 2:11, 6:4
**Robert** [4] - 10:24, 28:1, 61:11, 61:12
**Roberts** [3] - 12:7, 13:6, 114:13
**ROBERTS** [4] - 6:19, 7:13, 12:7, 13:6
**robust** [1] - 127:7
**role** [4] - 16:1, 52:2, 67:16, 69:18
**roles** [1] - 120:24
**Roman** [1] - 94:7
**Ronnie** [1] - 53:12
**room** [4] - 25:10, 37:9, 37:12, 89:25
**ROOM** [2] - 4:6, 8:9
**rooms** [2] - 25:20, 81:7
**rose** [1] - 135:19
**rotary** [2] - 31:5, 32:2
**ROUGE** [2] - 3:15, 5:12
**roughly** [2] - 16:13, 88:13
**Roy** [32] - 10:22, 26:15, 26:18, 69:23, 71:23, 72:2, 76:3, 77:19, 78:5, 82:14, 89:12, 101:18, 102:18, 105:15, 106:9, 106:25, 111:10, 121:4, 122:6, 122:10, 123:1, 123:10, 123:15, 124:2, 124:5, 124:21, 125:11, 126:19, 134:20, 136:21, 140:2, 141:14
**ROY** [6] - 2:3, 2:3, 10:22, 26:17, 69:25, 70:2
**ROY**......................[1] - 9:5
**rug** [1] - 123:16
**rule** [1] - 102:23
**rules** [4] - 14:25, 15:2, 15:6, 15:17

rulings [1] - 15:24
run [5] - 43:23, 55:11, 62:23, 63:1, 107:23
running [5] - 43:5, 43:8, 52:7, 86:14, 140:6
rush [4] - 58:10, 59:9, 59:25, 61:20
rushing [1] - 138:1
RUSNAK [1] - 3:17
résumé [1] - 22:13
résumés [1] - 23:14

## S

s/Cathy [1] - 143:12
sacrificed [1] - 77:23
saddest [1] - 97:11
safe [8] - 27:5, 44:4, 45:3, 60:14, 67:10, 79:25, 80:4, 86:5
safely [4] - 44:3, 106:13, 115:24, 116:25
safest [2] - 45:17, 104:2
safety [81] - 32:24, 33:5, 33:22, 34:6, 34:10, 35:6, 37:3, 37:7, 37:20, 40:19, 46:16, 46:20, 47:2, 47:10, 47:22, 48:17, 52:2, 57:8, 57:18, 57:24, 60:4, 61:23, 62:20, 63:21, 63:22, 63:24, 63:25, 64:2, 64:13, 64:16, 65:10, 65:11, 65:13, 65:16, 65:20, 65:21, 65:25, 66:6, 66:10, 66:13, 66:16, 66:24, 67:1, 67:5, 67:6, 67:16, 67:19, 67:23, 68:3, 68:4, 69:22, 70:3, 75:13, 77:10, 77:17, 77:23, 78:1, 78:9, 78:12, 78:20, 79:16, 79:22, 79:23, 80:2, 80:23, 90:16, 90:17, 96:16, 107:23, 116:14, 117:17, 117:24, 119:4, 122:9, 124:3, 125:9, 125:10, 127:1, 127:4, 127:6
Safety [2] - 33:20, 48:9
Sally [1] - 22:6
salt [5] - 59:14, 59:17,

59:18, 59:20, 59:22
Sam [1] - 55:24
same/adjoining [1] - 33:11
SAN [2] - 3:5, 4:6
sanctions [1] - 15:3
sank [1] - 16:13
satisfied [2] - 44:3, 95:25
save [10] - 54:23, 61:22, 62:1, 63:1, 69:12, 77:24, 94:20, 108:25, 142:7
saved [10] - 39:2, 74:16, 74:17, 78:9, 78:10, 82:8, 97:16, 99:16
saving [2] - 47:19, 49:18
savings [1] - 82:9
saw [9] - 65:17, 92:17, 113:6, 113:10, 115:24, 126:3, 132:10, 136:11, 137:8
scenario [2] - 35:10, 40:13
schedule [3] - 59:3, 109:1, 138:1
scheduled [1] - 25:4
Schlumberger [1] - 62:25
school [2] - 121:18, 121:22
Scofield [1] - 12:20
SCOFIELD [2] - 8:4, 12:20
SCOTT [1] - 4:10
Scott [1] - 11:12
scrap [1] - 97:4
scratch [1] - 54:19
screen [9] - 72:21, 74:8, 74:24, 79:14, 81:12, 83:5, 83:16, 83:20, 134:21
screens [6] - 15:12, 15:16, 25:21, 134:14, 134:25, 135:2
screwed [2] - 31:17, 126:10
Sea [2] - 102:2, 121:5
sea [3] - 42:25, 68:12, 136:20
seal [6] - 50:1, 50:5, 50:9, 54:5, 124:7, 136:13
sealed [1] - 16:15
seamen's [1] - 113:24
seat [5] - 61:2, 76:6,

77:13, 132:12, 141:11
seated [1] - 10:10
seating [1] - 25:17
seawater [2] - 27:6, 94:5
seaworthy [2] - 46:5, 107:1
second [13] - 21:9, 38:17, 73:5, 75:1, 83:12, 86:25, 99:19, 102:8, 104:16, 127:13, 129:23, 131:11, 131:14
SECREST [1] - 7:11
Section [1] - 17:21
section [2] - 30:24, 33:15
SECTION [2] - 4:9, 4:21
secure [1] - 27:5
securing [1] - 100:16
Security [1] - 48:9
Sedco [2] - 30:15, 121:4
see [31] - 14:5, 15:15, 22:23, 42:20, 50:15, 68:19, 73:13, 78:19, 82:21, 83:16, 85:2, 87:24, 88:5, 110:7, 119:6, 122:18, 122:21, 126:4, 131:7, 131:17, 133:20, 135:14, 135:16, 135:23, 136:1, 136:4, 136:8, 137:20, 139:7, 139:20, 141:1
seeing [1] - 126:7
seek [1] - 26:22
seeking [2] - 18:3, 60:15
seem [2] - 47:6, 140:25
seizure [1] - 15:3
selection [1] - 41:2
self [1] - 51:14
self-described [1] - 51:14
semisubmersible [1] - 28:21
send [1] - 119:19
Senior [2] - 74:9, 74:10
senior [12] - 31:1, 35:5, 35:7, 36:18, 40:10, 65:6, 81:5, 95:15, 96:13, 119:1, 124:16, 137:12
sense [4] - 61:7,

76:10, 93:6, 93:7
sensors [1] - 38:1
sent [6] - 46:24, 69:6, 75:23, 77:2, 132:15, 132:18
sentence [2] - 76:10, 129:23
separate [5] - 35:24, 51:5, 66:15, 84:11, 110:21
separator [7] - 35:21, 35:23, 36:4, 36:9, 36:13, 136:18, 136:22
September [3] - 68:22, 106:23, 109:25
Sepulvado [3] - 117:19, 125:22, 133:2
sequence [2] - 59:17, 83:17
series [6] - 29:3, 61:21, 73:2, 73:22, 83:8, 127:11
serious [8] - 47:7, 49:5, 52:24, 61:18, 63:5, 63:14, 63:15, 69:1
seriously [2] - 43:2, 45:7
seriousness [2] - 64:1, 99:24
served [1] - 37:23
service [5] - 38:2, 48:13, 81:17, 87:13, 104:25
services [5] - 17:4, 17:9, 51:15
SERVICES [1] - 7:17
SESSION [1] - 1:19
set [16] - 15:7, 28:22, 30:19, 33:17, 37:15, 37:25, 38:1, 87:4, 91:1, 94:6, 94:7, 124:20, 128:4, 128:8, 133:1, 136:17
sets [1] - 120:1
setting [1] - 62:14
seven [4] - 39:23, 40:1, 62:2
seventh [2] - 32:17, 62:16
several [4] - 15:11, 31:2, 36:21, 116:1
severally [2] - 106:11, 107:13
severe [3] - 87:5, 129:13, 138:9
severely [1] - 94:5
shack [8] - 56:24,

113:1, 113:5, 116:20, 119:22, 134:10, 134:21, 135:4
shadow [1] - 99:15
shall [2] - 21:12, 21:15
shameful [1] - 113:20
shared [1] - 27:3
shareholders [2] - 58:14, 58:18
SHARON [1] - 4:17
Shaw [1] - 65:6
SHAW [1] - 2:21
Shaw's [1] - 65:9
shear [16] - 42:2, 42:4, 42:7, 42:8, 42:18, 42:22, 49:8, 49:18, 49:24, 50:1, 50:5, 50:8, 50:9, 51:6, 139:14, 140:15
sheen [1] - 134:24
sheer [2] - 22:22, 23:10
Shelf [1] - 16:8
SHELL [1] - 5:21
Shell [1] - 125:3
shift [5] - 19:3, 72:14, 85:24, 113:19, 138:14
shifts [1] - 133:7
ship [1] - 131:19
ship's [1] - 46:2
shipmates [1] - 142:7
Shipowners' [2] - 17:17, 18:1
shipping [1] - 55:7
shipyard [2] - 45:24, 68:13
shitty [1] - 79:4
shore [2] - 109:11, 131:19
shoreline [3] - 100:7, 109:7, 109:8
shores [3] - 104:20, 109:12, 109:18
short [7] - 33:21, 47:19, 59:4, 64:9, 82:9, 99:18, 110:20
short-term [1] - 64:9
shortened [1] - 128:9
shorter [1] - 22:2
shortly [5] - 90:13, 96:17, 117:5, 133:17, 135:22
shouts [1] - 38:13
show [149] - 13:16, 26:23, 27:17, 28:2, 28:16, 32:22, 34:21, 35:19, 36:7, 36:12, 36:20, 39:6, 41:17,

41:22, 45:9, 46:11,
46:19, 47:14, 48:14,
48:18, 49:4, 49:14,
49:16, 50:4, 51:16,
52:12, 52:19, 53:16,
54:1, 54:23, 55:10,
55:16, 56:3, 56:12,
56:19, 56:25, 57:16,
57:20, 58:5, 58:14,
59:7, 60:12, 61:20,
63:6, 63:9, 63:18,
64:14, 64:19, 66:4,
66:8, 67:12, 67:22,
67:25, 68:9, 69:12,
72:13, 72:20, 73:2,
73:22, 73:24, 74:6,
74:13, 74:20, 74:25,
75:5, 75:15, 75:16,
75:19, 75:22, 76:14,
76:16, 76:24, 77:3,
77:7, 77:12, 77:16,
77:18, 78:4, 78:16,
78:24, 79:6, 79:9,
79:12, 79:20, 80:16,
80:22, 81:4, 81:9,
81:25, 82:7, 83:1,
86:2, 86:9, 86:22,
87:18, 87:22, 88:2,
88:22, 89:1, 90:5,
90:13, 90:24, 91:9,
91:22, 91:25, 92:16,
93:8, 93:24, 94:3,
94:13, 94:14, 94:23,
95:3, 95:6, 95:17,
95:19, 95:23, 96:2,
96:5, 96:8, 96:11,
96:23, 97:3, 97:5,
97:11, 97:19, 97:25,
98:8, 98:10, 98:18,
98:23, 99:7, 99:15,
101:24, 102:6,
102:10, 105:11,
105:24, 106:10,
107:8, 107:12,
108:1, 112:8, 115:2,
120:18, 122:10,
127:25, 128:5, 139:2
**showed** [3] - 107:25,
128:7, 128:22
**showing** [2] - 27:23,
51:1
**shown** [3] - 65:21,
81:10, 115:5
**shows** [7] - 18:21,
27:22, 75:11,
116:23, 122:7,
135:13, 139:5
**Shushan** [2] - 22:6,
103:9
**Shut** [1] - 99:21

**shut** [24] - 26:24,
27:16, 27:18, 28:18,
30:11, 32:12, 76:25,
77:4, 80:6, 89:8,
96:6, 96:24, 97:20,
97:21, 112:1,
112:19, 113:9,
125:18, 126:4,
135:17, 136:1,
137:2, 137:17
**shut-in** [1] - 32:12
**shutdown** [7] - 37:1,
37:6, 37:8, 37:18,
38:9, 38:11, 125:9
**SHUTLER** [1] - 4:17
**shutting** [5] - 30:12,
32:6, 37:13, 137:18,
137:19
**side** [9] - 11:24, 29:10,
72:10, 90:25, 91:18,
91:19, 92:2, 92:18,
139:23
**signal** [1] - 50:17
**signalling** [2] - 37:18,
37:24
**signed** [2] - 57:15,
133:17
**significant** [2] - 45:9,
89:22
**significantly** [3] -
39:11, 54:12, 63:4
**signs** [8] - 51:19,
56:20, 57:3, 57:4,
108:22, 134:10,
134:13, 134:16
**silent** [1] - 14:10
**similar** [1] - 115:17
**simple** [1] - 75:6,
77:8, 82:2, 82:5,
84:14, 90:9, 91:6,
98:1, 99:21, 133:19,
133:21
**simplify** [1] - 19:10
**simply** [4] - 14:25,
86:2, 90:22, 139:2
**Sims** [5] - 60:23,
75:20, 75:23, 76:4,
76:14, 76:16, 77:2,
132:15, 132:16
**Sims's** [2] - 77:3, 77:7
**simultaneous** [1] -
63:2
**SINCLAIR** [1] - 5:5
**single** [17] - 42:6,
42:7, 42:10, 43:9,
48:15, 51:6, 51:7,
55:12, 75:24, 84:7,
85:4, 85:5, 99:13,
120:7, 124:1, 142:1,
142:8

**sinking** [1] - 20:3
**Site** [1] - 74:10
**site** [28] - 16:24, 61:1,
75:17, 76:5, 76:6,
87:19, 88:17, 92:22,
93:2, 93:14, 93:21,
93:24, 95:4, 95:14,
95:20, 95:24, 96:10,
96:16, 96:21, 98:16,
99:5, 111:20,
115:14, 117:20,
117:25, 125:23,
133:3, 133:7
**sitting** [2] - 55:4,
130:7
**situation** [6] - 29:1,
29:21, 40:3, 49:1,
50:3, 60:1
**situations** [1] - 42:2
**six** [8] - 21:4, 31:24,
43:24, 62:14, 69:7,
123:1, 123:11, 131:3
**skim** [1] - 85:11
**slashed** [1] - 64:22
**slice** [5] - 83:11,
83:16, 87:1, 89:11,
98:6
**slices** [4] - 83:22,
88:9, 89:7, 90:4
**slide** [5] - 90:25,
91:14, 91:19, 92:2,
92:19
**SLIDELL** [1] - 3:12
**slightly** [2] - 125:18,
134:11
**sliver** [2] - 99:15,
122:24
**slurries** [1] - 121:3
**slurry** [6] - 52:4, 52:6,
54:17, 55:13,
107:22, 107:25
**small** [3] - 35:24,
68:24, 122:23
**smog** [1] - 110:8
**smoke** [2] - 57:2, 72:1
**snapshot** [2] - 75:10,
75:11
**social** [1] - 104:25
**sold** [3] - 17:5, 50:5,
50:6
**sole** [3] - 52:1, 65:13,
116:1
**solve** [1] - 104:11
**someone** [1] - 71:9
**something's** [1] - 47:1
**sometimes** [2] -
80:18, 86:3
**somewhere** [1] -
114:15
**soon** [2] - 76:19,

76:21
**sorry** [3] - 12:22,
68:17, 73:5
**sort** [4] - 115:4,
122:10, 138:17,
141:1
**sorts** [1] - 14:15
**souls** [1] - 74:21
**sound** [3] - 40:7, 71:9,
73:6
**Sound** [1] - 105:4
**sounding** [2] - 37:5,
37:12
**sounds** [1] - 73:17
**source** [3] - 37:10,
37:14, 93:1
**SOUTH** [1] - 6:24
**south** [1] - 16:8
**space** [1] - 25:12
**spacer** [3] - 62:18,
108:16, 131:24
**spacers** [2] - 51:22,
121:3
**Special** [1] - 103:14
**specialized** [1] - 24:13
**specific** [4] - 29:24,
52:4, 67:4, 121:20
**specifically** [2] - 28:6,
37:2
**speed** [3] - 60:4,
64:10, 66:2
**speed-driven** [1] -
66:2
**speeding** [1] - 37:13
**spend** [2] - 128:2,
132:25
**spending** [2] - 58:22,
78:7
**spent** [4] - 32:10,
80:9, 93:11, 113:11
**Sperry** [12] - 27:24,
51:19, 56:3, 56:11,
56:14, 56:16, 56:20,
56:22, 57:1, 71:25,
135:9, 135:11
**Sperry-Sun** [4] -
56:22, 71:25, 135:9,
135:11
**spike** [1] - 135:16
**spill** [13] - 10:14,
20:16, 76:2, 81:23,
83:22, 94:20, 97:16,
97:17, 101:13,
101:21, 101:23,
102:8, 113:25
**SPILL** [1] - 1:5
**Spill** [1] - 98:4
**SPIRO** [1] - 4:22
**Sprague** [1] - 68:1
**spring** [1] - 45:20

**sprung** [1] - 142:3
**SQUARE** [1] - 5:21
**square** [1] - 87:12
**squeeze** [2] - 80:18,
129:24
**squirrelly** [1] - 111:24
**stability** [3] - 55:12,
62:9, 107:24
**stable** [1] - 138:12
**stack** [1] - 97:22
**staff** [5] - 24:5, 24:7,
103:10, 103:11,
103:19
**stand** [6] - 63:24,
79:16, 80:7, 101:5,
102:25, 123:15
**standard** [10] - 55:23,
57:22, 57:23, 63:13,
84:24, 85:7, 119:8,
119:9, 120:8, 120:19
**standards** [7] - 27:9,
27:11, 41:13, 84:18,
120:1, 124:20, 128:7
**standdown** [1] - 88:4
**standing** [3] - 73:25,
85:5, 113:4
**standpoint** [2] - 44:13,
119:5
**stands** [1] - 130:17
**start** [8] - 44:3, 44:5,
45:3, 61:18, 69:4,
71:22, 85:19, 133:9
**started** [4] - 56:7,
56:24, 59:5, 128:11
**starting** [1] - 63:23
**starts** [1] - 135:24
**startups** [1] - 58:24
**STATE** [3] - 5:3, 5:8,
5:10
**State** [8] - 11:14,
11:15, 11:22, 11:23,
101:3, 102:24,
109:14, 143:4
**state** [5] - 27:11,
104:1, 105:15,
110:3, 119:21
**statement** [2] - 16:2,
79:15
**statements** [12] -
13:10, 13:11, 13:13,
13:17, 13:20, 20:20,
20:24, 25:23, 26:13,
26:15, 142:18,
142:19
**STATEMENTS** [10] -
9:5, 9:6, 9:7, 9:8,
9:9, 26:16, 71:19,
100:25, 103:6,
111:12
**states** [3] - 81:22,

100:20, 105:6
**STATES** [4] - 1:1,
1:14, 1:22, 4:3
**States** [22] - 10:17,
11:12, 11:17, 11:19,
15:1, 16:19, 16:20,
19:11, 20:24, 20:25,
21:7, 21:15, 84:13,
100:3, 101:4,
101:16, 104:9,
140:4, 143:5, 143:15
**States'** [4] - 17:19,
19:15, 71:3, 88:6
static [2] - 42:15,
55:25
**STATION** [1] - 4:24
station [3] - 81:17,
87:13, 139:12
statute [2] - 17:25,
18:2
stay [1] - 26:10
stayed [3] - 18:8, 78:8,
115:24
Steering [2] - 20:23,
26:19
stemming [2] - 17:11,
89:21
**STENOGRAPHY** [1] -
8:12
step [2] - 14:11, 137:7
Stephanie [2] - 10:11,
71:6
Stephen [4] - 116:19,
117:11, 119:23,
121:13
**STEPHEN** [1] - 2:7
steps [1] - 43:12
Sterbcow [1] - 11:4
**STERBCOW** [3] -
2:14, 2:14, 11:4
**STERNBERG** [2] -
7:24, 12:18
Sternberg [1] - 12:18
Steve [9] - 11:5, 11:17,
12:7, 41:7, 44:7,
46:24, 114:13,
137:15
Steven [1] - 124:23
**STEVEN** [2] - 4:10,
6:19
still [12] - 40:3, 46:8,
55:4, 64:15, 71:6,
73:6, 87:25, 93:12,
95:9, 100:9, 110:19,
128:20
stock [1] - 93:3
stop [6] - 37:9, 73:5,
90:19, 96:6, 139:19,
139:21
stopped [4] - 37:11,

94:18, 98:5, 132:6
stopping [2] - 49:19,
77:14
story [5] - 69:15,
77:21, 79:17, 82:13,
129:21
straight [1] - 77:8
**STRANGE** [3] - 5:4,
11:15, 101:1
Strange [4] - 11:15,
101:3, 103:4, 104:4
**STRANGE..............**
.. [1] - 9:7
Strategic [1] - 48:11
strategy [1] - 82:13
straws [2] - 133:19,
133:21
**STREET** [18] - 2:4,
2:11, 2:15, 2:19,
2:22, 3:11, 3:15,
3:22, 5:11, 5:16,
5:22, 6:16, 6:20, 7:4,
7:14, 7:21, 8:5, 8:9
strength [2] - 55:25,
128:6
stress [1] - 78:22
strictly [2] - 14:23,
107:13
striking [1] - 119:19
string [3] - 51:22,
61:24, 127:19
strong [1] - 136:12
strongly [1] - 15:10
structure [3] - 34:17,
38:23, 39:3
stuck [1] - 129:25
students [1] - 92:14
studied [1] - 120:14
studying [1] - 132:4
stuff [7] - 55:6, 55:8,
68:24, 122:2, 132:1,
136:19
subject [4] - 19:7,
22:18, 23:1, 23:6
subjected [1] - 15:2
subjects [2] - 20:17,
48:3
submit [5] - 114:25,
115:7, 116:8,
120:17, 138:5
submitted [2] - 21:21,
22:4
subsequent [1] -
33:13
subsequently [1] -
74:11
substantial [5] - 45:8,
46:20, 63:7, 66:18,
69:18
substantially [1] -

61:22
subsurface [1] -
109:21
subtle [2] - 134:10,
134:16
succeed [4] - 61:9,
76:12, 76:24, 132:14
success [7] - 62:24,
74:4, 83:2, 92:20,
94:2, 95:22, 111:23
successful [6] -
55:12, 91:21, 92:11,
94:1, 96:1, 133:15
successfully [2] -
50:9, 137:2
succumbed [1] -
69:13
sued [1] - 84:14
suffered [2] - 20:10,
100:3
suggest [3] - 70:14,
85:25, 123:2
suggested [2] - 121:6,
122:7
suite [1] - 55:20
**SUITE** [13] - 2:4, 2:15,
2:19, 3:4, 3:8, 5:22,
6:16, 6:20, 7:8, 7:14,
7:21, 7:24, 8:5
**SULLIVAN** [1] - 4:17
summarize [1] -
101:20
summation [1] - 79:16
summed [3] - 47:24,
70:11, 93:22
Sun [5] - 56:3, 56:22,
71:25, 135:9, 135:11
Sun's [1] - 56:11
Sunday [1] - 26:10
superiors [1] - 124:15
supervised [1] -
111:22
supervision [3] - 45:2,
53:7, 53:11
supervisor [1] - 53:13
Supervisor [1] - 44:8
supervisors' [1] - 33:7
support [3] - 21:7,
21:13, 127:5
supported [1] -
124:24
supports [1] - 101:17
supposed [5] - 87:2,
96:5, 97:15, 104:5,
141:6
surface [4] - 43:7,
50:18, 62:17, 85:11
survey [2] - 48:2,
125:7
surveyed [2] - 126:25,

127:3
survived [3] - 36:14,
142:2, 142:9
suspect [1] - 131:9
sustain [1] - 100:8
sustains [2] - 100:8,
100:19
**SUTHERLAND** [1] -
6:18
Swaco [1] - 108:14
swath [1] - 81:21
swear [1] - 96:4
sweep [1] - 123:16
sworn [1] - 76:24
system [46] - 32:25,
34:11, 34:14, 34:19,
34:24, 35:22, 35:23,
36:4, 36:9, 36:13,
36:17, 36:22, 36:24,
37:1, 37:2, 37:6,
37:7, 37:8, 37:17,
37:18, 38:4, 38:9,
38:11, 38:20, 38:22,
39:4, 43:1, 43:4,
43:13, 43:21, 45:5,
45:10, 47:12, 50:17,
57:18, 67:8, 67:9,
69:20, 89:17, 108:7,
108:10, 124:4,
131:23, 136:15,
136:17, 140:3
systemic [5] - 63:17,
66:21, 66:22, 82:20,
84:10
systems [6] - 46:16,
47:14, 48:9, 51:5,
67:10

## T

table [2] - 31:5, 32:3
tables [2] - 14:20,
25:16
tablets [1] - 14:9
tailored [1] - 121:20
**TANNER** [2] - 8:3,
12:19
Tanner [1] - 12:19
task [2] - 29:18, 47:25
teaching [1] - 121:23
Team [2] - 53:2, 60:6,
68:14, 70:3
team [1] - 28:22,
28:23, 31:16, 40:5,
44:5, 75:16, 75:19,
77:9, 93:17, 103:13,
108:25, 112:4,
128:16, 129:15,
130:15

teams [1] - 29:3
tear [1] - 68:24
tech [3] - 111:8,
111:10, 111:11
technical [8] - 24:14,
53:7, 65:10, 65:11,
71:4, 71:16, 138:20,
138:22
technically [1] - 19:9
technician [1] - 38:5
technology [3] -
45:17, 73:15, 111:7
telephone [2] - 74:11,
94:17
temperature [5] -
41:15, 46:15, 53:21,
59:13, 128:6
temperatures [1] -
46:18
temporarily [3] - 16:6,
61:21, 85:18
temporary [3] - 27:1,
60:22, 85:22
ten [6] - 60:19, 62:2,
75:1, 95:5, 98:9,
99:19
ten-second [2] - 75:1,
99:19
tender [1] - 22:17
tens [3] - 78:4, 100:2,
100:4
tenth [1] - 62:23
term [2] - 47:19, 64:9
terminated [1] -
123:24
terms [5] - 24:11,
46:17, 80:2, 117:24,
126:12
terrible [1] - 26:20
test [98] - 27:2, 27:3,
27:8, 28:9, 52:10,
55:13, 56:2, 60:13,
62:4, 62:9, 62:11,
62:21, 62:22, 72:24,
74:4, 78:15, 83:1,
83:3, 83:13, 83:24,
84:6, 86:6, 86:7,
86:8, 86:19, 86:21,
88:8, 90:7, 90:9,
90:15, 90:16, 90:17,
90:22, 91:1, 91:3,
91:5, 91:8, 91:10,
91:16, 91:21, 92:2,
92:11, 92:19, 92:23,
93:25, 94:1, 94:10,
94:16, 95:11, 95:21,
96:1, 96:5, 96:12,
96:16, 96:22, 97:14,
97:19, 97:21, 98:6,
99:6, 99:11, 99:21,

**OFFICIAL TRANSCRIPT**

106:5, 106:20,
106:22, 107:25,
111:23, 112:8,
112:12, 112:16,
113:13, 115:15,
115:18, 115:21,
116:2, 127:14,
127:15, 129:2,
129:3, 130:18,
130:24, 131:4,
131:11, 131:13,
131:14, 131:17,
132:7, 133:1, 133:9,
133:16, 134:24,
140:17
**tested** [5] - 42:19,
53:17, 86:7, 140:14,
140:15
**testified** [5] - 56:22,
92:10, 92:13,
118:16, 135:1
**testifies** [2] - 22:13,
70:7
**testify** [17] - 21:25,
34:2, 38:5, 60:9,
66:1, 80:25, 84:3,
86:18, 88:7, 90:8,
92:6, 92:7, 93:5,
93:10, 93:20, 98:13,
124:24
**testifying** [1] - 34:1
**testimony** [20] - 14:16,
15:14, 22:15, 22:24,
23:5, 74:25, 76:25,
77:3, 77:7, 79:21,
80:15, 83:20, 87:18,
94:14, 97:5, 110:11,
118:24, 125:15,
137:14, 142:5
**testing** [9] - 42:20,
42:22, 51:17, 52:1,
54:25, 55:1, 55:16,
55:23, 96:5
**tests** [11] - 28:12,
55:12, 55:18, 55:21,
56:1, 90:23, 95:7,
107:23, 128:6,
128:7, 131:10
**Texas** [1] - 104:10
**THE** [39] - 1:5, 1:5,
1:12, 1:21, 2:3, 4:3,
5:3, 5:8, 5:9, 10:7,
10:8, 10:10, 10:13,
10:19, 11:24, 12:22,
12:25, 13:2, 13:8,
69:23, 70:1, 71:2,
71:7, 71:8, 71:13,
71:15, 72:5, 73:5,
73:13, 73:15, 73:19,
73:21, 100:23,

103:4, 107:15,
111:2, 111:6,
142:15, 142:21
**themselves** [2] -
107:4, 116:7
**theories** [1] - 132:5
**theory** [3] - 92:24,
92:25, 93:5
**therefore** [3] - 49:3,
50:21, 101:17
**they've** [2] - 120:13,
120:14
**They've** [1] - 120:15
**thick** [1] - 59:17
**thinking** [5] - 26:4,
115:18, 116:5,
135:7, 137:16
**THIRD** [1] - 5:11
**third** [9] - 18:12,
18:17, 21:11, 21:12,
21:14, 50:14, 62:5,
88:8, 118:15
**third-party** [3] - 18:17,
21:11, 21:14
**THIS** [1] - 1:10
**this'** [1] - 60:8
**THOMAS** [1] - 3:11
**Thornhill** [1] - 11:11
**THORNHILL** [3] -
3:10, 3:11, 11:10
**thorough** [1] - 63:10
**thoroughly** [1] - 90:6
**thousands** [3] - 31:5,
100:2, 102:12
**threatening** [1] - 92:4
**three** [23] - 14:1,
16:13, 24:24, 25:11,
26:1, 34:4, 38:17,
60:24, 66:15, 74:15,
75:22, 76:11, 88:12,
94:25, 102:23,
112:3, 113:1, 117:3,
119:22, 125:4,
129:3, 135:17,
142:18
**three-day** [1] - 34:4
**throw** [1] - 44:21
**Thunder** [1] - 61:6
**Thursday** [3] - 14:3,
22:7, 26:2
**tieback** [1] - 61:25
**Tiger** [2] - 60:6, 68:14
**time-out** [1] - 132:17
**timeliness** [2] - 52:21,
52:25
**timely** [3] - 39:5, 40:6,
57:23
**tire** [1] - 140:7
**tires** [2] - 87:13, 140:6
**TO** [4] - 1:10, 10:4,

126:15, 126:16
**today** [11] - 13:12,
13:18, 20:22, 72:9,
74:15, 74:24, 101:5,
101:12, 104:10,
104:25, 112:2
**together** [6] - 18:11,
73:3, 73:23, 83:9,
104:11, 106:21
**tolerance** [1] - 89:25
**tolerant** [1] - 66:1
**tolerated** [1] - 80:17
**TOLLES** [1] - 6:22
**Tom** [1] - 11:10
**tomorrow** [2] - 63:23,
110:9
**Tony** [2] - 63:11, 64:17
**took** [23] - 16:10,
38:17, 57:2, 67:2,
71:14, 72:1, 74:11,
86:9, 111:16, 121:5,
122:4, 123:11,
123:12, 123:19,
124:3, 124:20,
126:4, 126:20,
127:11, 127:18,
127:23, 130:6, 138:6
**toolpusher** [8] - 28:8,
31:1, 75:2, 75:3,
97:2, 99:20, 123:22,
137:12
**toolpushers** [1] -
117:6
**top** [4] - 46:23, 120:5,
130:7, 136:2
**TORTS** [2] - 4:4, 4:15
**total** [4] - 20:25, 21:3,
59:12, 61:14
**totally** [5] - 27:24,
51:1, 105:14,
124:24, 141:19
**tour** [2] - 118:25,
119:6
**towards** [1] - 101:23
**TOWER** [2] - 7:4, 7:20
**town** [2] - 26:6, 26:9
**trace** [1] - 83:7
**track** [1] - 140:7
**tracks** [2] - 122:18,
122:19
**trade** [1] - 122:4
**tragedy** [18] - 26:20,
32:15, 40:1, 70:24,
72:11, 74:14, 74:24,
81:24, 81:25, 83:4,
83:8, 84:8, 97:10,
97:11, 97:12, 98:3,
99:2, 110:9
**tragic** [2] - 97:12,
104:13

**tragically** [1] - 102:9
**train** [6] - 29:14,
32:21, 32:23, 35:15,
36:18, 124:6
**trained** [15] - 28:6,
28:17, 34:9, 34:10,
34:13, 36:8, 40:6,
56:4, 116:22, 117:1,
119:15, 127:9,
136:14, 141:25
**training** [34] - 27:21,
28:10, 29:19, 29:24,
30:1, 30:10, 31:12,
33:8, 34:3, 34:22,
35:6, 35:10, 36:16,
39:4, 40:13, 56:18,
62:22, 116:24,
119:22, 119:24,
120:2, 120:4, 120:5,
120:8, 120:15,
120:18, 120:20,
121:17, 121:19,
121:22, 124:16,
127:5
**TRANSCRIPT** [2] -
1:20, 8:12
**transcript** [2] - 21:24,
143:7
**transcripts** [3] - 21:21,
22:18, 23:13
**transferred** [1] - 17:24
**translated** [1] - 43:23
**transmitting** [1] -
14:24
**TRANSOCEAN** [3] -
6:12, 6:12, 6:14
**Transocean** [161] -
12:7, 12:8, 12:9,
12:10, 12:11, 12:12,
12:13, 13:7, 17:1,
17:5, 17:15, 18:15,
18:17, 18:19, 19:5,
19:9, 19:13, 19:18,
21:1, 21:9, 26:21,
26:23, 27:3, 27:19,
27:23, 28:3, 28:5,
28:6, 28:16, 29:17,
30:6, 30:9, 30:15,
30:17, 30:18, 31:9,
31:14, 31:15, 31:20,
31:25, 32:8, 32:11,
32:14, 32:17, 32:23,
33:21, 34:23, 35:15,
36:20, 38:4, 38:8,
39:8, 39:13, 39:24,
40:2, 40:3, 40:5,
40:20, 40:25, 41:3,
41:8, 41:11, 41:18,
41:19, 42:1, 42:3,
42:6, 42:9, 42:11,

42:17, 42:23, 43:3,
43:5, 43:8, 43:14,
43:20, 43:22, 43:25,
44:2, 45:3, 45:7,
45:14, 45:17, 45:21,
45:22, 46:3, 46:20,
46:23, 46:25, 47:9,
47:15, 47:16, 47:22,
47:25, 48:10, 49:5,
49:14, 49:16, 51:10,
70:16, 70:19, 89:20,
90:14, 93:1, 99:4,
99:8, 99:10, 102:21,
102:23, 106:8,
106:10, 106:12,
106:15, 106:18,
106:21, 107:2,
107:3, 107:6, 107:7,
107:10, 108:7,
111:3, 111:14,
113:19, 113:21,
114:3, 114:11,
114:18, 114:22,
115:3, 115:11,
115:17, 115:25,
116:10, 116:14,
116:19, 116:23,
117:12, 119:14,
119:16, 119:21,
120:12, 121:17,
121:18, 122:8,
122:11, 122:14,
124:22, 125:10,
125:12, 129:9,
130:16, 130:18,
134:14, 134:18,
136:16, 138:3,
142:12
**Transocean's** [31] -
16:22, 19:17, 20:6,
27:11, 27:17, 28:10,
28:20, 29:2, 30:19,
30:23, 31:1, 31:17,
32:20, 33:5, 33:24,
35:19, 36:3, 37:16,
40:16, 41:7, 41:14,
45:5, 46:23, 47:12,
47:23, 48:8, 48:17,
49:23, 113:1, 113:7,
120:18
**transparent** [1] -
63:12
**travel** [3] - 26:8, 26:9,
26:10
**traveled** [1] - 88:11
**treads** [1] - 140:6
**treating** [1] - 32:5
**tremendous** [1] -
137:23
**trend** [1] - 31:21

TRIAL [1] - 1:20
trial [69] - 10:20,
13:14, 13:18, 13:22,
13:25, 14:2, 14:5,
14:14, 14:16, 14:24,
15:7, 15:21, 16:3,
16:18, 17:14, 17:23,
19:11, 19:25, 20:13,
20:18, 21:5, 21:19,
21:22, 21:23, 22:4,
22:12, 22:14, 22:20,
22:24, 22:25, 23:6,
23:22, 24:12, 24:17,
24:25, 25:25, 36:22,
70:24, 72:13, 78:20,
79:16, 81:14, 82:4,
82:15, 82:23, 84:19,
84:22, 85:21, 92:9,
94:19, 95:17,
100:10, 100:16,
102:22, 103:11,
103:22, 105:9,
105:10, 107:16,
114:18, 115:2,
118:24, 121:6,
124:2, 124:24,
128:2, 138:4,
139:15, 142:5
trials [1] - 103:20
tried [6] - 19:17, 50:7,
100:9, 114:16,
116:9, 138:14
trigger [1] - 43:13
Triton [1] - 10:16
TRITON [1] - 1:12
troubling [1] - 108:10
true [2] - 41:21, 143:7
truly [1] - 115:11
trust [3] - 113:16,
114:9
trusted [1] - 33:1
truth [2] - 110:18,
130:23
try [8] - 24:16, 25:7,
42:14, 49:17, 54:21,
63:8, 72:10, 104:11
trying [7] - 49:8, 61:7,
76:10, 113:11,
116:3, 134:4, 141:4
turn [6] - 37:9, 48:22,
58:9, 64:18, 93:14,
118:3
turned [4] - 14:10,
28:25, 93:14, 135:19
turns [1] - 136:8
twice [2] - 113:9,
118:13
two [39] - 16:12,
17:14, 19:22, 24:21,
59:4, 61:15, 64:18,

72:7, 74:4, 74:20,
75:3, 84:18, 91:3,
91:10, 92:22, 93:2,
94:22, 95:4, 95:13,
98:1, 98:18, 101:20,
101:22, 102:21,
112:23, 114:17,
119:16, 120:23,
121:12, 121:22,
124:11, 127:10,
129:1, 131:6,
131:10, 133:7,
133:19, 133:21,
139:10
Two [1] - 20:18
TX [8] - 3:5, 3:19,
6:20, 7:8, 7:15, 7:21,
7:25, 8:5
type [4] - 14:22, 29:4,
31:24, 51:21
typically [1] - 19:11

# U

U.S [4] - 4:4, 4:8, 4:15,
4:21
ultimate [1] - 28:2
ultimately [3] - 32:19,
49:17, 136:21
unabated [1] - 32:14
unaccounted [1] -
109:9
unambiguous [1] -
114:24
unbroken [1] - 83:17
unchecked [1] - 90:20
unconscionable [1] -
127:11
uncontrolled [5] -
30:16, 32:2, 88:24,
90:2, 90:20
uncorrected [3] -
31:15, 32:14, 36:19
under [36] - 17:16,
17:19, 17:21, 17:24,
19:8, 19:16, 21:20,
34:9, 34:10, 36:1,
38:22, 41:3, 42:12,
42:18, 42:19, 42:21,
50:5, 57:6, 57:25,
58:19, 59:10, 84:14,
84:20, 85:8, 88:20,
94:10, 99:4, 105:22,
106:10, 107:13,
108:18, 108:20,
113:18, 122:16,
123:16, 131:18
underbalanced [1] -
94:5

underestimating [1] -
104:17
UNDERHILL [9] - 4:5,
11:18, 71:20, 72:6,
73:11, 73:14, 73:18,
73:20, 73:22
Underhill [6] - 11:19,
71:18, 101:18,
105:15, 108:18,
127:17
UNDERHILL..............
... [1] - 9:6
understaffed [1] -
55:14
understood [5] -
33:13, 44:6, 89:22,
95:20, 112:7
undersupervised [1] -
55:15
undertaken [1] - 86:16
underwater [1] - 42:25
underway [2] - 97:8,
103:2
undetected [2] - 53:8,
56:14
undisputed [2] -
92:21, 138:23
undo [1] - 96:19
unemployment [1] -
104:24
unexplained [1] -
93:18
unfair [4] - 123:3,
123:4, 138:6
unfit [1] - 41:18
unforgiveable [1] -
79:15
unfortunate [1] -
48:12
unfortunately [1] -
139:16
unique [2] - 46:17,
105:5
unit [3] - 16:5, 65:3,
65:12
Unit [1] - 48:11
United [18] - 10:17,
11:12, 11:17, 11:19,
15:1, 16:19, 17:19,
19:11, 19:15, 20:24,
21:7, 71:3, 84:13,
88:6, 101:16, 140:4,
143:5, 143:15
UNITED [4] - 1:1, 1:14,
1:22, 4:3
universally [2] -
116:22, 117:14
unless [2] - 68:25,
93:18
unloaded [1] - 31:22

unloading [7] - 28:15,
28:18, 29:16, 30:3,
31:24, 32:3, 32:16
unmanned [1] - 57:2
unmistakable [1] -
102:16
unprecedented [2] -
27:13, 101:14
unresolved [1] - 19:6
unseaworthiness [2] -
18:23, 19:2
unseaworthy [1] -
70:15
unstable [3] - 53:18,
59:14, 107:25
unsuccessful [2] -
27:16, 86:3
untried [1] - 62:18
unused [2] - 55:4,
131:18
unusual [1] - 133:25
up [60] - 13:11, 25:11,
28:22, 31:5, 31:18,
32:15, 35:24, 38:7,
44:3, 44:5, 44:15,
45:3, 47:24, 49:10,
51:12, 52:23, 56:5,
62:3, 62:7, 69:24,
70:11, 72:21, 74:8,
74:21, 79:14, 81:2,
83:5, 83:11, 83:16,
83:22, 87:4, 88:12,
91:1, 91:2, 91:13,
91:21, 92:18, 93:22,
95:12, 97:6, 97:23,
98:19, 111:4,
112:16, 113:14,
119:23, 123:15,
124:19, 126:10,
126:22, 127:18,
130:17, 130:24,
131:2, 133:1, 135:2,
135:24, 136:8,
139:4, 139:17
Up [1] - 88:14
update [1] - 57:12
updated [2] - 58:6,
120:15
upgrade [2] - 40:17,
42:4
upper [2] - 32:13,
139:6
upside [1] - 141:12
urgency [1] - 59:25
USA [1] - 21:15
useless [1] - 55:17
uses [1] - 124:8
utilize [1] - 55:23
utilized [1] - 43:14
utter [1] - 115:16

utterly [1] - 100:14

# V

VA [1] - 2:19
vacation [1] - 121:9
value [2] - 18:5, 19:21
valve [1] - 135:19
variable [3] - 137:1,
137:10, 139:9
variables [1] - 128:4
various [4] - 20:7,
20:8, 22:19, 104:23
variously [1] - 60:16
vast [1] - 122:23
verbal [1] - 14:15
verbatim [1] - 34:9
verbatim] [1] - 140:8
Veritas [1] - 39:18
versa [1] - 43:7
versus [2] - 10:17,
42:15
vessel [26] - 18:2,
18:5, 18:6, 18:7,
18:11, 18:14, 18:20,
18:24, 19:3, 34:11,
34:18, 35:1, 35:4,
35:7, 36:11, 36:15,
39:1, 39:10, 39:19,
40:20, 45:24, 46:5,
46:12, 56:7, 68:11,
106:13
vessel's [1] - 34:14
vessels [4] - 32:9,
66:11, 67:14, 67:22
via [1] - 16:16
vice [6] - 29:2, 32:20,
43:7, 65:1, 65:6,
70:10
vice-president [5] -
29:2, 32:20, 65:1,
65:6, 70:10
victims [2] - 103:1,
115:11
video [6] - 14:22, 22:2,
117:22, 118:8,
126:1, 126:18
Vidrine [38] - 74:10,
75:1, 75:17, 81:3,
92:22, 94:17, 95:4,
95:6, 95:7, 95:10,
96:6, 96:10, 97:5,
97:7, 97:13, 97:14,
98:8, 111:19,
111:22, 112:9,
112:11, 112:12,
112:14, 112:24,
115:19, 115:24,
116:12, 121:14,

133:7, 133:9, 133:15, 134:5, 134:8, 134:23, 135:4, 137:12, 138:13
**Vidrine's** [2] - 81:13, 114:7
**view** [3] - 43:22, 119:10, 130:9
**viewed** [1] - 40:23
**vigilant** [1] - 30:20
**Village** [1] - 76:22
**violated** [2] - 79:21, 108:18
**violates** [1] - 15:2
**violation** [3] - 41:12, 43:16, 80:5
**VIRGINIA** [1] - 2:19
**virtually** [5] - 53:9, 66:22, 111:16, 117:15, 124:9
**visible** [1] - 109:17
**visited** [1] - 134:23
**vital** [1] - 47:4
**voiced** [1] - 52:24
**VOICES** [1] - 10:9
**void** [1] - 114:24
**volume** [4] - 22:23, 23:10, 36:10, 75:8
**volumes** [2] - 51:22, 125:20
**Von** [1] - 12:18
**VON** [2] - 7:24, 12:18
**voyage** [1] - 117:5

## W

**wait** [2] - 62:8, 62:12
**waited** [1] - 128:20
**waiting** [2] - 128:11, 129:3
**waived** [1] - 105:22
**waking** [1] - 38:7
**walk** [1] - 75:2
**walked** [2] - 112:25
**WALKER** [1] - 2:18
**walking** [1] - 142:7
**Walter** [1] - 11:7
**WALTER** [1] - 2:22
**Walz** [2] - 53:3, 129:15
**wanton** [1] - 105:25
**wants** [1] - 61:4
**warn** [4] - 86:21, 97:1, 97:2
**warned** [4] - 39:13, 39:14, 41:11, 86:20
**warning** [3] - 108:22, 127:13, 129:13
**warnings** [3] - 28:23,

86:11, 127:16
**warrant** [1] - 105:20
**WASHINGTON** [4] - 4:13, 4:19, 4:24, 6:5
**waste** [1] - 131:20
**watch** [1] - 35:7
**watched** [1] - 133:14
**watching** [3] - 103:21, 110:24, 135:14
**Water** [7] - 17:21, 19:16, 19:20, 84:14, 84:21, 84:24, 85:8
**water** [3] - 14:19, 59:11, 101:25
**waters** [3] - 105:3, 109:14, 110:3
**Watts** [1] - 11:9
**WATTS** [3] - 3:3, 3:3, 11:9
**ways** [2] - 115:9, 129:24
**wealth** [1] - 27:22
**weapons** [1] - 77:23
**website** [8] - 15:9, 23:16, 23:17, 23:18, 23:19, 23:24, 23:25, 24:6
**Webster** [2] - 34:1, 43:19
**week** [9] - 22:8, 22:12, 23:14, 23:15, 24:23, 25:1, 25:4, 25:6
**week-to-week** [1] - 25:6
**weekend** [2] - 26:3, 26:11
**weekly** [3] - 23:20, 109:18, 120:21
**weeks** [4] - 33:4, 52:23, 102:19, 131:2
**well's** [1] - 90:15
**well-trained** [2] - 119:15, 127:9
**wellbore** [3] - 49:25, 50:2, 141:9
**wellhead** [2] - 17:7, 129:25
**wells** [10] - 58:23, 59:4, 59:16, 59:20, 59:22, 59:24, 118:11, 121:2, 122:14, 127:21
**whatsoever** [2] - 32:7, 93:13
**WHEREUPON** [6] - 71:14, 117:21, 118:7, 125:25, 126:17, 142:22
**whisper** [1] - 82:19
**whistleblower** [1] -

124:14
**Whitby** [1] - 48:24
**WHITELEY** [1] - 5:14
**whole** [1] - 110:24
**wholesale** [1] - 110:12
**wholly** [1] - 105:14
**wide** [2] - 48:2, 141:9
**widely** [1] - 130:4
**widespread** [2] - 32:8
**wildlife** [1] - 110:2
**willful** [23] - 19:19, 19:24, 27:19, 40:16, 48:18, 49:6, 70:22, 73:4, 73:24, 75:7, 80:17, 84:12, 84:15, 84:20, 84:25, 85:3, 85:6, 85:8, 85:13, 99:1, 99:23, 102:20, 105:25
**willfully** [7] - 32:23, 36:20, 42:20, 45:22, 51:8, 66:10, 67:12
**William** [1] - 70:5
**WILLIAMS** [3] - 3:7, 3:7, 10:25
**Williams** [2] - 11:1, 38:5
**WILLIAMSON** [3] - 3:17, 3:18, 11:8
**Williamson** [1] - 11:8
**window** [1] - 59:19
**windows** [1] - 137:20
**WINFIELD** [1] - 5:5
**withheld** [1] - 117:2
**witness** [7] - 13:19, 21:25, 22:17, 92:6, 92:7, 92:9, 110:11
**witness's** [2] - 14:16, 21:23
**witnesses** [13] - 21:18, 21:19, 76:25, 80:25, 84:4, 86:17, 87:5, 90:8, 91:5, 93:4, 98:13, 103:17, 107:3
**wits** [3] - 76:5, 132:9, 132:12
**wits'** [1] - 61:2
**WITTMANN** [1] - 13:3
**Wittmann** [1] - 13:3
**woefully** [2] - 34:9, 47:13
**woman** [1] - 142:1
**women** [3] - 140:23, 142:3, 142:6
**wonderful** [1] - 73:15
**word** [4] - 53:10, 76:17, 96:4, 107:2
**words** [15] - 39:7, 49:20, 50:24, 64:5,

66:4, 77:5, 77:13, 78:1, 78:19, 81:9, 81:11, 87:21, 88:4, 96:15, 99:22
**workers** [4] - 44:23, 102:14, 103:24, 105:9
**workforce** [1] - 33:9
**works** [3] - 73:13, 73:16, 121:17
**world** [3] - 33:2, 43:15, 51:14, 104:15, 110:24, 118:10, 118:11, 118:13, 120:17
**worldwide** [6] - 64:25, 67:11, 122:14, 124:17, 125:7, 125:8
**Worldwide** [1] - 63:19
**worry** [2] - 68:23, 69:1
**worse** [6] - 40:10, 76:20, 96:17, 112:24, 129:5
**worst** [2] - 82:7, 106:16
**worth** [1] - 79:10
**wracked** [1] - 74:5
**wreck** [1] - 32:21
**wrecks** [2] - 29:14, 124:6
**wrestle** [1] - 115:8
**WRIGHT** [1] - 2:3
**writing** [1] - 57:8
**written** [5] - 62:21, 81:11, 121:7, 123:17, 123:21
**wrote** [1] - 29:3
**www.laed.uscourts. gov** [1] - 24:1
**www.MDL2179 trialdocs.com** [1] - 23:16

## Y

**Yancy** [2] - 35:6, 40:11
**year** [8] - 29:15, 31:23, 58:20, 58:25, 68:10, 92:14, 122:13
**years** [19] - 28:17, 31:12, 36:19, 39:15, 39:23, 40:1, 43:18, 44:11, 48:16, 64:18, 67:2, 70:16, 89:21, 117:4, 117:8, 117:12, 121:23, 123:11
**yelled** [1] - 38:13
**yellow** [1] - 131:8

**YOAKUM** [1] - 3:18
**YORK** [1] - 12:15
**York** [1] - 12:15
**YOUNG** [1] - 4:23
**yourself** [1] - 117:18

## Z

**zero** [15] - 91:14, 91:19, 91:23, 91:24, 92:1, 92:12, 92:15, 92:17, 95:8, 95:11, 96:12, 97:23, 109:5, 112:15, 113:13
**zillions** [1] - 119:18
**zone** [1] - 25:9

## "

**"MIKE"** [1] - 6:4

**OFFICIAL TRANSCRIPT**