1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4    ****************************************************************

5    IN RE:  OIL SPILL BY THE OIL
     RIG *DEEPWATER HORIZON* IN THE
6    GULF OF MEXICO ON APRIL 20,
     2010
7

8                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
9                              TUESDAY, FEBRUARY 26, 2013, 8:00 A.M.

10

     THIS DOCUMENT RELATES TO:
11
     CASE NO. 2:10-CV-02771,
12   *IN RE:  THE COMPLAINT AND*
     *PETITION OF TRITON ASSET*
13   *LEASING GmbH, ET AL*

14   CASE NO. 2:10-CV-4536,
     *UNITED STATES OF AMERICA V.*
15   *BP EXPLORATION & PRODUCTION,*
     *INC., ET AL*
16

17   ****************************************************************

18

19
                        **DAY 2   MORNING SESSION**
20
             TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
21
           HEARD BEFORE THE HONORABLE CARL J. BARBIER
22
                 UNITED STATES DISTRICT JUDGE
23

24

25

                         **OFFICIAL TRANSCRIPT**

```
 1   APPEARANCES:

 2


 3   FOR THE PLAINTIFFS:    DOMENGEAUX WRIGHT ROY & EDWARDS
                            BY:   JAMES P. ROY, ESQ.
 4                          556 JEFFERSON STREET, SUITE 500
                            POST OFFICE BOX 3668
 5                          LAFAYETTE, LA  70502

 6


 7                          HERMAN HERMAN & KATZ
                            BY:   STEPHEN J. HERMAN, ESQ.
 8                          820 O'KEEFE AVENUE
                            NEW ORLEANS, LA  70113
 9


10                          CUNNINGHAM BOUNDS
11                          BY:   ROBERT T. CUNNINGHAM, ESQ.
                            1601 DAUPHIN STREET
12                          MOBILE, AL  36604

13


14                          LEWIS, KULLMAN, STERBCOW & ABRAMSON
                            BY:   PAUL M. STERBCOW, ESQ.
15                          PAN AMERICAN LIFE BUILDING
                            601 POYDRAS STREET, SUITE 2615
16                          NEW ORLEANS, LA  70130

17


18                          BREIT DRESCHER IMPREVENTO & WALKER
                            BY:   JEFFREY A. BREIT, ESQ.
19                          600 22ND STREET, SUITE 402
                            VIRGINIA BEACH, VA  23451
20


21                          LEGER & SHAW
22                          BY:   WALTER J. LEGER, JR., ESQ.
                            600 CARONDELET STREET, 9TH FLOOR
23                          NEW ORLEANS, LA  70130

24


25


                            OFFICIAL TRANSCRIPT
```

1    APPEARANCES CONTINUED:

2

3                        WATTS, GUERRA, CRAFT
                         BY:  MIKAL C. WATTS, ESQ.
4                        4 DOMINION DRIVE
                         BUILDING 3, SUITE 100
5                        SAN ANTONIO, TX 78257

6

7                        WILLIAMS LAW GROUP
                         BY:  CONRAD S. P. WILLIAMS, ESQ.
8                        435 CORPORATE DRIVE, SUITE 101
                         HOUMA, LA  70360
9

10                       THORNHILL LAW FIRM
11                       BY:  THOMAS THORNHILL, ESQ.
                         1308 NINTH STREET
12                       SLIDELL, LA  70458

13

14                       DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                         BY:  JOHN W. DEGRAVELLES, ESQ.
15                       618 MAIN STREET
                         BATON ROUGE, LA 70801
16

17

18                       WILLIAMSON & RUSNAK
                         BY:  JIMMY WILLIAMSON, ESQ.
19                       4310 YOAKUM BOULEVARD
                         HOUSTON, TX  77006

20

21                       IRPINO LAW FIRM
                         BY:  ANTHONY IRPINO, ESQ.
22                       2216 MAGAZINE STREET
                         NEW ORLEANS, LA  70130
23

24

25

                         **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3

     FOR THE UNITED STATES
4    OF AMERICA:                 U.S. DEPARTMENT OF JUSTICE
                                 TORTS BRANCH, CIVIL DIVISION
5                                BY:  R. MICHAEL UNDERHILL, ESQ.
                                 450 GOLDEN GATE AVENUE
6                                7TH FLOOR, ROOM 5395
                                 SAN FRANCISCO, CA  94102
7

8
                                 U.S. DEPARTMENT OF JUSTICE
9                                ENVIRONMENT & NATURAL RESOURCES DIVISION
                                 ENVIRONMENTAL ENFORCEMENT SECTION
10                               BY:  STEVEN O'ROURKE, ESQ.
                                      SCOTT CERNICH, ESQ.
11                                    DEANNA CHANG, ESQ.
                                      RACHEL HANKEY, ESQ.
12                                    A. NATHANIEL CHAKERES, ESQ.
                                 P.O. BOX 7611
13                               WASHINGTON, DC  20044

14

15                               U.S. DEPARTMENT OF JUSTICE
                                 TORTS BRANCH, CIVIL DIVISION
16                               BY:  JESSICA McCLELLAN, ESQ.
                                      MICHELLE DELEMARRE, ESQ.
17                                    JESSICA SULLIVAN, ESQ.
                                      SHARON SHUTLER, ESQ.
18                                    MALINDA LAWRENCE, ESQ.
                                 POST OFFICE BOX 14271
19                               WASHINGTON, DC  20044

20

21                               U.S. DEPARTMENT OF JUSTICE
                                 FRAUD SECTION
22                               COMMERCIAL LITIGATION BRANCH
                                 BY:  DANIEL SPIRO, ESQ.
23                                    KELLEY HAUSER, ESQ.
                                      ELIZABETH YOUNG, ESQ.
24                               BEN FRANKLIN STATION
                                 WASHINGTON, DC  20044
25

                         **OFFICIAL TRANSCRIPT**

```
1    APPEARANCES CONTINUED:

2

3    FOR THE STATE OF
     ALABAMA:                ALABAMA ATTORNEY GENERAL'S OFFICE
4                            BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                  COREY L. MAZE, ESQ.
5                                 WINFIELD J. SINCLAIR, ESQ.
                             500 DEXTER AVENUE
6                            MONTGOMERY, AL  36130

7

8    FOR THE STATE OF
     LOUISIANA OFFICE
9    OF THE ATTORNEY
     GENERAL:
10                           STATE OF LOUISIANA
                             BY:  JAMES D.  CALDWELL,
11                           ATTORNEY GENERAL
                             1885 NORTH THIRD STREET
12                           POST OFFICE BOX 94005
                             BATON ROUGE, LA  70804
13

14
                             KANNER & WHITELEY
15                           BY:  ALLAN KANNER, ESQ.
                                  DOUGLAS R. KRAUS, ESQ.
16                           701 CAMP STREET
                             NEW ORLEANS, LA  70130
17

18

19   FOR BP EXPLORATION &
     PRODUCTION INC.,
20   BP AMERICA PRODUCTION
     COMPANY, BP PLC:        LISKOW & LEWIS
21                           BY:  DON K. HAYCRAFT, ESQ.
                             ONE SHELL SQUARE
22                           701 POYDRAS STREET
                             SUITE 5000
23                           NEW ORLEANS, LA  70139

24

25


                        OFFICIAL TRANSCRIPT
```

```
 1    APPEARANCES CONTINUED:

 2

 3                          COVINGTON & BURLING
                            BY:   ROBERT C. "MIKE" BROCK, ESQ.
 4                          1201 PENNSYLVANIA AVENUE, NW
                            WASHINGTON, DC  20004
 5

 6
                            KIRKLAND & ELLIS
 7                          BY:   J. ANDREW LANGAN, ESQ.
                                  HARIKLIA "CARRIE" KARIS, ESQ.
 8                                MATTHEW T. REGAN, ESQ.
                            300 N. LASALLE
 9                          CHICAGO, IL  60654

10

11    FOR TRANSOCEAN HOLDINGS
      LLC, TRANSOCEAN
12    OFFSHORE DEEPWATER
      DRILLING INC., AND
13    TRANSOCEAN DEEPWATER
      INC.:                 FRILOT
14                          BY:   KERRY J. MILLER, ESQ.
                            ENERGY CENTRE
15                          1100 POYDRAS STREET, SUITE 3700
                            NEW ORLEANS, LA  70163
16

17
                            SUTHERLAND ASBILL & BRENNAN
18                          BY:   STEVEN L. ROBERTS, ESQ.
                                  RACHEL G. CLINGMAN, ESQ.
19                          1001 FANNIN STREET, SUITE 3700
                            HOUSTON, TX  77002
20

21
                            MUNGER TOLLES & OLSON
22                          BY:   MICHAEL R. DOYEN, ESQ.
                                  BRAD D. BRIAN, ESQ.
23                                LUIS LI, ESQ.
                            335 SOUTH GRAND AVENUE, 35TH FLOOR
24                          LOS ANGELES, CA  90071

25

                         OFFICIAL TRANSCRIPT
```

1    APPEARANCES CONTINUED:

2

3                            MAHTOOK & LAFLEUR
                             BY:  RICHARD J. HYMEL, ESQ.
4                            1000 CHASE TOWER
                             600 JEFFERSON STREET
5                            LAFAYETTE, LA  70502

6

7                            HUGHES ARRELL KINCHEN
                             BY:  JOHN KINCHEN, ESQ.
8                            2211 NORFOLK, SUITE 1110
                             HOUSTON, TX  77098
9

10

11   FOR CAMERON INTERNATIONAL
     CORPORATION:               STONE PIGMAN WALTHER WITTMANN
12                              BY:  PHILLIP A. WITTMANN, ESQ.
                                546 CARONDELET STREET
13                              NEW ORLEANS, LA 70130

14

15                             BECK REDDEN & SECREST
                               BY:  DAVID J. BECK, ESQ.
16                                  DAVID W. JONES, ESQ.
                                    GEOFFREY GANNAWAY, ESQ.
17                                  ALEX B. ROBERTS, ESQ.
                               ONE HOUSTON CENTER
18                             1221 MCKINNEY STREET, SUITE 4500
                               HOUSTON, TX  77010
19

20

     FOR HALLIBURTON
21   ENERGY SERVICES,
     INC.:                      GODWIN LEWIS
22                              BY:  DONALD E. GODWIN, ESQ.
                                FLOYD R. HARTLEY, JR., ESQ.
23                                   GAVIN HILL, ESQ.
                                RENAISSANCE TOWER
24                              1201 ELM STREET, SUITE 1700
                                DALLAS, TX  75270.
25

                        **OFFICIAL TRANSCRIPT**

1   APPEARANCES CONTINUED:

2

3                           GODWIN LEWIS
                            BY:   JERRY C. VON STERNBERG, ESQ.
4                           1331 LAMAR, SUITE 1665
                            HOUSTON, TX  77010
5

6

7   FOR M-I L.L.C.:         MORGAN, LEWIS & BOCKIUS
                            BY:   HUGH E. TANNER, ESQ.
                                  DENISE SCOFIELD, ESQ.
8                                 JOHN C. FUNDERBURK, ESQ.
                            1000 LOUISIANA STREET, SUITE 4000
9                           HOUSTON, TX  77002

10

11

12  OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
13                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
14                              NEW ORLEANS, LA  70130
                                (504) 589-7779
15                              Cathy_Pepper@laed.uscourts.gov

16

17  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.

18

19

20

21

22

23

24

25

                            **OFFICIAL TRANSCRIPT**

1                          **I N D E X**

2

3                                                              PAGE

4

5   **DR. ROBERT BEA, PE**................................. 268

6   DIRECT EXAMINATION BY MR. CUNNINGHAM................. 272

7   DIRECT EXAMINATION BY MR. MAZE...................... 353

8   DIRECT EXAMINATION BY MR. KANNER.................... 358

9   CROSS-EXAMINATION BY MR. BRIAN...................... 360

10  CROSS-EXAMINATION BY MR. BROCK...................... 364

11

12

13                      E X H I B I T S

14

15  DESCRIPTION                                          PAGE

16

17  Exhibit 20001 was admitted.......................... 271

18

19

20

21

22

23

24

25

1                      **P-R-O-C-E-E-D-I-N-G-S**

2                  TUESDAY, FEBRUARY 26, 2013

3              M O R N I N G   S E S S I O N

4                  (COURT CALLED TO ORDER)

5

08:01AM   6

08:01AM   7        THE DEPUTY CLERK:  All rise.

08:01AM   8        THE COURT:  Good morning, everyone.

08:01AM   9        VOICES:  Good morning, Your Honor.

08:01AM  10        THE COURT:  Please be seated.

08:01AM  11             All right.  Everyone ready to proceed?  Any

08:01AM  12   preliminary matters?  If not, the plaintiffs can call their

08:01AM  13   first witness.

08:01AM  14        MR. CUNNINGHAM:  May it please the Court,

08:01AM  15   Robert Cunningham for the PSC, Your Honor.  We call

08:01AM  16   Dr. Bob Bea.

17        THE COURT:  All right.  Very well.

18        THE DEPUTY CLERK:  Would you please raise your right

19   hand.  Do you solemnly swear that the testimony you are about

20   to give is the truth, the whole truth and nothing but the

21   truth, so help you God?

22        THE WITNESS:  I do.

23                      **DR. ROBERT BEA, PE**

24    was called as a witness and, after being first duly sworn by

25     the Clerk, was examined and testified on his oath as follows:

08:01AM 1          THE DEPUTY CLERK:  Take a seat.  If you'll state your

08:01AM 2     name for the record and spell it, also.

08:02AM 3          THE WITNESS:  Robert Glenn Bea, R-O-B-E-R-T, G-L-E-N-N,

08:02AM 4     B-E-A.

08:02AM 5          MR. CUNNINGHAM:  Your Honor, Dr. Bea's report has been

08:02AM 6     submitted, but I'm not sure it has been formally offered.  At

08:02AM 7     this time, we would like to offer and introduce Exhibit 20001,

08:02AM 8     which is the Bea report.

08:02AM 9          THE COURT:  20001 is the number?

08:02AM 10         MR. CUNNINGHAM:  Yes, sir.

08:02AM 11         THE COURT:  Does that include his CV, or is that

08:02AM 12    separate?

08:02AM 13         MR. CUNNINGHAM:  I believe it does include his CV.

08:02AM 14         THE COURT:  So that would be his report, looks like, of

08:02AM 15    August 26, 2011.  Is that the same report?

08:02AM 16         MR. CUNNINGHAM:  Yes.

08:02AM 17         THE COURT:  And the appendices attached, which includes

08:02AM 18    his résumé; is that correct?

08:02AM 19         MR. CUNNINGHAM:  Yes, sir.

08:02AM 20         MR. BROCK:  Your Honor, Mike Brock for BP.

08:02AM 21              Just one short statement, and then I'll offer

08:03AM 22    something that I think will help us move us along.

08:03AM 23         THE COURT:  Okay.

08:03AM 24         MR. BROCK:  BP's position is that portions of the

08:03AM 25    report are excluded by the Court's *Motion in Limine* rulings

08:03AM 1   based on Rules 403 and 404(b) barring evidence of BP's prior

08:03AM 2   conduct, allegedly prior improper conduct, the JIT record,

08:03AM 3   other government reports and, of course, miscellaneous

08:03AM 4   exhibits, orders that have come in last year and this year, and

08:03AM 5   the rule against hearsay testimony, Federal Rule 802.

08:03AM 6           I have here with me a list of the objections

08:03AM 7   that we raised that fall into those categories that I can file

08:03AM 8   with the Court now, or we can put it on the record at a lunch

08:03AM 9   break or something later --

08:03AM 10          THE COURT:  Why don't we do it that way.

08:03AM 11          MR. BROCK:  -- if that would be acceptable to the

08:03AM 12  Court.

08:03AM 13          THE COURT:  Yes, that would be fine.

08:03AM 14          MR. BROCK:  It's not a long list, but it would take a

08:03AM 15  few minutes to do.

08:03AM 16          THE COURT:  That's fine.  I'll allow you to do that.

08:03AM 17          MR. BROCK:  Thank you, Your Honor.

08:04AM 18          MR. BRIAN:  Your Honor, Brad Brian on behalf of

08:04AM 19  Transocean.

08:04AM 20          I have no objection, but I wanted just to

08:04AM 21  reserve a motion to strike any portions of his Expert Report if

08:04AM 22  it turns out that certain things go beyond the scope of his

08:04AM 23  expertise.  So I would just like to reserve that motion,

08:04AM 24  Your Honor.

08:04AM 25          THE COURT:  With that said, I'm going to admit the

08:04AM 1  report with attached exhibits and résumé as Exhibit 20001.

08:04AM 2          (WHEREUPON, at this point in the proceedings,

08:04AM 3  Exhibit 20001 was admitted.)

08:04AM 4          MR. BROCK:  One other matter, Your Honor, which is that

08:04AM 5  we have *Daubert* motions filed with regard to Dr. Bea on three

08:04AM 6  grounds, and we would just reassert those at this time.

08:04AM 7          THE COURT:  I've looked at those *Daubert* motions.  I

08:04AM 8  have those right in front of me.

08:04AM 9          I am going to overrule the *Daubert* motions,

08:04AM 10  with the explanation that since this is a bench trial, it's a

08:04AM 11  somewhat different situation than if we were trying to avoid

08:05AM 12  prejudicing a jury with something that may ultimately turn out

08:05AM 13  to be not admissible or not relevant.

08:05AM 14          Since I am the fact finder and also the person

08:05AM 15  who has to decide whether something is relevant or admissible,

08:05AM 16  I have to see it and consider it in any event, whether I do now

08:05AM 17  or do that later.  I'm just trying to facilitate moving this

08:05AM 18  trial along without having *Daubert* hearings during the middle

08:05AM 19  of the trial.

08:05AM 20          I understand the issues raised.  When I say I

08:05AM 21  overrule the motion, I'm not discounting the fact that I may

08:05AM 22  ultimately agree with you to the extent that some of the

08:05AM 23  opinions may not be ultimately accepted by the Court, okay.

08:05AM 24          MR. BRIAN:  Thank you, Your Honor.

08:05AM 25          THE COURT:  Go ahead.

DIRECT EXAMINATION

BY MR. CUNNINGHAM:

Q.   Dr. Bea, you are a professor emeritus at the University of California Berkeley --

A.   Yes.

Q.   -- in the fields of civil and environmental engineering, correct?

A.   Yes.

Q.   You are cofounder of the Center for Catastrophic Risk Management; is that correct?

A.   Correct.

Q.   What is that?

A.   The center is a group of faculty, students and external practitioners who perform public service, research, teaching in the area of prevention, mitigation of catastrophic events in often complex human-based systems.

Q.   All right, sir.

     You have 58 years of professional experience, with over 50 years of experience in the oil and gas industry; is that correct?

A.   Correct.

Q.   You have authored, contributed to and delivered over 500 articles, books and reports on issues related to risk and the management of risk; is that correct?

A.   Correct.

08:07AM 1    Q.    Your area of expertise is the management of catastrophic

08:07AM 2    risk?

08:07AM 3    A.    That is correct.

08:07AM 4    Q.    Let's talk a little about your past work experience.

08:07AM 5          D-2731, Carl.

08:07AM 6          We'll go through this fairly quickly, Dr. Bea.

08:07AM 7          You were a roughneck back in 1960, when you started in the

08:07AM 8    oil and gas business; is that true?

08:07AM 9    A.    Yes.

08:07AM 10   Q.    Then later became a chief engineer at Shell Oil, and later

08:07AM 11   a manager at Shell Oil, both of those out of New Orleans; is

08:07AM 12   that correct?

08:07AM 13   A.    Correct.

08:07AM 14   Q.    2732.

08:07AM 15         You then became a vice-president of the Ocean Services

08:07AM 16   Division of Woodward-Clyde in the mid '70s or thereabouts?

08:07AM 17   A.    Yes, sir.

08:07AM 18   Q.    Then a vice-president of Ocean Engineering Division of

08:07AM 19   PMB-Bechtel in 1981?

08:07AM 20   A.    Correct.

08:07AM 21   Q.    In 1989, you became a Professor of Engineering at

08:08AM 22   Berkeley, where you are today --

08:08AM 23   A.    Yes, sir.

08:08AM 24   Q.    -- is that true?

08:08AM 25              MR. CUNNINGHAM:  Your Honor, we would offer

08:08AM 1   Demonstratives 2731 and 32, which are Exhibits 22771 and

08:08AM 2   22771.001.

08:08AM 3        THE COURT:  All right.  Do you want to just deal with

08:08AM 4   these en globo?

08:08AM 5        MR. CUNNINGHAM:  I would love to do it that way,

08:08AM 6   Your Honor.

08:08AM 7        THE COURT:  Why don't we do that.

08:08AM 8        MR. CUNNINGHAM:  I have given Cathy a list already, so

08:08AM 9   she has that.

08:08AM 10        THE COURT:  Okay.

08:08AM 11                        EXAMINATION

08:08AM 12   BY MR. CUNNINGHAM:

08:08AM 13   Q.   Dr. Bea, let's talk about the major forensic

08:08AM 14   investigations of catastrophes that you have been involved with

08:08AM 15   and participated in in the past.  Let's look at a few of those.

08:08AM 16        2745.

08:08AM 17        The *Ocean Ranger* in 1982, give us a real quick idea what

08:08AM 18   that was about.

08:08AM 19   A.   A floating offshore drilling unit owned by ODECO Drilling

08:09AM 20   Company.  At this time, ODECO headquartered here in

08:09AM 21   New Orleans.  The operator was Mobil Canada.

08:09AM 22        Due to a combination of hardware ballast control failures

08:09AM 23   and human failures, the unit was progressively downflooded

08:09AM 24   until it lost stability.  84 people on board that unit lost

08:09AM 25   their lives.

08:09AM  1    Q.    In 1988, the *Piper Alpha*, give us a brief overview of what
08:09AM  2    that involved.
08:09AM  3    A.    That platform was located off the East Coast of Shetland
08:10AM  4    Islands in the North Sea.  It's a production, drilling and
08:10AM  5    quarters structure.
08:10AM  6          Following a crew change on the evening of July 15, 1988, a
08:10AM  7    production upset resulted in gas escape into module C floor
08:10AM  8    module of the platform.  It ignited, caught fire.  Pipelines
08:10AM  9    connected to the platform lost their containment.  Total loss
08:10AM 10    of life, 167 people.  Approximate cost of the disaster,
08:11AM 11    12 billion United States dollars.
08:11AM 12    Q.    All right, Dr. Bea.  We all know, I think, what the
08:11AM 13    EXXON VALDEZ involved, but you participated in that
08:11AM 14    investigation?
08:11AM 15    A.    Yes, sir.  This one was particularly instructive in our
08:11AM 16    work.
08:11AM 17          The EXXON VALDEZ had purposely departed from the shipping
08:11AM 18    lanes, and the purpose of that departure was cutting corners to
08:11AM 19    save time and money.
08:11AM 20    Q.    All right.  Let's look at 2746.
08:11AM 21          Petrobras P36, 2001, tell us briefly what that involved.
08:12AM 22    A.    That involved the operator Petrobras, the national oil and
08:12AM 23    gas company for the country of Brazil, located off the east
08:12AM 24    coast of Brazil.
08:12AM 25          It was a trendsetting offshore production unit.  The

08:12AM 1    management of the unit had stated as the unit was being

08:12AM 2    configured that they would challenge all quality assurance and

08:12AM 3    quality control standards.

08:12AM 4         Again, a production upset triggers a fire and explosion in

08:12AM 5    one of the support columns.  Again, due to a combination of

08:12AM 6    hardware and humanware failures, the unit is progressively

08:13AM 7    downflooded until it sank, nearly missing a collision with the

08:13AM 8    subsea wellheads.

08:13AM 9    Q.   All right, sir.  And the NASA Columbia, 2003, refresh our

08:13AM 10   recollection about what that involved.

08:13AM 11   A.   Well, the NASA Columbia in 2003 involved, first, a success

08:13AM 12   from the Apollo missions.

08:13AM 13        A bit of background.  I was brought in as a consultant to

08:13AM 14   NASA to advise them on what in this work is being called

08:13AM 15   *process safety.*  The reason for that startling invitation was

08:14AM 16   their perception of me was I was an engineer and had learned to

08:14AM 17   work with, understand those important human wear components

08:14AM 18   that comprise complex systems.

08:14AM 19        So three years before we launched the Columbia, we were

08:14AM 20   working to understand a series of flank failures and project

08:14AM 21   failures that NASA was experiencing.

08:14AM 22        The Columbia was launched.  A seemingly nonimportant piece

08:14AM 23   of foam struck the port side, left side, leading edge of the

08:14AM 24   wing, damaged the heat shield.

08:15AM 25        The Columbia was in orbit.  The damaged heat shield was

08:15AM 1    recognized, in fact, while they were still in orbit, but NASA

08:15AM 2    made the decision to bring the bird back in.

08:15AM 3        I was in Houston that Sunday.  We brought her back in

08:15AM 4    pieces.

08:15AM 5        The tragedy of the Columbia was ultimately traced by the

08:15AM 6    Columbia accident investigation board to a management mantra

08:15AM 7    promulgated by NASA known as *better, faster, cheaper*.

08:15AM 8    Q.   All right.  You participated in that investigation?

08:15AM 9    A.   Yes, sir.

08:15AM 10   Q.   Finally, Katrina, New Orleans, in 2005, which everybody

08:16AM 11   here is very familiar with.  Tell us briefly what your role was

08:16AM 12   in that.

08:16AM 13   A.   Well, we formed an investigation group to come here to

08:16AM 14   New Orleans in the very early days of that disaster.  Our

08:16AM 15   objective was to understand the engineering technology kinds of

08:16AM 16   elements involved in the causation of this system failure; but,

08:16AM 17   most importantly, to understand the organizational

08:16AM 18   institutional things that were so crucial in the underpinnings

08:16AM 19   of the technical failures.

08:16AM 20   Q.   All right, sir.  Now, Dr. Bea, each one of these past

08:16AM 21   investigations appears to be -- or to relate to very different

08:17AM 22   types of catastrophes, everything from a rocket ship to a

08:17AM 23   drilling rig.

08:17AM 24       What is it that these types of catastrophes have in common

08:17AM 25   that would require the assistance of a risk management expert

08:17AM 1    in conducting forensic investigation?

08:17AM 2    A.   Well, the first is they all exist in hazardous

08:17AM 3    environments.  New Orleans is, in fact, a hazardous environment

08:17AM 4    because of things that most of the people in this courtroom

08:17AM 5    know well, exposed on the coast to severe storms.

08:17AM 6        The systems also are comprised of complex hardware

08:17AM 7    engineering types of components.

08:17AM 8        The third thing that is common, the most important, in

08:18AM 9    fact, are the human organizational management institutional

08:18AM 10   components.

08:18AM 11       The hardware and human components are interconnected,

08:18AM 12   interactive, adaptive, and the system is extremely complex,

08:18AM 13   and, of course, because of the hazards, are surrounded with

08:18AM 14   potential catastrophic potential for failure.

08:18AM 15   Q.   All right.  Dr. Bea, have you ever been consulted by BP on

08:18AM 16   risk management issues?

08:18AM 17   A.   Yes.

08:18AM 18   Q.   Were you, in fact, paid by BP to give them advice on risk

08:18AM 19   management issues?

08:18AM 20   A.   Yes.

08:18AM 21   Q.   2760.

08:18AM 22       Just briefly, does this list the periods during which or

08:19AM 23   the times during which you consulted for BP --

08:19AM 24   A.   Yes, sir.

08:19AM 25   Q.   -- at their request?

08:19AM 1    A.    Yes, sir.

08:19AM 2    Q.    2734.

08:19AM 3          Now, you were contacted by counsel for the PSC in the wake

08:19AM 4    of the Macondo blowout; is that correct?

08:19AM 5    A.    Correct.

08:19AM 6    Q.    Were you immediately engaged at that point in time?

08:19AM 7    A.    No.

08:19AM 8    Q.    Why not?

08:19AM 9    A.    Well, by late April, I had formed the *Deepwater Horizon*

08:19AM 10   Study Group.

08:19AM 11   Q.    What is that?

08:19AM 12   A.    Well, the *Deepwater Horizon* Study Group was a group of

08:19AM 13   64 professionals.  We were located around the world.  Many of

08:19AM 14   those professionals had very, very deep backgrounds in offshore

08:19AM 15   oil and gas.  Others had very, very deep backgrounds in

08:20AM 16   organizational behavior of even legislative legal elements.

08:20AM 17         The group formed to determine the root causes of this

08:20AM 18   horrible accident.  We worked *pro bono*.  There was no funding

08:20AM 19   for the group.  We did not engage in the litigation aspects

08:20AM 20   because we wanted to avoid real or perceived conflicts of

08:20AM 21   interest or insertion of potential bias into our investigation.

08:20AM 22   Q.    Okay.  So when, then, did your consultation work in this

08:20AM 23   case begin for the PSC?

08:21AM 24   A.    Officially, April 14, 2011.

08:21AM 25   Q.    In the intervening period then, would the

08:21AM 1   *Deepwater Horizon* Study Group, the people you've described,

08:21AM 2   have been engaged in assessing what happened at the Macondo?

08:21AM 3   A.   Yes, sir.

08:21AM 4   Q.   As a result of your consultation, did you issue a report

08:21AM 5   in conjunction with Bill Gale to the Court that is now the

08:21AM 6   report we offered this morning?

08:21AM 7   A.   Yes, sir.

08:21AM 8        A brief explanation of Dr. Gale.  Dr. Gale was one of the

08:21AM 9   people who helped in the investigation of *Piper Alpha*.  It was

08:21AM 10  a meeting of two people's experience, Bill's and mine, that had

08:22AM 11  worked offshore as drill floor workers concerned with risk and

08:22AM 12  fire and explosion.

08:22AM 13       Bill worked all the way through *Alpha*.  Our lives part for

08:22AM 14  25 years.  And when the *Deepwater Horizon* failed that night,

08:22AM 15  Bill was the first person I called and asked if he would help

08:22AM 16  me.

08:22AM 17       Bill then took the leadership role for the engineering

08:22AM 18  aspects of our investigation of the *Deepwater Horizon*

08:22AM 19  catastrophe.

08:22AM 20  Q.   Exhibit 20001, Carl.

08:23AM 21       Is this the cover page of the report that we commonly

08:23AM 22  refer to as the Bea-Gale report and that was offered into

08:23AM 23  evidence earlier?

08:23AM 24  A.   Yes, sir.

08:23AM 25  Q.   It's a very lengthy and extensive report?

08:23AM  1      A.    It not too long.

08:23AM  2           MR. BROCK:  Depends on who's reading it.

08:23AM  3                          EXAMINATION

08:23AM  4      BY MR. CUNNINGHAM:

08:23AM  5      Q.    I want to take some time here today to do two things,

08:23AM  6      Dr. Bea.  First, I want to touch on just the highlights of your

08:23AM  7      report and have you explain and amplify some parts of it.

08:23AM  8           Part one of what I'm going to cover with you will focus on

08:23AM  9      your opinions, all right.

08:23AM 10           Then, secondly, I want to focus on your interaction with

08:23AM 11      BP when you were being paid by BP to advise them on risk

08:23AM 12      management.  We'll discuss your personal knowledge from the

08:23AM 13      standpoint of a fact witness of what occurred during that time

08:23AM 14      frame.  All right?

08:23AM 15           A term used throughout your report, and one that we'll use

08:23AM 16      throughout your examination and throughout this trial, is the

08:23AM 17      term "process safety."  Would you please define that term.

08:24AM 18      A.    Well, process safety is a disciplined, highly organized

08:24AM 19      set of approaches and strategies whose goal is the prevention

08:24AM 20      of catastrophic failures involving complex engineered,

08:24AM 21      human-based systems.

08:24AM 22      Q.    2875.

08:24AM 23           Is this the definition that you use in your report which

08:24AM 24      you've just described for us?

08:24AM 25      A.    Yes, sir.

08:24AM 1   Q.   It's focused on prevention of major accidents and failures
08:24AM 2   of a catastrophic nature; is that correct?
08:24AM 3   A.   That's correct.
08:24AM 4   Q.   Are process safety and risk management new concepts?
08:25AM 5   A.   No, sir.  They are not.
08:25AM 6   Q.   How long have those concepts been around, and how were
08:25AM 7   they developed?
08:25AM 8   A.   Well, they've been around for a very long period of time.
08:25AM 9       The research that I performed in this area required me to
08:25AM 10  trace the history of process safety.  I was able to trace it
08:25AM 11  back 5000 years to the Tigris-Euphrates Valley.  A group of
08:25AM 12  people had become expert in assessing and providing management
08:25AM 13  assistance to avoid catastrophic risk, like planting their
08:25AM 14  crops in the wrong place at the wrong time.
08:26AM 15      That technology has evolved for that 5000 years.  The
08:26AM 16  present form that it has largely got its impetus during and
08:26AM 17  shortly following the conclusion of the second World War.
08:26AM 18      The reason for that, we, as societies, embarked on
08:26AM 19  utilization of very hazardous systems such as nuclear --
08:26AM 20  commercial nuclear power generation.
08:26AM 21      The other big impetus to it came from commercial
08:26AM 22  jet-powered aircraft transportation.
08:26AM 23      So those very hazardous areas provided the major strong
08:27AM 24  points in the 1950s that have continued to evolve to the
08:27AM 25  present time.

08:27AM 1    Q.   All right, sir.  Is there a body of knowledge that has

08:27AM 2    developed and been published on the subject of process safety;

08:27AM 3    books, for example?

08:27AM 4    A.   Yes.

08:27AM 5    Q.   Dedicated to the subject of process safety?

08:27AM 6    A.   Yes.

08:27AM 7    Q.   So if you went and looked in your library, for example,

08:27AM 8    there would be a whole body of literature on the subject of

08:27AM 9    process safety?

08:27AM 10   A.   Yes.

08:27AM 11   Q.   We briefly discussed some of the earlier disasters that

08:27AM 12   you have been involved in the investigation of, 2745 and 2746.

08:27AM 13        Are these the types of disasters that process safety

08:27AM 14   focuses on preventing?

08:27AM 15   A.   Correct.

08:27AM 16   Q.   Is there a distinction, Dr. Bea, between process safety

08:27AM 17   and personal safety?

08:27AM 18   A.   Yes.

08:27AM 19   Q.   What is it?

08:27AM 20   A.   Well, the distinction, particularly for the Court, is

08:28AM 21   important.

08:28AM 22        The personal safety focuses on prevention of injury and

08:28AM 23   harm to people.  Slip, trips and falls is frequently how it is

08:28AM 24   characterized; but, things like driving safety for a car,

08:28AM 25   that's focused on personal safety issues.

08:28AM 1          The other element is process safety.  Process safety

08:28AM 2     involves this complex combination of components that are human

08:28AM 3     organizational as well as technology based.  They have,

08:29AM 4     unfortunately, many times the potential for catastrophic

08:29AM 5     failures.

08:29AM 6          So we then begin to think about very, very large human

08:29AM 7     impacts, environmental impacts, impacts to the public and

08:29AM 8     impacts to the industry.

08:29AM 9          Yesterday, I heard, as I was listening to the opening

08:29AM 10    comments, presentations, there was a persistent and pervasive

08:29AM 11    mixing of personal safety things with process safety things.

08:29AM 12         Personal safety is actually a subset, and a very important

08:29AM 13    one, of process safety, but it's not vice versa.

08:30AM 14         You can't work a process safety system the way you work a

08:30AM 15    personal safety system.  They are different in an important

08:30AM 16    way.

08:30AM 17    Q.   Dr. Bea, is the universe of businesses and corporations

08:30AM 18    and operations that have the potential for a true process

08:30AM 19    safety catastrophe a limited universe or an unlimited universe?

08:30AM 20    A.   Well, thankfully, it's reasonably limited to those large

08:30AM 21    scale complex systems that we have spread around and over our

08:30AM 22    earth.

08:30AM 23    Q.   Does that universe include both oil and gas exploration,

08:30AM 24    as well as production?

08:30AM 25    A.   Yes.

08:30AM 1    Q.    Is the universe of businesses and corporations and

08:30AM 2    operations that has a potential for a personal safety failure

08:30AM 3    similarly limited?

08:31AM 4    A.    No, it's only limited by the absence of people.  So any

08:31AM 5    time that we've got people involved, personal safety becomes

08:31AM 6    important.

08:31AM 7    Q.    When you focus on those industries that have the potential

08:31AM 8    for a major catastrophic failure, is it considered acceptable

08:31AM 9    risk management practice from a process safety standpoint to

08:31AM 10   analyze those events only at the operational level?

08:31AM 11   A.    Absolutely not.

08:31AM 12   Q.    That is, at the level where the worker pushes a switch or

08:31AM 13   performs a test or punches a button?

08:31AM 14   A.    No, it's not appropriate to focus the attention at that

08:31AM 15   point.

08:31AM 16   Q.    In evaluating major disasters from a process safety

08:31AM 17   perspective, is it sufficient, in other words, to focus only on

08:31AM 18   the details of what happened at the operational level?

08:32AM 19   A.    No.

08:32AM 20   Q.    What is the goal of process safety and risk management?

08:32AM 21   A.    Well, our goal is to understand very deeply the whys, in

08:32AM 22   addition to the whats.  Our goal is to prevent these miserable

08:32AM 23   experiences, catastrophic failures.

08:32AM 24   Q.    Can you meet that goal if all that you focus on is what

08:32AM 25   happened, what happened at the operational level, as opposed to

08:32AM 1    why it happened at the operational level?

08:32AM 2    A.    No, you can't stop at the whats.  The whys provide the

08:32AM 3    crucial clues to understand how to prevent, mitigate these

08:32AM 4    things as we move into the future.

08:32AM 5    Q.    So if we apply those principles to what happened on the

08:32AM 6    *Deepwater Horizon*, is it meaningful from a process safety

08:33AM 7    standpoint to study only the details of what happened there on

08:33AM 8    the rig on the operational level that resulted in the blowout?

08:33AM 9    A.    No.

08:33AM 10   Q.    In other words, would it be acceptable to focus only on

08:33AM 11   the mistakes that may have been made on the rig or the mistakes

08:33AM 12   that may have been made in Houston in the engineering office in

08:33AM 13   analyzing this from a process safety standpoint?

08:33AM 14   A.    Absolutely not.  In the process safety investigation of

08:33AM 15   accidents, focusing on the proximate cause is equivalent to a

08:33AM 16   focus on what we have come to term first and second victims.

08:33AM 17   Q.    What do basic, standard, long-standing, well-known process

08:33AM 18   safety risk management principles require to fully and

08:34AM 19   completely investigate and assess the cause of a major

08:34AM 20   accident?

08:34AM 21   A.    Well, the process safety accident investigation root cause

08:34AM 22   analyses require development of validated understandings of

08:34AM 23   what happens and why it happens.

08:34AM 24   Q.    And does that require looking at management related cause?

08:34AM 25   A.    That's perhaps the star of the show.  Those management

08:34AM 1   causes are crucial to understand correctly or appropriately

08:34AM 2   a -- of complex systems.

08:34AM 3   Q.   Are you familiar with root cause analysis?

08:34AM 4   A.   Yes, sir.

08:34AM 5   Q.   D-2771.

08:34AM 6        Have you provided me with some graphics that represent

08:35AM 7   root cause analysis or that explain root cause analysis?

08:35AM 8   A.   Yes, sir.

08:35AM 9   Q.   Would you explain this graphic, please?

08:35AM 10  A.   Well, the graphic to the left has two important parts.

08:35AM 11  The part above ground is a weed, a plant, and is characteristic

08:35AM 12  of the obvious and proximate direct causes of an accident.

08:35AM 13       But giving that plant life is the second part below the

08:35AM 14  ground, including the soil and the water and that system of

08:35AM 15  roots.  The roots provide the sustenance.

08:35AM 16       Note that it is plural.  Root cause, roots cause analysis.

08:36AM 17  That's because there is not just one root.

08:36AM 18  Q.   2772.

08:36AM 19       Does this graphic explain the goals of root cause

08:36AM 20  analysis?

08:36AM 21  A.   Yes, sir.  There are three, as summarized in this graphic.

08:36AM 22       The first one is root cause analysis does not have as its

08:36AM 23  primary focus what I call blame and shame.

08:36AM 24       The intent is to understand very deeply why these things

08:36AM 25  happen, so we are attempting to identify those things that are

08:36AM 1    important to the systems performance that can, in fact, be

08:37AM 2    controlled by human-based management.

08:37AM 3        In the third one is where we take these pieces of insight

08:37AM 4    and develop recommendations to prevent future causation.

08:37AM 5    Q.   All right.  How do process safety and root cause analysis

08:37AM 6    relate, one to the other?

08:37AM 7    A.   Root cause analysis relative to process safety is an

08:37AM 8    extremely important step in learning.

08:37AM 9        The process safety has an approach that's termed *reactive*.

08:37AM 10   And one of the crucial parts of the reactive approach, after

08:37AM 11   things have been performed, is to understand the reasons for

08:38AM 12   failures as well as the reasons for success.  We take those

08:38AM 13   insights, put them back into the proactive planning types of

08:38AM 14   things to prevent making future failures.  Learning is crucial.

08:38AM 15   Q.   Dr. Bea, are there any documents that you reviewed in your

08:38AM 16   study of this case and that you've relied on in forming your

08:38AM 17   opinions that demonstrate that BP understands the concept of

08:38AM 18   root cause analysis?

08:38AM 19   A.   Yes.

08:38AM 20   Q.   Exhibit 01742.

08:38AM 21       This is a BP Group Defined Practice, GDP 4.4, correct?

08:38AM 22   A.   Correct.

08:38AM 23   Q.   Deals with incident investigation and it is dated in the

08:38AM 24   bottom right-hand corner, 14 October 2009, correct?

08:38AM 25   A.   That is correct.

08:38AM 1     Q.    All right.  Let's look at page 21 of 25 of this exhibit,
08:39AM 2     the definition section, and it defines, does it not, root cause
08:39AM 3     as the most basic cause that can be reasonably identified,
08:39AM 4     which management has control to fix, and for which effective
08:39AM 5     corrective actions for preventing recurrence can be generated.
08:39AM 6     Correct?
08:39AM 7     A.    Correct.
08:39AM 8     Q.    Do you accept that definition that BP has in its
08:39AM 9     investigation --
08:39AM 10    A.    Yes.
08:39AM 11    Q.    -- standards?
08:39AM 12         All right.  Let's look at page 19.  It discusses what a BP
08:39AM 13    root cause analysis consists of, correct?
08:39AM 14    A.    Yes.
08:39AM 15    Q.    And it refers to, it appears, three different types of
08:39AM 16    causes:  Immediate, system and systemic.  Is that correct?
08:39AM 17    A.    That's correct.
08:39AM 18    Q.    Would you explain those.
08:39AM 19    A.    Well, the immediate are those in approximate direct
08:40AM 20    contact with the system causes we discussed previously this
08:40AM 21    morning at what I call the sharp end of the disaster spear.
08:40AM 22    Q.    Would that be, for example, at the operational level?
08:40AM 23    A.    That's correct.
08:40AM 24    Q.    All right.
08:40AM 25    A.    The system causes are the hardware components and the

08:40AM 1  humanware components that are involved in the accident

08:40AM 2  causation.

08:40AM 3       The systemic cause, I characterize as glue that keeps the

08:40AM 4  components together or apart, so they are pervasive

08:40AM 5  organizational management, incentive, or cultural things that

08:41AM 6  exert dominant control over how the system behaves and those

08:41AM 7  immediate causes.  All three are crucial.

08:41AM 8  Q.   Then by definition, by BP's own definition in its own

08:41AM 9  standard, a BP root cause analysis then would include systemic

08:41AM 10 causes, correct?

08:41AM 11 A.   Correct.

08:41AM 12 Q.   And those are management causes, correct?

08:41AM 13 A.   Correct.

08:41AM 14 Q.   Let's look at BP's investigation of the *Deepwater Horizon*,

08:41AM 15 the Bly Report commonly referred to, that's Exhibit 1.

08:41AM 16      MR. CUNNINGHAM:  And, Your Honor, I would offer

08:41AM 17 Exhibit 01742, unless you want me to apply that same global

08:41AM 18 offer to exhibits as well?

08:41AM 19      THE COURT:  Yeah, why don't you do that.

08:41AM 20                     EXAMINATION

08:41AM 21 BY MR. CUNNINGHAM:

08:41AM 22 Q.   Exhibit 1, cover page of the Bly Report, September 8,

08:42AM 23 2010.  And you're familiar with that report, Dr. Bea?

08:42AM 24 A.   Yes, sir.

08:42AM 25 Q.   Let's look at Appendix A, page 193 of the report.

08:42AM 1          And is this a page that sets out the scope of the
08:42AM 2     investigation?  If we look in the second paragraph, the first
08:42AM 3     sentence, it refers to the "scope of the investigation," and
08:42AM 4     then if we go to Paragraph 3, it says, "Prepare a report,"
08:42AM 5     correct?
08:42AM 6     A.    Correct.
08:42AM 7     Q.    And the scope is to find the facts, right?
08:42AM 8     A.    That's correct.
08:42AM 9     Q.    Go to Paragraph 3, please.  Pull it out, Carl.
08:42AM 10         "Prepare a report to include," and it has D, "Critical
08:43AM 11    factors, immediate causes, and system causes."
08:43AM 12         Correct?  Do you see that?
08:43AM 13    A.    Yes, sir.
08:43AM 14    Q.    Those are the first two elements of a BP root cause
08:43AM 15    investigation by their own standards, correct?
08:43AM 16    A.    That's correct.
08:43AM 17    Q.    What's missing here?
08:43AM 18    A.    Systemic management causes.
08:43AM 19    Q.    This investigation, the Bly investigation, in fact, did
08:43AM 20    not include systemic causes, did it?
08:43AM 21    A.    That's correct.
08:43AM 22    Q.    Is that a full and complete investigation of process
08:43AM 23    safety causes?
08:43AM 24    A.    No.
08:43AM 25    Q.    Is that a complete or an incomplete investigation?

08:43AM 1     A.    Incomplete.

08:43AM 2     Q.    Now, Dr. Bea, are there known and established defenses to

08:43AM 3     prevent process type -- process safety type disasters?

08:43AM 4     A.    Yes.

08:43AM 5     Q.    What are they?  Let's look at 2729, and I'll ask you to

08:44AM 6     explain.  You prepared this to explain the answer to this

08:44AM 7     question?

08:44AM 8     A.    Yes, sir.

08:44AM 9     Q.    Go ahead and explain it, if you would.

08:44AM 10    A.    Well, before I start the explanation, as I listened to the

08:44AM 11    opening statements --

08:44AM 12          MR. BROCK:  Your Honor, I'm going to object to the

08:44AM 13    witness commenting on opening statements at this point and

08:44AM 14    would ask that he answer the question that was asked.

08:44AM 15          MR. CUNNINGHAM:  We're fine with that, Judge.

08:44AM 16                          EXAMINATION

08:44AM 17    BY MR. CUNNINGHAM:

08:44AM 18    Q.    Dr. Bea, I know you sat through openings yesterday, but

08:44AM 19    you're not going to be able to respond to that.  If you would

08:44AM 20    do your best to explain this graph for us.

08:44AM 21    A.    I saw -- the illustration is -- showed me the three

08:44AM 22    categories of approaches that comprise process safety.  And

08:45AM 23    they are shown as those blue barriers or defenses, and the

08:45AM 24    white things are characterizing defects, deficiencies in the

08:45AM 25    defenses.

08:45AM 1          The first category of approach is proactive.  This is a

08:45AM 2     set of disciplined activities that are intended to plan,

08:45AM 3     organize, lead, control the hazardous elements with validated

08:45AM 4     techniques, evaluate what that word *safety* means in terms of

08:45AM 5     the likelihood of catastrophic system failures and the

08:46AM 6     consequences.

08:46AM 7          The whole objective of the proactive approach, things we

08:46AM 8     do before, is to ensure that as we carried the operations out,

08:46AM 9     that the likelihoods and the consequences of catastrophic

08:46AM 10    failure are acceptable.

08:46AM 11         The next one is reactive, activities performed after we

08:46AM 12    had performed important activities as we conduct the life of

08:46AM 13    the system.  And I should comment that this process pervades

08:46AM 14    the entire life cycle of a system from concept to

08:46AM 15    decommissioning, cradle to grave.

08:46AM 16         A reactive is where we perform activities.  Is some

08:47AM 17    working well, some not working well?  We want to understand

08:47AM 18    deeply the reasons for success and reasons for failure.

08:47AM 19         The reactive is also where, after something has not worked

08:47AM 20    well, we had in place effective techniques to control

08:47AM 21    escalation or a catastrophe development, so emergency

08:47AM 22    management becomes very, very critical in reactive.

08:47AM 23         Other examples of reactive can focus on subsets of that

08:47AM 24    emergency management that is important, saving life, preventing

08:47AM 25    impacts to the environment.

08:47AM 1    An interactive are the activities we perform as we conduct
08:48AM 2  activities.  These are of critical importance because of our
08:48AM 3  ability to predict in the future is limited.  And, hence, the
08:48AM 4  interactive is intended to prevent unpleasant surprises.
08:48AM 5  Things like quality control.  As we manufacture or produce
08:48AM 6  things, we want to ensure, before the things are used, that
08:48AM 7  they have the appropriate quality, that they don't result in
08:48AM 8  escalating the risks likelihoods and consequences.
08:48AM 9    Another extremely important one in interactive is
08:48AM 10  management of changes.  As complex systems life is conducted,
08:49AM 11  changes have to happen.  It's like planning a camping trip.
08:49AM 12  You can proactively plan it, but things are going to happen
08:49AM 13  while you're on the camping trip.  You have to interactively
08:49AM 14  manage those changes so that the vacation remains enjoyable.
08:49AM 15    Management of change is not only facilitating logistics.
08:49AM 16  The casing and cement is delivered on time but very importantly
08:49AM 17  that we are watching the risk speedometer.  And it's very much
08:49AM 18  like a speedometer in a car.  If I see that speedometer
08:49AM 19  entering the red dangerous region, the interactive management
08:49AM 20  of change does not keep drive it -- or drive it faster, but
08:50AM 21  rather bring the vehicle back into control into the safe
08:50AM 22  region.
08:50AM 23    Now, there is two other components that are important in
08:50AM 24  this illustration.  The first are those defects.  Those
08:50AM 25  defects, the holes, the Swiss cheese, if you will, those are

08:50AM 1   things that are imperfections that are imbedded, intentionally

08:50AM 2   or unintentionally, in these three categories of barriers.

08:50AM 3          First, their numbers are critical.

08:50AM 4          Second, their science is critical.

08:50AM 5          And third, the alignment of those holes are critical.

08:50AM 6          It's those components that are systemic influences that

08:51AM 7   pervade their proactive, reactive, interactive barrier.

08:51AM 8          The other important element in this illustration is that

08:51AM 9   red arrow.  The red arrow is what's termed the *disaster spear*.

08:51AM 10  The disaster spear has two critical parts.  One is the point,

08:51AM 11  the pointed end of that spear.  There is where the workers are

08:51AM 12  focused.  They are at the sharp end.

08:51AM 13         And then there is that handle or blunt end that is

08:51AM 14  providing the resources, the intensity of incentives,

08:51AM 15  encouragements that are responsible for the thrust and the

08:51AM 16  power that arise at the pointed end.

08:52AM 17         So the penetration of the barriers is very, very crucially

08:52AM 18  dependent on those systemic issues, the human organizational

08:52AM 19  issues.  The pointed end, as I noted, is where our first and

08:52AM 20  second victims are located.

08:52AM 21  Q.    Did, Dr. Bea --

08:52AM 22         THE COURT:  Excuse me one second now, Mr. Cunningham.

08:52AM 23             I got a message from one of our IT people that

08:52AM 24  somebody in the courtroom must have their sound not silenced on

08:52AM 25  a laptop, perhaps, and every now and then e-mails are coming

08:52AM 1   through with beeps.  I heard one or two myself recently.  They

08:52AM 2   are distracting some people, particularly the tech people.  So

08:52AM 3   everybody who has a laptop or any kind of electronic device,

08:52AM 4   make sure if it's not turned off, it's on silent mode.

08:52AM 5              Okay.  Thank you very much.

08:52AM 6                            EXAMINATION

08:52AM 7   BY MR. CUNNINGHAM:

08:52AM 8   Q.    Dr. Bea, in analyzing BP's conduct leading up to the

08:52AM 9   *Deepwater Horizon* blowout, have you used standard process

08:53AM 10  safety principles and root cause analysis principles to reach

08:53AM 11  the opinions that you expressed in your report and the opinions

08:53AM 12  you will express today?

08:53AM 13  A.    Yes, I have.

08:53AM 14  Q.    Let's talk about those opinions briefly.  You've talked

08:53AM 15  about them in detail in your report.  Let's look at the first

08:53AM 16  one, 2826.  Does this reflect your opinion regarding what

08:53AM 17  happened on the *Deepwater Horizon*?

08:53AM 18  A.    Yes.

08:53AM 19  Q.    "BP management knowingly ignored process safety and risk

08:53AM 20  management for deepwater exploration wells drilled by

08:53AM 21  contractor-owned mobile offshore drilling units" --

08:53AM 22         That's what the *Deepwater Horizon* was, correct?

08:53AM 23  A.    Correct.

08:53AM 24  Q.    A contractor-owned mobile offshore drilling unit.  We'll

08:53AM 25  refer to it from time to time as a MODU, right?

08:53AM  1    A.    Correct.

08:53AM  2    Q.    -- "in the Gulf of Mexico."

08:53AM  3          Now, is that your opinion based on your review of the

08:53AM  4    evidence and the materials that you've indicated you relied on

08:54AM  5    in your report?

08:54AM  6    A.    Yes.

08:54AM  7    Q.    First, who was responsible for process safety and risk

08:54AM  8    management on the *Deepwater Horizon*?

08:54AM  9    A.    BP.

08:54AM 10    Q.    2735.  You've prepared this graphic.  Would you explain

08:54AM 11    it.

08:54AM 12    A.    Well, first, I'll start here in the center.

08:54AM 13          BP was responsible and accountable for the process safety

08:54AM 14    of this system.  That responsibility and accountability came

08:54AM 15    from BP's employees and stockholders.

08:54AM 16          The second responsibility comes from the regulatory

08:54AM 17    elements.  The responsibilities for best available and safest

08:55AM 18    technology relates to the process safety requirements of the

08:55AM 19    system.

08:55AM 20          The third one comes from industry and commerce itself.  It

08:55AM 21    burdens appropriately the owner/operator with full

08:55AM 22    responsibility and accountability for the system that the

08:55AM 23    owner/operator will design, operate, maintain.  And the Macondo

08:55AM 24    system was designed and operated by and for BP on behalf of the

08:55AM 25    public resource of oil and gas.

08:55AM 1         I showed two graphics, left and right.  The right one

08:55AM 2    being at the pointed end of the spear, that's the

08:56AM 3    *Deepwater Horizon*, with its wonderful and complex hardware

08:56AM 4    system and a similar wonderful and complex humanware system.

08:56AM 5         The illustration to the left is BP, Westlake 3 office in

08:56AM 6    the outskirts of Houston, Texas, and that's an exemplary of a

08:56AM 7    whole series of office buildings that contain the shore-based

08:56AM 8    people that are engaged in this system, hardware and humanware

08:56AM 9    bound by corporateware.

08:56AM 10   Q.   So when you talk about the system, you're talking about

08:56AM 11   not just the rig, but the system all the way onshore, all the

08:56AM 12   way to London?

08:56AM 13   A.   That is correct.

08:56AM 14   Q.   Within BP's corporate and internal structure, their

08:57AM 15   organizational structure, who was responsible for process

08:57AM 16   safety and risk management?

08:57AM 17   A.   BP.  The upper leadership and management of the

08:57AM 18   corporation had that responsibility.

08:57AM 19   Q.   2670.  This is a BP organizational chart, and it shows a

08:57AM 20   board of directors at the top.  That's in London, correct?

08:57AM 21   A.   That's correct.

08:57AM 22   Q.   And is there a committee of the board of directors that

08:57AM 23   deals with safety and is that represented by the box on the

08:57AM 24   left?

08:57AM 25   A.   Yes, sir.

08:57AM 1    Q.    And that is a committee literally of members of the board
08:57AM 2    of directors who are in charged of the safety, correct?
08:57AM 3    A.    That's correct.
08:57AM 4    Q.    And then if you look down in executive management, and at
08:57AM 5    the time of this blowout, the CEO was Mr. Hayward,
08:57AM 6    Tony Hayward?
08:57AM 7    A.    Dr. Antony Hayward.
08:57AM 8    Q.    And to the left of the executive management box is the
08:58AM 9    Group Operating Risk Committee; is that correct?
08:58AM 10   A.    Yes, sir.  That's also known as *GORC*.
08:58AM 11   Q.    And let's look at 2741 -- or correction, let's stay with
08:58AM 12   2670.
08:58AM 13         Dr. Hayward was a member of the Group Operating Risk
08:58AM 14   Committee; is that correct?
08:58AM 15   A.    Yes, sir.
08:58AM 16   Q.    What was the sole focus of that committee?
08:58AM 17   A.    To develop and implement process safety, like the elements
08:58AM 18   within BP.  The example of that is the operation management
08:58AM 19   system.
08:58AM 20   Q.    All right.  Now, we've discussed a number of these
08:58AM 21   well-known and well-understood historical examples of process
08:58AM 22   safety failures, the ones we discussed earlier, correct?
08:58AM 23   A.    Correct.
08:58AM 24   Q.    Is it a fundamental tenet of process safety and risk
08:58AM 25   management that you must learn from past disasters, both within

08:59AM 1  your own company and outside your own company?

08:59AM 2  A.    Yes.

08:59AM 3  Q.    Does it matter from a process safety risk management

08:59AM 4  standpoint that those events may be in no way similar at the

08:59AM 5  operational level?

08:59AM 6  A.    It doesn't matter.

08:59AM 7  Q.    That is that one may involve a rocket and one may involve

08:59AM 8  a ship?

08:59AM 9  A.    No.   In fact, it's good that we got these different kinds

08:59AM 10 of systems because the contrast of the systems frequently is a

08:59AM 11 way you can develop deep insight into the failure of a very

08:59AM 12 different type of system.

08:59AM 13 Q.    Without mentioning any specific event, within BP did it

08:59AM 14 have a history of process safety failures?

08:59AM 15 A.    Yes.

08:59AM 16 Q.    Were each of those events studied by BP?

08:59AM 17 A.    Yes.

08:59AM 18 Q.    And by other investigative bodies?

09:00AM 19 A.    Yes.

09:00AM 20 Q.    Did you review and have you relied on various studies that

09:00AM 21 address the issues of those disasters?

09:00AM 22 A.    Yes.

09:00AM 23 Q.    Was it determined that there were mistakes at the

09:00AM 24 operational level or at the upper management level?

09:00AM 25        MR. BROCK:   Your Honor, I'm going to object to this as

09:00AM 1    being beyond the scope of the Court's ruling with regard to

09:00AM 2    prior incidents based on Rule 404(b) and 403.

09:00AM 3              THE COURT:  I overrule the objection.

09:00AM 4                           EXAMINATION

09:00AM 5    BY MR. CUNNINGHAM:

09:00AM 6    Q.   Was it determined in those events that there were mistakes

09:00AM 7    and errors at the operational level or above the operational

09:00AM 8    level?

09:00AM 9    A.   It was determined that there were failures at both levels;

09:00AM 10   hence, the connection to that disaster spear that has the

09:00AM 11   pointed end and the handle end.

09:00AM 12   Q.   Were each of those events identified either by BP itself

09:01AM 13   or by another investigative body that looked at those events as

09:01AM 14   process safety risk management failures?

09:01AM 15   A.   Yes.

09:01AM 16   Q.   And with respect to those process safety events

09:01AM 17   experienced at BP, was it determined by one investigative body

09:01AM 18   or another that the root cause failures were at the upper level

09:01AM 19   management levels?

09:01AM 20   A.   It was determined the root causes were at upper level

09:01AM 21   management level and leadership.

09:01AM 22   Q.   So do these past events, then, raise questions about

09:01AM 23   lessons learned by BP and how BP responded, whether

09:01AM 24   appropriately or inappropriately?

09:01AM 25   A.   Yes.

09:01AM 1          MR. CUNNINGHAM:  Judge, I'm very mindful of the Court's

09:01AM 2    order.

09:01AM 3          THE COURT:  I don't want you to venture into these

09:01AM 4    prior events.

09:01AM 5          MR. CUNNINGHAM:  I understand that.  I just want to

09:02AM 6    point out a portion of the PTO that I think is important, at

09:02AM 7    least for me to state for the record, that Your Honor cautioned

09:02AM 8    that all evidence relevant to a phase must be presented during

09:02AM 9    that phase and that we should not expect to fill evidentiary

09:02AM 10   gaps later.

09:02AM 11          We understand Your Honor's ruling, but we do

09:02AM 12   anticipate calling Dr. Bea in Phase Two and filling these gaps

09:02AM 13   that we are not going to fill today.

09:02AM 14          THE COURT:  Okay.

09:02AM 15                         EXAMINATION

09:02AM 16   BY MR. CUNNINGHAM:

09:02AM 17   Q.   Let's talk about, Dr. Bea, the highest process safety risk

09:02AM 18   management risk that existed at BP.  All right?

09:02AM 19   A.   Yes, sir.

09:02AM 20   Q.   Before the *Deepwater Horizon* blowout ever occurred, what

09:02AM 21   did BP consider to be the highest level process safety risk in

09:02AM 22   the entire worldwide BP operation?

09:02AM 23   A.   An uncontrolled well blowout in deep water.

09:02AM 24   Q.   Did you study Tony Hayward's testimony?

09:03AM 25   A.   Yes.

303

09:03AM 1    Q.    And did Tony Hayward admit as much?

09:03AM 2    A.    Yes.

09:03AM 3          MR. BROCK:  Your Honor, I'm going to object to leading

09:03AM 4    on this type of examination.  I know it's a bench trial.  I get

09:03AM 5    that.  But just to put words in the witness' mouth like that on

09:03AM 6    a cross-examination -- sounding like a cross-examination.

09:03AM 7          MR. CUNNINGHAM:  I'll try it another way.

09:03AM 8          MR. BROCK:  Thank you.

09:03AM 9          THE COURT:  Try not to lead the witness.

09:03AM 10                          EXAMINATION

09:03AM 11   BY MR. CUNNINGHAM:

09:03AM 12   Q.    Let me ask you whether or not you recall testimony by

09:03AM 13   Dr. Hayward in his deposition on the subject of the highest

09:03AM 14   risk in the country?

09:03AM 15   A.    Yes.

09:03AM 16   Q.    2868, is this that testimony?

09:03AM 17   A.    Yes.

09:03AM 18   Q.    And did you rely in part on this testimony in forming the

09:03AM 19   opinions you've expressed here today?

09:03AM 20   A.    Yes.

09:03AM 21   Q.    Are there also BP documents which recognize a deepwater

09:03AM 22   blowout as the highest risk across the company?

09:03AM 23   A.    Yes.  There are several.

09:04AM 24   Q.    2887.  There is a risk mitigation plan is Exhibit 4171,

09:04AM 25   and does it contain a description of the risks in that risk

09:04AM 1    mitigation plan?

09:04AM 2    A.   Yes, it does.

09:04AM 3    Q.   And is that, in fact, the risk that you've identified and

09:04AM 4    that BP has identified and that Mr. Hayward has acknowledged as

09:04AM 5    being the highest risk across the company?

09:04AM 6    A.   Yes.

09:04AM 7    Q.   And if you read this, "Risk that uncontrolled flow during

09:04AM 8    drilling, completion or well intervention activities have the

09:04AM 9    potential for a loss of well control, release of hydrocarbons,

09:04AM 10   and potential environmental damage and could, if ignited, lead

09:04AM 11   to fire and explosion."

09:04AM 12        Did I read that correctly?

09:04AM 13   A.   Yes, you did.

09:04AM 14   Q.   Is that precisely what happened on the *Deepwater Horizon*

09:04AM 15   on April 20th, 2010?

09:04AM 16   A.   Yes, it is.

09:05AM 17   Q.   Now, knowing all of that, knowing all of that, how did BP

09:05AM 18   management at the board level that we saw earlier, and at the

09:05AM 19   Group Operating Risk Committee, the GORC level, and at the

09:05AM 20   chief executive level deal with process safety risks on the

09:05AM 21   *Deepwater Horizon*?

09:05AM 22   A.   It was exempted.  Process safety was not implemented on

09:05AM 23   the *Deepwater Horizon* project.

09:05AM 24   Q.   What did BP call its safety management system for dealing

09:05AM 25   with risk in the Gulf of Mexico?

09:05AM 1    A.    Operating management system, OMS.

09:05AM 2    Q.    When we talk about a safety management system, sometimes

09:05AM 3    referred to as SMS, correct?

09:05AM 4    A.    Correct.

09:05AM 5    Q.    That's a generic, overarching description of systems that

09:06AM 6    may be different from business to business; is that true?

09:06AM 7    A.    That's correct.

09:06AM 8    Q.    BP's safety management system had a specific name,

09:06AM 9    operating management system?

09:06AM 10   A.    Correct.

09:06AM 11   Q.    And we'll refer to that as OMS, and it's commonly referred

09:06AM 12   to in these documents as OMS, correct?

09:06AM 13   A.    Correct.

09:06AM 14   Q.    How was OMS described by Tony Hayward?

09:06AM 15   A.    Dr. Hayward described it as the cornerstone for safety in

09:06AM 16   BP.

09:06AM 17   Q.    2871.  And in his testimony, he describes it as the

09:06AM 18   cornerstone of achieving safety at BP?

09:06AM 19   A.    That's correct.

09:06AM 20   Q.    And did he indicate who it was at BP that was charged with

09:06AM 21   implementing this cornerstone safety system?

09:07AM 22   A.    Yes, he did.

09:07AM 23   Q.    Who was it?

09:07AM 24   A.    That was the Group Operating Risk Committee headed by

09:07AM 25   Dr. Hayward.

09:07AM  1    Q.    2675.  Is this a diagram of the Group Operating Risk

09:07AM  2    Committee and the members of that committee?

09:07AM  3    A.    Yes, sir.

09:07AM  4    Q.    Mr. Hayward was the chair.  And Mark Bly on the left, is

09:07AM  5    that the same Mr. Bly who investigated the *Deepwater Horizon*

09:07AM  6    event?

09:07AM  7    A.    Yes, sir.

09:07AM  8    Q.    Group head of safety and operations, correct?

09:07AM  9    A.    Correct.

09:07AM 10    Q.    Did BP, at the time of the *Deepwater Horizon* blowout,

09:07AM 11    apply its safety management system, OMS, to the

09:08AM 12    *Deepwater Horizon*?

09:08AM 13    A.    BP did not apply its OMS to the *Deepwater Horizon*.

09:08AM 14    Q.    Did you read the testimony of John Baxter, the man on the

09:08AM 15    Group Operating Risk Committee on the far right, the group head

09:08AM 16    of engineering?

09:08AM 17    A.    Yes.

09:08AM 18    Q.    Did he admit that was true, that they did not apply it?

09:08AM 19    A.    Yes, he did.

09:08AM 20    Q.    2874.  "John Baxter testimony" at the top.

09:08AM 21          "Did OMS apply to the *Deepwater Horizon*?"

09:08AM 22          His answer was:  "No."

09:08AM 23          And did you rely on that in part for the testimony you're

09:08AM 24    giving here today?

09:08AM 25    A.    Yes.

09:08AM 1    Q.    Do you know who Pat O'Bryan is?

09:08AM 2    A.    Yes.

09:08AM 3    Q.    Who is he?

09:08AM 4    A.    He's VP of drilling and the strategic performance in the

09:09AM 5    Gulf of Mexico.

09:09AM 6    Q.    Did Mr. O'Bryan testify that, "the only drilling rig that

09:09AM 7    we had in our fleet that would fall under the BP OMS is the

09:09AM 8    BP-owned rig, the *Thunder Horse*," was that his testimony?

09:09AM 9    A.    Yes, sir.

09:09AM 10   Q.    Exhibit 2352.

09:09AM 11         What is this, Dr. Bea?

09:09AM 12   A.    This is the cover page to the OMS guidelines developed and

09:09AM 13   promulgated by BP dated November 2008.

09:09AM 14   Q.    So this is a BP document that is an overview of BP's OMS

09:09AM 15   that we discussed?

09:09AM 16   A.    Correct.

09:09AM 17   Q.    Dated November of 2008?

09:09AM 18   A.    Correct.

09:09AM 19   Q.    A year and a half or so before the *Deepwater Horizon*

09:10AM 20   disaster occurred?

09:10AM 21   A.    Correct.

09:10AM 22   Q.    Page 2.

09:10AM 23         And you've studied this document in connection with your

09:10AM 24   testimony, correct?

09:10AM 25   A.    Yes, sir.

308

09:10AM 1    Q.    And does it say that, "The OMS has two purposes:  To
09:10AM 2    further reduce health, safety, security and environment risks
09:10AM 3    in our operating activities, and to continuously improve the
09:10AM 4    quality of those activities," right?
09:10AM 5    A.    Yes.
09:10AM 6    Q.    And on the right, signed by Tony Hayward, does the top
09:10AM 7    sentence state, "The Operating Management System, OMS, is
09:10AM 8    fundamental to delivering safe and reliable operating
09:10AM 9    activities in BP"?
09:10AM 10   A.    Yes.
09:10AM 11   Q.    Do you agree?
09:10AM 12   A.    Yes.
09:10AM 13   Q.    Page 10.
09:11AM 14         And under the section, "OMS Benefits," at the bottom,
09:11AM 15   indicating the benefits of OMS, does this BP document show,
09:11AM 16   "effective personal and process safety management" --
09:11AM 17   A.    Yes.
09:11AM 18   Q.    -- as a benefit of OMS?
09:11AM 19   A.    Yes.
09:11AM 20   Q.    Page 14.
09:11AM 21         And then the section specifically focusing on the
09:11AM 22   elements.  And if you'll look on the right, it's hard to see,
09:11AM 23   but the element is risk.  This is the section under risk; is
09:11AM 24   that correct?
09:11AM 25   A.    Yes, sir.

09:11AM 1    Q.   "Risk assessment and management.  BP entities assess,

09:11AM 2    prioritize and manage operating risks consistent with BP

09:11AM 3    requirements."  Did I read that correctly?

09:11AM 4    A.   Yes.

09:11AM 5    Q.   Then do we find that BP has in its OMS a specific section

09:11AM 6    on process safety?

09:11AM 7    A.   Yes.

09:11AM 8    Q.   Would you read that?

09:11AM 9    A.   "BP entities manage the integrity of hazardous operating

09:12AM 10   systems and processes by applying good design principles,

09:12AM 11   engineering and operating practices which prevent and control

09:12AM 12   incidents that have the potential to release hazardous

09:12AM 13   materials or energy.  Such incidents can cause toxic effects,

09:12AM 14   fires or explosion, and could ultimately result in serious

09:12AM 15   injuries, environmental impact, property damage and lost

09:12AM 16   production."

09:12AM 17   Q.   Is it fair to say that the very type of incident they

09:12AM 18   refer to here is exactly what happened on the

09:12AM 19   *Deepwater Horizon*?

09:12AM 20        MR. BROCK:  Again, objection to leading.

09:12AM 21        THE WITNESS:  Yes.

09:12AM 22        MR. BROCK:  Just continued leading of the witness,

09:12AM 23   Your Honor.

09:12AM 24        MR. CUNNINGHAM:  I'll try to do better, Judge.

09:12AM 25        THE COURT:  All right.

09:12AM 1                        EXAMINATION

09:12AM 2     BY MR. CUNNINGHAM:

09:12AM 3     Q.    What is an major accident risk assessment?

09:13AM 4     A.    A major accident risk assessment, known as *MAR*, is a

09:13AM 5     disciplined, validated method to assess risks, likelihoods and

09:13AM 6     consequences associated with major system accidents.

09:13AM 7     Q.    Exhibit 1734.   Cover page.

09:13AM 8           What is this, Dr. Bea?

09:13AM 9     A.    Well, this is the cover page to BP's Guidelines for Major

09:13AM 10    Accident Risk Process.

09:13AM 11          I would comment that the guideline is very, very similar

09:13AM 12    to that used in the commercial nuclear power industry.

09:13AM 13    Q.    The date of this guideline is?

09:14AM 14    A.    June 2008.

09:14AM 15    Q.    Are there portions of this document that you relied on in

09:14AM 16    forming your opinions?

09:14AM 17    A.    Yes.   I relied on the entire document.

09:14AM 18    Q.    2920.

09:14AM 19          Is this a portion of the document that you relied on in

09:14AM 20    forming your opinions?

09:14AM 21    A.    Yes, sir.

09:14AM 22    Q.    Would you explain what that means.

09:14AM 23    A.    Well, as I explained earlier, it's a high level,

09:14AM 24    structured, quantitative, most important validated process to

09:14AM 25    evaluate the likelihoods, consequences of major accidents that

09:14AM 1    could cause multiple fatalities, severe damage to the

09:14AM 2    environment, productivity and property.

09:15AM 3        The MAR process identifies societal risks, very important,

09:15AM 4    the risk of multiple fatalities, rather than individual risks

09:15AM 5    focused on the worker safety.

09:15AM 6    Q.   Where it makes reference to prevention of a major accident

09:15AM 7    that could theoretically cause multiple fatalities and severe

09:15AM 8    damage to the environment, is that, in fact, what happened on

09:15AM 9    the *Deepwater Horizon*?

09:15AM 10   A.   Yes.

09:15AM 11   Q.   2921.

09:15AM 12       Is this another section of that report --

09:15AM 13   A.   Yes, sir.

09:15AM 14   Q.   -- that you relied on?

09:15AM 15   A.   Yes.

09:15AM 16   Q.   Would you explain this?

09:15AM 17   A.   Well, they're defining the results of terms, what their

09:15AM 18   meanings are.  For example, catastrophic release means a sudden

09:16AM 19   and total loss of containment representing a worst-case release

09:16AM 20   event.

09:16AM 21   Q.   Now, we have established that BP did not apply OMS to the

09:16AM 22   *Deepwater Horizon*.  Did BP do a major accident risk assessment

09:16AM 23   on the *Deepwater Horizon*?

09:16AM 24   A.   No.  They did not.

09:16AM 25            MR. BROCK:  Your Honor --

312

09:16AM  1          THE COURT:  Wait, wait, wait.

09:16AM  2          MR. BROCK:  -- I just object to statement, "we have

09:16AM  3  established."  That's an opinion, and I just object to that,

09:16AM  4  object to the argument.

09:16AM  5          MR. CUNNINGHAM:  I'll rephrase it.

09:16AM  6          THE COURT:  Okay.  Go ahead.

09:16AM  7                             EXAMINATION

09:16AM  8  BY MR. CUNNINGHAM:

09:16AM  9  Q.    Did you testify and did you read from the testimony of

09:16AM 10  John Baxter that OMS was not applied on the *Deepwater Horizon*?

09:16AM 11  A.    Yes.

09:16AM 12  Q.    Do you know whether or not BP ever did an MAR on the

09:16AM 13  *Deepwater Horizon*, that is, a major accident risk assessment?

09:16AM 14  A.    I know they did not based on the record.

09:17AM 15  Q.    And did you rely in part, again, on John Baxter, the

09:17AM 16  member of the Group Operating Risk Committee's, testimony on

09:17AM 17  that point?

09:17AM 18  A.    Yes.

09:17AM 19  Q.    2888.

09:17AM 20          What did Mr. Baxter have to say about whether or not BP

09:17AM 21  did an MAR on the *Deepwater Horizon*?

09:17AM 22  A.    Mr. Baxter testified that, no, it wasn't a requirement

09:17AM 23  within the OMS system.

09:17AM 24  Q.    Now, Dr. Bea, have you learned from your review of the

09:17AM 25  testimony whether or not it was known at the very highest

09:17AM 1    levels at BP that OMS had not been implemented in the Gulf of

09:17AM 2    Mexico?

09:17AM 3    A.    Yes.

09:17AM 4    Q.    2872.

09:18AM 5          Did Mr. Hayward testify on this subject?

09:18AM 6    A.    Yes, he did.

09:18AM 7    Q.    Please tell us what he said.

09:18AM 8    A.    Well, quoting, "I was certainly aware that the

09:18AM 9    implementation of OMS was not complete across the company.  And

09:18AM 10   I may -- I can't recall -- have been aware that it was not

09:18AM 11   complete in the Gulf of Mexico.  I probably was."

09:18AM 12   Q.    Now, recognizing that BP identifies deepwater drilling in

09:18AM 13   the Gulf of Mexico as the highest risk across the company, what

09:18AM 14   does the fact that OMS had not been implemented in the Gulf of

09:18AM 15   Mexico mean in terms of process safety on BP operated rigs in

09:18AM 16   the Gulf?

09:19AM 17         MR. BROCK:  Your Honor, I object to that.  This answer

09:19AM 18   says, "it probably was."  I just, I think --

09:19AM 19         THE COURT:  Wait.  What probably was?  You're talking

09:19AM 20   about the first quote?

09:19AM 21         MR. BROCK:  Yes.

09:19AM 22         THE COURT:  I think he's saying I probably was aware

09:19AM 23   that it had not been implemented.

09:19AM 24         MR. BROCK:  Oh, probably not.  I was thinking something

09:19AM 25   else.  Thank you.

09:19AM 1                          EXAMINATION

09:19AM 2    BY MR. CUNNINGHAM:

09:19AM 3    Q.    Do you need me to repeat the question?

09:19AM 4    A.    Please, sir.

09:19AM 5    Q.    Recognizing that BP has identified deepwater drilling in

09:19AM 6    the Gulf of Mexico as the very highest risk across BP's

09:19AM 7    operations, what does the fact that OMS had not been

09:19AM 8    implemented in the Gulf of Mexico mean in terms of process

09:19AM 9    safety on BP operated rigs in the Gulf?

09:19AM 10          MR. BROCK:  My objection here is foundation.

09:19AM 11          THE COURT:  Overruled.  Go ahead, Dr. Bea.

09:19AM 12          THE WITNESS:  It means that relative to the

09:19AM 13   *Deepwater Horizon*, there was no process safety system

09:20AM 14   implemented.

09:20AM 15                         EXAMINATION

09:20AM 16   BY MR. CUNNINGHAM:

09:20AM 17   Q.    2737.

09:20AM 18         Did you study the testimony of John Baxter and Pat O'Bryan

09:20AM 19   on this subject?

09:20AM 20   A.    Yes, sir.

09:20AM 21   Q.    Did you earlier discuss the testimony where Mr. O'Bryan

09:20AM 22   said that the only rig was the *Thunder Horse*, the only rig in

09:20AM 23   the Gulf of Mexico where OMS had been implemented?

09:20AM 24   A.    Yes.

09:20AM 25   Q.    So we have the highest risk known at BP and a failure to

09:20AM 1    implement the very system designed to deal with that risk; is

09:20AM 2    that correct?

09:20AM 3              MR. BROCK:  Object to leading.

09:20AM 4              THE WITNESS:  Correct.

09:20AM 5                             EXAMINATION

09:20AM 6    BY MR. CUNNINGHAM:

09:20AM 7    Q.   How would you characterize the --

09:20AM 8              MR. CUNNINGHAM:  I withdraw that question.

09:20AM 9              THE COURT:  Restate your question.

09:20AM 10                            EXAMINATION

09:20AM 11   BY MR. CUNNINGHAM:

09:20AM 12   Q.   How would you characterize the failure of BP to implement

09:21AM 13   OMS on the rigs that operated in the Gulf and have no process

09:21AM 14   safety system?  How would you characterize that?

09:21AM 15   A.   Tragic, egregious.

09:21AM 16   Q.   Now, Dr. Bea, there are a number of graphs that BP has

09:21AM 17   provided to us in advance that I cannot show you until they are

09:21AM 18   actually used, but I have shown you before this trial started

09:21AM 19   four graphs related to BP's claimed safety record; is that

09:21AM 20   correct?

09:21AM 21   A.   Yes, sir.

09:21AM 22   Q.   I suspect we'll see them as the trial goes on is the

09:21AM 23   reason I'm asking you.

09:21AM 24        As we see those graphs, do any of those relate to process

09:21AM 25   safety events?

09:21AM 1    A.    No.

09:21AM 2    Q.    Are there documents that BP maintained that do contain

09:22AM 3    statistics related to process safety specifically in the Gulf

09:22AM 4    of Mexico?

09:22AM 5    A.    Yes.

09:22AM 6    Q.    Exhibit 2919.

09:22AM 7          What is this, Dr. Bea?

09:22AM 8    A.    Well, this is a document titled, "Process Safety Planning

09:22AM 9    2010," dated 12 January 2010.

09:22AM 10   Q.    So the date of this document, then, is before the

09:22AM 11   *Deepwater Horizon* blowout; is that correct?

09:22AM 12   A.    Correct.

09:22AM 13   Q.    Let's look at page 1, Bates 76.

09:22AM 14         What does this tell us?

09:22AM 15   A.    Well, it's a description of process safety at a time and

09:23AM 16   place.  States, "Major hazard awareness OMS," operating

09:23AM 17   management system, "gap, improve major hazard awareness and

09:23AM 18   reduce both number and severity of process safety incidents."

09:23AM 19   Q.    Let me read the problem statement.  I'll do the reading.

09:23AM 20   You just tell me if I read it correct, okay.

09:23AM 21         "As we have started to more deeply investigate process

09:23AM 22   safety incidents, it's become apparent that process safety

09:23AM 23   major hazards and risks are not fully understood by engineering

09:23AM 24   or line operating personnel.  Insufficient awareness is leading

09:23AM 25   to missed signals that precede incidents and response after

09:23AM 1    incidents, both of which increases the potential for and

09:23AM 2    severity of process safety related incidents."

09:24AM 3         Did I read that correctly?

09:24AM 4    A.   You did.

09:24AM 5    Q.   All right.  Let's look at page 7.

09:24AM 6         Again, under process safety, let me read it to you and ask

09:24AM 7    whether or not I read it correctly.

09:24AM 8         "GoM" -- that's Gulf of Mexico; is that correct?

09:24AM 9    A.   Yes, sir.

09:24AM 10   Q.   -- "has experienced a number of serious and potentially

09:24AM 11   serious process safety incidents as a result of insufficient

09:24AM 12   identification and management of major hazard risks."

09:24AM 13        Did I read that correctly?

09:24AM 14   A.   Yes, sir.

09:24AM 15   Q.   Page 8.

09:24AM 16        Do we here see -- these statistics are nowhere to be found

09:24AM 17   in the four graphs of BP's safety record from 2005 to 2009,

09:25AM 18   that they will offer as exhibits later, correct?

09:25AM 19   A.   That's correct.

09:25AM 20   Q.   You don't see any of this?

09:25AM 21   A.   You don't see it.

09:25AM 22   Q.   This deals with Gulf of Mexico process safety incidents

09:25AM 23   for just a two-year period, correct?

09:25AM 24   A.   That's correct.

09:25AM 25   Q.   All right.  Let's look at page 9.

09:25AM 1        What is this?  What does this discuss?

09:25AM 2   A.    Well, this is a section dealing with root cause gaps.

09:25AM 3   On-site interviews and interaction were used to identify

09:25AM 4   several root causes.  Inadequate/incomplete lessons learned

09:25AM 5   process, inadequate RCFA, understanding lower severity process

09:25AM 6   safety incidents, inadequate understanding of process safety

09:25AM 7   hazards, inadequate/incomplete maintenance procedures.

09:26AM 8   Q.    And, again, is the date of this BP document January of

09:26AM 9   2010?

09:26AM 10  A.    Yes.

09:26AM 11       MR. BROCK:  Your Honor, I'm sorry to interrupt but I

09:26AM 12  just want to note for the record, I know this will be offered

09:26AM 13  into evidence later, but we do object to this exhibit based on

09:26AM 14  foundation.  This document refers to the Gulf of Mexico SPU,

09:26AM 15  which is the entire business unit.  It does not apply to

09:26AM 16  drilling and completions, which has its own OMS system.  So we

09:26AM 17  don't believe that it's relevant to the issues we're

09:26AM 18  discussing.

09:26AM 19       THE COURT:  All right.

09:26AM 20                     EXAMINATION

09:26AM 21  BY MR. CUNNINGHAM:

09:26AM 22  Q.    So, Dr. Bea, let's assume, and I'm not conceding that

09:26AM 23  that's correct, but let's just assume that is correct, okay.

09:26AM 24  What difference does it make in terms of identification of

09:27AM 25  process safety hazards and the risk of process safety hazards

09:27AM 1    between onshore and offshore?

09:27AM 2    A.    It doesn't make any difference.

09:27AM 3          MR. BROCK:  This is not just onshore.  This is broader

09:27AM 4    than that.  But I'll take that up later.

09:27AM 5                              EXAMINATION

09:27AM 6    BY MR. CUNNINGHAM:

09:27AM 7    Q.    Let's look at page 13.

09:27AM 8          What is this, Dr. Bea?

09:27AM 9    A.    It's a page from the same document addressing major hazard

09:27AM 10   awareness.

09:27AM 11   Q.    All right.  Do they identify at the bottom in Section B a

09:27AM 12   gap analysis?  What does that mean?

09:27AM 13   A.    Well, they are looking for gaps within their process

09:27AM 14   safety system.

09:27AM 15   Q.    Do they indicate whether they found any or not?

09:28AM 16   A.    Oh, they found a large number of them.

09:28AM 17   Q.    Is there any doubt from what you've seen in BP's own

09:28AM 18   documents and own records whether or not BP knew the state of

09:28AM 19   affairs with respect to process safety in the Gulf?

09:28AM 20   A.    I think they clearly understood the state of process

09:28AM 21   safety in the Gulf.

09:28AM 22   Q.    All right.  That leaves the question, then, of why not,

09:28AM 23   correct, if you are doing a process safety analysis?

09:28AM 24   A.    Correct.

09:28AM 25   Q.    Why, based on your review of the documents and the

09:28AM  1    evidence in the case, was BP's OMS process safety system not

09:28AM  2    implemented on rigs in the Gulf where the highest risk in the

09:28AM  3    company exists?

09:29AM  4         MR. BROCK:  Your Honor, I object to this question on

09:29AM  5    the basis that I don't believe it's appropriate for an expert

09:29AM  6    to comment on intent or motive.  That's for the Court to decide

09:29AM  7    based on the facts.  I don't believe that's an appropriate

09:29AM  8    subject for expert testimony.

09:29AM  9         THE COURT:  Well, I don't know if he's got a basis for

09:29AM 10    it or not.  He may have a basis in the testimony or the

09:29AM 11    evidence that he's reviewed.

09:29AM 12              So go ahead.

09:29AM 13         MR. CUNNINGHAM:  You may answer.

09:29AM 14         THE WITNESS:  Well, the answer to this important

09:29AM 15    question has, in fact, been the topic, subject of work I did

09:29AM 16    with and for BP.  It is also a very common element that

09:29AM 17    explains the other disasters I've referred to.

09:29AM 18              One way that I express it is rewarding.  In

09:30AM 19    this case, we reward production, increases in profitability,

09:30AM 20    and attendant with that is cost cutting.  So we reward A, and

09:30AM 21    then we hope for B, and B is adequate process safety.

09:30AM 22              So reward A, hope for B, and hope is no

09:30AM 23    strategy for success with these systems.

09:30AM 24              There's ample evidence of the intense pressures

09:30AM 25    exerted in the system to save time and money.  Unfortunately,

09:30AM  1    in that stress and pressure comes sacrifices to safety.

09:31AM  2                         EXAMINATION

09:31AM  3    BY MR. CUNNINGHAM:

09:31AM  4    Q.   Dr. Bea, did you find specific evidence of a mentality

09:31AM  5    that led to or was part of this cost cutting that you've

09:31AM  6    described?

09:31AM  7    A.   Yes, I did.

09:31AM  8           MR. BROCK:  Your Honor, for the record, I object to an

09:31AM  9    expert commenting on the mentality of a company.  I don't think

09:31AM 10    that's appropriate for expert testimony.

09:31AM 11           THE COURT:  Rephrase your question.

09:31AM 12                         EXAMINATION

09:31AM 13    BY MR. CUNNINGHAM:

09:31AM 14    Q.   Is there evidence that you can point to and that we can

09:31AM 15    display on the screen that supports the proposition that cost

09:31AM 16    cutting led to the disaster?

09:31AM 17    A.   Yes.

09:31AM 18    Q.   D-2739.

09:31AM 19           Do we find, for example, throughout a number of the BP

09:31AM 20    documents, statements made by executives and deposition

09:31AM 21    testimony an every dollars counts mantra at BP?

09:31AM 22    A.   Yes.  This is equivalent to NASA's mantra that got them in

09:32AM 23    such deep trouble of better, faster, cheaper.  In this case,

09:32AM 24    it's a culture of every dollars counts.

09:32AM 25    Q.   All right, sir.  Are those quotes from BP executives that

09:32AM 1    are sourced to exhibits in this case?

09:32AM 2    A.    That's correct.

09:32AM 3    Q.    2895.

09:32AM 4        Is this the Gulf of Mexico SPU OMS operating plan?

09:32AM 5    A.    That is correct.

09:32AM 6    Q.    What does it say?

09:32AM 7    A.    It says, Section 1.4, Key Strategies, Foster an every

09:32AM 8    dollars counts culture.

09:32AM 9    Q.    Is this a BP document?

09:32AM 10   A.    Yes, sir.

09:32AM 11   Q.    2896.

09:33AM 12       Is this a press release Mr. Hayward issued in April, four

09:33AM 13   days before -- a year to come before the *Deepwater Horizon*?

09:33AM 14   A.    Yes, sir.

09:33AM 15   Q.    What did he say?

09:33AM 16   A.    "At BP, we have a mantra, 'every dollars counts, every

09:33AM 17   seat counts,' and we intend to follow it through."

09:33AM 18   Q.    2898.

09:33AM 19       Who is John Guide?

09:33AM 20   A.    John Guide plays a pivotal role in the Westlake 3 location

09:33AM 21   for BP involved in leadership, management associated with the

09:33AM 22   *Deepwater Horizon* Macondo project.

09:33AM 23       This is a copy excerpt from his 2009 annual individual

09:34AM 24   performance assessment contract.  The excerpt is, "Create a

09:34AM 25   culture of every dollar counts within the operations team."

09:34AM 1    Q.   All right.  Now, was John Guide a BP employee charged with

09:34AM 2    responsibilities related to the *Deepwater Horizon* on April 20,

09:34AM 3    2010?

09:34AM 4    A.   Yes, sir.

09:34AM 5    Q.   We have seen his name in e-mail exchanges that we heard

09:34AM 6    about yesterday from multiple attorneys in opening statements?

09:34AM 7    A.   Yes, sir.

09:34AM 8    Q.   Is that the same John Guide?

09:34AM 9    A.   Yes, it is.

09:34AM 10   Q.   2897.

09:34AM 11        Is this an e-mail from John Guide dated May 8, 2009?

09:34AM 12   A.   Yes, it is.

09:34AM 13   Q.   What did he say in that e-mail?

09:34AM 14   A.   "The *Deepwater Horizon* has embraced every dollar matters

09:35AM 15   since I arrived 18 months ago.  We have saved BP millions, and

09:35AM 16   no one had to tell us."

09:35AM 17   Q.   Dr. Bea, did you take these, as well as other similar

09:35AM 18   statements, into consideration in forming your opinions related

09:35AM 19   to cost cutting?

09:35AM 20   A.   Yes.

09:35AM 21   Q.   Now, did you look at how cost cutting related to

09:35AM 22   production during the time frame preceding the Macondo blowout?

09:35AM 23   A.   Yes.

09:35AM 24   Q.   Have you prepared a graph that shows what you found about

09:35AM 25   those comparisons?

09:35AM  1    A.    Yes.

09:35AM  2    Q.    2738.

09:35AM  3          Explain this, please.

09:35AM  4    A.    Well, the graph has two parts.  To the left are cash

09:35AM  5    costs, to the right is the production, and relating to the Gulf

09:36AM  6    of Mexico Strategic Performance Unit during the years of 2008

09:36AM  7    and 2009.

09:36AM  8          To the right is a remarkable achievement.  The production

09:36AM  9    went up 55 percent in that one-year time period.

09:36AM 10          Another remarkable development is to the left.  Here is

09:36AM 11    the cash costs being driven down by 22 percent.

09:36AM 12          One of the cash costs involved in the left are the costs

09:36AM 13    that are associated with achieving process safety in its forms

09:37AM 14    in this operation.

09:37AM 15          It clearly indicates, as shown to the right, we are

09:37AM 16    significantly increasing production, and with this drive-down

09:37AM 17    in cash costs we're decreasing protections.

09:37AM 18    Q.    What is the significance of that from a process safety

09:37AM 19    standpoint?

09:37AM 20    A.    Well, the significance of that is if the process safety

09:37AM 21    system is being engaged correctly, as you increase production,

09:37AM 22    you also crease the cash investments being made to achieve

09:37AM 23    adequate process safety to protect the production.

09:37AM 24          So we're creating a very serious imbalance in the system.

09:38AM 25    I think I heard it, if I can say it --

09:38AM 1      MR. BROCK:  Your Honor, I would ask for another

09:38AM 2  question at this point, instead of just a long narrative,

09:38AM 3  please.

09:38AM 4      THE COURT:  I think the witness can go on.  Go ahead if

09:38AM 5  you want to finish your answer.

09:38AM 6      THE WITNESS:  Well, I heard a remarkable statement

09:38AM 7  yesterday that exceptional risks require exceptional

09:38AM 8  protection.  That's saying as those risks go up, we need the

09:38AM 9  protection to accompany that risk going up.

09:38AM 10                        EXAMINATION

09:38AM 11  BY MR. CUNNINGHAM:

09:38AM 12  Q.   All right, Dr. Bea, what is meant by the term "reward

09:38AM 13  structure" in the context of investigating an event such as

09:38AM 14  this?

09:38AM 15  A.   Well, the reward structure are very, very important based

09:38AM 16  on previous disasters I've investigated.

09:39AM 17      Essentially, I'd say, Bob, if you do something that is

09:39AM 18  useful and important to me, then, Bob, I will reward you with

09:39AM 19  something that is important to you.  This is the development of

09:39AM 20  incentive systems.

09:39AM 21  Q.   Did you find evidence of reward structures that related to

09:39AM 22  cost cutting at BP and that further related to what occurred on

09:39AM 23  the *Deepwater Horizon*?

09:39AM 24  A.   Yes.

09:39AM 25  Q.   Explain that, please.

09:39AM 1    A.   Well, the documentation indicates clearly an intense focus

09:39AM 2    on saving time and money.  The selection of the configuration

09:40AM 3    for the well was justified by a significant savings for the

09:40AM 4    long string versus lingering type act.

09:40AM 5         MR. BROCK:  Your Honor, I'm going to object to this

09:40AM 6    testimony based on the qualification of the witness.  There is

09:40AM 7    no foundation for him to testify about engineering design and

09:40AM 8    costs.  He has admitted to us in his deposition he's not expert

09:40AM 9    in that area.  And so we would object to him testifying about

09:40AM 10   this.

09:40AM 11        There are engineering balancing -- there is

09:40AM 12   engineering balancing that has to take place when a decision is

09:40AM 13   made about the construction of a well and what's appropriate,

09:40AM 14   and that feeds into the decision.  And without the expertise to

09:40AM 15   understand that --

09:40AM 16        THE COURT:  All right.  I understand your objection.

09:40AM 17        MR. CUNNINGHAM:  I'll move to another question.

09:41AM 18        THE COURT:  Okay, go ahead.

09:41AM 19                    EXAMINATION

09:41AM 20   BY MR. CUNNINGHAM:

09:41AM 21   Q.   Dr. Bea, do you have an opinion whether or not cost

09:41AM 22   cutting at the management level ever filtered down to the

09:41AM 23   operational level on the *Deepwater Horizon* in the hours and

09:41AM 24   days leading up to the blowout?

09:41AM 25   A.   I do have an opinion.

09:41AM 1    Q.    Have you prepared a list of the operational decisions

09:41AM 2    that, in your opinion, were a result of this filtering-down

09:41AM 3    process?

09:41AM 4    A.    Yes.

09:41AM 5    Q.    2445.  And is this that list?

09:41AM 6    A.    This is the list of key decisions attributed to BP

09:41AM 7    management that had a risk accumulation effect during the

09:41AM 8    Macondo project.

09:41AM 9    Q.    All right.  Without going through each one, let's just ask

09:41AM 10   whether or not the right two columns -- answer two questions:

09:42AM 11        One, did this increase risk, this decision increase risk?

09:42AM 12        And, two, did it save time or money?

09:42AM 13   A.    In all cases, the risk increased and it saved time and

09:42AM 14   money.

09:42AM 15        MR. BROCK:  Your Honor, again, I renew my foundation

09:42AM 16   objection based on the qualification of the witness in terms of

09:42AM 17   these items increasing risk.  I would be happy to take him on

09:42AM 18   voir dire and make my point here, but he has said to us in his

09:42AM 19   deposition that he is not expert in any of these categories.

09:42AM 20   We went through each one of them in his deposition.  He admits

09:42AM 21   to lack of expertise in each one of them.

09:42AM 22        So for him to say there is increased risk, I

09:42AM 23   think is --

09:42AM 24        THE COURT:  I understand your objection.

09:42AM 25        Do you want to respond to that?

09:42AM 1                         EXAMINATION

09:42AM 2    BY MR. CUNNINGHAM:

09:42AM 3    Q.   Dr. Bea, where did these decisions that are listed here,

09:43AM 4    where did you obtain these decisions?

09:43AM 5    A.   Well, the decisions originally came during our

09:43AM 6    *Deepwater Horizon* study group work.  The entire list is 26 of

09:43AM 7    these key-type decisions.

09:43AM 8         So my evaluation of risk is being based on the expertise

09:43AM 9    input from the members of the *Deepwater Horizon* study group.

09:43AM 10   We triangulated and corroborated our evaluation with results

09:43AM 11   from other investigations, so we're checking them as carefully

09:43AM 12   as we can.

09:43AM 13        My part is evaluation of the impact that accumulates

09:43AM 14   relative to risk.  And the risk impact come from increases in

09:44AM 15   uncertainties and increases in the consequences associated with

09:44AM 16   a failure of these key decisions.  The saving time and money

09:44AM 17   was an evaluation of their impact during the Macondo well, and

09:44AM 18   we tracked that, as well.

09:44AM 19            THE COURT:  Okay.  I'm not going to strike this part of

09:44AM 20   his testimony.  But, obviously, I suspect I'm going to hear a

09:44AM 21   lot more from both sides on these issues as the trial

09:44AM 22   progresses, and I'll have to decide what weight, if anything,

09:44AM 23   and you'll have cross-examination of this witness.  Okay.

09:44AM 24            MR. BROCK:  Yes, sir.

09:44AM 25            THE COURT:  Go ahead.

09:44AM  1          MR. CUNNINGHAM:  And we will be offering the

09:44AM  2  *Deepwater Horizon* study group report into evidence in the case

09:44AM  3  at a later time.

09:44AM  4          THE COURT:  All right.

09:44AM  5                            EXAMINATION

09:44AM  6  BY MR. CUNNINGHAM:

09:44AM  7  Q.    Dr. Bea, did you also consider the impact of budgets and

09:45AM  8  scheduling on the operational decision making on the

09:45AM  9  *Deepwater Horizon*?

09:45AM 10  A.    Yes.

09:45AM 11  Q.    2730.  And what did the evidence show in that respect as

09:45AM 12  you've illustrated on this graphic?

09:45AM 13  A.    Let me first take a few minutes to explain the graphic.

09:45AM 14  The illustration to the right is taken from the National

09:45AM 15  Commission's investigation report showing the structure of the

09:45AM 16  Macondo well, identification of key time points from spud

09:45AM 17  October 4th with a very honest until April 29th when we tagged

09:45AM 18  total depth.

09:45AM 19          To the right is shown essentially money, AFE, and shown on

09:46AM 20  the graph stands for authority for expenditure.  The well

09:46AM 21  started out with authority for expenditure, best estimate, and

09:46AM 22  based on the testimony and documentation of 96 million.  By the

09:46AM 23  time we reached the target depth, April 9, we were at

09:46AM 24  154.5 million.

09:46AM 25          The implication is by April 20th we're pushing 160 to 170

09:46AM 1    million, so we're 60 to 70 percent over budget, over schedule

09:46AM 2    54 plus days, comparable, intense pressures from the schedule.

09:47AM 3         And the excessive NPT refers to nonproductive time.  They

09:47AM 4    were carefully watching time when we weren't advancing the

09:47AM 5    well, and that time put this well in the lower 10th percentile

09:47AM 6    of BP's wells.  So locally on this project are very, very

09:47AM 7    significant financial pressures to wrap up this damn well as

09:47AM 8    quickly as possible.

09:47AM 9    Q.   Dr. Bea, the second opinion -- excuse me -- the second

09:47AM 10   opinion you rendered in your report, 2827, related to process

09:47AM 11   safety and past events, correct?

09:48AM 12   A.   Yes, sir.

09:48AM 13   Q.   I'm going to defer that until a later date rather than

09:48AM 14   discuss the details of those sets of opinions, and turn to

09:48AM 15   Opinion Number 3, 2828.

09:48AM 16        "BP management's process safety failures caused the

09:48AM 17   Macondo blowout."

09:48AM 18        Is that your opinion as a result of your investigation in

09:48AM 19   this matter?

09:48AM 20   A.   Yes.

09:48AM 21   Q.   Have you developed a graphic to illustrate that opinion?

09:48AM 22   A.   Yes.

09:48AM 23   Q.   2759.  Please explain this.

09:48AM 24   A.   Well, this graph connects to the graph I showed and

09:48AM 25   discussed earlier illustrating the Macondo disaster spear.  At

09:49AM 1    the pointed end are the Macondo contractors, but in the Macondo

09:49AM 2    well's team.  I term those the first and second victims.

09:49AM 3        The shaft of that disaster spear has a blunt end that

09:49AM 4    starts with the board of directors, goes to the group executive

09:49AM 5    management, proceeds to exploration and production, goes to the

09:49AM 6    Gulf of Mexico strategic performance unit and concludes at

09:49AM 7    drilling and completions.

09:49AM 8        That's the thrust and power that allows the penetration of

09:49AM 9    those defects in the barriers that were provided for Macondo.

09:49AM 10   Q.   Would you please explain how, in your opinion, BP's

09:50AM 11   process safety failures caused this blowout?

09:50AM 12   A.   Well, the process safety failures were, of course, rooted

09:50AM 13   in the fact that there wasn't any process safety system

09:50AM 14   implemented on the Macondo/*Deepwater Horizon*.  Instead, an

09:50AM 15   earlier stage gate beyond the best process was implemented, and

09:50AM 16   roots of that process preceded the painful learning experiences

09:50AM 17   of Texas City and Prudhoe Bay.

09:50AM 18            MR. BROCK:  I'm going to object to that, Your Honor.

09:50AM 19            MR. CUNNINGHAM:  Try not to mention any other event.

09:50AM 20            THE WITNESS:  Other things?

09:50AM 21            I'll comment it was a primitive risk assessment

09:50AM 22   and management system that could not pass muster in terms of

09:51AM 23   requirements today for a process safety system that would

09:51AM 24   enable management of a very hazardous system such as Macondo.

09:51AM 25                          EXAMINATION

09:51AM 1    BY MR. CUNNINGHAM:

09:51AM 2    Q.    All right.  Do you know whether or not the CEO of BP

09:51AM 3    conceded, conceded that the absence of OMS contributed to the

09:51AM 4    blowout?

09:51AM 5    A.    Yes.

09:51AM 6    Q.    2873.  Is this the testimony of Tony Hayward that you

09:51AM 7    relied on in forming that opinion?

09:51AM 8    A.    Yes, sir.

09:51AM 9    Q.    "QUESTION:  If OMS had been implemented in the Gulf of

09:51AM 10   Mexico before April 20, 2010, is there not the potential for

09:51AM 11   having for avoided this terrible catastrophe?"

09:51AM 12        And what was his answer?

09:51AM 13   A.    "There is possible potential."

09:52AM 14        "QUESTION:  All right."

09:52AM 15        "ANSWER:  Undoubtedly."

09:52AM 16   Q.    Undoubtedly?

09:52AM 17   A.    Yes.

09:52AM 18        MR. BROCK:  Your Honor, I think that's for Your Honor

09:52AM 19   to interpret that, not the witness.

09:52AM 20        MR. CUNNINGHAM:  We understand that.

09:52AM 21        MR. BROCK:  Well, I know it.  But you're characterizing

09:52AM 22   it and I think the words say something different than what

09:52AM 23   you're charactering.

09:52AM 24        THE COURT:  I think we all understand this is this

09:52AM 25   witness' interpretation of what another witness said, and I'll

09:52AM  1    have to decide if I have the same interpretation or not.

09:52AM  2          MR. BROCK:  Thank you, Your Honor.

09:52AM  3    BY MR. CUNNINGHAM:

09:52AM  4    Q.   If you had to sum up, Dr. Bea, your opinion of the root

09:52AM  5    cause of the *Deepwater Horizon* disaster in just a few words,

09:52AM  6    how would you do that?

09:52AM  7    A.   It's a classic failure of management and leadership in BP.

09:52AM  8    Q.   2750.  Did you prepare a graph expressing this?

09:52AM  9    A.   Yes.

09:52AM 10    Q.   What do you mean by this?

09:52AM 11    A.   Well, that the root causes were firmly imbedded in the

09:53AM 12    severely imbalanced system, protection and production that was

09:53AM 13    being driven by BP corporate management and leadership.

09:53AM 14    Q.   Dr. Bea --

09:53AM 15          MR. CUNNINGHAM:  Or, Your Honor, I've been advised that

09:53AM 16    I did not formally proffer Dr. Bea as an expert.  I had hoped

09:53AM 17    that that was not an issue, but I will do that now.

09:53AM 18          THE COURT:  Okay.  Well, I assumed -- frankly, I

09:53AM 19    assumed you had, and I assumed I had acknowledged by saying

09:53AM 20    what we said in the beginning.  But I assume -- well, let me

09:53AM 21    ask you:  In what field or area are you tendering him?

09:53AM 22          MR. CUNNINGHAM:  Dr. Bea.

09:53AM 23          THE WITNESS:  Process safety management.

09:53AM 24          THE COURT:  All right.  He'll be accepted in that field

09:53AM 25    for the reasons we previously described.

09:53AM  1        MR. CUNNINGHAM:  Judge, I'm about to shift gears here

09:54AM  2   and move into fact testimony.  Do you want me to continue or

09:54AM  3   are you planning on --

09:54AM  4        THE COURT:  How much longer do you have on direct?  I'm

09:54AM  5   not trying to stop you.  I'm just trying to get some sense.

09:54AM  6        MR. CUNNINGHAM:  I think I can finish in 15 minutes.

09:54AM  7        THE COURT:  Why don't we go ahead and do that, and then

09:54AM  8   we'll take our recess.

09:54AM  9                          EXAMINATION

09:54AM 10   BY MR. CUNNINGHAM:

09:54AM 11   Q.   Dr. Bea, I now ask you to change hats and become a fact

09:54AM 12   witness.  I want to discuss with you your personal knowledge

09:54AM 13   with BP and your communications with BP in the past that relate

09:54AM 14   to process safety and risk management.

09:54AM 15        Let's go back to 2001.  Did you have occasion in the year

09:54AM 16   2001 to consult with BP?

09:54AM 17   A.   Yes.

09:54AM 18   Q.   How did that come about?

09:54AM 19   A.   It came about as a result of a very long-term personal

09:54AM 20   relationship with BP.  I was a member of the Shell Oil Company

09:55AM 21   team that first went into the North Sea in the 1970s.  One of

09:55AM 22   our stalwart colleagues was BP in the development of the

09:55AM 23   BP Forties Field, and I developed many very good friends in

09:55AM 24   BP's offices in London during that process.

09:55AM 25        Then into the 1980 period, after I had left Shell Oil

09:55AM 1   Company, I worked with, for BP on the North Slope.  In this

09:55AM 2   form it was Sohio BP in the development of Mukluk and some of

09:56AM 3   the things happening on the North Slope of Alaska.

09:56AM 4       So many friends, colleagues within that system, but coming

09:56AM 5   also from their -- the companies that comprised BP, Americas,

09:56AM 6   Amoco, ARCO, Vastar are four examples.

09:56AM 7       And in 2001, they heard about -- well, in fact, they had

09:56AM 8   been sponsoring research work with me since I came to Berkeley,

09:56AM 9   and that research spans ships and pipelines and platforms.  And

09:56AM 10  they said in 2001 that they would like to bring myself and my

09:57AM 11  colleague, Dr. Karlene Roberts, to London to meet with John

09:57AM 12  Brown and the business unit leaders, strategic performance unit

09:57AM 13  leaders from North America.

09:57AM 14      And we had a series of meetings with them to instruct them

09:57AM 15  on what we had learned about creation of high reliability

09:57AM 16  organizations with high reliability management that create,

09:57AM 17  operate, and maintain high reliability systems.

09:57AM 18  Q.   And did you, as a result of those -- or that engagement,

09:57AM 19  end up making presentations to BP?

09:57AM 20  A.   Yes, sir.

09:57AM 21  Q.   In the United States or in London?

09:57AM 22  A.   In London and the United States.

09:57AM 23  Q.   5950.  Is this an example of one of the presentations you

09:58AM 24  made to BP?

09:58AM 25  A.   Yes, sir.

09:58AM 1   Q.   Did BP management tell you why they were consulting you?

09:58AM 2   A.   Yes, sir.

09:58AM 3   Q.   What did they tell you?

09:58AM 4   A.   Well, they gave it in several forms.  One was to learn

09:58AM 5   what we had learned about risk assessment and management.  In

09:58AM 6   this case, known as *process safety management*, but it was

09:58AM 7   deeper than that.

09:58AM 8          The people that we met and talked with during several

09:58AM 9   weeks in London expressed very severe concerns that they had

09:58AM 10  for three primary things that influenced process safety

09:59AM 11  management.  And those three things included, first, a clash of

09:59AM 12  corporate cultures.  BP was experiencing this clash of

09:59AM 13  corporate cultures coming from the United Kingdom and into the

09:59AM 14  Gulf of Mexico operations.

09:59AM 15         But the second was they had encountered significant

09:59AM 16  problems as a result of a loss of core competencies.

09:59AM 17         In the process of acquiring Amoco, ARCO, Vastar, these

09:59AM 18  companies, they had to go through what they call *rightsizing*,

09:59AM 19  which meant, as I questioned them, well, the way they reduced

09:59AM 20  staff was early retirements.

09:59AM 21         So many of those friends I had from the 1970s, even the

10:00AM 22  1980s, were retired out of the organization, which meant that

10:00AM 23  they had lost a good deal of the deep experience, the scars of

10:00AM 24  past troubles, and they were significantly encountering

10:00AM 25  problems with, did they have the technical competence to manage

10:00AM 1     the technical challenges that they were facing.

10:00AM 2         The third one was creation in this process of downsize,

10:00AM 3     outsource of creating what they call *brittle* organizations.

10:00AM 4     And what their concern was there was if someone was out of

10:00AM 5     position, perhaps sleeping or having a good time while not at

10:01AM 6     work, the organization tended to collapse.  And that's because

10:01AM 7     it was too lean and not mean.

10:01AM 8         So they were very definitive in their concerns for the

10:01AM 9     process safety of these complex systems and their plea was for

10:01AM 10    us to help him.

10:01AM 11        THE COURT:  Mr. Cunningham, before you continue, I just

10:01AM 12    have a question.

10:01AM 13             I think you referred to that exhibit that's on

10:01AM 14    the screen as 5950?  That's what my transcript on my screen

10:01AM 15    says, but looks like it's 5960 to me.

10:01AM 16        MR. CUNNINGHAM:  5960.

10:02AM 17        THE COURT:  I just want to keep the numbers right.  So

10:02AM 18    this is actually 5960, this last exhibit.

10:02AM 19             Okay.  Go ahead.

10:02AM 20                     EXAMINATION

10:02AM 21    BY MR. CUNNINGHAM:

10:02AM 22    Q.   Mr. Bea, would it be fair to say that during that

10:02AM 23    discussion you discussed process safety?

10:02AM 24    A.   Oh, yes.

10:02AM 25    Q.   Was BP concerned about any dangers related process safety

10:02AM 1    failures?

10:02AM 2    A.    Yes.

10:02AM 3    Q.    And what did you tell them about that?

10:02AM 4    A.    Well, we -- in this series of discussions, I told them

10:02AM 5    about the problems associated with, as I cited, "a clash of

10:02AM 6    corporate cultures."  How to approach and think about complex

10:02AM 7    systems operating in highly hazardous environments and how to

10:02AM 8    put in place proactive, reactive, interactive approaches.

10:02AM 9        I talked to them about high reliability management that

10:02AM 10   would provide equitable balances between production and

10:03AM 11   protection.

10:03AM 12       Extensive discussions about high reliability

10:03AM 13   organizations, lessons that we had learned on board nuclear

10:03AM 14   aircraft carrier operations.

10:03AM 15       Extensive discussions about how to create robust damage

10:03AM 16   tolerant organizations that didn't fall apart at critical

10:03AM 17   times.  Intense extensive discussions about how to improve and

10:03AM 18   achieve process safety.

10:03AM 19   Q.    Would it be fair to characterize anything that you told

10:03AM 20   them as having given them a warning?

10:03AM 21       MR. BROCK:  I'm going to object to leading on that,

10:03AM 22   Your Honor.

10:03AM 23       THE COURT:  Overruled.

10:03AM 24       THE WITNESS:  Yes.  I did give them warnings; sometimes

10:03AM 25   in impolite language and hopefully most of the time in polite

10:04AM 1    language.

10:04AM 2                        EXAMINATION

10:04AM 3    BY MR. CUNNINGHAM:

10:04AM 4    Q.   Have you prepared a series of graphics that summarize

10:04AM 5    those warnings?

10:04AM 6    A.   Yes.

10:04AM 7    Q.   2833.  This is in your expert report also, correct?

10:04AM 8    A.   Yes, it is.

10:04AM 9    Q.   Is this a warning that you gave?

10:04AM 10   A.   Yes.  The warning was to look for problems.  I call it

10:04AM 11   being afraid.  Intensive and extensive process safety audits

10:04AM 12   help catch safety problems before they develop into major

10:04AM 13   accidents.

10:04AM 14   Q.   2835.  Is this a warning that you gave BP?

10:04AM 15   A.   Yes.  It says, "Understand risk and stay vigilant."

10:04AM 16        It's critical to identify, mitigate and minimize it.  A

10:04AM 17   long period without a major accident doesn't mean a process

10:04AM 18   safety risk have been mitigated.  In fact, their absence is an

10:04AM 19   early warning sign for it's accumulated and you may not know

10:05AM 20   it.

10:05AM 21   Q.   2837.  Is this a warning that you gave BP?

10:05AM 22   A.   Yes.  Senior management must have command and control of

10:05AM 23   process safety management.  Decisions must be made by the right

10:05AM 24   people.  We called it *migrating decision-making*.  Redundancy,

10:05AM 25   robustness must be built into the system.  Formal rules and

10:05AM 1     procedures must be established and followed during

10:05AM 2     decision-making.  And, the appropriate people, the right stuff

10:05AM 3     must be selected and trained for safety critical jobs.

10:05AM 4     Q.    2839.  Is this a warning that you gave BP?

10:05AM 5     A.    Yes.  Experience matters.  Those old people are to be

10:06AM 6     respected, not discarded.

10:06AM 7           Downsizing, reorganization, outsourcing, critical,

10:06AM 8     technical things can make a company brittle.  Brittle companies

10:06AM 9     are at increased risk for major accidents when personnel are on

10:06AM 10    vacation, sick or off work.

10:06AM 11    Q.    Let's go to 2003.  Were you again retained by BP to

10:06AM 12    address process safety specifically and process safety

10:06AM 13    specifically related to deepwater exploration and production in

10:06AM 14    the Gulf of Mexico?

10:06AM 15    A.    Yes.

10:06AM 16    Q.    How did that come about?

10:06AM 17    A.    Well, again, as a result of projects that BP was

10:06AM 18    sponsoring with my research team at University of California,

10:06AM 19    Berkeley.  They were aware of work we were doing here in the

10:07AM 20    United States and internationally focused specifically on the

10:07AM 21    challenges associated with ultra deepwater drilling exploration

10:07AM 22    projects and systems.

10:07AM 23    Q.    And as a result of that retention, did you make a

10:07AM 24    presentation?

10:07AM 25    A.    Several.

10:07AM 1    Q.    Write a report?

10:07AM 2    A.    Yes.  Two reports.

10:07AM 3    Q.    Exhibit 20308.  And is this the cover page of one of the

10:07AM 4    reports you and Dr. Roberts wrote?

10:07AM 5    A.    Yes.

10:07AM 6    Q.    The title:  "Managing Rapidly Developing Crises Realtime

10:07AM 7    Prevention of System Accidents"; is that correct?

10:07AM 8    A.    Yes, sir.

10:07AM 9    Q.    What did you tell management in that report?

10:07AM 10   A.    Well, we told management that the people at the sharp end

10:07AM 11   of these systems need to be properly selected, trained and

10:08AM 12   supported.

10:08AM 13        We had learned this from studying high-tempo crisis

10:08AM 14   systems that operate continuously on the edge of failure, such

10:08AM 15   as emergency medicine, military combatant operations,

10:08AM 16   firefighting.  A large number of communities have learned that

10:08AM 17   it takes special things at that sharp end to manage crises,

10:08AM 18   particularly when the pressures of time, information are

10:08AM 19   present so that they can observe, orient, decide and act.  It's

10:09AM 20   called the *OODA loop*, developed by the United States Air Force

10:09AM 21   to equip pilots to understand how to handle the heat of battle.

10:09AM 22        So we took those hard-learned lessons to BP and said,

10:09AM 23   "Please get these on to the drill floor, because blowout

10:09AM 24   preventers and diverters, these equipment things have gone

10:09AM 25   about as far as we can take them."  And the information clearly

10:09AM 1    indicated that it was the human things that needed immediate

10:09AM 2    attention because we were now dealing with systems that were

10:09AM 3    lethal.  And the human factors had to be strong to able to

10:10AM 4    properly address the lethality of these deepwater exploration

10:10AM 5    systems.

10:10AM 6    Q.    Would it be fair to characterize what you told BP in the

10:10AM 7    2003 as a warning?

10:10AM 8    A.    Yes.

10:10AM 9    Q.    Have you prepared a series of graphs summarizing the

10:10AM 10   warnings you gave BP in 2003?

10:10AM 11   A.    Yes, sir.

10:10AM 12   Q.    2841.  Did you tell BP this?

10:10AM 13   A.    Yes.  Told BP there are no surprises, unless you're not

10:10AM 14   looking.  Major accidents are always preceded by warning signs.

10:10AM 15   Typically, there is ten to a hundred near misses, a hundred to

10:10AM 16   a thousand hazardous events before every major system accident.

10:10AM 17   You must carefully track and analyze these warning signs called

10:11AM 18   *leading indicators* in order to intervene before a major

10:11AM 19   accident occurs.

10:11AM 20   Q.    2843.

10:11AM 21        Did you give BP this warning?

10:11AM 22   A.    Yes.  The warning was, money isn't everything.

10:11AM 23        In fact, we had conducted projects specifically for BP on

10:11AM 24   this money and production thing.  Major accidents are

10:11AM 25   frequently the result of outsourcing, using contract crews, and

10:11AM  1    pressures to save time and money.  Process safety costs money,

10:11AM  2    but lack of process safety costs more money.

10:11AM  3    Q.    2847.

10:11AM  4          Is this a warning you gave BP?

10:12AM  5    A.    Yes, sir.  That warning was, plan for crisis.  Like the

10:12AM  6    good scouts, be prepared.  Decision-making capabilities have

10:12AM  7    and will be impaired during a crisis.  Whether a crisis turns

10:12AM  8    into a major accident depends on the planning that is done in

10:12AM  9    the months and years before the crisis arrives.

10:12AM 10    Q.    2849.

10:12AM 11          Is this a warning you gave BP?

10:12AM 12    A.    Yes.  The warning was to investigate management.  By

10:12AM 13    identifying the management causes of an accident, it's the most

10:12AM 14    effective way to prevent future accidents.  That's because

10:12AM 15    frequently if we don't do this we end up fixing the wrong

10:13AM 16    things in the wrong way and encourage repetition of these

10:13AM 17    miserable failures.

10:13AM 18    Q.    2851.

10:13AM 19          Did you give BP this warning?

10:13AM 20    A.    Yes.  My warning is, culture is key.  Culture has got

10:13AM 21    important influences on a company's ability to operate safely.

10:13AM 22          Organizational cultures are extremely resistant to change.

10:13AM 23    Using contractors with different organizational cultures can

10:13AM 24    lead to major accidents.  The experience we learned from the

10:13AM 25    commercial nuclear power industry.

10:13AM 1    Q.    Dr. Bea, what was BP's response to the recommendations

10:13AM 2    that they paid you to make in 2003?

10:14AM 3    A.    Well, in general, the response was a very polite

10:14AM 4    attention, and they also paid our expenses.

10:14AM 5    Q.    Did you write a second paper for BP in 2003?

10:14AM 6    A.    Yes.

10:14AM 7    Q.    20309.  2-0-3-0-9.

10:14AM 8          Is this the cover page of that paper?

10:14AM 9    A.    Yes.

10:14AM 10   Q.    What was this about?

10:14AM 11   A.    Well, this was a summary of what we had learned about

10:14AM 12   human organizational factors.  They designed an operation of

10:14AM 13   deepwater structures.  The paper defines in detail the three

10:14AM 14   approaches that we discussed, proactive, reactive, interactive;

10:15AM 15   sets up three consistent strategies to employ in those three

10:15AM 16   approaches, reduce the likelihoods of failure, reduce the

10:15AM 17   consequences, manage them, and increase detection and

10:15AM 18   correction.  Early prevention, detection and correction pays

10:15AM 19   rich rewards.

10:15AM 20         We actually chronicled for BP a pilot application to one

10:15AM 21   of their deepwater production and exploration projects here in

10:15AM 22   the Gulf of Mexico, developing leading indicators that have

10:15AM 23   been validated and are useful to providing information to those

10:15AM 24   people at the sharp end of the spear for how they can intercede

10:15AM 25   with the systems to make them have appropriate reliability.

10:16AM 1        And then, lastly, we carried them through a project that
10:16AM 2    they had participated in, BP, over a 10-year process that
10:16AM 3    focused on implementation because we had learned that, as I put
10:16AM 4    it, Bibles in bookcases don't matter.  Bibles have to be made
10:16AM 5    live, and you have to implement it before they become
10:16AM 6    effective.
10:16AM 7        We said it takes five C's.  Those five C's, first, you've
10:16AM 8    got to be cognizant, you've got to be aware of the beast that
10:17AM 9    can kill you.
10:17AM 10       You've got to be competent.  You have to have the right
10:17AM 11   people supported with the right things in the right way so they
10:17AM 12   can do the right job.
10:17AM 13       You've got to have commitment, top down, bottom up.  No
10:17AM 14   seams between those.
10:17AM 15       You've got to be committed.  That doesn't mean to the
10:17AM 16   looney ward or anything like that, but committed to the fact
10:17AM 17   that I'm going to produce, I'm going to make money and profit
10:17AM 18   that's fair; but, I'm going to protect what I've got to protect
10:17AM 19   as required by the people that I'm responsible to.
10:17AM 20       Last, you have to be able to count.  Here is where the
10:17AM 21   resolution and balance between money matters most, I heard
10:18AM 22   yesterday, a new form of 3M.  Bring that into economic
10:18AM 23   recognition, the benefits of wonderful process safety.
10:18AM 24       When we got that counting, that was the secret.
10:18AM 25   Unfortunately, the message apparently didn't get through.

10:18AM  1    Q.    Finally, let's go to 2005.

10:18AM  2          Were you, again, retained by BP in 2005 as a consultant on

10:18AM  3    risk management and process safety?

10:18AM  4    A.    Yes.

10:18AM  5    Q.    Did you, again, make a presentation and give a lecture

10:18AM  6    during the course of that paid consultation?

10:18AM  7    A.    Yes.

10:18AM  8    Q.    20403.

10:18AM  9          Is this the cover page of that presentation that you gave?

10:18AM 10    A.    Yes, sir.

10:18AM 11    Q.    Who did you give that to?

10:19AM 12    A.    Well, that was given to BP management.  We met repeatedly

10:19AM 13    in Westlake 2, outside of Houston, Texas, talking about

10:19AM 14    organizational factors.

10:19AM 15          The cartoon in the right is not accidental.  That's the

10:19AM 16    front end of the commercial airliner.  We, by this time, had

10:19AM 17    worked with the commercial aviation industry, United Airlines,

10:19AM 18    US Air, Continental Airlines, and defined the important things

10:19AM 19    about organizations and their pervasive influences on process

10:19AM 20    safety.

10:19AM 21    Q.    Would it be fair to characterize anything that you told BP

10:19AM 22    during that time frame as a warning?

10:19AM 23    A.    Yes.

10:19AM 24    Q.    2853.

10:20AM 25          Is this what you told BP?

10:20AM 1   A.   Yes.  Reward the right decisions.  Incentives for major

10:20AM 2   accident prevention must be put on equal footings with

10:20AM 3   incentives for profitability.  Otherwise, people will choose

10:20AM 4   profit overly safety.

10:20AM 5   Q.   Now, after 2005, Dr. Bea, did you later have any contact

10:20AM 6   with BP in 2007?

10:20AM 7   A.   Yes.

10:20AM 8   Q.   How did that come about?

10:20AM 9   A.   We organized an international conference held in Normandy,

10:20AM 10  France, to bring together a worldwide group concerned with the

10:20AM 11  equivalent of process safety management.  This included people

10:21AM 12  from the oil and gas industry, from medicine, commercial

10:21AM 13  aviation, intelligence from three countries, intelligence

10:21AM 14  services, central intelligence agencies, concerned with risky

10:21AM 15  systems and risky environments and what we were learning about

10:21AM 16  improving process safety management.

10:21AM 17  Q.   All right.  Did you tell BP anything during the course of

10:21AM 18  that relationship that you would characterize as a warning?

10:21AM 19  A.   Oh, indeed.

10:21AM 20  Q.   2855.

10:21AM 21       What did you tell them?

10:21AM 22  A.   Well, in response to a stage show they put on as the

10:22AM 23  keynote talk, my warning to them was you still don't get it.

10:22AM 24  You have not implemented -- not my, it's really our

10:22AM 25  recommendations.  Process safety is deadly serious, and now

10:22AM 1    you've turned it into a traveling road show.

10:22AM 2    Q.   Finally, Dr. Bea, one year after the Macondo blowout, did

10:22AM 3    you see and hear BP's CEO Bob Dudley make a presentation about

10:22AM 4    what BP was now doing after the blowout with respect to process

10:22AM 5    safety?

10:22AM 6    A.   Yes, sir.

10:22AM 7    Q.   Was that in 2011?

10:22AM 8    A.   That's correct.

10:22AM 9    Q.   What changes did he discuss BP having made after the

10:22AM 10   blowout?

10:22AM 11        MR. BROCK:  Your Honor, I don't object to him

10:22AM 12   commenting on Mr. Dudley's presentation, but I will say that

10:22AM 13   this would fall into the category of subsequent remedial

10:22AM 14   measures that would not be something that would be pertinent to

10:23AM 15   liability.

10:23AM 16        MR. CUNNINGHAM:  We don't -- we don't agree, Judge.  We

10:23AM 17   don't think -- it would constitute an admission.

10:23AM 18        THE COURT:  Let's see where it goes.

10:23AM 19                        EXAMINATION

10:23AM 20   BY MR. CUNNINGHAM:

10:23AM 21   Q.   Are the changes -- tell us what you heard Mr. Dudley say

10:23AM 22   about the changes.

10:23AM 23   A.   Well, Mr. Dudley spoke about major positive changes that

10:23AM 24   BP was making, implementing, in the area of process safety.

10:23AM 25        As I listened to those, I recalled similar statements that

10:23AM 1    were made following --

10:23AM 2    Q.    You can't discuss other events.

10:23AM 3    A.    Following the failure of Columbia, the shuttle, I was in

10:24AM 4    the Columbia accident investigation board hearing.

10:24AM 5    Admiral Gehman was chairing that hearing, and NASA was

10:24AM 6    describing why the Columbia failed.

10:24AM 7         An astronaut by name of Sally Ride looked at

10:24AM 8    Admiral Gehman, and she said, Admiral, I hear echoes of the

10:24AM 9    Challenger.  What she was referring to was the very things that

10:24AM 10   caused the Challenger failure caused the Columbia failure.  I

10:24AM 11   hear the echoes.

10:24AM 12   Q.    Are the changes that you heard Mr. Dudley say were made

10:24AM 13   after the Macondo disaster the same sorts of changes you had

10:25AM 14   told BP they needed to make before the disaster occurred?

10:25AM 15   A.    Yes, sir.

10:25AM 16         MR. BROCK:  Objection on foundation.

10:25AM 17         THE COURT:  Overruled.

10:25AM 18         MR. CUNNINGHAM:  That's all.  Your Honor.

10:25AM 19         THE COURT:  All right, let's take a recess.  It's about

10:25AM 20   10:25.  We'll recess for about 15 minutes.

10:25AM 21         THE DEPUTY CLERK:  All rise.

10:25AM 22         (WHEREUPON, at 10:25 a.m., the Court took a recess.)

10:47AM 23         THE DEPUTY CLERK:  All rise.

10:47AM 24         THE COURT:  All right.  Please be seated, everyone.

10:47AM 25         MR. CUNNINGHAM:  Your Honor, I would like to move to

10:47AM 1    admit the list of graphics and exhibits and the source exhibits

10:47AM 2    that I've used with Dr. Bea.  I've given Cathy a copy of the

10:47AM 3    list.

10:47AM 4              There are also a number, not all that many,

10:47AM 5    about a page, a little over a page of reliance exhibits that I

10:47AM 6    think are key to his testimony that would have been used if it

10:47AM 7    had been a full direct, although I'm sure you think it was a

10:47AM 8    full direct, given how long it took.  But it was abbreviated

10:48AM 9    because the report is in.  And I don't know exactly how

10:48AM 10   Your Honor wants us to offer these key other exhibits that

10:48AM 11   support his testimony that I didn't use during the examination.

10:48AM 12        THE COURT:  All right.  Let me hear from -- any

10:48AM 13   objections?

10:48AM 14        MR. BROCK:  Well, my understanding is the exhibits

10:48AM 15   would be offered during the examination where we would be given

10:48AM 16   an opportunity to object.  That was my understanding.  I don't

10:48AM 17   know what he has on his list, so --

10:48AM 18        THE COURT:  You're talking about the so-called *reliance*

10:48AM 19   *exhibits*?  Are you talking about the second list?

10:48AM 20        MR. BROCK:  I'm talking about the second list right

10:48AM 21   now.

10:48AM 22        THE COURT:  Okay.  Well, I don't know what he's talking

10:48AM 23   about either, because I haven't seen the list, but --

10:48AM 24        MR. CUNNINGHAM:  Well, if I had been conducting a full

10:48AM 25   examination, Judge, where the Court hadn't seen the report as

10:48AM 1   you had, a lot of different areas would have been covered and a

10:48AM 2   lot of different exhibits would have been covered.

10:48AM 3            I could go through each of these with him now

10:48AM 4   and say, "Are these key to your" --

10:48AM 5            THE COURT:  These exhibits are not otherwise going to

10:49AM 6   be admitted during the trial except through his testimony?

10:49AM 7            MR. CUNNINGHAM:  I expect that they will be otherwise

10:49AM 8   admitted.  I just wanted to offer them with his testimony in

10:49AM 9   support.

10:49AM 10           THE COURT:  Well, it's not, of course, necessary under

10:49AM 11  Federal Rules that everything a witness talks about be admitted

10:49AM 12  or even admissible in evidence.  Often experts talk about

10:49AM 13  things they relied upon or considered, but that doesn't mean

10:49AM 14  all of that goes into evidence even.

10:49AM 15           So I don't know that it's necessary that --

10:49AM 16           MR. CUNNINGHAM:  Well, we'll just offer, then, the list

10:49AM 17  that I gave Cathy of the graphics and the supporting exhibits.

10:49AM 18           THE COURT:  Okay.

10:49AM 19           MR. BROCK:  From our side, we've noted objections to

10:49AM 20  some of those on the record.  I think I had in my mind that the

10:49AM 21  Thursday marshalling conference would be the time at which we

10:49AM 22  would sort that out.

10:49AM 23           But I've objected to the ones that I had an

10:50AM 24  issue with as we've gone through.  The main one being "The Key

10:50AM 25  Decisions at Macondo" slide that had the risk on the left-hand

10:50AM 1    side and the cost on the right.

10:50AM 2         THE COURT:  His chart that he prepared?

10:50AM 3         MR. BROCK:  Yes, sir.

10:50AM 4         THE COURT:  I'm going to -- I'll admit these exhibits

10:50AM 5    subject to your objection.  As I said before, I'm going to have

10:50AM 6    to hear the -- a lot of other testimony to decide how much

10:50AM 7    weight to give to that.

10:50AM 8              That's just explanatory of his testimony, and I

10:50AM 9    think I'll just overrule the objection.  Okay.

10:50AM 10        MR. CUNNINGHAM:  That's all.

10:50AM 11        THE COURT:  Okay.  Do you have questions from the

10:50AM 12   United States for this witness?

10:50AM 13        MR. UNDERHILL:  Your Honor, in view of Mr. Cunningham's

10:51AM 14   thorough examination, the United States has no questions, and

10:51AM 15   we pass the witness.

10:51AM 16        THE COURT:  Okay.  Good.

10:51AM 17              Do the states have any questions?

10:51AM 18        MR. MAZE:  Very briefly, Your Honor.

10:51AM 19        THE COURT:  I was, frankly, expecting and hoping, I'll

10:51AM 20   say this, just going forward that you guys on this side of the

10:51AM 21   room, where your interests are aligned, would pretty much

10:51AM 22   select one of you to present a witness so we don't have

10:51AM 23   multiple attorneys.  I'm not trying to stop you, Mr. Maze, from

10:51AM 24   questioning witnesses, but hopefully we can do it like that.

10:51AM 25        MR. MAZE:  We intend to do that.  We've discussed this.

10:51AM 1    I will be less than five minutes.  It's just a few follow-up

10:51AM 2    questions.

10:51AM 3          THE COURT:  Okay.  Go ahead.

10:51AM 4                     DIRECT EXAMINATION

10:51AM 5    BY MR. MAZE:

10:51AM 6    Q.   If I could have 2737 back on the screen, please.  Take

10:51AM 7    that off.  It's okay.

10:51AM 8         Dr. Bea, earlier you testified that prior to the blowout

10:51AM 9    that BP did not implement its OMS to any contractor-owned rig

10:52AM 10   in the Gulf of Mexico, correct?

10:52AM 11   A.   Contractor exploratory drilling rigs.

10:52AM 12   Q.   Prior to the blowout, did BP use contractor-owned rigs in

10:52AM 13   the North Sea?

10:52AM 14   A.   Yes.

10:52AM 15   Q.   Prior to the blowout, what percentage of these

10:52AM 16   contractor-owned rigs in the North Sea implemented BP's OMS or

10:52AM 17   other process safety system?

10:52AM 18         MR. BROCK:  I object on relevance, Your Honor.

10:52AM 19         THE WITNESS:  In the --

10:52AM 20         THE COURT:  Wait.  Wait.

10:52AM 21             What's the relevance?

10:52AM 22         MR. MAZE:  I can tell you.  In opening statement

10:52AM 23   yesterday, Mr. Brock stated that globally BP uses the

10:52AM 24   contractor's safety system and that is preferable, and I'm

10:52AM 25   showing that that is incorrect, that they actually do use --

10:52AM 1          THE COURT:  All right.  I overrule the objection.

10:52AM 2               Go ahead.

10:52AM 3          THE WITNESS:  In the North Sea, United Kingdom sector,

10:52AM 4     that operation is conducted under the Health, Safety

10:53AM 5     Executive's safety case management system.  The safety case

10:53AM 6     management system is effectively the operating management

10:53AM 7     system major accident risk, MAR, in effect, and the duty of

10:53AM 8     development of the safety case goes the owner/operator.

10:53AM 9                              EXAMINATION

10:53AM 10    BY MR. MAZE:

10:53AM 11    Q.   What percentage of contractor-owned rigs in North Sea

10:53AM 12    would have applied to this BP OMS at the time of blowout?

10:53AM 13    A.   Well, for example, in the UK, 100 percent; in Norwegian

10:53AM 14    sector, 100 percent.

10:53AM 15    Q.   You explained earlier the difference between process

10:53AM 16    safety and personal safety to Mr. Cunningham, correct?

10:53AM 17    A.   Yes, sir.

10:53AM 18    Q.   I've got two questions about the distinction between the

10:53AM 19    two, based on statements we've heard.

10:53AM 20         On a contractor-owned rig that implements BP's OMS, or

10:54AM 21    safety case system, who's personal safety system is the primary

10:54AM 22    personal safety system for the rig?

10:54AM 23    A.   Usually it's contractors.

10:54AM 24    Q.   If that were applied to this case, hypothetically, it

10:54AM 25    would be Transocean's personal safety?

10:54AM 1   A.    That's correct.

10:54AM 2   Q.    And that's the slips and fall system?

10:54AM 3   A.    That's correct.

10:54AM 4   Q.    The same question, just a little bit different.  On a

10:54AM 5   contractor-owned rig that implements BP's OMS system, whose

10:54AM 6   process safety system would be the primary process safety

10:54AM 7   system?

10:54AM 8   A.    It would be the owner/operator BP.

10:54AM 9   Q.    If we can have 2735 back, please.

10:54AM 10        Can you explain why the operator's process safety system

10:54AM 11  must be the primary safety system -- or process safety system

10:54AM 12  on a rig?

10:54AM 13  A.    Well, the operator is responsible for the organization of

10:55AM 14  the system, so the meeting point for all of the subcontractors

10:55AM 15  involved must be the owner/operator.  And that duty, as noted

10:55AM 16  earlier, not only comes from the owner/operator's employees and

10:55AM 17  stockholders, but is a requirement of the United States

10:55AM 18  regulatory process.  The Minerals Management Service places

10:55AM 19  that duty upon the owner/operator, clearly.

10:55AM 20        And similarly, with the industrial process safety

10:55AM 21  management guidelines we have here in the United States, that

10:55AM 22  centers, for a Macondo-type system, on the owner/operator.

10:55AM 23  Q.    The last question is:  What level of BP management would

10:56AM 24  have had to have made the decision not to implement an OMS

10:56AM 25  system on the Gulf of Mexico contractor-owned rigs while at the

10:56AM 1    same time 100 percent of BP rigs in the North Sea implemented

10:56AM 2    an OMS system?

10:56AM 3         MR. BROCK:  Your Honor, I object to that.  We're

10:56AM 4    talking about a regulatory scheme in the UK and North Sea

10:56AM 5    that's different than what is in existence here.  I think that

10:56AM 6    that is not relevant in this case.

10:56AM 7         THE COURT:  Well, I think the witness can -- I'll let

10:56AM 8    the witness answer and see if he can explain that.

10:56AM 9         THE WITNESS:  Well --

10:56AM 10        THE COURT:  The question is -- I guess the objection

10:56AM 11   is, is that decision driven, if you know, by regulatory

10:56AM 12   requirements in the UK or the North Sea that are different from

10:56AM 13   the Gulf of Mexico?

10:56AM 14        THE WITNESS:  Well, the regulatory regimes are indeed

10:56AM 15   different.  But the theme of process safety management says

10:57AM 16   good is good no matter where you're at.  It's like when I was

10:57AM 17   being trained as a welder, you are trained to do good welding

10:57AM 18   no matter where you're at.

10:57AM 19             So that charge has to fall on the

10:57AM 20   owner/operator.

10:57AM 21                      EXAMINATION

10:57AM 22   BY MR. MAZE:

10:57AM 23   Q.   The last question based on what Mr. Brock had asked, was

10:57AM 24   there anything in April of 2010 that either legally or

10:57AM 25   financially prevented BP from implementing the OMS in the

10:57AM 1    Gulf of Mexico?

10:57AM 2            MR. BROCK:  I'm going to object to the legal part of

10:57AM 3    that.

10:57AM 4            THE COURT:  Overruled.

10:57AM 5                    If you can answer that.

10:57AM 6            THE WITNESS:  Well, I'm not aware of any legal

10:57AM 7    impediments to implementation of process safety, and certainly

10:57AM 8    financially, BP had the resources to effectively put into place

10:58AM 9    a process safety system that could have prevented the Macondo

10:58AM 10   disaster.

10:58AM 11           MR. MAZE:  That's all we have, Your Honor.

10:58AM 12                   Thank you, Dr. Bea.

10:58AM 13           THE COURT:  Okay.  Mr. Brock.

10:58AM 14                   I'm sorry.  We're in the wrong order.

10:58AM 15   Transocean, I guess, is next.

10:58AM 16                   Ms. Kanner, you had a question, too, for this

10:58AM 17   witness?

10:58AM 18           MR. KANNER:  Yeah, we had a couple questions.

10:58AM 19           THE COURT:  From now on I want you guys to all be on

10:58AM 20   the same page.  We can't have everybody on this side of the

10:58AM 21   table questioning the same witness when your interests are

10:58AM 22   totally aligned.

10:58AM 23                   Go ahead, and ask your question, Mr. Kanner.

10:58AM 24           MR. KANNER:  No, that's fine, Your Honor.

10:58AM 25           THE COURT:  If you have a question, go ahead and ask

10:58AM 1    it.

10:58AM 2                        DIRECT EXAMINATION

10:58AM 3    BY MR. KANNER:

10:58AM 4    Q.    Good morning, Professor Bea.

10:58AM 5    A.    Good morning.

10:58AM 6    Q.    My name is the Allan Kanner.  I represent the State of

10:58AM 7    Louisiana.  Other than saying hi to you this morning, I don't

10:59AM 8    believe that we have ever met or discussed your testimony; is

10:59AM 9    that correct?

10:59AM 10   A.    That's correct.

10:59AM 11   Q.    Okay.  First, I want to just thank you for all of your

10:59AM 12   work you've done in Louisiana on levee issues --

10:59AM 13          THE COURT:  Mr. Kanner, this is not a time to make

10:59AM 14   statements.  If you have a question for the witness, ask the

10:59AM 15   question, please.

10:59AM 16                          EXAMINATION

10:59AM 17   BY MR. KANNER:

10:59AM 18   Q.    Yes.  Is there any doubt in your mind that BP could

10:59AM 19   operate in the Gulf of Mexico safely and profitably if they

10:59AM 20   implemented process safety engineering?

10:59AM 21   A.    Yes.  They could.

10:59AM 22   Q.    They could do that?

10:59AM 23   A.    They could do it, and remain profitable.

10:59AM 24   Q.    Okay.  So the addition of process safety engineering in no

10:59AM 25   way would hamper exploration in the Gulf of Mexico or the

10:59AM 1   profitability, correct?

10:59AM 2   A.   Well, initially it does, because actually imbedding a

11:00AM 3   system like this does cost money, time, but most importantly,

11:00AM 4   knowledgeable, properly motivated human resources.  So there is

11:00AM 5   an initial pain that over the long-term turns out to be a

11:00AM 6   marvelous gain because you're not having to deal with very

11:00AM 7   expensive catastrophic system failures.

11:00AM 8   Q.   Right.  And as your slide pointed out earlier, a large

11:00AM 9   process safety failure can cost billions of dollars in damages

11:00AM 10  to the environment, to the economy, etcetera, correct?

11:00AM 11  A.   That's correct.

11:00AM 12  Q.   One last question.  I want you to recall in your mind your

11:00AM 13  testimony about your personal work with BP, also your expert

11:00AM 14  review of BP documents regarding their understanding of the

11:00AM 15  magnitude of risk associated with deepwater drilling, and BP

11:01AM 16  documents regarding BP's failure to use process safety to

11:01AM 17  address that risk in the Gulf of Mexico.

11:01AM 18       Do you recall all that testimony?

11:01AM 19  A.   Yes.

11:01AM 20  Q.   Is there any doubt in your mind that BP knew that severe

11:01AM 21  and substantial damage could probably result from ignoring

11:01AM 22  process safety at Macondo?

11:01AM 23       MR. BROCK:  Objection, Your Honor, that's not a proper

11:01AM 24  question.

11:01AM 25       THE COURT:  Sustained.  It's really already been

11:01AM 1    discussed.

11:01AM 2          MR. KANNER:  Okay.  Thank you.

11:01AM 3                        EXAMINATION

11:01AM 4    BY MR. KANNER:

11:01AM 5    Q.   Last question.  Is there, based -- would there be any

11:01AM 6    basis for BP telling either MMS or the State of Louisiana that

11:01AM 7    there would be no risk to their shoreline from an accident

11:01AM 8    associated with drilling *Deepwater Horizon*?

11:01AM 9          MR. BROCK:  Objection, beyond the scope of the report.

11:01AM 10         THE COURT:  Sustained.

11:01AM 11         MR. KANNER:  Thank you very much, Your Honor.

11:01AM 12         THE COURT:  All right.  Mr. Brian.

11:01AM 13                      CROSS-EXAMINATION

11:01AM 14   BY MR. BRIAN:

11:02AM 15   Q.   Brad Brian for Transocean.  Good morning, Mr. Bea.

11:02AM 16   A.   Good morning.

11:02AM 17   Q.   I'm just going to ask you a few follow-up questions,

11:02AM 18   staying within the four corners of your report.

11:02AM 19         On page 58 of your report, if we can --

11:02AM 20         Did you state as one of your opinions, and I quote, BP's

11:02AM 21   onshore well team refused to communicate key risks of the

11:02AM 22   operation to Transocean, unquote?

11:02AM 23         Did you say that?  That was one of your opinions, was it

11:02AM 24   not, sir?

11:02AM 25   A.   May I see the page, please, to ensure that's an accurate

11:02AM  1    quotation?

11:02AM  2            MR. BRIAN:  May I approach, Your Honor?

11:03AM  3            THE COURT:  Yes.

11:03AM  4                          EXAMINATION

11:03AM  5

11:03AM  6    BY MR. BRIAN:

11:03AM  7    Q.    I want to direct your attention to the last line on

11:03AM  8    page 58 of your report.

11:03AM  9            As one of your opinions, did you say, and I quote, BP's

11:03AM 10    onshore well team refused to communicate key risks of the

11:03AM 11    operation to Transocean?

11:03AM 12    A.    Fine.

11:03AM 13    Q.    And if you turn to the top of the next page, it's page 59,

11:03AM 14    did you say, and I quote, as part of your opinion, For example,

11:03AM 15    the cement job for the Macondo well was much riskier than

11:03AM 16    typically encountered by BP or Transocean, however, BP refused

11:03AM 17    to empathize this fact to Transocean, unquote?

11:03AM 18            Was that part of your opinion reflected in your expert

11:03AM 19    report?

11:03AM 20    A.    Yes.

11:03AM 21    Q.    Now, turn to the first sentence of the second full

11:04AM 22    paragraph on page 59.

11:04AM 23            Did you also state, as part of your opinion, "Further,

11:04AM 24    Transocean was not included in many of the decisions made by

11:04AM 25    BP's onshore well team that increased the risk of failures at

11:04AM  1   the Macondo well"?

11:04AM  2        Was that one of your opinions you stated on page 59 of

11:04AM  3   your report?

11:04AM  4   A.   Yes, sir.

11:04AM  5   Q.   Now, if you could turn back to your introduction, page --

11:04AM  6   I guess it's X, little I X, Roman numeral 19.

11:04AM  7   A.   Yes.

11:04AM  8   Q.   Do you see the section under sub opinion 3.3?

11:04AM  9   A.   Yes.

11:04AM 10   Q.   And if you go down to the second line, you state, do you

11:04AM 11   not, "BP management's refusal to implement consistent formal

11:05AM 12   risk assessment processes for deepwater exploration drilling

11:05AM 13   for contractor-owned MODUs resulted in the BP Macondo team

11:05AM 14   committing the following process safety and risk management

11:05AM 15   violations."

11:05AM 16        Do you see that?

11:05AM 17   A.   Yes, sir.

11:05AM 18   Q.   And you identified the following violations as part of

11:05AM 19   your opinion:

11:05AM 20        "One, refusing to identify the collective risk of key

11:05AM 21   decisions, decisions were made in isolation without multilevel

11:05AM 22   or collaborative benefits."

11:05AM 23        That was one of your opinions you stated, correct?

11:05AM 24   A.   That's correct.

11:05AM 25   Q.   And you also said it was a violation to, "Ostensibly

11:05AM 1    delegating risk management responsibilities to Transocean

11:05AM 2    although retaining key decision-making authority, such as the

11:05AM 3    well completion plan and the cement protocol."

11:05AM 4        That was one of your opinions of a violation by BP, was it

11:05AM 5    not, sir?

11:05AM 6    A.   That's correct.

11:05AM 7    Q.   And you also stated that another violation was, "Refusing

11:05AM 8    to include Transocean in risk management, such as the decision

11:05AM 9    to conduct simultaneous operations during the displacement of a

11:06AM 10   riser."

11:06AM 11       That was also one of your opinions, was it not?

11:06AM 12   A.   That's correct.

11:06AM 13           MR. BRIAN:  Nothing further, Your Honor.

11:06AM 14           THE COURT:  Thank you.

11:06AM 15               All right.  Halliburton.

11:06AM 16           MR. GODWIN:  One second, Your Honor.  He and I were

11:06AM 17   conferring, Your Honor, about whether or not I would need to do

11:06AM 18   an examination.  Mike is going to get back to me.

11:06AM 19           THE COURT:  Okay.

11:06AM 20           MR. GODWIN:  Halliburton, based on -- Your Honor,

11:06AM 21   we'll --

11:06AM 22           THE COURT:  Speak at the mike so we can hear you.

11:06AM 23           MR. GODWIN:  Thank you, Judge.  Don Godwin for

11:06AM 24   Halliburton.  We'll have no questions of the witness at this

11:07AM 25   time.  Thank you, Judge.

11:07AM 1          THE COURT:  Mr. Brock.

11:07AM 2                     CROSS-EXAMINATION

11:07AM 3    BY MR. BROCK:

11:07AM 4    Q.   Dr. Bea, good morning.

11:07AM 5    A.   Good morning.

11:07AM 6    Q.   I almost said good afternoon, but it probably might feel

11:07AM 7    that way to you, hopefully not.  My name is Mike Brock and I

11:07AM 8    represent BP, and I'll have a few questions for you at this

11:07AM 9    time.

11:07AM 10         First of all, will you confirm for us that you were

11:07AM 11   assisted by the PSC lawyers in the drafting of your report?

11:07AM 12   A.   Yes.

11:08AM 13   Q.   And in the process of drafting that report, you did not

11:08AM 14   receive input from engineers?

11:08AM 15   A.   That's incorrect.

11:08AM 16   Q.   Let me see transcript 21, line 18 -- page 21, line 18,

11:08AM 17   please.

11:08AM 18         SPEAKER:  Based on the switch of counsel real quick, we

11:08AM 19   just had to switch out the technology.

11:08AM 20         MR. BROCK:  It probably was faster the old-fashioned

11:08AM 21   way.

11:08AM 22                     EXAMINATION

11:08AM 23   BY MR. BROCK:

11:11AM 24   Q.   Page 21 of Dr. Bea's deposition, line 18 through 21.

11:11AM 25         And do you see there, Dr. Bea, that we asked you in your

11:11AM 1    deposition, "Did you have any engineers or nonlegal types

11:11AM 2    assisting you and Dr. Gale on the report?"

11:11AM 3           And what was your answer, sir?

11:11AM 4    A.    No.

11:11AM 5           The question you asked me didn't include Dr. Gale.

11:11AM 6    Dr. Gale is an engineer, and I received input from him.

11:12AM 7    Q.    The answer to our question at this time was, you did not

11:12AM 8    have engineers or nonlegal types assisting you and Dr. Gale on

11:12AM 9    the report, correct?

11:12AM 10   A.    That's correct, sir.

11:12AM 11   Q.    And that's a true statement, isn't it?

11:12AM 12   A.    Yes, sir.

11:12AM 13   Q.    You relied on the plaintiffs' lawyers to identify the

11:12AM 14   documents on which to focus, correct?

11:12AM 15   A.    That's not totally correct.

11:12AM 16   Q.    Have you testified that --

11:12AM 17          I'll be happy to.

11:13AM 18          Dr. Bea, let me go back to my question.  Did you rely on

11:13AM 19   the plaintiffs' lawyers to identify the documents on which you

11:13AM 20   would focus?

11:13AM 21   A.    No, not exclusively.

11:13AM 22   Q.    Do you agree that primarily the documents that were

11:13AM 23   furnished to you on which you based your report were furnished

11:14AM 24   to you by the plaintiffs' lawyers?

11:14AM 25   A.    There were a large number of documents that I was involved

11:14AM 1    in, where Dr. Gale and I did, that were not provided by the

11:14AM 2    legal team.

11:14AM 3    Q.    Would these be documents that you collected prior to your

11:14AM 4    engagement to write the report?

11:14AM 5    A.    That's correct.

11:14AM 6    Q.    So if we focus on the time period, I believe you said,

11:14AM 7    mid-2011, at which point you began to focus on working for the

11:14AM 8    PSC, from that point forward the documents that you utilized

11:14AM 9    were primarily focused by -- or provided to you by plaintiffs'

11:14AM 10   counsel?

11:14AM 11   A.    That's correct.

11:14AM 12   Q.    Thank you.

11:14AM 13         You agree that the plaintiffs' legal team was focused on

11:14AM 14   finding documents that hurt BP, not help BP?

11:15AM 15   A.    Would you repeat your question?

11:15AM 16   Q.    I would be happy to.  You understood that the mindset of

11:15AM 17   plaintiffs' counsel was to find the stuff that hurts BP, not

11:15AM 18   the material that helps BP; you're aware of that, right?

11:15AM 19   A.    Well, I can't testify to their mindset.

11:15AM 20         At the time that Dr. Gale and I entered the work, we were

11:15AM 21   searching for the truth, the facts.

11:15AM 22   Q.    Let's look at your testimony on page 219 at line 20,

11:15AM 23   please, sir.  Line 20 to 24.

11:16AM 24         Do you see where you were asked the question, "Their

11:16AM 25   mindset isn't necessarily to find the stuff that helps BP.

11:16AM 1    Their mindset is to find the stuff that hurts BP.  You're aware

11:16AM 2    of that, right?"  And was your answer, "Of course"?

11:16AM 3    A.    Yes.

11:16AM 4    Q.    Now, you're familiar with the concept of selection bias,

11:16AM 5    are you not, sir?

11:16AM 6    A.    Yes, sir.

11:16AM 7    Q.    With selection bias, you can invalidate the results of a

11:16AM 8    study, can you not?

11:16AM 9    A.    It's not necessarily invalidate, but it will affect the

11:16AM 10   results.

11:16AM 11   Q.    The documents that are selected and inputted to be

11:16AM 12   reviewed can create a bias in the outcome; that's well

11:16AM 13   understood, is it not?

11:16AM 14   A.    Yes.

11:16AM 15   Q.    Shifting topics just for a second, you mentioned earlier

11:16AM 16   today that for any large organization, that it takes time to

11:17AM 17   change the safety culture, correct, sir?

11:17AM 18   A.    Yes, sir.

11:17AM 19   Q.    In fact, for Exxon Mobil, they've been at it for 20 years

11:17AM 20   now since EXXON VALDEZ?

11:17AM 21   A.    Yes, sir.

11:17AM 22   Q.    You acknowledge, do you not, sir, that BP's implementation

11:17AM 23   of a process safety integrity management standard in the early

11:17AM 24   2000s when you were talking to them was a positive step for BP

11:17AM 25   to take?

11:17AM  1   A.   Yes.

11:17AM  2   Q.   In the period of time 2003, 2004, and 2005, you saw

11:17AM  3   evidence that BP was attempting to improve a process management

11:17AM  4   system, correct?

11:17AM  5   A.   Correct.

11:17AM  6   Q.   In fact, the fact that BP hired you as a consultant, flew

11:17AM  7   you to London to work with them for a couple of weeks, is

11:18AM  8   evidence that BP was showing due care in the area of process

11:18AM  9   safety.

11:18AM 10   A.   Well, I can't testify to the due care, but BP was making

11:18AM 11   significant efforts to develop their process safety management

11:18AM 12   capabilities.

11:18AM 13   Q.   That was in as early as 2003, 2004, 2005.

11:18AM 14   A.   Yes, sir.

11:18AM 15   Q.   BP was working during that time very diligently to improve

11:18AM 16   its process safety management system for marine operations;

11:18AM 17   that's one of the things you talked to them about?

11:18AM 18   A.   Well, I did talk to them about that.  I can't testify to

11:18AM 19   the diligently.

11:18AM 20   Q.   You would agree that you saw evidence that BP was

11:19AM 21   improving its process safety system during this period of time

11:19AM 22   that you were talking to them in the early 2000s, correct, sir?

11:19AM 23   A.   Yes, sir.

11:19AM 24   Q.   In addition to that, they were showing process in terms of

11:19AM 25   your being able to see clear evidence that BP's staff was

11:19AM 1   trying to take advantage of the best knowledge that was

11:19AM 2   available in the process safety field?

11:19AM 3   A.   Please repeat your question.

11:19AM 4   Q.   Sure.  You saw evidence that the BP staff was trying to

11:19AM 5   take advantage of the best available evidence in the process

11:19AM 6   safety field?

11:19AM 7   A.   I saw evidence that some staff were doing that.

11:20AM 8   Q.   Let's look at your deposition, page 86, line 13 to

11:20AM 9   page 87, line 9.

11:20AM 10       I want to look at two questions here with you, please,

11:20AM 11  sir.

11:20AM 12       First, at the bottom -- and we're talking about this

11:20AM 13  period of time early 2000s -- "Did you see other evidence in

11:20AM 14  terms of initiatives that BP was taking at the time to improve

11:20AM 15  its process safety management system?"  And to that you said,

11:20AM 16  "Yes," correct?

11:20AM 17  A.   Correct.

11:20AM 18  Q.   "Like what?"

11:20AM 19       "Well, what they were doing with ships.  That's a process

11:20AM 20  safety management system, too.  And they were working very

11:20AM 21  diligently to improve those marine operations."

11:20AM 22       Did you say that?

11:20AM 23  A.   Yes, sir.

11:20AM 24  Q.   "The work referred to in pipelines, they were very

11:21AM 25  concerned with their pipelines.  Similarly, we saw outreach

11:21AM 1    concerning deepwater floating production facilities."

11:21AM 2        Did you say that?

11:21AM 3    A.    Yes, sir.

11:21AM 4    Q.    For this very period of time that you've been talking

11:21AM 5    about to the Judge today, did you say, "So there was much

11:21AM 6    encouraging evidence that they wanted to tap the best knowledge

11:21AM 7    that we and others had in an attempt to improve their system"?

11:21AM 8        Did you say that?

11:21AM 9    A.    Yes.

11:21AM 10   Q.    Now, at one point, BP sent a team to Houston to -- from

11:21AM 11   Houston to meet with you at your offices at the University of

11:21AM 12   California Berkeley, correct?

11:21AM 13   A.    That's correct.

11:21AM 14   Q.    I believe there were several sets of meetings that took

11:21AM 15   place.

11:21AM 16   A.    That is correct.

11:21AM 17   Q.    During that time, BP was attempting to implement what you

11:21AM 18   have referred to as advanced system reliability concepts within

11:22AM 19   BP's Gulf of Mexico operations?

11:22AM 20   A.    That's correct.

11:22AM 21   Q.    That's a good thing?

11:22AM 22   A.    Yes.

11:22AM 23   Q.    Positive step?

11:22AM 24   A.    Very definitely.

11:22AM 25   Q.    Showing safety-mindedness?

11:22AM 1    A.    Showing process safety-mindedness.

11:22AM 2    Q.    Thank you.

11:22AM 3          There was other encouraging evidence that BP wanted to tap

11:22AM 4    the best knowledge that you and others had to improve safety

11:22AM 5    systems, to include additional meetings that were conducted

11:22AM 6    with you.

11:22AM 7    A.    Would you repeat the question, please?

11:22AM 8    Q.    Right.  In addition to the meetings that took place in

11:22AM 9    Berkeley, there were other interactions, as you have described,

11:22AM 10   with you and with others to understand what was the best

11:22AM 11   available information about process safety at the time?

11:22AM 12   A.    That is correct.

11:22AM 13   Q.    Did you understand that BP was not only meeting with you,

11:22AM 14   but they were meeting with other leaders in the field?

11:23AM 15   A.    Yes.

11:23AM 16   Q.    You would give them good marks for doing that?

11:23AM 17   A.    Yes, I would.

11:23AM 18   Q.    It's an example or evidence of safety-mindedness, at least

11:23AM 19   with regard to those people you were interacting with?

11:23AM 20   A.    Process safety-mindedness, that's correct.

11:23AM 21   Q.    Process safety-mindedness, thank you.

11:23AM 22         Now, the only interaction that you described with BP after

11:23AM 23   2004, I believe, maybe it was 2005, was a meeting that you

11:23AM 24   attended in Normandy, France, in 2007?

11:23AM 25   A.    That's correct, sir.

11:23AM  1    Q.    And that meeting was organized for the purpose of
11:23AM  2    discussing these high reliability concepts that you have
11:23AM  3    introduced to the Court today?
11:23AM  4    A.    That is correct, sir.
11:23AM  5    Q.    It was a large meeting?
11:23AM  6    A.    Approximately 500 people attended.
11:23AM  7    Q.    The number again?
11:23AM  8    A.    Five hundred.
11:24AM  9    Q.    Five hundred people.
11:24AM 10          BP was represented there, as well as other representatives
11:24AM 11    of industry?
11:24AM 12    A.    That's correct.  And government.
11:24AM 13    Q.    Right.
11:24AM 14          The objection that you had that you expressed to BP was
11:24AM 15    that there was a skit that was done at some point during the
11:24AM 16    meeting sessions, and you thought the skit was a little off
11:24AM 17    color for the presentations that were being made?
11:24AM 18    A.    Well, it was not off color.  It was not reflective of
11:24AM 19    quality process safety management.
11:24AM 20          And that was not just my reaction.  My colleagues, for
11:24AM 21    example, Professor Karlene Roberts seated next to me --
11:24AM 22    Q.    But I'm not interested in Ms. Roberts.  I'm asking about
11:24AM 23    you, sir.  In terms of your objection, you objected to a skit
11:24AM 24    that was put on during an lengthy conference to discuss high
11:25AM 25    reliability operations; is that right?

11:25AM 1    A.   Well, the skit was the keynote talk presented by BP to an

11:25AM 2    international, highly qualified group in the area we have

11:25AM 3    called *process safety management*.

11:25AM 4         They employed a troupe of London actors to present process

11:25AM 5    safety concepts as they had come to understand and implement

11:25AM 6    it.  Yes, that was critical.

11:25AM 7    Q.   The only point I'm trying to get to, thank you for that,

11:25AM 8    is the actors guild came from London, you thought it was not an

11:25AM 9    appropriate presentation, and you discussed it with BP.  That's

11:25AM 10   the part I'm trying to get to.

11:25AM 11   A.   Yes, sir, and that's correct.

11:26AM 12   Q.   Thank you.

11:26AM 13        Then you will agree, though, that in the period of time,

11:26AM 14   if we looked at 2006 up to 2010, that BP had in place and in

11:26AM 15   action a number of very significant and positive process safety

11:26AM 16   work streams?

11:26AM 17   A.   Yes, they had them.

11:26AM 18   Q.   Yes.  In fact, BP during that time began a comprehensive

11:26AM 19   review of all of its safety and operational integrity systems?

11:26AM 20   A.   I can't testify to all, but to many.

11:26AM 21   Q.   You agree that BP took positive steps between 2005 and

11:26AM 22   2010 to improve its process safety system?

11:26AM 23   A.   Yes, sir.

11:26AM 24   Q.   During that period of time, let's just take 2006 to 2010,

11:27AM 25   BP expressed a major commitment to a far, far better process

11:27AM 1   safety regime?

11:27AM 2   A.    Yes, it had.

11:27AM 3   Q.    It committed significant resources and personnel to

11:27AM 4   improving its process safety regime?

11:27AM 5   A.    I think that's a fair statement.

11:27AM 6   Q.    One of the things that you look for in high reliability

11:27AM 7   organizations that are emphasizing process safety is statement

11:27AM 8   or statements that are made by leadership where safety is

11:27AM 9   emphasized?

11:27AM 10  A.    When those statements include process safety, yes.

11:27AM 11  Q.    One of the questions we asked you at your deposition was,

11:27AM 12  what other evidence did you find in the course of your analysis

11:28AM 13  in this case; what other evidence did you find in the course of

11:28AM 14  your analysis in this case to suggest that BP was attempting to

11:28AM 15  improve its process safety management system in the years prior

11:28AM 16  to Macondo.

11:28AM 17        Do you remember us asking you that?

11:28AM 18  A.    Yes, sir.

11:28AM 19  Q.    Do you recall telling us, in response to that question,

11:28AM 20  that the positive things that you found about BP in terms of

11:28AM 21  evidence of attempting to improve its process safety system

11:28AM 22  were statements by Dr. Hayward in talks, annual talks; that was

11:28AM 23  one thing you identified from the record?

11:28AM 24  A.    That's correct.

11:28AM 25  Q.    You identified statements from key leadership of BP in

11:28AM 1    London; John Mogford was one of ones you identified?

11:28AM 2    A.    Yes.

11:28AM 3    Q.    Do you recall saying that you found many, many signs of

11:28AM 4    BP's efforts to advance and improve process safety?

11:28AM 5    A.    Yes.

11:28AM 6    Q.    Let me direct your attention on the screen to TREX 06015.

11:29AM 7    Do you see here that this is a transcript of a speech by

11:29AM 8    Tony Hayward?

11:29AM 9    A.    Yes.

11:29AM 10   Q.    If we could pull out 1.1, do you see here that Tony

11:29AM 11   Hayward is conveying -- first of all, by way of background,

11:29AM 12   this is the BP 2008 annual general meeting.  Can you see that

11:29AM 13   on there?

11:29AM 14   A.    Yes.

11:29AM 15   Q.    Here he says, "Safety is our Number 1 priority, and in

11:29AM 16   2007 our overall safety record continued to improve."  Do you

11:29AM 17   see that?

11:29AM 18   A.    Yes, sir.

11:29AM 19   Q.    Now, you mentioned that what you want to see in a high

11:30AM 20   reliability operation is the people at the top making the right

11:30AM 21   kind of statement about process safety, correct?

11:30AM 22   A.    Well, the statement of the talk has to be backed up with

11:30AM 23   effective walk.

11:30AM 24   Q.    Please focus on my question.  I'm talking about

11:30AM 25   communications now.  We're going to come to the walk in a

11:30AM 1   little bit, okay?  Talking about the statements now.  Setting

11:30AM 2   the right tone at the top.  That's important, isn't it?

11:30AM 3   A.   Yes, sir.

11:30AM 4   Q.   In terms of setting tone at the top, Tony Hayward here is

11:30AM 5   saying, "Safety is our Number 1 priority."  Is that the kind of

11:30AM 6   thing you want the CEO to be saying?

11:30AM 7   A.   Yes.

11:30AM 8   Q.   And do you see as to your point about the process safety,

11:30AM 9   "Our intense focus on process safety continues"?  Do you see

11:30AM 10  that?

11:30AM 11  A.   Yes, sir.

11:30AM 12  Q.   Let's look at 06017.  This is in 2010; April 15, 2010.

11:31AM 13       Do you remember being shown in your examination an excerpt

11:31AM 14  from Tony Hayward where he was talking about cost over safety,

11:31AM 15  just in the weeks prior to the blowout, as being something that

11:31AM 16  that effort is continuing within the company?

11:31AM 17  A.   I recall that vaguely, not clearly.

11:31AM 18  Q.   Let's look at what Tony Hayward says in this press

11:31AM 19  release.  Does he say, April 15, 2010, "Our priorities, which

11:31AM 20  lie at the heart of all of our operations, remain safety,

11:31AM 21  people and performance"?

11:31AM 22  A.   Yes.

11:31AM 23  Q.   Is that what you want to see in a safety-minded company in

11:32AM 24  terms of its leadership in terms of how they communicate?

11:32AM 25  A.   Partially.

11:32AM 1    Q.   You would like to see process safety in front of remain

11:32AM 2    safety?

11:32AM 3    A.   Yes, sir.

11:32AM 4    Q.   All right.  So -- but you agree that that is a good,

11:32AM 5    positive statement, the kind of statement that a safety-minded

11:32AM 6    CEO would make?

11:32AM 7    A.   Yes, sir.

11:32AM 8    Q.   Then he says, "Safety remains our Number 1 priority."  Do

11:32AM 9    you see that?

11:32AM 10   A.   Yes, sir.

11:32AM 11   Q.   It's important for a CEO to convey to people in the line

11:32AM 12   that he or she believes that safety is important so that they

11:32AM 13   will feel empowered to take on that concept also, correct?

11:32AM 14   A.   Yes.

11:32AM 15   Q.   By these statements, Tony Hayward is doing that; you see

11:32AM 16   that?

11:32AM 17   A.   Yes, sir.

11:32AM 18   Q.   Now, I want to shift to Andy Inglis.

11:33AM 19        Do you know that Andy Inglis was the CEO of Exploration

11:33AM 20   and Production for BP at the time of the incident?

11:33AM 21   A.   Yes, sir.

11:33AM 22   Q.   I think we looked at a slide where his name was there.

11:33AM 23        Now, let's focus on Exhibit 48157.1.1.

11:33AM 24        Just for the benefit of the Court, while this is coming

11:33AM 25   up, in the BP organization at the time, there was a CEO of

11:33AM 1    Exploration and Production, and that was Andy Inglis, correct?

11:33AM 2    A.    That's correct.

11:33AM 3    Q.    Then the different drilling operations, drilling and

11:33AM 4    completion operations that existed throughout the world, would

11:33AM 5    ultimately be under his authority?

11:33AM 6    A.    That's correct.

11:33AM 7    Q.    Here -- this is just shortly before the incident in 2010,

11:33AM 8    early 2010 -- do you see that Andy is conveying to the people

11:34AM 9    in the drilling organization, "The agenda in the upstream does

11:34AM 10   not change.  It is safety, and it's people performance.  And

11:34AM 11   today, I'm going to start with safety."

11:34AM 12        Do you see that?

11:34AM 13   A.    Yes.

11:34AM 14   Q.    A company that is focused on safety and is safety-minded

11:34AM 15   will start a meeting talking about safety.  That's a positive

11:34AM 16   thing.

11:34AM 17   A.    That's a positive thing.

11:34AM 18        The important proviso is to make clear distinction of what

11:34AM 19   kind of safety we're talking about.  Is it personal safety or

11:34AM 20   process safety?

11:34AM 21   Q.    So he says here, if you look down, "This has become a core

11:35AM 22   cultural value and one we are going to continue to press on,

11:35AM 23   and we cannot be complacent.  I do want to emphasize, nothing

11:35AM 24   changes in terms of safety being our Number 1 priority."

11:35AM 25        Do you see that?

11:35AM 1    A.    Yes, sir.

11:35AM 2    Q.    He doesn't say in this note to all of the people in his

11:35AM 3    organization that his approach is profits over safety, does he?

11:35AM 4    A.    Not here in these statements.  No.

11:35AM 5    Q.    Now, you agree that these statements that we had looked at

11:35AM 6    by senior BP executives are consistent with BP's attempt to set

11:35AM 7    a positive tone from the top with respect to process safety?

11:35AM 8    A.    Well, again, with the proviso that isn't apparent in the

11:35AM 9    statements; you can't tell if it's personal safety or process

11:35AM 10   safety.

11:35AM 11   Q.    Well, we have looked at some that say process safety --

11:36AM 12   A.    And those are excellent.

11:36AM 13   Q.    -- and we've looked at some that say safety.

11:36AM 14   A.    Correct.

11:36AM 15   Q.    I understand that your emphasis is on process safety, but

11:36AM 16   the word "safety" is appearing repeatedly in these statements

11:36AM 17   by executives, and you consider that a good thing?

11:36AM 18   A.    Yes, sir.

11:36AM 19   Q.    Now, I want to turn our attention now to TREX 5962.

11:36AM 20         You are familiar, are you not, sir, with the MMS's Safe

11:36AM 21   Award, are you not?

11:36AM 22   A.    Yes, sir.

11:36AM 23   Q.    The Safe Award is a program that recognizes operating

11:36AM 24   companies which conduct their operations in a safe manner,

11:36AM 25   adhere to all regulatory requirements, employee training, and

11:36AM 1    motivate personnel and enhance safe operations, correct?

11:36AM 2    A.    Correct.

11:36AM 3    Q.    In 2008, BP won the MMS Safe Award for its operations in

11:37AM 4    the New Orleans district and the Houma district, correct?

11:37AM 5    A.    Correct.

11:37AM 6    Q.    That's a nice award for BP to receive.

11:37AM 7    A.    Yes.

11:37AM 8    Q.    If there were problems with BP's process safety management

11:37AM 9    system, BP would not have experienced the type of record needed

11:37AM 10   to have won this award?

11:37AM 11   A.    No.   Those two things don't necessarily connect.

11:37AM 12   Q.    Let me ask you to look at your deposition at page 145,

11:37AM 13   line 9, 5 through 9.

11:37AM 14        Do you see there that we asked you, sir, "Certainly, if

11:37AM 15   there were problems with BP's process safety management system,

11:37AM 16   it would not have experienced the type of record needed to have

11:37AM 17   won that award"?   And was your answer, "That's correct"?

11:38AM 18   A.    Yes.

11:38AM 19   Q.    You have also identified, have you not, sir, the six-point

11:38AM 20   plan as being one of the most notable and important process

11:38AM 21   safety initiatives in BP?

11:38AM 22   A.    Yes.

11:38AM 23   Q.    Another positive thing BP did in the years preceding the

11:38AM 24   Macondo incident was to hire people from outside BP with

11:38AM 25   process safety expertise?

381

11:38AM  1    A.    Yes.

11:38AM  2    Q.    That's one of the things that a safety-minded company

11:38AM  3    does, is that it tries to bring in people with safety expertise

11:38AM  4    to add to the body of knowledge within the company?

11:38AM  5    A.    Yes.

11:38AM  6    Q.    BP did that in the couple of years, few years leading up

11:38AM  7    to the Macondo incident?

11:38AM  8    A.    Yes.

11:38AM  9    Q.    BP hired John Baxter; he is companywide head of

11:39AM 10    engineering?

11:39AM 11    A.    Yes.

11:39AM 12    Q.    And hired Cheryl Grounds to be a -- to come in from the

11:39AM 13    outside with expertise in process safety?

11:39AM 14    A.    Yes.

11:39AM 15    Q.    You consider those people to be excellent choices and

11:39AM 16    people who would add in a significant way to the process safety

11:39AM 17    regime at BP?

11:39AM 18    A.    Yes.

11:39AM 19    Q.    That's the kind of thing that a safety-minded company

11:39AM 20    does?

11:39AM 21    A.    Yes.

11:39AM 22    Q.    BP recruited and hired John Sieg in 2006 to be its

11:39AM 23    companywide head of operations, correct?

11:39AM 24    A.    Correct.

11:39AM 25    Q.    Before joining BP, he had a 35-year career with DuPont?

11:39AM  1    A.    Yes.

11:39AM  2    Q.    He helped develop BP's operating management system?

11:39AM  3    A.    Yes.

11:39AM  4    Q.    Those are all very positive steps and show

11:39AM  5    safety-mindedness on the part of the company?

11:40AM  6    A.    Yes.

11:40AM  7    Q.    They reflect due care in the area of process safety?

11:40AM  8    A.    They reflect efforts to effectively articulate, document

11:40AM  9    and implement process safety.  I can't judge the due care.

11:40AM 10    Q.    Fair enough.

11:40AM 11          Now, you have mentioned today, I think, the idea of key

11:40AM 12    performance indicators, right?

11:40AM 13    A.    Yes.

11:40AM 14    Q.    Key performance indicators are important in terms of

11:40AM 15    tracking outcome so that you can look at process safety issues?

11:40AM 16    A.    Please repeat your question.

11:40AM 17    Q.    That was a little awkward.  I'll try again.

11:40AM 18          BP was attempting to develop key performance indicators to

11:40AM 19    track process safety?

11:40AM 20    A.    That's correct.

11:40AM 21    Q.    That's one of the things a safety-minded company does?

11:41AM 22    A.    That's correct.

11:41AM 23    Q.    This would be in the period of time before the Macondo

11:41AM 24    blowout?

11:41AM 25    A.    Yes.

11:41AM  1   Q.   Historically -- I think you may have referred to this

11:41AM  2   earlier this morning -- key performance indicators are

11:41AM  3   primarily used for personal safety metrics, have been in the

11:41AM  4   past?

11:41AM  5   A.   Well, there are key performance indicators for both

11:41AM  6   personal and process safety.

11:41AM  7   Q.   Fair.

11:41AM  8   A.   They are different.

11:41AM  9   Q.   Fair.

11:41AM 10        From 2010 to -- 2005 to 2010, BP was developing new

11:41AM 11   performance metrics to track process safety performance?

11:41AM 12   A.   Yes, sir.

11:41AM 13   Q.   You would say that is the right thing for a company to do,

11:41AM 14   that is, to actively engage and track process safety

11:42AM 15   performance metrics?

11:42AM 16   A.   Yes.

11:42AM 17   Q.   It shows a company that's safety-minded?

11:42AM 18   A.   Yes.

11:42AM 19   Q.   Others in the industry were also doing this during this

11:42AM 20   same period of time?

11:42AM 21   A.   Correct.

11:42AM 22   Q.   BP lead one of the key API committees to develop the new

11:42AM 23   process safety performance metrics?

11:42AM 24   A.   Yes.

11:42AM 25   Q.   That's the American Petroleum Institute?

11:42AM 1    A.    Yes.

11:42AM 2    Q.    As a result of that effort, BP began to use new metrics to

11:42AM 3    track process safety performance?

11:42AM 4    A.    Yes.

11:42AM 5    Q.    One of the things that they were tracking was the loss of

11:42AM 6    primary containment?

11:42AM 7    A.    Correct.

11:42AM 8    Q.    Safety critical inspections?

11:42AM 9    A.    Correct.

11:42AM 10   Q.    Volume of oil spills?

11:42AM 11   A.    Correct.

11:42AM 12   Q.    Number of oil spills?

11:42AM 13   A.    Correct.

11:42AM 14   Q.    BP's efforts in developing new KPI's, or key performance

11:43AM 15   indicators, was consistent with a company that is improving its

11:43AM 16   process safety management system?

11:43AM 17   A.    Yes, as long as the key performance indicators are both

11:43AM 18   lagging and leading.

11:43AM 19   Q.    You would compliment BP for taking the actions that we

11:43AM 20   just talked about in terms of developing key performance

11:43AM 21   indicators?

11:43AM 22   A.    Yes, sir.

11:43AM 23   Q.    Now, let's talk about some of the committees and

11:43AM 24   organizations within BP that you have referenced today.

11:43AM 25          You mentioned the SEEAC, or the Safety, Environmental and

11:43AM 1    Ethics Assurance Committee, this morning, correct, sir?

11:44AM 2    A.    Yes.

11:44AM 3    Q.    The SEEAC is a board level committee consisting of

11:44AM 4    independent members of BP's Board?

11:44AM 5    A.    Yes.

11:44AM 6    Q.    The CEO of the company, Tony Hayward, attended the SEEAC

11:44AM 7    meetings?

11:44AM 8    A.    Yes.

11:44AM 9    Q.    To your way of thinking, creating the SEEAC and giving it

11:44AM 10   oversight over safety was a positive development by BP?

11:44AM 11   A.    Yes.

11:44AM 12   Q.    It is evidence that BP was improving its oversight of

11:44AM 13   process safety?

11:44AM 14   A.    Yes.

11:44AM 15   Q.    BP also created an organization or a group that you've

11:44AM 16   referred to as the safety and operations function, correct?

11:44AM 17   A.    Correct.

11:44AM 18   Q.    We call that S&O?

11:44AM 19   A.    Correct.

11:44AM 20   Q.    This group was organized to provide leadership and

11:45AM 21   guidance on process safety issues?

11:45AM 22   A.    Yes.

11:45AM 23   Q.    Again, you would support that in terms of what BP did to

11:45AM 24   emphasize process safety issues through S&O?

11:45AM 25   A.    Yes.

11:45AM 1    Q.   Again, evidence of safety-mindedness?

11:45AM 2    A.   Yes.

11:45AM 3    Q.   Let's look at TREX 45062.  Do you see that this is the

11:45AM 4    Safety & Operations Purpose Statement?

11:45AM 5    A.   Yes.

11:45AM 6    Q.   "The primary purpose of the safety and operation function

11:45AM 7    is to support the reduction of operating risk and improvement

11:45AM 8    of operating performance of the businesses.  The S&O function

11:45AM 9    provides an independent perspective on companywide HSSE and

11:45AM 10   operational risk to the GCE."

11:45AM 11        Do you see that?

11:45AM 12   A.   Yes.

11:46AM 13   Q.   The S&O function was being led by Mr. John Mogford,

11:46AM 14   correct?

11:46AM 15   A.   Correct.

11:46AM 16   Q.   Then later Mr. Bly took over for Mr. Mogford?

11:46AM 17   A.   Yes.

11:46AM 18   Q.   They both directly reported, Bly and Mogford, during their

11:46AM 19   tenures to the CEO?

11:46AM 20   A.   Correct.

11:46AM 21   Q.   Now, I want to talk to you for just a second about

11:46AM 22   resources that were devoted to the S&O function, including the

11:46AM 23   process safety work, okay?

11:46AM 24   A.   Okay.

11:46AM 25   Q.   Do you remember being asked at your deposition if you

11:46AM 1    recall Mr. Mogford's testimony that when he started the S&O

11:46AM 2    function, he was given an unlimited budget by Mr. Hayward?

11:46AM 3    A.    I recall that vaguely.

11:46AM 4    Q.    I'm sorry, I just didn't understand?

11:47AM 5    A.    I recall that vaguely.

11:47AM 6    Q.    Vague.  All right.  Let me see if I can refresh your

11:47AM 7    recollection.

11:47AM 8          Bea transcript 110 at 18 to 111, line one.

11:47AM 9          Do you see the testimony there, "You're familiar with

11:47AM 10   Mr. Mogford's testimony, I assume, that when he started the S&O

11:47AM 11   function, he was given an unlimited budget by Mr. Hayward,

11:47AM 12   correct?"  And what did you say?

11:47AM 13   A.    "Yes."

11:47AM 14   Q.    You have no reason to disagree with that?

11:47AM 15   A.    No.

11:47AM 16   Q.    So this does not -- this testimony here does not present

11:47AM 17   the appearance of a company who is cutting corners in the area

11:47AM 18   of safety, does it?

11:47AM 19   A.    No.

11:47AM 20   Q.    Now, in addition to the safety and operations function,

11:48AM 21   there was also an organization called *the Group Operations Risk*

11:48AM 22   *Committee* --

11:48AM 23   A.    Correct.

11:48AM 24   Q.    -- that also was created in the few years prior to the

11:48AM 25   Macondo accident?

11:48AM 1    A.    Correct.

11:48AM 2    Q.    We call that the GORC.

11:48AM 3    A.    Yes.

11:48AM 4    Q.    The GORC is chaired by the Group Chief Executive and

11:48AM 5    includes chief executives of the upstream, downstream

11:48AM 6    businesses, as well as safety and engineering functional

11:48AM 7    leaders?

11:48AM 8    A.    Correct.

11:48AM 9    Q.    It's in charge of taking an overall view of the risks

11:48AM 10   across BP --

11:48AM 11   A.    Correct.

11:48AM 12   Q.    -- and making sure that steps are in place to mitigate the

11:49AM 13   risks?

11:49AM 14   A.    Correct.

11:49AM 15   Q.    It also oversees process safety and integrity management?

11:49AM 16   A.    Correct.

11:49AM 17   Q.    You agree that creating the GORC was a positive step for

11:49AM 18   BP to take in improving its process safety management system?

11:49AM 19   A.    Yes.

11:49AM 20   Q.    Now, in addition to the numerous positive steps that we've

11:49AM 21   talked about so far, BP also had in place in the period before

11:49AM 22   the Macondo accident well-developed training programs; did it

11:49AM 23   not?

11:49AM 24   A.    Please repeat your question.

11:49AM 25   Q.    Sure.  Before the Macondo incident, BP developed a number

11:49AM 1    of training programs, correct?

11:49AM 2    A.    That's correct.

11:49AM 3    Q.    You are generally familiar with the training program that

11:50AM 4    BP developed with MIT, known as the *Operations Academy*?

11:50AM 5    A.    Yes, sir.

11:50AM 6    Q.    We had some fun with you in your deposition about that

11:50AM 7    point, saying that you were not an MIT man, but you volunteered

11:50AM 8    you would be happy to go there.

11:50AM 9    A.    That's correct.

11:50AM 10   Q.    All right.  In any event, it's a prestigious institution,

11:50AM 11   and the Operations Academy was designed for senior operations

11:50AM 12   and HSSE managers and emphasized process safety?

11:50AM 13   A.    Yes, sir.

11:50AM 14   Q.    Making an arrangement with a high level institution like

11:50AM 15   MIT to train senior operations and SSE managers is a very

11:50AM 16   positive step in terms of emphasizing process safety?

11:50AM 17   A.    Yes, sir.

11:50AM 18   Q.    It shows safety-mindedness?

11:51AM 19   A.    Yes, sir.

11:51AM 20   Q.    Those programs are not inexpensive, are they?

11:51AM 21   A.    No, they are not.

11:51AM 22   Q.    It's not reflective of a company that was cutting corners

11:51AM 23   as relates to this training program?

11:51AM 24   A.    That's correct.

11:51AM 25   Q.    There was also an S&O learning programs -- there were also

11:51AM 1    S&O learning programs that were established that came into

11:51AM 2    place in around May of 2009.

11:51AM 3    A.    I don't recall the date.

11:51AM 4    Q.    Let's look at Exhibit 5958, please.

11:51AM 5          Do you see this -- I'm sorry, go back to the cover page so

11:51AM 6    that Dr. Bea can see it, please.

11:51AM 7          Do you see this is the Safety and Operations Learning

11:51AM 8    Program, May of 2009?

11:51AM 9    A.    Yes, sir.

11:51AM 10   Q.    If we go to the first pull-out, please.

11:52AM 11         The P&E Academy is at the heart of the BP way of

11:52AM 12   delivering world class projects through a system of continuous

11:52AM 13   improvement over the full asset life cycle.  Do you see that?

11:52AM 14   A.    Yes, sir.

11:52AM 15   Q.    BP had a number of training programs under the P&E Academy

11:52AM 16   to address many issues but including safety issues?

11:52AM 17   A.    Yes, sir.

11:52AM 18   Q.    Including process safety?

11:52AM 19   A.    Correct.

11:52AM 20   Q.    Again, this substantial set of programs reflects

11:52AM 21   safety-mindedness on the part of the company?

11:52AM 22   A.    Yes.

11:52AM 23   Q.    These programs are not inexpensive?

11:52AM 24   A.    They are expensive.

11:52AM 25   Q.    Right.

11:52AM 1    It doesn't reflect a company putting cost over safety in
11:52AM 2    the way that they organized these programs and sent people to
11:53AM 3    these programs to learn about safe operations?
11:53AM 4    A.    That's correct.
11:53AM 5    Q.    Now, one of the things that a safety-minded company will
11:53AM 6    do is utilize safety surveys to see if its messages about
11:53AM 7    safety and process safety are being delivered to the rank and
11:53AM 8    file, correct?
11:53AM 9    A.    Please repeat that question.
11:53AM 10   Q.    Sure, I apologize.  I've switched topics on you.
11:53AM 11       Thinking about how a company understands if its messages
11:53AM 12   about safety are being received in the line, one of the tools
11:53AM 13   that -- one of the tools that are available is organizing and
11:53AM 14   conducting a safety survey?
11:53AM 15   A.    Yes, sir.
11:54AM 16   Q.    In the years before Macondo, BP conducted surveys of its
11:54AM 17   employees and of contractor employees on safety issues.
11:54AM 18   A.    Yes.
11:54AM 19   Q.    One of the documents is called a *Safety Pulse Check*?
11:54AM 20   A.    Yes.
11:54AM 21   Q.    A Safety Pulse Check is just another name for a survey
11:54AM 22   done of employees or contractors regarding their understanding
11:54AM 23   of the safety system --
11:54AM 24   A.    Yes.
11:54AM 25   Q.    -- and whether it's working?

11:54AM  1    A.    Yes.

11:54AM  2    Q.    BP used Safety Pulse Checks to survey their employees and

11:54AM  3    the employees of key contractors?

11:54AM  4    A.    They did use such surveys.

11:54AM  5    Q.    Having a program like the Safety Pulse Check in place was

11:54AM  6    a positive thing for BP to have done?

11:54AM  7    A.    Yes.

11:54AM  8    Q.    It reflects safety-mindedness?

11:55AM  9    A.    It reflects a type of safety-mindedness.

11:55AM 10    Q.    Let's look at 5959.3.1.  Let's go back to the first one,

11:55AM 11    if you would, please, just so he can see it.

11:55AM 12          Do you see that this is covering the period of time

11:55AM 13    February 20th to March 26th, 2008?

11:55AM 14    A.    Yes.

11:55AM 15    Q.    Then if you'll look at the call-out -- go back to the

11:55AM 16    first page, please.  Right.  All right.  Let me go to the next

11:55AM 17    one.

11:55AM 18          So you see that this is a survey of folks who are working

11:55AM 19    actually on the *Deepwater Horizon*; do you see that?

11:55AM 20    A.    Correct.

11:55AM 21    Q.    There is a summary of positive feedback received from the

11:56AM 22    questionnaire and engagement sessions; do you see that?

11:56AM 23    A.    Yes, sir.

11:56AM 24    Q.    Let's talk about the things that were found there.

11:56AM 25          "Strong performance and safety culture is embedded."

11:56AM 1    A.   That's what it says.

11:56AM 2    Q.   You have no reason to disagree with that?

11:56AM 3    A.   Well, I have the reason to disagree based on what type of

11:56AM 4    safety is being addressed in these.

11:56AM 5    Q.   I'm going to come to that.  Let's talk about what the

11:56AM 6    document says.

11:56AM 7         "Strong performance and safety culture is imbedded."

11:56AM 8    True?

11:56AM 9    A.   That's what it says.

11:56AM 10   Q.   "Excellent teamwork between Transocean, third-party and BP

11:56AM 11   personnel."

11:56AM 12   A.   Yes.

11:56AM 13   Q.   "Excellent problem solving, with emphasis on doing the job

11:56AM 14   safely, also."

11:56AM 15   A.   Yes.

11:56AM 16   Q.   "The personnel are proud of safety and performance

11:56AM 17   history."

11:56AM 18   A.   Yes.

11:56AM 19   Q.   "Stop the job culture was noted to be very strong."

11:56AM 20   A.   Yes.

11:56AM 21   Q.   That's important on a rig, isn't it?

11:56AM 22   A.   Very.

11:56AM 23   Q.   "No confusion over when and to whom to report incidents,"

11:57AM 24   right?

11:57AM 25   A.   Yes.

11:57AM 1    Q.    You need to get them all reported?

11:57AM 2    A.    Yes.

11:57AM 3    Q.    "Good reporting culture on the rig -- everyone knows to

11:57AM 4    report everything."

11:57AM 5    A.    Yes.

11:57AM 6    Q.    Surveying people on issues like this is important, isn't

11:57AM 7    it?

11:57AM 8    A.    Well, it's important for sure relative to personal safety

11:57AM 9    elements.  Depending on how the survey is configured, it can be

11:57AM 10   not reflective of process safety issues.

11:57AM 11   Q.    You acknowledge that some of these items that I've just

11:57AM 12   read to you involve aspects of process safety?

11:57AM 13   A.    Some do.  Some don't.

11:57AM 14   Q.    So in this pulse check, we see that BP is gathering

11:57AM 15   information from people on the *Deepwater Horizon* rig, and they

11:58AM 16   are gathering information about issues that relate to process

11:58AM 17   safety; some of them do?

11:58AM 18   A.    That could relate to process safety depending on how the

11:58AM 19   feedback questionnaire system is detailed.

11:58AM 20   Q.    You would agree that some of these issues relate to

11:58AM 21   process safety?

11:58AM 22   A.    They could.

11:58AM 23   Q.    All right.  Let's turn our attention just for a few

11:58AM 24   minutes to the issue of OMS.  That is BP's Operating Management

11:58AM 25   System.

11:58AM 1          You're aware that BP developed a comprehensive operating

11:59AM 2   management system, and that they call that OMS?  Just want to

11:59AM 3   get that in for the record.

11:59AM 4   A.    Correct.

11:59AM 5   Q.    OMS incorporates the prior and current best practices in

11:59AM 6   health, safety, and environment management from within BP and

11:59AM 7   from other main competitors and major companies?

11:59AM 8   A.    Please repeat your question or statement.

11:59AM 9   Q.    Yes.  Let me get you to look at an exhibit.  It might be

11:59AM 10  easier.

11:59AM 11         TREX 8018.14.1.  Can you highlight -- this begins here.

11:59AM 12  See, it says at the top, if you can see that, I don't know if

11:59AM 13  you can, HMS management system status.  Do you see that?

11:59AM 14  There.

11:59AM 15         Then if you'll come down to the, "OMS incorporates prior

12:00PM 16  and current best practices."

12:00PM 17         Well, let's just look at it this way.  If you look at the

12:00PM 18  section sentence, do you see, "The framework has been developed

12:00PM 19  after benchmarking the management systems experience of our

12:00PM 20  main competitors and other major companies"?  Do you see that?

12:00PM 21  A.    Yes, sir.

12:00PM 22  Q.    You agree, do you not, that the OMS of BP was an

12:00PM 23  outstanding system?

12:00PM 24  A.    It's a good system.

12:00PM 25  Q.    Have you agreed that it's an outstanding system?

12:00PM  1    A.    I think so, in general.   There are exceptions.

12:00PM  2    Q.    The development of OMS is evidence that BP was improving

12:01PM  3    its process safety management system in the years prior to the

12:01PM  4    *Deepwater Horizon* incident?

12:01PM  5    A.    Yes, sir.

12:01PM  6    Q.    Now, let's turn our attention to the issue of OMS

12:01PM  7    implementation in the Gulf of Mexico.   Are you with me on

12:01PM  8    topic?

12:01PM  9    A.    Yes.

12:01PM 10    Q.    If we look at TREX 00866, Local OMS for GoM SPU, issued

12:01PM 11    December 2008.   Do you see that?

12:01PM 12    A.    Yes, sir.

12:01PM 13    Q.    One of the document owners that's shown there is

12:01PM 14    Cindy Skelton, who we've referred to earlier.

12:01PM 15    A.    Yes, sir.

12:01PM 16    Q.    If we look at 00866.1 -- .6.1, do you see here that the

12:02PM 17    statement is the made, "The SPU leadership team is a hundred

12:02PM 18    percent committed to the successful design, implementation, and

12:02PM 19    sustainment of OMS.   It will become the way we work in the Gulf

12:02PM 20    of Mexico and represents our next material step in our journey

12:02PM 21    to becoming Number 1 in the Gulf.   We chose to be one of the

12:02PM 22    three wave 1 sites in E&P."   Do you see that?

12:02PM 23    A.    Yes, sir.

12:02PM 24    Q.    The way that the system was being rolled out is it wasn't

12:02PM 25    rolled out in the entire company all at once; it came out of

12:02PM 1     waves.  The Gulf of Mexico Strategic Performance Unit was one

12:02PM 2     of the first to sign on and say, this is something we will do,

12:02PM 3     and we want to be in the first wave.

12:02PM 4     A.   Yes.

12:02PM 5     Q.   Now, let me talk to you about the Gulf of Mexico

12:03PM 6     Drilling & Completions Local OMS, all right?  Are you with me

12:03PM 7     on topic?

12:03PM 8     A.   Yes, sir.

12:03PM 9     Q.   You know that there is a difference between the SPU OMS

12:03PM 10    and the Drilling & Completions OMS within the SPU, right?

12:03PM 11    A.   Yes.

12:03PM 12    Q.   The topic that we're here to talk about today and over the

12:03PM 13    next period of time is the Gulf of Mexico Drilling &

12:03PM 14    Completions OMS.

12:03PM 15    A.   Correct.

12:03PM 16    Q.   Let's look at 06065.1.2.  This is GoM Drilling &

12:04PM 17    Completions Operating Plan/Local OMS Manual.

12:04PM 18    A.   Correct.

12:04PM 19    Q.   So to be clear, there is an SPU, which is a Gulf of Mexico

12:04PM 20    SPU, and within that there is Drilling & Completions, and they

12:04PM 21    have their own system for what their function is, correct?

12:04PM 22    A.   Correct.

12:04PM 23    Q.   Encouraging the adoption of local OMS's into specific

12:04PM 24    operations like Drilling & Completions is something that is

12:04PM 25    necessary to advance safe and reliable operations?

| | | |
|---|---|---|
| 12:04PM | 1 | A.   That's correct. |
| 12:04PM | 2 | Q.   Now, let's look at 6065.9.1. |
| 12:04PM | 3 | Kevin Lacey is someone that you know, correct? |
| 12:04PM | 4 | A.   Yes. |
| 12:04PM | 5 | Q.   Do you see that he is cited here as being the |
| 12:05PM | 6 | vice-president of the Gulf of Mexico Drilling & Completions |
| 12:05PM | 7 | Group?  Do you see that? |
| 12:05PM | 8 | A.   That's correct. |
| 12:05PM | 9 | Q.   He says here, "I am fully supportive of the OMS |
| 12:05PM | 10 | implementation within BP and am proud that the GoM D&C is one |
| 12:05PM | 11 | of the first Drilling & Completion organizations to achieve |
| 12:05PM | 12 | initial implementation."  Do you see that? |
| 12:05PM | 13 | A.   Yes. |
| 12:05PM | 14 | Q.   Take me back to the first page of that, please. |
| 12:05PM | 15 | Do you see that that has a date of 11/1/2009? |
| 12:05PM | 16 | A.   Yes. |
| 12:05PM | 17 | Q.   So do you see that the Gulf of Mexico Drilling & |
| 12:06PM | 18 | Completions Operations, the organization that is at issue in |
| 12:06PM | 19 | this case, is an adopting the OMS in late 2009? |
| 12:06PM | 20 | A.   Correct. |
| 12:06PM | 21 | Q.   Do you have any reason to think that that is not correct? |
| 12:06PM | 22 | A.   What is that that you're -- |
| 12:06PM | 23 | Q.   That that piece of paper is not correct, that the GoM |
| 12:06PM | 24 | Drilling & Completions organization within the Gulf of Mexico |
| 12:06PM | 25 | SPU adopted the local OMS in late 2009? |

12:06PM 1    A.    I can attest that Kevin Lacey, like the other leadership,

12:06PM 2    did, but I can't attest the entire organization, in fact, did.

12:06PM 3    Q.    I think I understand what you're saying, but I want to be

12:06PM 4    clear about this.

12:06PM 5          You can attest that the Gulf of Mexico Drilling &

12:07PM 6    Completions operation adopted OMS in late 2009?

12:07PM 7    A.    Yes.

12:07PM 8    Q.    Now, you have expressed your view today about BP's using

12:07PM 9    the OMS system on its own platforms and doing something

12:07PM 10   different on MODU's that are owned by contractors.  We've heard

12:07PM 11   your testimony about that today, haven't we?

12:07PM 12   A.    Yes.

12:07PM 13   Q.    I want to just ask you to focus for a second on the OMS

12:07PM 14   manual, volume four, TREX 06257.129.1.  I'm sorry, 06257, and

12:08PM 15   then is there a cull-out, 129.1.

12:08PM 16         Now, this is the provision within the OMS that addresses

12:08PM 17   the issue of contractors, correct?

12:08PM 18   A.    Correct.

12:08PM 19   Q.    And it says, "Where BP relies on a contractor to carry out

12:08PM 20   work, BP shall, as needed, include and apply contract

12:08PM 21   provisions such that the work is carried out in a way that

12:08PM 22   supports and is consistent with BP's application of OMS to BP's

12:08PM 23   operating activities.  Where such contract provisions are not

12:08PM 24   included in an existing contract, BP shall endeavor to amend

12:08PM 25   the contract as needed immediately or on renewal."

12:08PM 1        Do you see that?

12:08PM 2    A.   Yes, sir.

12:08PM 3    Q.   That's the provision in the BP system that is applicable

12:09PM 4    to contractors such as Transocean?

12:09PM 5    A.   Correct.

12:09PM 6    Q.   Now, I want to put up some testimony of Dr. Gale, and see

12:09PM 7    if you agree with this.  This is (d)(1).3.

12:09PM 8        Now, he is asked here, "You don't have any knowledge as to

12:09PM 9    whether oil and gas companies were applying their own safety

12:09PM 10   management system or contractor-owned MODU's as of April 10,

12:09PM 11   2010?"  Do you see that there?

12:09PM 12   A.   I'm reading.  Just a second.

12:09PM 13   Q.   Before you read the answer, I've got one other thing I

12:09PM 14   want to ask you, so just let me know.

12:10PM 15   A.   I've caught up with you.

12:10PM 16   Q.   So, Dr. Bea, is it right that, on the one hand, you

12:10PM 17   believe that an operator such as BP should have a safety

12:10PM 18   management system that governs all of the activity on the rig?

12:10PM 19   That's one side of the equation.  That's what you think, right?

12:10PM 20   A.   Repeat that statement, please.

12:10PM 21   Q.   What you have urged today is that BP's process safety

12:10PM 22   management system should apply to the contractor's activities?

12:10PM 23   When I say contractor, I'm referring to, now, such a MODU.

12:10PM 24   A.   The process safety elements, yes.

12:11PM 25   Q.   On the other hand, you understand that BP has in place a

12:11PM 1    safety system, but that the system that's being utilized on the

12:11PM 2    rig for the management of loss of well control is the

12:11PM 3    contractor's system, correct?

12:11PM 4    A.    Well, the two systems should join seamlessly, that is, be

12:11PM 5    integrated and coordinated.

12:11PM 6    Q.    So the two systems should be coordinated?

12:11PM 7    A.    Correct.

12:11PM 8    Q.    We've asked Dr. Bea [verbatim] here if he has knowledge

12:11PM 9    about whether oil and gas companies apply their own systems or

12:11PM 10   if they use the MODU's safety system.  Do you see that

12:11PM 11   question?

12:11PM 12              THE COURT:  Whose testimony this?

12:11PM 13              MR. BROCK:  This is his co-writer of the report --

12:12PM 14              THE COURT:  You referred to it as Dr. Bea's testimony.

12:12PM 15              MR. BROCK:  Oh, I'm sorry.  I apologize.

12:12PM 16                              EXAMINATION

12:12PM 17        BY MR. BROCK:

12:12PM 18   Q.    I think I said it at the beginning.  This is Dr. Gale's

12:12PM 19   testimony.  Are you with me?

12:12PM 20   A.    Yes.

12:12PM 21   Q.    What he says is, "I have knowledge it is required, with

12:12PM 22   the exception that if a contractor has their own safety

12:12PM 23   management system, then it's acceptable to develop a bridging

12:12PM 24   document between the two, but all I can say is that is industry

12:12PM 25   standard."

12:12PM 1          Do you agree with that?

12:12PM 2     A.   Well, that's what Dr. Gale testified to.  What's not clear

12:12PM 3     to me here is which safety management system we're talking

12:12PM 4     about, process safety management or personal safety management?

12:12PM 5     Q.   Okay.  As far as it goes, Dr. Gale is saying here it's

12:12PM 6     acceptable to develop a bridging document between the two, that

12:12PM 7     is industry standard --

12:12PM 8     A.   Yes.

12:12PM 9     Q.   -- correct?

12:13PM 10         Now, it's also correct, is it not, sir, that the testimony

12:13PM 11    reflects that its Transocean's preference to have its HSE

12:13PM 12    policies govern on its own drilling rig, correct?

12:13PM 13    A.   Correct.

12:13PM 14    Q.   In fact, in the contract between Transocean and BP,

12:13PM 15    Transocean agrees that it would have primary responsibility for

12:13PM 16    the safety of all operations.

12:13PM 17    A.   It would fall within its purview, correct.

12:13PM 18    Q.   The contract says primary responsibility for the safety of

12:13PM 19    all operations?

12:13PM 20    A.   Correct.

12:13PM 21    Q.   Now, I want to turn now to Exhibit 05963.  This is a

12:14PM 22    letter from API, we've talked about earlier today, to the

12:14PM 23    Department of Interior, dated September 15, 2009.  Do you see

12:14PM 24    that?

12:14PM 25    A.   Yes, sir.

12:14PM 1    Q.   We talked about this a little bit in your deposition.

12:14PM 2    A.   Yes, sir.

12:14PM 3    Q.   Most of the major oil companies and trade associations

12:14PM 4    submitted comments to the MMS on a proposed rule change.

12:14PM 5    A.   Yes, sir.

12:14PM 6    Q.   You're aware of that.

12:14PM 7         Hundreds of members, including the super majors, are

12:14PM 8    members of this organization; it has hundreds of members?

12:14PM 9    A.   Correct.

12:14PM 10   Q.   They represent oil and gas producers who conduct

12:14PM 11   essentially all of the Outer Continental Shelf oil and gas

12:14PM 12   exploration and production activities in the Gulf?

12:14PM 13   A.   Correct.

12:14PM 14   Q.   You used to be a member of API yourself?

12:14PM 15   A.   Yes.  I led a committee, the first API committee in

12:15PM 16   history.

12:15PM 17   Q.   I'm sorry, I just didn't understand you.

12:15PM 18   A.   I led and chaired the first committee of API.

12:15PM 19   Q.   Chaired it, okay.

12:15PM 20        So if we can go to 5.1 now.

12:15PM 21        Here, it's talking about contractors.  Do you see that?

12:15PM 22   A.   Yes, sir.

12:15PM 23   Q.   Just focusing on the language that we've highlighted, it

12:15PM 24   says, "We" -- do you see that?

12:15PM 25   A.   Yes.

12:15PM 1    Q.    "We" is operators, like BP, in the context of this letter?

12:15PM 2    A.    Correct.

12:15PM 3    Q.    "We neither own nor operate the MODU, and it is impossible

12:15PM 4    for us to fully develop and implement a SEMS plan" -- what does

12:15PM 5    SEMS stand for?

12:15PM 6    A.    Safety Environmental Management System.

12:15PM 7    Q.    -- "for the MODU, nor would it serve any useful purpose.

12:16PM 8    MODU's are regulated by their flag state, classification

12:16PM 9    society and the U.S.C.G., and they have requirements for hazard

12:16PM 10   analysis, operations procedures, etcetera."

12:16PM 11        This was the position of the API?

12:16PM 12   A.    Yes.

12:16PM 13   Q.    If we turn over and look at Exhibit 05984.1.2, Exxon Mobil

12:16PM 14   also submitted materials in response to this proposed rule

12:16PM 15   change?

12:16PM 16   A.    Yes.

12:16PM 17   Q.    Let's look at the language of their letter.

12:16PM 18        First of all, if we look at -- the proposal was to --

12:16PM 19   let's just go to the next one, if you would.  I think it will

12:17PM 20   be quicker.  5984.4.1.

12:17PM 21        Here, Exxon is saying clarify that if a company contracts

12:17PM 22   a mobile offshore drilling unit, a MODU, that the contractor

12:17PM 23   would have to provide and support its own hazard analyses and

12:17PM 24   SEMS program, versus the operator for which it is working.

12:17PM 25   MODU's should not be included in the list of facilities covered

12:17PM 1    by this rule.  The MODU operator should have mechanical

12:17PM 2    integrity and JSA program to cover operations.

12:17PM 3         That's what Exxon says?

12:17PM 4    A.   Yes.

12:17PM 5    Q.   All right.  You agree that a good safety management system

12:18PM 6    should be a continuous cycle, that is, where you evaluate

12:18PM 7    potential risks, you come up with mitigation plans, you

12:18PM 8    implement mitigation plans, and then you check back to see how

12:18PM 9    you're doing?

12:18PM 10        My lay language probably doesn't do justice to process

12:18PM 11   safety, but those are the basic elements?

12:18PM 12   A.   You did a good job.

12:18PM 13   Q.   Thank you.

12:18PM 14        BP did have in place a continuous improvement cycle as

12:18PM 15   part of its OMS system?

12:18PM 16   A.   Yes.

12:18PM 17   Q.   That is an appropriate way to implement OMS?

12:19PM 18   A.   Yes, sir.

12:19PM 19   Q.   So when the Court hears statements that there were gaps

12:19PM 20   identified by way of evaluations that were done of the systems,

12:19PM 21   that's a good thing, correct?

12:19PM 22   A.   Not necessarily.

12:19PM 23   Q.   Isn't it your expectation in process safety that if you

12:19PM 24   look at a system and you don't identify any gaps, that you

12:19PM 25   probably are not looking hard enough?

12:19PM 1    A.    That's part of it, but it's the persistence of the gaps

12:19PM 2    over time.

12:19PM 3    Q.    We're going to -- we're coming to that.  I'm talking about

12:19PM 4    a general principle now.

12:19PM 5    A.    Yes.

12:19PM 6    Q.    The identification of gaps is a good thing; that's what

12:19PM 7    you want people to be doing is to be looking critically at the

12:19PM 8    system and saying, how can we improve?

12:20PM 9    A.    Yes, sir.

12:20PM 10   Q.    How can we improve in the process safety management role

12:20PM 11   is called a *gap*?

12:20PM 12   A.    Not always, but it is called a *gap* here.

12:20PM 13   Q.    It's a term that can be used?

12:20PM 14   A.    Yes.

12:20PM 15   Q.    The point being, working to close gaps in relation to the

12:20PM 16   OMS standards is a good thing; it's what you're looking for in

12:20PM 17   a safety-conscious company?

12:20PM 18   A.    Yes.

12:20PM 19   Q.    Closing the gaps is what you want to track, and you want

12:20PM 20   to see how you're doing with what?

12:20PM 21   A.    That is correct.

12:20PM 22   Q.    Now, I've got a document I need to work with you on that's

12:20PM 23   a little more cumbersome than some of these, if you'll just

12:21PM 24   bear with me just one second.

12:21PM 25        I'm going to turn your attention to Exhibit 6025, which is

12:21PM 1    the Gulf of Mexico D&C OMS Gap Assessment -- I'm sorry --

12:21PM 2    Results and Actions.  All right.

12:21PM 3         It's actually in a spreadsheet form.  I'm going to try to

12:21PM 4    generate what I want to talk to you about on the screen, and I

12:21PM 5    hope that this will work.

12:21PM 6         So if we go to the first page of the document, there is an

12:22PM 7    assessment export, a data export sheet.  So -- I don't need

12:22PM 8    that one.  Okay.

12:22PM 9         So you see that this is Assessment, Gulf of Mexico

12:22PM 10   Drilling & Completions, and the document is exported on

12:22PM 11   6/16/2009.  Do you see that?

12:22PM 12   A.    Yes, sir.

12:22PM 13   Q.    Do you understand -- export date would be the date that it

12:22PM 14   would be created and put into circulation?

12:22PM 15   A.    Correct.

12:22PM 16   Q.    Then, as we look at the document, you're going to see that

12:22PM 17   it's a document that's developing over time as a spreadsheet,

12:23PM 18   so that as things are checked off and satisfied, you have a

12:23PM 19   running history of how you're performing.

12:23PM 20   A.    Yes.

12:23PM 21   Q.    That's a usual and customary and good way of doing this?

12:23PM 22   A.    Yes.

12:23PM 23   Q.    So you made reference earlier in your testimony today that

12:23PM 24   you didn't think that BP was doing a good job in terms of

12:23PM 25   vigorously pursuing some gaps.  Do you remember that?

12:23PM 1    A.    Yep.

12:23PM 2    Q.    I want to talk to you about the details now of what was

12:23PM 3    going on in the Gulf of Mexico Drilling & Completions area,

12:23PM 4    okay?

12:23PM 5    A.    Yes.

12:23PM 6    Q.    So if you look over to -- I have a guide on my set to help

12:24PM 7    me, I hope.

12:24PM 8          All right.  So if we look over to Section 1.3.2.  Pull out

12:24PM 9    the top column, if you would, please.

12:24PM 10         I'm going to try to make this a little better for you,

12:24PM 11   Dr. Bea, where you can see.

12:24PM 12   A.    Thank you.

12:24PM 13   Q.    All right.  So do you see here that there is a spreadsheet

12:25PM 14   here, and it's got 1.3.2, and there is a leadership section,

12:25PM 15   and then there it says director.  Do you see that?

12:25PM 16   A.    Yes, sir.

12:25PM 17   Q.    Then the statement is, "Incorporate objectives, targets

12:25PM 18   and actions and accountabilities into the annual plan to manage

12:25PM 19   operating risk, to deliver the requirements of OMS, and to

12:25PM 20   close gaps against the group essentials."

12:25PM 21         Do you see that?

12:25PM 22   A.    Yes, sir.

12:25PM 23   Q.    That's the kind of statement that you would expect to see

12:25PM 24   in a spreadsheet like this?

12:25PM 25   A.    Yes.

12:25PM 1    Q.    It reflects good organization and planning as to what

12:25PM 2    they'll be looking at, and the goals and targets are

12:25PM 3    appropriate?

12:25PM 4    A.    I can't say anything about goals and targets.

12:25PM 5    Q.    In terms of the formulation of this document, would this

12:25PM 6    be consistent with the industry standard in terms of what you

12:25PM 7    see in terms of documents that are used for gap closing?

12:26PM 8    A.    Again, I don't have access to the entire document.  I

12:26PM 9    couldn't, therefore, comment to other owner/operators I've

12:26PM 10   worked with in this area.

12:26PM 11   Q.    Okay.  Fair enough.

12:26PM 12         The statement that I've shown you here, does that appear

12:26PM 13   to be an appropriate statement for the leadership element?

12:26PM 14   A.    Yes.

12:26PM 15   Q.    So if we can move over just a little bit more, this is

12:26PM 16   talking about evidence.  Do you see there is here, beyond the

12:26PM 17   best, annual planning process, environmental risk assessments

12:26PM 18   by assets, D&C annual plan, and a number of other things that

12:26PM 19   are listed there.  Do you see that?

12:26PM 20   A.    Yes.

12:26PM 21   Q.    Then the gap title here is, "Implement OMS."  Right?

12:26PM 22   A.    Well, it says, "OMS is not fully implemented."

12:27PM 23   Q.    Correct.  The gap is, "implement OMS" --

12:27PM 24   A.    Yes, sir.

12:27PM 25   Q.    -- correct?

12:27PM 1        All right.  Let's move over a little more.  Keep going.

12:27PM 2        Target date, 12/30/09.  Then do you see there, management

12:27PM 3  of change complete, approved by Leary, Joslyn, Skelton, Lacey

12:27PM 4  and Dupree?

12:27PM 5  A.   Yes.

12:27PM 6  Q.   Then it shows as to status, closed --

12:27PM 7  A.   Yes.

12:27PM 8  Q.   -- representing that what we looked at earlier, that for

12:27PM 9  the D&C, Gulf of Mexico, local OMS, it had been adopted in late

12:27PM 10  2009?

12:27PM 11  A.   Please repeat your question.

12:27PM 12  Q.   This shows you that implementing OMS was identified as a

12:28PM 13  gap for the Gulf of Mexico Drilling & Completions segment of

12:28PM 14  the business, and, by 12/18, this item was closed; there had

12:28PM 15  been a management of change complete to implement the OMS?

12:28PM 16  A.   That's what it appears to be.

12:28PM 17  Q.   Thank you.

12:28PM 18        Now, I want to talk to you just about in general terms

12:28PM 19  some items that relate to process safety within the system, if

12:28PM 20  I could.

12:28PM 21        Now, if we look at 3.1.1, which is the ID.  It's the

12:28PM 22  bottom of about the seventh page.  Yes, thank you.

12:28PM 23        So this item relates to risk assessment and management.

12:29PM 24  Do you see that?

12:29PM 25  A.   Yes.

12:29PM 1    Q.   And it says, "Develop and then update at least annually an

12:29PM 2    entity level risk register which considers hazards and risks

12:29PM 3    relating to operating performance.  The risk register shall

12:29PM 4    include assessed impact and probability for each identified

12:29PM 5    entity," and it goes on with some other language.

12:29PM 6         Do you see that?

12:29PM 7    A.   Yes.

12:29PM 8    Q.   Let's move over on the chart, and let's see when this was

12:29PM 9    completed.

12:29PM 10        So 11/19/09, this one is shown to be on track.

12:29PM 11        Then 1/21/11, Thierens to Rich.  Process now in place for

12:29PM 12   consistency.  Closed per Rich.

12:29PM 13        So this had been accomplished by January 2010?

12:29PM 14   A.   That's what the document says.

12:29PM 15   Q.   Let's look at the next page.  Again, if you just look down

12:30PM 16   the left-hand column, all of these are risk assessment and

12:30PM 17   management.

12:30PM 18        Let me just pull that out for you.  You'll see that.

12:30PM 19        These are all risk assessment and management.

12:30PM 20   A.   Yes.

12:30PM 21   Q.   You can see that in each of these columns, they are

12:30PM 22   looking at gap assessments at issues such as identify entity

12:30PM 23   level risk, annually communicating important risk reduction

12:31PM 24   measures, and other things that you would view as being

12:31PM 25   appropriate in process safety?

12:31PM 1    A.   Well, I can't really tell because process safety needs to

12:31PM 2    be system specific, and I have no idea what system is being

12:31PM 3    evaluated here.

12:31PM 4    Q.   You know that this is the Gulf of Mexico OMS gap

12:31PM 5    assessment for Drilling & Completions?

12:31PM 6    A.   Well, that's what this is portrayed as.

12:31PM 7    Q.   If we look over to the very far right, do you see that

12:31PM 8    these items have been shown -- are shown to be closed?

12:31PM 9    A.   Correct.

12:31PM 10   Q.   There are other things in here.  We can refer those to the

12:31PM 11   Court at other times.  But just in the interest of time, for

12:31PM 12   Drilling & Completions, in terms of safe operations, what

12:32PM 13   you've seen in the little bit that we have been able to look at

12:32PM 14   it, you can see that BP had a standardized, vigorous process

12:32PM 15   for looking at process safety gaps in its Gulf of Mexico

12:32PM 16   operations?

12:32PM 17   A.   Well, I can see it's standardized, but I cannot testify to

12:32PM 18   its vigor.

12:32PM 19   Q.   You can see from looking at this that they are looking at

12:32PM 20   the right kind of issues?

12:32PM 21   A.   I can't tell that for the reasons I explained.

12:32PM 22   Q.   All right.  Let me, for the record, come back to one of my

12:32PM 23   objections from earlier today.  I just want to get you to

12:33PM 24   confirm a few things for me.

12:33PM 25        You are not an expert in how to drill a deepwater well,

12:33PM 1    correct, sir?

12:33PM 2    A.    That is correct.

12:33PM 3    Q.    You are not an expert in cement?

12:33PM 4    A.    That is correct.

12:33PM 5    Q.    You are not an expert in cement bond logs?

12:33PM 6    A.    That is correct.

12:33PM 7    Q.    You are not an expert in the interpretation of cement bond

12:33PM 8    logs vis-à-vis foam cement?

12:33PM 9    A.    I don't consider myself to be an expert in foam cement.

12:33PM 10   Q.    You are not an expert in zonal isolation of subsea wells?

12:33PM 11   A.    That's correct.

12:33PM 12   Q.    You're not an expert in centralizers as used in deep sea

12:33PM 13   drilling?

12:33PM 14   A.    That's correct.

12:33PM 15   Q.    You're not an expert in centralizer placement?

12:33PM 16   A.    That is correct.

12:33PM 17   Q.    Same question for drilling fluids?

12:33PM 18   A.    That is correct.

12:33PM 19   Q.    You're not an expert in lost circulation material?

12:34PM 20   A.    That is correct.

12:34PM 21   Q.    You're not an expert in drilling fluid circulating

12:34PM 22   densities?

12:34PM 23   A.    That is correct.

12:34PM 24   Q.    You're not an expert in BOPs?

12:34PM 25   A.    That is correct.

12:34PM 1    Q.   You're not an expert in the component parts of BOPs?

12:34PM 2    A.   I'm not certain that is correct.

12:34PM 3    Q.   Let's look at your -- let's look at your testimony,

12:34PM 4    page 39, lines 10 through 13.

12:34PM 5         You were asked a question, "Do you consider yourself to be

12:34PM 6    an expert in the component parts of blowout preventers like

12:34PM 7    blind shear rams?"  And what was your answer?

12:35PM 8    A.   "No."

12:35PM 9    Q.   You're not an expert --

12:35PM 10   A.   That's a specific component.

12:35PM 11   Q.   Well, you agree you're not an expert in BOPs?

12:35PM 12   A.   Correct.

12:35PM 13   Q.   You agree you're not an expert in the blind shear rams in

12:35PM 14   BOPs?

12:35PM 15   A.   Correct.

12:35PM 16   Q.   You're not an expert in positive or negative pressure

12:35PM 17   tests?

12:35PM 18   A.   Correct.

12:35PM 19   Q.   Or displacement procedures?

12:35PM 20   A.   Correct.

12:35PM 21   Q.   You're not an expert in temporary abandonment procedures?

12:35PM 22   A.   Correct.

12:35PM 23   Q.   You're not an expert in the configuration or design of a

12:35PM 24   well?

12:35PM 25   A.   Correct.

415

| 12:35PM | 1 | Q.    All right.  I want to turn our attention now to BP's |

12:35PM 1   Q.    All right.  I want to turn our attention now to BP's

12:35PM 2   interaction with the *Deepwater Horizon* and talk about some

12:36PM 3   examples of BP's concern for safe drilling with the

12:36PM 4   *Deepwater Horizon*.

12:36PM 5       First, let's look at Exhibit 5965, which is a

12:36PM 6   September 28th note from -- 2009, from John Guide to

12:36PM 7   Paul Johnson.  Do you have that there?

12:36PM 8   A.    Yes.

12:36PM 9   Q.    This note says, from Guide to Johnson, "I've been thinking

12:36PM 10  about how to make this meeting worth the time of our field

12:36PM 11  leadership, but first a few admin issues.  I want to move the

12:36PM 12  meeting and would like to rotate any day except Wednesday or

12:36PM 13  Friday, how about once every three weeks.  Promise no more than

12:36PM 14  an hour, unless we need the time.  Have an agenda.  It does not

12:36PM 15  have to be set, but rather concentrate on what has happened and

12:36PM 16  upcoming concerns.  Have data, start, SOC, etcetera, we can

12:37PM 17  share.  What is working, what's not?  How can we help them?

12:37PM 18  This is not a" -- colorful term -- "session.  Add items as you

12:37PM 19  see fit."

12:37PM 20      Do you have that there?

12:37PM 21  A.    Yes, sir.

12:37PM 22  Q.    So by this note, Guide is writing to three individuals,

12:37PM 23  including Paul Johnson at Transocean?

12:37PM 24  A.    Yes.

12:37PM 25  Q.    The e-mail is about a safety meeting?

12:37PM 1   A.   Yes.

12:37PM 2   Q.   Guide is asking Johnson from Transocean, what's working,

12:37PM 3   what's not, and trying to figure out how he can help --

12:37PM 4   A.   Yes.

12:37PM 5   Q.   -- related to the *Deepwater Horizon* --

12:37PM 6   A.   Correct.

12:37PM 7   Q.   -- and Transocean?

12:37PM 8   A.   Correct.

12:37PM 9   Q.   You agree this is a positive thing for Mr. John Guide to

12:37PM 10  have done?

12:37PM 11  A.   Yes.

12:37PM 12  Q.   You agree that the e-mail shows that John Guide cares

12:37PM 13  about safety?

12:37PM 14  A.   He cares about his view in kind of safety.

12:38PM 15  Q.   Well, you agree that Mr. -- this shows Mr. Guide cares

12:38PM 16  about safety?

12:38PM 17  A.   As I said, his implied type of safety.

12:38PM 18  Q.   Mr. Guide is not here just standing on the success of the

12:38PM 19  past six years in terms of how the relationship has gone; he is

12:38PM 20  asking, what more can we do to make our operations even safer?

12:38PM 21  A.   Yes.  This is focussed on, to my knowledge, personal

12:38PM 22  safety.

12:38PM 23  Q.   Having good communications between the representatives of

12:38PM 24  Transocean, that is, those that are on the rig, and BP is

12:38PM 25  important?

12:38PM 1    A.    Yes.

12:38PM 2    Q.    Now, let's look at 5966.1.1.  This is a note from

12:39PM 3    John Guide to Sepulvado sending some town hall slides.  Do you

12:39PM 4    see that?

12:39PM 5    A.    Yes, sir.

12:39PM 6    Q.    If we could look at -- okay, you can go to the next one.

12:39PM 7    5966.4.1.

12:39PM 8          Go to the next one.  We've covered that point.

12:40PM 9          All right.  When we look at this page here, we see that

12:40PM 10   the agenda includes safety, correct?

12:40PM 11   A.    Yes, ma'am.

12:40PM 12   Q.    If with look at this agenda, it's good to list safety as

12:40PM 13   the first item on the agenda?

12:40PM 14   A.    Yes.

12:40PM 15   Q.    You would support that?

12:40PM 16   A.    Yes.

12:40PM 17   Q.    If we look at the slide that we have up now, it's a whole

12:40PM 18   slide about safety, correct?

12:40PM 19   A.    Correct.

12:40PM 20   Q.    On the left side is recordables, 2009 recordables, do you

12:40PM 21   see that?

12:40PM 22   A.    Yes.

12:40PM 23   Q.    On the right side, it says, 2009 process safety.  Do you

12:40PM 24   see that?

12:40PM 25   A.    Yes.

12:40PM 1    Q.   Down at the bottom, it has the note, boots on deck and

12:41PM 2    visibility on deck.  Do you see that?

12:41PM 3    A.   Yes.

12:41PM 4    Q.   You agree that boots on deck, visibility on deck is an

12:41PM 5    important piece of process safety?

12:41PM 6    A.   Yes.

12:41PM 7    Q.   Yes?

12:41PM 8    A.   Yes.

12:41PM 9    Q.   Having leadership focus on process safety visible to the

12:41PM 10   rank and file is important for overall process safety?

12:41PM 11   A.   Yes.

12:41PM 12   Q.   That is being demonstrated by Mr. Guide in this note and

12:41PM 13   the slides and agenda that are attached?

12:41PM 14   A.   Yes.

12:41PM 15   Q.   It's showing safety-mindedness by Mr. Guide?

12:41PM 16   A.   Yes.

12:41PM 17   Q.   It's an example of Mr. Guide sharing process safety

12:41PM 18   information with people like Mr. Sepulvado, who is a well site

12:41PM 19   leader on the rig who reports to him?

12:42PM 20   A.   Yes.

12:42PM 21   Q.   The October 13, 2009, Guide to Johnson re:  HSE

12:42PM 22   conversation, evidences a healthy, open-minded approach to

12:42PM 23   process safety?

12:42PM 24   A.   Repeat your question.

12:42PM 25   Q.   Sure.  This note evidences a healthy, safety-minded

12:42PM approach to process safety?
12:42PM A. I can't really tell from this document.
12:42PM Q. You can't comment on beyond what you've already said?
12:42PM A. Correct. The keyword is healthy. If John Guide has a comprehensive understanding of what process safety is, then it's healthy; if not, it's not healthy.
12:43PM Q. Let me direct your attention, please, sir, to page 215 of your deposition, line 4 through 25. I'm actually going to focus on the last question and answer at the bottom.
12:43PM Do you see there, we had just gone through the e-mail with you, and the question was asked of you, "That's a healthy, open-minded approach that Mr. Guide is evidencing, isn't it?" And your answer was, "Correct."
12:43PM A. Correct.
12:43PM Q. Let's look at TREX 05967.
12:44PM Do you see there, this is an e-mail from Guide to Johnson, on the *Deepwater Horizon*, and others, with the topic of *Horizon*, Transocean, BP, HSE conversation, Thursday, 10/15 -- that's October 13, 2009. Do you see that?
12:44PM A. Yes.
12:44PM Q. Do you see it says, "Current state of overall rig HSE, what's working, what's not working, any other items on someone's mind, but this is not a" -- "session. It's about HSE. Any constructive conversation is welcome?"
12:44PM Do you see that?

12:44PM 1    A.    No.  Oh, the last line, yes.

12:45PM 2    Q.    Did I read something wrong?

12:45PM 3    A.    No, I think I was catching up with your reading.

12:45PM 4    Q.    Are we good now?

12:45PM 5    A.    Yes.

12:45PM 6    Q.    Thank you.

12:45PM 7          So he's writing to invite recipients to a meeting to

12:45PM 8    discuss rig safety, what's working, what's not, the things that

12:45PM 9    we've read?

12:45PM 10   A.    Correct.

12:45PM 11   Q.    This demonstrates a healthy, open-minded approach by

12:45PM 12   Mr. Guide with regard to the current state of overall rig HSE?

12:45PM 13   A.    Correct.

12:45PM 14   Q.    Now, let's look at 05976 quickly.

12:45PM 15         You agree that one of the things that a safety-minded

12:45PM 16   company tries to do is to motivate and incentivize people about

12:46PM 17   safety?

12:46PM 18   A.    Correct.  That's personal safety.

12:46PM 19   Q.    Well, you would want to incentivize folks as to all kinds

12:46PM 20   of safety, wouldn't you?

12:46PM 21   A.    Well, that's true, but people at that pointed end I was

12:46PM 22   talking about this morning, they are particularly concerned

12:46PM 23   with personal safety.

12:46PM 24   Q.    Let me go back to my question.  Do you agree that a

12:46PM 25   safety-minded company tries to find ways to motivate and

12:46PM 1    incentivize people about safety?

12:46PM 2    A.   Yes.

12:46PM 3    Q.   One of the simple ways to do that is to hand out bonus

12:46PM 4    checks or gifts for safe operations?

12:46PM 5    A.   Well, it's simple, but it's not necessarily effective.

12:46PM 6    Q.   Let's look at your testimony on page 251, at line 13.

12:47PM 7    Just tell me if I read this right.

12:47PM 8         "And one of the simple ways they could do that is

12:47PM 9    monetarily; they could hand out bonus checks for safe

12:47PM 10   operations or even provide gifts for safe operations, correct?"

12:47PM 11        Your answer was, "Yes."

12:47PM 12   A.   Yes.

12:47PM 13   Q.   When you see companies do that, you say to yourself,

12:47PM 14   that's a company that actually is thinking about safety, has

12:47PM 15   some degree of safety-mindedness?

12:47PM 16   A.   Yes.

12:47PM 17   Q.   If we could go back to our e-mail.

12:47PM 18        You'll recall that this was an occasion where John Guide

12:47PM 19   was giving duffel bags for safety performance, and the amount

12:47PM 20   was somewhere in the range of about $7,000.  We talked about

12:47PM 21   this in your deposition.

12:47PM 22   A.   I recall, yes.

12:47PM 23   Q.   This is another example of BP, through John Guide, being

12:48PM 24   safety-minded, correct?

12:48PM 25   A.   Personal safety-minded.

12:48PM 1    Q.    It shows he's being safety-minded, that's true?

12:48PM 2    A.    True.

12:48PM 3          THE COURT:  Mr. Brock, can I ask you how much time you

12:48PM 4    think you need to complete your cross-examination?

12:48PM 5          MR. BROCK:  I've got a good bit to go still.  I

12:48PM 6    probably would need to look at what I've done, what I still

12:48PM 7    have to go, but I have a good bit of time still to go.

12:48PM 8          THE COURT:  It's about ten minutes to one.  Let's

12:48PM 9    recess for lunch, and we'll come back at two o'clock.  Okay.

12:48PM 10         THE DEPUTY CLERK:  All rise.

11         (WHEREUPON, at 12:48 p.m., the Court took a lunch

12    recess.)

13                             *    *    *

14

15                    REPORTER'S CERTIFICATE

16

17         I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Certified Court Reporter of the State of
18   Louisiana, Official Court Reporter for the United States
     District Court, Eastern District of Louisiana, do hereby
19   certify that the foregoing is a true and correct transcript to
     the best of my ability and understanding from the record of the
20   proceedings in the above-entitled and numbered matter.

21                            s/Cathy Pepper
                              Cathy Pepper, CRR, RMR, CCR
22                            Certified Realtime Reporter
                              Registered Merit Reporter
23                            Official Court Reporter
                              United States District Court
24                            Cathy_Pepper@laed.uscourts.gov

25

## $

**$7,000** [1] - 421:20

## '

**'70s** [1] - 273:16
**'every** [1] - 322:16

## 0

**00866** [1] - 396:10
**00866.1** [1] - 396:16
**01742** [2] - 288:20, 290:17
**05963** [1] - 402:21
**05967** [1] - 419:15
**05976** [1] - 420:14
**05984.1.2** [1] - 404:13
**06015** [1] - 375:6
**06065.1.2** [1] - 397:16
**06257** [1] - 399:14
**06257.129.1** [1] - 399:14
**06017** [1] - 376:12

## 1

**1** [9] - 290:15, 290:22, 316:13, 375:15, 376:5, 377:8, 378:24, 396:21, 396:22
**1.1** [1] - 375:10
**1.3.2** [1] - 408:8, 408:14
**1.4** [1] - 322:7
**1/21/11** [1] - 411:11
**10** [3] - 308:13, 400:10, 414:4
**10-MD-2179** [1] - 259:8
**10-year** [1] - 345:2
**10/15** [1] - 419:18
**100** [4] - 261:4, 354:13, 354:14, 356:1
**1000** [2] - 265:4, 266:8
**1001** [1] - 264:19
**101** [1] - 261:8
**10:25** [2] - 349:20, 349:22
**10th** [1] - 330:5
**11/1/2009** [1] - 398:15
**11/19/09** [1] - 411:10
**110** [1] - 387:8
**1100** [1] - 264:15

**111** [1] - 387:8
**1110** [1] - 265:8
**12** [2] - 275:11, 316:9
**12/18** [1] - 410:14
**12/30/09** [1] - 410:2
**1201** [2] - 264:4, 265:24
**1221** [1] - 265:18
**129.1** [1] - 399:15
**12:48** [1] - 422:11
**13** [6] - 319:7, 369:8, 414:4, 418:21, 419:19, 421:6
**1308** [1] - 261:11
**1331** [1] - 266:4
**14** [3] - 279:24, 288:24, 308:20
**14271** [1] - 262:18
**145** [1] - 380:12
**15** [6] - 275:6, 334:6, 349:20, 376:12, 376:19, 402:23
**154.5** [1] - 329:24
**160** [1] - 329:25
**1601** [1] - 260:11
**1665** [1] - 266:4
**167** [1] - 275:10
**170** [1] - 329:25
**1700** [1] - 265:24
**1734** [1] - 310:7
**18** [5] - 323:15, 364:16, 364:24, 387:8
**1885** [1] - 263:11
**19** [2] - 289:12, 362:6
**193** [1] - 290:25
**1950s** [1] - 282:24
**1960** [1] - 273:7
**1970s** [2] - 334:21, 336:21
**1980** [1] - 334:25
**1980s** [1] - 336:22
**1981** [1] - 273:19
**1982** [1] - 274:17
**1988** [2] - 275:1, 275:6
**1989** [1] - 273:21

## 2

**2** [3] - 259:19, 307:22, 346:13
**2-0-3-0-9** [1] - 344:7
**20** [6] - 259:6, 323:2, 332:10, 366:22, 366:23, 367:19
**20001** [6] - 267:17, 269:7, 269:9, 271:1, 271:3, 280:20
**20004** [1] - 264:4

**2000s** [3] - 367:24, 368:22, 369:13
**2001** [5] - 275:21, 334:15, 334:16, 335:7, 335:10
**2003** [9] - 276:9, 276:11, 340:11, 342:7, 342:10, 344:2, 344:5, 368:2, 368:13
**2004** [3] - 368:2, 368:13, 371:23
**20044** [2] - 262:13, 262:19, 262:24
**2005** [10] - 277:10, 317:17, 346:1, 346:2, 347:5, 368:2, 368:13, 371:23, 373:21, 383:10
**2006** [3] - 373:14, 373:24, 381:22
**2007** [3] - 347:6, 371:24, 375:14
**2008** [8] - 307:13, 307:17, 310:14, 324:6, 375:12, 380:3, 392:13, 396:11
**2009** [17] - 288:24, 317:17, 322:23, 323:11, 324:7, 390:2, 390:8, 398:19, 398:25, 399:6, 402:23, 410:10, 415:6, 417:20, 417:23, 418:21, 419:19
**2010** [21] - 259:6, 290:23, 304:15, 316:9, 318:9, 323:3, 332:10, 356:24, 373:14, 373:22, 373:24, 376:12, 376:19, 378:7, 378:8, 383:10, 400:11, 411:13
**2011** [3] - 269:15, 279:24, 348:7
**2013** [2] - 259:9, 268:2
**20308** [1] - 341:3
**20309** [1] - 344:7
**20403** [1] - 346:8
**20th** [3] - 304:15, 329:25, 392:13
**21** [5] - 289:1, 364:16, 364:24
**215** [1] - 419:7
**219** [1] - 266:22
**22** [1] - 324:11
**2211** [1] - 265:8

**2216** [1] - 261:22
**22771** [1] - 274:1
**22771.001** [1] - 274:2
**22ND** [1] - 260:19
**23451** [1] - 260:19
**2352** [1] - 307:10
**24** [1] - 366:23
**2445** [1] - 327:5
**25** [3] - 280:14, 289:1, 419:8
**251** [1] - 421:6
**26** [4] - 259:9, 268:2, 269:15, 328:6
**2615** [1] - 260:15
**2670** [2] - 298:19, 299:12
**2675** [1] - 306:1
**268** [1] - 267:5
**26th** [1] - 392:13
**271** [1] - 267:17
**272** [1] - 267:6
**2729** [1] - 292:5
**2730** [1] - 329:11
**2731** [1] - 274:1
**2732** [1] - 273:14
**2734** [1] - 279:2
**2735** [2] - 297:10, 355:9
**2737** [2] - 314:17, 353:6
**2738** [1] - 324:2
**2741** [1] - 299:11
**2745** [2] - 274:16, 283:12
**2746** [2] - 275:20, 283:12
**2750** [1] - 333:8
**2759** [1] - 330:23
**2760** [1] - 278:21
**2772** [1] - 287:18
**2826** [1] - 296:16
**2827** [1] - 330:10
**2828** [1] - 330:15
**2833** [1] - 339:7
**2835** [1] - 339:14
**2837** [1] - 339:21
**2839** [1] - 340:4
**2841** [1] - 342:12
**2843** [1] - 342:20
**2847** [1] - 343:3
**2849** [1] - 343:10
**2851** [1] - 343:18
**2853** [1] - 346:24
**2855** [1] - 347:20
**2868** [1] - 303:16
**2871** [1] - 305:17
**2872** [1] - 313:4
**2873** [1] - 332:6
**2874** [1] - 306:20

**2875** [1] - 281:22
**2887** [1] - 303:24
**2888** [1] - 312:19
**2895** [1] - 322:3
**2896** [1] - 322:11
**2897** [1] - 323:10
**2898** [1] - 322:18
**28th** [1] - 415:6
**2919** [1] - 316:6
**2920** [1] - 310:18
**2921** [1] - 311:11
**29th** [1] - 329:17
**2:10-CV-02771** [1] - 259:11
**2:10-CV-4536** [1] - 259:14

## 3

**3** [6] - 261:4, 291:4, 291:9, 298:5, 322:20, 330:15
**3.1.1** [1] - 410:21
**3.3** [1] - 362:8
**300** [1] - 264:8
**32** [1] - 274:1
**335** [1] - 264:23
**35-year** [1] - 381:25
**353** [1] - 267:7
**358** [1] - 267:8
**35TH** [1] - 264:23
**360** [1] - 267:9
**36130** [1] - 263:6
**364** [1] - 267:10
**36604** [1] - 260:12
**3668** [1] - 260:4
**3700** [2] - 264:15, 264:19
**39** [1] - 414:4
**3M** [1] - 345:22

## 4

**4** [2] - 261:4, 419:8
**4.4** [1] - 288:21
**4000** [1] - 266:8
**402** [1] - 260:19
**403** [2] - 270:1, 301:2
**404(b** [2] - 270:1, 301:2
**4171** [1] - 303:24
**4310** [1] - 261:18
**435** [1] - 261:8
**450** [1] - 262:5
**4500** [1] - 265:18
**45062** [1] - 386:3
**48157.1.1** [1] - 377:23
**4th** [1] - 329:17

**5**

**5** [1] - 380:13
**5.1** [1] - 403:20
**50** [1] - 272:19
**500** [5] - 260:4, 263:5, 266:13, 272:22, 372:6
**5000** [3] - 263:22, 282:11, 282:15
**504** [1] - 266:14
**5395** [1] - 262:6
**54** [1] - 330:2
**546** [1] - 265:12
**55** [1] - 324:9
**556** [1] - 260:4
**58** [3] - 272:18, 360:19, 361:8
**589-7779** [1] - 266:14
**59** [3] - 361:13, 361:22, 362:2
**5950** [2] - 335:23, 337:14
**5958** [1] - 390:4
**5959.3.1** [1] - 392:10
**5960** [3] - 337:15, 337:16, 337:18
**5962** [1] - 379:19
**5965** [1] - 415:5
**5966.1.1** [1] - 417:2
**5966.4.1** [1] - 417:7
**5984.4.1** [1] - 404:20

**6**

**6.1** [1] - 396:16
**6/16/2009** [1] - 407:11
**60** [1] - 330:1
**600** [3] - 260:19, 260:22, 265:4
**601** [1] - 260:15
**6025** [1] - 406:25
**6065.9.1** [1] - 398:2
**60654** [1] - 264:9
**618** [1] - 261:15
**64** [1] - 279:13

**7**

**7** [1] - 317:5
**70** [1] - 330:1
**701** [2] - 263:16, 263:22
**70113** [1] - 260:8
**70130** [6] - 260:16, 260:23, 261:22, 263:16, 265:13,

266:14
**70139** [1] - 263:23
**70163** [1] - 264:15
**70360** [1] - 261:8
**70458** [1] - 261:12
**70502** [2] - 260:5, 265:5
**70801** [1] - 261:15
**70804** [1] - 263:12
**75270** [1] - 265:24
**76** [1] - 316:13
**7611** [1] - 262:12
**77002** [2] - 264:19, 266:9
**77006** [1] - 261:19
**77010** [2] - 265:18, 266:4
**77098** [1] - 265:8
**78257** [1] - 261:5
**7TH** [1] - 262:6

**8**

**8** [3] - 290:22, 317:15, 323:11
**8018.14.1** [1] - 395:11
**802** [1] - 270:5
**820** [1] - 260:8
**84** [1] - 274:24
**86** [1] - 369:8
**87** [1] - 369:9
**8:00** [1] - 259:9

**9**

**9** [5] - 317:25, 329:23, 369:9, 380:13
**90071** [1] - 264:24
**94005** [1] - 263:12
**94102** [1] - 262:6
**96** [1] - 329:22
**9TH** [1] - 260:22

**A**

**A.M** [1] - 259:9
**a.m** [1] - 349:22
**abandonment** [1] - 414:21
**abbreviated** [1] - 350:8
**ability** [3] - 294:3, 343:21, 422:19
**able** [6] - 282:10, 292:19, 342:3, 345:20, 368:25, 412:13
**above-entitled** [1] -

422:19
**ABRAMSON** [1] - 260:14
**absence** [3] - 285:4, 332:3, 339:18
**absolutely** [2] - 285:11, 286:14
**Academy** [4] - 389:4, 389:11, 390:11, 390:15
**accept** [1] - 289:8
**acceptable** [6] - 270:11, 285:8, 286:10, 293:10, 401:23, 402:6
**accepted** [2] - 271:23, 333:24
**access** [1] - 409:8
**accident** [22] - 277:6, 279:18, 286:20, 286:21, 287:12, 290:1, 310:3, 310:4, 311:6, 311:22, 312:13, 339:17, 342:16, 342:19, 343:8, 343:13, 347:2, 349:4, 354:7, 360:7, 387:25, 388:22
**Accident** [1] - 310:10
**accidental** [1] - 346:15
**Accidents** [1] - 341:7
**accidents** [10] - 282:1, 286:15, 310:6, 310:25, 339:13, 340:9, 342:14, 342:24, 343:14, 343:24
**accompany** [1] - 325:9
**accomplished** [1] - 411:13
**accountabilities** [1] - 408:18
**accountability** [2] - 297:14, 297:22
**accountable** [1] - 297:13
**accumulated** [1] - 339:19
**accumulates** [1] - 328:13
**accumulation** [1] - 327:7
**accurate** [1] - 360:25
**achieve** [3] - 324:22, 338:18, 398:11
**achievement** [1] - 324:8

399:6, 410:9
**adopting** [1] - 398:19
**adoption** [1] - 397:23
**advance** [3] - 315:17, 375:4, 397:25
**advanced** [1] - 370:18
**advancing** [1] - 330:4
**advantage** [2] - 369:1, 369:5
**advice** [1] - 278:18
**advise** [2] - 276:14, 281:11
**advised** [1] - 333:15
**AFE** [1] - 329:19
**affairs** [1] - 319:19
**affect** [1] - 367:9
**afraid** [1] - 339:11
**afternoon** [1] - 364:6
**agencies** [1] - 347:14
**agenda** [6] - 378:9, 415:14, 417:10, 417:12, 417:13, 418:13
**ago** [1] - 323:15
**agree** [24] - 271:22, 308:11, 348:16, 365:22, 366:13, 368:20, 373:13, 373:21, 377:4, 379:5, 388:17, 394:20, 395:22, 400:7, 402:1, 405:5, 414:11, 414:13, 416:9, 416:12, 416:15, 418:4, 420:15, 420:24
**agreed** [1] - 395:25
**agrees** [1] - 402:15
**ahead** [14] - 271:25, 292:9, 312:6, 314:11, 320:12, 325:4, 326:18, 328:25, 334:7, 337:19, 353:3, 354:2, 357:23, 357:25
**Air** [2] - 341:20, 346:18
**aircraft** [2] - 282:22, 338:14
**airliner** [1] - 346:16
**Airlines** [2] - 346:17, 346:18
**AL** [4] - 259:13, 259:15, 260:12, 263:6
**ALABAMA** [2] - 263:3
**Alaska** [1] - 335:3
**ALEX** [1] - 265:17
**aligned** [2] - 352:21,

**achieving** [2] - 305:18, 324:13
**acknowledge** [2] - 367:22, 394:11
**acknowledged** [2] - 304:4, 333:19
**acquiring** [1] - 336:17
**act** [2] - 326:4, 341:19
**action** [1] - 373:15
**ACTION** [1] - 259:8
**Actions** [1] - 407:2
**actions** [3] - 289:5, 384:19, 408:18
**actively** [1] - 383:14
**activities** [13] - 293:2, 293:11, 293:12, 293:16, 294:1, 294:2, 304:8, 308:3, 308:4, 308:9, 399:23, 400:22, 403:12
**activity** [1] - 400:18
**actors** [2] - 373:4, 373:8
**adaptive** [1] - 278:12
**add** [3] - 381:4, 381:16, 415:18
**addition** [6] - 285:22, 358:24, 368:24, 371:8, 387:20, 388:20
**additional** [1] - 371:5
**address** [5] - 300:21, 340:12, 342:4, 359:17, 390:16
**addressed** [1] - 393:4
**addresses** [1] - 399:16
**addressing** [1] - 319:9
**adequate** [2] - 320:21, 324:23
**adhere** [1] - 379:25
**admin** [1] - 415:11
**admiral** [1] - 349:5
**Admiral** [2] - 349:8
**admissible** [3] - 271:13, 271:15, 351:12
**admission** [1] - 348:17
**admit** [5] - 270:25, 303:1, 306:18, 350:1, 352:4
**admits** [1] - 327:20
**admitted** [5] - 271:3, 326:8, 351:6, 351:8, 351:11
**admitted.................... ......** [1] - 267:17
**adopted** [3] - 398:25,

357:22
**alignment** [1] - 295:5
**ALLAN** [1] - 263:15
**Allan** [1] - 358:6
**allegedly** [1] - 270:2
**allow** [1] - 270:16
**allows** [1] - 331:8
**almost** [1] - 364:6
**Alpha** [3] - 275:1, 280:9, 280:13
**amend** [1] - 399:24
**AMERICA** [3] - 259:14, 262:4, 263:20
**America** [1] - 335:13
**American** [1] - 383:25
**AMERICAN** [1] - 260:15
**Americas** [1] - 335:5
**Amoco** [2] - 335:6, 336:17
**amount** [1] - 421:19
**ample** [1] - 320:24
**amplify** [1] - 281:7
**analyses** [2] - 286:22, 404:23
**analysis** [17] - 287:3, 287:7, 287:16, 287:20, 287:22, 288:5, 288:7, 288:18, 289:13, 290:9, 296:10, 319:12, 319:23, 374:12, 374:14, 404:10
**analyze** [2] - 285:10, 342:17
**analyzing** [2] - 286:13, 296:8
**AND** [2] - 259:12, 264:12
**ANDREW** [1] - 264:7
**Andy** [4] - 377:18, 377:19, 378:1, 378:8
**ANGELES** [1] - 264:24
**annual** [6] - 322:23, 374:22, 375:12, 408:18, 409:17, 409:18
**annually** [2] - 411:1, 411:23
**ANSWER** [1] - 332:15
**answer** [20] - 292:6, 292:14, 306:22, 313:17, 320:13, 320:14, 325:5, 327:10, 332:12, 356:8, 357:5, 365:3, 365:7, 367:2, 380:17, 400:13,

414:7, 419:9, 419:13, 421:11
**ANTHONY** [1] - 261:21
**anticipate** [1] - 302:12
**ANTONIO** [1] - 261:5
**Antony** [1] - 299:7
**apart** [2] - 290:4, 338:16
**API** [6] - 383:22, 402:22, 403:14, 403:15, 403:18, 404:11
**Apollo** [1] - 276:12
**apologize** [2] - 391:10, 401:15
**apparent** [2] - 316:22, 379:8
**appear** [1] - 409:12
**appearance** [1] - 387:17
**APPEARANCES** [7] - 260:1, 261:1, 262:1, 263:1, 264:1, 265:1, 266:1
**appearing** [1] - 379:16
**appendices** [1] - 269:17
**Appendix** [1] - 290:25
**applicable** [1] - 400:3
**application** [2] - 344:20, 399:22
**applied** [3] - 312:10, 354:12, 354:24
**apply** [11] - 286:5, 290:17, 306:11, 306:13, 306:18, 306:21, 311:21, 318:15, 399:20, 400:22, 401:9
**applying** [2] - 309:10, 400:9
**approach** [11] - 288:9, 288:10, 293:1, 293:7, 338:6, 361:2, 379:3, 418:22, 419:1, 419:12, 420:11
**approaches** [5] - 281:19, 292:22, 338:8, 344:14, 344:16
**appropriate** [13] - 285:14, 294:7, 320:5, 320:7, 321:10, 326:13, 340:2, 344:25, 373:9, 405:17, 409:3, 409:13, 411:25

**appropriately** [3] - 287:1, 297:21, 301:24
**approved** [1] - 410:3
**approximate** [2] - 275:10, 289:19
**April** [13] - 279:9, 279:24, 304:15, 322:12, 323:2, 329:17, 329:23, 329:25, 332:10, 356:24, 376:12, 376:19, 400:10
**APRIL** [1] - 259:6
**ARCO** [2] - 335:6, 336:17
**area** [12] - 272:15, 273:1, 282:9, 326:9, 333:21, 348:24, 368:8, 373:2, 382:7, 387:17, 408:3, 409:10
**areas** [2] - 282:23, 351:1
**argument** [1] - 312:4
**arise** [1] - 295:16
**arrangement** [1] - 389:14
**ARRELL** [1] - 265:7
**arrived** [1] - 323:15
**arrives** [1] - 343:9
**arrow** [2] - 295:9
**articles** [1] - 272:23
**articulate** [1] - 382:8
**ASBILL** [1] - 264:17
**aspects** [3] - 279:19, 280:18, 394:12
**assess** [3] - 286:19, 309:1, 310:5
**assessed** [1] - 411:4
**assessing** [2] - 280:2, 282:12
**assessment** [14] - 309:1, 310:3, 310:4, 311:22, 312:13, 322:24, 331:21, 336:5, 362:12, 407:7, 410:23, 411:16, 411:19, 412:5
**Assessment** [2] - 407:1, 407:9
**assessments** [2] - 409:17, 411:22
**asset** [1] - 390:13
**ASSET** [1] - 259:12
**assets** [1] - 409:18
**assistance** [2] - 277:25, 282:13
**assisted** [1] - 364:11

**assisting** [2] - 365:2, 365:8
**associated** [8] - 310:6, 322:21, 324:13, 328:15, 338:5, 340:21, 359:15, 360:8
**associations** [1] - 403:3
**assume** [4] - 318:22, 318:23, 333:20, 387:10
**assumed** [3] - 333:18, 333:19
**Assurance** [1] - 385:1
**assurance** [1] - 272:2
**astronaut** [1] - 349:7
**attached** [3] - 269:17, 271:1, 418:13
**attempt** [2] - 370:7, 379:6
**attempting** [6] - 287:25, 368:3, 370:17, 374:14, 374:21, 382:18
**attendant** [1] - 320:20
**attended** [3] - 371:24, 372:6, 385:6
**attention** [11] - 285:14, 342:2, 344:4, 361:7, 375:6, 379:19, 394:23, 396:6, 406:25, 415:1, 419:7
**attest** [3] - 399:1, 399:2, 399:5
**ATTORNEY** [4] - 263:3, 263:4, 263:9, 263:11
**attorneys** [2] - 323:6, 352:23
**attributed** [1] - 327:6
**audits** [1] - 339:11
**August** [1] - 269:15
**authored** [1] - 272:22
**authority** [4] - 329:20, 329:21, 363:2, 378:5
**available** [5] - 297:17, 369:2, 369:5, 371:11, 391:13
**AVENUE** [5] - 260:8, 262:5, 263:5, 264:4, 264:23
**aviation** [2] - 346:17, 347:13
**avoid** [4] - 271:11, 279:20, 282:13
**avoided** [1] - 332:1
**Award** [3] - 379:21, 379:23, 380:3

**award** [3] - 380:6, 380:10, 380:17
**aware** [12] - 313:8, 313:10, 313:22, 340:19, 345:8, 357:6, 366:18, 367:1, 395:1, 403:6
**awareness** [4] - 316:16, 316:17, 316:24, 319:10
**awkward** [1] - 382:17

## B

**B-E-A** [1] - 269:4
**backed** [1] - 375:22
**background** [2] - 276:13, 375:11
**backgrounds** [2] - 279:14, 279:15
**bags** [1] - 421:19
**balance** [1] - 345:21
**balances** [1] - 338:10
**balancing** [2] - 326:11, 326:12
**ballast** [1] - 274:22
**BARBIER** [1] - 259:21
**barrier** [1] - 295:7
**barriers** [4] - 292:23, 295:2, 295:17, 331:9
**barring** [1] - 270:1
**based** [24] - 270:1, 272:16, 281:21, 284:3, 288:2, 297:3, 298:7, 301:2, 312:14, 318:13, 319:25, 320:7, 325:15, 326:6, 327:16, 328:8, 329:22, 354:19, 356:23, 360:5, 363:20, 364:18, 365:23, 393:3
**basic** [3] - 286:17, 289:3, 405:11
**basis** [4] - 320:5, 320:9, 320:10, 360:6
**Bates** [1] - 316:13
**BATON** [2] - 261:15, 263:12
**battle** [1] - 341:21
**Baxter** [8] - 306:14, 306:20, 312:10, 312:15, 312:20, 312:22, 314:18, 381:9
**Bay** [1] - 331:17
**BEA** [2] - 267:5, 268:23

**Bea** [59] - 268:16, 269:3, 269:8, 271:5, 272:3, 273:6, 274:13, 275:12, 277:20, 278:15, 280:22, 281:6, 283:16, 284:17, 288:15, 290:23, 292:2, 292:18, 295:21, 296:8, 302:12, 302:17, 307:11, 310:8, 312:24, 314:11, 315:16, 316:7, 318:22, 319:8, 321:4, 323:17, 325:12, 326:21, 328:3, 329:7, 330:9, 333:4, 333:14, 333:16, 333:22, 334:11, 337:22, 344:1, 347:5, 348:2, 350:2, 353:8, 357:12, 358:4, 360:15, 364:4, 364:25, 365:18, 387:8, 390:6, 400:16, 401:8, 408:11
**Bea's** [3] - 269:5, 364:24, 401:14
**Bea-Gale** [1] - 280:22
**BEACH** [1] - 260:19
**bear** [1] - 406:24
**beast** [1] - 345:8
**became** [3] - 273:10, 273:15, 273:21
**Bechtel** [1] - 273:19
**BECK** [2] - 265:15, 265:15
**become** [6] - 282:12, 316:22, 334:11, 345:5, 378:21, 396:19
**becomes** [2] - 285:5, 293:22
**becoming** [1] - 396:21
**beeps** [1] - 296:1
**BEFORE** [1] - 259:21
**began** [3] - 366:7, 373:18, 384:2
**begin** [2] - 279:23, 284:6
**beginning** [2] - 333:20, 401:18
**begins** [1] - 395:11
**behalf** [2] - 270:18, 297:24
**behaves** [1] - 290:6
**behavior** [1] - 279:16

**believes** [1] - 377:12
**below** [1] - 287:13
**BEN** [1] - 262:24
**bench** [2] - 271:10, 303:4
**benchmarking** [1] - 395:19
**benefit** [2] - 308:18, 377:24
**Benefits** [1] - 308:14
**benefits** [3] - 308:15, 345:23, 362:22
**Berkeley** [6] - 272:4, 273:22, 335:8, 340:19, 370:12, 371:9
**best** [13] - 292:20, 297:17, 329:21, 331:15, 369:1, 369:5, 370:6, 371:4, 371:10, 395:5, 395:16, 409:17, 422:19
**better** [5] - 277:7, 309:24, 321:23, 373:25, 408:10
**between** [14] - 283:16, 319:1, 338:10, 345:14, 345:21, 354:15, 354:18, 373:21, 393:10, 397:9, 401:24, 402:6, 402:14, 416:23
**beyond** [6] - 270:22, 301:1, 331:15, 360:9, 409:16, 419:3
**bias** [4] - 279:21, 367:4, 367:7, 367:12
**Bibles** [1] - 345:4
**bibles** [1] - 345:4
**big** [1] - 282:21
**Bill** [4] - 280:5, 280:13, 280:15, 280:17
**Bill's** [1] - 280:10
**billion** [1] - 275:11
**billions** [1] - 359:9
**bird** [1] - 277:2
**bit** [8] - 276:13, 355:4, 376:1, 403:1, 409:15, 412:13, 422:5, 422:7
**blame** [1] - 287:23
**blind** [2] - 414:7, 414:13
**blowout** [25] - 279:4, 286:8, 296:9, 299:5, 302:20, 302:23, 303:22, 306:10,

316:11, 323:22, 326:24, 330:17, 331:11, 332:4, 341:23, 348:2, 348:4, 348:10, 353:8, 353:12, 353:15, 354:12, 376:15, 382:24, 414:6
**blue** [1] - 292:23
**blunt** [2] - 295:13, 331:3
**Bly** [7] - 290:15, 290:22, 291:19, 306:4, 306:5, 386:16, 386:18
**board** [10] - 274:24, 277:6, 298:20, 298:22, 299:1, 304:18, 331:4, 338:13, 349:4, 385:3
**Board** [1] - 385:4
**Bob** [4] - 268:16, 325:17, 325:18, 348:3
**BOCKIUS** [1] - 266:6
**bodies** [1] - 300:18
**body** [5] - 283:1, 283:8, 301:13, 301:17, 381:4
**bond** [2] - 413:5, 413:7
**bono** [1] - 279:18
**bonus** [2] - 421:3, 421:9
**bookcases** [1] - 345:4
**books** [2] - 272:23, 283:3
**boots** [2] - 418:1, 418:4
**BOPs** [4] - 413:24, 414:1, 414:11, 414:14
**bottom** [8] - 288:24, 308:14, 319:11, 345:13, 369:12, 410:22, 418:1, 419:9
**BOULEVARD** [1] - 261:18
**bound** [1] - 298:9
**BOUNDS** [1] - 260:10
**box** [2] - 298:23, 299:8
**BOX** [4] - 260:4, 262:12, 262:18, 263:12
**BP** [232] - 259:15, 263:19, 263:20, 263:20, 269:20, 278:15, 278:18, 278:23, 281:11,

288:17, 288:21, 289:8, 289:12, 290:9, 291:14, 296:19, 297:9, 297:13, 297:24, 298:5, 298:17, 298:19, 299:18, 300:13, 300:16, 301:12, 301:17, 301:23, 302:18, 302:21, 302:22, 303:21, 304:4, 304:17, 304:24, 305:16, 305:18, 305:20, 306:10, 306:13, 307:7, 307:8, 307:13, 307:14, 308:9, 308:15, 309:1, 309:2, 309:5, 309:9, 311:21, 311:22, 312:12, 312:20, 313:1, 313:12, 313:15, 314:5, 314:9, 314:25, 315:12, 315:16, 316:2, 318:8, 319:18, 320:16, 321:19, 321:21, 321:25, 322:9, 322:16, 322:21, 323:1, 323:15, 325:22, 327:6, 330:16, 332:2, 333:7, 333:13, 334:13, 334:16, 334:20, 334:22, 334:23, 335:1, 335:2, 335:5, 335:19, 335:24, 336:1, 336:12, 337:25, 339:14, 339:21, 340:4, 340:11, 340:17, 341:22, 342:6, 342:10, 342:12, 342:13, 342:21, 342:23, 343:4, 343:11, 343:19, 344:5, 344:20, 345:2, 346:2, 346:12, 346:21, 346:25, 347:6, 347:17, 348:4, 348:9, 348:24, 349:14, 353:9, 353:12, 353:23, 354:12, 355:8, 355:23, 356:1, 356:25, 357:8, 358:18, 359:13,

359:14, 359:15, 359:20, 360:6, 361:16, 362:11, 362:13, 363:4, 364:8, 366:14, 366:17, 366:18, 366:25, 367:1, 367:24, 368:3, 368:6, 368:8, 368:10, 368:15, 368:20, 369:4, 369:14, 370:10, 370:17, 371:3, 371:13, 371:22, 372:10, 372:14, 373:1, 373:9, 373:14, 373:18, 373:21, 373:25, 374:14, 374:20, 374:25, 375:12, 377:20, 377:25, 379:6, 380:3, 380:6, 380:9, 380:21, 380:23, 380:24, 381:6, 381:9, 381:17, 381:22, 381:25, 382:18, 383:10, 383:22, 384:2, 384:19, 384:24, 385:10, 385:12, 385:15, 385:23, 388:10, 388:18, 388:21, 388:25, 389:4, 390:11, 390:15, 391:16, 392:2, 392:6, 393:10, 394:14, 395:1, 395:6, 395:22, 396:2, 398:10, 399:19, 399:20, 399:24, 400:3, 400:17, 400:25, 402:14, 404:1, 405:14, 407:24, 412:14, 416:24, 419:18, 421:23
**BP's** [44] - 269:24, 270:1, 290:8, 290:14, 296:8, 297:15, 298:14, 305:8, 307:14, 310:9, 314:6, 315:19, 317:17, 319:17, 320:1, 330:6, 331:10, 334:24, 344:1, 348:3, 353:16, 354:20, 355:5, 359:16, 360:20, 361:9, 361:25,

5

367:22, 368:25,
370:19, 375:4,
379:6, 380:8,
380:15, 382:2,
384:14, 385:4,
394:24, 399:8,
399:22, 400:21,
415:1, 415:3
**BP-owned** [1] - 307:8
**Brad** [2] - 270:18,
360:15
**BRAD** [1] - 264:22
**BRANCH** [3] - 262:4,
262:15, 262:22
**Brazil** [2] - 275:23,
275:24
**break** [1] - 270:9
**BREIT** [2] - 260:18,
260:18
**BRENNAN** [1] -
264:17
**Brian** [3] - 270:18,
360:12, 360:15
**BRIAN** [7] - 264:22,
270:18, 271:24,
360:14, 361:2,
361:6, 363:13
**BRIAN......................**
[1] - 267:9
**bridging** [2] - 401:23,
402:6
**brief** [2] - 275:1, 280:8
**briefly** [6] - 275:21,
277:11, 278:22,
283:11, 296:14,
352:18
**bring** [6] - 277:2,
294:21, 335:10,
345:22, 347:10,
381:3
**brittle** [3] - 337:3,
340:8
**broader** [1] - 319:3
**Brock** [7] - 269:20,
353:23, 356:23,
357:13, 364:1,
364:7, 422:3
**BROCK** [52] - 264:3,
269:20, 269:24,
270:11, 270:14,
270:17, 271:4,
281:2, 292:12,
300:25, 303:3,
303:8, 309:20,
309:22, 311:25,
312:2, 313:17,
313:21, 313:24,
314:10, 315:3,
318:11, 319:3,
320:4, 321:8, 325:1,

326:5, 327:15,
328:24, 331:18,
332:18, 332:21,
333:2, 338:21,
348:11, 349:16,
350:14, 350:20,
351:19, 352:3,
353:18, 356:3,
357:2, 359:23,
360:9, 364:3,
364:20, 364:23,
401:13, 401:15,
401:17, 422:5
**BROCK.....................**
. [1] - 267:10
**brought** [2] - 276:13,
277:3
**Brown** [1] - 335:12
**budget** [3] - 330:1,
387:2, 387:11
**budgets** [1] - 329:7
**BUILDING** [2] -
260:15, 261:4
**buildings** [1] - 298:7
**built** [1] - 339:25
**burdens** [1] - 297:21
**BURLING** [1] - 264:3
**business** [6] - 273:8,
305:6, 318:15,
335:12, 410:14
**businesses** [4] -
284:17, 285:1,
386:8, 388:6
**button** [1] - 285:13
**BY** [80] - 259:5, 260:3,
260:7, 260:11,
260:14, 260:18,
260:22, 261:3,
261:7, 261:11,
261:14, 261:18,
261:21, 262:5,
262:10, 262:16,
262:22, 263:4,
263:10, 263:15,
263:21, 264:3,
264:7, 264:14,
264:18, 264:22,
265:3, 265:7,
265:12, 265:15,
265:22, 266:3,
266:7, 266:16,
266:17, 267:6,
267:7, 267:8, 267:9,
267:10, 272:2,
274:12, 281:4,
290:21, 292:17,
296:7, 301:5,
302:16, 303:11,
310:2, 312:8, 314:2,
314:16, 315:6,

315:11, 318:21,
319:6, 321:3,
321:13, 325:11,
326:20, 328:2,
329:6, 332:1, 333:3,
334:10, 337:21,
339:3, 348:20,
353:5, 354:10,
356:22, 358:3,
358:17, 360:4,
360:14, 361:6,
364:3, 364:23,
401:17

# C

**C's** [2] - 345:7
**CA** [2] - 262:6, 264:24
**CALDWELL** [1] -
263:10
**California** [3] - 272:4,
340:18, 370:12
**call-out** [1] - 392:15
**CALLED** [1] - 268:4
**CAMERON** [1] -
265:11
**CAMP** [1] - 263:16
**camping** [2] - 294:11,
294:13
**Canada** [1] - 274:21
**cannot** [3] - 315:17,
378:23, 412:17
**capabilities** [2] -
343:6, 368:12
**car** [2] - 283:24,
294:18
**care** [4] - 368:8,
368:10, 382:7, 382:9
**career** [1] - 381:25
**carefully** [3] - 328:11,
330:4, 342:17
**cares** [3] - 416:12,
416:14, 416:15
**CARL** [1] - 259:21
**Carl** [3] - 273:5,
280:20, 291:9
**CARONDELET** [2] -
260:22, 265:12
**CARRIE** [1] - 264:7
**carried** [3] - 293:8,
345:1, 399:21
**carrier** [1] - 338:14
**carry** [1] - 399:19
**cartoon** [1] - 346:15
**CASE** [2] - 259:11,
259:14
**case** [18] - 279:23,
288:16, 311:19,
320:1, 320:19,

321:23, 322:1,
329:2, 336:6, 354:5,
354:8, 354:21,
354:24, 356:6,
374:13, 374:14,
398:19
**cases** [1] - 327:13
**cash** [5] - 324:4,
324:11, 324:12,
324:17, 324:22
**casing** [1] - 294:16
**catastrophe** [4] -
280:19, 284:19,
293:21, 332:11
**catastrophes** [3] -
274:14, 277:22,
277:24
**Catastrophic** [1] -
272:9
**catastrophic** [13] -
272:15, 273:1,
278:14, 281:20,
282:2, 282:13,
284:4, 285:8,
285:23, 293:5,
293:9, 311:18, 359:7
**catch** [1] - 339:12
**catching** [1] - 420:3
**categories** [4] - 270:7,
292:22, 295:2,
327:19
**category** [2] - 293:1,
348:13
**CATHY** [1] - 266:12
**Cathy** [5] - 274:8,
350:2, 351:17,
422:16, 422:21
**Cathy_Pepper@laed
.uscourts.gov** [1] -
422:24
**cathy_Pepper@laed.
uscourts.gov** [1] -
266:15
**caught** [2] - 275:8,
400:15
**causation** [3] -
277:16, 288:4, 290:2
**caused** [4] - 330:16,
331:11, 349:10
**causes** [18] - 279:17,
287:1, 287:12,
289:16, 289:20,
289:25, 290:7,
290:10, 290:12,
291:11, 291:18,
291:20, 291:23,
301:20, 318:4,
333:11, 343:13
**cautioned** [1] - 302:7
**CCR** [2] - 266:12,

422:21
**cement** [8] - 294:16,
361:15, 363:3,
413:3, 413:5, 413:7,
413:8, 413:9
**CENTER** [1] - 265:17
**Center** [1] - 272:9
**center** [2] - 272:13,
297:12
**centers** [1] - 355:22
**central** [1] - 347:14
**centralizer** [1] -
413:15
**centralizers** [1] -
413:12
**CENTRE** [1] - 264:14
**CEO** [10] - 299:5,
332:2, 348:3, 376:6,
377:6, 377:11,
377:19, 377:25,
385:6, 386:19
**CERNICH** [1] - 262:10
**certain** [2] - 270:22,
414:2
**certainly** [2] - 313:8,
357:7
**Certainly** [1] - 380:14
**CERTIFICATE** [1] -
422:15
**CERTIFIED** [1] -
266:12
**Certified** [3] - 422:16,
422:17, 422:22
**certify** [1] - 422:18
**chair** [1] - 306:4
**chaired** [3] - 388:4,
403:18, 403:19
**chairing** [1] - 349:5
**CHAKERES** [1] -
262:12
**challenge** [1] - 276:2
**Challenger** [2] -
349:9, 349:10
**challenges** [2] -
337:1, 340:21
**CHANG** [1] - 262:11
**change** [11] - 275:6,
294:15, 294:20,
334:11, 343:22,
367:17, 378:10,
403:4, 404:15,
410:3, 410:15
**changes** [10] - 294:10,
294:11, 294:14,
348:9, 348:21,
348:22, 348:23,
349:12, 349:13,
378:24
**charactering** [1] -
332:23

**characteristic** [1] - 287:11

**characterize** [8] - 290:3, 315:7, 315:12, 315:14, 338:19, 342:6, 346:21, 347:18

**characterized** [1] - 283:24

**characterizing** [2] - 292:24, 332:21

**charge** [2] - 356:19, 388:9

**charged** [3] - 299:2, 305:20, 323:1

**chart** [3] - 298:19, 352:2, 411:8

**CHASE** [1] - 265:4

**cheaper** [2] - 277:7, 321:23

**Check** [3] - 391:19, 391:21, 392:5

**check** [2] - 394:14, 405:8

**checked** [1] - 407:18

**checking** [1] - 328:11

**checks** [2] - 421:4, 421:9

**Checks** [1] - 392:2

**cheese** [1] - 294:25

**Cheryl** [1] - 381:12

**CHICAGO** [1] - 264:9

**Chief** [1] - 388:4

**chief** [3] - 273:10, 304:20, 388:5

**choices** [1] - 381:15

**choose** [1] - 347:3

**chose** [1] - 396:21

**chronicled** [1] - 344:20

**Cindy** [1] - 396:14

**circulating** [1] - 413:21

**circulation** [2] - 407:14, 413:19

**cited** [2] - 338:5, 398:5

**City** [1] - 331:17

**civil** [1] - 272:6

**CIVIL** [3] - 259:8, 262:4, 262:15

**claimed** [1] - 315:19

**clarify** [1] - 404:21

**clash** [3] - 336:11, 336:12, 338:5

**class** [1] - 390:12

**classic** [1] - 333:7

**classification** [1] - 404:8

**clear** [5] - 368:25, 378:18, 397:19,

399:4, 402:2

**clearly** [6] - 319:20, 324:15, 326:1, 341:25, 355:19, 376:17

**CLERK** [6] - 268:7, 268:18, 269:1, 349:21, 349:23, 422:10

**Clerk** [1] - 268:25

**CLINGMAN** [1] - 264:18

**close** [2] - 406:15, 408:20

**closed** [4] - 410:6, 410:14, 411:12, 412:8

**closing** [2] - 406:19, 409:7

**clues** [1] - 286:3

**Clyde** [1] - 273:16

**co** [1] - 401:13

**co-writer** [1] - 401:13

**Coast** [1] - 275:3

**coast** [2] - 275:24, 275:25

**cofounder** [1] - 272:9

**cognizant** [1] - 345:8

**collaborative** [1] - 362:22

**collapse** [1] - 337:6

**colleague** [1] - 335:11

**colleagues** [3] - 334:22, 335:4, 372:20

**collected** [1] - 366:3

**collective** [1] - 362:20

**collision** [1] - 276:7

**color** [2] - 372:17, 372:18

**colorful** [1] - 415:18

**Columbia** [11] - 276:9, 276:11, 276:19, 276:22, 276:25, 277:5, 277:6, 349:3, 349:4, 349:6, 349:10

**column** [2] - 408:9, 411:16

**columns** [3] - 276:5, 327:10, 411:21

**combatant** [1] - 341:15

**combination** [3] - 274:22, 276:5, 284:2

**coming** [5] - 295:25, 335:4, 336:13, 377:24, 406:3

**command** [1] - 339:22

**comment** [6] - 293:13, 310:11, 320:6,

331:21, 409:9, 419:3

**commenting** [3] - 292:13, 321:9, 348:12

**comments** [2] - 284:10, 403:4

**commerce** [1] - 297:20

**COMMERCIAL** [1] - 262:22

**commercial** [7] - 282:20, 282:21, 310:12, 343:25, 346:16, 346:17, 347:12

**Commission's** [1] - 329:15

**commitment** [2] - 345:13, 373:25

**committed** [4] - 345:15, 345:16, 374:3, 396:18

**committee** [5] - 298:22, 299:1, 299:16, 306:2, 385:3, 403:15, 403:18

**Committee** [8] - 299:9, 299:14, 304:19, 305:24, 306:2, 306:15, 385:1, 387:22

**Committee's** [1] - 312:16

**committees** [2] - 383:22, 384:23

**committing** [1] - 362:14

**common** [3] - 277:24, 278:8, 320:16

**commonly** [3] - 280:21, 290:15, 305:11

**communicate** [3] - 360:21, 361:10, 376:24

**communicating** [1] - 411:23

**communications** [3] - 334:13, 375:25, 416:23

**communities** [1] - 341:16

**companies** [10] - 335:5, 336:18, 340:8, 379:24, 395:7, 395:20, 400:9, 401:9, 403:3, 421:13

**Company** [3] - 274:20,

334:20, 335:1

**COMPANY** [1] - 263:20

**company** [34] - 275:23, 300:1, 303:22, 304:5, 313:9, 313:13, 320:3, 321:9, 340:8, 376:16, 376:23, 378:14, 381:2, 381:4, 381:19, 382:5, 382:21, 383:13, 383:17, 384:15, 385:6, 387:17, 389:22, 390:21, 391:1, 391:5, 391:11, 396:25, 404:21, 406:17, 420:16, 420:25, 421:14

**company's** [1] - 343:21

**companywide** [3] - 381:9, 381:23, 386:9

**comparable** [1] - 330:2

**comparisons** [1] - 323:25

**competence** [1] - 336:25

**competencies** [1] - 336:16

**competent** [1] - 345:10

**competitors** [2] - 395:7, 395:20

**complacent** [1] - 378:23

**COMPLAINT** [1] - 259:12

**complete** [7] - 291:22, 291:25, 313:9, 313:11, 410:3, 410:15, 422:4

**completed** [1] - 411:9

**completely** [1] - 286:19

**completion** [2] - 304:8, 363:3, 378:4

**Completion** [1] - 398:11

**completions** [2] - 318:16, 331:7

**Completions** [15] - 397:6, 397:10, 397:14, 397:17, 397:20, 397:24, 398:6, 398:18, 398:24, 399:6, 407:10, 408:3,

410:13, 412:5, 412:12

**complex** [13] - 272:16, 276:18, 278:6, 278:12, 281:20, 284:2, 284:21, 287:2, 294:10, 298:3, 298:4, 337:9, 338:6

**compliment** [1] - 384:19

**component** [3] - 414:1, 414:6, 414:10

**components** [10] - 276:17, 278:7, 278:10, 278:11, 284:2, 289:25, 290:1, 290:4, 294:23, 295:6

**comprehensive** [3] - 373:18, 395:1, 419:5

**comprise** [2] - 276:18, 292:22

**comprised** [2] - 278:6, 335:5

**COMPUTER** [1] - 266:17

**conceded** [2] - 332:3

**conceding** [1] - 318:22

**concentrate** [1] - 415:15

**concept** [4] - 288:17, 293:14, 367:4, 377:13

**concepts** [5] - 282:4, 282:6, 370:18, 372:2, 373:5

**concern** [2] - 337:4, 415:3

**concerned** [6] - 280:11, 337:25, 347:10, 347:14, 369:25, 420:22

**concerning** [1] - 370:1

**concerns** [3] - 336:9, 337:8, 415:16

**concludes** [1] - 331:6

**conclusion** [1] - 282:17

**conduct** [8] - 270:2, 293:12, 294:1, 296:8, 363:9, 379:24, 403:10

**conducted** [5] - 294:10, 342:23, 354:4, 371:5, 391:16

**conducting** [3] - 278:1, 350:24, 391:14

conference [3] - 347:9, 351:21, 372:24
conferring [1] - 363:17
configuration [2] - 326:2, 414:23
configured [2] - 276:2, 394:9
confirm [2] - 364:10, 412:24
conflicts [1] - 279:20
confusion [1] - 393:23
conjunction [1] - 280:5
connect [1] - 380:11
connected [1] - 275:9
connection [2] - 301:10, 307:23
connects [1] - 330:24
CONRAD [1] - 261:7
conscious [1] - 406:17
consequences [7] - 293:6, 293:9, 294:8, 310:6, 310:25, 328:15, 344:17
consider [7] - 271:16, 302:21, 329:7, 379:17, 381:15, 413:9, 414:5
consideration [1] - 323:18
considered [2] - 285:8, 351:13
considers [1] - 411:2
consistency [1] - 411:12
consistent [7] - 309:2, 344:15, 362:11, 379:6, 384:15, 399:22, 409:6
consisting [1] - 385:3
consists [1] - 289:13
constitute [1] - 348:17
construction [1] - 326:13
constructive [1] - 419:24
consult [1] - 334:16
consultant [3] - 276:13, 346:2, 368:6
consultation [3] - 279:22, 280:4, 346:6
consulted [2] - 278:15, 278:23
consulting [1] - 336:1
contact [2] - 289:20, 347:5
contacted [1] - 279:3

contain [3] - 298:7, 303:25, 316:2
containment [3] - 275:9, 311:19, 384:6
context [2] - 325:13, 404:1
Continental [2] - 346:18, 403:11
continue [3] - 334:2, 337:11, 378:22
CONTINUED [6] - 261:1, 262:1, 263:1, 264:1, 265:1, 266:1
continued [3] - 282:24, 309:22, 375:16
continues [1] - 376:9
continuing [1] - 376:16
continuous [3] - 390:12, 405:6, 405:14
continuously [2] - 308:3, 341:14
contract [8] - 322:24, 342:25, 399:20, 399:23, 399:24, 399:25, 402:14, 402:18
contractor [17] - 296:21, 296:24, 353:9, 353:11, 353:12, 353:16, 354:11, 354:20, 355:5, 355:25, 362:13, 391:17, 399:19, 400:10, 400:23, 401:22, 404:22
contractor's [3] - 353:24, 400:22, 401:3
contractor-owned [11] - 296:21, 296:24, 353:9, 353:12, 353:16, 354:11, 354:20, 355:5, 355:25, 362:13, 400:10
contractors [9] - 331:1, 343:23, 354:23, 391:22, 392:3, 399:10, 399:17, 400:4, 403:21
contracts [1] - 404:21
contrast [1] - 300:10
contributed [2] - 272:22, 332:3
control [12] - 274:22,

276:3, 289:4, 290:6, 293:3, 293:20, 294:5, 294:21, 304:9, 309:11, 339:22, 401:2
controlled [1] - 288:2
conversation [3] - 418:22, 419:18, 419:24
convey [1] - 377:11
conveying [2] - 375:11, 378:8
coordinated [2] - 401:5, 401:6
copy [2] - 322:23, 350:2
core [2] - 336:16, 378:21
COREY [1] - 263:4
corner [1] - 288:24
corners [4] - 275:18, 360:18, 387:17, 389:22
cornerstone [3] - 305:15, 305:18, 305:21
CORPORATE [1] - 261:8
corporate [5] - 298:14, 333:13, 336:12, 336:13, 338:6
corporateware [1] - 298:9
CORPORATION [1] - 265:11
corporation [1] - 298:18
corporations [2] - 284:17, 285:1
correct [225] - 269:18, 272:7, 272:10, 272:11, 272:20, 272:21, 272:24, 272:25, 273:3, 273:12, 273:13, 273:20, 279:4, 279:5, 282:2, 282:3, 283:15, 288:21, 288:22, 288:24, 288:25, 289:6, 289:7, 289:13, 289:16, 289:17, 289:23, 290:10, 290:11, 290:12, 290:13, 291:5, 291:6, 291:8, 291:12, 291:15, 291:16, 291:21, 296:22, 296:23, 297:1, 298:13,

298:20, 298:21, 299:2, 299:3, 299:9, 299:14, 299:22, 299:23, 305:3, 305:4, 305:7, 305:10, 305:12, 305:13, 305:19, 306:8, 306:9, 307:16, 307:18, 307:21, 307:24, 308:24, 315:2, 315:4, 315:20, 316:11, 316:12, 316:20, 317:8, 317:18, 317:19, 317:23, 317:24, 318:23, 319:23, 319:24, 322:2, 322:5, 330:11, 339:7, 341:7, 348:8, 353:10, 354:16, 355:1, 355:3, 358:9, 358:10, 359:1, 359:10, 359:11, 362:23, 362:24, 363:6, 363:12, 365:9, 365:10, 365:14, 365:15, 366:5, 366:11, 367:17, 368:4, 368:5, 368:22, 369:16, 369:17, 370:12, 370:13, 370:16, 370:20, 371:12, 371:20, 371:25, 372:4, 372:12, 373:11, 374:24, 375:21, 377:13, 378:1, 378:2, 378:6, 379:14, 380:1, 380:2, 380:4, 380:5, 380:17, 381:23, 381:24, 382:20, 382:22, 383:21, 384:7, 384:9, 384:11, 384:13, 385:1, 385:16, 385:17, 385:19, 386:14, 386:15, 386:20, 387:12, 387:23, 388:1, 388:8, 388:11, 388:14, 388:16, 389:1, 389:2, 389:9, 389:24, 390:19, 391:4, 391:8, 392:20, 395:4, 397:15, 397:18, 397:21, 397:22, 398:1, 398:3, 398:8,

398:20, 398:21, 398:23, 399:17, 399:18, 400:5, 401:3, 401:7, 402:9, 402:10, 402:12, 402:13, 402:17, 402:20, 403:9, 403:13, 404:2, 405:21, 406:21, 407:15, 409:23, 409:25, 412:9, 413:1, 413:2, 413:4, 413:6, 413:11, 413:14, 413:16, 413:18, 413:20, 413:23, 413:25, 414:2, 414:12, 414:15, 414:18, 414:20, 414:22, 414:25, 416:6, 416:8, 417:10, 417:18, 417:19, 419:4, 419:14, 420:10, 420:13, 420:18, 421:10, 421:24, 422:18
Correct [1] - 419:13
correction [3] - 299:11, 344:18
corrective [1] - 289:5
correctly [7] - 287:1, 304:12, 309:3, 317:3, 317:7, 317:13, 324:21
corroborated [1] - 328:10
cost [13] - 275:10, 320:20, 321:5, 321:15, 323:19, 323:21, 325:22, 326:21, 352:1, 359:3, 359:9, 376:14, 391:1
costs [8] - 324:5, 324:11, 324:12, 324:17, 326:8, 343:1, 343:2
counsel [4] - 279:3, 364:18, 366:10, 366:17
count [1] - 345:20
counting [1] - 345:24
countries [1] - 347:13
country [2] - 275:23, 303:14
counts [6] - 321:21, 321:24, 322:8, 322:16, 322:17, 322:25
couple [3] - 357:18,

368:7, 381:6
**course** [9] - 270:3,
278:13, 331:12,
346:6, 347:17,
351:10, 367:2,
374:12, 374:13
**COURT** [88] - 259:1,
266:12, 268:4,
268:8, 268:10,
268:17, 269:9,
269:11, 269:14,
269:17, 269:23,
270:10, 270:13,
270:16, 270:25,
271:7, 271:25,
274:3, 274:7,
274:10, 290:19,
295:22, 301:3,
302:3, 302:14,
303:9, 309:25,
312:1, 312:6,
313:19, 313:22,
314:11, 315:9,
318:19, 320:9,
321:11, 325:4,
326:16, 326:18,
327:24, 328:19,
328:25, 329:4,
332:24, 333:18,
333:24, 334:4,
334:7, 337:11,
337:17, 338:23,
348:18, 349:17,
349:19, 349:24,
350:12, 350:18,
350:22, 351:5,
351:10, 351:18,
352:2, 352:4,
352:11, 352:16,
352:19, 353:3,
353:20, 354:1,
356:7, 356:10,
357:4, 357:13,
357:19, 357:25,
358:13, 359:25,
360:10, 360:12,
361:3, 363:14,
363:19, 363:22,
364:1, 401:12,
401:14, 422:3, 422:8
**Court** [19] - 268:14,
270:8, 270:12,
271:23, 280:5,
283:20, 320:6,
349:22, 350:25,
372:3, 377:24,
405:19, 412:11,
422:11, 422:17,
422:17, 422:18,
422:23, 422:23
**Court's** [3] - 269:25,

301:1, 302:1
**courtroom** [2] - 278:4,
295:24
**cover** [11] - 280:21,
281:8, 290:22,
307:12, 310:7,
310:9, 341:3, 344:8,
346:9, 390:5, 405:2
**covered** [4] - 351:1,
351:2, 404:25, 417:8
**covering** [1] - 392:12
**COVINGTON** [1] -
264:3
**cradle** [1] - 293:15
**CRAFT** [1] - 261:3
**crease** [1] - 324:22
**create** [3] - 335:16,
338:15, 367:12
**Create** [1] - 322:24
**created** [3] - 385:15,
387:24, 407:14
**creating** [4] - 324:24,
337:3, 385:9, 388:17
**creation** [2] - 335:15,
337:2
**crew** [1] - 275:6
**crews** [1] - 342:25
**Crises** [1] - 341:6
**crises** [1] - 341:17
**crisis** [5] - 341:13,
343:5, 343:7, 343:9
**Critical** [1] - 291:10
**critical** [12] - 293:22,
294:2, 295:3, 295:4,
295:5, 295:10,
338:16, 339:16,
340:3, 340:7, 373:6,
384:8
**critically** [1] - 406:7
**crops** [1] - 282:14
**CROSS** [1] - 267:9,
267:10, 360:13,
364:2
**cross** [4] - 303:6,
328:23, 422:4
**CROSS-**
  **EXAMINATION** [4] -
267:9, 267:10,
360:13, 364:2
**cross-examination** [4]
  - 303:6, 328:23,
422:4
**CRR** [2] - 266:12,
422:21
**crucial** [6] - 277:18,
286:3, 287:1,
288:10, 288:14,
290:7
**crucially** [1] - 295:17
**cull** [1] - 399:15

**cull-out** [1] - 399:15
**cultural** [2] - 290:5,
378:22
**culture** [10] - 321:24,
322:8, 322:25,
343:20, 367:17,
392:25, 393:7,
393:19, 394:3
**cultures** [5] - 336:12,
336:13, 338:6,
343:22, 343:23
**cumbersome** [1] -
406:23
**Cunningham** [4] -
268:15, 295:22,
337:11, 354:16
**CUNNINGHAM** [65] -
260:10, 260:11,
268:14, 269:5,
269:10, 269:13,
269:16, 269:19,
272:2, 273:25,
274:5, 274:8,
274:12, 281:4,
290:16, 290:21,
292:15, 292:17,
296:7, 301:5, 302:1,
302:5, 302:16,
303:7, 303:11,
309:24, 310:2,
312:5, 312:8, 314:2,
314:16, 315:6,
315:8, 315:11,
318:21, 319:6,
320:13, 321:3,
321:13, 325:11,
326:17, 326:20,
328:2, 329:1, 329:6,
331:19, 332:1,
332:20, 333:3,
333:15, 333:22,
334:1, 334:6,
334:10, 337:16,
337:21, 339:3,
348:16, 348:20,
349:18, 349:25,
350:24, 351:7,
351:16, 352:10
**Cunningham's** [1] -
352:13
**CUNNINGHAM..........**
  **......** [1] - 267:6
**current** [3] - 395:5,
395:16, 420:12
**Current** [1] - 419:21
**customary** [1] -
407:21
**cutting** [10] - 275:18,
320:20, 321:5,
321:16, 323:19,

323:21, 325:22,
326:22, 387:17,
389:22
**CV** [2] - 269:11,
269:13
**cycle** [4] - 293:14,
390:13, 405:6,
405:14

# D

**D&C** [4] - 398:10,
407:1, 409:18, 410:9
**d)(1).3** [1] - 400:7
**D-2731** [1] - 273:5
**D-2739** [1] - 321:18
**D-2771** [1] - 287:5
**DALLAS** [1] - 265:24
**damage** [6] - 304:10,
309:15, 311:1,
311:8, 338:15,
359:21
**damaged** [2] - 276:24,
276:25
**damages** [1] - 359:9
**damn** [1] - 330:7
**dangerous** [1] -
294:19
**dangers** [1] - 337:25
**DANIEL** [1] - 262:22
**data** [2] - 407:7,
415:16
**date** [9] - 310:13,
316:10, 318:8,
330:13, 390:3,
398:15, 407:13,
410:2
**dated** [6] - 288:23,
307:13, 307:17,
316:9, 323:11,
402:23
**Daubert** [4] - 271:5,
271:7, 271:9, 271:18
**DAUPHIN** [1] - 260:11
**DAVID** [2] - 265:15,
265:16
**DAY** [1] - 259:19
**days** [4] - 277:14,
322:13, 326:24,
330:2
**DC** [4] - 262:13,
262:19, 262:24,
264:4
**deadly** [1] - 347:25
**deal** [5] - 274:3,
304:20, 315:1,
336:23, 359:6
**dealing** [3] - 304:24,
318:2, 342:2

**deals** [3] - 288:23,
298:23, 317:22
**DEANNA** [1] - 262:11
**December** [1] - 396:11
**decide** [6] - 271:15,
320:6, 328:22,
333:1, 341:19, 352:6
**decision** [12] - 277:2,
326:12, 326:14,
327:11, 329:8,
339:24, 340:2,
343:6, 355:24,
356:11, 363:2, 363:8
**decision-making** [4] -
339:24, 340:2,
343:6, 363:2
**Decisions** [1] - 351:25
**decisions** [12] - 327:1,
327:6, 328:3, 328:4,
328:5, 328:7,
328:16, 339:23,
347:1, 361:24,
362:21
**deck** [4] - 418:1,
418:2, 418:4
**decommissioning** [1]
  - 293:15
**decreasing** [1] -
324:17
**dedicated** [1] - 283:5
**deep** [7] - 279:14,
279:15, 300:11,
302:23, 321:23,
336:23, 413:12
**deeper** [1] - 336:7
**deeply** [4] - 285:21,
287:24, 293:18,
316:21
**Deepwater** [50] -
279:9, 279:12,
280:1, 280:14,
280:18, 286:6,
290:14, 296:9,
296:17, 296:22,
297:8, 298:3,
302:20, 304:14,
304:21, 304:23,
306:5, 306:10,
306:12, 306:13,
306:21, 307:19,
309:19, 311:9,
311:22, 311:23,
312:10, 312:13,
312:21, 314:13,
316:11, 322:13,
322:22, 323:2,
323:14, 325:23,
326:23, 328:6,
328:9, 329:2, 329:9,
333:5, 360:8,

392:19, 394:15,
396:4, 415:2, 415:4,
416:5, 419:17
**DEEPWATER** [3] -
259:5, 264:12,
264:13
**deepwater** [13] -
296:20, 303:21,
313:12, 314:5,
340:13, 340:21,
342:4, 344:13,
344:21, 359:15,
362:12, 370:1,
412:25
**defects** [4] - 292:24,
294:24, 294:25,
331:9
**defenses** [3] - 292:2,
292:23, 292:25
**defer** [1] - 330:13
**deficiencies** [1] -
292:24
**define** [1] - 281:17
**Defined** [1] - 288:21
**defined** [1] - 346:18
**defines** [2] - 289:2,
344:13
**defining** [1] - 311:17
**definitely** [1] - 370:24
**definition** [5] - 281:23,
289:2, 289:8, 290:8
**definitive** [1] - 337:8
**DEGRAVELLES** [2] -
261:14, 261:14
**degree** [1] - 421:15
**delegating** [1] - 363:1
**DELEMARRE** [1] -
262:16
**deliver** [1] - 408:19
**delivered** [3] - 272:22,
294:16, 391:7
**delivering** [2] - 308:8,
390:12
**demonstrate** [1] -
288:17
**demonstrated** [1] -
418:12
**demonstrates** [1] -
420:11
**Demonstratives** [1] -
274:1
**DENISE** [1] - 266:7
**densities** [1] - 413:22
**departed** [1] - 275:17
**DEPARTMENT** [4] -
262:4, 262:8,
262:15, 262:21
**Department** [1] -
402:23
**departure** [1] - 275:18

**dependent** [1] -
295:18
**deposition** [15] -
303:13, 321:20,
326:8, 327:19,
327:20, 364:24,
365:1, 369:8,
374:11, 380:12,
386:25, 389:6,
403:1, 419:8, 421:21
**depth** [2] - 329:18,
329:23
**DEPUTY** [6] - 268:7,
268:18, 269:1,
349:21, 349:23,
422:10
**described** [8] - 280:1,
281:24, 305:14,
305:15, 321:6,
333:25, 371:9,
371:22
**describes** [1] - 305:17
**describing** [1] - 349:6
**DESCRIPTION** [1] -
267:15
**description** [3] -
303:25, 305:5,
316:15
**design** [5] - 297:23,
309:10, 326:7,
396:18, 414:23
**designed** [4] - 297:24,
315:1, 344:12,
389:11
**detail** [2] - 296:15,
344:13
**detailed** [1] - 394:19
**details** [4] - 285:18,
286:7, 330:14, 408:2
**detection** [2] - 344:17,
344:18
**determine** [1] - 279:17
**determined** [5] -
300:23, 301:6,
301:9, 301:17,
301:20
**Develop** [1] - 411:1
**develop** [11] - 288:4,
299:17, 300:11,
339:12, 368:11,
382:2, 382:18,
383:22, 401:23,
402:6, 404:4
**developed** [11] -
282:7, 283:2,
307:12, 330:21,
334:23, 341:20,
388:22, 388:25,
389:4, 395:1, 395:18
**Developing** [1] - 341:6

**developing** [5] -
344:22, 383:10,
384:14, 384:20,
407:17
**development** [9] -
286:22, 293:21,
324:10, 325:19,
334:22, 335:2,
354:8, 385:10, 396:2
**device** [1] - 296:3
**devoted** [1] - 386:22
**DEXTER** [1] - 263:5
**diagram** [1] - 306:1
**difference** [4] -
318:24, 319:2,
354:15, 397:9
**different** [18] - 271:11,
277:21, 284:15,
289:15, 300:9,
300:12, 305:6,
332:22, 343:23,
351:1, 351:2, 355:4,
356:5, 356:12,
356:15, 378:3,
383:8, 399:10
**diligently** [1] - 368:15,
368:19, 369:21
**dire** [1] - 327:18
**DIRECT** [6] - 267:6,
267:7, 267:8, 272:1,
353:4, 358:2
**direct** [8] - 287:12,
289:19, 334:4,
350:7, 350:8, 361:7,
375:6, 419:7
**directly** [1] - 386:18
**director** [1] - 408:15
**directors** [4] - 298:20,
298:22, 299:2, 331:4
**disagree** [3] - 387:14,
393:2, 393:3
**disaster** [14] - 275:10,
277:14, 289:21,
295:9, 295:10,
301:10, 307:20,
321:16, 330:25,
331:3, 333:5,
349:13, 349:14,
357:10
**disasters** [8] - 283:11,
283:13, 285:16,
292:3, 299:25,
300:21, 320:17,
325:16
**discarded** [1] - 340:6
**disciplined** [3] -
281:18, 293:2, 310:5
**discounting** [1] -
271:21
**discuss** [9] - 281:12,

314:21, 318:1,
330:14, 334:12,
348:9, 349:2,
372:24, 420:8
**discussed** [12] -
283:11, 289:20,
299:20, 299:22,
307:15, 330:25,
337:23, 344:14,
352:25, 358:8,
360:1, 373:9
**discusses** [1] - 289:12
**discussing** [2] -
318:18, 372:2
**discussion** [1] -
337:23
**discussions** [4] -
338:4, 338:12,
338:15, 338:17
**displacement** [2] -
363:9, 414:19
**display** [1] - 321:15
**distinction** [4] -
283:16, 283:20,
354:18, 378:18
**distracting** [1] - 296:2
**DISTRICT** [3] - 259:1,
259:2, 259:22
**District** [2] - 422:18,
422:23
**district** [2] - 380:4
**diverters** [1] - 341:24
**Division** [2] - 273:16,
273:18
**DIVISION** [3] - 262:4,
262:9, 262:15
**DOCUMENT** [1] -
259:10
**document** [26] -
307:14, 307:23,
308:15, 310:15,
310:17, 310:19,
316:8, 316:10,
318:8, 318:14,
319:9, 322:9, 382:8,
393:6, 396:13,
401:24, 402:6,
406:22, 407:6,
407:10, 407:16,
407:17, 409:5,
409:8, 411:14, 419:2
**documentation** [2] -
326:1, 329:22
**documents** [19] -
288:15, 303:21,
305:12, 316:2,
319:18, 319:25,
321:20, 359:14,
359:16, 365:14,
365:19, 365:22,

365:25, 366:3,
366:8, 366:14,
367:11, 391:19,
409:7
**dollar** [2] - 322:25,
323:14
**dollars** [6] - 275:11,
321:21, 321:24,
322:8, 322:16, 359:9
**DOMENGEAUX** [1] -
260:3
**dominant** [1] - 290:6
**DOMINION** [1] - 261:4
**DON** [1] - 263:21
**Don** [1] - 363:23
**DONALD** [1] - 265:22
**done** [8] - 343:8,
358:12, 372:15,
391:22, 392:6,
405:20, 416:10,
422:6
**doubt** [3] - 319:17,
358:18, 359:20
**DOUGLAS** [1] -
263:15
**down** [11] - 299:4,
324:11, 324:16,
326:22, 327:2,
345:13, 362:10,
378:21, 395:15,
411:15, 418:1
**downflooded** [2] -
274:23, 276:7
**downsize** [1] - 337:2
**downsizing** [1] -
340:7
**downstream** [1] -
388:5
**DOYEN** [1] - 264:22
**DR** [2] - 267:5, 268:23
**Dr** [75] - 268:16, 269:5,
271:5, 272:3, 273:6,
274:13, 275:12,
277:20, 278:15,
280:8, 281:6,
283:16, 284:17,
288:15, 290:23,
292:2, 292:18,
295:21, 296:8,
299:7, 299:13,
302:12, 302:17,
303:13, 305:15,
305:25, 307:11,
310:8, 312:24,
314:11, 315:16,
316:7, 318:22,
319:8, 321:4,
323:17, 325:12,
326:21, 328:3,
329:7, 330:9, 333:4,

333:14, 333:16,
333:22, 334:11,
335:11, 341:4,
344:1, 347:5, 348:2,
350:2, 353:8,
357:12, 364:4,
364:24, 364:25,
365:2, 365:5, 365:6,
365:8, 365:18,
366:1, 366:20,
374:22, 390:6,
400:6, 400:16,
401:8, 401:14,
401:18, 402:2,
402:5, 408:11
**drafting** [2] - 364:11,
364:13
**DRESCHER** [1] -
260:18
**drill** [3] - 280:11,
341:23, 412:25
**drilled** [1] - 296:20
**drilling** [26] - 274:19,
275:4, 277:23,
296:21, 296:24,
304:8, 307:4, 307:6,
313:12, 314:5,
318:16, 331:7,
340:21, 353:11,
359:15, 360:8,
362:12, 378:3,
378:9, 402:12,
404:22, 413:13,
413:17, 413:21,
415:3
**DRILLING** [1] - 264:12
**Drilling** [17] - 274:19,
397:6, 397:10,
397:13, 397:16,
397:20, 397:24,
398:6, 398:11,
398:17, 398:24,
399:5, 407:10,
408:3, 410:13,
412:5, 412:12
**DRIVE** [2] - 261:4,
261:8
**drive** [3] - 294:20,
324:16
**drive-down** [1] -
324:16
**driven** [3] - 324:11,
333:13, 356:11
**driving** [1] - 283:24
**Dudley** [4] - 348:3,
348:21, 348:23,
349:12
**Dudley's** [1] - 348:12
**due** [6] - 274:22,
276:5, 368:8,

368:10, 382:7, 382:9
**duffel** [1] - 421:19
**duly** [1] - 268:24
**DuPont** [1] - 381:25
**Dupree** [1] - 410:4
**during** [33] - 271:18,
278:22, 278:23,
281:13, 282:16,
302:8, 304:7,
323:22, 324:6,
327:7, 328:5,
328:17, 334:24,
336:8, 337:22,
340:1, 343:7, 346:6,
346:22, 347:17,
350:11, 350:15,
351:6, 363:9,
368:15, 368:21,
370:17, 372:15,
372:24, 373:18,
373:24, 383:19,
386:18
**duty** [3] - 354:7,
355:15, 355:19

# E

**E&P** [1] - 396:22
**e-mail** [8] - 323:5,
323:11, 323:13,
415:25, 416:12,
419:10, 419:16,
421:17
**e-mails** [1] - 295:25
**early** [9] - 277:14,
336:20, 339:19,
344:18, 367:23,
368:13, 368:22,
369:13, 378:8
**earth** [1] - 284:22
**easier** [1] - 395:10
**east** [1] - 275:23
**East** [1] - 275:3
**EASTERN** [1] - 259:2
**Eastern** [1] - 422:18
**echoes** [2] - 349:8,
349:11
**economic** [1] - 345:22
**economy** [1] - 359:10
**edge** [2] - 276:23,
341:14
**EDWARDS** [1] - 260:3
**effect** [2] - 327:7,
354:7
**effective** [7] - 289:4,
293:20, 308:16,
343:14, 345:6,
375:23, 421:5
**effectively** [3] - 354:6,

357:8, 382:8
**effects** [1] - 309:13
**effort** [2] - 376:16,
384:2
**efforts** [4] - 368:11,
375:4, 382:8, 384:14
**egregious** [1] - 315:15
**either** [4] - 301:12,
350:23, 356:24,
360:6
**electronic** [1] - 296:3
**element** [5] - 284:1,
295:8, 308:23,
320:16, 409:13
**elements** [10] -
277:16, 279:16,
291:14, 293:3,
297:17, 299:17,
308:22, 394:9,
400:24, 405:11
**ELIZABETH** [1] -
262:23
**ELLIS** [1] - 264:6
**ELM** [1] - 265:24
**embarked** [1] - 282:18
**embedded** [1] -
392:25
**embraced** [1] - 323:14
**emergency** [3] -
293:21, 293:24,
341:15
**emeritus** [1] - 272:3
**empathize** [1] -
361:17
**emphasis** [2] -
379:15, 393:13
**emphasize** [2] -
378:23, 385:24
**emphasized** [2] -
374:9, 389:12
**emphasizing** [2] -
374:7, 389:16
**employ** [1] - 344:15
**employed** [1] - 373:4
**employee** [2] - 323:1,
379:25
**employees** [7] -
297:15, 355:16,
391:17, 391:22,
392:2, 392:3
**empowered** [1] -
377:13
**en** [1] - 274:4
**enable** [1] - 331:24
**encountered** [2] -
336:15, 361:16
**encountering** [1] -
336:24
**encourage** [1] -
343:16

**encouragements** [1] -
295:15
**encouraging** [3] -
370:6, 371:3, 397:23
**end** [18] - 289:21,
295:11, 295:12,
295:13, 295:16,
295:19, 298:2,
301:11, 331:1,
331:3, 335:19,
341:10, 341:17,
343:15, 344:24,
346:16, 420:21
**endeavor** [1] - 399:24
**energy** [1] - 309:13
**ENERGY** [2] - 264:14,
265:21
**ENFORCEMENT** [1] -
262:9
**engage** [2] - 279:19,
383:14
**engaged** [4] - 279:6,
280:2, 298:8, 324:21
**engagement** [2] -
335:18, 366:4,
392:22
**engineer** [3] - 273:10,
276:16, 365:6
**engineered** [1] -
281:20
**Engineering** [2] -
273:18, 273:21
**engineering** [15] -
272:6, 277:15,
278:7, 280:17,
286:12, 306:16,
309:11, 316:23,
326:7, 326:11,
326:12, 358:20,
358:24, 381:10,
388:6
**engineers** [3] -
364:14, 365:1, 365:8
**enhance** [1] - 380:1
**enjoyable** [1] - 294:14
**ensure** [3] - 293:8,
294:6, 360:25
**entered** [1] - 366:20
**entering** [1] - 294:19
**entire** [8] - 293:14,
302:22, 310:17,
318:15, 328:6,
396:25, 399:2, 409:8
**entities** [2] - 309:1,
309:9
**entitled** [1] - 422:19
**entity** [3] - 411:2,
411:5, 411:22
**environment** [7] -
278:3, 293:25,

308:2, 311:2, 311:8,
359:10, 395:6
**ENVIRONMENT** [1] -
262:9
**environmental** [5] -
272:6, 284:7,
304:10, 309:15,
409:17
**ENVIRONMENTAL** [1]
- 262:9
**Environmental** [2] -
384:25, 404:6
**environments** [3] -
278:3, 338:7, 347:15
**equal** [1] - 347:2
**equation** [1] - 400:19
**equip** [1] - 341:21
**equipment** [1] -
341:24
**equitable** [1] - 338:10
**equivalent** [3] -
286:15, 321:22,
347:11
**errors** [1] - 301:7
**escalating** [1] - 294:8
**escalation** [1] -
293:21
**escape** [1] - 275:7
**ESQ** [55] - 260:3,
260:7, 260:11,
260:14, 260:18,
260:22, 261:3,
261:7, 261:11,
261:14, 261:18,
261:21, 262:5,
262:10, 262:10,
262:11, 262:11,
262:12, 262:16,
262:16, 262:17,
262:17, 262:18,
262:22, 262:23,
262:23, 263:4,
263:5, 263:15,
263:15, 263:21,
264:3, 264:7, 264:7,
264:8, 264:14,
264:18, 264:18,
264:22, 264:22,
264:23, 265:3,
265:7, 265:12,
265:15, 265:16,
265:16, 265:17,
265:22, 265:22,
265:23, 266:3,
266:7, 266:7, 266:8
**essentially** [3] -
325:17, 329:19,
403:11
**essentials** [1] - 408:20
**established** [5] -

292:2, 311:21,
312:3, 340:1, 390:1
**estimate** [1] - 329:21
**ET** [2] - 259:13, 259:15
**etcetera** [3] - 359:10,
404:10, 415:16
**Ethics** [1] - 385:1
**Euphrates** [1] - 282:11
**evaluate** [3] - 293:4,
310:25, 405:6
**evaluated** [1] - 412:3
**evaluating** [1] -
285:16
**evaluation** [4] - 328:8,
328:10, 328:13,
328:17
**evaluations** [1] -
405:20
**evening** [1] - 275:6
**event** [7] - 271:16,
300:13, 306:6,
311:20, 325:13,
331:19, 389:10
**events** [14] - 272:15,
285:10, 300:4,
300:16, 301:6,
301:12, 301:13,
301:16, 301:22,
302:4, 315:25,
330:11, 342:16,
349:2
**evidence** [33] - 270:1,
280:23, 297:4,
302:8, 318:13,
320:1, 320:11,
320:24, 321:4,
321:14, 325:21,
329:2, 329:11,
351:12, 351:14,
368:3, 368:8,
368:20, 368:25,
369:4, 369:5, 369:7,
369:13, 370:6,
371:3, 371:18,
374:12, 374:13,
374:21, 385:12,
386:1, 396:2, 409:16
**evidences** [2] -
418:22, 418:25
**evidencing** [1] -
419:12
**evidentiary** [1] - 302:9
**evolve** [1] - 282:24
**evolved** [1] - 282:15
**exactly** [2] - 309:18,
350:9
**EXAMINATION** [44] -
267:6, 267:7, 267:8,
267:9, 267:10,
272:1, 274:11,

281:3, 290:20,
292:16, 296:6,
301:4, 302:15,
303:10, 310:1,
312:7, 314:1,
314:15, 315:5,
315:10, 318:20,
319:5, 321:2,
321:12, 325:10,
326:19, 328:1,
329:5, 331:25,
334:9, 337:20,
339:2, 348:19,
353:4, 354:9,
356:21, 358:2,
358:16, 360:3,
360:13, 361:4,
364:2, 364:22,
401:16
**examination** [12] -
281:16, 303:4,
303:6, 328:23,
350:11, 350:15,
350:25, 352:14,
363:18, 376:13,
422:4
**examined** [1] - 268:25
**example** [13] - 283:3,
283:7, 289:22,
299:18, 311:18,
321:19, 335:23,
354:13, 361:14,
371:18, 372:21,
418:17, 421:23
**examples** [4] - 293:23,
299:21, 335:6, 415:3
**excellent** [4] - 379:12,
381:15, 393:10,
393:13
**except** [2] - 351:6,
415:12
**exception** [1] - 401:22
**exceptional** [2] -
325:7
**exceptions** [1] - 396:1
**excerpt** [3] - 322:23,
322:24, 376:13
**excessive** [1] - 330:3
**exchanges** [1] - 323:5
**excluded** [1] - 269:25
**exclusively** [1] -
365:21
**excuse** [2] - 295:22,
330:9
**executive** [4] - 299:4,
299:8, 304:20, 331:4
**Executive** [1] - 388:4
**Executive's** [1] - 354:5
**executives** [5] -
321:20, 321:25,

379:6, 379:17, 388:5
**exemplary** [1] - 298:6
**exempted** [1] - 304:22
**exert** [1] - 290:6
**exerted** [1] - 320:25
**exhibit** [5] - 289:1,
318:13, 337:13,
337:18, 395:9
**Exhibit** [20] - 267:17,
269:7, 271:1, 271:3,
280:20, 288:20,
290:15, 290:17,
290:22, 303:24,
307:10, 310:7,
316:6, 341:3,
377:23, 390:4,
402:21, 404:13,
406:25, 415:5
**Exhibits** [1] - 274:1
**exhibits** [15] - 270:4,
271:1, 290:18,
317:18, 322:1,
350:1, 350:5,
350:10, 350:14,
350:19, 351:2,
351:5, 351:17, 352:4
**exist** [1] - 278:2
**existed** [2] - 302:18,
378:4
**existence** [1] - 356:5
**existing** [1] - 399:24
**exists** [1] - 320:3
**expect** [3] - 302:9,
351:7, 408:23
**expectation** [1] -
405:23
**expecting** [1] - 352:19
**expenditure** [2] -
329:20, 329:21
**expenses** [1] - 344:4
**expensive** [2] - 359:7,
390:24
**experience** [8] -
272:18, 272:19,
273:4, 280:10,
336:23, 340:5,
343:24, 395:19
**experienced** [4] -
301:17, 317:10,
380:9, 380:16
**experiences** [2] -
285:23, 331:16
**experiencing** [2] -
276:21, 336:12
**Expert** [1] - 270:21
**expert** [31] - 277:25,
282:12, 320:5,
320:8, 321:9,
321:10, 326:8,
327:19, 333:16,

339:7, 359:13,
361:18, 412:25,
413:3, 413:5, 413:7,
413:9, 413:10,
413:12, 413:15,
413:19, 413:21,
413:24, 414:1,
414:6, 414:9,
414:11, 414:13,
414:16, 414:21,
414:23
**expertise** [8] - 270:23,
273:1, 326:14,
327:21, 328:8,
380:25, 381:3,
381:13
**experts** [1] - 351:12
**explain** [19] - 281:7,
287:7, 287:9,
287:19, 289:18,
292:6, 292:9,
292:20, 297:10,
310:22, 311:16,
324:3, 325:25,
329:13, 330:23,
331:10, 355:10,
356:8
**explained** [3] -
310:23, 354:15,
412:21
**explains** [1] - 320:17
**explanation** [3] -
271:10, 280:8,
292:10
**explanatory** [1] -
352:8
**exploration** [10] -
284:23, 296:20,
331:5, 340:13,
340:21, 342:4,
344:21, 358:25,
362:12, 403:12
**EXPLORATION** [2] -
259:15, 263:19
**Exploration** [2] -
377:19, 378:1
**exploratory** [1] -
353:11
**explosion** [4] - 276:4,
280:12, 304:11,
309:14
**export** [3] - 407:7,
407:13
**exported** [1] - 407:10
**exposed** [1] - 278:5
**express** [2] - 296:12,
320:18
**expressed** [6] -
296:11, 303:19,
336:9, 372:14,

373:25, 399:8
**expressing** [1] - 333:8
**extensive** [5] - 280:25,
338:12, 338:15,
338:17, 339:11
**extent** [1] - 271:22
**external** [1] - 272:13
**extremely** [4] -
278:12, 288:8,
294:9, 343:22
**Exxon** [4] - 367:19,
404:13, 404:21,
405:3
**EXXON** [3] - 275:13,
275:17, 367:20

# F

**facilitate** [1] - 271:17
**facilitating** [1] -
294:15
**facilities** [2] - 370:1,
404:25
**facing** [1] - 337:1
**fact** [29] - 271:14,
271:21, 277:1,
278:3, 278:9,
278:18, 281:13,
288:1, 291:19,
300:9, 304:3, 311:8,
313:14, 314:7,
320:15, 331:13,
334:2, 334:11,
335:7, 339:18,
342:23, 345:16,
361:17, 367:19,
368:6, 373:18,
399:2, 402:14
**factors** [4] - 291:11,
342:3, 344:12,
346:14
**facts** [3] - 291:7,
320:7, 366:21
**faculty** [1] - 272:13
**failed** [2] - 280:14,
349:6
**failure** [18] - 277:16,
278:14, 285:2,
285:8, 293:10,
293:18, 300:11,
314:25, 315:12,
328:16, 333:7,
341:14, 344:16,
349:3, 349:10,
359:9, 359:16
**failures** [25] - 274:22,
274:23, 276:6,
276:20, 276:21,
277:19, 281:20,

282:1, 284:5, 285:23, 288:12, 288:14, 293:5, 299:22, 300:14, 301:9, 301:14, 301:18, 330:16, 331:11, 331:12, 338:1, 343:17, 359:7, 361:25
**fair** [11] - 309:17, 337:22, 338:19, 342:6, 345:18, 346:21, 374:5, 382:10, 383:7, 383:9, 409:11
**fairly** [1] - 273:6
**fall** [7] - 270:7, 307:7, 338:16, 348:13, 355:2, 356:19, 402:17
**falls** [1] - 283:23
**familiar** [7] - 277:11, 287:3, 290:23, 367:4, 379:20, 387:9, 389:3
**FANNIN** [1] - 264:19
**far** [7] - 306:15, 341:25, 373:25, 388:21, 402:5, 412:7
**fashioned** [1] - 364:20
**faster** [4] - 277:7, 294:20, 321:23, 364:20
**fatalities** [3] - 311:1, 311:4, 311:7
**February** [1] - 392:13
**FEBRUARY** [2] - 259:9, 268:2
**Federal** [2] - 270:5, 351:11
**feedback** [2] - 392:21, 394:19
**feeds** [1] - 326:14
**few** [12] - 270:15, 274:15, 329:13, 333:5, 353:1, 360:17, 364:8, 381:6, 387:24, 394:23, 412:24, 415:11
**field** [6] - 333:21, 333:24, 369:2, 369:6, 371:14, 415:10
**Field** [1] - 334:23
**fields** [1] - 272:6
**figure** [1] - 416:3
**file** [3] - 270:7, 391:8, 418:10
**filed** [1] - 271:5

**fill** [2] - 302:9, 302:13
**filling** [1] - 302:12
**filtered** [1] - 326:22
**filtering** [1] - 327:2
**filtering-down** [1] - 327:2
**finally** [3] - 277:10, 346:1, 348:2
**financial** [1] - 330:7
**financially** [2] - 356:25, 357:8
**finder** [1] - 271:14
**fine** [5] - 270:13, 270:16, 292:15, 357:24, 361:12
**finish** [2] - 325:5, 334:6
**fire** [4] - 275:8, 276:4, 280:12, 304:11
**firefighting** [1] - 341:16
**fires** [1] - 309:14
**FIRM** [2] - 261:10, 261:21
**firmly** [1] - 333:11
**first** [42] - 268:13, 268:24, 276:11, 278:2, 280:15, 281:6, 286:16, 287:22, 291:2, 291:14, 293:1, 294:24, 295:3, 295:19, 296:15, 297:7, 297:12, 313:20, 329:13, 331:2, 334:21, 336:11, 345:7, 358:11, 361:21, 364:10, 369:12, 375:11, 390:10, 392:10, 392:16, 397:2, 397:3, 398:11, 398:14, 403:15, 403:18, 404:18, 407:6, 415:5, 415:11, 417:13
**fit** [1] - 415:19
**five** [5] - 345:7, 353:1, 372:8, 372:9
**fix** [1] - 289:4
**fixing** [1] - 343:15
**flag** [1] - 404:8
**flank** [1] - 276:20
**fleet** [1] - 307:7
**flew** [1] - 368:6
**floating** [2] - 274:19, 370:1
**FLOOR** [3] - 260:22, 262:6, 264:23

**floor** [3] - 275:7, 280:11, 341:23
**flow** [1] - 304:7
**FLOYD** [1] - 265:22
**fluid** [1] - 413:21
**fluids** [1] - 413:17
**foam** [3] - 276:23, 413:8, 413:9
**focus** [22] - 281:8, 281:10, 285:7, 285:14, 285:17, 285:24, 286:10, 286:16, 287:23, 293:23, 299:16, 326:1, 365:14, 365:20, 366:4, 366:7, 375:24, 376:9, 377:23, 399:13, 418:9, 419:9
**focused** [9] - 282:1, 283:25, 295:12, 311:5, 340:20, 345:3, 366:9, 366:13, 378:14
**focuses** [2] - 283:14, 283:22
**focusing** [3] - 286:15, 308:21, 403:23
**focussed** [1] - 416:21
**folks** [1] - 392:18, 420:19
**follow** [3] - 322:17, 353:1, 360:17
**follow-up** [2] - 353:1, 360:17
**followed** [1] - 340:1
**following** [6] - 275:6, 282:17, 349:1, 349:3, 362:14, 362:18
**follows** [1] - 268:25
**footings** [1] - 347:2
**FOR** [9] - 260:3, 262:3, 263:3, 263:8, 263:19, 264:11, 265:11, 265:20, 266:6
**Force** [1] - 341:20
**foregoing** [1] - 422:18
**forensic** [2] - 274:13, 278:1
**form** [4] - 282:16, 335:2, 345:22, 407:3
**formal** [2] - 339:25, 362:11
**formally** [1] - 269:6, 333:16
**formed** [3] - 277:13, 279:9, 279:17
**forming** [6] - 288:16,

303:18, 310:16, 310:20, 323:18, 332:7
**forms** [2] - 324:13, 336:4
**formulation** [1] - 409:5
**Forties** [1] - 334:23
**forward** [2] - 352:20, 366:8
**Foster** [1] - 322:7
**foundation** [5] - 314:10, 318:14, 326:7, 327:15, 349:16
**four** [6] - 315:19, 317:17, 322:12, 335:6, 360:18, 399:14
**frame** [3] - 281:14, 323:22, 346:22
**framework** [1] - 395:18
**France** [2] - 347:10, 371:24
**FRANCISCO** [1] - 262:6
**FRANKLIN** [1] - 262:24
**frankly** [2] - 333:18, 355:19
**FRAUD** [1] - 262:21
**frequently** [4] - 283:23, 300:10, 342:25, 343:15
**Friday** [1] - 415:13
**friends** [3] - 334:23, 335:4, 336:21
**FRILOT** [1] - 264:13
**front** [3] - 271:8, 346:16, 377:1
**FRUGE** [1] - 261:14
**full** [7] - 291:22, 297:21, 350:7, 350:8, 350:24, 361:21, 390:13
**fully** [5] - 286:18, 316:23, 398:9, 404:4, 409:22
**fun** [1] - 389:6
**function** [9] - 385:16, 386:6, 386:8, 386:13, 386:22, 387:2, 387:11, 387:20, 397:21
**functional** [1] - 388:6
**fundamental** [2] - 299:24, 308:8
**FUNDERBURK** [1] - 266:8

**funding** [1] - 279:18
**furnished** [2] - 365:23
**future** [5] - 286:4, 288:4, 288:14, 294:3, 343:14

## G

**gain** [1] - 359:6
**Gale** [13] - 280:5, 280:8, 280:22, 365:2, 365:5, 365:6, 365:8, 366:1, 366:20, 400:6, 402:2, 402:5
**Gale's** [1] - 401:18
**GANNAWAY** [1] - 265:16
**Gap** [1] - 407:1
**gap** [10] - 316:17, 319:12, 406:11, 406:12, 409:7, 409:21, 409:23, 410:13, 411:22, 412:4
**gaps** [13] - 302:10, 302:12, 318:2, 319:13, 405:19, 405:24, 406:1, 406:6, 406:15, 406:19, 407:25, 408:20, 412:15
**gas** [12] - 272:19, 273:8, 275:7, 275:23, 279:15, 284:23, 297:25, 347:12, 400:9, 401:9, 403:10, 403:11
**GATE** [1] - 262:5
**gate** [1] - 331:15
**gathering** [2] - 394:14, 394:16
**GAVIN** [1] - 265:23
**GCE** [1] - 386:10
**GDP** [1] - 288:21
**gears** [1] - 334:1
**Gehman** [2] - 349:5, 349:8
**general** [5] - 344:3, 375:12, 396:1, 406:4, 410:18
**GENERAL** [3] - 263:4, 263:9, 263:11
**GENERAL'S** [1] - 263:3
**generally** [1] - 389:3
**generate** [1] - 407:4
**generated** [1] - 289:5

generation [1] - 282:20
generic [1] - 305:5
GEOFFREY [1] - 265:16
gifts [2] - 421:4, 421:10
given [8] - 274:8, 338:20, 346:12, 350:2, 350:8, 350:15, 387:2, 387:11
Glenn [1] - 269:3
GLENN [1] - 269:3
global [1] - 290:17
globally [1] - 353:23
globo [1] - 274:4
glue [1] - 290:3
GmbH [1] - 259:13
goal [5] - 281:19, 285:20, 285:21, 285:22, 285:24
goals [3] - 287:19, 409:2, 409:4
God [1] - 268:21
GODWIN [6] - 265:21, 265:22, 266:3, 363:16, 363:20, 363:23
Godwin [1] - 363:23
GOLDEN [1] - 262:5
GoM [5] - 317:8, 396:10, 397:16, 398:10, 398:23
GORC [5] - 299:10, 304:19, 388:2, 388:4, 388:17
govern [1] - 402:12
government [2] - 270:3, 372:12
governs [1] - 400:18
GRAND [1] - 264:23
graph [7] - 292:20, 323:24, 324:4, 329:20, 330:24, 333:8
graphic [8] - 287:9, 287:10, 287:19, 287:21, 297:10, 329:12, 329:13, 330:21
graphics [5] - 287:6, 298:1, 339:4, 350:1, 351:17
graphs [5] - 315:16, 315:19, 315:24, 317:17, 342:9
grave [1] - 293:15
ground [2] - 287:11, 287:14

grounds [1] - 271:6
Grounds [1] - 381:12
GROUP [1] - 261:7
Group [15] - 279:10, 279:12, 280:1, 288:21, 299:9, 299:13, 304:19, 305:24, 306:1, 306:8, 306:15, 312:16, 387:21, 388:4, 388:7
group [16] - 272:13, 277:13, 279:12, 279:17, 279:19, 282:11, 306:15, 328:6, 328:9, 329:2, 331:4, 347:10, 373:2, 385:15, 385:20, 408:20
GUERRA [1] - 261:3
guess [1] - 356:10, 357:15, 362:6
guidance [1] - 385:21
guide [1] - 408:6
Guide [24] - 322:19, 322:20, 323:1, 323:8, 323:11, 415:6, 415:9, 415:22, 416:2, 416:9, 416:12, 416:15, 416:18, 417:3, 418:12, 418:15, 418:17, 418:21, 419:4, 419:12, 419:16, 420:12, 421:18, 421:23
guideline [2] - 310:11, 310:13
guidelines [2] - 307:12, 355:21
Guidelines [1] - 310:9
guild [1] - 373:8
GULF [1] - 259:6
Gulf [54] - 297:2, 304:25, 307:5, 313:1, 313:11, 313:13, 313:14, 313:16, 314:6, 314:8, 314:9, 314:23, 315:13, 316:3, 317:8, 317:22, 318:14, 319:19, 319:21, 320:2, 322:4, 324:5, 331:6, 332:9, 336:14, 340:14, 344:22, 353:10, 355:25, 356:13, 357:1, 358:19,

358:25, 359:17, 370:19, 396:7, 396:19, 396:21, 397:1, 397:5, 397:13, 397:19, 398:6, 398:17, 398:24, 399:5, 403:12, 407:1, 407:9, 408:3, 410:9, 410:13, 412:4, 412:15
guys [2] - 352:20, 357:19

# H

half [1] - 307:19
hall [1] - 417:3
HALLIBURTON [1] - 265:20
Halliburton [3] - 363:15, 363:20, 363:24
hamper [1] - 358:25
hand [8] - 268:19, 288:24, 351:25, 400:16, 400:25, 411:16, 421:3, 421:9
handle [3] - 295:13, 301:11, 341:21
HANKEY [1] - 262:11
happy [4] - 327:17, 365:17, 366:16, 389:8
hard [3] - 308:22, 341:22, 405:25
hard-learned [1] - 341:22
hardware [7] - 274:22, 276:6, 278:6, 278:11, 289:25, 298:3, 298:8
HARIKLIA [1] - 264:7
harm [1] - 283:23
HARTLEY [1] - 265:22
hats [1] - 334:11
HAUSER [1] - 262:23
HAYCRAFT [1] - 263:21
Hayward [25] - 299:5, 299:6, 299:7, 299:13, 303:1, 303:13, 304:4, 305:14, 305:15, 305:25, 306:4, 308:6, 313:5, 322:12, 332:6, 374:22, 375:8, 375:11, 376:4,

376:14, 376:18, 377:15, 385:6, 387:2, 387:11
Hayward's [1] - 302:24
hazard [6] - 316:16, 316:17, 317:12, 319:9, 404:9, 404:23
hazardous [10] - 278:2, 278:3, 282:19, 282:23, 293:3, 309:9, 309:12, 331:24, 338:7, 342:16
hazards [6] - 278:13, 316:23, 318:7, 318:25, 411:2
HB406 [1] - 266:13
head [4] - 306:8, 306:15, 381:9, 381:23
headed [1] - 305:24
headquartered [1] - 274:20
health [2] - 308:2, 395:6
Health [1] - 354:4
healthy [7] - 418:22, 418:25, 419:4, 419:6, 419:11, 420:11
hear [7] - 328:20, 348:3, 349:8, 349:11, 350:12, 352:6, 363:22
heard [11] - 284:9, 296:1, 323:5, 324:25, 325:6, 335:7, 345:21, 348:21, 349:12, 354:19, 399:10
HEARD [1] - 259:21
hearing [2] - 349:4, 349:5
hearings [1] - 271:18
hears [1] - 405:19
hearsay [1] - 270:5
heart [2] - 376:20, 390:11
heat [3] - 276:24, 276:25, 341:21
held [1] - 347:9
help [9] - 268:21, 269:22, 280:15, 337:10, 339:12, 366:14, 408:6, 415:17, 416:3
helped [2] - 280:9, 382:2
helps [2] - 366:18,

366:25
hence [2] - 294:3, 301:10
hereby [1] - 422:18
HERMAN [3] - 260:7, 260:7
hi [1] - 358:7
high [12] - 310:23, 335:15, 335:16, 335:17, 338:9, 338:12, 341:13, 372:2, 372:24, 374:6, 375:19, 389:14
high-tempo [1] - 341:13
highest [10] - 302:17, 302:21, 303:13, 303:22, 304:5, 312:25, 313:13, 314:6, 314:25, 320:2
highlight [1] - 395:11
highlighted [1] - 403:23
highlights [1] - 281:6
highly [3] - 281:18, 338:7, 373:2
HILL [1] - 265:23
hire [1] - 380:24
hired [4] - 368:6, 381:9, 381:12, 381:22
historical [1] - 299:21
historically [1] - 383:1
history [5] - 282:10, 300:14, 393:17, 403:16, 407:19
HMS [1] - 395:13
HOLDINGS [1] - 264:11
holes [2] - 294:25, 295:5
HOLTHAUS [1] - 261:14
honest [1] - 329:17
Honor [48] - 268:9, 268:15, 269:5, 269:20, 270:17, 270:18, 270:24, 271:4, 271:24, 273:25, 274:6, 290:16, 292:12, 300:25, 302:7, 303:3, 309:23, 311:25, 313:17, 318:11, 320:4, 321:8, 325:1, 326:5, 327:15, 331:18, 332:18, 333:2, 333:15, 338:22,

348:11, 349:18, 349:25, 350:10, 352:13, 352:18, 353:18, 356:3, 357:11, 357:24, 359:23, 360:11, 361:2, 363:13, 363:16, 363:17, 363:20
**Honor's** [1] - 302:11
**HONORABLE** [1] - 259:21
**hope** [5] - 320:21, 320:22, 407:5, 408:7
**hoped** [1] - 333:16
**hopefully** [3] - 338:25, 352:24, 364:7
**hoping** [1] - 352:19
**HORIZON** [1] - 259:5
**Horizon** [52] - 279:9, 279:12, 280:1, 280:14, 280:18, 286:6, 290:14, 296:9, 296:17, 296:22, 297:8, 298:3, 302:20, 304:14, 304:21, 304:23, 306:5, 306:10, 306:12, 306:13, 306:21, 307:19, 309:19, 311:9, 311:22, 311:23, 312:10, 312:13, 312:21, 314:13, 316:11, 322:13, 322:22, 323:2, 323:14, 325:23, 326:23, 328:6, 328:9, 329:2, 329:9, 331:14, 333:5, 360:8, 392:19, 394:15, 396:4, 415:2, 415:4, 416:5, 419:17, 419:18
**horrible** [1] - 279:18
**Horse** [2] - 307:8, 314:22
**HOUMA** [1] - 261:8
**Houma** [1] - 380:4
**hour** [1] - 415:14
**hours** [1] - 326:23
**Houston** [6] - 277:3, 286:12, 298:6, 346:13, 370:10, 370:11
**HOUSTON** [7] - 261:19, 264:19, 265:8, 265:17, 265:18, 266:4, 266:9

**HSE** [6] - 402:11, 418:21, 419:18, 419:21, 419:24, 420:12
**HSSE** [2] - 386:9, 389:12
**HUGH** [1] - 266:7
**HUGHES** [1] - 265:7
**human** [14] - 272:16, 274:23, 276:17, 278:9, 278:11, 281:21, 284:2, 284:6, 288:2, 295:18, 342:1, 342:3, 344:12, 359:4
**human-based** [3] - 272:16, 281:21, 288:2
**humanware** [4] - 276:6, 290:1, 298:4, 298:8
**hundred** [5] - 342:15, 372:8, 372:9, 396:17
**hundreds** [2] - 403:7, 403:8
**hurt** [1] - 366:14
**hurts** [2] - 366:17, 367:1
**hydrocarbons** [1] - 304:9
**HYMEL** [1] - 265:3
**hypothetically** [1] - 354:24

**I**

**ID** [1] - 410:21
**idea** [3] - 274:17, 382:11, 412:2
**identification** [4] - 317:12, 318:24, 329:16, 406:6
**identified** [13] - 289:3, 301:12, 304:3, 304:4, 314:5, 362:18, 374:23, 374:25, 375:1, 380:19, 405:20, 410:12, 411:4
**identifies** [2] - 311:3, 313:12
**identify** [9] - 287:25, 318:3, 319:11, 339:16, 362:20, 365:13, 365:19, 405:24, 411:22
**identifying** [1] - 343:13
**ignited** [1] - 275:8,

304:10
**ignored** [1] - 296:19
**ignoring** [1] - 359:21
**IL** [1] - 264:9
**illustrate** [1] - 330:21
**illustrated** [1] - 329:12
**illustrating** [1] - 330:25
**illustration** [5] - 292:21, 294:24, 295:8, 298:5, 329:14
**imbalance** [1] - 324:24
**imbalanced** [1] - 333:12
**imbedded** [3] - 295:1, 333:11, 393:7
**imbedding** [1] - 359:2
**immediate** [5] - 289:16, 289:19, 290:7, 291:11, 342:1
**immediately** [2] - 279:6, 399:25
**impact** [6] - 309:15, 328:13, 328:14, 328:17, 329:7, 411:4
**impacts** [5] - 284:7, 284:8, 293:25
**impaired** [1] - 343:7
**impediments** [1] - 357:7
**imperfections** [1] - 295:1
**impetus** [2] - 282:16, 282:21
**Implement** [1] - 409:21
**implement** [15] - 299:17, 315:1, 315:12, 345:5, 353:9, 355:24, 362:11, 370:17, 373:5, 382:9, 404:4, 405:8, 405:17, 409:23, 410:15
**implementation** [8] - 313:9, 345:3, 357:7, 367:22, 396:7, 396:18, 398:10, 398:12
**implemented** [16] - 304:22, 313:1, 313:14, 313:23, 314:8, 314:14, 314:23, 320:2, 331:14, 331:15, 332:9, 347:24, 353:16, 356:1, 358:20, 409:22
**implementing** [4] -

305:21, 348:24, 356:25, 410:12
**implements** [2] - 354:20, 355:5
**implication** [1] - 329:25
**implied** [1] - 416:17
**impolite** [1] - 338:25
**importance** [1] - 294:2
**important** [36] - 276:17, 278:8, 283:21, 284:12, 284:15, 285:6, 287:10, 288:1, 288:8, 293:12, 293:24, 294:9, 294:23, 295:8, 302:6, 310:24, 311:3, 320:14, 325:15, 325:18, 325:19, 343:21, 346:18, 376:2, 377:11, 377:12, 378:18, 380:20, 382:14, 393:21, 394:6, 394:8, 411:23, 416:25, 418:5, 418:10
**importantly** [3] - 277:17, 294:16, 359:3
**impossible** [1] - 404:3
**IMPREVENTO** [1] - 260:18
**improper** [1] - 270:2
**improve** [16] - 308:3, 316:17, 338:17, 368:3, 368:15, 369:14, 369:21, 370:7, 371:4, 373:22, 374:15, 374:21, 375:4, 375:16, 406:8, 406:10
**improvement** [3] - 386:7, 390:13, 405:14
**improving** [7] - 347:16, 368:21, 374:4, 384:15, 385:12, 388:18, 396:2
**IN** [3] - 259:5, 259:5, 259:12
**inadequate** [2] - 318:5, 318:6
**inadequate/**
**incomplete** [2] - 318:4, 318:7
**inappropriately** [1] -

301:24
**INC** [5] - 259:15, 263:19, 264:12, 264:13, 265:21
**incentive** [2] - 290:5, 325:20
**incentives** [3] - 295:14, 347:1, 347:3
**incentivize** [3] - 420:16, 420:19, 421:1
**incident** [8] - 288:23, 309:17, 377:20, 378:7, 380:24, 381:7, 388:25, 396:4
**incidents** [12] - 301:2, 309:12, 309:13, 316:18, 316:22, 316:25, 317:1, 317:2, 317:11, 317:22, 318:6, 393:23
**include** [12] - 269:11, 269:13, 284:23, 290:9, 291:10, 291:20, 363:8, 365:5, 371:5, 374:10, 399:20, 411:4
**included** [5] - 336:11, 347:11, 361:24, 399:24, 404:25
**includes** [3] - 269:17, 388:5, 417:10
**including** [6] - 287:14, 386:22, 390:16, 390:18, 403:7, 415:23
**incomplete** [2] - 291:25, 292:1
**Incorporate** [1] - 408:17
**incorporates** [2] - 395:5, 395:15
**incorrect** [2] - 353:25, 364:15
**increase** [4] - 324:21, 327:11, 344:17
**increased** [4] - 327:13, 327:22, 340:9, 361:25
**increases** [4] - 317:1, 320:19, 328:14, 328:15
**increasing** [2] - 324:16, 327:17
**indeed** [2] - 347:19, 356:14
**independent** [2] - 385:4, 386:9

**indicate** [2] - 305:20, 319:15
**indicated** [2] - 297:4, 342:1
**indicates** [2] - 324:15, 326:1
**indicating** [1] - 308:15
**indicators** [10] - 342:18, 344:22, 382:12, 382:14, 382:18, 383:2, 383:5, 384:15, 384:17, 384:21
**individual** [2] - 311:4, 322:23
**individuals** [1] - 415:22
**industrial** [1] - 355:20
**industries** [1] - 285:7
**industry** [12] - 272:19, 284:8, 297:20, 310:12, 343:25, 346:17, 347:12, 372:11, 383:19, 401:24, 402:7, 409:6
**inexpensive** [2] - 389:20, 390:23
**influenced** [1] - 336:10
**influences** [3] - 295:6, 343:21, 346:19
**information** [7] - 341:18, 341:25, 344:23, 371:11, 394:15, 394:16, 418:18
**Inglis** [3] - 377:18, 377:19, 378:1
**initial** [2] - 359:5, 398:12
**initiatives** [2] - 369:14, 380:21
**injuries** [1] - 309:15
**injury** [1] - 283:22
**input** [3] - 328:9, 364:14, 365:6
**inputted** [1] - 367:11
**insertion** [1] - 279:21
**insight** [2] - 288:3, 300:11
**insights** [1] - 288:13
**inspections** [1] - 384:8
**instead** [2] - 325:2, 331:14
**Institute** [1] - 383:25
**institution** [2] - 389:10, 389:14
**institutional** [2] - 277:18, 278:9

**instruct** [1] - 335:14
**instructive** [1] - 275:15
**insufficient** [2] - 316:24, 317:11
**integrated** [1] - 401:5
**integrity** [5] - 309:9, 367:23, 373:19, 388:15, 405:2
**intelligence** [3] - 347:13, 347:14
**intend** [2] - 322:17, 352:25
**intended** [2] - 293:2, 294:4
**intense** [5] - 320:24, 326:1, 330:2, 338:17, 376:9
**intensity** [1] - 295:14
**intensive** [1] - 339:11
**intent** [2] - 287:24, 320:6
**intentionally** [1] - 295:1
**interacting** [1] - 371:19
**interaction** [4] - 281:10, 318:3, 371:22, 415:2
**interactions** [1] - 371:9
**interactive** [8] - 278:12, 294:1, 294:4, 294:9, 294:19, 295:7, 338:8, 344:14
**interactively** [1] - 294:13
**intercede** [1] - 344:24
**interconnected** [1] - 278:11
**interest** [2] - 279:21, 412:11
**interested** [1] - 372:22
**interests** [2] - 352:21, 357:21
**Interior** [1] - 402:23
**internal** [1] - 298:14
**INTERNATIONAL** [1] - 265:11
**international** [2] - 347:9, 373:2
**internationally** [1] - 340:20
**interpret** [1] - 332:19
**interpretation** [3] - 332:25, 333:1, 413:7
**interrupt** [1] - 318:11
**intervene** [1] - 342:18
**intervening** [1] -

279:25
**intervention** [1] - 304:8
**interviews** [1] - 318:3
**introduce** [1] - 269:7
**introduced** [1] - 372:3
**introduction** [1] - 362:5
**invalidate** [2] - 367:7, 367:9
**investigate** [3] - 286:19, 316:21, 343:12
**investigated** [2] - 306:5, 325:16
**investigating** [1] - 325:13
**investigation** [24] - 275:14, 277:6, 277:8, 277:13, 278:1, 279:21, 280:9, 280:18, 283:12, 286:14, 286:21, 288:23, 289:9, 290:14, 291:2, 291:3, 291:15, 291:19, 291:22, 291:25, 329:15, 330:13, 349:4
**investigations** [3] - 274:14, 277:21, 328:11
**investigative** [3] - 300:18, 301:13, 301:17
**investments** [1] - 324:22
**invitation** [1] - 276:15
**invite** [1] - 420:7
**involve** [3] - 300:7, 394:12
**involved** [15] - 274:14, 275:2, 275:13, 275:21, 275:22, 276:10, 276:11, 277:16, 283:12, 285:5, 290:1, 322:21, 324:12, 355:15, 365:25
**involves** [1] - 284:2
**involving** [1] - 281:20
**IRPINO** [2] - 261:21, 261:21
**Islands** [1] - 275:4
**isolation** [2] - 362:21, 413:10
**issue** [7] - 280:4, 333:17, 351:24, 394:24, 396:6,

398:18, 399:17
**issued** [2] - 322:12, 396:10
**issues** [24] - 271:20, 272:23, 278:16, 278:19, 283:25, 295:18, 295:19, 300:21, 318:17, 328:21, 358:12, 382:15, 385:21, 385:24, 390:16, 391:17, 394:6, 394:10, 394:16, 394:20, 411:22, 412:20, 415:11
**IT** [1] - 295:23
**item** [3] - 410:14, 410:23, 417:13
**items** [6] - 327:17, 394:11, 410:19, 412:8, 415:18, 419:22
**itself** [2] - 297:20, 301:12

**J**

**JAMES** [2] - 260:3, 263:10
**January** [3] - 316:9, 318:8, 411:13
**JEFFERSON** [2] - 260:4, 265:4
**JEFFREY** [1] - 260:18
**JERRY** [1] - 266:3
**JESSICA** [2] - 262:16, 262:17
**jet** [1] - 282:22
**jet-powered** [1] - 282:22
**JIMMY** [1] - 261:18
**JIT** [1] - 270:2
**job** [6] - 345:12, 361:15, 393:13, 393:19, 405:12, 407:24
**jobs** [1] - 340:3
**John** [22] - 306:14, 306:20, 312:10, 312:15, 314:18, 322:19, 322:20, 323:1, 323:8, 323:11, 335:11, 375:1, 381:9, 381:22, 386:13, 415:6, 416:9, 416:12, 417:3, 419:4, 421:18, 421:23

**JOHN** [3] - 261:14, 265:7, 266:8
**Johnson** [6] - 415:7, 415:9, 415:23, 416:2, 418:21, 419:16
**join** [1] - 401:4
**joining** [1] - 381:25
**JONES** [1] - 265:16
**Joslyn** [1] - 410:3
**journey** [1] - 396:20
**JR** [2] - 260:22, 265:22
**JSA** [1] - 405:2
**Judge** [8] - 292:15, 302:1, 309:24, 348:16, 350:25, 363:23, 363:25, 370:5
**judge** [1] - 334:1, 382:9
**JUDGE** [1] - 259:22
**July** [1] - 275:6
**June** [1] - 310:14
**jury** [1] - 271:12
**JUSTICE** [4] - 262:4, 262:8, 262:15, 262:21
**justice** [1] - 405:10
**justified** [1] - 326:3

**K**

**KANNER** [9] - 263:14, 263:15, 357:18, 357:24, 358:3, 358:17, 360:2, 360:4, 360:11
**Kanner** [4] - 357:16, 357:23, 358:6, 358:13
**KANNER**................... [1] - 267:8
**KARIS** [1] - 264:7
**Karlene** [2] - 335:11, 372:21
**Katrina** [1] - 277:10
**KATZ** [1] - 260:7
**keep** [3] - 294:20, 337:17, 410:1
**keeps** [1] - 290:3
**KELLEY** [1] - 262:23
**KERRY** [1] - 264:14
**Kevin** [2] - 398:3, 399:1
**key** [23] - 327:6, 328:7, 328:16, 329:16, 343:20, 350:6, 350:10, 351:4, 360:21, 361:10,

362:20, 363:2,
374:25, 382:11,
382:14, 382:18,
383:2, 383:5,
383:22, 384:14,
384:17, 384:20,
392:3
**Key** [2] - 322:7, 351:24
**key-type** [1] - 328:7
**keynote** [2] - 347:23,
373:1
**keyword** [1] - 419:4
**kill** [1] - 345:9
**KINCHEN** [2] - 265:7,
265:7
**kind** [9] - 296:3,
375:21, 376:5,
377:5, 378:19,
381:19, 408:23,
412:20, 416:14
**kinds** [3] - 277:15,
300:9, 420:19
**Kingdom** [2] - 336:13,
354:3
**KIRKLAND** [1] - 264:6
**knowing** [2] - 304:17
**knowingly** [1] -
296:19
**knowledge** [11] -
281:12, 283:1,
334:12, 369:1,
370:6, 371:4, 381:4,
400:8, 401:8,
401:21, 416:21
**knowledgeable** [1] -
359:4
**known** [10] - 277:7,
286:17, 292:2,
299:10, 299:21,
310:4, 312:25,
314:25, 336:6, 389:4
**knows** [1] - 394:3
**KPI's** [1] - 384:14
**KRAUS** [1] - 263:15
**KULLMAN** [1] -
260:14

# L

**L.L.C** [1] - 266:6
**LA** [15] - 260:5, 260:8,
260:16, 260:23,
261:8, 261:12,
261:15, 261:22,
263:12, 263:16,
263:23, 264:15,
265:5, 265:13,
266:14
**Lacey** [3] - 398:3,

399:1, 410:3
**lack** [2] - 327:21,
343:2
**LAFAYETTE** [2] -
260:5, 265:5
**LAFLEUR** [1] - 265:3
**lagging** [1] - 384:18
**LAMAR** [1] - 266:4
**lanes** [1] - 275:18
**LANGAN** [1] - 264:7
**language** [6] - 338:25,
339:1, 403:23,
404:17, 405:10,
411:5
**laptop** [2] - 295:25,
296:3
**large** [8] - 284:6,
284:20, 319:16,
341:16, 359:8,
365:25, 367:16,
372:5
**largely** [1] - 282:16
**LASALLE** [1] - 264:8
**last** [10] - 270:4,
337:18, 345:20,
355:23, 356:23,
359:12, 360:5,
361:7, 419:9, 420:1
**lastly** [1] - 345:1
**late** [5] - 279:9,
398:19, 398:25,
399:6, 410:9
**launched** [2] - 276:19,
276:22
**LAW** [3] - 261:7,
261:10, 261:21
**LAWRENCE** [1] -
262:18
**lawyers** [4] - 364:11,
365:13, 365:19,
365:24
**lay** [1] - 405:10
**lead** [5] - 293:3, 303:9,
304:10, 343:24,
383:22
**leader** [1] - 418:19
**leaders** [4] - 335:12,
335:13, 371:14,
388:7
**leadership** [16] -
280:17, 298:17,
301:21, 322:21,
333:7, 333:13,
374:8, 374:25,
376:24, 385:20,
396:17, 399:1,
408:14, 409:13,
415:11, 418:9
**leading** [13] - 276:23,
296:8, 303:3,

309:20, 309:22,
315:3, 316:24,
326:24, 338:21,
342:18, 344:22,
381:6, 384:18
**lean** [1] - 337:7
**learn** [3] - 299:25,
336:4, 391:3
**learned** [13] - 276:16,
301:23, 312:24,
318:4, 335:15,
336:5, 338:13,
341:13, 341:16,
341:22, 343:24,
344:11, 345:3
**Learning** [1] - 390:7
**learning** [6] - 288:8,
288:14, 331:16,
347:15, 389:25,
390:1
**Leary** [1] - 410:3
**LEASING** [1] - 259:13
**least** [3] - 302:7,
371:18, 411:1
**leaves** [1] - 319:22
**lecture** [1] - 346:5
**led** [5] - 321:5, 321:16,
386:13, 403:15,
403:18
**left** [14] - 276:23,
287:10, 298:1,
298:5, 298:24,
299:8, 306:4, 324:4,
324:10, 324:12,
334:25, 351:25,
411:16, 417:20
**left-hand** [2] - 351:25,
411:16
**legal** [5] - 279:16,
357:2, 357:6, 366:2,
366:13
**legally** [1] - 356:24
**LEGER** [2] - 260:21,
260:22
**legislative** [1] - 279:16
**lengthy** [2] - 280:25,
372:24
**less** [1] - 353:1
**lessons** [4] - 301:23,
318:4, 338:13,
341:22
**lethal** [1] - 342:3
**lethality** [1] - 342:4
**letter** [3] - 402:22,
404:1, 404:17
**levee** [1] - 358:12
**level** [27] - 285:10,
285:12, 285:18,
285:25, 286:1,
286:8, 289:22,

300:5, 300:24,
301:7, 301:8,
301:18, 301:20,
301:21, 302:21,
304:18, 304:19,
304:20, 310:23,
326:22, 326:23,
355:23, 385:3,
389:14, 411:2,
411:23
**levels** [3] - 301:9,
301:19, 313:1
**LEWIS** [5] - 260:14,
263:20, 265:21,
266:3, 266:6
**LI** [1] - 264:23
**liability** [1] - 348:15
**library** [1] - 283:7
**lie** [1] - 376:20
**LIFE** [1] - 260:15
**life** [7] - 275:10,
287:13, 293:12,
293:14, 293:24,
294:10, 390:13
**likelihood** [1] - 293:5
**likelihoods** [5] -
293:9, 294:8, 310:5,
310:25, 344:16
**Limine** [1] - 269:25
**limited** [5] - 284:19,
284:20, 285:3,
285:4, 294:3
**Line** [1] - 366:23
**line** [16] - 316:24,
361:7, 362:10,
364:16, 364:24,
366:22, 369:8,
369:9, 377:11,
380:13, 387:8,
391:12, 419:8,
420:1, 421:6
**lines** [1] - 414:4
**lingering** [1] - 326:4
**LISKOW** [1] - 263:20
**list** [17] - 270:6,
270:14, 274:8,
278:22, 327:1,
327:5, 327:6, 328:6,
350:1, 350:3,
350:17, 350:19,
350:20, 350:23,
351:16, 404:25,
417:12
**listed** [2] - 328:3,
409:19
**listened** [2] - 292:10,
348:25
**listening** [1] - 284:9
**literally** [1] - 299:1
**literature** [1] - 283:8

**litigation** [1] - 279:19
**LITIGATION** [1] -
262:22
**live** [1] - 345:5
**lives** [2] - 274:25,
280:13
**LLC** [1] - 264:11
**Local** [2] - 396:10,
397:6
**local** [3] - 397:23,
398:25, 410:9
**locally** [1] - 330:6
**located** [4] - 275:3,
275:23, 279:13,
295:20
**location** [1] - 322:20
**logistics** [1] - 294:15
**logs** [2] - 413:5, 413:8
**London** [11] - 298:12,
298:20, 334:24,
335:11, 335:21,
335:22, 336:9,
368:7, 373:4, 373:8,
375:1
**long-standing** [1] -
286:17
**long-term** [2] -
334:19, 359:5
**look** [62] - 274:15,
275:20, 289:1,
289:12, 290:14,
290:25, 291:2,
292:5, 296:15,
299:4, 299:11,
308:22, 316:13,
317:5, 317:25,
319:7, 323:21,
339:10, 366:22,
369:8, 369:10,
374:6, 376:12,
376:18, 378:21,
380:12, 382:15,
386:3, 390:4,
392:10, 392:15,
395:9, 395:17,
396:10, 396:16,
397:16, 398:2,
404:13, 404:17,
404:18, 405:24,
407:16, 408:6,
408:8, 410:21,
411:15, 412:7,
412:13, 414:3,
415:5, 417:2, 417:6,
417:9, 417:12,
417:17, 419:15,
420:14, 421:6, 422:6
**looked** [10] - 271:7,
283:7, 301:13,
349:7, 373:14,

377:22, 379:5,
379:11, 379:13,
410:8
**looking** [11] - 286:24,
319:13, 342:14,
405:25, 406:7,
406:16, 409:2,
411:22, 412:15,
412:19
**looks** [2] - 269:14,
337:15
**looney** - 345:16
**loop** [1] - 341:20
**LOS** [1] - 264:24
**loss** [6] - 275:9, 304:9,
311:19, 336:16,
384:5, 401:2
**lost** [6] - 274:24,
275:9, 309:15,
336:23, 413:19
**Louisiana** [5] - 358:7,
358:12, 360:6,
422:17, 422:18
**LOUISIANA** [5] -
259:2, 259:8, 263:8,
263:10, 266:8
**love** [1] - 274:5
**lower** [2] - 318:5,
330:5
**LUIS** [1] - 264:23
**lunch** [3] - 270:8,
422:9, 422:11
**LUTHER** [1] - 263:4

## M

**ma'am** [1] - 417:11
**Macondo** [31] - 279:4,
280:2, 297:23,
322:22, 323:22,
327:8, 328:17,
329:16, 330:17,
330:25, 331:1,
331:9, 331:24,
348:2, 349:13,
351:25, 355:22,
357:9, 359:22,
361:15, 362:1,
362:13, 374:16,
380:24, 381:7,
382:23, 387:25,
388:22, 388:25,
391:16
**Macondo-type** [1] -
355:22
**Macondo/Deepwater**
[1] - 331:14
**MAGAZINE** [1] -
261:22

**magnitude** [1] -
359:15
**MAHTOOK** [1] - 265:3
**mail** [8] - 323:5,
323:11, 323:13,
415:25, 416:12,
419:10, 419:16,
421:17
**mails** [1] - 295:25
**main** [3] - 351:24,
395:7, 395:20
**MAIN** [1] - 261:15
**maintain** [2] - 297:23,
335:17
**maintained** [1] - 316:2
**maintenance** [1] -
318:7
**Major** [2] - 310:9,
316:16
**major** [33] - 274:13,
282:1, 282:23,
285:8, 285:16,
286:19, 310:3,
310:4, 310:6,
310:25, 311:6,
311:22, 312:13,
316:17, 316:23,
317:12, 319:9,
339:12, 339:17,
340:9, 342:14,
342:16, 342:18,
342:24, 343:8,
342:24, 347:1,
348:23, 354:7,
373:25, 395:7,
395:20, 403:3
**majors** [1] - 403:7
**MALINDA** [1] - 262:18
**man** [2] - 306:14,
389:7
**manage** [7] - 294:14,
309:2, 309:9,
336:25, 341:17,
344:17, 408:18
**Management** [6] -
272:10, 294:15,
308:7, 355:18,
394:24, 404:6
**management** [121] -
272:24, 273:1,
276:1, 277:6,
277:25, 278:9,
278:16, 278:19,
281:12, 282:4,
282:12, 285:9,
285:20, 286:18,
286:24, 286:25,
288:2, 289:4, 290:5,
290:12, 291:18,
293:22, 293:24,

294:10, 294:19,
296:19, 296:20,
297:8, 298:16,
298:17, 299:4,
299:8, 299:18,
299:25, 300:3,
300:24, 301:14,
301:19, 301:21,
302:18, 304:18,
304:24, 305:1,
305:2, 305:8, 305:9,
306:11, 308:16,
309:1, 316:17,
317:12, 322:21,
326:22, 327:7,
331:5, 331:22,
331:24, 333:7,
333:13, 333:23,
334:14, 335:16,
336:1, 336:5, 336:6,
336:11, 338:9,
339:22, 339:23,
341:9, 341:10,
343:12, 343:13,
346:3, 346:12,
347:11, 347:16,
354:5, 354:6,
355:21, 355:23,
356:15, 362:14,
363:1, 363:8,
367:23, 368:3,
368:11, 368:16,
369:15, 369:20,
372:19, 373:3,
374:15, 380:8,
380:15, 382:2,
384:16, 388:15,
388:18, 395:2,
395:6, 395:13,
395:19, 396:3,
400:10, 400:18,
400:22, 401:2,
401:23, 402:3,
402:4, 405:5,
406:10, 410:2,
410:15, 410:23,
411:17, 411:19
**management's** [2] -
330:16, 362:11
**manager** [1] - 273:11
**managers** [2] -
389:12, 389:15
**Managing** [1] - 341:6
**manner** [1] - 379:24
**mantra** [4] - 277:6,
321:21, 321:22,
322:16
**Manual** [1] - 397:17
**manual** [1] - 399:14
**manufacture** [1] -

294:5
**MAR** [5] - 310:4,
311:3, 312:12,
312:21, 354:7
**March** [1] - 392:13
**marine** [2] - 368:16,
369:21
**Mark** [1] - 306:4
**marks** [1] - 371:16
**marshalling** [1] -
351:21
**marvelous** [1] - 359:6
**material** [3] - 366:18,
396:20, 413:19
**materials** [3] - 297:4,
309:13, 404:14
**matter** [8] - 271:4,
300:3, 300:6,
330:19, 345:4,
356:16, 356:18,
422:19
**matters** [4] - 268:12,
323:14, 340:5,
345:21
**MATTHEW** [1] - 264:8
**maze** [1] - 352:23
**MAZE** [8] - 263:4,
352:18, 352:25,
353:5, 353:22,
354:10, 356:22,
357:11
**MAZE.....................**
[1] - 267:7
**McCLELLAN** [1] -
262:16
**McKINNEY** [1] -
265:18
**mean** [8] - 313:15,
314:8, 319:12,
333:10, 337:7,
339:17, 345:15,
351:13
**meaningful** [1] - 286:6
**meanings** [1] - 311:18
**means** [4] - 293:4,
310:22, 311:18,
314:12
**meant** [3] - 325:12,
336:19, 336:22
**measures** [2] -
348:14, 411:24
**mechanical** [1] -
405:1
**MECHANICAL** [1] -
266:16
**medicine** [2] - 341:15,
347:12
**meet** [3] - 285:24,
335:11, 370:11
**meeting** [14] - 280:10,

355:14, 371:13,
371:14, 371:23,
372:1, 372:5,
372:16, 375:12,
378:15, 415:10,
415:12, 415:25,
420:7
**meetings** [5] - 335:14,
370:14, 371:5,
371:8, 385:7
**member** [4] - 299:13,
312:16, 334:20,
403:14
**members** [7] - 299:1,
306:2, 328:9, 385:4,
403:7, 403:8
**mentality** [2] - 321:4,
321:9
**mention** [1] - 331:19
**mentioned** [4] -
367:15, 375:19,
382:11, 384:25
**mentioning** [1] -
300:13
**Merit** [2] - 422:17,
422:22
**MERIT** [1] - 266:13
**message** [2] - 295:23,
345:25
**messages** [2] - 391:6,
391:11
**met** [3] - 336:8,
346:12, 358:8
**method** [1] - 310:5
**metrics** [5] - 383:3,
383:11, 383:15,
383:23, 384:2
**MEXICO** [1] - 259:6
**Mexico** [46] - 297:2,
304:25, 307:5,
313:2, 313:11,
313:13, 313:15,
314:6, 314:8,
314:23, 316:4,
317:8, 317:22,
318:14, 322:4,
324:6, 331:6,
332:10, 336:14,
340:14, 344:22,
353:10, 355:25,
356:13, 357:1,
358:19, 358:25,
359:17, 370:19,
396:7, 396:20,
397:1, 397:5,
397:13, 397:19,
398:6, 398:17,
398:24, 399:5,
407:1, 407:9, 408:3,
410:9, 410:13,

412:4, 412:15
**MI** [1] - 266:6
**MICHAEL** [2] - 262:5, 264:22
**MICHELLE** [1] - 262:16
**mid** [1] - 273:16
**mid-2011** [1] - 366:7
**middle** [1] - 271:18
**might** [2] - 364:6, 395:9
**migrating** [1] - 339:24
**MIKAL** [1] - 261:3
**Mike** [3] - 269:20, 363:18, 364:7
**mike** [1] - 363:22
**military** [1] - 341:15
**MILLER** [1] - 264:14
**million** [3] - 329:22, 329:24, 330:1
**millions** [1] - 323:15
**mind** [5] - 351:20, 358:18, 359:12, 359:20, 419:23
**minded** [17] - 376:23, 377:5, 378:14, 381:2, 381:19, 382:21, 383:17, 391:5, 418:22, 418:25, 419:12, 420:11, 420:15, 420:25, 421:24, 421:25, 422:1
**mindedness** [13] - 370:25, 371:1, 371:18, 371:20, 371:21, 382:5, 386:1, 389:18, 390:21, 392:8, 392:9, 418:15, 421:15
**mindful** [1] - 302:1
**mindset** [4] - 366:16, 366:19, 366:25, 367:1
**mine** [1] - 280:10
**Minerals** [1] - 355:18
**minimize** [1] - 339:16
**minutes** [7] - 270:15, 329:13, 334:6, 349:20, 353:1, 394:24, 422:8
**miscellaneous** [1] - 270:3
**miserable** [2] - 285:22, 343:17
**missed** [1] - 316:25
**misses** [1] - 342:15
**missing** [2] - 276:7, 291:17

**missions** [1] - 276:12
**mistakes** [4] - 286:11, 300:23, 301:6
**MIT** [3] - 389:4, 389:7, 389:15
**mitigate** [3] - 286:3, 339:16, 388:12
**mitigated** [1] - 339:18
**mitigation** [5] - 272:15, 303:24, 304:1, 405:7, 405:8
**mixing** [1] - 284:11
**MMS** [3] - 360:6, 380:3, 403:4
**MMS's** [1] - 379:20
**Mobil** [3] - 274:21, 367:19, 404:13
**MOBILE** [1] - 260:12
**mobile** [3] - 296:21, 296:24, 404:22
**mode** [1] - 296:4
**MODU** [6] - 296:25, 400:23, 404:3, 404:7, 404:22, 405:1
**MODU's** [5] - 399:10, 400:10, 401:10, 404:8, 404:25
**module** [2] - 275:7, 275:8
**MODUs** [1] - 362:13
**Mogford** [4] - 375:1, 386:13, 386:16, 386:18
**Mogford's** [2] - 387:1, 387:10
**monetarily** [1] - 421:9
**money** [15] - 275:19, 320:25, 326:2, 327:12, 327:14, 328:16, 329:19, 342:22, 342:24, 343:1, 343:2, 345:17, 345:21, 359:3
**MONTGOMERY** [1] - 263:6
**months** [2] - 323:15, 343:9
**MORGAN** [1] - 266:6
**morning** [14] - 268:8, 268:9, 280:6, 289:21, 358:4, 358:5, 358:7, 360:15, 360:16, 364:4, 364:5, 383:2, 385:1, 420:22
**MORNING** [1] - 259:19
**most** [5] - 277:17, 278:4, 278:8, 289:3, 310:24, 338:25,

343:13, 345:21, 359:3, 380:20, 403:3
**Motion** [1] - 269:25
**motion** [3] - 270:21, 270:23, 271:21
**motions** [3] - 271:5, 271:7, 271:9
**motivate** [3] - 380:1, 420:16, 420:25
**motivated** [1] - 359:4
**motive** [1] - 320:6
**mouth** [1] - 303:5
**move** [9] - 269:22, 286:4, 326:17, 334:2, 349:25, 409:15, 410:1, 411:8, 415:11
**moving** [1] - 271:17
**MR** [143] - 267:6, 267:7, 267:8, 267:9, 267:10, 268:14, 269:5, 269:10, 269:13, 269:16, 269:19, 269:20, 269:24, 270:11, 270:14, 270:17, 270:18, 271:4, 271:24, 272:2, 273:25, 274:5, 274:8, 274:12, 281:2, 281:4, 290:16, 290:21, 292:12, 292:15, 292:17, 296:7, 300:25, 301:5, 302:1, 302:5, 302:16, 303:3, 303:7, 303:8, 303:11, 309:20, 309:22, 309:24, 310:2, 311:25, 312:2, 312:5, 312:8, 313:17, 313:21, 313:24, 314:2, 314:10, 314:16, 315:3, 315:6, 315:8, 315:11, 318:11, 318:21, 319:3, 319:6, 320:4, 320:13, 321:3, 321:8, 321:13, 325:1, 325:11, 326:5, 326:17, 326:20, 327:15, 328:2, 328:24, 329:1, 329:6, 331:18, 331:19, 332:1, 332:18, 332:20, 332:21, 333:2, 333:3,

333:15, 333:22, 334:1, 334:6, 334:10, 337:16, 337:21, 338:21, 339:3, 348:11, 348:16, 348:20, 349:16, 349:18, 349:25, 350:14, 350:20, 350:24, 351:7, 351:16, 351:19, 352:3, 352:10, 352:13, 352:18, 352:25, 353:5, 353:18, 353:22, 354:10, 356:3, 356:22, 357:2, 357:11, 357:18, 357:24, 358:3, 358:17, 359:23, 360:2, 360:4, 360:9, 360:11, 360:14, 361:2, 361:6, 363:13, 363:16, 363:20, 363:23, 364:3, 364:20, 364:23, 401:13, 401:15, 401:17, 422:5
**Mukluk** [1] - 335:2
**multilevel** [1] - 362:21
**multiple** [5] - 311:1, 311:4, 311:7, 323:6, 352:23
**MUNGER** [1] - 264:21
**must** [12] - 295:24, 299:25, 302:8, 339:22, 339:23, 339:25, 340:1, 340:3, 342:17, 347:2, 355:11, 355:15
**muster** [1] - 331:22

## N

**name** [8] - 269:2, 305:8, 323:5, 349:7, 358:6, 364:7, 377:22, 391:21
**narrative** [1] - 325:2
**NASA** [7] - 276:9, 276:11, 276:14, 276:21, 277:1, 277:7, 349:5
**NASA's** [1] - 321:22
**NATHANIEL** [1] - 262:12
**National** [1] - 329:14
**national** [1] - 275:22

**NATURAL** [1] - 262:9
**nature** [1] - 282:2
**near** [1] - 342:15
**nearly** [1] - 276:7
**necessarily** [5] - 366:25, 367:9, 380:11, 405:22, 421:5
**necessary** [3] - 351:10, 351:15, 397:25
**need** [10] - 314:3, 325:8, 341:11, 363:17, 394:1, 406:22, 407:7, 415:14, 422:4, 422:6
**needed** [6] - 342:1, 349:14, 380:9, 380:16, 399:20, 399:25
**needs** [1] - 412:1
**negative** [1] - 414:16
**NEW** [10] - 259:8, 260:8, 260:16, 260:23, 261:22, 263:16, 263:23, 264:15, 265:13, 266:14
**new** [6] - 282:4, 345:22, 383:10, 383:22, 384:2, 384:14
**New** [6] - 273:11, 274:21, 277:10, 277:14, 278:3, 380:4
**next** [11] - 293:11, 357:15, 361:13, 372:21, 392:16, 396:20, 397:13, 404:19, 411:15, 417:6, 417:8
**nice** [1] - 380:6
**night** [1] - 280:14
**NINTH** [1] - 261:11
**NO** [3] - 259:8, 259:11, 259:14
**nonimportant** [1] - 276:22
**NONJURY** [1] - 259:20
**nonlegal** [2] - 365:1, 365:8
**nonproductive** [1] - 330:3
**NORFOLK** [1] - 265:8
**Normandy** [2] - 347:9, 371:24
**NORTH** [1] - 263:11
**North** [12] - 275:4, 334:21, 335:1, 335:3, 335:13,

353:13, 353:16, 354:3, 354:11, 356:1, 356:4, 356:12
**Norwegian** [1] - 354:13
**notable** [1] - 380:20
**note** [10] - 287:16, 318:12, 379:2, 415:6, 415:9, 415:22, 417:2, 418:1, 418:12, 418:25
**noted** [4] - 295:19, 351:19, 355:15, 393:19
**nothing** [3] - 268:20, 363:13, 378:23
**November** [2] - 307:13, 307:17
**nowhere** [1] - 317:16
**NPT** [1] - 330:3
**nuclear** [5] - 282:19, 282:20, 310:12, 338:13, 343:25
**number** [16] - 269:9, 299:20, 315:16, 316:18, 317:10, 319:16, 321:19, 341:16, 350:4, 365:25, 372:7, 373:15, 384:12, 388:25, 390:15, 409:18
**Number** [6] - 330:15, 375:15, 376:5, 377:8, 378:24, 396:21
**numbered** [1] - 422:19
**numbers** [2] - 295:3, 337:17
**numeral** [1] - 362:6
**numerous** [1] - 388:20
**NW** [1] - 264:4

# O

**O'Bryan** [4] - 307:1, 307:6, 314:18, 314:21
**o'clock** [1] - 422:9
**O'KEEFE** [1] - 260:8
**O'ROURKE** [1] - 262:10
**oath** [1] - 268:25
**object** [20] - 292:12, 300:25, 303:3, 312:2, 312:3, 312:4, 313:17, 315:3, 318:13, 320:4,

321:8, 326:5, 326:9, 331:18, 338:21, 348:11, 350:16, 353:18, 356:3, 357:2
**objected** [2] - 351:23, 372:23
**objection** [16] - 270:20, 301:3, 309:20, 314:10, 326:16, 327:16, 327:24, 349:16, 352:5, 352:9, 354:1, 356:10, 359:23, 360:9, 372:14, 372:23
**objections** [4] - 270:6, 350:13, 351:19, 412:23
**objective** [2] - 277:15, 293:7
**objectives** [1] - 408:17
**observe** [1] - 341:19
**obtain** [1] - 328:4
**obvious** [1] - 287:12
**obviously** [1] - 328:20
**occasion** [2] - 334:15, 421:18
**occurred** [5] - 281:13, 302:20, 307:20, 325:22, 349:14
**occurs** [1] - 342:19
**Ocean** [3] - 273:15, 273:18, 274:17
**October** [4] - 288:24, 329:17, 418:21, 419:19
**ODECO** [2] - 274:19, 274:20
**OF** [14] - 259:2, 259:6, 259:12, 259:14, 259:20, 262:4, 262:8, 262:15, 262:21, 263:3, 263:8, 263:9, 263:10
**offer** [9] - 269:7, 269:21, 273:25, 290:16, 290:18, 317:18, 350:10, 351:8, 351:16
**offered** [5] - 269:6, 280:6, 280:22, 318:12, 350:15
**offering** [1] - 329:1
**OFFICE** [5] - 260:4, 262:18, 263:3, 263:8, 263:12
**office** [3] - 286:12, 298:5, 298:7
**offices** [2] - 334:24, 370:11

**OFFICIAL** [1] - 266:12
**Official** [2] - 422:17, 422:23
**officially** [1] - 279:24
**offshore** [8] - 274:19, 275:25, 279:14, 280:11, 296:21, 296:24, 319:1, 404:22
**OFFSHORE** [1] - 264:12
**often** [2] - 272:16, 351:12
**OIL** [2] - 259:5
**oil** [14] - 272:19, 273:8, 275:22, 279:15, 284:23, 297:25, 347:12, 384:10, 384:12, 400:9, 401:9, 403:3, 403:10, 403:11
**Oil** [4] - 273:10, 273:11, 334:20, 334:25
**old** [2] - 340:5, 364:20
**old-fashioned** [1] - 364:20
**OLSON** [1] - 264:21
**OMS** [73] - 305:1, 305:11, 305:12, 305:14, 306:11, 306:13, 306:21, 307:7, 307:12, 307:14, 308:1, 308:7, 308:14, 308:15, 308:18, 309:5, 311:21, 312:10, 312:23, 313:1, 313:9, 313:14, 314:7, 314:23, 315:13, 316:16, 318:16, 320:1, 322:4, 332:3, 332:9, 353:9, 353:16, 354:12, 354:20, 355:5, 355:24, 356:2, 356:25, 394:24, 395:2, 395:5, 395:15, 395:22, 396:2, 396:6, 396:10, 396:19, 397:6, 397:9, 397:10, 397:14, 397:17, 398:9, 398:19, 398:25, 399:6, 399:9, 399:13, 399:16, 399:22, 405:15, 405:17, 406:16,

407:1, 408:19, 409:21, 409:22, 409:23, 410:9, 410:12, 410:15, 412:4
**OMS's** [1] - 397:23
**ON** [1] - 259:6
**On-site** [1] - 318:3
**once** [2] - 396:25, 415:13
**one** [90] - 269:21, 271:4, 275:15, 276:5, 277:20, 280:8, 281:8, 281:15, 284:13, 287:17, 287:22, 288:3, 288:6, 288:10, 293:11, 294:9, 295:10, 295:22, 295:23, 296:1, 296:16, 297:20, 298:1, 300:7, 301:17, 320:18, 323:16, 324:9, 324:12, 327:9, 327:11, 327:20, 327:21, 334:21, 335:23, 336:4, 337:2, 341:3, 344:20, 348:2, 351:24, 352:22, 359:12, 360:20, 360:23, 361:9, 362:2, 362:20, 362:23, 363:4, 363:11, 363:16, 368:17, 370:10, 374:6, 374:11, 374:23, 375:1, 378:22, 380:20, 381:2, 382:21, 383:22, 384:5, 387:8, 391:5, 391:12, 391:13, 391:19, 392:10, 392:17, 396:13, 396:21, 397:1, 398:10, 400:13, 400:16, 400:19, 404:19, 406:24, 407:8, 411:10, 412:22, 417:6, 417:8, 420:15, 421:3, 421:8, 422:8
**ONE** [2] - 263:21, 265:17
**one-year** [1] - 324:9
**ones** [3] - 299:22, 351:23, 375:1
**onshore** [6] - 298:11,

319:1, 319:3, 360:21, 361:10, 361:25
**OODA** [1] - 341:20
**open** [3] - 418:22, 419:12, 420:11
**open-minded** [3] - 418:22, 419:12, 420:11
**opening** [5] - 284:9, 292:11, 292:13, 323:6, 353:22
**openings** [1] - 292:18
**operate** [6] - 297:23, 335:17, 341:14, 343:21, 358:19, 404:3
**operated** [4] - 297:24, 313:15, 314:9, 315:13
**operating** [20] - 305:1, 305:9, 308:3, 308:8, 309:2, 309:9, 309:11, 316:16, 316:24, 322:4, 338:7, 354:6, 379:23, 382:2, 386:7, 386:8, 395:1, 399:23, 408:19, 411:3
**Operating** [10] - 299:9, 299:13, 304:19, 305:24, 306:1, 306:15, 308:7, 312:16, 394:24, 397:17
**operation** [10] - 299:18, 302:22, 324:14, 344:12, 354:4, 360:22, 361:11, 375:20, 386:6, 399:6
**operational** [15] - 285:10, 285:18, 285:25, 286:1, 286:8, 289:22, 300:5, 300:24, 301:7, 326:23, 327:1, 329:8, 373:19, 386:10
**Operations** [6] - 386:4, 387:21, 389:4, 389:11, 390:7, 398:18
**operations** [38] - 284:18, 285:2, 293:8, 306:8, 314:7, 322:25, 336:14, 338:14, 341:15, 363:9, 368:16,

369:21, 370:19,
372:25, 376:20,
378:3, 378:4,
379:24, 380:1,
380:3, 381:23,
385:16, 387:20,
389:11, 389:15,
391:3, 397:24,
397:25, 402:16,
402:19, 404:10,
405:2, 412:12,
412:16, 416:20,
421:4, 421:10
**operator** [6] - 274:21,
275:22, 355:13,
400:17, 404:24,
405:1
**operator's** [1] - 355:10
**operators** [1] - 404:1
**opinion** [18] - 296:16,
297:3, 312:3,
326:21, 326:25,
327:2, 330:9,
330:10, 330:18,
330:21, 331:10,
332:7, 333:4,
361:14, 361:18,
361:23, 362:8,
362:19
**Opinion** [1] - 330:15
**opinions** [18] -
271:23, 281:9,
288:17, 296:11,
296:14, 303:19,
310:16, 310:20,
323:18, 330:14,
360:20, 360:23,
361:9, 362:2,
362:23, 363:4,
363:11
**opportunity** [1] -
350:16
**opposed** [1] - 285:25
**orbit** [2] - 276:25,
277:1
**order** [3] - 302:2,
342:18, 357:14
**ORDER** [1] - 268:4
**orders** [1] - 270:4
**organization** [14] -
336:22, 337:6,
355:13, 367:16,
377:25, 378:9,
379:3, 385:15,
387:21, 398:18,
398:24, 399:2,
403:8, 409:1
**organizational** [12] -
277:17, 278:9,
279:16, 284:3,

290:5, 295:18,
298:15, 298:19,
343:22, 343:23,
344:12, 346:14
**organizations** [8] -
335:16, 337:3,
338:13, 338:16,
346:19, 374:7,
384:24, 398:11
**organize** [1] - 293:3
**organized** [5] -
281:18, 347:9,
372:1, 385:20, 391:2
**organizing** [1] -
391:13
**orient** [1] - 341:19
**originally** [1] - 328:5
**Orleans** [6] - 273:11,
274:21, 277:10,
277:14, 278:3, 380:4
**ORLEANS** [10] -
259:8, 260:8,
260:16, 260:23,
261:22, 263:16,
263:23, 264:15,
265:13, 266:14
**Ostensibly** [1] -
362:25
**otherwise** [3] - 347:3,
351:5, 351:7
**outcome** [2] - 367:12,
382:15
**Outer** [1] - 403:11
**outreach** [1] - 369:25
**outside** [4] - 300:1,
346:13, 380:24,
381:13
**outskirts** [1] - 298:6
**outsource** [1] - 337:3
**outsourcing** [2] -
340:7, 342:25
**outstanding** [2] -
395:23, 395:25
**overall** [5] - 375:16,
388:9, 418:10,
419:21, 420:12
**overarching** [1] -
305:5
**overly** [1] - 347:4
**overrule** [5] - 271:9,
271:21, 301:3,
352:9, 354:1
**overruled** [4] - 314:11,
338:23, 349:17,
357:4
**oversees** [1] - 388:15
**oversight** [2] - 385:10,
385:12
**overview** [2] - 275:1,
307:14

**own** [16] - 290:8,
291:15, 300:1,
318:16, 319:17,
319:18, 397:21,
399:9, 400:9, 401:9,
401:22, 402:12,
404:3, 404:23
**owned** [14] - 274:19,
296:21, 296:24,
307:8, 353:9,
353:12, 353:16,
354:11, 354:20,
355:5, 355:25,
362:13, 399:10,
400:10
**owner/operator** [8] -
297:21, 297:23,
354:8, 355:8,
355:15, 355:19,
355:22, 356:20
**owner/operator's** [1] -
355:16
**owner/operators** [1] -
409:9
**owners** [1] - 396:13

# P

**P&E** [2] - 390:11,
390:15
**p.m** [1] - 422:11
**P.O** [1] - 262:12
**P36** [1] - 275:21
**page** [48] - 280:21,
289:1, 289:12,
290:22, 290:25,
291:1, 307:12,
307:22, 308:13,
308:20, 310:7,
310:9, 316:13,
317:5, 317:15,
317:25, 319:7,
319:9, 341:3, 344:8,
346:9, 350:5,
357:20, 360:19,
360:25, 361:8,
361:13, 361:22,
362:2, 362:5,
364:16, 364:24,
366:22, 369:8,
369:9, 380:12,
390:5, 392:16,
398:14, 407:6,
410:22, 411:15,
414:4, 417:9, 419:7,
419:23
**PAGE** [2] - 267:3,
267:15
**paid** [5] - 278:18,
281:11, 344:2,

344:4, 346:6
**pain** [1] - 359:5
**painful** [1] - 331:16
**PALMINTIER** [1] -
261:14
**PAN** [1] - 260:15
**paper** [4] - 344:5,
344:8, 344:13,
398:23
**paragraph** [2] - 291:2,
361:22
**Paragraph** [2] - 291:4,
291:9
**part** [20] - 280:13,
281:8, 287:11,
287:13, 303:18,
306:23, 312:15,
321:5, 328:13,
328:19, 357:2,
361:14, 361:18,
361:23, 362:18,
373:10, 382:5,
390:21, 405:15,
406:1
**partially** [1] - 376:25
**participated** [4] -
274:15, 275:13,
277:8, 345:2
**particularly** [5] -
275:15, 283:20,
296:2, 341:18,
420:22
**parts** [7] - 281:7,
287:10, 288:10,
295:10, 324:4,
414:1, 414:6
**party** [1] - 393:10
**pass** [2] - 331:22,
352:15
**past** [10] - 273:4,
274:15, 277:20,
299:25, 301:22,
300:11, 334:13,
336:24, 383:4,
416:19
**Pat** [2] - 307:1, 314:18
**PAUL** [1] - 260:14
**Paul** [2] - 415:7,
415:23
**pays** [1] - 344:18
**PE** [1] - 268:23
**PE**...........................
....[1] - 267:5
**penetration** [2] -
295:17, 331:8
**PENNSYLVANIA** [1] -
264:4
**people** [44] - 274:24,
275:10, 278:4,
280:1, 280:9,

282:12, 283:23,
285:4, 285:5,
295:23, 296:2,
298:8, 336:8,
339:24, 340:2,
340:5, 341:10,
344:24, 345:11,
345:19, 347:3,
347:11, 371:19,
372:6, 372:9,
375:20, 376:21,
377:11, 378:8,
378:10, 379:2,
380:24, 381:3,
381:15, 381:16,
391:2, 394:6,
394:15, 406:7,
418:18, 420:16,
420:21, 421:1
**people's** [1] - 280:10
**PEPPER** [1] - 266:12
**Pepper** [3] - 422:16,
422:21, 422:21
**per** [1] - 411:12
**perceived** [1] - 279:20
**percent** [7] - 324:9,
324:11, 330:1,
354:13, 354:14,
356:1, 396:18
**percentage** [2] -
353:15, 354:11
**percentile** [1] - 330:5
**perception** [1] -
276:16
**perform** [3] - 272:14,
293:16, 294:1
**Performance** [2] -
324:6, 397:1
**performance** [26] -
288:1, 307:4,
322:24, 331:6,
335:12, 376:21,
378:10, 382:12,
382:14, 382:18,
383:2, 383:5,
383:11, 383:15,
383:23, 384:3,
384:14, 384:17,
384:20, 386:8,
392:25, 393:7,
393:16, 411:3,
421:19
**performed** [4] - 282:9,
288:11, 293:11,
293:12
**performing** [1] -
407:19
**performs** [1] - 285:13
**perhaps** [3] - 286:25,
295:25, 337:5

**period** [18] - 279:25, 282:8, 317:23, 324:9, 334:25, 339:17, 366:6, 368:2, 368:21, 369:13, 370:4, 373:13, 373:24, 382:23, 383:20, 388:21, 392:12, 397:13
**periods** [1] - 278:22
**persistence** [1] - 406:1
**persistent** [1] - 284:10
**person** [2] - 271:14, 280:15
**personal** [27] - 281:12, 283:17, 283:22, 283:25, 284:11, 284:12, 284:15, 285:2, 285:5, 308:16, 334:12, 334:19, 354:16, 354:21, 354:22, 354:25, 359:13, 378:19, 379:9, 383:3, 383:6, 394:8, 402:4, 416:21, 420:18, 420:23, 421:25
**personnel** [6] - 316:24, 340:9, 374:3, 380:1, 393:11, 393:16
**perspective** [2] - 285:17, 386:9
**pertinent** [1] - 348:14
**pervade** [1] - 295:7
**pervades** [1] - 293:13
**pervasive** [3] - 284:10, 290:4, 346:19
**PETITION** [1] - 259:12
**Petrobras** [2] - 275:21, 275:22
**Petroleum** [1] - 383:25
**phase** [2] - 302:8, 302:9
**Phase** [1] - 302:12
**PHILLIP** [1] - 265:12
**piece** [3] - 276:22, 398:23, 418:5
**pieces** [1] - 277:4, 288:3
**PIGMAN** [1] - 265:11
**pilot** [1] - 344:20
**pilots** [1] - 341:21
**pipelines** [4] - 275:8, 335:9, 369:24, 369:25
**Piper** [2] - 275:1,

280:9
**pivotal** [1] - 322:20
**place** [16] - 282:14, 293:20, 316:16, 326:12, 338:8, 357:8, 370:15, 371:8, 373:14, 388:12, 388:21, 390:2, 392:5, 400:25, 405:14, 411:11
**placement** [1] - 413:15
**places** [1] - 355:18
**plaintiffs** [1] - 268:12
**PLAINTIFFS** [1] - 260:3
**plaintiffs'** [6] - 365:13, 365:19, 365:24, 366:9, 366:13, 366:17
**plan** [11] - 293:2, 294:12, 303:24, 304:1, 322:4, 343:5, 363:3, 380:20, 404:4, 408:18, 409:18
**Plan/Local** [1] - 397:17
**Planning** [1] - 316:8
**planning** [6] - 288:13, 294:11, 334:3, 343:8, 409:1, 409:17
**plans** [2] - 405:7, 405:8
**plant** [2] - 287:11, 287:13
**planting** [1] - 282:13
**platform** [3] - 275:3, 275:8, 275:9
**platforms** [2] - 335:9, 399:9
**plays** [1] - 322:20
**PLC** [1] - 263:20
**plea** [1] - 337:9
**plural** [1] - 287:16
**plus** [1] - 330:2
**PMB** [1] - 273:19
**PMB-Bechtel** [1] - 273:19
**point** [21] - 271:2, 279:6, 285:15, 292:13, 295:10, 302:6, 312:17, 321:14, 325:2, 327:18, 355:14, 366:7, 366:8, 370:10, 372:15, 373:7, 376:8, 380:19, 389:7,

406:15, 417:8
**pointed** [8] - 295:11, 295:16, 295:19, 298:2, 301:11, 331:1, 359:8, 420:21
**points** [2] - 282:24, 329:16
**policies** [1] - 402:12
**polite** [2] - 338:25, 344:3
**port** [1] - 276:23
**portion** [2] - 302:6, 310:19
**portions** [3] - 269:24, 270:21, 310:15
**portrayed** [1] - 412:6
**position** [3] - 269:24, 337:5, 404:11
**positive** [20] - 348:23, 367:24, 370:23, 373:15, 373:21, 374:20, 377:5, 378:15, 378:17, 379:7, 380:23, 382:4, 385:10, 388:17, 388:20, 389:16, 392:6, 392:21, 414:16, 416:9
**possible** [2] - 330:8, 332:13
**POST** [3] - 260:4, 262:18, 263:12
**potential** [14] - 278:14, 279:21, 284:4, 284:18, 285:2, 285:7, 304:9, 304:10, 309:12, 317:1, 332:10, 332:13, 405:7
**potentially** [1] - 317:10
**power** [5] - 282:20, 295:16, 310:12, 331:8, 343:25
**powered** [1] - 282:22
**POYDRAS** [4] - 260:15, 263:22, 264:15, 266:13
**Practice** [1] - 288:21
**practice** [1] - 285:9
**practices** [3] - 309:11, 395:5, 395:16
**practitioners** [1] - 272:14
**precede** [1] - 316:25
**preceded** [2] - 331:16, 342:14
**preceding** [2] - 323:22, 380:23

**precisely** [1] - 304:14
**predict** [1] - 294:3
**preferable** [1] - 353:24
**preference** [1] - 402:11
**prejudicing** [1] - 271:12
**preliminary** [1] - 268:12
**Prepare** [1] - 291:4
**prepare** [2] - 291:10, 333:8
**prepared** [8] - 292:6, 297:10, 323:24, 327:1, 339:4, 342:9, 343:6, 352:2
**present** [6] - 282:16, 282:25, 341:19, 352:22, 373:4, 387:16
**presentation** [6] - 340:24, 346:5, 346:9, 348:3, 348:12, 373:9
**presentations** [4] - 284:10, 335:19, 335:23, 372:17
**presented** [2] - 302:8, 373:1
**president** [3] - 273:15, 273:18, 398:6
**press** [3] - 322:12, 376:18, 378:22
**pressure** [2] - 321:1, 414:16
**pressures** [5] - 320:24, 330:2, 330:7, 341:18, 343:1
**prestigious** [1] - 389:10
**pretty** [1] - 352:21
**prevent** [8] - 285:22, 286:3, 288:4, 288:14, 292:3, 294:4, 309:11, 343:14
**prevented** [2] - 356:25, 357:9
**preventers** [2] - 341:24, 414:6
**preventing** [3] - 283:14, 289:5, 293:24
**prevention** [7] - 272:15, 281:19, 282:1, 283:22, 311:6, 344:18, 347:2
**Prevention** [1] - 341:7
**previous** [1] - 325:16
**previously** [2] -

289:20, 333:25
**primarily** [3] - 365:22, 366:9, 383:3
**primary** [9] - 287:23, 336:10, 354:21, 355:6, 355:11, 384:6, 386:6, 402:15, 402:18
**primitive** [1] - 331:21
**principle** [1] - 406:4
**principles** [5] - 286:5, 286:18, 296:10, 309:10
**priorities** [1] - 376:19
**prioritize** [1] - 309:2
**priority** [4] - 375:15, 376:5, 377:8, 378:24
**pro** [1] - 279:18
**proactive** [6] - 288:13, 293:1, 293:7, 295:7, 338:8, 344:14
**proactively** [1] - 294:12
**probability** [1] - 411:4
**problem** [2] - 316:19, 393:13
**problems** [7] - 336:16, 336:25, 338:5, 339:10, 339:12, 380:8, 380:15
**procedures** [5] - 318:7, 340:1, 404:10, 414:19, 414:21
**proceed** [1] - 268:11
**PROCEEDINGS** [3] - 259:20, 266:16, 268:1
**proceedings** [2] - 271:2, 422:19
**proceeds** [1] - 331:5
**Process** [2] - 310:10, 316:8
**process** [225] - 276:15, 281:17, 281:18, 282:4, 282:10, 283:2, 283:5, 283:9, 283:13, 283:16, 284:1, 284:11, 284:13, 284:14, 284:18, 285:9, 285:16, 285:20, 286:6, 286:13, 286:14, 286:17, 286:21, 288:5, 288:7, 288:9, 291:22, 292:3, 292:22, 293:13, 296:9, 296:19,

297:7, 297:13,
297:18, 298:15,
299:17, 299:21,
299:24, 300:3,
300:14, 301:14,
301:16, 302:17,
302:21, 304:20,
304:22, 308:16,
309:6, 310:24,
311:3, 313:15,
314:8, 314:13,
315:13, 315:24,
316:3, 316:15,
316:18, 316:21,
316:22, 317:2,
317:6, 317:11,
317:22, 318:5,
318:6, 318:25,
319:13, 319:19,
319:20, 319:23,
320:1, 320:21,
324:13, 324:18,
324:20, 324:23,
327:3, 330:10,
330:16, 331:11,
331:12, 331:13,
331:15, 331:16,
331:23, 333:23,
334:14, 334:24,
336:6, 336:10,
336:17, 337:2,
337:9, 337:23,
337:25, 338:18,
339:11, 339:17,
339:23, 340:12,
343:1, 343:2, 345:2,
345:23, 346:3,
346:19, 347:11,
347:16, 347:25,
348:4, 348:24,
353:17, 354:15,
355:6, 355:10,
355:11, 355:18,
355:20, 356:15,
357:7, 357:9,
358:20, 358:24,
359:9, 359:16,
359:22, 362:14,
364:13, 367:23,
368:3, 368:8,
368:11, 368:16,
368:21, 368:24,
369:2, 369:5,
369:15, 369:19,
371:1, 371:11,
371:20, 371:21,
372:19, 373:3,
373:4, 373:15,
373:22, 373:25,
374:4, 374:7,
374:10, 374:15,

374:21, 375:4,
375:21, 376:8,
376:9, 377:1,
378:20, 379:7,
379:9, 379:11,
379:15, 380:8,
380:15, 380:20,
380:25, 381:13,
381:16, 382:7,
382:9, 382:15,
382:19, 383:6,
383:11, 383:14,
383:23, 384:3,
384:16, 385:13,
385:21, 385:24,
386:23, 388:15,
388:18, 389:12,
389:16, 390:18,
391:7, 394:10,
394:12, 394:16,
394:18, 394:21,
396:3, 400:21,
400:24, 402:4,
405:10, 405:23,
406:10, 409:17,
410:19, 411:11,
411:25, 412:1,
412:14, 412:15,
417:23, 418:5,
418:9, 418:10,
418:17, 418:23,
419:1, 419:5
**processes** [2] -
309:10, 362:12
**produce** [2] - 294:5,
345:17
**PRODUCED** [1] -
266:17
**producers** [1] - 403:10
**production** [21] -
275:4, 275:7,
275:25, 276:4,
284:24, 309:16,
320:19, 323:22,
324:5, 324:8,
324:16, 324:21,
324:23, 331:5,
333:12, 338:10,
340:13, 342:24,
344:21, 370:1,
403:12
**Production** [2] -
377:20, 378:1
**PRODUCTION** [3] -
259:15, 263:19,
263:20
**productivity** [1] -
311:2
**professional** [1] -
272:18

**professionals** [2] -
279:13, 279:14
**Professor** [3] -
273:21, 358:4,
372:21
**professor** [1] - 272:3
**proffer** [1] - 333:16
**profit** [2] - 345:17,
347:4
**profitability** [3] -
320:19, 347:3, 359:1
**profitable** [1] - 358:23
**profitably** [1] - 358:19
**profits** [1] - 379:3
**Program** [1] - 390:8
**program** [6] - 379:23,
389:3, 389:23,
392:5, 404:24, 405:2
**programs** [10] -
388:22, 389:1,
389:20, 389:25,
390:1, 390:15,
390:20, 390:23,
391:2, 391:3
**progresses** [1] -
328:22
**progressively** [2] -
274:23, 276:6
**project** [6] - 276:20,
304:23, 322:22,
327:8, 330:6, 345:1
**projects** [5] - 340:17,
340:22, 342:23,
344:21, 390:12
**promise** [1] - 415:13
**promulgated** [2] -
277:7, 307:13
**proper** [1] - 359:23
**properly** [3] - 341:11,
342:4, 359:4
**property** [2] - 309:15,
311:2
**proposal** [1] - 404:18
**proposed** [2] - 403:4,
404:14
**proposition** [1] -
321:15
**protect** [3] - 324:23,
345:18
**protection** [4] - 325:8,
325:9, 333:12,
338:11
**protections** [1] -
324:17
**protocol** [1] - 363:3
**proud** [2] - 393:16,
398:10
**provide** [6] - 286:2,
287:15, 338:10,
385:20, 404:23,

421:10
**provided** [6] - 282:23,
287:6, 315:17,
331:9, 366:1, 366:9
**provides** [1] - 386:9
**providing** [3] - 282:12,
295:14, 344:23
**provision** [2] - 399:16,
400:3
**provisions** [2] -
399:21, 399:23
**proviso** [2] - 378:18,
379:8
**proximate** [2] -
286:15, 287:12
**Prudhoe** [1] - 331:17
**PSC** [5] - 268:15,
279:3, 279:23,
364:11, 366:8
**PTO** [1] - 302:6
**public** [3] - 272:14,
284:7, 297:25
**published** [1] - 283:2
**pull** [5] - 291:9,
375:10, 390:10,
408:8, 411:18
**pull-out** [1] - 390:10
**Pulse** [4] - 391:19,
391:21, 392:2, 392:5
**pulse** [1] - 394:14
**punches** [1] - 285:13
**purpose** [4] - 275:18,
372:1, 386:6, 404:7
**Purpose** [1] - 386:4
**purposely** [1] - 275:17
**purposes** [1] - 308:1
**pursuing** [1] - 407:25
**purview** [1] - 402:17
**pushes** [1] - 285:12
**pushing** [1] - 329:25
**put** [12] - 270:8,
288:13, 303:5,
330:5, 338:8, 345:3,
347:2, 347:22,
357:8, 372:24,
400:6, 407:14
**putting** [1] - 391:1

# Q

**qualification** [2] -
326:6, 327:16
**qualified** [1] - 373:2
**quality** [6] - 276:2,
276:3, 294:5, 294:7,
308:4, 372:19
**quantitative** [1] -
310:24
**quarters** [1] - 275:5

**QUESTION** [2] -
332:9, 332:14
**questioned** [1] -
336:19
**questioning** [2] -
352:24, 357:21
**questionnaire** [2] -
392:22, 394:19
**questions** [13] -
301:22, 327:10,
352:11, 352:14,
352:17, 353:2,
354:18, 357:18,
360:17, 363:24,
364:8, 369:10,
374:11
**quick** [2] - 274:17,
364:18
**quicker** [1] - 404:20
**quickly** [3] - 273:6,
330:8, 420:14
**quotation** [1] - 361:1
**quote** [4] - 313:20,
360:20, 361:9,
361:14
**quotes** [1] - 321:25
**quoting** [1] - 313:8

# R

**RACHEL** [2] - 262:11,
264:18
**raise** [2] - 268:18,
301:22
**raised** [2] - 270:7,
271:20
**rams** [2] - 414:7,
414:13
**range** [1] - 421:20
**Ranger** [1] - 274:17
**rank** [2] - 391:7,
418:10
**Rapidly** [1] - 341:6
**rather** [4] - 294:21,
311:4, 330:13,
415:15
**RCFA** [1] - 318:5
**re** [1] - 418:21
**RE** [2] - 259:5, 259:12
**reach** [1] - 296:10
**reached** [1] - 329:23
**reaction** [1] - 372:20
**reactive** [10] - 288:9,
288:10, 293:11,
293:16, 293:19,
293:22, 293:23,
295:7, 338:8, 344:14
**read** [17] - 304:7,
304:12, 306:14,

309:3, 309:8, 312:9, 316:19, 316:20, 317:3, 317:6, 317:7, 317:13, 394:12, 400:13, 420:2, 420:9, 421:7
**reading** [4] - 281:2, 316:19, 400:12, 420:3
**ready** [1] - 268:11
**real** [3] - 274:17, 279:20, 364:18
**really** [4] - 347:24, 359:25, 412:1, 419:2
**Realtime** [3] - 341:6, 422:16, 422:22
**REALTIME** [1] - 266:12
**reason** [7] - 276:15, 282:18, 315:23, 387:14, 393:2, 393:3, 398:21
**reasonably** [2] - 284:20, 289:3
**reasons** [6] - 288:11, 288:12, 293:18, 333:25, 412:21
**reassert** [1] - 271:6
**recalled** [1] - 348:25
**receive** [2] - 364:14, 380:6
**received** [3] - 365:6, 391:12, 392:21
**recently** [1] - 296:1
**recess** [6] - 334:8, 349:19, 349:20, 349:22, 422:9, 422:12
**recipients** [1] - 420:7
**recognition** [1] - 345:23
**recognize** [1] - 303:21
**recognized** [1] - 277:1
**recognizes** [1] - 379:23
**recognizing** [2] - 313:12, 314:5
**recollection** [2] - 276:10, 387:7
**recommendations** [3] - 288:4, 344:1, 347:25
**record** [17] - 269:2, 270:2, 270:8, 302:7, 312:14, 315:19, 317:17, 318:12, 321:8, 351:20, 374:23, 375:16, 380:9, 380:16, 395:3, 412:22,

422:19
**recordables** [2] - 417:20
**RECORDED** [1] - 266:16
**records** [1] - 319:18
**recruited** [1] - 381:22
**recurrence** [1] - 289:5
**red** [3] - 294:19, 295:9
**REDDEN** [1] - 265:15
**reduce** [4] - 308:2, 316:18, 344:16
**reduced** [1] - 336:19
**reduction** [2] - 386:7, 411:23
**redundancy** [1] - 339:24
**refer** [5] - 280:22, 296:25, 305:11, 309:18, 412:10
**reference** [2] - 311:6, 407:23
**referenced** [1] - 384:24
**referred** [11] - 290:15, 305:3, 305:11, 320:17, 337:13, 369:24, 370:18, 383:1, 385:16, 396:14, 401:14
**referring** [2] - 349:9, 400:23
**refers** [4] - 289:15, 291:3, 318:14, 330:3
**reflect** [4] - 296:16, 382:7, 382:8, 391:1
**reflected** [1] - 361:18
**reflective** [3] - 372:18, 389:22, 394:10
**reflects** [5] - 390:20, 392:8, 392:9, 402:11, 409:1
**refresh** [2] - 276:9, 387:6
**refusal** [1] - 362:11
**refused** [3] - 360:21, 361:10, 361:16
**refusing** [1] - 362:20
**Refusing** [1] - 363:7
**REGAN** [1] - 264:8
**regard** [4] - 271:5, 301:1, 371:19, 420:12
**regarding** [4] - 296:16, 359:14, 359:16, 391:22
**regime** [3] - 374:1, 374:4, 381:17
**regimes** [1] - 356:14
**region** [1] - 294:19,

294:22
**register** [2] - 411:2, 411:3
**Registered** [1] - 422:16
**REGISTERED** [1] - 266:13
**registered** [1] - 422:22
**regulated** [1] - 404:8
**regulatory** [6] - 297:16, 355:18, 356:4, 356:11, 356:14, 379:25
**relate** [8] - 277:21, 288:6, 315:24, 334:13, 394:16, 394:18, 394:20, 410:19
**related** [14] - 272:23, 286:24, 315:19, 316:3, 317:2, 323:2, 323:18, 323:21, 325:21, 325:22, 330:10, 337:25, 340:13, 416:5
**relates** [2] - 297:18, 389:23, 410:23
**RELATES** [1] - 259:10
**relating** [2] - 324:5, 411:3
**relation** [1] - 406:15
**relationship** [3] - 334:20, 347:18, 416:19
**relative** [4] - 288:7, 314:12, 328:14, 394:8
**release** [6] - 304:9, 309:12, 311:18, 311:19, 322:12, 376:19
**relevance** [2] - 353:18, 353:21
**relevant** [5] - 271:13, 271:15, 302:8, 318:17, 356:6
**reliability** [11] - 335:15, 335:16, 335:17, 338:9, 338:12, 344:25, 370:18, 372:2, 372:25, 374:6, 375:20
**reliable** [2] - 308:8, 397:25
**reliance** [2] - 350:5, 350:18
**relied** [10] - 288:16, 297:4, 300:20, 310:15, 310:17,

310:19, 311:14, 332:7, 351:13, 365:13
**relies** [1] - 399:19
**rely** [4] - 303:18, 306:23, 312:15, 365:18
**remain** [3] - 358:23, 376:20, 377:1
**remains** [2] - 294:14, 377:8
**remarkable** [3] - 324:8, 324:10, 325:6
**remedial** [1] - 348:13
**remember** [4] - 374:17, 376:13, 386:25, 407:25
**RENAISSANCE** [1] - 265:23
**rendered** [1] - 330:10
**renew** [1] - 327:15
**renewal** [1] - 399:25
**reorganization** [1] - 340:7
**repeat** [11] - 314:3, 366:15, 369:3, 371:7, 382:16, 388:24, 391:9, 395:8, 400:20, 410:11, 418:24
**repeatedly** [2] - 346:12, 379:16
**repetition** [1] - 343:16
**rephrase** [2] - 312:5, 321:11
**report** [45] - 269:5, 269:8, 269:14, 269:15, 269:25, 271:1, 280:4, 280:6, 280:21, 280:22, 280:25, 281:7, 281:15, 281:23, 290:23, 290:25, 291:4, 291:10, 296:11, 296:15, 297:5, 311:12, 329:2, 329:15, 330:10, 339:7, 341:1, 341:9, 350:9, 350:25, 360:9, 360:18, 360:19, 361:8, 361:19, 362:3, 364:11, 364:13, 365:2, 365:9, 365:23, 366:4, 393:23, 394:4, 401:13
**Report** [5] - 270:21, 290:15, 290:22
**reported** [2] - 386:18,

394:1
**Reporter** [7] - 422:16, 422:17, 422:17, 422:22, 422:22, 422:23
**REPORTER** [3] - 266:12, 266:12, 266:13
**REPORTER'S** [1] - 422:15
**reporting** [1] - 394:3
**reports** [5] - 270:3, 272:23, 341:2, 341:4, 418:19
**represent** [4] - 287:6, 358:6, 364:8, 403:10
**representatives** [2] - 372:10, 416:23
**represented** [2] - 298:23, 372:10
**representing** [2] - 311:19, 410:8
**represents** [1] - 396:20
**request** [1] - 278:25
**require** [5] - 277:25, 286:18, 286:22, 286:24, 325:7
**required** [3] - 282:9, 345:19, 401:21
**requirement** [2] - 312:22, 355:17
**requirements** [7] - 297:18, 309:3, 331:23, 356:12, 379:25, 404:9, 408:19
**research** [5] - 272:14, 282:9, 335:8, 335:9, 340:18
**reserve** [2] - 270:21, 270:23
**resistant** [1] - 343:22
**resolution** [1] - 345:21
**resource** [1] - 297:25
**RESOURCES** [1] - 262:9
**resources** [5] - 295:14, 357:8, 359:4, 374:3, 386:22
**respect** [5] - 301:16, 319:19, 329:11, 348:4, 379:7
**respected** [1] - 340:6
**respond** [2] - 292:19, 327:25
**responded** [1] - 301:23
**response** [6] - 316:25, 344:1, 344:3,

347:22, 374:19, 404:14
**responsibilities** [3] - 297:17, 323:2, 363:1
**responsibility** [6] - 297:14, 297:16, 297:22, 298:18, 402:15, 402:18
**responsible** [6] - 295:15, 297:7, 297:13, 298:15, 345:19, 355:13
**restate** [1] - 315:9
**result** [14] - 280:4, 294:7, 309:14, 317:11, 327:2, 330:18, 334:19, 335:18, 336:16, 340:17, 340:23, 342:25, 359:21, 384:2
**resulted** [3] - 275:7, 286:8, 362:13
**Results** [1] - 407:2
**results** [4] - 311:17, 328:10, 367:7, 367:10
**retained** [2] - 340:11, 346:2
**retaining** [1] - 363:2
**retention** [1] - 340:23
**retired** [1] - 336:22
**retirements** [1] - 336:20
**review** [6] - 297:3, 300:20, 312:24, 319:25, 359:14, 373:19
**reviewed** [3] - 288:15, 320:11, 367:12
**reward** [8] - 320:19, 320:20, 320:22, 325:12, 325:15, 325:18, 325:21, 347:1
**rewarding** [1] - 320:18
**rewards** [1] - 344:19
**Rich** [2] - 411:11, 411:12
**rich** [1] - 344:19
**RICHARD** [1] - 265:3
**Ride** [1] - 349:7
**rig** [24] - 277:23, 286:8, 286:11, 298:11, 307:6, 307:8, 314:22, 353:9, 354:20, 354:22, 355:5, 355:12, 393:21, 394:3, 394:15,

400:18, 401:2, 402:12, 416:24, 418:19, 419:21, 420:8, 420:12
**RIG** [1] - 259:5
**right-hand** [1] - 288:24
**rightsizing** [1] - 336:18
**rigs** [10] - 313:15, 314:9, 315:13, 320:2, 353:11, 353:12, 353:16, 354:11, 355:25, 356:1
**rise** [4] - 268:7, 349:21, 349:23, 422:10
**riser** [1] - 363:10
**Risk** [11] - 272:9, 299:9, 299:13, 304:7, 304:19, 305:24, 306:1, 306:15, 310:10, 312:16, 387:21
**risk** [83] - 272:23, 272:24, 273:2, 277:25, 278:16, 278:18, 280:11, 281:11, 282:4, 282:13, 285:9, 285:20, 286:18, 294:17, 296:19, 297:7, 298:16, 299:24, 300:3, 301:14, 302:17, 302:18, 302:21, 303:14, 303:22, 303:24, 303:25, 304:3, 304:5, 304:25, 308:23, 309:1, 310:3, 310:4, 311:4, 311:22, 312:13, 313:13, 314:6, 314:25, 315:1, 318:25, 320:2, 325:9, 327:7, 327:11, 327:13, 327:17, 327:22, 328:8, 328:14, 331:21, 334:14, 336:5, 339:15, 339:18, 340:9, 346:3, 351:25, 354:7, 359:15, 359:17, 360:7, 361:25, 362:12, 362:14, 362:20, 363:1, 363:8, 386:7, 386:10, 408:19,

409:17, 410:23, 411:2, 411:3, 411:16, 411:19, 411:23
**riskier** [1] - 361:15
**risks** [18] - 294:8, 303:25, 304:20, 308:2, 309:2, 310:5, 311:3, 311:4, 316:23, 317:12, 325:7, 325:8, 360:21, 361:10, 388:9, 388:13, 405:7, 411:2
**risky** [2] - 347:14, 347:15
**RMR** [2] - 266:12, 422:21
**road** [1] - 348:1
**ROBERT** [5] - 260:11, 264:3, 267:5, 268:23, 269:3
**Robert** [2] - 268:15, 269:3
**ROBERTS** [2] - 264:18, 265:17
**Roberts** [4] - 335:11, 341:4, 372:21, 372:22
**robust** [1] - 338:15
**robustness** [1] - 339:25
**rocket** [2] - 277:22, 300:7
**role** [4] - 277:11, 280:17, 322:20, 406:10
**rolled** [2] - 396:24, 396:25
**Roman** [1] - 362:6
**room** [1] - 352:21
**ROOM** [2] - 262:6, 266:13
**root** [23] - 279:17, 286:21, 287:3, 287:7, 287:16, 287:17, 287:19, 287:22, 288:5, 288:7, 288:18, 289:2, 289:13, 290:9, 291:14, 296:10, 301:18, 301:20, 318:2, 318:4, 333:4, 333:11
**rooted** [1] - 331:12
**roots** [4] - 287:15, 287:16, 331:16
**rotate** [1] - 415:12
**ROUGE** [2] - 261:15, 263:12

**roughneck** [1] - 273:7
**ROY** [2] - 260:3, 260:3
**rule** [4] - 270:5, 403:4, 404:14, 405:1
**Rule** [2] - 270:5, 301:2
**rules** [1] - 397:25
**Rules** [2] - 270:1, 351:11
**ruling** [2] - 301:1, 302:11
**rulings** [1] - 269:25
**running** [1] - 407:19
**RUSNAK** [1] - 261:17
**résumé** [2] - 269:18, 271:1

---

**S**

**S&O** [9] - 385:18, 385:24, 386:8, 386:13, 386:22, 387:1, 387:10, 389:25, 390:1
**s/Cathy** [1] - 422:21
**sacrifices** [1] - 321:1
**safe** [11] - 294:21, 308:8, 379:24, 380:1, 391:3, 397:25, 412:12, 415:3, 421:4, 421:9, 421:10
**Safe** [3] - 379:20, 379:23, 380:3
**safely** [3] - 343:21, 358:19, 393:14
**safer** [1] - 416:20
**safest** [1] - 297:17
**safety** [340] - 276:15, 281:17, 281:18, 282:4, 282:10, 283:2, 283:5, 283:9, 283:13, 283:16, 283:17, 283:22, 283:24, 283:25, 284:1, 284:11, 284:12, 284:13, 284:14, 284:15, 284:19, 285:2, 285:5, 285:9, 285:16, 285:20, 286:6, 286:13, 286:14, 286:18, 286:21, 288:5, 288:7, 288:8, 291:23, 292:3, 292:22, 293:4, 296:10, 296:19, 297:7, 297:13, 297:18, 298:16,

298:23, 299:2, 299:17, 299:22, 299:24, 300:3, 300:14, 301:14, 301:16, 302:17, 302:21, 304:20, 304:22, 304:24, 305:2, 305:8, 305:15, 305:18, 305:21, 306:8, 306:12, 308:16, 309:6, 311:5, 313:15, 314:9, 314:13, 315:14, 315:19, 315:25, 316:3, 316:15, 316:18, 316:22, 317:2, 317:6, 317:11, 317:17, 317:22, 318:6, 318:25, 319:14, 319:19, 319:21, 319:23, 320:1, 320:21, 321:1, 324:13, 324:18, 324:20, 324:23, 330:11, 330:16, 331:11, 331:12, 331:13, 331:23, 333:23, 334:14, 336:6, 336:10, 337:9, 337:23, 337:25, 338:18, 339:11, 339:12, 339:18, 339:23, 340:3, 340:12, 343:1, 343:2, 345:23, 346:3, 346:20, 347:4, 347:11, 347:16, 347:25, 348:5, 348:24, 353:17, 353:24, 354:5, 354:8, 354:16, 354:21, 354:22, 354:25, 355:6, 355:10, 355:11, 355:20, 356:15, 357:7, 357:9, 358:20, 358:24, 359:9, 359:16, 359:22, 362:14, 367:17, 367:23, 368:9, 368:11, 368:16, 368:21, 369:2, 369:6, 369:15, 369:20, 370:25, 371:1, 371:4, 371:11, 371:18, 371:20, 371:21,

372:19, 373:3,
373:5, 373:15,
373:19, 373:22,
374:1, 374:4, 374:7,
374:8, 374:10,
374:15, 374:21,
375:4, 375:16,
375:21, 376:8,
376:9, 376:14,
376:20, 376:23,
377:1, 377:2, 377:5,
377:12, 378:10,
378:11, 378:14,
378:15, 378:19,
378:20, 378:24,
379:3, 379:7, 379:9,
379:10, 379:11,
379:13, 379:15,
379:16, 380:8,
380:15, 380:21,
380:25, 381:2,
381:3, 381:13,
381:16, 381:19,
382:5, 382:7, 382:9,
382:15, 382:19,
382:21, 383:3,
383:6, 383:11,
383:14, 383:17,
383:23, 384:3,
384:8, 384:16,
385:10, 385:13,
385:16, 385:21,
385:24, 386:1,
386:6, 386:23,
387:18, 387:20,
388:6, 388:15,
388:18, 389:12,
389:16, 389:18,
390:16, 390:18,
390:21, 391:1,
391:5, 391:6, 391:7,
391:12, 391:14,
391:17, 391:23,
392:8, 392:9,
392:25, 393:4,
393:7, 393:16,
394:8, 394:10,
394:12, 394:17,
394:18, 394:21,
395:6, 396:3, 400:9,
400:17, 400:21,
400:24, 401:1,
401:10, 401:22,
402:3, 402:4,
402:16, 402:18,
404:6, 405:5,
405:11, 405:23,
406:10, 406:17,
410:19, 411:25,
412:1, 412:15,
415:25, 416:13,

416:14, 416:16,
416:17, 416:22,
417:10, 417:12,
417:18, 417:23,
418:5, 418:9,
418:10, 418:15,
418:17, 418:23,
418:25, 419:1,
419:5, 420:8,
420:15, 420:17,
420:18, 420:20,
420:23, 420:25,
421:1, 421:14,
421:15, 421:19,
421:24, 421:25,
422:1
**Safety** [12] - 316:8,
354:4, 375:15,
376:5, 377:8,
384:25, 386:4,
390:7, 391:19,
391:21, 392:2, 392:5
**safety-conscious** [1] -
406:17
**safety-minded** [14] -
376:23, 377:5,
378:14, 381:2,
381:19, 382:21,
383:17, 391:5,
418:25, 420:15,
420:25, 421:24,
421:25, 422:1
**safety-mindedness**
[13] - 370:25, 371:1,
371:18, 371:20,
371:21, 382:5,
386:1, 389:18,
390:21, 392:8,
392:9, 418:15,
421:15
**Sally** [1] - 349:7
**SAN** [2] - 261:5, 262:6
**sank** [1] - 276:7
**sat** [1] - 292:18
**satisfied** [1] - 407:18
**save** [4] - 275:19,
320:25, 327:12,
343:1
**saved** [2] - 323:15,
327:13
**saving** [3] - 293:24,
326:2, 328:16
**savings** [1] - 326:3
**saw** [7] - 292:21,
304:18, 368:2,
368:20, 369:4,
369:7, 369:25
**scale** [1] - 284:21
**scars** [1] - 336:23
**schedule** [2] - 330:1,

330:2
**scheduling** [1] - 329:8
**scheme** [1] - 356:4
**science** [1] - 295:4
**SCOFIELD** [1] - 266:7
**scope** [6] - 270:22,
291:1, 291:3, 291:7,
301:1, 360:9
**SCOTT** [1] - 262:10
**scouts** [1] - 343:6
**screen** [6] - 321:15,
337:14, 353:6,
375:6, 407:4
**sea** [1] - 413:12
**Sea** [9] - 275:4,
334:21, 353:13,
353:16, 354:3,
354:11, 356:1,
356:4, 356:12
**seamlessly** [1] - 401:4
**seams** [1] - 345:14
**searching** [1] - 366:21
**seat** [2] - 269:1,
322:17
**seated** [3] - 268:10,
349:24, 372:21
**second** [23] - 282:17,
286:16, 287:13,
291:2, 295:4,
295:20, 295:22,
297:16, 330:9,
331:2, 336:15,
344:5, 350:19,
350:20, 361:21,
362:10, 363:16,
367:15, 386:21,
399:13, 400:12,
406:24
**secondly** [1] - 281:10
**SECREST** [1] - 265:15
**secret** [1] - 345:24
**section** [10] - 289:2,
308:14, 308:21,
308:23, 309:5,
311:12, 318:2,
362:8, 395:18,
408:14
**Section** [3] - 319:11,
322:7, 408:8
**SECTION** [2] - 262:9,
262:21
**sector** [2] - 354:3,
354:14
**security** [1] - 308:2
**see** [105] - 271:16,
291:12, 294:18,
308:22, 315:22,
315:24, 317:16,
317:20, 317:21,
348:3, 348:18,

356:8, 360:25,
362:8, 362:16,
364:16, 364:25,
366:24, 368:25,
369:13, 375:7,
375:10, 375:12,
375:17, 375:19,
376:8, 376:9,
376:23, 377:1,
377:9, 377:15,
378:8, 378:12,
378:25, 380:14,
386:3, 386:11,
387:6, 387:9, 390:5,
390:6, 390:7,
390:13, 391:6,
392:11, 392:12,
392:18, 392:19,
392:22, 394:14,
395:12, 395:13,
395:18, 395:20,
396:11, 396:16,
396:22, 398:5,
398:7, 398:12,
398:15, 398:17,
400:1, 400:6,
400:11, 401:10,
402:23, 403:21,
403:24, 405:8,
406:20, 407:9,
407:11, 407:16,
408:11, 408:13,
408:15, 408:21,
408:23, 409:7,
409:16, 409:19,
410:2, 410:24,
411:6, 411:8,
411:18, 411:21,
412:7, 412:14,
412:17, 412:19,
415:19, 417:4,
417:9, 417:21,
417:24, 418:2,
419:10, 419:16,
419:19, 419:21,
419:25, 421:13
**SEEAC** [4] - 384:25,
385:3, 385:6, 385:9
**seemingly** [1] - 276:22
**segment** [1] - 410:13
**select** [1] - 352:22
**selected** [3] - 340:3,
341:11, 367:11
**selection** [3] - 326:2,
367:4, 367:7
**SEMS** [3] - 404:4,
404:5, 404:24
**sending** [1] - 417:3
**senior** [4] - 339:22,
379:6, 389:11,

389:15
**sense** [1] - 334:5
**sent** [2] - 370:10,
391:2
**sentence** [4] - 291:3,
308:7, 361:21,
395:18
**separate** [1] - 269:12
**September** [3] -
290:22, 402:23,
415:6
**Sepulvado** [2] - 417:3,
418:18
**series** [6] - 276:20,
298:7, 335:14,
338:4, 339:4, 342:9
**serious** [5] - 309:14,
317:10, 317:11,
324:24, 347:25
**serve** [1] - 404:7
**Service** [1] - 355:18
**service** [1] - 272:14
**services** [1] - 347:14
**SERVICES** [1] -
265:21
**Services** [1] - 273:15
**SESSION** [1] - 259:19
**session** [2] - 415:18,
419:23
**sessions** [2] - 372:16,
392:22
**set** [6] - 281:19, 293:2,
379:6, 390:20,
408:6, 415:15
**sets** [4] - 291:1,
330:14, 344:15,
370:14
**setting** [2] - 376:1,
376:4
**seventh** [1] - 410:22
**several** [6] - 303:23,
318:4, 336:4, 336:8,
340:25, 370:14
**severe** [5] - 278:5,
311:1, 311:7, 336:9,
359:20
**severely** [1] - 333:12
**severity** [3] - 316:18,
317:2, 318:5
**shaft** [1] - 331:3
**shall** [3] - 399:20,
399:24, 411:3
**shame** [1] - 287:23
**share** [1] - 415:17
**sharing** [1] - 418:17
**SHARON** [1] - 262:17
**sharp** [5] - 289:21,
295:12, 341:10,
341:17, 344:24
**SHAW** [1] - 260:21

**shear** [2] - 414:7, 414:13
**sheet** [1] - 407:7
**Shelf** [1] - 403:11
**SHELL** [1] - 263:21
**Shell** [4] - 273:10, 273:11, 334:20, 334:25
**Shetland** [1] - 275:3
**shield** [2] - 276:24, 276:25
**shift** [2] - 334:1, 377:18
**shifting** [1] - 367:15
**ship** [2] - 277:22, 300:8
**shipping** [1] - 275:17
**ships** [2] - 335:9, 369:19
**shore** [1] - 298:7
**shore-based** [1] - 298:7
**shoreline** [1] - 360:7
**short** [1] - 269:21
**shortly** [2] - 282:17, 378:7
**show** [7] - 286:25, 308:15, 315:17, 329:11, 347:22, 348:1, 382:4
**showed** [3] - 292:21, 298:1, 330:24
**showing** [7] - 329:15, 353:25, 368:8, 368:24, 370:25, 371:1, 418:15
**shown** [11] - 292:23, 315:18, 324:15, 329:19, 376:13, 396:13, 409:12, 411:10, 412:8
**shows** [9] - 298:19, 323:24, 383:17, 389:18, 410:6, 410:12, 416:12, 416:15, 422:1
**SHUTLER** [1] - 262:17
**shuttle** [1] - 349:3
**sick** [1] - 340:10
**side** [9] - 276:23, 351:19, 352:1, 352:20, 357:20, 400:19, 417:20, 417:23
**sides** [1] - 328:21
**Sieg** [1] - 381:22
**sign** [2] - 339:19, 397:2
**signals** [1] - 316:25
**signed** [1] - 308:6

**significance** [2] - 324:18, 324:20
**significant** [7] - 326:3, 330:7, 336:15, 368:11, 373:15, 374:3, 381:16
**significantly** [2] - 324:16, 336:24
**signs** [3] - 342:14, 342:17, 375:3
**silenced** [1] - 295:24
**silent** [1] - 296:4
**similar** [5] - 298:4, 300:4, 310:11, 323:17, 348:25
**similarly** [3] - 285:3, 355:20, 369:25
**simple** [3] - 421:3, 421:5, 421:8
**simultaneous** [1] - 363:9
**SINCLAIR** [1] - 263:5
**site** [2] - 318:3, 418:18
**sites** [1] - 396:22
**situation** [1] - 271:11
**six** [2] - 380:19, 416:19
**six-point** [1] - 380:19
**Skelton** [2] - 396:14, 410:3
**skit** [4] - 372:15, 372:16, 372:23, 373:1
**sleeping** [1] - 337:5
**slide** [5] - 351:25, 359:8, 377:22, 417:17, 417:18
**SLIDELL** [1] - 261:12
**slides** [2] - 417:3, 418:13
**slip** [1] - 283:23
**slips** [1] - 355:2
**Slope** [2] - 335:1, 335:3
**SMS** [1] - 305:3
**so-called** [1] - 350:18
**SOC** [1] - 415:16
**societal** [1] - 311:3
**societies** [1] - 282:18
**society** [1] - 404:9
**Sohio** [1] - 335:2
**soil** [1] - 287:14
**sole** [1] - 299:16
**solemnly** [1] - 268:19
**solving** [1] - 393:13
**someone** [2] - 337:4, 398:3
**sometimes** [2] - 305:2, 338:24
**somewhat** [1] -

271:11
**somewhere** [1] - 421:20
**sorry** [8] - 318:11, 357:14, 387:4, 390:5, 399:14, 401:15, 403:17, 407:1
**sort** [1] - 351:22
**sorts** [1] - 349:13
**sound** [1] - 295:24
**sounding** [1] - 303:6
**source** [1] - 350:1
**sourced** [1] - 322:1
**SOUTH** [1] - 264:23
**spans** [1] - 335:9
**SPEAKER** [1] - 364:18
**spear** [9] - 289:21, 295:9, 295:10, 295:11, 298:2, 301:10, 330:25, 331:3, 344:24
**special** [1] - 341:17
**specific** [7] - 300:13, 305:8, 309:5, 321:4, 397:23, 412:2, 414:10
**specifically** [6] - 308:21, 316:3, 340:12, 340:13, 340:20, 342:23
**speech** [1] - 375:7
**speedometer** [3] - 294:17, 294:18
**spell** [1] - 269:2
**SPILL** [1] - 259:5
**spills** [2] - 384:10, 384:12
**SPIRO** [1] - 262:22
**sponsoring** [2] - 335:8, 340:18
**spread** [1] - 284:21
**spreadsheet** [4] - 407:3, 407:17, 408:13, 408:24
**SPU** [1] - 318:14, 322:4, 396:10, 396:17, 397:9, 397:10, 397:19, 397:20, 398:25
**spud** [1] - 329:16
**SQUARE** [1] - 263:21
**SSE** [1] - 389:15
**stability** [1] - 274:24
**staff** [4] - 336:20, 368:25, 369:4, 369:7
**stage** [2] - 331:15, 347:22
**stalwart** [1] - 334:22
**stand** [1] - 404:5

**standard** [7] - 286:17, 290:9, 296:9, 367:23, 401:25, 402:7, 409:6
**standardized** [2] - 412:14, 412:17
**standards** [4] - 276:3, 289:11, 291:15, 406:16
**standing** [2] - 286:17, 416:18
**standpoint** [6] - 281:13, 285:9, 286:7, 286:13, 300:4, 324:19
**stands** [1] - 329:20
**star** [1] - 286:25
**start** [5] - 292:10, 297:12, 378:11, 378:15, 415:16
**started** [6] - 273:7, 315:18, 316:21, 329:21, 387:1, 387:10
**startling** [1] - 276:15
**starts** [1] - 331:4
**STATE** [3] - 263:3, 263:8, 263:10
**State** [3] - 358:6, 360:6, 422:17
**state** [11] - 269:1, 302:7, 308:7, 319:18, 319:20, 360:20, 361:23, 362:10, 404:8, 419:21, 420:12
**statement** [19] - 269:21, 312:2, 316:19, 325:6, 353:22, 365:11, 374:5, 374:7, 375:21, 375:22, 377:5, 395:8, 396:17, 400:20, 408:17, 408:23, 409:12, 409:13
**Statement** [1] - 386:4
**statements** [19] - 292:11, 292:13, 321:20, 323:6, 323:18, 348:25, 354:19, 358:14, 374:8, 374:10, 374:22, 374:25, 376:1, 377:15, 379:4, 379:5, 379:9, 379:16, 405:19
**STATES** [4] - 259:1, 259:14, 259:22, 262:3

**states** [2] - 316:16, 352:17
**States** [11] - 275:11, 335:21, 335:22, 340:20, 341:20, 352:12, 352:14, 355:17, 355:21, 422:17, 422:23
**STATION** [1] - 262:24
**statistics** [2] - 316:3, 317:16
**status** [2] - 395:13, 410:6
**stay** [2] - 299:11, 339:15
**staying** [1] - 360:18
**STENOGRAPHY** [1] - 266:16
**step** [6] - 288:8, 367:24, 370:23, 388:17, 389:16, 396:20
**STEPHEN** [1] - 260:7
**steps** [4] - 373:21, 382:4, 388:12, 388:20
**STERBCOW** [2] - 260:14, 260:14
**STERNBERG** [1] - 266:3
**STEVEN** [2] - 262:10, 264:18
**still** [5] - 277:1, 347:23, 422:5, 422:6, 422:7
**stockholders** [2] - 297:15, 355:17
**STONE** [1] - 265:11
**stop** [4] - 286:2, 334:5, 352:23, 393:19
**storms** [1] - 278:5
**STRANGE** [1] - 263:4
**Strategic** [2] - 324:6, 397:1
**strategic** [3] - 307:4, 331:6, 335:12
**Strategies** [1] - 322:7
**strategies** [2] - 281:19, 344:15
**strategy** [1] - 320:23
**streams** [1] - 373:16
**STREET** [19] - 260:4, 260:11, 260:15, 260:19, 260:22, 261:11, 261:15, 261:22, 263:11, 263:16, 263:22, 264:15, 264:19, 265:4, 265:12,

265:18, 265:24, 266:8, 266:13
**stress** [1] - 321:1
**strike** [2] - 270:21, 328:19
**string** [1] - 326:4
**strong** [5] - 282:23, 342:3, 392:25, 393:7, 393:19
**struck** [1] - 276:23
**structure** [6] - 275:5, 298:14, 298:15, 325:13, 325:15, 329:15
**structured** [1] - 310:24
**structures** [2] - 325:21, 344:13
**students** [1] - 272:13
**studied** [2] - 300:16, 307:23
**studies** [1] - 300:20
**Study** [3] - 279:10, 279:12, 280:1
**study** [8] - 286:7, 288:16, 302:24, 314:18, 328:6, 328:9, 329:2, 367:8
**studying** [1] - 341:13
**stuff** [4] - 340:2, 366:17, 366:25, 367:1
**sub** [1] - 362:8
**subcontractors** [1] - 355:14
**subject** [9] - 283:2, 283:5, 283:8, 303:13, 313:5, 314:19, 320:8, 320:15, 352:5
**submitted** [3] - 269:6, 403:4, 404:14
**subsea** [2] - 276:8, 413:10
**subsequent** [1] - 348:13
**subset** [1] - 284:12
**subsets** [1] - 293:23
**substantial** [2] - 359:21, 390:20
**success** [5] - 276:11, 288:12, 293:18, 320:23, 416:18
**successful** [1] - 396:18
**sudden** [1] - 311:18
**sufficient** [1] - 285:17
**suggest** [1] - 374:14
**SUITE** [13] - 260:4, 260:15, 260:19,

261:4, 261:8, 263:22, 264:15, 264:19, 265:8, 265:18, 265:24, 266:4, 266:8
**SULLIVAN** [1] - 262:17
**sum** [1] - 333:4
**summarize** [1] - 339:4
**summarized** [1] - 287:21
**summarizing** [1] - 342:9
**summary** [2] - 344:11, 392:21
**Sunday** [1] - 277:3
**super** [1] - 403:7
**support** [7] - 276:5, 350:11, 351:9, 385:23, 386:7, 404:23, 417:15
**supported** [2] - 341:12, 345:11
**supporting** [1] - 351:17
**supportive** [1] - 398:9
**supports** [2] - 321:15, 399:22
**surprises** [2] - 294:4, 342:13
**surrounded** [1] - 278:13
**survey** [5] - 391:14, 391:21, 392:2, 392:18, 394:9
**surveying** [1] - 394:6
**surveys** [3] - 391:6, 391:16, 392:4
**suspect** [2] - 315:22, 328:20
**sustained** [2] - 359:25, 360:10
**sustainment** [1] - 396:19
**sustenance** [1] - 287:15
**SUTHERLAND** [1] - 264:17
**swear** [1] - 268:19
**Swiss** [1] - 294:25
**switch** [3] - 285:12, 364:18, 364:19
**switched** [1] - 391:10
**sworn** [1] - 268:24
**System** [4] - 308:7, 341:7, 394:25, 404:6
**system** [117] - 277:16, 278:12, 284:14, 284:15, 287:14, 289:16, 289:20,

289:25, 290:6, 291:11, 293:5, 293:13, 293:14, 297:14, 297:19, 297:22, 297:24, 298:4, 298:8, 298:10, 298:11, 299:19, 300:12, 304:24, 305:1, 305:2, 305:8, 305:9, 305:21, 306:11, 310:6, 312:23, 314:13, 315:1, 315:14, 316:17, 318:16, 319:14, 320:1, 320:25, 324:21, 324:24, 331:13, 331:22, 331:23, 331:24, 333:12, 335:4, 339:25, 342:16, 353:17, 353:24, 354:5, 354:6, 354:7, 354:21, 354:22, 355:2, 355:5, 355:6, 355:7, 355:10, 355:11, 355:14, 355:22, 355:25, 356:2, 357:9, 359:3, 359:7, 368:4, 368:16, 368:21, 369:15, 369:20, 370:7, 370:18, 373:22, 374:15, 374:21, 380:9, 380:15, 382:2, 384:16, 388:18, 390:12, 391:23, 394:19, 395:2, 395:13, 395:23, 395:24, 395:25, 396:3, 396:24, 397:21, 399:9, 400:3, 400:10, 400:18, 400:22, 401:1, 401:3, 401:10, 401:23, 402:3, 405:5, 405:15, 405:24, 406:8, 410:19, 412:2
**systemic** [7] - 289:16, 290:3, 290:9, 291:18, 291:20, 295:6, 295:18
**systems** [32] - 272:16, 276:18, 278:6, 281:21, 282:19, 284:21, 287:2, 288:1, 294:10, 300:10, 305:5, 309:10, 320:23,

325:20, 335:17, 337:9, 338:7, 340:22, 341:11, 341:14, 342:2, 342:5, 344:25, 347:15, 371:5, 373:19, 395:19, 401:4, 401:6, 401:9, 405:20

**T**

**table** [1] - 357:21
**tagged** [1] - 329:17
**talks** [3] - 351:11, 374:22
**TANNER** [1] - 266:7
**tap** [2] - 370:6, 371:3
**target** [2] - 329:23, 410:2
**targets** [3] - 408:17, 409:2, 409:4
**teaching** [1] - 272:14
**team** [12] - 322:25, 331:2, 334:21, 340:18, 360:21, 361:10, 361:25, 362:13, 366:2, 366:13, 370:10, 396:17
**teamwork** [1] - 393:10
**tech** [1] - 296:2
**technical** [4] - 277:19, 336:25, 337:1, 340:8
**techniques** [2] - 293:4, 293:20
**technology** [5] - 277:15, 282:15, 284:3, 297:18, 364:19
**tempo** [1] - 341:13
**temporary** [1] - 414:21
**ten** [2] - 342:15, 422:8
**tended** [1] - 337:6
**tendering** [1] - 333:21
**tenet** [1] - 299:24
**tenures** [1] - 386:19
**term** [10] - 281:15, 281:17, 286:16, 325:12, 331:2, 334:19, 359:5, 406:13, 415:18
**termed** [2] - 288:9, 295:9
**terms** [26] - 293:4, 311:17, 313:15, 314:8, 318:24, 327:16, 331:22, 368:24, 369:14,

372:23, 374:20, 376:4, 376:24, 378:24, 382:14, 384:20, 385:23, 389:16, 407:24, 409:5, 409:6, 409:7, 410:18, 412:12, 416:19
**terrible** [1] - 332:11
**test** [1] - 285:13
**testified** [5] - 268:25, 312:22, 353:8, 365:16, 402:2
**testify** [9] - 307:6, 312:9, 313:5, 326:7, 366:19, 368:10, 368:18, 373:20, 412:17
**testifying** [1] - 326:9
**testimony** [49] - 268:19, 270:5, 302:24, 303:12, 303:16, 303:18, 305:17, 306:14, 306:20, 306:23, 307:8, 307:24, 312:9, 312:16, 312:25, 314:18, 314:21, 320:8, 320:10, 321:10, 321:21, 326:6, 328:20, 329:22, 332:6, 334:2, 350:6, 350:11, 351:6, 351:8, 352:6, 352:8, 358:8, 359:13, 359:18, 366:22, 387:1, 387:9, 387:10, 387:16, 399:11, 400:6, 401:12, 401:14, 401:19, 402:10, 407:23, 414:3, 421:6
**tests** [1] - 414:17
**Texas** [3] - 298:6, 331:17, 346:13
**thankfully** [1] - 284:20
**THE** [115] - 259:5, 259:5, 259:12, 259:21, 260:3, 262:3, 263:3, 263:8, 263:9, 268:7, 268:8, 268:10, 268:17, 268:18, 268:22, 269:1, 269:3, 269:9, 269:11, 269:14, 269:17, 269:23, 270:10, 270:13, 270:16, 270:25, 271:7, 271:25,

274:3, 274:7,
274:10, 290:19,
295:22, 301:3,
302:3, 302:14,
303:9, 309:21,
309:25, 312:1,
312:6, 313:19,
313:22, 314:11,
314:12, 315:4,
315:9, 318:19,
320:9, 320:14,
321:11, 325:4,
325:6, 326:16,
326:18, 327:24,
328:19, 328:25,
329:4, 331:20,
332:24, 333:18,
333:23, 333:24,
334:4, 334:7,
337:11, 337:17,
338:23, 338:24,
348:18, 349:17,
349:19, 349:21,
349:23, 349:24,
350:12, 350:18,
350:22, 351:5,
351:10, 351:18,
352:2, 352:4,
352:11, 352:16,
352:19, 353:3,
353:19, 353:20,
354:1, 354:3, 356:7,
356:9, 356:10,
356:14, 357:4,
357:6, 357:13,
357:19, 357:25,
358:13, 359:25,
360:10, 360:12,
361:3, 363:14,
363:19, 363:22,
364:1, 401:12,
401:14, 422:3,
422:8, 422:10
theme [1] - 356:15
theoretically [1] -
311:7
thereabouts [1] -
273:16
therefore [1] - 409:9
they've [2] - 282:8,
367:19
Thierens [1] - 411:11
thinking [5] - 313:24,
385:9, 391:11,
415:9, 421:14
third [6] - 278:8,
288:3, 295:5,
297:20, 337:2,
393:10
THIRD [1] - 263:11

third-party [1] -
393:10
THIS [1] - 259:10
THOMAS [1] - 261:11
THORNHILL [2] -
261:10, 261:11
thorough [1] - 352:14
thousand [1] - 342:16
three [16] - 271:5,
276:19, 287:21,
289:15, 290:7,
292:21, 295:2,
336:10, 336:11,
344:13, 344:15,
347:13, 396:22,
415:13, 415:22
throughout [5] -
281:15, 281:16,
321:19, 378:4
thrust [2] - 295:15,
331:8
Thunder [2] - 307:8,
314:22
Thursday [2] - 351:21,
419:18
Tigris [1] - 282:11
Tigris-Euphrates [1] -
282:11
title [2] - 341:6, 409:21
titled [1] - 316:8
TO [2] - 259:10, 268:4
today [20] - 273:22,
281:5, 296:12,
302:13, 303:19,
306:24, 331:23,
367:16, 370:5,
372:3, 378:11,
382:11, 384:24,
397:12, 399:8,
399:11, 400:21,
402:22, 407:23,
412:23
together [2] - 290:4,
347:10
tolerant [1] - 338:16
TOLLES [1] - 264:21
tone [3] - 376:2,
376:4, 379:7
Tony [13] - 299:6,
302:24, 303:1,
305:14, 308:6,
332:6, 375:8,
376:10, 376:4,
376:14, 376:18,
377:15, 385:6
took [9] - 280:17,
341:22, 349:22,
350:8, 370:14,
371:8, 373:21,
386:16, 422:11

tools [2] - 391:12,
391:13
top [11] - 298:20,
306:20, 308:6,
345:13, 361:13,
375:20, 376:2,
376:4, 379:7,
395:12, 408:9
topic [5] - 320:15,
396:8, 397:7,
397:12, 419:17
topics [2] - 367:15,
391:10
TORTS [2] - 262:4,
262:15
total [3] - 275:9,
311:19, 329:18
totally [2] - 357:22,
365:15
touch [1] - 281:6
TOWER [2] - 265:4,
265:23
town [1] - 417:3
toxic [1] - 309:13
trace [2] - 282:10
traced [1] - 277:5
track [7] - 342:17,
382:19, 383:11,
383:14, 384:3,
406:19, 411:10
tracked [1] - 328:18
tracking [2] - 382:15,
384:5
trade [1] - 403:3
tragedy [1] - 277:5
tragic [1] - 315:15
train [1] - 389:15
trained [4] - 340:3,
341:11, 356:17
training [6] - 379:25,
388:22, 389:1,
389:3, 389:23,
390:15
TRANSCRIPT [2] -
259:20, 266:16
transcript [5] - 337:14,
364:16, 375:7,
387:8, 422:18
TRANSOCEAN [3] -
264:11, 264:11,
264:13
Transocean [19] -
270:19, 357:15,
360:15, 360:22,
361:11, 361:16,
361:17, 361:24,
363:1, 363:8,
393:10, 400:4,
402:14, 402:15,
415:23, 416:2,

416:7, 416:24,
419:18
Transocean's [2] -
354:25, 402:11
transportation [1] -
282:22
traveling [1] - 348:1
trendsetting [1] -
275:25
TREX [7] - 375:6,
379:19, 386:3,
395:11, 396:10,
399:14, 419:15
TRIAL [1] - 259:20
trial [9] - 271:10,
271:18, 271:19,
281:16, 303:4,
315:18, 315:22,
328:21, 351:6
triangulated [1] -
328:10
tries [3] - 381:3,
420:16, 420:25
triggers [1] - 276:4
trip [2] - 294:11,
294:13
trips [1] - 283:23
TRITON [1] - 259:12
trouble [1] - 321:23
troubles [1] - 336:24
troupe [1] - 373:4
true [11] - 273:8,
273:24, 284:18,
305:6, 306:18,
365:11, 393:8,
420:21, 422:1,
422:2, 422:18
truth [4] - 268:20,
268:21, 366:21
try [7] - 303:7, 303:9,
309:24, 331:19,
382:17, 407:3,
408:10
trying [10] - 271:11,
271:17, 334:5,
352:23, 369:1,
369:4, 373:7,
373:10, 416:3
TUESDAY [3] - 259:9,
268:2
turn [12] - 271:12,
330:14, 361:13,
361:21, 362:5,
379:19, 394:23,
396:6, 402:21,
404:13, 406:25,
415:1
turned [2] - 296:4,
348:1
turns [3] - 270:22,

343:7, 359:5
Two [1] - 302:12
two [24] - 280:10,
281:5, 287:10,
291:14, 294:23,
295:10, 296:1,
298:1, 308:1,
317:23, 324:4,
327:10, 327:12,
341:2, 354:18,
354:19, 369:10,
380:11, 401:4,
401:6, 401:24,
402:6, 422:9
two-year [1] - 317:23
TX [8] - 261:5, 261:19,
264:19, 265:8,
265:18, 265:24,
266:4, 266:9
type [13] - 292:3,
300:12, 303:4,
309:17, 326:4,
328:7, 355:22,
380:9, 380:16,
392:9, 393:3, 416:17
types [8] - 277:22,
277:24, 278:7,
283:13, 288:13,
289:15, 365:1, 365:8
typically [2] - 342:15,
361:16

U

U.S [4] - 262:2, 262:8,
262:15, 262:21
U.S.C.G [1] - 404:9
UK [3] - 354:13, 356:4,
356:12
ultimately [6] -
271:12, 271:22,
271:23, 277:5,
309:14, 378:5
ultra [1] - 340:21
uncertainties [1] -
328:15
uncontrolled [2] -
302:23, 304:7
under [9] - 307:7,
308:14, 308:23,
317:6, 351:10,
354:4, 362:8, 378:5,
390:15
UNDERHILL [2] -
262:5, 352:13
underpinnings [1] -
277:18
understandings [1] -
286:22

**understood** [5] - 299:21, 316:23, 319:20, 366:16, 367:13
**undoubtedly** [2] - 332:15, 332:16
**unfortunately** [3] - 284:4, 320:25, 345:25
**unintentionally** [1] - 295:2
**Unit** [2] - 324:6, 397:1
**unit** [13] - 274:19, 274:23, 274:24, 275:25, 276:1, 276:6, 296:24, 318:15, 331:6, 335:12, 404:22
**UNITED** [4] - 259:1, 259:14, 259:22, 262:3
**United** [14] - 275:11, 335:21, 335:22, 336:13, 340:20, 341:20, 346:17, 352:12, 352:14, 354:3, 355:17, 355:21, 422:17, 422:23
**units** [1] - 296:21
**universe** [5] - 284:17, 284:19, 284:23, 285:1
**University** [3] - 272:3, 340:18, 370:11
**unless** [3] - 290:17, 342:13, 415:14
**unlimited** [3] - 284:19, 387:2, 387:11
**unpleasant** [1] - 294:4
**unquote** [2] - 360:22, 361:17
**up** [23] - 296:8, 319:4, 324:9, 325:8, 325:9, 326:24, 330:7, 333:4, 335:19, 343:15, 344:15, 345:13, 353:1, 360:17, 373:14, 375:22, 377:25, 381:6, 400:6, 400:15, 405:7, 417:17, 420:3
**upcoming** [1] - 415:16
**update** [1] - 411:1
**upper** [4] - 298:17, 300:24, 301:18, 301:20
**upset** [2] - 275:7, 276:4

**upstream** [2] - 378:9, 388:5
**urged** [1] - 400:21
**US** [1] - 346:18
**useful** [3] - 325:18, 344:23, 404:7
**uses** [1] - 353:23
**usual** [1] - 407:21
**utilization** [1] - 282:19
**utilize** [1] - 391:6
**utilized** [2] - 366:8, 401:1

# V

**VA** [1] - 260:19
**vacation** [2] - 294:14, 340:10
**vague** [1] - 387:6
**vaguely** [3] - 376:17, 387:3, 387:5
**VALDEZ** [3] - 275:13, 275:17, 367:20
**validated** [5] - 286:22, 293:3, 310:5, 310:24, 344:23
**Valley** [1] - 282:11
**value** [1] - 378:22
**various** [1] - 300:20
**Vastar** [2] - 335:6, 336:17
**vehicle** [1] - 294:21
**venture** [1] - 302:3
**verbatim** [1] - 401:8
**versa** [1] - 284:13
**versus** [2] - 326:4, 404:24
**vice** [4] - 273:15, 273:18, 284:13, 398:6
**vice-president** [3] - 273:15, 273:18, 398:6
**victims** [3] - 286:16, 295:20, 331:2
**view** [5] - 352:13, 388:9, 399:8, 411:24, 416:14
**vigilant** [1] - 339:15
**vigor** [1] - 412:18
**vigorous** [1] - 412:14
**vigorously** [1] - 407:25
**violation** [3] - 362:25, 363:4, 363:7
**violations** [2] - 362:15, 362:18
**VIRGINIA** [1] - 260:19
**vis-à-vis** [1] - 413:8

**visibility** [2] - 418:2, 418:4
**visible** [1] - 418:9
**VOICES** [1] - 268:9
**voir** [1] - 327:18
**volume** [2] - 384:10, 399:14
**volunteered** [1] - 389:7
**VON** [1] - 266:3
**VP** [1] - 307:4

# W

**wait** [6] - 312:1, 313:19, 353:20
**wake** [1] - 279:3
**walk** [2] - 375:23, 375:25
**WALKER** [1] - 260:18
**WALTER** [1] - 260:22
**WALTHER** [1] - 265:11
**wants** [1] - 350:10
**War** [1] - 282:17
**ward** [1] - 345:16
**warning** [21] - 338:20, 339:9, 339:10, 339:14, 339:19, 339:21, 340:4, 342:7, 342:14, 342:17, 342:21, 342:22, 343:4, 343:5, 343:11, 343:12, 343:19, 343:20, 346:22, 347:18, 347:23
**warnings** [3] - 338:24, 339:5, 342:10
**WASHINGTON** [4] - 262:13, 262:19, 262:24, 264:4
**watching** [2] - 294:17, 330:4
**water** [2] - 287:14, 302:23
**WATTS** [2] - 261:3, 261:3
**wave** [2] - 396:22, 397:3
**waves** [1] - 397:1
**ways** [3] - 420:25, 421:3, 421:8
**wear** [1] - 276:17
**Wednesday** [1] - 415:12
**weed** [1] - 287:11
**weeks** [4] - 336:9, 368:7, 376:15,

415:13
**weight** [2] - 328:22, 352:7
**welcome** [1] - 419:24
**welder** [1] - 356:17
**welding** [1] - 356:17
**well's** [1] - 331:2
**well-developed** [1] - 388:22
**well-known** [2] - 286:17, 299:21
**well-understood** [1] - 299:21
**wellheads** [1] - 276:8
**wells** [3] - 296:20, 330:6, 413:10
**Westlake** [3] - 298:5, 322:20, 346:13
**white** [1] - 292:24
**WHITELEY** [1] - 263:14
**whole** [5] - 268:20, 283:8, 293:7, 298:7, 417:17
**whys** [2] - 285:21, 286:2
**WILLIAMS** [2] - 261:7, 261:7
**WILLIAMSON** [2] - 261:17, 261:18
**WINFIELD** [1] - 263:5
**wing** [1] - 276:24
**withdraw** [1] - 315:8
**witness** [23] - 268:13, 268:24, 281:13, 292:13, 303:9, 309:22, 325:4, 326:6, 327:16, 328:23, 332:19, 332:25, 334:12, 351:11, 352:12, 352:15, 352:22, 356:7, 356:8, 357:17, 357:21, 358:14, 363:24
**WITNESS** [15] - 268:22, 269:3, 309:21, 314:12, 315:4, 320:14, 325:6, 331:20, 333:23, 338:24, 353:19, 354:3, 356:9, 356:14, 357:6
**witness'** [2] - 303:5, 332:25
**witnesses** [1] - 352:24
**WITTMANN** [2] -

265:11, 265:12
**won** [3] - 380:3, 380:10, 380:17
**wonderful** [3] - 298:3, 298:4, 345:23
**Woodward** [1] - 273:16
**Woodward-Clyde** [1] - 273:16
**word** [2] - 293:4, 379:16
**words** [5] - 285:17, 286:10, 303:5, 332:22, 333:5
**worker** [2] - 285:12, 311:5
**workers** [2] - 280:11, 295:11
**World** [1] - 282:17
**world** [3] - 279:13, 378:4, 390:12
**worldwide** [2] - 302:22, 347:10
**worst** [1] - 311:19
**worst-case** [1] - 311:19
**worth** [1] - 415:10
**wrap** [1] - 330:7
**WRIGHT** [1] - 260:3
**write** [3] - 341:1, 344:5, 366:4
**writer** [1] - 401:13
**writing** [2] - 415:22, 420:7
**wrote** [1] - 341:4

# Y

**year** [8] - 270:4, 307:19, 317:23, 322:13, 324:9, 334:15, 348:2
**years** [17] - 272:18, 272:19, 276:19, 280:14, 282:11, 282:15, 324:6, 343:9, 367:19, 374:15, 380:23, 381:6, 387:24, 391:16, 396:3, 416:19
**yesterday** [6] - 284:9, 292:18, 323:6, 325:7, 345:22, 353:23
**YOAKUM** [1] - 261:18
**YOUNG** [1] - 262:23
**yourself** [3] - 403:14, 414:5, 421:13

| **Z** |
|---|
| **zonal** [1] - 413:10 |
| **"** |
| **"MIKE"** [1] - 264:3 |