1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
     *DEEPWATER HORIZON* IN THE          *
5    GULF OF MEXICO ON APRIL 20, 2010   *   Section J
                                        *
6    Applies to:                        *   New Orleans, Louisiana
                                        *
7    Docket 10-CV-02771,                *   February 26, 2013
     *IN RE:  THE COMPLAINT AND*         *
8    *PETITION OF TRITON ASSET*          *
     *LEASING GmbH, et al*               *
9                                       *
     Docket 10-CV-4536,                 *
10   *UNITED STATES OF AMERICA v.*       *
     *BP EXPLORATION & PRODUCTION,*      *
11   *INC., et al*                       *
                                        *
12   * * * * * * * * * * * * * * * * * * *

13

14              DAY 2, AFTERNOON SESSION
              TRANSCRIPT OF NONJURY TRIAL
15      BEFORE THE HONORABLE CARL J. BARBIER
              UNITED STATES DISTRICT JUDGE

16

17   Appearances:

18

19   For the Plaintiffs:          Domengeaux Wright Roy
                                     & Edwards, LLC
20                                BY:  JAMES P. ROY, ESQ.
                                  556 Jefferson Street, Suite 500
21                                Post Office Box 3668
                                  Lafayette, Louisiana 70502

22

23   For the Plaintiffs:          Herman Herman & Katz, LLC
                                  BY:  STEPHEN J. HERMAN, ESQ.
24                                820 O'Keefe Avenue
                                  New Orleans, Louisiana 70113

25

OFFICIAL TRANSCRIPT

1    Appearances:

2

3    For the Plaintiffs:            Cunningham Bounds, LLC
                                     BY:  ROBERT T. CUNNINGHAM, ESQ.
                                     1601 Dauphin Street
4                                    Mobile, Alabama 36604

5

6    For the Plaintiffs:            Lewis Kullman Sterbcow & Abramson
                                     BY:  PAUL M. STERBCOW, ESQ.
                                     601 Poydras Street, Suite 2615
7                                    New Orleans, Louisiana 70130

8

9    For the Plaintiffs:            Breit Drescher Imprevento
                                        & Walker, PC
                                     BY:  JEFFREY A. BREIT, ESQ.
10                                   600 22nd Street, Suite 402
                                     Virginia Beach, Virginia 23451

11

12   For the Plaintiffs:            Leger & Shaw
                                     BY:  WALTER J. LEGER JR., ESQ.
13                                   600 Carondelet Street, 9th Floor
                                     New Orleans, Louisiana 70130

14

15   For the Plaintiffs:            Watts Guerra Craft, LLP
                                     BY:  MIKAL C. WATTS, ESQ.
16                                   4 Dominion Drive
                                     Building 3, Suite 100
17                                   San Antonio, Texas 78257

18

19   For the Plaintiffs:            Williams Law Group, LLC
                                     BY:  CONRAD "DUKE" WILLIAMS, ESQ.
                                     435 Corporate Drive, Suite 101
20                                   Houma, Louisiana 70360

21

22   For the Plaintiffs:            Thornhill Law Firm
                                     BY:  TOM THORNHILL, ESQ.
                                     1308 Ninth Street
23                                   Slidell, Louisiana 70458

24

25

OFFICIAL TRANSCRIPT

```
 1    Appearances:

 2    For the Plaintiffs:          deGravelles Palmintier Holthaus
                                       & Frugé, LLP
 3                                 BY:   JOHN W. DEGRAVELLES, ESQ.
                                   618 Main Street
 4                                 Baton Rouge, Louisiana 70801

 5
      For the Plaintiffs:          Williamson & Rusnak
 6                                 BY:   JIMMY WILLIAMSON, ESQ.
                                   4310 Yoakum Boulevard
 7                                 Houston, Texas 77006

 8
      For the Plaintiffs:          Irpino Law Firm
 9                                 BY:   ANTHONY IRPINO, ESQ.
                                   2216 Magazine Street
10                                 New Orleans, Louisiana 70130

11
      For the United States        U.S. Department of Justice
12    of America:                  Torts Branch, Civil Division
                                   BY:   R. MICHAEL UNDERHILL, ESQ.
13                                 450 Golden Gate Avenue
                                   7-5395 Federal Bldg., Box 36028
14                                 San Francisco, California 94102

15
      For the United States        U.S. Department of Justice
16    of America:                  Environment & Natural Resources
                                   Environmental Enforcement Section
17                                 BY:   STEVEN O'ROURKE, ESQ.
                                         SCOTT CERNICH, ESQ.
18                                       DEANNA CHANG, ESQ.
                                         RACHEL HANKEY, ESQ.
19                                       A. NATHANIEL CHAKERES, ESQ.
                                   Post Office Box 7611
20                                 Washington, D.C. 20044

21
      For the United States        U.S. Department of Justice
22    of America:                  Torts Branch, Civil Division
                                   BY:   JESSICA McCLELLAN, ESQ.
23                                       MICHELLE DELEMARRE, ESQ.
                                         JESSICA SULLIVAN, ESQ.
24                                       SHARON SHUTLER, ESQ.
                                         MALINDA LAWRENCE, ESQ.
25                                 Post Office Box 14271
                                   Washington, D.C. 20004
```

OFFICIAL TRANSCRIPT

Appearances:

For the United States          U.S. Department of Justice
of America:                    Fraud Section
                               Commercial Litigation Branch
                               BY:  DANIEL SPIRO, ESQ.
                                    KELLEY HAUSER, ESQ.
                                    ELIZABETH YOUNG, ESQ.
                               Ben Franklin Station
                               Washington, D.C. 20044


For the State of              Attorney General of Alabama
Alabama:                      BY:  LUTHER STRANGE, ESQ.
                                   COREY L. MAZE, ESQ.
                                   WINFIELD J. SINCLAIR, ESQ.
                              500 Dexter Avenue
                              Montgomery, Alabama 36130


For the State of              Attorney General of Louisiana
Louisiana:                    BY:  JAMES D. CALDWELL, ESQ.
                              1885 North Third Street
                              Post Office Box 94005
                              Baton Rouge, Louisiana 70804


For the State of              Kanner & Whiteley, LLC
Louisiana:                    BY:  ALLAN KANNER, ESQ.
                                   DOUGLAS R. KRAUS, ESQ.
                              701 Camp Street
                              New Orleans, Louisiana 70130


For BP Exploration &          Liskow & Lewis, APLC
Production Inc.,              BY:  DON K. HAYCRAFT, ESQ.
BP America Production          701 Poydras Street, Suite 5000
Company, BP PLC:              New Orleans, Louisiana 70139


For BP Exploration &          Kirkland & Ellis, LLP
Production Inc.,              BY:  J. ANDREW LANGAN, ESQ.
BP America Production              HARIKLIA "CARRIE" KARIS, ESQ.
Company, BP PLC:                   MATTHEW T. REGAN, ESQ.
                              300 N. Lasalle
                              Chicago, Illinois 60654


OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2
     For BP Exploration &           Covington & Burling, LLP
 3   Production Inc.,               BY:  ROBERT C. "MIKE" BROCK, ESQ.
     BP America Production          1201 Pennsylvania Avenue, NW
 4   Company, BP PLC:               Washington, D.C. 20004

 5
     For Transocean Holdings        Frilot, LLC
 6   LLC, Transocean Offshore       BY:  KERRY J. MILLER, ESQ.
     Deepwater Drilling Inc.,       1100 Poydras Street, Suite 3700
 7   Transocean Deepwater Inc.:     New Orleans, Louisiana 70163

 8
     For Transocean Holdings        Sutherland Asbill & Brennan, LLP
 9   LLC, Transocean Offshore       BY:  STEVEN L. ROBERTS, ESQ.
     Deepwater Drilling Inc.,            RACHEL G. CLINGMAN, ESQ.
10   Transocean Deepwater Inc.:     1001 Fannin Street, Suite 3700
                                    Houston, Texas 77002
11
12   For Transocean Holdings        Munger Tolles & Olson, LLP
     LLC, Transocean Offshore       BY:  MICHAEL R. DOYEN, ESQ.
13   Deepwater Drilling Inc.,            BRAD D. BRIAN, ESQ.
     Transocean Deepwater Inc.:          LUIS LI, ESQ.
14                                  335 S. Grand Avenue, 35th Floor
                                    Los Angeles, California 90071
15
16   For Transocean Holdings        Mahtook & Lafleur
     LLC, Transocean Offshore       BY:  RICHARD J. HYMEL, ESQ.
17   Deepwater Drilling Inc.,       600 Jefferson Street, Suite 1000
     Transocean Deepwater Inc.:     Post Office Box 3089
18                                  Lafayette, Louisiana 70501

19
     For Transocean Holdings        Hughes Arrell Kinchen, LLP
20   LLC, Transocean Offshore       BY:  JOHN KINCHEN, ESQ.
     Deepwater Drilling Inc.,       2211 Norfolk, Suite 1110
21   Transocean Deepwater Inc.:     Houston, Texas 77098

22
     For Cameron International      Stone Pigman Walther Wittmann, LLC
23   Corporation:                   BY:  PHILLIP A. WITTMANN, ESQ.
                                    546 Carondelet Street
24                                  New Orleans, Louisiana 70130

25
```

OFFICIAL TRANSCRIPT

1    Appearances:

2

3    For Cameron International        Beck Redden & Secrest, LLP
     Corporation:                    BY:  DAVID J. BECK, ESQ.
4                                         DAVID W. JONES, ESQ.
                                          GEOFFREY GANNAWAY, ESQ.
                                          ALEX B. ROBERTS, ESQ.
5                                    1221 McKinney Street, Suite 4500
                                     Houston, Texas 77010
6

7    For Halliburton Energy          Godwin Lewis, PC
     Services, Inc.:                 BY:  DONALD E. GODWIN, ESQ.
8                                         BRUCE W. BOWMAN JR., ESQ.
                                          FLOYD R. HARTLEY JR., ESQ.
9                                         GAVIN HILL, ESQ.
                                     1201 Elm Street, Suite 1700
10                                   Dallas, Texas 75270

11

12   For Halliburton Energy:         Godwin Lewis, PC
     Services, Inc.:                 BY:  JERRY C. VON STERNBERG, ESQ.
13                                   1331 Lamar, Suite 1665
                                     Houston, Texas 77010

14

15   For M-I, LLC:                   Morgan Lewis & Bockius
                                     BY:  HUGH E. TANNER, ESQ.
16                                        DENISE SCOFIELD, ESQ.
                                          JOHN C. FUNDERBURK, ESQ.
17                                   1000 Louisiana Street, Suite 4000
                                     Houston, Texas 77002

18

19   Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
                                     500 Poydras Street, Room HB-406
20                                   New Orleans, Louisiana 70130
                                     (504) 589-7778
21                                   Toni_Tusa@laed.uscourts.gov

22

23

24

25   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.

OFFICIAL TRANSCRIPT

1                              <u>I N D E X</u>

2                                                       <u>Page</u>

3    Robert Bea

4          Cross-Examination By Mr. Brock              430

5          Redirect Examination By Mr. Cunningham      494

6

7    Lamar McKay

8          Direct Examination By Mr. Cunningham        503

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 01:52 | 1 |
| 01:52 | 2 |
| 02:03 | 3 |
| 02:03 | 4 |
| 02:03 | 5 |
| 02:03 | 6 |
| 02:04 | 7 |
| 02:04 | 8 |
| 02:04 | 9 |
| 02:04 | 10 |
| 02:04 | 11 |
| 02:04 | 12 |
| 02:04 | 13 |
| 02:04 | 14 |
| 02:04 | 15 |
| 02:04 | 16 |
| 02:04 | 17 |
| 02:04 | 18 |
| 02:05 | 19 |
| 02:05 | 20 |
| 02:05 | 21 |
| 02:05 | 22 |
| 02:05 | 23 |
| 02:05 | 24 |
| 02:05 | 25 |

**AFTERNOON SESSION**

**(February 26, 2013)**

            THE COURT:  Everyone be seated.

                  All right, Mr. Brock.

            MR. BROCK:  Thank you, Your Honor.

                        **ROBERT BEA,**

having been duly sworn, testified as follows:

                  **CROSS-EXAMINATION**

BY MR. BROCK:

Q.   Dr. Bea, are you ready to proceed?

A.   Yes.

Q.   Okay.  Thank you.

            I want to come back to a topic that you mentioned

this morning, which is the "every dollar counts" topic.  So

that's what I'm moving to now.  Okay?

A.   Thank you.  Yes.

Q.   I want to go back to the performance assessment of John

Guide that you mentioned this morning.

            MR. BROCK:  If we could pull up 7099.

BY MR. BROCK:

Q.   This morning you quoted from this document a sentence that

says:  "Culture in place for every dollar matters."  Do you

remember that?

A.   Yes.

Q.   You were not shown the language from this document that

ROBERT BEA - CROSS

02:05   1   says, "Rentals have been reduced by 40,000 a month," were you?
02:05   2   **A.**   No.
02:05   3   **Q.**   That is one of the things that the BP folks were being
02:05   4   encouraged to do, which was not have equipment sitting around
02:05   5   that they weren't using, right?
02:05   6   **A.**   Correct.
02:05   7   **Q.**   Because the equipment is expensive, and if you coordinate
02:05   8   things and manage when things go to the rig and when they
02:05   9   leave, you can save a substantial amount of money by doing
02:05   10  that?
02:05   11  **A.**   That's true.
02:05   12  **Q.**   There's nothing wrong with conveying to your employees
02:06   13  about costs, "Treat the money like it's your own, spend it
02:06   14  wisely."  That's a good message to send, isn't it?
02:06   15  **A.**   Yes, sir.
02:06   16          **THE COURT:**  Mr. Bea, pull that microphone a little
02:06   17  bit closer to you.  Thank you.
02:06   18  **BY MR. BROCK:**
02:06   19  **Q.**   Then another point that you did not make this morning when
02:06   20  you were shown this document is John Guide's January to
02:06   21  December 2009 performance evaluation where we see on the first
02:06   22  page, the very first thing that's mentioned in the key
02:06   23  performance indicators is safety.  Do you see that?
02:06   24  **A.**   Yes, sir.
02:06   25  **Q.**   If you come down --

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

02:06   1          **MR. BROCK:**  Donny, can you go into the document,
02:06   2   please, and go down.  In that same box it's the last paragraph,
02:06   3   that says:  "Safety improved dramatically."  It's right there.
02:07   4   **BY MR. BROCK:**
02:07   5   **Q.**   It says:  "Safety improved dramatically as the year
02:07   6   progressed.  No DAFWCs."  Can you help us with that?
02:07   7   **A.**   Personal injuries.
02:07   8   **Q.**   HiPos is the second one, correct.
02:07   9   **A.**   High potentials.
02:07   10  **Q.**   Yes.  High potential events?  Is that what that addresses?
02:07   11  **A.**   Correct.
02:07   12  **Q.**   And HiPos takes into account process safety, doesn't it?
02:07   13  **A.**   It can.
02:07   14  **Q.**   Yes?
02:07   15  **A.**   Or it can exclude it.
02:07   16  **Q.**   So in John Guide's annual individual assessment for the
02:07   17  last year before this event occurred, the first thing in his
02:07   18  review is safety; and we also see safety improved dramatically
02:07   19  as the year progressed, and it mentions HiPos, which is a
02:08   20  process safety issue?
02:08   21  **A.**   Correct.
02:08   22  **Q.**   Now, you were also shown Exhibit 866, which is a key
02:08   23  strategies document.  It's the Gulf of Mexico SPU.
02:08   24          And they pulled out for you a statement there about
02:08   25  15 or 20 points down where it says:  "Foster an every dollar

**ROBERT BEA - CROSS**

02:08  1   counts culture."  Do you remember that?

02:08  2   **A.**   Yes, sir.

02:08  3   **Q.**   Put it on the screen on there in big letters, "Foster

02:08  4   every dollar counts," remember?

02:08  5   **A.**   Yes.

02:08  6   **Q.**   You were not shown at that time, though, the first bullet

02:08  7   point:  "Safe, reliable, and efficient operations."  Do you see

02:08  8   that?

02:08  9   **A.**   Yes.

02:08  10  **Q.**   One of the really important points there is the second

02:08  11  one, which says:  "Embrace OMS and continuous improvement as

02:09  12  key enablers to the business."

02:09  13  **A.**   Yes.

02:09  14  **Q.**   Those kinds of key strategies are what you want to see in

02:09  15  a company that's safety-minded.

02:09  16  **A.**   Yes.

02:09  17  **Q.**   So we have to keep in mind that when we look at documents

02:09  18  like a performance evaluation or a Gulf of Mexico SPU key

02:09  19  strategies, we have to look at the whole document.  You have to

02:09  20  put everything in context, don't you?

02:09  21  **A.**   Correct.

02:09  22  **Q.**   Next question, and just a slightly different topic, so I

02:09  23  will introduce that so I'm not sneaking up on you.  You

02:09  24  mentioned this morning or responded to some questions about

02:09  25  some tables that I have produced in the case, and counsel asked

**ROBERT BEA - CROSS**

02:10  1   you some questions about those.  Do you remember that?

02:10  2   **A.**   Yes, sir.

02:10  3   **Q.**   I want to just follow up on that for just a second with a

02:10  4   few questions.

02:10  5           First, you have not analyzed the number of fires or

02:10  6   explosions experienced by any of the major oil companies over

02:10  7   the past 10 years, have you?

02:10  8   **A.**   Please repeat that question.

02:10  9   **Q.**   Yes.  Have you analyzed the number of fires or explosions

02:10  10  experienced by any of the major oil companies over the past

02:10  11  10 years?

02:10  12  **A.**   No.

02:10  13  **Q.**   Have you analyzed the number of oil leaks experienced by

02:10  14  any of the major oil companies in any of the past 5 to

02:10  15  10 years?

02:10  16  **A.**   No.

02:10  17  **Q.**   The total of volume of oil leaks?

02:10  18  **A.**   No.

02:10  19  **Q.**   Have you analyzed the safety record of the operations --

02:10  20  have you analyzed the safety record of any of the operators in

02:11  21  the Gulf of Mexico over the past five years?

02:11  22  **A.**   Yes.

02:11  23  **Q.**   The work that you would have done there is that you did a

02:11  24  review of the U.S. Mineral Management Service website?

02:11  25  **A.**   That's correct.  In addition, information available

ROBERT BEA - CROSS

02:11  1  through the International Association of Drilling Contractors.

02:11  2  Q.   Have you done any sort of analysis or comparison of the

02:11  3  performance of different operators in the Gulf of Mexico based

02:11  4  on the MMS data?

02:11  5  A.   Yes.

02:11  6  Q.   Let me direct your attention to your deposition, and let's

02:11  7  see if I can refresh your recollection.  Page 143, line 15.  Do

02:12  8  you see the question that's asked of you?

02:12  9        "QUESTION:  Have you done any sort of analysis or

02:12  10       comparison of the performance of the different operators

02:12  11       in the Gulf of Mexico based on the MMS data?"

02:12  12       What was your answer?

02:12  13 A.   "No."

02:12  14 Q.   Now I'm going to switch to a different topic, moving to

02:12  15 some safety focus communications from the Macondo team.

02:12  16       One of the things that -- well, let me go to a

02:12  17 document.

02:12  18       MR. BROCK:  TREX-05969, please.  Yes.

02:12  19 BY MR. BROCK:

02:12  20 Q.   This is a note, March 7, 2010, from Brett Cocales to David

02:12  21 Sims and Mark Hafle.  Do you see that?

02:13  22 A.   Yes, sir.

02:13  23 Q.   Do you understand that Cocales, Sims, and Hafle are

02:13  24 onshore representatives of BP who participate in the drilling

02:13  25 and completions work?

**ROBERT BEA - CROSS**

02:13   1   **A.**   Yes, sir.

02:13   2   **Q.**   He says here:  "David, I talked with the guys briefly on

02:13   3   the sat phone, as they are having problems with the coms line."

02:13   4         Then they go down a bit and they say:  "If anything

02:13   5   looks strange on the FC or the PWD tools, they will shut in and

02:13   6   bring up the lines.  Sounds like they are aware and have just

02:13   7   discussed the concerns we have.  I have no worries at the

02:13   8   time."

02:13   9         Do you see that?

02:13   10   **A.**   Yes, sir.

02:13   11   **Q.**   Now, if we go to the earlier e-mail, which is Treatment

02:13   12   2.1, do you see that Hafle is conveying to Cocales and Sims

02:13   13   about using caution below 11,638 feet?

02:14   14   **A.**   Yes.

02:14   15   **Q.**   Several times there he says:  "Use caution, use caution.

02:14   16   Be prepared for gas levels, high gas levels, as experienced

02:14   17   previously while cleaning out the rathole."

02:14   18         Do you see that?

02:14   19   **A.**   Yes, sir.

02:14   20   **Q.**   You agree that an indication of a high-reliability

02:14   21   organization is being concerned with failure rather than

02:14   22   success?

02:14   23   **A.**   Yes.

02:14   24   **Q.**   Do you agree that this note here reflects Mark Hafle's

02:14   25   expression to other members of the team, let's be careful and

**ROBERT BEA - CROSS**

02:14    1    cautious about potential failures?

02:14    2    **A.**    For this particular case -- instance, yes.

02:14    3    **Q.**    Thank you.

02:14    4             If we look at Exhibit 5969.1.2, from -- this is

02:15    5    treatment -- there we go.

02:15    6             Again, this is Sims saying:  "Either way, I think we

02:15    7    should be careful about the gas.  Take it through the choke at

02:15    8    reduced rate."

02:15    9             Do you see that?

02:15   10    **A.**    Yes, sir.

02:15   11    **Q.**    Again, the kind of communication that high-reliability

02:15   12    organizations will make?

02:15   13    **A.**    That's one type, yes.

02:15   14    **Q.**    You would agree that this type of e-mail evidences David

02:15   15    Sims' safety-mindedness in this instance?

02:15   16    **A.**    Yes.

02:15   17    **Q.**    Now, if we turn to TREX-48154, this is a March 26 e-mail

02:16   18    from Dave Rainey to Sims, Guide, Hafle, and others.  Do you

02:16   19    have that?

02:16   20    **A.**    I think it's from Brent Cocales.

02:16   21    **Q.**    I apologize for that.  I'm going to show you a different

02:16   22    note.  So if we could look at 1.1, from Cocales to LeBleu and

02:16   23    others, is the one I want to focus on.  I apologize for that.

02:16   24    **A.**    Correct.

02:16   25    **Q.**    Now, we know that on March 8 there was a kick on the

**ROBERT BEA - CROSS**

02:16  1   Macondo well, correct?

02:16  2   A.   Yes, a very serious one.

02:17  3   Q.   You have testified about your view about the well being

02:17  4   behind schedule.  We've heard about that this morning.  I want

02:17  5   to focus now on this note that's contained in our

02:17  6   Treatment 5721.1.

02:17  7          Now, this is March 26.  Do you see that?

02:17  8   A.   Yes, sir.

02:17  9   Q.   This is after the March 8 kick, obviously, just by date.

02:17  10  Let's just look at this for a second.

02:17  11          "Some of you will know that we have a standing agenda

02:18  12  item on the Gulf of Mexico leadership team staff meeting

02:18  13  recognitions.  I wanted to let you know that Pinky, Ian, and

02:18  14  Jay recognized you all by name during Monday's staff meeting

02:18  15  for your recent efforts on the Macondo exploration well.  I

02:18  16  know this well has demanded more than its fair share of your

02:18  17  time and attention and wanted you to know that it has not gone

02:18  18  unnoticed or unrecognized.  Thank you for your commitment to

02:18  19  remaining by far the highest performance exploration wells team

02:18  20  in the Gulf of Mexico."

02:18  21          Did I read that right?

02:18  22  A.   Yes, sir.

02:18  23  Q.   This is Rainey communicating to Sims, Guide, Hafle, Morel,

02:18  24  Cocales, the Sepulvados, Vidrine, Earl Lee, Bobby Bodek, and

02:18  25  others, correct?

**ROBERT BEA - CROSS**

02:18   1    **A.**   Yes.

02:18   2    **Q.**   Important members of the wells team, right?

02:18   3    **A.**   Yes.

02:18   4    **Q.**   And on March 26, Rainey is not communicating to the team,

02:19   5    "Hurry up, we are behind schedule," is he?

02:19   6    **A.**   Not directly.

02:19   7    **Q.**   He doesn't say, "Every dollar counts," does he?

02:19   8    **A.**   Not directly.

02:19   9    **Q.**   He sends a positive message here about the work that the

02:19   10   men did on the March 8 kick?

02:19   11   **A.**   Well, I can't make the connection with the March 8 kick.

02:19   12   But he does refer to the highest performing exploration wells

02:19   13   team, and *high performance* can mean making hole.

02:19   14   **Q.**   He also says that certain individuals had been recognized

02:19   15   for their work in dealing with the March 8 kick?

02:20   16   **A.**   Yes.

02:20   17   **Q.**   You are aware that BP is willing to abandon a well if it's

02:20   18   experiencing high losses, correct?

02:20   19   **A.**   Please repeat your question.

02:20   20   **Q.**   Right.  You remember in your deposition we asked you about

02:20   21   the Juneau well, which was abandoned after drilling to

02:20   22   26,500 feet?

02:20   23   **A.**   Yes, sir.

02:20   24   **Q.**   I apologize for not changing the topic for you.  We are

02:20   25   going to, just briefly, this topic.

ROBERT BEA - CROSS

| | | |
|---|---|---|
| 02:20 | 1 | In a high reliability organization, a company that is |
| 02:20 | 2 | willing to stop drilling when they think it's too dangerous |
| 02:20 | 3 | rather than to keep going ahead to try to find oil deeper down, |
| 02:20 | 4 | that's a safety-minded company? |
| 02:20 | 5 | **A.**   Yes. |
| 02:20 | 6 | **Q.**   New topic, Houma week.  I'll show you a document. |
| 02:21 | 7 | **MR. BROCK:**  Pull up 47414, please. |
| 02:21 | 8 | **BY MR. BROCK:** |
| 02:21 | 9 | **Q.**   Do you see this is a March 28, 2010 e-mail from Joe |
| 02:21 | 10 | Neumeyer re the Houma leadership week, sending the week agenda? |
| 02:21 | 11 | Do you have that there? |
| 02:21 | 12 | **A.**   Yes, sir. |
| 02:21 | 13 | **Q.**   Am I ringing any bells yet? |
| 02:21 | 14 | **A.**   Not loudly. |
| 02:21 | 15 | **Q.**   We'll keep going. |
| 02:21 | 16 | You're aware that BP -- or do you recall that BP held |
| 02:21 | 17 | and sponsored a three-day retreat that included sessions on |
| 02:21 | 18 | safety, where they brought in rig contractors? |
| 02:21 | 19 | **A.**   Yes. |
| 02:21 | 20 | **Q.**   If we look at 47414.2.1, do you see that this is a note |
| 02:22 | 21 | from John Guide, the wells team leader, to Andrew Frazelle, |
| 02:22 | 22 | Sanders, Paul Johnson, Daun Winslow, and others?  Do you see |
| 02:22 | 23 | that? |
| 02:22 | 24 | **A.**   Yes, sir. |
| 02:22 | 25 | **Q.**   Do you recognize those names -- some of those names as |

**ROBERT BEA - CROSS**

| | | |
|---|---|---|
| 02:22 | 1 | folks that are associated with Transocean leadership? |
| 02:22 | 2 | **A.**   Yes, sir. |
| 02:22 | 3 | **Q.**   He says:  "All, attached is the agenda for the HSSE |
| 02:22 | 4 | performance meeting this coming Wednesday during Houma week." |
| 02:22 | 5 | Do you see that? |
| 02:22 | 6 | **A.**   Yes, sir. |
| 02:22 | 7 | **Q.**   This is March 28, 2010, right? |
| 02:22 | 8 | **A.**   Yes. |
| 02:22 | 9 | **Q.**   Then if we go to our next Treatment 1.2, this is deepwater |
| 02:22 | 10 | wells leadership Houma leadership engagement.  Do you see that? |
| 02:23 | 11 | **A.**   Yes, sir. |
| 02:23 | 12 | **Q.**   Then it has on there "town leaders," and you can see that |
| 02:23 | 13 | BP folks are attending.  And then it has below that "offshore |
| 02:23 | 14 | leaders" with -- including BP well-site leaders and |
| 02:23 | 15 | Transocean's OIM, senior toolpusher, toolpusher, maintenance |
| 02:23 | 16 | folks, the deck foreman, the driller, and then similar titles |
| 02:23 | 17 | from folks with Pride.  Do you see that? |
| 02:23 | 18 | **A.**   Yes, sir. |
| 02:23 | 19 | **Q.**   Then if we go to 8093.1.1, we see the objectives of the |
| 02:23 | 20 | meeting and it refers to having a deep engagement with rig |
| 02:23 | 21 | leadership, listen to rig leadership.  Do you see that? |
| 02:23 | 22 | **A.**   Yes. |
| 02:23 | 23 | **Q.**   This is BP sponsoring the Transocean folks coming in and |
| 02:23 | 24 | having an interaction over a period of days about enhancing |
| 02:24 | 25 | safety performance? |

**ROBERT BEA - CROSS**

02:24    1    **A.**    Personal safety performance.

02:24    2    **Q.**    Well, what the question says is:  "Will it make a

02:24    3    difference in safety performance?"

02:24    4          That's the question, correct?

02:24    5    **A.**    Correct.

02:24    6    **Q.**    Now, go to 2.1, which is the agenda.  You have talked

02:24    7    about the Challenger incident today, correct?

02:24    8    **A.**    I referred to Challenger.  I discussed Columbia, the echo

02:24    9    of Challenger.

02:24    10   **Q.**    My question was simply:  You have talked about it today,

02:24    11   correct?

02:24    12   **A.**    I mentioned it, yes.

02:24    13   **Q.**    The Challenger issue was obviously something you have

02:24    14   described as a process safety issue, correct?

02:24    15   **A.**    Yes, and NASA as well.

02:25    16   **Q.**    So it's clear, is it not, that the Houma week clearly

02:25    17   included process safety in terms of the agenda that they were

02:25    18   looking at?

02:25    19   **A.**    Well, in terms of video shown; but in terms of the agenda,

02:25    20   the focus was HSSE personal safety.

02:25    21   **Q.**    And the Challenger incident that's being referred to here

02:25    22   was a process safety incident, wasn't it?

02:25    23   **A.**    That's correct.

02:25    24   **Q.**    New issue, calling total depth at Macondo.

02:25    25          You're aware that the BP and Transocean team did not

**ROBERT BEA - CROSS**

| | | |
|---|---|---|
| 02:26 | 1 | reach the original planned depth at Macondo, correct? |
| 02:26 | 2 | **A.**   That's correct. |
| 02:26 | 3 | **Q.**   They stopped some 1500 feet short of that? |
| 02:26 | 4 | **A.**   That's correct. |
| 02:26 | 5 | **Q.**   BP's decision to call total depth early is another example |
| 02:26 | 6 | of safety-mindedness on the part of BP? |
| 02:26 | 7 | **A.**   Please repeat that question. |
| 02:26 | 8 | **Q.**   So this notion that BP was willing to stop when it thought |
| 02:26 | 9 | its risk level had gotten too high, rather than push ahead and |
| 02:26 | 10 | try to find more oil that might be down there, exhibits |
| 02:26 | 11 | safety-mindedness on the part of BP, correct? |
| 02:26 | 12 | **A.**   That's not correct. |
| 02:26 | 13 | **Q.**   Let's look at your testimony at page 250, lines 17 to 24. |
| 02:26 | 14 | Page 250.  Were you asked in your deposition: |
| 02:27 | 15 | "**QUESTION:**  And so, again, this notion that BP was |
| 02:27 | 16 | willing to stop when it thought its risk level had gotten |
| 02:27 | 17 | too high, rather than push ahead and try to find more oil |
| 02:27 | 18 | that might be down there, exhibits some safety-mindedness |
| 02:27 | 19 | on the part of BP, correct?" |
| 02:27 | 20 | **A.**   Correct. |
| 02:27 | 21 | **Q.**   Was your answer "Correct"? |
| 02:27 | 22 | **A.**   Yes. |
| 02:27 | 23 | **Q.**   Thank you.  Now, I want to talk to you for a minute about |
| 02:27 | 24 | conducting safety drills on the rig. |
| 02:27 | 25 | **MR. BROCK:**  If we could go to 571 and maybe -- if we |

**ROBERT BEA - CROSS**

02:27  1   have a title page on that one, if we can pull that out, please.

02:28  2   **BY MR. BROCK:**

02:28  3   **Q.**   You're aware that safety drills were conducted daily on

02:28  4   the *Deepwater Horizon* rig, correct?

02:28  5   **A.**   I was not or don't recall the daily part, but they were

02:28  6   performed frequently.

02:28  7   **Q.**   If we go down to our Treatment 571.13.1, do you see here

02:28  8   that on April -- this is -- the date of this is April 18.

02:28  9   There is a discussion of the roles and responsibilities of the

02:28  10  crew.  Do you see that?

02:28  11  **A.**   Yes, sir.

02:28  12  **Q.**   It says down below:  "Wells have been lost."

02:28  13          Do you see that?

02:28  14  **A.**   Yes, sir.

02:28  15  **Q.**   Then it gives some circumstances under which that can

02:29  16  occur?

02:29  17  **A.**   Yes.

02:29  18  **Q.**   In this particular case you have the crew, including with

02:29  19  the well site leader, discussing the risks associated with

02:29  20  upcoming operations?

02:29  21  **A.**   Yes.

02:29  22  **Q.**   And that is a form of risk assessment?

02:29  23  **A.**   Yes.

02:29  24  **Q.**   I want to turn your attention now to some language from

02:29  25  your report --

**ROBERT BEA - CROSS**

02:29  1         **MR. BROCK:**  You can pull that down.

02:29  2  **BY MR. BROCK:**

02:29  3  **Q.**  -- some language from your report.

02:29  4        One of the things that you refer to in your report is

02:29  5  some interaction between David Sims and John Guide.  Do you

02:29  6  remember that?

02:29  7  **A.**  Yes, sir.

02:29  8  **Q.**  You refer to Sims thinking that Guide was mad at him and

02:29  9  Guide thought Sims was going to fire him and that Sims makes

02:30  10  the comment to Guide, "We can't fight over every decision."

02:30  11  You quote, "I'll turn the well over to you and you will be able

02:30  12  to do whatever you want."

02:30  13        Do you remember that?

02:30  14  **A.**  Yes, fight.

02:30  15  **Q.**  In your report you pull out a couple of statements.  I

02:30  16  want to ask you about some other things that would constitute

02:30  17  the rest of the story.  Okay?

02:30  18        At TREX-1148.1.2, John Guide writes to Sims, after

02:30  19  they have had some spirited e-mails in the morning, and says:

02:30  20  "Got it.  I'll visit with John regardless, as I do on a regular

02:30  21  basis.  Have a nice peaceful time off.  I give you my word I

02:31  22  will consult the team and make well-thought-out decisions.

02:31  23  Will you be my Valentine?"

02:31  24        You got that?

02:31  25  **A.**  Yes.

**ROBERT BEA - CROSS**

| | | |
|---|---|---|
| 02:31 | 1 | **Q.**   Then David Sims writes back later and says:   "Forever |
| 02:31 | 2 | yours."   Right? |
| 02:31 | 3 | **A.**   Yes. |
| 02:31 | 4 | **Q.**   This is the rest of the e-mail chain concerning the |
| 02:31 | 5 | information that you put in your report? |
| 02:31 | 6 | **A.**   Correct. |
| 02:31 | 7 | **Q.**   Basically what this shows is that they had had a heated |
| 02:31 | 8 | exchange and they made up? |
| 02:31 | 9 | **A.**   I can't tell. |
| 02:31 | 10 | **Q.**   Let's look at your testimony at page 236, line 13. |
| 02:32 | 11 | "QUESTION:  So it looks like basically had their |
| 02:32 | 12 | heated exchange and made up, right?" |
| 02:32 | 13 | And was your answer to that "Yes"? |
| 02:32 | 14 | **A.**   Yes. |
| 02:32 | 15 | **Q.**   Then do you recall that David Sims went on vacation at |
| 02:32 | 16 | that time, that's what he is referring to -- that is, John |
| 02:32 | 17 | is -- when he says:  "Have a peaceful time off.  I give you my |
| 02:32 | 18 | word I will consult with the team and make well-thought-out |
| 02:32 | 19 | decisions"? |
| 02:32 | 20 | **A.**   Yes. |
| 02:32 | 21 | **Q.**   Then David Sims comes back on March 20 or thereabouts and |
| 02:32 | 22 | he has a communication with Guide at that point about what |
| 02:32 | 23 | Guide had been doing while Sims was on vacation.  Do you |
| 02:32 | 24 | remember that? |
| 02:32 | 25 | **A.**   Vaguely. |

ROBERT BEA - CROSS

02:32  1  **Q.**    TREX-05973.1.1, he says -- David does to John:  "Thanks,
02:33  2  John.  Vacation was great.  You did a great job getting
02:33  3  redrilled.  I think everything is going well with the DQ
02:33  4  qualification.  *West Sirius* may be out.  Haven't farmed out."
02:33  5            Here, Sims is complimenting Guide on the excellent
02:33  6  work getting out of the kick situation, correct?
02:33  7  **A.**    Correct.
02:33  8  **Q.**    And that kind of communication -- that is, complimenting
02:33  9  employees when they do well on what is essentially a
02:33  10  safety-related task, that is, dealing with the kick -- is a
02:33  11  good thing?
02:33  12  **A.**    Yes.
02:33  13  **Q.**    That's the kind of reinforcement that you look for in
02:33  14  safety-reliable organizations?
02:33  15  **A.**    Yes.
02:33  16  **Q.**    Then if we look at TREX-5974.1.1, we see Sims writing to
02:34  17  Guide on March 22 and he says:  "Any thoughts on these
02:34  18  questions?  I have to answer these for next week's meeting."
02:34  19            So he is now seeking out Guide's assistance in
02:34  20  answering questions?
02:34  21  **A.**    Yes.
02:34  22  **Q.**    Again, in terms of the relationship of these two men, the
02:34  23  process that's being reflected is Sims, who is now John Guide's
02:34  24  boss, is collaboratively reaching out to John and saying, "I
02:34  25  want your thoughts, too, on these questions that I need to

**ROBERT BEA - CROSS**

02:34  1    answer"?

02:34  2    A.    That's what's represented here.

02:34  3    Q.    Thank you.  And that kind of dialogue reflects a healthy

02:35  4    communication environment?

02:35  5    A.    Correct.  Although, I would comment that these kinds of

02:35  6    things are better conducted in the process safety framework

02:35  7    person to person.  We have learned e-mail is no way to

02:35  8    communicate.

02:35  9    Q.    So what we see here is a good, positive communication

02:35  10   about what Sims saw -- or about Sims asking for John Guide's

02:35  11   input, correct?

02:35  12   A.    Yes.

02:35  13   Q.    I think you probably know this.  I'll just ask you if you

02:35  14   do.  These guys that work together, they talk all the time,

02:35  15   don't they?

02:35  16   A.    I hope.

02:35  17   Q.    Yeah, they do.

02:36  18          Now, let's go to 5946.78.1.  Here, you say that --

02:36  19   this is from your report, sir:  "Guide and his boss, Sims, were

02:36  20   not effectively communicating.  Guide told Sims he didn't know

02:36  21   what his responsibilities or the level of authority," and then

02:36  22   you refer to this language that we heard about yesterday,

02:36  23   "paranoia and chaos."

02:36  24          Do you see that?

02:36  25   A.    Yes.

**ROBERT BEA - CROSS**

02:36   1   **Q.**   Then you say:  "The wells team leader felt his team was

02:36   2   flying by the seat of his pants and he foretold that the

02:36   3   Macondo operation was not going to succeed if they continued in

02:36   4   this manner."

02:36   5           Do you see that?

02:36   6   **A.**   Yes, sir.

02:36   7   **Q.**   Then you say:  "But Sims did not take Guide seriously and

02:36   8   brushed off his remarks before leaving for his vacation."

02:36   9           Do you see that?

02:36   10  **A.**   Yes.

02:36   11  **Q.**   But that's not accurate, is it?

02:37   12  **A.**   Well, that's my impression from the documentation.

02:37   13  **Q.**   Sims went on vacation in March, didn't he?

02:37   14  **A.**   Yes.

02:37   15  **Q.**   So Sims didn't run off on vacation after having this

02:37   16  communication with Guide, did he?

02:37   17  **A.**   I'm confused.  I'm sorry.

02:37   18  **Q.**   This note here is a quote from April 17, 2010, right?

02:37   19  **A.**   Correct.

02:37   20  **Q.**   You know that David Sims was on the *Deepwater Horizon* on

02:37   21  the day of the event?

02:37   22  **A.**   Correct.

02:37   23  **Q.**   You know that he took a vacation back in March?

02:37   24  **A.**   Yes.

02:37   25  **Q.**   We looked at that a few minutes ago.  He said, "Have a

**ROBERT BEA - CROSS**

02:37  1   good vacation"?

02:37  2   **A.**   Yes.

02:37  3   **Q.**   Can you tell me what your basis was for saying this:  "But

02:37  4   Sims did not take Guide seriously and brushed off his remarks

02:37  5   before leaving for vacation"?

02:37  6   **A.**   Referring to the seriousness of the loss of well control

02:38  7   and its implications for the risk of the system.

02:38  8   **Q.**   Sir, I'm focusing on your statement that Sims did not take

02:38  9   Guide seriously, brushed off his remarks, and then went on

02:38  10  vacation, referring to this April communication.  That's not

02:38  11  true, is it?

02:38  12  **A.**   I'm confused and don't know.  So restructure, with your

02:38  13  permission, the sequence.

02:38  14  **Q.**   We should strike this sentence, shouldn't we, that Sims

02:38  15  did not take Guide seriously, brushed off his remarks, and left

02:38  16  on vacation?  You can't support that, can you?

02:38  17  **A.**   I wouldn't agree to that until I have reconstructed

02:39  18  mentally the sequencing.

02:39  19  **Q.**   All right.  Let's look at TREX-03695.

02:39  20       **MR. BROCK:**   That's okay.  I don't need that one.

02:39  21  01694, please.

02:39  22  **BY MR. BROCK:**

02:39  23  **Q.**   Now, you remember that John Guide had asked David Sims,

02:39  24  "What is my authority?"  You remember that was in the e-mail?

02:39  25  **A.**   Yes, sir.

**ROBERT BEA - CROSS**

02:39 1  **Q.**   There was an issue about the fact that there had been a
02:39 2  reorganization within the group and John Guide is now reporting
02:40 3  to David Sims?
02:40 4  **A.**   Correct.
02:40 5  **Q.**   Where they had been equals before?
02:40 6  **A.**   Yes.
02:40 7  **Q.**   Or on the same level?
02:40 8       And Sims actually doesn't go off on vacation or brush
02:40 9  off the issue.  Actually what he says is the bottom e-mail:  "I
02:40 10  don't think anything has changed with respect to engineering
02:40 11  and operations.  Mark and Brian . . ."
02:40 12       Let me get you to -- that's okay.
02:40 13       "Mark and Brian write the program based on" -- here
02:40 14  we go.  I want to make clear that we are looking at the note
02:40 15  from Sims to Guide.  Thank you.  I didn't want you to be
02:40 16  confused.  I apologize.
02:40 17  **A.**   Thank you.
02:40 18  **Q.**   He says, in response to the issue on the inquiry about
02:40 19  authority:  "I don't think anything has changed with respect to
02:40 20  engineering and operations.  Mark and Brian write the program
02:41 21  based on discussion/direction from you and our best engineering
02:41 22  practicing.  If we had more time to plan this casing job, I
02:41 23  think we would have all worked it out before it got to the rig.
02:41 24  If you don't agree with something engineering related, you and
02:41 25  Greg can't come to an agreement, John or me gets involved.  If

**ROBERT BEA - CROSS**

02:41  1     it's purely operational, it's your call."

02:41  2          Do you see that?

02:41  3  **A.**   Yes.

02:41  4  **Q.**   Then let's look at the next e-mail from John Guide back to

02:41  5  Sims at the top:  "I totally concur.  I told them we will work

02:41  6  through it together.  I want to do better."

02:41  7  **A.**   Yes.

02:41  8  **Q.**   So Sims didn't blow him off.  He basically sent him a note

02:41  9  clarifying what his authority was and Guide agreed, correct?

02:41  10  **A.**   I'm not sure I can agree to the authority, but they

02:41  11  reached agreement.

02:42  12  **Q.**   Have you looked at John Guide's deposition to see that, as

02:42  13  a result of these interactions, that he felt he understood his

02:42  14  authority?

02:42  15  **A.**   Yes.

02:42  16  **Q.**   Thank you.

02:42  17          Now you agree, do you not, sir, that the -- new topic

02:42  18  now.  We are going to a new topic.

02:42  19          You agree that the causes of the Macondo well blowout

02:42  20  can be traced to a series of identifiable mistakes by BP and

02:42  21  Transocean?

02:42  22  **A.**   And others.

02:42  23  **Q.**   And you agree that Transocean's conduct caused or

02:42  24  contributed to the *Deepwater Horizon* incident?

02:42  25  **A.**   Repeat.

ROBERT BEA - CROSS

02:42   1   **Q.**   Yes.  You agree that Transocean's conduct caused or
02:43   2   contributed to the *Deepwater Horizon* incident?
02:43   3   **A.**   Contributed to?
02:43   4   **Q.**   I just apologize.  I didn't hear the second thing you
02:43   5   said.
02:43   6   **A.**   Contributed to?
02:43   7   **Q.**   Contributed to the *Deepwater Horizon* accident?
02:43   8   **A.**   Yes, sir.  Thank you.
02:43   9   **Q.**   TO, Transocean, did some things that were wrong which led
02:43   10  to the blowout?
02:43   11  **A.**   Correct.
02:43   12  **Q.**   Now, I want to focus you, please, sir, on
02:43   13  Exhibit 5946.86.1.
02:43   14       **MR. BROCK:**  If we could highlight -- I'm not sure if
02:43   15  we can do this.  I'm trying to get the "Transocean was blind to
02:43   16  major process safety system risks."
02:44   17  **BY MR. BROCK:**
02:44   18  **Q.**   One of the things that you identified in your report was
02:44   19  that Transocean was blind to major process system risks,
02:44   20  correct, sir?
02:44   21  **A.**   Yes.
02:44   22  **Q.**   I want to focus your attention now on Exhibit 05777.1.2.
02:44   23  Do you see that this is a Transocean launch of a major
02:44   24  evaluation of safety processes and culture in the fall of 2009?
02:44   25  **A.**   Yes.

OFFICIAL TRANSCRIPT

**ROBERT BEA - CROSS**

02:44 1          **MR. BRIAN:**  Your Honor, I would object to this being

02:44 2    as beyond the scope of his report.  He has not opined in his

02:44 3    report about Transocean's safety process system.

02:44 4          **MR. BROCK:**  This is from his deposition --

02:44 5          **THE COURT:**  Did you talk about this in your report?

02:44 6          **THE WITNESS:**  What's "this"?  No.

02:44 7          **THE COURT:**  What's on the screen.

02:44 8          **THE WITNESS:**  No.  No.

02:45 9          **MR. BROCK:**  Your Honor, this goes to our

02:45 10   cross-examination in terms of his opinions about causation.  He

02:45 11   has clearly said that Transocean's conduct was causal.  There

02:45 12   are a number of references in his report to safety failings.

02:45 13          This also goes to the issue of the

02:45 14   incompleteness of his report.  Because when we showed him

02:45 15   things in his deposition, some of which he had seen, some of

02:45 16   which he hadn't, that demonstrate that Transocean's conduct was

02:45 17   causal, he agreed.  So I think for cross-examination, we are

02:45 18   entitled to pursue that.

02:45 19          **MR. BRIAN:**  Your Honor has ruled at least four times,

02:45 20   maybe five times, that the expert opinions are limited to the

02:45 21   four corners of their report.  I agree with Mr. Brock that he

02:45 22   can test what an expert has or has not considered, but he

02:45 23   cannot elicit opinions --

02:46 24          **THE COURT:**  I sustain your objection.  Okay.

02:46 25          **MR. BROCK:**  Your Honor, if I could just say one more

ROBERT BEA - CROSS

02:46  1    thing for the record?

02:46  2              THE COURT:  Go ahead.

02:46  3              MR. BROCK:  I should be going quicker.

02:46  4                   In his report he says:  "Transocean was blind to

02:46  5    major process safety system risks in the same way as BP's

02:46  6    onshore well team.  In particular, a 2010 study by Lloyd's

02:46  7    Register reached the following conclusions about Transocean."

02:46  8    And this is the document I'm going to right here.

02:46  9                   This is what's on the screen.  This is the

02:46  10   report.

02:46  11             THE COURT:  That sounds like a different document to

02:46  12   me.  I don't know if it is or it isn't.  But it didn't sound

02:46  13   like the same document.

02:46  14             THE WITNESS:  It's different.

02:46  15             THE COURT:  Than what was just on the screen?

02:46  16             MR. BROCK:  This is the report --

02:46  17             THE COURT:  What was on the screen referred to

02:46  18   something in 2009.

02:46  19             MR. BROCK:  Go back.

02:46  20             THE COURT:  Now, you are referring to 2010.  It says

02:46  21   fall of 2009.

02:47  22             MR. BROCK:  I'll go to 4261, then, which is this

02:47  23   report.

02:47  24   BY MR. BROCK:

02:47  25   Q.   Dr. Bea, is this the reference to the Transocean safety

**ROBERT BEA - CROSS**

02:47  1  management systems and safety culture document that is in your
02:47  2  report?
02:47  3  A.   Attributed to Lloyd's.
02:47  4  Q.   Yes.  Thank you.
02:47  5       This report here is the result of work that was done
02:47  6  by Lloyd's in the fall of 2009 and then into early 2010?
02:47  7  A.   Yes, sir.
02:47  8  Q.   The document I showed you was just the one announcing that
02:47  9  this is what was going to be done?
02:47  10  A.   Yes.
02:48  11  Q.   You agree that it is a good idea for Transocean to have a
02:48  12  study like this conducted by Lloyd's?  This is something that
02:48  13  can be helpful to the company?
02:48  14  A.   Certainly.
02:48  15  Q.   We are looking here now at the Lloyd's Register Safety
02:48  16  Management Systems and Safety Culture/Climate reviews.  This is
02:48  17  the closing meeting, March 16, 2010, correct?
02:48  18  A.   Yes, sir.
02:48  19  Q.   Did this report find, sir, that fatigue was a significant
02:48  20  weakness for Transocean?
02:48  21  A.   I recall that it did, yes.
02:49  22  Q.   Let's look at 4261.1.1, "What we have found."
02:49  23       "Policy changes impacting fatigue and impairment."
02:49  24  Was the finding that overwhelming concern existed relating to
02:49  25  the 21 on/21 off work schedule"?

ROBERT BEA - CROSS

02:49 1    **A.**    Yes.

02:49 2    **Q.**    Was the finding made and reported to Transocean on their

02:49 3    last week, "They seem like they are in another world"?

02:49 4    **A.**    Yes.

02:49 5    **Q.**    "On the last week you are so tired you feel like a robot"?

02:49 6    **A.**    Yes.

02:49 7    **Q.**    You agree that fatigue is a negative factor that

02:49 8    influences employees and their ability to safely discharge

02:49 9    their duties?

02:49 10   **A.**    Correct.

02:49 11   **Q.**    Companies should make sure that their employees are not

02:49 12   overly fatigued, especially in deepwater drilling environments?

02:50 13   **A.**    Very definitely.

02:50 14   **Q.**    Do you agree that Transocean should have conducted a

02:50 15   process safety risk assessment before implementing a change to

02:50 16   the 21/21 work schedule?

02:50 17          **MR. BRIAN:**   Your Honor, I'm going object to this as

02:50 18   going beyond the scope of the report.  The document he refers

02:50 19   to in his footnote is actually Exhibit 929.  This is a

02:50 20   different document that Professor Bea did not cite in his

02:50 21   report.  I would move to object to this question and to strike

02:50 22   the questions and answers, the last four or five.  I think it

02:50 23   goes beyond the report.

02:50 24          **THE COURT:**   Well, a few minutes ago everyone seemed

02:50 25   to agree that this was a document he referred to in his report.

ROBERT BEA - CROSS

02:50  1          **MR. BRIAN:**  I heard -- I thought he was going to put

02:50  2     up the one he cited here, which is 929.

02:50  3          **THE COURT:**  There are two Lloyd's documents?

02:50  4          **MR. BRIAN:**  There are two Lloyd's documents, and he

02:50  5     refers to Exhibit 929.

02:50  6          **MR. BROCK:**  I would have to get them and look at them

02:51  7     side by side.

02:51  8          **THE COURT:**  What's the difference in the two

02:51  9     documents?  Are they different dates?

02:51  10         **MR. BRIAN:**  The one he has on the screen now is a

02:51  11    PowerPoint presentation.

02:51  12         **THE COURT:**  But does it all relate to the same

02:51  13    Lloyd's study?

02:51  14         **MR. BRIAN:**  Yes, sir, it relates to the same study.

02:51  15         **THE COURT:**  So the substance of it is the same.  I

02:51  16    will overrule the objection.

02:51  17    **BY MR. BROCK:**

02:51  18    **Q.**   Now, as a process safety expert, this raises a red flag to

02:51  19    you as to whether fatigue would have been a contributing factor

02:51  20    in why the driller missed three kick indicators?

02:51  21    **A.**   Fatigue has a potentially pervasive effect on process

02:51  22    safety.

02:51  23    **Q.**   Let me go back just a minute because I'm not sure that I

02:52  24    have got an answer to an earlier question.  I may have.  If I

02:52  25    did, I apologize.

ROBERT BEA - CROSS

02:52   1          Do you believe that Transocean should have done a
02:52   2   risk assessment before implementing a change like the 21/21,
02:52   3   which was going to have a negative effect of making the
02:52   4   employees feel so tired they felt like a robot?
02:52   5          MR. BRIAN:  Objection, beyond the scope of his
02:52   6   report.
02:52   7          THE COURT:  Is that opinion in your report?
02:52   8          THE WITNESS:  I don't think so.
02:52   9          THE COURT:  I sustain the objection.
02:52  10   BY MR. BROCK:
02:52  11   Q.   Are you aware that the Transocean driller on duty at the
02:52  12   time of the incident, Dewey Revette, was on the last day of a
02:52  13   21-day hitch?
02:52  14          MR. BRIAN:  Same objection.
02:52  15          THE COURT:  That's not an opinion; that's asking if
02:52  16   he is aware of it.
02:52  17          MR. BROCK:  A fact I'm asking if he was aware of.
02:52  18          THE COURT:  Are you aware of that?
02:52  19          THE WITNESS:  Yes, sir.
02:52  20   BY MR. BROCK:
02:52  21   Q.   Was he on the last day of a 21-day hitch?
02:52  22   A.   I recall that's accurate.
02:53  23          MR. BROCK:  Your Honor, if I could just have one
02:53  24   second.  I think I understand your ruling, so I don't want to
02:53  25   start some questions on something.

ROBERT BEA - CROSS

02:53   1           **THE COURT:**  Okay.  I was just going to say, we had
02:53   2   had a couple complaints earlier today that the temperature in
02:53   3   the courtroom was a little cold.  I see everybody nodding their
02:54   4   head.  I usually don't it up here with this thing on.
02:54   5           **MR. BROCK:**  I was going to say exactly the opposite.
02:54   6           **THE COURT:**  During the lunch hour my assistant back
02:54   7   there supposedly called whoever -- I don't even know who does
02:54   8   these things, but somebody who controls -- we have no control
02:54   9   over the temperature -- no thermostats in here -- it's some big
02:54   10  computer in the sky somewhere -- and asked them to turn it up a
02:54   11  couple notches, so hopefully it will be a little more
02:54   12  comfortable this afternoon.
02:54   13          **THE WITNESS:**  Thank you.
02:54   14          **THE COURT:**  We always seem to have a chronic problem.
02:54   15  It's either so warm it's uncomfortable or so cold it's
02:54   16  uncomfortable.
02:54   17  **BY MR. BROCK:**
02:54   18  **Q.**   I want to turn year attention to a new issue now.
02:54   19          **MR. BROCK:**  If we could have TREX-5946.86.2, please.
02:54   20  **BY MR. BROCK:**
02:55   21  **Q.**   Do you have that there?
02:55   22  **A.**   No.
02:55   23  **Q.**   I'm sorry.  Do you see here that you say in your report,
02:55   24  "In many cases, Transocean managed those risks poorly"?  Do you
02:55   25  see that?

ROBERT BEA - CROSS

02:55  1    **A.**    Yes.

02:55  2    **Q.**    You say:  "There is no evidence that Transocean performed

02:55  3    a formal risk assessment prior to conducting simultaneous

02:55  4    operations during the displacement of the riser."

02:55  5              Do you see that?

02:55  6    **A.**    Correct.

02:55  7              **MR. BROCK:**  You can pull that down.

02:55  8    **BY MR. BROCK:**

02:55  9    **Q.**    You're aware, are you not, that Don Vidrine, the BP

02:55  10   well-site leader, requested a flow check during the sheen tests

02:55  11   in that period of time about 9:08 to 9:14?

02:56  12   **A.**    Yes, sir.

02:56  13   **Q.**    You agree that that was a good process safety thing to do

02:56  14   by Mr. Vidrine, because with the pumps off during the sheen

02:56  15   test, it was a prime time to check to see if the well was

02:56  16   flowing?

02:56  17   **A.**    Yes.

02:56  18   **Q.**    You understand enough about drilling, I know, that once

02:56  19   the pumps go down, you shouldn't see activity in terms of

02:56  20   pressure?

02:56  21             **MR. BRIAN:**  Two objections, Your Honor.  One, it goes

02:56  22   beyond the scope of the report.  And, two, Mr. Brock has

02:56  23   already elicited he is not an expert in well control and

02:56  24   drilling of wells.

02:56  25             **MR. BROCK:**  I'll move on.  I'll move on.

ROBERT BEA - CROSS

02:56    1          THE COURT:  Okay.  I'll sustain the objection.

02:56    2    BY MR. BROCK:

02:56    3    Q.    You looked at the interface between the driller and the

02:56    4    shaker hand, did you not?

02:56    5    A.    Yes.

02:56    6    Q.    You recall that there was a breakdown in communication

02:56    7    between the TO driller and the shaker hand as to where flow was

02:57    8    going on the rig?

02:57    9    A.    I recall the confusion, yes.

02:57    10   Q.    That was a process safety failure.

02:57    11   A.    What is that in your question?

02:57    12   Q.    The breakdown in communication between the TO driller and

02:57    13   the shaker hand.

02:57    14   A.    Certainly.

02:57    15   Q.    You are familiar with the fact that the Transocean crew

02:57    16   did not divert overboard and instead diverted to the mud/gas

02:57    17   separator?

02:57    18          MR. BRIAN:  Same two objections, Your Honor.  Beyond

02:57    19   the scope of his report and beyond his expertise.  This is a

02:57    20   well control issue, not a process safety issue.

02:58    21          THE COURT:  You did earlier establish he was not an

02:58    22   expert in any of these things, and now it seems like you are

02:58    23   asking him expert questions.

02:58    24          MR. BROCK:  This is a process -- can I ask one more

02:58    25   question?

ROBERT BEA - CROSS

02:58    1           THE COURT:  Okay.  I'll give you a chance to restate
02:58    2    it, rephrase it.
02:58    3    BY MR. BROCK:
02:58    4    Q.    Process safety includes both mechanical systems and human
02:58    5    elements?
02:58    6    A.    Yes.
02:58    7    Q.    You agree that on a MODU like the *Deepwater Horizon*, for
02:58    8    the hazard of an uncontrolled release of hydrocarbons, well
02:58    9    control is the most important process safety event?
02:58   10           MR. BRIAN:  Objection, beyond the scope of his
02:58   11    report.
02:58   12           MR. BROCK:  I think it is supported by the report.
02:58   13           THE COURT:  Is that from the report?
02:58   14           MR. BROCK:  59.
02:59   15           Dr. Bea's report says:  "Additionally" --
02:59   16           THE COURT:  What page are you reading from?
02:59   17           MR. BROCK:  Page 59.  "Additionally, Transocean
02:59   18    personnel on the rig refused to maintain proper situational
02:59   19    awareness and missed key indicators that control of the Macondo
02:59   20    well was being lost and the well was blowing out."
02:59   21           MR. BRIAN:  That's why, Your Honor, at the beginning
02:59   22    I reserved the right to move to strike portions of this report,
02:59   23    because observations about well control go beyond the scope of
03:00   24    Professor Bea's expertise, by his own admission.
03:00   25           THE COURT:  It seems like the witness is saying what

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

| | |
|---|---|
| 03:00 | 1 |

he understands from other witnesses' testimony.

                Is that correct?

            **THE WITNESS:**  Yes.

            **THE COURT:**  So I overrule the objection.

**BY MR. BROCK:**

**Q.**   In the area of process safety, is loss of well control --

well, let me rephrase the question.

            On a MODU like the *Deepwater Horizon*, for the hazard

of an uncontrolled release of hydrocarbons, well control is the

most important process safety event?

**A.**   It is at a high-risk level.

**Q.**   Dr. Bea, I apologize.  Could you just say that one more

time.  I just didn't get it.

**A.**   It is at a high-risk level.

**Q.**   All right.  Let me direct your attention to your

deposition at 175, lines 14 to 18.

            "**QUESTION:**  If the hazard or threat is uncontrolled

        release of hydrocarbons, well control is the most

        important process safety event, correct?"

            Was your answer "Correct"?

**A.**   Correct.

**Q.**   Is it your understanding, in looking at the systems on the

*Deepwater Horizon*, that Transocean was responsible for kick

detection?

**A.**   Yes.

ROBERT BEA - CROSS

03:02  1   **Q.**   Just one second.  I apologize.

03:02  2           Okay.  New topic.  This one concerns BP's evaluation

03:02  3   of the risk of an uncontrolled blowout.  You gave some

03:02  4   testimony about that this morning.  I'm going to ask you a few

03:02  5   questions about that.  Okay?

03:02  6   **A.**   Thank you.

03:02  7   **Q.**   If we look at 4170.1.1, do you see that's the Gulf of

03:03  8   Mexico SPU?

03:03  9   **A.**   Yes.

03:03  10  **Q.**   I'm looking for the date.  January 16, 2010.

03:03  11  **A.**   Yes.

03:03  12  **Q.**   Then if we go to -- let me just ask you this question.

03:03  13  Would you agree, Dr. Bea, that the loss of well control was one

03:03  14  of the top risks identified by BP's Gulf of Mexico business

03:03  15  unit?

03:03  16  **A.**   Yes.

03:03  17  **Q.**   In this document here, at 23.1, do we see that loss of

03:03  18  well control during the drilling -- during drilling, with the

03:03  19  potential for significant environmental spill, is listed as a

03:04  20  major accident hazard?

03:04  21  **A.**   Yes, sir.

03:04  22  **Q.**   In this document there is reference to a number of assets

03:04  23  within BP's relationships with others.  Some of these are

03:04  24  owned, but the *Horizon* is listed there?

03:04  25  **A.**   Yes.

ROBERT BEA - CROSS

03:04  1    **Q.**   Now, if we look at the Gulf of Mexico annual engineering
03:04  2    plan, which is at 4170.23.1, this refers to the *Horizon*.
03:04  3          Is this the same document?
03:04  4    **A.**   Yeah.
03:04  5    **Q.**   Let me just do it this way.  From the documents that you
03:05  6    looked at of BP's, including the one that we are looking at
03:05  7    now, you agreed that BP identified the loss of well control as
03:05  8    having the potential for significant environmental and human
03:05  9    risks, correct?
03:05  10   **A.**   The record is conflicting there.  But relative to the SPU
03:05  11   and what was actually done on Macondo, the risk register
03:05  12   reflects not a high-consequence issue associated with loss of
03:05  13   well control.
03:05  14   **Q.**   Let's look at your deposition at page 152, lines 4 through
03:06  15   13.  Do you see that you were asked the question, sir?
03:06  16          "QUESTION:  So in other words, you're not testifying
03:06  17       that that was a risk -- the risk of loss of well control
03:06  18       is something that BP wasn't conscious of?"
03:06  19          What was your answer to that?
03:06  20   **A.**   "That's correct."
03:06  21   **BY MR. BROCK:**
03:06  22   **Q.**   Then do you say:
03:06  23          "QUESTION:  They were conscious, from the board of
03:06  24       directors all the way to the bottom level of management we
03:06  25       discussed earlier."

ROBERT BEA - CROSS

03:06  1   A.    Yes.

03:06  2   Q.    That was your testimony then, and that's your testimony

03:06  3   now?

03:06  4   A.    Yes.  *Conscious* doesn't necessarily translate to an

03:06  5   appropriate evaluation of the risk.

03:06  6   Q.    Sir, I'm asking you if they were aware of it.  That's the

03:06  7   question I'm asking you now.

03:06  8   A.    Yes, they were.

03:06  9   Q.    Just stay with me.

03:06  10          Now, you have said that there was some conflicting

03:07  11  evidence or something to that effect.  Let me ask you to look

03:07  12  at now Exhibit 4946.82.1.

03:07  13          MR. BROCK:  Actually, give me 4170.21.1.  This is the

03:07  14  one I was trying to do a minute ago.

03:07  15  BY MR. BROCK:

03:07  16  Q.    So this is the Gulf of Mexico annual engineering plan.  Do

03:07  17  you see that?

03:07  18  A.    No.

03:07  19  Q.    Do you want me to show you the front page?

03:07  20  A.    Please.

03:07  21  Q.    Gulf of Mexico SPU?

03:07  22  A.    Yes, sir.

03:07  23  Q.    Then if we go back to where we were.

03:07  24          And it says here:  "In conformance with the GoM SPU

03:07  25  major hazard risk management policy, each producing asset and

**ROBERT BEA - CROSS**

03:08   1   BP-owned drilling rig has developed a major hazard and risk
03:08   2   register.  These registers document hazard scenarios
03:08   3   characteristic of asset and drilling operations that have the
03:08   4   potential to expose the organization to major health, safety,
03:08   5   security, environmental risks."
03:08   6            Do you see that?
03:08   7   **A.**   Yes.
03:08   8   **Q.**   Then if you come down below, the second matter that is
03:08   9   listed there is loss of well control, correct?
03:08  10   **A.**   That's correct, as it applies to BP-owned assets.
03:08  11   **Q.**   I understand.  This is BP recognizing that loss of well
03:08  12   control exposes the organization to health, safety, security,
03:08  13   and environmental issues, correct?
03:08  14   **A.**   Correct.
03:08  15   **Q.**   Then if we look at TREX-4171.1.1, this is the risk
03:09  16   mitigation plan.  Do you see that?
03:09  17   **A.**   Yes, sir.
03:09  18   **Q.**   It says:  "Potential environmental damage, and could, if
03:09  19   ignited, lead to fire and explosion."
03:09  20            Do you see that?
03:09  21   **A.**   Yes, sir.
03:09  22   **Q.**   "This plan applies to BP-owned rigs in the Gulf of Mexico
03:09  23   along with all contracted MODUs operating in the SPU fleet."
03:09  24            Do you see that?
03:09  25   **A.**   Yes, sir.

ROBERT BEA - CROSS

03:09  1  **Q.**   Now, I want to turn your attention, please, sir, to

03:09  2  Exhibit 2187.  And do you see that this is the title page for

03:09  3  the major accident hazard risk assessment for the

03:09  4  *Deepwater Horizon*?

03:09  5  **A.**   I see this is a MAR for *Deepwater Horizon*, I believe

03:10  6  performed by Transocean.

03:10  7  **Q.**   This is a Transocean document.  You are correct.

03:10  8       The purpose of this study would be to demonstrate

03:10  9  that adequate controls are in place so that HSE risks on the

03:10  10  *Deepwater Horizon* would be as low as reasonably practicable?

03:10  11       **MR. BRIAN:**  Objection, beyond the scope of his

03:10  12  report, Your Honor.

03:10  13       **MR. BROCK:**  Your Honor, on page 21, Dr. Bea

03:10  14  criticizes BP for not conducting a MAR.  Our position is this

03:10  15  assessment is conducted by Transocean.  I want to prove that it

03:10  16  has been conducted.

03:10  17       **THE COURT:**  I overrule the objection.

03:11  18  BY MR. BROCK:

03:11  19  **Q.**   So if we turn to 3.1, this is referring to a major

03:11  20  accident hazard risk assessment conducted August 4, 2003, over

03:11  21  a four- or five-day period of time concluding on August 8,

03:11  22  2003.  Do you see that?

03:11  23  **A.**   Yes.

03:11  24  **Q.**   If we look at 2187.8.1, do you see that the report lists

03:11  25  various hazard scenarios that are assessed?

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

03:11    1    **A.**    Yes.

03:11    2    **Q.**    Reservoir blowout is included in the hazard analysis

03:11    3    that's being conducted here?

03:12    4    **A.**    It's titled a "Major Hazard Risk Analysis."  That is not

03:12    5    equal to the BP MAR.

03:12    6    **Q.**    Dr. Bea, would you please focus on trying to answer my

03:12    7    questions?

03:12    8    **A.**    I'm trying to.

03:12    9    **Q.**    My question is:  Does this page here that you were looking

03:12    10   at identify reservoir blowout in the list of hazard scenarios

03:12    11   that are included in the Transocean major accident risk

03:12    12   evaluation?

03:12    13   **A.**    Yes, sir.

03:12    14   **Q.**    That's process safety?

03:12    15   **A.**    I can't agree to that.

03:12    16   **Q.**    In fact, if you have gas in the riser or reservoir

03:12    17   blowout, those are the two biggest, if not biggest, process

03:13    18   safety risks you can encounter while drilling?

03:13    19   **A.**    Certainly those are close to the top of process safety

03:13    20   hazards, but a process safety system is much more than

03:13    21   recognizing the hazard.

03:13    22   **Q.**    So for each hazard, Transocean's study looks at

03:13    23   consequences, preventions, and mitigations in place on the

03:13    24   *Deepwater Horizon*.  That's true, isn't it?

03:13    25   **A.**    Yes.

ROBERT BEA - CROSS

| | | |
|---|---|---|
| 03:13 | 1 | **Q.**   If we look at 2187.178.1., do we see there the hazards and |
| 03:13 | 2 | the preventions and mitigations that are in place to mitigate |
| 03:13 | 3 | the major process safety issue of reservoir blowout? |
| 03:13 | 4 | **A.**   Yes. |
| 03:13 | 5 | **Q.**   Those include, for preventions, well control, maintenance |
| 03:13 | 6 | and testing of the BOPs, instrumentation and indication of well |
| 03:14 | 7 | status, hydrocarbon combustible gas detection system, and |
| 03:14 | 8 | redundant BOP controls? |
| 03:14 | 9 | **A.**   Yes. |
| 03:14 | 10 | **Q.**   Now, in the deepwater drilling environment, is it correct |
| 03:14 | 11 | that if a prudent operator is going to be operating in a risky |
| 03:14 | 12 | environment that they should put in layers of protection? |
| 03:14 | 13 | **A.**   Yes. |
| 03:14 | 14 | **Q.**   One of the first steps that an operator would want to do |
| 03:14 | 15 | would be to hire a drilling contractor who has a track record |
| 03:14 | 16 | and reputation for safe drilling? |
| 03:14 | 17 | **A.**   Yes. |
| 03:14 | 18 | **Q.**   Would you want to work with that contractor to select the |
| 03:14 | 19 | right rig for the well? |
| 03:14 | 20 | **A.**   Yes. |
| 03:15 | 21 | **Q.**   Would you want to look for them to have a highly trained |
| 03:15 | 22 | crew and make sure that their controls certifications were |
| 03:15 | 23 | current? |
| 03:15 | 24 | **A.**   Yes. |
| 03:15 | 25 | **Q.**   Would you want the contractor to instill in its crew that |

**ROBERT BEA - CROSS**

03:15   1   they should always be vigilant in monitoring a well?

03:15   2   **A.**   Yes.

03:15   3   **Q.**   If you are a prudent operator, you would want the drilling

03:15   4   contractor to have the best technology available for kick

03:15   5   detection?

03:15   6   **A.**   Correct.

03:15   7   **Q.**   You would want the system for detecting kicks to be

03:15   8   customizable to optimize the driller's ability to detect kicks?

03:15   9   **A.**   Certainly.

03:15   10   **Q.**   You would want to have alarms for the system in case the

03:15   11   driller was tired?

03:15   12   **A.**   Yes.

03:15   13   **Q.**   A safety-conscious operator would want to have in place a

03:16   14   BOP?

03:16   15   **A.**   That works.

03:16   16   **Q.**   And that was approved by the MMS?

03:16   17   **A.**   That works.

03:16   18   **Q.**   That works.  And in case it doesn't work, because it's not

03:16   19   activated or it's not maintained, you would want to have a

03:16   20   layer of protection that would say, "Well, maybe one day all

03:16   21   these layers will fail, so I'm going to install a diverter that

03:16   22   will divert well contents safely away from the rig"?

03:16   23   **A.**   Correct.

03:16   24   **Q.**   In the eventuality that none of those succeeded, you would

03:16   25   want to have another layer of protection, that we call in this

**ROBERT BEA - CROSS**

03:16  1  case *EDS*, which allows the rig to safely disconnect and sail
03:16  2  away?
03:16  3  **A.**    Correct.
03:16  4  **Q.**    The systems that we have just talked about are essentially
03:17  5  the same that are used by other operators in the Gulf of
03:17  6  Mexico, these layers of protection?
03:17  7  **A.**    Yes.
03:17  8  **Q.**    Changing topics now to audits.
03:17  9        Before the incident, BP conducted audits of the MODUs
03:17  10  that were under contract to it, correct?
03:17  11  **A.**    Yes.
03:17  12  **Q.**    It's important for a company like BP to conduct safety
03:17  13  audits of the *Deepwater Horizon* and other MODUs, correct?
03:17  14  **A.**    Yes.
03:17  15  **Q.**    It was important that BP audited the *Deepwater Horizon*?
03:17  16  **A.**    Yes.
03:17  17  **Q.**    These audits look at equipment that would be important for
03:18  18  process safety issues?
03:18  19  **A.**    The audits can, if they are performed correctly.
03:18  20  **Q.**    You're aware that BP conducted an audit of the
03:18  21  *Deepwater Horizon*, a follow-up audit in September of 2009?
03:18  22  **A.**    Yes.
03:18  23  **Q.**    You're aware that in September of 2009, four auditors
03:18  24  spent around five days on the rig?
03:18  25  **A.**    Yes, sir.

ROBERT BEA - CROSS

03:18  1   **Q.**   Coming out of that audit --

03:18  2         **MR. BROCK:**  If we could look at TREX-4362.2.1.

03:18  3   **BY MR. BROCK:**

03:18  4   **Q.**   I just want to confirm what I have just talked about.

03:18  5         A rig and marine assurance audit was performed on the

03:18  6   semisubmersible drilling rig *Deepwater Horizon*, and do you see

03:19  7   that refers to that being done on the location at the Kodiak

03:19  8   prospect?  Do you see that?

03:19  9   **A.**   Yes, sir.

03:19  10  **Q.**   That's where the *Deepwater Horizon* Transocean crew and BP

03:19  11  folks had drilled the well before Macondo, just before Macondo?

03:19  12  **A.**   Yes.

03:19  13  **Q.**   This gives the dates on which that occurred.

03:19  14        If you look at 101.1 -- I'm sorry, 5946.101.1.  This

03:19  15  is a statement from your report that I want to address here.

03:19  16  Okay?

03:19  17  **A.**   Yes.

03:19  18  **Q.**   "The GoM D&C did not close out, address important action

03:19  19  items for safety-critical equipment in a timely way."

03:20  20        You go on to say:  "The audit identified an overdue

03:20  21  planned maintenance backlog of 390 jobs, requiring more than

03:20  22  3500 man-hours of work had developed."

03:20  23        Do you see that?

03:20  24  **A.**   Yes, sir.

03:20  25  **Q.**   Now, before reaching this conclusion, the one that you

**ROBERT BEA - CROSS**

03:20   1    state here, you reviewed deposition testimony and documents
03:20   2    relating to the September 2009 audit, correct?
03:20   3    **A.**   Yes.
03:20   4    **Q.**   Are you aware, sir, that the audit was conducted during a
03:20   5    scheduled out-of-service period?
03:20   6    **A.**   Yes.
03:20   7    **Q.**   During this scheduled out-of-service period, Transocean
03:20   8    was conducting rig maintenance?
03:20   9    **A.**   I don't recall that for sure, but I think that's correct.
03:21   10   **Q.**   In other words, if it was out of service, the rig would
03:21   11   not be drilling while the maintenance was being conducted?
03:21   12   **A.**   Correct.
03:21   13   **Q.**   Then if we look at Exhibit 1374.1.1, do you see that there
03:21   14   were issues to be resolved that were noted in a note from John
03:21   15   Guide to Paul Johnson before drilling operations could resume?
03:21   16   **A.**   Yes.
03:21   17   **Q.**   There's reference to a new iron roughneck there.  Do you
03:21   18   see that?
03:21   19   **A.**   Yes.
03:21   20   **Q.**   And it was not operating mechanically in the right way, so
03:21   21   they felt that needed to get fixed.  Then down below a little
03:21   22   more, you see something about an actuator?
03:21   23   **A.**   Yes.
03:22   24   **Q.**   If we look at 1374.1.2, do you see that John Guide is
03:22   25   sending his list of issues to Transocean on September 17, 2009?

**ROBERT BEA - CROSS**

| | | |
|---|---|---|
| 03:22 | 1 | Do you see that? |
| 03:22 | 2 | A.    Yes. |
| 03:22 | 3 | Q.    Then if we look at 1.1 -- excuse me, 47182.1.1, they write |
| 03:22 | 4 | back to John, Transocean does, and says:  "We are addressing |
| 03:22 | 5 | all of the issues on the auditor's list." |
| 03:22 | 6 |        Do you see that? |
| 03:22 | 7 | A.    Yes. |
| 03:22 | 8 | Q.    That's the kind of interaction you want to see in response |
| 03:22 | 9 | to an audit? |
| 03:22 | 10 | A.    Yes. |
| 03:22 | 11 | Q.    That shows the safety-mindedness that BP is in as well as |
| 03:22 | 12 | that Transocean is in? |
| 03:22 | 13 | A.    Yes. |
| 03:22 | 14 | Q.    If we look at 44024.1.1, Transocean says to BP:  "As per |
| 03:23 | 15 | our conversation with Ian Little, Transocean is satisfied that |
| 03:23 | 16 | we can start up operations safely." |
| 03:23 | 17 |        Do you see that? |
| 03:23 | 18 | A.    Yes, sir. |
| 03:23 | 19 | Q.    You have no reason to think that was not true, do you? |
| 03:23 | 20 | A.    Well, the caution word I have as you read that is *safely*. |
| 03:23 | 21 | Q.    What's conveyed to John Guide with BP by Transocean is |
| 03:23 | 22 | that Transocean has addressed the issues and believes it can |
| 03:23 | 23 | start up operations safely, correct? |
| 03:23 | 24 | A.    That's correct. |
| 03:23 | 25 | Q.    You would want BP to have that confirmation from |

**ROBERT BEA - CROSS**

03:23  1  Transocean before drilling resumed?

03:23  2  **A.**   Yes, an agreement on what *safely* means.

03:24  3  **Q.**   If we look at 44027.1.1, do you see that BP evaluated that

03:24  4  and said the information provided throughout the course of the

03:24  5  day is satisfactory for the *Horizon* to return to work?

03:24  6  Correct?

03:24  7  **A.**   Yes.

03:24  8  **Q.**   So you would expect an interaction between Transocean and

03:24  9  BP to occur, for BP to get Transocean's input as to whether the

03:24  10  audit items had been addressed, and for BP to have an

03:24  11  interaction to confirm that was so?

03:24  12  **A.**   Correct.

03:24  13  **Q.**   This reflects, as far as you can see from this, a good

03:24  14  process and interaction?

03:24  15  **A.**   To the extent of this documentation, yes.  There were

03:25  16  other components in this phase that indicated otherwise.

03:25  17  **Q.**   Let me ask you to focus on what I have asked you about,

03:25  18  and then I'm coming to the issue that I think you want to talk

03:25  19  about.

03:25  20        In terms of the interaction between BP and Transocean

03:25  21  as relates to the audit, you would expect Transocean to respond

03:25  22  to BP's audit, to let BP know if, in its judgment, it could

03:25  23  return to operations safely.  You see that here?

03:25  24  **A.**   Yes.

03:25  25  **Q.**   You would expect BP to confirm that, as they say here, the

**ROBERT BEA - CROSS**

03:25  1    information provided through the course of the day, that the

03:25  2    *Horizon* could work -- return to work?

03:25  3    **A.**   Yes.

03:25  4    **Q.**   Now, it's also true, is it not, that BP and Transocean

03:25  5    developed a joint plan to close out the action items on the rig

03:26  6    audit?

03:26  7    **A.**   Yes, sir.

03:26  8    **Q.**   This is what you want to talk about, maybe.  We'll see.

03:26  9          Are you aware that BP provided the audit report to

03:26  10   Transocean after the audit?

03:26  11   **A.**   Yes.

03:26  12   **Q.**   If we look at 1831.1.1, we see that Brett Cocales

03:26  13   describes the findings and says:  "This is an opportunity for

03:26  14   improvement for the safe and efficient working of the rig.

03:26  15   This is a two-way street.  We very much want your input on

03:26  16   content and timing of these things, which will be reviewed by

03:26  17   John Guide and Paul Johnson.  We are all a team in this

03:26  18   effort."

03:26  19          Right?

03:26  20   **A.**   Yes.

03:26  21   **Q.**   Teamwork is expected and is a good thing in this

03:26  22   environment, right?

03:26  23   **A.**   It's essential.

03:26  24   **Q.**   Essential.

03:26  25          For the September '09 rig audit, there was a

**ROBERT BEA - CROSS**

03:27   1   formalized closeout program, correct?

03:27   2   **A.**   There was a formalized program, correct.

03:27   3   **Q.**   John Guide is the person who supervised the program, true?

03:27   4   **A.**   I believe that's true.

03:27   5   **Q.**   With regard to the September 2009 audit, Transocean

03:27   6   maintained updated spreadsheets tracking the status of each

03:27   7   audit recommendation?

03:27   8   **A.**   Yes.

03:27   9   **Q.**   Transocean was routinely transmitting those spreadsheets

03:27   10   to BP following the September 2009 audit so that BP would be

03:27   11   aware of the progress?

03:27   12   **A.**   I don't know that to be true.

03:27   13   **Q.**   Let me ask you to look at -- did you look at the testimony

03:28   14   of Ronnie Sepulvado?  Was that one of the depositions that you

03:28   15   reviewed?

03:28   16   **A.**   Yes, sir.

03:28   17   **Q.**   Let me pull up Ronnie Sepulvado's deposition at 166,

03:28   18   line 10.  Do you see the question -- this is of Ronnie.

03:28   19          "QUESTION:  Did BP keep track record or any record of

03:28   20          Transocean's effort to address any of the 350-plus

03:28   21          deficiencies cited in the September 2009 audit?

03:28   22          "ANSWER:  Yes.  We had a printout similar to this

03:28   23          that was on the desk in the office and it had a list of

03:28   24          the items and, you know, every so often the heads of the

03:28   25          department would come in, whether it was maintenance,

ROBERT BEA - CROSS

03:28   1        marine drilling, whoever was involved with part of the
03:28   2        list, and they would put a percentage complete down, you
03:28   3        know, a hundred percent, 50 percent.  And then some of
03:28   4        them would be -- all I ever saw was 'waiting on parts.'"
03:28   5                Do you see that?
03:28   6   A.   Yes, sir.
03:29   7   Q.   Are you aware that John Guide, the BP wells team leader,
03:29   8   and Paul Johnson, TO's rig manager, were speaking on a regular
03:29   9   basis, at least once a week, once a week to every 10 days, to
03:29  10   make sure that Transocean was making progress on the audit
03:29  11   findings?
03:29  12   A.   I believe that to be factual.
03:29  13   Q.   And that Transocean's crew was conducting weekly meetings
03:29  14   to discuss progress on the audit items?
03:29  15   A.   I don't recall the answer to that weekly progress.
03:29  16   Q.   All right.  Thank you.
03:29  17          Now, do you know that John Guide visited the rig to
03:30  18   assess the closeout of the audit action items?
03:30  19   A.   I think that's true.
03:30  20   Q.   That's what you would expect of a good wells team leader
03:30  21   who was safety-minded?
03:30  22   A.   Yes, sir.
03:30  23   Q.   If we look at TREX-20198.1.1, just to verify here:  "Paul
03:30  24   Johnson, Transocean, and John Guide came out to the rig on
03:30  25   January 12.  They seemed to be pleased with everything except

**ROBERT BEA - CROSS**

03:30   1   food quality and bilges, made several changes in the ART

03:30   2   catering personnel."

03:30   3           The food must have been really bad that day.

03:30   4           Then it goes on to say:  "We have been giving

03:30   5   maintenance help wherever possible to clean bilges.  John Guide

03:30   6   signed off on several rig audit items while on board.  BOP was

03:30   7   in the stowed position at that time."

03:30   8           Do you see that?

03:30   9   A.   Yes.

03:30   10  Q.   That shows a good process and interaction between

03:31   11  Transocean and BP in coming to the rig together to look to see

03:31   12  if the audit items are being satisfied?

03:31   13  A.   Yes.

03:31   14  Q.   Now in your report, you reference or call attention to the

03:31   15  audit finding relating to overdue maintenance.  And you refer

03:31   16  to the 390 jobs requiring 350 man-hours of work, correct?

03:31   17  A.   Correct.

03:31   18  Q.   Before reaching your conclusion about the audit closeout,

03:31   19  did you review the deposition of James Kent, Transocean's rig

03:31   20  manager?

03:31   21  A.   I don't recall.

03:31   22  Q.   Are you aware that the 390 figure is a result of duplicate

03:32   23  entries that were made because Transocean was in a transition

03:32   24  system, a transition change in terms of its audit system?

03:32   25  A.   No.

ROBERT BEA - CROSS

03:32   1   **Q.**   You didn't know that?
03:32   2   **A.**   No.
03:32   3          **THE COURT:**  Mr. Brock, how close are you to
03:32   4   finishing?  This has been going on a long time now.  I would
03:32   5   like to see if we could move this along.
03:32   6          **MR. BROCK:**  Okay.
03:32   7          **THE COURT:**  The witness has been on the stand since
03:32   8   8:00 a.m. and you have had him since 11:00.  I know we took a
03:32   9   lunch break in there, but it's been going on for quite a while.
03:32   10         **MR. BROCK:**  I'm trying to be efficient.  I wonder if
03:32   11  we might take a short break, let me look at where I am, and I
03:32   12  will try to move this as quickly as I can.
03:32   13         **THE COURT:**  That's a good idea.  Let's take a
03:32   14  15-minute recess.
03:32   15         **THE DEPUTY CLERK:**  All rise.
03:32   16         (Recess.)
03:49   17         **THE COURT:**  Please be seated, everyone.
03:49   18  **BY MR. BROCK:**
03:49   19  **Q.**   Dr. Bea, hopefully just a little more here.
03:49   20         Let me wrap up our discussion now, if I could, on the
03:49   21  topic of the audit.  And if I could get you to turn to
03:49   22  Exhibit 47221, and I am going to pull out 3.1 here.
03:50   23         I'm directing your attention now to 2.3.5.  Do you
03:50   24  see that?
03:50   25  **A.**   Yes.

ROBERT BEA - CROSS

03:50   1          THE COURT:  Was that an eye chart --

03:50   2          MR. BROCK:  I put my reading glasses on and I

03:50   3  thought, What happened?

03:50   4          THE COURT:  Is that an eye chart test?  I think he

03:50   5  passed.

03:50   6  BY MR. BROCK:

03:50   7  Q.   Sorry about that.  So this refers to the overdue

03:50   8  maintenance in excess of 30 days was considered excessive.  It

03:50   9  gives the 390 jobs and the man-hours.  Do you see that?

03:50  10  A.   Yes.

03:50  11  Q.   Then if we come across on that -- well, go back to that

03:51  12  one.  I apologize.

03:51  13          Do you see the last sentence there says, "Many of the

03:51  14  overdue maintenance routines were" -- I need 2.3.5 -- okay --

03:51  15  "were high priority"?

03:51  16          Yes.  Then if you go over to the actual completion

03:51  17  date, you will see the date of October 15.  Do you see that?

03:51  18  A.   Yes, sir.

03:51  19  Q.   And then if you go to the Percent Complete column, you see

03:51  20  it shows 100 percent.

03:51  21  A.   Yes.  I don't know how to interpret the 100 percent, given

03:51  22  the previous statement of many of the high priority.

03:52  23  Q.   This is the close-out report, is it not?

03:52  24  A.   I don't know the report.  I don't think I have looked at

03:52  25  this document before.

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

03:52  1  **Q.**   Okay.  This document was not made available to you to
03:52  2  consider in terms of your opinion about the audit, true?
03:52  3  **A.**   Well, it may have been -- may have been available and I
03:52  4  didn't access it.
03:52  5  **Q.**   In any event, you don't feel like you're able to comment
03:52  6  on it today?
03:52  7  **A.**   That's correct.
03:52  8  **Q.**   Let's go over now to another subject.  I want to talk to
03:52  9  you about the issue that you have raised today and in your
03:52  10  report of "every dollar counts."  Okay?
03:53  11  **A.**   Yes.
03:53  12  **Q.**   We have talked about that a little bit already, but I want
03:53  13  to review with you a couple of issues here.
03:53  14        First of all, are you aware that it was Neil Shaw who
03:53  15  came up with the "every dollar counts" slogan?
03:53  16  **A.**   No.
03:53  17  **Q.**   Let me show you the testimony of Mr. Shaw at D-12.2.  Do
03:53  18  you see this is a question by Mr. Williamson, and he says:
03:53  19        **"QUESTION:**  'Every dollar counts' was the slogan you
03:53  20        came up with when you came to the Gulf of Mexico after
03:53  21        meeting with your respective members of your leadership
03:53  22        team?
03:53  23        **"ANSWER:**  I believe there was an interchangeability
03:53  24        of every dollar matters and every dollar counts, but the
03:53  25        intent of it was all about how do we drive continuous

**ROBERT BEA - CROSS**

03:54  1    improvement and efficiency in the business and ensure that

03:54  2    we spend every dollar wisely for the benefit of our

03:54  3    shareholders."

03:54  4        Do you see that?

03:54  5  **A.**   Yes, sir.

03:54  6  **Q.**   You are also aware, are you not, that Mr. Shaw testified

03:54  7  that he would never instruct someone to sacrifice safety for

03:54  8  cost?

03:54  9  **A.**   I don't recall that, but I think that would be

03:54  10  representative of his position.  Thank you.

03:54  11  **Q.**   Thank you.

03:54  12        You're also aware, are you not, that safety was a

03:54  13  very explicit boundary condition, that is, not to compromise

03:54  14  safety?

03:54  15  **A.**   No.

03:54  16  **Q.**   Let's look at Mr. Shaw's testimony on this issue, 12.4.

03:54  17        "QUESTION:  Do you have an expectation of those that

03:54  18    worked in the SPU with respect to how they would handle

03:55  19    safety under the 'every dollar counts' model?"

03:55  20        Do you see that question?

03:55  21  **A.**   Yes, sir.

03:55  22  **Q.**   Does he say:

03:55  23        "ANSWER:  Absolutely.  It was very, very clear,

03:55  24    statement and understanding:  Safety is our number one

03:55  25    priority.  And you know, you'll see in the documentation

ROBERT BEA - CROSS

03:55  1          it is a very explicit boundary condition that cost targets
03:55  2          were all in the boundary condition of not having any
03:55  3          compromise to safety or operating integrity."
03:55  4                Do you see that Mr. Shaw has testified to that?
03:55  5   **A.**    Yes.
03:55  6                **MR. BROCK:**   If we look at Exhibit 5689.8.1 -- let's
03:55  7   show him the title page there, or if you can just . . .
03:55  8   **BY MR. BROCK:**
03:55  9   **Q.**    This is Performanzfest, September 2009.  Do you see that?
03:56  10  **A.**    Yes, sir.
03:56  11  **Q.**    Then if we go over to this page, I think you can see there
03:56  12  at the top, there is a 2009 cash cost.  Do you see that, "every
03:56  13  dollar counts"?
03:56  14  **A.**    Yes.
03:56  15  **Q.**    Then in this document does it say:  "All of this, of
03:56  16  course, takes place within the boundary condition that safe and
03:56  17  reliable operations always come first"?
03:56  18  **A.**    That's what those words say.
03:56  19  **Q.**    Now, I want to turn our attention to some testimony that
03:56  20  you gave earlier today about the Bly report.
03:56  21                You are aware, are you not, that BP's internal
03:56  22  investigation was initiated on April 22, 2010, just a couple of
03:57  23  days after the event?
03:57  24  **A.**    Yes, sir.
03:57  25  **Q.**    And that that investigation, from the beginning, was a

**ROBERT BEA - CROSS**

03:57  1    nonprivileged investigation?

03:57  2    **A.**   I did not know the privilege.

03:57  3    **Q.**   You do know that that report has been published?

03:57  4    **A.**   Yes.

03:57  5    **Q.**   It's Exhibit 1 in this litigation?

03:57  6    **A.**   Yes.

03:57  7    **Q.**   It was published in September of 2010?

03:57  8    **A.**   Correct.

03:57  9    **Q.**   You know that there was information received from numerous

03:57  10   individuals in terms of the investigation that was conducted?

03:57  11   **A.**   Yes.

03:57  12   **Q.**   Over 50 witnesses were interviewed?

03:57  13   **A.**   Yes.

03:57  14   **Q.**   Experienced personnel in areas of safety, cementing,

03:57  15   fluids, well control, drilling, BOP, process hazard analysis,

03:58  16   subsea, failure mode testing, and operations participated in

03:58  17   that investigation?

03:58  18   **A.**   Yes.

03:58  19   **Q.**   During that period of time, BP was utilizing resources --

03:58  20   its resources, that is, experienced people from across the

03:58  21   globe -- to conduct the investigation?

03:58  22   **A.**   Yes.

03:58  23   **Q.**   You had engineers that came -- many engineers and other

03:58  24   experts who came to Houston to help pull the report together?

03:58  25   **A.**   Yes, sir.

ROBERT BEA - CROSS

03:58   1   **Q.**   I believe the IIT team constituted about 50 experts or so,
03:58   2   50 engineers and others from within the company?
03:58   3   **A.**   Yes.
03:58   4   **Q.**   Now, during that time it's also correct that BP had
03:59   5   limited access to some of the other parties that were involved
03:59   6   in the accident?
03:59   7   **A.**   I don't know that to be a fact, in terms of the limit on
03:59   8   access.
03:59   9   **Q.**   Okay.  You don't have a factual basis one way or another
03:59   10   to comment on that?
03:59   11   **A.**   That's correct.
03:59   12        **MR. BROCK:**  Just one second.  I apologize.
03:59   13   BY MR. BROCK:
03:59   14   **Q.**   Now, you have read the testimony of Mr. Mark Bly?
03:59   15   **A.**   Yes.
03:59   16   **Q.**   And you know that he has testified that BP believed that
03:59   17   it was important to get as quick an accurate understanding of
04:00   18   the immediate causes of the accident as soon as possible?
04:00   19   **A.**   Yes.
04:00   20   **Q.**   So the immediate task that the Bly team had at hand was to
04:00   21   understand what caused the incident?
04:00   22   **A.**   Correct.
04:00   23   **Q.**   You agree that the investigation, given the size and
04:00   24   scope, was conducted quickly?
04:00   25   **A.**   Correct.

ROBERT BEA - CROSS

04:00  1   **Q.**   Do you know that BP shared its lessons learned from the
04:00  2   accident with folks in industry as well as government?
04:00  3   **A.**   Yes.
04:01  4   **Q.**   Okay.  In your report, you note that the Gulf of Mexico
04:01  5   SPU reduced its cash costs between 2008 and 2009 by a
04:01  6   substantial amount.  I think you referenced something in the
04:01  7   range of $250 million?
04:01  8   **A.**   22 percent reduction.
04:01  9   **Q.**   You also say that during the same time period that there
04:01  10  was a significant increase in production?
04:01  11  **A.**   Yes.  55 percent.
04:01  12  **Q.**   Now, your report does not discuss the specifics of what is
04:01  13  included in the reduction in cash costs, does it?
04:02  14  **A.**   Specifics to the limit of the information sources used to
04:02  15  compile those figures.
04:02  16  **Q.**   So you know that there are components, that is, numbers
04:02  17  that relate to why costs are going down in one year and
04:02  18  production is going up in the same year, correct?
04:02  19  **A.**   Please repeat that question.
04:02  20  **Q.**   That was terrible.  I apologize.
04:02  21        Your report does not provide any details regarding
04:02  22  either the GoM's cash costs, other than the totals that you put
04:02  23  into your table?
04:02  24  **A.**   That's correct.
04:02  25  **Q.**   That's the point I was trying to get to.  Thank you.

**ROBERT BEA - CROSS**

04:02   1          Now, I want to talk about the reasons for those

04:03   2   differences.  Okay?  If we go to 48250.36.1, do you see this is

04:03   3   a performance management report dated January 28, 2010?

04:03   4   A.   Yes.

04:03   5   Q.   If we go to 36.1 -- first of all, you have not seen this

04:03   6   document before today, have you?

04:03   7   A.   No, I have not.

04:03   8   Q.   This shows, does it not, that in 2008 the Gulf of Mexico

04:03   9   SPU spent $205 million on repairs to the *Thunder Horse* and

04:03   10   *Atlantis* in infrastructures?  Do you see that?

04:03   11   A.   Yes, sir.

04:04   12   Q.   But then when we go over to the 2009 actual totals, the

04:04   13   cost on those items is much less than that, isn't it?

04:04   14   A.   Yes.

04:04   15   Q.   43?

04:04   16   A.   Correct.

04:04   17   Q.   Then if we think about production --

04:04   18          MR. BROCK:  If we could go to 48250.16.1 --

04:04   19   BY MR. BROCK:

04:04   20   Q.   -- you can see that *Thunder Horse*'s production was very --

04:04   21   well, *Thunder Horse*'s production in 2008 was only a fraction of

04:04   22   what it was in 2009.  Correct?

04:05   23   A.   Correct.

04:05   24   Q.   Therein lies the increase in production that occurred,

04:05   25   correct, sir?

ROBERT BEA - CROSS

04:05  1    **A.**    Part of.

04:05  2    **Q.**    Increase in production from a production facility like

04:05  3    *Thunder Horse* is a matter that -- is a matter that requires a

04:05  4    very substantial investment in infrastructure, in setting up

04:05  5    the production facility?

04:05  6    **A.**    Yes, sir.

04:05  7    **Q.**    Once that investment is made, it will then begin to

04:05  8    produce if things go well?

04:05  9    **A.**    Yes.

04:05  10   **Q.**    Here we see BP has made a substantial investment in a

04:05  11   production facility that pays off in 2009 with substantially

04:05  12   more production in the Gulf of Mexico than it had in 2008?

04:06  13   **A.**    Yes.

04:06  14   **Q.**    And I know we haven't talked about every single number

04:06  15   that accounts for the differences in cash and in production.

04:06  16   But those two items that we have just discussed, increased cost

04:06  17   to maintain infrastructure, out-of-pocket costs to repair

04:06  18   infrastructure in 2008 that didn't occur in 2009, and

04:06  19   significantly increased production that occurs in 2009 because

04:06  20   an asset comes on line, account for a good bit of the tables

04:06  21   that you presented?

04:06  22   **A.**    Yes.

04:06  23         **MR. BROCK:**  Your Honor, give me just one minute.  I

04:06  24   may be at a place where I can stop.

04:07  25         Dr. Bea, that's all the questions I have.  Thank

| | |
|---|---|
| 04:07 | 1 |
| 04:07 | 2 |
| 04:07 | 3 |
| 04:07 | 4 |
| 04:07 | 5 |
| 04:07 | 6 |
| 04:07 | 7 |
| 04:07 | 8 |
| 04:07 | 9 |
| 04:07 | 10 |
| 04:07 | 11 |
| 04:07 | 12 |
| 04:07 | 13 |
| 04:08 | 14 |
| 04:08 | 15 |
| 04:08 | 16 |
| 04:08 | 17 |
| 04:08 | 18 |
| 04:08 | 19 |
| 04:08 | 20 |
| 04:08 | 21 |
| 04:08 | 22 |
| 04:08 | 23 |
| 04:08 | 24 |
| 04:08 | 25 |

1  you for your patience today.

2  　　　　　THE WITNESS:  Thank you.

3  　　　　　MR. BROCK:  Your Honor, we have a good number of

4  exhibits that we have referenced in our examination.  I think

5  the most efficient thing for me to do is to -- we'll have a

6  list by 5:00 that we can present.

7  　　　　　THE COURT:  That's fine.  I was going to --

8  　　　　　　　Ben, did you talk to anybody at all about --

9  　　　　　THE LAW CLERK:  No.

10  　　　　　THE COURT:  Ben raised with me earlier today that it

11  would be helpful to him -- he is helping me keep track of

12  exhibits that are used during a witness's examination.

13  　　　　　　　You all have given us, which we requested, the

14  copies of the demonstratives.  For example, I have the PSC's

15  demonstratives for Dr. Bea's direct testimony.  We don't have

16  what was used in cross-examination.

17  　　　　　　　But even within the PSC's, it occurs to me --

18  and I guess it's a matter of how we -- I know we went back and

19  forth about how we defined what is a demonstrative.  So I'm not

20  faulting anybody for this.

21  　　　　　　　If possible, going forward, it would be helpful

22  if you all could -- when you give us these binders like this,

23  if you could also include -- an example, Mr. Cunningham, you

24  referred to other exhibits that are not in the binder because

25  they are not technically demonstratives.  You just put up

OFFICIAL TRANSCRIPT

04:08  1  another document that is a separate exhibit.

04:08  2          MR. CUNNINGHAM:  I have a list of both the graphics

04:08  3  and the exhibits that I offered.

04:08  4              Will that work, Ben?

04:09  5          THE LAW CLERK:  Yes.

04:09  6          THE COURT:  If you all can each do that going

04:09  7  forward, that would be helpful.

04:09  8              Any questions from Cameron?

04:09  9          MR. BECK:  Your Honor, Cameron has no questions of

04:09  10  this witness at this time.

04:09  11          THE COURT:  M-I?

04:09  12          MR. TANNER:  Your Honor, M-I has no questions of this

04:09  13  witness.

04:09  14          MR. BRIAN:  Your Honor, on behalf of Transocean, I

04:09  15  was going to ask leave to reopen to ask three to four minutes

04:09  16  of questions.  Mr. Cunningham did not elicit any testimony from

04:09  17  this witness about Transocean and I asked, as a result, only

04:09  18  about six questions.

04:09  19              Mr. Brock did go into some areas.  I can do it

04:09  20  in three to four minutes, I promise.  It's very short.

04:09  21          THE COURT:  We are going to start a bad precedent

04:09  22  here.

04:09  23          MR. BRIAN:  I know you're afraid of that.  But trust

04:09  24  me, Your Honor, I can be very brief.

04:09  25          MR. BROCK:  The only point we would make about this

04:09   1   is that -- I think Your Honor has said there will be one

04:09   2   direct, one cross, one redirect.

04:09   3          THE COURT:  We established the order of presentation.

04:09   4          MR. BROCK:  The order of presentation.

04:09   5                 The direct exam is in the report, so to the

04:10   6   extent someone wanted to test the direct exam, that opportunity

04:10   7   has been available.

04:10   8          THE COURT:  I'm not going to allow you to do that,

04:10   9   Mr. Brian, for the reasons he just said.

04:10  10          MR. BRIAN:  Very well, Your Honor.

04:10  11          THE COURT:  If I start doing that, it becomes chaos

04:10  12   because everybody will want redirect and recross and all of

04:10  13   this.  We are not going to go there.

04:10  14          MR. BRIAN:  I understand, Your Honor.

04:10  15          THE COURT:  Mr. Cunningham.  Redirect.

04:10  16          MR. CUNNINGHAM:  May it please the Court.

04:10  17                 Your Honor, I hope to finish in less than 15

04:10  18   minutes.

04:10  19                     REDIRECT EXAMINATION

04:10  20   BY MR. CUNNINGHAM:

04:10  21   Q.   Dr. Bea, I want to give you an opportunity to correct a

04:10  22   part of your report that BP inquired about in their

04:10  23   examination.  Exhibit 1694.

04:10  24          Do you recall the portion of the examination that you

04:10  25   were asked about the statement that Mr. Sims brushed off

**ROBERT BEA - REDIRECT**

04:11   1   remarks and didn't take them seriously before he left for

04:11   2   vacation?

04:11   3   A.   Yes, sir.

04:11   4   Q.   Let me get you to look at the e-mail between Mr. Sims and

04:11   5   Mr. Guide and give you a chance to correct it.  At the top of

04:11   6   the e-mail from Mr. Sims -- correction, from Mr. Guide -- or,

04:11   7   rather, from Mr. Sims to Mr. Guide, where he really went was

04:11   8   not on vacation -- if you look at that first sentence -- but he

04:11   9   went to dance practice.  Correct?  Is that what you got

04:11   10  confused, and instead of saying he went to dance practice, you

04:11   11  said he went on vacation?

04:11   12  A.   That's correct.

04:11   13  Q.   Down at the bottom of the e-mail, he says that they are

04:11   14  dancing to the Village People.  Did you read that in the

04:11   15  e-mail?

04:11   16  A.   Yes.

04:11   17  Q.   Now, you were asked about the period 2005 to 2010, and the

04:12   18  question from BP was that BP expressed a major commitment to

04:12   19  process safety.  Do you recall that?

04:12   20  A.   Yes, sir.

04:12   21  Q.   Then we went through a long series of citations about

04:12   22  multiple expressions by executives at BP or by people at BP

04:12   23  about their commitment to process safety?

04:12   24  A.   That's correct.

04:12   25  Q.   Do you recall that?

**ROBERT BEA - REDIRECT**

04:12   1           Is there a difference between expressing a commitment
04:12   2   and fulfilling a commitment?
04:12   3   **A.**   Certainly.
04:12   4   **Q.**   In your view and in your opinion, did BP fulfill the
04:12   5   commitment that they repeatedly expressed that they had to
04:12   6   process safety?
04:12   7   **A.**   Not in terms of the exploratory drilling operations
04:12   8   deepwater Gulf of Mexico.
04:12   9   **Q.**   All right.
04:13  10   **A.**   It was absent.
04:13  11   **Q.**   You were shown a series of documents -- some involved
04:13  12   Kevin Lacy -- regarding the OMS and the fact it had been -- and
04:13  13   I think the word was very carefully used -- adopted in the Gulf
04:13  14   of Mexico.  Do you recall that?
04:13  15   **A.**   Yes.
04:13  16   **Q.**   Was it ever implemented in the Gulf of Mexico with respect
04:13  17   to contractor-owned MODUs?
04:13  18   **A.**   No.
04:13  19   **Q.**   Who was the lead proponent of the adoption and
04:13  20   implementation of OMS in the Gulf of Mexico?
04:13  21   **A.**   Kevin Lacy.
04:13  22   **Q.**   What happened to Kevin Lacy in the fall of 2009?
04:13  23   **A.**   He was fired.
04:13  24   **Q.**   Now, you were shown a colored GAP chart, which stated on
04:13  25   the top line certain facts about the implementation of OMS.

ROBERT BEA - REDIRECT

04:14  1   And I think I'm quoting correctly the statement.  Quote:  This
04:14  2   shows implementing OMS was identified as a GAP, and by
04:14  3   12-18-09 had been fully implemented in the Gulf of Mexico.  End
04:14  4   quote.
04:14  5          Do you recall Mr. Brock saying that or words to that
04:14  6   effect?
04:14  7   A.   Yes.  Yes.
04:14  8   Q.   Let's look at D-2874.  We have seen this before.
04:14  9          Well, something is not working, so I will describe
04:14  10  2874.  It's a quote from the deposition of Mr. John Baxter at
04:14  11  the top where he says:  "OMS was not implemented."
04:14  12          MR. BROCK:  Your Honor, we are just going over the
04:14  13  same ground.
04:14  14          MR. CUNNINGHAM:  No.  I'm going to change part of it,
04:14  15  Your Honor.
04:14  16          THE COURT:  Go ahead.
04:14  17  BY MR. CUNNINGHAM:
04:14  18  Q.   The second quote was from Mr. O'Bryan --
04:14  19  A.   That's correct.
04:14  20  Q.   -- who said OMS was not implemented, correct?
04:15  21  A.   That's correct.
04:15  22  Q.   Now, what relationship was there between Mr. --
04:15  23          THE COURT:  I think your document might be on the
04:15  24  screen.  Is that what you were looking for?
04:15  25          MR. CUNNINGHAM:  Yes, sir.

ROBERT BEA - REDIRECT

04:15    1    BY MR. CUNNINGHAM:
04:15    2    Q.   What position did Mr. O'Bryan assume when Mr. Lacy was
04:15    3    fired?
04:15    4    A.   Mr. Lacy's position.
04:15    5    Q.   Mr. Lacy, the person who tried to implement OMS;
04:15    6    Mr. O'Bryan, after Mr. Lacy was fired, was appointed to his
04:15    7    position?
04:15    8    A.   That's correct.
04:15    9            MR. BROCK:   I object to leading and argumentative.
04:15    10           THE COURT:   Try not to lead the witness.
04:15    11   BY MR. CUNNINGHAM:
04:15    12   Q.   Were you asked questions about whether or not TO had a
04:15    13   safety management system that covered process safety?
04:15    14   A.   Yes.
04:15    15   Q.   Were you asked questions about whether or not TO did an
04:15    16   MAR, a major accident risk assessment?
04:15    17   A.   Correct.
04:15    18   Q.   What difference was there, if any, between Transocean's
04:16    19   safety management system and the BP safety management system
04:16    20   OMS?
04:16    21   A.   Well, the principal difference is Transocean is addressing
04:16    22   their part of the system exemplified by the graphic we
04:16    23   discussed earlier today, the *Deepwater Horizon*.  BP has to
04:16    24   encompass that with the operating management system; in
04:16    25   addition, the other onshore operating management elements.  So

ROBERT BEA - REDIRECT

04:16  1    Transocean cannot do a process safety evaluation or a MAR
04:16  2    evaluation that will include details of the well and the other
04:16  3    parts of that complex system.
04:17  4  **Q.**   Who owned the rig?
04:17  5  **A.**   Transocean.
04:17  6  **Q.**   Who owned the well and who was responsible for the design
04:17  7    of the well and the engineering of the well?
04:17  8  **A.**   BP.
04:17  9  **Q.**   Can somebody who is not responsible for the design and
04:17  10   engineering of the well implement a process safety system that
04:17  11   will deal with all of the risks inherent in the drilling of a
04:17  12   well?
04:17  13 **A.**   No, they can't.
04:17  14 **Q.**   Is the same true of a MAR?
04:17  15 **A.**   Yes.
04:17  16 **Q.**   You were also asked about Mr. Guide improving safety in
04:17  17   the Gulf of Mexico, and you were shown 5966, page 4.  Do you
04:17  18   recall that?
04:17  19 **A.**   Yes, sir.
04:17  20 **Q.**   Let's look at page 4.
04:17  21         **MR. CUNNINGHAM:**  If you blow up that top part, the
04:18  22   box there.
04:18  23 **BY MR. CUNNINGHAM:**
04:18  24 **Q.**   Do you recall being asked about what's highlighted on the
04:18  25   right-hand side here about safety in the Gulf?

ROBERT BEA - REDIRECT

04:18   1   A.   Yes, sir.

04:18   2   Q.   And how that indicated that Mr. Guide was fulfilling his

04:18   3   responsibilities?

04:18   4   A.   Yes, sir.

04:18   5   Q.   Well, let's look down at the bottom left and pull out the

04:18   6   bottom left statement, the bottom left sentence.

04:18   7        Does it say that the Gulf of Mexico is the only major

04:18   8   strategic performance unit with a deteriorating safety

04:18   9   performance in 2009?

04:18   10  A.   Yes.

04:18   11       MR. CUNNINGHAM:   Exhibit 6015.  Pull up the

04:18   12  third-from-the-bottom paragraph.

04:19   13       Your Honor, this paragraph contains a reference

04:19   14  to the Baker Panel.  BP filed a motion in limine to prohibit

04:19   15  any reference to the Baker Panel.  We have not referred to the

04:19   16  Baker Panel, which was the panel that BP paid to investigate

04:19   17  the Texas City event.  Here they have presented to Your Honor

04:19   18  this portion of the document which says:  "We are making good

04:19   19  progress in addressing the recommendations of the Baker Panel."

04:19   20       I would like to have the opportunity to rebut

04:19   21  that with three sentences from the Baker Panel report.

04:19   22       MR. BROCK:   Your Honor, I would -- I did not draw

04:19   23  attention to the Baker Panel report in my examination, did not

04:19   24  mention the Baker Panel.

04:19   25       MR. CUNNINGHAM:   They pulled out that very paragraph,

ROBERT BEA - REDIRECT

04:19   1   Your Honor.

04:19   2          THE COURT:  That document?

04:19   3          MR. CUNNINGHAM:  That document and that paragraph.

04:20   4   Isn't that true?

04:20   5          MR. BROCK:  I did use that document, but I didn't

04:20   6   refer to the Baker Panel.

04:20   7          THE COURT:  I overrule the objection.  Go ahead.

04:20   8          MR. CUNNINGHAM:  22806.  2830.

04:20   9   BY MR. CUNNINGHAM:

04:20   10  Q.   Dr. Bea, are these quotes from the Baker report?

04:20   11  A.   Yes.

04:20   12         MR. BROCK:  Your Honor, excuse me.  The only way in

04:21   13  which I used the document was to call attention to progress

04:21   14  that had been made from -- I think I said 2006 to 2009, in

04:21   15  response to testimony that he had given that we were not making

04:21   16  progress during that time period.  So I referenced a very

04:21   17  specific statement in that document.  To now have them put in

04:21   18  substantive findings relating to another event is walking right

04:21   19  into what we have said that we will not do.

04:21   20         If this is an issue, I will withdraw that

04:21   21  exhibit, just let the testimony stand for what it is, because I

04:21   22  was not in any way intending to open the door on examination

04:21   23  about prior events which Your Honor has been clear about.

04:21   24         MR. CUNNINGHAM:  Judge, that argument might stand if

04:21   25  they had not pulled out the very paragraph that says:  "We are

ROBERT BEA - REDIRECT

04:21  1   making good progress in addressing the recommendations of the

04:22  2   Baker Panel and have begun to" --

04:22  3            THE COURT:  Okay.  I overrule the objection.  Go

04:22  4   ahead, Mr. Cunningham.

04:22  5   BY MR. CUNNINGHAM:

04:22  6   Q.   Dr. Bea, did that report state:  "BP has not provided

04:22  7   effective process safety leadership"?

04:22  8   A.   Yes.

04:22  9   Q.   "BP has not adequately established process safety as a

04:22  10  core value"?

04:22  11  A.   Yes.

04:22  12  Q.   "BP's management system does not effectively translate its

04:22  13  corporate expectations into measurable criteria for the

04:22  14  management of process risk"?

04:22  15  A.   Yes.

04:22  16  Q.   In your opinion, based on your study of the events in this

04:22  17  case and the materials in this case, has BP changed in any

04:22  18  respect with respect to these three points?

04:22  19  A.   No.

04:22  20            MR. BROCK:  Same objection, Your Honor.

04:22  21            THE COURT:  Overruled.

04:22  22            MR. CUNNINGHAM:  No further questions.

04:22  23            THE COURT:  I think you are finished, Mr. Bea.  It's

04:22  24  a long day, huh?

04:22  25            THE WITNESS:  Yes.

04:22  1          THE COURT:  Thank you.

04:22  2                Next witness for the plaintiffs.

04:23  3          MR. CUNNINGHAM:  Judge, we call Mr. McKay.

04:23  4          THE COURT:  Mr. McKay.

04:23  5                If anybody needs to stand up and stretch, go

04:23  6  ahead.

04:25  7                I think Mr. McKay has arrived.  Everybody can

04:25  8  take their seats again, please.

04:25  9                       LAMAR MCKAY,

04:25  10  having been duly sworn, testified as follows:

04:25  11          THE DEPUTY CLERK:  State your full name and correct

04:25  12  spelling for the record, please.

04:26  13          THE WITNESS:  My name is Lamar McKay, L-A-M-A-R,

04:26  14  M-C-K-A-Y.

04:26  15                    DIRECT EXAMINATION

04:26  16  BY MR. CUNNINGHAM:

04:26  17  Q.   Your name is Lamar McKay?

04:26  18  A.   That's right.

04:26  19  Q.   You are currently the chief executive upstream for BP?

04:26  20  A.   That's right.

04:26  21  Q.   Upstream is comprised of exploration, development, and

04:26  22  production, those three divisions; is that correct?

04:26  23  A.   Yes, as well as the financial groups and other support

04:26  24  groups.

04:26  25  Q.   You report to Bob Dudley?

**LAMAR MCKAY - DIRECT**

04:26   1   **A.**   I do.

04:26   2   **Q.**   In April of 2010, you were chairman and president of

04:27   3   BP America, correct?

04:27   4   **A.**   That is correct.

04:27   5   **Q.**   You were also chairman and director of BP North America?

04:27   6   **A.**   BP for North America, yes.

04:27   7   **Q.**   You were executive vice president of BP PLC; is that

04:27   8   right?

04:27   9   **A.**   Correct.

04:27   10  **Q.**   And reported to Bob Dudley at that time?

04:27   11  **A.**   In April 2010, that would have been Tony Hayward, I think.

04:27   12  **Q.**   That you reported to?

04:27   13  **A.**   Yes.

04:27   14  **Q.**   You were the lead representative in the United States for

04:27   15  BP at the time of the explosion, true?

04:27   16  **A.**   Yes.  My job included being the chief representative for

04:27   17  the company in the U.S., yes.

04:27   18  **Q.**   Now, you are a petroleum engineer, are you not?

04:27   19  **A.**   I am.

04:27   20  **Q.**   You have been in the industry for 32 years?

04:27   21  **A.**   Yes.

04:27   22  **Q.**   At one time you were the business unit leader for the Gulf

04:27   23  of Mexico?

04:27   24  **A.**   Shelf.

04:27   25  **Q.**   Shelf.  That included drilling operations?

## LAMAR MCKAY - DIRECT

04:27  1   **A.**   It did, on the shelf, yes.

04:27  2   **Q.**   You were also at one time the business unit leader for

04:27  3   BP's Central North Sea?

04:28  4   **A.**   That's correct.

04:28  5   **Q.**   That included drilling operation?

04:28  6   **A.**   Yes.

04:28  7   **Q.**   You also held the position chief of staff for worldwide

04:28  8   exploration and production at one time?

04:28  9   **A.**   Yes.

04:28  10   **Q.**   Which, of course, included drilling operations?

04:28  11   **A.**   Well, that was not an operating type role.

04:28  12   **Q.**   Not an operating --

04:28  13   **A.**   No.  The chief of staff to the CEO of upstream.

04:28  14   **Q.**   You have had quite a bit of experience, Mr. McKay, haven't

04:28  15   you, in testifying?

04:28  16   **A.**   In front of Congress, I have.

04:28  17   **Q.**   You have testified many times in front of committees of

04:28  18   Congress, some friendly and some not, true?

04:28  19   **A.**   Mostly the later, yes.

04:28  20   **Q.**   You have been in the position of answering lawyers'

04:28  21   questions quite a few times in the past, haven't you?

04:28  22   **A.**   Yes.

04:28  23   **Q.**   So it would be fair to say you are not an inexperienced

04:28  24   witness, are you?

04:28  25   **A.**   I am in a courtroom.

LAMAR MCKAY - DIRECT

04:28  1    Q.   Well, let's talk about what you knew in 2010, both you and
04:29  2    BP, about the hazards created by BP in the Gulf of Mexico.  All
04:29  3    right?
04:29  4    A.   Okay.
04:29  5    Q.   You and BP knew that a deepwater blowout was a foreseeable
04:29  6    event, didn't you?
04:29  7    A.   Well, as I understand it -- well, first of all, as an
04:29  8    engineer, I know that blowouts are possible, yes.  And BP, in
04:29  9    terms of April 2010, had a blowout in the risk registers of the
04:29 10    Gulf of Mexico as well as the corporation.
04:29 11    Q.   Which demonstrates that both you and BP, certainly you,
04:29 12    were familiar with that fact?
04:29 13    A.   I was -- I'm not sure I was familiar with the risk
04:29 14    register at that point.  I was not in the operating line.  But
04:29 15    I understand it was in the risk register, yes.
04:29 16    Q.   You were certainly familiar with the fact that the
04:29 17    possibility of a blowout and an oil spill existed in your
04:29 18    operations in the Gulf of Mexico, weren't you?
04:29 19    A.   I'm generally familiar with that, yes.
04:30 20    Q.   You and BP knew of that risk before you ever spudded the
04:30 21    Macondo well, didn't you?
04:30 22    A.   There were -- yes.  That was an identified risk, yes.
04:30 23    Q.   You and BP knew there is inherent risk in drilling, and
04:30 24    that once a spill occurs, there is no predictability about
04:30 25    where it will go, didn't you?

LAMAR MCKAY - DIRECT

04:30  1  **A.**   I wouldn't say there's great predictability; but, yes,
04:30  2  there was a risk identified for a blowout in a spill of
04:30  3  sizeable proportion, yes.
04:30  4  **Q.**   BP and you knew the complexity of drilling, with that
04:30  5  inherent risk in deepwater, is far higher than the risk in
04:30  6  shallow water?
04:30  7  **A.**   Well, I'm not an expert; but as an engineer, I don't
04:30  8  necessarily see the inherent drilling risk that much
04:30  9  difference.  It's harder to deal with, yeah.
04:30  10  **Q.**   Let me make sure I understand what you are saying, then.
04:30  11  Is it your testimony that deepwater drilling in the Gulf of
04:30  12  Mexico, as opposed to shallow water drilling, for example, in
04:31  13  the Gulf of Mexico, have the equal risk?
04:31  14  **A.**   I would say each situation is unique, and that the
04:31  15  drilling part of it may be very similar or it could be very
04:31  16  different.  The water depth is the difference, not the
04:31  17  drilling.
04:31  18  **Q.**   What is the difference that the water depth makes?
04:31  19  **A.**   The water depth as a subsea set of equipment rather than a
04:31  20  surface set of equipment.
04:31  21  **Q.**   All right.  So back to the basic question.  Is it more
04:31  22  dangerous, more inherently dangerous, in the deepwater drilling
04:31  23  part of your operations than in the shallow water drilling
04:31  24  part?
04:31  25  **A.**   I would say both have risks.

LAMAR MCKAY - DIRECT

04:31  1   **Q.**   Then just to bring home the point.  When we talk to the

04:31  2   experts, we can tell them that the president of BP says that

04:31  3   both shallow water drilling and deepwater drilling carry with

04:31  4   them the same risks?

04:31  5   **A.**   The drilling part could be higher in shallow water than it

04:31  6   could be in deeper water.

04:32  7   **Q.**   So not only do they carry the same, but it could be higher

04:32  8   in shallow water?

04:32  9   **A.**   Drilling risk itself, according to what type of formations

04:32  10  you are drilling, yes.  It's my general understanding, yes.

04:32  11  **Q.**   You speak not only as an executive with BP but as a

04:32  12  drilling engineer?

04:32  13  **A.**   I don't speak as a drilling engineer.  I'm giving my

04:32  14  general awareness of drilling issues could be difficult

04:32  15  onshore, offshore, and various different places.

04:32  16  **Q.**   But you are a drilling engineer, right?

04:32  17  **A.**   No.  I wouldn't call myself a drilling engineer.  I'm a

04:32  18  petroleum engineer, worked drilling just a bit.

04:32  19  **Q.**   Petroleum engineer?

04:32  20  **A.**   Right.

04:32  21  **Q.**   Now, BP knew and you knew that an uncontrolled blowout in

04:32  22  a subsea environment is a huge risk; isn't that true?

04:32  23  **A.**   Yes.  That was a high-level risk, yes.

04:32  24  **Q.**   That risk had been specifically identified by BP, hadn't

04:32  25  it?

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

04:32  1   **A.**   Yes.
04:32  2   **Q.**   BP was fully aware of that risk long before the
04:33  3   *Deepwater Horizon* blowout occurred, weren't they?
04:33  4   **A.**   I believe that was a recognized risk, yes.
04:33  5   **Q.**   And as you mentioned, I think, BP had acknowledged the
04:33  6   existence of that risk in writing?
04:33  7   **A.**   Yes, it was in the risk registers.  That's right.
04:33  8   **Q.**   Now, the Macondo was BP's well, was it not?
04:33  9   **A.**   BP is the lease operator of the Macondo lease, yes.  So we
04:33  10  were the operator of that well, yes.
04:33  11  **Q.**   Well, you owned the lease and you owned the right to drill
04:33  12  the well that you were drilling, correct?
04:33  13  **A.**   That's correct.  We -- and with partnerships with others,
04:33  14  Anadarko and Mitsui, yes.
04:33  15  **Q.**   Right.  But Transocean didn't own the well and didn't own
04:33  16  the lease?
04:33  17  **A.**   That's correct.
04:33  18  **Q.**   Halliburton didn't and Cameron didn't; isn't that true?
04:33  19  **A.**   That's correct.
04:33  20  **Q.**   The only entity entitled to receive money as a result of
04:33  21  the drilling operation out there was going to be BP and its
04:33  22  partners, true?
04:33  23  **A.**   Well, in a way, people -- contractors are paid before any
04:34  24  revenues are received for their services, so they received
04:34  25  revenue.

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

04:34  1   **Q.**   So I'm not quite sure what you are saying.  Was it BP and

04:34  2   its partners who received the revenue from the well from the

04:34  3   oil that came out of the well?

04:34  4   **A.**   That would be -- that's correct.  That is right.  Right.

04:34  5   **Q.**   The only reason that Transocean was drilling the well and

04:34  6   that Halliburton was providing the cement for the well is

04:34  7   because BP selected them; isn't that true?

04:34  8   **A.**   Yes, that is true.

04:34  9   **Q.**   BP was in charge of and responsible for planning the

04:34 10   entire operation, weren't you?

04:34 11   **A.**   Well, BP, as operators in the industry, are responsible

04:34 12   for planning and designing the well, yes.

04:34 13   **Q.**   All right.  BP was also responsible to safely manage the

04:34 14   risk that it had identified before it started drilling the

04:35 15   well, true?

04:35 16   **A.**   Well, in deepwater operations, BP would be responsible --

04:35 17   and this is true in the industry -- of designing the well,

04:35 18   planning the well, and the contractors that we hire, the

04:35 19   competent contractors we hire to implement and construct the

04:35 20   well.  And it's a team effort is the way I would say it.

04:35 21   **Q.**   Let me try the question again.  Was it or was it not BP's

04:35 22   responsibility to safely manage the risk that it had identified

04:35 23   in the drilling of the Macondo well?

04:35 24   **A.**   Well, I think the responsibility to plan and design the

04:35 25   well was BP's.  BP contracts people to implement the

LAMAR MCKAY - DIRECT

04:35    1   construction of the well; and I think that's a shared
04:35    2   responsibility, to manage the safety and the risk.
04:35    3   Q.   I'm not talking about the construction of the well, so let
04:35    4   me try the question again.
04:35    5   A.   Okay.
04:35    6   Q.   Is it or is it not BP's responsibility to safely manage
04:36    7   the risk of drilling the well that it had identified before it
04:36    8   ever started?
04:36    9   A.   Well, partially, because it's partly in the planning and
04:36   10   design.  And the risk that was identified was the risk of a
04:36   11   blowout, which is also managed by the safety systems of the
04:36   12   implementation and construction.  It's both.  It's the planning
04:36   13   and design as well as the implementation.
04:36   14   Q.   Who has overall final ultimate responsibility for managing
04:36   15   the risk that BP identified in the drilling of the Macondo
04:36   16   well?
04:36   17   A.   Well, as designated operator for the lease, BP has agreed
04:36   18   that it had ultimate responsibility and that shared
04:36   19   responsibility.  That responsibility is discharged and shared
04:36   20   with the contractors it hires to help construct the well.
04:36   21   Q.   BP had the ultimate and final responsibility for managing
04:36   22   the risk, didn't they?
04:37   23   A.   What I would say is we have agreed in our plea agreement
04:37   24   that we had ultimate responsibility, as designated operator, to
04:37   25   conduct operations of the well.  Part of that responsibility is

512

LAMAR MCKAY - DIRECT

04:37   1   exercised by hiring competent, world-class contractors.

04:37   2   **Q.**   Sure.  But that doesn't relieve BP of its responsibility,

04:37   3   does it?

04:37   4   **A.**   Well, I think the key point to me is it doesn't mean sole

04:37   5   or exclusive.  It means shared responsibility.  And that's part

04:37   6   of the wording in the plea agreement as well.

04:37   7   **Q.**   Well, the plea agreement aside, you understand what the

04:37   8   MMS regulations say on this very point, don't you?

04:37   9           **MR. REGAN:**  Objection, Your Honor, as to the

04:37   10  foundation of his question.

04:37   11          **THE COURT:**  Overruled.

04:37   12  **BY MR. CUNNINGHAM:**

04:37   13  **Q.**   Demonstrative 2908.  Tell me whether or not I read this

04:37   14  correctly.  These are MMS regulations on oil and gas drilling

04:37   15  operations.  250.400:  "Who is subject to the requirements of

04:38   16  this subpart?

04:38   17          "The requirements of this subpart apply to lessees,

04:38   18  operating rights owners, operators, and their contractors and

04:38   19  subcontractors."

04:38   20          Did I read that correctly?

04:38   21  **A.**   Yes.

04:38   22  **Q.**   BP was the lessee, correct?

04:38   23  **A.**   That's correct.

04:38   24  **Q.**   BP was the operating rights owner, correct?

04:38   25  **A.**   Yes.

**LAMAR MCKAY - DIRECT**

04:38  1   **Q.**   BP was the operator, correct?

04:38  2   **A.**   Yes.  Yes.

04:38  3   **Q.**   And then below that:  "What must I do to keep wells under

04:38  4   control?

04:38  5        "You must take necessary precautions to keep wells

04:38  6   under control at all times."

04:38  7        Correct?

04:38  8   **A.**   Yes.  And I was just pointing out that it's a shared

04:38  9   responsibility with contractors as well.

04:38  10  **Q.**   It holds them responsible, but it also holds the lessee,

04:38  11  the operating rights owner, and the operator responsible,

04:38  12  doesn't it?

04:38  13  **A.**   Yes.  And we have said we have been partially responsible,

04:38  14  yes.

04:39  15  **Q.**   Well, let's get to the partially responsible.  Insofar as

04:39  16  managing the overall risk that you have identified in your own

04:39  17  documents, BP had full responsibility to manage that risk,

04:39  18  didn't it?  Not partial, but full?

04:39  19  **A.**   Well, I don't agree entirely, because we have

04:39  20  responsibility to manage risk.  That risk is then managed by

04:39  21  the pertinent operations that occur.  And sometimes contractors

04:39  22  manage that risk, sometimes we do.  Most of the time it's a

04:39  23  team effort.

04:39  24  **Q.**   The way a major risk such as a deepwater blowout is

04:39  25  managed is through a company's safety management system, isn't

**LAMAR MCKAY - DIRECT**

04:39  1  it?

04:39  2  **A.**   It can be, yes.

04:39  3  **Q.**   There may be different descriptions given to that safety

04:39  4  management system and different companies may have different

04:39  5  ways of describing it, but the goal is the same, to manage

04:39  6  safety and to manage the risk of drilling, isn't it?

04:40  7  **A.**   Yeah, I think any safety management system would want to

04:40  8  understand and mitigate risk and to try to conduct safe and

04:40  9  reliable operations, yes.

04:40  10  **Q.**   You are generally familiar with safety processes and

04:40  11  procedures, aren't you?

04:40  12  **A.**   Generally, yes.

04:40  13  **Q.**   In fact, you're familiar enough that you have testified

04:40  14  before Congress about those issues, haven't you?

04:40  15  **A.**   Sometimes, yes.

04:40  16  **Q.**   You understand the basics, at least.  We can agree to

04:40  17  that, right?

04:40  18  **A.**   I think that's right.

04:40  19  **Q.**   And you are familiar with the term *process safety*,

04:40  20  correct?

04:40  21  **A.**   Generally.

04:40  22  **Q.**   D-2875.  Do you recognize this as a definition, an

04:40  23  accurate definition, with which you would agree of *process*

04:40  24  *safety*?

04:40  25  **A.**   Yes.  I'm not a process safety expert, but that seems

LAMAR MCKAY - DIRECT

04:40  1    reasonable, yes.
04:40  2    **Q.**   Process safety is the avoidance of very high-consequence
04:41  3    risk.  Can we agree on that?
04:41  4    **A.**   Yes.  Roughly, yes.
04:41  5    **Q.**   It is an integral part of any safety management system,
04:41  6    isn't it?
04:41  7    **A.**   Process safety would be part of what's managed through a
04:41  8    safety management system, I would say.
04:41  9    **Q.**   What happened on the Macondo on April 20, 2010 is a
04:41  10   classic example of the type of high-consequence risk that must
04:41  11   be managed, isn't it?
04:41  12   **A.**   That was one of -- the blowout or loss of well control,
04:41  13   loss of primary containment, obviously was an identified risk.
04:41  14   And it was a big risk, yes.
04:41  15   **Q.**   D-2887.  This is a BP risk mitigation plan which describes
04:41  16   the very risk that resulted in the Macondo blowout?
04:41  17            **MR. REGAN:**  Objection, Your Honor, foundation for
04:41  18   this witness.  Mr. McKay is here as a fact witness.  He is not
04:41  19   here as an expert to look at documents that he didn't write or
04:41  20   receive.
04:41  21            **MR. CUNNINGHAM:**  It's a BP document.
04:42  22            **THE COURT:**  He can answer for himself whether he can
04:42  23   or not.
04:42  24            **THE WITNESS:**  I'm sorry.  What's the question?
       25

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

04:42  1  BY MR. CUNNINGHAM:

04:42  2  Q.   The question is that what happened on the Macondo on
04:42  3  April 2010 is a classic example of the type of high-consequence
04:42  4  risk that must be managed, isn't it?

04:42  5  A.   Yes.  What happened on Macondo was a tragic accident of a
04:42  6  risk that was identified, yes.

04:42  7  Q.   It has to be managed by the owner and the operator of the
04:42  8  well being drilled, doesn't it?

04:42  9  A.   I think it has to be managed by everybody that's working
04:42  10  on the well, including the owner/operator, yes.

04:42  11  Q.   So would you agree that the risk identified by BP in this
04:42  12  risk mitigation plan was a risk that it was responsible for
04:42  13  managing?

04:42  14          MR. REGAN:  Foundation, Your Honor.

04:42  15          THE COURT:  Overruled.

04:43  16          THE WITNESS:  On this -- I don't know what that risk
04:43  17  mitigation plan says, but . . .

04:43  18  BY MR. CUNNINGHAM:

04:43  19  Q.   Well, you can read right there on the right what it says.

04:43  20  A.   I can read the description of the risk.  I don't know what
04:43  21  the mitigation plan is.

04:43  22  Q.   Well, the question was:  Isn't the risk identified here
04:43  23  one that has to be managed by the operator of the well, in this
04:43  24  case, BP?

04:43  25  A.   Well, again, it has to be managed by everyone who is

**LAMAR MCKAY - DIRECT**

04:43  1   dealing in the well, and in some places it's the operator for
04:43  2   planning and design, some places it's contractor for
04:43  3   construction, sometimes it's both.  I think that matters.  It's
04:43  4   a collaborative team effort.
04:43  5   **Q.**  Is it your testimony that once the well is under
04:43  6   construction BP has no responsibility for managing the risk?
04:43  7   **A.**  No.  No, not at all.
04:43  8   **Q.**  They still have responsibility, don't they?
04:43  9   **A.**  It's a shared responsibility.  That's --
04:43  10  **Q.**  Their contractor is who is drilling the well, right?
04:43  11  **A.**  Yes.  And that's what I have said, a shared
04:44  12  responsibility.
04:44  13  **Q.**  Process safety specifically focuses on avoiding
04:44  14  low-probability/high-consequence disasters, doesn't it?
04:44  15  **A.**  I'm not a process safety expert, but it tries to
04:44  16  understand risks and the mitigation around those risks.
04:44  17  **Q.**  Focuses on those kinds of disasters that may not happen
04:44  18  often, but when they happen, they are major disasters; isn't
04:44  19  that true?
04:44  20  **A.**  I think -- well, I'm not a process safety expert.  I think
04:44  21  it's not just about that.  It's about managing the process, you
04:44  22  know, thoroughly, not just for major accidents.
04:44  23  **Q.**  You would agree then, at least, that a deepwater blowout
04:44  24  is one of the types of major catastrophes that process safety
04:44  25  is designed to prevent?

LAMAR MCKAY - DIRECT

04:44  1   A.   I think the whole safety management system, which includes
04:44  2   process safety, is integral in trying to prevent blowouts like
04:44  3   that, yes.
04:44  4   Q.   2279.   What we see here -- this is what process safety was
04:45  5   created to avoid, wasn't it?
04:45  6   A.   The whole safety system was created to try to avoid this
04:45  7   type of tragic accident, yes.
04:45  8   Q.   When you say that *whole safety system*, what whole safety
04:45  9   system are you talking about?
04:45  10  A.   Well, in our case, our operating management system.   In
04:45  11  Transocean's case, their safety management system.   The
04:45  12  interrelation of those two as examples -- as examples.
04:45  13  Q.   So as an example of a system designed to prevent what we
04:45  14  see right here, you have named OMS, your operating management
04:45  15  system?
04:45  16  A.   Uh-huh.
04:45  17  Q.   Process safety is not a new concept in the oil and gas
04:45  18  business, is it?
04:45  19  A.   No.
04:45  20  Q.   It's not something somebody dreamed up recently, right?
04:45  21  A.   Not to my knowledge, no.
04:45  22  Q.   It's been around a long time in the drilling industry,
04:45  23  correct?
04:46  24  A.   I think the concepts around well control have been around
04:46  25  forever, yeah.

LAMAR MCKAY - DIRECT

04:46  1   **Q.**   Books have been written on the subject of process safety,
04:46  2   haven't they?
04:46  3   **A.**   I'm sure they have.
04:46  4   **Q.**   In your capacity as president of BP America, can you tell
04:46  5   us what books you read on the subject of process safety?
04:46  6   **A.**   Well, in my job at BP America, I was not involved in the
04:46  7   operating businesses, so I can't tell you a book I read on
04:46  8   process safety during that time.
04:46  9   **Q.**   How about before April 20, 2010?  Had you read any books
04:46  10  on process safety?
04:46  11  **A.**   I wouldn't say read books, but I had had some experience
04:46  12  with process safety in the past.
04:46  13  **Q.**   How about after April 20, 2010?  Read any books on process
04:46  14  safety?
04:46  15  **A.**   I haven't read any textbooks.  I have read investigations
04:46  16  around this accident and others.
04:46  17  **Q.**   Not investigations, but any books on process safety since
04:46  18  April 20, 2010?
04:46  19  **A.**   I can't recall reading any books on process safety, no.
04:46  20  **Q.**   You now are the highest person in the company under
04:47  21  Mr. Dudley that has responsibility for exploration, correct,
04:47  22  production?  All of that includes drilling all over the world
04:47  23  for BP, doesn't it?
04:47  24  **A.**   That's correct.
04:47  25  **Q.**   Now, companies like BP may actually hire and pay process

LAMAR MCKAY - DIRECT

04:47  1  safety experts to give them advice about how to incorporate and
04:47  2  implement process safety into their systems; is that true?
04:47  3  A.    We have an organization that has expertise in process
04:47  4  safety within the operating businesses as well as a piece of
04:47  5  the corporation called Safety and Operation Risk that has
04:47  6  expertise in that.  And of course, we would have available the
04:47  7  ability to get other outside consultants if we needed to.
04:47  8  Q.    Has BP done that in the past, hired experts in process
04:47  9  safety to give them advice on how to implement process safety
04:48 10  systems or safety management systems?
04:48 11  A.    Probably so, yes.
04:48 12  Q.    Are you aware that one of the experts who was paid to give
04:48 13  BP advice on that very subject was Dr. Bob Bea, who has just
04:48 14  testified in this case?
04:48 15  A.    I was only aware of that because I had heard it in leading
04:48 16  up to this.
04:48 17  Q.    You have no doubt read his report in this case where he
04:48 18  discusses the process safety of BP?
04:48 19  A.    No, I have not.
04:48 20  Q.    As president of BP America or in your current capacity as
04:48 21  the chief -- is it chief executive?
04:48 22  A.    Yes.
04:48 23  Q.    As the chief executive, you don't think it's important to
04:48 24  know what one of the leading process safety experts in the
04:48 25  world had to say about BP's process safety failure?

LAMAR MCKAY - DIRECT

04:48   1          MR. REGAN:  Objection, Your Honor, it's
04:48   2   argumentative.
04:48   3          THE COURT:  Overruled.
04:48   4          THE WITNESS:  I have not had a chance to read his
04:48   5   report.  The organization that we have that manages our
04:49   6   businesses has process safety expertise.  I'm not aware if
04:49   7   people have read that report or not.  I'm sure that people
04:49   8   have.  I have not had a chance to read that report.
04:49   9   BY MR. CUNNINGHAM:
04:49   10  Q.   So whatever we have heard in this courtroom today from
04:49   11  Dr. Bea in terms of his opinions and conclusions and the
04:49   12  analysis of BP's safety programs and processes, you don't know
04:49   13  what he had to say about it?
04:49   14  A.   I was not here for the testimony, no.
04:49   15  Q.   You haven't read his report?
04:49   16  A.   That's correct.
04:49   17  Q.   Does his report discuss management failures?  Do you know
04:49   18  that?
04:49   19  A.   I don't know.
04:49   20  Q.   You were the president of BP America until January of this
04:49   21  year, right?
04:49   22  A.   That's correct.
04:49   23  Q.   Don't you think it would at least be worthwhile to read
04:49   24  and consider his views on the management aspects of process
04:49   25  safety at BP?

LAMAR MCKAY - DIRECT

04:49   1   **A.**   I don't know.  I have not read the report, so I can't say.

04:50   2   **Q.**   Were you among the executives who he advised, long before

04:50   3   the Macondo incident, that from a process safety standpoint BP

04:50   4   was headed for trouble?

04:50   5   **A.**   I don't remember meeting Dr. Bea.

04:50   6   **Q.**   Did anybody ever tell you that BP had consulted an expert

04:50   7   on process safety who said you were headed for trouble?

04:50   8   **A.**   I don't recall a conversation like that, no.

04:50   9   **Q.**   When did the Amoco BP merger take place?

04:50   10  **A.**   We -- the merger was effective, I think, December 31 of

04:50   11  '98, around that day.

04:50   12  **Q.**   Were you employed by BP Amoco at that time?

04:50   13  **A.**   Yes.  I was employed by Amoco and then BP Amoco after the

04:50   14  merger, yes.

04:50   15  **Q.**   I want to show you a document, Exhibit 5944, which shows

04:50   16  on its face that it was created by BP Amoco Corporation.  And

04:50   17  although it doesn't have a date, based on the references, it

04:51   18  was created sometime after 2002.

04:51   19         Have you seen this document before?

04:51   20  **A.**   I don't believe so.

04:51   21  **Q.**   Let's go to the top.  There's no date that we can find at

04:51   22  the top, but it deals with human and organizational factors.

04:51   23  Do you see that?

04:51   24         **MR. REGAN:**  Objection to foundation to a fact witness

04:51   25  on a document that has no date and that he has just testified

**LAMAR MCKAY - DIRECT**

| | |
|---|---|
| 04:51 | 1 |
| 04:51 | 2 |
| 04:51 | 3 |
| 04:51 | 4 |
| 04:51 | 5 |
| 04:51 | 6 |
| 04:51 | 7 |
| 04:51 | 8 |
| 04:51 | 9 |
| 04:51 | 10 |
| 04:51 | 11 |
| 04:51 | 12 |
| 04:51 | 13 |
| 04:51 | 14 |
| 04:52 | 15 |
| 04:52 | 16 |
| 04:52 | 17 |
| 04:52 | 18 |
| 04:52 | 19 |
| 04:52 | 20 |
| 04:52 | 21 |
| 04:52 | 22 |
| 04:52 | 23 |
| 04:52 | 24 |
| 04:52 | 25 |

1   he has never seen before.

2          MR. CUNNINGHAM:  Go to the bottom, please.

3   BY MR. CUNNINGHAM:

4   Q.   Do you see where it says:  "For the exclusive use of

5   BP Amoco Corporation"?

6   A.   I do.

7   Q.   Can we conclude that this document was created during the

8   time that BP and Amoco were merged and calling themselves

9   BP Amoco?

10  A.   I don't know the provenance of the document, whether it

11  was created before that or after -- or during that or after

12  that.  I don't know.

13  Q.   For what period of time was there an entity called

14  BP Amoco?

15  A.   Probably a year or two.  I can't remember exactly.

16  Q.   What years or two were those?

17  A.   The BP Amoco nomenclature was probably '99, 2000, 2001,

18  possibly.  I don't remember.

19  Q.   So if the nomenclature at the bottom of this document

20  refers to BP Amoco Corporation, then it would be fair to

21  conclude that sometime in that general time frame is when the

22  document existed and was published?

23  A.   I don't know anything about the document.  I don't know if

24  it's a draft document.  It's not dated.  I don't know.  I don't

25  know.

LAMAR MCKAY - DIRECT

04:52  1   **Q.**   Is the subject, going back to the top, avoiding
04:52  2   high-consequence accidents?
04:52  3            **MR. REGAN:**  Same objection, Your Honor, as to
04:52  4   foundation.
04:52  5            **THE COURT:**  Maybe this was mentioned, but if so, I
04:52  6   missed it.  Were you with Amoco before it became part of BP?
04:52  7            **THE WITNESS:**  Uh-huh, yes.
04:52  8            **THE COURT:**  You said '98 is when that occurred?
04:52  9            **THE WITNESS:**  At the very end of '98.
04:52  10           **THE COURT:**  Go ahead.  I'm sorry.
04:52  11  **BY MR. CUNNINGHAM:**
04:52  12  **Q.**   The subject of the article is avoiding high-consequence
04:53  13  accidents, isn't it?
04:53  14  **A.**   I don't know.  I don't see that.
04:53  15  **Q.**   2912.
04:53  16  **A.**   Where?
04:53  17  **Q.**   I'm pulling up another document for you to look at that's
04:53  18  part of this.  This is in the first -- I think on the first
04:53  19  page:  "Experience with high-consequence accidents involving
04:53  20  marine and nonmarine systems indicates that approximately
04:53  21  80 percent of these accidents have their root causes in human
04:53  22  and organizational factors."
04:53  23           Did you ever, while you were employed by BP or Amoco
04:53  24  or since this article was published, read it?
04:53  25  **A.**   No.  I have never seen this document.

**LAMAR MCKAY - DIRECT**

04:53  1   **Q.**   Let me ask you if you are familiar with some of the
04:53  2   information in it, 2913.
04:53  3          "Very similar stories of unexpected and undesirable
04:53  4   interactions of people and marine systems are behind other
04:54  5   marine accidents such as the *Torrey Canyon*, *Amoco Cadiz*, *Exxon*
04:54  6   *Valdez*, *Brayer* (phonetic), *Herald of Free Enterprise*, and the
04:54  7   *Estonia* and more recently the *P36* semisubmersible offshore
04:54  8   Brazil."
04:54  9          Are you familiar generally with some of those
04:54  10  occurrences?
04:54  11  **A.**   A couple of them.
04:54  12  **Q.**   "These stories testified that the majority of
04:54  13  high-consequence, low-probability marine accidents have a
04:54  14  common theme:  A chain of significant errors made by people in
04:54  15  critical situations involving complex technological and
04:54  16  organizational systems."
04:54  17         Would you agree with that?
04:54  18  **A.**   Well, I don't have any expertise in that.  I don't know.
04:54  19  **Q.**   The errors involved go far beyond the individuals directly
04:54  20  involved in the accidents.  In a majority of these accidents,
04:54  21  the organizations involved provide cultures that invite
04:54  22  excessive risk taking, demand superhuman performance, or
04:54  23  develop complacency that result only in reactive safety
04:55  24  management.  Excessive cost cutting and a focus on short-term
04:55  25  results are frequently symptomatic of such cultures."

**LAMAR MCKAY - DIRECT**

04:55 1          Were you aware of that, Mr. McKay?

04:55 2  **A.**   No.

04:55 3  **Q.**   So not only do you not recall ever reading this BP Amoco

04:55 4  document on high-consequence accidents; even aside from this

04:55 5  article, you are just not aware of that?

04:55 6  **A.**   I'm not aware of the conclusions that have been made in

04:55 7  this article from those accidents, no.

04:55 8  **Q.**   At least BP Amoco, who published this, is aware of it,

04:55 9  correct?

04:55 10  **A.**   Well, as I said, there's no date on it, there's no

04:55 11  chronology number on it.  So I don't know if it was published

04:55 12  or not.  I can't tell.

04:55 13  **Q.**   BP Amoco dropped the "Amoco" and became BP; is that true?

04:55 14  **A.**   That's true.

04:55 15  **Q.**   If we look at the next page of the article, or the second

04:56 16  page of the article, D-2914, we find a reference to Dr. Bob

04:56 17  Bea's article of May of 2002, correct?

04:56 18  **A.**   As it's shown on the takeout, yes.

04:56 19  **Q.**   You would agree at least that an organization that invites

04:56 20  excessive risk taking where the results may be a gigantic

04:56 21  catastrophe is a culture that should not exist?

04:56 22  **A.**   That's a hypothetical question.  I would generally agree

04:56 23  with that, but I don't know --

04:56 24  **Q.**   You would agree that a culture that focuses on excessive

04:56 25  cost cutting and invites excessive risk taking should not

**LAMAR MCKAY - DIRECT**

04:56  1    exist, wouldn't you?

04:56  2    **A.**   I don't know what context you would put that in.

04:56  3    **Q.**   In any context.

04:56  4    **A.**   Well, I --

04:56  5    **Q.**   How about in oil and gas, in oil and gas drilling,

04:56  6    exploration, and production?  Would you agree that a culture

04:57  7    that focuses on excessive cost cutting and invites excessive

04:57  8    risk taking should not exist?

04:57  9    **A.**   Again, it's a hypothetical.  I think it's important to

04:57  10   concentrate on safe and reliable operations.  So I'm not going

04:57  11   to comment on a hypothetical.

04:57  12   **Q.**   You're not going to comment on whether or not excessive

04:57  13   cost cutting might be a problem in a company?

04:57  14   **A.**   I generally don't think anything in excess is good, but I

04:57  15   can't comment specifically on that.  You're making a

04:57  16   hypothetical.

04:57  17   **Q.**   We are here now.  It's February of 2013, three years after

04:57  18   the *Deepwater Horizon*, and you have not read or studied or

04:57  19   become aware of any materials that discuss the subject of

04:57  20   process safety, the relationship of cost cutting to risk and

04:57  21   catastrophe.  Is that your testimony?

04:58  22          **MR. REGAN:**  Objection, Your Honor.

04:58  23          **THE COURT:**  Overruled.

04:58  24          **THE WITNESS:**  No, I have not said that.  You asked me

04:58  25   had I read a textbook on process safety.

528

**LAMAR MCKAY - DIRECT**

04:58  1   BY MR. CUNNINGHAM:
04:58  2   **Q.**   All right.  Have you then read some other documents?
04:58  3   **A.**   I've read documents.  I've read our investigation of the
04:58  4   accident itself.  I've read other investigations.  So yes, I
04:58  5   have read investigations.  Yes.
04:58  6   **Q.**   Well, did any of those investigations that you're citing
04:58  7   refer to cost cutting in connection with catastrophic process
04:58  8   safety events?
04:58  9   **A.**   No, not those.
04:58  10  **Q.**   So then it would be fair to say that you had not read
04:58  11  about that subject as of today, in February 2013?
04:58  12  **A.**   I don't recall reading publications based on cost cutting
04:58  13  as you're describing, no.
04:58  14  **Q.**   Well, let me see if you agree with what the document says
04:58  15  in that respect.  Do you or do you not, as the president of BP
04:59  16  or the chief executive officer, agree with this statement:
04:59  17  "Excessive cost cutting and a focus on short-term results are
04:59  18  frequently symptomatic of such cultures"?
04:59  19  **A.**   This is in relation to a document I have never seen about
04:59  20  *Cadiz*, *Valdez*, *Torrey Canyon*.  I have no idea.  I can't add
04:59  21  anything to that.
04:59  22  **Q.**   Even though that's a BP-published statement long before
04:59  23  2010, you don't have any comment about whether that has meaning
04:59  24  or not?
04:59  25  **A.**   I don't know who put this together, for what reason,

LAMAR MCKAY - DIRECT

04:59   1   whether it was ever published, or anything.  I don't know
04:59   2   anything about the document.
04:59   3   Q.   Let me ask you about learning lessons from past disasters.
04:59   4   It's true, and you would agree, that a fundamental foundation
04:59   5   of process safety and risk management is learning lessons from
05:00   6   past events?
05:00   7   A.   I think any safety system incorporates learning, yes.
05:00   8   Q.   Not only learning lessons, but implementing processes and
05:00   9   procedures as a result of those lessons.  You would agree that
05:00  10   that is an appropriate step to take, wouldn't you?
05:00  11   A.   In general, yes.
05:00  12   Q.   For example, one of the examples of that would be airline
05:00  13   crashes where there are tremendous resources brought to bear to
05:00  14   study what happened and why it happened so further catastrophes
05:00  15   can be prevented, correct?
05:00  16   A.   Yes.  Investigations, yes.
05:00  17   Q.   And there may be frequently operational error or pilot
05:00  18   error, which tells you what happened; but the real goal is to
05:00  19   find out why it happened.  Isn't that true?
05:00  20   A.   Well, I'm not a transportation investigation expert.
05:00  21   Q.   Well, from a process safety standpoint, strictly referring
05:00  22   to the oil and gas business, you would not want to just
05:01  23   determine what happened; you would want to determine why it
05:01  24   happened in order to learn a lesson so that you could prevent a
05:01  25   future disaster.  Isn't that correct?

LAMAR MCKAY - DIRECT

05:01   1   **A.**   I think you would like to understand the causes of the

05:01   2   accident.

05:01   3   **Q.**   And disasters that you learn lessons from don't just have

05:01   4   to be your own company's disasters; they can be disasters

05:01   5   outside the company.  True?

05:01   6   **A.**   Again, a hypothetical.  I guess potentially, yes.

05:01   7   **Q.**   So the operational causes of disasters may be different

05:01   8   from one to the other, but the why of disasters may be the

05:01   9   same.  True?

05:01   10   **A.**   Purely hypothetical.  I don't know.

05:01   11   **Q.**   Management failures, for example, may be the root cause of

05:01   12   a process safety disaster, while the operational causes of the

05:01   13   disaster may be different from one to the other; isn't that

05:01   14   true?

05:01   15   **A.**   Again, it's purely hypothetical.

05:01   16   **Q.**   Well, it may be hypothetical.  I'm asking you whether

05:02   17   that's true or not.

05:02   18   **A.**   Well, I'm not an expert.  I think failures in any areas

05:02   19   can cause problems.

05:02   20   **Q.**   You will agree, though, that from a process safety

05:02   21   perspective, it's important to learn lessons from other

05:02   22   disasters, whether they be inside or outside of the company,

05:02   23   correct?

05:02   24   **A.**   I think it's important to share lessons, to try to learn

05:02   25   from others, yes.  I think sharing lessons across industry is

05:02  1   good, yes.

05:02  2   **Q.**   And since this disaster in the Gulf of Mexico on the

05:02  3   Macondo, that's exactly what BP has been repeatedly saying,

05:02  4   hasn't it, that we are going to learn our lessons, that we are

05:02  5   learning, or we have learned our lessons from this disaster?

05:02  6   **A.**   Well, I think we have been very clear since the start that

05:02  7   we would try to learn from this and try to make sure that we

05:02  8   did everything we can to minimize it ever happening again, both

05:03  9   for ourselves and the industry across the world.

05:03  10  **Q.**   That's not -- that mantra that we have heard since the

05:03  11  date of the *Horizon* is not the first time BP has said the same

05:03  12  thing, is it?

05:03  13  **A.**   Well, I wouldn't call it a mantra.  It is something that

05:03  14  we were dedicated to do and I think we are doing.

05:03  15  **Q.**   Let me ask you -- talk to you about OMS.  You know what

05:03  16  I'm talking about?

05:03  17  **A.**   I do.

05:03  18  **Q.**   You used the term earlier, correct?

05:03  19  **A.**   Yes.

05:03  20  **Q.**   In 2010, BP had a safety management system, didn't it?

05:03  21  **A.**   Yes.

05:03  22  **Q.**   It had a safety management system that included a key

05:03  23  component of process safety, didn't it?

05:03  24  **A.**   Our operating management system includes process safety,

05:03  25  yes.

LAMAR MCKAY - DIRECT

05:03  1  **Q.**   Did it include as a key and major component process
05:03  2  safety?
05:03  3  **A.**   Yes.  Yes.
05:03  4  **Q.**   It had a safety management system designed and created to
05:04  5  prevent and avoid a major process safety disaster just like the
05:04  6  one that occurred on the Macondo, didn't it?
05:04  7  **A.**   Yes.  The safety management system has risk assessment,
05:04  8  risk understanding, processes, procedures, yes.
05:04  9  **Q.**   And the blowout occurred in 2010, correct?
05:04  10  **A.**   Yes.
05:04  11  **Q.**   And the very system that BP had that was designed to
05:04  12  prevent what happened on April 20, 2010, was not implemented on
05:04  13  the *Deepwater Horizon*, was it, Mr. McKay?
05:04  14  **A.**   I don't agree with that.  It was.
05:04  15  **Q.**   You don't?
05:04  16  **A.**   I entirely don't agree with it.  It was implemented.  The
05:04  17  operating management system that we have utilizes our own
05:04  18  safety systems for our own facilities and recognizes and
05:04  19  utilizes contractors' safety management systems for their
05:04  20  facilities.  So it entirely did.  It was consistent with OMS,
05:04  21  and it was approved within OMS, yes, absolutely.
05:04  22  **Q.**   3145.  Do you recall being asked in your deposition this
05:05  23  question:
05:05  24       "QUESTION:  So if I were going to ask you if OMS had
05:05  25       been implemented on third-party rigs, such as Transocean's

LAMAR MCKAY - DIRECT

05:05  1      *Deepwater Horizon*, as of April 19, 2010, do you know --

05:05  2      well, first of all, on April 19, 2010, did you know one

05:05  3      way or the other?"

05:05  4           What was your answer?

05:05  5  **A.**  Should I read it?

05:05  6  **Q.**  Well, I will read it.  You tell me whether or not I read

05:05  7  it correctly.

05:05  8           "ANSWER:  Well, OMS implemented on someone else's rig

05:05  9      the -- the parts of OMS that are implemented on a -- on

05:05  10     a -- as I understand it, on a contractor's rig, they --

05:05  11     they run their safety system, so their operating systems

05:05  12     are theirs.  OMS contemplates how to select contractors,

05:05  13     judge contractors, understand their safety systems and

05:05  14     management processes around safety, but the -- but the rig

05:05  15     doesn't implement our OMS."

05:05  16  **A.**  That's exactly correct.  And that's consistent with what I

05:05  17  just said, that our operating management system recognizes and

05:06  18  utilizes our procedures and practices on our owned facilities

05:06  19  and recognizes and utilizes contractors' systems on their own

05:06  20  facilities, yes.  And that is what OMS is.

05:06  21  **Q.**  Just so I'm clear on this, it is your testimony here today

05:06  22  before the Court that OMS had been implemented and was in

05:06  23  effect on the *Deepwater Horizon* on April 20, 2010.  Yes or no?

05:06  24  **A.**  Our OMS was implemented in the Gulf of Mexico drilling

05:06  25  function and it was implemented across that drilling function,

LAMAR MCKAY - DIRECT

05:06  1    which included the safety management system of Transocean, and
05:06  2    it was recognized and utilized as part of the OMS
05:06  3    implementation, yes.
05:06  4    Q.   I want to rephrase the question, because I'm not asking
05:06  5    you across the Gulf of Mexico.  I'm talking about the
05:07  6    *Deepwater Horizon*.  So I'm going to try it again.
05:07  7          Was OMS implemented, in force and effect on the
05:07  8    *Deepwater Horizon* on April 20, 2010?  Yes or no?
05:07  9    A.   It's not "yes" or "no" question.  The operating management
05:07  10   system was in effect for the drilling of the Macondo well.
05:07  11   That operating management system uses our processes,
05:07  12   procedures, and standards for the things that we own and
05:07  13   operate; and it uses the contractors' safety management system
05:07  14   as part of the overall OMS process as part of that process.
05:07  15          So yes, it was.  It was in place.  And it was the
05:07  16   safety management system of Transocean that owned the rig that
05:07  17   was utilized.
05:07  18   Q.   Then I guess you would agree that OMS should have been in
05:07  19   full force and effect on the *Deepwater Horizon* on April 20,
05:08  20   because it was?
05:08  21   A.   What I'm saying -- you keep saying "on the
05:08  22   *Deepwater Horizon*," and I just want to be very clear.  And let
05:08  23   me say it one more time.  The BP operating management system
05:08  24   utilizes our standards and procedures for the activities we
05:08  25   conduct.  It also recognizes and utilizes and is part of OMS to

LAMAR MCKAY - DIRECT

05:08   1   utilize a contractor's safety management system, in this case
05:08   2   Transocean's, on their rig for conducting the construction and
05:08   3   implementation of the well.
05:08   4   **Q.**   So it should not have been a secret to anybody at BP who
05:08   5   knew anything about safety at BP that OMS was in effect on the
05:08   6   rig, right?
05:08   7   **A.**   You keep saying "OMS effective on the rig."  I'm saying
05:08   8   the OMS system contemplates using SMS, the contractor's safety
05:08   9   management system, on the rig.
05:08   10          **THE COURT:**  I think we are quibbling now about words
05:09   11   here, but I think I understand what the witness is saying.  I
05:09   12   don't know if you do.
05:09   13   **BY MR. CUNNINGHAM:**
05:09   14   **Q.**   You would agree then that OMS --
05:09   15          **THE COURT:**  I think the witness is saying that the
05:09   16   OMS applies to BP's part of the responsibility, and they depend
05:09   17   on the Transocean safety system for what Transocean does on the
05:09   18   rig.
05:09   19              Is that essentially right?
05:09   20          **THE WITNESS:**  Yes.  And that is compliant with --
05:09   21          **THE COURT:**  We are quibbling about whether that means
05:09   22   OMS is in effect on the rig or not, but I understand the
05:09   23   difference.
05:09   24   **BY MR. CUNNINGHAM:**
05:09   25   **Q.**   Then you are saying that BP relies on Transocean's safety

LAMAR MCKAY - DIRECT

05:09    1    management system for process safety on the rig?

05:09    2    **A.**    Yes.

05:09    3    **Q.**    Do you know whether or not Transocean's safety management

05:09    4    system even covers process safety on the rig?

05:09    5    **A.**    As far as I understand it, loss of the primary containment

05:10    6    is the big process safety risk on that rig drilling in water.

05:10    7    And I think it does cover that, yes.

05:10    8    **Q.**    You weren't heavily involved in safety at BP, correct?

05:10    9    **A.**    I haven't been over the last several years.

05:10    10   **Q.**    So you would expect the people that were heavily involved

05:10    11   in safety, such as those on the group operating risk committee,

05:10    12   would understand how, whether, and why OMS was or was not

05:10    13   applied at a given location, wouldn't you?

05:10    14   **A.**    I think in the group -- in the GORC, as you describe it,

05:10    15   in the group operating risk committee, I think they are

05:10    16   interested in how OMS is being applied across the world, yeah.

05:10    17   **Q.**    Tell us, if you would, who at BP had the ultimate

05:10    18   responsibility in the area of safety to monitor operations in

05:10    19   the U.S. on behalf of BP and be sure that BP did what it was

05:10    20   supposed to do?

05:11    21   **A.**    To monitor operations?

05:11    22   **Q.**    Yes, sir.

05:11    23   **A.**    Well, in our organization the line, or what we call the

05:11    24   operating businesses, are responsible for conducting safe and

05:11    25   reliable operations, so they would be responsible for safety.

LAMAR MCKAY - DIRECT

05:11   1   Then they have various assurance mechanisms, their own, as well
05:11   2   as we have the safety and operations risk group, which is a
05:11   3   corporate group, which looks at -- you know, helps with
05:11   4   standards, advice, escalation, if there are issues.
05:11   5          So when you say "monitor," I'm not sure exactly what
05:11   6   you mean.
05:11   7   Q.   Well, monitor, for example, to assure that BP was living
05:11   8   up to its own standards in the U.S.
05:11   9   A.   Well, there would be several different ways.  One, the
05:11  10   operating organization is responsible for that, and they would
05:11  11   have some assurance in their organization.  The safety and
05:11  12   operation risk group would have mechanisms to understand
05:11  13   whether things are improving or continuing to improve.  And we
05:12  14   have an audit group that looks at compliance with OMS and other
05:12  15   things.
05:12  16   Q.   Was there a person responsible for that?  Overall, a
05:12  17   person in the U.S.?  Ultimate responsibility?
05:12  18   A.   Well, we are not organized by the U.S. for operations; we
05:12  19   are organized by function.  The E&P segment is a global
05:12  20   function, so there's not a U.S. head for that.  There would be
05:12  21   a head of drilling.  There would be a head of Gulf of Mexico,
05:12  22   those kind of things.
05:12  23   Q.   Exhibit 45393.  What is this, Mr. McKay?
05:12  24   A.   It says "Sustainability Report 2006."
05:12  25   Q.   It's a BP report?

LAMAR MCKAY - DIRECT

05:12  1   **A.**   Yes.

05:12  2   **Q.**   Let's look at page 9.  This is a section within that

05:12  3   report that deals with safety, correct?

05:12  4   **A.**   Yes.

05:13  5         **MR. REGAN:**  Your Honor, I object to this document

05:13  6   again in terms of its references to items that have been

05:13  7   expressly held to be outside the scope of this trial.

05:13  8   Mr. Cunningham has highlighted sections on there, and this

05:13  9   is --

05:13  10        **MR. CUNNINGHAM:**  Let's skip to the bottom.

05:13  11        **MR. REGAN:**  I don't know what the bottom -- which are

05:13  12   you talking about?

05:13  13        **MR. CUNNINGHAM:**  The bottom of this page.

05:13  14            Go up to the third paragraph on the right.

05:13  15        **MR. REGAN:**  I have the same objection.

05:13  16        **MR. CUNNINGHAM:**  It's a defense exhibit.

05:13  17        **MR. REGAN:**  It's a BP corporate document.

05:13  18   BY MR. CUNNINGHAM:

05:13  19   **Q.**   Let me ask you, in this section on safety --

05:13  20        **THE COURT:**  Wait.  What is this document?

05:13  21        **MR. CUNNINGHAM:**  It's a defense exhibit, a BP

05:13  22   document, Your Honor.  It's their annual report, their

05:13  23   sustainability report, and it's a page out of that.

05:13  24        **THE COURT:**  From what year?

05:13  25        **MR. CUNNINGHAM:**  2006.

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

05:13  1      **MR. REGAN:**  Your Honor, my objection is that this
05:13  2  section of this report is expressly tied to the prior incident
05:13  3  that this Court has ruled is outside the scope of this trial.
05:14  4  Whether we take one sentence of it or the whole page -- if we
05:14  5  were to look at the whole page outside the presence of the
05:14  6  witness, we would see that.  So I object to the use of it.
05:14  7      **THE COURT:**  No, I don't think it is.  So I overrule
05:14  8  the objection.
05:14  9           Go ahead.
05:14  10  BY MR. CUNNINGHAM:
05:14  11  **Q.**   Let me ask you whether or not I'm reading this correctly,
05:14  12  Mr. McKay.  "In the U.S. we expanded the responsibilities of
05:14  13  the chairman and president of BP America, Inc., to include
05:14  14  monitoring of our U.S. operations to ensure compliance with
05:14  15  regulatory and company standards."
05:14  16           Did I read that correctly?
05:14  17  **A.**   Yes.
05:14  18  **Q.**   Was that one of the responsibilities, in fact, of the
05:14  19  position once you assumed it at BP --
05:14  20  **A.**   No.  No.  No.  It was made exceptionally clear before I
05:14  21  took that position that the line -- the operating businesses
05:14  22  were going to be responsible for safety and compliance with
05:14  23  regulatory and safety standards.  That was made explicitly
05:14  24  clear.  Delegations of authority and accountabilities were
05:15  25  arranged that way, and that was explicitly clear.

OFFICIAL TRANSCRIPT

LAMAR MCKAY - DIRECT

05:15  1   **Q.**   So when BP says in this document that the chairman and
05:15  2   president of BP --
05:15  3   **A.**   That was 2006.  I took over in February of 2009.
05:15  4   **Q.**   So did they change that responsibility?
05:15  5   **A.**   Yes.  Yes.
05:15  6   **Q.**   So you no longer had any responsibility for safety?
05:15  7   **A.**   No, I did not, other than being on the executive team and
05:15  8   chiming in with comments and advice if I could.
05:15  9   **Q.**   Now, did you know in April of 2010 whether or not OMS had
05:15  10  been implemented on your contractor-owned rigs?
05:15  11  **A.**   Well, again back to -- OMS incorporates and allows the
05:15  12  usage of the safety management system of the contractors on
05:15  13  their rigs.  Those are generally mobile fleets that work around
05:15  14  the world and for different operators.
05:15  15  **Q.**   Do you recall testifying to Congress, Mr. McKay, in May of
05:16  16  2010?
05:16  17  **A.**   Yes.
05:16  18          **MR. CUNNINGHAM:**  7346, cover page, please.
05:16  19  BY MR. CUNNINGHAM:
05:16  20  **Q.**   Did you testify -- let's look at page 2915.  Were you
05:16  21  asked this by a member of Congress -- and I don't recall which
05:16  22  one it was, but . . .
05:16  23          "QUESTION:  My question to you is:  Why hasn't BP
05:16  24       been able to change its corporate culture and end this
05:16  25       pattern of accidents?

LAMAR MCKAY - DIRECT

05:16  1          "ANSWER:  We are changing this company.  We have put
05:16  2     in management systems that are covering the world in a
05:16  3     consistent and rigorous way."
05:16  4          Did you give that testimony?
05:16  5  A.   Probably.
05:16  6  Q.   What management systems were you talking about that you
05:16  7  had put in?
05:16  8  you talking about that you had put in?
05:16  9  A.   In that case, OMS, operating management system.
05:17  10  Q.   2916.  Did you also testify that:
05:17  11          "ANSWER:  Our operating management system is as good
05:17  12     as anyone."
05:17  13  A.   I did, yes.
05:17  14  Q.   And that you had no deficiencies in your operating
05:17  15  management system?
05:17  16  A.   Yes.
05:17  17  Q.   Do you know, since you had no responsibility or very
05:17  18  little responsibility for safety, as I think I understood you
05:17  19  to say earlier, why you would be aware that OMS applied on a
05:17  20  drilling rig in the Gulf and executives who had specific
05:17  21  responsibilities for safety would say that it didn't?
05:17  22  A.   Well, I'm generally aware of OMS.  We all went through OMS
05:17  23  training when we started implementing it.  I'm generally aware
05:17  24  of what OMS applies to and doesn't.  I'm not an expert in it.
05:18  25  But I knew at this point in time how OMS worked with

**LAMAR MCKAY - DIRECT**

05:18    1    contractors.

05:18    2    **Q.**   Well, but you weren't responsible for safety, I understood

05:18    3    you to say?

05:18    4    **A.**   No, I wasn't responsible for any of the line businesses in

05:18    5    the U.S.; but I was, as chief representative, doing my best to

05:18    6    represent the reality and what we do within those businesses.

05:18    7    **Q.**   You know Mr. John Baxter, correct?

05:18    8    **A.**   Yes.

05:18    9    **Q.**   He holds a high position at BP, correct?

05:18   10    **A.**   Yes.

05:18   11    **Q.**   On the group operating risk committee, correct?

05:18   12    **A.**   Yes.

05:18   13    **Q.**   You know Pat O'Bryan?

05:18   14    **A.**   I do.

05:18   15    **Q.**   He holds a high position at BP?

05:18   16    **A.**   He is no longer at BP.

05:18   17    **Q.**   He's no longer at BP.  He did hold a high position,

05:18   18    correct?

05:18   19    **A.**   He did.

05:18   20    **Q.**   He was on the *Deepwater Horizon*?

05:18   21    **A.**   Yes.

05:18   22    **Q.**   On the night the explosion occurred, wasn't he?

05:18   23    **A.**   That's correct, yes.

05:18   24    **Q.**   All right.  Let's talk about root cause investigation,

05:18   25    Mr. McKay.  You testified multiple times to Congress, didn't

LAMAR MCKAY - DIRECT

05:19   1   you?

05:19   2   **A.**   I did.

05:19   3   **Q.**   About the *Deepwater Horizon* event?

05:19   4   **A.**   Yes.

05:19   5   **Q.**   You gave both oral testimony and you gave a written

05:19   6   statement each time you testified, correct?

05:19   7   **A.**   I think each time we did a written, yes.

05:19   8   **Q.**   7364.  Is this a written statement that you gave to

05:19   9   Congress as part of your testimony?

05:19   10   **A.**   Yes.  It looks like it, yes.  Presumably that's the final.

05:19   11   I don't know.

05:19   12   **Q.**   Each time you testified, you gave a written statement that

05:19   13   was similar in many respects but may have some changes

05:19   14   depending on what had occurred in the interim?

05:19   15   **A.**   Correct.

05:19   16   **Q.**   Is that correct?

05:19   17   **A.**   That's right.

05:19   18   **Q.**   You repeatedly stated to Congress in your written

05:19   19   statement that BP wanted to know what happened and why it

05:19   20   happened and wanted to take learnings from the incident, didn't

05:19   21   you?

05:19   22   **A.**   Yes.

05:19   23   **Q.**   2917.  "BP's investigation into the cause of this accident

05:20   24   is being led by a senior BP executive from outside the affected

05:20   25   business.  The team has more than 40 people.  The investigation

**LAMAR MCKAY - DIRECT**

05:20  1   is ongoing and has not yet reached conclusions about incident

05:20  2   cause.  We intend to share the results of our findings so that

05:20  3   our industry and our regulators can benefit from the lessons

05:20  4   learned."

05:20  5          Is that what you said in your statement?

05:20  6   **A.**  Yes.

05:20  7   **Q.**  That would be important to do, to share so lessons could

05:20  8   be learned throughout the industry, correct?

05:20  9   **A.**  Yes, I agree.

05:20  10  **Q.**  2918.  You noted that investigations take time and in

05:20  11  order to ensure that the root cause of the failure is fully

05:20  12  understood, right?

05:20  13  **A.**  I see that, yes.

05:20  14  **Q.**  Without me having to go through each of the statements you

05:20  15  gave, you said that virtually every time you gave a statement,

05:21  16  didn't you?

05:21  17  **A.**  I did, and I think it was in relation -- I think I said

05:21  18  also in the testimony, both written and verbally, about that,

05:21  19  pertaining to the fire that happened on the rig and why some of

05:21  20  the emergency systems didn't shut the well in.  So it was

05:21  21  bulleted, I thought, in most of these.

05:21  22  **Q.**  I'm sure we will see that in your direct examination, but

05:21  23  I want to be sure I understand what you are saying.

05:21  24         You are saying that you are not talking about typical

05:21  25  root cause such as that involved in your incident investigation

LAMAR MCKAY - DIRECT

05:21  1  requirements.  You were talking about something different?

05:21  2  A.   Well, I'm not a root cause specialist and I don't know

05:21  3  what *typical* is.  But what I was intending to -- and I think I

05:21  4  said clearly throughout my testimony -- is that we were trying

05:21  5  to find out why the fire and explosion happened on the rig and

05:21  6  why the emergency system didn't shut the well in.

05:21  7  Q.   Well, isn't that what everybody was trying to find out?

05:21  8  Was there something else you would have been trying to find

05:22  9  out?

05:22  10  A.   No, that's what we were trying to find out.  That's how,

05:22  11  as I understand it, the investigation that we -- that I

05:22  12  mentioned in the prior comment was doing.

05:22  13  Q.   But you knew -- at the time that you gave your testimony

05:22  14  and repeatedly referred to finding the root cause of the

05:22  15  investigation, you knew process safety was not an objective of

05:22  16  the BP internal investigation, didn't you?

05:22  17  A.   I think, yes.  Loss of primary containment was an

05:22  18  objective of the investigation and the understanding of that.

05:22  19  Q.   So you thought process safety was an objective of the

05:22  20  investigation?

05:22  21  A.   The loss of primary containment is a process safety

05:22  22  failure.  And that's -- the well control, the well blowing out

05:22  23  is a process safety failure.

05:22  24  Q.   Did you believe that systemic causes were part of the root

05:22  25  cause of an event such as this?

LAMAR MCKAY - DIRECT

05:22    1    A.   Well, as I understand it, system causes and the causes
05:22    2    that were on the -- in terms of causing the fire and explosion
05:22    3    were part of the Bly investigation.
05:23    4    Q.   Right.  But my question is:  Did you understand that there
05:23    5    were systemic causes that were considered by BP's own documents
05:23    6    as root causes?
05:23    7    A.   In the Bly investigation?
05:23    8    Q.   No, in BP's investigative requirements.
05:23    9    A.   Oh.  Well, I wasn't familiar with all the requirements of
05:23   10    the investigations.  I'm more familiar now, but I wasn't
05:23   11    familiar then with the detail of the requirements.
05:23   12    Q.   Were you familiar with the fact -- when you talked about
05:23   13    finding the root causes so lessons could be learned, were you
05:23   14    familiar with the fact that BP was not investigating
05:23   15    management-related causes?
05:23   16    A.   Well, I was -- I was not involved in the scoping and
05:23   17    scaling of the investigation, so I was not aware of the
05:23   18    boundaries of that investigation and what it was supposed to do
05:23   19    and not supposed to do.  I knew that it was trying to find out
05:23   20    the cause of the fire and explosion on the rig.
05:23   21    Q.   So does that mean you were not aware whether or not BP was
05:24   22    investigating management-related causes?
05:24   23    A.   I wasn't involved and aware that the report was designed
05:24   24    to -- I wasn't involved in the scope and the scale or the
05:24   25    limits of the report, no.  So I don't know -- on that

**LAMAR MCKAY - DIRECT**

05:24   1   particular day, I don't think I was; but I don't know for sure.
05:24   2   **Q.**   How about on any of the days you testified about root
05:24   3   cause?
05:24   4   **A.**   No.  I wasn't really involved in any sort of, you know,
05:24   5   where the report starts and ends.  That was an independent
05:24   6   investigation by Bly.
05:24   7   **Q.**   Did you even know whether or not management-related causes
05:24   8   were a standard part of the BP investigation?
05:24   9   **A.**   I was not familiar with our investigation protocols, no.
05:24   10  **Q.**   Do you think that if you hoped to have lessons learned
05:24   11  from a disaster like this, that BP should do a full and
05:24   12  complete investigation?
05:24   13  **A.**   Well, I think -- I believe and BP believes the
05:25   14  investigation was a complete investigation.  It looked at the
05:25   15  causes of what happened.  It, you know, had 50 internal and
05:25   16  external experts working on it for months.  It was a
05:25   17  substantial report and investigation.  And the
05:25   18  recommendations -- 26 recommendations came out of it.  We are
05:25   19  implementing all of those.  I think it was a substantial
05:25   20  investigation.
05:25   21  **Q.**   Do you believe that BP should do a full and complete
05:25   22  investigation to include management-related causes after a
05:25   23  disaster such as this?
05:25   24  **A.**   I think the investigation that was done here is a good
05:25   25  investigation.  We are using that to change what we have

LAMAR MCKAY - DIRECT

05:25  1   done -- what we are doing in drilling going forward with those
05:25  2   recommendations.
05:25  3          I would also say that we have done more than the Bly
05:25  4   report.  As you may know, we have reorganized and gone to a
05:25  5   more functional organization setup, a stronger safety and
05:26  6   operational risk organization.  OMS continues to go through its
05:26  7   improvement cycle.  So I don't know -- I think we have learned
05:26  8   what we can from the accident and we are trying to put those
05:26  9   things into practice right now.
05:26  10  Q.   Do you believe that BP should have done an investigation
05:26  11  that included management-related causes?
05:26  12  A.   I'm not a risk -- an investigation expert, so I can't
05:26  13  opine on whether we should or shouldn't.  I know what has been
05:26  14  done and how we are trying to use it.
05:26  15  Q.   All right.  If we looked at management-related causes,
05:26  16  that would include a lot of people at BP, wouldn't it?
05:26  17  A.   And other places, other companies, and lots of different
05:26  18  people, I would presume.
05:26  19  Q.   2673.  Is this the board of directors that the SEEAC
05:26  20  committee is part of?
05:27  21  A.   Yes.  At a point in time, yes.
05:27  22  Q.   2672.  Is this the safety, environment and ethics
05:27  23  assurance committee of the board?
05:27  24  A.   Yes.  In the recent past, yes.
05:27  25  Q.   2674.  Is this the executive management, which included

LAMAR MCKAY - DIRECT

05:27  1    Tony Hayward, Andy Inglis, and also included you?

05:27  2    A.   Yes.  At a point in time, yeah.

05:27  3    Q.   Well, did it include you on April 20, 2010?

05:27  4    A.   Yes.

05:27  5    Q.   And the group operating risk committee is a committee of

05:27  6    the executive management; is that correct?

05:27  7    A.   Well, it's not -- I wasn't on it.  It's not the entire

05:27  8    team.

05:27  9    Q.   I understand, but it is a committee that --

05:27 10    A.   It's part of that.

05:27 11    Q.   -- that includes executives, correct?

05:27 12    A.   Yes.

05:28 13    Q.   2675.  Is this the membership and the group operating risk

05:28 14    committee?

05:28 15    A.   Yes, at that point in time.

05:28 16    Q.   Mr. Bly on the left and Mr. Baxter on the right, correct?

05:28 17    A.   Yes.

05:28 18    Q.   At the time of the blowout, who was the highest-level

05:28 19    executive with group-wide responsibility for safety?

05:28 20    A.    Well, responsibility for safety, the operating

05:28 21    organizations are responsible for safety.  So in the

05:28 22    exploration and production area would have been Andy Inglis.

05:28 23    And in the R&M, refining and marketing, would have been Iain

05:28 24    Conn.  Mark Bly heads a safety and operations group that was a

05:28 25    corporate group to help set standards and help support the

LAMAR MCKAY - DIRECT

05:28  1   businesses.  But the compliance, the safety, the delivery of
05:28  2   safe operations is through what we call the line, the operating
05:28  3   businesses.
05:28  4   Q.   Well, overall safety, global, group head of safety and
05:29  5   operations, Mark Bly.  He was not the top executive?
05:29  6   A.   Well, he was head of the safety and operations group that
05:29  7   was in the corporation that, in effect, helps the businesses,
05:29  8   supports the businesses, audits the businesses.  The businesses
05:29  9   themselves are responsible for safety, delivery of safe
05:29  10  operations.
05:29  11  Q.   But he audited and supported those groups --
05:29  12  A.   Yes.
05:29  13  Q.   -- on the subject of safety?
05:29  14  A.   Yes.  Yes.
05:29  15  Q.   And who was it that was appointed by Tony Hayward to
05:29  16  conduct the investigation?
05:29  17  A.   Mark Bly.
05:29  18  Q.   A member of the group operating risk committee, correct?
05:29  19  A.   That's correct.
05:29  20  Q.   Do you think that if you hoped to have an objective and
05:29  21  unbiased investigation, that you appoint the head -- group head
05:29  22  of safety who is on the very committee responsible for safety?
05:30  23  A.   As I said, I don't consider Mark as responsible for
05:30  24  safety.  The businesses were responsible and accountable for
05:30  25  delivery of safety.  So I think Mark was head of an objective

LAMAR MCKAY - DIRECT

05:30  1  piece of the corporation that looked at safety.

05:30  2  **Q.**   The group operating risk committee were the highest level

05:30  3  executives at BP who had concentrated responsibility for

05:30  4  safety, weren't they?

05:30  5  **A.**   Yes.   They were reviewing safety.   That's right, yeah.

05:30  6  **Q.**   After Tony Hayward, a member of the committee, appointed

05:30  7  Mark Bly, a member of the committee, to conduct the

05:30  8  investigation, Mark Bly elected not to investigate management

05:30  9  causes, didn't he?

05:30  10  **A.**   Again, I wasn't involved in who set the limits on what was

05:30  11  looked at and what wasn't, so I don't know if Mark made that

05:30  12  decision or what -- well, I don't know if that's accurate to

05:30  13  start with; but I don't know who made those decisions.

05:30  14  **Q.**   So you don't know if it's accurate that he and Tony

05:31  15  Hayward decided not to investigate management causes?

05:31  16  **A.**   I wasn't involved in whether that was a decision made or

05:31  17  not.

05:31  18  **Q.**   You do know that after he completed and submitted his

05:31  19  report -- which, by the way, you have read, right?

05:31  20  **A.**   I have.

05:31  21  **Q.**   And you know it makes no mention whatsoever of any

05:31  22  management causes, does it?

05:31  23  **A.**   I don't think in the way you are using it, no.

05:31  24  **Q.**   Is there one sentence of criticism of anybody on that

05:31  25  committee or any of the executives that we just looked at or

LAMAR MCKAY - DIRECT

05:31  1   anybody on the board and the safety committee of the board?  Is
05:31  2   there one sentence of criticism about any of those individuals
05:31  3   contained in the Bly report?
05:31  4   A.   No, I don't think so.
05:31  5   Q.   In fact, after the Bly report was completed, Mr. Bly got
05:32  6   promoted, didn't he?
05:32  7   A.   Well, I don't think he got promoted.  The organization he
05:32  8   was running was expanded.
05:32  9   Q.   2747.  Didn't Mr. Bly get promoted to executive vice
05:32  10  president for safety and operational risk after he finished his
05:32  11  report?
05:32  12  A.   Honestly, I don't know if that's a promotion.  He was head
05:32  13  of what was called *safety and operations*.  And that piece of
05:32  14  the organization was strengthened and people were added to it
05:32  15  and he was still head of it, renamed safety and operational
05:32  16  risk.  I think he may have already been an EVP, an executive
05:32  17  vice president.  I'm not sure.
05:32  18  Q.   It didn't indicate he was an executive vice president, I
05:33  19  don't think, in the GORC --
05:33  20  A.   It may not have.  I don't know if he was promoted or not.
05:33  21  Q.   You don't know if he got promoted or not?
05:33  22  A.   No.
05:33  23  Q.   You were president and chairman of BP America at the time
05:33  24  of the blowout, right?
05:33  25  A.   I was.

LAMAR MCKAY - DIRECT

05:33    1    **Q.**   So we know you got promoted?

05:33    2    **A.**   I got promoted this January, yes.

05:33    3    **Q.**   You are now basically number two, aren't you, behind

05:33    4    Mr. Dudley?

05:33    5    **A.**   I head the upstream exploration and production.  I

05:33    6    wouldn't necessarily say I'm number two.  There's a CEO of

05:33    7    refining and marketing segment.  No, I wouldn't say it that

05:33    8    way.

05:33    9    **Q.**   In addition to no mention of BP management in the Bly

05:33   10    report, there's plenty of blame laid on Transocean and

05:33   11    Halliburton, isn't there?

05:33   12    **A.**   The Bly report and the investigation had -- came up with

05:33   13    eight key factors which involved ourselves, involved

05:33   14    Transocean, involved Halliburton.  I don't think it was trying

05:34   15    to blame.  I think it was an investigation to try to understand

05:34   16    what happened, and I think it's laid out fairly clearly.

05:34   17    **Q.**   What is laid out is blaming what happened on rig-level

05:34   18    errors, isn't it?

05:34   19    **A.**   Well, I don't agree with your characterization.  It came

05:34   20    up with key factors and things that the investigation team

05:34   21    thought were causal; and those included mechanical issues,

05:34   22    human judgment.  It included operational implementation, all of

05:34   23    those things.

05:34   24    **Q.**   They also did not -- do not include any mention of

05:34   25    management errors, do they?

LAMAR MCKAY - DIRECT

05:34   1   **A.**   No, I don't recall.

05:34   2   **Q.**   But they do fault rig-level personnel, don't they?

05:34   3   **A.**   I think the way that the investigation was done, it says

05:34   4   that there were some misinterpretations and mistakes made.

05:35   5   **Q.**   So when BP recently pled guilty to 11 felonies, who was it

05:35   6   that BP claimed to be the actors that caused the 11 felonies,

05:35   7   the 11 deaths?

05:35   8   **A.**   The actors?  I don't understand what you mean.

05:35   9   **Q.**   The individuals who caused the 11 deaths that BP pled

05:35   10   guilty to.

05:35   11   **A.**   Our plea agreement with the U.S. government noted the

05:35   12   misinterpretation of one of the negative pressure tests as a

05:35   13   cause, among others; and that was an agreement we made with the

05:35   14   U.S. government.

05:35   15   **Q.**   Exhibit 52673.  You have seen the guilty plea agreement?

05:35   16   **A.**   I have.

05:35   17   **Q.**   You have seen the Exhibit A to that, which is the

05:36   18   allocution of facts that's on page 14 of 56?

05:36   19   **A.**   Yes, I have.

05:36   20   **Q.**   Let's look at that page.

05:36   21   **MR. REGAN:**  Your Honor, I object to asking the

05:36   22   witness to walk through this plea agreement.  It's in evidence.

05:36   23   Your Honor can review it.  It's a legal agreement between BP

05:36   24   and the government.

05:36   25   **THE COURT:**  We have walked through a lot of things

LAMAR MCKAY - DIRECT

05:36   1   that are in evidence that I can read, but I think it's fair for
05:36   2   him to ask the witness questions about it.
05:36   3              MR. CUNNINGHAM:  Pull out that bottom paragraph
05:36   4   first, if you would.
05:36   5   BY MR. CUNNINGHAM:
05:36   6   Q.   You said you had read this, Mr. McKay?
05:36   7   A.   I have, yes.
05:36   8   Q.   "BP's responsibility as the leaseholder and operator of
05:36   9   the Macondo well and Transocean's responsibility as the rig
05:36  10   owner imposed on each a duty to ensure that the negative
05:36  11   pressure test performed prior to temporarily abandoning the
05:36  12   well was done safely in accordance with the standard of care
05:36  13   applicable in the deepwater oil exploration industry.
05:37  14              "On the night of the explosion, BP had two well-site
05:37  15   leaders who were BP's employees, agents, and highest-ranking
05:37  16   representatives on the rig.  The well-site leaders were
05:37  17   responsible for supervising the negative pressure test."
05:37  18              Did I read that correctly?
05:37  19   A.   Yes.
05:37  20   Q.   Next page, top.
05:37  21              "On or about April 20, 2010, between approximately
05:37  22   5:00 and 8:00 p.m., the negative pressure test performed on the
05:37  23   Macondo well provided multiple indications that the wellbore
05:37  24   was not secure.  BP's well-site leaders negligently supervised
05:37  25   the negative pressure test during this time, failed to alert

LAMAR MCKAY - DIRECT

05:37    1    engineers on the shore of these indications, and along with

05:37    2    others, ultimately deemed the negative pressure test a success,

05:37    3    all in violation of the applicable duty of care.  The negligent

05:37    4    conduct of BP's well-site leaders is attributable to BP."

05:38    5           Did I read that correctly?

05:38    6    A.   Yes.

05:38    7    Q.   If we go throughout this Exhibit A, which is the factual

05:38    8    allocution, the only actors mentioned as causing the 11 deaths

05:38    9    are BP's two well-site leaders; isn't that true?

05:38   10    A.   I think -- I would have to read the whole thing; but I

05:38   11    think they are mentioned in relation to the negative pressure

05:38   12    test, which was one of the causes that's mentioned in here as

05:38   13    one of the causes.

05:38   14    Q.   You're referring to other actors, other contractors as

05:38   15    being mentioned in here, like Transocean?

05:38   16    A.   It could be.  And it says among others, in terms of --

05:38   17    somewhere in there, among others -- and it was one of the

05:38   18    causes.  So all I'm trying to say is I'm not -- I'm not saying

05:38   19    that it would be limited to what you just said.

05:38   20    Q.   Is there anybody else, any other individual, any other

05:39   21    specific job description mentioned in BP's guilty plea other

05:39   22    than the well-site leaders, the two well-site leaders who have

05:39   23    now been indicted?

05:39   24           MR. REGAN:  Objection, Your Honor.  That has been

05:39   25    expressly ruled outside the scope of this trial, mention of

LAMAR MCKAY - DIRECT

| | | |
|---|---|---|
| 05:39 | 1 | indictments. |
| 05:39 | 2 | **MR. CUNNINGHAM:** I didn't know that. |
| 05:39 | 3 | **THE COURT:** I didn't know that either. |
| 05:39 | 4 | **MR. REGAN:** I believe it should be, Your Honor. |
| 05:39 | 5 | **THE COURT:** It's been mentioned, and it's public |
| 05:39 | 6 | knowledge. So let's go on. We all know what we are talking |
| 05:39 | 7 | about. The fact that someone has been indicted is not evidence |
| 05:39 | 8 | of anything. But in the context of the questioning, I don't |
| 05:39 | 9 | think it's improper. Go ahead. |
| 05:39 | 10 | BY MR. CUNNINGHAM: |
| 05:39 | 11 | Q. Isn't that correct, it's the well-site leaders that BP |
| 05:39 | 12 | pled guilty to? |
| 05:39 | 13 | A. Can I just -- what I'm trying to say is that the cause was |
| 05:39 | 14 | mentioned as a cause, which implies other causes. And among |
| 05:40 | 15 | others is mentioned in terms of -- in this case contractors as |
| 05:40 | 16 | well as BP. |
| 05:40 | 17 | So what I'm saying is I'm not necessarily -- my view |
| 05:40 | 18 | doesn't limit everything to those two individuals in terms of |
| 05:40 | 19 | this plea agreement and the way it's written. |
| 05:40 | 20 | Q. One group of people that's not mentioned in the allocution |
| 05:40 | 21 | is any BP management, is it, as being responsible for anything |
| 05:40 | 22 | that happened on April 20? |
| 05:40 | 23 | A. That is not written in there; that's true. |
| 05:40 | 24 | Q. There is, along with the allocution, an order, correct, |
| 05:40 | 25 | that BP agreed to as part of its plea agreement, right? |

LAMAR MCKAY - DIRECT

05:40  1    A.   Yes.
05:40  2            MR. CUNNINGHAM:  Pull that up.  That's page 20 of 56.
05:40  3    BY MR. CUNNINGHAM:
05:40  4    Q.   But there's something different about the order, because
05:40  5    the order is what BP agrees that it will do going forward;
05:40  6    isn't that true?
05:40  7    A.   Roughly, yes.  That's -- yes.  That's what we have agreed
05:41  8    to as part of our obligations, yes.
05:41  9    Q.   If we look at the first page of the order, one of the
05:41  10   things that BP agrees to do is to institute process safety
05:41  11   activities, correct?
05:41  12   A.   We have agreed to have a process safety monitor, yes.
05:41  13   Q.   The duties of that monitor would be to review, evaluate,
05:41  14   and provide recommendations for the improvement of BP's process
05:41  15   safety and risk management procedures, correct?
05:41  16   A.   Yes.
05:41  17   Q.   That is not an action that could have been undertaken by
05:41  18   anybody at BP but management?
05:41  19   A.   No, I don't agree with that.
05:41  20   Q.   You don't?  You think the well-site leaders could have
05:41  21   reviewed, evaluated, and provided recommendations for improving
05:41  22   BP's process safety and risk management?
05:41  23   A.   Yes.  I think that there are a lot of people involved with
05:41  24   the drilling and construction and implementation of the well
05:41  25   procedure.  The loss of primary containment was the process

**LAMAR MCKAY - DIRECT**

05:41   1    safety failure so that the blowout is the process safety
05:42   2    failure.
05:42   3    **Q.**   According to you?
05:42   4    **A.**   I'm no expert, you are correct.  But that's -- yes, I
05:42   5    think that's -- yeah, that's my opinion.  That's BP's opinion.
05:42   6    **Q.**   But what is agreed to by BP in this order in connection
05:42   7    with the guilty plea are actions in the area of process safety
05:42   8    that represent correction of management failures; isn't that
05:42   9    true?
05:42   10   **A.**   No, I -- no, I don't think that's true.
05:42   11   **Q.**   You think that this represents failures of men on the rig
05:42   12   that they could have corrected to prevent this event?
05:42   13   **A.**   I think what -- my view is governed by what the
05:42   14   investigation said, which said there were key factors that
05:42   15   failed -- all of them failed, unfortunately.  And this -- and
05:42   16   our plea agreement has agreed to have a process safety monitor
05:42   17   to help us make recommendations to improve our process safety
05:43   18   and risk management procedures.  So I don't draw the conclusion
05:43   19   that you're drawing.
05:43   20   **Q.**   Page 8.  As part of the order, you also agreed, did you
05:43   21   not -- must be page -- excuse me, page 27 of 56.
05:43   22           Also agreed to institute safety and environmental
05:43   23   management audits, management systems audits, didn't you?
05:43   24   **A.**   Safety and environmental management systems audits.  Yes,
05:43   25   we do agree to that.  And that generally encompasses, I think

**LAMAR MCKAY - DIRECT**

05:43   1   in this -- this is for the drilling rigs themselves.

05:43   2   **Q.**   Undertaking safety and environmental management systems

05:44   3   audits is a function that would be instituted by management and

05:44   4   not by a well-site leader, isn't it?

05:44   5   **A.**   Well, yes, it probably would be executed by that and done

05:44   6   by an auditing function of the company, which would be -- and

05:44   7   probably get input from well-site leaders, yeah.

05:44   8   **Q.**   That represents a correction in this order, a correction

05:44   9   of a management failure, doesn't it?

05:44   10   **A.**   No.  Not necessarily, no.

05:44   11   **Q.**   Let's go to the bottom of this page, back to the bottom of

05:44   12   page 8.

05:44   13          You also agree to operational oversight regarding

05:44   14   third-party verification of the blowout preventers, correct?

05:44   15   **A.**   Yes.

05:44   16   **Q.**   That could only be undertaken by management, correct?

05:44   17   **A.**   Well, you're using the term *management*.  When you drill a

05:45   18   well, you have a lot of people involved with the system, the

05:45   19   contractors, your own engineers, your own operations people.  I

05:45   20   think in this case it would be probably engineers that are

05:45   21   familiar and working on the blowout preventer areas that would

05:45   22   be working with the third-party verifiers.  So I don't know if

05:45   23   you call that management.

05:45   24   **Q.**   Do you call it management?

05:45   25   **A.**   I call them engineers.

LAMAR MCKAY - DIRECT

05:45  1   **Q.**  Turn to the next page.  Deepwater well control competency

05:45  2   assessments.  Cement design, at the bottom.  Cement design and

05:45  3   competency.  These are actions that are corrective actions that

05:45  4   management would take, not the men on the rig; isn't that true?

05:45  5   **A.**  The cement design and competency would generally be done

05:45  6   and understood by engineers that I don't think generally would

05:46  7   be well-site leaders, but they would be engineers and

05:46  8   operations people.

05:46  9   **Q.**  So it would not be upper-level management involved in

05:46  10  that?

05:46  11  **A.**  In cement design of wells, no, not generally.

05:46  12  **Q.**  How about the next page, page 10?  "Houston monitoring

05:46  13  center:  The defendants shall maintain a real-time drilling

05:46  14  operations monitoring center at its Houston office or other

05:46  15  appropriate location."

05:46  16         Going down:  "The HMC shall monitor such data for all

05:46  17  defendant-owned or contracted rigs conducting drilling with a

05:46  18  subsea BOP installed on the wellhead."

05:46  19         Establishing a Houston monitoring system would be an

05:46  20  action taken by management, wouldn't it, Mr. McKay?

05:46  21  **A.**  The Houston monitoring center will be where the engineers

05:46  22  and the supervisors of the well-site leaders and folks like

05:46  23  that would look at well control monitoring.  You know, I guess

05:47  24  it's according to where you call management, but this would

05:47  25  still generally be engineers working on this.

LAMAR MCKAY - DIRECT

05:47    1    Q.   So we can't even agree that it would be a management
05:47    2    decision as opposed to a line-level decision to establish the
05:47    3    Houston monitoring center?
05:47    4    A.   Well, the establishment and the agreement of the entire
05:47    5    agreement was a management decision.
05:47    6         MR. CUNNINGHAM:   Your Honor, I think I'm very close
05:47    7    to being through.  I don't know if you would give me an
05:47    8    opportunity to have any time in the morning if I think of a few
05:47    9    questions overnight that I missed.
05:47   10         MR. REGAN:   I think he has done a thorough job,
05:47   11    Your Honor.
05:48   12         MR. CUNNINGHAM:   I appreciate the endorsement.
05:48   13         THE COURT:   Why don't you confer with your cohorts
05:48   14    there for a minute and see if they have any others.  I would
05:48   15    like to break at a logical point here.
05:49   16         MR. CUNNINGHAM:   No further questions, Your Honor.
05:49   17         THE COURT:   How many people did it take to decide
05:49   18    that?
05:49   19              I guess this is a good time to recess.  We will
05:49   20    recess -- let me just ask -- well, I'm not going to go any
05:49   21    further today in testimony, but I'm just trying to see.  Is
05:49   22    anybody else on this side of the table planning to ask
05:49   23    Mr. McKay questions tomorrow?
05:49   24         MR. UNDERHILL:   Not the United States, Your Honor.
05:49   25         MR. KANNER:   We might have a few questions,

05:49  1    Your Honor, but I would like to talk to my client tonight if I

05:49  2    could.

05:49  3              THE COURT:  How about Alabama?

05:49  4              MR. MAZE:  Only one question that we may ask just for

05:49  5    impeachment purposes, and we are checking on that now.

05:49  6              THE COURT:  Whatever you two have will be very short

05:49  7    tomorrow?

05:49  8              MR. MAZE:  Yes, sir.

05:49  9              MR. KANNER:  Very short.

05:49 10              THE COURT:  Are you all going to question Mr. McKay

05:49 11    now, Transocean and Halliburton?  Just trying to get some sense

05:49 12    for tomorrow.

05:50 13              MR. MILLER:  Kerry Miller for Transocean.  During the

05:50 14    break I met with BP and the PSC.  We would like to propose to

05:50 15    the Court that when an adverse party calls an employee that the

05:50 16    employer actually take the witness before the other defendants

05:50 17    go.  So we propose to be somewhat out of order based upon

05:50 18    the --

05:50 19              MR. REGAN:  What we would propose, Your Honor, is

05:50 20    that we could do a short direct.  To the extent that the

05:50 21    contractors have questions, they could ask those questions.  We

05:50 22    could have a very few --

05:50 23              THE COURT:  This is my question.  Usually what we ask

05:50 24    is, do you plan to do a direct of Mr. McKay now while he is

05:50 25    here, or do you plan to call him back again in your case?

```
05:50    1            MR. REGAN:  We plan to finish Mr. McKay.
05:50    2            THE COURT:  So it's okay with you if we proceed as
05:50    3    Mr. Miller suggests?
05:50    4            MR. REGAN:  Right.  We'll do a short direct.  Any
05:50    5    questions from the contractors, they can go.  We can have a
05:50    6    brief redirect as our witness, and also to the extent that any
05:50    7    more redirect questions --
05:50    8            THE COURT:  I'm assuming we will be able to finish
05:50    9    Mr. McKay fairly early tomorrow morning.  Am I overly
05:51   10    optimistic on that?  When you say a "brief direct," how long is
05:51   11    your brief direct?
05:51   12            MR. REGAN:  I think it would be less than a half an
05:51   13    hour.
05:51   14            THE COURT:  So maybe we are talking about an hour,
05:51   15    hour and a half total?
05:51   16            MR. MILLER:  I have about 10 minutes, Your Honor.
05:51   17            MR. GODWIN:  About 10 or 15 for Halliburton, Judge.
05:51   18            THE COURT:  Who is the next witness for the plaintiff
05:51   19    going to be tomorrow?
05:51   20            MR. CUNNINGHAM:  We're going to play about a
05:51   21    20-minute clip of Mr. Haywood's deposition video clip and then
05:51   22    about a 10-minute clip of Mr. Lacy's deposition.
05:51   23            THE COURT:  After that, who is the witness?
05:51   24            MR. UNDERHILL:  Huffman would live.
05:51   25            THE COURT:  Who is that?
```

OFFICIAL TRANSCRIPT

|   |   |   |
|---|---|---|
| 05:51 | 1 | **MR. UNDERHILL:**  Dr. Alan Huffman. |
| 05:51 | 2 | **THE COURT:**  Huffman? |
| 05:51 | 3 | **MR. UNDERHILL:**  Correct, Your Honor. |
| 05:51 | 4 | **THE COURT:**  How long do you guess he will take?  I'm |
| 05:51 | 5 | just trying to get a sense of who else everybody needs to plan |
| 05:51 | 6 | for tomorrow, including myself. |
| 05:51 | 7 | **MR. UNDERHILL:**  Your Honor, I would say for |
| 05:51 | 8 | Dr. Huffman it would be equal to or less than Mr. Cunningham's |
| 05:51 | 9 | examination of Dr. Bea, but probably less. |
| 05:52 | 10 | **THE COURT:**  I will just make these comments now. |
| 05:52 | 11 | When we broke this afternoon when Mr. Brock asked for |
| 05:52 | 12 | 15 minutes so he could decide how much more cross he had -- |
| 05:52 | 13 | **MR. BROCK:**  I shortened it substantially. |
| 05:52 | 14 | **THE COURT:**  You did, and I appreciate that. |
| 05:52 | 15 | But I started doing some math, and I will just |
| 05:52 | 16 | point it out to everybody now.  Everyone has told me for a long |
| 05:52 | 17 | time now that this is going to be a three-month trial, even |
| 05:52 | 18 | though I told you all we ought to be able to try it in two |
| 05:52 | 19 | months.  Now I did the math.  If we exclude Fridays, Saturdays, |
| 05:52 | 20 | and Sundays, which is the plan, and a couple other holidays |
| 05:52 | 21 | around Easter, we only had 53 trial days, including today. |
| 05:52 | 22 | 53 trial days, even though we are working from 8:00 to 6:00. |
| 05:53 | 23 | You all have 53 experts listed, including Mr. Bea, who |
| 05:53 | 24 | testified today. |
| 05:53 | 25 | I don't know how many fact witnesses the parties |

05:53    1    plan to call beyond the depositions.  I recognize there are a
05:53    2    lot of fact depositions that have been submitted.
05:53    3              But somebody -- you all need to think about how
05:53    4    many of these experts are really going to be called and how
05:53    5    long they are going to take, because I really want to finish
05:53    6    this trial by the end of May.
05:53    7              At your request, the lawyers' request, I did not
05:53    8    put strict time limits on everybody in this trial, but I am
05:53    9    committed to finishing this thing by the end of May.  So just
05:53   10    keep that in mind.
05:53   11              MR. UNDERHILL:  I don't know if it's a request or a
05:53   12    suggestion, Your Honor.  Mike Underhill on behalf of the
05:53   13    United States.
05:53   14              I suspect that the percipient witnesses are
05:54   15    probably going to go a lot faster than the experts.  It could
05:54   16    be long.  Mr. Bly might be the exception to that.  I suspect he
05:54   17    might be taking some time.
05:54   18              The plaintiffs collectively have disclosed our
05:54   19    expert witnesses.  I think we are going to call all of them.
05:54   20    If we drop one, then that's maybe even better.
05:54   21              There's a whole slew of experts on the defense
05:54   22    side, especially our friends and colleagues over at BP.  What
05:54   23    would help all of us, and I think Your Honor, in terms of
05:54   24    budgeting time, especially early up in the plaintiffs' and, for
05:54   25    that matter, Transocean's part of the case, if the BP

OFFICIAL TRANSCRIPT

1    defendants, or other defendants as well, know that they are

2    going to not call expert witnesses -- and I can think of two

3    they are probably not going to call -- I won't name them in

4    court, but I can think of a few at least -- that would help us

5    all to budget out.

6         THE COURT:  Have you all exchanged -- because I have

7    a list, a spreadsheet of each party's experts and the order in

8    which they plan to be called.  Although when you tell me

9    Dr. Huffman is going to be called tomorrow, that's already out

10   of order, because he was number 10 on my list of 11.

11        MR. UNDERHILL:  Your Honor, I don't want to rat

12   Judge Shushan out, but I think we -- I'm going to rat

13   Judge Shushan out.  Actually, I think we did submit an amended

14   list a couple weeks ago.

15        THE COURT:  This was supposedly the last list that I

16   was given.  Have these lists been exchanged with each other

17   among the parties?  They are?  So none of this is secret.

18             Without talking about the names or the order

19   right now, the combination of PSC, U.S. and the States, I have

20   a list of 11 different experts.  Transocean has four,

21   Halliburton has eight, BP alone has 23, Cameron has four, and

22   then M-I has three.  So you're right, BP is the biggest culprit

23   here in terms of number of witnesses.  Maybe Mr. Brock and his

24   team can let everyone know within a reasonable time whether

25   they really plan to call all of these 23 people.

| | |
|---|---|
| 05:56 | 1 |
| 05:56 | 2 |
| 05:56 | 3 |
| 05:56 | 4 |
| 05:56 | 5 |
| 05:56 | 6 |
| 05:56 | 7 |
| 05:56 | 8 |
| 05:56 | 9 |
| 05:56 | 10 |
| 05:57 | 11 |
| 05:57 | 12 |
| 05:57 | 13 |
| 05:57 | 14 |
| 05:57 | 15 |
| 05:57 | 16 |
| 05:57 | 17 |
| 05:57 | 18 |
| 05:57 | 19 |
| 05:57 | 20 |
| 05:57 | 21 |
| 05:57 | 22 |
| 05:57 | 23 |
| 05:57 | 24 |
| 05:57 | 25 |

1          **MR. BROCK:**  Your Honor, on our list we have a number

2     of witnesses who are employees of BP, but were involved in the

3     internal investigation and have subject matter expertise.

4     There is some overlap with that expertise in our expert lineup.

5     We do not expect we are going to call 23 experts.  But it's a

6     trial, and we would like to have the opportunity to evaluate as

7     we go.  We'll do something reasonable on that.

8          **THE COURT:**  Okay.  The reason I wanted to know for my

9     own sake, and of course you all would, too, the order that

10    these experts are going to be called, some reasonable advance

11    notice so I can read those expert reports and the motions in

12    limine and all of that -- *Daubert* motions -- so I can be

13    conversant with that before the expert takes the stand.

14          Does anybody envision any other expert

15    testifying tomorrow other than Dr. Huffman?

16          **MR. BRIAN:**  Your Honor, when do they expect to get to

17    Mark Bly tomorrow?

18          **THE COURT:**  Is he going to follow Huffman?  So it's

19    possible.

20          **MR. BRIAN:**  How long would he be on direct?

21          **THE COURT:**  Bly or Huffman?

22          **MR. BRIAN:**  Bly.

23          **MR. STERBCOW:**  A good two hours.

24          **MR. UNDERHILL:**  I would say the United States

25    probably about equal, Your Honor.  Just so Your Honor knows, we

05:57  1    are not -- we understand the Court's desire -- let's call it an
05:57  2    order to move things along.  Paul Sterbcow and I have worked to
05:58  3    coordinate our exams so that I don't intend to do what he is
05:58  4    doing.  We tried to divide it up in accordance with the
05:58  5    interests of our clients.  And what we propose to do for the
05:58  6    rest of -- as you can see, today we asked no questions of
05:58  7    Mr. McKay.
05:58  8              THE COURT:  I appreciate that.  I didn't mean by my
05:58  9    comments earlier today that I was prohibiting counsel for each
05:58  10   party from asking, questioning any particular witness.  I just
05:58  11   meant that where your interests are clearly aligned perfectly,
05:58  12   it seems like you all could agree that one lawyer would take
05:58  13   that witness.  But anyway, we'll see how it works out.
05:58  14             MR. UNDERHILL:  We definitely don't plan -- we plan
05:58  15   to coordinate to the extent, if we each plan to do a witness,
05:58  16   to make sure that our areas of questioning are not duplicative,
05:58  17   because we know what's going to happen when we try to do that
05:58  18   with Your Honor.  It's not going to last too long.
05:59  19             THE COURT:  Anybody have anything else?
05:59  20             Have a good evening.  We'll see everybody at
05:59  21   8:00 a.m.
05:59  22             THE DEPUTY CLERK:  All rise.
05:59  23             (Proceedings adjourned.)
05:59  24                            * * *
       25

1                        **<u>CERTIFICATE</u>**

2              I, Toni Doyle Tusa, CCR, FCRR, Official Court

3    Reporter for the United States District Court, Eastern District

4    of Louisiana, do hereby certify that the foregoing is a true

5    and correct transcript, to the best of my ability and

6    understanding, from the record of the proceedings in the

7    above-entitled matter.

8

9

10                              *s/ Toni Doyle Tusa*
                               Toni Doyle Tusa, CCR, FCRR
11                             Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$205 [1] 490/9
$205 million [1] 490/9
$250 [1] 489/7
$250 million [1] 489/7

**'**

'09 [1] 478/25
'98 [3] 522/11 524/8 524/9
'99 [1] 523/17
'Every [2] 484/19 485/19
'waiting [1] 480/4

**0**

01694 [1] 450/21
02771 [1] 423/7
03695 [1] 450/19
05777.1.2 [1] 453/22
05969 [1] 435/18
05973.1.1 [1] 447/1

**1**

1.1 [2] 437/22 476/3
1.2 [1] 441/9
10 [5] 479/18 480/9 561/12 564/17
567/10
10 minutes [1] 564/16
10 years [3] 434/7 434/11 434/15
10-CV-02771 [1] 423/7
10-CV-4536 [1] 423/9
10-MD-2179 [1] 423/4
10-minute [1] 564/22
100 [1] 424/16
100 percent [2] 483/20 483/21
1000 [2] 427/17 428/16
1001 [1] 427/10
101 [1] 424/19
101.1 [1] 474/14
11 [7] 554/5 554/6 554/7 554/9 556/8
567/10 567/20
11,638 feet [1] 436/13
1100 [1] 427/6
1110 [1] 427/20
1148.1.2 [1] 445/18
11:00 [1] 482/8
12 [1] 480/25
12-18-09 had [1] 497/3
12.2 [1] 484/17
12.4 [1] 485/16
1201 [2] 427/3 428/9
1221 [1] 428/5
13 [2] 446/10 466/15
1308 [1] 424/22
1331 [1] 428/12
1374.1.1 [1] 475/13
1374.1.2 [1] 475/24
14 [2] 464/16 554/18
14271 [1] 425/25
143 [1] 435/7
15 [5] 432/25 435/7 483/17 494/17
564/17
15 minutes [1] 565/12
15-minute [1] 482/14
1500 feet [1] 443/3
152 [1] 466/14
16 [2] 456/17 465/10
1601 [1] 424/3
166 [1] 479/17
1665 [1] 428/12
1694 [1] 494/23
17 [3] 443/13 449/18 475/25
1700 [1] 428/9

175 [1] 464/16
18 [2] 446/16
1831.1.1 [1] 478/12
1885 [1] 426/12
19 [2] 533/1 533/2

**2**

2.1 [2] 436/12 442/6
2.3.5 [2] 482/23 483/14
20 [15] 423/5 432/25 446/21 515/9 519/9
519/13 519/18 532/12 533/23 534/8
534/19 549/3 555/21 557/22 558/2
20-minute [1] 564/21
2000 [1] 523/17
20004 [2] 425/25 427/4
2001 [1] 523/17
2002 [2] 522/18 526/17
2003 [2] 469/20 469/22
20044 [2] 425/20 426/6
2005 [1] 495/17
2006 [4] 501/14 537/24 538/25 540/3
2008 [5] 489/5 490/8 490/21 491/12
491/18
2009 [24] 431/21 453/24 455/18 455/21
456/6 473/21 473/23 475/2 475/25 479/5
479/10 479/21 486/9 486/12 489/5
490/12 490/22 491/11 491/18 491/19
496/22 500/9 501/14 540/3
2010 [35] 423/5 435/20 440/9 441/7
449/18 455/6 455/20 456/6 456/17
465/10 486/22 487/7 490/3 495/17 504/2
504/11 506/1 506/9 515/9 516/3 519/9
519/13 519/18 528/23 531/20 532/9
532/12 533/1 533/2 533/23 534/8 540/9
540/16 549/3 555/21
2013 [4] 423/7 430/2 527/17 528/11
20198.1.1 [1] 480/23
21 [5] 456/25 456/25 457/16 459/2
469/13
21-day [2] 459/13 459/21
21/21 [2] 457/16 459/2
2179 [1] 423/4
2187 [1] 469/2
2187.178.1 [1] 471/1
2187.8.1 [1] 469/24
22 [2] 447/17 486/22
22 percent [1] 489/8
2211 [1] 427/20
2216 [1] 425/9
2279 [1] 518/4
22806 [1] 501/8
22nd [1] 424/10
23 [3] 567/21 567/25 568/5
23.1 [1] 465/17
23451 [1] 424/10
236 [1] 446/10
24 [1] 443/13
250 [2] 443/13 443/14
250.400 [1] 512/15
26 [6] 423/7 430/2 437/17 438/7 439/4
547/18
26,500 feet [1] 439/22
2615 [1] 424/6
2672 [1] 548/22
2673 [1] 548/19
2674 [1] 548/25
2675 [1] 549/13
27 [1] 559/21
2747 [1] 552/9
28 [3] 440/9 441/7 490/3
2830 [1] 501/8
2874 [2] 497/8 497/10
2875 [1] 514/22

2887 [1] 515/15
2904 [1] 543/20
2912 [1] 524/15
2913 [1] 525/2
2914 [1] 526/16
2915 [1] 540/20
2916 [1] 541/10
2917 [1] 543/23
2918 [1] 544/10

**3**

3.1 [2] 469/19 482/22
30 days [1] 483/8
300 [1] 426/23
3089 [1] 427/17
31 [1] 522/10
3145 [1] 532/22
32 [1] 504/20
335 [1] 427/14
350 [1] 481/16
350-plus [1] 479/20
3500 man-hours [1] 474/22
35th [1] 427/14
36.1 [1] 490/5
36028 [1] 425/13
36130 [1] 426/10
36604 [1] 424/4
3668 [1] 423/20
3700 [2] 427/6 427/10
390 [4] 474/21 481/16 481/22 483/9

**4**

40 [1] 543/25
40,000 [1] 431/1
4000 [1] 428/16
402 [1] 424/10
406 [1] 428/19
4170.1.1 [1] 465/7
4170.21.1 [1] 467/13
4170.23.1 [1] 466/2
4171.1.1 [1] 468/15
4261 [1] 455/22
4261.1.1 [1] 456/22
43 [1] 490/15
4310 [1] 425/6
435 [1] 424/19
4362.2.1 [1] 474/2
44024.1.1 [1] 476/14
44027.1.1 [1] 477/3
450 [1] 425/13
4500 [1] 428/5
4536 [1] 423/9
45393 [1] 537/23
47182.1.1 [1] 476/3
47221 [1] 482/22
47414 [1] 440/7
47414.2.1 [1] 440/20
48154 [1] 437/17
48250.16.1 [1] 490/18
48250.36.1 [1] 490/2
4946.82.1 [1] 467/12

**5**

50 [4] 487/12 488/1 488/2 547/15
50 percent [1] 480/3
500 [3] 423/20 426/9 428/19
5000 [1] 426/19
504 [1] 428/20
52673 [1] 554/15
53 [2] 565/21 565/23
53 trial [1] 565/22
5395 [1] 425/13
546 [1] 427/23

**5**

55 percent [1]  489/11
556 [1]  423/20
56 [3]  554/18 558/2 559/21
5689.8.1 [1]  486/6
571 [1]  443/25
571.13.1 [1]  444/7
5721.1 [1]  438/6
589-7778 [1]  428/20
59 [2]  463/14 463/17
5944 [1]  522/15
5946.101.1 [1]  474/14
5946.78.1 [1]  448/18
5946.86.1 [1]  453/13
5946.86.2 [1]  460/19
5966 [1]  499/17
5969.1.2 [1]  437/4
5974.1.1 [1]  447/16
5:00 and [1]  555/22
5:00 that [1]  492/6

**6**

600 [3]  424/10 424/13 427/17
601 [1]  424/6
6015 [1]  500/11
60654 [1]  426/24
618 [1]  425/3
6:00 [1]  565/22

**7**

7-5395 [1]  425/13
701 [2]  426/16 426/19
70113 [1]  423/24
70130 [6]  424/7 424/13 425/10 426/17
   427/24 428/19
70139 [1]  426/20
70163 [1]  427/7
70360 [1]  424/20
70458 [1]  424/23
70501 [1]  427/18
70502 [1]  423/21
70801 [1]  425/4
70804 [1]  426/13
7099 [1]  430/19
7346 [1]  540/18
7364 [1]  543/8
75270 [1]  428/10
7611 [1]  425/19
77002 [2]  427/10 428/17
77006 [1]  425/7
77010 [2]  428/5 428/13
77098 [1]  427/21
7778 [1]  428/20
78257 [1]  424/17

**8**

80 percent [1]  524/21
8093.1.1 [1]  441/19
820 [1]  423/23
866 [1]  432/22
8:00 a.m [2]  482/8 569/21
8:00 p.m [1]  555/22
8:00 to [1]  565/22

**9**

90071 [1]  427/14
929 [3]  457/19 458/2 458/5
94005 [1]  426/13
94102 [1]  425/14
9:08 [1]  461/11
9:14 [1]  461/11
9th [1]  424/13

**A**

a.m [2]  482/8 569/21
abandon [1]  439/17
abandoned [1]  439/21
abandoning [1]  555/11
ability [4]  457/8 472/8 520/7 570/5
able [5]  445/11 484/5 540/24 564/8
   565/18
about [120]  431/13 432/24 433/24 434/1
   436/13 437/1 437/7 438/3 438/3 438/4
   439/9 439/20 441/24 442/7 442/10
   443/23 445/16 446/22 448/10 448/10
   448/22 451/1 451/18 454/3 454/5 454/10
   455/7 461/1 461/18 463/23 465/4 465/5
   473/4 474/4 475/22 477/17 477/19 478/8
   481/18 483/7 484/2 484/9 484/12 486/25
   486/20 488/1 490/1 490/17 491/14 492/8
   492/19 493/17 493/18 493/25 494/22
   494/25 495/17 495/21 495/23 496/25
   498/12 498/15 499/16 499/24 499/25
   501/23 501/23 506/1 506/2 506/24 511/3
   514/14 517/21 517/21 518/9 519/9
   519/13 520/1 520/25 521/13 523/23
   527/5 528/11 528/19 528/23 529/2 529/3
   531/15 531/16 534/5 535/5 535/10
   535/21 538/12 541/6 541/8 542/24 543/3
   544/1 544/18 544/24 545/1 546/12 547/2
   547/2 552/2 555/2 555/21 557/7 558/4
   561/12 563/3 564/14 564/16 564/17
   564/20 564/22 566/3 567/18 568/25
above [1]  570/7
above-entitled [1]  570/7
Abramson [1]  424/5
absent [1]  496/10
absolutely [2]  485/23 532/21
access [3]  484/4 488/5 488/8
accident [16]  453/7 465/20 469/3 469/20
   470/11 488/6 488/18 489/2 498/16 516/5
   518/7 519/16 528/4 530/2 543/23 548/8
accidents [12]  517/22 524/2 524/13
   524/19 524/21 525/5 525/13 525/20
   525/20 526/4 526/7 540/25
accordance [1]  522/12 569/4
according [2]  508/9 559/3 561/24
account [2]  432/12 491/20
accountabilities [1]  539/24
accountable [1]  550/24
accounts [1]  491/15
accurate [6]  449/11 459/22 488/1
   514/23 551/12 551/14
acknowledged [1]  509/5
across [7]  483/11 487/20 530/25 531/9
   533/25 534/5 536/16
action [5]  474/18 478/5 480/18 558/17
   561/20
actions [3]  559/7 561/3 561/3
activated [1]  472/19
activities [2]  534/24 558/11
activity [1]  461/19
actors [4]  554/6 554/8 556/8 556/14
actual [2]  483/16 490/12
actually [8]  451/8 451/9 457/19 466/11
   467/13 519/25 563/16 567/13
actuator [1]  475/22
add [1]  528/20
added [1]  552/14
addition [3]  434/25 498/25 553/9
Additionally [2]  463/15 463/17
address [3]  474/15 474/18 479/20
addressed [2]  476/22 477/10
addresses [1]  432/10
addressing [4]  476/4 498/21 500/19

502/1
adequate [1]  469/15
adequately [1]  502/9
adjourned [1]  569/23
admission [1]  463/24
adopted [1]  496/13
adoption [1]  496/19
advance [1]  568/10
adverse [1]  563/15
advice [5]  520/1 520/9 520/13 537/4
   540/8
advised [1]  522/2
affected [1]  543/24
afraid [1]  493/23
after [20]  438/9 439/21 445/18 449/15
   478/10 484/20 486/23 498/6 519/13
   522/13 522/18 523/11 523/11 527/17
   547/22 551/6 551/18 552/5 552/10
   564/23
afternoon [4]  423/14 430/1 460/12
   565/11
again [17]  437/6 437/11 443/15 447/22
   503/8 510/21 511/4 516/25 527/9 530/6
   530/15 531/8 534/6 538/6 540/11 551/10
   563/25
agenda [6]  438/11 440/10 441/3 442/6
   442/17 442/19
agents [1]  555/15
ago [4]  449/25 457/24 467/14 567/14
agree [47]  436/20 436/24 437/14 450/17
   451/24 452/10 452/17 452/19 452/23
   453/1 454/21 456/11 457/7 457/14
   457/25 461/13 463/7 465/13 470/15
   488/23 513/19 514/16 514/23 515/3
   526/24 527/6 528/14 528/16 529/4 529/9
   530/20 532/14 532/16 534/18 535/14
   544/9 553/19 558/19 559/25 560/13
   562/1 569/12
agreed [12]  452/9 454/17 466/7 511/17
   511/23 557/25 558/7 558/12 559/6
   559/16 559/20 559/22
agreement [16]  451/25 452/11 477/2
   511/23 512/6 512/7 554/11 554/13
   554/15 554/22 554/23 557/19 557/25
   559/16 562/4 562/5
agrees [2]  558/5 558/10
ahead [11]  440/3 443/9 443/17 455/2
   497/16 501/7 502/4 503/6 524/10 539/9
   557/9
aided [1]  428/25
airline [1]  529/12
al [2]  423/8 423/11
Alabama [5]  424/4 426/7 426/8 426/10
   563/3
Alan [1]  565/1
alarms [1]  472/10
alert [1]  555/25
ALEX [1]  428/4
aligned [1]  569/11
all [63]  430/4 438/14 441/3 448/14
   450/19 451/23 458/12 461/15 466/24
   468/23 472/20 476/5 478/17 480/4
   480/16 482/15 484/14 484/25 486/2
   486/15 490/5 491/25 492/8 492/13
   492/22 493/6 494/12 496/9 499/11 506/2
   506/7 507/21 510/13 513/6 517/7 519/22
   519/22 528/2 533/2 541/22 542/24 546/9
   547/19 548/15 553/22 556/3 556/18
   557/6 559/15 561/16 563/10 565/18
   565/23 566/3 566/19 566/23 567/5 567/6
   567/25 568/9 568/12 569/12 569/22
ALLAN [1]  426/15

**A**

allocution [4] 554/18 556/8 557/20 557/24
allow [1] 494/8
allows [2] 473/1 540/11
alone [1] 567/21
along [5] 468/23 482/5 556/1 557/24 569/2
already [4] 461/23 484/12 552/16 567/9
also [27] 432/18 432/22 439/14 454/13 478/4 485/6 485/12 488/4 489/9 492/23 499/16 504/5 505/2 505/7 510/13 511/11 513/10 534/25 541/10 544/18 548/3 549/1 553/24 559/20 559/22 560/13 564/6
although [4] 448/5 522/17 567/8
always [3] 460/14 472/1 486/17
am [7] 440/13 482/11 482/22 504/19 505/25 564/9 566/8
amended [1] 567/13
AMERICA [17] 423/10 425/12 425/16 425/22 426/3 426/19 426/22 427/3 504/3 504/5 504/6 519/4 519/6 520/20 521/20 539/13 552/23
Amoco [18] 522/9 522/12 522/13 522/13 522/16 523/5 523/8 523/9 523/14 523/17 523/20 524/6 524/23 525/5 526/3 526/8 526/13 526/13
among [6] 522/2 554/13 556/16 556/17 557/14 567/17
amount [2] 431/9 489/6
Anadarko [1] 509/14
analysis [6] 435/2 435/9 470/2 470/4 487/15 521/12
analyzed [5] 434/5 434/9 434/13 434/19 434/20
ANDREW [2] 426/22 440/21
Andy [2] 549/1 549/22
Angeles [1] 427/14
announcing [1] 456/8
annual [4] 432/16 466/1 467/16 538/22
another [9] 431/19 443/5 457/3 472/25 484/8 488/9 493/1 501/18 524/17
answer [12] 435/12 443/21 446/13 447/18 448/1 458/24 464/20 466/19 470/6 480/15 515/22 533/4
answering [2] 447/20 505/20
answers [1] 457/22
ANTHONY [1] 425/9
Antonio [1] 424/17
any [54] 434/6 434/10 434/14 434/14 434/20 435/2 435/9 440/13 447/17 462/22 479/19 479/20 484/5 486/2 489/21 493/8 493/16 498/18 500/15 501/22 502/17 509/23 514/7 515/5 519/9 519/13 519/16 519/17 519/19 525/18 527/3 527/19 528/6 528/23 529/7 530/18 540/6 542/4 547/2 547/4 551/21 551/25 552/2 553/24 556/20 556/20 557/21 562/8 562/14 562/20 564/4 564/6 568/14 569/10
anybody [12] 492/8 492/20 503/5 522/6 535/4 551/24 552/1 556/20 558/18 562/22 568/14 569/19
anyone [1] 541/12
anything [12] 436/4 451/10 451/19 523/23 527/14 528/21 529/1 529/2 535/5 557/8 557/21 569/19
anyway [1] 569/13
APLC [1] 426/18
apologize [11] 437/21 437/23 439/24 451/16 453/4 458/25 464/12 465/1

**Apparent (continued)**
483/12 488/12 489/20
Apparent [43] 423/12/24/Filed 425/10/24/1/73
426/1 427/1 428/1
applicable [2] 555/13 556/3
applied [3] 536/13 536/16 541/19
applies [5] 423/6 468/10 468/22 535/16 541/24
apply [1] 512/17
appoint [1] 550/21
appointed [3] 498/6 550/15 551/6
appreciate [3] 562/12 565/14 569/8
appropriate [3] 467/5 529/10 561/15
approved [2] 472/16 532/21
approximately [2] 524/20 555/21
APRIL [24] 423/5 444/8 444/8 449/18 450/10 486/22 504/2 504/11 506/9 515/9 516/3 519/9 519/13 519/18 532/12 533/1 533/2 533/23 534/8 534/19 540/9 549/3 555/21 557/22
April 18 [1] 444/8
April 19 [2] 533/1 533/2
April 20 [9] 519/9 519/13 519/18 532/12 533/23 534/8 534/19 549/3 555/21
April 2010 [3] 504/11 506/9 516/3
April 22 [1] 486/22
are [156]
area [4] 464/6 536/18 549/22 559/7
areas [5] 487/14 493/19 530/18 560/21 569/16
aren't [2] 514/11 553/3
argument [1] 501/24
argumentative [2] 498/9 521/2
around [11] 431/4 473/24 517/16 518/22 518/24 518/24 519/16 522/11 533/14 540/13 565/21
arranged [1] 539/25
Arrell [1] 427/19
arrived [1] 503/7
ART [1] 481/1
article [7] 524/12 524/24 526/5 526/7 526/15 526/16 526/17
as [132] 430/7 432/5 432/19 433/11 436/3 436/16 440/25 442/14 442/15 445/20 452/12 454/2 455/5 457/17 458/18 458/19 462/7 465/19 466/7 468/10 469/10 469/10 476/11 476/11 476/14 476/20 477/9 477/13 477/13 477/21 477/25 482/12 482/12 488/17 488/18 488/18 489/2 489/2 493/17 497/2 502/9 503/10 503/23 503/23 506/7 506/7 506/10 506/10 507/7 507/12 507/19 508/11 508/11 508/13 509/5 509/20 510/11 511/13 511/3 511/17 511/24 512/6 512/9 513/9 513/15 513/24 514/22 515/18 515/19 518/12 518/12 518/13 519/4 520/4 520/4 520/20 520/20 520/23 524/3 525/5 526/10 526/18 528/11 528/13 528/15 529/9 532/1 532/25 533/1 533/10 534/2 534/14 534/14 536/3 536/5 536/11 536/14 537/1 537/22 541/11 541/12 541/18 542/5 543/9 544/25 545/11 545/25 546/1 546/6 547/23 548/4 550/23 550/23 554/12 555/8 555/9 556/8 556/12 556/14 557/14 557/15 557/16 557/21 557/25 558/8 559/20 562/2 564/2 564/6 567/1 568/6 569/6
Asbill [1] 427/8
aside [2] 512/7 526/4
ask [22] 445/16 448/13 462/24 465/4 465/12 467/11 477/17 479/13 493/15 493/15 525/1 529/3 531/15 532/24 538/19 539/11 555/2 562/20 562/22 563/4 563/21 563/23

**asked (continued)**
asked [20] 433/25 435/8 439/20 443/14 444/7 449/3 496/6 496/15 477/23 493/17 494/25 495/17 498/12 498/15 499/16 499/24 527/3 544/25 540/21 565/11 569/6
asking [10] 448/10 459/15 459/17 462/23 467/6 467/7 530/16 534/4 554/21 569/10
aspects [1] 521/24
assess [1] 480/18
assessed [1] 469/25
assessment [11] 430/17 432/16 444/22 457/15 459/22 461/3 469/3 469/15 469/20 498/16 532/7
assessments [1] 561/2
asset [4] 423/8 467/25 468/3 491/20
assets [2] 465/22 468/10
assistance [1] 447/19
assistant [1] 460/6
associated [3] 441/1 444/19 466/12
Association [1] 435/1
assume [1] 498/2
assumed [1] 539/19
assuming [1] 564/8
assurance [4] 474/5 537/1 537/11 548/23
assure [1] 537/7
at [150]
Atlantis [1] 490/10
attached [1] 441/3
attending [1] 441/13
attention [12] 435/6 438/17 444/24 453/22 460/18 464/15 469/1 481/14 482/23 486/19 500/23 501/13
Attorney [2] 426/7 426/11
attributable [1] 556/4
Attributed [1] 456/3
audit [30] 473/20 473/21 474/1 474/5 474/20 475/2 475/4 476/9 477/10 477/21 477/22 478/6 478/9 478/10 478/25 479/5 479/7 479/10 479/21 480/10 480/14 480/18 481/6 481/12 481/15 481/18 481/24 482/21 484/2 537/14
audited [2] 473/15 550/11
auditing [1] 560/6
auditor's [1] 476/5
auditors [1] 473/23
audits [10] 473/8 473/9 473/13 473/17 473/19 550/8 559/23 559/23 559/24 560/3
August [2] 469/20 469/21
August 4 [1] 469/20
August 8 [1] 469/21
authority [7] 448/21 450/24 451/19 452/9 452/10 452/14 539/24
available [6] 434/25 472/4 484/1 484/3 494/7 520/6
Avenue [5] 423/23 425/13 426/9 427/3 427/14
avoid [3] 518/5 518/6 532/5
avoidance [1] 515/2
avoiding [3] 517/13 524/1 524/12
aware [37] 436/6 439/17 440/16 442/25 444/3 459/11 459/16 459/17 459/18 461/9 467/6 473/20 473/23 475/4 478/9 479/11 480/7 481/22 484/14 485/6 485/12 486/21 509/2 520/12 520/15 521/6 526/1 526/5 526/6 526/8 527/19 541/19 541/22 541/23 546/17 546/21 546/23
awareness [2] 463/19 508/14
away [2] 472/22 473/2

**B**

back [18] 430/13 430/17 446/1 446/21

back... [14] 449/23 452/4 455/19 458/23
460/6 467/23 476/4 483/11 492/18
507/21 524/1 540/11 560/11 563/25
backlog [1] 474/21
bad [2] 481/3 493/21
Baker [10] 500/14 500/15 500/16 500/19
500/21 500/23 500/24 501/6 501/10
502/2
BARBIER [1] 423/15
based [8] 435/3 435/11 451/13 451/21
502/16 522/17 528/12 563/17
basic [1] 507/21
basically [4] 446/7 446/11 452/8 553/3
basics [1] 514/16
basis [4] 445/21 450/3 480/9 488/9
Baton [2] 425/4 426/13
Baxter [3] 497/10 542/7 549/16
be [126] 430/3 436/16 436/25 437/7
443/10 443/18 445/11 445/23 447/4
451/15 452/20 455/3 456/9 456/13
460/11 469/8 469/10 471/11 471/15
472/1 472/7 473/17 475/11 475/14
478/16 479/10 479/12 480/4 480/12
480/25 482/10 482/17 485/9 488/7
491/24 492/11 492/21 493/7 493/24
494/1 497/23 505/23 507/15 507/15
508/5 508/6 508/7 508/14 509/21 510/4
510/16 514/2 514/3 515/7 515/11 516/4
516/7 516/9 516/23 516/25 521/23
523/20 526/20 527/13 528/10 529/12
529/15 529/17 530/4 530/4 530/7 530/8
530/11 530/13 530/16 530/22 534/22
536/19 536/25 537/9 537/20 537/21
538/7 539/22 541/19 544/7 544/8 544/23
546/13 554/6 556/16 556/19 557/4
558/13 559/21 560/3 560/5 560/6 560/16
560/20 560/22 561/5 561/7 561/7 561/9
561/19 561/21 561/25 562/1 563/6
563/17 564/8 564/12 564/19 565/8
565/17 565/18 566/4 566/16 566/16
566/17 567/8 567/9 568/10 568/12
568/20
BEA [20] 430/6 430/10 431/16 455/25
457/20 464/12 465/13 469/13 470/6
482/19 491/25 494/21 501/10 502/6
502/23 520/13 521/11 522/5 565/9
565/23
Bea's [4] 463/15 463/24 492/15 526/17
Beach [1] 424/10
bear [1] 529/13
became [2] 524/6 526/13
because [22] 431/7 454/14 458/23
461/14 463/23 472/18 481/23 491/19
492/24 494/12 501/21 510/7 511/9
513/19 520/15 534/4 534/20 558/4 566/5
567/6 567/10 569/17
Beck [2] 428/2 428/3
become [1] 527/19
becomes [1] 494/11
been [55] 430/7 431/1 439/14 444/12
446/23 451/1 451/5 458/19 469/16
477/10 481/1 481/4 482/4 482/7 482/9
484/3 484/3 487/3 494/7 496/12 497/3
501/14 501/23 503/10 504/1 504/20
505/20 508/24 513/13 518/22 518/24
519/1 526/6 531/3 531/6 532/25 533/22
534/18 535/4 536/9 538/6 540/10 540/24
545/8 548/13 549/22 549/23 552/16
556/23 556/24 557/5 557/7 558/17 566/2
567/16
before [36] 423/15 432/17 449/8 450/5

451/5 451/23 457/15 459/2 473/9 474/11
474/12 476/15 477/7 481/14 482/21
483/25 490/6 495/1 497/8 506/20 509/2
509/23 510/14 511/7 514/14 519/9 522/2
522/19 523/1 523/11 524/6 528/22
533/22 539/20 563/16 568/13
begin [1] 491/7
beginning [2] 463/21 486/25
begun [1] 502/2
behalf [3] 493/14 536/19 566/12
behind [4] 438/4 439/5 525/4 553/3
being [21] 431/3 436/21 438/3 442/21
447/23 454/1 463/20 470/3 474/7 475/11
481/12 499/24 504/16 516/8 532/22
536/16 540/7 543/24 556/15 557/21
562/7
believe [13] 459/1 469/5 479/4 480/12
484/23 488/1 509/4 522/20 545/24
547/13 547/21 548/10 557/4
believed [1] 488/16
believes [2] 476/22 547/13
bells [1] 440/13
below [6] 436/13 441/13 444/12 468/8
475/21 513/3
Ben [4] 426/5 492/8 492/10 493/4
benefit [2] 482/2 544/3
best [4] 451/21 472/4 542/5 570/5
better [3] 448/6 452/6 566/20
between [14] 445/5 462/3 462/7 462/12
477/8 477/20 481/10 489/5 495/4 496/1
497/22 498/18 554/23 555/21
beyond [12] 454/2 457/18 457/23 459/5
461/22 462/18 462/19 463/10 463/23
469/11 525/19 566/1
big [4] 433/3 460/9 515/14 536/6
biggest [3] 470/17 470/17 567/22
bilges [2] 481/1 481/5
binder [1] 492/24
binders [1] 492/22
bit [6] 431/17 436/4 484/12 491/20
505/14 508/18
blame [2] 553/10 553/15
blaming [1] 553/17
Bldg [1] 425/13
blind [3] 453/15 453/19 455/4
blow [2] 452/8 499/21
blowing [1] 463/20 545/22
blowout [25] 452/19 453/10 465/3 470/2
470/10 470/17 471/3 506/5 506/9 506/17
507/2 508/21 509/3 511/11 513/24
515/12 515/16 517/23 532/9 549/18
552/24 559/1 560/14 560/21
blowouts [2] 506/8 518/2
Bly [23] 486/20 488/14 488/20 546/3
546/7 547/6 548/3 549/16 549/24 550/5
550/17 551/7 551/8 552/3 552/5 552/5
552/9 553/9 553/12 566/16 568/17
568/21 568/22
board [6] 466/23 481/6 548/19 548/23
552/1 552/1
Bob [4] 503/25 504/10 520/13 526/16
Bobby [1] 438/24
Bockius [1] 428/14
Bodek [1] 428/2
book [1] 519/7
books [7] 519/1 519/5 519/9 519/11
519/13 519/17 519/19
BOP [5] 471/8 472/14 481/6 487/15
561/18
BOPs [1] 471/6
boss [2] 447/24 448/19
both [11] 463/4 493/2 506/1 506/11
507/25 508/3 511/12 517/3 531/8 543/5

544/18
button [1] 556/3
500/6 500/6 500/12 523/2 523/19 538/10
538/11 538/13 555/3 560/11 560/11
561/2
Boulevard [1] 425/6
boundaries [1] 546/18
boundary [4] 485/13 486/1 486/2 486/16
Bounds [1] 424/2
BOWMAN [1] 428/8
box [8] 423/20 425/13 425/19 425/25
426/13 427/17 432/2 499/22
BP [207]
BP America [1] 504/3
BP Amoco [10] 522/12 522/16 523/5
523/9 523/14 523/17 523/20 526/3 526/8
526/13
BP's [29] 443/5 455/5 465/2 465/14
465/23 466/6 477/22 486/21 502/12
505/3 509/8 510/21 510/25 511/6 520/25
521/12 535/16 543/23 546/5 546/8 555/8
555/15 555/24 556/4 556/9 556/21
558/14 558/22 559/5
BP-owned [3] 468/1 468/10 468/22
BP-published [1] 528/22
BRAD [1] 427/13
Branch [3] 425/12 425/22 426/3
Brayer [1] 427/8
Brazil [1] 525/8
break [4] 482/9 482/11 562/15 563/14
breakdown [2] 462/6 462/12
Breit [2] 424/8 424/9
Brennan [1] 427/8
Brent [1] 437/20
Brett [2] 435/20 478/12
BRIAN [5] 427/13 451/11 451/13 451/20
494/9
brief [4] 493/24 564/6 564/10 564/11
briefly [2] 436/2 439/25
bring [2] 436/6 508/1
BROCK [9] 427/3 430/4 454/21 461/22
482/3 493/19 497/5 565/11 567/23
broke [1] 565/11
brought [2] 440/18 529/13
BRUCE [1] 428/8
brush [1] 451/8
brushed [5] 449/8 450/4 450/9 450/15
494/25
budget [1] 567/5
budgeting [1] 566/24
Building [1] 424/16
bullet [1] 433/6
bulleted [1] 544/21
Burling [1] 427/2
business [8] 433/12 465/14 485/1 504/22
505/2 518/18 529/22 543/25
businesses [14] 519/7 520/4 521/6
536/24 539/21 542/4 542/6 550/1 550/3
550/7 550/8 550/8 550/8 550/24
but [89] 439/12 442/19 444/5 449/7
449/11 450/3 452/10 454/22 455/12
458/12 460/8 465/24 466/10 470/20
475/9 482/9 484/12 484/24 485/9 490/12
491/16 492/17 493/23 495/8 501/5
506/14 507/1 507/7 508/7 508/11 508/16
509/15 512/2 513/10 513/18 514/5
514/25 516/17 517/15 517/18 519/11
519/17 522/22 524/6 526/23 527/14
529/8 529/18 530/8 533/14 533/14
535/11 535/22 540/22 541/25 542/2
542/5 543/13 544/22 545/3 545/13 546/4
546/10 547/1 549/9 550/1 550/11 551/13
554/2 555/1 556/10 557/8 558/4 558/18

## B

but... [15] 559/4 559/6 561/7 561/24
562/21 563/1 565/9 565/15 566/3 566/8
567/4 567/12 568/2 568/5 569/13

## C

Cadiz [2] 525/5 528/20
CALDWELL [1] 426/12
California [2] 425/14 427/14
call [22] 443/5 452/1 472/25 481/14
501/13 503/3 508/17 531/13 536/23
550/2 560/23 560/24 560/25 561/24
563/25 566/1 566/19 567/2 567/3 567/25
568/5 569/1
called [8] 460/7 520/5 523/13 552/13
566/4 567/8 567/9 568/10
calling [2] 442/24 523/8
calls [1] 563/15
came [10] 480/24 484/15 484/20 484/20
487/23 487/24 510/3 547/18 553/12
553/19
Cameron [6] 427/22 428/2 493/8 493/9
509/18 567/21
Camp [1] 426/16
can [64] 431/9 432/1 432/6 432/13
432/15 435/7 439/13 441/12 444/1
444/15 445/1 450/3 450/16 452/10
452/20 453/15 454/22 456/13 461/7
462/24 470/18 473/19 476/16 476/22
477/13 482/12 486/7 486/11 490/20
491/24 492/6 493/6 493/19 493/24 499/9
503/7 508/2 514/2 514/16 515/3 515/22
515/22 516/19 516/20 519/4 522/21
523/7 529/15 530/4 530/19 531/8 544/3
548/8 554/23 555/1 557/13 564/5 564/5
567/2 567/4 567/24 568/11 568/12 569/6
can't [16] 439/11 445/10 446/9 450/16
451/25 470/15 499/13 519/7 519/19
522/1 523/15 526/12 527/15 528/20
548/12 562/1
cannot [2] 454/23 499/1
Canyon [2] 525/5 528/20
capacity [2] 519/4 520/20
care [2] 555/12 556/3
careful [2] 436/25 437/7
carefully [1] 496/13
CARL [1] 423/15
Carondelet [2] 424/13 427/23
CARRIE [1] 426/22
carry [2] 508/3 508/7
case [19] 433/25 437/2 444/18 472/10
472/18 473/1 502/17 502/17 516/24
518/10 518/11 520/14 520/17 535/1
541/9 557/15 560/20 563/25 566/25
cases [1] 460/24
cash [5] 486/12 489/5 489/13 489/22
491/15
casing [1] 451/22
catastrophe [2] 526/21 527/21
catastrophes [2] 517/24 529/14
catastrophic [1] 528/7
catering [1] 481/2
causal [3] 454/11 454/17 553/21
causation [1] 454/10
cause [15] 530/11 530/19 542/24 543/23
544/2 544/11 544/25 545/2 545/14
545/25 546/20 547/3 554/13 557/13
557/14
caused [2] 452/23 453/1 488/21 554/6
554/9
causes [26] 452/19 488/18 524/21 530/1
530/7 530/12 545/24 546/1 546/1 546/5

546/6 546/13 546/15 546/22 547/7
547/10 547/22 547/23 547/24 547/24
551/15 551/22 556/12 556/13 556/18
557/14
causing [2] 546/2 556/8
caution [4] 436/13 436/15 436/15 476/20
cautious [1] 437/1
CCR [3] 428/18 570/2 570/10
cement [5] 510/6 561/2 561/2 561/5
561/11
cementing [1] 487/14
center [4] 561/13 561/14 561/21 562/3
Central [1] 505/3
CEO [2] 505/13 553/6
CERNICH [1] 425/17
certain [2] 439/14 496/25
certainly [7] 456/14 462/14 470/19 472/9
496/3 506/11 506/16
CERTIFICATE [1] 570/1
certifications [1] 471/22
certify [1] 570/4
chain [2] 446/4 525/14
chairman [5] 504/2 504/5 539/13 540/1
552/23
CHAKERES [1] 425/19
Challenger [5] 442/7 442/8 442/9 442/13
442/21
chance [4] 463/1 495/5 521/4 521/8
CHANG [1] 425/18
change [7] 457/15 459/2 481/24 497/14
540/4 540/24 547/25
changed [3] 451/10 451/19 502/17
changes [3] 456/23 481/1 543/13
changing [3] 439/24 473/8 541/1
chaos [2] 448/23 494/11
characteristic [1] 468/3
characterization [1] 553/19
charge [1] 510/9
chart [3] 483/1 483/4 496/24
check [2] 461/10 461/15
checking [1] 563/5
Chicago [1] 426/24
chief [9] 503/19 504/16 505/7 505/13
520/21 520/21 520/23 528/16 542/5
chiming [1] 540/8
choke [1] 437/7
chronic [1] 460/14
chronology [1] 526/11
circumstances [1] 444/15
citations [1] 495/21
cite [1] 457/20
cited [2] 458/2 479/21
citing [1] 528/6
City [1] 500/17
Civil [2] 425/12 425/22
claimed [1] 554/6
clarifying [1] 452/9
class [1] 512/1
classic [2] 515/10 516/3
clean [1] 481/5
cleaning [1] 436/17
clear [10] 442/16 451/14 485/23 501/23
531/6 533/21 534/22 539/20 539/24
539/25
clearly [5] 442/16 454/11 545/4 553/16
569/11
client [1] 563/1
clients [1] 569/5
Climate [1] 456/16
CLINGMAN [1] 427/9
clip [3] 564/21 564/21 564/22
close [6] 470/19 474/18 478/5 482/3
483/23 562/6

close-out [1] 483/23
closer [1] 431/17
closing [1] 456/17
Cocales [7] 435/20 435/23 436/12
437/20 437/22 438/24 478/12
cohorts [1] 562/13
cold [2] 460/3 460/15
collaborative [1] 517/4
collaboratively [1] 447/24
colleagues [1] 566/22
collectively [1] 566/18
colored [1] 496/24
Columbia [1] 442/8
column [1] 483/19
combination [1] 567/19
combustible [1] 471/7
come [7] 430/13 431/25 451/25 468/8
479/25 483/11 486/17
comes [2] 446/21 491/20
comfortable [1] 460/12
coming [5] 441/4 441/23 474/1 477/18
481/11
comment [9] 445/10 448/5 484/5 488/10
527/11 527/12 527/15 528/23 545/12
comments [3] 540/8 565/10 569/9
Commercial [1] 426/3
commitment [6] 438/18 495/18 495/23
496/1 496/2 496/5
committed [1] 566/9
committee [16] 536/11 536/15 542/11
548/20 548/23 549/5 549/5 549/9 549/14
550/18 550/22 551/2 551/6 551/7 551/25
552/1
committees [1] 505/17
common [1] 525/14
communicate [1] 448/8
communicating [3] 438/23 439/4 448/20
communication [9] 437/11 446/22 447/8
448/4 448/9 449/16 450/10 462/6 462/12
communications [1] 435/15
companies [7] 434/6 434/10 434/14
457/11 514/4 519/25 548/17
company [17] 426/20 426/23 427/4
433/15 440/1 440/4 456/13 473/12 488/2
504/17 519/20 527/13 530/5 530/22
539/15 541/1 560/6
company's [2] 513/25 530/4
comparison [1] 435/2 435/10
competency [3] 561/1 561/3 561/5
competent [2] 510/19 512/1
compile [1] 489/15
complacency [1] 525/23
COMPLAINT [1] 423/7
complaints [1] 460/2
complete [5] 480/2 483/19 547/12
547/14 547/21
completed [2] 551/18 552/5
completion [1] 483/16
completions [1] 435/25
complex [2] 499/3 525/15
complexity [1] 507/4
compliance [4] 537/14 539/14 539/22
550/1
compliant [1] 535/20
complimenting [2] 447/5 447/8
component [1] 531/23 532/1
components [2] 477/16 489/16
comprised [1] 503/21
compromise [2] 485/13 486/3
computer [2] 428/25 460/10
computer-aided [1] 428/25
coms [1] 436/3

## C

concentrate [1] 527/10
concentrated [1] 551/3
concept [1] 518/17
concepts [1] 518/24
concern [1] 456/24
concerned [1] 436/21
concerning [1] 446/4
concerns [2] 436/7 465/2
conclude [2] 523/7 523/21
concluding [1] 469/21
conclusion [3] 474/25 481/18 559/18
conclusions [4] 455/7 521/11 526/6 544/1
concur [1] 452/5
condition [4] 485/13 486/1 486/2 486/16
conduct [12] 452/23 453/1 454/11 454/16 473/12 487/21 511/25 514/8 534/25 550/16 551/7 556/4
conducted [14] 444/3 448/6 456/12 457/14 469/15 469/16 469/20 470/3 473/9 473/20 475/4 475/11 487/10 488/24
conducting [8] 443/24 461/3 469/14 475/8 480/13 535/2 536/24 561/17
confer [1] 562/13
confirm [3] 474/4 477/11 477/25
confirmation [1] 476/25
conflicting [2] 466/10 467/10
conformance [1] 467/24
confused [4] 449/17 450/12 451/16 495/10
confusion [1] 462/9
Congress [8] 505/16 505/18 514/14 540/15 540/21 542/25 543/9 543/18
Conn [1] 549/24
connection [3] 439/11 528/7 559/6
CONRAD [1] 424/19
conscious [4] 466/18 466/23 467/4 472/13
consequence [10] 466/12 515/2 515/10 516/3 517/14 524/2 524/12 524/19 525/13 526/4
consequences [1] 470/23
consider [3] 484/2 521/24 550/23
considered [3] 454/22 483/8 546/5
consistent [3] 532/20 533/16 541/3
constitute [1] 445/16
constituted [1] 488/1
construct [2] 510/19 511/20
construction [7] 511/1 511/3 511/12 517/3 517/6 535/2 558/24
consult [2] 445/22 446/18
consultants [1] 520/7
consulted [1] 522/6
contained [2] 438/5 552/3
containment [5] 515/13 536/5 545/17 545/21 558/25
contains [1] 500/13
contemplates [2] 533/12 535/8
content [1] 478/16
contents [1] 472/22
context [4] 433/20 527/2 527/3 557/8
continued [1] 449/3
continues [1] 548/6
continuing [1] 537/13
continuous [2] 431/11 484/25
contract [1] 473/10
contracted [2] 468/23 561/17
contractor [8] 471/15 471/18 471/25 472/4 496/17 517/2 517/10 540/10
contractor's [1] 533/10 535/1 535/8

contractor-owned [2] 496/17 540/10
contractors [11] 531/19 532/2 532/4
510/18 510/19 511/20 512/1 512/18
513/9 513/21 533/12 533/13 540/12
542/1 556/14 557/15 560/19 563/21
564/5
contractors' [3] 532/19 533/19 534/13
contracts [1] 510/25
contributed [5] 452/24 453/2 453/3 453/6
453/7
contributing [1] 458/19
control [26] 450/6 460/8 461/23 462/20
463/9 463/19 463/23 464/6 464/9 464/18
465/13 465/18 466/7 466/13 466/17
468/9 468/12 471/5 487/15 513/4 513/6
515/12 518/24 545/22 561/1 561/23
controls [4] 460/8 469/9 471/8 471/22
conversant [1] 568/13
conversation [2] 476/15 522/8
conveyed [1] 476/21
conveying [2] 431/12 436/12
coordinate [3] 431/7 569/3 569/15
copies [1] 492/14
core [1] 502/10
COREY [1] 426/8
corners [1] 454/21
corporate [6] 424/19 502/13 537/3
538/17 540/24 549/25
corporation [9] 427/23 428/3 506/10
520/5 522/16 523/5 523/20 550/7 551/1
correct [144] 431/6 432/8 432/11 432/21
433/21 434/25 437/24 438/1 438/25
439/18 442/4 442/5 442/7 442/11 442/14
442/23 443/1 443/2 443/4 443/11 443/12
443/19 443/20 443/21 444/4 446/6 447/6
447/7 448/5 448/11 449/19 449/22 451/4
452/9 453/11 453/20 456/17 457/10
461/6 464/2 464/19 464/20 464/21 466/9
466/20 468/9 468/10 468/13 468/14
469/7 471/10 472/6 472/23 473/3 473/10
473/13 475/2 475/9 475/12 476/23
476/24 477/6 477/12 479/1 479/2 481/16
481/17 484/7 487/8 488/4 488/11 488/22
488/25 489/18 489/24 490/16 490/22
490/23 490/25 494/21 495/5 495/9
495/12 495/24 497/19 497/20 497/21
498/8 498/17 503/11 503/22 504/3 504/4
504/9 505/4 509/12 509/13 509/17
509/19 510/4 512/22 512/23 512/24
513/1 513/7 514/20 518/23 519/21
519/24 521/16 521/22 526/9 526/17
529/15 529/25 530/23 531/18 532/9
533/16 533/18 542/7 542/9 542/11
542/18 542/23 543/6 543/15 543/16
544/8 549/6 549/11 549/16 550/18
550/19 557/11 557/24 558/11 558/15
559/4 560/14 560/16 565/3 570/5
corrected [1] 559/12
correction [4] 495/6 559/8 560/8 560/8
corrective [1] 561/3
correctly [9] 473/19 497/1 512/14 512/20
533/7 539/11 539/16 555/18 556/5
cost [13] 485/8 486/1 486/12 490/13
491/16 525/24 526/25 527/7 527/13
527/20 528/7 528/12 528/17
costs [6] 431/13 489/5 489/13 489/17
489/22 491/17
could [40] 430/19 437/22 443/25 453/14
454/25 459/23 460/19 464/12 468/18
474/2 475/15 477/22 478/2 482/5 482/20
482/21 490/18 492/22 492/23 507/15
508/5 508/6 508/7 508/14 529/24 540/8
544/7 546/13 556/16 558/17 558/20

559/12 560/16 563/2 563/20 563/21
563/23 564/5 565/15 569/17
counsel [1] 433/25 569/9
counts [8] 430/14 433/1 433/4 439/7
484/10 484/15 484/24 486/13
counts' [2] 484/19 485/19
couple [8] 445/15 460/2 460/11 484/13
486/22 525/11 565/20 567/14
course [6] 477/4 478/1 486/16 505/10
520/6 568/9
court [10] 423/1 428/18 494/16 533/22
539/3 563/15 567/4 570/2 570/3 570/11
Court's [1] 569/1
courtroom [3] 460/3 505/25 521/10
cover [2] 536/7 540/18
covered [1] 498/13
covering [1] 541/2
covers [1] 536/4
Covington [1] 427/2
Craft [1] 424/15
crashes [1] 529/13
created [8] 506/2 518/5 518/6 522/16
522/18 523/7 523/11 532/4
crew [7] 444/10 444/18 462/15 471/23
471/25 474/10 480/13
criteria [1] 502/13
critical [2] 474/19 525/15
criticism [2] 551/24 552/2
criticizes [1] 469/14
cross [6] 430/8 454/10 454/17 492/16
494/2 565/12
cross-examination [4] 430/8 454/10
454/17 492/16
culprit [1] 567/22
culture [9] 430/22 433/1 453/24 456/1
456/16 526/21 526/24 527/6 540/24
Culture/Climate [1] 456/16
cultures [3] 525/21 525/25 528/18
Cunningham [7] 424/2 424/3 492/23
493/16 494/15 502/4 538/8
Cunningham's [1] 565/8
current [2] 471/23 520/20
currently [1] 503/19
customizable [1] 472/8
cutting [8] 525/24 526/25 527/7 527/13
527/20 528/7 528/12 528/17
CV [2] 423/7 423/9
cycle [1] 548/7

## D

D-12.2 [1] 484/17
D-2874 [1] 497/8
D-2875 [1] 514/22
D-2887 [1] 515/15
D-2914 [1] 526/16
D.C [4] 425/20 425/25 426/6 427/4
DAFWCs [1] 432/6
daily [2] 444/3 444/5
Dallas [1] 428/10
damage [1] 468/18
dance [2] 495/9 495/10
dancing [1] 495/14
dangerous [3] 440/2 507/22 507/22
DANIEL [1] 426/4
data [3] 435/4 435/11 561/16
date [10] 438/9 444/8 465/10 483/17
483/17 522/17 522/21 522/25 526/10
531/11
dated [2] 490/3 523/24
dates [2] 458/9 474/13
Daubert [1] 568/12
Daun [1] 440/22
Dauphin [1] 424/3

D
Dave [1] 437/18
DAVID [13] 428/3 428/3 435/20 436/2
437/14 445/5 446/1 446/15 446/21 447/1
449/20 450/23 451/3
day [15] 423/14 440/17 449/21 459/12
459/13 459/21 459/21 469/21 472/20
477/5 478/1 481/3 502/24 522/11 547/1
days [8] 441/24 473/24 480/9 483/8
486/23 547/2 565/21 565/22
deal [2] 499/11 507/9
dealing [3] 439/15 447/10 517/1
deals [2] 522/22 538/3
DEANNA [1] 425/18
deaths [3] 554/7 554/9 556/8
December [2] 431/21 522/10
December 2009 [1] 431/21
December 31 [1] 522/10
decide [2] 562/17 565/12
decided [1] 551/15
decision [7] 443/5 445/10 551/12 551/16
562/2 562/2 562/5
decisions [3] 445/22 446/19 551/13
deck [1] 441/16
dedicated [1] 531/14
deemed [1] 556/2
deep [1] 441/20
deeper [2] 440/3 508/6
deepwater [54] 423/4 427/6 427/7 427/9
427/10 427/13 427/13 427/17 427/17
427/20 427/21 441/9 444/4 449/20
452/24 453/2 453/7 457/12 463/7 464/8
464/23 469/4 469/5 469/10 470/24
471/10 473/13 473/15 473/21 474/6
474/10 496/8 498/23 506/5 507/5 507/11
507/22 508/3 509/3 510/16 513/24
517/23 527/18 532/13 533/1 533/23
534/6 534/8 534/19 534/22 542/20 543/3
555/13 561/1
Deepwater Horizon [29] 444/4 449/20
452/24 453/2 453/7 463/7 464/8 464/23
469/4 469/5 469/10 470/24 473/13
473/15 473/21 474/6 474/10 498/23
509/3 527/18 532/13 533/1 533/23 534/6
534/8 534/19 534/22 542/20 543/3
defendant [1] 561/17
defendant-owned [1] 561/17
defendants [4] 561/13 563/16 567/1
567/1
defense [3] 538/16 538/21 566/21
deficiencies [2] 479/21 541/14
defined [1] 492/19
definitely [2] 457/13 569/14
definition [2] 514/22 514/23
deGravelles [2] 425/2 425/3
Delegations [1] 539/24
DELEMARRE [1] 425/23
delivery [3] 550/1 550/9 550/25
demand [1] 525/22
demanded [1] 438/16
demonstrate [2] 454/16 469/8
demonstrates [1] 506/11
demonstrative [2] 492/19 512/13
demonstratives [3] 492/14 492/15 492/25
DENISE [1] 428/15
department [5] 425/11 425/15 425/21
426/2 479/25
depend [1] 535/16
depending [1] 543/14
deposition [15] 435/6 439/20 443/14
452/12 454/4 454/15 464/16 466/14
475/1 479/17 481/19 497/10 532/22

564/21 564/22
deposition/item [1] 479/17
depth [6] 442/24 443/1 443/5 507/16
507/18 507/19
describe [2] 497/9 536/14
described [1] 442/14
describes [2] 478/13 515/15
describing [2] 514/5 528/13
description [2] 516/20 556/21
descriptions [1] 514/3
design [10] 499/6 499/9 510/24 511/10
511/13 517/2 561/2 561/2 561/5 561/11
designated [2] 511/17 511/24
designed [5] 517/25 518/13 532/4
532/11 546/23
designing [2] 510/12 510/17
desire [1] 569/1
desk [1] 479/23
detail [1] 546/11
details [2] 489/21 499/2
detect [1] 472/8
detecting [1] 472/7
detection [3] 464/24 471/7 472/5
deteriorating [1] 500/8
determine [2] 529/23 529/23
develop [1] 525/23
developed [3] 468/1 474/22 478/5
development [1] 503/21
Dewey [1] 459/12
Dexter [1] 426/9
dialogue [1] 448/3
did [73] 431/19 434/23 438/21 439/10
442/25 447/2 449/7 449/16 450/4 450/8
450/15 453/9 454/5 456/19 456/21
457/20 458/25 462/4 462/16 462/21
474/18 479/13 479/19 481/19 487/2
492/8 493/16 493/19 495/14 496/4 498/2
498/15 500/22 500/23 501/5 502/6 505/1
512/20 522/6 522/9 524/23 528/6 531/8
532/1 532/20 533/2 536/19 539/16 540/4
540/7 540/9 540/20 541/4 541/10 541/13
542/17 542/19 543/2 543/7 544/17
545/24 546/4 547/7 549/3 553/24 555/18
556/5 559/20 562/17 565/14 565/19
566/7 567/13
didn't [41] 448/20 449/13 449/15 451/15
452/8 453/4 455/12 464/13 482/1 484/4
491/18 495/1 501/5 506/6 506/21 506/25
509/15 509/15 509/18 509/18 511/22
513/18 515/19 531/20 531/23 532/6
541/21 542/25 543/20 544/16 544/20
545/6 545/16 551/9 552/6 552/9 552/18
557/2 557/3 559/23 569/8
difference [9] 442/3 458/8 496/1 498/18
498/21 507/9 507/16 507/18 535/23
differences [2] 490/2 491/15
different [22] 433/22 435/3 435/10
435/14 437/21 455/11 455/14 457/20
458/9 507/16 508/15 514/3 514/4 514/4
530/7 530/13 537/9 540/14 545/1 548/17
558/4 567/20
difficult [1] 508/14
direct [14] 435/6 464/15 492/15 494/2
494/5 494/6 503/15 544/22 563/20
563/24 564/4 564/10 564/11 568/20
directing [1] 482/23
direction [1] 451/21
directly [3] 439/6 439/8 525/19
director [1] 504/5
directors [2] 466/24 548/19
disaster [8] 529/25 530/12 530/13 531/2
531/5 532/5 547/11 547/23
disasters [10] 517/14 517/17 517/18

529/3 530/3 530/4 530/4 530/7 530/8
570/3
discharge [1] 457/8
discharged [1] 511/19
disclosed [1] 566/18
disconnect [1] 473/1
discuss [4] 480/14 489/12 521/17 527/19
discussed [5] 436/7 442/8 466/25 491/16
498/23
discusses [1] 520/18
discussing [1] 444/19
discussion [3] 444/9 451/21 482/20
discussion/direction [1] 451/21
displacement [1] 461/4
DISTRICT [5] 423/1 423/2 423/15 570/3
570/3
divert [2] 462/16 472/22
diverted [1] 462/16
diverter [1] 472/21
divide [1] 569/4
Division [2] 425/12 425/22
divisions [1] 503/22
do [168]
Docket [1] 423/4 423/7 423/9
document [54] 430/21 430/25 431/20
432/1 432/23 433/19 435/17 440/6 455/8
455/11 455/13 456/1 456/8 457/18
457/20 457/25 465/17 465/22 466/3
468/2 469/7 483/25 484/1 486/15 490/6
493/1 497/23 500/18 501/2 501/3 501/5
501/13 501/17 515/21 522/15 522/19
522/25 523/7 523/10 523/19 523/22
523/23 523/24 524/17 524/25 526/4
528/14 528/19 529/2 538/5 538/17
538/20 538/22 540/1
documentation [3] 449/12 477/15 485/25
documents [12] 433/17 458/3 458/4
458/9 466/5 475/1 496/11 513/17 515/19
528/2 528/3 546/5
does [22] 439/7 439/12 447/1 458/12
460/7 470/9 476/4 485/22 486/15 489/12
489/13 489/21 490/8 500/7 502/12 512/3
521/17 535/17 536/7 546/21 551/22
568/14
doesn't [16] 432/12 439/7 451/8 467/4
472/18 512/2 512/4 513/12 516/8 517/14
519/23 522/17 533/15 541/24 557/18
560/9
doing [9] 431/9 446/23 494/11 531/14
542/5 545/12 548/1 565/15 569/4
dollar [13] 430/14 430/22 432/25 433/4
439/7 484/10 484/15 484/19 484/24
484/24 485/2 485/19 486/13
Domengeaux [1] 423/18
Dominion [1] 424/16
DON [2] 426/19 461/9
don't [105] 431/20 444/5 448/15 450/12
450/20 451/10 451/19 451/24 455/12
459/8 459/24 460/4 460/7 475/9 479/12
480/15 481/21 483/21 483/24 483/24
484/5 485/9 488/7 488/9 492/15 507/7
508/13 512/8 513/19 516/16 516/20
517/8 520/23 521/12 521/19 521/23
522/1 522/5 522/8 522/20 523/10 523/12
523/18 523/23 523/23 523/24 523/24
524/14 524/15 525/18 525/18 526/11
526/23 527/2 527/14 528/12 528/23
528/25 529/1 530/3 530/10 532/14
532/15 532/16 535/12 538/11 539/7
540/21 543/11 545/2 546/25 547/1 547/1
548/7 550/23 551/11 551/12 551/13
551/14 551/23 552/4 552/7 552/12
552/19 552/20 552/21 553/14 553/19

**D**

don't... [17]  554/1 554/2 554/8 557/8
558/19 558/20 559/10 559/18 560/22
561/6 562/7 562/13 565/25 566/11
567/11 569/3 569/14
DONALD [1]  428/7
done [19]  434/23 435/2 435/9 456/5
456/9 459/1 466/11 474/7 520/8 547/24
548/1 548/3 548/10 548/14 554/3 555/12
560/5 561/5 562/10
Donny [1]  432/1
door [1]  501/22
doubt [1]  520/17
DOUGLAS [1]  426/16
down [19]  431/25 432/2 432/25 436/4
440/3 443/10 443/18 444/7 444/12 445/1
461/7 461/19 468/8 475/21 480/2 489/17
495/13 500/5 561/16
DOYEN [1]  427/12
Doyle [4]  428/18 570/2 570/10 570/10
DQ [1]  447/3
Dr. [22]  430/10 455/25 463/15 464/12
465/13 469/13 470/6 482/19 491/25
492/15 494/21 501/10 502/6 520/13
521/11 522/5 526/16 565/1 565/8 565/9
567/9 568/15
Dr. Alan [1]  565/1
Dr. Bea [14]  430/10 455/25 464/12
465/13 469/13 470/6 482/19 491/25
494/21 501/10 502/6 521/11 522/5 565/9
Dr. Bea's [2]  463/15 492/15
Dr. Bob [2]  520/13 526/16
Dr. Huffman [3]  565/8 567/9 568/15
draft [1]  523/24
dramatically [3]  432/3 432/5 432/18
draw [2]  500/22 559/18
drawing [1]  559/19
dreamed [1]  518/20
Drescher [1]  424/8
drill [2]  509/11 560/17
drilled [2]  474/11 516/8
driller [7]  441/16 458/20 459/11 462/3
462/7 462/12 472/11
driller's [1]  472/8
drilling [76]  427/6 427/9 427/13 427/17
427/20 435/1 435/24 439/21 440/2
457/12 461/18 461/24 465/18 465/18
468/1 468/3 470/18 471/10 471/15
471/16 472/3 474/6 475/11 475/15 477/1
480/1 487/15 496/7 499/11 504/25 505/5
505/10 506/23 507/4 507/8 507/11
507/12 507/15 507/17 507/22 507/23
508/3 508/3 508/5 508/9 508/10 508/12
508/13 508/14 508/16 508/17 508/18
509/12 509/21 510/5 510/14 510/23
511/7 511/15 512/14 516/4 517/10
518/22 519/22 527/5 533/24 533/25
534/10 536/6 537/21 541/20 548/1
558/24 560/1 561/13 561/17
drills [2]  443/24 444/3
drive [3]  424/16 424/19 484/25
drop [1]  566/20
dropped [1]  526/13
Dudley [4]  503/25 504/10 519/21 553/4
DUKE [1]  424/19
duly [2]  430/7 503/10
duplicate [1]  481/22
duplicative [1]  569/16
during [20]  438/14 441/4 460/6 461/4
461/10 461/14 465/18 465/18 475/4
475/7 487/19 488/4 489/9 492/12 501/16
519/8 523/7 523/11 555/25 563/13

duties [2]  457/9 558/13
duty [6]  459/14 555/2 555/2 555/3

**E**

e-mail [13]  436/11 437/14 437/17 440/9
446/4 448/7 450/24 451/9 452/4 495/4
495/6 495/13 495/15
e-mails [1]  478/24
each [14]  467/25 470/22 479/6 493/6
507/14 543/6 543/7 543/12 544/14
555/10 567/7 567/16 569/9 569/15
Earl [1]  438/24
earlier [11]  436/11 458/24 460/2 462/21
466/25 486/20 492/10 498/23 531/18
541/19 569/9
early [4]  443/5 456/6 564/9 566/24
Easter [1]  565/21
EASTERN [2]  423/2 570/3
echo [1]  442/8
EDS [1]  473/1
Edwards [1]  423/19
effect [11]  458/21 459/3 467/11 497/6
533/23 534/7 534/10 534/19 535/5
535/22 550/7
effective [3]  502/7 522/10 535/7
effectively [2]  448/20 502/12
efficiency [1]  485/1
efficient [4]  433/7 478/14 482/10 492/5
effort [5]  478/18 479/20 510/20 513/23
517/4
efforts [1]  438/15
eight [2]  553/13 567/21
either [4]  437/6 460/15 489/22 557/3
elected [1]  551/8
elements [2]  463/5 498/25
elicit [2]  454/23 493/16
elicited [1]  461/23
ELIZABETH [1]  426/5
Ellis [1]  426/21
Elm [1]  428/9
else [5]  545/8 556/20 562/22 565/5
569/19
else's [1]  533/8
Embrace [1]  433/11
emergency [2]  544/20 545/6
employed [3]  522/12 522/13 524/23
employee [1]  563/15
employees [7]  431/12 447/9 457/8
457/11 459/4 555/15 568/2
employer [1]  563/16
enablers [1]  433/12
encompass [1]  498/24
encompasses [1]  559/25
encounter [1]  470/18
encouraged [1]  431/4
end [5]  497/3 524/9 540/24 566/6 566/9
endorsement [1]  562/12
ends [1]  547/5
Energy [2]  428/7 428/11
Enforcement [1]  425/16
engagement [2]  441/10 441/20
engineer [9]  504/18 506/8 507/7 508/12
508/13 508/16 508/17 508/18 508/19
engineering [8]  451/10 451/20 451/21
451/24 466/1 467/16 499/7 499/10
engineers [11]  487/23 487/23 488/2
556/1 560/19 560/20 560/25 561/6 561/7
561/21 561/25
enhancing [1]  441/24
enough [2]  461/18 514/13
ensure [4]  485/1 539/14 544/11 555/10
Enterprise [1]  525/6
entire [3]  510/10 549/7 562/4

entirely [3]  513/19 532/16 532/20
entitled [1]  458/9 565/20 570/7
entity [2]  509/20 523/13
entries [1]  481/23
environment [7]  425/16 448/4 471/10
471/12 478/22 508/22 548/22
environmental [9]  425/16 465/19 466/8
468/5 468/13 468/18 559/22 559/24
560/2
environments [1]  457/12
envision [1]  568/14
equal [4]  470/5 507/13 565/8 568/25
equals [1]  451/5
equipment [6]  431/4 431/7 473/17
474/19 507/19 507/20
error [2]  529/17 529/18
errors [4]  525/14 525/19 553/18 553/25
escalation [1]  537/4
especially [3]  457/12 566/22 566/24
ESQ [58]  423/19 423/23 424/3 424/6
424/9 424/12 424/15 424/19 424/22
425/3 425/6 425/9 425/12 425/17 425/17
425/18 425/18 425/19 425/22 425/23
425/23 425/24 425/24 426/4 426/4 426/5
426/8 426/8 426/9 426/12 426/15 426/16
426/19 426/22 426/22 426/23 427/3
427/6 427/9 427/9 427/12 427/13 427/13
427/16 427/20 427/23 428/3 428/3 428/4
428/4 428/7 428/8 428/8 428/9 428/12
428/15 428/15 428/16
essential [2]  478/23 478/24
essentially [3]  447/9 473/4 535/19
establish [2]  462/21 562/2
established [2]  494/3 502/9
Establishing [1]  561/19
establishment [1]  562/4
Estonia [1]  525/7
et [2]  423/8 423/11
ethics [1]  548/22
evaluate [2]  558/13 568/6
evaluated [2]  477/3 558/21
evaluation [8]  431/21 433/18 453/24
465/2 467/5 470/12 499/1 499/2
even [10]  460/7 492/17 526/4 528/22
536/4 547/7 562/1 565/17 565/22 566/20
evening [1]  569/20
event [13]  432/17 449/21 463/9 464/10
464/19 484/5 486/23 500/17 501/18
506/6 543/3 545/25 559/17
events [5]  432/10 501/23 502/16 528/8
529/6
eventuality [1]  472/24
ever [9]  480/4 496/16 506/20 511/8
522/6 524/23 526/3 529/1 531/8
every [16]  430/14 430/22 432/25 433/4
439/7 445/10 479/24 480/9 484/10
484/15 484/24 484/24 485/2 486/12
491/14 544/15
everybody [9]  460/3 494/12 503/7 516/9
545/7 565/5 565/16 566/8 569/20
everyone [6]  430/3 457/24 482/17
516/25 565/16 567/18
everything [5]  433/20 447/3 480/25
531/8 557/18
evidence [5]  461/2 467/11 554/22 555/1
557/7
evidences [1]  437/14
EVP [1]  552/16
exactly [5]  460/5 523/15 531/3 533/16
537/5
exam [2]  494/5 494/6
examination [14]  430/8 454/10 454/17
492/4 492/12 492/16 494/19 494/23

**E**

examination... [6]  494/24 500/23 501/22
503/15 544/22 565/9
example [10]  443/5 492/14 492/23
507/12 515/10 516/3 518/13 529/12
530/11 537/7
examples [3]  518/12 518/12 529/12
exams [1]  569/3
excellent [1]  447/5
except [1]  480/25
exception [1]  566/16
exceptionally [1]  539/20
excess [2]  483/8 527/14
excessive [10]  483/8 525/22 525/24
526/20 526/24 526/25 527/7 527/7
527/12 528/17
exchange [2]  446/8 446/12
exchanged [2]  567/6 567/16
exclude [2]  432/15 565/19
exclusive [2]  512/5 523/4
excuse [3]  476/3 501/12 559/21
executed [1]  560/5
executive [15]  503/19 504/7 508/11
520/21 520/23 528/16 540/7 543/24
548/25 549/6 549/19 550/5 552/9 552/16
552/18
executives [6]  495/22 522/2 541/20
549/11 551/3 551/25
exemplified [1]  498/22
exercised [1]  512/1
exhibit [23]  432/22 437/4 453/13 453/22
457/19 458/5 467/12 469/2 475/13
482/22 486/6 487/5 493/1 494/23 500/11
501/21 522/15 537/23 538/16 538/21
554/15 554/17 556/7
Exhibit 05777.1.2 [1]  453/22
Exhibit 1 [1]  487/5
Exhibit 1374.1.1 [1]  475/13
Exhibit 1694 [1]  494/23
Exhibit 2187 [1]  469/2
Exhibit 45393 [1]  537/23
Exhibit 47221 [1]  482/22
Exhibit 4946.82.1 [1]  467/12
Exhibit 52673 [1]  554/15
Exhibit 5689.8.1 [1]  486/6
Exhibit 5944 [1]  522/15
Exhibit 5946.86.1 [1]  453/13
Exhibit 5969.1.2 [1]  437/4
Exhibit 6015 [1]  500/11
Exhibit 866 [1]  432/22
Exhibit 929 [1]  457/19 458/5
Exhibit A [2]  554/17 556/7
exhibits [6]  443/10 443/18 492/4 492/12
492/24 493/3
exist [3]  526/21 527/1 527/8
existed [3]  456/24 506/17 523/22
existence [1]  509/6
expanded [2]  539/12 552/8
expect [7]  477/8 477/21 477/25 480/20
536/10 568/5 568/16
expectation [1]  485/17
expectations [1]  502/13
expected [1]  478/21
expensive [1]  431/7
experience [3]  505/14 519/11 524/19
experienced [6]  434/6 434/10 434/13
436/16 487/14 487/20
experiencing [1]  439/18
expert [23]  454/20 454/22 458/18 461/23
462/22 462/23 507/7 514/25 515/19
517/15 517/20 522/6 529/20 530/18
541/24 548/12 559/4 566/19 567/2 568/4

568/11 568/13 568/14
expert... [4]  527/24 529/3 529/4 561/12
521/6 525/18 568/3 568/4
experts [16]  487/24 488/1 508/2 520/1
520/8 520/12 520/24 547/16 565/23
566/4 566/15 566/21 567/7 567/20 568/5
568/10
explicit [2]  485/13 486/1
explicitly [2]  539/23 539/25
exploration [14]  423/10 426/18 426/21
427/2 438/15 438/19 439/12 503/21
505/8 519/21 527/6 549/22 553/5 555/13
exploratory [1]  496/7
explosion [7]  468/19 504/15 542/22
545/5 546/2 546/20 555/14
explosions [2]  434/6 434/9
expose [1]  468/4
exposes [1]  468/12
expressed [2]  495/18 496/5
expressing [1]  496/1
expression [1]  436/25
expressions [1]  495/22
expressly [3]  538/7 539/2 556/25
extent [5]  477/15 494/6 563/20 564/6
569/15
external [1]  547/16
Exxon [1]  525/5
eye [2]  483/1 483/4

**F**

face [1]  522/16
facilities [4]  532/18 532/20 533/18
533/20
facility [3]  491/2 491/5 491/11
fact [18]  451/1 459/17 462/15 470/16
488/7 496/12 506/12 506/16 514/13
515/18 522/24 539/18 546/12 546/14
552/5 557/7 565/25 566/2
factor [2]  477/8 458/19
factors [5]  522/22 524/22 553/13 553/20
559/14
facts [2]  496/25 554/18
factual [3]  480/12 488/9 556/7
fail [1]  472/21
failed [3]  555/25 559/15 559/15
failings [1]  454/12
failure [10]  436/21 462/10 487/16 520/25
544/11 545/22 545/23 559/1 559/2 560/9
failures [6]  437/1 521/17 530/11 530/18
559/8 559/11
fair [5]  438/16 505/23 523/20 528/10
555/1
fairly [2]  553/16 564/9
fall [4]  453/24 455/21 456/6 496/22
familiar [17]  462/15 506/12 506/13
506/16 506/19 514/10 514/13 514/19
525/1 525/9 546/9 546/10 546/11 546/12
546/14 547/9 560/21
Fannin [1]  427/10
far [5]  438/19 477/13 507/5 525/19 536/5
farmed [1]  447/4
faster [1]  566/15
fatigue [5]  456/19 456/23 457/7 458/19
458/21
fatigued [1]  457/12
fault [1]  554/2
faulting [1]  492/20
FC [1]  436/5
FCRR [3]  428/18 570/2 570/10
February [5]  423/7 430/2 527/17 528/11
540/3
February 2013 [1]  528/11
Federal [1]  425/13

feel [3]  457/5 459/4 484/5
felonies [2]  554/5 554/6
felt [4]  449/1 452/13 459/4 475/21
few [9]  434/4 449/25 457/24 465/4
505/21 562/8 562/25 563/22 567/4
fight [2]  445/10 445/14
figure [1]  481/22
figures [1]  489/15
filed [1]  500/14
final [3]  511/14 511/21 543/10
financial [1]  503/23
find [12]  440/3 443/10 443/17 456/19
522/21 526/16 529/19 545/5 545/7 545/8
545/10 546/19
finding [5]  456/24 457/2 481/15 545/14
546/13
findings [4]  478/13 480/11 501/18 544/2
fine [1]  492/7
finish [4]  494/17 564/1 564/8 566/5
finished [2]  502/23 552/10
finishing [2]  482/4 566/9
fire [6]  445/9 468/19 544/19 545/5 546/2
546/20
fired [3]  496/23 498/3 498/6
fires [2]  434/5 434/9
Firm [2]  424/21 425/8
first [17]  431/21 431/22 432/17 433/6
434/5 471/14 484/14 486/17 490/5 495/8
506/7 524/18 524/18 531/11 533/2 555/4
558/9
five [5]  434/21 454/20 457/22 469/21
473/24
five-day [1]  469/21
fixed [1]  475/21
flag [1]  458/18
fleet [1]  468/23
fleets [1]  540/13
Floor [2]  424/13 427/14
flow [2]  461/10 462/7
flowing [1]  461/16
FLOYD [1]  428/8
fluids [1]  487/15
flying [1]  449/2
focus [10]  435/15 437/23 438/5 442/20
453/12 453/22 470/6 477/17 525/24
528/17
focuses [4]  517/13 517/17 526/24 527/7
focusing [1]  450/8
folks [9]  431/3 441/1 441/13 441/16
441/17 441/23 474/11 489/2 561/22
follow [3]  434/3 473/21 568/18
follow-up [1]  473/21
following [2]  455/7 479/10
follows [2]  430/7 503/10
food [2]  481/1 481/3
footnote [1]  457/19
force [2]  534/7 534/19
foregoing [1]  570/4
foreman [1]  441/16
foreseeable [1]  506/5
foretold [1]  449/2
forever [2]  446/1 518/25
form [1]  444/22
formal [1]  461/3
formalized [2]  479/1 479/2
formations [1]  508/9
forth [1]  492/19
forward [4]  492/21 493/7 548/1 558/5
Foster [2]  432/25 433/3
found [1]  546/22
foundation [6]  512/10 515/17 516/14
522/24 524/4 529/4

## F

four [9]  454/19 454/21 457/22 469/21
 473/23 493/15 493/20 567/20 567/21
fraction [1]  490/21
frame [1]  523/21
framework [1]  448/6
Francisco [1]  425/14
Franklin [1]  426/5
Fraud [1]  426/3
Frazelle [1]  440/21
Free [1]  525/6
frequently [4]  444/6 525/25 528/18
 529/17
Fridays [1]  565/19
friendly [1]  505/18
friends [1]  566/22
Frilot [1]  427/5
front [3]  467/19 505/16 505/17
Frugé [1]  425/2
fulfill [1]  496/4
fulfilling [2]  496/2 500/2
full [6]  503/11 513/17 513/18 534/19
 547/11 547/21
fully [3]  497/3 509/2 544/11
function [6]  533/25 533/25 537/19
 537/20 560/3 560/6
functional [1]  548/5
fundamental [1]  529/4
FUNDERBURK [1]  428/16
further [4]  502/22 529/14 562/16 562/21
future [1]  529/25

## G

GANNAWAY [1]  428/4
GAP [2]  496/24 497/2
gas [11]  436/16 436/16 437/7 462/16
 470/16 471/7 512/14 518/17 527/5 527/5
 529/22
Gate [1]  425/13
gave [9]  465/3 486/20 543/5 543/5 543/8
 543/12 544/15 544/15 545/13
GAVIN [1]  428/9
general [6]  426/7 426/11 508/10 508/14
 523/21 529/11
generally [15]  506/19 514/10 514/12
 514/21 525/9 526/22 527/14 540/13
 541/22 541/23 559/25 561/5 561/6
 561/11 561/25
GEOFFREY [1]  428/4
get [17]  451/12 453/15 458/6 464/13
 475/21 477/9 482/21 488/17 489/25
 495/4 513/15 520/7 552/9 560/7 563/11
 565/5 568/16
gets [1]  451/25
getting [2]  447/2 447/6
gigantic [1]  526/20
give [13]  445/21 446/17 463/1 467/13
 491/23 492/22 494/21 495/5 520/1 520/9
 520/12 541/4 562/7
given [7]  483/21 488/23 492/13 501/15
 514/3 536/13 567/16
gives [3]  444/15 474/13 483/9
giving [2]  481/4 508/13
glasses [1]  483/2
global [2]  537/19 550/4
globe [1]  487/21
GmbH [1]  423/8
go [59]  430/17 431/8 432/1 432/2 435/16
 436/4 436/11 437/5 441/9 441/19 442/6
 443/25 444/7 448/18 451/8 451/14 455/2
 455/19 455/22 458/23 461/19 463/23
 465/12 467/23 474/20 483/11 483/16

483/19 484/8 486/11 490/2 490/5 490/12
490/13 491/18 497/13 497/16 497/22
501/7 502/3 503/5 506/25 522/21 523/2
524/10 525/19 538/14 539/9 544/14
548/6 556/7 567/6 557/9 560/11 562/20
563/17 564/5 566/15 568/7
goal [2]  514/5 529/18
Godwin [3]  428/7 428/7 428/11
goes [5]  454/9 454/13 457/23 461/21
 481/4
going [65]  435/14 437/21 439/25 440/3
 440/15 445/9 447/3 449/3 452/18 455/3
 455/8 456/9 457/17 457/18 458/1 459/3
 460/1 460/5 462/8 465/4 471/11 472/21
 482/4 482/9 482/22 489/17 489/18 492/7
 492/21 493/6 493/15 493/21 494/8
 494/13 497/12 497/14 509/21 524/1
 527/10 527/12 531/4 532/24 534/6
 539/22 548/1 558/5 561/16 562/20
 563/10 564/19 564/20 565/17 566/4
 566/5 566/15 566/19 567/2 567/3 567/9
 567/12 568/5 568/10 568/18 569/17
 569/18
Golden [1]  425/13
GoM [2]  467/24 474/18
GoM's [1]  489/22
gone [2]  438/17 548/4
good [25]  431/14 447/11 448/9 450/1
 456/11 461/13 477/13 478/21 480/20
 481/10 482/13 491/20 492/3 500/18
 502/1 527/14 531/1 541/11 547/24
 562/19 568/23 569/20
GORC [2]  536/14 552/19
got [10]  445/20 445/24 451/23 458/24
 495/9 552/5 552/7 552/21 553/1 553/2
gotten [2]  443/9 443/16
governed [1]  559/13
government [4]  489/2 554/11 554/14
 554/24
Grand [1]  427/14
graphic [1]  498/22
graphics [1]  493/2
great [3]  447/2 447/2 507/1
Greg [1]  451/25
ground [1]  497/13
group [21]  424/18 451/2 536/11 536/14
 536/15 537/2 537/3 537/12 537/14
 542/11 549/5 549/13 549/19 549/24
 549/25 550/4 550/6 550/18 550/21 551/2
 557/20
group-wide [1]  549/19
groups [3]  503/23 503/24 550/11
Guerra [1]  424/15
guess [6]  492/18 530/6 534/18 561/23
 562/19 565/14
Guide [39]  430/18 437/18 438/23 440/21
 445/5 445/8 445/9 445/10 445/18 446/22
 446/23 447/5 447/17 448/19 448/20
 449/7 449/16 450/4 450/9 450/15 450/23
 451/2 451/15 452/4 452/9 475/15 475/24
 476/21 478/17 479/3 480/7 480/17
 480/24 481/5 495/5 495/6 495/7 499/16
 500/2
Guide's [6]  431/20 432/16 447/19 447/23
 448/10 452/12
guilty [6]  554/5 554/10 554/15 556/21
 557/12 559/7
GULF [38]  423/5 432/23 433/18 434/21
 435/3 435/11 438/12 438/20 465/7
 465/14 466/1 467/16 467/21 468/22
 473/5 484/20 489/4 490/8 491/12 496/8
 496/13 496/16 496/20 497/3 499/17
 499/25 500/7 504/22 506/2 506/10

506/18 507/11 507/13 531/2 533/24
531/4 533/4 537/4 547/4 553/12 554/18
guys [2]  436/2 448/14

## H

had [76]  439/14 443/9 443/16 445/19
 446/7 446/7 446/11 446/23 450/23 451/1
 451/5 451/22 454/15 460/1 460/2 474/11
 474/22 477/10 479/22 479/23 482/8
 487/23 488/4 488/20 491/12 496/5
 496/12 497/3 498/12 501/14 501/15
 501/25 505/14 506/9 508/24 509/5
 510/14 510/22 511/7 511/18 511/21
 511/24 513/17 519/9 519/11 519/11
 520/15 520/25 521/4 521/8 521/13 522/6
 527/25 528/10 531/20 531/22 532/4
 532/11 532/24 533/22 536/17 540/6
 540/9 541/7 541/8 541/14 541/17 541/20
 543/14 547/15 551/3 553/12 555/6
 555/14 565/12 565/21
hadn't [2]  454/16 508/24
Hafle [5]  435/21 435/23 436/12 437/18
 438/23
Hafle's [1]  436/24
half [2]  564/12 564/15
Halliburton [9]  428/7 428/11 509/18
 510/6 553/11 553/14 563/11 564/17
 567/21
hand [5]  462/4 462/7 462/13 488/20
 499/25
handle [1]  485/18
HANKEY [1]  425/18
happen [3]  517/17 517/18 569/17
happened [20]  483/3 496/22 515/9 516/2
 516/5 529/14 529/14 529/18 529/19
 529/23 529/24 532/12 543/19 543/20
 544/19 545/5 547/15 553/16 553/17
 557/22
happening [1]  531/8
harder [1]  507/9
HARIKLIA [1]  426/22
HARTLEY [1]  428/8
has [70]  438/16 438/17 441/12 441/13
 446/22 451/10 451/19 454/2 454/11
 454/19 454/22 454/22 458/10 458/21
 461/22 468/1 469/16 471/15 476/22
 482/4 482/7 486/4 487/3 488/16 491/10
 493/9 493/12 494/1 494/7 498/23 501/23
 502/6 502/9 502/17 503/7 511/14 511/17
 516/7 516/9 516/23 516/25 517/6 519/21
 520/3 520/5 520/8 520/13 521/6 522/25
 522/25 523/1 528/23 531/3 531/11 532/7
 538/8 539/3 543/25 544/1 548/13 556/24
 557/7 559/16 562/10 565/16 567/20
 567/21 567/21 567/21 567/22
hasn't [2]  531/4 540/23
HAUSER [1]  426/4
have [211]
haven't [9]  447/4 491/14 505/14 505/21
 514/14 519/2 519/15 521/15 536/9
having [9]  430/7 436/3 441/20 441/24
 449/15 466/8 486/2 503/10 544/14
HAYCRAFT [1]  426/4
Hayward [5]  504/11 549/1 550/15 551/6
 551/15
Haywood's [1]  564/21
hazard [16]  463/8 464/8 464/17 465/20
 467/25 468/1 468/2 469/3 469/20 469/25
 470/2 470/4 470/10 470/21 470/22
 487/15
hazards [3]  470/20 471/1 506/2
HB [1]  428/19
HB-406 [1]  428/19

H

he [104] 436/2 436/15 439/5 439/7 439/7
439/9 439/12 439/14 441/3 446/16
446/17 446/22 447/1 447/17 447/19
448/20 449/2 449/13 449/16 449/23
449/25 451/9 451/18 452/8 452/13
452/13 454/2 454/10 454/15 454/16
454/17 454/21 454/22 455/4 457/18
457/25 458/1 458/2 458/4 458/10 459/16
459/17 459/21 461/23 462/21 464/1
483/4 484/18 485/7 485/22 488/16
492/11 494/9 495/1 495/7 495/8 495/10
495/11 495/13 496/23 497/11 501/15
515/18 515/19 515/22 515/22 520/17
521/13 522/2 522/25 523/1 542/9 542/15
542/16 542/17 542/19 542/20 542/22
550/5 550/6 550/11 551/9 551/14 551/18
552/6 552/7 552/7 552/10 552/12 552/15
552/16 552/18 552/20 552/21 562/10
563/24 565/4 565/12 565/12 566/16
567/10 568/18 568/20 569/3
He's [1] 542/17
head [12] 460/4 537/20 537/21 537/21
550/4 550/6 550/21 550/21 550/25
552/12 552/15 553/5
headed [2] 522/4 522/7
heads [2] 479/24 549/24
health [2] 468/4 468/12
healthy [1] 448/3
hear [1] 453/4
heard [6] 438/4 448/22 458/1 520/15
521/10 531/10
heated [2] 446/7 446/12
heavily [2] 536/8 536/10
held [3] 440/16 505/7 538/7
help [9] 432/6 481/5 487/24 511/20
549/25 549/25 559/17 566/23 567/4
helpful [4] 456/13 492/11 492/21 493/7
helping [1] 492/11
helps [2] 537/3 550/7
Herald [1] 525/6
here [49] 436/2 436/24 439/9 442/21
444/7 447/5 448/2 448/9 448/18 449/18
451/13 455/8 456/5 456/15 458/2 460/4
460/9 460/23 465/17 467/24 470/3 470/9
474/15 475/1 477/23 477/25 480/23
482/19 482/22 484/13 491/10 493/22
499/25 500/17 515/18 515/19 516/22
518/4 518/14 521/14 527/17 533/21
535/11 547/24 556/12 556/15 562/15
563/25 567/23
hereby [1] 570/4
Herman [3] 423/22 423/22 423/23
high [28] 432/9 432/10 436/16 436/20
437/11 439/13 439/18 440/1 443/9
443/17 464/11 464/14 466/12 483/15
483/22 508/23 515/2 515/10 516/3
517/14 524/2 524/12 524/19 525/13
526/4 542/9 542/15 542/17
high-consequence [9] 466/12 515/2
515/10 516/3 524/2 524/12 524/19
525/13 526/4
high-level [1] 508/23
high-reliability [2] 436/20 437/11
high-risk [2] 464/11 464/14
higher [3] 507/5 508/5 508/7
highest [6] 438/19 439/12 519/20 549/18
551/2 555/15
highest-level [1] 549/18
highest-ranking [1] 555/15
highlight [1] 453/14
highlighted [2] 499/24 538/8

highly [1] 471/21
him [11] 445/8 445/9 452/8 452/8 454/14
462/23 482/8 486/7 492/11 555/2 563/25
himself [1] 515/22
HiPos [3] 432/8 432/12 432/19
hire [4] 471/15 510/18 510/19 519/25
hired [1] 520/8
hires [1] 511/20
hiring [1] 512/1
his [43] 432/17 448/19 448/21 449/1
449/2 449/8 449/8 450/4 450/9 450/15
452/9 452/13 454/2 454/2 454/4 454/10
454/12 454/14 454/15 455/4 457/19
457/20 457/25 459/5 462/19 462/22
463/10 463/24 469/11 475/25 485/10
498/6 500/2 512/10 520/17 521/4 521/11
521/15 521/17 521/24 551/18 552/10
567/23
hitch [2] 459/13 459/21
HMC [1] 561/16
hold [1] 542/17
Holdings [5] 427/5 427/8 427/12 427/16
427/19
holds [4] 513/10 513/10 542/9 542/15
hole [1] 439/13
holidays [1] 565/20
Holthaus [1] 425/2
home [1] 508/1
Honestly [1] 552/12
Honor [61] 430/5 454/1 454/9 454/19
454/25 457/17 459/23 461/21 462/18
463/21 469/12 469/13 491/23 492/3
493/9 493/12 493/14 493/24 494/1
494/10 494/14 494/17 497/12 497/15
500/13 500/17 500/22 501/1 501/12
501/23 502/20 512/9 515/17 516/14
521/1 524/3 527/22 538/5 538/22 539/1
554/21 554/23 556/24 557/4 562/6
562/11 562/16 562/24 563/1 563/19
564/16 565/3 565/7 566/12 566/23
567/11 568/1 568/16 568/25 568/25
569/18
HONORABLE [1] 423/15
hope [1] 448/16 494/17
hoped [2] 547/10 550/20
hopefully [2] 460/11 482/19
HORIZON [35] 423/4 444/4 449/20
452/24 453/2 453/7 463/7 464/8 464/23
465/24 466/2 469/4 469/5 469/10 470/24
473/13 473/15 473/21 474/6 474/10
477/5 478/2 498/23 509/3 527/18 531/11
532/13 533/1 533/23 534/6 534/8 534/19
534/22 542/20 543/3
Horse [2] 490/9 491/3
Horse's [2] 490/20 490/21
Houma [6] 424/20 440/6 440/10 441/4
441/10 442/16
hour [4] 460/6 564/13 564/14 564/15
hours [4] 474/22 481/16 483/9 568/23
Houston [12] 425/7 427/10 427/21 428/5
428/13 428/17 487/24 561/12 561/14
561/19 561/21 562/3
how [30] 482/3 483/21 484/25 485/18
492/18 492/19 500/2 519/9 519/13 520/1
520/9 527/5 533/12 536/12 536/16
541/25 545/10 547/2 548/14 561/12
562/17 563/3 564/10 565/4 565/12
565/25 566/3 566/4 568/20 569/13
HSE [1] 469/9
HSSE [2] 441/3 442/20
Huffman [8] 564/24 565/1 565/2 565/8
567/9 568/15 568/18 568/21

huge [1] 508/22
Hugh [1] 461/3
Hughes [1] 427/19
huh [3] 502/24 518/16 524/7
human [5] 463/4 466/8 522/22 524/21
553/22
hundred [1] 480/3
Hurry [1] 439/5
hydrocarbon [1] 471/7
hydrocarbons [3] 463/8 464/9 464/18
HYMEL [1] 427/16
hypothetical [8] 526/22 527/9 527/11
516/20 530/6 530/10 530/15 530/16

I

I'll [9] 440/6 445/11 445/20 448/13
455/22 461/25 461/25 462/1 463/1
I'm [82] 430/15 433/23 435/14 437/21
449/17 449/17 450/8 450/12 452/10
453/14 453/15 455/8 457/17 458/23
459/17 460/23 465/5 465/10 467/6 467/7
470/8 472/21 474/14 477/18 482/10
482/23 492/19 494/8 497/1 497/14
506/13 506/19 507/7 508/13 508/17
510/1 511/3 514/25 515/24 517/15
517/20 519/3 521/6 521/7 524/10 524/17
526/6 527/10 529/20 530/16 530/18
531/16 533/21 534/4 534/6 534/6 534/21
535/7 537/5 539/11 541/22 541/23
541/24 544/22 545/2 546/10 548/12
552/17 553/6 556/18 556/18 556/18
557/13 557/17 557/17 559/4 562/6
562/20 562/21 564/8 565/4 567/12
I've [3] 528/3 528/3 528/4
Iain [1] 549/23
Ian [2] 438/13 476/15
idea [3] 456/11 482/13 528/20
identifiable [1] 452/20
identified [18] 453/18 465/14 466/7
474/20 497/2 506/22 507/2 508/24
510/14 510/22 511/7 511/10 511/15
513/16 515/13 516/6 516/11 516/22
identify [1] 470/10
if [127] 430/19 431/7 431/25 435/7 436/4
436/11 437/4 437/17 437/22 439/17
440/20 441/9 441/19 443/25 443/25
444/1 444/7 447/16 448/13 449/3 451/22
451/24 451/25 453/14 453/14 454/25
455/12 458/24 459/15 459/17 459/23
460/19 461/15 464/17 465/7 465/12
466/1 467/6 467/23 468/8 468/15 468/18
469/19 469/24 470/16 470/17 471/1
471/11 472/3 473/19 474/2 474/14
475/10 475/13 475/24 476/3 476/14
477/3 477/22 478/12 480/23 481/12
482/5 482/10 482/20 482/21 483/11
483/16 483/19 486/6 486/7 486/11 490/2
490/5 490/17 490/18 491/8 492/21
492/22 492/23 493/6 494/11 495/8
498/18 499/21 501/20 501/24 503/5
520/7 521/6 523/19 523/23 524/5 525/1
526/11 526/25 528/14 532/24 532/24
535/12 536/17 537/4 539/4 540/8 547/10
548/15 550/20 551/11 551/12 551/14
552/12 552/20 552/21 555/4 556/7 558/9
560/22 562/7 562/8 562/14 563/1 564/2
565/19 566/11 566/20 566/25 569/15
ignited [1] 468/19
IIT [1] 488/1
Illinois [1] 426/24
immediate [2] 488/18 488/20
impacting [1] 456/23
impairment [1] 456/23

## I

impeachment [1]  563/5
implement [7]  498/5 499/10 510/19 510/25 520/2 520/9 533/15
implementation [8]  496/20 496/25 511/12 511/13 534/3 535/3 553/22 558/24
implemented [14]  496/16 497/3 497/11 497/20 532/12 532/16 532/25 533/8 533/9 533/22 533/24 533/25 534/7 540/10
implementing [6]  457/15 459/2 497/2 529/8 541/23 547/19
implications [1]  450/7
implies [1]  557/14
important [15]  433/10 439/2 463/9 464/10 464/19 473/12 473/15 473/17 474/18 488/17 520/23 527/9 530/21 530/24 544/7
imposed [1]  555/10
impression [1]  449/12
Imprevento [1]  424/8
improper [1]  557/9
improve [2]  537/13 559/17
improved [3]  432/3 432/5 432/18
improvement [5]  433/11 478/14 485/1 548/7 558/14
improving [3]  499/16 537/13 558/21
in [422]
INC [17]  423/11 426/19 426/22 427/3 427/6 427/7 427/9 427/10 427/13 427/13 427/17 427/17 427/20 427/21 428/7 428/12 539/13
incident [13]  442/7 442/21 442/22 452/24 453/2 459/12 473/9 488/21 522/3 539/2 543/20 544/1 544/25
include [9]  471/5 492/23 499/2 532/1 539/13 547/22 548/16 549/3 553/24
included [16]  440/17 442/17 470/2 470/11 489/13 504/16 504/25 505/5 505/10 531/22 534/1 548/11 548/25 549/1 553/21 553/22
includes [5]  463/4 518/1 519/22 531/24 549/11
including [7]  441/14 444/18 466/6 516/10 565/6 565/21 565/23
incompleteness [1]  454/14
incorporate [1]  520/1
incorporates [2]  529/7 540/11
increase [3]  489/10 490/24 491/2
increased [1]  491/16 491/19
independent [1]  547/5
indicate [1]  552/18
indicated [2]  477/16 500/2
indicates [1]  524/20
indication [2]  436/20 471/6
indications [2]  555/23 556/1
indicators [3]  431/23 458/20 463/19
indicted [2]  556/23 557/7
indictments [1]  557/1
individual [2]  432/16 556/20
individuals [6]  439/14 487/10 525/19 552/2 554/9 557/18
industry [10]  489/2 504/20 510/11 510/17 518/22 530/25 531/9 544/3 544/8 555/13
inexperienced [1]  505/23
influences [1]  457/8
information [7]  434/25 446/5 477/4 478/1 487/9 489/14 525/2
infrastructure [3]  491/4 491/17 491/18
infrastructures [1]  490/10
Inglis [2]  549/1 549/22

inherent [1]  499/11 506/23 507/5 507/8
inherently [1]  507/11
initiated [1]  486/22
injuries [1]  432/7
input [4]  448/11 477/9 478/15 560/7
inquired [1]  494/22
inquiry [1]  451/18
inside [1]  530/22
Insofar [1]  513/15
install [1]  472/21
installed [1]  561/18
instance [2]  437/2 437/15
instead [2]  462/16 495/10
instill [1]  471/25
institute [2]  560/10 559/22
instituted [1]  560/3
instruct [1]  485/7
instrumentation [1]  471/6
integral [2]  515/5 518/2
integrity [1]  486/3
intend [2]  544/2 569/3
intending [2]  501/22 545/3
intent [1]  484/25
interaction [8]  441/24 445/5 476/8 477/8 477/11 477/14 477/20 481/10
interactions [2]  452/13 525/4
interchangeability [1]  484/23
interested [1]  536/16
interests [2]  569/5 569/11
interface [1]  462/3
interim [1]  543/14
internal [4]  486/21 545/16 547/15 568/3
International [3]  427/22 428/2 435/1
interpret [1]  483/21
interrelation [1]  518/12
interviewed [1]  487/12
into [10]  432/1 432/12 456/6 489/23 493/19 501/19 502/13 520/2 543/23 548/9
introduce [1]  433/23
investigate [3]  500/16 551/8 551/15
investigating [2]  546/14 546/22
investigation [44]  486/22 486/25 487/1 487/10 487/17 487/21 488/23 528/3 529/20 542/24 543/23 543/25 544/25 545/11 545/15 545/16 545/18 546/10 546/3 546/7 546/17 546/18 547/6 547/8 547/9 547/14 547/14 547/17 547/20 547/22 547/24 547/25 548/10 548/12 550/16 550/21 551/8 553/12 551/15 553/20 554/3 559/14 568/3
investigations [8]  519/15 519/17 528/4 528/5 528/6 529/16 544/10 546/10
investigative [1]  546/8
investment [3]  491/4 491/7 491/10
invite [1]  525/21
invites [3]  526/19 526/25 527/7
involved [24]  451/25 480/1 488/5 496/11 519/6 525/19 525/20 525/21 536/8 536/10 544/25 546/16 546/23 546/24 547/4 551/10 551/16 553/13 553/13 553/14 558/23 560/18 561/9 568/2
involving [2]  524/19 525/15
iron [1]  475/17
Irpino [2]  425/8 425/9
is [348]
isn't [28]  431/14 455/12 470/24 490/13 501/4 508/22 509/18 510/7 513/25 514/6 515/6 515/11 516/4 516/22 517/18 524/13 529/19 529/25 530/13 545/7 553/11 553/18 556/9 557/11 558/6 559/8 560/4 561/4
issue [17]  432/20 442/13 442/14 442/24

451/1 451/9 451/18 454/13 460/18
451/20 452/20 460/2 467/17 477/18
484/9 485/16 501/20
issues [11]  468/13 473/18 475/14 475/25 476/5 476/22 484/13 508/14 514/14 537/4 553/21
it [300]
it's [84]  431/13 432/2 432/3 432/23 437/20 439/17 440/2 442/16 452/1 452/1 455/14 460/9 460/15 460/15 460/15 470/4 472/18 472/19 473/12 478/4 478/23 482/9 487/5 488/4 492/18 493/20 497/10 502/23 507/9 508/10 510/20 511/9 511/12 511/12 513/8 513/22 515/21 517/1 517/2 517/3 517/3 517/9 517/21 517/21 518/20 518/22 520/23 521/1 523/24 523/24 526/18 527/9 527/9 527/17 529/4 530/15 530/21 530/24 534/9 537/25 538/16 538/17 538/21 538/22 538/23 549/7 549/7 549/10 551/14 553/16 554/22 554/23 555/1 557/5 557/5 557/9 557/9 557/11 557/19 561/24 564/2 566/11 568/5 568/18 569/18
item [11]  438/12
items [11]  474/19 477/10 478/5 479/24 480/14 480/18 481/6 481/12 490/13 491/16 538/6
its [21]  438/16 443/9 443/16 450/7 471/25 477/22 481/24 487/20 489/1 489/5 502/12 509/21 510/2 512/2 522/16 537/8 538/6 540/24 548/6 557/25 561/14
itself [2]  508/9 528/4

## J

JAMES [3]  423/19 426/12 481/19
January [6]  431/20 465/10 480/25 490/3 521/20 553/2
January 12 [1]  480/25
January 16 [1]  465/10
January 28 [1]  490/3
Jay [1]  438/14
Jefferson [2]  423/20 427/17
JEFFREY [1]  424/9
JERRY [1]  428/12
JESSICA [2]  425/22 425/23
JIMMY [1]  425/6
job [6]  447/2 451/22 504/16 519/6 556/21 562/10
jobs [3]  474/21 481/16 483/9
Joe [1]  440/9
JOHN [33]  425/3 427/20 428/16 430/17 431/20 432/16 440/21 445/5 445/18 445/20 446/16 447/1 447/2 447/23 447/24 448/10 450/23 451/2 451/25 452/4 452/12 475/14 475/24 476/4 476/21 478/17 479/3 480/7 480/17 480/24 481/5 497/10 542/7
Johnson [5]  440/22 475/15 478/17 480/8 480/24
joint [1]  478/5
JONES [1]  428/3
JR [3]  424/12 428/8 428/8
judge [7]  423/15 501/24 503/3 533/13 564/17 567/12 567/13
Judge Shushan [2]  567/12 567/13
judgment [2]  477/22 553/23
Juneau [1]  439/21
just [63]  433/22 434/3 434/3 436/6 438/9 438/10 439/25 448/13 453/4 454/25 455/15 456/8 458/23 459/23 460/1 464/12 464/13 465/1 465/12 466/5 467/9 473/4 474/4 474/4 474/11 480/23 482/19 486/7 486/22 488/12 491/16 491/23

just... [31]  492/25 494/9 497/12 501/21
508/1 508/18 513/8 517/21 517/22
520/13 522/25 526/5 529/22 530/3 532/5
533/17 533/21 534/22 551/25 556/19
557/13 562/20 562/21 563/4 563/11
565/5 565/10 565/15 566/9 568/25
569/10
Justice [4]  425/11 425/15 425/21 426/2

K

Kanner [2]  426/15 426/15
KARIS [1]  426/22
Katz [1]  423/22
keep [10]  433/17 440/3 440/15 479/19
492/11 513/3 513/5 534/21 535/7 566/10
KELLEY [1]  426/4
Kent [1]  481/19
KERRY [2]  427/6 563/13
Kevin [3]  496/12 496/21 496/22
key [12]  431/22 432/22 433/12 433/14
433/18 463/19 512/4 531/22 532/1
553/13 553/20 559/14
kick [10]  437/25 438/9 439/10 439/11
439/15 447/6 447/10 458/20 464/23
472/4
kicks [2]  472/7 472/8
Kinchen [2]  427/19 427/20
kind [6]  437/11 447/8 447/13 448/3
476/8 537/22
kinds [3]  433/14 448/5 517/17
Kirkland [1]  426/21
knew [12]  506/1 506/5 506/20 506/23
507/4 508/21 508/21 535/5 541/25
545/13 545/15 546/19
know [100]  437/25 438/11 438/13 438/16
438/17 448/13 448/20 449/20 449/23
450/12 455/12 460/7 461/18 477/22
479/12 479/24 480/3 480/17 482/1 482/8
483/21 483/24 485/25 487/2 487/3 487/9
488/7 488/16 489/1 489/16 491/14
492/18 493/23 506/8 516/16 516/20
517/22 520/24 521/12 521/17 521/19
522/1 523/10 523/12 523/23 523/23
523/24 523/25 524/14 525/18 526/11
526/23 527/2 528/25 529/1 530/10
531/15 533/1 533/2 535/12 536/3 537/3
538/11 540/9 541/17 542/7 542/13
543/11 543/19 545/2 546/25 547/1 547/4
547/7 547/15 548/4 548/7 548/13 551/11
551/12 551/13 551/14 551/18 551/21
552/12 552/20 552/21 553/1 557/2 557/3
557/6 560/22 561/23 562/7 565/25
566/11 567/1 567/24 568/8 569/17
knowledge [2]  518/21 557/6
knows [1]  568/25
Kodiak [1]  474/7
KRAUS [1]  426/16
Kullman [1]  424/5

L

L-A-M-A-R [1]  503/13
Lacy [6]  496/12 496/21 496/22 498/2
498/5 498/6
Lacy's [2]  498/4 503/17
laed.uscourts.gov [1]  428/20
Lafayette [2]  423/21 427/18
Lafleur [1]  427/16
laid [3]  553/10 553/16 553/17
Lamar [4]  428/12 503/9 503/13 503/17
LANGAN [1]  426/22
language [4]  430/25 444/24 445/3

448/22
Lasalle [1]  426/23
last [11]  432/2 432/17 457/3 457/5
457/22 459/12 459/21 483/13 536/9
567/15 569/18
later [2]  446/1 505/19
launch [1]  453/23
Law [3]  424/18 424/21 425/8
LAWRENCE [1]  425/24
lawyer [1]  569/12
lawyers' [2]  505/20 566/7
layer [2]  472/20 472/23
layers [3]  471/12 472/21 473/6
lead [4]  468/19 496/19 498/10 504/14
leader [9]  440/21 444/19 449/1 461/10
480/7 480/20 504/22 505/2 560/4
leaders [15]  441/12 441/14 441/14
555/15 555/16 555/24 556/4 556/9
556/22 556/22 557/11 558/20 560/7
561/7 561/22
leadership [9]  438/12 440/10 441/1
441/10 441/10 441/21 441/21 484/21
502/7
leading [3]  498/9 520/15 520/24
leaks [2]  434/13 434/17
learn [6]  529/24 530/3 530/21 530/24
531/4 531/7
learned [8]  448/7 489/1 531/5 544/4
544/8 546/13 547/10 548/7
learning [5]  529/3 529/5 529/7 529/8
531/5
learnings [1]  543/20
lease [5]  509/9 509/9 509/11 509/16
511/17
leaseholder [1]  555/8
LEASING [1]  423/8
least [8]  454/19 480/9 514/16 517/23
521/23 526/8 526/19 567/4
leave [2]  431/9 493/15
leaving [2]  449/8 450/5
LeBleu [1]  437/22
led [2]  453/9 543/24
Lee [1]  438/24
left [6]  450/15 495/1 500/5 500/6 500/6
549/16
legal [1]  554/23
Leger [2]  424/12 424/12
less [7]  490/13 494/17 564/12 565/8
565/9
lessee [2]  512/22 513/10
lessees [1]  512/17
lesson [1]  529/24
lessons [15]  489/1 529/3 529/5 529/8
529/9 530/3 530/21 530/24 530/25 531/4
531/5 544/3 544/7 546/13 547/10
let [31]  435/6 435/16 438/13 451/12
458/23 464/7 464/15 465/12 466/5
467/11 477/17 477/22 479/13 479/17
482/11 482/20 484/17 495/4 501/21
507/10 510/21 511/3 525/1 528/14 529/3
531/15 534/22 538/19 539/11 562/20
567/24
let's [28]  435/6 436/25 438/10 443/13
446/10 448/18 450/19 452/4 456/22
466/14 482/13 484/8 485/16 486/6 497/8
499/20 500/5 506/1 513/15 522/21 538/2
538/10 540/20 542/24 554/20 557/6
560/11 569/1
letters [1]  433/3
level [14]  443/9 443/16 448/21 451/7
464/11 464/14 466/24 508/23 549/18
551/2 553/17 554/2 561/9 562/2
levels [2]  436/16 436/16

Lewis [5]  424/5 426/18 428/7 428/11
LI [1]  427/13
lies [1]  490/24
like [35]  431/13 433/18 436/6 446/11
455/11 455/13 456/12 457/3 457/5 459/2
459/4 462/22 463/7 463/25 464/8 473/12
482/5 484/5 491/2 492/22 500/20 518/2
519/25 522/8 530/1 532/5 543/10 547/11
556/15 561/22 562/15 563/1 563/14
568/6 569/12
limine [2]  500/14 568/12
limit [3]  488/7 489/14 557/18
limited [3]  454/20 488/5 556/19
limits [3]  546/25 551/10 566/8
line [12]  435/7 436/3 446/10 479/18
491/20 496/25 506/14 536/23 539/21
542/4 550/2 562/2
line 10 [1]  479/18
line-level [1]  562/2
lines [4]  436/6 443/13 464/16 466/14
lineup [1]  568/4
Liskow [1]  426/18
list [13]  470/10 475/25 476/5 479/23
480/2 492/6 493/2 567/7 567/10 567/14
567/15 567/20 568/1
listed [4]  465/19 465/24 468/9 565/23
listen [1]  441/21
lists [2]  469/24 567/16
litigation [2]  463/3 487/5
little [8]  431/16 460/3 460/11 475/21
476/15 482/19 484/12 541/18
live [1]  564/24
living [1]  537/7
LLC [13]  423/19 423/22 424/2 424/18
426/15 427/5 427/6 427/9 427/12 427/16
427/20 427/22 428/14
Lloyd's [8]  455/6 456/3 456/6 456/12
456/15 458/3 458/4 458/13
LLP [8]  424/15 425/2 426/21 427/2 427/8
427/12 427/19 428/2
location [3]  474/7 536/13 561/15
logical [1]  562/15
long [14]  482/4 495/21 502/24 509/2
518/22 522/2 528/22 564/10 565/4
565/16 566/5 566/16 568/20 569/18
longer [3]  540/6 542/16 542/17
look [52]  433/17 433/19 437/4 437/22
438/10 440/20 443/13 446/10 447/13
447/16 450/19 452/4 456/22 458/6 465/7
466/1 466/14 467/11 468/15 469/24
471/1 471/21 473/17 474/2 474/14
475/13 475/24 476/3 476/14 477/3
478/12 479/13 479/13 480/23 481/11
482/11 485/16 486/6 495/4 495/8 497/8
499/20 500/5 515/19 524/17 526/15
538/2 539/5 540/20 554/20 558/9 561/23
looked [10]  449/25 452/12 462/3 466/6
483/24 547/14 548/15 551/1 551/11
551/25
looking [8]  442/18 451/14 456/15 464/22
465/10 466/6 470/9 497/24
looks [6]  436/5 446/11 470/22 537/3
537/14 543/10
Los [1]  427/14
loss [15]  450/6 464/6 465/13 465/17
466/7 466/12 466/17 468/9 468/11
515/12 515/13 536/5 545/17 545/21
558/25
losses [1]  439/18
lost [2]  444/12 463/20
lot [6]  548/16 554/25 558/23 560/18
566/2 566/15

**L**

lots [1] 548/17
loudly [1] 440/14
LOUISIANA [22] 423/2 423/6 423/21
423/24 424/7 424/13 424/20 424/23
425/4 425/10 426/11 426/12 426/13
426/15 426/17 426/20 427/7 427/18
427/24 428/16 428/19 570/4
low [3] 469/10 517/14 525/13
low-probability [1] 525/13
low-probability/high-consequence [1]
517/14
LUIS [1] 427/13
lunch [2] 460/6 482/9
LUTHER [1] 426/8

**M**

M-C-K-A-Y [1] 503/14
M-I [4] 428/14 493/11 493/12 567/22
Macondo [26] 435/15 438/1 438/15
442/24 443/1 449/3 452/19 463/19
466/11 474/11 474/11 506/21 509/8
509/9 510/23 511/15 515/15 516/16 516/2
516/5 522/3 531/3 532/6 534/10 555/9
555/23
mad [1] 445/8
made [18] 446/8 446/12 457/2 481/1
481/23 484/1 491/7 491/10 501/14
525/14 526/6 539/20 539/23 551/11
551/13 551/16 554/4 554/13
Magazine [1] 425/9
Mahtook [1] 427/16
mail [13] 436/11 437/14 437/17 440/9
446/4 448/7 450/24 451/9 452/4 495/4
495/6 495/13 495/15
mails [1] 445/19
Main [1] 425/3
maintain [3] 463/18 491/17 561/13
maintained [2] 472/19 479/6
maintenance [10] 441/15 471/5 474/21
475/8 475/11 479/25 481/5 481/15 483/8
483/14
major [25] 434/6 434/10 434/14 453/16
453/19 453/23 455/5 465/20 467/25
468/1 468/4 469/3 469/19 470/4 470/11
471/3 495/18 498/16 500/7 513/24
517/18 517/22 517/24 532/1 532/5
majority [1] 525/12 525/20
make [16] 431/19 437/12 439/11 442/2
445/22 446/18 451/14 457/11 471/22
480/10 493/25 507/10 531/7 559/17
565/10 569/16
makes [3] 445/9 507/18 551/21
making [7] 439/13 459/3 480/10 500/18
501/15 502/1 527/15
MALINDA [1] 425/24
man [3] 474/22 481/16 483/9
man-hours [2] 481/16 483/9
manage [10] 431/8 510/13 510/22 511/2
511/6 513/17 513/20 513/22 514/5 514/6
managed [11] 460/24 511/11 513/20
513/25 515/7 515/11 516/4 516/7 516/9
516/23 516/25
management [88] 434/24 456/1 456/16
466/24 467/25 490/3 498/13 498/19
498/19 498/24 498/25 502/12 502/14
513/25 514/4 514/7 515/5 515/8 518/1
518/10 518/11 518/14 520/10 521/17
521/24 525/24 529/5 530/11 531/20
531/22 531/24 532/4 532/7 532/17
532/19 533/14 533/17 534/1 534/9
534/11 534/13 534/16 534/23 535/1
535/9 536/1 536/3 540/12 541/2 541/6
541/9 544/11 545/17 545/15 546/1
547/7 547/22 548/1 548/15 548/25
549/6 551/8 551/15 551/22 553/9 553/25
557/21 558/15 558/18 558/22 559/8
559/18 559/23 559/23 559/24 560/2
560/3 560/9 560/16 560/17 560/23
560/24 561/4 561/9 561/20 561/24 562/1
562/5
management-related [6] 546/15 546/22
547/7 547/22 548/11 548/15
manager [2] 480/8 481/20
manages [1] 521/5
managing [6] 511/14 511/21 513/16
516/13 517/6 517/21
manner [1] 449/4
mantra [1] 531/10 531/13
many [9] 460/24 483/13 483/22 487/23
505/17 543/13 562/17 565/25 566/4
MAR [6] 469/5 469/14 470/5 498/16
499/1 499/14
March [16] 435/20 437/17 437/25 438/7
438/9 439/4 439/10 439/11 439/15 440/9
441/7 446/21 447/17 449/13 449/23
456/17
March 16 [1] 456/17
March 20 [1] 446/21
March 22 [1] 447/17
March 26 [3] 437/17 438/7 439/4
March 28 [2] 440/9 441/7
March 7 [1] 435/20
March 8 [5] 437/25 438/9 439/10 439/11
439/15
marine [6] 474/5 480/1 524/20 525/4
525/5 525/13
Mark [15] 435/21 436/24 451/11 451/13
451/20 488/14 549/24 550/5 550/17
550/23 550/25 551/7 551/8 551/11
568/17
Mark Bly [1] 568/17
marketing [2] 549/23 553/7
materials [2] 502/17 527/19
math [2] 565/15 565/19
matter [7] 468/8 491/3 491/3 492/18
566/25 568/3 570/7
matters [3] 430/22 484/24 517/3
MATTHEW [1] 426/23
may [27] 447/4 458/24 484/3 484/3
491/24 494/16 507/15 514/3 514/4
517/17 519/25 526/17 526/20 529/17
530/7 530/8 530/11 530/13 530/16
540/15 543/13 548/4 552/16 552/20
563/4 566/6 566/9
maybe [8] 443/25 454/20 472/20 478/8
524/5 564/14 566/20 567/23
MAZE [1] 426/8
McCLELLAN [1] 425/22
McKay [22] 503/3 503/4 503/7 503/9
503/13 503/17 505/14 515/18 526/1
532/13 537/23 539/12 540/15 542/25
555/6 561/20 562/23 563/10 563/24
564/1 564/9 569/7
McKinney [1] 428/5
me [50] 435/6 435/16 450/3 451/12
451/25 455/12 458/23 464/7 464/15
465/12 466/5 467/9 467/11 467/13
467/19 476/3 477/17 479/13 479/17
482/11 482/20 484/17 491/23 492/5
492/10 492/11 492/17 493/24 495/4
501/12 507/10 510/21 511/4 512/4
512/13 525/1 527/24 528/14 529/3
531/15 533/6 534/23 538/19 539/11
544/14 559/21 562/7 562/20 565/16
mean [6] 439/13 512/4 537/6 546/21
554/8 569/8
meaning [1] 528/23
means [3] 477/2 512/5 535/21
meant [1] 569/11
measurable [1] 502/13
mechanical [3] 428/24 463/4 553/21
mechanically [1] 475/20
mechanisms [2] 537/1 537/12
meeting [8] 438/12 438/14 441/4 441/20
447/18 456/17 484/21 522/5
meetings [1] 480/13
member [4] 540/21 550/18 551/6 551/7
members [3] 436/25 439/2 484/21
membership [1] 549/13
men [4] 439/10 447/22 559/11 561/4
mentally [1] 450/18
mention [5] 500/24 551/21 553/9 553/24
556/25
mentioned [17] 430/13 430/18 431/22
433/24 442/12 509/5 524/5 545/12 556/8
556/11 556/12 556/15 556/21 557/5
557/14 557/15 557/20
mentions [1] 432/19
merged [1] 523/8
merger [3] 522/9 522/10 522/14
message [2] 431/14 439/9
met [1] 563/14
MEXICO [36] 423/5 432/23 433/18
434/21 435/3 435/11 438/12 438/20
465/8 465/14 466/1 467/16 467/21
468/22 473/6 484/20 489/4 490/8 491/12
496/8 496/14 496/16 496/20 497/3
499/17 500/7 504/23 506/2 506/10
506/18 507/12 507/13 531/2 533/24
534/5 537/21
MICHAEL [2] 425/12 427/12
MICHELLE [1] 425/23
microphone [1] 431/16
might [9] 443/10 443/18 482/11 497/23
501/24 527/13 562/25 566/16 566/17
MIKAL [1] 424/15
MIKE [2] 427/3 566/12
MILLER [3] 427/6 563/13 564/3
million [2] 489/7 490/9
mind [2] 433/17 566/10
minded [3] 433/15 440/4 480/21
mindedness [5] 437/15 443/6 443/11
443/18 476/11
Mineral [1] 434/24
minimize [1] 531/8
minute [8] 443/23 458/23 467/14 482/14
491/23 562/14 564/21 564/22
minutes [7] 449/25 457/24 493/15
493/20 494/18 564/16 565/12
misinterpretation [1] 554/12
misinterpretations [1] 554/4
missed [4] 458/20 463/19 524/6 562/9
mistakes [2] 452/20 554/4
mitigate [2] 471/2 514/8
mitigation [6] 468/16 515/15 516/12
516/17 516/21 517/16
mitigations [2] 470/23 471/2
Mitsui [1] 509/14
MMS [5] 435/4 435/11 472/16 512/8
512/14
mobile [2] 424/4 540/13
mode [1] 487/16
model [1] 485/19
MODU [2] 463/7 464/8
MODUs [4] 468/23 473/9 473/13 496/17

**M**

Monday's [1] 438/14
money [3] 431/9 431/13 509/20
monitor [8] 536/18 536/21 537/5 537/7 558/12 558/13 559/16 561/16
monitoring [8] 472/1 539/14 561/12 561/14 561/19 561/21 561/23 562/3
Montgomery [1] 426/10
month [2] 431/1 565/17
months [2] 547/16 565/19
more [23] 438/16 443/10 443/17 451/22 454/25 460/11 462/24 464/12 470/20 474/21 475/22 482/19 491/12 507/21 507/22 525/7 534/23 543/25 546/10 548/3 548/5 564/7 565/12
Morel [1] 438/23
Morgan [1] 428/14
morning [10] 430/14 430/18 430/21 431/19 433/24 438/4 445/19 465/4 562/8 564/9
most [6] 463/9 464/10 464/18 492/5 513/22 544/21
Mostly [1] 505/19
motion [1] 500/14
motions [2] 568/11 568/12
move [7] 457/21 461/25 461/25 463/22 482/5 482/12 569/2
moving [2] 430/15 435/14
Mr [2] 430/4 497/22
Mr. [71] 431/16 454/21 461/14 461/22 482/3 484/17 484/18 485/6 485/16 486/4 488/14 492/23 493/16 493/19 494/9 494/15 494/25 495/4 495/5 495/6 495/6 495/7 495/7 497/5 497/10 497/18 498/2 498/2 498/4 498/5 498/6 498/6 499/16 500/2 502/4 502/23 503/3 503/4 503/7 505/14 515/18 519/21 526/1 532/13 537/23 538/8 539/12 540/15 542/7 542/25 549/16 549/16 552/5 552/9 553/4 555/6 561/20 562/23 563/10 563/24 564/1 564/3 564/9 564/21 564/22 565/8 565/11 565/23 566/16 567/23 569/7
Mr. Baxter [1] 549/16
Mr. Bea [3] 431/16 502/23 565/23
Mr. Bly [4] 549/16 552/5 552/9 566/16
Mr. Brian [1] 494/9
Mr. Brock [7] 454/21 461/22 482/3 493/19 497/5 565/11 567/23
Mr. Cunningham [5] 492/23 493/16 494/15 502/4 538/8
Mr. Cunningham's [1] 565/8
Mr. Dudley [2] 519/21 553/4
Mr. Guide [5] 495/5 495/6 495/7 499/16 500/2
Mr. Haywood's [1] 564/21
Mr. John [2] 497/10 542/7
Mr. Lacy [3] 498/2 498/5 498/6
Mr. Lacy's [2] 498/4 564/22
Mr. Mark [1] 488/14
Mr. McKay [19] 503/3 503/4 503/7 505/14 515/18 526/1 532/13 537/23 539/12 540/15 542/25 555/6 561/20 562/23 563/10 563/24 564/1 564/9 569/7
Mr. Miller [1] 564/3
Mr. O'Bryan [3] 497/18 498/2 498/6
Mr. Shaw [3] 484/17 485/6 486/4
Mr. Shaw's [1] 485/16
Mr. Sims [4] 494/25 495/4 495/6 495/7
Mr. Vidrine [1] 461/14
Mr. Williamson [1] 484/18
much [5] 470/20 478/15 490/13 507/8 565/12
mud [1] 462/16
mud [20] 496/20 496/25 497/1
multiple [3] 495/22 542/25 555/23
Munger [1] 427/12
must [6] 481/3 513/3 513/5 515/10 516/4 559/21
my [31] 442/10 445/21 445/23 446/17 449/12 450/24 460/6 470/6 470/9 483/2 500/23 503/13 504/16 508/10 508/13 518/21 519/6 539/1 540/23 542/5 545/4 546/4 557/17 559/5 559/13 563/1 563/23 567/10 568/8 569/8 570/5
myself [2] 508/17 565/6

**N**

name [5] 438/14 503/11 503/13 503/17 567/3
named [1] 518/14
names [3] 440/25 440/25 567/18
NASA [1] 442/15
NATHANIEL [1] 425/19
Natural [1] 425/16
necessarily [5] 467/4 507/8 553/6 557/17 560/10
necessary [1] 513/5
need [4] 447/25 450/20 483/14 566/3
needed [2] 475/21 520/7
needs [2] 503/5 565/5
negative [9] 457/7 459/3 554/12 555/10 555/17 555/22 555/25 556/2 556/11
negligent [1] 556/3
negligently [1] 555/24
Neil [1] 484/14
Neumeyer [1] 440/10
never [4] 485/7 523/1 524/25 528/19
new [18] 423/6 423/24 424/7 424/13 425/10 426/17 426/20 427/7 427/24 428/19 440/6 442/24 452/17 452/18 460/18 465/2 475/17 518/17
next [10] 433/22 441/9 447/18 452/4 503/2 526/15 555/20 561/1 561/12 564/18
nice [1] 445/21
night [2] 542/22 555/14
Ninth [1] 424/22
no [89] 431/2 432/6 434/12 434/16 434/18 435/13 436/7 448/7 454/6 454/8 454/8 460/8 460/9 460/22 461/2 467/18 476/19 481/25 482/2 484/16 485/15 490/7 492/9 493/9 493/12 496/18 497/14 499/13 502/19 502/22 505/13 506/24 508/17 517/6 517/7 517/7 518/19 518/21 519/19 520/17 520/19 521/14 522/8 522/1 522/25 524/25 526/2 526/7 526/10 526/10 527/24 528/9 528/13 528/20 533/23 534/8 534/9 539/7 539/20 539/20 539/20 540/6 540/7 541/14 541/17 542/4 542/16 542/17 545/10 546/8 546/25 547/4 547/9 551/21 551/23 552/4 552/22 553/7 553/9 554/1 558/19 559/4 559/10 559/10 560/10 560/10 561/11 562/16 569/6
nodding [1] 460/3
nomenclature [2] 523/17 523/19
none [2] 472/24 567/17
NONJURY [1] 423/14
nonmarine [1] 524/20
nonprivileged [1] 487/1
Norfolk [1] 427/20
North [4] 426/12 504/5 504/6 505/3
North America [2] 504/5 504/6
not [216]
notches [1] 460/11
note [10] 435/20 436/24 437/22 438/5 440/20 489/25 489/16 452/7 475/14 489/4
noted [3] 475/14 544/10 554/11
nothing [1] 431/12
notice [1] 568/11
notion [2] 443/8 443/15
now [72] 430/15 432/22 435/14 436/11 437/17 437/25 438/5 438/7 442/6 443/23 444/24 447/19 447/23 448/18 450/23 451/2 452/17 452/18 453/12 453/22 455/20 456/15 458/10 458/18 460/18 462/22 466/1 466/7 467/3 467/7 467/10 467/12 469/1 471/10 473/8 474/25 478/4 480/17 481/14 482/4 482/24 483/23 484/8 486/19 488/4 488/14 489/12 490/1 495/17 496/24 497/22 501/17 504/18 508/21 509/8 519/20 519/25 527/17 535/10 540/9 546/10 548/9 553/3 556/23 563/5 563/11 563/24 565/10 565/16 565/17 565/19 567/19
number [14] 434/5 434/9 434/13 454/12 465/22 485/24 491/14 492/3 526/11 553/3 553/6 567/10 567/23 568/1
numbers [1] 489/16
numerous [1] 487/9
NW [1] 427/3

**O**

O'Bryan [4] 497/18 498/2 498/6 542/13
O'Keefe [1] 423/23
O'ROURKE [1] 425/17
object [7] 454/1 457/17 457/21 498/9 538/5 539/6 554/21
objection [23] 454/24 458/16 459/5 459/9 459/14 462/1 463/10 464/4 469/11 469/17 501/7 502/3 502/20 512/9 515/17 521/1 522/24 524/3 527/22 538/15 539/1 539/8 556/24
objections [2] 461/21 462/18
objective [5] 545/15 545/18 545/19 550/20 550/25
objectives [1] 441/19
obligations [1] 558/8
observations [1] 463/23
obviously [3] 438/9 442/13 515/13
occur [4] 444/16 477/9 491/18 513/21
occurred [9] 432/17 474/13 490/24 509/3 524/8 532/6 532/9 542/22 543/14
occurrences [1] 525/10
occurs [3] 491/19 492/17 506/24
October [1] 483/17
October 15 [1] 483/17
off [15] 445/21 446/17 449/8 449/15 450/4 450/9 450/15 451/8 451/9 452/8 456/25 461/14 481/6 491/11 494/25
offered [1] 493/3
office [7] 423/20 425/19 425/25 426/13 427/17 479/23 561/14
officer [1] 528/16
Official [3] 428/18 570/2 570/11
offshore [8] 427/6 427/9 427/12 427/16 427/20 441/13 508/15 525/7
often [2] 479/24 517/18
Oh [1] 546/9
oil [18] 423/4 423/4 434/6 434/10 434/13 434/14 434/17 440/3 443/10 443/17 506/17 510/3 512/14 518/17 527/5 527/5 529/22 555/13
OIM [1] 441/15
okay [24] 430/12 430/15 445/17 450/20 451/12 454/24 460/1 462/1 463/1 465/2 465/5 474/16 482/6 483/14 484/1 484/10

okay... [8]  488/9 489/4 490/2 502/3
506/4 511/5 564/2 568/8
Olson [1]  427/12
OMS [44]  433/11 496/12 496/20 496/25
497/2 497/11 497/20 498/5 498/20
518/14 531/15 532/20 532/21 532/24
533/8 533/9 533/12 533/15 533/20
533/22 533/24 534/2 534/7 534/14
534/18 534/25 535/5 535/7 535/8 535/14
535/16 535/22 536/12 536/16 537/14
540/9 540/11 541/9 541/19 541/22
541/22 541/24 541/25 548/6
on [249]
on/21 [1]  456/25
once [7]  461/18 480/9 480/9 491/7
506/24 517/5 539/19
one [67]  431/3 432/8 433/10 433/11
435/16 437/13 437/23 438/2 444/1 445/4
450/20 453/18 454/25 456/8 458/2
458/10 459/23 461/21 462/24 464/12
465/1 465/2 465/13 466/6 467/14 471/14
472/20 474/25 477/14 483/12 485/24
488/9 488/12 489/17 491/23 494/1 494/2
494/2 504/22 505/2 505/8 515/12 516/23
517/24 520/12 520/24 529/12 530/8
530/13 532/6 533/2 534/23 537/9 539/4
539/18 540/22 551/24 552/2 554/12
556/12 556/13 556/17 557/20 558/9
563/4 566/20 569/12
ongoing [1]  544/1
only [17]  490/21 493/17 493/25 500/7
501/12 508/7 508/11 509/20 510/5
520/15 525/23 526/3 529/8 556/8 560/16
563/4 565/21
onshore [4]  435/24 455/6 498/25 508/15
open [1]  501/22
operate [1]  534/13
operating [38]  468/23 471/11 475/20
486/3 498/24 498/25 505/11 505/12
506/14 512/18 512/24 513/11 518/10
518/14 519/7 520/4 531/24 532/17
533/11 533/17 534/9 534/11 534/23
536/11 536/15 536/24 537/10 539/21
541/9 541/11 541/14 542/1 549/5
549/13 549/20 550/2 550/18 551/2
operation [6]  449/3 505/5 509/21 510/10
520/5 537/12
operational [9]  452/1 529/17 530/7
530/12 548/6 552/10 552/15 553/22
560/13
operations [39]  433/7 434/19 444/20
451/11 451/20 461/4 468/3 475/15
476/16 476/23 477/23 486/17 487/16
496/7 504/25 505/10 506/18 507/23
510/16 511/25 512/15 513/21 514/9
527/10 536/18 536/21 536/25 537/2
537/18 539/14 549/24 550/2 550/5 550/6
550/10 552/13 560/19 561/8 561/14
operator [15]  471/11 471/14 472/3
472/13 509/9 509/10 511/17 511/24
513/1 513/11 516/7 516/10 516/23 517/1
555/8
operators [7]  434/20 435/3 435/10 473/5
510/11 512/18 540/14
opine [1]  548/13
opined [1]  454/2
opinion [7]  459/7 459/15 484/2 496/4
502/16 559/5 559/5
opinions [4]  454/10 454/20 454/23
521/11
opportunity [6]  478/13 494/6 494/21

500/20 562/8 568/6
opposed [2]  497/12 552/12
opposite [1]  460/5
optimistic [1]  564/10
optimize [1]  472/8
or [107]  432/15 432/25 433/18 433/24
434/5 434/9 435/2 435/9 436/5 438/18
440/16 444/5 446/21 448/10 448/21
451/7 451/8 451/25 452/23 453/1 454/22
455/12 457/22 460/15 464/17 467/11
469/21 470/16 472/19 479/19 481/14
486/3 486/7 488/1 488/9 495/6 495/22
497/5 498/12 498/15 499/1 507/15
510/21 511/6 512/5 512/13 515/12
515/19 515/23 520/10 520/20 521/7
523/11 523/11 523/11 523/15 523/16
524/23 524/24 525/22 526/12 526/15
527/12 527/18 527/18 528/15 528/16
528/24 529/1 529/17 530/17 530/22
531/5 533/3 533/6 533/23 534/8 534/9
535/22 536/3 536/12 536/23 537/13
539/4 539/11 540/9 541/17 546/21
546/24 547/7 548/13 551/12 551/16
551/25 551/25 552/20 552/21 555/21
561/14 561/17 563/25 564/17 565/8
566/11 567/1 567/18 568/21
oral [1]  543/5
order [191]  494/3 494/4 529/24 544/11
557/24 558/4 558/5 558/9 559/6 559/20
560/8 563/17 567/7 567/10 567/18 568/9
569/2
organization [14]  436/21 440/1 468/4
468/12 520/3 521/5 526/19 536/23
537/10 537/11 548/5 548/6 552/7 552/14
organizational [3]  522/22 524/22 525/16
organizations [4]  437/12 447/14 525/21
549/21
organized [2]  537/18 537/19
original [1]  443/1
Orleans [10]  423/6 423/24 424/7 424/13
425/10 426/17 426/20 427/7 427/24
428/19
other [40]  436/25 445/16 464/1 466/16
473/5 473/13 475/10 477/16 487/23
488/5 489/22 492/24 498/25 499/2
503/23 520/7 525/4 528/2 528/4 530/8
530/13 530/21 533/3 537/14 540/7
548/17 548/17 556/14 556/14 556/20
556/20 556/21 557/14 561/14 563/16
565/20 567/1 567/16 568/14 568/15
others [16]  437/18 437/23 438/25 440/22
452/22 465/23 488/2 509/13 519/16
530/25 554/13 556/2 556/16 556/17
557/15 562/14
otherwise [1]  477/16
ought [1]  565/18
our [48]  438/5 441/9 444/7 451/21 454/9
469/14 476/15 482/20 485/2 485/24
486/19 492/4 511/23 518/10 518/10
521/5 528/3 531/4 531/5 531/24 532/17
532/18 533/15 533/17 533/18 533/18
533/24 534/11 534/24 536/23 539/14
541/11 544/2 544/3 544/3 547/9 554/11
558/8 559/16 559/17 564/6 566/18
566/22 568/1 568/4 569/3 569/5 569/16
ourselves [2]  531/9 553/13
out [48]  432/24 436/17 444/1 445/15
445/22 446/18 447/4 447/4 447/6 447/19
447/24 451/23 463/20 474/1 474/18
475/5 475/7 475/10 478/5 480/24 482/22
483/23 491/17 500/5 500/25 501/25
509/21 510/3 513/8 529/19 538/23 545/5
545/7 545/9 545/10 545/22 546/19

547/18 553/16 557/2 555/3 563/17
547/16 573/5 561/4 563/17 567/13
569/13
out-of-pocket [1]  491/17
out-of-service [2]  475/5 475/7
outside [8]  520/7 530/5 530/22 538/7
539/3 539/5 543/24 556/25
over [18]  434/6 434/10 434/21 441/24
445/10 445/11 460/9 469/20 483/16
484/8 486/11 487/12 490/12 497/12
519/22 536/9 540/3 566/22
overall [5]  511/14 513/16 534/14 537/16
550/4
overboard [1]  462/16
overdue [4]  474/20 481/15 483/7 483/14
overlap [1]  568/4
overly [2]  457/12 564/9
overnight [1]  562/9
overrule [6]  458/16 464/4 469/17 501/7
502/3 539/7
Overruled [5]  502/21 512/11 516/15
521/3 527/23
oversight [1]  560/13
overwhelming [1]  486/24
own [16]  431/13 463/24 509/15 509/15
513/16 530/4 532/17 532/18 533/19
534/12 537/1 537/8 546/5 560/19 560/19
568/9
owned [13]  465/24 468/1 468/10 468/22
496/17 499/4 499/6 509/11 509/11
533/18 534/16 540/10 561/17
owner [5]  512/24 513/11 516/7 516/10
555/10
owner/operator [1]  516/10
owners [1]  512/18

P
p.m [1]  555/22
P36 [1]  525/7
page [41]  429/2 431/22 435/7 443/13
443/14 444/1 446/10 463/16 463/17
466/14 467/19 469/2 469/13 470/9 486/7
486/11 499/17 499/20 524/19 526/15
526/16 538/2 538/13 538/23 539/4 539/5
540/18 540/20 554/18 554/20 555/20
558/2 558/9 559/20 559/21 559/21
560/11 560/12 561/1 561/12 561/12
page 21 [1]  469/13
page 8 [2]  559/20 560/12
page 9 [1]  538/2
paid [3]  500/16 509/23 520/12
Palmintier [1]  425/2
panel [10]  500/14 500/15 500/16 500/16
500/19 500/21 500/23 500/24 501/6
502/2
pants [1]  449/2
paragraph [8]  432/2 500/12 500/13
500/25 501/3 501/25 538/14 555/3
paranoia [1]  448/23
part [35]  443/6 443/11 443/19 444/5
480/1 491/1 494/22 497/14 498/22
499/21 507/15 507/23 507/24 508/5
511/25 512/5 515/5 515/7 524/6 524/18
534/2 534/14 534/14 534/25 535/16
543/9 545/24 546/3 547/8 548/20 549/10
557/25 558/8 559/20 566/25
partial [1]  513/18
partially [3]  511/9 513/13 513/15
participate [1]  435/24
participated [1]  487/16
particular [5]  437/2 444/18 455/6 547/1
569/10
parties [3]  488/5 565/25 567/17

P

partly [1] 511/9
partners [2] 509/22 510/2
partnerships [1] 509/13
parts [2] 499/3 533/9
parts.' [1] 480/4
party [1] 532/25 560/14 560/22 563/15 569/10
party's [1] 567/7
passed [1] 483/5
past [10] 434/7 434/10 434/14 434/21 505/21 519/12 520/8 529/3 529/6 548/24
Pat [1] 542/13
patience [1] 492/1
pattern [1] 540/25
PAUL [7] 424/6 440/22 475/15 478/17 480/8 480/23 569/2
pay [1] 519/25
pays [1] 491/11
PC [3] 424/9 428/7 428/11
peaceful [2] 445/21 446/17
Pennsylvania [1] 427/3
people [21] 487/20 495/14 495/22 509/23 510/25 521/7 521/7 525/4 525/14 536/10 543/25 548/16 548/18 552/14 557/20 558/23 560/18 560/19 561/8 562/17 567/25
per [1] 476/14
percent [8] 480/3 480/3 483/19 483/20 483/21 489/8 489/11 524/21
percentage [1] 480/2
percipient [1] 566/14
perfectly [1] 569/11
performance [16] 430/17 431/21 431/23 433/18 435/3 435/10 438/19 439/13 441/4 441/25 442/1 442/3 490/3 500/8 500/9 525/22
Performanzfest [1] 486/9
performed [7] 444/6 461/2 469/6 473/19 474/5 555/11 555/22
performing [1] 439/12
period [10] 441/24 461/11 469/21 475/5 475/7 487/19 489/9 495/17 501/16 523/13
permission [1] 450/13
person [7] 448/7 448/7 479/3 498/5 519/20 537/16 537/17
personal [3] 432/7 442/1 442/20
personnel [4] 463/18 481/2 487/14 554/2
perspective [1] 530/21
pertaining [1] 544/19
pertinent [1] 513/21
pervasive [1] 458/21
PETITION [1] 423/8
petroleum [3] 504/18 508/18 508/19
phase [1] 477/16
PHILLIP [1] 427/23
phone [1] 436/3
phonetic [1] 525/6
piece [3] 520/4 551/1 552/13
Pigman [1] 427/22
pilot [1] 529/17
Pinky [1] 438/13
place [9] 430/22 469/9 470/23 471/2 472/13 486/16 491/24 522/9 534/15
places [4] 508/15 517/1 517/2 548/17
plaintiff [1] 564/18
plaintiffs [14] 423/18 423/22 424/2 424/5 424/8 424/12 424/15 424/18 424/21 425/2 425/5 425/8 503/2 566/18
plaintiffs' [1] 566/24
plan [22] 451/22 466/2 467/16 468/16

468/22 478/5 510/24 515/15 516/12 516/12 554/8 562/25 563/25 564/24 565/5 565/20 566/1 567/8 567/25 569/14 569/14 569/15
planned [2] 443/1 474/21
planning [7] 510/9 510/12 510/18 511/9 511/12 517/2 562/22
play [1] 564/20
PLC [4] 426/20 426/23 427/4 504/7
plea [11] 511/23 512/6 512/7 554/11 554/15 554/22 556/21 557/19 557/25 559/7 559/16
please [20] 432/2 434/8 435/18 439/19 440/7 443/7 444/1 450/21 453/12 460/19 467/20 469/1 470/6 482/17 489/19 494/16 503/8 503/12 523/2 540/18
pled [3] 554/5 554/9 557/12
plenty [1] 513/10
plus [1] 479/20
pocket [1] 491/17
point [15] 431/19 433/7 446/22 489/25 493/25 506/14 508/1 512/4 512/8 541/25 548/21 549/2 549/15 562/15 565/16
pointing [1] 513/8
points [3] 432/25 433/10 502/18
policy [2] 456/23 467/25
poorly [1] 460/24
portion [2] 494/24 500/18
portions [1] 463/22
position [13] 469/14 481/7 485/10 498/2 498/4 498/7 505/7 505/20 539/19 539/21 542/9 542/15 542/17
positive [2] 439/9 448/9
possibility [1] 506/17
possible [5] 481/5 488/18 492/21 506/8 568/19
possibly [1] 523/18
Post [5] 423/20 425/19 425/25 426/13 427/17
potential [6] 432/10 437/1 465/19 466/8 468/4 468/18
potentially [2] 458/21 530/6
potentials [1] 432/9
PowerPoint [1] 458/11
Poydras [4] 424/6 426/19 427/6 428/19
practicable [1] 469/10
practice [3] 495/9 495/10 548/9
practices [1] 533/18
practicing [1] 451/22
precautions [1] 513/5
precedent [1] 493/21
predictability [2] 506/24 507/1
prepared [1] 436/16
presence [1] 539/5
present [1] 492/6
presentation [3] 458/11 494/3 494/4
presented [2] 491/21 500/17
president [13] 504/2 504/7 508/2 519/4 520/20 521/20 528/15 539/13 540/2 552/10 552/17 552/18 552/23
pressure [8] 461/20 554/12 555/11 555/17 555/22 555/25 556/2 556/11
Presumably [1] 543/10
presume [1] 548/18
prevent [7] 517/25 518/2 518/13 529/24 532/5 532/12 559/12
prevented [1] 529/15
preventer [1] 560/21
preventers [1] 560/14
preventions [3] 470/23 471/2 471/5
previous [1] 483/22
previously [1] 436/17

Pride [1] 441/17
primary [5] 516/1 633/6 545/17 545/21 558/25
prime [1] 461/15
principal [1] 498/21
printout [1] 479/22
prior [5] 461/3 501/23 539/2 545/12 555/11
priority [3] 483/15 483/22 485/25
privilege [1] 487/2
probability [2] 517/14 525/13
probably [12] 448/13 520/11 523/15 523/17 541/5 560/5 560/7 560/20 565/9 566/15 567/3 568/25
problem [2] 460/14 527/13
problems [2] 436/3 530/19
procedure [1] 558/25
procedures [8] 514/11 529/9 532/8 533/18 534/12 534/24 558/15 559/18
proceed [2] 430/10 564/2
proceedings [3] 428/24 569/23 570/6
process [103] 432/12 432/20 442/14 442/17 442/22 447/23 448/6 453/16 453/19 454/3 455/5 457/15 458/18 458/21 461/13 462/10 462/20 462/24 463/4 463/9 464/6 464/10 464/19 470/14 470/17 470/19 470/20 471/3 473/18 477/14 481/10 487/15 495/19 495/23 496/6 498/13 499/1 499/10 502/7 502/9 502/14 514/19 514/22 514/25 515/2 515/7 517/13 517/15 517/20 517/21 517/24 518/2 518/4 518/17 519/1 519/5 519/8 519/10 519/12 519/13 519/17 519/19 519/25 520/2 520/3 520/8 520/9 520/18 520/24 520/25 521/6 521/24 522/3 522/7 527/20 527/25 528/7 529/5 529/21 530/12 530/20 531/23 531/24 532/1 532/5 534/14 534/14 536/1 536/4 536/6 545/15 545/19 545/21 545/23 558/10 558/12 558/14 558/22 558/25 559/1 559/7 559/16 559/17
processes [7] 453/24 514/10 521/12 529/8 532/8 533/14 534/11
produce [1] 491/8
produced [1] 433/25
producing [1] 467/25
production [26] 423/10 426/19 426/19 426/22 426/22 427/3 427/3 489/10 489/18 490/17 490/20 490/21 490/24 491/2 491/2 491/5 491/11 491/12 491/15 491/19 503/22 505/8 519/22 527/6 549/22 553/5
Professor [2] 457/20 463/24
Professor Bea's [1] 463/24
program [5] 451/13 451/20 479/1 479/2 479/3
programs [1] 521/12
progress [8] 479/11 480/10 480/14 480/15 500/19 501/13 501/16 502/1
progressed [2] 432/6 432/19
prohibit [1] 500/14
prohibiting [1] 569/9
promise [1] 493/20
promoted [7] 552/6 552/7 552/9 552/20 552/21 553/1 553/2
promotion [1] 552/12
proper [1] 463/18
proponent [1] 496/19
proportion [1] 507/3
propose [4] 563/14 563/17 563/19 569/5
prospect [1] 474/8
protection [4] 471/12 472/20 472/25 473/6

**P**

protocols [1] 547/9
prove [1] 469/15
provenance [1] 523/10
provide [3] 489/21 525/21 558/14
provided [6] 477/4 478/1 478/9 502/6
555/23 558/21
providing [1] 510/6
prudent [2] 471/11 472/3
PSC [2] 563/14 567/19
PSC's [2] 492/14 492/17
public [1] 557/5
publications [1] 528/12
published [8] 487/3 487/7 523/22 524/24
526/8 526/11 528/22 529/1
pull [14] 430/19 431/16 440/7 444/1
445/1 445/15 461/7 479/17 482/22
487/24 500/5 500/11 555/3 558/2
pulled [3] 432/24 500/25 501/25
pulling [1] 524/17
pumps [2] 461/14 461/19
purely [3] 452/1 530/10 530/15
purpose [1] 469/8
purposes [1] 563/5
pursue [1] 454/18
push [2] 443/9 443/17
put [17] 433/3 433/20 446/5 458/1
471/12 480/2 483/2 489/22 492/25
501/17 527/2 528/25 541/1 541/7 541/8
548/8 566/8
PWD [1] 436/5

**Q**

qualification [1] 447/4
quality [1] 481/1
question [38] 433/22 434/8 435/8 439/19
442/2 442/4 442/10 443/7 457/21 458/24
462/11 462/25 464/7 465/12 466/15
467/7 470/9 479/18 484/18 485/20
489/19 495/18 507/21 510/21 511/4
512/10 515/24 516/2 516/22 526/22
532/23 534/4 534/9 540/23 546/4 563/4
563/10 563/23
questioning [3] 557/8 569/10 569/16
questions [31] 433/24 434/1 434/4
447/18 447/20 447/25 457/22 459/25
462/23 465/5 470/7 491/25 493/8 493/9
493/12 493/16 493/18 498/12 498/15
502/22 505/21 555/2 562/9 562/16
562/23 562/25 563/21 563/21 564/5
564/7 569/6
quibbling [2] 535/10 535/21
quick [1] 488/17
quicker [1] 455/3
quickly [2] 482/12 488/24
quite [4] 482/9 505/14 505/21 510/1
quote [6] 445/11 449/18 497/1 497/4
497/10 497/18
quoted [1] 430/21
quotes [1] 501/10
quoting [1] 497/1

**R**

RACHEL [2] 425/18 427/9
Rainey [3] 437/18 438/23 439/4
raised [2] 484/9 492/10
raises [1] 458/18
range [1] 489/7
ranking [1] 555/15
rat [2] 567/11 567/12
rate [1] 437/8
rather [6] 436/21 440/3 443/9 443/17

495/7 507/19
rather/re [3] 423/4 423/7 440/10
reach [1] 443/1
reached [3] 452/11 455/7 544/1
reaching [3] 447/24 474/25 481/18
reactive [1] 525/23
read [42] 438/21 476/20 488/14 495/14
512/13 512/20 516/19 516/20 519/5
519/7 519/9 519/11 519/13 519/15
519/15 520/17 521/4 521/7 521/8 521/15
521/23 522/1 524/24 527/18 527/25
528/2 528/3 528/3 528/4 528/5 528/10
533/5 533/6 533/6 539/16 551/19 555/1
555/6 555/18 556/5 556/10 568/11
reading [6] 463/16 483/2 519/9 526/3
528/12 539/11
ready [1] 430/10
real [2] 529/18 561/13
real-time [1] 561/13
reality [1] 542/6
really [7] 433/10 481/3 495/7 547/4
566/4 566/5 567/25
reason [4] 476/19 510/5 528/25 568/8
reasonable [4] 515/1 567/24 568/7
568/10
reasonably [1] 469/10
reasons [2] 490/1 494/9
rebut [1] 500/20
recall [26] 440/16 444/5 446/15 456/21
459/22 462/6 462/9 475/9 480/15 481/21
485/9 494/24 495/19 495/25 496/14
497/5 499/18 499/24 519/19 522/8 526/3
528/12 532/22 540/15 540/21 554/1
receive [2] 509/20 515/20
received [4] 487/9 509/24 509/24 510/2
recent [2] 438/15 548/24
recently [3] 518/20 525/7 554/5
recess [4] 482/14 482/16 562/19 562/20
recognitions [1] 438/13
recognize [3] 440/25 514/22 566/1
recognized [4] 438/14 439/14 509/4
534/2
recognizes [4] 532/18 533/17 533/19
534/25
recognizing [2] 468/11 470/21
recollection [1] 435/7
recommendation [1] 479/7
recommendations [8] 500/19 502/1
547/18 547/18 548/2 558/14 558/21
559/17
reconstructed [1] 450/17
record [9] 434/19 434/20 455/1 466/10
471/15 479/19 479/19 503/12 570/6
recorded [1] 428/24
recross [1] 494/12
red [1] 458/18
Redden [1] 428/2
redirect [6] 494/2 494/12 494/15 494/19
564/6 564/7
redrilled [1] 447/3
reduced [3] 431/1 437/8 489/5
reduction [2] 489/8 489/13
redundant [1] 471/8
refer [7] 439/12 445/4 445/8 448/22
481/15 501/6 528/7
reference [7] 455/25 465/22 475/17
481/14 500/13 500/15 526/16
referenced [3] 489/6 492/4 501/16
references [3] 454/12 522/17 538/6
referred [7] 442/8 442/21 455/17 457/25
492/24 500/15 545/14
referring [7] 446/16 450/6 450/10 455/20

469/19 529/21 556/14
refine [7] Page 01456 of 1573 466/2
474/7 483/7 523/20
refining [2] 549/23 553/7
reflected [1] 447/23
reflects [4] 436/24 448/3 466/12 477/13
refresh [1] 435/7
refused [1] 463/18
REGAN [1] 426/23
regard [1] 479/5
regarding [3] 489/21 496/12 560/13
regardless [1] 445/20
register [6] 455/7 456/15 466/11 468/2
506/14 506/15
registers [3] 468/2 506/9 509/7
regular [2] 445/20 480/8
regulations [2] 512/8 512/14
regulators [1] 544/3
regulatory [2] 539/15 539/23
reinforcement [1] 447/13
relate [2] 512/18 489/17
related [8] 447/10 451/24 546/15 546/22
547/7 547/22 548/11 548/15
relates [2] 458/14 477/21
relating [4] 456/24 475/2 481/15 501/18
relation [3] 528/19 544/17 556/11
relationship [3] 447/22 497/22 527/20
relationships [1] 465/23
relative [1] 466/10
release [3] 463/8 464/9 464/18
reliability [1] 436/20 437/11 440/1
reliable [6] 433/7 447/14 486/17 514/9
527/10 536/25
relies [1] 535/25
relieve [1] 512/2
remaining [1] 438/19
remarks [5] 449/8 450/4 450/9 450/15
495/1
remember [13] 430/23 433/1 433/4 434/1
439/20 445/6 445/13 446/24 450/23
450/24 522/5 523/15 523/18
renamed [1] 552/15
Rentals [1] 431/1
reopen [1] 493/15
reorganization [1] 451/2
reorganized [1] 548/4
repair [1] 491/17
repairs [1] 490/9
repeat [5] 434/8 439/19 443/7 452/25
489/19
repeatedly [4] 496/5 531/3 543/18
545/14
rephrase [3] 463/2 464/7 534/4
report [80] 444/25 445/3 445/4 445/15
446/5 448/19 453/18 454/2 454/3 454/5
454/12 454/14 454/21 455/4 455/10
455/16 455/23 456/2 456/5 456/19
457/18 457/21 457/23 457/25 459/6
459/7 460/23 461/22 462/19 463/11
463/12 463/13 463/15 463/22 469/12
469/24 474/15 478/9 481/14 483/23
483/24 484/10 486/20 487/3 487/24
489/4 489/12 489/21 490/3 494/5 494/22
500/21 500/23 501/10 502/6 503/25
520/17 521/5 521/7 521/8 521/15 521/17
522/1 537/24 537/25 538/3 538/22
538/23 539/2 546/23 546/25 547/5
547/17 548/4 551/19 552/3 552/5 552/11
553/10 553/12
reported [3] 457/2 504/10 504/12
Reporter [3] 428/18 570/3 570/11
reporting [1] 451/2
reports [1] 568/11

R

represent [2] 542/6 559/8
representative [4] 485/10 504/14 504/16 542/5
representatives [2] 435/24 555/16
represented [1] 448/2
represents [2] 559/11 560/8
reputation [1] 471/16
request [3] 566/7 566/7 566/11
requested [2] 461/10 492/13
requirements [6] 512/15 512/17 545/1 546/8 546/9 546/11
requires [1] 491/3
requiring [2] 474/21 481/16
reserved [1] 463/22
reservoir [4] 470/2 470/10 470/16 471/3
resolved [1] 475/14
resources [4] 425/16 487/19 487/20 529/13
respect [7] 451/10 451/19 485/18 496/16 502/18 502/18 528/15
respective [1] 484/21
respects [1] 543/13
respond [1] 477/21
responded [1] 433/24
response [3] 451/18 476/8 501/15
responsibilities [4] 444/9 448/21 500/3 539/12 539/18 541/21
responsibility [33] 510/22 510/24 511/2 511/6 511/14 511/18 511/19 511/19 511/21 511/24 511/25 512/2 512/5 513/9 513/17 513/20 517/6 517/8 517/9 517/12 519/21 535/16 536/18 537/17 540/4 540/6 541/17 541/18 549/19 549/20 551/3 555/8 555/9
responsible [26] 464/23 499/6 499/9 510/9 510/11 510/13 510/16 513/10 513/11 513/13 513/15 516/12 536/24 536/25 537/10 537/16 539/22 542/2 542/4 549/21 550/9 550/22 550/23 550/24 555/17 557/21
rest [3] 445/17 446/4 569/6
restate [1] 463/1
restructure [1] 450/12
result [7] 452/13 456/5 481/22 493/17 509/20 525/23 529/9
resulted [1] 515/16
results [4] 525/25 526/20 528/17 544/2
resume [1] 475/15
resumed [1] 477/1
retreat [1] 440/17
return [3] 477/5 477/23 478/2
revenue [2] 509/25 510/2
revenues [1] 509/24
Revette [1] 459/12
review [6] 432/18 434/24 481/19 484/13 554/23 558/13
reviewed [4] 475/1 478/16 479/15 558/21
reviewing [1] 551/5
reviews [1] 456/16
RICHARD [1] 427/16
rig [52] 423/4 431/8 440/18 441/20 441/21 443/24 444/4 451/23 462/8 463/18 468/1 471/19 472/22 473/1 473/24 474/5 474/6 475/8 475/10 478/5 478/14 478/25 480/8 480/17 480/24 481/6 481/11 481/19 499/4 533/8 533/10 533/14 534/16 535/2 535/6 535/7 535/9 535/18 535/22 536/1 536/4 536/6 541/20 544/19 545/5 546/20 553/17 554/2 555/9 555/16 559/11 561/4
rig-level [2] 553/17 554/2

right [61] 430/4 431/5 432/3 438/21 439/7 443/5 444/1 447/24 448/13 449/12 450/19 455/8 463/22 464/15 471/19 475/20 478/19 478/22 480/16 496/9 499/25 501/18 503/18 503/20 504/8 506/3 507/21 508/16 508/20 509/7 509/11 509/15 510/4 510/4 510/13 514/17 514/18 516/19 516/19 517/10 518/14 518/20 521/21 528/2 535/6 535/19 538/14 542/24 543/17 544/12 546/4 548/9 548/15 549/16 551/5 551/19 552/24 557/25 564/4 567/19 567/22
right-hand [1] 499/25
rights [3] 512/18 512/24 513/11
rigorous [1] 541/3
rigs [6] 468/22 532/25 540/10 540/13 560/1 561/17
ringing [1] 440/13
rise [2] 482/15 569/22
riser [2] 461/4 470/16
risk [99] 443/9 443/16 444/22 450/7 457/15 459/2 461/3 464/11 464/14 465/3 466/11 466/17 466/17 467/5 467/25 468/1 468/15 469/3 469/20 470/4 470/11 498/16 502/14 506/9 506/13 506/15 506/20 506/22 506/23 507/2 507/5 507/5 507/8 507/13 508/9 508/22 508/23 508/24 509/2 509/4 509/6 509/7 510/14 510/22 511/2 511/7 511/10 511/10 511/15 511/22 513/16 513/17 513/20 513/20 513/22 513/24 514/6 514/8 515/3 515/10 515/13 515/14 515/15 515/16 516/4 516/6 516/11 516/12 516/12 516/16 516/20 516/22 517/6 520/5 525/22 526/20 526/25 527/8 527/20 529/5 532/7 532/8 536/6 536/11 536/15 537/2 537/12 542/11 548/6 548/12 549/5 549/13 550/18 551/2 552/10 552/16 558/15 558/22 559/18
risks [15] 444/19 453/16 453/19 455/5 460/24 465/14 466/9 468/5 469/9 470/18 499/11 507/25 508/4 517/16 517/16
risky [1] 471/11
ROBERT [3] 424/3 427/3 430/6
ROBERTS [2] 427/9 428/4
robot [2] 457/5 459/4
role [1] 505/11
roles [1] 444/9
Ronnie [3] 479/14 479/17 479/18
Room [1] 428/19
root [11] 524/21 530/11 542/24 544/11 544/25 545/2 545/14 545/24 546/6 546/13 547/2
Rouge [2] 425/4 426/13
Roughly [2] 515/4 558/7
roughneck [1] 475/17
routinely [1] 479/9
routines [1] 483/14
Roy [2] 423/18 423/19
ruled [3] 454/19 539/3 556/25
ruling [1] 459/24
run [2] 449/15 533/11
running [1] 552/8
Rusnak [1] 425/5

S

sacrifice [1] 485/7
safe [9] 433/7 471/16 478/14 486/16 514/8 527/10 536/24 550/2 550/9
safely [12] 457/8 472/22 473/1 476/16 476/20 476/23 477/2 477/23 510/13 510/22 511/6 555/12
safety [220]

safety-conscious [1] 472/13
safety-minded [3] 433/15 440/4 480/21
safety-mindedness [5] 437/15 443/6 443/11 443/18 476/11
safety-related [1] 447/10
safety-reliable [1] 447/14
said [28] 449/25 453/5 454/11 467/10 477/4 494/1 494/9 495/11 497/20 501/14 501/19 513/13 517/11 522/7 524/8 526/10 527/24 531/11 533/17 544/5 544/15 544/17 545/4 550/23 555/6 556/19 559/14 559/14
sail [1] 473/1
sake [1] 568/9
same [23] 432/2 451/7 455/5 455/13 458/12 458/14 458/15 459/14 462/18 466/3 473/5 489/9 489/18 497/13 499/14 502/20 508/4 508/7 514/5 524/3 530/9 531/11 538/15
San [2] 424/17 425/14
Sanders [1] 440/22
sat [1] 436/3
satisfactory [1] 477/5
satisfied [2] 476/15 481/12
Saturdays [1] 565/19
save [1] 431/9
saw [2] 448/10 480/4
say [48] 436/4 439/7 448/18 449/1 449/7 454/25 460/1 460/5 460/23 461/2 464/12 466/22 472/20 474/20 477/25 481/4 485/22 486/15 486/18 489/9 500/7 505/23 507/1 507/14 507/25 510/20 511/23 512/8 515/8 518/8 519/11 520/25 521/13 522/1 528/10 534/23 537/5 541/19 541/21 542/3 548/3 553/6 553/7 556/18 557/13 564/10 565/7 568/24
saying [20] 437/6 447/24 450/3 463/25 495/10 497/5 507/10 510/1 531/3 534/21 534/21 535/7 535/7 535/11 535/15 535/25 544/23 544/24 556/18 557/17
says [42] 430/22 431/1 432/3 432/5 432/25 433/11 436/2 436/15 439/14 441/3 442/2 444/12 445/19 446/1 446/17 447/1 447/17 451/9 451/18 455/4 455/20 463/15 467/24 468/18 476/4 476/14 478/13 483/13 484/18 495/13 497/13 500/18 501/25 508/2 516/17 516/19 523/4 528/14 537/24 540/1 554/3 556/16
scale [1] 546/24
scaling [1] 546/17
scenarios [3] 468/2 469/25 470/10
schedule [4] 438/4 439/5 456/25 457/16
scheduled [2] 475/5 475/7
SCOFIELD [1] 428/15
scope [13] 454/2 457/18 459/5 461/22 462/19 463/10 463/23 469/11 488/24 538/7 539/3 546/24 556/25
scoping [1] 546/16
SCOTT [1] 425/17
screen [7] 433/3 454/7 455/9 455/15 455/17 458/10 497/24
Sea [1] 505/3
seat [1] 449/2
seated [2] 430/3 482/17
seats [1] 503/8
second [11] 432/8 433/10 434/3 438/10 453/4 459/24 465/1 468/8 488/12 497/18 526/15
Secrest [1] 428/2
secret [2] 535/4 567/17
section [6] 423/5 425/16 426/3 538/2 538/19 539/2

Case 2:10-md-02179-CJB-DPW Document 5272-11 Filed 04/24/12 Page 168 of 173

S

sections [1] 538/8
secure [1] 555/24
security [2] 468/5 468/12
see [106] 431/21 431/23 432/18 433/7
433/14 435/7 435/8 435/21 436/9 436/12
436/18 437/9 438/7 440/9 440/20 440/22
441/5 441/10 441/12 441/17 441/19
441/21 444/7 444/10 444/13 447/16
448/9 448/24 449/5 449/9 452/2 452/12
453/23 460/3 460/23 460/25 461/5
461/15 461/19 465/7 465/17 466/15
467/17 468/6 468/16 468/20 468/24
469/2 469/5 469/22 469/24 471/1 474/6
474/8 474/23 475/13 475/18 475/22
475/24 476/1 476/6 476/8 476/17 477/3
477/13 477/23 478/8 478/12 479/18
480/5 481/8 481/11 482/5 482/24 483/9
483/13 483/17 483/17 483/19 484/18
485/4 485/20 485/25 486/4 486/9 486/11
486/12 490/2 490/10 490/20 491/10
507/8 518/4 518/14 522/23 523/4 524/14
528/14 539/6 544/13 544/22 562/14
562/21 569/6 569/13 569/20
SEEAC [1] 548/19
seeking [1] 447/19
seem [2] 457/3 460/14
seemed [2] 457/24 480/25
seems [4] 462/22 463/25 514/25 569/12
seen [9] 454/15 490/5 497/8 522/19
523/1 524/25 528/19 554/15 554/17
segment [2] 537/19 553/7
select [2] 471/18 533/12
selected [1] 510/7
semisubmersible [2] 474/6 525/7
send [1] 431/14
sending [2] 440/10 475/25
sends [1] 439/9
senior [2] 441/15 543/24
sense [2] 563/11 565/5
sent [1] 452/8
sentence [8] 430/21 450/14 483/13
495/8 500/6 539/4 551/24 552/2
sentences [1] 500/21
separate [1] 493/1
separator [1] 462/17
September [10] 473/21 473/23 475/2
475/25 478/25 479/5 479/10 479/21
486/9 487/7
September '09 rig [1] 478/25
September 17 [1] 475/25
September 2009 [3] 475/2 479/5 479/10
Sepulvado [1] 479/14
Sepulvado's [1] 479/17
Sepulvados [1] 438/24
sequence [1] 450/13
sequencing [1] 450/18
series [3] 452/20 495/21 496/11
serious [1] 438/2
seriously [5] 449/7 450/4 450/9 450/15
495/1
seriousness [1] 450/6
service [4] 434/24 475/5 475/7 475/10
services [3] 428/7 428/12 509/24
SESSION [2] 423/14 430/1
sessions [1] 440/17
set [4] 507/19 507/20 549/25 551/10
setting [1] 491/4
setup [1] 548/5
several [5] 436/15 481/1 481/6 536/9
537/9
shaker [3] 462/4 462/7 462/13

shall [2] 561/13 561/16
shallow [3] 507/5 507/25 508/3
508/5 508/8
share [4] 438/16 530/24 544/2 544/7
shared [8] 489/1 511/1 511/18 511/19
512/5 513/8 517/9 517/11
shareholders [1] 485/3
sharing [1] 530/25
SHARON [1] 425/24
Shaw [5] 424/12 484/14 484/17 485/6
486/4
Shaw's [1] 485/16
sheen [2] 461/10 461/14
shelf [3] 504/24 504/25 505/1
shore [1] 561/5
short [9] 443/3 482/11 493/20 525/24
528/17 563/6 563/9 563/20 564/4
short-term [2] 525/24 528/17
shortened [1] 565/13
should [19] 437/7 450/14 455/3 457/11
457/14 459/1 471/12 472/1 526/21
526/25 527/8 533/5 534/18 535/4 547/11
547/21 548/10 548/13 557/4
shouldn't [3] 450/14 461/19 548/13
show [6] 437/21 440/6 467/19 484/17
486/7 522/15
showed [2] 454/14 456/8
shown [9] 430/25 431/20 432/22 433/6
442/19 496/11 496/24 499/17 526/18
shows [7] 446/7 476/11 481/10 483/20
490/8 497/2 522/15
Shushan [2] 567/12 567/13
shut [3] 534/6 534/15 535/4 536/10
SHUTLER [1] 425/24
side [5] 458/7 458/7 499/25 562/22
566/22
signed [1] 481/6
significant [5] 456/19 465/19 466/8
489/10 525/14
significantly [1] 491/19
similar [5] 441/16 479/22 507/15 525/3
543/13
simply [1] 442/10
Sims [39] 435/21 435/23 436/12 437/6
437/18 438/23 445/5 445/8 445/9 445/9
445/18 446/1 446/15 446/21 446/23
447/5 447/16 447/23 448/10 448/10
448/19 448/20 449/7 449/13 449/15
449/20 450/4 450/8 450/14 450/23 451/3
451/8 451/15 452/5 452/8 494/25 495/4
495/6 495/7
Sims' [1] 437/15
simultaneous [1] 461/3
since [8] 482/7 482/8 519/17 524/24
531/2 531/6 531/10 541/17
SINCLAIR [1] 426/9
single [1] 491/14
sir [70] 431/15 431/24 433/2 434/2
435/22 436/1 436/10 436/19 437/10
438/8 438/22 439/23 440/12 440/24
441/2 441/6 441/11 441/18 444/11
444/14 445/7 448/19 449/8 450/25
452/17 453/8 453/12 453/20 456/7
456/18 456/19 458/14 459/19 461/12
465/21 466/15 467/6 467/22 468/17
468/21 468/25 469/1 470/13 473/25
474/9 474/24 475/4 476/18 478/7 479/16
480/6 480/22 483/18 485/5 485/21
486/10 486/24 487/25 490/11 490/25
491/6 495/3 495/20 497/25 499/19 500/1
500/4 536/22 563/8
Sirius [1] 447/4
site [16] 441/14 444/19 461/10 555/14

555/16 555/24 556/4 556/9 556/22
561/7 561/14 556/10 560/7 560/7 561/7
561/22
sitting [1] 431/4
situation [2] 447/6 507/14
situational [1] 463/18
situations [1] 525/15
six [1] 493/18
size [1] 488/23
sizeable [1] 507/3
skip [1] 538/10
sky [1] 460/10
slew [1] 566/21
Slidell [1] 424/23
slightly [1] 433/22
slogan [2] 484/15 484/19
SMS [1] 535/8
sneaking [1] 433/23
so [122] 430/14 432/16 433/17 433/22
433/23 437/22 442/16 443/8 443/15
446/11 447/19 448/9 449/15 450/12
452/8 454/17 457/5 458/15 459/4 459/8
459/24 460/11 460/15 460/15 464/4
466/16 467/16 469/9 469/19 470/22
472/21 475/20 477/8 477/11 479/10
479/24 483/7 488/1 488/20 489/16
492/19 494/5 497/9 498/25 501/16
505/23 507/21 508/7 509/9 509/24 510/1
511/3 516/11 518/13 519/7 520/11
521/10 522/1 522/20 523/19 524/5 526/3
526/11 527/10 528/4 528/10 529/14
529/24 530/7 532/20 532/24 533/11
533/21 534/6 534/15 535/4 536/10
536/25 537/5 537/20 539/6 539/7 540/1
540/4 540/6 544/2 544/7 544/20 545/19
546/13 546/17 546/21 546/25 548/7
548/12 549/21 550/25 551/11 551/14
552/4 553/1 554/5 556/18 557/6 557/17
559/1 559/18 560/22 561/9 562/1 563/17
564/2 564/14 565/12 566/9 567/17
567/22 568/11 568/12 568/18 568/25
569/3
software [1] 428/25
sole [1] 512/4
some [44] 433/24 433/25 434/1 435/15
438/11 440/25 443/3 443/18 444/15
444/24 445/3 445/5 445/16 445/19 453/9
454/15 454/15 459/25 462/9 465/3
465/23 467/10 480/3 486/19 488/5
493/19 496/11 505/18 505/18 517/1
517/2 519/11 525/1 525/9 528/2 537/11
543/13 544/19 554/4 563/11 565/15
566/17 568/4 568/10
somebody [4] 460/8 499/9 518/20 566/3
someone [4] 485/7 494/6 533/8 557/7
something [16] 442/13 451/24 455/18
456/12 459/25 466/18 467/11 475/22
489/6 497/9 518/20 531/13 545/1 545/8
558/4 568/7
sometime [1] 522/18 523/21
sometimes [4] 513/21 513/22 514/15
517/3
somewhat [1] 563/17
somewhere [2] 460/10 556/17
soon [1] 488/18
sorry [6] 449/17 460/23 474/14 483/7
515/24 524/10
sort [3] 435/2 435/9 547/4
sound [1] 455/12
sounds [2] 436/6 455/11
sources [1] 489/14
speak [2] 508/11 508/13
speaking [1] 480/8

**S**

specialist [1] 545/2
specific [3] 501/17 541/20 556/21
specifically [3] 508/24 517/13 527/15
specifics [2] 489/12 489/14
spelling [1] 503/12
spend [2] 431/13 485/2
spent [2] 473/24 490/9
spill [5] 423/4 465/19 506/17 506/24 507/2
spirited [1] 445/19
SPIRO [1] 426/4
sponsored [1] 440/17
sponsoring [1] 441/23
spreadsheet [1] 567/7
spreadsheets [2] 479/6 479/9
SPU [10] 432/23 433/18 465/8 466/10 467/21 467/24 468/23 485/18 489/5 490/9
spudded [1] 506/20
staff [4] 438/12 438/14 505/7 505/13
stand [5] 482/7 501/21 501/24 503/5 568/13
standard [2] 547/8 555/12
standards [7] 534/12 534/24 537/4 537/8 539/15 539/23 549/25
standing [1] 438/11
standpoint [2] 522/3 529/21
start [7] 459/25 476/16 476/23 493/21 494/11 531/6 551/13
started [4] 510/14 511/8 541/23 565/15
starts [1] 547/5
state [6] 426/7 426/11 426/15 475/1 502/6 503/11
stated [2] 496/24 543/18
statement [17] 432/24 450/8 474/15 483/22 485/24 494/25 497/1 500/6 501/17 528/16 528/22 543/6 543/8 543/12 543/19 544/5 544/15
statements [2] 445/15 544/14
STATES [13] 423/1 423/10 423/15 425/11 425/15 425/21 426/2 504/14 562/24 566/13 567/19 568/24 570/3
Station [1] 426/5
status [2] 471/7 479/6
stay [1] 467/9
stenography [1] 428/24
step [1] 529/10
STEPHEN [1] 423/23
steps [1] 471/14
Sterbcow [3] 424/5 424/6 569/2
STERNBERG [1] 428/12
STEVEN [2] 425/17 427/9
still [3] 517/8 552/15 561/25
Stone [1] 427/22
stop [4] 440/2 443/8 443/16 491/24
stopped [1] 443/3
stories [2] 525/3 525/12
story [1] 445/17
stowed [1] 481/7
strange [2] 426/8 436/5
strategic [1] 500/8
strategies [3] 432/23 433/14 433/19
street [20] 423/20 424/3 424/6 424/10 424/13 424/22 425/3 425/9 426/12 426/16 426/19 427/6 427/10 427/17 427/23 428/5 428/9 428/16 428/19 478/15
strengthened [1] 552/14
stretch [1] 503/5
strict [1] 566/8
strictly [1] 529/21

strike [3] 450/14 457/21 463/22
strong [1] 444/6
studied [1] 527/18
study [8] 455/6 456/12 458/13 458/14 469/8 470/22 502/16 529/14
subcontractors [1] 512/19
subject [11] 484/8 512/15 519/1 519/5 520/13 524/1 524/12 527/19 528/11 550/13 568/3
submit [1] 567/13
submitted [2] 551/18 566/2
subpart [2] 512/16 512/17
subsea [4] 487/16 507/19 508/22 561/18
substance [1] 458/15
substantial [6] 431/9 489/6 491/4 491/10 547/17 547/19
substantially [2] 491/11 565/13
substantive [1] 501/18
succeed [1] 449/3
succeeded [1] 472/24
success [2] 436/22 556/2
such [10] 513/24 525/5 525/25 528/18 532/25 536/11 544/25 545/25 547/23 561/16
suggestion [1] 566/12
suggests [1] 564/3
Suite [14] 423/20 424/6 424/10 424/16 424/19 426/19 427/6 427/10 427/17 427/20 428/5 428/9 428/12 428/16
SULLIVAN [1] 425/23
Sundays [1] 565/20
superhuman [1] 525/22
supervised [2] 479/3 555/24
supervising [1] 555/17
supervisors [1] 561/22
support [3] 450/16 503/23 549/25
supported [2] 463/12 550/11
supports [1] 550/8
supposed [3] 536/20 546/18 546/19
supposedly [2] 460/7 567/15
sure [21] 452/10 453/14 457/11 458/23 471/22 475/9 480/10 506/13 507/10 510/1 512/2 519/3 521/7 531/7 536/19 537/5 544/22 544/23 547/1 552/17 569/16
surface [1] 560/7
suspect [2] 566/14 566/16
sustain [3] 454/24 459/9 462/1
sustainability [2] 537/24 538/23
Sutherland [1] 427/8
switch [1] 435/14
sworn [2] 430/7 503/10
symptomatic [2] 525/25 528/18
system [62] 450/7 453/16 453/19 454/3 455/5 470/20 471/7 472/7 472/10 481/24 481/24 498/13 498/19 498/19 498/22 498/24 499/3 499/10 502/12 513/25 514/4 514/7 515/5 515/8 518/1 518/6 518/8 518/9 518/10 518/11 518/13 518/15 529/7 531/20 531/22 531/24 532/4 532/7 532/11 532/17 533/11 533/17 534/1 534/9 534/11 534/13 534/16 534/23 535/1 535/8 535/9 535/17 536/1 536/4 540/12 541/9 541/11 541/15 545/6 546/1 560/18 561/19
systemic [2] 545/24 546/5
systems [23] 456/1 456/16 463/4 464/22 473/4 511/11 520/2 520/10 520/10 524/20 525/4 525/16 532/18 532/19 533/11 533/13 533/19 541/2 541/6 544/20 559/23 559/24 560/2

**T**

table [2] 489/23 562/22

tables [2] 433/25 491/20
tackle [2] 474/8 475/15
450/15 482/11 482/13 495/1 503/8 513/5 522/9 529/10 539/4 543/20 544/10 561/4 562/17 563/16 565/4 566/5 569/12
taken [1] 561/20
takeout [1] 526/18
takes [3] 432/12 486/16 568/13
taking [5] 525/22 526/20 526/25 527/8 566/17
talk [13] 443/23 448/14 454/5 477/18 478/8 484/8 490/1 492/8 506/1 508/1 531/15 542/24 563/1
talked [8] 436/2 442/6 442/10 473/4 474/4 484/12 491/14 546/12
talking [12] 511/3 518/9 531/16 534/5 538/12 541/6 541/8 544/24 545/1 557/6 564/14 567/18
TANNER [1] 428/15
targets [1] 486/1
task [2] 447/10 488/20
team [28] 435/15 436/25 438/12 438/19 439/2 439/4 439/13 440/21 442/25 445/22 446/18 449/1 449/1 455/6 478/17 480/7 480/20 484/22 488/1 488/20 510/20 513/23 517/4 540/7 543/25 549/8 553/20 567/24
Teamwork [1] 478/21
technically [1] 492/25
technological [1] 525/15
technology [1] 472/4
tell [11] 446/9 450/3 508/2 512/13 519/4 519/7 522/6 526/12 533/6 536/17 567/8
tells [1] 529/18
temperature [2] 460/2 460/9
temporarily [1] 555/11
term [5] 514/19 525/24 528/17 531/18 560/17
terms [21] 442/17 442/19 442/19 447/22 454/10 461/19 477/20 481/24 484/2 487/10 488/7 496/7 506/9 521/11 538/6 546/2 556/16 557/15 557/18 566/23 567/23
terrible [1] 489/20
test [10] 454/22 461/15 483/4 494/6 555/11 555/17 555/22 555/25 556/2 556/12
testified [16] 430/7 438/3 485/6 486/4 488/16 503/10 505/17 514/13 520/14 522/25 525/12 542/25 543/6 543/12 547/2 565/24
testify [2] 540/20 541/10
testifying [4] 466/16 505/15 540/15 568/15
testimony [28] 443/13 446/10 464/1 465/4 467/2 467/2 475/1 479/13 484/17 485/16 486/19 488/14 492/15 493/16 501/15 501/21 507/11 517/5 521/14 527/21 533/21 541/4 543/5 543/9 544/18 545/4 545/13 562/21
testing [2] 471/6 487/16
tests [2] 461/10 554/12
Texas [9] 424/17 425/7 427/10 427/21 428/5 428/10 428/13 428/17 500/17
textbook [1] 527/25
textbooks [1] 519/15
than [24] 436/21 438/16 440/3 443/9 443/17 455/15 470/20 474/21 489/22 490/13 491/12 494/17 507/5 507/19 507/23 508/5 540/7 543/25 548/3 556/22 564/12 565/8 566/15 568/15
Thank [22] 430/5 430/12 430/16 431/17 437/3 438/18 443/23 448/3 451/15

Thank... [13] 451/17 452/16 453/8 456/4
460/13 465/6 480/16 485/10 485/11
489/25 491/25 492/2 503/1
Thanks [1] 447/1
that [817]
that's [108] 430/15 431/11 431/14
431/22 433/15 434/25 435/8 437/13
438/5 440/4 442/4 442/21 442/23 443/2
443/4 443/12 446/16 447/13 447/23
448/2 449/11 449/12 450/10 450/20
451/12 459/15 459/15 459/22 463/21
465/7 466/20 467/2 467/6 468/10 470/3
470/14 470/24 474/10 475/9 476/8
476/24 479/4 480/19 480/20 482/13
484/7 486/18 488/11 489/24 489/25
491/25 492/7 495/12 495/24 497/19
497/21 498/8 503/18 503/20 505/4 509/7
509/13 509/17 509/19 510/4 511/1 512/5
512/23 514/18 516/9 517/9 517/11
519/24 521/16 521/22 524/17 526/14
526/22 528/22 530/17 531/3 531/10
533/16 533/16 542/23 543/10 543/17
545/10 545/10 545/22 550/19 551/5
551/12 552/12 554/18 556/12 557/20
557/23 558/2 558/7 558/7 559/4 559/5
559/5 559/5 559/10 566/20 567/9
their [30] 439/15 446/11 454/21 457/2
457/8 457/9 457/11 460/3 471/22 494/22
495/23 498/22 503/8 509/24 512/18
517/10 518/11 520/2 524/21 532/19
533/11 533/11 533/13 533/19 535/2
537/1 537/11 538/22 538/22 540/13
theirs [1] 533/12
them [19] 452/5 458/6 458/6 460/10
471/21 480/4 495/1 501/17 508/2 508/4
510/7 513/10 520/1 520/9 525/11 559/15
560/25 566/19 567/3
theme [1] 525/14
themselves [3] 523/8 550/9 560/1
then [57] 431/19 436/4 441/9 441/12
441/13 441/16 441/19 444/15 446/1
446/15 446/21 447/16 448/21 449/1
449/7 450/9 452/4 455/22 456/6 465/12
466/22 467/2 467/23 468/8 468/15
475/13 475/21 476/3 477/18 480/3 481/4
483/11 483/16 483/19 486/11 486/15
490/12 490/17 491/7 495/21 507/10
508/1 513/3 513/20 517/23 522/13
523/20 528/2 528/10 534/18 535/14
535/25 537/1 546/11 564/21 566/20
567/22
there [79] 432/3 432/24 433/3 433/10
434/23 436/15 437/5 437/25 440/11
441/12 443/10 443/18 444/9 451/1 451/1
454/11 458/3 458/4 460/7 460/21 461/2
462/6 465/22 465/24 466/10 467/10
468/9 471/1 475/13 475/17 477/15
478/25 479/2 482/9 483/13 484/23 486/7
486/11 486/12 487/9 489/9 489/16 494/1
494/13 496/1 497/22 498/18 499/22
506/22 506/23 506/24 507/2 509/21
514/3 516/19 523/13 529/17
537/4 537/9 537/16 537/20 537/21 538/8
545/8 546/4 551/24 552/2 553/11 554/4
556/17 556/20 557/23 557/24 558/23
559/14 562/14 566/1 566/21
there's [11] 431/12 475/17 507/1 522/21
526/10 526/10 537/20 553/6 553/10
558/4 566/21
thereabouts [1] 446/21
Therein [1] 490/24

thermostats [1] 460/9
these [38] 431/4 432/18 447/4 447/4 447/25
448/5 448/14 452/13 460/8 462/22
465/23 468/2 472/21 473/6 473/17
478/16 492/22 501/10 502/18 512/14
524/21 525/12 525/20 544/21 556/1
561/3 565/10 566/4 567/16 567/25
568/10
they [86] 431/5 431/8 432/24 436/3
436/4 436/4 436/5 436/6 440/2 440/18
442/17 443/3 444/5 445/19 446/7 446/8
447/9 448/14 448/15 448/17 449/3 451/5
452/10 457/3 457/3 458/9 459/4 466/23
467/6 467/8 471/12 472/1 473/19 475/21
476/3 477/25 480/2 480/25 485/18
492/25 495/13 496/5 496/5 499/13
500/17 500/25 501/25 508/7 509/3
509/24 511/22 517/8 517/8 517/18
517/18 519/2 519/3 530/4 530/22 533/10
533/11 535/16 536/15 536/25 537/1
537/10 540/4 551/4 551/5 553/24 553/25
554/2 554/2 556/11 559/12 561/7 562/14
563/21 564/5 566/5 567/1 567/3 567/8
567/17 567/25 568/16
thing [12] 431/22 432/17 447/11 453/4
455/1 460/4 461/13 478/21 492/5 531/12
556/10 566/9
things [24] 431/3 431/8 431/8 435/16
445/4 445/16 448/6 453/9 453/18 454/15
460/8 462/22 478/16 491/8 534/12
537/13 537/15 537/22 548/9 553/20
553/23 554/25 558/10 569/2
think [111] 437/6 437/20 440/2 447/3
448/13 451/10 451/19 451/23 454/17
457/22 459/8 459/24 463/12 475/9
476/19 477/18 480/19 483/4 483/24
485/9 486/11 489/6 490/17 492/4 494/1
496/13 497/1 497/23 501/14 502/23
503/7 504/11 509/5 510/24 511/1 512/4
514/7 514/18 516/9 517/3 517/20 517/20
518/1 518/24 520/23 521/23 522/10
524/18 527/9 527/14 529/7 530/1 530/18
530/24 530/25 531/6 531/14 535/10
535/11 535/15 536/7 536/14 536/15
539/7 541/18 543/7 544/17 544/17 545/3
545/17 547/1 547/10 547/13 547/19
547/24 548/7 550/20 550/25 551/23
552/4 552/7 552/16 552/19 553/14
553/15 553/16 554/3 555/1 556/10
556/11 557/9 557/10 558/23 559/5
559/10 559/11 559/13 559/25 560/20
561/6 562/6 562/8 562/10 564/12 566/3
566/19 566/23 567/2 567/4 567/12
567/13
thinking [1] 445/8
third [6] 426/12 500/12 532/25 538/14
560/14 560/22
third-party [3] 532/25 560/14 560/22
this [242]
Thornhill [2] 424/21 424/22
thorough [1] 562/10
thoroughly [1] 517/22
those [42] 433/14 434/1 440/25 440/25
460/24 470/17 470/19 471/5 472/24
479/9 485/17 486/18 489/15 490/1
490/13 491/16 503/22 514/14 517/16
517/17 518/12 523/16 525/9 526/7 528/6
528/9 529/9 536/11 537/22 540/13 542/6
547/19 548/1 548/8 550/11 551/13 552/2
553/21 553/23 557/18 563/21 568/11
though [5] 433/6 528/22 530/20 565/18
565/22

thought [10] 443/8 443/16 445/9 445/22
448/18 458/16 483/3 514/1 535/19
553/21
thoughts [2] 447/17 447/25
threat [1] 464/17
three [10] 440/17 458/20 493/15 493/20
500/21 502/18 503/22 527/17 565/17
567/22
three-day [1] 440/17
three-month [1] 565/17
through [15] 435/1 437/7 452/6 466/14
478/1 495/21 513/25 515/7 541/22
544/14 548/6 550/2 554/22 554/25 562/7
throughout [4] 477/4 544/8 545/4 556/7
Thunder [4] 490/9 490/20 490/21 491/3
tied [1] 539/2
time [55] 433/6 436/8 438/17 445/21
446/16 446/17 448/14 451/22 459/12
461/1 461/15 464/13 469/21 481/7
482/4 487/19 488/4 489/9 493/10 501/16
504/10 504/15 504/22 505/2 505/8
513/22 518/22 519/8 522/12 523/8
523/13 523/21 531/11 534/23 541/25
543/6 543/7 543/12 544/10 544/15
545/13 548/21 549/2 549/15 549/18
552/23 555/25 561/13 562/8 562/19
565/17 566/8 566/17 566/24 567/24
timely [1] 474/19
times [7] 436/15 454/19 454/20 505/17
505/21 513/6 542/25
timing [1] 478/16
tired [3] 457/5 459/4 472/11
title [3] 444/1 469/2 486/7
titled [1] 470/4
titles [1] 441/16
TO's [1] 480/8
today [18] 442/7 442/10 460/2 484/6
484/9 486/20 490/6 492/1 492/10 498/23
521/10 528/11 533/21 562/21 565/21
565/24 569/6 569/9
together [5] 448/14 452/6 481/11 487/24
528/25
told [4] 448/20 452/5 565/16 565/18
Tolles [1] 427/12
TOM [1] 424/22
tomorrow [9] 562/23 563/7 563/12 564/9
564/19 565/6 567/9 568/15 568/17
Toni [5] 428/18 428/20 570/2 570/10
570/10
tonight [1] 563/1
Tony [5] 504/11 549/1 550/15 551/6
551/14
too [6] 440/2 443/9 443/17 447/25 568/9
569/18
took [4] 449/23 482/8 539/21 540/3
toolpusher [2] 441/15 441/15
tools [1] 436/5
top [13] 452/5 465/14 470/19 486/12
495/5 496/25 497/11 499/21 522/21
522/22 524/1 550/5 555/20
topic [11] 430/13 430/14 433/22 435/14
439/24 439/25 440/6 452/17 452/18
465/2 482/21
topics [1] 473/8
Torrey [2] 525/5 528/20
Torts [2] 425/12 425/22
total [4] 434/17 442/24 443/5 564/15
totally [1] 452/5
totals [2] 489/22 490/12
town [1] 441/12
traced [1] 452/20
track [3] 471/15 479/19 492/11
tracking [1] 479/6

## T

tragic [2] 516/5 518/7
trained [1] 471/21
training [1] 541/23
transcript [2] 423/14 570/5
transcription [1] 428/25
transition [2] 481/23 481/24
translate [2] 467/4 502/12
transmitting [1] 479/9
Transocean [79] 427/5 427/6 427/7
427/8 427/9 427/10 427/12 427/12
427/13 427/16 427/16 427/17 427/19
427/20 427/21 441/1 441/23 442/25
452/21 453/9 453/15 453/19 453/23
455/4 455/7 455/25 456/11 456/20 457/2
457/14 459/1 459/11 460/24 461/2
462/15 463/17 464/23 469/6 469/7
469/15 470/11 474/10 475/7 475/25
476/4 476/12 476/14 476/15 476/21
476/22 477/1 477/8 477/20 477/21 478/4
478/10 479/5 479/9 480/10 480/24
481/11 481/23 493/14 493/17 498/21
499/1 499/5 509/15 510/5 534/1 534/16
535/17 535/17 553/10 553/14 556/15
563/1 563/13 567/20
Transocean's [19] 441/15 452/23 453/1
454/3 454/11 454/16 470/22 477/9
479/20 480/13 481/19 498/18 518/11
532/25 535/2 535/25 536/3 555/9 566/25
transportation [1] 529/20
Treat [1] 431/13
treatment [2] 436/11 437/5 438/6 441/9
444/7
Treatment 5721.1 [1] 438/6
tremendous [1] 529/13
TREX [10] 435/18 437/17 445/18 447/1
447/16 450/19 460/19 468/15 474/2
480/23
TREX-03695 [1] 450/19
TREX-05969 [1] 435/18
TREX-05973.1.1 [1] 447/1
TREX-1148.1.2 [1] 445/18
TREX-20198.1.1 [1] 480/23
TREX-4171.1.1 [1] 468/15
TREX-4362.2.1 [1] 474/2
TREX-48154 [1] 437/17
TREX-5946.86.2 [1] 460/19
TREX-5974.1.1 [1] 447/16
trial [10] 423/14 538/7 539/3 556/25
565/17 565/21 565/22 566/6 566/8 568/6
tried [2] 498/5 569/4
tries [1] 517/15
TRITON [1] 423/8
trouble [2] 522/4 522/7
true [38] 431/11 450/11 470/24 476/19
478/4 479/3 479/4 479/12 480/19 484/2
499/14 501/4 504/15 505/18 508/22
509/18 509/22 510/8 510/15
510/17 517/19 520/2 526/13 526/14
529/4 529/19 530/5 530/9 530/14 530/17
556/9 557/23 558/6 559/9 559/10 561/4
570/4
trust [1] 493/23
try [16] 440/3 443/10 443/17 482/12
498/10 510/21 511/4 514/8 518/6 530/24
531/7 531/7 534/6 553/15 565/18 569/17
trying [20] 453/15 467/14 470/6 470/8
482/10 489/25 518/2 545/4 545/7 545/8
545/10 546/19 548/8 548/14 553/14
556/18 557/13 562/21 563/1 563/15
turn [10] 437/17 444/24 445/11 460/10
460/18 469/1 469/19 482/21 486/19

561/1
two [29] 428/10 430/20 457/9 457/10
570/10
two [33] 447/22 458/3 458/4 458/8
461/21 461/22 462/18 470/17 478/15
491/16 518/12 523/15 523/16 553/3
553/6 555/14 556/9 556/22 557/18 563/6
565/18 567/2 568/23
two-way [1] 478/15
type [7] 437/13 437/14 505/11 508/9
515/10 516/3 518/7
types [1] 517/24
typical [2] 544/24 545/3

## U

U.S [16] 425/11 425/15 425/21 426/2
504/17 536/19 537/8 537/17 537/18
537/20 539/12 539/14 542/5 554/11
554/14 567/19
U.S. [1] 434/24
U.S. Mineral [1] 434/24
Uh [2] 518/16 524/7
Uh-huh [2] 518/16 524/7
ultimate [6] 511/14 511/18 511/21
511/24 536/17 537/17
ultimately [1] 556/2
unbiased [1] 550/21
uncomfortable [2] 460/15 460/16
uncontrolled [5] 463/8 464/9 464/17
465/3 508/21
under [7] 444/15 473/10 485/19 513/3
513/6 517/5 519/20
UNDERHILL [2] 425/12 566/12
understand [29] 435/23 459/24 461/18
468/11 488/21 494/14 506/7 506/15
507/10 512/7 514/8 514/16 517/16 530/1
533/10 533/13 535/11 535/22 536/5
536/12 537/12 544/23 545/11 546/1
546/4 549/9 553/15 554/8 569/1
understanding [7] 464/22 485/24 488/17
508/10 532/8 545/18 570/6
understands [1] 464/1
understood [5] 452/13 541/18 542/2
544/12 561/6
undertaken [2] 558/17 560/16
Undertaking [1] 560/2
undesirable [1] 525/3
unexpected [1] 525/3
unfortunately [1] 559/15
unique [1] 507/14
unit [4] 465/15 500/8 504/22 505/2
UNITED [12] 423/1 423/10 423/15
425/11 425/15 425/21 426/2 504/14
562/24 566/13 568/24 570/3
United States [4] 504/14 562/24 566/13
568/24
unnoticed [1] 438/18
unrecognized [1] 438/18
until [2] 450/17 521/20
up [34] 430/19 433/23 434/3 436/6 439/5
440/7 446/8 446/12 458/2 460/4 460/10
473/21 476/16 476/23 479/17 482/20
484/15 484/20 489/18 491/4 492/25
499/21 500/11 503/5 518/20 520/16
524/17 537/8 538/14 553/12 553/20
558/2 566/24 569/4
upcoming [1] 444/20
updated [1] 479/6
upon [1] 563/17
upper [1] 561/9
upper-level [1] 561/9
upstream [3] 503/19 503/21 505/13
553/5

us [8] 432/6 492/13 492/22 519/5 536/17
usage [1] 540/12
use [6] 436/15 436/15 501/5 523/4 539/6
548/14
used [7] 473/5 489/14 492/12 492/16
496/13 501/13 531/18
uses [2] 534/11 534/13
using [7] 428/24 431/5 436/13 535/8
547/25 551/23 560/17
usually [2] 460/4 563/23
utilize [1] 535/1
utilized [2] 534/2 534/17
utilizes [6] 532/17 532/19 533/18 533/19
534/24 534/25
utilizing [1] 487/19

## V

vacation [15] 446/15 446/23 447/2 449/8
449/13 449/15 449/23 450/1 450/5
450/10 450/16 451/8 495/2 495/8 495/11
Vaguely [1] 446/25
Valdez [2] 525/6 528/20
Valentine [1] 445/23
value [1] 502/10
various [3] 469/25 508/15 537/1
verbally [1] 544/18
verification [1] 560/14
verifiers [1] 560/22
verify [1] 480/23
very [34] 431/22 438/2 457/13 478/15
485/13 485/23 485/23 486/1 490/20
491/4 493/20 493/24 494/10 496/13
500/25 501/16 501/25 507/15 507/15
512/8 515/2 515/16 520/13 524/9 525/3
531/6 532/11 534/22 541/17 550/22
562/6 563/6 563/9 563/22
vice [4] 504/7 552/9 552/17 552/18
video [2] 442/19 564/21
Vidrine [3] 438/24 461/9 461/14
view [4] 438/3 496/4 557/17 559/13
views [1] 521/24
vigilant [1] 472/1
Village [1] 495/14
violation [1] 556/3
Virginia [2] 424/10 424/10
virtually [1] 544/15
visit [1] 445/20
visited [1] 480/17
volume [1] 434/17
VON [1] 428/12

## W

Wait [1] 538/20
walk [1] 554/22
walked [1] 554/25
Walker [1] 424/9
walking [1] 501/18
WALTER [1] 424/12
Walther [1] 427/22
want [53] 430/13 430/17 433/14 434/3
437/23 438/4 443/23 444/24 445/12
445/16 447/25 451/14 451/15 452/6
453/12 453/22 459/24 460/18 467/19
469/1 469/15 471/14 471/18 471/21
471/24 472/3 472/7 472/10 472/13
472/19 472/25 474/4 474/15 476/8
476/25 477/18 478/8 478/15 484/8
484/12 486/19 490/1 494/12 494/21
514/7 522/15 529/22 529/23 534/4
534/22 544/23 546/5 567/11
wanted [6] 438/13 438/17 494/6 543/19
543/20 568/8

warm [1] 460/15
was [289]
Washington [4] 425/20 425/25 426/6
427/4
wasn't [14] 442/22 466/18 518/5 542/4
542/22 546/9 546/10 546/23 546/24
547/4 549/7 551/10 551/11 551/16
water [11] 507/6 507/12 507/16 507/18
507/19 507/23 508/3 508/5 508/6 508/8
536/6
Watts [2] 424/15 424/15
way [22] 437/6 448/7 455/5 466/5 466/24
474/19 475/20 478/15 488/9 501/12
501/22 509/23 510/20 513/24 533/3
539/25 541/3 551/19 551/23 553/8 554/3
557/19
ways [2] 514/5 537/9
we [247]
we'll [7] 440/15 478/8 492/5 564/4 568/7
569/13 569/20
We're [1] 564/20
We've [1] 438/4
weakness [1] 456/20
website [1] 434/24
Wednesday [1] 441/4
week [9] 440/6 440/10 440/10 441/4
442/16 457/3 457/5 480/9 480/9
week's [1] 447/18
weekly [2] 480/13 480/15
weeks [1] 567/14
well [193]
well-site [15] 441/14 461/10 555/14
555/16 555/24 556/4 556/9 556/22
556/22 557/11 558/20 560/4 560/7 561/7
561/22
well-thought-out [2] 445/22 446/18
wellbore [1] 555/23
wellhead [1] 561/18
wells [13] 438/19 439/2 439/12 440/21
441/10 444/12 449/1 461/24 480/7
480/20 513/3 513/5 561/11
went [10] 446/15 449/13 450/9 492/18
495/7 495/9 495/10 495/11 495/21
541/22
were [91] 430/25 431/1 431/3 431/20
432/22 433/6 442/17 443/14 444/3 444/5
448/19 453/9 466/15 466/23 467/6 467/8
467/23 470/9 471/22 473/10 475/14
475/14 477/15 480/8 481/23 483/14
483/15 486/2 487/12 488/5 494/25
495/17 496/11 496/24 497/24 498/12
498/15 499/16 499/17 501/15 504/2
504/5 504/7 504/14 504/22 505/2 506/12
506/16 506/22 509/10 509/12 521/20
522/2 522/7 522/12 523/8 523/16 524/6
524/23 526/1 531/14 532/24 536/10
539/5 539/22 539/24 540/20 541/6 545/1
545/4 545/10 545/24 546/2 546/3 546/5
546/5 546/12 546/13 546/21 547/8
550/24 551/2 551/5 552/14 552/23
553/21 554/4 555/15 555/16 559/14
568/2
weren't [7] 431/5 506/18 509/3 510/10
536/8 542/2 551/4
West [1] 447/4
what [132] 430/15 432/10 433/14 435/12
442/2 446/7 446/16 446/22 447/9 448/9
448/10 448/21 450/3 450/24 451/9 452/9
454/22 455/15 455/17 456/9 456/22
462/11 463/16 463/25 466/11 466/19
474/4 477/2 477/17 478/8 480/20 483/3

486/18 488/21 489/12 490/22 492/16
492/24 496/2 497/2 497/22 498/1
498/2 498/18 501/19 501/21 506/1
507/10 507/18 508/9 510/1 511/23 512/7
513/3 515/9 516/2 516/5 516/16 516/19
516/20 517/11 518/4 518/4 518/8 518/13
519/5 520/24 521/13 523/13 523/16
527/2 528/14 528/25 529/14 529/18
529/23 531/3 531/15 532/12 533/4
533/16 533/20 534/21 535/11 535/17
536/19 536/23 537/5 537/23 538/11
538/20 538/24 541/6 541/24 542/6
543/14 543/19 544/5 544/23 545/3 545/3
545/7 545/10 546/18 547/15 547/25
548/1 548/8 548/13 550/2 551/10 551/11
551/12 552/13 553/16 553/17 553/17
554/8 556/19 557/6 557/13 557/17 558/5
558/7 559/6 559/13 559/13 563/19
563/23 566/22 569/3 569/5
what's [10] 448/2 454/6 454/7 455/9
458/8 476/21 499/24 515/7 515/24
569/17
whatever [3] 445/12 521/10 563/6
whatsoever [1] 551/21
when [33] 431/8 431/8 431/19 433/17
440/2 443/8 443/16 446/17 447/9 454/14
484/20 490/12 492/22 498/2 508/1
517/18 518/8 522/9 523/21 524/8 537/5
540/1 541/23 546/12 554/5 560/17
563/15 564/10 565/11 565/11 567/8
568/16 569/17
where [21] 431/21 432/25 440/18 451/5
462/7 467/23 474/10 482/11 491/24
495/7 497/11 506/25 520/17 523/4
524/16 526/20 529/13 547/5 561/21
561/24 569/11
wherever [1] 481/5
whether [26] 458/19 477/9 479/25
498/12 498/15 512/13 515/22 523/10
527/12 528/23 529/1 530/16 530/22
533/6 535/21 536/3 536/12 537/13 539/4
539/11 540/9 546/21 547/7 548/13
551/16 567/24
which [49] 430/14 431/4 432/19 432/22
433/11 436/11 439/21 442/6 444/15
453/9 454/15 454/16 455/22 458/2 459/3
466/2 473/1 474/13 478/16 492/13
496/24 500/16 500/18 501/13 501/23
505/10 506/11 511/11 514/23 515/15
518/1 522/15 529/18 534/1 537/2 537/3
538/11 540/21 548/25 551/19 553/13
554/17 556/7 556/12 557/14 559/14
560/6 565/20 567/8
while [9] 436/17 446/23 470/18 475/11
481/6 482/9 524/23 530/12 563/24
Whiteley [1] 426/15
who [46] 435/24 447/23 460/7 460/8
471/15 479/3 480/21 484/14 487/24
496/19 497/20 498/5 499/4 499/6 499/6
499/9 510/2 511/14 512/15 516/25
517/10 520/12 520/13 522/2 522/7 526/8
528/25 535/4 536/17 541/20 549/18
550/15 550/22 551/3 551/10 551/13
554/5 554/9 555/15 556/22 564/18
564/23 564/25 565/5 565/23 568/2
whoever [2] 460/7 480/1
whole [9] 433/19 518/1 518/6 518/8
518/8 539/4 539/5 556/10 566/21
why [15] 458/20 463/21 489/17 529/14
529/19 529/23 530/8 536/12 540/23
541/19 543/19 544/19 545/5 545/6
562/13
wide [1] 549/19

will [38] 433/23 436/5 437/12 438/11
443/23 448/16 460/11 472/21 472/22
452/5 458/16 460/11 472/21 472/22
478/16 482/12 483/17 491/7 493/4 494/1
494/12 497/9 499/2 499/11 501/19
501/20 506/25 530/20 533/6 544/22
558/5 561/21 562/19 563/6 564/8 565/4
565/10 565/15
Williams [2] 424/18 424/19
Williamson [3] 425/5 425/6 484/18
willing [4] 439/17 440/2 443/8 443/16
WINFIELD [1] 426/9
Winslow [1] 440/22
wisely [2] 431/14 485/2
withdraw [1] 501/20
within [10] 451/2 465/23 486/16 488/2
492/17 520/4 532/21 538/2 542/6 567/24
Without [2] 544/14 567/18
witness [23] 463/25 482/7 493/10 493/13
493/17 498/10 503/2 505/24 515/18
515/18 522/24 535/11 535/15 539/6
554/22 555/2 563/16 564/6 564/18
564/23 569/10 569/13 569/15
witness's [1] 492/12
witnesses [7] 487/12 565/25 566/14
566/19 567/2 567/23 568/2
witnesses' [1] 464/1
Wittmann [2] 427/22 427/23
won't [1] 567/3
wonder [1] 482/10
word [4] 445/21 446/18 476/20 496/13
wording [1] 512/6
words [5] 466/16 475/10 486/18 497/5
535/10
work [19] 434/23 435/25 439/9 439/15
447/6 448/14 452/5 456/5 456/25 457/16
471/18 472/18 474/22 477/5 478/2 478/2
481/16 493/4 540/13
worked [5] 451/23 485/18 508/18 541/25
569/2
working [8] 478/14 497/9 516/9 547/16
562/21 560/22 565/21 565/22
works [4] 472/15 472/17 472/18 569/13
world [8] 457/3 512/1 519/22 520/25
531/9 536/16 540/14 541/2
world-class [1] 512/1
worldwide [1] 505/7
worries [1] 436/7
worthwhile [1] 521/23
would [132] 434/23 437/14 445/16 448/5
451/23 454/1 457/21 458/6 458/19
465/13 469/8 469/10 470/6 471/14
471/15 471/18 471/21 471/25 472/3
472/7 472/10 472/13 472/19 472/20
472/24 473/17 475/10 476/25 477/8
477/21 477/25 479/10 479/25 480/2
480/4 480/20 482/4 485/7 485/9 485/18
492/11 492/21 493/7 493/25 500/20
500/22 504/11 505/23 507/14 507/25
510/4 510/16 510/20 511/23 514/7
514/23 515/7 515/8 516/11 517/23 520/6
521/23 523/20 525/17 526/19 526/22
526/24 527/2 527/6 528/10 529/4 529/9
529/12 529/22 529/23 530/1 531/7
534/18 535/14 536/10 536/12 536/17
536/25 537/9 537/10 537/12 537/20
537/21 539/6 541/19 541/21 544/7 545/8
548/3 548/16 548/18 549/22 549/23
555/4 556/10 556/19 558/13 560/3 560/5
560/6 560/20 560/21 561/4 561/5 561/6
561/7 561/9 561/19 561/23 561/24 562/1
562/7 562/14 563/1 563/14 563/19
564/12 564/24 565/7 565/8 566/23 567/4

**W**

would... [5]  568/6 568/9 568/20 568/24
569/12
wouldn't [12]  450/17 507/1 508/17
519/11 527/1 529/10 531/13 536/13
548/16 553/6 553/7 561/20
wrap [1]  482/20
Wright [1]  423/18
write [4]  451/13 451/20 476/3 515/19
writes [2]  445/18 446/1
writing [2]  447/16 509/6
written [9]  519/1 543/5 543/7 543/8
543/12 543/18 544/18 557/19 557/23
wrong [2]  431/12 453/9

**Y**

yeah [10]  448/17 466/4 507/9 514/7
518/25 536/16 549/2 551/5 559/5 560/7
year [9]  432/5 432/17 432/19 460/18
489/17 489/18 521/21 523/15 538/24
years [8]  434/7 434/11 434/15 434/21
504/20 523/16 527/17 536/9
yes [344]
yesterday [1]  448/22
yet [2]  440/13 544/1
Yoakum [1]  425/6
you [634]
you'll [1]  485/25
you're [19]  440/16 442/25 444/3 461/9
466/16 473/20 473/23 484/5 485/12
493/23 514/13 527/12 527/15 528/6
528/13 556/14 559/19 560/17 567/22
YOUNG [1]  426/5
your [159]
Your Honor [42]  454/9 454/19 454/25
457/17 459/23 469/12 469/13 491/23
492/3 493/9 493/24 494/1 494/14 497/15
500/13 500/17 500/22 501/12 501/23
502/20 515/17 516/14 521/1 524/3
527/22 538/5 538/22 539/1 554/21
554/23 556/24 562/6 562/11 562/24
563/1 565/7 566/23 567/11 568/1 568/25
568/25 569/18
yours [1]  446/2