1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4       ****************************************************************

5

   IN RE:  OIL SPILL BY THE OIL
6  RIG *DEEPWATER HORIZON* IN THE
   GULF OF MEXICO ON APRIL 20,
7  2010

8
                              CIVIL ACTION NO. 10-MD-2179 "J"
9                              NEW ORLEANS, LOUISIANA
                              THURSDAY, FEBRUARY 28, 2013, 8:00 A.M.
10

11
   THIS DOCUMENT RELATES TO:
12
   CASE NO. 2:10-CV-02771,
13 *IN RE:  THE COMPLAINT AND
   PETITION OF TRITON ASSET
14 LEASING GmbH, ET AL*

15 CASE NO. 2:10-CV-4536,
   *UNITED STATES OF AMERICA V.
16 BP EXPLORATION & PRODUCTION,
   INC., ET AL*
17

18      ****************************************************************

19

20                     **DAY 4   MORNING SESSION**

21            TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22         HEARD BEFORE THE HONORABLE CARL J. BARBIER

23                  UNITED STATES DISTRICT JUDGE

24

25

                         **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFFS:     DOMENGEAUX WRIGHT ROY & EDWARDS
                              BY:   JAMES P. ROY, ESQ.
 4                            556 JEFFERSON STREET, SUITE 500
                              POST OFFICE BOX 3668
 5                            LAFAYETTE, LA  70502

 6

 7                            HERMAN HERMAN & KATZ
                              BY:   STEPHEN J. HERMAN, ESQ.
 8                            820 O'KEEFE AVENUE
                              NEW ORLEANS, LA  70113
 9

10                            CUNNINGHAM BOUNDS
11                            BY:   ROBERT T. CUNNINGHAM, ESQ.
                              1601 DAUPHIN STREET
12                            MOBILE, AL  36604

13

14                            LEWIS, KULLMAN, STERBCOW & ABRAMSON
                              BY:   PAUL M. STERBCOW, ESQ.
15                            PAN AMERICAN LIFE BUILDING
                              601 POYDRAS STREET, SUITE 2615
16                            NEW ORLEANS, LA  70130

17

18                            BREIT DRESCHER IMPREVENTO & WALKER
                              BY:   JEFFREY A. BREIT, ESQ.
19                            600 22ND STREET, SUITE 402
                              VIRGINIA BEACH, VA  23451
20

21                            LEGER & SHAW
22                            BY:   WALTER J. LEGER, JR., ESQ.
                              600 CARONDELET STREET, 9TH FLOOR
23                            NEW ORLEANS, LA  70130

24

25
```

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3                            WATTS, GUERRA, CRAFT
                             BY:  MIKAL C. WATTS, ESQ.
 4                            4 DOMINION DRIVE
                             BUILDING 3, SUITE 100
 5                            SAN ANTONIO, TX 78257

 6

 7                            WILLIAMS LAW GROUP
                             BY:  CONRAD S. P. WILLIAMS, ESQ.
 8                            435 CORPORATE DRIVE, SUITE 101
                             HOUMA, LA   70360
 9

10
                             THORNHILL LAW FIRM
11                            BY:  THOMAS THORNHILL, ESQ.
                             1308 NINTH STREET
12                            SLIDELL, LA   70458

13

14                            DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                             BY:   JOHN W. DEGRAVELLES, ESQ.
15                            618 MAIN STREET
                             BATON ROUGE, LA 70801
16

17
                             WILLIAMSON & RUSNAK
18                            BY:   JIMMY WILLIAMSON, ESQ.
                             4310 YOAKUM BOULEVARD
19                            HOUSTON, TX   77006

20

21                            IRPINO LAW FIRM
                             BY:  ANTHONY IRPINO, ESQ.
22                            2216 MAGAZINE STREET
                             NEW ORLEANS, LA   70130
23

24

25


                         OFFICIAL TRANSCRIPT
```

1    APPEARANCES CONTINUED:

2

3

     FOR THE UNITED STATES
4    OF AMERICA:                  U.S. DEPARTMENT OF JUSTICE
                                   TORTS BRANCH, CIVIL DIVISION
5                                  BY:  R. MICHAEL UNDERHILL, ESQ.
                                   450 GOLDEN GATE AVENUE
6                                  7TH FLOOR, ROOM 5395
                                   SAN FRANCISCO, CA  94102
7

8
                                   U.S. DEPARTMENT OF JUSTICE
9                                  ENVIRONMENT & NATURAL RESOURCES DIVISION
                                   ENVIRONMENTAL ENFORCEMENT SECTION
10                                 BY:  STEVEN O'ROURKE, ESQ.
                                        SCOTT CERNICH, ESQ.
11                                      DEANNA CHANG, ESQ.
                                        RACHEL HANKEY, ESQ.
12                                      A. NATHANIEL CHAKERES, ESQ.
                                   P.O. BOX 7611
13                                 WASHINGTON, DC  20044

14

15                                 U.S. DEPARTMENT OF JUSTICE
                                   TORTS BRANCH, CIVIL DIVISION
16                                 BY:  JESSICA McCLELLAN, ESQ.
                                        MICHELLE DELEMARRE, ESQ.
17                                      JESSICA SULLIVAN, ESQ.
                                        SHARON SHUTLER, ESQ.
18                                      MALINDA LAWRENCE, ESQ.
                                   POST OFFICE BOX 14271
19                                 WASHINGTON, DC  20044

20

21                                 U.S. DEPARTMENT OF JUSTICE
                                   FRAUD SECTION
22                                 COMMERCIAL LITIGATION BRANCH
                                   BY:  DANIEL SPIRO, ESQ.
23                                      KELLEY HAUSER, ESQ.
                                        ELIZABETH YOUNG, ESQ.
24                                 BEN FRANKLIN STATION
                                   WASHINGTON, DC  20044
25

                          **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE STATE OF
     ALABAMA:                    ALABAMA ATTORNEY GENERAL'S OFFICE
4                                BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                      COREY L. MAZE, ESQ.
5                                     WINFIELD J. SINCLAIR, ESQ.
                                 500 DEXTER AVENUE
6                                MONTGOMERY, AL  36130

7

8    FOR THE STATE OF
     LOUISIANA OFFICE
9    OF THE ATTORNEY
     GENERAL:
10                               STATE OF LOUISIANA
                                 BY:  JAMES D.  CALDWELL,
11                               ATTORNEY GENERAL
                                 1885 NORTH THIRD STREET
12                               POST OFFICE BOX 94005
                                 BATON ROUGE, LA  70804

13

14
                                 KANNER & WHITELEY
15                               BY:  ALLAN KANNER, ESQ.
                                      DOUGLAS R. KRAUS, ESQ.
16                               701 CAMP STREET
                                 NEW ORLEANS, LA  70130

17

18

19   FOR BP EXPLORATION &
     PRODUCTION INC.,
20   BP AMERICA PRODUCTION
     COMPANY, BP PLC:            LISKOW & LEWIS
21                               BY:  DON K. HAYCRAFT, ESQ.
                                 ONE SHELL SQUARE
22                               701 POYDRAS STREET
                                 SUITE 5000
23                               NEW ORLEANS, LA  70139

24

25

                         **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              COVINGTON & BURLING
                               BY:  ROBERT C. "MIKE" BROCK, ESQ.
4                              1201 PENNSYLVANIA AVENUE, NW
                               WASHINGTON, DC  20004
5

6                              KIRKLAND & ELLIS
7                              BY:  J. ANDREW LANGAN, ESQ.
                                    HARIKLIA "CARRIE" KARIS, ESQ.
8                                   MATTHEW T. REGAN, ESQ.
                               300 N. LASALLE
9                              CHICAGO, IL  60654

10

11   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
12   OFFSHORE DEEPWATER
     DRILLING INC., AND
13   TRANSOCEAN DEEPWATER
     INC.:                     FRILOT
14                             BY:  KERRY J. MILLER, ESQ.
                               ENERGY CENTRE
15                             1100 POYDRAS STREET, SUITE 3700
                               NEW ORLEANS, LA  70163
16

17

18                             SUTHERLAND ASBILL & BRENNAN
                               BY:  STEVEN L. ROBERTS, ESQ.
19                                  RACHEL G. CLINGMAN, ESQ.
                               1001 FANNIN STREET, SUITE 3700
20                             HOUSTON, TX  77002

21

22                             MUNGER TOLLES & OLSON
                               BY:  MICHAEL R. DOYEN, ESQ.
23                                  BRAD D. BRIAN, ESQ.
                                    LUIS LI, ESQ.
24                             335 SOUTH GRAND AVENUE, 35TH FLOOR
                               LOS ANGELES, CA  90071
25

                         **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3                         MAHTOOK & LAFLEUR
                          BY:  RICHARD J. HYMEL, ESQ.
 4                        1000 CHASE TOWER
                          600 JEFFERSON STREET
 5                        LAFAYETTE, LA  70502

 6

 7                         HUGHES ARRELL KINCHEN
                          BY:  JOHN KINCHEN, ESQ.
 8                        2211 NORFOLK, SUITE 1110
                          HOUSTON, TX  77098
 9

10

11   FOR CAMERON INTERNATIONAL
     CORPORATION:            STONE PIGMAN WALTHER WITTMANN
12                          BY:  PHILLIP A. WITTMANN, ESQ.
                          546 CARONDELET STREET
13                        NEW ORLEANS, LA 70130

14

15                         BECK REDDEN & SECREST
                          BY:  DAVID J. BECK, ESQ.
16                             DAVID W. JONES, ESQ.
                               GEOFFREY GANNAWAY, ESQ.
17                             ALEX B. ROBERTS, ESQ.
                          ONE HOUSTON CENTER
18                        1221 MCKINNEY STREET, SUITE 4500
                          HOUSTON, TX  77010
19

20
     FOR HALLIBURTON
21   ENERGY SERVICES,
     INC.:                  GODWIN LEWIS
22                          BY:  DONALD E. GODWIN, ESQ.
                               FLOYD R. HARTLEY, JR., ESQ.
23                             GAVIN HILL, ESQ.
                          RENAISSANCE TOWER
24                        1201 ELM STREET, SUITE 1700
                          DALLAS, TX  75270.
25
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              GODWIN LEWIS
                               BY:   JERRY C. VON STERNBERG, ESQ.
4                              1331 LAMAR, SUITE 1665
                               HOUSTON, TX  77010
5

6
     FOR M-I L.L.C.:          MORGAN, LEWIS & BOCKIUS
7                              BY:   HUGH E. TANNER, ESQ.
                                     DENISE SCOFIELD, ESQ.
8                                    JOHN C. FUNDERBURK, ESQ.
                               1000 LOUISIANA STREET, SUITE 4000
9                              HOUSTON, TX  77002

10

11

12   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
13                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
14                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
15                               Cathy_Pepper@laed.uscourts.gov

16
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
17   PRODUCED BY COMPUTER.

18

19

20

21

22

23

24

25

                         **OFFICIAL TRANSCRIPT**

1                          **I N D E X**

2

3     EXAMINATIONS                                    PAGE

4

5     **MARK BLY**.......................................... 957

6     CROSS-EXAMINATION (CONTINUED) BY MR. STERBCOW........ 957

7     CROSS-EXAMINATION BY MR. UNDERHILL................... 1079

8     LUNCHEON RECESS..................................... 1129

9

10

11                        E X H I B I T S

12

13    DESCRIPTION                                     PAGE

14

15    EXHIBITS TREX 003715, TREX 003733, TREX 004019,     956

16    TREX 004135, TREX 007520, TREX 041063, AND D-4363

17    WERE ADMITTED......................................

18

19

20

21

22

23

24

25

                          **OFFICIAL TRANSCRIPT**

**P-R-O-C-E-E-D-I-N-G-S**

THURSDAY, FEBRUARY 28, 2013

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)


THE DEPUTY CLERK:  All rise.

THE COURT:  Good morning, everyone.

VOICES:  Good morning, Your Honor.

THE COURT:  Any preliminary matters before we resume
testimony?

MR. REGAN:  Good morning, Your Honor.  Matt Regan on
behalf of BP.

I have circulated the seven exhibits that I used
yesterday with Dr. Huffman and offer those at this time.

THE COURT:  All right, any objections?

Without objection, those are admitted.

(WHEREUPON, at this point in the proceeding,
Exhibits TREX 003715, TREX 003733, TREX 004019, TREX 004135,
TREX 007520, TREX 041063, and D-4363 were admitted.)

MR. REGAN:  Thank you, Your Honor.

THE COURT:  Stephanie, do you have those?

Okay.  Mr. Regan, did you give those to the case
manager?  Okay, thanks.

All right, Mr. Sterbcow.  You can resume.

**OFFICIAL TRANSCRIPT**

08:05AM 1      MR. STERBCOW:  May it please the Court.  Good morning,

08:05AM 2  Your Honor.

3                        **MARK BLY**

4      was called as a witness and, after being previously duly

5      sworn by the Clerk, was examined and testified on his oath as

6      follows:

7                   CROSS-EXAMINATION (Continued)

8  BY MR. STERBCOW:

08:05AM 9  Q.   Good morning, Mr. Bly.

08:05AM 10  A.   Good morning.

08:05AM 11  Q.   If we could, let's pull up TREX 1, the Bly Report,

08:05AM 12  page 36.

08:05AM 13           Picking up where we left off.

08:05AM 14  A.   Okay.

08:05AM 15  Q.   Now we're going to go to Key Finding Number 2, the shoe

08:05AM 16  track barriers did not isolate the hydrocarbons.

08:05AM 17           Pull up, again, if you would, D-2022, TREX 1.023.

08:05AM 18           I just want to touch upon this briefly for some

08:06AM 19  context.  We discussed this in daily yesterday.

08:06AM 20           The bottom line, though, Mr. Bly, is based upon the

08:06AM 21  modeling that you did, the analysis that the investigation team

08:06AM 22  did, you determined that of the three possible paths that the

08:06AM 23  hydrocarbons could have traveled up the pipe, it actually went

08:06AM 24  into the casing, through the riser, to the rig?

08:06AM 25  A.   Yes, sir.  That's correct.

                        **OFFICIAL TRANSCRIPT**

08:06AM  1    Q.    Okay.  Let's pull up D-2025, 1.026.

08:06AM  2          Now, this illustration, Figure 4 from your report,

08:06AM  3    shows what we all commonly call the shoe track, correct?

08:06AM  4    A.    That's correct.

08:06AM  5    Q.    My understanding is that's essentially, you're showing on

08:06AM  6    the left the bottom 190 feet of production casing --

08:06AM  7    A.    Yes.

08:06AM  8    Q.    -- and it has equipment inside of it?

08:06AM  9    A.    Yes, it does.

08:06AM 10    Q.    You all looked at all of the equipment, analyzed the

08:07AM 11    performance of the equipment, how it was operated, etcetera,

08:07AM 12    correct?

08:07AM 13    A.    Yeah, that's right.

08:07AM 14    Q.    In this picture, what we're looking at is post-conversion

08:07AM 15    of the valve, correct?  The valves have already been converted

08:07AM 16    because the auto-fill tube and the ball have been dropped.

08:07AM 17    A.    Yes, that's correct.

08:07AM 18    Q.    Do you have enough knowledge, based on either personal

08:07AM 19    experience or the investigation, to give an explanation to the

08:07AM 20    Court as to how this works?

08:07AM 21    A.    At a rudimentary level, I can probably do that.

08:07AM 22    Q.    Go ahead.

08:07AM 23    A.    So these valves that are called check valves, flapper

08:07AM 24    valves on the picture here, those -- the cement is pumped down

08:07AM 25    through those.

**OFFICIAL TRANSCRIPT**

08:07AM  1           The idea is that once it's in place, remembering that
08:07AM  2      it goes around the side of the casing, up into the annular
08:07AM  3      space, those valves are meant to then swing closed to hold the
08:07AM  4      cement from coming back the other way.
08:07AM  5      Q.   There is cement actually in this tube, the auto-fill tube
08:08AM  6      and circulating ball notwithstanding, when the cement drop is
08:08AM  7      over, there is shoe track cement in the shoe track, correct?
08:08AM  8      A.   That's right.  There should be cement from those flapper
08:08AM  9      valves all the way down to the bottom of the casing at the rear
08:08AM 10      of the shoe here.
08:08AM 11      Q.   That cement, from BP's standpoint and Halliburton's
08:08AM 12      standpoint, is put there as part of the cement system designed
08:08AM 13      to maintain both zonal isolation and keep the hydrocarbons in
08:08AM 14      place until you're ready for production, correct?
08:08AM 15      A.   Yes, that's right.  It's the last part of the cement job
08:08AM 16      that's put in place.
08:08AM 17      Q.   So it forms part of the barrier to hydrocarbon flow, if
08:08AM 18      you will?
08:08AM 19      A.   Yes, yes.
08:08AM 20           THE COURT:  So is that the main purpose of the float
08:08AM 21      collar?
08:08AM 22           THE WITNESS:  Yeah, the float collar, as I understand
08:08AM 23      it, is to hold the cement in place once it's placed until it
08:08AM 24      hardens.
08:08AM 25           Because when it's liquid, it could still, you

                          **OFFICIAL TRANSCRIPT**

08:08AM 1   know, come back around there.  Those valves close and then hold
08:09AM 2   it in place until it sets up.
08:09AM 3   BY MR. STERBCOW:
08:09AM 4   Q.   Now, the float valves are not intended, unlike the cement,
08:09AM 5   to be a barrier to hydrocarbon flow, are they?
08:09AM 6   A.   They would stop it, but they are not really designed to be
08:09AM 7   a reliable barrier.  They are to designed primarily to stop the
08:09AM 8   cement, as I understand.
08:09AM 9   Q.   From an engineering design standpoint, BP does not
08:09AM 10  consider those valves to be a separate barrier to hydrocarbon
08:09AM 11  flow?
08:09AM 12  A.   I don't believe so.
08:09AM 13  Q.   Okay.  Now, again, we looked at this, we looked at the
08:09AM 14  shoe track cement, and basically, for the same reasons that you
08:09AM 15  discussed yesterday, cement design, potential contamination,
08:09AM 16  combination of factors led to the conclusion that the cement
08:09AM 17  that was placed in this shoe track did not act as a barrier to
08:09AM 18  flow, correct?
08:09AM 19  A.   If I may, I would say the conclusion that it didn't act
08:09AM 20  that was as a result of concluding that the flow came up.
08:09AM 21  Q.   Came up.  It couldn't have?
08:10AM 22  A.   Right, it couldn't have.  Then we articulated a number of
08:10AM 23  possible reasons why that may have happened.
08:10AM 24  Q.   But, again, there has been no direct contact with
08:10AM 25  Halliburton in terms of document swapping, testing of this

**OFFICIAL TRANSCRIPT**

08:10AM  1    specific piece of the cement job, the shoe track cement,

08:10AM  2    nothing from Halliburton's side that would allow you to dig

08:10AM  3    deeper, do more analysis or determine to a certainty as to what

08:10AM  4    was wrong, if anything, with the shoe track cement, correct?

08:10AM  5    A.    That's right.  It's all part of the same cement job.

08:10AM  6    Q.    All right.  Let's go to 1.024.

08:10AM  7          What we just looked at, for context, to make sure

08:10AM  8    that we're all on the same page, is from the top and bottom

08:11AM  9    wiper plug to the bottom, right?

08:11AM  10   A.    That's right.

08:11AM  11   Q.    It was longer in the other diagram; but, this piece, where

08:11AM  12   it says tail cement, is the shoe track, and, in reality, it's

08:11AM  13   190 feet long, correct?

08:11AM  14   A.    That's right.

08:11AM  15   Q.    Let's go to Key Finding Number 3, TREX 1, page 38.

08:11AM  16         At the bottom, the negative pressure test was

08:11AM  17   accepted, although well integrity had not been established.

08:11AM  18         I think we all agree, and you'll agree, that the

08:11AM  19   negative test is a major issue?

08:11AM  20   A.    It was an important test, and it was misinterpreted.

08:11AM  21   Q.    That test is done specifically to determine well integrity

08:11AM  22   prior to displacement, correct?

08:11AM  23   A.    Yes, that's right.

08:11AM  24   Q.    When we say displacement, it is the intentional removal of

08:11AM  25   the hydrostatic head as part of the overall operation to

08:12AM 1    abandon the well until production comes in and takes over?

08:12AM 2    A.   That's right.

08:12AM 3    Q.   So going in, the crew knows, the drill crew knows, BP

08:12AM 4    knows and, for that matter, the Halliburton cementers all know,

08:12AM 5    this is the test that's going to determine whether or not they

08:12AM 6    can begin essentially taking the cork off the bottle, right?

08:12AM 7    A.   Yeah, that's the purpose of that test.

08:12AM 8    Q.   It's safety critical, because if the test doesn't come out

08:12AM 9    correctly, it should be a sign to those involved that the well

08:12AM 10   is telling them there is a problem?

08:12AM 11   A.   That's right.

08:12AM 12   Q.   The problem could very well be there is no zonal

08:12AM 13   isolation, the cement hasn't worked, and there may be flow in

08:12AM 14   the well?

08:12AM 15   A.   Yes, sir.

08:12AM 16   Q.   All right.  You all looked at this closely, obviously.

08:12AM 17        Let go to 1.020.  That's D-2019.

08:12AM 18        This, again, taken from your report.  On the left, we

08:13AM 19   have a schematic of the well, mud line, and then above the mud

08:13AM 20   line some components of the BOP.

08:13AM 21        If I understand this correctly, this is what the well

08:13AM 22   would have looked like at the time the negative test was run,

08:13AM 23   correct?

08:13AM 24   A.   Yeah.  This is our estimation of that, correct.

08:13AM 25   Q.   Right.  So just before the negative testing began, where

**OFFICIAL TRANSCRIPT**

08:13AM 1    it says -- where you see the blue and it shows seawater, that

08:13AM 2    would have all been synthetic oil-based mud; there would have

08:13AM 3    been no seawater in the well at that time?

08:13AM 4    A.   Before the displacement, the test, that's correct.

08:13AM 5    Q.   The purpose of the seawater is to start taking the heavier

08:13AM 6    mud out and displacing it with lighter seawater so the test can

08:13AM 7    be run.

08:13AM 8    A.   Yes.

08:13AM 9    Q.   Now, there is an inset on the time right talking about

08:13AM 10   spacer in the kill line.  My understanding is that this spacer

08:13AM 11   is intended to be displaced above the BOP so that it can't

08:14AM 12   interfere with the negative test under normal circumstances; is

08:14AM 13   that fair?

08:14AM 14   A.   That's right.

08:14AM 15   Q.   Because the spacer is a different material, and it's

08:14AM 16   unknown how it may or may not affect the test itself?

08:14AM 17   A.   Yeah.  I think that's correct, yes.

08:14AM 18   Q.   Was one of the issues that you at least identified and

08:14AM 19   never could come to a conclusion on was that maybe the spacer

08:14AM 20   was not fully displaced, had gotten into the kill line, and had

08:14AM 21   clogged the kill line?

08:14AM 22   A.   Yeah.  What we were trying to understand was what was

08:14AM 23   ultimately seen was pressure on the drill pipe side and not on

08:14AM 24   the kill line side, which meant, you know, in hindsight, there

08:14AM 25   was some kind of a blockage.  We thought this spacer may have

OFFICIAL TRANSCRIPT

08:14AM 1    been it.

08:14AM 2              The other thing, which we concluded at the end of the

08:14AM 3    day was more likely, that there was a valve closed.

08:14AM 4    Q.   All right.  So the conclusion of the team, based on the

08:14AM 5    data, was that -- you went away from the spacer in the kill

08:14AM 6    line theory, and leaned more toward there was just a valve

08:15AM 7    closed on the kill line that was supposed to be open for the

08:15AM 8    negative test?

08:15AM 9    A.   Yeah.  We didn't feel we could be absolutely definitive,

08:15AM 10   but, at the end of the day, that felt like the more likely

08:15AM 11   scenario to us.

08:15AM 12   Q.   The valve operation on the BOP on this test would be a

08:15AM 13   Transocean responsibility?

08:15AM 14   A.   Yes, they would operate the valves.

08:15AM 15   Q.   In fact, Transocean would have set the test up in terms of

08:15AM 16   doing anything needed to pump in the spacer, maintain the

08:15AM 17   spacer in the location it should have been in, displace the

08:15AM 18   seawater; that's all Transocean function, correct?

08:15AM 19   A.   They operate the equipment to do that, that's right.

08:15AM 20   Q.   Did you find any evidence, if, in fact, the spacer had

08:15AM 21   come down below the intended displacement level, that it was as

08:15AM 22   a result of a leaking annulus that was supposed to close around

08:15AM 23   the pipe and prevent that very thing from happening?  Did you

08:15AM 24   look into that?

08:15AM 25   A.   We did see that as part of the analysis, yes.

**OFFICIAL TRANSCRIPT**

08:15AM 1   Q.   Again, the annulus is a piece of the BOP; it's part of the

08:15AM 2   BOP?

08:15AM 3   A.   Yes, it is.  The annular.

08:15AM 4   Q.   The annular.  I'm sorry.

08:15AM 5        This case, what the annular is supposed to do is

08:15AM 6   close around the drill pipe, so you cut off any pressure from

08:16AM 7   the top down, and you create a closed system below, where you

08:16AM 8   can actually conduct a negative test?

08:16AM 9   A.   Yes, that's right.

08:16AM 10   Q.   Were you able to determine one way or the other

08:16AM 11   definitively whether or not a leaking annular allowed spacer to

08:16AM 12   leak back down below the mud line?

08:16AM 13   A.   That's certainly what we believe happened.

08:16AM 14   Q.   You believe that happened?

08:16AM 15   A.   Yeah.

08:16AM 16   Q.   But, in any event, you lean away from the theory that the

08:16AM 17   spacer clogged the kill line; it's more toward they just didn't

08:16AM 18   open a valve that should have been opened?

08:16AM 19   A.   Yeah.  Again, not definitive, but there was subsequent

08:16AM 20   information that sort of weakened the idea of the spacer.

08:16AM 21   Q.   Did anybody from Transocean who would have had knowledge

08:16AM 22   at the company with how this system is set up, how valves are

08:16AM 23   operated, etcetera, did they participate in your investigation?

08:16AM 24   A.   No.  No, we didn't have Transocean people in the

08:16AM 25   investigation.

**OFFICIAL TRANSCRIPT**

966

08:16AM 1    Q.   Did any Transocean personnel participate in your

08:16AM 2    investigation?

08:16AM 3    A.   No.

08:16AM 4    Q.   So, to the extent that you put this back together, it had

08:17AM 5    to be done with well data and doing the best you could do with

08:17AM 6    the knowledge that BP had on how this system is set up and

08:17AM 7    operated, correct?

08:17AM 8    A.   I think we got some drawings of BOPs and valves, so we had

08:17AM 9    some engineering data.

08:17AM 10    Q.   Let's go to 2174, D-2174.

08:17AM 11         Now, we are at the end of cement to temporary

08:17AM 12    abandonment.  If you look at the bottom, after the final casing

08:17AM 13    string was cemented, heavy drilling mud filled the riser and

08:17AM 14    the well.

08:17AM 15         This is post cement job now, far left.  That's what

08:17AM 16    it would have looked like, correct?

08:17AM 17    A.   Okay, I'm not as familiar with this diagram, so --

08:17AM 18    Q.   Just take a second.  The far left diagram would be after

08:17AM 19    the cement job, the production casing cement job.  We haven't

08:17AM 20    done anything else yet, so that would be the stage we're in at

08:18AM 21    that point?

08:18AM 22    A.   That looks about right.

08:18AM 23    Q.   The red valves at the top indicate they're all closed.

08:18AM 24    You see the little bowtie?

08:18AM 25    A.   Yes.

**OFFICIAL TRANSCRIPT**

08:18AM 1    Q.    That's the way it should have been at that point in time,

08:18AM 2    if you know?

08:18AM 3    A.    I don't know.  This is not something I'm familiar with.

08:18AM 4    Q.    The center photograph shows what the condition of the well

08:18AM 5    would be at the time the negative test was being performed.

08:18AM 6    Basically, what we've done is we've removed the mud, we've put

08:18AM 7    in the water, the spacer should have been above the annular

08:18AM 8    preventer, which closes off pressure from the top, and the

08:18AM 9    negative test is conducted?

08:18AM 10   A.    That looks about right.  I would think that some of those

08:18AM 11   valves would be open at that point, but --

08:18AM 12   Q.    Other than that?

08:18AM 13   A.    -- I can see the representation you have.

08:18AM 14   Q.    Then, on the right, that assumes fully complete temporary

08:18AM 15   abandonment operation, the BOP has been removed, the lockdown

08:18AM 16   sleeve has been put in place, a cement plug, if you see that --

08:18AM 17   A.    Yeah.

08:18AM 18   Q.    -- has been put at the bottom of the 3300-foot column of

08:19AM 19   seawater.  That cement plug would have been a second barrier to

08:19AM 20   flow, correct?

08:19AM 21   A.    Yes, sir.

08:19AM 22   Q.    That's what it was intended for?

08:19AM 23   A.    That's right.

08:19AM 24   Q.    Now, my understanding is, is that the crew never got to

08:19AM 25   that stage?

**OFFICIAL TRANSCRIPT**

08:19AM 1    A.    That's correct.

08:19AM 2    Q.    The cement plug was never set?

08:19AM 3    A.    That's right.

08:19AM 4    Q.    So at the time the event began up through the end, the

08:19AM 5    crew never had the opportunity to go from end of negative test

08:19AM 6    to sending of cement plug?

08:19AM 7    A.    That's right.

08:19AM 8    Q.    All right.  Let's go to Key Finding Number 4.  Oh, I'm

08:19AM 9    sorry.  Okay.  The investigation team concludes -- this goes

08:19AM 10   back to Number 3 -- the lack of flow from what was believed to

08:19AM 11   be an open kill line, coupled with the erroneous explanation

08:19AM 12   for the 1400 psi in the drill pipe led the well site leaders

08:20AM 13   and the rig crew to the incorrect view that the negative

08:20AM 14   pressure test was successful and that integrity was

08:20AM 15   established.

08:20AM 16           Now, essentially what you concluded is that because

08:20AM 17   there was pressure on the drill pipe when there should have

08:20AM 18   been zero -- right, all things -- nothing is going on

08:20AM 19   underneath, there is nothing to create the pressure?

08:20AM 20   A.    Right.

08:20AM 21   Q.    There's 1400 pounds psi on the drill pipe, but there is no

08:20AM 22   pressure on the kill line.

08:20AM 23   A.    Correct.

08:20AM 24   Q.    That is what we call an anomaly, correct?

08:20AM 25   A.    Yes.

**OFFICIAL TRANSCRIPT**

08:20AM 1    Q.    Because of the system and the way it's designed to be a

08:20AM 2    closed pressure system, if there is no pressure on the drill

08:20AM 3    pipe, there should be no pressure on the kill line?

08:20AM 4    A.    That's right.  For a successful test, that's right.

08:20AM 5    Q.    If there is some pressure on the drill pipe, you would

08:20AM 6    expect some pressure on the kill line as well; the converse is

08:20AM 7    true?

08:20AM 8    A.    Yep, that's right.

08:20AM 9    Q.    When you have that much of a difference, it should be a

08:20AM 10   clear sign to those involved in this test that further

08:20AM 11   investigation is required?

08:20AM 12         MR. BRIAN:  Objection, no foundation, calls for an

08:21AM 13   expert opinion, Your Honor.

08:21AM 14   BY MR. STERBCOW:

08:21AM 15   Q.    Do you have the requisite knowledge to know enough about

08:21AM 16   the negative test now to answer that question?

08:21AM 17   A.    I can say that was the conclusion that my team came to.

08:21AM 18         THE COURT:  Go ahead.

08:21AM 19   BY MR. STERBCOW:

08:21AM 20   Q.    Okay.  Fair enough.  Your team concluded that if there is

08:21AM 21   pressure on the drill pipe, no pressure on the kill line,

08:21AM 22   number one, it's what's known in the industry as an anomaly,

08:21AM 23   and, number two, given the purpose of this test, the timing of

08:21AM 24   the test and the completion -- or the temporary abandonment

08:21AM 25   procedure, it is critical that the reason for the anomaly be

OFFICIAL TRANSCRIPT

08:21AM  1   determined, correct?

08:21AM  2   A.    That was a long statement.  I'm sorry.  We determined that

08:21AM  3   it was an important critical test, and it was misinterpreted,

08:21AM  4   and that the 1400 and zero was a pretty clear sign.

08:21AM  5   Q.    All right.  You also determined based on your

08:21AM  6   investigation, or the team did, that this was a shared

08:21AM  7   responsibility between BP and Transocean personnel, correct?

08:21AM  8   A.    Again, we didn't look at responsibility.  We did observe

08:21AM  9   who was involved, and we did observe that BP and Transocean

08:22AM  10  were together involved in this, the working on this test and

08:22AM  11  interpretation.

08:22AM  12  Q.    That being the case, then, if there is an anomaly on the

08:22AM  13  drill pipe pressure versus the kill line pressure sufficient to

08:22AM  14  raise concern, it's a concern, based on the findings of your

08:22AM  15  report, that is a shared concern between BP and Transocean,

08:22AM  16  correct?

08:22AM  17  A.    We believe that if either side would have felt that -- you

08:22AM  18  know, recognized that there was a problem and wanted to take

08:22AM  19  another step, that would have happened.

08:22AM  20  Q.    That's exactly what was going to be my point.  Either

08:22AM  21  side -- and when we say side, we're talking about the

08:22AM  22  companies?

08:22AM  23  A.    Yes.

08:22AM  24  Q.    -- either group of personnel, well site leaders or drill

08:22AM  25  crew members, could have stopped and taken whatever steps they

**OFFICIAL TRANSCRIPT**

08:22AM 1    thought was necessary to further investigate this anomaly?

08:22AM 2    A.    I believe that's true.

08:22AM 3    Q.    Neither side did so?

08:22AM 4    A.    Unfortunately not.

08:22AM 5    Q.    We proceeded on to further displacement, which essentially

08:22AM 6    is removing more heavy mud, replacing it with more lighter

08:23AM 7    seawater, and giving the well more of an opportunity to flow?

08:23AM 8    A.    Correct.

08:23AM 9    Q.    Now, let me ask you a question, while we're on this, if

08:23AM 10   the well site leader, in this case Mr. Vidrine, went to the

08:23AM 11   drill crew and said, okay, I'm calling this a normal test,

08:23AM 12   let's go, first of all, that's within his authority to do so,

08:23AM 13   correct --

08:23AM 14   A.    Yes.

08:23AM 15   Q.    -- as well site leader?

08:23AM 16   A.    Yes.

08:23AM 17   Q.    If that happens, aren't we now entering what, based on

08:23AM 18   your investigation, looks to be one of the most risk --

08:23AM 19   riskiest phases of this whole operation because we're now

08:23AM 20   displacing to a lighter fluid and giving the well more of an

08:23AM 21   opportunity to flow, intentionally, as part of the operation,

08:23AM 22   correct?

08:23AM 23   A.    Yes.

08:23AM 24   Q.    With displacement comes increased risk, correct?

08:23AM 25   A.    Potentially, if you haven't established --

**OFFICIAL TRANSCRIPT**

08:23AM 1   Q.   Potentially?

08:24AM 2   A.   -- well integrity, yes.

08:24AM 3   Q.   Exactly.  But you can establish well integrity by keeping

08:24AM 4   enough heavy mud on it to where you know it can't flow because

08:24AM 5   you've got your hydrostatic head?

08:24AM 6   A.   That's right.

08:24AM 7   Q.   So for every gallon or pound of hydrostatic head you take

08:24AM 8   off, the risk of well flow potential increases?

08:24AM 9   A.   Yes.  As soon as the pressure inside the well is lower

08:24AM 10  than the pressure in the reservoir, flow will happen.

08:24AM 11  Q.   This is not a mystery to Mr. Vidrine, Mr. Kaluza, or

08:24AM 12  anybody on Transocean's crew, correct; everybody knows this?

08:24AM 13  A.   Yes, sir, I believe that to be true.

08:24AM 14  Q.   This is a basic tenet of well control?

08:24AM 15  A.   Yes.

08:24AM 16  Q.   If we start taking the cork off the bottle, we better

08:24AM 17  really watch what we're doing?

08:24AM 18  A.   I think that's true.

08:24AM 19  Q.   So if, in fact, Mr. Vidrine went up to the drill floor and

08:24AM 20  said, I think it's fine, keep going, that does not relieve

08:24AM 21  either him or Mr. Kaluza or anybody on Transocean's crew from

08:24AM 22  vigilance, or I would even say heightened vigilance, to watch

08:25AM 23  this well as you displace mud from seawater and start taking

08:25AM 24  the cork off the bottle, correct?

08:25AM 25          MR. BRIAN:  Objection, Your Honor, no foundation, calls

**OFFICIAL TRANSCRIPT**

08:25AM 1   for expert opinion.

08:25AM 2        THE COURT:  Overruled.  The witness is capable of

08:25AM 3   either answering or saying he can't answer.

08:25AM 4        THE WITNESS:  I'm sorry, could you ask the question

08:25AM 5   again.

08:25AM 6   BY MR. STERBCOW:

08:25AM 7   Q.   Very simply put, we're now entering, if not the riskiest,

08:25AM 8   one of the most riskiest phases of the Macondo well project up

08:25AM 9   to the point of abandonment, fair?

08:25AM 10   A.   I'm not sure if I agree with that.  It's a critical point.

08:25AM 11   I don't know if it's riskier or less risky than other parts.

08:25AM 12   Q.   But you do agree, based on what you know, that you are now

08:25AM 13   giving the well an opportunity, if there are problems with well

08:25AM 14   integrity, you're now giving the well an opportunity to flow

08:25AM 15   into the casing?

08:25AM 16   A.   By putting it into an underbalanced condition.

08:25AM 17   Q.   It's part of the process?

08:25AM 18   A.   Yes, that's right.

08:25AM 19   Q.   Everybody knows the right?

08:25AM 20   A.   I believe that's right.

08:25AM 21   Q.   Everybody should know the process?

08:25AM 22   A.   It's a pretty common part of the drilling process.

08:26AM 23   Q.   It is part of well control, correct?

08:26AM 24   A.   Well control, to me, means managing that hydrostatic

08:26AM 25   pressure on the well.

08:26AM 1  Q.    Managing hydrostatic pressure on the well is a

08:26AM 2  responsibility, according to what I've read, and correct me if

08:26AM 3  I'm wrong or tell me if you can't tell me, between BP and

08:26AM 4  Transocean?

08:26AM 5  A.    What I -- I'm probably not qualified to answer this fully.

08:26AM 6  Q.    Fair enough.

08:26AM 7  A.    I can tell you what I learned from my team.

08:26AM 8  Q.    Fair enough.

08:26AM 9        If, in fact -- well, we don't have to say if because

08:26AM 10 it happened.  When you have an anomaly like the one that was

08:26AM 11 seen in this negative test, is there any procedure that you're

08:26AM 12 aware of that requires either the well site leaders or

08:26AM 13 Transocean or both in tandem to conduct any kind of risk

08:26AM 14 analysis at that point?

08:26AM 15       Do they have to stop and discuss, what are our risks,

08:27AM 16 what risks have we created in this test, and what do we need to

08:27AM 17 do to mitigate those risks?

08:27AM 18 A.    I don't know if I would say there is a procedure.  There

08:27AM 19 is a commonly held view.  You know, it gets called different

08:27AM 20 things.  Stop the job is one.

08:27AM 21       I would say, yeah, if either side -- if anyone

08:27AM 22 involved sees something that they believe isn't right or could

08:27AM 23 be a safety issue, that should cause people to say, hey, let's

08:27AM 24 look at this, let's talk about it, let's see if we can figure

08:27AM 25 out what's not right here.

**OFFICIAL TRANSCRIPT**

08:27AM 1    Q.   So at the end of the day, what we're really talking about

08:27AM 2    here is a management of risks.  I'm not necessarily using that

08:27AM 3    in terms of having to fill out a form, but what should be done

08:27AM 4    is whoever is involved needs to manage the risk that they had,

08:27AM 5    in fact, created and are going to continue to create by

08:27AM 6    removing the hydrostatic head from this well; that risk of flow

08:28AM 7    has to be managed properly?

08:28AM 8    A.   Certainly, yeah.

08:28AM 9    Q.   Fair enough.

08:28AM 10          Let's go to Number 4.  Influx was not recognized

08:28AM 11   until hydrocarbons were in the riser.

08:28AM 12          Who was supposed to monitor the well for influx and

08:28AM 13   see it before it got to the riser?

08:28AM 14   A.   Well, what I learned -- what I know from my experience and

08:28AM 15   what I learned -- was reminded up through the investigation, is

08:28AM 16   was that the drill crew, and the driller in particular, are the

08:28AM 17   primary people that monitor the flow in the well.

08:28AM 18   Q.   Is it expected -- and you can testify based on what you

08:28AM 19   said yesterday, from experience, as well as what you've done

08:28AM 20   over time at BP -- is it expected that the Transocean crew will

08:28AM 21   continuously monitor flow to determine whether influx is

08:28AM 22   occurring; that's an ongoing obligation of the Transocean crew,

08:29AM 23   correct?

08:29AM 24   A.   I believe that to be in their policies and the common way

08:29AM 25   it's -- you know, the common expectation.  I believe that to be

**OFFICIAL TRANSCRIPT**

08:29AM 1    right.

08:29AM 2    Q.    By the way, do you know whether or not Transocean shared

08:29AM 3    those policies with any of the well site leaders or Mr. Guide?

08:29AM 4    A.    I don't happen to know that, no.

08:29AM 5    Q.    Let's go to TREX 986.068, D-2185.

08:29AM 6          We're not going to get that detailed, but you did

08:29AM 7    determine that there were two negative tests done, correct, one

08:29AM 8    without the kill line and then one with the kill line?

08:29AM 9    A.    Yeah, there was that point where they switched the kill

08:29AM 10   line, that's right.

08:29AM 11   Q.    Well, this is the second one, when we're talking about the

08:29AM 12   kill line.

08:29AM 13          According to this, and I think it's quite accurate,

08:29AM 14   by 6:40 p.m., at least the anomaly, not so much the influx or

08:29AM 15   the flow, but at least the anomaly, the possibility that there

08:30AM 16   is a problem with well integrity, is known or should be known

08:30AM 17   based upon the results of the tests, correct?

08:30AM 18   A.    I can't correlate the time from memory.

08:30AM 19   Q.    But if my time is correct, if you take that as being

08:30AM 20   accurate, then by 6:40, the anomaly is known?

08:30AM 21   A.    Well, there was a point when the 1400 pounds on one side

08:30AM 22   and zero on the other was known.

08:30AM 23   Q.    All right.  At that point and from that point forward, in

08:30AM 24   the face of the anomaly, the crew keeps going; that's what you

08:30AM 25   found from a factual standpoint?

**OFFICIAL TRANSCRIPT**

08:30AM 1   A.   You know, after discussion in joint, you know, effort to

08:30AM 2   understand, they did conclude that it was okay and moved

08:30AM 3   forward, yes.

08:30AM 4   Q.   All right.  Let's go to 986.077.

08:31AM 5        Now, the next figure shows drill pipe pressure

08:31AM 6   anomalies from 9:01 to 9:14.  So what we've done is, at

08:31AM 7   6:40 p.m., while we don't have indication as far as anybody

08:31AM 8   could reconstruct from data that there is actual flow, we do

08:31AM 9   know by 6:40 that there is a potential well integrity problem,

08:31AM 10  correct?  That's what the negative test told you?

08:31AM 11  A.   Yeah, that's right.  In hindsight, that's right.

08:31AM 12  Q.   All right.  So we now go forward 2 hours and 20 minutes,

08:31AM 13  until, at 9:01, there is a signature on the drill pipe pressure

08:31AM 14  where it changes direction that, according to, I think, your

08:31AM 15  conclusion, should have been the first indication of flow.

08:31AM 16  A.   I'm just trying to make sure I understand the picture

08:31AM 17  here.

08:31AM 18       What I recall is we saw multiple anomalies during

08:32AM 19  this period.  Yeah, this is the first one.  So the pump -- this

08:32AM 20  is while the pumps are on.  The pressure should have been

08:32AM 21  dropping because of the way the fluids are moving in the well,

08:32AM 22  and, instead, it grew by a hundred psi, from memory.

08:32AM 23  Q.   All right.  So 2 hours and 40 minutes pass.  The well is

08:32AM 24  given time to behave the way it's going to behave, the way it

08:32AM 25  was telling the crew it was going to behave based on the

**OFFICIAL TRANSCRIPT**

08:32AM 1   negative pressure test, in hindsight.

08:32AM 2          By 9:01, now it's there for everyone to see who's

08:32AM 3   looking, the well is flowing, correct?

08:32AM 4   A.   In hindsight, yeah, we believe that was observable to the

08:32AM 5   crew.

08:32AM 6   Q.   But in realtime, this very graph is available to those on

08:32AM 7   the rig who should notice it, correct?

08:32AM 8   A.   Yeah, both in the driller's cabin and console and in the

08:32AM 9   mudlogger part that we talked about.

08:32AM 10  Q.   So you have at least two people, based on your

08:33AM 11  investigation, at least two folks on the rig are looking for

08:33AM 12  this very thing and should have seen it?

08:33AM 13  A.   It should have been visible to them, yes.

08:33AM 14          THE COURT:  Mr. Sterbcow, before you go any further, I

08:33AM 15  want to clarify something.  You identified this as the

08:33AM 16  TREX number 986.077, but it also has a demonstrative number.

08:33AM 17          MR. STERBCOW:  I'm sorry, Your Honor.

08:33AM 18          THE COURT:  Is this a demonstrative from that exhibit?

08:33AM 19          MR. STERBCOW:  It is.  D-2194.  I'm sorry.

08:33AM 20          THE COURT:  Let's try to make sure when we're using a

08:33AM 21  demonstrative, we clearly identify for the record that it's a

08:33AM 22  demonstrative, identify it by the demonstrative number.  Then,

08:33AM 23  if you also want to refer to the exhibit number, that's fine.

08:33AM 24          MR. STERBCOW:  I'll do both, Your Honor.

08:33AM 25          THE COURT:  Okay.

**OFFICIAL TRANSCRIPT**

08:33AM  1    BY MR. STERBCOW:

08:33AM  2    Q.   So now, this demonstrative, D-2194, we're looking at 9:01

08:33AM  3    and 9:14, correct?  At least, that's what it says at the top.

08:33AM  4    If you to go the graph at the bottom, it will give you the

08:33AM  5    times.

08:33AM  6    A.   Okay.  Yes, I see that.

08:33AM  7    Q.   Let's go to 2195.

08:34AM  8         Now we've moved forward, from 9:27 to 9:40.  You see

08:34AM  9    that?

08:34AM  10   A.   Yes, I do.

08:34AM  11   Q.   Further evidence of flow based on drill pipe pressure and

08:34AM  12   the differential pressure -- clear differential pressures

08:34AM  13   between drill pipe and kill line.

08:34AM  14   A.   I'm sorry, this is moving -- it's not quite familiar to

08:34AM  15   me.  It's not exactly how we showed it in the report.  I think

08:34AM  16   it's right, but I'm getting away from where I feel comfortable

08:34AM  17   that I can --

08:34AM  18   Q.   We won't do that.

08:34AM  19        Let's do this.  Let's go to your conclusions.  First

08:34AM  20   go to D-2020, TREX 1.021.

08:34AM  21        This is from your report.  It shows -- the diagram

08:34AM  22   attempts to show the black is now the influx of hydrocarbons in

08:35AM  23   the well, correct?

08:35AM  24   A.   That's right.

08:35AM  25   Q.   This is as of 9:38 p.m.?

**OFFICIAL TRANSCRIPT**

980

08:35AM 1   A.   Correct.

08:35AM 2   Q.   So between 6:40 p.m., when the well was telling the crew

08:35AM 3   through the negative test result that there was a potential

08:35AM 4   problem, up to 9:38 p.m., this well has now flowed to the point

08:35AM 5   where it's come all the way up to the mud line, or close to it,

08:35AM 6   based on your diagram?

08:35AM 7   A.   That's right.

08:35AM 8   Q.   That's a long way.

08:35AM 9   A.   It's a significant influx by this time, yes.

08:35AM 10  Q.   You found no evidence in your investigation that anyone

08:35AM 11  aboard the Transocean *Deepwater Horizon* vessel had any idea

08:35AM 12  this was going on?

08:35AM 13  A.   Yeah.  At this point, we couldn't see any indication that

08:35AM 14  people were taking actions that would indicate they understood

08:35AM 15  there was a well flow situation going on.

08:35AM 16  Q.   I think your report also concludes that the first well

08:36AM 17  control response that you could determine from data review

08:36AM 18  occurred at 9:41, three minutes after the scenario depicted in

08:36AM 19  this diagram?

08:36AM 20  A.   Yes, sir, that's when we believe that this blowout

08:36AM 21  preventer was first -- first operated.

08:36AM 22  Q.   All right.  Taking it back again one more time, from

08:36AM 23  6:40 p.m., again, when the well is telling the crew, through

08:36AM 24  the negative test, there may be an integrity issue, you need to

08:36AM 25  look at it before you displace, to 9:41, three hours go by.  In

08:36AM 1    that three-hour period, nobody on that rig, well site leaders,

08:36AM 2    drill crew, anybody else involved, had any idea that the

08:36AM 3    hydrocarbons in the Macondo well had made it to the riser?

08:36AM 4    A.   I would like to make one clarifying point, if I can, about

08:36AM 5    that three-hour period?

08:36AM 6    Q.   Sure.

08:36AM 7    A.   After the negative test, the well was returned to an

08:36AM 8    overbalanced condition.  So when that BOP was opened back up,

08:37AM 9    the heavy mud is back on.

08:37AM 10          It didn't then come to an underbalanced condition

08:37AM 11   until about 8 o'clock, so it was really an hour here.

08:37AM 12   Q.   So for an hour and, what would that be, 20 minutes --

08:37AM 13   A.   Yeah.

08:37AM 14   Q.   -- it's now -- the hydrostatic head is back on?

08:37AM 15   A.   Yeah.

08:37AM 16   Q.   So it can't flow?

08:37AM 17   A.   It can't flow.

08:37AM 18   Q.   No reason for anybody to detect anything?

08:37AM 19   A.   Correct.

08:37AM 20   Q.   From 8 o'clock, then, to 9:41, an hour and 41 minutes

08:37AM 21   pass, and it's flowing?

08:37AM 22   A.   Yeah, from that point on, from memory, that's when we

08:37AM 23   believe the well began to flow, and there was increasing signs

08:37AM 24   that should have been visible.

08:37AM 25   Q.   Is there an expectation that a well that is flowing for an

**OFFICIAL TRANSCRIPT**

08:37AM  1    hour -- from 8:00 to 9:40 is going to be detected on the

08:37AM  2    vessel?

08:37AM  3    A.    Yes, from my experience and what I've -- listening to my

08:37AM  4    team talk about this, it would certainly be expected that that

08:37AM  5    would be observed and reacted to.

08:37AM  6    Q.    Well flow in this situation that could lead, obviously, to

08:38AM  7    a blowout is a very dangerous situation, correct?

08:38AM  8    A.    Yes, it is.

08:38AM  9    Q.    In the Gulf of Mexico deepwater, there are very few, if

08:38AM 10    any, more dangerous situations than this one?

08:38AM 11    A.    This is the key risk associated with drilling wells, yeah.

08:38AM 12    Q.    The highest risk that can be identified?

08:38AM 13    A.    As far as I'm aware, yes.

08:38AM 14    Q.    For whatever reason, and we'll talk about that later, that

08:38AM 15    risk was neither recognized nor addressed until it was too

08:38AM 16    late?

08:38AM 17    A.    The signs that the well was flowing didn't seemed to be

08:38AM 18    recognized or reacted to.

08:38AM 19    Q.    Let's go to Key Finding Number 5, TREX 1, page 43.  When

08:38AM 20    well influx occurs, rapid response is critical.  The drill crew

08:38AM 21    needs effective procedures and must effectively implement them

08:38AM 22    to maintain control over the deteriorating conditions of the

08:39AM 23    well.  Key members of the rig crew need to be trained and

08:39AM 24    demonstrate competency, their actions need to be correct and

08:39AM 25    immediate, especially when control of the well has been lost

OFFICIAL TRANSCRIPT

08:39AM 1    and the flow of hydrocarbons has escalated.

08:39AM 2            Do you know whether or not, through your

08:39AM 3    investigation, or even through your experience, whether or not

08:39AM 4    Transocean, as the owner of the vessel, the employer of the

08:39AM 5    drill crew that is there to drill and monitor the well, were

08:39AM 6    trained and competent to handle this situation?  Do you know

08:39AM 7    that for a fact?

08:39AM 8    A.    We could see that they had well control training from our

08:39AM 9    work.  Beyond that, I can't say anything.  I know that they had

08:39AM 10   the training.

08:39AM 11   Q.    You're not familiar with any process or procedure

08:39AM 12   undertaken by Transocean to ensure, other than well control

08:39AM 13   training, the training and competency of that crew to handle

08:39AM 14   this situation?

08:39AM 15   A.    I'm not aware, no.

08:39AM 16   Q.    You're not aware and you didn't -- nothing in your report

08:39AM 17   talks about procedures off the rig that would ensure that the

08:40AM 18   Transocean crew is prepared to handle the risks associated with

08:40AM 19   an event like this?

08:40AM 20   A.    Not to my awareness, no.

08:40AM 21   Q.    Stated differently, BP has no idea if Transocean even has

08:40AM 22   a process safety policy that applies to this and, if they do,

08:40AM 23   what that policy says?

08:40AM 24   A.    I don't know if BP does.  I didn't learn about that

08:40AM 25   through the investigation, and I'm not aware of it myself.

**OFFICIAL TRANSCRIPT**

08:40AM 1   Q.   All right.  Let's go to Key Finding 6.  Diversion to the

08:40AM 2   mud gas separator resulted in gas venting onto the rig.

08:40AM 3          Essentially, what we're talking about here is now

08:40AM 4   we've got a situation where the mud and the gas have reached

08:40AM 5   the vessel; it's there, right?

08:40AM 6   A.   That's right.

08:40AM 7   Q.   The systems aboard the vessel now, whatever systems there

08:41AM 8   may be, have to deal with it, to the best of their ability, men

08:41AM 9   and equipment?

08:41AM 10  A.   Yes.

08:41AM 11  Q.   We're in a situation now where it's too late to try to put

08:41AM 12  the cork back on the bottle; fair?

08:41AM 13  A.   Well, once the hydrocarbons are above the BOP which sits

08:41AM 14  at the mud line, in this case 5000 feet down, yeah, the ones

08:41AM 15  above it are coming to the surface.

08:41AM 16  Q.   All right.  Do you know -- we'll read this:  "The MGS,"

08:41AM 17  mud gas system, "removes only small amounts of gas entrained in

08:41AM 18  the mud."

08:41AM 19         Do you have any knowledge of how the MGS system works

08:41AM 20  in the normal course of drilling, not in a situation like this,

08:41AM 21  or is that beyond the scope of your knowledge?

08:41AM 22  A.   It's really beyond the scope of my knowledge.

08:41AM 23  Q.   Do you have any knowledge as to whether the mud gas

08:41AM 24  separator system is even designed, much less intended, to

08:41AM 25  handle the volume and speed of the mud and gas now reaching the

**OFFICIAL TRANSCRIPT**

08:41AM 1   vessel at this point in time?

08:42AM 2   A.   That was covered in the report.  The view was no, it was

08:42AM 3   intended for very small volumes of gas in the mud.

08:42AM 4   Q.   That is a vessel based system, correct?  It's aboard the

08:42AM 5   boat?

08:42AM 6   A.   Yes, sir.  That's right.

08:42AM 7   Q.   It's an integral part of the boat?

08:42AM 8   A.   Yes.

08:42AM 9   Q.   It's a Transocean-owned vessel?

08:42AM 10  A.   Yes, it's part of the rig.  That's right.

08:42AM 11  Q.   It became clear to you through your investigation that

08:42AM 12  that system, if it encountered the flow and volume of gas and

08:42AM 13  mud that would be encountered in this situation, was never

08:42AM 14  designed and never intended to handle it in terms of diverting

08:42AM 15  it overboard; that's a conclusion you could make?

08:42AM 16  A.   Yeah.  There is another part of that system that's

08:42AM 17  designed to divert it overboard.  It's --

08:42AM 18  Q.   That's where we're going to go.  Let's go to -- let's do,

08:42AM 19  let's do D-2123.  It's TREX 986.004.

08:43AM 20          Stay with this for a second.  What this is going to

08:43AM 21  show us, it's a brief animation, but it's going to show first

08:43AM 22  the mud gas separator -- it will speak for itself.

08:43AM 23          (WHEREUPON, at this point in the proceedings, an

08:43AM 24  animation was played.)

08:43AM 25          You just referenced the overboard diverter lines;

**OFFICIAL TRANSCRIPT**

08:43AM 1  that's the other method, correct?

08:43AM 2  A.   Yes.

08:43AM 3  Q.   Here we have gas coming up, and it's being -- the mud is

08:43AM 4  going into the mud pits, and the gas is being diverted up the

08:43AM 5  pipe connected to the mud gas separator, do you see that?

08:43AM 6  A.   Yes.

08:43AM 7  Q.   The gooseneck is at the top of the derrick, correct?

08:43AM 8  A.   It was up the derrick somewhere.  I can't remember exactly

08:43AM 9  where.

08:43AM 10  Q.   As the volume increases, the separator system becomes

08:43AM 11  overwhelmed.  What happens is that instead of doing what is

08:44AM 12  shown here, which is diverting to the high capacity diverter

08:44AM 13  pipes, which my understanding are very large pipes that are

08:44AM 14  designed for this very problem, divert mud -- or specifically

08:44AM 15  mud -- gas entrained mud over the side of the vessel in an

08:44AM 16  emergency situation?

08:44AM 17  A.   That's my understanding.

08:44AM 18  Q.   Rather than do that, the mud-gas separator becomes

08:44AM 19  overwhelmed, the gas goes up the pipe and its gooseneck, and

08:44AM 20  it's dumped right back down on the drill floor, correct?

08:44AM 21  A.   That's what we concluded, yeah.

08:44AM 22  Q.   All right.  Does BP have any responsibility whatsoever to

08:44AM 23  maintain or operate either one of those diverter systems?

08:44AM 24  A.   Those systems are operated by the rig crew.

08:44AM 25  Q.   Part of the vessel equipment operated by the vessel crew,

OFFICIAL TRANSCRIPT

987

08:44AM 1    correct?

08:44AM 2    A.   Yes, sir.

08:44AM 3    Q.   Let's go to Key Finding Number 7, page 46.

08:45AM 4            I'm sorry.  We've covered this.  Let's go to Key

08:45AM 5    Finding 7.  Fire and gas systems did not prevent hydrocarbon

08:45AM 6    ignition.

08:45AM 7            Fire and gas systems are talking about systems,

08:45AM 8    again, aboard the vessel, correct?

08:45AM 9    A.   Yes.

08:45AM 10   Q.   These are systems built into the vessel specifically

08:45AM 11   designed to detect and respond to toxic gas, flammable gas or

08:45AM 12   fire aboard the vessel?

08:45AM 13   A.   Yes, that's correct.

08:45AM 14   Q.   You would agree with me, given the fact that vessels,

08:45AM 15   sophisticated vessels like the Transocean *Deepwater Horizon*,

08:45AM 16   operate far offshore, and their sole purpose is to drill holes

08:45AM 17   in the Gulf of Mexico sea floor and potentially expose the boat

08:45AM 18   and its crew to an event like this, these fire and gas systems

08:45AM 19   are critical for the safe operation of this vessel?

08:46AM 20   A.   Yes, I think fire and gas systems are critical safety

08:46AM 21   devices, yes.

08:46AM 22   Q.   You even say, fire and gas systems detect hydrocarbon gas

08:46AM 23   and initiates warning alarms when acceptable limits are

08:46AM 24   exceeded.  For some alarms, an automated function initiates

08:46AM 25   when hydrocarbon gas is detected beyond acceptable limits.  The

988

08:46AM 1    automated function primarily prevents gas ingress to vulnerable

08:46AM 2    locations through the heating, ventilation and HVAC system.

08:46AM 3    When gas is detected, the fire and gas system closes the

08:46AM 4    dampers and shuts off the ventilation fans.

08:46AM 5            All in an effort by design and function in automatic

08:46AM 6    mode to prevent gas that reaches the vessel deck from igniting

08:46AM 7    and exploding, correct?

08:46AM 8    A.    Yeah.  That's the intention of these kind of systems.

08:46AM 9    Q.    That didn't happen here?

08:46AM 10   A.    No, it didn't.  Obviously, there was a fire on the rig.

08:47AM 11   Q.    Let's go to TREX 1.067, demonstrative 2066.

08:47AM 12           This is a photograph of the aft deck of the *Horizon*

08:47AM 13   taken from your report.  I think it's fair to say, and not

08:47AM 14   beyond anyone's expertise, where you have engine room supply

08:47AM 15   intakes are the very areas where you need to have a system set

08:47AM 16   up that will cut off those intakes to prevent gas from being

08:47AM 17   sucked into the vessel's engine rooms, correct?

08:47AM 18   A.    This is pretty technical.  What I recall from this is

08:47AM 19   there is trade-offs to be considered for those kind of cutoffs.

08:47AM 20           On a DP vessel like this, you don't want to

08:47AM 21   accidently shut engines off, so that system design does have

08:47AM 22   trade-offs in it.  You know, beyond that, I'm outside of my --

08:47AM 23   Q.    That's what I was going to ask you.  Do you have any

08:47AM 24   idea -- first, let me establish that those trade-offs and how

08:48AM 25   those trade-offs are handled are Transocean functions and

**OFFICIAL TRANSCRIPT**

08:48AM 1   decisions, correct?

08:48AM 2   A.   I believe so.  I believe it's part of the rig design.

08:48AM 3   Q.   As part of your report, you were not able to discuss with

08:48AM 4   anybody from Transocean what their policy and procedure was for

08:48AM 5   handling these trade-offs?

08:48AM 6   A.   We were able to get some drawings that enabled us to do

08:48AM 7   this.  I don't recall whether or not -- I know we couldn't

08:48AM 8   discuss it with anyone.  I don't know if we got a hold of

08:48AM 9   policy or procedure information or not.

08:48AM 10  Q.   So if a trade-off involved increasing risk by inhibiting

08:48AM 11  in some manner the automatic mode, automatically shutting the

08:48AM 12  dampers, automatically preventing gas from getting into the

08:48AM 13  engine room, if that's part of the trade-off, you have no idea?

08:48AM 14  BP has no idea?

08:48AM 15  A.   Not that I'm aware of.

08:48AM 16  Q.   We do know, though, based on --

08:48AM 17       Let's go to 1.068, demonstrative 2067.

08:49AM 18       You actually put together, based on data, what you

08:49AM 19  called, Vapor Dispersion Aft Deck -- 190 Seconds, correct?

08:49AM 20  A.   Yeah, that looks like it's from the report.

08:49AM 21  Q.   Right.  And what this is telling us, if I understand it,

08:49AM 22  is that flammable gas, three minutes and ten seconds after it

08:49AM 23  reached the rig, had covered the aft starboard deck.

08:49AM 24  A.   Based on modeling.  That's --

08:49AM 25  Q.   Based on modeling.  Understood.

OFFICIAL TRANSCRIPT

08:49AM 1    A.    Yeah.

08:49AM 2    Q.    These are the findings of your investigation.

08:49AM 3    A.    Yeah, that's right.

08:49AM 4    Q.    The very area that we just looked at that contained the

08:49AM 5    intake systems for the engine rooms.

08:49AM 6    A.    Yes, sir, that's right.

08:49AM 7    Q.    All right.  And you don't know how those systems had been

08:49AM 8    altered, if at all, inhibited, if at all, altered, if in any

08:49AM 9    manner, to prevent them from addressing the very situation that

08:49AM 10   they are designed to deal with, which is what we're looking at

08:49AM 11   here, correct?

08:49AM 12   A.    I have to say I can't recall what -- what detail was

08:50AM 13   looked at in the report on that, so I'm not aware sitting here

08:50AM 14   at this minute.  There may be some information about that in

08:50AM 15   the report.  I simply don't remember.

08:50AM 16         THE REPORTER:  Can you speak up a little bit.

08:50AM 17         THE WITNESS:  I'm sorry.  I said -- I was answering his

08:50AM 18   question.

08:50AM 19         He asked me if I could -- well, my answer was,

08:50AM 20   I'm just not remembering at this moment if we looked at the

08:50AM 21   detail that you asked about in our report.

08:50AM 22   BY MR. STERBCOW:

08:50AM 23   Q.    But we do know that you were not able to talk to any

08:50AM 24   Transocean personnel who had knowledge of design or

08:50AM 25   installation of this vessel system, correct?

**OFFICIAL TRANSCRIPT**

08:50AM 1    A.    Yes, that's right.

08:50AM 2    Q.    You were not able to talk to any Transocean personnel who

08:50AM 3    were primarily responsible aboard the vessel for monitoring and

08:50AM 4    operating the system, correct?

08:50AM 5    A.    That's correct.

08:50AM 6    Q.    And you further were not told that the dynamic positioning

08:50AM 7    officers aboard the vessel on duty the night of the incident

08:50AM 8    were not trained to deal with the worst-case scenario like

08:50AM 9    this, they didn't tell you that either?

08:50AM 10   A.    We didn't have any discussions with Transocean.

08:50AM 11   Q.    Let's go to key finding Number 8.  Last of the eight key

08:51AM 12   findings.

08:51AM 13         "The BOP emergency mode did not seal the well.  None

08:51AM 14   of the emergency methods available for operating the BOP were

08:51AM 15   successful in isolating the wellbore.  The different methods

08:51AM 16   available were not fully independent, therefore, single

08:51AM 17   failures could affect more than one emergency method of BOP

08:51AM 18   operation.  Ultimately, the only way to isolate the well at the

08:51AM 19   BOP was to close a single component, the blind shear ram, that

08:51AM 20   ram had to shear the drill pipe and seal the well."

08:51AM 21         Now, if I understand you correctly, and it looks like

08:51AM 22   you did a pretty thorough analysis, through Mr. Abbassian, of

08:51AM 23   the BOP on the *Deepwater Horizon*, correct?

08:51AM 24   A.    We did, I think --

08:51AM 25   Q.    As thorough as you could.

**OFFICIAL TRANSCRIPT**

08:51AM 1    A.    -- as thorough a job as we could.  This was quite

08:51AM 2    difficult because the BOP wasn't available to us.

08:52AM 3    Q.   If I understand correctly, a conclusion that you were able

08:52AM 4    to come to is that while the BOP, universally acknowledged by

08:52AM 5    everyone, was the last line of defense for the vessel in case

08:52AM 6    of a well control situation -- and you agree with that, too,

08:52AM 7    correct?  This is it?

08:52AM 8    A.   I don't know exactly what you mean by *last line of*

08:52AM 9    *defense*.  It's clearly important for this to work when it needs

08:52AM 10   to work.

08:52AM 11   Q.   If all else fails, isn't it a fact that those aboard the

08:52AM 12   vessel turn to this piece of equipment to try to save the

08:52AM 13   vessel and the people aboard the vessel?

08:52AM 14   A.   Yeah, I think that's accurate.  It is -- it is critical to

08:52AM 15   stop the well control situation that we're talking about here.

08:52AM 16   Q.   And what you concluded, based on the system in place at

08:52AM 17   the time, was that the only way to isolate the Macondo well at

08:52AM 18   the BOP was to close a single component, the blind shear ram?

08:53AM 19   A.   You know, in this emergency mode piece that we're talking

08:53AM 20   about here, that's right.

08:53AM 21   Q.   Right.  Correct.

08:53AM 22        And if the blind shear ram, for whatever reason,

08:53AM 23   didn't close all the way, didn't close at all, missed the pipe,

08:53AM 24   whatever could happen, there was nothing left in terms of a

08:53AM 25   backup on this system for this crew to turn to, to try to close

**OFFICIAL TRANSCRIPT**

08:53AM 1    this well?

08:53AM 2    A.    Yeah, that's correct.

08:53AM 3    Q.    And from a risk management standpoint, wouldn't you agree

08:53AM 4    with me that it is always, always, always, in a situation like

08:53AM 5    this, extreme hazard that there be a redundancy and more than

08:53AM 6    one method of ultimately sealing this well through this piece

08:53AM 7    of machinery?

08:53AM 8    A.    Well, there are multiple -- you know, we have been through

08:53AM 9    them.  In other words, there was opportunities to use the other

08:53AM 10   parts of the BOP before you got to this point, so I think there

08:53AM 11   are multiple ways to have stopped the well.

08:53AM 12   Q.    But none of them worked.

08:53AM 13   A.    This is true.

08:54AM 14   Q.    At the end of the day, the only way that was left is for

08:54AM 15   this one piece of equipment to work.

08:54AM 16   A.    Yeah.  Once you've gone through the other barriers, and

08:54AM 17   this is the last one left, that is true.

08:54AM 18   Q.    Do you know if there were BOPs available for the Gulf of

08:54AM 19   Mexico that had more than one blind shear ram?  Did you all

08:54AM 20   look into that?

08:54AM 21   A.    I know there are now.  I've heard them now.  At this point

08:54AM 22   in time, I don't happen to know.  My teammate may have looked

08:54AM 23   at that.

08:54AM 24   Q.    That's not something you concentrated on in the report?

08:54AM 25   A.    No, sir.  We were -- no.

**OFFICIAL TRANSCRIPT**

994

08:54AM 1    Q.   Because you're more looking at what happened rather than

08:54AM 2    what may be available?

08:54AM 3    A.   Yes.

08:54AM 4    Q.   Quickly go to the conclusions on this.

08:54AM 5         You concluded:

08:54AM 6         "Number 1, the emergency disconnect sequence did not

08:54AM 7    work."

08:54AM 8         I think that's probably the first step that you

08:54AM 9    mentioned a few minutes ago.

08:54AM 10        There's a few options here, one's called the EDS,

08:54AM 11   which literally disconnects the vessel from the system,

08:55AM 12   correct?

08:55AM 13   A.   Yeah, it would close those rams and disconnect at the sea

08:55AM 14   floor, yeah.

08:55AM 15   Q.   At the sea floor.

08:55AM 16   A.   Yeah.

08:55AM 17   Q.   And the vessel is allowed to float away?

08:55AM 18   A.   Yeah.

08:55AM 19   Q.   "The explosion and fire very likely damaged the

08:55AM 20   MUX cables," which are the communication cables, "between the

08:55AM 21   vessel and the BOP," correct?

08:55AM 22   A.   Yeah.  That was our conclusion.

08:55AM 23   Q.   Once they were damaged by an explosion, the EDS means of

08:55AM 24   closing the blind shear ram was extinguished?

08:55AM 25   A.   Correct.  That's right.

**OFFICIAL TRANSCRIPT**

08:55AM 1    Q.   And as far as you know, based on what you looked at, no

08:55AM 2    redundancy in that system.  No backup.  If those hydraulic

08:55AM 3    cables that provide the communication link between the last

08:55AM 4    line of defense and the vessel are damaged or destroyed, there

08:55AM 5    is nothing else they can turn to for an alternative method to

08:55AM 6    communicate with the BOP?

08:55AM 7    A.   My understanding is a bit different than that.  Because

08:55AM 8    the next mode, and maybe this is where you're going to go next,

08:55AM 9    is something supposed to happen if that condition is met.

08:56AM 10   Q.   Right.  Understood.  And I'm going there next.

08:56AM 11   A.   Okay.

08:56AM 12   Q.   But in terms of the crew having -- okay, the cables are

08:56AM 13   damaged.  Before we go to automatic function mode, is there

08:56AM 14   anything else we can do?

08:56AM 15        There is nothing else.

08:56AM 16   A.   I don't believe there is.

08:56AM 17   Q.   And these cables are run directly from the vessel through

08:56AM 18   what we call the *moon pool* at the bottom down to the BOP,

08:56AM 19   correct, if you know?

08:56AM 20   A.   Yeah, I remember a picture -- this is, you know, right at

08:56AM 21   the limits of my, you know, expertise.  But I remember from the

08:56AM 22   photographs in our report that, yeah, they go down to the

08:56AM 23   moon pool.  That's right.

08:56AM 24   Q.   They don't go out and around the vessel and down, they go

08:56AM 25   straight through the moon pool, which is underneath the drill

**OFFICIAL TRANSCRIPT**

996

08:56AM 1    floor?

08:56AM 2    A.    Yes, sir.

08:56AM 3    Q.    Now, let's go to the next one, automatic mode function.

08:56AM 4          "The AMF initiation conditions were very likely met

08:57AM 5    soon after the first explosion."

08:57AM 6          That's what you just referred to.

08:57AM 7    A.    Yes.

08:57AM 8    Q.    "But the AMF sequence very likely could not have been

08:57AM 9    completed by either control pod due to the failed solenoid

08:57AM 10   valve 103 in the yellow pod and an insufficient charge on the

08:57AM 11   27-volt battery bank in the blue pod."

08:57AM 12         So now when we turn to AMF built into the system to

08:57AM 13   deal with the situation we now face us -- we're now in, the

08:57AM 14   source of power for that system was not working.  That's what

08:57AM 15   you concluded.

08:57AM 16         The solenoid valve in the yellow pod had an

08:57AM 17   insufficient charge and the 27-volt battery -- excuse me, the

08:57AM 18   battery had an insufficient charge and solenoid valve failed.

08:57AM 19   A.    Yeah, that's right.  Those pods were required to enable

08:57AM 20   this AMF function to work.  And our conclusion, or our strong

08:57AM 21   view was that both pods were disabled for these two reasons.

08:57AM 22   Q.    Let's go to next, BOP maintenance and testing, which is

08:58AM 23   the last of your descriptions of the BOP.

08:58AM 24         "Maintenance records were not accurately reported in

08:58AM 25   the maintenance management system."

**OFFICIAL TRANSCRIPT**

08:58AM 1                    Whose maintenance management system?

08:58AM 2     A.    Well, this would have been looking at the Transocean

08:58AM 3     maintenance management system.

08:58AM 4     Q.    So you did have access to records of vessel maintenance?

08:58AM 5     A.    Some records.

08:58AM 6     Q.    Not all?

08:58AM 7     A.    Not all.

08:58AM 8     Q.    Based on what you were given and had access to, the BOP

08:58AM 9     maintenance records were not accurately reported in

08:58AM 10    Transocean's system?

08:58AM 11    A.    To be honest, I don't remember this detail very well.  I

08:58AM 12    remember we had some things to look at and the team felt that

08:58AM 13    they observed some potential weakness here.

08:58AM 14    Q.    Well, the wording taken out of the report, "The condition

08:58AM 15    of the critical components in the yellow and blue pods and the

08:58AM 16    use of a non-OEM part."

08:58AM 17                    Do you know what that stands for?

08:58AM 18    A.    It usually means -- well, it is original equipment

08:58AM 19    manufacturer.

08:58AM 20    Q.    And that would be -- in this case, it would be Cameron.

08:59AM 21    Are you aware of that?

08:59AM 22    A.    I know it was a Cameron BOP.  I don't know if they -- they

08:59AM 23    may sub out and have other parts.

08:59AM 24    Q.    Okay.

08:59AM 25    A.    But what this is saying, was the part that's being

                              **OFFICIAL TRANSCRIPT**

08:59AM 1   described, did it come from the original person that built that
08:59AM 2   piece of equipment.
08:59AM 3   Q.   And the answer was no?
08:59AM 4   A.   Apparently that's right.  There is at least one that
08:59AM 5   wasn't.
08:59AM 6   Q.   It's like when State Farm fixes a car after an accident
08:59AM 7   and they use somebody else's parts.
08:59AM 8            I had to throw that in, Judge.
08:59AM 9            I mean, that's essentially what you're saying here.
08:59AM 10  They didn't go back to get certified parts from the original
08:59AM 11  manufacturer, correct, based on what you saw?
08:59AM 12  A.   I don't know about *certified*.  This is saying -- non-OEM
08:59AM 13  means it didn't come from the original manufacturer.
08:59AM 14  Q.   Okay.  But it did suggest, and you concluded, a lack of a
08:59AM 15  robust Transocean maintenance management system for the
08:59AM 16  Transocean vessel *Deepwater Horizon's* BOP.
09:00AM 17  A.   Suggests.  Given the limited information that we had.
09:00AM 18  Q.   So in sum, we've now gone through the eight key findings
09:00AM 19  of your investigation.
09:00AM 20  A.   Yes.
09:00AM 21  Q.   This is what you all were able to determine based upon
09:00AM 22  information that you had and the expertise you brought to bear.
09:00AM 23  A.   Yes, that's right.
09:00AM 24  Q.   All right.  A month after the investigation ended, my
09:00AM 25  understanding is, that you were promoted up to executive

**OFFICIAL TRANSCRIPT**

09:00AM 1    vice-president of safety and operational risk?

09:00AM 2    A.   Approximately a month, that's right.

09:00AM 3    Q.   And was that a position created after this catastrophe?

09:00AM 4    A.   It was created as part of the changes that the new CEO at

09:00AM 5    the time was putting in place, yes.

09:00AM 6    Q.   And that was Dr. Hayward?

09:00AM 7    A.   No.  This was Mr. Dudley.

09:00AM 8    Q.   Mr. Dudley.  Dr. Hayward's gone.  Mr. Dudley comes in and

09:00AM 9    he's changing the management structure?

09:00AM 10   A.   Yes.  He made some changes, yes.

09:00AM 11   Q.   As part of those changes, this executive position is

09:00AM 12   created and you attained the position?

09:00AM 13   A.   Yes, that's right.

09:00AM 14   Q.   All right.  Let's go to D-2670, TREX 21722.001.

09:01AM 15        Does the structure still look this way or has it

09:01AM 16   changed since Mr. Dudley has come in?

09:01AM 17   A.   So from this picture, the structure would be similar.  The

09:01AM 18   key changes that I think would be important to note is the

09:01AM 19   Group Safety and Operations box here, which was my job, was

09:01AM 20   moved on to the executive team.  So the reporting relationship

09:01AM 21   to the CEO is unchanged by joining the executive team.

09:01AM 22        And then there were changes made in the Exploration &

09:01AM 23   Production division so that it went to an -- instead of this

09:01AM 24   SPU structure, it went to a global functional -- so a global

09:01AM 25   well, global projects and a global-production-type structure.

**OFFICIAL TRANSCRIPT**

09:02AM 1    So there was changes there.

09:02AM 2    Q.    You have now officially been elevated to the executive

09:02AM 3    management level, though?

09:02AM 4    A.    Yes, sir, that's right.

09:02AM 5    Q.    All right.  And Mr. Hayward has left the company, correct?

09:02AM 6    A.    Yes.

09:02AM 7    Q.    Mr. Inglis leave the company too?

09:02AM 8    A.    Yes, he had.

09:02AM 9    Q.    Since October of 2010 through, I guess, which is your

09:02AM 10   imminent retirement, soon --

09:02AM 11   A.    Yes.

09:02AM 12   Q.    -- am I to understand correctly that in this executive

09:02AM 13   management position your job was to set standards and

09:02AM 14   requirements that were to be followed across the whole company

09:02AM 15   in the matters of safety and operational risks, fair

09:02AM 16   assessment?

09:02AM 17   A.    Yes.  That's one of the purposes, yeah.

09:02AM 18   Q.    And you would also oversee the provision of auditing

09:02AM 19   activity and assurance activity across the company against the

09:02AM 20   standards and requirements that are to be followed?

09:02AM 21   A.    Yes, that's true.

09:02AM 22   Q.    So in plain English, you're going to make sure that good

09:03AM 23   safety and operational risk standards and requirements are in

09:03AM 24   place and you're also going to make sure that everyone is being

09:03AM 25   audited to ensure that they are following and adhering to the

**OFFICIAL TRANSCRIPT**

09:03AM 1    standards and requirements?

09:03AM 2    A.    Yes, that's right.

09:03AM 3    Q.    And that continues to be your job until you leave, has

09:03AM 4    been and still is?

09:03AM 5    A.    Yeah, I step down, but yeah, up until the point I step

09:03AM 6    down, that's right.

09:03AM 7    Q.    Now, the statements I just made, standards and

09:03AM 8    requirements across the whole company in the matter of safety

09:03AM 9    and operational risks and provide auditing activity and

09:03AM 10   assurance activity against those standards and to escalate or

09:03AM 11   intervene in the organization to see things that need to be

09:03AM 12   improved, aren't we essentially describing BP's OMS system?

09:03AM 13   That's what it is?

09:03AM 14   A.    That is the overarching system that we're using to

09:03AM 15   accomplish safety and improving operations, that's right.

09:03AM 16   Q.    Is it fair to say that now on an executive management

09:04AM 17   level, you are responsible for ensuring on an overarching

09:04AM 18   level, not at a local level, overarching level, that the OMS is

09:04AM 19   being implemented and utilized properly at BP?

09:04AM 20   A.    I have to say I'm responsible in a functional way, just as

09:04AM 21   we described -- or we discussed yesterday.  The accountability

09:04AM 22   for that implementation goes down the operating line, which I'm

09:04AM 23   not in.

09:04AM 24   Q.    As we talked about.

09:04AM 25   A.    Yes.

**OFFICIAL TRANSCRIPT**

09:04AM 1  Q.   The audits we're referencing, though, are the safety and

09:04AM 2  operations audits we talked about briefly yesterday as well.

09:04AM 3  A.   The independent audits that we discussed yesterday.

09:04AM 4  Q.   There is an internal audit and there is an independent S&O

09:04AM 5  audit where the team comes in and looks at what's going on?

09:04AM 6  A.   Yes.  And as I said yesterday, the internal audit is not

09:04AM 7  as defined.  The S&O audit is the one we run across the

09:04AM 8  company.

09:04AM 9  Q.   Now, let's go to TREX 0001, page 181, Section 6.

09:05AM 10        "As part of the accident investigation effort, the

09:05AM 11  team developed a series of recommendations," which we

09:05AM 12  discussed.

09:05AM 13  A.   Correct.

09:05AM 14  Q.   "Going forward, the goal here is to find out what happened

09:05AM 15  and do our best to make sure that it doesn't happen to BP

09:05AM 16  again, or anybody else in this industry."

09:05AM 17        The recommendations, according to Section 6, cover

09:05AM 18  two broad areas:  Drilling and well operations practice, also

09:05AM 19  known as DWOP, and operating management system, OMS,

09:05AM 20  implementation.

09:05AM 21        And second, contractor and service provider oversight

09:05AM 22  and insurance -- and assurance.  Excuse me.

09:05AM 23        The purpose of the recommendations is to enable the

09:05AM 24  prevention of similar accidents occurring in the future by

09:05AM 25  strengthening the defensive physical or operational barriers

**OFFICIAL TRANSCRIPT**

09:06AM 1    needed to eliminate or mitigate hazards.

09:06AM 2           Is that another way of saying that we have come to

09:06AM 3    the conclusion that we need to make recommendations to improve

09:06AM 4    our ability and the industry's ability to identify, deal with,

09:06AM 5    and mitigate the risks associated with deepwater drilling?

09:06AM 6    A.    Yeah, I don't know if I understand the difference between

09:06AM 7    what you said and what's on the page.

09:06AM 8    Q.    I don't think they're different.  I think they're the

09:06AM 9    same.

09:06AM 10   A.    Yeah, I mean, I understand it this way.

09:06AM 11   Q.    And you do that through, A, looking at your drilling and

09:06AM 12   well operations practice and your operating management system,

09:06AM 13   and then, secondarily, looking at contractor and service

09:06AM 14   provider oversight, in other words, looking at their

09:06AM 15   assistance?

09:06AM 16   A.    Yeah.  This was describing the broad areas of the 26

09:06AM 17   recommendations that we made in this investigation.

09:07AM 18   Q.    Any review, analysis, changes to drilling and well

09:07AM 19   operations practice and operating management system

09:07AM 20   implementation are not going to come from well site leaders,

09:07AM 21   are they?  They don't have the authority to change the DWOP

09:07AM 22   policy or the operating management system.

09:07AM 23   A.    No.  It will be up the chain from there.

09:07AM 24   Q.    The well team leader doesn't have that authority?

09:07AM 25   A.    No.  It will be above that.

OFFICIAL TRANSCRIPT

09:07AM 1    Q.    How high does that have to come?

09:07AM 2    A.    So that -- it will be close to -- this global drilling

09:07AM 3    function that I described, it will be in the top couple of

09:07AM 4    layers of that.  You know, because they are setting policy that

09:07AM 5    goes across the world-wild operations.

09:07AM 6    Q.    And because of that, any changes or policy setting in

09:07AM 7    these areas would necessarily at least have to be known to you,

09:07AM 8    correct?

09:07AM 9    A.    In the new S&OR that you touched on, yes, I've got access

09:07AM 10   to those levels now.

09:08AM 11   Q.    Do you have to approve proposed changes to drilling and

09:08AM 12   well operations practice of the operating management system?

09:08AM 13   A.    No.  I would only have to approve things at the very top

09:08AM 14   level.  So someone a bit further down, would have the authority

09:08AM 15   to approve this subset.

09:08AM 16   Q.    And you're notified that those changes have been made?

09:08AM 17   A.    Not necessarily.  I mean, for the -- for the -- for this

09:08AM 18   investigation, we're keeping very close track of the progress

09:08AM 19   being made against the specific recommendations here.

09:08AM 20   Q.    But we can conclude, at least the changes that, if any,

09:08AM 21   were to be made in these two areas, have to come from a

09:08AM 22   management level.  They don't come from a rig level.

09:08AM 23   A.    That's correct.

09:08AM 24   Q.    That's correct.  Okay.

09:08AM 25          Now, what you did in this investigation that led to

**OFFICIAL TRANSCRIPT**

09:08AM 1    these two overarching recommendations is you tried to figure

09:08AM 2    out what happened as quickly as you could in terms of what

09:09AM 3    happened out there to cause this incident, correct?

09:09AM 4    A.    Yes, sir.

09:09AM 5    Q.    And Mr. Hayward asked you to do that?  Dr Hayward asked

09:09AM 6    you to do that?

09:09AM 7    A.    He did, yeah.

09:09AM 8    Q.    You and Dr. Hayward together determined the scope and

09:09AM 9    breadth of this investigation, fair?

09:09AM 10   A.    Yeah, we agreed on the terms of reference.

09:09AM 11   Q.    The scope of the investigation was in place no later than

09:09AM 12   April 23, 2010?

09:09AM 13   A.    Yeah, we had -- that's right.  We had the TOR done in the

09:09AM 14   first couple days.

09:09AM 15   Q.    Now, my understanding is, is that BP had a

09:09AM 16   previously-enacted group-defined practice that governs

09:09AM 17   investigations like this, correct?

09:09AM 18   A.    Yes, that's right.

09:09AM 19   Q.    Let's go to TREX 01742.

09:09AM 20         Does this appear to you to be GDP 4.4-0002, incident

09:09AM 21   investigation?

09:09AM 22   A.    Yes, sir.

09:09AM 23   Q.    Page 2.  If we look at the issue date, it was in full

09:09AM 24   force and effect October 14, 2009?

09:10AM 25   A.    Yeah.  It was issued -- yes, that's when it was issued.

**OFFICIAL TRANSCRIPT**

09:10AM  1    That's right.

09:10AM  2    Q.    So it would have been in effect as of April 23, 2010?

09:10AM  3    A.    I believe that's right.

09:10AM  4    Q.    And you approved at the bottom, "Approval for issue to BP,

09:10AM  5    Mark Bly, Group Head of Safety and Operations"?

09:10AM  6    A.    That's correct.

09:10AM  7    Q.    This was a policy, an accident investigation policy and

09:10AM  8    procedure that you reviewed and signed off on?

09:10AM  9    A.    Yes, sir.

09:10AM 10    Q.    All right, if we go to page 3.

09:10AM 11         "BP openly investigates HSSE-related incidents with

09:10AM 12    the primary intention of reducing risk across operations."

09:10AM 13         Which is what we have been talking about, that's

09:10AM 14    exactly what you were trying to do, correct?

09:10AM 15    A.    Correct.

09:10AM 16    Q.    "The root cause analysis process supports this practice

09:10AM 17    and reduces risks when properly applied.  The reduction of risk

09:10AM 18    can be achieved by adherence to the practice in identifying

09:11AM 19    those systemic failures within the management systems and

09:11AM 20    applying appropriate corrective actions."

09:11AM 21         Do you agree with that?

09:11AM 22    A.    Yes, sir, that's what it says.

09:11AM 23    Q.    Did this accident investigation identify systemic failures

09:11AM 24    within management systems?

09:11AM 25    A.    No.  As we discussed yesterday, we followed the root cause

**OFFICIAL TRANSCRIPT**

09:11AM 1    process, but it went only to the system level.  And that was

09:11AM 2    our terms of reference.

09:11AM 3    Q.   Let's go to page 5.

09:11AM 4         Now, having said that, what you've told us is that

09:11AM 5    you deviated from this policy in some form or fashion, correct?

09:11AM 6    A.   Yes.  We got an exception to it.  That's right.

09:11AM 7    Q.   You got an exception.  That's what I'm going to talk

09:11AM 8    about.

09:11AM 9         Let's go to B, requirements.

09:11AM 10        "BP entities investigate any incident that requires

09:11AM 11   reporting," which this did, "in accordance with the

09:11AM 12   requirements of this practice."

09:11AM 13        We've -- let's go to 3.1(d).

09:12AM 14        "Root cause analysis investigations shall utilize the

09:12AM 15   comprehensive list of causes, requires basic root cause

09:12AM 16   specialist training or master root cause specialist training."

09:12AM 17        That is not specific training that you had, correct?

09:12AM 18   A.   I can't remember if I mentioned yesterday, I had training.

09:12AM 19   It was quite a ways in the past, but I had had investigation

09:12AM 20   training in the past, yes.

09:12AM 21   Q.   Were you then, at the time that this investigation

09:12AM 22   started, qualified under Section 3.1(d) to run the

09:12AM 23   investigation?

09:12AM 24   A.   Well, we weren't clear when Matt and I, the root cause

09:12AM 25   investigation specialist, looked at it.  We were aware that I

09:12AM 1   had training in the past, but we weren't certain if this -- if

09:12AM 2   it met, so we asked for an exception on that as well.

09:12AM 3   Q.    And when you refer to *Matt*, you're talking about

09:12AM 4   Matt Lucas?

09:12AM 5   A.    Yeah.  He was the guy for this --

09:13AM 6   Q.    On the right side of that diagram we looked at yesterday.

09:13AM 7   A.    Yes.  The expert in this practice.

09:13AM 8   Q.    And Matt clearly had the training necessary to run the

09:13AM 9   investigation.  That was not an issue.

09:13AM 10  A.    To guide the process part of it, not -- you know, as we

09:13AM 11  discussed, running an investigation this large is a broad

09:13AM 12  leadership activity, and a root cause specialist wouldn't

09:13AM 13  necessarily have that.

09:13AM 14  Q.    Okay.  Let's go to -- let's continue 3.1(d).  We'll come

09:13AM 15  back to that in a minute.

09:13AM 16          It outlines the steps in the investigation.

09:13AM 17          "RCA investigation is one undertaken by a team using

09:13AM 18  BP's CLC process for the following:

09:13AM 19          "Gathering evidence and undertaking interviews."

09:13AM 20          Clearly you did that.  Your team did.

09:13AM 21  A.    Yes.

09:13AM 22  Q.    "Utilizing human factor analysis tools as applicable."

09:13AM 23          Is that something that you did?

09:13AM 24  A.    I don't recall if that was involved in any of the fault

09:13AM 25  tree work or not, in the investigation work.

**OFFICIAL TRANSCRIPT**

09:13AM 1    Q.   "Determining the root causes through identification of

09:14AM 2    critical factors."

09:14AM 3              We just looked at.

09:14AM 4    A.   Correct.

09:14AM 5    Q.   Did that?

09:14AM 6    A.   Right.

09:14AM 7    Q.   "Determining possible immediate and system causes."

09:14AM 8              You did that.

09:14AM 9    A.   Yes.

09:14AM 10   Q.   "And subsequent use of the five why technique to identify

09:14AM 11   underlying systemic causes."

09:14AM 12             You did not do that.

09:14AM 13   A.   We didn't do that.  We didn't do that all the way, no.

09:14AM 14   Q.   "Developing proposed corrective action."

09:14AM 15             You did.

09:14AM 16   A.   Yes.

09:14AM 17   Q.   "Submit an incident investigation report."

09:14AM 18             Obviously, you did that.

09:14AM 19   A.   Correct.

09:14AM 20   Q.   So given what we just said, any proposed corrective action

09:14AM 21   should only pertain to the immediate and system causes that you

09:14AM 22   all investigated, right?

09:14AM 23   A.   What we -- that's not exactly clear.  I can explain what I

09:14AM 24   mean by that.

09:14AM 25   Q.   Go ahead.

**OFFICIAL TRANSCRIPT**

1010

09:14AM 1    A.    So, as we said in the report, we chose to make

09:14AM 2    recommendations that were much broader than that, which we

09:14AM 3    could, you know, demonstrate was causal or directly related, so

09:15AM 4    we took what we saw and observed, even if we hadn't gotten all

09:15AM 5    the way at the bottom, and made very broad recommendations,

09:15AM 6    which you can see in the 26.

09:15AM 7    Q.    So what you did is you took immediate and system causes,

09:15AM 8    but as we saw a minute ago from Section 6, when you put those

09:15AM 9    into writing in terms of recommendations, you actually brought

09:15AM 10   those back up to the management level, didn't you, through DWOP

09:15AM 11   review and change, OMS review and change?

09:15AM 12   A.    Right.

09:15AM 13   Q.    And review of contractor procedures?

09:15AM 14   A.    Right.  We made it much broader, that's right.

09:15AM 15   Q.    Having said that, then, why didn't you and Mr. Hayward go

09:15AM 16   ahead and just conduct what is required under BP policy, which

09:15AM 17   is a systemic analysis as well, a management-level analysis of

09:15AM 18   what may have happened at a management level to cause or

09:15AM 19   contribute to the blowout?

09:15AM 20   A.    Well, as I said, when we start, and you described it,

09:15AM 21   we're tasked with getting to the answer as quickly as we could,

09:16AM 22   and trying to get to a position where we felt we could make

09:16AM 23   good recommendations.

09:16AM 24          Having done that, we did have the option to try to go

09:16AM 25   further, but at that point in time, given the limitation that

**OFFICIAL TRANSCRIPT**

09:16AM 1    we've touched on, it would have been very, very difficult to do

09:16AM 2    that.  It would really be difficult to go do five why's when

09:16AM 3    you don't have access to information or people or interviews.

09:16AM 4    Q.    When you say to do the five why's in terms of a systemic

09:16AM 5    accident investigation, aren't we looking into the potential BP

09:16AM 6    systemic issues?  That's what this is about.

09:16AM 7    A.    Well, what it would be about would be trying to deepen the

09:16AM 8    why's behind, why did this accident happen?

09:16AM 9    Q.    And to the extent that the why's behind this accident may

09:16AM 10   have involved deep-rooted significant problems in safety

09:16AM 11   management at BP, I'm not talking about Transocean or

09:16AM 12   Halliburton, you had access to those people.  You were one of

09:17AM 13   those people, correct?

09:17AM 14   A.    I was one of the BP people, yes.

09:17AM 15   Q.    Correct.  And if you needed to convene a meeting to talk

09:17AM 16   about potential systemic problems with BP's safety system, with

09:17AM 17   BP's operating management system and how it applied or didn't

09:17AM 18   apply to Macondo, you had full access to any person or document

09:17AM 19   that you needed?

09:17AM 20   A.    No.  As we described yesterday, if you wanted to

09:17AM 21   understand why these eight things that we described happened,

09:17AM 22   you have to start there and keep working your way down.  And as

09:17AM 23   we touched on, there is many of those we didn't have access to.

09:17AM 24   Q.    But what you did have access to and what you could have

09:17AM 25   done and what you and Dr. Hayward knew you could have done as

OFFICIAL TRANSCRIPT

09:17AM  1    of April 23rd was to take that a step further and look a BP's

09:17AM  2    safety system, not anybody else, BP's.  You had access to

09:17AM  3    people and documents to do that.

09:17AM  4    A.   I suppose that's true.  But, again, you don't -- the way

09:17AM  5    you do an accident investigation is from the event down.  And

09:18AM  6    so we would have simply be continuing down beyond the

09:18AM  7    discussion we've had this morning.  You know, the conclusions

09:18AM  8    we made, you would continue to pursue those down the track.

09:18AM  9    And that would have involved -- or required discussions with

09:18AM 10    lots more people than just BP.

09:18AM 11    Q.   So is it your testimony that in order to perform a

09:18AM 12    systemic investigation into possible problems or issues with

09:18AM 13    the BP safety system that it could have contributed to this

09:18AM 14    accident, you would have had to have gone beyond the people and

09:18AM 15    the documents that were available to you?

09:18AM 16    A.   To do a systemic evaluation of this accident, I believe

09:18AM 17    that to be true.

09:18AM 18    Q.   And why is that?

09:18AM 19    A.   It's because of what I described or tried to describe

09:18AM 20    earlier, is the way that you would do this is go to each one of

09:18AM 21    those eight, go the next level.

09:19AM 22          As we discussed yesterday, I think you made the

09:19AM 23    analogy, if someone pushed the wrong button, you would ask why.

09:19AM 24    And having concluded the first level of why, you would go to

09:19AM 25    the next level of why.  So it's always going to pinned from the

**OFFICIAL TRANSCRIPT**

1013

09:19AM 1    things you can infer from the accident.

09:19AM 2             Now, does that preclude broader questions about BP

09:19AM 3    and other improvement?  No, it doesn't.  But if you want it to

09:19AM 4    be related to this accident, at least in my perspective, it

09:19AM 5    would have to be an extension of the work that we did.

09:19AM 6    Q.   Having said that, though, and I think I understand what

09:19AM 7    you are telling me, the fact is had there been a motivation on

09:19AM 8    your part and Dr. Hayward's part to go one step further and

09:19AM 9    say, we're going to find out why the wrong button was pressed,

09:19AM 10   we're going to find who did it, we're going to find out why

09:19AM 11   they did it, but then we're going to look and see if there's

09:19AM 12   anything on the beach in Houston, in London, from a policy

09:19AM 13   standpoint, that allowed them to do this.

09:20AM 14            That's something that you're telling us you couldn't

09:20AM 15   do because you didn't have enough time?

09:20AM 16   A.   No, I'm saying, having gotten to where we did and making

09:20AM 17   the recommendations that we did, we still had that choice, we

09:20AM 18   could have attempted to do it, but we felt that we had good

09:20AM 19   results from what we had gotten and didn't make the choice to

09:20AM 20   go beyond.

09:20AM 21   Q.   All right.  Let's talk about some things that were going

09:20AM 22   on in the background in Gulf of Mexico Drilling & Completions

09:20AM 23   at this time.

09:20AM 24            Pull up, if you would, TREX 1919.

09:20AM 25            This is an authorization for expenditure.  I believe

**OFFICIAL TRANSCRIPT**

09:20AM 1    it's the first one, if we can pull it out, Carl.  August 28,

09:20AM 2    looks like, 2009.  Mississippi Canyon MC252-1, which is

09:20AM 3    obviously the Macondo well.

09:20AM 4            I'm assuming, based on your background, you know what

09:21AM 5    an authorization for expenditure is?

09:21AM 6    A.    Days quite a while -- quite a long time ago.

09:21AM 7    Q.    Right.  But is this essentially the document that

09:21AM 8    authorizes the budget for the Macondo well initially?  Do you

09:21AM 9    know?

09:21AM 10   A.    I can't tell.

09:21AM 11   Q.    Let's go -- let's pull out the yellow.

09:21AM 12           It says, initially, "Authority is requested to fund

09:21AM 13   the drilling and evaluation of the Macondo exploration well."

09:21AM 14   That's the first sentence.

09:21AM 15           Carl, go down to the bottom.  Where the expenditure

09:21AM 16   is, the line at the bottom.

09:21AM 17           Total projected cost, 96 million one hundred.

09:21AM 18           Does this document appear to you to be a document

09:21AM 19   that lays out what is anticipated in terms of the Macondo

09:21AM 20   project and the cost of the project?  Do you know?

09:22AM 21   A.    You know, it appears -- I really don't know.  I can't

09:22AM 22   tell.

09:22AM 23   Q.    So you're not familiar with a document called

09:22AM 24   Authorization For Expenditure for Macondo?

09:22AM 25   A.    No.  No, sir.

**OFFICIAL TRANSCRIPT**

09:22AM 1    Q.   You didn't look at, in your investigation, this document

09:22AM 2    or the series of documents that followed it?

09:22AM 3    A.   It may be the case that my team did, but I -- this wasn't

09:22AM 4    a point that was central or raised, you know, in anything that

09:22AM 5    I was involved in.

09:22AM 6    Q.   Did your team know that two subsequent authorization for

09:22AM 7    expenditures were issued that raised the costs of the project

09:22AM 8    by nearly $60 million?

09:22AM 9    A.   I don't know that.  They may well have.

09:22AM 10   Q.   Did you or your team know that the time budgeted for the

09:22AM 11   Macondo well was expanded by months?

09:22AM 12   A.   I don't know.  The team may have been well aware of that.

09:22AM 13   Q.   But as you sit here today in your position as head of the

09:23AM 14   team and global head of safety, you were not aware at the time

09:23AM 15   that the Macondo well was both well past its expected delivery

09:23AM 16   time and severely over budget; not something you all looked at?

09:23AM 17   A.   I don't recall it being any part of any of our

09:23AM 18   discussions, no.

09:23AM 19   Q.   You did not interview Kevin Lacy, as far as you know,

09:23AM 20   correct?

09:23AM 21   A.   I don't believe we did.

09:23AM 22   Q.   Do you know whether Mr. Lacy was even still with the

09:23AM 23   company as of the date of the accident?

09:23AM 24   A.   I don't.

09:23AM 25   Q.   Do you know whether or not Mr. Lacy today has testified

**OFFICIAL TRANSCRIPT**

09:23AM  1    that he was under pressure, severe pressure, to cut the budget,

09:23AM  2    Drilling & Completions in the Gulf of Mexico, in '08 and '09?

09:23AM  3    A.    No, I don't know about Mr. Lacy's testimony.

09:23AM  4    Q.    Let's pull up TREX 25002, page 775, lines 3 through 12.

09:24AM  5          MS. KARIS:  Your Honor, I want to make an objection to

09:24AM  6    foundation at this point.  Mr. Bly has already testified that

09:24AM  7    he did not speak with Mr. Lacy, he has never reviewed

09:24AM  8    Mr. Lacy's testimony, and this was not one of the issues that

09:24AM  9    they looked at.  Therefore, this witness has no foundation to

09:24AM 10    opine about what somebody may or may not have said or the

09:24AM 11    context of that.

09:24AM 12          THE COURT:  I haven't heard the question, so I don't

09:24AM 13    know if he does or he doesn't.  Let's see what the question is

09:24AM 14    going to be.

09:24AM 15          MR. STERBCOW:  Your Honor, I think that the point --

09:24AM 16    I'm going to try to get to the point rather quickly with this.

09:24AM 17    BY MR. STERBCOW:

09:24AM 18    Q.    You and your investigation team did not pay attention to

09:24AM 19    and did not concern yourselves with the fact that the BP

09:24AM 20    Drilling & Completions Gulf of Mexico in 2008 and up to the end

09:24AM 21    of 2009 testified that he cut between 250 and 300 million in

09:24AM 22    Gulf of Mexico Drilling & Completion operations, didn't look at

09:24AM 23    it?

09:24AM 24    A.    I don't recall seeing that as part of the investigation,

09:25AM 25    no.

OFFICIAL TRANSCRIPT

09:25AM 1    Q.    Didn't look at the fact that the well was $60 million over

09:25AM 2    budget?

09:25AM 3    A.    I don't recall that showing up in any part of our

09:25AM 4    evaluations, no.

09:25AM 5    Q.    A systemic investigation would have taken that into

09:25AM 6    account; would it not?  Cost cutting pressure that may affect

09:25AM 7    the management of risk at the operational level, that's a

09:25AM 8    systemic issue; is it not?

09:25AM 9    A.    It would only emerge if it got -- was one of those -- you

09:25AM 10   know, had it impinged on one of those top barriers.  So it may

09:25AM 11   or may not take that into account; it depends on what the

09:25AM 12   investigation led you to.

09:25AM 13   Q.    So your testimony is, is that a full systemic

09:25AM 14   investigation involving BP's management behavior that may have

09:25AM 15   led to a disaster of this magnitude may not look at budgetary

09:25AM 16   pressures and monetary pressures that could have caused

09:26AM 17   downstream behaviors that led to the disaster?

09:26AM 18   A.    I think you would look at the decisions that were made and

09:26AM 19   try to understand why they were made.  If cost pressure became

09:26AM 20   a part of that, then you would look at it.

09:26AM 21   Q.    Again, then, I'm assuming you didn't look at what the

09:26AM 22   safety culture situation was in Drilling & Completions from the

09:26AM 23   time the Macondo well started up until April of 2010?

09:26AM 24   A.    That's true.

09:26AM 25   Q.    All right.  So you didn't know.

**OFFICIAL TRANSCRIPT**

09:26AM 1          Let's pull up TREX 6090.

09:26AM 2          The same Kevin Lacy, on October 1, 2009, sends an

09:26AM 3    e-mail to his safety leadership, which includes the wells

09:26AM 4    operator and HSSE director, Curtis Jackson, subject, safety

09:26AM 5    leadership.

09:26AM 6          My question to you is, as part of the investigation,

09:27AM 7    based upon what you've told me, this was not an e-mail that you

09:27AM 8    ever saw or looked at?

09:27AM 9    A.   I don't recall seeing it.  If my team looked at it, it may

09:27AM 10   be in our files, but I don't recall looking at it.

09:27AM 11   Q.   If Mr. Lacy in this e-mail essentially is sending out a

09:27AM 12   leadership cry for improvement in safety culture, you didn't

09:27AM 13   know anything about that either, correct?

09:27AM 14   A.   I don't have any idea if that's what he's doing in this

09:27AM 15   e-mail.

09:27AM 16   Q.   Hypothetically, assuming he was, would you agree with me

09:27AM 17   that if there were safety culture issues in Drilling &

09:27AM 18   Completions sufficient to cause BP to take action, those issues

09:27AM 19   could directly impact the ability to identify and mitigate

09:27AM 20   risks at a project like Macondo?

09:27AM 21        MS. KARIS:  Objection, Your Honor.  I'm going renew my

09:27AM 22   foundation objection.

09:27AM 23        THE COURT:  Overruled.

09:27AM 24   BY MR. STERBCOW:

09:27AM 25   Q.   You're global head of safety.  You have intimate knowledge

**OFFICIAL TRANSCRIPT**

09:27AM 1    of safety, don't you?

09:27AM 2    A.    I've got strong knowledge of safety, yes, sir.

09:27AM 3    Q.    So isn't it a fact that if the VP of Drilling &

09:28AM 4    Completions, as of October 2009, is telling everybody who needs

09:28AM 5    to know in his division, we have a problem and we need to do

09:28AM 6    better, isn't it a fact, from your education and training in

09:28AM 7    safety and your position at BP, you would have a concern that

09:28AM 8    his concern could lead to the very accident that occurred at

09:28AM 9    Macondo?

09:28AM 10   A.    That's not true at all.

09:28AM 11   Q.    That's not true at all?

09:28AM 12   A.    No.

09:28AM 13   Q.    Would there be any concern on your part to follow up to

09:28AM 14   see what the problems with the safety culture were, to see if

09:28AM 15   they could impact what happened on the well?

09:28AM 16   A.    So I don't know what this e-mail is about; but, if

09:28AM 17   Mr. Lacy, if he was the vice-president of operations, if he's

09:28AM 18   sending a note to his team saying, here's some areas that we

09:28AM 19   need to improve on, I would take that as a good sign

09:28AM 20   potentially, not as a bad sign.  I would take that as a sign of

09:28AM 21   a leader communicating with his team about things that he wants

09:28AM 22   to improve on.

09:28AM 23          I have no idea what this letter says --

09:28AM 24   Q.    Okay.  But --

09:28AM 25   A.    -- but I'm just dealing with the hypothetical that you've

**OFFICIAL TRANSCRIPT**

09:29AM 1   given to me.

09:29AM 2   Q.    But in your position as safety leader, if a VP -- and it

09:29AM 3   could be anyplace, Drilling & Completions, E&P, wherever it

09:29AM 4   is -- takes it upon himself to take action like this, that's a

09:29AM 5   good sign?

09:29AM 6   A.    I think if he's identifying areas that he wants to improve

09:29AM 7   in with his team, potentially it is a good sign.

09:29AM 8   Q.    Let's go down a little bit.  I'm not going to review this

09:29AM 9   whole e-mail with you, but let's go down to --

09:29AM 10              If we could pull it up.

09:29AM 11              If you go down, there's -- the line that starts with,

09:29AM 12  "our effort."  You see where I put that arrow?

09:29AM 13  A.    Yes.

09:29AM 14  Q.    Is it up on your screen?

09:29AM 15  A.    Yes, sir.  Yeah.

09:29AM 16  Q.    "Our effort must be underpinned by solid professional

09:29AM 17  judgment of an effective plan, be risk based and data informed,

09:30AM 18  and clearly focus on the soft issues," in quotes, "like

09:30AM 19  culture."  That's a good sign, is it not, that he wants to do

09:30AM 20  what he says right there?

09:30AM 21  A.    You know, again, it's impossible to understand what he

09:30AM 22  really means; but, I'm saying, if he's identifying an imprudent

09:30AM 23  area, it may well be a good thing, yes, sir.

09:30AM 24  Q.    Now, having said that, are you aware of the fact that

09:30AM 25  Mr. Lacy, within two months of sending this e-mail to his

**OFFICIAL TRANSCRIPT**

1021

09:30AM 1    leadership, was fired by BP?

09:30AM 2    A.    I'm not aware of that at all, no.

09:30AM 3    Q.    Are you aware that Mr. Thierens, who was his wells

09:30AM 4    director, left the D&C unit in December to take another job

09:30AM 5    overseas?

09:30AM 6    A.    No, I'm not aware of that.

09:30AM 7    Q.    Are you aware that Curtis Jackson, the HSSE director at

09:30AM 8    the time who received this e-mail, was also fired by BP?

09:30AM 9    A.    I am not aware of that.

09:30AM 10   Q.    All of which occurred before April 20, 2010.  You didn't

09:31AM 11   look at that, correct?

09:31AM 12   A.    Not that I recall, no.

09:31AM 13   Q.    But wouldn't you agree with me that problems in D&C safety

09:31AM 14   leadership, or potential problems, is a systemic issue that

09:31AM 15   could directly lead to a blowout like this?

09:31AM 16   A.    I didn't agree with you that this was signalling potential

09:31AM 17   problems.

09:31AM 18   Q.    So in your mind it may not even signal a problem?

09:31AM 19   A.    I have no idea what this letter is about.

09:31AM 20   Q.    That's fair enough.

09:31AM 21          Do you know whether or not Mr. Lacy and Mr. Thierens

09:31AM 22   made attempts to implement OMS in the Gulf Drilling &

09:31AM 23   Completions?

09:31AM 24   A.    I don't know about the efforts of those two gentlemen, no.

09:31AM 25   Q.    Isn't it a fact that as of April 20, 2010, there was no

**OFFICIAL TRANSCRIPT**

09:31AM 1    local OMS manual that applied to the Macondo project?

09:32AM 2    A.    I'm sorry, what was the date?

09:32AM 3    Q.    April 20, 2010.

09:32AM 4              The OMS, a local manual that we talked about

09:32AM 5    yesterday that had filtered down --

09:32AM 6    A.    Yes.

09:32AM 7    Q.    -- there was no Gulf of Mexico Drilling & Completions

09:32AM 8    local OMS manual that governed operations at Macondo, isn't

09:32AM 9    that true?

09:32AM 10   A.    I don't know.

09:32AM 11   Q.    You don't know?

09:32AM 12   A.    I don't know that.

09:32AM 13   Q.    You have never looked to see one way or the other whether

09:32AM 14   that's true?

09:32AM 15   A.    I haven't looked to see, no.

09:32AM 16   Q.    Let's look at 06086.  We're going to be more interested in

09:32AM 17   the attachment because it's an actual policy, but this is an

09:32AM 18   e-mail dated June 18, 2009, from Mr. Jassal -- did you know Mr.

09:32AM 19   Jassal?

09:32AM 20   A.    No, sir.  No.

09:32AM 21   Q.    -- again, to Harry Thierens.  I think -- you do know

09:32AM 22   Harry, right?

09:32AM 23   A.    I have met Mr. Thierens.

09:32AM 24   Q.    "Please find attached the presentation material from

09:33AM 25   yesterday and also an updated copy of the assessment and

OFFICIAL TRANSCRIPT

09:33AM 1    recommendations document I prepared last week which we

09:33AM 2    reviewed.  I have retitled this document to Assessment,

09:33AM 3    Recommendations and Implementation Plan, as it is, in effect,

09:33AM 4    the plan we are working to accomplish our D&C risk management

09:33AM 5    goals."

09:33AM 6              Now, we'll go -- let's go to the attachment.

09:33AM 7              But, again, this is a good thing, right?  We're

09:33AM 8    working to implement Gulf of Mexico Drilling & Completion's

09:33AM 9    risk management plan, assessment, recommendations and

09:33AM 10   implementation; from a safety standpoint, from your job

09:33AM 11   standpoint, this is good?

09:33AM 12   A.    I didn't say it was.  I said it may be good.

09:33AM 13   Q.    All right.

09:33AM 14   A.    I can't conclude good or bad.  When I see people trying to

09:33AM 15   improve, that's usually good.

09:33AM 16   Q.    This is dated in June of '09.

09:33AM 17              Let's go to page 5, Introduction.  While it is

09:34AM 18   recognized that Gulf of Mexico D&C teams currently use a

09:34AM 19   variety of procedures and tools to manage risk, it is unclear

09:34AM 20   just how diverse the procedures and tools are across the

09:34AM 21   function.  This uncertainty results in a need to conduct an

09:34AM 22   assessment of current risk management approaches across the

09:34AM 23   function with the goal of determining and assessing the

09:34AM 24   processes and tools used.

09:34AM 25              You would agree with me that if this is the effort

OFFICIAL TRANSCRIPT

09:34AM 1    that is being undertaken in Drilling & Completions, that

09:34AM 2    they're assessing their methods for looking at and dealing with

09:34AM 3    risks and trying to approve those methods, from your standpoint

09:34AM 4    that is a good thing?

09:34AM 5    A.    Without any idea what this says, all I can say is if

09:34AM 6    someone -- if the team was working to identify things they

09:34AM 7    wanted to improve in the safety and risk area, I think that is

09:34AM 8    directionally a good thing.

09:34AM 9    Q.    All right.  Let's look --

09:35AM 10   A.    I just can't interpret what this document is.

09:35AM 11   Q.    That's okay.  That's fine.  I'm not going to ask you to do

09:35AM 12   this.

09:35AM 13   A.    Okay.

09:35AM 14   Q.    But let's look at the objective as stated on the document

09:35AM 15   itself.  "An all-inclusive risk management plan that is

09:35AM 16   consistently applied through Gulf of Mexico Drilling &

09:35AM 17   Completions and one that complies with all group, segment and

09:35AM 18   SPU requirements."

09:35AM 19          From a safety standpoint, that objective is to be

09:35AM 20   applauded, and that objective is to pursued, correct?

09:35AM 21   A.    It would appear to be a good objective.

09:35AM 22   Q.    Isn't it a fact that OMS, one of the main objectives of

09:35AM 23   the OMS system on a global scale, is to create an all-inclusive

09:35AM 24   risk management plan that is consistently applied?

09:35AM 25   A.    Risk is one of the key parts of OMS, and having risk

**OFFICIAL TRANSCRIPT**

09:35AM 1    assessment, risk management, yes, that's a key part.

09:35AM 2    Q.    Because if we don't assess risk, if we don't stop to look

09:35AM 3    at what the risks are in a given operation, particularly an

09:36AM 4    operation as dangerous as a deepwater well in the Gulf of

09:36AM 5    Mexico, and we don't study risk, and we don't come up with a

09:36AM 6    plan to address and mitigate or wholly eliminate risk, then

09:36AM 7    there is no safety plan, in essence, is there?  Risk is the

09:36AM 8    key.

09:36AM 9    A.    Risk is really important in safety planning, yes.

09:36AM 10   Understanding risk, yes.

09:36AM 11   Q.    All right.  Having said what you said then, I guess you

09:36AM 12   cannot testify as to whether this document was ever implemented

09:36AM 13   in Drilling & Completions; you don't know one way or the other?

09:36AM 14   A.    I just -- I'm sorry, I don't.  I don't recognize the

09:36AM 15   document, don't know the context that it sat in, so I really

09:36AM 16   can't speak to it.

09:36AM 17   Q.    So if Mr. Thierens, who was an authority on this document,

09:36AM 18   has already testified in this case that it was never

09:36AM 19   implemented in the Gulf, you have no basis to disagree with

09:36AM 20   that because you don't know one way or the other?

09:36AM 21   A.    I don't know what Mr. Thierens meant when he said that.

09:36AM 22   Yeah, no, I have no basis to agree or disagree.

09:37AM 23   Q.    Let's go to page 6 very quickly.  I need to show you

09:37AM 24   something.

09:37AM 25          This document includes items that the teams are not

**OFFICIAL TRANSCRIPT**

09:37AM 1   doing as of June of '09, that represent gaps within the process

09:37AM 2   and tools, the risk management process in the Gulf of Mexico.

09:37AM 3   They list 12 items that the teams are not doing, first of which

09:37AM 4   is managing risk uniformly.

09:37AM 5          That's very important, isn't it?  From your

09:37AM 6   standpoint, risk needs to be managed uniformly, has to be

09:37AM 7   addressed by all uniformly?

09:37AM 8   A.    I don't know what they mean here.  I don't know what that

09:37AM 9   means.

09:37AM 10  Q.    Using a common risk management tool, rather than each team

09:37AM 11  using different versions?

09:37AM 12  A.    I'm not sure -- I'm not sure if that is what they mean

09:37AM 13  here.  Just trying to read it quickly, it may mean that we need

09:37AM 14  to have equivalent assessments for risk or something.  I'm not

09:37AM 15  quite sure what they're addressing here.

09:38AM 16  Q.    Well, we can at least agree that they've pointed out that

09:38AM 17  it's a problem because the teams are not doing it, and by not

09:38AM 18  doing it there are gaps within the process?  That's the title

09:38AM 19  of 1.2.2.

09:38AM 20  A.    It appears to be what this document says, yeah.

09:38AM 21  Q.    Number three, they're not using a standard risk register

09:38AM 22  format.  They're not providing consistent guidelines on how

09:38AM 23  each team should manage risk.  They need to clarify rules and

09:38AM 24  responsibilities.  They need to provide oversight on common

09:38AM 25  process coordinators and team leads to ensure the management of

09:38AM 1   risk is consistently applied across the function reporting

09:38AM 2   lines.  They need to provide a means to aggregate risks up

09:38AM 3   through the organization.

09:38AM 4        I think you would agree with me that it is extremely

09:38AM 5   important that from bottom to top, top to bottom, of Drilling &

09:38AM 6   Completions, everybody has to know what risks they are facing

09:38AM 7   and what they need to do to address it, correct?

09:38AM 8   A.   Yeah, I think -- I do agree with that.

09:38AM 9   Q.   They need to provide a means to summarize risk across the

09:39AM 10  function.  What do we face?  They need to use a common

09:39AM 11  reporting mechanism and standard reports.  They need to

09:39AM 12  incorporate major accident risks, MARs -- which you're familiar

09:39AM 13  with, correct?

09:39AM 14  A.   I'm familiar with major accident risks, yes.

09:39AM 15  Q.   -- in their respective registers and, therefore, not

09:39AM 16  managing these risks.  Not managing these risks.  Would you

09:39AM 17  agree with me that if that statement is accurate as written in

09:39AM 18  June of '09, there is a concern in Drilling & Completions that

09:39AM 19  they are not incorporating major accident risks in their

09:39AM 20  registers and, therefore, are not managing major accident

09:39AM 21  risks?

09:39AM 22  A.   As I said, I can't agree with you because I don't actually

09:39AM 23  know what this document is talking about.

09:39AM 24  Q.   Eleven, generating a D&C LT risk register that aggregates

09:39AM 25  risks identified by the asset and project teams, in addition to

09:40AM 1    those captured by D&C.

09:40AM 2            Finally, using the BP RAT.  Are you familiar with

09:40AM 3    that?  The RAT tool, the risk assessment toll?

09:40AM 4    A.   I'm heard of it.  I'm not familiar personally with it.

09:40AM 5    Q.   Having said that, do you know whether or not the RAT tool

09:40AM 6    is the centralized process under OMS for assessing and handling

09:40AM 7    risk if the new system is implemented; are you aware of that?

09:40AM 8    A.   Not, it's not that.

09:40AM 9    Q.   It's not that?

09:40AM 10   A.   No.

09:40AM 11   Q.   But you don't know what it is?

09:40AM 12   A.   It's one risk tool that we use around projects, I believe,

09:40AM 13   but I'm not personally familiar with it.

09:40AM 14   Q.   Is BP RAT an improved risk assessment tool that is to be

09:40AM 15   implemented on a local level as part of OMS implementation; do

09:40AM 16   you know that?

09:40AM 17   A.   Not necessarily.  It's a tool that's available for people.

09:40AM 18           OMS requires people to have risk assessments.  We've

09:40AM 19   got a higher level GDP called 3.1 that describes the high level

09:41AM 20   requirement.  This is down into -- BP RAT is a specific tool

09:41AM 21   that people could use.

09:41AM 22   Q.   Let's go to page 8, Risk Management Tool Findings, in this

09:41AM 23   same document.

09:41AM 24           Generally, there are two key tools for tracking risk,

09:41AM 25   BP Rat and Excel.  Are you familiar with that?

**OFFICIAL TRANSCRIPT**

09:41AM   1    A.   Well, I spoke to BP RAT.  Excel, I assume, means the --
09:41AM   2    Q.   Spreadsheet?
09:41AM   3    A.   -- commercial spreadsheet, yeah.
09:41AM   4    Q.   You're familiar with the spreadsheet, generally?
09:41AM   5    A.   Generally, yeah.
09:41AM   6    Q.   However, there are multiple interpretations on how RAT
09:41AM   7    should be used, and there are at least four different Excel
09:41AM   8    risk management spreadsheets presently in use across Gulf of
09:41AM   9    Mexico D&C.
09:41AM  10         Do you agree that from a safety standpoint it is an
09:42AM  11    objective, a good objective, to integrate BP RAT Excel and make
09:42AM  12    approach to risk assessment and mitigation uniform and easy to
09:42AM  13    understand?
09:42AM  14    A.   Yeah -- well, I don't know if I agree with those, with RAT
09:42AM  15    and Excel; but, as a general direction, it's good to have
09:42AM  16    common tools for common risks, especially when you're in work
09:42AM  17    teams that can learn from one another.
09:42AM  18    Q.   In a systemic investigation of Macondo, is it not true
09:42AM  19    that you would look at on a management level risk management
09:42AM  20    tools, risk management policies and risk management procedures
09:42AM  21    in effect that governed the Macondo project at the time of the
09:42AM  22    disaster?
09:42AM  23    A.   Again, with my points before, depending on where you went
09:42AM  24    down, your inquiry, that's possibly one of the places you would
09:42AM  25    end up.  There were a few places we touched on this actually.

**OFFICIAL TRANSCRIPT**

09:42AM 1    Q.    If you ended up at that place, at some point you should

09:43AM 2    end up at this manual, at least to review it and see whether or

09:43AM 3    not it had been implemented in D&C prior to Macondo, correct?

09:43AM 4    A.    If you concluded that whatever this is speaking to was one

09:43AM 5    of the conditions that contributed, then you might end up

09:43AM 6    looking at this, that's right.

09:43AM 7    Q.    All right.  But here we have a situation where the

09:43AM 8    authority for this manual, within six months of it, his boss,

09:43AM 9    who has issued the clarion call for safety improvement, are

09:43AM 10   both fired, the manual is never implemented, and in the

09:43AM 11   meantime we've cut 250 to $300 million in the budget; and, from

09:43AM 12   a safety system, systemic safety standpoint, that does not

09:43AM 13   concern you?

09:43AM 14   A.    I don't know if all the things you just said are accurate.

09:43AM 15   You showed me documents and explained that to me, but I haven't

09:43AM 16   agreed with any of it.

09:43AM 17   Q.    As global head of safety at BP, you don't know whether

09:43AM 18   what I just said is true or whether I made it all up?

09:44AM 19   A.    I don't know if the way you described it is accurate at

09:44AM 20   all.

09:44AM 21   Q.    All right.  You don't know whether or not OMS was

09:44AM 22   implemented in the Gulf of Mexico Drilling & Completions

09:44AM 23   generally, and specifically whether there was an OMS system

09:44AM 24   that applied to the design and execution of the Macondo well in

09:44AM 25   particular; you have no idea?

OFFICIAL TRANSCRIPT

09:44AM 1    A.   I've got a broad idea based on my view from the top, as we

09:44AM 2    discussed yesterday.

09:44AM 3           As I've said, the goal to have OMS implemented for

09:44AM 4    the company was by the end of 2010.  I happen to be aware that

09:44AM 5    the Gulf of Mexico went early, so part of the unit was

09:44AM 6    converted at the end of 2008 through this MOC process.

09:44AM 7           I believe it's the case that the D&C part went right

09:44AM 8    at the end of '09.  So at that level, I've got an awareness of

09:44AM 9    roughly where they were in their overall implementation time on

09:45AM 10   it.

09:45AM 11   Q.   You sat on the GORC committee, correct?

09:45AM 12   A.   Yes, sir, I did.

09:45AM 13   Q.   Are you aware of the fact that Mr. Baxter has testified

09:45AM 14   that a decision, an affirmative decision, was made by GORC not

09:45AM 15   to implement OMS on contractor-owned rig projects in the Gulf

09:45AM 16   of Mexico?

09:45AM 17   A.   I'm not aware of any of Mr. Baxter's testimony, no.

09:45AM 18   Q.   Well, having sat in the committee, can you disagree or do

09:45AM 19   you disagree with his sworn testimony that your committee, with

09:45AM 20   you present as the safety -- as the head of safety, made a

09:45AM 21   conscious decision not to apply OMS to contractor rigs --

09:45AM 22   contractor rig projects in the Gulf of Mexico?

09:45AM 23   A.   OMS applies to the whole Gulf of Mexico operation.  If

09:45AM 24   that's got contractor rigs in it, it includes that.

09:45AM 25   Q.   So it's your testimony based on your knowledge that

**OFFICIAL TRANSCRIPT**

09:45AM 1    Macondo -- it was BP's intent to apply OMS to the Transocean

09:46AM 2    *Deepwater Horizon* vessel and the Macondo project?

09:46AM 3    A.    And I can explain how that application would work.  There

09:46AM 4    is particulars about how it works with a contractor-owned

09:46AM 5    vessel.

09:46AM 6    Q.    Do those particulars involve communication back and forth

09:46AM 7    between BP and Transocean?

09:46AM 8    A.    Yeah.  The basic philosophy is that OMS would apply to an

09:46AM 9    operating unit in our company, like the Gulf of Mexico.  If

09:46AM 10   there is a contractor owned and operated rig in that, the

09:46AM 11   philosophy is we've got to honor their safety management

09:46AM 12   system, the contractor's.

09:46AM 13        What OMS would call for is to try to compare and see

09:46AM 14   if that safety management system met the expectations of OMS;

09:46AM 15   and, if it didn't, to work to improve that over time.

09:46AM 16        So that's philosophically how our management system

09:46AM 17   works.

09:46AM 18   Q.    So applying that philosophy to this project requires

09:46AM 19   someone with OMS knowledge at BP to review and critique, to

09:46AM 20   some extent, Transocean's safety management system?

09:47AM 21   A.    That's what it would require if -- you know, if you had

09:47AM 22   OMS, you know, fully running.

09:47AM 23        We know that this well started and overlapped at the

09:47AM 24   point when the D&C community in the GoM was shifting to OMS.

09:47AM 25   So you may not have seen all that; but, philosophically, that's

09:47AM 1    what it would require.

09:47AM 2    Q.   So is it your testimony that BP was trying to get to the

09:47AM 3    point where you had this communication and trying to get to the

09:47AM 4    point where the OMS and the Transocean safety management system

09:47AM 5    were compared and analyzed and made sure there was no -- or

09:47AM 6    made sure you had sufficient overlap, but you just didn't have

09:47AM 7    enough time to get there?

09:47AM 8    A.   What I'm saying is anything that would have been done in

09:47AM 9    that regard would have been done under the previous approaches

09:47AM 10   and management system before OMS.

09:47AM 11        I mean, there were things in place before OMS that

09:47AM 12   equally would have required, you know, comparing the

09:48AM 13   contractor's safety management system with our expectations at

09:48AM 14   some level and then attempting to, you know, encourage

09:48AM 15   adjustments or adjust contracts to make adjustments.

09:48AM 16   Q.   A systemic investigation would have looked squarely into

09:48AM 17   that issue; whether or not, through the OMS, Transocean's

09:48AM 18   safety management system was reviewed, analyzed with a critical

09:48AM 19   eye, compared to the requirements of OMS, and any and all

09:48AM 20   deficiencies remedied, a systemic investigation would have

09:48AM 21   looked at that issue, correct?

09:48AM 22   A.   A systemic investigation would have followed -- in my

09:48AM 23   view, would have followed the path that I described.

09:48AM 24        In this case, which wasn't that, it was actually to

09:48AM 25   work your way from the accident as it happened to the

OFFICIAL TRANSCRIPT

09:48AM 1    conditions that could have led to it.

09:48AM 2            In this case, we did, as I recall, look at some

09:48AM 3    particular things around, for instance, well control, to see

09:48AM 4    what the policies that were in place there.  Because, as we

09:49AM 5    discussed earlier, that was one of the issues.

09:49AM 6            So there was elements of it that we did look at as

09:49AM 7    part of the investigation, not a complete review of the whole

09:49AM 8    thing.

09:49AM 9    Q.   What you certainly didn't do, according to what we've

09:49AM 10   said, is you didn't check to see whether the BP OMS system

09:49AM 11   applied to those working on the Macondo project who were not

09:49AM 12   Transocean employees and who did not work on the Transocean

09:49AM 13   vessel?  You did not look at whether OMS governed the behavior

09:49AM 14   of Mark Hafle, correct?

09:49AM 15   A.   We didn't evaluate it in that way.  We evaluated it the

09:49AM 16   way I described.

09:49AM 17   Q.   You did not look at whether it governed the behavior of

09:49AM 18   Don Vidrine?

09:49AM 19   A.   No, sir.

09:49AM 20   Q.   I'm sorry, not Don Vidrine.  Brian Morel.  The two

09:49AM 21   drilling engineers?  You didn't do that analysis?  As to

09:49AM 22   whether those gentlemen's actions, in designing and executing

09:49AM 23   Macondo complied or violated OMS, you didn't look at that?

09:50AM 24   A.   We looked at how they compared against some of the

09:50AM 25   policies and practices that were in place that would ultimately

**OFFICIAL TRANSCRIPT**

09:50AM 1   sit under OMS.  So I don't quite know how to answer your

09:50AM 2   question.

09:50AM 3           When you're saying OMS, I'm thinking of a very high

09:50AM 4   level system.  I wouldn't imagine testing what a drilling

09:50AM 5   engineer did against that high level system.  I would be

09:50AM 6   thinking about standards and practices that pertained to his

09:50AM 7   job, you know, relative to the accident.

09:50AM 8   Q.   His standards and practices in terms of a drilling

09:50AM 9   engineer, a well team leader like Mr. Guide, and those involved

09:50AM 10  in well planning and execution, to the extent that there is any

09:50AM 11  OMS-based document against which you can assess their behavior,

09:50AM 12  it would be the local OMS manual, correct, for Drilling &

09:50AM 13  Completions in the Gulf?

09:50AM 14  A.   In this case, the thing that we looked at the most was the

09:51AM 15  drilling and wells operating policy.  We didn't do a

09:51AM 16  comprehensive review, but that was the -- as we did the work,

09:51AM 17  the one that seemed to have the most relevant practices-type

09:51AM 18  relationship to the accident.

09:51AM 19  Q.   The drilling -- you're talking about the DWOP policy?

09:51AM 20  A.   DWOP, yes.

09:51AM 21  Q.   That's what you looked at, and we talked about that

09:51AM 22  earlier?

09:51AM 23  A.   Correct.

09:51AM 24  Q.   You also mentioned you looked at OMS implementation.  And

09:51AM 25  against that background, I want to make sure that it's clear,

**OFFICIAL TRANSCRIPT**

1036

09:51AM 1    that while you may or may not have looked at OMS
09:51AM 2    implementation, the things you don't know today are whether or
09:51AM 3    not the local OMS manual was implemented as of January 1, 2010,
09:51AM 4    you don't know?
09:51AM 5    A.    I just don't know, have firsthand knowledge, no.
09:51AM 6    Q.    You don't know whether or not any OMS manual was ever
09:51AM 7    distributed to any of the well's team for Macondo, don't know
09:51AM 8    that?
09:51AM 9    A.    Don't know that, no.
09:51AM 10   Q.    Don't know whether any of the well's team for BP had any
09:51AM 11   OMS training, and specifically OMS-based training on risk
09:52AM 12   management and risk assessment at Macondo?  Didn't look at
09:52AM 13   that?
09:52AM 14   A.    No, I don't know that, no.
09:52AM 15   Q.    So in essence, having gone through this, at the end of the
09:52AM 16   day, while BP had this goal of implementing OMS across the
09:52AM 17   Gulf of Mexico, as you stated, there has been no analysis, no
09:52AM 18   study, and no conclusion, not publicly, as to whether or not
09:52AM 19   the behavior of the gentlemen who designed and operated this
09:52AM 20   well for BP, not Transocean, BP, either knew of, had been
09:52AM 21   trained in, or complied with any operating management system,
09:52AM 22   correct?
09:52AM 23   A.    I'm sorry.  I don't agree with that.
09:52AM 24   Q.    You don't agree with that.
09:52AM 25   A.    No.  Because the DWOP is part of the operating management

**OFFICIAL TRANSCRIPT**

09:52AM 1    system.  That's the drilling and well's operating policy.

09:52AM 2            So to the extent there are policy questions here, the

09:53AM 3    team did look at that.  So I don't think that's different.

09:53AM 4            Did we go and do an exhaustive OMS review?  No.  But

09:53AM 5    when you look at the OMS that will be in place for drilling

09:53AM 6    organizations, DWOP will be a very important part of that, or

09:53AM 7    any relevant engineering practices.

09:53AM 8            So I just don't agree that we didn't review it at

09:53AM 9    all.  We looked at the relevant parts of it.

09:53AM 10   Q.   Okay.  Then why don't we look at TREX 00093.

09:53AM 11           Is that the DWOP?

09:53AM 12   A.   Yes, it is.  Appears to be.

09:53AM 13   Q.   And indeed on the title page in the left bottom, it

09:53AM 14   references "Operating Management System."

09:53AM 15           Do you see that?

09:53AM 16   A.   That's what it says.

09:53AM 17   Q.   And it's a "Group practice 10-00"?

09:54AM 18   A.   Yes, sir, that's what it says.

09:54AM 19   Q.   So "E&P Defined Operating Practice."

09:54AM 20           Can you describe for us exactly what the DWOP is.

09:54AM 21   A.   I can describe it at a high level.  Going back to our

09:54AM 22   frame that we discussed yesterday, OMS is the overarching

09:54AM 23   system.  It's intended to be -- I'll say generic enough to

09:54AM 24   apply to all parts of the operating parts of the company.

09:54AM 25           Then when you go below that, you will see more

**OFFICIAL TRANSCRIPT**

09:54AM 1    detailed practices relevant to the engineering or risk

09:54AM 2    management or whatever for that area, refining, drilling,

09:54AM 3    production.

09:54AM 4         DWOP is the practices that were established for the

09:54AM 5    drilling part of the operations.  They were established by the

09:54AM 6    E&P organization, by the drilling part of the E&P organization

09:54AM 7    to define their technical practices.

09:54AM 8    Q.   All right.  Now, let's go to page 18 of DWOP.  This is the

09:55AM 9    defining and controlling manual in effect.  Section 2.4.

09:55AM 10        "Clear roles, responsibilities, and accountabilities

09:55AM 11   shall be established for all positions within the drilling and

09:55AM 12   well operations organizations."

09:55AM 13        Do you know whether or not there were clear roles,

09:55AM 14   responsibilities and accountabilities for all positions within

09:55AM 15   the drilling and well operations organizations at Macondo?

09:55AM 16   A.   I don't know.  I don't remember that being reviewed or

09:55AM 17   concluded in the report.

09:55AM 18   Q.   3.1.2, page 19.

09:55AM 19        "Everyone involved in BP's drilling and well

09:55AM 20   operations at the well site shall be knowledgeable in, and

09:55AM 21   comply with, the relevant safety management system which shall

09:56AM 22   be defined as part of the contractual relationship between BP

09:56AM 23   and the primary contractors."

09:56AM 24        That's what you referenced before, correct?

09:56AM 25   A.   I believe so.  Again, DWOP is not my policy, so I'm

09:56AM 1    broadly familiar with it.  I don't know if I'm able to

09:56AM 2    interpret everything.  But it appears to be this notion of

09:56AM 3    bridging, yes.

09:56AM 4    Q.    All right.

09:56AM 5          "The relevant safety management system will

09:56AM 6    incorporate, or be supplemented to address, the requirements of

09:56AM 7    the OMS framework."

09:56AM 8          Your investigation did not look into systemic issue

09:56AM 9    of whether Transocean's safety management system incorporated,

09:56AM 10   supplemented or was even aware of requirements of the OMS

09:56AM 11   framework?

09:56AM 12   A.    We looked at a couple parts of that.  We observed an HSSE

09:56AM 13   bridging document that compared BP policy or requirements with

09:56AM 14   Transocean.  For instance, I don't remember comprehensive

09:57AM 15   review against OMS, but some of the relevant areas the team did

09:57AM 16   look at.

09:57AM 17   Q.    And HSSE and the relevant areas you're referencing really

09:57AM 18   pertain to, again, because of the way that investigation was

09:57AM 19   set up, incidents on the rig.  HSSE deals with personal

09:57AM 20   injuries, right, dropped objects, trip and falls, that type of

09:57AM 21   thing?

09:57AM 22   A.    Not necessarily.  It could be broader than that.  HSSE

09:57AM 23   is -- you know, safety is safety.  It's got personal process

09:57AM 24   safety in it typically.

09:57AM 25   Q.    So does Transocean's HSSE policy and its safety management

**OFFICIAL TRANSCRIPT**

09:57AM 1  system incorporate any process safety elements, to your

09:57AM 2  knowledge?

09:57AM 3  A.   I just don't know that.

09:57AM 4  Q.   You don't know?

09:57AM 5  A.   I assume it does, but I don't know that firsthand.

09:57AM 6  Q.   And what process safety requirements were in place for the

09:57AM 7  BP well's team during the Macondo project?

09:57AM 8  A.   Well, the principal process safety issue with drilling is

09:58AM 9  a well control event, a blowout.  So any of the policies that

09:58AM 10 spoke to well design, well integrity, management, well control

09:58AM 11 would be process-safety-related things in this regard.

09:58AM 12 Q.   And wouldn't that -- in terms of process safety, the issue

09:58AM 13 of well control in the Gulf of Mexico represents a low

09:58AM 14 frequency but extremely high consequence risk, correct?

09:58AM 15 Doesn't happen often; but when it does, it's very bad.

09:58AM 16 A.   It certainly has potential to be very bad.

09:58AM 17 Q.   And as such, it should be governed by a high-level process

09:58AM 18 safety system in terms of identifying, assessing, mitigating

09:58AM 19 risks, correct?

09:58AM 20 A.   I think that's right, yes.

09:58AM 21 Q.   In order to determine exactly what that process safety

09:58AM 22 system would have been, you have to get off the rig and get

09:58AM 23 into management and how management dealt with safety and

09:59AM 24 Drilling & Completions, correct?

09:59AM 25 A.   Yes.  For me a process safety system will involve multiple

**OFFICIAL TRANSCRIPT**

09:59AM 1   principles, practices, barriers.  It will involve things on the
09:59AM 2   rig and, you know, I would agree, it would involve things off
09:59AM 3   the rig as well.
09:59AM 4   Q.   And if it involves management, management has to set the
09:59AM 5   tone, correct, for D&C, and then management above that SPU has
09:59AM 6   to set the tone for that SPU on how process safety is going to
09:59AM 7   be implemented?
09:59AM 8   A.   I would agree.  I think management has to set the tone for
09:59AM 9   all matters of safety.
09:59AM 10   Q.   Well, if we go to 3.4.1, page 22 of this very document,
09:59AM 11   the DWOP document that we've referenced, it says, "All Drilling
09:59AM 12   & Completions operations shall follow documented and auditable
09:59AM 13   risk management process."
10:00AM 14       Your investigation doesn't include and you don't know
10:00AM 15   whether all D&C operations followed a documented and auditable
10:00AM 16   risk management process?  We don't know that?
10:00AM 17   A.   What we know is the things that we looked at, and there
10:00AM 18   were some observations and things about risk management, MOC,
10:00AM 19   in there.  We didn't do a comprehensive review of everything
10:00AM 20   the drilling team did.
10:00AM 21   Q.   Nor did you do a comprehensive review of what process
10:00AM 22   safety requirements were in place by upper management to see
10:00AM 23   whether or not an MOC, as you determined, was required in a
10:00AM 24   certain situation, whether or not process safety policies were
10:00AM 25   being implemented and followed in D&C.  You didn't look at that

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 10:00AM | 1 | either? |
| 10:01AM | 2 | A.   Not as a study.  We looked at things that could have been |
| 10:01AM | 3 | related to this accident. |
| 10:01AM | 4 | Q.   Right.  For the reasons we talked about. |
| 10:01AM | 5 | A.   For the reasons we talked about, yeah. |
| 10:01AM | 6 | Q.   Well, let's go to -- |
| 10:01AM | 7 | MR. STERBCOW:  Do you want to take a break, Judge?  I'm |
| 10:01AM | 8 | almost done, but it's sort of a separate area.  It's going to |
| 10:01AM | 9 | take me a few minutes, so I can keep going. |
| 10:01AM | 10 | THE COURT:  How much more time do you have? |
| 10:01AM | 11 | MR.  STERBCOW:  Half hour, give or take. |
| 10:01AM | 12 | THE COURT:  Let's take a 15-minutes recess right now. |
| 10:01AM | 13 | THE DEPUTY CLERK:  All rise. |
| 10:02AM | 14 | (WHEREUPON, at 10:02 a.m. the Court took a recess.) |
| 10:13AM | 15 | THE DEPUTY CLERK:  All rise. |
| 10:15AM | 16 | THE COURT:  Please be seated, everyone. |
| 10:16AM | 17 | All right.  Before you continue, Mr. Sterbcow, |
| 10:16AM | 18 | let me just make a couple of announcements. |
| 10:16AM | 19 | First of all, remember I said at the beginning of |
| 10:16AM | 20 | the week that we only have the use of -- this is more for the |
| 10:16AM | 21 | press and the public -- we only have the use of Judge Milazzo's |
| 10:16AM | 22 | courtroom across the hall this week.  And next week, we have |
| 10:16AM | 23 | arranged a different overflow courtroom, a lawyer-free zone |
| 10:16AM | 24 | again, for the press and public only, if we need it, if they |
| 10:16AM | 25 | need it.  Right directly above me, on the third floor, is |

**OFFICIAL TRANSCRIPT**

10:16AM 1   Judge Duval's courtroom, which is Room C352, will be the

10:16AM 2   overflow room for the press and public next week.

10:16AM 3              In addition, I should have mentioned this this

10:16AM 4   morning, but I think we will plan -- what my plan is, for

10:17AM 5   today, is that we will probably recess the trial at about 4:30

10:17AM 6   so that Judge Shushan can come over.  I talked to her.  That's

10:17AM 7   a good time for her to come over.

10:17AM 8              I asked her how much time she thought she needed.

10:17AM 9   She's not sure.  I suggested 5:00 or 5:30, but she said she

10:17AM 10  might need more time, so I moved it up, at her request, to

10:17AM 11  4:30.  You all will stay here.  She'll come in the courtroom.

10:17AM 12             Cathy, you can tell Tony we'll still need the

10:17AM 13  court reporter for that.

10:17AM 14             And then, finally, sometime between 11:00 a.m.

10:17AM 15  and noon this morning, I am expecting a phone call that I will

10:17AM 16  need to step off the bench and take.  It will probably only

10:17AM 17  take five minutes.  So whenever that comes in, we'll take a

10:17AM 18  five-minute recess or so.

10:17AM 19             Go ahead.

10:17AM 20  BY MR. STERBCOW:

10:17AM 21  Q.   Mr. Bly, one more point on the DWOP that we talked about.

10:17AM 22  If we could pull that back up, 3.4.3.

10:18AM 23             As the document that applied, the drilling and

10:18AM 24  completions in the Gulf, it says, "The recommended tool for

10:18AM 25  documenting and managing D&C risks is the web-based BP Risk

**OFFICIAL TRANSCRIPT**

10:18AM 1    Assessment Tool, or RAT.

10:18AM 2         "Where RAT is impractical, the Excel-based 'Common

10:18AM 3    Process Risk Register' may be used."

10:18AM 4         Is that consistent your understanding that RAT was

10:18AM 5    preferred, and if they couldn't use RAT, then an Excel

10:18AM 6    spreadsheet could be used?

10:18AM 7    A.    I didn't have that understanding before, but that appears

10:18AM 8    to be what this says.

10:18AM 9    Q.    And would this, based on what you know about safety and

10:18AM 10   policy at BP, the process by which D&C members who identified

10:18AM 11   and needed to input and made known -- make known risks across

10:18AM 12   Drilling & Completions would use either RAT or Excel-based

10:18AM 13   Common Process Risk Register to identify the risk, publish

10:19AM 14   them, make sure everybody was aware for a given project?  Make

10:19AM 15   sense?

10:19AM 16   A.    That appears to be what this says.  I can't tell if

10:19AM 17   there's other things, but that appears to be what this passage

10:19AM 18   says, yes.

10:19AM 19   Q.    Let's go to 00268.  This is identified on its cover,

10:19AM 20   "Gulf of Mexico D&C Operating Plan/Local OMS Manual," dated

10:19AM 21   11/1/09, authority, Kevin Lacy.

10:19AM 22        Have you ever seen this document?

10:19AM 23   A.    I don't believe so.  It may have been something the team

10:19AM 24   looked at, but I don't recall looking at this myself.

10:19AM 25   Q.    Based on our conversation today, to the extent that there

**OFFICIAL TRANSCRIPT**

10:19AM 1  was a local OMS policy governing Drilling & Completions in the

10:19AM 2  Gulf, would you agree with me, from a high level working down,

10:19AM 3  this appears to be that policy, given its title?

10:19AM 4  A.    From the title, it appears to be that manual that we

10:19AM 5  discussed yesterday, or some representation of that manual,

10:20AM 6  yes.

10:20AM 7  Q.    Let's go to page 42.

10:20AM 8        Appendix A of this document says, "Gulf of Mexico D&C

10:20AM 9  Evidence Inventory:  'The Way We Work.'"

10:20AM 10        "The following describes the processes/practices in

10:20AM 11  place that conform to 048 OMS Version 2, their Group

10:20AM 12  Essentials, E&P, Segment Requirements and Recommendations.

10:20AM 13  While comprehensive, this is not an exhaustive list.  Many of

10:20AM 14  processes/practices outlined below stem from the Group, or SPU

10:20AM 15  level mandates.  Also shown below are the individual positions

10:20AM 16  in the Drilling & Completions organization accountable for that

10:20AM 17  sub-element."

10:20AM 18        It then goes on.  Go to Number 1.

10:20AM 19        "Operating Leadership" is identified.

10:21AM 20        "BP operating leaders provide clear direction to

10:21AM 21  people in their organization and then act in accordance with

10:21AM 22  it."

10:21AM 23        Did your investigation team look at whether BP

10:21AM 24  operating leaders on the Macondo well generally, and

10:21AM 25  specifically the well's team, provided clear direction to the

10:21AM 1    people in their organization and acted in accordance with that

10:21AM 2    direction?

10:21AM 3    A.   I don't know if we looked at that specific passage.  We

10:21AM 4    considered the things that may have been causal in the

10:21AM 5    accident, and to the extent that this came into play, it might

10:21AM 6    have been looked at.  But I don't recall looking at this

10:21AM 7    specific sub-element of OMS, no.

10:21AM 8    Q.   Okay.  Number 2, organization.  That's page 46, I believe.

10:21AM 9           Organizational Structure.  2.1.  BP entities

10:22AM 10   establish organizations that allow them to deliver their

10:22AM 11   planned business objectives effectively through the deployment

10:22AM 12   of competent people and adequate resources.

10:22AM 13          Did your investigation team look at whether or not

10:22AM 14   the Drilling & Completions established organizations within D&C

10:22AM 15   that allowed them to deliver their planned business objectives

10:22AM 16   effectively through the deployment of competent people and

10:22AM 17   adequate resources?

10:22AM 18   A.   Again, I don't think we looked at it comprehensively this

10:22AM 19   way.  We touched on components that were relevant to the

10:22AM 20   investigation that we were doing.

10:22AM 21          As I mentioned earlier, we looked at some competency

10:22AM 22   records and things like that, but not a comprehensive review of

10:22AM 23   the whole --

10:22AM 24   Q.   So there was no analysis of the competency or certainly

10:22AM 25   competent performance of the drilling engineers or the well

10:22AM  1    team leader specifically, correct?

10:22AM  2    A.    There was not -- not that I recall, no.

10:22AM  3    Q.    Number 3, page 51.

10:22AM  4          3.1.   Risk Assessment and Management.  BP entities

10:23AM  5    assess, prioritize and manage operating risks consistent with

10:23AM  6    BP requirements.

10:23AM  7          Did the team look at whether or not Drilling &

10:23AM  8    Completions assessed, prioritized and managed operating risks

10:23AM  9    consistently with BP requirements at the time of the Macondo

10:23AM 10    disaster?

10:23AM 11    A.    I recall that the team did look at some of the risk tools.

10:23AM 12    I recall a decision tree was considered that the Macondo well's

10:23AM 13    team was using and some other, you know, components.

10:23AM 14          So I do think that there is elements of this that

10:23AM 15    were looked at by the team, yes.

10:23AM 16    Q.    Did you come to a conclusion whether the D&C entity or,

10:23AM 17    more specifically, the Macondo well team, well site leaders,

10:23AM 18    engineers, etcetera, assessed, prioritized and managed

10:23AM 19    operating risks consistent with BP requirements?

10:24AM 20    A.    We didn't make that affirmative conclusion.  There were a

10:24AM 21    couple of observations and conclusions we made that spoke to

10:24AM 22    risk management process, but we didn't make that affirmative

10:24AM 23    conclusion you described.

10:24AM 24    Q.    Again, I want to make it clear, sitting here today, you do

10:24AM 25    not know whether the manual we just looked at, which clearly

**OFFICIAL TRANSCRIPT**

1048

10:24AM 1   contains statements and policies concerning leadership,

10:24AM 2   organization, and risk management, you don't know whether

10:24AM 3   Mr. Lacy ever had the opportunity to implement it or whether it

10:24AM 4   or any other iteration was implemented in the Gulf of Mexico

10:24AM 5   before Macondo?

10:24AM 6   A.    I don't know that.

10:24AM 7         I know the requirement was for them to have MOC'd

10:24AM 8   over to operate under OMS.  There was a requirement to have

10:24AM 9   that book.

10:24AM 10        This may be the book that they developed.  What the

10:24AM 11  state of implementation was at the time of Macondo, I do not

10:24AM 12  know.

10:24AM 13  Q.    Let's go to TREX 4188.

10:25AM 14        This is an e-mail from Dave Rich, January 28, 2010.

10:25AM 15        Do you know Mr. Rich, by the way?

10:25AM 16  A.    I do not.

10:25AM 17  Q.    Subject, Gulf of Mexico D&C Risk Management Recommended

10:25AM 18  Practice.

10:25AM 19        Effective January 26th, the new risk management

10:25AM 20  recommended practice takes effect and shall be implemented

10:25AM 21  across Gulf of Mexico D&C.  All project and rig teams shall

10:25AM 22  commence transitioning over to the risk process as defined

10:25AM 23  within this RP and shall commence transferring risks over to

10:25AM 24  the new version of BP RAT, the tool selected to manage all D&C

10:25AM 25  risks.

**OFFICIAL TRANSCRIPT**

1049

| | |
|---|---|
| 10:25AM 1 | That's written by Dave Rich, Gulf of Mexico D&C Wells |
| 10:25AM 2 | Director.  Have you seen this e-mail before? |
| 10:25AM 3 | A.    I don't believe so, no. |
| 10:25AM 4 | Q.    Let's go to the attachment, or TREX 1917. |
| 10:26AM 5 | The reference is to this document, Drilling & |
| 10:26AM 6 | Completions Risk Practice for Risk Management Implementation |
| 10:26AM 7 | Draft.  The authority, because we're into January, is no longer |
| 10:26AM 8 | Kevin Lacy, but it's now his predecessor -- or successor, |
| 10:26AM 9 | Patrick O'Bryan.  Do you see that? |
| 10:26AM 10 | A.    Yeah, I see it on the page.  Yeah. |
| 10:26AM 11 | Q.    Document dated January 20, 2010.  This document is the |
| 10:26AM 12 | second attempt, if you will, to implement the document we |
| 10:26AM 13 | looked at earlier that was the authority on which was |
| 10:26AM 14 | Mr. Thierens that was never implemented, do you remember that |
| 10:26AM 15 | document, regarding assessment and how they were going to |
| 10:26AM 16 | manage risks and make it consistent?  Do you remember we looked |
| 10:26AM 17 | at that document earlier?  That there was going to be an |
| 10:26AM 18 | attempt back in June of '09 to bring some consistency to risk |
| 10:26AM 19 | management? |
| 10:26AM 20 | A.    I remember that passage that we looked at on consistency, |
| 10:27AM 21 | yes. |
| 10:27AM 22 | Q.    Assuming for purposes of my question that document was |
| 10:27AM 23 | never implemented before Thierens and Lacy were gone, the next |
| 10:27AM 24 | attempt appears to be by Mr. O'Bryan, January 20, 2010. |
| 10:27AM 25 | Now, let's look at page 1.  Excuse me, page 6. |

**OFFICIAL TRANSCRIPT**

10:27AM 1          At the top:  Introduction.  The need to standardize

10:27AM 2    the risk management process was driven by the requirement to

10:27AM 3    conform to OMS, to increase the transparency and manageability

10:27AM 4    of risks across Gulf of Mexico, and to move away from the

10:27AM 5    multiple approaches that existed to management risk.

10:27AM 6          You see that?

10:27AM 7    A.   Yes, sir, I see where it says that.

10:27AM 8    Q.   Sounds very, very close to what Mr. Thierens had tried to

10:27AM 9    do in June of 2009 through the document that he was the

10:27AM 10   authority on, doesn't it?

10:27AM 11   A.   I don't know.  I didn't know what that previous document

10:27AM 12   was about.  I don't really understand what this one is about

10:27AM 13   either.

10:27AM 14   Q.   It goes on, that paragraph:  This led to the development

10:28AM 15   and implementation of an aligned Gulf of Mexico D&C Risk

10:28AM 16   Management Recommended Practice and an enhancement to the risk

10:28AM 17   management tool, the BP Risk Assurance Tool, BP RAT, to manage

10:28AM 18   all identified Gulf of Mexico D&C risks.

10:28AM 19          Based on your position in safety at BP, does it at

10:28AM 20   least appear to you that the attempt here is to move to the BP

10:28AM 21   risk assurance tool in an effort to centralize and make

10:28AM 22   consistent risk management in Drilling & Completions in the

10:28AM 23   Gulf?

10:28AM 24   A.   Based on what we've looked at, that is the impression you

10:28AM 25   get, yes.

**OFFICIAL TRANSCRIPT**

10:28AM  1    Q.   Do you know whether or not the RAT tool was implemented or

10:28AM  2    applied to the Macondo well?

10:28AM  3    A.   I don't.  I don't know for sure.  My team probably does.

10:28AM  4    Q.   Is it stated anywhere in your report whether RAT applied

10:29AM  5    to Macondo?

10:29AM  6    A.   I don't recall any -- any statement about that.

10:29AM  7    Q.   Page 13.  Major Accident Risks, what we talked about

10:29AM  8    earlier.

10:29AM  9         This document specifically identifies two major

10:29AM 10    accident risks which the Gulf of Mexico D&C is responsible for

10:29AM 11    managing.  First on the list, loss of well control.  Second,

10:29AM 12    loss of drilling riser.  Both risks represent major exposure to

10:29AM 13    Gulf of Mexico SPU with an OMS severity level of D and above.

10:29AM 14         Translated, that means that loss of well control is

10:29AM 15    the major operational risk faced by Drilling & Completions in

10:29AM 16    the Gulf, correct?

10:29AM 17    A.   That appears to be what this is saying, and it would

10:29AM 18    reflect my experience, yeah.

10:29AM 19    Q.   That's your opinion?

10:29AM 20    A.   Yeah.

10:29AM 21    Q.   Again, given that, isn't it imperative that BP do

10:30AM 22    something to centralize and bring consistency to the risk

10:30AM 23    management process in Drilling & Completions to make sure that

10:30AM 24    major accident risks on Macondo are properly identified,

10:30AM 25    properly documented, consequences are recognized, and

**OFFICIAL TRANSCRIPT**

10:30AM 1    mitigation steps taken?

10:30AM 2    A.   It does, and it appears that they are right in this

10:30AM 3    passage.  I mean, it's saying that these are the risks, and

10:30AM 4    here is a very high severity level.

10:30AM 5          So that -- I don't know, again, what this document

10:30AM 6    is, but it appears that that thing is accomplished right in the

10:30AM 7    words that you've highlighted.

10:30AM 8    Q.   Can you tell me whether or not this document we just

10:30AM 9    looked at was ever implemented in Drilling & Completions?

10:30AM 10   A.   No.  As I said, I just -- I just don't know what this

10:30AM 11   document is.

10:30AM 12   Q.   If Pat O'Bryan, the authority on this document, has

10:30AM 13   testified in his position as Vice-President of Drilling &

10:30AM 14   Completions, that as of March, at minimum, this document had

10:31AM 15   not been implemented in D&C generally and Macondo in

10:31AM 16   particular, you have no basis, in fact, to disagree with that?

10:31AM 17   A.   With Mr. O'Bryan's testimony?

10:31AM 18   Q.   Correct.

10:31AM 19   A.   I have no basis to disagree.

10:31AM 20   Q.   Let's go to 42 -- 04220.

10:31AM 21         This is part of the accident investigation from

10:31AM 22   Mr. Lucari, who we referenced yesterday, to, among others,

10:31AM 23   Kent Corser.  It's a request for information from Gulf of

10:31AM 24   Mexico.

10:31AM 25         It says:  Here's an additional request for

                        **OFFICIAL TRANSCRIPT**

1053

10:31AM 1    information from the incident investigation team concerning

10:31AM 2    risk management processes related to the Macondo well.  All

10:31AM 3    documents in support of DWOP 3.4, risk management processes

10:31AM 4    pertaining to the well.  This should include BP assessment tool

10:32AM 5    for documenting and managing D&C risk and/or any Excel-based

10:32AM 6    common process risk register.

10:32AM 7            So, clearly, the team is now looking at this issue,

10:32AM 8    correct?

10:32AM 9    A.    It appears to be the case, yes.

10:32AM 10   Q.    Let's go to page 2, a responsive e-mail from Mr. Sims in

10:32AM 11   Drilling & Completions.

10:32AM 12           Marshall, please find attached the risk register for

10:32AM 13   Macondo.  E&A was not using the RAT when this well was planned.

10:32AM 14           So we know, at least during the planning stages of

10:32AM 15   Macondo, the OMS goal and the risk management policy goal,

10:32AM 16   which is to use RAT as the unified consistent risk assessment

10:32AM 17   tool, was not implemented at Macondo because it wasn't in

10:32AM 18   effect when Macondo was planned in 2009, correct?

10:32AM 19   A.    That appears to be what this says.  I'm not certain

10:32AM 20   myself, but that does appear to be what this says.

10:33AM 21   Q.    Let's go to 1734.  This is General Practice 4850 we

10:33AM 22   referenced a few minutes ago, Major Accident Risk Process, MAR

10:33AM 23   Process.

10:33AM 24           I think you would agree with me -- it's dated June 5,

10:33AM 25   '08 -- that a project like Macondo, high temperature, high

10:33AM 1    pressure, deepwater, 50 miles offshore, is the type of project

10:33AM 2    that absolutely must undergo a major accident risk process?

10:33AM 3    A.    No, sir, I wouldn't agree with that.

10:33AM 4    Q.    You don't agree with that?

10:33AM 5    A.    No.

10:33AM 6    Q.    Let me go to page 2.

10:33AM 7            The MAR process is a high level quantified risk

10:33AM 8    assessment with a consistent approach for all BP operations

10:33AM 9    that have the potential to give rise to a major accident, one

10:34AM 10   that could theoretically cause multiple fatalities and/or

10:34AM 11   severe damage to the environment.

10:34AM 12           This is the poster child of an accident that caused

10:34AM 13   multiple fatalities or severe damage to the environment, is it

10:34AM 14   not?

10:34AM 15   A.    It is.

10:34AM 16   Q.    The MAR process is a high level quantified risk assessment

10:34AM 17   with a consistent approach for all BP operations that have such

10:34AM 18   potential, correct?

10:34AM 19   A.    That's the overarching intent of it, that's correct.

10:34AM 20   Q.    Yet it is your opinion, as one of the highest, if not the

10:34AM 21   highest level ranking safety officer in the company, that the

10:34AM 22   MAR process need not be applied to this project?

10:34AM 23   A.    Right, and the explanation of that was right in the

10:34AM 24   sentence that you showed me.

10:34AM 25   Q.    Bring it back up.

**OFFICIAL TRANSCRIPT**

10:34AM 1          What is it?

10:34AM 2   A.   The fact that it's a high level QRA means it's a generic

10:34AM 3   process.  For the risks that we're discussing here, a blowout

10:35AM 4   of a single MODU drilled well, that risk is understood.  It was

10:35AM 5   identified in that previous document as a very high risk on the

10:35AM 6   risk matrix.

10:35AM 7          So the philosophy of this is, if you can understand

10:35AM 8   the risk straightaway, you don't need a MAR process to do it.

10:35AM 9   You know it.

10:35AM 10  Q.   All right.

10:35AM 11  A.   If there is a more complicated, you know, understanding

10:35AM 12  required, then it might make sense to do a MAR.

10:35AM 13  Q.   But we don't know as of the time Macondo was conceived

10:35AM 14  through the blowout whether either Mr. Thierens' risk

10:35AM 15  management document that contained that language or

10:35AM 16  Mr. O'Bryan's risk management document that contained that

10:35AM 17  language were ever even implemented in Drilling & Completions?

10:35AM 18  You don't know that?

10:35AM 19  A.   No, I don't, but I know that there was risks -- the

10:35AM 20  existing risk processes that were there before.  It wasn't as

10:35AM 21  if there was nothing before.

10:35AM 22         Those, as we, you know, concluded, appeared to be

10:35AM 23  attempts to get to a more consistent approach, but there was

10:36AM 24  things before.

10:36AM 25  Q.   Okay.  Well, then let's look at TREX 1741, which,

**OFFICIAL TRANSCRIPT**

10:36AM 1    according to the evidence, as least as I understand it, is the
10:36AM 2    process that was there before, which is the Macondo risk
10:36AM 3    register.  I believe this is the Excel spreadsheet that has
10:36AM 4    been referred to before.
10:36AM 5    A.    Okay.
10:36AM 6    Q.    Okay.  If we go to page 4 at the top, it says, Risk
10:36AM 7    Register for Project, and then typed in, Macondo.  You see
10:36AM 8    that?
10:36AM 9    A.    It's a little hard to read, but I think I can see it.
10:36AM 10   Q.    Yeah, I apologize for that.  There we go.
10:36AM 11          Last updated June 20, 2009.
10:36AM 12          Did your team dig into, A, whether or not this
10:36AM 13   document existed; is that something you all looked at?
10:36AM 14   A.    It appears we did from that e-mail, so I suspect that the
10:36AM 15   team did look at this, yes.
10:36AM 16   Q.    Did your team try to determine whether there was any risk
10:36AM 17   register filled out or whether this one was supplemented or
10:37AM 18   amended or changed in any way after June 20, 2009?
10:37AM 19   A.    I can't recall.  It seems like I remember a discussion
10:37AM 20   that there hadn't been, but I don't recall that explicitly.
10:37AM 21   Q.    If, in fact, during the course of the project numerous
10:37AM 22   high risk occurrences were encountered in the term -- in the
10:37AM 23   form of lost return events, kicks, narrow drilling margins,
10:37AM 24   including, according to an expert who sat here yesterday
10:37AM 25   morning, drilling margins that violated federal law, would you

OFFICIAL TRANSCRIPT

10:37AM 1    expect, as a high level safety officer at this company, that

10:37AM 2    this risk register be updated at any point in time to reflect

10:37AM 3    what we now know to be very real, very dangerous risks unique

10:37AM 4    to this well?

10:37AM 5    A.    I'm not familiar with this register.  I can speak about a

10:38AM 6    risk register in general.

10:38AM 7          The answer is not necessarily, because what a risk

10:38AM 8    register does is allow you to sort of identify a risk, the

10:38AM 9    potential for something to happen.

10:38AM 10          If that's already identified as a high potential, it

10:38AM 11   wouldn't necessarily change this.  It may -- it may -- if the

10:38AM 12   things that you are describing were happening, it may cause you

10:38AM 13   to think about the barriers and controls in a different way,

10:38AM 14   but it wouldn't necessarily say, well, I've got to go and

10:38AM 15   requantify this risk, because you've already identified it as a

10:38AM 16   significant risk.

10:38AM 17   Q.    As part of assessing the risk for Macondo, isn't it

10:38AM 18   important to make sure that you identify what the potential

10:38AM 19   consequence of the risk is?  Not only the risk itself, do we

10:38AM 20   think we can handle it, but what are the consequences; it's

10:38AM 21   something that you need to know?

10:38AM 22   A.    When I think of risk, I think of the potential

10:38AM 23   consequences as the description of the risk.

10:38AM 24   Q.    Well, then let's look at the first category on the only

10:39AM 25   risk document that we are aware of prepared specifically for

**OFFICIAL TRANSCRIPT**

10:39AM 1    Macondo that's intended to identify and deal with risks.

10:39AM 2           Category Number 1, risk opportunity name is well

10:39AM 3    control.  What we have been talking about, correct?  Right at

10:39AM 4    the top.

10:39AM 5    A.    It appears to be, yeah.

10:39AM 6    Q.    The owner of the -- description is potential well control

10:39AM 7    problem, risk of losing the wellbore in an uncontrolled

10:39AM 8    situation.  Exactly what we're talking about?

10:39AM 9    A.    I presume.

10:39AM 10   Q.    Owner is Mark Hafle, which I assume would be normal given

10:39AM 11   that he's one of the drilling engineers on the job, correct?

10:39AM 12   A.    Seems to make sense, yes.

10:39AM 13   Q.    Risk status, it's been accepted.  Presumably it means that

10:39AM 14   it has been looked at, analyzed, and we accept the risk going

10:39AM 15   forward, correct?

10:39AM 16   A.    Projecting, it's not my document, but I would say it would

10:39AM 17   mean that someone has looked at it and considered the controls

10:40AM 18   in place and felt that they were adequate.

10:40AM 19   Q.    All right.  It says, last update, June 17, '09.  Then,

10:40AM 20   preresponse, impact type, that is, what is going to happen if

10:40AM 21   we encounter this risk and it actually occurs.  Mr. Hafle

10:40AM 22   notes, cost.

10:40AM 23          I submit to you, if you look down this entire risk

10:40AM 24   register, which to our knowledge is the only BP document that

10:40AM 25   centralizes analyzation, consequence and response to risk, you

10:40AM 1    will find nothing but costs and no mention of life, personal

10:40AM 2    injury, or environmental damage.  As the chief safety officer

10:40AM 3    of this company, do you find that acceptable?

10:40AM 4         MS. KARIS:  I'm going to object to form and foundation,

10:40AM 5    and misstates the record as well.

10:40AM 6         THE COURT:  Overruled.

10:41AM 7         THE WITNESS:  Could you repeat the question for me,

10:41AM 8    please.

10:41AM 9    BY MR. STERBCOW:

10:41AM 10   Q.   Do you find it acceptable that the Excel spreadsheet risk

10:41AM 11   register for Macondo that, as far as I know, was never updated,

10:41AM 12   never changed, that governs the Macondo, where it deals with

10:41AM 13   well control, it says, impact type, costs, do you find that

10:41AM 14   acceptable that there is no mention of potential personal

10:41AM 15   injury, death or environmental damage?

10:41AM 16   A.   If this represented the actual understanding of the team

10:41AM 17   drilling the well in its totality, I would certainly not find

10:41AM 18   that acceptable.

10:41AM 19   Q.   But you don't know?

10:41AM 20   A.   Well, I don't know -- well, I do know.  I do know that

10:41AM 21   people that drill wells have a deep appreciation for blowout as

10:41AM 22   being the most important and significant thing that could

10:41AM 23   happen.

10:41AM 24        So the fact that this tool doesn't represent it that

10:41AM 25   way, you know, I can't really react to that; but, I think the

**OFFICIAL TRANSCRIPT**

10:41AM 1    team would need to know that it is a potential in what they are

10:41AM 2    dealing with.

10:41AM 3    Q.   Did your team find or are you aware of any other documents

10:42AM 4    pertaining to Macondo wherein there is an analysis of risk and

10:42AM 5    a listing of potential consequences in case the risk was

10:42AM 6    encountered?

10:42AM 7    A.   I don't know that, no.

10:42AM 8    Q.   We know we don't have a RAT tool because we've established

10:42AM 9    that that didn't apply.

10:42AM 10          As far as I know, there is no MAR.

10:42AM 11          What's left, according to the documents, is the Excel

10:42AM 12   spreadsheet, the risk register.  Is that fair, or is there some

10:42AM 13   other source?

10:42AM 14   A.   I just don't know.  I don't know what else, you know, the

10:42AM 15   Gulf of Mexico had in place, etcetera.

10:42AM 16          But my point was also that whatever is on the tool, I

10:42AM 17   feel confident the people involved appreciate that well control

10:42AM 18   risk is the big risk, with multiple dimensions to it, they're

10:42AM 19   facing.

10:42AM 20   Q.   All right.  Let's go, if we could, go back briefly to

10:42AM 21   00268, the local manual.  I would like to go to page 52, 3.3,

10:43AM 22   at the bottom.

10:43AM 23          THE COURT:  Mr. Sterbcow, what was the date of this

10:43AM 24   manual again?  Do we know?

10:43AM 25          MR. STERBCOW:  This one is dated June of -- June of

**OFFICIAL TRANSCRIPT**

10:43AM  1    '09, Judge.

10:43AM  2              THE COURT:  Okay.

10:43AM  3    BY MR. STERBCOW:

10:43AM  4    Q.   3.3, Process Safety.  BP entities manage the integrity of

10:43AM  5    hazardous operating systems and processes by applying good

10:43AM  6    design principles, engineering and operation practices which

10:43AM  7    prevent and control incidents that have the potential to

10:43AM  8    release hazardous materials or energy.  Such incidents can

10:43AM  9    cause toxic effects, fire or explosion, and could ultimately

10:43AM  10   result in serious injuries, environmental impact, property

10:43AM  11   damage, lost production.

10:43AM  12             Doesn't that tell us that, according to the local OMS

10:44AM  13   manual as of June of '09, that process safety at BP is

10:44AM  14   specifically targeted to the risk of a low potential, high

10:44AM  15   consequence, deepwater blowout like the Macondo well?

10:44AM  16   A.   I would say it's included in that.  That's not all it's

10:44AM  17   targeted at, but yes, it would be included.

10:44AM  18   Q.   But it's critical?

10:44AM  19   A.   Yeah.  It's a critical risk, yes.

10:44AM  20   Q.   Are you aware or have you ever seen any other document

10:44AM  21   pertaining to or governing Drilling & Completion operations in

10:44AM  22   the Gulf that provide such a process safety definition?  Do you

10:44AM  23   know of any other document where we would go to find that?

10:44AM  24   A.    I'm sorry, I've gotten a little lost in your question,

10:44AM  25   sir.

OFFICIAL TRANSCRIPT

10:44AM 1   Q.   Let me simplify it.  Are you aware of any other potential

10:44AM 2   document that would govern operations in Drilling & Completions

10:44AM 3   in the Gulf that defines process safety the way this one does?

10:45AM 4   A.   I'm sorry, what -- I mean, what you would see in a

10:45AM 5   Drilling & Completions setting would be things that we're

10:45AM 6   defining as well control probably.  That is the process safety

10:45AM 7   event.

10:45AM 8        So you would see well control, and you'd see barriers

10:45AM 9   that were described, like casing design, cement design,

10:45AM 10  etcetera.  That's probably the way it would occur in a drilling

10:45AM 11  environment.

10:45AM 12  Q.   Are those documents, documents you looked at as part of

10:45AM 13  the investigation?

10:45AM 14  A.   As I said, parts of them.

10:45AM 15       So DWOP would be one place that those types of

10:45AM 16  documents would exist.  I know the team did look at least some

10:45AM 17  aspects of DWOP to do the work.

10:45AM 18  Q.   Specifically, you don't know the extent to which the team

10:45AM 19  may have looked at process safety on a management level that

10:45AM 20  would make its way down to Drilling & Completions on a local

10:45AM 21  level through the OMS manual that would be designed to identify

10:46AM 22  blowout risks and deal with it; you've never seen such

10:46AM 23  documents?

10:46AM 24  A.   I think that's what DWOP is; or, at least in part, that's

10:46AM 25  how it would show up.

**OFFICIAL TRANSCRIPT**

10:46AM 1    Q.    DWOP is the manual, then?

10:46AM 2    A.    Well, there may be other things, but I'm just trying to

10:46AM 3    bridge from the high level process safety statements about how

10:46AM 4    you control hazardous into a drilling environment.

10:46AM 5            How do you think about risks; you're thinking about

10:46AM 6    blowout risks.  How do you think about barriers; you're

10:46AM 7    thinking about rigs and comment and casing.  Those are the kind

10:46AM 8    of things that DWOP addresses.  There may be other aspects, but

10:46AM 9    I would see that as the linkage.

10:46AM 10   Q.    Those having most control with respect to Macondo over

10:46AM 11   these risks, wouldn't you agree with me, from a design and

10:46AM 12   operational standpoint would be your two drilling engineers and

10:46AM 13   your well team leader; they would be on the front line, if you

10:46AM 14   will?

10:46AM 15   A.    Yeah, they'd be critical players in the design of the

10:47AM 16   well.

10:47AM 17   Q.    Mr. Hafle, Mr. Morel, and Mr. Guide, correct, in this

10:47AM 18   case?

10:47AM 19   A.    Yes, that's right.

10:47AM 20   Q.    They have to, have to, it's an absolute requirement that

10:47AM 21   they identify, address and, through the life of the well,

10:47AM 22   continually deal with anticipated risks to make sure that a

10:47AM 23   blowout like this does not occur; those three gentlemen, on

10:47AM 24   that level?

10:47AM 25   A.    Yeah, they're the ones that would be applying the design

**OFFICIAL TRANSCRIPT**

10:47AM  1    standards and things to our work, so yes.

10:47AM  2    Q.   So when we move up the process safety chain to the upper

10:47AM  3    management level, upper management has the responsibility

10:47AM  4    through implemented process safety systems to make sure those

10:47AM  5    three gentlemen are doing their jobs, correct?

10:47AM  6    A.   Yeah, I think that's how it would work, systematically,

10:48AM  7    yes.

10:48AM  8    Q.   We can't go to a Transocean safety management system to

10:48AM  9    tell us whether Mr. Hafle, Mr. Morel, and Mr. Guide are doing

10:48AM 10    their jobs pursuant to an applicable procedure or they aren't;

10:48AM 11    it has to come through a BP system?

10:48AM 12    A.   You would have to look at a BP system to consider their

10:48AM 13    work.

10:48AM 14    Q.   So to the extent that there is some process safety

10:48AM 15    component of the BP/Transocean relationship whereby the OMS

10:48AM 16    requires adoption or conformance with Transocean's policy, that

10:48AM 17    cannot possibly apply to the three gentlemen who have the most

10:48AM 18    control over the risks associated with the blowout of this

10:48AM 19    well; has nothing to do with them?

10:48AM 20    A.   I don't agree that they have necessarily the most control,

10:48AM 21    but it doesn't -- I would agree with you that BP policies would

10:48AM 22    apply directly to the work of the BP's wells team.

10:48AM 23    Q.   Very briefly, let me talk about -- and we're going to

10:48AM 24    cover one more point -- have you ever met or talked to

10:49AM 25    Mr. Guide?

10:49AM 1    A.    I've said hello to him in an elevator.  I don't know him

10:49AM 2    beyond that.

10:49AM 3    Q.    Do you recall seeing any interview notes or any e-mails

10:49AM 4    produced during your investigation that called into question

10:49AM 5    his competence as a well team leader?

10:49AM 6    A.    I don't recall that.

10:49AM 7    Q.    Do you recall seeing any interview notes or e-mails that

10:49AM 8    were produced to your investigation team that called his mental

10:49AM 9    stability into question?

10:49AM 10   A.    I don't recall that.

10:49AM 11   Q.    Do you recall seeing any interview notes or e-mails that

10:49AM 12   called his knowledge of the DWOP and of the general practice

10:49AM 13   requirements into question?

10:49AM 14   A.    Notes or e-mails, no, sir, I don't recall any of those.

10:49AM 15   Q.    So you have no knowledge as you sit here today on whether

10:49AM 16   or not John Guide, how he was performing his job, how he was

10:49AM 17   behaving and whether or not he did anything at all to identify,

10:50AM 18   deal with and mitigate risks associated with the operations at

10:50AM 19   the Macondo well?

10:50AM 20   A.    There were things that we looked at in the investigation

10:50AM 21   through the barriers that we considered.  Some of those

10:50AM 22   involved considering how various people were involved,

10:50AM 23   including Mr. Guide, and there were some decisions that he may

10:50AM 24   have been involved in that we looked at.

10:50AM 25              So I think there were some things that we looked at

**OFFICIAL TRANSCRIPT**

10:50AM 1    that involved Mr. Guide and team members he was working with.

10:50AM 2    Q.    But the e-mails between he and Mr. Sims that we'll see

10:50AM 3    certainly later on when he testifies that would reasonably

10:50AM 4    raise significant concern about his job performance and about

10:50AM 5    the D&C organization generally are not e-mails that made it

10:50AM 6    into your report, correct?

10:50AM 7    A.    I suspect some of them were looked at by my team because I

10:50AM 8    know they interviewed those people.

10:50AM 9            We didn't copy any e-mails into the report.  We took

10:50AM 10   all the information that we gathered -- it may have included

10:51AM 11   e-mails.  It certainly included talking to the people that

10:51AM 12   would have been involved in those e-mails -- and, as I said

10:51AM 13   yesterday, putting it together with data and everything else,

10:51AM 14   to come to our conclusions.

10:51AM 15   Q.    Well, let me ask you whether or not you know or do you

10:51AM 16   have an opinion as to whether the operating management system,

10:51AM 17   whatever it may have been, in effect on the Macondo project

10:51AM 18   would have been designed from a process safety standpoint to

10:51AM 19   have systems in place to catch somebody like Mr. Guide, if he

10:51AM 20   was engaging in risky behaviors, making risky decisions, not

10:51AM 21   displaying leadership, not displaying accountability, is that

10:51AM 22   system designed to catch him and correct his behavior before

10:51AM 23   the consequences of his decision come to pass?

10:51AM 24   A.    I think a management system is designed to have multiple

10:51AM 25   layers and barriers and protections, designs, you know,

**OFFICIAL TRANSCRIPT**

10:52AM 1    competency and all the rest of it.

10:52AM 2           So, yeah, a system is designed to be robust and to

10:52AM 3    prevent things from going on, and that would include an

10:52AM 4    individual who wasn't operating the right way.

10:52AM 5    Q.   You have no specific information on, because it wasn't

10:52AM 6    specifically looked at, whether the systems in place at the

10:52AM 7    time either looked for these deficiencies or caught them or

10:52AM 8    responded to do them; we just don't know?

10:52AM 9    A.   I don't -- I don't -- I don't understand the question, and

10:52AM 10   I don't --

10:52AM 11   Q.   The bottom line is, is that you don't know based on what

10:52AM 12   we've said whether or not OMS was in effect in Drilling &

10:52AM 13   Completions and, if it was, whether or not it was being

10:52AM 14   implemented in a way that would ensure that people in

10:52AM 15   positions, significant operating and engineering positions,

10:52AM 16   were making appropriate risk-based decisions; you don't know

10:52AM 17   that?

10:52AM 18   A.   I know that people are competency assessed and things when

10:53AM 19   they are put into positions, and they acquire those positions

10:53AM 20   usually as a result of having done a good job in previous

10:53AM 21   similar roles.

10:53AM 22          So I can't really answer your question as to the OMS

10:53AM 23   system, but I think people end up in those jobs because they

10:53AM 24   are competent, usually.

10:53AM 25   Q.   And what you're talking about, would that be based on a

**OFFICIAL TRANSCRIPT**

10:53AM 1   performance, a job performance assessment, that type of thing?

10:53AM 2   A.   It could be, or an assessment during hiring.  There is a

10:53AM 3   number of things that happen.

10:53AM 4          So I'm just trying to say, I couldn't understand your

10:53AM 5   question through the OMS lens, but I think people -- there are

10:53AM 6   ways of making sure that people are competent to do their

10:53AM 7   roles.

10:53AM 8   Q.   Specifically, in terms of the systems in place that

10:53AM 9   determine Mr. Guide's role, you don't have that specific

10:53AM 10  knowledge?

10:53AM 11  A.   I can't describe that, no.

10:53AM 12  Q.   Now, we have gone back and forth a lot about OMS and

10:53AM 13  whether it applied or didn't apply and we've looked at a lot of

10:53AM 14  documents.  Pull up, if you would, D-2916.

10:54AM 15         And I think, Mr. Bly, if I understand you correctly,

10:54AM 16  it's your position that OMS did, in fact, apply in the Gulf

10:54AM 17  generally and in Drilling & Completions, correct?

10:54AM 18  A.   Yes.  The structure is that it applies to the operating

10:54AM 19  organization, which in this case is the Gulf of Mexico.  If

10:54AM 20  that has drilling in it, it would be apply to those.  And I

10:54AM 21  described how it works with a contractor, you know, MODUs.

10:54AM 22  Q.   Would you agree, then, with Mr. McKay when he testified

10:54AM 23  that he believed their "operating management system in the Gulf

10:54AM 24  is as good as anyone"?  He couldn't "point to any deficiencies

10:54AM 25  to point out."

**OFFICIAL TRANSCRIPT**

10:54AM  1          This to Congress.

10:54AM  2          "The investigations are obviously going to be

10:54AM  3   important in terms of if there was something missed.  I know of

10:54AM  4   nothing that points me in a direction that we have deficiencies

10:54AM  5   in our operating management system."

10:54AM  6          Do you agree with that?

10:54AM  7   A.   I can't disagree.  I don't know exactly what Mr. McKay was

10:55AM  8   addressing or saying, but that was -- that was his opinion,

10:55AM  9   apparently.  And I can't disagree or agree with it.

10:55AM 10   Q.   Let's go to TREX 06025.G.

10:55AM 11          Is this a document that's familiar to you?

10:55AM 12   A.   Not particularly.  I recognized the structure of a risk

10:55AM 13   matrix.  This doesn't -- this one doesn't actually conform

10:55AM 14   with, you know, the current -- the current one we use across

10:55AM 15   the company, but it's similar in structure, yeah.

10:55AM 16   Q.   Is the current form of the risk matrix something that is

10:55AM 17   dictated by the OMS system; in other words, the OMS system

10:55AM 18   contain?

10:55AM 19   A.   Yes.  It's one of these practices that sits beneath, yeah.

10:55AM 20   Q.   Would that, then, tell us that if this is the 2010 OMS

10:55AM 21   Gaps - Ranking Matrix for Gulf of Mexico, that it does not

10:55AM 22   conform?

10:56AM 23   A.   You know, out of hand, it doesn't.  Now, the practice that

10:56AM 24   I'm describing was piloted in 2009, and was meant to be in

10:56AM 25   place by the end of 2010.  So I don't know exactly the timing,

10:56AM 1    but you would see a few more boxes on each side of it to be the

10:56AM 2    final version of our practice.

10:56AM 3    Q.    Would you agree with me that it is extremely important as

10:56AM 4    part of an overall risk management system, that gaps, any

10:56AM 5    potential gaps in the operating system be identified and dealt

10:56AM 6    with?

10:56AM 7    A.    I would like to -- I've just realized I made a mistake on

10:56AM 8    what I said before.  Can I correct myself?

10:56AM 9    Q.    Absolutely.

10:56AM 10   A.    I was speaking in terms of a risk matrix, and I now see

10:56AM 11   this is an OMS GAP.

10:56AM 12   Q.    Right.

10:56AM 13   A.    So this is assessment of the system rather than looking at

10:56AM 14   the risk.  It's a slightly different thing.  So, I'm sorry, I

10:56AM 15   misspoke before.

10:56AM 16   Q.    No problem.

10:56AM 17         Would you agree with me that the system assessment,

10:56AM 18   if you will, as you put it, is extremely important to make sure

10:56AM 19   that there are no, as it says, *gaps* in your safety system?

10:57AM 20   A.    I think it's an important part of OMS to continually

10:57AM 21   reassess.  I wouldn't say it's to make sure there are no gaps.

10:57AM 22   It's to look for gaps so that -- if Campbell management can

10:57AM 23   prioritize those for improvement.

10:57AM 24         So I don't think it's about wanting to say we never

10:57AM 25   have gaps; it's about wanting to say we need to look for gaps

**OFFICIAL TRANSCRIPT**

10:57AM 1    so we're constantly improving.

10:57AM 2    Q.    If I'm reading this correctly, would you agree with me,

10:57AM 3    where you don't want to have a gap, at minimum, is in the red,

10:57AM 4    and certainly not in the red in the eight, nine and ten

10:57AM 5    categories?

10:57AM 6    A.    As I say, I'm not familiar with this particular matrix.

10:57AM 7    Yeah, it appears -- it appears the way that they structured

10:57AM 8    this is to try to prioritize.  This is -- it is important to be

10:57AM 9    able to prioritize so that, you know, the operating

10:57AM 10   organization focuses on the most important things to improve.

10:57AM 11   Q.    Okay.

10:57AM 12   A.    This appears to be some type of a prioritization matrix.

10:58AM 13   Q.    And this is specifically geared to gaps in SPU OMS in

10:58AM 14   2010.  It's the title.

10:58AM 15   A.    Yes.  So we -- I don't know -- that's what the title is.

10:58AM 16   But I know that the SPUs are required annually to assess gaps

10:58AM 17   across the whole of the OMS.  This may be part of the -- I

10:58AM 18   don't know if this the Gulf of Mexico or not -- part of

10:58AM 19   whatever SPU this was doing that process.

10:58AM 20   Q.    Let's go to page -- I guess it's page 3 in the PDF form.

10:58AM 21        If I'm reading this correctly, the way this works is

10:58AM 22   that there is a list of categories, concerns -- business

10:58AM 23   categories on the left, and then correspondingly the colors are

10:58AM 24   placed in the boxes on the right if a gap has been identified.

10:58AM 25        Does that make sense to you?

**OFFICIAL TRANSCRIPT**

10:58AM 1    A.   It says, "Gap Detail."  I can't quite tell if this is a

10:59AM 2    gap identified or just describing -- let me just try to --

10:59AM 3    Q.   In other words, the way I read it, if you look at Box 10,

10:59AM 4    and there is a light blue A through G.

10:59AM 5    A.   Correct.

10:59AM 6         MS. KARIS:  Your Honor.

10:59AM 7         THE WITNESS:  I see that.

10:59AM 8    BY MR. STERBCOW:

10:59AM 9    Q.   If you correspond that to "4.1 Procedures & Practices," it

10:59AM 10   appears that there have been some areas or procedures and

10:59AM 11   practices that have been placed in that box.  Is that fair?

10:59AM 12        THE COURT:  Wait.  Wait.

10:59AM 13        MS. KARIS:  I have an objection to the foundation.

10:59AM 14   This witness has said repeatedly he doesn't know what this

10:59AM 15   document is.

10:59AM 16        THE COURT:  I'll sustain the objection.  I think we're

10:59AM 17   kind of getting too far into the stuff that he says he's not

10:59AM 18   really familiar with.

10:59AM 19        MR. STERBCOW:  Fair enough, Your Honor.

10:59AM 20   BY MR. STERBCOW:

10:59AM 21   Q.   I want to confirm that very point.

10:59AM 22        You're not familiar with what gaps, if any,

11:00AM 23   frequency, areas, existed in whatever OMS system applied in the

11:00AM 24   Gulf and applied to Macondo as of April 20, 2010?  If there

11:00AM 25   were significant gaps or no gaps, you don't know?

                            **OFFICIAL TRANSCRIPT**

11:00AM 1    A.   I didn't look at it as part of the investigation, so I

11:00AM 2    don't know off the top -- no, I don't at this moment, no.

11:00AM 3    Q.   Now, at the end of the day, what has happened as a result

11:00AM 4    of this, as you know, is BP has pled guilty in federal court,

11:00AM 5    are you aware of that?

11:00AM 6    A.   I'm aware of that, yes.

11:00AM 7    Q.   And I'm not going to take you through all of that, but

11:00AM 8    there is one piece of that document I think is critical to your

11:00AM 9    role in safety.  If we can pull up 52673.

11:00AM 10          First let me confirm, you are aware of the fact,

11:00AM 11   Mr. Bly, that while Dr. Hayward was CEO and he and you and

11:01AM 12   Mr. Baxter and Mr. Inglis were members of the GORC committee

11:01AM 13   and while you were VP of safety and operations, BP has come in

11:01AM 14   and pled guilty for the responsibility of the deaths of 11 men,

11:01AM 15   you understand that?

11:01AM 16   A.   I understand we pled guilty, yes, I do.

11:01AM 17   Q.   And you understand the occurrence that caused those deaths

11:01AM 18   happened under your watch as safety director, you understand

11:01AM 19   that, too?

11:01AM 20   A.   It happened in 2010 while I was the head of safety and

11:01AM 21   operation, yes.

11:01AM 22   Q.   Let's go to page 20.

11:01AM 23          By court order, and pursuant to the terms of the

11:01AM 24   guilty plea, Number 1, "Retention of Monitors and Duties."

11:01AM 25          "A, Process Safety Monitor:  The defendant shall

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 11:02AM 1 | retain, subject to approval by the Assistant Attorney General," |
| 11:02AM 2 | etcetera, "a process safety monitor who shall be experienced in |
| 11:02AM 3 | process safety and risk management and familiar with the |
| 11:02AM 4 | complex industrial operations such as deepwater oil and gas |
| 11:02AM 5 | drilling." |
| 11:02AM 6 | Isn't it a fact that prior to April 20, 2010, at |
| 11:02AM 7 | minimum the GORC committee and within the GORC committee, you |
| 11:02AM 8 | were the chief process safety monitor experienced in process |
| 11:02AM 9 | safety and risk management, familiar with the complex |
| 11:02AM 10 | industrial operations such as deepwater oil and gas drilling, |
| 11:02AM 11 | is that not a fact? |
| 11:02AM 12 | A.   I can't agree or disagree.  I don't know what the role of |
| 11:02AM 13 | this process safety monitor is.  And I wouldn't necessarily |
| 11:02AM 14 | think of a process safety monitor as the GORC or myself.  We |
| 11:03AM 15 | would discuss what GORC did and what my job was. |
| 11:03AM 16 | Q.   Isn't it a fact, sir, that as a result of the government |
| 11:03AM 17 | having to come in and force BP -- |
| 11:03AM 18 | THE COURT:  Excuse me.  Excuse me.  I need to stop.  I |
| 11:03AM 19 | need to take a call.  It will probably take me about |
| 11:03AM 20 | five minutes. |
| 11:03AM 21 | Okay.  We'll take a recess. |
| 11:03AM 22 | THE DEPUTY CLERK:  All rise. |
| 11:03AM 23 | (WHEREUPON, at 11:03 a.m. the Court took a recess.) |
| 11:11AM 24 | THE DEPUTY CLERK:  All rise. |
| 11:11AM 25 | THE COURT:  Be seated, everyone. |

**OFFICIAL TRANSCRIPT**

11:11AM 1        Have we lost our witness?

11:11AM 2        MR. BROCK:  He's here.  He's in the house.

11:11AM 3        THE COURT:  I thought Mr. Sterbcow managed to make him

11:11AM 4  make a quick escape here or something.

11:11AM 5        MS. KARIS:  Is that an option?

11:11AM 6        MR. STERBCOW:  I think she's talking about me, not him.

11:11AM 7        THE COURT:  With the sequestration coming soon, we may

11:11AM 8  not have any U.S. marshals to arrest anyone.  Maybe he could

11:11AM 9  get away with it, I don't know.

11:11AM 10       All right.  Go ahead.

11:11AM 11  BY MR. STERBCOW:

11:11AM 12  Q.   Okay.  Mr. Bly, very quickly, we were going over the new

11:11AM 13  requirement post-guilty employee, looked at the definition.

11:11AM 14       And it goes on to say, "The process safety monitor's

11:11AM 15  duties will be to review, evaluate, and provide recommendations

11:11AM 16  for the improvement of defendant's process safety and risk

11:11AM 17  management procedures, including, but not limited to, the

11:12AM 18  defendant's major accident/hazard risk review of

11:12AM 19  drilling-related process safety barriers and mitigations, for

11:12AM 20  purpose of preventing future harm to persons, property and the

11:12AM 21  environment resulting from deepwater drilling in the Gulf of

11:12AM 22  Mexico by the defendant and its affiliates."

11:12AM 23       Isn't it a fact that that language describes what the

11:12AM 24  OMS was supposed to do?

11:12AM 25  A.   It's a similar frame, yes, that the OMS is intended to

**OFFICIAL TRANSCRIPT**

11:12AM 1    help protect against risks and hazards, yes.

11:12AM 2    Q.    And so the fact that this disaster occurred while we heard

11:12AM 3    Mr. McKay and you tell us that OMS had been implemented in the

11:12AM 4    Gulf of Mexico, to the extent that it was, to the extent that

11:12AM 5    you're right and he's right, you would have to agree with me

11:12AM 6    that implementation was an absolute disaster?

11:13AM 7    A.    No, sir, I wouldn't agree with that.

11:13AM 8    Q.    And the fact that you have got now, by order of the DOJ

11:13AM 9    pursuant to a guilty plea, bring in a third party to do what

11:13AM 10   was supposed to be done under your direction, doesn't lead you

11:13AM 11   to believe that there was serious, serious deficiencies in OMS

11:13AM 12   as it applied to Drilling & Completions during the

11:13AM 13   Macondo well?

11:13AM 14         MS. KARIS:   Your Honor, I must state an objection.

11:13AM 15         THE COURT:   Again, I don't hear you.

11:13AM 16         MS. KARIS:   Sorry.   And I was asked to speak into the

11:13AM 17   mike.

11:13AM 18              To the extent Mr. Sterbcow's question is

11:13AM 19   suggesting that this is a subsequent remedial measure, we would

11:13AM 20   object to the use of this evidence for that purpose, pursuant

11:13AM 21   to the Federal Rules.

11:13AM 22         MR. STERBCOW:   A subsequent remedial measure has to

11:13AM 23   be -- something done by the company voluntarily, Your Honor.

11:13AM 24   This has been imposed on them by a third party as a result of

11:13AM 25   legal proceeding.

**OFFICIAL TRANSCRIPT**

11:13AM 1          THE COURT:  Overrule the objection.

11:13AM 2                Can you answer that, sir?

11:13AM 3          THE WITNESS:  I'm sorry.  Can you just refresh me on

11:14AM 4    the question.

11:14AM 5    BY MR. STERBCOW:

11:14AM 6    Q.   The bottom line is the fact that this occurred, 11 people

11:14AM 7    died.  Your company pled guilty at a time when you were at the

11:14AM 8    head of safety.  And now a third person has to be brought in to

11:14AM 9    do the job that was supposed to have been done generally and

11:14AM 10   specifically on this well, does not lead you to believe that

11:14AM 11   any attempt to enforce process safety prior to this was an

11:14AM 12   absolute failure, correct?

11:14AM 13   A.   I don't agree it was an absolute failure.  I can speak to

11:14AM 14   many positive things that were in place.  Obviously, there was

11:14AM 15   a terrible tragedy here.  I couldn't deny -- I completely see

11:14AM 16   that.

11:14AM 17          But it doesn't say to me that the management system

11:14AM 18   that we were using was an absolute failure.

11:14AM 19   Q.   Does it say to you that the manager who were implementing

11:14AM 20   the management system failed in their duties?

11:14AM 21   A.   It says to me exactly what we said in the report, a number

11:14AM 22   of things came together to allow the accident to happen.

11:14AM 23   Q.   So this says to you, although your company is the only one

11:14AM 24   that pled guilty to those deaths and your company is the only

11:15AM 25   one that's got to bring in an outside person to monitor the

                        **OFFICIAL TRANSCRIPT**

11:15AM 1    jobs that you all were supposed to be doing, this says to you,

11:15AM 2    it's still everybody's fault?

11:15AM 3    A.   I'm just not able to make the linkage.  I wasn't a party

11:15AM 4    to putting together the agreement or why the monitor was there.

11:15AM 5    I don't understand all the logic behind it.  I can't make the

11:15AM 6    linkages that you're trying to make.  It doesn't occur for me

11:15AM 7    that way.

11:15AM 8         MR. STERBCOW:  I don't have anything further.

11:15AM 9              Thank you, Mr. Bly.

11:15AM 10        THE COURT:  United States.

11:15AM 11        MR. UNDERHILL:  Thank you, Your Honor.

11:15AM 12        THE COURT:  We're not going to retread over the same

11:15AM 13   ground, right?

11:15AM 14        MR. UNDERHILL:  Oh, three or fours hours worth,

11:15AM 15   Your Honor.

11:15AM 16              I don't think so.  Just as I indicated the other

11:15AM 17   day, Your Honor, Mr. Sterbcow, Paul and I tried to coordinate

11:15AM 18   our examinations so we stayed off of each other's turf.

11:16AM 19              I'm probably going to spend five minutes, maybe

11:16AM 20   even less, going through a few holes -- sorry, Paul -- not

11:16AM 21   holes, just a few things to add some things, but then shift to

11:16AM 22   another area with the Court's permission.

11:16AM 23        THE COURT:  All right.

11:16AM 24        MR. UNDERHILL:  I don't know what time we're breaking

11:16AM 25   for lunch, Your Honor, but even if it's by noon, I think I'm

**OFFICIAL TRANSCRIPT**

11:16AM  1   done.

11:16AM  2          THE COURT:  Okay.

11:16AM  3          MR. UNDERHILL:  Mr. Godwin, you're the expert on this.

11:16AM  4   Help me.  Joking.

11:16AM  5              Are we good?  Thank you.

11:15AM  6                     CROSS-EXAMINATION

11:15AM  7   BY MR. UNDERHILL:

11:16AM  8   Q.    Mr. Bly, good morning.

11:16AM  9          You're not so lucky.  You get me one day before my

11:16AM 10   employer furloughs me.  You should have been one day later, you

11:16AM 11   could have skipped my exam.

11:16AM 12          Mr. Bly -- could we have, please, the first slide up.

11:17AM 13          Mr. Bly, this is TREX 4 -- TREX 00001.094.  Do you

11:17AM 14   recognize this as being a figure from the Bly Report?

11:17AM 15          And with your permission, may I call it the Bly

11:17AM 16   Report?  Whatever you want me to call it.

11:17AM 17   A.    That's fine.  It's out there.

11:17AM 18   Q.    Do you recognize this particular slide?

11:17AM 19   A.    I recognize it.  I can't remember if this was from the

11:17AM 20   report or subsequent presentations, but it does look familiar

11:17AM 21   to me, yes.

11:17AM 22          MR. UNDERHILL:  Mr. Sterbcow, did you take the pointer

11:17AM 23   with you?  Thank you.

11:17AM 24   BY MR. UNDERHILL:

11:17AM 25   Q.    And, Mr. Bly, I'm going to spend just a few seconds on

                            **OFFICIAL TRANSCRIPT**

11:17AM 1  this one.  I would like you to focus, if you could, on just two

11:17AM 2  of these elements.  The risk of contamination using small

11:17AM 3  volume of cement, and then the third or fourth bullet,

11:18AM 4  incomplete prejob cement lab testing.

11:18AM 5       Are you with me so far?

11:18AM 6  A.   Yes.

11:18AM 7  Q.   Next slide, please.

11:18AM 8       Mr. Bly, this is page 67 from the Bly Report, and my

11:18AM 9  colleague's going to pull out that paragraph.  I'll read it for

11:18AM 10 the record for the benefit of reporter.

11:18AM 11      "The investigation team found, the Halliburton lab

11:18AM 12 testing results, that the investigation team reviewed for the

11:18AM 13 foamed and base slurry designs did not include testing for

11:18AM 14 fluid loss, stability, free water, compatibility, static gel

11:18AM 15 strength transition time, zero gel time or settlement."

11:18AM 16      Did I read that correctly?

11:18AM 17 A.   Yes.  Yes, you did.

11:18AM 18 Q.   And was that a finding of your report?

11:18AM 19 A.   It appears to be.  Yeah, it was in part of the detailed

11:18AM 20 write-up on part A of the report.

11:19AM 21 Q.   I did the benefit of counting them up.  I count eight.

11:19AM 22 Will you accept my word?  If you want to go count them up, feel

11:19AM 23 free.

11:19AM 24 A.   Eight what?

11:19AM 25 Q.   Eight tests that your report indicated were not performed,

**OFFICIAL TRANSCRIPT**

11:19AM 1   or at least not reviewed.

11:19AM 2   A.   I'm sorry.  I don't want to argue with you, I just don't

11:19AM 3   see that.  But I'll take your word for it.

11:19AM 4   Q.   It's probably not a important one.

11:19AM 5            Do you see one that particularly says the stability

11:19AM 6   test.  Do you see that?  That's the second of the tests

11:19AM 7   mentioned.

11:19AM 8   A.   Yes.

11:19AM 9   Q.   And you understand that that refers to a foam stability

11:19AM 10  test?

11:19AM 11  A.   I learned through this that there was such a thing as a

11:19AM 12  foam stability test, yes.

11:19AM 13  Q.   And you understand this was -- a foam cement job was being

11:19AM 14  performed on the production casing of the Macondo well on

11:19AM 15  April 19th and 20th of 2010, correct?

11:19AM 16  A.   That is my understanding, yes.

11:19AM 17  Q.   So you're not a cement expert, correct?

11:19AM 18  A.   No, I'm not.

11:19AM 19  Q.   Just as a -- from a layman's perspective, you probably

11:19AM 20  know a lot more about than this than I do -- it would seem that

11:19AM 21  a foam stability test for a foam cement job would be a fairly

11:20AM 22  important test to have, would you agree with that?

11:20AM 23  A.   It would seem that way to me, yeah.

11:20AM 24  Q.   Could you -- next slide, please.

11:20AM 25            And, Mr. Bly, this is page 68 from your report.  My

**OFFICIAL TRANSCRIPT**

11:20AM 1    colleague will pull that out.  And again, I'll read the

11:20AM 2    highlighted portion, at least the -- just the first part, which

11:20AM 3    is, "The investigation team saw no evidence that the BP

11:20AM 4    Macondo well team confirmed that all relevant lab test results

11:20AM 5    had been obtained and considered by the Halliburton in-house

11:20AM 6    cementing engineer before cement placement proceeded."

11:20AM 7            Did I read that correctly?

11:20AM 8    A.    Yes, you did.

11:20AM 9    Q.    So if we could change that just a little bit, if it

11:20AM 10   appears -- you did this -- report was issued, what,

11:20AM 11   September 9th of 2010?

11:20AM 12   A.    Yeah, September 2010, that's right.

11:21AM 13   Q.    As of September 9, 2010, your report couldn't confirm that

11:21AM 14   the Halliburton people reviewed those tests.  Can we draw the

11:21AM 15   next conclusion, that the well team for BP on the Macondo well

11:21AM 16   had not received those tests, at least by the time they pumped

11:21AM 17   on April 19th and 20th of 2010?

11:21AM 18   A.    There is a number of tests that go back and forth, so I

11:21AM 19   think you have to be careful -- I would want to be careful

11:21AM 20   about which tests we're talking about.

11:21AM 21            But if these tests of foam stability hadn't been

11:21AM 22   looked at by Halliburton, then I think we can conclude that BP

11:21AM 23   wouldn't have seen them either.

11:21AM 24   Q.    And are you aware that, in fact, BP had received two foam

11:21AM 25   stability tests from Halliburton prior to pumping, but both of

**OFFICIAL TRANSCRIPT**

11:21AM 1   those tests were for testing done in the lab, the Halliburton

11:21AM 2   lab, in February of 2010, both of which failed?

11:21AM 3   A.   I know that the team looked at all of the tests -- my team

11:21AM 4   looked at the test information available.  I think there was

11:22AM 5   foam tests in there.  I don't know much beyond that.  I don't

11:22AM 6   know what failed or if it was inconclusive.  I just can

11:22AM 7   remember.

11:22AM 8   Q.   Are you aware through your investigation, either yourself

11:22AM 9   or the work you did or the work your team members did for you,

11:22AM 10  that there was no foam stability test received by the BP

11:22AM 11  Macondo well team for the slurry actually pumped on the

11:22AM 12  production casing on April 19th and 20th?

11:22AM 13  A.   That's very possible.  I just don't know.  I can't

11:22AM 14  remember.

11:22AM 15  Q.   As we shift hats a little bit here, as the head of safety

11:22AM 16  for BP, the entire worldwide organization, is it, to your

11:22AM 17  understanding, BP policy that people like Mr. Guide, like

11:22AM 18  Mr. Morel, like Mr. Hafle, like Mr. Walz, or for that matter,

11:22AM 19  the well team leaders -- or the well site leaders on the well,

11:22AM 20  that that they should pump a cement job in a deepwater well

11:22AM 21  like *Deepwater Horizon* -- strike that -- like Macondo without

11:22AM 22  having first received the lab tests that would tell them

11:23AM 23  whether the cement is supposed to work or not?

11:23AM 24  A.   I think the policies would require that you have

11:23AM 25  information, you know, to give you insight as to whether the

**OFFICIAL TRANSCRIPT**

11:23AM 1    cement was going to work.

11:23AM 2              Now, what test and exactly how, I don't know, but I

11:23AM 3    think -- I think it would be, in general, something that you

11:23AM 4    would expect to see as part of a drilling process.

11:23AM 5    Q.    And BP, let's keep it specific with Macondo, BP was the

11:23AM 6    organization that decided when to pump or not, correct?

11:23AM 7    A.    Yeah, based on all the inputs they had, I think BP would

11:23AM 8    have decided when to pump, yes.

11:23AM 9    Q.    So whomever it is in the BP organization, whether it's

11:23AM 10   Guide or Sims or Hafle or whomever it is, if they said, "Wait a

11:23AM 11   minute.  We've got a cement job, but I haven't received a

11:23AM 12   cement test from my contractor Halliburton," they had it within

11:23AM 13   their power to say, "I ain't pumping cement until I see the

11:24AM 14   tests," correct?

11:24AM 15   A.    Yes.  They had it within their power to make that decision

11:24AM 16   based on any information that they had that they felt that

11:24AM 17   they -- they weren't comfortable going forward with.  Yes, they

11:24AM 18   had that absolute authority.

11:24AM 19   Q.    But in this case, nevertheless, your report finds, and I

11:24AM 20   think we'll have other experts testify, that they nevertheless

11:24AM 21   pumped the cement without first ensuring that they got the

11:24AM 22   tests from Halliburton, or least some of the tests, correct?

11:24AM 23   A.    I think they did get some tests.

11:24AM 24   Q.    But they also didn't get other tests, correct?

11:24AM 25   A.    That was our conclusion, yeah.

**OFFICIAL TRANSCRIPT**

11:24AM 1   Q.   Now, in order for them to say, wait a minute, hadn't
11:24AM 2   received the tests, we're going to delay, I'm not going to do
11:24AM 3   it until I voluntarily get them from Halliburton, or if I pull
11:24AM 4   teeth and get it from Halliburton, if they delayed the job --
11:24AM 5           MR. GODWIN:  Your Honor, object to that
11:24AM 6   characterization as pulling teeth.
11:24AM 7           MR. UNDERHILL:  I'll rephrase, my friend.
11:24AM 8   BY MR. UNDERHILL:
11:25AM 9   Q.   That if they waited until they got the cement test from
11:25AM 10  Halliburton, let's assume it took a day, that would cost them a
11:25AM 11  delay of time, correct; BP?
11:25AM 12  A.   If you waited a day for anything, yes, that would be a
11:25AM 13  delay of time.
11:25AM 14  Q.   Do you understand that the spread on this well for BP, the
11:25AM 15  cost of having that rig each day in the well, was, ballpark
11:25AM 16  figures, a million bucks?
11:25AM 17  A.   Yeah.  That would be a reasonable ballpark figure for this
11:25AM 18  type of activity.
11:25AM 19  Q.   I don't want to go through the hypothetical number of
11:25AM 20  days, but, very simply, if it took five days to get the tests
11:25AM 21  from Halliburton, five million bucks delay, correct?
11:25AM 22  A.   Fair enough.
11:25AM 23  Q.   Or less?  Two days, two million?
11:25AM 24  A.   Yes.
11:25AM 25  Q.   Correct?

**OFFICIAL TRANSCRIPT**

11:25AM 1    A.    Yeah.  That's the right math.

11:25AM 2    Q.    But in any event, the decision whether to pump with or

11:25AM 3    without receiving all the tests, that was a decision made by

11:25AM 4    BP?

11:25AM 5    A.    The decision to pump was -- you know, BP would have, with

11:26AM 6    all the input, said, it's time in the project to do this.

11:26AM 7    Q.    That decision whether to pump or not pump until they

11:26AM 8    received all the Halliburton lab tests, was that made by BP

11:26AM 9    people onshore or the well site leaders on the rig?

11:26AM 10    A.    I believe that would be an onshore decision.

11:26AM 11    Q.    Somebody on Mr. Guide's team?

11:26AM 12    A.    It would have been between Guide's team, Walz's team, the

11:26AM 13    Halliburton, you know, input into those teams.  I don't know

11:26AM 14    which person would have made the -- the decision when it was

11:26AM 15    okay to go ahead.

11:26AM 16    Q.    Thank you.

11:26AM 17          Next slide, please.

11:26AM 18          This, Mr. Bly, is page 34 from your report, please.

11:26AM 19    My colleague will pull out that paragraph.  I will read it

11:26AM 20    again.

11:26AM 21          Halliburton and BP Macondo well teams technical

11:26AM 22    reviews of the cement slurry design appeared to be focused

11:27AM 23    primarily on achieving an acceptable equivalent circulating

11:27AM 24    density during cement placement to prevent lost returns.  Other

11:27AM 25    important aspects of the foam cement design, such as foam

OFFICIAL TRANSCRIPT

11:27AM 1    stability, possible contamination effects and fluid loss

11:27AM 2    potential, did not appear to have been critically assessed in

11:27AM 3    the prejob reviews.

11:27AM 4              Did I read that correctly?

11:27AM 5    A.    Yes, you did.

11:27AM 6    Q.    And to cut to the chase here and try to put it in laymen's

11:27AM 7    terms, when your report says there that the design appeared to

11:27AM 8    be focused primarily on achieving an acceptable ECD, equivalent

11:27AM 9    circulating density, do you know why that was a concern of the

11:27AM 10   BP people that ordered specifications for the cement job from

11:27AM 11   Halliburton?

11:27AM 12   A.    Sorry, why ECD was a concern?

11:27AM 13   Q.    Yes.

11:27AM 14   A.    Generally, ECD is important when you're cementing wells to

11:28AM 15   be able to get the cement around without losing returns to the

11:28AM 16   formation.

11:28AM 17   Q.    By losing returns to the formation, you mean basically the

11:28AM 18   weight of the mud exceeds the fracture gradient of the

11:28AM 19   reservoir, and drilling mud is lost into the reservoir,

11:28AM 20   correct?

11:28AM 21   A.    Yeah.  ECD -- this, we're talking about cement here,

11:28AM 22   instead of mud -- but ECD is, you know, the fact that you've

11:28AM 23   got to circulate it around bottom of the casing, as we talked

11:28AM 24   about this morning, and get around to the annular side.

11:28AM 25             So that's something that drilling engineers would be

**OFFICIAL TRANSCRIPT**

11:28AM 1    concerned with.

11:28AM 2    Q.   I accept what you say that we're concerned about cement

11:28AM 3    here.  Do you understand why, in this particular well,

11:28AM 4    Macondo well, ECDs were particularly important to BP in the

11:28AM 5    design and pumping of the cement job?

11:28AM 6    A.   As I recall, for this well, like many wells, there was a

11:28AM 7    pore pressure frac gradient spread that meant you had to have a

11:29AM 8    fine balance between the weight of that fluid and the

11:29AM 9    equivalent circulating density and the formation pressure.

11:29AM 10   Q.   I don't want to go too deeply into it.  It might be beyond

11:29AM 11   your expertise.  If it is, I'm sure you'll tell me.

11:29AM 12        If they were to lose cement and/or mud into the

11:29AM 13   formation because they -- the mud and/or cement weight exceeds

11:29AM 14   the fracture gradient of the reservoir, does that have an

11:29AM 15   effect on well control?

11:29AM 16   A.   It could.  It could have an effect.

11:29AM 17   Q.   You could lose your well?  I mean, I'm not saying it will,

11:29AM 18   but you could have that potential, could you not?

11:29AM 19   A.   It's not very likely.  I mean, fluid lost into a reservoir

11:29AM 20   happens, from what I understand, fairly routinely in the

11:29AM 21   drilling process.

11:29AM 22   Q.   Do you understand -- strike that.

11:29AM 23        As part of your investigation, your collective

11:29AM 24   investigation, your whole team, did you folks attempt to

11:30AM 25   determine what the margin was between the mud weight and the

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 11:30AM | 1 |
| 11:30AM | 2 |
| 11:30AM | 3 |
| 11:30AM | 4 |
| 11:30AM | 5 |
| 11:30AM | 6 |
| 11:30AM | 7 |
| 11:30AM | 8 |
| 11:30AM | 9 |
| 11:30AM | 10 |
| 11:30AM | 11 |
| 11:30AM | 12 |
| 11:30AM | 13 |
| 11:30AM | 14 |
| 11:31AM | 15 |
| 11:31AM | 16 |
| 11:31AM | 17 |
| 11:31AM | 18 |
| 11:31AM | 19 |
| 11:31AM | 20 |
| 11:31AM | 21 |
| 11:31AM | 22 |
| 11:31AM | 23 |
| 11:31AM | 24 |
| 11:31AM | 25 |

frac gradient in the Macondo well as it existed at the time
that the cement was intended to be pumped?

A.    I think the team did look at that.  I can remember that in
the report talking about the planning on the cement job.  I
don't remember what the numbers were, but that was something
the team looked at.

Q.    You may not know this because of your sequester.  Are you
aware of testimony that at the time the cement job was pumped
on Macondo on April 19th and 20th of 2010, that the margin was
less than the allowed margin in BP's APD for that well?

A.    No, I'm not aware of that.  I don't recall any of that.

Q.    But, in any event, you understand that the cement design
and, in fact, the way it was pumped was driven, at least in
part, by concerns of BP's drilling engineers over the ECD's,
which, in turn, was driven by the margin, whatever it was,
between the mud weight and the fracture gradient, correct?

A.    I think the integrated team would have been worried about
this, so that was -- definitely, the BP engineers and, I
believe, the Halliburton fellow that was working with this
would have had the same concern or the same focus areas.

Q.    Next slide, please.

        I think you're familiar with this, are you not,
Mr. Bly?

A.    Yes.

Q.    This is -- why don't you tell me what this is in your own

**OFFICIAL TRANSCRIPT**

11:31AM 1    words.  We're looking at Exhibit D-3584.

11:31AM 2    A.    This is the display we used in the summary part of our

11:31AM 3    investigation to try to give a simple way to explain the eight

11:31AM 4    key findings that we had made in the accident investigation.

11:31AM 5    Q.    Is this colloquially referred to as a Swiss cheese model

11:32AM 6    of the accident theory?

11:32AM 7    A.    Yeah, colloquially, yeah, I've heard it called that.

11:32AM 8    Q.    Just looking at this, the eight slices, the first one is

11:32AM 9    annulus cement barrier?

11:32AM 10   A.    Yes, sir.

11:32AM 11   Q.    The second is the float collar?  You call it mechanical

11:32AM 12   barriers, but does that include the shoe track and float

11:32AM 13   collar?

11:32AM 14   A.    It would be shoe track, float -- well, in this case, we're

11:32AM 15   talking about what we concluded.  So this was the shoe track,

11:32AM 16   yeah, and the float collar.  Fair enough.

11:32AM 17   Q.    Then, the third slice, pressure testing?

11:32AM 18   A.    Yes.

11:32AM 19   Q.    That would include the negative pressure test, correct?

11:32AM 20   A.    Yes, that's right.

11:32AM 21   Q.    Fourth, well monitoring, correct?

11:32AM 22   A.    Correct.

11:32AM 23   Q.    Fifth, well control?

11:32AM 24   A.    Yeah, the response that was made, right.

11:32AM 25   Q.    The next is hydrocarbon surface containment; that would be

**OFFICIAL TRANSCRIPT**

11:32AM 1    the sixth slice, correct?

11:32AM 2    A.    Correct.

11:32AM 3    Q.    Seventh is fire and gas system, correct?

11:32AM 4    A.    That's right.

11:32AM 5    Q.    Then the last is BOP, correct?

11:33AM 6    A.    That's right.

11:33AM 7    Q.    So all of these eight slices we've just looked at there,

11:33AM 8    all of those refer to events that actually occurred on

11:33AM 9    April 19th and April 20th, right?

11:33AM 10   A.    I think of them more as, you know, mechanical or

11:33AM 11   procedural barriers that were penetrated rather than events.  I

11:33AM 12   don't think about it as events.  I just never thought about it

11:33AM 13   that way before.

11:33AM 14   Q.    Do you see anything on the left-hand side there, to the

11:33AM 15   left of the annular cement which was pumped on April 19th and

11:33AM 16   20th, do you see anything in that slide there that refers to an

11:33AM 17   event such as the drilling margins that were reported to MMS at

11:33AM 18   various times over the course of drilling this well?

11:33AM 19   A.    Before this whole section --

11:33AM 20   Q.    Correct.

11:33AM 21   A.    No.  No, I don't see that.

11:33AM 22   Q.    This is my only process safety question of the whole

11:34AM 23   morning.  Do you see any overarching process safety analysis on

11:34AM 24   this Swiss cheese model that was in your report?

11:34AM 25         For example, analysis of BP management, management in

**OFFICIAL TRANSCRIPT**

11:34AM  1    London, management in Houston, an overall analysis of how they

11:34AM  2    fit into these eight slices of the Swiss cheese model?

11:34AM  3    A.    No.  As I described earlier with Mr. Sterbcow, this was --

11:34AM  4    this was our -- our -- the findings from our investigation,

11:34AM  5    which went to the immediate system cause level.

11:34AM  6    Q.    Thank you.

11:34AM  7          Before we move away from this slide, we won't have it

11:34AM  8    up very long, does it indicate that the *Deepwater Horizon*

11:34AM  9    tragedy wasn't based on the failure of only one of the barriers

11:34AM 10    listed on the slide, but instead it was based on an

11:34AM 11    accumulation of actions, a chain of actions and events that,

11:35AM 12    taken together, contributed to the blowout, fire, and the

11:35AM 13    resulting oil spill?

11:35AM 14    A.    We gave a very specific way that we concluded.  I don't

11:35AM 15    remember all the words, but we felt it wasn't any one action or

11:35AM 16    inaction; that there were interlinked things, there were

11:35AM 17    multiple factors, including designs, operating steps, etcetera,

11:35AM 18    and multiple people, work teams and multiple companies were

11:35AM 19    involved over time.

11:35AM 20          I don't know if that's responsive to your question,

11:35AM 21    but that's how I remember it.

11:35AM 22    Q.    That's good enough.  Appreciate it.

11:35AM 23          So the aggregate of all of those actions that are

11:35AM 24    described in your Swiss cheese model, the aggregate of those

11:35AM 25    actions, at least in the conclusions of your report, eventually

**OFFICIAL TRANSCRIPT**

11:35AM  1    allowed the *Deepwater Horizon* tragedy to occur?

11:35AM  2    A.    Yes, sir, when they all came together.

11:35AM  3    Q.    Thank you.

11:35AM  4          Reverse it just a little bit, see if I understand

11:36AM  5    this Swiss cheese model.  If one of the barriers -- let's look

11:36AM  6    at it this way.  If the holes in one of the slices didn't wind

11:36AM  7    up in a way that that causal chain could go through all the

11:36AM  8    holes -- are you with me so far?

11:36AM  9    A.    Yes, I understand so far.

11:36AM 10    Q.    -- then the accident doesn't happen because the chain of

11:36AM 11    causation stops at that particular slice in the model, right?

11:36AM 12    A.    That was our description of it.  We felt that if one, any

11:36AM 13    one of those had the potential to either stop the accident or,

11:36AM 14    you know, change the ultimate outcome.

11:36AM 15    Q.    So just take -- it's easy, it's the first one -- the

11:36AM 16    cement, the far left, if the cement -- I'm not looking for any

11:36AM 17    blame game here.  Just let's just assume that, for whatever

11:36AM 18    reason, the cement job went perfectly.  No problems.  Cement is

11:36AM 19    pumped.  It serves as an effective barrier to hydrocarbons

11:37AM 20    flowing into the well.  Had that happened to that first slice,

11:37AM 21    then the next seven slices don't exist, right?

11:37AM 22    A.    And the simple logic is hydrocarbons wouldn't have come

11:37AM 23    out of the reservoir.

11:37AM 24    Q.    Just only one more example to make sure we understand it,

11:37AM 25    let's assume that the cement barrier fails, the mechanical

**OFFICIAL TRANSCRIPT**

11:37AM 1    barrier fails, but the negative pressure test catches the fact

11:37AM 2    that the cement didn't act as an effective barrier to

11:37AM 3    hydrocarbons.

11:37AM 4         So if the negative pressure test is correctly

11:37AM 5    interpreted and proper well control actions result, they figure

11:37AM 6    out why and they remediate the cement job, whatever they do,

11:37AM 7    had they done that correctly, the accident stops -- well, it

11:37AM 8    doesn't occur because the chain of events stops at that third

11:37AM 9    slice, correct?

11:37AM 10   A.   If the test had been caught and the remedial actions had

11:38AM 11   been taken, then, yes, I think you would say it would stop

11:38AM 12   there.

11:38AM 13   Q.   Thank you.  We're done with that particular model.

11:38AM 14        Next slide, please.  Key Finding 2.

11:38AM 15        Very brief questions on this, sir.  This is -- just

11:38AM 16   overall goes over the shoe track.

11:38AM 17        I would like to focus on the third, if I could, with

11:38AM 18   my colleague, please, the third bullet point, hydrocarbon

11:38AM 19   influx, and the two sub-bullets.  Thank you.

11:38AM 20        I'll read it again:  Hydrocarbon influx was able to

11:38AM 21   bypass the float collar check valves due either to, one, valves

11:38AM 22   failed to convert or, two, valves failed to seal.

11:38AM 23        Did I read that correctly?

11:38AM 24   A.   Yes, you did.

11:38AM 25   Q.   Next slide, please.

                              **OFFICIAL TRANSCRIPT**

11:38AM 1          This, Mr. Bly, is from page 70 of your report.  My

11:38AM 2     colleague has pulled out the flyout there.

11:39AM 3          Again, read it.  Quote, Based on information that

11:39AM 4     Weatherford supplied to the investigation team, the float

11:39AM 5     collar conversion should have occurred with a differential

11:39AM 6     pressure between 400 psi to 700 psi.  Using the Weatherford

11:39AM 7     flow equation, this would have required a flow rate of

11:39AM 8     5 barrels per minute to 7 barrels per minute.

11:39AM 9          Skipping.

11:39AM 10         When circulation was attempted on this well, either

11:39AM 11    the float collar or the reamer shoe was plugged.  The crew made

11:39AM 12    nine attempts to establish circulation by increasing pressure

11:39AM 13    on the casing.  Circulation was finally established with 3,142

11:39AM 14    pounds of pressure.

11:39AM 15         Skipping on.

11:39AM 16         Circulation rates throughout the rest of cement

11:39AM 17    placement and displacement did not exceed 4.3 barrels per

11:39AM 18    minute, which was below the specified conversion flow rate.

11:39AM 19         Did I read those correctly?

11:39AM 20    A.   Yes, you did.

11:39AM 21    Q.   Those were findings of your report?

11:40AM 22    A.   I can't remember if they are findings.  They are obviously

11:40AM 23    from the body of the report somewhere, so yes.

11:40AM 24    Q.   Next slide, please.

11:40AM 25         I'll represent to you, sir, that this was an e-mail

**OFFICIAL TRANSCRIPT**

11:40AM 1   from Brian Morel to another gentleman on Monday, April 19th, at

11:40AM 2   the time of the float collar attempts to convert it.

11:40AM 3            Quoting for the record, Yeah, we blew it at 3140.

11:40AM 4   Still not sure what we blew yet, period, close quote.

11:40AM 5            Do you know if this e-mail was reviewed as part of

11:40AM 6   the Bly investigation?

11:40AM 7   A.   I don't know.

11:40AM 8   Q.   Then I won't ask any more about it.

11:40AM 9            Next slide, please.

11:40AM 10           This is dealing with the negative pressure test, very

11:40AM 11  briefly, on page 89 of your report.  My colleague has a flyout.

11:40AM 12           With your permission, sir, I'll read it.

11:41AM 13           The rig crew discussed this 1400 pound psi pressure

11:41AM 14  abnormality.  Witnesses indicated that the toolpusher proposed

11:41AM 15  the high pressure on the drill pipe was caused by a phenomenon

11:41AM 16  referred to as annular compression or bladder effect.  The

11:41AM 17  toolpusher and the driller reportedly stated that they'd

11:41AM 18  observed this phenomenon before.  After discussing this

11:41AM 19  concept, the rig crew and the well site leader reportedly

11:41AM 20  concluded that the explanation was plausible.  However, the

11:41AM 21  investigation team could find no evidence that such a

11:41AM 22  phenomenon is possible, leaving the 1400 psi unexplained unless

11:41AM 23  it was caused by pressure from the reservoir.

11:41AM 24           Did I read that correctly?

11:41AM 25  A.   Yes, you did.

**OFFICIAL TRANSCRIPT**

11:41AM  1   Q.   Your investigation -- again, these are ballpark figures --

11:41AM  2   your investigation spent roughly $10 million, correct?

11:41AM  3         It could be nine, it could be eleven.  I'm just

11:42AM  4   looking for ballpark.

11:42AM  5   A.   It could be 20.  I have no idea.  It was a big number --

11:42AM  6   you know, we resourced it well.

11:42AM  7   Q.   A big number?

11:42AM  8   A.   Yes, it was a fully resourced project.  It's 50 people for

11:42AM  9   five or six -- four or five months.  So it could have been

11:42AM 10   $10 million, Yeah.

11:42AM 11   Q.   Thank you, I appreciate your answer.

11:42AM 12         Despite whatever this big number was -- ten million,

11:42AM 13   two million, I don't care -- and 50 people -- and I take it

11:42AM 14   these were talented people that you retained for your

11:42AM 15   investigation, right?

11:42AM 16   A.   I believe we did, yeah.

11:42AM 17   Q.   I mean, for something like this, I'm assuming you tried to

11:42AM 18   get the best of the best; did you not?

11:42AM 19   A.   Yes, I did.

11:42AM 20   Q.   So whatever this big number was, and 50 of the best of the

11:42AM 21   best in your field, BP's field, none of those people could find

11:42AM 22   any evidence, any evidence whatsoever of the existence of this

11:42AM 23   bladder effect?

11:42AM 24   A.   That's correct.

11:42AM 25   Q.   Nevertheless -- and we'll leave Transocean out of it --

**OFFICIAL TRANSCRIPT**

11:43AM 1    nevertheless, BP's well site leader or well site leaders made

11:43AM 2    their decision to interpret the negative pressure test as

11:43AM 3    successful based at least in part on the existence of a

11:43AM 4    nonphenomenon, correct?

11:43AM 5    A.    Well, they certainly made their -- they made their

11:43AM 6    decision, and we viewed that this may have contributed to their

11:43AM 7    decision.

11:43AM 8          There may have been other things, but, yeah, our view

11:43AM 9    was that this may have influenced their thinking.

11:43AM 10   Q.    May have?

11:43AM 11   A.    Well, there may have been other things.

11:43AM 12   Q.    Well, my question allowed other things; but, at least one

11:43AM 13   of the factors --

11:43AM 14   A.    Yes.

11:43AM 15   Q.    -- they considered was the existence of something that

11:43AM 16   doesn't exist.

11:43AM 17   A.    That's what it appeared to us from the investigation.

11:43AM 18   Q.    Next slide, please.

11:43AM 19          Actually, video clip 7, please.

11:44AM 20          While she's setting that up, Mr. Bly, you're going to

11:44AM 21   be the star of stage and screen for a few moments here.  This

11:44AM 22   is from your Bly Report.  You did a good job.

11:44AM 23          (WHEREUPON, the video clip was played.)

11:44AM 24          "It's now 2000 hours.  As part of the normal

11:44AM 25   operations to temporarily abandon the well, the crew began to

**OFFICIAL TRANSCRIPT**

11:44AM 1   displace the remaining drilling fluid with seawater.  To start

11:44AM 2   this operation, the annular preventer was opened, and the well

11:44AM 3   returned to an overbalanced condition, preventing further

11:44AM 4   influx into the wellbore.

11:44AM 5              "The displacement continued as planned, and the

11:44AM 6   well went underbalance at 2052.  This means the pressure in the

11:44AM 7   well dropped below the reservoir pressure.  The well started to

11:44AM 8   flow."

11:44AM 9              (WHEREUPON, the video clip concluded.)

11:44AM 10  BY MR. UNDERHILL:

11:44AM 11  Q.    That is obviously your voice, correct?

11:44AM 12  A.    Yes, it is my voice.

11:44AM 13  Q.    Good job.

11:44AM 14              Really, the main thing I want to note there and have

11:44AM 15  you keep in your mind, because I think it may be important,

11:44AM 16  it's at least important to my questions, was that you noted on

11:44AM 17  that video clip, which, also, for the record, is D-3514.006,

11:45AM 18  that there was a time mentioned there.  Time.  It was 2052,

11:45AM 19  which is 8:52 is landlubber's time, 8:52 p.m., that the well

11:45AM 20  went underbalanced and started to flow, right?

11:45AM 21  A.    That was our view based on all of the analysis we did,

11:45AM 22  yes.

11:45AM 23  Q.    And, again, as part of the big number that you had

11:45AM 24  available to you for the Bly Report, you folks did well

11:45AM 25  modeling with a program or technique called OLGA, O-L-G-A; is

**OFFICIAL TRANSCRIPT**

11:45AM 1   that correct?

11:45AM 2   A.   That was part of the work we did, yes.

11:45AM 3   Q.   Many of your times that you refer to in the report as for

11:45AM 4   events, at least on the well control portion of it, did that

11:45AM 5   come from the OLGA modeling done as part of the Bly

11:45AM 6   investigation?

11:45AM 7   A.   We relied on OLGA modeling and the Sperry-Sun data heavily

11:45AM 8   for those two parts, yes.

11:45AM 9          THE COURT:  What was the source of this?  Were you

11:46AM 10  making a presentation or something when you're speaking here?

11:46AM 11         THE WITNESS:  At the time we made the report public,

11:46AM 12  Your Honor, we made -- I made this video with my team as an

11:46AM 13  informational video.

11:46AM 14         THE COURT:  Oh, okay.

11:46AM 15  BY MR. UNDERHILL:

11:46AM 16  Q.   Could we have the next slide, please.

11:46AM 17           Mr. Guide -- I'm sorry about that.

11:46AM 18           Mr. Bly, this is another slide taken from the

11:46AM 19  Bly Report, is it not; you're familiar with it?

11:46AM 20  A.   This looks like it's from the presentation, but I'm

11:46AM 21  generally familiar with this.

11:46AM 22  Q.   I'm not going to ask you a lot of detail.

11:46AM 23  A.   Okay.

11:46AM 24  Q.   I'd note for the record that's TREX 00001.107.

11:46AM 25           In fact, you just referred to it.  You said that much

**OFFICIAL TRANSCRIPT**

11:46AM 1    of the data referenced in your report came from the OLGA

11:47AM 2    modeling.  Then you said, I think -- did you say the Insite

11:47AM 3    system, the Sperry system?

11:47AM 4    A.   No.  I was talking about the data that comes from the

11:47AM 5    mudlogging information.  We call it realtime data throughout

11:47AM 6    the report.  That's what I came to know it as, listening to my

11:47AM 7    team talk about it.

11:47AM 8          So this is the monitoring information that's captured

11:47AM 9    about flow rates and pressures and things on the well was what

11:47AM 10   I was referring to.

11:47AM 11   Q.   Are you aware that that exactly, what you just referred

11:47AM 12   to, was called the Insite system, I think it's I-N-S-I-T-E,

11:47AM 13   which is the Sperry mudlogging data system; are you aware that

11:47AM 14   it's called the Insite system?

11:47AM 15   A.   I didn't recall that.  We referred to it in the

11:47AM 16   investigation as realtime data, so that's what I came to refer

11:47AM 17   to it as.

11:47AM 18   Q.   With your permission, I'll refer to it perhaps both ways.

11:47AM 19   If counsel doesn't think I'm right on that, I'm sure she'll

11:47AM 20   correct me later on, but I'll represent to you it's called the

11:48AM 21   Insite system.

11:48AM 22          If we could just spend a moment explaining to

11:48AM 23   His Honor, there were two well monitoring and data capture

11:48AM 24   systems on the rig on April 20th, correct?

11:48AM 25   A.   That's my understanding, yes.

**OFFICIAL TRANSCRIPT**

11:48AM 1    Q.    One was the system that was the Transocean system.  Are

11:48AM 2    you aware that that was called the Hitec system, H-I-T-E-C?

11:48AM 3    A.    I didn't recall that name for it, no.

11:48AM 4    Q.    Let's just call it the Transocean system, okay?

11:48AM 5    A.    Yes.

11:48AM 6    Q.    There was another system, which you called the realtime

11:48AM 7    data system, that was owned or operated by the -- Sperry and

11:48AM 8    their mudlogger.  That system transmitted data realtime ashore,

11:48AM 9    do you understand that?

11:48AM 10   A.    That's my understanding, yeah.

11:48AM 11   Q.    Furthermore, for purposes of trying to do accident

11:48AM 12   reconstruction, the Transocean system wasn't transmitted ashore

11:48AM 13   realtime, so we all lost that data when the rig went down, when

11:49AM 14   power went down, correct?

11:49AM 15   A.    I'll take your word for it.  I know we were looking at the

11:49AM 16   Sperry realtime data.  I wasn't aware that there was other

11:49AM 17   potential data available.  I don't recall that.

11:49AM 18   Q.    Fair enough.

11:49AM 19          But the data that we had to use, collectively, all of

11:49AM 20   us, including you in your report, that was the data that was

11:49AM 21   transmitted ashore, to people onshore, systems onshore, that

11:49AM 22   survived the accident itself because the data now resided in

11:49AM 23   computers on the shore?

11:49AM 24   A.    Yes.  That's my understanding, yeah.

11:49AM 25   Q.    Just looking at this Key Finding 4 from your report, is it

11:49AM 1    your understanding that the various data depicted on that graph

11:49AM 2    came from the -- what you call the realtime system, what I call

11:49AM 3    the Insite system?

11:49AM 4    A.   Yeah.  Let me -- yeah, that looks like all this would have

11:49AM 5    come off that system, yes.

11:49AM 6    Q.   Did the Bly Report, the investigation, reach the

11:49AM 7    conclusion that, based upon data like this, that there were --

11:50AM 8    the well, through data like this, was giving people monitoring

11:50AM 9    the systems, either the driller or the mudlogger, data that

11:50AM 10   would tell them, you have a well that is having a kick?

11:50AM 11   A.   Our view was that that was clear from looking at this

11:50AM 12   information, and that that would have been visible to those

11:50AM 13   people you talked about, the driller and mudlogger.

11:50AM 14   Q.   Did your report reach the conclusion that they should have

11:50AM 15   caught the fact the well was kicking by the data such as that

11:50AM 16   data depicted on this slide?

11:50AM 17   A.   We didn't make a conclusion as to whether they should have

11:50AM 18   or shouldn't have.  We concluded that, from what we could see,

11:50AM 19   they didn't until the action was taken at 2141, I think it was.

11:50AM 20   Q.   Thank you.

11:50AM 21        Next slide, please.

11:51AM 22        Key Finding Number 5, again, from your report.  This

11:51AM 23   is TREX 00001.108.

11:51AM 24        The only thing I have to ask on this is this is the

11:51AM 25   same type of data we were looking at before, the underlying

11:51AM 1    data, that is, that came from the realtime data transmitted

11:51AM 2    ashore?

11:51AM 3    A.    Yeah, when you're looking at drill pipe pressure, that's

11:51AM 4    where it would have come from, yes.

11:51AM 5    Q.    Thank you.

11:51AM 6          Next slide, please.

11:51AM 7          We're going to go very quickly through a few slides,

11:51AM 8    just to try to establish some timelines, so we and the Court

11:51AM 9    can keep these in mind when we go through later testimony, both

11:51AM 10   of you and other witnesses.

11:51AM 11         This is page 25 of your report, and the first flyout.

11:51AM 12         Quote, At 1955 hours, the negative pressure test was

11:51AM 13   concluded and considered a good test.

11:51AM 14         Is that what it says?

11:51AM 15   A.    Yes, sir.

11:51AM 16   Q.    That would be 7:55 p.m. on April 20th, right?

11:52AM 17   A.    That's right.

11:52AM 18   Q.    So this is the point when the BP well site leaders and

11:52AM 19   whoever else were involved in that test concluded, we have a

11:52AM 20   successful negative pressure test, correct?

11:52AM 21   A.    Yes, that's right.

11:52AM 22   Q.    The next event pulled out there is at 2052.  That would be

11:52AM 23   8:52 p.m.

11:52AM 24         Quote, Calculated that the well went underbalanced

11:52AM 25   and started to flow.

**OFFICIAL TRANSCRIPT**

11:52AM 1        Did I read that correctly?

11:52AM 2    A.    Yes.

11:52AM 3    Q.    So that reconfirms what was on that video that we showed

11:52AM 4    you, the animation, that the well started to flow and went

11:52AM 5    underbalanced at 8:52 p.m.?

11:52AM 6    A.    That was our view, yes.

11:52AM 7    Q.    A little bit less than an hour after the negative pressure

11:52AM 8    test had been interpreted incorrectly?

11:52AM 9    A.    That's right.

11:52AM 10   Q.    Next slide, please.

11:52AM 11        This is page 27 of your report.  That at 2138 -- now,

11:53AM 12   that would be 9:38 p.m. in landlubber's time, right?

11:53AM 13   A.    Yes.

11:53AM 14   Q.    At 9:38 p.m., quote, Calculated that at approximately

11:53AM 15   2138, hydrocarbons passed above the well into the riser.

11:53AM 16        Correct?

11:53AM 17   A.    That's correct.

11:53AM 18   Q.    Just spend a few minutes on that.  I suspect that both

11:53AM 19   from your day job and the work you did in this report, you may

11:53AM 20   be able to answer these questions.  If you can't, let me know.

11:53AM 21   A.    Okay.

11:53AM 22   Q.    If the kick had been detected before the hydrocarbons got

11:53AM 23   above the riser at 9:38 p.m., and assuming the BOP worked as it

11:53AM 24   was designed, would that have contained the kick below the BOP?

11:53AM 25   A.    In all likelihood.

**OFFICIAL TRANSCRIPT**

11:53AM 1   Q.   That's considered a good thing?  I'm not saying the kick

11:53AM 2   is a good thing; but, if you have a kick, you want to catch it

11:53AM 3   as early as possible.  That's the first principle, right?

11:54AM 4   A.   That's what I would say is the first principle that you

11:54AM 5   learn in well control school is early detection, early action

11:54AM 6   is the most important thing for well control.

11:54AM 7   Q.   If that's not done -- and, again, not assigning any blame

11:54AM 8   whatsoever -- if, for whatever reasons, the kick isn't detected

11:54AM 9   real early -- in this case, not too far above 18360 feet -- if

11:54AM 10  it's not detected early, the crew, and I include the BP people

11:54AM 11  in that, definitely want to detect the kick before it gets

11:54AM 12  above the BOP, right?

11:54AM 13  A.   Yes.  I mean, it's been -- a lot of hydrocarbons have come

11:54AM 14  into the well to get above the BOP.

11:54AM 15  Q.   Let's assume for the moment that hydrocarbons get above

11:54AM 16  the BOP.  At that point, they have nowhere to go but onto the

11:54AM 17  rig, right?

11:54AM 18  A.   Well, from there, from the mud line up, if you have -- if

11:55AM 19  you have hydrocarbons that are lighter than the fluids, they

11:55AM 20  will go up.

11:55AM 21       The last thing you've got is this diverter system

11:55AM 22  that we spoke about earlier that sits up underneath the rig

11:55AM 23  floor.

11:55AM 24  Q.   But it's going to go up to the rig, right?

11:55AM 25  A.   It will go to the top of the riser, at least.

**OFFICIAL TRANSCRIPT**

1107

11:55AM  1    Q.    There is nothing to stop it between the BOP, which it's

11:55AM  2    already past, the hydrocarbons, and up until it gets to

11:55AM  3    whatever the first point in the rig is, correct?

11:55AM  4    A.    Yeah.

11:55AM  5    Q.    Got it.

11:55AM  6          The next slide, please.

11:55AM  7          This is a slide from page 106, I think, of your

11:55AM  8    report.  106 of your report.

11:55AM  9          Very briefly, at 2130, which would be 9:30 p.m., at

11:55AM 10    least according to your report's calculations and the OLGA

11:55AM 11    modeling, the cumulative gain by that time was 280 barrels of

11:55AM 12    oil into the well?

11:55AM 13    A.    The first point there, at 2130, that's the estimate here,

11:56AM 14    yes.

11:56AM 15    Q.    By shortly after 2140, which would be 9:40 p.m., the

11:56AM 16    cumulative gain was a thousand barrels?

11:56AM 17    A.    That's what it says, yes.

11:56AM 18    Q.    This is one heck of a major kick, isn't it?

11:56AM 19    A.    From my experience and what I learned listening to the

11:56AM 20    team, yes, this is a large, large kick.

11:56AM 21    Q.    Is it fair by this time to call it a blowout?

11:56AM 22    A.    Blowout would be defined when it's literally, physically

11:56AM 23    coming out of the well, but it's -- at least that's what I

11:56AM 24    would understand a blowout.  But this is a very large kick at

11:56AM 25    this point, yes.

**OFFICIAL TRANSCRIPT**

11:56AM 1    Q.   Well, by 2149, 9:49 p.m., quoting from the slide, "Loss of

11:56AM 2    power and explosion, 2149," at that point we've got a blowout,

11:56AM 3    even by your definition?

11:56AM 4    A.   You've got hydrocarbons coming out of the well.  Yes, sir.

11:56AM 5    Yes.  At that point, yes, I agree with you.

11:56AM 6    Q.   And do you recall from your report that your OLGA modeling

11:57AM 7    calculated that by the time the hydrocarbons hit the rig at

11:57AM 8    2149, 9:49 p.m., that it was approximately 2,000 barrels?

11:57AM 9    A.   I'm sorry, I don't recall that.  It may be in the report.

11:57AM 10   Q.   You're an oil man.  For other landlubbers, how many

11:57AM 11   gallons in a barrel of oil?

11:57AM 12   A.   42 gallons.

11:57AM 13   Q.   So if it was, in fact, 2,000 barrels -- I'll represent to

11:57AM 14   you that's in your report -- that would be about 84,000 gallons

11:57AM 15   of oil by 2149, right?

11:57AM 16   A.   Yes.

11:57AM 17   Q.   A lot of oil?

11:57AM 18   A.   Yes, it's a lot of oil.

11:57AM 19   Q.   Could you --

11:57AM 20        Next slide, please.  No.  Next.  Next.  Thank you.

11:58AM 21        This is also from page 89, a different flyout, sir.

11:58AM 22   Quoting, The investigation team has found no evidence that the

11:58AM 23   rig crew or well site leaders consulted anyone outside their

11:58AM 24   team about the pressure abnormalities.

11:58AM 25        Did I get that right?

**OFFICIAL TRANSCRIPT**

11:58AM 1    A.    Yeah, I just want to try to read the page.  This is

11:58AM 2    speaking to the negative tests.

11:58AM 3    Q.    That would -- have you amended your report and changed

11:58AM 4    that?

11:58AM 5    A.    No, no.  No, I was just trying to refresh my own memory

11:58AM 6    about where this passage was.  It appears to be where we're

11:58AM 7    discussing the negative test here.

11:58AM 8    Q.    My question -- I appreciate that.  Thank you.

11:58AM 9          Has your report been amended to change that sentence,

11:58AM 10   to your knowledge?

11:58AM 11   A.    No, we haven't made any amendments to the report.

11:58AM 12   Q.    Is it still your understanding that that sentence is

11:58AM 13   correct?

11:58AM 14   A.    It is.  Yeah, I haven't seen anything to change my

11:59AM 15   understanding of that.

11:59AM 16         MR. UNDERHILL:  Daigle clip one, please.

11:59AM 17         (WHEREUPON, the video clip was played.)

11:59AM 18   Q.    "Okay.  Was -- the interviews that you performed -- and I

11:59AM 19   understand they were performed of Mr. Kaluza, Mr. Vidrine, and

11:59AM 20   Mr. Lambert; is that correct?

11:59AM 21   A.    "Yes, sir.

11:59AM 22   Q.    "Okay.  And those were the three well site leaders on the

11:59AM 23   *Deepwater Horizon* on April 20, 2010, correct?

11:59AM 24   A.    "That is correct.

11:59AM 25   Q.    "All right.  Now, do you know if your investigation was

**OFFICIAL TRANSCRIPT**

1110

11:59AM 1   part of any separate investigation that was separate and apart

11:59AM 2   from the Bly investigation?

11:59AM 3          "UNIDENTIFIED SPEAKER:  Object.

11:59AM 4   A.   "I wasn't doing an investigation.  I was strictly doing an

11:59AM 5   interview with a list of questions --

11:59AM 6   Q.   "Okay.

11:59AM 7   A.   "-- provided to me to ask the individuals.

11:59AM 8   Q.   "We have a copy of the notes that were provided to us, and

11:59AM 9   I want you to take a look at those.  And those were tab 34 in

11:59AM 10  the plaintiffs' book.  And it's Exhibit 3576 in this case.

12:00PM 11         "Have you taken a look at those, sir?

12:00PM 12  A.   "Yes, sir.

12:00PM 13  Q.   "Okay.  Now, all of the pages except for the first page

12:00PM 14  look like they're all of the same type of handwriting.  Is that

12:00PM 15  your handwriting on the second, third, fourth and fifth pages?

12:00PM 16  A.   "Yes, sir.

12:00PM 17  Q.   "Now, going back to the first page, it looks like there's

12:00PM 18  some questions that may be in someone else's handwriting; is

12:00PM 19  that correct?

12:00PM 20  A.   "That is correct.

12:00PM 21  Q.   "And do you know whose handwriting those questions are in?

12:00PM 22  A.   "This would be Scott Sigurdson's.

12:00PM 23  Q.   "Are those the questions that he asked you to ask?

12:00PM 24  A.   "Yes, sir.

12:00PM 25  Q.   "Were you given any other questions other than these on

**OFFICIAL TRANSCRIPT**

12:00PM 1    this document?

12:00PM 2    A.    "No, sir.

12:00PM 3    Q.    "Okay.  If we flip to the second page, there is a note of

12:00PM 4    Don Vidrine, Saturday, April, up at the top of the page.  You

12:00PM 5    see that?

12:00PM 6    A.    "Yes, sir.

12:00PM 7    Q.    "I'm assuming, then, that the notes that are below that

12:00PM 8    are your discussions with Mr. Vidrine?

12:00PM 9    A.    "Yes, sir.

12:00PM 10   Q.    "Did you write notes or do anything else, put notes

12:00PM 11   anywhere, other than on these pages?

12:01PM 12   A.    "No, sir.

12:01PM 13   Q.    "So we have everything that you wrote down about your

12:01PM 14   conversation with Mr. Vidrine in this document?

12:01PM 15   A.    "Yes, sir.

12:01PM 16   Q.    "Did you type up an e-mail to anyone or do any type of

12:01PM 17   summary of these notes?

12:01PM 18   A.    "No, I did not.

12:01PM 19   Q.    "Okay.  Look down at the last line of that page.  The last

12:01PM 20   line says, DP -- I'm assuming that means drill pipe?

12:01PM 21   A.    "Yeah.  The last line?

12:01PM 22   Q.    "Yeah.

12:01PM 23          "DP pressure --

12:01PM 24   A.    "DP, yes, sir.

12:01PM 25   Q.    "DP pressure during the negative test, I also informed

**OFFICIAL TRANSCRIPT**

12:01PM 1    Mark Hafle, is that what Mr. Vidrine told you?

12:01PM 2    A.    "Yes, sir."

12:01PM 3              (WHEREUPON, the video clip concluded.)

12:01PM 4              MR. UNDERHILL:  Next clip, please.

12:01PM 5              (WHEREUPON, the video clip was played.)

12:01PM 6    Q.    "Now, when -- when Mr. -- you said Mr. Vidrine decided

12:01PM 7    that a second negative test was going to be performed?

12:02PM 8    A.    "That's correct.

12:02PM 9    Q.    "Who told you he decided that?

12:02PM 10   A.    "Nobody told me he decided that.

12:02PM 11   Q.    "How do you know that he decided it?

12:02PM 12   A.    "I heard him tell Bob, go call the office, that he was

12:02PM 13   going to do a second negative test.

12:02PM 14   Q.    "He being Don Vidrine --

12:02PM 15   A.    "He being Don Vidrine.

12:02PM 16   Q.    "-- said, I'm going to do a second one?

12:02PM 17   A.    "That's correct.

12:02PM 18   Q.    "Did he -- did he say in your presence why he was going to

12:02PM 19   do a second negative test?

12:02PM 20   A.    "I don't recall.

12:02PM 21   Q.    "Did he say -- did he say what -- what, if anything, would

12:02PM 22   be different about how the second negative would be performed

12:02PM 23   over the first negative test?

12:02PM 24   A.    "I don't recall.

12:02PM 25   Q.    "Okay.  Now, when you heard Mr. Vidrine tell Mr. Kaluza to

**OFFICIAL TRANSCRIPT**

12:02PM 1   go call -- what did he say, go call Houston, or the office, or

12:02PM 2   what did he say?

12:02PM 3   A.    "He said, go call them and tell them I'm doing a second

12:02PM 4   negative test.

12:02PM 5   Q.    "Did he -- did he say who to go call?

12:03PM 6   A.    "I don't recall who he told.

12:03PM 7   Q.    "Okay.  But he called someone?

12:03PM 8   A.    "He called someone.

12:03PM 9   Q.    "Did Mr. Kaluza come back and say in your presence that he

12:03PM 10  had made the call that Mr. Vidrine had requested?

12:03PM 11  A.    "Yes.

12:03PM 12  Q.    "Well, did you hear anybody say that the second negative

12:03PM 13  test was successful?

12:03PM 14  A.    "Yes.

12:03PM 15  Q.    "Who said it?

12:03PM 16  A.    "Don Vidrine.

12:03PM 17  Q.    "To whom did he say that to?

12:03PM 18  A.    "He told that to Jason Anderson.

12:03PM 19  Q.    "Okay.  And tell us what you recall him saying about that

12:03PM 20  subject?

12:03PM 21  A.    "That the second negative test was successful.  They was

12:03PM 22  going to displace the well.  He was going to run down and call

12:03PM 23  the office, come right back.  And we had a meeting --

12:03PM 24  Q.    "Yes, sir.

12:03PM 25  A.    "-- to displace the well.

**OFFICIAL TRANSCRIPT**

1114

12:03PM 1    Q.    "When you said he was going to run down and call the

12:03PM 2    office, what office did you understand he was going to go call?

12:03PM 3    A.    "I guess, his Houston office.

12:03PM 4    Q.    "Okay.  So Don Vidrine, did he leave the driller shack?

12:03PM 5    A.    "Yes.

12:03PM 6    Q.    "And -- and you understood him to say he was going to go

12:03PM 7    call the office and report to someone with BP that the second

12:04PM 8    negative test was successful?

12:04PM 9    A.    That's correct."

12:04PM 10              (WHEREUPON, the video clip concluded.)

12:04PM 11         MR. UNDERHILL:  My apologies.  The first clip we

12:04PM 12   played, I didn't put in the record, is demonstrative D-3571,

12:04PM 13   deposition of Keith Daigle, D-A-I-G-L-E, volume one, dated

12:04PM 14   July 19, 2011.  The page and line numbers for the clip are in

12:04PM 15   our demonstrative list.

12:04PM 16              The second one we just saw, deposition of

12:04PM 17   Chris Pleasant, Transocean employee, volume two, dated

12:04PM 18   March 15, 2011.  That's D-3574, page and line numbers listed in

12:04PM 19   our D list.

12:04PM 20         MS. KARIS:  Your Honor -- I'm sorry, Mr. Underhill --

12:04PM 21   but I object to the use of this testimony with Mr. Bly.

12:04PM 22              First of all, this is deposition testimony taken

12:04PM 23   of other companies' witnesses of which Mr. Bly has no -- he

12:04PM 24   would not have had access to their depositions.  It's hearsay.

12:04PM 25         THE COURT:  Well, I don't know what the question is

**OFFICIAL TRANSCRIPT**

12:04PM 1    yet.

12:04PM 2          MS. KARIS:  Well, that was my second --

12:04PM 3          THE COURT:  Let's see what the question is.

12:05PM 4          MS. KARIS:  -- second piece is we're playing the video

12:05PM 5    before even asking the question.

12:05PM 6          THE COURT:  Well, what is going to be your question for

12:05PM 7    Mr. Bly about these videos?

12:05PM 8          MR. UNDERHILL:  Did your investigation -- actually, to

12:05PM 9    answer counsel's one question, we're coming now to members of

12:05PM 10   the Bly investigation team's depositions.

12:05PM 11          The question is going to be, in view of that

12:05PM 12   sentence that your well team didn't consult people outside --

12:05PM 13   whatever the verbiage was -- the question is going to be, does

12:05PM 14   that sentence still stand in your report.

12:05PM 15          Because I think the evidence will show that, in

12:05PM 16   fact, they did consult people outside the team.  That's the

12:05PM 17   thrust of it, Your Honor.

12:05PM 18          MS. KARIS:  Well, I object to the use of that testimony

12:05PM 19   for that purpose.  Mr. Bly has, obviously, no foundation for

12:05PM 20   that testimony.

12:05PM 21          THE COURT:  Well, he can -- I think he can answer that

12:05PM 22   question, whether that's something they considered or not.

12:05PM 23          MR. UNDERHILL:  That's all I intend to ask.

12:05PM 24          THE COURT:  Ask your question.

12:05PM 25          MR. UNDERHILL:  May I play -- so I have it in one

**OFFICIAL TRANSCRIPT**

12:05PM 1   place, can I ask him after I play the Bly investigation team

12:05PM 2   videos, Your Honor?

12:05PM 3           THE COURT:  Well, let's stick with the --

12:05PM 4           MR. UNDERHILL:  Sure.

12:05PM 5           THE COURT:  -- non-BP employees first.

12:06PM 6           THE WITNESS:  So could you tell me the question again,

12:06PM 7   please.

12:06PM 8           MR. UNDERHILL:  Sure.

12:06PM 9   BY MR. UNDERHILL:

12:06PM 10  Q.   Did your investigation uncover, through -- let's leave it

12:06PM 11  non-Bly investigators, did it uncover any evidence that, in

12:06PM 12  fact, Mr. Vidrine had called Houston about the negative

12:06PM 13  pressure test?

12:06PM 14  A.   Through non-Bly?

12:06PM 15  Q.   Through non-Bly?

12:06PM 16  A.   Not -- not that I'm aware of, no.

12:06PM 17  Q.   Are you aware of a gentleman, I think he was on one of

12:06PM 18  Mr. Sterbcow's slides, Jim Cowie?  Was he a member of your

12:06PM 19  investigative team?

12:06PM 20  A.   He was.

12:06PM 21          MR. UNDERHILL:  May I play clip one, please.

12:06PM 22          (WHEREUPON, the video clip was played.)

12:06PM 23  Q.   "Mr. Cowie, I'll call your attention now to item 15 in the

12:06PM 24  deposition notice.  It's on page 6.  Communications between BP

12:06PM 25  employees on the rig and any BP personnel on the main land or

**OFFICIAL TRANSCRIPT**

12:06PM 1    UK on April 20th and 21.  Do you see that?

12:07PM 2    A.    "I do.

12:07PM 3    Q.    "What is the source of your knowledge to respond to that?

12:07PM 4    A.    "My knowledge was based on BP practice and, also, the

12:07PM 5    discussions that we had with the witnesses during the Bly

12:07PM 6    investigation.

12:07PM 7    Q.    "Okay.  So part of your knowledge is based on the

12:07PM 8    investigation and what the witnesses told you?

12:07PM 9    A.    "Uh-huh (affirmative response).

12:07PM 10   Q.    "That would be contained in whatever the -- the notes are

12:07PM 11   of your interviews with the witnesses, I take it?

12:07PM 12   A.    "Part of that, yes."

12:07PM 13         (WHEREUPON, the video clip concluded.)

12:07PM 14         MR. UNDERHILL:  Next clip, please.

12:07PM 15              This is, again, Mr. Cowie.

12:07PM 16              Before you do, Ms. Miller, that was D-3568,

12:07PM 17   James Cowie deposition, volume one, June 29, 2011.

12:07PM 18              The one that's coming up is D-3569, Cowie, volume

12:07PM 19   two, June 30, 2011.

12:07PM 20         (WHEREUPON, the video clip was played.)

12:08PM 21   Q.    "And I believe you said that you learned from Vidrine that

12:08PM 22   he called -- or had a call with Mark Hafle in which the

12:08PM 23   1400 psi on the drill pipe was discussed?

12:08PM 24   A.    "It was mentioned in that call, I believe, and I think I

12:08PM 25   made reference to that in my note.

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 12:08PM 1 | Q.   "I want to ask you about a statement at the bottom of the |
| 12:08PM 2 | page ending 370022.  And it appears to state, talked to Hafle |
| 12:08PM 3 | about the 1400.  Said, if there had been a kick in the hole, we |
| 12:08PM 4 | could have seen. |
| 12:08PM 5 | A.   "Yes. |
| 12:08PM 6 | Q.   "And this was a note that you made to reflect something |
| 12:08PM 7 | that Vidrine had told you -- |
| 12:08PM 8 | A.   "Yes, sir. |
| 12:08PM 9 | Q.   "-- during your interview? |
| 12:08PM 10 | A.   "Yeah. |
| 12:08PM 11 | Q.   "So, to be clear, Vidrine told you that he talked to Hafle |
| 12:09PM 12 | about the 1400 psi observed on the drill pipe? |
| 12:09PM 13 | A.   "Yes.  He'd mentioned that to Hafle, yes. |
| 12:09PM 14 | Q.   "And Vidrine went on to tell you that Hafle had told him |
| 12:09PM 15 | that, if there had been a kick in the hole, we would have seen |
| 12:09PM 16 | it? |
| 12:09PM 17 | A.   "Yes.  I -- let me clarify there.  I can't remember if it |
| 12:09PM 18 | was Hafle that said that or if Vidrine said that.  Vidrine said |
| 12:09PM 19 | he talked to Hafle about 1400 psi.  I'm clear on that.  Then it |
| 12:09PM 20 | says there, said, if there had been a kick in the hole, we |
| 12:09PM 21 | would have seen it.  My recollection is I don't know if it was |
| 12:09PM 22 | Vidrine that said that to Hafle or Hafle said that to Vidrine. |
| 12:09PM 23 | However, I -- I concur that that was said. |
| 12:09PM 24 | Q.   "Okay.  And when -- when you talked -- testified about |
| 12:09PM 25 | that yesterday, you didn't have your notes in front of you.  So |

**OFFICIAL TRANSCRIPT**

12:09PM 1    I just wanted to give you a chance to look and see if, you

12:09PM 2    know, the way you've noted this here refreshes your

12:09PM 3    recollection on whether individual Vidrine told you Hafle told

12:10PM 4    him, if there had been a kick, we would have seen it, or vice

12:10PM 5    versa.

12:10PM 6    A.    "Yeah, I can't remember how it was said, but that was part

12:10PM 7    of the discussion.  Who said --

12:10PM 8    Q.    "Okay.  One other -- one other question on that.  The

12:10PM 9    discussion that's referenced here in this statement about the

12:10PM 10   1400 psi between Hafle and Vidrine, does this indicate that

12:10PM 11   that discussion took place during the call we looked at

12:10PM 12   yesterday?  And we can get the log out, but it was about a

12:10PM 13   9:47 p.m. call from -- between Hafle and Vidrine.

12:10PM 14   A.    "Yes.  My understanding, this conversation took place, it

12:10PM 15   was around 9 o'clock when Hafle called the rig, what I

12:11PM 16   described yesterday, just an end of the day call just to check

12:11PM 17   up on what was going on.

12:11PM 18   Q.    "So that was the call during which this discussion about

12:11PM 19   1400 psi between Vidrine and Hafle took place?

12:11PM 20   A.    "Yes, sir.

12:11PM 21   Q.    "And the discussion about if there had been a kick, we

12:11PM 22   would have seen it, that was all part of the same conversation?

12:11PM 23   A.    "Yes, sir.

12:11PM 24   Q.    "I wanted to ask you about another note.  And I'll -- I'll

12:11PM 25   show you this one.  This was not an exhibit yesterday.  But

**OFFICIAL TRANSCRIPT**

12:11PM 1    this appears to be your notes of maybe a different interview

12:11PM 2    with Vidrine, but it notes at the top, Robinson, Martin, Cowie,

12:11PM 3    and then appears to go on and give your interview notes.  It's

12:11PM 4    marked BP-HZN-CEC020351.

12:12PM 5            "And is that a note of a different call between

12:12PM 6    Vidrine and Hafle, or what do you recollect about that?

12:12PM 7            "SPEAKER:  Objection to form.

12:12PM 8            "THE WITNESS:  My recollection of this when I reread my

12:12PM 9    own notes is that upon my notes, I had a -- a note in there on

12:12PM 10   page 2 which said that during the negative test Vidrine said he

12:12PM 11   went and called Hafle.  And it says on his return, they were

12:12PM 12   still watching the stripping tank when he came back.

12:13PM 13   Q.   "Where is that on page 2?

12:13PM 14   A.   "Page 2 of my written notes.

12:13PM 15   Q.   "Okay.  About the middle of the page, and this is the page

12:13PM 16   marked with Bates numbers that ends 370021, part of

12:13PM 17   Exhibit 7316.  It says, called Hafle.  Still watching --

12:13PM 18   A.   "Strip tank.

12:13PM 19   Q.   "-- strip tank.  When I came back, dripping had stopped.

12:13PM 20   A.   "To my recollection of this is -- sorry.

12:13PM 21   Q.   "Go ahead.  No, that that's what I was going to ask.  You

12:13PM 22   anticipated it.

12:13PM 23   A.   "I'm getting -- yeah, I'm getting ahead of you.  My

12:13PM 24   recollection of this is that during the negative test,

12:13PM 25   Mr. Vidrine was thinking about the test, and then what were the

**OFFICIAL TRANSCRIPT**

12:13PM 1    upcoming operations beyond that.  And he went to discuss that

12:13PM 2    with Mr. Hafle while the test was going on, went back to the

12:14PM 3    rig floor after that, and this was the condition when he went

12:14PM 4    back.

12:14PM 5    Q.    "So was this a call between Vidrine and Hafle before the

12:14PM 6    other call we've already discussed?

12:14PM 7    A.    "That was my under- -- recollection of it, yes.

12:14PM 8    Q.    "There was a discussion during the test when Vidrine

12:14PM 9    stepped out to call Hafle?

12:14PM 10   A.    "That was my recollection of the conversation that I had

12:14PM 11   with Mr. Vidrine on that day, yes.

12:14PM 12   Q.    "Okay.  And then the other call which we discussed

12:14PM 13   previously took place after the test --

12:14PM 14   A.    "Yes.  That was later in the evening, that call.

12:14PM 15   Q.    "-- discuss anomalies observed during the test?

12:14PM 16   A.    "Well, actually it was to discuss what happened during

12:14PM 17   that day, and part of that discussion was the 1400 psi.

12:14PM 18           (WHEREUPON, the video clip concluded.)

12:14PM 19   BY MR. UNDERHILL:

12:14PM 20   Q.    Did the morning meetings you described in response to

12:14PM 21   Mr. Sterbcow's question, Mr. Bly, of your team at the Houston

12:14PM 22   facility, did Mr. Cowie tell you that he had interviewed

12:14PM 23   Mr. Vidrine, and that Mr. Vidrine had told him he'd not one,

12:14PM 24   but two conversations with Mr. Hafle, one of which was during

12:15PM 25   the negative pressure test?

                                **OFFICIAL TRANSCRIPT**

12:15PM 1    A.   I don't recall.  That may have been -- you know, we did --

12:15PM 2    when the guys went out and did interviews, it wasn't uncommon

12:15PM 3    for those to be discussed in the morning meetings.

12:15PM 4    Q.   Actually, this is one where I don't want you to

12:15PM 5    speculator.  Either tell me you remember or you don't?

12:15PM 6    A.   I don't recall specifically, no.

12:15PM 7    Q.   Got it.

12:15PM 8          You authored that report, at least your colloquial

12:15PM 9    name is on it.  Can you tell me any place in those hundred-plus

12:15PM 10   pages where there is any reference to Mr. Vidrine's not one,

12:15PM 11   but two calls to Mr. Hafle about the negative pressure test?

12:15PM 12   A.   The reference you said was about consultation.  I don't

12:15PM 13   recall us describing other phone calls made.

12:15PM 14   Q.   Do you recall any place in the Bly investigation, in your

12:15PM 15   written report, that's still up on BP's website, by the way,

12:15PM 16   that references a conversation between Mr. Vidrine and Hafle

12:16PM 17   where Mr. Vidrine told Mr. Hafle that they had 1400 on the

12:16PM 18   drill pipe during the negative pressure test?

12:16PM 19         THE COURT:  What was that?  I have no idea what that

12:16PM 20   was.  Maybe you've been furloughed.

12:16PM 21         MR. UNDERHILL:  I have to tell you, Your Honor, that

12:16PM 22   Mr. Langan offered to second the furlough motion yesterday.  He

12:16PM 23   was hoping it could be a permanent basis.

12:16PM 24   BY MR. UNDERHILL:

12:16PM 25   Q.   Did you still have the question, Mr. Bly?

**OFFICIAL TRANSCRIPT**

12:16PM 1    A.    I don't recall in the report any mention of those calls,

12:16PM 2    no.

12:16PM 3    Q.    Thank you.

12:16PM 4          Next slide, please.

12:16PM 5          This is TREX 00296.

12:16PM 6          And that particular -- this is the first page of it.

12:16PM 7    Just for your benefit, Mr. Bly, these are typewritten notes of

12:17PM 8    your investigation team's interview of Mark Hafle on July 8,

12:17PM 9    2010, at BP's Westlake 1 offices, and various people in

12:17PM 10   attendance, including Mr. Hafle, his attorneys, various

12:17PM 11   investigators for Bly, investigation team, BP's own house

12:17PM 12   counsel.  Do you see that?

12:17PM 13   A.    I'm sorry, I see -- BP's own house counsel is your

12:17PM 14   question?

12:17PM 15   Q.    A whole bunch of them.  Mr. Hafle is listed, right?

12:17PM 16   A.    Yeah, I see Hafle.  I seen two personals to Mark.  I see

12:17PM 17   Kent and Steve in there and Jim Lucari, who was the guy that

12:17PM 18   was just working with my team.

12:17PM 19   Q.    Kent and Steve, Kent Corser and Steve Robinson, are two

12:17PM 20   members on your interview team, right?

12:17PM 21   A.    Yes, that's right.

12:17PM 22   Q.    Thank you.

12:17PM 23         Next slide, please.

12:17PM 24         This is a flyout from -- I think it's page 6 of that

12:17PM 25   same exhibit, TREX 00296.

**OFFICIAL TRANSCRIPT**

12:17PM 1           Do you see the highlighted part there, where it says,

12:17PM 2  "Mark said he told Don that you can't have pressure on the

12:18PM 3  drill pipe and zero pressure on the kill line in a test that's

12:18PM 4  properly lined up"; do you see that?

12:18PM 5  A.    Yes, I do.

12:18PM 6  Q.    Did any of those people in this interview list, that at

12:18PM 7  least are on the first page, Mr. Corser, Mr. Robinson, and I

12:18PM 8  forget who else was there, did any of those people tell you

12:18PM 9  that, at least according to their interview of Mr. Hafle, he

12:18PM 10 told them that he had told Vidrine that you can't have pressure

12:18PM 11 on the drill pipe in a negative pressure test that's properly

12:18PM 12 lined up?

12:18PM 13 A.    I don't recall them telling me any specific details about

12:18PM 14 this interview.  I mean, you know, I remember that they did the

12:18PM 15 interview, and we came to our views on the negative test.  I

12:18PM 16 don't remember them telling me that specifically, no.

12:18PM 17 Q.    Do you know if that specific sentence or information

12:18PM 18 conveying what's in that sentence appear anywhere in the

12:18PM 19 Bly Report?  That is, that Mr. Hafle told your investigators

12:19PM 20 and others that he told Vidrine at approximately 8:52 p.m. on

12:19PM 21 April 20th, you can't have pressure on the drill pipe on a

12:19PM 22 negative pressure test that's properly lined up; does that

12:19PM 23 appear in your report?

12:19PM 24 A.    That sentence doesn't appear in the report, no.

12:19PM 25 Q.    Earlier on, I showed an animation and also a flyout from

**OFFICIAL TRANSCRIPT**

12:19PM 1    the report that referred to 8:52 p.m. as being the moment,

12:19PM 2    according to the Bly investigation, when the well began to

12:19PM 3    flow.  Do you recall that?

12:19PM 4    A.    Yeah, that's right.

12:19PM 5    Q.    Do you see, at least according to this document,

12:19PM 6    TREX 00296, that's the same minute when Mr. Vidrine and

12:19PM 7    Mr. Hafle began the conversation?

12:19PM 8    A.    Yes, that's -- that appears to be the same time.

12:19PM 9    Q.    So accepting that -- by the way, Mr. Corser, Mr. Robinson,

12:20PM 10   your interview team, you consider them to be honest men?

12:20PM 11   A.    Yes.

12:20PM 12   Q.    Competent men?

12:20PM 13   A.    Yes, I do.

12:20PM 14   Q.    Not inclined to make things up?

12:20PM 15   A.    That's right.

12:20PM 16   Q.    In fact, those very qualities are probably among the

12:20PM 17   qualities you used to try to decide whether to put them on your

12:20PM 18   team, right?

12:20PM 19   A.    That's accurate, yeah.

12:20PM 20   Q.    Any reason you have to believe that they'd make this stuff

12:20PM 21   up, that Vidrine talked to Hafle beginning at 8:52 p.m., and

12:20PM 22   that Hafle told Vidrine, you can't have pressure in the drill

12:20PM 23   pipe on a negative pressure test that's properly lined up?

12:20PM 24   A.    I don't think they would have made anything up.  I think

12:20PM 25   they would have recorded what they were trying to glean from

**OFFICIAL TRANSCRIPT**

12:20PM 1   the conversation.

12:20PM 2          THE COURT:  Are you close to go wrapping up?  You're

12:20PM 3   about 20 minutes past the time you told me you would be

12:20PM 4   finished.

12:20PM 5          MR. UNDERHILL:  You know, you should never trust me on

12:20PM 6   that, or any attorney, Your Honor.

12:20PM 7              I've probably got ten more minutes, and I'll be

12:21PM 8   glad to do it after lunch or before.

12:21PM 9          THE COURT:  No, let's go ahead and finish.

12:21PM 10         MR. UNDERHILL:  Thank you.

12:21PM 11  BY MR. UNDERHILL:

12:21PM 12  Q.   BP's counsel, in a previous exam, made a statement that

12:21PM 13  perhaps Mr. Hafle was confused when he talked to Mr. Vidrine.

12:21PM 14  Counsel is already standing up.

12:21PM 15             Let's put it this way.  Do you have any reason to

12:21PM 16  believe that Mr. Hafle was confused about which negative

12:21PM 17  pressure test Mr. Vidrine was talking about when he was having

12:21PM 18  that conversation?

12:21PM 19  A.   You know, I wasn't there for the interview.  I can't

12:21PM 20  say --

12:21PM 21         THE COURT:  I don't know how this witness can answer

12:21PM 22  that type of question.  Let's move on, okay.

12:21PM 23         MR. UNDERHILL:  Could we have the Azar tape, please.

12:21PM 24  Last video.  Deposition of Mr. Azar.

12:21PM 25             (WHEREUPON, the video clip was played.)

**OFFICIAL TRANSCRIPT**

12:21PM 1          "VIDEOGRAPHER:  Today's date is December 5, 2011.  The

12:21PM 2     time is 8:43 am.  We are now on the record.  Will the court

12:22PM 3     reporter please swear in the witness."

12:22PM 4          (WHEREUPON, the video clip was stopped.)

12:22PM 5          MS. KARIS:  Your Honor, I'm going to object --

12:22PM 6          THE COURT:  Wait.  Stop.

12:22PM 7          MS. KARIS:  This is the deposition of an expert in this

12:22PM 8     case.  Mr. Bly has never seen, heard, spoken to this expert.

12:22PM 9     To just play video from various depositions --

12:22PM 10         THE COURT:  Can you confirm what your counsel just

12:22PM 11    said?

12:22PM 12         THE WITNESS:  Yes, that's accurate.  I've never seen

12:22PM 13    this person before.

12:22PM 14         MR. UNDERHILL:  I will have a question at the end of

12:22PM 15    it, Your Honor.

12:22PM 16         THE COURT:  Tell me the question first before we go

12:22PM 17    through watching.

12:22PM 18         MS. KARIS:  Right.

12:22PM 19         MR. UNDERHILL:  Mr. Azar will say --

12:22PM 20         THE COURT:  No, just tell me what your question is

12:22PM 21    going to be.

12:22PM 22         MR. UNDERHILL:  Do you agree with what Mr. Azar just

12:22PM 23    said.

12:22PM 24              Let me finish, if I could, Your Honor.  It's not

12:22PM 25    going to be in his capacity as the head of the Bly team.  It's

**OFFICIAL TRANSCRIPT**

12:22PM 1    going to be as the head of global safety for BP presently

12:22PM 2    always he sits here now.

12:22PM 3                    THE COURT:  How long does this video go on for?

12:22PM 4                    MR. UNDERHILL:  I think it's about two minutes, three

12:22PM 5    minutes, Your Honor, at most.

12:22PM 6                    MS. KARIS:  Your Honor, foundation objection.

12:22PM 7                    THE COURT:  I sustain the objection.

12:22PM 8                    MS. KARIS:  Thank you.

12:22PM 9    BY MR. UNDERHILL:

12:23PM 10   Q.    Could you turn to the next exhibit, please.  This is

12:23PM 11   Exhibit D-3584.001.  I'll be up front with you, Mr. Bly, this

12:23PM 12   is not the way your Swiss cheese model appeared.  This is a

12:23PM 13   change of that model.  You can see it?

12:23PM 14   A.    Yeah, I can see the slide here.

12:23PM 15   Q.    If the negative pressure test -- well, actually, this

12:23PM 16   model -- if the negative pressure test was incorrectly

12:23PM 17   determined, but well monitoring and well control response got

12:23PM 18   the well under control, stopped the chain of events at that

12:23PM 19   point, would there have been any explosions?

12:23PM 20   A.    Most likely not.

12:23PM 21   Q.    Any fire?

12:23PM 22   A.    Again, most likely not.

12:23PM 23   Q.    Deaths?

12:23PM 24   A.    Probably not.

12:23PM 25   Q.    Personal injuries?

                                 **OFFICIAL TRANSCRIPT**

12:23PM  1    A.    Probably not.

12:23PM  2    Q.    Oil spill?

12:23PM  3    A.    Probably not.

12:24PM  4          MR. UNDERHILL:  Thank you.

12:24PM  5                Thank you, Your Honor.

12:24PM  6          THE COURT:  All right.  Let's recess for lunch.  It's

12:24PM  7    about 12:25.  We'll come back at 1:30.

12:24PM  8          THE DEPUTY CLERK:  All rise.

12:25PM  9          (WHEREUPON, at 12:25 p.m., the Court was in luncheon

        10    recess.)

        11                        *    *    *

        12

        13

        14                  REPORTER'S CERTIFICATE

        15

        16    I, Cathy Pepper, Certified Realtime Reporter, Registered
              Merit Reporter, Certified Court Reporter of the State of
        16    Louisiana, Official Court Reporter for the United States
        17    District Court, Eastern District of Louisiana, do hereby
              certify that the foregoing is a true and correct transcript to
        18    the best of my ability and understanding from the record of the
              proceedings in the above-entitled and numbered matter.

        19

        20                        *s/Cathy Pepper*
                                  Cathy Pepper, CRR, RMR, CCR
        21                        Certified Realtime Reporter
                                  Registered Merit Reporter
        22                        Official Court Reporter
                                  United States District Court
        23                        Cathy_Pepper@laed.uscourts.gov

        24

        25

                                **OFFICIAL TRANSCRIPT**

## $

**$10** [2] - 1097:2, 1097:10
**$300** [1] - 1030:11
**$60** [2] - 1015:8, 1017:1

## '

**'08** [2] - 1016:2, 1053:25
**'09** [9] - 1016:2, 1023:16, 1026:1, 1027:18, 1031:8, 1049:18, 1058:19, 1061:1, 1061:13
**'Common** [1] - 1044:2
**'The** [1] - 1045:9

## 0

**00001.094** [1] - 1079:13
**00001.107** [1] - 1100:24
**00001.108** [1] - 1103:23
**0001** [1] - 1002:9
**00093** [1] - 1037:10
**00268** [2] - 1044:19, 1060:21
**00296** [3] - 1123:5, 1123:25, 1125:6
**003715** [2] - 955:16, 956:19
**003733** [2] - 955:16, 956:19
**004019** [2] - 955:16, 956:19
**004135** [2] - 955:17, 956:19
**007520** [2] - 955:17, 956:20
**01742** [1] - 1005:19
**041063** [2] - 955:17, 956:20
**04220** [1] - 1052:20
**048** [1] - 1045:11
**06025.G** [1] - 1069:10
**06086** [1] - 1022:16

## 1

**1** [11] - 957:11, 961:15, 982:19, 994:6, 1018:2, 1036:3, 1045:18, 1049:25, 1058:2, 1073:24, 1123:9
**1.020** [1] - 962:17
**1.021** [1] - 979:20
**1.023** [1] - 957:17
**1.024** [1] - 961:6
**1.026** [1] - 958:1
**1.067** [1] - 988:11
**1.068** [1] - 989:17
**1.2.2** [1] - 1026:19
**10** [1] - 1072:3
**10-00** [1] - 1037:17
**10-MD-2179** [1] - 947:8
**100** [1] - 949:4
**1000** [2] - 953:4, 954:8
**1001** [1] - 952:19
**101** [1] - 949:8
**103** [1] - 996:10
**106** [2] - 1107:7, 1107:8
**1079** [1] - 955:7
**10:02** [1] - 1042:14
**11** [2] - 1073:14, 1077:6
**11/1/09** [1] - 1044:21
**1100** [1] - 952:15
**1110** [1] - 953:8
**1129** [1] - 955:9
**11:00** [1] - 1043:14
**11:03** [1] - 1074:23
**12** [2] - 1016:4, 1026:3
**1201** [2] - 952:4, 953:24
**1221** [1] - 953:18
**12:25** [2] - 1129:7, 1129:9
**13** [1] - 1051:7
**1308** [1] - 949:11
**1331** [1] - 954:4
**14** [1] - 1005:24
**1400** [14] - 968:12, 968:21, 970:4, 976:21, 1096:13, 1096:22, 1117:23, 1118:3, 1118:12, 1118:19, 1119:10, 1119:19, 1121:17, 1122:17
**14271** [1] - 950:18
**15** [2] - 1114:18, 1116:23
**15-minutes** [1] - 1042:12
**1601** [1] - 948:11
**1665** [1] - 954:4
**17** [1] - 1058:19
**1700** [1] - 953:24

**1734** [1] - 1053:21
**1741** [1] - 1055:25
**18** [2] - 1022:18, 1038:8
**181** [1] - 1002:9
**18360** [1] - 1106:9
**1885** [1] - 951:11
**19** [2] - 1038:18, 1114:14
**190** [3] - 958:6, 961:13, 989:19
**1917** [1] - 1049:4
**1919** [1] - 1013:24
**1955** [1] - 1104:12
**19th** [7] - 1081:15, 1082:17, 1083:12, 1089:9, 1091:9, 1091:15, 1096:1
**1:30** [1] - 1129:7

## 2

**2** [12] - 957:15, 977:12, 977:23, 1005:23, 1045:11, 1046:8, 1053:10, 1054:6, 1094:14, 1120:10, 1120:13, 1120:14
**2,000** [2] - 1108:8, 1108:13
**2.1** [1] - 1046:9
**2.4** [1] - 1038:9
**20** [16] - 947:6, 977:12, 981:12, 1021:10, 1021:25, 1022:3, 1049:11, 1049:24, 1056:11, 1056:18, 1072:24, 1073:22, 1074:6, 1097:5, 1109:23, 1126:3
**2000** [1] - 1098:24
**20004** [1] - 952:4
**20044** [3] - 950:13, 950:19, 950:24
**2008** [2] - 1016:20, 1031:6
**2009** [11] - 1005:24, 1014:2, 1016:21, 1018:2, 1019:4, 1022:18, 1050:9, 1053:18, 1056:11, 1056:18, 1069:24
**2010** [28] - 947:7, 1000:9, 1005:12, 1006:2, 1017:23, 1021:10, 1021:25, 1022:3, 1031:4, 1036:3, 1048:14, 1049:11, 1049:24,

**1069:20**, 1069:25, 1071:14, 1072:24, 1073:20, 1074:6, 1081:15, 1082:11, 1082:12, 1082:13, 1082:17, 1083:2, 1089:9, 1109:23, 1123:9
**2011** [5] - 1114:14, 1114:18, 1117:17, 1117:19, 1127:1
**2013** [2] - 947:9, 956:2
**2052** [3] - 1099:6, 1099:18, 1104:22
**2066** [1] - 988:11
**2067** [1] - 989:17
**20th** [10] - 1081:15, 1082:17, 1083:12, 1089:9, 1091:9, 1091:16, 1101:24, 1104:16, 1117:1, 1124:21
**21** [1] - 1117:1
**2130** [2] - 1107:9, 1107:13
**2138** [2] - 1105:11, 1105:15
**2140** [1] - 1107:15
**2141** [1] - 1103:19
**2149** [4] - 1108:1, 1108:2, 1108:8, 1108:15
**21722.001** [1] - 999:14
**2174** [1] - 966:10
**2195** [1] - 979:7
**22** [1] - 1041:10
**2211** [1] - 953:8
**2216** [1] - 949:22
**22ND** [1] - 948:19
**23** [2] - 1005:12, 1006:2
**23451** [1] - 948:19
**23rd** [1] - 1012:1
**25** [1] - 1104:11
**250** [2] - 1016:21, 1030:11
**25002** [1] - 1016:4
**26** [2] - 1003:16, 1010:6
**2615** [1] - 948:15
**26th** [1] - 1048:19
**27** [1] - 1105:11
**27-volt** [2] - 996:11, 996:17
**28** [4] - 947:9, 956:2, 1014:1, 1048:14
**280** [1] - 1107:11
**29** [1] - 1117:17
**2:10-CV-02771** [1] - 947:12

**2:10-CV-4536** [1] - 947:15

## 3

**3** [7] - 949:4, 961:15, 968:10, 1006:10, 1016:4, 1047:3, 1071:20
**3,142** [1] - 1095:13
**3.1** [2] - 1028:19, 1047:4
**3.1(d** [1] - 1007:22
**3.1(d)** [2] - 1007:13, 1008:14
**3.1.2** [1] - 1038:18
**3.3** [2] - 1060:21, 1061:4
**3.4** [1] - 1053:3
**3.4.1** [1] - 1041:10
**3.4.3** [1] - 1043:22
**30** [1] - 1117:19
**300** [2] - 952:8, 1016:21
**3140** [1] - 1096:3
**3300-foot** [1] - 967:18
**335** [1] - 952:23
**34** [2] - 1086:18, 1110:9
**3576** [1] - 1110:10
**35TH** [1] - 952:23
**36** [1] - 957:12
**36130** [1] - 951:6
**36604** [1] - 948:12
**3668** [1] - 948:4
**3700** [2] - 952:15, 952:19
**370021** [1] - 1120:16
**370022** [1] - 1118:2
**38** [1] - 961:15

## 4

**4** [8] - 947:20, 949:4, 958:2, 968:8, 975:10, 1056:6, 1079:13, 1102:25
**4.1** [1] - 1072:9
**4.3** [1] - 1095:17
**4.4-0002** [1] - 1005:20
**40** [1] - 977:23
**400** [1] - 1095:6
**4000** [1] - 954:8
**402** [1] - 948:19
**41** [1] - 981:20
**4188** [1] - 1048:13
**42** [3] - 1045:7, 1052:20, 1108:12

**43** [1] - 982:19
**4310** [1] - 949:18
**435** [1] - 949:8
**450** [1] - 950:5
**4500** [1] - 953:18
**46** [2] - 987:3, 1046:8
**4850** [1] - 1053:21
**4:30** [2] - 1043:5, 1043:11

**5**

**5** [7] - 982:19, 1007:3, 1023:17, 1053:24, 1095:8, 1103:22, 1127:1
**50** [4] - 1054:1, 1097:8, 1097:13, 1097:20
**500** [3] - 948:4, 951:5, 954:13
**5000** [2] - 951:22, 984:14
**504** [1] - 954:14
**51** [1] - 1047:3
**52** [1] - 1060:21
**52673** [1] - 1073:9
**5395** [1] - 950:6
**546** [1] - 953:12
**556** [1] - 948:4
**589-7779** [1] - 954:14
**5:00** [1] - 1043:9
**5:30** [1] - 1043:9

**6**

**6** [8] - 984:1, 1002:9, 1002:17, 1010:8, 1025:23, 1049:25, 1116:24, 1123:24
**600** [3] - 948:19, 948:22, 953:4
**601** [1] - 948:15
**60654** [1] - 952:9
**6090** [1] - 1018:1
**618** [1] - 949:15
**67** [1] - 1080:8
**68** [1] - 1081:25
**6:40** [6] - 976:14, 976:20, 977:7, 977:9, 980:2, 980:23

**7**

**7** [4] - 987:3, 987:5, 1095:8, 1098:19
**70** [1] - 1095:1
**700** [1] - 1095:6

**701** [2] - 951:16, 951:22
**70113** [1] - 948:8
**70130** [6] - 948:16, 948:23, 949:22, 951:16, 953:13, 954:14
**70139** [1] - 951:23
**70163** [1] - 952:15
**70360** [1] - 949:8
**70458** [1] - 949:12
**70502** [2] - 948:5, 953:5
**70801** [1] - 949:15
**70804** [1] - 951:12
**7316** [1] - 1120:17
**75270** [1] - 953:24
**7611** [1] - 950:12
**77002** [2] - 952:19, 954:9
**77006** [1] - 949:19
**77010** [2] - 953:18, 954:4
**77098** [1] - 953:8
**775** [1] - 1016:4
**78257** [1] - 949:5
**7:55** [1] - 1104:16
**7TH** [1] - 950:6

**8**

**8** [5] - 981:11, 981:20, 991:11, 1028:22, 1123:8
**820** [1] - 948:8
**84,000** [1] - 1108:14
**89** [2] - 1096:11, 1108:21
**8:00** [2] - 947:9, 982:1
**8:43** [1] - 1127:2
**8:52** [7] - 1099:19, 1104:23, 1105:5, 1124:20, 1125:1, 1125:21

**9**

**9** [2] - 1082:13, 1119:15
**90071** [1] - 952:24
**94005** [1] - 951:12
**94102** [1] - 950:6
**956** [1] - 955:16
**957** [2] - 955:5, 955:6
**96** [1] - 1014:17
**986.004** [1] - 985:19
**986.068** [1] - 976:5
**986.077** [2] - 977:4,

978:16
**9:01** [4] - 977:6, 977:13, 978:2, 979:2
**9:14** [2] - 977:6, 979:3
**9:27** [1] - 979:8
**9:30** [1] - 1107:9
**9:38** [5] - 979:25, 980:4, 1105:12, 1105:14, 1105:23
**9:40** [3] - 979:8, 982:1, 1107:15
**9:41** [3] - 980:18, 980:25, 981:20
**9:47** [1] - 1119:13
**9:49** [2] - 1108:1, 1108:8
**9TH** [1] - 948:22
**9th** [1] - 1082:11

**A**

**a.m** [3] - 1042:14, 1043:14, 1074:23
**A.M** [1] - 947:9
**abandon** [2] - 962:1, 1098:25
**abandonment** [4] - 966:12, 967:15, 969:24, 973:9
**Abbassian** [1] - 991:22
**ability** [5] - 984:8, 1003:4, 1018:19, 1129:18
**able** [13] - 965:10, 989:3, 989:6, 990:23, 991:2, 992:3, 998:21, 1019:1, 1071:9, 1078:3, 1087:15, 1094:20, 1105:20
**abnormalities** [1] - 1108:24
**abnormality** [1] - 1096:14
**aboard** [9] - 980:11, 984:7, 985:4, 987:8, 987:12, 991:3, 991:7, 992:11, 992:13
**above-entitled** [1] - 1129:18
**ABRAMSON** [1] - 948:14
**absolute** [6] - 1063:20, 1076:6, 1077:12, 1077:13, 1077:18, 1084:18
**absolutely** [3] - 964:9,

1054:2, 1070:9
**accept** [3] - 1058:14, 1080:22, 1088:2
**acceptable** [8] - 987:23, 987:25, 1059:3, 1059:10, 1059:14, 1059:18, 1086:23, 1087:8
**accepted** [2] - 961:17, 1058:13
**accepting** [1] - 1125:9
**access** [10] - 997:4, 997:8, 1004:9, 1011:3, 1011:12, 1011:18, 1011:23, 1011:24, 1012:2, 1114:24
**Accident** [2] - 1051:7, 1053:22
**accident** [37] - 998:6, 1002:10, 1006:7, 1006:23, 1011:5, 1011:8, 1011:9, 1012:5, 1012:14, 1012:16, 1013:1, 1013:4, 1015:23, 1019:8, 1027:12, 1027:14, 1027:19, 1027:20, 1033:25, 1035:7, 1035:18, 1042:3, 1046:5, 1051:10, 1051:24, 1052:21, 1054:2, 1054:9, 1054:12, 1077:22, 1090:4, 1090:6, 1093:10, 1093:13, 1094:7, 1102:11, 1102:22
**accident/hazard** [1] - 1075:18
**accidently** [1] - 988:21
**accidents** [1] - 1002:24
**accomplish** [2] - 1001:15, 1023:4
**accomplished** [1] - 1052:6
**accordance** [3] - 1007:11, 1045:21, 1046:1
**according** [13] - 974:2, 976:13, 977:14, 1002:17, 1034:9, 1056:1, 1056:24, 1060:11, 1061:12, 1107:10, 1124:9, 1125:2, 1125:5
**account** [2] - 1017:6, 1017:11

**accountabilities** [2] - 1038:10, 1038:14
**accountability** [2] - 1001:21, 1066:21
**accountable** [1] - 1045:16
**accumulation** [1] - 1092:11
**accurate** [8] - 976:13, 976:20, 992:14, 1027:17, 1030:14, 1030:19, 1125:19, 1127:12
**accurately** [2] - 996:24, 997:9
**achieved** [1] - 1006:18
**achieving** [2] - 1086:23, 1087:8
**acknowledged** [1] - 992:4
**acquire** [1] - 1067:19
**act** [4] - 960:17, 960:19, 1045:21, 1094:2
**acted** [1] - 1046:1
**ACTION** [1] - 947:8
**action** [7] - 1009:14, 1009:20, 1018:18, 1020:4, 1092:15, 1103:19, 1106:5
**actions** [10] - 980:14, 982:24, 1006:20, 1034:22, 1092:11, 1092:23, 1092:25, 1094:5, 1094:10
**activity** [6] - 1000:19, 1001:9, 1001:10, 1008:12, 1085:18
**actual** [3] - 977:8, 1022:17, 1059:16
**add** [1] - 1078:21
**addition** [2] - 1027:25, 1043:3
**additional** [1] - 1052:25
**address** [4] - 1025:6, 1027:7, 1039:6, 1063:21
**addressed** [2] - 982:15, 1026:7
**addresses** [1] - 1063:8
**addressing** [3] - 990:9, 1026:15, 1069:8
**adequate** [3] - 1046:12, 1046:17, 1058:18
**adherence** [1] - 1006:18

3

adhering [1] - 1000:25
adjust [1] - 1033:15
adjustments [2] - 1033:15
admitted [2] - 956:17, 956:20
ADMITTED................
........................ [1] - 955:18
adoption [1] - 1064:16
affect [3] - 963:16, 991:17, 1017:6
affiliates [1] - 1075:22
aft [2] - 988:12, 989:23
Aft [1] - 989:19
aggregate [3] - 1027:2, 1092:23, 1092:24
aggregates [1] - 1027:24
ago [4] - 994:9, 1010:8, 1014:6, 1053:22
agree [45] - 961:18, 973:10, 973:12, 987:14, 992:6, 993:3, 1006:21, 1018:16, 1021:13, 1021:16, 1023:25, 1025:22, 1026:16, 1027:4, 1027:8, 1027:17, 1027:22, 1029:10, 1029:14, 1036:23, 1036:24, 1037:8, 1041:2, 1041:8, 1045:2, 1053:24, 1054:3, 1054:4, 1063:11, 1064:20, 1064:21, 1068:22, 1069:6, 1069:9, 1070:3, 1070:17, 1071:2, 1074:12, 1076:5, 1076:7, 1077:13, 1081:22, 1108:5, 1127:22
agreed [2] - 1005:10, 1030:16
agreement [1] - 1078:4
ahead [10] - 958:22, 969:18, 1009:25, 1010:16, 1043:19, 1075:10, 1086:15, 1120:21, 1120:23, 1126:9
ain't [1] - 1084:13
AL [4] - 947:14, 947:16, 948:12, 951:6

ALABAMA [2] - 951:3
alarms [2] - 987:23, 987:24
ALEX [1] - 953:17
aligned [1] - 1050:15
all-inclusive [2] - 1024:15, 1024:23
ALLAN [1] - 951:15
allow [4] - 961:2, 1046:10, 1057:8, 1077:22
allowed [7] - 965:11, 994:17, 1013:13, 1046:15, 1089:10, 1093:1, 1098:12
almost [1] - 1042:8
altered [2] - 990:8
alternative [1] - 995:5
amended [3] - 1056:18, 1109:3, 1109:9
amendments [1] - 1109:11
AMERICA [3] - 947:15, 950:4, 951:20
AMERICAN [1] - 948:15
AMF [4] - 996:4, 996:8, 996:12, 996:20
amounts [1] - 984:17
analogy [1] - 1012:23
analysis [19] - 957:21, 961:3, 964:25, 974:14, 991:22, 1003:18, 1006:16, 1007:14, 1008:22, 1010:17, 1034:21, 1036:17, 1046:24, 1060:4, 1091:23, 1091:25, 1092:1, 1099:21
analyzation [1] - 1058:25
analyzed [4] - 958:10, 1033:5, 1033:18, 1058:14
AND [3] - 947:13, 952:12, 955:17
Anderson [1] - 1113:18
ANDREW [1] - 952:7
ANGELES [1] - 952:24
animation [4] - 985:21, 985:24, 1105:4, 1124:25
announcements [1] - 1042:18
annually [1] - 1071:16

annular [10] - 959:2, 965:3, 965:4, 965:5, 965:11, 967:7, 1087:24, 1091:15, 1096:16, 1099:2
annulus [3] - 964:22, 965:1, 1090:9
anomalies [3] - 977:6, 977:18, 1121:15
anomaly [10] - 968:24, 969:22, 969:25, 970:12, 971:1, 974:10, 976:14, 976:15, 976:20, 976:24
answer [9] - 969:16, 973:3, 974:5, 990:19, 998:3, 1010:21, 1035:1, 1057:7, 1067:22, 1077:2, 1097:11, 1105:20, 1115:9, 1115:21, 1126:21
answering [2] - 973:3, 990:17
ANTHONY [1] - 949:21
anticipated [3] - 1014:19, 1063:22, 1120:22
ANTONIO [1] - 949:5
anyplace [1] - 1020:3
apart [1] - 1110:1
APD [1] - 1089:10
apologies [1] - 1114:11
apologize [1] - 1056:10
appear [9] - 1005:20, 1014:18, 1024:21, 1050:20, 1053:20, 1087:2, 1124:18, 1124:23, 1124:24
APPEARANCES [7] - 948:1, 949:1, 950:1, 951:1, 952:1, 953:1, 954:1
appeared [5] - 1055:22, 1086:22, 1087:7, 1098:17, 1128:12
Appendix [1] - 1045:8
applauded [1] - 1024:20
applicable [2] - 1008:22, 1064:10
application [1] - 1032:3
applied [16] - 1006:17, 1011:17, 1022:1,

1024:16, 1024:24, 1027:1, 1030:24, 1034:11, 1043:23, 1051:2, 1051:4, 1054:22, 1068:13, 1072:23, 1072:24, 1076:12
applies [3] - 983:22, 1031:23, 1068:18
apply [11] - 1011:18, 1031:21, 1032:1, 1032:8, 1037:24, 1060:9, 1064:17, 1064:22, 1068:13, 1068:16, 1068:20
applying [4] - 1006:20, 1032:18, 1061:5, 1063:25
appreciate [4] - 1060:17, 1092:22, 1097:11, 1109:8
appreciation [1] - 1059:21
approach [4] - 1029:12, 1054:8, 1054:17, 1055:23
approaches [3] - 1023:22, 1033:9, 1050:5
appropriate [2] - 1006:20, 1067:16
approval [1] - 1074:1
Approval [1] - 1006:4
approve [4] - 1004:11, 1004:13, 1004:15, 1024:3
approved [1] - 1006:6
APRIL [1] - 947:6
April [23] - 1005:12, 1006:2, 1012:1, 1017:23, 1021:10, 1021:25, 1022:3, 1072:24, 1074:6, 1081:15, 1082:17, 1083:12, 1089:9, 1091:9, 1091:15, 1096:1, 1101:24, 1104:16, 1109:23, 1111:4, 1117:1, 1124:21
area [6] - 990:4, 1020:23, 1024:7, 1038:2, 1042:8, 1078:22
areas [12] - 988:15, 1002:18, 1003:16, 1004:7, 1004:21, 1019:18, 1020:6, 1039:15, 1039:17, 1072:10, 1072:23,

1089:20
argue [1] - 1081:2
arranged [1] - 1042:23
ARRELL [1] - 953:7
arrest [1] - 1075:8
arrow [1] - 1020:12
articulated [1] - 960:22
ASBILL [1] - 952:17
ashore [4] - 1102:8, 1102:12, 1102:21, 1104:2
aspects [3] - 1062:17, 1063:8, 1086:25
assess [4] - 1025:2, 1035:11, 1047:5, 1071:16
assessed [4] - 1047:8, 1047:18, 1067:18, 1087:2
assessing [5] - 1023:23, 1024:2, 1028:6, 1040:18, 1057:17
assessment [18] - 1000:16, 1022:25, 1023:9, 1023:22, 1025:1, 1028:3, 1028:14, 1029:12, 1036:12, 1049:15, 1053:4, 1053:16, 1054:8, 1054:16, 1068:1, 1068:2, 1070:13, 1070:17
Assessment [3] - 1023:2, 1044:1, 1047:4
assessments [2] - 1026:14, 1028:18
ASSET [1] - 947:13
asset [1] - 1027:25
assigning [1] - 1106:7
assistance [1] - 1003:15
Assistant [1] - 1074:1
associated [5] - 982:11, 983:18, 1003:5, 1064:18, 1065:18
assume [7] - 1029:1, 1040:5, 1058:10, 1085:10, 1093:17, 1093:25, 1106:15
assumes [1] - 967:14
assuming [8] - 1014:4, 1017:21, 1018:16, 1049:22, 1097:17, 1105:23, 1111:7, 1111:20
assurance [4] -

1000:19, 1001:10, 1002:22, 1050:21
**Assurance** [1] - 1050:17
**attached** [2] - 1022:24, 1053:12
**attachment** [3] - 1022:17, 1023:6, 1049:4
**attained** [1] - 999:12
**attempt** [6] - 1049:12, 1049:18, 1049:24, 1050:20, 1077:11, 1088:24
**attempted** [2] - 1013:18, 1095:10
**attempting** [1] - 1033:14
**attempts** [5] - 979:22, 1021:22, 1055:23, 1095:12, 1096:2
**attendance** [1] - 1123:10
**attention** [2] - 1016:18, 1116:23
**attorney** [1] - 1126:6
**Attorney** [1] - 1074:1
**ATTORNEY** [4] - 951:3, 951:4, 951:9, 951:11
**attorneys** [1] - 1123:10
**audit** [4] - 1002:4, 1002:5, 1002:6, 1002:7
**auditable** [2] - 1041:12, 1041:15
**audited** [1] - 1000:25
**auditing** [2] - 1000:18, 1001:9
**audits** [3] - 1002:1, 1002:2, 1002:3
**August** [1] - 1014:1
**authored** [1] - 1122:8
**Authority** [1] - 1014:12
**authority** [12] - 971:12, 1003:21, 1003:24, 1004:14, 1044:21, 1049:7, 1049:13, 1050:10, 1052:12, 1084:18
**authorization** [3] - 1013:25, 1014:5, 1015:6
**Authorization** [1] - 1014:24
**authorizes** [1] - 1014:8

**auto** [2] - 958:16, 959:5
**auto-fill** [2] - 958:16, 959:5
**automated** [2] - 987:24, 988:1
**automatic** [4] - 988:5, 989:11, 995:13, 996:3
**automatically** [2] - 989:11, 989:12
**available** [11] - 978:6, 991:14, 991:16, 992:2, 993:18, 994:2, 1012:15, 1028:17, 1083:4, 1099:24, 1102:17
**AVENUE** [5] - 948:8, 950:5, 951:5, 952:4, 952:23
**aware** [40] - 974:12, 982:13, 983:15, 983:16, 983:25, 989:15, 990:13, 997:21, 1007:25, 1015:12, 1015:14, 1020:24, 1021:2, 1021:3, 1021:6, 1021:7, 1021:9, 1028:7, 1031:4, 1031:13, 1031:17, 1039:10, 1044:14, 1057:25, 1060:3, 1061:20, 1062:1, 1073:5, 1073:6, 1073:10, 1082:24, 1083:8, 1089:8, 1089:11, 1101:11, 1101:13, 1102:2, 1102:16, 1116:16, 1116:17
**awareness** [2] - 983:20, 1031:8
**Azar** [4] - 1126:23, 1126:24, 1127:19, 1127:22

# B

**background** [3] - 1013:22, 1014:4, 1035:25
**backup** [2] - 992:25, 995:2
**bad** [4] - 1019:20, 1023:14, 1040:15, 1040:16
**balance** [1] - 1088:8
**ball** [2] - 958:16, 959:6
**ballpark** [4] - 1085:15,

1085:17, 1097:1, 1097:4
**bank** [1] - 996:11
**BARBIER** [1] - 947:22
**barrel** [1] - 1108:11
**barrels** [7] - 1095:8, 1095:17, 1107:11, 1107:16, 1108:8, 1108:13
**barrier** [11] - 959:17, 960:5, 960:7, 960:10, 960:17, 967:19, 1090:9, 1093:19, 1093:25, 1094:1, 1094:2
**barriers** [15] - 957:16, 993:16, 1002:25, 1017:10, 1041:1, 1057:13, 1062:8, 1063:6, 1065:21, 1066:25, 1075:19, 1090:12, 1091:11, 1092:9, 1093:5
**base** [1] - 1080:13
**based** [51] - 957:20, 958:18, 963:2, 964:4, 970:5, 970:14, 971:17, 973:12, 975:18, 976:17, 977:25, 978:10, 979:11, 980:6, 985:4, 989:16, 989:18, 989:24, 989:25, 992:16, 995:1, 997:8, 998:11, 998:21, 1014:4, 1018:7, 1020:17, 1031:1, 1031:25, 1035:11, 1036:11, 1043:25, 1044:2, 1044:9, 1044:12, 1044:25, 1050:19, 1050:24, 1053:5, 1067:11, 1067:16, 1067:25, 1084:7, 1084:16, 1092:9, 1092:10, 1098:3, 1099:21, 1103:7, 1117:4, 1117:7
**Based** [1] - 1095:3
**basic** [3] - 972:14, 1007:15, 1032:8
**basis** [5] - 1025:19, 1025:22, 1052:16, 1052:19, 1122:23
**Bates** [1] - 1120:16
**BATON** [2] - 949:15, 951:12
**battery** [3] - 996:11,

996:17, 996:18
**Baxter** [2] - 1031:13, 1073:12
**baxter's** [1] - 1031:17
**beach** [1] - 1013:12
**BEACH** [1] - 948:19
**bear** [1] - 998:22
**became** [2] - 985:11, 1017:19
**BECK** [2] - 953:15, 953:15
**becomes** [2] - 986:10, 986:18
**BEFORE** [1] - 947:22
**began** [6] - 962:25, 968:4, 981:23, 1098:25, 1125:2, 1125:7
**begin** [1] - 962:6
**beginning** [2] - 1042:19, 1125:21
**behalf** [1] - 956:13
**behave** [3] - 977:24, 977:25
**behaving** [1] - 1065:17
**behavior** [6] - 1017:14, 1034:13, 1034:17, 1035:11, 1036:19, 1066:22
**behaviors** [2] - 1017:17, 1066:20
**behind** [3] - 1011:8, 1011:9, 1078:5
**below** [10] - 964:21, 965:7, 965:12, 1037:25, 1045:14, 1045:15, 1095:18, 1099:7, 1105:24, 1111:7
**BEN** [1] - 950:24
**bench** [1] - 1043:16
**beneath** [1] - 1069:19
**benefit** [3] - 1080:10, 1080:21, 1123:7
**best** [8] - 966:5, 984:8, 1002:15, 1097:18, 1097:20, 1097:21, 1129:18
**better** [2] - 972:16, 1019:6
**between** [26] - 970:7, 970:15, 974:3, 979:13, 980:2, 994:20, 995:3, 1003:6, 1016:21, 1032:7, 1038:22, 1043:14, 1066:2, 1086:12, 1088:8, 1088:25, 1089:16,

1095:6, 1107:1, 1116:24, 1119:10, 1119:13, 1119:19, 1120:5, 1121:5, 1122:16
**beyond** [13] - 983:9, 984:21, 984:22, 987:25, 988:14, 988:22, 1012:6, 1012:14, 1013:20, 1065:2, 1083:5, 1088:10, 1121:1
**big** [6] - 1060:18, 1097:5, 1097:7, 1097:12, 1097:20, 1099:23
**bit** [8] - 990:16, 995:7, 1004:14, 1020:8, 1082:9, 1083:15, 1093:4, 1105:7
**black** [1] - 979:22
**bladder** [2] - 1096:16, 1097:23
**blame** [2] - 1093:17, 1106:7
**blew** [2] - 1096:3, 1096:4
**blind** [5] - 991:19, 992:18, 992:22, 993:19, 994:24
**blockage** [1] - 963:25
**blowout** [18] - 980:20, 982:7, 1010:19, 1021:15, 1040:9, 1055:3, 1055:14, 1059:21, 1061:15, 1062:22, 1063:6, 1063:23, 1064:18, 1092:12, 1107:21, 1107:22, 1107:24, 1108:2
**blue** [4] - 963:1, 996:11, 997:15, 1072:4
**BLY** [1] - 957:3
**Bly** [51] - 957:9, 957:11, 957:20, 1006:5, 1016:6, 1043:21, 1068:15, 1073:11, 1075:12, 1078:9, 1079:8, 1079:12, 1079:13, 1079:14, 1079:15, 1079:25, 1080:8, 1081:25, 1086:18, 1089:23, 1095:1, 1096:6, 1098:20, 1098:22, 1099:24, 1100:5, 1100:18, 1100:19, 1103:6,

1110:2, 1114:21, 1114:23, 1115:7, 1115:10, 1115:19, 1116:1, 1116:11, 1116:14, 1116:15, 1117:5, 1121:21, 1122:14, 1122:25, 1123:7, 1123:11, 1124:19, 1125:2, 1127:8, 1127:25, 1128:11

**BLY**............................ ................ [1] - 955:5

**boat** [3] - 985:5, 985:7, 987:17

**Bob** [1] - 1112:12

**BOCKIUS** [1] - 954:6

**body** [1] - 1095:23

**book** [3] - 1048:9, 1048:10, 1110:10

**BOP** [32] - 962:20, 963:11, 964:12, 965:1, 965:2, 967:15, 981:8, 984:13, 991:13, 991:14, 991:17, 991:19, 991:23, 992:2, 992:4, 992:18, 993:10, 994:21, 995:6, 995:18, 996:22, 996:23, 997:8, 997:22, 998:16, 1091:5, 1105:23, 1105:24, 1106:12, 1106:14, 1106:16, 1107:1

**BOPs** [2] - 966:8, 993:18

**boss** [1] - 1030:8

**bottle** [4] - 962:6, 972:16, 972:24, 984:12

**bottom** [22] - 957:20, 958:6, 959:9, 961:8, 961:9, 961:16, 966:12, 967:18, 979:4, 995:18, 1006:4, 1010:5, 1014:15, 1014:16, 1027:5, 1037:13, 1060:22, 1067:11, 1077:6, 1087:23, 1118:1

**BOULEVARD** [1] - 949:18

**BOUNDS** [1] - 948:10

**bowtie** [1] - 966:24

**box** [2] - 999:19, 1072:11

**BOX** [4] - 948:4, 950:12, 950:18, 951:12

**Box** [1] - 1072:3

**boxes** [2] - 1070:1, 1071:24

**BP** [110] - 947:16, 951:19, 951:20, 951:20, 956:13, 960:9, 962:3, 966:6, 970:7, 970:9, 970:15, 974:3, 975:20, 983:21, 983:24, 986:22, 989:14, 1001:19, 1002:15, 1005:15, 1006:4, 1006:11, 1007:10, 1010:16, 1011:5, 1011:11, 1011:14, 1012:10, 1012:13, 1013:2, 1016:19, 1018:18, 1019:7, 1021:1, 1021:8, 1028:2, 1028:14, 1028:20, 1028:25, 1029:1, 1029:11, 1030:17, 1032:7, 1032:19, 1033:2, 1034:10, 1036:10, 1036:16, 1036:20, 1038:22, 1039:13, 1040:7, 1043:25, 1044:10, 1045:20, 1045:23, 1046:9, 1047:4, 1047:6, 1047:9, 1047:19, 1048:24, 1050:17, 1050:19, 1050:20, 1051:21, 1053:4, 1054:8, 1054:17, 1058:24, 1061:4, 1061:13, 1064:11, 1064:12, 1064:21, 1073:4, 1073:13, 1074:17, 1082:3, 1082:15, 1082:22, 1082:24, 1083:10, 1083:16, 1083:17, 1084:5, 1084:7, 1084:9, 1085:11, 1085:14, 1086:4, 1086:5, 1086:8, 1086:21, 1087:10, 1088:4, 1089:18, 1091:25, 1104:18, 1106:10, 1114:7, 1116:5, 1116:24, 1116:25, 1117:4, 1120:4, 1128:1

**BP's** [20] - 959:11, 1001:12, 1008:18, 1011:16, 1011:17, 1012:1, 1012:2, 1017:14, 1032:1, 1038:19, 1064:22, 1089:10, 1089:14, 1097:21, 1098:1, 1122:15, 1123:9, 1123:11, 1123:13, 1126:12

**BP-HZN-CEC020351** [1] - 1120:4

**BP/Transocean** [1] - 1064:15

**BRAD** [1] - 952:22

**BRANCH** [3] - 950:4, 950:15, 950:22

**breadth** [1] - 1005:9

**break** [1] - 1042:7

**breaking** [1] - 1078:24

**BREIT** [2] - 948:18, 948:18

**BRENNAN** [1] - 952:17

**Brian** [2] - 1034:20, 1096:1

**BRIAN** [3] - 952:22, 969:12, 972:25

**bridge** [1] - 1063:3

**bridging** [2] - 1039:3, 1039:13

**brief** [2] - 985:21, 1094:15

**briefly** [6] - 957:18, 1002:2, 1060:20, 1064:23, 1096:11, 1107:9

**bring** [5] - 1049:18, 1051:22, 1054:25, 1076:9, 1077:25

**broad** [5] - 1002:18, 1003:16, 1008:11, 1010:5, 1031:1

**broader** [4] - 1010:2, 1010:14, 1013:2, 1039:22

**broadly** [1] - 1039:1

**BROCK** [2] - 952:3, 1075:2

**brought** [3] - 998:22, 1010:9, 1077:8

**bucks** [2] - 1085:16, 1085:21

**budget** [5] - 1014:8, 1015:16, 1016:1, 1017:2, 1030:11

**budgetary** [1] - 1017:15

**budgeted** [1] -

1015:10

**BUILDING** [2] - 948:15, 949:4

**built** [3] - 987:10, 996:12, 998:1

**bullet** [2] - 1080:3, 1094:18

**bullets** [1] - 1094:19

**bunch** [1] - 1123:15

**BURLING** [1] - 952:3

**business** [3] - 1046:11, 1046:15, 1071:22

**button** [2] - 1012:23, 1013:9

**BY** [63] - 947:5, 948:3, 948:7, 948:11, 948:14, 948:18, 948:22, 949:3, 949:7, 949:11, 949:14, 949:18, 949:21, 950:5, 950:10, 950:16, 950:22, 951:4, 951:10, 951:15, 951:21, 952:3, 952:7, 952:14, 952:18, 952:22, 953:3, 953:7, 953:12, 953:15, 953:22, 954:3, 954:7, 954:16, 954:17, 955:6, 955:8, 957:8, 960:3, 969:14, 969:19, 973:6, 979:1, 990:22, 1016:17, 1018:24, 1043:20, 1059:9, 1061:3, 1072:8, 1072:20, 1075:11, 1077:5, 1079:7, 1079:24, 1085:8, 1099:10, 1100:15, 1116:9, 1121:19, 1122:24, 1126:11, 1128:9

**bypass** [1] - 1094:21

---

# C

**C352** [1] - 1043:1

**CA** [2] - 950:6, 952:24

**cabin** [1] - 978:8

**cables** [5] - 994:20, 995:3, 995:12, 995:17

**Calculated** [2] - 1104:24, 1105:14

**calculated** [1] - 1108:7

**calculations** [1] - 1107:10

**CALDWELL** [1] - 951:10

**CALLED** [1] - 956:4

**CAMERON** [1] - 953:11

**Cameron** [2] - 997:20, 997:22

**CAMP** [1] - 951:16

**Campbell** [1] - 1070:22

**cannot** [2] - 1025:12, 1064:17

**Canyon** [1] - 1014:2

**capable** [1] - 973:2

**capacity** [2] - 986:12, 1127:25

**capture** [1] - 1101:23

**captured** [2] - 1028:1, 1101:8

**car** [1] - 998:6

**care** [1] - 1097:13

**careful** [2] - 1082:19

**CARL** [1] - 947:22

**Carl** [2] - 1014:1, 1014:15

**CARONDELET** [2] - 948:22, 953:12

**CARRIE** [1] - 952:7

**CASE** [2] - 947:12, 947:15

**case** [23] - 956:23, 965:5, 970:12, 971:10, 984:14, 991:8, 992:5, 997:20, 1015:3, 1025:18, 1031:7, 1033:24, 1034:2, 1035:14, 1053:9, 1060:5, 1063:18, 1068:19, 1084:19, 1090:14, 1106:9, 1110:10, 1127:8

**casing** [13] - 957:24, 958:6, 959:2, 959:9, 966:12, 966:19, 973:15, 1062:9, 1063:7, 1081:14, 1083:12, 1087:23, 1095:13

**catastrophe** [1] - 999:3

**catch** [3] - 1066:19, 1066:22, 1106:2

**catches** [1] - 1094:1

**categories** [3] - 1071:5, 1071:22, 1071:23

**category** [2] -

1057:24, 1058:2
**Cathy** [3] - 1043:12, 1129:15, 1129:20
**CATHY** [1] - 954:12
**Cathy_Pepper@laed.uscourts.gov** [1] - 1129:23
**cathy_pepper@laed.uscourts.gov** [1] - 954:15
**caught** [3] - 1067:7, 1094:10, 1103:15
**causal** [2] - 1010:3, 1046:4, 1093:7
**causation** [1] - 1093:11
**caused** [5] - 1017:16, 1054:12, 1073:17, 1096:15, 1096:23
**causes** [6] - 1007:15, 1009:1, 1009:7, 1009:11, 1009:21, 1010:7
**CCR** [2] - 954:12, 1129:20
**CEC020351** [1] - 1120:4
**cement** [68] - 958:24, 959:4, 959:5, 959:6, 959:7, 959:8, 959:11, 959:12, 959:15, 959:23, 960:4, 960:8, 960:14, 960:15, 960:16, 961:1, 961:4, 961:5, 961:12, 962:13, 966:11, 966:15, 966:19, 967:16, 967:19, 968:2, 968:6, 1062:9, 1080:3, 1080:4, 1081:13, 1081:17, 1081:21, 1082:6, 1083:20, 1083:23, 1084:1, 1084:11, 1084:12, 1084:13, 1084:21, 1085:9, 1086:22, 1086:24, 1086:25, 1087:10, 1087:15, 1087:21, 1088:2, 1088:5, 1088:12, 1088:13, 1089:2, 1089:4, 1089:8, 1089:12, 1090:9, 1091:15, 1093:16, 1093:18, 1093:25, 1094:2, 1094:6, 1095:16
**cemented** [1] - 966:13

**cementers** [1] - 962:4
**cementing** [2] - 1082:6, 1087:14
**center** [1] - 967:4
**CENTER** [1] - 953:17
**central** [1] - 1015:4
**centralize** [2] - 1050:21, 1051:22
**centralized** [1] - 1028:6
**centralizes** [1] - 1058:25
**CENTRE** [1] - 952:14
**CEO** [3] - 999:4, 999:21, 1073:11
**CERNICH** [1] - 950:10
**certain** [3] - 1008:1, 1041:24, 1053:19
**certainly** [11] - 965:13, 975:8, 982:4, 1034:9, 1040:16, 1046:24, 1059:17, 1066:3, 1066:11, 1071:4, 1098:5
**certainty** [1] - 961:3
**CERTIFICATE** [1] - 1129:14
**certified** [2] - 998:10, 998:12
**Certified** [3] - 1129:15, 1129:16, 1129:21
**CERTIFIED** [1] - 954:12
**certify** [1] - 1129:17
**chain** [7] - 1003:23, 1064:2, 1092:11, 1093:7, 1093:10, 1094:8, 1128:18
**CHAKERES** [1] - 950:12
**chance** [1] - 1119:1
**CHANG** [1] - 950:11
**change** [9] - 1003:21, 1010:11, 1057:11, 1082:9, 1093:14, 1109:9, 1109:14, 1128:13
**changed** [4] - 999:16, 1056:18, 1059:12, 1109:3
**changes** [12] - 977:14, 999:4, 999:10, 999:11, 999:18, 999:22, 1000:1, 1003:18, 1004:6, 1004:11, 1004:16, 1004:20
**changing** [1] - 999:9
**characterization** [1] -

1085:6
**charge** [3] - 996:10, 996:17, 996:18
**chase** [1] - 1087:6
**CHASE** [1] - 953:4
**check** [4] - 958:23, 1034:10, 1094:21, 1119:16
**cheese** [6] - 1090:5, 1091:24, 1092:2, 1092:24, 1093:5, 1128:12
**CHICAGO** [1] - 952:9
**chief** [2] - 1059:2, 1074:8
**child** [1] - 1054:12
**choice** [2] - 1013:17, 1013:19
**chose** [1] - 1010:1
**Chris** [1] - 1114:17
**circulate** [1] - 1087:23
**circulated** [1] - 956:14
**circulating** [4] - 959:6, 1086:23, 1087:9, 1088:9
**circulation** [4] - 1095:10, 1095:12, 1095:13, 1095:16
**circumstances** [1] - 963:12
**CIVIL** [3] - 947:8, 950:4, 950:15
**clarify** [3] - 978:15, 1026:23, 1118:17
**clarifying** [1] - 981:4
**clarion** [1] - 1003:23
**CLC** [1] - 1008:18
**clear** [15] - 969:10, 970:4, 979:12, 985:11, 1007:24, 1009:23, 1035:25, 1038:10, 1038:13, 1045:20, 1045:25, 1047:24, 1103:11, 1118:11, 1118:19
**clearly** [7] - 978:21, 992:9, 1008:8, 1008:20, 1020:18, 1047:25, 1053:7
**CLERK** [6] - 956:7, 1042:13, 1042:15, 1074:22, 1074:24, 1129:8
**Clerk** [1] - 957:5
**CLINGMAN** [1] - 952:18
**clip** [20] - 1098:19, 1098:23, 1099:9, 1099:17, 1109:16, 1109:17, 1112:3,

1112:4, 1112:5, 1114:10, 1114:11, 1114:14, 1116:21, 1116:22, 1117:13, 1117:14, 1117:20, 1121:18, 1126:25, 1127:4
**clogged** [2] - 963:21, 965:17
**close** [15] - 960:1, 964:22, 965:6, 980:5, 991:19, 992:18, 992:23, 992:25, 994:13, 1004:2, 1004:18, 1050:8, 1096:4, 1126:2
**closed** [6] - 959:3, 964:3, 964:7, 965:7, 966:23, 969:2
**closely** [1] - 962:16
**closes** [2] - 967:8, 988:3
**closing** [1] - 994:24
**collar** [9] - 959:21, 959:22, 1090:11, 1090:13, 1090:16, 1094:21, 1095:5, 1095:11, 1096:2
**colleague** [5] - 1082:1, 1086:19, 1094:18, 1095:2, 1096:11
**colleague's** [1] - 1080:9
**collective** [1] - 1088:23
**collectively** [1] - 1102:19
**colloquial** [1] - 1122:8
**colloquially** [2] - 1090:5, 1090:7
**colors** [1] - 1071:23
**column** [1] - 967:18
**combination** [1] - 960:16
**comfortable** [2] - 979:16, 1084:17
**coming** [8] - 959:4, 984:15, 986:3, 1075:7, 1107:23, 1108:4, 1115:9, 1117:18
**commence** [2] - 1048:22, 1048:23
**comment** [1] - 1063:7
**COMMERCIAL** [1] - 950:22
**commercial** [1] - 1029:3

**committee** [6] - 1031:11, 1031:18, 1031:19, 1073:12, 1074:7
**common** [9] - 973:22, 975:24, 975:25, 1026:10, 1026:24, 1027:10, 1029:16, 1053:6
**Common** [1] - 1044:13
**commonly** [2] - 958:3, 974:19
**communicate** [1] - 995:6
**communicating** [1] - 1019:21
**communication** [4] - 994:20, 995:3, 1032:6, 1033:3
**communications** [1] - 1116:24
**community** [1] - 1032:24
**companies** [2] - 970:22, 1092:18
**companies'** [1] - 1114:23
**COMPANY** [1] - 951:20
**company** [19] - 965:22, 1000:5, 1000:7, 1000:14, 1000:19, 1001:8, 1002:8, 1015:23, 1031:4, 1032:9, 1037:24, 1054:21, 1057:1, 1059:3, 1069:15, 1076:23, 1077:7, 1077:23, 1077:24
**compare** [1] - 1032:13
**compared** [4] - 1033:5, 1033:19, 1034:24, 1039:13
**comparing** [1] - 1033:12
**compatibility** [1] - 1080:14
**competence** [1] - 1065:5
**competency** [6] - 982:24, 983:13, 1046:21, 1046:24, 1067:1, 1067:18
**competent** [7] - 983:6, 1046:12, 1046:16, 1046:25, 1067:24, 1068:6, 1125:12
**COMPLAINT** [1] -

947:13
**complete** [2] - 967:14, 1034:7
**completed** [1] - 996:9
**completely** [1] - 1077:15
**Completion** [2] - 1016:22, 1061:21
**completion** [1] - 969:24
**Completion's** [1] - 1023:8
**Completions** [37] - 1013:22, 1016:2, 1016:20, 1017:22, 1018:18, 1019:4, 1020:3, 1021:23, 1022:7, 1024:1, 1024:17, 1025:13, 1027:6, 1027:18, 1030:22, 1035:13, 1040:24, 1041:12, 1044:12, 1045:1, 1045:16, 1046:14, 1047:8, 1049:6, 1050:22, 1051:15, 1051:23, 1052:9, 1052:14, 1053:11, 1055:17, 1062:2, 1062:5, 1062:20, 1067:13, 1068:17, 1076:12
**completions** [1] - 1043:24
**complex** [2] - 1074:4, 1074:9
**complicated** [1] - 1055:11
**complied** [2] - 1034:23, 1036:21
**complies** [1] - 1024:17
**comply** [1] - 1038:21
**component** [3] - 991:19, 992:18, 1064:15
**components** [4] - 962:20, 997:15, 1046:19, 1047:13
**comprehensive** [7] - 1007:15, 1035:16, 1039:14, 1041:19, 1041:21, 1045:13, 1046:22
**comprehensively** [1] - 1046:18
**compression** [1] - 1096:16
**COMPUTER** [1] - 954:17

**computers** [1] - 1102:23
**conceived** [1] - 1055:13
**concentrated** [1] - 993:24
**concept** [1] - 1096:19
**concern** [13] - 970:14, 970:15, 1016:19, 1019:7, 1019:8, 1019:13, 1027:18, 1030:13, 1066:4, 1087:9, 1087:12, 1089:20
**concerned** [2] - 1088:1, 1088:2
**concerning** [2] - 1048:1, 1053:1
**concerns** [2] - 1071:22, 1089:14
**conclude** [4] - 977:2, 1004:20, 1023:14, 1082:22
**concluded** [23] - 964:2, 968:16, 969:20, 986:21, 992:16, 994:5, 996:15, 998:14, 1012:24, 1030:4, 1038:17, 1055:22, 1090:15, 1092:14, 1096:20, 1099:9, 1103:18, 1104:13, 1104:19, 1112:3, 1114:10, 1117:13, 1121:18
**concludes** [2] - 968:9, 980:16
**concluding** [1] - 960:20
**conclusion** [20] - 960:16, 960:19, 963:19, 964:4, 969:17, 977:15, 985:15, 992:3, 994:22, 996:20, 1003:3, 1036:18, 1047:16, 1047:20, 1047:23, 1082:15, 1084:25, 1103:7, 1103:14, 1103:17
**conclusions** [6] - 979:19, 994:4, 1012:7, 1047:21, 1066:14, 1092:25
**concur** [1] - 1118:23
**condition** [8] - 967:4, 973:16, 981:8, 981:10, 995:9, 997:14, 1099:3,

1121:3
**conditions** [4] - 982:22, 996:4, 1030:5, 1034:1
**conduct** [4] - 965:8, 974:13, 1010:16, 1023:21
**conducted** [1] - 967:9
**confident** [1] - 1060:17
**confirm** [4] - 1072:21, 1073:10, 1082:13, 1127:10
**confirmed** [1] - 1082:4
**conform** [4] - 1045:11, 1050:3, 1069:13, 1069:22
**conformance** [1] - 1064:16
**confused** [2] - 1126:13, 1126:16
**Congress** [1] - 1069:1
**connected** [1] - 986:5
**CONRAD** [1] - 949:7
**conscious** [1] - 1031:21
**consequence** [4] - 1040:14, 1057:19, 1058:25, 1061:15
**consequences** [5] - 1051:25, 1057:20, 1057:23, 1060:5, 1066:23
**consider** [3] - 960:10, 1064:12, 1125:10
**considered** [10] - 988:19, 1046:4, 1047:12, 1058:17, 1065:21, 1082:5, 1098:15, 1104:13, 1106:1, 1115:22
**considering** [1] - 1065:22
**consistency** [3] - 1049:18, 1049:20, 1051:22
**consistent** [10] - 1026:22, 1044:4, 1047:5, 1047:19, 1049:16, 1050:22, 1053:16, 1054:8, 1054:17, 1055:23
**consistently** [4] - 1024:16, 1024:24, 1027:1, 1047:9
**console** [1] - 978:8
**constantly** [1] - 1071:1
**consult** [2] - 1115:12, 1115:16

**consultation** [1] - 1122:12
**consulted** [1] - 1108:23
**contact** [1] - 960:24
**contain** [1] - 1069:18
**contained** [5] - 990:4, 1055:15, 1055:16, 1105:24, 1117:10
**containment** [1] - 1090:25
**contains** [1] - 1048:1
**contamination** [3] - 960:15, 1080:2, 1087:1
**context** [4] - 957:19, 961:7, 1016:11, 1025:15
**continually** [2] - 1063:22, 1070:20
**continue** [4] - 975:5, 1008:14, 1012:8, 1042:17
**CONTINUED** [7] - 949:1, 950:1, 951:1, 952:1, 953:1, 954:1, 955:6
**continued** [1] - 1099:5
**Continued** [1] - 957:7
**continues** [1] - 1001:3
**continuing** [1] - 1012:6
**continuously** [1] - 975:21
**contractor** [11] - 1002:21, 1003:13, 1010:13, 1031:15, 1031:21, 1031:22, 1031:24, 1032:4, 1032:10, 1068:21, 1084:12
**contractor's** [2] - 1032:12, 1033:13
**contractor-owned** [1] - 1031:15, 1032:4
**contractors** [1] - 1038:23
**contracts** [1] - 1033:15
**contractual** [1] - 1038:22
**contribute** [1] - 1010:19
**contributed** [4] - 1012:13, 1030:5, 1092:12, 1098:6
**control** [36] - 972:14, 973:23, 973:24, 980:17, 982:22, 982:25, 983:8,

983:12, 992:6, 992:15, 996:9, 1034:3, 1040:9, 1040:10, 1040:13, 1051:11, 1051:14, 1058:3, 1058:6, 1059:13, 1060:17, 1061:7, 1062:6, 1062:8, 1063:4, 1063:10, 1064:18, 1064:20, 1088:15, 1090:23, 1094:5, 1100:4, 1106:5, 1106:6, 1128:17, 1128:18
**controlling** [1] - 1038:9
**controls** [2] - 1057:13, 1058:17
**convene** [1] - 1011:15
**conversation** [9] - 1044:25, 1111:14, 1119:14, 1119:22, 1121:10, 1122:16, 1125:7, 1126:1, 1126:18
**conversations** [1] - 1121:24
**converse** [1] - 969:6
**conversion** [3] - 958:14, 1095:5, 1095:18
**convert** [2] - 1094:22, 1096:2
**converted** [2] - 958:15, 1031:6
**conveying** [1] - 1124:18
**coordinate** [1] - 1078:17
**coordinators** [1] - 1026:25
**copy** [3] - 1022:25, 1066:9, 1110:8
**COREY** [1] - 951:4
**cork** [4] - 962:6, 972:16, 972:24, 984:12
**CORPORATE** [1] - 949:8
**CORPORATION** [1] - 953:11
**correct** [165] - 957:25, 958:3, 958:4, 958:12, 958:15, 958:17, 959:7, 959:14, 960:18, 961:4, 961:13, 961:22, 962:23, 962:24, 963:4,

963:17, 964:18, 966:7, 966:16, 967:20, 968:1, 968:23, 968:24, 970:1, 970:7, 970:16, 971:8, 971:13, 971:22, 971:24, 972:12, 972:24, 973:23, 974:2, 975:23, 976:7, 976:17, 976:19, 977:10, 978:3, 978:7, 979:3, 979:23, 980:1, 981:19, 982:7, 982:24, 985:4, 986:1, 986:7, 986:20, 987:1, 987:8, 987:13, 988:7, 988:17, 989:1, 989:19, 990:11, 990:25, 991:4, 991:5, 991:23, 992:7, 992:21, 993:2, 994:12, 994:21, 994:25, 995:19, 998:11, 1000:5, 1002:13, 1004:8, 1004:23, 1004:24, 1005:3, 1005:17, 1006:6, 1006:14, 1006:15, 1007:5, 1007:17, 1009:4, 1009:19, 1011:13, 1011:15, 1015:20, 1018:13, 1021:11, 1024:20, 1027:7, 1027:13, 1030:3, 1031:11, 1033:21, 1034:14, 1035:12, 1035:23, 1036:22, 1038:24, 1040:14, 1040:19, 1040:24, 1041:5, 1047:1, 1051:16, 1052:18, 1053:8, 1053:18, 1054:18, 1054:19, 1058:3, 1058:11, 1058:15, 1063:17, 1064:5, 1066:6, 1066:22, 1068:17, 1070:8, 1072:5, 1077:12, 1081:15, 1081:17, 1084:6, 1084:14, 1084:22, 1084:24, 1085:11, 1085:21, 1085:25, 1087:20, 1089:16, 1090:19, 1090:21, 1090:22, 1091:1,

1091:2, 1091:3, 1091:5, 1091:20, 1094:9, 1097:2, 1097:24, 1098:4, 1099:11, 1100:1, 1101:20, 1101:24, 1102:14, 1104:20, 1105:16, 1105:17, 1107:3, 1109:13, 1109:20, 1109:23, 1109:24, 1110:19, 1110:20, 1112:8, 1112:17, 1114:9, 1129:17
**corrective** [3] - 1006:20, 1009:14, 1009:20
**correctly** [17] - 962:9, 962:21, 991:21, 992:3, 1000:12, 1068:15, 1071:2, 1071:21, 1080:16, 1082:7, 1087:4, 1094:4, 1094:7, 1094:23, 1095:19, 1096:24, 1105:1
**correlate** [1] - 976:18
**correspond** [1] - 1072:9
**correspondingly** [1] - 1071:23
**Corser** [4] - 1052:23, 1123:19, 1124:7, 1125:9
**cost** [7] - 1014:17, 1014:20, 1017:6, 1017:19, 1058:22, 1085:10, 1085:15
**costs** [3] - 1015:7, 1059:1, 1059:13
**counsel** [6] - 1101:19, 1123:12, 1123:13, 1126:12, 1126:14, 1127:10
**counsel's** [1] - 1115:9
**count** [2] - 1080:21, 1080:22
**counting** [1] - 1080:21
**couple** [5] - 1004:3, 1005:14, 1039:12, 1042:18, 1047:21
**coupled** [1] - 968:11
**course** [3] - 984:20, 1056:21, 1091:18
**court** [4] - 1043:13, 1073:4, 1073:23, 1127:2
**Court** [11] - 957:1, 958:20, 1042:14, 1074:23, 1104:8,

1129:9, 1129:16, 1129:16, 1129:17, 1129:22, 1129:22
**COURT** [54] - 947:1, 954:12, 956:4, 956:8, 956:10, 956:16, 956:22, 959:20, 969:18, 973:2, 978:14, 978:18, 978:20, 978:25, 1016:12, 1018:23, 1042:10, 1042:12, 1042:16, 1059:6, 1060:23, 1061:2, 1072:12, 1072:16, 1074:18, 1074:25, 1075:3, 1075:7, 1076:15, 1077:1, 1078:10, 1078:12, 1078:23, 1079:2, 1100:9, 1100:14, 1114:25, 1115:3, 1115:6, 1115:21, 1115:24, 1116:3, 1116:5, 1122:19, 1126:2, 1126:9, 1126:21, 1127:6, 1127:10, 1127:16, 1127:20, 1128:3, 1128:7, 1129:6
**Court's** [1] - 1078:22
**courtroom** [4] - 1042:22, 1042:23, 1043:1, 1043:11
**cover** [3] - 1002:17, 1044:19, 1064:24
**covered** [3] - 985:2, 987:4, 989:23
**COVINGTON** [1] - 952:3
**Cowie** [7] - 1116:18, 1116:23, 1117:15, 1117:17, 1117:18, 1120:2, 1121:22
**CRAFT** [1] - 949:3
**create** [4] - 965:7, 968:19, 975:5, 1024:23
**created** [5] - 974:16, 975:5, 999:3, 999:4, 999:12
**crew** [34] - 962:3, 967:24, 968:5, 968:13, 970:25, 971:11, 972:12, 972:21, 975:16, 975:20, 975:22, 976:24, 977:25, 978:5, 980:2,

980:23, 981:2, 982:20, 982:23, 983:5, 983:13, 983:18, 986:24, 986:25, 987:18, 992:25, 995:12, 1095:11, 1096:13, 1096:19, 1098:25, 1106:10, 1108:23
**critical** [15] - 962:8, 969:25, 970:3, 973:10, 982:20, 987:19, 987:20, 992:14, 997:15, 1009:2, 1033:18, 1061:18, 1061:19, 1063:15, 1073:8
**critically** [1] - 1087:2
**critique** [1] - 1032:19
**CROSS** [4] - 955:6, 955:7, 957:7, 1079:6
**CROSS-EXAMINATION** [4] - 955:6, 955:7, 957:7, 1079:6
**CRR** [2] - 954:12, 1129:20
**cry** [1] - 1018:12
**culture** [5] - 1017:22, 1018:12, 1018:17, 1019:14, 1020:19
**cumulative** [2] - 1107:11, 1107:16
**CUNNINGHAM** [2] - 948:10, 948:11
**current** [4] - 1023:22, 1069:14, 1069:16
**Curtis** [2] - 1018:4, 1021:7
**cut** [6] - 965:6, 988:16, 1016:1, 1016:21, 1030:11, 1087:6
**cutoffs** [1] - 988:19
**cutting** [1] - 1017:6

| **D** |
|---|

**D&C** [29] - 1021:4, 1021:13, 1023:4, 1023:18, 1027:24, 1028:1, 1029:9, 1030:3, 1031:7, 1032:24, 1041:5, 1041:15, 1041:25, 1043:25, 1044:10, 1044:20, 1045:8, 1046:14, 1047:16, 1048:17, 1048:21, 1048:24, 1049:1,

1050:15, 1050:18, 1051:10, 1052:15, 1053:5, 1066:5
**D-2019** [1] - 962:17
**D-2020** [1] - 979:20
**D-2025** [1] - 958:1
**D-2123** [1] - 985:19
**D-2174** [1] - 966:10
**D-2185** [1] - 976:5
**D-2194** [2] - 978:19, 979:2
**D-2670** [1] - 999:14
**D-2916** [1] - 1068:14
**D-2O22** [1] - 957:17
**D-3514.006** [1] - 1099:17
**D-3568** [1] - 1117:16
**D-3569** [1] - 1117:18
**D-3571** [1] - 1114:12
**D-3574** [1] - 1114:18
**D-3584** [1] - 1090:1
**D-3584.001** [1] - 1128:11
**D-4363** [2] - 955:17, 956:20
**Daigle** [2] - 1109:16, 1114:13
**DAIGLE** [1] - 1114:13
**daily** [1] - 957:19
**DALLAS** [1] - 953:24
**damage** [5] - 1054:11, 1054:13, 1059:2, 1059:15, 1061:11
**damaged** [4] - 994:19, 994:23, 995:4, 995:13
**dampers** [2] - 988:4, 989:12
**dangerous** [4] - 982:7, 982:10, 1025:4, 1057:3
**DANIEL** [1] - 950:22
**data** [32] - 964:5, 966:5, 966:9, 977:8, 980:17, 989:18, 1020:17, 1066:13, 1100:7, 1101:1, 1101:4, 1101:5, 1101:13, 1101:16, 1101:23, 1102:7, 1102:8, 1102:13, 1102:16, 1102:17, 1102:19, 1102:20, 1102:22, 1103:1, 1103:7, 1103:8, 1103:9, 1103:15, 1103:16, 1103:25, 1104:1
**date** [5] - 1005:23, 1015:23, 1022:2,

1060:23, 1127:1
**dated** [8] - 1022:18, 1023:16, 1044:20, 1049:11, 1053:24, 1060:25, 1114:13, 1114:17
**DAUPHIN** [1] - 948:11
**Dave** [2] - 1048:14, 1049:1
**DAVID** [2] - 953:15, 953:16
**DAY** [1] - 947:20
**days** [5] - 1005:14, 1014:6, 1085:20, 1085:23
**DC** [4] - 950:13, 950:19, 950:24, 952:4
**deal** [9] - 984:8, 990:10, 991:8, 996:13, 1003:4, 1058:1, 1062:22, 1063:22, 1065:18
**dealing** [4] - 1019:25, 1024:2, 1060:2, 1096:10
**deals** [2] - 1039:19, 1059:12
**dealt** [2] - 1040:23, 1070:5
**DEANNA** [1] - 950:11
**death** [1] - 1059:15
**deaths** [4] - 1073:14, 1073:17, 1077:24, 1128:23
**December** [2] - 1021:4, 1127:1
**decide** [1] - 1125:17
**decided** [6] - 1084:6, 1084:8, 1112:6, 1112:9, 1112:10, 1112:11
**decision** [15] - 1031:14, 1031:21, 1047:12, 1066:23, 1084:15, 1086:2, 1086:3, 1086:5, 1086:7, 1086:10, 1086:14, 1098:2, 1098:6, 1098:7
**decisions** [5] - 989:1, 1017:18, 1065:23, 1066:20, 1067:16
**deck** [3] - 988:6, 988:12, 989:23
**Deck** [1] - 989:19
**deep** [2] - 1011:10, 1059:21
**deep-rooted** [1] - 1011:10

**deepen** [1] - 1011:7
**deeper** [1] - 961:3
**deeply** [1] - 1088:10
**DEEPWATER** [3] - 947:6, 952:12, 952:13
**Deepwater** [9] - 980:11, 987:15, 991:23, 998:16, 1032:2, 1083:21, 1092:8, 1093:1, 1109:23
**deepwater** [9] - 982:9, 1003:5, 1025:4, 1054:1, 1061:15, 1074:4, 1074:10, 1075:21, 1083:20
**defendant** [2] - 1073:25, 1075:22
**defendant's** [2] - 1075:16, 1075:18
**defense** [3] - 992:5, 992:9, 995:4
**defensive** [1] - 1002:25
**deficiencies** [5] - 1033:20, 1067:7, 1068:24, 1069:4, 1076:11
**define** [1] - 1038:7
**defined** [5] - 1002:7, 1005:16, 1038:22, 1048:22, 1107:22
**Defined** [1] - 1037:19
**defines** [1] - 1062:3
**defining** [2] - 1038:9, 1062:6
**definitely** [2] - 1089:18, 1106:11
**definition** [3] - 1061:22, 1075:13, 1108:3
**definitive** [2] - 964:9, 965:19
**definitively** [1] - 965:11
**DEGRAVELLES** [2] - 949:14, 949:14
**delay** [4] - 1085:2, 1085:11, 1085:13, 1085:21
**delayed** [1] - 1085:4
**DELEMARRE** [1] - 950:16
**deliver** [2] - 1046:10, 1046:15
**delivery** [1] - 1015:15
**demonstrate** [2] - 982:24, 1010:3
**demonstrative** [10] -

978:16, 978:18, 978:21, 978:22, 979:2, 988:11, 989:17, 1114:12, 1114:15
**DENISE** [1] - 954:7
**density** [3] - 1086:24, 1087:9, 1088:9
**deny** [1] - 1077:15
**DEPARTMENT** [4] - 950:4, 950:8, 950:15, 950:21
**depicted** [3] - 980:18, 1103:1, 1103:16
**deployment** [2] - 1046:11, 1046:16
**deposition** [6] - 1114:13, 1114:16, 1114:22, 1116:24, 1117:17, 1127:7
**Deposition** [1] - 1126:24
**depositions** [3] - 1114:24, 1115:10, 1127:9
**DEPUTY** [6] - 956:7, 1042:13, 1042:15, 1074:22, 1074:24, 1129:8
**derrick** [2] - 986:7, 986:8
**describe** [4] - 1012:19, 1037:20, 1037:21, 1068:11
**described** [17] - 998:1, 1001:21, 1004:3, 1010:20, 1011:20, 1011:21, 1012:19, 1030:19, 1033:23, 1034:16, 1047:23, 1062:9, 1068:21, 1092:3, 1092:24, 1119:16, 1121:20
**describes** [3] - 1028:19, 1045:10, 1075:23
**describing** [6] - 1001:12, 1003:16, 1057:12, 1069:24, 1072:2, 1122:13
**description** [3] - 1057:23, 1058:6, 1093:12
**DESCRIPTION** [1] - 955:14
**descriptions** [1] - 996:23
**design** [5] - 960:9, 960:15, 988:5, 988:21, 989:2,

990:24, 1030:24, 1040:10, 1061:6, 1062:9, 1063:11, 1063:15, 1063:25, 1086:22, 1086:25, 1087:7, 1088:5, 1089:12
**designed** [7] - 959:12, 960:6, 960:7, 969:1, 984:24, 985:14, 985:17, 986:14, 987:11, 990:10, 1036:19, 1062:21, 1066:18, 1066:22, 1066:24, 1067:2, 1105:24
**designing** [1] - 1034:22
**designs** [3] - 1066:25, 1080:13, 1092:17
**despite** [1] - 1097:12
**destroyed** [1] - 995:4
**detail** [4] - 990:12, 990:21, 997:11, 1100:22
**Detail** [1] - 1072:1
**detailed** [3] - 976:6, 1038:1, 1080:19
**details** [1] - 1124:13
**detect** [4] - 981:18, 987:11, 987:22, 1106:11
**detected** [6] - 982:1, 987:25, 988:3, 1105:22, 1106:8, 1106:10
**detection** [1] - 1106:5
**deteriorating** [1] - 982:22
**determine** [12] - 961:3, 961:21, 962:5, 965:10, 975:21, 976:7, 980:17, 998:21, 1040:21, 1056:16, 1068:9, 1088:25
**determined** [7] - 957:22, 970:1, 970:2, 970:5, 1005:8, 1041:23, 1128:17
**determining** [3] - 1009:1, 1009:7, 1023:23
**developed** [2] - 1002:11, 1048:10
**developing** [1] - 1009:14
**development** [1] -

1050:14
**deviated** [1] - 1007:5
**devices** [1] - 987:21
**DEXTER** [1] - 951:5
**diagram** [7] - 961:11, 966:17, 966:18, 979:21, 980:6, 980:19, 1008:6
**dictated** [1] - 1069:17
**died** [1] - 1077:7
**difference** [2] - 969:9, 1003:6
**different** [15] - 963:15, 974:19, 991:15, 995:7, 1003:8, 1026:11, 1029:7, 1037:3, 1042:23, 1057:13, 1070:14, 1108:21, 1112:22, 1120:1, 1120:5
**differential** [3] - 979:12, 1095:5
**differently** [1] - 983:21
**difficult** [3] - 992:2, 1011:1, 1011:2
**dig** [2] - 961:2, 1056:12
**dimensions** [1] - 1060:18
**direct** [1] - 960:24
**direction** [7] - 977:14, 1029:15, 1045:20, 1045:25, 1046:2, 1069:4, 1076:10
**directionally** [1] - 1024:8
**directly** [6] - 995:17, 1010:3, 1018:19, 1021:15, 1042:25, 1064:22
**Director** [1] - 1049:2
**director** [4] - 1018:4, 1021:4, 1021:7, 1073:18
**disabled** [1] - 996:21
**disagree** [9] - 1025:19, 1025:22, 1031:18, 1031:19, 1052:16, 1052:19, 1069:7, 1069:9, 1074:12
**disaster** [6] - 1017:15, 1017:17, 1029:22, 1047:10, 1076:2, 1076:6
**disconnect** [2] - 994:6, 994:13
**disconnects** [1] - 994:11
**discuss** [7] - 974:15,

989:3, 989:8, 1074:15, 1121:1, 1121:15, 1121:16
**discussed** [17] - 957:19, 960:15, 1001:21, 1002:3, 1002:12, 1006:25, 1008:11, 1012:22, 1031:2, 1034:5, 1037:22, 1045:5, 1096:13, 1117:23, 1121:6, 1121:12, 1122:3
**discussing** [3] - 1055:3, 1096:18, 1109:7
**discussion** [10] - 977:1, 1012:7, 1056:19, 1119:7, 1119:9, 1119:11, 1119:18, 1119:21, 1121:8, 1121:17
**discussions** [5] - 991:10, 1012:9, 1015:18, 1111:8, 1117:5
**Dispersion** [1] - 989:19
**displace** [6] - 964:17, 972:23, 980:25, 1099:1, 1113:22, 2113:25
**displaced** [2] - 963:11, 963:20
**displacement** [8] - 961:22, 961:24, 963:4, 964:21, 971:5, 971:24, 1095:17, 1099:5
**displacing** [2] - 963:6, 971:20
**display** [1] - 1090:2
**displaying** [2] - 1066:21
**distributed** [1] - 1036:7
**DISTRICT** [3] - 947:1, 947:2, 947:23
**District** [3] - 1129:17, 1129:22
**diverse** [1] - 1023:20
**diversion** [1] - 984:1
**divert** [2] - 985:17, 986:14
**diverted** [1] - 986:4
**diverter** [4] - 985:25, 986:12, 986:23, 1106:21
**diverting** [2] - 985:14, 986:12

**DIVISION** [3] - 950:4, 950:9, 950:15
**division** [2] - 999:23, 1019:5
**document** [56] - 960:25, 1011:18, 1014:7, 1014:18, 1014:23, 1015:1, 1023:1, 1023:2, 1024:10, 1024:14, 1025:12, 1025:15, 1025:17, 1025:25, 1026:20, 1027:23, 1028:23, 1035:11, 1039:13, 1041:10, 1041:11, 1043:23, 1044:22, 1045:8, 1049:5, 1049:11, 1049:12, 1049:15, 1049:17, 1049:22, 1050:9, 1050:11, 1051:9, 1052:5, 1052:8, 1052:11, 1052:12, 1052:14, 1055:5, 1055:15, 1055:16, 1056:13, 1057:25, 1058:16, 1058:24, 1061:20, 1061:23, 1062:2, 1069:11, 1072:15, 1073:8, 1111:1, 1111:14, 1125:5
**DOCUMENT** [1] - 947:11
**documented** [3] - 1041:12, 1041:15, 1051:25
**documenting** [2] - 1043:25, 1053:5
**documents** [12] - 1012:3, 1012:15, 1015:2, 1030:15, 1053:3, 1060:3, 1060:11, 1062:12, 1062:16, 1062:23, 1068:14
**DOJ** [1] - 1076:8
**DOMENGEAUX** [1] - 948:3
**DOMINION** [1] - 949:4
**DON** [1] - 951:21
**Don** [8] - 1034:18, 1034:20, 1111:4, 1112:14, 1112:15, 1113:16, 1114:4, 1124:2
**DONALD** [1] - 953:22
**done** [25] - 961:21, 966:5, 966:20, 967:6, 975:3,

975:19, 976:7, 977:6, 1005:13, 1010:24, 1011:25, 1033:8, 1033:9, 1042:8, 1067:20, 1076:10, 1076:23, 1077:9, 1079:1, 1083:1, 1094:7, 1094:13, 1100:5, 1106:7
**DOUGLAS** [1] - 951:15
**down** [34] - 958:24, 959:9, 964:21, 965:7, 965:12, 984:14, 986:20, 995:18, 995:22, 995:24, 1001:5, 1001:6, 1001:22, 1004:14, 1011:22, 1012:5, 1012:6, 1012:8, 1014:15, 1020:8, 1020:9, 1020:11, 1022:5, 1028:20, 1029:24, 1045:2, 1058:23, 1062:20, 1102:13, 1102:14, 1111:13, 1111:19, 1113:22, 1114:1
**downstream** [1] - 1017:17
**DOYEN** [1] - 952:22
**DP** [5] - 988:20, 1111:20, 1111:23, 1111:24, 1111:25
**Dr** [8] - 956:15, 999:6, 999:8, 1005:5, 1005:8, 1011:25, 1013:8, 1073:11
**Draft** [1] - 1049:7
**draw** [1] - 1082:14
**drawings** [2] - 966:8, 989:6
**DRESCHER** [1] - 948:18
**drill** [37] - 962:3, 963:23, 965:6, 968:12, 968:17, 968:21, 969:2, 969:5, 969:21, 970:13, 970:24, 971:11, 972:19, 975:16, 977:5, 977:13, 979:11, 979:13, 981:2, 982:20, 983:5, 986:20, 987:16, 991:20, 995:25, 1059:21, 1096:15,

1104:3, 1111:20, 1117:23, 1118:12, 1122:18, 1124:3, 1124:11, 1124:21, 1125:22
**drilled** [1] - 1055:4
**driller** [5] - 975:16, 1096:17, 1103:9, 1103:13, 1114:4
**driller's** [1] - 978:8
**DRILLING** [1] - 952:12
**Drilling** [40] - 1013:22, 1016:2, 1016:20, 1016:22, 1017:22, 1018:17, 1019:3, 1020:3, 1021:22, 1022:7, 1023:8, 1024:1, 1024:16, 1025:13, 1027:5, 1027:18, 1030:22, 1035:12, 1040:24, 1041:11, 1044:12, 1045:1, 1045:16, 1046:14, 1047:7, 1049:5, 1050:22, 1051:15, 1051:23, 1052:9, 1052:13, 1053:11, 1055:17, 1061:21, 1062:2, 1062:5, 1062:20, 1067:12, 1068:17, 1076:12
**drilling** [49] - 966:13, 973:22, 982:11, 984:20, 1002:18, 1003:5, 1003:11, 1003:18, 1004:2, 1004:11, 1014:13, 1034:21, 1035:4, 1035:8, 1035:15, 1035:19, 1037:1, 1037:5, 1038:2, 1038:5, 1038:6, 1038:11, 1038:15, 1038:19, 1040:8, 1041:20, 1043:23, 1046:25, 1051:12, 1056:23, 1056:25, 1058:11, 1059:17, 1062:10, 1063:4, 1063:12, 1068:20, 1074:5, 1074:10, 1075:19, 1075:21, 1084:4, 1087:19, 1087:25, 1088:21, 1089:14, 1091:17, 1091:18, 1099:1
**drilling-related** [1] - 1075:19
**dripping** [1] - 1120:19

**DRIVE** [2] - 949:4, 949:8
**driven** [3] - 1050:2, 1089:13, 1089:15
**drop** [1] - 959:6
**dropped** [3] - 958:16, 1039:20, 1099:7
**dropping** [1] - 977:21
**Dudley** [4] - 999:7, 999:8, 999:16
**due** [2] - 996:9, 1094:21
**duly** [1] - 957:4
**dumped** [1] - 986:20
**during** [20] - 977:18, 1040:7, 1053:14, 1056:21, 1065:4, 1068:2, 1076:12, 1086:24, 1111:25, 1117:5, 1118:9, 1119:11, 1119:18, 1120:10, 1120:24, 1121:8, 1121:15, 1121:16, 1121:24, 1122:18
**Duties** [1] - 1073:24
**duties** [2] - 1075:15, 1077:20
**duty** [1] - 991:7
**Duval's** [1] - 1043:1
**DWOP** [21] - 1002:19, 1003:21, 1010:10, 1035:19, 1035:20, 1036:25, 1037:6, 1037:11, 1037:20, 1038:4, 1038:8, 1038:25, 1041:11, 1043:21, 1053:3, 1062:15, 1062:17, 1062:24, 1063:1, 1063:8, 1065:12
**dynamic** [1] - 991:6

## E

**E&A** [1] - 1053:13
**E&P** [5] - 1020:3, 1037:19, 1038:6, 1045:12
**e-mail** [16] - 1018:3, 1018:7, 1018:11, 1018:15, 1019:16, 1020:9, 1020:25, 1021:8, 1022:18, 1048:14, 1049:2, 1053:10, 1056:14, 1095:25, 1096:5, 1111:16
**e-mails** [9] - 1065:3,

1065:7, 1065:11, 1065:14, 1066:2, 1066:5, 1066:9, 1066:11, 1066:12
**early** [6] - 1031:5, 1106:3, 1106:5, 1106:9, 1106:10
**EASTERN** [1] - 947:2
**Eastern** [1] - 1129:17
**easy** [2] - 1029:12, 1093:15
**ECD** [5] - 1087:8, 1087:12, 1087:14, 1087:21, 1087:22
**ECD's** [1] - 1089:14
**ECDs** [1] - 1088:4
**EDS** [2] - 994:10, 994:23
**education** [1] - 1019:6
**EDWARDS** [1] - 948:3
**effect** [13] - 1005:24, 1006:2, 1023:3, 1029:21, 1038:9, 1048:20, 1053:18, 1066:17, 1067:12, 1088:15, 1088:16, 1096:16, 1097:23
**effective** [5] - 982:21, 1020:17, 1048:19, 1093:19, 1094:2
**effectively** [3] - 982:21, 1046:11, 1046:16
**effects** [2] - 1061:9, 1087:1
**effort** [7] - 977:1, 988:5, 1002:10, 1020:12, 1020:16, 1023:25, 1050:21
**efforts** [1] - 1021:24
**eight** [12] - 991:11, 998:18, 1011:21, 1012:21, 1071:4, 1080:21, 1080:24, 1080:25, 1090:3, 1090:8, 1091:7, 1092:2
**either** [25] - 958:18, 970:17, 970:20, 970:24, 972:21, 973:3, 974:12, 974:21, 986:23, 991:9, 996:9, 1018:13, 1036:20, 1042:1, 1044:12, 1050:13, 1055:14, 1067:7, 1082:23, 1083:8, 1093:13, 1094:21, 1095:10, 1103:9, 1122:5

**element** [2] - 1045:17, 1046:7
**elements** [4] - 1034:6, 1040:1, 1047:14, 1080:2
**elevated** [1] - 1000:2
**elevator** [1] - 1065:1
**eleven** [2] - 1027:24, 1097:3
**eliminate** [2] - 1003:1, 1025:6
**ELIZABETH** [1] - 950:23
**ELLIS** [1] - 952:6
**ELM** [1] - 953:24
**emerge** [1] - 1017:9
**emergency** [6] - 986:16, 991:13, 991:14, 991:17, 992:19, 994:6
**employee** [2] - 1075:13, 1114:17
**employees** [3] - 1034:12, 1116:5, 1116:25
**employer** [2] - 983:4, 1079:10
**enable** [2] - 996:19, 1002:23
**enabled** [1] - 989:6
**enacted** [1] - 1005:16
**encounter** [1] - 1058:21
**encountered** [4] - 985:12, 985:13, 1056:22, 1060:6
**encourage** [1] - 1033:14
**end** [20] - 964:2, 964:10, 966:11, 968:4, 968:5, 975:1, 993:14, 1016:20, 1029:25, 1030:2, 1030:5, 1031:4, 1031:6, 1031:8, 1036:15, 1067:23, 1069:25, 1073:3, 1119:16, 1127:14
**ended** [2] - 998:24, 1030:1
**ending** [1] - 1118:2
**ends** [1] - 1120:16
**ENERGY** [2] - 952:14, 953:21
**energy** [1] - 1061:8
**enforce** [1] - 1077:11
**ENFORCEMENT** [1] - 950:9
**engaging** [1] - 1066:20

**engine** [4] - 988:14, 988:17, 989:13, 990:5
**engineer** [3] - 1035:5, 1035:9, 1082:6
**engineering** [6] - 960:9, 966:9, 1037:7, 1038:1, 1061:6, 1067:15
**engineers** [8] - 1034:21, 1046:25, 1047:18, 1058:11, 1063:12, 1087:25, 1089:14, 1089:18
**engines** [1] - 988:21
**English** [1] - 1000:22
**enhancement** [1] - 1050:16
**ensure** [5] - 983:12, 983:17, 1000:25, 1026:25, 1067:14
**ensuring** [2] - 1001:17, 1084:21
**entering** [2] - 971:17, 973:7
**entire** [2] - 1058:23, 1083:16
**entities** [4] - 1007:10, 1046:9, 1047:4, 1061:4
**entitled** [1] - 1129:18
**entity** [1] - 1047:16
**entrained** [2] - 984:17, 986:15
**ENVIRONMENT** [1] - 950:9
**environment** [5] - 1054:11, 1054:13, 1062:11, 1063:4, 1075:21
**environmental** [3] - 1059:2, 1059:15, 1061:10
**ENVIRONMENTAL** [1] - 950:9
**equally** [1] - 1033:12
**equation** [1] - 1095:7
**equipment** [10] - 958:8, 958:10, 958:11, 964:19, 984:9, 986:25, 992:12, 993:15, 997:18, 998:2
**equivalent** [4] - 1026:14, 1086:23, 1087:8, 1088:9
**erroneous** [1] - 968:11
**escalate** [1] - 1001:10
**escalated** [1] - 983:1
**escape** [1] - 1075:4

**especially** [2] - 982:25, 1029:16
**ESQ** [55] - 948:3, 948:7, 948:11, 948:14, 948:18, 948:22, 949:3, 949:7, 949:11, 949:14, 949:18, 949:21, 950:5, 950:10, 950:10, 950:11, 950:11, 950:12, 950:16, 950:16, 950:17, 950:17, 950:18, 950:22, 950:23, 950:23, 951:4, 951:5, 951:15, 951:15, 951:21, 952:3, 952:7, 952:7, 952:8, 952:14, 952:18, 952:18, 952:22, 952:22, 952:23, 953:3, 953:7, 953:12, 953:15, 953:16, 953:16, 953:17, 953:22, 953:22, 953:23, 954:3, 954:7, 954:7, 954:8
**essence** [2] - 1025:7, 1036:15
**essentially** [9] - 958:5, 962:6, 968:16, 971:5, 984:3, 998:9, 1001:12, 1014:7, 1018:11
**Essentials** [1] - 1045:12
**establish** [5] - 972:3, 988:24, 1046:10, 1095:12, 1104:8
**established** [9] - 961:17, 968:15, 971:25, 1038:4, 1038:5, 1038:11, 1046:14, 1060:8, 1095:13
**estimate** [1] - 1107:13
**estimation** [1] - 962:24
**ET** [2] - 947:14, 947:16
**etcetera** [7] - 958:11, 965:23, 1047:18, 1060:15, 1062:10, 1074:2, 1092:17
**evaluate** [2] - 1034:15, 1075:15
**evaluated** [1] - 1034:15
**evaluation** [2] -

1012:16, 1014:13
**evaluations** [1] - 1017:4
**evening** [1] - 1121:14
**event** [11] - 965:16, 968:4, 983:19, 987:18, 1012:5, 1040:9, 1062:7, 1086:2, 1089:12, 1091:17, 1104:22
**events** [8] - 1056:23, 1091:8, 1091:11, 1091:12, 1092:11, 1094:8, 1100:4, 1128:18
**eventually** [1] - 1092:25
**Evidence** [1] - 1045:9
**evidence** [13] - 964:20, 979:11, 980:10, 1008:19, 1056:1, 1076:20, 1082:3, 1096:21, 1097:22, 1108:22, 1115:15, 1116:11
**exactly** [15] - 970:20, 972:3, 979:15, 986:8, 992:8, 1006:14, 1009:23, 1037:20, 1040:21, 1058:8, 1069:7, 1069:25, 1077:21, 1084:2, 1101:11
**exam** [2] - 1079:11, 1126:12
**EXAMINATION** [4] - 955:6, 955:7, 957:7, 1079:6
**examinations** [1] - 1078:18
**EXAMINATIONS** [1] - 955:3
**examined** [1] - 957:5
**example** [2] - 1091:25, 1093:24
**exceed** [1] - 1095:17
**exceeded** [1] - 987:24
**exceeds** [2] - 1087:18, 1088:13
**Excel** [12] - 1028:25, 1029:1, 1029:7, 1029:11, 1029:15, 1044:2, 1044:5, 1044:12, 1053:5, 1056:3, 1059:10, 1060:11
**Excel-based** [3] - 1044:2, 1044:12, 1053:5
**except** [1] - 1110:13

**exception** [3] - 1007:6, 1007:7, 1008:2
**excuse** [5] - 996:17, 1002:22, 1049:25, 1074:18
**executing** [1] - 1034:22
**execution** [2] - 1030:24, 1035:10
**executive** [7] - 998:25, 999:11, 999:20, 999:21, 1000:2, 1000:12, 1001:16
**exhaustive** [2] - 1037:4, 1045:13
**Exhibit** [4] - 1090:1, 1110:10, 1120:17, 1128:11
**exhibit** [5] - 978:18, 978:23, 1119:25, 1123:25, 1128:10
**EXHIBITS** [1] - 955:16
**exhibits** [1] - 956:14
**Exhibits** [1] - 956:19
**exist** [3] - 1062:16, 1093:21, 1098:16
**existed** [4] - 1050:5, 1056:13, 1072:23, 1089:1
**existence** [3] - 1097:22, 1098:3, 1098:15
**existing** [1] - 1055:20
**expanded** [1] - 1015:11
**expect** [3] - 969:6, 1057:1, 1084:4
**expectation** [2] - 975:25, 981:25
**expectations** [2] - 1032:14, 1033:13
**expected** [4] - 975:18, 975:20, 982:4, 1015:15
**expecting** [1] - 1043:15
**expenditure** [3] - 1013:25, 1014:5, 1014:15
**Expenditure** [1] - 1014:24
**expenditures** [1] - 1015:7
**experience** [7] - 958:19, 975:14, 975:19, 982:3, 983:3, 1051:18, 1107:19
**experienced** [2] -

1074:2, 1074:8
**expert** [8] - 969:13, 973:1, 1008:7, 1056:24, 1079:3, 1081:17, 1127:7, 1127:8
**expertise** [4] - 988:14, 995:21, 998:22, 1088:11
**experts** [1] - 1084:20
**explain** [3] - 1009:23, 1032:3, 1090:3
**explained** [1] - 1030:15
**explaining** [1] - 1101:22
**explanation** [4] - 958:19, 968:11, 1054:23, 1096:20
**explicitly** [1] - 1056:20
**exploding** [1] - 988:7
**EXPLORATION** [2] - 947:16, 951:19
**exploration** [1] - 1014:13
**Exploration** [1] - 999:22
**explosion** [5] - 994:19, 994:23, 996:5, 1061:9, 1108:2
**explosions** [1] - 1128:19
**expose** [1] - 987:17
**exposure** [1] - 1051:12
**extension** [1] - 1013:5
**extent** [12] - 966:4, 1011:9, 1032:20, 1035:10, 1037:2, 1044:25, 1046:5, 1062:18, 1064:14, 1076:4, 1076:18
**extinguished** [1] - 994:24
**extreme** [1] - 993:5
**extremely** [4] - 1027:4, 1040:14, 1070:3, 1070:18
**eye** [1] - 1033:19

## F

**face** [3] - 976:24, 996:13, 1027:10
**faced** [1] - 1051:15
**facility** [1] - 1121:22
**facing** [2] - 1027:6, 1060:19

**fact** [40] - 964:15, 964:20, 972:19, 974:9, 975:5, 983:7, 987:14, 992:11, 1013:7, 1016:19, 1017:1, 1019:3, 1019:6, 1020:24, 1021:25, 1024:22, 1031:13, 1052:16, 1055:2, 1056:21, 1059:24, 1068:16, 1073:10, 1074:6, 1074:11, 1074:16, 1075:23, 1076:2, 1076:8, 1077:6, 1082:24, 1087:22, 1089:13, 1094:1, 1100:25, 1103:15, 1108:13, 1115:16, 1116:12, 1125:16
**factor** [1] - 1008:22
**factors** [4] - 960:16, 1009:2, 1092:17, 1098:13
**factual** [1] - 976:25
**failed** [7] - 996:9, 996:18, 1077:20, 1083:2, 1083:6, 1094:22
**fails** [3] - 992:11, 1093:25, 1094:1
**failure** [4] - 1077:12, 1077:13, 1077:18, 1092:9
**failures** [3] - 991:17, 1006:19, 1006:23
**fair** [19] - 963:13, 969:20, 973:9, 974:6, 974:8, 975:9, 984:12, 988:13, 1000:15, 1001:16, 1005:9, 1021:20, 1060:12, 1072:11, 1072:19, 1085:22, 1090:16, 1102:18, 1107:21
**fairly** [2] - 1081:21, 1088:20
**falls** [1] - 1039:20
**familiar** [24] - 966:17, 967:3, 979:14, 983:11, 1014:23, 1027:12, 1027:14, 1028:2, 1028:4, 1028:13, 1028:25, 1029:4, 1039:1, 1057:5, 1069:11, 1071:6, 1072:18, 1072:22, 1074:3, 1074:9, 1079:20,

1089:22, 1100:19, 1100:21
**FANNIN** [1] - 952:19
**fans** [1] - 988:4
**far** [15] - 966:15, 966:18, 977:7, 982:13, 987:16, 995:1, 1015:19, 1059:11, 1060:10, 1072:17, 1080:5, 1093:8, 1093:9, 1093:16, 1106:9
**Farm** [1] - 998:6
**fashion** [1] - 1007:5
**fatalities** [2] - 1054:10, 1054:13
**fault** [2] - 1008:24, 1078:2
**February** [1] - 1083:2
**FEBRUARY** [2] - 947:9, 956:2
**federal** [2] - 1056:25, 1073:4
**Federal** [1] - 1076:21
**feet** [4] - 958:6, 961:13, 984:14, 1106:9
**fellow** [1] - 1089:19
**felt** [9] - 964:10, 970:17, 997:12, 1010:22, 1013:18, 1058:18, 1084:16, 1092:15, 1093:12
**few** [13] - 982:9, 994:9, 994:10, 1029:25, 1042:9, 1053:22, 1070:1, 1078:20, 1078:21, 1079:25, 1098:21, 1104:7, 1105:18
**field** [2] - 1097:21
**Fifth** [1] - 1090:23
**fifth** [1] - 1110:15
**Figure** [1] - 958:2
**figure** [6] - 974:24, 977:5, 1005:1, 1079:14, 1085:17, 1094:5
**figures** [2] - 1085:16, 1097:1
**files** [1] - 1018:10
**fill** [3] - 958:16, 959:5, 975:3
**filled** [2] - 966:13, 1056:17
**filtered** [1] - 1022:5
**final** [2] - 966:12, 1070:2
**finally** [3] - 1028:2, 1043:14, 1095:13

**findings** [8] - 970:14, 990:2, 991:12, 998:18, 1090:4, 1092:4, 1095:21, 1095:22
**Findings** [1] - 1028:22
**fine** [5] - 972:20, 978:23, 1024:11, 1079:17, 1088:8
**finish** [2] - 1126:9, 1127:24
**finished** [1] - 1126:4
**Fire** [2] - 987:5, 987:7
**fire** [11] - 987:12, 987:18, 987:20, 987:22, 988:3, 988:10, 994:19, 1061:9, 1091:3, 1092:12, 1128:21
**fired** [3] - 1021:1, 1021:8, 1030:10
**FIRM** [2] - 949:10, 949:21
**first** [41] - 971:12, 977:15, 977:19, 979:19, 980:16, 980:21, 985:21, 988:24, 994:8, 996:5, 1005:14, 1012:24, 1014:1, 1014:14, 1026:3, 1042:19, 1051:11, 1057:24, 1073:10, 1079:12, 1082:2, 1083:22, 1084:21, 1090:8, 1093:15, 1093:20, 1104:11, 1106:3, 1106:4, 1107:3, 1107:13, 1110:13, 1110:17, 1112:23, 1114:11, 1114:22, 1116:5, 1123:6, 1124:7, 1127:16
**firsthand** [2] - 1036:5, 1040:5
**fit** [1] - 1092:2
**five** [11] - 1009:10, 1011:2, 1011:4, 1043:17, 1043:18, 1074:20, 1078:19, 1085:20, 1085:21, 1097:9
**five-minute** [1] - 1043:18
**fixes** [1] - 998:6
**flammable** [2] - 987:11, 989:22
**flapper** [2] - 958:23, 959:8

**flip** [1] - 1111:3
**float** [12] - 959:20, 959:22, 960:4, 994:17, 1090:11, 1090:12, 1090:14, 1090:16, 1094:21, 1095:4, 1095:11, 1096:2
**FLOOR** [3] - 948:22, 950:6, 952:23
**floor** [9] - 972:19, 986:20, 987:17, 994:14, 994:15, 996:1, 1042:25, 1106:23, 1121:3
**flow** [37] - 959:17, 960:5, 960:11, 960:18, 960:20, 962:13, 967:20, 968:10, 971:7, 971:21, 972:4, 972:8, 972:10, 973:14, 975:6, 975:17, 975:21, 976:15, 977:8, 977:15, 979:11, 980:15, 981:16, 981:17, 981:23, 982:6, 983:1, 985:12, 1095:7, 1095:18, 1099:8, 1099:20, 1101:9, 1104:25, 1105:4, 1125:3
**flowed** [1] - 980:4
**flowing** [5] - 978:3, 981:21, 981:25, 982:17, 1093:20
**FLOYD** [1] - 953:22
**fluid** [6] - 971:20, 1080:14, 1087:1, 1088:8, 1088:19, 1099:1
**fluids** [2] - 977:21, 1106:19
**flyout** [6] - 1095:2, 1096:11, 1104:11, 1108:21, 1123:24, 1124:25
**foam** [11] - 1081:9, 1081:12, 1081:13, 1081:21, 1082:21, 1082:24, 1083:5, 1083:10, 1086:25
**foamed** [1] - 1080:13
**focus** [4] - 1020:18, 1080:1, 1089:20, 1094:17
**focused** [2] - 1086:22, 1087:8

**focuses** [1] - 1071:10
**folks** [3] - 978:11, 1088:24, 1099:24
**follow** [2] - 1019:13, 1041:12
**followed** [8] - 1000:14, 1000:20, 1006:25, 1015:2, 1033:22, 1033:23, 1041:15, 1041:25
**following** [3] - 1000:25, 1008:18, 1045:10
**follows** [1] - 957:6
**FOR** [9] - 948:3, 950:3, 951:3, 951:8, 951:19, 952:11, 953:11, 953:20, 954:6
**force** [2] - 1005:24, 1074:17
**foregoing** [1] - 1129:17
**forget** [1] - 1124:8
**form** [7] - 975:3, 1007:5, 1056:23, 1059:4, 1069:16, 1071:20, 1120:7
**format** [1] - 1026:22
**formation** [4] - 1087:16, 1087:17, 1088:9, 1088:13
**forms** [1] - 959:17
**forth** [3] - 1032:6, 1068:12, 1082:18
**forward** [7] - 976:23, 977:3, 977:12, 979:8, 1002:14, 1058:15, 1084:17
**foundation** [9] - 969:12, 972:25, 1016:6, 1016:9, 1018:22, 1059:4, 1072:13, 1115:19, 1128:6
**four** [2] - 1029:7, 1097:9
**fours** [1] - 1078:14
**fourth** [3] - 1080:3, 1090:21, 1110:15
**frac** [2] - 1088:7, 1089:1
**fracture** [3] - 1087:18, 1088:14, 1089:16
**frame** [2] - 1037:22, 1075:25
**framework** [2] - 1039:7, 1039:11
**FRANCISCO** [1] - 950:6

**FRANKLIN** [1] - 950:24
**FRAUD** [1] - 950:21
**free** [3] - 1042:23, 1080:14, 1080:23
**frequency** [2] - 1040:14, 1072:23
**friend** [1] - 1085:7
**FRILOT** [1] - 952:13
**front** [3] - 1063:13, 1118:25, 1128:11
**FRUGE** [1] - 949:14
**full** [3] - 1005:23, 1011:18, 1017:13
**fully** [6] - 963:20, 967:14, 974:5, 991:16, 1032:22, 1097:8
**function** [12] - 964:18, 987:24, 988:1, 988:5, 995:13, 996:3, 996:20, 1004:3, 1023:21, 1023:23, 1027:1, 1027:10
**functional** [2] - 999:24, 1001:20
**functions** [1] - 988:25
**fund** [1] - 1014:12
**FUNDERBURK** [1] - 954:8
**furlough** [1] - 1122:22
**furloughed** [1] - 1122:20
**furloughs** [1] - 1079:10
**furthermore** [1] - 1102:11
**future** [2] - 1002:24, 1075:20

# G

**gain** [2] - 1107:11, 1107:16
**gallon** [1] - 972:7
**gallons** [3] - 1108:11, 1108:12, 1108:14
**game** [1] - 1093:17
**GANNAWAY** [1] - 953:16
**gap** [3] - 1071:3, 1071:24, 1072:2
**GAP** [1] - 1070:11
**Gap** [1] - 1072:1
**gaps** [14] - 1026:1, 1026:18, 1070:4, 1070:5, 1070:19, 1070:21, 1070:22,

1070:25, 1071:13, 1071:16, 1072:22, 1072:25
**Gaps** [1] - 1069:21
**gas** [35] - 984:2, 984:4, 984:17, 984:23, 984:25, 985:3, 985:12, 985:22, 986:3, 986:4, 986:5, 986:15, 986:18, 986:19, 987:5, 987:7, 987:11, 987:18, 987:20, 987:22, 987:25, 988:1, 988:3, 988:6, 988:16, 989:12, 989:22, 1074:4, 1074:10, 1091:3
**GATE** [1] - 950:5
**gathered** [1] - 1066:10
**gathering** [1] - 1008:19
**GAVIN** [1] - 953:23
**GDP** [2] - 1005:20, 1020:19
**geared** [1] - 1071:13
**gel** [2] - 1080:14, 1080:15
**GENERAL** [3] - 951:4, 951:9, 951:11
**general** [4] - 1029:15, 1057:6, 1065:12, 1084:3
**General** [2] - 1053:21, 1074:1
**GENERAL'S** [1] - 951:3
**generally** [11] - 1028:24, 1029:4, 1029:5, 1030:23, 1045:24, 1052:15, 1066:5, 1068:17, 1077:9, 1087:14, 1100:21
**generating** [1] - 1027:24
**generic** [2] - 1037:23, 1055:2
**gentleman** [2] - 1096:1, 1116:17
**gentlemen** [5] - 1021:24, 1036:19, 1063:23, 1064:5, 1064:17
**gentlemen's** [1] - 1034:22
**GEOFFREY** [1] - 953:16
**given** [14] - 969:23,

977:24, 987:14, 997:8, 998:17, 1009:20, 1010:25, 1020:1, 1025:3, 1044:14, 1045:3, 1051:21, 1058:10, 1110:25
**glad** [1] - 1126:8
**glean** [1] - 1125:25
**global** [10] - 999:24, 999:25, 1004:2, 1015:14, 1018:25, 1024:23, 1030:17, 1128:1
**global-production-type** [1] - 999:25
**GmbH** [1] - 947:14
**goal** [6] - 1002:14, 1023:23, 1031:3, 1036:16, 1053:15
**goals** [1] - 1023:5
**Godwin** [1] - 1079:3
**GODWIN** [4] - 953:21, 953:22, 954:3, 1085:5
**GOLDEN** [1] - 950:5
**GoM** [1] - 1032:24
**gooseneck** [2] - 986:7, 986:19
**GORC** [7] - 1031:11, 1031:14, 1073:12, 1074:7, 1074:14, 1074:15
**govern** [1] - 1062:2
**governed** [5] - 1022:8, 1029:21, 1034:13, 1034:17, 1040:17
**governing** [2] - 1045:1, 1061:21
**government** [1] - 1074:16
**governs** [2] - 1005:16, 1059:12
**gradient** [5] - 1087:18, 1088:7, 1088:14, 1089:1, 1089:16
**GRAND** [1] - 952:23
**graph** [3] - 978:6, 979:4, 1103:1
**grew** [1] - 977:22
**ground** [1] - 1078:13
**GROUP** [1] - 949:7
**Group** [5] - 999:19, 1006:5, 1037:17, 1045:11, 1045:14
**group** [3] - 970:24, 1005:16, 1024:17
**group-defined** [1] - 1005:16
**GUERRA** [1] - 949:3

**guess** [4] - 1000:9, 1025:11, 1071:20, 1114:3
**Guide** [12] - 976:3, 1035:9, 1063:17, 1064:9, 1064:25, 1065:16, 1065:23, 1066:1, 1066:19, 1083:17, 1084:10, 1100:17
**guide** [1] - 1008:10
**Guide's** [3] - 1068:9, 1086:11, 1086:12
**guidelines** [1] - 1026:22
**guilty** [8] - 1073:4, 1073:14, 1073:16, 1073:24, 1075:13, 1076:9, 1077:7, 1077:24
**Gulf** [52] - 982:9, 987:17, 993:18, 1013:22, 1016:2, 1016:20, 1016:22, 1021:22, 1022:7, 1023:8, 1023:18, 1024:16, 1025:4, 1025:19, 1026:2, 1029:8, 1030:22, 1031:5, 1031:15, 1031:22, 1031:23, 1032:9, 1035:13, 1036:17, 1040:13, 1043:24, 1044:20, 1045:2, 1045:8, 1048:4, 1048:17, 1048:21, 1049:1, 1050:4, 1050:15, 1050:18, 1050:23, 1051:10, 1051:13, 1051:16, 1052:23, 1060:15, 1061:22, 1062:3, 1068:16, 1068:19, 1068:23, 1069:21, 1071:18, 1072:24, 1075:21, 1076:4
**GULF** [1] - 947:6
**guy** [2] - 1008:5, 1123:17
**guys** [1] - 1122:2

## H

**Hafle** [43] - 1034:14, 1058:10, 1058:21, 1063:17, 1064:9, 1083:18, 1084:10, 1112:1, 1117:22, 1118:2, 1118:11,
1118:13, 1118:14, 1118:18, 1118:19, 1118:22, 1119:3, 1119:10, 1119:13, 1119:15, 1119:19, 1120:6, 1120:11, 1120:17, 1121:2, 1121:5, 1121:9, 1121:24, 1122:11, 1122:16, 1122:17, 1123:8, 1123:10, 1123:15, 1123:16, 1124:9, 1124:19, 1125:7, 1125:21, 1125:22, 1126:13, 1126:16
**half** [1] - 1042:11
**hall** [1] - 1042:22
**HALLIBURTON** [1] - 953:20
**Halliburton** [20] - 960:25, 962:4, 1011:12, 1080:11, 1082:5, 1082:14, 1082:22, 1082:25, 1083:1, 1084:12, 1084:22, 1085:3, 1085:4, 1085:10, 1085:21, 1086:8, 1086:13, 1086:21, 1087:11, 1089:19
**Halliburton's** [2] - 959:11, 961:2
**hand** [2] - 1069:23, 1091:14
**handle** [6] - 983:6, 983:13, 983:18, 984:25, 985:14, 1057:20
**handled** [1] - 988:25
**handling** [2] - 989:5, 1028:6
**handwriting** [4] - 1110:14, 1110:15, 1110:18, 1110:21
**HANKEY** [1] - 950:11
**hard** [1] - 1056:9
**hardens** [1] - 959:24
**HARIKLIA** [1] - 952:7
**harm** [1] - 1075:20
**Harry** [2] - 1022:21, 1022:22
**HARTLEY** [1] - 953:22
**hats** [1] - 1083:15
**HAUSER** [1] - 950:23
**HAYCRAFT** [1] - 951:21
**Hayward** [8] - 999:6, 1000:5, 1005:5, 1005:8, 1010:15,
1011:25, 1073:11
**Hayward's** [2] - 999:8, 1013:8
**hazard** [1] - 993:5
**hazardous** [3] - 1061:5, 1061:8, 1063:4
**hazards** [2] - 1003:1, 1076:1
**HB406** [1] - 954:13
**Head** [1] - 1006:5
**head** [15] - 961:25, 972:5, 972:7, 975:6, 981:14, 1015:13, 1015:14, 1018:25, 1030:17, 1031:20, 1073:20, 1077:8, 1083:15, 1127:25, 1128:1
**hear** [2] - 1076:15, 1113:12
**heard** [8] - 993:21, 1016:12, 1028:4, 1076:2, 1090:7, 1112:12, 1112:25, 1127:8
**HEARD** [1] - 947:22
**hearsay** [1] - 1114:24
**heating** [1] - 988:2
**heavier** [1] - 963:5
**heavily** [1] - 1100:7
**heavy** [4] - 966:13, 971:6, 972:4, 981:9
**heck** [1] - 1107:18
**heightened** [1] - 972:22
**held** [1] - 974:19
**hello** [1] - 1065:1
**help** [2] - 1076:1, 1079:4
**hereby** [1] - 1129:17
**HERMAN** [3] - 948:7, 948:7
**high** [22] - 986:12, 1004:1, 1028:19, 1035:3, 1035:5, 1037:21, 1040:14, 1040:17, 1045:2, 1052:4, 1053:25, 1054:7, 1054:16, 1055:2, 1055:5, 1056:22, 1057:1, 1057:10, 1061:14, 1063:3, 1096:15
**high-level** [1] - 1040:17
**higher** [1] - 1028:19
**highest** [3] - 982:12, 1054:20, 1054:21
**highlighted** [3] -
1052:7, 1082:2, 1124:1
**HILL** [1] - 953:23
**himself** [1] - 1020:4
**hindsight** [4] - 963:24, 977:11, 978:1, 978:4
**hiring** [1] - 1068:2
**hit** [1] - 1108:7
**Hitec** [1] - 1102:2
**HITEC** [1] - 1102:2
**hold** [4] - 959:3, 959:23, 960:1, 989:8
**HOLDINGS** [1] - 952:11
**hole** [3] - 1118:3, 1118:15, 1118:20
**holes** [5] - 987:16, 1078:20, 1078:21, 1093:6, 1093:8
**HOLTHAUS** [1] - 949:14
**honest** [2] - 997:11, 1125:10
**honor** [1] - 1032:11
**Honor** [33] - 956:9, 956:12, 956:21, 957:2, 969:13, 972:25, 978:17, 978:24, 1016:5, 1016:15, 1018:21, 1072:6, 1072:19, 1076:14, 1076:23, 1078:11, 1078:15, 1078:17, 1078:25, 1085:5, 1100:12, 1101:23, 1114:20, 1115:17, 1116:2, 1122:21, 1126:6, 1127:5, 1127:15, 1127:24, 1128:5, 1128:6, 1129:5
**HONORABLE** [1] - 947:22
**hoping** [1] - 1122:23
**HORIZON** [1] - 947:6
**Horizon** [9] - 980:11, 987:15, 988:12, 991:23, 1032:2, 1083:21, 1092:8, 1093:1, 1109:23
**Horizon's** [1] - 998:16
**HOUMA** [1] - 949:8
**hour** [8] - 981:1, 981:5, 981:11, 981:12, 981:20, 982:1, 1042:11, 1105:7
**hours** [6] - 977:12, 977:23, 980:25, 1078:14, 1098:24,
1104:12
**house** [4] - 1075:2, 1082:5, 1123:11, 1123:13
**Houston** [6] - 1013:12, 1092:1, 1113:1, 1114:3, 1116:12, 1121:21
**HOUSTON** [7] - 949:19, 952:19, 953:8, 953:17, 953:18, 954:4, 954:9
**HSSE** [8] - 1006:11, 1018:4, 1021:7, 1039:12, 1039:17, 1039:19, 1039:22, 1039:25
**HSSE-related** [1] - 1006:11
**Huffman** [1] - 956:15
**HUGH** [1] - 954:7
**HUGHES** [1] - 953:7
**human** [1] - 1008:22
**hundred** [3] - 977:22, 1014:17, 1122:9
**hundred-plus** [1] - 1122:9
**HVAC** [1] - 988:2
**hydraulic** [1] - 995:2
**hydrocarbon** [9] - 959:17, 960:5, 960:10, 987:5, 987:22, 987:25, 1090:25, 1094:18, 1094:20
**hydrocarbons** [19] - 957:16, 957:23, 959:13, 975:11, 979:22, 981:3, 983:1, 984:13, 1093:19, 1093:22, 1094:3, 1105:15, 1105:22, 1106:13, 1106:15, 1106:19, 1107:2, 1108:4, 1108:7
**hydrostatic** [7] - 961:25, 972:5, 972:7, 973:24, 974:1, 975:6, 981:14
**HYMEL** [1] - 953:3
**hypothetical** [2] - 1019:25, 1085:19
**hypothetically** [1] - 1018:16
**HZN** [1] - 1120:4

# I

idea [16] - 959:1, 965:20, 980:11, 981:2, 983:21, 988:24, 989:13, 989:14, 1018:14, 1019:23, 1021:19, 1024:5, 1030:25, 1031:1, 1097:5, 1122:19

identification [1] - 1009:1

identified [15] - 963:18, 978:15, 982:12, 1027:25, 1044:10, 1044:19, 1045:19, 1050:18, 1051:24, 1055:5, 1057:10, 1057:15, 1070:5, 1071:24, 1072:2

identifies [1] - 1051:9

identify [14] - 978:21, 978:22, 1003:4, 1006:23, 1009:10, 1018:19, 1024:6, 1044:13, 1057:8, 1057:18, 1058:1, 1062:21, 1063:21, 1065:17

identifying [4] - 1006:18, 1020:6, 1020:22, 1040:18

igniting [1] - 988:6

ignition [1] - 987:6

IL [1] - 952:9

illustration [1] - 958:2

imagine [1] - 1035:4

immediate [5] - 982:25, 1009:7, 1009:21, 1010:7, 1092:5

imminent [1] - 1000:10

impact [5] - 1018:19, 1019:15, 1058:20, 1059:13, 1061:10

imperative [1] - 1051:21

impinged [1] - 1017:10

implement [6] - 982:21, 1021:22, 1023:8, 1031:15, 1048:3, 1049:12

implementation [11] - 1001:22, 1002:20, 1003:20, 1023:10, 1028:15, 1031:9, 1035:24, 1036:2, 1048:11, 1050:15, 1076:6

Implementation [2] - 1023:3, 1049:6

implemented [24] - 1001:19, 1025:12, 1025:19, 1028:7, 1028:15, 1030:3, 1030:10, 1030:22, 1031:3, 1036:3, 1041:7, 1041:25, 1048:4, 1048:20, 1049:14, 1049:23, 1051:1, 1052:9, 1052:15, 1053:17, 1055:17, 1064:4, 1067:14, 1076:3

implementing [2] - 1036:16, 1077:19

important [24] - 961:20, 970:3, 992:9, 999:18, 1025:9, 1026:5, 1027:5, 1037:6, 1057:18, 1059:22, 1069:3, 1070:3, 1070:18, 1070:20, 1071:8, 1071:10, 1081:4, 1081:22, 1086:25, 1087:14, 1088:4, 1099:15, 1099:16, 1106:6

imposed [1] - 1076:24

impossible [1] - 1020:21

impractical [1] - 1044:2

impression [1] - 1050:24

IMPREVENTO [1] - 948:18

improve [8] - 1003:3, 1019:19, 1019:22, 1020:6, 1023:15, 1024:7, 1032:15, 1071:10

improved [2] - 1001:12, 1028:14

improvement [5] - 1013:3, 1018:12, 1030:9, 1070:23, 1075:16

improving [2] - 1001:15, 1071:1

imprudent [1] - 1020:22

IN [3] - 947:5, 947:6, 947:13

in-house [1] - 1082:5

inaction [1] - 1092:16

INC [5] - 947:16, 951:19, 952:12, 952:13, 953:21

incident [6] - 991:7, 1005:3, 1005:20, 1007:10, 1009:17, 1053:1

incidents [4] - 1006:11, 1039:19, 1061:7, 1061:8

inclined [1] - 1125:14

include [7] - 1041:14, 1053:4, 1067:3, 1080:13, 1090:12, 1090:19, 1106:10

included [4] - 1061:16, 1061:17, 1066:10, 1066:11

includes [3] - 1018:3, 1025:25, 1031:24

including [6] - 1056:24, 1065:23, 1075:17, 1092:17, 1102:20, 1123:10

inclusive [2] - 1024:15, 1024:23

incomplete [1] - 1080:4

inconclusive [1] - 1083:6

incorporate [3] - 1027:12, 1039:6, 1040:1

incorporated [1] - 1039:9

incorporating [1] - 1027:19

incorrect [1] - 968:13

incorrectly [2] - 1105:8, 1128:16

increase [1] - 1050:3

increased [1] - 971:24

increases [2] - 972:8, 986:10

increasing [3] - 981:23, 989:10, 1095:12

indeed [1] - 1037:13

independent [3] - 991:16, 1002:3, 1002:4

indicate [4] - 966:23, 980:14, 1092:8, 1119:10

indicated [3] - 1078:16, 1080:25, 1096:14

indication [3] - 977:7, 977:15, 980:13

individual [3] - 1045:15, 1067:4, 1119:3

individuals [1] - 1110:7

industrial [2] - 1074:4, 1074:10

industry [2] - 969:22, 1002:16

industry's [1] - 1003:4

infer [1] - 1013:1

influenced [1] - 1098:9

influx [10] - 975:10, 975:12, 975:21, 976:14, 979:22, 980:9, 982:20, 1094:19, 1094:20, 1099:4

information [18] - 965:20, 989:9, 990:14, 998:17, 998:22, 1011:3, 1052:23, 1053:1, 1066:10, 1067:5, 1083:4, 1083:25, 1084:16, 1095:3, 1101:5, 1101:8, 1103:12, 1124:17

informational [1] - 1100:13

informed [2] - 1020:17, 1111:25

Inglis [2] - 1000:7, 1073:12

ingress [1] - 988:1

inhibited [1] - 990:8

inhibiting [1] - 989:10

initiates [2] - 987:23, 987:24

initiation [1] - 996:4

injuries [3] - 1039:20, 1061:10, 1128:25

injury [2] - 1059:2, 1059:15

input [3] - 1044:11, 1086:6, 1086:13

inputs [1] - 1084:7

inquiry [1] - 1029:24

inset [1] - 963:9

inside [2] - 958:8, 972:9

insight [1] - 1083:25

Insite [5] - 1101:2, 1101:12, 1101:14, 1101:21, 1103:3

INSITE [1] - 1101:12

installation [1] - 990:25

instance [2] - 1034:3, 1039:14

instead [5] - 977:22, 986:11, 999:23, 1087:22, 1092:10

insufficient [3] - 996:10, 996:17, 996:18

insurance [1] - 1002:22

intake [1] - 990:5

intakes [2] - 988:15, 988:16

integral [1] - 985:7

integrate [1] - 1029:11

integrated [1] - 1089:17

integrity [11] - 961:17, 961:21, 968:14, 972:2, 972:3, 973:14, 976:16, 977:9, 980:24, 1040:10, 1061:4

intend [1] - 1115:23

intended [11] - 960:4, 963:11, 964:21, 967:22, 984:24, 985:3, 985:14, 1037:23, 1058:1, 1075:25, 1089:2

intent [2] - 1032:1, 1054:19

intention [2] - 988:8, 1006:12

intentional [1] - 961:24

intentionally [1] - 971:21

interested [1] - 1022:16

interfere [1] - 963:12

interlinked [1] - 1092:16

internal [2] - 1002:4, 1002:6

INTERNATIONAL [1] - 953:11

interpret [3] - 1024:10, 1039:2, 1098:2

interpretation [1] - 970:11

interpretations [1] - 1029:6

interpreted [2] - 1094:5, 1105:8

intervene [1] - 1001:11

interview [16] - 1015:19, 1065:3, 1065:7, 1065:11,

1110:5, 1118:9, 1120:1, 1120:3, 1123:8, 1123:20, 1124:6, 1124:9, 1124:14, 1124:15, 1125:10, 1126:19
**interviewed** [2] - 1066:8, 1121:22
**interviews** [5] - 1008:19, 1011:3, 1109:18, 1117:11, 1122:2
**intimate** [1] - 1018:25
**Introduction** [2] - 1023:17, 1050:1
**Inventory** [1] - 1045:9
**investigate** [2] - 971:1, 1007:10
**investigated** [1] - 1009:22
**investigates** [1] - 1006:11
**investigation** [99] - 957:21, 958:19, 965:23, 965:25, 966:2, 968:9, 969:11, 970:6, 971:18, 975:15, 978:11, 980:10, 983:3, 983:25, 985:11, 990:2, 998:19, 998:24, 1002:10, 1003:17, 1004:18, 1004:25, 1005:9, 1005:11, 1005:21, 1006:7, 1006:23, 1007:19, 1007:21, 1007:23, 1007:25, 1008:9, 1008:11, 1008:16, 1008:17, 1008:25, 1009:17, 1011:5, 1012:5, 1012:12, 1015:1, 1016:18, 1016:24, 1017:5, 1017:12, 1017:14, 1018:6, 1029:18, 1033:16, 1033:20, 1033:22, 1034:7, 1039:8, 1039:18, 1041:14, 1045:23, 1046:13, 1046:20, 1052:21, 1053:1, 1062:13, 1065:4, 1065:8, 1065:20, 1073:1, 1080:11, 1080:12, 1083:2, 1083:8, 1088:23, 1088:24, 1090:3, 1090:4, 1092:4,

1095:4, 1096:6, 1096:21, 1097:1, 1097:2, 1097:15, 1098:17, 1100:6, 1101:16, 1103:6, 1108:22, 1109:25, 1110:1, 1110:2, 1110:4, 1115:8, 1115:10, 1116:1, 1116:10, 1117:6, 1117:8, 1122:14, 1123:8, 1123:11, 1125:2
**investigations** [3] - 1005:17, 1007:14, 1069:2
**investigative** [1] - 1116:19
**investigators** [3] - 1116:11, 1123:11, 1124:19
**involve** [4] - 1032:6, 1040:25, 1041:1, 1041:2
**involved** [22] - 962:9, 969:10, 970:9, 970:10, 974:22, 975:4, 981:2, 989:10, 1008:24, 1011:10, 1012:9, 1015:5, 1035:9, 1038:19, 1060:17, 1065:22, 1065:24, 1066:1, 1066:12, 1092:19, 1104:19
**involves** [1] - 1041:4
**involving** [1] - 1017:14
**IRPINO** [2] - 949:21, 949:21
**isolate** [3] - 957:16, 991:18, 992:17
**isolating** [1] - 991:15
**isolation** [2] - 959:13, 962:13
**issue** [14] - 961:19, 974:23, 980:24, 1005:23, 1006:4, 1008:9, 1017:8, 1021:14, 1033:17, 1033:21, 1039:8, 1040:8, 1040:12, 1053:7
**issued** [5] - 1005:25, 1015:7, 1030:9, 1082:10
**issues** [8] - 963:18, 1011:6, 1012:12, 1016:8, 1018:17, 1018:18, 1020:18,

1034:5
**item** [1] - 1116:23
**items** [2] - 1025:25, 1026:3
**iteration** [1] - 1048:4
**itself** [5] - 963:16, 985:22, 1024:15, 1057:19, 1102:22

## J

Jackson [2] - 1018:4, 1021:7
**JAMES** [2] - 948:3, 951:10
James [1] - 1117:17
January [6] - 1036:3, 1048:14, 1048:19, 1049:7, 1049:11, 1049:24
Jason [1] - 1113:18
Jassal [2] - 1022:18, 1022:19
**JEFFERSON** [2] - 948:4, 953:4
**JEFFREY** [1] - 948:18
**JERRY** [1] - 954:3
**JESSICA** [2] - 950:16, 950:17
Jim [2] - 1116:18, 1123:17
**JIMMY** [1] - 949:18
job [35] - 959:15, 961:1, 961:5, 966:15, 966:19, 974:20, 992:1, 999:19, 1000:13, 1001:3, 1021:4, 1023:10, 1035:7, 1058:11, 1065:16, 1066:4, 1067:20, 1068:1, 1074:15, 1077:9, 1081:13, 1081:21, 1083:20, 1084:11, 1085:4, 1087:10, 1088:5, 1089:4, 1089:8, 1093:18, 1094:6, 1098:22, 1099:13, 1105:19
jobs [4] - 1064:5, 1064:10, 1067:23, 1078:1
**JOHN** [3] - 949:14, 953:7, 954:8
John [1] - 1065:16
joining [1] - 999:21
joint [1] - 977:1
joking [1] - 1079:4

**JONES** [1] - 953:16
**JR** [2] - 948:22, 953:22
Judge [6] - 998:8, 1042:7, 1042:21, 1043:1, 1043:6, 1061:1
**JUDGE** [1] - 947:23
judgment [1] - 1020:17
July [2] - 1114:14, 1123:8
June [15] - 1022:18, 1023:16, 1026:1, 1027:18, 1049:18, 1050:9, 1053:24, 1056:11, 1056:18, 1058:19, 1060:25, 1061:13, 1117:17, 1117:19
**JUSTICE** [4] - 950:4, 950:8, 950:15, 950:21

## K

Kaluza [5] - 972:11, 972:21, 1109:19, 1112:25, 1113:9
**KANNER** [2] - 951:14, 951:15
**KARIS** [18] - 952:7, 1016:5, 1018:21, 1059:4, 1072:6, 1072:13, 1075:5, 1076:14, 1076:16, 1114:20, 1115:2, 1115:4, 1115:18, 1127:5, 1127:7, 1127:18, 1128:6, 1128:8
**KATZ** [1] - 948:7
keep [7] - 959:13, 972:20, 1011:22, 1042:9, 1084:5, 1099:15, 1104:9
keeping [2] - 972:3, 1004:18
keeps [1] - 976:24
Keith [1] - 1114:13
**KELLEY** [1] - 950:23
Kent [4] - 1052:23, 1123:17, 1123:19
**KERRY** [1] - 952:14
Kevin [4] - 1015:19, 1018:2, 1044:21, 1049:8
key [13] - 982:11, 982:23, 991:11, 998:18, 999:18,

1024:25, 1025:1, 1025:8, 1028:24, 1090:4, 1094:14, 1103:22
Key [8] - 957:15, 961:15, 968:8, 982:19, 984:1, 987:3, 987:4, 1102:25
kick [15] - 1103:10, 1105:22, 1105:24, 1106:1, 1106:2, 1106:8, 1106:11, 1107:18, 1107:20, 1107:24, 1118:3, 1118:15, 1118:20, 1119:4, 1119:21
kicking [1] - 1103:15
kicks [1] - 1056:23
kill [19] - 963:10, 963:20, 963:21, 963:24, 964:5, 964:7, 965:17, 968:11, 968:22, 969:3, 969:6, 969:21, 970:13, 976:8, 976:9, 976:12, 979:13, 1124:3
**KINCHEN** [2] - 953:7, 953:7
kind [6] - 963:25, 974:13, 988:8, 988:19, 1063:7, 1072:17
**KIRKLAND** [1] - 952:6
knowledge [23] - 958:18, 965:21, 966:6, 969:15, 984:19, 984:21, 984:22, 984:23, 990:24, 1018:25, 1019:2, 1031:25, 1032:19, 1036:5, 1040:2, 1058:24, 1065:12, 1065:15, 1068:10, 1109:10, 1117:3, 1117:4, 1117:7
knowledgeable [1] - 1038:20
known [9] - 969:22, 976:16, 976:20, 976:22, 1002:19, 1004:7, 1044:11
knows [5] - 962:3, 962:4, 972:12, 973:19
**KRAUS** [1] - 951:15
**KULLMAN** [1] -

948:14

# L

**L.L.C** [1] - 954:6
**LA** [15] - 948:5, 948:8, 948:16, 948:23, 949:8, 949:12, 949:15, 949:22, 951:12, 951:16, 951:23, 952:15, 953:5, 953:13, 954:14
**lab** [7] - 1080:4, 1080:11, 1082:4, 1083:1, 1083:2, 1083:22, 1086:8
**lack** [2] - 968:10, 998:14
**Lacy** [13] - 1015:19, 1015:22, 1015:25, 1016:7, 1018:2, 1018:11, 1019:17, 1020:25, 1021:21, 1044:21, 1048:3, 1049:8, 1049:23
**Lacy's** [2] - 1016:3, 1016:8
**LAFAYETTE** [2] - 948:5, 953:5
**LAFLEUR** [1] - 953:3
**LAMAR** [1] - 954:4
**Lambert** [1] - 1109:20
**land** [1] - 1116:25
**landlubber's** [2] - 1099:19, 1105:12
**landlubbers** [1] - 1108:10
**LANGAN** [1] - 952:7
**Langan** [1] - 1122:22
**language** [3] - 1055:15, 1055:17, 1075:23
**large** [5] - 986:13, 1008:11, 1107:20, 1107:24
**LASALLE** [1] - 952:18
**last** [16] - 959:15, 991:11, 992:5, 992:8, 993:17, 995:3, 996:23, 1023:1, 1056:11, 1058:19, 1091:5, 1106:21, 1111:19, 1111:21, 1126:24
**late** [2] - 982:16, 984:11
**LAW** [3] - 949:7, 949:10, 949:21

**law** [1] - 1056:25
**LAWRENCE** [1] - 950:18
**lawyer** [1] - 1042:23
**lawyer-free** [1] - 1042:23
**layers** [2] - 1004:4, 1066:25
**layman's** [1] - 1081:19
**laymen's** [1] - 1087:6
**lays** [1] - 1014:19
**lead** [5] - 982:6, 1019:8, 1021:15, 1076:10, 1077:10
**leader** [11] - 971:10, 971:15, 1003:24, 1019:21, 1020:2, 1035:9, 1047:1, 1063:13, 1065:5, 1096:19, 1098:1
**leaders** [16] - 968:12, 970:24, 974:12, 976:3, 981:1, 1003:20, 1045:20, 1045:24, 1047:17, 1083:19, 1086:9, 1098:1, 1104:18, 1108:23, 1109:22
**Leadership** [1] - 1045:19
**leadership** [8] - 1008:12, 1018:3, 1018:5, 1018:12, 1021:1, 1021:14, 1048:1, 1066:21
**leads** [1] - 1026:25
**leak** [1] - 965:12
**leaking** [2] - 964:22, 965:11
**lean** [1] - 965:16
**leaned** [1] - 964:6
**learn** [3] - 983:24, 1029:17, 1106:5
**learned** [6] - 974:7, 975:14, 975:15, 1081:11, 1107:19, 1117:21
**LEASING** [1] - 947:14
**least** [35] - 963:18, 976:14, 976:15, 978:10, 978:11, 979:3, 998:4, 1004:7, 1004:20, 1013:4, 1026:16, 1029:7, 1030:2, 1050:20, 1053:14, 1056:1, 1062:16, 1062:24, 1081:1, 1082:2, 1082:16, 1084:22, 1089:13,

1092:25, 1098:3, 1098:12, 1099:16, 1100:4, 1106:25, 1107:10, 1107:23, 1122:8, 1124:7, 1124:9, 1125:5
**leave** [5] - 1000:7, 1001:3, 1097:25, 1114:4, 1116:10
**leaving** [1] - 1096:22
**led** [8] - 960:16, 968:12, 1004:25, 1017:12, 1017:15, 1017:17, 1034:1, 1050:14
**left** [16] - 957:13, 958:6, 962:18, 966:15, 966:18, 992:24, 993:14, 993:17, 1000:5, 1021:4, 1037:13, 1060:11, 1071:23, 1091:14, 1091:15, 1093:16
**left-hand** [1] - 1091:14
**legal** [1] - 1076:25
**LEGER** [2] - 948:21, 948:22
**lens** [1] - 1068:5
**less** [6] - 973:11, 984:24, 1078:20, 1085:23, 1089:10, 1105:7
**letter** [2] - 1019:23, 1021:19
**level** [43] - 958:21, 964:21, 1000:3, 1001:17, 1001:18, 1004:14, 1004:22, 1007:1, 1010:10, 1010:17, 1010:18, 1012:21, 1012:24, 1012:25, 1017:7, 1028:15, 1028:19, 1029:19, 1031:8, 1033:14, 1035:4, 1035:5, 1037:21, 1040:17, 1045:2, 1045:15, 1051:13, 1052:4, 1054:7, 1054:16, 1054:21, 1055:2, 1057:1, 1062:19, 1062:21, 1063:3, 1063:24, 1064:3, 1092:5
**levels** [1] - 1004:10
**LEWIS** [5] - 948:14, 951:20, 953:21, 954:3, 954:6
**LI** [1] - 952:23

**life** [2] - 1059:1, 1063:21
**LIFE** [1] - 948:15
**light** [1] - 1072:4
**lighter** [4] - 963:6, 971:6, 971:20, 1106:19
**likelihood** [1] - 1105:25
**likely** [8] - 964:3, 964:10, 994:19, 996:4, 996:8, 1088:19, 1128:20, 1128:22
**limitation** [1] - 1010:25
**limited** [2] - 998:17, 1075:17
**limits** [3] - 987:23, 987:25, 995:21
**line** [40] - 957:20, 962:19, 962:20, 963:10, 963:20, 963:21, 963:24, 964:6, 964:7, 965:12, 965:17, 968:11, 968:22, 969:3, 969:6, 969:21, 970:13, 976:8, 976:10, 976:12, 979:13, 980:5, 984:14, 992:5, 992:8, 995:4, 1001:22, 1014:16, 1020:11, 1063:13, 1067:11, 1077:6, 1106:18, 1111:19, 1111:20, 1111:21, 1114:14, 1114:18, 1124:3
**lined** [4] - 1124:4, 1124:12, 1124:22, 1125:23
**lines** [3] - 985:25, 1016:4, 1027:2
**link** [1] - 995:3
**linkage** [2] - 1063:9, 1078:3
**linkages** [1] - 1078:6
**liquid** [1] - 959:25
**LISKOW** [1] - 951:20
**list** [9] - 1007:15, 1026:3, 1045:13, 1051:11, 1071:22, 1110:5, 1114:15, 1114:19, 1124:6
**listed** [3] - 1092:10, 1114:18, 1123:15
**listening** [3] - 982:3, 1101:6, 1107:19

**listing** [1] - 1060:5
**literally** [2] - 994:11, 1107:22
**LITIGATION** [1] - 950:22
**LLC** [1] - 952:11
**local** [11] - 1001:18, 1022:1, 1022:4, 1022:8, 1028:15, 1035:12, 1036:3, 1045:1, 1060:21, 1061:12, 1062:20
**location** [1] - 964:17
**locations** [1] - 988:2
**lockdown** [1] - 967:15
**log** [1] - 1119:12
**logic** [2] - 1078:5, 1093:22
**London** [2] - 1013:12, 1092:1
**look** [59] - 964:24, 966:12, 970:8, 974:24, 980:25, 993:20, 997:12, 999:15, 1005:23, 1012:1, 1013:11, 1015:1, 1016:22, 1017:1, 1017:15, 1017:18, 1017:20, 1017:21, 1021:11, 1022:16, 1024:9, 1024:14, 1025:2, 1029:19, 1034:2, 1034:6, 1034:13, 1034:17, 1034:23, 1036:12, 1037:3, 1037:5, 1037:10, 1039:8, 1039:16, 1041:25, 1045:23, 1046:13, 1047:7, 1047:11, 1049:25, 1055:25, 1056:15, 1057:24, 1058:23, 1062:16, 1064:12, 1070:22, 1070:25, 1072:3, 1073:1, 1079:20, 1089:3, 1093:5, 1110:9, 1110:11, 1110:14, 1111:19, 1119:1
**looked** [63] - 958:10, 960:13, 961:7, 962:16, 962:22, 966:16, 990:4, 990:13, 990:20, 993:22, 995:1, 1007:25, 1008:6, 1009:3, 1015:16, 1016:9, 1018:8, 1018:9, 1022:13,

1022:15, 1033:16, 1033:21, 1034:24, 1035:14, 1035:21, 1035:24, 1036:1, 1037:9, 1039:12, 1041:17, 1042:2, 1044:24, 1046:3, 1046:6, 1046:18, 1046:21, 1047:15, 1047:25, 1049:13, 1049:16, 1049:20, 1050:24, 1052:9, 1056:13, 1058:14, 1058:17, 1062:12, 1062:19, 1065:20, 1065:24, 1065:25, 1066:7, 1067:6, 1067:7, 1068:13, 1075:13, 1082:22, 1083:3, 1083:4, 1089:6, 1091:7, 1119:11

**looking** [27] - 958:14, 978:3, 978:11, 979:2, 990:10, 994:1, 997:2, 1003:11, 1003:13, 1003:14, 1011:5, 1018:10, 1024:2, 1030:6, 1044:24, 1046:6, 1053:7, 1070:13, 1090:1, 1090:8, 1093:16, 1097:4, 1102:15, 1102:25, 1103:11, 1103:25, 1104:3

**looks** [10] - 966:22, 967:10, 971:18, 989:20, 991:21, 1002:5, 1014:2, 1100:20, 1103:4, 1110:17

**LOS** [1] - 952:24

**lose** [2] - 1088:12, 1088:17

**losing** [3] - 1058:7, 1087:15, 1087:17

**Loss** [1] - 1108:1

**loss** [5] - 1051:11, 1051:12, 1051:14, 1080:14, 1087:1

**lost** [9] - 982:25, 1056:23, 1061:11, 1061:24, 1075:1, 1086:24, 1087:19, 1088:19, 1102:13

**LOUISIANA** [5] - 947:2, 947:9, 951:8, 951:10, 954:8

**Louisiana** [2] -

1129:16, 1129:17

**low** [2] - 1040:13, 1061:14

**lower** [1] - 972:9

**LT** [1] - 1027:24

**Lucari** [2] - 1052:22, 1123:17

**Lucas** [1] - 1008:4

**lucky** [1] - 1079:9

**LUIS** [1] - 952:23

**lunch** [3] - 1078:25, 1126:8, 1129:6

**luncheon** [1] - 1129:9

**LUNCHEON** [1] - 955:9

**LUTHER** [1] - 951:4

---

# M

**machinery** [1] - 993:7

**Macondo** [68] - 973:8, 981:3, 992:17, 1011:18, 1014:3, 1014:8, 1014:13, 1014:19, 1014:24, 1015:11, 1015:15, 1017:23, 1018:20, 1019:9, 1022:1, 1022:8, 1029:18, 1029:21, 1030:3, 1030:24, 1032:1, 1032:2, 1034:11, 1034:23, 1036:7, 1036:12, 1038:15, 1040:7, 1045:24, 1047:9, 1047:12, 1047:17, 1048:5, 1048:11, 1051:2, 1051:5, 1051:24, 1052:15, 1053:2, 1053:13, 1053:15, 1053:17, 1053:18, 1053:25, 1055:13, 1056:2, 1056:7, 1057:17, 1058:1, 1059:11, 1059:12, 1060:4, 1061:15, 1063:10, 1065:19, 1066:17, 1072:24, 1076:13, 1081:14, 1082:4, 1082:15, 1083:11, 1083:21, 1084:5, 1086:21, 1088:4, 1089:1, 1089:9

**MAGAZINE** [1] - 949:22

**magnitude** [1] - 1017:15

**MAHTOOK** [1] - 953:3

**mail** [16] - 1018:3, 1018:7, 1018:11, 1018:15, 1019:16, 1020:9, 1020:25, 1021:8, 1022:18, 1048:14, 1049:2, 1053:10, 1056:14, 1095:25, 1096:5, 1111:16

**mails** [9] - 1065:3, 1065:7, 1065:11, 1065:14, 1066:2, 1066:5, 1066:9, 1066:11, 1066:12

**MAIN** [1] - 949:15

**main** [4] - 959:20, 1024:22, 1099:14, 1116:25

**maintain** [4] - 959:13, 964:16, 982:22, 986:23

**maintenance** [8] - 996:22, 996:24, 996:25, 997:1, 997:3, 997:4, 997:9, 998:15

**Major** [1] - 1053:22

**major** [14] - 961:19, 1027:12, 1027:14, 1027:19, 1027:20, 1051:7, 1051:9, 1051:12, 1051:15, 1051:24, 1054:2, 1054:9, 1075:18, 1107:18

**MALINDA** [1] - 950:18

**man** [1] - 1108:10

**manage** [8] - 975:4, 1023:19, 1026:23, 1047:5, 1048:24, 1049:16, 1050:17, 1061:4

**manageability** [1] - 1050:3

**managed** [5] - 975:7, 1026:6, 1047:8, 1047:18, 1075:3

**Management** [6] - 1028:22, 1037:14, 1047:4, 1048:17, 1049:6, 1050:16

**management** [98] - 975:2, 993:3, 996:25, 997:1, 997:3, 998:15, 999:9, 1000:3, 1000:13, 1001:16, 1002:19, 1003:12, 1003:19, 1003:22, 1004:12, 1004:22,

1006:19, 1006:24, 1010:10, 1010:17, 1010:18, 1011:11, 1011:17, 1017:7, 1017:14, 1023:4, 1023:9, 1023:22, 1024:15, 1024:24, 1025:1, 1026:2, 1026:10, 1026:25, 1029:8, 1029:19, 1029:20, 1032:11, 1032:14, 1032:16, 1032:20, 1033:4, 1033:10, 1033:13, 1033:18, 1036:12, 1036:21, 1036:25, 1038:2, 1038:21, 1039:5, 1039:9, 1039:25, 1040:10, 1040:23, 1041:4, 1041:5, 1041:8, 1041:13, 1041:16, 1041:18, 1041:22, 1047:22, 1048:2, 1048:19, 1049:19, 1050:2, 1050:5, 1050:17, 1050:22, 1051:23, 1053:2, 1053:3, 1053:15, 1055:15, 1055:16, 1062:19, 1064:3, 1064:8, 1066:16, 1066:24, 1068:23, 1069:5, 1070:4, 1070:22, 1074:3, 1074:9, 1075:17, 1077:17, 1077:20, 1091:25, 1092:1

**management-level** [1] - 1010:17

**manager** [2] - 956:24, 1077:19

**managing** [9] - 973:24, 974:1, 1026:4, 1027:16, 1027:20, 1043:25, 1051:11, 1053:5

**mandates** [1] - 1045:15

**manner** [2] - 989:11, 990:9

**manual** [18] - 1022:1, 1022:4, 1022:8, 1030:2, 1030:8, 1030:10, 1035:12, 1036:3, 1036:6, 1038:9, 1045:4, 1045:5, 1047:25, 1060:21, 1060:24, 1061:13, 1062:21,

1063:1

**Manual** [1] - 1044:20

**manufacturer** [3] - 997:19, 998:11, 998:13

**MAR** [7] - 1053:22, 1054:7, 1054:16, 1054:22, 1055:8, 1055:12, 1060:10

**March** [2] - 1052:14, 1114:18

**margin** [4] - 1088:25, 1089:9, 1089:10, 1089:15

**margins** [3] - 1056:23, 1056:25, 1091:17

**Mark** [8] - 1006:5, 1034:14, 1058:10, 1112:1, 1117:22, 1123:8, 1123:16, 1124:2

**MARK** [2] - 955:5, 957:3

**marked** [2] - 1120:4, 1120:16

**MARs** [1] - 1027:12

**Marshall** [1] - 1053:12

**marshals** [1] - 1075:8

**Martin** [1] - 1120:2

**master** [1] - 1007:16

**material** [2] - 963:15, 1022:24

**materials** [1] - 1061:8

**math** [1] - 1086:1

**matrix** [6] - 1055:6, 1069:13, 1069:16, 1070:10, 1071:6, 1071:12

**Matrix** [1] - 1069:21

**Matt** [5] - 956:12, 1007:24, 1008:3, 1008:4, 1008:8

**matter** [4] - 962:4, 1001:8, 1083:18, 1129:18

**matters** [3] - 956:10, 1000:15, 1041:9

**MATTHEW** [1] - 952:8

**MAZE** [1] - 951:4

**MC252-1** [1] - 1014:2

**McCLELLAN** [1] - 950:16

**McKay** [3] - 1068:22, 1069:7, 1076:3

**MCKINNEY** [1] - 953:18

**mean** [18] - 992:8, 998:9, 1003:10, 1004:17, 1009:24, 1026:8, 1026:12,

1026:13, 1033:11,
1052:3, 1058:17,
1062:4, 1087:17,
1088:17, 1088:19,
1097:17, 1106:13,
1124:14
**means** [14] - 973:24,
994:23, 997:18,
998:13, 1020:22,
1026:9, 1027:2,
1027:9, 1029:1,
1051:14, 1055:2,
1058:13, 1099:6,
1111:20
**meant** [5] - 959:3,
963:24, 1025:21,
1069:24, 1088:7
**meantime** [1] -
1030:11
**measure** [2] -
1076:19, 1076:22
**MECHANICAL** [1] -
954:16
**mechanical** [3] -
1090:11, 1091:10,
1093:25
**mechanism** [1] -
1027:11
**meeting** [2] - 1011:15,
1113:23
**meetings** [2] -
1121:20, 1122:3
**member** [1] - 1116:18
**members** [8] - 970:25,
982:23, 1044:10,
1066:1, 1073:12,
1083:9, 1115:9,
1123:20
**memory** [4] - 976:18,
977:22, 981:22,
1109:5
**men** [4] - 984:8,
1073:14, 1125:10,
1125:12
**mental** [1] - 1065:8
**mention** [3] - 1059:1,
1059:14, 1123:1
**mentioned** [9] - 994:9,
1007:18, 1035:24,
1043:3, 1046:21,
1081:7, 1099:18,
1117:24, 1118:13
**MERIT** [1] - 954:13
**Merit** [2] - 1129:16,
1129:21
**met** [6] - 995:9, 996:4,
1008:2, 1022:23,
1032:14, 1064:24
**method** [4] - 986:1,
991:17, 993:6, 995:5

**methods** [4] - 991:14,
991:15, 1024:2,
1024:3
**Mexico** [40] - 982:9,
987:17, 993:19,
1013:22, 1016:2,
1016:20, 1016:22,
1022:7, 1023:8,
1023:18, 1024:16,
1025:5, 1026:2,
1029:9, 1030:22,
1031:5, 1031:16,
1031:22, 1031:23,
1032:9, 1036:17,
1040:13, 1044:20,
1045:8, 1048:4,
1048:17, 1048:21,
1049:1, 1050:4,
1050:15, 1050:18,
1051:10, 1051:13,
1052:24, 1060:15,
1068:19, 1069:21,
1071:18, 1075:22,
1076:4
**MEXICO** [1] - 947:6
**MGS** [2] - 984:16,
984:19
**MI** [1] - 954:6
**MICHAEL** [2] - 950:5,
952:22
**MICHELLE** [1] -
950:16
**middle** [1] - 1120:15
**might** [5] - 1030:5,
1043:10, 1046:5,
1055:12, 1088:10
**MIKAL** [1] - 949:3
**mike** [1] - 1076:17
**Milazzo's** [1] -
1042:21
**miles** [1] - 1054:1
**Miller** [1] - 1117:16
**MILLER** [1] - 952:14
**million** [12] - 1014:17,
1015:8, 1016:21,
1017:1, 1030:11,
1085:16, 1085:21,
1085:23, 1097:2,
1097:10, 1097:12,
1097:13
**mind** [3] - 1021:18,
1099:15, 1104:9
**minimum** [3] -
1052:14, 1071:3,
1074:7
**minute** [10] - 990:14,
1008:15, 1010:8,
1043:18, 1084:11,
1085:1, 1095:8,
1095:18, 1125:6

**minutes** [17] - 977:12,
977:23, 980:18,
981:12, 981:20,
989:22, 994:9,
1042:9, 1043:17,
1053:22, 1074:20,
1078:19, 1105:18,
1126:3, 1126:7,
1128:4, 1128:5
**misinterpreted** [2] -
961:20, 970:3
**missed** [2] - 992:23,
1069:3
**Mississippi** [1] -
1014:2
**misspoke** [1] -
1070:15
**misstates** [1] - 1059:5
**mistake** [1] - 1070:7
**mitigate** [6] - 974:17,
1003:1, 1003:5,
1018:19, 1025:6,
1065:18
**mitigating** [1] -
1040:18
**mitigation** [2] -
1029:12, 1052:1
**mitigations** [1] -
1075:19
**MMS** [1] - 1091:17
**MOBILE** [1] - 948:12
**MOC** [3] - 1031:6,
1041:18, 1041:23
**MOC'd** [1] - 1048:7
**mode** [7] - 988:6,
989:11, 991:13,
992:19, 995:8,
995:13, 996:3
**model** [10] - 1090:5,
1091:24, 1092:2,
1092:24, 1093:5,
1093:11, 1094:13,
1128:12, 1128:13,
1128:16
**modeling** [9] - 957:21,
989:24, 989:25,
1099:25, 1100:5,
1100:7, 1101:2,
1107:11, 1108:6
**MODU** [1] - 1055:4
**MODUs** [1] - 1068:21
**moment** [5] - 990:20,
1073:2, 1101:22,
1106:15, 1125:1
**moments** [1] -
1098:21
**Monday** [1] - 1096:1
**monetary** [1] -
1017:16
**Monitor** [1] - 1073:25

**monitor** [10] - 975:12,
975:17, 975:21,
983:5, 1074:2,
1074:8, 1074:13,
1074:14, 1077:25,
1078:4
**monitor's** [1] -
1075:14
**monitoring** [6] -
991:3, 1090:21,
1101:8, 1101:23,
1103:8, 1128:17
**Monitors** [1] - 1073:24
**MONTGOMERY** [1] -
951:6
**month** [2] - 998:24,
999:2
**months** [4] - 1015:11,
1020:25, 1030:8,
1097:9
**moon** [2] - 995:18,
995:23, 995:25
**Morel** [5] - 1034:20,
1063:17, 1064:9,
1083:18, 1096:1
**MORGAN** [1] - 954:6
**morning** [15] - 956:8,
956:9, 956:12,
957:1, 957:9,
957:10, 1012:7,
1043:4, 1043:15,
1056:25, 1079:8,
1087:24, 1091:23,
1121:20, 1122:3
**MORNING** [1] - 947:20
**most** [13] - 971:18,
973:8, 1035:14,
1035:17, 1059:22,
1063:10, 1064:17,
1064:20, 1071:10,
1106:6, 1128:5,
1128:20, 1128:22
**motion** [1] - 1122:22
**motivation** [1] -
1013:7
**move** [5] - 1050:4,
1050:20, 1064:2,
1092:7, 1126:22
**moved** [4] - 977:2,
979:8, 999:20,
1043:10
**moving** [2] - 977:21,
979:14
**MR** [71] - 955:6, 955:8,
956:12, 956:21,
957:1, 957:8, 960:3,
969:12, 969:14,
969:19, 972:25,
973:6, 978:17,
978:19, 978:24,

979:1, 990:22,
1016:15, 1016:17,
1018:24, 1042:7,
1042:11, 1043:20,
1059:9, 1060:25,
1061:3, 1072:8,
1072:19, 1072:20,
1075:2, 1075:6,
1075:11, 1076:22,
1077:5, 1078:8,
1078:11, 1078:14,
1078:24, 1079:3,
1079:7, 1079:22,
1079:24, 1085:5,
1085:7, 1085:8,
1099:10, 1100:15,
1109:16, 1112:4,
1114:11, 1115:8,
1115:23, 1115:25,
1116:4, 1116:8,
1116:9, 1116:21,
1117:14, 1121:19,
1122:21, 1122:24,
1126:5, 1126:10,
1126:11, 1126:23,
1127:14, 1127:19,
1127:22, 1128:4,
1128:9, 1129:4
**MS** [17] - 1016:5,
1018:21, 1059:4,
1072:6, 1072:13,
1075:5, 1076:14,
1076:16, 1114:20,
1115:2, 1115:4,
1115:18, 1127:5,
1127:7, 1127:18,
1128:6, 1128:8
**mud** [37] - 962:19,
963:2, 963:6,
965:12, 966:13,
967:6, 971:6, 972:4,
972:23, 980:5,
981:9, 984:2, 984:4,
984:14, 984:17,
984:18, 984:23,
984:25, 985:3,
985:13, 985:22,
986:3, 986:4, 986:5,
986:14, 986:15,
986:18, 1087:18,
1087:19, 1087:22,
1088:12, 1088:13,
1088:25, 1089:16,
1106:18
**mud-gas** [1] - 986:18
**mudlogger** [4] -
978:9, 1102:8,
1103:9, 1103:13
**mudlogging** [2] -
1101:5, 1101:13

**multiple** [13] - 977:18, 993:8, 993:11, 1029:6, 1040:25, 1050:5, 1054:10, 1054:13, 1060:18, 1066:24, 1092:17, 1092:18
**MUNGER** [1] - 952:21
**must** [4] - 982:21, 1020:16, 1054:2, 1076:14
**MUX** [1] - 994:20
**mystery** [1] - 972:11

# N

**name** [3] - 1058:2, 1102:3, 1122:9
**narrow** [1] - 1056:23
**NATHANIEL** [1] - 950:12
**NATURAL** [1] - 950:9
**nearly** [1] - 1015:8
**necessarily** [11] - 975:2, 1004:7, 1004:17, 1008:13, 1028:17, 1039:22, 1057:7, 1057:11, 1057:14, 1064:20, 1074:13
**necessary** [2] - 971:1, 1008:8
**need** [32] - 974:16, 980:24, 982:23, 982:24, 988:15, 1001:11, 1003:3, 1019:5, 1019:19, 1023:21, 1025:23, 1026:13, 1026:23, 1026:24, 1027:2, 1027:7, 1027:9, 1027:10, 1027:11, 1042:24, 1042:25, 1043:10, 1043:12, 1043:16, 1050:1, 1054:22, 1055:8, 1057:21, 1060:1, 1070:25, 1074:18, 1074:19
**needed** [6] - 964:16, 1003:1, 1011:15, 1011:19, 1043:8, 1044:11
**needs** [5] - 975:4, 982:21, 992:9, 1019:4, 1026:6
**negative** [52] - 961:16, 961:19, 962:22, 962:25, 963:12, 964:8, 965:8, 967:5,

967:9, 968:5, 968:13, 969:16, 974:11, 976:7, 977:10, 978:1, 980:3, 980:24, 981:7, 1090:19, 1094:1, 1094:4, 1096:10, 1098:2, 1104:12, 1104:20, 1105:7, 1109:2, 1109:7, 1111:25, 1112:7, 1112:13, 1112:19, 1112:22, 1112:23, 1113:4, 1113:12, 1113:21, 1114:8, 1116:12, 1120:10, 1120:24, 1121:25, 1122:11, 1122:18, 1124:11, 1124:15, 1124:22, 1125:23, 1126:16, 1128:15, 1128:16
**never** [20] - 963:19, 967:24, 968:2, 968:5, 985:13, 985:14, 1016:7, 1022:13, 1025:18, 1030:10, 1049:14, 1049:23, 1059:11, 1059:12, 1062:22, 1070:24, 1091:12, 1126:5, 1127:8, 1127:12
**nevertheless** [4] - 1084:19, 1084:20, 1097:25, 1098:1
**NEW** [10] - 947:9, 948:8, 948:16, 948:23, 949:22, 951:16, 951:23, 952:15, 953:13, 954:14
**new** [6] - 999:4, 1004:9, 1028:7, 1048:19, 1048:24, 1075:12
**next** [37] - 977:5, 995:8, 995:10, 996:3, 996:22, 1012:21, 1012:25, 1042:22, 1043:2, 1049:23, 1080:7, 1081:24, 1082:15, 1086:17, 1089:21, 1090:25, 1093:21, 1094:14, 1094:25, 1095:24, 1096:9, 1098:18, 1100:16, 1103:21, 1104:6, 1104:22, 1105:10,

1107:6, 1108:20, 1112:4, 1117:14, 1123:4, 1123:23, 1128:10
**night** [1] - 991:7
**nine** [1] - 1071:4, 1095:12, 1097:3
**NINTH** [1] - 949:11
**NO** [3] - 947:8, 947:12, 947:15
**nobody** [2] - 981:1, 1112:10
**non** [6] - 997:16, 998:12, 1116:5, 1116:11, 1116:14, 1116:15
**non-Bly** [1] - 1116:11, 1116:14, 1116:15
**non-BP** [1] - 1116:5
**non-OEM** [2] - 997:16, 998:12
**none** [3] - 991:13, 992:13, 1097:21
**NONJURY** [1] - 947:21
**nonphenomenon** [1] - 1098:4
**noon** [2] - 1043:15, 1078:25
**NORFOLK** [1] - 953:8
**normal** [5] - 963:12, 971:11, 984:20, 1058:10, 1098:24
**NORTH** [1] - 951:11
**note** [10] - 999:18, 1019:18, 1099:14, 1100:24, 1111:3, 1117:25, 1118:6, 1119:24, 1120:5, 1120:9
**noted** [2] - 1099:16, 1119:2
**notes** [19] - 1058:22, 1065:3, 1065:7, 1065:11, 1065:14, 1110:8, 1111:7, 1111:10, 1111:17, 1117:10, 1118:25, 1120:1, 1120:2, 1120:3, 1120:9, 1120:14, 1123:7
**nothing** [12] - 961:2, 968:18, 968:19, 983:16, 992:24, 995:5, 995:15, 1055:21, 1059:1, 1064:19, 1069:4, 1107:1
**notice** [2] - 978:7, 1116:24
**notified** [1] - 1004:16

**notion** [1] - 1039:2
**notwithstanding** [1] - 959:6
**nowhere** [1] - 1106:16
**Number** [15] - 957:15, 961:15, 968:8, 968:10, 975:10, 982:19, 987:3, 991:11, 994:6, 1026:21, 1045:18, 1046:8, 1058:2, 1073:24, 1103:22
**number** [17] - 960:22, 969:22, 969:23, 978:16, 978:22, 978:23, 1047:3, 1068:3, 1077:21, 1082:18, 1085:19, 1097:5, 1097:7, 1097:12, 1097:20, 1099:23
**numbered** [1] - 1129:18
**numbers** [4] - 1089:5, 1114:14, 1114:18, 1120:16
**numerous** [1] - 1056:21
**NW** [1] - 952:4

# O

**O'Bryan** [3] - 1049:9, 1049:24, 1052:12
**O'Bryan's** [2] - 1052:17, 1055:16
**o'clock** [3] - 981:11, 981:20, 1119:15
**O'KEEFE** [1] - 948:8
**O'ROURKE** [1] - 950:10
**oath** [1] - 957:5
**object** [7] - 1059:4, 1076:20, 1085:5, 1110:3, 1114:21, 1115:18, 1127:5
**objection** [13] - 956:17, 969:12, 972:25, 1016:5, 1018:21, 1018:22, 1072:13, 1072:16, 1076:14, 1077:1, 1120:7, 1128:6, 1128:7
**objections** [1] - 956:16
**objective** [6] - 1024:14, 1024:19, 1024:20, 1024:21,

1029:11
**objectives** [3] - 1024:22, 1046:11, 1046:15
**objects** [1] - 1039:20
**obligation** [1] - 975:22
**observable** [1] - 978:4
**observations** [2] - 1041:18, 1047:21
**observe** [2] - 970:8, 970:9
**observed** [7] - 982:5, 997:13, 1010:4, 1039:12, 1096:18, 1118:12, 1121:15
**obtained** [1] - 1082:5
**obviously** [10] - 962:16, 982:6, 988:10, 1009:18, 1014:3, 1069:2, 1077:14, 1095:22, 1099:11, 1115:19
**occur** [5] - 1062:10, 1063:23, 1078:6, 1093:1, 1094:8
**occurred** [7] - 980:18, 1019:8, 1021:10, 1076:2, 1077:6, 1091:8, 1095:5
**occurrence** [1] - 1073:17
**occurrences** [1] - 1056:22
**occurring** [2] - 975:22, 1002:24
**occurs** [2] - 982:20, 1058:21
**October** [4] - 1000:9, 1005:24, 1018:2, 1019:4
**OEM** [2] - 997:16, 998:12
**OF** [14] - 947:2, 947:6, 947:13, 947:15, 947:21, 950:4, 950:8, 950:15, 950:21, 951:3, 951:8, 951:9, 951:10
**offer** [1] - 956:15
**offered** [1] - 1122:22
**OFFICE** [5] - 948:4, 950:18, 951:3, 951:8, 951:12
**office** [7] - 1112:12, 1113:1, 1113:23, 1114:2, 1114:3, 1114:7
**officer** [3] - 1054:21, 1057:1, 1059:2
**officers** [1] - 991:7

offices [1] - 1123:9
OFFICIAL [1] - 954:12
Official [2] - 1129:16, 1129:22
officially [1] - 1000:2
offs [5] - 988:19, 988:22, 988:24, 988:25, 989:5
offshore [2] - 987:16, 1054:1
OFFSHORE [1] - 952:12
often [1] - 1040:15
oil [11] - 963:2, 1074:4, 1074:10, 1092:13, 1107:12, 1108:10, 1108:11, 1108:15, 1108:17, 1108:18, 1129:2
OIL [2] - 947:5
oil-based [1] - 963:2
OLGA [7] - 1099:25, 1100:5, 1100:7, 1101:1, 1107:10, 1108:6
OLSON [1] - 952:21
OMS [80] - 1001:12, 1001:18, 1002:19, 1010:11, 1021:22, 1022:1, 1022:4, 1022:8, 1024:22, 1024:23, 1024:25, 1028:6, 1028:15, 1028:18, 1030:21, 1030:23, 1031:3, 1031:15, 1031:21, 1031:23, 1032:1, 1032:8, 1032:13, 1032:14, 1032:19, 1032:22, 1032:24, 1033:4, 1033:10, 1033:11, 1033:17, 1033:19, 1034:10, 1034:13, 1034:23, 1035:1, 1035:3, 1035:11, 1035:12, 1035:24, 1036:1, 1036:3, 1036:6, 1036:11, 1036:16, 1037:4, 1037:5, 1037:22, 1039:7, 1039:10, 1039:15, 1044:20, 1045:1, 1045:11, 1046:7, 1048:8, 1050:3, 1051:13, 1053:15, 1061:12, 1062:21, 1064:15, 1067:12, 1067:22, 1068:5, 1068:12, 1068:16,

1069:17, 1069:20, 1070:11, 1070:20, 1071:13, 1071:17, 1072:23, 1075:24, 1075:25, 1076:3, 1076:11
OMS-based [2] - 1035:11, 1036:11
ON [1] - 947:6
once [5] - 959:1, 959:23, 984:13, 993:16, 994:23
one [98] - 963:18, 965:10, 969:22, 971:18, 973:8, 974:10, 974:20, 976:7, 976:8, 976:11, 976:21, 977:19, 980:22, 981:4, 982:10, 986:23, 991:17, 993:6, 993:15, 993:17, 993:19, 996:3, 998:4, 1000:17, 1002:7, 1008:17, 1011:12, 1011:14, 1012:20, 1013:8, 1014:1, 1014:17, 1016:8, 1017:9, 1017:10, 1022:13, 1024:17, 1024:22, 1024:25, 1025:13, 1025:20, 1028:12, 1029:17, 1029:24, 1030:4, 1034:5, 1035:17, 1043:21, 1050:12, 1054:9, 1054:20, 1056:17, 1058:11, 1060:25, 1062:3, 1062:15, 1064:24, 1069:13, 1069:14, 1069:19, 1073:8, 1077:23, 1077:25, 1079:9, 1079:10, 1080:1, 1081:4, 1081:5, 1090:8, 1092:9, 1092:15, 1093:5, 1093:6, 1093:12, 1093:13, 1093:15, 1093:24, 1094:21, 1098:12, 1102:1, 1107:18, 1109:16, 1112:16, 1114:13, 1114:16, 1115:9, 1115:25, 1116:17, 1116:21, 1117:17, 1117:18, 1119:8, 1119:25, 1121:23, 1121:24, 1122:4, 1122:10

ONE [2] - 951:21, 953:17
one's [1] - 994:10
ones [2] - 984:14, 1063:25
ongoing [1] - 975:22
onshore [4] - 1086:9, 1086:10, 1102:21
open [4] - 964:7, 965:18, 967:11, 968:11
opened [3] - 965:18, 981:8, 1099:2
openly [1] - 1006:11
operate [5] - 964:14, 964:19, 986:23, 987:16, 1048:8
operated [9] - 958:11, 965:23, 966:7, 980:21, 986:24, 986:25, 1032:10, 1036:19, 1102:7
operating [31] - 991:4, 991:14, 1001:22, 1002:19, 1003:12, 1003:19, 1003:22, 1004:12, 1011:17, 1032:9, 1035:15, 1036:21, 1036:25, 1037:1, 1037:24, 1045:19, 1045:20, 1045:24, 1047:5, 1047:8, 1047:19, 1061:5, 1066:16, 1067:4, 1067:15, 1068:18, 1068:23, 1069:5, 1070:5, 1071:9, 1092:17
Operating [3] - 1037:14, 1037:19, 1044:20
operation [13] - 961:25, 964:12, 967:15, 971:19, 971:21, 987:19, 991:18, 1025:3, 1025:4, 1031:23, 1061:6, 1073:21, 1099:2
operational [8] - 999:1, 1000:15, 1000:23, 1001:9, 1002:25, 1017:7, 1051:15, 1063:12
Operations [2] - 999:19, 1006:5
operations [27] - 1001:15, 1002:2, 1002:18, 1003:12, 1003:19, 1004:5,

1004:12, 1006:12, 1016:22, 1019:17, 1022:8, 1038:5, 1038:12, 1038:15, 1038:20, 1041:12, 1041:15, 1054:8, 1054:17, 1061:21, 1062:2, 1065:18, 1073:13, 1074:4, 1074:10, 1098:25, 1121:1
operator [1] - 1018:4
opine [1] - 1016:10
opinion [6] - 969:13, 973:1, 1051:19, 1054:20, 1066:16, 1069:8
opportunities [1] - 993:9
opportunity [7] - 968:5, 971:7, 971:21, 973:13, 973:14, 1048:3, 1058:2
option [2] - 1010:24, 1075:5
options [1] - 994:10
ORDER [1] - 956:4
order [5] - 1012:11, 1040:21, 1073:23, 1076:8, 1085:1
ordered [1] - 1087:10
organization [15] - 1001:11, 1027:3, 1038:6, 1045:16, 1045:21, 1046:1, 1046:8, 1048:2, 1066:5, 1068:19, 1071:10, 1083:16, 1084:6, 1084:9
organizational [1] - 1046:9
organizations [5] - 1037:6, 1038:12, 1038:15, 1046:10, 1046:14
original [4] - 997:18, 998:1, 998:10, 998:13
ORLEANS [10] - 947:9, 948:8, 948:16, 948:23, 949:22, 951:16, 951:23, 952:15, 953:13, 954:14
outcome [1] - 1093:14
outlined [1] - 1045:14
outlines [1] - 1008:16
outside [5] - 988:22, 1077:25, 1108:23,

1115:12, 1115:16
overall [5] - 961:25, 1031:9, 1070:4, 1092:1, 1094:16
overarching [7] - 1001:14, 1001:17, 1001:18, 1005:1, 1037:22, 1054:19, 1091:23
overbalanced [2] - 981:8, 1099:3
overboard [3] - 985:15, 985:17, 985:25
overflow [2] - 1042:23, 1043:2
overlap [1] - 1033:6
overlapped [1] - 1032:23
overrule [1] - 1077:1
overruled [2] - 973:2, 1018:23, 1059:6
overseas [1] - 1021:5
oversee [1] - 1000:18
oversight [3] - 1002:21, 1003:14, 1026:24
overwhelmed [2] - 986:11, 986:19
own [5] - 1089:25, 1109:5, 1120:9, 1123:11, 1123:13
owned [5] - 985:9, 1031:15, 1032:4, 1032:10, 1102:7
owner [3] - 983:4, 1058:6, 1058:10

## P

p.m [22] - 976:14, 977:7, 979:25, 980:2, 980:4, 980:23, 1099:19, 1104:16, 1104:23, 1105:5, 1105:12, 1105:14, 1105:23, 1107:9, 1107:15, 1108:1, 1108:8, 1119:13, 1124:20, 1125:1, 1125:21, 1129:9
P.O [1] - 950:12
PAGE [2] - 955:3, 955:14
page [59] - 957:12, 961:8, 961:15, 982:19, 987:3, 1002:9, 1003:7,

1005:23, 1006:10,
1007:3, 1016:4,
1023:17, 1025:23,
1028:22, 1037:13,
1038:8, 1038:18,
1041:10, 1045:7,
1046:8, 1047:3,
1049:10, 1049:25,
1051:7, 1053:10,
1054:6, 1056:6,
1060:21, 1071:20,
1073:22, 1080:8,
1081:25, 1086:18,
1095:1, 1096:11,
1104:11, 1105:11,
1107:7, 1108:21,
1109:1, 1110:13,
1110:17, 1111:3,
1111:4, 1111:19,
1114:14, 1114:18,
1116:24, 1118:2,
1120:10, 1120:13,
1120:14, 1120:15,
1123:6, 1123:24,
1124:7
**pages** [4] - 1110:13,
1110:15, 1111:11,
1122:10
**PALMINTIER** [1] -
949:14
**PAN** [1] - 948:15
**paragraph** [3] -
1050:14, 1080:9,
1086:19
**part** [73] - 959:12,
959:15, 959:17,
961:5, 961:25,
964:25, 965:1,
971:21, 973:17,
973:22, 973:23,
978:9, 985:7,
985:10, 985:16,
986:25, 989:2,
989:3, 989:13,
997:16, 997:25,
999:4, 999:11,
1002:10, 1008:10,
1013:8, 1015:17,
1016:24, 1017:3,
1017:20, 1018:6,
1019:13, 1025:1,
1028:15, 1031:5,
1031:7, 1034:7,
1036:25, 1037:6,
1038:5, 1038:6,
1038:22, 1052:21,
1057:17, 1062:12,
1062:24, 1070:4,
1070:20, 1071:17,
1071:18, 1073:1,

1080:19, 1080:20,
1082:2, 1084:4,
1088:23, 1089:14,
1090:2, 1096:5,
1098:3, 1098:24,
1099:23, 1100:2,
1100:5, 1110:1,
1117:7, 1117:12,
1119:6, 1119:22,
1120:16, 1121:17,
1124:1
**participate** [2] -
965:23, 966:1
**particular** [10] -
975:16, 1030:25,
1034:3, 1052:16,
1071:6, 1079:18,
1088:3, 1093:11,
1094:13, 1123:6
**particularly** [4] -
1025:3, 1069:12,
1081:5, 1088:4
**particulars** [2] -
1032:4, 1032:6
**parts** [12] - 973:11,
993:10, 997:23,
998:7, 998:10,
1024:25, 1037:9,
1037:24, 1039:12,
1062:14, 1100:8
**party** [3] - 1076:9,
1076:24, 1078:3
**pass** [3] - 977:23,
981:21, 1066:23
**passage** [5] - 1044:17,
1046:3, 1049:20,
1052:3, 1109:6
**passed** [1] - 1105:15
**past** [6] - 1007:19,
1007:20, 1008:1,
1015:15, 1107:2,
1126:3
**Pat** [1] - 1052:12
**path** [1] - 1033:23
**paths** [1] - 957:22
**Patrick** [1] - 1049:9
**PAUL** [1] - 948:14
**Paul** [2] - 1078:17,
1078:20
**pay** [1] - 1016:18
**PDF** [1] - 1071:20
**penetrated** [1] -
1091:11
**PENNSYLVANIA** [1] -
952:4
**people** [50] - 965:24,
974:23, 975:17,
978:10, 980:14,
992:13, 1011:3,
1011:12, 1011:13,

1011:14, 1012:3,
1012:10, 1012:14,
1023:14, 1028:17,
1028:18, 1028:21,
1045:21, 1046:1,
1046:12, 1046:16,
1059:21, 1060:17,
1065:22, 1066:8,
1066:11, 1067:14,
1067:18, 1067:23,
1068:5, 1068:6,
1077:6, 1082:14,
1083:17, 1086:9,
1087:10, 1092:18,
1097:8, 1097:13,
1097:14, 1097:21,
1102:21, 1103:8,
1103:13, 1106:10,
1115:12, 1115:16,
1123:9, 1124:6,
1124:8
**Pepper** [3] - 1129:15,
1129:20, 1129:24
**PEPPER** [1] - 954:12
**per** [3] - 1095:8,
1095:17
**perfectly** [1] - 1093:18
**perform** [1] - 1012:11
**performance** [5] -
958:11, 1046:25,
1066:4, 1068:1
**performed** [7] - 967:5,
1080:25, 1081:14,
1109:18, 1109:19,
1112:7, 1112:22
**performing** [1] -
1065:16
**perhaps** [2] - 1101:18,
1126:13
**period** [4] - 977:19,
981:1, 981:5, 1096:4
**permanent** [1] -
1122:23
**permission** [4] -
1078:22, 1079:15,
1096:12, 1101:18
**person** [6] - 998:1,
1011:18, 1077:8,
1077:25, 1086:14,
1127:13
**personal** [6] - 958:18,
1039:19, 1039:23,
1059:1, 1059:14,
1128:25
**personally** [2] -
1028:4, 1028:13
**personals** [1] -
1123:16
**personnel** [6] - 966:1,
970:7, 970:24,

990:24, 991:2,
1116:25
**persons** [1] - 1075:20
**perspective** [2] -
1013:4, 1081:19
**pertain** [2] - 1009:21,
1039:18
**pertained** [1] - 1035:6
**pertaining** [3] -
1053:4, 1060:4,
1061:21
**PETITION** [1] - 947:13
**phases** [2] - 971:19,
973:8
**phenomenon** [3] -
1096:15, 1096:18,
1096:22
**PHILLIP** [1] - 953:12
**philosophically** [2] -
1032:16, 1032:25
**philosophy** [4] -
1032:8, 1032:11,
1032:18, 1055:7
**phone** [2] - 1043:15,
1122:13
**photograph** [2] -
967:4, 988:12
**photographs** [1] -
995:22
**physical** [1] - 1002:25
**physically** [1] -
1107:22
**picking** [1] - 957:13
**picture** [5] - 958:14,
958:24, 977:16,
995:20, 999:17
**piece** [10] - 961:1,
961:11, 965:1,
992:12, 992:19,
993:6, 993:15,
998:2, 1073:8,
1115:4
**PIGMAN** [1] - 953:11
**piloted** [1] - 1069:24
**pinned** [1] - 1012:25
**pipe** [29] - 957:23,
963:23, 964:23,
965:6, 968:12,
968:17, 968:21,
969:3, 969:5,
969:21, 970:13,
977:5, 977:13,
979:11, 979:13,
986:5, 986:19,
991:20, 992:23,
1096:15, 1104:3,
1111:20, 1117:23,
1118:12, 1122:18,
1124:3, 1124:11,
1124:21, 1125:23

**pipes** [2] - 986:13
**pits** [1] - 986:4
**place** [33] - 959:1,
959:14, 959:16,
959:23, 960:2,
967:16, 992:16,
999:5, 1000:24,
1005:11, 1030:1,
1033:11, 1034:4,
1034:25, 1037:5,
1040:6, 1041:22,
1045:11, 1058:18,
1060:15, 1062:15,
1066:19, 1067:6,
1068:8, 1069:25,
1077:14, 1116:1,
1119:11, 1119:14,
1119:19, 1121:13,
1122:9, 1122:14
**placed** [4] - 959:23,
960:17, 1071:24,
1072:11
**placement** [3] -
1082:6, 1086:24,
1095:17
**places** [2] - 1029:24,
1029:25
**plain** [1] - 1000:22
**PLAINTIFFS** [1] -
948:3
**plaintiffs'** [1] -
1110:10
**plan** [6] - 1020:17,
1023:4, 1023:9,
1024:15, 1024:24,
1025:6, 1025:7,
1043:4
**Plan** [1] - 1023:3
**Plan/Local** [1] -
1044:20
**planned** [5] - 1046:11,
1046:15, 1053:13,
1053:18, 1099:5
**planning** [4] - 1025:9,
1035:10, 1053:14,
1089:4
**plausible** [1] -
1096:20
**play** [5] - 1046:5,
1115:25, 1116:1,
1116:21, 1127:9
**played** [8] - 985:24,
1098:23, 1109:17,
1112:5, 1114:12,
1116:22, 1117:20,
1126:25
**players** [1] - 1063:15
**playing** [1] - 1115:4
**PLC** [1] - 951:20
**plea** [2] - 1073:24,

1076:9

**Pleasant** [1] - 1114:17

**pled** [5] - 1073:4, 1073:14, 1073:16, 1077:7, 1077:24

**plug** [5] - 961:9, 967:16, 967:19, 968:2, 968:6

**plugged** [1] - 1095:11

**plus** [1] - 1122:9

**pod** [4] - 996:9, 996:10, 996:11, 996:16

**pods** [3] - 996:19, 996:21, 997:15

**point** [46] - 956:18, 966:21, 967:1, 967:11, 970:20, 973:9, 973:10, 974:14, 976:9, 976:21, 976:23, 980:4, 980:13, 981:4, 981:22, 985:1, 985:23, 993:10, 993:21, 1001:5, 1010:25, 1015:4, 1016:6, 1016:15, 1016:16, 1030:1, 1032:24, 1033:3, 1033:4, 1043:21, 1057:2, 1060:16, 1064:24, 1068:24, 1068:25, 1072:21, 1094:18, 1104:18, 1106:16, 1107:3, 1107:13, 1107:25, 1108:2, 1108:5, 1128:19

**pointed** [1] - 1026:16

**pointer** [1] - 1079:22

**points** [2] - 1029:23, 1069:4

**policies** [10] - 975:24, 976:3, 1029:20, 1034:4, 1034:25, 1040:9, 1041:24, 1048:1, 1064:21, 1083:24

**policy** [26] - 983:22, 983:23, 989:4, 989:9, 1003:22, 1004:4, 1004:6, 1006:7, 1007:5, 1010:16, 1013:12, 1022:17, 1035:15, 1035:19, 1037:1, 1037:2, 1038:25, 1039:13, 1039:25, 1044:10, 1045:1, 1045:3, 1053:15,

1064:16, 1083:17

**pool** [3] - 995:18, 995:23, 995:25

**pore** [1] - 1088:7

**portion** [2] - 1082:2, 1100:4

**position** [11] - 999:3, 999:11, 999:12, 1000:13, 1010:22, 1015:13, 1019:7, 1020:2, 1050:19, 1052:13, 1068:16

**positioning** [1] - 991:6

**positions** [7] - 1038:11, 1038:14, 1045:15, 1067:15, 1067:19

**positive** [1] - 1077:14

**possibility** [1] - 976:15

**possible** [8] - 957:22, 960:23, 1009:7, 1012:12, 1083:13, 1087:1, 1096:22, 1106:3

**possibly** [2] - 1029:24, 1064:17

**POST** [3] - 948:4, 950:18, 951:12

**post** [3] - 958:14, 966:15, 1075:13

**post-conversion** [1] - 958:14

**post-guilty** [1] - 1075:13

**poster** [1] - 1054:12

**potential** [28] - 960:15, 972:8, 977:9, 980:3, 997:13, 1011:5, 1011:16, 1021:14, 1021:16, 1040:16, 1054:9, 1054:18, 1057:9, 1057:10, 1057:18, 1057:22, 1058:6, 1059:14, 1060:1, 1060:5, 1061:7, 1061:14, 1061:21, 1070:5, 1087:2, 1088:18, 1093:13, 1102:17

**potentially** [5] - 971:25, 972:1, 987:17, 1019:20, 1020:7

**pound** [2] - 972:7, 1096:13

**pounds** [3] - 968:21, 976:21, 1095:14

**power** [5] - 996:14, 1084:13, 1084:15,

1102:14, 1108:2

**POYDRAS** [4] - 948:15, 951:22, 952:15, 954:13

**practice** [15] - 1002:18, 1003:12, 1003:19, 1004:12, 1005:16, 1006:16, 1006:18, 1007:12, 1008:7, 1037:17, 1048:20, 1065:12, 1069:23, 1070:2, 1117:4

**Practice** [5] - 1037:19, 1048:18, 1049:6, 1050:16, 1053:21

**Practices** [1] - 1072:9

**practices** [12] - 1034:25, 1035:6, 1035:8, 1035:17, 1037:7, 1038:1, 1038:4, 1038:7, 1041:1, 1061:6, 1069:19, 1072:11

**practices-type** [1] - 1035:17

**preclude** [1] - 1013:2

**predecessor** [1] - 1049:8

**preferred** [1] - 1044:5

**prejob** [2] - 1080:4, 1087:3

**preliminary** [1] - 956:10

**prepared** [3] - 983:18, 1023:1, 1057:25

**preresponse** [1] - 1058:20

**presence** [2] - 1112:18, 1113:9

**present** [1] - 1031:20

**presentation** [3] - 1022:24, 1100:10, 1100:20

**presentations** [1] - 1079:20

**presently** [2] - 1029:8, 1128:1

**president** [2] - 999:1, 1019:17

**President** [1] - 1052:13

**press** [3] - 1042:21, 1042:24, 1043:2

**pressed** [1] - 1013:9

**pressure** [70] - 961:16, 963:23, 965:6, 967:8, 968:14, 968:17, 968:19, 968:22,

969:2, 969:3, 969:5, 969:6, 969:21, 970:13, 972:9, 972:10, 973:25, 974:1, 977:5, 977:13, 977:20, 978:1, 979:11, 979:12, 1016:1, 1017:6, 1017:19, 1054:1, 1088:7, 1088:9, 1090:17, 1090:19, 1094:1, 1094:4, 1095:6, 1095:12, 1095:14, 1096:10, 1096:13, 1096:15, 1096:23, 1098:2, 1099:6, 1099:7, 1104:3, 1104:12, 1104:20, 1105:7, 1108:24, 1111:23, 1111:25, 1116:13, 1121:25, 1122:11, 1122:18, 1124:2, 1124:3, 1124:10, 1124:11, 1124:21, 1124:22, 1125:22, 1125:23, 1126:17, 1128:15, 1128:16

**pressures** [4] - 979:12, 1017:16, 1101:9

**presumably** [1] - 1058:13

**presume** [1] - 1058:9

**pretty** [4] - 970:4, 973:22, 988:18, 991:22

**prevent** [8] - 964:23, 987:5, 988:6, 988:16, 990:9, 1061:7, 1067:3, 1086:24

**preventer** [3] - 967:8, 980:21, 1099:2

**preventing** [3] - 989:12, 1075:20, 1099:3

**prevention** [1] - 1002:24

**prevents** [1] - 988:1

**previous** [5] - 1033:9, 1050:11, 1055:5, 1067:20, 1126:12

**previously** [3] - 957:4, 1005:16, 1121:13

**previously-enacted** [1] - 1005:16

**primarily** [5] - 960:7, 988:1, 991:3,

1086:23, 1087:8

**primary** [3] - 975:17, 1006:12, 1038:23

**principal** [1] - 1040:8

**principle** [2] - 1106:3, 1106:4

**principles** [2] - 1041:1, 1061:6

**prioritization** [1] - 1071:12

**prioritize** [4] - 1047:5, 1070:23, 1071:8, 1071:9

**prioritized** [2] - 1047:8, 1047:18

**problem** [12] - 962:10, 962:12, 970:18, 976:16, 977:9, 980:4, 986:14, 1019:5, 1021:18, 1026:17, 1058:7, 1070:16

**problems** [9] - 973:13, 1011:10, 1011:16, 1012:12, 1019:14, 1021:13, 1021:14, 1021:17, 1093:18

**procedural** [1] - 1091:11

**procedure** [8] - 969:25, 974:11, 974:18, 983:11, 989:4, 989:9, 1006:8, 1064:10

**Procedures** [1] - 1072:9

**procedures** [8] - 982:21, 983:17, 1010:13, 1023:19, 1023:20, 1029:20, 1072:10, 1075:17

**proceeded** [2] - 971:5, 1082:6

**proceeding** [2] - 956:18, 1076:25

**proceedings** [2] - 985:23, 1129:18

**PROCEEDINGS** [3] - 947:21, 954:16, 956:1

**process** [67] - 973:17, 973:21, 973:22, 983:11, 983:22, 1006:16, 1007:1, 1008:10, 1008:18, 1026:1, 1026:2, 1026:18, 1026:25, 1028:6, 1031:6, 1039:23, 1040:1, 1040:6, 1040:8,

1040:11, 1040:12,
1040:17, 1040:21,
1040:25, 1041:6,
1041:13, 1041:16,
1041:21, 1041:24,
1044:10, 1047:22,
1048:22, 1050:2,
1051:23, 1053:6,
1054:2, 1054:7,
1054:16, 1054:22,
1055:3, 1055:8,
1056:2, 1061:13,
1061:22, 1062:3,
1062:6, 1062:19,
1063:3, 1064:2,
1064:4, 1064:14,
1066:18, 1071:19,
1074:2, 1074:3,
1074:8, 1074:13,
1074:14, 1075:14,
1075:16, 1075:19,
1077:11, 1084:4,
1088:21, 1091:22,
1091:23
**Process** [6] - 1044:3,
1044:13, 1053:22,
1053:23, 1061:4,
1073:25
**process-safety-
related** [1] - 1040:11
**processes** [5] -
1023:24, 1053:2,
1053:3, 1055:20,
1061:5
**processes/practices**
[2] - 1045:10,
1045:14
**produced** [2] - 1065:4,
1065:8
**PRODUCED** [1] -
954:17
**production** [9] -
958:6, 959:14,
962:1, 966:19,
999:25, 1038:3,
1061:11, 1081:14,
1083:12
**PRODUCTION** [3] -
947:16, 951:19,
951:20
**Production** [1] -
999:23
**professional** [1] -
1020:16
**program** [1] - 1099:25
**progress** [1] - 1004:18
**Project** [1] - 1056:7
**project** [21] - 973:8,
1014:20, 1015:7,
1018:20, 1022:1,

1027:25, 1029:21,
1032:2, 1032:18,
1034:11, 1040:7,
1044:14, 1048:21,
1053:25, 1054:1,
1054:22, 1056:21,
1066:17, 1086:6,
1097:8
**projected** [1] -
1014:17
**projecting** [1] -
1058:16
**projects** [4] - 999:25,
1028:12, 1031:15,
1031:22
**promoted** [1] - 998:25
**proper** [1] - 1094:5
**properly** [9] - 975:7,
1001:19, 1006:17,
1051:24, 1051:25,
1124:4, 1124:11,
1124:22, 1125:23
**property** [1] - 1061:10,
1075:20
**proposed** [4] -
1004:11, 1009:14,
1009:20, 1096:14
**protect** [1] - 1076:1
**protections** [1] -
1066:25
**provide** [8] - 995:3,
1001:9, 1026:24,
1027:2, 1027:9,
1045:20, 1061:22,
1075:15
**provided** [3] -
1045:25, 1110:7,
1110:8
**provider** [2] - 1002:21,
1003:14
**providing** [1] -
1026:22
**provision** [1] -
1000:18
**psi** [13] - 968:12,
968:21, 977:22,
1095:6, 1096:13,
1096:22, 1117:23,
1118:12, 1118:19,
1119:10, 1119:19,
1121:17
**public** [4] - 1042:21,
1042:24, 1043:2,
1100:11
**publicly** [1] - 1036:18
**publish** [1] - 1044:13
**pull** [16] - 957:11,
957:17, 958:1,
1013:24, 1014:1,
1014:11, 1016:4,

1018:1, 1020:10,
1043:22, 1068:14,
1073:9, 1080:9,
1082:1, 1085:3,
1086:19
**pulled** [2] - 1095:2,
1104:22
**pulling** [1] - 1085:6
**pump** [9] - 964:16,
977:19, 1083:20,
1084:6, 1084:8,
1086:2, 1086:5,
1086:7
**pumped** [9] - 958:24,
1082:16, 1083:11,
1084:21, 1089:2,
1089:8, 1089:13,
1091:15, 1093:19
**pumping** [3] -
1082:25, 1084:13,
1088:5
**pumps** [1] - 977:20
**purpose** [9] - 959:20,
962:7, 963:5,
969:23, 987:16,
1002:23, 1075:20,
1076:20, 1115:19
**purposes** [3] -
1000:17, 1049:22,
1102:11
**pursuant** [4] -
1064:10, 1073:23,
1076:9, 1076:20
**pursue** [1] - 1012:8
**pursued** [1] - 1024:20
**pushed** [1] - 1012:23
**put** [18] - 959:12,
959:16, 966:4,
967:6, 967:16,
967:18, 973:7,
984:11, 989:18,
1010:8, 1020:12,
1067:19, 1070:18,
1087:6, 1111:10,
1114:12, 1125:17,
1126:15
**putting** [4] - 973:16,
999:5, 1066:13,
1078:4

# Q

**QRA** [1] - 1055:2
**qualified** [2] - 974:5,
1007:22
**qualities** [2] -
1125:16, 1125:17
**quantified** [2] -
1054:7, 1054:16

**questions** [10] -
1013:2, 1037:2,
1094:15, 1099:16,
1105:20, 1110:5,
1110:18, 1110:21,
1110:23, 1110:25
**quick** [1] - 1075:4
**quickly** [8] - 994:4,
1005:2, 1010:21,
1016:16, 1025:23,
1026:13, 1075:12,
1104:7
**quite** [9] - 976:13,
979:14, 992:1,
1007:19, 1014:6,
1026:15, 1035:1,
1072:1
**quote** [5] - 1095:3,
1096:4, 1104:12,
1104:24, 1105:14
**quotes** [1] - 1020:18
**quoting** [3] - 1096:3,
1108:1, 1108:22

# R

**RACHEL** [2] - 950:11,
952:18
**raise** [2] - 970:14,
1066:4
**raised** [2] - 1015:4,
1015:7
**ram** [6] - 991:19,
991:20, 992:18,
992:22, 993:19,
994:24
**rams** [1] - 994:13
**Ranking** [1] - 1069:21
**ranking** [1] - 1054:21
**rapid** [1] - 982:20
**RAT** [21] - 1028:2,
1028:3, 1028:5,
1028:14, 1028:20,
1029:1, 1029:6,
1029:11, 1029:14,
1044:1, 1044:2,
1044:4, 1044:5,
1044:12, 1048:24,
1050:17, 1051:1,
1051:4, 1053:13,
1053:16, 1060:8
**Rat** [1] - 1028:25
**rate** [2] - 1095:7,
1095:18
**rates** [2] - 1095:16,
1101:9
**rather** [6] - 986:18,
994:1, 1016:16,
1026:10, 1070:13,

1091:11
**RCA** [1] - 1008:17
**RE** [2] - 947:5, 947:13
**reach** [2] - 1103:6,
1103:14
**reached** [2] - 984:4,
989:23
**reaches** [1] - 988:6
**reaching** [1] - 984:25
**react** [1] - 1059:25
**reacted** [2] - 982:5,
982:18
**read** [19] - 974:2,
984:16, 1026:13,
1056:9, 1072:3,
1080:9, 1080:16,
1082:1, 1082:7,
1086:19, 1087:4,
1094:20, 1094:23,
1095:3, 1095:19,
1096:12, 1096:24,
1105:1, 1109:1
**reading** [1] - 1071:2,
1071:21
**ready** [1] - 959:14
**real** [2] - 1057:3,
1106:9
**reality** [1] - 961:12
**realized** [1] - 1070:7
**really** [16] - 960:6,
972:17, 975:1,
981:11, 984:22,
1011:2, 1014:21,
1020:22, 1025:9,
1025:15, 1039:17,
1050:12, 1059:25,
1067:22, 1072:18,
1099:14
**REALTIME** [1] -
954:12
**realtime** [9] - 978:6,
1101:5, 1101:16,
1102:6, 1102:8,
1102:13, 1102:16,
1103:2, 1104:1
**Realtime** [2] -
1129:15, 1129:21
**reamer** [1] - 1095:11
**rear** [1] - 959:9
**reason** [7] - 969:25,
981:18, 982:14,
992:22, 1093:18,
1125:20, 1126:15
**reasonable** [1] -
1085:17
**reasonably** [1] -
1066:3
**reasons** [6] - 960:14,
960:23, 996:21,
1042:4, 1042:5,

1106:8
**reassess** [1] - 1070:21
**received** [8] - 1021:8,
1082:16, 1082:24,
1083:10, 1083:22,
1084:11, 1085:2,
1086:8
**receiving** [1] - 1086:3
**recess** [8] - 1042:12,
1042:14, 1043:5,
1043:18, 1074:21,
1074:23, 1129:6,
1129:10
**RECESS....................
..................** [1] - 955:9
**recognize** [4] -
1025:14, 1079:14,
1079:18, 1079:19
**recognized** [7] -
970:18, 975:10,
982:15, 982:18,
1023:18, 1051:25,
1069:12
**recollect** [1] - 1120:6
**recollection** [7] -
1118:21, 1119:3,
1120:8, 1120:20,
1120:24, 1121:7,
1121:10
**Recommendations**
[2] - 1023:3, 1045:12
**recommendations**
[15] - 1002:11,
1002:17, 1002:23,
1003:3, 1003:17,
1004:19, 1005:1,
1010:2, 1010:5,
1010:9, 1010:23,
1013:17, 1023:1,
1023:9, 1075:15
**Recommended** [2] -
1048:17, 1050:16
**recommended** [2] -
1043:24, 1048:20
**reconfirms** [1] -
1105:3
**reconstruct** [1] -
977:8
**reconstruction** [1] -
1102:12
**record** [9] - 978:21,
1059:5, 1080:10,
1096:3, 1099:17,
1100:24, 1114:12,
1127:2, 1129:18
**recorded** [1] - 1125:25
**RECORDED** [1] -
954:16
**records** [5] - 996:24,
997:4, 997:5, 997:9,

1046:22
**red** [3] - 966:23,
1071:3, 1071:4
**REDDEN** [1] - 953:15
**reduces** [1] - 1006:17
**reducing** [1] - 1006:12
**reduction** [1] -
1006:17
**redundancy** [2] -
993:5, 995:2
**refer** [6] - 978:23,
1008:3, 1091:8,
1100:3, 1101:16,
1101:18
**reference** [6] -
1005:10, 1007:2,
1049:5, 1117:25,
1122:10, 1122:12
**referenced** [7] -
985:25, 1038:24,
1041:11, 1052:22,
1053:22, 1101:1,
1119:9
**references** [2] -
1037:14, 1122:16
**referencing** [2] -
1002:1, 1039:17
**referred** [8] - 996:6,
1056:4, 1090:5,
1096:16, 1100:25,
1101:11, 1101:15,
1125:1
**referring** [1] - 1101:10
**refers** [2] - 1081:9,
1091:16
**refining** [1] - 1038:2
**reflect** [3] - 1051:18,
1057:2, 1118:6
**refresh** [2] - 1077:3,
1109:5
**refreshes** [1] - 1119:2
**REGAN** [3] - 952:8,
956:12, 956:21
**Regan** [2] - 956:12,
956:23
**regard** [2] - 1033:9,
1040:11
**regarding** [1] -
1049:15
**register** [13] -
1026:21, 1027:24,
1053:6, 1053:12,
1056:3, 1056:17,
1057:2, 1057:5,
1057:6, 1057:8,
1058:24, 1059:11,
1060:12
**Register** [2] - 1044:13,
1056:7
**Register'** [1] - 1044:3

**REGISTERED** [1] -
954:13
**Registered** [1] -
1129:15
**registered** [1] -
1129:21
**registers** [2] -
1027:15, 1027:20
**related** [7] - 1006:11,
1010:3, 1013:4,
1040:11, 1042:3,
1053:2, 1075:19
**RELATES** [1] - 947:11
**relationship** [4] -
999:20, 1035:18,
1038:22, 1064:15
**relative** [1] - 1035:7
**release** [1] - 1061:8
**relevant** [10] -
1035:17, 1037:7,
1037:9, 1038:1,
1038:21, 1039:5,
1039:15, 1039:17,
1046:19, 1082:4
**reliable** [1] - 960:7
**relied** [1] - 1100:7
**relieve** [1] - 972:20
**remaining** [1] - 1099:1
**remedial** [3] -
1076:19, 1076:22,
1094:10
**remediate** [1] - 1094:6
**remedied** [1] -
1033:20
**remember** [27] -
986:8, 990:15,
995:20, 995:21,
997:11, 997:12,
1007:18, 1038:16,
1039:14, 1042:19,
1049:14, 1049:16,
1049:20, 1056:19,
1079:19, 1083:7,
1083:14, 1089:3,
1089:5, 1092:15,
1092:21, 1095:22,
1118:17, 1119:6,
1122:5, 1124:14,
1124:16
**remembering** [2] -
959:1, 990:20
**reminded** [1] - 975:15
**removal** [1] - 961:24
**removed** [2] - 967:6,
967:15
**removes** [1] - 984:17
**removing** [2] - 971:6,
975:6
**RENAISSANCE** [1] -
953:23

**renew** [1] - 1018:21
**repeat** [1] - 1059:7
**repeatedly** [1] -
1072:14
**rephrase** [1] - 1085:7
**replacing** [1] - 971:6
**report** [68] - 958:2,
962:18, 970:15,
979:15, 979:21,
980:16, 983:16,
985:2, 988:13,
989:3, 989:20,
990:13, 990:15,
990:21, 993:24,
995:22, 997:14,
1009:17, 1010:1,
1038:17, 1051:4,
1066:6, 1066:9,
1077:21, 1079:20,
1080:18, 1080:20,
1080:25, 1081:25,
1082:10, 1082:13,
1084:19, 1086:18,
1087:7, 1089:4,
1091:24, 1092:25,
1095:1, 1095:21,
1095:23, 1096:11,
1100:3, 1100:11,
1101:1, 1101:6,
1102:20, 1102:25,
1103:14, 1103:22,
1104:11, 1105:11,
1105:19, 1107:8,
1108:6, 1108:9,
1108:14, 1109:3,
1109:9, 1109:11,
1114:7, 1115:14,
1122:8, 1122:15,
1123:1, 1124:23,
1124:24, 1125:1
**Report** [9] - 957:11,
1079:14, 1079:16,
1080:8, 1098:22,
1099:24, 1100:19,
1103:6, 1124:19
**report's** [1] - 1107:10
**reported** [3] - 996:24,
997:9, 1091:17
**reportedly** [2] -
1096:17, 1096:19
**reporter** [3] - 1043:13,
1080:10, 1127:3
**REPORTER** [4] -
954:12, 954:12,
954:13, 990:16
**Reporter** [7] -
1129:15, 1129:16,
1129:16, 1129:21,
1129:21, 1129:22
**REPORTER'S** [1] -

1129:14
**reporting** [4] - 999:20,
1007:11, 1027:1,
1027:11
**reports** [1] - 1027:11
**represent** [6] - 1026:1,
1051:12, 1059:24,
1095:25, 1101:20,
1108:13
**representation** [2] -
967:13, 1045:5
**represented** [1] -
1059:16
**represents** [1] -
1040:13
**requantify** [1] -
1057:15
**request** [3] - 1043:10,
1052:23, 1052:25
**requested** [2] -
1014:12, 1113:10
**require** [3] - 1032:21,
1033:1, 1083:24
**required** [9] - 969:11,
996:19, 1010:16,
1012:9, 1033:12,
1041:23, 1055:12,
1071:16, 1095:7
**requirement** [6] -
1028:20, 1048:7,
1048:8, 1050:2,
1063:20, 1075:13
**requirements** [18] -
1000:14, 1000:20,
1000:23, 1001:1,
1001:8, 1007:9,
1007:12, 1024:18,
1033:19, 1039:6,
1039:10, 1039:13,
1040:6, 1041:22,
1047:6, 1047:9,
1047:19, 1065:13
**Requirements** [1] -
1045:12
**requires** [6] - 974:12,
1007:10, 1007:15,
1028:18, 1032:18,
1064:16
**requisite** [1] - 969:15
**reread** [1] - 1120:8
**reservoir** [8] - 972:10,
1087:19, 1088:14,
1088:19, 1093:23,
1096:23, 1099:7
**resided** [1] - 1102:22
**resourced** [2] -
1097:6, 1097:8
**resources** [2] -
1046:12, 1046:17
**RESOURCES** [1] -

950:9
**respect** [1] - 1063:10
**respective** [1] - 1027:15
**respond** [2] - 987:11, 1117:3
**responded** [1] - 1067:8
**response** [6] - 980:17, 982:20, 1058:25, 1090:24, 1121:20, 1128:17
**response)** [1] - 1117:9
**responsibilities** [3] - 1026:24, 1038:10, 1038:14
**responsibility** [7] - 964:13, 970:7, 970:8, 974:2, 986:22, 1064:3, 1073:14
**responsible** [4] - 991:3, 1001:17, 1001:20, 1051:10
**responsive** [2] - 1053:10, 1092:20
**rest** [2] - 1067:1, 1095:16
**result** [9] - 960:20, 964:22, 980:3, 1061:10, 1067:20, 1073:3, 1074:16, 1076:24, 1094:5
**resulted** [1] - 984:2
**resulting** [2] - 1075:21, 1092:13
**results** [5] - 976:17, 1013:19, 1023:21, 1080:12, 1082:4
**resume** [2] - 956:10, 956:25
**retain** [1] - 1074:1
**retained** [1] - 1097:14
**Retention** [1] - 1073:24
**retirement** [1] - 1000:10
**retitled** [1] - 1023:2
**retread** [1] - 1078:12
**return** [2] - 1056:23, 1120:11
**returned** [2] - 981:7, 1099:3
**returns** [3] - 1086:24, 1087:15, 1087:17
**reverse** [1] - 1093:4
**review** [18] - 980:17, 1003:18, 1010:11, 1010:13, 1020:8, 1030:2, 1032:19,

1034:7, 1035:16, 1037:4, 1037:8, 1039:15, 1041:19, 1041:21, 1046:22, 1075:15, 1075:18
**reviewed** [9] - 1006:8, 1016:7, 1023:2, 1033:18, 1038:16, 1080:12, 1081:1, 1082:14, 1096:5
**reviews** [2] - 1086:22, 1087:3
**Rich** [2] - 1048:14, 1049:1
**rich** [1] - 1048:15
**RICHARD** [1] - 953:3
**RIG** [1] - 947:6
**rig** [37] - 957:24, 968:13, 978:7, 978:11, 981:1, 982:23, 983:17, 984:2, 985:10, 986:24, 988:10, 989:2, 989:23, 1004:22, 1031:15, 1031:22, 1032:10, 1039:19, 1040:22, 1041:2, 1041:3, 1048:21, 1085:15, 1086:9, 1096:13, 1096:19, 1101:24, 1102:13, 1106:17, 1106:22, 1106:24, 1107:3, 1108:7, 1108:23, 1116:25, 1119:15, 1121:3
**rigs** [3] - 1031:21, 1031:24, 1063:7
**rise** [7] - 956:7, 1042:13, 1042:15, 1054:9, 1074:22, 1074:24, 1129:8
**riser** [9] - 957:24, 966:13, 975:11, 975:13, 981:3, 1051:12, 1105:15, 1105:23, 1106:25
**Risk** [11] - 1028:22, 1043:25, 1044:3, 1044:13, 1048:17, 1049:6, 1050:15, 1050:17, 1053:22, 1056:6
**risk** [134] - 971:18, 971:24, 972:8, 974:13, 975:4, 975:6, 982:11, 982:12, 982:15, 989:10, 993:3, 999:1, 1000:23,

1006:12, 1006:17, 1017:7, 1020:17, 1023:4, 1023:9, 1023:19, 1023:22, 1024:7, 1024:15, 1024:24, 1024:25, 1025:1, 1025:2, 1025:5, 1025:6, 1025:7, 1025:9, 1025:10, 1026:2, 1026:4, 1026:6, 1026:10, 1026:14, 1026:21, 1026:23, 1027:1, 1027:9, 1027:24, 1028:3, 1028:7, 1028:12, 1028:14, 1028:18, 1028:24, 1029:8, 1029:12, 1029:19, 1029:20, 1036:11, 1036:12, 1038:1, 1040:14, 1041:13, 1041:16, 1041:18, 1044:13, 1047:4, 1047:11, 1047:22, 1048:2, 1048:19, 1048:22, 1049:18, 1050:2, 1050:5, 1050:16, 1050:21, 1050:22, 1051:15, 1051:22, 1053:2, 1053:1, 1053:5, 1053:6, 1053:12, 1053:15, 1053:16, 1054:2, 1054:7, 1054:16, 1055:4, 1055:5, 1055:6, 1055:8, 1055:14, 1055:16, 1055:20, 1056:2, 1056:16, 1056:22, 1057:2, 1057:6, 1057:7, 1057:8, 1057:15, 1057:16, 1057:17, 1057:19, 1057:22, 1057:23, 1057:25, 1058:2, 1058:7, 1058:13, 1058:14, 1058:21, 1058:23, 1058:25, 1059:10, 1060:4, 1060:5, 1060:12, 1060:18, 1061:14, 1061:19, 1067:16, 1069:12, 1069:16, 1070:4, 1070:10, 1070:14, 1074:3, 1074:9, 1075:16, 1075:18, 1080:2
**risk-based** [1] - 1067:16

**riskier** [1] - 973:11
**riskiest** [3] - 971:19, 973:7, 973:8
**Risks** [1] - 1051:7
**risks** [49] - 974:15, 974:16, 974:17, 975:2, 983:18, 1000:15, 1001:9, 1003:5, 1006:17, 1018:20, 1024:3, 1025:3, 1027:2, 1027:6, 1027:12, 1027:14, 1027:16, 1027:19, 1027:21, 1027:25, 1029:16, 1040:19, 1043:25, 1044:11, 1047:5, 1047:8, 1047:19, 1048:23, 1048:25, 1049:16, 1050:4, 1050:18, 1051:10, 1051:12, 1051:24, 1052:3, 1055:3, 1055:19, 1057:3, 1058:1, 1062:22, 1063:5, 1063:6, 1063:11, 1063:22, 1064:18, 1065:18, 1076:1
**risky** [3] - 973:11, 1066:20
**RMR** [2] - 954:12, 1129:20
**ROBERT** [2] - 948:11, 952:3
**ROBERTS** [2] - 952:18, 953:17
**Robinson** [4] - 1120:2, 1123:19, 1124:7, 1125:9
**robust** [2] - 998:15, 1067:2
**role** [3] - 1068:9, 1073:9, 1074:12
**roles** [4] - 1038:10, 1038:13, 1067:21, 1068:7
**Room** [1] - 1043:1
**room** [3] - 988:14, 989:13, 1043:2
**ROOM** [2] - 950:6, 954:13
**rooms** [2] - 988:17, 990:5
**root** [8] - 1006:16, 1006:25, 1007:14, 1007:15, 1007:16, 1007:24, 1008:12, 1009:1
**rooted** [1] - 1011:10

**ROUGE** [2] - 949:15, 951:12
**roughly** [1] - 1031:9, 1097:2
**routinely** [1] - 1088:20
**ROY** [2] - 948:3, 948:3
**RP** [1] - 1048:23
**rudimentary** [1] - 958:21
**rules** [1] - 1026:23
**Rules** [1] - 1076:21
**run** [8] - 962:22, 963:7, 995:17, 1002:7, 1007:22, 1008:8, 1113:22, 1114:1
**running** [2] - 1008:11, 1032:22
**RUSNAK** [1] - 949:17

## S

**S&O** [2] - 1002:4, 1002:7
**S&OR** [1] - 1004:9
**s/Cathy** [1] - 1129:20
**safe** [1] - 987:19
**Safety** [4] - 999:19, 1006:5, 1061:4, 1073:25
**safety** [101] - 962:8, 974:23, 983:22, 987:20, 999:1, 1000:15, 1000:23, 1001:8, 1001:15, 1002:1, 1011:10, 1011:16, 1012:2, 1012:13, 1015:14, 1017:22, 1018:3, 1018:4, 1018:12, 1018:17, 1018:25, 1019:1, 1019:2, 1019:7, 1019:14, 1020:2, 1021:13, 1023:10, 1024:7, 1024:19, 1025:7, 1025:9, 1029:10, 1030:9, 1030:12, 1030:17, 1031:20, 1032:11, 1032:14, 1032:20, 1033:4, 1033:13, 1033:18, 1038:21, 1039:5, 1039:9, 1039:23, 1039:24, 1039:25, 1040:1, 1040:6, 1040:8, 1040:11, 1040:12, 1040:18, 1040:21, 1040:23,

1040:25, 1041:6,
1041:9, 1041:22,
1041:24, 1044:9,
1050:19, 1054:21,
1057:1, 1059:2,
1061:13, 1061:22,
1062:3, 1062:6,
1062:19, 1063:3,
1064:2, 1064:4,
1064:8, 1064:14,
1066:18, 1070:19,
1073:9, 1073:13,
1073:18, 1073:20,
1074:2, 1074:3,
1074:8, 1074:9,
1074:13, 1074:14,
1075:14, 1075:16,
1075:19, 1077:8,
1077:11, 1083:15,
1091:22, 1091:23,
1128:1
**SAN** [2] - 949:5, 950:6
**sat** [4] - 1025:15,
1031:11, 1031:18,
1056:24
**Saturday** [1] - 1111:4
**save** [1] - 992:12
**saw** [7] - 977:18,
998:11, 1010:4,
1010:8, 1018:8,
1082:3, 1114:16
**scale** [1] - 1024:23
**scenario** [3] - 964:11,
980:18, 991:8
**schematic** [1] - 962:19
**school** [1] - 1106:5
**SCOFIELD** [1] - 954:7
**scope** [4] - 984:21,
984:22, 1005:8,
1005:11
**Scott** [1] - 1110:22
**SCOTT** [1] - 950:10
**screen** [2] - 1020:14,
1098:21
**sea** [3] - 987:17,
994:13, 994:15
**seal** [3] - 991:13,
991:20, 1094:22
**sealing** [1] - 993:6
**seated** [2] - 1042:16,
1074:25
**seawater** [9] - 963:1,
963:3, 963:5, 963:6,
964:18, 967:19,
971:7, 972:23,
1099:1
**second** [24] - 966:18,
967:19, 976:11,
985:20, 1002:21,
1049:12, 1051:11,

1081:6, 1090:11,
1110:15, 1111:3,
1112:7, 1112:13,
1112:16, 1112:19,
1112:22, 1113:3,
1113:12, 1113:21,
1114:7, 1114:16,
1115:2, 1115:4,
1122:22
**secondarily** [1] -
1003:13
**Seconds** [1] - 989:19
**seconds** [2] - 989:22,
1079:25
**SECREST** [1] - 953:15
**section** [1] - 1091:19
**SECTION** [2] - 950:9,
950:21
**Section** [5] - 1002:9,
1002:17, 1007:22,
1010:8, 1038:9
**see** [69] - 963:1,
964:25, 966:24,
967:13, 967:16,
974:24, 975:13,
978:2, 979:6, 979:8,
980:13, 983:8,
986:5, 1001:11,
1010:6, 1013:11,
1016:13, 1019:14,
1020:12, 1022:13,
1022:15, 1023:14,
1030:2, 1032:13,
1034:3, 1034:10,
1037:15, 1037:25,
1041:22, 1049:9,
1049:10, 1050:6,
1050:7, 1056:7,
1056:9, 1062:4,
1062:8, 1063:9,
1066:2, 1070:1,
1070:10, 1072:7,
1077:15, 1081:3,
1081:5, 1081:6,
1084:4, 1084:13,
1091:14, 1091:16,
1091:21, 1091:23,
1093:4, 1103:18,
1111:5, 1115:3,
1117:1, 1119:1,
1123:12, 1123:13,
1123:16, 1124:1,
1124:4, 1125:5,
1128:13, 1128:14
**seeing** [5] - 1016:24,
1018:9, 1065:3,
1065:7, 1065:11
**seem** [2] - 1081:20,
1081:23
**sees** [1] - 974:22

**segment** [1] - 1024:17
**Segment** [1] - 1045:12
**selected** [1] - 1048:24
**sending** [4] - 968:6,
1018:11, 1019:18,
1020:25
**sends** [1] - 1018:2
**sense** [4] - 1044:15,
1055:12, 1058:12,
1071:25
**sentence** [9] -
1014:14, 1054:24,
1109:9, 1109:12,
1115:12, 1115:14,
1124:17, 1124:18,
1124:24
**separate** [4] - 960:10,
1042:8, 1110:1
**separator** [6] - 984:2,
984:24, 985:22,
986:5, 986:10,
986:18
**September** [3] -
1082:11, 1082:12,
1082:13
**sequence** [2] - 994:6,
996:8
**sequester** [1] - 1089:7
**sequestration** [1] -
1075:7
**series** [2] - 1002:11,
1015:2
**serious** [3] - 1061:10,
1076:11
**serves** [1] - 1093:19
**service** [2] - 1002:21,
1003:13
**SERVICES** [1] -
953:21
**SESSION** [1] - 947:20
**set** [10] - 964:15,
965:22, 966:6,
968:2, 988:15,
1000:13, 1039:19,
1041:4, 1041:6,
1041:8
**sets** [1] - 960:2
**setting** [4] - 1004:4,
1004:6, 1062:5,
1098:20
**settlement** [1] -
1080:15
**seven** [2] - 956:14,
1093:21
**seventh** [1] - 1091:3
**severe** [3] - 1016:1,
1054:11, 1054:13
**severely** [1] - 1015:16
**severity** [2] - 1051:13,
1052:4

**shack** [1] - 1114:4
**shall** [10] - 1007:14,
1038:11, 1038:20,
1038:21, 1041:12,
1048:20, 1048:21,
1048:23, 1073:25,
1074:2
**shared** [3] - 970:6,
970:15, 976:2
**SHARON** [1] - 950:17
**SHAW** [1] - 948:21
**shear** [6] - 991:19,
991:20, 992:18,
992:22, 993:19,
994:24
**SHELL** [1] - 951:21
**shift** [2] - 1078:21,
1083:15
**shifting** [1] - 1032:24
**shoe** [15] - 957:15,
958:3, 959:7,
959:10, 960:14,
960:17, 961:1,
961:4, 961:12,
1090:12, 1090:14,
1090:15, 1094:16,
1095:11
**shore** [1] - 1102:23
**shortly** [1] - 1107:15
**show** [7] - 979:22,
985:21, 1025:23,
1062:25, 1115:15,
1119:25
**showed** [5] - 979:15,
1030:15, 1054:24,
1105:3, 1124:25
**showing** [2] - 958:5,
1017:3
**shown** [2] - 986:12,
1045:15
**shows** [5] - 958:3,
963:1, 967:4, 977:5,
979:21
**Shushan** [1] - 1043:6
**shut** [1] - 988:21
**SHUTLER** [1] - 950:17
**shuts** [1] - 988:4
**shutting** [1] - 989:11
**side** [15] - 959:2,
961:2, 963:23,
963:24, 970:17,
970:21, 971:3,
974:21, 976:21,
986:15, 1008:6,
1070:1, 1087:24,
1091:14
**sign** [9] - 962:9,
969:10, 970:4,
1019:19, 1019:20,
1020:5, 1020:7,

1020:19
**signal** [1] - 1021:18
**signalling** [1] -
1021:16
**signature** [1] - 977:13
**signed** [1] - 1006:8
**significant** [7] - 980:9,
1011:10, 1057:16,
1059:22, 1066:4,
1067:15, 1072:25
**signs** [2] - 981:23,
982:17
**Sigurdson's** [1] -
1110:22
**similar** [5] - 999:17,
1002:24, 1067:21,
1069:15, 1075:25
**simple** [2] - 1090:3,
1093:22
**simplify** [1] - 1062:1
**simply** [4] - 973:7,
990:15, 1012:6,
1085:20
**Sims** [3] - 1053:10,
1066:2, 1084:10
**SINCLAIR** [1] - 951:5
**single** [4] - 991:16,
991:19, 992:18,
1055:4
**sit** [3] - 1015:13,
1035:1, 1065:15
**site** [18] - 968:12,
970:24, 971:10,
971:15, 974:12,
976:3, 981:1,
1003:20, 1038:20,
1047:17, 1083:19,
1086:9, 1096:19,
1098:1, 1104:18,
1108:23, 1109:22
**sits** [4] - 984:13,
1069:19, 1106:22,
1128:2
**sitting** [2] - 990:13,
1047:24
**situation** [19] - 980:15,
982:6, 982:7, 983:6,
983:14, 984:4,
984:11, 984:20,
985:13, 986:16,
990:9, 992:6,
992:15, 993:4,
996:13, 1017:22,
1030:7, 1041:24,
1058:8
**situations** [1] - 982:10
**six** [2] - 1030:8,
1097:9
**sixth** [1] - 1091:1
**skipped** [1] - 1079:11

**skipping** [2] - 1095:9, 1095:15
**sleeve** [1] - 967:16
**slice** [5] - 1090:17, 1091:1, 1093:11, 1093:20, 1094:9
**slices** [5] - 1090:8, 1091:7, 1092:2, 1093:6, 1093:21
**slide** [27] - 1079:12, 1079:18, 1080:7, 1081:24, 1086:17, 1089:21, 1091:16, 1092:7, 1092:10, 1094:14, 1094:25, 1095:24, 1096:9, 1098:18, 1100:16, 1100:18, 1103:16, 1103:21, 1104:6, 1105:10, 1107:6, 1107:7, 1108:1, 1108:20, 1123:4, 1123:23, 1128:14
**SLIDELL** [1] - 949:12
**slides** [2] - 1104:7, 1116:18
**slightly** [1] - 1070:14
**slurry** [3] - 1080:13, 1083:11, 1086:22
**small** [3] - 984:17, 985:3, 1080:2
**soft** [1] - 1020:18
**sole** [1] - 987:16
**solenoid** [3] - 996:9, 996:16, 996:18
**solid** [1] - 1020:16
**someone** [9] - 1004:14, 1012:23, 1024:6, 1032:19, 1058:17, 1110:18, 1113:7, 1113:8, 1114:7
**sometime** [1] - 1043:14
**somewhere** [2] - 986:8, 1095:23
**soon** [4] - 972:9, 996:5, 1000:10, 1075:7
**sophisticated** [1] - 987:15
**sorry** [26] - 965:4, 968:9, 970:2, 973:4, 978:17, 978:19, 979:14, 987:4, 990:17, 1022:2, 1025:14, 1034:20, 1036:23, 1061:24, 1062:4, 1070:14, 1076:16, 1077:3,

1078:20, 1081:2, 1087:12, 1100:17, 1108:9, 1114:20, 1120:20, 1123:13
**sort** [3] - 965:20, 1042:8, 1057:8
**sounds** [1] - 1050:8
**source** [4] - 996:14, 1060:13, 1100:9, 1117:3
**SOUTH** [1] - 952:23
**space** [1] - 959:3
**spacer** [13] - 963:10, 963:15, 963:19, 963:25, 964:5, 964:16, 964:17, 964:20, 965:11, 965:17, 965:20, 967:7
**SPEAKER** [2] - 1110:3, 1120:7
**speaking** [4] - 1030:4, 1070:10, 1100:10, 1109:2
**specialist** [4] - 1007:16, 1007:25, 1008:12
**specific** [12] - 961:1, 1004:19, 1007:17, 1028:20, 1046:3, 1046:7, 1067:5, 1068:9, 1084:5, 1092:14, 1124:13, 1124:17
**specifically** [18] - 961:21, 986:14, 987:10, 1030:23, 1036:11, 1045:25, 1047:1, 1047:17, 1051:9, 1057:25, 1061:14, 1062:18, 1067:6, 1068:8, 1071:13, 1077:10, 1122:6, 1124:16
**specifications** [1] - 1087:10
**specified** [1] - 1095:18
**speculator** [1] - 1122:5
**speed** [1] - 984:25
**spend** [4] - 1078:19, 1079:25, 1101:22, 1105:18
**spent** [1] - 1097:2
**Sperry** [5] - 1100:7, 1101:3, 1101:13, 1102:7, 1102:16
**Sperry-Sun** [1] - 1100:7

**spill** [2] - 1092:13, 1129:2
**SPILL** [1] - 947:5
**SPIRO** [1] - 950:22
**spoken** [1] - 1127:8
**spread** [2] - 1085:14, 1088:7
**spreadsheet** [7] - 1029:2, 1029:3, 1029:4, 1044:6, 1056:3, 1059:10, 1060:12
**spreadsheets** [1] - 1029:8
**SPU** [8] - 999:24, 1024:18, 1041:5, 1041:6, 1045:14, 1051:13, 1071:13, 1071:19
**SPUs** [1] - 1071:16
**SQUARE** [1] - 951:21
**squarely** [1] - 1033:16
**stability** [10] - 1065:9, 1080:14, 1081:5, 1081:9, 1081:12, 1081:21, 1082:21, 1082:25, 1083:10, 1087:1
**stage** [3] - 966:20, 967:25, 1098:21
**stages** [1] - 1053:14
**stand** [1] - 1115:14
**standard** [2] - 1026:21, 1027:11
**standardize** [1] - 1050:1
**standards** [9] - 1000:13, 1000:20, 1000:23, 1001:1, 1001:7, 1001:10, 1035:6, 1035:8, 1064:1
**standing** [1] - 1126:14
**standpoint** [15] - 959:11, 959:12, 960:9, 976:25, 993:3, 1013:13, 1023:10, 1023:11, 1024:3, 1024:19, 1026:6, 1029:10, 1030:12, 1063:12, 1066:18
**stands** [1] - 997:17
**star** [1] - 1098:21
**starboard** [1] - 989:23
**start** [6] - 963:5, 972:16, 972:23, 1010:20, 1011:22, 1099:1
**started** [7] - 1007:22,

1017:23, 1032:23, 1099:7, 1099:20, 1104:25, 1105:4
**starts** [1] - 1020:11
**STATE** [3] - 951:3, 951:8, 951:10
**State** [2] - 998:6, 1129:16
**state** [3] - 1048:11, 1076:14, 1118:2
**statement** [6] - 970:2, 1027:17, 1051:6, 1118:1, 1119:9, 1126:12
**statements** [3] - 1001:7, 1048:1, 1063:3
**States** [3] - 1078:10, 1129:16, 1129:22
**STATES** [4] - 947:1, 947:15, 947:23, 950:3
**static** [1] - 1080:14
**STATION** [1] - 950:24
**status** [1] - 1058:13
**stay** [2] - 985:20, 1043:11
**stayed** [1] - 1078:18
**stem** [1] - 1045:14
**STENOGRAPHY** [1] - 954:16
**step** [7] - 970:19, 994:8, 1001:5, 1012:1, 1013:8, 1043:16
**Stephanie** [1] - 956:22
**STEPHEN** [1] - 948:7
**stepped** [1] - 1121:9
**steps** [4] - 970:25, 1008:16, 1052:1, 1092:17
**STERBCOW** [30] - 948:14, 948:14, 957:1, 957:8, 960:3, 969:14, 969:19, 973:6, 978:17, 978:19, 978:24, 979:1, 990:22, 1016:15, 1016:17, 1018:24, 1042:7, 1042:11, 1043:20, 1059:9, 1060:25, 1061:3, 1072:8, 1072:19, 1072:20, 1075:6, 1075:11, 1076:22, 1077:5, 1078:8
**Sterbcow** [8] - 956:25, 978:14, 1042:17, 1060:23, 1075:3,

1078:17, 1079:22, 1092:3
**Sterbcow's** [3] - 1076:18, 1116:18, 1121:21
**STERBCOW.......** [1] - 955:6
**STERNBERG** [1] - 954:3
**Steve** [3] - 1123:17, 1123:19
**STEVEN** [2] - 950:10, 952:18
**stick** [1] - 1116:3
**still** [14] - 959:25, 999:15, 1001:4, 1013:17, 1015:22, 1043:12, 1078:2, 1096:4, 1109:12, 1115:14, 1120:12, 1120:17, 1122:15, 1122:25
**STONE** [1] - 953:11
**stop** [11] - 960:6, 960:7, 974:15, 974:20, 992:15, 1025:2, 1074:18, 1093:13, 1094:11, 1107:1, 1127:6
**stopped** [5] - 970:25, 993:11, 1120:19, 1127:4, 1128:18
**stops** [3] - 1093:11, 1094:7, 1094:8
**straight** [1] - 995:25
**straightaway** [1] - 1055:8
**STRANGE** [1] - 951:4
**STREET** [19] - 948:4, 948:11, 948:15, 948:19, 948:22, 949:11, 949:15, 949:22, 951:11, 951:16, 951:22, 952:15, 952:19, 953:4, 953:12, 953:18, 953:24, 954:8, 954:13
**strength** [1] - 1080:15
**strengthening** [1] - 1002:25
**strictly** [1] - 1110:4
**strike** [2] - 1083:21, 1088:22
**string** [1] - 966:13
**strip** [2] - 1120:18, 1120:19
**stripping** [1] - 1120:12
**strong** [2] - 996:20, 1019:2

**structure** [8] - 999:9, 999:15, 999:17, 999:24, 999:25, 1068:18, 1069:12, 1069:15
**Structure** [1] - 1046:9
**structured** [1] - 1071:7
**study** [3] - 1025:5, 1036:18, 1042:2
**stuff** [2] - 1072:17, 1125:20
**sub** [4] - 997:23, 1045:17, 1046:7, 1094:19
**sub-bullets** [1] - 1094:19
**sub-element** [2] - 1045:17, 1046:7
**subject** [4] - 1018:4, 1048:17, 1074:1, 1113:20
**submit** [2] - 1009:17, 1058:23
**subsequent** [6] - 965:19, 1009:10, 1015:6, 1076:19, 1076:22, 1079:20
**subset** [1] - 1004:15
**successful** [8] - 968:14, 969:4, 991:15, 1098:3, 1104:20, 1113:13, 1113:21, 1114:8
**successor** [1] - 1049:8
**sucked** [1] - 988:17
**sufficient** [3] - 970:13, 1018:18, 1033:6
**suggest** [1] - 998:14
**suggested** [1] - 1043:9
**suggesting** [1] - 1076:19
**suggests** [1] - 998:17
**SUITE** [13] - 948:4, 948:15, 948:19, 949:4, 949:8, 951:22, 952:15, 952:19, 953:8, 953:18, 953:24, 954:4, 954:8
**SULLIVAN** [1] - 950:17
**sum** [1] - 998:18
**summarize** [1] - 1027:9
**summary** [2] - 1090:2, 1111:17
**Sun** [1] - 1100:7

**supplemented** [3] - 1039:6, 1039:10, 1056:17
**supplied** [1] - 1095:4
**supply** [1] - 988:14
**support** [1] - 1053:3
**supports** [1] - 1006:16
**suppose** [1] - 1012:4
**supposed** [10] - 964:7, 964:22, 965:5, 975:12, 995:9, 1075:24, 1076:10, 1077:9, 1078:1, 1083:23
**surface** [2] - 984:15, 1090:25
**survived** [1] - 1102:22
**suspect** [3] - 1056:14, 1066:7, 1105:18
**sustain** [2] - 1072:16, 1128:7
**SUTHERLAND** [1] - 952:17
**swapping** [1] - 960:25
**swear** [1] - 1127:3
**swing** [1] - 959:3
**Swiss** [6] - 1090:5, 1091:24, 1092:2, 1092:24, 1093:5, 1128:12
**switched** [1] - 976:9
**sworn** [2] - 957:5, 1031:19
**synthetic** [1] - 963:2
**System** [1] - 1037:14
**system** [110] - 959:12, 965:7, 965:22, 966:6, 969:1, 969:2, 984:17, 984:19, 984:24, 985:4, 985:12, 985:16, 986:10, 988:2, 988:3, 988:15, 988:21, 990:25, 991:4, 992:16, 992:25, 994:11, 995:2, 996:12, 996:14, 996:25, 997:1, 997:3, 997:10, 998:15, 1001:12, 1001:14, 1002:19, 1003:12, 1003:19, 1003:22, 1004:12, 1007:1, 1009:7, 1009:21, 1010:7, 1011:16, 1011:17, 1012:2, 1012:13, 1024:23, 1028:7, 1030:12, 1030:23, 1032:12,

1032:14, 1032:16, 1032:20, 1033:4, 1033:10, 1033:13, 1033:18, 1034:10, 1035:4, 1035:5, 1036:21, 1037:1, 1037:23, 1038:21, 1039:5, 1039:9, 1040:1, 1040:18, 1040:22, 1040:25, 1064:8, 1064:11, 1064:12, 1066:16, 1066:22, 1066:24, 1067:2, 1067:23, 1068:23, 1069:5, 1069:17, 1070:4, 1070:5, 1070:13, 1070:17, 1070:19, 1072:23, 1077:17, 1077:20, 1091:3, 1092:5, 1101:3, 1101:12, 1101:13, 1101:14, 1101:21, 1102:1, 1102:2, 1102:4, 1102:6, 1102:7, 1102:8, 1102:12, 1103:2, 1103:3, 1103:5, 1106:21
**systematically** [1] - 1064:6
**systemic** [19] - 1006:19, 1006:23, 1009:11, 1010:17, 1011:4, 1011:6, 1011:16, 1012:12, 1012:16, 1017:5, 1017:8, 1017:13, 1021:14, 1029:18, 1030:12, 1033:16, 1033:20, 1033:22, 1039:8
**systems** [24] - 984:7, 986:23, 986:24, 987:5, 987:7, 987:10, 987:18, 987:20, 987:22, 988:8, 990:5, 990:7, 1006:19, 1006:24, 1061:5, 1064:4, 1066:19, 1067:6, 1068:8, 1101:24, 1102:21, 1103:9

**T**

**tab** [1] - 1110:9
**tail** [1] - 961:12
**talented** [1] - 1097:14
**talks** [1] - 983:17

**tandem** [1] - 974:13
**tank** [3] - 1120:12, 1120:18, 1120:19
**TANNER** [1] - 954:7
**tape** [1] - 1126:23
**targeted** [2] - 1061:14, 1061:17
**tasked** [1] - 1010:21
**team** [99] - 957:21, 964:4, 968:9, 969:17, 969:20, 970:6, 974:7, 982:4, 997:12, 999:20, 999:21, 1002:5, 1002:11, 1003:24, 1008:17, 1008:20, 1015:3, 1015:6, 1015:10, 1015:12, 1015:14, 1016:18, 1018:9, 1019:18, 1019:21, 1020:7, 1024:6, 1026:10, 1026:23, 1026:25, 1035:9, 1036:7, 1036:10, 1037:3, 1039:15, 1040:7, 1041:20, 1044:23, 1045:23, 1045:25, 1046:13, 1047:1, 1047:7, 1047:11, 1047:13, 1047:15, 1047:17, 1051:3, 1053:1, 1053:7, 1056:12, 1056:15, 1056:16, 1059:16, 1060:1, 1060:3, 1062:16, 1062:18, 1063:13, 1064:22, 1065:5, 1065:8, 1066:1, 1066:7, 1080:11, 1080:12, 1082:3, 1082:4, 1082:15, 1083:3, 1083:9, 1083:11, 1083:19, 1086:11, 1086:12, 1088:24, 1089:3, 1089:6, 1089:17, 1095:4, 1096:21, 1100:12, 1101:7, 1107:20, 1108:22, 1108:24, 1115:12, 1115:16, 1116:1, 1116:19, 1121:21, 1123:11, 1123:18, 1123:20, 1125:10, 1125:18, 1127:25
**team's** [2] - 1115:10, 1123:8
**teammate** [1] - 993:22

**teams** [10] - 1023:18, 1025:25, 1026:3, 1026:17, 1027:25, 1029:17, 1048:21, 1086:13, 1086:21, 1092:18
**technical** [3] - 988:18, 1038:7, 1086:21
**technique** [2] - 1009:10, 1099:25
**teeth** [2] - 1085:4, 1085:6
**temperature** [1] - 1053:25
**temporarily** [1] - 1098:25
**temporary** [3] - 966:11, 967:14, 969:24
**ten** [4] - 989:22, 1071:4, 1097:12, 1126:7
**tenet** [1] - 972:14
**term** [1] - 1056:22
**terms** [20] - 960:25, 964:15, 975:3, 985:14, 992:24, 995:12, 1005:2, 1005:10, 1007:2, 1010:9, 1011:4, 1014:19, 1035:8, 1040:12, 1040:18, 1068:8, 1069:3, 1070:10, 1073:23, 1087:7
**terrible** [1] - 1077:15
**test** [86] - 961:16, 961:19, 961:20, 961:21, 962:5, 962:7, 962:8, 962:22, 963:4, 963:6, 963:12, 963:16, 964:8, 964:12, 964:15, 965:8, 967:5, 967:9, 968:5, 968:14, 969:4, 969:10, 969:16, 969:23, 969:24, 970:3, 970:10, 971:11, 974:11, 974:16, 977:10, 978:1, 980:3, 980:24, 981:7, 1081:6, 1081:10, 1081:12, 1081:21, 1081:22, 1082:4, 1083:4, 1083:10, 1084:2, 1084:12, 1085:9, 1090:19, 1094:1,

OFFICIAL TRANSCRIPT

1094:4, 1094:10, 1096:10, 1098:2, 1104:12, 1104:13, 1104:19, 1104:20, 1105:8, 1109:7, 1111:25, 1112:7, 1112:13, 1112:19, 1112:23, 1113:4, 1113:13, 1113:21, 1114:8, 1116:13, 1120:10, 1120:24, 1120:25, 1121:2, 1121:8, 1121:13, 1121:15, 1121:25, 1122:11, 1122:18, 1124:3, 1124:11, 1124:15, 1124:22, 1125:23, 1126:17, 1128:15, 1128:16

**testified** [9] - 957:5, 1015:25, 1016:6, 1016:21, 1025:18, 1031:13, 1052:13, 1068:22, 1118:24

**testifies** [1] - 1066:3

**testify** [3] - 975:18, 1025:12, 1084:20

**testimony** [16] - 956:11, 1012:11, 1016:3, 1016:8, 1017:13, 1031:17, 1031:19, 1031:25, 1033:2, 1052:17, 1089:8, 1104:9, 1114:21, 1114:22, 1115:18, 1115:20

**testing** [9] - 960:25, 962:25, 996:22, 1035:4, 1080:4, 1080:12, 1080:13, 1083:1, 1090:17

**tests** [24] - 976:7, 976:17, 1080:25, 1081:6, 1082:14, 1082:16, 1082:18, 1082:20, 1082:21, 1082:25, 1083:5, 1083:3, 1083:22, 1084:14, 1084:22, 1084:23, 1084:24, 1085:2, 1085:20, 1086:3, 1086:8, 1109:2

**THE** [77] - 947:5, 947:6, 947:13, 947:22, 948:3, 950:3, 951:3, 951:8, 951:9, 956:7, 956:8, 956:10, 956:16, 956:22, 959:20,

959:22, 969:18, 973:2, 973:4, 978:14, 978:18, 978:20, 978:25, 990:16, 990:17, 1016:12, 1018:23, 1042:10, 1042:12, 1042:13, 1042:15, 1042:16, 1059:6, 1059:7, 1060:23, 1061:2, 1072:7, 1072:12, 1072:16, 1074:18, 1074:22, 1074:24, 1074:25, 1075:3, 1075:7, 1076:15, 1077:1, 1077:3, 1078:10, 1078:12, 1078:23, 1079:2, 1100:9, 1100:11, 1100:14, 1114:25, 1115:3, 1115:6, 1115:21, 1115:24, 1116:3, 1116:5, 1116:6, 1120:8, 1122:19, 1126:2, 1126:9, 1126:21, 1127:6, 1127:10, 1127:12, 1127:16, 1127:20, 1128:3, 1128:7, 1129:6, 1129:8

**theoretically** [1] - 1054:10

**theory** [3] - 964:6, 965:16, 1090:6

**therefore** [4] - 991:16, 1016:9, 1027:15, 1027:20

**they've** [1] - 1026:16

**Thierens** [9] - 1021:3, 1021:21, 1022:21, 1022:23, 1025:17, 1025:21, 1049:14, 1049:23, 1050:8

**Thierens'** [1] - 1055:14

**thinking** [6] - 1035:3, 1035:6, 1063:5, 1063:7, 1098:9, 1120:25

**THIRD** [1] - 951:11

**third** [10] - 1042:25, 1076:9, 1076:24, 1077:8, 1080:3, 1090:17, 1094:8, 1094:17, 1094:18, 1110:15

**THIS** [1] - 947:11

**THOMAS** [1] - 949:11

**THORNHILL** [2] -

949:10, 949:11

**thorough** [3] - 991:22, 991:25, 992:1

**thousand** [1] - 1107:16

**three** [13] - 957:22, 980:18, 980:25, 981:1, 981:5, 989:22, 1026:21, 1063:23, 1064:5, 1064:17, 1078:14, 1109:22, 1128:4

**three-hour** [2] - 981:1, 981:5

**throughout** [2] - 1095:16, 1101:5

**throw** [1] - 998:8

**thrust** [1] - 1115:17

**THURSDAY** [2] - 947:9, 956:2

**timelines** [1] - 1104:8

**timing** [2] - 969:23, 1069:25

**title** [6] - 1026:18, 1037:13, 1045:3, 1045:4, 1071:14, 1071:15

**TO** [2] - 947:11, 956:4

**today** [7] - 1015:13, 1015:25, 1036:2, 1043:5, 1044:25, 1047:24, 1065:15

**today's** [1] - 1127:1

**together** [9] - 966:4, 970:10, 989:18, 1005:8, 1066:13, 1077:22, 1078:4, 1092:12, 1093:2

**toll** [1] - 1028:3

**TOLLES** [1] - 952:21

**tone** [3] - 1041:5, 1041:6, 1041:8

**Tony** [1] - 1043:12

**took** [11] - 1010:4, 1010:7, 1042:14, 1066:9, 1074:23, 1085:10, 1085:20, 1119:11, 1119:14, 1119:19, 1121:13

**tool** [17] - 1026:10, 1028:3, 1028:5, 1028:12, 1028:14, 1028:17, 1028:20, 1043:24, 1048:24, 1050:17, 1050:21, 1051:1, 1053:4, 1053:17, 1059:24, 1060:8, 1060:16

**Tool** [3] - 1028:22, 1044:1, 1050:17

**toolpusher** [2] - 1096:14, 1096:17

**tools** [9] - 1008:22, 1023:19, 1023:20, 1023:24, 1026:2, 1028:24, 1029:16, 1029:20, 1047:11

**top** [19] - 961:8, 965:7, 966:23, 967:8, 979:3, 986:7, 1004:3, 1004:13, 1017:10, 1027:5, 1031:1, 1050:1, 1056:6, 1058:4, 1073:2, 1106:25, 1111:4, 1120:2

**TOR** [1] - 1005:13

**TORTS** [2] - 950:4, 950:15

**total** [1] - 1014:17

**totality** [1] - 1059:17

**touch** [1] - 957:18

**touched** [5] - 1004:9, 1011:1, 1011:23, 1029:25, 1046:19

**toward** [2] - 964:6, 965:17

**TOWER** [2] - 953:4, 953:23

**toxic** [2] - 987:11, 1061:9

**track** [15] - 957:16, 958:3, 959:7, 960:14, 960:17, 961:1, 961:4, 961:12, 1004:18, 1012:8, 1090:12, 1090:14, 1090:15, 1094:16

**tracking** [1] - 1028:24

**trade** [7] - 988:19, 988:22, 988:24, 988:25, 989:5, 989:10, 989:13

**trade-off** [2] - 989:10, 989:13

**trade-offs** [5] - 988:19, 988:22, 988:24, 988:25, 989:5

**tragedy** [3] - 1077:15, 1092:9, 1093:1

**trained** [4] - 982:23, 983:6, 991:8, 1036:21

**training** [14] - 983:8, 983:10, 983:13, 1007:16, 1007:17, 1007:18, 1007:20, 1008:1, 1008:8, 1019:6, 1036:11

**TRANSCRIPT** [2] - 947:21, 954:16

**transcript** [1] - 1129:17

**transferring** [1] - 1048:23

**transition** [1] - 1080:15

**transitioning** [1] - 1048:22

**translated** [1] - 1051:14

**transmitted** [4] - 1102:8, 1102:12, 1102:21, 1104:1

**Transocean** [43] - 964:13, 964:15, 964:18, 965:21, 965:24, 966:1, 970:7, 970:9, 970:15, 974:4, 974:13, 975:20, 975:22, 976:2, 980:11, 983:4, 983:12, 983:18, 983:21, 985:9, 987:15, 988:25, 989:4, 990:24, 991:2, 991:10, 997:2, 998:15, 998:16, 1011:11, 1032:1, 1032:7, 1033:4, 1034:12, 1036:20, 1039:14, 1064:8, 1097:25, 1102:1, 1102:4, 1102:12, 1114:17

**TRANSOCEAN** [3] - 952:11, 952:11, 952:13

**Transocean's** [8] - 972:12, 972:21, 997:10, 1032:20, 1033:17, 1039:9, 1039:25, 1064:16

**Transocean-owned** [1] - 985:9

**transparency** [1] - 1050:3

**traveled** [1] - 957:23

**tree** [2] - 1008:25, 1047:12

**TREX** [39] - 955:16, 955:17, 956:19, 956:20, 957:11, 957:17, 961:15, 976:5, 978:16, 979:20, 982:19, 985:19, 988:11, 999:14, 1002:9,

1005:19, 1013:24, 1016:4, 1018:1, 1037:10, 1048:13, 1049:4, 1055:25, 1069:10, 1079:13, 1100:24, 1103:23, 1123:5, 1123:25, 1125:6

**TRIAL** [1] - 947:21

**trial** [1] - 1043:5

**tried** [5] - 1005:1, 1012:19, 1050:8, 1078:17, 1097:17

**trip** [1] - 1039:20

**TRITON** [1] - 947:13

**true** [17] - 969:7, 971:2, 972:13, 972:18, 993:13, 993:17, 1000:21, 1012:4, 1012:17, 1017:24, 1019:10, 1019:11, 1022:9, 1022:14, 1029:17, 1030:18, 1129:17

**trust** [1] - 1126:5

**try** [16] - 978:20, 984:11, 992:12, 992:25, 1010:24, 1016:16, 1017:19, 1032:13, 1056:16, 1071:8, 1072:2, 1087:6, 1090:3, 1104:8, 1109:1, 1125:17

**trying** [16] - 963:22, 977:16, 1006:14, 1010:22, 1011:7, 1023:14, 1024:3, 1026:13, 1033:2, 1033:3, 1063:2, 1068:4, 1078:6, 1102:11, 1109:5, 1125:25

**tube** [3] - 958:16, 959:5

**turf** [1] - 1078:18

**turn** [6] - 992:12, 992:25, 995:5, 996:12, 1089:15, 1128:10

**two** [31] - 969:23, 976:7, 978:10, 978:11, 996:21, 1002:18, 1004:21, 1005:1, 1015:6, 1020:25, 1021:24, 1028:24, 1034:20, 1051:9, 1063:12, 1080:1, 1082:24, 1085:23, 1094:19,

1094:22, 1097:13, 1100:8, 1101:23, 1114:17, 1117:19, 1121:24, 1122:11, 1123:16, 1123:19, 1128:4

**TX** [8] - 949:5, 949:19, 952:19, 953:8, 953:18, 953:24, 954:4, 954:9

**type** [14] - 999:25, 1035:17, 1039:20, 1054:1, 1058:20, 1059:13, 1068:1, 1071:12, 1085:18, 1103:25, 1110:14, 1111:16, 1126:22

**typed** [1] - 1056:7

**types** [1] - 1062:15

**typewritten** [1] - 1123:7

**typically** [1] - 1039:24

# U

**U.S** [5] - 950:4, 950:8, 950:15, 950:21, 1075:8

**UK** [1] - 1117:1

**ultimate** [1] - 1093:14

**ultimately** [5] - 963:23, 991:18, 993:6, 1034:25, 1061:9

**uncertainty** [1] - 1023:21

**unchanged** [1] - 999:21

**unclear** [1] - 1023:19

**uncommon** [1] - 1122:2

**uncontrolled** [1] - 1058:7

**uncover** [2] - 1116:10, 1116:11

**under** [12] - 963:12, 1007:22, 1010:16, 1016:1, 1028:6, 1033:9, 1035:1, 1048:8, 1073:18, 1076:10, 1121:7, 1128:18

**underbalance** [1] - 1099:6

**underbalanced** [5] - 973:16, 981:10, 1099:20, 1104:24, 1105:5

**undergo** [1] - 1054:2

**UNDERHILL** [36] - 950:5, 1078:11, 1078:14, 1078:24, 1079:3, 1079:7, 1079:22, 1079:24, 1085:7, 1085:8, 1099:10, 1100:15, 1109:16, 1112:4, 1114:11, 1115:8, 1115:23, 1115:25, 1116:4, 1116:8, 1116:9, 1116:21, 1117:14, 1121:19, 1122:21, 1122:24, 1126:5, 1126:10, 1126:11, 1126:23, 1127:14, 1127:19, 1127:22, 1128:4, 1128:9, 1129:4

**Underhill** [1] - 1114:20

**UNDERHILL.............. ...................** [1] - 955:8

**underlying** [2] - 1009:11, 1103:25

**underneath** [3] - 968:19, 995:25, 1106:22

**underpinned** [1] - 1020:16

**understood** [5] - 980:14, 989:25, 995:10, 1055:4, 1114:6

**undertaken** [3] - 983:12, 1008:17, 1024:1

**undertaking** [1] - 1008:19

**unexplained** [1] - 1096:22

**unfortunately** [1] - 971:4

**UNIDENTIFIED** [1] - 1110:3

**unified** [1] - 1053:16

**uniform** [1] - 1029:12

**uniformly** [3] - 1026:4, 1026:6, 1026:7

**unique** [1] - 1057:3

**unit** [3] - 1021:4, 1031:5, 1032:9

**UNITED** [4] - 947:1, 947:15, 947:23, 950:3

**United** [3] - 1078:10, 1129:16, 1129:22

**universally** [1] - 992:4

**unknown** [1] - 963:16

**unless** [1] - 1096:22

**unlike** [1] - 960:4

**up** [81] - 957:11, 957:13, 957:17, 957:23, 958:1, 959:2, 960:2, 960:20, 960:21, 964:15, 965:22, 966:6, 968:4, 972:19, 973:8, 975:15, 980:4, 980:5, 981:8, 986:3, 986:4, 986:8, 986:19, 988:16, 990:16, 998:25, 1001:5, 1003:23, 1010:10, 1013:24, 1016:4, 1016:20, 1017:3, 1017:23, 1018:1, 1019:13, 1020:10, 1020:14, 1025:5, 1027:2, 1029:25, 1030:1, 1030:2, 1030:5, 1030:18, 1039:19, 1043:10, 1043:22, 1054:25, 1062:25, 1064:2, 1067:23, 1068:14, 1073:9, 1079:12, 1080:20, 1080:21, 1080:22, 1092:8, 1093:7, 1098:20, 1106:18, 1106:20, 1106:22, 1106:24, 1107:2, 1111:4, 1111:16, 1117:18, 1119:17, 1122:15, 1124:4, 1124:12, 1124:22, 1125:14, 1125:21, 1125:23, 1125:24, 1126:2, 1126:14, 1128:11

**upcoming** [1] - 1121:1

**update** [1] - 1058:19

**updated** [4] - 1022:25, 1056:11, 1057:2, 1059:11

**upper** [1] - 1041:22, 1064:2, 1064:3

**utilize** [1] - 1007:14

**utilized** [1] - 1001:19

**utilizing** [1] - 1008:22

# V

**VA** [1] - 948:19

**valve** [8] - 958:15, 964:3, 964:6, 964:12, 965:18,

996:10, 996:16, 996:18

**valves** [17] - 958:15, 958:23, 958:24, 959:3, 959:9, 960:1, 960:4, 960:10, 964:14, 965:22, 966:8, 966:23, 967:11, 1094:21, 1094:22

**Vapor** [1] - 989:19

**variety** [1] - 1023:19

**various** [6] - 1065:22, 1091:18, 1103:1, 1123:9, 1123:10, 1127:9

**ventilation** [2] - 988:2, 988:4

**venting** [1] - 984:2

**verbiage** [1] - 1115:13

**versa** [1] - 1119:5

**Version** [1] - 1045:11

**version** [2] - 1048:24, 1070:2

**versions** [1] - 1026:11

**versus** [1] - 970:13

**vessel** [35] - 980:11, 982:2, 983:4, 984:5, 984:7, 985:1, 985:4, 985:9, 986:15, 986:25, 987:8, 987:10, 987:12, 987:19, 988:6, 988:20, 990:25, 991:3, 991:7, 992:5, 992:12, 992:13, 994:11, 994:17, 994:21, 995:4, 995:17, 995:24, 997:4, 998:16, 1032:2, 1032:5, 1034:13

**vessel's** [1] - 988:17

**vessels** [2] - 987:14, 987:15

**vice** [1] - 999:1, 1019:17, 1119:4

**Vice** [1] - 1052:13

**vice-president** [2] - 999:1, 1019:17

**Vice-President** [1] - 1052:13

**video** [21] - 1098:19, 1098:23, 1099:9, 1099:17, 1100:12, 1100:13, 1105:3, 1109:17, 1112:3, 1112:5, 1114:10, 1115:4, 1116:22, 1117:13, 1117:20,

1121:18, 1126:24,
1126:25, 1127:4,
1127:9, 1128:3
**VIDEOGRAPHER** [1] -
1127:1
**videos** [2] - 1115:7,
1116:2
**Vidrine** [48] - 971:10,
972:11, 972:19,
1034:18, 1034:20,
1109:19, 1111:4,
1111:8, 1111:14,
1112:1, 1112:6,
1112:14, 1112:15,
1112:25, 1113:10,
1113:16, 1114:4,
1116:12, 1117:21,
1118:7, 1118:11,
1118:14, 1118:18,
1118:22, 1119:3,
1119:10, 1119:13,
1119:19, 1120:2,
1120:6, 1120:10,
1120:25, 1121:5,
1121:8, 1121:11,
1121:23, 1122:16,
1122:17, 1124:10,
1124:20, 1125:6,
1125:21, 1125:22,
1126:13, 1126:17
**Vidrine's** [1] - 1122:10
**view** [11] - 968:13,
974:19, 985:2,
996:21, 1031:1,
1033:23, 1098:8,
1099:21, 1103:11,
1105:6, 1115:11
**viewed** [1] - 1098:6
**views** [1] - 1124:15
**vigilance** [2] - 972:22
**violated** [2] - 1034:23,
1056:25
**VIRGINIA** [1] - 948:19
**visible** [3] - 978:13,
981:24, 1103:12
**voice** [2] - 1099:11,
1099:12
**VOICES** [1] - 956:9
**volume** [8] - 984:25,
985:12, 986:10,
1080:3, 1114:13,
1114:17, 1117:17,
1117:18
**volumes** [1] - 985:3
**voluntarily** [2] -
1076:23, 1085:3
**VON** [1] - 954:3
**VP** [3] - 1019:3,
1020:2, 1073:13
**vulnerable** [1] - 988:1

## W

**Wait** [1] - 1084:10
**wait** [4] - 1072:12,
1085:1, 1127:6
**waited** [2] - 1085:9,
1085:12
**WALKER** [1] - 948:18
**WALTER** [1] - 948:22
**WALTHER** [1] -
953:11
**Walz** [1] - 1083:18
**Walz's** [1] - 1086:12
**wants** [3] - 1019:21,
1020:6, 1020:19
**warning** [1] - 987:23
**WASHINGTON** [4] -
950:13, 950:19,
950:24, 952:4
**watch** [3] - 972:17,
972:22, 1073:18
**watching** [3] -
1120:12, 1120:17,
1127:17
**water** [2] - 967:7,
1080:14
**WATTS** [2] - 949:3,
949:3
**ways** [4] - 993:11,
1007:19, 1068:6,
1101:18
**weakened** [1] - 965:20
**weakness** [1] - 997:13
**Weatherford** [2] -
1095:4, 1095:6
**web** [1] - 1043:25
**web-based** [1] -
1043:25
**website** [1] - 1122:15
**week** [5] - 1023:1,
1042:20, 1042:22,
1043:2
**weight** [5] - 1087:18,
1088:8, 1088:13,
1088:25, 1089:16
**well's** [6] - 1036:7,
1036:10, 1037:1,
1040:7, 1045:25,
1047:12
**wellbore** [3] - 991:15,
1058:7, 1099:4
**wells** [8] - 982:11,
1018:3, 1021:3,
1035:15, 1059:21,
1064:22, 1087:14,
1088:6
**Wells** [1] - 1049:1
**WERE** [1] - 955:18
**Westlake** [1] - 1123:9

**whatsoever** [3] -
986:22, 1097:22,
1106:8
**whereby** [1] - 1064:15
**wherein** [1] - 1060:4
**WHEREUPON** [17] -
956:18, 985:23,
1042:14, 1074:23,
1098:23, 1099:9,
1109:17, 1112:3,
1112:5, 1114:10,
1116:22, 1117:13,
1117:20, 1121:18,
1126:25, 1127:4,
1129:9
**WHITELEY** [1] -
951:14
**whole** [12] - 971:19,
1000:14, 1001:8,
1020:9, 1031:23,
1034:7, 1046:23,
1071:17, 1088:24,
1091:19, 1091:22,
1123:15
**wholly** [1] - 1025:6
**why's** [4] - 1011:2,
1011:4, 1011:8,
1011:9
**wild** [1] - 1004:5
**WILLIAMS** [2] - 949:7,
949:7
**WILLIAMSON** [2] -
949:17, 949:18
**wind** [1] - 1093:6
**WINFIELD** [1] - 951:5
**wiper** [1] - 961:9
**WITNESS** [10] -
959:22, 973:4,
990:17, 1059:7,
1072:7, 1077:3,
1100:11, 1116:6,
1120:8, 1127:12
**witness** [7] - 957:4,
973:2, 1016:9,
1072:14, 1075:1,
1126:21, 1127:3
**witnesses** [6] -
1096:14, 1104:10,
1114:23, 1117:5,
1117:8, 1117:11
**WITTMANN** [2] -
953:11, 953:12
**word** [3] - 1080:22,
1081:3, 1102:15
**wording** [1] - 997:14
**words** [7] - 993:9,
1003:14, 1052:7,
1069:17, 1072:3,
1090:1, 1092:15
**works** [6] - 958:20,

984:19, 1032:4,
1032:17, 1068:21,
1071:21
**world** [1] - 1004:5
**world-wild** [1] -
1004:5
**worldwide** [1] -
1083:16
**worried** [1] - 1089:17
**worst** [1] - 991:8
**worst-case** [1] - 991:8
**worth** [1] - 1078:14
**wrapping** [1] - 1126:2
**WRIGHT** [1] - 948:3
**write** [2] - 1080:20,
1111:10
**write-up** [1] - 1080:20
**writing** [1] - 1010:9
**written** [4] - 1027:17,
1049:1, 1120:14,
1122:15
**wrote** [1] - 1111:13

## Y

**yellow** [4] - 996:10,
996:16, 997:15,
1014:11
**yesterday** [26] -
956:15, 957:19,
960:15, 975:19,
1001:21, 1002:2,
1002:3, 1002:6,
1006:25, 1007:18,
1008:6, 1011:20,
1012:22, 1022:5,
1022:25, 1031:2,
1037:22, 1045:5,
1052:22, 1056:24,
1066:13, 1118:25,
1119:12, 1119:16,
1119:25, 1122:22
**YOAKUM** [1] - 949:18
**YOUNG** [1] - 950:23
**yourself** [1] - 1083:8
**yourselves** [1] -
1016:19

## Z

**zero** [5] - 968:18,
970:4, 976:22,
1080:15, 1124:3
**zonal** [2] - 959:13,
962:12
**zone** [1] - 1042:23

## "

**"MIKE"** [1] - 952:3

**OFFICIAL TRANSCRIPT**