1            UNITED STATES DISTRICT COURT

2           EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
     *DEEPWATER HORIZON* IN THE           *
5    GULF OF MEXICO ON APRIL 20, 2010    *   Section J
                                         *
6    Applies to:                         *   New Orleans, Louisiana
                                         *
7    Docket 10-CV-02771,                 *   February 28, 2013
     *IN RE:  THE COMPLAINT AND*          *
8    *PETITION OF TRITON ASSET*           *
     *LEASING GmbH, et al*                *
9                                        *
     Docket 10-CV-4536,                  *
10   *UNITED STATES OF AMERICA v.*        *
     *BP EXPLORATION & PRODUCTION,*       *
11   *INC., et al*                        *
                                         *
12   * * * * * * * * * * * * * * * * * * *

13

14             DAY 4, AFTERNOON SESSION
              TRANSCRIPT OF NONJURY TRIAL
15        BEFORE THE HONORABLE CARL J. BARBIER
              UNITED STATES DISTRICT JUDGE

16

17   Appearances:

18

19   For the Plaintiffs:         Domengeaux Wright Roy
                                    & Edwards, LLC
20                               BY:  JAMES P. ROY, ESQ.
                                 556 Jefferson Street, Suite 500
21                               Post Office Box 3668
                                 Lafayette, Louisiana 70502

22

23   For the Plaintiffs:         Herman Herman & Katz, LLC
                                 BY:  STEPHEN J. HERMAN, ESQ.
24                               820 O'Keefe Avenue
                                 New Orleans, Louisiana 70113

25

1    <u>Appearances</u>:

2

3    For the Plaintiffs:          Cunningham Bounds, LLC
                                  BY:  ROBERT T. CUNNINGHAM, ESQ.
                                  1601 Dauphin Street
4                                 Mobile, Alabama 36604

5

6    For the Plaintiffs:          Lewis Kullman Sterbcow & Abramson
                                  BY:  PAUL M. STERBCOW, ESQ.
                                  601 Poydras Street, Suite 2615
7                                 New Orleans, Louisiana 70130

8

9    For the Plaintiffs:          Breit Drescher Imprevento
                                    & Walker, PC
                                  BY:  JEFFREY A. BREIT, ESQ.
10                                600 22nd Street, Suite 402
                                  Virginia Beach, Virginia 23451

11

12   For the Plaintiffs:          Leger & Shaw
                                  BY:  WALTER J. LEGER JR., ESQ.
13                                600 Carondelet Street, 9th Floor
                                  New Orleans, Louisiana 70130

14

15   For the Plaintiffs:          Watts Guerra Craft, LLP
                                  BY:  MIKAL C. WATTS, ESQ.
16                                4 Dominion Drive
                                  Building 3, Suite 100
17                                San Antonio, Texas 78257

18

19   For the Plaintiffs:          Williams Law Group, LLC
                                  BY:  CONRAD "DUKE" WILLIAMS, ESQ.
                                  435 Corporate Drive, Suite 101
20                                Houma, Louisiana 70360

21

22   For the Plaintiffs:          Thornhill Law Firm
                                  BY:  TOM THORNHILL, ESQ.
                                  1308 Ninth Street
23                                Slidell, Louisiana 70458

24

25


OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2   For the Plaintiffs:          deGravelles Palmintier Holthaus
                                    & Frugé, LLP
 3                               BY:  JOHN W. DEGRAVELLES, ESQ.
                                 618 Main Street
 4                               Baton Rouge, Louisiana 70801

 5
     For the Plaintiffs:          Williamson & Rusnak
 6                               BY:  JIMMY WILLIAMSON, ESQ.
                                 4310 Yoakum Boulevard
 7                               Houston, Texas 77006

 8
     For the Plaintiffs:          Irpino Law Firm
 9                               BY:  ANTHONY IRPINO, ESQ.
                                 2216 Magazine Street
10                               New Orleans, Louisiana 70130

11
     For the United States        U.S. Department of Justice
12   of America:                 Torts Branch, Civil Division
                                 BY:  R. MICHAEL UNDERHILL, ESQ.
13                               450 Golden Gate Avenue
                                 7-5395 Federal Bldg., Box 36028
14                               San Francisco, California 94102

15
     For the United States        U.S. Department of Justice
16   of America:                 Environment & Natural Resources
                                 Environmental Enforcement Section
17                               BY:  STEVEN O'ROURKE, ESQ.
                                      SCOTT CERNICH, ESQ.
18                                    DEANNA CHANG, ESQ.
                                      RACHEL HANKEY, ESQ.
19                                    A. NATHANIEL CHAKERES, ESQ.
                                 Post Office Box 7611
20                               Washington, D.C. 20044

21
     For the United States        U.S. Department of Justice
22   of America:                 Torts Branch, Civil Division
                                 BY:  JESSICA McCLELLAN, ESQ.
23                                    MICHELLE DELEMARRE, ESQ.
                                      JESSICA SULLIVAN, ESQ.
24                                    SHARON SHUTLER, ESQ.
                                      MALINDA LAWRENCE, ESQ.
25                               Post Office Box 14271
                                 Washington, D.C. 20004
```

OFFICIAL TRANSCRIPT

1   <u>Appearances</u>:

2

3   For the United States          U.S. Department of Justice
    of America:                    Fraud Section
                                   Commercial Litigation Branch
4                                  BY:  DANIEL SPIRO, ESQ.
                                        KELLEY HAUSER, ESQ.
5                                       ELIZABETH YOUNG, ESQ.
                                   Ben Franklin Station
6                                  Washington, D.C. 20044

7

8   For the State of              Attorney General of Alabama
    Alabama:                      BY:  LUTHER STRANGE, ESQ.
                                        COREY L. MAZE, ESQ.
9                                       WINFIELD J. SINCLAIR, ESQ.
                                   500 Dexter Avenue
10                                 Montgomery, Alabama 36130

11

12  For the State of              Attorney General of Louisiana
    Louisiana:                    BY:  JAMES D. CALDWELL, ESQ.
                                   1885 North Third Street
13                                 Post Office Box 94005
                                   Baton Rouge, Louisiana 70804

14

15  For the State of              Kanner & Whiteley, LLC
    Louisiana:                    BY:  ALLAN KANNER, ESQ.
16                                      DOUGLAS R. KRAUS, ESQ.
                                   701 Camp Street
17                                 New Orleans, Louisiana 70130

18

19  For BP Exploration &          Liskow & Lewis, APLC
    Production Inc.,              BY:  DON K. HAYCRAFT, ESQ.
    BP America Production          701 Poydras Street, Suite 5000
20  Company, BP PLC:              New Orleans, Louisiana 70139

21

22  For BP Exploration &          Kirkland & Ellis, LLP
    Production Inc.,              BY:  J. ANDREW LANGAN, ESQ.
    BP America Production               HARIKLIA "CARRIE" KARIS, ESQ.
23  Company, BP PLC:                    MATTHEW T. REGAN, ESQ.
                                   300 N. Lasalle
24                                 Chicago, Illinois 60654

25

OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2
     For BP Exploration &         Covington & Burling, LLP
 3   Production Inc.,             BY:  ROBERT C. "MIKE" BROCK, ESQ.
     BP America Production        1201 Pennsylvania Avenue, NW
 4   Company, BP PLC:             Washington, D.C. 20004

 5
     For Transocean Holdings      Frilot, LLC
 6   LLC, Transocean Offshore     BY:  KERRY J. MILLER, ESQ.
     Deepwater Drilling Inc.,     1100 Poydras Street, Suite 3700
 7   Transocean Deepwater Inc.:   New Orleans, Louisiana 70163

 8
     For Transocean Holdings      Sutherland Asbill & Brennan, LLP
 9   LLC, Transocean Offshore     BY:  STEVEN L. ROBERTS, ESQ.
     Deepwater Drilling Inc.,          RACHEL G. CLINGMAN, ESQ.
10   Transocean Deepwater Inc.:   1001 Fannin Street, Suite 3700
                                  Houston, Texas 77002
11
12   For Transocean Holdings      Munger Tolles & Olson, LLP
     LLC, Transocean Offshore     BY:  MICHAEL R. DOYEN, ESQ.
13   Deepwater Drilling Inc.,          BRAD D. BRIAN, ESQ.
     Transocean Deepwater Inc.:        LUIS LI, ESQ.
14                                335 S. Grand Avenue, 35th Floor
                                  Los Angeles, California 90071
15
16   For Transocean Holdings      Mahtook & Lafleur
     LLC, Transocean Offshore     BY:  RICHARD J. HYMEL, ESQ.
17   Deepwater Drilling Inc.,     600 Jefferson Street, Suite 1000
     Transocean Deepwater Inc.:   Post Office Box 3089
18                                Lafayette, Louisiana 70501

19
     For Transocean Holdings      Hughes Arrell Kinchen, LLP
20   LLC, Transocean Offshore     BY:  JOHN KINCHEN, ESQ.
     Deepwater Drilling Inc.,     2211 Norfolk, Suite 1110
21   Transocean Deepwater Inc.:   Houston, Texas 77098

22
     For Cameron International    Stone Pigman Walther Wittmann, LLC
23   Corporation:                 BY:  PHILLIP A. WITTMANN, ESQ.
                                  546 Carondelet Street
24                                New Orleans, Louisiana 70130

25
```

1  <u>Appearances</u>:

2

3  For Cameron International      Beck Redden & Secrest, LLP
   Corporation:                  BY:   DAVID J. BECK, ESQ.
4                                      DAVID W. JONES, ESQ.
                                       GEOFFREY GANNAWAY, ESQ.
                                       ALEX B. ROBERTS, ESQ.
5                                1221 McKinney Street, Suite 4500
                                 Houston, Texas 77010
6

7  For Halliburton Energy        Godwin Lewis, PC
   Services, Inc.:               BY:   DONALD E. GODWIN, ESQ.
8                                      BRUCE W. BOWMAN JR., ESQ.
                                       FLOYD R. HARTLEY JR., ESQ.
9                                      GAVIN HILL, ESQ.
                                 1201 Elm Street, Suite 1700
10                               Dallas, Texas 75270

11

12 For Halliburton Energy:       Godwin Lewis, PC
   Services, Inc.:               BY:   JERRY C. VON STERNBERG, ESQ.
                                 1331 Lamar, Suite 1665
13                               Houston, Texas 77010

14

15 For M-I, LLC:                 Morgan Lewis & Bockius
                                 BY:   HUGH E. TANNER, ESQ.
16                                     DENISE SCOFIELD, ESQ.
                                       JOHN C. FUNDERBURK, ESQ.
17                               1000 Louisiana Street, Suite 4000
                                 Houston, Texas 77002

18

19 Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                                 500 Poydras Street, Room HB-406
20                               New Orleans, Louisiana 70130
                                 (504) 589-7778
21                               Toni_Tusa@laed.uscourts.gov

22

23

24

25 Proceedings recorded by mechanical stenography using
   computer-aided transcription software.

OFFICIAL TRANSCRIPT

1    <u>**I N D E X**</u>

2                                                    <u>Page</u>

3    Mark Bly

4        Cross-Examination By Mr. Kanner          1140

5        Direct Examination By Ms. Karis          1149

6

Exhibit Conference                           1243

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|   |   |
|---|---|
| | 1 |
| 01:22 | 2 |
| 01:31 | 3 |
| 01:31 | 4 |
| 01:31 | 5 |
| 01:31 | 6 |
| 01:31 | 7 |
| 01:31 | 8 |
| 01:31 | 9 |
| 01:31 | 10 |
| 01:31 | 11 |
| 01:31 | 12 |
| 01:32 | 13 |
| 01:32 | 14 |
| 01:32 | 15 |
| 01:32 | 16 |
| 01:32 | 17 |
| 01:32 | 18 |
| 01:32 | 19 |
| 01:32 | 20 |
| 01:32 | 21 |
| 01:32 | 22 |
| 01:32 | 23 |
| 01:32 | 24 |
| 01:32 | 25 |

**AFTERNOON SESSION**

**(February 28, 2013)**

THE COURT:  Please be seated, everyone.

Alabama.

MR. UNDERHILL:  Can I correct just one thing on the record, Your Honor, very briefly?

THE COURT:  Okay.

MR. UNDERHILL:  I'm sure it was an innocent mistake by my BP colleague.

There were four clips, video depos.  One of them, there may have been an appearance that Mr. Daigle's clip, D-3571, that he's not a BP employee.  He is a BP employee, or was.  So Daigle and Cowie, both BP employees.  The only one that wasn't was the deposition clip of Mr. Pleasant, which is 3574.

Is that correct, Counsel?

MS. KARIS:  That's correct.  And just to be clear, Your Honor, I objected to showing Mr. Pleasant's deposition, who is not a BP employee.

THE COURT:  And the basis of your objection is?

MS. KARIS:  We stated it already for purposes of clarifying the record here.  This was the video that Mr. Underhill was showing.  We have gone through it.  I think Mr. Underhill is going back and correcting --

THE COURT:  I'm trying to understand.  You object to

OFFICIAL TRANSCRIPT

01:32    1    the video, or do you just object to the video being shown to

01:32    2    Mr. Bly and Mr. Bly being questioned about it?

01:32    3              MS. KARIS:  The latter, Your Honor.

01:32    4              MR. UNDERHILL:  Should I respond to that, Your Honor?

01:32    5              THE COURT:  No.  He has already responded to it.

01:32    6              MR. UNDERHILL:  Thank you.

01:32    7              Just the final thing, Your Honor, I'm going to

01:32    8    give the Court new copies of the binders for the

01:32    9    demonstratives.  I had to cut it up because Mr. Sterbcow did

01:32   10    almost all the stuff that I was going to do.  So I'm going to

01:32   11    take it out rather than give you stuff I didn't use.

01:32   12              By either the end of today or tomorrow, we will

01:33   13    provide the Court and parties with the exhibit list of the

01:33   14    exhibits that have been admitted.

01:33   15              Thank you very much.

01:33   16              THE COURT:  Very well.

01:33   17              MR. GODWIN:  Your Honor, I want to offer some

01:33   18    exhibits -- Don Godwin for Halliburton.

01:33   19              THE COURT:  Wait.  Is our sound on?  Okay.

01:33   20              MR. GODWIN:  Don Godwin for Halliburton.

01:33   21              Ben had suggested that before we start the

01:33   22    afternoon session it might be a good time to offer exhibits

01:33   23    that we had yesterday with Lamar McKay's depo.

01:33   24              THE COURT:  Oh, from yesterday?  Okay.

01:33   25              MR. GODWIN:  Yes, sir.  With your permission, I will

01:33   1    give one to Ben and one to your case manager.

01:33   2           **THE COURT:**  That's fine.

01:33   3           **MR. GODWIN:**  And these exhibits, Your Honor -- these

01:33   4    exhibits are -- there's just three of them for Halliburton.

01:33   5    It's TREX-282, TREX-283, and TREX-4160, sir.

01:33   6           **THE COURT:**  That was with what witness?

01:33   7           **MR. GODWIN:**  Lamar McKay, Your Honor.

01:33   8           **THE COURT:**  McKay.  Okay.  Thank you.

01:33   9           **MR. GODWIN:**  Thank you, Judge.

01:34  10           **THE COURT:**  Thank you.  Hearing no objection from

01:34  11    anybody.  Without objection --

01:34  12           **MR. GODWIN:**  I'm not aware of any, Your Honor.  Thank

01:34  13    you.

01:34  14           **MR. MILLER:**  Your Honor, Kerry Miller for Transocean.

01:34  15         I would like to do something similar to what

01:34  16    Mr. Godwin just did, for Lamar McKay.  I would like to move

01:34  17    into evidence D-6593.  The other exhibits I showed Mr. McKay

01:34  18    were already moved in pursuant to other parties.

01:34  19           **THE COURT:**  So this was another one that you used in

01:34  20    conjunction with examining Mr. McKay?

01:34  21           **MR. MILLER:**  It was the only one that wasn't already

01:34  22    admitted based upon examination by the parties.

01:34  23           **THE COURT:**  All right.  Any objection by anybody to

01:34  24    that?

01:34  25           **MR. BROCK:**  Kerry, could you just say the number

MARK BLY - CROSS

01:34  1    again, please.
01:34  2              MR. MILLER:  Yes.  The one for Mr. McKay that was not
01:34  3    already moved into evidence was D-6593.
01:34  4              THE COURT:  Without objection, that's admitted.
01:34  5              MR. MILLER:  In terms of Dr. Huffman's testimony,
01:34  6    Your Honor, I would like to move in three of the exhibits I
01:34  7    used during his cross-examination.  And those three would be
01:34  8    TREX-04411, TREX-01241, and TREX-51165.
01:35  9              THE COURT:  Any objection to any of those?  Without
01:35  10   objection, those are admitted.
01:35  11                   Alabama?
01:35  12             MR. SINCLAIR:  Winfield Sinclair for Alabama.  I have
01:35  13   no questions.
01:35  14             THE COURT:  Louisiana.
01:35  15             MR. KANNER:  Good afternoon.  Allan Kanner for
01:35  16   Louisiana.  I just have a couple of very brief questions, if I
01:35  17   may, Your Honor.
01:35  18             THE COURT:  Sure.
01:35  19             MR. KANNER:  Thank you. This would be as a
01:35  20   cross-examination.
01:36  21                        MARK BLY,
01:35  22   having been duly sworn, testified as follows:
01:35  23                   CROSS-EXAMINATION
01:35  24   BY MR. KANNER:
01:35  25   Q.   Good afternoon, Mr. Bly.

**MARK BLY - CROSS**

01:36    1    **A.**    Good afternoon.

01:36    2    **Q.**    You would agree, would you not, that the *Deepwater Horizon*

01:36    3    disaster was preventible, correct?

01:36    4    **A.**    I believe it was preventible, yes.

01:36    5    **Q.**    You also would agree that it's a predictable disaster.  In

01:36    6    fact, the company had studied -- developed a matrix, and this

01:36    7    was the worst case, correct?

01:36    8    **A.**    I don't believe that it was predictable as form.  I think

01:36    9    the outcome -- as an outcome, it was predictable.  I don't know

01:36    10   that it was predictable how it happened.

01:36    11   **Q.**    So your testimony is that you certainly realized that a

01:36    12   very bad result could obtain here, disaster for the Gulf, if

01:36    13   you will.  But you didn't predict the exact sequence of events,

01:36    14   the pieces of Swiss cheese.  Is that what you're saying?

01:36    15   **A.**    Yeah.  My comment was about the nature of risk.  It's a

01:36    16   bit like the discussion I had with Mr. Sterbcow, as yes, you do

01:36    17   recognize the potential for outcomes to happen.

01:36    18                **MR. KANNER:**  Could I have Exhibit 2701, please.

01:37    19                         And could I have the last page.  I think it's

01:37    20   39.  Do we have a version in color?  No?  Okay.

01:37    21                         This is just for the Court's edification.

01:37    22   BY MR. KANNER:

01:37    23   **Q.**    This is the risk matrix, is it not, sir?

01:37    24   **A.**    It looks like it.  I can't quite read it on the chart.

01:37    25   **Q.**    It's not really such a great picture.

**MARK BLY - CROSS**

01:37  1          Let me just read the last -- let me just read the top

01:37  2  line there, if I might:  Under health and safety, greater than

01:37  3  200 acute or chronic injuries; it talks about environmental

01:37  4  impact, greater than 100,000 barrels of oil; financial loss,

01:37  5  greater than $10 billion; reputational damage would be global

01:37  6  outrage, global brand damage, and/or affecting international

01:37  7  legislation.

01:38  8          Do you see that?

01:38  9  **A.**   Yes.  I see it on the document, yes.

01:38  10 **Q.**   So that's the worst-case scenario, correct?  And given the

01:38  11 amount -- the severity of such a disaster over -- I think your

01:38  12 company has spent, what, over $34 billion responding to this

01:38  13 disaster?

01:38  14 **A.**   It's a large number like that.  I don't know it off the

01:38  15 top of my head.

01:38  16 **Q.**   So no amount of money is too much to avoid a recurrence of

01:38  17 that kind of disaster; isn't that right?

01:38  18 **A.**   I don't understand the question.

01:38  19 **Q.**   You would want to spend -- as a corporation, you would

01:38  20 want to take the actions and spend whatever money is necessary

01:38  21 to avoid or further minimize the risk of a recurrence of the

01:38  22 *Deepwater Horizon* disaster?

01:38  23 **A.**   The purpose of any type of a risk assessment, in my way of

01:38  24 thinking about it, is to enable that -- you know, thinking how

01:38  25 bad could this be, what's the appropriation mitigations to have

**MARK BLY - CROSS**

01:39 1 in place.

01:39 2 **Q.** Isn't it true that no specific risk assessment was done

01:39 3 associated with the drilling of this well, MC252, and possible

01:39 4 consequences it would have to the shoreline of Louisiana,

01:39 5 Alabama, or any of the Gulf states?

01:39 6 **A.** You're asking if that's the case?  Could you say the

01:39 7 question again?

01:39 8 **Q.** Yes.  You didn't do a risk assessment before you undertook

01:39 9 operations at MC252; isn't that correct?

01:39 10 **A.** I don't believe that's correct.

01:39 11 **Q.** You think there was a risk assessment done?

01:39 12 **A.** Of some form, yes.

01:39 13 **Q.** Of some form.  So you're not sure it was a very good risk

01:39 14 assessment?

01:39 15 **A.** I wasn't a member of the Macondo team.  It's not something

01:39 16 I had firsthand knowledge of.  I can speak to the things we

01:39 17 looked at in our inquiry, in our investigation.

01:39 18 **Q.** Well, let's talk about that.  Tony Hayward called you,

01:39 19 asked you to do this investigation, correct?

01:39 20    **MS. KARIS:**  Your Honor, this is cumulative and

01:39 21 repetitive with what plaintiffs have already covered.

01:39 22    **MR. KANNER:**  I'm just directing --

01:39 23 BY MR. KANNER:

01:39 24 **Q.** Do you recall your earlier testimony that Mr. --

01:40 25    **THE COURT:**  Let's see where it goes.  Go ahead,

**MARK BLY - CROSS**

01:40   1   Mr. Kanner.

01:40   2   **BY MR. KANNER:**

01:40   3   **Q.**   Was it your understanding, after talking to Mr. Hayward,

01:40   4   that your job was to create a document that would avoid the

01:40   5   recurrence of another *Deepwater Horizon* disaster, or was it to

01:40   6   help the company create a narrative to deal with the fallout

01:40   7   from this worst-case scenario?

01:40   8   **A.**   My understanding was that my task was exactly what was

01:40   9   represented in the terms of reference, which we looked at

01:40   10   yesterday.

01:40   11   **Q.**   So if your goal was to avoid a recurrence or to mitigate

01:40   12   the risk of a disaster, can you tell me why a conscious

01:40   13   decision was made to keep process safety out of it?

01:40   14   **A.**   A conscious -- that decision wasn't made.

01:40   15   **Q.**   Can you tell me why process safety has not been

01:40   16   implemented at BP until the criminal plea agreement which we

01:41   17   talked about earlier today?

01:41   18   **A.**   That's not the case, in my experience.

01:41   19   **Q.**   If your goal had truly been to do a report that would

01:41   20   avoid a recurrence or mitigate the risk of a recurrence of the

01:41   21   *Deepwater Horizon*-type disaster, why would you leave Hafle and

01:41   22   Vidrine and their e-mails and their phone calls out of your

01:41   23   report?  And for that matter, why would you leave the

01:41   24   Guide/Sims e-mails out of the report?

01:41   25   **A.**   As I explained, in the process for developing the report,

**MARK BLY - CROSS**

01:41  1    we considered all the information available:  engineering data,
01:41  2    technical data, and those interview notes.  And the team put
01:41  3    those all together to come to our views.  So no one piece of
01:41  4    information had a particular position in the report.
01:41  5    **Q.**   Your testimony, then, is you didn't make a decision to
01:41  6    keep process safety out of the report, correct?
01:41  7    **A.**   Correct.
01:41  8           **MR. KANNER:**  Could I have Exhibit 1, page 32.
01:42  9    **BY MR. KANNER:**
01:42  10   **Q.**   This is the Swiss cheese model.  We've talked about this
01:42  11   before.  This is based -- underneath there it says "adapted
01:42  12   from James Reason."  Do you see that?
01:42  13   **A.**   Yes.
01:42  14   **Q.**   Who is James Reason?
01:42  15   **A.**   James Reason is a gentleman who does work in the process
01:42  16   safety space.  This was something -- from my awareness,
01:42  17   something that was about the Swiss cheese model, that we
01:42  18   adapted that model for this.
01:42  19   **Q.**   This was an adaptation.  There are lots of different ways
01:42  20   to do the Swiss cheese model, even in this particular set of
01:42  21   circumstances; isn't that right?
01:42  22   **A.**   Yeah.  As I said, we used this to develop a clear way of
01:42  23   understanding and communicating our understanding of the
01:42  24   accident.  We said "adapted" so that we wouldn't, you know, be
01:42  25   placing any particular meaning into the Swiss cheese model

**MARK BLY - CROSS**

01:43  1   other than just for that.

01:43  2           MR. KANNER:  Well, let's take a look, if we could, at

01:43  3   Exhibit 860.  Second page.

01:43  4   BY MR. KANNER:

01:43  5   Q.   Before we get to that, who is Sam DeFranco and Jim

01:43  6   Weatherbee?

01:43  7   A.   Jim Weatherbee was working with me in the investigation

01:43  8   team, in developing the report.

01:43  9           Sam also is a BP guy.  He did some work in the hazard

01:43  10  analysis part of the investigation.

01:43  11  Q.   He's saying, "Jim, if you decide to change the Swiss

01:43  12  cheese model, this is the version used in the E&P segment

01:43  13  engineering management."

01:43  14          Do you see that?

01:43  15  A.   Yes.

01:43  16          MR. KANNER:  Can I have the next page.

01:43  17  BY MR. KANNER:

01:43  18  Q.   Now, in this Swiss cheese model, you look at the hazards,

01:43  19  you look at the consequence, but you're also looking at factors

01:44  20  like inherent safety, engineering safety, and procedural

01:44  21  safety.  Do you see that?

01:44  22  A.   Yes, I see that.

01:44  23  Q.   Under inherent safety, you would try to talk about things

01:44  24  like standardization of processes in order to maximize safety,

01:44  25  lessons learned, engineering safety, competent contractors.  Do

**MARK BLY - CROSS**

01:44  1  you see all of that?

01:44  2  **A.**   I see all the things on the document, yes.

01:44  3  **Q.**   Then you have just one slice of cheese dealing with

01:44  4  people.  Do you see that at the end?

01:44  5  **A.**   Yes, the procedural safety piece, yes.

01:44  6  **Q.**   Do you believe that safety is a team effort?

01:44  7  **A.**   I don't know what you mean by that.

01:44  8  **Q.**   Okay.  Good.  I didn't know what Mr. McKay meant by that

01:44  9  either.

01:44  10         Does the company have a policy of sharing its

01:44  11  safety -- process safety with contractors and asking the

01:44  12  contractors, in turn, to share their information and have a

01:44  13  process for sitting down and actually working through that to

01:45  14  make sure that they're integrated?  Is that something you

01:45  15  uncovered during the course of your investigation?

01:45  16         **MS. KARIS:**  I would like to renew my objection.

01:45  17         **THE COURT:**  I sustain it now.  This is getting very

01:45  18  cumulative and repetitive, Mr. Kanner, at this point.

01:45  19         **MR. KANNER:**  Thank you, Your Honor.

01:45  20  **BY MR. KANNER:**

01:45  21  **Q.**   Last slide, 861.  This is the hazard barrier diagram that

01:45  22  was also circulated and considered by your group.  Do you

01:45  23  recall why these other versions were not used?

01:45  24  **A.**   Not particularly.  We were trying to find a way to make a

01:45  25  clear and comprehensible understanding of what we learned in

**MARK BLY - CROSS**

01:45   1    the incident.

01:45   2    **Q.**   Now, on your model you only have one thing after the

01:45   3    disaster, the BOP slice.  Do you see that?  Do you recall that?

01:45   4    **A.**   Yes.

01:45   5    **Q.**   Why didn't you consider other matters that would have

01:45   6    mitigated the consequence of the disaster in terms of

01:46   7    environmental impacts, human safety issues, etc.?  Why didn't

01:46   8    you consider anything other than the BOP, which we all know is

01:46   9    not a failsafe?

01:46   10   **A.**   Well, the terms of reference of the investigation was to

01:46   11   cover the things up to the -- what allowed the event to happen.

01:46   12   It was not to look at things after that.

01:46   13   **Q.**   If you are looking at what happened, to do anything more

01:46   14   than just tell a story or narrative to the media, you want to

01:46   15   identify the specific issue that will help you as a company

01:46   16   change your conduct from the lessons learned; isn't that right?

01:46   17          **MS. KARIS:**  Your Honor, I'm going to make the same

01:46   18   objection.  The same territory was covered twice previously.

01:46   19          **THE COURT:**  It really has, but I will let the witness

01:46   20   answer if he can.

01:46   21          **THE WITNESS:**  Could you just repeat it one time,

01:46   22   please.

01:46   23          **THE COURT:**  Let me read it.  I have it exactly.

01:47   24          If you are looking at what happened, to do

01:47   25   anything more than just tell a story or narrative to the media,

MARK BLY - CROSS

01:47　1　you want to identify the specific issue that will help you as a

01:47　2　company change your conduct from the lessons learned; isn't

01:47　3　that right?

01:47　4　　　　THE WITNESS:  I can't disagree with the statement.  I

01:47　5　needed to explain what I was doing with my investigation report

01:47　6　and the purpose of it.

01:47　7　BY MR. KANNER:

01:47　8　Q.  To the best of your knowledge, did BP continue drilling

01:47　9　exploratory wells in other parts of the world while your

01:47　10　investigation was ongoing?

01:47　11　A.  I believe that's the case.

01:47　12　　　　MR. KANNER:  No further questions.  Thank you very

01:47　13　much.

01:47　14　　　　THE COURT:  Thank you.

01:47　15　　　　MR. KANNER:  Thank you for the time, Your Honor.

01:47　16　　　　THE COURT:  Transocean.

01:47　17　　　　MS. KARIS:  Your Honor, I think based on the

01:47　18　agreement we have reached --

01:47　19　　　　THE COURT:  You're going to go next?

01:47　20　　　　MS. KARIS:  Thank you, Your Honor.

01:47　21　　　　Good afternoon, Your Honor.  Hariklia Karis on

01:47　22　behalf of BP.  I will be doing the direct of Mr. Bly.

01:47　23　　　　　　　　　DIRECT EXAMINATION

01:47　24　BY MS. KARIS:

01:48　25　Q.  Mr. Bly, you gave us a pretty extensive overview of your

OFFICIAL TRANSCRIPT

**MARK BLY - DIRECT**

01:48   1   employment history, and so I'm not going to walk back through

01:48   2   it; but can you just tell us how many years you have been

01:48   3   involved in the oil and gas industry?

01:49   4   A.   Approximately 30 years overall.

01:49   5   Q.   In the course of those 30 years, have you been involved

01:49   6   both in operational positions as well as leadership positions

01:49   7   in operations and safety?

01:49   8   A.   Yes, I have.

01:49   9   Q.   In 2008, March of 2008, you were asked to become the group

01:49   10  head of safety and operations for BP, correct?

01:49   11  A.   That's correct.

01:49   12  Q.   When we say "group head," what do we mean?

01:49   13  A.   That means I headed that -- I led that -- what we call

01:49   14  functional part of the company.

01:49   15  Q.   You have referred to a functional part of the company.

01:49   16  Can you explain to the Court what the difference is between the

01:49   17  functional part versus a line.

01:49   18  A.   So the distinction I'm using is that the line represents

01:49   19  the chain of command down to the operating activity.  The line

01:49   20  is accountable for running operations, running drilling, etc.

01:50   21       The functional side may have discipline expertise

01:50   22  like engineering or safety, etc., like mine did, and provide

01:50   23  support to that line organization and delivery of their

01:50   24  objectives.

01:50   25  Q.   At the time you were asked to become the head of safety

MARK BLY - DIRECT

01:50  1   and operations, or S&O, as it's come to be known, were you
01:50  2   moving from a functional position to a different functional
01:50  3   position?
01:50  4   A.   I'm sorry.  Could you say the question again.
01:50  5   Q.   Sure.  When you were asked to be the head of S&O, were you
01:50  6   coming from a different --
01:50  7          THE COURT:  We are getting a little humming there.
01:50  8          MS. KARIS:  Yeah.  I think the problem is this is too
01:50  9   close to my head.
01:50  10          THE COURT:  See if you have another place to clip it.
01:50  11   Maybe your collar.
01:50  12          MS. KARIS:  I had it on my collar.  That's why we --
01:50  13   can we try that and see if that works?
01:50  14          THE COURT:  Whatever is comfortable for you.  I was
01:50  15   just trying to help you out.
01:50  16   BY MS. KARIS:
01:50  17   Q.   When you moved to the position of head --
01:51  18          THE COURT:  We are still getting it.
01:51  19          MS. KARIS:  I didn't wear a tie today, so . . .
01:51  20          THE COURT:  I tell you I have a lot of sympathy for
01:51  21   women attorneys because men come in their uniforms all the time
01:51  22   and ladies have to decide what to wear, you know.
01:51  23          MS. KARIS:  I share that sentiment.  Let's see if
01:51  24   this is better.
01:51  25          THE COURT:  Okay.

MARK BLY - DIRECT

01:51    1    BY MS. KARIS:
01:51    2    Q.   When you moved to the position of head of S&O, were you
01:52    3    moving from a functional role or were you in the line?
01:52    4    A.   I was moving from a line role.
01:52    5    Q.   Did you come to have an understanding as to why you were
01:52    6    selected to be the head of S&O given that you were moving from
01:52    7    the line?
01:52    8    A.   My understanding was that given the success and
01:52    9    accomplishment I had had in making safety and management
01:52   10    system-type improvements in the operations that I led, that
01:52   11    that -- the company felt that would be valuable, to move into
01:52   12    this functional role, to play in that capacity.
01:52   13    Q.   Can you give us an overview again of what your
01:52   14    responsibilities were as the head of S&O?
01:52   15    A.   Yeah.  I covered two or three areas:  The development of
01:52   16    the overarching system we have discussed, OMS, and some of the
01:52   17    key practices that sat beneath it; providing support to the
01:52   18    line and to the executive in the implementation of those, and
01:53   19    that included things like capability development programs; and
01:53   20    then we also, as has been touched upon, ran an audit activity,
01:53   21    in support of that.
01:53   22    Q.   I would like to discuss a few of those in a little more
01:53   23    detail.  But before we do that, you were asked about a phrase
01:53   24    *whether leadership sets the tone from the top*.  Do you agree
01:53   25    with that statement?

MARK BLY - DIRECT

01:53   1   A.   I agree that leadership does set the tone from the top.
01:53   2   Q.   What does that mean to you as the group head of safety and
01:53   3   operations initially and then subsequently as the executive
01:53   4   vice president of safety and operational risk?
01:53   5   A.   It means that down any chain of command where you are
01:53   6   trying to get the importance of something like safety to be
01:53   7   understood and appreciated by the organization, what the
01:53   8   leadership does, what the leadership takes interest in, and
01:54   9   what the leadership monitors and measures matters.  It has a
01:54   10  big impact on that.  And that has to start from the top.
01:54   11  Q.   Can you describe for us some of the things that BP's
01:54   12  leadership had done as of 2010, April of 2010, in order to set
01:54   13  the tone that safety is the number one priority within the
01:54   14  company?
01:54   15  A.   We touched on some of these earlier:  The group operations
01:54   16  risk committee, in which the CEO and the senior line leaders of
01:54   17  the operating organization reviewed and considered safety
01:54   18  information, performance; and then acted, based on that, down
01:54   19  their relative lines.
01:54   20         It was prevalent in communication.  And then within
01:54   21  those things, it was paying attention to progress of safety
01:54   22  performance or progress against initiatives like OMS.
01:55   23         MS. KARIS:  Can we pull up D-4364, please.
01:55   24  BY MS. KARIS:
01:55   25  Q.   On Demonstrative 4364, which we are displaying here, is

MARK BLY - DIRECT

01:55    1    SEEAC, GORC, the metrics, measuring performance, as you
01:55    2    described it, OMS, the S&O audit function that your team had.
01:55    3         Are those some of the things that you would say set
01:55    4    the tone from the top that leadership is the number one
01:55    5    priority?
01:55    6    A.   I think they do when the leaders are engaged in this; and,
01:55    7    of course, the first two, SEEAC and GORC, represent that with
01:55    8    the executive level engagement.
01:55    9    Q.   You discussed at some length with Mr. Sterbcow -- we won't
01:55   10    repeat again -- the functions or how SEEAC performs and how
01:56   11    GORC performs, but I'm going to ask you a general question on
01:56   12    those.
01:56   13         Has it been your experience in participating in SEEAC
01:56   14    and GORC that BP's leadership calls -- or asks, I should say,
01:56   15    the line to come and present how they are performing both in
01:56   16    process as well as personal safety?
01:56   17    A.   Yes.  That happens frequently.
01:56   18    Q.   Is there anything about SEEAC's function or GORC's
01:56   19    function that excludes process safety from the risk management
01:56   20    that BP does?
01:56   21    A.   Certainly not.  In fact, it's central in the discussions
01:56   22    that are had.
01:56   23    Q.   Is there anything that SEEAC or GORC does that excludes
01:56   24    process safety with respect to loss of well control?
01:56   25    A.   No.  No.  It's all in the frame.

**MARK BLY - DIRECT**

01:57  1   **Q.**  You testified earlier that it's important to have metrics
01:57  2   in order to measure the performance.  I think I heard you say
01:57  3   that to Mr. Sterbcow.  Can you explain why that's the case?
01:57  4   Why is it important to look at your metrics?
01:57  5   **A.**  I think it's important to be able to monitor the trends.
01:57  6   There's different kind of metrics, but safety metrics, process
01:57  7   safety, personal safety allows you to look at trends and see if
01:57  8   things are going the direction that they should be or if
01:57  9   there's any concerns.  They can also allow you to look at
01:57 10   subunits of the company to see if there's anything that stands
01:57 11   out there.
01:57 12            So it's the ability to monitor and have a sense, at
01:57 13   least at a high level, of the progress that is happening in the
01:57 14   safety arena out there.
01:57 15   **Q.**  We've heard testimony previously about leading and lagging
01:58 16   indicators.  Are those terms that are familiar to you?
01:58 17   **A.**  They are.
01:58 18   **Q.**  Can you tell us what a leading indicator is?
01:58 19   **A.**  A leading indicator is an -- is something that would -- is
01:58 20   an attempt to look at the health of a system or the input side
01:58 21   of getting safety performance improvement gains.  Lagging tends
01:58 22   to look, as it sounds, at the outcome, so looking at safety
01:58 23   output statistics or process safety output statistics.
01:58 24   **Q.**  Does SEEAC review both leading and lagging indicators when
01:58 25   they are looking at metrics?

MARK BLY - DIRECT

| | | |
|--|--|--|
| 01:58 | 1 | **A.**   Yes, they do. |
| 01:58 | 2 | **Q.**   Similarly, when GORC is reviewing metrics, do they look at |
| 01:58 | 3 | leading and lagging indicators? |
| 01:58 | 4 | **A.**   Yes, they do. |
| 01:58 | 5 | **Q.**   So is it inaccurate to say that BP, at the time of this |
| 01:58 | 6 | incident, was not looking at leading indicators? |
| 01:58 | 7 | **A.**   Leading indicators are always harder, but I think it is |
| 01:59 | 8 | inaccurate because we were -- as I described earlier, we were |
| 01:59 | 9 | looking at things like implementation of OMS progress against |
| 01:59 | 10 | other standards.  We were looking at audit information |
| 01:59 | 11 | proactively, which is -- in my view, gets into the leading |
| 01:59 | 12 | phase.  So there were several things we looked at that I |
| 01:59 | 13 | believe were leading indicators. |
| 01:59 | 14 | **Q.**   So from your own involvement in SEEAC and GORC, you would |
| 01:59 | 15 | disagree that BP was not -- with the statement that BP was not |
| 01:59 | 16 | looking at leading and lagging indicators at the time of this |
| 01:59 | 17 | incident? |
| 01:59 | 18 | **A.**   I don't agree with that statement, no. |
| 01:59 | 19 | **Q.**   Are you familiar with something called the *orange book*? |
| 01:59 | 20 | **A.**   Yes, I am. |
| 01:59 | 21 | **Q.**   Can you tell us what the orange book is? |
| 01:59 | 22 | **A.**   The orange book is the document that we use to look at |
| 01:59 | 23 | these leading and lagging metrics.  It's the -- the metrics are |
| 01:59 | 24 | pulled together at multiple levels in the company, and the |
| 02:00 | 25 | orange book represents those which are pulled all the way up to |

MARK BLY - DIRECT

02:00    1    be reviewed and visible at the executive team level.

02:00    2    **Q.**   Which businesses provide metrics or information into the

02:00    3    orange book about their safety performance?

02:00    4    **A.**   All of BP's operating businesses do that.

02:00    5    **Q.**   At the time of the incident, would that have included the

02:00    6    exploration and production business?

02:00    7    **A.**   Yes, it would.

02:00    8    **Q.**   Would that have also included the GoM strategic

02:00    9    performance unit or SPU, as we've heard it called?

02:00   10    **A.**   Yes, that would be included.

02:00   11    **Q.**   Would GoM D&C, drilling and completion, also have been

02:00   12    included in the metrics that were reported into the orange

02:00   13    book?

02:00   14    **A.**   It would have been included within the Gulf of Mexico,

02:00   15    yes.

02:00   16    **Q.**   Does the orange book include only personal safety or

02:00   17    process safety as well?

02:00   18    **A.**   No, it's got process safety as well.

02:00   19    **Q.**   How does the orange book define or describe process safety

02:01   20    with respect to drilling operations?

02:01   21    **A.**   How does the orange book define it?

02:01   22    **Q.**   Is that loss of primary containment?  Is that what --

02:01   23    **A.**   I'm sorry.  Yeah.  It was the same as -- we define it

02:01   24    other ways:  loss of containment-type metrics, process safety

02:01   25    incident index metrics.

**MARK BLY - DIRECT**

02:01   1          **MS. KARIS:**  Can we pull up exhibit or treatment --

02:01   2   Exhibit 03851.  If we can just call out the top, please.

02:01   3   **BY MS. KARIS:**

02:01   4   **Q.**   Exhibit 3851 is minutes of a meeting from the safety,

02:01   5   ethics, and environmental assurance committee as of February 24

02:02   6   of 2010.  Is the safety, ethics, and environmental assurance

02:02   7   committee SEEAC, as we have been calling it?

02:02   8   **A.**   Yes, it is.

02:02   9   **Q.**   Did you regularly attend meetings at SEEAC, the SEEAC

02:02   10  meetings?

02:02   11  **A.**   Yes.

02:02   12         **MS. KARIS:**  If we can go to 1.1, please.

02:02   13  **BY MS. KARIS:**

02:02   14  **Q.**   At the February 24, 2010 meeting, a couple months before

02:02   15  this incident, it's reported here in the SEEAC minutes under

02:02   16  operations risk report:  "Mr. Bly reviewed the Q4 2009 HSE and

02:02   17  operations integrity report and noted significant improvements

02:02   18  in performance metrics between 2008 and 2009.  He highlighted

02:02   19  close to 300 fewer injuries, reduced loss of containment,

02:02   20  process safety MIAs" -- what are MIAs?

02:02   21  **A.**   That's major incident announcement.

02:03   22  **Q.**   "And a 30 percent reduction in HiPos."

02:03   23         What are HiPos?

02:03   24  **A.**   High potential incidents.

02:03   25  **Q.**   So when you reported to the SEEAC on the performance of

MARK BLY - DIRECT

02:03  1  BP's businesses in the fourth quarter 2009, did you report both

02:03  2  on personal and process safety performance?

02:03  3  **A.**   Yes, I did.

02:03  4  **Q.**   And the reference there to reduced loss of containment,

02:03  5  would that include loss of primary containment, process safety,

02:03  6  as we have been describing it?

02:03  7  **A.**   Yeah, it is.  That's what it is, yes.

02:03  8  **Q.**   It goes on to say:  "However, he noted that 4Q had shown a

02:03  9  deterioration over 3Q, and significant integrity management

02:03  10  incidents were still occurring."

02:03  11          Do you see that?

02:03  12  **A.**   Yes.

02:03  13  **Q.**   Was that an indication that the company was continuing to

02:03  14  monitor its performance both in personal and process safety?

02:04  15  **A.**   It's monitored continuously.  We looked at it periodically

02:04  16  through the quarterly -- the orange book, absolutely.

02:04  17  **Q.**   The next paragraph -- I believe you testified earlier in

02:04  18  response to Mr. Sterbcow's questions that you had a general

02:04  19  familiarity with what the state of play was for implementation

02:04  20  of OMS throughout the company.  Is that correct?

02:04  21  **A.**   Right.  We had this tracking mechanism that I described.

02:04  22  **Q.**   Does this next paragraph describe that tracking mechanism?

02:04  23          It says:  "Mr. Bly highlighted developments in live

02:04  24  areas.  OMS has been implemented in 70 operating sites, group

02:04  25  engineering practices have been solidified, HSE compliance was

**MARK BLY - DIRECT**

02:04  1    receiving more attention, and management reporting good

02:04  2    progress had been made."

02:04  3         Is that what that's referring to?

02:04  4    A.   Yes.  For the OMS part in particular, that was the point

02:04  5    when we were looking at this conversion over to OMS unit by

02:05  6    unit.

02:05  7    Q.   So as of February 24, 2010, was the GoM strategic

02:05  8    performance unit one of those 70 operating sites that had, in

02:05  9    fact, implemented OMS?

02:05  10   A.   Could you say the date for me again?

02:05  11   Q.   Sure.  The date of these notes, which was February of

02:05  12   2010.

02:05  13   A.   Yeah.  As I said earlier, I know the Gulf of Mexico

02:05  14   went -- converted over in 2008 in the first instance, and they

02:05  15   completed that in 2009 when D&C went across.

02:05  16   Q.   So to the extent anyone has said the GoM SPU had not

02:05  17   implemented OMS, is that inconsistent with your recollection,

02:05  18   you, the person who reported to SEEAC on the progress?

02:05  19   A.   It would have certainly been counted in this tracker as

02:05  20   having been converted across.

02:05  21   Q.   With respect to the GoM strategic performance units

02:05  22   drilling and completions operations, D&C for GoM, had they,

02:06  23   too, implemented OMS as of February of 2010?

02:06  24   A.   My recollection is that they had completed their

02:06  25   transition by the end of 2009, so yes.

**MARK BLY - DIRECT**

02:06   1   **Q.**   I want to talk about a couple of the other looked-at

02:06   2   metrics and talk about your role in that.  I want to talk about

02:06   3   a couple of the other areas that you were involved in as part

02:06   4   of your responsibilities as head of S&O.

02:06   5           You mentioned the S&O audit process.  Can you

02:06   6   describe for us what the S&O audit process was as of

02:06   7   April 2010?

02:06   8   **A.**   As of 2010, this is a team that moves around the company

02:06   9   and conducts audits at operating units.  They do it on a sort

02:07   10  of a risk-based approach, so they don't hit every unit every

02:07   11  year or anything like that.  They hit them periodically.  So in

02:07   12  any given year, we will sample, you know, 10 to 20, depending

02:07   13  on the size of the audits; and then that goes on in a rotation.

02:07   14          What this team does is to audit the operation versus

02:07   15  a standard like OMS, getting HSE right or whatever it is at the

02:07   16  time.  So in 2010, it would have been moving towards OMS.

02:07   17  **Q.**   Do the audits look for gaps, what have been described as

02:07   18  gaps?

02:07   19  **A.**   Yeah, they audit what they see, and they will describe if

02:07   20  there are no gaps or they are minimal, they will describe that,

02:07   21  all the way up to if they see a significant gain in gaps, those

02:07   22  will be highlighted as well.

02:07   23  **Q.**   Can you define for us what a gap is with respect to an S&O

02:08   24  audit?

02:08   25  **A.**   It will be the difference between the practice that they

MARK BLY - DIRECT

02:08   1   can see on the ground and what's called for in the standard
02:08   2   that they are auditing against.
02:08   3   Q.   I believe you testified earlier in response to
02:08   4   Mr. Sterbcow's questions that identifying gaps can be a good
02:08   5   thing.  Can you explain to us what you meant.
02:08   6   A.   Well, it's built into OMS.  It calls for at each level of
02:08   7   the company to continually assess the state of operations, the
02:08   8   state of play, and look for opportunities to improve, or gaps.
02:08   9            So the reason that I think it's good is that having
02:08  10   the process to force those to the surface causes management to
02:08  11   look at them and accountable management to act on them.  So I
02:08  12   think it is good to illuminate gaps.
02:08  13   Q.   As somebody who has been in this industry for almost three
02:08  14   decades, in your view, is identifying gaps and prioritizing
02:09  15   those gaps part of acting in a safety-minded way?
02:09  16   A.   I think it's really important to be safe and be able to
02:09  17   illuminate, to do exactly that:  illuminate gaps and improve
02:09  18   against them.
02:09  19   Q.   Now, once gaps are identified by S&O, where does the
02:09  20   responsibility lie for prioritizing and closing those gaps?
02:09  21   A.   As with all matters about safety, the accountability lies
02:09  22   with the line.  They are accountable for the operation, they
02:09  23   are accountable for the safety of the operation; and the
02:09  24   extension of that is if there's a gap, they are accountable to
02:09  25   get that closed.

MARK BLY - DIRECT

02:09    1    Q.    Given that the function, S&O performs the audit, why does
02:09    2    responsibility for close -- prioritizing and closing gaps rest
02:09    3    with the line, or the operations?
02:09    4    A.    Well, the closing of a gap will result from the operation
02:09    5    making adjustments, you know, changing something, changing a
02:10    6    procedure, changing a practice.  So only the operation can
02:10    7    achieve the closure.  S&O audit is used to identify it and in
02:10    8    some cases track it to closure, have an independent monitoring
02:10    9    if that happens.  But the operating organization has to close
02:10   10    the gap.
02:10   11    Q.    So with respect to the GoM strategic performance unit, for
02:10   12    any S&O gaps that have been identified, would it have rested
02:10   13    with their leadership to prioritize and close those gaps?
02:10   14    A.    It would.
02:10   15    Q.    You also testified that one of your other roles was S&O
02:10   16    functional support, I think is how you describe it.
02:10   17    A.    Yes.
02:10   18    Q.    Can you describe for us what your responsibility -- first
02:10   19    of all, what do you mean by *functional support*?
02:10   20    A.    It's really providing discipline expertise.  So within the
02:10   21    function, we've have got specialists, subject matter experts
02:10   22    across a range of activities:  health, safety, environment,
02:11   23    engineering, process safety, and so forth.
02:11   24          Having developed standards of practices, as we
02:11   25    described in the first point, this is to support the businesses

**MARK BLY - DIRECT**

02:11  1    in enabling them to utilize those effectively.  So it could be
02:11  2    in the form of advice, it could be in the form of teaching and
02:11  3    training, which we do some of.  I consider the coordination of
02:11  4    things like the metrics process part of that support activity.
02:11  5    **Q.**   Were you providing that functional support to the
02:11  6    businesses as of April of 2010?
02:11  7    **A.**   Yes.
02:11  8    **Q.**   Was providing that functional support, in your view,
02:11  9    another indicator of being safety-minded and assisting with
02:11  10   operations to the extent it was necessary?
02:11  11   **A.**   It was certainly assisting with operations in achieving
02:11  12   safety improvements.
02:11  13   **Q.**   You mentioned providing training or performance capability
02:12  14   would have been included in what you were doing?
02:12  15   **A.**   Yes.
02:12  16   **Q.**   First of all, can you tell us what, if any, training
02:12  17   programs you had developed overseeing as the group head of S&O
02:12  18   as of April 2010?
02:12  19   **A.**   There are a number of programs that we operate across the
02:12  20   group.  There's a thing called the "Operating Academy," which
02:12  21   is a very senior level program, six-week program; a program
02:12  22   called "Managing Operations"; one called "Operating
02:12  23   Essentials"; and then there's some small ones below that.
02:12  24   **Q.**   We heard a little bit about Operations Academy earlier
02:12  25   this week from Dr. Bea.  Have you ever attended the Operations

1165

**MARK BLY - DIRECT**

| | | |
|---|---|---|
| 02:12 | 1 | Academy at MIT? |
| 02:12 | 2 | **A.**   I have.  I attend it frequently and meet with the cadres |
| 02:12 | 3 | and discuss things with them. |
| 02:12 | 4 | **Q.**   Have you ever presented as part of that program? |
| 02:12 | 5 | **A.**   Yes, I have. |
| 02:12 | 6 | **Q.**   What are some of the subjects you presented at MIT as part |
| 02:13 | 7 | of the Operations Academy? |
| 02:13 | 8 | **A.**   I'll typically be using my time with the group to |
| 02:13 | 9 | reinforce the importance of the priorities in the company, so |
| 02:13 | 10 | safety, getting OMS brought to life, leadership and culture, |
| 02:13 | 11 | those kind of things.  So I will tend to use it as an |
| 02:13 | 12 | opportunity for me to give my perspectives to this group about |
| 02:13 | 13 | what we are trying to accomplish. |
| 02:13 | 14 | **Q.**   Did I hear you say that's a six-week program? |
| 02:13 | 15 | **A.**   It is a six-week program. |
| 02:13 | 16 | **Q.**   At what level do various members attend; that is, is it |
| 02:13 | 17 | leadership?  Or who attends? |
| 02:13 | 18 | **A.**   Yeah, this is leadership.  This tends to be site leaders. |
| 02:13 | 19 | I call it site leaders and leaders of site leaders.  So this |
| 02:13 | 20 | would be fairly senior people in the company this is targeting. |
| 02:13 | 21 | **Q.**   You said one of the things you present on is |
| 02:13 | 22 | "communicating the message of safety is our number one |
| 02:13 | 23 | priority"? |
| 02:13 | 24 | **A.**   Yes. |
| 02:13 | 25 | **Q.**   Tell us how you do that. |

**MARK BLY - DIRECT**

02:13  1   **A.**   It's a variety of ways.  I tend to -- I have sort of S&O

02:14  2   strategy piece that I talk to them about that really reinforces

02:14  3   the point of OMS, why it's integrated, why it's holistic, why

02:14  4   it looks at all aspects, from people in the organization, to

02:14  5   procedure, to risk, you know, as it goes around the wheel.  We

02:14  6   talk about our values and how those two things come together to

02:14  7   accomplish safe outcomes.

02:14  8           And then we talk about what is happening in the

02:14  9   training.  Because we teach concepts, but we are also teaching

02:14  10  people practical application of tools to go and make this stuff

02:14  11  work in their leadership roles back in the operations.

02:14  12  **Q.**   Are you familiar with the Operations Academy executive

02:14  13  program?

02:14  14  **A.**   I am.

02:14  15  **Q.**   Can you tell us a little bit about what that program is?

02:14  16  **A.**   What we have done with that is, occasionally we will pull

02:14  17  together a synopsis of this six-week program and use that for

02:14  18  even more senior people in the company, to give them a

02:15  19  perspective about the core topics inside the education program.

02:15  20  **Q.**   Have you personally attended that program?

02:15  21  **A.**   I have.

02:15  22  **Q.**   Have you also presented at that program?

02:15  23  **A.**   I have.

02:15  24  **Q.**   What are the types of things you present there?

02:15  25  **A.**   It's the same kind of thing.  It's process safety risks,

**MARK BLY - DIRECT**

02:15  1  it's leadership culture, and systematic management is the big

02:15  2  topics.

02:15  3  **Q.**   Are you familiar with the Projects and Engineering

02:15  4  Academy?

02:15  5  **A.**   I am.

02:15  6  **Q.**   Can you tell us what that program is about?

02:15  7  **A.**   It's a similar thing.  It's also a multiweek program

02:15  8  targeted at senior people.  Its orientation is more towards the

02:15  9  front end, the project design and development end of the

02:15  10  operations.  So it's got similar, but some specialized things

02:15  11  that they teach about project management and so forth.

02:15  12  **Q.**   We won't go into a whole bunch of the other programs.  But

02:15  13  are those a snapshot of the various programs BP had in place at

02:16  14  the time of the incident to communicate the message that safety

02:16  15  is the number one priority?

02:16  16  **A.**   Those are a snapshot of our programs, yes.

02:16  17  **Q.**   Was S&O -- and you, as the group head of S&O, had personal

02:16  18  involvement in those programs, correct?

02:16  19  **A.**   I did.  And many of the executive colleagues went through

02:16  20  and met with the cadres just like I did.

02:16  21  **Q.**   We've talked about OMS.  I want to discuss OMS a little

02:16  22  further.

02:16  23         What was your role in connection with developing the

02:16  24  OMS that was in place at the time of this incident, that is,

02:16  25  Version 2 of the OMS?

**MARK BLY - DIRECT**

02:16  1   **A.**   So as the head of S&O, there was a part of my team called

02:16  2   the *group head of operations*.  And that person who worked for

02:16  3   me was our guy who was accountable for creating OMS.  Now, he

02:17  4   had lots of support, and I worked with him.

02:17  5          So my role was -- by the time I took the job, it was

02:17  6   pretty well developed.  It was to get it completed during the

02:17  7   course of 2008, get the implementation plans put together with

02:17  8   the businesses.  And then, you know, as we said earlier, launch

02:17  9   the thing in November 2008.

02:17  10  **Q.**   And we keep calling it OMS.  Does that stand for operating

02:17  11  management system?

02:17  12  **A.**   Yes, it does.

02:17  13  **Q.**   What is the purpose for having an operating management

02:17  14  system, or OMS?

02:17  15  **A.**   At the highest level, it is to continue to reduce risk and

02:17  16  manage risk better.  And it's also to continue to improve the

02:17  17  quality of operating activity.

02:17  18  **Q.**   Is it important for your operating management system to

02:17  19  encompass personal as well as process safety?

02:17  20  **A.**   Yes, it is.

02:17  21  **Q.**   The operating management system that you were responsible

02:17  22  for, did that, in fact, include personal and process safety?

02:18  23  **A.**   Yes, it does.

02:18  24  **Q.**   Was there any aspect at any time, to your familiarity,

02:18  25  from OMS where you excluded process safety?

**MARK BLY - DIRECT**

02:18   1    **A.**   No, quite the opposite.  It's an integrated system and it

02:18   2    holds all of that.

02:18   3    **Q.**   Now, you testified earlier yesterday, perhaps, that OMS

02:18   4    was rolled out in 2008, if I recall correctly.

02:18   5    **A.**   The fall, right.

02:18   6    **Q.**   November of 2008.  Did BP have a safety management system

02:18   7    in place before OMS went into effect?

02:18   8    **A.**   Yes, it did.

02:18   9    **Q.**   What was that system?

02:18   10   **A.**   Excuse me.  It was called *getting HSSE right*, getting

02:18   11   health, safety, security, and environment right.

02:18   12   **Q.**   For the businesses that had not yet implemented OMS, were

02:18   13   they still operating under *getting HSSE right*?

02:18   14   **A.**   Yes, they were.

02:19   15   **Q.**   If you had *getting HSSE right*, why did you develop a new

02:19   16   safety management system?

02:19   17   **A.**   The decision -- that was a bit before my time, but I have

02:19   18   learned about it and supported it.  What OMS does is, it fully

02:19   19   integrates safety with operating practice.  So instead of

02:19   20   having a safety thing that's separate from the way you run

02:19   21   operations, this system put it all together.  So the operating

02:19   22   organization treats it as one holistic agenda.  It helps to

02:19   23   treat it as one holistic agenda.  That's one part.

02:19   24        Then the second part that I think made it a good

02:19   25   reason to change was that in OMS, we really emphasize the

**MARK BLY - DIRECT**

02:19  1    performance improvement cycle aspect, the requirements to

02:19  2    annually assess and reassess risk and conformance and set

02:19  3    priorities and things.  That existed in the old system, but it

02:19  4    just wasn't as strong.  It's a central feature of OMS.

02:20  5         MS. KARIS:  We will talk about the performance

02:20  6    improvements, but before we do that, if we can pull up

02:20  7    TREX-45008.

02:20  8    BY MS. KARIS:

02:20  9    Q.   Is this the operating management system that was put in

02:20 10    place by BP In November of 2008?

02:20 11    A.   Yes.  This is the overview of it.

02:20 12    Q.   How many parts does this overview consist of?

02:20 13    A.   There are four parts to the OMS documentation.

02:20 14         MS. KARIS:  If we can go to the next page.

02:20 15    BY MS. KARIS:

02:20 16    Q.   Right at the cover it says:  "The operating management

02:20 17    system sets out BP's principles for operating and provides a

02:20 18    framework to help deliver the essentials, then excellence in

02:21 19    operating."

02:21 20         Does that, in a nutshell, state what the purpose of

02:21 21    OMS is?

02:21 22    A.   Yes.  It's a good statement, yes.

02:21 23         MS. KARIS:  If we can go now to .13.1.

02:21 24    BY MS. KARIS:

02:21 25    Q.   This is from a page in the OMS, Mr. Bly, page 22.  It

MARK BLY - DIRECT

02:21    1    says:  "The group S&O function is accountable for defining the
02:21    2    OMS framework and supporting documentation, clearly specifying
02:21    3    the OMS requirements, driving commonality of approach across BP
02:21    4    and auditing OMS."
02:21    5            Would that have been the function for which you were
02:21    6    responsible -- or the head of, I should say --
02:21    7    A.   Yes, that's right.
02:21    8    Q.   -- at this time?
02:21    9            Then it refers to transition to OMS:  "The decision
02:21   10    as to when each operating entity should start to implement the
02:21   11    OMS will be taken by the relevant EVP" -- is that executive
02:22   12    vice president?
02:22   13    A.   Yes, it is.
02:22   14    Q.   "GVP," group vice president?
02:22   15    A.   That's right.
02:22   16    Q.   And "SPU," strategic performance unit?
02:22   17    A.   Leader.
02:22   18    Q.   Leader.  Okay.
02:22   19            "Every operating entity will continue to use gHSEr as
02:22   20    the basis of its management system until a management of change
02:22   21    process is completed which authorizes the switchover to OMS."
02:22   22            Can you tell us why the decision was made to have the
02:22   23    operating entities make the decision as to when they are going
02:22   24    to implement OMS?
02:22   25    A.   I might have mentioned earlier today the overarching goal

**MARK BLY - DIRECT**

02:22  1   that we set for the company was to get the switchover done in
02:22  2   two years.
02:22  3          Beneath that, we felt it was appropriate to allow the
02:23  4   operating entities, in agreement with their chain of command,
02:23  5   to set the pacing and the sequence with which they converted
02:23  6   their underlying units.  This would allow them to sequence
02:23  7   things so as to be able to learn from one another and what have
02:23  8   you.  So it was sort of saying that you want to get there in
02:23  9   two years, but you have the option about what pace -- what
02:23 10   sequence you do that in.
02:23 11   Q.   The Gulf of Mexico strategic performance unit leader, as
02:23 12   of 2008, Mr. Shaw, had he made a decision as to when they were
02:23 13   going to implement OMS, to your knowledge?
02:23 14   A.   My recollection is that the Gulf -- I'm sorry.  The Gulf
02:23 15   of Mexico is one of the early adopters.  And with that site, I
02:23 16   think they decided to do part of the unit.  They did it in one
02:23 17   or two steps, maybe three steps.  So they did part of it by the
02:23 18   end of 2008 and another part by the end of 2009, you know, both
02:23 19   well before the ultimate goal of 2010.
02:24 20   Q.   That was going to be my question.  They did it before the
02:24 21   deadline, if you will?
02:24 22   A.   Yes.  That's my understanding.
02:24 23          MS. KARIS:  Let's go to 45008.13.1.
02:24 24          I'm sorry.  Go to 45006.7.1.
      25

MARK BLY - DIRECT

| | |
|---|---|
| 02:24 | 1 |
| 02:24 | 2 |
| 02:24 | 3 |
| 02:25 | 4 |
| 02:25 | 5 |
| 02:25 | 6 |
| 02:25 | 7 |
| 02:25 | 8 |
| 02:25 | 9 |
| 02:25 | 10 |

1    BY MS. KARIS:

2    Q.    We spent a lot of time talking about whether or not the

3    Gulf of Mexico SPU, and specifically drilling and completions,

4    had implemented OMS.

5            I know you have testified to that already, but I want

6    to ask you, does the OMS that you signed and approved and

7    issued in November of 2008 set out the specific steps that are

8    necessary in order to implement OMS?

9    A.    Yes.  As I said earlier, there are specific steps required

10   to make that switchover process.

11   Q.    So it's not a subjective test, if you will, as to whether

12   a unit has or hasn't implemented OMS.  There are specific

13   requirements to do that; is that correct?

14   A.    To make that move, to say I'm now operating under OMS,

15   that's right.

16   Q.    Is what we are looking at here in -- this document,

17   45006.7.1, does that set forth the steps that are necessary in

18   order for a line or business unit to implement OMS?

19   A.    The first three do.  The fourth one, 3.4, is actually

20   above the individual business unit.  It's a requirement for the

21   segment.  But it all goes together, yes.

22   Q.    So the first one says, 3.1:  "MOC process *from getting*

23   *HSSE right* to OMS.  Before transitioning from

24   *getting HSSE right* to OMS, all entities shall complete the OMS

25   [verbatim] process described in Appendix 1."

**MARK BLY - DIRECT**

02:26  1   **A.**   The MOC process.

02:26  2   **Q.**   MOC.  Sorry.  MOC.

02:26  3          3.2:  "OMS group essentials gap assessment.  As part

02:26  4   of the MOC process to transition from *getting HSSE right* to

02:26  5   OMS, entities shall complete a full OMS group essentials gap

02:26  6   assessment using the group gap assessment tool as described in

02:26  7   Appendix 2."

02:26  8          Is this the requirement that before an entity can

02:27  9   implement OMS, they have to do a gap assessment?

02:27  10  **A.**   Yes.  It says and using that specific tool.

02:27  11  **Q.**   Then it says:  "This assessment shall be facilitated by a

02:27  12  person external to the entity who has been trained by group S&O

02:27  13  and approved by the segment/SPU operating authority detailed in

02:27  14  Appendix 4."

02:27  15         Can you describe for us what that is?  What's that

02:27  16  saying?

02:27  17  **A.**   So as part of the organizational structure to support S&O,

02:27  18  we have a thing called the *segment* or *SPU operating authority*.

02:27  19  So that's someone that will sit out -- at this time -- out in

02:27  20  the line organization, and they will be knowledgeable about

02:27  21  safety or OMS or whatever the topic is.  This is about

02:27  22  integrating OMS and safety management.

02:27  23         So the way we set this up was my team, the guys that

02:28  24  had created OMS, sort of vetted these people and said, "Yeah,

02:28  25  you understand the system well enough.  You can now go and look

MARK BLY - DIRECT

02:28    1    at a business in your area and give an independent view as to

02:28    2    the quality of their gap assessment before they do this MOC."

02:28    3    **Q.**   Is there an expectation that all gaps be closed before you

02:28    4    can transition to OMS?

02:28    5    **A.**   No.

02:28    6    **Q.**   Why not?

02:28    7    **A.**   Well, because, as I mentioned earlier, the process of

02:28    8    continuously seeking gaps and prioritizing them and closing

02:28    9    them will be an evergreen process.  The businesses will be

02:28   10    asked to do that at least every year.

02:28   11         So the goal is not to have the gaps closed to the

02:28   12    MOC.  It's to say that we can now organize our business into

02:28   13    the structure.  We can compare the current way that we do

02:28   14    things against these expectations, and we can identify where

02:29   15    there are gaps to work on or close.

02:29   16    **Q.**   Have you heard of something called *elements of OMS*?

02:29   17    **A.**   Yes, I have.

02:29   18         **MS. KARIS:**  If we can go to 45002.3.1.

02:29   19              I'm sorry.  If you can go back one second.  I

02:29   20    skipped the last one.  Back to the prior exhibit.  There you

02:29   21    go.

02:29   22    BY MS. KARIS:

02:29   23    **Q.**   Just very briefly, 3.3, the LOMS handbook, the local

02:29   24    operating management system handbook:  "Every entity shall

02:29   25    develop a local operating management handbook that complies

MARK BLY - DIRECT

02:29  1   with the requirements described in Appendix 3."
02:29  2           Is that a necessary step before they can transition
02:29  3   to OMS?
02:29  4   A.   Yes, it was.  That was one of the requirements.
02:29  5   Q.   So when it was represented to you earlier today that there
02:29  6   was no local operating management system handbook for D&C,
02:30  7   given that D&C had in fact implemented OMS, would that lead you
02:30  8   to conclude that that statement is not accurate?
02:30  9   A.   I don't recall it being represented that way, but I would
02:30  10  say this requirement would have had to be met to make that
02:30  11  shift over.
02:30  12  Q.   Fair enough.  Given that they had shifted over, you would
02:30  13  expect there to be a local operating management system
02:30  14  handbook?
02:30  15  A.   I would.
02:30  16  Q.   I'm sorry.  Now, let's go to the elements.  45002.3.1.
02:30  17  Can you describe for us briefly -- let's go to .3.1, please.
02:30  18           Mr. Bly, it says here:  "Approved by Mark Bly, group
02:30  19  head S&O function."  Did you approve this?
02:30  20  A.   Yes, I did.
02:30  21  Q.   Can you describe for us what these elements of OMS are,
02:30  22  overview?
02:30  23  A.   So this is the highest level of the system that's
02:31  24  describing the topic areas that are going to be covered as you
02:31  25  go down into it.  It's the eight things:  leadership,

OFFICIAL TRANSCRIPT

**MARK BLY - DIRECT**

02:31  1   organization, optimization, going around the wheel.

02:31  2           I think, for me, this is the place to point out that

02:31  3   this is a holistic system.  It's not just a set of procedures

02:31  4   for one thing; it's looking at all aspects associated with

02:31  5   safety and operations management.

02:31  6   **Q.**   Do these various elements apply to personal as well as

02:31  7   process safety?

02:31  8   **A.**   Yes.  Within all of them, yes.

02:31  9   **Q.**   Let's talk about just a couple of the elements.

02:31  10          **MS. KARIS:**  If we can go to Element 3, Treatment

02:31  11  45002.23.1, please.

02:31  12  **BY MS. KARIS:**

02:31  13  **Q.**   One of the elements in OMS is risk.  It states there

02:31  14  that -- under Principle:  "The workforce at all levels of our

02:31  15  organization understands and manages operating risk to prevent

02:32  16  accidents and harm to people, to reduce damage to the

02:32  17  environment, and to achieve competitive performance."

02:32  18          Then it sets forth what each BP entity shall do.  It

02:32  19  says, "Each BP entity shall," and then it list there what needs

02:32  20  to be done:  "develop and update at least annually an

02:32  21  entity-level risk register which considers hazards and risks

02:32  22  related to operating performance."

02:32  23          First, can you tell us generally what the purpose is

02:32  24  of Element 3?

02:32  25  **A.**   Element 3 overall is what it says here.  It's to focus on

**MARK BLY - DIRECT**

02:32  1    risk through the various parts of the company.

02:32  2            Is that what you were asking me about the overview?

02:32  3    **Q.**   Yes.

02:32  4    **A.**   Yeah.  Okay.

02:32  5    **Q.**   Under the requirement that -- first of all, "each entity,"

02:32  6    what is an entity?

02:32  7    **A.**   An entity is sort of defined by OMS.  So the way this

02:32  8    works is, at each -- each node that will have this local OMS

02:33  9    will be called an *entity*.  And that's because OMS goes with the

02:33  10   management structure.  So an entity is what has a LOMS

02:33  11   handbook.

02:33  12   **Q.**   So would the GoM SPU be an entity under this local OMS --

02:33  13   excuse me -- under OMS?

02:33  14   **A.**   Yes, it would.

02:33  15   **Q.**   Would D&C also be an entity?

02:33  16   **A.**   It wouldn't, necessarily.  It would typically -- in the

02:33  17   structure at the time that I -- as I understand how E&P was set

02:33  18   up, I think the Gulf of Mexico would have been the entity at

02:33  19   this point.

02:33  20   **Q.**   To your knowledge, with respect to drilling operations, is

02:33  21   the loss of well control one of the risks that were identified

02:33  22   by business as of 2010?  And by "business," I mean the GoM

02:33  23   strategic performance unit.

02:33  24   **A.**   Yes, I'm sure it is one of the key ones they identified.

02:33  25   **Q.**   In your role, would you have had access or would you have

MARK BLY - DIRECT

02:34   1    seen the drilling and completions entity risk register?
02:34   2    A.   So an Entity Level 1 wouldn't necessarily be something
02:34   3    that I would look at.  I could go and ask to look at it, but I
02:34   4    would see, you know, in the GORC and so forth, a more
02:34   5    summarized version of those risk registers that looked at
02:34   6    bigger sections of the company.
02:34   7            MS. KARIS:  If we can pull up TREX-2903, please.
02:34   8    BY MS. KARIS:
02:34   9    Q.   I will represent to you that this is the D&C risk
02:34   10   mitigation plan for the GoM strategic performance unit.
02:34   11           MS. KARIS:  And if you can go to the bottom, please,
02:35   12   to see the date.
02:35   13   BY MS. KARIS:
02:35   14   Q.   This was signed by Mr. Lacy in October of 2009.
02:35   15           So you were asked several questions this morning
02:35   16   about whether D&C in the Gulf of Mexico had a risk register and
02:35   17   whether they had identified the risks associated with drilling.
02:35   18           MS. KARIS:  If you will go to the top and call out
02:35   19   "Description of risk."
02:35   20   BY MS. KARIS:
02:35   21   Q.   Description of risk in effect as of October of 2009,
02:35   22   signed by Mr. Lacy:  "Risks that uncontrolled flow during
02:36   23   drilling, completion, or well intervention activities have the
02:36   24   potential for loss of well control, LOWC; release of
02:36   25   hydrocarbons; and potential environmental damage, ENVA4; and

MARK BLY - DIRECT

02:36   1   could, if ignited, lead to fire and explosion.  This plan
02:36   2   applies to BP-owned rigs in the Gulf of Mexico, Thunder Horse,
02:36   3   Holstein, and Mad Dog, along with all contracted MODUs, mobile
02:36   4   offshore drilling units, operating in the SPU fleet."
02:36   5          Was the *Deepwater Horizon* one of the contracted MODUs
02:36   6   that existed -- contracted to BP's D&C as operations in 2009.
02:36   7   A.   Yes, it was.
02:36   8   Q.   Was it also one of the MODUs that were contracted in 2010?
02:37   9   A.   Yes, it was.
02:37   10  Q.   So does this risk register identify at least the risk of
02:37   11  loss of well control, the process safety risk for a MODU
02:37   12  conducting drilling operations and contracted to BP?
02:37   13  A.   Yes, it appears so.  I'm not familiar with the document,
02:37   14  but that does appear to be what it is, yes.
02:37   15  Q.   Fair enough.
02:37   16          We were talking about elements.  Let's move through
02:37   17  some of these.
02:37   18          MS. KARIS:  Let's go to process safety, another one
02:37   19  of the elements, 3.3.  And this is in treatment -- I think it's
02:37   20  3.4.  Let's try the next page.  That's 3.2.  We need 3.3.
02:38   21          There you go.  Thank you.
02:38   22  BY MS. KARIS:
02:38   23  Q.   Again, is this one of the elements of the operating
02:38   24  management system that BP put in effect in November of 2008 and
02:38   25  then various businesses implemented?

**MARK BLY - DIRECT**

02:38  1   **A.**   Yes, it is.

02:38  2   **Q.**   It's got the principle there of process safety.  Without

02:38  3   reading it, somebody who issued this document, what is the

02:38  4   principle of process safety?  Describe it for us.

02:38  5   **A.**   Did you say without reading it?

02:38  6   **Q.**   Sure, you can read it if you want, but if you want to

02:38  7   paraphrase . . .

02:38  8   **A.**   My own words would be the principles, practices and

02:38  9   processes put in place to manage the risk of major accidents

02:38  10  involving loss of hazardous materials.

02:38  11  **Q.**   There's been a suggestion that BP had not identified

02:38  12  process safety risks associated with drilling completions.

02:38  13  Under Group Essentials:  "Each BP entity shall" -- do you see

02:38  14  that?

02:38  15          **MS. KARIS:**  If you can go to 3.3.2.

02:39  16  **BY MS. KARIS:**

02:39  17  **Q.**   OMS 3.3.2 requires that "each BP entity shall identify

02:39  18  whether there is a potential for a major accident and, if so,

02:39  19  complete an assessment of the major accident risks.  Use

02:39  20  identified major accident risks as input to the entity level

02:39  21  risk register."  Do you see that?

02:39  22  **A.**   Yes, I do.

02:39  23  **Q.**   You were asked earlier today about a MAR, GP 48-50.  Do

02:39  24  you recall that?

02:39  25  **A.**   Yeah, I remember the question.

OFFICIAL TRANSCRIPT

MARK BLY - DIRECT

02:39  1   **Q.**   We're going to go back to this in a second.

02:39  2            **MS. KARIS:**  Pull it up.  That would be TREX-1734.

02:39  3   **BY MS. KARIS:**

02:39  4   **Q.**   This is the major accident process -- or risk process that

02:40  5   Mr. Sterbcow asked you about this morning.

02:40  6            Is this MAR 48-50 the same thing as the major

02:40  7   accident risk identification requirement that is in OMS?

02:40  8   **A.**   I think the requirement to identify a major accident is

02:40  9   just that.  If you have -- potentially, you have got to

02:40  10  identify it and quantify it.

02:40  11           This is a process that can be used in that

02:40  12  quantification of the risk.  But the requirement to do that is

02:40  13  above this, if you will, in OMS.

02:40  14           **MS. KARIS:**  If we can go back to 3.3.

02:40  15  **BY MS. KARIS:**

02:40  16  **Q.**   So when OMS, under 3.3.2, says you need to identify your

02:41  17  major accident risks, does it require for mobile offshore

02:41  18  drilling units to conduct a MAR process, M-A-R, pursuant to

02:41  19  GP 48-50?

02:41  20  **A.**   It didn't at the time this was done.  It doesn't now.  We

02:41  21  looked through the MAR language -- I'm sorry.  It did not.  It

02:41  22  didn't require that.

02:41  23  **Q.**   You were starting to say you looked through it.

02:41  24  **A.**   Well, the MAR -- it requires that people can assess that

02:41  25  risk and quantify it.  And the primary risk here is a blowout,

MARK BLY - DIRECT

02:41  1    so that's really what's needed.

02:41  2    Q.    So has BP, including S&O, considered the specific issue as

02:41  3    to whether an MAR 48-50 is required on mobile offshore drilling

02:41  4    units?

02:41  5    A.    Yeah.  That issue was reconsidered after this incident.

02:42  6    And the head of engineering and the head of process safety have

02:42  7    looked at it and concluded effectively what I just said, that

02:42  8    it's not -- it's not required.

02:42  9    Q.    The next part of -- let's skip through some of these

02:42  10   elements, but let's look at Element 8, Results.  And that's

02:42  11   TREX-45002.55.1.

02:42  12         It says under Principle:  "Measurement is used to

02:42  13   understand and sustain performance.  BP entities establish

02:42  14   metrics to monitor and report delivery of operating targets and

02:42  15   to promote continuous improvement.  Use leading and lagging

02:42  16   indicators to monitor progress against the objectives and

02:42  17   targets in the annual plan."

02:42  18         Describe for us what this is.

02:43  19   A.    I think we touched on this earlier.  So this is

02:43  20   measurement of safety performance of inputs and outputs,

02:43  21   observing trends and reacting to trends that are unfavorable.

02:43  22   Q.    Was this process in place for any SPU that had implemented

02:43  23   OMS as of April 2010?

02:43  24   A.    The expectation would have been there.  This would have

02:43  25   been something to gap assess against.  But yeah, I would have

MARK BLY - DIRECT

02:43  1    thought most of the SPUs would have had this before OMS was put

02:43  2    in place.

02:43  3    Q.   Let's talk about a different aspect of OMS.   You

02:43  4    referenced earlier a performance improvement cycle.

02:43  5              MS. KARIS:   If we can bring up Treatment 45013.3.1.

02:43  6    BY MS. KARIS:

02:43  7    Q.   Mr. Bly, that's you approving this again at the bottom?

02:44  8    A.   Yes, that's right.

02:44  9    Q.   This is titled "OMS Performance Improvement Cycle," which

02:44  10   is what part 3 is about.   In the interest of time, can you just

02:44  11   summarize for us what the performance improvement cycle

02:44  12   requires.   What is it?

02:44  13   A.   So this is the -- I call it the dynamic part of the

02:44  14   management system that we emphasized in the operating

02:44  15   management system.   It requires the operating organizations to

02:44  16   go through this annual cycle of assessment, planning and

02:44  17   prioritization of improvement, acting on those plans, measuring

02:44  18   to make sure things were happening as expected, and then coming

02:44  19   back and reviewing where you are, and going around the cycle

02:44  20   again.   So it's the dynamic part that causes this continual

02:44  21   reassessment of the state of risk and the state of conformance

02:44  22   with OMS.

02:44  23   Q.   Is the reason for this performance improvement cycle to

02:45  24   improve performance of safety both on personal as well as

02:45  25   process safety?

OFFICIAL TRANSCRIPT

MARK BLY - DIRECT

02:45  1  **A.**   Absolutely.  It covers the entirety of OMS, so it's
02:45  2  everything within that, which includes both of those.
02:45  3  **Q.**   Would those have been, then, the requirements, if you
02:45  4  will, of any entity that had adopted OMS at the time of this
02:45  5  incident?
02:45  6  **A.**   Could you say the question again.
02:45  7  **Q.**   Sure.  For any entity that had adopted OMS -- implemented
02:45  8  OMS, to be more accurate --
02:45  9  **A.**   Yes.
02:45  10  **Q.**   -- would these have been the requirements as part of the
02:45  11  performance improvement cycle?
02:45  12  **A.**   Absolutely.  Once they have made that implementation step
02:45  13  I described earlier, this is required at least annually, every
02:45  14  year thereafter.
02:46  15  **Q.**   There's been a lot of discussion in this case about
02:46  16  whether OMS applies to contractor operations.  I want to talk
02:46  17  about that.
02:46  18          First of all, were you the approver of the OMS
02:46  19  framework that specified whether it applied to contractor
02:46  20  operations?
02:46  21  **A.**   Yes.  Yes, it was all part of the same framework, yes.
02:46  22          **MS. KARIS:**  If we can pull up Treatment 45006.16.1.
02:46  23  **BY MS. KARIS:**
02:46  24  **Q.**   From OMS it states:  "Where BP relies on a contractor to
02:46  25  carry out work, BP shall, as needed, include and apply contract

OFFICIAL TRANSCRIPT

**MARK BLY - DIRECT**

02:46  1  provisions such that the work is carried out in a way that
02:46  2  supports and is consistent with BP's application of OMS to BP's
02:47  3  operating activities.  Where such contract provisions are not
02:47  4  included in existing contract, BP shall endeavor to amend the
02:47  5  contract as needed, immediately or on renewal."
02:47  6      Can you tell the Court how OMS applied to contractor
02:47  7  operations, including Transocean's *Deepwater Horizon*
02:47  8  operations, as of April of 2010.
02:47  9  A.   I think this puts in writing the things that I was trying
02:47  10  to explain to Mr. Sterbcow.  OMS applies when there's
02:47  11  contractor activity.  We'll rely on the contractors' SMS but
02:47  12  seek to test that SMS against our operating management system
02:47  13  and cause changes if we don't think it's up to the full
02:48  14  standard of our OMS.
02:48  15  Q.   If we can look at --
02:48  16      MS. KARIS:  I think we're finished with that.  Let's
02:48  17  go to procedures, 45002.30.1.
02:48  18  BY MS. KARIS:
02:48  19  Q.   Under 4.1.2, out of the OMS:  "Define which procedures and
02:48  20  practices are applicable to BP employees or contractors, and
02:48  21  make these procedures and practices available to them.  Require
02:48  22  contractors to follow these procedures or practices unless they
02:48  23  have their own comparable procedures and practices."
02:48  24      Is that stating the same thing?
02:48  25  A.   I think that's better said than what I just tried to say,

**MARK BLY - DIRECT**

| | | |
|---|---|---|
| 02:48 | 1 | yes. |
| 02:48 | 2 | **Q.**   You wrote it better than you said it? |
| 02:48 | 3 | **A.**   I'm afraid so. |
| 02:48 | 4 | **Q.**   Okay.  Now, you have been in the industry for nearly |
| 02:49 | 5 | 30 years? |
| 02:49 | 6 | **A.**   I have. |
| 02:49 | 7 | **Q.**   Have you ever heard of any operator anywhere in the world, |
| 02:49 | 8 | in all of the positions that you have held, that applied its |
| 02:49 | 9 | own operating management system to a contractor-owned MODU, or |
| 02:49 | 10 | mobile offshore drilling unit? |
| 02:49 | 11 | **A.**   I'm not aware of that anywhere, no. |
| 02:49 | 12 | **Q.**   In your 30 years of experience, whose operating management |
| 02:49 | 13 | system, subject to this bridging, applies to contractor |
| 02:49 | 14 | operations? |
| 02:49 | 15 | **A.**   The rig owner -- the contractor's always has applied in my |
| 02:49 | 16 | experience. |
| 02:49 | 17 | **Q.**   Do you have an understanding as to why that is? |
| 02:49 | 18 | **A.**   Well, I had the view that it makes sense because the |
| 02:49 | 19 | contractors -- you know, in the case of a rig, it's their |
| 02:49 | 20 | assets and people, and it moves from operator to operator.  So |
| 02:49 | 21 | it may work for my company for some period of time and then go |
| 02:50 | 22 | work for another company just after that.  So to have that rig |
| 02:50 | 23 | organization need to be changing management systems seems to me |
| 02:50 | 24 | to be very, very difficult.  So it's based on theirs, and then |
| 02:50 | 25 | you try to bridge into the operating company's one. |

**MARK BLY - DIRECT**

02:50 1 **Q.** In your 30 years of experience, is applying BP's -- strike
02:50 2 that.
02:50 3 In your 30 years of experience, is having the
02:50 4 contractor's operating management system, in this instance
02:50 5 Transocean's, apply to the *Deepwater Horizon* consistent with
02:50 6 industry practice?
02:50 7 **A.** It's consistent with all the experience that I have.
02:50 8 **Q.** In fact, you have never seen anything but?
02:50 9 **A.** I've never seen anything but.
02:50 10 **Q.** Let's switch gears here. You spoke at length this morning
02:51 11 and yesterday about the investigation that you conducted into
02:51 12 the *Deepwater Horizon* incident. Without summarizing how you
02:51 13 got brought into that -- or repeating, I should say, how you
02:51 14 got brought into that -- is it fair to say that you were asked
02:51 15 to get involved very early on?
02:51 16 **A.** Yes, it is.
02:51 17 **Q.** Mr. Hayward asked you to be involved, correct?
02:51 18 **A.** Yes, he did.
02:51 19 **Q.** You indicated that a member of your team was Mr. Lucas,
02:51 20 the master root cause specialist?
02:51 21 **A.** That's right. Matt Lucas, that's right.
02:51 22 **Q.** You testified earlier today you wouldn't have expected him
02:51 23 to lead the investigation?
02:51 24 **A.** Correct, right.
02:51 25 **Q.** Can you explain why.

**MARK BLY - DIRECT**

02:51    1    **A.**   Well, because the root cause specialist is a technical

02:51    2    specialist, as I tried to explain.  That person understands the

02:52    3    investigative process, the interview process, how to use these

02:52    4    fault trees that we use and things.

02:52    5           The investigation leader really needs him -- in

02:52    6    something like this really needs to have the ability to manage

02:52    7    across a whole range of things.

02:52    8           So in my case I was leading technical teams, the root

02:52    9    cause team, etc.  So it's more of a general management role to

02:52   10    lead an investigation this big.

02:52   11           **MS. KARIS:**  If we can pull up Demonstrative 4307A,

02:52   12    please.

02:52   13    **BY MS. KARIS:**

02:52   14    **Q.**   4307A is a demonstrative of BP's internal investigation.

02:53   15    Let's see if we can verify some of the information on here.

02:53   16           It says:  "Initiated April 22."

02:53   17           Is that around the time you were contacted?

02:53   18    **A.**   Yes, it is.

02:53   19    **Q.**   You published a report, Trial Exhibit 1, on September 8,

02:53   20    2010; is that correct?

02:53   21    **A.**   Yes.

02:53   22    **Q.**   Does that report contain the findings and conclusions of

02:53   23    your team?

02:53   24    **A.**   Yes, it did.

02:53   25    **Q.**   Let's talk about what your team -- who your team consisted

**MARK BLY - DIRECT**

02:53    1    of.   Approximately how many members were there on your team?

02:53    2    **A.**    About 50 on average.

02:53    3    **Q.**    On the right-hand side there, there's a reference to

02:53    4    experts in specialized knowledge, and it has got a variety of

02:53    5    different areas of expertise.

02:53    6          Are these some of the experts, both in-house at BP as

02:53    7    well as outside consultants, that your team utilized in order

02:53    8    to understand what happened at the Macondo well on the

02:54    9    *Deepwater Horizon* rig on April 20, 2010?

02:54    10   **A.**    Yes.   All those topics were included in the work.

02:54    11   **Q.**    At the end of the day, when you published your report on

02:54    12   April -- excuse me, September 8, 2010, did that report reflect

02:54    13   the views of not only yourself but also your team members?

02:54    14   **A.**    Yeah, absolutely it did.

02:54    15   **Q.**    You were asked some questions earlier about various

02:54    16   interview notes, and we'll talk about those briefly, but I

02:54    17   believe Mr. -- you saw Mr. Cowie's deposition, for example.

02:54    18   Was Mr. Cowie one of the members of your team?

02:54    19   **A.**    Yes, he was.

02:54    20   **Q.**    Was he a member of the operations team that Mr. Robinson

02:54    21   headed up?

02:54    22   **A.**    Yes, he was.

02:54    23   **Q.**    Mr. Cowie and Mr. Robinson, with respect to the operations

02:54    24   section of the report, were they involved in the drafting of

02:55    25   that report?

**MARK BLY - DIRECT**

02:55  1   **A.**   Yes, they were.
02:55  2   **Q.**   Were they involved in ultimately approving the opinions
02:55  3   and work in there?
02:55  4   **A.**   Absolutely.
02:55  5   **Q.**   The engineering team was headed up by Kent Corser?
02:55  6   **A.**   That's correct.
02:55  7   **Q.**   He had multiple other members on his team as well,
02:55  8   correct?
02:55  9   **A.**   Yes, that's right.
02:55  10  **Q.**   At the end of the day, the engineering opinions are signed
02:55  11  off on by a variety of -- all the members of that team?
02:55  12  **A.**   Yes, that's right, it was.
02:55  13  **Q.**   There's a reference here to interviewing approximately
02:55  14  50 witnesses.  Do you see that?
02:55  15  **A.**   Yes, I do.
02:55  16  **Q.**   Is that ballpark of the number of people your team spoke
02:55  17  to in reaching your opinions?
02:55  18  **A.**   Yeah, it's pretty close.  Some of them may have been
02:55  19  interviewed more than once; but, yeah, I think 50 was about the
02:55  20  right total.
02:55  21  **Q.**   At the bottom there it says limited access to information
02:56  22  under Halliburton, and you discussed that.  We won't go back
02:56  23  over it.
02:56  24       It also says limited access to information from
02:56  25  Transocean.  Do you see that?

**MARK BLY - DIRECT**

02:56  1   **A.**   Yes.

02:56  2   **Q.**   Did you have an opportunity to interview any Transocean

02:56  3   personnel?

02:56  4   **A.**   No, we didn't.

02:56  5   **Q.**   So those 50 witnesses, they would not have been any

02:56  6   Transocean personnel; is that correct?

02:56  7   **A.**   Yes, that's correct.

02:56  8   **Q.**   Did you request to interview Transocean's personnel?

02:56  9   **A.**   In the early stages we were making those requests, in the

02:56  10  early stages of the investigation, yes.

02:56  11  **Q.**   Did Transocean ultimately agree to provide any of its

02:56  12  personnel for you to speak to them to understand what happened?

02:56  13  **A.**   No, we didn't get to talk to any of their folks.

02:56  14  **Q.**   You were asked several questions today about conducting a

02:56  15  root cause investigation.  Do you recall generally those

02:56  16  questions?

02:56  17  **A.**   Generally, yes.

02:56  18  **Q.**   And the fact that you didn't conduct a systemic cause

02:56  19  investigation?

02:56  20  **A.**   Yes, generally I remember the questions.

02:56  21  **Q.**   Can you tell us, first of all, your understanding of how

02:57  22  one would go about conducting an investigation of an incident

02:57  23  that looked at immediate and system and systemic issues?

02:57  24  **A.**   It would be effectively to do what we did, starting at the

02:57  25  highest levels of things that you could observe and then --

MARK BLY - DIRECT

02:57  1    which was the four critical factors we described in this case,
02:57  2    and then moving down to describe the things that must have been
02:57  3    in place to allow those to happen, and continue to move down
02:57  4    asking the why-why-why question.
02:57  5           At some point you will be at a systemic level.  I
02:57  6    don't know if there's any bright line on that, but it's about
02:57  7    driving as far as you can down into the questioning.
02:57  8    Q.   What, if any, effect did Transocean not providing its
02:57  9    employees for you to interview, Halliburton not providing you
02:57  10   critical information, such as some of their policies, tests,
02:57  11   and slurry, have on your ability to conduct a root cause
02:58  12   investigation?
02:58  13          MR. BRIAN:  Objection.  That question is compound,
02:58  14   Your Honor.
02:58  15          MS. KARIS:  I'll rephrase, Your Honor.
02:58  16          THE COURT:  Rephrase it.
02:58  17   BY MS. KARIS:
02:58  18   Q.   The limited access to information that you had, what
02:58  19   effect did that have on your ability to conduct a root cause
02:58  20   investigation into systemic issues?
02:58  21   A.   As I tried to -- I described earlier, the way you do that
02:58  22   is you go from what you have ascertained so far and go ask the
02:58  23   next why.  And if that next why required input or information
02:58  24   from either of those people that we couldn't talk to or the
02:58  25   information we couldn't get, it would impede your ability to

OFFICIAL TRANSCRIPT

MARK BLY - DIRECT

02:58  1  continue to move down the investigation.

02:58  2  **Q.**   Would it have been sufficient that you had access to

02:58  3  information from BP -- that is, access to BP's employees and

02:59  4  documents and information -- in order for you to do a root

02:59  5  cause investigation?

02:59  6  **A.**   As I said earlier, I don't think it would because

02:59  7  ultimately you are trying to understand what caused things on

02:59  8  the rig or associated with that; and if BP actions had to

02:59  9  transfer through a Transocean person, you need to be able to

02:59  10  understand that; I don't see how you can do that with that

02:59  11  chain of learning or understanding broken.

02:59  12  **Q.**   Were there any limitations in terms of what physical

02:59  13  evidence you had in conducting your investigation?

02:59  14  **A.**   Yeah, there certainly was.  We talked about cement

02:59  15  samples.  But the big stuff was the rig was not available to

02:59  16  look at; the BOP was not recovered until after we had done our

02:59  17  report.  Can't see the condition of the well itself, obviously.

02:59  18  So there was lots of physical things we couldn't look at.

02:59  19  **Q.**   Did that affect your ability to conduct a root cause

02:59  20  investigation as well?

02:59  21  **A.**   Yes, yeah.  It's very difficult to draw some investigative

03:00  22  conclusions without being able to look at forensic evidence.

03:00  23          **MS. KARIS:**  If we can pull up TREX-91382.  Next page,

03:00  24  please.  One more, please.

      25

MARK BLY - DIRECT

03:00  1   **BY MS. KARIS:**
03:00  2   **Q.**   Mr. Bly, Exhibit 91382, I'll represent to you, are the
03:00  3   presentation slides that you issued with your report.  I guess
03:00  4   I should step back and say, along with issuing your report, did
03:00  5   you put out some slides to explain what your team had found?
03:00  6   **A.**   Yes.  There's an information pack developed.
03:01  7   **Q.**   It's better for you to represent what they are than me.
03:01  8             Is this the packet or at least a page from that
03:01  9   packet?
03:01  10  **A.**   Yes, it appears to be.
03:01  11  **Q.**   Did you also put out an audio/video that we heard from
03:01  12  this morning?
03:01  13  **A.**   Yes, we did.
03:01  14  **Q.**   That would be --
03:01  15         **MS. KARIS:**  Pull up Exhibit 47647.  We are not going
03:01  16  to play it.  47647.  If we can just play the very beginning of
03:01  17  the clip.
03:01  18         (Video played.)
03:01  19  **BY MS. KARIS:**
03:01  20  **Q.**   Is this an approximately 30-minute video you released
03:01  21  along with your report?
03:02  22  **A.**   It appears to be.  From an early look, I'm real sure it
03:02  23  is.
03:02  24         **THE COURT:**  Ms. Karis, is this part of the same video
03:02  25  clip we saw before?

OFFICIAL TRANSCRIPT

MARK BLY - DIRECT

03:02   1           MS. KARIS:  It is, Your Honor.  This is the full
03:02   2   video.
03:02   3           THE COURT:  Is this in evidence?
03:02   4           MS. KARIS:  That's why I'm trying to move it in now.
03:02   5           THE COURT:  Okay.  Are you planning on playing the
03:02   6   whole 30 minutes?
03:02   7           MS. KARIS:  No, I promise we won't.  I promise not.
03:02   8   Mr. Bly may kill me if I do that.
03:02   9               If we can just play the beginning so we can
03:02   10  identify it.
03:03   11          MS. KARIS:  You can stop there.
03:03   12  BY MS. KARIS:
03:03   13  Q.   Mr. Bly, is what we have marked as Exhibit 47647 the video
03:04   14  that you put out along with your report?
03:04   15  A.   Yes, it is.
03:04   16  Q.   We can go back to the slides.  Does that video summarize
03:04   17  your team's work and findings?
03:04   18  A.   Yes, it does.
03:04   19          MS. KARIS:  If we can go back to Slide 91382, and we
03:04   20  can stay on this page.
03:04   21  BY MS. KARIS:
03:04   22  Q.   Does this document -- we had the whole document here --
03:04   23  summarize the findings of your team after months of work,
03:04   24  50 people, thousands of hours spent trying to understand what
03:04   25  happened here?

MARK BLY - DIRECT

03:04   1   A.   Yes.  That's the summary document, yeah.

03:04   2   Q.   Now, Mr. Sterbcow walked through each of your findings;

03:04   3   and so in the interest of not repeating that, I'm going to try

03:04   4   and avoid doing that.

03:04   5        But can you describe for us the overall finding that

03:04   6   you had with respect to what caused this incident?

03:04   7        MS. KARIS:  If we can pull up Exhibit 1, page 11, the

03:05   8   last paragraph.

03:05   9   BY MS. KARIS:

03:05   10  Q.   Exhibit 1, the last paragraph of your executive summary,

03:05   11  after laying out the findings, states:  "The team did not

03:05   12  identify any single action or inaction that caused this

03:05   13  accident.  Rather, a complex and interlinked series of

03:05   14  mechanical failures, human judgments, engineering design,

03:05   15  operational implementation, and team interfaces came together

03:05   16  to allow the initiation and escalation of the accident.

03:05   17  Multiple companies, work teams, and circumstances were involved

03:05   18  over time."

03:05   19       Can you explain for us what you meant by that

03:05   20  paragraph.

03:06   21  A.   It was our way of summarizing the Swiss cheese model we

03:06   22  have talked about, the fact that there were eight mechanical or

03:06   23  procedural barriers that were penetrated here, that there were

03:06   24  a variety of people involved at different stages of that, and

03:06   25  that there were a number of things that went wrong both

MARK BLY - DIRECT

03:06  1    mechanically, human judgments, as it says here, to allow the
03:06  2    accident to happen.
03:06  3    Q.   Who were the companies that were involved?  You say
03:06  4    multiple companies, work teams, circumstances were involved
03:06  5    over time.  Who were the companies that were involved?
03:06  6    A.   Well, it was BP and it was Transocean and it was
03:06  7    Halliburton were the companies that were involved most.  There
03:06  8    were others that were doing subsidiary things.
03:06  9    Q.   With respect to the eight critical factors, were those the
03:06  10   three companies that you identified as being involved in this
03:06  11   complex and interlinked series of mechanical failures, human
03:07  12   judgment, engineering design, and implementation?
03:07  13   A.   I can't remember another company being involved in any one
03:07  14   of these.  I would have to think about that for a second, but I
03:07  15   believe that that's correct.
03:07  16          MS. KARIS:  If we can go back to the presentation
03:07  17   now, 91382.
03:07  18   BY MS. KARIS:
03:07  19   Q.   This slide identifies those eight barriers that your team
03:07  20   concluded were breached.  Can you summarize for us why you put
03:07  21   them in these four categories.
03:07  22   A.   This starts from the -- where we started the work was to
03:07  23   say we could observe those four things -- and I believe we
03:08  24   called them *critical factors* -- nearly from the outset.  So
03:08  25   that was the framing of how we set up the investigative work.

MARK BLY - DIRECT

03:08    1    And then they're categorized below there as the results of the

03:08    2    investigation to understand the things that came to pass to

03:08    3    allow those critical factors to happen.

03:08    4    Q.    The first one you identify there is well integrity was not

03:08    5    established.   You have spoken at length about some of your

03:08    6    findings, but I wanted to follow up on a couple of the points

03:08    7    that were raised.

03:08    8        THE COURT:   Would this be a good time to take a

03:08    9    break?

03:08   10        MS. KARIS:   Perfect time.

03:08   11        THE COURT:   Let's break for about 15 minutes.

03:08   12        MS. KARIS:   Thank you, Your Honor.

03:08   13        THE DEPUTY CLERK:   All rise.

03:08   14        (Recess.)

03:09   15        THE COURT:   Please be seated, everyone.

03:29   16         Continue.

03:29   17        MS. KARIS:   Thank you, Your Honor.

03:29   18    BY MS. KARIS:

03:29   19    Q.    Mr. Bly, we were going to talk about a couple of your

03:29   20    findings.   But before we do that, I wanted to cover one subject

03:29   21    with you.

03:29   22        You were previously shown BP's group-defined practice

03:29   23    4.4-0002, which relates to incident investigations.   Do you

03:29   24    recall that, generally?

03:29   25    A.    I remember being shown that, yes.

**MARK BLY - DIRECT**

03:29  1   **Q.**   Was this the incident investigation policy in effect at

03:29  2   the time of the *Deepwater Horizon* incident?

03:29  3   **A.**   Yes, it appears to be.

03:29  4   **Q.**   On your team you had a master root cause specialist,

03:29  5   Mr. Lucas?

03:29  6   **A.**   That's correct.

03:29  7           **MS. KARIS:**  If you could turn, please, to 45005.5.2.

03:30  8   **BY MS. KARIS:**

03:30  9   **Q.**   Pursuant to BP's internal investigation policy, is it

03:30  10  recognized that under certain circumstances you may need to get

03:30  11  an exception from the requirements of the GDP?

03:30  12  **A.**   Yes, it is.

03:30  13  **Q.**   Here it reads:  "The BP entity leader accountable for the

03:30  14  area or operation where the incident occurs shall request the

03:30  15  segment or function head of HSSE for approval of any exceptions

03:30  16  from requirements 3.1-B above."  Correct?

03:30  17  **A.**   That's right.

03:30  18  **Q.**   3.1-B is what sets out doing an immediate cause, system

03:30  19  cause, and possibly a systemic cause investigation, correct?

03:30  20  **A.**   That's right.

03:30  21  **Q.**   It says:  "The BP entity leader may request an exception

03:30  22  for an incident that appears to be a special case for the

03:30  23  following reasons."  Correct?

03:31  24  **A.**   That's right.

03:31  25  **Q.**   What are the reasons that the group-defined practice in

**MARK BLY - DIRECT**

03:31    1    place as of April 2010 recognized may require an exception from
03:31    2    performing a systemic cause investigation?
03:31    3    A.    So they are listed here.  The location, which has to do
03:31    4    with the ability to access the site.
03:31    5    Q.    Let me stop you there.  What effect did the location have
03:31    6    on your ability to conduct a systemic cause investigation?
03:31    7    A.    We weren't able to go to the rig.  We obviously couldn't
03:31    8    go to where the accident actually happened.
03:31    9    Q.    So did that first bullet there affect your ability to do a
03:31   10    systemic cause investigation?
03:31   11    A.    It had the potential to.  It certainly did.
03:31   12    Q.    Keep going, please.  What's the next reason why you may
03:31   13    require an exception?
03:31   14    A.    It's the nature of BP's relationship to the incident; for
03:31   15    example, the involvement of other parties.
03:32   16    Q.    How did that relate to the request to get an exception
03:32   17    from doing a systemic cause investigation?
03:32   18    A.    Well, there were elements of this consideration in place
03:32   19    as well.  As we discussed, there were a number of companies
03:32   20    involved, and we would have needed -- we would have had to have
03:32   21    full cooperation to get the information and things.  So this
03:32   22    one was applicable as well.
03:32   23    Q.    What are the others?
03:32   24    A.    The nature of other investigations under way, or the
03:32   25    possibility of a joint investigation with a governmental

MARK BLY - DIRECT

03:32  1   authority or other parties, and then the potential for
03:32  2   litigation or regulatory action.
03:32  3   Q.   Did those various reasons -- all of those reasons,
03:32  4   actually, did they exist as part of why you got an exception to
03:32  5   the GDP?
03:32  6   A.   They certainly created the -- you know, the understanding
03:32  7   that there were times when the exception was appropriate.  And
03:32  8   many of these factors were in place in this case.
03:32  9   Q.   Did Mr. Lucas, the master root cause specialist, concur
03:33  10  with you that it was appropriate to get an exception from
03:33  11  GDP 4.4-0002, incident investigation, with respect to --
03:33  12  A.   Yes.  Mr. Lucas, in fact, brought the issue to my
03:33  13  attention and made me aware that -- made me -- you know, made
03:33  14  me think about the fact that we should get an exception, given
03:33  15  where we were in this investigation.
03:33  16  Q.   So is it correct, then, to say that the investigation was
03:33  17  in fact conducted pursuant to GDP 4.4, which recognizes that
03:33  18  exceptions may be needed?
03:33  19  A.   Absolutely it was, in my view.
03:33  20  Q.   We were starting to talk about your key findings.  I want
03:33  21  to cover just a couple that you had discussed with
03:33  22  Mr. Sterbcow.
03:34  23       You testified yesterday, and then earlier today, that
03:34  24  Key Findings 1 and 2 related to the annulus cement failing to
03:34  25  isolate the hydrocarbons, and then the shoe track barriers

MARK BLY - DIRECT

03:34  1   failed.

03:34  2   **A.**   That's right.

03:34  3         **MS. KARIS:**  If we can go to 1.65.1.

03:34  4   **BY MS. KARIS:**

03:34  5   **Q.**   This is from page 65 of the investigation team's report.

03:34  6   Mr. Sterbcow put this paragraph up yesterday.

03:34  7         It says:  "The decision to not use 21 centralizers

03:34  8   increased the possibility of channeling above the main

03:34  9   hydrocarbon zones, but it likely did not contribute to the

03:34  10  cement's failure to isolate the main hydrocarbon zones or to

03:34  11  the failure of the shoe track cement."

03:34  12        Was that a finding, if you will, of your team?

03:35  13  **A.**   Yes, it is.

03:35  14        **MS. KARIS:**  If we can now go to D-4342.

03:35  15  **BY MS. KARIS:**

03:35  16  **Q.**   You were describing -- well, first of all, explain to us

03:35  17  generally why you concluded that the 21 centralizers did not

03:35  18  contribute to the cement's failure here.

03:35  19  **A.**   The way the investigation went, having established the

03:35  20  first part, which is that the annulus barrier hadn't worked, we

03:35  21  spent considerable effort determining the next step, which was

03:35  22  how did it get from outside of the casing inside.  This was the

03:35  23  three flow-path scenarios that we touched on earlier in my

03:35  24  testimony, and that was a huge focus of the team.

03:35  25        The conclusion --

OFFICIAL TRANSCRIPT

**MARK BLY - DIRECT**

03:35  1  **Q.**   Let me stop you there one second.

03:36  2          **MS. KARIS:**  We found a solution to this.  Sorry about

03:36  3  that, Your Honor.

03:36  4  **BY MS. KARIS:**

03:36  5  **Q.**   So you mentioned that the -- you said the centralizers did

03:36  6  not contribute to this, and part of the reason you concluded

03:36  7  that was because of the flow path, correct?

03:36  8  **A.**   That's correct.

03:36  9  **Q.**   There were three possibilities, as I understood it, for

03:36  10  what the flow path could be.  One is casing, one was annular,

03:36  11  and the other was crossover breach.  Is that fair?

03:37  12  **A.**   That's fair.

03:37  13  **Q.**   When we talk about casing, what you're describing is these

03:37  14  hydrocarbon-bearing zones in yellow right here, the

03:37  15  hydrocarbons came in in this direction and then went down the

03:37  16  shoe track and up the center of the casing.

03:37  17  **A.**   That's correct.

03:37  18  **Q.**   The other option was that the hydrocarbons came in, again,

03:37  19  from the hydrocarbon-bearing zone; and rather than going down

03:37  20  the shoe track and up, instead, what happened is they came in

03:37  21  here and would have gone up this annular space.  Correct?

03:37  22  **A.**   Yes, that's right.

03:37  23  **Q.**   This thing up here, depicted in blue, that would be the

03:37  24  casing hanger; is that correct?

03:37  25  **A.**   That's right.  At the mud line.

**MARK BLY - DIRECT**

03:37   1   **Q.**   At the mud line.

03:37   2   **A.**   Yes.

03:37   3   **Q.**   So this is around the 5,000-foot mark here?

03:37   4   **A.**   Correct.

03:37   5   **Q.**   This down here is about 13,000 feet down from the mud

03:38   6   line?

03:38   7   **A.**   From the mud line, that's right.

03:38   8   **Q.**   Correct?  That was the second option that you guys

03:38   9   evaluated?

03:38  10   **A.**   That's correct.

03:38  11   **Q.**   Then the third option as to what could have possibly

03:38  12   happened was what you described as a *crossover breach*, correct?

03:38  13   **A.**   That's right.

03:38  14   **Q.**   Here what happens is, the hydrocarbons come in -- if --

03:38  15   under this scenario, a possibility was that the hydrocarbons

03:38  16   came in, again, through the zone, up the annular space, and now

03:38  17   breached the casing and, therefore, went into the casing and

03:38  18   also flowed up the annular space.  Correct?

03:38  19   **A.**   Yeah.  It was mostly about getting inside the casing

03:38  20   somewhere at the hole.

03:38  21   **Q.**   Somewhere.  However --

03:38  22   **A.**   Yeah.  It's that arrow there that's important.

03:38  23   **Q.**   So just to be clear, these were the three possible

03:38  24   scenarios of what could have possibly happened?

03:38  25   **A.**   Yes.  Those are the ones that -- yes, that's right.  And

MARK BLY - DIRECT

03:38  1   we reviewed all of those.

03:38  2   Q.   Which did you conclude, after conducting your

03:39  3   investigation, was the likely result of what happened?

03:39  4   A.   The one on the left, the casing -- the casing one, where

03:39  5   it went down through the bottom of the casing and through the

03:39  6   middle of the pipe of the casing of the well.

03:39  7   Q.   So after extensive investigation, your conclusion was that

03:39  8   it was Scenario 1, as I would call it here, the casing?

03:39  9   A.   That's correct.

03:39  10         MS. KARIS:  Now, could you pull up the centralizer.

03:39  11  We will go back to that one in a second.

03:39  12  BY MS. KARIS:

03:39  13  Q.   You testified in response to Mr. Sterbcow's questions that

03:39  14  when you looked at where the centralizers were placed -- and

03:39  15  before we go there, do you recognize this as a slide from your

03:39  16  presentation that you issued along with your report?

03:39  17  A.   Yes.  It looks like it is, yeah.

03:39  18         MS. KARIS:  If we can call out the cement slurry

03:39  19  placement.

03:39  20  BY MS. KARIS:

03:39  21  Q.   These little red dots here, or arrows, six of them -- one,

03:40  22  two, three, four, five, six -- can you tell us what those are?

03:40  23  A.   That's indicating the placement of these things called

03:40  24  centralizers.

03:40  25  Q.   So each of these six would be a centralizer in the well?

OFFICIAL TRANSCRIPT

**MARK BLY - DIRECT**

03:40  1    **A.**   That's right.

03:40  2    **Q.**   The hydrocarbon-bearing zones are right here, correct?

03:40  3    **A.**   Yes, in the yellow there.  That's right.

03:40  4    **Q.**   So we have a centralizer right up here, correct?

03:40  5    **A.**   Correct.

03:40  6    **Q.**   I'm going to hand you the pointer, Mr. Bly.  And if you

03:40  7    could, explain to us why those centralizers were not causal,

03:40  8    based on what you determined the flow path to be.

03:40  9              **MS. KARIS:**  Your Honor, may I approach?

03:40  10             **THE COURT:**  Yes.

03:40  11             **MS. KARIS:**  Thank you.

03:40  12             **THE WITNESS:**  So you're asking why the centralizers

03:40  13    weren't causal?

03:40  14   **BY MS. KARIS:**

03:40  15   **Q.**   Yes.

03:40  16   **A.**   So the centralizers that would have been there would have

03:40  17   been up in this part of the hole, above here.

03:40  18             Our view was that since the hydrocarbons came this

03:40  19   way, it traveled down on the outside of the pipe and then back

03:40  20   up this way, that they actually traveled through the

03:41  21   centralizer part of the hole.

03:41  22             The fact that this was not centralized up here didn't

03:41  23   bear on how we found the oil transferred to the wellbore.

03:41  24   **Q.**   So did the flow path -- was your determination as to the

03:41  25   flow path the basis for you deciding the centralizers weren't

MARK BLY - DIRECT

03:41   1   causal?

03:41   2   **A.**   Yes.  As I said, the flow path determination was the big

03:41   3   step.

03:41   4   **Q.**   I believe you testified yesterday --

03:41   5           **MS. KARIS:**  Your Honor, if I may approach and get the

03:41   6   pointer back.

03:41   7           **THE COURT:**  Sure.

03:41   8           **MS. KARIS:**  Thank you.

03:41   9           **THE COURT:**  What's that exhibit?

03:41   10          **MS. KARIS:**  This is Exhibit 91382, page 8.  And this

03:41   11  is from the presentation packet, slide packet, that Mr. Bly

03:41   12  issued along with his report and the video, which I have here

03:41   13  for the Court.

03:42   14          **THE COURT:**  Okay.

03:42   15  **BY MS. KARIS:**

03:42   16  **Q.**   You testified yesterday that you believed that -- you were

03:42   17  highly confident, I think is what you said, when you issued

03:42   18  your report that the flow path was up the casing.

03:42   19  **A.**   That's right.

03:42   20          **MS. KARIS:**  If we can go back to the original slide

03:42   21  on this.

03:42   22  **BY MS. KARIS:**

03:42   23  **Q.**   But then you referenced some information that became

03:42   24  available after you issued your report, regarding the casing

03:42   25  hanger.  Do you recall that?

**MARK BLY - DIRECT**

03:42  1   **A.**   Yes.

03:42  2   **Q.**   Is this what's the casing hanger, Mr. Bly?

03:42  3   **A.**   That's right.  There at the top, that's holding up the

03:42  4   weight of that inner string of pipe.  And then it's got a seal

03:42  5   element in it that seals the annular space from the inside of

03:43  6   the well.

03:43  7   **Q.**   What information did you obtain from the casing hanger,

03:43  8   when it was pulled, that affected or further confirmed your

03:43  9   view that this was the correct flow path, "this" being up the

03:43  10  casing?

03:43  11  **A.**   So that seal assembly there was ultimately recovered from

03:43  12  the well.  And you could see the sealing surface around the

03:43  13  circumference of that device clearly, and it was in pristine

03:43  14  condition.  It didn't have any indication that flow had passed

03:43  15  by it at any time during the event.

03:43  16  **Q.**   We have here what has been marked as Exhibit 911.  Is this

03:43  17  the casing hanger that you're saying was pulled up and in

03:43  18  pristine condition, that you could show there had been no

03:43  19  erosion on this casing hanger?

03:44  20  **A.**   Yeah, there's still a paper sticker on it in the seal area

03:44  21  there, so you can see nothing passed by there.

03:44  22  **Q.**   What does the fact there's still a paper sticker on here

03:44  23  tell you about the likelihood that any hydrocarbons had flown

03:44  24  up this path?

03:44  25  **A.**   It says that that couldn't have happened.  With the

OFFICIAL TRANSCRIPT

**MARK BLY - DIRECT**

03:44  1  velocities and things, you wouldn't see that.  This would be --

03:44  2  **Q.**   Could or could not?  I'm sorry.

03:44  3  **A.**   The flow could not have happened on the outside of this

03:44  4  seal assembly.

03:44  5           **MS. KARIS:**  Could we pull up the next photo.

03:44  6  **BY MS. KARIS:**

03:44  7  **Q.**   Does this depict a close-up of that casing hanger, "this"

03:44  8  being Exhibit 912?

03:44  9  **A.**   It appears to, yes.

03:44  10          **MS. KARIS:**  So if we can go back to the initial slide

03:44  11  on flow path.

03:44  12  **BY MS. KARIS:**

03:44  13  **Q.**   So had the flow path been in this direction or up this

03:44  14  piping here that was not centralized and gone up the annular

03:44  15  space, would you have expected the casing hanger that was

03:45  16  pulled to have been in the condition it was in when it was

03:45  17  pulled in mid-September- 2010?

03:45  18  **A.**   No.  You would have expected to see it worn on the outside

03:45  19  of that device if there was flow going around it in that

03:45  20  pattern right there.

03:45  21  **Q.**   So did that physical evidence of a condition of the casing

03:45  22  hanger further confirm your view that the flow path was up the

03:45  23  center of the wellbore, or what you call up the casing?

03:45  24  **A.**   Yes, it really strengthened -- we had a strong view

03:45  25  anyway; but this really, really strengthened it for us.

MARK BLY - DIRECT

03:45    1   Q.    Thank you.

03:45    2           THE COURT:  Just so we are all speaking with the same

03:45    3   terminology here, because I know -- but *annulus* can mean

03:45    4   different things in different contexts.  When you say "annulus"

03:45    5   here, you are talking about the space between the outside of

03:45    6   the casing and the wellbore?

03:45    7           THE WITNESS:  In the earth, the actual hole in the

03:45    8   ground, the space between the casing --

03:46    9           THE COURT:  Wait.

03:46   10           THE WITNESS:  So when we are saying "annulus" in this

03:46   11   picture, there's the casing, there's the edge of the hole, and

03:46   12   it's this interstitial space there.  So the arrow going up goes

03:46   13   all the way up that annular space right to the very top of the

03:46   14   casing hanger.

03:46   15           THE COURT:  Is what I said accurate?

03:46   16           THE WITNESS:  Yes, it is.

03:46   17   BY MS. KARIS:

03:46   18   Q.    You were also asked by Mr. Sterbcow about engineering

03:46   19   technical practice for ETP 10-60 and your conclusions in the

03:46   20   report with respect to whether that policy or practice was

03:46   21   followed by this team.  Do you recall that generally?

03:46   22   A.    Generally, yes.

03:46   23   Q.    First, can you tell the Court your understanding of what a

03:47   24   cement bond log is.

03:47   25   A.    Cement bond log is a device that can be run into a

**MARK BLY - DIRECT**

03:47   1    wellbore like we are looking at, and it's designed to test

03:47   2    whether the cement on the outside of the pipe is bonded to the

03:47   3    pipe.

03:47   4             **MS. KARIS:**  If you can turn to page 78 of Exhibit 1,

03:47   5    please, or please pull out page 78 of Exhibit 1, the one

03:47   6    Mr. Sterbcow referenced, which would be the first paragraph.

03:47   7    **BY MS. KARIS:**

03:47   8    **Q.**   You were asked about the team's view that evaluating lift

03:47   9    pressures and loss returns didn't constitute a proven cement

03:47  10    evaluation technique for Section 5 of ETP 10-60.  Did the

03:47  11    Macondo well's team have a plan to conduct a CBL at some point

03:48  12    in their operation?

03:48  13    **A.**   Yes.  I recall the plan was to do that later, when they

03:48  14    came back to ultimately complete the well so the cement would

03:48  15    have had more time to harden.

03:48  16    **Q.**   It was your team's view that by not conducting a -- or,

03:48  17    excuse me, by not doing a formal risk assessment, that they

03:48  18    didn't satisfy at least the intent of ETP 10-60; is that

03:48  19    correct?

03:48  20    **A.**   That was our view.

03:48  21    **Q.**   Did your team have an opportunity to speak with the author

03:48  22    of ETP 10-60?

03:48  23    **A.**   Yes, they did.

03:48  24    **Q.**   Do you know who that is?

03:48  25    **A.**   It's a gentlemen named Kellingray.

**MARK BLY - DIRECT**

03:48  1   **Q.**   Do you recall whether Mr. Kellingray, who was the author

03:48  2   of ETP 10-60, agreed as to whether a formal risk assessment was

03:48  3   required?

03:48  4   **A.**   I recall he didn't, that he felt my team was being very

03:48  5   stringent in their view.

03:49  6   **Q.**   So given that Mr. Kellingray didn't agree, how did your

03:49  7   team conclude that ETP 10-60, at least the intent of it, had

03:49  8   not been met?

03:49  9   **A.**   Well, the view was that since this proven evaluation

03:49  10  technique, my guys didn't believe that it was fully achieved

03:49  11  here and that, therefore, a more formal risk assessment should

03:49  12  have been done.

03:49  13          They had many discussions, including those with

03:49  14  Mr. Kellingray, and the point you highlighted earlier, he

03:49  15  didn't agree with us.  But the team felt that they -- you know,

03:49  16  in their view, they wanted to make this finding.

03:49  17  **Q.**   In connection with the decision as to whether to run a

03:49  18  cement bond log, did you review the decision tree that the

03:49  19  Macondo well's team had put together prior to executing the

03:49  20  cement job?

03:49  21  **A.**   I know that my engineering team did that, yes.

03:49  22  **Q.**   Did your team evaluate whether the Macondo well's team

03:50  23  complied with the decision tree that had been prepared in

03:50  24  advance of executing this job?

03:50  25  **A.**   My recollection is not perfect on that.  I just can't

MARK BLY - DIRECT

03:50    1    remember.  I'm sorry.

03:50    2    **Q.**    Fair enough.  Would that have been something Mr. Corser

03:50    3    would have looked into?

03:50    4    **A.**    Absolutely, that was Mr. Corser's team.

03:50    5    **Q.**    I want to talk about one of the other findings in your

03:50    6    report relating to well monitoring, Key Finding 4.  You

03:50    7    testified earlier that -- I think, in response to

03:50    8    Mr. Underhill's questions, that there were various anomalies

03:50    9    that had been or -- strike that.

03:50   10          You testified there were various anomalies that were

03:50   11    indicated in the data, the real-time data that your team

03:50   12    reviewed; is that fair?

03:51   13    **A.**    That's fair, yes.

03:51   14    **Q.**    If we can look at page 108 of your report.  At page 108,

03:51   15    do you set out what those anomalies were there?

03:51   16    **A.**    That's right.  Yes.

03:51   17    **Q.**    Could you tell us, first of all, what those anomalies

03:51   18    were?

03:51   19    **A.**    There were different time periods where these pressures

03:51   20    were observed, so --

03:51   21    **Q.**    I'm going to ask you to pause between each one of those.

03:51   22    **A.**    So from 2058 to 2108, so a 10-minute period, the drill

03:51   23    pipe pressure increased from 1250 to 1350 psi with a constant

03:51   24    pump rate.

03:51   25          **MS. KARIS:**  If we can now go to 1.93.1, please.

MARK BLY - DIRECT

03:51    1    BY MS. KARIS:

03:52    2    Q.   Mr. Bly, do you recognize this diagram?

03:52    3    A.   Yes.

03:52    4    Q.   Do I have the pointer or do you?

03:52    5    A.   I have it here.

03:52    6    Q.   Using the pointer, can you indicate for the Court where

03:52    7    the first anomaly is you just identified.

03:52    8    A.   I can.  So the first one -- this is the drill pipe

03:52    9    pressure here, this orange line.  The first one that we spoke

03:52   10    about was this increasing line here over that 10-minute period.

03:52   11    At this point, given the state of the fluids in the well, that

03:52   12    line should have actually been declining and, instead, it

03:52   13    increased.

03:52   14    Q.   I have one, too, now, so we can both point.

03:53   15         From 2101 to 2108, it says here:  "Drill pipe

03:53   16    pressure increasing with constant pump rate."

03:53   17         During this period of time, what did you expect to

03:53   18    see, given where they were in the operations?

03:53   19    A.   So what was happening here was there was heavier fluid

03:53   20    being moved from the annular site of the well, which what you

03:53   21    would expect in that situation as you're pumping is that the

03:53   22    pressure on the drill pipe would be dropping because the fluid

03:53   23    on the outside is becoming lighter and lighter and lighter as

03:53   24    you do that.

03:53   25    Q.   So what you are seeing is, during this time when the drill

MARK BLY - DIRECT

03:53  1  pipe pressure should be dropping, instead it's actually

03:53  2  increasing?

03:53  3  A.   That's correct.

03:53  4  Q.   Is this what your team identified as the first anomaly

03:53  5  that should have been detected?

03:53  6  A.   They said -- I believe we said it was the first one that

03:54  7  should have been visible on the rig.

03:54  8           THE COURT:  What time is that?

03:54  9           MS. KARIS:  2101 to 2108.

03:54  10           THE COURT:  9:01 to 9:08?

03:54  11           MS. KARIS:  Yes, 9:01 to 9:08.

03:54  12           THE COURT:  Thank you.

03:54  13  BY MS. KARIS:

03:54  14  Q.   I want to go now to the next anomaly -- Mr. Bly, would it

03:54  15  be easier for you if I handed you your report so you can look

03:54  16  at your report?

03:54  17  A.   That's fine.  Perhaps if I can look at that.

03:54  18  Q.   I'm going to ask you to read the second anomaly.

03:54  19           MR. BRIAN:  Your Honor, would you mind reminding the

03:54  20  witness to get close to the microphone?  Sometimes he is hard

03:54  21  to hear.

03:54  22           THE WITNESS:  I'm sorry.

03:54  23           THE COURT:  Yes.

03:54  24  BY MS. KARIS:

03:54  25  Q.   Again, what is the second anomaly that your team

**MARK BLY - DIRECT**

03:54  1  identified?

03:54  2  **A.**   So this is the period -- so the next one was when the

03:55  3  pumps were turned off, so on that line it was the next -- so

03:55  4  the first one we saw was the pumps on.  This is now the pumps

03:55  5  turned off and the drill pipe pressure increased from 1017 to

03:55  6  1263 psi, so about 250 pounds.  And I believe that was over an

03:55  7  8- or 10-minute period as well, might even have been shorter.

03:55  8  Six minutes, it looks like here.

03:55  9          **MS. KARIS:**  If we can go back to the graph.

03:55  10  **BY MS. KARIS:**

03:55  11  **Q.**   So from 2108, or 9:08, to 2114, 9:14, over this six-minute

03:55  12  period, what you have identified is pressure continues to rise

03:55  13  248 psi after the pumps are shut down.  Correct?

03:55  14  **A.**   That's right.

03:55  15  **Q.**   What is the significance of the pumps being shut down when

03:55  16  the pressure is going up?

03:56  17  **A.**   Well, when the pumps aren't moving fluid around the well,

03:56  18  you should have a steady pressure.  There's no reason for

03:56  19  pressure to be rising when you're not moving fluids around the

03:56  20  well.

03:56  21  **Q.**   So you would have expected to see -- given that the pumps

03:56  22  are off and you're not moving fluids, you would have expected

03:56  23  to see steady pressure?

03:56  24  **A.**   A constant pressure, right.

03:56  25  **Q.**   Flat basically?

**MARK BLY - DIRECT**

03:56   1   **A.**   Right.

03:56   2   **Q.**   But instead what do you see?

03:56   3   **A.**   It rises by about 250 psi, 248 psi over a six-minute

03:56   4   period.

03:56   5   **Q.**   Did the team identify this as the second anomaly?

03:56   6   **A.**   Yes, that's correct.

03:56   7   **Q.**   Remind us, who is monitoring on the rig drill pipe

03:56   8   pressure, if you know.

03:56   9        **MR. BRIAN:**  Objection, no foundation.

03:56   10        **MR. GODWIN:**  We'll join that objection, Your Honor.

03:57   11        **THE WITNESS:**  I can give you the view that my team

03:57   12   had.

03:57   13        **MR. BRIAN:**  I think he can testify about what the

03:57   14   practice is, but I don't think he can testify to what actually

03:57   15   happened.  He wasn't there.

03:57   16        **THE COURT:**  Well, unless it was a part of -- that was

03:57   17   determined as part of his investigation.

03:57   18             Is that what you are saying?

03:57   19        **THE WITNESS:**  I think it's probably the practice that

03:57   20   I can speak to.

03:57   21        **THE COURT:**  Okay.  Mr. Brian doesn't have any

03:57   22   objection to that, right?

03:57   23        **MR. BRIAN:**  No, Your Honor, I do not.

03:57   24        **THE COURT:**  Go ahead.

        25

**MARK BLY - DIRECT**

03:57   1   **BY MS. KARIS:**

03:57   2   **Q.**   Mr. Bly, based on your 30 years of experience, what is the

03:57   3   practice for who should be monitoring the drill pipe pressure?

03:57   4   **A.**   So this would be the -- in this case it's visible to the

03:57   5   driller in the driller's shack, so that would be one person who

03:57   6   should, and also to the mud logging people.  So there's two

03:57   7   points where you could do this type of monitoring.

03:57   8   **Q.**   Based on your interviews with BP's well-site leaders,

03:57   9   yours being the team's interviews with BP well-site leaders, do

03:57   10  you have any reason to believe that in this instance anyone

03:58   11  other than the drillers should have been monitoring for these

03:58   12  pressure increases, drillers and mud loggers?

03:58   13          **MR. BRIAN:**   Same objection, Your Honor.

03:58   14          **THE COURT:**   Overruled.

03:58   15          **THE WITNESS:**   Sorry.  Could you ask the question

03:58   16  again?

03:58   17  **BY MS. KARIS:**

03:58   18  **Q.**   Sure.  Your team interviewed the well-site leaders,

03:58   19  Mr. Vidrine and Mr. Kaluza?

03:58   20  **A.**   Yes, they did.

03:58   21  **Q.**   They also interviewed Ronnie and Murray Sepulvado; is

03:58   22  that --

03:58   23  **A.**   Yeah.

03:58   24  **Q.**   Who were they?

03:58   25  **A.**   They are also BP well-site leaders.

MARK BLY - DIRECT

03:58    1    **Q.**    On the *Deepwater Horizon* rig who weren't there that day?

03:58    2    **A.**    That's correct.

03:58    3    **Q.**    Based on your interview of BP's well-site leaders, did you

03:58    4    have any reason to believe that anyone other than the driller

03:58    5    and assistant driller and mud loggers should have been

03:58    6    monitoring these pressure increases?

03:58    7    **A.**    No.  That's my understanding from the team's work and my

03:58    8    understanding from experience.

03:59    9    **Q.**    We can go back to -- you indicated you saw three

03:59   10    anomalies.  What's the third anomaly you have identified?

03:59   11    **A.**    The third one comes a bit later.  There's another pump --

03:59   12    period where the pumps are off and there's an even steeper

03:59   13    gain -- I can't remember the time exactly, but there's an even

03:59   14    steeper gain in pressure.  You can even see it on the chart

03:59   15    perhaps.

03:59   16          **MS. KARIS:**  Can we go back to Figure 8.  1.9.3.1.

03:59   17    That's far enough.

03:59   18          **THE WITNESS:**  I can't quite see it.

03:59   19                There's a period right after this one where the

03:59   20    pumps are turned off again and you see another one of these

03:59   21    pressure increases.

03:59   22    BY MS. KARIS:

04:00   23    **Q.**    Is this another pressure increase that your team sees?

04:00   24    **A.**    I'm sorry.  I can't remember.  I think that is it,

04:00   25    actually.  I'm trying to find the page it is in the book.  I

**MARK BLY - DIRECT**

| | | |
|---|---|---|
| 04:00 | 1 | will recognize it. |
| 04:00 | 2 | **Q.**   That's page 107.  101. |
| 04:00 | 3 | **A.**   Yeah.  I'm sorry.  That is it.  It's about a 500 psi gain, |
| 04:00 | 4 | as I recall. |
| 04:00 | 5 | **Q.**   That's at around 2130 that you see that gain? |
| 04:00 | 6 | **A.**   That's correct. |
| 04:00 | 7 | **Q.**   So did your investigation conclude that there were at |
| 04:00 | 8 | least three anomalies that should have been detected before any |
| 04:00 | 9 | well control action was taken, one from 2101 to 2108, the |
| 04:01 | 10 | second from 2108 to 2114, and then the third one beginning at |
| 04:01 | 11 | 2131? |
| 04:01 | 12 | **A.**   We didn't conclude whether they should have, but we |
| 04:01 | 13 | concluded that it would have been possible for them to be |
| 04:01 | 14 | observed. |
| 04:01 | 15 | **Q.**   Would you expect a drill crew to be monitoring for these |
| 04:01 | 16 | types of anomalies? |
| 04:01 | 17 | **A.**   Yes, you would. |
| 04:01 | 18 | **Q.**   Did your team see any signs of any attempt to shut in the |
| 04:01 | 19 | well during any of those anomalies? |
| 04:01 | 20 | **A.**   No.  Our evaluation was that the first attempt came about |
| 04:01 | 21 | where that dip is there, 2141. |
| 04:01 | 22 | **Q.**   So the first attempt to take any well control action comes |
| 04:01 | 23 | at around 2141? |
| 04:02 | 24 | **MR. BRIAN:**  Objection, misstates the testimony. |
| 04:02 | 25 | **THE COURT:**  I thought that's what he said myself. |

1222

**MARK BLY - DIRECT**

04:02  1   Maybe I heard it wrong.

04:02  2              Why don't you say again what you said about the

04:02  3   first attempt to shut in the well.

04:02  4              THE WITNESS:  So our understanding was that the first

04:02  5   attempt to shut in the well took place at 2141, right where

04:02  6   that pointer was.

04:02  7   BY MS. KARIS:

04:02  8   Q.   Is that a first attempt to shut in a VBR, variable bore

04:02  9   ram?

04:02  10  A.   As I recall, we believe the first thing that was used was

04:02  11  another part of the BOP called the *annular preventer* --

04:02  12  Q.   Fair enough.

04:02  13  A.   -- which is the top part of the BOP.  And then our best

04:02  14  view was that after that -- I think it was at about 2147 that

04:02  15  variable bore ram was used, probably related to that big

04:02  16  pressure spike there that's on the right-hand side of the page.

04:02  17  Q.   So the first well control action, as I heard you testify,

04:03  18  is at 2141, an attempt to shut in an annular.  And then at

04:03  19  2147, an attempt -- another attempt to shut in a VBR, or a

04:03  20  variable bore ram?

04:03  21  A.   Yeah.  And the 47 may be when the ram closed -- it's where

04:03  22  that spike is -- but that's correct.

04:03  23  Q.   Mr. Bly, in the interest of not walking through the entire

04:03  24  time line in your report, does your report have a time line

04:03  25  that lays out the sequence of everything we have been talking

1223

**MARK BLY - DIRECT**

04:03    1    about?

04:03    2    **A.**    Yes, it does.

04:03    3    **Q.**    For the benefit of the Court, if you have your report in

04:03    4    front of you, can you identify for us where the time line is

04:03    5    where you walked through the sequence of events that we have

04:03    6    just identified.

04:03    7    **A.**    So there's a time line at the beginning of the report,

04:03    8    which is -- begins on page -- it's under Section 3, chronology

04:03    9    of the accident; and it runs from page 21 to 27 -- I'm sorry,

04:03   10    29 of the report.

04:04   11    **Q.**    At the end of your investigation of those key findings

04:04   12    that we discussed, as well as the ones you discussed with

04:04   13    Mr. Sterbcow and Mr. Underhill this morning, what was your

04:04   14    team's conclusion as to what led to this blowout?

04:04   15    **A.**    It was that those eight barriers had all failed -- had all

04:04   16    been penetrated or failed.

04:04   17    **Q.**    I'm sorry?

04:04   18    **A.**    It was that those eight barriers had all been penetrated

04:04   19    or failed.

04:04   20    **Q.**    Who were the companies involved in those various barriers?

04:04   21    **A.**    As I said earlier, BP, Transocean, and Halliburton

04:04   22    featured in those barriers.

04:04   23    **Q.**    You were asked some questions about an interview that

04:04   24    Mr. Cowie and others conducted with Mr. Hafle regarding an

04:04   25    8:50 -- call it approximately 9:00.  Do you recall those

**MARK BLY - DIRECT**

04:05   1   questions earlier?

04:05   2   A.   Yes.  Just before the break, yes.

04:05   3        MS. KARIS:  If we can pull up Exhibit 296.6.1.

04:05   4   BY MS. KARIS:

04:05   5   Q.   I believe Mr. Underhill highlighted this portion of the

04:05   6   testimony but did not show you this portion -- strike that --

04:05   7   highlighted this portion of the interview.  You did not see

04:05   8   this part, so I want to discuss this part with you.

04:05   9        MR. UNDERHILL:  Your Honor, just note -- I don't know

04:05   10  if this is an objection.  I tried to go into this, and counsel

04:05   11  objected and shut me down, so I moved on.  So I didn't try to

04:05   12  avoid this.  I was going to go into it.

04:05   13       MS. KARIS:  Your Honor, I --

04:05   14       THE COURT:  I'll take you at your word.  I just don't

04:05   15  recall.  Fair enough.

04:05   16            Go ahead.

04:05   17       MS. KARIS:  The transcript will reflect whether

04:05   18  Mr. Underhill went into this.

04:05   19       THE COURT:  Okay.

04:05   20  BY MS. KARIS:

04:05   21  Q.   First of all, were you aware of a conversation that took

04:05   22  place at approximately 9:00 between Mr. Vidrine and Mr. Hafle?

04:06   23  A.   Yeah.  That was part of the work that the team did.  They

04:06   24  did interviews with these guys, and the team was aware of this.

04:06   25  Q.   Let's stop for a minute and talk about those interviews.

1225

**MARK BLY - DIRECT**

04:06   1   Was there a process set up for how interviews would be

04:06   2   conducted?

04:06   3   **A.**   Yes, there was.

04:06   4   **Q.**   Can you describe briefly that process.

04:06   5   **A.**   It was guided by the root cause specialist.  It had three

04:06   6   or four components.  It was that we wanted to have at least two

04:06   7   people at each interview on the interviewing side.  The root

04:06   8   cause guys would try to be there for all of them to guide the

04:06   9   process.

04:06   10          I know they had a way of asking open-ended questions

04:06   11   to try to get good feedback from the interviewee, and then the

04:06   12   guys captured notes for themselves to try to remember what was

04:06   13   said.

04:06   14   **Q.**   Did your team record any of those interviews?

04:07   15   **A.**   Did we record them?

04:07   16   **Q.**   Yes.

04:07   17   **A.**   With a recording device?

04:07   18   **Q.**   Right.

04:07   19   **A.**   No.

04:07   20   **Q.**   So whatever record or notes exist, would those have been

04:07   21   your team's impressions of what was said?

04:07   22   **A.**   Yeah, that's what the interviewers wrote down as they had

04:07   23   these conversations.

04:07   24          **MS. KARIS:**  If we can go to the first page of the

04:07   25   investigations --

**MARK BLY - DIRECT**

04:07    1        **THE COURT:** Do you know whether the notes were taken

04:07    2   contemporaneously during the interview?

04:07    3        **THE WITNESS:** So two interviewers --

04:07    4        **THE COURT:** Somebody was taking notes

04:07    5   contemporaneously, as the interview was occurring?  Is that how

04:07    6   it happened?

04:07    7        **THE WITNESS:** Well, the way -- I wasn't in the

04:07    8   interviews, Your Honor; but the way I understand it was the

04:07    9   interviewers would ask questions and then they would write

04:07   10   their own notes in a notepad.

04:07   11        **THE COURT:** What I mean is, it was being done

04:07   12   contemporaneously as the interview was occurring?

04:07   13        **THE WITNESS:** At the same time, yes.

04:07   14        **THE COURT:** It wasn't a situation interviewing

04:07   15   somebody and going back to the office and then writing notes?

04:07   16        **THE WITNESS:** No.  They scribbled the notes there.

04:07   17   There was a process where sometimes they would bring them back

04:07   18   and summarize them into typewritten.

04:07   19        **THE COURT:** Okay.

04:07   20   **BY MS. KARIS:**

04:08   21   **Q.** If we can go to the first page of your investigation.

04:08   22        In the executive summary it states:  "The BP

04:08   23   investigation team began its work immediately in the aftermath

04:08   24   of the accident, working independently from other BP spill

04:08   25   response activities and organizations."

MARK BLY - DIRECT

04:08  1          MS. KARIS:  The next paragraph, please.  It's the
04:08  2  very first page.  Thank you.
04:08  3  BY MS. KARIS:
04:08  4  Q.   Let's try this again.  Right up front, first page of your
04:08  5  report, halfway down, it says:  "In the course of the
04:08  6  investigation, members of the team conducted interviews, and
04:09  7  this report draws upon the team members' understanding of those
04:09  8  interviews.  The investigation team did not record or produce
04:09  9  verbatim transcripts of any interviews, nor did the team ask
04:09  10  the interviewees to review or endorse the notes taken by the
04:09  11  interview team members.  There were at least two team members
04:09  12  present during each interview; and in utilizing information
04:09  13  gathered from interviews, the team has taken into account the
04:09  14  presence or absence of corroborating or conflicting evidence
04:09  15  from other sources."
04:09  16          Is that a fair description of the process your team
04:09  17  used for conducting the interviews?
04:09  18  A.   Yes, it is.  Yes.
04:09  19          MS. KARIS:  Now, if we can go back to the notes,
04:09  20  296.6.1.
04:09  21  BY MS. KARIS:
04:09  22  Q.   These are some interview notes from an interview conducted
04:10  23  of Mr. Hafle.  You were asked about this 8:52 call.  So we went
04:10  24  backwards a little.  I apologize.
04:10  25          First describe to us what your understanding is of

MARK BLY - DIRECT

04:10  1   that call that took place at approximately 9:00 between

04:10  2   Mr. Vidrine and Mr. Hafle.

04:10  3         MR. UNDERHILL:  Objection, Your Honor.  If I

04:10  4   understood the witness's testimony -- perhaps I'm wrong -- he

04:10  5   was not even advised of this call.  If I'm wrong about that, I

04:10  6   stand corrected, but that's the way I understood his direct

04:10  7   testimony.

04:10  8         THE COURT:  When you examined him --

04:10  9         MR. UNDERHILL:  Correct, or cross-examination.

04:10  10        THE COURT:  I think that's what I recall, too.

04:10  11        MS. KARIS:  Your Honor, I think I can clarify; but

04:10  12  it's perhaps better to have the witness clarify.

04:10  13        THE COURT:  Go ahead.

04:10  14  BY MS. KARIS:

04:10  15  Q.   First, do you recall when Mr. Underhill asked you

04:10  16  questions about this call?

04:10  17  A.   Yes.  Generally, yes.

04:10  18  Q.   He asked you whether there was a call that you were aware

04:10  19  of at 9:00 to discuss the negative pressure test.  Do you

04:11  20  recall that?

04:11  21  A.   Yeah.  It was connected to that consultation language in

04:11  22  the report.

04:11  23  Q.   Were you aware of a call that took place at approximately

04:11  24  9:00?  Let's start with that.

04:11  25  A.   Yes.

1229

**MARK BLY - DIRECT**

| | | |
|---|---|---|
| 04:11 | 1 | **Q.**   Tell us what your knowledge is in connection with this |
| 04:11 | 2 | call that took place at approximately 9:00 between Mr. Hafle |
| 04:11 | 3 | and Mr. Vidrine. |
| 04:11 | 4 | **A.**   So my awareness of this comes from what I heard from the |
| 04:11 | 5 | team, the people that actually did the interviews.  And my |
| 04:11 | 6 | recollection of their thinking about this was that the call had |
| 04:11 | 7 | happened.  It had been -- the purpose of it had been to discuss |
| 04:11 | 8 | another operational step. |
| 04:11 | 9 | **Q.**   What was that operational step? |
| 04:11 | 10 | **A.**   It was putting this -- the final cement plug in the well, |
| 04:11 | 11 | the next thing that was going to happen.  There was a |
| 04:11 | 12 | discussion about this 1400 pounds and zero situation, but their |
| 04:12 | 13 | impression at the end of the day was that it was sort of |
| 04:12 | 14 | discussed in passing and it was after the fact; it was well |
| 04:12 | 15 | after the negative test had been concluded.  That's my |
| 04:12 | 16 | recollection. |
| 04:12 | 17 |        Now, the guys that did it will be in a much better |
| 04:12 | 18 | position to say exactly what they thought from their |
| 04:12 | 19 | interviews, but that's what I recall from the discussions with |
| 04:12 | 20 | them. |
| 04:12 | 21 | **Q.**   Those guys would have been Mr. Corser -- I'm sorry.  You |
| 04:12 | 22 | tell us who that team would have been. |
| 04:12 | 23 | **A.**   Well, it was in the part of the investigation that |
| 04:12 | 24 | Mr. Robinson led, so I don't know who was in the interview.  We |
| 04:12 | 25 | can look at it. |

**MARK BLY - DIRECT**

04:12  1      Yes.  So Kent Corser and Steve Robinson would be well
04:12  2  positioned to give at least their impressions that they had
04:12  3  from the discussion they had in the interview.
04:12  4  Q.  Let's go back to that same sentence where we were reading
04:13  5  from these notes.
04:13  6      Do these notes reflect that -- it says:  "Later on,
04:13  7  April 20, Don Vidrine called Mark at 8:20 to talk about how to
04:13  8  test the surface plug and whether they should apply a pressure
04:13  9  test or a weight test."
04:13  10     Is that the cement plug that you were referring to?
04:13  11 A.  Yeah, that's correct.  Yes, it is.
04:13  12 Q.  "Mark noted that Don also talked to him about the negative
04:13  13 tests.  Vidrine told Mark that the crew had zero pressure on
04:13  14 the kill line, but that they still had pressure on the drill
04:13  15 pipe.  Mark said he told Don, You can't have pressure on the
04:13  16 drill pipe and zero pressure on the kill line in a test that's
04:13  17 properly lined up.
04:13  18     "Mark said he told Don he might consider whether he
04:13  19 had trapped pressure in the line or perhaps he didn't have a
04:14  20 valve properly lined up."
04:14  21     Can you read us now what the next sentences say that
04:14  22 were not previously read.
04:14  23 A.  It says:  "Don told Mark that he was fully satisfied that
04:14  24 the rig crew had performed a successful negative test.  Mark
04:14  25 said he didn't have the full context for what had transpired

OFFICIAL TRANSCRIPT

**MARK BLY - DIRECT**

04:14  1  during the tests, and it wasn't clear to him whether Don was

04:14  2  talking about the first or second negative tests.

04:14  3      "Don told him he watched the kill line for 30 minutes

04:14  4  and didn't see a drip coming out of it.  And so Mark assumed

04:14  5  that Don had concluded that it was not a problem."

04:14  6  **Q.**  Is there anything about that conversation that we just

04:14  7  talked about that would lead you to a different conclusion than

04:14  8  the one stated in your report, that no one from the rig crew or

04:14  9  BP's team consulted with anyone onshore during the negative

04:14  10  tests?

04:14  11  **A.**  As I said, no.  What would influence me is not so much

04:14  12  what's written here but what my guys who did the work, who did

04:15  13  this interview, how they brought their thinking together to

04:15  14  come to their conclusions.

04:15  15  **Q.**  Tell us your understanding of how that team brought their

04:15  16  thinking together to come to that conclusion.

04:15  17  **A.**  Well, this was one interview they -- I know they -- I

04:15  18  believe they did multiple interviews with some of these guys,

04:15  19  with Mr. Hafle and Mr. Vidrine.

04:15  20      I don't know if all of the notes from those -- in

04:15  21  this matter were consistent or not.  But I know they went back

04:15  22  and they checked.  And taking all of that, they came to the

04:15  23  view that was represented in the report.

04:15  24  **Q.**  So the line in the report that the investigation team --

04:15  25  reading right out of your report -- "has found no evidence that

MARK BLY - DIRECT

04:15  1    the rig crew or well-site leaders consulted anyone outside
04:15  2    their team about the pressure abnormality," is that a
04:15  3    conclusion your team reached after considering all of the
04:15  4    interviews, all of the data, and all of the information that
04:15  5    was available to it?
04:15  6    A.   Yes, that's right.  That's how we did the report.
04:16  7    Q.   We finished talking about the findings in the report and
04:16  8    the information in the report.  I want to turn to a final
04:16  9    subject.
04:16  10            As part of the investigation that your team did, did
04:16  11   you also make some recommendations?
04:16  12   A.   Yes, we did.
04:16  13   Q.   How many recommendations did you make as a result of your
04:16  14   investigation?
04:16  15   A.   There were 26 recommendations that are in the report.
04:16  16   Q.   Are those the recommendations that are listed from
04:16  17   pages 182 to 186 in your report?
04:16  18   A.   Yes, they are.
04:16  19   Q.   Were those recommendations, all 26 of them, adopted by
04:16  20   BP's management when you concluded the work on your report?
04:16  21   A.   Yes, they were.
04:16  22   Q.   How many different deliverables, if you will, resulted
04:16  23   from those recommendations?
04:17  24   A.   The project team that began to put this together, I think
04:17  25   it's about 180 to 200 actions, separate, distinct actions they

MARK BLY - DIRECT

04:17  1    have identified to deliver those 26 recommendations.

04:17  2    **Q.**   What is that team called?

04:17  3    **A.**   It's called the *Bly Remand Team*.

04:17  4    **Q.**   So there's a team now that is put together that is working

04:17  5    on implementing all 26 recommendations and all

04:17  6    180 deliverables; is that correct.

04:17  7    **A.**   That is right.

04:17  8    **Q.**   Can you give us a broad overview of some of the areas that

04:17  9    BP is implementing your recommendations in?

04:17  10   **A.**   So the broad overview is that we address standards and

04:17  11   practices under, you know, OMS and DWOP.  We address contractor

04:17  12   oversights.  We address BOPs, cementing, and so on, is the

04:18  13   broad level description.

04:18  14        **MS. KARIS:**   Exhibit 7210 please.  7210.1.1.  If you

04:18  15   can go to .5.1, please.

04:18  16   **BY MS. KARIS:**

04:18  17   **Q.**   Mr. Bly, do you recognize this *BP Magazine* in which you

04:18  18   were -- were you interviewed as part of this publication that

04:18  19   was put out by BP in the *BP Magazine*?

04:18  20   **A.**   Yes, it looks like I was.  I can see my name at the top,

04:18  21   right here.

04:18  22   **Q.**   It says there:  "It's been six months since BP's internal

04:18  23   investigation was released.  What progress has been made in the

04:18  24   upstream specifically to respond to the incident and implement

04:18  25   the recommendations?

**MARK BLY - DIRECT**

04:18   1          "The first thing that BP did was to accept all

04:18   2   26 recommendations."

04:18   3          Those would be the recommendations from your

04:18   4   investigation; is that correct?

04:18   5   **A.**   That's right.

04:18   6   **Q.**   "Implementing them requires detailed work.  Members of the

04:19   7   investigation team have provided input to the project team,

04:19   8   which is working on the recommendations.  And as I see, solid

04:19   9   progress in many other areas; for example, a centralized well

04:19   10  organization has been created to manage drilling activities to

04:19   11  consistent standards across the globe.  Independent third-party

04:19   12  certification of our drilling contractors' subsea blowout

04:19   13  preventers has been completed to check the testing and

04:19   14  maintenance of their emergency systems.

04:19   15         "The auditing of the rigs that drill our wells has

04:19   16  moved across into my S&OR audit team.  Work is also under way

04:19   17  to enhance the standards for cementing and well integrity

04:19   18  testing, including new approvals process and stringent contract

04:19   19  laboratory quality audits."

04:19   20         Are those some of the actions that BP has taken as a

04:20   21  result of the work that you and your team did looking into this

04:20   22  incident?

04:20   23  **A.**   Yes, those are some.

04:20   24  **Q.**   Are those actions -- are they limited to the Gulf of

04:20   25  Mexico, or are they broader than the Gulf of Mexico?

MARK BLY - DIRECT

04:20   1   **A.**   All of the 26 recommendations, all of the actions that are
04:20   2   being followed up are global.  They are being done for all of
04:20   3   our global drilling operations.
04:20   4   **Q.**   Given what your position is -- or was, at least until a
04:20   5   few days ago -- do you have general familiarity with what the
04:20   6   current state of the implementation of these procedures is?
04:20   7   **A.**   Yes, I do.  There's updates provided periodically about
04:20   8   how that project is coming along.
04:20   9   **Q.**   Has action been taken with respect to each of the
04:20   10  26 recommendations?
04:20   11  **A.**   Yes, it has.
04:21   12          **MS. KARIS:**  Your Honor, if I can have just one
04:21   13  minute, I might be done here.
04:21   14          **THE COURT:**  Okay.
04:22   15          **MS. KARIS:**  Your Honor, I do have a few more minutes,
04:22   16  just going a little further into this area, if that's okay.
04:22   17          **THE COURT:**  Go ahead.
04:22   18          **MS. KARIS:**  Thank you.
04:22   19  BY MS. KARIS:
04:22   20  **Q.**   Mr. Bly, I would like to talk to you about some of those
04:22   21  recommendations; specifically, what actions have been taken.
04:22   22          **MS. KARIS:**  And if you could go to TREX-2360, please.
04:23   23          2360, but that doesn't seem to line up.  Let's
04:23   24  try it a different way.
04:23   25          Could we pull up D-4367.2, please.

**MARK BLY - DIRECT**

04:23  1  **BY MS. KARIS:**

04:23  2  **Q.**   Mr. Bly, we were talking about the recommendations, and I

04:23  3  just want to walk through a couple of them with you.

04:24  4          Is it fair to say that the 26 recommendations turned

04:24  5  into 180 deliverables?

04:24  6  **A.**   Yes, that's right.

04:24  7  **Q.**   What is the purpose you have stated for those

04:24  8  deliverables?

04:24  9  **A.**   To enable prevention of similar accidents was the primary

04:24  10  objective for making those recommendations.

04:24  11  **Q.**   You were asked earlier today about whether those

04:24  12  recommendations made changes or improvements to DWOP and to

04:24  13  OMS.  Do you recall that?

04:24  14  **A.**   I don't remember that question, but fair enough.

04:24  15  **Q.**   Fair enough.

04:24  16          **MS. KARIS:**  Next, if we could have 4367.3.

04:24  17  **BY MS. KARIS:**

04:24  18  **Q.**   Is it accurate -- let me ask you, has action been taken

04:24  19  with respect to each of the key findings that have been

04:24  20  addressed in your report?

04:25  21  **A.**   Yeah.  I believe the recommendations were written so as to

04:25  22  do that.  And so, therefore, yes.

04:25  23  **Q.**   There's a reference here to "interim guidance, temporary

04:25  24  measures for safety of ongoing operations."

04:25  25          Can you tell us what that interim guidance was about?

**MARK BLY - DIRECT**

04:25    1    **A.**   Yes.  Very, very shortly after the investigation was

04:25    2    completed, maybe even before it was completed, the wells

04:25    3    organization, our global wells organization, took actions to

04:25    4    address in a short-term fashion things associated with the key

04:25    5    findings:  cement, BOPs, negative testing, etc.

04:25    6              So they put some immediate steps in place in

04:25    7    recognition that development of the detailed plans to fully

04:25    8    implement the 26 recommendations would take some time.

04:25    9    **Q.**   Were those plans put in place as soon as your report came

04:26   10    out or as soon as possible after your report came out?

04:26   11    **A.**   I don't remember the exact day, but it was right about

04:26   12    that time, at the end of that fall of that year.

04:26   13              **MS. KARIS:**  If we could have D-4367.4.

04:26   14    **BY MS. KARIS:**

04:26   15    **Q.**   How many of those action items -- or strike that.

04:26   16              How many of your 26 recommendations, as stated in

04:26   17    your report, have been completed to date?

04:26   18    **A.**   14, as it says here.

04:26   19    **Q.**   Is this a list of the actions that have been completed?

04:26   20    **A.**   I'm sorry.  I didn't hear the question.

04:26   21    **Q.**   Sure.  Does D-4367.4 list the actions that have been

04:26   22    completed with respect to those 14 recommendations?

04:26   23    **A.**   Yes, it does.

04:26   24    **Q.**   Can you give us just a sense for what some of these are?

04:26   25    **A.**   So the first one is the update and clarify cementing

MARK BLY - DIRECT

04:26    1    practices and guidelines.
04:26    2              The next one was about technical well practices to do
04:27    3    with negative test -- well design considerations with negative
04:27    4    testing, lockdown requirements for casing hangers.
04:27    5              Moving down, there was a proposal -- or recommended
04:27    6    practice for foam cementing, for testing to the API, strengthen
04:27    7    rig audit process, and so on.
04:27    8              So there's a -- this whole list were things that have
04:27    9    been completed so far by the project team.
04:27   10    Q.   So based on what you just told us, there's been action
04:27   11    that has been taken in the area of cementing, in the area of
04:27   12    negative pressure testing, as well as with respect to BOPs.  Is
04:27   13    that accurate?
04:27   14    A.   That's right.
04:27   15              MS. KARIS:  If we can go to D-4367.5, please.
04:27   16    BY MS. KARIS:
04:27   17    Q.   This was the first recommendation coming out of your
04:27   18    report dealing with cementing guidelines.  You indicated this
04:27   19    recommendation has been completed.
04:27   20              Can you tell us what some of the steps that have been
04:27   21    taken to date are with respect to this?
04:28   22    A.   So for this one, this requires the development of written
04:28   23    guidelines or practices.  The testing of those would -- you
04:28   24    know, operating lines, subject matter experts, the finalization
04:28   25    of that.  And then codification, rollout, training of the

**MARK BLY - DIRECT**

04:28   1   affected people that would need to know those things, and then
04:28   2   confirmation that they understood and had been trained.
04:28   3   **Q.**   So those action items have been completed?
04:28   4   **A.**   That's correct.  Well, that's correct based on the reports
04:28   5   I see at a high level.
04:28   6   **Q.**   Fair enough.
04:28   7           **MS. KARIS:**  D-4367.6, please.
04:28   8   **BY MS. KARIS:**
04:28   9   **Q.**   You also indicated that Recommendation 1.4 has been
04:28   10  completed with respect to negative pressure testing?
04:28   11  **A.**   Correct.
04:28   12  **Q.**   Can you just generally describe for the Court what actions
04:28   13  have been taken with respect to implementing your investigation
04:28   14  team's recommendation regarding negative pressure testing.
04:29   15  **A.**   So this was to develop a detailed procedure for negative
04:29   16  pressure testing.  It had certain attributes to it, like
04:29   17  pass/fail criteria and lineup requirements.  And then within
04:29   18  this was also to recognize that it had to be specific to the
04:29   19  valving and piping and plumbing on the rig; that we would get
04:29   20  sign-off from the contractor side as well as our side.  And
04:29   21  then I'm sure in here there's independent checks to confirm
04:29   22  that the test was acceptable.
04:29   23  **Q.**   Let me stop you there.  Have any of your contractors
04:29   24  indicated that their toolpusher would not know how to interpret
04:29   25  a negative test and, therefore, not be able to sign off on such

**MARK BLY - DIRECT**

04:29  1  a test?

04:29  2  **A.**   I'm not aware of that.  The global wells organization

04:29  3  would have a firsthand view of that, but I'm not aware of that

04:29  4  myself.

04:29  5  **Q.**   But that is a requirement, that the toolpusher now sign

04:30  6  off on these tests; is that correct?

04:30  7  **A.**   That's correct.

04:30  8          **MS. KARIS:**  And then the last one, 4367.7.

04:30  9  **BY MS. KARIS:**

04:30  10  **Q.**   This references "advanced deepwater well control training

04:30  11  program."

04:30  12          Can you tell us what this program that is completed

04:30  13  is about, Recommendation 2.3.

04:30  14  **A.**   So this is -- there were two training programs we

04:30  15  identified.  This is around well control.  So this was -- our

04:30  16  objective here was to extend and strengthen the kind of

04:30  17  training that was available for well control in the industry.

04:30  18          And within this one, there's -- it's to embed the

04:30  19  lessons from the *Deepwater Horizon* incident, but there's also

04:30  20  training required -- training about pressures and things,

04:30  21  including negative testing, built into this training program.

04:30  22  **Q.**   Have you shared your learnings from the *Deepwater Horizon*

04:30  23  incident not only with BP, but with the industry as well?

04:31  24  **A.**   Yes.  The company has done a lot of sharing of our

04:31  25  learnings.

MARK BLY - DIRECT

04:31   1   **Q.**   Can you tell us -- for example, who are some of the

04:31   2   entities that you shared your learnings with?

04:31   3   **A.**   We've shared it with other operating companies, with

04:31   4   contractors.  We've shared it with governments around the

04:31   5   world, you know, regulatory bodies around the world.  We had a

04:31   6   team that actually went around and did that, based on the

04:31   7   learning from our work and learning from the containment work

04:31   8   and other aspects of the overall incident.

04:31   9   **Q.**   At the end of the day, are you and your team, to your

04:31  10   knowledge, proud of the work that you did in connection with

04:31  11   the *Deepwater Horizon* incident?

04:31  12   **A.**   I'm proud.  I believe the team is proud as well.

04:31  13           **MS. KARIS:**   Thank you.  Nothing further, Your Honor.

04:31  14           **THE COURT:**   Well, unfortunately, Mr. Bly, we are

04:31  15   going to have to invite you back Monday.  Some other people

04:31  16   have questions for you.  We will recess today -- it's 4:30.

04:32  17           Judge Shushan's trial team members and all

04:32  18   should stick around for a few minutes.  Judge Shushan will be

04:32  19   here to go through the marshaling of the exhibits for the week.

04:32  20   We'll resume at 8:00 a.m. on Monday morning.

04:32  21           I will announce again that the press and public

04:32  22   overflow room for Monday for next week will be Judge Duval's

04:32  23   courtroom, which is right above me on the third floor, room

04:32  24   C-352.

04:32  25           Anybody have anything else before we recess?

04:32  1          MS. KARIS:  Your Honor, I have one last thing.  I
04:32  2    have put on a thumb drive here the video of Mr. Bly's
04:32  3    presentation.  We will be submitting it into evidence.  It's
04:32  4    TREX-47647.  I'm happy to give it to Ben right now on this
04:32  5    thumb drive.
04:32  6          THE COURT:  You can do that, or you can wait until
04:33  7    the end of his testimony when you offer the rest of his -- why
04:33  8    don't you do that and hang on to it until Monday.  Okay?
04:33  9          MS. KARIS:  Very well.  Thank you.
04:33  10         THE COURT:  All right.  Everyone have a great
04:33  11   weekend, and we'll see you back Monday morning.
04:33  12         THE DEPUTY CLERK:  All rise.
04:33  13         (Recess.)
04:33  14                              *  *  *
15
16
17
18
19
20
21
22
23
24
25

OFFICIAL TRANSCRIPT

| | |
|---|---|
| 04:33 | 1 |
| 04:33 | 2 |
| 04:40 | 3 |
| 04:40 | 4 |
| 04:40 | 5 |
| 04:40 | 6 |
| 04:40 | 7 |
| 04:40 | 8 |
| 04:40 | 9 |
| 04:40 | 10 |
| 04:41 | 11 |
| 04:41 | 12 |
| 04:41 | 13 |
| 04:41 | 14 |
| 04:41 | 15 |
| 04:41 | 16 |
| 04:41 | 17 |
| 04:41 | 18 |
| 04:41 | 19 |
| 04:41 | 20 |
| 04:41 | 21 |
| 04:41 | 22 |
| 04:41 | 23 |
| 04:42 | 24 |
| 04:42 | 25 |

(The following proceedings were held before The Honorable Sally Shushan.)

THE COURT:  Mr. Nomellini, come on up.  We have some work to do.

MR. NOMELLINI:  Good afternoon, Your Honor.

THE COURT:  Good afternoon, Mr. Nomellini.

Okay, guys.  Just so you all know, Mike and I have not been monitoring the trial, but we are hearing awfully good things about how smoothly it's going, and we thank you all very much for the first week of trial.  That's terrific.

I think we've got a couple of bumps in the road with regard to exhibits that we are going to try to work through today so that next week when we do it, it will be pretty quick and pretty automatic.

Now, let me tell you what I have.  I have -- who is that using their mic?

MR. HERMAN:  I'm the culprit, but I think I fixed it.

THE COURT:  Thank you, Mr. Herman.

I have the inData runs for both Tuesday and Wednesday.  And if you all didn't read the memo, this week we are going to marshal exhibits for Tuesday and Wednesday.  Next Thursday we will marshal exhibits for today, Monday, Tuesday, and Wednesday.  Okay?

So today we're just going to try to get Tuesday and Wednesday straight, which doesn't look like it's going to

04:42  1  be easy.

04:42  2          I have inData's list.  Let's start with 226,

04:42  3  which I believe is sorted by order of use of the exhibit and

04:42  4  the demonstrative.

04:42  5          I have just, for my own purposes -- because I

04:42  6  don't want to sit here with 50 lists to try to resolve -- I

04:42  7  also have BP's list from 2-26.  I believe it's called the

04:42  8  *call-out list.*

04:42  9          So Mr. Nomellini, is that list in order of use?

04:42 10          **MR. NOMELLINI:**  Your Honor, I have -- Mike O'Keefe

04:42 11  asked me to prepare a list that was the same order of use as

04:42 12  the inData list, and so I have that list here.

04:43 13          **THE COURT:**  That would be helpful, because I freaked

04:43 14  out over that.  That's on the record.

04:43 15          This looks a lot better.

04:43 16          Then I have Carter's e-mail to Mark Nomellini

04:43 17  saying that he had looked at BP's list from Tuesday, and he

04:43 18  made some notes of things that were omitted or that were on

04:43 19  inData's list but not on the PSC's list.  So, Carter, you are

04:44 20  going to have to come help us as well.

04:44 21          Those seem to me to be the three main people we

04:44 22  are going to want to talk to as we go through this.  Okay?  So

04:44 23  what I would like for you guys to do is stop me, Carter, when

04:44 24  we get to one of the exhibits you think we have a problem with.

04:44 25  I'm going to go through the list from 2-26 and read those that

04:44  1   are on inData's list as well as on BP's master list.  Okay?
04:44  2            And by the way, inData, we don't have a rerun
04:44  3   list showing whether exhibits were admitted, admitted subject
04:45  4   to objection, or proffered.  We would like that every Thursday.
04:45  5   The list that you give us should reflect that for each exhibit.
04:45  6   Okay?  Because that's not reflected.  Thank you.
04:45  7            So let's start our morning 2-26.  I have got
04:45  8   Exhibit 2001, used by the PSC, admitted subject to objection.
04:45  9            **MR. O'KEEFE:**  Your Honor, that's 20,001.
04:45  10           **THE COURT:**  I'm sorry, 20,001.
04:45  11                Next up, Demonstrative 2731, admitted.
04:45  12                Demonstrative 2732, admitted.
04:45  13                Demonstrative 2745, admitted.
04:46  14                Demonstrative 2746, admitted.
04:46  15                Demonstrative 2760, admitted.
04:46  16                Demonstrative 2734, admitted.
04:46  17                Demonstrative 2875, admitted.
04:46  18                Demonstrative 2771, admitted.
04:46  19                Demonstrative 2772, admitted.
04:46  20                Exhibit 1742, admitted.
04:46  21                Exhibit 1, admitted.
04:46  22                D-2729, admitted.
04:46  23                D-2826, admitted.
04:46  24                D-2735, admitted.
04:47  25                D-2670, admitted.

04:47  1              D-2686, admitted.

04:47  2          MR. O'KEEFE:  Beg your pardon, Your Honor.  I believe

04:47  3  that is D-2868.

04:47  4          THE COURT:  I'm sorry.  Thank you, Mike.

04:47  5              D-2868, admitted.

04:47  6              D-2887, admitted.

04:47  7              D-2871, nothing noted.  What do we have for

04:47  8  that?  D-2871, both inData and BP show that that was used, but

04:47  9  there's no notation.  Anybody have that?

04:47  10          MR. IRPINO:  Yes, Your Honor.

04:47  11          THE COURT:  What do you got, Anthony?

04:47  12          MR. IRPINO:  I'm Anthony Irpino for the PSC.  We have

04:47  13  it showing as with Dr. Bea's direct examination.

04:47  14          THE COURT:  That's right.

04:47  15          MR. IRPINO:  And on our list we have it showing as

04:47  16  admitted.  It might be based on the rules.  That was before the

04:48  17  memo.  Technically, Dr. Bea's was before the memo.  So for our

04:48  18  list, we have a yes.  And so maybe it should go as a proffer,

04:48  19  but we have a yes on our list as it was being discussed in

04:48  20  court.

04:48  21          THE COURT:  Would all the other parties please look

04:48  22  at your notes and tell me whether you disagree that was

04:48  23  admitted.  We'll come back to it.  I have it highlighted.

04:48  24              2675, I show that as being proffered.

04:48  25              D-28 -- I'm sorry.  Mark.

OFFICIAL TRANSCRIPT

04:48  1          MR. NOMELLINI:  That's right, Your Honor.  And just
04:48  2  to be clear, by "proffered," what that means is somebody used
04:48  3  it, but it hasn't been offered into evidence yet.
04:48  4          THE COURT:  Okay.  Fair enough.
04:48  5          MR. IRPINO:  It's the same issue with this for us,
04:48  6  Your Honor.  We have it as the Bea direct being discussed; but
04:48  7  again, based on the definition of *discussed* and what's
04:48  8  proffered, I think that's the issue because the memo came out
04:49  9  after the Bea direct, so --
04:49  10          THE COURT:  Tomorrow morning someone is going to
04:49  11  stand up and ask for formal admission of those things that we
04:49  12  believe were proffered today, and they will be admitted next
04:49  13  Thursday.
04:49  14          MR. IRPINO:  So do it at the working group conference
04:49  15  tomorrow?
04:49  16          THE COURT:  Oh, tomorrow is not a trial date.
04:49  17  Monday.
04:49  18          MR. CUNNINGHAM:  Can I weigh in and ask a question,
04:49  19  because I'm getting confused.
04:49  20          THE COURT:  Sure.
04:49  21          MR. CUNNINGHAM:  At the first of Dr. Bea's exam, I
04:49  22  attempted to proffer or offer the exhibits as I went.  And the
04:49  23  judge said, "You don't need to do that.  At the end of the
04:49  24  exam, you can give us a list of everything you used, and that
04:49  25  will be considered offered," which to me is the same as

04:49   1   considered proffered.

04:49   2            THE COURT:  All right.  So far we have D-2871 and

04:50   3   D-2675 on that list.  And, Bobbo, these were only the exhibits

04:50   4   that you used with Dr. Bea?

04:50   5            MR. CUNNINGHAM:  Yes, ma'am.  If we have cut it down

04:50   6   to where it should be, that's what I used with him.

04:50   7            THE COURT:  That was what Judge Barbier ruled.

04:50   8                 Do you have a copy of that, or do we have a copy

04:50   9   of that?

04:50  10            MR. HERMAN:  That's the list we circulated yesterday.

04:50  11            MR. CUNNINGHAM:  We have that list.  And so I never

04:50  12   said I offer or proffer anything.  He didn't want to hear it

04:50  13   basically, and it made it much more efficient just to offer the

04:50  14   list at the end.

04:50  15            THE COURT:  Okay.  Mike, look and see if you've got

04:50  16   D-2871.

04:50  17            MR. O'KEEFE:  D-2871 is on there, OMS cornerstone

04:50  18   safety.

04:50  19            THE COURT:  D-2675.

04:51  20            MR. O'KEEFE:  D-2675 is on their organization chart.

04:51  21            THE COURT:  What I would like you-all to do is --

04:51  22   Judge Barbier did rule yesterday that if it was on the list and

04:51  23   the list was tendered, it would be admitted.

04:51  24                 Does everybody agree that those two will be

04:51  25   admitted?

OFFICIAL TRANSCRIPT

04:51   1          **MR. NOMELLINI:**  Yes, Your Honor.

04:51   2          **THE COURT:**  So D-2871 and D-2675 will be admitted.

04:51   3                 D-2874 is admitted.

04:51   4          **MR. NOMELLINI:**  Your Honor, with respect to D-2874, I

04:51   5   don't know if you want to address that now or later, but we

04:51   6   have a recurring issue with respect to the call-outs.

04:51   7                 2874, I believe, is an example of a document

04:51   8   that we don't have.  It's a call-out.  It's called a

04:52   9   demonstrative, but it's not really a demonstrative because it's

04:52   10  not a characterization of documents.  So it was not disclosed.

04:52   11                There's an issue for this document, as for

04:52   12  others, where they're call-outs that are being admitted as

04:52   13  call-outs.

04:52   14                What we think should happen is that the -- if

04:52   15  it's going to be offered, the entire document should be offered

04:52   16  and then it can be objected to or admitted.  But the problem

04:52   17  with the call-outs is (a) it's being characterized as a

04:52   18  demonstrative.  It's not really a demonstrative.  So it's not

04:52   19  being disclosed as being admitted.  We agree that was the

04:52   20  ruling at the time, but for that and going forward, we think

04:52   21  that there's going to be a problem with having exhibits in the

04:52   22  record that were admitted and that the parties don't have a

04:53   23  copy of.

04:53   24          **THE COURT:**  Well, okay.  So let's talk about that.

04:53   25  What is D-2874?

04:53   1          **MR. IRPINO:**  These, I think, would fall under the

04:53   2  category -- we have gone back and forth with the definition of

04:53   3  *demonstratives* and *demonstrative aids*, and I think all of these

04:53   4  would fall under the category of demonstrative aids.

04:53   5          **THE COURT:**  We have abolished the distinction between

04:53   6  demonstratives and demonstrative aids.

04:53   7          **MR. IRPINO:**  Yes, we blurred the lines of definitions

04:53   8  here.

04:53   9          So these were technically things that I guess

04:53 10  you would call call-outs or blowups, or they're just pieces of

04:53 11  another exhibit blown up or taken out, and so they fall into

04:53 12  the aids.  So they weren't ones that were put on the disclosed

04:53 13  list because they weren't, quote, demonstratives like a

04:53 14  collage.  So we're dealing with aids.

04:53 15          What we appreciated the judge to say, though,

04:53 16  was that he still wanted to look at everything in context.  He

04:54 17  didn't want the entire document, he didn't want to look at

04:54 18  everything.  He wanted to look at what was up there, and he

04:54 19  wanted those admitted into evidence, if they were used, such

04:54 20  that he can refer to them later on.  That's how we appreciated

04:54 21  it.

04:54 22          As such, we have listed them and then we are

04:54 23  offering them as part of the testimony.  That's where that part

04:54 24  of it all comes from.

04:54 25          **THE COURT:**  Thank you, Anthony.

04:54   1          David.
04:54   2          MR. JONES:  I'm just standing up to let you know that
04:54   3  I've heard from back here.  If it would be helpful to you, they
04:54   4  can pull them up and show them to you.
04:54   5          THE COURT:  Pull them up, please.
04:54   6               So this is a call-out of one page of a TREX
04:54   7  exhibit?
04:54   8          MR. CUNNINGHAM:  Actually, it's two depositions.
04:54   9  It's a call-out from one deposition at the top, another at the
04:54  10  bottom.  Two different witnesses.
04:55  11          MR. IRPINO:  What we appreciated, Your Honor, was
04:55  12  that Judge Barbier wanted these for reference when going back
04:55  13  and looking at them, and he had requested that they be offered
04:55  14  if they were being used in connection with the testimony.
04:55  15  That's where that all comes from.
04:55  16          THE COURT:  Tell me again why this is not a
04:55  17  demonstrative.
04:55  18          MR. CUNNINGHAM:  Because it's a pullout from a
04:55  19  deposition or a pullout from an exhibit or -- I forget what
04:55  20  else we defined that way, but it was not required to be
04:55  21  disclosed.  But they now have it.  I mean, it's been --
04:55  22          MR. NOMELLINI:  No, we don't.
04:55  23          MR. CUNNINGHAM:  Well, there it is right there.
04:55  24          MR. LANGAN:  Bobbo, I'm not allowed to bring my
04:55  25  camera phone in.

04:55   1        **MR. CUNNINGHAM:**  We will give it to them after we use

04:55   2   them, but the whole point of not having -- or part of the point

04:56   3   of not having to disclose them is because of preparing them for

04:56   4   our cross-examination of a witness, for example.

04:56   5        **THE COURT:**  What Jim Roy had raised with me during

04:56   6   one of the work group conferences is that if, indeed, you are

04:56   7   cross-examining a witness based on the witness's prior

04:56   8   deposition testimony, that certainly does not need to be

04:56   9   disclosed.  That is not a demonstrative.  You can use it and

04:56   10  put it up on the screen.

04:56   11            I have to think about this, Bobbo, because this

04:56   12  is a slide that you-all have prepared from two different

04:56   13  depositions and although it's deposition testimony, it's not

04:56   14  the witness's testimony, presumably.  Is it?  Who are these

04:56   15  clips from, and who was testifying?

04:56   16       **MR. CUNNINGHAM:**  Dr. Bea was testifying.  These were

04:57   17  from Mr. Baxter and Mr. O'Bryan.

04:57   18       **MR. HERMAN:**  But after we get through putting

04:57   19  126 bundles in this afternoon, all of this --

04:57   20       **THE COURT:**  It may not be afternoon by then.

04:57   21       **MR. HERMAN:**  Presumably all of this will be in

04:57   22  evidence.  It will be in the underlying body of evidence.  So

04:57   23  it wouldn't necessarily -- I don't think it would be proper to

04:57   24  put in the entire deposition transcript, if that's what they

04:57   25  are suggesting.  It's a little bit different than an exhibit.

04:57  1      **THE COURT:**  Yeah.  I think they think it's a

04:57  2  demonstrative.

04:57  3      **MR. CUNNINGHAM:**  I haven't heard them argue that this

04:57  4  is a demonstrative, because they are going to have and have

04:57  5  had, as I understand it, similar exhibits.

04:57  6          But if we have to, to avoid -- I hope we don't

04:57  7  have to do this.  We can go back and undo these and simply put

04:57  8  the deposition excerpts on separate pages and accomplish

04:57  9  exactly the same thing in a much duller way.

04:57  10     **THE COURT:**  That will please Judge Barbier.

04:58  11     **MR. CUNNINGHAM:**  That's what we're trying to do.

04:58  12     **MR. HERMAN:**  I think we are kind of mixing up three

04:58  13  different issues.  One issue is what you have to disclose

04:58  14  before you question a witness, and hopefully everybody is in

04:58  15  agreement on what you do and don't have to disclose.

04:58  16          The second issue is what is actually in the

04:58  17  record, the evidentiary record that presumably may one day go

04:58  18  up on appeal.

04:58  19          And then the third issue is what does

04:58  20  Judge Barbier want for his own convenience so that when he is

04:58  21  reviewing his notes in the trial, etc., and he is making his

04:58  22  findings, he can easily see this instead of having to flip

04:58  23  through the entire depositions and try to figure out where

04:58  24  stuff came from.

04:58  25          So I think there's three different issues, one

04:58   1   is a disclosure issue, one is a record issue, one is a

04:58   2   Judge Barbier convenience issue.  We understood that --

04:58   3   probably for Judge Barbier's convenience, he said, "Well, if it

04:58   4   was shown, just go ahead and put these into evidence."  I don't

04:58   5   see how that prejudices the defendants in any way.  I thought

04:59   6   we were circulating all these after the witness testifies

04:59   7   anyway.  If we haven't, we will.

04:59   8            THE COURT:  Mark.

04:59   9            MR. NOMELLINI:  Your Honor, maybe if we could pull up

04:59   10  2915 -- if the government will put this up, just blow up

04:59   11  D-2915.

04:59   12            So this is a call-out that we do not have, was

04:59   13  not disclosed to us, and we still do not have.  This is a

04:59   14  call-out from T-22881.  So the issue is whether this call-out,

05:00   15  D-2915, is going to be admitted as a call-out as opposed to a

05:00   16  TREX being offered into evidence.

05:00   17            MR. HERMAN:  We don't have any objection to

05:00   18  TREX-22881 being offered into evidence, although I think

05:00   19  Judge Barbier might not want it in evidence.

05:00   20            MR. CUNNINGHAM:  He has said that he does not want --

05:00   21  and they have objected partially to the contents of what's in

05:00   22  that congressional testimony that they are now saying they want

05:00   23  to put the whole thing in.

05:00   24            MR. HERMAN:  I apologize.  I misstated that.  What I

05:00   25  really want is TREX-7346.

05:00    1         **MR. NOMELLINI:**  Your Honor, it's not easy for us to
05:00    2    figure out whether something from the document is out of
05:00    3    context when it's not disclosed to us in advance and then we
05:00    4    don't get it after the fact.  That's part of the issue here.
05:00    5         **THE COURT:**  Well, as I understood -- hold on,
05:01    6    Mr. Herman.
05:01    7         **MR. HERMAN:**  Okay.
05:01    8         **THE COURT:**  I heard Mr. Herman say that you are
05:01    9    getting it after the fact.  So is that what you wanted to say?
05:01   10         **MR. HERMAN:**  I thought we were.  If we weren't, we
05:01   11    certainly will.
05:01   12         **MR. IRPINO:**  What's happened, Your Honor, is -- to
05:01   13    make it clear.  I'll get an e-mail, like Carter sent me an
05:01   14    e-mail today saying, "We don't have these."
05:01   15              Fine.  Send an e-mail back.  Our tech guy puts
05:01   16    them together in a zip file, sends them back.  Carter got those
05:01   17    today at some point.
05:01   18              Mr. Nomellini sent me one, although the timing,
05:01   19    just got it maybe a half hour ago.  Because of the way things
05:01   20    go -- Mark sent me an e-mail maybe last night, maybe this
05:01   21    morning -- I don't even know what time it is today.  But we try
05:01   22    to get it to them as soon as we can.  So those actually, in
05:01   23    fact, have been sent; but because of the timing of things,
05:01   24    that's where we are at.
05:01   25         **MR. YORK:**  I was just going to say, could we ask, to

05:01   1    perhaps simplify the process, that we just formalize it so that
05:02   2    we don't all have to send separate e-mails and have these
05:02   3    things tracking?
05:02   4            MR. HERMAN:  Yes.  Along those lines -- I don't know
05:02   5    if this was rectified, but at least one of the parties, I think
05:02   6    maybe from MOEX, who is monitoring the case, they wanted to be
05:02   7    added to the list or something.  It would really simplify
05:02   8    things a lot for us.  There is a liaison at Liskow e-mail
05:02   9    address.  Whoever on the defense side needs to be added to
05:02   10   that, the chances of everybody getting what they need are a lot
05:02   11   greater if I can just send to that one e-mail address than if I
05:02   12   have to try to remember who all the distribution people are.
05:02   13           THE COURT:  I think that's right.  If any of the
05:02   14   defendants want copies of what the PSC is circulating on a
05:02   15   daily basis, please subscribe to the liaison counsel e-mail
05:03   16   distribution list and that will certainly make it --
05:03   17           MR. YORK:  The only thing I would note, Your Honor,
05:03   18   there are actually -- I know it gets confusing, but there are
05:03   19   two lists.  One is Liaison 2179, and that is a more limited
05:03   20   list.  The broader list that covers everyone is DSC-2179.  That
05:03   21   will cover more people.
05:03   22           THE COURT:  Now, that has not solved our problem.
05:03   23           MR. NOMELLINI:  A way to sort of cut through this,
05:03   24   Your Honor, is the ones that have this issue are all listed as
05:03   25   call-out in the call-out column.  You have read through three

05:03   1   so far, 2868, 2887, 2874.

05:03   2            THE COURT:  D-2871, D-2675, and D-2874.  Is that

05:03   3   correct?

05:03   4            MR. NOMELLINI:  I think the first two were 2868 and

05:03   5   2887.

05:03   6            THE COURT:  You are correct.

05:03   7            Now, the two that I have looked at, guys, seems

05:04   8   to me, two different things.  The first one is not what we

05:04   9   originally talked about when we talked to Jim Roy about

05:04   10  cross-examining a witness with his or her own sworn testimony,

05:04   11  and that certainly does not need to be disclosed.

05:04   12           Could we go back, please, inData to the one

05:04   13  prior?  That was, I believe, 2874.

05:04   14           Now, this is not -- I'm sorry.  Dr. Bea's

05:04   15  testimony, you-all are showing him two excerpts from other

05:04   16  depositions, correct?

05:05   17           MR. HERMAN:  Correct.

05:05   18           MR. IRPINO:  Yes, that is what that reflects.

05:05   19           THE COURT:  I think that is more of a demonstrative

05:05   20  for use with Dr. Bea.  Why am I wrong on that?

05:05   21           MR. IRPINO:  Well, I would just --

05:05   22           THE COURT:  Look at Jim Roy.

05:05   23           MR. ROY:  Your Honor, if you check the record, I

05:05   24  don't think that I said in our conferences just a person's own

05:05   25  testimony.

OFFICIAL TRANSCRIPT

|   |   |
|---|---|
| 05:05 | 1 |
| 05:05 | 2 |
| 05:05 | 3 |
| 05:05 | 4 |
| 05:05 | 5 |
| 05:05 | 6 |
| 05:05 | 7 |
| 05:05 | 8 |
| 05:06 | 9 |
| 05:06 | 10 |
| 05:06 | 11 |
| 05:06 | 12 |
| 05:06 | 13 |
| 05:06 | 14 |
| 05:06 | 15 |
| 05:06 | 16 |
| 05:06 | 17 |
| 05:06 | 18 |
| 05:06 | 19 |
| 05:06 | 20 |
| 05:06 | 21 |
| 05:06 | 22 |
| 05:06 | 23 |
| 05:06 | 24 |
| 05:06 | 25 |

1    THE COURT:  No, I understand that.

2    MR. ROY:  This is testimony, and if there's a

3  transcript, certainly they have read it.  If it's an exhibit,

4  certainly they have read it.  To go and to pull up a portion of

5  it for emphasis to save the Court's time and the witness's time

6  and make things less tedious -- because to do otherwise,

7  Your Honor, is to hand over our cross-examination outline or

8  our direct examination to the other side.  And maybe the

9  defense wants to do that with us too, but we don't think that's

10  proper.

11    THE COURT:  Andy.

12    MR. LANGAN:  Your Honor, this was a direct of

13  Dr. Bea.

14    MR. ROY:  It doesn't matter.

15    MR. LANGAN:  Excuse me.  I think I have the floor,

16  Your Honor.

17    This is a demonstrative that ought to be

18  disclosed, pure and simple.  It's not impeachment.  It's

19  associated with the direct of their own expert, and it ought to

20  be disclosed.  Just calling it a call-out doesn't mean it

21  shouldn't be disclosed.

22    THE COURT:  Steve.

23    MR. O'ROURKE:  This is just an efficiency question.

24  On Dr. Bea's direct, Bobbo could have but up O'Bryan's

25  deposition on the screen, showed the first page, showed the

05:06  1    second page, asked to be look back at page 87, called it out at

05:06  2    page 87, shown the quote, put it down; called up the next

05:06  3    deposition, same rigmarole, show the quote.  This would take

05:06  4    several minutes.  This takes several seconds.  This is the

05:06  5    difference here between what we are talking about, these

05:07  6    call-outs.

05:07  7            I think Judge Barbier would probably prefer the

05:07  8    call-out.  An associated issue here is, if you do a call-out,

05:07  9    you have a prepared thing where it's TREX-12, quote from

05:07  10   page 19, takes two seconds to do.

05:07  11           TREX-12 should be admitted.  It's just a

05:07  12   demonstrative.

05:07  13       THE COURT:  You called it a demonstrative.

05:07  14       MR. O'ROURKE:  Not just -- a hypothetical

05:07  15   demonstrative associated with TREX-12.

05:07  16       MR. IRPINO:  Judge, could I make one comment that I

05:07  17   think would be helpful?

05:07  18       THE COURT:  Sure.

05:07  19       MR. IRPINO:  Look, I will get into the demonstrative

05:07  20   aid versus demonstrative.  I think the way to go about it when

05:07  21   we think it's a demonstrative aid is to exchange them right at

05:07  22   the time --

05:07  23       THE COURT:  Anthony, there is no distinction between

05:07  24   demonstrative and demonstrative aid, so don't make the

05:07  25   distinction.

05:07 1        **MR. IRPINO:**  Okay.  Well, then --

05:07 2        **THE COURT:**  At the time -- it seems to me that if you

05:07 3    are on the direct examination of your expert witness, at the

05:07 4    time you show your expert something, you also show it to all

05:07 5    counsel.

05:08 6            Steve, you're right, it would take a lot longer

05:08 7    to pull up each separate page; but there should be a middle

05:08 8    ground where if you are putting it up on the screen, you can

05:08 9    also somehow provide it to counsel.  I don't know how we are

05:08 10   going to take care of that.  We will talk about it at the

05:08 11   working group meeting tomorrow.  But I do understand their

05:08 12   complaint that they don't have copies of what you are using.

05:08 13       **MR. UNDERHILL:**  Could I -- maybe middle ground?

05:08 14       **THE COURT:**  Yes.

05:08 15       **MR. UNDERHILL:**  If that's going to be the Court's

05:08 16   ruling, if we have to -- I don't agree for the reasons, Jim and

05:08 17   Bobbo.  But, Your Honor, we occasionally, you know, don't

05:08 18   agree.  But prospectively can we apply that rule --

05:08 19       **THE COURT:**  Yes.  None of this is going to be --

05:08 20       **MR. UNDERHILL:**  -- but can we not have to undo the

05:08 21   last week?

05:08 22       **THE COURT:**  I'm not asking you to undo anything.  I

05:08 23   want to make it clear that I'm not asking you to undo anything.

05:09 24            This is very useful.  Judge Barbier would rather

05:09 25   see this than he would two separate pages from the deposition.

05:09    1    I'm agreeing with you.  You didn't understand that, did you?

05:09    2              MR. IRPINO:  I understand.

05:09    3              THE COURT:  However, the defendants can't turn to the

05:09    4    deposition and look at that page.  They have to see what you

05:09    5    have got.  So we are going to work through it tomorrow.  For

05:09    6    purposes of today, they're going to come in.

05:09    7              MR. IRPINO:  Thank you, Your Honor.

05:09    8              THE COURT:  I think in the future they probably can

05:09    9    be used and they are going to come in.  We are going to try to

05:09   10    work out tomorrow at the work group meeting a better procedure

05:09   11    for it.

05:09   12              MR. YORK:  All those will be sent to the defendants'

05:09   13    group?

05:09   14              THE COURT:  Yes.  All of the call-outs will be sent

05:09   15    to the defense group.  We'll just try to figure out whether

05:09   16    they will be sent as the witness takes the stand, after the

05:10   17    witness takes the stand.  Everybody think about that for

05:10   18    tomorrow.

05:10   19              MR. YORK:  I was referring to the ones used this past

05:10   20    week.

05:10   21              THE COURT:  That is correct, those are all going to

05:10   22    be sent to the defense, every call-out.  So we are not redoing

05:10   23    anything.  Nothing needs to be redone.

05:10   24                   Let's continue.  Exhibit 2352, admitted.

05:10   25                   Exhibit-- now we have a difference between

OFFICIAL TRANSCRIPT

| | |
|---|---|
| 05:10 | 1 |
| 05:10 | 2 |
| 05:11 | 3 |
| 05:11 | 4 |
| 05:11 | 5 |

1   inData and BP's list.  InData next has 1734 as an exhibit

2   coming in.  BP has Exhibit 5689 coming in next.  Could someone

3   reconcile that for me, please.

4            MR. NOMELLINI:  Your Honor, that's just a difference

5   in how the parties sorted the documents.  So 5689, the judge

6   will come to it later in inData's list.  Yes, it is in inData's

7   list but later on.

8            THE COURT:  So was it used next or not?

9            MR. NOMELLINI:  No, it was not, Your Honor.

10            THE COURT:  So next up is Exhibit 1734, admitted.

11                D-2921, admitted.

12                D-2888, admitted.

13                D-2872, admitted.

14                D-2737, admitted.

15                Exhibit 2919, admitted.

16                D-2739, admitted.

17                D-2895, admitted.  That's a call-out.

18                D-2896, admitted.

19                D-2898, admitted.

20                D-2897, admitted.

21                D-2738, I don't have anything as far as

22   admission.

23            MR. NOMELLINI:  Admitted, Your Honor.

24            THE COURT:  Admitted.  Thank you.

25                D-2445, admitted subject to objections.

05:12   1                         D-2730, admitted.

05:12   2                         D-2827, admitted.

05:13   3                         D-2828, admitted.

05:13   4                         D-2759, admitted.

05:13   5                         D-2873, admitted.

05:13   6                         D-2750, admitted.

05:13   7                         Exhibit 5950, admitted.

05:13   8                         D-2883, admitted.

05:13   9                         D-2835, admitted.

05:13   10          MR. IRPINO:  Your Honor, did you say 28 --

05:13   11          THE COURT:  2835, Anthony.

05:13   12          MR. IRPINO:  Right before that.

05:13   13          THE COURT:  2833.

05:13   14                         D-2835, admitted.

05:13   15                         D-2839, admitted.

05:13   16                         Exhibit 20308, admitted.

05:13   17                         D-2841, admitted.

05:13   18                         D-2843, admitted.

05:13   19                         D-2845, admitted.

05:14   20                         D-2849, admitted.

05:14   21                         D-2851, admitted.

05:14   22                         Exhibit 20309, admitted.

05:14   23                         InData next shows -- oh, I'm sorry.  That's

05:14   24   right.

05:14   25                         D-20403, admitted.

OFFICIAL TRANSCRIPT

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
| 05:14 | 1  | D-2853, admitted.                                            |
| 05:14 | 2  | D-2855, admitted.                                            |
| 05:14 | 3  | Exhibit 5946, admitted.                                      |
| 05:14 | 4  | Exhibit 6015, admitted.                                      |
| 05:14 | 5  | Exhibit 6017, admitted.                                      |
| 05:14 | 6  | MR. NOMELLINI:  Your Honor?                                  |
| 05:14 | 7  | THE COURT:  Yes.                                             |
| 05:14 | 8  | MR. NOMELLINI:  Can you go back to 5946?                     |
| 05:14 | 9  | THE COURT:  Oh, you're correct.  Thank you, Mark.            |
| 05:14 | 10 | I don't show anything relative to admission                  |
| 05:14 | 11 | there.                                                       |
| 05:14 | 12 | MR. NOMELLINI:  That's our copy of the Bea report,           |
| 05:14 | 13 | Your Honor.  We didn't offer it.  However, it was offered by |
| 05:14 | 14 | the PSC, and it was admitted subject to objection.  Your Honor |
| 05:15 | 15 | will come to that later.  So for 5946, it was not admitted.  |
| 05:15 | 16 | THE COURT:  Okay.  Thank you.                                |
| 05:15 | 17 | InData -- could you make note -- did you all                 |
| 05:15 | 18 | think that was admitted?                                     |
| 05:15 | 19 | We are on 5946, which I have on your list.                   |
| 05:15 | 20 | Exhibit 5946.                                                |
| 05:15 | 21 | MR. RAY:  We don't have any position on that.  We            |
| 05:15 | 22 | just knew that it was shown, so we have it on the list.      |
| 05:15 | 23 | MR. CARTER WILLIAMS:  Carter Williams for Transocean.        |
| 05:15 | 24 | THE COURT:  Yes, Carter.                                     |
| 05:15 | 25 | MR. CARTER WILLIAMS:  If that's just another copy of         |

| | | |
|---|---|---|
| 05:15 | 1 | the Bea report, we're fine with that. |
| 05:15 | 2 | THE COURT:  We are going to go ahead and admit that |
| 05:15 | 3 | so there will be no confusion.  It's on inData's list, it's on |
| 05:15 | 4 | BP's list.  Is there a problem with that? |
| 05:16 | 5 | MR. NOMELLINI:  No, Your Honor.  5946 should not be |
| 05:16 | 6 | shown as admitted. |
| 05:16 | 7 | THE COURT:  We have to talk about how we are going to |
| 05:16 | 8 | keep inData advised, if an exhibit is used but not admitted, |
| 05:16 | 9 | how we are going to do that. |
| 05:16 | 10 | MR. NOMELLINI:  You've got it. |
| 05:16 | 11 | THE COURT:  Let's go back. |
| 05:16 | 12 | This is Exhibit 6015, admitted. |
| 05:16 | 13 | 6017, admitted. |
| 05:16 | 14 | Exhibit 48157, admitted. |
| 05:16 | 15 | 5692, admitted. |
| 05:16 | 16 | 45062, admitted. |
| 05:16 | 17 | 5958, admitted. |
| 05:16 | 18 | 5959, admitted. |
| 05:16 | 19 | 8018 admitted. |
| 05:16 | 20 | 866, admitted. |
| 05:16 | 21 | 6065, admitted. |
| 05:16 | 22 | 6257, admitted. |
| 05:16 | 23 | 5963, admitted. |
| 05:16 | 24 | 5984, admitted. |
| 05:17 | 25 | I've got Exhibit 6025-C, admitted.  That was a |

05:17   1   cured exhibit.  Is that right, Mark?
05:17   2           MR. NOMELLINI:  That's correct, Your Honor.
05:17   3           THE COURT:  Thank you.
05:17   4               Next is Exhibit 5965, admitted.
05:17   5               5966, admitted.
05:17   6               5967, admitted.
05:17   7               5976, admitted.
05:17   8               7099, admitted.
05:17   9               866, admitted.
05:17   10              5969, admitted.
05:17   11              48154, admitted.
05:17   12              572, admitted.
05:17   13              47414, admitted.
05:17   14              8093, admitted.
05:17   15              571, admitted.
05:17   16              1148, admitted.
05:17   17              5973, admitted.
05:17   18              5974, admitted.
05:18   19              5946, admitted.
05:18   20          MR. NOMELLINI:  Your Honor, 5946 --
05:18   21          THE COURT:  I'm sorry.  5946 is --
05:18   22          MR. NOMELLINI:  Not admitted.
05:18   23          THE COURT:  -- not admitted.  Was it objected to?
05:18   24          MR. NOMELLINI:  No.  That was Transocean and BP using
05:18   25  the Bea report and not offering it.

OFFICIAL TRANSCRIPT

05:18  1    THE COURT:  Oh, fine.  Thank you.  So 5946 is not
05:18  2  admitted at that point.
05:18  3          Exhibit 1694, admitted.
05:18  4          Exhibit 4261 is admitted.
05:18  5    MR. O'KEEFE:  Your Honor, did you skip 5777?
05:18  6    MR. CARTER WILLIAMS:  Your Honor, that was one that
05:18  7  Judge Barbier ruled on, on a Transocean objection that he
05:18  8  sustained and denied . . .
05:18  9    THE COURT:  I'm not there yet, Mike.  I'm not there
05:18  10  yet.
05:18  11         On the list it was -- next up was, I believe,
05:19  12  1694, admitted.
05:19  13         And then 5777 was not admitted.
05:19  14         Exhibit 4261 is admitted.
05:19  15         4170 is admitted.
05:19  16    MR. NOMELLINI:  Your Honor --
05:19  17    THE COURT:  4171 has no notation.
05:19  18    MR. NOMELLINI:  Admitted, Your Honor.
05:19  19    THE COURT:  Exhibit 4171 is admitted.
05:19  20         2187 is admitted.
05:19  21         4362 is admitted.
05:19  22         1374, admitted.
05:19  23    MR. IRPINO:  Wait.  Wait.
05:19  24    THE COURT:  1374?
05:19  25    MR. IRPINO:  1374?

OFFICIAL TRANSCRIPT

1268

| | | |
|---|---|---|
| 05:19 | 1 | **THE COURT:**  Unless I say "demonstrative," I mean |
| 05:19 | 2 | exhibit. |
| 05:19 | 3 | Exhibit 1374, admitted. |
| 05:19 | 4 | **MR. IRPINO:**  Right before that what did you have, |
| 05:19 | 5 | Your Honor? |
| 05:19 | 6 | **THE COURT:**  4362. |
| 05:19 | 7 | 47182, admitted. |
| 05:19 | 8 | 44024, admitted. |
| 05:20 | 9 | 44027, admitted. |
| 05:20 | 10 | 1831, admitted. |
| 05:20 | 11 | 20198, admitted. |
| 05:20 | 12 | 47221, admitted. |
| 05:20 | 13 | 5689, admitted. |
| 05:20 | 14 | 48250, admitted. |
| 05:20 | 15 | D-2874 was a call-out.  For purposes of today, |
| 05:20 | 16 | it will be admitted. |
| 05:20 | 17 | Exhibit 5966, admitted. |
| 05:20 | 18 | D-2830, admitted. |
| 05:20 | 19 | D-2908 is a call-out.  BP is showing that as |
| 05:20 | 20 | proffered but not admitted. |
| 05:20 | 21 | **MR. NOMELLINI:**  That's right, Your Honor.  That's a |
| 05:21 | 22 | McKay exhibit.  I don't think the PSC has gotten around to |
| 05:21 | 23 | offering their McKay exhibits yet. |
| 05:21 | 24 | **THE COURT:**  Okay.  So PSC, please make a note that |
| 05:21 | 25 | D-2908 is not in evidence. |

05:21    1              **MR. BREIT:**  Excuse me, Your Honor.

05:21    2              **THE COURT:**  Yes.

05:21    3              **MR. BREIT:**  There is a list in McKay -- Jeffrey Breit

05:21    4  from PSC.

05:21    5                   There was a list that was tendered for McKay for

05:21    6  those exhibits.  I will offer it again to Mike.

05:21    7              **THE COURT:**  Let me assure you all that I am not going

05:21    8  to look at individual lists.  We have got to find a better way.

05:21    9  I am not going through -- how many parties are there to this

05:21   10  proceeding?  I'm just not doing it.  I have got other work to

05:21   11  do.

05:21   12                   So thank you, Jeff, but we have got to do it

05:21   13  better.

05:21   14              **MR. LANGAN:**  We agree with that.  I was going to

05:21   15  note, I don't think we have a problem with this.  I'm not sure

05:21   16  that Mr. Cunningham actually offered on the record.  Now, we

05:22   17  are not saying it's a big problem.  I'm sure it can be cured.

05:22   18  But I think that's a statement of record now.

05:22   19           **MR. CUNNINGHAM:**  We were told by Judge Barbier that

05:22   20  he did not want to hear offers of exhibits and that we were to

05:22   21  submit our list to the court reporter and to Ben.

05:22   22          **THE DEPUTY CLERK:**  He did say, after that, that he

05:22   23  wanted a list, and he did want it to be offered.  And that's

05:22   24  what the other parties were doing.  I don't have your -- that

05:22   25  you have offered that for Mr. McKay.

|       |    |
|-------|----|
| 05:22 | 1  | MR. LANGAN:  I rest my case. |
| 05:22 | 2  | MR. CUNNINGHAM:  Well, I missed that. |
| 05:22 | 3  | THE COURT:  Andy rests his case, so that's good. |
| 05:22 | 4  | MR. CUNNINGHAM:  I thought when we gave it at the end |
| 05:22 | 5  | of the testimony, it was offered.  Because he's not going to |
| 05:22 | 6  | rule on it anyway, he said. |
| 05:22 | 7  | THE COURT:  But we would like the record to be more |
| 05:22 | 8  | clear.  As I understand -- |
| 05:22 | 9  | THE DEPUTY CLERK:  He has been admitting exhibit |
| 05:22 | 10 | lists used with testimony by the parties in this case, |
| 05:22 | 11 | including the PSC, but I don't have the one for McKay. |
| 05:22 | 12 | MR. CUNNINGHAM:  We offer it, Judge. |
| 05:22 | 13 | THE COURT:  Is there any objection? |
| 05:23 | 14 | MR. LANGAN:  No objection, Your Honor. |
| 05:23 | 15 | MR. JONES:  To the entire list or to this one? |
| 05:23 | 16 | THE COURT:  D-2908, any objection? |
| 05:23 | 17 | We are going to go ahead and admit 2908. |
| 05:23 | 18 | But look, guys, I'm not monitoring the trial. |
| 05:23 | 19 | It is my understanding that Judge Barbier announced that he |
| 05:23 | 20 | wants the actual calling of the exhibit. |
| 05:23 | 21 | Am I incorrect, Ben? |
| 05:23 | 22 | MR. ALLUMS:  I'm sorry.  It's your understanding that |
| 05:23 | 23 | he wants the actual calling of the exhibit?  I don't understand |
| 05:23 | 24 | your meaning. |
| 05:23 | 25 | THE COURT:  The meaning is, "Your Honor, I offer |

05:23  1   Exhibit D-29408."
05:23  2          THE DEPUTY CLERK:  No.  He said they can offer them
05:23  3   in globo with a list after the testimony.
05:23  4          THE COURT:  All right.
05:23  5          MR. NOMELLINI:  Your Honor, can I make a suggestion?
05:23  6          THE COURT:  Yes.
05:23  7          MR. NOMELLINI:  It would be better to just do that.
05:23  8   It's easily cured during the trial.  The way that was just
05:23  9   indicated here, somebody can stand up and say, "I'm offering,
05:23  10  for the McKay testimony, these exhibits."
05:24  11          And I think it's better than going through it
05:24  12  now, and just offer an in globo list during trial.
05:24  13          THE COURT:  That's fine.  I want to make sure
05:24  14  everybody is on the same page.
05:24  15          THE DEPUTY CLERK:  That has been what Judge Barbier
05:24  16  has requested.  I'm not saying that that's the best way.  But
05:24  17  so far, that's what's been happening.
05:24  18          THE COURT:  So you all need to make sure that you
05:24  19  offer an in globo exhibit following every witness's testimony
05:24  20  and move for admission of the exhibits that are on that
05:24  21  in globo list.  Make sure that the list is accurate, because
05:24  22  I'm not going to check you.
05:24  23          THE DEPUTY CLERK:  And that they are not including
05:24  24  other exhibits.  We had one that was presented to me today that
05:24  25  had what other people had already admitted.  I just want

OFFICIAL TRANSCRIPT

05:24    1    whatever you want admitted on the list.

05:24    2                THE COURT:  Could you all hear that?

05:24    3                MR. CARTER WILLIAMS:  Just to clarify, Your Honor.

05:24    4    We understand that to be Judge Barbier's desire, as well, to

05:24    5    have a list of just what you use.  It's hard to prepare that in

05:25    6    advance.

05:25    7                THE COURT:  Absolutely.  So if you all want to

05:25    8    present it after a break or after lunch, that's fine.  But make

05:25    9    sure it's accurate, because I'm not doing it and he's not doing

05:25   10    it.

05:25   11                MR. CARTER WILLIAMS:  Could we also ask that parties,

05:25   12    then, at the end of that trial day, e-mail those lists to all,

05:25   13    counsel?

05:25   14                THE COURT:  Positively.  And to inData.  And to

05:25   15    inData, because I want inData to check it.  There's a reason

05:25   16    they're in the courtroom.

05:25   17                MR. UNDERHILL:  Judge, just to clarify the timing of

05:25   18    the submission of the list, will there be a little bit of

05:25   19    slack?  And I'll give you an example.  Today Paul took Mr. Bly

05:25   20    first.  I had a long list of exhibits.  As Paul took care of

05:25   21    stuff I was going to ask, my list got wiped out.  So it might

05:25   22    take my staff overnight, possibly, to prepare a clean list that

05:26   23    isn't duplicative of Paul's.

05:26   24                THE COURT:  That's fine.  Show the witness it was

05:26   25    used with, the day it was used, and submit a complete list of

05:26  1    what you actually used and offered and introduced into

05:26  2    evidence.

05:26  3                    And how are we going to take care -- well, we

05:26  4    are going to take care of objections on the spot, so that's

05:26  5    easy.

05:26  6              MR. IRPINO:  We'll get those lists to all the

05:26  7    parties, inData, and most importantly, to Stephanie and Ben.

05:26  8              THE COURT:  Correct.  Okay.

05:26  9                    D-2875, admitted.

05:26  10                   D-2887, admitted.

05:26  11                   D-2279 we are showing as proffered.  Is that

05:26  12   incorrect?

05:26  13             MR. IRPINO:  We show it as -- we show it as in.

05:27  14             THE COURT:  That was in your in globo list?

05:27  15             MR. IRPINO:  In the list.

05:27  16             THE COURT:  That will be admitted.

05:27  17                   Next I show 5994.  Isn't that the same report,

05:27  18   Mr. Nomellini, that we talked about a minute ago?  It's not on

05:27  19   your list.

05:27  20             MR. IRPINO:  We show it as different than what was

05:27  21   being discussed.

05:27  22             MR. NOMELLINI:  It is different, Your Honor.

05:27  23             THE COURT:  It's not on your list, Mark.  5994 is on

05:27  24   inData's list as being used.

05:27  25             MR. IRPINO:  Are you sure it's not 5944?

05:27  1          THE COURT:  I'm sorry.  5944.  It's not on BP's list.

05:27  2          MR. IRPINO:  We have it as -- on our list,

05:27  3   Your Honor, under PSC McKay cross.

05:27  4          MS. ANDRE:  Your Honor, we have it on our list too.

05:27  5          MR. NOMELLINI:  Your Honor, we also have it on our

05:27  6   list as a PSC McKay exhibit that was proffered.

05:27  7          UNIDENTIFED SPEAKER:  What do you mean by

05:27  8   "proffered"?

05:28  9          MR. NOMELLINI:  I mean Mike O'Keefe's definition from

05:28  10  the order, which is that it was used but hasn't been offered

05:28  11  yet.

05:28  12         THE COURT:  Well, it was on their master list.  I

05:28  13  guess it was offered.  Is there any objection?

05:28  14         MR. NOMELLINI:  No, Your Honor.

05:28  15         THE COURT:  Exhibit 5944 comes in and is admitted.

05:28  16             D-2912, we have a series that are shown as

05:28  17  proffered.  I would like you all to tell me, PSC, whether these

05:28  18  are on your master list.  Are you ready?

05:28  19         MR. IRPINO:  Yes.

05:28  20         THE COURT:  D-2912, D-2913, 2914.

05:28  21         MR. NOMELLINI:  Your Honor, could I make a

05:28  22  suggestion?  Rather than go through all these individually,

05:28  23  could we -- at trial, the way it's handled is a list is just

05:28  24  handed up, and it's in globo.  Judge Barbier says, "Is there

05:28  25  any objection?"  If we handle it at trial, it will take

05:28 | 1    10 seconds rather than --

05:28 | 2              THE DEPUTY CLERK:  This is the one that was just

05:28 | 3    brought --

05:28 | 4              THE COURT:  Well, what I need from you, then, if

05:28 | 5    that's the case, when you give me your list, I want it to show

05:29 | 6    admitted rather than proffered.  Because your list shows me the

05:29 | 7    series of demonstratives was proffered but not admitted.

05:29 | 8              MR. NOMELLINI:  Right.  Because the only step that

05:29 | 9    hasn't been taken yet is --

05:29 | 10             THE DEPUTY CLERK:  This one we just got today, just

05:29 | 11   now.  This is the one you admitted, this list.

05:29 | 12             MR. NOMELLINI:  Because it just came in now.  That's

05:29 | 13   why.

05:29 | 14             THE COURT:  Okay.  That entire list is admitted.  Let

05:29 | 15   me put it in the record.

05:29 | 16             MR. JONES:  The point is the list was never

05:29 | 17   submitted, and Judge Barbier never said, "Does anybody have an

05:29 | 18   objection to any exhibit on this list?"  There are two on that

05:29 | 19   list that we have an objection to.

05:29 | 20             THE COURT:  Which do you object to, David?

05:29 | 21             MR. JONES:  7346 and 7364.

05:29 | 22             THE COURT:  Good.  David, that's good.  We're going

05:29 | 23   to show that those are objected to.

05:30 | 24                  So Exhibit 7346 and 7364 are objected to by

05:30 | 25   Cameron.

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
| 05:30 | 1  | Anybody else have an objection?                          |
| 05:30 | 2  | MR. O'ROURKE:  Not an objection, Your Honor, just a      |
| 05:30 | 3  | question.                                                |
| 05:30 | 4  | THE COURT:  Yes, sir.                                     |
| 05:30 | 5  | MR. O'ROURKE:  Shouldn't the parties have to object      |
| 05:30 | 6  | while the exhibit is up on the screen, rather than just some |
| 05:30 | 7  | objection three days later?                              |
| 05:30 | 8  | THE COURT:  Here's the problem, guys.  I wasn't in       |
| 05:30 | 9  | court, so I don't know whether an objection was lodged or not. |
| 05:30 | 10 | I'm assuming it was.                                      |
| 05:30 | 11 | MR. JONES:  No objection was lodged at the time,         |
| 05:30 | 12 | because no exhibit was offered into evidence.            |
| 05:30 | 13 | MR. O'ROURKE:  It was my exhibit.  I know it was our     |
| 05:30 | 14 | exhibit.  It was put up on the screen and discussed with the |
| 05:30 | 15 | witness.  The order that, as he's showing me, says you are |
| 05:30 | 16 | supposed to object while it's in use.  Otherwise, when we hand |
| 05:30 | 17 | you a list, we will just be bombarded with objections.   |
| 05:30 | 18 | Judge, are you shushing me?                              |
| 05:31 | 19 | THE COURT:  No, I'm shushing Mike because you are        |
| 05:31 | 20 | doing capable work.                                       |
| 05:31 | 21 | MR. UNDERHILL:  I delegate Steve to speak in my          |
| 05:31 | 22 | behalf.                                                   |
| 05:31 | 23 | THE COURT:  Thank you, Mike.                              |
| 05:31 | 24 | MR. JONES:  Judge, perhaps I could clarify a little      |
| 05:31 | 25 | bit.                                                      |

05:31   1            These are big transcripts of congressional
05:31   2   testimony.  They had certain call-outs that they used from that
05:31   3   testimony.  We didn't have any objection to those specific
05:31   4   call-outs, to that specific language.  Our issue is putting the
05:31   5   entire congressional testimony in as an exhibit without ever
05:31   6   offering it and having the judge given an opportunity to say,
05:31   7   "Does anybody object?"
05:31   8            THE COURT:  Let me ask Mark Nomellini.
05:31   9            Mark, I'm not showing those two exhibits as
05:31  10   call-outs.  Do you agree that 7346 and 7364 were just
05:31  11   call-outs?
05:31  12            MR. NOMELLINI:  Your Honor, we have them down as
05:31  13   exhibits, not as call-outs.
05:31  14            THE COURT:  Okay.  We are not going to admit, for the
05:32  15   purposes of this evening, Exhibit 7346 and Exhibit 7364.  Would
05:32  16   you get with David and discuss whether you used a call-out for
05:32  17   those two or not?  The call-outs can come in if it was a
05:32  18   call-out.  If it wasn't, we're going to have to resolve that
05:32  19   with Judge Barbier.
05:32  20            MR. O'ROURKE:  It wasn't even my exhibit.  I was just
05:32  21   talking about the general principle of that.
05:32  22            If we are going to use this approach of we don't
05:32  23   offer the exhibits as we go, but instead we use them in the
05:32  24   testimony and at the end we say, "We are offering this written
05:32  25   list," if the parties don't object while they are up there -- I

OFFICIAL TRANSCRIPT

05:32  1    know that side of the room is going to start giving us
05:32  2    counterlists.
05:32  3                THE COURT:  Steve, I think the difference that David
05:32  4    is trying to make is he didn't object to a call-out page; he is
05:32  5    objecting to the entire exhibit.
05:33  6                MR. O'ROURKE:  I guess which begs the question:  If
05:33  7    you have a demonstrative that is a portion of a TREX, is the
05:33  8    TREX coming in?  Or are we required to say on the spot, "This
05:33  9    is a demonstrative.  It's a portion of a TREX in my list.  I'm
05:33  10   offering them both."
05:33  11               I'm just looking for guidance here, Your Honor.
05:33  12               THE COURT:  Well, that's a very good question.  We
05:33  13   have repeatedly said that just because you use one page of an
05:33  14   exhibit doesn't mean that the entire exhibit comes in, as you
05:33  15   well know.  We have talked about that repeatedly.
05:33  16               So I think you have to move not only for the
05:33  17   one-page call-out, but you are going to have to move for the
05:33  18   entire exhibit.  Because we have said -- we have got so many
05:33  19   documents in this case, that if you just are going to use one
05:33  20   page, then just offer one page.  If you are really offering the
05:33  21   entire 300-page exhibit, then let everybody know that's what
05:33  22   you are doing.  Okay?
05:33  23               MR. O'ROURKE:  Just to be clear -- I'm not
05:34  24   complaining about Cameron's objection to this particular
05:34  25   exhibit.

05:34   1        **THE COURT:**  Well, I misunderstood.  So I'm sorry,

05:34   2   Steve.

05:34   3        **MR. CUNNINGHAM:**  Your Honor, we have looked back.

05:34   4   And the question refers to a certain page within the testimony.

05:34   5   2915, I think, is the page.

05:34   6            We understand, and I think it would only be

05:34   7   appropriate, to introduce what we referred to.

05:34   8        **THE COURT:**  Correct.

05:34   9        **MR. CUNNINGHAM:**  Which would include the cover page

05:34   10  identifying what it is and then whatever pages we referred to.

05:34   11       **THE COURT:**  So you have solved David's objection.

05:34   12  Thank you.

05:34   13       **MR. JONES:**  You have.

05:34   14       **THE COURT:**  We are going to now --

05:34   15       **MR. YORK:**  Judge, just to be clear, I don't think

05:34   16  it's page 2915; I think it's D-2915 that had a call-out from

05:34   17  that testimony on it.  2915, -16, and -17.

05:34   18       **THE COURT:**  Stop.

05:34   19       **MR. CUNNINGHAM:**  If that's true, then we didn't even

05:34   20  offer the testimony.

05:34   21       **THE DEPUTY CLERK:**  Well, it's on the list.

05:34   22       **MR. YORK:**  I'm just trying to --

05:34   23       **THE COURT:**  Guys.  Guys.  Stop.

05:34   24            David, you objected, as I understand my notes,

05:34   25  to Exhibit 7346 and Exhibit 7364.

05:35  1          **MR. JONES:**  Yes, Your Honor.

05:35  2          **THE COURT:**  Were those call-outs?  Because Mark

05:35  3   Nomellini does not show them as call-outs.  And they do not --

05:35  4   they are not demonstratives, are they?  We need to get straight

05:35  5   on what these were.

05:35  6          **MR. CUNNINGHAM:**  I understand.  I thought I was being

05:35  7   pointed to a portion of the transcript on 2915.  But if

05:35  8   somebody says that's a call-out, we will just offer the

05:35  9   call-out.

05:35  10         **THE COURT:**  No.  Bobbo, the two exhibits at issue are

05:35  11  7346, not a demonstrative, and 7364, not a demonstrative.  Were

05:35  12  those excerpts?  What were they?

05:35  13         **MR. CUNNINGHAM:**  Pages out of congressional

05:35  14  testimony.

05:35  15         **THE COURT:**  Are you using just this one page, Bobbo,

05:35  16  or are you using the entire document?

05:36  17         **MR. CUNNINGHAM:**  As far as I recall, we did not use

05:36  18  the entire document; we just used the one page.

05:36  19         **THE COURT:**  Okay.  So let me make sure.  Could I see,

05:36  20  please 7364.  I did 7364.  Let me see 7346.

05:36  21         **MR. CUNNINGHAM:**  That's the cover page.

05:36  22         **THE COURT:**  Bobbo, did you want to introduce the

05:36  23  entire report?

05:36  24         **MR. CUNNINGHAM:**  No, ma'am.  The cover page and

05:36  25  whatever page I used out of the report.

1281

| | |
|---|---|
| 05:36 | 1 |
| 05:36 | 2 |
| 05:36 | 3 |
| 05:36 | 4 |
| 05:36 | 5 |

**THE COURT:**  You have resolved David's objection.

As to Exhibits 7346 and 7364, only the pages that Mr. Cunningham used with the witness, plus the cover page, will be admitted into evidence.

Does that take care of it, David?

**MR. JONES:**  I believe it does.  I just want to check to make sure that -- the testimony they referred to is not on the page that we are talking about, and they didn't mention the testimony.  Does that make sense?

I just want to verify the specific language they asked about to make sure that wasn't on the same page as the stuff we objected to.

The substance wasn't.  But I just want to make sure that we are not inadvertently putting in the page that has it on there.  We can find that out in a minute.

**THE COURT:**  Okay.  I'll come back to you.

So now I'm going to go into a series of exhibits that I want to make sure are on the PSC's master list that was just given to us.  And if they have no objections, they ill will be entered into evidence.

D-2279, D-2912, D-2913, D-2914, D-3145, Exhibit 45393.

We have already covered Exhibit 7346.

D-2915, D-2916.

We have already covered Exhibit 7364.

OFFICIAL TRANSCRIPT

05:38  1              D-2917, D-2918, D-2672, D-2673, D-2674, D-2675,
05:38  2  D-2747, Exhibit 52673.
05:39  3              MR. CARTER WILLIAMS:  Your Honor, before we go to the
05:39  4  27th, one of the issues on the e-mail was Transocean reflects
05:39  5  D-2920 being offered by the PSC during the Bea direct
05:39  6  examination.  PSC's list has that on 2-27, but it's referred to
05:39  7  as being in the Bea direct.  And neither inData nor BP has
05:39  8  that.
05:39  9              MR. NOMELLINI:  Your Honor, 2920 should be on there
05:39 10  and admitted.
05:39 11              THE COURT:  2920.
05:39 12              Anthony, do you have it as being admitted?
05:39 13              MR. IRPINO:  Yes, on the 26th.  Carter is right about
05:39 14  the date.
05:39 15              THE COURT:  Carter, thank you for catching that.  Do
05:40 16  you agree that it was admitted on the 26th in connection with
05:40 17  Dr. Bea?
05:40 18              MR. CARTER WILLIAMS:  We do.
05:40 19              THE COURT:  All right.  InData?
05:40 20              Who's ready to do the 27th?
05:40 21              MR. RAY:  Your Honor, can we go back to the 26th?
05:40 22  There are two clarifications.  This is Jordan Ray from inData.
05:40 23              THE COURT:  Yes.
05:40 24              MR. RAY:  You mentioned on the second page of
05:40 25  inData's report there are two exhibits introduced by the PSC,

05:40  1    20308 and 20309.  What was shown on the screen is not what we

05:40  2    have.

05:40  3                We spoke with PSC.  They were going to give us a

05:40  4    new exhibit with a new exhibit number for those two.  We have

05:40  5    not yet received that.  Those are not what should be admitted.

05:40  6    We should be getting a new number from the PSC.

05:40  7                **THE COURT:**  Anthony, can you clarify that for the

05:41  8    record, please?

05:41  9                **MR. IRPINO:**  Yes.  What we have and what was shown on

05:41  10   the screen were -- they had two BP, I guess, logos in the upper

05:41  11   left-hand corner.  One was identical in substance to the other

05:41  12   one.  The one that it was the same as was 20443.

05:41  13               We will give inData the version that was used,

05:41  14   the version that was up on the screen, and we want to keep that

05:41  15   same number for that version.

05:41  16               **THE COURT:**  What's that number?

05:41  17               **MR. IRPINO:**  20308.  We will simply just give inData

05:41  18   the version we have.

05:41  19               To be clear, the title of that document is --

05:41  20   and that's what was on our exhibit list -- is "Managing Rapidly

05:41  21   Developing Crises:  Realtime Prevention of System Accidents."

05:41  22               **THE COURT:**  Okay.

05:41  23               **MR. IRPINO:**  Then for 20309, a very similar title,

05:42  24   but this is the title that matched the document on our exhibit

05:42  25   list:  "Human & Organizational Factors in Design and Operation

1    of Deepwater Structures," Dr. Bea's report -- "Report to BP,

2    Houston, Texas 2003."

3              That is what should be listed as 20309.  We will

4    make sure that inData has those.  Those were the documents

5    listed verbatim on our exhibit list, and those were the

6    documents that were gone over during the testimony.  I can't

7    explain how inData has a slightly different copy.

8         THE COURT:  The Court listing that you submitted in

9    connection with Dr. Bea is correct, and we all agree that, as

10   submitted, they are admitted.  You just have to take care of

11   the housekeeping with inData.

12        MR. IRPINO:  Yes.  Thank you, Your Honor.

13        THE COURT:  Thank you.

14              Last but not least, I see on BP's list for the

15   26th, D-2737.  Have we had that already?

16              Mark, do you see how you went to the 27th and

17   came back to the 26th?

18        MR. NOMELLINI:  Yes.  That's admitted, Your Honor.

19        THE COURT:  That also will be admitted.  So that

20   should take care of the 26th.

21              Everybody should be happy to note we are moving

22   on to the 27th.

23              And Paul, if you make one more face, Paul . . .

24        MR. STERBCOW:  I'm sorry.

25        MR. RAY:  There's one more.  Just for clarification,

05:43   1   you referred to Exhibit 6025-C.  That's not a cured exhibit.
05:43   2   If you look at that exhibit, there's a 6025-A, a B, a C, etc.
05:43   3   So it actually is Exhibit 6025-C.
05:43   4               THE COURT:  Thank you for the clarification.
05:43   5               Let's see if we can do this faster.
05:44   6               The 27th, D-6593 I show as being proffered.  Is
05:44   7   this on Transocean's -- who proffered this?
05:44   8               MR. CARTER WILLIAMS:  Yes, Your Honor.  Kerry Miller
05:44   9   submitted that list today in court, so we believe it's admitted
05:44   10  today for yesterday.
05:44   11              THE COURT:  Thank you.  We have to think about that
05:44   12  as well, don't we?
05:44   13              D-2737 admitted.
05:44   14              Exhibit 89052, I'm assuming, was on the list
05:44   15  today, Carter?
05:44   16              MR. CARTER WILLIAMS:  I believe so.  I will pull it
05:44   17  up, and if that's wrong, I'll --
05:44   18              THE COURT:  I am going to go through a series of
05:45   19  numbers that are proffered, and I would like you to tell me,
05:45   20  Carter, if they are on your list.  We are going to admit them.
05:45   21              Exhibit 89052, Exhibit 282, Exhibit 283,
05:45   22  Exhibit 4160 --
05:45   23              MR. YORK:  Your Honor, those last three were on
05:45   24  HESI's list, and they were admitted today.
05:45   25              THE COURT:  Thank you.  All of those will be

```
05:45   1   admitted.
05:45   2                    Exhibit 6001, Exhibit 6000, Exhibit 6014 --
05:45   3            MR. NOMELLINI:  Your Honor, could I stop you there.
05:45   4            THE COURT:  You certainly may.
05:45   5            MR. NOMELLINI:  6000, 6001, 6014, and 6016 are all --
05:45   6   and the PSC can correct me if I'm wrong -- exhibits used in
05:45   7   connection with videos that were shown.
05:46   8            THE COURT:  Correct.  I see that it's the Hayward
05:46   9   video.
05:46  10            MR. NOMELLINI:  I don't think they have been offered
05:46  11   yet.  They've been used, but they haven't been offered.
05:46  12            THE COURT:  Likewise with 6017; is that correct?
05:46  13            MR. NOMELLINI:  Yes.
05:46  14            THE COURT:  Who offered those?  Was that offered by
05:46  15   the PSC?
05:46  16            MR. NOMELLINI:  Your Honor, they have not been
05:46  17   offered yet, as far as our records show.
05:46  18            THE COURT:  Okay.  Okay.  Those will not be admitted.
05:46  19   How about that?
05:46  20            MR. IRPINO:  Our thought was, Your Honor, they are
05:46  21   part of the bundles.
05:46  22            THE DEPUTY CLERK:  Is this the video deposition
05:46  23   excerpts of Anthony Hayward and Kevin Lacy?
05:46  24            MR. IRPINO:  Yes.
05:46  25            THE DEPUTY CLERK:  Those are actually part of the
```

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 05:46 | 1 | record because they were in lieu of live testimony. |
| 05:46 | 2 | MR. IRPINO:  The actual clips, the video clips. |
| 05:46 | 3 | THE DEPUTY CLERK:  They still need to be admitted. |
| 05:46 | 4 | Since they are not being transcribed, we need those separately |
| 05:47 | 5 | for the Fifth Circuit, or possibly for the Fifth Circuit. |
| 05:47 | 6 | THE COURT:  You have to admit that's the best line |
| 05:47 | 7 | today. |
| 05:47 | 8 | MR. IRPINO:  Then we have provided them. |
| 05:47 | 9 | THE DEPUTY CLERK:  Yes.  And I think that's -- |
| 05:47 | 10 | MR. NOMELLINI:  I think Anthony covered it when he |
| 05:47 | 11 | said they're part of the bundles. |
| 05:47 | 12 | THE DEPUTY CLERK:  But I do need those separately, |
| 05:47 | 13 | the excerpts. |
| 05:47 | 14 | MR. IRPINO:  Those are what's on a thumb drive we |
| 05:47 | 15 | have provided, and we offer them. |
| 05:47 | 16 | THE COURT:  Moving right along at a clipping speed, |
| 05:47 | 17 | Exhibit 7510, admitted. |
| 05:47 | 18 | Exhibit 7511, admitted. |
| 05:47 | 19 | D-3553, admitted. |
| 05:47 | 20 | D-3554, admitted. |
| 05:47 | 21 | D-3564, admitted. |
| 05:47 | 22 | Back to exhibits.  6217, admitted. |
| 05:47 | 23 | 4022, admitted. |
| 05:47 | 24 | 4021, admitted. |
| 05:48 | 25 | 3732, admitted. |

OFFICIAL TRANSCRIPT

```
05:48    1                          4047, admitted.

05:48    2                          3727, admitted.

05:48    3                          1335, admitted.

05:48    4                 We now have a discrepancy.  I show on inData

05:48    5    1337 being used next.

05:48    6            MS. ANDRE:  That's what we have too, Your Honor.

05:48    7            THE COURT:  Thank you, Abby.

05:48    8            MR. IRPINO:  That is what the PSC has as well,

05:48    9    Your Honor.

05:48   10            MR. NOMELLINI:  1337 is correct, Your Honor.

05:48   11            THE COURT:  Thank you.  1337 will be admitted.

05:48   12                          4533 is admitted.

05:48   13                          3733, admitted.

05:48   14                          1311, admitted.

05:48   15                          2654, admitted.

05:48   16                          4535, admitted.

05:48   17                          1343, admitted.

05:48   18                          3734, admitted.

05:48   19                          4776, admitted.

05:49   20                          32019, admitted.

05:49   21                          5837, admitted.

05:49   22                          8186, admitted.

05:49   23                          1967, admitted.

05:49   24                          1220, admitted.

05:49   25                          4538, admitted.
```

05:49  1              7441, admitted.

05:49  2          **MR. O'KEEFE:**  I beg your pardon, Your Honor.  I think

05:49  3      that's 7411.

05:49  4          **THE COURT:**  7411, admitted.  Thank you, Mike.

05:49  5          **MS. ANDRE:**  Your Honor, this is Abby Andre again.

05:49  6          **THE COURT:**  Yes, Abby.

05:49  7          **MS. ANDRE:**  A couple more for the direct exam of

05:49  8      Dr. Huffman.  I had 3732.  Did you say that, Your Honor?  I may

05:49  9      have missed it.

05:49  10         **THE COURT:**  Let me back up.

05:49  11         **MR. NOMELLINI:**  Yes.

05:49  12         **MS. ANDRE:**  3733.

05:49  13         **THE COURT:**  Yes, we covered that.

05:49  14         **MS. ANDRE:**  All right.  1343?

05:49  15         **MR. NOMELLINI:**  Yes.

05:49  16         **THE COURT:**  Yes.

05:49  17         **MS. ANDRE:**  7411?

05:49  18         **THE COURT:**  Yes.

05:49  19         **MS. ANDRE:**  Thank you.

05:49  20         **THE COURT:**  Perk up, Abby.

05:50  21              Okay.  Afternoon session.  Exhibit 7511 is

05:50  22      admitted.

05:50  23              Next is Exhibit 4411.  Was that on someone's

05:50  24      list today?

05:50  25              Mark, you're showing it as proffered.

OFFICIAL TRANSCRIPT

05:50   1          **MR. NOMELLINI:**  I don't know, Your Honor, whether

05:50   2   somebody offered that into evidence today.

05:50   3          **MR. CARTER WILLIAMS:**  Your Honor, I think that's one

05:50   4   of ours that's on Kerry's list.  I'm just trying to get that to

05:50   5   confirm.

05:50   6          **MR. IRPINO:**  We show it was on TO's list.

05:50   7          **THE COURT:**  Exhibit 4411, Carter, we are going to

05:50   8   come back to you.

05:50   9          Exhibit 1241, same thing, Carter.

05:51   10          **MR. CARTER WILLIAMS:**  I can tell you this much, it

05:51   11   was on the list I gave Kerry to submit.  I just don't have a

05:51   12   copy of Kerry's actual list.

05:51   13          **THE COURT:**  Stephanie, do you have Transocean's list?

05:51   14          **THE DEPUTY CLERK:**  From today?

05:51   15          **THE COURT:**  From yesterday afternoon.

05:51   16          **MR. CARTER WILLIAMS:**  They would have been both

05:51   17   submitted today.

05:51   18          **THE DEPUTY CLERK:**  Yes.

05:51   19          **THE COURT:**  Go through it with me.

05:51   20          **THE DEPUTY CLERK:**  This is what I have.  For McKay

05:51   21   and Huffman?

05:51   22          **MALE SPEAKER:**  For Huffman.

05:51   23          **MR. O'KEEFE:**  Yes, this list has 4411.

05:51   24          **THE COURT:**  I'm going to go through.  You ready?

05:51   25          Exhibit 4411, admitted.

| 05:51 | 1 | **MR. O'KEEFE:**  Yes. |
| 05:51 | 2 | **THE COURT:**  Exhibit 1241. |
| 05:51 | 3 | **MR. O'KEEFE:**  Yes. |
| 05:51 | 4 | **THE COURT:**  Admitted. |
| 05:51 | 5 | Exhibit 51165. |
| 05:51 | 6 | **MR. O'KEEFE:**  Yes. |
| 05:51 | 7 | **THE COURT:**  Admitted. |
| 05:51 | 8 | Exhibit 4135 -- |
| 05:51 | 9 | **MR. O'KEEFE:**  It's not on the list. |
| 05:51 | 10 | **THE COURT:**  -- is admitted. |
| 05:52 | 11 | Exhibit 751 -- |
| 05:52 | 12 | **MR. O'KEEFE:**  No.  Wait, wait, Your Honor.  41 -- |
| 05:52 | 13 | **THE COURT:**  I'm on.  I'm on.  I'm finished with |
| 05:52 | 14 | Transocean. |
| 05:52 | 15 | **MR. O'KEEFE:**  Okay. |
| 05:52 | 16 | **THE COURT:**  Exhibit 4135 is admitted. |
| 05:52 | 17 | Exhibit 7510 is admitted. |
| 05:52 | 18 | D-4363 is admitted. |
| 05:52 | 19 | Exhibit 4019 is admitted. |
| 05:52 | 20 | Exhibit 4533 is admitted. |
| 05:52 | 21 | Exhibit 22784 is admitted. |
| 05:52 | 22 | D-2670, who proffered that?  Whose list am I on |
| 05:52 | 23 | here?  D-2670. |
| 05:52 | 24 | **MR. NOMELLINI:**  That's a PSC exhibit, Your Honor. |
| 05:52 | 25 | **THE COURT:**  Stephanie, can you look at the PSC's |

05:52  1    list, please, and go through with me.

05:52  2         MR. IRPINO:  Your Honor, I don't know if it's helpful

05:52  3    now -- maybe we're doomed -- but Bly we are not done with.  We

05:52  4    just finished, I guess, BP's direct.  We thought that with

05:53  5    respect to Bly, we would just wait till the end so we can --

05:53  6    from at least the PSC's perspective, we can submit one list as

05:53  7    to all the exhibits that we used with Bly.

05:53  8         THE COURT:  The problem with that, Anthony, is we are

05:53  9    marshaling by days.  Today we are marshaling Tuesday and

05:53  10   Wednesday.  I'm going to need to marshal any exhibit that was

05:53  11   used during the days that we are marshaling.

05:53  12         Now, we are going to skip it for today, but make

05:53  13   sure it's on your list and marshal for next week.  And then

05:53  14   next week when I come in on Thursday, I want to marshal all

05:53  15   exhibits for today, Monday, Tuesday, and Wednesday, regardless

05:53  16   of whether you have finished with a witness or not.

05:53  17        MR. IRPINO:  Okay.  Would you like us to finish

05:53  18   Tuesday for Bly.  Because we --

05:53  19        THE COURT:  No.

05:53  20        MR. IRPINO:  Okay.

05:53  21        THE COURT:  I'm not directing the trial.  I'm just

05:53  22   directing the marshaling.

05:53  23        MR. HERMAN:  We can wait until next week.  I think we

05:54  24   circulated today, when Paul was finished, a list of everything

05:54  25   that Paul used yesterday afternoon and this morning.  We can

| | |
|---|---|
| 05:54 | 1 |
| 05:54 | 2 |
| 05:54 | 3 |
| 05:54 | 4 |
| 05:54 | 5 |

either put that list in now or we can wait and put that list in
next Thursday.  I don't know if it matters.

          THE COURT:  Well, it matters in that I want to get my
job done and go home.

          MR. HERMAN:  Do you want us to put the list in now?

          THE COURT:  Not particularly.  Does everybody -- were
there any objections to the exhibits that were proffered with
Bly, Huffman, and McKay yesterday?

          MR. YORK:  Not from HESI.

          THE COURT:  Well, it's up to you guys.  I have a lot
more exhibits on BP's list than I do on inData's list left to
read.  Can anybody tell me why that is?  I've got one, two,
three, four -- 13 more exhibits.

          MR. NOMELLINI:  Your Honor, so there are a couple of
different issues here.  I think we just need to go through
these.  I think it's just a matter of the sorting differences
between the inData list and the BP list.

          THE COURT:  Okay.  I don't know what that means.

          MR. NOMELLINI:  We tried to get them to sort so they
would match one to one in the last couple of hours, but it
didn't match perfectly.

          THE COURT:  So here's what we are going to do.  This
is what I'm going to do from what has been used through
yesterday, taken from BP's master exhibit list.  We are going
to read them into the record, and I am going to admit them

| | | |
|---|---|---|
| 05:56 | 1 | subject to next week anyone telling me there is a problem with |
| 05:56 | 2 | what I am admitting.  Okay? |
| 05:56 | 3 | We are going to go through D-2670, D-2747, |
| 05:56 | 4 | D-2675.  Exhibit 1, and that was admitted. |
| 05:56 | 5 | D-2671, D-2017, D-2024, Exhibit 47541, |
| 05:57 | 6 | Exhibit 47549, D-2029, D-2023, D-2022, Exhibit 4171, Exhibit 2. |
| 05:57 | 7 | MR. NOMELLINI:  Your Honor, on Exhibit 2 our |
| 05:57 | 8 | records -- |
| 05:57 | 9 | THE COURT:  I'm sorry. |
| 05:57 | 10 | MR. NOMELLINI:  On Exhibit 2 our records show that |
| 05:57 | 11 | one wasn't used. |
| 05:57 | 12 | THE COURT:  Was not used? |
| 05:57 | 13 | MR. CARTER WILLIAMS:  Your Honor, our notes reflect |
| 05:57 | 14 | on that that it was used, but it was referred to as Exhibit 1. |
| 05:57 | 15 | MR. STERBCOW:  Right, that's exactly what happened, |
| 05:57 | 16 | because I did it. |
| 05:57 | 17 | MR. CARTER WILLIAMS:  So 2 should be in. |
| 05:57 | 18 | THE COURT:  Let's reach agreement.  Is 2 -- was it |
| 05:57 | 19 | used and is it in? |
| 05:57 | 20 | MR. NOMELLINI:  Your Honor, with that explanation -- |
| 05:57 | 21 | so do you want it to be changed to 2? |
| 05:57 | 22 | MR. IRPINO:  It has been changed to 2 by inData. |
| 05:57 | 23 | InData took the Bly report -- |
| 05:58 | 24 | MR. YORK:  It's a cure issue, Your Honor. |
| 05:58 | 25 | MR. CARTER WILLIAMS:  It's part of the Bly report. |

05:58  1    It's the appendices, is my understanding.

05:58  2         **THE COURT:**  So Exhibit 2 is admitted?

05:58  3         **MR. NOMELLINI:**  Yes.

05:58  4         **THE COURT:**  Exhibit 3995 is admitted.

05:58  5             Exhibit 5994, D-2830, D-2837, Exhibit 120 --

05:58  6         **MR. NOMELLINI:**  No, no.  Your Honor, the next about

05:58  7    10, these are not exhibits that were offered.  These are

05:58  8    citations from PSC demonstratives.  So everything from 120 down

05:58  9    to 22881 was not offered.

05:58 10         **THE COURT:**  Okay.

05:58 11         **MR. NOMELLINI:**  Do you agree, Anthony?

05:58 12         **MR. IRPINO:**  That's part of what would go in on the

05:58 13    list when we finish with Bly.

05:58 14         **THE COURT:**  So it is part of what will go in,

05:58 15    Anthony, and will be on your list to move it into evidence?

05:58 16         **MR. IRPINO:**  Yes.

05:58 17         **MR. NOMELLINI:**  Well, these are just citations used

05:59 18    in demonstratives.  These exhibits were not actually used.

05:59 19         **MR. HERMAN:**  So the demonstratives should go in

05:59 20    according to --

05:59 21         **MR. NOMELLINI:**  I think the demonstrative may be

05:59 22    somewhere else on the list.  The point is these are just

05:59 23    citations in demonstratives.

05:59 24         **MR. HERMAN:**  With the Court's permission, we would

05:59 25    like to submit the Bly list next Thursday so we can straighten

OFFICIAL TRANSCRIPT

05:59   1   all of this out in the meantime, because I really don't have

05:59   2   any idea what he is saying.

05:59   3           THE COURT:  I don't either.  These are all being

05:59   4   shown as proffered with McKay.

05:59   5           MR. NOMELLINI:  I don't think they have anything to

05:59   6   do with Bly.  I think they are McKay.

05:59   7           THE COURT:  They are all shown as being proffered

05:59   8   with McKay, so let me just be clear that what I would like to

05:59   9   do next Thursday is we will marshal the exhibits that are being

06:00  10   tendered -- well, we are not going to marshal all of the

06:00  11   exhibits with McKay because I see we have other McKay exhibits

06:00  12   here.  Don't we?

06:00  13           MR. IRPINO:  Judge, I thought we went over McKay.

06:00  14           MR. NOMELLINI:  Your Honor, these were already

06:00  15   covered.  They are cited in demonstratives.  They were already

06:00  16   admitted.

06:00  17           THE COURT:  Show Anthony what you're listing.

06:00  18           MR. NOMELLINI:  2908.  If we could pull up D-2908.

06:01  19           You see the citation to TREX-120 there,

06:01  20   Your Honor?

06:01  21           THE COURT:  Yes, I do.

06:01  22           MR. NOMELLINI:  So 2908, they already admitted that.

06:01  23   Now we are going back and admitting 120.  We are duplicating

06:01  24   here.

06:01  25           THE COURT:  Well, we don't want to admit duplicates.

06:01  1   We have done a long process of de-duplicating.  So what I want
06:01  2   you to do is, Anthony, get from Mark this list starting with
06:01  3   120 on 2-26 and going through -- Mark, does it go through 22881
06:02  4   or does it go to the third page as well?
06:02  5          MR. NOMELLINI:  It goes through 22881.
06:02  6          THE COURT:  22881.  Figure out if those are
06:02  7   duplicates.  We'll straighten that out, if they are not
06:02  8   duplicates, next week.
06:02  9          Last two exhibits are -- I'm sorry.  The last
06:02  10  exhibit is 20443, which is admitted.
06:02  11          Does that take care of your master list, Mark?
06:02  12          MR. NOMELLINI:  Your Honor, I have a total of five
06:02  13  more, including that one.  I have 20443, which you just read,
06:02  14  which was actually not used.  It was what was displayed for
06:03  15  another exhibit.  So if we can all agree that it was not
06:03  16  used -- yes, we have agreement.  That's not admitted.  20443,
06:03  17  not admitted.
06:03  18          Then I have four more, Your Honor.
06:03  19          THE COURT:  That were not on your list?
06:03  20          MR. NOMELLINI:  Yes.
06:03  21          THE COURT:  Okay.
06:03  22          MR. NOMELLINI:  1337 I have as admitted.
06:03  23          7520 I have as admitted.
06:03  24          3715 I have as admitted.
06:03  25          And 41063 I have as admitted.

|       |    |                                                                          |
|-------|----|--------------------------------------------------------------------------|
| 06:03 | 1  | **THE COURT:**  Okay.  Does anybody disagree with that?                  |
| 06:03 | 2  | **MS. ANDRE:**  We don't have them, but --                              |
| 06:03 | 3  | **MR. NOMELLINI:**  They are exhibits used by the U.S.                  |
| 06:03 | 4  | and BP with Huffman.  They are exhibits.                                 |
| 06:04 | 5  | **MS. ANDRE:**  Underlying demonstratives?                               |
| 06:04 | 6  | **MR. NOMELLINI:**  No, they're just actual exhibits.                   |
| 06:04 | 7  | **MS. ANDRE:**  They weren't on our list.                               |
| 06:04 | 8  | **THE COURT:**  They are not on inData's list.                          |
| 06:04 | 9  | **MR. NOMELLINI:**  We'll straighten that out.                          |
| 06:04 | 10 | Do we have agreement on that?                                            |
| 06:04 | 11 | **MS. ANDRE:**  I think so.                                              |
| 06:04 | 12 | **THE COURT:**  We have agreement on those exhibits, but                |
| 06:04 | 13 | I have questions because we didn't have agreement on them and            |
| 06:04 | 14 | they are not on inData's list.  So could you-all -- not                  |
| 06:04 | 15 | tonight, but could you-all figure out what the problem was and           |
| 06:05 | 16 | speak to inData about curing whatever the problem was with the           |
| 06:05 | 17 | use of exhibits that didn't make it onto inData's list.  Okay?           |
| 06:05 | 18 | Thanks.                                                                  |
| 06:05 | 19 | All right.  We now want to move to the offering                          |
| 06:05 | 20 | of the deposition bundles.  Bobbo, help me out here.                     |
| 06:05 | 21 | **MR. CUNNINGHAM:**  Before we do that, David and I have                |
| 06:05 | 22 | reached an agreement on his objections to two exhibits.                  |
| 06:05 | 23 | **THE COURT:**  Please go ahead.                                         |
| 06:05 | 24 | **MR. CUNNINGHAM:**  Exhibit 07346, the congressional                   |
| 06:05 | 25 | hearing, I have agreed that we will only admit the cover page.           |

| | | |
|---|---|---|
| 06:05 | 1 | Exhibit 07364, we will only admit the cover page. |
| 06:05 | 2 | **THE COURT:**  Thank you, Bobbo.  That's helpful. |
| 06:05 | 3 | Let's come back to Carter.  Carter, can you |
| 06:05 | 4 | confirm to me that the exhibits that we read for Transocean |
| 06:05 | 5 | were indeed offered and are on the list? |
| 06:06 | 6 | **MR. CARTER WILLIAMS:**  I can.  They are. |
| 06:06 | 7 | **THE COURT:**  Thank you.  Those will be admitted as |
| 06:06 | 8 | well. |
| 06:06 | 9 | Let's get to the deposition bundles. |
| 06:06 | 10 | Mr. Breit, are you offering the deposition |
| 06:06 | 11 | bundles? |
| 06:06 | 12 | **MR. BREIT:**  Yes, Your Honor.  The plaintiffs at this |
| 06:06 | 13 | time would move into evidence the list previously provided to |
| 06:06 | 14 | inData of 126 depositions and the PSC, USA, and the States |
| 06:06 | 15 | exhibits attached thereto. |
| 06:06 | 16 | **THE COURT:**  Any objection? |
| 06:06 | 17 | **MR. LANGAN:**  Your Honor, Andy Langan for BP.  As |
| 06:06 | 18 | Your Honor knows, going back really a number of months, really |
| 06:06 | 19 | over a year, we have made objections, both general and |
| 06:06 | 20 | specific, to the depositions, preserved them in writing.  And |
| 06:06 | 21 | we hereby renew those objection and don't waive them. |
| 06:06 | 22 | **THE COURT:**  Absolutely. |
| 06:06 | 23 | **MR. LANGAN:**  Both to testimony designations as well |
| 06:07 | 24 | as exhibits as well as the process and the fact it's being done |
| 06:07 | 25 | in this manner and in this sort of mass process.  We just want |

06:07   1    to make sure the record is clear on that.  We are renewing

06:07   2    those objections.

06:07   3          **THE COURT:**  Absolutely, Andy.  And the record is

06:07   4    clear and your objections are preserved.

06:07   5              In addition, the written objections to testimony

06:07   6    and the written objections to exhibits are coming in with the

06:07   7    bundle, which will further preserve the record.  And the

06:07   8    posting on the FTP cite will also have a disclaimer that the

06:07   9    testimony and exhibits are being objected to and that

06:07  10    Judge Barbier may strike some of the testimony, may strike some

06:07  11    of the exhibits and just not rely on some of the testimony and

06:07  12    exhibits.

06:07  13          **MR. LANGAN:**  I appreciate that, Your Honor.  Not to

06:08  14    belabor the point.  One of the concerns we have is a Rule 43

06:08  15    concern about the need to sort of know what's actually been

06:08  16    ruled upon and admitted before we make our proposed findings

06:08  17    and sort of not knowing what the state of the record is before

06:08  18    we close our case.  Those are concerns we have too.

06:08  19              In light of the procedure the Court has adopted,

06:08  20    I'm not sure there's anything we can do about it other than to

06:08  21    make sure our record is clear.

06:08  22          **THE COURT:**  And object.

06:08  23          **MR. LANGAN:**  We object.

06:08  24          **THE COURT:**  Thank you.

06:08  25          **MR. LANGAN:**  Thank you.

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
| 06:08 | 1  | THE COURT:  Alan.                                                     |
| 06:08 | 2  | MR. YORK:  Your Honor, Alan York for HESI,                           |
| 06:08 | 3  | Halliburton.  Two quick things.  We adopt Andy's statements for      |
| 06:08 | 4  | the large part.  We have submitted written objections to both        |
| 06:08 | 5  | the deposition testimony and to the exhibits.  Our                   |
| 06:08 | 6  | understanding is those will go in and the Court will rule on         |
| 06:08 | 7  | them.                                                                 |
| 06:08 | 8  | One other issue just with regard to                                  |
| 06:08 | 9  | confidentiality, the Court ruled back in February of 2012 and        |
| 06:08 | 10 | has been consistent, has reiterated today, full documents, when      |
| 06:09 | 11 | the full documents are not used, are not coming in.                  |
| 06:09 | 12 | Halliburton has always raised the issue of full manuals coming       |
| 06:09 | 13 | in as exhibits when only portions of those manuals have been         |
| 06:09 | 14 | used.                                                                 |
| 06:09 | 15 | Throughout the deposition process, the parties                       |
| 06:09 | 16 | have the ability to highlight exhibits, submit those                 |
| 06:09 | 17 | highlighted exhibits to inData.  And so as a part of -- we have      |
| 06:09 | 18 | provided *Coca-Cola* redactions to inData, but we have also          |
| 06:09 | 19 | requested in the deposition bundles those full manuals where        |
| 06:09 | 20 | they were submitted -- and it was only, I think, four               |
| 06:09 | 21 | depositions -- that the full manuals not be included; that a        |
| 06:09 | 22 | slip sheet be put in that says the documents are confidential       |
| 06:09 | 23 | but that any of the excerpts that have been highlighted be         |
| 06:09 | 24 | subject to the redactions that we have provided.                     |
| 06:09 | 25 | THE COURT:  Any objection to that?                                   |

OFFICIAL TRANSCRIPT

06:09 | 1   **MR. LANGAN:**  No objection to that, Your Honor.

06:09 | 2           If I may, to the extent we are going down this

06:09 | 3   road and completing this process, we did have our own

06:09 | 4   designations and our own exhibits.  We would want to offer

06:09 | 5   those, assuming that this process is going to continue over our

06:10 | 6   objection.  We certainly would make that offer as well.  We've

06:10 | 7   designated testimony and offered exhibits.  If this is the way

06:10 | 8   the Court is going to do it, we would offer those.

06:10 | 9           But the two-page summaries aren't going to be

06:10 | 10  part of this?  I think we talked about that.

06:10 | 11          **THE COURT:**  No, no.

06:10 | 12          **MR. LANGAN:**  I want to make sure inData knows that

06:10 | 13  because I think there's been some miscommunication about that.

06:10 | 14          **THE COURT:**  I think I was pretty clear about that.

06:10 | 15          Jordan, do you agree with that?

06:10 | 16          **MR. RAY:**  More than clear, Judge.

06:10 | 17          **THE COURT:**  Thank you.

06:10 | 18          **MR. LANGAN:**  Thank you, Your Honor.

06:10 | 19          **MR. CARTER WILLIAMS:**  Carter Williams for Transocean.

06:10 | 20  I just want to generally agree with Andy and Alan on the

06:10 | 21  objections.  We have lodged objections not only to the

06:10 | 22  testimony in the bundles but also to the exhibits in the bundle

06:10 | 23  both generally with our testimony objections as well as in

06:10 | 24  filed objections with this Court.  So we want to preserve that.

06:10 | 25          I also want to note that as this case is moving

06:11   1   forward, it looks like Transocean will be presenting its case
06:11   2   in the next few weeks.  So probably at next week's marshaling
06:11   3   conference, if it's appropriate, we will offer our list of
06:11   4   bundles that we want to introduce in our case.
06:11   5           THE COURT:  I'm going to think about that.  We can
06:11   6   chew on it a little further tomorrow.  Your objections are
06:11   7   noted.  Thank you.
06:11   8           MR. YORK:  Your Honor, again Alan York for
06:11   9   Halliburton.  At the risk of agreeing with Andy twice in the
06:11  10   same afternoon, Halliburton will also offer its deposition
06:11  11   cuts, its exhibits associated with the bundles that are
06:11  12   associated with 126 that the PSC has offered at this time.
06:11  13           THE COURT:  Those are all coming in.  When we admit a
06:11  14   bundle, everybody's designations, everybody's what we have
06:11  15   called cuts are coming in.  That's why they are called bundles.
06:11  16               Right, David?
06:12  17           MR. JONES:  That's right, Your Honor.
06:12  18           THE COURT:  Go ahead.
06:12  19           MR. JONES:  I have now spoken more at the podium than
06:12  20   I have spoken all week.  Just in the interest of preserving the
06:12  21   record, I will make the same objection, that we want to
06:12  22   preserve our objection to the testimony and to the exhibits.
06:12  23           THE COURT:  Thank you, David.
06:12  24           MR. TANNER:  Your Honor, I have to preserve the
06:12  25   record as well.  I thought you answered it a second ago.  When

06:12  1   one comes in, they all come in.  But in preserving my
06:12  2   preserving, I will preserve.
06:12  3        THE COURT:  If you will recall, I don't think you
06:12  4   should be sitting in the courtroom.  I think you should be in
06:12  5   another courtroom.
06:12  6        MR. TANNER:  Your Honor, I will write it up right now
06:12  7   if you'd like.
06:12  8        THE COURT:  Let's do a few -- is there anything
06:12  9   else --
06:12  10       MR. O'KEEFE:  We have to get inData to give Stephanie
06:12  11   the hard drive with the bundles.
06:12  12       THE COURT:  Okay.  InData, do you want to give
06:12  13   Stephanie the hard drives?
06:13  14       THE DEPUTY CLERK:  With a hard copy of something
06:13  15   that's on the disc?
06:13  16       THE COURT:  Yes.
06:13  17          Let me do a few cleanup items, guys.  Sterbcow.
06:13  18       MR. STERBCOW:  I'm sorry.
06:13  19       THE COURT:  Okay.  Guys, when you-all do video clips
06:13  20   during the course of trial, we are not taking those down.  We
06:13  21   are not transcribing those.
06:13  22       THE DEPUTY CLERK:  When they are in lieu of
06:13  23   testimony.
06:13  24       THE COURT:  When they are in lieu of testimony,
06:13  25   right?  We are not transcribing those.  You will present to

06:14　　1　Stephanie a thumb drive or a CD or a hard drive with your video

06:14　　2　clips on it.

06:14　　3　　　　　　MR. O'KEEFE:  Your Honor, you misspoke yourself.

06:14　　4　　　　　　THE COURT:  What did I say?

06:14　　5　　　　　　MR. O'KEEFE:  You said "video clip."  The video

06:14　　6　excerpts are not being recorded by the court reporter.  She is

06:14　　7　just making a notation of Lacy or Hayward video excerpt.  But

06:14　　8　if Jim Roy reads an excerpt, a clip, "On such-and-such a day,

06:14　　9　you said so-and-so" --

06:14　　10　　　　　　THE COURT:  If you all showed a video in lieu of live

06:14　　11　testimony, Stephanie needs to take that into evidence.  Would

06:14　　12　you please present her with either a thumb drive or a video or

06:14　　13　a hard drive appropriately labeled so that she can put it into

06:14　　14　evidence.  What we need is who is the deponent, what day was it

06:14　　15　presented.

06:15　　16　　　　　　　　　What else do you want on the identification,

06:15　　17　Stephanie?

06:15　　18　　　　　　THE DEPUTY CLERK:  That sounds good.

06:15　　19　　　　　　THE COURT:  If there's more than one deposition on

06:15　　20　it -- or do you want one --

06:15　　21　　　　　　THE DEPUTY CLERK:  The one I have has two on it, and

06:15　　22　that's fine.

06:15　　23　　　　　　THE COURT:  That would be appropriate as well.  If

06:15　　24　you want to give her a hard drive with the videos that were

06:15　　25　played in court in lieu of live testimony, just make sure it's

06:15　　1　appropriately labeled so it can come into evidence.

06:15　　2　　　　　　　　Steve?

06:15　　3　　　　　　　MR. HERMAN:  Steve Herman for the PSC.  I know that

06:15　　4　everybody's tired and wants to go home, but just in planning

06:15　　5　for next week, I think it would be helpful.  We had discussed

06:15　　6　and, I think, approved that before we rest and then before

06:15　　7　Transocean rests, which seems a lot sooner rather than later at

06:15　　8　this point, at least for the record we would be submitting the

06:15　　9　transcripts of witnesses that are expected to appear live and

06:15　 10　witnesses who have taken the Fifth Amendment, so that if any

06:15　 11　defendants file a motion for a directed verdict, that it would

06:16　 12　be in the record, so to speak.  However, assuming that the

06:16　 13　witness actually -- with respect to live witnesses, assuming

06:16　 14　they actually showed up -- their deposition transcripts would

06:16　 15　be replaced with their trial testimony.

06:16　 16　　　　　　　THE COURT:  With their live testimony.

06:16　 17　　　　　　　MR. HERMAN:  Can we do that just on the record, or do

06:16　 18　you actually want us to provide the Court with the transcripts?

06:16　 19　　　　　　　THE COURT:  No.  I want you to do it for the record.

06:16　 20　Remember that when we do the actual marshaling, if the witness

06:16　 21　came live, you need to make the record that you are withdrawing

06:16　 22　that transcript.

06:16　 23　　　　　　　MR. HERMAN:  Yes, Your Honor.

06:16　 24　　　　　　　THE COURT:  If the witness came live.

06:16　 25　　　　　　　Is there anything else we need to cover?  Lots

06:16    1    to do to make it right next week, huh?

06:16    2              All right.  Thanks everybody.  Have a good

06:16    3    evening.

06:16    4              THE DEPUTY CLERK:  All rise.

06:16    5              (Proceedings adjourned.)

06:16    6                          * * *

         7                         **CERTIFICATE**

         8              I, Toni Doyle Tusa, CCR, FCRR, Official Court

         9    Reporter for the United States District Court, Eastern District

        10    of Louisiana, do hereby certify that the foregoing is a true

        11    and correct transcript, to the best of my ability and

        12    understanding, from the record of the proceedings in the

        13    above-entitled matter.

        14

        15

        16                        _s/ Toni Doyle Tusa_____
                                  Toni Doyle Tusa, CCR, FCRR
        17                        Official Court Reporter

        18

        19

        20

        21

        22

        23

        24

        25

**$**

$10 [1] 1142/5
$10 billion [1] 1142/5
$34 [1] 1142/12
$34 billion [1] 1142/12

**-**

-16 [1] 1279/17
-17 [1] 1279/17

**.**

.13.1 [1] 1170/23
.3.1 [1] 1176/17
.5.1 [1] 1233/15

**0**

0002 [2] 1199/23 1202/11
01241 [1] 1140/8
02771 [1] 1130/7
03851 [1] 1158/2
04411 [1] 1140/8
07346 [1] 1298/24
07364 [1] 1299/1

**1**

1.1 [1] 1158/12
1.4 [1] 1239/9
1.65.1 [1] 1203/3
1.9.3.1 [1] 1220/16
1.93.1 [1] 1214/25
10 [2] 1161/12 1295/7
10 seconds [1] 1275/1
10-60 [4] 1211/19 1212/22 1213/2
  1213/7
10-CV-02771 [1] 1130/7
10-CV-4536 [1] 1130/9
10-MD-2179 [1] 1130/4
10-minute [3] 1214/22 1215/10 1217/7
100 [1] 1131/16
100,000 [1] 1142/4
1000 [2] 1134/17 1135/16
1001 [1] 1134/10
101 [2] 1131/19 1221/2
1017 [1] 1217/5
107 [1] 1221/2
108 [2] 1214/14 1214/14
11 [1] 1197/7
1100 [1] 1134/6
1110 [1] 1134/20
1148 [1] 1266/16
12 [3] 1259/9 1259/11 1259/15
120 [5] 1295/5 1295/8 1296/19 1296/23
  1297/3
1201 [2] 1134/3 1135/9
1220 [1] 1288/24
1221 [1] 1135/5
1241 [2] 1290/9 1291/2
1243 [1] 1136/6
1250 [1] 1214/23
126 [2] 1299/14 1303/12
126 bundles [1] 1252/19
1263 [1] 1217/6
13 [1] 1293/13
13,000 feet [1] 1205/5
1308 [1] 1131/22
1311 [1] 1288/14
1331 [1] 1135/12
1335 [1] 1288/3
1337 [4] 1288/5 1288/10 1288/11
  1297/22
1343 [2] 1288/17 1289/14
1350 [1] 1214/23
1374 [4] 1267/22 1267/24 1267/25

1268/3
14 [2] 1371/18 1372/1
1400 pounds [1] 1229/12
14271 [1] 1132/25
15 [1] 1199/11
16 [1] 1279/17
1601 [1] 1131/3
1665 [1] 1135/12
1694 [2] 1267/3 1267/12
17 [1] 1279/17
1700 [1] 1135/9
1734 [3] 1182/2 1262/1 1262/10
1742 [1] 1245/20
180 [2] 1232/25 1236/5
180 deliverables [1] 1233/6
182 [1] 1232/17
1831 [1] 1268/10
186 [1] 1232/17
1885 [1] 1133/12
19 [1] 1259/10
1967 [1] 1288/23

**2**

2-26 [3] 1244/7 1245/7 1297/3
2-26 and [1] 1244/25
2-27 [1] 1282/6
2.3 [1] 1240/13
20 [4] 1130/5 1161/12 1190/9 1230/7
20,001 [2] 1245/9 1245/10
200 [2] 1142/3 1232/25
20004 [2] 1132/25 1134/4
2001 [1] 1245/8
2003 [1] 1244/2
20044 [2] 1132/20 1133/6
2008 [3] 1150/9 1150/9 1158/18
  1160/14 1168/7 1168/9 1169/4 1169/6
  1170/10 1172/12 1172/18 1173/7
  1180/24
2009 [9] 1158/16 1158/18 1159/1
  1160/15 1160/25 1172/18 1179/14
  1179/21 1180/6
2010 [23] 1130/5 1153/12 1153/12
  1158/6 1158/14 1160/7 1160/12 1160/23
  1161/7 1161/8 1161/16 1164/6 1164/18
  1172/19 1178/22 1180/8 1183/23 1186/8
  1189/20 1190/9 1190/12 1201/1 1210/17
2012 [1] 1301/9
2013 [2] 1130/7 1137/2
2017 [1] 1294/5
20198 [1] 1268/11
2022 [1] 1294/6
2023 [1] 1294/6
2024 [1] 1245/18
2029 [1] 1294/6
20308 [3] 1263/16 1283/1 1283/17
20309 [4] 1263/22 1283/1 1283/2
  1284/3
20403 [1] 1263/25
20443 [4] 1283/12 1297/10 1297/13
  1297/16
2058 [1] 1214/22
21 [3] 1203/7 1203/17 1223/9
2101 [3] 1215/15 1216/9 1221/9
2108 [6] 1214/22 1215/15 1216/9
  1217/11 1221/9 1221/10
2114 [2] 1217/11 1221/10
2130 [1] 1221/5
2131 [1] 1221/11
2141 [4] 1221/21 1221/23 1222/5
  1222/18
2147 [2] 1222/14 1222/19
2179 [3] 1130/4 1256/19 1256/20
2187 [1] 1267/20

22 [2] 1170/25 1189/16
22 [1] 1141/22
2216 [1] 1132/9
226 [1] 1244/2
22784 [1] 1291/21
2279 [2] 1273/11 1281/21
22881 [6] 1254/14 1254/18 1295/9
  1297/3 1297/5 1297/6
22nd [1] 1131/10
23451 [1] 1131/10
2352 [1] 1261/24
2360 [2] 1235/22 1235/23
24 [3] 1158/5 1158/14 1160/7
2445 [1] 1262/25
248 [1] 1218/3
248 psi [1] 1217/13
250 [1] 1218/3
250 pounds [1] 1217/6
26 [8] 1232/15 1232/19 1233/1 1233/5
  1235/1 1244/7 1245/7 1297/3
26 recommendations [5] 1234/2 1235/10
  1236/4 1237/8 1237/16
2615 [1] 1131/6
2654 [1] 1288/15
2670 [4] 1245/25 1291/22 1291/23
  1294/3
2671 [1] 1294/5
2672 [1] 1282/1
2673 [1] 1282/1
2674 [1] 1282/1
2675 [8] 1246/24 1248/3 1248/19
  1248/20 1249/2 1257/2 1282/1 1294/4
2686 [1] 1246/1
26th [6] 1282/13 1282/16 1282/21
  1284/15 1284/17 1284/20
27 [2] 1223/9 1282/6
2701 [1] 1141/18
2729 [1] 1245/22
2730 [1] 1263/1
2731 [1] 1245/11
2732 [1] 1245/12
2734 [1] 1245/16
2735 [1] 1245/24
2737 [3] 1262/14 1284/15 1285/13
2738 [1] 1262/21
2739 [1] 1262/16
2745 [1] 1245/13
2746 [1] 1245/14
2747 [2] 1282/2 1294/3
2750 [1] 1263/6
2759 [1] 1263/4
2760 [1] 1245/15
2771 [1] 1245/18
2772 [1] 1245/19
27th [5] 1282/4 1282/20 1284/16
  1284/22 1285/6
28 [4] 1130/7 1137/2 1246/25 1263/10
282 [2] 1139/5 1285/21
2826 [1] 1245/23
2827 [1] 1263/2
2828 [1] 1263/3
283 [2] 1139/5 1285/21
2830 [2] 1268/18 1295/5
2833 [1] 1263/13
2835 [3] 1263/9 1263/11 1263/14
2837 [1] 1295/5
2839 [1] 1263/15
2841 [1] 1263/17
2843 [1] 1263/18
2845 [1] 1263/19
2849 [1] 1263/20
2851 [1] 1263/21
2853 [1] 1264/1

## 2

2855 [1]  1264/2
2868 [4]  1246/3 1246/5 1257/1 1257/4
2871 [7]  1246/7 1246/8 1248/2 1248/16 1248/17 1249/2 1257/2
2872 [1]  1262/13
2873 [1]  1263/5
2874 [8]  1249/3 1249/4 1249/7 1249/25 1257/1 1257/13 1268/15
2875 [2]  1245/17 1273/9
2883 [1]  1263/8
2887 [4]  1246/6 1257/1 1257/5 1273/10
2888 [1]  1262/12
2895 [1]  1262/17
2896 [1]  1262/18
2897 [1]  1262/20
2898 [1]  1262/19
29 [1]  1223/10
2903 [1]  1179/7
2908 [7]  1268/19 1268/25 1270/16 1270/17 1296/18 1296/18 1296/22
2912 [3]  1274/16 1274/20 1281/21
2913 [2]  1274/20 1281/21
2914 [2]  1274/20 1281/21
2915 [9]  1254/10 1254/11 1254/15 1279/5 1279/16 1279/16 1279/17 1280/7 1281/24
2916 [1]  1281/24
2917 [1]  1282/1
2918 [1]  1282/1
2919 [1]  1262/15
2920 [3]  1282/5 1282/9 1282/11
2921 [1]  1262/11
29408 [1]  1271/1
296.6.1 [2]  1224/3 1227/20

## 3

3.1 [1]  1173/22
3.1-B [2]  1200/16 1200/18
3.2 [2]  1174/3 1180/20
3.3 [4]  1175/23 1180/19 1180/20 1182/14
3.3.2 [3]  1181/15 1181/17 1182/16
3.4 [2]  1173/19 1180/20
30 [6]  1150/4 1150/5 1187/12 1188/1 1188/3 1219/2
30 minutes [2]  1196/6 1231/3
30 percent [1]  1158/22
30 years [1]  1187/5
30-minute [1]  1195/20
300 [2]  1133/23 1158/19
300-page [1]  1278/21
3089 [1]  1134/17
3145 [1]  1281/21
32 [1]  1145/8
32019 [1]  1288/20
335 [1]  1134/14
352 [1]  1241/24
3553 [1]  1287/19
3554 [1]  1287/20
3564 [1]  1287/21
3571 [1]  1137/12
3574 [1]  1137/15
35th [1]  1134/14
36028 [1]  1132/13
36130 [1]  1133/10
36604 [1]  1131/4
3668 [1]  1130/20
3700 [2]  1134/6 1134/10
3715 [1]  1297/24
3727 [1]  1288/2
3732 [2]  1287/25 1289/8

3733 [2]  1288/13 1289/12
3734 [1]  1286/1
3851 [1]  1158/4
39 [1]  1141/20
3995 [1]  1295/4
3Q [1]  1159/9

## 4

4.1.2 [1]  1186/19
4.4 [1]  1202/17
4.4-0002 [1]  1199/23
4000 [1]  1135/16
4019 [1]  1291/19
402 [1]  1131/10
4021 [1]  1287/24
4022 [1]  1287/23
4047 [1]  1288/1
406 [1]  1135/19
41 [1]  1291/12
41063 [1]  1297/25
4135 [2]  1291/8 1291/16
4160 [2]  1139/5 1285/22
4170 [1]  1267/15
4171 [3]  1267/17 1267/19 1294/6
4261 [2]  1267/4 1267/14
43 [1]  1300/14
4307A [2]  1189/11 1189/14
4310 [1]  1132/6
4342 [1]  1203/14
435 [1]  1131/19
4362 [2]  1267/21 1268/6
4363 [1]  1291/18
4364 [2]  1153/23 1153/25
4367.2 [1]  1235/25
4367.3 [1]  1236/24
4367.4 [2]  1237/13 1237/21
4367.5 [1]  1238/15
4367.6 [1]  1239/7
4367.7 [1]  1240/8
44024 [1]  1268/8
44027 [1]  1268/9
4411 [4]  1289/23 1290/7 1290/23 1290/25
450 [1]  1132/13
4500 [1]  1135/5
45002.23.1 [1]  1177/11
45002.3.1 [2]  1175/18 1176/16
45002.30.1 [1]  1186/17
45002.55.1 [1]  1183/11
45005.5.2 [1]  1200/7
45006.16.1 [1]  1185/22
45006.7.1 [2]  1172/24 1173/17
45008 [1]  1170/7
45008.13.1 [1]  1172/23
45013.3.1 [1]  1184/5
45062 [1]  1265/16
4533 [2]  1288/12 1291/20
4535 [1]  1288/16
4536 [1]  1130/9
4538 [1]  1288/25
45393 [1]  1281/22
47 [1]  1222/21
47182 [1]  1268/7
47221 [1]  1268/12
47414 [1]  1266/13
47541 [1]  1294/5
47549 [1]  1294/6
47647 [4]  1195/15 1195/16 1196/13 1242/4
4776 [1]  1288/19
48-50 [2]  1181/23 1183/3
48154 [1]  1266/11
48157 [1]  1265/14

48250 [1]  1268/14
4430 [1]  1268/14
4Q [1]  1159/8

## 5

5,000-foot [1]  1205/3
50 [8]  1181/23 1182/6 1182/19 1183/3 1190/2 1191/19 1192/5 1244/6
50 people [1]  1196/24
50 witnesses [1]  1191/14
500 [3]  1130/20 1133/9 1135/19
500 psi [1]  1221/3
5000 [1]  1133/19
504 [1]  1135/20
51165 [2]  1140/8 1291/5
52673 [1]  1282/2
5395 [1]  1132/13
546 [1]  1134/23
556 [1]  1130/20
5689 [3]  1262/2 1262/5 1268/13
5692 [1]  1265/15
571 [1]  1266/15
572 [1]  1266/12
5777 [2]  1267/5 1267/13
5837 [1]  1288/21
589-7778 [1]  1135/20
5944 [3]  1273/25 1274/1 1274/15
5946 [10]  1264/3 1264/8 1264/15 1264/19 1264/20 1265/5 1266/19 1266/20 1266/21 1267/1
5950 [1]  1263/7
5958 [1]  1265/17
5959 [1]  1265/18
5963 [1]  1265/23
5965 [1]  1266/4
5966 [2]  1266/5 1268/17
5967 [1]  1266/6
5969 [1]  1266/10
5973 [1]  1266/17
5974 [1]  1266/18
5976 [1]  1266/7
5984 [1]  1265/24
5994 [3]  1273/17 1273/23 1295/5

## 6

60 [6]  1211/19 1212/10 1212/18 1212/22 1213/2 1213/7
600 [3]  1131/10 1131/13 1134/17
6000 [1]  1286/2 1286/5
6001 [2]  1286/2 1286/5
601 [1]  1131/6
6014 [2]  1286/2 1286/5
6015 [2]  1264/4 1265/12
6016 [1]  1286/5
6017 [3]  1264/5 1265/13 1286/12
6025-A [1]  1285/2
6025-C [1]  1285/3
6065 [1]  1265/21
60654 [1]  1133/24
618 [1]  1132/3
6217 [1]  1287/22
6257 [1]  1265/22
65 [1]  1203/5
6593 [3]  1139/17 1140/3 1285/6

## 7

7-5395 [1]  1132/13
70 [2]  1159/24 1160/8
701 [2]  1133/16 1133/19
70113 [1]  1130/24
70130 [6]  1131/7 1131/13 1132/10 1133/17 1134/24 1135/19
70139 [1]  1133/20

**7**

70163 [1] 1134/7
70360 [1] 1131/20
70458 [1] 1131/23
70501 [1] 1134/18
70502 [1] 1130/21
70801 [1] 1132/4
70804 [1] 1133/13
7099 [1] 1266/8
7210 [1] 1233/14
7210.1.1 [1] 1233/14
7346 [10] 1254/25 1275/21 1275/24
 1277/10 1277/15 1279/25 1280/11
 1280/20 1281/2 1281/23
7364 [10] 1275/21 1275/24 1277/10
 1277/15 1279/25 1280/11 1280/20
 1280/20 1281/2 1281/25
7411 [3] 1289/3 1289/4 1289/17
7441 [1] 1289/1
751 [1] 1291/11
7510 [2] 1287/17 1291/17
7511 [2] 1287/18 1289/21
7520 [1] 1297/23
75270 [1] 1135/10
7611 [1] 1132/19
77002 [2] 1134/10 1135/17
77006 [1] 1132/7
77010 [2] 1135/5 1135/13
77098 [1] 1134/21
7778 [1] 1135/20
78 [2] 1212/4 1212/5
78257 [1] 1131/17

**8**

8018 [1] 1265/19
8093 [1] 1266/14
8186 [1] 1288/22
820 [1] 1130/23
860 [1] 1146/3
861 [1] 1147/21
866 [2] 1265/20 1266/9
87 [2] 1259/1 1259/2
89052 [2] 1285/14 1285/21
8:00 a.m [1] 1241/20
8:20 [1] 1230/7
8:50 [1] 1223/25
8:52 [1] 1227/23

**9**

90071 [1] 1134/14
911 [1] 1209/16
912 [1] 1210/8
91382 [5] 1194/23 1195/2 1196/19
 1198/17 1208/10
94005 [1] 1133/13
94102 [1] 1132/14
9:00 [2] 1223/25 1228/24
9:00 between [3] 1224/22 1228/1 1229/2
9:00 to [1] 1228/19
9:01 [2] 1216/10 1216/11
9:08 [3] 1216/10 1216/11 1217/11
9:14 [1] 1217/11
9th [1] 1131/13

**A**

a.m [1] 1241/20
Abby [4] 1288/7 1289/5 1289/6 1289/20
ability [11] 1155/12 1189/6 1193/11
 1193/19 1193/25 1194/19 1201/4 1201/6
 1201/9 1301/16 1307/11
able [7] 1155/5 1162/16 1172/7 1194/9
 1194/22 1201/7 1239/25

abnormality [1] 1232/2
abolished [1] 1150/5
about [129] 1138/2 1141/15 1142/3
 1142/24 1143/18 1144/17 1145/10
 1145/17 1146/23 1152/23 1154/18
 1155/15 1157/3 1161/1 1161/2 1161/2
 1162/21 1164/24 1165/12 1166/2 1166/6
 1166/8 1166/15 1166/19 1167/6 1167/11
 1167/21 1169/18 1170/5 1172/9 1173/2
 1174/20 1174/21 1177/9 1178/2 1179/16
 1180/16 1181/23 1182/5 1184/3 1184/10
 1185/15 1185/17 1188/11 1189/25
 1190/2 1190/15 1190/16 1191/19
 1192/14 1192/22 1193/6 1194/14
 1197/22 1198/14 1199/5 1199/11
 1199/19 1202/14 1202/20 1204/2
 1204/13 1205/5 1205/19 1209/23 1211/5
 1211/18 1212/8 1214/5 1215/10 1217/6
 1218/3 1218/13 1221/3 1221/20 1222/2
 1222/14 1223/1 1223/23 1224/25
 1227/23 1228/5 1228/16 1229/6 1229/12
 1230/7 1230/12 1231/2 1231/6 1231/7
 1232/2 1232/7 1232/25 1235/7 1235/20
 1236/2 1236/11 1236/25 1237/11 1238/2
 1240/13 1240/20 1243/9 1249/24
 1252/11 1257/9 1257/9 1259/5 1259/20
 1260/10 1261/17 1265/7 1273/18
 1277/21 1278/15 1278/24 1281/8
 1281/11 1282/13 1285/11 1286/19
 1295/6 1298/16 1300/15 1300/20
 1302/10 1302/13 1302/14 1303/5
above [7] 1173/20 1182/13 1200/16
 1203/8 1207/17 1241/23 1307/13
above-entitled [1] 1307/13
Abramson [1] 1131/5
absence [1] 1227/14
absolutely [10] 1159/16 1185/1 1185/12
 1190/14 1191/4 1202/19 1214/4 1272/7
 1299/22 1300/3
Academy [6] 1164/20 1164/24 1165/1
 1165/7 1166/12 1167/4
accept [1] 1234/1
acceptable [1] 1239/22
access [7] 1178/25 1191/21 1191/24
 1193/18 1194/2 1194/3 1201/4
accident [14] 1145/24 1181/18 1181/19
 1181/20 1182/4 1182/7 1182/8 1182/17
 1197/13 1197/16 1198/2 1201/8 1223/9
 1226/24
accidents [4] 1177/16 1181/9 1236/9
 1283/21
accomplish [3] 1165/13 1166/7 1253/8
accomplishment [1] 1152/9
according [1] 1295/20
account [1] 1227/13
accountability [1] 1162/21
accountable [8] 1150/20 1162/11
 1162/22 1162/23 1162/24 1168/3 1171/1
 1200/13
accurate [7] 1176/8 1185/8 1211/15
 1236/18 1238/13 1271/21 1272/9
achieve [2] 1163/7 1177/17
achieved [1] 1213/10
achieving [1] 1164/11
across [8] 1160/15 1160/20 1163/22
 1164/19 1171/3 1189/7 1234/11 1234/16
act [1] 1162/11
acted [1] 1153/18
acting [2] 1162/15 1184/17
action [10] 1197/12 1202/2 1221/9
 1221/22 1222/17 1235/9 1236/18
 1237/15 1238/10 1239/3
actions [12] 1142/20 1194/8 1232/25

1232/25 1234/20 1234/24 1235/1
 1239/12
activities [5] 1163/22 1179/23 1186/3
 1226/25 1234/10
activity [5] 1150/19 1152/20 1164/4
 1168/17 1186/11
actual [7] 1211/7 1270/20 1270/23
 1287/2 1290/12 1298/6 1306/20
actually [25] 1147/13 1173/19 1201/8
 1202/4 1207/20 1215/12 1216/1 1218/14
 1220/25 1229/5 1246/4 1251/8 1253/16
 1255/22 1256/18 1269/16 1273/1 1285/3
 1286/25 1295/18 1297/14 1300/15
 1306/13 1306/14 1306/18
acute [1] 1142/3
adaptation [1] 1145/19
adapted [3] 1145/11 1145/18 1145/24
added [2] 1256/7 1256/9
addition [1] 1300/5
address [7] 1233/10 1233/11 1233/12
 1237/4 1249/5 1256/9 1256/11
addressed [1] 1236/20
adjourned [1] 1307/5
adjustments [1] 1163/5
admission [4] 1247/11 1262/22 1264/10
 1271/20
admit [10] 1265/2 1270/17 1277/14
 1285/20 1287/6 1293/25 1296/25
 1298/25 1299/1 1303/13
admitted [218]
admitting [3] 1270/9 1294/2 1296/23
adopt [1] 1301/3
adopted [4] 1185/4 1185/7 1232/19
 1300/19
adopters [1] 1172/15
advance [3] 1213/24 1255/3 1272/6
advanced [1] 1240/10
advice [1] 1164/2
advised [2] 1228/5 1265/8
affect [2] 1194/19 1201/9
affected [2] 1209/8 1239/1
affecting [1] 1142/6
afraid [1] 1187/3
after [30] 1144/3 1148/2 1148/12 1183/5
 1187/22 1194/16 1196/23 1197/11
 1206/2 1206/7 1208/24 1217/13 1220/19
 1222/14 1229/14 1229/15 1232/3 1237/1
 1237/10 1247/9 1252/1 1252/18 1254/6
 1255/4 1255/9 1261/16 1269/22 1271/3
 1272/8 1272/8
aftermath [1] 1226/23
afternoon [15] 1130/14 1137/1 1138/22
 1140/15 1140/25 1141/1 1149/21 1243/5
 1243/6 1252/19 1252/20 1289/21
 1290/15 1292/25 1303/10
again [23] 1140/1 1143/7 1151/4
 1152/13 1154/10 1160/10 1180/23
 1184/7 1184/20 1185/6 1204/18 1205/16
 1216/25 1219/16 1220/20 1222/2 1227/4
 1241/21 1247/7 1251/16 1269/6 1289/5
 1303/8
against [8] 1153/22 1156/9 1162/2
 1162/18 1175/14 1183/16 1183/25
 1186/12
agenda [2] 1169/22 1169/23
ago [4] 1235/5 1255/19 1273/18 1303/25
agree [20] 1141/2 1141/5 1152/24
 1153/1 1156/18 1192/11 1213/6 1213/15
 1248/24 1249/19 1260/16 1260/18
 1269/14 1277/10 1282/16 1284/19
 1295/11 1297/15 1302/15 1302/20
agreed [2] 1213/2 1298/25

A

agreeing [2] 1261/1 1303/9
agreement [10] 1144/16 1149/18 1172/4
1253/15 1294/18 1297/16 1298/10
1298/12 1298/13 1298/22
ahead [10] 1143/25 1218/24 1224/16
1228/13 1235/17 1254/4 1265/2 1270/17
1298/23 1303/18
aid [3] 1259/20 1259/21 1259/24
aided [1] 1135/25
aids [5] 1250/3 1250/4 1250/6 1250/12
1250/14
al [2] 1130/8 1130/11
Alabama [8] 1131/4 1133/7 1133/8
1133/10 1137/4 1140/11 1140/12 1143/5
Alan [4] 1301/1 1301/2 1302/20 1303/8
ALEX [1] 1135/4
all [113] 1138/10 1139/23 1145/1 1145/3
1147/1 1147/2 1148/8 1151/21 1154/25
1156/25 1157/4 1161/21 1162/21
1163/19 1164/16 1166/4 1169/2 1169/21
1173/21 1173/24 1175/3 1177/4 1177/8
1177/14 1178/5 1180/3 1185/18 1185/21
1187/8 1188/7 1190/10 1191/11 1192/21
1199/13 1202/3 1203/16 1206/1 1211/2
1211/13 1214/17 1223/15 1223/15
1223/18 1224/21 1225/8 1231/20
1231/22 1232/3 1232/4 1232/4 1232/19
1233/5 1233/5 1234/1 1235/1 1235/1
1235/2 1241/17 1242/10 1242/12 1243/7
1243/9 1243/20 1246/21 1248/2 1248/21
1250/3 1250/24 1251/15 1252/12
1252/19 1252/21 1254/6 1256/2 1256/12
1256/24 1257/15 1260/4 1261/12
1261/14 1261/21 1264/17 1269/7 1271/4
1271/18 1272/2 1272/7 1272/12 1273/6
1274/17 1274/22 1282/19 1284/9
1285/25 1286/5 1289/14 1292/7 1292/14
1296/1 1296/3 1296/7 1296/10 1297/15
1298/14 1298/15 1299/19 1303/13
1303/20 1304/1 1304/19 1305/10 1307/2
1307/4
ALLAN [2] 1133/15 1140/15
allow [7] 1155/9 1172/3 1172/6 1193/3
1197/16 1198/11 1199/3
allowed [2] 1148/11 1251/24
allows [1] 1155/7
almost [2] 1138/10 1162/13
along [9] 1180/3 1195/4 1195/21
1196/14 1206/16 1208/12 1235/8 1256/4
1287/16
already [14] 1137/21 1138/5 1139/18
1139/21 1140/3 1143/21 1173/5 1271/25
1281/23 1281/25 1284/15 1296/14
1296/15 1296/22
also [40] 1141/5 1146/9 1146/19
1147/22 1152/20 1155/9 1157/8 1157/11
1163/15 1166/9 1166/22 1167/7 1168/16
1178/15 1180/8 1190/13 1191/24
1195/11 1205/18 1211/18 1219/6
1219/21 1219/25 1230/12 1232/11
1234/16 1239/9 1239/18 1240/19 1244/7
1260/4 1260/9 1272/11 1274/5 1284/19
1300/8 1301/18 1302/22 1302/25
1303/10
although [3] 1252/13 1254/18 1255/18
always [3] 1156/7 1187/15 1307/14
am [11] 1156/20 1166/14 1167/5
1257/20 1269/7 1269/9 1270/21 1285/18
1291/22 1293/25 1294/2
amend [1] 1186/4
Amendment [1] 1306/10

AMERICA [8] 1130/10 1132/12 1132/16
1132/22 1133/1 1133/5 1133/21 1137/3
amount [2] 1142/11 1142/16
analysis [1] 1146/10
and/or [1] 1142/6
Andre [1] 1289/5
ANDREW [1] 1133/22
Andy [6] 1258/11 1270/3 1299/17 1300/3
1302/20 1303/9
Andy's [1] 1301/3
Angeles [1] 1134/14
announce [1] 1241/21
announcement [1] 1270/19
announcement [1] 1158/21
annual [2] 1183/17 1184/16
annually [3] 1170/2 1177/20 1185/13
annular [10] 1204/10 1204/21 1205/16
1205/18 1209/5 1210/14 1211/13
1215/20 1222/11 1222/18
annulus [5] 1202/24 1203/20 1211/3
1211/4 1211/10
anomalies [8] 1214/8 1214/10 1214/15
1214/17 1220/10 1221/8 1221/16
1221/19
anomaly [7] 1215/7 1216/4 1216/14
1216/18 1216/25 1218/5 1220/10
another [20] 1139/19 1144/5 1151/10
1164/9 1172/7 1172/18 1180/18 1187/22
1198/13 1220/11 1220/20 1220/23
1222/11 1222/19 1229/8 1250/11 1251/9
1264/25 1297/15 1304/5
answer [1] 1148/20
answered [1] 1303/25
ANTHONY [15] 1132/9 1246/11 1246/12
1250/25 1259/23 1263/11 1282/12
1283/7 1286/23 1287/10 1292/8 1295/11
1295/15 1296/17 1297/2
Antonio [1] 1131/17
any [59] 1139/12 1139/23 1140/9 1140/9
1142/23 1143/5 1145/25 1153/5 1155/9
1161/12 1163/12 1164/16 1168/24
1168/24 1183/22 1185/4 1185/7 1187/7
1192/2 1192/5 1192/11 1192/13 1193/6
1193/8 1194/12 1197/12 1198/13
1200/15 1209/14 1209/15 1209/23
1218/21 1219/10 1220/4 1221/8 1221/18
1221/18 1221/19 1221/22 1225/14
1227/9 1239/23 1254/5 1254/17 1256/13
1264/21 1270/13 1270/16 1274/13
1274/25 1275/18 1277/3 1292/10 1293/7
1296/2 1299/16 1301/23 1301/25
1306/10
anybody [9] 1139/11 1139/23 1241/25
1246/9 1275/17 1276/1 1277/7 1293/12
1298/1
anyone [6] 1160/16 1219/10 1220/4
1231/9 1232/1 1294/1
anything [21] 1148/8 1148/13 1148/25
1154/18 1154/23 1155/10 1161/11
1188/8 1188/9 1231/6 1241/25 1248/12
1260/22 1260/23 1261/23 1262/21
1264/10 1296/5 1300/20 1304/8 1306/25
anyway [3] 1210/25 1254/7 1270/6
anywhere [2] 1187/7 1187/11
API [1] 1238/6
APLC [1] 1133/18
apologize [1] 1227/24 1254/24
appeal [1] 1253/18
appear [2] 1180/14 1306/9
appearance [1] 1137/11
Appearances [6] 1130/17 1131/1 1132/1
1133/1 1134/1 1135/1
appears [6] 1180/13 1195/10 1195/22

1200/3 1200/22 1210/9
appear [1] 1235/1
Appendix [4] 1173/25 1174/7 1174/14
1176/1
applicable [2] 1186/20 1201/22
application [2] 1166/10 1186/2
applied [4] 1185/19 1186/6 1187/8
1187/15
applies [5] 1130/6 1180/2 1185/16
1186/10 1187/13
apply [5] 1177/6 1185/25 1188/5 1230/8
1260/18
applying [1] 1188/1
appreciate [1] 1300/13
appreciated [4] 1153/7 1250/15 1250/20
1251/11
approach [5] 1161/10 1171/3 1207/9
1208/5 1277/22
appropriate [6] 1172/3 1202/7 1202/10
1279/7 1303/3 1305/23
appropriately [2] 1305/13 1306/1
appropriation [1] 1142/25
approval [1] 1200/15
approvals [1] 1234/18
approve [1] 1176/19
approved [4] 1173/6 1174/13 1176/18
1306/6
approver [1] 1185/18
approving [2] 1184/7 1191/2
approximately [9] 1150/4 1190/1 1191/13
1195/20 1223/25 1224/22 1228/1
1228/23 1229/2
APRIL [12] 1130/5 1153/12 1161/7
1164/6 1164/18 1183/23 1186/8 1189/16
1190/9 1190/12 1201/1 1230/7
April 20 [2] 1190/9 1230/7
April 2010 [4] 1161/7 1164/18 1183/23
1201/1
April 22 [1] 1189/16
are [237]
area [6] 1175/1 1200/14 1209/20
1235/16 1238/11 1238/11
areas [7] 1152/15 1159/24 1161/3
1176/24 1190/5 1233/8 1234/9
aren't [2] 1217/17 1302/9
arena [1] 1155/14
argue [1] 1253/3
around [18] 1161/8 1166/5 1177/1
1184/19 1189/17 1205/3 1209/12
1210/19 1217/17 1217/19 1221/5
1221/23 1240/15 1241/4 1241/5 1241/6
1241/18 1268/22
Arrell [1] 1134/19
arrow [1] 1205/22 1211/12
arrows [1] 1206/21
as [245]
Asbill [1] 1134/8
ascertained [1] 1193/22
ask [16] 1154/11 1173/6 1179/3 1193/22
1214/21 1216/18 1219/15 1226/9 1227/9
1236/18 1247/11 1247/18 1255/25
1272/11 1272/21 1277/8
asked [23] 1143/19 1150/9 1150/25
1151/5 1152/23 1175/10 1179/15
1181/23 1182/5 1188/14 1188/17
1190/15 1192/14 1211/18 1212/8
1223/23 1227/23 1228/15 1228/18
1231/14 1244/11 1259/1 1281/11
asking [8] 1143/6 1147/11 1178/2 1193/4
1207/12 1225/10 1260/22 1260/23
asks [1] 1154/14
aspect [3] 1168/24 1170/1 1184/3
aspects [3] 1166/4 1177/4 1241/8

## A

assembly [2]  1209/11 1210/4
assess [4]  1162/7 1170/2 1182/24
 1183/25
assessment [16]  1142/23 1143/2 1143/8
 1143/11 1143/14 1174/3 1174/6 1174/6
 1174/9 1174/11 1175/2 1181/19 1184/16
 1212/17 1213/2 1213/11
ASSET [1]  1130/8
assets [1]  1187/20
assistant [1]  1220/5
assisting [2]  1164/9 1164/11
associated [11]  1143/3 1177/4 1179/17
 1181/12 1194/8 1237/4 1258/19 1259/8
 1259/15 1303/11 1303/12
assumed [1]  1231/4
assuming [5]  1276/10 1285/14 1302/5
 1306/12 1306/13
assurance [2]  1158/5 1158/6
assure [1]  1269/7
at [187]
attached [1]  1299/15
attempt [10]  1155/20 1221/18 1221/20
 1221/22 1222/3 1222/5 1222/8 1222/18
 1222/19 1222/19
attempted [1]  1247/22
attend [3]  1158/9 1165/2 1165/16
attended [2]  1164/25 1166/20
attends [1]  1165/17
attention [3]  1153/21 1160/1 1202/13
Attorney [2]  1133/7 1133/11
attorneys [1]  1151/21
attributes [1]  1239/16
audio [1]  1195/11
audio/video [1]  1195/11
audit [12]  1152/20 1154/2 1156/10
 1161/5 1161/6 1161/14 1161/19 1161/24
 1163/1 1163/7 1234/16 1238/7
auditing [3]  1162/2 1171/4 1234/15
audits [4]  1161/9 1161/13 1161/17
 1234/19
author [2]  1212/21 1213/1
authority [3]  1174/13 1174/18 1202/1
authorizes [1]  1171/21
automatic [1]  1243/14
available [6]  1145/1 1186/21 1194/15
 1208/24 1232/5 1240/17
Avenue [5]  1130/23 1132/13 1133/9
 1134/3 1134/14
average [1]  1190/2
avoid [8]  1142/16 1142/21 1144/4
 1144/11 1144/20 1197/4 1224/12 1253/6
aware [9]  1139/12 1187/11 1202/13
 1224/21 1224/24 1228/18 1228/23
 1240/2 1240/3
awareness [2]  1145/16 1229/4
awfully [1]  1243/8

## B

back [51]  1137/24 1150/1 1166/11
 1175/19 1175/20 1182/1 1182/14
 1184/19 1191/22 1195/4 1196/16
 1196/19 1198/16 1206/11 1207/19
 1208/6 1208/20 1210/10 1212/14 1217/9
 1220/9 1220/16 1226/15 1226/17
 1227/19 1230/4 1231/21 1241/15
 1242/11 1246/23 1250/2 1251/3 1251/12
 1253/7 1255/15 1255/16 1257/12 1259/1
 1264/8 1265/11 1279/3 1281/16 1282/21
 1284/17 1287/22 1289/10 1290/8
 1296/23 1299/3 1299/18 1301/9
backwards [1]  1227/24

bad [2]  1141/12 1142/25
ball [1]  1154/1
BARBIER [18]  1130/15 1248/7 1248/22
 1251/12 1253/10 1253/20 1254/2
 1254/19 1259/7 1260/24 1267/7 1269/19
 1270/19 1271/15 1274/24 1275/17
 1277/19 1300/10
Barbier's [2]  1254/3 1272/4
barrels [1]  1142/4
barrier [2]  1147/21 1203/20
barriers [7]  1197/23 1198/19 1202/25
 1223/15 1223/18 1223/20 1223/22
based [16]  1139/22 1145/11 1149/17
 1153/18 1161/10 1187/24 1207/8 1219/2
 1219/8 1220/3 1238/10 1239/4 1241/6
 1246/16 1247/7 1252/7
basically [2]  1217/25 1248/13
basis [4]  1137/20 1171/20 1207/25
 1256/15
Baton [2]  1132/4 1133/13
Baxter [1]  1252/17
be [180]
Bea [14]  1164/25 1247/6 1247/9 1248/4
 1252/16 1257/20 1258/13 1264/12
 1265/1 1266/25 1282/5 1282/7 1282/17
 1284/9
Bea's [6]  1246/13 1246/17 1247/21
 1257/14 1258/24 1284/1
Beach [1]  1131/10
bear [1]  1207/23
bearing [3]  1204/14 1204/19 1207/2
became [1]  1208/23
because [45]  1138/9 1151/21 1156/8
 1166/9 1175/7 1178/9 1187/18 1189/1
 1194/6 1204/7 1211/3 1215/22 1244/5
 1244/13 1245/6 1247/8 1247/19 1249/9
 1250/13 1251/18 1252/3 1252/11 1253/4
 1255/19 1255/23 1258/6 1270/5 1271/21
 1272/9 1272/15 1275/6 1275/8 1275/12
 1276/12 1276/19 1278/13 1278/18
 1280/2 1287/1 1292/18 1294/16 1296/1
 1296/11 1298/13 1302/13
Beck [2]  1135/2 1135/3
become [2]  1150/9 1150/25
becoming [1]  1215/23
been [106]  1137/11 1138/14 1140/22
 1144/15 1144/19 1150/2 1150/5 1152/20
 1154/13 1157/11 1157/14 1158/7 1159/6
 1159/24 1159/25 1160/2 1160/19
 1160/20 1161/16 1161/17 1162/13
 1163/12 1164/14 1171/5 1174/12
 1178/18 1181/11 1183/24 1183/25
 1185/3 1185/10 1185/15 1187/4 1191/18
 1192/5 1193/2 1194/2 1207/16 1207/17
 1209/16 1209/18 1210/13 1210/16
 1213/8 1213/12 1213/23 1214/2 1214/9
 1215/12 1216/5 1216/7 1217/7 1219/11
 1220/5 1221/8 1221/13 1222/25 1223/16
 1223/18 1225/20 1229/7 1229/7 1229/15
 1229/21 1229/22 1233/22 1233/23
 1234/10 1234/13 1235/9 1235/21
 1236/18 1236/19 1237/17 1237/19
 1237/21 1238/9 1238/10 1238/11
 1238/19 1238/20 1239/2 1239/3 1239/9
 1239/13 1243/8 1247/3 1251/21 1255/23
 1270/9 1271/15 1271/17 1274/10 1275/9
 1286/10 1286/11 1286/11 1286/16
 1290/16 1293/23 1294/22 1300/15
 1301/10 1301/13 1301/23 1302/13
before [37]  1130/15 1138/21 1143/8
 1145/11 1146/5 1152/23 1158/14 1169/7
 1169/17 1170/6 1172/19 1172/20
 1173/23 1174/8 1175/2 1175/3 1176/2

1184/1 1195/25 1199/20 1206/15 1221/8
 1246/17 1253/14 1263/12 1268/4 1282/3
 1298/21 1300/16 1300/17 1306/6 1306/6
beg [2]  1246/2 1289/2
began [2]  1226/23 1232/24
beginning [4]  1195/16 1196/9 1221/10
 1223/7
begins [1]  1223/8
begs [1]  1278/6
behalf [2]  1149/22 1276/22
being [42]  1138/1 1138/2 1164/9 1176/9
 1194/22 1198/10 1198/13 1199/25
 1209/9 1210/8 1213/4 1215/20 1217/15
 1219/9 1226/11 1235/2 1235/2 1246/19
 1246/24 1247/6 1249/12 1249/17
 1249/19 1249/19 1251/14 1254/16
 1254/18 1273/21 1273/24 1280/6 1282/5
 1282/7 1282/12 1285/6 1287/4 1288/5
 1296/3 1296/7 1296/9 1299/24 1300/9
 1305/6
belabor [1]  1300/14
believe [32]  1141/4 1141/8 1143/10
 1147/6 1149/11 1156/13 1159/17 1162/3
 1190/17 1198/15 1198/23 1208/4
 1213/10 1216/6 1217/6 1219/10 1220/4
 1222/10 1224/5 1231/18 1236/21
 1241/12 1244/3 1244/7 1246/2 1247/12
 1249/7 1257/13 1267/11 1281/6 1285/9
 1285/16
believed [1]  1208/16
below [2]  1164/23 1199/1
Ben [7]  1133/5 1138/21 1139/1 1242/4
 1269/21 1270/21 1273/7
beneath [2]  1152/17 1172/3
benefit [1]  1223/3
best [5]  1149/8 1222/13 1271/16 1287/6
 1307/11
better [13]  1151/24 1168/16 1186/25
 1187/2 1195/7 1228/12 1229/17 1244/15
 1261/10 1269/8 1269/13 1271/7 1271/11
between [14]  1150/16 1158/18 1161/25
 1211/5 1211/8 1214/21 1224/22 1228/1
 1229/2 1250/5 1259/5 1259/23 1261/25
 1293/17
big [8]  1153/10 1167/1 1189/10 1194/15
 1208/2 1222/15 1269/17 1277/1
bigger [1]  1192/6
billion [2]  1142/5 1142/12
binders [1]  1138/8
bit [8]  1141/16 1164/24 1166/15 1169/17
 1220/11 1252/25 1272/18 1276/25
Bldg [1]  1132/13
blow [1]  1254/10
blown [1]  1250/11
blowout [3]  1182/25 1223/14 1234/12
blowups [1]  1250/10
blue [1]  1204/23
blurred [1]  1250/7
Bly [39]  1138/2 1138/2 1140/21 1140/25
 1149/22 1149/25 1158/16 1159/23
 1170/25 1176/18 1176/18 1184/7 1195/2
 1196/8 1196/13 1199/19 1207/6 1208/11
 1209/2 1215/2 1216/14 1219/2 1222/23
 1233/3 1233/17 1235/20 1236/2 1241/14
 1272/19 1292/3 1292/5 1292/7 1292/18
 1293/8 1294/23 1294/25 1295/13
 1295/25 1296/6
Bly's [1]  1242/2
Bobbo [10]  1248/3 1251/24 1252/11
 1258/24 1260/17 1280/10 1280/15
 1280/22 1298/20 1299/2
Bockius [1]  1135/14

**B**

bodies [1] 1241/5
body [1] 1252/22
bombarded [1] 1276/17
bond [3] 1211/24 1211/25 1213/18
bonded [1] 1212/2
book [11] 1156/19 1156/21 1156/22
 1156/25 1157/3 1157/13 1157/16
 1157/19 1157/21 1159/16 1220/25
BOP [5] 1148/3 1148/8 1194/16 1222/11
 1222/13
BOPs [3] 1233/12 1237/5 1238/12
bore [3] 1222/8 1222/15 1222/20
both [20] 1137/13 1150/6 1154/15
 1155/24 1159/1 1159/14 1172/18
 1184/24 1185/2 1190/6 1197/25 1215/14
 1243/19 1246/8 1278/10 1290/16
 1299/19 1299/23 1301/4 1302/23
bottom [5] 1179/11 1184/7 1191/21
 1206/5 1251/10
Boulevard [1] 1132/6
Bounds [1] 1131/2
BOWMAN [1] 1135/8
Box [6] 1130/20 1132/13 1132/19
 1132/25 1133/13 1134/17
BP [70] 1130/10 1133/18 1133/19
 1133/20 1133/21 1133/22 1133/23
 1134/2 1134/3 1134/4 1137/9 1137/12
 1137/12 1137/13 1137/19 1144/16
 1146/9 1149/8 1149/22 1150/10 1154/20
 1156/5 1156/15 1156/15 1167/13 1169/6
 1170/10 1171/3 1177/18 1177/19 1180/2
 1180/12 1180/24 1181/11 1181/13
 1181/17 1183/2 1183/13 1185/24
 1185/25 1186/4 1186/20 1190/6 1194/3
 1194/8 1198/6 1200/13 1200/21 1219/9
 1219/25 1223/21 1226/22 1226/24
 1233/9 1233/17 1233/19 1233/19 1234/1
 1234/20 1243/6 1246/8 1262/2 1266/24
 1268/19 1282/7 1283/10 1284/1 1293/17
 1298/4 1299/17
BP Magazine [2] 1233/17 1233/19
BP's [29] 1153/11 1154/14 1157/4
 1159/1 1170/17 1180/6 1186/2 1186/2
 1188/1 1189/14 1194/3 1199/22 1200/9
 1201/14 1219/8 1220/3 1231/9 1232/20
 1233/22 1244/7 1244/17 1245/1 1262/1
 1265/4 1274/1 1284/14 1292/4 1293/11
 1293/24
BP-owned [1] 1180/2
BRAD [1] 1134/13
Branch [3] 1132/12 1132/22 1133/3
brand [1] 1142/6
breach [2] 1204/11 1205/12
breached [2] 1198/20 1205/17
break [4] 1199/9 1199/11 1224/2 1272/8
Breit [4] 1131/8 1131/9 1269/3 1299/10
Brennan [1] 1134/8
BRIAN [2] 1134/13 1218/21
bridge [1] 1187/25
bridging [1] 1187/13
brief [1] 1140/16
briefly [5] 1176/8 1175/23 1176/17
 1190/16 1225/4
bright [1] 1193/6
bring [3] 1184/5 1226/17 1251/24
broad [3] 1233/8 1233/10 1233/13
broader [2] 1234/25 1256/20
BROCK [1] 1134/3
broken [1] 1194/11
brought [7] 1165/10 1188/13 1188/14
 1202/12 1231/13 1231/15 1275/3

BRUCE [1] 1135/8
Building [1] 1131/17
built [2] 1162/6 1240/21
bullet [1] 1201/9
bumps [1] 1243/11
bunch [1] 1167/12
bundle [3] 1300/7 1302/22 1303/14
bundles [12] 1252/19 1286/21 1287/11
 1298/20 1299/9 1299/11 1301/19
 1302/22 1303/4 1303/11 1303/15
 1304/11
Burling [1] 1134/2
business [7] 1157/6 1173/18 1173/20
 1175/1 1175/12 1178/22 1178/22
businesses [9] 1157/2 1157/4 1159/1
 1163/25 1164/6 1168/8 1169/12 1175/9
 1180/25
but [125] 1141/13 1146/19 1148/19
 1150/2 1152/23 1154/11 1155/6 1156/7
 1163/9 1166/9 1167/10 1167/12 1169/17
 1170/3 1170/6 1172/9 1173/5 1173/21
 1176/9 1179/3 1180/14 1181/6 1182/12
 1183/10 1183/25 1186/11 1188/8 1188/9
 1190/13 1190/16 1191/19 1193/6
 1194/15 1197/5 1198/14 1199/6 1199/20
 1203/9 1208/23 1210/25 1211/3 1213/15
 1218/2 1218/14 1220/13 1221/12
 1222/22 1224/6 1226/8 1228/6 1228/11
 1229/12 1229/19 1230/14 1231/12
 1231/21 1235/23 1236/14 1237/11
 1240/3 1240/5 1240/19 1240/23 1243/8
 1243/17 1244/19 1246/8 1246/19 1247/3
 1247/6 1249/5 1249/9 1249/16 1249/20
 1251/20 1251/21 1252/2 1252/18 1253/6
 1255/21 1255/23 1256/5 1256/18 1258/9
 1258/24 1260/7 1260/11 1260/17
 1260/18 1260/20 1262/7 1265/8 1268/20
 1269/12 1269/18 1270/7 1270/11
 1270/18 1271/16 1272/8 1274/10 1275/7
 1277/23 1278/17 1280/7 1281/13 1282/6
 1283/24 1284/14 1286/11 1287/12
 1292/3 1292/12 1293/20 1294/14 1298/2
 1298/12 1298/15 1301/18 1301/23
 1302/9 1302/22 1304/1 1305/7 1306/4

**C**

C-352 [1] 1241/24
cadres [2] 1165/2 1167/20
CALDWELL [1] 1133/12
California [2] 1132/14 1134/14
call [57] 1150/13 1158/2 1165/19
 1179/18 1184/13 1206/8 1206/18
 1210/23 1223/25 1227/23 1228/1 1228/5
 1228/16 1228/18 1228/23 1229/2 1229/6
 1244/8 1249/6 1249/8 1249/12 1249/13
 1249/17 1250/10 1250/10 1251/6 1251/9
 1254/12 1254/14 1254/14 1254/15
 1256/25 1256/25 1258/20 1259/6 1259/8
 1259/8 1261/14 1261/22 1262/17
 1268/15 1268/19 1277/2 1277/4 1277/10
 1277/11 1277/13 1277/16 1277/17
 1277/18 1278/4 1278/17 1279/16 1280/2
 1280/3 1280/8 1280/9
call-out [24] 1244/8 1249/8 1251/6
 1259/1 1254/12 1254/14 1254/14
 1254/15 1256/25 1256/25 1258/20
 1259/8 1259/8 1261/22 1262/17 1268/15
 1268/19 1277/16 1277/18 1278/4
 1278/17 1279/16 1280/8 1280/9
call-outs [15] 1249/6 1249/12 1249/13
 1249/17 1250/10 1259/6 1261/14 1277/2
 1277/4 1277/10 1277/11 1277/13
 1277/17 1280/2 1280/3

called [25] 1143/18 1156/19 1157/9
 1158/2 1161/4 1167/22 1169/22 1168/1
 1169/10 1174/18 1175/16 1178/9
 1198/24 1206/23 1222/11 1230/7 1233/2
 1233/3 1244/7 1249/8 1259/1 1259/2
 1259/13 1303/15 1303/15
calling [5] 1158/7 1168/10 1258/20
 1270/20 1270/23
calls [3] 1144/22 1154/14 1162/6
came [18] 1197/15 1199/2 1204/15
 1204/18 1204/20 1205/16 1207/18
 1212/14 1221/20 1231/22 1237/9
 1237/10 1247/8 1253/24 1275/12
 1284/17 1306/21 1306/24
camera [1] 1251/25
Cameron [3] 1134/22 1135/2 1275/25
Cameron's [1] 1278/24
Camp [1] 1133/16
can [168] 1137/5 1143/16 1144/12
 1144/15 1146/16 1148/20 1150/2
 1150/16 1151/13 1152/13 1153/11
 1153/23 1155/3 1155/9 1155/18 1156/21
 1158/1 1158/2 1158/12 1161/5 1161/23
 1162/1 1162/4 1162/5 1163/6 1163/18
 1164/16 1166/15 1167/6 1170/6 1170/14
 1170/23 1171/22 1174/8 1174/15
 1174/25 1175/4 1175/12 1175/13
 1175/14 1175/18 1175/19 1176/2
 1176/17 1176/21 1177/10 1177/23
 1179/7 1179/11 1181/6 1181/15 1182/11
 1182/14 1182/24 1184/5 1184/10
 1185/22 1186/6 1186/15 1188/25
 1189/11 1189/15 1192/21 1193/7
 1194/10 1194/23 1195/16 1196/9 1196/9
 1196/11 1196/16 1196/19 1196/20
 1197/5 1197/7 1197/19 1198/16 1198/20
 1203/3 1203/14 1206/18 1206/22
 1208/20 1209/21 1210/10 1211/3
 1211/23 1211/25 1212/4 1214/14
 1214/25 1215/6 1215/8 1215/14 1216/15
 1216/17 1217/9 1218/11 1218/13
 1218/14 1218/20 1220/9 1220/14
 1220/16 1223/4 1224/3 1225/4 1225/24
 1226/21 1227/19 1228/11 1229/25
 1230/21 1233/8 1233/15 1233/20
 1235/12 1236/25 1237/24 1238/15
 1238/20 1239/12 1240/12 1241/1 1242/6
 1242/6 1247/18 1247/24 1249/16
 1250/20 1251/4 1252/9 1253/7 1253/22
 1255/22 1256/11 1260/8 1260/18
 1260/20 1261/8 1264/8 1269/17 1271/2
 1271/5 1271/9 1277/17 1281/15 1282/21
 1283/7 1285/5 1286/6 1290/10 1291/25
 1292/5 1292/6 1292/23 1292/25 1293/1
 1293/12 1295/25 1297/15 1299/3 1299/6
 1300/20 1303/5 1305/13 1306/1 1306/17
can't [11] 1141/24 1149/4 1194/17
 1198/13 1213/25 1220/13 1220/18
 1220/24 1230/15 1261/3 1284/6
capability [2] 1152/19 1164/13
capable [1] 1276/20
capacity [1] 1152/12
captured [1] 1225/12
care [8] 1260/10 1272/20 1273/3 1273/4
 1281/5 1284/10 1284/20 1297/11
CARL [1] 1130/15
Carondelet [2] 1131/13 1134/23
CARRIE [1] 1133/22
carried [1] 1186/1
carry [1] 1185/25
Carter [15] 1244/19 1244/23 1255/13
 1255/16 1264/23 1264/24 1282/13
 1282/15 1285/15 1285/20 1290/7 1290/9

C

Carter... [3]  1299/3 1299/3 1302/19
Carter's [1]  1244/16
case [25]  1139/1 1141/7 1142/10 1143/6
1144/7 1144/18 1149/11 1155/3 1185/15
1187/19 1189/8 1193/1 1200/22 1202/8
1219/4 1256/6 1270/1 1270/3 1270/10
1275/5 1278/19 1300/18 1302/25 1303/1
1303/4
cases [1]  1163/8
casing [29]  1203/22 1204/10 1204/13
1204/16 1204/24 1205/17 1205/17
1205/19 1206/4 1206/4 1206/5 1206/6
1206/8 1208/18 1208/24 1209/2 1209/7
1209/10 1209/17 1209/19 1210/7
1210/15 1210/21 1210/23 1211/6 1211/8
1211/11 1211/14 1238/4
catching [1]  1282/15
categories [1]  1198/21
categorized [1]  1199/1
category [2]  1250/2 1250/4
causal [3]  1207/7 1207/13 1208/1
cause [21]  1186/13 1188/20 1189/1
1189/9 1192/15 1192/18 1193/11
1193/19 1194/19 1194/19 1200/4 1200/18
1200/19 1200/19 1201/2 1201/6 1201/10
1201/17 1202/9 1225/5 1225/8
caused [3]  1194/7 1197/6 1197/12
causes [2]  1162/10 1184/20
CBL [1]  1212/11
CCR [3]  1135/18 1307/8 1307/16
CD [1]  1305/1
cement [14]  1194/14 1202/24 1203/11
1206/18 1211/24 1211/25 1212/2 1212/9
1212/14 1213/18 1213/20 1229/10
1230/10 1237/5
cement's [2]  1203/10 1203/18
cementing [6]  1233/12 1234/17 1237/25
1238/6 1238/11 1238/18
center [2]  1204/16 1210/23
central [2]  1154/21 1170/4
centralized [3]  1207/22 1210/14 1234/9
centralizer [2]  1206/10 1206/25 1207/4
1207/21
centralizers [9]  1203/7 1203/17 1204/5
1206/14 1206/24 1207/7 1207/12
1207/16 1207/25
CEO [1]  1153/16
CERNICH [1]  1132/17
certain [4]  1200/10 1239/16 1277/2
1279/4
certainly [15]  1141/11 1154/21 1160/19
1164/11 1194/14 1201/11 1202/6 1252/8
1255/11 1256/16 1257/11 1258/3 1258/4
1286/4 1302/6
CERTIFICATE [1]  1307/7
certification [1]  1234/12
certify [1]  1307/10
chain [4]  1150/19 1153/5 1172/4
1194/11
CHAKERES [1]  1132/19
chances [1]  1256/10
CHANG [1]  1132/18
change [5]  1146/11 1148/16 1149/2
1169/25 1171/20
changed [2]  1294/21 1294/22
changes [2]  1186/13 1236/12
changing [4]  1163/5 1163/5 1163/6
1187/23
channeling [1]  1203/8
characterization [1]  1249/10
characterized [1]  1249/17

chart [3]  1141/24 1220/14 1248/20
checked [3]  1234/18 1257/13 1271/24
1272/15 1281/6
checked [1]  1231/22
checks [1]  1239/21
cheese [9]  1141/14 1145/10 1145/17
1145/20 1145/25 1146/12 1146/18
1147/3 1197/21
chew [1]  1303/6
Chicago [1]  1133/24
chronic [1]  1142/3
chronology [1]  1223/8
Circuit [2]  1287/5 1287/5
circulated [3]  1147/22 1248/10 1292/24
circulating [2]  1254/6 1256/14
circumference [1]  1209/13
circumstances [4]  1145/21 1197/17
1198/4 1200/10
citation [1]  1296/19
citations [3]  1295/8 1295/17 1295/23
cite [1]  1300/8
cited [1]  1296/15
Civil [2]  1132/12 1132/22
clarification [2]  1284/25 1285/4
clarifications [1]  1282/22
clarify [7]  1228/11 1228/12 1237/25
1272/3 1272/17 1276/24 1283/7
clarifying [1]  1137/22
clean [1]  1272/22
cleanup [1]  1304/17
clear [18]  1137/17 1145/22 1147/25
1205/23 1231/1 1247/2 1255/13 1260/23
1270/8 1278/23 1279/15 1283/19 1296/8
1300/1 1300/4 1300/21 1302/14 1302/16
clearly [2]  1171/2 1209/13
CLINGMAN [1]  1134/9
clip [7]  1137/11 1137/14 1151/10
1195/17 1195/25 1305/5 1305/8
clipping [1]  1287/16
clips [6]  1137/10 1252/15 1287/2 1287/2
1304/19 1305/2
close [10]  1151/9 1158/19 1163/2 1163/9
1163/13 1175/15 1191/18 1210/7
1216/20 1300/18
close-up [1]  1210/7
closed [3]  1162/25 1175/3 1175/11
1222/21
closing [4]  1162/20 1163/2 1163/4
1175/8
closure [2]  1137/7 1163/8
Coca [1]  1301/18
Coca-Cola [1]  1301/18
codification [1]  1238/25
Cola [1]  1301/18
collage [1]  1137/9
collar [2]  1151/11 1151/12
colleague [1]  1137/9
colleagues [1]  1167/19
color [1]  1141/20
column [1]  1256/25
come [23]  1145/3 1151/1 1151/21
1152/5 1154/15 1166/6 1205/14 1231/14
1231/16 1243/3 1244/20 1246/23 1261/6
1261/9 1262/6 1264/15 1277/17 1281/16
1290/8 1292/14 1299/3 1304/1 1306/1
comes [8]  1201/21 1221/22 1229/4
1250/24 1251/15 1274/15 1278/14
1304/1
comfortable [1]  1151/14
coming [13]  1151/6 1184/18 1231/4
1235/8 1238/17 1262/2 1262/2 1278/8
1300/6 1301/11 1301/12 1303/13
1303/15

command [3]  1150/19 1153/5 1172/4
commence [1]  1291/25
Commercial [1]  1133/3
committee [3]  1153/16 1158/5 1158/7
commonality [1]  1171/3
communicate [1]  1167/14
communicating [2]  1145/23 1165/22
communication [1]  1153/20
companies [9]  1197/17 1198/3 1198/4
1198/5 1198/7 1198/10 1201/19 1223/20
1241/3
company [29]  1133/20 1133/23 1134/4
1141/6 1142/12 1144/6 1147/10 1148/15
1149/2 1150/14 1150/15 1152/11
1153/14 1155/10 1156/24 1159/13
1159/20 1161/8 1162/7 1165/9 1165/20
1166/18 1172/1 1178/1 1179/6 1187/21
1187/22 1198/13 1240/24
company's [1]  1187/25
comparable [1]  1186/23
compare [1]  1175/13
competent [1]  1146/25
competitive [1]  1177/17
complaining [1]  1278/24
complaint [2]  1130/7 1260/12
complete [5]  1173/24 1174/5 1181/19
1212/14 1272/25
completed [15]  1160/15 1160/24 1168/6
1171/21 1234/13 1237/2 1237/2 1237/17
1237/19 1237/22 1238/9 1238/19 1239/3
1239/10 1240/12
completing [1]  1302/3
completion [2]  1157/11 1179/23
completions [4]  1160/22 1173/3 1179/1
1181/12
complex [2]  1197/13 1198/11
compliance [1]  1159/25
complied [1]  1213/23
complies [1]  1175/25
components [1]  1225/6
compound [1]  1193/13
comprehensible [1]  1147/25
computer [1]  1135/25
computer-aided [1]  1135/25
concepts [1]  1166/9
concern [2]  1300/15
concerns [3]  1155/9 1300/14 1300/18
conclude [5]  1176/8 1206/2 1213/7
1221/7 1221/12
concluded [8]  1183/7 1198/20 1203/17
1204/6 1221/13 1229/15 1231/5 1232/20
conclusion [6]  1203/25 1206/7 1223/14
1231/7 1231/16 1232/3
conclusions [4]  1189/22 1194/22
1211/19 1231/14
concur [1]  1202/9
condition [5]  1194/17 1209/14 1209/18
1210/16 1210/21
conduct [9]  1148/16 1149/2 1182/18
1192/18 1193/11 1193/19 1194/19
1201/6 1212/11
conducted [6]  1188/11 1202/17 1223/24
1225/2 1227/6 1227/22
conducting [7]  1180/12 1192/14 1192/22
1194/13 1206/2 1212/16 1227/17
conducts [1]  1161/9
conference [3]  1136/6 1247/14 1303/3
conferences [2]  1252/6 1257/24
confident [1]  1208/17
confidential [1]  1301/22
confidentiality [1]  1301/9
confirm [4]  1210/22 1239/21 1290/5
1299/4

Case 2:10-md-02179-CJB-DPC Document 12716 Filed 04/24/14 Page 186 of 210

**C**

confirmation [1] 1239/2
confirmed [1] 1209/8
conflicting [1] 1227/14
conformance [2] 1170/2 1184/21
confused [1] 1247/19
confusing [1] 1256/18
confusion [1] 1265/3
congressional [5] 1254/22 1277/1 1277/5
1280/13 1298/24
conjunction [1] 1139/20
connected [1] 1228/21
connection [8] 1167/23 1213/17 1229/1
1241/10 1251/14 1282/16 1284/9 1286/7
CONRAD [1] 1131/19
conscious [2] 1144/12 1144/14
consequence [2] 1146/19 1148/6
consequences [1] 1143/4
consider [4] 1148/5 1148/8 1164/3
1230/18
considerable [1] 1203/21
consideration [1] 1201/18
considerations [1] 1238/3
considered [6] 1145/1 1147/22 1153/17
1183/2 1247/25 1248/1
considering [1] 1232/3
considers [1] 1177/21
consist [1] 1170/12
consisted [1] 1189/25
consistent [6] 1186/2 1188/5 1188/7
1231/21 1234/11 1301/10
constant [5] 1214/23 1215/16 1217/24
constitute [1] 1212/9
consultants [1] 1190/7
consultation [1] 1228/21
consulted [2] 1231/9 1232/1
contacted [1] 1189/17
contain [1] 1189/22
containment [6] 1157/22 1157/24
1158/19 1159/4 1159/5 1241/7
containment-type [1] 1157/24
contemporaneously [3] 1226/2 1226/5
1226/12
contents [1] 1254/21
context [3] 1230/25 1250/16 1255/3
contexts [1] 1211/4
continual [1] 1184/20
continually [1] 1162/7
continue [9] 1149/8 1168/15 1168/16
1171/19 1193/3 1194/1 1199/16 1261/24
1302/5
continues [1] 1217/12
continuing [1] 1159/13
continuous [1] 1183/15
continuously [2] 1159/15 1175/8
contract [5] 1185/25 1186/3 1186/4
1186/5 1234/18
contracted [5] 1180/3 1180/5 1180/6
1180/8 1180/12
contractor [9] 1185/16 1185/19 1185/24
1186/6 1186/14 1187/9 1187/13 1233/11
1239/20
contractor's [2] 1187/15 1188/4
contractor-owned [1] 1187/9
contractors [8] 1146/25 1147/11 1147/12
1186/20 1186/22 1187/19 1239/23
1241/4
contractors' [2] 1186/11 1234/12
contribute [3] 1203/9 1203/18 1204/6
control [10] 1154/24 1178/21 1179/24
1180/11 1221/9 1221/22 1222/17
1240/10 1240/15 1240/17

convenience [3] 1253/20 1254/2 1254/3
conversation [2] 1247/16 1247/17
conversations [1] 1225/23
conversion [1] 1160/5
converted [3] 1160/14 1160/20 1172/5
cooperation [1] 1201/21
coordination [1] 1164/3
copies [1] 1138/8 1256/14 1260/12
copy [8] 1248/8 1248/8 1249/23 1264/12
1264/25 1284/7 1290/12 1304/14
core [1] 1166/19
COREY [1] 1133/8
corner [1] 1283/11
cornerstone [1] 1248/17
Corporate [1] 1131/19
corporation [3] 1134/23 1135/3 1142/19
correct [75] 1137/5 1137/16 1137/17
1141/3 1141/7 1142/10 1143/9 1143/10
1143/19 1145/6 1145/7 1150/10 1150/11
1159/20 1167/18 1173/13 1188/17
1188/24 1189/20 1191/6 1191/8 1192/6
1192/7 1198/15 1200/6 1200/16 1200/19
1200/23 1202/16 1204/7 1204/8 1204/17
1204/21 1204/24 1205/4 1205/8 1205/10
1205/12 1205/18 1206/9 1207/2 1207/4
1207/5 1209/9 1212/19 1216/3 1217/13
1218/6 1220/2 1221/6 1222/22 1228/9
1230/11 1233/6 1234/4 1239/4 1239/4
1239/11 1240/6 1240/7 1257/3 1257/6
1257/16 1257/17 1261/21 1264/9 1266/2
1273/8 1279/8 1284/9 1286/6 1286/8
1286/12 1288/10 1307/11
corrected [1] 1228/6
correcting [1] 1137/24
correctly [1] 1169/4
corroborating [1] 1227/14
Corser [1] 1191/5 1214/2 1229/21
1230/1
Corser's [1] 1214/4
could [55] 1139/25 1141/12 1141/18
1141/19 1142/25 1143/6 1145/8 1146/2
1148/21 1151/4 1160/10 1164/1 1164/2
1179/3 1180/1 1185/6 1192/25 1198/23
1200/7 1204/10 1205/11 1205/24
1206/10 1207/7 1209/12 1209/18 1210/2
1210/2 1210/3 1210/5 1214/17 1219/7
1219/15 1235/22 1235/25 1236/16
1237/13 1254/9 1255/25 1257/12
1258/24 1259/16 1260/13 1262/2
1264/17 1272/2 1272/11 1274/21
1274/23 1276/24 1280/19 1286/3
1296/18 1298/14 1298/15
couldn't [5] 1193/24 1193/25 1194/18
1201/7 1209/25
counsel [6] 1137/16 1224/10 1256/15
1260/5 1260/9 1272/13
counted [1] 1160/19
counterlists [1] 1278/2
couple [13] 1140/16 1158/14 1161/1
1161/3 1177/9 1199/6 1199/19 1202/21
1236/3 1243/11 1289/7 1293/14 1293/20
course [6] 1147/15 1150/5 1154/7
1168/7 1227/5 1304/20
court [27] 1130/1 1135/18 1138/8
1138/13 1150/16 1186/6 1208/13
1211/23 1215/6 1223/3 1239/12 1246/20
1269/21 1276/9 1284/8 1285/9 1300/19
1301/6 1301/9 1302/8 1302/24 1305/6
1305/25 1306/18 1307/8 1307/9 1307/17
Court's [4] 1141/21 1258/5 1260/15
1295/24
courtroom [4] 1241/23 1272/16 1304/4
1304/5

cover [12] 1148/11 1170/16 1199/20
covenant [2] 1214/21 1214/23
covered [9] 1143/21 1148/18 1152/15
1176/24 1281/23 1281/25 1287/10
1289/13 1296/15
covers [2] 1185/1 1256/20
Covington [1] 1134/2
Cowie [4] 1137/13 1190/18 1190/23
1223/24
Cowie's [1] 1190/17
Craft [1] 1131/15
create [2] 1144/4 1144/6
created [3] 1174/24 1202/6 1234/10
creating [1] 1168/3
crew [5] 1221/15 1230/13 1230/24
1231/8 1232/1
criminal [1] 1144/16
Crises [1] 1283/21
criteria [1] 1239/17
critical [5] 1193/1 1193/10 1198/9
1198/24 1199/3
cross [9] 1140/7 1140/20 1140/23
1228/9 1252/4 1252/7 1257/10 1258/7
1274/3
cross-examination [6] 1140/7 1140/20
1140/23 1228/9 1252/4 1258/7
cross-examining [2] 1252/7 1257/10
crossover [2] 1204/11 1205/12
culprit [1] 1243/17
culture [2] 1165/10 1167/1
cumulative [2] 1143/20 1147/18
Cunningham [4] 1131/2 1131/3 1269/16
1281/3
cure [1] 1294/24
cured [4] 1266/1 1269/17 1271/8 1285/1
curing [1] 1298/16
current [2] 1175/13 1235/6
cut [3] 1138/9 1248/5 1256/23
cuts [2] 1303/11 1303/15
CV [2] 1130/7 1130/9
cycle [8] 1170/1 1184/4 1184/9 1184/11
1184/16 1184/19 1184/23 1185/11

**D**

D-2017 [1] 1294/5
D-2022 [1] 1294/6
D-2023 [1] 1294/6
D-2024 [1] 1294/5
D-2029 [1] 1294/6
D-20403 [1] 1263/25
D-2279 [2] 1273/11 1281/21
D-2445 [1] 1262/25
D-2670 [4] 1245/25 1291/22 1291/23
1294/3
D-2671 [1] 1294/5
D-2672 [1] 1282/1
D-2673 [1] 1282/1
D-2674 [1] 1282/1
D-2675 [7] 1248/3 1248/19 1248/20
1249/2 1257/2 1282/1 1294/4
D-2686 [1] 1246/1
D-2729 [1] 1245/22
D-2730 [1] 1263/1
D-2735 [1] 1245/24
D-2737 [3] 1262/14 1284/15 1285/13
D-2738 [1] 1262/21
D-2739 [1] 1262/16
D-2747 [2] 1282/2 1294/3
D-2750 [1] 1263/6
D-2759 [1] 1263/4
D-28 [1] 1246/25
D-2826 [1] 1245/23

D
D-2827 [1]  1263/2
D-2828 [1]  1263/3
D-2830 [2]  1268/18 1295/5
D-2835 [2]  1263/9 1263/14
D-2837 [1]  1295/5
D-2839 [1]  1263/15
D-2841 [1]  1263/17
D-2843 [1]  1263/18
D-2845 [1]  1263/19
D-2849 [1]  1263/20
D-2851 [1]  1263/21
D-2853 [1]  1264/1
D-2855 [1]  1264/2
D-2868 [2]  1246/3 1246/5
D-2871 [7]  1246/7 1246/8 1248/2
  1248/16 1248/17 1249/2 1257/2
D-2872 [1]  1262/13
D-2873 [1]  1263/5
D-2874 [5]  1249/3 1249/4 1249/25
  1257/2 1268/15
D-2875 [1]  1273/9
D-2883 [1]  1263/8
D-2887 [2]  1246/6 1273/10
D-2888 [1]  1262/12
D-2895 [1]  1262/17
D-2896 [1]  1262/18
D-2897 [1]  1262/20
D-2898 [1]  1262/19
D-2908 [4]  1268/19 1268/25 1270/16
  1296/18
D-2912 [3]  1274/16 1274/20 1281/21
D-2913 [2]  1274/20 1281/21
D-2914 [1]  1281/21
D-2915 [4]  1254/11 1254/15 1279/16
  1281/24
D-2916 [1]  1281/24
D-2917 [1]  1282/1
D-2918 [1]  1282/1
D-2920 [1]  1282/5
D-2921 [1]  1262/11
D-3145 [1]  1281/21
D-3553 [1]  1287/19
D-3554 [1]  1287/20
D-3564 [1]  1287/21
D-3571 [1]  1137/12
D-4342 [1]  1203/14
D-4363 [1]  1291/18
D-4364 [1]  1153/23
D-4367.2 [1]  1235/25
D-4367.4 [2]  1237/13 1237/21
D-4367.5 [1]  1238/15
D-4367.6 [1]  1239/7
D-6593 [3]  1139/17 1140/3 1285/6
D.C [4]  1132/20 1132/25 1133/6 1134/4
Daigle [1]  1137/13
Daigle's [1]  1137/11
daily [1]  1256/15
Dallas [1]  1135/10
damage [4]  1142/5 1142/6 1177/16
  1179/25
DANIEL [1]  1133/4
data [5]  1145/1 1145/2 1214/11 1214/11
  1232/4
date [7]  1160/10 1160/11 1179/12
  1237/17 1238/21 1247/16 1282/14
Dauphin [1]  1131/3
DAVID [12]  1135/3 1135/3 1251/1
  1275/20 1275/22 1277/16 1278/3
  1279/24 1281/5 1298/21 1303/16
  1303/23
David's [2]  1279/11 1281/1

day [12]  1130/14 1190/11 1191/10
  1220/16 1227/16 1249/9 1250/2
  1272/12 1272/25 1305/8 1305/14
days [4]  1235/5 1276/7 1292/9 1292/11
de [1]  1297/1
de-duplicating [1]  1297/1
deadline [1]  1172/21
deal [1]  1144/6
dealing [3]  1147/3 1238/18 1250/14
DEANNA [1]  1132/18
decades [1]  1162/14
decide [2]  1146/11 1151/22
decided [1]  1172/16
deciding [1]  1207/25
decision [12]  1144/13 1144/14 1145/5
  1169/17 1171/9 1171/22 1171/23
  1172/12 1203/7 1213/17 1213/18
  1213/23
declining [1]  1215/12
deepwater [27]  1130/4 1134/6 1134/7
  1134/9 1134/10 1134/13 1134/13
  1134/17 1134/17 1134/20 1134/21
  1141/2 1142/22 1144/5 1144/21 1180/5
  1186/7 1188/5 1188/12 1190/9 1200/2
  1220/1 1240/10 1240/19 1240/22
  1241/11 1284/1
Deepwater Horizon [13]  1141/2 1142/22
  1144/5 1180/5 1186/7 1188/5 1188/12
  1190/9 1200/2 1220/1 1240/19 1240/22
  1241/11
Deepwater Horizon-type [1]  1144/21
defendants [4]  1254/5 1256/14 1261/3
  1306/11
defendants' [1]  1261/12
defense [4]  1256/9 1258/9 1261/15
  1261/22
define [5]  1157/19 1157/21 1157/23
  1161/23 1186/19
defined [4]  1178/7 1199/22 1200/25
  1251/20
defining [1]  1171/1
definition [3]  1247/7 1250/2 1274/9
definitions [1]  1250/7
DeFranco [1]  1146/5
deGravelles [2]  1132/2 1132/3
delegate [1]  1276/21
DELEMARRE [1]  1132/23
deliver [2]  1170/18 1233/1
deliverables [4]  1232/22 1233/6 1236/5
  1236/8
delivery [2]  1150/23 1183/14
demonstrative [40]  1153/25 1189/11
  1189/14 1244/4 1245/11 1245/12
  1245/13 1245/14 1245/15 1245/16
  1245/17 1245/18 1245/19 1249/9 1249/9
  1249/18 1249/18 1250/3 1250/4 1250/6
  1251/17 1252/9 1253/2 1253/4 1257/19
  1258/17 1259/12 1259/13 1259/15
  1259/19 1259/20 1259/21 1259/24
  1259/24 1268/1 1278/7 1278/9 1280/11
  1280/11 1295/21
Demonstrative 4307A [1]  1189/11
demonstratives [12]  1138/9 1250/3
  1250/6 1250/13 1275/7 1280/4 1295/8
  1295/18 1295/19 1295/23 1296/15
  1298/5
denied [1]  1267/8
DENISE [1]  1135/15
Department [4]  1132/11 1132/15
  1132/21 1133/2
depending [1]  1161/12
depict [1]  1210/7
depicted [1]  1204/23

depo [1]  1138/23
depo-related [1]  1306/7
depos [1]  1137/10
deposition [23]  1137/14 1137/18 1190/17
  1251/9 1251/19 1252/8 1252/13 1252/24
  1253/8 1258/25 1259/3 1260/25 1261/4
  1286/22 1298/20 1299/9 1299/10 1301/5
  1301/15 1301/19 1303/10 1305/19
  1306/14
depositions [7]  1251/8 1252/13 1253/23
  1257/16 1299/14 1299/20 1301/21
describe [8]  1153/11 1157/19 1159/22
  1161/6 1161/19 1161/20 1163/16
  1163/18 1174/15 1176/17 1176/21
  1181/4 1183/18 1193/2 1197/5 1225/4
  1227/25 1239/12
described [12]  1154/2 1156/8 1159/21
  1161/17 1163/25 1173/25 1174/6 1176/1
  1185/13 1193/1 1193/21 1205/12
describing [4]  1159/6 1176/24 1203/16
  1204/13
description [4]  1179/19 1179/21 1227/16
  1233/13
design [5]  1167/9 1197/14 1198/12
  1238/3 1283/25
designated [1]  1302/7
designations [3]  1299/23 1302/4 1303/14
designed [1]  1212/1
desire [1]  1272/4
detail [1]  1152/23
detailed [4]  1174/13 1234/6 1237/7
  1239/15
detected [2]  1216/5 1221/8
deterioration [1]  1159/9
determination [2]  1207/24 1208/2
determined [2]  1207/8 1218/17
determining [1]  1203/21
develop [5]  1145/22 1169/15 1175/25
  1177/20 1239/15
developed [5]  1141/6 1163/24 1164/17
  1168/6 1195/6
developing [4]  1144/25 1146/8 1167/23
  1283/21
development [5]  1152/15 1152/19
  1167/9 1237/7 1238/22
developments [1]  1159/23
device [4]  1209/13 1210/19 1211/25
  1225/17
Dexter [1]  1133/9
diagram [2]  1147/21 1215/2
did [104]  1138/9 1139/16 1146/9 1149/8
  1150/22 1152/5 1158/9 1159/1 1159/3
  1165/14 1167/19 1167/20 1168/22
  1169/6 1169/8 1169/15 1172/16 1172/17
  1172/20 1176/19 1176/20 1181/5
  1182/21 1188/18 1189/24 1190/12
  1190/14 1192/2 1192/8 1192/11 1192/24
  1193/8 1193/19 1194/19 1195/4 1195/11
  1195/13 1197/11 1201/5 1201/9 1201/11
  1201/16 1202/3 1202/4 1202/9 1203/9
  1203/17 1203/22 1204/5 1206/2 1207/24
  1209/7 1210/21 1210/12 1212/21
  1212/23 1213/6 1213/18 1213/21
  1213/22 1215/17 1218/5 1219/20 1220/3
  1221/7 1221/18 1224/6 1224/7 1224/23
  1224/24 1225/14 1225/15 1227/8 1227/9
  1229/5 1229/17 1231/12 1231/12
  1231/18 1232/6 1232/10 1232/10
  1232/12 1232/13 1234/1 1234/21 1241/6
  1241/10 1248/22 1261/1 1263/10
  1264/17 1267/5 1268/4 1269/20 1269/22
  1269/23 1280/17 1280/20 1280/22
  1289/8 1294/16 1302/3 1305/4

D

didn't [40] 1138/11 1141/13 1143/8
1145/5 1147/8 1148/5 1148/7 1151/19
1182/20 1182/22 1192/4 1192/13
1192/18 1207/22 1209/14 1212/9
1212/18 1213/4 1213/6 1213/10 1213/15
1221/12 1224/11 1230/19 1230/25
1231/4 1237/20 1243/20 1248/12
1250/17 1250/17 1261/1 1264/13 1277/3
1278/4 1279/19 1281/8 1293/21 1298/13
1298/17
difference [6] 1150/16 1161/25 1259/5
1261/25 1262/4 1278/3
differences [1] 1293/16
different [23] 1145/19 1151/2 1151/6
1155/6 1184/3 1190/5 1197/24 1211/4
1211/4 1214/19 1231/7 1232/22 1235/24
1251/10 1252/12 1252/25 1253/13
1253/25 1257/8 1273/20 1273/22 1284/7
1293/15
difficult [2] 1187/24 1194/21
dip [1] 1221/21
direct [15] 1149/22 1149/23 1228/6
1246/13 1247/6 1247/9 1258/8 1258/12
1258/19 1258/24 1260/3 1282/5 1282/7
1289/7 1292/4
directed [1] 1306/11
directing [3] 1143/22 1292/21 1292/22
direction [3] 1155/8 1204/15 1210/13
disagree [4] 1149/4 1156/15 1246/22
1298/1
disaster [12] 1141/3 1141/5 1141/12
1142/11 1142/13 1142/17 1142/22
1144/5 1144/12 1144/21 1148/3 1148/6
disc [1] 1304/15
discipline [2] 1150/21 1163/20
disclaimer [1] 1300/8
disclose [3] 1252/3 1253/13 1253/15
disclosed [11] 1249/10 1249/19 1250/12
1251/21 1252/9 1254/13 1255/3 1257/11
1258/18 1258/20 1258/21
disclosure [1] 1254/1
discrepancy [1] 1288/4
discuss [7] 1152/22 1165/3 1167/21
1224/8 1228/19 1229/7 1277/16
discussed [14] 1152/16 1154/9 1191/22
1201/19 1202/21 1223/12 1223/12
1229/14 1246/19 1247/6 1247/7 1273/21
1276/14 1306/5
discussion [4] 1141/16 1185/15 1229/12
1230/3
discussions [3] 1154/21 1213/13
1229/19
displayed [1] 1297/14
displaying [1] 1153/25
distinct [1] 1232/25
distinction [4] 1150/18 1250/5 1259/23
1259/25
distribution [2] 1256/12 1256/16
DISTRICT [5] 1130/1 1130/2 1130/15
1307/9 1307/9
Division [2] 1132/12 1132/22
do [160] 1138/1 1138/10 1139/15
1141/16 1141/20 1142/8 1143/8 1143/19
1143/24 1144/19 1145/12 1145/20
1146/14 1146/21 1146/25 1147/4 1147/6
1147/22 1148/3 1148/3 1148/13 1148/24
1150/12 1152/23 1152/24 1154/6 1156/1
1156/2 1156/4 1157/4 1159/11 1161/9
1161/17 1162/17 1163/14 1164/3
1165/16 1165/25 1170/6 1172/10
1172/16 1173/13 1173/19 1174/9 1175/2

1175/10 1175/13 1177/6 1177/18
1180/1 1182/11 1182/16 1181/21
1182/12 1187/17 1191/14 1191/15
1191/25 1192/15 1192/24 1193/21
1194/4 1194/10 1196/8 1199/20 1199/23
1201/3 1201/9 1206/15 1208/25 1211/21
1212/13 1212/24 1213/1 1214/15 1215/2
1215/4 1215/4 1215/24 1218/2 1218/23
1219/7 1219/9 1223/25 1226/1 1228/15
1228/19 1230/6 1233/17 1235/5 1235/7
1235/15 1236/13 1236/22 1238/2 1242/6
1242/8 1243/4 1243/13 1244/23 1246/7
1246/11 1247/14 1247/23 1248/8 1248/8
1248/21 1253/7 1253/11 1253/15
1254/12 1254/13 1258/6 1258/9 1259/8
1259/10 1260/11 1265/9 1269/11
1269/12 1271/7 1274/7 1275/20 1277/10
1280/3 1282/12 1282/15 1282/18
1282/20 1284/16 1285/5 1287/12
1290/13 1293/5 1293/11 1293/22
1293/23 1294/21 1295/11 1296/6 1296/9
1296/21 1297/2 1298/10 1298/21
1300/20 1302/8 1302/15 1304/8 1304/12
1304/17 1304/19 1305/16 1305/20
1306/17 1306/17 1306/19 1306/20
1307/1 1307/10
Docket [3] 1130/4 1130/7 1130/9
document [19] 1142/9 1144/4 1147/2
1156/22 1173/16 1180/13 1181/3
1196/22 1196/22 1197/1 1249/7 1249/11
1249/15 1250/17 1255/2 1280/16
1280/18 1283/19 1283/24
documentation [2] 1170/13 1171/2
documents [9] 1194/4 1249/10 1262/5
1278/19 1284/4 1284/6 1301/10 1301/11
1301/22
does [52] 1145/15 1147/10 1153/1
1153/2 1153/8 1154/20 1154/23 1155/24
1157/16 1157/19 1157/21 1159/22
1161/14 1162/19 1163/1 1168/10
1168/12 1168/23 1169/18 1170/12
1170/20 1173/6 1173/17 1180/10
1180/14 1182/17 1189/22 1196/16
1196/18 1196/22 1209/22 1210/7
1222/24 1223/2 1237/21 1237/23
1248/24 1252/8 1253/19 1254/20
1257/11 1275/17 1277/7 1280/3 1281/5
1281/6 1281/9 1293/6 1297/3 1297/4
1297/11 1298/1
doesn't [7] 1182/20 1218/21 1235/23
1243/25 1258/14 1258/20 1278/14
Dog [1] 1180/3
doing [14] 1149/5 1149/22 1164/14
1197/4 1198/8 1200/18 1201/17 1212/17
1269/10 1269/24 1272/9 1272/9 1276/20
1278/22
Domengeaux [1] 1130/18
Dominion [1] 1131/16
DON [11] 1133/19 1138/18 1138/20
1230/7 1230/12 1230/15 1230/18
1230/23 1231/1 1231/3 1231/5
don't [73] 1141/8 1141/9 1142/14
1142/18 1143/10 1147/7 1156/18
1161/10 1176/9 1186/13 1193/6 1194/6
1194/10 1218/14 1222/2 1224/9 1224/14
1229/24 1231/20 1236/14 1237/11
1242/8 1244/6 1245/2 1247/23 1249/5
1249/8 1249/22 1251/22 1252/23 1253/6
1253/15 1254/4 1254/17 1255/4 1255/14
1255/21 1256/2 1256/4 1257/24 1258/9
1259/24 1260/9 1260/12 1260/16
1260/17 1262/21 1264/10 1264/21
1268/22 1269/15 1269/24 1270/11

1270/23 1276/9 1277/22 1277/25
1290/11 1292/2 1293/2 1293/18 1296/1
1296/3 1296/5 1296/12 1296/25 1298/2
1299/21 1304/3
DONALD [1] 1135/7
done [17] 1143/2 1143/11 1153/12
1166/16 1172/1 1177/20 1182/20
1194/16 1213/12 1226/11 1235/2
1235/13 1240/24 1292/3 1293/4 1297/1
1299/24
doomed [1] 1292/3
dots [1] 1206/21
DOUGLAS [1] 1133/16
down [27] 1147/13 1150/19 1153/5
1153/18 1176/25 1193/2 1193/3 1193/7
1194/1 1204/15 1204/19 1205/5 1205/5
1206/5 1207/19 1217/13 1217/15
1224/11 1225/22 1227/5 1238/5 1248/5
1259/2 1277/12 1295/8 1302/2 1304/20
DOYEN [1] 1134/12
Doyle [4] 1135/18 1307/8 1307/16
1307/16
Dr. [15] 1140/5 1164/25 1246/13
1246/17 1247/21 1248/4 1252/16
1257/14 1257/20 1258/13 1258/24
1282/17 1284/1 1284/9 1289/8
Dr. Bea [7] 1164/25 1248/4 1252/16
1257/20 1258/13 1282/17 1284/9
Dr. Bea's [6] 1246/13 1246/17 1247/21
1257/14 1258/24 1284/1
Dr. Huffman [1] 1289/8
Dr. Huffman's [1] 1140/5
drafting [1] 1190/24
draw [1] 1194/21
draws [1] 1227/7
Drescher [1] 1131/8
drill [12] 1214/22 1215/8 1215/15
1215/22 1215/25 1217/5 1218/7 1219/3
1221/15 1230/14 1230/16 1234/15
driller [3] 1219/5 1220/4 1220/5
driller's [1] 1219/5
drillers [2] 1219/11 1219/12
drilling [25] 1134/6 1134/9 1134/13
1134/17 1134/20 1143/3 1149/8 1150/20
1157/11 1157/20 1160/22 1173/3
1178/20 1179/1 1179/17 1179/23 1180/4
1180/12 1181/12 1182/18 1183/3
1187/10 1234/10 1234/12 1235/3
drip [1] 1231/4
drive [11] 1131/16 1131/19 1242/2
1242/5 1287/14 1304/11 1305/1 1305/1
1305/12 1305/13 1305/24
drives [1] 1304/13
driving [2] 1171/3 1193/7
dropping [2] 1215/22 1216/1
DSC [1] 1256/20
DSC-2179 [1] 1256/20
DUKE [1] 1131/19
duller [1] 1253/9
duly [1] 1140/22
duplicates [3] 1296/25 1297/7 1297/8
duplicating [2] 1296/23 1297/1
duplicative [1] 1272/23
during [19] 1140/7 1147/15 1168/6
1179/22 1209/15 1215/17 1215/25
1221/19 1226/2 1227/12 1231/1 1231/9
1252/9 1271/8 1271/12 1282/5 1284/6
1292/11 1304/20
Duval's [1] 1241/22
DWOP [2] 1233/11 1236/12
dynamic [3] 1184/13 1184/20

**E**

e-mails [3]  1144/22 1144/24 1256/2
each [18]  1162/6 1171/10 1177/18
 1177/19 1178/5 1178/8 1178/8 1181/13
 1181/17 1197/2 1206/25 1214/21 1225/7
 1227/12 1235/9 1236/19 1245/5 1260/7
earlier [30]  1143/24 1144/17 1153/15
 1155/1 1156/8 1159/17 1160/13 1162/3
 1164/24 1168/8 1169/3 1171/25 1173/9
 1175/7 1176/5 1181/23 1183/19 1184/4
 1185/13 1188/22 1190/15 1193/21
 1194/6 1202/23 1203/23 1213/14 1214/7
 1223/21 1224/1 1236/11
early [5]  1172/15 1188/15 1192/9
 1192/10 1195/22
earth [1]  1211/7
easier [1]  1216/15
easily [2]  1253/22 1271/8
EASTERN [2]  1130/2 1307/9
easy [3]  1244/1 1255/1 1273/5
edge [1]  1211/11
edification [1]  1141/21
education [1]  1166/19
Edwards [1]  1130/19
effect [7]  1169/7 1179/21 1180/24
 1193/8 1193/19 1200/1 1201/5
effectively [3]  1164/1 1183/7 1192/24
efficiency [1]  1258/23
efficient [1]  1248/13
effort [2]  1147/6 1203/21
eight [6]  1176/25 1197/22 1198/9
 1198/19 1223/15 1223/18
either [6]  1138/12 1147/9 1193/24
 1293/1 1296/3 1305/12
element [5]  1177/10 1177/24 1177/25
 1183/10 1209/5
elements [11]  1175/16 1176/16 1176/21
 1177/6 1177/9 1177/13 1180/16 1180/19
 1180/23 1183/10 1201/18
ELIZABETH [1]  1133/5
Ellis [1]  1133/21
Elm [1]  1135/9
else [6]  1241/25 1251/20 1276/1
 1295/22 1304/9 1305/16 1306/25
embed [1]  1240/18
emergency [1]  1234/14
emphasis [1]  1258/5
emphasize [1]  1169/25
emphasized [1]  1184/14
employee [3]  1137/12 1137/12 1137/19
employees [4]  1137/13 1186/20 1193/9
 1194/3
employment [1]  1150/1
enable [2]  1142/24 1236/9
enabling [1]  1164/1
encompass [1]  1168/19
end [20]  1138/12 1147/4 1160/25 1167/9
 1167/9 1172/18 1172/18 1190/11
 1191/10 1223/11 1229/13 1237/12
 1241/9 1242/7 1247/23 1248/14 1270/4
 1272/12 1277/24 1292/5
endeavor [1]  1186/4
ended [1]  1225/10
endorse [1]  1227/10
Energy [1]  1135/7 1135/11
Enforcement [1]  1132/16
engaged [1]  1154/6
engagement [1]  1154/8
engineering [15]  1145/1 1146/13
 1146/20 1146/25 1152/24 1159/25
 1163/23 1167/3 1183/6 1191/5 1191/10
 1197/14 1198/12 1211/18 1213/21

enhance [1]  1234/17
enough [14]  1171/25 1176/12 1188/10
 1214/2 1220/17 1222/12 1224/15
 1236/14 1236/15 1239/6 1247/4
entered [1]  1281/20
entire [15]  1222/23 1249/15 1250/17
 1252/24 1253/23 1270/15 1275/14
 1277/5 1278/5 1278/14 1278/18 1278/21
 1280/16 1280/18 1280/23
entirety [1]  1185/1
entities [6]  1171/23 1172/4 1173/24
 1174/5 1183/13 1241/2
entitled [1]  1307/13
entity [25]  1171/10 1171/19 1174/8
 1174/12 1175/24 1177/18 1177/19
 1177/21 1178/5 1178/6 1178/7 1178/9
 1178/10 1178/12 1178/15 1178/18
 1179/1 1179/2 1181/13 1181/17 1181/20
 1185/4 1185/7 1200/13 1200/21
entity-level [1]  1177/21
ENVA4 [1]  1179/25
environment [4]  1132/16 1163/22
 1169/11 1177/17
environmental [1]  1132/16 1142/3
 1148/7 1158/5 1158/6 1179/25
erosion [1]  1209/19
escalation [1]  1197/16
ESQ [58]  1130/19 1130/23 1131/3
 1131/6 1131/9 1131/12 1131/15 1131/19
 1131/22 1132/3 1132/6 1132/9 1132/12
 1132/17 1132/17 1132/18 1132/18
 1132/19 1132/22 1132/23 1132/23
 1132/24 1132/24 1133/4 1133/4 1133/5
 1133/8 1133/8 1133/9 1133/12 1133/15
 1133/16 1133/19 1133/22 1133/22
 1133/23 1134/3 1134/6 1134/9 1134/9
 1134/12 1134/13 1134/13 1134/16
 1134/20 1134/23 1135/3 1135/3 1135/4
 1135/4 1135/7 1135/8 1135/8 1135/9
 1135/12 1135/15 1135/15 1135/16
essentials [5]  1164/23 1170/18 1174/3
 1174/5 1181/13
establish [1]  1183/13
established [2]  1199/5 1203/19
et [2]  1130/8 1130/11
etc [7]  1148/7 1150/20 1150/22 1189/9
 1237/5 1253/21 1285/2
ethics [2]  1158/5 1158/6
ETP [6]  1211/19 1212/10 1212/18
 1212/22 1213/2 1213/7
ETP 10-60 [2]  1212/10 1212/18
evaluate [1]  1213/22
evaluated [1]  1205/9
evaluating [1]  1212/8
evaluation [3]  1212/10 1213/9 1221/20
even [11]  1145/20 1166/18 1217/7
 1220/12 1220/13 1224/12 1228/5 1237/2
 1255/21 1277/20 1279/19
evening [2]  1277/15 1307/3
event [2]  1148/11 1209/15
events [2]  1141/13 1223/5
ever [4]  1164/25 1165/4 1187/7 1277/5
evergreen [1]  1175/9
every [9]  1161/10 1161/10 1171/19
 1175/10 1175/24 1185/13 1245/4
 1261/22 1271/19
everybody [9]  1248/24 1253/14 1256/10
 1261/17 1271/14 1278/21 1284/21
 1293/6 1307/2
everybody's [3]  1303/14 1303/14 1306/4
everyone [4]  1137/3 1199/15 1242/10
 1256/20
everything [7]  1185/2 1222/25 1247/24

1250/16 1250/18 1292/24 1295/8
evidence [28]  1189/7 1193/21 1194/13
 1194/22 1196/3 1210/21 1227/14
 1231/25 1242/3 1247/3 1250/19 1252/22
 1252/22 1254/4 1254/16 1254/18
 1254/19 1268/25 1273/2 1276/12 1281/4
 1281/20 1290/2 1295/15 1299/13
 1305/11 1305/14 1306/1
evidentiary [1]  1253/17
EVP [1]  1171/11
exact [2]  1141/13 1237/11
exactly [7]  1144/8 1148/23 1162/17
 1220/13 1229/18 1253/9 1294/15
exam [3]  1247/21 1247/24 1289/7
examination [12]  1139/22 1140/17
 1140/20 1140/23 1149/23 1228/9
 1246/13 1252/4 1258/7 1258/8 1260/3
 1282/6
examined [1]  1228/8
examining [3]  1139/20 1252/7 1257/10
example [7]  1190/17 1201/15 1234/9
 1241/1 1249/7 1252/4 1272/19
excellence [1]  1170/18
exception [9]  1200/11 1200/21 1201/1
 1201/13 1201/16 1201/6 1202/4 1202/7 1202/10
 1202/14
exceptions [2]  1200/15 1202/18
excerpt [2]  1305/7 1305/8
excerpts [7]  1253/8 1257/15 1280/12
 1286/23 1287/13 1301/23 1305/6
exchange [1]  1259/21
excluded [1]  1168/25
excludes [2]  1154/19 1154/23
excuse [6]  1169/10 1178/13 1190/12
 1212/17 1258/15 1269/1
executing [2]  1213/19 1213/24
executive [9]  1152/18 1153/3 1154/8
 1157/1 1166/12 1167/19 1171/11
 1197/10 1226/22
exhibit [141]  1136/6 1138/13 1141/18
 1145/8 1146/3 1158/1 1158/2 1158/4
 1175/20 1189/19 1195/2 1195/15
 1196/13 1197/7 1197/10 1208/9 1208/10
 1209/16 1210/8 1212/4 1212/5 1224/3
 1233/14 1244/3 1245/5 1245/8 1245/20
 1245/21 1250/11 1251/7 1251/19
 1252/25 1258/3 1261/24 1261/25 1262/1
 1262/2 1262/10 1262/15 1263/7 1263/16
 1263/22 1264/3 1264/4 1264/5 1264/20
 1265/8 1265/12 1265/14 1265/25 1266/1
 1266/4 1267/3 1267/4 1267/14 1267/19
 1268/2 1268/3 1268/17 1268/22 1270/9
 1270/20 1270/23 1271/1 1271/19 1274/6
 1274/15 1275/18 1275/24 1276/6
 1276/12 1276/13 1276/14 1277/5
 1277/15 1277/15 1277/20 1278/5
 1278/14 1278/14 1278/18 1278/21
 1278/25 1279/25 1279/25 1281/22
 1281/23 1281/25 1282/2 1283/4 1283/4
 1283/20 1283/24 1284/5 1285/1 1285/1
 1285/2 1285/3 1285/14 1285/21 1285/21
 1285/25 1285/22 1286/2 1286/2 1286/2
 1287/17 1287/18 1289/21 1289/23
 1290/7 1290/9 1290/25 1291/2 1291/5
 1291/8 1291/11 1291/16 1291/17
 1291/19 1291/20 1291/21 1291/24
 1292/10 1293/24 1294/4 1294/5 1294/6
 1294/6 1294/6 1294/7 1294/10 1294/14
 1295/2 1295/4 1295/5 1295/5 1297/10
 1297/15 1298/24 1299/1
Exhibit 03851 [1]  1158/2
Exhibit 07346 [1]  1298/24
Exhibit 07364 [1]  1299/1

**E**

Exhibit 1 [9]  1145/8 1189/19 1197/7
1197/10 1212/4 1212/5 1245/21 1294/4
1294/14
Exhibit 1241 [2]  1290/9 1291/2
Exhibit 1374 [1]  1268/3
Exhibit 1694 [1]  1267/3
Exhibit 1734 [1]  1262/10
Exhibit 1742 [1]  1145/20
Exhibit 2 [4]  1294/6 1294/7 1294/10
1295/2
Exhibit 2001 [1]  1245/8
Exhibit 20308 [1]  1263/16
Exhibit 20309 [1]  1263/22
Exhibit 22784 [1]  1291/21
Exhibit 2352 [1]  1261/24
Exhibit 2701 [1]  1141/18
Exhibit 282 [1]  1285/21
Exhibit 283 [1]  1285/21
Exhibit 2919 [1]  1262/15
Exhibit 3851 [1]  1158/4
Exhibit 3995 [1]  1295/4
Exhibit 4019 [1]  1291/19
Exhibit 4160 [1]  1285/22
Exhibit 4171 [2]  1267/19 1294/6
Exhibit 4261 [2]  1267/4 1267/14
Exhibit 4411 [3]  1289/23 1290/7 1290/25
Exhibit 4533 [1]  1291/20
Exhibit 45393 [1]  1281/22
Exhibit 47541 [1]  1294/5
Exhibit 47549 [1]  1294/6
Exhibit 47647 [2]  1195/15 1196/13
Exhibit 48157 [1]  1265/14
Exhibit 52673 [1]  1282/2
Exhibit 5689 [1]  1262/2
Exhibit 5944 [1]  1274/15
Exhibit 5946 [2]  1264/3 1264/20
Exhibit 5950 [1]  1263/7
Exhibit 5966 [1]  1268/17
Exhibit 5994 [1]  1295/5
Exhibit 6000 [1]  1286/2
Exhibit 6001 [1]  1286/2
Exhibit 6014 [1]  1286/2
Exhibit 6015 [2]  1264/4 1265/12
Exhibit 6017 [1]  1264/5
Exhibit 6025-C [2]  1265/25 1285/1
Exhibit 7210 [1]  1233/14
Exhibit 7346 [3]  1275/24 1279/25
1281/23
Exhibit 7364 [2]  1279/25 1281/25
Exhibit 751 [1]  1291/11
Exhibit 7510 [1]  1287/17
Exhibit 7511 [1]  1287/18
Exhibit 860 [1]  1146/3
Exhibit 89052 [2]  1285/14 1285/21
Exhibit 911 [1]  1209/16
Exhibit 912 [1]  1210/8
Exhibit 91382 [2]  1195/2 1208/10
Exhibit D-29408 [1]  1271/1
exhibits [66]  1138/14 1138/18 1138/22
1139/3 1139/4 1139/17 1140/6 1241/19
1243/12 1243/21 1243/22 1244/24
1245/3 1247/22 1248/3 1249/21 1253/5
1268/23 1269/6 1269/20 1271/10
1271/20 1271/24 1272/20 1277/9
1277/13 1277/23 1280/10 1281/2
1281/17 1282/25 1286/6 1287/22 1292/7
1292/15 1293/7 1293/11 1293/13 1295/7
1295/18 1296/9 1296/11 1296/11 1297/9
1298/3 1298/4 1298/6 1298/12 1298/17
1298/22 1299/4 1299/15 1299/24 1300/6
1300/9 1300/11 1300/12 1301/5 1301/13

1301/16 1301/17 1302/4 1302/7 1302/22
1303/3 1306/21

Exhibits 7346 [1]  1281/2
exist [2]  1202/4 1225/20
existed [2]  1170/3 1180/6
existing [1]  1186/4
expect [4]  1176/13 1215/17 1215/21
1221/15
expectation [2]  1175/3 1183/24
expectations [1]  1175/14
expected [7]  1184/18 1188/22 1210/15
1210/18 1217/21 1217/22 1306/9
experience [9]  1144/18 1154/13 1187/12
1187/16 1188/1 1188/3 1188/7 1219/2
1220/8
expert [3]  1258/19 1260/3 1260/4
expertise [3]  1150/21 1163/20 1190/5
experts [4]  1163/21 1190/4 1190/6
1238/24
explain [12]  1149/5 1150/16 1155/3
1162/5 1186/10 1188/25 1189/2 1195/5
1197/19 1203/16 1207/7 1284/7
explained [1]  1144/25
explanation [1]  1294/20
exploration [5]  1130/10 1133/18 1133/21
1134/2 1157/6
exploratory [1]  1149/9
explosion [1]  1180/1
extend [1]  1240/16
extension [1]  1162/24
extensive [2]  1149/25 1206/7
extent [3]  1160/16 1164/10 1302/2
external [1]  1174/12

**F**

face [1]  1284/23
facilitated [1]  1174/11
fact [18]  1141/6 1154/21 1160/9 1168/22
1176/7 1188/8 1192/18 1197/22 1202/12
1202/14 1202/17 1207/22 1209/22
1229/14 1255/4 1255/9 1255/23 1299/24
factors [7]  1146/19 1193/1 1198/9
1198/24 1199/3 1202/8 1283/25
fail [1]  1239/17
failed [4]  1203/1 1223/15 1223/16
1223/19
failing [1]  1202/24
failsafe [1]  1148/9
failure [3]  1203/10 1203/11 1203/18
failures [2]  1197/14 1198/11
fair [16]  1176/12 1180/15 1188/14
1204/11 1204/12 1214/2 1214/12
1214/13 1222/12 1224/15 1227/16
1236/4 1236/14 1236/15 1239/6 1247/4
fairly [1]  1165/20
fall [5]  1169/5 1237/12 1250/1 1250/4
1250/11
fallout [1]  1144/6
familiar [5]  1155/16 1156/19 1166/12
1167/3 1180/13
familiarity [3]  1159/19 1168/24 1235/5
Fannin [1]  1134/10
far [10]  1193/7 1193/22 1220/17 1238/9
1248/2 1257/1 1262/21 1271/17 1280/17
1286/17
fashion [1]  1237/4
faster [1]  1285/5
fault [1]  1197/18
FCRR [3]  1135/18 1307/8 1307/16
feature [1]  1170/4
featured [1]  1223/22
February [8]  1130/7 1137/2 1158/5
1158/14 1160/7 1160/11 1160/23 1301/9

February 24 [3]  1158/5 1158/14 1160/7
federal [1]  1293/4
feedback [1]  1225/11
feet [1]  1205/5
felt [4]  1152/11 1172/3 1213/4 1213/15
few [7]  1152/22 1235/5 1235/15 1241/18
1303/2 1304/8 1304/17
fewer [1]  1158/19
Fifth [3]  1287/5 1287/5 1306/10
Fifth Circuit [2]  1287/5 1287/5
figure [6]  1220/16 1253/23 1255/2
1261/15 1297/6 1298/15
file [2]  1255/16 1306/11
filed [1]  1302/24
final [3]  1138/7 1229/10 1232/8
finalization [1]  1238/24
financial [1]  1142/4
find [4]  1147/24 1220/25 1269/8 1281/15
finding [1]  1197/5 1203/12 1213/16
1214/6
findings [6]  1189/22 1196/17 1196/23
1197/2 1197/11 1199/6 1199/20 1202/20
1202/24 1214/5 1223/11 1232/7 1236/19
1237/5 1253/22 1300/16
fine [9]  1139/2 1216/17 1255/15 1265/1
1267/1 1271/13 1272/8 1272/24 1305/22
finish [2]  1292/17 1295/13
finished [6]  1186/16 1232/7 1291/13
1292/4 1292/16 1292/24
fire [1]  1180/1
Firm [2]  1131/21 1132/8
first [48]  1154/7 1160/14 1163/18
1163/25 1164/16 1173/19 1173/22
1177/23 1178/5 1185/18 1192/21 1199/4
1201/9 1203/16 1203/20 1211/23 1212/6
1214/17 1215/7 1215/8 1215/9 1216/4
1216/6 1217/4 1221/20 1221/22 1222/3
1222/4 1222/8 1222/10 1222/17 1224/21
1225/24 1226/21 1227/2 1227/4 1227/25
1228/15 1231/2 1234/1 1237/25 1238/17
1243/10 1247/21 1257/4 1257/8 1258/25
1272/20
firsthand [2]  1143/16 1240/3
five [2]  1206/22 1297/12
fixed [1]  1243/17
Flat [1]  1217/25
fleet [1]  1180/4
flip [1]  1253/22
floor [4]  1131/13 1134/14 1241/23
1258/15
flow [16]  1179/22 1203/23 1204/7
1204/10 1207/8 1207/24 1207/25 1208/2
1208/18 1209/9 1209/14 1210/3 1210/11
1210/13 1210/19 1210/22
flow-path [1]  1203/23
flowed [1]  1205/18
flown [1]  1209/23
FLOYD [1]  1135/8
fluid [3]  1215/19 1215/22 1217/17
fluids [3]  1215/11 1217/19 1217/22
foam [1]  1238/6
focus [2]  1177/25 1203/24
folks [1]  1192/13
follow [2]  1186/22 1199/6
followed [2]  1211/21 1235/2
following [3]  1202/23 1243/1 1271/19
follows [1]  1140/22
foot [1]  1205/3
force [1]  1162/10
foregoing [1]  1307/10
forensic [1]  1194/22
forget [1]  1251/19
form [5]  1141/8 1143/12 1143/13 1164/2

**F**

form... [1] 1164/2
formal [4] 1212/17 1213/2 1213/11 1247/11
formalize [1] 1256/1
forth [6] 1163/23 1167/11 1173/17 1177/18 1179/4 1250/2
forward [2] 1249/20 1303/1
found [4] 1195/5 1204/2 1207/23 1231/25
foundation [1] 1218/9
four [10] 1137/10 1170/13 1193/1 1198/21 1198/23 1206/22 1225/6 1293/13 1297/18 1301/20
fourth [2] 1159/1 1173/19
frame [1] 1154/25
framework [4] 1170/18 1171/2 1185/19 1185/21
framing [1] 1198/25
Francisco [1] 1132/14
Franklin [1] 1133/5
Fraud [1] 1133/3
freaked [1] 1244/13
frequently [2] 1154/17 1165/2
Frilot [1] 1134/5
front [3] 1167/9 1223/4 1227/4
Frugé [1] 1132/2
FTP [1] 1300/8
full [10] 1174/5 1186/13 1196/1 1201/21 1230/25 1301/10 1301/11 1301/12 1301/19 1301/21
fully [4] 1169/18 1213/10 1230/23 1237/7
function [9] 1154/2 1154/18 1154/19 1163/1 1163/21 1171/1 1171/5 1176/19 1200/15
functional [12] 1150/14 1150/15 1150/17 1150/21 1151/2 1151/2 1152/3 1152/12 1163/16 1163/19 1164/5 1164/8
functions [1] 1154/10
FUNDERBURK [1] 1135/16
further [9] 1142/21 1149/12 1167/22 1209/8 1210/22 1235/16 1241/13 1300/7 1303/6
future [1] 1261/8

**G**

gain [5] 1161/21 1220/13 1220/14 1221/3 1221/5
gains [1] 1155/21
GANNAWAY [1] 1135/4
gap [10] 1161/23 1162/24 1163/4 1163/10 1174/3 1174/5 1174/6 1174/9 1175/2 1183/25
gaps [19] 1161/17 1161/18 1161/20 1161/21 1162/4 1162/8 1162/12 1162/14 1162/15 1162/17 1162/19 1162/20 1163/2 1163/12 1163/13 1175/3 1175/8 1175/11 1175/15
gas [1] 1150/3
Gate [1] 1132/13
gathered [1] 1227/13
gave [3] 1149/25 1270/4 1290/11
GAVIN [1] 1135/9
GDP [4] 1200/11 1202/5 1202/11 1202/17
GDP 4.4-0002 [1] 1202/11
gears [1] 1188/10
general [8] 1133/7 1133/11 1154/11 1159/18 1189/9 1235/5 1277/21 1299/19
generally [2] 1177/23 1192/15 1192/17 1192/20 1199/24 1203/17 1211/21 1211/22 1228/17 1239/12 1302/20

1302/23
gentlemen [1] 1145/25
gentlemen [1] 1212/25
GEOFFREY [1] 1135/4
get [36] 1146/5 1153/6 1162/25 1168/6 1168/7 1172/1 1172/8 1188/15 1192/13 1193/25 1200/10 1201/16 1201/21 1202/10 1202/14 1203/22 1208/5 1216/20 1225/11 1239/19 1243/24 1244/24 1252/18 1255/4 1255/13 1255/22 1259/19 1273/6 1277/16 1280/4 1290/4 1293/3 1293/19 1297/2 1299/9 1304/10
gets [2] 1156/11 1256/18
getting [18] 1147/17 1151/7 1151/18 1155/21 1161/15 1165/10 1169/10 1169/10 1169/13 1169/15 1173/22 1173/24 1174/4 1205/19 1247/19 1255/9 1256/10 1283/6
getting HSSE right [4] 1169/13 1169/15 1173/24 1174/4
gHSEr [1] 1171/19
give [23] 1138/8 1138/11 1139/1 1152/13 1165/12 1166/18 1175/1 1218/11 1230/2 1233/8 1237/24 1242/4 1245/5 1247/24 1252/1 1272/19 1275/5 1283/3 1283/13 1283/17 1304/10 1304/12 1305/24
given [15] 1142/10 1152/6 1152/8 1161/12 1163/1 1176/7 1176/12 1202/14 1213/6 1215/11 1215/18 1217/21 1235/4 1277/6 1281/19
giving [1] 1278/1
global [6] 1142/5 1142/6 1235/2 1235/3 1237/3 1240/2
globe [1] 1234/11
globo [6] 1271/3 1271/12 1271/19 1271/21 1273/14 1274/24
GmbH [1] 1130/8
go [97] 1143/25 1149/19 1158/12 1166/10 1167/12 1170/14 1170/23 1172/23 1172/24 1174/25 1175/18 1175/19 1175/21 1176/16 1176/17 1176/25 1177/10 1179/3 1179/11 1179/18 1180/18 1180/21 1181/15 1182/1 1182/14 1184/16 1186/17 1187/21 1191/22 1192/22 1193/22 1193/22 1196/16 1196/19 1198/16 1201/7 1201/8 1203/3 1203/14 1206/11 1206/15 1208/20 1210/10 1214/25 1216/14 1217/9 1218/24 1220/9 1220/16 1224/10 1224/12 1224/16 1225/24 1226/21 1227/19 1228/13 1230/4 1233/15 1235/17 1235/22 1238/15 1241/19 1244/22 1244/25 1246/18 1253/7 1253/17 1254/4 1255/20 1257/12 1258/4 1259/20 1264/8 1265/2 1265/11 1270/17 1274/22 1277/23 1281/17 1282/3 1282/21 1285/18 1290/19 1290/24 1292/1 1293/4 1293/15 1294/3 1295/12 1295/14 1295/19 1297/3 1297/4 1298/23 1301/6 1303/18 1306/4
goal [5] 1144/11 1144/19 1171/25 1172/19 1175/11
Godwin [6] 1135/7 1135/7 1135/11 1138/18 1138/20 1139/16
goes [8] 1143/25 1159/8 1161/13 1166/5 1173/21 1178/9 1211/12 1297/5
going [99] 1137/24 1138/7 1138/10 1138/10 1148/17 1149/19 1150/1 1154/11 1155/8 1171/23 1172/13 1172/20 1176/24 1177/1 1182/1 1184/19 1195/15 1197/3 1199/19 1201/12

1204/19 1207/6 1210/19 1211/12 1226/15 1229/11 1235/16 1241/15 1243/9 1243/12 1243/21 1243/24 1243/25 1244/20 1244/22 1244/25 1247/10 1249/15 1249/20 1249/21 1251/12 1253/4 1254/15 1255/25 1260/10 1260/15 1260/19 1261/5 1261/6 1261/9 1261/9 1261/21 1265/2 1265/7 1265/9 1269/7 1269/9 1269/14 1270/5 1270/17 1271/11 1271/22 1272/21 1273/3 1273/4 1275/22 1277/14 1277/18 1277/22 1278/1 1278/17 1278/19 1279/14 1281/17 1283/3 1285/18 1285/20 1290/7 1290/24 1292/10 1292/12 1293/22 1293/23 1293/24 1293/25 1294/3 1296/10 1296/23 1297/3 1299/18 1302/2 1302/5 1302/8 1302/9 1303/5
Golden [1] 1132/13
GoM [10] 1157/8 1157/11 1160/7 1160/16 1160/21 1160/22 1163/11 1178/12 1178/22 1179/10
gone [5] 1137/23 1204/21 1210/14 1250/2 1284/6
good [24] 1138/22 1140/15 1140/25 1141/1 1143/13 1147/8 1149/21 1160/1 1162/4 1162/9 1162/12 1169/24 1170/22 1199/8 1225/11 1243/5 1243/6 1243/9 1270/3 1275/22 1275/22 1278/12 1305/18 1307/2
GORC [8] 1154/1 1154/7 1154/11 1154/14 1154/23 1156/2 1156/14 1179/4
GORC's [1] 1154/18
got [26] 1157/18 1163/21 1167/10 1181/2 1182/9 1188/13 1188/14 1190/4 1202/4 1209/4 1243/11 1245/7 1246/11 1248/15 1255/16 1255/19 1261/5 1265/10 1265/25 1269/8 1269/10 1269/12 1272/21 1275/10 1278/18 1293/12
gotten [1] 1268/22
government [1] 1254/10
governmental [1] 1201/25
governments [1] 1241/4
GP [2] 1181/23 1182/19
GP 48-50 [1] 1182/19
Grand [1] 1134/14
graph [1] 1217/9
great [2] 1141/25 1242/10
greater [4] 1142/2 1142/4 1142/5 1256/11
ground [4] 1162/1 1211/8 1260/8 1260/13
group [29] 1131/18 1147/22 1150/9 1150/12 1153/2 1153/15 1159/24 1164/17 1164/20 1165/8 1165/12 1167/17 1168/2 1171/1 1171/14 1174/3 1174/5 1174/6 1174/12 1176/18 1181/13 1199/22 1200/25 1247/14 1252/6 1260/11 1261/10 1261/13 1261/15 group-defined [2] 1199/22 1200/25
Guerra [1] 1131/15
guess [6] 1195/3 1250/9 1274/13 1278/6 1283/10 1292/4
guidance [3] 1236/23 1236/25 1278/11
guide [2] 1144/24 1225/8
Guide/Sims [1] 1144/24
guided [1] 1225/5
guidelines [3] 1238/1 1238/18 1238/23
GULF [14] 1130/5 1141/12 1143/5 1157/14 1160/13 1172/11 1172/14 1172/14 1173/3 1178/18 1179/16 1180/2

**G**

GULF... [2] 1234/24 1234/25
guy [3] 1146/9 1168/3 1255/15
guys [20] 1174/23 1205/8 1213/10
 1224/24 1225/8 1225/12 1229/17
 1229/21 1231/12 1231/18 1243/7
 1244/23 1257/7 1270/18 1276/8 1279/23
 1279/23 1293/10 1304/17 1304/19
GVP [1] 1171/14

**H**

had [104] 1138/9 1138/21 1138/23
 1141/6 1141/16 1143/16 1144/19 1145/4
 1151/12 1152/9 1153/12 1154/2
 1154/22 1159/8 1159/18 1159/23 1160/2
 1160/8 1160/16 1160/22 1160/24
 1164/17 1167/13 1167/17 1168/4
 1169/12 1169/15 1172/12 1173/4
 1174/24 1176/7 1176/10 1176/12
 1178/25 1179/16 1179/17 1181/11
 1183/22 1184/1 1185/4 1185/7 1187/18
 1191/7 1193/18 1194/2 1194/8 1194/13
 1194/16 1195/5 1196/22 1197/6 1200/4
 1201/11 1201/20 1202/21 1209/14
 1209/18 1209/23 1210/13 1210/24
 1212/15 1213/7 1213/13 1213/19
 1213/23 1214/9 1218/12 1223/15
 1223/15 1223/18 1225/5 1225/10
 1225/22 1229/6 1229/7 1229/7 1229/15
 1230/2 1230/3 1230/13 1230/14 1230/19
 1230/24 1230/25 1231/5 1239/2 1239/16
 1239/18 1241/5 1244/17 1251/13 1252/5
 1253/5 1271/24 1271/25 1271/25
 1272/20 1277/2 1279/16 1283/10
 1284/15 1289/8 1306/5
hadn't [1] 1203/20
Hafle [7] 1144/21 1223/24 1224/22
 1227/23 1228/2 1229/2 1231/19
half [1] 1255/19
halfway [1] 1227/5
Halliburton [13] 1135/7 1135/11 1138/18
 1138/20 1139/4 1191/22 1193/9 1198/7
 1223/21 1301/3 1301/11 1303/9 1303/10
hand [6] 1190/3 1207/6 1222/16 1258/7
 1276/16 1283/14
handbook [6] 1175/23 1175/24 1175/25
 1176/6 1176/14 1178/11
handed [2] 1216/15 1274/24
handle [1] 1274/25
handled [1] 1274/23
hang [1] 1242/8
hanger [10] 1204/24 1208/25 1209/2
 1209/7 1209/17 1209/19 1210/7 1210/15
 1210/22 1211/14
hangers [1] 1238/4
HANKEY [1] 1132/18
happen [7] 1141/17 1148/11 1193/3
 1198/2 1199/3 1229/11 1249/14
happened [18] 1141/10 1148/13 1148/24
 1190/8 1192/12 1196/25 1201/8 1204/20
 1205/12 1205/24 1206/3 1209/25 1210/3
 1218/15 1226/6 1229/7 1255/12 1294/15
happening [5] 1155/13 1166/8 1184/18
 1215/19 1271/17
happens [3] 1154/17 1163/9 1205/14
happy [2] 1242/4 1284/21
hard [8] 1216/20 1272/5 1304/11
 1304/13 1304/14 1305/1 1305/13
 1305/24
harden [1] 1212/15
harder [1] 1156/7
HARIKLIA [2] 1133/22 1149/21

harm [1] 1177/16
HARLIN... [1] 1131/2
has [58] 1138/5 1142/12 1144/15
 1148/19 1152/20 1153/9 1153/10
 1154/13 1159/24 1160/16 1162/13
 1163/9 1173/12 1174/12 1178/10 1183/2
 1187/15 1190/4 1201/3 1209/16 1227/13
 1231/25 1233/23 1234/10 1234/13
 1234/15 1234/20 1235/9 1235/11
 1236/18 1238/11 1238/19 1239/9
 1240/24 1254/20 1256/22 1262/1 1262/2
 1267/17 1268/22 1270/9 1271/15
 1271/16 1281/14 1282/6 1282/7 1284/4
 1284/7 1288/8 1290/3 1293/23 1294/22
 1300/19 1301/10 1301/10 1301/12
 1303/12 1305/21
hasn't [4] 1173/12 1247/3 1274/10
 1275/9
HAUSER [1] 1133/4
have [358]
haven't [3] 1233/5 1254/7 1286/11
having [13] 1140/22 1160/20 1162/9
 1163/24 1168/13 1169/20 1188/3
 1203/19 1249/21 1252/2 1252/3 1253/22
 1277/6
HAYCRAFT [1] 1133/19
Hayward [6] 1143/18 1144/3 1188/17
 1286/8 1286/23 1305/7
hazard [2] 1146/9 1147/21
hazardous [1] 1181/10
hazards [2] 1146/18 1177/21
HB [1] 1135/19
HB-406 [1] 1135/19
he [62] 1137/12 1138/5 1146/9 1148/20
 1158/18 1159/8 1168/3 1172/12 1188/18
 1190/19 1190/20 1190/22 1191/7 1213/4
 1213/4 1213/14 1216/20 1218/13
 1218/14 1218/15 1221/25 1228/4
 1228/18 1230/15 1230/18 1230/18
 1230/18 1230/19 1230/23 1230/25
 1231/3 1244/17 1244/17 1248/12
 1250/16 1250/16 1250/17 1250/18
 1250/18 1250/20 1251/13 1253/20
 1253/21 1253/22 1254/3 1254/20
 1254/20 1260/25 1267/7 1269/20
 1269/22 1269/22 1269/23 1270/6 1270/9
 1270/19 1270/23 1271/2 1278/4 1278/4
 1287/10 1296/2
he's [5] 1137/12 1146/11 1270/5 1272/9
 1276/15
head [21] 1142/15 1150/10 1150/12
 1150/25 1151/5 1151/9 1151/17 1152/2
 1152/6 1152/14 1153/2 1161/4 1164/17
 1167/17 1168/1 1168/2 1171/6 1176/19
 1183/6 1183/6 1200/15
headed [3] 1150/13 1190/21 1191/5
health [4] 1142/2 1155/20 1163/22
 1169/11
hear [6] 1165/14 1216/21 1237/20
 1248/12 1269/20 1272/2
heard [13] 1155/2 1155/15 1157/9
 1164/24 1175/16 1187/7 1195/11 1222/1
 1222/17 1229/4 1251/3 1253/3 1255/8
hearing [3] 1139/10 1243/8 1298/25
heavier [1] 1215/19
held [2] 1187/8 1243/1
help [7] 1144/6 1148/15 1149/1 1151/15
 1170/18 1244/20 1298/20
helpful [6] 1244/13 1251/3 1259/17
 1292/2 1299/2 1306/5
helps [1] 1299/2
her [3] 1257/10 1305/12 1305/24
here [66] 1137/22 1141/12 1153/25

 1158/15 1173/16 1176/18 1177/25
 1177/25 1185/9 1188/1 1193/5 1196/1
 1196/22 1196/25 1197/23 1198/1
 1200/13 1201/3 1203/18 1204/14
 1204/21 1204/23 1205/3 1205/5 1205/14
 1206/8 1206/21 1207/2 1207/4 1207/17
 1207/22 1208/12 1209/16 1209/22
 1210/14 1211/5 1213/5 1213/11 1215/5
 1215/9 1215/10 1215/15 1215/19 1217/8
 1231/12 1233/21 1235/13 1236/23
 1237/18 1239/21 1240/16 1241/19
 1242/2 1244/6 1244/12 1250/8 1251/3
 1255/4 1259/5 1259/8 1271/9 1278/11
 1291/23 1293/15 1296/12 1296/24
 1300/12
here's [2] 1276/8 1293/22
hereby [2] 1299/21 1307/10
Herman [7] 1130/22 1130/22 1130/23
 1243/18 1255/6 1255/8 1306/3
HESI [2] 1293/9 1301/2
HESI's [1] 1285/24
high [3] 1155/13 1158/24 1239/5
highest [3] 1168/15 1176/23 1192/25
highlight [1] 1301/16
highlighted [9] 1158/18 1159/23 1161/22
 1213/14 1224/5 1224/7 1246/23 1301/17
 1301/23
highly [1] 1208/17
HILL [1] 1135/9
him [9] 1168/4 1188/22 1189/5 1228/8
 1230/12 1231/1 1231/3 1248/6 1257/15
HiPos [2] 1158/22 1158/23
his [13] 1140/7 1191/7 1208/12 1218/17
 1228/6 1242/7 1242/7 1253/20 1253/21
 1253/21 1257/10 1270/3 1298/22
history [1] 1150/1
hit [2] 1161/10 1161/11
hold [1] 1255/5
holding [1] 1209/3
Holdings [5] 1134/5 1134/8 1134/12
 1134/16 1134/19
holds [1] 1169/2
hole [5] 1205/20 1207/17 1207/21
 1211/7 1211/11
holistic [4] 1166/3 1169/22 1169/23
 1177/3
Holstein [1] 1180/3
Holthaus [1] 1132/2
home [1] 1293/4 1306/4
Honor [137] 1137/6 1137/18 1138/3
 1138/4 1138/7 1138/17 1139/3 1139/7
 1139/12 1139/14 1140/6 1140/17
 1143/20 1147/19 1148/17 1149/15
 1149/17 1149/20 1149/21 1193/14
 1193/15 1196/14 1199/12 1199/17 1204/3
 1207/9 1208/5 1216/19 1218/10 1218/23
 1219/13 1224/9 1224/13 1226/8 1228/3
 1228/11 1235/12 1235/15 1241/13
 1242/1 1243/5 1244/10 1245/9 1246/2
 1246/10 1247/1 1247/6 1249/1 1249/4
 1251/11 1254/9 1255/1 1255/12 1256/17
 1256/24 1257/23 1258/7 1258/12
 1258/16 1260/17 1261/7 1262/4 1262/9
 1262/23 1263/10 1264/6 1264/13
 1264/14 1265/5 1266/2 1266/20 1267/5
 1267/6 1267/16 1267/18 1268/5 1268/21
 1269/1 1270/14 1270/25 1271/5 1272/3
 1273/22 1274/3 1274/4 1274/5 1274/14
 1274/21 1276/2 1277/12 1278/11 1279/3
 1280/1 1282/3 1282/9 1282/21 1284/12
 1284/18 1285/8 1285/23 1286/3 1286/16
 1286/20 1288/6 1288/9 1288/10 1289/2
 1289/5 1289/8 1290/1 1290/3 1291/12

**H**

Honor... [25]  1291/24 1292/2 1293/14
1294/7 1294/13 1294/20 1294/24 1295/6
1296/14 1296/20 1297/12 1297/18
1299/12 1299/17 1299/18 1300/13
1301/2 1302/1 1302/18 1303/8 1303/17
1303/24 1304/6 1305/3 1306/23
HONORABLE [2]  1130/15 1243/2
hope [1]  1253/6
hopefully [1]  1253/14
HORIZON [15]  1130/4 1141/2 1142/22
1144/5 1144/21 1180/5 1186/7 1188/5
1188/12 1190/9 1200/2 1220/1 1240/19
1240/22 1241/11
Horse [1]  1180/2
Houma [1]  1131/20
hour [1]  1255/19
hours [2]  1196/24 1293/20
house [1]  1190/6
housekeeping [1]  1284/11
Houston [7]  1132/7 1134/10 1134/21
1135/5 1135/13 1135/17 1284/2
how [49]  1141/10 1142/24 1150/2
1154/10 1154/10 1154/15 1157/19
1157/21 1163/16 1165/25 1166/6
1170/12 1178/17 1186/6 1188/12
1188/13 1189/3 1190/1 1192/21 1194/10
1198/25 1201/16 1203/22 1207/23
1213/6 1225/1 1226/5 1230/7 1231/13
1231/15 1232/6 1232/13 1232/22 1235/8
1237/15 1237/16 1239/24 1243/9
1250/20 1254/5 1260/9 1262/5 1265/7
1265/9 1269/9 1273/3 1284/7 1284/16
1286/19
However [5]  1159/8 1205/21 1261/3
1264/13 1306/12
HSE [3]  1158/16 1159/25 1161/15
HSSE [7]  1169/10 1169/13 1169/15
1173/23 1173/24 1174/4 1200/15
Huffman [5]  1289/8 1290/21 1290/22
1293/8 1298/4
Huffman's [1]  1140/5
huge [1]  1203/24
HUGH [1]  1135/15
Hughes [1]  1134/19
huh [1]  1307/1
human [5]  1148/7 1197/14 1198/1
1198/11 1283/25
humming [1]  1151/7
hydrocarbon [5]  1203/9 1203/10 1204/14
1204/19 1207/2
hydrocarbon-bearing [3]  1204/14
1204/19 1207/2
hydrocarbons [8]  1179/25 1202/25
1204/15 1204/18 1205/14 1205/15
1207/18 1209/23
HYMEL [1]  1134/16
hypothetical [1]  1259/14

**I**

I'll [8]  1165/8 1193/15 1195/2 1224/14
1255/13 1272/19 1281/16 1285/17
I'm [98]  1137/8 1137/25 1138/7 1138/10
1139/12 1143/22 1148/17 1150/1
1150/18 1151/4 1154/11 1157/23
1172/14 1172/24 1173/14 1175/19
1176/16 1178/24 1180/13 1182/21
1187/3 1187/11 1195/22 1196/4 1197/3
1207/6 1210/2 1214/1 1214/21 1216/18
1216/22 1220/24 1220/25 1221/3 1223/9
1223/17 1228/4 1228/5 1229/21 1237/20
1239/21 1240/2 1240/3 1241/12 1242/4
1243/17 1244/25 1245/10 1246/4
1246/24 1248/2 1251/13 1251/15
1251/24 1257/14 1260/22 1260/23
1261/1 1263/23 1266/21 1267/9 1267/9
1269/10 1269/15 1269/17 1270/18
1270/22 1271/9 1271/16 1271/22 1272/9
1274/1 1276/10 1276/19 1277/9 1278/9
1281/17 1284/24 1285/14 1286/6 1290/4
1290/24 1291/13 1291/13 1291/13
1292/10 1292/21 1292/21 1293/23
1294/9 1297/9 1300/20 1303/5 1304/18
I've [4]  1188/9 1251/3 1265/25 1293/12
idea [1]  1296/2
identical [1]  1283/11
identification [2]  1182/7 1305/16
identified [16]  1162/19 1163/12 1178/21
1178/24 1179/17 1181/11 1181/20
1198/10 1215/7 1216/4 1217/1 1217/12
1220/10 1223/6 1233/1 1240/15
identifies [1]  1198/19
identify [14]  1148/15 1149/1 1163/7
1175/14 1180/10 1181/17 1182/8
1182/10 1182/16 1196/10 1197/12
1199/4 1218/5 1223/4
identifying [3]  1162/4 1162/14 1279/10
if [166]  1140/16 1141/12 1142/2 1143/6
1144/11 1144/19 1146/2 1146/11
1148/13 1148/20 1148/24 1151/10
1151/13 1151/23 1155/7 1155/8 1155/10
1158/2 1158/12 1161/19 1161/21
1162/24 1163/9 1164/16 1169/4 1169/15
1170/6 1170/14 1170/23 1172/21
1173/11 1175/18 1175/19 1177/10
1179/7 1179/11 1179/18 1180/1 1181/6
1181/6 1181/15 1181/18 1182/9 1182/13
1182/14 1184/5 1185/3 1185/22 1186/13
1186/15 1189/11 1189/15 1193/6 1193/8
1193/23 1194/8 1194/23 1195/16 1196/8
1196/9 1196/19 1197/7 1198/16 1200/7
1203/3 1203/12 1203/14 1205/14
1206/18 1207/6 1208/5 1208/20 1210/10
1210/19 1212/4 1214/14 1214/25
1216/15 1216/17 1217/9 1218/8 1223/3
1224/3 1224/10 1225/24 1226/21
1227/19 1228/3 1228/5 1231/20 1232/22
1233/14 1235/12 1235/16 1235/22
1236/16 1237/13 1238/15 1243/20
1248/5 1248/15 1248/22 1249/5 1249/14
1250/19 1251/3 1251/14 1252/6 1252/24
1253/6 1254/3 1254/7 1254/9 1254/10
1255/10 1256/5 1256/11 1256/11
1256/13 1257/23 1258/2 1258/3 1259/8
1260/2 1260/8 1260/15 1260/16 1264/25
1265/8 1272/7 1274/25 1275/4 1277/17
1277/18 1277/22 1277/25 1278/6
1278/19 1278/20 1279/19 1280/7
1281/19 1284/23 1285/2 1285/5 1285/17
1285/20 1286/6 1292/7 1293/2 1296/18
1297/6 1297/7 1297/15 1302/2 1302/7
1303/3 1304/3 1304/7 1305/8 1305/10
1305/19 1305/23 1306/10 1306/20
1306/24
ignited [1]  1180/1
ill [1]  1281/19
Illinois [1]  1133/24
illuminate [3]  1162/12 1162/17 1162/17
immediate [3]  1221/22 1200/18 1237/6
immediately [2]  1186/5 1226/23
impact [2]  1142/4 1153/10
impacts [1]  1148/7
impeachment [1]  1258/18
impede [1]  1193/25
implement [8]  1171/10 1171/24 1172/13
1234/18 1235/6 1273/4 1273/8 1237/8
implementation [8]  1152/18 1156/9
1159/19 1168/7 1185/12 1197/15
1198/12 1235/6
implemented [12]  1144/16 1159/24
1160/9 1160/17 1160/23 1169/12 1173/4
1173/12 1176/7 1180/25 1182/22 1185/7
implementing [4]  1233/5 1233/9 1234/6
1239/13
importance [2]  1153/6 1165/9
important [6]  1155/1 1155/4 1155/5
1162/16 1168/18 1205/22
importantly [1]  1273/7
impression [1]  1229/10
impressions [2]  1225/21 1230/2
Imprevento [1]  1131/8
improve [4]  1162/8 1162/17 1168/16
1184/24
improvement [9]  1155/21 1170/1
1183/15 1184/4 1184/9 1184/11 1184/17
1184/23 1185/11
improvements [5]  1152/10 1158/17
1164/12 1170/6 1236/12
in [415]
in globo [6]  1271/3 1271/12 1271/19
1271/21 1273/14 1274/24
in-house [1]  1190/6
inaccurate [2]  1156/5 1156/8
inaction [1]  1197/12
inadvertently [1]  1281/14
INC [16]  1130/11 1133/19 1133/22
1134/3 1134/6 1134/7 1134/9 1134/10
1134/13 1134/13 1134/17 1134/17
1134/20 1134/21 1135/7 1135/12
incident [27]  1148/1 1156/6 1156/17
1157/5 1157/25 1158/15 1158/21
1167/14 1167/24 1183/5 1185/5 1188/12
1192/22 1197/6 1199/23 1200/1 1200/2
1200/14 1200/22 1201/14 1202/11
1233/24 1234/22 1240/19 1240/23
1241/8 1241/11
incidents [2]  1158/24 1159/10
include [5]  1157/16 1159/5 1168/22
1185/25 1279/9
included [10]  1152/19 1157/5 1157/8
1157/10 1157/12 1157/14 1164/14
1186/4 1190/10 1301/21
includes [1]  1185/2
including [8]  1183/2 1186/7 1213/13
1234/18 1240/21 1270/11 1271/23
1297/13
inconsistent [1]  1160/17
incorrect [2]  1270/21 1273/12
increase [1]  1220/23
increased [4]  1203/8 1214/23 1215/13
1217/5
increases [3]  1219/12 1220/6 1220/21
increasing [3]  1215/10 1215/16 1216/2
inData [33]  1243/19 1244/12 1245/2
1246/8 1257/12 1262/1 1262/1 1263/23
1264/17 1265/8 1272/14 1272/15
1272/15 1273/7 1282/7 1282/19 1282/22
1283/13 1283/17 1284/4 1284/7 1284/11
1288/4 1293/17 1294/22 1294/23
1298/16 1299/14 1301/17 1301/18
1302/12 1304/10 1304/12
inData's [12]  1244/2 1244/19 1245/1
1262/6 1262/6 1265/3 1273/24 1282/25
1293/11 1298/8 1298/14 1298/17
indeed [2]  1252/6 1299/5
independent [4]  1163/8 1175/1 1234/11
1239/21

**I**

independently [1]  1226/24
index [1]  1157/25
indicate [1]  1215/6
indicated [7]  1188/19 1214/11 1220/9
 1238/18 1239/9 1239/24 1271/9
indicating [1]  1206/23
indication [2]  1159/13 1209/14
indicator [3]  1155/18 1155/19 1164/9
indicators [8]  1155/16 1155/24 1156/3
 1156/6 1156/7 1156/13 1156/16 1183/16
individual [2]  1173/20 1269/8
individually [1]  1274/22
industry [6]  1150/3 1162/13 1187/4
 1188/6 1240/17 1240/23
influence [1]  1231/11
information [22]  1145/1 1145/4 1147/12
 1153/18 1156/10 1157/2 1189/15
 1191/21 1191/24 1193/10 1193/18
 1193/23 1193/25 1194/3 1194/4 1195/6
 1201/21 1208/23 1209/7 1227/12 1232/4
 1232/8
inherent [2]  1146/20 1146/23
initial [1]  1210/10
initially [1]  1153/3
Initiated [1]  1189/16
initiation [1]  1197/16
initiatives [1]  1153/22
injuries [2]  1142/3 1158/19
inner [1]  1209/4
innocent [1]  1137/8
input [4]  1155/20 1181/20 1193/23
 1234/7
inputs [1]  1183/20
inquiry [1]  1143/17
inside [4]  1166/19 1203/22 1205/19
 1209/5
instance [3]  1160/14 1188/4 1219/10
instead [7]  1169/19 1204/20 1215/12
 1216/1 1218/2 1253/22 1277/23
integrated [3]  1147/14 1166/3 1169/1
integrates [1]  1169/19
integrating [1]  1174/22
integrity [4]  1158/17 1159/9 1199/4
 1234/17
intent [2]  1212/18 1213/7
interest [5]  1153/8 1184/10 1197/3
 1222/23 1303/20
interfaces [1]  1197/15
interim [2]  1236/23 1236/25
interlinked [2]  1197/13 1198/11
internal [3]  1189/14 1200/9 1233/22
international [3]  1134/22 1135/2 1142/6
interpret [1]  1239/24
interstitial [1]  1211/12
intervention [1]  1179/23
interview [21]  1145/2 1189/3 1190/16
 1192/2 1192/8 1193/9 1220/3 1223/23
 1224/7 1225/7 1226/2 1226/5 1226/12
 1227/11 1227/12 1227/22 1227/22
 1229/24 1230/3 1231/13 1231/17
interviewed [4]  1191/19 1219/18 1219/21
 1233/18
interviewee [1]  1225/11
interviewees [1]  1227/10
interviewers [3]  1225/22 1226/3 1226/9
interviewing [3]  1225/17 1226/14 1226/1
interviews [16]  1219/8 1219/9 1224/24
 1224/25 1225/1 1225/14 1226/8 1227/6
 1227/8 1227/9 1227/13 1227/17 1229/5
 1229/19 1231/18 1232/4
into [51]  1139/17 1140/3 1145/25

 1152/11 1156/11 1157/2 1157/12 1157/6
 1160/12 1172/16 1178/6
 1187/25 1188/11 1188/13 1188/14
 1193/7 1193/20 1205/17 1211/25 1214/3
 1224/10 1224/12 1224/18 1226/18
 1227/13 1234/16 1234/21 1235/16
 1236/5 1240/21 1242/3 1247/3 1250/11
 1250/19 1254/4 1254/16 1254/18
 1259/19 1273/1 1276/12 1281/4 1281/17
 1281/20 1290/2 1293/25 1295/15
 1299/13 1305/11 1305/13 1306/1
introduce [3]  1279/7 1280/22 1303/4
introduced [2]  1273/1 1282/25
investigation [55]  1143/17 1143/19
 1146/7 1146/10 1147/15 1148/10 1149/5
 1149/10 1188/11 1188/23 1189/5
 1189/10 1189/14 1192/10 1192/15
 1192/19 1192/22 1193/12 1193/20
 1194/1 1194/5 1194/13 1194/20 1199/2
 1200/1 1200/9 1200/19 1201/2 1201/6
 1201/10 1201/17 1201/25 1202/11
 1202/15 1202/16 1203/5 1203/19 1206/3
 1206/7 1218/17 1221/7 1223/11 1226/21
 1226/23 1227/6 1227/8 1229/23 1231/24
 1232/10 1232/14 1233/23 1234/4 1234/7
 1237/1 1239/13
investigations [3]  1199/23 1201/24
 1225/25
investigative [3]  1189/3 1194/21 1198/25
invite [1]  1241/15
involved [17]  1150/3 1150/5 1161/3
 1188/15 1188/17 1190/24 1191/2
 1197/17 1197/24 1198/3 1198/4 1198/5
 1198/7 1198/10 1198/13 1201/20
 1223/20
involvement [3]  1156/14 1167/18
 1201/15
involving [1]  1181/10
Irpino [3]  1132/8 1132/9 1246/12
is [459]
isn't [8]  1142/17 1143/2 1143/9 1145/21
 1148/16 1149/2 1272/23 1273/17
isolate [2]  1202/25 1203/10
issue [24]  1148/15 1149/1 1183/2 1183/5
 1202/12 1247/5 1247/8 1249/6 1249/11
 1253/13 1253/16 1253/19 1254/1 1254/1
 1254/2 1254/14 1255/4 1256/24 1259/8
 1277/4 1280/10 1294/24 1301/8 1301/12
issued [7]  1173/7 1181/3 1195/3 1206/16
 1208/12 1208/17 1208/24
issues [7]  1148/7 1192/23 1193/20
 1253/13 1253/25 1282/4 1293/15
issuing [1]  1195/4
it [492]
it's [137]  1139/5 1141/5 1141/15 1141/19
 1141/25 1142/14 1143/15 1151/1
 1154/21 1154/25 1155/1 1155/5 1155/12
 1156/23 1157/18 1158/15 1159/15
 1162/6 1162/9 1162/16 1163/20 1166/1
 1166/3 1166/3 1166/25 1166/25 1167/1
 1167/7 1167/7 1167/10 1168/16 1169/1
 1170/4 1170/22 1173/11 1173/20
 1175/12 1176/25 1177/3 1177/4 1177/25
 1180/19 1181/2 1183/8 1183/8 1184/20
 1185/1 1186/13 1187/19 1187/24 1188/7
 1189/9 1191/18 1193/6 1194/21 1195/7
 1201/14 1205/22 1209/4 1211/12 1212/1
 1212/25 1216/1 1218/19 1219/4 1221/3
 1222/21 1223/8 1227/1 1228/12 1232/25
 1233/3 1233/22 1240/18 1241/16 1242/3
 1243/9 1243/25 1244/7 1247/5 1249/8
 1249/8 1249/9 1249/9 1249/15 1249/17
 1249/18 1249/18 1251/8 1251/9 1251/18

 1251/21 1252/13 1252/13 1252/25
 1258/18 1259/9 1259/11 1259/21 1265/3
 1265/3 1269/17 1270/22 1271/8 1271/11
 1272/5 1272/9 1273/18 1273/23 1273/25
 1274/1 1274/23 1274/24 1276/16 1278/9
 1279/16 1279/16 1279/21 1282/6 1285/9
 1286/8 1291/9 1292/2 1292/13 1293/10
 1293/16 1294/24 1294/25 1295/1
 1299/24 1303/3 1305/25
items [3]  1237/15 1239/3 1304/17
its [11]  1147/10 1159/14 1167/8 1171/20
 1187/8 1192/11 1193/8 1226/23 1303/1
 1303/10 1303/11
itself [1]  1194/17

**J**

JAMES [5]  1130/19 1133/12 1145/12
 1145/14 1145/15
Jeff [1]  1269/12
Jefferson [2]  1130/20 1134/17
JEFFREY [2]  1131/9 1269/3
JERRY [1]  1135/12
JESSICA [2]  1132/22 1132/23
Jim [8]  1146/5 1146/7 1146/11 1252/5
 1257/9 1257/22 1260/16 1305/8
JIMMY [1]  1132/6
job [5]  1144/4 1168/5 1213/20 1213/24
 1293/4
JOHN [3]  1132/3 1134/20 1135/16
join [1]  1218/10
joint [1]  1201/25
JONES [1]  1135/3
Jordan [2]  1282/22 1302/15
JR [3]  1131/12 1135/8 1135/8
judge [36]  1130/15 1139/9 1241/17
 1241/18 1241/22 1247/23 1248/7
 1248/22 1250/15 1251/12 1253/10
 1253/20 1254/2 1254/3 1254/19 1259/7
 1259/16 1260/24 1262/5 1267/7 1269/19
 1270/12 1270/19 1271/15 1272/4
 1272/17 1274/24 1275/17 1276/18
 1276/24 1277/6 1277/19 1279/15
 1296/13 1300/10 1302/16
Judge Barbier [17]  1248/7 1248/22
 1251/12 1253/10 1253/20 1254/2
 1254/19 1259/7 1260/24 1267/7 1269/19
 1270/19 1271/15 1274/24 1275/17
 1277/19 1300/10
Judge Barbier's [2]  1254/3 1272/4
Judge Shushan's [1]  1241/17
judgment [1]  1198/12
judgments [2]  1197/14 1198/1
just [127]  1137/5 1137/17 1138/1 1138/7
 1139/4 1139/16 1139/25 1140/16
 1141/21 1142/1 1142/1 1143/22 1146/1
 1147/3 1148/14 1148/21 1148/25 1150/2
 1151/15 1158/2 1167/20 1170/4 1175/23
 1177/3 1177/9 1182/9 1183/7 1184/10
 1186/25 1187/22 1195/16 1196/9
 1202/21 1205/23 1211/2 1213/25 1215/7
 1223/6 1224/9 1224/9 1224/14 1231/6
 1235/12 1235/16 1236/3 1237/24
 1238/10 1239/12 1243/7 1243/24 1244/5
 1247/1 1248/13 1250/10 1251/2 1254/4
 1254/10 1255/9 1255/25 1256/1
 1256/11 1257/21 1257/24 1258/20
 1258/23 1259/11 1259/14 1261/15
 1262/4 1264/22 1264/25 1269/10 1271/7
 1271/8 1271/12 1271/25 1272/3 1272/5
 1272/17 1274/22 1275/2 1275/10
 1275/10 1275/12 1276/2 1276/6 1276/17
 1277/10 1277/20 1278/11 1278/13

## J

just... [36]  1278/19 1278/20 1278/23
1279/15 1279/22 1280/8 1280/15
1280/18 1281/6 1281/10 1281/13
1281/19 1283/17 1284/10 1284/25
1290/4 1290/11 1292/4 1292/5 1292/21
1293/15 1293/16 1295/17 1295/22
1296/8 1297/13 1298/6 1299/25 1300/11
1301/8 1302/20 1303/20 1305/7 1305/25
1306/4 1306/17
Justice [4]  1132/11 1132/15 1132/21
1133/2

## K

Kaluza [1]  1219/19
Kanner [5]  1133/15 1133/15 1140/15
1144/1 1147/18
KARIS [3]  1133/22 1149/21 1195/24
Katz [1]  1130/22
keep [6]  1144/13 1145/6 1168/10
1201/12 1265/8 1283/14
KELLEY [1]  1133/4
Kellingray [4]  1212/25 1213/1 1213/6
1213/14
Kent [2]  1191/5 1230/1
KERRY [5]  1134/6 1139/14 1139/25
1285/8 1290/11
Kerry's [2]  1290/4 1290/12
Kevin [1]  1286/23
key [8]  1152/17 1178/24 1202/20
1202/24 1214/6 1223/11 1236/19 1237/4
Key Finding 4 [1]  1214/6
kill [4]  1196/8 1230/14 1230/16 1231/3
Kinchen [2]  1134/19 1134/20
kind [6]  1142/17 1155/6 1165/11
1166/25 1240/16 1253/12
Kirkland [1]  1133/21
knew [1]  1264/22
know [56]  1141/9 1142/14 1142/24
1145/24 1147/7 1147/8 1148/8 1151/22
1160/13 1161/12 1163/5 1166/5 1168/8
1172/18 1173/5 1179/4 1187/19 1193/6
1202/6 1202/13 1211/3 1212/24 1213/15
1213/21 1218/8 1224/9 1225/10 1226/1
1229/24 1231/17 1231/20 1231/21
1233/11 1238/24 1239/1 1239/24 1241/5
1243/7 1249/5 1251/2 1255/21 1256/4
1256/18 1260/9 1260/17 1276/9 1276/13
1278/1 1278/15 1278/21 1290/1 1292/2
1293/2 1293/18 1300/15 1306/3
knowing [1]  1300/17
knowledge [7]  1143/16 1149/8 1172/13
1178/20 1190/4 1229/1 1241/10
knowledgeable [1]  1174/20
known [1]  1151/1
knows [2]  1299/18 1302/12
KRAUS [1]  1133/16
Kullman [1]  1131/5

## L

labeled [2]  1305/13 1306/1
laboratory [1]  1234/19
Lacy [4]  1179/14 1179/22 1286/23
1305/7
ladies [1]  1151/22
laed.uscourts.gov [1]  1135/20
Lafayette [2]  1130/21 1134/18
Lafleur [1]  1134/16
lagging [7]  1155/15 1155/21 1155/24
1156/3 1156/16 1156/23 1183/15
Lamar [4]  1135/12 1138/23 1139/7
1139/16

LANGAN [2]  1133/22 1299/17
language [2]  1212/18 1294/22
1281/10
large [2]  1142/14 1301/4
Lasalle [1]  1133/23
last [15]  1141/19 1142/1 1147/21
1175/20 1197/8 1197/10 1240/8 1242/1
1255/20 1260/21 1284/14 1285/23
1293/20 1297/9 1297/9
later [10]  1132/12 1221/20 1230/6
1249/5 1250/20 1262/6 1262/7 1264/15
1276/7 1306/7
latter [1]  1138/3
launch [1]  1168/8
Law [3]  1134/18 1131/21 1132/8
LAWRENCE [1]  1132/24
laying [1]  1197/11
lays [1]  1222/25
lead [5]  1176/7 1180/1 1188/23 1189/10
1231/7
leader [6]  1171/17 1171/18 1172/11
1189/5 1200/13 1200/21
leaders [12]  1153/16 1154/6 1165/18
1165/19 1165/19 1165/19 1219/8 1219/9
1219/18 1219/25 1220/3 1232/1
leadership [16]  1150/6 1152/24 1153/1
1153/8 1153/8 1153/9 1153/12 1154/4
1154/14 1163/13 1165/10 1165/17
1165/18 1166/11 1167/1 1176/25
leading [13]  1155/15 1155/18 1155/19
1155/24 1156/3 1156/6 1156/7 1156/11
1156/13 1156/16 1156/23 1183/15
1189/8
learn [1]  1172/7
learned [5]  1165/25 1147/25 1148/16
1149/2 1169/18
learning [3]  1194/11 1241/7 1241/7
learnings [3]  1240/22 1240/25 1241/2
LEASING [1]  1130/8
least [17]  1155/13 1175/10 1177/20
1180/10 1185/13 1195/8 1212/18 1213/7
1221/8 1225/6 1227/11 1230/2 1235/4
1256/5 1284/14 1292/6 1306/8
leave [2]  1144/21 1144/23
led [4]  1150/13 1152/10 1223/14
1229/24
left [3]  1206/4 1283/11 1293/11
left-hand [1]  1283/11
Leger [2]  1131/12 1131/12
legislation [1]  1142/7
length [3]  1154/9 1188/10 1199/5
less [1]  1258/6
lessons [4]  1146/25 1148/16 1149/2
1240/19
let [19]  1142/1 1142/1 1148/19 1148/23
1201/5 1204/1 1236/18 1239/23 1243/15
1251/2 1269/7 1275/14 1277/8 1278/21
1280/19 1280/20 1289/10 1296/8
1304/17
let's [34]  1143/18 1143/25 1146/2
1151/23 1172/23 1176/16 1176/17
1177/9 1180/16 1180/18 1180/20 1183/9
1183/10 1184/3 1186/16 1188/10
1189/15 1189/25 1199/11 1224/25
1227/4 1228/24 1230/4 1235/23 1244/2
1245/7 1249/24 1261/24 1265/11 1285/5
1294/18 1299/3 1299/9 1304/8
level [14]  1154/8 1155/13 1157/1 1162/6
1164/21 1165/16 1168/15 1176/23
1177/21 1179/2 1181/20 1193/5 1233/13
1239/5
Level 1 [1]  1179/2
levels [3]  1156/24 1177/14 1192/25

Lewis [5]  1133/15 1133/18 1135/7
LI [1]  1134/13
liaison [3]  1256/8 1256/15 1256/19
lie [1]  1162/20
lies [1]  1162/21
lieu [5]  1287/1 1304/22 1304/24 1305/10
1305/25
life [1]  1165/10
lift [1]  1212/8
light [1]  1300/19
lighter [3]  1215/23 1215/23 1215/23
like [41]  1139/15 1139/16 1140/6
1141/16 1141/24 1142/14 1146/20
1146/24 1147/16 1150/22 1150/22
1152/19 1152/22 1153/6 1153/22 1156/9
1161/11 1161/15 1164/4 1167/20 1189/6
1206/17 1212/1 1217/8 1233/20 1235/20
1239/16 1243/25 1244/23 1245/4
1248/21 1250/13 1255/13 1270/7
1274/17 1285/19 1292/17 1295/25
1296/8 1303/1 1304/7
likelihood [1]  1209/23
likely [2]  1203/9 1206/3
Likewise [1]  1286/12
limitations [1]  1194/12
limited [5]  1191/21 1191/24 1193/18
1234/24 1256/19
line [35]  1142/2 1150/17 1150/18
1150/19 1150/23 1152/3 1152/4 1152/7
1152/18 1153/16 1154/15 1162/22
1163/3 1173/18 1174/20 1193/6 1204/25
1205/1 1205/6 1205/7 1215/9 1215/10
1215/12 1217/3 1222/24 1222/24 1223/4
1223/7 1230/14 1230/16 1230/19 1231/3
1231/24 1235/23 1287/6
lined [2]  1230/17 1230/20
lines [4]  1153/19 1238/24 1250/7 1256/4
lineup [1]  1239/17
Liskow [2]  1133/18 1256/8
list [127]  1138/13 1177/19 1237/19
1237/21 1238/8 1244/2 1244/7 1244/8
1244/9 1244/11 1244/12 1244/12
1244/17 1244/19 1244/19 1244/25
1245/1 1245/1 1245/3 1245/5 1246/15
1246/18 1246/19 1247/24 1248/3
1248/10 1248/11 1248/14 1248/22
1248/23 1250/13 1256/7 1256/16
1256/20 1256/20 1262/1 1262/6 1262/7
1264/19 1264/22 1265/3 1265/4 1267/11
1269/3 1269/5 1269/21 1269/23 1270/15
1271/3 1271/12 1271/21 1271/21 1272/1
1272/5 1272/18 1272/20 1272/21
1272/22 1272/25 1273/14 1273/15
1273/19 1273/23 1273/24 1274/1 1274/2
1274/4 1274/6 1274/12 1274/18 1274/23
1275/5 1275/6 1275/11 1275/14 1275/16
1275/18 1275/19 1276/17 1277/25
1278/9 1279/21 1281/18 1282/6 1283/20
1283/25 1284/5 1284/14 1285/9 1285/14
1285/20 1285/24 1289/24 1290/4 1290/6
1290/11 1290/12 1290/13 1290/23
1291/9 1291/22 1292/1 1292/6 1292/13
1292/24 1293/1 1293/3 1293/5 1293/11
1293/11 1293/17 1293/17 1293/24
1295/13 1295/15 1295/22 1295/25
1297/2 1297/11 1297/19 1298/7 1298/8
1298/14 1298/14 1299/5 1299/13 1303/3
listed [6]  1201/3 1232/16 1250/22
1256/24 1284/3 1284/5
listing [2]  1284/8 1296/17
lists [6]  1244/6 1256/19 1269/8 1270/10
1272/12 1273/6

L

litigation [2]  1133/3 1202/2
little [12]  1151/7 1152/22 1164/24
1166/15 1167/21 1206/21 1227/24
1235/16 1252/25 1272/18 1276/24
1303/6
live [9]  1159/23 1287/1 1305/10 1305/25
1306/9 1306/13 1306/16 1306/21
1306/24
LLC [13]  1130/19 1130/22 1131/2
1131/18 1133/15 1134/5 1134/6 1134/9
1134/12 1134/16 1134/20 1134/22
1135/14
LLP [8]  1131/15 1132/2 1133/21 1134/2
1134/8 1134/12 1134/19 1135/2
local [6]  1175/23 1175/25 1176/6
1176/13 1178/8 1178/12
location [2]  1201/3 1201/5
lockdown [1]  1238/4
lodged [3]  1276/9 1276/11 1302/21
log [3]  1211/24 1211/25 1213/18
loggers [2]  1219/12 1220/5
logging [1]  1219/6
logos [1]  1283/10
LOMS [2]  1175/23 1178/10
long [2]  1272/20 1297/1
longer [1]  1260/6
look [41]  1146/2 1146/18 1146/19
1148/12 1155/4 1155/7 1155/9 1155/20
1155/22 1156/2 1156/22 1161/17 1162/8
1162/11 1174/25 1179/3 1179/3 1183/10
1186/15 1194/16 1194/18 1194/22
1195/22 1214/14 1216/15 1216/17
1229/25 1243/25 1246/21 1248/15
1250/16 1250/17 1250/18 1257/22
1259/1 1259/19 1261/4 1269/8 1270/18
1285/2 1291/25
looked [15]  1143/17 1144/9 1156/12
1159/15 1161/1 1179/5 1182/21 1182/23
1183/7 1192/23 1206/14 1214/3 1244/17
1257/7 1279/3
looked-at [1]  1161/1
looking [16]  1146/19 1148/13 1148/24
1155/22 1155/25 1156/6 1156/9 1156/10
1156/16 1160/5 1173/6 1177/4 1212/1
1234/21 1251/13 1278/11
looks [7]  1141/24 1166/4 1206/17 1217/8
1233/20 1244/15 1303/1
Los [1]  1134/14
loss [12]  1142/4 1154/24 1157/22
1157/24 1158/19 1159/4 1159/5 1178/21
1179/24 1180/11 1181/10 1212/9
lot [10]  1151/20 1173/2 1185/15 1240/24
1244/15 1256/8 1256/10 1260/6 1293/10
1306/7
lots [4]  1145/19 1168/4 1194/18 1306/25
LOUISIANA [25]  1130/2 1130/6 1130/21
1130/24 1131/7 1131/13 1131/20
1131/23 1132/4 1132/10 1133/11
1133/12 1133/13 1133/15 1133/17
1133/20 1134/7 1134/18 1134/24
1135/16 1135/19 1140/14 1140/16
1143/4 1307/10
LOWC [1]  1179/24
Lucas [5]  1188/19 1188/21 1200/5
1202/9 1202/12
LUIS [1]  1134/13
lunch [1]  1272/8
LUTHER [1]  1133/8

M

M-A-R [1]  1182/18
M-I [1]  1135/14
mails [1]  1289/16
Macondo [5]  1143/15 1190/8 1212/11
1213/19 1213/22
Mad [1]  1180/3
made [25]  1144/13 1144/14 1160/2
1169/24 1171/22 1172/12 1185/12
1202/13 1202/13 1202/13 1233/23
1236/12 1244/18 1248/13 1299/19
Magazine [3]  1132/9 1233/17 1233/19
Mahtook [1]  1134/16
mail [10]  1244/16 1255/13 1255/14
1255/15 1255/20 1256/8 1256/11
1256/15 1272/12 1282/4
mails [3]  1244/22 1144/24 1256/2
main [4]  1132/3 1203/8 1203/10 1244/21
maintenance [1]  1234/14
major [9]  1158/21 1181/9 1181/18
1181/19 1181/20 1182/4 1182/6 1182/8
1182/17
make [48]  1145/5 1147/14 1147/24
1148/17 1166/10 1171/23 1173/10
1173/14 1176/10 1184/18 1186/21
1213/16 1232/11 1232/13 1255/13
1256/16 1258/6 1259/16 1259/24
1260/23 1264/17 1268/24 1271/5
1271/13 1271/18 1271/21 1272/8
1274/21 1278/4 1280/19 1281/7 1281/9
1281/11 1281/13 1281/18 1284/4
1284/23 1292/12 1298/17 1300/1
1300/16 1300/21 1302/6 1302/12
1303/21 1305/25 1306/21 1307/1
makes [1]  1187/18
making [6]  1152/9 1163/5 1192/9
1236/10 1253/21 1305/7
MALINDA [1]  1132/24
manage [4]  1168/16 1181/9 1189/6
1234/10
management [36]  1146/13 1152/9
1154/19 1159/9 1160/1 1162/10 1162/11
1167/1 1167/11 1168/11 1168/13
1168/18 1168/21 1169/6 1169/16 1170/9
1170/16 1171/20 1171/20 1174/22
1175/24 1175/25 1176/6 1176/13 1177/5
1178/10 1180/24 1184/14 1184/15
1186/12 1187/9 1187/12 1187/23 1188/4
1189/9 1232/20
manager [1]  1139/1
manages [1]  1177/15
Managing [2]  1164/22 1283/20
manner [1]  1299/25
manuals [4]  1301/12 1301/13 1301/19
1301/21
many [13]  1150/2 1167/19 1170/12
1190/1 1202/8 1213/13 1232/13 1232/22
1234/9 1237/15 1237/16 1269/9 1278/18
MAR [6]  1181/23 1182/6 1182/18
1182/21 1182/24 1183/3
MAR 48-50 [1]  1182/6
March [1]  1150/9
mark [26]  1140/21 1176/18 1205/3
1230/7 1230/12 1230/13 1230/15
1230/18 1230/23 1230/24 1231/4
1244/16 1246/25 1254/8 1255/20 1264/9
1266/1 1273/23 1277/8 1277/9 1280/2
1284/16 1289/25 1297/2 1297/3 1297/11
marked [2]  1196/13 1209/16
marshal [7]  1243/21 1243/22 1292/10
1292/13 1292/14 1296/9 1296/10
marshaling [7]  1241/19 1292/9 1292/9
1292/11 1292/22 1303/2 1306/20
mass [1]  1299/25
master [9]  1188/20 1200/4 1202/9
1245/1 1274/12 1274/18 1281/18
match [2]  1293/20 1293/21
matched [1]  1283/24
materials [1]  1181/10
matrix [2]  1141/6 1141/23
Matt [1]  1188/21
matter [7]  1144/23 1163/21 1231/21
1238/24 1258/14 1293/16 1307/13
matters [5]  1148/5 1153/9 1162/21
1293/2 1293/3
MATTHEW [1]  1133/23
maximize [1]  1146/24
may [22]  1137/11 1140/17 1150/21
1187/21 1191/18 1196/8 1200/10
1200/21 1201/1 1201/12 1202/18 1207/9
1208/5 1222/21 1252/20 1253/17 1286/4
1289/8 1295/21 1300/10 1300/10 1302/2
maybe [13]  1151/11 1172/17 1222/1
1237/2 1246/18 1254/9 1255/19 1255/20
1255/20 1256/6 1258/8 1260/13 1292/3
MAZE [1]  1133/8
MC252 [2]  1143/3 1143/9
McCLELLAN [1]  1132/22
McKay [24]  1139/7 1139/8 1139/16
1139/17 1139/20 1140/2 1147/8 1268/22
1268/23 1269/3 1269/5 1269/25 1270/11
1271/10 1274/3 1274/6 1290/20 1293/8
1296/4 1296/6 1296/8 1296/11 1296/13
1296/13
McKay's [1]  1138/23
McKinney [1]  1135/5
MD [1]  1130/4
me [66]  1142/1 1142/1 1144/12 1144/15
1146/7 1148/23 1160/10 1165/12 1168/3
1169/10 1177/2 1178/2 1178/13 1187/23
1190/12 1195/7 1196/8 1201/5 1202/13
1202/13 1202/14 1204/1 1212/17
1224/11 1231/11 1236/18 1239/23
1241/23 1243/15 1244/11 1244/21
1244/23 1246/22 1247/25 1251/16
1252/5 1255/13 1255/18 1255/20 1257/8
1258/15 1260/2 1262/3 1269/1 1269/7
1271/24 1274/17 1275/5 1275/6 1275/15
1276/15 1276/18 1277/8 1280/19
1280/20 1285/19 1286/6 1289/10
1290/19 1292/1 1293/12 1294/1 1296/8
1298/20 1299/4 1304/17
mean [13]  1147/7 1150/12 1153/2
1163/19 1178/22 1211/3 1226/11
1251/21 1258/20 1268/1 1274/7 1274/9
1278/14
meaning [3]  1145/25 1270/24 1270/25
1293/18
means [4]  1150/13 1153/5 1247/2
1293/18
meant [3]  1147/8 1162/5 1197/19
meantime [1]  1296/1
measure [1]  1155/2
measurement [2]  1183/12 1183/20
measures [2]  1153/9 1236/24
measuring [2]  1154/1 1184/17
mechanical [4]  1135/24 1197/14 1197/22
1198/11
mechanically [1]  1198/1
mechanism [2]  1159/21 1159/22
media [2]  1148/14 1148/25
meet [1]  1165/2
meeting [4]  1158/4 1158/14 1260/11
1261/10
meetings [2]  1158/9 1158/10
member [3]  1143/15 1188/19 1190/20
members [11]  1165/16 1190/1 1190/13
1190/18 1191/7 1191/11 1227/6 1227/11

**M**

members... [3]  1227/11 1234/6 1241/17
members' [1]  1227/7
memo [4]  1243/20 1246/17 1246/17
  1247/8
men [1]  1151/21
mention [1]  1281/8
mentioned [6]  1161/5 1164/13 1171/25
  1175/7 1204/5 1282/24
message [2]  1165/22 1167/14
met [2]  1167/20 1176/10 1213/8
metrics [17]  1154/1 1155/1 1155/4
  1155/6 1155/6 1155/25 1156/2 1156/23
  1156/23 1157/2 1157/12 1157/24
  1157/25 1158/18 1161/2 1164/4 1183/14
MEXICO [11]  1130/5 1157/14 1160/13
  1172/11 1172/15 1173/3 1178/18
  1179/16 1180/2 1234/25 1234/25
MIAs [2]  1158/20 1158/20
mic [1]  1243/16
MICHAEL [2]  1132/12 1134/12
MICHELLE [1]  1132/23
microphone [1]  1216/20
mid [1]  1210/17
mid-September- 2010 [1]  1210/17
middle [3]  1206/6 1260/7 1260/13
might [9]  1138/22 1142/2 1171/25
  1217/7 1230/18 1235/13 1246/16
  1254/19 1272/21
MIKAL [1]  1131/15
MIKE [11]  1134/3 1243/7 1244/10
  1246/4 1248/15 1267/9 1269/6 1274/9
  1276/19 1276/23 1289/4
MILLER [3]  1134/6 1139/14 1285/8
mind [1]  1216/19
minded [2]  1162/15 1164/9
mine [1]  1150/22
minimal [1]  1161/20
minimize [1]  1142/21
minute [10]  1195/20 1214/22 1215/10
  1217/7 1217/11 1218/3 1224/25 1235/13
  1273/18 1281/15
minutes [9]  1158/4 1158/15 1196/6
  1199/11 1217/8 1231/3 1235/15 1241/18
  1259/4
miscommunication [1]  1302/13
missed [2]  1270/2 1289/9
misspoke [1]  1305/3
misstated [1]  1254/24
misstates [1]  1221/24
mistake [1]  1137/8
misunderstood [1]  1279/1
MIT [2]  1165/1 1165/6
mitigate [2]  1144/11 1144/20
mitigated [1]  1148/6
mitigation [1]  1179/10
mitigations [1]  1142/25
mixing [1]  1253/12
mobile [5]  1131/4 1180/3 1182/17
  1183/3 1187/10
MOC [7]  1173/22 1174/1 1174/2 1174/2
  1174/4 1175/2 1175/12
model [9]  1145/10 1145/17 1145/18
  1145/20 1145/25 1146/12 1146/18
  1148/2 1197/21
MODU [2]  1180/11 1187/9
MODUs [3]  1180/3 1180/5 1180/8
MOEX [1]  1256/6
Monday [8]  1241/15 1241/20 1241/22
  1242/8 1242/11 1243/22 1247/17
  1292/15
money [2]  1142/16 1142/20

monitor [5]  1155/5 1155/12 1159/14
  1180/6 1187/1
monitored [1]  1159/15
monitoring [11]  1163/8 1214/6 1218/7
  1219/3 1219/7 1219/11 1220/6 1221/15
  1243/8 1256/6 1270/18
monitors [1]  1153/9
Montgomery [1]  1133/10
months [4]  1158/14 1196/23 1233/22
  1299/18
more [29]  1148/13 1148/25 1152/22
  1160/1 1166/18 1167/8 1179/4 1185/8
  1189/9 1191/19 1194/24 1212/15
  1213/11 1235/15 1248/13 1256/19
  1256/21 1257/19 1270/7 1284/23
  1284/25 1289/7 1293/11 1293/13
  1297/13 1297/18 1302/16 1303/19
  1305/19
Morgan [1]  1135/14
morning [11]  1179/15 1182/5 1188/10
  1195/12 1223/13 1241/20 1242/11
  1245/7 1247/10 1255/21 1292/25
most [3]  1184/1 1198/7 1273/7
mostly [1]  1205/19
motion [1]  1306/11
move [14]  1139/16 1140/6 1152/11
  1173/14 1180/16 1193/3 1194/1 1196/4
  1271/20 1278/16 1278/17 1295/15
  1298/19 1299/13
moved [7]  1139/18 1140/3 1151/17
  1152/2 1215/20 1224/11 1234/16
moves [2]  1161/8 1187/20
moving [13]  1151/2 1152/3 1152/4
  1152/6 1161/16 1193/2 1217/17 1217/19
  1217/22 1238/5 1284/21 1287/16
  1302/25
Mr [7]  1137/24 1140/2 1143/24 1149/22
  1190/17 1229/21 1243/6
Mr. [103]  1137/11 1137/14 1137/18
  1137/23 1138/2 1138/2 1138/9 1139/16
  1139/17 1139/20 1140/25 1141/16
  1144/1 1144/3 1147/8 1147/18 1149/25
  1154/9 1155/3 1158/16 1159/18 1159/23
  1162/4 1170/25 1172/12 1176/18
  1179/14 1179/22 1182/5 1184/7 1186/10
  1188/17 1188/19 1190/17 1190/18
  1190/20 1190/23 1190/23 1195/2 1196/8
  1196/13 1197/2 1199/19 1200/5 1202/9
  1202/12 1202/22 1203/6 1206/13 1207/6
  1208/11 1209/2 1211/18 1212/6 1213/1
  1213/6 1213/14 1214/2 1214/4 1214/8
  1215/2 1216/14 1218/21 1219/2 1219/19
  1219/19 1222/23 1223/13 1223/13
  1223/24 1223/24 1224/5 1224/18
  1224/22 1224/22 1227/23 1228/2 1228/2
  1228/15 1229/2 1229/3 1229/24 1231/19
  1231/19 1233/17 1235/20 1236/2
  1241/14 1242/2 1243/3 1243/18 1244/9
  1252/17 1252/17 1255/6 1255/8 1255/18
  1269/16 1269/25 1272/19 1273/18
  1281/3 1299/10
Mr. Baxter [1]  1252/17
Mr. Bly [25]  1138/2 1138/2 1140/25
  1149/25 1158/16 1159/23 1170/25
  1176/18 1184/7 1195/2 1196/8 1196/13
  1199/19 1207/6 1208/11 1209/2 1215/2
  1216/14 1219/2 1222/23 1233/17
  1235/20 1236/2 1241/14 1272/19
Mr. Bly's [1]  1242/2
Mr. Breit [1]  1299/10
Mr. Brian [1]  1218/21
Mr. Corser [1]  1214/2
Mr. Corser's [1]  1214/4

Mr. Cowie [3]  1190/18 1190/23 1223/24
  1224/22 1255/18
Mr. Cunningham [2]  1269/16 1281/3
Mr. Daigle's [1]  1137/11
Mr. Godwin [1]  1139/16
Mr. Hafle [6]  1223/24 1224/22 1227/23
  1228/2 1229/2 1231/19
Mr. Hayward [2]  1143/7 1188/17
Mr. Herman [3]  1243/18 1255/6 1255/8
Mr. Kaluza [1]  1219/19
Mr. Kanner [2]  1144/1 1147/18
Mr. Kellingray [3]  1213/1 1213/6 1213/14
Mr. Lacy [2]  1179/14 1179/22
Mr. Lucas [4]  1188/19 1200/5 1202/9
  1202/12
Mr. McKay [5]  1139/17 1139/20 1147/8
  1269/25
Mr. Nomellini [4]  1243/3 1244/9 1255/18
  1273/18
Mr. O'Bryan [1]  1252/17
Mr. Pleasant [1]  1137/18
Mr. Pleasant's [1]  1137/14
Mr. Robinson [3]  1190/20 1190/23
  1229/24
Mr. Shaw [1]  1172/12
Mr. Sterbcow [12]  1138/9 1141/16
  1154/9 1155/3 1182/5 1186/10 1197/2
  1202/22 1203/6 1211/18 1212/6 1223/13
Mr. Sterbcow's [3]  1159/18 1162/4
  1206/13
Mr. Underhill [5]  1137/23 1223/13 1224/5
  1224/18 1228/15
Mr. Underhill's [1]  1214/8
Mr. Vidrine [5]  1219/19 1224/22 1228/2
  1229/3 1231/19
Ms. [1]  1195/24
Ms. Karis [1]  1195/24
much [9]  1138/15 1142/16 1149/13
  1229/17 1231/11 1243/10 1248/13
  1253/9 1290/10
mud [7]  1204/25 1205/1 1205/5 1205/7
  1219/6 1219/12 1220/5
multiple [5]  1156/24 1191/7 1197/17
  1198/4 1231/18
multiweek [1]  1167/7
Munger [1]  1134/12
Murray [1]  1219/21
must [1]  1193/2
my [59]  1137/9 1141/15 1142/15
  1142/23 1144/8 1144/8 1144/18 1145/16
  1147/16 1149/5 1151/9 1151/12 1152/8
  1156/11 1160/24 1165/8 1165/12 1168/1
  1168/5 1169/17 1172/14 1172/20
  1172/22 1174/23 1181/8 1187/15
  1187/21 1189/8 1202/12 1202/19
  1203/23 1213/4 1213/10 1213/21
  1213/25 1218/11 1220/7 1220/7 1229/4
  1229/5 1229/15 1231/12 1233/20
  1234/16 1244/5 1251/24 1270/1 1270/19
  1272/21 1272/22 1276/13 1276/21
  1277/20 1278/9 1279/24 1293/3 1295/1
  1304/1 1307/11
myself [2]  1221/25 1240/4

**N**

name [1]  1233/20
named [1]  1212/25
narrative [3]  1144/6 1148/14 1148/25
NATHANIEL [1]  1132/19
Natural [1]  1132/16
nature [3]  1141/15 1201/14 1201/24
nearly [2]  1187/4 1198/24
necessarily [3]  1178/16 1179/2 1252/23

**N**

necessary [5]  1142/20 1164/10 1173/8
1173/17 1176/2
need [22]  1180/20 1182/16 1187/23
1194/9 1200/10 1239/1 1247/23 1252/8
1256/10 1257/11 1271/18 1275/4 1280/4
1287/3 1287/4 1287/12 1292/10 1293/15
1300/15 1305/14 1306/21 1306/25
needed [6]  1149/5 1183/1 1185/25
1186/5 1201/20 1202/18
needs [6]  1177/19 1189/5 1189/6 1256/9
1261/23 1305/11
negative [15]  1228/19 1229/15 1230/12
1230/24 1231/2 1231/9 1237/5 1238/3
1238/3 1238/12 1239/10 1239/14
1239/15 1239/25 1240/21
neither [1]  1282/7
never [5]  1188/8 1188/9 1248/11
1275/16 1275/17
new [16]  1130/6 1130/24 1131/7
1131/13 1132/10 1133/17 1133/20
1134/7 1134/24 1135/19 1138/8 1169/15
1234/18 1283/4 1283/4 1283/6
next [50]  1146/16 1149/19 1159/17
1159/22 1170/14 1180/20 1183/9
1193/23 1193/23 1194/23 1201/12
1203/21 1210/5 1216/14 1217/2 1217/3
1227/1 1229/11 1230/21 1236/16 1238/2
1241/22 1243/13 1243/21 1245/11
1247/12 1259/2 1262/1 1262/2 1262/8
1262/10 1263/23 1266/4 1267/11
1273/17 1288/5 1289/23 1292/13
1292/14 1292/23 1293/2 1294/1 1295/6
1295/25 1296/9 1297/8 1303/2 1303/2
1306/5 1307/1
night [1]  1255/20
Ninth [1]  1131/22
no [59]  1138/5 1139/10 1140/13 1141/20
1142/16 1143/2 1145/3 1149/12 1154/25
1154/25 1156/18 1157/18 1161/20
1169/1 1175/5 1176/6 1187/11 1192/4
1192/13 1196/7 1209/18 1210/18
1217/18 1218/9 1218/23 1220/7 1221/20
1225/19 1226/16 1231/8 1231/11
1231/25 1246/9 1251/22 1258/1 1259/23
1262/9 1265/3 1265/5 1266/24 1267/17
1270/14 1271/2 1274/14 1276/11
1276/12 1276/19 1280/10 1280/24
1281/19 1291/12 1292/19 1295/6 1295/6
1298/6 1302/1 1302/11 1302/11 1306/19
node [1]  1178/8
Nomellini [8]  1243/3 1243/6 1244/9
1244/16 1255/18 1273/18 1277/8 1280/3
None [1]  1260/19
NONJURY [1]  1130/14
nor [2]  1227/9 1282/7
Norfolk [1]  1134/20
North [1]  1133/12
not [199]
notation [3]  1246/9 1267/17 1305/7
note [7]  1224/9 1256/17 1264/17
1268/24 1269/15 1284/21 1302/25
noted [5]  1158/17 1159/8 1230/12
1246/7 1303/7
notepad [1]  1226/10
notes [21]  1145/2 1160/11 1190/16
1225/12 1225/20 1226/1 1226/4 1226/10
1226/15 1226/16 1227/10 1227/19
1227/22 1230/5 1230/6 1231/20 1244/18
1246/22 1253/21 1279/24 1294/13
nothing [4]  1209/21 1241/13 1246/7
1261/23
November [5]  1168/9 1169/6 1170/10
1170/20 1205/1
November 2008 [1]  1168/9
now [53]  1146/18 1147/17 1148/2
1162/19 1168/3 1169/3 1170/23 1173/14
1174/25 1175/12 1176/16 1182/20
1187/4 1196/4 1197/2 1198/17 1203/14
1205/16 1206/10 1214/25 1215/14
1216/14 1217/4 1227/19 1229/17
1230/21 1233/4 1240/5 1242/4 1243/15
1249/5 1251/21 1254/22 1256/22 1257/7
1257/14 1261/25 1269/16 1269/18
1271/12 1275/11 1275/12 1279/14
1281/17 1288/4 1292/3 1292/12 1293/1
1293/5 1296/23 1298/19 1303/19 1304/6
number [15]  1139/25 1142/14 1153/13
1154/4 1164/19 1165/22 1167/15
1191/16 1197/25 1201/19 1283/4 1283/6
1283/15 1283/16 1299/18
numbers [1]  1285/19
nutshell [1]  1170/20
NW [1]  1134/3

**O**

O'Bryan [1]  1252/17
O'Bryan's [1]  1258/24
O'Keefe [2]  1130/23 1244/10
O'Keefe's [1]  1274/9
O'ROURKE [1]  1132/17
object [10]  1137/25 1138/1 1275/20
1276/5 1276/16 1277/17 1277/25 1278/4
1300/22 1300/23
objected [10]  1137/18 1224/11 1249/16
1254/21 1266/23 1275/23 1275/24
1279/24 1281/12 1300/9
objecting [1]  1278/5
objection [45]  1137/20 1139/10 1139/11
1139/23 1140/4 1140/9 1140/10 1147/16
1148/18 1193/13 1218/9 1218/10
1218/22 1219/13 1221/24 1224/10
1228/3 1245/4 1245/8 1254/17 1264/14
1267/7 1270/13 1270/14 1270/16
1274/13 1274/25 1275/18 1275/19
1276/1 1276/2 1276/7 1276/9 1276/11
1277/3 1278/24 1279/11 1281/1 1299/16
1299/21 1301/25 1302/1 1302/6 1303/21
1303/22
objections [17]  1262/25 1273/4 1276/17
1281/19 1293/7 1298/22 1299/19 1300/2
1300/4 1300/5 1300/6 1301/4 1302/21
1302/21 1302/23 1302/24 1303/6
objective [2]  1236/10 1240/16
objectives [2]  1150/24 1183/16
observe [2]  1192/25 1198/23
observed [2]  1214/20 1221/14
observing [1]  1183/21
obtain [2]  1141/12 1209/7
obviously [2]  1194/17 1201/7
occasionally [2]  1166/16 1260/17
occurring [2]  1159/10 1226/5 1226/12
occurs [1]  1200/14
October [2]  1179/14 1179/21
off [10]  1142/14 1191/11 1217/3 1217/5
1217/22 1220/12 1220/20 1239/20
1239/25 1240/6
offer [23]  1138/17 1138/22 1242/7
1247/22 1248/12 1248/13 1264/13
1269/6 1270/12 1270/25 1271/2 1271/12
1271/19 1277/23 1278/20 1279/20
1280/8 1287/15 1302/4 1302/6 1302/8
1303/3 1303/10
offered [28]  1247/3 1247/25 1249/15
1249/15 1251/13 1254/16 1254/18
1264/13 1269/16 1269/23 1269/25
1270/5 1275/25 1276/8 1276/13 1276/25
1282/5 1286/10 1286/11 1286/14
1286/14 1286/17 1290/2 1295/7 1295/9
1299/5 1302/7 1303/12
offering [10]  1250/23 1266/25 1268/23
1271/9 1277/6 1277/24 1278/10 1278/20
1298/19 1299/10
offers [1]  1269/20
office [6]  1130/20 1132/19 1132/25
1133/13 1134/17 1226/15
Official [3]  1135/18 1307/8 1307/17
offshore [9]  1134/6 1134/9 1134/12
1134/16 1134/20 1180/4 1182/17 1183/3
1187/10
oh [5]  1138/24 1247/16 1263/23 1264/9
1267/1
oil [5]  1130/4 1130/4 1142/4 1150/3
1207/23
okay [51]  1137/7 1138/19 1138/24
1139/8 1141/20 1147/8 1151/25 1171/18
1178/4 1187/4 1196/5 1208/14 1218/21
1224/19 1226/19 1235/14 1235/16
1242/8 1243/7 1243/23 1244/22 1245/1
1245/6 1247/4 1248/15 1249/24 1255/7
1260/1 1264/16 1268/24 1273/8 1275/14
1277/14 1278/22 1280/19 1281/16
1283/22 1286/18 1286/18 1289/21
1291/15 1292/17 1292/20 1293/18
1294/2 1295/10 1297/21 1298/1 1298/17
1304/12 1304/19
old [1]  1170/3
Olson [1]  1134/12
omitted [1]  1244/18
OMS [92]  1152/16 1153/22 1154/2
1156/9 1159/20 1159/24 1160/4 1160/5
1160/9 1160/17 1160/23 1161/15
1161/16 1162/6 1165/10 1166/3 1167/21
1167/21 1167/24 1167/25 1168/3
1168/10 1168/14 1168/25 1169/3 1169/7
1169/12 1169/18 1169/25 1170/4
1170/13 1170/21 1170/25 1171/2 1171/3
1171/4 1171/9 1171/11 1171/21 1171/24
1172/13 1173/4 1173/6 1173/8 1173/12
1173/14 1173/18 1173/23 1173/24
1173/24 1174/3 1174/5 1174/5 1174/9
1174/21 1174/22 1174/24 1175/4
1175/16 1176/5 1176/7 1176/21 1177/13
1178/7 1178/8 1178/9 1178/12 1178/13
1181/17 1182/7 1182/13 1182/16
1183/23 1184/1 1184/3 1184/9 1184/22
1185/1 1185/4 1185/7 1185/8 1185/16
1185/18 1185/24 1186/2 1186/6 1186/10
1186/14 1186/19 1233/11 1236/13
1248/17
on [233]
once [3]  1162/19 1185/12 1191/19
one [127]  1137/5 1137/10 1137/13
1139/1 1139/1 1139/19 1139/21 1140/2
1145/3 1147/3 1148/2 1148/21 1153/13
1154/4 1160/8 1163/15 1164/22 1165/21
1165/22 1167/15 1169/22 1169/23
1169/23 1172/7 1172/15 1172/16
1173/19 1173/22 1175/19 1175/20
1176/4 1177/4 1177/13 1178/21 1178/24
1180/5 1180/8 1180/18 1180/23 1187/25
1190/18 1192/22 1194/24 1198/13
1199/4 1199/20 1201/22 1204/1 1204/10
1204/10 1206/4 1206/4 1206/11 1206/21
1212/5 1214/5 1214/21 1215/8 1215/9
1215/14 1216/6 1217/2 1217/4 1219/5
1220/11 1220/19 1220/20 1221/9
1221/10 1231/8 1231/8 1231/17 1235/12

**Q**

one... [54]  1237/25 1238/2 1238/22
1240/8 1240/18 1242/1 1244/24 1251/6
1251/9 1252/6 1253/13 1253/17 1253/25
1254/1 1254/1 1255/18 1256/5 1256/11
1256/19 1257/8 1257/12 1259/16 1267/6
1270/11 1270/15 1271/24 1275/2
1275/10 1275/11 1278/13 1278/17
1278/19 1278/20 1280/15 1280/18
1282/4 1283/11 1283/12 1283/12
1284/23 1284/25 1290/3 1292/6 1293/12
1293/20 1293/20 1294/11 1297/13
1300/14 1301/8 1304/1 1305/19 1305/20
1305/21
one-page [1]  1278/17
ones [7]  1164/23 1178/24 1205/25
1223/12 1250/12 1256/24 1261/19
ongoing [2]  1149/10 1236/24
only [18]  1137/13 1139/21 1148/2
1157/16 1163/6 1190/13 1240/23 1248/3
1256/17 1275/8 1278/16 1279/6 1281/2
1298/25 1299/1 1301/13 1301/20
1302/21
onshore [1]  1231/9
onto [1]  1298/17
open [1]  1225/10
open-ended [1]  1225/10
operate [1]  1164/19
operating [47]  1150/19 1153/17 1157/4
1159/24 1160/8 1161/9 1163/9 1164/20
1164/22 1168/10 1168/13 1168/17
1168/18 1168/21 1169/13 1169/19
1169/21 1170/9 1170/16 1170/17
1170/19 1171/10 1171/19 1171/23
1172/4 1173/14 1174/13 1174/18
1175/24 1175/25 1176/6 1176/13
1177/15 1177/22 1180/4 1180/23
1183/14 1184/14 1184/15 1186/3
1186/12 1187/9 1187/12 1187/25 1188/4
1238/24 1241/3
operation [8]  1161/14 1162/22 1162/23
1163/4 1163/6 1200/14 1212/12 1283/25
operational [5]  1150/6 1153/4 1197/15
1229/8 1229/9
operations [39]  1143/9 1150/7 1150/10
1150/20 1151/1 1152/10 1153/3 1153/15
1157/20 1158/16 1158/17 1160/22
1162/7 1163/3 1164/10 1164/11 1164/22
1164/24 1164/25 1165/7 1166/11
1166/12 1167/10 1168/2 1169/21 1177/5
1178/20 1180/6 1180/12 1185/16
1185/20 1186/7 1186/8 1187/14 1190/20
1190/23 1215/18 1235/3 1236/24
operator [3]  1187/7 1187/20 1187/20
opinions [3]  1191/2 1191/10 1191/17
opportunities [1]  1162/8
opportunity [4]  1165/12 1192/2 1212/21
1277/6
opposed [1]  1254/15
opposite [1]  1169/1
optimization [1]  1177/1
option [4]  1172/9 1204/18 1205/8
1205/11
or [138]  1137/12 1138/1 1138/12 1142/3
1142/6 1142/21 1143/5 1144/5 1144/11
1144/20 1148/14 1148/25 1150/22
1151/1 1152/3 1152/15 1153/22 1154/10
1154/14 1154/18 1154/23 1155/8
1155/20 1155/23 1157/2 1157/9 1157/16
1157/19 1158/1 1161/11 1161/15
1161/20 1162/8 1163/3 1164/13 1165/17
1168/14 1171/6 1172/17 1173/2 1173/12

1173/18 1174/18 1174/21 1174/21
1175/9 1177/18 1177/25 1181/6 1184/21
1186/20 1186/22 1187/9 1188/13
1193/23 1193/24 1194/8 1194/11 1195/8
1197/12 1197/22 1200/14 1200/15
1201/24 1202/1 1202/2 1203/10 1206/21
1209/8 1210/2 1210/13 1210/23 1211/20
1212/5 1212/16 1214/9 1215/4 1217/7
1217/11 1222/19 1223/16 1223/19
1225/6 1225/20 1227/8 1227/10 1227/14
1227/14 1228/9 1230/9 1230/19 1231/2
1231/8 1231/21 1232/1 1234/16 1234/25
1235/4 1236/12 1237/10 1237/15 1238/5
1238/23 1242/6 1244/18 1245/4 1247/22
1248/8 1248/12 1249/5 1249/16 1250/10
1250/10 1250/11 1251/19 1251/19
1252/2 1256/7 1257/10 1258/7 1262/8
1270/15 1272/8 1276/9 1277/17 1278/8
1280/16 1287/5 1292/16 1293/1 1297/4
1305/1 1305/1 1305/7 1305/12 1305/12
1305/20 1306/17
orange [11]  1156/19 1156/21 1156/22
1156/25 1157/3 1157/12 1157/16
1157/19 1157/21 1159/16 1215/9
order [12]  1146/24 1153/12 1155/2
1173/8 1173/18 1190/7 1194/4 1244/3
1244/9 1244/11 1274/10 1276/15
organization [5]  1150/23 1153/7
1153/17 1163/9 1166/4 1169/22 1174/20
1177/1 1177/15 1187/23 1234/10 1237/3
1237/3 1240/2 1248/20
organizational [2]  1174/17 1283/25
organizations [2]  1184/15 1226/25
organize [1]  1175/12
orientation [1]  1167/8
original [1]  1208/20
originally [1]  1257/9
Orleans [10]  1130/6 1130/24 1131/7
1131/13 1132/10 1133/17 1133/20
1134/7 1134/24 1135/19
other [39]  1139/17 1139/18 1146/1
1147/23 1148/5 1148/8 1149/9 1156/10
1157/24 1161/1 1161/3 1163/15 1167/12
1191/7 1201/15 1201/24 1202/1 1204/11
1204/18 1214/5 1219/11 1220/4 1226/24
1227/15 1234/9 1241/3 1241/8 1241/15
1246/21 1257/15 1258/8 1269/10
1269/24 1271/24 1271/25 1283/11
1296/11 1300/20 1301/8
others [4]  1198/8 1201/23 1223/24
1249/12
otherwise [2]  1258/6 1276/16
ought [2]  1258/17 1258/19
our [65]  1138/19 1143/17 1143/17
1145/3 1145/23 1165/22 1166/6 1167/16
1168/3 1175/12 1177/14 1186/12
1186/14 1194/16 1197/21 1207/18
1212/20 1221/20 1222/4 1222/13
1234/12 1234/15 1235/3 1237/3 1239/20
1240/15 1240/24 1241/7 1245/7 1246/15
1246/17 1246/19 1252/4 1255/15
1256/22 1257/24 1258/7 1258/8 1264/12
1269/21 1274/2 1274/4 1274/5 1276/13
1277/4 1283/20 1283/24 1284/5 1286/10
1286/20 1294/7 1294/10 1294/13 1298/7
1300/16 1300/18 1300/21 1301/5 1302/3
1302/4 1302/5 1302/23 1303/3 1303/4
1303/20
ours [1]  1290/4
out [77]  1138/11 1144/13 1144/22
1144/24 1145/6 1151/15 1155/11
1155/14 1158/2 1164/9 1170/17 1173/7
1174/19 1174/19 1177/2 1179/18

1185/16 1186/1 1186/19 1195/5 1195/11
1196/21 1197/8 1197/14 1199/14 1206/18
1212/5 1214/15 1222/25 1231/4 1231/25
1233/19 1237/10 1237/10 1238/17
1244/8 1244/14 1247/8 1249/8 1250/11
1251/6 1251/9 1253/23 1254/12 1254/14
1254/14 1254/15 1255/2 1255/2 1256/25
1256/25 1258/20 1259/1 1259/8 1259/8
1261/10 1261/15 1261/22 1262/17
1268/15 1268/19 1272/21 1277/16
1277/18 1278/4 1278/17 1279/16 1280/8
1280/9 1280/13 1280/25 1281/15 1296/1
1297/6 1297/7 1298/9 1298/15 1298/20
outcome [3]  1141/9 1141/9 1155/22
outcomes [2]  1141/17 1166/7
outline [1]  1258/7
output [2]  1155/23 1155/23
outputs [1]  1183/20
outrage [1]  1142/6
outs [15]  1249/6 1249/12 1249/13
1249/17 1250/10 1259/6 1261/14 1277/2
1277/4 1277/10 1277/11 1277/13
1277/17 1280/2 1280/3
outset [1]  1198/24
outside [9]  1190/7 1203/22 1207/19
1210/3 1210/18 1211/5 1212/2 1215/23
1232/1
over [20]  1142/11 1142/12 1159/9
1160/5 1160/14 1176/11 1176/12
1191/23 1197/18 1198/5 1215/10 1217/6
1217/11 1218/3 1244/14 1258/7 1284/6
1296/13 1299/19 1302/5
overall [4]  1150/4 1177/25 1197/5
1241/8
overarching [2]  1152/16 1171/25
overflow [1]  1241/22
overnight [1]  1272/22
Overruled [1]  1219/14
overseeing [1]  1164/17
oversights [1]  1233/12
overview [8]  1149/25 1152/13 1170/11
1170/12 1176/22 1178/2 1233/8 1233/10
own [12]  1156/14 1181/8 1186/23
1187/9 1226/10 1244/5 1253/20 1257/10
1257/24 1258/19 1302/3 1302/4
owned [2]  1180/2 1187/9
owner [1]  1187/15

**P**

pace [1]  1172/9
pacing [1]  1172/5
pack [1]  1195/6
packet [4]  1195/8 1195/9 1208/11
1208/11
page [61]  1136/2 1141/19 1145/8 1146/3
1146/16 1170/14 1170/25 1170/25
1180/20 1194/23 1195/8 1196/20 1197/7
1203/5 1208/10 1212/4 1212/5 1214/14
1214/14 1222/5 1222/21 1222/16 1223/8
1223/9 1225/24 1226/21 1227/2 1227/4
1251/6 1258/25 1259/1 1259/1 1259/2
1259/10 1260/7 1261/4 1271/14 1278/4
1278/13 1278/17 1278/20 1278/20
1278/21 1279/6 1279/5 1279/9 1279/16
1280/15 1280/18 1280/21 1280/24
1280/25 1281/3 1281/8 1281/11 1281/14
1282/24 1297/14 1298/25 1299/1 1302/9
page 19 [1]  1259/10
page 21 [1]  1223/9
page 32 [1]  1145/8
page 87 [1]  1259/2
pages [6]  1232/17 1253/8 1260/25
1279/10 1280/13 1281/2

P
pages 182 [1] 1232/17
Palmintier [1] 1132/2
paper [2] 1209/20 1209/22
paragraph [8] 1159/17 1159/22 1197/8
 1197/10 1197/20 1203/6 1212/6 1227/1
paraphrase [1] 1181/7
pardon [2] 1246/2 1289/2
part [53] 1146/10 1150/14 1150/15
 1150/17 1160/4 1161/3 1162/15 1164/4
 1165/4 1165/6 1168/1 1169/23 1169/24
 1172/16 1172/17 1172/18 1174/3
 1174/17 1183/9 1184/10 1184/13
 1184/20 1185/10 1185/21 1195/24
 1202/4 1203/20 1204/6 1207/17 1207/21
 1218/16 1218/17 1222/11 1222/13
 1224/8 1224/8 1224/23 1229/23 1232/10
 1233/18 1250/23 1250/23 1252/2 1255/4
 1286/21 1286/25 1287/11 1294/25
 1295/12 1295/14 1301/4 1301/17
 1302/10
partially [1] 1254/21
participating [1] 1154/13
particular [5] 1145/4 1145/20 1145/25
 1160/4 1278/24
particularly [2] 1147/24 1293/6
parties [17] 1138/13 1139/18 1139/22
 1201/15 1202/1 1246/21 1249/22 1256/5
 1262/5 1269/9 1269/24 1270/10 1272/11
 1273/7 1276/5 1277/25 1301/15
parts [4] 1149/9 1170/12 1170/13 1178/1
party [1] 1234/11
pass [2] 1199/2 1239/17
pass/fail [1] 1239/17
passed [2] 1209/14 1209/21
passing [1] 1229/14
past [1] 1261/19
path [13] 1203/23 1204/7 1204/10
 1207/8 1207/24 1207/25 1208/2 1208/18
 1209/9 1209/24 1210/11 1210/13
 1210/22
pattern [1] 1210/20
PAUL [7] 1131/6 1272/19 1272/20
 1284/23 1284/23 1292/24 1292/25
Paul's [1] 1272/23
pause [1] 1214/21
paying [1] 1153/21
PC [3] 1131/9 1135/7 1135/11
penetrated [3] 1197/23 1223/16 1223/18
Pennsylvania [1] 1134/3
people [23] 1147/4 1165/20 1166/4
 1166/10 1166/18 1167/8 1174/24
 1177/16 1182/24 1187/20 1191/16
 1193/24 1196/24 1197/24 1219/6 1225/7
 1229/5 1239/1 1241/15 1244/21 1256/12
 1256/21 1271/25
percent [1] 1158/22
perfect [2] 1199/10 1213/25
perfectly [1] 1293/21
performance [31] 1153/18 1153/22
 1154/1 1155/2 1155/21 1157/3 1157/9
 1158/18 1158/25 1159/2 1159/14 1160/8
 1160/21 1163/11 1164/13 1170/1 1170/5
 1171/16 1172/11 1177/17 1177/22
 1178/23 1179/10 1183/13 1183/20
 1184/4 1184/9 1184/11 1184/23 1184/24
 1185/11
performed [1] 1230/24
performing [2] 1154/15 1201/2
performs [3] 1154/10 1154/11 1163/1
perhaps [8] 1169/3 1216/17 1220/15
 1228/4 1228/12 1230/19 1256/1 1276/24

period [10] 1187/21 1214/22 1215/10
 1216/24 1217/16 1218/4 1219/4 1219/6
 1220/12 1220/19
periodically [3] 1159/15 1161/11 1235/7
periods [1] 1214/19
Perk [1] 1289/20
permission [2] 1138/25 1295/24
person [6] 1160/18 1168/2 1174/12
 1189/2 1194/9 1219/5
person's [1] 1257/24
personal [10] 1154/16 1155/7 1157/16
 1159/2 1159/14 1167/17 1168/19
 1168/22 1177/6 1184/24
personally [1] 1166/20
personnel [4] 1192/3 1192/6 1192/8
 1192/12
perspective [2] 1166/19 1292/6
perspectives [1] 1165/12
PETITION [1] 1130/8
phase [1] 1156/12
PHILLIP [1] 1134/23
phone [1] 1144/22 1251/25
photo [1] 1210/5
phrase [1] 1152/23
physical [3] 1194/12 1194/18 1210/21
picture [2] 1141/25 1211/11
piece [3] 1145/3 1147/5 1166/2
pieces [2] 1141/14 1250/10
Pigman [1] 1134/22
pipe [15] 1206/6 1207/19 1209/4 1212/2
 1212/3 1214/23 1215/8 1215/15 1215/22
 1216/1 1217/5 1218/7 1219/3 1230/15
 1230/16
piping [2] 1210/14 1239/19
place [21] 1143/1 1151/10 1167/13
 1167/24 1169/7 1170/10 1177/2 1181/9
 1183/22 1184/2 1193/3 1201/1 1201/18
 1202/8 1222/5 1224/22 1228/1 1228/23
 1229/2 1237/6 1237/9
placed [1] 1206/14
placement [2] 1206/19 1206/23
placing [1] 1145/25
plaintiffs [14] 1130/18 1130/22 1131/2
 1131/5 1131/8 1131/12 1131/15 1131/18
 1131/21 1132/2 1132/5 1132/8 1143/21
 1299/12
plan [5] 1179/10 1180/1 1183/17
 1212/11 1212/13
planning [3] 1184/16 1196/5 1306/4
plans [4] 1168/7 1184/17 1237/7 1237/9
play [6] 1152/12 1159/19 1162/8
 1195/16 1195/16 1196/9
played [2] 1195/18 1305/25
playing [1] 1196/5
PLC [3] 1133/20 1133/23 1134/4
plea [1] 1144/16
Pleasant [1] 1137/14
Pleasant's [1] 1137/18
please [39] 1137/3 1140/1 1141/18
 1148/22 1153/23 1158/2 1158/12
 1176/17 1177/11 1179/7 1179/11
 1189/12 1194/24 1194/24 1199/15
 1200/7 1201/12 1212/5 1212/5 1214/25
 1227/1 1233/14 1233/15 1235/22
 1235/25 1238/15 1239/7 1246/21 1251/5
 1253/10 1256/15 1257/12 1262/3
 1268/24 1280/20 1283/8 1292/1 1298/23
 1305/12
plug [3] 1229/10 1230/8 1230/10
plumbing [1] 1239/19
plus [1] 1281/3
podium [1] 1303/19
point [19] 1147/18 1160/4 1163/25

1166/3 1177/2 1178/19 1193/5 1212/11
 1255/17 1267/2 1275/16 1295/22
 1300/14 1306/8
pointed [1] 1280/7
pointer [5] 1207/6 1208/6 1215/4 1215/6
 1222/6
points [2] 1199/6 1219/7
policies [1] 1193/10
policy [4] 1147/10 1200/1 1200/9
 1211/20
portion [7] 1224/5 1224/6 1224/7 1258/4
 1278/7 1278/9 1280/7
portions [1] 1301/13
position [8] 1145/4 1151/2 1151/3
 1151/17 1152/2 1229/18 1235/4 1264/21
positioned [1] 1230/2
positions [3] 1150/6 1150/6 1187/8
Positively [1] 1272/14
possibilities [1] 1204/9
possibility [3] 1201/25 1203/8 1205/15
possible [4] 1143/3 1205/23 1221/13
 1237/10
possibly [5] 1200/19 1205/11 1205/24
 1272/22 1287/5
Post [5] 1130/20 1132/19 1132/25
 1133/13 1134/17
posting [1] 1300/8
potential [7] 1141/17 1158/24 1179/24
 1179/25 1181/18 1201/11 1202/1
potentially [1] 1182/9
pounds [2] 1217/6 1229/12
Poydras [4] 1131/6 1133/19 1134/6
 1135/19
practical [1] 1166/10
practice [12] 1161/25 1163/6 1169/19
 1188/6 1199/22 1200/25 1211/19
 1211/20 1218/14 1218/19 1219/3 1238/6
practices [12] 1152/17 1159/25 1163/24
 1181/8 1186/20 1186/21 1186/22
 1186/23 1233/11 1238/1 1238/2 1238/23
predict [1] 1141/13
predictable [4] 1141/5 1141/8 1141/9
 1141/10
prefer [1] 1259/7
prejudices [1] 1254/5
prepare [1] 1244/11 1272/5 1272/22
prepared [3] 1213/23 1252/12 1259/9
preparing [1] 1252/3
presence [1] 1227/14
present [5] 1154/15 1165/21 1166/24
 1227/12 1272/8 1304/25 1305/12
presentation [5] 1195/3 1198/16 1206/16
 1208/11 1242/3
presented [5] 1165/4 1165/6 1166/22
 1271/24 1305/15
presenting [1] 1303/1
preserve [5] 1300/7 1302/24 1303/22
 1303/24 1304/2
preserved [1] 1299/20 1300/4
preserving [3] 1303/20 1304/1 1304/2
president [3] 1153/4 1171/12 1171/14
press [1] 1241/21
pressure [32] 1214/23 1215/9 1215/16
 1215/22 1216/1 1217/5 1217/12 1217/16
 1217/18 1217/19 1217/23 1217/24
 1218/8 1219/3 1219/12 1220/6 1220/14
 1220/21 1220/23 1222/16 1228/19
 1230/8 1230/13 1230/14 1230/15
 1230/16 1230/19 1232/2 1238/12
 1239/10 1239/14 1239/16
pressures [3] 1212/9 1214/19 1240/20
presumably [3] 1252/14 1252/21

**P**

presumably... [1] 1253/17
pretty [6] 1149/25 1168/6 1191/18
 1243/14 1243/14 1302/14
prevalent [1] 1153/20
prevent [1] 1177/15
preventer [1] 1222/11
preventers [1] 1234/13
preventible [2] 1141/3 1141/4
prevention [2] 1236/9 1283/21
previously [5] 1148/18 1155/15 1199/22
 1230/22 1299/13
primary [4] 1157/22 1159/5 1182/25
 1236/9
principle [5] 1177/14 1181/2 1181/4
 1183/12 1277/21
principles [2] 1170/17 1181/8
prior [4] 1175/20 1213/19 1252/7
 1257/13
priorities [2] 1165/9 1170/3
prioritization [1] 1184/17
prioritize [1] 1163/13
prioritizing [4] 1162/14 1162/20 1163/2
 1175/8
priority [4] 1153/13 1154/5 1165/23
 1167/15
pristine [1] 1209/13 1209/18
proactively [1] 1156/11
probably [6] 1218/19 1222/15 1254/3
 1259/7 1261/8 1303/2
problem [14] 1151/8 1231/5 1244/24
 1249/16 1249/21 1256/22 1265/4
 1269/15 1269/17 1276/8 1292/8 1294/1
 1298/15 1298/16
procedural [3] 1146/20 1147/5 1197/23
procedure [5] 1163/6 1166/5 1239/15
 1261/10 1300/19
procedures [7] 1177/3 1186/17 1186/19
 1186/21 1186/22 1186/23 1235/6
proceeding [1] 1269/10
proceedings [4] 1135/24 1243/1 1307/5
 1307/12
process [66] 1144/13 1144/15 1144/25
 1145/6 1145/15 1147/11 1147/13
 1154/16 1154/19 1154/24 1155/6
 1155/23 1157/17 1157/18 1157/19
 1157/24 1158/20 1159/2 1159/5 1159/14
 1161/5 1161/6 1162/10 1163/23 1164/4
 1166/25 1168/19 1168/22 1168/25
 1171/21 1173/10 1173/22 1173/25
 1174/1 1174/4 1175/7 1175/9 1177/7
 1180/11 1180/18 1181/2 1181/4 1181/12
 1182/4 1182/4 1182/11 1182/18 1183/6
 1183/22 1184/25 1189/3 1189/3 1225/1
 1225/4 1225/9 1226/17 1227/16 1234/18
 1238/7 1256/1 1297/1 1299/24 1299/25
 1301/15 1302/3 1302/5
processes [2] 1146/24 1181/9
produce [1] 1227/8
production [8] 1130/10 1133/19 1133/19
 1133/22 1133/22 1134/3 1134/3 1157/6
proffer [3] 1246/18 1247/22 1248/12
proffered [21] 1245/4 1246/24 1247/2
 1247/8 1247/12 1248/1 1268/20 1273/11
 1274/6 1274/8 1274/17 1275/6 1275/7
 1285/6 1285/7 1285/19 1289/25 1291/22
 1293/7 1296/4 1296/7
program [17] 1164/21 1164/21 1164/21
 1165/4 1165/14 1165/15 1166/13
 1166/15 1166/17 1166/19 1166/20
 1166/22 1167/6 1167/7 1240/11 1240/12
 1240/21

programs [8] 1152/19 1164/17 1164/19
 1167/22 1168/13 1227/16 1227/18
 1240/14
progress [9] 1153/21 1153/22 1155/13
 1156/9 1160/2 1160/18 1183/16 1233/23
 1234/9
project [6] 1167/9 1167/11 1232/24
 1234/7 1235/8 1238/9
Projects [1] 1167/3
promise [2] 1196/7 1196/7
promote [1] 1183/15
proper [2] 1252/23 1258/10
properly [2] 1230/17 1230/20
proposal [1] 1238/5
proposed [1] 1300/16
prospectively [1] 1260/18
proud [3] 1241/10 1241/12 1241/12
proven [2] 1212/9 1213/9
provide [6] 1138/13 1150/22 1157/2
 1192/11 1260/9 1306/18
provided [7] 1234/7 1235/7 1287/8
 1287/15 1299/13 1301/18 1301/24
provides [1] 1170/17
providing [7] 1157/17 1163/20 1164/5
 1164/8 1164/13 1193/8 1193/9
provisions [2] 1186/1 1186/3
PSC [23] 1245/8 1246/12 1256/14
 1264/14 1268/22 1268/24 1269/4
 1270/11 1274/3 1274/6 1274/17 1282/5
 1282/25 1283/3 1283/6 1286/6 1286/15
 1288/8 1291/24 1295/8 1299/14 1303/12
 1306/3
PSC's [5] 1244/19 1281/18 1282/6
 1291/25 1292/6
psi [6] 1214/23 1217/6 1217/13 1218/3
 1218/3 1221/3
public [1] 1241/21
publication [1] 1233/18
published [2] 1189/19 1190/11
pull [23] 1153/23 1158/1 1166/16 1170/6
 1179/7 1182/2 1185/22 1189/11 1194/23
 1195/15 1197/7 1206/10 1210/5 1212/5
 1224/3 1235/25 1251/4 1251/5 1254/9
 1258/4 1260/7 1285/16 1296/18
pulled [6] 1156/24 1156/25 1209/8
 1209/17 1210/16 1210/17
pullout [2] 1251/18 1251/19
pump [3] 1214/24 1215/16 1220/11
pumping [1] 1215/21
pumps [9] 1217/3 1217/4 1217/4
 1217/13 1217/15 1217/17 1217/21
 1220/12 1220/20
pure [1] 1258/18
purpose [7] 1142/23 1149/6 1168/13
 1170/20 1177/23 1229/7 1236/7
purposes [5] 1137/21 1244/5 1261/6
 1268/15 1277/15
pursuant [4] 1139/18 1182/18 1200/9
 1202/17
put [34] 1145/2 1168/7 1169/21 1170/9
 1180/24 1181/9 1184/1 1195/5 1195/11
 1196/14 1198/20 1203/6 1213/19
 1232/24 1233/4 1233/19 1237/6 1237/9
 1242/2 1250/12 1252/10 1252/24 1253/7
 1254/4 1254/10 1254/23 1259/2 1275/15
 1276/14 1293/1 1293/1 1293/5 1301/22
 1305/13
puts [2] 1196/9 1255/15
putting [5] 1229/10 1252/18 1260/8
 1277/4 1281/14

**Q**

Q4 [1] 1158/16

quality [3] 1168/17 1175/2 1234/19
quantify [2] 1182/10 1182/25
quarter [1] 1159/1
quarterly [1] 1159/16
question [19] 1142/18 1143/7 1151/4
 1154/11 1172/20 1181/25 1185/6 1193/4
 1193/13 1219/15 1236/14 1237/20
 1247/18 1253/14 1258/23 1276/3 1278/6
 1278/12 1279/4
questioned [1] 1138/2
questioning [1] 1193/7
questions [19] 1140/13 1140/16 1149/12
 1159/18 1162/4 1179/15 1190/15
 1192/14 1192/16 1192/20 1206/13
 1214/8 1223/23 1224/1 1225/10 1226/9
 1228/16 1241/16 1298/13
quick [2] 1243/14 1301/3
quite [3] 1141/24 1169/1 1220/18
quote [4] 1250/13 1259/2 1259/3 1259/9

**R**

RACHEL [2] 1132/18 1134/9
raised [3] 1199/7 1252/5 1301/12
ram [4] 1222/9 1222/15 1222/20 1222/21
ran [1] 1152/20
range [2] 1163/22 1189/7
Rapidly [1] 1283/20
rate [2] 1214/24 1215/16
rather [9] 1138/11 1197/13 1204/19
 1260/24 1274/22 1275/1 1275/6 1276/6
 1306/7
Ray [1] 1282/22
RE [2] 1130/4 1130/7
reach [1] 1294/18
reached [3] 1149/18 1232/3 1298/22
reaching [1] 1191/17
reacting [1] 1183/21
read [17] 1141/24 1142/1 1142/1
 1148/23 1181/6 1216/18 1230/21
 1230/22 1243/20 1244/25 1256/25
 1258/3 1258/4 1293/12 1293/25 1297/13
 1299/4
reading [4] 1181/3 1181/5 1230/4
 1231/25
reads [2] 1200/13 1305/8
ready [3] 1274/18 1282/20 1290/24
real [2] 1195/22 1214/11
real-time [1] 1214/11
realized [1] 1141/11
really [20] 1141/25 1148/19 1162/16
 1163/20 1166/2 1169/25 1183/1 1189/5
 1189/6 1210/24 1210/25 1210/25 1249/9
 1249/18 1254/25 1256/7 1278/20 1296/1
 1299/18 1299/19
Realtime [1] 1283/21
reason [12] 1145/12 1145/14 1145/15
 1162/9 1169/25 1184/23 1201/12 1204/6
 1217/18 1219/10 1220/4 1272/15
reasons [5] 1200/23 1200/25 1202/3
 1202/3 1260/16
reassess [1] 1170/2
reassessment [1] 1184/21
recall [24] 1143/24 1147/23 1148/3
 1169/4 1176/9 1181/24 1192/15 1199/24
 1208/25 1211/21 1212/13 1213/1 1213/4
 1221/4 1222/10 1223/25 1224/15
 1228/10 1228/15 1228/20 1229/19
 1236/13 1280/17 1304/3
received [1] 1283/5
receiving [1] 1160/1
recess [4] 1199/14 1241/16 1241/25
 1242/13

Case 2:10-md-02179-CJB-DPC Document 12740 Filed 04/24/14 Page 202 of 210

recognition [1] 1237/7
recognize [5] 1141/17 1206/15 1215/2
1221/1 1233/17 1239/18
recognized [2] 1200/10 1201/1
recognizes [1] 1202/17
recollection [6] 1160/17 1160/24 1172/14
1213/25 1229/6 1229/16
recommendation [5] 1238/17 1238/19
1239/9 1239/14 1240/13
recommendations [24] 1232/11 1232/13
1232/15 1232/16 1232/19 1232/23
1233/1 1233/5 1233/9 1233/25 1234/2
1234/3 1234/8 1235/1 1235/10 1235/21
1236/2 1236/4 1236/10 1236/12 1236/21
1237/8 1237/16 1237/22
recommended [1] 1238/5
reconcile [1] 1262/3
reconsidered [1] 1183/5
record [32] 1137/6 1137/22 1225/14
1225/15 1225/20 1227/8 1244/14
1249/22 1253/17 1253/17 1254/1
1257/23 1269/16 1269/18 1270/7
1275/15 1283/8 1287/1 1293/25 1300/1
1300/3 1300/7 1300/17 1300/21 1303/21
1303/25 1306/8 1306/12 1306/17
1306/19 1306/21 1307/6
recorded [2] 1135/24 1305/6
recording [1] 1225/17
records [3] 1286/17 1294/8 1294/10
recovered [2] 1194/16 1209/11
rectified [1] 1256/5
recurrence [6] 1142/16 1142/21 1144/5
1144/11 1144/20 1144/20
recurring [1] 1249/6
red [1] 1206/21
redactions [2] 1301/18 1301/24
Redden [1] 1135/2
redoing [1] 1261/22
redone [1] 1261/23
reduce [2] 1168/15 1177/16
reduced [2] 1158/19 1159/4
reduction [1] 1158/22
refer [1] 1250/20
reference [7] 1144/9 1148/10 1159/4
1190/3 1191/13 1236/23 1251/12
referenced [3] 1184/4 1208/23 1212/6
references [1] 1240/10
referred [7] 1150/15 1279/7 1279/10
1281/7 1282/6 1285/1 1294/14
referring [3] 1160/3 1230/10 1261/19
refers [2] 1171/9 1279/4
reflect [5] 1190/12 1224/17 1230/6
1245/5 1294/13
reflected [1] 1245/6
reflects [2] 1257/18 1282/4
REGAN [1] 1133/23
regard [2] 1243/12 1301/8
regarding [3] 1208/24 1223/24 1239/14
regardless [1] 1292/15
register [5] 1177/21 1179/1 1179/16
1180/10 1181/21
registers [1] 1179/5
regularly [1] 1158/9
regulatory [2] 1202/2 1241/5
reinforce [1] 1165/9
reinforces [1] 1166/2
reiterated [1] 1301/10
relate [1] 1201/16
related [3] 1177/22 1202/24 1222/15
relates [1] 1199/23
relating [1] 1214/6

relationship [1] 1201/14
relationships [1] 1226/10
release [1] 1179/24
released [2] 1195/20 1233/23
relevant [1] 1171/11
relies [1] 1185/24
rely [2] 1186/11 1300/11
Remand [1] 1233/3
remember [12] 1181/25 1192/20 1198/13
1199/25 1214/1 1220/13 1220/24
1225/12 1236/14 1237/11 1256/12
1306/20
Remind [1] 1218/7
reminding [1] 1216/19
renew [2] 1147/16 1299/21
renewal [1] 1186/5
renewing [1] 1300/1
repeat [2] 1148/21 1154/10
repeatedly [2] 1278/13 1278/15
repeating [2] 1188/13 1197/3
repetitive [2] 1143/21 1147/18
rephrase [2] 1193/15 1193/16
replaced [1] 1306/15
report [67] 1144/19 1144/23 1144/24
1144/25 1145/4 1145/6 1146/8 1149/5
1158/16 1158/17 1159/1 1183/14
1189/19 1189/22 1190/11 1190/12
1190/24 1190/25 1194/17 1195/3 1195/4
1195/21 1196/14 1203/5 1206/16
1208/12 1208/18 1208/24 1211/20
1214/6 1214/14 1216/15 1216/16
1222/24 1222/24 1223/3 1223/7 1223/10
1227/5 1227/7 1228/22 1231/8 1231/23
1231/24 1231/25 1232/6 1232/7 1232/8
1232/15 1232/17 1236/20 1236/20
1237/9 1237/10 1237/17 1238/18
1264/12 1265/1 1266/25 1273/17
1280/23 1280/25 1282/25 1284/1 1284/1
1294/23 1294/25
reported [4] 1157/12 1158/15 1158/25
1160/18
reporter [5] 1135/18 1269/21 1305/6
1307/9 1307/17
reporting [1] 1160/1
reports [1] 1239/4
represent [4] 1154/7 1179/9 1195/2
1195/7
represented [4] 1144/9 1176/5 1176/9
1231/23
represents [2] 1178/18 1156/25
reputational [1] 1142/5
request [4] 1192/8 1200/14 1200/21
1201/16
requested [3] 1251/13 1271/16 1301/19
requests [1] 1192/9
require [5] 1182/17 1182/22 1186/21
1201/1 1201/13
required [9] 1173/9 1183/3 1183/8
1185/13 1193/23 1213/3 1240/20
1251/20 1278/8
requirement [8] 1173/20 1174/8 1176/10
1178/5 1182/7 1182/8 1182/12 1240/5
requirements [11] 1170/1 1171/3
1173/13 1176/1 1176/4 1185/3 1185/10
1200/11 1200/16 1238/4 1239/17
requires [6] 1181/17 1182/24 1184/12
1184/15 1234/6 1238/22
rerun [1] 1245/2
resolve [2] 1244/6 1277/18
resolved [1] 1281/1
Resources [1] 1132/14
respect [22] 1154/24 1157/20 1160/21
1161/23 1163/11 1178/20 1190/23

1197/6 1198/9 1202/11 1211/20 1235/9
1236/19 1237/22 1238/4 1238/21 1238/21
1239/10 1239/13 1249/4 1249/6 1292/5
1306/13
respond [2] 1138/4 1233/24
responded [1] 1138/5
responding [1] 1142/12
response [5] 1159/18 1162/3 1206/13
1214/7 1226/25
responsibilities [2] 1152/14 1161/4
responsibility [3] 1162/20 1163/2
1163/18
responsible [2] 1168/21 1171/6
rest [4] 1163/2 1242/7 1270/1 1306/6
rested [1] 1163/12
rests [2] 1270/3 1306/7
result [5] 1141/12 1163/4 1206/3
1232/13 1234/21
resulted [1] 1232/22
results [2] 1183/10 1199/1
resume [1] 1241/20
returns [1] 1212/9
review [3] 1155/24 1213/18 1227/10
reviewed [5] 1153/17 1157/1 1158/16
1206/1 1214/12
reviewing [3] 1156/2 1184/19 1253/21
RICHARD [1] 1134/16
rig [16] 1130/4 1187/15 1187/19 1187/22
1190/9 1194/8 1194/15 1201/7 1216/7
1218/7 1220/1 1230/24 1231/8 1232/1
1238/7 1239/19
right [92] 1139/23 1142/17 1145/21
1148/16 1149/3 1159/21 1161/15 1169/5
1169/10 1169/11 1169/13 1169/15
1170/16 1171/7 1171/15 1173/15
1173/23 1173/24 1174/4 1184/8 1188/21
1188/21 1188/24 1190/3 1191/9 1191/12
1191/20 1200/17 1200/20 1200/24
1203/2 1204/14 1204/22 1204/25 1205/7
1205/13 1205/25 1207/1 1207/2 1207/3
1207/4 1208/19 1209/3 1210/20 1211/13
1214/16 1217/14 1217/24 1218/1
1218/22 1220/19 1222/5 1222/16
1225/18 1227/4 1231/25 1232/6 1233/7
1233/21 1234/5 1236/6 1237/11 1238/14
1241/23 1242/4 1242/10 1246/14 1247/1
1248/2 1251/23 1256/13 1259/21 1260/6
1263/12 1263/24 1266/1 1268/4 1268/21
1271/4 1275/8 1282/13 1282/19 1287/16
1289/14 1294/15 1298/19 1303/16
1303/17 1304/6 1304/25 1307/1 1307/2
right-hand [2] 1190/3 1222/16
rigmarole [1] 1259/3
rigs [2] 1180/2 1234/15
rise [4] 1199/13 1217/12 1242/12 1307/4
rises [1] 1218/3
rising [1] 1217/19
risk [44] 1141/15 1141/23 1142/21
1142/23 1143/2 1143/8 1143/11 1143/13
1144/12 1144/20 1153/4 1153/16
1154/19 1158/16 1161/10 1166/5
1168/15 1168/16 1170/2 1177/13
1177/15 1177/21 1178/1 1179/1 1179/5
1179/9 1179/16 1179/19 1179/21
1180/10 1180/10 1180/11 1181/9
1181/21 1182/4 1182/7 1182/12 1182/25
1182/25 1184/21 1212/17 1213/2
1213/11 1303/9
risk-based [1] 1161/10
risks [9] 1166/25 1177/21 1178/21
1179/17 1179/22 1181/12 1181/19
1181/20 1182/17
road [2] 1243/11 1302/3

**R**

ROBERT [2] 1131/3 1134/3
ROBERTS [2] 1134/9 1135/4
Robinson [4] 1190/20 1190/23 1229/24 1230/1
role [8] 1152/3 1152/4 1152/12 1161/2 1167/23 1168/5 1188/25 1189/9
roles [2] 1163/15 1166/11
rolled [1] 1169/4
rollout [1] 1238/25
Ronnie [1] 1219/21
room [4] 1135/19 1241/22 1241/23 1278/1
root [12] 1188/20 1189/1 1189/8 1192/15 1193/11 1193/19 1194/4 1194/19 1200/4 1202/9 1225/5 1225/7
rotation [1] 1161/13
Rouge [2] 1132/4 1133/13
Roy [6] 1130/18 1130/19 1252/5 1257/9 1257/22 1305/8
rule [5] 1248/22 1260/18 1270/6 1300/14 1301/6
ruled [4] 1248/7 1267/7 1300/16 1301/9
rules [1] 1246/16
ruling [2] 1249/20 1260/16
run [3] 1169/20 1211/25 1213/17
running [2] 1150/20 1150/20
runs [2] 1223/9 1243/19
Rusnak [1] 1132/5

**S**

safe [2] 1162/16 1166/7
safety [83] 1142/2 1144/13 1144/15 1145/6 1145/16 1146/20 1146/20 1146/21 1146/23 1146/24 1146/25 1147/5 1147/6 1147/11 1147/11 1148/7 1150/7 1150/10 1150/22 1150/25 1152/9 1153/2 1153/4 1153/6 1153/13 1153/17 1153/21 1154/16 1154/19 1154/24 1155/6 1155/7 1155/7 1155/14 1155/21 1155/22 1155/23 1157/3 1157/16 1157/17 1157/18 1157/19 1157/24 1158/4 1158/6 1158/20 1159/2 1159/5 1159/14 1162/15 1162/21 1162/23 1163/22 1163/23 1164/9 1164/12 1165/10 1165/22 1166/25 1167/14 1168/19 1168/22 1168/25 1169/6 1169/11 1169/16 1169/19 1169/20 1174/21 1177/4 1177/5 1177/7 1180/11 1180/18 1181/2 1181/4 1181/12 1183/6 1183/20 1184/24 1184/25 1236/24 1248/18
safety-minded [2] 1162/15 1164/9
said [40] 1145/22 1145/24 1160/13 1160/16 1165/21 1168/8 1173/9 1174/24 1183/7 1186/25 1187/2 1194/6 1204/5 1208/2 1208/17 1211/15 1216/6 1216/6 1221/25 1222/2 1223/21 1225/13 1225/21 1230/15 1230/18 1230/25 1231/11 1247/23 1248/12 1254/3 1254/20 1257/24 1270/6 1271/2 1275/17 1278/13 1278/18 1287/11 1305/5 1305/9
Sally [1] 1243/2
Sam [2] 1146/5 1146/9
same [25] 1148/17 1148/18 1157/23 1166/25 1182/6 1185/21 1186/24 1195/24 1211/2 1219/13 1226/13 1230/4 1244/11 1247/5 1247/25 1253/9 1259/3 1271/14 1273/17 1281/11 1283/12 1283/15 1290/9 1303/10 1303/21
sample [1] 1161/12
samples [1] 1194/15

San [2] 1131/17 1132/14
sat [1] 1151/10
satisfied [1] 1230/23
satisfy [1] 1212/18
save [1] 1258/5
saw [4] 1190/17 1195/25 1217/4 1220/9
say [43] 1139/25 1143/6 1150/12 1151/4 1154/3 1154/14 1155/2 1156/5 1159/8 1160/10 1165/14 1171/6 1173/14 1175/12 1176/10 1181/5 1182/23 1185/6 1186/25 1188/13 1188/14 1195/4 1198/3 1198/23 1202/16 1211/4 1222/2 1229/18 1230/21 1236/4 1250/15 1255/8 1255/9 1255/25 1263/10 1268/1 1269/22 1271/9 1277/6 1277/24 1278/8 1289/8 1305/4
saying [13] 1141/14 1146/11 1172/8 1174/16 1209/17 1211/10 1218/18 1244/17 1254/22 1255/14 1269/17 1271/16 1296/2
says [29] 1145/11 1159/23 1170/16 1171/1 1173/22 1174/10 1174/11 1176/18 1177/19 1177/25 1182/16 1183/12 1189/16 1191/21 1191/24 1198/1 1200/21 1203/7 1209/25 1215/15 1227/5 1230/6 1230/23 1233/22 1237/18 1274/24 1276/15 1280/8 1301/22
scenario [4] 1142/10 1144/7 1205/15 1206/8
scenarios [2] 1203/23 1205/24
SCOFIELD [1] 1135/15
SCOTT [1] 1132/17
screen [8] 1252/10 1258/25 1260/8 1276/6 1276/14 1283/1 1283/10 1283/14
scribbled [1] 1226/16
seal [4] 1209/4 1209/11 1209/20 1210/4
sealing [1] 1209/12
seals [1] 1209/5
seated [2] 1137/3 1199/15
second [7] 1146/3 1169/24 1175/19 1182/1 1198/14 1204/1 1205/8 1206/11 1216/18 1216/25 1218/5 1221/10 1231/2 1253/16 1259/1 1282/24 1303/25
seconds [3] 1259/4 1259/10 1275/1
Secrest [1] 1135/2
section [6] 1130/5 1132/16 1133/3 1190/24 1212/10 1223/8
Section 3 [1] 1223/8
Section 5 [1] 1212/10
sections [1] 1179/6
security [1] 1169/11
see [61] 1142/8 1142/9 1143/25 1145/12 1146/14 1146/21 1146/22 1147/1 1147/2 1147/4 1148/3 1151/10 1151/13 1151/23 1155/7 1155/10 1159/11 1161/19 1161/21 1162/1 1179/4 1179/12 1181/13 1181/21 1189/15 1191/14 1191/25 1194/10 1194/17 1209/12 1209/21 1210/1 1210/18 1215/18 1217/21 1217/23 1218/2 1220/12 1220/18 1220/10 1221/5 1221/18 1224/7 1231/4 1233/20 1234/8 1239/5 1242/11 1248/15 1253/22 1254/5 1260/25 1261/4 1280/19 1280/20 1284/14 1284/16 1285/5 1286/8 1296/11 1296/19
SEEAC [13] 1154/1 1154/7 1154/10 1154/13 1154/23 1155/24 1156/14 1158/7 1158/9 1158/9 1158/10 1158/25 1160/18
SEEAC's [1] 1154/18
seeing [1] 1215/25
seek [1] 1186/12
seeking [1] 1175/8
seem [2] 1235/23 1244/21

seems [4] 1187/23 1257/7 1260/2 1270/7
seen [3] 1179/1 1188/8 1188/9
sees [1] 1220/23
segment [5] 1146/12 1173/21 1174/13 1174/18 1200/15
segment/SPU [1] 1174/13
selected [1] 1152/6
send [3] 1255/5 1256/2 1256/11
sends [1] 1255/16
senior [5] 1153/16 1164/21 1165/20 1166/18 1167/8
sense [4] 1155/12 1187/18 1237/24 1281/9
sent [8] 1255/13 1255/18 1255/20 1255/23 1261/12 1261/14 1261/16 1261/22
sentence [1] 1230/4
sentences [1] 1230/21
sentiment [1] 1151/23
separate [6] 1169/20 1232/25 1253/8 1256/2 1260/7 1260/25
separately [2] 1287/4 1287/12
September [3] 1189/19 1190/12 1210/17
September 8 [2] 1189/19 1190/12
Sepulvado [1] 1219/21
sequence [6] 1141/13 1172/5 1172/6 1172/10 1222/25 1223/5
series [6] 1197/13 1198/11 1274/16 1275/7 1281/17 1285/18
Services [2] 1135/7 1135/12
session [4] 1130/14 1137/1 1138/22 1289/21
set [15] 1145/20 1153/1 1153/12 1154/3 1170/2 1172/1 1172/5 1173/7 1173/17 1174/23 1177/3 1178/17 1198/25 1214/15 1225/1
sets [4] 1152/24 1170/17 1177/18 1200/18
several [5] 1156/12 1179/15 1192/14 1259/4 1259/4
severity [1] 1142/11
shack [1] 1219/5
shall [11] 1173/24 1174/5 1174/11 1175/24 1177/18 1177/19 1181/13 1181/17 1185/25 1186/4 1200/14
share [2] 1147/12 1151/23
shared [4] 1240/22 1241/2 1241/3 1241/4
sharing [2] 1147/10 1240/24
SHARON [1] 1132/24
Shaw [2] 1131/12 1172/12
she [2] 1305/6 1305/13
sheet [1] 1301/22
shift [1] 1176/11
shifted [1] 1176/12
shoe [4] 1202/25 1203/11 1204/16 1204/20
shoreline [1] 1143/4
short [1] 1237/4
short-term [1] 1237/4
shorter [1] 1217/7
shortly [1] 1237/1
should [40] 1138/4 1154/14 1155/8 1171/6 1171/10 1188/13 1195/4 1202/14 1213/11 1215/12 1216/1 1216/5 1216/7 1217/18 1219/3 1219/6 1219/11 1220/5 1221/8 1221/12 1230/8 1241/18 1245/5 1246/18 1248/6 1249/14 1249/15 1259/11 1260/7 1265/5 1282/9 1283/5 1283/6 1284/3 1284/20 1284/21 1294/17 1295/19 1304/4 1304/4
shouldn't [2] 1258/21 1276/5

show [23]  1209/18 1224/6 1246/8
 1246/24 1251/4 1259/3 1260/4 1260/4
 1264/10 1272/24 1273/13 1273/13
 1273/17 1273/20 1275/5 1275/23 1280/3
 1285/6 1286/17 1288/4 1290/6 1294/10
 1296/17
showed [5]  1139/17 1258/25 1258/25
 1305/10 1306/14
showing [11]  1137/18 1137/23 1245/3
 1246/13 1246/15 1257/15 1268/19
 1273/11 1276/15 1277/9 1289/25
shown [14]  1138/1 1159/8 1199/22
 1199/25 1254/4 1259/2 1264/22 1265/6
 1274/16 1283/1 1283/9 1286/7 1296/4
 1296/7
shows [2]  1263/23 1275/6
Shushan [2]  1241/18 1243/2
Shushan's [1]  1241/17
shushing [2]  1276/18 1276/19
shut [9]  1217/13 1217/15 1221/18
 1222/3 1222/5 1222/8 1222/18 1222/19
 1224/11
SHUTLER [1]  1132/24
side [10]  1150/21 1155/20 1190/3
 1222/16 1225/7 1239/20 1239/20 1256/9
 1258/8 1278/1
sign [3]  1239/20 1239/25 1240/5
sign-off [1]  1239/20
signed [4]  1173/6 1179/14 1179/22
 1191/10
significance [1]  1217/15
significant [3]  1158/17 1159/9 1161/21
signs [1]  1221/18
similar [6]  1139/15 1167/7 1167/10
 1236/9 1253/5 1283/23
Similarly [1]  1156/2
simple [1]  1258/18
simplify [2]  1256/1 1256/7
simply [2]  1253/7 1283/17
Sims [1]  1144/24
since [4]  1207/18 1213/9 1233/22 1287/4
SINCLAIR [2]  1133/9 1140/12
single [1]  1197/12
sir [4]  1138/25 1139/5 1141/23 1276/4
sit [2]  1174/19 1244/6
site [12]  1165/18 1165/19 1165/19
 1172/15 1201/4 1215/20 1219/8 1219/9
 1219/18 1219/25 1220/3 1232/1
sites [2]  1159/24 1160/8
sitting [2]  1147/13 1304/4
situation [3]  1215/21 1225/14 1229/12
six [11]  1164/21 1165/14 1165/15
 1166/17 1206/21 1206/22 1206/25
 1217/8 1217/11 1218/3 1233/22
six-minute [2]  1217/11 1218/3
six-week [4]  1164/21 1165/14 1165/15
 1166/17
size [1]  1161/13
skip [3]  1183/9 1267/5 1292/12
skipped [1]  1175/20
slack [1]  1272/19
slice [2]  1147/3 1148/3
slide [8]  1147/21 1196/19 1198/19
 1206/15 1208/11 1208/20 1210/10
 1252/12
Slidell [1]  1131/23
slides [3]  1195/3 1195/5 1196/16
slightly [1]  1284/7
slip [1]  1301/22
slurry [2]  1193/11 1206/18
small [1]  1164/23

smoothly [1]  1243/9
SMS [1]  1135/16
snapshot [2]  1167/13 1167/16
so [242]
so-and-so [1]  1305/9
software [1]  1135/25
solid [1]  1234/8
solidified [1]  1159/25
solution [1]  1204/2
solved [2]  1256/22 1279/11
some [50]  1138/17 1143/12 1143/13
 1146/9 1152/16 1153/11 1153/15 1154/3
 1154/9 1163/8 1164/3 1164/23 1165/6
 1167/10 1180/17 1183/9 1187/21
 1189/15 1190/6 1190/15 1191/18 1193/5
 1193/10 1194/21 1195/5 1199/5 1208/23
 1212/11 1223/23 1227/22 1231/18
 1232/11 1233/8 1234/20 1234/23
 1235/20 1237/6 1237/8 1237/24 1238/20
 1241/1 1241/15 1243/3 1244/18 1255/17
 1276/6 1300/10 1300/10 1300/11
 1302/13
somebody [8]  1162/13 1181/3 1226/4
 1226/15 1247/2 1271/9 1280/8 1290/2
somehow [1]  1260/9
someone [3]  1174/19 1247/10 1262/2
someone's [1]  1289/23
something [18]  1139/15 1143/15
 1145/16 1145/17 1147/14 1153/6
 1155/19 1156/19 1163/5 1175/16 1179/2
 1183/25 1189/6 1214/2 1255/2 1256/7
 1260/4 1304/14
sometimes [2]  1216/20 1226/17
somewhere [3]  1205/20 1205/21
 1295/22
soon [3]  1237/9 1237/10 1255/22
sooner [1]  1306/7
sorry [32]  1151/4 1157/23 1172/14
 1172/24 1174/2 1175/19 1176/16
 1182/21 1204/2 1210/2 1214/1 1216/22
 1219/15 1220/24 1221/3 1223/9 1223/17
 1229/21 1237/20 1245/10 1246/4
 1246/25 1257/14 1263/23 1266/21
 1270/22 1274/19 1281/24 1284/24 1294/9
 1297/9 1304/18
sort [11]  1161/9 1166/1 1172/8 1174/24
 1178/7 1229/13 1256/23 1293/19
 1299/25 1300/15 1300/17
sorted [1]  1244/3 1262/5
sorting [1]  1293/16
sound [1]  1138/19
sounds [2]  1155/22 1305/18
sources [1]  1227/15
space [10]  1145/16 1204/21 1205/16
 1205/18 1209/15 1210/15 1211/5 1211/8
 1211/12 1211/13
speak [7]  1143/16 1192/12 1212/21
 1218/20 1276/21 1298/16 1306/12
speaking [1]  1211/2
special [1]  1200/22
specialist [6]  1188/20 1189/1 1189/2
 1200/4 1202/5 1225/9
specialists [1]  1163/21
specialized [2]  1167/10 1190/4
specific [13]  1143/2 1148/15 1149/1
 1173/7 1173/9 1173/12 1174/10 1183/2
 1239/7 1277/3 1277/4 1281/10 1299/20
specifically [3]  1173/3 1233/24 1235/21
specified [1]  1185/19
specifying [1]  1171/2
speed [1]  1287/16
spend [2]  1142/19 1142/20
spent [4]  1142/12 1173/2 1196/24

1203/21
spill [2]  1130/12 1201/22
spill [2]  1130/4 1226/24
SPIRO [1]  1133/4
spoke [4]  1188/10 1191/16 1215/9
 1283/3
spoken [3]  1199/5 1303/19 1303/20
spot [2]  1273/4 1278/8
SPU [9]  1157/9 1160/16 1171/16 1173/3
 1174/13 1174/18 1178/12 1180/4
 1183/22
SPUs [1]  1184/1
staff [1]  1272/22
stages [3]  1192/9 1192/10 1197/24
stand [6]  1168/10 1228/6 1247/11
 1261/16 1261/17 1271/9
standard [3]  1161/15 1162/1 1186/14
standardization [1]  1146/24
standards [5]  1156/10 1163/24 1233/10
 1234/11 1234/17
standing [1]  1251/2
stands [1]  1155/10
start [7]  1138/21 1153/10 1171/10
 1228/24 1244/2 1245/7 1278/1
started [1]  1198/22
starting [4]  1182/23 1192/24 1202/20
 1297/2
starts [1]  1198/22
state [12]  1133/7 1133/11 1133/15
 1159/19 1162/7 1162/8 1170/20 1184/21
 1184/21 1215/11 1235/6 1300/17
stated [4]  1137/21 1231/8 1236/7
 1237/16
statement [7]  1149/4 1152/25 1156/15
 1156/18 1170/22 1176/8 1269/18
statements [1]  1301/3
states [14]  1130/1 1130/10 1130/15
 1132/11 1132/15 1132/21 1133/2 1143/5
 1177/13 1185/24 1197/11 1226/22
 1299/14 1307/9
stating [1]  1186/24
Station [1]  1133/5
statistics [2]  1155/23 1155/23
stay [1]  1196/20
steady [2]  1217/18 1217/23
steeper [2]  1220/12 1220/14
stenography [1]  1135/24
step [8]  1176/2 1185/12 1195/4 1203/21
 1208/3 1229/8 1229/9 1275/8
Stephanie [8]  1273/7 1290/13 1291/25
 1304/10 1304/13 1305/1 1305/11
 1305/17
STEPHEN [1]  1130/23
steps [7]  1172/17 1172/17 1173/7
 1173/9 1173/17 1237/6 1238/20
Sterbcow [15]  1131/5 1131/6 1138/9
 1141/16 1154/9 1155/3 1182/5 1186/10
 1197/2 1202/22 1203/6 1211/18 1212/6
 1223/13 1304/17
Sterbcow's [3]  1159/18 1162/4 1206/13
STERNBERG [1]  1135/12
Steve [8]  1230/1 1258/22 1260/6
 1276/21 1278/3 1279/2 1306/2 1306/3
STEVEN [2]  1132/17 1134/9
stick [1]  1241/18
sticker [2]  1209/20 1209/22
still [9]  1151/18 1159/10 1169/13
 1209/20 1209/22 1230/14 1250/16
 1254/13 1287/3
Stone [1]  1134/22
stop [9]  1196/11 1201/5 1204/1 1224/25
 1239/23 1244/23 1279/18 1279/23
 1286/3

S

story [2]  1148/14 1148/25
straight [2]  1243/25 1280/4
straighten [3]  1295/25 1297/7 1298/9
STRANGE [1]  1133/8
strategic [8]  1157/8 1160/7 1160/21
1163/11 1171/16 1172/11 1178/23
1179/10
strategy [1]  1166/2
Street [19]  1130/20 1131/3 1131/6
1131/10 1131/13 1131/22 1132/3 1132/9
1133/12 1133/16 1133/19 1134/6
1134/10 1134/17 1134/23 1135/5 1135/9
1135/16 1135/19
strengthen [1]  1238/6 1240/16
strengthened [2]  1210/24 1210/25
strike [6]  1188/1 1214/9 1224/6 1237/15
1300/10 1300/10
string [1]  1209/4
stringent [2]  1213/5 1234/18
strong [2]  1170/4 1210/24
structure [4]  1174/17 1175/13 1178/10
1178/17
Structures [1]  1284/1
studied [1]  1141/6
stuff [7]  1138/10 1138/11 1166/10
1194/15 1253/24 1272/21 1281/12
subject [11]  1163/21 1187/13 1199/20
1232/9 1238/24 1245/3 1245/8 1262/25
1264/14 1294/1 1301/24
subjective [1]  1173/11
subjects [1]  1165/6
submission [1]  1272/18
submit [6]  1269/21 1272/25 1290/11
1292/6 1295/25 1301/16
submitted [7]  1275/17 1284/8 1284/10
1285/9 1290/17 1301/4 1301/20
submitting [2]  1242/3 1306/8
subscribe [1]  1256/15
subsea [1]  1234/12
subsequently [1]  1153/3
subsidiary [1]  1198/8
substance [2]  1281/13 1283/11
subunits [1]  1155/10
success [1]  1152/8
successful [1]  1230/24
such [10]  1141/25 1142/11 1186/1
1186/3 1193/10 1239/25 1250/19
1250/22 1305/8 1305/8
such-and-such [1]  1305/8
sufficient [1]  1194/2
suggested [1]  1138/21
suggesting [1]  1252/25
suggestion [3]  1181/11 1271/5 1274/22
Suite [14]  1130/20 1131/6 1131/10
1131/16 1131/19 1133/19 1134/6
1134/10 1134/17 1134/20 1135/5 1135/9
1135/12 1135/16
SULLIVAN [1]  1132/23
summaries [1]  1302/9
summarize [5]  1184/11 1196/16 1196/23
1198/20 1226/18
summarized [1]  1179/5
summarizing [2]  1188/12 1197/21
summary [3]  1197/1 1197/10 1226/22
support [11]  1150/23 1152/17 1152/21
1163/16 1163/19 1163/25 1164/4 1164/5
1164/8 1168/4 1174/17
supported [1]  1169/18
supporting [1]  1171/2
supports [1]  1186/2
supposed [1]  1276/16

sure [36]  1137/8 1140/18 1143/13
1143/17 1174/5 1177/6 1182/4 1183/22
1184/18 1185/7 1195/22 1208/7 1219/18
1237/21 1239/21 1247/20 1259/18
1269/15 1269/17 1271/13 1271/18
1271/21 1272/9 1273/25 1280/19 1281/7
1281/11 1281/14 1281/18 1284/4
1292/13 1300/1 1300/20 1300/21
1302/12 1305/25
surface [3]  1162/10 1229/12 1230/8
sustain [1]  1147/17 1183/13
sustained [1]  1267/8
Sutherland [1]  1134/8
Swiss [8]  1141/14 1145/10 1145/17
1145/20 1145/25 1146/11 1146/18
1197/21
switch [1]  1188/10
switchover [3]  1171/21 1172/1 1173/10
sworn [2]  1140/22 1257/10
sympathy [1]  1151/20
synopsis [1]  1166/17
system [32]  1152/10 1152/16 1155/20
1168/11 1168/14 1168/18 1168/21
1169/1 1169/6 1169/9 1169/16 1169/21
1170/3 1170/9 1170/17 1171/20 1174/25
1175/24 1176/6 1176/13 1176/23 1177/3
1180/24 1184/14 1184/15 1186/12
1187/9 1187/13 1188/4 1192/23 1200/18
1283/21
system-type [1]  1152/10
systematic [1]  1167/1
systemic [9]  1192/18 1192/23 1193/5
1193/20 1200/19 1201/2 1201/6 1201/10
1201/17
systems [2]  1187/23 1234/14

T

T-22881 [1]  1254/14
take [19]  1138/11 1142/20 1146/2
1199/8 1221/22 1224/14 1237/8 1259/3
1260/6 1260/10 1272/22 1273/3 1273/4
1274/25 1281/5 1284/10 1284/20
1297/11 1305/11
taken [16]  1137/11 1221/9 1226/1
1227/10 1227/13 1234/20 1235/9
1235/21 1236/18 1238/11 1238/21
1239/13 1250/11 1275/9 1293/24
1306/10
takes [5]  1153/8 1259/4 1259/10
1261/16 1261/17
taking [3]  1226/4 1231/22 1304/20
talk [27]  1143/18 1146/23 1161/1 1161/2
1161/2 1166/2 1166/6 1166/8 1170/5
1177/9 1184/3 1185/16 1189/25 1190/16
1192/13 1193/24 1199/19 1202/20
1204/13 1214/5 1224/25 1230/7 1235/20
1244/22 1249/24 1260/10 1265/7
talked [12]  1144/17 1145/10 1167/21
1194/14 1197/22 1230/12 1231/7 1257/9
1257/9 1273/18 1278/15 1302/10
talking [11]  1144/3 1173/2 1180/16
1211/5 1222/25 1231/2 1232/7 1236/2
1259/5 1277/21 1281/8
talks [1]  1142/3
TANNER [1]  1135/15
targeted [1]  1167/8
targeting [1]  1165/20
targets [2]  1183/14 1183/17
task [1]  1144/8
teach [2]  1166/9 1167/11
teaching [2]  1164/2 1166/9
team [84]  1143/15 1145/2 1146/8 1147/6
1154/2 1157/1 1161/8 1161/14 1168/1

1174/23 1188/19 1189/9 1189/23
1190/18 1190/20 1191/5 1191/7 1191/11
1191/16 1195/5 1196/23 1197/11
1197/15 1198/19 1200/4 1203/12
1203/24 1211/21 1212/11 1212/21
1213/4 1213/7 1213/15 1213/19 1213/21
1213/22 1213/24 1214/4 1214/11 1216/4
1216/25 1218/5 1218/11 1219/18
1220/23 1221/7 1224/23 1224/24
1225/14 1226/23 1227/6 1227/7 1227/8
1227/9 1227/11 1227/11 1227/13
1227/16 1229/5 1229/22 1231/9 1231/15
1231/24 1232/2 1232/3 1232/10 1232/24
1233/2 1233/3 1233/4 1234/7 1234/7
1234/16 1234/21 1238/9 1241/6 1241/9
1241/12 1241/17
team's [9]  1196/17 1203/5 1212/8
1212/16 1219/9 1220/7 1223/14 1225/21
1239/14
teams [3]  1189/8 1197/17 1198/4
tech [1]  1255/15
technical [5]  1145/2 1189/1 1189/8
1211/19 1238/2
technically [2]  1246/17 1250/9
technique [2]  1212/10 1213/10
tedious [1]  1258/6
tell [34]  1144/12 1144/15 1148/14
1148/25 1150/2 1151/20 1155/18
1156/21 1164/16 1165/25 1166/15
1167/6 1171/22 1177/23 1186/6 1192/21
1206/22 1209/23 1211/23 1214/17
1229/1 1229/22 1231/15 1236/25
1238/20 1240/12 1241/1 1243/15
1246/22 1251/16 1274/17 1285/19
1290/10 1293/12
telling [1]  1294/1
temporary [1]  1236/23
tend [2]  1165/11 1166/1
tendered [3]  1248/23 1269/5 1296/10
tends [2]  1155/21 1165/18
term [1]  1237/4
terminology [1]  1211/3
terms [6]  1140/5 1144/9 1148/6 1148/10
1155/16 1194/12
terrific [1]  1243/10
territory [1]  1148/18
test [14]  1173/11 1186/12 1212/1
1228/19 1229/15 1230/8 1230/9 1230/9
1230/16 1230/24 1238/3 1239/22
1239/25 1240/1
testified [14]  1140/22 1155/1 1159/17
1162/3 1163/15 1169/3 1173/5 1188/22
1202/23 1206/13 1208/4 1208/16 1214/7
1214/10
testifies [1]  1254/6
testify [3]  1218/13 1218/14 1222/17
testifying [2]  1252/15 1252/16
testimony [54]  1140/5 1141/11 1143/24
1145/5 1155/15 1203/24 1221/24 1224/6
1228/4 1228/7 1242/7 1250/23 1251/14
1252/8 1252/13 1252/14 1254/22
1257/10 1257/15 1257/25 1258/2 1270/5
1270/10 1271/3 1271/10 1271/19 1277/2
1277/3 1277/5 1277/24 1279/4 1279/17
1279/20 1280/14 1281/7 1281/9 1284/6
1287/1 1299/23 1300/5 1300/9 1300/10
1300/11 1301/5 1302/7 1302/22 1302/23
1303/22 1304/23 1304/24 1305/11
1305/25 1306/15 1306/16
testing [11]  1234/13 1234/18 1237/5
1238/4 1238/6 1238/12 1238/23 1239/10
1239/14 1239/16 1240/21

T

tests [6] 1193/10 1230/13 1231/1 1231/2
1231/10 1240/6
Texas [9] 1131/17 1132/7 1134/10
1134/21 1135/5 1135/10 1135/13
1135/17 1284/2
than [32] 1138/11 1142/2 1142/4 1142/5
1146/1 1148/8 1148/14 1148/25 1186/25
1187/2 1191/19 1195/7 1204/19 1219/11
1220/4 1231/7 1234/25 1252/25 1256/11
1260/25 1271/11 1273/20 1274/22
1275/1 1275/6 1276/6 1293/11 1300/20
1302/16 1303/19 1305/19 1306/7
thank [55] 1138/6 1138/15 1139/8
1139/9 1139/10 1139/12 1140/19
1147/19 1149/12 1149/14 1149/15
1149/20 1180/21 1199/12 1199/17
1207/11 1208/8 1211/1 1216/12 1227/2
1235/18 1241/13 1242/9 1243/9 1243/18
1245/6 1246/4 1250/25 1261/7 1262/24
1264/9 1264/16 1266/3 1267/1 1269/12
1276/23 1279/12 1282/15 1284/12
1284/13 1285/4 1285/11 1285/25 1288/7
1288/11 1289/4 1289/19 1299/2 1299/7
1300/24 1300/25 1302/17 1302/18
1303/7 1303/23
Thanks [2] 1298/18 1307/2
that [926]
that's [155] 1137/17 1139/2 1140/4
1142/10 1143/6 1143/10 1144/18
1149/11 1150/11 1151/12 1155/3
1158/21 1159/7 1160/3 1165/14 1169/20
1169/23 1171/7 1171/15 1172/22
1173/15 1174/19 1176/23 1178/9
1180/20 1183/1 1183/10 1184/7 1184/8
1186/25 1188/21 1188/21 1191/6 1191/9
1191/12 1192/7 1196/4 1197/1 1198/15
1200/6 1200/17 1200/20 1200/24 1203/2
1204/8 1204/12 1204/17 1204/22
1204/25 1205/7 1205/10 1205/13
1205/22 1205/25 1206/9 1206/23 1207/1
1207/3 1208/19 1209/3 1209/3 1214/13
1214/16 1216/3 1216/17 1217/14 1218/6
1220/2 1220/7 1220/17 1221/2 1221/5
1221/6 1221/25 1222/16 1222/22
1225/22 1228/6 1228/10 1229/15
1229/19 1230/11 1230/16 1232/6 1232/6
1234/5 1235/16 1236/6 1238/14 1239/4
1239/4 1240/7 1243/10 1244/14 1245/6
1245/9 1246/14 1247/1 1247/8 1248/6
1248/10 1250/20 1250/23 1251/15
1252/24 1253/11 1255/4 1255/24
1256/13 1258/9 1260/15 1262/4 1262/17
1263/23 1264/12 1264/25 1266/2
1268/21 1268/21 1269/18 1269/23
1270/3 1271/13 1271/16 1271/17 1272/8
1272/24 1273/4 1275/5 1275/12 1275/22
1278/12 1278/21 1279/19 1280/8
1280/21 1283/20 1284/18 1285/1
1285/17 1287/6 1287/9 1288/6 1289/3
1290/3 1290/4 1291/24 1294/15 1295/12
1297/16 1299/2 1303/15 1303/17
1304/15 1305/22
The Honorable [1] 1243/2
their [40] 1144/22 1144/22 1147/12
1150/23 1151/21 1153/19 1157/3
1160/24 1163/13 1166/11 1172/4 1172/6
1175/2 1186/23 1187/19 1192/13
1193/10 1212/12 1213/5 1213/16
1226/10 1229/6 1229/18 1229/18 1230/2
1231/13 1231/14 1231/15 1232/2
1234/14 1239/24 1243/16 1248/20

1258/19 1260/11 1268/23 1274/12
1300/6 1306/3 1306/16
theirs [1] 1187/24
them [61] 1137/11 1139/4 1161/11
1162/11 1162/11 1162/18 1164/1 1165/3
1166/2 1166/18 1172/6 1175/8 1175/9
1177/8 1186/21 1191/18 1192/12
1198/21 1198/24 1206/21 1221/13
1225/8 1225/15 1226/17 1226/18
1229/20 1232/19 1234/6 1236/3 1250/20
1250/22 1250/23 1251/4 1251/4 1251/5
1251/13 1252/1 1252/2 1252/3 1252/3
1253/3 1255/16 1255/16 1255/22
1259/21 1271/2 1277/12 1277/23
1278/10 1280/3 1285/20 1287/8 1287/15
1293/19 1293/25 1293/25 1298/2
1298/13 1299/20 1299/21 1301/7
themselves [1] 1225/12
then [63] 1145/5 1147/3 1152/20 1153/3
1153/18 1153/20 1161/13 1164/23
1166/8 1168/8 1169/24 1170/18 1171/9
1174/11 1177/18 1177/19 1180/25
1184/18 1185/3 1187/21 1187/24
1192/25 1193/2 1199/1 1202/1 1202/16
1202/23 1202/25 1204/15 1205/11
1207/19 1208/23 1209/4 1221/10
1222/13 1222/18 1225/11 1226/9
1226/15 1238/25 1239/1 1239/17
1239/21 1240/8 1244/16 1249/16
1250/22 1252/20 1253/19 1255/3 1260/1
1267/13 1272/12 1275/4 1278/20
1278/21 1279/10 1279/19 1283/23
1287/8 1292/13 1297/18 1306/6
there [124] 1137/10 1137/11 1142/2
1143/11 1145/11 1145/19 1151/7
1154/18 1154/23 1155/11 1155/14
1156/12 1159/4 1161/20 1164/19
1166/24 1168/1 1168/24 1170/13 1172/8
1173/9 1173/12 1175/3 1175/5 1175/20
1176/5 1176/13 1177/13 1177/19
1180/21 1181/2 1181/18 1183/24 1190/7
1190/3 1191/3 1191/21 1194/12 1194/14
1194/18 1196/11 1197/22 1197/23
1197/25 1198/7 1199/1 1199/4 1201/5
1201/9 1201/18 1201/19 1202/7 1204/1
1204/9 1205/22 1206/15 1207/3 1207/16
1209/3 1209/11 1209/18 1209/21
1209/21 1210/19 1210/20 1211/12
1214/8 1214/10 1214/15 1214/19
1215/19 1218/15 1220/1 1221/7 1221/21
1222/16 1225/1 1225/3 1225/8 1226/16
1226/17 1227/11 1228/18 1229/11
1231/6 1232/15 1233/22 1238/5 1239/23
1240/14 1248/17 1250/18 1251/23
1251/23 1256/8 1256/18 1256/18
1259/23 1260/7 1264/11 1265/3 1265/4
1267/9 1267/9 1269/3 1269/5 1269/9
1270/13 1272/18 1274/13 1274/24
1275/18 1277/25 1281/15 1282/9
1282/22 1282/25 1286/3 1293/7 1293/14
1294/1 1296/19 1304/8 1306/25
there's [44] 1139/4 1155/6 1155/9
1155/10 1162/24 1164/20 1164/23
1181/11 1185/15 1186/10 1190/3
1191/13 1193/6 1195/6 1209/20 1209/22
1211/11 1211/11 1217/18 1219/6
1220/11 1220/12 1220/13 1220/19
1223/7 1233/4 1235/7 1236/23 1238/8
1238/10 1239/21 1240/18 1240/19
1246/9 1249/11 1249/21 1253/25 1258/2
1272/15 1284/25 1285/2 1300/20
1302/13 1305/19
thereafter [1] 1185/14

therefore [4] 1205/17 1213/11 1236/22
1241/25
thereto [1] 1299/15
these [65] 1139/3 1139/3 1147/23
1153/15 1156/23 1160/11 1174/24
1175/14 1176/21 1177/6 1180/17 1183/9
1185/10 1186/21 1186/22 1189/3 1190/6
1198/14 1198/21 1202/8 1204/13
1205/23 1206/21 1206/23 1206/25
1214/19 1219/11 1220/6 1220/20
1221/15 1224/24 1225/23 1227/22
1230/5 1230/6 1231/18 1235/6 1237/24
1240/6 1248/3 1250/1 1250/3 1250/9
1251/12 1252/14 1252/16 1253/7 1254/4
1254/6 1255/14 1256/2 1259/5 1271/10
1274/17 1274/22 1277/1 1280/5 1293/16
1295/7 1295/7 1295/17 1295/18 1295/22
1296/3 1296/14
they [165] 1154/6 1154/15 1155/8
1155/9 1155/17 1155/25 1156/1 1156/2
1156/4 1160/14 1160/22 1160/24 1161/9
1161/10 1161/11 1161/19 1161/19
1161/19 1161/20 1161/20 1161/21
1161/25 1162/2 1162/22 1162/22
1162/24 1167/11 1169/13 1169/14
1171/23 1172/5 1172/12 1172/16
1172/16 1172/17 1172/20 1174/9
1174/20 1175/2 1176/2 1176/12 1178/24
1179/17 1185/12 1186/22 1190/24
1191/1 1191/2 1192/5 1195/7 1201/3
1202/4 1202/6 1204/20 1207/20 1212/13
1212/17 1212/23 1213/13 1213/15
1213/16 1215/18 1216/6 1219/20
1219/21 1219/24 1219/25 1221/12
1224/23 1225/10 1225/22 1226/9
1226/16 1226/17 1229/18 1230/2 1230/3
1230/8 1230/14 1231/13 1231/17
1231/17 1231/18 1231/21 1231/22
1231/22 1232/18 1232/21 1232/25
1234/24 1234/25 1235/2 1237/6 1239/2
1247/12 1250/11 1250/12 1250/13
1250/19 1251/3 1251/13 1251/14
1251/21 1252/24 1253/1 1253/4 1254/21
1254/22 1254/22 1256/6 1256/10 1258/3
1258/4 1260/12 1261/4 1261/8 1261/9
1261/16 1271/2 1271/23 1277/2 1277/2
1277/25 1280/3 1280/4 1280/4 1280/12
1281/7 1281/8 1281/10 1281/19 1281/19
1283/3 1283/10 1284/10 1285/20
1285/24 1286/10 1286/11 1286/16
1286/20 1287/1 1287/3 1287/4 1290/16
1293/19 1296/5 1296/6 1296/7 1296/15
1296/15 1296/22 1297/7 1298/3 1298/4
1298/7 1298/8 1298/14 1299/6 1301/20
1303/15 1304/1 1304/22 1304/24
1306/14
they're [8] 1147/14 1199/1 1249/12
1250/10 1261/6 1272/16 1287/11 1298/6
They've [1] 1286/11
thing [23] 1137/5 1138/7 1148/2 1162/5
1164/20 1166/25 1167/7 1168/9 1169/20
1174/18 1177/4 1182/6 1186/24 1204/23
1222/10 1229/11 1234/1 1242/1 1253/9
1254/23 1256/17 1259/9 1290/9
things [54] 1143/16 1146/23 1147/2
1148/11 1148/12 1152/19 1153/11
1153/21 1154/3 1155/8 1156/9 1156/12
1164/4 1165/3 1165/11 1165/21 1166/6
1166/24 1167/10 1170/3 1172/7 1175/14
1176/25 1184/18 1186/9 1189/4 1189/7
1192/25 1193/2 1194/7 1194/18 1197/25
1198/8 1198/23 1199/2 1201/21 1206/23
1210/1 1211/4 1237/4 1238/8 1239/1

things... [12]  1240/20 1243/9 1244/18
1247/11 1250/9 1255/19 1255/23 1256/3
1256/8 1257/8 1258/6 1301/3
think [101]  1137/23 1141/8 1141/19
1142/11 1143/11 1149/17 1151/8 1154/6
1155/2 1155/5 1156/7 1162/9 1162/12
1162/16 1163/16 1169/24 1172/16
1177/2 1178/18 1180/19 1182/8 1183/19
1186/9 1186/13 1186/16 1186/25
1191/19 1194/6 1198/14 1202/14
1208/17 1214/7 1218/13 1218/14
1218/19 1220/24 1222/14 1228/10
1228/11 1232/24 1243/11 1243/17
1244/24 1247/8 1249/14 1249/20 1250/1
1250/3 1252/11 1252/23 1253/1 1253/1
1253/12 1253/25 1254/18 1256/5
1256/13 1257/4 1257/19 1257/24 1258/9
1258/15 1259/7 1259/17 1259/20
1259/21 1261/8 1261/17 1264/18
1268/22 1269/15 1269/18 1271/11
1278/3 1278/16 1279/5 1279/6 1279/15
1279/16 1285/11 1286/10 1287/9
1287/10 1289/2 1290/3 1292/23 1293/15
1293/16 1295/21 1296/5 1296/6 1298/11
1301/20 1302/10 1302/13 1302/14
1303/5 1304/3 1304/4 1306/5 1306/6
thinking [5]  1142/24 1142/24 1229/6
1231/13 1231/16
third [9]  1133/12 1205/11 1220/10
1220/11 1221/10 1234/11 1241/23
1253/19 1297/4
third-party [1]  1234/11
this [310]
Thornhill [2]  1131/21 1131/22
those [129]  1140/7 1140/9 1140/10
1145/2 1145/3 1150/5 1152/18 1152/22
1153/21 1154/3 1154/12 1155/16
1156/25 1160/8 1161/21 1162/10
1162/15 1162/20 1163/13 1164/1
1165/11 1166/6 1167/13 1167/16
1167/18 1179/5 1184/17 1185/2 1185/3
1190/10 1190/16 1192/5 1192/9 1192/15
1193/3 1193/24 1198/9 1198/19 1198/23
1199/3 1202/3 1202/3 1205/25 1206/1
1206/22 1207/7 1213/13 1214/15
1214/17 1214/21 1221/19 1223/11
1223/15 1223/18 1223/20 1223/22
1223/25 1224/25 1225/14 1225/20
1227/7 1229/21 1231/20 1232/16
1232/19 1232/23 1233/1 1234/3 1234/20
1234/23 1234/24 1235/20 1236/7
1236/10 1236/11 1237/9 1237/15
1237/22 1238/23 1239/1 1239/3 1244/21
1244/25 1247/11 1248/24 1250/19
1255/16 1255/22 1256/4 1261/12
1261/21 1269/6 1272/12 1273/6 1275/23
1277/3 1277/9 1277/17 1280/2 1280/12
1283/4 1283/5 1284/4 1284/4 1284/5
1285/23 1285/25 1286/14 1286/18
1286/25 1287/14 1287/12 1287/14 1297/6
1298/12 1299/7 1299/21 1300/2 1300/18
1301/6 1301/13 1301/16 1301/19 1302/5
1302/8 1303/13 1304/20 1304/21
1304/25
though [1]  1250/15
thought [11]  1184/1 1221/25 1229/18
1254/5 1255/10 1270/4 1280/6 1286/20
1292/4 1296/13 1303/25
thousands [1]  1196/24
three [22]  1139/4 1140/6 1140/7 1152/15
1162/13 1172/17 1173/19 1198/10

1203/23 1204/9 1205/23 1206/22 1220/9
1220/25 1251/4 1253/23 1255/4 1256/4
1256/25 1276/7 1285/23 1293/13
through [42]  1137/23 1147/13 1150/1
1159/16 1167/19 1178/1 1180/16
1182/21 1182/23 1183/9 1184/16 1194/9
1197/2 1205/16 1206/5 1206/5 1207/20
1222/23 1223/5 1236/3 1241/19 1243/13
1244/22 1244/25 1252/18 1253/23
1256/23 1256/25 1261/5 1269/9 1271/11
1274/22 1285/18 1290/19 1290/24
1292/1 1293/15 1293/23 1294/3 1297/3
1297/3 1297/5
throughout [2]  1159/20 1301/15
thumb [5]  1242/2 1242/5 1287/14 1305/1
1305/12
Thunder [1]  1180/2
Thunder Horse [1]  1180/2
Thursday [7]  1243/22 1245/4 1247/13
1292/14 1293/2 1295/25 1296/9
tie [1]  1151/19
till [1]  1292/5
time [54]  1138/22 1148/21 1149/15
1150/25 1151/21 1156/5 1156/16 1157/5
1161/16 1165/8 1167/14 1167/24 1168/5
1168/24 1169/17 1171/8 1173/2 1174/19
1178/17 1182/20 1184/10 1185/4
1187/21 1189/17 1197/18 1198/5 1199/8
1199/10 1200/2 1209/15 1212/15
1214/11 1214/19 1215/17 1215/25
1216/8 1220/13 1222/24 1222/24 1223/4
1223/7 1226/13 1237/8 1237/12 1249/20
1255/21 1258/5 1258/5 1259/22 1260/2
1260/4 1276/11 1299/13 1303/12
times [1]  1202/7
timing [3]  1255/18 1255/23 1272/17
titled [1]  1306/4
title [3]  1183/23 1283/23 1283/24
titled [1]  1184/9
TO's [1]  1290/6
today [37]  1138/12 1144/17 1151/19
1171/25 1176/5 1181/23 1188/22
1192/14 1202/23 1236/11 1241/16
1243/13 1243/22 1243/24 1247/12
1255/14 1255/17 1255/21 1261/6
1268/15 1271/24 1272/19 1275/10
1285/9 1285/10 1285/15 1285/24 1287/7
1289/24 1290/2 1290/14 1290/17 1292/9
1292/12 1292/15 1292/24 1301/10
together [14]  1145/3 1156/24 1166/6
1166/17 1168/7 1169/21 1173/21
1197/15 1213/19 1231/13 1231/16
1232/24 1233/4 1255/16
told [7]  1230/13 1230/15 1230/18
1230/23 1231/3 1238/10 1269/19
Tolles [1]  1134/12
TOM [1]  1131/22
tomorrow [9]  1138/12 1247/10 1247/15
1247/16 1260/11 1261/5 1261/10
1261/18 1303/6
tone [4]  1152/24 1153/1 1153/13 1154/4
Toni [5]  1135/18 1135/20 1307/8
1307/16 1307/16
tonight [1]  1298/15
Tony [1]  1143/18
too [9]  1142/16 1151/8 1160/23 1215/14
1228/10 1258/9 1274/4 1288/6 1300/18
took [10]  1168/5 1222/5 1224/21 1228/1
1228/23 1229/2 1237/3 1272/19 1272/20
1294/23
tool [1]  1174/6 1174/10
toolpusher [2]  1239/24 1240/5
tools [1]  1166/10

top [13]  1142/1 1142/15 1152/24 1153/1
1211/13 1222/13 1233/20 1251/9
topic [2]  1174/21 1176/24
topics [3]  1166/19 1167/2 1190/10
Torts [2]  1132/12 1132/22
total [2]  1191/20 1297/12
touched [4]  1152/20 1153/15 1183/19
1203/23
towards [2]  1161/16 1167/8
track [5]  1163/8 1202/25 1203/11
1204/16 1204/20
tracker [1]  1160/19
tracking [3]  1159/21 1159/22 1256/3
trained [2]  1174/12 1239/2
training [11]  1164/3 1164/13 1164/16
1166/9 1238/25 1240/10 1240/14
1240/17 1240/20 1240/20 1240/21
transcribed [1]  1287/4
transcribing [2]  1304/21 1304/25
transcript [7]  1130/14 1224/17 1252/24
1258/3 1280/7 1306/22 1307/11
transcription [1]  1135/25
transcripts [5]  1227/9 1277/1 1306/9
1306/14 1306/18
transfer [1]  1194/9
transferred [1]  1207/23
transition [5]  1160/25 1171/9 1174/4
1175/4 1176/2
transitioning [1]  1173/23
Transocean [34]  1134/5 1134/6 1134/7
1134/8 1134/9 1134/10 1134/12 1134/12
1134/13 1134/16 1134/16 1134/17
1134/19 1134/20 1134/21 1139/14
1149/16 1191/25 1192/2 1192/6 1192/11
1193/8 1194/9 1198/6 1223/21 1264/23
1266/24 1267/7 1282/4 1291/14 1299/4
1302/19 1303/1 1306/7
Transocean's [5]  1186/7 1188/5 1192/8
1285/7 1290/13
transpired [1]  1230/25
trapped [1]  1230/19
traveled [2]  1207/19 1207/20
treat [1]  1169/23
treatment [5]  1158/1 1177/10 1180/19
1184/5 1185/22
treats [1]  1169/22
tree [2]  1213/18 1213/23
trees [1]  1189/4
trends [4]  1155/5 1155/7 1183/21
1183/21
TREX [24]  1139/5 1139/5 1139/5 1140/8
1140/8 1140/8 1170/7 1179/7 1182/2
1183/11 1194/23 1235/22 1242/4 1251/6
1254/16 1254/18 1254/25 1259/9
1259/11 1259/15 1278/7 1278/8 1278/9
1296/19
TREX-01241 [1]  1140/8
TREX-04411 [1]  1140/8
TREX-12 [3]  1259/9 1259/11 1259/15
TREX-120 [1]  1296/19
TREX-1734 [1]  1182/2
TREX-22881 [1]  1254/18
TREX-2360 [1]  1235/22
TREX-282 [1]  1139/5
TREX-283 [1]  1139/5
TREX-2903 [1]  1179/7
TREX-4160 [1]  1139/5
TREX-45002.55.1 [1]  1183/11
TREX-45008 [1]  1170/7
TREX-47647 [1]  1242/4
TREX-51165 [1]  1140/8
TREX-7346 [1]  1254/25

**T**

TREX-91382 [1] 1194/23
trial [16] 1130/14 1189/19 1241/17
1243/8 1243/10 1247/16 1253/21
1270/18 1271/8 1271/12 1272/12
1274/23 1274/25 1292/21 1304/20
1306/15
tried [5] 1186/25 1189/2 1193/21
1224/10 1293/19
TRITON [1] 1130/8
true [3] 1143/2 1279/19 1307/10
truly [1] 1144/19
try [19] 1146/23 1151/13 1180/20
1187/25 1197/3 1224/11 1225/8 1225/11
1225/12 1227/4 1235/24 1243/12
1243/24 1244/6 1253/23 1255/21
1256/12 1261/9 1261/15
trying [14] 1137/25 1147/24 1151/15
1153/6 1165/13 1186/9 1194/7 1196/4
1196/24 1220/25 1253/11 1278/4
1279/22 1290/4
Tuesday [8] 1243/19 1243/21 1243/22
1243/24 1244/17 1292/9 1292/15
1292/18
turn [5] 1147/12 1200/7 1212/4 1232/8
1261/3
turned [4] 1217/3 1217/5 1220/20 1236/4
Tusa [5] 1135/18 1135/20 1307/8
1307/16 1307/16
twice [2] 1148/18 1303/9
two [37] 1152/15 1154/7 1166/6 1172/2
1172/9 1172/17 1206/22 1219/6 1225/6
1226/3 1227/11 1240/14 1248/24 1251/8
1251/10 1252/12 1256/19 1257/4 1257/7
1257/8 1257/15 1259/10 1260/25
1275/18 1277/9 1277/17 1280/10
1282/22 1282/25 1283/4 1283/10
1293/12 1297/9 1298/22 1301/3 1302/9
1305/21
two-page [1] 1302/9
type [5] 1142/23 1144/21 1152/10
1157/24 1219/7
types [2] 1166/24 1221/16
typewritten [1] 1226/18
typically [2] 1165/8 1178/16

**U**

U.S [5] 1132/11 1132/15 1132/21 1133/2
1298/3
ultimate [1] 1172/19
ultimately [5] 1191/2 1192/11 1194/7
1209/11 1212/14
uncontrolled [1] 1179/22
uncovered [1] 1147/15
under [23] 1142/2 1146/23 1158/15
1169/13 1173/14 1177/14 1178/5
1178/12 1178/13 1181/13 1182/16
1183/12 1186/19 1191/22 1200/10
1201/24 1205/15 1223/8 1233/11
1234/16 1250/1 1250/4 1274/3
UNDERHILL [7] 1132/12 1137/23
1137/24 1223/13 1224/5 1224/18
1228/15
Underhill's [1] 1214/8
underlying [3] 1172/6 1252/22 1298/5
underneath [1] 1145/11
understand [23] 1137/25 1142/18
1174/25 1178/17 1183/13 1190/8
1192/12 1194/7 1194/10 1196/24 1199/2
1226/8 1253/5 1258/1 1260/11 1261/1
1261/2 1270/8 1270/23 1272/4 1279/6
1279/24 1280/6

understanding [24] 1144/3 1144/8
1145/7 1148/25 1150/25 1152/6 1152/7
1172/22 1187/17 1192/21 1194/11
1202/6 1211/23 1220/7 1220/8 1222/4
1227/7 1227/25 1231/15 1270/19
1270/22 1295/1 1301/6 1307/12
understands [2] 1177/15 1189/2
understood [7] 1153/7 1204/9 1228/4
1228/6 1239/2 1254/2 1255/5
undertook [1] 1143/8
undo [4] 1253/7 1260/20 1260/22
1260/23
unfavorable [1] 1183/21
unfortunately [1] 1241/14
uniforms [1] 1151/21
unit [15] 1157/9 1160/5 1160/6 1160/8
1161/10 1163/11 1171/16 1172/11
1172/16 1173/12 1173/18 1173/20
1178/23 1179/10 1187/10
UNITED [8] 1130/1 1130/10 1130/15
1132/11 1132/15 1132/21 1133/2 1307/9
units [6] 1160/21 1161/9 1172/6 1180/4
1182/18 1183/4
unless [3] 1186/22 1218/16 1268/1
until [7] 1144/16 1171/20 1194/16
1235/4 1242/6 1242/8 1292/23
up [90] 1138/9 1148/11 1153/23 1156/25
1158/1 1161/21 1170/6 1174/23 1178/18
1179/7 1182/2 1184/5 1185/22 1186/13
1189/11 1190/21 1191/5 1194/23
1195/15 1197/7 1198/25 1199/6 1203/6
1204/16 1204/20 1204/21 1204/23
1205/16 1205/18 1206/10 1207/4
1207/17 1207/20 1207/22 1208/18
1209/3 1209/9 1209/17 1209/24 1210/5
1210/7 1210/13 1210/14 1210/22
1210/23 1211/12 1211/13 1217/16
1224/3 1225/1 1227/4 1230/17 1230/20
1235/2 1235/23 1235/25 1243/3 1245/11
1247/11 1250/11 1250/18 1251/2 1251/4
1251/5 1252/10 1253/12 1253/18 1254/9
1254/10 1254/10 1258/4 1258/24 1259/2
1260/7 1260/8 1262/10 1267/11 1271/9
1274/24 1276/6 1276/14 1277/25
1283/14 1285/17 1289/10 1289/20
1291/16 1291/18 1304/6 1306/14
update [2] 1177/20 1237/25
updates [1] 1235/7
upon [4] 1139/22 1152/20 1227/7
1300/16
upper [1] 1283/10
upstream [1] 1233/24
us [61] 1149/25 1150/2 1152/13 1153/11
1155/18 1156/21 1161/6 1161/23 1162/5
1163/18 1164/16 1165/25 1166/15
1167/6 1171/22 1174/15 1176/17
1176/21 1177/23 1181/4 1183/18
1184/11 1192/21 1197/5 1197/19
1198/20 1203/16 1206/22 1207/7
1210/25 1213/15 1214/17 1218/7 1223/4
1227/25 1229/1 1229/22 1230/21
1231/15 1233/8 1236/25 1237/24
1238/10 1238/20 1240/12 1241/1
1244/20 1245/5 1247/5 1247/24 1254/13
1255/1 1255/3 1256/8 1258/9 1278/1
1278/19 1283/3 1292/17 1293/5 1306/18
USA [1] 1299/14
use [24] 1138/11 1156/22 1165/11
1166/17 1171/19 1181/19 1183/15
1189/3 1189/4 1203/7 1244/3 1244/9
1244/11 1252/1 1252/9 1257/20 1272/5
1276/16 1277/22 1277/23 1278/13
1278/19 1280/17 1298/17

used [53] 1139/19 1140/7 1145/22
1145/24 1150/17 1157/6 1158/1
1183/12 1222/10 1222/15 1227/17
1245/8 1246/8 1247/2 1247/24 1248/4
1248/6 1250/19 1251/14 1261/9 1261/19
1262/8 1265/8 1270/10 1272/25 1272/25
1273/1 1273/24 1274/10 1277/2 1277/16
1280/18 1280/25 1281/3 1283/13 1286/6
1286/11 1288/5 1292/7 1292/11 1292/25
1293/23 1294/11 1294/12 1294/14
1294/19 1295/17 1295/18 1297/14
1297/16 1298/3 1301/11 1301/14
useful [1] 1260/24
using [11] 1135/24 1150/18 1165/8
1174/6 1174/10 1215/6 1243/16 1260/12
1266/24 1280/15 1280/16
utilize [1] 1164/1
utilized [1] 1190/7
utilizing [1] 1227/12

**V**

valuable [1] 1152/11
values [1] 1166/6
valve [1] 1230/20
valving [1] 1239/19
variable [3] 1222/8 1222/15 1222/20
variety [4] 1166/1 1190/4 1191/11
1197/24
various [10] 1165/16 1167/13 1177/6
1178/1 1180/25 1190/15 1202/3 1214/8
1214/10 1223/20
VBR [2] 1222/8 1222/19
velocities [1] 1210/1
verbatim [3] 1173/25 1227/9 1284/5
verdict [1] 1306/11
verify [2] 1189/15 1281/10
version [8] 1141/20 1146/12 1167/25
1179/5 1283/13 1283/14 1283/15
1283/18
versions [1] 1147/23
versus [3] 1150/17 1161/14 1259/20
very [25] 1137/6 1138/15 1138/16
1140/16 1141/12 1143/13 1147/17
1149/12 1164/21 1175/23 1187/24
1187/24 1188/15 1194/21 1195/16
1211/13 1213/4 1227/2 1237/1 1237/1
1242/9 1243/10 1260/24 1278/12
1283/23
vetted [1] 1174/24
vice [3] 1153/4 1171/12 1171/14
video [23] 1137/10 1137/22 1138/1
1138/1 1195/11 1195/18 1195/20
1195/24 1196/2 1196/13 1196/16
1208/12 1242/2 1286/9 1286/22 1287/2
1304/19 1305/1 1305/5 1305/5 1305/7
1305/10 1305/12
videos [2] 1286/7 1305/24
Vidrine [8] 1144/22 1219/19 1224/22
1228/2 1229/3 1230/7 1230/13 1231/19
view [20] 1156/11 1162/14 1164/8
1175/1 1187/18 1202/19 1207/18 1209/9
1210/22 1210/24 1212/8 1212/16
1212/20 1213/5 1213/9 1213/16 1218/11
1222/14 1231/23 1240/3
views [2] 1145/3 1190/13
Virginia [2] 1131/10 1131/10
visible [3] 1157/1 1216/7 1219/4
VON [1] 1135/12

**W**

wait [10] 1138/19 1211/9 1242/6 1267/23
1267/23 1291/12 1291/12 1292/5
1292/23 1293/1

Case 2:10-md-02179-CJB-DPC   Document 15278   Filed 09/14/15   Page 209 of 210

waive [1]  1299/21
walk [2]  1150/1 1236/3
walked [2]  1197/2 1223/5
Walker [1]  1131/9
walking [1]  1222/23
WALTER [1]  1131/12
Walther [1]  1134/22
want [67]  1138/17 1142/19 1142/20
1148/14 1149/1 1161/1 1161/2 1167/21
1172/8 1173/5 1181/6 1181/6 1185/16
1202/20 1214/5 1216/14 1224/8 1232/8
1236/3 1244/6 1244/22 1248/12 1249/5
1250/17 1250/17 1253/20 1254/19
1254/20 1254/22 1254/25 1256/14
1260/23 1269/20 1269/23 1271/13
1271/25 1272/1 1272/7 1272/15 1275/5
1280/22 1281/6 1281/10 1281/13
1281/18 1283/14 1292/14 1293/3 1293/5
1294/21 1296/25 1297/1 1298/19
1299/25 1302/4 1302/12 1302/20
1302/24 1302/25 1303/4 1303/21
1304/12 1305/16 1305/20 1305/24
1306/18 1306/19
wanted [11]  1199/6 1199/20 1213/16
1225/6 1250/16 1250/18 1250/19
1251/12 1255/9 1256/6 1269/23
wants [4]  1258/9 1270/20 1270/23
1306/4
was [345]
Washington [4]  1132/20 1132/25 1133/6
1134/4
wasn't [15]  1137/14 1139/21 1143/15
1144/14 1170/4 1218/15 1226/7 1226/14
1231/1 1276/8 1277/18 1277/20 1281/11
1281/13 1294/11
watched [1]  1231/3
Watts [2]  1131/15 1131/15
way [37]  1142/23 1145/22 1147/24
1156/25 1161/21 1162/15 1169/20
1174/23 1175/13 1176/9 1178/7 1186/1
1193/21 1197/21 1201/24 1203/19
1207/19 1207/20 1211/13 1225/10
1226/7 1226/8 1228/6 1234/16 1235/24
1245/2 1251/20 1253/9 1254/5 1255/19
1256/23 1259/20 1269/8 1271/8 1271/16
1274/23 1302/7
ways [3]  1145/19 1157/24 1166/1
we [467]
we'll [10]  1186/11 1190/16 1218/10
1241/20 1242/11 1246/23 1261/15
1273/6 1297/7 1298/9
we're [9]  1182/1 1186/16 1243/24
1250/14 1253/11 1265/1 1275/22
1277/18 1292/3
we've [9]  1145/10 1155/15 1157/9
1163/21 1167/21 1241/3 1241/4 1243/11
1302/6
wear [2]  1151/19 1151/22
Weatherbee [2]  1146/6 1146/7
Wednesday [6]  1243/20 1243/21
1243/23 1243/25 1292/10 1292/15
week [20]  1164/21 1164/25 1165/14
1165/15 1166/17 1241/19 1241/22
1243/10 1243/13 1243/20 1260/21
1261/20 1292/13 1292/14 1292/23
1294/1 1297/8 1303/20 1306/5 1307/1
week's [1]  1303/2
weekend [1]  1242/11
weeks [1]  1303/2
weigh [1]  1247/18
weight [2]  1209/4 1230/9

well [117]  1138/16 1143/3 1143/18
1149/4 1156/21 1156/24 1156/24
1157/17 1157/18 1161/22 1162/6 1163/4
1168/6 1168/19 1172/19 1174/25 1175/7
1177/6 1178/21 1179/23 1179/24
1180/11 1182/24 1184/24 1187/18
1189/1 1190/7 1190/8 1191/7 1194/17
1194/20 1198/6 1199/4 1201/18 1201/19
1201/22 1203/16 1206/6 1206/25 1209/6
1209/12 1212/14 1213/9 1214/6 1215/11
1215/20 1217/7 1217/17 1217/17
1217/20 1218/16 1219/8 1219/9 1219/18
1219/25 1220/3 1221/9 1221/19 1221/22
1222/3 1222/5 1222/17 1223/12 1226/7
1229/10 1229/14 1229/23 1230/1
1231/17 1232/1 1234/9 1234/17 1238/2
1238/3 1238/12 1239/4 1239/20 1240/10
1240/15 1240/17 1240/23 1241/12
1241/14 1242/9 1244/20 1245/1 1249/24
1251/23 1254/3 1255/5 1257/21 1260/1
1270/2 1272/4 1273/3 1274/12 1275/4
1278/12 1278/15 1279/1 1279/21
1285/12 1288/8 1293/3 1293/10 1295/17
1296/10 1296/24 1297/4 1299/8 1299/23
1299/24 1302/6 1302/23 1303/25
1305/23
well's [3]  1212/11 1213/19 1213/22
well-site [6]  1219/8 1219/9 1219/18
1219/25 1220/3 1232/1
wellbore [4]  1207/23 1210/23 1211/6
1212/1
wells [5]  1149/9 1234/15 1237/2 1237/3
1240/2
went [16]  1160/14 1160/15 1167/19
1169/7 1197/25 1203/19 1204/15
1205/17 1206/5 1224/18 1227/23
1231/21 1241/6 1247/22 1284/16
1296/13
were [160]  1137/10 1139/18 1147/23
1147/24 1150/9 1150/25 1151/1 1151/5
1151/5 1152/2 1152/3 1152/5 1152/6
1152/14 1152/23 1156/8 1156/8 1156/10
1156/12 1156/13 1157/12 1159/10
1160/5 1161/3 1164/5 1164/14 1168/21
1169/12 1169/14 1171/5 1172/12 1178/2
1178/21 1179/15 1180/8 1180/16
1181/23 1182/23 1184/18 1185/18
1188/14 1189/17 1190/1 1190/10
1190/15 1190/24 1191/1 1191/2 1192/9
1192/14 1194/12 1197/17 1197/22
1197/23 1197/23 1197/25 1198/3 1198/3
1198/4 1198/5 1198/5 1198/7 1198/7
1198/8 1198/8 1198/9 1198/20 1199/7
1199/19 1199/22 1201/18 1201/19
1202/7 1202/8 1202/15 1202/20 1203/16
1204/9 1205/23 1206/14 1207/7 1208/16
1211/18 1212/8 1214/8 1214/10 1214/10
1214/15 1214/18 1214/19 1214/20
1215/18 1217/3 1219/24 1221/7 1223/20
1223/23 1224/21 1226/1 1227/11
1227/23 1228/18 1228/23 1230/4
1230/10 1230/22 1231/21 1232/15
1232/19 1232/21 1233/18 1233/18
1236/2 1236/11 1236/21 1237/9 1238/8
1240/14 1243/1 1244/18 1244/18 1245/3
1247/12 1248/3 1249/22 1250/9 1250/12
1250/19 1251/14 1252/16 1254/6
1255/10 1257/4 1269/19 1269/20
1269/24 1277/10 1280/2 1280/5 1280/11
1280/12 1283/3 1283/10 1284/4 1284/5
1284/6 1285/23 1285/24 1286/7 1287/1
1293/6 1293/7 1295/7 1295/18 1296/14
1296/15 1297/19 1299/5 1301/20

1305/24
1306/3 1306/18 1306/21 1307/25
1220/1 1250/12 1250/13 1255/10 1298/7
what [232]
what's [16]  1142/25 1162/1 1174/15
1183/1 1201/12 1208/9 1209/2 1220/10
1231/12 1247/7 1254/21 1255/12
1271/17 1283/16 1287/14 1300/15
whatever [9]  1142/20 1151/14 1161/15
1174/21 1225/20 1272/1 1279/10
1280/25 1298/16
wheel [2]  1166/5 1177/1
when [58]  1150/12 1151/5 1151/17
1152/2 1154/6 1155/24 1156/2 1158/25
1160/5 1160/15 1171/10 1171/23
1172/12 1176/5 1182/16 1186/10
1190/11 1202/7 1204/13 1206/14
1208/17 1209/8 1210/16 1211/4 1211/10
1212/13 1215/25 1217/2 1217/15
1217/17 1217/19 1222/21 1228/8
1228/15 1232/20 1242/7 1243/13
1244/23 1251/12 1253/20 1255/3 1257/9
1259/20 1270/4 1275/5 1276/16 1287/10
1292/14 1292/24 1295/13 1301/10
1301/13 1303/13 1303/25 1304/19
1304/22 1304/24 1306/20
where [36]  1143/25 1153/5 1162/19
1168/25 1175/14 1184/19 1185/24
1186/3 1198/22 1200/14 1201/8 1202/15
1206/4 1206/14 1214/19 1215/6 1215/18
1219/7 1220/12 1220/19 1221/21 1222/5
1222/21 1223/4 1223/5 1226/17 1230/4
1248/6 1249/12 1250/23 1251/15
1253/23 1255/24 1259/9 1260/8 1301/19
whether [33]  1152/24 1173/2 1173/11
1179/16 1179/17 1181/18 1183/3
1185/16 1185/19 1211/20 1212/2 1213/1
1213/2 1213/17 1213/22 1221/12
1224/17 1226/1 1228/18 1230/8 1230/18
1231/1 1236/11 1245/3 1246/22 1254/14
1255/2 1261/15 1274/17 1276/9 1277/16
1290/1 1292/16
which [47]  1137/14 1144/9 1144/16
1148/8 1153/16 1153/25 1156/11
1156/25 1157/2 1160/11 1164/3 1164/20
1171/5 1171/21 1172/5 1177/21 1184/9
1185/2 1186/19 1193/1 1199/23 1201/3
1202/17 1203/20 1203/21 1206/2
1208/12 1212/6 1215/20 1222/13 1223/8
1233/17 1234/8 1241/23 1243/25 1244/3
1247/25 1264/19 1274/10 1275/20
1278/6 1279/9 1297/10 1297/13 1297/14
1300/7 1306/7
while [4]  1149/9 1276/6 1276/16 1277/25
Whiteley [1]  1133/15
who [37]  1137/19 1145/14 1145/15
1146/5 1160/18 1162/13 1165/17 1168/2
1168/3 1174/12 1181/3 1189/25 1198/3
1198/5 1212/24 1213/1 1218/7 1219/3
1219/5 1219/24 1220/1 1223/20 1229/22
1229/24 1231/12 1231/12 1241/1
1243/15 1252/14 1252/15 1256/6
1256/12 1285/7 1286/14 1291/22
1305/14 1306/10
Who's [1]  1282/20
Whoever [1]  1256/9
whole [7]  1167/12 1189/7 1196/6
1196/22 1238/8 1252/2 1254/23
whose [2]  1187/12 1291/22
why [39]  1144/12 1144/15 1144/21
1144/23 1147/23 1148/5 1148/7 1151/12
1152/5 1155/3 1155/4 1163/1 1166/3
1166/3 1166/3 1169/15 1171/22 1175/6

**W**

why... [21]  1187/17 1188/25 1193/4
1193/4 1193/4 1193/23 1193/23 1196/4
1198/20 1201/12 1202/4 1203/17 1207/7
1207/12 1222/2 1242/7 1251/16 1257/20
1275/13 1293/12 1303/15
why-why-why [1]  1193/4
will [100]  1138/12 1138/25 1141/13
1148/15 1148/19 1149/1 1149/22
1161/12 1161/19 1161/20 1161/22
1161/25 1163/4 1165/11 1166/16 1170/5
1171/11 1171/19 1172/21 1173/11
1174/19 1174/20 1175/9 1175/9 1178/8
1178/9 1179/9 1179/18 1182/13 1185/4
1193/5 1203/12 1206/11 1221/1 1224/17
1229/17 1232/22 1241/16 1241/18
1241/21 1242/22 1242/3 1243/13
1243/22 1247/12 1247/25 1248/24
1249/2 1252/1 1252/21 1252/22 1253/10
1254/7 1254/10 1255/11 1256/16
1256/21 1259/19 1260/10 1261/12
1261/14 1261/16 1262/6 1264/15 1265/3
1268/16 1269/6 1272/18 1273/16
1274/25 1276/17 1280/8 1281/4 1281/20
1283/13 1283/17 1284/3 1284/19
1285/16 1285/25 1286/18 1288/11
1295/14 1295/15 1296/9 1298/25 1299/1
1299/7 1300/7 1300/8 1301/6 1301/6
1303/1 1303/3 1303/10 1303/21 1304/2
1304/3 1304/6 1304/25
Williams [4]  1131/18 1131/19 1264/23
1302/19
Williamson [2]  1132/5 1132/6
WINFIELD [2]  1133/9 1140/12
wiped [1]  1272/21
withdrawing [1]  1306/21
within [9]  1153/13 1153/20 1157/14
1163/20 1177/8 1185/2 1239/17 1240/18
1279/4
without [8]  1139/11 1140/4 1140/9
1181/2 1181/5 1188/12 1194/22 1277/5
witness [19]  1139/6 1148/19 1216/20
1228/12 1252/4 1252/7 1253/14 1254/6
1257/10 1260/3 1261/16 1261/17
1272/24 1276/15 1281/3 1292/16
1306/13 1306/20 1306/24
witness's [5]  1228/4 1252/7 1252/14
1258/5 1271/19
witnesses [6]  1191/14 1192/5 1251/10
1306/9 1306/10 1306/13
Wittmann [2]  1134/22 1134/23
women [1]  1151/21
won't [4]  1154/9 1167/12 1191/22 1196/7
word [1]  1224/14
words [1]  1181/8
work [35]  1145/15 1146/9 1166/11
1175/15 1185/25 1186/1 1187/21
1187/22 1190/10 1191/3 1196/17
1196/23 1197/17 1198/4 1198/22
1198/25 1220/7 1224/23 1226/23
1231/12 1232/20 1234/6 1234/16
1234/21 1241/7 1241/7 1241/10 1243/4
1243/12 1252/6 1261/5 1261/10 1261/10
1269/10 1276/20
worked [3]  1168/2 1168/4 1203/20
workforce [1]  1177/14
working [7]  1146/7 1147/13 1226/24
1233/4 1234/8 1247/14 1260/11
works [2]  1151/13 1178/8
world [4]  1149/9 1187/7 1241/5 1241/5
worn [1]  1210/18
worst [3]  1141/7 1142/10 1144/7

worst-case [2]  1142/10 1144/7
would [59]  1139/18 1139/18 1140/6
1140/7 1140/19 1141/2 1141/2 1141/5
1142/5 1142/19 1142/19 1143/4 1144/4
1144/19 1144/21 1144/23 1146/23
1147/16 1148/5 1152/11 1152/22 1154/3
1155/19 1156/14 1157/5 1157/7 1157/8
1157/10 1157/11 1157/14 1159/5
1160/19 1161/16 1163/12 1163/14
1164/14 1165/20 1171/5 1172/6 1176/7
1176/9 1176/10 1176/12 1176/15
1178/12 1178/14 1178/15 1178/16
1178/18 1178/25 1178/25 1179/3 1179/4
1181/8 1182/2 1183/24 1183/24 1183/25
1184/1 1185/3 1185/10 1192/5 1192/22
1192/24 1193/25 1194/2 1194/6 1195/14
1198/14 1199/8 1201/20 1201/20
1204/21 1204/23 1206/8 1206/25
1207/16 1207/16 1210/1 1210/15
1210/18 1212/6 1212/14 1214/2 1214/3
1215/21 1215/22 1216/14 1216/19
1217/21 1217/22 1219/4 1219/5 1221/13
1221/15 1221/17 1225/1 1225/8 1225/20
1226/9 1226/9 1226/17 1229/21 1229/22
1230/1 1231/7 1231/11 1234/3 1235/20
1237/8 1238/23 1239/1 1239/19 1239/24
1240/3 1244/13 1244/23 1245/4 1246/21
1248/21 1248/23 1250/1 1250/4 1250/10
1251/3 1252/23 1256/7 1256/17 1257/21
1259/3 1259/7 1259/17 1260/6 1260/24
1260/25 1270/7 1271/7 1274/17 1277/15
1279/6 1279/9 1285/19 1290/16 1292/5
1292/17 1293/20 1295/12 1295/24
1296/8 1299/13 1302/4 1302/6 1302/8
1305/11 1305/23 1306/5 1306/8 1306/11
1306/14
wouldn't [6]  1145/24 1178/16 1179/2
1188/22 1210/1 1252/23
Wright [1]  1130/18
write [2]  1226/9 1304/6
writing [3]  1139/9 1226/15 1299/20
written [7]  1231/12 1236/21 1238/22
1277/24 1300/5 1300/6 1301/4
wrong [7]  1197/25 1222/1 1228/4 1228/5
1257/20 1285/17 1286/6
wrote [2]  1187/2 1225/22

**Y**

yeah [33]  1141/15 1145/22 1151/8
1152/15 1157/23 1159/7 1160/13
1161/19 1165/18 1174/24 1178/4
1181/25 1183/5 1183/25 1190/14
1191/18 1191/19 1194/14 1194/21
1197/1 1205/19 1205/22 1206/17
1209/20 1219/23 1221/3 1222/21
1224/23 1225/22 1228/21 1230/11
1236/21 1253/1
year [6]  1161/11 1161/12 1175/10
1185/14 1237/12 1299/19
years [10]  1150/2 1150/4 1150/5 1172/2
1172/9 1187/5 1187/12 1188/1 1188/3
1219/2
yellow [2]  1204/14 1207/3
yes [197]
yesterday [16]  1138/23 1138/24 1144/10
1169/3 1188/11 1202/23 1203/6 1208/4
1208/16 1248/10 1248/22 1285/10
1290/15 1292/25 1293/8 1293/24
yet [10]  1169/12 1247/3 1267/9 1267/10
1268/23 1274/11 1275/9 1283/5 1286/11
1286/17
Yoakum [1]  1132/6
York [2]  1301/2 1303/8

you [655]
you'd [5]  1140/23 1215/16 1255/19
1260/16 1264/9
you'll [11]  1153/8 1176/19 1204/20
you're [15]  1141/14 1143/6 1143/13
1146/19 1149/19 1204/13 1207/12
1209/17 1215/21 1217/19 1217/22
1260/6 1264/9 1289/25 1296/17
you've [2]  1248/15 1265/10
you-all [6]  1248/21 1252/12 1257/15
1298/14 1298/15 1304/19
YOUNG [1]  1133/5
your [304]
Your Honor [93]  1138/3 1138/7 1138/17
1139/7 1139/12 1140/6 1140/17 1143/20
1147/19 1148/17 1149/15 1149/17
1149/20 1199/12 1199/17 1204/3 1208/5
1218/23 1219/13 1224/13 1226/8 1228/3
1228/11 1235/12 1235/15 1241/13
1244/10 1246/10 1247/1 1247/6 1249/1
1249/4 1251/11 1255/1 1255/12 1256/17
1256/24 1257/23 1258/7 1258/12
1258/16 1261/7 1262/4 1262/9 1262/23
1264/6 1264/14 1265/5 1266/2 1266/20
1267/6 1267/16 1267/18 1268/21 1269/1
1270/25 1271/5 1272/3 1272/3 1274/3
1274/14 1277/12 1278/11 1279/3 1280/1
1282/3 1282/21 1284/18 1285/8 1286/3
1286/16 1286/20 1288/9 1289/8 1290/1
1290/3 1291/24 1292/2 1293/14 1294/13
1294/20 1295/6 1296/14 1296/20
1297/18 1299/7 1299/18 1301/2 1302/1
1302/18 1303/17 1304/6 1306/23
yours [1]  1219/9
yourself [2]  1190/13 1305/3

**Z**

zero [3]  1229/12 1230/13 1230/16
zip [1]  1255/16
zone [2]  1204/19 1205/16
zones [4]  1203/9 1203/10 1204/14
1207/2