1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF LOUISIANA

3

4    ***************************************************************

5    IN RE:  OIL SPILL BY THE OIL
     RIG *DEEPWATER HORIZON* IN THE
6    GULF OF MEXICO ON APRIL 20,
     2010

7

8                                CIVIL ACTION NO. 10-MD-2179 "J"
                                 NEW ORLEANS, LOUISIANA
9                                Monday, March 4, 2013

10

11   THIS DOCUMENT RELATES TO:

12   CASE NO. 2:10-CV-02771,
     *IN RE:  THE COMPLAINT AND*
     *PETITION OF TRITON ASSET*
13   *LEASING GmbH, ET AL*

14   CASE NO. 2:10-CV-4536,
     *UNITED STATES OF AMERICA V.*
15   *BP EXPLORATION & PRODUCTION,*
     *INC., ET AL*

16

17   ***************************************************************

18

19

                        **DAY 5 - MORNING SESSION**
20

21         TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

         HEARD BEFORE THE HONORABLE CARL J. BARBIER
22

23               UNITED STATES DISTRICT JUDGE

24

25

────OFFICIAL TRANSCRIPT────

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFFS:    DOMENGEAUX WRIGHT ROY & EDWARDS
                             BY:  JAMES P. ROY, ESQ.
 4                           556 JEFFERSON STREET, SUITE 500
                             POST OFFICE BOX 3668
 5                           LAFAYETTE, LA 70502

 6

 7                           HERMAN HERMAN & KATZ
                             BY:      STEPHEN J. HERMAN, ESQ.
 8                           820 O'KEEFE AVENUE
                             NEW ORLEANS, LA 70113
 9

10                           CUNNINGHAM BOUNDS
11                           BY:  ROBERT T. CUNNINGHAM, ESQ.
                             1601 DAUPHIN STREET
12                           MOBILE, AL 36604

13

14                           LEWIS, KULLMAN, STERBCOW & ABRAMSON
                             BY:  PAUL M. STERBCOW, ESQ.
15                           PAN AMERICAN LIFE BUILDING
                             601 POYDRAS STREET, SUITE 2615
16                           NEW ORLEANS, LA 70130

17

18                           BREIT DRESCHER IMPREVENTO & WALKER
                             BY:  JEFFREY A. BREIT, ESQ.
19                           600 22ND STREET, SUITE 402
                             VIRGINIA BEACH, VA 23451
20

21                           LEGER & SHAW
22                           BY:  WALTER J. LEGER, JR., ESQ.
                             600 CARONDELET STREET, 9TH FLOOR
23                           NEW ORLEANS, LA 70130

24

25
```

OFFICIAL TRANSCRIPT

```
 1   APPEARANCES CONTINUED:

 2

 3                    WATTS, GUERRA, CRAFT
                      BY:  MIKAL C. WATTS, ESQ.
 4                    4 DOMINION DRIVE
                      BUILDING 3, SUITE 100
 5                    SAN ANTONIO, TX 78257

 6

 7                    WILLIAMS LAW GROUP
                      BY:  CONRAD S. P. WILLIAMS, ESQ.
 8                    435 CORPORATE DRIVE, SUITE 101
                      HOUMA, LA 70360
 9

10                    THORNHILL LAW FIRM
11                    BY:  THOMAS THORNHILL, ESQ.
                      1308 NINTH STREET
12                    SLIDELL, LA 70458

13

14                    DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                      BY:     JOHN W. DEGRAVELLES, ESQ.
15                    618 MAIN STREET
                      BATON ROUGE, LA 70801
16

17

18                    WILLIAMSON & RUSNAK
                      BY:  JIMMY WILLIAMSON, ESQ.
                      4310 YOAKUM BOULEVARD
19                    HOUSTON, TX 77006

20

21                    IRPINO LAW FIRM
                      BY:  ANTHONY IRPINO, ESQ.
22                    2216 MAGAZINE STREET
                      NEW ORLEANS, LA 70130
23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3
     FOR THE UNITED STATES
 4   OF AMERICA:               U.S. DEPARTMENT OF JUSTICE
                               TORTS BRANCH, CIVIL DIVISION
 5                             BY:  R. MICHAEL UNDERHILL, ESQ.
                               450 GOLDEN GATE AVENUE
 6                             7TH FLOOR, ROOM 5395
                               SAN FRANCISCO, CA 94102
 7


 8
                               U.S. DEPARTMENT OF JUSTICE
 9                             ENVIRONMENT & NATURAL RESOURCES DIVISION
                               ENVIRONMENTAL ENFORCEMENT SECTION
10                             BY:  STEVEN O'ROURKE, ESQ.
                                    SCOTT CERNICH, ESQ.
11                                  DEANNA CHANG, ESQ.
                                    RACHEL HANKEY, ESQ.
12                                  A. NATHANIEL CHAKERES, ESQ.
                               P.O. BOX 7611
13                             WASHINGTON, DC 20044

14

15                             U.S. DEPARTMENT OF JUSTICE
                               TORTS BRANCH, CIVIL DIVISION
16                             BY:     JESSICA McCLELLAN, ESQ.
                                    MICHELLE DELEMARRE, ESQ.
17                                  JESSICA SULLIVAN, ESQ.
                                    SHARON SHUTLER, ESQ.
18                                  MALINDA LAWRENCE, ESQ.
                               POST OFFICE BOX 14271
19                             WASHINGTON, DC 20044

20

21                             U.S. DEPARTMENT OF JUSTICE
                               FRAUD SECTION
22                             COMMERCIAL LITIGATION BRANCH
                               BY:  DANIEL SPIRO, ESQ.
23                                  KELLEY HAUSER, ESQ.
                                    ELIZABETH YOUNG, ESQ.
24                             BEN FRANKLIN STATION
                               WASHINGTON, DC 20044
25
```

OFFICIAL TRANSCRIPT

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR THE STATE OF
     ALABAMA:                    ALABAMA ATTORNEY GENERAL'S OFFICE
 4                               BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                      COREY L. MAZE, ESQ.
 5                                    WINFIELD J. SINCLAIR, ESQ.
                                 500 DEXTER AVENUE
 6                               MONTGOMERY, AL 36130


 7


 8   FOR THE STATE OF
     LOUISIANA OFFICE
 9   OF THE ATTORNEY
     GENERAL:
10                               STATE OF LOUISIANA
                                 BY:  JAMES D.  CALDWELL,
11                               ATTORNEY GENERAL
                                 1885 NORTH THIRD STREET
12                               POST OFFICE BOX 94005
                                 BATON ROUGE, LA 70804
13


14                               KANNER & WHITELEY
15                               BY:  ALLAN KANNER, ESQ.
                                      DOUGLAS R. KRAUS, ESQ.
16                               701 CAMP STREET
                                 NEW ORLEANS, LA 70130
17


18


19   FOR BP EXPLORATION &
     PRODUCTION INC.,
20   BP AMERICA PRODUCTION
     COMPANY, BP PLC:        LISKOW & LEWIS
21                           BY:     DON K. HAYCRAFT, ESQ.
                             ONE SHELL SQUARE
22                           701 POYDRAS STREET
                             SUITE 5000
23                           NEW ORLEANS, LA 70139

24


25
```

```
1    APPEARANCES CONTINUED:

2

3                         COVINGTON & BURLING
                         BY:  ROBERT C. "MIKE" BROCK, ESQ.
4                        1201 PENNSYLVANIA AVENUE, NW
                         WASHINGTON, DC 20004
5

6
                         KIRKLAND & ELLIS
7                        BY:     J. ANDREW LANGAN, ESQ.
                             HARIKLIA "CARRIE" KARIS, ESQ.
8                            MATTHEW T. REGAN, ESQ.
                         300 N. LASALLE
9                        CHICAGO, IL 60654

10

11   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
12   OFFSHORE DEEPWATER
     DRILLING INC., AND
13   TRANSOCEAN DEEPWATER
     INC.:                   FRILOT
14                       BY:  KERRY J. MILLER, ESQ.
                         ENERGY CENTRE
15                       1100 POYDRAS STREET, SUITE 3700
                         NEW ORLEANS, LA 70163
16

17
                         SUTHERLAND ASBILL & BRENNAN
18                       BY:  STEVEN L. ROBERTS, ESQ.
                             RACHEL G. CLINGMAN, ESQ.
19                       1001 FANNIN STREET, SUITE 3700
                         HOUSTON, TX 77002
20

21
                         MUNGER TOLLES & OLSON
22                       BY:  MICHAEL R. DOYEN, ESQ.
                             BRAD D. BRIAN, ESQ.
23                           LUIS LI, ESQ.
                         335 SOUTH GRAND AVENUE, 35TH FLOOR
24                       LOS ANGELES, CA 90071

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                         MAHTOOK & LAFLEUR
                          BY:  RICHARD J. HYMEL, ESQ.
 4                        1000 CHASE TOWER
                          600 JEFFERSON STREET
 5                        LAFAYETTE, LA 70502

 6

 7                        HUGHES ARRELL KINCHEN
                          BY:  JOHN KINCHEN, ESQ.
 8                        2211 NORFOLK, SUITE 1110
                          HOUSTON, TX 77098
 9

10

11   FOR CAMERON INTERNATIONAL
     CORPORATION:            STONE PIGMAN WALTHER WITTMANN
12                           BY:  PHILLIP A. WITTMANN, ESQ.
                             546 CARONDELET STREET
13                           NEW ORLEANS, LA 70130

14

15                        BECK REDDEN & SECREST
                          BY:  DAVID J. BECK, ESQ.
16                             DAVID W. JONES, ESQ.
                               GEOFFREY GANNAWAY, ESQ.
17                             ALEX B. ROBERTS, ESQ.
                          ONE HOUSTON CENTER
18                        1221 MCKINNEY STREET, SUITE 4500
                          HOUSTON, TX 77010
19

20
     FOR HALLIBURTON
21   ENERGY SERVICES,
     INC.:                GODWIN LEWIS
22                        BY:  DONALD E. GODWIN, ESQ.
                               FLOYD R. HARTLEY, JR., ESQ.
23                             GAVIN HILL, ESQ.
                          RENAISSANCE TOWER
24                        1201 ELM STREET, SUITE 1700
                          DALLAS, TX 75270.
25
```

```
1   APPEARANCES CONTINUED:

2

3                   GODWIN LEWIS
                    BY:      JERRY C. VON STERNBERG, ESQ.
4                       1331 LAMAR, SUITE 1665
                    HOUSTON, TX 77010
5

6
    FOR M-I L.L.C.:       MORGAN, LEWIS & BOCKIUS
7                   BY:  HUGH E. TANNER, ESQ.
                        DENISE SCOFIELD, ESQ.
8                       JOHN C. FUNDERBURK, ESQ.
                    1000 LOUISIANA STREET, SUITE 4000
9                   HOUSTON, TX 77002

10

11

12  OFFICIAL COURT REPORTER:   KAREN A. IBOS, CRR, RMR, CCR
                            CERTIFIED REALTIME REPORTER
13                          REGISTERED MERIT REPORTER
                            500 POYDRAS STREET, ROOM HB406
14                          NEW ORLEANS, LA 70130
                            (504) 589-7776
15                          Karen_Ibos@laed.uscourts.gov

16
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
17  PRODUCED BY COMPUTER.

18

19

20

21

22

23

24

25
```

OFFICIAL TRANSCRIPT

1316

1        I N D E X

2
WITNESS:                                    PAGE/LINE:
3
MARK BLY
4
5    Cross-Examination by Mr. Brian          1322/7

6    Cross-Examination by Mr. Godwin         1395/1

7    Cross-Examination by Mr. Beck           1466/2

8    Redirect Examination by Ms. Karis       1485/22

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<pre>
  1                    P-R-O-C-E-E-D-I-N-G-S

  2                MONDAY, MARCH 4, 2013

  3            M O R N I N G    S E S S I O N

  4

  5        (OPEN COURT.)

  6            THE COURT:  Good morning, everyone.  Welcome back.  All

  7    right.  Any preliminary matters before we resume Mr. Bly's

  8    testimony?

  9            MS. KARIS:  Your Honor, there are two matters that we

 10    would like to take up with the Court this morning, your Honor.

 11            THE COURT:  Okay.

 12            MS. KARIS:  The first one is that I have a list here of

 13    the exhibits that we would like to offer into evidence for

 14    Mr. Bly's direct examination.

 15            THE COURT:  Those are all of the ones that you used and

 16    that he testified about?

 17            MS. KARIS:  Yes, your Honor.

 18            THE COURT:  Okay.  Is there any objection by anyone to

 19    those?  All right.  Without objection, those are admitted.

 20            MR. BRIAN:  No objection.

 21            THE COURT:  Make sure you circulate a copy of that list

 22    to everyone.

 23            MS. KARIS:  I will, your Honor.  And then along with

 24    that, I also have the thumb drive that I indicated to the Court

 25    that we would be offering that contains the 28-minute video of
</pre>

08:06:00 1  Mr. Bly's investigation that he gave along -- that he issued along

08:06:04 2  with his report.

08:06:06 3         THE COURT:  All right.  Do we have an identification

08:06:07 4  number for that?

08:06:08 5         MS. KARIS:  Yes, your Honor.  That would be trial

08:06:15 6  exhibit -- I'm sorry.  Which number?  47647.

08:06:21 7         THE COURT:  47647?

08:06:23 8         MS. KARIS:  Yes, your Honor.

08:06:26 9         THE COURT:  Any objection to that?

08:06:27 10         MR. BRIAN:  No, your Honor.

08:06:28 11         THE COURT:  All right.  Without objection, that's

08:06:30 12  admitted.

08:06:30 13         MS. KARIS:  And I will hand these out.  And the second

08:06:32 14  issue we have is with respect to some newly disclosed documents

08:06:36 15  that we received late yesterday that Halliburton provided to us, as

08:06:43 16  well as Transocean, and we object to the use of those documents in

08:06:46 17  connection with Mr. Bly's examination.  The reason for that is long

08:06:51 18  ago the Court issued an order that any documents the parties intend

08:06:54 19  to use, whether they're for examination or impeachment, should be

08:06:59 20  on parties' exhibit lists, and that no additional documents could

08:07:03 21  be added without a showing of good cause.  And that was from a

08:07:07 22  December 20th, 2011, order.

08:07:09 23         As I said late yesterday, without moving for good cause,

08:07:12 24  Transocean disclosed one additional document and Halliburton

08:07:17 25  provided two additional documents, and the only explanation

08:07:20 1  provided is that they did not anticipate using these documents

08:07:25 2  until Mr. Bly's testimony last week.  Those documents appear to

08:07:31 3  pertain to the issue of what information was or wasn't available

08:07:35 4  between BP, Transocean, and Halliburton.  This is not a new issue

08:07:40 5  in this case, your Honor.  Mr. Bly's investigation report --

08:07:44 6       THE COURT:  I'm well aware of that.  Let me hear from the

08:07:46 7  other side.

08:07:47 8       MS. KARIS:  Okay.

08:07:49 9       MR. BRIAN:  Maybe, your Honor, it would be helpful if

08:07:51 10  Mr. Nichols displayed the document that we've added.  Could you put

08:07:54 11  that document up?

08:07:55 12       THE COURT:  No, I don't want to display it.  I want you

08:07:57 13  to tell me why it wasn't listed earlier.

08:08:00 14       MR. BRIAN:  Because we have a single document that's

08:08:01 15  being used entirely for impeachment purposes.

08:08:04 16       THE COURT:  Impeachment documents, like any other

08:08:07 17  documents, have to be disclosed.  That has been my rule for

08:08:10 18  14 years around here.  You can't hold a document back, so if it

08:08:15 19  wasn't disclosed, it doesn't come in.  It's as simple as that.

08:08:19 20       MR. BRIAN:  However, your Honor, I think we have good

08:08:21 21  cause here because we did not anticipate that he was going to

08:08:24 22  testify about what information he did or did not have from

08:08:27 23  Transocean.

08:08:28 24       THE COURT:  That issue has been out there from the

08:08:29 25  beginning.  I mean, this has been throughout.  The theme throughout

08:08:32  1    this case has been that BP's internal investigation was hindered,

08:08:39  2    in BP's opinion, by their inability to get certain information from

08:08:45  3    Transocean and Halliburton.  That's not a new issue.

08:08:47  4         Now, that doesn't mean that I am not -- I am not blaming

08:08:51  5    Halliburton or Transocean.  You may have had good grounds not to

08:08:54  6    cooperate for legal reason, but that is not a new issue, so the

08:08:59  7    document doesn't come in.

08:09:01  8         What's Halliburton issue, same thing?

08:09:03  9         MR. GODWIN:  A little bit different.  May I take a

08:09:06 10    moment?

08:09:06 11         THE COURT:  Okay.  What's the difference?

08:09:08 12         MR. GODWIN:  Thank you, Judge.

08:09:10 13         THE COURT:  We have enough documents in this case without

08:09:12 14    springing new documents that nobody has listed in two-and-a-half

08:09:16 15    years.

08:09:17 16         MR. BRIAN:  That I agree with, your Honor.

08:09:19 17         MR. GODWIN:  Yes, your Honor.  Halliburton's -- we did,

08:09:22 18    as Kerry -- Ms. Karis had said that we did notify the Court and

08:09:26 19    everybody else today there are two documents that we believe were

08:09:29 20    rebuttal in nature to what Mr. --

08:09:31 21         THE COURT:  Rebuttal documents also have to be listed in

08:09:33 22    advance of trial.

08:09:34 23         MR. GODWIN:  I understand.  It won't take but a couple of

08:09:36 24    minutes, at the most, your Honor.

08:09:38 25         THE COURT:  Okay.

08:09:39  1           MR. GODWIN:  Mr. Bly testified on Friday, contrary to
08:09:43  2   what's in his investigative report, that Halliburton failed to
08:09:47  3   cooperate and provide information regarding rig samples as well as
08:09:52  4   witnesses.  That's contrary to what's in his report.  He testified
08:09:54  5   to that.
08:09:56  6           THE COURT:  Well, then you can point that out in his
08:09:58  7   report when you examine him.
08:09:59  8           MR. GODWIN:  We'll do that, your Honor.  And there were
08:10:01  9   two letters, if I might.  There was one written on July 15, 2010,
08:10:05 10   from a lawyer at Halliburton to Mr. James Lucari that he testified
08:10:09 11   about on Friday, where she said, "Here is the reason we cannot
08:10:13 12   provide the rig samples."
08:10:14 13           THE COURT:  Well, you still haven't provided it, so you
08:10:18 14   refused to provide it.  It sounds like he testified in accordance
08:10:24 15   with that letter, so we're not going to get into letters between
08:10:27 16   lawyers.  Let's move on.
08:10:28 17           MR. GODWIN:  Thank you, your Honor.
08:10:30 18           THE COURT:  Are we ready for Mr. Bly?
08:10:31 19           MS. KARIS:  Yes, we are, your Honor.
08:10:33 20           THE COURT:  Let's bring Mr. Bly back in and resume his
08:10:34 21   testimony.
08:10:35 22           MS. KARIS:  With the court's permission, if I may
08:10:38 23   approach?
08:10:38 24           THE COURT:  Yes, please do.  Transocean is up next I
08:10:38 25   believe.

08:10:42  1              MR. BRIAN:  Yes, your Honor.

08:11:07  2              THE COURT:  Good morning, Mr. Bly.  You're still under

08:11:09  3   oath, sir, okay?

08:11:10  4              THE WITNESS:  Okay.

08:11:11  5              THE COURT:  All right.  Go ahead.

08:11:11  6                        CROSS-EXAMINATION

08:11:21  7   BY MR. BRIAN:

08:11:21  8   Q.  Good morning, Mr. Bly.  My name is Brad Brian, and I represent

08:11:24  9   Transocean, and I will be doing a cross-examination this morning.

08:11:28  10             Your investigation reviewed the history of the *Deepwater*

08:11:32  11  *Horizon* in part, did it not?

08:11:33  12  A.  The history of the rig itself?

08:11:36  13  Q.  The rig itself, yes.

08:11:38  14  A.  We touched on that, yes.

08:11:39  15  Q.  And you learned, did you not, that the *Deepwater Horizon* had

08:11:42  16  been under contract for nine years with BP, correct?

08:11:45  17  A.  Yes, that sounds correct to me.

08:11:47  18             MR. BRIAN:  Can we pull up Exhibit TREX 1-17A.

08:11:47  19  BY MR. BRIAN:

08:11:56  20  Q.  And you reported in your report, did you not, that the

08:11:59  21  *Deepwater Horizon* was owned and operated by Transocean and has been

08:12:02  22  under contract to BP in the Gulf of Mexico for approximately nine

08:12:06  23  years.  That was in your report, was it not, sir?

08:12:08  24  A.  Yes, sir.

08:12:09  25  Q.  And let's pull up TREX 1-17B.  You also reported that during

1323

08:12:17  1   this time the rig had drilled approximately 30 wells, two-thirds of

08:12:22  2   which were exploratory wells, correct?

08:12:25  3   A.  That's correct.

08:12:25  4   Q.  Now, you understood, did you not, that the *Deepwater Horizon*

08:12:28  5   was a fifth-generation rig, correct?

08:12:32  6   A.  I understood that.  I don't know exactly what that means, but I

08:12:35  7   remember that from the discussion with my team, yes.

08:12:37  8   Q.  You came to understand that it was one of the best rigs in BP's

08:12:41  9   fleet, didn't you?

08:12:42 10   A.  Can't recall that.  I know it had a good safety record, and we

08:12:45 11   felt satisfied with the performance of it.

08:12:47 12   Q.  You thought, in fact, that it was a very safe rig, didn't you?

08:12:51 13   A.  Yeah, that's my recollection, yes.

08:12:53 14   Q.  And you also learned, did you not, during the course of the

08:12:56 15   investigation that the drill crew was a very experienced team.  You

08:13:00 16   learned that as well, didn't you?

08:13:02 17   A.  I think that's right.

08:13:05 18           MR. BRIAN:  Let's pull up TREX 526A-1.

08:13:05 19   BY MR. BRIAN:

08:13:13 20   Q.  This is an interview -- notes of interview of Ronnie Sepulvado

08:13:17 21   on August 31st, 2010.  Do you see that?

08:13:19 22   A.  Yes, I do.

08:13:21 23   Q.  Ronnie Sepulvado was one of the well site leaders of BP on the

08:13:26 24   *Deepwater Horizon*, was he not?

08:13:28 25   A.  I believe that's correct.

08:13:30  1    Q.  And you see the two members of your team that conducted this

08:13:35  2    interview, Steve Robinson and Dave Wall.  Do you see that?

08:13:38  3    A.  Yes, sir.

08:13:38  4    Q.  And Mr. Lucari, James Lucari, BP's in-house lawyer, was present

08:13:43  5    for this interview, wasn't he?

08:13:44  6    A.  Yes, appears he was.

08:13:45  7             MR. BRIAN:  Let's pull up 526A-4.

08:13:45  8    BY MR. BRIAN:

08:13:54  9    Q.  Do you see at the bottom where they recorded that Mr. Sepulvado

08:13:58 10    said that he "felt that the *Deepwater Horizon* rig crew was a very

08:14:02 11    experienced team; several members of the rig crew had been on the

08:14:05 12    rig since it was commissioned."  Did I read that correctly?

08:14:08 13    A.  That's what it says, yes.

08:14:10 14    Q.  And above that you see that he was asked about drills during

08:14:14 15    the course of the rig, was he not?

08:14:16 16    A.  Well, it says here that he said something.  Yeah.  Oh, yeah,

08:14:21 17    I'm sorry.  Yes, I see where you're pointing to, yeah.

08:14:23 18    Q.  And, "Ronnie said that the rig crew engaged in training every 7

08:14:28 19    days (on Sunday), which included functioning of the diverter and

08:14:32 20    sometimes a discussion of where fluids would be routed if the

08:14:35 21    diverter were closed.  The crew also conducted D5 drills where the

08:14:39 22    team closed the BOP and put 200-300 psi on the well and practiced

08:14:46 23    well control response actions."  Did I read that correctly, sir?

08:14:49 24    A.  Yes, that's what it says.

08:14:50 25    Q.  Let's talk about the negative-pressure test, Mr. Bly.  You

08:14:55 1  concluded in your report, did you not, that the negative-pressure

08:14:59 2  test on April 20th was misinterpreted, right?

08:15:02 3  A.  Yes, we did.

08:15:03 4       MR. BRIAN:  Let's pull up TREX 1-41B.

08:15:03 5  BY MR. BRIAN:

08:15:15 6  Q.  You also concluded in your report, did you not, that:  "The

08:15:18 7  guidelines for the negative-pressure test, a critical activity, did

08:15:22 8  not provide detailed steps and did not specify expected bleed

08:15:27 9  volumes or success/failure criteria."  You wrote that in your

08:15:31 10 report, did you not?

08:15:32 11 A.  Yes, I believe that's right.

08:15:33 12 Q.  And you were talking about the BP guidelines there, weren't

08:15:36 13 you, sir?

08:15:37 14 A.  Yes, we were.

08:15:38 15 Q.  Did you look -- did you or your team look, as part of your

08:15:43 16 investigation, at how many times BP changed the negative test

08:15:50 17 procedure on the *Deepwater Horizon* in the week or so before April

08:15:53 18 20th, 2010?

08:15:54 19 A.  I recall that there were -- there were a couple of different --

08:16:05 20 you know, notes sent out there.  I can't remember -- of a full

08:16:09 21 review of that, but I remember discussions about a couple of

08:16:12 22 different operational note that was sent.

08:16:13 23 Q.  There were actually five or six changes, weren't there, sir?

08:16:17 24 A.  I don't recall that.

08:16:17 25 Q.  You testified last Thursday about the spacer that was used on

08:16:22  1   April 20th, 2010.  Do you recall that?

08:16:25  2   A.  The --

08:16:29  3   Q.  The loss circulation material --

08:16:30  4   A.  Yes.

08:16:31  5   Q.  -- that BP put down the BOP?

08:16:33  6   A.  I recall that discussion about the spacer, yeah.

08:16:35  7   Q.  And the spacer that was used was loss circulation material

08:16:39  8   that's typically used to plug cracks in the formation, isn't it,

08:16:44  9   sir?

08:16:44 10   A.  Yes, I recall it was -- it was left over material in the pits.

08:16:49 11   Q.  And as part of your report you considered, did you not, that

08:16:54 12   the spacer may have blocked the kill line during the course of the

08:16:58 13   negative-pressure test, didn't you?

08:16:58 14   A.  We looked at -- we identified two scenarios.  That was one.  We

08:17:03 15   ultimately concluded that the other one was more likely based on

08:17:06 16   subsequent evidence.

08:17:06 17   Q.  Take a look --

08:17:07 18         MR. BRIAN:  We can pull up TREX 1-87, please.  If we can

08:17:15 19   make that larger, if possible.  The bottom part.

08:17:15 20   BY MR. BRIAN:

08:17:19 21   Q.  This is -- page 87 is the portion of your report where you --

08:17:26 22   the report on the two alternative possibilities for the explanation

08:17:30 23   of the clogged kill line, correct?

08:17:35 24   A.  It's from the report.  I can't remember if this was in a

08:17:37 25   conclusion statement or just in the write up.

08:17:40  1   Q.  And you wrote, did you not, "the kill line may have plugged

08:17:44  2   with solids from the spacer."  You wrote that in your report, did

08:17:48  3   you not?

08:17:48  4   A.  We did.

08:17:48  5   Q.  You also wrote in the second bullet, "The system may not have

08:17:52  6   been lined up correctly; a valve may have been left closed when the

08:17:56  7   rig crew directed flow from the kill line to the mini trip tank."

08:18:00  8   You wrote that too, right?

08:18:02  9   A.  Yes, that's correct.

08:18:03  10  Q.  And you did not say in your report, contrary to what you said

08:18:05  11  under oath in your testimony, that one of those is more likely than

08:18:08  12  the other, did you, sir?

08:18:09  13  A.  Well, it says right here that there's some more information

08:18:16  14  below that first bullet which, I think, reinforces what I said.

08:18:20  15  Q.  Do you say anywhere in your report on page 87, do you say that

08:18:25  16  one of them is "more likely" than the other.  Do you use those

08:18:30  17  words, sir?

08:18:30  18  A.  We don't use those words, no.

08:18:32  19  Q.  Thank you.

08:18:33  20          MR. BRIAN:  Now, let's pull up TREX 1-85A.

08:18:33  21  BY MR. BRIAN:

08:18:42  22  Q.  This is from your report as well, is it not?

08:18:45  23  A.  Yes, it appears to be.

08:18:47  24  Q.  During the course of your investigation you learned, did you

08:18:50  25  not, that the crew began the negative-pressure test on the drill

1328

08:18:55  1   pipe, right?

08:18:56  2   A.  Yes, I recall that.

08:18:57  3   Q.  And you understood, as it says right there on page 85, that

08:19:01  4   that was consistent with the crew's regular practice on prior

08:19:05  5   drills, right?

08:19:06  6   A.  That's what my team concluded, yes.

08:19:09  7   Q.  And then you learned that there was a shift change, sort of

08:19:12  8   halfway during the middle of the negative-pressure test, right?  I

08:19:17  9   am not testing you whether it's immediately in the middle point,

08:19:20 10   but somewhere during the course of that negative pressure testing

08:19:22 11   there was a shift change and one BP well site leader replaced

08:19:26 12   another one, right?

08:19:27 13   A.  Yes, I think I recall -- I don't remember writing that up, but

08:19:31 14   I recall that in our discussions, yes.

08:19:32 15   Q.  Mr. Vidrine replaced Mr. Kaluza during that time period, right?

08:19:37 16   A.  I believe that's correct.

08:19:40 17   Q.  And, in fact, what happened was Mr. Vidrine had instructed the

08:19:45 18   crew to stop doing the negative-pressure test on the drill pipe and

08:19:48 19   do it on the kill line, right?

08:19:51 20   A.  I recall from discussion with the team that he felt that the

08:19:55 21   other way was what had been in a permit or something, so, yeah, I

08:19:58 22   recall that.

08:19:59 23           MR. BRIAN:  Let's pull up TREX 1-85B.

08:19:59 24   BY MR. BRIAN:

08:20:08 25   Q.  You wrote in your report, did you not, that the well site

08:20:11  1   leader observed the discrepancy and stopped the test.  That's what

08:20:14  2   you wrote, right, sir?

08:20:16  3   A.  Yes, that's right.

08:20:17  4   Q.  And when you used the word "discrepancy" you were referring to

08:20:21  5   the discrepancy between doing it on that drill pipe and the

08:20:24  6   procedure that was given to the MMS to do it on the kill line,

08:20:28  7   right?

08:20:28  8   A.  Yes, that's my recollection, yes.

08:20:30  9   Q.  And so you said that:  "After discussion between the well site

08:20:34 10   leader and the rig crew, the test was resumed by closing the drill

08:20:38 11   pipe and lining up on the kill line."  That's what you wrote in

08:20:41 12   your report, right?

08:20:42 13   A.  Yes.

08:20:45 14           MR. BRIAN:  Now, let's pull up TREX 51133-2 and 3.

08:20:45 15   BY MR. BRIAN:

08:21:00 16   Q.  This is a statement signed by Mr. Vidrine and Mr. Kaluza

08:21:04 17   referring to a "successful negative test monitored at the kill

08:21:09 18   line."  Do you see that, sir?

08:21:11 19   A.  I can see what's on the page.  I don't recognize it, but I see

08:21:13 20   it, yes.

08:21:14 21   Q.  That was my next question.  Did anyone on your investigation

08:21:17 22   team bring to your attention during your investigation this

08:21:21 23   document, TREX 51133?

08:21:25 24   A.  No, sir, I didn't -- I didn't look at individual, you know,

08:21:29 25   witness interview notes or anything like that, so I wouldn't

1330

08:21:32  1    have -- I don't recall seeing this, and no one brought it to my

08:21:35  2    attention, no.

08:21:36  3              MR. BRIAN:  Let's pull up TREX 1-41.

08:21:36  4    BY MR. BRIAN:

08:21:44  5    Q.  Now, this is from your report, is it not, sir?

08:21:46  6    A.  Let's check here.  Yes, it looks to be our conclusion, yeah.

08:21:55  7    Q.  I actually meant to highlight the second line.  Do you see the

08:22:00  8    second line where it says, "Coupled with the erroneous explanation

08:22:03  9    for the 1400 psi on the drill pipe."  Do you see that?

08:22:06 10    A.  Yes.

08:22:06 11    Q.  And in the third -- in the last sentence, you wrote, "The well

08:22:10 12    site leaders and the rig crew maintained this view despite the

08:22:14 13    contradictory information of 1,400 psi on the drill pipe connected

08:22:19 14    to the wellbore to the non-flowing kill line of 0 psi."  Did I read

08:22:25 15    that correctly, sir?

08:22:26 16    A.  Yes, you did.

08:22:26 17    Q.  That's one of the conclusions reached in your report, isn't it,

08:22:30 18    sir?

08:22:30 19    A.  It says that, yeah.

08:22:33 20    Q.  And one of the findings, one of the bases for the conclusion

08:22:40 21    that the negative-pressure test did not establish well integrity

08:22:44 22    was the contradiction between the 1,400 psi on the drill pipe and

08:22:50 23    the 0 psi on the kill line, right?

08:22:52 24    A.  Well, it's clear there was a well integrity.  You could see

08:22:58 25    that after the fact, and we believe that that contradictory

OFFICIAL TRANSCRIPT

1331

08:23:02  1    information was available at the time, yes.

08:23:04  2    Q.  And that contradictory information was one of the bases for

08:23:08  3    your conclusion that the negative-pressure test had not

08:23:14  4    demonstrated well integrity, right?  Simple question.

08:23:15  5    A.  Yeah, it was, and the fact that well integrity had not been

08:23:19  6    established.

08:23:19  7    Q.  Let's put up D 2671.  This is the organizational chart of your

08:23:31  8    investigation team that you were shown last week by Mr. Sterbcow,

08:23:37  9    is it not?

08:23:38 10    A.  It's close.  I don't recall -- it's close.  I don't remember

08:23:41 11    Mr. Abbassian being on that one, but it looks like the same one,

08:23:44 12    yeah.

08:23:44 13    Q.  And you see sort of on the third rung of the ladder to the left

08:23:49 14    the name Steve Robinson and Kent Corser, do you see those two

08:23:55 15    names?

08:23:55 16    A.  Yes.

08:23:55 17    Q.  And those were both two investigators on your team, right?

08:23:59 18    A.  Correct.

08:24:00 19    Q.  And they and others reviewed data as part of the investigation,

08:24:05 20    correct?

08:24:07 21    A.  Yes, they did.

08:24:07 22    Q.  And they conducted interviews, right -- also, right?

08:24:10 23    A.  Yes, they did.

08:24:11 24    Q.  And you had almost daily meetings with your investigation team,

08:24:15 25    at least during the first couple of months during the

1332

08:24:17  1    investigation; is that right?

08:24:18  2    A.  Yes.

08:24:19  3    Q.  And during those daily meetings, you were briefed on the

08:24:23  4    interviews and the data they were collecting, right?

08:24:26  5    A.  Amongst other things, yes, but we had those meetings, right.

08:24:32  6    Q.  I put in front of you on the desk there, I hope it's still

08:24:35  7    there, a bound exhibit called 295, do you see that?

08:24:38  8    A.  Yes.

08:24:38  9    Q.  Those are your handwritten notes, are they not?

08:24:41 10    A.  Let me just check.

08:24:45 11    Q.  Let's pull up 295-1, TREX 295-1.

08:24:51 12    A.  Yep, those appear to be my notes.

08:24:53 13    Q.  And you kept them in sequential or chronological order, did you

08:25:00 14    not, sir?

08:25:01 15    A.  Yeah, I believe they were in a bound book, so I probably did

08:25:03 16    that.

08:25:04 17    Q.  That was my next question.  Were they actually in some sort of

08:25:06 18    bound notebook?

08:25:07 19    A.  I think they were.

08:25:08 20    Q.  And that's just a copy of the bound notebook that you kept,

08:25:12 21    right?

08:25:12 22    A.  Yeah, I can't identify it all exactly, but it appears to be,

08:25:16 23    yeah.

08:25:16 24    Q.  I am going to put these on the screen, but you're welcome at

08:25:21 25    any time to flip to the page.  We paginated them to make it easier

1333

08:25:24  1    for both of us.

08:25:25  2    A.  All right.

08:25:26  3    Q.  Let's pull up TREX 295-17.  Do you see the date 27 April in the

08:25:37  4    right-hand corner?

08:25:37  5    A.  Yes, I do.

08:25:39  6    Q.  So you would agree with me, would you not, that you took the

08:25:43  7    notes on this page on the 27th of April, 2010, right?

08:25:45  8    A.  Yes, it would appear that way, yes.

08:25:52  9    Q.  Let's go to the next page, TREX 295-18.  You see where it

08:26:06  10   states, "Download from S. Robinson, D. Vidrine interview"?

08:26:12  11   A.  Yes.

08:26:12  12   Q.  That indicates that you received a briefing from, among others,

08:26:19  13   Steve Robinson that day, correct?

08:26:22  14   A.  Let me just look and see if I agree with that.  (WITNESS

08:26:27  15   REVIEWS DOCUMENT.)  Yeah, it appears that, although the highlights

08:26:37  16   below look like I'm talking about something else, so I am not quite

08:26:40  17   sure.  But it may be, yeah.  I do recall getting downloads from the

08:26:44  18   guys when they did interviews.

08:26:45  19   Q.  Do you see where I've highlighted on the screen "neg test"?

08:26:49  20   A.  Yes.

08:26:49  21   Q.  You agree that stands for negative test, right?

08:26:52  22   A.  Yeah, I believe it does, yes.

08:26:55  23   Q.  Now, let's turn to 295-21.

08:27:29  24        MR. BRIAN:  Sometimes it was easier in the old days, your

08:27:32  25   Honor.

1334

08:27:32  1   BY MR. BRIAN:

08:27:32  2   Q.  You see your notes at the top?

08:27:35  3   A.  Yes.

08:27:36  4   Q.  And just to be clear, this is still part of the April 27th

08:27:44  5   download by Steve Robinson, isn't it, sir?  You can flip back to 19

08:27:49  6   and 20 to make sure there's no date in between.  I am not trying to

08:27:54  7   trick you.

08:27:54  8   A.  If I can just have a minute to peek and see if I agree.

08:27:59  9   (WITNESS REVIEWS DOCUMENTS.)  Yes, it appears to be that same

08:28:13 10   download, yeah.

08:28:15 11   Q.  And you see at the top, maybe we can highlight this, where you

08:28:18 12   state -- where you wrote, "Just been sheen test," little arrow,

08:28:25 13   "Hafle called to see how things were going," another arrow,

08:28:28 14   "briefly spoke about 1400."  You wrote that, did you not, sir?

08:28:31 15   A.  Appears I did.

08:28:32 16   Q.  And you would agree with me, did you not, that Mr. Robinson

08:28:36 17   included that in his briefing of what Don Vidrine had said in his

08:28:41 18   interview before Mr. Robinson briefed you, right?

08:28:46 19   A.  It appears that -- yeah, it looks like I am getting some kind

08:28:50 20   of information like that from Steve, yes.

08:28:52 21   Q.  Now, it was a significant discovery on the part of your

08:28:57 22   investigation team that Mr. Vidrine had discussed the 1,400 pounds

08:29:03 23   of pressure with Mr. Hafle, wasn't it, sir?

08:29:07 24   A.  Not that I recall.  We got lots of information about -- from

08:29:15 25   interview notes.  I don't recall this one being a significant

1335

08:29:18  1   discovery.  The fact that there was 1,400 pounds to 0 was a

08:29:22  2   significant discovery.

08:29:22  3   Q.  The fact that it was 1,400 on the drill pipe and 0 on the kill

08:29:27  4   line was a significant discovery, wasn't it, sir?

08:29:30  5   A.  Yeah.  When we learned that that apparent discrepancy was

08:29:36  6   visible, we thought that was important information, yes.

08:29:40  7   Q.  And you spent a lot of time thinking about the significance of

08:29:45  8   this 1,400 pounds of pressure on the drill pipe, didn't you, sir?

08:29:50  9   A.  Well, through the course of the investigation, we spent a lot

08:29:53  10  of time thinking about a lot of things, but, yeah, that emerged as

08:29:57  11  one of the things as the final finding in the report, yes.

08:29:59  12  Q.  I am going to skip ahead, Phil, if I could.  Could you put up

08:30:02  13  295-104.

08:30:12  14          These are also your notes, are they not, sir?

08:30:15  15  A.  Appears to be my handwriting.

08:30:17  16  Q.  And you wrote, did you not, "Does BP sign-off on neg. test?

08:30:22  17  Not sure.  After first test, who said "no good"?  Not sure.

08:30:30  18  1,400 psi on DP."  You wrote that, did you not?

08:30:33  19  A.  Yeah -- yeah, it looks like my handwriting.  I don't recall --

08:30:39  20  Q.  That's page 104.  Feel free at any time to flip to the actual

08:30:42  21  notes.  That's why I put it there.  And you wrote down 1,400 psi on

08:30:49  22  the DP, which means drill pipe, doesn't it, sir?

08:30:53  23  A.  Yes, it does.

08:30:54  24  Q.  Let's pull up 295-105, Phil, please.

08:31:05  25          These are also your notes on page 105, aren't they, sir?

08:31:08  1    A.  Yes, looks like they are, yes.

08:31:13  2    Q.  And you wrote, "Was pressure data from K/C being sent live?"

08:31:21  3    Is that what you wrote?

08:31:22  4    A.  It appears that's what it says, yes.

08:31:35  5    Q.  Then you wrote, who know -- or I guess "who know" or "how know

08:31:39  6    about 1400?  Sperry data."  You wrote that, too, right?

08:31:45  7    A.  Looks like it, yeah.

08:31:46  8    Q.  Then you wrote, "Q. Signif."  Meaning significance, right?

08:31:54  9    A.  Yes.

08:31:54  10   Q.  You wrote, "significance of test discrepancy," right?

08:32:00  11   A.  Yes.  Looks like it, yeah.

08:32:02  12   Q.  Then you wrote, "A. Could be something going on in hole.  Could

08:32:06  13   be of other things."  You wrote that, right?

08:32:08  14   A.  Yeah, it looks like I said "speculate," I'm not sure quite what

08:32:12  15   I was meaning there.

08:32:13  16   Q.  Then you wrote, "might have to do with fluid -- fluids in

08:32:17  17   well," right?

08:32:17  18   A.  Yes.

08:32:18  19   Q.  "Potentially 'wrong kind of fluids in hole'," right?

08:32:21  20   A.  Correct, yeah.

08:32:23  21   Q.  Then you wrote, "test characterized as a failure?"  Right?

08:32:28  22   A.  Right.

08:32:29  23   Q.  Then you wrote, "Q. Is 1400 what you would expect to see."  You

08:32:33  24   wrote that, right?

08:32:34  25   A.  Yes.

08:32:35  1  Q.  Then you wrote -- actually, I can't read that, something about

08:32:41  2  the DP.

08:32:42  3  A.  I think it says, "where in the well was DP?"

08:32:45  4  Q.  And then what did you write?

08:32:46  5  A.  Looks like it says "range."

08:32:48  6  Q.  And then the last one was, "1400 indication of elevated"

08:32:54  7  highest pressure or hydrostatic pressure, which is it?

08:32:58  8  A.  I think that's -- I can't quite tell.  It's probably shorthand

08:33:06  9  for hydrostatic, although it doesn't make sense in the context.

08:33:09 10  Q.  So you would agree with me, would you not, sir, that by early

08:33:13 11  May of 2010, you had discussions with your team about the

08:33:18 12  significance of the 1,400 pounds of pressure on the drill pipe,

08:33:22 13  didn't you, sir?

08:33:23 14  A.  Yeah.  I can't tell you what all of these mean, but, yes, we

08:33:27 15  were -- you know, we became interested in this negative test early

08:33:31 16  on in the investigation, yes.

08:33:33 17  Q.  After Vidrine had said in the interview that he had a

08:33:39 18  conversation with Hafle where they discussed the 1,400, wasn't it

08:33:43 19  important to interview Mark Hafle?

08:33:47 20  A.  Yes, I believe my team interviewed Mr. Hafle more than one

08:33:50 21  time.

08:33:50 22  Q.  Let's pull up TREX 50963-1.  These are notes dated May 1st,

08:34:05 23  2010 where it says, "Mark Hafle, engineer in office," do you see

08:34:11 24  that, sir?

08:34:12 25  A.  Yeah, these are not my notes, but, yes, that's what it appears

08:34:18 1    to say to me.

08:34:18 2    Q.  And you see the name Kent Corser in the upper right-hand

08:34:21 3    corner, right, sir?

08:34:21 4    A.  Appears to be.

08:34:22 5    Q.  And he was one of the interviewers on your investigation team,

08:34:25 6    wasn't he, sir?

08:34:26 7    A.  He was.

08:34:26 8    Q.  Now let's go to TREX 50963-5.  Do you see where Mr. Corser

08:34:38 9    right wrote, "Mark asked Don what's going on?  Day crew screwed up

08:34:44 10   inflow test.  He had to go up and do it again.  He said there was

08:34:49 11   DP pressure."  Do you see that?

08:34:51 12   A.  It appears that's what it says, yes.

08:34:54 13   Q.  And you would interpret the phrase "DP pressure" to mean drill

08:34:59 14   pipe pressure, right, sir?

08:35:00 15   A.  That's what I would interpret, yep.

08:35:03 16   Q.  Let's go back to your notes, 295, and turn to page -- let's

08:35:09 17   pull up 295-40.  "MB thoughts May 1st," do you see that?

08:35:21 18   A.  Yes.

08:35:22 19   Q.  Those are your notes, aren't they, sir?

08:35:24 20   A.  Yes, they appear to be.

08:35:26 21   Q.  So you recorded those notes on May 1st, 2010, the same day Kent

08:35:34 22   Corser interviewed Mark Hafle, right?

08:35:37 23   A.  I can't recall if that was the same day.

08:35:39 24   Q.  Is there any reference at all on TREX 295-40 to you being

08:35:44 25   briefed by your team about the Mark Hafle interview, anywhere on

1339

08:35:48  1    that page?

08:35:53  2    A.  No, these appear to me to be myself writing questions for

08:35:57  3    myself just --

08:35:59  4    Q.  Turn to 295-41, sir, and pull that up, please.  Those are your

08:36:10  5    notes from May 2nd of 2010, right?

08:36:13  6    A.  Appear to be, yeah.

08:36:18  7    Q.  And there is no reference to any debriefing by your team to you

08:36:22  8    of their interview with Mark Hafle on this document either, is

08:36:25  9    there, sir?

08:36:25  10   A.  No.

08:36:27  11   Q.  Let's turn to TREX 295-42.  These are again your notes from May

08:36:40  12   2nd of 2010, aren't they, sir?

08:36:42  13   A.  They appear to be, yes.

08:36:43  14   Q.  And there is no reference on this page, TREX 295-42, of your

08:36:48  15   briefing briefed on the interview with Mr. Hafle, is there, sir?

08:36:51  16   A.  I am just trying to scan down to make sure.  (WITNESS REVIEWS

08:36:56  17   DOCUMENT.)  These appear to be notes about getting resources in

08:37:05  18   place in May, very early in the investigation.

08:37:07  19   Q.  Not my question.  My question --

08:37:09  20   A.  I'm sorry.

08:37:10  21   Q.  -- is, is there any reference to a debriefing of the Mark Hafle

08:37:13  22   interview on that page, sir?

08:37:14  23   A.  I don't see one, no.

08:37:15  24   Q.  Okay.  Turn to the next page and just flip through the next

08:37:18  25   couple of pages.  TREX 295-42, -43, -44, -45, -46, any of them,

1340

08:37:26  1    just flip through them.

08:37:29  2    A.  Okay.

08:37:30  3    Q.  There is no reference anywhere in there to your being briefed

08:37:35  4    on your team's interview of the onshore drilling engineer, Mark

08:37:40  5    Hafle, is there, sir?

08:37:42  6    A.  I don't see them, flipping through them.

08:37:44  7    Q.  Let's put up D 6606.1.  This demonstrative shows your notes

08:37:57  8    from May 1st, May 2nd, the 4th, the 6th, the 7th, the 9th, the

08:38:02  9    10th, the 11th, the 12th, the 13th and the 14th.  You're welcome to

08:38:06  10   look at them, sir.  But is there ever anywhere in your notes a

08:38:11  11   reference to being briefed on your team's interview of the onshore

08:38:16  12   engineer who had discussed the 1,400 psi with Don Vidrine,

08:38:21  13   anywhere?

08:38:23  14   A.  No, I take your word for it there's not.

08:38:26  15   Q.  There's not.  Now let's pull up Exhibit TREX 4447-1.  You were

08:38:44  16   shown this document last week, I think by Mr. Underhill, were you

08:38:48  17   not, sir?

08:38:49  18   A.  I may have been.  I don't recall specifically.

08:38:53  19   Q.  You recognize the name of Steve Robinson, don't you, sir?

08:38:59  20   A.  Yes.

08:38:59  21   Q.  He is one of your investigation team members, as is Kent Corser

08:39:05  22   right above there?

08:39:06  23   A.  That's correct.

08:39:07  24   Q.  And James -- how do you pronounce that -- Lucari?

08:39:09  25   A.  Lucari.

08:39:10  1    Q.  He was the in-house lawyer that was, from time to time,

08:39:13  2    assisting you on your investigation team, right?

08:39:16  3    A.  That's correct.

08:39:16  4    Q.  Now let's put up TREX 4447-6.  And this is the entire paragraph

08:39:32  5    where -- I think it's the entire paragraph.  In any event, the part

08:39:35  6    that we've highlighted states, "Vidrine told Mark that the crew had

08:39:39  7    0 pressure on the kill line, but that they still had pressure on

08:39:45  8    the drill pipe."  Do you see that?

08:39:46  9    A.  Yes, I see that.

08:39:47  10   Q.  "Mark said he told Don that you can't have pressure on the

08:39:51  11   drill pipe and 0 pressure on the kill line in a test that's

08:39:54  12   properly lined up."  That's what they wrote, did they not?

08:39:58  13   A.  Yeah, that's part of what they wrote.

08:40:01  14   Q.  Were you briefed by your team on their interview of Mr. Hafle

08:40:04  15   on July 8th, 2010?

08:40:06  16   A.  I may have been.  As I said, I -- we spoke about things when

08:40:11  17   they came back from interviews and through the course, so I may

08:40:15  18   well have been.  I don't recall.

08:40:16  19   Q.  These notes bore directly on the questions you had raised --

08:40:23  20   let's pull up again 295-105.  Mr. Hafle's interview bore directly

08:40:34  21   on the questions you had raised in your notes as reflected on

08:40:38  22   Exhibit 295-105, did it not, sir?

08:40:41  23   A.  Yeah, I guess they did.  I think other things did as well, but

08:40:54  24   yeah, Mr. Hafle's notes may have been relevant here.

08:40:57  25   Q.  Let's pull up TREX 295-156.  These are your notes for July 8th,

1342

08:41:10  1    2010, are they not, sir?

08:41:11  2    A.  Yes, they appear to be.

08:41:14  3    Q.  Is there any reference at all to the interview done of

08:41:19  4    Mr. Hafle on that day by Mr. Corser and Mr. Robinson?

08:41:24  5    A.  I don't see any reference to that, no.

08:41:26  6    Q.  In fact, there is no mention in your notes from TREX 295-156 to

08:41:34  7    the end, which is on the five pages, anywhere of you being

08:41:39  8    debriefed of that interview with Mr. Hafle, is there, sir?

08:41:42  9    A.  There may not be in my notes.

08:41:46  10   Q.  Now, did you just decide not to write it down, sir?

08:41:57  11   A.  I don't recall.  I mean, if you look through these notes,

08:42:02  12   they're hardly a comprehensive record of five months of work.

08:42:06  13   Q.  How many pages are they?

08:42:07  14   A.  A couple of hundred pages maybe.

08:42:09  15   Q.  As you sit here today, can you identify a single place in your

08:42:17  16   report where you said that Mr. Hafle and Mr. Vidrine had a

08:42:25  17   conversation about the discrepancy between 1,400 pounds of pressure

08:42:32  18   on the drill pipe and 0 pounds of pressure on the kill line?  Can

08:42:35  19   you tell me anywhere in your report where you said that, sir?

08:42:39  20   A.  No, we didn't say that, but we covered the negative test pretty

08:42:45  21   comprehensively on the report, and the team that did all of these

08:42:48  22   interviews and things came to the conclusions that we showed in our

08:42:51  23   report.

08:42:52  24   Q.  Did you say in your report that Mr. Vidrine and Mr. Hafle

08:42:59  25   discussed the discrepancy between 1,400 and 0?  Yes or no, did you

08:43:03  1    say it in the report, sir?

08:43:04  2    A.  I don't recall that being explicitly in the report.

08:43:06  3    Q.  It wasn't implicitly in the report, was it, sir?

08:43:09  4    A.  No, because we concluded that they had this discussion an hour

08:43:15  5    after the negative test had been accepted, and it was -- you know,

08:43:20  6    I made the point when I was speaking with Ms. Karis last week, it

08:43:24  7    was an after-the-fact conversation.

08:43:25  8    Q.  You did say that under oath, didn't you, sir, that it was an

08:43:31  9    after-the-fact conversation, that was your testimony last week,

08:43:32 10    right?

08:43:32 11    A.  That's what why understood from my team, yeah.

08:43:34 12    Q.  And you said that it was also made in passing, right?

08:43:37 13    A.  That's what I recalled from the team's discussion, yeah.

08:43:40 14    Q.  The conversation took place, you understood, between 8:52 P.M.

08:43:44 15    and about 9 o'clock P.M. on April 20, 2010, right?

08:43:50 16    A.  Roughly, that's correct.

08:43:51 17    Q.  That conversation ended approximately 47 to 49 minutes before

08:43:59 18    there was an explosion that killed 11 people, isn't that right,

08:44:03 19    sir?

08:44:03 20    A.  That's the timing, yes.

08:44:05 21    Q.  And you really say to us and to this Court that it's after the

08:44:08 22    fact, sir, is that your testimony?

08:44:10 23    A.  It was after -- in terms of the discussion about accepting the

08:44:14 24    negative test, we concluded -- or the team's view was that this was

08:44:18 25    after the fact, after the test had been accepted.

1344

08:44:21  1    Q.  Can we pull up TREX 1-89, please.

08:44:30  2         This is what you wrote in your report, did you not?  "The

08:44:33  3    investigation team has found no evidence that the rig crew or well

08:44:39  4    site leaders consulted anyone outside their team about the pressure

08:44:43  5    abnormality."  That's what you wrote in your report, did you, sir?

08:44:47  6    A.  Yes, that's correct.

08:44:48  7    Q.  Let's pull up D 6619.  This is a demonstrative, Mr. Bly, that

08:45:00  8    we prepared that has on the top your handwritten notes that I

08:45:04  9    showed you from TREX 295 at 21 where you were debriefed about their

08:45:09 10    interview with Mr. Vidrine, do you see that?

08:45:11 11    A.  Yes, sir.

08:45:12 12    Q.  And the next one is the portion of the Hafle interview notes by

08:45:16 13    Mr. Corser and Mr. Robinson on July 8th, do you see that?

08:45:22 14    A.  Yes, I do.

08:45:22 15    Q.  And the one at the bottom is the statement in the report, do

08:45:25 16    you see that?

08:45:25 17    A.  Yes.

08:45:26 18    Q.  Now, let's start with the statement from the report at the

08:45:31 19    bottom.  Do you have that in mind?

08:45:34 20    A.  Yes, I got it, yeah.

08:45:35 21    Q.  Let's see where it says, "the investigation team" -- that

08:45:40 22    included Mr. Corser and Mr. Robinson, right?

08:45:42 23    A.  Correct.

08:45:43 24    Q.  Okay.  "Has found no evidence," do you see that phrase?

08:45:49 25    A.  Yes.

1345

08:45:50  1   Q.  Evidence.  Some of that evidence that was being obtained during

08:45:55  2   the course of your investigation was through the interviews that

08:45:59  3   Mr. Corser and Mr. Robinson were conducting, right?

08:46:02  4   A.  Yes, they took those in, yes, absolutely.

08:46:05  5   Q.  So we know that you had an investigation team, you know their

08:46:11  6   interviews constituted evidence.  "The rig crew or well site

08:46:16  7   leaders."  Mr. Vidrine was a well site leader, was he not, sir?

08:46:20  8   A.  Yes, he was.

08:46:21  9   Q.  "Consulted anyone outside their team about the pressure

08:46:25  10  abnormality."

08:46:28  11         Would you agree with me, sir, that the discrepancy

08:46:31  12  between the 1,400 psi on the drill pipe and the 0 psi on the kill

08:46:37  13  line was a pressure abnormality?

08:46:39  14  A.  I would agree that that is a pressure abnormality, yes.

08:46:44  15  Q.  So we have the investigation team consisting of Mr. Corser, who

08:46:49  16  found evidence through their interview of a well site leader,

08:46:52  17  Mr. Vidrine, talking to Mr. Hafle about the pressure abnormality,

08:46:56  18  right?  That's what we have, don't we?

08:47:00  19  A.  As I said, after the fact.  I think my team's thinking was that

08:47:04  20  this was after the test had been accepted, you know, changing out

08:47:08  21  the fluids had already started and it was mentioned, but it wasn't

08:47:11  22  in the form of consulting about it.  It was sort of talking about

08:47:15  23  something that had come and gone and actually been handled.

08:47:18  24  Q.  So now I heard something new.  You're quarrelling with the word

08:47:24  25  "consulting," is that -- is that where you think -- you can survive

08:47:29  1    and say that sentence is not false?  Is that what you're focusing

08:47:32  2    on now?

08:47:33  3    A.  Well, I think that's what my team was focused on.

08:47:35  4    Q.  Because we agree that they were on the investigation team,

08:47:37  5    don't we?

08:47:38  6    A.  Yeah, Kent and Steve, yeah.

08:47:39  7    Q.  And we agree that Mr. Vidrine was a well site leader, right?

08:47:43  8    A.  Yes.

08:47:43  9    Q.  And we agree that evidence was gathered through interviews,

08:47:46 10    right?

08:47:46 11    A.  Correct.

08:47:46 12    Q.  And we agree that the 1,400 versus the 0 was a pressure

08:47:51 13    abnormality, right?

08:47:52 14    A.  Correct.

08:47:52 15    Q.  So last week -- let's pull, please, TREX 1-2.  Ms. Karis showed

08:48:05 16    you this page of your report, did she not?

08:48:08 17    A.  I can't recall, but I recognize it, yeah.

08:48:11 18    Q.  This is the page of the report right at the beginning where it

08:48:15 19    says:  "In the course of the investigation, members of the team

08:48:18 20    conducted interviews, and this report draws upon the team members'

08:48:23 21    understanding of those interviews.  The investigation team did not

08:48:27 22    record or produce verbatim transcripts of any interviews."  That's

08:48:31 23    what you wrote, did you not, sir?

08:48:33 24    A.  Yes, sir, that's right.

08:48:34 25    Q.  When you talked about that on Thursday, you weren't trying to

08:48:47  1  suggest to the Court, were you, that Mr. Corser and Mr. Robinson's

08:48:52  2  notes of their July 8th interview of Mr. Hafle were wrong, were

08:48:57  3  you?

08:48:57  4  A.  I wasn't trying to suggest anyone's notes were wrong, no.

08:49:04  5  Q.  No one on your team ever came to you and said, oops, we made a

08:49:10  6  mistake, those interview notes of Mr. Hafle are inaccurate?  They

08:49:15  7  never said that, did they?

08:49:16  8  A.  No, I never had that conversation with anyone.

08:49:19  9  Q.  In fact, at the outset of your investigation, I would assume

08:49:22 10  that you instructed your team members to do their best they could

08:49:26 11  to record the interviews accurately, didn't you, sir?

08:49:29 12  A.  Yeah, I think they were trying to record them accurately, yes.

08:49:32 13  Q.  Now, let's go back to TREX 4447-6.  I think you were asked

08:49:50 14  about other language below where I highlighted.  Do you see where

08:49:53 15  it says that, "Mark said he didn't have the full context for what

08:49:57 16  had transpired in the test and it wasn't clear to him whether Don

08:50:03 17  was talking about the first or second negative test." Do you see

08:50:05 18  that?

08:50:06 19  A.  Yes.

08:50:06 20  Q.  Now, is it BP's philosophy that if an engineer sees something

08:50:23 21  that might be terribly wrong, but isn't sure, he can just wash his

08:50:31 22  hands of it and do nothing?  That's not BP's philosophy, is it,

08:50:36 23  sir?

08:50:36 24  A.  No, it certainly isn't.

08:50:37 25  Q.  You're familiar, are you not, with the Stop Work philosophy,

1348

08:50:43  1   aren't you, sir?

08:50:43  2   A.  Yes, I am.

08:50:44  3   Q.  It's a pretty common idea in the drilling industry, isn't it?

08:50:48  4   A.  Yes.

08:50:48  5   Q.  If anyone sees that something might be wrong, they are entitled

08:50:54  6   to Stop Work until they're satisfied; isn't that right?

08:50:57  7   A.  Yes, they are.

08:50:58  8   Q.  In fact, you would expect them to do that, right?

08:51:04  9   A.  I would.

08:51:04  10  Q.  Let's move to TREX 1-25.  There was some discussion on Thursday

08:51:24  11  both in response to questions by Mr. Sterbcow and questions from

08:51:28  12  Ms. Karis about when the well began to flow, do you recall that?

08:51:32  13  A.  Yes.

08:51:34  14  Q.  And you addressed that issue in your report at page 25, did you

08:51:40  15  not?

08:51:40  16  A.  Yeah, that's the timeline.

08:51:43  17  Q.  And you indicated that the well -- you calculated that the well

08:51:49  18  went underbalanced and started to flow at 20:52, or 8:52 P.M.,

08:51:55  19  correct?

08:51:55  20  A.  That's right.

08:51:56  21  Q.  So when you told Mr. Sterbcow you thought it went under

08:52:01  22  balanced at 8 o'clock, that was mistaken, wasn't it, sir?

08:52:04  23  A.  Yeah, if I said that, that was a mistake.

08:52:07  24  Q.  And you corrected it later in your testimony, didn't you, sir?

08:52:10  25  A.  I don't recall.  But, yeah, I recognize this as the right time.

1349

08:52:13  1    Q.  Let's pull up TREX 1-93.

08:52:24  2            And so you know, the TREX 1 is the so-called Bly Report.

08:52:27  3    So I am just pulling up pages of the report.

08:52:29  4    A.  Okay.

08:52:30  5    Q.  Do you recognize that as Figure 8 on Page 93 of your report,

08:52:35  6    sir?

08:52:35  7    A.  Yes.

08:52:36  8    Q.  And you recall that Ms. Karis pulled up this chart for you,

08:52:41  9    didn't she?

08:52:42 10    A.  Yeah, I think I remember that.

08:52:43 11    Q.  Now, I think you testified on Thursday that your investigation

08:52:52 12    team discovered three anomalies between 9:01 P.M. and the blowout

08:52:58 13    shortly before 9:50 P.M. that night, right?

08:53:02 14    A.  Yes, that's right.

08:53:02 15    Q.  One was at approximately 9:01 P.M., right?

08:53:06 16    A.  Correct.

08:53:06 17    Q.  The second was at 9:08 to 9:14 P.M., right?

08:53:11 18    A.  Yes, sir.

08:53:12 19    Q.  And the third one was at approximately 9:31 P.M., right?

08:53:15 20    A.  Yeah, I remember 9:30, but -- yeah, that's right.

08:53:20 21    Q.  9:30 or 9:31, I am not trying to be that precise.

08:53:23 22    A.  Yeah, yeah, fair enough.

08:53:25 23    Q.  Ms. Karis asked you last Thursday who had access to what's

08:53:30 24    depicted on Figure 8, do you remember that?

08:53:32 25    A.  I don't recall exactly, but I -- well, I talked about the

1350

08:53:39  1   drill -- in the drill cabinet and mudloggers.  I don't remember the

08:53:43  2   exact question.

08:53:43  3   Q.  You testified that the Transocean driller and the Sperry

08:53:47  4   mudlogger would have access to that information, correct?

08:53:51  5   A.  Yes, sir.

08:53:51  6   Q.  And no one else, is that your testimony, sir?

08:53:56  7   A.  I don't know.  I don't recall if anyone else could have had it.

08:54:01  8   We had realtime data, so that indicated it may have been available

08:54:04  9   to others.

08:54:04 10   Q.  You say "we," you mean BP had realtime data, correct?

08:54:09 11   A.  No, I meant my investigation team.  We captured, you know, the

08:54:13 12   electronic information that came from the -- that was off the rig.

08:54:17 13   Q.  Isn't it a fact, sir, that no one, the driller, the Sperry

08:54:22 14   mudlogger, anybody else actually saw anything that looked like a

08:54:29 15   chart in Figure 8; isn't that true, sir?

08:54:31 16   A.  I don't know exactly what the displays look like that they

08:54:37 17   view.  My team's got a good familiarity of that, but I don't.  I

08:54:42 18   remember them showing pictures of the, you know, screens in the

08:54:45 19   report in here.

08:54:45 20   Q.  They didn't look like that, did they, sir?

08:54:48 21   A.  I don't know exactly what they look like.

08:54:50 22   Q.  Let's put up TREX 620-1.

08:55:01 23            In fact, they look more like that, didn't they?  620-1.

08:55:09 24   That's the actual Sperry data, isn't it, sir?

08:55:12 25   A.  I don't know what -- if -- you're saying that's what's on the

1351

08:55:17  1   screens that what the people on the rig look at?

08:55:20  2   Q.  Yes.

08:55:20  3   A.  I don't know.  It doesn't look like it to me, but I don't know

08:55:24  4   for sure.

08:55:24  5   Q.  Did anyone tell you that the data, the Sperry data that showed

08:55:27  6   up on the drill shack screen was displayed horizontally in that

08:55:31  7   neat little chart that you have in your report, did anybody tell

08:55:34  8   you that?

08:55:34  9   A.  I don't recall them telling me that.

08:55:36 10   Q.  Do you know the data actually comes vertical like as depicted

08:55:39 11   in 620-1?

08:55:40 12   A.  I don't personally know that, no.

08:55:44 13   Q.  Do you know that the driller in the drill shack actually had

08:55:47 14   multiple screens with many different kinds of information on those

08:55:51 15   screens?  Do you know that, sir?

08:55:53 16   A.  You're beyond my, you know, area.  But, yeah, I know from

08:55:58 17   the -- in our report we showed a little picture of multiple screens

08:56:01 18   up, yeah.

08:56:02 19   Q.  Do you know that the Transocean driller typically relied on

08:56:06 20   something else other than the Sperry data?  Do you know that?

08:56:08 21   A.  I think I recall -- yeah, I remember that there were two

08:56:16 22   different sets of information; one was Transocean and one was

08:56:16 23   Sperry.

08:56:16 24   Q.  And that data doesn't exist because it went down with the rig;

08:56:23 25   isn't that right, sir?

1352

08:56:25  1   A.  That is my understanding, yeah.

08:56:27  2            MR. BRIAN:  Now, let's pull up TREX 1-93A.

08:56:27  3   BY MR. BRIAN:

08:56:37  4   Q.  That's your Figure 8.  And you used a 2,000 psi scale, did you

08:56:45  5   not?

08:56:45  6   A.  Appears we did, yes.

08:56:50  7            MR. BRIAN:  Let's pull up TREX 620-1A.

08:56:50  8   BY MR. BRIAN:

08:57:04  9   Q.  Are you aware, sir, that the actual vertical, not horizontal,

08:57:10 10   vertical Sperry data uses a scale of 5,000 instead of 2,000?

08:57:17 11   A.  I am not.  I believe the people on my team may have a better

08:57:22 12   sense of this than I do.  This is a little bit more detail than I

08:57:25 13   am personally aware of.

08:57:26 14   Q.  Would you agree with me, sir, that when you choose to depict

08:57:30 15   something that really shows up on a 5,000 psi scale on, instead, a

08:57:36 16   2,000 psi scale, you are, in fact, distorting and exaggerating the

08:57:41 17   slope of that increase, aren't you, sir?

08:57:43 18   A.  I'm sorry.  Could you ask the question again?

08:57:48 19   Q.  Five thousand psi scale is bigger than a 2,000 psi, right?

08:57:54 20   A.  Yes.

08:57:54 21   Q.  And if you choose to show a 2,000 psi, you're going to distort

08:57:58 22   the slope of that increase, aren't you, and make it look bigger;

08:58:05 23   isn't that right?

08:58:05 24   A.  Yeah, it's the time -- if the time slices are the same and the

08:58:08 25   vertical's bigger, it will be steeper, yes.

08:58:11  1    Q.  So you would exaggerate the increase, right?

08:58:15  2    A.  Well, visually you would.  In terms of the actual pressures and

08:58:20  3    times, it wouldn't change anything, but visually it would

08:58:24  4    exaggerate it, yes.

08:58:25  5    Q.  And it was that exaggerated visual depiction that you put in

08:58:30  6    your report and presented to the presidential commission, didn't

08:58:33  7    you, sir?

08:58:34  8    A.  We put in the report what's in the report.  I don't know if

08:58:37  9    it's exaggerated or not, but we thought it was a clear depiction of

08:58:40 10    what the data showed.

08:58:41 11           MR. BRIAN:  I will move to strike that last section of my

08:58:44 12    question, your Honor, because I think you've ruled that the

08:58:46 13    presidential commission is off limits, and I apologize.

08:58:48 14           THE COURT:  All right.

08:59:01 15    BY MR. BRIAN:

08:59:01 16    Q.  Others besides the drillers and mud loggers had access to the

08:59:08 17    data on that night on April 20th, did they not, sir?

08:59:12 18    A.  So I, from recollection, and the guys on my team would know

08:59:17 19    this a lot better than me, I think there may have been one or two

08:59:21 20    other stations on the rig, and I would be speculating, I think

08:59:25 21    there was, but I am not for sure.

08:59:26 22    Q.  The BP onshore engineer s had realtime access to the data on

08:59:34 23    screens in their offices, didn't they?

08:59:37 24    A.  I believe that is true.

08:59:40 25           MR. BRIAN:  Let's pull up TREX 50964-3.

08:59:40  1    BY MR. BRIAN:

08:59:52  2    Q.  These are interview notes of Mark Hafle.  Do you see where it

08:59:57  3    says, "Mark had insite up."  Do you see that?

09:00:03  4    A.  I'm sorry.  Just trying to scan down the note.  I can see

09:00:06  5    what's highlighted, but I am trying to see what the note is about.

09:00:10  6    Q.  Let's start with the first sentence.  "Don called Mark at

09:00:13  7    8:52 P.M."  Do you see that?

09:00:14  8    A.  Yes.

09:00:15  9    Q.  Another reference to that conversation between the two of them

09:00:18 10    on 8:52 P.M. that night.  And four lines down, "Don said they had

09:00:24 11    DPP."  Drill pipe pressure.  Do you see that?

09:00:30 12    A.  I'm sorry.  Yeah, I see it, yeah.  I also see they were talking

09:00:34 13    about something else, they were talking about testing surface plug.

09:00:38 14    Q.  Okay.

09:00:39 15    A.  What appears to be what they're talking about.

09:00:42 16    Q.  Right below that it says, "'What's been going on?'  Day crew

09:00:46 17    screwed up neg. test having to redo it.  Don said they had DPP" --

09:00:52 18    for drill pipe pressure.  "Mark had insite up."  Did I read that

09:00:57 19    correctly, sir?

09:00:57 20    A.  It appears you did, yeah.

09:00:59 21    Q.  So Mark Hafle told the interviewers that he actually had the

09:01:02 22    data up on his screen during the time he was talking to Don

09:01:07 23    Vidrine, correct?

09:01:09 24    A.  Well, that's what the note says.  I can't tell if Mark said

09:01:12 25    that or the note taker sort of had that as another point.  I don't

1355

09:01:17  1    know.  I mean, I wasn't in the interview, but that's what it says

09:01:19  2    on the paper.

09:01:20  3    Q.  But it is a fact, is it not, that all of the BP engineers

09:01:24  4    onshore had realtime access to that data in their offices on their

09:01:29  5    screens, right?

09:01:29  6    A.  I've been asked this question in dep's and things.  I don't

09:01:35  7    know for a fact.  It's probably the case.  It's not something that

09:01:39  8    I am personally aware of, but it probably is the case.

09:01:42  9             MR. BRIAN:  Let's pull up TREX 620-1.

09:01:42 10    BY MR. BRIAN:

09:01:56 11    Q.  You testified that the first anomaly took place between

09:02:00 12    9:01 P.M. and about 9:08 P.M., right?

09:02:03 13    A.  Yes, that's right.

09:02:04 14    Q.  I am going to put the smaller time period up.

09:02:10 15             MR. BRIAN:  Let's put up TREX 620-1B.

09:02:10 16    BY MR. BRIAN:

09:02:16 17    Q.  Can you show me on Exhibit 620-1B where that anomaly is?

09:02:21 18    A.  No, I couldn't.  I can't tell.  I don't even know what these

09:02:24 19    lines are.

09:02:26 20    Q.  The second anomaly you say took place between 9:08 and

09:02:31 21    9:14 P.M., right?

09:02:38 22    A.  I'm sorry.  Your microphone cut out there.

09:03:03 23             THE COURT:  Did we leave it on all weekend, Stephanie?

09:03:07 24             THE DEPUTY CLERK:  No, this one was off.

09:03:09 25             THE COURT:  We're going to have to change these batteries

09:03:12  1    every morning or get better batteries.

09:03:26  2              MR. BRIAN:  Let's pull up 620-1C.

09:03:30  3              THE COURT:  I think the mic may be rubbing against your

09:03:32  4    shirt the way you have it.  You might want to put it on the outside

09:03:36  5    of your coat.  There you go.  Okay.

09:03:36  6    BY MR. BRIAN:

09:03:43  7    Q.  Okay.  Now, this depicts the time period from about a little

09:03:47  8    bit before 21:10 and about 21:05 to 21:20.  Do you see that?

09:03:54  9    A.  It appears to, yeah.

09:03:56  10   Q.  And it's your testimony that the second anomaly took place

09:03:59  11   between 9:08 and 9:14 P.M. in the time period roughly depicted on

09:04:05  12   this chart, right?

09:04:06  13   A.  That seems to be right, yes.

09:04:07  14   Q.  Was it your understanding during that time period the crew was

09:04:11  15   conducting what is known as a sheen test?

09:04:14  16   A.  The second one we pointed out when they had the pumps turned

09:04:18  17   off, yeah, they were doing the sheen -- or they were off to do the

09:04:22  18   sheen test, yes.

09:04:23  19   Q.  That was my next question.  They turned the pumps off to do the

09:04:27  20   sheen test, right?

09:04:27  21   A.  That was my recollection and understanding, yeah.

09:04:29  22   Q.  And when you turn the pumps off, you would expect the pressure

09:04:32  23   to stay relatively flat, wouldn't you?

09:04:35  24   A.  Yes.

09:04:35  25   Q.  But instead there was a slight increase during that six-minute

09:04:36 1    time period, right?

09:04:37 2    A.  Yes, there was a 250-pound increase.

09:04:40 3    Q.  And the drill crew apparently missed it, right?

09:04:43 4    A.  Our view was that they didn't -- either didn't see it or didn't

09:04:46 5    recognize it.

09:04:47 6    Q.  Same thing with the Sperry mudlogger; is that right?

09:04:50 7    A.  Yes.

09:04:50 8    Q.  And I take it no one told you or your interviewers, as far as

09:04:56 9    you know, that Mr. Hafle noticed any increase during that time

09:05:01 10   period from the screens on in his office, did they, sir?

09:05:04 11   A.  I don't recall that, no.

09:05:06 12   Q.  In fact, Mr. Hafle remained in his office that night until

09:05:12 13   10:00 P.M., didn't he?

09:05:13 14   A.  I don't recall -- it seems like I've been asked this question

09:05:23 15   before as well.  I don't recall.  That may well be true.

09:05:25 16            MR. BRIAN:  Let's pull up TREX 50963-1.  Handwritten

09:05:33 17   notes, Mark Hafle interview, May 1st.

09:05:37 18            Let's pull up 50963-5A.

09:05:37 19   BY MR. BRIAN:

09:05:51 20   Q.  You see where Mr. Corser wrote, "Hangs up.  Keeps working until

09:05:56 21   10:00 P.M."  Do you see that?

09:05:59 22   A.  Yes.

09:06:01 23   Q.  And to your knowledge, Mr. Hafle never said to anyone that he

09:06:08 24   detected an increase in the pressure during that six-minute period

09:06:12 25   between 9:08 to 9:14, did he?

09:06:16　1　A.  Not to my knowledge, no.

09:06:17　2　Q.  Mr. Vidrine never told anyone that he saw a pressure increase

09:06:23　3　during that time period, did he?

09:06:25　4　A.  Not that I recall.

09:06:27　5　Q.  In fact, Mr. Vidrine was in the drill shack during that time

09:06:32　6　period, wasn't he, sir?

09:06:33　7　A.  I don't know where he was.  I think my team may know that

09:06:39　8　detail.  I don't know it myself.

09:06:40　9　　　　　MR. BRIAN:  Let's pull up TREX 302-1.  Don Vidrine

09:06:52　10　interview, Tuesday, 27th of April.

09:06:54　11　　　　　Now, let's pull up TREX 302-2.

09:06:54　12　BY MR. BRIAN:

09:07:04　13　Q.  Do you see where it says, "Got the pumps lined up.  Told them

09:07:08　14　to let me know when the pill comes up so that we could do a sheen

09:07:12　15　test.  I then went to the office and checked what calls I had.

09:07:16　16　They called to say the pill was back so I went to the rig floor.

09:07:21　17　Everything was fine, checked for flow and it was okay."  Did I read

09:07:28　18　that correct?

09:07:30　19　A.  Yes, that's what's here, yeah.

09:07:31　20　Q.  Did anyone from your team tell you that Mr. Vidrine had told

09:07:36　21　them that he went down to the drill shack between 9:08 and 9:14,

09:07:43　22　checked the flow, said it was okay, and then left?  Did anyone tell

09:07:47　23　you that, sir?

09:07:47　24　A.  They may have.  I don't recall that -- that detail.

09:07:53　25　　　　　MR. BRIAN:  Let's pull up 295-18.

09:07:53  1   BY MR. BRIAN:

09:08:04  2   Q.  Again, these are the download that you got.  These are your

09:08:08  3   notes on the download from Steve Robinson of the Don Vidrine

09:08:12  4   interview, are they not, sir?

09:08:14  5   A.  Yeah, that's what -- we looked at it earlier.  This is the

09:08:18  6   early interview, isn't it?

09:08:19  7   Q.  The early interview, the 27th of April.

09:08:21  8   A.  Okay.

09:08:22  9        MR. BRIAN:  Let's pull up TREX 295-21A.

09:08:22  10  BY MR. BRIAN:

09:08:32  11  Q.  Do you see where you wrote, "21:10 to 21:18"?  Do you see that?

09:08:38  12  A.  Yes.

09:08:39  13  Q.  And you wrote, "Sheen test passed.  Gave okay for o.board

09:08:44  14  dump."  Do you see that?

09:08:45  15  A.  Yes.

09:08:46  16  Q.  And that, by the way, that means he gave the okay to continue

09:08:50  17  with the displacement, right?  That's what that means, doesn't it,

09:08:54  18  sir?

09:08:54  19  A.  Yeah, what I recall is the -- this was to see if it was okay to

09:08:59  20  put the spacer overboard, so the sheen test passed.  It was okay to

09:09:05  21  do that.

09:09:06  22  Q.  As part of the displacement, right?

09:09:07  23  A.  Right, you continue displacing, that's right.

09:09:10  24  Q.  Then you wrote, "Brought pumps back up, and then he went back

09:09:14  25  to office."  Do you see that?

1360

09:09:15  1    A.  Yeah, I see that.

09:09:16  2    Q.  So you were told, were you not, that Mr. Vidrine was in the

09:09:21  3    drill shack between 21:10 and 21:18 and gave the okay for the

09:09:31  4    overboard dump or the displacement, and then went back to his

09:09:34  5    office, right?

09:09:34  6    A.  Well, I don't know if you would go to the drill shack to do the

09:09:39  7    sheen test.  I'd thought that would have been down some place else

09:09:43  8    on the rig.

09:09:43  9    Q.  Where are the drillers?  They're in the drill shack, aren't

09:09:47 10    they, sir?

09:09:48 11    A.  But I think the mud is circulated some place else on the rig.

09:09:50 12    Q.  Do you think he -- you've been on a rig, right?

09:09:54 13    A.  I have, yeah.

09:09:55 14    Q.  Let's go ahead and play the demonstrative.

09:10:00 15        (WHEREUPON, THE VIDEOTAPE WAS PLAYED.)

09:10:05 16            MR. BRIAN:  I need that for the record what number it is.

09:10:09 17    D 6620, your Honor.

09:10:09 18    BY MR. BRIAN:

09:10:25 19    Q.  That's a fairly accurate depiction of a drill shack on one of

09:10:30 20    the Transocean rigs, is it not, sir?

09:10:32 21    A.  It looks similar to the one we had in the report.

09:10:34 22    Q.  And the driller sits in the drill shack, doesn't he, sir?

09:10:38 23    A.  Yes.

09:10:39 24    Q.  So when Mr. Vidrine went down to the drill floor between 9:08

09:10:43 25    and 9:14 and told them that it was okay to displace, do you think

OFFICIAL TRANSCRIPT

09:10:47  1    he stood outside of these screens and yelled at them inside or do
09:10:51  2    you think he went inside?
09:10:52  3    A.  He probably went inside.  I don't know if I can tell that from
09:10:57  4    the notes I wrote to myself, but.
09:10:59  5    Q.  And after he had the conversation with Mark Hafle in which Mark
09:11:04  6    Hafle told him that you can't have pressure -- 1,400 pressure on
09:11:09  7    the drill pipe and 0 pressure on the kill line if it's properly
09:11:13  8    lined up.  After that conversation, he told them it was okay to
09:11:17  9    displace, didn't he, sir, according to your interviewer's notes?
09:11:23  10   A.  According to the notes, he needed to talk to the guys that
09:11:26  11   spoke to all of the, you know, all of the people that were
09:11:28  12   involved.  But, I mean, piecing together what was written in the
09:11:31  13   notes, it appears that he did this after he spoke to Hafle.
09:11:38  14   Appears that way from the notes, yes.
09:11:42  15             MR. BRIAN:  Let's go back to TREX 1-93, your Figure 8.
09:11:54  16   I'm sorry.  Let's pull up TREX 1-26 instead.
09:11:54  17   BY MR. BRIAN:
09:11:59  18   Q.  Page 26 of your report, 1-26.  Now, during this time period,
09:12:11  19   let's say 21:17 to 21:27, we know that there was a spike in the
09:12:17  20   pressure about 21:18.  And in fact, the crew took action and shut
09:12:22  21   down Pumps 2, 3, and 4, didn't they, sir?
09:12:27  22   A.  Yeah, just working off this, what's on the screen, which
09:12:30  23   appears to be our report, that's right.  Pump No. 1 stayed on it
09:12:35  24   says.
09:12:35  25   Q.  And then they turned the pumps back on.  And let's go to TREX

09:12:40  1    101-1, Figure 15.  This is the second chart in your report that

09:12:58  2    depicts the later time period from 21:30 to 21:50, is it not, sir?

09:13:03  3    A.  It appears to be that, yes.

09:13:05  4    Q.  You testified there was an anomaly beginning at 21:31; is that

09:13:12  5    right?

09:13:12  6    A.  Yes.

09:13:13  7    Q.  Now, it's not your testimony, is it, that the crew didn't

09:13:19  8    notice the anomaly?  That's not your testimony, is it, sir?

09:13:21  9    A.  No.  We showed right in the report it appeared, at first, there

09:13:26 10    was a discussion going on at whatever that is 21:33 or so.

09:13:30 11    Q.  Yeah, in fact, there was discussion about the additional

09:13:34 12    pressure about 9:32 or 9:33, wasn't there?

09:13:37 13    A.  Yeah, that's what we gleaned from witness notes from recall.

09:13:41 14    Q.  And then about 91:37 (VERBATIM) they opened the drill pipe to

09:13:45 15    bleed the pressure, right?

09:13:47 16    A.  That was our view based on looking at this realtime data, yeah.

09:13:51 17    Q.  What I want to make very clear is I understand your report

09:13:54 18    concluded that the actions taken by the drill crew were not the

09:13:59 19    appropriate ones or they should have done different things, right?

09:14:02 20    A.  We said the actions taken failed to control the well, I think,

09:14:11 21    is what we actually said.

09:14:12 22    Q.  But you concluded that the drill crew detected what was going

09:14:16 23    on and did take action by discussing it and opening the drill pipe

09:14:22 24    to bleed pressure, right?

09:14:23 25    A.  Yeah, that's right from the report, yes.

09:14:28   1    Q.  You understood also that the crew conducted a flow check at

09:14:36   2    about approximately 9:40 or 9:41; is that right?

09:14:39   3    A.  A flow check, I don't recall that.  It may be in the timeline.

09:14:46   4    Q.  And after that they activated the annular and then they shut

09:14:50   5    the variable bore rams around 9:46, 9:47, right?

09:14:54   6    A.  Yeah, 9:41 for the annular and, as you say, 46, 47, that was

09:14:59   7    our best estimate, yeah.

09:15:01   8    Q.  Let's move to a different subject.  There was some discussion

09:15:07   9    in your report about a kick that took place on the *Deepwater*

09:15:11  10    *Horizon* on March 8th, 2010.  Do you recall that generally?

09:15:14  11    A.  I do generally, yes.

09:15:15  12            MR. BRIAN:  Let's pull up TREX 1-107.

09:15:15  13    BY MR. BRIAN:

09:15:28  14    Q.  In your report you wrote, among other things, that:  "During

09:15:32  15    the March 8th, 2010, event, the influx from the reservoir went

09:15:37  16    unnoticed for approximately 33 minutes for a total gain of 35 to 40

09:15:42  17    barrels."  Do you see that?

09:15:43  18    A.  Yes.

09:15:43  19    Q.  That's not correct, is it, sir?

09:15:45  20    A.  I believe we -- the team certainly thought it was correct

09:15:52  21    because that's what we put into the report.

09:15:54  22            MR. BRIAN:  Let me show you TREX 657-2.

09:15:54  23    BY MR. BRIAN:

09:16:04  24    Q.  Are you aware that the contemporaneous drilling report says

09:16:08  25    they observed the gain of 10 to 12 barrels?  Were you aware of

09:16:14  1    that?

09:16:14  2    A.  No, sir.

09:16:15  3    Q.  Did you look at any of the drilling reports?

09:16:17  4    A.  I didn't myself.  I suspect my team did, you know, the guys who

09:16:24  5    did this evaluation.

09:16:25  6    Q.  So they just got it wrong?

09:16:27  7    A.  I just can't say.  I know they looked at this and I trust the

09:16:31  8    team, so I suspect they did it pretty well, but I can't say what

09:16:35  9    information they looked at.

09:16:36 10            MR. BRIAN:  Let's pull up TREX 1-107A

09:16:36 11    BY MR. BRIAN:

09:17:03 12    Q.  You wrote in your report that:  "The wells team leader

09:17:07 13    indicated that Transocean and BP leaders (aboard the rig) were

09:17:12 14    given verbal feedback about the handling of the event."  You wrote

09:17:14 15    that, did you not?

09:17:15 16    A.  Yes.

09:17:16 17    Q.  The wells team leader you're referring to that in that sentence

09:17:20 18    is John Guide, right?

09:17:23 19    A.  I believe that would be right, yes.

09:17:25 20    Q.  Are you aware that Paul Johnson, Transocean's onshore rig

09:17:30 21    manager, testified that on the morning call following the March 8th

09:17:35 22    kick John Guide expressed that he was fine with the crew's

09:17:38 23    response.  Are you aware of that testimony?

09:17:40 24    A.  No, sir, I am not.

09:17:41 25    Q.  Do you know who Murray Sepulvado is, do you not?

09:17:47  1    A.  I know his name, yes.

09:17:48  2    Q.  He was the well site leader -- BP's well site leader on the rig

09:17:52  3    on March 8th at the time of the that kick, wasn't he, sir?

09:17:55  4    A.  I can't recall.  It's probably correct.

09:17:58  5    Q.  Are you aware that Mr. Sepulvado testified under oath at his

09:18:02  6    deposition that he considered the Transocean driller's response to

09:18:06  7    that kick to be appropriate?  Are you aware of that?

09:18:09  8    A.  No, sir, not aware of that.

09:18:10  9    Q.  Are you aware that Mr. Sepulvado testified at his deposition

09:18:14 10    that he never told John Guide that the driller's response was slow?

09:18:19 11    Are you aware of that?

09:18:20 12    A.  No, I am not aware of his testimony, no.

09:18:24 13         MR. BRIAN:  Let's pull, please, TREX 153-12.  I'm looking

09:18:58 14    for something there.  Yes, thank you.

09:18:58 15    BY MR. BRIAN:

09:19:08 16    Q.  Do you see where you wrote in your report --

09:19:16 17         MR. BRIAN:  Whoa, that's good.

09:19:16 18    BY MR. BRIAN:

09:19:18 19    Q.  -- that:  "John said he did not initiate a formal incident

09:19:21 20    investigation."  You wrote that, correct?

09:19:25 21    A.  I'm sorry, I don't --

09:19:27 22    Q.  You see where it says, "John said that he did not initiate a

09:19:30 23    formal incident investigation."  Do you see that?

09:19:32 24    A.  Yes, but you said this is in the report.  I don't recognize

09:19:36 25    this from the report.

09:19:37  1    Q.  Well, that's page 12 of your -- I'm sorry.  No, this is a

09:19:41  2    different document.  I apologize for that.

09:19:45  3            The BP's drilling and well operations practice manual

09:19:48  4    requires that a well control incident be documented in a written

09:19:53  5    report, doesn't it, sir?

09:19:54  6    A.  I'm sorry.  I can't remember.  It seems right, but I don't

09:20:02  7    remember specifically.

09:20:03  8            MR. BRIAN:  Let's pull, please, TREX 676-1.  Can we

09:20:20  9    enlarge the first paragraph?

09:20:20  10   BY MR. BRIAN:

09:20:21  11   Q.  That's a file note prepared by your investigation team during

09:20:27  12   the course of your investigation with regard to kick taken on the

09:20:33  13   *Deepwater Horizon* on March 8th, 2010, is it not?

09:20:35  14   A.  I'm sorry.  I am just not sure.  It may well be.

09:20:44  15           MR. BRIAN:  Can we go above that and include the file

09:20:46  16   note?

09:20:47  17   BY MR. BRIAN:

09:20:47  18   Q.  That's a file note of your team, is it not?

09:20:49  19   A.  You know, we did file notes.  It probably is, sir.  I am just

09:20:55  20   having a hard time digesting it this quickly, but it probably is.

09:20:59  21           MR. BRIAN:  Let's turn to TREX 676-2.

09:20:59  22   BY MR. BRIAN:

09:21:20  23   Q.  Do you see where it states, "The BP Drilling and Wells

09:21:23  24   Operations Practice Section 15.2.12 states:  A well control

09:21:30  25   incident report shall be completed and documented within the

09:21:35  1    Tr@ction reporting system following any well control incident.  To

09:21:39  2    date no report can be found which refers to the incident on

09:21:43  3    March 8th."  Did I read that correctly, sir?

09:21:45  4    A.  Yes, you did.

09:21:46  5    Q.  Can you point me to a single document that your investigative

09:21:51  6    team discovered that is critical of the Transocean drill crew for

09:21:57  7    their response on March 8th, 2010?  Besides your report.  Any

09:22:03  8    contemporaneous document in the March time period?  Can you point

09:22:07  9    to a single document from that time period that was critical of

09:22:10 10    Transocean?

09:22:11 11    A.  No, sir.  I didn't look at all -- you know, the subparts of the

09:22:14 12    team would know what documents they had.  I can't speak to those.

09:22:18 13    I can see, you know, the report is really what I have.

09:22:21 14    Q.  So you cannot, as you sit here today, identify a single

09:22:24 15    document from March of 2010 written by BP that was critical of

09:22:28 16    Transocean for its response, can you?

09:22:30 17    A.  I can't do that today, no.

09:22:32 18    Q.  But there is a "Lessons Learned" memo that BP put out that was

09:22:38 19    critical of BP for its actions in connection with that kick, isn't

09:22:42 20    there, sir?

09:22:43 21    A.  Again, I am not familiar with that.  There may be.

09:22:49 22         MR. BRIAN:  Let's pull up TREX 1-107B.

09:22:49 23    BY MR. BRIAN:

09:23:00 24    Q.  "The BP Macondo well team conducted an engineering analysis of

09:23:04 25    the kick that indicated a 33-minute response time and that there

1368

09:23:08  1  were indications of flow.  A 'lessons learned' document containing

09:23:17  2  the analysis and recommendations was distributed among the BP Gulf

09:23:22  3  of Mexico Drilling and Completions organization."  You wrote that

09:23:25  4  in your report, did you not?

09:23:26  5  A.  It appears so, yes.

09:23:33  6  Q.  And you see the reference to the "Lessons Learned" document

09:23:36  7  right there?

09:23:37  8  A.  Yes, sir.

09:23:38  9         MR. BRIAN:  Let's pull up TREX 1074-1.

09:23:38 10  BY MR. BRIAN:

09:23:46 11  Q.  This is an e-mail from Robert Bodek attaching the "Lessons

09:23:50 12  Learned" plan, is it not?

09:23:56 13  A.  It says, "'Lessons Learned plan,'" in the attachments, yeah.

09:24:00 14  Q.  Let's turn --

09:24:02 15  A.  I don't recognize this e-mail, but.

09:24:05 16         MR. BRIAN:  Let's pull up TREX 1074-3.

09:24:05 17  BY MR. BRIAN:

09:24:10 18  Q.  In the "Lessons Learned" plan, do you see the bottom paragraph?

09:24:13 19  It states, "In retrospect, after compiling the above list of

09:24:17 20  observations from various individuals, it seems that the

09:24:24 21  accelerated rate of penetration and the resulting 'onslaught' of

09:24:28 22  drilling indicators exceeded the ability of all team members to

09:24:32 23  effectively recognize, properly communicate, and decisively act

09:24:36 24  upon available data."  That's what it wrote, did it not?

09:24:38 25  A.  Yes, that's what it says on the page, yeah.

09:24:45  1          MR. BRIAN:  Let's go back to TREX 1-107.

09:24:45  2   BY MR. BRIAN:

09:24:53  3   Q.  You wrote in your report that your:  "Investigation team found

09:24:56  4   no evidence that Transocean took any documented, corrective actions

09:25:01  5   with the rig crew either to acknowledge or address the response

09:25:04  6   time recorded in the March 8, 2010, event."  You wrote that, did

09:25:08  7   you not, sir?

09:25:09  8   A.  Yes, sir.

09:25:09  9   Q.  Are you familiar with Transocean's weekly scheduled well

09:25:15 10   control drills?

09:25:16 11   A.  I am not personally familiar, no.

09:25:18 12   Q.  You haven't reviewed the well control drill reports for

09:25:21 13   Transocean for March and April of 2010, have you, sir?

09:25:25 14   A.  I haven't.  It may be that my team did, but I haven't

09:25:28 15   personally, no.

09:25:29 16          MR. BRIAN:  Let's pull up TREX 571-37, a Transocean drill

09:25:35 17   report from March 28th.

09:25:32 18   BY MR. BRIAN:

09:25:38 19   Q.  Are you aware that on March 28th, 20 days after that event,

09:25:44 20   Transocean did a drill on the *Deepwater Horizon* that stressed to

09:25:48 21   the drillers that:  "Increase in flow rate and/or pit volume is a

09:25:54 22   positive indicator that a kick is occurring."  Are you aware of

09:25:58 23   that, sir?

09:25:58 24   A.  No, sir.

09:25:59 25   Q.  Did anyone from BP ever make you aware of that between the time

OFFICIAL TRANSCRIPT

09:26:02  1  you issued your report and the time you testified last week?

09:26:06  2  A.  No.

09:26:07  3  Q.  During the course of your investigation, did you learn that BP

09:26:13  4  was at least a month behind schedule on the Macondo well?

09:26:18  5  A.  I got questions about this last week.  I was aware.  I can't

09:26:25  6  remember if it was during the investigation or afterward that they

09:26:27  7  were behind, yeah.

09:26:28  8  Q.  And over budget, too, by tens of millions of dollars, right?

09:26:32  9  A.  I can't remember if I knew that during the investigation or in

09:26:35  10  the questioning since, but that point's been raised, so I am aware

09:26:38  11  of it now.

09:26:38  12  Q.  During the course of your investigation, did you investigate

09:26:42  13  whether or not the BP Macondo well team made decisions to save

09:26:49  14  money or time?  Did you look at that question?

09:26:52  15  A.  No.  As I said, we looked at causality, so we looked at how

09:26:57  16  decisions were made as we went down the chain, but we didn't go and

09:27:02  17  look at that specific question as a question.  It was more driven

09:27:05  18  by the accident we were investigating.

09:27:06  19  Q.  So you did, though, learn that BP chose to use a long string

09:27:14  20  instead of a liner with a tieback, didn't you, sir?

09:27:17  21  A.  Yes, we learned that.

09:27:19  22  Q.  And that decision saved BP somewhere between seven and

09:27:27  23  $10 million, didn't it, sir?

09:27:28  24  A.  Yeah, I think that's right.  I recall that, yes.

09:27:34  25  Q.  And you also learned that BP -- the well team decided to cancel

09:27:40  1   a cement bond log, right?

09:27:41  2   A.  Yes, that's written up in the report.

09:27:43  3   Q.  And that saved BP a couple of hundred thousand dollars, didn't

09:27:49  4   it, sir?  Or at least more than 100,000, didn't it, sir?

09:27:52  5   A.  I don't know the number.  I know they mobilized a crew out

09:27:55  6   there, the helicopter flight, so they spent money on it.  I don't

09:27:59  7   know what the savings of not doing it was.

09:28:01  8   Q.  You were aware, are you not, that Macondo, the BP Macondo well

09:28:04  9   decided not to do a bottoms up well circulation?  Are you aware of

09:28:07  10  that?

09:28:08  11  A.  I don't recall.  I remember my team going through and looking

09:28:12  12  at bottoms up and where they were and the fact that they had seen

09:28:15  13  bottoms up at least one in the well.  I don't remember the detail

09:28:19  14  around the decision making on that, though.

09:28:21  15  Q.  Let's put up TREX 5946-91.  This was a chart from Mr. Bea's

09:28:43  16  report.  Have you seen this document before, sir?

09:28:46  17  A.  Whose report is it from?

09:28:48  18  Q.  Professor Bea, B-E-A.

09:28:51  19  A.  No, I don't believe I've seen this.

09:28:53  20  Q.  He lists a number of decisions in the left-hand column, do you

09:28:56  21  see that?  Not using the correct number of centralizers, not

09:29:01  22  waiting for a foam stability test, not running a cement bond log,

09:29:04  23  and others, do you see that?

09:29:05  24  A.  Yes, I see that.

09:29:06  25  Q.  In your course of your investigation, did you investigate

09:29:15  1    whether or not these decisions were made, first of all?  Did you

09:29:18  2    look at that?

09:29:19  3    A.  I am trying to scan down and see what all is on the table.  We

09:29:26  4    looked at several of these things, yes.

09:29:27  5    Q.  And did you look at whether or not the decision that BP's well

09:29:32  6    team made in every case had the effect of saving time and money,

09:29:37  7    did you look at that?

09:29:38  8    A.  No.  The teams tended to look more at the engineering

09:29:46  9    trade-offs and the risk decisions that were being made at each

09:29:49 10    level rather than whether it was a cost.  So for the things that we

09:29:53 11    looked at, they were trying to understand, you know, what risk was

09:29:56 12    being reduced versus what risk was being accepted in the way we

09:30:01 13    looked at it.

09:30:02 14    Q.  Did you think it was relevant to your investigation whether the

09:30:06 15    people on the shore, not the people on the rig, the people at BP on

09:30:10 16    the shore -- did you think it was relevant to your investigation

09:30:13 17    whether the people on the shore were making decisions that

09:30:17 18    increased risk in order to save money?  Was that relevant to you,

09:30:25 19    yes or no?

09:30:25 20    A.  As I said, we were looking at how they traded risk off rather

09:30:29 21    than the question you're asking me.  I think the more important

09:30:32 22    question is how were risks being considered rather than a risk

09:30:38 23    versus cost question.

09:30:38 24    Q.  Whether your question is more important than mine or not, try

09:30:41 25    to answer my question.  Did you look at whether or not the BP

09:30:45  1    Macondo well team made risky decisions in order to save money, did

09:30:53  2    you look at that question?

09:30:54  3    A.  We didn't look at that question specifically, no.

09:30:56  4    Q.  Did you look at -- your investigation was intended to be

09:31:02  5    neutral and objective, that's your testimony last week, isn't it,

09:31:05  6    sir?

09:31:05  7    A.  Yes.

09:31:05  8    Q.  In doing this neutral and objective investigation, did you

09:31:12  9    consider whether or not BP, in drilling this well, repeatedly

09:31:16 10    violated the safe drilling margin?  Did you look at that question?

09:31:21 11    A.  I don't know what that is, so -- and I don't recall that

09:31:28 12    discussion with the team, safe drilling margins, no.

09:31:30 13    Q.  You don't know what the safe drilling margin is?

09:31:33 14    A.  That language is not familiar to me, sir.

09:31:35 15    Q.  Did you look at whether or not the BP managers on the BP

09:31:42 16    Macondo well team misrepresented to the MMS that drilling margin?

09:31:49 17    Did you look at that question?

09:31:50 18    A.  No, sir, I don't recall my team looking at that, no.

09:31:55 19    Q.  Let's put up TREX 4514-2.  This is an e-mail from Brett Cocales

09:32:10 20    to Brian Morel dated April 16th, 2010, in which he wrote in part,

09:32:15 21    "but who cares, it's done, end of story, will probably be fine and

09:32:20 22    we'll get a good cement job."

09:32:23 23            Did anyone bring this e-mail to your attention during the

09:32:25 24    course of the investigation?

09:32:27 25    A.  I can't recall.  I think I've seen this during other

09:32:31  1   questioning.  I recognize this e-mail now.

09:32:35  2   Q.  Let's put up TREX 1144-1.  This is an e-mail from John Guide to

09:32:45  3   his boss David Sims on Saturday, April 17th, where he writes,

09:32:50  4   "David, over the past four days there has been so many last minute

09:32:54  5   changes to the operation that the well site leaders have finally

09:32:58  6   come to their wits end.  The quote is, "flying by the seat of our

09:33:02  7   pants."  Did I read that correctly, sir?

09:33:04  8   A.  You read what's the page correctly, yes.

09:33:06  9   Q.  And then the last sentence of that document he writes, "The

09:33:10 10   operation is not going to succeed if we continue in this manner."

09:33:13 11   Did I read that sentence correctly?

09:33:15 12   A.  Yes, you did.

09:33:16 13   Q.  And you were made aware of this e-mail during the course of

09:33:19 14   your investigation, weren't you, sir?

09:33:21 15   A.  I don't remember specifically, but I probably was.  I know the

09:33:24 16   team looked at a few -- you know, some of the e-mails in the

09:33:28 17   investigation.

09:33:28 18   Q.  You don't mention this e-mail from Mr. Guide or Mr. Cocales'

09:33:35 19   e-mail anywhere in your report, do you, sir?

09:33:38 20   A.  No, we mention summarized conclusions that the team came to

09:33:41 21   from all of the interviews and e-mails.  We didn't pull out any

09:33:45 22   particular e-mails, as I recall.

09:33:46 23   Q.  Very simple question.  Did you, yes or no, mention that e-mail

09:33:49 24   in your report?

09:33:50 25   A.  No.

1375

09:33:51  1   Q.  Did you think it was significant in assessing the actions of

09:33:59  2   the BP management on the rig that the operations supervisor onshore

09:34:06  3   had written three days before the blowout that the operation is not

09:34:11  4   going to succeed?  Did you think that was significant?

09:34:14  5   A.  We thought it was significant to interview all of the people

09:34:19  6   that written these e-mails to try to understand what they meant,

09:34:22  7   what was said before, what was said after.  So we didn't think one

09:34:26  8   sentence out an e-mail was particularly significant.  It was

09:34:29  9   certainly something we tried to understand the overall context of

09:34:33 10   the discussions, and that's how the team went about their work.

09:34:36 11   Q.  Was it your intention in putting out this report, sir, to blame

09:34:40 12   the folks on the rig and avoid casting blame on the BP onshore

09:34:45 13   people, was that your intention?

09:34:47 14   A.  No, I've been clear about the intention.  It was to understand

09:34:50 15   what had happened, what allowed it to happen and to -- you know, to

09:34:56 16   find what came together to allow the accident to happen.  That was

09:34:58 17   the only intent, and I believe that's what we did.

09:35:00 18   Q.  And you say that even though you didn't mention John Guide's

09:35:04 19   e-mail, did you, sir?  Did you mention it?

09:35:07 20   A.  No, I said we didn't mention any particular one e-mail, no.

09:35:11 21   Q.  You didn't mention the Cocales e-mail, did you, sir?

09:35:15 22          MS. KARIS:  Objection.  Asked and answered.

09:35:18 23          THE COURT:  It is getting pretty repetitive.

09:35:21 24          MR. BRIAN:  I will move to a different subject.

09:35:21 25   BY MR. BRIAN:

1376

09:35:23  1    Q.  Let's talk about cement.  Let's pull up TREX 1-10.  I've put on

09:35:34  2    the screen your first two findings, do you see that, sir?

09:35:37  3    A.  Yes.

09:35:38  4    Q.  "The annular cement barrier did not isolate the hydrocarbons"

09:35:42  5    and "the shoe track barriers did not isolate the hydrocarbons."

09:35:45  6    Did I read those correctly?

09:35:46  7    A.  Yes, sir.

09:35:47  8    Q.  You were asked last Thursday about the problems with the

09:35:49  9    stability of the cement, do you recall that generally?

09:35:51 10    A.  Generally, yes.

09:35:52 11    Q.  And your investigation concluded that there were problems with

09:35:56 12    the stability of the cement, did it not?

09:35:58 13    A.  We said very probably that was the case, yes.

09:36:02 14    Q.  And foam stability is a fundamental requirement for foam

09:36:06 15    cement, is it not?

09:36:08 16    A.  Well, I learned through the investigation it's very important,

09:36:12 17    and we had experts on the team that know a lot more about it than I

09:36:16 18    do; but, yeah, I believe it is very important.

09:36:17 19    Q.  And your investigation concluded, did it not, that stability

09:36:20 20    problems started as soon as the cement was pumped into the well;

09:36:24 21    isn't that right?

09:36:25 22    A.  You're pushing my recollection.  I think there was a view that,

09:36:36 23    yes, since you put the nitrogen at the surface that that stability

09:36:41 24    problem probably happened from the very outset, I think that is

09:36:43 25    correct.

09:36:44  1   Q.  Let's put up his deposition, page 843, lines 4 through 23.

09:37:01  2          You were asked:

09:37:01  3          "Regardless of the theoretical possibilities about mud

09:37:04  4   contamination or small slurry or any of those things, did your

09:37:08  5   investigation team conclude that no matter what took place, the

09:37:12  6   cement slurry designed and poured by Halliburton was just

09:37:16  7   fundamentally unstable and didn't work?"

09:37:19  8          There was an objection, and you answered:

09:37:21  9          "The -- the conclusion that's -- that's written up in the

09:37:26 10   report is that the stability problems would have happened right

09:37:28 11   from the very injection of the cement into the well.  It appeared

09:37:33 12   not to be stable even if the injection before it was ever pumped

09:37:37 13   down into the well.  So it -- the problem began as soon as the

09:37:43 14   cement was being pumped into the well, the way I understand the

09:37:46 15   analysis."

09:37:47 16          Did I read your answer correctly, sir?

09:37:49 17          THE COURT:  Wait a second.

09:37:50 18          MS. KARIS:  Your Honor, my objection is that this is an

09:37:52 19   improper use of prior testimony.  I think what Mr. Bly said is

09:37:55 20   entirely consistent with what this just says.

09:37:58 21          THE COURT:  I agree with you.  Sustain the objection.

09:37:58 22   BY MR. BRIAN:

09:38:01 23   Q.  Now, BP has recommended practices for cement lab testing, does

09:38:06 24   it not, sir?

09:38:07 25   A.  I'm sure we do.  I don't remember specifically, but I know the

09:38:14  1    team looked at them.

09:38:15  2    Q.  Let's pull up, please, TREX 3773-4, a copy of the drilling --

09:38:24  3    BP's Drilling and Completion Cementing Manual, Cement Laboratory

09:38:28  4    Testing Section.  Do you see that, sir?

09:38:30  5    A.  Yes.

09:38:31  6    Q.  Let's pull up TREX 3773-6.  Do you see where it states,

09:38:41  7    "Laboratory testing is a critical element in successful well

09:38:44  8    cementing."?  And then the second line at the end, it says,

09:38:48  9    "Therefore, the testing of field representative samples is critical

09:38:52 10    to ensure that the slurry has the properties to meet the cementing

09:38:58 11    objectives."  Do you see that?

09:38:59 12    A.  Yes.

09:39:00 13    Q.  And during the course of your investigation, I know you're not

09:39:02 14    a cementing expert, but your team agreed with that, that statement

09:39:06 15    in the BP manual, did it not?

09:39:15 16    A.  I don't recall us citing that or anything in the report, so I

09:39:18 17    don't know if we did or didn't.  Seems like a relatively normal

09:39:23 18    thing to agree to.  I don't recall the citation in our report,

09:39:27 19    though.

09:39:27 20    Q.  Are you aware that BP's contract with HESI required certain

09:39:32 21    tests to be run on the cement, are you aware of that?

09:39:36 22    A.  Again, it's likely.  I don't recall it specifically.

09:39:40 23    Q.  Let's pull up TREX 640-16.  Do you see the reference to the

09:39:52 24    various static gel strength transition, which I've highlighted, 0

09:39:59 25    gel time, pump time, compressor strength, all of these are tests

09:40:03  1    set forth in the contract, are they not?

09:40:08  2    A.  I'm sorry, I don't recognize the document, so I just can't say.

09:40:13  3    Q.  Pull up TREX 3058-1.

09:40:25  4          Deepwater Cementing Guidelines - UTG drilling Sunbury,

09:40:29  5    December 2002.  That's a reference to the BP's upstream technology

09:40:34  6    group in the United Kingdom, is it not?

09:40:37  7    A.  Yes, that's what UTG stands for, yes.

09:40:42  8    Q.  Let's pull up TREX 3058-14.

09:40:48  9          And do you see where the requirements were that this be

09:40:51 10    demonstrated by actual test data on exactly the cement and

09:40:56 11    additives which will be pumped?  Do you see that?

09:40:59 12    A.  I see what's highlighted on the page.  Again, it's not a

09:41:02 13    document I am familiar with.

09:41:04 14    Q.  Okay.  But in your report -- let's pull up TREX 1-68.

09:41:19 15          You wrote in your report that "investigation team saw no

09:41:22 16    evidence that the BP Macondo well team confirmed that all relevant

09:41:26 17    Lab test results had been obtained and considered by the

09:41:30 18    Halliburton in-house cementing engineer before cement placement

09:41:35 19    proceeded."  You wrote that in your report, did you not?

09:41:37 20    A.  Yes.

09:41:39 21    Q.  Let's pull up TREX 1-34.

09:41:48 22          You wrote on this page that "The evidence reviewed

09:41:50 23    suggests that the cement slurry was not fully tested prior to the

09:41:54 24    execution of the cement job."  You wrote that, did you not?

09:41:58 25    A.  Yes.

09:41:58  1    Q.  And your investigation team concluded that the test had

09:42:05  2    indicated that the foam cement slurry was unstable.

09:42:08  3              Let's pull up TREX 1-58.

09:42:16  4              You wrote on this page that:  "The results of this

09:42:18  5    testing indicated foam instability based on the foam cement weight

09:42:22  6    of 15 PPG."  You wrote that, did you not, on Page 58?

09:42:28  7    A.  That's what it says.  I am trying to remember where this fit

09:42:34  8    into the report, but that's what it says the page, yes.

09:42:36  9    Q.  I left you a copy of the report if you need to see it, sir.

09:42:39  10   A.  Thank you.

09:42:39  11   Q.  You also wrote on page 58 that:  "This low yield point could

09:42:43  12   have led to difficulties in foam stability."  You wrote that as

09:42:46  13   well, did you not?

09:42:46  14   A.  Yes, that's what it says.

09:42:48  15   Q.  And you wrote, "Dispersants and defoamers could lead to foam

09:42:51  16   stability problems."  You wrote that as well, did you not?

09:42:54  17   A.  Yes.

09:42:55  18   Q.  You also became aware during the course of your investigation

09:42:59  19   that Halliburton had sent the BP engineers on April 18th a model

09:43:05  20   that indicated there could be a severe gas flow problem.  You

09:43:09  21   became aware of that, did you not?

09:43:10  22   A.  I don't remember the dates.  I remember there were multiple

09:43:15  23   models that went back and forth -- yeah, I'm sorry, that's right.

09:43:18  24   The April 18th was the last one, I believe that's right.

09:43:20  25   Q.  Let's pull up TREX 1-64.

09:43:27  1            See the reference at the top to "on April 18th, 2010"?

09:43:31  2    Do you see that?

09:43:32  3    A.  Yes.

09:43:32  4    Q.  And you indicated, "At approximately 20:58 hours that same day,

09:43:38  5    the Halliburton in-house cementing engineer sent an e-mail to

09:43:41  6    several BP and Halliburton personnel that contained partial lab

09:43:45  7    results, a new OptiCem modeling report."  Do you see that?

09:43:49  8    A.  Yes.

09:43:51  9    Q.  And you indicated below that that that model predicted a severe

09:43:54 10    gas flow potential, didn't you?

09:43:56 11    A.  That's correct.

09:43:57 12    Q.  Let's pull up TREX 1-64A.

09:44:04 13            On that same page, you wrote that the model run on

09:44:08 14    April 18th, 2010 was the most accurate prediction of cement

09:44:11 15    channelling.  You wrote that, did you not?

09:44:13 16    A.  Yes, that's what it says.

09:44:14 17    Q.  Let's pull up TREX 267-1.  These are some more of your notes,

09:44:24 18    aren't they, sir?

09:44:25 19    A.  It appears to be my handwriting.

09:44:27 20    Q.  And you see where you wrote "several choices appear rushed"?

09:44:32 21    Do you see that?

09:44:35 22    A.  Yes, I see that.

09:44:36 23    Q.  And the next line you wrote, "notably," do you see that?

09:44:41 24    A.  Yep.

09:44:42 25    Q.  And then you said, "key questions about slurry, stability,

1382

09:44:46 1  fluid loss, rheology."  Those are all about cementing, aren't they,

09:44:51 2  sir?

09:44:51 3  A.  Yes.

09:44:51 4  Q.  And below that you referred to "centralizer not per ETP," you

09:44:59 5  wrote that as well, did you not?

09:45:00 6  A.  Yes, I did.

09:45:01 7  Q.  And ETP refers to BP's engineering technical practices, does it

09:45:05 8  not?

09:45:06 9  A.  It does.

09:45:06 10 Q.  And below that, you said, "no CET," and that refers to a cement

09:45:12 11 evaluation test?

09:45:13 12 A.  Yeah.

09:45:17 13 Q.  Cement evaluation tool?

09:45:19 14 A.  "Tool" probably.

09:45:19 15 Q.  That's another word for cement bond log, right?

09:45:23 16 A.  Yeah, I think there's more than one kind, from memory, but,

09:45:26 17 yeah.

09:45:26 18 Q.  And right below that you wrote, "cement job before final test

09:45:30 19 results," do you see that?

09:45:31 20 A.  Yes.

09:45:31 21 Q.  These are all things that you wrote down during the course of

09:45:35 22 your discussion with your investigation team about the problems

09:45:38 23 with the cement job, right?

09:45:40 24 A.  Well, they're notes that I wrote.  I can't remember the exact

09:45:46 25 context of them, but, yeah, those are my handwriting.

09:45:49  1    Q.  And you wrote two lines below that that there was too much

09:45:53  2    reliance on the cement provider, right?

09:45:55  3    A.  Yes.

09:45:55  4    Q.  And below that, you wrote that there appears to be poor

09:45:57  5    communication, right?

09:45:58  6    A.  Correct.

09:46:00  7    Q.  Now, you concluded, did you not, that the communication between

09:46:05  8    BP and Halliburton involving the cement job was not effective on

09:46:11  9    the Macondo well, didn't you?

09:46:12 10    A.  Yeah, we wrote a specific conclusion that was in that vein.

09:46:17 11    You know, I would rather go by the words in the report, but, yeah,

09:46:21 12    we concluded that that communication was -- could have been better,

09:46:23 13    yeah.

09:46:23 14    Q.  Let's pull up TREX 1-77.

09:46:29 15          This is where you wrote that:  "Communication between BP

09:46:31 16    and Halliburton personnel involved in the cement job was not

09:46:35 17    effective in relation to the challenges and associated risks with

09:46:39 18    the slurry design (i.e., stability of the foamed cement) and

09:46:45 19    placement."  You wrote that in your report, didn't you, sir?

09:46:48 20    A.  Yes, sir.

09:46:48 21    Q.  You would agree with me, would you not, that in oil and gas

09:46:52 22    drilling, effective communication between BP as the operator and

09:46:56 23    its contractors is essential?

09:46:57 24    A.  I think it is important, so I would highlight it.

09:47:01 25    Q.  And you were critical, were you not, of the lack of effective

09:47:06   1   communication between the BP Macondo well team and its contractors,

09:47:10   2   weren't you, sir?

09:47:11   3   A.  Well, we were -- just what it says there, we said it wasn't

09:47:16   4   effective in relation to the challenges.

09:47:19   5   Q.  Sir, if you had been on the *Deepwater Horizon* on the night of

09:47:27   6   April 20th, 2010, would you have wanted to know that the cement

09:47:37   7   stability was failing from the moment the cement was poured?

09:47:42   8   A.  Yes, I would want to know anything that was going to impinge on

09:47:50   9   well integrity, yes, I would.

09:47:51  10   Q.  You would have wanted to have known, would you not, that BP

09:47:54  11   didn't have a good cement stability test at the time they poured

09:47:59  12   that cement?  If you were on that rig that night, you would want to

09:48:02  13   know that, wouldn't you, sir?

09:48:04  14   A.  Yeah, anything that could pose a risk, of course you would want

09:48:08  15   to know that.

09:48:09  16   Q.  And you would have wanted to have known that the cement had not

09:48:13  17   hardened before the drill crew was told to displace, you would have

09:48:17  18   wanted to know that, wouldn't you, sir?

09:48:20  19   A.  I am not sure if what you just said is actually what happened.

09:48:25  20   I don't know if the cement did or didn't harden.

09:48:27  21   Q.  Let me ask you this question.  If you had been on that drill

09:48:31  22   crew on the rig on April 20th, would you want to have known that

09:48:37  23   Mr. Hafle had told Mr. Vidrine that you cannot have 1,400 psi

09:48:44  24   pressure on the drill pipe and 0 pressure on the kill line if the

09:48:48  25   test was properly lined up?  Would you have wanted to know that?

09:48:52  1   A.  It would depend on the context of what was being discussed, you

09:48:57  2   know.  You're implying that the conversation was very clear.  That

09:49:01  3   wasn't our conclusion.  We said that it was mentioned, it's not

09:49:04  4   clear that they had some clear understanding what that meant.

09:49:08  5   Q.  Let's put up 4447-6 again.

09:49:18  6       I want you to assume that those notes accurately reflect

09:49:23  7   that Mark Hafle told Don Vidrine that you can't have pressure on

09:49:27  8   the drill pipe and 0 pressure on the kill line in a test that's

09:49:32  9   properly lined up.  If he said that and you were on that drill crew

09:49:36  10  on April 20th, and Don Vidrine walked into your drill shack, as he

09:49:42  11  did during the sheen test, would you have wanted him to tell you

09:49:46  12  that Mr. Hafle had said that?

09:49:48  13  A.  I suppose so.  I mean, I think you would still want -- it

09:49:58  14  doesn't change anything.  You still have to be vigilant on the

09:50:02  15  well.

09:50:02  16  Q.  I am not disputing that, but if you were sitting there and your

09:50:04  17  choices were I don't want to know or I do want to know, you would

09:50:08  18  prefer to know, wouldn't you, sir?

09:50:11  19       MS. KARIS:  Objection, your Honor, asked and answered

09:50:13  20  three times now.

09:50:14  21       THE COURT:  I sustain the objection.

09:50:14  22  BY MR. BRIAN:

09:50:16  23  Q.  You're not an expert in deep water drilling, are you, sir?

09:50:19  24  A.  We described my experience.  I don't consider myself an expert.

09:50:23  25  I've been involved with drilling, but not an expert.

1386

09:50:25  1    Q.  You've never calculated a kick in a well, have you, sir?

09:50:29  2    A.  No, I don't believe I have.

09:50:30  3    Q.  You don't consider yourself a BOP expert, do you, sir?

09:50:34  4    A.  I do not.

09:50:34  5    Q.  You've never been part of a BOP audit or survey, have you?

09:50:38  6    A.  No, I haven't.

09:50:39  7    Q.  You've never personally tested a BOP in your life, have you?

09:50:42  8    A.  Nope.

09:50:43  9    Q.  Now, I think last week you testified that your root cause

09:50:48 10    analysis was affected because "the BOP was not recovered until

09:50:53 11    after we had done our report."  That's what you testified to,

09:50:56 12    right?

09:50:57 13    A.  I don't recall the question you're referring me to.  I said

09:51:04 14    there was information that wasn't available to us, including that,

09:51:07 15    that would have made it difficult to do a full systemic-level

09:51:12 16    investigation.

09:51:12 17    Q.  Your report issued on September 8th, 2010, was it not?

09:51:15 18    A.  Yes, it was.

09:51:16 19    Q.  The BOP stack was retrieved from the seafloor on September 4th,

09:51:21 20    2010, four days before, wasn't it?

09:51:23 21    A.  I don't recall that.  I would take your word for it.  I don't

09:51:28 22    recall that.

09:51:29 23    Q.  It was retrieved before you actually issued the report, you

09:51:31 24    recall that, don't you, sir?

09:51:34 25    A.  I didn't, but it's possible.

09:51:36  1    Q.  The fact is that you decided to issue your report and not wait

09:51:46  2    to analyze the BOP once it came up, right?

09:51:48  3    A.  Yes, we decided to issue the report based on, you know, the

09:51:54  4    information we had at the time.

09:51:54  5    Q.  Let's pull up TREX 1-156.

09:52:04  6         You wrote and concluded in your report that:  "The

09:52:06  7    investigation team has not been able to determine the reason for

09:52:10  8    the failure of the BSR to seal."  You wrote that, did you not?

09:52:16  9    A.  That's correct.

09:52:17 10    Q.  And the BSR refers to the blind shear ram, doesn't it?

09:52:21 11    A.  Yes.

09:52:21 12    Q.  Your team did not issue a supplemental report analyzing the BOP

09:52:25 13    once it had come up from the sea, did you?

09:52:27 14    A.  No, we did not.

09:52:28 15    Q.  Did you look at the forensic findings of DNV, sir?

09:52:33 16    A.  I didn't look at them personally.  I think some of the guys on

09:52:36 17    the team may have been involved with that for awhile, but, no, I

09:52:40 18    didn't myself, no.

09:52:40 19    Q.  So you're not aware whether they found that the variable bore

09:52:45 20    rams, for example, had functioned, you're not aware of that?

09:52:48 21    A.  I can't remember how I became to be aware of this.  I heard

09:52:52 22    they closed and then there was a pipe off center or something.

09:52:55 23    That's what I recall.

09:52:56 24    Q.  Now, Mr. Sterbcow asked you about the use on the Macondo well

09:53:00 25    of a rig with one blind shear ram instead of two, do you recall

09:53:04  1    that?

09:53:04  2    A.  I don't recall the question.  I generally remember the

09:53:11  3    discussion, yes.

09:53:12  4    Q.  You are aware that it was one blind shear ram on the rig,

09:53:15  5    right?

09:53:15  6    A.  Yes.

09:53:16  7    Q.  That was a BP decision, was it not?

09:53:18  8    A.  I don't know.  I guess -- I guess when the rig came out, the --

09:53:29  9    BP would have accepted the equipment, yes.

09:53:32 10    Q.  But you are not aware whether BP actually instructed Transocean

09:53:36 11    to convert a blind shear ram to a test ram, you're not aware of

09:53:40 12    that, sir, one way or the other?

09:53:42 13    A.  I was aware that there was a different part of a variable bore

09:53:47 14    ram that was converted to a test ram.

09:53:50 15    Q.  Now, you did testify last week that you were hampered to some

09:53:57 16    extent in your investigation because you didn't have access to

09:54:02 17    Transocean and Halliburton employees for interviews, do you recall

09:54:04 18    that testimony?

09:54:04 19    A.  Generally.  I think I said we had access to some of the

09:54:12 20    Halliburton folks, but none of the Transocean folks.

09:54:16 21    Q.  You are aware, are you not, that shortly after you began your

09:54:21 22    investigation, Transocean began its own investigation?  You're

09:54:24 23    aware of that, aren't you, sir?

09:54:27 24    A.  Yeah, I can recall in the very early day s that there was a

09:54:32 25    gentleman at TO, Mr. Ambrose, that was going to start their

1389

09:54:36  1    investigation.

09:54:37  2    Q.  And you had e-mail exchanges with Mr. Ambrose about your

09:54:41  3    respective investigations, did you not?

09:54:43  4    A.  Yeah, we did.  In the early days, we were communicating

09:54:47  5    backwards and forwards, yes.

09:54:48  6    Q.  And the truth is that both BP and Transocean requested

09:54:53  7    information from the other; isn't that right?

09:54:55  8    A.  Yeah, I think that is right.

09:54:58  9    Q.  You asked to interview their people and Transocean, through

09:55:01 10    Mr. Ambrose, asked to interview your people, right?

09:55:03 11    A.  Yeah, I think that is correct.

09:55:07 12    Q.  In fact, Transocean asked to interview, among others, Mark

09:55:11 13    Hafle, Bob Kaluza, Don Vidrine, Brian Morel, and David Sims were

09:55:18 14    among the people they asked to interview, isn't that right, sir?

09:55:21 15    A.  I don't recall specifically, but it's quite possible, yeah.

09:55:24 16    Q.  And at the end of the day, BP did not produce its employees for

09:55:34 17    interviews by Mr. Ambrose's team, did it, sir?

09:55:38 18    A.  I don't know that.  We were -- when requests came to me, I

09:55:44 19    would send them over to the -- you know, the organization where

09:55:47 20    these guys worked.  So I don't know if they were -- if they were

09:55:52 21    interviewed by TO or not.

09:55:53 22    Q.  And Transocean did not make its people available to you for

09:55:57 23    your interviews either, did they?

09:55:58 24    A.  That much, I do remember that, yes.

09:56:01 25    Q.  What happened was both companies, in fact, provided the others

09:56:04  1   with some documentation, right?

09:56:05  2   A.  Well, I know we -- as I mentioned earlier, we did get

09:56:12  3   information from Transocean.  I am not aware of what BP provided

09:56:15  4   back to TO that wasn't flowing through my channel.

09:56:18  5   Q.  Last Thursday you were asked what your team had concluded about

09:56:21  6   the potential ignition sources for the fire on the rig on

09:56:25  7   April 20th, do you recall that testimony generally?

09:56:27  8   A.  Generally, yes.

09:56:28  9   Q.  Now, you actually reported on that in your report at TREX

09:56:37  10  1-138, if we could bring that up.  And the first paragraph, you

09:56:48  11  wrote, "The vapor dispersion modeling shows a flammable mixture

09:56:52  12  quickly enveloping large areas of the rig, including some enclosed

09:56:57  13  spaces below deck.  The majority of the bow and aft main deck and

09:57:01  14  the decks below were not electrically classified."  And then you

09:57:05  15  said, "Therefore, for gas release events beyond the drill floor,

09:57:10  16  multiple ignition sources could have existed."  You wrote that, did

09:57:13  17  you not?

09:57:13  18  A.  Yes, that appears to be from the report, yes.

09:57:16  19  Q.  And if you go two more paragraphs, the first line you wrote,

09:57:21  20  "Mechanical sources of ignition were also possible."  You wrote

09:57:24  21  that, did you not?

09:57:25  22  A.  Yes.

09:57:26  23  Q.  You didn't issue a supplemental report adding any definitive

09:57:32  24  conclusion about the -- what ignited the fire, did you, sir?

09:57:35  25  A.  No, we didn't do any supplemental reports, no.

09:57:39  1   Q.  You also testified last week about whether the crew should have

09:57:46  2   diverted the mud overboard and not through the mud-gas separator

09:57:53  3   once they were experiencing a well control event, do you recall

09:57:57  4   that?

09:57:58  5   A.  I recall us concluding that they had gone rather the flow

09:58:05  6   through the mud-gas separator and not through the overboard

09:58:05  7   diverter line.

09:58:07  8   Q.  You are not an expert in mud and gas dispersion, are you, sir?

09:58:11  9   A.  Gas dispersion, no.  We brought in an outside consultant to

09:58:15 10   help us with that.

09:58:16 11   Q.  Let's pull up TREX 2210-2.

09:58:28 12           DW Gulf of Mexico Deep Water Well Control Guidelines.

09:58:34 13           Let's pull up 2210-17.

09:58:38 14           Do you see where BP in its own guidelines writes in

09:58:43 15   Section 4.1, "If a kick is detected late, the influx may already be

09:58:50 16   past the BOP's and into the riser."  Do you see where you wrote

09:58:54 17   that -- I'm sorry, do you see where that appears in BP's own

09:59:00 18   guidelines, sir?

09:59:01 19   A.  I see what it says.  I am not at all familiar with this

09:59:05 20   document, so -- I see what it says on the page, yes.

09:59:08 21   Q.  And the next paragraph it says, "In this case the well must be

09:59:12 22   secured while coping with the effect of gas expansion in the riser.

09:59:16 23   It is important to deal with only one problem at a time.

09:59:20 24   Therefore, the following steps should be taken:"  Did I read that

09:59:23 25   correctly?

1392

09:59:23  1   A.  Yes, you did.

09:59:24  2   Q.  Let's pull up 2210-17A.  And step three of BP's Guidelines are

09:59:37  3   "close diverter and direct fluid through riser gas buster."  Do you

09:59:41  4   see that?

09:59:41  5   A.  Yes, I see that.

09:59:42  6   Q.  You know the gas buster is another name for the mud-gas

09:59:47  7   separator, don't you, sir?

09:59:47  8   A.  I've come to understand that, yes.

09:59:48  9   Q.  And No. 13 of BP's own guidelines say, "When rapid expansion of

09:59:53 10   the fluids near surface attempt to keep flow going through the gas

09:59:59 11   buster - as opposed to over board lines - to allow minimize

10:00:04 12   synthetic oil mud going into the Gulf, but be prepared to divert."

10:00:09 13   Those are BP's guidelines, aren't they, sir?

10:00:12 14   A.  Sir, as I've said, I don't know this document at all.  So all I

10:00:15 15   can do is agree with you what's on the page.

10:00:18 16   Q.  Let me ask you that question.  During the course of your

10:00:21 17   investigation in 2010, did anyone bring to your attention BP's own

10:00:26 18   guidelines for diverting when gas got above the riser?

10:00:31 19   A.  I believe it's -- my team may well have looked at this.  I

10:00:35 20   don't recall them bringing this particular document to my

10:00:37 21   attention, though, no.

10:00:40 22   Q.  Now, fortunately, you were not on the *Deepwater Horizon* on

10:00:43 23   April 20th, 2010, were you, sir?

10:00:45 24   A.  I was not.

10:00:45 25   Q.  And you were not on the *Damon Bankston* that day either, were

1393

10:00:49  1    you?

10:00:50  2    A.  No, I wasn't.

10:00:51  3    Q.  So you don't know from any personal firsthand knowledge that

10:00:55  4    night whether the crew, in fact, attempted to divert overboard once

10:01:01  5    this rapid expansion began?  You don't know that from your personal

10:01:05  6    observations, do you, sir?

10:01:07  7    A.  I wasn't there, couldn't make those observations.

10:01:09  8    Q.  And you would agree, would you not, that it would be physically

10:01:12  9    possible from the *Damon Bankston*, for example, to see the mud being

10:01:16 10    diverted overboard, right?

10:01:17 11    A.  I just don't know where the *Bankston* was located.  It seems

10:01:23 12    sensible, but I don't know.

10:01:24 13    Q.  If a witness testifies under oath that he saw mud being

10:01:29 14    diverted overboard, you would have nothing from your personal

10:01:33 15    observation that would contradict that, would you?

10:01:36 16    A.  Well, the only thing that I can recall, and it's in the report.

10:01:42 17    It's in section -- the third area, where we observed that there was

10:01:51 18    a six-inch line that came out of this mud-gas separator system that

10:01:55 19    would have also, you know, shot overboard, so it could be that they

10:01:59 20    were seeing that.

10:01:59 21    Q.  You didn't observe it one way or the other, did you, sir?

10:02:03 22    A.  I certainly didn't observe it myself, no.

10:02:05 23    Q.  But there were people on the rig who may well have, and you

10:02:09 24    would have no basis of contradicting that, would you, sir, from

10:02:16 25    your own personal observations?

```
10:02:16   1    A.  Not from my own personal observations, no.

10:02:16   2              MR. BRIAN:  Nothing further, your Honor.

10:02:18   3              THE COURT:  All right.  Let's take about a 15-minute

10:02:21   4    recess.  It's 10 o'clock right now.

10:02:24   5              THE DEPUTY CLERK:  All rise.

10:02:33   6         (WHEREUPON, A RECESS WAS TAKEN.)

10:11:02   7         (OPEN COURT.)

10:20:35   8              THE COURT:  All right.  Be please be seated everyone.

10:20:44   9         I had one feedback or -- from a lawyer who is in Room 311

10:20:54  10    listening that she couldn't hear me at times and, I guess, that was

10:20:59  11    my fault because when I'm turned over here to look at the witness,

10:21:02  12    or my evidence screen, or my rolling transcript, I turn away from

10:21:07  13    the microphone.  I'll try to do better with that.

10:21:10  14         And same thing with you, Ms. Karis.  At times when you

10:21:13  15    stand up and you were away from the mic, she couldn't hear you

10:21:16  16    either, so if we could all remember to try to remember to speak

10:21:19  17    into or close to these microphones that will help everyone.  Okay.

10:21:23  18    Thank you.

10:21:24  19              MS. KARIS:  I'll do that, your Honor, thank you.

10:21:26  20              THE COURT:  Thank you.  Go ahead, Halliburton.

10:21:28  21              MR. GODWIN:  Thank you, your Honor, and may it please

10:21:32  22    Court.  I have this turned on, it's working, and we don't have any

10:21:35  23    static this morning.

10:21:36  24              THE COURT:  It's fine.

10:21:36  25                        CROSS-EXAMINATION
```

10:21:37  1   BY MR. GODWIN:

10:21:40  2   Q.  Good morning, Mr. Bly, how are you, sir?

10:21:41  3   A.  Good morning.

10:21:42  4   Q.  We met at your deposition, did we not, sir?

10:21:45  5   A.  Yes, we did.

10:21:46  6   Q.  Good to see you again.

10:21:47  7   A.  Good to see you.

10:21:52  8   Q.  I want to go through -- you know I represent Halliburton, and I

10:21:56  9   am going to be talking to you about some subjects that pertain to

10:22:00 10   my client.

10:22:00 11        What I would like to do is have an understanding with you

10:22:03 12   is that if I ask you a question that you don't understand or need

10:22:07 13   clarification, if you will be sure to let me know that, I will try

10:22:09 14   to accommodate you and do all I can, because I want to make sure

10:22:14 15   that you understand the questions and we get answers back.  Okay,

10:22:17 16   sir?

10:22:17 17   A.  Okay.

10:22:18 18   Q.  Thank you very much.

10:22:19 19        My understanding is that you have no personal knowledge

10:22:22 20   regarding design of cement jobs; is that correct?

10:22:27 21   A.  That's right.  I've relied on expertise and my team.

10:22:30 22   Q.  Right.  My understanding is that you've have no knowledge of

10:22:34 23   the execution of a cement job and you, likewise, relied on others

10:22:38 24   for that, did you not?

10:22:39 25   A.  Yes, I did.

1396

10:22:39 1    Q.  My understanding also is that you have no knowledge, no

10:22:43 2    experience with regard to mudlogging and that to the extent that

10:22:47 3    your report opines on mudlogging that you did that based on relying

10:22:53 4    upon your team members, correct?

10:22:55 5    A.  Yes, I relied on the team members.  I mean, I do have general

10:22:58 6    experience, but not any kind of detailed experience, no, sir.

10:23:01 7    Q.  And same thing holds true with your opinions that are set forth

10:23:05 8    in your report, the Bly Report as we've come to know it, those

10:23:10 9    opinions insofar as cement would have been concerned would have

10:23:15 10   come from members of your team as opposed to opinions that you have

10:23:19 11   rendered; is that correct, sir?

10:23:20 12   A.  Yes.  I mean, I agreed with them all at the end of the day

10:23:24 13   after hearing the team's input.

10:23:26 14   Q.  I understand.

10:23:26 15   A.  Yes, but the team did develop the points.  I don't know if

10:23:31 16   that's my mic.

10:23:33 17          MR. GODWIN:  Is that your mic or my mic?

10:23:36 18          THE COURT:  I don't know.

10:23:37 19          MR. GODWIN:  We'll go ahead and see, and then see if

10:23:41 20   we've cleared it up.

10:23:43 21   BY MR. GODWIN:

10:23:43 22   Q.  Okay.  With regard to your report, the date of it is TREX 1 and

10:23:48 23   looking at the very --

10:23:49 24          MR. Godwin:  The title page, if we can, please.

10:23:51 25   BY MR. GODWIN:

10:23:51   1   Q.  It shows that it was -- appears to be issued on September 8,

10:23:58   2   2010, correct?

10:23:59   3   A.  That's correct.

10:24:00   4   Q.  It was my understanding that you said that within a couple of

10:24:04   5   days after the horrific incident of April 20, 2010, you received a

10:24:11   6   call from Mr. Tony Hayward asking you to be involved in conducting

10:24:15   7   an investigation.  Did I understand that correctly?

10:24:17   8   A.  Yes, you did.

10:24:18   9   Q.  Okay, sir.  And you, then, I think said that you had about 50

10:24:24  10   team members that assisted you that you handpicked based upon

10:24:29  11   either knowing folks or relying upon recommendations from others,

10:24:32  12   you had people on your team that worked on various aspects of the

10:24:36  13   investigation, correct?

10:24:37  14   A.  Yes, I did.

10:24:38  15   Q.  And my understanding is that as a part of the investigation

10:24:44  16   or -- strike that.

10:24:45  17        Prior to actually writing the report, did your team,

10:24:51  18   including you, prepare a number of report outlines, one or more

10:24:54  19   that you and/or others would have used for purposes of, ultimately,

10:24:58  20   preparing the report?

10:24:59  21   A.  Yeah, there was a period where we were -- we were trying to

10:25:04  22   come up with the overall structure of the report and as it turned

10:25:08  23   out today.  I don't recall outlines but, yeah, there were things we

10:25:13  24   were doing to try to think about that shape, yes.

10:25:15  25   Q.  So there would have been the ultimate report of September 8th

1398

10:25:18 1   and then, prior to that, it would have been interviews of various

10:25:20 2   witnesses, correct?

10:25:22 3   A.  Yes, during the course of the investigation, that's right.

10:25:24 4   Q.  It's my understanding that you didn't interview a single

10:25:27 5   individual in connection with accumulating or gathering facts to

10:25:33 6   prepare the report in reaching a conclusions; is that correct, sir?

10:25:36 7   A.  Yes, that's right.  The team members did that.

10:25:38 8   Q.  The team members did that.  You didn't interview anyone.  And

10:25:42 9   that, as the team went along, you guys, men and women on your team,

10:25:46 10  you were talking, sometimes as often as every day for the first few

10:25:51 11  months while the investigation was underway?

10:25:54 12  A.  Yes.  Yes, we had -- we had team meetings, most mornings, yes.

10:26:01 13  Q.  And there would have been notes that were being prepared by

10:26:03 14  team members and some notes that were being prepared by you, some

10:26:06 15  of which you went over on Thursday with Ms. Karis and some of which

10:26:10 16  you went over here today, correct?

10:26:12 17  A.  The handwritten notes you're referring to?

10:26:14 18  Q.  Right, right.

10:26:14 19  A.  Yes, that's right.

10:26:15 20  Q.  And I'll show you here in a little bit a report outline, and

10:26:19 21  it'll be, at least one that I know of, and there may have been

10:26:22 22  others, but did you actually author a report outline, as you can

10:26:30 23  recall, yourself?

10:26:31 24  A.  I can't recall.  It's possible, I don't recall myself.

10:26:36 25  Q.  I'll show it to you so you can help me with it and identify it

1399

10:26:40  1    here in just a moment.  As I understand it, in the report itself

10:26:46  2    on, again, TREX 1 and the page immediately after the title page,

10:26:52  3    the very next page it says here in the beginning of the third

10:26:56  4    paragraph, Bly 002, "The report is based on the information

10:27:05  5    available to the investigation team during the investigation;

10:27:10  6    availability of additional information might have led to other

10:27:12  7    conclusions or altered the team's findings and conclusions."  Did I

10:27:16  8    read that correctly?

10:27:17  9    A.  Yes, you did.

10:27:18  10            MR. GODWIN:  Let's turn over now, if we can, please, to

10:27:21  11   the page numbered nine.  Number 9 at the bottom in TREX No. 1.

10:27:21  12   BY MR. GODWIN:

10:27:27  13   Q.  This is executive summary of your report.  And before we go

10:27:32  14   through certain parts of the report, let me ask you:  Did you

10:27:37  15   author the report?  I know that you ultimately approved it, but did

10:27:41  16   you actually write any of the -- any of the paragraphs or sentences

10:27:46  17   in the report itself?

10:27:47  18   A.  I probably did.  We had a drafting process where the team leads

10:27:52  19   for each of the four big sections were, you know, writing their

10:27:57  20   parts.

10:27:59  21   Q.  Okay.

10:28:00  22   A.  And then we worked those together and compared them and have

10:28:03  23   each other check each other's work.  I was thinking about the

10:28:07  24   overall structure and some of the summaries.  I don't recall if I

10:28:11  25   wrote them myself, sir, but I was very involved in the putting

10:28:15 1   together of the report.

10:28:16 2   Q.  And I appreciate that and thank you.  But regardless of who

10:28:19 3   actually wrote the page, pages, paragraphs, sentences, you

10:28:24 4   ultimately reviewed the report in its entirety and approved of it

10:28:29 5   going out under your name, did you not?

10:28:31 6   A.  Yes, I did.

10:28:31 7   Q.  Okay.  Thank you.  Now, here the Page No. 9 we go down to what

10:28:37 8   appears to be the third full paragraph there.  It says, "The team

10:28:43 9   used information that was made available by other companies,

10:28:46 10  including Transocean, Halliburton, and Cameron."  Do you see that?

10:28:50 11  A.  Yes, I do.

10:28:52 12  Q.  That would be about the fourth line up from the bottom of that

10:28:55 13  paragraph.

10:28:55 14  A.  Yes.

10:28:55 15  Q.  Okay.  Thank you, sir.  And you had said earlier today -- now,

10:29:00 16  on Thursday I understood you to say that you folks had trouble

10:29:04 17  getting information from Halliburton.  Did I understand that

10:29:07 18  correctly when you were giving answers to Ms. Karis?

10:29:11 19  A.  I can't remember if it was Ms. Karis or Mr. Sterbcow.  Yes,

10:29:16 20  there were some things that we wanted to get, but we were unable to

10:29:20 21  get.

10:29:20 22  Q.  Okay.  Let's talk about employees of Halliburton.  And you

10:29:23 23  said -- this morning you said when being examined by Mr. Brian that

10:29:28 24  there were some Halliburton employees that your company BP asked

10:29:33 25  for and was permitted to interview.  Do you remember that?

10:29:35  1   A.  Yes.

10:29:36  2   Q.  Can you name for me the name of a single individual employee of

10:29:42  3   Halliburton who BP asked to interview and was denied that right to

10:29:46  4   do so by Halliburton?

10:29:48  5   A.  I don't recall that.  No, I can't name one.

10:29:51  6   Q.  So has anybody with BP on the investigative team told you that

10:29:57  7   they asked for any employee of Halliburton to interview that

10:30:01  8   individual ever denied a right to have the interview?  Has anybody

10:30:04  9   told you that, sir?

10:30:05  10   A.  I can't remember that, no.

10:30:08  11   Q.  So you certainly didn't mean to impart to Judge Barbier that

10:30:12  12   Halliburton did not cooperate insofar as making all of its people

10:30:16  13   available that BP wanted to visit with you with, did you?

10:30:20  14   A.  No, sir.  We talked about information as opposed to people,

10:30:23  15   yeah.

10:30:24  16   Q.  Okay, sir.  And we'll talk about that here in just a few

10:30:27  17   moments.

10:30:28  18          And let's see if we can go back up to the first

10:30:32  19   paragraph.  Now, we've talked a little bit about the information

10:30:35  20   and we'll talk more about other information here in a bit.  But

10:30:39  21   here in your report, you also wrote, "On the evening of April 20,

10:30:43  22   2010, a well control event allowed hydrocarbons to escape from the

10:30:48  23   Macondo well on to Transocean's *Deepwater Horizon* resulting in

10:30:54  24   explosions and fire on the rig."  Did I read that correctly?

10:30:57  25   A.  Yeah, I think you did, sir.

10:30:59  1   Q.  I remember you on Thursday testifying you were defining what

10:31:05  2   you believed to be a well control event, and my notes reflects that

10:31:09  3   you said, "Well control is managing hydrostatic pressure in the

10:31:15  4   well."  Do you recall saying that, sir?

10:31:17  5   A.  I don't, but I take your word for it.  Sounds like something I

10:31:22  6   might have said, yes.

10:31:23  7   Q.  Well, do you believe well control is managing hydrostatic

10:31:27  8   pressure in the well?

10:31:28  9   A.  In part.  There's also mechanical equipment, BOPs and things,

10:31:34  10  but, yeah, I think, in part, it does involve that.

10:31:35  11  Q.  And what happens if well control is not -- if well control is

10:31:41  12  not managed there in the well?  What are the possibilities that

10:31:47  13  could happen if well control is not managed with the appropriate

10:31:50  14  hydrostatic pressure?

10:31:52  15  A.  So I want to make sure I understand your question.  You're

10:31:59  16  asking -- well, could you just say the question for me one more

10:32:02  17  time?

10:32:02  18  Q.  I'd be happy to, sir.  You said that well control is managing

10:32:06  19  hydrostatic pressure of a well, and what happens if the hydrostatic

10:32:10  20  pressure is not managed?

10:32:11  21  A.  If the hydrostatic pressure in the well becomes lower than the

10:32:17  22  pressure of a permeable reservoir, then that fluid can get into the

10:32:22  23  well, potentially.

10:32:22  24  Q.  Meaning, that if the drilling fluids such as mud on the top, or

10:32:29  25  whatever the drilling fluid is, if it is taken out then the -- if

1403

10:32:34  1    that pressure, then, becomes lower than the pressure lower in the

10:32:37  2    well, then the content of whatever may be in the casing lower in

10:32:42  3    the well could escape to the top because of the difference in the

10:32:45  4    pressure.  Would you agree with that?

10:32:47  5    A.  I would agree if the contents in the casing is connected to a

10:32:53  6    reservoir, something that's got pressure in it.

10:32:56  7    Q.  Right.

10:32:56  8    A.  If it's a sealed bottom, it wouldn't happen.

10:33:00  9    Q.  Excuse me?

10:33:01  10   A.  If the casing was sealed, it wouldn't happen.  It has to be

10:33:04  11   connected to something in the earth that has pressure in it.

10:33:07  12   Q.  If it's sealed.  And it would sealed by, say, cement for

10:33:10  13   example?

10:33:10  14   A.  Yes.

10:33:11  15   Q.  And you are aware that cement can be a barrier to hydrocarbon

10:33:18  16   flowing in a well, are you not, sir?

10:33:20  17   A.  Yes, as we described in the report in that annular space.

10:33:24  18   Q.  We will talk about that in a little bit.  There are three

10:33:28  19   options.  You're also aware that cement should not be considered as

10:33:31  20   barrier until it is properly tested, are you not?

10:33:33  21   A.  I wasn't thinking about it that way, but it makes sense, yes.

10:33:42  22   Q.  You have to test cement before you should rely upon it as being

10:33:47  23   a barrier in the well.  You would agree with that, would you not?

10:33:50  24   A.  I would agree with that, yes.

10:33:51  25   Q.  And one of the ways to test cement to determine if, in fact, it

1404

10:33:55  1   is an effective barrier is you determine it with a

10:33:58  2   negative-pressure test, correct?

10:34:00  3   A.  That's right, yes.

10:34:00  4   Q.  And if the negative-pressure test is a good test and shows that

10:34:06  5   it is a good test, not misinterpreted, then you would expect it

10:34:10  6   would be no problem with the cement in the well, correct?

10:34:16  7   A.  I believe that is correct, yes.

10:34:18  8   Q.  Whereas if you got a negative-pressure test that is either not

10:34:22  9   a good test or that was misinterpreted, then the operator of the

10:34:27 10   well, BP, and Transocean and Halliburton, you would not know

10:34:32 11   whether or not there was any issue with the cement if you didn't

10:34:35 12   have a valid, correctly interpreted negative-pressure test, would

10:34:39 13   you?

10:34:39 14   A.  I think you're -- well, I don't know if I understand your

10:34:50 15   question.  Yes, you would need to correctly interpret the

10:34:53 16   negative-pressure test to understand if there was a problem.

10:34:56 17   Q.  To determine the validity of a cement, to determine if, in

10:35:00 18   fact, it was an effective barrier, to determine if the cement job

10:35:03 19   was good, you would need a correctly interpreted negative-pressure

10:35:06 20   test to do that, would you not?

10:35:08 21   A.  That's certainly one way.  I don't know if there's others, but

10:35:17 22   that's certainly one way to do it, yes.

10:35:17 23   Q.  Okay, sir.  Now, you talked the other day about -- we were

10:35:29 24   looking at the eight different -- the different critical factors,

10:35:33 25   remember that, sir?

10:35:34  1    A.  Generally, yes.

10:35:35  2    Q.  I am looking at Page 32 there of the report.  Do you have it

10:35:39  3    before you, page No. 32?

10:35:40  4    A.  I will in a second.

10:35:42  5    Q.  Thank you.

10:35:44  6    A.  Yes, I've got it now.

10:35:45  7    Q.  And you start there, and they're a little difficult to read

10:35:59  8    there, if we could pull them out, if we could, you start with

10:36:02  9    reservoir hydrocarbons over to the left, the red block there with

10:36:06 10    the circle.  You see that?

10:36:07 11    A.  Yes, sir.

10:36:07 12    Q.  And then you go -- then the very first block that you have

10:36:10 13    there, that is called annulus cement, is it not?

10:36:14 14    A.  Yes.

10:36:14 15    Q.  And then the second one is called mechanical barrier, correct?

10:36:19 16    A.  That's right.

10:36:19 17    Q.  And then you have pressure integrity testing, that's the third

10:36:24 18    one?

10:36:24 19    A.  Yes, sir.

10:36:24 20    Q.  And then it goes on to well monitoring and well control

10:36:28 21    response and et cetera until you get over to what is shown is the

10:36:35 22    fire and spill, which is the last event there in the sequence of

10:36:37 23    the eight events; is that correct?

10:36:38 24    A.  That's correct.

10:36:39 25    Q.  Now, when you talk about annulus cement, are you talking about

1406

10:36:45 1    the cement that was pumped down by Halliburton that was supposed to

10:36:48 2    have gone all the way to the bottom and then come back up and then

10:36:51 3    set up?

10:36:52 4    A.  Yes, sir.

10:36:52 5    Q.  And then the second one in the mechanical barriers that you

10:36:56 6    have there described in the factor number two, what mechanical

10:37:00 7    barriers are you talking about there in your report, sir?

10:37:03 8    A.  So this is the shoe track, the bottom of the casing that we

10:37:07 9    looked at on the picture the other day, 200 feet or 190 feet, that

10:37:11 10   had cement in it and then a little flapper valve on top of it.

10:37:15 11   Q.  And then any other mechanical barriers, other than the shoe

10:37:21 12   track?

10:37:21 13   A.  When we were first doing the work, we were looking at the whole

10:37:24 14   casing string itself and that seal at the top, but this was -- you

10:37:27 15   know, the conclusion was that it was that shoe track.

10:37:30 16   Q.  And then thirdly, you show there the third critical factor is

10:37:35 17   the pressure integrity testing.  Is that the one you refer to as a

10:37:39 18   negative-pressure test?

10:37:40 19   A.  We looked at all of the testing that was done, but, yes, this

10:37:45 20   is referring to the negative-pressure test, yes.

10:37:48 21   Q.  And before we go off into that just a little bit, in fact,

10:37:51 22   there was a positive pressure test that was also conducted there on

10:37:55 23   the Macondo well prior to the negative-pressure test, was there

10:37:57 24   not?

10:37:57 25   A.  Yes, that's my recollection, yes.

10:37:59  1    Q.  And did your investigation conclude that that positive pressure

10:38:03  2    test was a good test?

10:38:04  3    A.  Yes, it did.

10:38:05  4    Q.  Meaning -- I say good, meaning that there were no issues with

10:38:09  5    it.

10:38:10  6    A.  Yeah, they looked, and it held pressure, and the guys, you

10:38:12  7    know, who know about that said that looks like a test that was

10:38:16  8    good.

10:38:16  9    Q.  And the positive pressure test, does that test from the top

10:38:20  10   down in the well?

10:38:23  11   A.  Let me think for a second.  So -- can you ask the question

10:38:31  12   again?

10:38:31  13   Q.  Does the positive pressure test test the well from the top down

10:38:37  14   to determine if everything holds when you apply pressure going

10:38:40  15   down?

10:38:41  16   A.  Yeah, it makes the pressure -- I'll say it the way I understand

10:38:45  17   it to see if this answers your question.

10:38:47  18   Q.  Please, please.

10:38:48  19   A.  It makes the pressure inside the casing higher than the

10:38:51  20   pressure outside.  So you're testing it if fluid would flow that

10:38:55  21   way, you know, from inside to outside.

10:38:57  22   Q.  Does the positive pressure test test from the rig floor down to

10:39:03  23   the float collar?

10:39:07  24   A.  Well, there's not casing that far.  The casing starts at the

10:39:11  25   mudlines.

OFFICIAL TRANSCRIPT

10:39:11  1   Q.  At the mudline.  Does it go from the mudline down to the float

10:39:15  2   collar, the positive pressure test?

10:39:16  3   A.  It would -- there is -- there was a plug on top of the float

10:39:22  4   collar, so, yeah, it would have tested from there up to the BOP

10:39:25  5   basically that was holding on for the test.

10:39:26  6   Q.  Right.  So you tested, then, from the top down, so determine

10:39:31  7   what pressure you have inside the casing, whereas the

10:39:35  8   negative-pressure test, does it test from what is known from the

10:39:37  9   bottom up?

10:39:38 10   A.  It's not how I know it.

10:39:41 11   Q.  Tell us how you know it, sir.

10:39:43 12   A.  Well, what I know about it is it's sort of the opposite, you

10:39:48 13   reduce the pressure inside, you know, the casing system to the

10:39:52 14   lower pressure than exists outside --

10:39:54 15   Q.  Right.  All right.

10:39:56 16   A.  -- to see if fluid will flow, you know, from out to in.

10:39:59 17   Q.  Okay.  All right.  And so the positive pressure test was

10:40:08 18   performed and then a negative-pressure test was performed, and it

10:40:14 19   was determined in your report that there was a well control event

10:40:19 20   that allowed hydrocarbons to escape, and we know that, but we don't

10:40:23 21   want to go back there yet, but we know that the negative-pressure

10:40:26 22   test was misinterpreted.  We've already established that long ago,

10:40:29 23   have we not?

10:40:30 24   A.  Yes, sir.

10:40:30 25   Q.  I understood you to testify there on Thursday when

1409

10:40:38  1   Mr. Underhill from the Department of Justice was examining you that

10:40:42  2   had the test been correctly interpreted, immediate actions could

10:40:48  3   have been taken and that he says -- and they were talking about

10:40:53  4   number three with a negative-pressure test.  My understanding was

10:40:56  5   you said that if a negative-pressure test had been correctly

10:41:00  6   interpreted, immediate actions such as remediation could have been

10:41:04  7   taken and that all of the activity would have stopped right there.

10:41:09  8            Did I understand that testimony correctly, sir?  You

10:41:15  9   wouldn't have had to gone on task number four, five, six, seven and

10:41:18  10  the ultimate fire and spill?

10:41:21  11  A.  I don't recall exactly the question/answer, but that's sort of

10:41:25  12  the purpose of this model is to say each one of these slices, if it

10:41:31  13  had stopped there, would have either prevented or changed the

10:41:34  14  circumstances of the accident.

10:41:36  15  Q.  Like dominoes falling in a sense, that if, number one, if there

10:41:41  16  was no issue there with the annulus cement, you wouldn't have ever

10:41:45  17  gotten to number two, you wouldn't have had to rely upon that,

10:41:48  18  correct?

10:41:49  19  A.  That's correct.

10:41:49  20  Q.  You wouldn't have had to rely on a negative-pressure test, you

10:41:52  21  wouldn't have relied upon well monitoring, you wouldn't have had to

10:41:57  22  rely upon well control response --

10:41:58  23            THE COURT:  Okay.  I think we get it.  I don't think we

10:42:02  24  have to go through all eight.

10:42:03  25            MR. GODWIN:  I apologize.

10:42:05  1    BY MR. GODWIN:

10:42:05  2    Q.  And there would ultimately had been no blowout.  If there was

10:42:08  3    no problem with number one, assuming that was the case, you

10:42:11  4    wouldn't have had the issue with the well control event; the fire

10:42:14  5    and spill would not have occurred, would it?

10:42:16  6    A.  We weren't quite that definitive.  We said any one of these

10:42:20  7    could have either stopped or changed the circumstances, reduced the

10:42:24  8    outcome.

10:42:24  9    Q.  All right.  Thank you, sir.  And let's go down -- there on the

10:42:31 10    first page again, page number nine of your report, let's go back to

10:42:36 11    page number nine --

10:42:37 12    A.  Okay.

10:42:37 13    Q.  -- in the executive summary.

10:42:46 14    A.  Okay.

10:42:47 15    Q.  All right.  And up at the very top, it says, "On the evening of

10:42:57 16    April 20, 2010, a well control event allowed hydrocarbons to escape

10:43:01 17    from the Macondo well," and it goes on, "resulting in explosions

10:43:04 18    and a fire on the rig."  What was the well control event that

10:43:08 19    you're writing there about?

10:43:10 20    A.  It's a summary of the whole investigation, so I guess -- I

10:43:23 21    don't know if I can specifically answer that.  It was the fact that

10:43:25 22    the well control event happened, that there was a blowout here.

10:43:29 23    Q.  Was that the loss of well control ultimately?

10:43:34 24    A.  Yes.

10:43:34 25    Q.  And was the loss of well control ultimately what caused the

1411

10:43:38 1  blowout, resulted in the blowout?

10:43:40 2  A.  As we said, all of those -- our view was all of those eight

10:43:45 3  things are what ultimately resulted in --

10:43:47 4  Q.  But was the loss of well control ultimately -- the loss of well

10:43:52 5  control, was that ultimately the cause of the blowout?

10:43:54 6           MS. KARIS:  Objection, asked and answered.

10:44:00 7           THE COURT:  I really think it has.  I think the witness

10:44:03 8  has said all of these things, in his opinion, caused or contributed

10:44:08 9  to the loss of well control.  That's what you're saying, right?

10:44:11 10          THE WITNESS:  That's how the event happened.

10:44:13 11          MR. GODWIN:  Let me ask it this way, Judge.

10:44:16 12          THE COURT:  I like the way I just asked it, and he

10:44:20 13 answered.  Let's move on.

10:44:21 14          MR. GODWIN:  I understand.

10:44:21 15 BY MR. BRIAN:

10:44:22 16 Q.  Let me ask it this way --

10:44:23 17          THE COURT:  We don't need to ask it three times.

10:44:26 18          MR. GODWIN:  We're not, Judge.

10:44:26 19 BY MR. BRIAN:

10:44:28 20 Q.  Had the negative-pressure test been correctly interpreted, you

10:44:31 21 wouldn't have relied upon the BOP to stop any flow of hydrocarbons

10:44:34 22 to the surface, would you?

10:44:35 23          THE COURT:  Mr. Godwin, this is getting repetitive.  He's

10:44:39 24 definitely already answered that several times.

10:44:42 25          MR. BRIAN:  Thank you, Judge.

OFFICIAL TRANSCRIPT

BY MR. BRIAN:

Q.  Let's look at -- let's look at page number 41 of TREX 1, key finding number four.  Here you wrote in the first sentence under that paragraph, "A fundamental requirement for safe Drilling and Completions (D&C) operations is to maintain control of the well and prevent influx of hydrocarbons."  Did I read that correctly?

A.  Yes, you did.

Q.  Whose responsibility was it on April 20, 2010, to maintain control of the well?

A.  So as I've said, we didn't seek to find that responsibility, understanding responsibility.  We looked at who was involved.  And then in questioning, I believe it was Thursday, I did say I believed it was the driller whose responsibility it was to monitor that.

Q.  And the driller being employed by whom?

A.  By Transocean.

Q.  Thank you, sir.  Now, let's -- if we can, let's turn over to a timeline there in TREX No. 1.  You talked earlier today about the cement and when it was put in, when it was pumped, and your thought that there might be an issue with the cement from the time that it was pumped, do you recall that earlier today?

A.  Yes, sir.

Q.  Turn over to page 23 of TREX 1, your report, sir.  This is under "Cement Job."  Tell me when you get there.

A.  The timeline, yes, I am there.

10:46:33  1   Q.  If you go down to the timeline under the date where it's

10:46:37  2   April 19 and 20, it shows there that the cement job began being

10:46:40  3   pumped at 7:30 P.M. on April 19, does it not?

10:46:46  4   A.  If I can just look at this for a second.  (WITNESS REVIEWS

10:46:50  5   DOCUMENT.)

10:46:52  6   Q.  I say 7:30, it's 19:30 hours and then it was over, the way I

10:46:58  7   read it, at approximately 12:30 the next morning.

10:47:01  8   A.  Yes, sir, that looks right to me.

10:47:04  9   Q.  And then on page -- we have that, and we turn over to the very

10:47:09 10   next page, number 24 of your report, TREX 1, it shows that --

10:47:15 11   April 20, it shows that the positive pressure test, which I spoke

10:47:21 12   of earlier, that was begun at 10:55 hours and concluded at 12 noon,

10:47:29 13   was it not, according to your report?

10:47:31 14   A.  Yes, sir, that's what the timeline says.

10:47:33 15   Q.  And does it show there also that immediately after that, as a

10:47:37 16   part of that same entry, but in the next line, that the

10:47:40 17   displacement then began to set up the negative-pressure test

10:47:45 18   shortly after the positive test had been concluded?

10:47:49 19   A.  I'm sorry, can you tell me where you're referring to?

10:47:52 20   Q.  If you'll look there, where the "drill pipe run in the hole at

10:47:59 21   8,367 feet.  Displacement procedure reviewed in preparation for mud

10:48:02 22   displacement and negative-pressure test."

10:48:04 23   A.  Yes, sir, I see that.

10:48:06 24   Q.  After we finished our positive pressure test, then we then set

10:48:10 25   up to do the displacement, correct?

1414

10:48:12  1   A.  It looks like they're preparing for it, yes.

10:48:14  2   Q.  What was being displaced, Mr. Bly?

10:48:16  3   A.  So to do that test, see, this is when that -- the spacer is put

10:48:28  4   down followed by seawater.  That's my recollection, yeah.

10:48:32  5   Q.  Was the drilling fluid that was being displaced, was that

10:48:37  6   heavier-weight mud there in the well?

10:48:41  7   A.  Well, as I remember, the spacer was the heaviest, if I recall

10:48:45  8   correctly, and then that was followed by seawater, which would have

10:48:48  9   been the lightest.  So the seawater was lighter than the mud, if

10:48:52  10  that's your question.

10:48:53  11  Q.  So my point being is that displacement occurred when the mud

10:48:56  12  was taken out and the seawater was put in, would you agree with

10:49:00  13  that, the seawater being lighter than the mud?

10:49:04  14  A.  Yes, that's right.

10:49:05  15  Q.  Okay.  Thank you.  So just calculating, it appears that from

10:49:16  16  when the cement job ended at about -- according to what we have

10:49:20  17  before, at 12:30 A.M., 12:30 in the morning on April 20, that's on

10:49:26  18  the timeline on the preceding page, you see that, the very first

10:49:31  19  entry there under "Cement Job"?

10:49:33  20  A.  Yes, I see it.

10:49:34  21  Q.  From then until when the positive pressure test concluded, that

10:49:39  22  was about 11 and a half hours that had expired, would you agree

10:49:42  23  with that, based on your timeline?

10:49:44  24  A.  Yeah, that appears to be right.  To the end of the positive

10:49:50  25  pressure test, is that the question?

10:49:51  1    Q.  Yes, sir.

10:49:52  2    A.  Yes, sir, that appears to be about 11 and a half hours.

10:49:55  3    Q.  So from when the cement job had been concluded, had been

10:49:59  4    finished pumping to when the positive pressure test had been

10:50:02  5    concluded and the displacement was initiated or was started in

10:50:06  6    preparation for the negative-pressure test, went 11 and a half

10:50:10  7    hours, we've established that, correct?

10:50:15  8    A.  I don't -- I don't know when the displacement was started.  We

10:50:19  9    said they were reviewing the procedure, so I don't know that we got

10:50:24 10    to exactly when it was -- it was done.

10:50:27 11    Q.  Well, you turn over -- we know that it was certainly done --

10:50:30 12    the displacement was done before the negative-pressure test, don't

10:50:35 13    we?

10:50:35 14    A.  Yes, sir.

10:50:35 15    Q.  So we go back over to page 24.  So then would you agree with me

10:50:42 16    that from when the cement job had been finished pumping at 12:30 in

10:50:47 17    the morning on April 20, 2010, until the positive pressure test had

10:50:53 18    been concluded at noon, the well was static or under control at all

10:50:59 19    times for that 11-and-a-half-hour period, was it not?

10:51:03 20    A.  Yes, I would agree it was under control, yes.

10:51:06 21    Q.  And we know that it was under control and we know that there

10:51:11 22    was 11 and a half hours while that cement was sitting there in that

10:51:15 23    well setting up, we know that there was no flow of hydrocarbons up

10:51:21 24    through the mud, up through any part of the well to the rig floor.

10:51:26 25    We know that at noon on the 20th of April, 2010, by the well being

10:51:36  1   static, under control, we know there was no hydrocarbon flow

10:51:39  2   through the cement, do we not?

10:51:41  3   A.  No hydrocarbon flow through the cement.

10:51:52  4   Q.  The cement is down in the annulus, the cement is wherever it is

10:51:55  5   in the well.  We know that from 12:30 in the morning on the morning

10:51:59  6   of the 20th until noon that same day that the well was under

10:52:03  7   control, there was no flow coming up, there was no fire, there was

10:52:08  8   no blowout, the well was static and it was under control, was it

10:52:11  9   not?

10:52:11 10   A.  It was.  I don't know what we know about the annular space at

10:52:16 11   that time, but, yeah, the well itself was under control because it

10:52:20 12   was still under hydrostatic, you know, overbalance.

10:52:23 13   Q.  Meaning that it was overbalanced because the displacement of

10:52:26 14   the heavier-weight mud had not been moved out at BP's direction,

10:52:30 15   correct?

10:52:32 16   A.  Yes, it still had the heavy mud in it, correct.

10:52:35 17   Q.  And BP would have made a decision to approve of the

10:52:38 18   displacement of the heavier-weight mud replacing it with a lighter

10:52:43 19   seawater prior -- after the positive pressure test, you would agree

10:52:47 20   with that, would you not?

10:52:48 21   A.  Yes, because the next thing to do would be the negative test,

10:52:52 22   which requires the displacement which we're discussing.

10:52:55 23   Q.  Thank you, sir.  Did I understand you to be saying that BP

10:53:13 24   believed and you believed specifically as a part of your

10:53:17 25   investigation that there was any problem with Halliburton's actual

10:53:23  1  execution, the pumping of the cement there on the night of the 19th

10:53:27  2  and the early morning hours, early morning 30 minutes or so of the

10:53:31  3  20th of April?

10:53:33  4  A.  I don't recall us having any observations or findings about

10:53:38  5  that part of it, no, sir.

10:53:39  6  Q.  So no observations or findings.  Briefly I want to show you

10:53:43  7  what Mr. Brian Morel wrote.  You talked about Mr. Morel, and you

10:53:48  8  know he was one of the drilling engineers there for BP on the

10:53:51  9  Macondo well, do you not?

10:53:51  10 A.  Yes, I know that.

10:53:53  11 Q.  Let's look at TREX 282, if we can, please.  Here Brian Morel

10:54:00  12 wrote to John Guide, Mark Hafle -- you've spoken about him here

10:54:05  13 today -- Mr. Cocales, Mr. Greg Walz, he wrote on April 20, at

10:54:12  14 2:52 A.M., this was probably about two to two and a half hours

10:54:15  15 after the cement job had been completed being run, based on your

10:54:19  16 time lime, was it not?

10:54:21  17 A.  It appears to be, yes.

10:54:22  18 Q.  And here Mr. Morel wrote to gentlemen there that were engineers

10:54:27  19 at BP, "Just wanted to let everyone know the cement job went well."

10:54:30  20 A.  Yes, I see that.

10:54:32  21 Q.  When you were writing your report or at any time while

10:54:36  22 preparing this report, did anybody show you this e-mail?

10:54:39  23 A.  I can't recall this specifically.  I remember we cited that the

10:54:46  24 team had a discussion about this with them and the rig team later

10:54:52  25 that morning and that this conclusion was that people felt it went

10:54:55  1    well.

10:54:56  2    Q.  Okay.  Well, then we go over to TREX 283, if we can.  Here is

10:55:01  3    another e-mail that was written later in the day at 15:48 hours by

10:55:07  4    Mr. Brian Morel to Greg Walz, Mark Hafle and John Guide, and he

10:55:13  5    says here, "Just wanted to let know you that the Halliburton cement

10:55:16  6    team they sent out did a great job."

10:55:18  7         Did you see this e-mail during the time that you were

10:55:20  8    conducting your investigation and up to when you wrote the report?

10:55:25  9    A.  Well, I can't remember.  My team may have.  I don't recall

10:55:29 10    specifically seeing this, no, sir.

10:55:30 11    Q.  I'm sorry, sir, did you finish?

10:55:32 12    A.  I don't recall specifically seeing it, no.

10:55:34 13    Q.  Thank you.  Did anybody tell you on your investigative team,

10:55:37 14    any of the 50 men and women that worked for you and with you, did

10:55:41 15    any of them tell you that they knew of a single issue with

10:55:46 16    Halliburton's actual execution of and pumping of the cement slurry

10:55:50 17    there on the night of the 19th and early morning on the morning of

10:55:54 18    April 20?

10:55:55 19    A.  No, not to my recollection, no.

10:55:57 20    Q.  Let's look over at page 33 of your report under key finding

10:56:02 21    number one.  And I want to direct your attention to the third --

10:56:11 22    excuse me, the second sentence where it says, The investigation --

10:56:23 23    "The annulus cement barrier failed to prevent hydrocarbons from

10:56:25 24    migrating into the wellbore."  We'll go into that later.  It says,

10:56:29 25    "The investigation team's analysis identified a probable technical

1419

10:56:33 1   explanation for the failure.  Interactions between BP and

10:56:38 2   Halliburton and shortcomings in the planning, design, execution and

10:56:42 3   confirmation of the cement job reduced the prospects for a

10:56:46 4   successful cement job."

10:56:49 5          When you wrote in the report that there were issues with

10:56:52 6   the execution, you certainly were not talking about the execution

10:56:55 7   of the pumping of the cement slurry by Halliburton on the 19th and

10:56:59 8   20th, were you?  Or is this a misstatement?

10:57:04 9   A.  You're causing me to think about it.  It could have been that

10:57:08 10  this is where the team was addressing the -- you know, the nitrogen

10:57:13 11  injection into the slurry, which we did have concerns about, as we

10:57:18 12  concluded in the report.  So that's probably what this refers to.

10:57:21 13  Q.  Is all that would be referring to there is what you say might

10:57:25 14  have been something to do with the nitrogen injection?  Is that the

10:57:30 15  sole thing that you believe allowed you to write a report that said

10:57:35 16  there was a problem with the execution of the cement job because of

10:57:41 17  the communication issues between Halliburton and BP, is it the

10:57:45 18  injection of the nitrogen the sole thing you're referring to there,

10:57:49 19  sir?

10:57:49 20  A.  I can't say.  I mean, the report's meant to be read in its

10:57:53 21  totality, so I can't say for sure.  But that is one thing I know

10:57:57 22  that we found as we went through the details is questions about

10:58:01 23  that stability at the surface.

10:58:01 24  Q.  And let's take, if we can -- now let's look over page 35 of

10:58:14 25  your report.  And here we go down to the paragraph dealing with

10:58:29   1   when the placement model was run using 21 centralizers.  And

10:58:36   2   without going into any detail here, you know that Halliburton, in

10:58:40   3   fact, recommended that 21 centralizers be run there, do you not,

10:58:45   4   sir?

10:58:45   5   A.  I recall that there was this model being used back and forth

10:58:51   6   and that that recommendation was made -- I think Halliburton made

10:58:55   7   that, yes, sir.  I don't remember specifically, but that's probably

10:58:58   8   right.

10:58:58   9   Q.  And you know that, in fact, BP ran six centralizers, do you

10:59:08   10  not?

10:59:08   11  A.  Yeah, that's right, yeah, six.

10:59:11   12  Q.  You know Weatherford had brought out there at BP's request an

10:59:16   13  additional 15 centralizers that were on the rig and could have been

10:59:20   14  installed had BP chosen to do so, do you not?

10:59:23   15  A.  Yes, sir, we spoke to that in the report.

10:59:26   16  Q.  And you also speak in the report where you say that the BP team

10:59:31   17  made a mistake by saying that the 15 that were there could not have

10:59:37   18  been added on, could not have been put on.  BP had originally said

10:59:42   19  that running to 15 was not good because they just weren't the right

10:59:47   20  centralizers to use.  Your report, in fact, disagrees with that

10:59:51   21  position by BP, does it not?

10:59:53   22  A.  Yes, but just to be clear, it wasn't that -- we never

10:59:59   23  understood them to say they couldn't be run, they just thought

11:00:03   24  there would be additional risks associated with running, so they

11:00:05   25  made the choice not to run them.

11:00:06  1   Q.  And you concluded -- your investigative team concluded that

11:00:10  2   those additional risks did not, in fact, exist, did you not, sir?

11:00:14  3   A.  We concluded -- our view was that they -- they incorrectly

11:00:23  4   understood that those were the wrong centralizers, but they were --

11:00:27  5   they did have additional parts and pieces on them.  So we didn't

11:00:30  6   conclude that there wasn't additional risks of running them, we

11:00:34  7   just had a slightly different view.

11:00:36  8   Q.  Did you review the part -- any part of Mr. Greg Walz's

11:00:42  9   testimony, a BP engineer, where he was asked and he said, in a

11:00:45 10   meeting with Jesse Gagliano on April 19 when Jesse complained about

11:00:51 11   only running six centralizers, that there would be additional risks

11:00:55 12   associated with that, and he said that he had talked to John Guide

11:00:59 13   and that BP was willing to assume that risk?  Do you remember

11:01:02 14   reading that testimony?

11:01:04 15   A.  It was in testimony?

11:01:06 16   Q.  In a deposition.

11:01:07 17   A.  No, sir, I don't recall seeing any deposition testimonies.

11:01:10 18   Q.  You didn't read any depositions prior to writing your report?

11:01:14 19   A.  Oh, from the MBI, we did look at some things from the MBIs.

11:01:19 20   Excuse me.

11:01:20 21   Q.  Well, now, let me ask you this.  At any time in conducting your

11:01:26 22   investigation and all of the folks that you visited with, did

11:01:31 23   anybody tell you that they had interviewed Greg Walz and talked to

11:01:36 24   him about what his involvement was with the Macondo well?

11:01:38 25   A.  I believe my team did talk to Greg Walz.  I can't remember what

11:01:43 1    he said, but I think he was on our interview list, yes.

11:01:46 2    Q.  Well, did anybody tell you that spoke with Mr. Walz that, in

11:01:50 3    fact, he had recalled having a meeting with Jesse Gagliano April 19

11:01:56 4    at which time they talked about the number of centralizers that

11:01:59 5    Jesse thought was safe to be run?  Did anybody tell you that?

11:02:03 6    A.  I just can't remember specifically.  My team may well know

11:02:07 7    that.  Straight away, I just don't recall it myself.

11:02:10 8    Q.  Thank you, sir.  Can we go back up here, please, if we can, to

11:02:14 9    page 35 or the cement placement, the paragraph beginning, "When the

11:02:18 10   placement model was run using 21 centralizers," we go down to the

11:02:23 11   last full line where it says, "To mitigate the risk of channelling

11:02:26 12   associated with using fewer centralizers, the six inline

11:02:32 13   centralizers were positioned across and above the primary

11:02:36 14   hydrocarbon zones."  Did I read that correctly?

11:02:39 15   A.  Yes, you did.

11:02:40 16   Q.  What did you mean by the word "primary" when used with

11:02:45 17   "hydrocarbon zones" there in that sentence?

11:02:48 18   A.  I don't know if I know exactly.  It was the zones that we were

11:02:51 19   looking at in this -- you know, the productive zones in the bottom

11:02:56 20   of the well here.

11:02:57 21   Q.  Well, you say primary hydrocarbon zones.  Doesn't that suggest

11:03:03 22   to you -- you wrote the report or approved it -- that BP believed

11:03:06 23   there was at least one or more other zones that were not considered

11:03:11 24   primary?  Isn't that what that suggests to you, sir?

11:03:14 25   A.  I really don't know.  You would have to -- I mean, that's a

11:03:17  1  detail I am not sure.  It's just language, you know, I assumed

11:03:22  2  meant the productive zones that we were looking at here.

11:03:24  3  Q.  So you're guessing about that when you say you assume?

11:03:28  4  A.  Yeah, I don't have the inference that you do.

11:03:31  5  Q.  So when you say, I read the report, I approved of it, to the

11:03:36  6  extent that the sentence says, "To mitigate the risk of channelling

11:03:40  7  associated with using fewer centralizers, the six inline

11:03:44  8  centralizers were positioned across and above the primary

11:03:47  9  hydrocarbon zones," you're telling Judge Barbier you don't know

11:03:51 10  what that's referring to there that you approved in this report

11:03:55 11  when it says "primary hydrocarbon zones," do you?

11:03:57 12  A.  It's the one we showed in the little sketches we had the other

11:04:01 13  day.

11:04:01 14  Q.  Those would be the primary?

11:04:02 15  A.  That's my understanding, yes.

11:04:04 16  Q.  Well, when you wrote this report, did you or anyone with BP

11:04:10 17  determine if there were other hydrocarbon zones there that were not

11:04:15 18  designated as primary?

11:04:16 19  A.  Not that I am aware of, no.

11:04:20 20  Q.  Okay, sir, we'll talk about it a little later.  Let's look over

11:04:34 21  now, if we can, at page number 41, and I am just going through your

11:04:39 22  report here.  Certain parts of it, certainly not all of it.  And

11:04:43 23  this was taking one area kind of out of order, but it's the way

11:04:47 24  your report is set up.  Key finding number four is, "Influx was not

11:04:51 25  recognized until hydrocarbons were in the riser."  Do you see that?

1424

11:04:55  1    A.  Yes.

11:04:56  2    Q.  And I want to go down to the last paragraph here, if we can,

11:05:00  3    please.  We were talking about mudlogging on Thursday when you were

11:05:06  4    giving -- answering questions from Ms. Karis, you were talking

11:05:09  5    about that and again today as well.  Do you remember that?

11:05:12  6    A.  Generally, yes.

11:05:13  7    Q.  And you know my client Halliburton, through Sperry, provided

11:05:16  8    mudlogging services there on the well, do you not?

11:05:19  9    A.  Yes, I am aware of that.

11:05:21  10   Q.  Okay, sir.  And it says here under key finding four,

11:05:27  11   "Simultaneous end-of-well activities were occurring and may have

11:05:31  12   distracted the rig crew and mudloggers from monitoring the well.

11:05:37  13   These activities included preparing for the next operation (setting

11:05:41  14   a cement plug in the casing), bleeding off the riser tensioners and

11:05:49  15   transferring mud to the supply vessel M/V *Damon Bankston*."  Did I

11:05:54  16   read that correctly?

11:05:55  17   A.  Yes, sir.

11:05:56  18   Q.  So you spoke with someone -- you didn't form this opinion

11:06:07  19   yourself, did you?

11:06:08  20   A.  No.  This came from the operations part of our investigation.

11:06:12  21   Q.  And those folks on that part of the investigation concluded and

11:06:18  22   told you that there was simultaneous end-of-the-well activities

11:06:24  23   that were occurring prior to the blowout that may have distracted

11:06:27  24   the rig crew and mudloggers from monitoring the well?  You were

11:06:32  25   told that prior to approving this in the report, were you not?

11:06:35  1    A.  Well, yes, it was written into their evaluation of what

11:06:41  2    happened.

11:06:41  3    Q.  And when you talk about rig crew there, who is the rig crew?

11:06:45  4    A.  So we described all of those in here.  Rig crew here refers to

11:06:50  5    the Transocean rig crew.

11:06:51  6    Q.  And mudloggers would be the Halliburton Sperry mudlogger?

11:07:01  7    A.  Yes, sir.

11:07:02  8    Q.  Well, now, Mr. Brian was covering with you earlier today,

11:07:08  9    Ms. Karis did on Thursday, that different people there on the rig

11:07:13 10    were monitoring what was going on downhole and seeing what was

11:07:17 11    happening in the well, and there was a display there at various

11:07:23 12    locations of what was going on downhole.  You testified about that

11:07:27 13    earlier.  Do you recall that?

11:07:29 14    A.  Yes, sir.

11:07:29 15    Q.  And I believe you said that, in fact, the mud logger had

11:07:38 16    information available that he could, you know, see what was going

11:07:45 17    on, as well downhole, as well as others?

11:07:48 18    A.  Yeah.  Just to be clear, I think this information is all

11:07:51 19    surface pressures.  It's indicative of what's happening downhole.

11:07:54 20    They're monitoring surface information from what I understand.

11:07:58 21    Q.  Right.  And that Transocean also had screens there that were

11:08:08 22    monitors that would show it what was going on downhole?

11:08:16 23    A.  Again, it's surface information, but, yes, that's my

11:08:16 24    understanding they had screens as well.

11:08:16 25    Q.  When you wrote here that "simultaneous end-of-well activities

11:08:20  1   were occurring and may have distracted the rig crew," was somebody

11:08:25  2   suggesting to you that there was so much going on at that

11:08:28  3   particular time in what was going on in the well there, that people

11:08:35  4   were so busy handling things that it made it impossible or

11:08:40  5   impractical, if not impossible, to actually monitor what was going

11:08:45  6   on down in the well?

11:08:46  7   A.  No, sir.  That's not what we're suggesting at all.

11:08:49  8   Q.  Okay, sir.  You and your team, you discussed the anomalies and

11:09:01  9   data showing signs of a kick there prior to the blowout, did you

11:09:05 10   not?

11:09:05 11   A.  Yes, we did.

11:09:06 12   Q.  And you based your analysis on the data that had been

11:09:09 13   transmitted from the rig by Sperry realtime data?

11:09:12 14   A.  Yes, that's right.

11:09:13 15   Q.  And that data constitutes the sensor data responses from

11:09:17 16   various Transocean and a couple of Sperry sensors on the rig, you

11:09:20 17   know that?

11:09:21 18   A.  Sorry, you lost me there.  Could you say that again?

11:09:25 19   Q.  That data that was being transmitted realtime constituted the

11:09:30 20   sensor data responses that various Transocean and Sperry sensors on

11:09:35 21   the rig were using, you know that, do you not?  That's where the

11:09:39 22   realtime data was coming from.

11:09:41 23   A.  I'm sorry.  Are you reading from the report somewhere?

11:09:44 24   Q.  No, sir, I am just asking questions.

11:09:47 25   A.  My recollection is that the realtime data, as we called it, was

11:09:51  1    only available from the Sperry sensors.  I may not be right about

11:09:56  2    that, but that's my recollection.  My team would know that for

11:09:59  3    sure.

11:09:59  4    Q.  The realtime came from my client, from Sperry?

11:10:03  5    A.  From the mudlogger.

11:10:04  6    Q.  Right.

11:10:05  7    A.  I don't believe we were able to see any of the Transocean data.

11:10:08  8    Q.  Right.

11:10:09  9    A.  You know, remote from the rig or after the fact as we could --

11:10:13 10    Q.  But Sperry's realtime data was going to BP folks there onshore

11:10:21 11    as well, as well as there on the rig, was it not?

11:10:24 12    A.  Yeah, that's my understanding.  Yes, that was the information

11:10:29 13    that could be captured remotely from the rig.

11:10:32 14    Q.  And you and your team relied on that data in your analysis with

11:10:35 15    regard to what happened there in the well, did you not?

11:10:37 16    A.  Yes, we did.

11:10:38 17    Q.  And would you agree that in analyzing that data, and especially

11:10:43 18    in making determinations on what should have been, you should

11:10:47 19    review it in the same scale as it is reviewed there on the rig.  Do

11:10:52 20    you remember that?

11:10:53 21    A.  I remember what?

11:10:56 22    Q.  Well, on Thursday you were shown up here some mudlogging data

11:11:02 23    that showed it at one scale where it was at a different scale, as

11:11:05 24    you testified this morning, there actually being seen by those on

11:11:10 25    the rig.  And my question of you is, is you are aware of what you

1428

11:11:15  1   were asked to look at here on Thursday by BP's lawyer, Ms. Karis,

11:11:19  2   you're aware that was not in the same size as what the Transocean

11:11:24  3   rig and BP folks on the well -- on the rig there as well as the

11:11:29  4   mudlogger was looking at.  You're aware of that, are you not?

11:11:32  5   A.  No.  I think I said the same thing to the previous examiner was

11:11:37  6   I don't have personal familiarity with exactly what they look at.

11:11:41  7   Q.  All right.  Thank you, sir.  In the guilty plea that BP entered

11:11:58  8   into, one of the parts of that guilty plea, which we can call up if

11:12:03  9   we need to, but trying to -- for purposes of brevity, one of the

11:12:06  10  requirements there was that the Houston monitoring center be

11:12:11  11  established, which is a realtime drilling operations monitoring

11:12:16  12  center, that must monitor active pit volumes, pump pressure, flow

11:12:20  13  rate out, gas unit unities and trip displacement.  You're aware

11:12:25  14  that's in the guilty plea, are you not?

11:12:28  15  A.  I'm sorry, sir, I've read that plea.  I just can't remember

11:12:31  16  that detail.  It probably is.  I don't recall that specifically.

11:12:35  17  Q.  The fact of the matter is that data was also available to the

11:12:40  18  well site leaders, Don Vidrine and Bob Kaluza, it was already

11:12:45  19  available to them at the time of the blowout that the guilty plea

11:12:48  20  required, that was already being made available to BP prior to the

11:12:52  21  blowout, was it not?  Or do you know?

11:12:55  22  A.  I'm sorry.  It was a long question.  So the question is the

11:12:59  23  realtime data --

11:13:01  24  Q.  The realtime data that include active pit volumes, pump

11:13:06  25  pressures, flow rate out, and trip displacement, those were all

11:13:11  1  things that Don Vidrine and Bob Kaluza were made aware of prior to

11:13:17  2  the blowout right there in realtime on the rig, were they not?

11:13:21  3  A.  As I said -- now I understand the question, thank you.  As I

11:13:24  4  said earlier --

11:13:25  5  Q.  Thank you, sir.

11:13:26  6  A.  -- I do believe there was other screens available, perhaps to

11:13:30  7  the well site leaders and other TO people that had some

11:13:34  8  information.  I don't know exactly what was transmitted to those,

11:13:37  9  though, myself.

11:13:37 10  Q.  All right.  Let me ask you this:  Last question on that

11:13:40 11  subject.  Did you -- not you, but did anyone on your team

11:13:46 12  conducting the investigation reveal whether BP well site leader saw

11:13:52 13  fit to monitor that data that I've enumerated there, all of the

11:13:57 14  activities that were going on, did anybody tell you that the BP

11:14:00 15  well site leaders had been asked if they took the time to monitor

11:14:05 16  that data prior to the blowout?

11:14:07 17  A.  I can't recall if in the interviews if they asked the question

11:14:13 18  whether they had been looking at that, at whatever data they had

11:14:17 19  available.  I don't recall.  It may have been, sir, I just don't

11:14:21 20  recall that myself, sir.

11:14:22 21  Q.  All right.  Thank you, sir.

11:14:40 22      MR. GODWIN:  Let's turn over now to page 57 of TREX

11:14:45 23  No. 1.

11:14:45 24  BY MR. GODWIN:

11:14:45 25  Q.  This is slurry testing on Halliburton products.

11:14:51  1   A.  Yes, sir.

11:14:52  2   Q.  Okay.  Sir, I'll tell you what I've got here in a moment.  Do

11:15:01  3   you remember -- do you remember testifying on Thursday that

11:15:04  4   Halliburton was having -- excuse me, that BP was unable to get

11:15:10  5   testing information from Halliburton during the time that you were

11:15:16  6   conducting your investigation?

11:15:18  7   A.  Yes, I think we tried.  From recollection, I know we were

11:15:21  8   trying to get samples --

11:15:23  9   Q.  All right.

11:15:23 10   A.  -- to do testing from the rig and otherwise.

11:15:26 11   Q.  All right.

11:15:29 12   A.  I know we asked for other information about practices and

11:15:31 13   standards.  I think we asked for final test information as well

11:15:35 14   from memory.  It's probably written up in here.

11:15:38 15   Q.  And you said you were trying to get samples so that BP could,

11:15:43 16   if it deemed appropriate, perform its own test on those samples?

11:15:47 17   A.  That's correct.

11:15:47 18   Q.  And you remember testifying this morning that -- with

11:15:53 19   Mr. Brian, that one of the parts and one of BP's manuals was that

11:15:58 20   actual rig samples be used for purposes of conducting any test.  Do

11:16:02 21   you remember that this morning?  You and he went over it and it was

11:16:07 22   read to.

11:16:08 23   A.  Yeah, I said it wasn't a document I was familiar with.  I

11:16:13 24   remember it said, sample should be documented and tested.  I don't

11:16:15 25   remember exactly what it said.

1:16:15  1    Q.  You know Daryl Kellingray?  Do you know of him?

1:16:19  2    A.  I know of him through the investigation, yes.

1:16:21  3    Q.  He was -- or in April 20, 2010, he was one of the leading

1:16:25  4    cement experts in the world for BP, was he not?

1:16:27  5    A.  Yes, we had, from memory, two recognized internal experts and

1:16:34  6    he was one of them.

1:16:35  7        MR. GODWIN:  And I would like to pull up, if we can,

1:16:40  8    please, here, part of what he said in his deposition and that was

1:16:45  9    Daryl Kellingray's testimony.  It was played at page 47 of my

1:16:51  10   opening statement.  It's a brief examination here regarding whether

1:16:57  11   rig samples or lab samples should be used in performing tests.  Do

1:17:02  12   we have that?  Page 47 under Kellingray.  Daryl Kellingray, cement

1:17:16  13   specialist.  Let's see what he said here.

1:17:18  14       MS. KARIS:  I am going to make a foundation objection to

1:17:21  15   this.  Mr. Bly was asked if he reviewed anyone's deposition, all of

1:17:25  16   which occurred, of course, after the report was issued.  He

1:17:27  17   testified he hasn't reviewed anybody's deposition, so he has no

1:17:31  18   foundation or context for what Mr. Kellingray was asked.

1:17:35  19       THE COURT:  That's true.

1:17:37  20       MR. GODWIN:  Judge, what I was doing was asking him about

1:17:40  21   people that he spoke with.  He didn't speak with, but others on his

1:17:42  22   team did, and I wanted to know what Mr. Kellingray had said

1:17:46  23   actually during the time if he was interviewed.

1:17:48  24       THE COURT:  I don't you just ask him that?  We don't need

1:17:52  25   to go into a deposition that he's never seen and it was taken long

11:17:55  1   after he issued his report.

11:17:56  2              MR. GODWIN:  I'll do that, your Honor.

11:17:58  3              THE COURT:  Thank you.

11:17:59  4              MS. KARIS:  Thank you, your Honor.

11:17:59  5   BY MR. GODWIN:

11:18:01  6   Q.  With regard to Mr. Kellingray, did you ask that anybody on your

11:18:09  7   investigative team talk with him about the subject of testing of

11:18:16  8   Halliburton's cement?  Did you ask that that be done?

11:18:18  9   A.  I don't recall specifically.  I didn't, sort of, guide the team

11:18:23 10   who to do their interviews with.  They were working out who the

11:18:26 11   relevant people to speak with were.

11:18:29 12   Q.  When you talked earlier today and talked on Thursday about all

11:18:31 13   of the tests that BP would have expected to be done, and on the

11:18:37 14   very -- on the samples that you say y'all were trying to get from

11:18:40 15   Halliburton, you would have thought it important to talk with a

11:18:43 16   cementing expert within BP to find out what kind of rig samples or

11:18:47 17   lab samples or other samples that need to be tested, would you not,

11:18:52 18   sir?

11:18:52 19   A.  Well, for this investigation we actually brought in an outside

11:18:58 20   company called CSI who we felt was highly qualified, probably one

11:19:03 21   of the best around, to help us with this inquiry into the cement

11:19:07 22   and slurry and testing, so that's who we relied on.

11:19:11 23   Q.  Again, my question is:  To your knowledge, there were two

11:19:15 24   cements experts in the world for BP in-house at the time of the

11:19:19 25   explosion, Mr. Eric Cunningham, you know that name?

11:19:23  1    A.  I recognize that name as well, yes.

11:19:25  2    Q.  Well, did anybody tell you as part of your investigation that

11:19:28  3    Mr. Cunningham was involved to some extent in connection with the

11:19:32  4    design of the cement slurry here with Halliburton, he, working on

11:19:37  5    behalf of Mr. Cunningham, working on behalf of BP?

11:19:39  6    A.  I don't recall that.  If he was, we probably interviewed him.

11:19:44  7    Q.  And Mr. Kellingray, likewise, was another cementing expert.

11:19:48  8    And I want to know, while you brought in CSI, to your knowledge,

11:19:54  9    did anybody interview Mr. Kellingray to determine if he thought

11:19:57 10    that it was appropriate to use other than rig samples for purposes

11:20:03 11    of testing Halliburton's cement.  Did anybody interview that

11:20:06 12    gentleman to your knowledge?

11:20:08 13    A.  I just don't know that.  That would have been Mr. Corser's

11:20:11 14    team.  I don't know if they asked him that question.  I know they

11:20:14 15    spoke with Mr. Kellingray through the investigation, but I don't

11:20:17 16    know if they asked that specific question, no.

11:20:20 17    Q.  All right.  Okay, sir.  And let's turn over -- let's look at

11:20:28 18    BP's contract for the Gulf of Mexico's strategic performance unit

11:20:36 19    between BP and Halliburton.  4477.  Okay.  We've got the contract

11:21:05 20    for the Gulf of Mexico strategic performance unit, offshore well

11:21:10 21    services between BP Exploration and Halliburton Energy Services.

11:21:14 22    Do you see that, sir?

11:21:15 23    A.  Yes, I do.

11:21:15 24    Q.  And we go over to the Page No. 48 of 352.

11:21:22 25         MR. GODWIN:  Just going to go over one sentence or two of

11:21:25  1    that document, your Honor, this is the contract that covered the

11:21:28  2    work that was being done by my client.

11:21:28  3    BY MR. GODWIN:

11:21:32  4    Q.  Up here in the top portion it says, "The final results supplied

11:21:36  5    to company prior to each job shall be available to company more

11:21:40  6    than 24 hours before pumping cement and tests shall be completed

11:21:44  7    using actual rig samples."  Do you see that?

11:21:47  8    A.  Yes, I see that.

11:21:48  9    Q.  That was part of the contract.

11:21:51  10            MR. GODWIN:  We can pull that down and we will go through

11:21:53  11   the rest of that later in my examination.

11:21:53  12   BY MR. GODWIN:

11:21:59  13   Q.  Now, let's go over, if we can, back to page 57 of TREX No. 1.,

11:22:12  14   page 57.  Let's go down to the part dealing with slurry testing on

11:22:18  15   Halliburton products.  And I want to just highlight the paragraph

11:22:23  16   dealing with, "Halliburton retains surplus samples."  Follow along

11:22:28  17   in yellow if you will, please.  "Halliburton retained surplus

11:22:31  18   samples from the testing program."  Did I read that correctly?

11:22:34  19   A.  Yes, sir.

11:22:35  20   Q.  Says, "However, the investigation team was unable to acquire

11:22:40  21   and test these actual cement samples from the rig due to a court

11:22:44  22   ordered injunction on Halliburton to preserve the material."  Did I

11:22:48  23   read that correctly?

11:22:49  24   A.  Yes, you did.

11:22:50  25   Q.  So when you testified here in response to BP's lawyer on

1435

11:22:59  1   Thursday that after the incident my client didn't turn over actual

11:23:07  2   cement samples from the rig so that BP could conduct its testing or

11:23:12  3   have it done by CSI, you knew when you gave that testimony that my

11:23:17  4   client could not provide that information, those samples because of

11:23:21  5   a court ordered injunction, did you not?

11:23:23  6   A.  Yeah, because it's right here in the report.

11:23:26  7   Q.  Okay.  So when you were complaining -- as I understand it, you

11:23:30  8   said that was a complaint that you said today, while we didn't have

11:23:32  9   any problem with getting Halliburton employees, you didn't know of

11:23:36 10   a single one had been asked about being interviewed and have a

11:23:40 11   single name, you said it was with regard to materials.

11:23:42 12            Now, I understand that from the report you said here that

11:23:47 13   with regard to the cement -- the rig samples and the materials that

11:23:51 14   we needed to be able to review in accordance with our contract,

11:23:56 15   Halliburton was precluded from providing BP with that information,

11:24:00 16   was it not?

11:24:00 17   A.  For some of the things we asked for, yes, this applies, yes.

11:24:05 18   Q.  They could not give the rig samples and those things for the

11:24:09 19   tests to be performed, correct?

11:24:10 20   A.  That was our understanding because of this injunction, that's

11:24:14 21   right.  We asked for other things we couldn't get either.

11:24:17 22   Q.  The other things you would have asked for would be test

11:24:20 23   results, correct?

11:24:21 24   A.  And similar samples that weren't from the rig so we could do

11:24:24 25   "like kind" testing ourselves.

11:24:26  1    Q.  Well, but similar samples, where you saw the contract said

11:24:30  2    actual rig samples have to be used as opposed to being similar

11:24:34  3    samples.  Are you aware of communications between Mr. Lucari, who

11:24:40  4    you spoke of earlier, and someone at Halliburton whereby

11:24:44  5    Halliburton said, "We can't provide you with similar samples or

11:24:48  6    representative samples because the contract requires that all

11:24:50  7    testing be done on rig samples."  Were you aware that Mr. Lucari

11:24:55  8    was told that?

11:24:56  9    A.  I was aware that Mr. Lucari was our -- supporting my team and

11:25:01 10    making all of the requests for information to the various

11:25:04 11    companies, so I know he was attempting to get this information for

11:25:08 12    the investigation team.  I don't know, you know, I am not aware of

11:25:11 13    that specific thing that you just said to me.

11:25:13 14    Q.  Did anybody ever tell you or your investigative team that

11:25:17 15    Mr. Lucari had been told by Halliburton that, one, we're precluded

11:25:22 16    from giving you the rig samples because of a court ordered

11:25:24 17    injunction, and No. 2, we can't give you similar samples because

11:25:28 18    that's not required in the contract.  Were you told that, "yes" or

11:25:32 19    "no"?

11:25:32 20            MS. KARIS:  Objection, your Honor, that misstates the

11:25:34 21    evidence in the record.

11:25:35 22            THE COURT:  Sustained.

11:25:35 23    BY MR. GODWIN:

11:25:47 24    Q.  Let's turn over to page 78 of your report under "Cement and the

11:25:52 25    Shoe Track."  You talked about that on Thursday and you talked

11:25:55  1   about it, again, here some this morning.  I will see what your

11:25:59  2   report says about it.  In 5.4 starting with, "Therefore, the shoe

11:26:07  3   track cement."  Do you see that, sir?

11:26:08  4   A.  Yes, sir.

11:26:08  5   Q.  From there to the bottom follow along with me.  "Therefore, the

11:26:12  6   shoe track cement and the flow rate collar barriers must have

11:26:16  7   failed to prevent this ingress."  See that?

11:26:19  8   A.  Yes.

11:26:19  9   Q.  "The investigation team has not established whether this

11:26:24 10   failure was attributable to the design of the cement, contamination

11:26:30 11   of the cement by the mud in the wellbore, commingling of the cement

11:26:34 12   with nitrogen due to nitrogen break out from the foam cement

11:26:39 13   slurry, swapping of the shoe track cement with the mud in the rat

11:26:43 14   hole (bottom of the well) or some combination of these factors."

11:26:46 15   Did I read that correctly?

11:26:47 16   A.  Yes, you did.

11:26:48 17   Q.  Do I understand you to be saying here in this report that your

11:26:53 18   report is saying that the shoe track cement and the flow rate

11:27:00 19   collar barriers must have failed; that that could have been caused

11:27:06 20   by a contamination of the cement by mud in the wellbore?  Is that

11:27:10 21   one of the things that your investigative team concluded could have

11:27:14 22   been a reason for that?

11:27:16 23   A.  Yes, sir.  We felt we couldn't rule out any of these.  We knew

11:27:20 24   it had failed, but we felt we couldn't rule these out definitively.

11:27:24 25   Q.  The contamination of the cement by the mud in the wellbore,

1438

| | |
|---|---|
| 11:27:28 1 | that would come about as a result of not running a required bottoms |
| 11:27:33 2 | up, would it not? |
| 11:27:34 3 | A.  That's not my understanding, sir.  It was -- I heard them talk |
| 11:27:41 4 | about small volumes and large displacements and things, so I don't |
| 11:27:45 5 | know what you're saying is exact. |
| 11:27:46 6 | Q.  When you talk about contamination of the cement by the mud in |
| 11:27:51 7 | the wellbore, if the bottoms up had been performed, to clean out, |
| 11:27:56 8 | wouldn't the bottoms up -- isn't the intent of the bottoms up and |
| 11:28:01 9 | the reason for it to clean out the wellbore before the cement job |
| 11:28:05 10 | is pumped? |
| 11:28:08 11 | A.  Yes, sir, but it doesn't clean the mud out of the wellbore. |
| 11:28:11 12 | There's still going to be mud down there. |
| 11:28:13 13 | Q.  There could be mud down there.  There could be some that would |
| 11:28:16 14 | be there.  That could serve as a form of contamination if it's not |
| 11:28:19 15 | pumped out, would it not? |
| 11:28:21 16 | A.  We're right at the limits of my technical knowledge.  I believe |
| 11:28:24 17 | this is talking about the oil-based mud that was in the hole and |
| 11:28:28 18 | its potential to contaminate the cement, and that was always going |
| 11:28:32 19 | to be in the hole. |
| 11:28:33 20 | Q.  That synthetic oil-based mud? |
| 11:28:35 21 | A.  Yes, sir. |
| 11:28:35 22 | Q.  Using the synthetic oil-based mud, that was a decision that BP |
| 11:28:40 23 | made to use that mud, was it not? |
| 11:28:42 24 | A.  I believe BP, with advice from its fluids contractor, would |
| 11:28:45 25 | have picked that mud.  It's very commonly used, yes. |

OFFICIAL TRANSCRIPT

11:28:48  1   Q.  And that fluids contractor was not my client Halliburton, was

11:28:51  2   it?

11:28:52  3   A.  No, sir, I don't think it was.

11:29:01  4          MR. GODWIN:  Let's look over the TREX 0032.

11:29:01  5   BY MR. GODWIN:

11:29:04  6   Q.  Let's look at the report outline that I talked about earlier.

11:29:08  7   And we'll go back to the report in a little bit.

11:29:11  8          MR. GODWIN:  If we can, I would like to look at the first

11:29:13  9   page of it, Rob.

11:29:13  10  BY MR. GODWIN:

11:29:15  11  Q.  Here is a report outline.  It shows background,

11:29:18  12  *Deepwater Horizon* - Fifth Generation.  Next is decisions.  Next is

11:29:25  13  the bore size options, and it goes on down through casing options

11:29:29  14  there on No. 2.  Do you see that?

11:29:33  15  A.  Yes, I do.

11:29:34  16  Q.  Just reading along with me, if you will, trying to go through

11:29:37  17  it.

11:29:37  18  A.  Yes.

11:29:37  19  Q.  And turn over to the next page which is 7837, the last four

11:29:42  20  numbers in the Bates number there on this TREX number, and it deals

11:29:47  21  with No. 2 centralizer options, and then 2.F. Cement Options.  Do

11:29:54  22  you see that?

11:29:55  23  A.  Yes, I see that.

11:29:56  24  Q.  And then it goes down to chronology of events, float collar,

11:30:01  25  3.B. would be the Cement Job.  Do you see that?

1440

11:30:03 1    A.  Yes, I see it, yes.

11:30:05 2    Q.  And this report outline that was prepared here that we obtained

11:30:09 3    from BP, what does it say there in 3.B. about the cement job?

11:30:14 4    A.  It says, "Cement job went as expected."

11:30:17 5    Q.  Okay, sir.  And you, of course, were told that prior to the

11:30:21 6    time that you actually authored or approved of your report, were

11:30:26 7    you not, that it went as expected?

11:30:28 8    A.  As I said earlier, we talked about the report that came back

11:30:32 9    from the rig that talked about the pumping and the -- you know,

11:30:35 10   that specific thing.  We did recognize that, yeah.

11:30:37 11   Q.  Yes, sir.  That the cement job went as expected.  You were told

11:30:41 12   that, were you not, sir?

11:30:43 13   A.  As I just said, it was shown in the report.  We highlighted

11:30:46 14   that that discussion that happened that morning from the rig crew

11:30:50 15   communicating with the BP about the cement job.

11:30:54 16   Q.  Let's go over to bates page 7839 of this report outline and

11:31:03 17   it's critical factor No. 1.  When you go down, where it says,

11:31:11 18   "unforgiving well," about the fifth line down.  Do you see that,

11:31:15 19   unforgiving well?

11:31:16 20           MR. GODWIN:  Mark that in yellow, please, critical factor

11:31:20 21   one, unforgiving well.  Highlight in yellow where it starts with

11:31:24 22   "unforgiving well."

11:31:24 23   BY MR. GODWIN:

11:31:25 24   Q.  I am not going to try to read the entire report.  Unforgiving

11:31:28 25   well.  You, of course, know that at the time you wrote your report

11:31:32  1  that this had been a problematic well for sometime, had it not?

11:31:36  2  A.  I don't know that.  We knew that we had -- there was a tight

11:31:40  3  pour pressure frac rating to get the cement around.

11:31:43  4  Q.  You knew that there had been at least one other kick in the

11:31:46  5  well, one notable kick on March 8, 2010, did you not?

11:31:49  6  A.  Yes, we highlighted that in the report.

11:31:51  7  Q.  You knew that there was a fragile formation at the bottom of

11:31:57  8  this well, that thousands of barrels of mud had been allowed to go

11:32:01  9  into the formation during the drilling of that well, did you not,

11:32:07 10  as part of your investigation?

11:32:08 11  A.  I recall that there was a loss return event.  I don't remember

11:32:11 12  the volumes of it.

11:32:12 13  Q.  And we go on here it says, "We bought expensive cement."

11:32:17 14       MR. GODWIN:  Mark that, if you will.  Wherever I read,

11:32:20 15  mark it.

11:32:20 16  BY MR. GODWIN:

11:32:20 17  Q.  "Bought expensive cement," and says, "Remember, cement failure

11:32:24 18  does not equal blowout."  And you, of course, were told that during

11:32:29 19  the investigation prior to writing the report that cement failure

11:32:33 20  does not equal a blowout, were you not?

11:32:37 21  A.  Sir, I don't remember being told that, but it goes right with

11:32:41 22  the eight slices that we said, as all of those things had to happen

11:32:44 23  to get to the end of it.

11:32:45 24  Q.  Right.  And that if you have a bad cement job that can be

11:32:50 25  determined by appropriate testing, we know that.  We have cement

11:32:53  1    failure.  It's got to be because of a bad cement job, you would

11:32:56  2    think, would you not?

11:32:57  3    A.  Yeah, I think you can use testing to try confirm whether the

11:33:04  4    cement job's ineffective.

11:33:07  5    Q.  And once you do the testing to determine if there's a good job,

11:33:14  6    remediation work can, then, be undertaken if the operator, company

11:33:18  7    chooses to do so?

11:33:19  8              MS. KARIS:  Your Honor, I think this ground has been

11:33:21  9    covered several times.

11:33:22 10              THE COURT:  This is getting awful repetitive.  I've heard

11:33:25 11    this just in this trial.  I've heard it many times before, but in

11:33:30 12    this trial I've heard it many, many, times.  Let's try to move on.

11:33:34 13    Remember, Mr. Bly has been on the stand since, I think, about

11:33:39 14    four o'clock on Wednesday afternoon.

11:33:41 15              MR. GODWIN:  Yes, your Honor.

11:33:42 16              THE COURT:  This is probably -- I am not blaming it all

11:33:45 17    on you, Mr. Godwin, but on everybody.  This examination in court

11:33:49 18    has probably lasting as long as his deposition has.  Trial should

11:33:54 19    not be depositions, so let's move on.  It's getting repetitive now.

11:34:00 20              MR. GODWIN:  I will, Judge, thank you, sir.

11:34:02 21              THE COURT:  Go ahead.

11:34:02 22    BY MR. GODWIN:

11:34:04 23    Q.  Let's go down to Critical Factor No. 5 where it says,

11:34:07 24    "Integrity test is the last chance to determine if we got it

11:34:11 25    right."  Did anybody tell you during the investigation that the

OFFICIAL TRANSCRIPT

1443

11:34:16 1    integrity test was the last chance to determine if BP got it right?

11:34:20 2            MS. KARIS:  Your Honor, I am going to renew my

11:34:22 3    objections.  The same exact point.

11:34:24 4            MR. GODWIN:  That's not been asked at all, and I've got

11:34:27 5    to be able to ask him some questions to defend my client.  And

11:34:29 6    you're giving me latitude there and I appreciate that, but I am

11:34:32 7    moving this very quickly, Judge.  We will be done here very soon.

11:34:36 8            THE COURT:  All right.  You can answer that, sir.

11:34:36 9    BY MR. GODWIN:

11:34:38 10   Q.  Did anybody tell you during the investigation that the

11:34:41 11   integrity test, the negative pressure test was the last chance for

11:34:46 12   BP to determine if it got it right?

11:34:48 13   A.  I don't recall this.  This is an outline that obviously was --

11:34:52 14   somebody did early, but what we concluded was that all of those

11:34:56 15   eight barriers mattered.

11:34:57 16   Q.  And we look down here and we go a little bit further down where

11:35:04 17   it says, "under."

11:35:05 18           MR. GODWIN:  Go down further.  We just marked it.

11:35:05 19   BY MR. GODWIN:

11:35:08 20   Q.  Still had control of well, had chance to remediate.  We see

11:35:12 21   that, we talked about it, you see that in the outline, do you not?

11:35:16 22   A.  Yes, sir, I see that.

11:35:19 23   Q.  Thank you, sir.  That takes us through that.  Let me -- now, I

11:35:31 24   want to talk to you about the flow path theories that BP -- you and

11:35:46 25   Ms. Karis talked about on Thursday.  Do you remember that?  Went on

11:35:50  1    for quite some time.  You talking about the three different

11:35:55  2    options.  Do you remember that, sir?

11:35:56  3    A.  Yes, sir.

11:35:56  4    Q.  And in fact, there was the --

11:36:10  5                MR. GODWIN:  Let's pull up 4342.

11:36:10  6    BY MR. GODWIN:

11:36:31  7    Q.  Here are the three flow path theories that Ms. Karis showed you

11:36:36  8    on Thursday, and I would like to talk to you about all three of

11:36:39  9    them.  You testified that there were three flow path scenarios that

11:36:47  10   the BP internal investigation team considered.  Do you remember

11:36:51  11   that, sir?

11:36:53  12   A.  Yes, generally I do.

11:36:54  13   Q.  And you further testified that your investigation team

11:37:00  14   concluded the first scenario:  The flow from the formation down the

11:37:04  15   annulus and up through the reamer shoe that was at the bottom of

11:37:08  16   the well to be the most likely one, correct?

11:37:11  17   A.  Yes, that's right.

11:37:12  18   Q.  Thank you, sir.  And you testified that the conclusion was

11:37:16  19   reinforced after the Bly Report's publication when you examined

11:37:21  20   photographs of the recovered seat assembly showing no erosion on

11:37:26  21   the outside.  Do you remember that?

11:37:27  22   A.  Yes, that reinforced it.

11:37:29  23   Q.  And, in fact, we saw here on the screen a picture the other day

11:37:33  24   of the seal assembly showing that it didn't appear to have any

11:37:37  25   erosion or damage to it.  Do you remember that?

11:37:39  1    A.  Yes, I remember that.

11:37:40  2    Q.  And so you'll agree, will you not, sir, that under this

11:37:48  3    scenario Option No. 1, hydrocarbons under this scenario exited the

11:37:59  4    formation and turned down to go -- over in Option No. 1 they turned

11:38:04  5    down to go to the reamer shoe where BP hydrocarbons entered the

11:38:08  6    casing over here.  Do you see that?

11:38:11  7    A.  Yes, that's right.

11:38:12  8    Q.  So your position -- BP's position is that hydrocarbons did not

11:38:18  9    go up, but, in fact, they came out of the hydrocarbon zones, the

11:38:23 10    active zone or zones, they went down, they came up through the

11:38:27 11    reamer shoe and escaped up through the casing up through the riser

11:38:32 12    onto the rig floor.  That's what BP's position is generally, is it

11:38:36 13    not?

11:38:37 14    A.  That was the conclusion of my investigation team, yes.

11:38:41 15    Q.  And you certainly agreed with that after you read it and you

11:38:44 16    wrote your report, did you not?

11:38:46 17    A.  Yes, I did.

11:38:47 18    Q.  Thank you.  Hydrocarbons are less dense than any other fluids

11:38:51 19    in the annulus, are they not, sir?

11:38:53 20    A.  Yes, they would be.

11:38:56 21    Q.  Less dense than the cement, would you agree with that?

11:39:00 22    A.  Yes, I would.

11:39:01 23    Q.  Less dense than the drilling mud?

11:39:05 24    A.  Yes.

11:39:06 25    Q.  And because hydrocarbons are less dense, they will naturally

11:39:12  1  travel upward through a denser fluid; isn't that correct, sir?

11:39:16  2  A.  Not if it's -- not if it's -- if it's sealed, you know.  It'll

11:39:23  3  flow to the path of least resistance.

11:39:26  4  Q.  Well, meaning, when it comes out here somewhere out of the

11:39:29  5  formation, out of a hydrocarbon bearing zone, what you just said

11:39:33  6  was that the hydrocarbons being lighter, less dense, they will not

11:39:38  7  go up through a sealed annulus if it's sealed, will they?

11:39:42  8  A.  No, not if it's sealed it won't.

11:39:47  9  Q.  They will have to turn and go down and then come up through the

11:39:50 10  reamer shoe is the position of BP, isn't it?

11:39:53 11  A.  That was the conclusion that my team was that it went through

11:39:59 12  that path, yes.

11:39:59 13  Q.  Your team concluded that the hydrocarbons flowed down -- I want

11:40:04 14  to get this exactly.  Your team concluded and you agree that the

11:40:07 15  hydrocarbons flowed downward, not upward; isn't that true, sir?

11:40:11 16  A.  Yes, sir, right at the bottom of the well there where it's

11:40:14 17  indicated.

11:40:15 18  Q.  Come down here out of the zone, come down, go up, as opposed to

11:40:19 19  going up because you could not have hydrocarbons being lighter in

11:40:23 20  density, they wouldn't go through a sealed annulus, would they?

11:40:27 21  They couldn't flow up, could they?

11:40:29 22  A.  Your -- your question is confusing me.  Yeah, they would have

11:40:36 23  flowed down where the hole was in the bottom of the casing and back

11:40:39 24  out.

11:40:39 25  Q.  And tell us again the reason that they couldn't go up.

OFFICIAL TRANSCRIPT

1447

11:40:42  1   A.  I don't know if they couldn't go up.  I'm saying we concluded

11:40:45  2   the path of least resistance was down and up through the shoe.

11:40:50  3   Q.  And because they're less dense than cement -- less dense than

11:40:53  4   the drilling mud, they would have naturally gone up had they been

11:40:57  5   able to have gone up, would they not, the hydrocarbons?

11:41:00  6   A.  I don't -- this is a pressure differential type thing, it's not

11:41:06  7   a density differential thing, so I am not quite understanding your

11:41:17  8   question.

11:41:17  9   Q.  Well, my question is this:  What you said a little earlier, you

11:41:17 10   said was that if the annulus is sealed, you can't have hydrocarbons

11:41:20 11   escaping.  That would only mean that the hydrocarbons were

11:41:23 12   prevented from rising in the annulus because the annulus was

11:41:28 13   sealed, would you agree with that?

11:41:31 14   A.  I was saying that that whole fluid column can't go if the

11:41:35 15   annulus is sealed, the fluid sitting in the column.

11:41:38 16   Q.  If the annulus is sealed, you cannot have anything escape up

11:41:42 17   the annulus, you would agree with that, wouldn't you?

11:41:45 18   A.  Yes.

11:41:45 19   Q.  The only thing in the annulus that you know of that could have

11:41:48 20   created that barrier was set cement, isn't that correct, sir?

11:41:52 21   A.  Well, we're right -- we're getting pretty technical here, but I

11:41:57 22   believe that annulus is full of mud as well, so if it's bottled off

11:42:01 23   at the top, you know, the flow couldn't have gone that way.

11:42:04 24   Q.  So if you've got cement and you've got mud, that would have

11:42:11 25   been a barrier, it would have sealed the annulus all the way around

11:42:16  1   so that the only path for the hydrocarbons to go, according to your

11:42:19  2   testimony, is to go down and up through the reamer shoe, isn't that

11:42:22  3   what you're saying, sir?

11:42:24  4   A.  I'm saying that that's the path we concluded that it went on.

11:42:29  5   All the rationales that you're engaging me in, I am not exactly

11:42:33  6   clear if I understand what you're saying, but that's definitely the

11:42:35  7   way that we decided that the path went.

11:42:37  8   Q.  So for BP's flow path theory, that's casing -- the one on the

11:42:43  9   left, for that to work, the annular cement had to set, isn't that

11:42:48 10   correct, sir, it had to be set up?

11:42:50 11   A.  I don't know if that's true or not.

11:42:51 12   Q.  Has anybody told you with BP's investigative team that

11:42:56 13   Halliburton's cement in the annulus was not set up?

11:43:00 14   A.  We concluded that the cement across those yellow zones there

11:43:07 15   couldn't have been impermeable because the hydrocarbons flowed

11:43:10 16   through that spot.  I don't know what you mean by "set up," but it

11:43:14 17   allowed the flow of hydrocarbons through it.

11:43:16 18   Q.  It went down and then back up the casing as opposed to going up

11:43:21 19   through the annulus, you agree with that?

11:43:22 20   A.  Yes.  But by going down, I mean it went through the cement

11:43:27 21   sheath that sat across those permeable zones there.

11:43:36 22   Q.  Let's talk about number two here, and that would be the annular

11:43:40 23   escape, and then there was a crossover breach.  And the crossover

11:43:46 24   breach was there -- the annular breach was where there was talk

11:43:50 25   about hydrocarbons escaping up the annular and then going through

11:43:53  1    the seal assembly.  You've already established that that's not

11:43:57  2    where you believe that it happened?

11:43:59  3    A.  That's correct.  That's not where we believe it happened.

11:44:03  4    Q.  And you mentioned the other day and in your report you

11:44:05  5    mentioned there was a possibility of a breach in the casing that

11:44:08  6    your investigative team looked at.  You talked about that on

11:44:13  7    Thursday, do you recall that?

11:44:14  8    A.  Yeah, that was the third area was to look at the casing itself.

11:44:17  9    Q.  And the casing that you guys on -- men and women on your

11:44:22 10    investigative team concluded that you didn't think it was a breach

11:44:28 11    in the casing up high, up above the float collar because there

11:44:36 12    didn't appear to be any damage to the seal assembly, remember that?

11:44:39 13    A.  I recall that we didn't -- you know, having evaluated the

11:44:46 14    casing in a couple of different ways, we didn't think there was any

11:44:50 15    breaching in the casing.

11:44:51 16    Q.  Up above the float collar?

11:44:52 17    A.  I don't remember that specifically.  I would have to refer to

11:44:57 18    the report if that was the conclusion.  But --

11:45:01 19    Q.  Okay.  If you had a positive pressure test, isn't it true that

11:45:05 20    if you have a good positive pressure test that would go from there

11:45:11 21    at the BOP or the mudline down to the float collar, you couldn't

11:45:17 22    have a good positive pressure test if there was a breach in that

11:45:20 23    casing up above, could you?

11:45:23 24    A.  You wouldn't think so.  You'd think that would be a good

11:45:26 25    indication.

11:45:27 1  Q.  Well, did anybody -- did anybody with BP tell you whether or

11:45:32 2  not they looked to see if there was a breach below the float collar

11:45:38 3  in that 189 feet of shoe track?

11:45:42 4  A.  I don't recall all of the evaluation they did.  I know one of

11:45:48 5  the things that the team did in addition to simply looking at

11:45:52 6  positive pressure test information was to go through all of the

11:45:54 7  material specs, the torque turning information on the casing,

11:45:58 8  et cetera, to try to see if there's any indication of a potential

11:46:02 9  for breach, and based on that, they concluded that there wasn't

11:46:07 10  or --

11:46:08 11  Q.  Did anybody with BP's investigative team tell you why they

11:46:12 12  ruled out that there was no breach in the casing below the float

11:46:16 13  collar?  Did anybody tell you that?

11:46:18 14  A.  I might have answered your question before you asked it.  But

11:46:23 15  they looked at these other things like the -- you know, there's

11:46:27 16  information about how the casing's made up and torque turn, and I

11:46:31 17  think they looked at all of that for the whole string.

11:46:33 18  Q.  All right.  If you would have had a misinterpreted negative

11:46:37 19  test, that would not have -- if it was misinterpreted, that would

11:46:42 20  not have detected a breach in the casing on the float collar, would

11:46:49 21  it?

11:46:53 22      If you've got a breach in the casing below the float

11:46:58 23  collar but above the reamer shoe, if you've got a breach in there

11:47:02 24  that was caused by something, if you had a misinterpreted negative

11:47:08 25  test, it would not pick that up, would it?

11:47:11  1   A.  Well, the misinterpreted negative test, as we concluded, didn't

11:47:19  2   pick up that there was communication from the permeable zones into

11:47:23  3   the casing area.

11:47:24  4   Q.  Which could account for a breach in the casing below the float

11:47:28  5   collar, but above the reamer shoe?

11:47:30  6   A.  But our conclusion was that it wasn't that; it was through the

11:47:32  7   bottom of the shoe track.

11:47:33  8   Q.  My point, though, is, that if a negative pressure test, if that

11:47:40  9   had been correctly interpreted, then it would have ruled out there

11:47:43  10  being a casing at the bottom of the well, would it not?

11:47:51  11          THE COURT:  Is that an objection?

11:47:53  12          MS. KARIS:  Do I need to speak into the mic?

11:47:57  13          THE COURT:  A silent objection.

11:47:59  14          MS. KARIS:  I also need to speak out, right?  Your Honor,

11:48:02  15  I think this has been asked and answered now a couple of times.

11:48:04  16          MR. GODWIN:  That hasn't been asked yet.

11:48:06  17          THE COURT:  I think we're going -- it sounds like we're

11:48:09  18  going beyond what this witness is capable of answering.

11:48:12  19          MR. GODWIN:  He talked about these things on Thursday,

11:48:15  20  your Honor, and all of the details.

11:48:17  21          THE WITNESS:  I can't understand the instructions.

11:48:18  22          MR. GODWIN:  I can finish it in a question or two here,

11:48:20  23  Judge, and move on to another subject.

11:48:20  24          THE COURT:  I think we just finished it, let's move on.

11:48:23  25          MR. GODWIN:  Okay, sir.  Thank you.

BY MR. BRIAN:

Q.  Let's talk about the shoe track where you say that BP concluded that the hydrocarbons flowed out of the wellbore, if you will, the formation, down through the reamer shoe and up the shoe track.  We know that was about 189 feet from the bottom of the reamer shoe to the float collar, do we not?

A.  I recall 190, yes.

Q.  190, 189, okay.

A.  Yep.

Q.  And is it possible that the shoe track -- the shoe track -- if we could pull back up that demonstrative with those three options on it.  Over here on BP's stated position as to where they thought the flow was, the reamer shoe would be down in this level down here at the bottom?

A.  Yeah, just right at the end of the string, yes.

Q.  Is the reamer shoe there to collect contaminated cement, is that what it's for, or do you know?

A.  I think it's just a nose on the end of the casing to help get it down to be able to run it.

Q.  Does it have any function to collecting contaminants there in the stream, if you know?

A.  I don't know.

Q.  Okay.  Thank you.  Well, is it possible, from your investigation, that the shoe track would contain contaminated cement ahead of the top plug?  This is a part of your report you

1453

11:50:29  1    wrote about the shoe track.  You told Judge Barbier that the cement

11:50:33  2    did flow up through the shoe track.  I want to know, is it possible

11:50:37  3    the shoe track, that 190 feet, contained contaminated cement ahead

11:50:42  4    of the top plug?

11:50:45  5    A.  I don't understand your question.  We highlighted -- the team

11:50:49  6    highlighted, and you referred me to them earlier, the possible

11:50:52  7    things that could have contributed.  We said we couldn't rule any

11:50:55  8    of those out.  I don't recall the one you just said being one of

11:50:59  9    those.

11:50:59  10   Q.  All right.  Well, prior to the cementing -- cement being pumped

11:51:06  11   to my client, did BP conduct any bottoms-up at all there in the

11:51:11  12   well?

11:51:12  13   A.  My recollection is that there had been bottoms-up more than

11:51:19  14   once, you know, from the time the casing was run through the cement

11:51:23  15   job, I remember being asked about this before and I don't remember

11:51:26  16   the detail.  But I do believe we concluded and we knew in the

11:51:31  17   report that the bottom of the well was seen by the time the cement

11:51:35  18   job was done, you know, I remember that much, and we didn't see

11:51:39  19   hydrocarbons in that, so our --

11:51:41  20   Q.  Had you finished, sir?  I apologize.

11:51:42  21   A.  I was going to say our view was that they hadn't gotten in

11:51:48  22   before the cement job.  I remember that from the report.

11:51:49  23   Q.  Did you learn in your investigation that BP's preferred

11:51:52  24   practice was to run two bottoms-up before a cement job would be

11:51:55  25   run?

1454

11:51:56  1    A.  I didn't learn that.  I can remember my team, the Kent Corser

11:52:02  2    team, looking at these aspects, but I didn't learn that that was

11:52:07  3    our preferred practice, no.

11:52:09  4    Q.  Did Mr. Corser or anybody on your investigative team tell you

11:52:13  5    that, in fact, Jesse Gagliano for Halliburton had recommended that

11:52:17  6    prior to pumping the cement job, BP approve of running a one full

11:52:22  7    bottoms-up?

11:52:24  8    A.  I don't recall that.  As I said, I know they looked at the

11:52:28  9    practice -- my team looked at the practice that was used here

11:52:31 10    pretty carefully.  But I don't recall that particular statement

11:52:34 11    being made, no.

11:52:35 12    Q.  Did anybody tell you that -- or was it even discussed during

11:52:40 13    your investigation that the lack of an adequate bottoms-up being

11:52:46 14    run, that that could have increased the risk factor there for

11:52:51 15    contaminating the cement?  Was that discussed in your

11:52:55 16    investigation?

11:52:57 17    A.  The thing that I can remember about this is the team, as I

11:53:01 18    said, they did look at this carefully, amongst other things, and I

11:53:04 19    recall that there was a view about a trade-off, you know, as you

11:53:09 20    pointed out earlier, the well had had losses and things, so there's

11:53:13 21    trade-offs to consider about how many times you circulate and

11:53:16 22    things like that.  Beyond that, I just don't remember the detail.

11:53:19 23    But I do know my team looked at this pretty carefully.

11:53:21 24    Q.  In terms of the barriers that were there in the well, you

11:53:25 25    talked earlier about the cement being a barrier, if, in fact, it

1455

11:53:29  1   had been confirmed.  We recall that, don't we?

11:53:32  2   A.  Yes, we said that the cement in the annular space and the shoe

11:53:37  3   track were barriers.

11:53:37  4   Q.  Would it be fair to say that the shoe track cement can only be

11:53:41  5   considered a barrier after a successful negative test?

11:53:44  6   A.  It'll be a barrier when it -- yeah, to be considered a barrier,

11:53:50  7   yeah, that's correct, after it's been tested, I think that's right.

11:53:53  8   Q.  After it's been tested with a good and correctly interpreted

11:53:56  9   test, then it can be considered a barrier, but not prior to that,

11:53:59 10   would you agree with that?

11:54:00 11   A.  I think that the purpose of the test is to confirm that it's a

11:54:03 12   barrier.

11:54:04 13   Q.  Thank you, sir.  Let's talk a little bit about -- you said

11:54:14 14   earlier that there was some test results that BP had not been

11:54:19 15   provided by Halliburton.  Do you remember that?

11:54:21 16   A.  I remember the samples discussion.  The test results, I think

11:54:30 17   there was a request for some final test results, I think that's

11:54:33 18   right as well.

11:54:34 19   Q.  Are you aware that during the months leading up to the actual

11:54:38 20   pumping of the cement, the night of the 19th, early in the morning

11:54:44 21   of the 20th, that there had been a lot of tests that had been

11:54:48 22   performed by Halliburton on various cement slurry designs there?

11:54:53 23   Were you aware of that?

11:54:54 24   A.  I remember hearing some of that from the team and I remember

11:54:59 25   hearing a bit more from another investigation that was happening,

1456

11:55:02  1    so I had a general awareness that there was testing going on over a

11:55:06  2    period of time.

11:55:06  3    Q.   Thank you.  Were you also told that there -- as a part of your

11:55:10  4    investigation, that in the information that Jesse Gagliano was

11:55:15  5    providing to BP that it listed the various additives that were in

11:55:19  6    the cement?  Were you told that, what was going to be included in

11:55:24  7    the cement design?

11:55:25  8    A.   I don't remember being told that.  But I know that we were able

11:55:30  9    to find that recipe, because it's shown in the report.

11:55:33 10    Q.   Okay.  And, in fact, one of the additives that there has been

11:55:39 11    some concern about was the inclusion of D-AIR 3000.  Did you learn

11:55:43 12    during your investigation that BP had an issue with that being in

11:55:47 13    the cement slurry, in the design?

11:55:50 14    A.   I remember that that's the defoamer.

11:55:53 15    Q.   Yes, sir.

11:55:54 16    A.   I remember that was one of the things that when we had the

11:55:58 17    cement expert look at it with us, with the investigation team, that

11:56:02 18    was flagged as a possible issue.

11:56:03 19    Q.   And did your cement expert who looked at it tell you that that

11:56:07 20    could be offset with using a surfactant, which in this case was

11:56:13 21    ZoneSealant 2000, which was made known to BP prior to the blowout?

11:56:17 22    A.   Again, those are -- I don't recall that.  My team, with that

11:56:21 23    expert, did look at this in some detail, though.

11:56:24 24    Q.   All right.  In terms of test results, are you aware that on

11:56:30 25    April 26, after -- some six days after the blowout, that Jesse had

11:56:36  1   been asked after the blowout, they needed additional copies of test

11:56:40  2   results and reports and things, are you aware -- and let's look at

11:56:44  3   TREX 1709.  Are you aware on April 26 -- 1709.

11:56:53  4           MR. BRIAN:  Trying to get done in about ten minutes,

11:56:59  5   Judge.

11:56:59  6   BY MR. BRIAN:

11:57:01  7   Q.  You had said earlier that -- in your report that BP had an

11:57:04  8   issue getting information during its investigation from

11:57:10  9   Halliburton.  We now know that you didn't have any problem getting

11:57:13 10   access to Halliburton employees, we know that.  We know there was

11:57:17 11   an injunction in place that kept Halliburton from giving the actual

11:57:22 12   rig samples.  We now know that, don't we?

11:57:25 13   A.  For the rig samples, yes.

11:57:27 14   Q.  Yes, sir.  And now here Jesse Gagliano on April 26 is sending

11:57:33 15   to Brett Cocales at BP the 9-7/8-inch lab test.  "See attached.

11:57:42 16   Lab test -- lab test not captured in Post Job Report."  He sent

11:57:47 17   that over there.  And then you go to the next page, page number one

11:57:51 18   of that TREX number, this is what Jesse sent over.  During your

11:57:56 19   investigation -- this was about the time -- this April 26 would

11:58:00 20   have been about the time when you were asked by Mr. Tony Hayward to

11:58:05 21   get involved, wasn't it?

11:58:06 22   A.  Yeah, just before the 26th, yes.

11:58:11 23   Q.  The next page it shows here Halliburton you have here,

11:58:15 24   having -- sending requests for slurry up in the upper left-hand

11:58:20 25   corner, you can see here 73909/2, Jesse Gagliano submitted it to

1458

11:58:27 1    BP.  It shows here that there was a date of April 12, 2010.  Do you

11:58:33 2    know what that date pertains to?

11:58:36 3    A.  No, sir.  This is not familiar to me at all, so I don't know

11:58:39 4    what this document's really representing.

11:58:42 5    Q.  Well, we see down below here, if we go to the part dealing with

11:58:47 6    cement information primary design, it shows here, it shows cement

11:58:49 7    additives, does it not?  That's just the wording on the document

11:58:56 8    that was available to your company during its investigation.  Based

11:59:00 9    upon this e-mail, you see that my client sent it to BP, did it not?

11:59:04 10   A.  Sir, I don't know.  You showed me the e-mail on this.  I just

11:59:08 11   can't -- I can't agree with you.  I just don't know.

11:59:11 12   Q.  Well, Mr. Brett Cocales appeared to be the person who appeared

11:59:16 13   to have received this e-mail from Jesse Gagliano, did he not?

11:59:21 14   A.  From the e-mail, it did appear that way.  But, sir, I don't

11:59:23 15   know if this is the same testing information we've been talking

11:59:25 16   about.  I just don't know --

11:59:27 17   Q.  I am going through it really quickly here.

11:59:29 18   A.  Okay.

11:59:30 19   Q.  We look here at these additives, and D-AIR 3000 is the third

11:59:35 20   additive, is it not?

11:59:35 21   A.  It's the third one on the list.

11:59:37 22   Q.  You go down further to ZoneSealant 2000, that's another

11:59:40 23   additive down there at the bottom, is it not?

11:59:43 24   A.  That's what it says.

11:59:44 25   Q.  Let's look at some of the tests here.  It shows operation test

OFFICIAL TRANSCRIPT

1459

11:59:47  1   results.  It shows the thickening time test.  If we go on down on

11:59:52  2   the page quickly, we have got a thickening time test result, and it

11:59:55  3   was provided to BP, do you see that, just on the face of the

11:59:58  4   document?

11:59:58  5   A.  I see it says that on the document, yes.

12:00:01  6   Q.  Mud balance density, mixability, you see that on the page

12:00:05  7   there?

12:00:05  8   A.  Yes, sir, that's what it says.

12:00:07  9   Q.  We go to the next page, number two of that TREX document.  We

12:00:13 10   show up here at the top compression strength test, it was made

12:00:18 11   available and provided to BOP by Jesse Gagliano during your

12:00:23 12   investigation.

12:00:23 13        We go further, and it shows here operation test results,

12:00:25 14   the crush compressive strength, the viscosity profile and gel

12:00:32 15   strength.  It goes on down to dealing with rheology, test results.

12:00:36 16   And, lastly, foam mix and stability requests, and last one, it

12:00:40 17   shows there -- and the details that you would likely not be

12:00:43 18   familiar with, but it shows there that Mr. Gagliano provided that

12:00:46 19   on April 26, according to the e-mail, does it not?

12:00:50 20   A.  I don't know if it shows that, sir.  I saw the e-mail.  I can

12:00:53 21   see what you're putting in front of me, but I do believe my team

12:00:56 22   looked at this and whatever other documents when it came to their

12:00:59 23   view, so I can't go beyond that.

12:01:01 24   Q.  Let's look at TREX 60413.  This is an e-mail from Jesse

12:01:10 25   Gagliano.  60413 TREX.  This is an e-mail from Jesse Gagliano dated

12:01:23  1   April 26 to Mr. Erick Cunningham and it is entitled 9-7/8 by 7-inch

12:01:31  2   production casing lab tests and DIMS reports before and during job.

12:01:35  3   And it goes on and has several other words and numbers listed there

12:01:39  4   in the RE section and has the attachments, does it not?

12:01:45  5   A.  Yes, I see what's highlighted there.

12:01:47  6   Q.  And you know Mr. Erick Cunningham is one of the gentlemen we

12:01:51  7   identified earlier as being one of the cement experts within BP on

12:01:57  8   April 20th, 2010, correct?

12:01:58  9   A.  Yes, that's right.

12:01:58  10  Q.  And we won't go through it, but you'll see the next page, if we

12:02:03  11  turn over to the next page, 8680, these are lab results on spacer

12:02:10  12  and it shows in the upper right-hand corner April 6th, 2010.  Then

12:02:16  13  it goes down below and it shows under spacer information, spacer

12:02:21  14  design, it shows again the D-AIR 3000 and the other additives you

12:02:28  15  see there, the slurry, you see that?

12:02:32  16  A.  Yes, I see what's been highlighted the page.

12:02:35  17  Q.  And you go over to the next page --

12:02:36  18       MR. BRIAN:  There's a whole host of other pages there,

12:02:39  19  your Honor.  This is a document we'll offer when -- at the right

12:02:43  20  time into evidence, but it's a document that has numerous pages of

12:02:47  21  test results of information, and that was provided.

12:02:47  22  BY MR. BRIAN:

12:02:51  23  Q.  Did anybody with BP tell you that during the investigation,

12:02:58  24  during your investigation, that Halliburton did not send over a

12:03:04  25  list of the additives that were included in the cement slurry

12:03:09  1    design that was pumped on April 19?  Did anybody tell you that they

12:03:13  2    had not received that information from Halliburton?

12:03:15  3    A.  No, sir, I think we did, because we represented that in the

12:03:21  4    report, the recipe.

12:03:24  5    Q.  Isn't it a fact, sir, that BP would not have allowed

12:03:27  6    Halliburton to pump the slurry in that well that it did not approve

12:03:30  7    of; that's a fact, isn't it?

12:03:32  8    A.  That Halliburton didn't approve of?

12:03:35  9    Q.  No, that BP -- BP would not have allowed a slurry cement to go

12:03:40 10    into that well that BP did not approve of, would it?

12:03:44 11    A.  That's true, and BP would have gotten advice from Halliburton

12:03:49 12    as to how they should consider making that approval.

12:03:52 13    Q.  But at the end of the day, the actual approval for the slurry

12:03:56 14    to be pumped would be the decision made by BP, would it not?

12:03:59 15    A.  My understanding is it's a recommendation from Halliburton

12:04:02 16    that's accepted by BP.  So, yes, they would approve the final

12:04:05 17    pumping.

12:04:06 18    Q.  And BP had the right to decide whether or not to accept or

12:04:08 19    reject a recommendation from Halliburton, did it not?

12:04:10 20    A.  Yes, they would have that right.

12:04:12 21    Q.  Just like Jesse for Halliburton recommended 21 centralizers, BP

12:04:17 22    rejected that recommendation and went with six, correct?

12:04:22 23    A.  BP went with six in that case, yes, sir.

12:04:24 24    Q.  Thank you, sir.  Did anybody tell you during your investigation

12:04:32 25    that Halliburton refused during the investigation to provide any

12:04:38 1    and all requested test data regarding its cement work on the
12:04:44 2    Macondo well?  Did anybody tell you that in your investigation?
12:04:50 3    A.  I can't recall that specifically.  I know that there was the
12:04:54 4    sample information that we were asking for.  I don't recall the
12:04:56 5    test thing.  That may be one of the things that we put into our
12:05:00 6    request.  I just can't remember that specifically.
12:05:03 7    Q.  As you sit here today, what I hear you telling Judge Barbier
12:05:07 8    and all of us is that you don't recall anybody with BP telling you
12:05:13 9    that during the investigation that test data was requested, but
12:05:18 10   Halliburton refused to comply?  You are not telling us that, are
12:05:23 11   you?
12:05:23 12              MS. KARIS:  Your Honor, asked and answered multiple
12:05:25 13   times.
12:05:25 14              THE COURT:  Sustained.
12:05:26 15              MR. GODWIN:  Thank you, your Honor.  Just about done,
12:05:29 16   your Honor.  Give me one second, Judge, I may be very close.
12:05:51 17              THE COURT:  Okay.
12:05:52 18              MR. GODWIN:  Thank you, sir.
12:05:52 19   BY MR. BRIAN:
12:06:39 20   Q.  Mr. Bly, I want to thank you for bearing with me.  I am just
12:06:45 21   about done.  Another minute or two, I should be done.  I appreciate
12:06:49 22   your patience in bearing with me in answering these questions on
12:06:53 23   behalf of my client.
12:06:54 24              Let me finish it up with this, do you believe, Mr. Bly, that
12:06:57 25   it was important that BP disclose all available information to

12:07:07  1    Halliburton about downhole conditions in connection with BP's

12:07:15  2    expectation of Halliburton to design a cement slurry for the

12:07:19  3    Macondo well?

12:07:23  4    A.  All available information.  I know we looked at that and said

12:07:26  5    what should BP give or what does BP give or what does Halliburton

12:07:31  6    give, so I recall there was hole size information and logging

12:07:36  7    information and things like that that were shared.  I don't know

12:07:38  8    what you mean by all available information.

12:07:40  9    Q.  Well, for example, the depth of the well, you would expect

12:07:42 10    Halliburton to have that?

12:07:44 11    A.  Yes, yes.

12:07:46 12    Q.  And in terms of trying to design how much cement would be

12:07:49 13    needed, Halliburton would need to also know the hydrocarbon zones

12:07:55 14    that were in the well.  You would expect BP to have that

12:07:59 15    information and make it known to Halliburton, would you not?

12:08:01 16    A.  Yeah, I think that would be part of what was shared, yes.

12:08:04 17    Q.  And BP would expect Halliburton to isolate those zones with

12:08:10 18    cement, with an appropriate cement design, with the appropriate

12:08:13 19    volume, would you not?

12:08:15 20    A.  I believe that is the purpose, yes.

12:08:18 21    Q.  So Halliburton would need to know where the zones were.  During

12:08:24 22    your investigation, did you learn that there was a zone that BP was

12:08:29 23    aware of there in the well that had not been disclosed to

12:08:36 24    Halliburton known as the M57B zone, did you learn about that during

12:08:40 25    your investigation?

1464

12:08:41  1  A.  I don't know the zones by those -- no, I didn't.  I know the

12:08:47  2  ones that we showed in the report.  I don't know if that was one of

12:08:50  3  the names you just gave it.

12:08:52  4  Q.  Well, without using the exact name, let me ask you this, did

12:08:58  5  you learn during the investigation that there was -- during the

12:09:03  6  investigation that there was any zone, whether you knew it by name

12:09:07  7  or not or recall it here today by name, did you learn that there

12:09:12  8  was a zone that BP knew about, a gas-bearing zone, that had not

12:09:18  9  been made known to Halliburton prior to the time of the blowout?

12:09:23 10  Did you learn of that during your investigation?

12:09:25 11  A.  No, sir.  The zones that we knew about, as far as I'm aware,

12:09:31 12  were the ones that were showed there, and I think those were all

12:09:34 13  communicated.

12:09:34 14  Q.  Just finishing on this, so then your testimony here today is,

12:09:40 15  is that prior to the time and -- prior to the time that you

12:09:44 16  authored your report on September 8, 2010, nobody within the BP

12:09:51 17  organization who was on your team ever told you that there was a

12:09:56 18  gas-bearing zone that was downhole that BP did not tell Jesse

12:10:04 19  Gagliano at Halliburton about prior to the time of the blowout, is

12:10:08 20  that your testimony?

12:10:09 21  A.  I don't recall anybody saying that to me.  That's my testimony.

12:10:14 22  Q.  Last question.  If you had, as you sit here today and as

12:10:19 23  your -- as you were -- you were the head of the investigative team,

12:10:25 24  working direct for Mr. Hayward and ultimately reporting to the

12:10:28 25  board, would you have expected -- as a trained engineer, would you

12:10:36  1    have expected that if BP knew of a hydrocarbon zone, a gas-bearing

12:10:41  2    zone in the Macondo well, that that would have been made known to

12:10:45  3    Jesse Gagliano for Halliburton prior to the cement being pumped?

12:10:51  4    Would you have expected that to have been told to him?

12:10:54  5    A.  I would have expected -- yeah, he would have gotten information

12:10:58  6    about, you know, what was in the hole.  And that would include that

12:11:02  7    log information or the view of where the permeable zones were.

12:11:07  8    Q.  And, in fact, if he were not given that information, that could

12:11:11  9    lead to a zone being not isolated with cement coverage, would you

12:11:17  10   agree with that?  If he didn't know about it and he didn't provide

12:11:21  11   for the cement to get up that high, you could have a zone that was

12:11:24  12   unprotected during the well, couldn't you?

12:11:27  13   A.  If there was a zone that was capable of flowing that was above

12:11:31  14   where the top of the cement was placed, that's a possibility, yes.

12:11:35  15        MR. GODWIN:  Thank you, sir, no further questions.

12:11:37  16   Mr. Bly, thank you very much.

12:11:39  17        THE WITNESS:  Thank you.

12:11:40  18        THE COURT:  Miss Cameron, do you have any questions for

12:11:44  19   this witness?  We're at the point where it's hard for me envision

12:11:49  20   any question that could be asked of Mr. Bly that has not been asked

12:11:53  21   yet.  So, Mr. Beck, taking that into account --

12:11:57  22        MR. BECK:  With that introduction, I don't guess I have

12:12:00  23   much to say, Judge.  It's a lot warmer up here, Judge, than it is

12:12:06  24   over there.  May I proceed, your Honor?

12:12:23  25        THE COURT:  Go ahead, sir.

CROSS-EXAMINATION

BY MR. BECK:

Q.  Mr. Bly, you've been on the stand a long time, so I don't have a lot of questions.  But the bad news is I have some questions.

A.  Okay.

Q.  My questions are principally going to be addressing the blowout preventative.

A.  Okay.

Q.  You've already told the Court that you are not a blowout preventative expert, correct?

A.  That's correct.

Q.  But it is a fact, is it not, that as part of your team, you had a blowout preventative group or subteam, if you will?

A.  Yes, we did.

Q.  That was headed up by a man named Mr. Fereidoun Abbassian?

A.  That's correct.

Q.  And he was someone within BP who had blowout preventative experience, is that correct?

A.  Yes, he did.

Q.  Now, you discussed earlier in your testimony key finding three, which is mentioned at ten page of your report and I am not going to go into it, but specifically it said the negative pressure test was accepted, although well integrity had not been established.  Do you remember dealing with that earlier in your testimony?

A.  Yes, I do.

12:13:27  1   Q.  I just really want to clarify one detail with respect to that.

12:13:31  2   During the negative test when it was being run, the BOP was closed,

12:13:37  3   was it not?

12:13:37  4   A.  That's correct, it would have been closed around that.

12:13:43  5   Q.  Do you remember the annular preventer was closed around the

12:13:46  6   drill pipe?

12:13:46  7   A.  That's right.

12:13:47  8   Q.  And there was some discussion earlier in your testimony that

12:13:49  9   when the annular preventer was, in fact, closed during the negative

12:13:53 10   pressure test heavy spacer that was pumped above the BOP leaked

12:13:58 11   down through the closed annular preventer.  Do you recall that in

12:14:01 12   your testimony?

12:14:02 13   A.  I recall it in the report.

12:14:03 14          MR. BECK:  Let's bring up TREX 1-85, please, Paul.  Just

12:14:08 15   to refresh your recollection.  Page 85 of TREX 1.

12:14:08 16   BY MR. BECK:

12:14:36 17   Q.  Look, in the interest of time, let me go ahead.  If you need to

12:14:39 18   refer to your report, I refer you to Page 85 in your report.

12:14:43 19   A.  Thank you.

12:14:43 20   Q.  In preparation for the negative test, the annular preventer was

12:14:48 21   closed, correct?

12:14:50 22   A.  That's right.

12:14:51 23   Q.  But there was some evidence that somehow it was leaking, do you

12:14:58 24   recall that, the heavy spacer leaking through the annular

12:15:01 25   preventer?

12:15:02   1   A.  Yeah, when they first set up, our view was that that had

12:15:07   2   happened.  It leaked by.

12:15:10   3   Q.  Right.  In order to get an effective seal, the people on the

12:15:14   4   rig increased the pressure around the annular preventer, did they

12:15:17   5   not?

12:15:17   6   A.  I believe that -- I think that that is right.  That's right.

12:15:23   7   Q.  And do I understand that the rig crew has the ability to

12:15:26   8   increase or decrease the closing pressure by use of the BOP control

12:15:33   9   panels on the rig?

12:15:34  10   A.  Yeah, that's my recollection.

12:15:37  11   Q.  Okay.  And then to be clear, after increasing the pressure,

12:15:41  12   they were actually able to get the annular preventer to seal around

12:15:45  13   the well and to stop the mud from leaking down, correct?

12:15:49  14   A.  I recall that they were able to stop the leaking.  I think it

12:15:52  15   was from increasing the pressure.  I don't know if they did

12:15:54  16   something else in addition, but I know that those two things went

12:15:58  17   to it.

12:15:59  18   Q.  In any event, they had the ability to increase the pressure,

12:16:03  19   they increased the pressure and the annular preventer was able to

12:16:06  20   get a complete seal?

12:16:07  21   A.  Yes, sir, that's what why recall.

12:16:09  22   Q.  After the annular preventer was sealed and the negative test

12:16:14  23   was run, the BOP was then opened, was it not?

12:16:19  24   A.  Yes, at some point it was, that's right.

12:16:22  25   Q.  And I think you've already told the Court that at the time that

1469

12:16:27 1   the negative pressure test was concluded, that well integrity had

12:16:32 2   not yet been established?

12:16:34 3   A.  That's what we concluded in hindsight, yes.

12:16:37 4   Q.  So because well integrity had not been established, when the

12:16:42 5   annular preventer was opened, essentially, the BOP was opened on a

12:16:49 6   live well, correct?

12:16:53 7   A.  I think -- actually, that's not correct because there was heavy

12:16:56 8   fluid in it, so it was -- when it opened the well went back to an

12:17:01 9   overbalanced condition, so why wouldn't call it a live well.  And I

12:17:04 10  would say it went back to that overbalanced condition.

12:17:07 11  Q.  At that point, the well certainly had the potential to flow,

12:17:10 12  did it not?

12:17:11 13  A.  Yes.  Once you reduce the hydrostatic head, it did have

12:17:16 14  potential to flow.

12:17:16 15  Q.  And as we now know it did flow, did it not, sir?

12:17:21 16  A.  It ultimately did.

12:17:23 17          MR. BECK:  Let's bring up Figure 18, 106.1, please.

12:17:23 18  BY MR. BECK:

12:17:30 19  Q.  You have seen this document before as part of the report, have

12:17:34 20  you not, sir?

12:17:34 21  A.  Yes.

12:17:35 22  Q.  And just very, very, briefly, we can see that the well started

12:17:39 23  to flow at 20:52, correct?

12:17:44 24  A.  That was our view, yes.

12:17:45 25  Q.  And then you also concluded that the annular preventer was not

12:17:50  1   activated until 21:41; is that correct?

12:17:55  2   A.  That's correct.

12:17:55  3   Q.  And by 21:41, when the annular preventer was activated

12:18:02  4   according to your report, approximately 1,000 barrels -- an influx

12:18:07  5   of approximately 1,000-barrels; is that correct?

12:18:10  6   A.  That was what our modeling brought us to, yes.

12:18:13  7   Q.  So as of 21:41, as noted in Figure 18, that is when your

12:18:19  8   investigation determined that there was an attempt by someone on

12:18:23  9   the rig to try to close the BOP?

12:18:25 10   A.  Did you say at 21:41?

12:18:30 11   Q.  Yes, sir.

12:18:30 12   A.  Yes, sir, that was our understanding.

12:18:32 13   Q.  And between 20:52 and 21:41 we're talking about approximately

12:18:39 14   50 minutes, correct?

12:18:40 15   A.  Correct.

12:18:40 16   Q.  Approximately 50 minutes after the well began to flow, the

12:18:43 17   first time anybody tried to activate the BOP?

12:18:46 18   A.  That's our understanding, that's our view, yes.

12:18:48 19   Q.  And by that time, hydrocarbons were not only already above the

12:18:54 20   BOP, but they were into the riser and heading to the surface?

12:19:00 21   A.  Yeah, that is correct.  Our estimate of that was 21:38, so

12:19:08 22   about then.

12:19:08 23   Q.  So by the time -- when somebody first tried to close the BOP,

12:19:12 24   mud had already poured out onto the rig floor, right?

12:19:18 25   A.  Yeah, I think our timeline does show mud at about just before

12:19:24  1   21:40, just before the BOP was activated.

12:19:27  2   Q.  And mud was shooting up through the derrick, correct?

12:19:32  3   A.  I can't remember the exact sequence, but yeah, mud shot up to

12:19:35  4   the derrick, yes.

12:19:36  5   Q.  And using the definition that you gave Mr. Underhill last week

12:19:40  6   where you said when you were being asked about what is a blowout

12:19:43  7   and you said, "When something is literally, physically coming out

12:19:47  8   of the well."  By the time the blowout preventer, anyone tried to

12:19:51  9   close the blowout preventer there was already blowing, was there

12:19:54 10   not?

12:19:55 11   A.  There was fluid coming out of the well -- well, yes, sir.  Why

12:19:59 12   just want to make sure the timeline is matching what you just said.

12:20:03 13   I know our view was that there's hydrocarbon into the riser at

12:20:08 14   21:38.  21:41 first BOP activation.  I can't remember when the mud

12:20:14 15   came out.  I'm sure it's in there, but I can't get it to mind.  It

12:20:18 16   was close, if it's not exact as you say.

12:20:20 17   Q.  By the time anyone first tried to activate the BOP by any

12:20:23 18   measure, this was a severe well control event, correct?

12:20:26 19   A.  In hindsight it certainly appears to have been, yes, at this

12:20:29 20   point.

12:20:30 21   Q.  Now, your investigation concluded that even though there

12:20:33 22   eventually was an effort to close the annular preventer on the BOP

12:20:37 23   stack, the annular preventer did not seal the well.  Do you recall

12:20:41 24   that?

12:20:41 25   A.  The annular -- yes, that's right.  We felt that the final

12:20:49  1   sealing point at 21:47 was mostly the variable bore ram.

12:20:54  2   Q.  You gave several reasons in your report, 146.1.  You give

12:21:04  3   several reasons.  The first reason, the prevailing flow and

12:21:07  4   pressure conditions preventing an annular preventer from fully

12:21:11  5   closing and sealing under available regulated hydraulic pressure

12:21:16  6   settings.  This, again, refers to the fact, does it not, that the

12:21:19  7   closing pressure on the annular preventer can be regulated up or

12:21:23  8   down on the rig, right?

12:21:25  9   A.  I'm sorry.  Let me just catch up with you.

12:21:29 10   Q.  It's the first one here.

12:21:31 11   A.  Yes.  Yeah, it appears -- yeah, it says, "available regulated,"

12:21:39 12   so maybe there is a limit.  I am kind of guessing here.  I don't

12:21:43 13   remember this detail, but there might be a limit to what's

12:21:45 14   regulated on the hydraulic pressure.

12:21:48 15   Q.  And actually, your team did some analysis to determine how much

12:21:51 16   closing pressure you would need to seal under the conditions that

12:21:56 17   existed at 9:41 in the morning on April 20, 2010, correct?

12:22:05 18   A.  I'm sorry.  Why remember them doing that.  I can't remember if

12:22:08 19   this is for the annular or for the pipe rams.  Why remember that

12:22:12 20   analysis.

12:22:13 21   Q.  Let me refresh your recollection.

12:22:14 22           MR. BECK:  Let's bring up 146.2, please.

12:22:18 23           THE WITNESS:  All right.

12:22:18 24   BY MR. BECK:

12:22:18 25   Q.  Do you see where you say, "Hydraulic analysis further indicates

12:22:24  1   that an annular preventer would seal around the pipe under a

12:22:27  2   regulated pressure setting of 2,000 psi."

12:22:30  3   A.   Yes.

12:22:30  4   Q.   And your team concluded that the pressure was, in fact,

12:22:35  5   regulated to only 1700 psi.  Or do you recall?

12:22:43  6   A.   I'm sorry.  Why just don't recall.  It's quite detailed.

12:22:46  7   Q.   Your team did conclude if the pressure was regulated to only

12:22:50  8   1700 psi, the annular preventer would simply not seal?

12:22:53  9   A.   I'll accept that.  I can't remember it right now, but if it

12:22:57 10   says it, that's probably where it got to.

12:23:02 11   Q.   Did you ever conclude that the pressure had ever been set to

12:23:06 12   less than 2,000 psi?

12:23:08 13   A.   I'm sorry, sir, I just can't recall that detail.

12:23:13 14   Q.   Do you know that today whether --

12:23:15 15   A.   I don't know that today.

12:23:17 16   Q.   In any event, if it was set to less than 2,000 psi based on

12:23:22 17   your analysis, the annular preventer would not seal, would it?

12:23:26 18   A.   What I can -- it appears that it says that "failed to seal at

12:23:44 19   1700.  Hydraulic analysis says it would have sealed at 2,000."  I

12:23:49 20   am just trying to quickly read this statement.

12:23:51 21   Q.   Right.  And so my point is, if it would seal, if you needed a

12:23:55 22   setting of 2,000 psi and it was actually set to only 1700 psi, then

12:24:01 23   it was not going to seal, was it?

12:24:03 24   A.   It appears to be that's what this is saying, but we're at the

12:24:08 25   limits of my actual understanding.  I'm sorry.

12:24:10  1    Q.  Fair enough.  Let's look at page 148 where you talk about

12:24:14  2    another possible reason for the annular preventers sealing response

12:24:22  3    could have been the failure of the elastomeric elements to seal

12:24:25  4    around the drill pipe.  Do you see that?

12:24:27  5    A.  Yes.

12:24:28  6    Q.  Basically, what we're talking about there when we're talking

12:24:32  7    about the elastomeric elements, we're talking about the packers,

12:24:36  8    correct?

12:24:36  9    A.  Yes, I understand it as soft elements that are sort of, you

12:24:40 10    know, mechanically pushed onto the side of the pipe.

12:24:43 11    Q.  It's what squeezes around the pipe?

12:24:46 12    A.  Yes.

12:24:48 13           THE COURT:  Mr. Beck, is the mic on?

12:25:00 14           MR. BECK:  Seems to be.

12:25:01 15           THE COURT:  Sound like it just went on.  Why got an

12:25:06 16    e-mail from somebody in Room 311 saying they were having trouble

12:25:09 17    hearing you which why thought maybe it was because it wasn't on.

12:25:12 18           MR. BECK:  Okay.

12:25:13 19           THE COURT:  We can hear you in here, but it sounds

12:25:15 20    different now, so.

12:25:17 21           MR. BECK:  Thank you, your Honor.  So something

12:25:19 22    activated.

12:25:20 23    BY MR. BECK:

12:25:21 24    Q.  So when we're talking about the elastomeric elements, we're

12:25:25 25    talking about these packers, the rubber packers, right?

12:25:27   1   A.  That's how I understand it, yes.

12:25:29   2   Q.  And then on page 148, your investigation concluded that the

12:25:35   3   fluid velocity through the annular as it was trying to close would

12:25:38   4   be on orders of magnitude greater than drill pipe steel erosion

12:25:43   5   velocity, correct?

12:25:48   6   A.  I can see that.  I'm not meaning to be difficult, why look the

12:25:52   7   at conclusions part.  These are written into sort of analysis, so I

12:25:56   8   am trying to track the language.  It does appear that that was

12:25:59   9   written up, yes.

12:26:00  10   Q.  And so that the Court might know -- and we're talking about

12:26:05  11   that -- we're talking about an order on the magnitude of being ten,

12:26:11  12   right?

12:26:11  13   A.  Could you say it again, please?

12:26:12  14   Q.  Yes, sir.  An order of magnitude, we're talking about ten

12:26:15  15   times, correct?

12:26:16  16   A.  Yes.

12:26:16  17   Q.  So your investigation concluded, as I understand it, that the

12:26:21  18   flow velocities through the blowout preventer might have been more

12:26:26  19   than ten times the steel erosion velocity, correct?

12:26:31  20   A.  Why just want to be a little careful about saying we concluded

12:26:34  21   that.  We concluded what we put in the conclusions at the end.

12:26:37  22   Q.  Okay.

12:26:38  23   A.  This was attempting, I think, to look at possible scenarios,

12:26:43  24   and as one of those, there could have been this erosion that would

12:26:46  25   have cut the pipe and within that they said about ten times, so

1476

12:26:50  1   it's -- it doesn't quite have the standing of a conclusion to me.

12:26:53  2   It's sort of part of the analysis just so you know.  I am being

12:26:57  3   focused on this.

12:26:58  4   Q.  Fair enough.  The point is, though, that if the flow velocities

12:27:02  5   were that great, that would be more than sufficient to damage those

12:27:06  6   rubber packers, would it not?

12:27:09  7   A.  I'm sorry, I don't remember that.  It may be that steel goes

12:27:16  8   faster than elastomerics.  Why really don't know that fact, sir.

12:27:21  9   Q.  After there was an attempt to close the annular preventer, the

12:27:27 10   investigation looked at whether there were further attempts by the

12:27:30 11   rig crew to close the BOP after the blowout had started, correct?

12:27:38 12   A.  After the blowout, after the explosion we looked at what we

12:27:42 13   call the emergency modes.  Is that what you're referring to?

12:27:46 14   Q.  Yes?

12:27:46 15   A.  Yes, we did look at that.

12:27:48 16   Q.  And was it the conclusion -- now, why use the word

12:27:51 17   "conclusion," of the investigation that the variable bore rams had

12:27:54 18   sealed the annulus around the drill pipe at 9:47?

12:27:57 19   A.  That was our strong belief, yes.

12:28:01 20   Q.  Now, did your team ever conclude whether there were one or two

12:28:07 21   sets of variable bore rams that were closed?

12:28:11 22   A.  I'm sorry, I don't recall that distinction.  I know we thought

12:28:20 23   at least one did.

12:28:22 24   Q.  Do you know today whether there were actually two sets of

12:28:25 25   variable bore rams that were closed?

12:28:28  1    A.  You know, I believe there's been subsequent information from

12:28:31  2    the recovery of the BOP, but I don't recall that point, no.

12:28:35  3    Q.  By the time the variable bore ram or rams were activated and

12:28:41  4    seals around the drill pipe at, I believe, 21:47, gas was not only

12:28:47  5    past the BOP, it was actually up on the rig, was it not?

12:28:51  6    A.  It probably was.  I recall that the first explosion was

12:28:56  7    estimated at 49, so yes, it was.

12:28:59  8              MR. BECK:  Let's bring up D 4213.  This is a

12:29:04  9    demonstrative, your Honor, to put what we just said in context.

12:29:04 10    BY MR. BECK:

12:29:09 11    Q.  And looking at this demonstrative of the *Deepwater Horizon* in

12:29:13 12    relation to the BOP, by the time there was an attempt to close the

12:29:23 13    variable bore rams, we have gas all the way from the formation

12:29:26 14    below the BOP, through the BOP, approximately one mile up to the

12:29:34 15    *Deepwater Horizon* itself and then dispersing across the rig,

12:29:38 16    correct?

12:29:40 17    A.  That appears to be what the timeline says, yes.

12:29:43 18    Q.  Now, we all know that the variable bore ram seal was only

12:29:47 19    temporary, right?

12:29:48 20    A.  Well, it must have been.  Yeah, the data ran out after that,

12:29:54 21    the data we were looking at, but, yeah.

12:29:56 22    Q.  And on page 124.

12:29:58 23              MR. BECK:  Let's bring up 124.2, please, Paul.

12:29:58 24    BY MR. BECK:

12:30:06 25    Q.  You say that with BOP open, there were a number of potential

OFFICIAL TRANSCRIPT

1478

1   failure modes that may have created flow paths that sustained the

2   fire following the initial hydrocarbon release from the riser.  Do

3   you see that, sir?

4   A.  Yes, I do.

5   Q.  And we can go through each one of these separately, but in the

6   interest of time, none of those are failures of the BOP, are they?

7   A.  No, sir.

8   Q.  And these are failures of other equipment or other reasons that

9   were occurring on the rig a mile above the BOP, correct?

10  A.  Yeah, all of the things that we highlight as potentials were,

11  as you say, on the rig.

12  Q.  Okay.  And so your team concluded that it was not a failure of

13  the BOP, but rather some other failure that allowed the well to

14  begin flowing again?

15  A.  Why just want to make sure that what we said was what you just

16  said.  Why agree with what you've -- yes, so this is under

17  sustained flow following the closure, so it appears to be, that's

18  right.

19  Q.  And we mentioned Mr. Fereidoun Abbassian earlier.

20      MR. BECK:  Let's bring up his testimony at Page 663.

21  BY MR BECK:

22  Q.  Do you recognize him?

23  A.  Yes, I do.

24  Q.  Page 663, line 16.  And this is the head of the subteam and he

25  was -- testified under oath.  So what the BOP investigation team

1479

12:31:48   1   concluded was not that there was a failure of the BOP, but rather

12:31:51   2   some other failure that allowed flow to begin again after 9:47?

12:31:56   3   A.   That's correct.

12:31:57   4   Q.   You would agree with that why take it?

12:31:59   5   A.   I don't have any reason to disagree with what Mr. Abbassian

12:32:04   6   said.

12:32:04   7   Q.   So up to the time of the explosion, which was at 9:49, 21:49,

12:32:08   8   the investigation found no evidence that there was any attempt to

12:32:13   9   close the blind shear rams on the BOP; isn't that right?

12:32:16   10   A.   You said 21:49?

12:32:21   11   Q.   Yes, sir.

12:32:22   12   A.   Yeah, that's -- I think the sequence, as I recall it, was

12:32:29   13   probably the auto function would have been first and then the EDS

12:32:35   14   attempt is after that, is my recollection.

12:32:37   15   Q.   Now, we do know that the blind shear rams were eventually

12:32:41   16   activated though, correct?

12:32:44   17   A.   Yeah.  Yes, we do.  Our view was that they had closed, but not

12:32:49   18   sealed.

12:32:49   19   Q.   I know there's a dispute about when that actually occurred,

12:32:52   20   but, at least, your investigation team's conclusion was that the

12:32:55   21   blind shear rams were first activated at approximately 7:40 in the

12:33:00   22   morning on April 22, 2010, which is over 30 hours after the

12:33:05   23   explosions, correct?

12:33:08   24   A.   Why remember it being when the ROV cut the auto shear pin,

12:33:12   25   which would have been something like that.  I don't recall a time,

12:33:15 1  but that sounds about right.

12:33:17 2  Q.  And your report talked about several possible reasons for why

12:33:22 3  the blind shear rams, when they were finally activated, did not

12:33:26 4  seal the well.  You remember that why take it?

12:33:28 5  A.  Why remember several possible reasons, yes.

12:33:30 6  Q.  Why just want to talk to you about one of them.  The third

12:33:34 7  potential cause for the blind shear rams not sealing is seal

12:33:39 8  failure due to the prevailing condition in the BOP.  Do you recall

12:33:43 9  that as being one of the causes that you listed?

12:33:46 10  A.  Could you tell me the page number, and I will just look at it

12:33:50 11  and refresh myself.

12:33:51 12  Q.  Yes.  That is 156.2.  Page 156.

12:33:57 13  A.  Thank you.  Yes, I am with you now.

12:33:59 14  Q.  Do you see that the third one is seal failure due to the

12:34:03 15  prevailing condition in the BOP?

12:34:05 16  A.  That was what we cited as one of the potentials, yes.

12:34:08 17  Q.  That's a reference, is it not, Mr. Bly, to the possibility that

12:34:11 18  a high volume, high velocity flow through the BOP sufficient to

12:34:17 19  damage rubber ceiling elements in the blind shear rams could have

12:34:21 20  been one of the reasons why they did not seal?

12:34:24 21  A.  It's -- I don't know if it was rubber or steel, but it was

12:34:29 22  certainly highlighting the high flow condition as could have had an

12:34:34 23  impact on the ability to seal.

12:34:34 24  Q.  And the flow rate that you talked about was sufficient to cut

12:34:38 25  seal?

1481

12:34:39  1    A.  It was.  It was sufficient to cut steel in the geometry

12:34:47  2    associated with the annular preventer that we spoke about before.

12:34:50  3    You would have to kind of compare this flow area to that to say if

12:34:54  4    they're the same thing.  I don't know if they are.

12:34:56  5    Q.  All right.  Let's turn to Appendix H which is TREX 1893, which

12:35:02  6    talks about a description of the BOP stack and the control system.

12:35:08  7    A.  Okay.

12:35:08  8    Q.  And let's go to page 11 which is 1893.1.  It says that the

12:35:17  9    testing required by API standards for BOP components and gate

12:35:23  10   valves was static testing as opposed to dynamic testing (that is

12:35:28  11   simulating a well flowing condition).  You agree with that

12:35:34  12   statement, do you not?

12:35:34  13   A.  I am not sure.  Is this an appendix from the report?

12:35:39  14   Q.  Yes.

12:35:40  15   A.  Then I would agree with you, yes.

12:35:42  16   Q.  And the testing that's required by the API standard, that's

12:35:46  17   well-known in the oil and gas industry, is it not?

12:35:50  18   A.  It's not to me.  I'm sure to my team, you know, to Fereidoun

12:35:56  19   Abbassian it was.

12:35:57  20   Q.  It's also well-known the static testing as opposed to dynamic

12:36:01  21   testing, correct?

12:36:03  22   A.  And since I am not familiar, I can't answer that from

12:36:06  23   first-hand knowledge.

12:36:07  24   Q.  Would you anticipate that your BOP subteam would be aware of

12:36:11  25   that?

12:36:11  1    A.  Yes, I would.

12:36:12  2    Q.  Let's look at 1893.2, second paragraph.  And again, this is

12:36:21  3    part of your report talking about the BOP.  It says, "It is

12:36:25  4    designed to assist in well control and to rapidly shut in the well

12:36:29  5    in the event that the well starts to flow due to an influx of

12:36:33  6    formation fluids."  Do you see that, sir?

12:36:36  7    A.  Yes, why see it.

12:36:41  8    Q.  Do you agree with that statement?

12:36:42  9    A.  I think that is one of the objectives of a BOP, yes.

12:36:54  10   Q.  And would you anticipate that your BOP subteam would be aware

12:36:58  11   of that as well?

12:36:59  12   A.  Yes, I would.

12:37:00  13   Q.  Now, as we discussed earlier, your investigation concluded, and

12:37:05  14   this is your timeline, that the Macondo well started to flow at

12:37:09  15   8:52 on April 20, 2010, right?

12:37:11  16   A.  That was our view of first flow, yes.

12:37:14  17   Q.  The first attempt to shut in the well was 9:41?

12:37:17  18   A.  That was our view, yes.

12:37:18  19   Q.  So I've got three basic questions to ask you and I'm done.

12:37:23  20   Okay.

12:37:24  21   A.  Okay.

12:37:24  22   Q.  The first question is:  Is it not true that on April 20, 2010,

12:37:30  23   there was no attempt to rapidly shut in the well when it started to

12:37:34  24   flow due to an influx of formation fluids?

12:37:37  25   A.  Yeah, that was our view that that was -- that was a

12:37:43  1   considerable amount of time before the first BOP access was

12:37:47  2   taken --

12:37:47  3   Q.  In layman's terms, and what I can understand, approximately

12:37:50  4   50 minutes delay is not rapid, is it not, is it, sir?

12:37:55  5   A.  It doesn't seem to me to be, no, sir.

12:37:57  6   Q.  Sir?

12:37:58  7   A.  It doesn't seem to me to be, no.

12:38:01  8   Q.  Second:  It is also true that the earlier well control actions

12:38:05  9   are taken, the greater the opportunity to contain the well; is that

12:38:13 10   also true?

12:38:14 11   A.  I believe that to be true from general experience, yes.

12:38:18 12   Q.  And then finally, is it not -- also true that for BOP to

12:38:24 13   function as it should, it must be activated in a timely manner?

12:38:35 14   A.  I am not understanding the difference between the first two and

12:38:39 15   this one, but I believe it's got to be operated -- your

12:38:45 16   probabilities are better if you operate it in a timely manner.

12:38:48 17   Q.  And you would also expect a piece of equipment like a BOP, if

12:38:52 18   it's to function as it should, to be activated timely, correct?

12:39:00 19   A.  Again, I don't know if I understand your question.  I think --

12:39:05 20   activating timely gives you the highest probability of success.  I

12:39:10 21   don't know that the BOP shouldn't function as it should whether

12:39:13 22   it's activated timely or not.  I don't know if why quite agree with

12:39:17 23   that point or not.

12:39:17 24   Q.  Let's refresh your recollection.

12:39:19 25            MR. BECK:  Let's bring up page 827 of his deposition,

12:39:22  1   line 11.

12:39:22  2   BY MR. BECK:

12:39:22  3   Q.  And I am not fussing at you.  I know you've been on the stand a

12:39:29  4   long time.  You've been asked a lot of questions here.

12:39:31  5   A.  I am not trying to fight you on it.

12:39:35  6   Q.  Line 11.  And when why asked you at your deposition, which I'm

12:39:45  7   sure was a long time ago.

12:39:48  8   A.  Yeah.

12:39:48  9   Q.  Why asked you:  And would you also expect a piece of equipment

12:39:52  10  like a BOP, if it's to function as it should, to be activated

12:39:57  11  timely?  And your answer was:  Yes, sir?

12:40:00  12  A.  Yes, sir.

12:40:02  13         MR. BECK:  Your Honor, that's all I have.  Thank you,

12:40:04  14  sir.

12:40:04  15         THE COURT:  Thank you.  Does MI have any questions?

12:40:09  16         MR. TANNER:  Your Honor, MI has no questions.

12:40:13  17         THE COURT:  You get a gold medal.

12:40:15  18         MR. TANNER:  Thank you.

12:40:17  19         MR. BECK:  Your Honor, since it's so cold back there, can

12:40:20  20  why just stand here?

12:40:25  21         THE COURT:  Okay.  How did we agree where we're going to

12:40:29  22  do any redirect?  Did we say -- why forgot how we did this last

12:40:33  23  time, BP.

12:40:35  24         MS. KARIS:  The opposite plaintiffs go first and then we

12:40:37  25  go last.

12:40:38   1          THE COURT:  Do the plaintiffs have any redirect?

12:40:41   2          MR. STERBCOW:  No, your Honor, we do not.

12:40:44   3          MR. UNDERHILL:  Nor do we, your Honor.

12:40:46   4          THE COURT:  Why notice you haven't been furloughed yet,

12:40:50   5   Mr. Underhill.  You're still with us.

12:40:53   6          MR. UNDERHILL:  I have.

12:40:54   7          MR. KANNER:  We have nothing, but we would like to use

12:40:57   8   our exhibits that we used with this witness in the end if we could.

12:41:02   9          THE COURT:  We can do that at end.  Does BP have any

12:41:05  10   further questions of this witness?

12:41:07  11          MS. KARIS:  Very briefly.

12:41:09  12          THE COURT:  Emphasize the very.

12:41:11  13          MS. KARIS:  Less than ten why promise.  Less than ten

12:41:15  14   minutes.

12:41:15  15          THE COURT:  You don't need to repeat what he said on

12:41:18  16   direct.

12:41:19  17          MS. KARIS:  Completely understood, your Honor.

12:41:20  18          THE COURT:  Let's go.  I am trying to get Mr. Bly off the

12:41:24  19   stand.

12:41:25  20          MS. KARIS:  Nothing he wants more why suspect.

12:41:31  21                        REDIRECT EXAMINATION

12:41:32  22   BY MS. KARIS:

12:41:50  23   Q.  Mr. Bly, I am going to try not to repeat anything anybody has

12:41:53  24   already asked you, but I do want to follow-up on a couple of points

12:41:57  25   that were made specifically today by Halliburton and Transocean's

1486

12:42:01  1    counsel.  First of all, I think we established that your team did

12:42:06  2    review Transocean's well control panel in the course of conducting

12:42:12  3    your investigation, is that fair?

12:42:14  4    A.  Yes, as I recall, it was cited in the report.

12:42:16  5    Q.  And in the course of your review, did you determine the data,

12:42:22  6    the pressure data, the mud pit information, all of the data that

12:42:26  7    indicates whether or not you're in a well control event?  Whose

12:42:31  8    responsibility it is to monitor that information?

12:42:34  9    A.  I think why said this the other day.  My understanding from

12:42:38 10    looking at that, it's the driller is the position that has the

12:42:42 11    primary responsibility for monitoring.

12:42:45 12    Q.  And is there also a mud logger who has responsibility for

12:42:48 13    monitoring that data?

12:42:49 14    A.  Yes, as we discussed that.  That's an extra set of information,

12:42:53 15    yeah.

12:42:53 16    Q.  You were asked several questions today as to whether BP's

12:42:57 17    company man or company men who were on the rig had access to that

12:43:02 18    data while they're on the rig.  Do you recall that?

12:43:03 19    A.  Yes.

12:43:04 20    Q.  Is there any expectation or responsibility that is stated

12:43:10 21    anywhere in any of the manuals that you reviewed that indicate BP's

12:43:15 22    one company man on tower at any time has responsibility for sitting

12:43:20 23    at the counsel and monitoring the data?

12:43:24 24        MR. BRIAN:  Objection, calls for opinion testimony, your

12:43:28 25    Honor.  He is not an expert.

12:43:29  1          MS. KARIS:  I am not asking for his opinion.  I am asking

12:43:33  2   whether all of the manuals he reviewed and anything else.

12:43:36  3          THE COURT:  I'll sustain the objection.

12:43:40  4          MS. KARIS:  Okay.

12:43:40  5   BY MS. KARIS:

12:43:41  6   Q.  Your team interviewed both company men who were on the rig at

12:43:45  7   the time of the incident?

12:43:46  8   A.  Yes, we did.

12:43:47  9   Q.  In the course of conducting those interviews, did you come to

12:43:53 10   understand as to whether there was any expectation that they should

12:43:58 11   be monitoring the data at all times in the same way that the

12:44:00 12   driller and mud logger?

12:44:02 13          MR. BRIAN:  Same objection.  That calls for opinion

12:44:04 14   testimony.

12:44:05 15          THE COURT:  All right.  You know, I think I know that a

12:44:08 16   company man is not sitting next to the driller throughout the

12:44:11 17   entire time.  But, you know.

12:44:14 18          MS. KARIS:  I'll move on, your Honor.

12:44:17 19   BY MS. KARIS:

12:44:17 20   Q.  You were asked some questions earlier today -- let me just grab

12:44:23 21   the report.  About whether you considered two possibilities for

12:44:35 22   what may have caused no pressure -- excuse me, no flow from the

12:44:41 23   kill line, do you recall that?

12:44:41 24   A.  Yes, I do.

12:44:42 25   Q.  And if you look at page 40.

1488

```
12:44:47   1         MS. KARIS:  If we can pull up Page 40, please.  At the
12:44:55   2   very bottom of the report, if you would call up the bottom.
12:44:55   3   BY MR. KARIS:
12:45:00   4   Q.  And you indicated there were two possible reasons that flow did
12:45:04   5   not exist from the kill line.  The first being that the line may
12:45:08   6   have been plugged with solids from the spacer, and the second being
12:45:11   7   the system may have not been lined up correctly; a valve may have
12:45:15   8   been inadvertently left closed.  Do you see that?
12:45:18   9   A.  Yes.
12:45:18  10   Q.  At the end of your investigation, did you reach a conclusion as
12:45:23  11   to which of those scenarios was most likely?
12:45:27  12         MR. BRIAN:  Object to it as calling for opinion unless he
12:45:32  13   is asked to testify about the report.
12:45:33  14         THE COURT:  Well, why took it, I think she said -- you
12:45:36  15   mean did his team in its report make -- reach that conclusion?  Is
12:45:40  16   that your question?
12:45:41  17         MS. KARIS:  Yes, your Honor.
12:45:42  18         THE WITNESS:  Let me just look at the language of the
12:45:44  19   conclusion to see what we said.  (WITNESS REVIEWS DOCUMENT.)
12:46:15  20   BY MS. KARIS:
12:46:15  21   Q.  If I can direct you to page 87.
12:46:18  22   A.  Thank you.
12:46:23  23   Q.  And if you can call out the bottom paragraph, please.
12:46:31  24   A.  All right.  Here it is.
12:46:37  25   Q.  Let's see if we can try to see if this will work.  Here you're
```

OFFICIAL TRANSCRIPT

12:46:42  1  discussing the two possible reasons why there's no flow from the

12:46:46  2  kill line, correct?

12:46:46  3  A.  Yes, that's right.

12:46:47  4  Q.  And Mr. Brian asked you about the first one, "The kill line may

12:46:52  5  have been plugged with solids from the spacer (a witness's

12:46:55  6  description of fluids spurting from the kill line and then stopping

12:46:59  7  supports this as a possibility)."  Correct?

12:47:02  8  A.  Correct.

12:47:03  9  Q.  And then you go on to say, "However, during the preparation for

12:47:06  10  the May 26, 2010, top kill operation, the kill line was cut and

12:47:17  11  there was no evidence of a blockage in the line at that point where

12:47:17  12  the line was severed or when pumping operations were conducted."

12:47:22  13      Can you explain to us what you mean by that?

12:47:24  14  A.  Well, this was, you know, the team looking at additional

12:47:30  15  information they can gather, and, you know, the expectation was

12:47:34  16  that if this pill was in the line, it would have been seen when

12:47:38  17  that cut was made, and they didn't see that.

12:47:41  18  Q.  And then you go on to state, "The system may not have been

12:47:45  19  lined up correctly; a valve may have been left closed when the rig

12:47:49  20  crew directed flow from the kill line to the mini trip tank."

12:47:55  21      Given what you observed -- or what was observed during

12:47:57  22  the top kill operation, what was the purpose of putting the second

12:48:01  23  bullet in your report?

12:48:03  24      MR. BRIAN:  Objection.  Calls for opinion, your Honor,

12:48:05  25  it's cumulative also.

12:48:07  1        THE COURT:  I'll let him answer if he can.

12:48:12  2        THE WITNESS:  So the question was why were there two

12:48:15  3  possibilities highlighted?

12:48:15  4  BY MR. BECK:

12:48:16  5  Q.  Given what had been observed on May 26th, why did you put the

12:48:19  6  second bullet there?

12:48:20  7  A.  I think we were just acknowledging that either one of these

12:48:24  8  could explain the scenario that we saw, you know, the 0 pressure.

12:48:29  9  We didn't make a final determination, but that the top one appeared

12:48:34  10  less likely than when we began when we got that additional

12:48:38  11  information, you know, of cutting the line.

12:48:42  12  Q.  Different subject.  If you can turn to page 56 of your report,

12:48:46  13  please.

12:48:48  14  A.  You said 56?

12:48:50  15  Q.  Yes.  Thank you.  Mr. Godwin asked you several questions about

12:48:57  16  the flow path and that your conclusion was that the hydrocarbons

12:49:03  17  traveled into the annulus and then down up through the shoe track

12:49:10  18  and then up the center of the wellbore.  That was your final

12:49:14  19  conclusion.  But to remind us.

12:49:15  20  A.  That's correct.

12:49:16  21  Q.  And he asked you whether that would require then that there be

12:49:21  22  some barrier in place that did not allow the hydrocarbons to flow

12:49:27  23  up the annulus, do you recall that?

12:49:29  24  A.  I understood him to be asking about just migration, not really

12:49:35  25  flow under pressure, but migration due to flow differentials.

12:49:42  1    Q.  In using Figure 2, to be clear here, these are the

12:49:47  2    hydrocarbon-bearing zones, correct?

12:49:50  3    A.  Yes.

12:49:50  4    Q.  And this is where the foam cement is where you found there to

12:49:54  5    be nitrogen breakout?

12:49:57  6    A.  That's right.

12:49:58  7    Q.  And then what is above the foam cement where you found there to

12:50:06  8    be nitrogen breakout?

12:50:06  9    A.  That's that -- the so-called cap cement, which my understanding

12:50:11  10   is that doesn't have foam in it, it's just regular cement.

12:50:14  11   Q.  And so to the extent there was problems with the foam cement,

12:50:19  12   the cap cement was above that cement, is that correct?

12:50:24  13   A.  Yeah, I understand it to be just as the diagram shows, so it's

12:50:27  14   above it, yeah.

12:50:28  15   Q.  So then your conclusion was the hydrocarbons came in and

12:50:30  16   actually traveled up this path?

12:50:32  17   A.  That's right.

12:50:34  18           THE COURT:  For the record, "this path" meaning?

12:50:36  19           MS. KARIS:  I'm sorry.

12:50:37  20           THE COURT:  Not up the annular space, but up the casing?

12:50:41  21           MS. KARIS:  Yes, your Honor, correct.  And thank you for

12:50:43  22   clarifying that.

12:50:56  23           Change topics.

12:50:58  24   BY MS. KARIS:

12:51:06  25   Q.  You were asked several questions today about the interviews

12:51:09  1   conducted of both Mr. Hafle as well as Mr. Vidrine regarding this

12:51:16  2   8:52 call, and I promise we will try to not repeat everything we've

12:51:20  3   heard about that call.

12:51:22  4        But I would like to take a look, if you will, at TREX -- and

12:51:30  5   what number is this?  3A.  Looking at Exhibit 3A, and in the

12:51:39  6   interest of time, I'll represent these are notes from your team of

12:51:44  7   their interview of Mr. Vidrine.  Can you read to us what your team

12:51:49  8   noted Mr. Vidrine having told them when he spoke to them about the

12:51:57  9   negative pressure test?

12:51:57 10   A.  So what you're showing in the highlight says, "Somewhat joked

12:52:01 11   about my concern over drill pipe - they found it humorous that I

12:52:05 12   continued talking about."

12:52:06 13   Q.  Keep going.  Further down.

12:52:15 14        THE COURT:  Tell me again, these are interview notes of

12:52:17 15   who?

12:52:19 16        MS. KARIS:  Of Mr. Vidrine.

12:52:21 17        THE COURT:  Of Mr. Vidrine.

12:52:23 18        MR. BECK:  By Mr. Bly's investigation team.  So let's

12:52:26 19   back up a little further up.

12:52:31 20        MR. BRIAN:  Your Honor, this is beyond the scope, these

12:52:33 21   aren't his notes.  My examination, I connected the interview to

12:52:38 22   what he was then briefed on, and this goes beyond it.  Other

12:52:42 23   witnesses can testify about this, who we will hear from later,

12:52:45 24   Mr. Corser and Mr. Robinson.

12:52:47 25        MS. KARIS:  Your Honor, if I may respond.

12:52:48  1          THE COURT:  Go ahead.

12:52:49  2          MS. KARIS:  Mr. Brian spent an extensive amount of time

12:52:51  3  as to what information Mr. Vidrine provided to the investigation

12:52:55  4  team, including information about this 8:52 call.

12:53:00  5          THE COURT:  Okay.  Go ahead.

12:53:01  6          MS. KARIS:  Thank you.

12:53:04  7  BY MS. KARIS:

12:53:04  8  Q.  Just above what we highlighted first says, "negative test - TO

12:53:09  9  had dismissed drill pipe pressure as anything serious.  Somewhat

12:53:17 10  joked about my concern over drill pipe - they found it humorous

12:53:22 11  that I continued talking about."  Do you see that?

12:53:27 12  A.  I see that.

12:53:28 13  Q.  Could you tell us what your best recollection is of what this

12:53:33 14  note refers to?

12:53:36 15          MR. BRIAN:  Objection, no foundation.

12:53:38 16          THE COURT:  Sustained then.

12:53:39 17          MS. KARIS:  Let me ask a foundational question.

12:53:41 18  BY MS. KARIS:

12:53:42 19  Q.  Did your team brief you on their conversation with Mr. Vidrine?

12:53:45 20  A.  As we've discussed before, I got briefings when they came back

12:53:50 21  from several of these interviews.

12:53:52 22  Q.  And did your team brief you on what Mr. Vidrine told them when

12:53:58 23  he raised concerns about the negative pressure test?

12:54:02 24  A.  I vaguely remember this, but I can't remember if it was from my

12:54:06 25  team telling me or someone showing me this in a dep or something.

1494

12:54:10 1    I do remember knowing about this passage about the joking about his

12:54:13 2    concern.

12:54:13 3    Q.  And based on either your discussions with your team, whatever

12:54:19 4    other information you acquired, what is your understanding, then,

12:54:23 5    of what this passage references?

12:54:25 6              MR. BRIAN:  Objection, no foundation, form.

12:54:27 7              THE COURT:  Sustain the objection.

12:54:29 8              MS. KARIS:  We'll move on, your Honor.

12:54:38 9    BY MS. KARIS:

12:54:39 10   Q.  You were asked several questions about, as Mr. Brian called

12:54:42 11   them, squiggly lines on the chart that he showed you, do you recall

12:54:46 12   that?

12:54:47 13   A.  This was the realtime data?

12:54:49 14   Q.  Yes.

12:54:50 15   A.  Yes.  Yes, I remember.

12:54:52 16   Q.  And you were asked by Mr. Brian whether you knew if the team --

12:54:56 17   I'm sorry, if the drill crew was reviewing the pressure data in the

12:55:02 18   format that your team had captured it in the report.  Do you recall

12:55:05 19   that?

12:55:06 20   A.  I remember that, yes.

12:55:07 21   Q.  And I think Mr. Brian said weren't -- wasn't this an

12:55:12 22   exaggeration of what the crew would have been looking at.  Do you

12:55:16 23   recall that?

12:55:16 24   A.  I remember him saying that the scales were different, the lines

12:55:21 25   would be steeper.

12:55:22  1   Q.  Did you put that chart in your report to exaggerate what the

12:55:29  2   team would have been looking at or what the drill crew would have

12:55:32  3   been looking at?

12:55:33  4   A.  No.  The purpose of the chart was, you know, from the

12:55:38  5   operations team that were demonstrating that there were times when

12:55:42  6   it appears you could have seen flow indications.

12:55:45  7   Q.  And whatever screens and whatever format, however they were

12:55:50  8   displayed, vertical or horizontal, based on what you know from your

12:55:56  9   own experience and your investigation, would the expectation be

12:56:01  10  that the folks who are charged with monitoring those screens

12:56:04  11  understand that data?

12:56:06  12          MR. BRIAN:  Objection, no foundation, to the form.

12:56:08  13          THE COURT:  Overruled.

12:56:10  14          THE WITNESS:  I think I would expect that they would be

12:56:14  15  able to use the information they have available to them for the

12:56:17  16  purposes for which it's meant, which is to monitor the well.

12:56:22  17          MS. KARIS:  Thank you, I have nothing further, your

12:56:23  18  Honor.

12:56:23  19          THE COURT:  Okay.  Thank you.  You are finished, Mr. Bly.

12:56:27  20          THE WITNESS:  Thank you, sir.

12:56:29  21          THE COURT:  Okay.  Get out of town quickly, though.

12:56:34  22  Someone may think of something else.  It's about five minutes to 1,

12:56:38  23  we will recess for lunch until 2 o'clock.

12:56:41  24          THE DEPUTY CLERK:  All rise.

12:56:43  25          THE COURT:  Before counsel leave, wait, there are one or

12:56:48   1    two other things.  Mr. Bly, you're released.

12:56:52   2            Transocean made the issue of bringing in a tool joint in

12:56:57   3    conjunction with someone's testimony later today perhaps.

12:57:04   4            MR. MILLER:  Your Honor, that's in conjunction with

12:57:06   5    Mr. Ezell's testimony.  I don't know when we're going to get to him

12:57:09   6    now.

12:57:11   7            THE COURT:  How large is the part?

12:57:13   8            MR. MILLER:  About that big (DEMONSTRATING).

12:57:15   9            THE COURT:  I guess you just need to make arrangements

12:57:17  10    with the United States Marshal.

12:57:19  11            MR. MILLER:  I think we've gotten --

12:57:22  12            UNIDENTIFIED SPEAKER:  They are already in the courtroom.

12:57:24  13    They're about that big, I can't lift them, but they're about that

12:57:29  14    big (DEMONSTRATING).

12:57:29  15            THE COURT:  Does anyone have any objections to this?  All

12:57:32  16    right.  That's fine.  Good.  All right.  Two o'clock.

12:57:39  17        (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

          18

          19                        * * * * * *

          20

          21

          22

          23

          24

          25

1

2

3

4

5                        REPORTER'S CERTIFICATE

6

7          I, Karen A. Ibos, CCR, Official Court Reporter, United

8    States District Court, Eastern District of Louisiana, do hereby

9    certify that the foregoing is a true and correct transcript, to the

10   best of my ability and understanding, from the record of the

11   proceedings in the above-entitled and numbered matter.

12

13

14   _____

15          Karen A. Ibos, CCR, RPR, CRR, RMR

16          Official Court Reporter

17

18

19

20

21

22

23

24

25

## $

**$10** [1] - 1370:23

## '

**'lessons** [2] - 1368:1, 1368:13
**'onslaught'** [1] - 1368:21
**'What's** [1] - 1354:16
**'wrong** [1] - 1336:19

## 0

**0** [15] - 1330:14, 1330:23, 1335:1, 1335:3, 1341:7, 1341:11, 1342:18, 1342:25, 1345:12, 1346:12, 1361:7, 1378:24, 1384:24, 1385:8, 1490:8
**002** [1] - 1399:4
**0032** [1] - 1439:4

## 1

**1** [16] - 1349:2, 1361:23, 1396:22, 1399:2, 1399:11, 1412:2, 1412:18, 1412:23, 1413:10, 1429:23, 1434:13, 1440:17, 1445:3, 1445:4, 1467:15, 1495:22
**1,000** [1] - 1470:4
**1,000-barrels** [1] - 1470:5
**1,400** [17] - 1330:13, 1330:22, 1334:22, 1335:1, 1335:3, 1335:8, 1335:18, 1335:21, 1337:12, 1337:18, 1340:12, 1342:17, 1342:25, 1345:12, 1346:12, 1361:6, 1384:23
**1-10** [1] - 1376:1
**1-107** [2] - 1363:12, 1369:1
**1-107A** [1] - 1364:10
**1-107B** [1] - 1367:22
**1-138** [1] - 1390:10
**1-156** [1] - 1387:5
**1-17A** [1] - 1322:18

**1-17B** [1] - 1322:25
**1-2** [1] - 1346:15
**1-25** [1] - 1348:10
**1-26** [2] - 1361:16, 1361:18
**1-34** [1] - 1379:21
**1-41** [1] - 1330:3
**1-41B** [1] - 1325:4
**1-58** [1] - 1380:3
**1-64** [1] - 1380:25
**1-64A** [1] - 1381:12
**1-68** [1] - 1379:14
**1-77** [1] - 1383:14
**1-85** [1] - 1467:14
**1-85A** [1] - 1327:20
**1-85B** [1] - 1328:23
**1-87** [1] - 1326:18
**1-89** [1] - 1344:1
**1-93** [2] - 1349:1, 1361:15
**1-93A** [1] - 1352:2
**10** [2] - 1363:25, 1394:4
**10-MD-2179** [1] - 1308:8
**100** [1] - 1310:4
**100,000** [1] - 1371:4
**1000** [2] - 1314:4, 1315:8
**1001** [1] - 1313:19
**101** [1] - 1310:8
**101-1** [1] - 1362:1
**104** [1] - 1335:20
**105** [1] - 1335:25
**106.1** [1] - 1469:17
**1074-1** [1] - 1368:9
**1074-3** [1] - 1368:16
**10:00** [2] - 1357:13, 1357:21
**10:55** [1] - 1413:12
**10th** [1] - 1340:9
**11** [8] - 1343:18, 1414:22, 1415:2, 1415:6, 1415:22, 1481:8, 1484:1, 1484:6
**11-and-a-half-hour** [1] - 1415:19
**1100** [1] - 1313:15
**1110** [1] - 1314:8
**1144-1** [1] - 1374:2
**11th** [1] - 1340:9
**12** [4] - 1363:25, 1366:1, 1413:12, 1458:1
**1201** [2] - 1313:4, 1314:24
**1221** [1] - 1314:18
**124** [1] - 1477:22

**124.2** [1] - 1477:23
**12:30** [5] - 1413:7, 1414:17, 1415:16, 1416:5
**12th** [1] - 1340:9
**13** [1] - 1392:9
**1308** [1] - 1310:11
**1322/7** [1] - 1316:5
**1331** [1] - 1315:4
**1395/1** [1] - 1316:6
**13th** [1] - 1340:9
**14** [1] - 1319:18
**1400** [5] - 1330:9, 1334:14, 1336:6, 1336:23, 1337:6
**14271** [1] - 1311:18
**146.1** [1] - 1472:2
**146.2** [1] - 1472:22
**1466/2** [1] - 1316:7
**148** [2] - 1474:1, 1475:2
**1485/22** [1] - 1316:8
**14th** [1] - 1340:9
**15** [6] - 1321:9, 1362:1, 1380:6, 1420:13, 1420:17, 1420:19
**15-minute** [1] - 1394:3
**15.2.12** [1] - 1366:24
**153-12** [1] - 1365:13
**156** [1] - 1480:12
**156.2** [1] - 1480:12
**15:48** [1] - 1418:3
**16** [1] - 1478:24
**1601** [1] - 1309:11
**1665** [1] - 1315:4
**16th** [1] - 1373:20
**1700** [5] - 1314:24, 1473:5, 1473:8, 1473:19, 1473:22
**1709** [2] - 1457:3
**17th** [1] - 1374:3
**18** [2] - 1469:17, 1470:7
**1885** [1] - 1312:11
**189** [3] - 1450:3, 1452:5, 1452:8
**1893** [1] - 1481:5
**1893.1** [1] - 1481:8
**1893.2** [1] - 1482:2
**18th** [4] - 1380:19, 1380:24, 1381:1, 1381:14
**19** [6] - 1334:5, 1413:2, 1413:3, 1421:10, 1422:3, 1461:1
**190** [4] - 1406:9,

1452:7, 1452:8, 1453:3
**19:30** [1] - 1413:6
**19th** [4] - 1417:1, 1418:17, 1419:7, 1455:20
**1st** [5] - 1337:22, 1338:17, 1338:21, 1340:8, 1357:17

## 2

**2** [6] - 1361:21, 1436:17, 1439:14, 1439:21, 1491:1, 1495:23
**2,000** [10] - 1352:4, 1352:10, 1352:16, 1352:19, 1352:21, 1473:2, 1473:12, 1473:16, 1473:19, 1473:22
**2.F** [1] - 1439:21
**20** [18] - 1308:6, 1334:6, 1343:15, 1369:19, 1397:5, 1401:21, 1410:16, 1412:8, 1413:2, 1413:11, 1414:17, 1415:17, 1417:13, 1418:18, 1431:3, 1472:17, 1482:15, 1482:22
**200** [1] - 1406:9
**200-300** [1] - 1324:22
**2000** [2] - 1456:21, 1458:22
**20004** [1] - 1313:4
**2002** [1] - 1379:5
**20044** [3] - 1311:13, 1311:19, 1311:24
**2010** [47] - 1308:6, 1321:9, 1323:21, 1325:18, 1326:1, 1333:7, 1337:11, 1337:23, 1338:21, 1339:5, 1339:12, 1341:15, 1342:1, 1343:15, 1363:10, 1363:15, 1366:13, 1367:7, 1367:15, 1369:6, 1369:13, 1373:20, 1381:1, 1381:14, 1384:6, 1386:17, 1386:20, 1392:17, 1392:23, 1397:2, 1397:5, 1401:22, 1410:16, 1412:8, 1415:17, 1415:25, 1431:3,

1441:5, 1458:1, 1460:8, 1460:12, 1464:16, 1472:17, 1479:22, 1482:15, 1482:22, 1489:10
**2011** [1] - 1318:22
**2013** [2] - 1308:9, 1317:2
**20:52** [3] - 1348:18, 1469:23, 1470:13
**20:58** [1] - 1381:4
**20th** [16] - 1318:22, 1325:2, 1325:18, 1326:1, 1353:17, 1384:6, 1384:22, 1385:10, 1390:7, 1392:23, 1415:25, 1416:6, 1417:3, 1419:8, 1455:21, 1460:8
**21** [5] - 1344:9, 1420:1, 1420:3, 1422:10, 1461:21
**21:05** [1] - 1356:8
**21:10** [3] - 1356:8, 1359:11, 1360:3
**21:17** [1] - 1361:19
**21:18** [3] - 1359:11, 1360:3, 1361:20
**21:20** [1] - 1356:8
**21:27** [1] - 1361:19
**21:30** [1] - 1362:2
**21:31** [1] - 1362:4
**21:33** [1] - 1362:10
**21:38** [2] - 1470:21, 1471:14
**21:40** [1] - 1471:1
**21:41** [6] - 1470:1, 1470:3, 1470:7, 1470:10, 1470:13, 1471:14
**21:47** [2] - 1472:1, 1477:4
**21:49** [2] - 1479:7, 1479:10
**21:50** [1] - 1362:2
**22** [1] - 1479:22
**2210-17** [1] - 1391:13
**2210-17A** [1] - 1392:2
**2210-2** [1] - 1391:11
**2211** [1] - 1314:8
**2216** [1] - 1310:22
**22ND** [1] - 1309:19
**23** [2] - 1377:1, 1412:23
**23451** [1] - 1309:19
**24** [3] - 1413:10, 1415:15, 1434:6
**25** [1] - 1348:14

**250-pound** [1] - 1357:2

**26** [8] - 1361:18, 1456:25, 1457:3, 1457:14, 1457:19, 1459:19, 1460:1, 1489:10

**2615** [1] - 1309:15

**267-1** [1] - 1381:17

**2671** [1] - 1331:7

**26th** [2] - 1457:22, 1490:5

**27** [1] - 1333:3

**27th** [4] - 1333:7, 1334:4, 1358:10, 1359:7

**28-minute** [1] - 1317:25

**282** [1] - 1417:11

**283** [1] - 1418:2

**28th** [2] - 1369:17, 1369:19

**295** [3] - 1332:7, 1338:16, 1344:9

**295-1** [2] - 1332:11

**295-104** [1] - 1335:13

**295-105** [3] - 1335:24, 1341:20, 1341:22

**295-156** [2] - 1341:25, 1342:6

**295-17** [1] - 1333:3

**295-18** [2] - 1333:9, 1358:25

**295-21** [1] - 1333:23

**295-21A** [1] - 1359:9

**295-40** [2] - 1338:17, 1338:24

**295-41** [1] - 1339:4

**295-42** [3] - 1339:11, 1339:14, 1339:25

**2:10-CV-02771** [1] - 1308:11

**2:10-CV-4536** [1] - 1308:14

**2:52** [1] - 1417:14

**2nd** [1] - 1339:5, 1339:12, 1340:8

### 3

**3** [3] - 1310:4, 1329:14, 1361:21

**3.B** [2] - 1439:25, 1440:3

**30** [3] - 1323:1, 1417:2, 1479:22

**300** [1] - 1313:8

**3000** [3] - 1456:11,

---

1458:19, 1460:14

**302-1** [1] - 1358:9

**302-2** [1] - 1358:11

**3058-1** [1] - 1379:3

**3058-14** [1] - 1379:8

**311** [2] - 1394:9, 1474:16

**31st** [1] - 1323:21

**32** [2] - 1405:2, 1405:3

**33** [2] - 1363:16, 1418:20

**33-minute** [1] - 1367:25

**335** [1] - 1313:23

**35** [3] - 1363:16, 1419:24, 1422:9

**352** [1] - 1433:24

**35TH** [1] - 1313:23

**36130** [1] - 1312:6

**36604** [1] - 1309:12

**3668** [1] - 1309:4

**3700** [2] - 1313:15, 1313:19

**3773-4** [1] - 1378:2

**3773-6** [1] - 1378:6

**3A** [2] - 1492:5

### 4

**4** [6] - 1308:9, 1308:19, 1310:4, 1317:2, 1361:21, 1377:1

**4.1** [1] - 1391:15

**40** [3] - 1363:16, 1487:25, 1488:1

**4000** [1] - 1315:8

**402** [1] - 1309:19

**41** [2] - 1412:2, 1423:21

**4213** [1] - 1477:8

**43** [1] - 1339:25

**4310** [1] - 1310:18

**4342** [1] - 1444:5

**435** [1] - 1310:8

**44** [1] - 1339:25

**4447-1** [1] - 1340:15

**4447-6** [3] - 1341:4, 1347:13, 1385:5

**4477** [1] - 1433:19

**45** [1] - 1339:25

**450** [1] - 1311:5

**4500** [1] - 1314:18

**4514-2** [1] - 1373:19

**46** [2] - 1339:25, 1363:6

**47** [4] - 1343:17, 1363:6, 1431:9,

---

1431:12

**47647** [2] - 1318:6, 1318:7

**48** [1] - 1433:24

**49** [2] - 1343:17, 1477:7

**4th** [2] - 1340:8, 1386:19

### 5

**5** [1] - 1442:23

**5,000** [2] - 1352:10, 1352:15

**5.4** [1] - 1437:2

**50** [5] - 1397:9, 1418:14, 1470:14, 1470:16, 1483:4

**500** [3] - 1309:4, 1312:5, 1315:13

**5000** [1] - 1312:22

**504** [1] - 1315:14

**50963-1** [2] - 1337:22, 1357:16

**50963-5** [1] - 1338:8

**50963-5A** [1] - 1357:18

**50964-3** [1] - 1353:25

**51133** [1] - 1329:23

**51133-2** [1] - 1329:14

**526A-1** [1] - 1323:18

**526A-4** [1] - 1324:7

**5395** [1] - 1311:6

**546** [1] - 1314:12

**556** [1] - 1309:4

**56** [2] - 1490:12, 1490:14

**57** [3] - 1429:22, 1434:13, 1434:14

**571-37** [1] - 1369:16

**58** [2] - 1380:6, 1380:11

**589-7776** [1] - 1315:14

**5946-91** [1] - 1371:15

### 6

**600** [3] - 1309:19, 1309:22, 1314:4

**601** [1] - 1309:15

**60413** [2] - 1459:24, 1459:25

**60654** [1] - 1313:9

**618** [1] - 1310:15

**620-1** [4] - 1350:22, 1350:23, 1351:11, 1355:9

---

**620-1A** [1] - 1352:7

**620-1B** [2] - 1355:15, 1355:17

**620-1C** [1] - 1356:2

**640-16** [1] - 1378:23

**657-2** [1] - 1363:22

**6606.1** [1] - 1340:7

**6619** [1] - 1344:7

**6620** [1] - 1360:17

**663** [2] - 1478:20, 1478:24

**676-1** [1] - 1366:8

**676-2** [1] - 1366:21

**6th** [2] - 1340:8, 1460:12

### 7

**7** [1] - 1324:18

**7-inch** [1] - 1460:1

**701** [2] - 1312:16, 1312:22

**70113** [1] - 1309:8

**70130** [6] - 1309:16, 1309:23, 1310:22, 1312:16, 1314:13, 1315:14

**70139** [1] - 1312:23

**70163** [1] - 1313:15

**70360** [1] - 1310:8

**70458** [1] - 1310:12

**70502** [2] - 1309:5, 1314:5

**70801** [1] - 1310:15

**70804** [1] - 1312:12

**73909/2** [1] - 1457:25

**75270** [1] - 1314:24

**7611** [1] - 1311:12

**77002** [2] - 1313:19, 1315:9

**77006** [1] - 1310:19

**77010** [2] - 1314:18, 1315:4

**77098** [1] - 1314:8

**78** [1] - 1436:24

**78257** [1] - 1310:5

**7837** [1] - 1439:19

**7839** [1] - 1440:16

**7:30** [2] - 1413:3, 1413:6

**7:40** [1] - 1479:21

**7th** [1] - 1340:8

**7TH** [1] - 1311:6

### 8

**8** [10] - 1348:22, 1349:5, 1349:24,

---

1350:15, 1352:4, 1361:15, 1369:6, 1397:1, 1441:5, 1464:16

**8,367** [1] - 1413:21

**820** [1] - 1309:8

**827** [1] - 1483:25

**843** [1] - 1377:1

**85** [3] - 1328:3, 1467:15, 1467:18

**8680** [1] - 1460:11

**87** [3] - 1326:21, 1327:15, 1488:21

**8:52** [7] - 1343:14, 1348:18, 1354:7, 1354:10, 1482:15, 1492:2, 1493:4

**8th** [11] - 1341:15, 1341:25, 1344:13, 1347:2, 1363:10, 1363:15, 1364:21, 1365:3, 1366:13, 1367:3, 1367:7, 1386:17, 1397:25

### 9

**9** [3] - 1343:15, 1399:11, 1400:7

**9-7/8** [1] - 1460:1

**9-7/8-inch** [1] - 1457:15

**90071** [1] - 1313:24

**91:37** [1] - 1362:14

**93** [1] - 1349:5

**94005** [1] - 1312:12

**94102** [1] - 1311:6

**9:01** [3] - 1349:12, 1349:15, 1355:12

**9:08** [7] - 1349:17, 1355:12, 1355:20, 1356:11, 1357:25, 1358:21, 1360:24

**9:14** [6] - 1349:17, 1355:21, 1356:11, 1357:25, 1358:21, 1360:25

**9:30** [2] - 1349:20, 1349:21

**9:31** [2] - 1349:19, 1349:21

**9:32** [1] - 1362:12

**9:33** [1] - 1362:12

**9:40** [1] - 1363:2

**9:41** [4] - 1363:2, 1363:6, 1472:17, 1482:17

**9:46** [1] - 1363:5

**9:47** [3] - 1363:5,

1476:18, 1479:2
**9:49** [1] - 1479:7
**9:50** [1] - 1349:13
**9th** [1] - 1340:8
**9TH** [1] - 1309:22

# A

**A.M** [2] - 1414:17, 1417:14
**Abbassian** [5] - 1331:11, 1466:15, 1478:19, 1479:5, 1481:19
**ability** [5] - 1368:22, 1468:7, 1468:18, 1480:23, 1497:10
**able** [11] - 1387:7, 1427:7, 1435:14, 1443:5, 1447:5, 1452:19, 1456:8, 1468:12, 1468:14, 1468:19, 1495:15
**abnormality** [6] - 1344:5, 1345:10, 1345:13, 1345:14, 1345:17, 1346:13
**aboard** [1] - 1364:13
**above** [21] - 1324:14, 1340:22, 1366:15, 1368:19, 1392:18, 1422:13, 1423:8, 1449:11, 1449:16, 1449:23, 1450:23, 1451:5, 1465:13, 1467:10, 1470:19, 1478:9, 1491:7, 1491:12, 1491:14, 1493:8, 1497:11
**above-entitled** [1] - 1497:11
**ABRAMSON** [1] - 1309:14
**absolutely** [1] - 1345:4
**accelerated** [1] - 1368:21
**accept** [2] - 1461:18, 1473:9
**accepted** [7] - 1343:5, 1343:25, 1345:20, 1372:12, 1388:9, 1461:16, 1466:23
**accepting** [1] - 1343:23
**access** [10] - 1349:23, 1350:4, 1353:16, 1353:22,

1355:4, 1388:16, 1388:19, 1457:10, 1483:1, 1486:17
**accident** [3] - 1370:18, 1375:16, 1409:14
**accommodate** [1] - 1395:14
**accordance** [2] - 1321:14, 1435:14
**according** [7] - 1361:9, 1361:10, 1413:13, 1414:16, 1448:1, 1459:19, 1470:4
**account** [2] - 1451:4, 1465:21
**accumulating** [1] - 1398:5
**accurate** [2] - 1360:19, 1381:14
**accurately** [3] - 1347:11, 1347:12, 1385:6
**acknowledge** [1] - 1369:5
**acknowledging** [1] - 1490:7
**acquire** [1] - 1434:20
**acquired** [1] - 1494:4
**across** [5] - 1422:13, 1423:8, 1448:14, 1448:21, 1477:15
**act** [1] - 1368:23
**action** [2] - 1361:20, 1362:23
**ACTION** [1] - 1308:8
**actions** [9] - 1324:23, 1362:18, 1362:20, 1367:19, 1369:4, 1375:1, 1409:2, 1409:6, 1483:8
**activate** [2] - 1470:17, 1471:17
**activated** [13] - 1363:4, 1470:1, 1470:3, 1471:1, 1474:22, 1477:3, 1479:16, 1479:21, 1480:3, 1483:13, 1483:18, 1483:22, 1484:10
**activating** [1] - 1483:20
**activation** [1] - 1471:14
**active** [3] - 1428:12, 1428:24, 1445:10
**activities** [5] -

1424:11, 1424:13, 1424:22, 1425:25, 1429:14
**activity** [2] - 1325:7, 1409:7
**actual** [16] - 1335:20, 1350:24, 1352:9, 1353:2, 1379:10, 1416:25, 1418:16, 1430:20, 1434:7, 1434:21, 1435:1, 1436:2, 1455:19, 1457:11, 1461:13, 1473:25
**actually** [31] - 1325:23, 1330:7, 1332:17, 1337:1, 1345:23, 1350:14, 1351:10, 1351:13, 1354:21, 1362:21, 1384:19, 1386:23, 1388:10, 1390:9, 1397:17, 1398:22, 1399:16, 1400:3, 1426:5, 1427:24, 1431:23, 1432:19, 1440:6, 1468:12, 1469:7, 1472:15, 1473:22, 1476:24, 1477:5, 1479:19, 1491:16
**added** [3] - 1318:21, 1319:10, 1420:18
**adding** [1] - 1390:23
**addition** [2] - 1450:5, 1468:16
**additional** [14] - 1318:20, 1318:24, 1318:25, 1362:11, 1399:6, 1420:13, 1420:24, 1421:2, 1421:5, 1421:6, 1421:11, 1457:1, 1489:14, 1490:10
**additive** [2] - 1458:20, 1458:23
**additives** [7] - 1379:11, 1456:5, 1456:10, 1458:7, 1458:19, 1460:14, 1460:25
**address** [1] - 1369:5
**addressed** [1] - 1348:14
**addressing** [2] - 1419:10, 1466:6
**adequate** [1] - 1454:13
**admitted** [2] - 1317:19, 1318:12

**advance** [1] - 1320:22
**advice** [2] - 1438:24, 1461:11
**affected** [1] - 1386:10
**aft** [1] - 1390:13
**after** [53] - 1329:9, 1330:25, 1335:17, 1337:17, 1343:5, 1343:7, 1343:9, 1343:21, 1343:23, 1343:25, 1345:19, 1345:20, 1361:5, 1361:8, 1361:13, 1363:4, 1368:19, 1369:19, 1375:7, 1386:11, 1388:21, 1396:13, 1397:5, 1399:2, 1413:15, 1413:18, 1413:24, 1416:19, 1417:15, 1427:9, 1431:16, 1432:1, 1435:1, 1444:19, 1445:15, 1455:5, 1455:7, 1455:8, 1456:25, 1457:1, 1468:1, 1468:22, 1470:16, 1476:9, 1476:11, 1476:12, 1477:20, 1479:2, 1479:14, 1479:22
**after-the-fact** [2] - 1343:7, 1343:9
**afternoon** [1] - 1442:14
**afterward** [1] - 1370:6
**again** [28] - 1338:10, 1339:11, 1341:20, 1352:18, 1359:2, 1367:21, 1378:22, 1379:12, 1385:5, 1395:6, 1399:2, 1407:12, 1410:10, 1424:5, 1425:23, 1426:18, 1432:23, 1437:1, 1446:25, 1456:22, 1460:14, 1472:6, 1475:13, 1478:14, 1479:2, 1482:2, 1483:19, 1492:14
**against** [1] - 1356:3
**ago** [3] - 1318:18, 1408:22, 1484:7
**agree** [45] - 1320:16, 1333:6, 1333:14, 1333:21, 1334:8,

1334:16, 1337:10, 1345:11, 1345:14, 1346:4, 1346:7, 1346:9, 1346:12, 1352:14, 1377:21, 1378:18, 1383:21, 1392:15, 1393:8, 1403:4, 1403:5, 1403:23, 1403:24, 1414:12, 1414:22, 1415:15, 1415:20, 1416:19, 1427:17, 1445:2, 1445:21, 1446:14, 1447:13, 1447:17, 1448:19, 1455:10, 1458:11, 1465:10, 1478:16, 1479:4, 1481:11, 1481:15, 1482:8, 1483:22, 1484:21
**agreed** [3] - 1378:14, 1396:12, 1445:15
**ahead** [12] - 1322:5, 1335:12, 1360:14, 1394:20, 1396:19, 1442:21, 1452:25, 1453:3, 1465:25, 1467:17, 1493:1, 1493:5
**AIR** [3] - 1456:11, 1458:19, 1460:14
**AL** [4] - 1308:13, 1308:15, 1309:12, 1312:6
**ALABAMA** [2] - 1312:3
**ALEX** [1] - 1314:17
**all** [105] - 1317:6, 1317:15, 1317:19, 1318:3, 1318:11, 1322:5, 1332:22, 1333:2, 1337:14, 1338:24, 1342:3, 1342:21, 1353:14, 1355:3, 1355:23, 1361:11, 1367:11, 1368:22, 1372:1, 1372:3, 1374:21, 1375:5, 1378:25, 1379:16, 1382:1, 1382:21, 1391:19, 1392:14, 1394:3, 1394:5, 1394:8, 1394:16, 1395:14, 1396:12, 1401:12, 1406:2, 1406:19, 1408:15, 1408:17, 1409:7, 1409:24, 1410:9, 1410:15, 1411:2, 1411:8,

1415:18, 1419:13, 1421:22, 1423:22, 1425:4, 1425:18, 1426:7, 1428:7, 1428:25, 1429:10, 1429:13, 1429:21, 1430:9, 1430:11, 1431:15, 1432:12, 1433:17, 1436:6, 1436:10, 1441:22, 1442:16, 1443:4, 1443:8, 1443:14, 1444:8, 1447:25, 1448:5, 1450:4, 1450:6, 1450:17, 1450:18, 1451:20, 1453:10, 1453:11, 1456:24, 1458:3, 1462:1, 1462:8, 1462:25, 1463:4, 1463:8, 1464:12, 1472:23, 1477:13, 1477:18, 1478:10, 1481:5, 1484:13, 1486:1, 1486:6, 1487:2, 1487:11, 1487:15, 1488:24, 1495:24, 1496:15, 1496:16

**ALLAN** [1] - 1312:15

**allow** [3] - 1375:16, 1392:11, 1490:22

**allowed** [11] - 1375:15, 1401:22, 1408:20, 1410:16, 1419:15, 1441:8, 1448:17, 1461:5, 1461:9, 1478:13, 1479:2

**almost** [1] - 1331:24

**along** [7] - 1317:23, 1318:1, 1398:9, 1434:16, 1437:5, 1439:16

**already** [14] - 1345:21, 1391:15, 1408:22, 1411:24, 1428:18, 1428:20, 1449:1, 1466:9, 1468:25, 1470:19, 1470:24, 1471:9, 1485:24, 1496:12

**also** [40] - 1317:24, 1320:21, 1322:25, 1323:14, 1324:21, 1325:6, 1327:5, 1331:22, 1335:14, 1335:25, 1343:12, 1354:12, 1363:1, 1370:25, 1380:11,

1380:18, 1390:20, 1391:1, 1393:19, 1396:1, 1401:21, 1402:9, 1403:19, 1406:22, 1413:15, 1420:16, 1425:21, 1428:17, 1451:14, 1456:3, 1463:13, 1469:25, 1481:20, 1483:8, 1483:10, 1483:12, 1483:17, 1484:9, 1486:12, 1489:25

**altered** [1] - 1399:7

**alternative** [1] - 1326:22

**although** [3] - 1333:15, 1337:9, 1466:23

**always** [1] - 1438:18

**Ambrose** [3] - 1388:25, 1389:2, 1389:10

**Ambrose's** [1] - 1389:17

**AMERICA** [3] - 1308:14, 1311:4, 1312:20

**AMERICAN** [1] - 1309:15

**among** [5] - 1333:12, 1363:14, 1368:2, 1389:12, 1389:14

**amongst** [2] - 1332:5, 1454:18

**amount** [2] - 1483:1, 1493:2

**analysis** [14] - 1367:24, 1368:2, 1377:15, 1386:10, 1418:25, 1426:12, 1427:14, 1472:15, 1472:20, 1472:25, 1473:17, 1473:19, 1475:7, 1476:2

**analyze** [1] - 1387:2

**analyzing** [2] - 1387:12, 1427:17

**AND** [2] - 1308:12, 1313:12

**and/or** [2] - 1369:21, 1397:19

**ANDREW** [1] - 1313:7

**ANGELES** [1] - 1313:24

**annular** [36] - 1363:4, 1363:6, 1376:4, 1403:17, 1416:10, 1448:9,

1448:22, 1448:24, 1448:25, 1455:2, 1467:5, 1467:9, 1467:11, 1467:20, 1467:24, 1468:4, 1468:12, 1468:19, 1468:22, 1469:5, 1469:25, 1470:3, 1471:22, 1471:23, 1471:25, 1472:4, 1472:7, 1472:19, 1473:1, 1473:8, 1473:17, 1474:2, 1475:3, 1476:9, 1481:2, 1491:20

**annulus** [23] - 1405:13, 1405:25, 1409:16, 1416:4, 1418:23, 1444:15, 1445:19, 1446:7, 1446:20, 1447:10, 1447:12, 1447:15, 1447:16, 1447:17, 1447:19, 1447:22, 1447:25, 1448:13, 1448:19, 1476:18, 1490:17, 1490:23

**anomalies** [2] - 1349:12, 1426:8

**anomaly** [6] - 1355:11, 1355:17, 1355:20, 1356:10, 1362:4, 1362:8

**another** [13] - 1328:12, 1334:13, 1354:9, 1354:25, 1382:15, 1392:6, 1418:3, 1433:7, 1451:23, 1455:25, 1458:22, 1462:21, 1474:2

**answer** [7] - 1372:25, 1377:16, 1410:21, 1443:8, 1481:22, 1484:11, 1490:1

**answered** [9] - 1375:22, 1377:8, 1385:19, 1411:6, 1411:13, 1411:24, 1450:14, 1451:15, 1462:12

**answering** [3] - 1424:4, 1451:18, 1462:22

**answers** [3] - 1395:15, 1400:18, 1407:17

**ANTHONY** [1] - 1310:21

**anticipate** [4] - 1319:1, 1319:21, 1481:24, 1482:10

**ANTONIO** [1] - 1310:5

**any** [77] - 1317:7, 1317:18, 1318:9, 1318:18, 1319:16, 1332:25, 1335:20, 1338:24, 1339:7, 1339:21, 1339:25, 1341:5, 1342:3, 1342:5, 1346:22, 1357:9, 1364:3, 1367:1, 1367:7, 1369:4, 1374:21, 1375:20, 1377:4, 1390:23, 1390:25, 1393:3, 1394:22, 1396:6, 1399:16, 1401:7, 1404:11, 1406:11, 1410:6, 1411:21, 1415:24, 1416:25, 1417:4, 1417:21, 1418:14, 1418:15, 1420:2, 1421:8, 1421:17, 1421:18, 1421:21, 1427:7, 1430:20, 1435:9, 1437:23, 1444:24, 1445:18, 1449:12, 1449:14, 1450:8, 1452:20, 1453:7, 1453:11, 1457:9, 1461:25, 1464:6, 1465:18, 1465:20, 1468:18, 1471:17, 1473:16, 1479:5, 1479:8, 1484:15, 1484:22, 1485:1, 1485:9, 1486:20, 1486:21, 1486:22, 1487:10, 1496:15

**anybody** [32] - 1350:14, 1351:7, 1401:6, 1401:8, 1417:22, 1418:13, 1421:23, 1422:2, 1422:5, 1429:14, 1432:6, 1433:2, 1433:9, 1433:11, 1436:14, 1442:25, 1443:10, 1448:12, 1450:1, 1450:11, 1450:13, 1454:4, 1454:12, 1460:23, 1461:1, 1461:24, 1462:2, 1462:8, 1464:21, 1470:17, 1485:23

**anybody's** [1] - 1431:17

**anyone** [21] - 1317:18, 1329:21, 1344:4, 1345:9, 1347:8, 1348:5, 1350:7, 1351:5, 1357:23, 1358:2, 1358:20, 1358:22, 1369:25, 1373:23, 1392:17, 1398:8, 1423:16, 1429:11, 1471:8, 1471:17, 1496:15

**anyone's** [2] - 1347:4, 1431:15

**anything** [11] - 1329:25, 1350:14, 1353:3, 1378:16, 1384:8, 1384:14, 1385:14, 1447:16, 1485:23, 1487:2, 1493:9

**anywhere** [9] - 1327:15, 1338:25, 1340:3, 1340:10, 1340:13, 1342:7, 1342:19, 1374:19, 1486:21

**API** [2] - 1481:9, 1481:16

**apologize** [4] - 1353:13, 1366:2, 1409:25, 1453:20

**apparent** [1] - 1335:5

**apparently** [1] - 1357:3

**appear** [14] - 1319:2, 1332:12, 1333:8, 1338:20, 1339:2, 1339:6, 1339:13, 1339:17, 1342:2, 1381:20, 1444:24, 1449:12, 1458:14, 1475:8

**APPEARANCES** [7] - 1309:1, 1310:1, 1311:1, 1312:1, 1313:1, 1314:1, 1315:1

**appeared** [5] - 1362:9, 1377:11, 1458:12, 1490:9

**appears** [38] - 1324:6, 1327:23, 1332:22, 1333:15, 1334:9, 1334:15, 1334:19, 1335:15, 1336:4, 1337:25, 1338:4, 1338:12,

1352:6, 1354:15,
1354:20, 1356:9,
1361:13, 1361:14,
1361:23, 1362:3,
1368:5, 1381:19,
1383:4, 1390:18,
1391:17, 1397:1,
1400:8, 1414:15,
1414:24, 1415:2,
1417:17, 1471:19,
1472:11, 1473:18,
1473:24, 1477:17,
1478:17, 1495:6
**Appendix** [1] -
1481:5
**appendix** [1] -
1481:13
**applies** [1] - 1435:17
**apply** [1] - 1407:14
**appreciate** [3] -
1400:2, 1443:6,
1462:21
**approach** [1] -
1321:23
**appropriate** [8] -
1362:19, 1365:7,
1402:13, 1430:16,
1433:10, 1441:25,
1463:18
**approval** [2] -
1461:12, 1461:13
**approve** [6] -
1416:17, 1454:6,
1461:6, 1461:8,
1461:10, 1461:16
**approved** [6] -
1399:15, 1400:4,
1422:22, 1423:5,
1423:10, 1440:6
**approving** [1] -
1424:25
**approximately** [16] -
1322:22, 1323:1,
1343:17, 1349:15,
1349:19, 1363:2,
1363:16, 1381:4,
1413:7, 1470:4,
1470:5, 1470:13,
1470:16, 1477:14,
1479:21, 1483:3
**April** [52] - 1325:2,
1325:17, 1326:1,
1333:3, 1333:7,
1334:4, 1343:15,
1353:17, 1358:10,
1359:7, 1369:13,
1373:20, 1374:3,
1380:19, 1380:24,
1381:1, 1381:14,
1384:6, 1384:22,

1385:10, 1390:7,
1392:23, 1397:5,
1401:21, 1410:16,
1412:8, 1413:2,
1413:3, 1413:11,
1414:17, 1415:17,
1415:25, 1417:3,
1417:13, 1418:18,
1421:10, 1422:3,
1431:3, 1456:25,
1457:3, 1457:14,
1457:19, 1458:1,
1459:19, 1460:1,
1460:8, 1460:12,
1461:1, 1472:17,
1479:22, 1482:15,
1482:22
**APRIL** [1] - 1308:6
**are** [106] - 1317:9,
1317:15, 1317:19,
1320:19, 1321:18,
1321:19, 1332:9,
1335:14, 1335:25,
1336:1, 1337:22,
1337:25, 1338:19,
1339:4, 1339:11,
1341:25, 1342:1,
1342:13, 1347:6,
1347:25, 1348:5,
1348:7, 1352:9,
1352:16, 1352:24,
1354:2, 1355:19,
1359:2, 1359:4,
1360:9, 1363:24,
1364:20, 1364:23,
1365:5, 1365:7,
1365:9, 1365:11,
1369:9, 1369:19,
1369:22, 1371:8,
1371:9, 1378:20,
1378:21, 1378:25,
1379:1, 1381:17,
1382:1, 1382:21,
1382:25, 1385:23,
1388:4, 1388:10,
1388:21, 1391:8,
1392:2, 1392:13,
1395:2, 1396:7,
1402:12, 1403:15,
1403:16, 1403:18,
1403:20, 1405:25,
1406:7, 1411:3,
1426:23, 1427:25,
1428:4, 1428:14,
1436:3, 1444:7,
1445:18, 1445:19,
1445:25, 1455:19,
1456:22, 1456:24,
1457:2, 1457:3,
1460:11, 1462:10,
1466:6, 1466:9,

1474:9, 1475:7,
1478:6, 1478:8,
1481:4, 1483:9,
1483:16, 1491:1,
1492:6, 1492:14,
1495:10, 1495:19,
1495:25, 1496:12
**area** [6] - 1351:16,
1393:17, 1423:23,
1449:8, 1451:3,
1481:3
**areas** [1] - 1390:12
**aren't** [12] - 1335:25,
1338:19, 1339:12,
1348:1, 1352:17,
1352:22, 1360:9,
1381:18, 1382:1,
1388:23, 1392:13,
1492:21
**around** [15] -
1319:18, 1363:5,
1371:14, 1432:21,
1441:3, 1447:25,
1467:4, 1467:5,
1468:4, 1468:12,
1473:1, 1474:4,
1474:11, 1476:18,
1477:4
**arrangements** [1] -
1496:9
**ARRELL** [1] - 1314:7
**arrow** [2] - 1334:12,
1334:13
**ASBILL** [1] - 1313:17
**ask** [18] - 1352:18,
1384:21, 1392:16,
1395:12, 1399:14,
1407:11, 1411:11,
1411:16, 1411:17,
1421:21, 1429:10,
1431:24, 1432:6,
1432:8, 1443:5,
1464:4, 1482:19,
1493:17
**asked** [59] - 1324:14,
1338:9, 1347:13,
1349:23, 1355:6,
1357:14, 1375:22,
1376:8, 1377:2,
1385:19, 1387:24,
1389:9, 1389:10,
1389:12, 1389:14,
1390:5, 1400:24,
1401:3, 1401:7,
1411:6, 1411:12,
1421:9, 1428:1,
1429:15, 1429:17,
1430:12, 1430:13,
1431:15, 1431:18,
1433:14, 1433:16,

1435:10, 1435:17,
1435:21, 1435:22,
1443:4, 1450:14,
1451:15, 1451:16,
1453:15, 1457:1,
1457:20, 1462:12,
1465:20, 1471:6,
1484:4, 1484:6,
1484:9, 1485:24,
1486:16, 1487:20,
1488:13, 1489:4,
1490:15, 1490:21,
1491:25, 1494:10,
1494:16
**asking** [9] - 1372:21,
1397:6, 1402:16,
1426:24, 1431:20,
1462:4, 1487:1,
1490:24
**aspects** [2] -
1397:12, 1454:2
**assembly** [4] -
1444:20, 1444:24,
1449:1, 1449:12
**assessing** [1] -
1375:1
**ASSET** [1] - 1308:12
**assist** [1] - 1482:4
**assisted** [1] -
1397:10
**assisting** [1] -
1341:2
**associated** [6] -
1383:17, 1420:24,
1421:12, 1422:12,
1423:7, 1481:2
**assume** [4] - 1347:9,
1385:6, 1421:13,
1423:3
**assumed** [1] -
1423:1
**assuming** [1] -
1410:3
**at** [244] - 1320:24,
1321:10, 1324:9,
1325:16, 1326:14,
1329:17, 1329:24,
1331:1, 1331:25,
1332:24, 1334:2,
1334:11, 1335:20,
1338:24, 1340:10,
1342:3, 1344:9,
1344:15, 1344:18,
1346:18, 1347:9,
1348:14, 1348:18,
1348:22, 1349:15,
1349:17, 1349:19,
1351:1, 1354:6,
1359:5, 1361:1,
1362:4, 1362:9,

1362:10, 1362:16,
1363:1, 1364:3,
1364:7, 1364:9,
1365:3, 1365:5,
1365:9, 1367:11,
1370:4, 1370:14,
1370:15, 1370:17,
1371:4, 1371:12,
1371:13, 1372:2,
1372:4, 1372:5,
1372:7, 1372:8,
1372:9, 1372:11,
1372:13, 1372:15,
1372:20, 1372:25,
1373:2, 1373:3,
1373:4, 1373:10,
1373:15, 1373:17,
1373:18, 1374:16,
1376:23, 1378:1,
1378:8, 1381:1,
1384:11, 1387:4,
1387:15, 1387:16,
1388:25, 1389:16,
1390:9, 1391:19,
1391:23, 1392:14,
1392:19, 1394:10,
1394:11, 1394:14,
1395:4, 1396:12,
1396:23, 1398:21,
1399:11, 1404:24,
1405:2, 1406:9,
1406:13, 1406:14,
1406:19, 1407:24,
1408:1, 1410:15,
1412:2, 1412:11,
1413:3, 1413:4,
1413:7, 1413:12,
1413:20, 1414:16,
1414:17, 1415:16,
1415:18, 1415:25,
1416:10, 1416:14,
1417:11, 1417:13,
1417:19, 1417:21,
1418:3, 1418:20,
1419:23, 1420:12,
1421:19, 1421:21,
1422:4, 1422:19,
1422:23, 1423:2,
1423:21, 1425:11,
1426:2, 1426:7,
1427:23, 1428:1,
1428:4, 1428:6,
1428:19, 1429:18,
1431:9, 1432:24,
1433:17, 1436:4,
1438:16, 1439:6,
1439:8, 1440:25,
1441:4, 1441:7,
1443:4, 1444:15,
1446:16, 1447:23,
1449:6, 1449:8,

1449:21, 1450:5,
1450:15, 1450:17,
1451:10, 1452:14,
1452:15, 1453:11,
1454:2, 1454:8,
1454:9, 1454:18,
1454:23, 1456:17,
1456:19, 1456:23,
1457:2, 1457:15,
1458:3, 1458:19,
1458:23, 1458:25,
1459:10, 1459:22,
1459:24, 1460:19,
1461:13, 1463:4,
1464:19, 1465:19,
1466:21, 1468:24,
1468:25, 1469:11,
1469:23, 1470:10,
1470:25, 1471:13,
1471:19, 1472:1,
1472:17, 1473:18,
1473:19, 1473:24,
1474:1, 1475:7,
1475:21, 1475:23,
1476:10, 1476:12,
1476:15, 1476:18,
1476:23, 1477:4,
1477:7, 1477:11,
1477:21, 1478:20,
1479:7, 1479:20,
1479:21, 1480:10,
1482:2, 1482:14,
1484:3, 1484:6,
1485:9, 1486:10,
1486:22, 1486:23,
1487:6, 1487:11,
1487:25, 1488:1,
1488:10, 1488:18,
1489:11, 1489:14,
1492:4, 1492:5,
1494:22, 1495:2,
1495:3

**At** [1] - 1381:4
**attached** [1] -
1457:15
**attaching** [1] -
1368:11
**attachments** [2] -
1368:13, 1460:4
**attempt** [8] -
1392:10, 1470:8,
1476:9, 1477:12,
1479:8, 1479:14,
1482:17, 1482:23
**attempted** [1] -
1393:4
**attempting** [2] -
1436:11, 1475:23
**attempts** [1] -
1476:10

**attention** [6] -
1329:22, 1330:2,
1373:23, 1392:17,
1392:21, 1418:21
**ATTORNEY** [4] -
1312:3, 1312:4,
1312:9, 1312:11
**attributable** [1] -
1437:10
**audit** [1] - 1386:5
**August** [1] - 1323:21
**author** [2] - 1398:22,
1399:15
**authored** [2] -
1440:6, 1464:16
**auto** [2] - 1479:13,
1479:24
**availability** [1] -
1399:6
**available** [25] -
1319:3, 1331:1,
1350:8, 1368:24,
1386:14, 1389:22,
1399:5, 1400:9,
1401:13, 1425:16,
1427:1, 1428:17,
1428:19, 1428:20,
1429:6, 1429:19,
1434:5, 1458:8,
1459:11, 1462:25,
1463:4, 1463:8,
1472:5, 1472:11,
1495:15
**AVENUE** [5] -
1309:8, 1311:5,
1312:5, 1313:4,
1313:23
**avoid** [1] - 1375:12
**aware** [58] - 1319:6,
1352:9, 1352:13,
1355:8, 1363:24,
1363:25, 1364:20,
1364:23, 1365:5,
1365:7, 1365:8,
1365:9, 1365:11,
1365:12, 1369:19,
1369:22, 1369:25,
1370:5, 1370:10,
1371:8, 1371:9,
1374:13, 1378:20,
1378:21, 1380:18,
1380:21, 1387:19,
1387:20, 1387:21,
1388:4, 1388:10,
1388:11, 1388:13,
1388:21, 1388:23,
1390:3, 1403:15,
1403:19, 1423:19,
1424:9, 1427:25,
1428:2, 1428:4,

1428:13, 1429:1,
1436:3, 1436:7,
1436:9, 1436:12,
1455:19, 1455:23,
1456:24, 1457:2,
1457:3, 1463:23,
1464:11, 1481:24,
1482:10
**awareness** [1] -
1456:1
**away** [3] - 1394:12,
1394:15, 1422:7
**awful** [1] - 1442:10
**awhile** [1] - 1387:17

---

**B**

---

**B** [2] - 1314:17,
1371:18
**B-E-A** [1] - 1371:18
**back** [35] - 1317:6,
1319:18, 1321:20,
1334:5, 1338:16,
1341:17, 1347:13,
1358:16, 1359:24,
1360:4, 1361:15,
1361:25, 1369:1,
1380:23, 1390:4,
1395:15, 1401:18,
1406:2, 1408:21,
1410:10, 1415:15,
1420:5, 1422:8,
1434:13, 1439:7,
1440:8, 1446:23,
1448:18, 1452:11,
1469:8, 1469:10,
1484:19, 1492:19,
1493:20
**background** [1] -
1439:11
**backwards** [1] -
1389:5
**bad** [3] - 1441:24,
1442:1, 1466:4
**balance** [1] - 1459:6
**balanced** [1] -
1348:22
**Bankston** [4] -
1392:25, 1393:9,
1393:11, 1424:15
**Barbier** [4] -
1401:11, 1423:9,
1453:1, 1462:7
**BARBIER** [1] -
1308:21
**barrels** [4] - 1363:17,
1363:25, 1441:8,
1470:4
**barrier** [17] - 1376:4,

1403:15, 1403:20,
1403:23, 1404:1,
1404:18, 1405:15,
1418:23, 1447:20,
1447:25, 1454:25,
1455:5, 1455:6,
1455:9, 1455:12,
1490:22
**barriers** [9] - 1376:5,
1406:5, 1406:7,
1406:11, 1437:6,
1437:19, 1443:15,
1454:24, 1455:3
**based** [18] - 1326:15,
1362:16, 1380:5,
1387:3, 1396:3,
1397:10, 1399:4,
1414:23, 1417:15,
1426:12, 1438:17,
1438:20, 1438:22,
1450:9, 1458:8,
1473:16, 1494:3,
1495:8
**bases** [2] - 1330:20,
1331:2
**basic** [1] - 1482:19
**basically** [2] -
1408:5, 1474:6
**basis** [1] - 1393:24
**Bates** [1] - 1439:20
**bates** [1] - 1440:16
**BATON** [2] -
1310:15, 1312:12
**batteries** [2] -
1355:25, 1356:1
**be** [185] - 1317:25,
1318:5, 1318:19,
1318:21, 1319:9,
1319:17, 1320:21,
1322:9, 1324:20,
1327:23, 1330:6,
1332:12, 1332:22,
1333:17, 1334:4,
1334:9, 1335:15,
1336:12, 1336:13,
1338:4, 1338:20,
1339:2, 1339:6,
1339:13, 1339:17,
1342:2, 1342:9,
1347:21, 1348:5,
1349:21, 1352:25,
1353:20, 1354:15,
1356:3, 1356:13,
1357:15, 1361:23,
1362:3, 1363:3,
1364:19, 1365:7,
1366:4, 1366:14,
1366:25, 1367:2,
1367:21, 1369:14,
1373:4, 1373:21,

1377:12, 1378:21,
1379:9, 1379:11,
1380:20, 1381:19,
1383:4, 1385:14,
1387:21, 1390:18,
1391:15, 1391:21,
1391:24, 1392:12,
1393:8, 1393:19,
1394:8, 1395:9,
1395:13, 1397:1,
1397:6, 1398:21,
1400:8, 1400:12,
1402:2, 1402:18,
1403:2, 1403:10,
1403:15, 1403:19,
1404:6, 1412:20,
1414:24, 1415:2,
1416:21, 1416:23,
1417:17, 1419:13,
1419:20, 1420:3,
1420:22, 1420:23,
1420:24, 1421:11,
1422:5, 1423:14,
1425:6, 1425:18,
1427:1, 1427:13,
1428:10, 1430:20,
1430:24, 1431:11,
1432:8, 1432:13,
1432:17, 1434:5,
1434:6, 1435:14,
1435:19, 1435:22,
1436:2, 1436:7,
1437:17, 1438:12,
1438:13, 1438:14,
1438:19, 1439:25,
1441:24, 1442:1,
1442:6, 1442:19,
1443:5, 1443:7,
1444:16, 1445:20,
1448:10, 1448:22,
1449:12, 1449:24,
1452:13, 1452:19,
1453:24, 1455:4,
1455:6, 1455:9,
1456:6, 1456:20,
1458:12, 1459:17,
1461:14, 1462:5,
1462:16, 1462:21,
1463:12, 1463:16,
1465:20, 1466:6,
1468:11, 1472:7,
1472:13, 1473:24,
1474:14, 1475:4,
1475:6, 1475:20,
1476:5, 1476:7,
1477:17, 1478:17,
1481:24, 1482:10,
1483:5, 1483:7,
1483:11, 1483:13,
1483:15, 1483:18,
1484:10, 1487:11,

1490:21, 1490:24, 1491:1, 1491:5, 1491:8, 1491:13, 1494:25, 1495:9, 1495:14

**Bea** [1] - 1371:18

**Bea's** [1] - 1371:15

**BEACH** [1] - 1309:19

**bearing** [7] - 1446:5, 1462:20, 1462:22, 1464:8, 1464:18, 1465:1, 1491:2

**became** [4] - 1337:15, 1380:18, 1380:21, 1387:21

**because** [35] - 1319:14, 1319:21, 1343:4, 1346:4, 1351:24, 1353:12, 1363:21, 1386:10, 1388:16, 1394:11, 1395:14, 1403:3, 1416:11, 1416:13, 1416:21, 1419:16, 1420:19, 1435:4, 1435:6, 1435:20, 1436:6, 1436:16, 1436:17, 1442:1, 1445:25, 1446:19, 1447:3, 1447:12, 1448:15, 1449:11, 1456:9, 1461:3, 1469:4, 1469:7, 1474:17

**BECK** [26] - 1314:15, 1314:15, 1465:22, 1466:2, 1467:14, 1467:16, 1469:17, 1469:18, 1472:22, 1472:24, 1474:14, 1474:18, 1474:21, 1474:23, 1477:8, 1477:10, 1477:23, 1477:24, 1478:20, 1478:21, 1483:25, 1484:2, 1484:13, 1484:19, 1490:4, 1492:18

**beck** [1] - 1316:7

**Beck** [2] - 1465:21, 1474:13

**becomes** [2] - 1402:21, 1403:1

**been** [132] - 1319:17, 1319:24, 1319:25, 1320:1, 1322:16, 1322:21, 1324:11, 1327:6, 1328:21, 1331:5, 1334:12, 1340:18, 1341:16,

1341:18, 1341:24, 1343:5, 1343:25, 1345:20, 1345:23, 1350:8, 1353:19, 1354:16, 1355:6, 1357:14, 1360:7, 1360:12, 1370:10, 1374:4, 1375:14, 1379:17, 1383:12, 1384:5, 1384:21, 1385:25, 1386:5, 1387:7, 1387:17, 1396:9, 1397:25, 1398:1, 1398:13, 1398:21, 1409:2, 1409:3, 1409:5, 1409:6, 1410:2, 1411:20, 1413:18, 1414:9, 1415:3, 1415:4, 1415:16, 1415:18, 1416:14, 1417:15, 1419:9, 1419:14, 1420:13, 1420:18, 1426:12, 1427:18, 1429:15, 1429:18, 1429:19, 1433:13, 1435:10, 1436:15, 1437:19, 1437:22, 1438:7, 1441:1, 1441:4, 1441:8, 1442:8, 1442:13, 1443:4, 1447:4, 1447:25, 1448:15, 1451:9, 1451:15, 1451:16, 1453:13, 1455:1, 1455:7, 1455:8, 1455:14, 1455:21, 1456:10, 1457:1, 1457:20, 1458:15, 1460:16, 1463:23, 1464:9, 1465:2, 1465:4, 1465:20, 1466:3, 1466:23, 1467:4, 1469:2, 1469:4, 1471:19, 1473:11, 1474:3, 1475:18, 1475:24, 1477:1, 1477:20, 1479:13, 1479:25, 1480:20, 1484:3, 1484:4, 1485:4, 1488:6, 1488:7, 1488:8, 1489:5, 1489:16, 1489:18, 1489:19, 1490:5, 1494:22, 1495:2, 1495:3

**BEFORE** [1] - 1308:21

**before** [38] - 1317:7,

1325:17, 1334:18, 1343:17, 1349:13, 1356:8, 1357:15, 1371:16, 1375:3, 1375:7, 1377:12, 1379:18, 1382:18, 1384:17, 1386:20, 1386:23, 1399:13, 1403:22, 1405:3, 1406:21, 1414:17, 1415:12, 1434:6, 1438:9, 1442:11, 1450:14, 1453:15, 1453:22, 1453:24, 1457:22, 1460:2, 1469:19, 1470:25, 1471:1, 1481:2, 1483:1, 1493:20, 1495:25

**began** [10] - 1327:25, 1348:12, 1377:13, 1388:21, 1388:22, 1393:5, 1413:2, 1413:17, 1470:16, 1490:10

**begin** [2] - 1478:14, 1479:2

**beginning** [5] - 1319:25, 1346:18, 1362:4, 1399:3, 1422:9

**begun** [1] - 1413:12

**behalf** [3] - 1433:5, 1462:23

**behind** [2] - 1370:4, 1370:7

**being** [60] - 1319:15, 1331:11, 1335:24, 1336:2, 1338:24, 1340:3, 1340:11, 1342:7, 1343:2, 1345:1, 1372:9, 1372:12, 1372:22, 1377:14, 1385:1, 1393:9, 1393:13, 1398:13, 1398:14, 1400:23, 1403:22, 1412:15, 1413:2, 1414:2, 1414:5, 1414:11, 1414:13, 1415:25, 1417:15, 1420:5, 1426:19, 1427:24, 1428:20, 1434:2, 1435:10, 1436:2, 1441:21, 1446:6, 1446:19, 1451:10, 1453:8, 1453:10, 1453:15, 1454:11, 1454:13, 1454:25, 1456:8,

1456:12, 1460:7, 1465:3, 1465:9, 1467:2, 1471:6, 1475:11, 1476:2, 1479:24, 1480:9, 1488:5, 1488:6

**belief** [1] - 1476:19

**believe** [41] - 1320:19, 1321:25, 1323:25, 1325:11, 1328:16, 1330:25, 1332:15, 1333:22, 1337:20, 1352:11, 1353:24, 1363:20, 1364:19, 1371:19, 1375:17, 1376:18, 1380:24, 1386:2, 1392:19, 1402:7, 1404:7, 1412:12, 1419:15, 1421:25, 1425:15, 1427:7, 1429:6, 1438:16, 1438:24, 1447:22, 1449:2, 1449:3, 1453:16, 1459:21, 1462:24, 1463:20, 1468:6, 1477:1, 1477:4, 1483:11, 1483:15

**believed** [5] - 1402:2, 1412:13, 1416:24, 1422:22

**below** [19] - 1327:14, 1333:16, 1347:14, 1354:16, 1381:9, 1382:4, 1382:10, 1382:18, 1383:1, 1383:4, 1390:13, 1390:14, 1450:2, 1450:12, 1450:22, 1451:4, 1458:5, 1460:13, 1477:14

**BEN** [1] - 1311:24

**besides** [2] - 1353:16, 1367:7

**best** [6] - 1323:8, 1347:10, 1363:7, 1432:21, 1493:13, 1497:10

**better** [6] - 1352:11, 1353:19, 1356:1, 1383:12, 1394:13, 1483:16

**between** [32] - 1319:4, 1321:15, 1329:5, 1329:9, 1330:22, 1334:6, 1342:17, 1342:25, 1343:14, 1345:12, 1349:12, 1354:9,

1355:11, 1355:20, 1356:11, 1357:25, 1358:21, 1360:3, 1360:24, 1369:25, 1370:22, 1383:7, 1383:15, 1383:22, 1384:1, 1419:1, 1419:17, 1433:19, 1433:21, 1436:3, 1470:13, 1483:14

**beyond** [7] - 1351:16, 1390:15, 1451:18, 1454:22, 1459:23, 1492:20, 1492:22

**big** [4] - 1399:19, 1496:8, 1496:13, 1496:14

**bigger** [3] - 1352:19, 1352:22, 1352:25

**bit** [12] - 1320:9, 1352:12, 1356:8, 1398:20, 1401:19, 1401:20, 1403:18, 1406:21, 1439:7, 1443:16, 1455:13, 1455:25

**blame** [2] - 1375:11, 1375:12

**blaming** [2] - 1320:4, 1442:16

**bleed** [3] - 1325:8, 1362:15, 1362:24

**bleeding** [1] - 1424:14

**blind** [10] - 1387:10, 1387:25, 1388:4, 1388:11, 1479:9, 1479:15, 1479:21, 1480:3, 1480:7, 1480:19

**block** [2] - 1405:9, 1405:12

**blockage** [1] - 1489:11

**blocked** [1] - 1326:12

**blowing** [1] - 1471:9

**blowout** [31] - 1349:12, 1375:3, 1410:2, 1410:22, 1411:1, 1411:5, 1416:8, 1424:23, 1426:9, 1428:19, 1428:21, 1429:2, 1429:16, 1441:18, 1441:20, 1456:21, 1456:25, 1457:1, 1464:9, 1464:19, 1466:6, 1466:9,

1466:13, 1466:17, 1471:6, 1471:8, 1471:9, 1475:18, 1476:11, 1476:12

**BLY** [1] - 1316:3

**Bly** [26] - 1321:1, 1321:18, 1321:20, 1322:2, 1322:8, 1324:25, 1344:7, 1349:2, 1377:19, 1395:2, 1396:8, 1399:4, 1414:2, 1431:15, 1442:13, 1444:19, 1462:20, 1462:24, 1465:16, 1465:20, 1466:3, 1480:17, 1485:18, 1485:23, 1495:19, 1496:1

**Bly's** [7] - 1317:7, 1317:14, 1318:1, 1318:17, 1319:2, 1319:5, 1492:18

**board** [2] - 1392:11, 1464:25

**Bob** [3] - 1389:13, 1428:18, 1429:1

**BOCKIUS** [1] - 1315:6

**Bodek** [1] - 1368:11

**bond** [3] - 1371:1, 1371:22, 1382:15

**book** [1] - 1332:15

**BOP** [53] - 1324:22, 1326:5, 1386:3, 1386:5, 1386:7, 1386:10, 1386:19, 1387:2, 1387:12, 1408:4, 1411:21, 1449:21, 1459:11, 1467:2, 1467:10, 1468:8, 1468:23, 1469:5, 1470:9, 1470:17, 1470:20, 1470:23, 1471:1, 1471:14, 1471:17, 1471:22, 1476:11, 1477:2, 1477:5, 1477:12, 1477:14, 1477:25, 1478:6, 1478:9, 1478:13, 1478:25, 1479:1, 1479:9, 1480:8, 1480:15, 1480:18, 1481:6, 1481:9, 1481:24, 1482:3, 1482:9, 1482:10, 1483:1, 1483:12, 1483:17, 1483:21, 1484:10

**BOP's** [1] - 1391:16

**BOPs** [1] - 1402:9

**bore** [13] - 1341:19, 1341:20, 1363:5, 1387:19, 1388:13, 1439:13, 1472:1, 1476:17, 1476:21, 1476:25, 1477:3, 1477:13, 1477:18

**boss** [1] - 1374:3

**both** [7] - 1331:17, 1333:1, 1348:11, 1389:6, 1389:25, 1487:6, 1492:1

**bottled** [1] - 1447:22

**bottom** [27] - 1324:9, 1326:19, 1344:15, 1344:19, 1368:18, 1399:11, 1400:12, 1403:8, 1406:2, 1406:8, 1408:9, 1422:19, 1437:5, 1437:14, 1441:7, 1444:15, 1446:16, 1446:23, 1451:7, 1451:10, 1452:5, 1452:14, 1453:17, 1458:23, 1488:2, 1488:23

**bottoms** [12] - 1371:9, 1371:12, 1371:13, 1438:1, 1438:7, 1438:8, 1453:11, 1453:13, 1453:24, 1454:7, 1454:13

**bottoms-up** [5] - 1453:11, 1453:13, 1453:24, 1454:7, 1454:13

**bought** [2] - 1441:13, 1441:17

**BOULEVARD** [1] - 1310:18

**bound** [4] - 1332:7, 1332:15, 1332:18, 1332:20

**BOUNDS** [1] - 1309:10

**bow** [1] - 1390:13

**BOX** [4] - 1309:4, 1311:12, 1311:18, 1312:12

**BP** [141] - 1308:15, 1312:19, 1312:20, 1312:20, 1319:4, 1322:16, 1322:22, 1323:23, 1325:12, 1325:16, 1326:5, 1328:11, 1335:16,

1350:10, 1353:22, 1355:3, 1364:13, 1366:23, 1367:15, 1367:18, 1367:19, 1367:24, 1368:2, 1369:25, 1370:3, 1370:13, 1370:19, 1370:22, 1370:25, 1371:3, 1371:8, 1372:15, 1372:25, 1373:9, 1373:15, 1375:2, 1375:12, 1377:23, 1378:15, 1379:16, 1380:19, 1381:6, 1383:8, 1383:15, 1383:22, 1384:1, 1384:10, 1388:7, 1388:9, 1388:10, 1389:6, 1389:16, 1390:3, 1391:14, 1400:24, 1401:3, 1401:6, 1401:13, 1404:10, 1416:17, 1416:23, 1417:8, 1417:19, 1419:1, 1419:17, 1420:9, 1420:14, 1420:16, 1420:18, 1420:21, 1421:9, 1421:13, 1422:22, 1423:16, 1427:10, 1428:3, 1428:7, 1428:20, 1429:12, 1429:14, 1430:4, 1430:15, 1431:4, 1432:13, 1432:16, 1432:24, 1433:5, 1433:19, 1433:21, 1435:2, 1435:15, 1438:22, 1438:24, 1440:3, 1440:15, 1443:1, 1443:12, 1443:24, 1444:10, 1445:5, 1446:10, 1450:1, 1452:2, 1453:11, 1454:6, 1455:14, 1456:5, 1456:12, 1456:21, 1457:7, 1457:15, 1458:1, 1458:9, 1459:3, 1460:7, 1460:23, 1461:5, 1461:9, 1461:10, 1461:11, 1461:14, 1461:16, 1461:18, 1461:21, 1461:23, 1462:8, 1462:25, 1463:5, 1463:14, 1463:17, 1463:22, 1464:8, 1464:16, 1464:18, 1465:1,

1466:17, 1484:23, 1485:9

**BP's** [34] - 1320:1, 1320:2, 1323:8, 1324:4, 1347:20, 1347:22, 1365:2, 1366:3, 1372:5, 1378:3, 1378:20, 1379:5, 1382:7, 1391:17, 1392:2, 1392:9, 1392:13, 1392:17, 1416:14, 1420:12, 1428:1, 1430:19, 1433:18, 1434:25, 1445:8, 1445:12, 1448:8, 1448:12, 1450:11, 1452:12, 1453:23, 1463:1, 1486:16, 1486:21

**Brad** [1] - 1322:8

**BRAD** [1] - 1313:22

**BRANCH** [2] - 1311:4, 1311:15, 1311:22

**breach** [13] - 1448:23, 1448:24, 1449:5, 1449:10, 1449:22, 1450:2, 1450:9, 1450:12, 1450:20, 1450:22, 1450:23, 1451:4

**breaching** [1] - 1449:15

**break** [1] - 1437:12

**breakout** [2] - 1491:5, 1491:8

**BREIT** [2] - 1309:18, 1309:18

**BRENNAN** [1] - 1313:17

**Brett** [3] - 1373:19, 1457:15, 1458:12

**brevity** [1] - 1428:9

**Brian** [15] - 1316:5, 1322:8, 1373:20, 1389:13, 1400:23, 1417:7, 1417:11, 1418:4, 1425:8, 1430:19, 1489:4, 1493:2, 1494:10, 1494:16, 1494:21

**BRIAN** [104] - 1313:22, 1317:20, 1318:10, 1319:9, 1319:14, 1319:20, 1320:16, 1322:1, 1322:7, 1322:18, 1322:19, 1323:18, 1323:19, 1324:7,

1324:8, 1325:4, 1325:5, 1326:18, 1326:20, 1327:20, 1327:21, 1328:23, 1328:24, 1329:14, 1329:15, 1330:3, 1330:4, 1333:24, 1334:1, 1352:2, 1352:3, 1352:7, 1352:8, 1353:11, 1353:15, 1353:25, 1354:1, 1355:9, 1355:10, 1355:15, 1355:16, 1356:2, 1356:6, 1357:16, 1357:19, 1358:9, 1358:12, 1358:25, 1359:1, 1359:9, 1359:10, 1360:16, 1360:18, 1361:15, 1361:17, 1363:12, 1363:13, 1363:22, 1363:23, 1364:10, 1364:11, 1365:13, 1365:15, 1365:17, 1365:18, 1366:8, 1366:10, 1366:15, 1366:17, 1366:21, 1366:22, 1367:22, 1367:23, 1368:9, 1368:10, 1368:16, 1368:17, 1369:1, 1369:2, 1369:16, 1369:18, 1375:24, 1375:25, 1377:22, 1385:22, 1394:2, 1411:15, 1411:19, 1411:25, 1412:1, 1452:1, 1457:4, 1457:6, 1460:18, 1460:22, 1462:19, 1486:24, 1487:13, 1488:12, 1489:24, 1492:20, 1493:15, 1494:6, 1495:12

**brief** [3] - 1431:10, 1493:19, 1493:22

**briefed** [8] - 1332:3, 1334:18, 1338:25, 1339:15, 1340:3, 1340:11, 1341:14, 1492:22

**briefing** [3] - 1333:12, 1334:17, 1339:15

**briefings** [1] - 1493:20

**briefly** [4] - 1334:14, 1417:6, 1469:22, 1485:11

**bring** [12] - 1321:20, 1329:22, 1373:23, 1390:10, 1392:17, 1467:14, 1469:17, 1472:22, 1477:8, 1477:23, 1478:20, 1483:25
**bringing** [2] - 1392:20, 1496:2
**BROCK** [1] - 1313:3
**Brought** [1] - 1359:24
**brought** [6] - 1330:1, 1391:9, 1420:12, 1432:19, 1433:8, 1470:6
**BSR** [2] - 1387:8, 1387:10
**budget** [1] - 1370:4
**BUILDING** [2] - 1309:15, 1310:4
**bullet** [4] - 1327:5, 1327:14, 1489:23, 1490:6
**BURLING** [1] - 1313:3
**buster** [3] - 1392:3, 1392:6, 1392:11
**busy** [1] - 1426:4
**but** [166] - 1320:6, 1320:23, 1323:6, 1325:21, 1328:10, 1328:13, 1329:19, 1331:11, 1332:5, 1332:22, 1332:24, 1333:17, 1335:10, 1337:14, 1337:25, 1340:10, 1341:7, 1341:23, 1342:20, 1345:21, 1346:17, 1347:21, 1348:25, 1349:20, 1349:25, 1350:17, 1351:3, 1351:16, 1353:3, 1353:9, 1353:21, 1354:5, 1355:1, 1355:3, 1355:8, 1356:25, 1360:11, 1361:4, 1361:12, 1362:22, 1364:8, 1365:24, 1366:6, 1366:20, 1367:18, 1368:15, 1369:14, 1370:10, 1370:16, 1373:21, 1374:15, 1376:18, 1377:25, 1378:14, 1379:14, 1380:8, 1382:16, 1382:25, 1383:11, 1385:16, 1385:25,

1386:25, 1387:17, 1388:10, 1388:20, 1389:15, 1392:12, 1393:12, 1393:23, 1396:6, 1396:15, 1397:23, 1398:22, 1399:15, 1399:25, 1400:2, 1400:20, 1401:20, 1402:5, 1402:10, 1403:21, 1404:21, 1406:14, 1406:19, 1408:20, 1408:21, 1409:11, 1411:4, 1413:16, 1416:11, 1419:21, 1420:7, 1420:22, 1421:4, 1422:1, 1423:23, 1425:23, 1427:2, 1427:10, 1428:9, 1429:11, 1431:21, 1433:15, 1436:1, 1437:24, 1438:11, 1441:21, 1442:11, 1442:17, 1443:6, 1443:14, 1445:9, 1447:21, 1448:6, 1448:16, 1448:20, 1449:18, 1450:14, 1450:23, 1451:5, 1451:6, 1453:16, 1454:2, 1454:10, 1454:23, 1455:9, 1456:8, 1458:14, 1459:18, 1459:21, 1460:10, 1460:20, 1461:13, 1462:9, 1466:4, 1466:12, 1466:22, 1467:23, 1468:16, 1470:20, 1471:3, 1471:15, 1472:13, 1473:9, 1473:24, 1474:19, 1477:2, 1477:21, 1478:5, 1478:13, 1479:1, 1479:17, 1479:20, 1480:1, 1480:21, 1483:15, 1485:7, 1485:24, 1487:17, 1490:9, 1490:19, 1490:25, 1491:20, 1492:4, 1493:24, 1496:13
**BY** [119] - 1308:5, 1309:3, 1309:7, 1309:11, 1309:14, 1309:18, 1309:22, 1310:3, 1310:7, 1310:11, 1310:14, 1310:18, 1310:21, 1311:5, 1311:10,

1311:16, 1311:22, 1312:4, 1312:10, 1312:15, 1312:21, 1313:3, 1313:7, 1313:14, 1313:18, 1314:3, 1314:7, 1314:12, 1314:15, 1314:22, 1315:3, 1315:7, 1315:16, 1315:17, 1322:7, 1322:19, 1323:19, 1324:8, 1325:5, 1326:20, 1327:21, 1328:24, 1329:15, 1330:4, 1334:1, 1352:3, 1352:8, 1353:15, 1354:1, 1355:10, 1355:16, 1356:6, 1357:19, 1358:12, 1359:1, 1359:10, 1360:18, 1361:17, 1363:13, 1363:23, 1364:11, 1365:15, 1365:18, 1366:10, 1366:17, 1366:22, 1367:23, 1368:10, 1368:17, 1369:2, 1369:18, 1375:25, 1377:22, 1385:22, 1395:1, 1396:21, 1396:25, 1399:12, 1410:1, 1411:15, 1411:19, 1412:1, 1429:24, 1432:5, 1434:3, 1434:12, 1436:23, 1439:5, 1439:10, 1440:23, 1441:16, 1442:22, 1443:9, 1443:19, 1444:6, 1452:1, 1457:6, 1460:22, 1462:19, 1466:2, 1467:16, 1469:18, 1472:24, 1474:23, 1477:10, 1477:24, 1478:21, 1484:2, 1485:22, 1487:5, 1487:19, 1488:3, 1488:20, 1490:4, 1491:24, 1493:7, 1493:18, 1494:9
**by** [96] - 1316:5, 1316:6, 1316:7, 1316:8, 1317:18, 1320:2, 1322:21, 1329:10, 1329:16, 1331:8, 1334:5, 1337:10, 1338:25, 1339:7, 1340:16, 1341:14, 1342:4,

1344:12, 1348:11, 1359:16, 1362:18, 1362:23, 1366:11, 1367:15, 1370:8, 1370:18, 1374:6, 1377:6, 1379:10, 1379:17, 1383:11, 1389:17, 1389:21, 1398:13, 1398:14, 1400:9, 1400:23, 1401:4, 1403:12, 1406:1, 1412:15, 1412:16, 1414:4, 1414:8, 1415:25, 1418:3, 1419:7, 1420:17, 1420:21, 1422:16, 1426:13, 1427:24, 1428:1, 1434:2, 1435:3, 1436:15, 1437:11, 1437:20, 1437:25, 1438:6, 1441:25, 1448:16, 1448:20, 1450:24, 1453:17, 1455:15, 1455:22, 1457:20, 1459:11, 1460:1, 1461:14, 1461:16, 1463:8, 1464:1, 1464:6, 1464:7, 1466:15, 1468:2, 1468:8, 1470:3, 1470:8, 1470:19, 1470:23, 1471:8, 1471:17, 1476:10, 1477:3, 1477:12, 1481:9, 1481:16, 1485:25, 1489:13, 1492:18, 1494:16

## C

**C** [4] - 1310:3, 1313:3, 1315:3, 1315:8
**CA** [2] - 1311:6, 1313:24
**cabinet** [1] - 1350:1
**calculated** [2] - 1348:17, 1386:1
**calculating** [1] - 1414:15
**CALDWELL** [1] - 1312:10
**call** [10] - 1364:21, 1397:6, 1428:8, 1469:9, 1476:13, 1488:2, 1488:23, 1492:2, 1492:3, 1493:4

**called** [11] - 1332:7, 1334:13, 1349:2, 1354:6, 1358:16, 1405:13, 1405:15, 1426:25, 1432:20, 1491:9, 1494:10
**calling** [1] - 1488:12
**calls** [4] - 1358:15, 1486:24, 1487:13, 1489:24
**came** [20] - 1323:8, 1341:17, 1342:22, 1347:5, 1350:12, 1374:20, 1375:16, 1387:2, 1388:8, 1389:18, 1393:18, 1424:20, 1427:4, 1440:8, 1445:9, 1445:10, 1459:22, 1471:15, 1491:15, 1493:20
**Cameron** [2] - 1400:10, 1465:18
**CAMERON** [1] - 1314:11
**CAMP** [1] - 1312:16
**can** [82] - 1321:6, 1322:18, 1326:18, 1329:19, 1334:5, 1334:8, 1334:11, 1342:15, 1342:18, 1344:1, 1345:25, 1347:21, 1354:4, 1355:17, 1361:3, 1366:8, 1366:15, 1367:2, 1367:5, 1367:8, 1367:13, 1367:16, 1388:24, 1392:15, 1393:16, 1395:14, 1396:24, 1398:22, 1398:25, 1399:10, 1401:2, 1401:18, 1402:22, 1403:15, 1407:11, 1410:21, 1412:17, 1413:4, 1413:19, 1417:11, 1418:2, 1419:24, 1422:8, 1423:21, 1424:2, 1428:8, 1431:7, 1434:10, 1434:13, 1439:8, 1441:24, 1442:3, 1442:6, 1443:8, 1451:22, 1454:1, 1454:17, 1455:4, 1455:9, 1457:25, 1459:20, 1469:22, 1472:7, 1473:18, 1474:19, 1475:6, 1478:5,

1483:3, 1484:19,
1485:9, 1488:1,
1488:21, 1488:23,
1488:25, 1489:13,
1489:15, 1490:1,
1490:12, 1492:7,
1492:23

**can't** [58] - 1319:18,
1323:10, 1325:20,
1326:24, 1332:22,
1337:1, 1337:8,
1337:14, 1338:23,
1341:10, 1346:17,
1354:24, 1355:18,
1361:6, 1364:7,
1364:8, 1365:4,
1366:6, 1367:12,
1367:17, 1370:5,
1370:9, 1373:25,
1379:2, 1382:24,
1385:7, 1387:21,
1398:24, 1400:19,
1401:5, 1401:10,
1417:23, 1418:9,
1419:20, 1419:21,
1421:25, 1422:6,
1428:15, 1429:17,
1436:5, 1436:17,
1447:10, 1447:14,
1451:21, 1458:11,
1459:23, 1462:3,
1462:6, 1471:3,
1471:14, 1471:15,
1472:18, 1473:9,
1473:13, 1481:22,
1493:24, 1496:13

**cancel** [1] - 1370:25
**cannot** [4] - 1321:11,
1367:14, 1384:23,
1447:16
**cap** [2] - 1491:9,
1491:12
**capable** [2] -
1451:18, 1465:13
**captured** [4] -
1350:11, 1427:13,
1457:16, 1494:18
**careful** [1] - 1475:20
**carefully** [3] -
1454:10, 1454:18,
1454:23
**cares** [1] - 1373:21
**CARL** [1] - 1308:21
**CARONDELET** [2] -
1309:22, 1314:12
**CARRIE** [1] - 1313:7
**CASE** [2] - 1308:11,
1308:14
**case** [11] - 1319:5,
1320:1, 1320:13,

1355:7, 1355:8,
1372:6, 1376:13,
1391:21, 1410:3,
1456:20, 1461:23
**casing** [35] - 1403:2,
1403:5, 1403:10,
1406:8, 1406:14,
1407:19, 1407:24,
1408:7, 1408:13,
1424:14, 1439:13,
1445:6, 1445:11,
1446:23, 1448:8,
1448:18, 1449:5,
1449:8, 1449:9,
1449:11, 1449:14,
1449:15, 1449:23,
1450:7, 1450:12,
1450:20, 1450:22,
1451:3, 1451:4,
1451:10, 1452:18,
1453:14, 1460:2,
1491:20
**casing's** [1] -
1450:16
**casting** [1] - 1375:12
**catch** [1] - 1472:9
**causality** [1] -
1370:15
**cause** [6] - 1318:21,
1318:23, 1319:21,
1386:9, 1411:5,
1480:7
**caused** [5] -
1410:25, 1411:8,
1437:19, 1450:24,
1487:22
**causes** [1] - 1480:9
**causing** [1] - 1419:9
**CCR** [3] - 1315:12,
1497:7, 1497:15
**ceiling** [1] - 1480:19
**cement** [161] -
1371:1, 1371:22,
1373:22, 1376:1,
1376:4, 1376:9,
1376:12, 1376:15,
1376:20, 1377:6,
1377:11, 1377:14,
1377:23, 1378:21,
1379:10, 1379:18,
1379:23, 1379:24,
1380:2, 1380:5,
1381:14, 1382:10,
1382:13, 1382:15,
1382:18, 1382:23,
1383:2, 1383:8,
1383:16, 1383:18,
1384:6, 1384:7,
1384:11, 1384:12,
1384:16, 1384:20,

1395:20, 1395:23,
1396:9, 1403:12,
1403:15, 1403:19,
1403:22, 1403:25,
1404:6, 1404:11,
1404:17, 1404:18,
1405:13, 1405:25,
1406:1, 1406:10,
1409:16, 1412:19,
1412:20, 1413:2,
1414:16, 1415:3,
1415:16, 1415:22,
1416:2, 1416:3,
1416:4, 1417:1,
1417:15, 1417:19,
1418:5, 1418:16,
1418:23, 1419:3,
1419:4, 1419:7,
1419:16, 1422:9,
1424:14, 1431:4,
1431:12, 1432:8,
1432:21, 1433:4,
1433:11, 1434:6,
1434:21, 1435:2,
1435:13, 1437:3,
1437:6, 1437:10,
1437:11, 1437:12,
1437:13, 1437:18,
1437:20, 1437:25,
1438:6, 1438:9,
1438:18, 1440:3,
1440:11, 1440:15,
1441:3, 1441:13,
1441:17, 1441:19,
1441:24, 1441:25,
1442:1, 1442:4,
1445:21, 1447:3,
1447:20, 1447:24,
1448:9, 1448:13,
1448:14, 1448:20,
1452:16, 1452:25,
1453:1, 1453:3,
1453:10, 1453:14,
1453:17, 1453:22,
1453:24, 1454:6,
1454:15, 1454:25,
1455:2, 1455:4,
1455:20, 1455:22,
1456:6, 1456:7,
1456:13, 1456:17,
1456:19, 1458:6,
1460:7, 1460:25,
1461:9, 1462:1,
1463:2, 1463:12,
1463:18, 1465:3,
1465:9, 1465:11,
1465:14, 1491:4,
1491:7, 1491:9,
1491:10, 1491:11,
1491:12
**Cement** [7] - 1378:3,

1412:24, 1414:19,
1436:24, 1439:21,
1439:25, 1440:4
**Cementing** [2] -
1378:3, 1379:4
**cementing** [9] -
1378:8, 1378:10,
1378:14, 1379:18,
1381:5, 1382:1,
1432:16, 1433:7,
1453:10
**cements** [1] -
1432:24
**center** [4] - 1387:22,
1428:10, 1428:12,
1490:18
**CENTER** [1] -
1314:17
**centralizer** [2] -
1382:4, 1439:21
**centralizers** [15] -
1371:21, 1420:1,
1420:3, 1420:9,
1420:13, 1420:20,
1421:4, 1421:11,
1422:4, 1422:10,
1422:12, 1422:13,
1423:7, 1423:8,
1461:21
**CENTRE** [1] -
1313:14
**CERNICH** [1] -
1311:10
**certain** [4] - 1320:2,
1378:20, 1399:14,
1423:22
**certainly** [14] -
1347:24, 1363:20,
1375:9, 1393:22,
1401:11, 1404:21,
1404:22, 1415:11,
1419:6, 1423:22,
1445:15, 1469:11,
1471:19, 1480:22
**CERTIFICATE** [1] -
1497:5
**CERTIFIED** [1] -
1315:12
**certify** [1] - 1497:9
**CET** [1] - 1382:10
**cetera** [2] - 1405:21,
1450:8
**chain** [1] - 1370:16
**CHAKERES** [1] -
1311:12
**challenges** [2] -
1383:17, 1384:4
**chance** [1] -
1442:24, 1443:1,
1443:11, 1443:20

**CHANG** [1] - 1311:11
**change** [6] - 1328:7,
1328:11, 1353:3,
1355:25, 1385:14,
1491:23
**changed** [3] -
1325:16, 1409:13,
1410:7
**changes** [2] -
1325:23, 1374:5
**changing** [1] -
1345:20
**channel** [1] - 1390:4
**channelling** [3] -
1381:15, 1422:11,
1423:6
**characterized** [1] -
1336:21
**charged** [1] -
1495:10
**chart** [10] - 1331:7,
1349:8, 1350:15,
1351:7, 1356:12,
1362:1, 1371:15,
1494:11, 1495:1,
1495:4
**CHASE** [1] - 1314:4
**check** [5] - 1330:6,
1332:10, 1363:1,
1363:3, 1399:23
**checked** [3] -
1358:15, 1358:17,
1358:22
**CHICAGO** [1] -
1313:9
**choice** [1] - 1420:25
**choices** [2] -
1381:20, 1385:17
**choose** [2] -
1352:14, 1352:21
**chooses** [1] - 1442:7
**chose** [1] - 1370:19
**chosen** [1] - 1420:14
**chronological** [1] -
1332:13
**chronology** [1] -
1439:24
**circle** [1] - 1405:10
**circulate** [2] -
1317:21, 1454:21
**circulated** [1] -
1360:11
**circulation** [3] -
1326:3, 1326:7,
1371:9
**circumstances** [2] -
1409:14, 1410:7
**citation** [1] - 1378:18
**cited** [3] - 1417:23,
1480:16, 1486:4

citing [1] - 1378:16
CIVIL [3] - 1308:8, 1311:4, 1311:15
clarification [1] - 1395:13
clarify [1] - 1467:1
clarifying [1] - 1491:22
classified [1] - 1390:14
clean [3] - 1438:7, 1438:9, 1438:11
clear [14] - 1330:24, 1334:4, 1347:16, 1353:9, 1362:17, 1375:14, 1385:2, 1385:4, 1420:22, 1425:18, 1448:6, 1468:11, 1491:1
cleared [1] - 1396:20
CLERK [3] - 1355:24, 1394:5, 1495:24
client [11] - 1395:10, 1424:7, 1427:4, 1434:2, 1435:1, 1435:4, 1439:1, 1443:5, 1453:11, 1458:9, 1462:23
CLINGMAN [1] - 1313:18
clogged [1] - 1326:23
close [15] - 1331:10, 1392:3, 1394:17, 1462:16, 1470:9, 1470:23, 1471:9, 1471:16, 1471:22, 1475:3, 1476:9, 1476:11, 1477:12, 1479:9
closed [15] - 1324:21, 1324:22, 1327:6, 1387:22, 1467:2, 1467:4, 1467:5, 1467:9, 1467:11, 1467:21, 1476:21, 1476:25, 1479:17, 1488:8, 1489:19
closing [5] - 1329:10, 1468:8, 1472:5, 1472:7, 1472:16
closure [1] - 1478:17
coat [1] - 1356:5
Cocales [5] - 1373:19, 1375:21, 1417:13, 1457:15, 1458:12

Cocales' [1] - 1374:18
cold [1] - 1484:19
collar [15] - 1407:23, 1408:2, 1408:4, 1437:6, 1437:19, 1439:24, 1449:11, 1449:16, 1449:21, 1450:2, 1450:13, 1450:20, 1450:23, 1451:5, 1452:6
collect [1] - 1452:16
collecting [2] - 1332:4, 1452:20
column [3] - 1371:20, 1447:14, 1447:15
combination [1] - 1437:14
come [15] - 1319:19, 1320:7, 1345:23, 1374:6, 1387:13, 1392:8, 1396:8, 1396:10, 1397:22, 1406:2, 1438:1, 1446:9, 1446:18, 1487:9
comes [3] - 1351:10, 1358:14, 1446:4
coming [4] - 1416:7, 1426:22, 1471:7, 1471:11
COMMERCIAL [1] - 1311:22
commingling [1] - 1437:11
commission [2] - 1353:6, 1353:13
commissioned [1] - 1324:12
common [1] - 1348:3
commonly [1] - 1438:25
communicate [1] - 1368:23
communicated [1] - 1464:13
communicating [2] - 1389:4, 1440:15
communication [8] - 1383:5, 1383:7, 1383:12, 1383:15, 1383:22, 1384:1, 1419:17, 1451:2
communications [1] - 1436:3
companies [3] - 1389:25, 1400:9, 1436:11
COMPANY [1] -

1312:20
company [11] - 1400:24, 1432:20, 1434:5, 1442:6, 1458:8, 1486:17, 1486:22, 1487:6, 1487:16
compare [1] - 1481:3
compared [1] - 1399:22
compiling [1] - 1368:19
complained [1] - 1421:10
complaining [1] - 1435:7
COMPLAINT [1] - 1308:12
complaint [1] - 1435:8
complete [1] - 1468:20
completed [3] - 1366:25, 1417:15, 1434:6
completely [1] - 1485:17
Completion [1] - 1378:3
Completions [2] - 1368:3, 1412:5
comply [1] - 1462:10
components [1] - 1481:9
comprehensive [1] - 1342:12
comprehensively [1] - 1342:21
compression [1] - 1459:10
compressive [1] - 1459:14
compressor [1] - 1378:25
COMPUTER [1] - 1315:17
concern [4] - 1456:11, 1492:11, 1493:10, 1494:2
concerned [1] - 1396:9
concerns [2] - 1419:11, 1493:23
conclude [6] - 1377:5, 1407:1, 1421:6, 1473:7, 1473:11, 1476:20
concluded [1] - 1325:1, 1325:6, 1326:15, 1328:6,

1343:4, 1343:24, 1362:18, 1362:22, 1376:11, 1376:19, 1380:1, 1383:7, 1383:12, 1387:6, 1390:5, 1413:12, 1413:18, 1414:21, 1415:3, 1415:5, 1415:18, 1419:12, 1421:1, 1421:3, 1424:21, 1437:21, 1443:14, 1444:14, 1446:13, 1446:14, 1447:1, 1448:4, 1448:14, 1449:10, 1450:9, 1451:1, 1452:2, 1453:16, 1469:1, 1469:3, 1469:25, 1471:21, 1473:4, 1475:2, 1475:17, 1475:20, 1475:21, 1478:12, 1479:1, 1482:13
concluding [1] - 1391:5
conclusion [25] - 1326:25, 1330:6, 1330:20, 1331:3, 1377:9, 1383:10, 1385:3, 1390:24, 1406:15, 1417:25, 1444:18, 1445:14, 1446:11, 1449:18, 1451:6, 1476:1, 1476:16, 1476:17, 1479:20, 1488:10, 1488:15, 1488:19, 1490:16, 1490:19, 1491:15
conclusions [8] - 1330:17, 1342:22, 1374:20, 1398:6, 1399:7, 1475:7, 1475:21
condition [5] - 1469:9, 1469:10, 1480:8, 1480:15, 1480:22
condition) [1] - 1481:11
conditions [3] - 1463:1, 1472:4, 1472:16
conduct [2] - 1435:2, 1453:11
conducted [9] - 1324:1, 1324:21, 1331:22, 1346:20, 1363:1, 1367:24, 1406:22, 1489:12,

1492:1
conducting [10] - 1345:3, 1356:15, 1397:6, 1418:8, 1421:21, 1429:12, 1430:6, 1430:20, 1486:2, 1487:9
confirm [2] - 1442:3, 1455:11
confirmation [1] - 1419:3
confirmed [2] - 1379:16, 1455:1
confusing [1] - 1446:22
conjunction [2] - 1496:3, 1496:4
connected [4] - 1330:13, 1403:5, 1403:11, 1492:21
connection [5] - 1318:17, 1367:19, 1398:5, 1433:3, 1463:1
CONRAD [1] - 1310:7
consider [5] - 1373:9, 1385:24, 1386:3, 1454:21, 1461:12
considerable [1] - 1483:1
considered [11] - 1326:11, 1365:6, 1372:22, 1379:17, 1403:19, 1422:23, 1444:10, 1455:5, 1455:6, 1455:9, 1487:21
consistent [2] - 1328:4, 1377:20
consisting [1] - 1345:15
constituted [2] - 1345:6, 1426:19
constitutes [1] - 1426:15
consultant [1] - 1391:9
consulted [2] - 1344:4, 1345:9
consulting [2] - 1345:22, 1345:25
contain [2] - 1452:24, 1483:9
contained [2] - 1381:6, 1453:3
containing [1] - 1368:1
contains [1] -

1317:25

**contaminants** [1] - 1452:20

**contaminate** [1] - 1438:18

**contaminated** [3] - 1452:16, 1452:24, 1453:3

**contaminating** [1] - 1454:15

**contamination** [6] - 1377:4, 1437:10, 1437:20, 1437:25, 1438:6, 1438:14

**contemporaneous** [2] - 1363:24, 1367:8

**content** [1] - 1403:2

**contents** [1] - 1403:5

**context** [7] - 1337:9, 1347:15, 1375:9, 1382:25, 1385:1, 1431:18, 1477:9

**continue** [3] - 1359:16, 1359:23, 1374:10

**CONTINUED** [6] - 1310:1, 1311:1, 1312:1, 1313:1, 1314:1, 1315:1

**continued** [2] - 1492:12, 1493:11

**contract** [12] - 1322:16, 1322:22, 1378:20, 1379:1, 1433:18, 1433:19, 1434:1, 1434:9, 1435:14, 1436:1, 1436:6, 1436:18

**contractor** [2] - 1438:24, 1439:1

**contractors** [2] - 1383:23, 1384:1

**contradict** [1] - 1393:15

**contradicting** [1] - 1393:24

**contradiction** [1] - 1330:22

**contradictory** [3] - 1330:13, 1330:25, 1331:2

**contrary** [3] - 1321:1, 1321:4, 1327:10

**contributed** [2] - 1411:8, 1453:7

**Control** [1] - 1391:12

**control** [45] - 1324:23, 1362:20, 1366:4, 1366:24, 1367:1, 1369:10,

1369:12, 1391:3, 1401:22, 1402:2, 1402:3, 1402:7, 1402:11, 1402:13, 1402:18, 1405:20, 1408:19, 1409:22, 1410:4, 1410:16, 1410:18, 1410:22, 1410:23, 1410:25, 1411:4, 1411:5, 1411:9, 1412:5, 1412:9, 1415:18, 1415:20, 1415:21, 1416:1, 1416:7, 1416:8, 1416:11, 1443:20, 1468:8, 1471:18, 1481:6, 1482:4, 1483:8, 1486:2, 1486:7

**conversation** [12] - 1337:18, 1342:17, 1343:7, 1343:9, 1343:14, 1343:17, 1347:8, 1354:9, 1361:5, 1361:8, 1385:2, 1493:19

**convert** [1] - 1388:11

**converted** [1] - 1388:14

**cooperate** [3] - 1320:6, 1321:3, 1401:12

**copies** [1] - 1457:1

**coping** [1] - 1391:22

**copy** [4] - 1317:21, 1332:20, 1378:2, 1380:9

**COREY** [1] - 1312:4

**corner** [4] - 1333:4, 1338:3, 1457:25, 1460:12

**CORPORATE** [1] - 1310:8

**CORPORATION** [1] - 1314:11

**correct** [107] - 1322:16, 1322:17, 1323:2, 1323:3, 1323:5, 1323:25, 1326:23, 1327:9, 1328:16, 1331:18, 1331:20, 1333:13, 1336:20, 1340:23, 1341:3, 1343:16, 1344:6, 1344:23, 1346:11, 1346:14, 1348:19, 1349:16, 1350:4, 1350:10, 1354:23, 1358:18, 1363:19, 1363:20,

1365:4, 1365:20, 1371:21, 1376:25, 1381:11, 1383:6, 1387:9, 1389:11, 1395:20, 1396:4, 1396:11, 1397:2, 1397:3, 1397:13, 1398:2, 1398:6, 1398:16, 1404:2, 1404:6, 1404:7, 1405:15, 1405:23, 1405:24, 1409:18, 1409:19, 1413:25, 1415:7, 1416:15, 1416:16, 1430:17, 1435:19, 1435:23, 1444:16, 1446:1, 1447:20, 1448:10, 1449:3, 1455:7, 1460:8, 1461:22, 1466:10, 1466:11, 1466:16, 1466:18, 1467:4, 1467:21, 1468:13, 1469:6, 1469:7, 1469:23, 1470:1, 1470:2, 1470:5, 1470:14, 1470:15, 1470:21, 1471:2, 1471:18, 1472:17, 1474:8, 1475:5, 1475:15, 1475:19, 1476:11, 1477:16, 1478:9, 1479:3, 1479:16, 1479:23, 1481:21, 1483:18, 1489:2, 1489:7, 1489:8, 1490:20, 1491:2, 1491:12, 1491:21, 1497:9

**corrected** [1] - 1348:24

**corrective** [1] - 1369:4

**correctly** [34] - 1324:12, 1324:23, 1327:6, 1330:15, 1354:19, 1367:3, 1374:7, 1374:8, 1374:11, 1376:6, 1377:16, 1391:25, 1397:7, 1399:8, 1400:18, 1401:24, 1404:12, 1404:15, 1404:19, 1409:2, 1409:5, 1409:8, 1411:20, 1412:6, 1414:8, 1422:14, 1424:16, 1434:18, 1434:23, 1437:15, 1451:9, 1455:8,

1488:7, 1489:19

**Corser** [15] - 1331:14, 1338:2, 1338:8, 1338:22, 1340:21, 1342:4, 1344:13, 1344:22, 1345:3, 1345:15, 1347:1, 1357:20, 1454:1, 1454:4, 1492:24

**Corser's** [1] - 1433:13

**cost** [2] - 1372:10, 1372:23

**could** [68] - 1318:20, 1319:10, 1330:24, 1335:12, 1336:12, 1347:10, 1350:7, 1352:18, 1358:14, 1380:11, 1380:15, 1380:20, 1383:12, 1384:14, 1390:10, 1390:16, 1393:19, 1394:16, 1402:13, 1402:16, 1403:3, 1405:8, 1409:2, 1409:6, 1410:7, 1419:9, 1420:13, 1420:17, 1420:18, 1425:16, 1426:18, 1427:9, 1427:13, 1430:15, 1435:2, 1435:4, 1435:18, 1435:24, 1437:19, 1437:21, 1438:13, 1438:14, 1446:19, 1446:21, 1447:19, 1449:23, 1451:4, 1452:11, 1453:7, 1454:14, 1456:20, 1465:8, 1465:11, 1465:20, 1474:3, 1475:13, 1475:24, 1480:10, 1480:19, 1480:22, 1485:8, 1490:8, 1493:13, 1495:6

**couldn't** [16] - 1355:18, 1393:7, 1394:10, 1394:15, 1420:23, 1435:21, 1437:23, 1437:24, 1446:21, 1446:25, 1447:1, 1447:23, 1448:15, 1449:21, 1453:7, 1465:12

**counsel** [3] - 1486:1, 1486:23, 1495:25

**couple** [12] - 1320:23, 1325:19,

1325:21, 1331:25, 1339:25, 1342:14, 1371:3, 1397:4, 1426:16, 1449:14, 1451:15, 1485:24

**Coupled** [1] - 1330:8

**course** [28] - 1323:14, 1324:15, 1326:12, 1327:24, 1328:10, 1335:9, 1341:17, 1345:2, 1346:19, 1366:12, 1370:3, 1370:12, 1371:25, 1373:24, 1374:13, 1378:13, 1380:18, 1382:21, 1384:14, 1392:16, 1398:3, 1431:16, 1440:5, 1440:25, 1441:18, 1486:2, 1486:5, 1487:9

**COURT** [93] - 1308:1, 1315:12, 1317:5, 1317:6, 1317:11, 1317:15, 1317:18, 1317:21, 1318:3, 1318:7, 1318:9, 1318:11, 1319:6, 1319:12, 1319:16, 1319:24, 1320:11, 1320:13, 1320:21, 1320:25, 1321:6, 1321:13, 1321:18, 1321:20, 1321:24, 1322:2, 1322:5, 1353:14, 1355:23, 1355:25, 1356:3, 1375:23, 1377:17, 1377:21, 1385:21, 1394:3, 1394:7, 1394:8, 1394:20, 1394:24, 1396:18, 1409:23, 1411:7, 1411:12, 1411:17, 1411:23, 1431:19, 1431:24, 1432:3, 1436:22, 1442:10, 1442:16, 1442:21, 1443:8, 1451:11, 1451:13, 1451:17, 1451:24, 1462:14, 1462:17, 1465:18, 1465:25, 1474:13, 1474:15, 1474:19, 1484:15, 1484:17, 1484:21, 1485:1, 1485:4, 1485:9, 1485:12, 1485:15, 1485:18, 1487:3, 1487:15, 1488:14, 1490:1, 1491:18,

1491:20, 1492:14, 1492:17, 1493:1, 1493:5, 1493:16, 1494:7, 1495:13, 1495:19, 1495:21, 1495:25, 1496:7, 1496:9, 1496:15

**Court** [13] - 1317:10, 1317:24, 1318:18, 1320:18, 1343:21, 1347:1, 1394:22, 1466:9, 1468:25, 1475:10, 1497:7, 1497:8, 1497:16

**court** [4] - 1434:21, 1435:5, 1436:16, 1442:17

**court's** [1] - 1321:22

**courtroom** [1] - 1496:12

**coverage** [1] - 1465:9

**covered** [3] - 1342:20, 1434:1, 1442:9

**covering** [1] - 1425:8

**COVINGTON** [1] - 1313:3

**cracks** [1] - 1326:8

**CRAFT** [1] - 1310:3

**created** [2] - 1447:20, 1478:1

**crew** [44] - 1323:15, 1324:10, 1324:11, 1324:18, 1324:21, 1327:7, 1327:25, 1328:18, 1329:10, 1330:12, 1338:9, 1341:6, 1344:3, 1345:6, 1354:16, 1356:14, 1357:3, 1361:20, 1362:7, 1362:18, 1362:22, 1363:1, 1367:6, 1369:5, 1371:5, 1384:17, 1384:22, 1385:9, 1391:1, 1393:4, 1424:12, 1424:24, 1425:3, 1425:4, 1425:5, 1426:1, 1440:14, 1468:7, 1476:11, 1489:20, 1494:17, 1494:22, 1495:2

**crew's** [2] - 1328:4, 1364:22

**criteria** [1] - 1325:9

**critical** [12] - 1325:7, 1367:6, 1367:9, 1367:15, 1367:19,

1378:7, 1378:9, 1383:25, 1404:24, 1406:16, 1440:17, 1440:20

**Critical** [1] - 1442:23

**CROSS** [3] - 1322:6, 1394:25, 1466:1

**Cross** [3] - 1316:5, 1316:6, 1316:7

**cross** [1] - 1322:9

**Cross-Examination** [3] - 1316:5, 1316:6, 1316:7

**CROSS-EXAMINATION** [3] - 1322:6, 1394:25, 1466:1

**cross-examination** [1] - 1322:9

**crossover** [2] - 1448:23

**CRR** [2] - 1315:12, 1497:15

**crush** [1] - 1459:14

**CSI** [3] - 1432:20, 1433:8, 1435:3

**cumulative** [1] - 1489:25

**CUNNINGHAM** [2] - 1309:10, 1309:11

**Cunningham** [5] - 1432:25, 1433:3, 1433:5, 1460:1, 1460:6

**cut** [7] - 1355:22, 1475:25, 1479:24, 1480:24, 1481:1, 1489:10, 1489:17

**cutting** [1] - 1490:11

# D

**D** [12] - 1312:10, 1313:22, 1316:1, 1331:7, 1333:10, 1340:7, 1344:7, 1360:17, 1456:11, 1458:19, 1460:14, 1477:8

**D&C** [1] - 1412:5

**D-AIR** [3] - 1456:11, 1458:19, 1460:14

**D5** [1] - 1324:21

**daily** [2] - 1331:24, 1332:3

**DALLAS** [1] - 1314:24

**damage** [4] - 1444:25, 1449:12,

1476:5, 1480:19

**Damon** [3] - 1392:25, 1393:9, 1424:15

**DANIEL** [1] - 1311:22

**Daryl** [3] - 1431:1, 1431:9, 1431:12

**data** [55] - 1331:19, 1332:4, 1336:2, 1336:6, 1350:8, 1350:10, 1350:24, 1351:5, 1351:10, 1351:20, 1351:24, 1352:10, 1353:10, 1353:17, 1353:22, 1354:22, 1355:4, 1362:16, 1368:24, 1379:10, 1426:9, 1426:12, 1426:13, 1426:15, 1426:19, 1426:20, 1426:22, 1426:25, 1427:7, 1427:10, 1427:14, 1427:17, 1427:22, 1428:17, 1428:23, 1428:24, 1429:13, 1429:16, 1429:18, 1462:1, 1462:9, 1477:20, 1477:21, 1486:5, 1486:6, 1486:13, 1486:18, 1486:23, 1487:11, 1494:13, 1494:17, 1495:11

**date** [7] - 1333:3, 1334:6, 1367:2, 1396:22, 1413:1, 1458:1, 1458:2

**dated** [3] - 1337:22, 1373:20, 1459:25

**dates** [1] - 1380:22

**DAUPHIN** [1] - 1309:11

**Dave** [1] - 1324:2

**DAVID** [2] - 1314:15, 1314:16

**David** [3] - 1374:3, 1374:4, 1389:13

**DAY** [1] - 1308:19

**day** [21] - 1333:13, 1338:9, 1338:21, 1338:23, 1342:4, 1354:16, 1381:4, 1388:24, 1389:16, 1392:25, 1396:12, 1398:10, 1404:23, 1406:9, 1416:6, 1418:3, 1423:13, 1444:23, 1449:4, 1461:13, 1486:9

**days** [9] - 1324:19,

1333:24, 1369:19, 1374:4, 1375:3, 1386:20, 1389:4, 1397:5, 1456:25

**DC** [4] - 1311:13, 1311:19, 1311:24, 1313:4

**deal** [1] - 1391:23

**dealing** [6] - 1419:25, 1434:14, 1434:16, 1458:5, 1459:15, 1466:24

**deals** [1] - 1439:20

**DEANNA** [1] - 1311:11

**debriefed** [2] - 1342:8, 1344:9

**debriefing** [2] - 1339:7, 1339:21

**December** [2] - 1318:22, 1379:5

**decide** [2] - 1342:10, 1461:18

**decided** [5] - 1370:25, 1371:9, 1387:1, 1387:3, 1448:7

**decision** [7] - 1370:22, 1371:14, 1372:5, 1388:7, 1416:17, 1438:22, 1461:14

**decisions** [8] - 1370:13, 1370:16, 1371:20, 1372:1, 1372:9, 1372:17, 1373:1, 1439:12

**decisively** [1] - 1368:23

**deck** [2] - 1390:13

**decks** [1] - 1390:14

**decrease** [1] - 1468:8

**deemed** [1] - 1430:16

**deep** [1] - 1385:23

**Deep** [1] - 1391:12

**deepwater** [1] - 1379:4

**DEEPWATER** [3] - 1308:5, 1313:12, 1313:13

**Deepwater** [16] - 1322:10, 1322:15, 1322:21, 1323:4, 1323:24, 1324:10, 1325:17, 1363:9, 1366:13, 1369:20, 1384:5, 1392:22, 1401:23, 1439:12,

1477:11, 1477:15

**defend** [1] - 1443:5

**defining** [1] - 1402:1

**definitely** [2] - 1411:24, 1448:6

**definition** [1] - 1471:5

**definitive** [2] - 1390:23, 1410:6

**definitively** [1] - 1437:24

**defoamer** [1] - 1456:14

**defoamers** [1] - 1380:15

**DEGRAVELLES** [2] - 1310:14, 1310:14

**delay** [1] - 1483:4

**DELEMARRE** [1] - 1311:16

**demonstrated** [2] - 1331:4, 1379:10

**demonstrating** [1] - 1495:5

**DEMONSTRATING)** [2] - 1496:8, 1496:14

**demonstrative** [6] - 1340:7, 1344:7, 1360:14, 1452:11, 1477:9, 1477:11

**denied** [2] - 1401:3, 1401:8

**DENISE** [1] - 1315:7

**dense** [7] - 1445:18, 1445:21, 1445:23, 1445:25, 1446:6, 1447:3

**denser** [1] - 1446:1

**density** [3] - 1446:20, 1447:7, 1459:6

**dep** [1] - 1493:25

**dep's** [1] - 1355:6

**Department** [1] - 1409:1

**DEPARTMENT** [4] - 1311:4, 1311:8, 1311:15, 1311:21

**depend** [1] - 1385:1

**depict** [1] - 1352:14

**depicted** [3] - 1349:24, 1351:10, 1356:11

**depiction** [3] - 1353:5, 1353:9, 1360:19

**depicts** [2] - 1356:7, 1362:2

**deposition** [13] - 1365:6, 1365:9,

1377:1, 1395:4,
1421:16, 1421:17,
1431:8, 1431:15,
1431:17, 1431:25,
1442:18, 1483:25,
1484:6
  **depositions** [2] -
1421:18, 1442:19
  **depth** [1] - 1463:9
  **DEPUTY** [3] -
1355:24, 1394:5,
1495:24
  **derrick** [2] - 1471:2,
1471:4
  **described** [4] -
1385:24, 1403:17,
1406:6, 1425:4
  **description** [2] -
1481:6, 1489:6
  **design** [13] -
1383:18, 1395:20,
1419:2, 1433:4,
1437:10, 1456:7,
1456:13, 1458:6,
1460:14, 1461:1,
1463:2, 1463:12,
1463:18
  **designated** [1] -
1423:18
  **designed** [2] -
1377:6, 1482:4
  **designs** [1] -
1455:22
  **desk** [1] - 1332:6
  **despite** [1] - 1330:12
  **detail** [13] - 1352:12,
1358:8, 1358:24,
1371:13, 1420:2,
1423:1, 1428:16,
1453:16, 1454:22,
1456:23, 1467:1,
1472:13, 1473:13
  **detailed** [3] - 1325:8,
1396:6, 1473:6
  **details** [3] - 1419:22,
1451:20, 1459:17
  **detected** [4] -
1357:24, 1362:22,
1391:15, 1450:20
  **determination** [1] -
1490:9
  **determinations** [1] -
1427:18
  **determine** [16] -
1387:7, 1403:25,
1404:1, 1404:17,
1404:18, 1407:14,
1408:6, 1423:17,
1433:9, 1442:5,
1442:24, 1443:1,

1443:12, 1472:15,
1486:5
  **determined** [3] -
1408:19, 1441:25,
1470:8
  **develop** [1] -
1396:15
  **DEXTER** [1] - 1312:5
  **diagram** [1] -
1491:13
  **did** [313] - 1319:1,
1319:21, 1319:22,
1320:17, 1320:18,
1322:11, 1322:15,
1322:20, 1323:4,
1323:14, 1324:12,
1324:23, 1325:1,
1325:3, 1325:6,
1325:7, 1325:8,
1325:10, 1325:15,
1326:11, 1327:1,
1327:2, 1327:4,
1327:10, 1327:12,
1327:24, 1328:25,
1329:21, 1330:14,
1330:16, 1330:21,
1331:21, 1331:23,
1332:13, 1332:15,
1333:18, 1334:14,
1334:15, 1334:16,
1335:16, 1335:18,
1337:4, 1341:12,
1341:22, 1341:23,
1342:10, 1342:21,
1342:24, 1342:25,
1343:8, 1344:2,
1344:5, 1346:16,
1346:21, 1346:23,
1347:7, 1348:14,
1350:20, 1351:5,
1351:7, 1352:4,
1352:6, 1353:17,
1354:18, 1354:20,
1355:23, 1357:10,
1357:25, 1358:3,
1358:17, 1358:20,
1358:22, 1361:13,
1362:23, 1364:3,
1364:4, 1364:5,
1364:8, 1364:15,
1365:19, 1365:22,
1366:19, 1367:3,
1367:4, 1368:4,
1368:24, 1369:6,
1369:14, 1369:20,
1369:25, 1370:3,
1370:12, 1370:14,
1370:19, 1371:23,
1372:1, 1372:5,
1372:7, 1372:14,

1372:16, 1372:25,
1373:1, 1373:4,
1373:8, 1373:10,
1373:15, 1373:17,
1373:23, 1374:7,
1374:11, 1374:12,
1374:23, 1375:1,
1375:4, 1375:17,
1375:19, 1375:21,
1376:4, 1376:5,
1376:6, 1376:12,
1376:19, 1377:4,
1377:16, 1378:15,
1378:17, 1379:19,
1379:24, 1380:6,
1380:13, 1380:16,
1380:21, 1381:15,
1382:5, 1382:6,
1383:7, 1384:20,
1385:11, 1387:8,
1387:12, 1387:13,
1387:14, 1387:15,
1388:15, 1389:3,
1389:4, 1389:16,
1389:17, 1389:22,
1389:23, 1390:2,
1390:16, 1390:21,
1390:24, 1391:24,
1392:1, 1392:17,
1393:21, 1395:4,
1395:5, 1395:24,
1395:25, 1396:3,
1396:15, 1397:7,
1397:8, 1397:14,
1397:17, 1398:7,
1398:8, 1398:22,
1399:7, 1399:9,
1399:14, 1399:15,
1399:18, 1400:5,
1400:6, 1400:17,
1401:12, 1401:13,
1401:24, 1401:25,
1407:1, 1407:3,
1409:8, 1412:6,
1412:7, 1412:12,
1416:23, 1417:22,
1418:6, 1418:7,
1418:11, 1418:13,
1418:14, 1419:11,
1421:2, 1421:5,
1421:8, 1421:19,
1421:22, 1421:25,
1422:2, 1422:5,
1422:14, 1422:15,
1422:16, 1423:16,
1424:15, 1424:19,
1425:9, 1426:9,
1426:11, 1427:15,
1427:16, 1429:11,
1429:14, 1431:22,
1432:6, 1432:8,

1433:2, 1433:9,
1433:11, 1434:18,
1434:22, 1434:24,
1435:5, 1436:14,
1437:15, 1437:16,
1440:10, 1441:5,
1441:9, 1442:25,
1443:10, 1443:14,
1445:8, 1445:16,
1445:17, 1450:1,
1450:4, 1450:5,
1450:11, 1450:13,
1453:2, 1453:11,
1453:23, 1454:4,
1454:12, 1454:18,
1456:11, 1456:19,
1456:23, 1458:9,
1458:13, 1458:14,
1460:23, 1460:24,
1461:1, 1461:3,
1461:6, 1461:10,
1461:19, 1461:24,
1462:2, 1463:22,
1463:24, 1464:4,
1464:7, 1464:10,
1464:18, 1466:14,
1466:19, 1468:4,
1468:15, 1469:12,
1469:13, 1469:15,
1469:16, 1470:10,
1471:23, 1472:15,
1473:7, 1473:11,
1476:15, 1476:20,
1476:23, 1480:3,
1480:20, 1484:21,
1484:22, 1486:1,
1486:5, 1487:8,
1487:9, 1488:4,
1488:10, 1488:15,
1490:5, 1490:22,
1493:19, 1493:22,
1495:1
  **didn't** [82] - 1323:9,
1323:12, 1323:16,
1326:13, 1329:24,
1335:8, 1337:13,
1342:20, 1343:8,
1347:11, 1347:15,
1348:24, 1349:9,
1350:20, 1350:23,
1353:6, 1353:23,
1357:4, 1357:13,
1361:9, 1361:21,
1362:7, 1364:4,
1367:11, 1370:16,
1370:20, 1370:23,
1371:3, 1371:4,
1373:3, 1374:21,
1375:7, 1375:18,
1375:20, 1375:21,
1377:7, 1378:17,

1381:10, 1383:9,
1383:19, 1384:11,
1384:20, 1386:25,
1387:16, 1387:18,
1388:16, 1390:23,
1390:25, 1393:21,
1393:22, 1398:4,
1398:8, 1401:11,
1404:11, 1412:10,
1421:5, 1421:18,
1424:18, 1431:21,
1432:9, 1435:1,
1435:8, 1435:9,
1444:24, 1449:10,
1449:12, 1449:13,
1449:14, 1451:1,
1453:18, 1454:1,
1454:2, 1457:9,
1461:8, 1464:1,
1465:10, 1489:17,
1490:9
  **difference** [3] -
1320:11, 1403:3,
1483:14
  **different** [20] -
1320:9, 1325:19,
1325:22, 1351:14,
1351:22, 1362:19,
1363:8, 1366:2,
1375:24, 1388:13,
1404:24, 1421:7,
1425:9, 1427:23,
1444:1, 1449:14,
1474:20, 1490:12,
1494:24
  **differential** [2] -
1447:6, 1447:7
  **differentials** [1] -
1490:25
  **difficult** [3] -
1386:15, 1405:7,
1475:6
  **difficulties** [1] -
1380:12
  **digesting** [1] -
1366:20
  **DIMS** [1] - 1460:2
  **direct** [6] - 1317:14,
1392:3, 1418:21,
1464:24, 1485:16,
1488:21
  **directed** [2] - 1327:7,
1489:20
  **direction** [1] -
1416:14
  **directly** [2] -
1341:19, 1341:20
  **disagree** [1] - 1479:5
  **disagrees** [1] -
1420:20

disclose [1] - 1462:25
disclosed [5] - 1318:14, 1318:24, 1319:17, 1319:19, 1463:23
discovered [2] - 1349:12, 1367:6
discovery [4] - 1334:21, 1335:1, 1335:2, 1335:4
discrepancy [8] - 1329:1, 1329:4, 1329:5, 1335:5, 1336:10, 1342:17, 1342:25, 1345:11
discussed [12] - 1334:22, 1337:18, 1340:12, 1342:25, 1385:1, 1426:8, 1454:12, 1454:15, 1466:20, 1482:13, 1486:14, 1493:20
discussing [3] - 1362:23, 1416:22, 1489:1
discussion [19] - 1323:7, 1324:20, 1326:6, 1328:20, 1329:9, 1343:4, 1343:13, 1343:23, 1348:10, 1362:10, 1362:11, 1363:8, 1373:12, 1382:22, 1388:3, 1417:24, 1440:14, 1455:16, 1467:8
discussions [5] - 1325:21, 1328:14, 1337:11, 1375:10, 1494:3
dismissed [1] - 1493:9
Dispersants [1] - 1380:15
dispersing [1] - 1477:15
dispersion [3] - 1390:11, 1391:8, 1391:9
displace [3] - 1360:25, 1361:9, 1384:17
displaced [2] - 1414:2, 1414:5
displacement [16] - 1359:17, 1359:22, 1360:4, 1413:17, 1413:21, 1413:22, 1413:25, 1414:11,

1415:5, 1415:8, 1415:12, 1416:13, 1416:18, 1416:22, 1428:13, 1428:25
displacements [1] - 1438:4
displacing [1] - 1359:23
display [2] - 1319:12, 1425:11
displayed [3] - 1319:10, 1351:6, 1495:8
displays [1] - 1350:16
dispute [1] - 1479:19
disputing [1] - 1385:16
distinction [1] - 1476:22
distort [1] - 1352:21
distorting [1] - 1352:16
distracted [3] - 1424:12, 1424:23, 1426:1
distributed [1] - 1368:2
District [2] - 1497:8
DISTRICT [3] - 1308:1, 1308:2, 1308:22
divert [2] - 1392:12, 1393:4
diverted [3] - 1391:2, 1393:10, 1393:14
diverter [4] - 1324:19, 1324:21, 1391:7, 1392:3
diverting [1] - 1392:18
DIVISION [3] - 1311:4, 1311:9, 1311:15
DNV [1] - 1387:15
DOCUMENT [5] - 1308:10, 1333:15, 1339:17, 1413:5, 1488:19
document [32] - 1318:24, 1319:10, 1319:11, 1319:14, 1319:18, 1320:7, 1329:23, 1339:8, 1340:16, 1366:2, 1367:5, 1367:8, 1367:9, 1367:15, 1368:1, 1368:6, 1371:16, 1374:9, 1379:2, 1379:13,

1391:20, 1392:14, 1392:20, 1430:23, 1434:1, 1458:7, 1459:4, 1459:5, 1459:9, 1460:19, 1460:20, 1469:19
document's [1] - 1458:4
documentation [1] - 1390:1
documented [4] - 1366:4, 1366:25, 1369:4, 1430:24
DOCUMENTS [1] - 1334:9
documents [15] - 1318:14, 1318:16, 1318:18, 1318:20, 1318:25, 1319:1, 1319:2, 1319:16, 1319:17, 1320:13, 1320:14, 1320:19, 1320:21, 1367:12, 1459:22
Does [1] - 1335:16
does [29] - 1333:22, 1335:23, 1377:23, 1382:7, 1382:9, 1402:10, 1407:9, 1407:13, 1407:22, 1408:1, 1408:8, 1413:3, 1413:15, 1420:21, 1440:3, 1441:18, 1441:20, 1452:20, 1458:7, 1459:19, 1460:4, 1463:5, 1470:25, 1472:6, 1475:8, 1484:15, 1485:9, 1496:15
doesn't [18] - 1319:19, 1320:4, 1320:7, 1335:22, 1337:9, 1351:3, 1351:24, 1359:17, 1360:22, 1366:5, 1385:14, 1387:10, 1422:21, 1438:11, 1476:1, 1483:5, 1483:7, 1491:10
doing [10] - 1322:9, 1328:18, 1329:5, 1356:17, 1371:7, 1373:8, 1397:24, 1406:13, 1431:20, 1472:18
dollars [2] - 1370:8, 1371:3
DOMENGEAUX [1] - 1309:3

DOMINION [1] - 1310:4
dominoes [1] - 1409:15
DON [1] - 1312:21
don [2] - 1354:6, 1354:17
Don [14] - 1334:17, 1338:9, 1340:12, 1341:10, 1347:16, 1354:10, 1354:22, 1358:9, 1359:3, 1385:7, 1385:10, 1389:13, 1428:18, 1429:1
don't [190] - 1319:12, 1323:6, 1325:24, 1327:18, 1328:13, 1329:19, 1330:1, 1331:10, 1334:25, 1335:19, 1339:23, 1340:6, 1340:18, 1340:19, 1341:18, 1342:5, 1342:11, 1343:2, 1345:18, 1346:5, 1348:25, 1349:25, 1350:1, 1350:7, 1350:16, 1350:17, 1350:21, 1350:25, 1351:3, 1351:9, 1351:12, 1353:8, 1354:25, 1355:6, 1355:18, 1357:11, 1357:14, 1357:15, 1358:7, 1358:8, 1358:24, 1360:6, 1361:3, 1363:3, 1365:21, 1365:24, 1366:6, 1368:15, 1371:5, 1371:6, 1371:11, 1371:13, 1371:19, 1373:11, 1373:13, 1373:18, 1374:15, 1374:18, 1377:25, 1378:16, 1378:17, 1378:18, 1378:22, 1379:2, 1380:22, 1384:20, 1385:17, 1385:24, 1386:2, 1386:3, 1386:13, 1386:21, 1386:24, 1388:2, 1388:8, 1389:15, 1389:18, 1389:20, 1392:7, 1392:14, 1392:20, 1393:3, 1393:5, 1393:11, 1393:12, 1394:22, 1395:12, 1396:15, 1396:18,

1397:23, 1398:24, 1399:24, 1401:5, 1402:5, 1404:14, 1404:21, 1408:20, 1409:11, 1409:23, 1410:21, 1411:17, 1415:8, 1415:9, 1415:12, 1416:10, 1417:4, 1418:9, 1418:12, 1420:7, 1421:17, 1422:7, 1422:18, 1422:25, 1423:4, 1423:9, 1427:7, 1428:6, 1428:16, 1429:8, 1429:19, 1430:24, 1431:24, 1432:9, 1433:6, 1433:13, 1433:14, 1433:15, 1436:12, 1438:4, 1439:3, 1441:2, 1441:11, 1441:21, 1443:13, 1447:1, 1447:6, 1448:11, 1448:16, 1449:17, 1450:4, 1452:22, 1453:5, 1453:8, 1453:15, 1454:8, 1454:10, 1454:22, 1455:1, 1456:8, 1456:22, 1457:12, 1458:3, 1458:10, 1458:11, 1458:14, 1458:16, 1459:20, 1462:4, 1462:8, 1463:7, 1464:1, 1464:2, 1464:21, 1465:22, 1466:3, 1468:15, 1472:12, 1473:6, 1473:15, 1476:7, 1476:8, 1476:22, 1477:2, 1479:5, 1479:25, 1480:21, 1481:4, 1483:19, 1483:21, 1483:22, 1485:15, 1496:5
DONALD [1] - 1314:22
done [20] - 1342:3, 1362:19, 1373:21, 1386:11, 1406:19, 1415:10, 1415:11, 1415:12, 1432:8, 1432:13, 1434:2, 1435:3, 1436:7, 1443:7, 1453:18, 1457:4, 1462:15, 1462:21, 1482:19
DOUGLAS [1] - 1312:15

**down** [72] - 1326:5, 1335:21, 1339:16, 1342:10, 1351:24, 1354:4, 1354:10, 1358:21, 1360:7, 1360:24, 1361:21, 1370:16, 1372:3, 1377:13, 1382:21, 1400:7, 1406:1, 1407:10, 1407:13, 1407:15, 1407:22, 1408:1, 1408:6, 1410:9, 1413:1, 1414:4, 1416:4, 1419:25, 1422:10, 1424:2, 1426:6, 1434:10, 1434:14, 1438:12, 1438:13, 1439:13, 1439:24, 1440:17, 1440:18, 1442:23, 1443:16, 1443:18, 1444:14, 1445:4, 1445:5, 1445:10, 1446:9, 1446:13, 1446:18, 1446:23, 1447:2, 1448:2, 1448:18, 1448:20, 1449:21, 1452:4, 1452:13, 1452:19, 1458:5, 1458:22, 1458:23, 1459:1, 1459:15, 1460:13, 1467:11, 1468:13, 1472:8, 1490:17, 1492:13
**downhole** [7] - 1425:10, 1425:12, 1425:17, 1425:19, 1425:22, 1463:1, 1464:18
**Download** [1] - 1333:10
**download** [4] - 1334:5, 1334:10, 1359:2, 1359:3
**downloads** [1] - 1333:17
**downward** [1] - 1446:15
**DOYEN** [1] - 1313:22
**DP** [6] - 1335:18, 1335:22, 1337:2, 1337:3, 1338:11, 1338:13
**DPP** [2] - 1354:11, 1354:17
**drafting** [1] - 1399:18
**draws** [1] - 1346:20
**DRESCHER** [1] -

1309:18
**drill** [59] - 1323:15, 1327:25, 1328:18, 1329:5, 1329:10, 1330:9, 1330:13, 1330:22, 1335:3, 1335:8, 1335:22, 1337:12, 1338:13, 1341:8, 1341:11, 1342:18, 1345:12, 1350:1, 1351:6, 1351:13, 1354:11, 1354:18, 1357:3, 1358:5, 1358:21, 1360:3, 1360:6, 1360:9, 1360:19, 1360:22, 1360:24, 1361:7, 1362:14, 1362:18, 1362:22, 1362:23, 1367:6, 1369:12, 1369:16, 1369:20, 1384:17, 1384:21, 1384:24, 1385:8, 1385:9, 1385:10, 1390:15, 1413:20, 1467:6, 1474:4, 1475:4, 1476:18, 1477:4, 1492:11, 1493:9, 1493:10, 1494:17, 1495:2
**drilled** [1] - 1323:1
**driller** [10] - 1350:3, 1350:13, 1351:13, 1351:19, 1360:22, 1412:13, 1412:15, 1486:10, 1487:12, 1487:16
**driller's** [2] - 1365:6, 1365:10
**drillers** [3] - 1353:16, 1360:9, 1369:21
**Drilling** [4] - 1366:23, 1368:3, 1378:3, 1412:4
**drilling** [24] - 1340:4, 1348:3, 1363:24, 1364:3, 1366:3, 1368:22, 1373:9, 1373:10, 1373:12, 1373:13, 1373:16, 1378:2, 1379:4, 1383:22, 1385:23, 1385:25, 1402:24, 1402:25, 1414:5, 1417:8, 1428:11, 1441:9, 1445:23, 1447:4
**DRILLING** [1] - 1313:12

**drills** [4] - 1324:14, 1324:21, 1328:5, 1369:10
**drive** [1] - 1317:24
**DRIVE** [2] - 1310:4, 1310:8
**driven** [1] - 1370:17
**due** [7] - 1434:21, 1437:12, 1480:8, 1480:14, 1482:5, 1482:24, 1490:25
**dump** [2] - 1359:14, 1360:4
**during** [67] - 1322:25, 1323:14, 1324:14, 1326:12, 1327:24, 1328:8, 1328:10, 1328:15, 1329:22, 1331:25, 1332:3, 1345:1, 1354:22, 1356:14, 1356:25, 1357:9, 1357:24, 1358:3, 1358:5, 1361:18, 1363:14, 1366:11, 1370:3, 1370:6, 1370:9, 1370:12, 1373:23, 1373:25, 1374:13, 1378:13, 1380:18, 1382:21, 1385:11, 1392:16, 1398:3, 1399:5, 1418:7, 1430:5, 1431:23, 1441:9, 1441:18, 1442:25, 1443:10, 1454:12, 1455:19, 1456:12, 1457:8, 1457:18, 1458:8, 1459:11, 1460:2, 1460:23, 1460:24, 1461:24, 1461:25, 1462:9, 1463:21, 1463:24, 1464:5, 1464:10, 1465:12, 1467:2, 1467:9, 1489:9, 1489:21
**DW** [1] - 1391:12
**dynamic** [2] - 1481:10, 1481:20

## E

**e** [32] - 1368:11, 1368:15, 1373:19, 1373:23, 1374:1, 1374:2, 1374:13, 1374:16, 1374:18, 1374:19, 1374:21, 1374:22, 1374:23,

1375:6, 1375:8, 1375:19, 1375:20, 1375:21, 1381:5, 1389:2, 1417:22, 1418:3, 1418:7, 1458:9, 1458:10, 1458:13, 1458:14, 1459:19, 1459:20, 1459:24, 1459:25, 1474:16
**E** [5] - 1314:22, 1315:7, 1316:1, 1317:3, 1371:18
**e-mail** [28] - 1368:11, 1368:15, 1373:19, 1373:23, 1374:1, 1374:2, 1374:13, 1374:18, 1374:19, 1374:23, 1375:8, 1375:19, 1375:20, 1375:21, 1381:5, 1389:2, 1417:22, 1418:3, 1418:7, 1458:9, 1458:10, 1458:13, 1458:14, 1459:19, 1459:20, 1459:24, 1459:25, 1474:16
**e-mails** [4] - 1374:16, 1374:21, 1374:22, 1375:6
**each** [7] - 1372:9, 1399:19, 1399:23, 1409:12, 1434:5, 1478:5
**earlier** [28] - 1319:13, 1359:5, 1390:2, 1400:15, 1412:18, 1412:21, 1413:12, 1425:8, 1425:13, 1429:4, 1432:12, 1436:4, 1439:6, 1440:8, 1447:9, 1453:6, 1454:20, 1454:25, 1455:14, 1457:7, 1460:7, 1466:20, 1466:24, 1467:8, 1478:19, 1482:13, 1483:8, 1487:20
**early** [12] - 1337:10, 1337:15, 1339:18, 1359:6, 1359:7, 1388:24, 1389:4, 1417:2, 1418:17, 1443:14, 1455:20
**earth** [1] - 1403:11
**easier** [2] - 1332:25, 1333:24
**Eastern** [1] - 1497:8

**EASTERN** [1] - 1308:2
**EDS** [1] - 1479:13
**EDWARDS** [1] - 1309:3
**effect** [2] - 1372:6, 1391:22
**effective** [8] - 1383:8, 1383:17, 1383:22, 1383:25, 1384:4, 1404:1, 1404:18, 1468:3
**effectively** [1] - 1368:23
**effort** [1] - 1471:22
**eight** [6] - 1404:24, 1405:23, 1409:24, 1411:2, 1441:22, 1443:15
**either** [13] - 1339:8, 1357:4, 1369:5, 1389:23, 1392:25, 1394:16, 1397:11, 1404:8, 1409:13, 1410:7, 1435:21, 1490:7, 1494:3
**elastomeric** [3] - 1474:3, 1474:7, 1474:24
**elastomerics** [1] - 1476:8
**electrically** [1] - 1390:14
**electronic** [1] - 1350:12
**element** [1] - 1378:7
**elements** [5] - 1474:3, 1474:7, 1474:9, 1474:24, 1480:19
**elevated** [1] - 1337:6
**ELIZABETH** [1] - 1311:23
**ELLIS** [1] - 1313:6
**ELM** [1] - 1314:24
**else** [12] - 1320:19, 1333:16, 1350:6, 1350:7, 1350:14, 1351:20, 1354:13, 1360:7, 1360:11, 1468:16, 1487:2, 1495:22
**emerged** [1] - 1335:10
**emergency** [1] - 1476:13
**emphasize** [1] - 1485:12
**employed** [1] - 1412:15

employee [2] - 1401:2, 1401:7
employees [6] - 1388:17, 1389:16, 1400:22, 1400:24, 1435:9, 1457:10
enclosed [1] - 1390:12
end [18] - 1342:7, 1373:21, 1374:6, 1378:8, 1389:16, 1396:12, 1414:24, 1424:11, 1424:22, 1425:25, 1441:23, 1452:15, 1452:18, 1461:13, 1475:21, 1485:8, 1485:9, 1488:10
end-of-the-well [1] - 1424:22
end-of-well [2] - 1424:11, 1425:25
ended [2] - 1343:17, 1414:16
ENERGY [2] - 1313:14, 1314:21
Energy [1] - 1433:21
ENFORCEMENT [1] - 1311:9
engaged [1] - 1324:18
engaging [1] - 1448:5
engineer [9] - 1337:23, 1340:4, 1340:12, 1347:20, 1353:22, 1379:18, 1381:5, 1421:9, 1464:25
engineering [3] - 1367:24, 1372:8, 1382:7
engineers [4] - 1355:3, 1380:19, 1417:8, 1417:18
enlarge [1] - 1366:9
enough [4] - 1320:13, 1349:22, 1474:1, 1476:4
ensure [1] - 1378:10
entered [2] - 1428:7, 1445:5
entire [4] - 1341:4, 1341:5, 1440:24, 1487:17
entirely [2] - 1319:15, 1377:20
entirety [1] - 1400:4
entitled [3] - 1348:5, 1460:1, 1497:11

entry [2] - 1413:16, 1414:19
enumerated [1] - 1429:13
enveloping [1] - 1390:12
ENVIRONMENT [1] - 1311:9
ENVIRONMENTAL [1] - 1311:9
envision [1] - 1465:19
equal [2] - 1441:18, 1441:20
equipment [5] - 1388:9, 1402:9, 1478:8, 1483:17, 1484:9
Eric [1] - 1432:25
Erick [2] - 1460:1, 1460:6
erosion [5] - 1444:20, 1444:25, 1475:4, 1475:19, 1475:24
erroneous [1] - 1330:8
escape [6] - 1401:22, 1403:3, 1408:20, 1410:16, 1447:16, 1448:23
escaped [1] - 1445:11
escaping [2] - 1447:11, 1448:25
especially [1] - 1427:17
ESQ [55] - 1309:3, 1309:7, 1309:11, 1309:14, 1309:18, 1309:22, 1310:3, 1310:7, 1310:11, 1310:14, 1310:18, 1310:21, 1311:5, 1311:10, 1311:10, 1311:11, 1311:10, 1311:12, 1311:16, 1311:16, 1311:17, 1311:17, 1311:18, 1311:22, 1311:23, 1311:23, 1312:4, 1312:5, 1312:15, 1312:15, 1312:21, 1313:3, 1313:7, 1313:7, 1313:8, 1313:14, 1313:18, 1313:18, 1313:22, 1313:22, 1313:23, 1314:3, 1314:7, 1314:12, 1314:15,

1314:16, 1314:16, 1314:17, 1314:22, 1314:22, 1314:23, 1315:3, 1315:7, 1315:7, 1315:8
essential [1] - 1383:23
essentially [1] - 1469:5
establish [1] - 1330:21
established [10] - 1331:6, 1408:22, 1415:7, 1428:11, 1437:9, 1449:1, 1466:23, 1469:2, 1469:4, 1486:1
estimate [2] - 1363:7, 1470:21
estimated [1] - 1477:7
ET [2] - 1308:13, 1308:15
et [2] - 1405:21, 1450:8
ETP [2] - 1382:4, 1382:7
evaluated [1] - 1449:13
evaluation [5] - 1364:5, 1382:11, 1382:13, 1425:1, 1450:4
even [5] - 1355:18, 1375:18, 1377:12, 1454:12, 1471:21
evening [2] - 1401:21, 1410:15
event [21] - 1341:5, 1363:15, 1364:14, 1369:6, 1369:19, 1391:3, 1401:22, 1402:2, 1405:22, 1408:19, 1410:4, 1410:16, 1410:18, 1410:22, 1411:10, 1441:11, 1468:18, 1471:18, 1473:16, 1482:5, 1486:7
events [3] - 1390:15, 1405:23, 1439:24
eventually [2] - 1471:22, 1479:15
ever [11] - 1340:10, 1347:5, 1369:25, 1377:12, 1401:8, 1409:16, 1436:14, 1464:17, 1473:11, 1476:20
every [4] - 1324:18,

1356:1, 1372:6, 1398:10
everybody [2] - 1320:19, 1442:17
everyone [5] - 1317:6, 1317:22, 1394:8, 1394:17, 1417:19
everything [3] - 1358:17, 1407:14, 1492:2
evidence [18] - 1317:13, 1326:16, 1344:3, 1344:24, 1345:1, 1345:6, 1345:16, 1346:9, 1369:4, 1379:16, 1379:22, 1394:12, 1436:21, 1460:20, 1467:23, 1479:8, 1489:11
exact [7] - 1350:2, 1382:24, 1438:5, 1443:3, 1464:4, 1471:3, 1471:16
exactly [14] - 1323:6, 1332:22, 1349:25, 1350:16, 1350:21, 1379:10, 1409:11, 1415:10, 1422:18, 1428:6, 1429:8, 1430:25, 1446:14, 1448:5
exaggerate [3] - 1353:1, 1353:4, 1495:1
exaggerated [2] - 1353:5, 1353:9
exaggerating [1] - 1352:16
exaggeration [1] - 1494:22
EXAMINATION [4] - 1322:6, 1394:25, 1466:1, 1485:21
Examination [4] - 1316:5, 1316:6, 1316:7, 1316:8
examination [8] - 1317:14, 1318:17, 1318:19, 1322:9, 1431:10, 1434:11, 1442:17, 1492:21
examine [1] - 1321:7
examined [2] - 1400:23, 1444:19
examiner [1] - 1428:5
examining [1] - 1409:1

example [4] - 1387:20, 1393:9, 1403:13, 1463:9
exceeded [1] - 1368:22
exchanges [1] - 1389:2
excuse [5] - 1403:9, 1418:22, 1421:20, 1430:4, 1487:22
execution [8] - 1379:24, 1395:23, 1417:1, 1418:16, 1419:2, 1419:6, 1419:16
executive [2] - 1399:13, 1410:13
exhibit [3] - 1318:6, 1318:20, 1332:7
Exhibit [5] - 1322:18, 1340:15, 1341:22, 1355:17, 1492:5
exhibits [2] - 1317:13, 1485:8
exist [3] - 1351:24, 1421:2, 1488:5
existed [2] - 1390:16, 1472:17
exists [1] - 1408:14
exited [1] - 1445:3
expansion [3] - 1391:22, 1392:9, 1393:5
expect [10] - 1336:23, 1348:8, 1356:22, 1404:5, 1463:9, 1463:14, 1463:17, 1483:17, 1484:9, 1495:14
expectation [5] - 1463:2, 1486:20, 1487:10, 1489:15, 1495:9
expected [9] - 1325:8, 1432:13, 1440:4, 1440:7, 1440:11, 1464:25, 1465:1, 1465:4, 1465:5
expensive [2] - 1441:13, 1441:17
experience [7] - 1385:24, 1396:2, 1396:6, 1466:18, 1483:11, 1495:9
experienced [2] - 1323:15, 1324:11
experiencing [1] - 1391:3
expert [13] - 1378:14,

1385:23, 1385:24, 1385:25, 1386:3, 1391:8, 1432:16, 1433:7, 1456:17, 1456:19, 1456:23, 1466:10, 1486:25

**expertise** [1] - 1395:21

**experts** [5] - 1376:17, 1431:4, 1431:5, 1432:24, 1460:7

**expired** [1] - 1414:22

**explain** [2] - 1489:13, 1490:8

**explanation** [4] - 1318:25, 1326:22, 1330:8, 1419:1

**explicitly** [1] - 1343:2

**Exploration** [1] - 1433:21

**EXPLORATION** [2] - 1308:15, 1312:19

**exploratory** [1] - 1323:2

**explosion** [5] - 1343:18, 1432:25, 1476:12, 1477:6, 1479:7

**explosions** [3] - 1401:24, 1410:17, 1479:23

**expressed** [1] - 1364:22

**extensive** [1] - 1493:2

**extent** [5] - 1388:16, 1396:2, 1423:6, 1433:3, 1491:11

**extra** [1] - 1486:14

**Ezell's** [1] - 1496:5

---

## F

**face** [1] - 1459:3

**fact** [54] - 1323:12, 1328:17, 1330:25, 1331:5, 1335:1, 1335:3, 1342:6, 1343:7, 1343:9, 1343:22, 1343:25, 1345:19, 1347:9, 1348:8, 1350:13, 1350:23, 1352:16, 1355:3, 1355:7, 1357:12, 1358:5, 1361:20, 1362:11, 1371:12, 1387:1,

---

1389:12, 1389:25, 1393:4, 1403:25, 1404:18, 1406:21, 1410:21, 1420:3, 1420:9, 1420:20, 1421:2, 1422:3, 1425:15, 1427:9, 1428:17, 1444:4, 1444:23, 1445:9, 1454:5, 1454:25, 1456:10, 1461:5, 1461:7, 1465:8, 1466:12, 1467:9, 1472:6, 1473:4, 1476:8

**factor** [5] - 1406:6, 1406:16, 1440:17, 1440:20, 1454:14

**Factor** [1] - 1442:23

**factors** [2] - 1404:24, 1437:14

**facts** [1] - 1398:5

**failed** [7] - 1321:2, 1362:20, 1418:23, 1437:7, 1437:19, 1437:24, 1473:18

**failing** [1] - 1384:7

**failure** [15] - 1336:21, 1387:8, 1419:1, 1437:10, 1441:17, 1441:19, 1442:1, 1474:3, 1478:1, 1478:12, 1478:13, 1479:1, 1479:2, 1480:8, 1480:14

**failures** [2] - 1478:6, 1478:8

**fair** [5] - 1349:22, 1455:4, 1474:1, 1476:4, 1486:3

**fairly** [1] - 1360:19

**falling** [1] - 1409:15

**false** [1] - 1346:1

**familiar** [11] - 1347:25, 1367:21, 1369:9, 1369:11, 1373:14, 1379:13, 1391:19, 1430:23, 1458:3, 1459:18, 1481:22

**familiarity** [2] - 1350:17, 1428:6

**FANNIN** [1] - 1313:19

**far** [3] - 1357:8, 1407:24, 1464:11

**faster** [1] - 1476:8

**fault** [1] - 1394:11

**feedback** [2] - 1364:14, 1394:9

---

**feel** [1] - 1335:20

**feet** [6] - 1406:9, 1413:21, 1450:3, 1452:5, 1453:3

**felt** [8] - 1323:11, 1324:10, 1328:20, 1417:25, 1432:20, 1437:23, 1437:24, 1471:25

**Fereidoun** [3] - 1466:15, 1478:19, 1481:18

**few** [3] - 1374:16, 1398:10, 1401:16

**fewer** [2] - 1422:12, 1423:7

**field** [1] - 1378:9

**Fifth** [1] - 1439:12

**fifth** [2] - 1323:5, 1440:18

**fifth-generation** [1] - 1323:5

**fight** [1] - 1484:5

**Figure** [9] - 1349:5, 1349:24, 1350:15, 1352:4, 1361:15, 1362:1, 1469:17, 1470:7, 1491:1

**file** [4] - 1366:11, 1366:15, 1366:18, 1366:19

**final** [9] - 1335:11, 1382:18, 1430:13, 1434:4, 1455:17, 1461:16, 1471:25, 1490:9, 1490:18

**finally** [3] - 1374:5, 1480:3, 1483:12

**find** [4] - 1375:16, 1412:10, 1432:16, 1456:9

**finding** [6] - 1335:11, 1412:3, 1418:20, 1423:24, 1424:10, 1466:20

**findings** [6] - 1330:20, 1376:2, 1387:15, 1399:7, 1417:4, 1417:6

**fine** [5] - 1358:17, 1364:22, 1373:21, 1394:24, 1496:16

**finish** [3] - 1418:11, 1451:22, 1462:24

**finished** [6] - 1413:24, 1415:4, 1415:16, 1451:24, 1453:20, 1495:19

**finishing** [1] - 1464:14

---

**fire** [9] - 1390:6, 1390:24, 1401:24, 1405:22, 1409:10, 1410:4, 1410:18, 1416:7, 1478:2

**FIRM** [2] - 1310:10, 1310:21

**first** [43] - 1317:12, 1327:14, 1331:25, 1335:17, 1347:17, 1354:6, 1355:11, 1362:9, 1366:9, 1372:1, 1376:2, 1390:10, 1390:19, 1398:10, 1401:18, 1405:12, 1406:13, 1410:10, 1412:3, 1414:18, 1439:8, 1444:14, 1468:1, 1470:17, 1470:23, 1471:14, 1471:17, 1472:3, 1472:10, 1477:6, 1479:13, 1479:21, 1481:23, 1482:16, 1482:17, 1482:22, 1483:1, 1483:14, 1484:24, 1486:1, 1488:5, 1489:4, 1493:8

**first-hand** [1] - 1481:23

**firsthand** [1] - 1393:3

**fit** [2] - 1380:7, 1429:13

**five** [6] - 1325:23, 1342:7, 1342:12, 1352:19, 1409:9, 1495:22

**flagged** [1] - 1456:18

**flammable** [1] - 1390:11

**flapper** [1] - 1406:10

**flat** [1] - 1356:23

**fleet** [1] - 1323:9

**flight** [1] - 1371:6

**flip** [5] - 1332:25, 1334:5, 1335:20, 1339:24, 1340:1

**flipping** [1] - 1340:6

**float** [13] - 1407:23, 1408:1, 1408:3, 1439:24, 1449:11, 1449:16, 1449:21, 1450:2, 1450:12, 1450:20, 1450:22, 1451:4, 1452:6

**floor** [7] - 1358:16, 1360:24, 1390:15, 1407:22, 1415:24,

---

1445:12, 1470:24

**FLOOR** [3] - 1309:22, 1311:6, 1313:23

**flow** [63] - 1327:7, 1348:12, 1348:18, 1358:17, 1358:22, 1363:1, 1363:3, 1368:1, 1369:21, 1380:20, 1381:10, 1391:5, 1392:10, 1407:20, 1408:16, 1411:21, 1415:23, 1416:1, 1416:3, 1416:7, 1428:12, 1428:25, 1437:6, 1437:18, 1443:24, 1444:7, 1444:9, 1444:14, 1446:3, 1446:21, 1447:23, 1448:8, 1448:17, 1452:13, 1453:2, 1469:11, 1469:14, 1469:15, 1469:23, 1470:16, 1472:3, 1475:18, 1476:4, 1478:1, 1478:17, 1479:2, 1480:18, 1480:22, 1480:24, 1481:3, 1482:5, 1482:14, 1482:16, 1482:24, 1487:22, 1488:4, 1489:1, 1489:20, 1490:16, 1490:22, 1490:25, 1495:6

**flowed** [5] - 1446:13, 1446:15, 1446:23, 1448:15, 1452:3

**flowing** [5] - 1330:14, 1390:4, 1403:16, 1465:13, 1478:14, 1481:11

**FLOYD** [1] - 1314:22

**fluid** [14] - 1336:16, 1382:1, 1392:3, 1402:22, 1402:25, 1407:20, 1408:16, 1414:5, 1446:1, 1447:14, 1447:15, 1469:8, 1471:11, 1475:3

**fluids** [12] - 1324:20, 1336:16, 1336:19, 1345:21, 1392:10, 1402:24, 1438:24, 1439:1, 1445:18, 1482:6, 1482:24, 1489:6

**flying** [1] - 1374:6

**foam** [14] - 1371:22, 1376:14, 1380:2, 1380:5, 1380:12, 1380:15, 1437:12, 1459:16, 1491:4, 1491:7, 1491:10, 1491:11
**foamed** [1] - 1383:18
**focused** [2] - 1346:3, 1476:3
**focusing** [1] - 1346:1
**folks** [10] - 1375:12, 1388:20, 1397:11, 1400:16, 1421:22, 1424:21, 1427:10, 1428:3, 1495:10
**follow** [3] - 1434:16, 1437:5, 1485:24
**follow-up** [1] - 1485:24
**followed** [2] - 1414:4, 1414:8
**following** [5] - 1364:21, 1367:1, 1391:24, 1478:2, 1478:17
**FOR** [9] - 1309:3, 1311:3, 1312:3, 1312:8, 1312:19, 1313:11, 1314:11, 1314:20, 1315:6
**for** [155] - 1317:13, 1318:4, 1318:17, 1318:19, 1318:23, 1319:15, 1319:17, 1320:6, 1321:18, 1322:16, 1322:22, 1324:5, 1325:7, 1326:22, 1330:9, 1330:20, 1331:2, 1333:1, 1333:21, 1337:9, 1339:2, 1340:14, 1341:25, 1347:15, 1349:8, 1351:4, 1353:21, 1354:18, 1355:7, 1358:17, 1359:13, 1360:3, 1360:16, 1363:6, 1363:16, 1365:14, 1366:2, 1367:6, 1367:16, 1367:19, 1369:12, 1369:13, 1371:22, 1372:10, 1376:14, 1377:23, 1379:7, 1382:15, 1386:21, 1387:7, 1387:17, 1387:20, 1388:17, 1389:16, 1389:22, 1390:6, 1390:15,

1392:6, 1392:18, 1393:9, 1395:24, 1397:19, 1398:10, 1399:19, 1400:25, 1401:2, 1401:7, 1402:5, 1402:16, 1403:12, 1407:11, 1408:5, 1412:4, 1413:4, 1413:21, 1414:1, 1415:6, 1415:19, 1417:8, 1418:14, 1419:1, 1419:3, 1419:21, 1424:13, 1427:2, 1428:9, 1430:12, 1430:13, 1430:20, 1431:4, 1431:18, 1432:19, 1432:24, 1433:10, 1433:18, 1433:20, 1435:17, 1435:18, 1435:21, 1435:22, 1436:10, 1436:11, 1437:22, 1438:9, 1441:1, 1443:11, 1444:1, 1448:1, 1448:8, 1448:9, 1450:9, 1450:17, 1451:4, 1452:17, 1454:5, 1454:14, 1455:17, 1457:13, 1457:24, 1461:13, 1461:21, 1462:4, 1462:20, 1463:2, 1463:9, 1464:24, 1465:3, 1465:11, 1465:18, 1465:19, 1467:20, 1472:19, 1474:2, 1480:2, 1480:7, 1481:9, 1483:12, 1486:11, 1486:12, 1486:22, 1486:24, 1487:1, 1487:13, 1487:21, 1488:12, 1489:9, 1489:24, 1491:18, 1491:21, 1495:15, 1495:16, 1495:23
**foregoing** [1] - 1497:9
**forensic** [1] - 1387:15
**forgot** [1] - 1484:22
**form** [5] - 1345:22, 1424:18, 1438:14, 1494:6, 1495:12
**formal** [2] - 1365:19, 1365:23
**format** [2] - 1494:18, 1495:7

**formation** [10] - 1326:8, 1441:7, 1441:9, 1444:14, 1445:4, 1446:5, 1452:4, 1477:13, 1482:6, 1482:24
**forth** [4] - 1379:1, 1380:23, 1396:7, 1420:5
**fortunately** [1] - 1392:22
**forwards** [1] - 1389:5
**found** [12] - 1344:3, 1344:24, 1345:16, 1367:2, 1369:3, 1387:19, 1419:22, 1479:8, 1491:4, 1491:7, 1492:11, 1493:10
**foundation** [5] - 1431:14, 1431:18, 1493:15, 1494:6, 1495:12
**foundational** [1] - 1493:17
**four** [10] - 1354:10, 1374:4, 1386:20, 1399:19, 1409:9, 1412:3, 1423:24, 1424:10, 1439:19, 1442:14
**fourth** [1] - 1400:12
**frac** [1] - 1441:3
**fragile** [1] - 1441:7
**FRANCISCO** [1] - 1311:6
**FRANKLIN** [1] - 1311:24
**FRAUD** [1] - 1311:21
**free** [1] - 1335:20
**Friday** [2] - 1321:1, 1321:11
**FRILOT** [1] - 1313:13
**from** [181] - 1318:21, 1319:6, 1319:22, 1319:24, 1320:2, 1321:10, 1323:7, 1326:24, 1327:2, 1327:7, 1327:22, 1328:20, 1330:5, 1333:10, 1333:12, 1333:17, 1334:20, 1334:24, 1336:2, 1339:5, 1339:11, 1340:8, 1341:1, 1341:17, 1342:6, 1343:11, 1343:13, 1344:9, 1344:18, 1348:11, 1350:12, 1351:16, 1353:18,

1356:7, 1357:10, 1358:20, 1359:3, 1361:3, 1361:14, 1362:2, 1362:13, 1362:25, 1363:15, 1365:25, 1367:9, 1367:15, 1368:11, 1368:20, 1369:17, 1369:25, 1371:15, 1371:17, 1373:19, 1374:2, 1374:18, 1374:21, 1376:24, 1377:11, 1382:16, 1384:7, 1386:19, 1387:13, 1389:7, 1390:3, 1390:18, 1393:3, 1393:5, 1393:9, 1393:14, 1393:24, 1394:1, 1394:9, 1394:12, 1394:15, 1396:10, 1397:6, 1397:11, 1400:12, 1400:17, 1401:22, 1407:9, 1407:13, 1407:21, 1407:22, 1408:1, 1408:4, 1408:6, 1408:8, 1408:16, 1409:1, 1410:17, 1412:20, 1414:15, 1414:21, 1415:3, 1415:16, 1416:5, 1418:23, 1421:19, 1424:4, 1424:12, 1424:20, 1424:24, 1425:20, 1426:13, 1426:15, 1426:22, 1426:23, 1427:1, 1427:4, 1427:5, 1427:9, 1427:13, 1430:5, 1430:7, 1430:10, 1430:14, 1431:5, 1432:14, 1434:18, 1434:21, 1435:2, 1435:12, 1435:15, 1435:24, 1436:16, 1437:5, 1437:12, 1438:24, 1440:3, 1440:9, 1440:14, 1444:14, 1447:12, 1449:20, 1451:2, 1452:5, 1452:23, 1453:14, 1453:22, 1455:24, 1455:25, 1457:8, 1457:11, 1458:13, 1458:14, 1459:24, 1459:25, 1461:2, 1461:11, 1461:15, 1461:19, 1468:13, 1468:15, 1472:4,

1474:16, 1477:1, 1477:13, 1478:2, 1481:13, 1481:22, 1483:11, 1486:9, 1487:22, 1488:5, 1488:6, 1489:1, 1489:5, 1489:6, 1489:20, 1492:6, 1492:23, 1493:21, 1493:24, 1495:4, 1495:8, 1497:10
**front** [2] - 1332:6, 1459:21
**FRUGE** [1] - 1310:14
**full** [7] - 1325:20, 1347:15, 1386:15, 1400:8, 1422:11, 1447:22, 1454:6
**fully** [2] - 1379:23, 1472:4
**function** [6] - 1452:20, 1479:13, 1483:13, 1483:18, 1483:21, 1484:10
**functioned** [1] - 1387:20
**functioning** [1] - 1324:19
**fundamental** [2] - 1376:14, 1412:4
**fundamentally** [1] - 1377:7
**FUNDERBURK** [1] - 1315:8
**furloughed** [1] - 1485:4
**further** [13] - 1394:2, 1443:16, 1443:18, 1444:13, 1458:22, 1459:13, 1465:15, 1472:25, 1476:10, 1485:10, 1492:13, 1492:19, 1495:17
**fussing** [1] - 1484:3

## G

**G** [2] - 1313:18, 1317:3
**Gagliano** [13] - 1421:10, 1422:3, 1454:5, 1456:4, 1457:14, 1457:25, 1458:13, 1459:11, 1459:18, 1459:25, 1464:19, 1465:3
**gain** [2] - 1363:16, 1363:25
**GANNAWAY** [1] -

1314:16

**gas** [22] - 1380:20, 1381:10, 1383:21, 1390:15, 1391:2, 1391:6, 1391:8, 1391:9, 1391:22, 1392:3, 1392:6, 1392:10, 1392:18, 1393:18, 1428:13, 1464:8, 1464:18, 1465:1, 1477:4, 1477:13, 1481:17

**gas-bearing** [3] - 1464:8, 1464:18, 1465:1

**gate** [1] - 1481:9

**GATE** [1] - 1311:5

**gather** [1] - 1489:15

**gathered** [1] - 1346:9

**gathering** [1] - 1398:5

**gave** [8] - 1318:1, 1359:13, 1359:16, 1360:3, 1435:3, 1464:3, 1471:5, 1472:2

**GAVIN** [1] - 1314:23

**gel** [3] - 1378:24, 1378:25, 1459:14

**general** [3] - 1396:5, 1456:1, 1483:11

**GENERAL** [3] - 1312:4, 1312:9, 1312:11

**GENERAL'S** [1] - 1312:3

**generally** [12] - 1363:10, 1363:11, 1376:9, 1376:10, 1388:2, 1388:19, 1390:7, 1390:8, 1405:1, 1424:6, 1444:12, 1445:12

**Generation** [1] - 1439:12

**generation** [1] - 1323:5

**gentleman** [2] - 1388:25, 1433:12

**gentlemen** [2] - 1417:18, 1460:6

**GEOFFREY** [1] - 1314:16

**geometry** [1] - 1481:1

**get** [33] - 1320:2, 1321:15, 1356:1, 1373:22, 1390:2, 1395:15, 1400:20, 1400:21, 1402:22,

1405:21, 1409:23, 1412:24, 1430:4, 1430:8, 1430:15, 1432:14, 1435:21, 1436:11, 1441:3, 1441:23, 1446:14, 1452:18, 1457:4, 1457:21, 1465:11, 1468:3, 1468:12, 1468:20, 1471:15, 1484:17, 1485:18, 1495:21, 1496:5

**getting** [12] - 1333:17, 1334:19, 1339:17, 1375:23, 1400:17, 1411:23, 1435:9, 1442:10, 1442:19, 1447:21, 1457:8, 1457:9

**give** [7] - 1435:18, 1436:17, 1462:16, 1463:5, 1463:6, 1472:2

**given** [5] - 1329:6, 1364:14, 1465:8, 1489:21, 1490:5

**gives** [1] - 1483:20

**giving** [5] - 1400:18, 1424:4, 1436:16, 1443:6, 1457:11

**gleaned** [1] - 1362:13

**GmbH** [1] - 1308:13

**go** [89] - 1322:5, 1333:9, 1338:8, 1338:10, 1338:16, 1347:13, 1356:5, 1360:6, 1360:14, 1361:15, 1361:25, 1366:15, 1369:1, 1370:16, 1383:11, 1390:19, 1394:20, 1395:8, 1396:19, 1399:13, 1400:7, 1401:18, 1405:12, 1406:21, 1408:1, 1408:21, 1409:24, 1410:9, 1410:10, 1413:1, 1415:15, 1418:2, 1418:24, 1419:25, 1422:8, 1422:10, 1424:2, 1431:25, 1433:24, 1433:25, 1434:10, 1434:13, 1434:14, 1439:7, 1439:16, 1440:16, 1440:17, 1441:8, 1441:13, 1442:21, 1442:23, 1443:16, 1443:18,

1445:4, 1445:5, 1445:9, 1446:7, 1446:9, 1446:18, 1446:20, 1446:25, 1447:1, 1447:14, 1448:1, 1448:2, 1449:20, 1450:6, 1457:17, 1458:5, 1458:22, 1459:1, 1459:9, 1459:13, 1459:23, 1460:10, 1460:17, 1461:9, 1465:25, 1466:22, 1467:17, 1478:5, 1481:8, 1484:24, 1484:25, 1485:18, 1489:9, 1489:18, 1493:1, 1493:5

**Godwin** [5] - 1316:6, 1396:24, 1411:23, 1442:17, 1490:15

**GODWIN** [58] - 1314:21, 1314:22, 1315:3, 1320:9, 1320:12, 1320:17, 1320:23, 1321:1, 1321:8, 1321:17, 1394:21, 1395:1, 1396:17, 1396:19, 1396:21, 1396:25, 1399:10, 1399:12, 1409:25, 1410:1, 1411:11, 1411:14, 1411:18, 1429:22, 1429:24, 1431:7, 1431:20, 1432:2, 1432:5, 1433:25, 1434:3, 1434:10, 1434:12, 1436:23, 1439:4, 1439:5, 1439:8, 1439:10, 1440:20, 1440:23, 1441:14, 1441:16, 1442:15, 1442:20, 1442:22, 1443:4, 1443:9, 1443:18, 1443:19, 1444:5, 1444:6, 1451:16, 1451:19, 1451:22, 1451:25, 1462:15, 1462:18, 1465:15

**goes** [10] - 1405:20, 1410:17, 1439:13, 1439:24, 1441:21, 1459:15, 1460:3, 1460:13, 1476:7, 1492:22

**going** [57] - 1319:21, 1321:15, 1332:24, 1334:13, 1335:12, 1336:12, 1338:9,

1352:21, 1354:16, 1355:14, 1355:25, 1362:10, 1362:22, 1371:11, 1374:10, 1375:4, 1384:8, 1388:25, 1392:10, 1392:12, 1395:9, 1400:5, 1407:14, 1420:2, 1423:21, 1425:10, 1425:12, 1425:16, 1425:22, 1426:2, 1426:3, 1426:5, 1427:10, 1429:14, 1431:14, 1433:25, 1438:12, 1438:18, 1440:24, 1443:2, 1446:19, 1448:18, 1448:20, 1448:25, 1451:17, 1451:18, 1453:21, 1456:1, 1456:6, 1458:17, 1466:6, 1466:21, 1473:23, 1484:21, 1485:23, 1492:13, 1496:5

**gold** [1] - 1484:17

**GOLDEN** [1] - 1311:5

**gone** [7] - 1345:23, 1391:5, 1406:2, 1409:9, 1447:4, 1447:5, 1447:23

**good** [31] - 1317:6, 1318:21, 1318:23, 1319:20, 1320:5, 1322:2, 1322:8, 1323:10, 1335:17, 1350:17, 1365:17, 1373:22, 1384:11, 1395:2, 1395:3, 1395:6, 1395:7, 1404:4, 1404:5, 1404:9, 1404:19, 1407:2, 1407:4, 1407:8, 1420:19, 1442:5, 1449:20, 1449:22, 1449:24, 1455:8, 1496:16

**got** [29] - 1334:24, 1344:20, 1350:17, 1359:2, 1364:6, 1370:5, 1392:18, 1403:6, 1404:8, 1405:6, 1415:9, 1430:2, 1433:19, 1442:1, 1442:24, 1443:1, 1443:4, 1443:12, 1447:24, 1450:22, 1450:23, 1459:2, 1473:10,

1474:15, 1482:19, 1483:15, 1490:10, 1493:20

**Got** [1] - 1358:13

**gotten** [5] - 1409:17, 1453:21, 1461:11, 1465:5, 1496:11

**grab** [1] - 1487:20

**GRAND** [1] - 1313:23

**great** [2] - 1418:6, 1476:5

**greater** [2] - 1475:4, 1483:9

**Greg** [5] - 1417:13, 1418:4, 1421:8, 1421:23, 1421:25

**ground** [1] - 1442:8

**grounds** [1] - 1320:5

**group** [2] - 1379:6, 1466:13

**GROUP** [1] - 1310:7

**GUERRA** [1] - 1310:3

**guess** [8] - 1336:5, 1341:23, 1388:8, 1394:10, 1410:20, 1465:22, 1496:9

**guessing** [2] - 1423:3, 1472:12

**guide** [1] - 1432:9

**Guide** [8] - 1364:18, 1364:22, 1365:10, 1374:2, 1374:18, 1417:12, 1418:4, 1421:12

**Guide's** [1] - 1375:18

**Guidelines** [3] - 1379:4, 1391:12, 1392:2

**guidelines** [7] - 1325:7, 1325:12, 1391:14, 1391:18, 1392:9, 1392:13, 1392:18

**guilty** [4] - 1428:7, 1428:8, 1428:14, 1428:19

**Gulf** [6] - 1322:22, 1368:2, 1391:12, 1392:12, 1433:18, 1433:20

**GULF** [1] - 1308:6

**guys** [9] - 1333:18, 1353:18, 1361:10, 1364:4, 1387:16, 1389:20, 1398:9, 1407:6, 1449:9

# H

**H** [1] - 1481:5
**had** [180] - 1320:5,
1320:18, 1322:15,
1323:1, 1323:10,
1324:11, 1328:17,
1328:21, 1331:3,
1331:5, 1331:24,
1332:5, 1334:17,
1334:22, 1337:11,
1337:17, 1338:10,
1340:12, 1341:6,
1341:7, 1341:19,
1341:21, 1342:16,
1343:4, 1343:5,
1343:25, 1345:5,
1345:20, 1345:21,
1345:23, 1347:8,
1347:16, 1349:23,
1350:7, 1350:8,
1350:10, 1351:13,
1353:16, 1353:22,
1354:3, 1354:10,
1354:17, 1354:18,
1354:21, 1354:25,
1355:4, 1356:16,
1358:15, 1358:20,
1360:21, 1361:5,
1367:12, 1371:12,
1372:6, 1375:3,
1375:15, 1376:17,
1379:17, 1380:1,
1380:19, 1384:5,
1384:16, 1384:21,
1384:23, 1385:4,
1385:12, 1386:11,
1387:4, 1387:13,
1387:20, 1388:19,
1389:2, 1390:5,
1391:5, 1394:9,
1397:9, 1397:12,
1398:12, 1399:18,
1400:15, 1400:16,
1406:10, 1409:2,
1409:5, 1409:9,
1409:13, 1409:17,
1409:20, 1409:21,
1410:2, 1410:4,
1411:20, 1413:18,
1414:22, 1415:3,
1415:4, 1415:16,
1415:17, 1416:14,
1416:16, 1417:15,
1417:24, 1420:12,
1420:14, 1420:18,
1421:7, 1421:12,
1421:23, 1422:3,
1423:12, 1425:15,
1425:21, 1425:24,

1426:12, 1429:7,
1429:15, 1429:18,
1431:5, 1431:22,
1435:10, 1436:15,
1437:24, 1438:7,
1441:1, 1441:2,
1441:4, 1441:8,
1441:22, 1443:20,
1447:4, 1448:9,
1448:10, 1449:19,
1450:18, 1450:24,
1451:9, 1453:13,
1453:20, 1454:5,
1454:20, 1455:1,
1455:14, 1455:21,
1456:1, 1456:12,
1456:16, 1456:25,
1457:7, 1461:2,
1461:18, 1463:23,
1464:8, 1464:22,
1466:12, 1466:17,
1466:23, 1468:1,
1468:18, 1469:1,
1469:4, 1469:11,
1470:24, 1473:11,
1476:11, 1476:17,
1479:17, 1480:22,
1486:17, 1490:5,
1493:9, 1494:18
**hadn't** [1] - 1453:21
**Hafle** [37] - 1334:13,
1334:23, 1337:18,
1337:19, 1337:20,
1337:23, 1338:22,
1338:25, 1339:8,
1339:15, 1339:21,
1340:5, 1341:14,
1342:4, 1342:8,
1342:16, 1342:24,
1344:12, 1345:17,
1347:2, 1347:6,
1354:2, 1354:21,
1357:9, 1357:12,
1357:17, 1357:23,
1361:5, 1361:6,
1361:13, 1384:23,
1385:7, 1385:12,
1389:13, 1417:12,
1418:4, 1492:1
**Hafle's** [2] - 1341:20,
1341:24
**half** [6] - 1320:14,
1414:22, 1415:2,
1415:6, 1415:22,
1417:14
**halfway** [1] - 1328:8
**HALLIBURTON** [1] -
1314:20
**Halliburton** [84] -
1318:15, 1318:24,

1319:4, 1320:3,
1320:5, 1320:8,
1321:2, 1321:10,
1377:6, 1379:18,
1380:19, 1381:5,
1381:6, 1383:8,
1383:16, 1388:17,
1388:20, 1394:20,
1395:8, 1400:10,
1400:17, 1400:22,
1400:24, 1401:3,
1401:4, 1401:7,
1401:12, 1404:10,
1406:1, 1418:5,
1419:2, 1419:7,
1419:17, 1420:2,
1420:6, 1424:7,
1425:6, 1429:25,
1430:4, 1430:5,
1432:15, 1433:4,
1433:19, 1433:21,
1434:15, 1434:16,
1434:17, 1434:22,
1435:9, 1435:15,
1436:4, 1436:5,
1436:15, 1439:1,
1454:5, 1455:15,
1455:22, 1457:9,
1457:10, 1457:11,
1457:23, 1460:24,
1461:2, 1461:6,
1461:8, 1461:11,
1461:15, 1461:19,
1461:21, 1461:25,
1462:10, 1463:1,
1463:2, 1463:5,
1463:10, 1463:13,
1463:15, 1463:17,
1463:21, 1463:24,
1464:9, 1464:19,
1465:3, 1485:25
**Halliburton's** [6] -
1320:17, 1416:25,
1418:16, 1432:8,
1433:11, 1448:13
**hampered** [1] -
1388:15
**hand** [7] - 1318:13,
1333:4, 1338:2,
1371:20, 1457:24,
1460:12, 1481:23
**handled** [1] -
1345:23
**handling** [2] -
1364:14, 1426:4
**handpicked** [1] -
1397:10
**hands** [1] - 1347:22
**handwriting** [4] -
1335:15, 1335:19,

1381:19, 1382:25
**handwritten** [4] -
1332:9, 1344:8,
1357:16, 1398:17
**Hangs** [1] - 1357:20
**HANKEY** [1] -
1311:11
**happen** [6] -
1375:15, 1375:16,
1402:13, 1403:8,
1403:10, 1441:22
**happened** [14] -
1328:17, 1375:15,
1376:24, 1377:10,
1384:19, 1389:25,
1410:22, 1411:10,
1425:2, 1427:15,
1440:14, 1449:2,
1449:3, 1468:2
**happening** [3] -
1425:11, 1425:19,
1455:25
**happens** [2] -
1402:11, 1402:19
**happy** [1] - 1402:18
**hard** [2] - 1366:20,
1465:19
**harden** [1] - 1384:20
**hardened** [1] -
1384:17
**hardly** [1] - 1342:12
**HARIKLIA** [1] -
1313:7
**HARTLEY** [1] -
1314:22
**has** [38] - 1319:17,
1319:24, 1319:25,
1320:1, 1320:14,
1322:21, 1344:3,
1344:8, 1344:24,
1374:4, 1377:23,
1378:10, 1387:7,
1401:6, 1401:8,
1403:10, 1403:11,
1411:7, 1411:8,
1431:17, 1437:9,
1442:8, 1442:13,
1442:18, 1448:12,
1451:15, 1456:10,
1460:3, 1460:4,
1460:20, 1465:20,
1468:7, 1484:16,
1485:23, 1486:10,
1486:12, 1486:22
**hasn't** [2] - 1431:17,
1451:16
**HAUSER** [1] -
1311:23
**have** [244] - 1317:12,
1317:24, 1318:3,

1318:14, 1319:14,
1319:17, 1319:20,
1319:22, 1320:5,
1320:13, 1320:21,
1326:12, 1327:1,
1327:5, 1327:6,
1330:1, 1334:8,
1336:16, 1340:18,
1341:10, 1341:16,
1341:18, 1341:24,
1344:19, 1345:15,
1345:18, 1347:15,
1350:4, 1350:7,
1350:8, 1351:7,
1352:11, 1353:19,
1355:25, 1356:4,
1358:24, 1360:7,
1360:13, 1361:6,
1362:19, 1367:13,
1369:13, 1371:16,
1374:5, 1377:10,
1380:12, 1383:12,
1384:6, 1384:10,
1384:11, 1384:16,
1384:17, 1384:22,
1384:23, 1384:25,
1385:7, 1385:11,
1385:14, 1386:1,
1386:2, 1386:5,
1386:7, 1386:15,
1387:17, 1388:9,
1388:16, 1390:16,
1391:1, 1392:19,
1393:14, 1393:19,
1393:23, 1393:24,
1394:22, 1395:11,
1395:19, 1395:22,
1396:1, 1396:5,
1396:9, 1396:10,
1397:19, 1397:25,
1398:1, 1398:13,
1398:21, 1399:6,
1399:22, 1401:8,
1402:6, 1403:22,
1404:12, 1405:2,
1405:12, 1405:17,
1406:2, 1406:6,
1408:4, 1408:7,
1408:23, 1409:3,
1409:6, 1409:7,
1409:9, 1409:13,
1409:16, 1409:17,
1409:20, 1409:21,
1409:24, 1410:4,
1410:5, 1410:7,
1411:21, 1413:9,
1414:8, 1414:16,
1416:17, 1418:9,
1419:9, 1419:11,
1419:14, 1420:13,
1420:17, 1420:18,

1421:5, 1422:25,
1423:4, 1424:11,
1424:23, 1426:1,
1427:18, 1428:6,
1429:19, 1431:12,
1432:13, 1432:15,
1433:13, 1435:3,
1435:8, 1435:10,
1435:22, 1436:2,
1437:6, 1437:19,
1437:21, 1438:25,
1441:24, 1441:25,
1444:24, 1446:9,
1446:19, 1446:22,
1447:4, 1447:5,
1447:10, 1447:16,
1447:19, 1447:23,
1447:24, 1447:25,
1448:15, 1449:17,
1449:20, 1449:22,
1450:14, 1450:18,
1450:19, 1450:20,
1451:9, 1452:20,
1453:7, 1454:14,
1457:9, 1457:20,
1457:23, 1458:13,
1459:2, 1461:5,
1461:9, 1461:11,
1461:20, 1463:10,
1463:14, 1464:25,
1465:1, 1465:2,
1465:4, 1465:5,
1465:11, 1465:18,
1465:22, 1466:3,
1466:4, 1467:4,
1469:13, 1469:19,
1471:19, 1473:19,
1474:3, 1475:18,
1475:24, 1475:25,
1476:1, 1477:13,
1477:20, 1478:1,
1479:5, 1479:13,
1479:25, 1480:19,
1480:22, 1481:3,
1484:13, 1484:15,
1485:1, 1485:6,
1485:7, 1485:9,
1487:22, 1488:6,
1488:7, 1489:5,
1489:16, 1489:18,
1489:19, 1491:10,
1494:22, 1495:2,
1495:6, 1495:15,
1495:17, 1496:15
**haven't** [6] -
1321:13, 1369:12,
1369:14, 1386:6,
1485:4
**having** [9] - 1354:17,
1366:20, 1417:4,
1422:3, 1430:4,

1449:13, 1457:24,
1474:16, 1492:8
**HAYCRAFT** [1] -
1312:21
**Hayward** [3] -
1397:6, 1457:20,
1464:24
**HB406** [1] - 1315:13
**he's** [2] - 1411:23,
1431:25
**head** [3] - 1464:23,
1469:13, 1478:24
**headed** [1] - 1466:15
**heading** [1] -
1470:20
**hear** [6] - 1319:6,
1394:10, 1394:15,
1462:7, 1474:19,
1492:23
**heard** [7] - 1345:24,
1387:21, 1438:3,
1442:10, 1442:11,
1442:12, 1492:3
**HEARD** [1] - 1308:21
**hearing** [4] -
1396:13, 1455:24,
1455:25, 1474:17
**heavier** [3] - 1414:6,
1416:14, 1416:18
**heavier-weight** [3] -
1414:6, 1416:14,
1416:18
**heaviest** [1] - 1414:7
**heavy** [4] - 1416:16,
1467:10, 1467:24,
1469:7
**held** [1] - 1407:6
**helicopter** [1] -
1371:6
**help** [5] - 1391:10,
1394:17, 1398:25,
1432:21, 1452:18
**helpful** [1] - 1319:9
**here** [93] - 1317:12,
1319:18, 1319:21,
1324:16, 1327:13,
1330:6, 1341:24,
1342:15, 1350:19,
1358:19, 1367:14,
1394:11, 1398:16,
1398:20, 1399:1,
1399:3, 1400:7,
1401:16, 1401:20,
1401:21, 1410:22,
1412:3, 1417:11,
1417:12, 1417:18,
1418:2, 1418:5,
1419:25, 1420:2,
1422:8, 1422:20,
1423:2, 1423:22,

1424:2, 1424:10,
1425:4, 1425:25,
1427:22, 1428:1,
1430:2, 1430:14,
1431:8, 1431:10,
1431:13, 1433:4,
1434:4, 1434:25,
1435:6, 1435:12,
1437:1, 1437:17,
1439:11, 1440:2,
1441:13, 1443:7,
1443:16, 1444:7,
1444:23, 1445:6,
1446:4, 1446:18,
1447:21, 1448:22,
1451:22, 1452:12,
1452:13, 1454:9,
1457:14, 1457:23,
1457:25, 1458:1,
1458:5, 1458:6,
1458:17, 1458:19,
1458:25, 1459:10,
1459:13, 1462:7,
1464:7, 1464:14,
1464:22, 1465:23,
1472:10, 1472:12,
1474:19, 1484:4,
1484:20, 1488:24,
1488:25, 1491:1
**Here** [1] - 1321:11
**hereby** [1] - 1497:8
**HERMAN** [3] -
1309:7, 1309:7
**HESI** [1] - 1378:20
**high** [5] - 1449:11,
1465:11, 1480:18,
1480:22
**higher** [1] - 1407:19
**highest** [2] - 1337:7,
1483:20
**highlight** [7] -
1330:7, 1334:11,
1383:24, 1434:15,
1440:21, 1478:10,
1492:10
**highlighted** [14] -
1333:19, 1341:6,
1347:14, 1354:5,
1378:24, 1379:12,
1440:13, 1441:6,
1453:5, 1453:6,
1460:5, 1460:16,
1490:3, 1493:8
**highlighting** [1] -
1480:22
**highlights** [1] -
1333:15
**highly** [1] - 1432:20
**HILL** [1] - 1314:23
**him** [20] - 1321:7,

1347:16, 1361:6,
1385:11, 1417:12,
1421:24, 1431:1,
1431:2, 1431:20,
1431:24, 1432:7,
1433:6, 1433:14,
1443:5, 1465:4,
1478:22, 1490:1,
1490:24, 1494:24,
1496:5
**hindered** [1] - 1320:1
**hindsight** [2] -
1469:3, 1471:19
**his** [30] - 1318:2,
1321:2, 1321:4,
1321:6, 1321:20,
1334:17, 1347:21,
1354:22, 1357:10,
1357:12, 1360:4,
1365:1, 1365:5,
1365:9, 1365:12,
1374:3, 1377:1,
1411:8, 1421:24,
1431:8, 1431:21,
1432:1, 1442:18,
1478:20, 1483:25,
1487:1, 1488:15,
1492:21, 1494:1
**history** [2] - 1322:10,
1322:12
**hold** [1] - 1319:18
**holding** [1] - 1408:5
**HOLDINGS** [1] -
1313:11
**holds** [2] - 1396:7,
1407:14
**hole** [8] - 1336:12,
1413:20, 1437:14,
1438:17, 1438:19,
1446:23, 1463:6,
1465:6
**hole'** [1] - 1336:19
**HOLTHAUS** [1] -
1310:14
**Honor** [57] - 1317:9,
1317:10, 1317:17,
1317:23, 1318:5,
1318:8, 1318:10,
1319:5, 1319:9,
1319:20, 1320:16,
1320:17, 1320:24,
1321:8, 1321:17,
1321:19, 1322:1,
1333:25, 1353:12,
1360:17, 1377:18,
1385:19, 1394:2,
1394:19, 1394:21,
1432:2, 1432:4,
1434:1, 1436:20,
1442:8, 1442:15,

1443:2, 1451:14,
1451:20, 1460:19,
1462:12, 1462:15,
1462:16, 1465:24,
1474:21, 1477:9,
1484:13, 1484:16,
1484:19, 1485:2,
1485:3, 1485:17,
1486:25, 1487:18,
1488:17, 1489:24,
1491:21, 1492:20,
1492:25, 1494:8,
1495:18, 1496:4
**HONORABLE** [1] -
1308:21
**hope** [1] - 1332:6
**HORIZON** [1] -
1308:5
**Horizon** [16] -
1322:11, 1322:15,
1322:21, 1323:4,
1323:24, 1324:10,
1325:17, 1363:10,
1366:13, 1369:20,
1384:5, 1392:22,
1401:23, 1439:12,
1477:11, 1477:15
**horizontal** [2] -
1352:9, 1495:8
**horizontally** [1] -
1351:6
**horrific** [1] - 1397:5
**host** [1] - 1460:18
**HOUMA** [1] - 1310:8
**hour** [1] - 1343:4
**hours** [12] - 1381:4,
1413:6, 1413:12,
1414:22, 1415:2,
1415:7, 1415:22,
1417:2, 1417:14,
1418:3, 1434:6,
1479:22
**house** [5] - 1324:4,
1341:1, 1379:18,
1381:5, 1432:24
**Houston** [1] -
1428:10
**HOUSTON** [7] -
1310:19, 1313:19,
1314:8, 1314:17,
1314:18, 1315:4,
1315:9
**However** [2] -
1434:20, 1489:9
**however** [2] -
1319:20, 1495:7
**HUGH** [1] - 1315:7
**HUGHES** [1] -
1314:7
**humorous** [2] -

1492:11, 1493:10
**hundred** [2] -
1342:14, 1371:3
**hydraulic** [3] -
1472:5, 1472:14,
1473:19
**Hydraulic** [1] -
1472:25
**hydrocarbon** [16] -
1403:15, 1416:1,
1416:3, 1422:14,
1422:17, 1422:21,
1423:9, 1423:11,
1423:17, 1445:9,
1446:5, 1463:13,
1465:1, 1471:13,
1478:2, 1491:2
**hydrocarbon-
bearing** [1] - 1491:2
**hydrocarbons** [33] -
1376:4, 1376:5,
1401:22, 1405:9,
1408:20, 1410:16,
1411:21, 1412:6,
1415:23, 1418:23,
1423:25, 1445:3,
1445:5, 1445:8,
1445:18, 1445:25,
1446:6, 1446:13,
1446:15, 1446:19,
1447:5, 1447:10,
1447:11, 1448:1,
1448:15, 1448:17,
1448:25, 1452:3,
1453:19, 1470:19,
1490:16, 1490:22,
1491:15
**hydrostatic** [10] -
1337:7, 1337:9,
1402:3, 1402:7,
1402:14, 1402:19,
1402:21, 1416:12,
1469:13
**HYMEL** [1] - 1314:3

# I

**I** [842] - 1316:1,
1317:3, 1317:12,
1317:23, 1317:24,
1318:13, 1318:23,
1319:12, 1319:20,
1319:25, 1320:4,
1320:9, 1320:16,
1320:23, 1321:9,
1321:22, 1321:24,
1322:8, 1322:9,
1323:6, 1323:10,
1323:17, 1323:22,
1323:25, 1324:12,

1324:17, 1324:23,
1325:11, 1325:19,
1325:20, 1325:21,
1325:24, 1326:6,
1326:10, 1326:24,
1327:14, 1328:2,
1328:8, 1328:13,
1328:14, 1328:16,
1328:20, 1328:21,
1329:19, 1329:24,
1329:25, 1330:1,
1330:7, 1330:14,
1331:10, 1332:6,
1332:15, 1332:19,
1332:22, 1332:24,
1333:5, 1333:14,
1333:16, 1333:17,
1333:22, 1334:6,
1334:8, 1334:15,
1334:19, 1334:24,
1334:25, 1335:12,
1335:19, 1335:21,
1336:5, 1336:14,
1336:15, 1337:1,
1337:3, 1337:8,
1337:14, 1337:20,
1338:15, 1338:23,
1339:16, 1339:23,
1340:6, 1340:14,
1340:16, 1340:18,
1341:5, 1341:9,
1341:16, 1341:17,
1341:18, 1341:23,
1342:5, 1342:11,
1343:2, 1343:6,
1343:13, 1344:8,
1344:14, 1344:20,
1345:14, 1345:19,
1345:24, 1346:3,
1346:17, 1347:4,
1347:8, 1347:9,
1347:12, 1347:13,
1347:14, 1348:2,
1348:9, 1348:23,
1348:25, 1349:3,
1349:10, 1349:11,
1349:20, 1349:21,
1349:25, 1350:1,
1350:7, 1350:11,
1350:16, 1350:17,
1350:21, 1350:25,
1351:3, 1351:9,
1351:12, 1351:16,
1351:21, 1352:11,
1352:12, 1353:8,
1353:11, 1353:12,
1353:13, 1353:18,
1353:19, 1353:20,
1353:21, 1353:24,
1354:4, 1354:5,
1354:12, 1354:14,

1354:24, 1354:25,
1355:1, 1355:6,
1355:8, 1355:14,
1355:18, 1356:3,
1357:8, 1357:11,
1357:14, 1357:15,
1358:4, 1358:7,
1358:8, 1358:15,
1358:16, 1358:17,
1358:24, 1359:19,
1360:1, 1360:6,
1360:11, 1360:13,
1360:16, 1361:3,
1361:4, 1361:12,
1362:17, 1362:20,
1363:3, 1363:11,
1363:20, 1364:4,
1364:7, 1364:8,
1364:19, 1364:24,
1365:1, 1365:4,
1365:12, 1365:21,
1365:24, 1366:2,
1366:6, 1366:14,
1366:19, 1367:3,
1367:11, 1367:12,
1367:13, 1367:17,
1367:21, 1368:15,
1369:11, 1369:14,
1370:5, 1370:9,
1370:10, 1370:15,
1370:24, 1371:5,
1371:6, 1371:11,
1371:13, 1371:19,
1371:24, 1372:3,
1372:20, 1372:21,
1373:11, 1373:18,
1373:25, 1374:1,
1374:7, 1374:11,
1374:15, 1374:22,
1375:17, 1375:20,
1375:24, 1376:6,
1376:16, 1376:17,
1376:18, 1376:22,
1376:24, 1377:14,
1377:16, 1377:19,
1377:21, 1377:25,
1378:13, 1378:16,
1378:18, 1378:22,
1379:2, 1379:12,
1379:13, 1380:7,
1380:9, 1380:22,
1380:24, 1381:22,
1382:6, 1382:16,
1382:24, 1383:11,
1383:24, 1384:8,
1384:9, 1384:19,
1384:20, 1385:6,
1385:13, 1385:16,
1385:17, 1385:21,
1385:24, 1386:2,
1386:4, 1386:6,

1386:9, 1386:13,
1386:21, 1386:25,
1387:16, 1387:17,
1387:21, 1387:23,
1388:2, 1388:8,
1388:13, 1388:19,
1388:24, 1389:8,
1389:11, 1389:15,
1389:18, 1389:20,
1389:24, 1390:2,
1390:3, 1391:5,
1391:19, 1391:20,
1391:24, 1392:5,
1392:14, 1392:19,
1392:24, 1393:2,
1393:7, 1393:11,
1393:12, 1393:16,
1393:22, 1394:9,
1394:10, 1394:12,
1394:22, 1395:8,
1395:11, 1395:12,
1395:13, 1395:14,
1395:25, 1396:5,
1396:12, 1396:14,
1396:15, 1396:18,
1397:7, 1397:9,
1397:14, 1397:23,
1398:21, 1398:24,
1399:1, 1399:7,
1399:15, 1399:18,
1399:23, 1399:24,
1399:25, 1400:2,
1400:6, 1400:11,
1400:16, 1400:17,
1400:19, 1401:5,
1401:10, 1401:24,
1401:25, 1402:1,
1402:5, 1402:10,
1402:15, 1403:5,
1403:21, 1403:24,
1404:7, 1404:14,
1404:21, 1405:2,
1405:4, 1407:4,
1407:16, 1408:10,
1408:12, 1408:25,
1409:8, 1409:11,
1409:23, 1409:25,
1410:20, 1410:21,
1411:7, 1411:12,
1411:14, 1412:6,
1412:12, 1412:25,
1413:4, 1413:6,
1413:11, 1413:23,
1414:7, 1414:20,
1415:8, 1415:9,
1415:20, 1416:10,
1416:23, 1417:4,
1417:6, 1417:10,
1417:20, 1417:23,
1418:9, 1418:12,
1418:21, 1419:20,

1419:21, 1420:5,
1420:6, 1420:7,
1421:17, 1421:25,
1422:1, 1422:6,
1422:7, 1422:14,
1422:18, 1422:25,
1423:1, 1423:4,
1423:5, 1423:19,
1423:21, 1424:2,
1424:9, 1424:15,
1425:15, 1425:18,
1425:20, 1426:24,
1427:1, 1427:7,
1427:21, 1428:5,
1428:6, 1428:15,
1428:16, 1429:3,
1429:6, 1429:8,
1429:17, 1429:19,
1430:7, 1430:12,
1430:13, 1430:23,
1430:24, 1431:2,
1431:7, 1431:14,
1431:20, 1431:22,
1431:24, 1432:9,
1433:1, 1433:6,
1433:8, 1433:13,
1433:14, 1433:15,
1433:23, 1434:8,
1434:15, 1434:18,
1434:22, 1435:7,
1435:12, 1436:9,
1436:11, 1436:12,
1437:1, 1437:15,
1437:17, 1438:3,
1438:4, 1438:16,
1438:24, 1439:3,
1439:6, 1439:8,
1439:15, 1439:23,
1440:1, 1440:8,
1440:13, 1440:24,
1441:2, 1441:11,
1441:14, 1441:21,
1442:3, 1442:8,
1442:13, 1442:16,
1442:20, 1443:2,
1443:6, 1443:13,
1443:22, 1443:23,
1444:8, 1444:12,
1445:1, 1445:17,
1445:22, 1446:13,
1447:1, 1447:6,
1447:7, 1447:14,
1447:21, 1448:5,
1448:6, 1448:11,
1448:16, 1448:20,
1449:13, 1449:17,
1450:4, 1450:14,
1450:16, 1451:12,
1451:14, 1451:15,
1451:17, 1451:21,
1451:22, 1451:24,

1452:7, 1452:18,
1452:22, 1453:2,
1453:5, 1453:8,
1453:15, 1453:16,
1453:18, 1453:20,
1453:21, 1453:22,
1454:1, 1454:2,
1454:8, 1454:10,
1454:17, 1454:18,
1454:22, 1454:23,
1455:7, 1455:11,
1455:16, 1455:17,
1455:24, 1456:1,
1456:8, 1456:14,
1456:16, 1456:22,
1458:3, 1458:10,
1458:11, 1458:14,
1458:16, 1458:17,
1459:5, 1459:20,
1459:21, 1459:23,
1460:5, 1460:16,
1461:3, 1462:3,
1462:4, 1462:6,
1462:7, 1462:16,
1462:20, 1462:21,
1463:4, 1463:6,
1463:7, 1463:16,
1463:20, 1464:1,
1464:2, 1464:12,
1464:21, 1465:5,
1465:22, 1465:24,
1466:3, 1466:4,
1466:21, 1466:25,
1467:1, 1467:13,
1467:18, 1468:6,
1468:7, 1468:14,
1468:15, 1468:16,
1468:25, 1469:7,
1469:9, 1470:25,
1471:3, 1471:13,
1471:14, 1471:15,
1472:12, 1472:18,
1473:9, 1473:13,
1473:15, 1473:18,
1473:19, 1474:9,
1475:1, 1475:6,
1475:7, 1475:17,
1475:23, 1476:2,
1476:7, 1476:22,
1477:1, 1477:2,
1477:4, 1477:6,
1478:4, 1478:23,
1479:5, 1479:12,
1479:19, 1479:25,
1480:10, 1480:13,
1480:21, 1481:4,
1481:13, 1481:15,
1481:22, 1482:1,
1482:9, 1482:12,
1483:3, 1483:11,
1483:14, 1483:15,

1483:19, 1483:20,
1483:22, 1484:3,
1484:5, 1484:13,
1485:6, 1485:18,
1485:23, 1485:24,
1486:1, 1486:4,
1486:9, 1487:1,
1487:15, 1487:24,
1488:14, 1488:21,
1490:7, 1490:24,
1491:13, 1492:2,
1492:4, 1492:11,
1492:21, 1492:25,
1493:11, 1493:12,
1493:20, 1493:24,
1494:1, 1494:15,
1494:20, 1494:21,
1494:24, 1495:14,
1495:17, 1496:5,
1496:9, 1496:11,
1496:13, 1497:7
  **I'd** [2] - 1360:7,
1402:18
  **I'll** [12] - 1394:13,
1394:19, 1398:20,
1398:25, 1407:16,
1430:2, 1432:2,
1473:9, 1487:3,
1487:18, 1490:1,
1492:6
  **I'm** [43] - 1318:6,
1319:6, 1324:17,
1333:16, 1336:14,
1339:20, 1352:18,
1354:4, 1354:12,
1355:22, 1361:16,
1365:13, 1365:21,
1366:1, 1366:6,
1366:14, 1377:25,
1379:2, 1380:23,
1391:17, 1394:11,
1413:19, 1418:11,
1426:23, 1428:15,
1428:22, 1447:1,
1448:4, 1464:11,
1471:15, 1472:9,
1472:18, 1473:6,
1473:13, 1473:25,
1475:6, 1476:7,
1476:22, 1481:18,
1482:19, 1484:6,
1491:19, 1494:17
  **I've** [22] - 1333:19,
1355:6, 1357:14,
1371:19, 1373:25,
1375:14, 1376:1,
1378:24, 1385:25,
1392:8, 1392:14,
1395:21, 1405:6,
1412:10, 1428:15,
1429:13, 1430:2,

1442:10, 1442:11,
1442:12, 1443:4,
1482:19
  **i.e** [1] - 1383:18
  **Ibos** [2] - 1497:7,
1497:15
  **IBOS** [1] - 1315:12
  **idea** [1] - 1348:3
  **identification** [1] -
1318:3
  **identified** [3] -
1326:14, 1418:25,
1460:7
  **identify** [4] -
1332:22, 1342:15,
1367:14, 1398:25
  **If** [1] - 1391:15
  **if** [205] - 1319:9,
1319:18, 1321:9,
1321:22, 1324:20,
1326:18, 1326:19,
1326:24, 1333:14,
1334:8, 1335:12,
1338:23, 1342:11,
1347:20, 1348:5,
1348:23, 1350:7,
1350:25, 1352:21,
1352:24, 1353:8,
1354:24, 1359:19,
1360:6, 1361:3,
1361:7, 1370:6,
1370:9, 1374:10,
1377:12, 1378:17,
1380:9, 1384:5,
1384:12, 1384:19,
1384:20, 1384:21,
1384:24, 1385:9,
1385:16, 1389:20,
1390:10, 1390:19,
1393:13, 1394:16,
1395:12, 1395:13,
1396:15, 1396:19,
1396:24, 1399:10,
1399:24, 1400:19,
1401:18, 1402:11,
1402:13, 1402:19,
1402:21, 1402:24,
1402:25, 1403:5,
1403:8, 1403:10,
1403:12, 1403:25,
1404:4, 1404:8,
1404:11, 1404:14,
1404:16, 1404:17,
1404:18, 1404:21,
1405:8, 1407:14,
1407:17, 1407:20,
1408:16, 1409:5,
1409:12, 1409:15,
1410:2, 1410:21,
1412:17, 1413:1,

1413:4, 1413:20,
1414:7, 1414:9,
1417:11, 1418:2,
1419:24, 1422:8,
1422:18, 1423:17,
1423:21, 1424:2,
1426:5, 1428:8,
1429:15, 1429:17,
1430:16, 1431:7,
1431:15, 1431:23,
1433:6, 1433:9,
1433:14, 1433:16,
1434:13, 1434:17,
1438:7, 1438:14,
1439:8, 1439:16,
1441:14, 1441:24,
1442:5, 1442:6,
1442:24, 1443:1,
1443:12, 1446:2,
1446:7, 1446:8,
1447:1, 1447:10,
1447:14, 1447:16,
1447:22, 1447:24,
1448:6, 1448:11,
1449:18, 1449:19,
1449:20, 1449:22,
1450:2, 1450:8,
1450:18, 1450:19,
1450:22, 1450:23,
1450:24, 1451:8,
1452:3, 1452:10,
1452:21, 1454:25,
1458:5, 1458:15,
1459:1, 1459:20,
1460:10, 1464:2,
1464:22, 1465:1,
1465:8, 1465:10,
1465:13, 1466:13,
1467:17, 1468:15,
1471:16, 1472:18,
1473:7, 1473:9,
1473:16, 1473:21,
1476:4, 1480:21,
1481:3, 1481:4,
1483:16, 1483:17,
1483:19, 1483:22,
1484:10, 1485:8,
1487:25, 1488:1,
1488:2, 1488:21,
1488:23, 1488:25,
1489:16, 1490:1,
1490:12, 1492:4,
1492:25, 1493:24,
1494:16, 1494:17
  **ignited** [1] - 1390:24
  **ignition** [3] - 1390:6,
1390:16, 1390:20
  **IL** [1] - 1313:9
  **immediate** [2] -
1409:2, 1409:6

  **immediately** [3] -
1328:9, 1399:2,
1413:15
  **impact** [1] - 1480:23
  **impart** [1] - 1401:11
  **impeachment** [3] -
1318:19, 1319:15,
1319:16
  **impermeable** [1] -
1448:15
  **impinge** [1] - 1384:8
  **implicitly** [1] -
1343:3
  **implying** [1] - 1385:2
  **important** [10] -
1335:6, 1337:19,
1372:21, 1372:24,
1376:16, 1376:18,
1383:24, 1391:23,
1432:15, 1462:25
  **impossible** [2] -
1426:4, 1426:5
  **impractical** [1] -
1426:5
  **IMPREVENTO** [1] -
1309:18
  **improper** [1] -
1377:19
  **in** [505] - 1318:16,
1319:5, 1319:19,
1320:2, 1320:7,
1320:13, 1320:14,
1320:20, 1320:21,
1321:2, 1321:4,
1321:6, 1321:14,
1321:20, 1322:11,
1322:20, 1322:22,
1322:23, 1323:8,
1323:12, 1324:4,
1324:18, 1325:1,
1325:6, 1325:9,
1325:17, 1326:8,
1326:10, 1326:24,
1326:25, 1327:2,
1327:5, 1327:10,
1327:11, 1327:15,
1328:9, 1328:14,
1328:17, 1328:21,
1328:25, 1329:11,
1330:11, 1330:17,
1332:6, 1332:13,
1332:15, 1332:17,
1333:3, 1333:24,
1334:6, 1334:17,
1335:11, 1336:12,
1336:16, 1336:19,
1337:3, 1337:9,
1337:15, 1337:16,
1337:17, 1337:23,
1338:2, 1339:17,

1339:18, 1340:3, 1340:10, 1341:1, 1341:5, 1341:11, 1341:21, 1342:6, 1342:9, 1342:15, 1342:19, 1342:22, 1342:24, 1343:1, 1343:2, 1343:3, 1343:12, 1343:23, 1344:2, 1344:5, 1344:15, 1344:19, 1345:4, 1345:22, 1346:19, 1347:9, 1347:16, 1348:3, 1348:14, 1348:24, 1350:1, 1350:15, 1350:18, 1350:19, 1350:23, 1351:6, 1351:7, 1351:11, 1351:13, 1351:17, 1352:16, 1353:2, 1353:5, 1353:8, 1353:23, 1355:1, 1355:4, 1355:6, 1356:11, 1357:10, 1357:12, 1357:24, 1358:5, 1360:2, 1360:9, 1360:21, 1360:22, 1361:5, 1361:12, 1361:19, 1361:20, 1362:1, 1362:9, 1362:11, 1363:3, 1363:9, 1363:14, 1364:12, 1364:17, 1365:16, 1365:24, 1366:4, 1367:8, 1367:19, 1368:4, 1368:13, 1368:18, 1369:3, 1369:6, 1369:21, 1370:9, 1371:2, 1371:13, 1371:20, 1371:25, 1372:6, 1372:12, 1372:18, 1373:1, 1373:8, 1373:9, 1373:20, 1374:10, 1374:16, 1374:19, 1374:24, 1375:1, 1375:11, 1377:9, 1378:7, 1378:15, 1378:16, 1378:18, 1379:1, 1379:6, 1379:14, 1379:15, 1379:18, 1379:19, 1380:12, 1381:5, 1383:10, 1383:11, 1383:16, 1383:17, 1383:19, 1383:21, 1384:4, 1385:8, 1385:23,

1386:1, 1386:7, 1387:6, 1388:16, 1388:24, 1389:4, 1389:12, 1389:25, 1390:9, 1391:8, 1391:9, 1391:14, 1391:17, 1391:22, 1392:17, 1393:4, 1393:16, 1393:17, 1394:9, 1396:8, 1397:6, 1398:5, 1398:6, 1398:20, 1399:1, 1399:3, 1399:11, 1399:17, 1399:25, 1400:4, 1401:16, 1401:20, 1401:21, 1401:23, 1402:3, 1402:8, 1402:9, 1402:10, 1402:12, 1402:21, 1403:1, 1403:2, 1403:3, 1403:5, 1403:6, 1403:11, 1403:16, 1403:17, 1403:18, 1403:23, 1403:25, 1404:6, 1404:17, 1405:4, 1405:22, 1406:5, 1406:6, 1406:7, 1406:10, 1406:21, 1407:10, 1408:16, 1408:19, 1409:15, 1410:13, 1410:17, 1411:1, 1411:3, 1411:8, 1412:3, 1412:12, 1412:18, 1412:19, 1413:16, 1413:20, 1413:21, 1414:6, 1414:12, 1414:17, 1415:5, 1415:16, 1415:22, 1416:4, 1416:5, 1416:16, 1418:3, 1419:2, 1419:5, 1419:12, 1419:20, 1420:2, 1420:9, 1420:15, 1420:16, 1420:20, 1421:2, 1421:9, 1421:15, 1421:16, 1421:21, 1422:2, 1422:17, 1422:19, 1423:10, 1423:12, 1423:25, 1424:14, 1424:25, 1425:4, 1425:11, 1425:15, 1426:3, 1426:6, 1427:14, 1427:15, 1427:17, 1427:18, 1427:19, 1428:2, 1428:7, 1428:14, 1429:2,

1429:17, 1430:2, 1430:14, 1431:3, 1431:4, 1431:8, 1431:11, 1432:19, 1432:24, 1433:3, 1433:8, 1434:4, 1434:11, 1434:17, 1434:25, 1435:6, 1435:14, 1436:18, 1436:21, 1437:2, 1437:11, 1437:13, 1437:17, 1437:20, 1437:25, 1438:6, 1438:17, 1438:19, 1439:7, 1439:20, 1440:3, 1440:13, 1440:20, 1440:21, 1441:4, 1441:6, 1442:11, 1442:17, 1443:21, 1444:4, 1444:23, 1445:4, 1445:9, 1445:19, 1446:19, 1446:23, 1447:12, 1447:15, 1447:19, 1448:5, 1448:13, 1449:4, 1449:5, 1449:11, 1449:14, 1449:15, 1449:22, 1450:3, 1450:5, 1450:12, 1450:20, 1450:22, 1450:23, 1451:4, 1451:22, 1452:13, 1452:20, 1453:11, 1453:16, 1453:19, 1453:21, 1453:23, 1454:5, 1454:15, 1454:24, 1454:25, 1455:2, 1455:20, 1456:4, 1456:5, 1456:6, 1456:9, 1456:10, 1456:12, 1456:13, 1456:20, 1456:23, 1456:24, 1457:4, 1457:7, 1457:11, 1457:16, 1457:24, 1459:21, 1460:4, 1460:12, 1460:25, 1461:3, 1461:6, 1461:23, 1462:2, 1462:22, 1463:1, 1463:12, 1463:14, 1463:23, 1464:2, 1465:2, 1465:6, 1465:8, 1466:20, 1466:24, 1467:8, 1467:9, 1467:11, 1467:13, 1467:17, 1467:18, 1467:20, 1468:3, 1468:16, 1468:18,

1469:3, 1469:8, 1470:7, 1471:15, 1471:19, 1472:2, 1472:17, 1473:4, 1473:16, 1474:16, 1474:19, 1475:21, 1477:9, 1477:11, 1478:5, 1479:21, 1480:8, 1480:15, 1480:19, 1481:1, 1481:17, 1482:4, 1482:5, 1482:17, 1482:23, 1483:3, 1483:13, 1483:16, 1485:8, 1486:2, 1486:4, 1486:5, 1486:7, 1486:21, 1487:9, 1487:11, 1488:15, 1489:11, 1489:16, 1489:23, 1490:22, 1491:1, 1491:10, 1491:15, 1492:5, 1492:10, 1493:25, 1494:17, 1494:18, 1495:1, 1496:2, 1496:4, 1496:12, 1497:11
**In** [2] - 1368:19, 1391:21
**IN** [3] - 1308:5, 1308:5, 1308:12
**in-house** [5] - 1324:4, 1341:1, 1379:18, 1381:5, 1432:24
**inability** [1] - 1320:2
**inaccurate** [1] - 1347:6
**inadvertently** [1] - 1488:8
**INC** [5] - 1308:15, 1312:19, 1313:12, 1313:13, 1314:21
**inch** [1] - 1393:18
**incident** [9] - 1365:19, 1365:23, 1366:4, 1366:25, 1367:1, 1367:2, 1397:5, 1435:1, 1487:7
**include** [3] - 1366:15, 1428:24, 1465:6
**included** [6] - 1324:19, 1334:17, 1344:22, 1424:13, 1456:6, 1460:25
**including** [5] - 1386:14, 1390:12, 1397:18, 1400:10,

1493:4
**inclusion** [1] - 1456:11
**incorrectly** [1] - 1421:3
**increase** [11] - 1352:17, 1352:22, 1353:1, 1356:25, 1357:2, 1357:9, 1357:24, 1358:2, 1369:21, 1468:8, 1468:18
**increased** [4] - 1372:18, 1454:14, 1468:4, 1468:19
**increasing** [2] - 1468:11, 1468:15
**indicate** [1] - 1486:21
**indicated** [12] - 1317:24, 1348:17, 1350:8, 1364:13, 1367:25, 1380:2, 1380:5, 1380:20, 1381:4, 1381:9, 1446:17, 1488:4
**indicates** [3] - 1333:12, 1472:25, 1486:7
**indication** [3] - 1337:6, 1449:25, 1450:8
**indications** [2] - 1368:1, 1495:6
**indicative** [1] - 1425:19
**indicator** [1] - 1369:22
**indicators** [1] - 1368:22
**individual** [4] - 1329:24, 1398:5, 1401:2, 1401:8
**individuals** [1] - 1368:20
**industry** [2] - 1348:3, 1481:17
**ineffective** [1] - 1442:4
**inference** [1] - 1423:4
**inflow** [1] - 1338:10
**influx** [6] - 1363:15, 1391:15, 1412:6, 1470:4, 1482:5, 1482:24
**Influx** [1] - 1423:24
**information** [70] - 1319:3, 1319:22, 1320:2, 1321:3,

1327:13, 1330:13, 1331:1, 1331:2, 1334:20, 1334:24, 1335:6, 1350:4, 1350:12, 1351:14, 1351:22, 1364:9, 1386:14, 1387:4, 1389:7, 1390:3, 1399:4, 1399:6, 1400:9, 1400:17, 1401:14, 1401:19, 1401:20, 1425:16, 1425:18, 1425:20, 1425:23, 1427:12, 1429:8, 1430:5, 1430:12, 1430:13, 1435:4, 1435:15, 1436:10, 1436:11, 1450:6, 1450:7, 1450:16, 1456:4, 1457:8, 1458:6, 1458:15, 1460:13, 1460:21, 1461:2, 1462:4, 1462:25, 1463:4, 1463:6, 1463:7, 1463:8, 1463:15, 1465:5, 1465:7, 1465:8, 1477:1, 1486:6, 1486:8, 1486:14, 1489:15, 1490:11, 1493:3, 1493:4, 1494:4, 1495:15

**ingress** [1] - 1437:7
**initial** [1] - 1478:2
**initiate** [2] - 1365:19, 1365:22
**initiated** [1] - 1415:5
**injection** [5] - 1377:11, 1377:12, 1419:11, 1419:14, 1419:18
**injunction** [5] - 1434:22, 1435:5, 1435:20, 1436:17, 1457:11
**inline** [2] - 1422:12, 1423:7
**input** [1] - 1396:13
**inquiry** [1] - 1432:21
**inside** [7] - 1361:1, 1361:2, 1361:3, 1407:19, 1407:21, 1408:7, 1408:13
**insite** [2] - 1354:3, 1354:18
**insofar** [2] - 1396:9, 1401:12
**instability** [1] - 1380:5

**installed** [1] - 1420:14
**instead** [6] - 1352:10, 1352:15, 1356:25, 1361:16, 1370:20, 1387:25
**instructed** [3] - 1328:17, 1347:10, 1388:10
**instructions** [1] - 1451:21
**Integrity** [1] - 1442:24
**integrity** [12] - 1330:21, 1330:24, 1331:4, 1333:15, 1384:9, 1405:17, 1406:17, 1443:1, 1443:11, 1466:23, 1469:1, 1469:4
**intend** [1] - 1418:18
**intended** [1] - 1373:4
**intent** [2] - 1375:17, 1438:8
**intention** [3] - 1375:11, 1375:13, 1375:14
**interactions** [1] - 1419:1
**interest** [3] - 1467:17, 1478:6, 1492:6
**interested** [1] - 1337:15
**internal** [3] - 1320:1, 1431:5, 1444:10
**INTERNATIONAL** [1] - 1314:11
**interpret** [3] - 1338:13, 1338:15, 1404:15
**interpreted** [7] - 1404:12, 1404:19, 1409:2, 1409:6, 1411:20, 1451:9, 1455:8
**interview** [49] - 1323:20, 1324:2, 1324:5, 1329:25, 1333:10, 1334:18, 1334:25, 1337:17, 1337:19, 1338:25, 1339:8, 1339:15, 1339:22, 1340:4, 1340:11, 1341:14, 1341:20, 1342:3, 1342:8, 1344:10, 1344:12, 1345:16, 1347:2, 1347:6, 1354:2, 1355:1,

1357:17, 1358:10, 1359:4, 1359:6, 1359:7, 1375:5, 1389:9, 1389:10, 1389:12, 1389:14, 1398:4, 1398:8, 1400:25, 1401:3, 1401:7, 1401:8, 1422:1, 1433:9, 1433:11, 1492:7, 1492:14, 1492:21
**interviewed** [8] - 1337:20, 1338:22, 1389:21, 1421:23, 1431:23, 1433:6, 1435:10, 1489:16
**interviewer's** [1] - 1361:9
**interviewers** [3] - 1338:5, 1354:21, 1357:8
**interviews** [22] - 1331:22, 1332:4, 1333:18, 1341:17, 1342:22, 1345:2, 1345:6, 1346:9, 1346:20, 1346:21, 1346:22, 1347:11, 1374:21, 1388:17, 1389:17, 1389:23, 1398:1, 1429:17, 1432:10, 1487:9, 1491:25, 1493:21
**into** [34] - 1317:13, 1321:15, 1363:21, 1376:20, 1377:11, 1377:13, 1377:14, 1380:8, 1385:10, 1391:16, 1392:12, 1394:17, 1402:22, 1406:21, 1418:24, 1419:11, 1420:2, 1425:1, 1428:8, 1431:25, 1432:21, 1441:9, 1451:2, 1451:12, 1460:20, 1461:10, 1462:5, 1465:21, 1466:22, 1470:20, 1471:13, 1475:7, 1490:17
**introduction** [1] - 1465:22
**investigate** [2] - 1370:12, 1371:25
**investigating** [1] - 1370:18
**investigation** [134] - 1318:1, 1319:5, 1320:1, 1322:10, 1323:15, 1325:16,

1327:24, 1329:21, 1329:22, 1331:8, 1331:19, 1331:24, 1332:1, 1334:22, 1335:9, 1337:16, 1338:5, 1339:18, 1340:21, 1341:2, 1344:3, 1344:21, 1345:2, 1345:5, 1345:15, 1346:4, 1346:19, 1346:21, 1347:9, 1349:11, 1350:11, 1365:20, 1365:23, 1366:11, 1366:12, 1369:3, 1370:3, 1370:6, 1370:9, 1370:12, 1371:25, 1372:14, 1372:16, 1373:4, 1373:8, 1373:24, 1374:14, 1374:17, 1376:11, 1376:16, 1376:19, 1377:5, 1378:13, 1379:15, 1380:1, 1380:18, 1382:22, 1386:16, 1387:7, 1388:16, 1388:22, 1389:1, 1392:17, 1397:7, 1397:13, 1397:15, 1398:3, 1398:11, 1399:5, 1407:1, 1410:20, 1416:25, 1418:8, 1418:22, 1418:25, 1421:22, 1424:20, 1424:21, 1429:12, 1430:6, 1431:2, 1432:19, 1433:2, 1433:15, 1434:20, 1436:12, 1437:9, 1441:10, 1441:19, 1442:25, 1443:10, 1444:10, 1444:13, 1445:14, 1452:24, 1453:23, 1454:13, 1454:16, 1455:25, 1456:4, 1456:12, 1456:17, 1457:8, 1457:19, 1458:8, 1459:12, 1460:23, 1460:24, 1461:24, 1461:25, 1462:2, 1462:9, 1463:22, 1463:25, 1464:5, 1464:6, 1464:10, 1470:8, 1471:21, 1475:2, 1475:17, 1476:10, 1476:17, 1478:25, 1479:8, 1479:20, 1482:13, 1486:3,

1488:10, 1492:18, 1493:3, 1495:9
**investigations** [1] - 1389:3
**investigative** [14] - 1321:2, 1367:5, 1401:6, 1418:13, 1421:1, 1432:7, 1436:14, 1437:21, 1448:12, 1449:6, 1449:10, 1450:11, 1454:4, 1464:23
**investigators** [1] - 1331:17
**involve** [1] - 1402:10
**involved** [9] - 1361:12, 1383:16, 1385:25, 1387:17, 1397:6, 1399:25, 1412:11, 1433:3, 1457:21
**involvement** [1] - 1421:24
**involving** [1] - 1383:8
**IRPINO** [2] - 1310:21, 1310:21
**isn't** [31] - 1326:8, 1330:17, 1334:5, 1343:18, 1347:21, 1347:24, 1348:3, 1348:6, 1350:13, 1350:15, 1350:24, 1351:25, 1352:23, 1359:6, 1367:19, 1373:5, 1376:21, 1389:7, 1389:14, 1422:24, 1438:8, 1446:1, 1446:10, 1446:15, 1447:20, 1448:2, 1448:9, 1449:19, 1461:5, 1461:7, 1479:9
**isolate** [3] - 1376:4, 1376:5, 1463:17
**isolated** [1] - 1465:9
**issue** [21] - 1318:14, 1319:3, 1319:4, 1319:24, 1320:3, 1320:6, 1320:8, 1348:14, 1387:1, 1387:3, 1387:12, 1390:23, 1404:11, 1409:16, 1410:4, 1412:20, 1418:15, 1456:12, 1456:18, 1457:8, 1496:2
**issued** [8] - 1318:1, 1318:18, 1370:1, 1386:17, 1386:23,

1397:1, 1431:16,
1432:1
  **issues** [3] - 1407:4,
1419:5, 1419:17
  **It** [1] - 1482:3
  **it** [661] - 1319:9,
1319:12, 1319:13,
1319:18, 1319:19,
1320:23, 1321:13,
1321:14, 1322:11,
1322:23, 1323:8,
1323:10, 1323:11,
1323:12, 1324:12,
1324:13, 1324:16,
1326:10, 1327:13,
1327:22, 1327:23,
1328:3, 1328:19,
1329:5, 1329:6,
1329:19, 1329:20,
1330:1, 1330:5,
1330:6, 1330:8,
1330:17, 1330:19,
1331:5, 1331:9,
1331:11, 1332:22,
1332:25, 1333:8,
1333:9, 1333:15,
1333:17, 1333:22,
1333:24, 1334:5,
1334:9, 1334:19,
1334:21, 1334:23,
1335:3, 1335:4,
1335:19, 1335:21,
1335:22, 1335:23,
1336:4, 1336:7,
1336:11, 1336:14,
1337:3, 1337:5,
1337:7, 1337:9,
1337:18, 1337:23,
1337:25, 1338:10,
1338:12, 1340:14,
1341:22, 1342:10,
1343:1, 1343:3,
1343:5, 1343:6,
1343:8, 1343:12,
1343:23, 1344:20,
1344:21, 1345:21,
1345:22, 1346:17,
1346:18, 1347:15,
1347:16, 1347:20,
1347:22, 1347:24,
1348:3, 1348:21,
1348:22, 1348:24,
1350:7, 1350:8,
1350:13, 1350:24,
1351:3, 1351:24,
1352:22, 1352:25,
1353:3, 1353:4,
1353:5, 1353:9,
1354:2, 1354:12,
1354:16, 1354:17,

1354:20, 1355:1,
1355:3, 1355:8,
1355:23, 1356:4,
1356:9, 1356:14,
1357:3, 1357:4,
1357:5, 1357:8,
1357:14, 1358:8,
1358:13, 1358:17,
1358:22, 1359:5,
1359:6, 1359:17,
1359:19, 1359:20,
1360:16, 1360:20,
1360:21, 1360:25,
1361:8, 1361:13,
1361:23, 1362:2,
1362:3, 1362:7,
1362:8, 1362:9,
1362:23, 1363:3,
1363:19, 1363:20,
1364:6, 1364:8,
1365:22, 1366:5,
1366:6, 1366:13,
1366:14, 1366:18,
1366:19, 1366:20,
1366:23, 1368:5,
1368:12, 1368:13,
1368:19, 1368:20,
1368:24, 1368:25,
1369:14, 1370:6,
1370:11, 1370:17,
1370:23, 1371:4,
1371:6, 1371:7,
1371:17, 1372:10,
1372:13, 1372:14,
1372:16, 1373:5,
1375:1, 1375:5,
1375:8, 1375:11,
1375:14, 1375:15,
1375:19, 1375:23,
1376:12, 1376:15,
1376:17, 1376:18,
1376:19, 1377:11,
1377:12, 1377:13,
1377:24, 1378:6,
1378:8, 1378:15,
1378:22, 1379:6,
1380:7, 1380:8,
1380:9, 1380:14,
1381:16, 1381:19,
1382:7, 1382:9,
1383:24, 1384:3,
1385:1, 1385:3,
1385:13, 1386:15,
1386:17, 1386:18,
1386:20, 1386:21,
1386:23, 1387:2,
1387:10, 1387:13,
1388:4, 1388:7,
1389:17, 1391:19,
1391:20, 1391:21,
1391:23, 1393:8,

1393:11, 1393:19,
1393:21, 1393:22,
1394:21, 1396:8,
1396:20, 1396:22,
1397:1, 1397:4,
1397:22, 1398:1,
1398:25, 1399:1,
1399:3, 1399:15,
1400:4, 1400:8,
1400:19, 1402:5,
1402:10, 1402:25,
1403:6, 1403:8,
1403:10, 1403:11,
1403:12, 1403:20,
1403:21, 1403:22,
1403:25, 1404:1,
1404:5, 1404:18,
1404:22, 1405:2,
1405:6, 1405:13,
1405:20, 1406:10,
1406:15, 1407:3,
1407:5, 1407:6,
1407:16, 1407:17,
1407:19, 1407:20,
1408:1, 1408:3,
1408:4, 1408:8,
1408:10, 1408:11,
1408:12, 1408:18,
1409:12, 1409:23,
1410:5, 1410:15,
1410:17, 1410:21,
1411:7, 1411:11,
1411:12, 1411:16,
1411:17, 1412:8,
1412:12, 1412:13,
1412:19, 1412:20,
1413:2, 1413:3,
1413:6, 1413:7,
1413:10, 1413:11,
1413:13, 1413:15,
1414:1, 1414:15,
1414:20, 1415:10,
1415:11, 1415:19,
1415:20, 1415:21,
1416:4, 1416:8,
1416:10, 1416:11,
1416:13, 1416:16,
1416:18, 1417:5,
1417:16, 1417:17,
1417:25, 1418:12,
1418:22, 1418:24,
1419:9, 1419:17,
1420:21, 1420:22,
1421:15, 1422:7,
1422:11, 1422:18,
1422:22, 1423:5,
1423:11, 1423:20,
1423:22, 1424:10,
1425:1, 1425:22,
1426:4, 1426:25,
1427:11, 1427:19,

1427:23, 1428:16,
1428:18, 1428:21,
1428:22, 1429:19,
1430:16, 1430:21,
1430:23, 1430:24,
1430:25, 1431:9,
1431:25, 1432:15,
1433:10, 1434:4,
1435:3, 1435:7,
1435:11, 1435:16,
1437:1, 1437:2,
1437:24, 1438:2,
1438:3, 1438:9,
1438:11, 1438:15,
1438:23, 1439:2,
1439:3, 1439:9,
1439:11, 1439:13,
1439:17, 1439:20,
1439:24, 1440:1,
1440:3, 1440:4,
1440:7, 1440:13,
1440:17, 1440:21,
1441:1, 1441:12,
1441:13, 1441:15,
1441:21, 1441:23,
1442:11, 1442:12,
1442:16, 1442:23,
1442:24, 1443:1,
1443:12, 1443:17,
1443:18, 1443:21,
1444:22, 1444:24,
1444:25, 1445:12,
1445:15, 1446:4,
1446:8, 1446:10,
1446:11, 1447:25,
1448:4, 1448:10,
1448:16, 1448:17,
1448:18, 1448:20,
1449:2, 1449:3,
1449:10, 1449:19,
1450:14, 1450:19,
1450:21, 1450:25,
1451:6, 1451:9,
1451:10, 1451:17,
1451:22, 1451:24,
1452:10, 1452:12,
1452:19, 1452:20,
1452:23, 1453:2,
1454:12, 1454:25,
1455:4, 1455:6,
1455:9, 1456:5,
1456:17, 1456:19,
1457:21, 1457:23,
1457:25, 1458:1,
1458:6, 1458:7,
1458:9, 1458:14,
1458:17, 1458:20,
1458:23, 1458:24,
1458:25, 1459:1,
1459:2, 1459:5,
1459:8, 1459:10,

1459:13, 1459:15,
1459:16, 1459:18,
1459:19, 1459:20,
1459:22, 1460:1,
1460:3, 1460:4,
1460:10, 1460:12,
1460:13, 1460:14,
1461:5, 1461:6,
1461:7, 1461:10,
1461:14, 1461:19,
1462:24, 1462:25,
1463:15, 1464:3,
1464:6, 1464:7,
1465:10, 1465:23,
1466:12, 1466:22,
1467:2, 1467:3,
1467:4, 1467:13,
1467:23, 1468:2,
1468:14, 1468:17,
1468:23, 1468:24,
1469:8, 1469:9,
1469:10, 1469:12,
1469:13, 1469:15,
1469:16, 1471:15,
1471:19, 1472:6,
1472:11, 1473:9,
1473:10, 1473:16,
1473:17, 1473:18,
1473:19, 1473:21,
1473:22, 1473:23,
1473:24, 1474:9,
1474:15, 1474:17,
1474:19, 1475:1,
1475:3, 1475:8,
1475:13, 1475:17,
1476:1, 1476:6,
1476:7, 1476:16,
1477:5, 1477:6,
1477:7, 1477:20,
1478:12, 1478:17,
1479:4, 1479:12,
1479:24, 1480:4,
1480:10, 1480:17,
1480:21, 1481:1,
1481:8, 1481:17,
1481:19, 1482:3,
1482:7, 1482:22,
1482:23, 1483:4,
1483:5, 1483:7,
1483:8, 1483:12,
1483:13, 1483:16,
1483:18, 1483:21,
1484:5, 1484:10,
1486:4, 1486:8,
1488:12, 1488:14,
1488:24, 1489:16,
1491:10, 1491:13,
1491:14, 1492:11,
1492:22, 1493:10,
1493:24, 1494:18,
1495:6

**it'll** [3] - 1398:21, 1446:2, 1455:6
**it's** [94] - 1319:19, 1326:24, 1328:9, 1330:24, 1331:10, 1332:6, 1337:8, 1341:5, 1343:21, 1348:3, 1352:24, 1353:9, 1355:7, 1356:10, 1361:7, 1362:7, 1365:4, 1373:21, 1376:16, 1378:22, 1379:12, 1385:3, 1386:25, 1389:15, 1392:19, 1393:16, 1393:17, 1394:4, 1394:22, 1394:24, 1398:4, 1398:24, 1403:8, 1403:12, 1408:10, 1408:12, 1410:20, 1413:1, 1413:6, 1423:1, 1423:12, 1423:23, 1425:19, 1425:23, 1430:14, 1431:10, 1435:6, 1438:14, 1438:25, 1440:17, 1442:1, 1442:19, 1446:2, 1446:7, 1446:8, 1446:16, 1447:6, 1447:22, 1452:17, 1452:18, 1455:7, 1455:8, 1455:11, 1456:9, 1458:21, 1460:20, 1461:15, 1465:19, 1465:23, 1471:15, 1471:16, 1472:10, 1473:6, 1474:11, 1476:1, 1476:2, 1480:21, 1481:18, 1482:20, 1483:15, 1483:18, 1483:22, 1484:10, 1484:19, 1486:10, 1489:25, 1491:10, 1491:13, 1495:16, 1495:22
**its** [19] - 1367:16, 1367:19, 1383:23, 1384:1, 1388:22, 1389:16, 1389:22, 1391:14, 1400:4, 1401:12, 1419:20, 1430:16, 1435:2, 1438:18, 1438:24, 1457:8, 1458:8, 1462:1, 1488:15
**itself** [8] - 1322:12, 1322:13, 1399:1, 1399:17, 1406:14,
1416:11, 1449:8, 1477:15

## J

**J** [9] - 1308:8, 1308:21, 1309:7, 1309:22, 1312:5, 1313:7, 1313:14, 1314:3, 1314:15
**JAMES** [2] - 1309:3, 1312:10
**James** [3] - 1321:10, 1324:4, 1340:24
**JEFFERSON** [2] - 1309:4, 1314:4
**JEFFREY** [1] - 1309:18
**JERRY** [1] - 1315:3
**Jesse** [17] - 1421:10, 1422:3, 1422:5, 1454:5, 1456:4, 1456:25, 1457:14, 1457:18, 1457:25, 1458:13, 1459:11, 1459:24, 1459:25, 1461:21, 1464:18, 1465:3
**JESSICA** [2] - 1311:16, 1311:17
**JIMMY** [1] - 1310:18
**Job** [4] - 1412:24, 1414:19, 1439:25, 1457:16
**job** [33] - 1373:22, 1379:24, 1382:18, 1382:23, 1383:8, 1383:16, 1395:23, 1404:18, 1413:2, 1414:16, 1415:3, 1415:16, 1417:15, 1417:19, 1418:6, 1419:3, 1419:4, 1419:16, 1434:5, 1438:9, 1440:3, 1440:4, 1440:11, 1440:15, 1441:24, 1442:1, 1442:5, 1453:15, 1453:18, 1453:22, 1453:24, 1454:6, 1460:2
**job's** [1] - 1442:4
**jobs** [1] - 1395:20
**John** [10] - 1364:18, 1364:22, 1365:10, 1365:19, 1365:22, 1374:2, 1375:18, 1417:12, 1418:4, 1421:12
**JOHN** [3] - 1310:14,
1314:7, 1315:8
**Johnson** [1] - 1364:20
**joint** [1] - 1496:2
**joked** [2] - 1492:10, 1493:10
**joking** [1] - 1494:1
**JONES** [1] - 1314:16
**JR** [2] - 1309:22, 1314:22
**Judge** [15] - 1320:12, 1401:11, 1411:11, 1411:18, 1411:25, 1423:9, 1442:20, 1443:7, 1451:23, 1453:1, 1457:5, 1462:7, 1462:16, 1465:23
**judge** [1] - 1431:20
**JUDGE** [1] - 1308:22
**July** [5] - 1321:9, 1341:15, 1341:25, 1344:13, 1347:2
**Just** [3] - 1334:12, 1417:19, 1418:5
**just** [99] - 1326:25, 1332:10, 1332:20, 1333:14, 1334:4, 1334:8, 1339:3, 1339:16, 1339:24, 1340:1, 1342:10, 1347:21, 1349:3, 1354:4, 1361:22, 1364:6, 1364:7, 1366:14, 1366:19, 1377:6, 1377:20, 1379:2, 1384:3, 1384:19, 1393:11, 1399:1, 1401:16, 1402:16, 1406:21, 1411:12, 1413:4, 1414:15, 1420:19, 1420:22, 1420:23, 1421:7, 1422:6, 1422:7, 1423:1, 1423:21, 1425:18, 1426:24, 1428:15, 1429:19, 1431:24, 1433:13, 1433:25, 1434:15, 1439:16, 1440:13, 1442:11, 1443:18, 1446:5, 1451:24, 1452:15, 1452:18, 1453:8, 1454:22, 1457:22, 1458:7, 1458:10, 1458:11, 1458:16, 1459:3, 1461:21, 1462:6, 1462:15, 1462:20,
1314:7, 1315:8

**Johnson** — see above column

1464:3, 1464:14, 1467:1, 1467:14, 1469:22, 1470:25, 1471:1, 1471:12, 1472:9, 1473:6, 1473:13, 1473:20, 1474:15, 1475:20, 1476:2, 1477:9, 1478:15, 1480:6, 1480:10, 1484:20, 1487:20, 1488:18, 1490:7, 1490:24, 1491:10, 1491:13, 1493:8, 1496:9
**JUSTICE** [4] - 1311:4, 1311:8, 1311:15, 1311:21
**Justice** [1] - 1409:1

## K

**K** [1] - 1312:21
**K/C** [1] - 1336:2
**Kaluza** [5] - 1328:15, 1329:16, 1389:13, 1428:18, 1429:1
**KANNER** [3] - 1312:14, 1312:15, 1485:7
**KAREN** [1] - 1315:12
**Karen** [2] - 1497:7, 1497:15
**karen_lbos@laed. uscourts.gov** [1] - 1315:15
**KARIS** [52] - 1313:7, 1317:9, 1317:12, 1317:17, 1317:23, 1318:5, 1318:8, 1318:13, 1319:8, 1321:19, 1321:22, 1375:22, 1377:18, 1385:19, 1394:19, 1411:6, 1431:14, 1432:4, 1436:20, 1442:8, 1443:2, 1451:12, 1451:14, 1462:12, 1484:24, 1485:11, 1485:13, 1485:17, 1485:20, 1485:22, 1487:1, 1487:4, 1487:5, 1487:18, 1487:19, 1488:1, 1488:3, 1488:17, 1488:20, 1491:19, 1491:21, 1491:24, 1492:16, 1492:25, 1493:2, 1493:6, 1493:7, 1493:17, 1493:18,
1494:8, 1494:9, 1495:17
**Karis** [16] - 1316:8, 1320:18, 1343:6, 1346:15, 1348:12, 1349:8, 1349:23, 1394:14, 1398:15, 1400:18, 1400:19, 1424:4, 1425:9, 1428:1, 1443:25, 1444:7
**KATZ** [1] - 1309:7
**keep** [2] - 1392:10, 1492:13
**keeps** [1] - 1357:20
**KELLEY** [1] - 1311:23
**Kellingray** [9] - 1431:1, 1431:12, 1431:18, 1431:22, 1432:6, 1433:7, 1433:9, 1433:15
**Kellingray's** [1] - 1431:9
**Kent** [6] - 1331:14, 1338:2, 1338:21, 1340:21, 1346:6, 1454:1
**kept** [3] - 1332:13, 1332:20, 1457:11
**KERRY** [1] - 1313:14
**Kerry** [1] - 1320:18
**key** [6] - 1381:25, 1412:2, 1418:20, 1423:24, 1424:10, 1466:20
**kick** [13] - 1363:9, 1364:22, 1365:3, 1365:7, 1366:12, 1367:19, 1367:25, 1369:22, 1386:1, 1391:15, 1426:9, 1441:4, 1441:5
**kill** [27] - 1326:12, 1326:23, 1327:1, 1327:7, 1328:19, 1329:6, 1329:11, 1329:17, 1330:14, 1330:23, 1335:3, 1341:7, 1341:11, 1342:18, 1345:12, 1361:7, 1384:24, 1385:8, 1487:23, 1488:5, 1489:2, 1489:4, 1489:6, 1489:10, 1489:20, 1489:22
**killed** [1] - 1343:18
**KINCHEN** [2] - 1314:7, 1314:7

**kind** [9] - 1334:19, 1336:19, 1382:16, 1396:6, 1423:23, 1432:16, 1435:25, 1472:12, 1481:3
**kinds** [1] - 1351:14
**Kingdom** [1] - 1379:6
**KIRKLAND** [1] - 1313:6
**knew** [13] - 1370:9, 1418:15, 1435:3, 1437:23, 1441:2, 1441:4, 1441:7, 1453:16, 1464:6, 1464:8, 1464:11, 1465:1, 1494:16
**know** [244] - 1323:6, 1323:10, 1325:20, 1329:24, 1336:5, 1337:15, 1343:5, 1345:5, 1345:20, 1349:2, 1350:7, 1350:11, 1350:16, 1350:18, 1350:21, 1350:25, 1351:3, 1351:10, 1351:12, 1351:13, 1351:15, 1351:16, 1351:19, 1351:20, 1353:8, 1353:18, 1355:1, 1355:7, 1355:18, 1357:9, 1358:7, 1358:8, 1358:14, 1360:6, 1361:3, 1361:11, 1361:19, 1364:4, 1364:7, 1364:25, 1365:1, 1366:19, 1367:11, 1367:12, 1367:13, 1371:5, 1371:7, 1372:11, 1373:11, 1373:13, 1374:15, 1374:16, 1375:15, 1376:17, 1377:25, 1378:13, 1378:17, 1383:11, 1384:6, 1384:8, 1384:13, 1384:15, 1384:18, 1384:20, 1384:25, 1385:2, 1385:17, 1385:18, 1387:3, 1388:8, 1389:18, 1389:19, 1389:20, 1390:2, 1392:6, 1392:14, 1393:3, 1393:5, 1393:11, 1393:12, 1393:19, 1395:8, 1395:13, 1396:8, 1396:15,

1396:18, 1398:21, 1399:15, 1399:19, 1404:10, 1404:14, 1404:21, 1406:15, 1407:7, 1407:21, 1408:10, 1408:11, 1408:12, 1408:13, 1408:16, 1408:20, 1408:21, 1410:21, 1415:8, 1415:9, 1415:11, 1415:21, 1415:23, 1415:25, 1416:1, 1416:5, 1416:10, 1416:12, 1417:8, 1417:10, 1417:19, 1418:5, 1419:10, 1419:21, 1420:2, 1420:9, 1420:12, 1422:6, 1422:18, 1422:19, 1422:25, 1423:1, 1423:9, 1424:7, 1425:16, 1426:17, 1426:21, 1427:2, 1427:9, 1428:21, 1429:8, 1430:7, 1430:12, 1431:1, 1431:2, 1431:22, 1432:25, 1433:8, 1433:13, 1433:14, 1433:16, 1435:9, 1436:11, 1436:12, 1438:5, 1440:9, 1440:25, 1441:2, 1441:25, 1446:2, 1447:1, 1447:19, 1447:23, 1448:11, 1448:16, 1449:13, 1450:4, 1450:15, 1452:5, 1452:17, 1452:21, 1452:22, 1453:2, 1453:14, 1453:18, 1454:8, 1454:19, 1454:23, 1456:8, 1457:9, 1457:10, 1457:12, 1458:2, 1458:3, 1458:10, 1458:11, 1458:15, 1458:16, 1459:20, 1460:6, 1462:3, 1463:4, 1463:7, 1463:13, 1463:21, 1464:1, 1464:2, 1465:6, 1465:10, 1468:15, 1468:16, 1469:15, 1471:13, 1473:14, 1473:15, 1474:10, 1475:10, 1476:2, 1476:8, 1476:22, 1476:24, 1477:1,

1477:18, 1479:15, 1479:19, 1480:21, 1481:4, 1481:18, 1483:19, 1483:21, 1483:22, 1484:3, 1487:15, 1487:17, 1489:14, 1489:15, 1490:8, 1490:11, 1495:4, 1495:8, 1496:5
**knowing** [2] - 1397:11, 1494:1
**knowledge** [11] - 1357:23, 1358:1, 1393:3, 1395:19, 1395:22, 1396:1, 1432:23, 1433:8, 1433:12, 1438:16, 1481:23
**known** [12] - 1356:15, 1384:10, 1384:16, 1384:22, 1408:8, 1456:21, 1463:15, 1463:24, 1464:9, 1465:2, 1481:17, 1481:20
**KRAUS** [1] - 1312:15
**KULLMAN** [1] - 1309:14

# L

**L** [2] - 1312:4, 1313:18
**L.L.C** [1] - 1315:6
**LA** [15] - 1309:5, 1309:8, 1309:16, 1309:23, 1310:8, 1310:12, 1310:15, 1310:22, 1312:12, 1312:16, 1312:23, 1313:15, 1314:5, 1314:13, 1315:14
**lab** [9] - 1377:23, 1381:6, 1431:11, 1432:17, 1457:15, 1457:16, 1460:2, 1460:11
**Lab** [1] - 1379:17
**Laboratory** [2] - 1378:3, 1378:7
**lack** [2] - 1383:25, 1454:13
**ladder** [1] - 1331:13
**LAFAYETTE** [2] - 1309:5, 1314:5
**LAFLEUR** [1] - 1314:3
**LAMAR** [1] - 1315:4

**LANGAN** [1] - 1313:7
**language** [5] - 1347:14, 1373:14, 1423:1, 1475:8, 1488:18
**large** [3] - 1390:12, 1438:4, 1496:7
**larger** [1] - 1326:19
**LASALLE** [1] - 1313:8
**last** [35] - 1319:2, 1325:25, 1330:11, 1331:8, 1337:6, 1340:16, 1343:6, 1343:9, 1346:15, 1349:23, 1353:11, 1370:1, 1370:5, 1373:5, 1374:4, 1374:9, 1376:8, 1380:24, 1386:9, 1388:15, 1390:5, 1391:1, 1405:22, 1422:11, 1424:2, 1429:10, 1439:19, 1442:24, 1443:1, 1443:11, 1459:16, 1464:22, 1471:5, 1484:22, 1484:25
**lasting** [1] - 1442:18
**lastly** [1] - 1459:16
**late** [3] - 1318:15, 1318:23, 1391:15
**later** [9] - 1348:24, 1362:2, 1417:24, 1418:3, 1418:24, 1423:20, 1434:11, 1492:23, 1496:3
**latitude** [1] - 1390:12
**LAW** [3] - 1310:7, 1310:10, 1310:21
**LAWRENCE** [1] - 1311:18
**lawyer** [6] - 1321:10, 1324:4, 1341:1, 1394:9, 1428:1, 1434:25
**lawyers** [1] - 1321:16
**layman's** [1] - 1483:3
**lead** [2] - 1380:15, 1465:9
**leader** [11] - 1328:11, 1329:1, 1329:10, 1345:7, 1345:16, 1346:7, 1364:12, 1364:17, 1365:2, 1429:12
**leaders** [9] - 1323:23, 1330:12, 1344:4, 1345:7, 1364:13, 1374:5,

1428:18, 1429:7, 1429:15
**leading** [2] - 1431:3, 1455:19
**leads** [1] - 1399:18
**leaked** [2] - 1467:10, 1468:2
**leaking** [4] - 1467:23, 1467:24, 1468:13, 1468:14
**learn** [11] - 1370:3, 1370:19, 1453:23, 1454:1, 1454:2, 1456:11, 1463:22, 1463:24, 1464:5, 1464:7, 1464:10
**learned** [9] - 1322:15, 1323:14, 1323:16, 1327:24, 1328:7, 1335:5, 1370:21, 1370:25, 1376:16
**Learned** [5] - 1367:18, 1368:6, 1368:12, 1368:13, 1368:18
**learned'** [1] - 1368:1
**LEASING** [1] - 1308:13
**least** [11] - 1331:25, 1370:4, 1371:4, 1371:13, 1398:21, 1422:23, 1441:4, 1446:3, 1447:2, 1476:23, 1479:20
**leave** [2] - 1355:23, 1495:25
**led** [2] - 1380:12, 1399:6
**left** [11] - 1326:10, 1327:6, 1331:13, 1358:22, 1371:20, 1380:9, 1405:9, 1448:9, 1457:24, 1488:8, 1489:19
**left-hand** [2] - 1371:20, 1457:24
**legal** [1] - 1320:6
**LEGER** [2] - 1309:21, 1309:22
**less** [12] - 1445:18, 1445:21, 1445:23, 1445:25, 1446:6, 1447:3, 1473:12, 1473:16, 1485:13, 1490:10
**Lessons** [4] - 1367:18, 1368:6, 1368:11, 1368:18
**let** [26] - 1319:6,

1332:10, 1333:14, 1358:14, 1363:22, 1384:21, 1392:16, 1395:13, 1399:14, 1407:11, 1411:11, 1411:16, 1417:19, 1418:5, 1421:21, 1429:10, 1443:23, 1462:24, 1464:4, 1467:17, 1472:9, 1472:21, 1487:20, 1488:18, 1490:1, 1493:17

**let's** [140] - 1321:16, 1321:20, 1322:25, 1323:18, 1324:7, 1324:25, 1325:4, 1327:20, 1328:23, 1329:14, 1330:3, 1330:6, 1331:7, 1332:11, 1333:3, 1333:9, 1333:23, 1335:24, 1337:22, 1338:8, 1338:16, 1339:11, 1340:7, 1340:15, 1341:4, 1341:20, 1341:25, 1344:7, 1344:18, 1344:21, 1346:15, 1347:13, 1348:10, 1349:1, 1350:22, 1352:2, 1352:7, 1353:25, 1354:6, 1355:9, 1355:15, 1356:2, 1357:16, 1357:18, 1358:9, 1358:11, 1358:25, 1359:9, 1360:14, 1361:15, 1361:16, 1361:19, 1361:25, 1363:8, 1363:12, 1364:10, 1365:13, 1366:8, 1366:21, 1367:22, 1368:9, 1368:14, 1368:16, 1369:1, 1369:16, 1371:15, 1373:19, 1374:2, 1376:1, 1377:1, 1378:2, 1378:6, 1378:23, 1379:8, 1379:14, 1379:21, 1380:3, 1380:25, 1381:12, 1381:17, 1383:14, 1385:5, 1387:5, 1391:11, 1391:13, 1392:2, 1394:3, 1399:10, 1400:22, 1401:18, 1410:9, 1410:10, 1411:13, 1412:2, 1412:17,

1417:11, 1418:20, 1419:24, 1423:20, 1429:22, 1431:13, 1433:17, 1434:13, 1434:14, 1436:24, 1439:4, 1439:6, 1440:16, 1442:12, 1442:19, 1442:23, 1444:5, 1448:22, 1451:24, 1452:2, 1455:13, 1457:2, 1458:25, 1459:24, 1467:14, 1469:17, 1472:22, 1474:1, 1477:8, 1477:23, 1478:20, 1481:5, 1481:8, 1482:2, 1483:24, 1483:25, 1485:18, 1488:25, 1492:18

**letter** [1] - 1321:15
**letters** [2] - 1321:9, 1321:15
**level** [3] - 1372:10, 1386:15, 1452:13
**LEWIS** [5] - 1309:14, 1312:20, 1314:21, 1315:3, 1315:6
**LI** [1] - 1313:23
**life** [1] - 1386:7
**LIFE** [1] - 1309:15
**lift** [1] - 1496:13
**lighter** [5] - 1414:9, 1414:13, 1416:18, 1446:6, 1446:19
**lightest** [1] - 1414:9
**like** [45] - 1317:10, 1317:13, 1319:16, 1321:14, 1329:25, 1331:11, 1333:16, 1334:19, 1334:20, 1335:19, 1336:1, 1336:7, 1336:11, 1336:14, 1337:5, 1350:14, 1350:16, 1350:20, 1350:23, 1351:3, 1351:11, 1357:14, 1378:17, 1395:11, 1402:5, 1407:7, 1409:15, 1411:12, 1414:1, 1431:7, 1435:25, 1439:8, 1444:8, 1450:15, 1451:17, 1454:22, 1461:21, 1463:7, 1474:15, 1479:25, 1483:17, 1484:10, 1485:7, 1492:4
**likely** [8] - 1326:15,

1327:11, 1327:16, 1378:22, 1444:16, 1459:17, 1488:11, 1490:10
**likewise** [2] - 1395:23, 1433:7
**lime** [1] - 1417:16
**limit** [2] - 1472:12, 1472:13
**limits** [3] - 1353:13, 1438:16, 1473:25
**line** [43] - 1326:12, 1326:23, 1327:1, 1327:7, 1328:19, 1329:6, 1329:11, 1329:18, 1330:7, 1330:8, 1330:14, 1330:23, 1335:4, 1341:7, 1341:11, 1342:18, 1345:13, 1361:7, 1378:8, 1381:23, 1384:24, 1385:8, 1390:19, 1391:7, 1393:18, 1400:12, 1413:16, 1422:11, 1440:18, 1478:24, 1484:1, 1487:23, 1488:5, 1489:2, 1489:4, 1489:6, 1489:10, 1489:11, 1489:12, 1489:16, 1489:20, 1490:11
**Line** [1] - 1484:6
**lined** [8] - 1327:6, 1341:12, 1358:13, 1361:8, 1384:25, 1385:9, 1488:7, 1489:19
**liner** [1] - 1370:20
**lines** [7] - 1354:10, 1355:19, 1377:1, 1383:1, 1392:11, 1494:11, 1494:24
**lining** [1] - 1329:11
**LISKOW** [1] - 1312:20
**list** [6] - 1317:12, 1317:21, 1368:19, 1422:1, 1458:21, 1460:25
**listed** [6] - 1319:13, 1320:14, 1320:21, 1456:5, 1460:3, 1480:9
**listening** [1] - 1394:10
**lists** [2] - 1318:20, 1371:20
**literally** [1] - 1471:7

**LITIGATION** [1] - 1311:22
**little** [20] - 1320:9, 1334:12, 1351:7, 1351:17, 1352:12, 1356:7, 1398:20, 1401:19, 1403:18, 1405:7, 1406:10, 1406:21, 1423:12, 1423:20, 1439:7, 1443:16, 1447:9, 1455:13, 1475:20, 1492:19
**live** [3] - 1336:2, 1469:6, 1469:9
**LLC** [1] - 1313:11
**located** [1] - 1393:11
**locations** [1] - 1425:12
**log** [4] - 1371:1, 1371:22, 1382:15, 1465:7
**logger** [3] - 1425:15, 1486:12, 1487:12
**loggers** [1] - 1353:16
**logging** [1] - 1463:6
**long** [9] - 1318:17, 1370:19, 1408:22, 1428:22, 1431:25, 1442:18, 1466:3, 1484:4, 1484:7
**look** [67] - 1325:15, 1326:17, 1329:24, 1333:14, 1333:16, 1340:10, 1342:11, 1350:16, 1350:20, 1350:21, 1350:23, 1351:1, 1351:3, 1352:22, 1364:3, 1367:11, 1370:14, 1370:17, 1372:2, 1372:5, 1372:7, 1372:8, 1372:25, 1373:2, 1373:3, 1373:4, 1373:10, 1373:15, 1373:17, 1387:15, 1387:16, 1394:11, 1412:2, 1413:4, 1413:20, 1417:11, 1418:20, 1419:24, 1421:19, 1423:20, 1428:1, 1428:6, 1433:17, 1439:4, 1439:6, 1439:8, 1443:16, 1449:8, 1454:18, 1456:17, 1456:23, 1457:2, 1458:19, 1458:25, 1459:24, 1467:17, 1474:1,

1475:6, 1475:23, 1476:15, 1480:10, 1482:2, 1487:25, 1488:18, 1492:4
**looked** [29] - 1326:14, 1350:14, 1359:5, 1364:7, 1364:9, 1370:15, 1372:4, 1372:11, 1372:13, 1374:16, 1378:1, 1392:19, 1406:9, 1406:19, 1407:6, 1412:11, 1449:6, 1450:2, 1450:15, 1450:17, 1454:8, 1454:9, 1454:23, 1456:19, 1459:22, 1463:4, 1476:10, 1476:12
**looking** [23] - 1362:16, 1365:13, 1371:11, 1372:20, 1373:18, 1396:23, 1404:24, 1405:2, 1406:13, 1422:19, 1423:2, 1428:4, 1429:18, 1450:5, 1454:2, 1477:11, 1477:21, 1486:10, 1489:14, 1492:5, 1494:22, 1495:2, 1495:3
**looks** [13] - 1330:6, 1331:11, 1334:19, 1335:19, 1336:1, 1336:7, 1336:11, 1336:14, 1337:5, 1360:21, 1407:7, 1413:8, 1414:1
**LOS** [1] - 1313:24
**loss** [9] - 1326:3, 1326:7, 1382:1, 1410:23, 1410:25, 1411:4, 1411:9, 1441:11
**losses** [1] - 1454:20
**lost** [1] - 1426:18
**lot** [9] - 1335:7, 1335:9, 1335:10, 1353:19, 1376:17, 1455:21, 1465:23, 1466:4, 1484:4
**lots** [1] - 1334:24
**LOUISIANA** [5] - 1308:2, 1308:8, 1312:8, 1312:10, 1315:8
**Louisiana** [1] - 1497:8
**low** [1] - 1380:11

**lower** [5] - 1402:21, 1403:1, 1403:2, 1408:14
**Lucari** [9] - 1321:10, 1324:4, 1340:24, 1340:25, 1436:3, 1436:7, 1436:9, 1436:15
**LUIS** [1] - 1313:23
**lunch** [1] - 1495:23
**LUNCH** [1] - 1496:17
**LUTHER** [1] - 1312:4

# M

**M** [1] - 1309:14
**m** [1] - 1317:3
**M/V** [1] - 1424:15
**M57B** [1] - 1463:24
**Macondo** [20] - 1367:24, 1370:4, 1370:13, 1371:8, 1373:1, 1373:16, 1379:16, 1383:9, 1384:1, 1387:24, 1401:23, 1406:23, 1410:17, 1417:9, 1421:24, 1462:2, 1463:3, 1465:2, 1482:14
**made** [31] - 1343:6, 1343:12, 1347:5, 1370:13, 1370:16, 1372:1, 1372:6, 1372:9, 1373:1, 1374:13, 1386:15, 1400:9, 1416:17, 1420:6, 1420:17, 1420:25, 1426:4, 1428:20, 1429:1, 1438:23, 1450:16, 1454:11, 1456:21, 1459:10, 1461:14, 1464:9, 1465:2, 1485:25, 1489:17, 1496:2
**MAGAZINE** [1] - 1310:22
**magnitude** [3] - 1475:4, 1475:11, 1475:14
**MAHTOOK** [1] - 1314:3
**mail** [28] - 1368:11, 1368:15, 1373:19, 1373:23, 1374:1, 1374:2, 1374:13, 1374:18, 1374:19, 1374:23, 1375:8, 1375:19, 1375:20,

1375:21, 1381:5, 1389:2, 1417:22, 1418:3, 1418:7, 1458:9, 1458:10, 1458:13, 1458:14, 1459:19, 1459:20, 1459:24, 1459:25, 1474:16
**mails** [4] - 1374:16, 1374:21, 1374:22, 1375:6
**MAIN** [1] - 1310:15
**main** [1] - 1390:13
**maintain** [2] - 1412:5, 1412:8
**maintained** [1] - 1330:12
**majority** [1] - 1390:13
**make** [20] - 1317:21, 1326:19, 1332:25, 1334:6, 1337:9, 1339:16, 1352:22, 1362:17, 1369:25, 1389:22, 1393:7, 1395:14, 1402:15, 1431:14, 1463:15, 1471:12, 1478:15, 1488:15, 1490:9, 1496:9
**makes** [3] - 1403:21, 1407:16, 1407:19
**making** [6] - 1371:14, 1372:17, 1401:12, 1427:18, 1436:10, 1461:12
**MALINDA** [1] - 1311:18
**man** [4] - 1466:15, 1486:17, 1486:22, 1487:16
**managed** [3] - 1402:12, 1402:13, 1402:20
**management** [1] - 1375:2
**manager** [1] - 1364:21
**managers** [1] - 1373:15
**managing** [3] - 1402:3, 1402:7, 1402:18
**manner** [3] - 1374:10, 1483:13, 1483:16
**Manual** [1] - 1378:3
**manual** [2] - 1366:3, 1378:15
**manuals** [3] -

1430:19, 1486:21, 1487:2
**many** [8] - 1325:16, 1342:13, 1351:14, 1374:4, 1442:11, 1442:12, 1454:21
**MARCH** [1] - 1317:2
**March** [15] - 1308:9, 1363:10, 1363:15, 1364:21, 1365:3, 1366:13, 1367:3, 1367:7, 1367:8, 1367:15, 1369:6, 1369:13, 1369:17, 1369:19, 1441:5
**margin** [3] - 1373:10, 1373:13, 1373:16
**margins** [1] - 1373:12
**mark** [3] - 1440:20, 1441:14, 1441:15
**MARK** [1] - 1316:3
**Mark** [24] - 1317:19, 1337:23, 1338:9, 1338:22, 1338:25, 1339:8, 1339:21, 1340:4, 1341:6, 1341:10, 1347:15, 1354:2, 1354:3, 1354:6, 1354:18, 1354:21, 1354:24, 1357:17, 1361:5, 1385:7, 1389:12, 1417:12, 1418:4
**marked** [1] - 1443:18
**Marshal** [1] - 1496:10
**matching** [1] - 1471:12
**material** [5] - 1326:3, 1326:7, 1326:10, 1434:22, 1450:7
**materials** [2] - 1435:11, 1435:13
**matter** [3] - 1377:5, 1428:17, 1497:11
**mattered** [1] - 1443:15
**matters** [2] - 1317:7, 1317:9
**MATTHEW** [1] - 1313:8
**may** [52] - 1320:5, 1320:9, 1321:22, 1326:12, 1327:1, 1327:5, 1327:6, 1333:17, 1340:18, 1341:16, 1341:17, 1341:24, 1342:9, 1350:8, 1352:11,

1353:19, 1356:3, 1357:15, 1358:7, 1358:24, 1363:3, 1366:14, 1367:21, 1369:14, 1387:17, 1391:15, 1392:19, 1393:23, 1394:21, 1398:21, 1403:2, 1418:9, 1422:6, 1424:11, 1424:23, 1426:1, 1427:1, 1429:19, 1462:5, 1462:16, 1465:24, 1476:7, 1478:1, 1487:22, 1488:5, 1488:7, 1489:4, 1489:18, 1489:19, 1492:25, 1495:22
**May** [12] - 1337:11, 1337:22, 1338:17, 1338:21, 1339:5, 1339:11, 1339:18, 1340:8, 1357:17, 1489:10, 1490:5
**maybe** [6] - 1319:9, 1334:11, 1342:14, 1472:12, 1474:17
**MAZE** [1] - 1312:4
**MB** [1] - 1338:17
**MBI** [1] - 1421:19
**MBIs** [1] - 1421:19
**McCLELLAN** [1] - 1311:16
**MCKINNEY** [1] - 1314:18
**me** [81] - 1319:6, 1319:13, 1322:17, 1332:10, 1333:6, 1333:14, 1334:16, 1337:10, 1338:1, 1339:2, 1342:19, 1345:11, 1351:3, 1351:9, 1352:14, 1353:19, 1355:17, 1358:14, 1363:22, 1367:5, 1372:21, 1373:14, 1383:21, 1384:21, 1386:13, 1389:18, 1392:16, 1394:10, 1395:13, 1398:25, 1399:14, 1401:2, 1402:16, 1403:9, 1407:11, 1411:11, 1411:16, 1412:24, 1413:8, 1413:19, 1415:15, 1418:22, 1419:9, 1421:20, 1421:21, 1426:18, 1429:10, 1430:4, 1436:13,

1437:5, 1439:16, 1443:6, 1443:23, 1446:22, 1448:5, 1453:6, 1458:3, 1458:10, 1459:21, 1462:16, 1462:20, 1462:22, 1462:24, 1464:4, 1464:21, 1465:19, 1467:17, 1472:9, 1472:21, 1476:1, 1480:10, 1481:18, 1483:5, 1483:7, 1487:20, 1487:22, 1488:18, 1492:14, 1493:17, 1493:25
**mean** [21] - 1319:25, 1320:4, 1337:14, 1338:13, 1342:11, 1350:10, 1355:1, 1361:12, 1385:13, 1396:5, 1396:12, 1401:11, 1419:20, 1422:16, 1422:25, 1447:11, 1448:16, 1448:20, 1463:8, 1488:15, 1489:13
**meaning** [9] - 1336:8, 1336:15, 1402:24, 1407:4, 1416:13, 1446:4, 1475:6, 1491:18
**means** [4] - 1323:6, 1335:22, 1359:16, 1359:17
**meant** [7] - 1330:7, 1350:11, 1375:6, 1385:4, 1419:20, 1423:2, 1495:16
**measure** [1] - 1471:18
**mechanical** [5] - 1402:9, 1405:15, 1406:5, 1406:6, 1406:11
**MECHANICAL** [1] - 1315:16
**Mechanical** [1] - 1390:20
**mechanically** [1] - 1474:10
**medal** [1] - 1484:17
**meet** [1] - 1378:10
**meeting** [2] - 1421:10, 1422:3
**meetings** [4] - 1331:24, 1332:3, 1332:5, 1398:12
**members** [13] - 1324:1, 1324:11,

1340:21, 1346:19,
1347:10, 1368:22,
1396:4, 1396:5,
1396:10, 1397:10,
1398:7, 1398:8,
1398:14
 **members'** [1] -
1346:20
 **memo** [1] - 1367:18
 **memory** [3] -
1382:16, 1430:14,
1431:5
 **men** [5] - 1398:9,
1418:14, 1449:9,
1486:17, 1487:6
 **mention** [8] - 1342:6,
1374:18, 1374:20,
1374:23, 1375:18,
1375:19, 1375:20,
1375:21
 **mentioned** [7] -
1345:21, 1385:3,
1390:2, 1449:4,
1449:5, 1466:21,
1478:19
 **MERIT** [1] - 1315:13
 **met** [1] - 1395:4
 **MEXICO** [1] - 1308:6
 **Mexico** [4] - 1322:22,
1368:3, 1391:12,
1433:20
 **Mexico's** [1] -
1433:18
 **MI** [3] - 1315:6,
1484:15, 1484:16
 **mic** [7] - 1356:3,
1394:15, 1396:16,
1396:17, 1451:12,
1474:13
 **MICHAEL** [2] -
1311:5, 1313:22
 **MICHELLE** [1] -
1311:16
 **microphone** [2] -
1355:22, 1394:13
 **microphones** [1] -
1394:17
 **middle** [2] - 1328:8,
1328:9
 **might** [13] - 1321:9,
1336:16, 1347:21,
1348:5, 1356:4,
1399:6, 1402:6,
1412:20, 1419:13,
1450:14, 1472:13,
1475:10, 1475:18
 **migrating** [1] -
1418:24
 **migration** [2] -
1490:24, 1490:25

 **MIKAL** [1] - 1310:3
 **mile** [2] - 1477:14,
1478:9
 **MILLER** [4] -
1313:14, 1496:4,
1496:8, 1496:11
 **million** [1] - 1370:23
 **millions** [1] - 1370:8
 **mind** [2] - 1344:19,
1471:15
 **mine** [1] - 1372:24
 **mini** [2] - 1327:7,
1489:20
 **minimize** [1] -
1392:11
 **minute** [5] - 1334:8,
1356:25, 1357:24,
1374:4, 1462:21
 **minutes** [10] -
1320:24, 1343:17,
1363:16, 1417:2,
1457:4, 1470:14,
1470:16, 1483:4,
1485:14, 1495:22
 **misinterpreted** [8] -
1325:2, 1404:5,
1404:9, 1408:22,
1450:18, 1450:19,
1450:24, 1451:1
 **misrepresented** [1] -
1373:16
 **Miss** [1] - 1465:18
 **missed** [1] - 1357:3
 **misstatement** [1] -
1419:8
 **misstates** [1] -
1436:20
 **mistake** [3] - 1347:6,
1348:23, 1420:17
 **mistaken** [1] -
1348:22
 **mitigate** [2] -
1422:11, 1423:6
 **mix** [1] - 1459:16
 **mixability** [1] -
1459:6
 **mixture** [1] - 1390:11
 **MMS** [2] - 1329:6,
1373:16
 **MOBILE** [1] -
1309:12
 **mobilized** [1] -
1371:5
 **model** [7] - 1380:19,
1381:9, 1381:13,
1409:12, 1420:1,
1420:5, 1422:10
 **modeling** [3] -
1381:7, 1390:11,
1470:6

 **models** [1] - 1380:23
 **modes** [2] - 1476:13,
1478:1
 **moment** [4] -
1320:10, 1384:7,
1399:1, 1430:2
 **moments** [1] -
1401:17
 **MONDAY** [1] -
1317:2
 **Monday** [1] - 1308:9
 **money** [5] - 1370:14,
1371:6, 1372:6,
1372:18, 1373:1
 **monitor** [7] -
1412:13, 1426:5,
1428:12, 1429:13,
1429:15, 1486:8,
1495:16
 **monitored** [1] -
1329:17
 **monitoring** [13] -
1405:20, 1409:21,
1424:12, 1424:24,
1425:10, 1425:20,
1428:10, 1428:11,
1486:11, 1486:13,
1486:23, 1487:11,
1495:10
 **monitors** [1] -
1425:22
 **MONTGOMERY** [1] -
1312:6
 **month** [1] - 1370:4
 **months** [4] -
1331:25, 1342:12,
1398:11, 1455:19
 **more** [26] - 1326:15,
1327:11, 1327:13,
1327:16, 1337:20,
1350:23, 1352:12,
1370:17, 1371:4,
1372:8, 1372:21,
1372:24, 1376:17,
1381:17, 1382:16,
1390:19, 1397:18,
1401:20, 1402:16,
1422:23, 1434:5,
1453:13, 1455:25,
1475:18, 1476:5,
1485:20
 **Morel** [7] - 1373:20,
1389:13, 1417:7,
1417:11, 1417:18,
1418:4
 **MORGAN** [1] -
1315:6
 **MORNING** [1] -
1308:19
 **morning** [29] -

1317:6, 1317:10,
1322:2, 1322:8,
1322:9, 1356:1,
1364:21, 1394:23,
1395:2, 1395:3,
1400:23, 1413:7,
1414:17, 1415:17,
1416:5, 1417:2,
1417:25, 1418:17,
1427:24, 1430:18,
1430:21, 1437:1,
1440:14, 1455:20,
1472:17, 1479:22
 **mornings** [1] -
1398:12
 **most** [5] - 1320:24,
1381:14, 1398:12,
1444:16, 1488:11
 **mostly** [1] - 1472:1
 **move** [12] - 1321:16,
1348:10, 1353:11,
1363:8, 1375:24,
1411:13, 1442:12,
1442:19, 1451:23,
1451:24, 1487:18,
1494:8
 **moved** [1] - 1416:14
 **moving** [2] -
1318:23, 1443:7
 **Mr** [165] - 1316:5,
1316:6, 1316:7,
1317:7, 1317:14,
1318:1, 1318:17,
1319:2, 1319:5,
1319:10, 1320:20,
1321:1, 1321:10,
1321:18, 1321:20,
1322:2, 1322:8,
1324:4, 1324:9,
1324:25, 1328:15,
1328:17, 1329:16,
1331:8, 1331:11,
1334:16, 1334:18,
1334:22, 1334:23,
1337:20, 1338:8,
1339:15, 1340:16,
1341:14, 1341:20,
1341:24, 1342:4,
1342:8, 1342:16,
1342:24, 1344:7,
1344:10, 1344:13,
1344:22, 1345:3,
1345:7, 1345:15,
1345:17, 1346:7,
1347:1, 1347:2,
1347:6, 1348:11,
1348:21, 1357:9,
1357:12, 1357:20,
1357:23, 1358:2,
1358:5, 1358:20,

1360:2, 1360:24,
1365:5, 1365:9,
1371:15, 1374:18,
1377:19, 1384:23,
1385:12, 1387:24,
1388:25, 1389:2,
1389:10, 1389:17,
1395:2, 1397:6,
1400:19, 1400:23,
1409:1, 1411:23,
1414:2, 1417:7,
1417:13, 1417:18,
1418:4, 1421:8,
1422:2, 1425:8,
1430:19, 1431:15,
1431:18, 1431:22,
1432:6, 1432:25,
1433:3, 1433:5,
1433:7, 1433:9,
1433:13, 1433:15,
1436:3, 1436:7,
1436:9, 1436:15,
1442:13, 1442:17,
1454:4, 1457:20,
1458:12, 1459:18,
1460:1, 1460:6,
1462:20, 1462:24,
1464:24, 1465:16,
1465:20, 1465:21,
1466:3, 1466:15,
1471:5, 1474:13,
1478:19, 1479:5,
1480:17, 1485:5,
1485:18, 1485:23,
1489:4, 1490:15,
1492:1, 1492:7,
1492:8, 1492:16,
1492:17, 1492:18,
1492:24, 1493:2,
1493:3, 1493:19,
1493:22, 1494:10,
1494:16, 1494:21,
1495:19, 1496:1,
1496:5
 **MR** [193] - 1317:20,
1318:10, 1319:9,
1319:14, 1319:20,
1320:9, 1320:12,
1320:16, 1320:17,
1320:23, 1321:1,
1321:8, 1321:17,
1322:1, 1322:7,
1322:18, 1322:19,
1323:18, 1323:19,
1324:7, 1324:8,
1325:4, 1325:5,
1326:18, 1326:20,
1327:20, 1327:21,
1328:23, 1328:24,
1329:14, 1329:15,
1330:3, 1330:4,

1333:24, 1334:1,
1352:2, 1352:3,
1352:7, 1352:8,
1353:11, 1353:15,
1353:25, 1354:1,
1355:9, 1355:10,
1355:15, 1355:16,
1356:2, 1356:6,
1357:16, 1357:19,
1358:9, 1358:12,
1358:25, 1359:1,
1359:9, 1359:10,
1360:16, 1360:18,
1361:15, 1361:17,
1363:12, 1363:13,
1363:22, 1363:23,
1364:10, 1364:11,
1365:13, 1365:15,
1365:17, 1365:18,
1366:8, 1366:10,
1366:15, 1366:17,
1366:21, 1366:22,
1367:22, 1367:23,
1368:9, 1368:10,
1368:16, 1368:17,
1369:1, 1369:2,
1369:16, 1369:18,
1375:24, 1375:25,
1377:22, 1385:22,
1394:2, 1394:21,
1395:1, 1396:17,
1396:19, 1396:21,
1396:24, 1396:25,
1399:10, 1399:12,
1409:25, 1410:1,
1411:11, 1411:14,
1411:15, 1411:18,
1411:19, 1411:25,
1412:1, 1429:22,
1429:24, 1431:7,
1431:20, 1432:2,
1432:5, 1433:25,
1434:3, 1434:10,
1434:12, 1436:23,
1439:4, 1439:5,
1439:8, 1439:10,
1440:20, 1440:23,
1441:14, 1441:16,
1442:15, 1442:20,
1442:22, 1443:4,
1443:9, 1443:18,
1443:19, 1444:5,
1444:6, 1451:16,
1451:19, 1451:22,
1451:25, 1452:1,
1457:4, 1457:6,
1460:18, 1460:22,
1462:15, 1462:18,
1462:19, 1465:15,
1465:22, 1466:2,
1467:14, 1467:16,

1469:17, 1469:18,
1472:22, 1472:24,
1474:14, 1474:18,
1474:21, 1474:23,
1477:8, 1477:10,
1477:23, 1477:24,
1478:20, 1478:21,
1483:25, 1484:2,
1484:13, 1484:16,
1484:18, 1484:19,
1485:2, 1485:3,
1485:6, 1485:7,
1486:24, 1487:13,
1488:3, 1488:12,
1489:24, 1490:4,
1492:18, 1492:20,
1493:15, 1494:6,
1495:12, 1496:4,
1496:8, 1496:11
   **Ms** [16] - 1316:8,
1320:18, 1343:6,
1346:15, 1348:12,
1349:8, 1349:23,
1394:14, 1398:15,
1400:18, 1400:19,
1424:4, 1425:9,
1428:1, 1443:25,
1444:7
   **MS** [50] - 1317:3,
1317:12, 1317:17,
1317:23, 1318:5,
1318:8, 1318:13,
1319:8, 1321:19,
1321:22, 1375:22,
1377:18, 1385:19,
1394:19, 1411:6,
1431:14, 1432:4,
1436:20, 1442:8,
1443:2, 1451:12,
1451:14, 1462:12,
1484:24, 1485:11,
1485:13, 1485:17,
1485:20, 1485:22,
1487:1, 1487:4,
1487:5, 1487:18,
1487:19, 1488:1,
1488:17, 1488:20,
1491:19, 1491:21,
1491:24, 1492:16,
1492:25, 1493:2,
1493:6, 1493:7,
1493:17, 1493:18,
1494:8, 1494:9,
1495:17
   **much** [9] - 1383:1,
1389:24, 1395:18,
1426:2, 1453:18,
1463:12, 1465:16,
1465:23, 1472:15
   **mud** [52] - 1353:16,
1360:11, 1377:3,

1391:2, 1391:6,
1391:8, 1392:6,
1392:12, 1393:9,
1393:13, 1393:18,
1402:24, 1413:21,
1414:6, 1414:9,
1414:11, 1414:13,
1415:24, 1416:14,
1416:16, 1416:18,
1424:15, 1425:15,
1437:11, 1437:13,
1437:20, 1437:25,
1438:6, 1438:11,
1438:12, 1438:13,
1438:17, 1438:20,
1438:22, 1438:23,
1438:25, 1441:8,
1445:23, 1447:4,
1447:22, 1447:24,
1459:6, 1468:13,
1470:24, 1470:25,
1471:2, 1471:3,
1471:14, 1486:6,
1486:12, 1487:12
   **mud-gas** [4] -
1391:2, 1391:6,
1392:6, 1393:18
   **mudline** [3] - 1408:1,
1449:21
   **mudlines** [1] -
1407:25
   **mudlogger** [6] -
1350:4, 1350:14,
1357:6, 1425:6,
1427:5, 1428:4
   **mudloggers** [4] -
1350:1, 1424:12,
1424:24, 1425:6
   **mudlogging** [5] -
1396:2, 1396:3,
1424:3, 1424:8,
1427:22
   **multiple** [5] -
1351:14, 1351:17,
1380:22, 1390:16,
1462:12
   **MUNGER** [1] -
1313:21
   **Murray** [1] - 1364:25
   **must** [6] - 1391:21,
1428:12, 1437:6,
1437:19, 1477:20,
1483:13
   **my** [116] - 1319:17,
1322:8, 1323:7,
1323:13, 1328:6,
1329:8, 1329:21,
1330:1, 1332:12,
1332:17, 1335:15,
1335:19, 1337:20,

1337:25, 1339:19,
1342:9, 1343:11,
1345:19, 1346:3,
1350:11, 1350:17,
1351:16, 1352:1,
1352:11, 1353:11,
1353:18, 1356:19,
1356:21, 1358:1,
1358:7, 1364:4,
1369:14, 1371:11,
1372:25, 1373:18,
1376:22, 1377:18,
1381:19, 1382:25,
1385:24, 1390:4,
1392:19, 1392:20,
1394:1, 1394:11,
1394:12, 1395:10,
1395:19, 1395:21,
1395:22, 1396:1,
1396:16, 1396:17,
1397:4, 1397:15,
1398:4, 1402:2,
1406:25, 1409:4,
1414:4, 1414:11,
1418:9, 1418:19,
1421:25, 1422:6,
1423:15, 1424:7,
1425:23, 1426:25,
1427:2, 1427:4,
1427:12, 1427:25,
1431:9, 1432:23,
1434:2, 1434:11,
1435:1, 1435:3,
1436:9, 1438:3,
1438:16, 1439:1,
1443:2, 1443:5,
1445:14, 1446:11,
1447:9, 1451:8,
1453:11, 1453:13,
1454:1, 1454:9,
1454:23, 1456:22,
1458:9, 1459:21,
1461:15, 1462:23,
1464:21, 1466:6,
1468:10, 1473:21,
1473:25, 1479:14,
1481:18, 1486:9,
1491:9, 1492:11,
1492:21, 1493:10,
1493:24, 1497:10
   **myself** [14] - 1339:2,
1339:3, 1358:8,
1361:4, 1364:4,
1385:24, 1387:18,
1393:22, 1398:24,
1399:25, 1422:7,
1429:9, 1429:20,
1480:11

# N

   **N** [5] - 1313:8,
1316:1, 1317:3
   **name** [16] - 1322:8,
1331:14, 1338:2,
1340:19, 1365:1,
1392:6, 1400:5,
1401:2, 1401:5,
1432:25, 1433:1,
1435:11, 1464:4,
1464:6, 1464:7
   **named** [1] - 1466:15
   **names** [2] - 1331:15,
1464:3
   **NATHANIEL** [1] -
1311:12
   **NATURAL** [1] -
1311:9
   **naturally** [2] -
1445:25, 1447:4
   **nature** [1] - 1320:20
   **near** [1] - 1392:10
   **neat** [1] - 1351:7
   **need** [17] - 1360:16,
1380:9, 1395:12,
1404:15, 1404:19,
1411:17, 1428:9,
1431:24, 1432:17,
1451:12, 1451:14,
1463:13, 1463:21,
1467:17, 1472:16,
1485:15, 1496:9
   **needed** [5] -
1361:10, 1435:14,
1457:1, 1463:13,
1473:21
   **neg** [3] - 1333:19,
1335:16, 1354:17
   **negative** [54] -
1324:25, 1325:1,
1325:7, 1325:16,
1326:13, 1327:25,
1328:8, 1328:10,
1328:18, 1329:17,
1330:21, 1331:3,
1333:21, 1337:15,
1342:20, 1343:5,
1343:24, 1347:17,
1404:2, 1404:4,
1404:8, 1404:12,
1404:16, 1404:19,
1406:18, 1406:20,
1406:23, 1408:8,
1408:18, 1408:21,
1409:4, 1409:5,
1409:20, 1411:20,
1413:17, 1413:22,
1415:6, 1415:12,

1416:21, 1443:11, 1450:18, 1450:24, 1451:1, 1451:8, 1455:5, 1466:22, 1467:2, 1467:9, 1467:20, 1468:22, 1469:1, 1492:9, 1493:8, 1493:23

**negative-pressure** [29] - 1324:25, 1325:1, 1325:7, 1326:13, 1327:25, 1328:8, 1328:18, 1330:21, 1331:3, 1404:2, 1404:4, 1404:8, 1404:12, 1404:16, 1404:19, 1406:18, 1406:20, 1406:23, 1408:8, 1408:18, 1408:21, 1409:4, 1409:5, 1409:20, 1411:20, 1413:17, 1413:22, 1415:6, 1415:12

**neutral** [2] - 1373:5, 1373:8

**never** [10] - 1347:7, 1347:8, 1357:23, 1358:2, 1365:10, 1386:1, 1386:5, 1386:7, 1420:22, 1431:25

**new** [6] - 1319:4, 1320:3, 1320:6, 1320:14, 1345:24, 1381:7

**NEW** [10] - 1308:8, 1309:8, 1309:16, 1309:23, 1310:22, 1312:16, 1312:23, 1313:15, 1314:13, 1315:14

**newly** [1] - 1318:14

**news** [1] - 1466:4

**next** [26] - 1321:24, 1329:21, 1332:17, 1333:9, 1339:24, 1344:12, 1356:19, 1381:23, 1391:21, 1399:3, 1413:7, 1413:10, 1413:16, 1416:21, 1424:13, 1439:12, 1439:19, 1457:17, 1457:23, 1459:9, 1460:10, 1460:11, 1460:17, 1487:16

**Nichols** [1] - 1319:10

**night** [10] - 1349:13, 1353:17, 1354:10,

1357:12, 1384:5, 1384:12, 1393:4, 1417:1, 1418:17, 1455:20

**nine** [5] - 1322:16, 1322:22, 1399:11, 1410:10, 1410:11

**NINTH** [1] - 1310:11

**nitrogen** [8] - 1376:23, 1419:10, 1419:14, 1419:18, 1437:12, 1491:5, 1491:8

**No** [16] - 1361:23, 1392:9, 1399:11, 1400:7, 1405:3, 1412:18, 1429:23, 1433:24, 1434:13, 1436:17, 1439:14, 1439:21, 1440:17, 1442:23, 1445:3, 1445:4

**NO** [3] - 1308:8, 1308:11, 1308:14

**no** [144] - 1317:20, 1318:10, 1318:20, 1319:12, 1327:18, 1329:24, 1330:1, 1330:2, 1334:6, 1335:17, 1339:2, 1339:7, 1339:10, 1339:14, 1339:23, 1340:3, 1340:14, 1342:5, 1342:6, 1342:20, 1342:25, 1343:4, 1344:3, 1344:24, 1347:4, 1347:5, 1347:8, 1347:24, 1350:6, 1350:11, 1350:13, 1351:12, 1355:18, 1355:24, 1357:8, 1357:11, 1358:1, 1362:9, 1364:2, 1364:24, 1365:8, 1365:12, 1366:1, 1367:2, 1367:11, 1367:17, 1369:4, 1369:11, 1369:15, 1369:24, 1370:2, 1370:15, 1371:19, 1372:8, 1372:19, 1373:3, 1373:12, 1373:18, 1374:20, 1374:23, 1374:25, 1375:14, 1375:20, 1377:5, 1379:15, 1382:10, 1386:2, 1386:6, 1387:14, 1387:17, 1387:18,

1390:25, 1391:9, 1392:21, 1393:2, 1393:22, 1393:24, 1394:1, 1395:19, 1395:22, 1396:1, 1396:6, 1401:5, 1401:10, 1401:14, 1404:6, 1407:4, 1409:16, 1410:2, 1410:3, 1415:23, 1416:1, 1416:3, 1416:7, 1416:8, 1417:5, 1417:6, 1418:10, 1418:12, 1418:19, 1421:17, 1423:19, 1424:20, 1426:7, 1426:24, 1428:5, 1431:17, 1433:16, 1436:19, 1439:3, 1444:20, 1446:8, 1450:12, 1454:3, 1454:11, 1458:3, 1461:3, 1461:9, 1464:1, 1464:11, 1465:15, 1477:2, 1478:7, 1479:8, 1482:23, 1483:5, 1483:7, 1484:16, 1485:2, 1487:22, 1489:1, 1489:11, 1493:15, 1494:6, 1495:4, 1495:12

**nobody** [2] - 1320:14, 1464:16

**non** [1] - 1330:14

**non-flowing** [1] - 1330:14

**none** [2] - 1388:20, 1478:6

**NONJURY** [1] - 1308:20

**noon** [4] - 1413:12, 1415:18, 1415:25, 1416:6

**nope** [1] - 1386:8

**nor** [1] - 1485:3

**NORFOLK** [1] - 1314:8

**normal** [1] - 1378:17

**NORTH** [1] - 1312:11

**nose** [1] - 1452:18

**not** [402] - 1319:1, 1319:4, 1319:21, 1319:22, 1320:3, 1320:4, 1320:5, 1320:6, 1321:15, 1322:11, 1322:15, 1322:20, 1322:23, 1323:4, 1323:14,

1323:24, 1324:15, 1325:1, 1325:6, 1325:8, 1325:10, 1326:11, 1327:1, 1327:3, 1327:5, 1327:10, 1327:22, 1327:25, 1328:9, 1328:25, 1330:5, 1330:21, 1331:3, 1331:5, 1331:9, 1332:9, 1332:14, 1333:6, 1333:16, 1334:6, 1334:14, 1334:16, 1334:24, 1335:14, 1335:16, 1335:17, 1335:18, 1336:14, 1337:10, 1337:25, 1339:19, 1340:14, 1340:15, 1340:17, 1341:12, 1341:22, 1342:1, 1342:9, 1342:10, 1344:2, 1345:7, 1346:1, 1346:16, 1346:21, 1346:23, 1347:22, 1347:25, 1348:15, 1349:21, 1352:5, 1352:9, 1352:11, 1353:9, 1353:17, 1353:21, 1355:3, 1355:7, 1358:1, 1358:4, 1359:4, 1360:2, 1360:20, 1362:2, 1362:7, 1362:8, 1362:18, 1363:19, 1364:15, 1364:24, 1364:25, 1365:8, 1365:12, 1365:19, 1365:22, 1366:13, 1366:14, 1366:18, 1367:21, 1368:4, 1368:12, 1368:24, 1369:7, 1369:11, 1370:13, 1371:7, 1371:8, 1371:9, 1371:21, 1371:22, 1372:1, 1372:5, 1372:15, 1372:24, 1372:25, 1373:9, 1373:14, 1373:15, 1374:10, 1375:3, 1376:4, 1376:5, 1376:12, 1376:15, 1376:19, 1377:12, 1377:24, 1378:13, 1378:15, 1379:1, 1379:6, 1379:12, 1379:19, 1379:23, 1379:24, 1380:6, 1380:13, 1380:16,

1380:21, 1381:15, 1382:4, 1382:5, 1382:8, 1383:7, 1383:8, 1383:16, 1383:21, 1383:25, 1384:10, 1384:16, 1384:19, 1385:3, 1385:16, 1385:23, 1385:25, 1386:4, 1386:10, 1386:17, 1387:1, 1387:7, 1387:8, 1387:12, 1387:14, 1387:19, 1387:20, 1388:7, 1388:10, 1388:11, 1388:21, 1389:3, 1389:16, 1389:21, 1389:22, 1390:3, 1390:14, 1390:17, 1390:21, 1391:2, 1391:6, 1391:8, 1391:19, 1392:22, 1392:24, 1392:25, 1393:8, 1394:1, 1395:4, 1395:24, 1396:6, 1400:5, 1401:12, 1402:11, 1402:12, 1402:13, 1402:20, 1403:16, 1403:19, 1403:20, 1403:23, 1404:5, 1404:8, 1404:10, 1404:11, 1404:20, 1405:13, 1406:24, 1407:24, 1408:10, 1408:23, 1410:5, 1411:18, 1413:3, 1413:13, 1415:19, 1416:2, 1416:9, 1416:14, 1416:20, 1417:9, 1417:16, 1418:19, 1419:6, 1420:3, 1420:10, 1420:14, 1420:17, 1420:18, 1420:19, 1420:21, 1420:25, 1421:2, 1422:23, 1423:1, 1423:17, 1423:19, 1423:22, 1423:24, 1424:8, 1424:25, 1426:5, 1426:7, 1426:10, 1426:21, 1427:1, 1427:11, 1427:15, 1428:2, 1428:4, 1428:14, 1428:21, 1429:2, 1429:11, 1431:4, 1432:17, 1435:4, 1435:5, 1435:16, 1435:18, 1436:12, 1436:18,

1437:9, 1438:1,
1438:2, 1438:3,
1438:14, 1438:15,
1438:23, 1439:1,
1440:7, 1440:12,
1440:24, 1441:1,
1441:5, 1441:9,
1441:18, 1441:20,
1442:2, 1442:16,
1442:19, 1443:4,
1443:21, 1445:2,
1445:8, 1445:13,
1445:16, 1445:19,
1446:2, 1446:6,
1446:8, 1446:15,
1446:19, 1447:5,
1447:6, 1447:7,
1448:5, 1448:11,
1448:13, 1449:1,
1449:3, 1450:2,
1450:19, 1450:20,
1450:25, 1451:10,
1452:6, 1455:9,
1455:14, 1457:16,
1458:3, 1458:7,
1458:9, 1458:13,
1458:20, 1458:23,
1459:17, 1459:19,
1460:4, 1460:24,
1461:2, 1461:5,
1461:6, 1461:9,
1461:10, 1461:14,
1461:18, 1461:19,
1462:10, 1463:15,
1463:19, 1463:23,
1464:7, 1464:8,
1464:18, 1465:8,
1465:9, 1465:20,
1466:9, 1466:12,
1466:21, 1466:23,
1467:3, 1468:5,
1468:23, 1469:2,
1469:4, 1469:7,
1469:12, 1469:15,
1469:20, 1469:25,
1470:19, 1471:10,
1471:16, 1471:23,
1472:6, 1473:8,
1473:17, 1473:23,
1475:6, 1476:6,
1477:4, 1477:5,
1478:12, 1479:1,
1479:17, 1480:3,
1480:7, 1480:17,
1480:20, 1481:12,
1481:13, 1481:17,
1481:18, 1482:22,
1482:22, 1483:4,
1483:12, 1483:14,
1483:22, 1483:23,
1484:3, 1484:5,

1485:2, 1485:23,
1486:7, 1486:25,
1487:1, 1487:16,
1488:5, 1488:7,
1489:18, 1490:22,
1490:24, 1491:20,
1492:2
   **notable** [1] - 1441:5
   **notably** [1] - 1381:23
   **note** [9] - 1325:22,
1354:4, 1354:5,
1354:24, 1354:25,
1366:11, 1366:16,
1366:18, 1493:14
   **notebook** [2] -
1332:18, 1332:20
   **noted** [2] - 1470:7,
1492:8
   **notes** [53] - 1323:20,
1325:20, 1329:25,
1332:9, 1332:12,
1333:7, 1334:2,
1334:25, 1335:14,
1335:21, 1335:25,
1337:22, 1337:25,
1338:16, 1338:19,
1338:21, 1339:5,
1339:11, 1339:17,
1340:7, 1340:10,
1341:19, 1341:21,
1341:24, 1341:25,
1342:6, 1342:9,
1342:11, 1344:8,
1344:12, 1347:2,
1347:4, 1347:6,
1354:2, 1357:17,
1359:3, 1361:4,
1361:9, 1361:10,
1361:13, 1361:14,
1362:13, 1366:19,
1381:17, 1382:24,
1385:6, 1398:13,
1398:14, 1398:17,
1402:2, 1492:6,
1492:14, 1492:21
   **nothing** [6] -
1347:22, 1393:14,
1394:2, 1485:7,
1485:20, 1495:17
   **notice** [2] - 1362:8,
1485:4
   **noticed** [1] - 1357:9
   **notify** [1] - 1320:18
   **now** [67] - 1320:4,
1323:4, 1327:20,
1329:14, 1330:5,
1333:23, 1334:21,
1338:8, 1340:15,
1341:4, 1342:10,
1344:18, 1345:24,

1346:2, 1347:13,
1347:20, 1349:11,
1352:2, 1356:7,
1358:11, 1361:18,
1362:7, 1370:11,
1374:1, 1377:23,
1383:7, 1385:20,
1386:9, 1387:24,
1388:15, 1390:9,
1392:22, 1394:4,
1399:10, 1400:7,
1400:15, 1401:19,
1404:23, 1405:6,
1405:25, 1412:17,
1419:24, 1421:21,
1423:21, 1425:8,
1429:3, 1429:22,
1434:13, 1435:12,
1442:19, 1443:23,
1451:15, 1457:9,
1457:12, 1457:14,
1466:20, 1469:15,
1471:21, 1473:9,
1474:20, 1476:16,
1476:20, 1477:18,
1479:15, 1480:13,
1482:13, 1496:6
   **number** [32] -
1318:4, 1318:6,
1360:16, 1371:5,
1371:20, 1371:21,
1397:18, 1399:11,
1406:6, 1409:4,
1409:9, 1409:15,
1409:17, 1410:3,
1410:10, 1410:11,
1412:2, 1412:3,
1413:10, 1418:21,
1422:4, 1423:21,
1423:24, 1439:20,
1448:22, 1457:17,
1457:18, 1459:9,
1477:25, 1480:10,
1492:5
   **numbered** [2] -
1399:11, 1497:11
   **numbers** [2] -
1439:20, 1460:3
   **numerous** [1] -
1460:20
   **NW** [1] - 1313:4

---

# O

---

   **O** [2] - 1317:3
   **o'clock** [6] - 1343:15,
1348:22, 1394:4,
1442:14, 1495:23,
1496:16
   **O'KEEFE** [1] -

1309:8
   **O'ROURKE** [1] -
1311:10
   **o.board** [1] - 1359:13
   **oath** [6] - 1322:3,
1327:11, 1343:8,
1365:5, 1393:13,
1478:25
   **object** [2] - 1318:10,
1488:12
   **objection** [24] -
1317:18, 1317:19,
1317:20, 1318:9,
1318:11, 1375:22,
1377:8, 1377:18,
1377:21, 1385:19,
1385:21, 1411:6,
1431:14, 1436:20,
1451:11, 1451:13,
1486:24, 1487:3,
1487:13, 1489:24,
1493:15, 1494:6,
1494:7, 1496:12
   **objections** [2] -
1443:3, 1496:15
   **objective** [2] -
1373:5, 1373:8
   **objectives** [2] -
1378:11, 1482:9
   **observation** [1] -
1393:15
   **observations** [7] -
1368:20, 1393:6,
1393:7, 1393:25,
1394:1, 1417:4,
1417:6
   **observe** [2] -
1393:21, 1393:22
   **observed** [6] -
1329:1, 1363:25,
1393:17, 1489:21,
1490:5
   **obtained** [3] -
1345:1, 1379:17,
1440:2
   **obviously** [1] -
1443:13
   **occurred** [4] -
1410:5, 1414:11,
1431:16, 1479:19
   **occurring** [5] -
1369:22, 1424:11,
1424:23, 1426:1,
1478:9
   **OF** [14] - 1308:2,
1308:6, 1308:12,
1308:14, 1308:20,
1311:4, 1311:8,
1311:15, 1311:21,
1312:3, 1312:8,

1312:9, 1312:10
   **of** [678] - 1317:12,
1317:15, 1317:21,
1317:25, 1318:16,
1318:21, 1319:3,
1319:6, 1320:22,
1320:23, 1322:10,
1322:12, 1322:22,
1323:1, 1323:8,
1323:11, 1323:14,
1323:20, 1323:23,
1324:1, 1324:11,
1324:15, 1324:19,
1324:20, 1325:15,
1325:19, 1325:20,
1325:21, 1326:11,
1326:12, 1326:21,
1326:23, 1327:11,
1327:16, 1327:24,
1328:7, 1328:8,
1328:10, 1330:13,
1330:14, 1330:17,
1330:20, 1331:2,
1331:7, 1331:13,
1331:19, 1331:25,
1332:6, 1332:17,
1332:20, 1333:1,
1333:7, 1334:4,
1334:17, 1334:20,
1334:21, 1334:23,
1334:24, 1335:7,
1335:8, 1335:9,
1335:10, 1335:11,
1336:10, 1336:13,
1336:19, 1337:6,
1337:11, 1337:12,
1337:14, 1338:5,
1339:5, 1339:8,
1339:12, 1339:14,
1339:21, 1339:25,
1340:4, 1340:11,
1340:19, 1340:21,
1341:13, 1341:14,
1342:3, 1342:7,
1342:8, 1342:12,
1342:14, 1342:17,
1342:18, 1342:21,
1343:23, 1344:12,
1345:1, 1345:2,
1345:15, 1345:16,
1345:22, 1346:16,
1346:18, 1346:19,
1346:21, 1346:22,
1347:2, 1347:6,
1347:9, 1347:22,
1349:3, 1349:5,
1350:17, 1350:18,
1351:14, 1351:17,
1351:22, 1352:10,
1352:12, 1352:13,
1352:17, 1352:22,

1353:2, 1353:9,
1353:11, 1354:2,
1354:9, 1354:25,
1355:3, 1355:8,
1356:5, 1358:10,
1359:3, 1359:7,
1359:22, 1360:19,
1361:1, 1361:11,
1361:18, 1363:16,
1363:25, 1364:3,
1364:14, 1364:23,
1365:3, 1365:7,
1365:8, 1365:11,
1365:12, 1366:1,
1366:12, 1366:18,
1367:6, 1367:9,
1367:11, 1367:15,
1367:19, 1367:24,
1368:1, 1368:3,
1368:19, 1368:21,
1368:22, 1369:13,
1369:22, 1369:25,
1370:3, 1370:8,
1370:11, 1370:12,
1370:20, 1371:3,
1371:7, 1371:9,
1371:20, 1371:21,
1371:25, 1372:1,
1372:4, 1372:6,
1373:21, 1373:24,
1374:6, 1374:9,
1374:13, 1374:16,
1374:21, 1375:1,
1375:5, 1375:9,
1376:9, 1376:12,
1377:3, 1377:4,
1377:11, 1377:19,
1378:2, 1378:9,
1378:13, 1378:21,
1378:25, 1379:24,
1380:4, 1380:6,
1380:9, 1380:18,
1380:21, 1381:14,
1381:17, 1382:21,
1382:25, 1383:18,
1383:25, 1384:5,
1384:14, 1385:1,
1386:5, 1387:8,
1387:15, 1387:16,
1387:20, 1387:21,
1387:25, 1388:11,
1388:13, 1388:19,
1388:20, 1388:23,
1389:16, 1390:3,
1390:12, 1390:13,
1390:20, 1391:12,
1391:22, 1392:2,
1392:9, 1392:16,
1393:18, 1393:24,
1395:20, 1395:22,
1395:23, 1396:6,

1396:10, 1396:12,
1396:22, 1397:4,
1397:5, 1397:12,
1397:15, 1397:18,
1397:19, 1397:22,
1397:25, 1398:1,
1398:3, 1398:15,
1398:21, 1399:3,
1399:6, 1399:13,
1399:14, 1399:16,
1399:19, 1399:24,
1400:1, 1400:2,
1400:4, 1400:12,
1400:22, 1401:2,
1401:7, 1401:12,
1401:21, 1402:19,
1402:22, 1403:2,
1403:3, 1403:25,
1404:9, 1404:17,
1405:2, 1405:22,
1406:8, 1406:10,
1406:19, 1408:3,
1408:12, 1409:1,
1409:7, 1409:11,
1409:12, 1409:14,
1410:6, 1410:10,
1410:15, 1410:20,
1410:23, 1410:25,
1411:2, 1411:4,
1411:5, 1411:8,
1411:9, 1411:21,
1412:2, 1412:5,
1412:6, 1412:9,
1412:23, 1413:10,
1413:12, 1413:16,
1414:24, 1415:23,
1415:24, 1415:25,
1416:6, 1416:13,
1416:17, 1416:18,
1416:24, 1417:1,
1417:2, 1417:3,
1417:5, 1417:8,
1418:14, 1418:15,
1418:16, 1418:17,
1418:20, 1419:3,
1419:7, 1419:16,
1419:18, 1419:24,
1421:6, 1421:8,
1421:22, 1422:4,
1422:11, 1422:20,
1423:5, 1423:6,
1423:19, 1423:22,
1423:23, 1424:9,
1424:11, 1424:20,
1424:21, 1424:22,
1425:1, 1425:4,
1425:12, 1425:19,
1425:25, 1426:9,
1426:16, 1427:7,
1427:25, 1428:4,
1428:8, 1428:9,

1428:17, 1428:19,
1429:1, 1429:13,
1429:22, 1430:19,
1430:20, 1431:1,
1431:2, 1431:3,
1431:6, 1431:8,
1431:9, 1431:15,
1431:16, 1432:7,
1432:9, 1432:13,
1432:16, 1432:21,
1432:24, 1433:2,
1433:4, 1433:5,
1433:11, 1433:18,
1433:20, 1433:24,
1433:25, 1434:9,
1434:11, 1434:13,
1435:4, 1435:9,
1435:17, 1435:20,
1436:3, 1436:4,
1436:10, 1436:12,
1436:16, 1436:24,
1437:10, 1437:11,
1437:13, 1437:14,
1437:20, 1437:21,
1437:23, 1437:25,
1438:1, 1438:6,
1438:8, 1438:11,
1438:14, 1438:16,
1439:9, 1439:24,
1440:5, 1440:6,
1440:16, 1440:25,
1441:7, 1441:8,
1441:9, 1441:10,
1441:12, 1441:18,
1441:22, 1441:23,
1442:1, 1443:14,
1443:20, 1444:8,
1444:15, 1444:20,
1444:24, 1445:9,
1445:14, 1446:3,
1446:4, 1446:5,
1446:10, 1446:16,
1446:18, 1446:23,
1447:2, 1447:19,
1447:22, 1448:17,
1449:5, 1449:14,
1450:3, 1450:4,
1450:6, 1450:8,
1450:17, 1451:7,
1451:10, 1451:15,
1451:18, 1451:20,
1452:3, 1452:5,
1452:15, 1452:18,
1452:25, 1453:4,
1453:8, 1453:17,
1454:6, 1454:13,
1454:24, 1455:11,
1455:20, 1455:21,
1455:23, 1455:24,
1456:2, 1456:3,
1456:10, 1456:11,

1456:16, 1456:24,
1457:1, 1457:18,
1458:1, 1458:25,
1459:3, 1459:9,
1459:21, 1460:6,
1460:7, 1460:18,
1460:20, 1460:21,
1460:25, 1461:7,
1461:8, 1461:10,
1461:13, 1462:5,
1462:8, 1462:23,
1463:2, 1463:9,
1463:12, 1463:16,
1463:23, 1464:2,
1464:9, 1464:10,
1464:19, 1464:23,
1465:1, 1465:7,
1465:13, 1465:14,
1465:20, 1466:4,
1466:12, 1466:21,
1467:15, 1467:17,
1468:8, 1469:19,
1470:5, 1470:7,
1470:21, 1471:8,
1471:11, 1472:12,
1473:2, 1473:22,
1473:25, 1474:3,
1474:9, 1474:10,
1475:4, 1475:7,
1475:11, 1475:14,
1475:24, 1476:1,
1476:2, 1476:17,
1476:21, 1476:24,
1477:2, 1477:11,
1477:25, 1478:5,
1478:6, 1478:8,
1478:10, 1478:12,
1478:24, 1479:1,
1479:7, 1480:6,
1480:9, 1480:16,
1480:20, 1481:3,
1481:6, 1481:24,
1482:3, 1482:5,
1482:9, 1482:11,
1482:16, 1482:24,
1483:1, 1483:17,
1483:20, 1483:25,
1484:4, 1484:9,
1485:10, 1485:24,
1486:1, 1486:2,
1486:5, 1486:6,
1486:14, 1486:21,
1487:2, 1487:7,
1487:9, 1488:2,
1488:10, 1488:11,
1488:18, 1489:6,
1489:11, 1489:22,
1490:7, 1490:11,
1490:12, 1490:18,
1492:1, 1492:6,
1492:7, 1492:14,

1492:16, 1492:17,
1493:2, 1493:13,
1493:21, 1494:5,
1494:22, 1495:4,
1495:21, 1495:22,
1496:2, 1497:8,
1497:10

**off** [16] - 1335:16,
1350:12, 1353:13,
1355:24, 1356:17,
1356:19, 1356:22,
1361:22, 1372:20,
1387:22, 1406:21,
1424:14, 1447:22,
1454:19, 1485:18

**offer** [2] - 1317:13,
1460:19

**offering** [1] -
1317:25

**office** [6] - 1337:23,
1357:10, 1357:12,
1358:15, 1359:25,
1360:5

**OFFICE** [5] - 1309:4,
1311:18, 1312:3,
1312:8, 1312:12

**offices** [2] - 1353:23,
1355:4

**OFFICIAL** [1] -
1315:12

**Official** [2] - 1497:7,
1497:16

**offs** [2] - 1372:9,
1454:21

**offset** [1] - 1456:20

**offshore** [1] -
1433:20

**OFFSHORE** [1] -
1313:12

**often** [1] - 1398:10

**oh** [2] - 1324:16,
1421:19

**oil** [6] - 1383:21,
1392:12, 1438:17,
1438:20, 1438:22,
1481:17

**OIL** [2] - 1308:5

**oil-based** [3] -
1438:17, 1438:20,
1438:22

**okay** [71] - 1317:11,
1317:18, 1319:8,
1320:11, 1320:25,
1322:3, 1322:4,
1339:24, 1340:2,
1344:24, 1349:4,
1354:14, 1356:5,
1356:7, 1358:17,
1358:22, 1359:8,
1359:13, 1359:16,

1359:19, 1359:20, 1360:3, 1360:25, 1361:8, 1379:14, 1394:17, 1395:15, 1395:17, 1396:22, 1397:9, 1399:21, 1400:7, 1400:15, 1400:22, 1401:16, 1404:23, 1408:17, 1409:23, 1410:12, 1410:14, 1414:15, 1418:2, 1423:20, 1424:10, 1426:8, 1430:2, 1433:17, 1433:19, 1435:7, 1440:5, 1449:19, 1451:25, 1452:8, 1452:23, 1456:10, 1458:18, 1462:17, 1466:5, 1466:8, 1468:11, 1474:18, 1475:22, 1478:12, 1481:7, 1482:20, 1482:21, 1484:21, 1487:4, 1493:5, 1495:19, 1495:21

**old** [1] - 1333:24

**OLSON** [1] - 1313:21

**ON** [1] - 1308:6

**On** [2] - 1401:21, 1410:15

**on** [399] - 1318:20, 1321:1, 1321:9, 1321:11, 1321:16, 1322:14, 1323:21, 1323:23, 1324:11, 1324:19, 1324:22, 1325:2, 1325:17, 1325:25, 1326:15, 1326:22, 1327:15, 1327:25, 1328:3, 1328:4, 1328:18, 1328:19, 1329:5, 1329:6, 1329:11, 1329:19, 1329:21, 1330:9, 1330:13, 1330:22, 1330:23, 1331:11, 1331:13, 1331:17, 1332:3, 1332:6, 1332:24, 1333:7, 1333:19, 1334:21, 1335:3, 1335:8, 1335:16, 1335:18, 1335:21, 1335:25, 1336:12, 1337:12, 1337:16, 1338:5, 1338:9, 1338:21, 1338:24, 1338:25, 1339:8, 1339:14, 1339:15,

1339:22, 1340:4, 1340:11, 1341:2, 1341:7, 1341:10, 1341:11, 1341:14, 1341:15, 1341:19, 1341:21, 1342:4, 1342:7, 1342:18, 1342:21, 1343:15, 1344:8, 1344:13, 1345:12, 1346:2, 1346:3, 1346:4, 1346:25, 1347:5, 1348:10, 1349:5, 1349:11, 1349:24, 1350:25, 1351:1, 1351:6, 1351:14, 1351:19, 1352:11, 1352:15, 1353:17, 1353:18, 1353:20, 1353:22, 1354:10, 1354:16, 1354:22, 1355:2, 1355:4, 1355:17, 1355:23, 1356:4, 1356:11, 1357:10, 1359:3, 1360:8, 1360:11, 1360:12, 1360:19, 1361:6, 1361:7, 1361:22, 1361:23, 1361:25, 1362:10, 1362:16, 1362:23, 1363:9, 1363:10, 1364:21, 1365:2, 1365:3, 1366:12, 1366:13, 1367:2, 1367:7, 1368:25, 1369:19, 1369:20, 1370:4, 1371:6, 1371:14, 1372:3, 1372:15, 1372:17, 1373:15, 1374:3, 1375:2, 1375:12, 1376:1, 1376:17, 1378:21, 1379:10, 1379:12, 1379:22, 1380:4, 1380:5, 1380:6, 1380:11, 1380:19, 1381:1, 1381:13, 1383:2, 1383:8, 1384:5, 1384:8, 1384:12, 1384:21, 1384:22, 1384:24, 1385:1, 1385:7, 1385:8, 1385:9, 1385:10, 1385:14, 1386:17, 1386:19, 1387:3, 1387:16, 1387:24, 1388:4, 1390:6, 1390:9, 1391:20, 1392:15, 1392:22,

1392:25, 1393:23, 1394:22, 1395:21, 1395:23, 1396:3, 1396:5, 1397:1, 1397:12, 1398:9, 1398:15, 1399:2, 1399:4, 1400:16, 1401:6, 1401:23, 1401:24, 1402:1, 1402:24, 1405:20, 1406:9, 1406:10, 1406:22, 1408:3, 1408:5, 1408:25, 1409:9, 1409:20, 1410:9, 1410:17, 1410:18, 1411:13, 1412:8, 1413:3, 1413:9, 1414:17, 1414:18, 1414:23, 1415:17, 1415:25, 1416:5, 1417:1, 1417:8, 1417:13, 1417:15, 1418:13, 1418:17, 1419:7, 1420:13, 1420:18, 1421:5, 1421:10, 1422:1, 1424:3, 1424:8, 1424:21, 1425:9, 1425:10, 1425:12, 1425:17, 1425:22, 1426:2, 1426:3, 1426:6, 1426:12, 1426:16, 1426:20, 1427:11, 1427:14, 1427:18, 1427:19, 1427:22, 1427:24, 1428:1, 1428:3, 1429:2, 1429:10, 1429:11, 1429:14, 1429:25, 1430:3, 1430:16, 1431:21, 1432:6, 1432:12, 1432:13, 1432:14, 1432:22, 1433:4, 1433:5, 1434:14, 1434:22, 1434:25, 1436:7, 1436:25, 1439:13, 1439:14, 1439:20, 1441:5, 1441:13, 1442:12, 1442:13, 1442:14, 1442:17, 1442:19, 1443:25, 1444:8, 1444:20, 1444:23, 1448:4, 1448:8, 1449:6, 1449:9, 1450:7, 1450:9, 1450:20, 1451:19, 1451:23, 1451:24, 1452:12, 1452:18, 1454:4,

1455:22, 1456:1, 1456:24, 1457:3, 1457:14, 1458:7, 1458:10, 1458:21, 1459:1, 1459:3, 1459:5, 1459:6, 1459:15, 1459:19, 1460:3, 1460:7, 1460:11, 1461:1, 1462:1, 1462:22, 1464:14, 1464:16, 1464:17, 1466:3, 1468:3, 1468:9, 1469:5, 1470:8, 1471:22, 1472:7, 1472:8, 1472:14, 1472:17, 1473:16, 1474:13, 1474:15, 1474:17, 1475:2, 1475:4, 1475:11, 1476:3, 1477:5, 1477:22, 1478:9, 1478:11, 1479:9, 1479:22, 1480:23, 1482:15, 1482:22, 1484:3, 1484:5, 1485:15, 1485:24, 1486:17, 1486:18, 1486:22, 1487:6, 1487:18, 1489:9, 1489:18, 1490:5, 1492:22, 1493:19, 1493:22, 1494:3, 1494:8, 1494:11, 1495:8

**once** [7] - 1387:2, 1387:13, 1391:3, 1393:4, 1442:5, 1453:14, 1469:13

**ONE** [2] - 1312:21, 1314:17

**one** [122] - 1317:12, 1318:24, 1321:9, 1323:8, 1323:23, 1326:14, 1326:15, 1327:11, 1327:16, 1328:11, 1328:12, 1330:1, 1330:17, 1330:20, 1331:2, 1331:11, 1334:25, 1335:11, 1337:6, 1337:20, 1338:5, 1339:23, 1340:21, 1344:12, 1344:15, 1347:5, 1349:15, 1349:19, 1350:6, 1350:13, 1351:22, 1353:19, 1355:24, 1356:16, 1357:8, 1360:19, 1360:21, 1371:13, 1375:7,

1375:20, 1380:24, 1382:16, 1387:25, 1388:4, 1388:12, 1391:23, 1393:21, 1394:9, 1397:18, 1398:21, 1401:5, 1402:16, 1403:25, 1404:21, 1404:22, 1405:15, 1405:18, 1406:5, 1406:17, 1409:12, 1409:15, 1410:3, 1410:6, 1417:8, 1418:21, 1419:21, 1422:23, 1423:12, 1423:23, 1427:23, 1428:8, 1428:9, 1430:19, 1431:3, 1431:6, 1432:20, 1433:25, 1435:10, 1436:15, 1437:21, 1440:21, 1441:4, 1441:5, 1444:16, 1448:8, 1450:4, 1453:8, 1454:6, 1456:10, 1456:16, 1457:17, 1458:21, 1459:16, 1460:6, 1460:7, 1462:5, 1462:16, 1464:2, 1467:1, 1472:10, 1475:24, 1476:20, 1476:23, 1477:14, 1478:5, 1480:6, 1480:9, 1480:14, 1480:16, 1480:20, 1482:9, 1483:15, 1486:22, 1489:4, 1490:7, 1490:9, 1495:25

**ones** [4] - 1317:15, 1362:19, 1464:2, 1464:12

**only** [16] - 1318:25, 1375:17, 1391:23, 1393:16, 1421:11, 1427:1, 1447:11, 1447:19, 1448:1, 1455:4, 1470:19, 1473:5, 1473:7, 1473:22, 1477:4, 1477:18

**onshore** [8] - 1340:4, 1340:11, 1353:22, 1355:4, 1364:20, 1375:2, 1375:12, 1427:10

**onto** [3] - 1445:12, 1470:24, 1474:10

**oops** [1] - 1347:5

**open** [1] - 1477:25

**OPEN** [2] - 1317:5, 1394:7
**opened** [5] - 1362:14, 1468:23, 1469:5, 1469:8
**opening** [2] - 1362:23, 1431:10
**operate** [1] - 1483:16
**operated** [2] - 1322:21, 1483:15
**operation** [8] - 1374:5, 1374:10, 1375:3, 1424:13, 1458:25, 1459:13, 1489:10, 1489:22
**operational** [1] - 1325:22
**operations** [7] - 1366:3, 1375:2, 1412:5, 1424:20, 1428:11, 1489:12, 1495:5
**Operations** [1] - 1366:24
**operator** [3] - 1383:22, 1404:9, 1442:6
**opines** [1] - 1396:3
**opinion** [8] - 1320:2, 1411:8, 1424:18, 1486:24, 1487:1, 1487:13, 1488:12, 1489:24
**opinions** [3] - 1396:7, 1396:9, 1396:10
**opportunity** [1] - 1483:9
**opposed** [8] - 1392:11, 1396:10, 1401:14, 1436:2, 1446:18, 1448:18, 1481:10, 1481:20
**opposite** [2] - 1408:12, 1484:24
**OptiCem** [1] - 1381:7
**Option** [2] - 1445:3, 1445:4
**Options** [1] - 1439:21
**options** [6] - 1403:19, 1439:13, 1439:21, 1444:2, 1452:11
**or** [147] - 1318:19, 1319:3, 1319:22, 1320:5, 1325:9, 1325:15, 1325:17, 1325:23, 1326:25, 1328:21, 1329:25,

1332:13, 1336:5, 1337:7, 1342:25, 1343:24, 1344:3, 1345:6, 1346:22, 1347:17, 1348:18, 1349:21, 1353:9, 1353:19, 1354:25, 1356:1, 1356:17, 1357:4, 1357:8, 1360:4, 1361:1, 1362:10, 1362:12, 1362:19, 1363:2, 1369:5, 1370:6, 1370:9, 1370:13, 1370:14, 1371:4, 1372:1, 1372:5, 1372:19, 1372:24, 1372:25, 1373:9, 1373:15, 1374:18, 1374:23, 1377:4, 1378:16, 1378:17, 1384:20, 1385:17, 1386:5, 1387:22, 1388:12, 1389:21, 1393:21, 1394:9, 1394:12, 1394:17, 1395:12, 1396:17, 1397:11, 1397:16, 1397:18, 1398:5, 1399:7, 1399:16, 1400:19, 1402:24, 1404:9, 1404:11, 1406:9, 1409:13, 1410:7, 1411:8, 1415:5, 1415:18, 1417:2, 1417:4, 1417:6, 1417:21, 1419:8, 1422:9, 1422:22, 1422:23, 1423:16, 1426:4, 1427:9, 1428:21, 1431:3, 1431:11, 1431:18, 1432:16, 1432:17, 1433:25, 1435:2, 1436:5, 1436:14, 1436:18, 1437:14, 1440:6, 1444:25, 1445:10, 1448:11, 1449:21, 1450:1, 1450:10, 1451:22, 1452:17, 1454:4, 1454:12, 1461:18, 1462:21, 1463:5, 1464:7, 1465:7, 1466:13, 1468:8, 1472:7, 1472:19, 1473:5, 1476:20, 1477:3, 1478:8, 1480:21, 1483:22, 1483:23, 1486:7, 1486:17,

1486:20, 1489:12, 1489:21, 1493:25, 1495:2, 1495:8, 1495:25
**order** [9] - 1318:18, 1318:22, 1332:13, 1372:18, 1373:1, 1423:23, 1468:3, 1475:11, 1475:14
**ordered** [3] - 1434:22, 1435:5, 1436:16
**orders** [1] - 1475:4
**organization** [3] - 1368:3, 1389:19, 1464:17
**organizational** [1] - 1331:7
**originally** [1] - 1420:18
**ORLEANS** [10] - 1308:8, 1309:8, 1309:16, 1309:23, 1310:22, 1312:16, 1312:23, 1313:15, 1314:13, 1315:14
**other** [53] - 1319:7, 1319:16, 1326:15, 1327:12, 1327:16, 1328:21, 1332:5, 1336:13, 1341:23, 1347:14, 1351:20, 1353:20, 1363:14, 1373:25, 1388:12, 1389:7, 1393:21, 1399:6, 1399:23, 1400:9, 1401:20, 1404:23, 1406:9, 1406:11, 1422:23, 1423:12, 1423:17, 1429:6, 1429:7, 1430:12, 1432:17, 1433:10, 1435:21, 1435:22, 1441:4, 1444:23, 1445:18, 1449:4, 1450:15, 1454:18, 1459:22, 1460:3, 1460:14, 1460:18, 1478:8, 1478:13, 1479:2, 1486:9, 1492:22, 1494:4, 1496:1
**other's** [1] - 1399:23
**others** [14] - 1331:19, 1333:12, 1350:9, 1353:16, 1371:23, 1389:12, 1389:25, 1395:23, 1397:11, 1397:19, 1398:22, 1404:21,

1425:17, 1431:21
**otherwise** [1] - 1430:10
**our** [40] - 1328:14, 1330:6, 1342:22, 1351:17, 1357:4, 1361:23, 1362:16, 1363:7, 1374:6, 1378:18, 1385:3, 1386:11, 1411:2, 1413:24, 1421:3, 1422:1, 1424:20, 1435:14, 1435:20, 1436:9, 1451:6, 1453:19, 1453:21, 1454:3, 1462:5, 1468:1, 1469:24, 1470:6, 1470:12, 1470:18, 1470:21, 1470:25, 1471:13, 1476:19, 1479:17, 1482:16, 1482:18, 1482:25, 1485:8
**ourselves** [1] - 1435:25
**out** [54] - 1318:13, 1319:24, 1321:6, 1325:20, 1345:20, 1355:22, 1356:16, 1367:18, 1371:5, 1374:21, 1375:8, 1375:11, 1388:8, 1393:18, 1397:23, 1400:5, 1402:25, 1405:8, 1408:16, 1414:12, 1416:14, 1418:6, 1420:12, 1423:23, 1428:13, 1428:25, 1432:10, 1432:16, 1437:12, 1437:23, 1437:24, 1438:7, 1438:9, 1438:11, 1438:15, 1445:9, 1446:4, 1446:5, 1446:18, 1446:24, 1450:12, 1451:9, 1451:14, 1452:3, 1453:8, 1454:20, 1470:24, 1471:7, 1471:11, 1471:15, 1477:20, 1488:23, 1495:21
**outcome** [1] - 1410:8
**outline** [8] - 1398:20, 1398:22, 1439:6, 1439:11, 1440:2, 1440:16, 1443:13, 1443:21
**outlines** [2] - 1397:18, 1397:23

**outset** [2] - 1347:9, 1376:24
**outside** [10] - 1344:4, 1345:9, 1356:4, 1361:1, 1391:9, 1407:20, 1407:21, 1408:14, 1432:19, 1444:21
**over** [45] - 1326:10, 1370:8, 1374:4, 1389:19, 1392:11, 1394:11, 1398:15, 1398:16, 1399:10, 1405:9, 1405:21, 1412:17, 1412:23, 1413:6, 1413:9, 1415:11, 1415:15, 1418:2, 1418:20, 1419:24, 1423:20, 1429:22, 1430:21, 1433:17, 1433:24, 1433:25, 1434:13, 1435:1, 1436:24, 1439:4, 1439:19, 1440:16, 1445:4, 1445:6, 1452:12, 1456:1, 1457:17, 1457:18, 1460:11, 1460:17, 1460:24, 1465:24, 1479:22, 1492:11, 1493:10
**overall** [3] - 1375:9, 1397:22, 1399:24
**overbalance** [1] - 1416:12
**overbalanced** [3] - 1416:13, 1469:9, 1469:10
**overboard** [8] - 1359:20, 1360:4, 1391:2, 1391:6, 1393:4, 1393:10, 1393:14, 1393:19
**overruled** [1] - 1495:13
**own** [9] - 1388:22, 1391:14, 1391:17, 1392:9, 1392:17, 1393:25, 1394:1, 1430:16, 1495:9
**owned** [1] - 1322:21

## P

**P** [2] - 1309:3, 1310:7
**P.M** [17] - 1343:14, 1343:15, 1348:18, 1349:12, 1349:13, 1349:15, 1349:17,

1349:19, 1354:7,
1354:10, 1355:12,
1355:21, 1356:11,
1357:13, 1357:21,
1413:3

**P.O** [1] - 1311:12
**packers** [4] - 1474:7,
1474:25, 1476:6
**Page** [11] - 1349:5,
1361:18, 1380:6,
1400:7, 1405:2,
1431:12, 1433:24,
1467:18, 1478:20,
1478:24, 1488:1
**page** [79] - 1326:21,
1327:15, 1328:3,
1329:19, 1332:25,
1333:7, 1333:9,
1335:20, 1335:25,
1338:16, 1339:1,
1339:14, 1339:22,
1339:24, 1346:16,
1346:18, 1348:14,
1366:1, 1368:25,
1374:8, 1377:1,
1379:12, 1379:22,
1380:4, 1380:8,
1380:11, 1381:13,
1391:20, 1392:15,
1396:24, 1399:2,
1399:3, 1399:11,
1400:3, 1405:3,
1410:10, 1410:11,
1412:2, 1412:23,
1413:9, 1413:10,
1414:18, 1415:15,
1418:20, 1419:24,
1422:9, 1423:21,
1429:22, 1431:9,
1434:13, 1434:14,
1436:24, 1439:9,
1439:19, 1440:16,
1457:17, 1457:23,
1459:2, 1459:6,
1459:9, 1460:10,
1460:11, 1460:16,
1460:17, 1466:21,
1467:15, 1474:1,
1475:2, 1477:22,
1480:10, 1480:12,
1481:8, 1483:25,
1487:25, 1488:21,
1490:12
**PAGE/LINE** [1] -
1316:2
**pages** [8] - 1339:25,
1342:7, 1342:13,
1342:14, 1349:3,
1400:3, 1460:18,
1460:20

**paginated** [1] -
1332:25
**PALMINTIER** [1] -
1310:14
**PAN** [1] - 1309:15
**panel** [1] - 1486:2
**panels** [1] - 1468:9
**pants** [1] - 1374:7
**paper** [1] - 1355:2
**paragraph** [17] -
1341:4, 1341:5,
1366:9, 1368:18,
1390:10, 1391:21,
1399:4, 1400:8,
1400:13, 1401:19,
1412:4, 1419:25,
1422:9, 1424:2,
1434:15, 1482:2,
1488:23
**paragraphs** [3] -
1390:19, 1399:16,
1400:3
**part** [39] - 1322:11,
1325:15, 1326:11,
1326:19, 1331:19,
1334:4, 1334:21,
1341:5, 1341:13,
1359:22, 1373:20,
1386:5, 1388:13,
1397:15, 1402:9,
1402:10, 1413:16,
1415:24, 1416:24,
1417:5, 1421:8,
1424:20, 1424:21,
1431:8, 1433:2,
1434:9, 1434:14,
1441:10, 1452:25,
1456:3, 1458:5,
1463:16, 1466:12,
1469:19, 1475:7,
1476:2, 1482:3,
1496:7
**partial** [1] - 1381:6
**particular** [5] -
1374:22, 1375:20,
1392:20, 1426:3,
1454:10
**particularly** [1] -
1375:8
**parties** [1] - 1318:18
**parties'** [1] - 1318:20
**parts** [6] - 1399:14,
1399:20, 1421:5,
1423:22, 1428:8,
1430:19
**passage** [2] -
1494:1, 1494:5
**passed** [2] -
1359:13, 1359:20
**passing** [1] -

1343:12
**past** [3] - 1374:4,
1391:16, 1477:5
**path** [13] - 1443:24,
1444:7, 1444:9,
1446:3, 1446:12,
1447:2, 1448:1,
1448:4, 1448:7,
1448:8, 1490:16,
1491:16, 1491:18
**paths** [1] - 1478:1
**patience** [1] -
1462:22
**Paul** [3] - 1364:20,
1467:14, 1477:23
**PAUL** [1] - 1309:14
**peek** [1] - 1334:8
**penetration** [1] -
1368:21
**PENNSYLVANIA** [1]
- 1313:4
**people** [25] -
1343:18, 1351:1,
1352:11, 1361:11,
1372:15, 1372:17,
1375:5, 1375:13,
1389:9, 1389:10,
1389:14, 1389:22,
1393:23, 1397:12,
1401:12, 1401:14,
1417:25, 1425:9,
1426:3, 1429:7,
1431:21, 1432:11,
1468:3
**per** [1] - 1382:4
**perform** [1] -
1430:16
**performance** [1] -
1323:11, 1433:18,
1433:20
**performed** [5] -
1408:18, 1435:19,
1438:7, 1455:22
**performing** [1] -
1431:11
**perhaps** [2] - 1429:6,
1496:3
**period** [17] -
1328:15, 1355:14,
1356:7, 1356:11,
1356:14, 1357:1,
1357:10, 1357:24,
1358:3, 1358:6,
1361:18, 1362:2,
1367:8, 1367:9,
1397:21, 1415:19,
1456:2
**permeable** [4] -
1402:22, 1448:21,
1451:2, 1465:7

**permission** [1] -
1321:22
**permit** [1] - 1328:21
**permitted** [1] -
1400:25
**person** [1] - 1458:12
**personal** [7] -
1393:3, 1393:5,
1393:14, 1393:25,
1394:1, 1395:19,
1428:6
**personally** [7] -
1351:12, 1352:13,
1355:8, 1369:11,
1369:15, 1386:7,
1387:16
**personnel** [2] -
1381:6, 1383:16
**pertain** [2] - 1319:3,
1395:9
**pertains** [1] - 1458:2
**PETITION** [1] -
1308:12
**Phil** [2] - 1335:12,
1335:24
**PHILLIP** [1] -
1314:12
**philosophy** [3] -
1347:20, 1347:22,
1347:25
**photographs** [1] -
1444:20
**phrase** [2] - 1338:13,
1344:24
**physically** [2] -
1393:8, 1471:7
**pick** [2] - 1450:25,
1451:2
**picked** [1] - 1438:25
**picture** [3] - 1351:17,
1406:9, 1444:23
**pictures** [1] -
1350:18
**piece** [2] - 1483:17,
1484:9
**pieces** [1] - 1421:5
**piecing** [1] - 1361:12
**PIGMAN** [1] -
1314:11
**pill** [3] - 1358:14,
1358:16, 1489:16
**pin** [1] - 1479:24
**pipe** [38] - 1328:1,
1328:18, 1329:5,
1329:11, 1330:9,
1330:13, 1330:22,
1335:3, 1335:8,
1335:22, 1337:12,
1338:14, 1341:8,
1341:11, 1342:18,

1345:12, 1354:11,
1354:18, 1361:7,
1362:14, 1362:23,
1384:24, 1385:8,
1387:22, 1413:20,
1467:6, 1472:19,
1473:1, 1474:4,
1474:10, 1474:11,
1475:4, 1475:25,
1476:18, 1477:4,
1492:11, 1493:9,
1493:10
**pit** [4] - 1369:21,
1428:12, 1428:24,
1486:6
**pits** [1] - 1326:10
**place** [12] - 1339:18,
1342:15, 1343:14,
1355:11, 1355:20,
1356:10, 1360:7,
1360:11, 1363:9,
1377:5, 1457:11,
1490:22
**placed** [1] - 1465:14
**placement** [5] -
1379:18, 1383:19,
1420:1, 1422:9,
1422:10
**PLAINTIFFS** [1] -
1309:3
**plaintiffs** [2] -
1484:24, 1485:1
**plan** [3] - 1368:12,
1368:13, 1368:18
**planning** [1] - 1419:2
**play** [1] - 1360:14
**PLAYED** [1] -
1360:15
**played** [1] - 1431:9
**PLC** [1] - 1312:20
**plea** [5] - 1428:7,
1428:8, 1428:14,
1428:15, 1428:19
**please** [29] -
1321:24, 1326:18,
1335:24, 1339:4,
1344:1, 1346:15,
1365:13, 1366:8,
1378:2, 1394:8,
1394:21, 1396:24,
1399:10, 1407:18,
1417:11, 1422:8,
1424:3, 1431:8,
1434:17, 1440:20,
1467:14, 1469:17,
1472:22, 1475:13,
1477:23, 1488:1,
1488:23, 1490:13
**plug** [6] - 1326:8,
1354:13, 1408:3,

1424:14, 1452:25, 1453:4

**plugged** [3] - 1327:1, 1488:6, 1489:5

**point** [20] - 1321:6, 1328:9, 1343:6, 1354:25, 1367:5, 1367:8, 1380:11, 1414:11, 1443:3, 1451:8, 1465:19, 1468:24, 1469:11, 1471:20, 1472:1, 1473:21, 1476:4, 1477:2, 1483:23, 1489:11

**point's** [1] - 1370:10

**pointed** [2] - 1356:16, 1454:20

**pointing** [1] - 1324:17

**points** [2] - 1396:15, 1485:24

**poor** [1] - 1383:4

**portion** [3] - 1326:21, 1344:12, 1434:4

**pose** [1] - 1384:14

**position** [7] - 1420:21, 1445:8, 1445:12, 1446:10, 1452:12, 1486:10

**positioned** [2] - 1422:13, 1423:8

**positive** [20] - 1369:22, 1406:22, 1407:1, 1407:9, 1407:13, 1407:22, 1408:2, 1408:17, 1413:11, 1413:18, 1413:24, 1414:21, 1414:24, 1415:4, 1415:17, 1416:19, 1449:19, 1449:20, 1449:22, 1450:6

**possibilities** [5] - 1326:22, 1377:3, 1402:12, 1487:21, 1490:3

**possibility** [3] - 1449:5, 1465:14, 1480:17

**possibility)** [1] - 1489:7

**possible** [17] - 1326:19, 1386:25, 1389:15, 1390:20, 1393:9, 1398:24, 1452:10, 1452:23, 1453:2, 1453:6, 1456:18, 1474:2,

1475:23, 1480:2, 1480:5, 1488:4, 1489:1

**POST** [3] - 1309:4, 1311:18, 1312:12

**Post** [1] - 1457:16

**potential** [8] - 1381:10, 1390:6, 1438:18, 1450:8, 1469:11, 1469:14, 1477:25, 1480:7

**potentially** [2] - 1336:19, 1402:23

**potentials** [2] - 1478:10, 1480:16

**pounds** [6] - 1334:22, 1335:1, 1335:8, 1337:12, 1342:17, 1342:18

**pour** [1] - 1441:3

**poured** [4] - 1377:6, 1384:7, 1384:11, 1470:24

**POYDRAS** [4] - 1309:15, 1312:22, 1313:15, 1315:13

**PPG** [1] - 1380:6

**practice** [6] - 1328:4, 1366:3, 1453:24, 1454:3, 1454:9

**Practice** [1] - 1366:24

**practiced** [1] - 1324:22

**practices** [3] - 1377:23, 1382:7, 1430:12

**preceding** [1] - 1414:18

**precise** [1] - 1349:21

**precluded** [2] - 1435:15, 1436:15

**predicted** [1] - 1381:9

**prediction** [1] - 1381:14

**prefer** [1] - 1385:18

**preferred** [2] - 1453:23, 1454:3

**preliminary** [1] - 1317:7

**preparation** [4] - 1413:21, 1415:6, 1467:20, 1489:9

**prepare** [2] - 1397:18, 1398:6

**prepared** [6] - 1344:8, 1366:11, 1392:12, 1398:13, 1398:14, 1440:2

**preparing** [4] - 1397:20, 1414:1, 1417:22, 1424:13

**present** [1] - 1324:4

**presented** [1] - 1353:6

**preserve** [1] - 1434:22

**presidential** [2] - 1353:6, 1353:13

**pressure** [138] - 1324:25, 1325:1, 1325:7, 1326:13, 1327:25, 1328:8, 1328:10, 1328:18, 1330:21, 1331:3, 1334:23, 1335:8, 1336:2, 1337:7, 1337:12, 1338:11, 1338:13, 1338:14, 1341:7, 1341:10, 1341:11, 1342:17, 1342:18, 1344:4, 1345:9, 1345:13, 1345:14, 1345:17, 1346:12, 1354:11, 1354:18, 1356:22, 1357:24, 1358:2, 1361:6, 1361:7, 1361:20, 1362:12, 1362:15, 1362:24, 1384:24, 1385:7, 1385:8, 1402:3, 1402:8, 1402:14, 1402:19, 1402:20, 1402:21, 1402:22, 1403:1, 1403:4, 1403:6, 1403:11, 1404:2, 1404:4, 1404:8, 1404:12, 1404:16, 1404:19, 1405:17, 1406:17, 1406:18, 1406:20, 1406:22, 1406:23, 1407:1, 1407:6, 1407:9, 1407:13, 1407:14, 1407:16, 1407:19, 1407:20, 1407:22, 1408:2, 1408:7, 1408:8, 1408:13, 1408:14, 1408:17, 1408:18, 1408:21, 1409:4, 1409:5, 1409:20, 1411:20, 1413:11, 1413:17, 1413:22, 1413:24, 1414:21, 1414:25, 1415:4, 1415:6, 1415:12, 1415:17, 1416:19,

1428:12, 1441:3, 1443:11, 1447:6, 1449:19, 1449:20, 1449:22, 1450:6, 1451:8, 1466:22, 1467:10, 1468:4, 1468:8, 1468:11, 1468:15, 1468:18, 1468:19, 1469:1, 1472:4, 1472:5, 1472:7, 1472:14, 1472:16, 1473:2, 1473:4, 1473:7, 1473:11, 1486:6, 1487:22, 1490:8, 1490:25, 1492:9, 1493:9, 1493:23, 1494:17

**pressures** [3] - 1353:2, 1425:19, 1428:25

**pretty** [7] - 1342:20, 1348:3, 1364:8, 1375:23, 1447:21, 1454:10, 1454:23

**prevailing** [3] - 1472:3, 1480:8, 1480:15

**prevent** [3] - 1412:6, 1418:23, 1437:7

**preventative** [4] - 1466:7, 1466:10, 1466:13, 1466:17

**prevented** [2] - 1409:13, 1447:12

**preventer** [24] - 1467:5, 1467:9, 1467:11, 1467:20, 1467:25, 1468:4, 1468:12, 1468:19, 1468:22, 1469:5, 1469:25, 1470:3, 1471:8, 1471:9, 1471:22, 1471:23, 1472:4, 1472:7, 1473:1, 1473:8, 1473:17, 1475:18, 1476:9, 1481:2

**preventers** [1] - 1474:2

**preventing** [1] - 1472:4

**previous** [1] - 1428:5

**primary** [10] - 1422:13, 1422:16, 1422:21, 1422:24, 1423:8, 1423:11, 1423:14, 1423:18, 1458:6, 1486:11

**principally** [1] -

1466:6

**prior** [26] - 1328:4, 1377:19, 1379:23, 1397:17, 1398:1, 1406:23, 1416:19, 1421:18, 1424:23, 1424:25, 1426:9, 1428:20, 1429:1, 1429:16, 1434:5, 1440:5, 1441:19, 1453:10, 1454:6, 1455:9, 1456:21, 1464:9, 1464:15, 1464:19, 1465:3

**probabilities** [1] - 1483:16

**probability** [1] - 1483:20

**probable** [1] - 1418:25

**probably** [26] - 1332:15, 1337:8, 1355:7, 1355:8, 1361:3, 1365:4, 1366:19, 1366:20, 1373:21, 1374:15, 1376:13, 1376:24, 1382:14, 1399:18, 1417:14, 1419:12, 1420:7, 1428:16, 1430:14, 1432:20, 1433:6, 1442:16, 1442:18, 1473:10, 1477:6, 1479:13

**problem** [11] - 1376:24, 1377:13, 1380:20, 1391:23, 1404:6, 1404:16, 1410:3, 1416:25, 1419:16, 1435:9, 1457:9

**problematic** [1] - 1441:1

**problems** [7] - 1376:8, 1376:11, 1376:20, 1377:10, 1380:16, 1382:22, 1491:11

**procedure** [4] - 1325:17, 1329:6, 1413:21, 1415:9

**proceed** [1] - 1465:24

**proceeded** [1] - 1379:19

**proceedings** [1] - 1497:11

**PROCEEDINGS** [3] - 1308:20, 1315:16, 1317:1

process [1] - 1399:18
produce [2] - 1346:22, 1389:16
PRODUCED [1] - 1315:17
production [1] - 1460:2
PRODUCTION [3] - 1308:15, 1312:19, 1312:20
productive [2] - 1422:19, 1423:2
products [2] - 1429:25, 1434:15
Professor [1] - 1371:18
profile [1] - 1459:14
program [1] - 1434:18
promise [2] - 1485:13, 1492:2
pronounce [1] - 1340:24
properly [6] - 1341:12, 1361:7, 1368:23, 1384:25, 1385:9, 1403:20
properties [1] - 1378:10
prospects [1] - 1419:3
provide [8] - 1321:3, 1321:12, 1321:14, 1325:8, 1435:4, 1436:5, 1461:25, 1465:10
provided [13] - 1318:15, 1318:25, 1319:1, 1321:13, 1389:25, 1390:3, 1424:7, 1455:15, 1459:3, 1459:11, 1459:18, 1460:21, 1493:3
provider [1] - 1383:2
providing [2] - 1435:15, 1456:5
psi [25] - 1324:22, 1330:9, 1330:13, 1330:14, 1330:22, 1330:23, 1335:18, 1335:21, 1340:12, 1345:12, 1352:4, 1352:15, 1352:16, 1352:19, 1352:21, 1384:23, 1473:2, 1473:5, 1473:8, 1473:12, 1473:16, 1473:22

publication [1] - 1444:19
pull [67] - 1322:18, 1322:25, 1323:18, 1324:7, 1325:4, 1326:18, 1327:20, 1328:23, 1329:14, 1330:3, 1332:11, 1333:3, 1335:24, 1337:22, 1338:17, 1339:4, 1340:15, 1341:20, 1341:25, 1344:1, 1344:7, 1346:15, 1349:1, 1352:2, 1352:7, 1353:25, 1355:9, 1356:2, 1357:16, 1357:18, 1358:9, 1358:11, 1358:25, 1359:9, 1361:16, 1363:12, 1364:10, 1365:13, 1366:8, 1367:22, 1368:9, 1368:16, 1369:16, 1374:21, 1376:1, 1378:2, 1378:6, 1378:23, 1379:3, 1379:8, 1379:14, 1379:21, 1380:3, 1380:25, 1381:12, 1381:17, 1383:14, 1387:5, 1391:11, 1391:13, 1392:2, 1405:8, 1431:7, 1434:10, 1444:5, 1452:11, 1488:1
pulled [1] - 1349:8
pulling [1] - 1349:3
pump [5] - 1361:23, 1378:25, 1428:12, 1428:24, 1461:6
pumped [15] - 1376:20, 1377:12, 1377:14, 1379:11, 1412:21, 1413:3, 1438:10, 1438:15, 1453:10, 1461:1, 1461:14, 1465:3, 1467:10
pumping [11] - 1415:4, 1415:16, 1417:1, 1418:16, 1419:7, 1434:6, 1440:9, 1454:6, 1455:20, 1461:17, 1489:12
Pumps [1] - 1361:21
pumps [6] - 1356:16, 1356:19, 1356:22,

1358:13, 1359:24, 1361:25
purpose [5] - 1409:12, 1455:11, 1463:20, 1489:22, 1495:4
purposes [6] - 1319:15, 1397:19, 1428:9, 1430:20, 1433:10, 1495:16
pushed [1] - 1474:10
pushing [1] - 1376:22
put [35] - 1319:10, 1324:22, 1326:5, 1331:7, 1332:6, 1332:24, 1335:12, 1335:21, 1340:7, 1341:4, 1350:22, 1353:5, 1353:8, 1355:14, 1355:15, 1356:4, 1359:20, 1363:21, 1367:18, 1371:15, 1373:19, 1374:2, 1376:1, 1376:23, 1377:1, 1385:5, 1412:19, 1414:3, 1414:12, 1420:18, 1462:5, 1475:21, 1477:9, 1490:5, 1495:1
putting [4] - 1375:11, 1399:25, 1459:21, 1489:22

## Q

Q [2] - 1336:8, 1336:23
qualified [1] - 1432:20
quarrelling [1] - 1345:24
question [58] - 1329:21, 1331:4, 1332:17, 1339:19, 1350:2, 1352:18, 1353:12, 1355:6, 1356:19, 1357:14, 1370:14, 1370:17, 1372:21, 1372:22, 1372:23, 1372:24, 1372:25, 1373:2, 1373:3, 1373:10, 1373:17, 1374:23, 1384:21, 1386:13, 1388:2, 1392:16, 1395:12, 1402:15, 1402:16, 1404:15, 1407:11, 1407:17,

1414:10, 1414:25, 1427:25, 1428:22, 1429:3, 1429:10, 1429:17, 1432:23, 1433:14, 1433:16, 1446:22, 1447:8, 1447:9, 1450:14, 1451:22, 1453:5, 1464:22, 1465:20, 1482:22, 1483:19, 1488:16, 1490:2, 1493:17
question/answer [1] - 1409:11
questioning [3] - 1370:10, 1374:1, 1412:12
questions [28] - 1339:2, 1341:19, 1341:21, 1348:11, 1370:5, 1381:25, 1395:15, 1419:22, 1424:4, 1426:24, 1443:5, 1462:22, 1465:15, 1465:18, 1466:4, 1466:6, 1482:19, 1484:4, 1484:15, 1484:16, 1485:10, 1486:16, 1487:20, 1490:15, 1491:25, 1494:10
quickly [7] - 1366:20, 1390:12, 1443:7, 1458:17, 1459:2, 1473:20, 1495:21
quite [10] - 1333:16, 1336:14, 1337:8, 1389:15, 1410:6, 1444:1, 1447:7, 1473:6, 1476:1, 1483:22
quote [1] - 1374:6

## R

R [5] - 1311:5, 1312:15, 1313:22, 1314:22, 1317:3
RACHEL [2] - 1311:11, 1313:18
raised [4] - 1341:19, 1341:21, 1370:10, 1493:23
ram [10] - 1387:10, 1387:25, 1388:4, 1388:11, 1388:14, 1472:1, 1477:3, 1477:18
rams [14] - 1363:5,

1387:20, 1472:19, 1476:17, 1476:21, 1476:25, 1477:3, 1477:13, 1479:9, 1479:15, 1479:21, 1480:3, 1480:7, 1480:19
ran [2] - 1420:9, 1477:20
range [1] - 1337:5
rapid [3] - 1392:9, 1393:5, 1483:4
rapidly [2] - 1482:4, 1482:23
rat [1] - 1437:13
rate [7] - 1368:21, 1369:21, 1428:13, 1428:25, 1437:6, 1437:18, 1480:24
rather [7] - 1372:10, 1372:20, 1372:22, 1383:11, 1391:5, 1478:13, 1479:1
rating [1] - 1441:3
rationales [1] - 1448:5
RE [3] - 1308:5, 1308:12, 1460:4
reach [2] - 1488:10, 1488:15
reached [1] - 1330:17
reaching [1] - 1398:6
read [33] - 1324:12, 1324:23, 1330:14, 1337:1, 1354:18, 1358:17, 1367:3, 1374:7, 1374:8, 1374:11, 1376:6, 1377:16, 1391:24, 1399:8, 1401:24, 1405:7, 1412:6, 1413:7, 1419:20, 1421:18, 1422:14, 1423:5, 1424:16, 1428:15, 1430:22, 1434:18, 1434:23, 1437:15, 1440:24, 1441:14, 1445:15, 1473:20, 1492:7
reading [3] - 1421:14, 1426:23, 1439:16
ready [1] - 1321:18
really [10] - 1343:21, 1352:15, 1367:13, 1411:7, 1422:25, 1458:4, 1458:17, 1467:1, 1476:8, 1490:24

**REALTIME** [1] - 1315:12

**realtime** [16] - 1350:8, 1350:10, 1353:22, 1355:4, 1362:16, 1426:13, 1426:19, 1426:22, 1426:25, 1427:4, 1427:10, 1428:11, 1428:23, 1428:24, 1429:2, 1494:13

**reamer** [11] - 1444:15, 1445:5, 1445:11, 1446:10, 1448:2, 1450:23, 1451:5, 1452:4, 1452:5, 1452:13, 1452:16

**reason** [10] - 1318:17, 1320:6, 1321:11, 1387:7, 1437:22, 1438:9, 1446:25, 1472:3, 1474:2, 1479:5

**reasons** [8] - 1472:2, 1472:3, 1478:8, 1480:2, 1480:5, 1480:20, 1488:4, 1489:1

**rebuttal** [2] - 1320:20, 1320:21

**recall** [129] - 1323:10, 1325:19, 1325:24, 1326:1, 1326:6, 1326:10, 1328:2, 1328:13, 1328:14, 1328:20, 1328:22, 1330:1, 1331:10, 1333:17, 1334:24, 1334:25, 1335:19, 1338:23, 1340:18, 1341:18, 1342:11, 1343:2, 1346:17, 1348:12, 1348:25, 1349:8, 1349:25, 1350:7, 1351:9, 1351:21, 1357:11, 1357:14, 1357:15, 1358:4, 1358:24, 1359:19, 1362:13, 1363:3, 1363:10, 1365:4, 1370:24, 1371:11, 1373:11, 1373:18, 1373:25, 1374:22, 1376:9, 1378:16, 1378:18, 1378:22, 1386:13, 1386:21, 1386:22, 1386:24, 1387:23, 1387:25,

1388:2, 1388:17, 1388:24, 1389:15, 1390:7, 1391:3, 1391:5, 1392:20, 1393:16, 1397:23, 1398:23, 1398:24, 1399:24, 1401:5, 1402:4, 1409:11, 1412:21, 1414:7, 1417:4, 1417:23, 1418:9, 1418:12, 1420:5, 1421:17, 1422:7, 1425:13, 1428:16, 1429:17, 1429:19, 1429:20, 1432:9, 1433:6, 1441:11, 1443:13, 1449:7, 1449:13, 1450:4, 1452:7, 1453:8, 1454:8, 1454:10, 1454:19, 1455:1, 1456:22, 1462:3, 1462:4, 1462:8, 1463:6, 1464:7, 1464:21, 1467:11, 1467:13, 1467:24, 1468:14, 1468:21, 1471:23, 1473:5, 1473:6, 1473:13, 1476:22, 1477:2, 1477:6, 1479:12, 1479:25, 1480:8, 1486:4, 1486:18, 1487:23, 1490:23, 1494:11, 1494:18, 1494:23

**recalled** [2] - 1343:13, 1422:3

**received** [5] - 1318:15, 1333:12, 1397:5, 1458:13, 1461:2

**recess** [2] - 1394:4, 1495:23

**RECESS** [2] - 1394:6, 1496:17

**recipe** [2] - 1456:9, 1461:4

**recognize** [14] - 1329:19, 1340:19, 1346:17, 1348:25, 1349:5, 1357:5, 1365:24, 1368:15, 1368:23, 1374:1, 1379:2, 1433:1, 1440:10, 1478:22

**recognized** [2] - 1423:25, 1431:5

**recollection** [18] - 1323:13, 1329:8,

1353:18, 1356:21, 1376:22, 1406:25, 1414:4, 1418:19, 1426:25, 1427:2, 1430:7, 1453:13, 1467:15, 1468:10, 1472:21, 1479:14, 1483:24, 1493:13

**recommendation** - 1420:6, 1461:15, 1461:19, 1461:22

**recommendations** [2] - 1368:2, 1397:11

**recommended** [4] - 1377:23, 1420:3, 1454:5, 1461:21

**record** [9] - 1323:10, 1342:12, 1346:22, 1347:11, 1347:12, 1360:16, 1436:21, 1491:18, 1497:10

**recorded** [3] - 1324:9, 1338:21, 1369:6

**RECORDED** [1] - 1315:16

**recovered** [2] - 1386:10, 1444:20

**recovery** [1] - 1477:2

**red** [2] - 1405:9

**REDDEN** [1] - 1314:15

**Redirect** [1] - 1316:8

**redirect** [2] - 1484:22, 1485:1

**REDIRECT** [1] - 1485:21

**redo** [1] - 1354:17

**reduce** [2] - 1408:13, 1469:13

**reduced** [3] - 1372:12, 1410:7, 1419:3

**refer** [4] - 1406:17, 1449:17, 1467:18

**reference** [14] - 1338:24, 1339:7, 1339:14, 1339:21, 1340:3, 1340:11, 1342:3, 1342:5, 1354:9, 1368:6, 1378:23, 1379:5, 1381:1, 1480:17

**references** [1] - 1494:5

**referred** [2] - 1382:4, 1453:6

**referring** [11] - 1329:4, 1329:17, 1364:17, 1386:13,

1398:17, 1406:20, 1413:19, 1419:13, 1419:18, 1423:10, 1476:13

**refers** [8] - 1367:2, 1382:7, 1382:10, 1387:10, 1419:12, 1425:4, 1472:6, 1493:14

**reflect** [1] - 1385:6

**reflected** [1] - 1341:21

**reflects** [1] - 1402:2

**refresh** [4] - 1467:15, 1472:21, 1480:11, 1483:24

**refused** [3] - 1321:14, 1461:25, 1462:10

**REGAN** [1] - 1313:8

**regard** [7] - 1366:12, 1396:2, 1396:22, 1427:15, 1432:6, 1435:11, 1435:13

**regarding** [5] - 1321:3, 1395:20, 1431:10, 1462:1, 1492:1

**regardless** [2] - 1377:3, 1400:2

**REGISTERED** [1] - 1315:13

**regular** [2] - 1328:4, 1491:10

**regulated** [7] - 1472:5, 1472:7, 1472:11, 1472:14, 1473:2, 1473:5, 1473:7

**reinforced** [2] - 1444:19, 1444:22

**reinforces** [1] - 1327:14

**reject** [1] - 1461:19

**rejected** [1] - 1461:22

**RELATES** [1] - 1308:10

**relation** [3] - 1383:17, 1384:4, 1477:12

**relatively** [2] - 1356:23, 1378:17

**release** [2] - 1390:15, 1478:2

**released** [1] - 1496:1

**relevant** [6] - 1341:24, 1372:14, 1372:16, 1372:18, 1379:16, 1432:11

**reliance** [1] - 1383:2

**relied** [8] - 1351:19, 1395:21, 1395:23, 1396:5, 1409:21, 1411:21, 1427:14, 1432:22

**rely** [4] - 1403:22, 1409:17, 1409:20, 1409:22

**relying** [2] - 1396:3, 1397:11

**remained** [1] - 1357:12

**remediate** [1] - 1443:20

**remediation** [2] - 1409:6, 1442:6

**remember** [96] - 1323:7, 1325:20, 1325:21, 1326:24, 1328:13, 1331:10, 1349:10, 1349:20, 1349:24, 1350:1, 1350:18, 1351:21, 1366:6, 1366:7, 1370:6, 1370:9, 1371:11, 1371:13, 1374:15, 1377:25, 1380:7, 1380:22, 1382:24, 1387:21, 1388:2, 1389:24, 1394:16, 1400:19, 1400:25, 1401:10, 1402:1, 1404:25, 1414:7, 1417:23, 1418:9, 1420:7, 1421:13, 1421:25, 1422:6, 1424:5, 1427:20, 1427:21, 1428:15, 1430:3, 1430:18, 1430:21, 1430:24, 1430:25, 1441:11, 1441:21, 1442:13, 1443:25, 1444:2, 1444:10, 1444:21, 1444:25, 1445:1, 1449:12, 1449:17, 1453:15, 1453:18, 1453:22, 1454:1, 1454:17, 1454:22, 1455:15, 1455:16, 1455:24, 1456:8, 1456:14, 1456:16, 1462:6, 1466:24, 1467:5, 1471:3, 1471:14, 1472:13, 1472:18, 1472:19, 1473:9, 1476:7, 1479:24, 1480:4, 1480:5,

1493:24, 1494:1, 1494:15, 1494:20, 1494:24

**Remember** [1] - 1441:17

**remind** [1] - 1490:19

**remote** [1] - 1427:9

**remotely** [1] - 1427:13

**RENAISSANCE** [1] - 1314:23

**rendered** [1] - 1396:11

**renew** [1] - 1443:2

**repeat** [3] - 1485:15, 1485:23, 1492:2

**repeatedly** [1] - 1373:9

**repetitive** [4] - 1375:23, 1411:23, 1442:10, 1442:19

**replaced** [2] - 1328:11, 1328:15

**replacing** [1] - 1416:18

**report** [197] - 1318:2, 1319:5, 1321:2, 1321:4, 1321:7, 1322:20, 1322:23, 1325:1, 1325:6, 1325:10, 1326:11, 1326:21, 1326:22, 1326:24, 1327:2, 1327:10, 1327:15, 1327:22, 1328:25, 1329:12, 1330:5, 1330:17, 1335:11, 1342:16, 1342:19, 1342:21, 1342:23, 1342:24, 1343:1, 1343:2, 1343:3, 1344:2, 1344:5, 1344:15, 1344:18, 1346:16, 1346:18, 1346:20, 1348:14, 1349:3, 1349:5, 1350:19, 1351:7, 1351:17, 1353:6, 1353:8, 1360:21, 1361:18, 1361:23, 1362:1, 1362:9, 1362:17, 1362:25, 1363:9, 1363:14, 1363:21, 1363:24, 1364:12, 1365:16, 1365:24, 1365:25, 1366:5, 1366:25, 1367:2, 1367:7, 1367:13, 1368:4, 1369:3, 1369:17,

1370:1, 1371:2, 1371:16, 1371:17, 1374:19, 1374:24, 1375:11, 1377:10, 1378:16, 1378:18, 1379:14, 1379:15, 1379:19, 1380:8, 1380:9, 1381:7, 1383:11, 1383:19, 1386:11, 1386:17, 1386:23, 1387:1, 1387:3, 1387:6, 1387:12, 1390:9, 1390:18, 1390:23, 1393:16, 1396:3, 1396:8, 1396:22, 1397:17, 1397:18, 1397:20, 1397:22, 1397:25, 1398:6, 1398:20, 1398:22, 1399:1, 1399:4, 1399:13, 1399:14, 1399:15, 1399:17, 1400:1, 1400:4, 1401:21, 1403:17, 1405:2, 1406:7, 1408:19, 1410:10, 1412:23, 1413:10, 1413:13, 1417:21, 1417:22, 1418:8, 1418:20, 1419:5, 1419:12, 1419:15, 1419:25, 1420:15, 1420:16, 1420:20, 1421:18, 1422:22, 1423:5, 1423:10, 1423:16, 1423:22, 1423:24, 1424:25, 1426:23, 1431:16, 1432:1, 1435:6, 1435:12, 1436:24, 1437:2, 1437:17, 1437:18, 1439:6, 1439:7, 1439:11, 1440:2, 1440:6, 1440:8, 1440:13, 1440:16, 1440:24, 1440:25, 1441:6, 1441:19, 1445:16, 1449:4, 1449:18, 1452:25, 1453:17, 1453:22, 1456:9, 1457:7, 1461:4, 1464:2, 1464:16, 1466:21, 1467:13, 1467:18, 1469:19, 1470:4, 1472:2, 1480:2, 1481:13, 1482:3, 1486:4, 1487:21, 1488:2, 1488:13, 1488:15,

1489:23, 1490:12, 1494:18, 1495:1

**Report** [3] - 1349:2, 1396:8, 1457:16

**Report's** [1] - 1444:19

**report's** [1] - 1419:20

**reported** [3] - 1322:20, 1322:25, 1390:9

**Reporter** [2] - 1497:7, 1497:16

**REPORTER** [3] - 1315:12, 1315:12, 1315:13

**REPORTER'S** [1] - 1497:5

**reporting** [2] - 1367:1, 1464:24

**reports** [5] - 1364:3, 1369:12, 1390:25, 1457:2, 1460:2

**represent** [3] - 1322:8, 1395:8, 1492:6

**representative** [2] - 1378:9, 1436:6

**represented** [1] - 1461:3

**representing** [2] - 1458:4

**request** [3] - 1420:12, 1455:17, 1462:6

**requested** [3] - 1389:6, 1462:1, 1462:9

**requests** [4] - 1389:18, 1436:10, 1457:24, 1459:16

**require** [1] - 1490:21

**required** [6] - 1378:20, 1428:20, 1436:18, 1438:1, 1481:9, 1481:16

**requirement** [2] - 1376:14, 1412:4

**requirements** [2] - 1379:9, 1428:10

**requires** [3] - 1366:4, 1416:22, 1436:6

**reservoir** [4] - 1363:15, 1402:22, 1403:6, 1405:9

**resistance** [2] - 1446:3, 1447:2

**resources** [1] - 1339:17

**RESOURCES** [1] - 1311:9

**respect** [2] - 1318:14, 1467:1

**respective** [1] - 1389:3

**respond** [1] - 1492:25

**response** [13] - 1324:23, 1348:11, 1364:23, 1365:6, 1365:10, 1367:7, 1367:16, 1367:25, 1369:5, 1405:21, 1409:22, 1434:25, 1474:2

**responses** [2] - 1426:15, 1426:20

**responsibility** [9] - 1412:8, 1412:10, 1412:11, 1412:13, 1486:8, 1486:11, 1486:12, 1486:20, 1486:22

**rest** [1] - 1434:11

**result** [2] - 1438:1, 1459:2

**resulted** [2] - 1411:1, 1411:3

**resulting** [3] - 1368:21, 1401:23, 1410:17

**results** [16] - 1379:17, 1380:4, 1381:7, 1382:19, 1434:4, 1435:23, 1455:14, 1455:16, 1455:17, 1456:24, 1457:2, 1459:1, 1459:13, 1459:15, 1460:11, 1460:21

**resume** [2] - 1317:7, 1321:20

**resumed** [1] - 1329:10

**retained** [1] - 1434:17

**retains** [1] - 1434:16

**retrieved** [2] - 1386:19, 1386:23

**retrospect** [1] - 1368:19

**return** [1] - 1441:11

**reveal** [1] - 1429:12

**review** [6] - 1325:21, 1421:8, 1427:19, 1435:14, 1486:2, 1486:5

**reviewed** [11] - 1322:10, 1331:19, 1369:12, 1379:22, 1400:4, 1413:21,

1427:19, 1431:15, 1431:17, 1486:21, 1487:2

**reviewing** [2] - 1415:9, 1494:17

**REVIEWS** [5] - 1333:15, 1334:9, 1339:16, 1413:4, 1488:19

**rheology** [2] - 1382:1, 1459:15

**RICHARD** [1] - 1314:3

**RIG** [1] - 1308:5

**rig** [99] - 1321:3, 1321:12, 1322:12, 1322:13, 1323:1, 1323:5, 1323:12, 1324:10, 1324:11, 1324:12, 1324:15, 1324:18, 1327:7, 1329:10, 1330:12, 1344:3, 1345:6, 1350:12, 1351:1, 1351:24, 1353:20, 1358:16, 1360:8, 1360:11, 1360:12, 1364:13, 1364:20, 1365:2, 1369:5, 1372:15, 1375:2, 1375:12, 1384:12, 1384:22, 1387:25, 1388:4, 1388:8, 1390:6, 1390:12, 1393:23, 1401:24, 1407:22, 1410:18, 1415:24, 1417:24, 1420:13, 1424:12, 1424:24, 1425:3, 1425:4, 1425:5, 1425:9, 1426:1, 1426:13, 1426:16, 1426:21, 1427:9, 1427:11, 1427:13, 1427:19, 1427:25, 1428:3, 1429:2, 1430:10, 1430:20, 1431:11, 1432:16, 1433:10, 1434:7, 1434:21, 1435:2, 1435:13, 1435:18, 1435:24, 1436:2, 1436:7, 1436:16, 1440:9, 1440:14, 1445:12, 1457:12, 1457:13, 1468:4, 1468:7, 1468:9, 1470:9, 1470:24, 1472:8, 1476:11, 1477:5, 1477:15,

1478:9, 1478:11, 1486:17, 1486:18, 1487:6, 1489:19

**right** [223] - 1317:7, 1317:19, 1318:3, 1318:11, 1322:5, 1323:17, 1325:2, 1325:11, 1327:8, 1327:13, 1328:1, 1328:3, 1328:5, 1328:8, 1328:12, 1328:15, 1328:19, 1329:2, 1329:3, 1329:7, 1329:12, 1330:23, 1331:4, 1331:17, 1331:22, 1332:1, 1332:4, 1332:5, 1332:21, 1333:2, 1333:4, 1333:7, 1333:21, 1334:18, 1336:6, 1336:8, 1336:10, 1336:13, 1336:17, 1336:19, 1336:21, 1336:22, 1336:24, 1338:2, 1338:3, 1338:9, 1338:14, 1338:22, 1339:5, 1340:22, 1341:2, 1343:10, 1343:12, 1343:15, 1343:18, 1344:22, 1345:3, 1345:18, 1346:7, 1346:10, 1346:13, 1346:18, 1346:24, 1348:6, 1348:8, 1348:20, 1348:25, 1349:13, 1349:14, 1349:15, 1349:17, 1349:19, 1349:20, 1351:25, 1352:19, 1352:23, 1353:1, 1353:14, 1354:16, 1355:5, 1355:12, 1355:13, 1355:21, 1356:12, 1356:13, 1356:20, 1357:1, 1357:3, 1357:6, 1359:17, 1359:22, 1359:23, 1360:5, 1360:12, 1361:23, 1362:5, 1362:9, 1362:15, 1362:19, 1362:24, 1362:25, 1363:2, 1363:5, 1364:18, 1364:19, 1366:6, 1368:7, 1370:8, 1370:24, 1371:1, 1376:21, 1377:10, 1380:23, 1380:24, 1382:15,

1382:18, 1382:23, 1383:2, 1383:5, 1386:12, 1387:2, 1388:5, 1389:7, 1389:8, 1389:10, 1389:14, 1390:1, 1393:10, 1394:3, 1394:4, 1394:8, 1395:21, 1395:22, 1398:3, 1398:7, 1398:18, 1398:19, 1401:3, 1401:8, 1403:7, 1404:3, 1405:16, 1408:6, 1408:15, 1408:17, 1409:7, 1410:9, 1410:15, 1411:9, 1413:8, 1414:14, 1414:24, 1420:8, 1420:11, 1420:19, 1425:21, 1426:14, 1427:1, 1427:6, 1427:8, 1428:7, 1429:2, 1429:10, 1429:21, 1430:9, 1430:11, 1433:17, 1435:6, 1435:21, 1438:16, 1441:21, 1441:24, 1442:25, 1443:1, 1443:8, 1443:12, 1444:17, 1445:7, 1446:16, 1447:21, 1450:18, 1451:14, 1452:15, 1453:10, 1455:7, 1455:18, 1456:24, 1460:9, 1460:12, 1460:19, 1461:18, 1461:20, 1467:7, 1467:22, 1468:3, 1468:6, 1468:24, 1470:24, 1471:25, 1472:8, 1472:23, 1473:9, 1473:21, 1474:25, 1475:12, 1477:19, 1478:18, 1479:9, 1480:1, 1481:5, 1482:15, 1487:15, 1488:24, 1489:3, 1491:6, 1491:17, 1496:16

**right-hand** [1] - 1333:4, 1338:2, 1460:12

**rigs** [2] - 1323:8, 1360:20

**rise** [2] - 1394:5, 1495:24

**riser** [10] - 1391:16, 1391:22, 1392:3, 1392:18, 1423:25,

1424:14, 1445:11, 1470:20, 1471:13, 1478:2

**rising** [1] - 1447:12

**risk** [11] - 1372:9, 1372:11, 1372:12, 1372:18, 1372:20, 1372:22, 1384:14, 1421:13, 1422:11, 1423:6, 1454:14

**risks** [6] - 1372:22, 1383:17, 1420:24, 1421:2, 1421:6, 1421:11

**risky** [1] - 1373:1

**RMR** [2] - 1315:12, 1497:15

**Rob** [1] - 1439:9

**Robert** [1] - 1368:11

**ROBERT** [2] - 1309:11, 1313:3

**ROBERTS** [2] - 1313:18, 1314:17

**Robinson** [14] - 1324:2, 1331:14, 1333:10, 1333:13, 1334:5, 1334:16, 1334:18, 1340:19, 1342:4, 1344:13, 1344:22, 1345:3, 1359:3, 1492:24

**Robinson's** [1] - 1347:1

**rolling** [1] - 1394:12

**Ronnie** [3] - 1323:20, 1323:23, 1324:18

**ROOM** [2] - 1311:6, 1315:13

**Room** [2] - 1394:9, 1474:16

**root** [1] - 1386:9

**ROUGE** [2] - 1310:15, 1312:12

**roughly** [2] - 1343:16, 1356:11

**routed** [1] - 1324:20

**ROV** [1] - 1479:24

**ROY** [2] - 1309:3, 1309:3

**RPR** [1] - 1497:15

**rubber** [4] - 1474:25, 1476:6, 1480:19, 1480:21

**rubbing** [1] - 1356:3

**rule** [4] - 1319:17, 1437:23, 1437:24, 1453:7

**ruled** [3] - 1353:12, 1450:12, 1451:9

**run** [17] - 1378:21,

1381:13, 1413:20, 1417:15, 1420:1, 1420:3, 1420:23, 1420:25, 1422:5, 1422:10, 1452:19, 1453:14, 1453:24, 1453:25, 1454:14, 1467:2, 1468:23

**rung** [1] - 1331:13

**running** [7] - 1371:22, 1420:19, 1420:24, 1421:6, 1421:11, 1438:1, 1454:6

**rushed** [1] - 1381:20

**RUSNAK** [1] - 1310:17

# S

**s** [2] - 1353:22, 1388:24

**S** [5] - 1310:7, 1317:3, 1333:10

**safe** [6] - 1323:12, 1373:10, 1373:12, 1373:13, 1412:4, 1422:5

**safety** [1] - 1323:10

**said** [120] - 1318:23, 1320:18, 1321:11, 1324:10, 1324:16, 1324:18, 1327:10, 1327:14, 1329:9, 1334:17, 1335:17, 1336:14, 1337:17, 1338:10, 1341:10, 1341:16, 1342:16, 1342:19, 1343:12, 1345:19, 1347:5, 1347:7, 1347:15, 1348:23, 1354:10, 1354:17, 1354:24, 1357:23, 1358:22, 1362:20, 1362:21, 1365:19, 1365:22, 1365:24, 1370:15, 1372:20, 1375:7, 1375:20, 1376:13, 1377:19, 1381:25, 1382:10, 1384:3, 1384:19, 1385:3, 1385:9, 1385:12, 1386:13, 1388:19, 1390:15, 1392:14, 1397:4, 1397:9, 1400:15, 1400:23, 1402:3, 1402:6, 1402:18, 1407:7, 1409:5, 1410:6,

1411:2, 1411:8, 1412:10, 1415:9, 1419:15, 1420:18, 1421:9, 1421:12, 1422:1, 1425:15, 1428:5, 1429:3, 1429:4, 1430:15, 1430:23, 1430:24, 1430:25, 1431:8, 1431:13, 1431:22, 1435:8, 1435:11, 1435:12, 1436:1, 1436:5, 1436:13, 1440:8, 1440:13, 1441:22, 1446:5, 1447:9, 1447:10, 1453:7, 1453:8, 1454:8, 1454:18, 1455:2, 1455:13, 1457:7, 1463:4, 1466:22, 1471:6, 1471:7, 1471:12, 1475:25, 1477:9, 1478:15, 1478:16, 1479:6, 1479:10, 1485:15, 1486:9, 1488:14, 1488:19, 1490:14, 1494:21

**same** [21] - 1320:8, 1331:11, 1334:9, 1338:21, 1338:23, 1352:24, 1357:6, 1381:4, 1381:13, 1394:14, 1396:7, 1413:16, 1416:6, 1427:19, 1428:2, 1428:5, 1443:3, 1458:15, 1481:4, 1487:11, 1487:13

**sample** [2] - 1430:24, 1462:4

**samples** [34] - 1321:3, 1321:12, 1378:9, 1430:8, 1430:15, 1430:16, 1430:20, 1431:11, 1432:14, 1432:16, 1432:17, 1433:10, 1434:7, 1434:16, 1434:18, 1434:21, 1435:2, 1435:4, 1435:13, 1435:18, 1435:24, 1436:1, 1436:2, 1436:3, 1436:5, 1436:6, 1436:7, 1436:16, 1436:17, 1455:16, 1457:12, 1457:13

**SAN** [2] - 1310:5, 1311:6

**sat** [1] - 1448:21
**satisfied** [2] -
1323:11, 1348:6
**Saturday** [1] - 1374:3
**save** [3] - 1370:13,
1372:18, 1373:1
**saved** [2] - 1370:22,
1371:3
**saving** [1] - 1372:6
**savings** [1] - 1371:7
**saw** [9] - 1350:14,
1358:2, 1379:15,
1393:13, 1429:12,
1436:1, 1444:23,
1459:20, 1490:8
**say** [53] - 1327:10,
1327:15, 1338:1,
1342:20, 1342:24,
1343:1, 1343:8,
1343:21, 1346:1,
1350:10, 1355:20,
1358:16, 1361:19,
1363:6, 1364:7,
1364:8, 1375:18,
1379:2, 1392:9,
1400:16, 1402:16,
1403:12, 1407:4,
1407:16, 1409:12,
1412:12, 1413:6,
1419:13, 1419:20,
1419:21, 1420:16,
1420:23, 1422:21,
1423:3, 1423:5,
1426:18, 1432:14,
1440:3, 1452:2,
1453:21, 1455:4,
1465:23, 1469:10,
1470:10, 1471:16,
1472:25, 1475:13,
1477:25, 1478:11,
1481:3, 1484:22,
1489:9
**saying** [18] -
1350:25, 1402:4,
1411:9, 1416:23,
1420:17, 1437:17,
1437:18, 1438:5,
1447:1, 1447:14,
1448:3, 1448:4,
1448:6, 1464:21,
1473:24, 1474:16,
1475:20, 1494:24
**says** [68] - 1324:13,
1324:16, 1324:24,
1327:13, 1328:3,
1330:8, 1330:19,
1336:4, 1337:3,
1337:5, 1337:23,
1338:12, 1344:21,
1346:19, 1347:15,

1354:3, 1354:16,
1354:24, 1355:1,
1358:13, 1361:24,
1363:24, 1365:22,
1368:13, 1368:25,
1377:20, 1378:8,
1380:7, 1380:8,
1380:14, 1381:16,
1384:3, 1391:19,
1391:20, 1391:21,
1399:3, 1400:8,
1409:3, 1410:15,
1413:14, 1418:5,
1418:22, 1418:24,
1422:11, 1423:6,
1423:11, 1424:10,
1434:4, 1434:20,
1437:2, 1440:4,
1440:17, 1441:13,
1441:17, 1442:23,
1443:17, 1458:24,
1459:5, 1459:8,
1472:11, 1473:10,
1473:18, 1473:19,
1477:17, 1481:8,
1482:3, 1492:10,
1493:8
**scale** [8] - 1352:4,
1352:10, 1352:15,
1352:16, 1352:19,
1427:19, 1427:23
**scales** [1] - 1494:24
**scan** [3] - 1339:16,
1354:4, 1372:3
**scenario** [4] -
1444:14, 1445:3,
1490:8
**scenarios** [4] -
1326:14, 1444:9,
1475:23, 1488:11
**schedule** [1] -
1370:4
**scheduled** [1] -
1369:9
**SCOFIELD** [1] -
1315:7
**scope** [1] - 1492:20
**SCOTT** [1] - 1311:10
**screen** [8] - 1332:24,
1333:19, 1351:6,
1354:22, 1361:22,
1376:2, 1394:12,
1444:23
**screens** [14] -
1350:18, 1351:1,
1351:14, 1351:15,
1351:17, 1353:23,
1355:5, 1357:10,
1361:1, 1425:21,
1425:24, 1429:6,

1495:7, 1495:10
**screwed** [2] -
1338:9, 1354:17
**sea** [1] - 1387:13
**seafloor** [1] -
1386:19
**seal** [24] - 1387:8,
1406:14, 1444:24,
1449:1, 1449:12,
1468:3, 1468:12,
1468:20, 1471:23,
1472:16, 1473:1,
1473:8, 1473:17,
1473:18, 1473:21,
1473:23, 1474:3,
1477:18, 1480:4,
1480:7, 1480:14,
1480:20, 1480:23,
1480:25
**sealed** [18] - 1403:8,
1403:10, 1403:12,
1446:2, 1446:7,
1446:8, 1446:20,
1447:10, 1447:13,
1447:15, 1447:16,
1447:25, 1468:22,
1473:19, 1476:18,
1479:18
**sealing** [4] - 1472:1,
1472:5, 1474:2,
1480:7
**seals** [1] - 1477:4
**seat** [2] - 1374:6,
1444:20
**seated** [1] - 1394:8
**seawater** [6] -
1414:4, 1414:8,
1414:9, 1414:12,
1414:13, 1416:19
**second** [24] -
1318:13, 1327:5,
1330:7, 1330:8,
1347:17, 1349:17,
1355:20, 1356:10,
1356:16, 1362:1,
1377:17, 1378:8,
1405:4, 1405:15,
1406:5, 1407:11,
1413:4, 1418:22,
1462:16, 1482:2,
1483:8, 1488:6,
1489:22, 1490:6
**SECREST** [1] -
1314:15
**Section** [3] -
1366:24, 1378:4,
1391:15
**SECTION** [2] -
1311:9, 1311:21
**section** [3] -

1353:11, 1393:17,
1460:4
**sections** [1] -
1399:19
**secured** [1] -
1391:22
**see** [163] - 1323:21,
1324:1, 1324:2,
1324:9, 1324:14,
1324:17, 1329:18,
1329:19, 1330:7,
1330:9, 1330:24,
1331:13, 1331:14,
1332:7, 1333:3,
1333:9, 1333:14,
1333:19, 1334:2,
1334:8, 1334:11,
1334:13, 1336:23,
1337:23, 1338:2,
1338:8, 1338:11,
1338:17, 1339:23,
1340:6, 1341:8,
1341:9, 1342:5,
1344:10, 1344:13,
1344:16, 1344:21,
1344:24, 1347:14,
1347:17, 1354:2,
1354:3, 1354:4,
1354:5, 1354:7,
1354:11, 1354:12,
1356:8, 1357:4,
1357:20, 1357:21,
1358:13, 1359:11,
1359:14, 1359:19,
1359:25, 1360:1,
1363:17, 1365:16,
1365:22, 1365:23,
1366:23, 1367:13,
1368:6, 1368:18,
1371:21, 1371:23,
1371:24, 1372:3,
1376:2, 1378:4,
1378:6, 1378:11,
1378:23, 1379:9,
1379:11, 1379:12,
1380:9, 1381:1,
1381:2, 1381:7,
1381:20, 1381:21,
1381:22, 1381:23,
1382:19, 1391:14,
1391:16, 1391:17,
1391:19, 1391:20,
1392:4, 1392:5,
1393:9, 1395:6,
1395:7, 1396:19,
1400:10, 1401:18,
1405:10, 1407:17,
1408:16, 1413:23,
1414:3, 1414:18,
1414:20, 1417:20,
1418:7, 1423:25,

1425:16, 1427:7,
1431:13, 1433:22,
1434:7, 1434:8,
1437:1, 1437:3,
1437:7, 1439:14,
1439:22, 1439:23,
1439:25, 1440:1,
1440:18, 1443:20,
1443:21, 1443:22,
1445:6, 1450:2,
1450:8, 1453:18,
1457:15, 1457:25,
1458:5, 1458:9,
1459:3, 1459:5,
1459:6, 1459:21,
1460:5, 1460:10,
1460:15, 1460:16,
1469:22, 1472:25,
1474:4, 1475:6,
1478:3, 1480:14,
1482:6, 1482:7,
1488:8, 1488:19,
1488:25, 1489:17,
1493:11, 1493:12
**seeing** [6] - 1330:1,
1393:20, 1418:10,
1418:12, 1421:17,
1425:10
**seek** [1] - 1412:10
**seem** [2] - 1483:5,
1483:7
**seems** [7] - 1356:13,
1357:14, 1366:6,
1368:20, 1378:17,
1393:11, 1474:14
**seen** [10] - 1371:12,
1371:16, 1371:19,
1373:25, 1427:24,
1431:25, 1453:17,
1469:19, 1489:16,
1495:6
**sees** [2] - 1347:20,
1348:5
**send** [2] - 1389:19,
1460:24
**sending** [2] -
1457:14, 1457:24
**sense** [4] - 1337:9,
1352:12, 1403:21,
1409:15
**sensible** [1] -
1393:12
**sensor** [2] - 1426:15,
1426:20
**sensors** [3] -
1426:16, 1426:20,
1427:1
**sent** [9] - 1325:20,
1325:22, 1336:2,
1380:19, 1381:5,

Case 2:10-md-02179-CJB-DPC   Document 12717   Filed 04/24/14   Page 236 of 253

46

1418:6, 1457:16,
1457:18, 1458:9
 **sentence** [12] -
1330:11, 1346:1,
1354:6, 1364:17,
1374:9, 1374:11,
1375:8, 1412:3,
1418:22, 1422:17,
1423:6, 1433:25
 **sentences** [2] -
1399:16, 1400:3
 **separately** [1] -
1478:5
 **separator** [4] -
1391:2, 1391:6,
1392:7, 1393:18
 **September** [5] -
1386:17, 1386:19,
1397:1, 1397:25,
1464:16
 **Sepulvado** [6] -
1323:20, 1323:23,
1324:9, 1364:25,
1365:5, 1365:9
 **sequence** [3] -
1405:22, 1471:3,
1479:12
 **sequential** [1] -
1332:13
 **serious** [1] - 1493:9
 **serve** [1] - 1438:14
 **services** [2] - 1424:8,
1433:21
 **Services** [1] -
1433:21
 **SERVICES** [1] -
1314:21
 **SESSION** [1] -
1308:19
 **set** [16] - 1379:1,
1396:7, 1406:3,
1413:17, 1413:24,
1423:24, 1447:20,
1448:9, 1448:10,
1448:13, 1448:16,
1468:1, 1473:11,
1473:16, 1473:22,
1486:14
 **sets** [3] - 1351:22,
1476:21, 1476:24
 **setting** [4] - 1415:23,
1424:13, 1473:2,
1473:22
 **settings** [1] - 1472:6
 **seven** [2] - 1370:22,
1409:9
 **several** [16] -
1324:11, 1372:4,
1381:6, 1381:20,
1411:24, 1442:9,

1460:3, 1472:2,
1472:3, 1480:2,
1480:5, 1486:16,
1490:15, 1491:25,
1493:21, 1494:10
 **severe** [3] - 1380:20,
1381:9, 1471:18
 **severed** [1] -
1489:12
 **shack** [10] - 1351:6,
1351:13, 1358:5,
1358:21, 1360:3,
1360:6, 1360:9,
1360:19, 1360:22,
1385:10
 **shall** [3] - 1366:25,
1434:5, 1434:6
 **shape** [1] - 1397:24
 **shared** [2] - 1463:7,
1463:16
 **SHARON** [1] -
1311:17
 **SHAW** [1] - 1309:21
 **shear** [11] - 1387:10,
1387:25, 1388:4,
1388:11, 1479:9,
1479:15, 1479:21,
1479:24, 1480:3,
1480:7, 1480:19
 **sheath** [1] - 1448:21
 **Sheen** [1] - 1359:13
 **sheen** [9] - 1334:12,
1356:15, 1356:17,
1356:18, 1356:20,
1358:14, 1359:20,
1360:7, 1385:11
 **SHELL** [1] - 1312:21
 **shift** [2] - 1328:7,
1328:11
 **shirt** [1] - 1356:4
 **shoe** [33] - 1376:5,
1406:8, 1406:11,
1406:15, 1437:2,
1437:6, 1437:13,
1437:18, 1444:15,
1445:5, 1445:11,
1446:10, 1447:2,
1448:2, 1450:3,
1450:23, 1451:5,
1451:7, 1452:2,
1452:4, 1452:5,
1452:10, 1452:13,
1452:16, 1452:24,
1453:1, 1453:2,
1453:3, 1455:2,
1455:4, 1490:17
 **Shoe** [1] - 1436:25
 **shooting** [1] - 1471:2
 **shore** [3] - 1372:15,
1372:16, 1372:17

 **shortcomings** [1] -
1419:2
 **shorthand** [1] -
1337:8
 **shortly** [3] - 1349:13,
1388:21, 1413:18
 **shot** [2] - 1393:19,
1471:3
 **should** [19] -
1318:19, 1362:19,
1391:1, 1391:24,
1403:19, 1403:22,
1427:18, 1430:24,
1431:11, 1442:18,
1461:12, 1462:21,
1463:5, 1483:13,
1483:18, 1483:21,
1484:10, 1487:10
 **shouldn't** [1] -
1483:21
 **show** [12] - 1352:21,
1355:17, 1363:22,
1398:20, 1398:25,
1406:16, 1413:15,
1417:6, 1417:22,
1425:22, 1429:10,
1470:25
 **showed** [14] -
1342:22, 1344:9,
1346:15, 1351:5,
1351:17, 1353:10,
1362:9, 1423:12,
1427:23, 1444:7,
1458:10, 1464:2,
1464:12, 1494:11
 **showing** [7] -
1318:21, 1350:18,
1426:9, 1444:20,
1444:24, 1492:10,
1493:25
 **shown** [6] - 1331:8,
1340:16, 1405:21,
1427:22, 1440:13,
1456:9
 **shows** [23] - 1340:7,
1352:15, 1390:11,
1397:1, 1404:4,
1413:2, 1413:10,
1413:11, 1439:11,
1457:23, 1458:1,
1458:6, 1458:25,
1459:1, 1459:13,
1459:17, 1459:18,
1459:20, 1460:12,
1460:13, 1460:14,
1491:13
 **shut** [5] - 1361:20,
1363:4, 1482:4,
1482:17, 1482:23
 **SHUTLER** [1] -

1311:17
 **side** [2] - 1319:7,
1474:10
 **sign** [1] - 1335:16
 **sign-off** [1] - 1335:16
 **signed** [1] - 1329:16
 **signif** [1] - 1336:8
 **significance** [4] -
1335:7, 1336:8,
1336:10, 1337:12
 **significant** [8] -
1334:21, 1334:25,
1335:2, 1335:4,
1375:1, 1375:4,
1375:5, 1375:8
 **signs** [1] - 1426:9
 **silent** [1] - 1451:13
 **similar** [6] - 1360:21,
1435:24, 1436:1,
1436:2, 1436:5,
1436:17
 **simple** [3] - 1319:19,
1331:4, 1374:23
 **simply** [2] - 1450:5,
1473:8
 **Sims** [2] - 1374:3,
1389:13
 **simulating** [1] -
1481:11
 **Simultaneous** [1] -
1424:11
 **simultaneous** [2] -
1424:22, 1425:25
 **since** [6] - 1324:12,
1370:10, 1376:23,
1442:13, 1481:22,
1484:19
 **single** [10] - 1319:14,
1342:15, 1367:5,
1367:9, 1367:14,
1398:4, 1401:2,
1418:15, 1435:10,
1435:11
 **sir** [286] - 1322:3,
1322:23, 1322:24,
1324:3, 1324:23,
1325:13, 1325:23,
1326:9, 1327:12,
1327:17, 1329:2,
1329:18, 1329:24,
1330:5, 1330:15,
1330:18, 1332:14,
1334:5, 1334:14,
1334:23, 1335:4,
1335:8, 1335:14,
1335:22, 1335:25,
1337:10, 1337:13,
1337:24, 1338:3,

1338:6, 1338:14,
1338:19, 1339:4,
1339:9, 1339:12,
1339:15, 1339:22,
1340:5, 1340:10,
1340:17, 1340:19,
1341:22, 1342:1,
1342:8, 1342:10,
1342:19, 1343:1,
1343:3, 1343:8,
1343:19, 1343:22,
1344:5, 1344:11,
1345:7, 1345:11,
1346:23, 1346:24,
1347:11, 1347:23,
1348:1, 1348:22,
1348:24, 1349:6,
1349:18, 1350:5,
1350:6, 1350:13,
1350:15, 1350:20,
1350:24, 1351:15,
1351:25, 1352:9,
1352:14, 1352:17,
1353:7, 1353:17,
1354:19, 1357:10,
1358:6, 1358:23,
1359:4, 1359:18,
1360:10, 1360:20,
1360:22, 1361:9,
1361:21, 1362:2,
1362:8, 1363:19,
1364:2, 1364:24,
1365:3, 1365:8,
1366:5, 1366:19,
1367:3, 1367:11,
1367:20, 1368:8,
1369:7, 1369:8,
1369:13, 1369:23,
1369:24, 1370:20,
1370:23, 1371:4,
1371:16, 1373:6,
1373:14, 1373:18,
1374:7, 1374:14,
1374:19, 1375:11,
1375:19, 1375:21,
1376:2, 1376:7,
1377:16, 1377:24,
1378:4, 1380:9,
1381:18, 1382:2,
1383:19, 1383:20,
1384:2, 1384:5,
1384:13, 1384:18,
1385:18, 1385:23,
1386:1, 1386:3,
1386:24, 1387:15,
1388:12, 1388:23,
1389:14, 1389:17,
1390:24, 1391:8,
1391:18, 1392:7,
1392:13, 1392:14,
1392:23, 1393:6,

— OFFICIAL TRANSCRIPT —

1393:21, 1393:24,
1395:2, 1395:4,
1395:16, 1396:6,
1396:11, 1397:9,
1398:6, 1399:25,
1400:15, 1401:9,
1401:14, 1401:16,
1401:25, 1402:4,
1402:18, 1403:16,
1404:23, 1404:25,
1405:11, 1405:19,
1406:4, 1406:7,
1408:11, 1408:24,
1409:8, 1410:9,
1412:17, 1412:22,
1412:23, 1413:8,
1413:14, 1413:23,
1415:1, 1415:2,
1415:14, 1416:23,
1417:5, 1418:10,
1418:11, 1419:19,
1420:4, 1420:7,
1420:15, 1421:2,
1421:17, 1422:8,
1422:24, 1423:20,
1424:10, 1424:17,
1425:7, 1425:14,
1426:7, 1426:8,
1426:24, 1428:7,
1428:15, 1429:5,
1429:19, 1429:20,
1429:21, 1430:1,
1430:2, 1432:18,
1433:17, 1433:22,
1434:19, 1437:3,
1437:4, 1437:23,
1438:3, 1438:11,
1438:21, 1439:3,
1440:5, 1440:11,
1440:12, 1441:21,
1442:20, 1443:8,
1443:22, 1443:23,
1444:2, 1444:3,
1444:11, 1444:18,
1445:2, 1445:19,
1446:1, 1446:15,
1446:16, 1447:20,
1448:3, 1448:10,
1451:25, 1453:20,
1455:13, 1456:15,
1457:14, 1458:3,
1458:10, 1458:14,
1459:8, 1459:20,
1461:3, 1461:5,
1461:23, 1461:24,
1462:18, 1464:11,
1465:15, 1465:25,
1468:21, 1469:15,
1469:20, 1470:11,
1470:12, 1471:11,
1473:13, 1475:14,

1476:8, 1478:3,
1478:7, 1479:11,
1482:6, 1483:4,
1483:5, 1483:6,
1484:11, 1484:12,
1484:14, 1495:20
**sit** [4] - 1342:15,
1367:14, 1462:7,
1464:22
**site** [17] - 1323:23,
1328:11, 1328:25,
1329:9, 1330:12,
1344:4, 1345:6,
1345:7, 1345:16,
1346:7, 1365:2,
1374:5, 1428:18,
1429:7, 1429:12,
1429:15
**sits** [1] - 1360:22
**sitting** [5] - 1385:16,
1415:22, 1447:15,
1486:22, 1487:16
**six** [13] - 1325:23,
1356:25, 1357:24,
1393:18, 1409:9,
1420:9, 1420:11,
1421:11, 1422:12,
1423:7, 1456:25,
1461:22, 1461:23
**six-inch** [1] -
1393:18
**six-minute** [2] -
1356:25, 1357:24
**size** [3] - 1428:2,
1439:13, 1463:6
**sketches** [1] -
1423:12
**skip** [1] - 1335:12
**slices** [3] - 1352:24,
1409:12, 1441:22
**SLIDELL** [1] -
1310:12
**slight** [1] - 1356:25
**slightly** [1] - 1421:7
**slope** [2] - 1352:17,
1352:22
**slow** [1] - 1365:10
**slurry** [24] - 1377:4,
1377:6, 1378:10,
1379:23, 1380:2,
1381:25, 1383:18,
1418:16, 1419:7,
1419:11, 1429:25,
1432:22, 1433:4,
1434:14, 1437:13,
1455:22, 1456:13,
1457:24, 1460:15,
1460:25, 1461:6,
1461:9, 1461:13,
1463:2

**small** [2] - 1377:4,
1438:4
**smaller** [1] - 1355:14
**so-called** [2] -
1349:2, 1491:9
**soft** [1] - 1474:9
**sole** [2] - 1419:15,
1419:18
**solids** [3] - 1327:2,
1488:6, 1489:5
**some** [50] - 1318:14,
1327:13, 1332:17,
1334:19, 1345:1,
1348:10, 1360:7,
1360:11, 1363:8,
1374:16, 1381:17,
1385:4, 1387:16,
1388:15, 1388:19,
1390:1, 1390:12,
1395:9, 1398:14,
1398:15, 1399:24,
1400:20, 1400:24,
1421:19, 1427:22,
1429:7, 1433:3,
1435:17, 1437:1,
1437:14, 1438:13,
1443:5, 1444:1,
1455:14, 1455:17,
1455:24, 1456:11,
1456:23, 1456:25,
1458:25, 1466:4,
1467:8, 1467:23,
1468:24, 1472:15,
1478:13, 1479:2,
1487:20, 1490:22
**somebody** [4] -
1426:1, 1443:14,
1470:23, 1474:16
**somehow** [1] -
1467:23
**someone** [6] -
1424:18, 1436:4,
1466:17, 1470:8,
1493:25, 1495:22
**someone's** [1] -
1496:3
**something** [27] -
1324:16, 1328:21,
1333:16, 1336:12,
1337:1, 1345:23,
1345:24, 1347:20,
1348:5, 1351:20,
1352:15, 1354:13,
1355:7, 1365:14,
1375:9, 1387:22,
1402:5, 1403:6,
1403:11, 1419:14,
1450:24, 1468:16,
1471:7, 1474:21,
1479:25, 1493:25,

1495:22
**sometime** [1] -
1441:1
**sometimes** [3] -
1324:20, 1333:24,
1398:10
**Somewhat** [1] -
1492:10
**somewhat** [1] -
1493:9
**somewhere** [4] -
1328:10, 1370:22,
1426:23, 1446:4
**soon** [3] - 1376:20,
1377:13, 1443:7
**sorry** [30] - 1318:6,
1324:17, 1339:20,
1352:18, 1354:4,
1354:12, 1355:22,
1361:16, 1365:21,
1366:1, 1366:6,
1366:14, 1379:2,
1380:23, 1391:17,
1413:19, 1418:11,
1426:18, 1426:23,
1428:15, 1428:22,
1472:9, 1472:18,
1473:6, 1473:13,
1473:25, 1476:7,
1476:22, 1491:19,
1494:17
**sort** [11] - 1328:7,
1331:13, 1332:17,
1345:22, 1354:25,
1408:12, 1409:11,
1432:9, 1474:9,
1475:7, 1476:2
**sound** [1] - 1474:15
**sounds** [6] -
1321:14, 1322:17,
1402:5, 1451:17,
1474:19, 1480:1
**sources** [3] - 1390:6,
1390:16, 1390:20
**SOUTH** [1] - 1313:23
**space** [4] - 1403:17,
1416:10, 1455:2,
1491:20
**spacer** [15] -
1325:25, 1326:6,
1326:7, 1326:12,
1327:2, 1359:20,
1414:3, 1414:7,
1460:11, 1460:13,
1467:10, 1467:24,
1488:6, 1489:5
**spaces** [1] - 1390:13
**speak** [7] - 1367:12,
1394:16, 1420:16,
1431:21, 1432:11,

1451:12, 1451:14
**SPEAKER** [1] -
1496:12
**speaking** [1] -
1343:6
**specialist** [1] -
1431:13
**specific** [5] -
1370:17, 1383:10,
1433:16, 1436:13,
1440:10
**specifically** [21] -
1340:18, 1366:7,
1373:3, 1374:15,
1377:25, 1378:22,
1389:15, 1410:21,
1416:24, 1417:23,
1418:10, 1418:12,
1420:7, 1422:6,
1428:16, 1432:9,
1449:17, 1462:3,
1462:6, 1466:22,
1485:25
**specify** [1] - 1325:8
**specs** [1] - 1450:7
**speculate** [1] -
1336:14
**speculating** [1] -
1353:20
**spent** [4] - 1335:7,
1335:9, 1371:6,
1493:2
**Sperry** [16] - 1336:6,
1350:3, 1350:13,
1350:24, 1351:5,
1351:20, 1351:23,
1352:10, 1357:6,
1424:7, 1425:6,
1426:13, 1426:16,
1426:20, 1427:1,
1427:4
**Sperry's** [1] -
1427:10
**spike** [1] - 1361:19
**SPILL** [1] - 1308:5
**spill** [3] - 1405:22,
1409:10, 1410:5
**SPIRO** [1] - 1311:22
**spoke** [13] - 1334:14,
1341:16, 1361:11,
1361:13, 1413:11,
1420:15, 1422:2,
1424:18, 1431:21,
1433:15, 1436:4,
1481:2, 1492:8
**spoken** [1] - 1417:12
**spot** [1] - 1448:16
**springing** [1] -
1320:14
**spurting** [1] - 1489:6

**SQUARE** [1] - 1312:21

**squeezes** [1] - 1474:11

**squiggly** [1] - 1494:11

**stability** [15] - 1371:22, 1376:9, 1376:12, 1376:14, 1376:19, 1376:23, 1377:10, 1380:12, 1380:16, 1381:25, 1383:18, 1384:7, 1384:11, 1419:23, 1459:16

**stable** [1] - 1377:12

**stack** [3] - 1386:19, 1471:23, 1481:6

**stand** [6] - 1394:15, 1442:13, 1466:3, 1484:3, 1484:20, 1485:19

**standard** [1] - 1481:16

**standards** [2] - 1430:13, 1481:9

**standing** [1] - 1476:1

**stands** [2] - 1333:21, 1379:7

**start** [5] - 1344:18, 1354:6, 1388:25, 1405:7, 1405:8

**started** [9] - 1345:21, 1348:18, 1376:20, 1415:5, 1415:8, 1469:22, 1476:11, 1482:14, 1482:23

**starting** [1] - 1437:2

**starts** [3] - 1407:24, 1440:21, 1482:5

**STATE** [3] - 1312:3, 1312:8, 1312:10

**state** [2] - 1334:12, 1489:18

**stated** [2] - 1452:12, 1486:20

**statement** [10] - 1326:25, 1329:16, 1344:15, 1344:18, 1378:14, 1431:10, 1454:10, 1473:20, 1481:12, 1482:8

**States** [2] - 1496:10, 1497:8

**states** [6] - 1333:10, 1341:6, 1366:23, 1366:24, 1368:19, 1378:6

**STATES** [4] - 1308:1, 1308:14, 1308:22,

1311:3

**static** [7] - 1378:24, 1394:23, 1415:18, 1416:1, 1416:8, 1481:10, 1481:20

**STATION** [1] - 1311:24

**stations** [1] - 1353:20

**stay** [1] - 1356:23

**stayed** [1] - 1361:23

**steel** [5] - 1475:4, 1475:19, 1476:7, 1480:21, 1481:1

**steeper** [2] - 1352:25, 1494:25

**STENOGRAPHY** [1] - 1315:16

**step** [1] - 1392:2

**Stephanie** [1] - 1355:23

**STEPHEN** [1] - 1309:7

**steps** [2] - 1325:8, 1391:24

**STERBCOW** [3] - 1309:14, 1309:14, 1485:2

**Sterbcow** [5] - 1331:8, 1348:11, 1348:21, 1387:24, 1400:19

**STERNBERG** [1] - 1315:3

**Steve** [8] - 1324:2, 1331:14, 1333:13, 1334:5, 1334:20, 1340:19, 1346:6, 1359:3

**STEVEN** [2] - 1311:10, 1313:18

**still** [12] - 1321:13, 1322:2, 1332:6, 1334:4, 1341:7, 1385:13, 1385:14, 1416:12, 1416:16, 1438:12, 1443:20, 1485:5

**STONE** [1] - 1314:11

**stood** [1] - 1361:1

**Stop** [2] - 1347:25, 1348:6

**stop** [4] - 1328:18, 1411:21, 1468:13, 1468:14

**stopped** [4] - 1329:1, 1409:7, 1409:13, 1410:7

**stopping** [1] - 1489:6

**story** [1] - 1373:21

**straight** [1] - 1422:7

**STRANGE** [1] - 1312:4

**strategic** [2] - 1433:18, 1433:20

**stream** [1] - 1452:21

**STREET** [19] - 1309:4, 1309:11, 1309:15, 1309:19, 1309:22, 1310:11, 1310:15, 1310:22, 1312:11, 1312:16, 1312:22, 1313:15, 1313:19, 1314:4, 1314:12, 1314:18, 1314:24, 1315:13

**strength** [5] - 1378:24, 1378:25, 1459:10, 1459:14, 1459:15

**stressed** [1] - 1369:20

**strike** [2] - 1353:11, 1397:16

**string** [4] - 1370:19, 1406:14, 1450:17, 1452:15

**strong** [1] - 1476:19

**structure** [2] - 1397:22, 1399:24

**subject** [6] - 1363:8, 1375:24, 1429:11, 1432:7, 1451:23, 1490:12

**subjects** [1] - 1395:9

**submitted** [1] - 1457:25

**subparts** [1] - 1367:11

**subsequent** [2] - 1326:16, 1477:1

**subteam** [4] - 1466:13, 1478:24, 1481:24, 1482:10

**succeed** [2] - 1374:10, 1375:4

**success** [1] - 1483:20

**success/failure** [1] - 1325:9

**successful** [4] - 1329:17, 1378:7, 1419:4, 1455:5

**such** [2] - 1402:24, 1409:6

**sufficient** [4] - 1476:5, 1480:18, 1480:24, 1481:1

**suggest** [3] - 1347:1,

1347:4, 1422:21

**suggesting** [2] - 1426:2, 1426:7

**suggests** [2] - 1379:23, 1422:24

**SUITE** [5] - 1309:4, 1309:15, 1309:19, 1310:4, 1310:8, 1312:22, 1313:15, 1313:19, 1314:8, 1314:18, 1314:24, 1315:4, 1315:8

**SULLIVAN** [1] - 1311:17

**summaries** [1] - 1399:24

**summarized** [1] - 1374:20

**summary** [3] - 1399:13, 1410:13, 1410:20

**Sunbury** [1] - 1379:4

**Sunday** [1] - 1324:19

**supervisor** [1] - 1375:2

**supplemental** [3] - 1387:12, 1390:23, 1390:25

**supplied** [1] - 1434:4

**supply** [1] - 1424:15

**supporting** [1] - 1436:9

**supports** [1] - 1489:7

**suppose** [1] - 1385:13

**supposed** [1] - 1406:1

**sure** [25] - 1317:21, 1333:17, 1334:6, 1335:17, 1336:14, 1339:16, 1347:21, 1351:4, 1353:21, 1366:14, 1377:25, 1384:19, 1395:13, 1395:14, 1402:15, 1419:21, 1423:1, 1427:3, 1471:12, 1471:15, 1478:15, 1481:13, 1481:18, 1484:7

**surface** [9] - 1354:13, 1376:23, 1392:10, 1411:22, 1419:23, 1425:19, 1425:20, 1425:23, 1470:20

**surfactant** [1] - 1456:20

**surplus** [2] -

1434:16, 1434:17

**survey** [1] - 1386:5

**survive** [1] - 1345:25

**suspect** [3] - 1364:4, 1364:8, 1485:20

**sustain** [4] - 1377:21, 1385:21, 1487:3, 1494:7

**sustained** [5] - 1436:22, 1462:14, 1478:1, 1478:17, 1493:16

**SUTHERLAND** [1] - 1313:17

**swapping** [1] - 1437:13

**synthetic** [3] - 1392:12, 1438:20, 1438:22

**system** [7] - 1327:5, 1367:1, 1393:18, 1408:13, 1481:6, 1488:7, 1489:18

**systemic** [1] - 1386:15

**systemic-level** [1] - 1386:15

**T**

**T** [2] - 1309:11, 1313:18

**table** [1] - 1372:3

**take** [14] - 1317:10, 1320:9, 1320:23, 1326:17, 1340:14, 1357:8, 1362:23, 1386:21, 1394:3, 1402:5, 1419:24, 1479:4, 1480:4, 1492:4

**taken** [11] - 1362:18, 1362:20, 1366:12, 1391:24, 1402:25, 1409:3, 1409:7, 1414:12, 1431:25, 1483:2, 1483:9

**TAKEN** [2] - 1394:6, 1496:17

**taker** [1] - 1354:25

**takes** [1] - 1443:23

**taking** [2] - 1423:23, 1465:21

**talk** [23] - 1324:25, 1361:10, 1376:1, 1400:22, 1401:16, 1401:20, 1403:18, 1405:25, 1421:25, 1423:20, 1425:3,

1432:7, 1432:15,
1438:3, 1438:6,
1443:24, 1444:8,
1448:22, 1448:24,
1452:2, 1455:13,
1474:1, 1480:6
**talked** [24] - 1346:25,
1349:25, 1401:14,
1401:19, 1404:23,
1412:18, 1417:7,
1421:12, 1421:23,
1422:4, 1432:12,
1436:25, 1439:6,
1440:8, 1440:9,
1443:21, 1443:25,
1449:6, 1451:19,
1454:25, 1480:2,
1480:24
**talking** [32] -
1325:12, 1333:16,
1345:17, 1345:22,
1347:17, 1354:12,
1354:13, 1354:15,
1354:22, 1395:9,
1398:10, 1405:25,
1406:7, 1409:3,
1419:6, 1424:3,
1424:4, 1438:17,
1444:1, 1458:15,
1470:13, 1474:6,
1474:7, 1474:24,
1474:25, 1475:10,
1475:11, 1475:14,
1482:3, 1492:12,
1493:11
**talks** [1] - 1481:6
**tank** [2] - 1327:7,
1489:20
**TANNER** [3] -
1315:7, 1484:16,
1484:18
**task** [1] - 1409:9
**team** [171] - 1323:7,
1323:15, 1324:1,
1324:11, 1324:22,
1325:15, 1328:6,
1328:20, 1329:22,
1331:8, 1331:17,
1331:24, 1334:22,
1337:11, 1337:20,
1338:5, 1338:25,
1339:7, 1340:21,
1341:2, 1341:14,
1342:21, 1343:11,
1344:3, 1344:4,
1344:21, 1345:5,
1345:9, 1345:15,
1346:3, 1346:4,
1346:19, 1346:20,
1346:21, 1347:5,

1347:10, 1349:12,
1350:11, 1352:11,
1353:18, 1358:7,
1358:20, 1363:20,
1364:4, 1364:8,
1364:12, 1364:17,
1366:11, 1366:18,
1367:6, 1367:12,
1367:24, 1368:22,
1369:3, 1369:14,
1370:13, 1370:25,
1371:11, 1372:6,
1373:1, 1373:12,
1373:16, 1373:18,
1374:16, 1374:20,
1375:10, 1376:17,
1377:5, 1378:1,
1378:14, 1379:15,
1379:16, 1380:1,
1382:22, 1384:1,
1387:7, 1387:12,
1387:17, 1389:17,
1390:5, 1392:19,
1395:21, 1396:4,
1396:5, 1396:10,
1396:15, 1397:10,
1397:12, 1397:17,
1398:7, 1398:8,
1398:9, 1398:12,
1398:14, 1399:5,
1399:18, 1400:8,
1401:6, 1417:24,
1418:6, 1418:9,
1418:13, 1419:10,
1420:16, 1421:1,
1421:25, 1422:6,
1426:8, 1427:2,
1427:14, 1429:11,
1431:22, 1432:7,
1432:9, 1433:14,
1434:20, 1436:9,
1436:12, 1436:14,
1437:9, 1437:21,
1444:10, 1444:13,
1445:14, 1446:11,
1446:13, 1446:14,
1448:12, 1449:6,
1449:10, 1450:5,
1450:11, 1453:5,
1454:1, 1454:2,
1454:4, 1454:9,
1454:17, 1454:23,
1455:24, 1456:17,
1456:22, 1459:21,
1464:17, 1464:23,
1466:12, 1472:15,
1473:4, 1473:7,
1476:20, 1478:12,
1478:25, 1481:18,
1486:1, 1487:6,
1488:15, 1489:14,

1492:6, 1492:7,
1492:18, 1493:4,
1493:19, 1493:22,
1493:25, 1494:3,
1494:16, 1494:18,
1495:2, 1495:5
**team's** [10] - 1340:4,
1340:11, 1343:13,
1343:24, 1345:19,
1350:17, 1396:13,
1399:7, 1418:25,
1479:20
**teams** [1] - 1372:8
**technical** [4] -
1382:7, 1418:25,
1438:16, 1447:21
**technology** [1] -
1379:5
**tell** [41] - 1319:13,
1337:8, 1337:14,
1342:19, 1351:5,
1351:7, 1354:24,
1355:18, 1358:20,
1358:22, 1361:3,
1385:11, 1408:11,
1412:24, 1413:19,
1418:13, 1418:15,
1421:23, 1422:2,
1422:5, 1429:14,
1430:2, 1433:2,
1436:14, 1442:25,
1443:10, 1446:25,
1450:1, 1450:11,
1450:13, 1454:4,
1454:12, 1456:19,
1460:23, 1461:1,
1461:24, 1462:2,
1464:18, 1480:10,
1492:14, 1493:13
**telling** [6] - 1351:9,
1423:9, 1462:7,
1462:8, 1462:10,
1493:25
**temporary** [1] -
1477:19
**ten** [8] - 1457:4,
1466:21, 1475:11,
1475:14, 1475:19,
1475:25, 1485:13
**tended** [1] - 1372:8
**tens** [1] - 1370:8
**tensioners** [1] -
1424:14
**terms** [6] - 1343:23,
1353:2, 1454:24,
1456:24, 1463:12,
1483:3
**terribly** [1] - 1347:21
**test** [147] - 1324:25,
1325:2, 1325:7,

1325:16, 1326:13,
1327:25, 1328:8,
1328:18, 1329:1,
1329:10, 1329:17,
1330:21, 1331:3,
1333:19, 1333:21,
1334:12, 1335:16,
1335:17, 1336:10,
1336:21, 1337:15,
1338:10, 1341:11,
1342:20, 1343:5,
1343:24, 1343:25,
1345:20, 1347:16,
1347:17, 1354:17,
1356:15, 1356:18,
1356:20, 1358:15,
1359:13, 1359:20,
1360:7, 1371:22,
1379:10, 1379:17,
1380:1, 1382:11,
1382:18, 1384:11,
1384:25, 1385:8,
1385:11, 1388:11,
1388:14, 1403:22,
1403:25, 1404:2,
1404:4, 1404:5,
1404:8, 1404:9,
1404:12, 1404:16,
1404:20, 1406:18,
1406:20, 1406:22,
1406:23, 1407:2,
1407:7, 1407:9,
1407:13, 1407:22,
1408:2, 1408:5,
1408:8, 1408:17,
1408:18, 1408:22,
1409:2, 1409:4,
1409:5, 1409:20,
1411:20, 1413:11,
1413:17, 1413:18,
1413:22, 1413:24,
1414:3, 1414:21,
1414:25, 1415:4,
1415:6, 1415:12,
1415:17, 1416:19,
1416:21, 1430:13,
1430:16, 1430:20,
1434:21, 1435:22,
1442:24, 1443:1,
1443:11, 1449:19,
1449:20, 1449:22,
1450:6, 1450:19,
1450:25, 1451:1,
1451:8, 1455:5,
1455:9, 1455:11,
1455:14, 1455:16,
1455:17, 1456:24,
1457:1, 1457:15,
1457:16, 1458:25,
1459:1, 1459:2,
1459:10, 1459:13,

1459:15, 1460:21,
1462:1, 1462:5,
1462:9, 1466:22,
1467:2, 1467:10,
1467:20, 1468:22,
1469:1, 1492:9,
1493:8, 1493:23
**tested** [9] - 1379:23,
1386:7, 1403:20,
1408:4, 1408:6,
1430:24, 1432:17,
1455:7, 1455:8
**testified** [25] -
1317:16, 1321:1,
1321:4, 1321:10,
1321:14, 1325:25,
1349:11, 1350:3,
1355:11, 1362:4,
1364:21, 1365:5,
1365:9, 1370:1,
1386:9, 1386:11,
1391:1, 1425:12,
1427:24, 1431:17,
1434:25, 1444:9,
1444:13, 1444:18,
1478:25
**testifies** [1] -
1393:13
**testify** [5] - 1319:22,
1388:15, 1408:25,
1488:13, 1492:23
**testifying** [3] -
1402:1, 1430:3,
1430:18
**testimonies** [1] -
1421:17
**testimony** [36] -
1317:8, 1319:2,
1321:21, 1327:11,
1343:9, 1343:22,
1348:24, 1350:6,
1356:10, 1362:7,
1362:8, 1364:23,
1365:12, 1373:5,
1377:19, 1388:18,
1390:7, 1409:8,
1421:9, 1421:14,
1421:15, 1431:9,
1435:3, 1448:2,
1464:14, 1464:20,
1464:21, 1466:20,
1466:24, 1467:8,
1467:12, 1478:20,
1486:24, 1487:14,
1496:3, 1496:5
**testing** [33] - 1328:9,
1328:10, 1354:13,
1377:23, 1378:7,
1378:9, 1380:5,
1405:17, 1406:17,

1406:19, 1407:20,
1429:25, 1430:5,
1430:10, 1432:7,
1432:22, 1433:11,
1434:14, 1434:18,
1435:2, 1435:25,
1436:7, 1441:25,
1442:3, 1442:5,
1456:1, 1458:15,
1481:9, 1481:10,
1481:16, 1481:20,
1481:21

**Testing** [1] - 1378:4

**tests** [9] - 1378:21,
1378:25, 1431:11,
1432:13, 1434:6,
1435:19, 1455:21,
1458:25, 1460:2

**than** [40] - 1327:11,
1327:16, 1337:20,
1351:20, 1352:12,
1352:19, 1353:19,
1371:4, 1372:10,
1372:21, 1372:22,
1372:24, 1376:17,
1382:16, 1402:21,
1403:1, 1406:11,
1407:19, 1408:14,
1414:9, 1414:13,
1433:10, 1434:6,
1445:18, 1445:21,
1445:23, 1447:3,
1453:13, 1465:23,
1473:12, 1473:16,
1475:4, 1475:19,
1476:5, 1476:8,
1485:13, 1490:10

**thank** [55] - 1320:12,
1321:17, 1327:19,
1365:14, 1380:10,
1394:18, 1394:19,
1394:20, 1394:21,
1395:18, 1400:2,
1400:7, 1400:15,
1405:5, 1410:9,
1411:25, 1412:17,
1414:15, 1416:23,
1418:13, 1422:8,
1428:7, 1429:3,
1429:5, 1429:21,
1432:3, 1432:4,
1442:20, 1443:23,
1444:18, 1445:18,
1451:25, 1452:23,
1455:13, 1456:3,
1461:24, 1462:15,
1462:18, 1462:20,
1465:15, 1465:16,
1465:17, 1467:19,
1474:21, 1480:13,
1484:13, 1484:15,

1484:18, 1488:22,
1490:15, 1491:21,
1493:6, 1495:17,
1495:19, 1495:20

**that** [1582] - 1317:9,
1317:12, 1317:13,
1317:15, 1317:16,
1317:21, 1317:24,
1317:25, 1318:1,
1318:4, 1318:5,
1318:9, 1318:15,
1318:17, 1318:18,
1318:20, 1318:21,
1319:1, 1319:6,
1319:10, 1319:11,
1319:17, 1319:19,
1319:21, 1319:24,
1320:1, 1320:4,
1320:6, 1320:14,
1320:16, 1320:18,
1320:19, 1321:2,
1321:5, 1321:6,
1321:8, 1321:10,
1321:15, 1322:14,
1322:15, 1322:17,
1322:20, 1322:23,
1322:25, 1323:4,
1323:6, 1323:7,
1323:8, 1323:10,
1323:12, 1323:15,
1323:16, 1323:21,
1324:1, 1324:2,
1324:9, 1324:10,
1324:12, 1324:14,
1324:16, 1324:18,
1324:23, 1325:1,
1325:6, 1325:9,
1325:19, 1325:21,
1325:22, 1325:24,
1325:25, 1326:1,
1326:5, 1326:6,
1326:7, 1326:11,
1326:14, 1326:15,
1326:19, 1327:2,
1327:8, 1327:11,
1327:13, 1327:14,
1327:15, 1327:25,
1328:2, 1328:3,
1328:4, 1328:7,
1328:10, 1328:13,
1328:14, 1328:15,
1328:20, 1328:22,
1328:25, 1329:5,
1329:6, 1329:9,
1329:18, 1329:21,
1329:25, 1330:9,
1330:15, 1330:19,
1330:21, 1330:25,
1331:2, 1331:3,
1331:5, 1331:8,
1331:11, 1332:1,

1332:7, 1332:16,
1332:17, 1332:20,
1333:6, 1333:8,
1333:12, 1333:13,
1333:14, 1333:15,
1333:21, 1334:9,
1334:14, 1334:16,
1334:17, 1334:19,
1334:20, 1334:22,
1334:24, 1335:1,
1335:3, 1335:5,
1335:6, 1335:10,
1335:18, 1336:3,
1336:6, 1336:13,
1336:24, 1337:1,
1337:10, 1337:17,
1337:24, 1338:11,
1338:17, 1338:23,
1339:1, 1339:4,
1339:22, 1340:24,
1341:1, 1341:6,
1341:7, 1341:8,
1341:9, 1341:10,
1342:4, 1342:5,
1342:8, 1342:16,
1342:19, 1342:20,
1342:21, 1342:22,
1342:24, 1343:2,
1343:4, 1343:8,
1343:9, 1343:12,
1343:17, 1343:18,
1343:21, 1343:22,
1343:24, 1344:3,
1344:7, 1344:8,
1344:10, 1344:13,
1344:16, 1344:19,
1344:21, 1344:24,
1345:1, 1345:2,
1345:5, 1345:11,
1345:14, 1345:19,
1345:23, 1345:25,
1346:1, 1346:4,
1346:7, 1346:9,
1346:12, 1346:25,
1347:1, 1347:7,
1347:8, 1347:10,
1347:15, 1347:18,
1347:20, 1347:21,
1348:5, 1348:6,
1348:8, 1348:12,
1348:14, 1348:17,
1348:22, 1348:23,
1349:5, 1349:8,
1349:10, 1349:11,
1349:13, 1349:21,
1349:24, 1350:3,
1350:4, 1350:6,
1350:8, 1350:12,
1350:13, 1350:14,
1350:15, 1350:16,
1350:17, 1350:20,

1350:23, 1351:1,
1351:5, 1351:6,
1351:7, 1351:8,
1351:9, 1351:12,
1351:13, 1351:15,
1351:19, 1351:20,
1351:21, 1351:24,
1351:25, 1352:1,
1352:9, 1352:14,
1352:15, 1352:17,
1352:22, 1352:23,
1353:5, 1353:11,
1353:12, 1353:17,
1353:24, 1354:3,
1354:7, 1354:9,
1354:10, 1354:11,
1354:16, 1354:18,
1354:21, 1354:25,
1355:3, 1355:4,
1355:7, 1355:11,
1355:17, 1356:8,
1356:10, 1356:13,
1356:14, 1356:19,
1356:21, 1356:25,
1357:4, 1357:6,
1357:9, 1357:11,
1357:12, 1357:15,
1357:21, 1357:23,
1357:24, 1358:2,
1358:3, 1358:4,
1358:5, 1358:7,
1358:14, 1358:18,
1358:20, 1358:21,
1358:23, 1358:24,
1359:2, 1359:11,
1359:14, 1359:16,
1359:17, 1359:21,
1359:25, 1360:1,
1360:2, 1360:7,
1360:16, 1360:25,
1361:3, 1361:6,
1361:8, 1361:10,
1361:11, 1361:13,
1361:14, 1361:19,
1362:1, 1362:3,
1362:4, 1362:7,
1362:10, 1362:16,
1362:18, 1362:22,
1363:1, 1363:2,
1363:3, 1363:4,
1363:6, 1363:9,
1363:10, 1363:14,
1363:17, 1363:24,
1364:1, 1364:12,
1364:13, 1364:15,
1364:17, 1364:19,
1364:20, 1364:21,
1364:22, 1364:23,
1365:3, 1365:5,
1365:6, 1365:7,
1365:8, 1365:9,

1365:10, 1365:11,
1365:19, 1365:20,
1365:22, 1365:23,
1366:2, 1366:4,
1366:15, 1367:3,
1367:5, 1367:6,
1367:9, 1367:15,
1367:17, 1367:18,
1367:19, 1367:21,
1367:25, 1368:3,
1368:20, 1369:3,
1369:4, 1369:6,
1369:14, 1369:19,
1369:20, 1369:21,
1369:22, 1369:23,
1369:25, 1370:3,
1370:6, 1370:9,
1370:10, 1370:14,
1370:17, 1370:19,
1370:21, 1370:22,
1370:24, 1370:25,
1371:3, 1371:8,
1371:10, 1371:12,
1371:14, 1371:21,
1371:23, 1371:24,
1372:2, 1372:5,
1372:7, 1372:9,
1372:10, 1372:17,
1372:18, 1373:2,
1373:3, 1373:10,
1373:11, 1373:14,
1373:16, 1373:17,
1373:18, 1374:5,
1374:7, 1374:9,
1374:11, 1374:20,
1374:23, 1375:2,
1375:3, 1375:4,
1375:6, 1375:13,
1375:16, 1375:18,
1376:2, 1376:9,
1376:11, 1376:13,
1376:17, 1376:19,
1376:21, 1376:22,
1376:23, 1376:24,
1377:5, 1377:10,
1377:18, 1378:4,
1378:10, 1378:11,
1378:14, 1378:16,
1378:20, 1378:21,
1379:9, 1379:11,
1379:15, 1379:16,
1379:19, 1379:22,
1379:23, 1379:24,
1380:1, 1380:2,
1380:4, 1380:6,
1380:11, 1380:12,
1380:16, 1380:19,
1380:20, 1380:21,
1380:23, 1381:2,
1381:4, 1381:6,
1381:7, 1381:9,

1381:13, 1381:15,
1381:21, 1381:22,
1381:23, 1382:4,
1382:5, 1382:10,
1382:18, 1382:19,
1382:21, 1382:24,
1383:1, 1383:4,
1383:7, 1383:10,
1383:12, 1383:15,
1383:19, 1383:21,
1384:6, 1384:8,
1384:10, 1384:12,
1384:13, 1384:14,
1384:15, 1384:16,
1384:18, 1384:21,
1384:22, 1384:23,
1384:25, 1385:2,
1385:3, 1385:4,
1385:6, 1385:7,
1385:9, 1385:12,
1385:16, 1386:9,
1386:14, 1386:15,
1386:21, 1386:22,
1386:24, 1387:1,
1387:6, 1387:8,
1387:17, 1387:19,
1387:20, 1388:1,
1388:4, 1388:7,
1388:12, 1388:13,
1388:14, 1388:15,
1388:18, 1388:21,
1388:23, 1388:24,
1388:25, 1389:6,
1389:7, 1389:8,
1389:11, 1389:14,
1389:18, 1389:24,
1390:4, 1390:7,
1390:9, 1390:10,
1390:16, 1390:18,
1390:21, 1391:4,
1391:5, 1391:10,
1391:17, 1391:24,
1392:4, 1392:5,
1392:8, 1392:16,
1392:25, 1393:3,
1393:5, 1393:8,
1393:13, 1393:15,
1393:16, 1393:17,
1393:18, 1393:19,
1393:20, 1393:24,
1394:10, 1394:13,
1394:17, 1394:19,
1395:9, 1395:12,
1395:13, 1395:15,
1395:19, 1395:20,
1395:22, 1395:24,
1396:1, 1396:2,
1396:3, 1396:7,
1396:10, 1396:11,
1396:17, 1397:1,
1397:4, 1397:7,

1397:9, 1397:10,
1397:12, 1397:15,
1397:16, 1397:19,
1397:24, 1398:1,
1398:4, 1398:6,
1398:7, 1398:8,
1398:9, 1398:13,
1398:14, 1398:21,
1399:8, 1399:15,
1400:2, 1400:9,
1400:10, 1400:12,
1400:16, 1400:17,
1400:20, 1400:23,
1400:24, 1400:25,
1401:3, 1401:5,
1401:6, 1401:7,
1401:9, 1401:10,
1401:11, 1401:13,
1401:16, 1401:24,
1402:2, 1402:4,
1402:10, 1402:12,
1402:18, 1402:22,
1402:24, 1403:1,
1403:4, 1403:11,
1403:15, 1403:17,
1403:18, 1403:19,
1403:21, 1403:23,
1403:24, 1404:4,
1404:7, 1404:8,
1404:9, 1404:20,
1404:25, 1405:10,
1405:12, 1405:13,
1405:23, 1406:1,
1406:5, 1406:8,
1406:9, 1406:14,
1406:15, 1406:17,
1406:19, 1406:21,
1406:22, 1407:1,
1407:4, 1407:7,
1407:9, 1407:20,
1407:24, 1408:5,
1408:19, 1408:20,
1408:21, 1408:22,
1409:1, 1409:3,
1409:5, 1409:7,
1409:8, 1409:15,
1409:17, 1410:3,
1410:6, 1410:18,
1410:21, 1410:22,
1410:23, 1411:5,
1411:24, 1412:4,
1412:6, 1412:10,
1412:14, 1412:20,
1412:21, 1413:2,
1413:8, 1413:9,
1413:10, 1413:11,
1413:12, 1413:15,
1413:16, 1413:23,
1414:3, 1414:5,
1414:8, 1414:11,
1414:13, 1414:15,

1414:18, 1414:21,
1414:22, 1414:23,
1414:24, 1414:25,
1415:2, 1415:7,
1415:9, 1415:11,
1415:16, 1415:19,
1415:21, 1415:22,
1415:23, 1415:25,
1416:5, 1416:6,
1416:11, 1416:13,
1416:20, 1416:23,
1416:25, 1417:5,
1417:10, 1417:18,
1417:20, 1417:23,
1417:25, 1418:3,
1418:5, 1418:7,
1418:14, 1418:15,
1418:24, 1419:5,
1419:9, 1419:13,
1419:14, 1419:15,
1419:21, 1419:22,
1419:23, 1420:2,
1420:3, 1420:5,
1420:6, 1420:7,
1420:9, 1420:13,
1420:15, 1420:16,
1420:17, 1420:19,
1420:20, 1420:22,
1421:1, 1421:3,
1421:4, 1421:6,
1421:11, 1421:12,
1421:13, 1421:14,
1421:22, 1421:23,
1422:2, 1422:4,
1422:5, 1422:7,
1422:14, 1422:17,
1422:18, 1422:21,
1422:22, 1422:23,
1422:24, 1423:2,
1423:3, 1423:4,
1423:6, 1423:10,
1423:17, 1423:19,
1423:25, 1424:5,
1424:9, 1424:16,
1424:21, 1424:22,
1424:23, 1424:25,
1425:9, 1425:12,
1425:13, 1425:15,
1425:16, 1425:21,
1425:22, 1425:25,
1426:2, 1426:3,
1426:4, 1426:12,
1426:15, 1426:17,
1426:18, 1426:19,
1426:20, 1426:21,
1426:25, 1427:2,
1427:12, 1427:13,
1427:14, 1427:17,
1427:20, 1427:23,
1428:2, 1428:4,
1428:7, 1428:8,

1428:10, 1428:12,
1428:15, 1428:16,
1428:17, 1428:19,
1428:20, 1428:24,
1429:1, 1429:7,
1429:10, 1429:13,
1429:14, 1429:16,
1429:18, 1429:20,
1430:3, 1430:4,
1430:5, 1430:15,
1430:18, 1430:19,
1430:21, 1431:8,
1431:12, 1431:21,
1431:24, 1431:25,
1432:2, 1432:6,
1432:8, 1432:13,
1432:14, 1432:17,
1432:25, 1433:1,
1433:2, 1433:6,
1433:10, 1433:11,
1433:13, 1433:14,
1433:16, 1433:22,
1434:1, 1434:2,
1434:7, 1434:8,
1434:9, 1434:10,
1434:11, 1434:18,
1434:23, 1435:1,
1435:2, 1435:3,
1435:4, 1435:8,
1435:12, 1435:13,
1435:15, 1435:20,
1435:24, 1436:6,
1436:7, 1436:8,
1436:9, 1436:13,
1436:14, 1436:15,
1436:18, 1436:20,
1436:25, 1437:3,
1437:7, 1437:15,
1437:17, 1437:18,
1437:19, 1437:20,
1437:21, 1437:22,
1438:1, 1438:13,
1438:14, 1438:17,
1438:18, 1438:20,
1438:22, 1438:23,
1438:25, 1439:1,
1439:6, 1439:14,
1439:22, 1439:23,
1439:25, 1440:2,
1440:5, 1440:6,
1440:7, 1440:8,
1440:9, 1440:10,
1440:11, 1440:12,
1440:14, 1440:18,
1440:20, 1440:25,
1441:1, 1441:2,
1441:4, 1441:6,
1441:7, 1441:8,
1441:9, 1441:11,
1441:14, 1441:18,
1441:19, 1441:21,

1441:22, 1441:24,
1441:25, 1442:25,
1443:6, 1443:8,
1443:10, 1443:13,
1443:14, 1443:21,
1443:22, 1443:23,
1443:24, 1443:25,
1444:2, 1444:7,
1444:9, 1444:11,
1444:13, 1444:15,
1444:18, 1444:21,
1444:22, 1444:24,
1444:25, 1445:1,
1445:2, 1445:6,
1445:8, 1445:14,
1445:15, 1445:21,
1446:1, 1446:6,
1446:11, 1446:12,
1446:13, 1446:14,
1446:15, 1446:25,
1447:10, 1447:11,
1447:13, 1447:14,
1447:17, 1447:19,
1447:20, 1447:22,
1447:23, 1447:24,
1448:1, 1448:2,
1448:4, 1448:5,
1448:7, 1448:9,
1448:12, 1448:14,
1448:16, 1448:19,
1448:21, 1448:22,
1449:1, 1449:2,
1449:5, 1449:6,
1449:7, 1449:8,
1449:9, 1449:10,
1449:12, 1449:13,
1449:17, 1449:18,
1449:19, 1449:20,
1449:22, 1449:24,
1450:3, 1450:5,
1450:9, 1450:12,
1450:13, 1450:17,
1450:19, 1450:24,
1450:25, 1451:2,
1451:6, 1451:8,
1451:11, 1451:16,
1452:2, 1452:3,
1452:5, 1452:10,
1452:11, 1452:17,
1452:24, 1453:1,
1453:3, 1453:7,
1453:13, 1453:17,
1453:18, 1453:19,
1453:21, 1453:22,
1453:23, 1454:1,
1454:2, 1454:5,
1454:8, 1454:9,
1454:10, 1454:12,
1454:13, 1454:14,
1454:15, 1454:17,
1454:19, 1454:22,

1454:24, 1455:1,
1455:2, 1455:4,
1455:9, 1455:10,
1455:11, 1455:14,
1455:15, 1455:19,
1455:21, 1455:23,
1455:24, 1455:25,
1456:1, 1456:3,
1456:4, 1456:5,
1456:6, 1456:8,
1456:9, 1456:10,
1456:12, 1456:14,
1456:16, 1456:17,
1456:19, 1456:22,
1456:24, 1456:25,
1457:7, 1457:9,
1457:10, 1457:11,
1457:12, 1457:17,
1457:18, 1458:1,
1458:2, 1458:8,
1458:9, 1458:14,
1459:3, 1459:5,
1459:6, 1459:9,
1459:17, 1459:18,
1459:20, 1459:23,
1460:15, 1460:20,
1460:21, 1460:23,
1460:24, 1460:25,
1461:1, 1461:2,
1461:3, 1461:5,
1461:6, 1461:8,
1461:9, 1461:10,
1461:12, 1461:20,
1461:22, 1461:23,
1461:25, 1462:2,
1462:3, 1462:4,
1462:5, 1462:6,
1462:8, 1462:9,
1462:10, 1462:24,
1462:25, 1463:4,
1463:7, 1463:10,
1463:14, 1463:16,
1463:20, 1463:22,
1463:23, 1463:24,
1464:2, 1464:5,
1464:6, 1464:7,
1464:8, 1464:10,
1464:11, 1464:12,
1464:15, 1464:17,
1464:18, 1464:20,
1464:21, 1465:1,
1465:2, 1465:4,
1465:6, 1465:8,
1465:10, 1465:11,
1465:13, 1465:20,
1465:21, 1465:22,
1466:9, 1466:12,
1466:15, 1466:18,
1466:24, 1467:1,
1467:4, 1467:8,
1467:10, 1467:11,

1467:23, 1467:24,
1468:1, 1468:6,
1468:7, 1468:14,
1468:16, 1468:25,
1469:1, 1469:10,
1469:11, 1469:22,
1469:24, 1469:25,
1470:1, 1470:5,
1470:6, 1470:7,
1470:8, 1470:12,
1470:19, 1470:21,
1471:5, 1471:13,
1471:21, 1471:24,
1471:25, 1472:6,
1472:16, 1472:18,
1472:19, 1473:1,
1473:4, 1473:9,
1473:11, 1473:13,
1473:14, 1473:15,
1473:18, 1474:4,
1474:9, 1475:2,
1475:6, 1475:8,
1475:10, 1475:11,
1475:17, 1475:21,
1475:24, 1475:25,
1476:4, 1476:5,
1476:7, 1476:8,
1476:13, 1476:15,
1476:17, 1476:19,
1476:21, 1476:22,
1476:25, 1477:2,
1477:6, 1477:17,
1477:18, 1477:20,
1477:25, 1478:1,
1478:3, 1478:8,
1478:10, 1478:12,
1478:13, 1478:15,
1479:1, 1479:2,
1479:4, 1479:8,
1479:9, 1479:14,
1479:15, 1479:17,
1479:19, 1479:20,
1479:25, 1480:1,
1480:4, 1480:9,
1480:12, 1480:14,
1480:16, 1480:17,
1480:24, 1481:2,
1481:3, 1481:8,
1481:10, 1481:11,
1481:22, 1481:24,
1481:25, 1482:5,
1482:6, 1482:8,
1482:9, 1482:10,
1482:11, 1482:14,
1482:16, 1482:18,
1482:22, 1482:25,
1483:8, 1483:9,
1483:11, 1483:12,
1483:21, 1483:23,
1485:8, 1485:9,
1485:25, 1486:1,

1486:3, 1486:6,
1486:8, 1486:10,
1486:13, 1486:14,
1486:17, 1486:18,
1486:20, 1486:21,
1487:10, 1487:11,
1487:13, 1487:15,
1487:23, 1488:4,
1488:5, 1488:8,
1488:15, 1488:16,
1489:11, 1489:13,
1489:16, 1489:17,
1490:7, 1490:8,
1490:9, 1490:10,
1490:16, 1490:18,
1490:21, 1490:22,
1490:23, 1491:9,
1491:10, 1491:12,
1491:22, 1492:3,
1492:11, 1493:11,
1493:12, 1494:11,
1494:12, 1494:18,
1494:19, 1494:20,
1494:23, 1494:24,
1495:1, 1495:5,
1495:10, 1495:11,
1495:14, 1496:8,
1496:13, 1497:9

**that's** [192] -
1318:11, 1319:14,
1320:3, 1321:4,
1323:3, 1323:13,
1323:17, 1323:25,
1324:13, 1324:24,
1325:11, 1326:8,
1327:9, 1328:6,
1328:16, 1329:1,
1329:3, 1329:8,
1329:11, 1330:17,
1332:20, 1335:20,
1335:21, 1336:4,
1337:8, 1337:25,
1338:12, 1338:15,
1340:23, 1341:3,
1341:11, 1341:12,
1341:13, 1343:11,
1343:13, 1343:16,
1343:20, 1344:5,
1344:6, 1345:18,
1346:3, 1346:22,
1346:24, 1347:22,
1348:16, 1348:20,
1349:14, 1349:20,
1350:24, 1350:25,
1352:4, 1354:24,
1355:1, 1355:13,
1358:19, 1359:5,
1359:17, 1359:23,
1360:19, 1361:23,
1362:8, 1362:13,
1362:25, 1363:19,

1363:21, 1365:17,
1366:1, 1366:11,
1366:18, 1368:24,
1368:25, 1370:24,
1371:2, 1373:5,
1375:10, 1375:17,
1377:9, 1379:5,
1379:7, 1380:7,
1380:8, 1380:14,
1380:23, 1380:24,
1381:11, 1381:16,
1382:15, 1385:8,
1386:11, 1387:9,
1387:23, 1395:21,
1396:16, 1397:3,
1398:3, 1398:7,
1398:19, 1403:6,
1404:3, 1404:21,
1404:22, 1405:16,
1405:17, 1405:24,
1406:25, 1409:11,
1409:19, 1411:9,
1411:10, 1413:14,
1414:4, 1414:10,
1414:14, 1414:17,
1419:12, 1420:7,
1420:11, 1422:25,
1423:10, 1423:15,
1425:23, 1426:7,
1426:14, 1426:21,
1427:2, 1427:12,
1428:14, 1430:17,
1431:19, 1432:22,
1435:20, 1436:18,
1438:3, 1443:4,
1444:17, 1445:7,
1445:12, 1448:4,
1448:6, 1448:8,
1448:11, 1449:1,
1449:3, 1455:7,
1455:17, 1456:14,
1458:7, 1458:22,
1458:24, 1459:8,
1460:9, 1461:7,
1461:11, 1461:16,
1464:21, 1465:14,
1466:11, 1466:16,
1467:4, 1467:7,
1467:22, 1468:6,
1468:10, 1468:21,
1468:24, 1469:3,
1469:7, 1470:2,
1470:18, 1471:25,
1473:10, 1473:24,
1475:1, 1478:17,
1479:3, 1479:12,
1480:17, 1481:16,
1484:13, 1486:14,
1489:3, 1490:20,
1491:6, 1491:9,
1491:17, 1496:4,

1496:16
  **THE** [111] - 1308:5,
1308:5, 1308:12,
1308:21, 1309:3,
1311:3, 1312:3,
1312:8, 1312:9,
1317:6, 1317:11,
1317:15, 1317:18,
1317:21, 1318:3,
1318:7, 1318:9,
1318:11, 1319:6,
1319:12, 1319:16,
1319:24, 1320:11,
1320:13, 1320:21,
1320:25, 1321:6,
1321:13, 1321:18,
1321:20, 1321:24,
1322:2, 1322:4,
1322:5, 1353:14,
1355:23, 1355:24,
1355:25, 1356:3,
1360:15, 1375:23,
1377:17, 1377:21,
1385:21, 1394:3,
1394:5, 1394:8,
1394:20, 1394:24,
1396:18, 1409:23,
1411:7, 1411:10,
1411:12, 1411:17,
1411:23, 1431:19,
1431:24, 1432:3,
1436:22, 1442:10,
1442:16, 1442:21,
1443:8, 1451:11,
1451:13, 1451:17,
1451:21, 1451:24,
1462:14, 1462:17,
1465:17, 1465:18,
1465:25, 1472:23,
1474:13, 1474:15,
1474:19, 1484:15,
1484:17, 1484:21,
1485:1, 1485:4,
1485:9, 1485:12,
1485:15, 1485:18,
1487:3, 1487:15,
1488:14, 1488:18,
1490:1, 1490:2,
1491:18, 1491:20,
1492:14, 1492:17,
1493:1, 1493:5,
1493:16, 1494:7,
1495:13, 1495:14,
1495:19, 1495:20,
1495:21, 1495:24,
1495:25, 1496:7,
1496:9, 1496:15
  **their** [24] - 1320:2,
1339:8, 1341:14,
1344:4, 1344:9,
1345:5, 1345:9,

1345:16, 1347:2, 1347:10, 1353:23, 1355:4, 1367:7, 1374:6, 1375:10, 1388:25, 1389:9, 1399:19, 1425:1, 1432:10, 1459:22, 1492:7, 1493:19

**theme** [1] - 1319:25

**theoretical** [1] - 1377:3

**theories** [2] - 1443:24, 1444:7

**theory** [1] - 1448:8

**there's** [18] - 1327:13, 1334:6, 1340:14, 1340:15, 1382:16, 1402:9, 1404:21, 1407:24, 1438:12, 1442:5, 1450:8, 1450:15, 1454:20, 1460:18, 1471:13, 1477:1, 1479:19, 1489:1

**therefore** [2] - 1391:24, 1437:5

**Therefore** [3] - 1378:9, 1390:15, 1437:2

**these** [53] - 1318:13, 1319:1, 1332:24, 1335:14, 1335:25, 1337:14, 1337:22, 1337:25, 1339:2, 1339:11, 1339:17, 1341:19, 1341:25, 1342:11, 1342:21, 1354:2, 1355:18, 1355:25, 1359:2, 1361:1, 1372:1, 1372:4, 1375:6, 1378:25, 1381:17, 1382:21, 1389:20, 1394:17, 1409:12, 1410:6, 1411:8, 1424:13, 1434:21, 1437:14, 1437:23, 1437:24, 1450:15, 1451:19, 1454:2, 1458:19, 1460:11, 1462:22, 1474:25, 1475:7, 1478:5, 1478:8, 1490:7, 1491:1, 1492:6, 1492:14, 1492:20, 1493:21

**they're** [14] - 1318:19, 1342:12, 1348:6, 1354:15, 1360:9, 1382:24,

---

1405:7, 1414:1, 1425:20, 1447:3, 1481:4, 1486:18, 1496:13

**thickening** [2] - 1459:1, 1459:2

**thing** [19] - 1320:8, 1357:6, 1378:18, 1393:14, 1394:14, 1396:7, 1416:21, 1419:15, 1419:18, 1419:21, 1428:5, 1436:13, 1440:10, 1447:6, 1447:7, 1447:19, 1454:17, 1462:5, 1481:4

**things** [44] - 1332:5, 1334:13, 1335:10, 1335:11, 1336:13, 1341:16, 1341:23, 1342:22, 1355:6, 1362:19, 1363:14, 1372:4, 1372:10, 1377:4, 1382:21, 1397:23, 1400:20, 1402:9, 1411:3, 1411:8, 1421:19, 1426:4, 1429:1, 1435:17, 1435:18, 1435:21, 1435:22, 1437:21, 1438:4, 1441:22, 1450:5, 1450:15, 1451:19, 1453:7, 1454:18, 1454:20, 1454:22, 1456:16, 1457:2, 1462:5, 1463:7, 1468:16, 1478:10, 1496:1

**think** [103] - 1319:20, 1323:17, 1327:14, 1328:13, 1332:19, 1337:3, 1337:8, 1340:16, 1341:5, 1341:23, 1345:19, 1345:25, 1346:3, 1347:12, 1347:13, 1349:10, 1349:11, 1351:21, 1353:12, 1353:19, 1353:20, 1356:3, 1358:7, 1360:11, 1360:12, 1360:25, 1361:2, 1362:20, 1370:24, 1372:14, 1372:16, 1372:21, 1373:25, 1375:1, 1375:4, 1375:7, 1376:22, 1376:24, 1377:19, 1382:16, 1383:24, 1385:13, 1386:9,

---

1387:16, 1388:19, 1389:8, 1389:11, 1397:9, 1397:24, 1401:25, 1402:10, 1404:14, 1407:11, 1409:23, 1411:7, 1419:9, 1420:6, 1422:1, 1425:18, 1428:5, 1430:7, 1430:13, 1439:3, 1442:2, 1442:3, 1442:8, 1442:13, 1449:10, 1449:14, 1449:24, 1450:17, 1451:15, 1451:17, 1451:24, 1452:18, 1455:7, 1455:11, 1455:16, 1455:17, 1461:3, 1463:16, 1464:12, 1468:6, 1468:14, 1468:25, 1469:7, 1470:25, 1475:23, 1479:12, 1482:9, 1483:19, 1486:1, 1486:9, 1487:15, 1488:14, 1490:7, 1494:21, 1495:14, 1495:22, 1496:11

**thinking** [5] - 1335:7, 1335:10, 1345:19, 1399:23, 1403:21

**THIRD** [1] - 1312:11

**third** [14] - 1330:11, 1331:13, 1349:19, 1393:17, 1399:3, 1400:8, 1405:17, 1406:16, 1418:21, 1449:8, 1458:19, 1458:21, 1480:6, 1480:14

**thirdly** [1] - 1406:16

**thirds** [1] - 1323:1

**THIS** [1] - 1308:10

**this** [242] - 1317:10, 1319:4, 1319:5, 1319:25, 1320:1, 1320:13, 1322:9, 1323:1, 1323:20, 1324:1, 1324:5, 1326:21, 1326:24, 1327:22, 1329:16, 1329:22, 1330:1, 1330:5, 1330:12, 1331:7, 1333:7, 1334:4, 1334:11, 1334:25, 1335:8, 1337:15, 1339:8, 1339:14, 1340:7, 1340:16, 1341:4,

---

1343:4, 1343:21, 1343:24, 1344:2, 1344:7, 1345:20, 1346:16, 1346:18, 1346:20, 1348:25, 1349:8, 1352:12, 1353:19, 1355:6, 1355:24, 1356:7, 1356:12, 1357:14, 1359:5, 1359:19, 1361:13, 1361:18, 1361:22, 1362:1, 1362:16, 1364:5, 1364:7, 1365:24, 1365:25, 1366:1, 1366:20, 1368:11, 1368:15, 1370:5, 1371:15, 1371:16, 1371:19, 1373:8, 1373:9, 1373:19, 1373:23, 1373:25, 1374:1, 1374:2, 1374:10, 1374:13, 1374:18, 1375:11, 1377:18, 1377:20, 1379:9, 1379:22, 1380:4, 1380:7, 1383:15, 1384:21, 1387:21, 1391:19, 1391:21, 1392:14, 1392:19, 1392:20, 1393:5, 1393:18, 1394:22, 1394:23, 1399:13, 1400:23, 1406:8, 1406:14, 1406:19, 1407:17, 1409:12, 1411:11, 1411:16, 1411:23, 1412:23, 1413:4, 1414:3, 1417:14, 1417:22, 1417:23, 1417:24, 1417:25, 1418:7, 1418:10, 1419:8, 1419:10, 1419:12, 1420:5, 1421:21, 1422:19, 1423:10, 1423:16, 1423:23, 1424:18, 1424:20, 1424:25, 1425:18, 1427:24, 1429:10, 1429:25, 1430:18, 1430:21, 1431:15, 1432:19, 1432:21, 1434:1, 1435:17, 1435:20, 1436:11, 1437:1, 1437:7, 1437:9, 1437:17, 1438:17, 1439:20, 1440:2, 1440:16, 1441:1, 1441:8, 1442:8,

---

1442:10, 1442:11, 1442:12, 1442:16, 1442:17, 1443:7, 1443:13, 1445:2, 1445:3, 1446:14, 1447:6, 1447:9, 1451:15, 1451:18, 1452:13, 1452:25, 1453:15, 1454:17, 1454:18, 1454:23, 1456:20, 1456:23, 1457:18, 1457:19, 1458:3, 1458:4, 1458:9, 1458:10, 1458:13, 1458:15, 1459:22, 1459:24, 1459:25, 1460:19, 1462:24, 1464:4, 1464:14, 1465:19, 1469:19, 1471:18, 1471:19, 1472:6, 1472:13, 1472:19, 1473:20, 1473:24, 1475:23, 1475:24, 1476:3, 1477:8, 1477:11, 1478:16, 1478:24, 1481:3, 1481:13, 1482:2, 1482:14, 1483:15, 1484:22, 1485:8, 1485:10, 1486:9, 1488:25, 1489:7, 1489:14, 1489:16, 1491:4, 1491:16, 1491:18, 1492:1, 1492:5, 1492:20, 1492:22, 1492:23, 1493:4, 1493:13, 1493:24, 1493:25, 1494:1, 1494:5, 1494:13, 1494:21, 1496:15

**This** [1] - 1380:11

**THOMAS** [1] - 1310:11

**THORNHILL** [2] - 1310:10, 1310:11

**those** [62] - 1317:15, 1317:19, 1318:16, 1319:2, 1327:11, 1327:16, 1327:18, 1331:14, 1331:17, 1332:3, 1332:5, 1332:9, 1332:12, 1338:19, 1338:21, 1339:4, 1345:4, 1346:21, 1347:6, 1351:14, 1367:12, 1376:6, 1377:4, 1382:1, 1382:25, 1385:6, 1392:13,

1393:7, 1396:8,
1399:22, 1411:2,
1421:2, 1421:4,
1423:14, 1424:21,
1425:4, 1427:24,
1428:25, 1429:8,
1430:16, 1435:4,
1435:18, 1441:22,
1443:14, 1448:14,
1448:21, 1452:11,
1453:8, 1453:9,
1456:22, 1463:17,
1464:1, 1464:12,
1468:16, 1475:24,
1476:5, 1478:6,
1487:9, 1488:11,
1495:10

**though** [12] -
1370:19, 1371:14,
1375:18, 1378:19,
1392:21, 1429:9,
1451:8, 1456:23,
1471:21, 1476:4,
1479:16, 1495:21

**thought** [15] -
1323:12, 1335:6,
1348:21, 1353:9,
1360:7, 1363:20,
1375:5, 1412:19,
1420:23, 1422:5,
1432:15, 1433:9,
1452:12, 1474:17,
1476:22

**thoughts** [1] -
1338:17

**thousand** [2] -
1352:19, 1371:3

**thousands** [1] -
1441:8

**three** [14] - 1349:12,
1375:3, 1385:20,
1392:2, 1403:18,
1409:4, 1411:17,
1444:1, 1444:7,
1444:8, 1444:9,
1452:11, 1466:20,
1482:19

**through** [67] -
1335:9, 1339:24,
1340:1, 1340:6,
1341:17, 1342:11,
1345:2, 1345:16,
1346:9, 1371:11,
1376:16, 1377:1,
1389:9, 1390:4,
1391:2, 1391:6,
1392:3, 1392:10,
1395:8, 1399:14,
1409:24, 1415:24,
1416:2, 1416:3,

1419:22, 1423:21,
1424:7, 1431:2,
1433:15, 1434:10,
1439:13, 1439:16,
1443:23, 1444:15,
1445:10, 1445:11,
1446:1, 1446:7,
1446:9, 1446:11,
1446:20, 1447:2,
1448:2, 1448:16,
1448:17, 1448:19,
1448:20, 1448:25,
1450:6, 1451:6,
1452:4, 1453:2,
1453:14, 1458:17,
1460:10, 1467:11,
1467:24, 1471:2,
1475:3, 1475:18,
1477:14, 1478:5,
1480:18, 1490:17

**throughout** [3] -
1319:25, 1487:16

**thumb** [1] - 1317:24

**Thursday** [24] -
1325:25, 1346:25,
1348:10, 1349:11,
1349:23, 1376:8,
1390:5, 1398:15,
1400:16, 1402:1,
1408:25, 1412:12,
1424:3, 1425:9,
1427:22, 1428:1,
1430:3, 1432:12,
1435:1, 1436:25,
1443:25, 1444:8,
1449:7, 1451:19

**tieback** [1] - 1370:20

**tight** [1] - 1441:2

**time** [90] - 1323:1,
1328:15, 1331:1,
1332:25, 1335:7,
1335:10, 1335:20,
1337:21, 1341:1,
1348:25, 1352:24,
1354:22, 1355:14,
1356:7, 1356:11,
1356:14, 1357:1,
1357:9, 1358:3,
1358:5, 1361:18,
1362:2, 1365:3,
1366:20, 1367:8,
1367:9, 1367:25,
1369:6, 1369:25,
1370:1, 1370:14,
1372:6, 1378:25,
1384:11, 1387:4,
1391:23, 1402:17,
1412:20, 1416:11,
1417:16, 1417:21,
1418:7, 1421:21,

1422:4, 1426:3,
1428:19, 1429:15,
1430:5, 1431:23,
1432:24, 1440:6,
1440:25, 1444:1,
1453:14, 1453:17,
1456:2, 1457:19,
1457:20, 1459:1,
1459:2, 1460:20,
1464:9, 1464:15,
1464:19, 1466:3,
1467:17, 1468:25,
1470:17, 1470:19,
1470:23, 1471:8,
1471:17, 1477:3,
1477:12, 1478:6,
1479:7, 1479:25,
1483:1, 1484:4,
1484:7, 1484:23,
1486:22, 1487:7,
1487:17, 1492:6,
1493:2

**timeline** [12] -
1348:16, 1363:3,
1412:18, 1412:25,
1413:1, 1413:14,
1414:18, 1414:23,
1470:25, 1471:12,
1477:17, 1482:14

**timely** [6] - 1483:13,
1483:16, 1483:18,
1483:20, 1483:22,
1484:11

**times** [19] - 1325:16,
1353:3, 1385:20,
1394:10, 1394:14,
1411:17, 1411:24,
1415:19, 1442:9,
1442:11, 1442:12,
1451:15, 1454:21,
1462:13, 1475:15,
1475:19, 1475:25,
1487:11, 1495:5

**timing** [1] - 1343:20

**title** [2] - 1396:24,
1399:2

**TO** [6] - 1308:10,
1388:25, 1389:21,
1390:4, 1429:7,
1493:8

**today** [26] - 1320:19,
1342:15, 1367:14,
1367:17, 1397:23,
1398:16, 1400:15,
1412:18, 1412:21,
1417:13, 1424:5,
1425:8, 1432:12,
1435:8, 1462:7,
1464:7, 1464:14,
1464:22, 1473:14,

1473:15, 1476:24,
1485:25, 1486:16,
1487:20, 1491:25,
1496:3

**together** [4] -
1361:12, 1375:16,
1399:22, 1400:1

**told** [38] - 1341:6,
1341:10, 1348:21,
1354:21, 1357:8,
1358:2, 1358:13,
1358:20, 1360:2,
1360:25, 1361:6,
1361:8, 1365:10,
1384:17, 1384:23,
1385:7, 1401:6,
1401:9, 1424:22,
1424:25, 1436:8,
1436:15, 1436:18,
1440:5, 1440:11,
1441:18, 1441:21,
1448:12, 1453:1,
1456:3, 1456:6,
1456:8, 1464:17,
1465:4, 1466:9,
1468:25, 1492:8,
1493:22

**TOLLES** [1] -
1313:21

**Tony** [2] - 1397:6,
1457:20

**too** [4] - 1327:8,
1336:6, 1370:8,
1383:1

**took** [12] - 1333:6,
1343:14, 1345:4,
1355:11, 1355:20,
1356:10, 1361:20,
1363:9, 1369:4,
1377:5, 1429:15,
1488:14

**tool** [3] - 1382:13,
1382:14, 1496:2

**top** [22] - 1334:2,
1334:11, 1344:8,
1381:1, 1402:24,
1403:3, 1406:10,
1406:14, 1407:9,
1407:13, 1408:3,
1408:6, 1410:15,
1434:4, 1447:23,
1452:25, 1453:4,
1459:10, 1465:14,
1489:10, 1489:22,
1490:9

**topics** [1] - 1491:23

**torque** [2] - 1450:7,
1450:16

**TORTS** [2] - 1311:4,
1311:15

**total** [1] - 1363:16

**totality** [1] - 1419:21

**touched** [1] -
1322:14

**TOWER** [2] - 1314:4,
1314:23

**tower** [1] - 1486:22

**town** [1] - 1495:21

**Tr@ction** [1] -
1367:1

**Track** [1] - 1436:25

**track** [22] - 1376:5,
1406:8, 1406:12,
1406:15, 1437:3,
1437:6, 1437:13,
1437:18, 1450:3,
1451:7, 1452:2,
1452:4, 1452:10,
1452:24, 1453:1,
1453:2, 1453:3,
1455:3, 1455:4,
1475:8, 1490:17

**trade** [3] - 1372:9,
1454:19, 1454:21

**trade-off** [1] -
1454:19

**trade-offs** [2] -
1372:9, 1454:21

**traded** [1] - 1372:20

**trained** [1] - 1464:25

**training** [1] - 1324:18

**transcript** [2] -
1394:12, 1497:9

**TRANSCRIPT** [2] -
1308:20, 1315:16

**transcripts** [1] -
1346:22

**transferring** [1] -
1424:15

**transition** [1] -
1378:24

**transmitted** [3] -
1426:13, 1426:19,
1429:8

**TRANSOCEAN** [3] -
1313:11, 1313:11,
1313:13

**Transocean** [41] -
1318:16, 1318:24,
1319:4, 1319:23,
1320:3, 1320:5,
1321:24, 1322:9,
1322:21, 1350:3,
1351:19, 1351:22,
1360:20, 1364:13,
1365:6, 1367:6,
1367:10, 1367:16,
1369:4, 1369:13,
1369:16, 1369:20,
1388:10, 1388:17,

1388:20, 1388:22, 1389:6, 1389:9, 1389:12, 1389:22, 1390:3, 1400:10, 1404:10, 1412:16, 1425:5, 1425:21, 1426:16, 1426:20, 1427:7, 1428:2, 1496:2

**Transocean's** [5] - 1364:20, 1369:9, 1401:23, 1485:25, 1486:2

**transpired** [1] - 1347:16

**travel** [1] - 1446:1

**traveled** [2] - 1490:17, 1491:16

**TREX** [95] - 1322:18, 1322:25, 1323:18, 1325:4, 1326:18, 1327:20, 1328:23, 1329:14, 1329:23, 1330:3, 1332:11, 1333:3, 1333:9, 1337:22, 1338:8, 1338:24, 1339:11, 1339:14, 1339:25, 1340:15, 1341:4, 1341:25, 1342:6, 1344:1, 1344:9, 1346:15, 1347:13, 1348:10, 1349:1, 1349:2, 1350:22, 1352:2, 1352:7, 1353:25, 1355:9, 1355:15, 1357:16, 1358:9, 1358:11, 1359:9, 1361:15, 1361:16, 1361:25, 1363:12, 1363:22, 1364:10, 1365:13, 1366:8, 1366:21, 1367:22, 1368:9, 1368:16, 1369:1, 1369:16, 1371:15, 1373:19, 1374:2, 1376:1, 1378:2, 1378:6, 1378:23, 1379:3, 1379:8, 1379:14, 1379:21, 1380:3, 1380:25, 1381:12, 1381:17, 1383:14, 1387:5, 1390:9, 1391:11, 1396:22, 1399:2, 1399:11, 1412:2, 1412:18, 1412:23, 1413:10, 1417:11, 1418:2, 1429:22,

1434:13, 1439:4, 1439:20, 1457:3, 1457:18, 1459:9, 1459:24, 1459:25, 1467:14, 1467:15, 1481:5, 1492:4

**TRIAL** [1] - 1308:20

**trial** [5] - 1318:5, 1320:22, 1442:11, 1442:12, 1442:18

**trick** [1] - 1334:7

**tried** [6] - 1375:9, 1430:7, 1470:17, 1470:23, 1471:8, 1471:17

**trip** [4] - 1327:7, 1428:13, 1428:25, 1489:20

**TRITON** [1] - 1308:12

**trouble** [2] - 1400:16, 1474:16

**true** [15] - 1350:15, 1353:24, 1357:15, 1396:7, 1431:19, 1446:15, 1448:11, 1449:19, 1461:11, 1482:22, 1483:8, 1483:10, 1483:11, 1483:12, 1497:9

**trust** [1] - 1364:7

**truth** [1] - 1389:6

**try** [14] - 1372:24, 1375:6, 1394:13, 1394:16, 1395:13, 1397:24, 1440:24, 1442:3, 1442:12, 1450:8, 1470:9, 1485:23, 1488:25, 1492:2

**trying** [24] - 1334:6, 1339:16, 1346:25, 1347:4, 1347:12, 1349:21, 1354:4, 1354:5, 1372:3, 1372:11, 1380:7, 1397:21, 1428:9, 1430:8, 1430:15, 1432:14, 1439:16, 1457:4, 1463:12, 1473:20, 1475:3, 1475:8, 1484:5, 1485:18

**Tuesday** [1] - 1358:10

**turn** [24] - 1333:23, 1338:16, 1339:4, 1339:11, 1339:24, 1356:22, 1366:21, 1368:14, 1394:12, 1399:10, 1412:17,

1412:23, 1413:9, 1415:11, 1429:22, 1433:17, 1435:1, 1436:24, 1439:19, 1446:9, 1450:16, 1460:11, 1481:5, 1490:12

**turned** [8] - 1356:16, 1356:19, 1361:25, 1394:11, 1394:22, 1397:22, 1445:4

**turning** [1] - 1450:7

**two** [40] - 1317:9, 1318:25, 1320:14, 1320:19, 1321:9, 1323:1, 1324:1, 1326:14, 1326:22, 1331:14, 1331:17, 1351:21, 1353:19, 1354:9, 1376:2, 1383:1, 1387:25, 1390:19, 1406:6, 1409:17, 1417:14, 1431:5, 1432:23, 1433:25, 1448:22, 1451:22, 1453:24, 1459:9, 1462:21, 1468:16, 1476:20, 1476:24, 1483:14, 1487:21, 1488:4, 1489:1, 1490:2, 1496:1, 1496:16

**two-and-a-half** [1] - 1320:14

**two-thirds** [1] - 1323:1

**TX** [8] - 1310:5, 1310:19, 1313:19, 1314:8, 1314:18, 1314:24, 1315:4, 1315:9

**type** [1] - 1447:6

**typically** [2] - 1326:8, 1351:19

---

# U

**U.S** [4] - 1311:4, 1311:8, 1311:15, 1311:21

**ultimate** [2] - 1397:25, 1409:10

**ultimately** [12] - 1326:15, 1397:19, 1399:15, 1400:4, 1410:2, 1410:23, 1410:25, 1411:3, 1411:4, 1411:5, 1464:24, 1469:16

**unable** [3] - 1400:20,

1430:4, 1434:20

**under** [35] - 1322:2, 1322:16, 1322:22, 1327:11, 1343:8, 1348:21, 1365:5, 1393:13, 1400:5, 1412:3, 1412:24, 1413:1, 1414:19, 1415:18, 1415:20, 1415:21, 1416:1, 1416:6, 1416:8, 1416:11, 1416:12, 1418:20, 1424:10, 1431:12, 1436:24, 1443:17, 1445:2, 1445:3, 1460:13, 1472:5, 1472:16, 1473:1, 1478:16, 1478:25, 1490:25

**underbalanced** [1] - 1348:18

**Underhill** [4] - 1340:16, 1409:1, 1471:5, 1485:5

**UNDERHILL** [3] - 1311:5, 1485:3, 1485:6

**understand** [39] - 1320:23, 1323:8, 1362:17, 1372:11, 1375:6, 1375:9, 1375:14, 1377:14, 1392:8, 1395:12, 1395:15, 1396:14, 1397:7, 1399:1, 1400:17, 1402:15, 1404:14, 1404:16, 1407:16, 1409:8, 1411:14, 1416:23, 1425:20, 1429:3, 1435:7, 1435:12, 1437:17, 1448:6, 1451:21, 1453:5, 1468:7, 1474:9, 1475:1, 1475:17, 1483:3, 1483:19, 1487:10, 1491:13, 1495:11

**understanding** [29] - 1346:21, 1352:1, 1356:14, 1356:21, 1385:4, 1395:11, 1395:19, 1395:22, 1396:1, 1397:4, 1397:15, 1398:4, 1409:4, 1412:11, 1423:15, 1425:24, 1427:12, 1435:20, 1438:3, 1447:7, 1461:15, 1470:12,

1470:18, 1473:25, 1483:14, 1486:9, 1491:9, 1494:4, 1497:10

**understood** [12] - 1323:4, 1323:6, 1328:3, 1343:11, 1343:14, 1363:1, 1400:16, 1408:25, 1420:23, 1421:4, 1485:17, 1490:24

**undertaken** [1] - 1442:6

**underway** [1] - 1398:11

**unforgiving** [5] - 1440:18, 1440:19, 1440:21, 1440:22, 1440:24

**UNIDENTIFIED** [1] - 1496:12

**unit** [3] - 1428:13, 1433:18, 1433:20

**United** [3] - 1379:6, 1496:10, 1497:7

**UNITED** [4] - 1308:1, 1308:14, 1308:22, 1311:3

**unities** [1] - 1428:13

**unless** [1] - 1488:12

**unnoticed** [1] - 1363:16

**unprotected** [1] - 1465:12

**unstable** [2] - 1377:7, 1380:2

**until** [13] - 1319:2, 1348:6, 1357:12, 1357:20, 1386:10, 1403:20, 1405:21, 1414:21, 1415:17, 1416:6, 1423:25, 1470:1, 1495:23

**up** [206] - 1317:10, 1319:11, 1321:24, 1322:18, 1322:25, 1323:18, 1324:7, 1326:18, 1326:25, 1327:6, 1327:20, 1328:13, 1328:23, 1329:11, 1329:14, 1330:3, 1331:7, 1332:11, 1333:3, 1335:12, 1335:24, 1337:22, 1338:9, 1338:10, 1338:17, 1339:4, 1340:7, 1340:15, 1341:4, 1341:12, 1341:20, 1341:25,

1344:1, 1344:7, 1349:1, 1349:3, 1349:8, 1350:22, 1351:6, 1351:18, 1352:2, 1352:7, 1352:15, 1353:25, 1354:3, 1354:17, 1354:18, 1354:22, 1355:9, 1355:14, 1355:15, 1356:2, 1357:16, 1357:18, 1357:20, 1358:9, 1358:11, 1358:13, 1358:14, 1358:25, 1359:9, 1359:24, 1361:8, 1361:16, 1363:12, 1364:10, 1367:22, 1368:9, 1368:16, 1369:16, 1371:2, 1371:9, 1371:12, 1371:13, 1371:15, 1373:19, 1374:2, 1376:1, 1377:1, 1377:9, 1378:2, 1378:6, 1378:23, 1379:3, 1379:8, 1379:14, 1379:21, 1380:3, 1380:25, 1381:12, 1381:17, 1383:14, 1384:25, 1385:5, 1385:9, 1387:2, 1387:5, 1387:13, 1390:10, 1391:11, 1391:13, 1392:2, 1394:15, 1396:20, 1397:22, 1400:12, 1401:18, 1406:2, 1406:3, 1408:4, 1408:9, 1410:15, 1413:17, 1413:25, 1415:23, 1415:24, 1416:7, 1418:8, 1422:8, 1423:24, 1427:22, 1428:8, 1430:14, 1431:7, 1434:4, 1438:2, 1438:7, 1438:8, 1444:5, 1444:15, 1445:9, 1445:10, 1445:11, 1446:7, 1446:9, 1446:18, 1446:19, 1446:21, 1446:25, 1447:1, 1447:2, 1447:4, 1447:5, 1447:16, 1448:2, 1448:10, 1448:13, 1448:16, 1448:18, 1448:25, 1449:11, 1449:16, 1449:23, 1450:16,

1450:25, 1451:2, 1452:4, 1452:11, 1453:2, 1453:11, 1453:13, 1453:24, 1454:7, 1454:13, 1455:19, 1457:24, 1459:10, 1462:24, 1465:11, 1465:23, 1466:15, 1467:14, 1468:1, 1469:17, 1471:2, 1471:3, 1472:7, 1472:9, 1472:22, 1475:9, 1477:5, 1477:8, 1477:14, 1477:23, 1478:20, 1479:7, 1483:25, 1485:24, 1488:1, 1488:2, 1488:7, 1489:19, 1490:17, 1490:18, 1490:23, 1491:16, 1491:20, 1492:19
**upon** [11] - 1346:20, 1368:24, 1396:4, 1397:10, 1397:11, 1403:22, 1409:17, 1409:21, 1409:22, 1411:21, 1458:9
**upper** [3] - 1338:2, 1457:24, 1460:12
**upstream** [1] - 1379:5
**upward** [2] - 1446:1, 1446:15
**us** [2] - 1318:15, 1333:1, 1343:21, 1378:16, 1386:14, 1391:5, 1391:10, 1408:11, 1417:4, 1432:21, 1443:23, 1446:25, 1456:17, 1462:8, 1462:10, 1470:6, 1485:5, 1489:13, 1490:19, 1492:7, 1493:13
**use** [15] - 1318:16, 1318:19, 1327:16, 1327:18, 1370:19, 1377:19, 1387:24, 1420:20, 1433:10, 1438:23, 1442:3, 1468:8, 1476:16, 1485:7, 1495:15
**used** [17] - 1317:15, 1319:15, 1325:25, 1326:7, 1326:8, 1329:4, 1352:4, 1397:19, 1400:9, 1420:5, 1422:16, 1430:20, 1431:11,

1436:2, 1438:25, 1454:9, 1485:8
**uses** [1] - 1352:10
**using** [13] - 1319:1, 1371:21, 1420:1, 1422:10, 1422:12, 1423:7, 1426:21, 1434:7, 1438:22, 1456:20, 1464:4, 1471:5, 1491:1
**UTG** [2] - 1379:4, 1379:7

## V

**V** [1] - 1308:14
**VA** [1] - 1309:19
**vaguely** [1] - 1493:24
**valid** [1] - 1404:12
**validity** [1] - 1404:17
**valve** [4] - 1327:6, 1406:10, 1488:7, 1489:19
**valves** [1] - 1481:10
**vapor** [1] - 1390:11
**variable** [10] - 1363:5, 1387:19, 1388:13, 1472:1, 1476:17, 1476:21, 1476:25, 1477:3, 1477:13, 1477:18
**various** [10] - 1368:20, 1378:24, 1397:12, 1398:1, 1425:11, 1426:16, 1426:20, 1436:10, 1455:22, 1456:5
**vein** [1] - 1383:10
**velocities** [2] - 1475:18, 1476:4
**velocity** [4] - 1475:3, 1475:5, 1475:19, 1480:18
**verbal** [1] - 1364:14
**verbatim** [1] - 1346:22
**VERBATIM** [1] - 1362:14
**versus** [3] - 1346:12, 1372:12, 1372:23
**vertical** [4] - 1351:10, 1352:9, 1352:10, 1495:8
**vertical's** [1] - 1352:25
**very** [32] - 1323:12, 1323:15, 1324:10, 1339:18, 1362:17, 1374:23, 1376:13,

1376:16, 1376:18, 1376:24, 1377:11, 1385:2, 1388:24, 1395:18, 1396:23, 1399:3, 1399:25, 1405:12, 1410:15, 1413:9, 1414:18, 1432:14, 1438:25, 1443:7, 1462:16, 1465:16, 1469:22, 1485:11, 1485:12, 1488:2
**vessel** [1] - 1424:15
**video** [1] - 1317:25
**VIDEOTAPE** [1] - 1360:15
**Vidrine** [37] - 1328:15, 1328:17, 1329:16, 1333:10, 1334:17, 1334:22, 1337:17, 1340:12, 1341:6, 1342:16, 1342:24, 1344:10, 1345:7, 1345:17, 1346:7, 1354:23, 1358:2, 1358:5, 1358:9, 1358:20, 1359:3, 1360:2, 1360:24, 1384:23, 1385:7, 1385:10, 1389:13, 1428:18, 1429:1, 1492:1, 1492:7, 1492:8, 1492:16, 1492:17, 1493:3, 1493:19, 1493:22
**view** [21] - 1330:12, 1343:24, 1350:17, 1357:4, 1362:16, 1376:22, 1411:2, 1421:3, 1421:7, 1453:21, 1454:19, 1459:23, 1465:7, 1468:1, 1469:24, 1470:18, 1471:13, 1479:17, 1482:16, 1482:18, 1482:25
**vigilant** [1] - 1385:14
**violated** [1] - 1373:10
**VIRGINIA** [1] - 1309:19
**viscosity** [1] - 1459:14
**visible** [1] - 1335:6
**visit** [1] - 1401:13
**visited** [1] - 1421:22
**visual** [1] - 1353:5
**visually** [2] - 1353:2, 1353:3

**volume** [3] - 1369:21, 1463:19, 1480:18
**volumes** [5] - 1325:9, 1428:12, 1428:24, 1438:4, 1441:12
**VON** [1] - 1315:3

## W

**W** [2] - 1310:14, 1314:16
**wait** [3] - 1377:17, 1387:1, 1495:25
**waiting** [1] - 1371:22
**walked** [1] - 1385:10
**WALKER** [1] - 1309:18
**Wall** [1] - 1324:2
**WALTER** [1] - 1309:22
**WALTHER** [1] - 1314:11
**Walz** [5] - 1417:13, 1418:4, 1421:23, 1421:25, 1422:2
**Walz's** [1] - 1421:8
**want** [31] - 1319:12, 1356:4, 1362:17, 1384:8, 1384:12, 1384:14, 1384:22, 1385:6, 1385:13, 1385:17, 1395:8, 1395:14, 1402:15, 1408:21, 1417:6, 1418:21, 1424:2, 1433:8, 1434:15, 1443:24, 1446:13, 1453:2, 1462:20, 1467:1, 1471:12, 1475:20, 1478:15, 1480:6, 1485:24
**wanted** [11] - 1384:6, 1384:10, 1384:16, 1384:18, 1384:25, 1385:11, 1400:20, 1401:13, 1417:19, 1418:5, 1431:22
**wants** [1] - 1485:20
**warmer** [1] - 1465:23
**WAS** [3] - 1360:15, 1394:6, 1496:17
**wash** [1] - 1347:21
**WASHINGTON** [4] - 1311:13, 1311:19, 1311:24, 1313:4
**wasn't** [33] - 1319:3, 1319:13, 1319:19,

1324:5, 1334:23,
1335:4, 1337:18,
1338:6, 1343:3,
1345:21, 1347:4,
1347:16, 1348:22,
1355:1, 1358:6,
1362:12, 1365:3,
1384:3, 1385:3,
1386:14, 1386:20,
1390:4, 1393:2,
1393:7, 1403:21,
1420:22, 1421:6,
1430:23, 1450:9,
1451:6, 1457:21,
1474:17, 1494:21

**water** [1] - 1385:23
**Water** [1] - 1391:12
**WATTS** [2] - 1310:3,
1310:3

**way** [26] - 1328:21,
1333:8, 1356:4,
1359:16, 1361:14,
1372:12, 1377:14,
1388:12, 1393:21,
1403:21, 1404:21,
1404:22, 1406:2,
1407:16, 1407:21,
1411:11, 1411:12,
1411:16, 1413:6,
1423:23, 1447:23,
1447:25, 1448:7,
1458:14, 1477:13,
1487:11

**ways** [2] - 1403:25,
1449:14

**we** [366] - 1317:7,
1317:9, 1317:13,
1317:25, 1318:3,
1318:14, 1318:15,
1318:16, 1319:14,
1319:20, 1319:21,
1320:13, 1320:17,
1320:18, 1320:19,
1321:11, 1321:18,
1321:19, 1322:14,
1322:18, 1323:10,
1325:3, 1325:14,
1326:14, 1326:18,
1327:4, 1327:18,
1330:25, 1332:5,
1332:25, 1334:11,
1334:24, 1335:5,
1335:6, 1335:9,
1337:14, 1337:15,
1341:16, 1342:20,
1342:22, 1343:4,
1343:24, 1344:1,
1344:8, 1345:5,
1345:15, 1345:18,
1346:4, 1346:5,

1346:7, 1346:9,
1346:12, 1347:5,
1350:8, 1350:10,
1350:11, 1351:17,
1352:6, 1353:8,
1353:9, 1355:23,
1356:16, 1358:14,
1359:5, 1360:21,
1361:19, 1362:9,
1362:13, 1362:20,
1362:21, 1363:20,
1363:21, 1366:8,
1366:15, 1366:19,
1370:15, 1370:16,
1370:18, 1370:21,
1372:3, 1372:10,
1372:12, 1372:20,
1373:3, 1374:10,
1374:20, 1374:21,
1375:5, 1375:7,
1375:9, 1375:17,
1375:20, 1376:13,
1376:17, 1377:25,
1378:17, 1383:10,
1383:12, 1384:3,
1385:3, 1385:24,
1386:11, 1387:3,
1387:4, 1387:14,
1388:19, 1389:4,
1389:18, 1390:2,
1390:10, 1390:25,
1391:9, 1393:17,
1394:16, 1394:22,
1395:4, 1395:5,
1395:15, 1396:24,
1397:21, 1397:23,
1398:12, 1399:10,
1399:13, 1399:18,
1399:22, 1400:7,
1400:20, 1401:14,
1401:18, 1403:17,
1403:18, 1404:23,
1405:8, 1406:8,
1406:13, 1406:19,
1406:21, 1408:20,
1408:21, 1408:23,
1409:23, 1410:6,
1411:2, 1411:17,
1412:10, 1412:11,
1412:17, 1413:9,
1413:24, 1414:16,
1415:8, 1415:9,
1415:11, 1415:13,
1415:15, 1415:21,
1415:23, 1415:25,
1416:1, 1416:2,
1416:5, 1416:10,
1417:11, 1417:23,
1418:2, 1419:11,
1419:22, 1419:24,
1419:25, 1420:15,

1420:22, 1421:3,
1421:5, 1421:6,
1421:19, 1422:8,
1422:10, 1422:18,
1423:2, 1423:12,
1423:21, 1424:2,
1424:3, 1425:4,
1426:11, 1426:25,
1427:7, 1427:9,
1427:16, 1428:8,
1428:9, 1430:7,
1430:12, 1430:13,
1431:5, 1431:7,
1431:12, 1431:24,
1432:19, 1432:20,
1432:22, 1433:6,
1433:24, 1434:10,
1434:13, 1435:8,
1435:14, 1435:17,
1435:21, 1435:24,
1436:17, 1437:23,
1437:24, 1439:8,
1440:2, 1440:8,
1440:10, 1440:13,
1441:2, 1441:6,
1441:13, 1441:22,
1441:25, 1442:24,
1443:7, 1443:14,
1443:16, 1443:18,
1443:20, 1443:21,
1444:23, 1447:1,
1448:4, 1448:7,
1448:14, 1449:3,
1449:13, 1449:14,
1451:1, 1451:24,
1452:4, 1452:6,
1452:11, 1453:5,
1453:7, 1453:16,
1453:18, 1455:1,
1455:2, 1456:8,
1456:16, 1457:9,
1457:10, 1457:12,
1458:5, 1458:19,
1459:1, 1459:2,
1459:9, 1459:13,
1460:6, 1460:10,
1461:3, 1462:4,
1462:5, 1463:4,
1464:2, 1464:11,
1466:14, 1469:3,
1469:15, 1469:22,
1471:25, 1474:19,
1475:20, 1475:21,
1476:12, 1476:15,
1476:22, 1477:9,
1477:13, 1477:18,
1477:21, 1478:5,
1478:10, 1478:15,
1478:19, 1479:15,
1479:17, 1480:16,
1481:2, 1482:13,

1484:21, 1484:22,
1484:24, 1485:2,
1485:3, 1485:7,
1485:8, 1485:9,
1486:1, 1486:14,
1487:8, 1488:1,
1488:19, 1488:25,
1490:7, 1490:8,
1490:9, 1490:10,
1492:2, 1492:23,
1493:8, 1495:23

**We** [2] - 1436:5,
1441:13

**we'll** [10] - 1321:8,
1373:22, 1396:19,
1401:16, 1401:20,
1418:24, 1423:20,
1439:7, 1460:19,
1494:8

**we're** [24] - 1321:15,
1355:25, 1411:18,
1416:22, 1426:7,
1436:15, 1438:16,
1447:21, 1451:17,
1465:19, 1470:13,
1473:24, 1474:6,
1474:7, 1474:24,
1475:10, 1475:11,
1475:14, 1484:21,
1496:5

**we've** [12] - 1319:10,
1341:6, 1396:8,
1396:20, 1401:19,
1408:22, 1415:7,
1433:19, 1458:15,
1492:2, 1493:20,
1496:11

**Weatherford** [1] -
1420:12

**Wednesday** [1] -
1442:14

**week** [14] - 1319:2,
1325:17, 1331:8,
1340:16, 1343:6,
1343:9, 1346:15,
1370:1, 1370:5,
1373:5, 1386:9,
1388:15, 1391:1,
1471:5

**weekend** [1] -
1355:23

**weekly** [1] - 1369:9
**weight** [4] - 1380:5,
1414:6, 1416:14,
1416:18

**welcome** [3] -
1317:6, 1332:24,
1340:9

**well** [264] - 1318:16,
1319:6, 1321:3,

1321:6, 1321:13,
1323:16, 1323:23,
1324:16, 1324:22,
1324:23, 1327:13,
1327:22, 1328:11,
1328:25, 1329:9,
1330:11, 1330:21,
1330:24, 1331:4,
1331:5, 1335:9,
1336:17, 1337:3,
1341:18, 1341:23,
1344:3, 1345:6,
1345:7, 1345:16,
1346:3, 1346:7,
1348:12, 1348:17,
1349:25, 1353:2,
1354:24, 1357:15,
1360:6, 1362:20,
1364:8, 1365:2,
1366:1, 1366:3,
1366:4, 1366:14,
1366:24, 1367:1,
1367:24, 1369:9,
1369:12, 1370:4,
1370:13, 1370:25,
1371:8, 1371:9,
1371:13, 1372:5,
1373:1, 1373:9,
1373:16, 1374:5,
1376:16, 1376:20,
1377:11, 1377:13,
1377:14, 1378:7,
1379:16, 1380:13,
1380:16, 1382:5,
1382:24, 1383:9,
1384:1, 1384:3,
1384:9, 1385:15,
1386:1, 1387:24,
1390:2, 1391:3,
1391:21, 1392:19,
1393:16, 1393:23,
1401:22, 1401:23,
1402:2, 1402:4,
1402:7, 1402:8,
1402:11, 1402:12,
1402:13, 1402:16,
1402:18, 1402:19,
1402:21, 1402:23,
1403:2, 1403:3,
1403:16, 1403:23,
1404:6, 1404:10,
1404:25, 1405:20,
1406:23, 1407:10,
1407:13, 1407:24,
1408:12, 1408:19,
1409:21, 1409:22,
1410:4, 1410:16,
1410:17, 1410:18,
1410:22, 1410:23,
1410:25, 1411:4,
1411:9, 1412:5,

1412:9, 1414:6,
1414:7, 1415:11,
1415:18, 1415:23,
1415:24, 1415:25,
1416:5, 1416:6,
1416:8, 1416:11,
1417:9, 1417:19,
1418:1, 1418:2,
1418:9, 1421:21,
1421:24, 1422:2,
1422:6, 1422:20,
1422:21, 1423:16,
1424:5, 1424:8,
1424:11, 1424:12,
1424:22, 1424:24,
1425:1, 1425:8,
1425:11, 1425:17,
1425:24, 1425:25,
1426:3, 1426:6,
1427:11, 1427:15,
1427:22, 1428:3,
1428:18, 1429:7,
1429:12, 1429:15,
1430:13, 1432:19,
1433:1, 1433:2,
1433:20, 1436:1,
1437:14, 1440:18,
1440:19, 1440:21,
1440:22, 1440:25,
1441:1, 1441:5,
1441:8, 1441:9,
1443:20, 1444:16,
1446:4, 1446:16,
1447:9, 1447:21,
1447:22, 1450:1,
1451:1, 1451:10,
1452:23, 1453:10,
1453:12, 1453:17,
1454:20, 1454:24,
1455:18, 1458:5,
1458:12, 1461:6,
1461:10, 1462:2,
1463:3, 1463:9,
1463:14, 1463:23,
1464:4, 1465:2,
1465:12, 1466:23,
1468:13, 1469:1,
1469:4, 1469:6,
1469:8, 1469:9,
1469:11, 1469:22,
1470:16, 1471:8,
1471:11, 1471:18,
1471:23, 1477:20,
1478:13, 1480:4,
1481:11, 1481:17,
1481:20, 1482:4,
1482:5, 1482:11,
1482:14, 1482:17,
1482:23, 1483:8,
1483:9, 1486:2,
1486:7, 1488:14,

1489:14, 1492:1,
1495:16
**Well** [2] - 1391:12,
1402:3
**well-known** [2] -
1481:17, 1481:20
**wellbore** [10] -
1330:14, 1418:24,
1437:11, 1437:20,
1437:25, 1438:7,
1438:9, 1438:11,
1452:3, 1490:18
**Wells** [1] - 1366:23
**wells** [4] - 1323:1,
1323:2, 1364:12,
1364:17
**went** [39] - 1348:18,
1348:21, 1351:24,
1358:15, 1358:16,
1358:21, 1359:24,
1360:4, 1360:24,
1361:2, 1361:3,
1363:15, 1370:16,
1375:10, 1380:23,
1398:9, 1398:15,
1398:16, 1415:6,
1417:19, 1417:25,
1419:22, 1430:21,
1440:4, 1440:7,
1440:11, 1443:25,
1445:10, 1446:11,
1448:4, 1448:7,
1448:18, 1448:20,
1461:22, 1461:23,
1468:16, 1469:8,
1469:10, 1474:15
**weren't** [9] -
1325:12, 1325:23,
1346:25, 1374:14,
1384:2, 1410:6,
1420:19, 1435:24,
1494:21
**what's** [19] - 1320:8,
1320:11, 1321:2,
1321:4, 1329:19,
1338:9, 1349:23,
1350:25, 1353:8,
1354:5, 1358:19,
1361:22, 1374:8,
1379:12, 1392:15,
1425:19, 1460:5,
1460:16, 1472:13
**whatever** [8] -
1362:10, 1402:25,
1403:2, 1429:18,
1459:22, 1494:3,
1495:7
**whereas** [2] -
1404:8, 1408:7
**whereby** [1] - 1436:4

**WHEREUPON** [3] -
1360:15, 1394:6,
1496:17
**wherever** [2] -
1416:4, 1441:14
**whether** [38] -
1318:19, 1328:9,
1347:16, 1370:13,
1372:1, 1372:5,
1372:10, 1372:14,
1372:17, 1372:24,
1372:25, 1373:9,
1373:15, 1387:19,
1388:10, 1391:1,
1393:4, 1404:11,
1429:12, 1429:18,
1431:10, 1437:9,
1442:3, 1450:1,
1461:18, 1464:6,
1473:14, 1476:10,
1476:20, 1476:24,
1483:21, 1486:7,
1487:10, 1487:21,
1490:21, 1494:16
**which** [42] - 1318:6,
1323:2, 1324:19,
1327:14, 1335:22,
1337:7, 1342:7,
1361:5, 1361:22,
1367:2, 1373:20,
1378:24, 1379:11,
1398:15, 1405:22,
1413:11, 1414:8,
1416:22, 1419:11,
1422:4, 1428:8,
1428:11, 1431:16,
1439:19, 1451:4,
1456:20, 1456:21,
1466:21, 1474:17,
1479:7, 1479:22,
1479:25, 1481:5,
1481:8, 1484:6,
1488:11, 1491:9,
1495:16
**while** [7] - 1391:22,
1398:11, 1415:22,
1417:21, 1433:8,
1435:8, 1486:18
**WHITELEY** [1] -
1312:14
**whoa** [1] - 1365:17
**whole** [5] - 1406:13,
1410:20, 1447:14,
1450:17, 1460:18
**whom** [1] - 1412:15
**whose** [4] - 1371:17,
1412:8, 1412:13,
1486:7
**will** [34] - 1317:23,

1318:13, 1322:9,
1352:25, 1353:11,
1373:21, 1375:24,
1379:11, 1394:17,
1395:13, 1403:18,
1405:4, 1408:16,
1434:10, 1434:17,
1437:1, 1439:16,
1441:14, 1442:20,
1443:7, 1445:2,
1445:25, 1446:6,
1446:7, 1446:9,
1452:3, 1466:13,
1480:10, 1488:25,
1492:2, 1492:4,
1492:23, 1495:23
**WILLIAMS** [2] -
1310:7, 1310:7
**WILLIAMSON** [2] -
1310:17, 1310:18
**willing** [1] - 1421:13
**WINFIELD** [1] -
1312:5
**with** [218] - 1317:10,
1317:23, 1318:2,
1318:14, 1318:17,
1320:16, 1321:15,
1321:22, 1322:16,
1323:7, 1323:11,
1327:2, 1328:4,
1328:20, 1330:8,
1331:24, 1333:6,
1333:14, 1334:16,
1334:23, 1336:16,
1337:10, 1337:11,
1337:18, 1339:8,
1339:15, 1340:12,
1342:8, 1343:6,
1344:10, 1344:18,
1345:11, 1345:24,
1347:8, 1347:25,
1351:14, 1351:24,
1352:14, 1354:6,
1357:6, 1359:17,
1361:5, 1364:22,
1366:12, 1367:19,
1367:21, 1369:5,
1369:9, 1370:20,
1373:12, 1376:8,
1376:11, 1377:20,
1377:21, 1378:14,
1378:20, 1379:13,
1382:22, 1382:23,
1383:17, 1383:21,
1385:25, 1387:17,
1387:25, 1389:2,
1390:1, 1391:10,
1391:19, 1391:22,
1391:23, 1392:15,
1394:13, 1394:14,

1395:11, 1396:2,
1396:7, 1396:12,
1396:22, 1397:22,
1398:5, 1398:15,
1398:25, 1401:6,
1401:13, 1402:13,
1403:4, 1403:23,
1403:24, 1404:1,
1404:6, 1404:11,
1405:8, 1405:9,
1407:4, 1409:4,
1409:16, 1410:3,
1410:4, 1412:20,
1414:12, 1414:23,
1415:15, 1416:18,
1416:20, 1416:25,
1417:24, 1418:14,
1419:1, 1419:5,
1419:14, 1419:16,
1419:25, 1420:20,
1420:24, 1421:10,
1421:12, 1421:22,
1421:24, 1422:2,
1422:3, 1422:12,
1422:16, 1423:7,
1423:16, 1424:18,
1425:8, 1427:14,
1428:6, 1430:18,
1430:23, 1431:21,
1432:6, 1432:7,
1432:10, 1432:11,
1432:15, 1432:21,
1433:3, 1433:4,
1433:15, 1434:14,
1434:16, 1435:9,
1435:11, 1435:13,
1435:14, 1435:15,
1436:5, 1437:2,
1437:5, 1437:12,
1437:13, 1438:24,
1439:16, 1439:21,
1440:15, 1440:21,
1441:21, 1445:15,
1445:21, 1447:13,
1447:17, 1448:12,
1448:19, 1450:1,
1450:11, 1452:11,
1455:8, 1455:10,
1456:12, 1456:17,
1456:20, 1456:22,
1458:5, 1458:11,
1459:15, 1459:18,
1460:23, 1461:22,
1461:23, 1462:8,
1462:20, 1462:22,
1462:24, 1463:1,
1463:17, 1463:18,
1465:9, 1465:10,
1465:22, 1466:24,
1467:1, 1472:9,
1477:25, 1478:16,

1479:4, 1479:5,
1480:13, 1481:2,
1481:11, 1481:15,
1482:8, 1483:22,
1485:5, 1485:8,
1488:6, 1489:5,
1491:11, 1493:19,
1494:3, 1495:10,
1496:3, 1496:4,
1496:10
  **within** [7] - 1366:25,
1397:4, 1432:16,
1460:7, 1464:16,
1466:17, 1475:25
  **without** [7] -
1317:19, 1318:11,
1318:21, 1318:23,
1320:13, 1420:2,
1464:4
  **WITNESS** [15] -
1316:2, 1322:4,
1333:14, 1334:9,
1339:16, 1411:10,
1413:4, 1451:21,
1465:17, 1472:23,
1488:18, 1488:19,
1490:2, 1495:14,
1495:20
  **witness** [9] -
1329:25, 1362:13,
1393:13, 1394:11,
1411:7, 1451:18,
1465:19, 1485:8,
1485:10
  **witness's** [1] -
1489:5
  **witnesses** [3] -
1321:4, 1398:2,
1492:23
  **wits** [1] - 1374:6
  **WITTMANN** [2] -
1314:11, 1314:12
  **women** [3] - 1398:9,
1418:14, 1449:9
  **won't** [3] - 1320:23,
1446:8, 1460:10
  **word** [8] - 1329:4,
1340:14, 1345:24,
1382:15, 1386:21,
1402:5, 1422:16,
1476:16
  **wording** [1] - 1458:7
  **words** [4] - 1327:17,
1327:18, 1383:11,
1460:3
  **Work** [2] - 1347:25,
1348:6
  **work** [10] - 1342:12,
1375:10, 1377:7,
1399:23, 1406:13,

1434:2, 1442:6,
1448:9, 1462:1,
1488:25
  **worked** [4] -
1389:20, 1397:12,
1399:22, 1418:14
  **working** [7] -
1357:20, 1361:22,
1394:22, 1432:10,
1433:4, 1433:5,
1464:24
  **world** [2] - 1431:4,
1432:24
  **would** [224] -
1317:10, 1317:13,
1317:25, 1318:5,
1319:9, 1324:20,
1333:6, 1333:8,
1334:16, 1336:23,
1337:10, 1338:13,
1338:15, 1345:11,
1345:14, 1347:9,
1348:8, 1348:9,
1350:4, 1352:14,
1353:1, 1353:2,
1353:3, 1353:18,
1353:20, 1356:22,
1360:6, 1360:7,
1364:19, 1367:12,
1377:10, 1383:11,
1383:21, 1383:24,
1384:6, 1384:8,
1384:9, 1384:10,
1384:12, 1384:14,
1384:16, 1384:17,
1384:22, 1384:25,
1385:1, 1385:11,
1385:13, 1385:17,
1386:15, 1386:21,
1388:9, 1389:19,
1393:8, 1393:14,
1393:15, 1393:19,
1393:24, 1395:11,
1396:9, 1397:19,
1397:25, 1398:1,
1398:13, 1400:12,
1403:4, 1403:5,
1403:12, 1403:23,
1403:24, 1404:5,
1404:6, 1404:10,
1404:12, 1404:15,
1404:19, 1404:20,
1407:20, 1408:3,
1408:4, 1409:7,
1409:13, 1410:2,
1410:5, 1411:22,
1414:8, 1414:12,
1414:22, 1415:15,
1415:20, 1416:17,
1416:19, 1416:20,
1416:21, 1419:13,

1420:24, 1421:11,
1422:25, 1423:14,
1425:6, 1425:22,
1427:2, 1427:17,
1431:7, 1432:13,
1432:15, 1432:17,
1433:13, 1435:22,
1438:1, 1438:2,
1438:13, 1438:15,
1438:24, 1439:8,
1439:25, 1442:1,
1442:2, 1444:8,
1445:20, 1445:21,
1445:22, 1446:20,
1446:22, 1447:4,
1447:5, 1447:11,
1447:13, 1447:17,
1447:24, 1447:25,
1448:22, 1449:17,
1449:20, 1449:24,
1450:18, 1450:19,
1450:20, 1450:25,
1451:9, 1451:10,
1452:13, 1452:24,
1453:24, 1455:4,
1455:10, 1457:19,
1459:17, 1461:5,
1461:9, 1461:10,
1461:11, 1461:14,
1461:16, 1461:20,
1463:9, 1463:12,
1463:13, 1463:14,
1463:15, 1463:16,
1463:17, 1463:19,
1463:21, 1464:25,
1465:2, 1465:4,
1465:5, 1465:6,
1465:9, 1467:4,
1469:10, 1472:16,
1473:1, 1473:8,
1473:17, 1473:19,
1473:21, 1475:3,
1475:24, 1476:5,
1476:6, 1479:4,
1479:13, 1479:25,
1481:3, 1481:15,
1481:24, 1482:1,
1482:10, 1482:12,
1483:17, 1484:9,
1485:7, 1488:2,
1489:16, 1490:21,
1492:4, 1494:22,
1494:25, 1495:2,
1495:9, 1495:14
  **wouldn't** [21] -
1329:25, 1353:3,
1356:23, 1384:13,
1384:18, 1385:18,
1403:8, 1403:10,
1409:9, 1409:16,
1409:17, 1409:20,

1409:21, 1410:4,
1411:21, 1438:8,
1446:20, 1447:17,
1449:24, 1469:9
  **WRIGHT** [1] - 1309:3
  **write** [5] - 1326:25,
1337:4, 1342:10,
1399:16, 1419:15
  **writes** [3] - 1374:3,
1374:9, 1391:14
  **writing** [8] - 1328:13,
1339:2, 1397:17,
1399:19, 1410:19,
1417:21, 1421:18,
1441:19
  **written** [13] - 1321:9,
1361:12, 1366:4,
1367:15, 1371:2,
1375:3, 1375:6,
1377:9, 1418:3,
1425:1, 1430:14,
1475:7, 1475:9
  **wrong** [6] - 1347:2,
1347:4, 1347:21,
1348:5, 1364:6,
1421:4
  **wrote** [94] - 1325:9,
1327:1, 1327:2,
1327:5, 1327:8,
1328:25, 1329:2,
1329:11, 1330:11,
1334:12, 1334:14,
1335:16, 1335:18,
1335:21, 1336:2,
1336:3, 1336:5,
1336:6, 1336:8,
1336:10, 1336:12,
1336:13, 1336:16,
1336:21, 1336:23,
1336:24, 1337:1,
1338:9, 1341:12,
1341:13, 1344:2,
1344:5, 1346:23,
1357:20, 1359:11,
1359:13, 1359:24,
1361:4, 1363:14,
1364:12, 1364:14,
1365:16, 1365:20,
1368:3, 1368:24,
1369:3, 1369:6,
1373:20, 1379:15,
1379:19, 1379:22,
1379:24, 1380:4,
1380:6, 1380:11,
1380:12, 1380:15,
1380:16, 1381:13,
1381:15, 1381:20,
1381:23, 1382:5,
1382:18, 1382:21,
1382:24, 1383:1,

1383:4, 1383:10,
1383:15, 1383:19,
1387:6, 1387:8,
1390:11, 1390:16,
1390:19, 1390:20,
1391:16, 1399:25,
1400:3, 1401:21,
1412:3, 1417:7,
1417:12, 1417:13,
1417:18, 1418:8,
1419:5, 1422:22,
1423:16, 1425:25,
1440:25, 1445:16,
1453:1

---

# X

**X** [1] - 1316:1

# Y

**y'all** [1] - 1432:14
  **yeah** [134] - 1323:13,
1324:16, 1324:17,
1326:6, 1328:21,
1330:6, 1330:19,
1331:5, 1331:12,
1332:15, 1332:22,
1332:23, 1333:15,
1333:17, 1333:22,
1334:10, 1334:19,
1335:5, 1335:10,
1335:19, 1336:7,
1336:11, 1336:14,
1336:20, 1337:14,
1337:25, 1339:6,
1341:13, 1341:23,
1341:24, 1343:11,
1343:13, 1344:20,
1346:6, 1346:17,
1347:12, 1348:16,
1348:23, 1348:25,
1349:10, 1349:20,
1349:22, 1351:16,
1351:18, 1351:21,
1352:1, 1352:24,
1354:12, 1354:20,
1356:9, 1356:17,
1356:21, 1358:19,
1359:5, 1359:19,
1360:1, 1360:13,
1361:22, 1362:11,
1362:13, 1362:16,
1362:25, 1363:6,
1363:7, 1368:13,
1368:25, 1370:7,
1370:24, 1376:18,
1380:23, 1382:12,
1382:16, 1382:17,

1382:25, 1383:10,
1383:11, 1383:13,
1384:14, 1388:24,
1389:4, 1389:8,
1389:11, 1389:15,
1397:21, 1397:23,
1401:15, 1401:25,
1402:10, 1407:6,
1407:16, 1408:4,
1414:4, 1414:24,
1416:11, 1420:11,
1423:4, 1425:18,
1427:12, 1430:23,
1435:6, 1440:10,
1442:3, 1446:22,
1449:8, 1452:15,
1455:6, 1455:7,
1457:22, 1463:16,
1465:5, 1468:1,
1468:10, 1470:21,
1470:25, 1471:3,
1472:11, 1477:20,
1477:21, 1478:10,
1479:12, 1479:17,
1482:25, 1484:8,
1486:15, 1491:13,
1491:14

**years** [4] - 1319:18,
1320:15, 1322:16,
1322:23

**yelled** [1] - 1361:1

**yellow** [4] - 1434:17,
1440:20, 1440:21,
1448:14

**yep** [4] - 1332:12,
1338:15, 1381:24,
1452:9

**Yes** [33] - 1324:3,
1342:25, 1344:11,
1346:24, 1349:18,
1368:8, 1369:8,
1376:7, 1383:20,
1405:11, 1405:19,
1406:4, 1408:24,
1412:22, 1413:8,
1413:14, 1413:23,
1415:2, 1415:14,
1420:15, 1424:17,
1425:7, 1425:14,
1430:1, 1437:4,
1437:23, 1438:21,
1443:22, 1444:3,
1446:16, 1459:8,
1470:12, 1484:12

**yes** [358] - 1317:17,
1318:5, 1318:8,
1320:17, 1321:19,
1321:24, 1322:1,
1322:13, 1322:14,
1322:17, 1322:24,

1323:7, 1323:13,
1323:22, 1324:6,
1324:13, 1324:17,
1324:24, 1325:3,
1325:11, 1325:14,
1326:4, 1326:10,
1327:9, 1327:23,
1328:2, 1328:6,
1328:13, 1328:14,
1329:3, 1329:8,
1329:13, 1329:20,
1330:6, 1330:10,
1330:16, 1331:1,
1331:16, 1331:21,
1331:23, 1332:2,
1332:5, 1332:8,
1333:5, 1333:8,
1333:11, 1333:20,
1333:22, 1334:3,
1334:9, 1334:20,
1335:6, 1335:11,
1335:23, 1336:1,
1336:4, 1336:9,
1336:11, 1336:18,
1336:25, 1337:14,
1337:16, 1337:20,
1337:25, 1338:12,
1338:18, 1338:20,
1339:13, 1340:20,
1341:9, 1342:2,
1343:20, 1344:6,
1344:14, 1344:17,
1344:20, 1344:25,
1345:4, 1345:8,
1345:14, 1346:8,
1347:12, 1347:19,
1348:2, 1348:4,
1348:7, 1348:13,
1349:7, 1349:14,
1350:5, 1351:2,
1352:6, 1352:20,
1352:25, 1353:4,
1354:8, 1355:13,
1356:13, 1356:18,
1356:24, 1357:2,
1357:7, 1357:22,
1358:19, 1359:12,
1359:15, 1360:23,
1361:14, 1362:3,
1362:6, 1362:25,
1363:11, 1363:18,
1364:16, 1364:19,
1365:1, 1365:14,
1365:24, 1367:4,
1368:5, 1368:25,
1370:21, 1370:24,
1371:2, 1371:24,
1372:4, 1372:19,
1373:7, 1374:8,
1374:12, 1374:23,
1376:3, 1376:10,

1376:13, 1376:23,
1378:5, 1378:12,
1379:7, 1379:20,
1379:25, 1380:8,
1380:14, 1380:17,
1381:3, 1381:8,
1381:16, 1381:22,
1382:3, 1382:6,
1382:20, 1383:3,
1384:8, 1384:9,
1386:18, 1387:3,
1387:11, 1388:3,
1388:6, 1388:9,
1389:5, 1389:24,
1390:8, 1390:18,
1390:22, 1391:20,
1392:1, 1392:5,
1392:8, 1395:5,
1395:25, 1396:5,
1396:12, 1396:15,
1397:8, 1397:14,
1397:24, 1398:3,
1398:7, 1398:12,
1398:19, 1399:9,
1400:6, 1400:11,
1400:14, 1400:19,
1401:1, 1402:6,
1403:14, 1403:17,
1403:21, 1403:24,
1404:3, 1404:7,
1404:15, 1404:22,
1405:1, 1405:6,
1406:14, 1406:19,
1406:20, 1406:25,
1407:3, 1410:24,
1412:7, 1412:25,
1414:1, 1414:14,
1414:20, 1415:1,
1415:20, 1416:16,
1416:21, 1417:10,
1417:17, 1417:20,
1420:7, 1420:22,
1422:1, 1422:15,
1423:15, 1424:1,
1424:6, 1424:9,
1425:1, 1425:23,
1426:11, 1426:14,
1427:12, 1427:16,
1430:7, 1431:2,
1431:5, 1433:1,
1433:23, 1434:8,
1434:19, 1434:24,
1435:17, 1436:18,
1437:8, 1437:16,
1438:11, 1438:25,
1439:15, 1439:18,
1439:23, 1440:1,
1440:11, 1441:6,
1442:15, 1444:12,
1444:17, 1444:22,
1445:1, 1445:7,

1445:14, 1445:17,
1445:20, 1445:22,
1445:24, 1446:12,
1447:18, 1448:20,
1452:7, 1452:15,
1455:2, 1456:15,
1457:13, 1457:14,
1457:22, 1459:5,
1460:5, 1460:9,
1460:16, 1461:16,
1461:20, 1461:23,
1463:11, 1463:16,
1463:20, 1465:14,
1466:14, 1466:19,
1466:25, 1468:21,
1468:24, 1469:3,
1469:13, 1469:21,
1469:24, 1470:6,
1470:11, 1470:18,
1471:4, 1471:11,
1471:19, 1471:25,
1472:11, 1473:3,
1474:5, 1474:9,
1474:12, 1475:1,
1475:9, 1475:14,
1475:16, 1476:14,
1476:15, 1476:19,
1477:7, 1477:17,
1478:4, 1478:16,
1478:23, 1479:11,
1479:17, 1480:5,
1480:12, 1480:13,
1480:16, 1481:14,
1481:15, 1482:1,
1482:7, 1482:9,
1482:12, 1482:16,
1482:18, 1483:11,
1484:11, 1486:4,
1486:14, 1486:19,
1487:8, 1487:24,
1488:9, 1488:17,
1489:3, 1490:15,
1491:3, 1491:21,
1494:14, 1494:15,
1494:20

**yesterday** [2] -
1318:15, 1318:23

**yet** [5] - 1408:21,
1451:16, 1465:21,
1469:2, 1485:4

**yield** [1] - 1380:11

**YOAKUM** [1] -
1310:18

**you** [1236] - 1317:15,
1317:21, 1319:10,
1319:12, 1319:18,
1320:5, 1320:12,
1321:6, 1321:7,
1321:13, 1321:17,
1322:15, 1322:20,

1322:25, 1323:4,
1323:8, 1323:9,
1323:12, 1323:14,
1323:15, 1323:16,
1323:21, 1324:1,
1324:2, 1324:9,
1324:14, 1324:25,
1325:1, 1325:6,
1325:9, 1325:10,
1325:12, 1325:13,
1325:15, 1325:20,
1325:25, 1326:1,
1326:11, 1326:13,
1326:21, 1327:1,
1327:2, 1327:3,
1327:5, 1327:8,
1327:10, 1327:12,
1327:15, 1327:16,
1327:19, 1327:24,
1328:3, 1328:7,
1328:9, 1328:25,
1329:2, 1329:4,
1329:9, 1329:11,
1329:18, 1329:24,
1330:7, 1330:9,
1330:11, 1330:16,
1330:24, 1331:8,
1331:13, 1331:14,
1331:24, 1332:3,
1332:6, 1332:7,
1332:13, 1332:20,
1333:3, 1333:6,
1333:9, 1333:12,
1333:19, 1333:21,
1334:2, 1334:5,
1334:7, 1334:11,
1334:12, 1334:14,
1334:16, 1334:18,
1335:7, 1335:8,
1335:12, 1335:16,
1335:18, 1335:21,
1336:2, 1336:3,
1336:5, 1336:6,
1336:8, 1336:10,
1336:12, 1336:13,
1336:16, 1336:21,
1336:23, 1337:1,
1337:4, 1337:10,
1337:11, 1337:13,
1337:14, 1337:15,
1337:23, 1338:2,
1338:8, 1338:11,
1338:13, 1338:17,
1338:21, 1338:24,
1339:7, 1340:15,
1340:16, 1340:19,
1340:24, 1341:2,
1341:8, 1341:10,
1341:14, 1341:19,
1341:21, 1342:7,
1342:10, 1342:11,

1342:15, 1342:16,
1342:19, 1342:24,
1342:25, 1343:5,
1343:8, 1343:12,
1343:14, 1343:21,
1344:2, 1344:5,
1344:9, 1344:10,
1344:13, 1344:16,
1344:19, 1344:24,
1345:5, 1345:11,
1345:20, 1345:25,
1346:16, 1346:23,
1346:25, 1347:1,
1347:3, 1347:5,
1347:10, 1347:11,
1347:13, 1347:14,
1347:17, 1347:25,
1348:1, 1348:8,
1348:12, 1348:14,
1348:17, 1348:21,
1348:24, 1349:2,
1349:5, 1349:8,
1349:11, 1349:23,
1349:24, 1350:3,
1350:10, 1350:11,
1350:18, 1351:5,
1351:7, 1351:8,
1351:10, 1351:13,
1351:15, 1351:16,
1351:19, 1351:20,
1352:4, 1352:9,
1352:14, 1352:16,
1352:17, 1352:18,
1352:21, 1352:22,
1353:1, 1353:2,
1353:5, 1353:7,
1354:2, 1354:3,
1354:7, 1354:11,
1354:20, 1355:11,
1355:17, 1355:20,
1356:4, 1356:5,
1356:8, 1356:22,
1356:23, 1357:8,
1357:9, 1357:20,
1357:21, 1358:13,
1358:20, 1358:23,
1359:2, 1359:11,
1359:13, 1359:14,
1359:23, 1359:24,
1359:25, 1360:2,
1360:6, 1360:12,
1360:25, 1361:2,
1361:6, 1361:11,
1362:4, 1362:22,
1363:1, 1363:6,
1363:10, 1363:14,
1363:17, 1363:22,
1363:24, 1363:25,
1364:3, 1364:4,
1364:12, 1364:14,
1364:15, 1364:20,

1364:23, 1364:25,
1365:5, 1365:7,
1365:9, 1365:11,
1365:14, 1365:16,
1365:20, 1365:22,
1365:23, 1365:24,
1366:19, 1366:23,
1367:4, 1367:5,
1367:8, 1367:11,
1367:13, 1367:14,
1367:16, 1368:3,
1368:4, 1368:6,
1368:18, 1369:3,
1369:6, 1369:7,
1369:9, 1369:12,
1369:13, 1369:19,
1369:22, 1369:25,
1370:1, 1370:3,
1370:12, 1370:14,
1370:19, 1370:20,
1370:25, 1371:8,
1371:9, 1371:16,
1371:20, 1371:23,
1371:25, 1372:1,
1372:5, 1372:7,
1372:11, 1372:14,
1372:16, 1372:18,
1372:25, 1373:2,
1373:4, 1373:8,
1373:10, 1373:13,
1373:15, 1373:17,
1374:8, 1374:12,
1374:13, 1374:14,
1374:16, 1374:18,
1374:19, 1374:23,
1375:1, 1375:4,
1375:15, 1375:18,
1375:19, 1375:21,
1376:2, 1376:8,
1376:9, 1376:23,
1377:2, 1377:8,
1377:21, 1378:4,
1378:6, 1378:11,
1378:20, 1378:21,
1378:23, 1379:9,
1379:11, 1379:15,
1379:19, 1379:22,
1379:24, 1380:4,
1380:6, 1380:9,
1380:10, 1380:11,
1380:12, 1380:13,
1380:15, 1380:16,
1380:18, 1380:20,
1380:21, 1381:2,
1381:4, 1381:7,
1381:9, 1381:10,
1381:13, 1381:15,
1381:20, 1381:21,
1381:23, 1381:25,
1382:4, 1382:5,
1382:10, 1382:18,

1382:19, 1382:21,
1383:1, 1383:4,
1383:7, 1383:9,
1383:11, 1383:15,
1383:19, 1383:21,
1383:25, 1384:2,
1384:5, 1384:6,
1384:10, 1384:12,
1384:13, 1384:14,
1384:16, 1384:17,
1384:18, 1384:19,
1384:21, 1384:22,
1384:23, 1384:25,
1385:1, 1385:6,
1385:7, 1385:9,
1385:11, 1385:13,
1385:14, 1385:16,
1385:17, 1385:18,
1385:23, 1386:1,
1386:3, 1386:5,
1386:7, 1386:9,
1386:11, 1386:23,
1386:24, 1387:1,
1387:3, 1387:6,
1387:8, 1387:13,
1387:15, 1387:24,
1387:25, 1388:4,
1388:10, 1388:15,
1388:16, 1388:17,
1388:21, 1388:23,
1389:2, 1389:3,
1389:9, 1389:19,
1389:22, 1390:5,
1390:7, 1390:9,
1390:10, 1390:14,
1390:16, 1390:17,
1390:19, 1390:20,
1390:21, 1390:23,
1390:24, 1391:1,
1391:3, 1391:8,
1391:14, 1391:16,
1391:17, 1392:1,
1392:3, 1392:6,
1392:7, 1392:15,
1392:16, 1392:22,
1392:23, 1392:25,
1393:1, 1393:3,
1393:5, 1393:6,
1393:8, 1393:14,
1393:15, 1393:19,
1393:21, 1393:23,
1393:24, 1394:14,
1394:15, 1394:18,
1394:19, 1394:20,
1394:21, 1395:2,
1395:6, 1395:7,
1395:8, 1395:9,
1395:11, 1395:12,
1395:13, 1395:14,
1395:15, 1395:18,
1395:19, 1395:23,

1395:24, 1396:1,
1396:3, 1396:10,
1397:4, 1397:5,
1397:6, 1397:8,
1397:9, 1397:10,
1397:12, 1397:18,
1397:19, 1398:4,
1398:8, 1398:9,
1398:10, 1398:14,
1398:15, 1398:16,
1398:20, 1398:22,
1398:25, 1399:9,
1399:14, 1399:15,
1399:16, 1399:19,
1400:2, 1400:3,
1400:5, 1400:7,
1400:10, 1400:15,
1400:16, 1400:18,
1400:22, 1400:23,
1400:25, 1401:2,
1401:6, 1401:9,
1401:11, 1401:13,
1401:21, 1401:25,
1402:1, 1402:2,
1402:3, 1402:4,
1402:7, 1402:16,
1402:18, 1403:4,
1403:15, 1403:16,
1403:20, 1403:22,
1403:23, 1404:1,
1404:5, 1404:8,
1404:10, 1404:11,
1404:13, 1404:15,
1404:19, 1404:20,
1404:23, 1405:2,
1405:3, 1405:5,
1405:7, 1405:8,
1405:10, 1405:12,
1405:17, 1405:21,
1405:25, 1406:5,
1406:7, 1406:14,
1406:16, 1406:17,
1407:6, 1407:11,
1407:14, 1407:21,
1408:6, 1408:7,
1408:11, 1408:12,
1408:13, 1408:16,
1408:25, 1409:1,
1409:5, 1409:8,
1409:16, 1409:17,
1409:20, 1409:21,
1410:3, 1410:9,
1411:20, 1411:22,
1411:25, 1412:3,
1412:7, 1412:17,
1412:18, 1412:21,
1412:24, 1413:1,
1413:19, 1414:12,
1414:15, 1414:18,
1414:22, 1415:11,
1415:15, 1416:12,

1416:19, 1416:20,
1416:23, 1416:24,
1417:6, 1417:7,
1417:9, 1417:21,
1417:22, 1418:5,
1418:7, 1418:8,
1418:11, 1418:13,
1418:14, 1418:15,
1419:5, 1419:6,
1419:8, 1419:10,
1419:13, 1419:15,
1420:2, 1420:3,
1420:9, 1420:12,
1420:14, 1420:16,
1421:1, 1421:2,
1421:8, 1421:13,
1421:18, 1421:21,
1421:22, 1421:23,
1422:2, 1422:5,
1422:8, 1422:15,
1422:16, 1422:19,
1422:21, 1422:22,
1422:24, 1422:25,
1423:1, 1423:3,
1423:4, 1423:5,
1423:9, 1423:10,
1423:11, 1423:16,
1423:25, 1424:3,
1424:4, 1424:5,
1424:7, 1424:8,
1424:18, 1424:19,
1424:22, 1424:24,
1424:25, 1425:3,
1425:8, 1425:12,
1425:13, 1425:15,
1425:16, 1425:25,
1426:2, 1426:8,
1426:9, 1426:12,
1426:16, 1426:18,
1426:21, 1426:23,
1427:9, 1427:14,
1427:15, 1427:17,
1427:18, 1427:20,
1427:22, 1427:24,
1427:25, 1428:4,
1428:7, 1428:14,
1428:21, 1429:3,
1429:5, 1429:10,
1429:11, 1429:14,
1429:21, 1430:2,
1430:3, 1430:5,
1430:15, 1430:18,
1430:21, 1431:1,
1431:24, 1432:3,
1432:4, 1432:6,
1432:8, 1432:12,
1432:14, 1432:15,
1432:17, 1432:25,
1433:2, 1433:8,
1433:22, 1434:7,
1434:17, 1434:24,

1434:25, 1435:3,
1435:5, 1435:7,
1435:8, 1435:9,
1435:11, 1435:12,
1435:22, 1436:1,
1436:3, 1436:4,
1436:5, 1436:7,
1436:12, 1436:13,
1436:14, 1436:16,
1436:17, 1436:18,
1436:25, 1437:3,
1437:16, 1437:17,
1438:6, 1439:14,
1439:16, 1439:22,
1439:25, 1440:5,
1440:6, 1440:7,
1440:9, 1440:11,
1440:12, 1440:17,
1440:18, 1440:25,
1441:4, 1441:5,
1441:7, 1441:9,
1441:14, 1441:18,
1441:20, 1441:24,
1442:1, 1442:2,
1442:3, 1442:5,
1442:17, 1442:20,
1442:25, 1443:8,
1443:10, 1443:21,
1443:23, 1443:24,
1443:25, 1444:1,
1444:2, 1444:7,
1444:8, 1444:9,
1444:10, 1444:13,
1444:18, 1444:19,
1444:21, 1444:25,
1445:2, 1445:6,
1445:15, 1445:16,
1445:18, 1445:21,
1446:2, 1446:5,
1446:14, 1446:19,
1447:9, 1447:10,
1447:13, 1447:16,
1447:17, 1447:19,
1447:23, 1448:12,
1448:16, 1448:19,
1449:2, 1449:4,
1449:6, 1449:7,
1449:9, 1449:10,
1449:13, 1449:19,
1449:20, 1449:21,
1449:23, 1449:24,
1450:1, 1450:11,
1450:13, 1450:14,
1450:15, 1450:18,
1450:24, 1451:25,
1452:2, 1452:3,
1452:17, 1452:21,
1452:23, 1452:25,
1453:1, 1453:6,
1453:8, 1453:14,
1453:18, 1453:20,

1453:23, 1454:4,
1454:12, 1454:19,
1454:21, 1454:24,
1455:10, 1455:13,
1455:15, 1455:19,
1455:23, 1456:3,
1456:6, 1456:11,
1456:19, 1456:24,
1457:2, 1457:3,
1457:7, 1457:9,
1457:17, 1457:20,
1457:23, 1457:25,
1458:1, 1458:9,
1458:10, 1458:11,
1458:22, 1459:3,
1459:6, 1459:17,
1460:6, 1460:14,
1460:15, 1460:17,
1460:23, 1461:1,
1461:24, 1462:2,
1462:7, 1462:8,
1462:10, 1462:11,
1462:15, 1462:18,
1462:20, 1462:24,
1463:8, 1463:9,
1463:14, 1463:15,
1463:19, 1463:22,
1463:24, 1464:3,
1464:4, 1464:5,
1464:6, 1464:7,
1464:10, 1464:15,
1464:17, 1464:22,
1464:23, 1464:25,
1465:4, 1465:6,
1465:9, 1465:11,
1465:12, 1465:15,
1465:16, 1465:17,
1465:18, 1466:9,
1466:12, 1466:13,
1466:20, 1466:23,
1467:5, 1467:11,
1467:17, 1467:18,
1467:19, 1467:23,
1469:13, 1469:19,
1469:20, 1469:25,
1470:10, 1471:5,
1471:6, 1471:7,
1471:12, 1471:16,
1471:23, 1472:2,
1472:9, 1472:16,
1472:25, 1473:5,
1473:11, 1473:14,
1473:21, 1474:1,
1474:4, 1474:9,
1474:17, 1474:19,
1474:21, 1475:13,
1476:2, 1476:24,
1477:1, 1477:25,
1478:3, 1478:11,
1478:15, 1478:22,
1479:4, 1479:10,

1480:4, 1480:6,
1480:8, 1480:9,
1480:10, 1480:13,
1480:14, 1480:24,
1481:3, 1481:11,
1481:12, 1481:15,
1481:18, 1481:24,
1482:6, 1482:8,
1482:10, 1482:19,
1483:16, 1483:17,
1483:20, 1484:3,
1484:5, 1484:6,
1484:9, 1484:13,
1484:15, 1484:17,
1484:18, 1485:4,
1485:15, 1485:24,
1486:5, 1486:16,
1486:18, 1486:21,
1487:9, 1487:15,
1487:17, 1487:20,
1487:21, 1487:23,
1487:25, 1488:2,
1488:4, 1488:8,
1488:10, 1488:14,
1488:21, 1488:22,
1488:23, 1489:4,
1489:9, 1489:13,
1489:14, 1489:15,
1489:18, 1489:21,
1490:5, 1490:8,
1490:11, 1490:12,
1490:14, 1490:15,
1490:21, 1490:23,
1491:4, 1491:7,
1491:21, 1491:25,
1492:4, 1492:7,
1493:6, 1493:11,
1493:13, 1493:19,
1493:22, 1494:4,
1494:10, 1494:11,
1494:16, 1494:18,
1494:22, 1495:1,
1495:4, 1495:6,
1495:8, 1495:17,
1495:19, 1495:20,
1496:9

**you'd** [1] - 1449:24

**you'll** [3] - 1413:20,
1445:2, 1460:10

**you're** [48] - 1322:2,
1324:17, 1332:24,
1340:9, 1345:24,
1346:1, 1347:25,
1350:25, 1351:16,
1352:21, 1364:17,
1372:21, 1376:22,
1378:13, 1385:2,
1385:23, 1386:13,
1387:19, 1387:20,
1388:11, 1388:22,
1398:17, 1402:15,

1403:19, 1404:14,
1407:20, 1410:19,
1411:9, 1413:19,
1419:9, 1419:18,
1423:3, 1423:9,
1428:2, 1428:4,
1428:13, 1438:5,
1443:6, 1448:3,
1448:5, 1448:6,
1459:21, 1476:13,
1485:5, 1486:7,
1488:25, 1492:10,
1496:1

  **you've** [18] -
1353:12, 1360:12,
1386:1, 1386:5,
1386:7, 1395:22,
1417:12, 1447:24,
1449:1, 1450:22,
1450:23, 1466:3,
1466:9, 1468:25,
1478:16, 1484:3,
1484:4

  **YOUNG** [1] - 1311:23
  **Your** [1] - 1462:12
  **your** [371] - 1317:9,
1317:10, 1317:17,
1317:23, 1318:5,
1318:8, 1318:10,
1319:5, 1319:9,
1319:20, 1320:16,
1320:17, 1320:24,
1321:8, 1321:17,
1321:19, 1322:1,
1322:10, 1322:20,
1322:23, 1324:1,
1325:1, 1325:6,
1325:9, 1325:15,
1326:11, 1326:21,
1327:2, 1327:10,
1327:11, 1327:15,
1327:22, 1327:24,
1328:25, 1329:12,
1329:21, 1329:22,
1330:5, 1330:17,
1331:3, 1331:7,
1331:17, 1331:24,
1332:9, 1333:24,
1334:2, 1334:21,
1335:14, 1335:25,
1337:11, 1338:5,
1338:16, 1338:19,
1338:25, 1339:4,
1339:7, 1339:11,
1339:14, 1340:3,
1340:4, 1340:7,
1340:10, 1340:11,
1340:14, 1340:21,
1341:2, 1341:14,
1341:21, 1341:25,
1342:6, 1342:15,

1342:19, 1342:24,
1343:9, 1343:22,
1344:2, 1344:5,
1344:8, 1345:2,
1346:16, 1347:5,
1347:9, 1347:10,
1348:14, 1348:24,
1349:5, 1349:11,
1350:6, 1351:7,
1352:4, 1353:6,
1353:12, 1355:22,
1356:3, 1356:5,
1356:10, 1356:14,
1357:8, 1357:23,
1358:20, 1359:2,
1360:17, 1361:9,
1361:15, 1361:18,
1362:1, 1362:7,
1362:8, 1362:17,
1363:9, 1363:14,
1364:12, 1365:16,
1366:1, 1366:11,
1366:12, 1366:18,
1367:5, 1367:7,
1368:4, 1369:3,
1370:1, 1370:3,
1370:12, 1371:25,
1372:14, 1372:16,
1372:24, 1373:4,
1373:5, 1373:23,
1374:14, 1374:19,
1374:24, 1375:11,
1375:13, 1376:2,
1376:11, 1376:19,
1377:4, 1377:16,
1377:18, 1378:13,
1378:14, 1379:14,
1379:15, 1379:19,
1380:1, 1380:18,
1381:17, 1382:22,
1383:19, 1385:10,
1385:16, 1385:19,
1386:7, 1386:9,
1386:17, 1386:21,
1387:1, 1387:6,
1387:12, 1388:16,
1388:21, 1389:2,
1389:10, 1389:23,
1390:5, 1390:9,
1392:16, 1392:17,
1393:5, 1393:14,
1393:25, 1394:2,
1394:19, 1394:21,
1395:4, 1396:3,
1396:4, 1396:7,
1396:8, 1396:10,
1396:17, 1396:22,
1397:12, 1397:17,
1398:9, 1399:13,
1400:5, 1400:24,
1401:21, 1402:5,

1402:15, 1404:14,
1406:7, 1407:1,
1407:17, 1408:19,
1410:10, 1412:19,
1412:23, 1413:10,
1413:13, 1414:10,
1414:23, 1416:24,
1417:15, 1417:21,
1418:8, 1418:13,
1418:20, 1418:21,
1419:25, 1420:20,
1421:1, 1421:18,
1421:21, 1423:21,
1423:24, 1426:8,
1426:12, 1427:14,
1429:11, 1430:6,
1432:2, 1432:4,
1432:6, 1432:23,
1433:2, 1433:8,
1433:12, 1434:1,
1436:14, 1436:20,
1436:24, 1437:1,
1437:17, 1437:21,
1440:6, 1440:25,
1441:10, 1442:8,
1442:15, 1443:2,
1444:13, 1445:8,
1445:16, 1446:13,
1446:14, 1446:22,
1447:7, 1448:1,
1449:4, 1449:6,
1449:9, 1450:14,
1451:14, 1451:20,
1452:23, 1452:25,
1453:5, 1453:23,
1454:4, 1454:13,
1454:15, 1456:3,
1456:12, 1456:19,
1457:7, 1457:18,
1458:8, 1459:11,
1460:19, 1460:24,
1461:24, 1462:2,
1462:15, 1462:16,
1462:22, 1463:22,
1463:25, 1464:10,
1464:14, 1464:16,
1464:17, 1464:20,
1464:23, 1465:24,
1466:12, 1466:20,
1466:21, 1466:24,
1467:8, 1467:12,
1467:15, 1467:18,
1470:4, 1470:7,
1471:21, 1472:2,
1472:15, 1472:21,
1473:4, 1473:7,
1473:17, 1474:21,
1475:2, 1475:17,
1476:20, 1477:9,
1478:12, 1479:20,
1480:2, 1481:24,

1482:3, 1482:10,
1482:13, 1482:14,
1483:15, 1483:19,
1483:24, 1484:6,
1484:11, 1484:13,
1484:16, 1484:19,
1485:2, 1485:3,
1485:17, 1486:1,
1486:3, 1486:5,
1486:24, 1487:6,
1487:18, 1488:10,
1488:16, 1488:17,
1489:23, 1489:24,
1490:12, 1490:16,
1490:18, 1491:15,
1491:21, 1492:6,
1492:7, 1492:20,
1492:25, 1493:13,
1493:19, 1493:22,
1494:3, 1494:4,
1494:8, 1494:18,
1495:1, 1495:8,
1495:9, 1495:17,
1496:4

**yourself** [3] - 1386:3,
1398:23, 1424:19

**Z**

**zone** [14] - 1445:10,
1446:5, 1446:18,
1463:22, 1463:24,
1464:6, 1464:8,
1464:18, 1465:1,
1465:2, 1465:9,
1465:11, 1465:13

**zones** [22] - 1422:14,
1422:17, 1422:18,
1422:19, 1422:21,
1422:23, 1423:2,
1423:9, 1423:11,
1423:17, 1445:9,
1445:10, 1448:14,
1448:21, 1451:2,
1463:13, 1463:17,
1463:21, 1464:1,
1464:11, 1465:7,
1491:2

**ZoneSealant** [2] -
1456:21, 1458:22

**"**

**"MIKE"** [1] - 1313:3