UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| THIS REFERS TO CASE NO. 2:13-CV-2791 | * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ASSIGNMENT

Zimtex Solutions, Inc.
c/o Anthony G. Buzbee
The Buzbee Law Firm (Houston)
JP Morgan Chase Tower
600 Travis St., Suite 7300
Houston, TX  77002

You are notified that Zimtex Solutions, Inc. ("Zimtex Solutions, Inc.") assigned all right, title and interest in the claim attached as Exhibit "A" to Danos & Curole Marine Contractors, LLC.  The Assignment and Release is attached as Exhibit "B".  Danos & Curole Marine Contractors, LLC is located at 13083 Highway 308, Larose, LA 70373.  You are directed to pay under the assignment any monies due Zimtex Solutions, Inc. in this action to Danos & Curole at 13083 Highway 308, Larose, LA 70373 as a payment to be applied to the judgment attached as

4819-5201-9994.v1

Exhibit "C". Danos & Curole requests that the Clerk note and briefly state the substance of the transfer on the court's docket.

/s/ Walter W. Christy
Walter W. Christy (La. Bar # 04134)
COATS | ROSE
365 Canal Street, Suite 800
New Orleans, LA 70130
(504) 299-3073
(504) 299-3071 (Fax)

And

Charles C. Conrad (*to be admitted pro hac vice*)
COATS | ROSE
3 East Greenway Plaza, Suite 2000
Houston, Texas 77046
(713) 651-0111
(713) 651-0220 Fax

**ATTORNEYS FOR DANOS & CUROLE MARINE CONTRACTORS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was electronically filed with the Court to be served on all counsel of record by operation of the Court's ECF filing/notification system.

This 24th day of April, 2014.

/s/ Walter W. Christy

4819-5201-9994.v1