## ASSIGNMENT AND RELEASE

Zimtex Solutions, Inc. ("Zimtex"), in consideration of Ten and No/100 Dollars ($10.00), and other good and valuable consideration, grants, conveys and transfers to Danos & Curole Marine Contractors, LLC ("Danos & Curole") a right to recover $154,215.49 plus interest at the rate of five percent (5%) per annum from February 17, 2013 until paid from any payment received by Zimtex on its claim against BP, a true and correct copy of which is attached as Exhibit "A".

Zimtex agrees to notify or allow Danos & Curole to notify all interested parties of this Assignment. Zimtex agrees to execute any additional documents that may be reasonably necessary to perfect and effectuate this Agreement.

Executed on ___FEBRUARY 18___, 2014.

Zimtex Solutions, Inc.

By _____
Collin Fairey, President

Danos & Curole Marine Contractors, LLC

By _____
Name James Callahan
Title Treasurer



EXHIBIT "B"

1

4833-6457-0903.v1