1     UNITED STATES DISTRICT COURT

2     EASTERN DISTRICT OF LOUISIANA

3

4  ********************************************************************

5     IN RE:  OIL SPILL BY THE OIL
      RIG *DEEPWATER HORIZON* IN THE
6     GULF OF MEXICO ON APRIL 20,
      2010
7

8                         CIVIL ACTION NO. 10-MD-2179 "J"
                          NEW ORLEANS, LOUISIANA
9                         Tuesday, March 5, 2013

10

11    THIS DOCUMENT RELATES TO:

12    CASE NO. 2:10-CV-02771,
      *IN RE:  THE COMPLAINT AND*
13    *PETITION OF TRITON ASSET*
      *LEASING GmbH, ET AL*
14
      CASE NO. 2:10-CV-4536,
15    *UNITED STATES OF AMERICA V.*
      *BP EXPLORATION & PRODUCTION,*
16    *INC., ET AL*

17
   ********************************************************************
18

19

20              **DAY 6 - MORNING SESSION**

21         TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22       HEARD BEFORE THE HONORABLE CARL J. BARBIER

23              UNITED STATES DISTRICT JUDGE

24

25

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFFS:        DOMENGEAUX WRIGHT ROY & EDWARDS
                               BY:  JAMES P. ROY, ESQ.
 4                             556 JEFFERSON STREET, SUITE 500
                               POST OFFICE BOX 3668
 5                             LAFAYETTE, LA  70502

 6

 7                             HERMAN HERMAN & KATZ
                               BY:  STEPHEN J. HERMAN, ESQ.
 8                             820 O'KEEFE AVENUE
                               NEW ORLEANS, LA  70113

 9

10                             CUNNINGHAM BOUNDS
11                             BY:  ROBERT T. CUNNINGHAM, ESQ.
                               1601 DAUPHIN STREET
12                             MOBILE, AL  36604

13

14                             LEWIS, KULLMAN, STERBCOW & ABRAMSON
                               BY:  PAUL M. STERBCOW, ESQ.
15                             PAN AMERICAN LIFE BUILDING
                               601 POYDRAS STREET, SUITE 2615
16                             NEW ORLEANS, LA  70130

17

18                             BREIT DRESCHER IMPREVENTO & WALKER
                               BY:  JEFFREY A. BREIT, ESQ.
19                             600 22ND STREET, SUITE 402
                               VIRGINIA BEACH, VA  23451

20

21

22                             LEGER & SHAW
                               BY:  WALTER J. LEGER, JR., ESQ.
                               600 CARONDELET STREET, 9TH FLOOR
23                             NEW ORLEANS, LA  70130

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                           WATTS, GUERRA, CRAFT
                             BY:  MIKAL C. WATTS, ESQ.
 4                           4 DOMINION DRIVE
                             BUILDING 3, SUITE 100
 5                           SAN ANTONIO, TX 78257

 6

 7                           WILLIAMS LAW GROUP
                             BY:  CONRAD S. P. WILLIAMS, ESQ.
 8                           435 CORPORATE DRIVE, SUITE 101
                             HOUMA, LA  70360

 9

10                           THORNHILL LAW FIRM
11                           BY:  THOMAS THORNHILL, ESQ.
                             1308 NINTH STREET
12                           SLIDELL, LA  70458

13

14                           DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                             BY:  JOHN W. DEGRAVELLES, ESQ.
15                           618 MAIN STREET
                             BATON ROUGE, LA 70801
16

17

18                           WILLIAMSON & RUSNAK
                             BY:  JIMMY WILLIAMSON, ESQ.
                             4310 YOAKUM BOULEVARD
19                           HOUSTON, TX  77006

20

21                           IRPINO LAW FIRM
                             BY:  ANTHONY IRPINO, ESQ.
22                           2216 MAGAZINE STREET
                             NEW ORLEANS, LA  70130
23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR THE UNITED STATES
     OF AMERICA:                  U.S. DEPARTMENT OF JUSTICE
 4                                TORTS BRANCH, CIVIL DIVISION
                                  BY:  R. MICHAEL UNDERHILL, ESQ.
 5                                450 GOLDEN GATE AVENUE
                                  7TH FLOOR, ROOM 5395
 6                                SAN FRANCISCO, CA  94102

 7


 8                                U.S. DEPARTMENT OF JUSTICE
                                  ENVIRONMENT & NATURAL RESOURCES DIVISION
 9                                ENVIRONMENTAL ENFORCEMENT SECTION
                                  BY:  STEVEN O'ROURKE, ESQ.
10                                     SCOTT CERNICH, ESQ.
                                       DEANNA CHANG, ESQ.
11                                     RACHEL HANKEY, ESQ.
                                       A. NATHANIEL CHAKERES, ESQ.
12                                P.O. BOX 7611
                                  WASHINGTON, DC  20044
13

14
                                  U.S. DEPARTMENT OF JUSTICE
15                                TORTS BRANCH, CIVIL DIVISION
                                  BY:  JESSICA McCLELLAN, ESQ.
16                                     MICHELLE DELEMARRE, ESQ.
                                       JESSICA SULLIVAN, ESQ.
17                                     SHARON SHUTLER, ESQ.
                                       MALINDA LAWRENCE, ESQ.
18                                POST OFFICE BOX 14271
                                  WASHINGTON, DC  20044
19

20
                                  U.S. DEPARTMENT OF JUSTICE
21                                FRAUD SECTION
                                  COMMERCIAL LITIGATION BRANCH
22                                BY:  DANIEL SPIRO, ESQ.
                                       KELLEY HAUSER, ESQ.
23                                     ELIZABETH YOUNG, ESQ.
                                  BEN FRANKLIN STATION
24                                WASHINGTON, DC  20044

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE STATE OF
     ALABAMA:                        ALABAMA ATTORNEY GENERAL'S OFFICE
 4                                   BY: LUTHER STRANGE, ATTORNEY GENERAL
                                         COREY L. MAZE, ESQ.
 5                                       WINFIELD J. SINCLAIR, ESQ.
                                     500 DEXTER AVENUE
 6                                   MONTGOMERY, AL  36130

 7

 8   FOR THE STATE OF
     LOUISIANA OFFICE
 9   OF THE ATTORNEY
     GENERAL:
10                                   STATE OF LOUISIANA
                                     BY:  JAMES D.  CALDWELL,
11                                   ATTORNEY GENERAL
                                     1885 NORTH THIRD STREET
12                                   POST OFFICE BOX 94005
                                     BATON ROUGE, LA  70804
13

14
                                     KANNER & WHITELEY
15                                   BY:  ALLAN KANNER, ESQ.
                                          DOUGLAS R. KRAUS, ESQ.
16                                   701 CAMP STREET
                                     NEW ORLEANS, LA  70130
17

18

19   FOR BP EXPLORATION &
     PRODUCTION INC.,
20   BP AMERICA PRODUCTION
     COMPANY, BP PLC:                LISKOW & LEWIS
21                                   BY:  DON K. HAYCRAFT, ESQ.
                                     ONE SHELL SQUARE
22                                   701 POYDRAS STREET
                                     SUITE 5000
23                                   NEW ORLEANS, LA  70139

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                               COVINGTON & BURLING
                                BY:  ROBERT C. "MIKE" BROCK, ESQ.
 4                               1201 PENNSYLVANIA AVENUE, NW
                                WASHINGTON, DC  20004
 5

 6
                                KIRKLAND & ELLIS
 7                               BY:  J. ANDREW LANGAN, ESQ.
                                     HARIKLIA "CARRIE" KARIS, ESQ.
 8                                    MATTHEW T. REGAN, ESQ.
                                300 N. LASALLE
 9                               CHICAGO, IL  60654

10

11   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
12   OFFSHORE DEEPWATER
     DRILLING INC., AND
13   TRANSOCEAN DEEPWATER
     INC.:                      FRILOT
14                               BY:  KERRY J. MILLER, ESQ.
                                ENERGY CENTRE
15                               1100 POYDRAS STREET, SUITE 3700
                                NEW ORLEANS, LA  70163
16

17                               SUTHERLAND ASBILL & BRENNAN
18                               BY:  STEVEN L. ROBERTS, ESQ.
                                     RACHEL G. CLINGMAN, ESQ.
19                               1001 FANNIN STREET, SUITE 3700
                                HOUSTON, TX  77002
20

21                               MUNGER TOLLES & OLSON
22                               BY:  MICHAEL R. DOYEN, ESQ.
                                     BRAD D. BRIAN, ESQ.
23                                    LUIS LI, ESQ.
                                335 SOUTH GRAND AVENUE, 35TH FLOOR
24                               LOS ANGELES, CA  90071

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                               MAHTOOK & LAFLEUR
                                BY:  RICHARD J. HYMEL, ESQ.
 4                              1000 CHASE TOWER
                                600 JEFFERSON STREET
 5                              LAFAYETTE, LA  70502

 6

 7                               HUGHES ARRELL KINCHEN
                                BY:  JOHN KINCHEN, ESQ.
 8                              2211 NORFOLK, SUITE 1110
                                HOUSTON, TX  77098
 9

10

11   FOR CAMERON INTERNATIONAL
     CORPORATION:                STONE PIGMAN WALTHER WITTMANN
12                              BY:   PHILLIP A. WITTMANN, ESQ.
                                546 CARONDELET STREET
13                              NEW ORLEANS, LA 70130

14

15                               BECK REDDEN & SECREST
                                BY:  DAVID J. BECK, ESQ.
16                                   DAVID W. JONES, ESQ.
                                     GEOFFREY GANNAWAY, ESQ.
17                                   ALEX B. ROBERTS, ESQ.
                                ONE HOUSTON CENTER
18                              1221 MCKINNEY STREET, SUITE 4500
                                HOUSTON, TX  77010
19

20
     FOR HALLIBURTON
21   ENERGY SERVICES,
     INC.:                       GODWIN LEWIS
22                              BY:  DONALD E. GODWIN, ESQ.
                                     FLOYD R. HARTLEY, JR., ESQ.
23                                   GAVIN HILL, ESQ.
                                RENAISSANCE TOWER
24                              1201 ELM STREET, SUITE 1700
                                DALLAS, TX  75270.
25
```

OFFICIAL TRANSCRIPT

```
 1    APPEARANCES CONTINUED:

 2

 3                              GODWIN LEWIS
                               BY:  JERRY C. VON STERNBERG, ESQ.
 4                              1331 LAMAR, SUITE 1665
                               HOUSTON, TX  77010
 5

 6
      FOR M-I L.L.C.:          MORGAN, LEWIS & BOCKIUS
 7                             BY:  HUGH E. TANNER, ESQ.
                                   DENISE SCOFIELD, ESQ.
 8                                 JOHN C. FUNDERBURK, ESQ.
                               1000 LOUISIANA STREET, SUITE 4000
 9                             HOUSTON, TX  77002

10

11

12    OFFICIAL COURT REPORTER:    KAREN A. IBOS, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
13                                REGISTERED MERIT REPORTER
                                  500 POYDRAS STREET, ROOM HB406
14                                NEW ORLEANS, LA  70130
                                  (504) 589-7776
15                                Karen_Ibos@laed.uscourts.gov

16
      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
17    PRODUCED BY COMPUTER.

18

19

20

21

22

23

24

25
```

1661

1    I N D E X

2

3    WITNESS:                                    PAGE/LINE:

4

MILES RANDALL EZELL

   Continued Direct Examination by Mr. Sterbcow    1667/20

   Cross-Examination by Mr. Underhill              1710/14

   Cross-Examination by Mr. Kanner                 1720/5

   Cross-Examination by Ms. Clingman               1725/16

1    **P-R-O-C-E-E-D-I-N-G-S**

2    TUESDAY, MARCH 5, 2013

3    M O R N I N G   S E S S I O N

4

08:00:07   5    (OPEN COURT.)

08:05:43   6    THE COURT:  Thank you.  Everybody please be seated.

08:05:46   7    Sorry about that, Stephanie.  I stepped right over you there.

08:05:49   8    THE DEPUTY CLERK:  That's okay.

08:05:51   9    THE COURT:  Okay.  Any preliminary matters?

08:05:54   10    MR. LEGER:  Your Honor, Walter Leger, Jr., on behalf of

08:05:56   11    PSC.  In connection with the testimony of Professor Andrew Hurst

08:05:59   12    yesterday, we prepared a list of the exhibits and graphics that

08:06:02   13    were used.  We provided it to opposing counsel and have provided a

08:06:08   14    copy to Ben and Stephanie and would like to formally move and offer

08:06:11   15    into evidence those documents.

08:06:13   16    THE COURT:  All right.  Any objections?  Hearing no

08:06:17   17    objections, they will be admitted.

08:06:21   18    MR. REGAN:  Matt Regan on behalf of BP.  Also, with

08:06:23   19    Professor Hurst offering the exhibits that were marked during

08:06:27   20    cross-examination, four exhibits.  I have a list for Stephanie for

08:06:31   21    Ben and we e-mailed it around.

08:06:33   22    THE COURT:  Any objection to Mr. Regan's?  All right.

08:06:36   23    Without objection, those are admitted.

08:06:38   24    MR. REGAN:  Thank you, your Honor.

08:06:39   25    MR. BRIAN:  Your Honor, Brad Brian for Transocean.  I

1663

08:06:41   1    provided Mr. Allums and counsel yesterday with a two-and-a-half

08:06:45   2    page list of the exhibits that I showed to Mr. Bly.  I would offer

08:06:48   3    those into evidence now.  Almost all of them are individual pages,

08:06:51   4    so in that case, what I would like to propose to you is offer the

08:06:54   5    page and also the call out we displayed.  I discussed that with

08:06:58   6    counsel and think that's not objectionable.

08:07:00   7            The one issue is on at least one of the exhibits,

08:07:05   8    Exhibit 295, the document that was provided to the Court was not

08:07:07   9    paginated.  We had it paginated, and I displayed the pages that I

08:07:13  10    am offering into evidence.  I suggest we take that up with

08:07:15  11    Magistrate Judge Shushan on Thursday as to how to solve the

08:07:20  12    electronic record.

08:07:21  13            THE COURT:  That's fine.  Any objection to Transocean?

08:07:25  14            MR. BROCK:  No, sir.  We agree with that, that it would

08:07:27  15    be a good idea.  Some of the documents are so voluminous that if we

08:07:29  16    gave you the pages that were used in the callouts --

08:07:32  17            THE COURT:  That's exactly what we want to do.  If you

08:07:35  18    all are just using a few pages or one or two pages here and there

08:07:41  19    from voluminous documents, I don't want the whole entire document

08:07:45  20    in the record.

08:07:46  21            MR. BRIAN:  What I thought would be easy is to give you

08:07:48  22    the page and attach to it the page with the callout so you can see

08:07:52  23    it in context if you need to see that.

08:07:56  24            THE COURT:  Perfect.  Thank you.

08:07:58  25            THE DEPUTY CLERK:  Could you put the microphone on?  They

OFFICIAL TRANSCRIPT

1664

08:08:01 1    can't hear you.  Thank you.

08:08:04 2                MR. GODWIN:  You're welcome.

08:08:11 3                THE COURT:  Loud and clear.

08:08:13 4                MR. GODWIN:  Good morning, Judge.  Don Godwin, how are

08:08:16 5    you, sir?

08:08:16 6                THE COURT:  Fine.

08:08:17 7                MR. GODWIN:  Last night, Judge, we circulated among all

08:08:19 8    counsel a list of the exhibits of Halliburton used during Bly's

08:08:23 9    examination.  Some were used but not offered.  We had no objections

08:08:27 10   lodged last evening or just prior to the hearing this morning, so

08:08:31 11   we would offer them into evidence at this time.

08:08:33 12               THE COURT:  These pertain to your examination of Mr. Bly

08:08:35 13   you said?

08:08:36 14               MR. GODWIN:  Yes, your Honor.

08:08:37 15               THE COURT:  Are there any objections to these exhibits?

08:08:40 16               MS. KARIS:  Your Honor, I have not had an opportunity to

08:08:42 17   go through the list in light of the time, so if we can look at them

08:08:45 18   this morning as we did the other parties and let Mr. Godwin know by

08:08:50 19   the end of the day.

08:08:52 20               THE COURT:  Okay.

08:08:53 21               MS. KARIS:  Thank you, your Honor.

08:08:54 22               MR. GODWIN:  Thank you, Judge.

08:08:56 23               MR. STERBCOW:  Good morning, your Honor.  Paul Sterbcow

08:08:58 24   for the PSC.  Ms. Karis and I just finished the final Bly exhibit

08:09:03 25   list, and when I am done at a convenient time this morning I will

08:09:07  1    introduce all of the PSC's Bly exhibits as well as the Mike

08:09:10  2    Williams transcript and the thumb drive of the video.

08:09:14  3            THE COURT:  All right.  Very well.  Before we continue

08:09:17  4    with Mr. Ezell's testimony, there are a couple of pending motions

08:09:24  5    that I want to go ahead and deal with.

08:09:27  6            Yesterday, as I recall, in open court on the record, I

08:09:30  7    denied a motion filed by Transocean which was Record Document 8756.

08:09:37  8    This is where Transocean wanted to add certain exhibits in rebuttal

08:09:42  9    to Mr. Bly's testimony.  I denied that motion yesterday in open

08:09:47  10   court.

08:09:48  11           Also denied, likewise, Halliburton's similar motion by

08:09:51  12   Halliburton, which is Record Document 8757 where they -- where

08:09:59  13   Halliburton wanted to also add an additional purported rebuttal

08:10:07  14   document in connection with Mr. Bly's testimony.

08:10:09  15           In addition to those two motions, there are two other

08:10:12  16   pending motions which I am going to deal with right now.

08:10:15  17   Transocean has filed a motion, Record Document 8680.  This pertains

08:10:22  18   to certain documents concerning the *Arctic 1* incident.  As I

08:10:29  19   appreciate things, and I've also discussed this just to get the

08:10:33  20   back ground on it with Judge Shushan to make sure I had a correct

08:10:37  21   understanding, before trial I ruled on a motion in limine where I

08:10:47  22   overruled certain -- objections by Transocean to some documents

08:10:56  23   pertaining to other unrelated incidents which appeared to the Court

08:11:04  24   to fall into a category and nature of well control incidents.

08:11:11  25           As a result of that ruling, Transocean filed this

08:11:14   1    motion, Record Document 8680, allowing them to add -- I believe

08:11:29   2    it's three separate documents, as I recall.  Mr. Brian, can you

08:11:34   3    help me with this?

08:11:35   4              MR. BRIAN:  I don't have that motion in front of me.  I

08:11:38   5    believe it's three separate documents.

08:11:40   6              THE COURT:  Three separate documents, a handful of

08:11:42   7    documents anyway -- I take it back.  I have it right here.  It's

08:11:45   8    four separate categories of documents.  It looks like one being a

08:11:50   9    letter.  They're set out on page two of the memorandum in support,

08:11:59  10    a letter -- one-page letter, what appears to be eight- or nine-page

08:12:10  11    forward plan slide deck -- I'm not sure what that is -- from the

08:12:16  12    *Arctic 1*, and then another three- or four-page document, and then a

08:12:26  13    fourth set of documents which appear to be about seven or eight

08:12:31  14    pages called A Business Performance Review of June 1, 2010, and

08:12:36  15    September 30th, 2010, for the *Arctic 1*.

08:12:41  16              I am going to allow Transocean to add these documents in

08:12:45  17    fairness because, in discussing this with Judge Shushan, she tells

08:12:49  18    me that my ruling on the motion in limine essentially overruled an

08:12:54  19    earlier ruling that she had made in not allowing discovery on those

08:12:59  20    other incidents involving Transocean.  So I think it's only fair to

08:13:03  21    allow Transocean to introduce these relatively few documents, so I

08:13:10  22    am granting Transocean's motion Record Document 8680.

08:13:15  23              And finally, there is a PSC's motion Rec Doc 8711 where

08:13:23  24    the PSC wishes to add one additional trial exhibit which it alleges

08:13:35  25    responds to something said by counsel for Transocean in opening

08:13:41  1    statements -- in its opening statement about the -- this pertained

08:13:54  2    to the statement in opening statements that the MMS, Coast Guard,

08:14:00  3    and BP all had the view that prior to the incident that the

08:14:04  4    *Deepwater Horizon* met or exceeded industry standards.  And the PSC

08:14:12  5    wishes to add a letter from the Department of the Interior.

08:14:15  6              The problem is the letter is dated October 12th, 2011.

08:14:21  7    It's really a letter assessing issues -- it issues notification of

08:14:33  8    incidents of non-compliance to Transocean for -- where there were

08:14:41  9    found to be violations relating to this, relating to this incident.

08:14:46 10    So I don't think that this is responsive in any way or relevant in

08:14:57 11    any way to the statement made by Transocean's counsel.  So I am

08:15:01 12    going to deny PSC's motion Record Document 8711 for that reason.

08:15:08 13              Okay.  Are we ready to proceed?

08:15:13 14              MR. STERBCOW:  Yes, sir.

08:15:15 15              THE COURT:  Mr. Ezell, you're still under oath, sir,

08:15:18 16    okay?

08:15:19 17              THE WITNESS:  Yes, sir.  Good morning.

08:15:20 18              THE COURT:  Good morning.

08:15:24 19                        DIRECT EXAMINATION

08:15:25 20    BY MR. STERBCOW:

08:15:27 21    Q.  Please the Court, record counsel, good morning, Mr. Ezell?

08:15:29 22    A.  Good morning.

08:15:30 23    Q.  We're going to pick up where we left off yesterday afternoon.

08:15:33 24    We were talking about your crew and your history with your crew,

08:15:36 25    and I had mentioned, leading up to that discussion, the sharing of

1668

08:15:40  1    information and communications between yourself and BP well site

08:15:43  2    leaders.  Do you remember that?

08:15:46  3    A.  Yes, sir.

08:15:47  4    Q.  Now, let's take this directly to April 20th, the discussion,

08:15:51  5    directly to April 20th.  Prior to and including April 20, were you,

08:15:58  6    as a senior toolpusher or to your knowledge any member of the drill

08:16:03  7    crew, informed of the issues that BP had faced throughout the

08:16:08  8    Macondo well regarding narrow drill margins?

08:16:14  9    A.  No, sir, not to my knowledge.

08:16:15 10    Q.  Were you told -- were you told or were your drill crew told, to

08:16:20 11    your knowledge, that BP was very concerned about suffering loss

08:16:26 12    returns during the cement job?

08:16:27 13    A.  I do know there was concern for that.

08:16:34 14    Q.  And were you involved in any discussion about how to avoid

08:16:37 15    that?

08:16:40 16    A.  No, sir, not really.

08:16:41 17    Q.  In terms of the cement job, is the drill crew just providing

08:16:46 18    the plan in terms of what's going to be pumped - volume, rate of

08:16:50 19    pumping, et cetera, and then you execute the plan you're given?

08:16:53 20    A.  Yes, sir.  That is true.

08:16:55 21    Q.  And neither BP nor Halliburton sit down with yourself or

08:17:00 22    toolpushers or drillers to talk about the plan, the dangers of the

08:17:05 23    plan, anything like that, correct?

08:17:07 24    A.  We're not really included in the formulation of a cement

08:17:12 25    procedure.

1669

08:17:13  1    Q.  In that vein, did anyone tell you or, to your knowledge,

08:17:17  2    anybody on your drill crew that a low volume of cement would be

08:17:20  3    pumped to avoid stressing the formation?

08:17:23  4    A.  No, sir.  I just had a basic overview of what was happening.

08:17:30  5    Q.  And again, they didn't tell you about decreasing the pump rate

08:17:34  6    out of concern over stressing the formation and causing loss

08:17:38  7    returns during the cement job?

08:17:39  8    A.  No, sir, not that I can recall.

08:17:42  9    Q.  Was there any discussion with the drill crew or yourself about

08:17:46 10    the use of foam cement in a well like Macondo?

08:17:50 11    A.  All I knew is that that was their preferred means of doing this

08:17:57 12    particular cement job was the foam.

08:17:58 13    Q.  In your experience over nine years, was foam cement used a lot

08:18:02 14    from the *Deepwater Horizon*?

08:18:06 15    A.  It had been used from time to time, but it wasn't like it was

08:18:09 16    used a lot, no, sir.

08:18:11 17    Q.  Had it ever been used on a well this deep to your knowledge?

08:18:14 18    A.  Not that I can remember.

08:18:17 19    Q.  Was there any discussion with you or your toolpushers or any

08:18:20 20    member of your drill crew about decisions regarding the number and

08:18:25 21    placement of centralizers?

08:18:28 22    A.  No, sir.  None that I can remember.

08:18:31 23    Q.  Was there any discussion with you, your toolpushers, or your

08:18:34 24    crew about checking the cement job either through a cement bond log

08:18:38 25    or temperature log or any other means that might have been

08:18:41  1   available?

08:18:42  2   A.  We were aware that the cement bond log tools were on the rig

08:18:51  3   and BP so desired that would have been a step that we would have

08:18:54  4   taken.

08:18:54  5   Q.  And would you have assisted in running those cement bond log

08:18:57  6   tools into the hole?

08:18:59  7   A.  We would have helped the wireline company to rig them up, so to

08:19:04  8   speak.

08:19:04  9   Q.  Just like we talked about yesterday?

08:19:06 10   A.  Yes, sir.

08:19:06 11   Q.  And that would have been the extent of your involvement in

08:19:09 12   that?

08:19:09 13   A.  That's right.

08:19:10 14   Q.  Other than being aware they were there and being aware of the

08:19:13 15   possibility that your crew may be needed to help the wireline crew,

08:19:16 16   that was all you knew?

08:19:18 17   A.  I knew there was a possibility we could be running those, but

08:19:20 18   that was about it.

08:19:21 19   Q.  And as the senior person on the drill crew, you essentially

08:19:24 20   wait to get instruction on whether they're going -- tools are going

08:19:28 21   to be used and, if so, when?

08:19:31 22   A.  Yes, sir, that's basically correct.

08:19:33 23   Q.  Now, we do know despite these -- the absence of discussions on

08:19:37 24   the areas we just talked about, there was discussion about a

08:19:41 25   negative test, correct?

08:19:42  1    A.  Yes, sir, there was.

08:19:43  2    Q.  And you were involved in that discussion on some level?

08:19:47  3    A.  Yes, sir, I was.

08:19:50  4    Q.  And when would your first discussion that you can recall on the

08:19:55  5    Macondo well, when would you have first been involved in a

08:19:58  6    discussion regarding the negative test?

08:20:00  7    A.  That would have been right after the pre-tower meeting that

08:20:07  8    day, that final day.

08:20:08  9    Q.  And so would it have been -- pre-tower, your tower was when?

08:20:11  10   A.  Well, it would have been the crew that would have been coming

08:20:14  11   on at noon.

08:20:16  12   Q.  At noon.  So eleven o'clockish?

08:20:18  13   A.  Yes, sir, somewhere around there.

08:20:20  14   Q.  And you were there?

08:20:22  15   A.  I came in a little late toward the end of the meeting.  I was

08:20:25  16   working on something, but, yes, I was there for a few minutes.

08:20:28  17   Q.  Was Jimmy Harrell there?

08:20:30  18   A.  Yes, sir, he was there.

08:20:32  19   Q.  And was the well site leader one or both at the meeting?

08:20:36  20   A.  My recollection was Bob Kaluza, I believe, was there.

08:20:40  21   Q.  And from what some of the things I read, it sounds like that

08:20:45  22   Mr. Harrell insisted that a negative test be done; is that fair?

08:20:50  23   A.  Yes, sir.

08:20:50  24   Q.  That was Jimmy's policy, correct?

08:20:53  25   A.  That's what Jimmy always preferred to do.

1672

08:20:56  1    Q.  Do you know why Jimmy had that policy?

08:20:58  2    A.  Not exactly.  I think he had had some type of bad experience in

08:21:06  3    earlier years in his career relating to a negative test, and he was

08:21:11  4    adamant about always doing one.

08:21:13  5    Q.  So based on your understanding working with Jimmy, he learned a

08:21:19  6    lesson based on a prior experience, and from that point forward

08:21:23  7    Jimmy Harrell's policy on his rig was a negative test was going to

08:21:28  8    be done in this situation to test well integrity, correct?

08:21:30  9    A.  Correct.

08:21:31 10    Q.  And you were fine with that policy?

08:21:34 11    A.  Jimmy was my supervisor, and it was a good sound policy.

08:21:40 12    Q.  And that was what I was going to ask you.  You agreed with it,

08:21:43 13    it was a good thing to do?

08:21:44 14    A.  Yes, sir.

08:21:44 15    Q.  At the time you're doing the negative test, (a) a negative

08:21:50 16    pressure test is a test to see whether or not you've achieved well

08:21:54 17    integrity, correct, whether things are stable down at the bottom of

08:21:57 18    the hole?

08:21:57 19    A.  Correct.

08:21:57 20    Q.  And it's the last test that you do before you begin

08:22:00 21    displacement, correct?

08:22:01 22    A.  Correct.

08:22:02 23    Q.  And displacement, would you agree with me that the displacement

08:22:06 24    is one of the most dangerous, if not the most -- it's one of the

08:22:10 25    most, if not the most, dangerous periods in the life of a well like

08:22:14  1   this?

08:22:14  2   A.  I don't know I can totally agree with you on that.  It is a job

08:22:19  3   that needs to be monitored very closely, but I don't know if I

08:22:23  4   could say, "The most dangerous."

08:22:25  5   Q.  Is it a job that is going to require the crew to intentionally

08:22:30  6   displace a heavier fluid that's providing you with a hydrostatic

08:22:35  7   head with a lighter fluid?

08:22:36  8   A.  That's what it does.

08:22:37  9   Q.  And you all know that's common?

08:22:40  10  A.  Yes.

08:22:41  11  Q.  So you know you are intentionally, in order to conduct the

08:22:44  12  test, creating a situation where you're underbalancing or could

08:22:48  13  underbalance the well?

08:22:49  14  A.  That's correct.

08:22:49  15  Q.  And when you do that, as you said, vigilance by the drill crew

08:22:56  16  is absolutely necessary?

08:22:58  17  A.  Correct.

08:22:59  18  Q.  Because the consequence of getting something like that wrong or

08:23:02  19  missing things could be exactly what happened here, correct?

08:23:06  20  A.  There's always that possibility.

08:23:08  21  Q.  Now, did Transocean have any written procedure to conduct the

08:23:15  22  negative test?

08:23:16  23  A.  Not to my knowledge.

08:23:19  24  Q.  Where did Jimmy get his procedure?

08:23:21  25  A.  I am not sure.  I can't really speak for Jimmy, I don't know.

1674

08:23:26  1    Q.  Did Jimmy -- when you were on the rig when Jimmy was on the rig

08:23:30  2    and a negative test was performed, did he perform it the same way

08:23:33  3    every time?  Was his procedure consistent?

08:23:36  4    A.  The test can change as far as the way that it's lined up, the

08:23:48  5    way that you monitor it.  As far as the basic ingredients for the

08:23:57  6    test, like the test depth, the type of fluid that you're going to

08:24:02  7    use, the point of underbalance, those are all BP specific data

08:24:09  8    points that they gave us.

08:24:11  9    Q.  And who created the procedure, if you know, for the negative

08:24:16  10   testing, negative pressure test procedures that were done on the

08:24:21  11   *Deepwater Horizon* the night of April 20th?

08:24:23  12   A.  I don't know.  I am not exactly sure who actually formulated

08:24:35  13   that, what person, what individual.

08:24:38  14   Q.  Do you know if Jimmy Harrell had any say as to how these

08:24:44  15   particular negative tests were done?

08:24:46  16   A.  Jimmy would always review whatever procedures that we had to

08:24:54  17   make sure that that's what he wanted.

08:24:58  18   Q.  So you feel confident that as of the late evening, or before

08:25:01  19   the negative test started on April 20, 2010, Jimmy had at least

08:25:09  20   reviewed the proposed negative pressure testing procedures?

08:25:11  21   A.  I feel like he was aware of the way that we were going to do

08:25:18  22   it.

08:25:19  23   Q.  In the past when you all had performed negative test

08:25:22  24   procedures, did they typically involve using the kill line on the

08:25:31  25   BOP?

08:25:32  1   A.  The negative pressure tests that we did just prior to the one

08:25:35  2   that we did on April 20th were lined up on a little bit different

08:25:41  3   fashion.

08:25:41  4   Q.  Explain that to the judge.  What do you mean by that?

08:25:43  5   A.  Well, we were using a drill pipe as our way to monitor.  When

08:25:49  6   we bled that off, we watched that for no flow instead of the kill

08:25:55  7   line.

08:25:55  8   Q.  Would you typically use the kill line and not the drill pipe?

08:25:59  9   A.  We had typically used the drill pipe for a length of time.

08:26:04  10  Q.  Okay.

08:26:05  11  A.  That was our most current procedure for conducting a negative

08:26:09  12  test.

08:26:09  13  Q.  And was that the first negative pressure test done that night

08:26:14  14  was on the drill pipe?

08:26:15  15  A.  It was the one that when I walked up on the floor that was in

08:26:20  16  process, but that was aborted, of course, at BP's request.

08:26:25  17  Q.  And that's what -- about what time did you go up to the floor?

08:26:28  18  A.  Somewhere around 5:30, somewhere in that neighborhood, 5:15,

08:26:36  19  5:30, something like that.

08:26:37  20  Q.  And the test was ongoing at that point?

08:26:39  21  A.  They were in the process of doing that initial test that was

08:26:41  22  aborted.

08:26:42  23  Q.  And was drill crew change at 6:00 P.M. or was it at noon?

08:26:46  24  A.  No, it was the same drill crew.  They came on at noon, just

08:26:51  25  like you said.

1676

08:26:52 1    Q.  They were on all the way through?

08:26:54 2    A.  But there were changes in personnel at 6:00 P.M.

08:26:57 3    Q.  What happened?  What type changes?

08:26:59 4    A.  At that particular time, it would have been several different

08:27:03 5    changes going on in personnel.  It would have been changes in the

08:27:09 6    subsea engineers, changes I believe in the mud engineers, changes

08:27:17 7    in the tire pushers, which was like Jason and Wyman.  And of course

08:27:26 8    the well site leaders as well.

08:27:27 9    Q.  So both at some point just before 6:00 P.M. when you arrived,

08:27:34 10   both the tower pusher -- the duty pusher was Wyman Wheeler, and he

08:27:39 11   went off tower and Jason took his place?

08:27:41 12   A.  That's correct.

08:27:42 13   Q.  Right around 6 o'clock, right around the time you got there?

08:27:45 14   A.  A little before six, but right around there.

08:27:47 15   Q.  And Bob Kaluza had been on.  He changed off and Vidrine came

08:27:51 16   on?

08:27:51 17   A.  That's correct.

08:27:51 18   Q.  And were those two gentlemen the two gentlemen most responsible

08:27:55 19   for monitoring and interpreting the negative tests that night?

08:27:59 20   A.  They were the people who would make the final interpretation.

08:28:05 21   Q.  And they did that together?

08:28:09 22   A.  I can't answer that, because that test was conducted and I

08:28:12 23   wasn't there.

08:28:13 24   Q.  Okay.

08:28:14 25   A.  I don't know.

08:28:14  1    Q.  In your experience aboard the *Deepwater Horizon*, had you ever

08:28:18  2    been in a situation when you were present when a negative test was

08:28:22  3    performed and test results were discussed, even before April 20th,

08:28:26  4    other tests?

08:28:27  5    A.  I'm sorry, could you repeat that, please.

08:28:29  6    Q.  Had you ever been present on the *Deepwater Horizon* in the time

08:28:32  7    period that you were assigned to the boat as a driller and beyond,

08:28:38  8    where you were actually present when a negative test was completed

08:28:41  9    and the test results were discussed?

08:28:43  10   A.  Yes, I have been present.

08:28:46  11   Q.  In those past situations, was there typically a discussion

08:28:50  12   between the on-duty well site leader and the on-duty toolpusher?

08:28:54  13   A.  That's typically correct there.

08:28:57  14   Q.  Of those two gentlemen, was there one who had the final say on

08:29:02  15   whether the test was acceptable or not acceptable?

08:29:04  16   A.  Of course it was -- we all knew it was BP's well, and he had

08:29:09  17   the final say, the well site leader.

08:29:11  18   Q.  So if there was a decision that had to be made, if there was a

08:29:15  19   disagreement, and I am not saying there was or wasn't one the night

08:29:19  20   we're talking about, but if a negative test was done on the

08:29:22  21   *Deepwater Horizon* and the well site leader disagreed with the

08:29:24  22   toolpusher after discussion on what it said, what the results were,

08:29:29  23   the well site leader, according to your knowledge, as the senior

08:29:32  24   toolpusher, was ultimately in charge and made the ultimate

08:29:36  25   decision, correct?

08:29:37  1   A.  He had the ultimate decision, but we also had a stop-work

08:29:44  2   authority if we saw something wasn't correct.

08:29:45  3   Q.  And I was going to ask you that.  If a well site leader made a

08:29:49  4   decision that the toolpusher didn't agree with -- and let's be

08:29:54  5   specific.  If a well site leader made a decision that a negative

08:29:57  6   test was okay, came out fine and you could go on with displacing

08:30:01  7   the well, and the duty toolpusher disagreed and felt that there was

08:30:05  8   an anomaly that needed to be investigated before you started

08:30:08  9   displacement, did that toolpusher have the authority to stop the

08:30:12 10   job?

08:30:12 11   A.  He did have that authority.

08:30:13 12   Q.  Had you ever seen that happen?

08:30:15 13   A.  Not in what you're speaking of right there, but, yes, stopped

08:30:23 14   the job, it happened a lot.

08:30:24 15   Q.  A lot?

08:30:25 16   A.  Different times.

08:30:26 17   Q.  In a specific situation involving an interpretation of a

08:30:29 18   negative test and whether to move forward, you had never seen or

08:30:31 19   heard of a toolpusher invoking that stop policy at that point?

08:30:35 20   A.  To my knowledge, it never happened.

08:30:38 21   Q.  And I'm assuming you have no knowledge of what the ultimate

08:30:43 22   conclusion was of the discussion between Mr. Vidrine and

08:30:47 23   Mr. Anderson that night in terms of whether they agreed with each

08:30:50 24   other?

08:30:50 25   A.  No, sir.  I wished I did know what that discussion was.  I'm

08:30:55  1   sure they probably had it, but I didn't know --

08:30:57  2   Q.  You just don't know?

08:30:58  3   A.  No.

08:30:58  4   Q.  Do you know why the first test was aborted?

08:31:02  5   A.  It was not lined up as per the way BP said it should be lined

08:31:10  6   up.

08:31:10  7   Q.  And what was the problem with the way it had initially been

08:31:13  8   lined up, if you know that detail?

08:31:16  9   A.  I am not aware of any problem of it being lined up on the drill

08:31:20 10   pipe.  It's just -- from my recollection, I believe the well site

08:31:28 11   leaders had told us that the APD or the MMS wanted it monitored on

08:31:37 12   the kill line.

08:31:38 13   Q.  And so the first test, that wasn't done?

08:31:41 14   A.  No, sir, it wasn't.  We were following our normal procedure.

08:31:45 15   Q.  So you had to deviate from the Transocean normal negative test

08:31:53 16   procedure in order to accommodate whatever requirement the MMS had

08:31:57 17   placed on BP in terms of how to do the test?

08:32:00 18   A.  We deviated as per BP's request there.

08:32:03 19   Q.  So they requested a deviation from your normal procedure and,

08:32:07 20   obviously, you followed their request?

08:32:09 21   A.  Yes.  Because that was not something that we hadn't done

08:32:15 22   before, monitor on the kill line.  We had done that before.

08:32:18 23   Q.  Had you ever had a situation where you monitored both the drill

08:32:21 24   pipe and the kill line and compared the two?

08:32:23 25   A.  No, sir, I can't recall ever doing that.

08:32:27  1    Q.  Do you recall any discussion while you were aboard the

08:32:30  2    *Deepwater Horizon* or any training of you or your toolpushers or the

08:32:35  3    drill crew as to what it meant if you had a differential pressure

08:32:41  4    on the kill line versus the drill pipe in a negative pressure test?

08:32:47  5    A.  I can't recall any specific training.

08:32:49  6    Q.  And you don't recall even ever having faced that situation

08:32:53  7    before, do you?

08:32:55  8    A.  In all my years, I've never seen that particular situation.

08:32:59  9    Q.  And there was no manual that you could reference or

08:33:02 10    Mr. Anderson could reference that would tell you if you face a

08:33:07 11    situation where you have differential pressure between the drill

08:33:10 12    pipe and the kill line in a negative pressure test, these are the

08:33:15 13    steps you have to take, nothing to go to?

08:33:18 14    A.  I don't recall seeing that.

08:33:21 15    Q.  Now, my understanding is that you don't know exactly what the

08:33:25 16    results or if there were even any results of the first test before

08:33:29 17    it was aborted, right?

08:33:31 18    A.  No, sir.

08:33:31 19    Q.  You don't even know if they got far enough to have results?

08:33:35 20    A.  All I know is the test was stopped and then I had told Jason,

08:33:42 21    since it was at a changing-over period and there was a lot of

08:33:46 22    different discussion s going on, when everybody, we call it

08:33:51 23    relieved each other, I told him to stop the job and have a good

08:33:58 24    safety meeting with everybody, make sure everybody was on the same

08:34:01 25    page before he started.

08:34:02  1    Q.  And there is no doubt in your mind that he did just that?

08:34:06  2    A.  Knowing Jason like I knew him, yes, he did that.

08:34:12  3    Q.  And that safety meeting would have included himself, it would

08:34:13  4    have included Dewey Revette, the crew?

08:34:15  5    A.  Yes, it would.

08:34:15  6    Q.  The crew, whatever crew as on?

08:34:18  7    A.  It would have the crew, the mud engineer, would have had the BP

08:34:20  8    well site leader, everybody involved subsea.

08:34:23  9    Q.  Jason would have run that meeting?

08:34:25 10    A.  He would have.

08:34:26 11    Q.  Based on your knowledge and your experience and having been a

08:34:28 12    toolpusher, do you have any doubt that Jason would have walked the

08:34:32 13    crew through exactly what they were getting ready to do?

08:34:35 14    A.  He would have walked them through for sure.

08:34:37 15    Q.  And he probably would have also told them, while we're doing

08:34:40 16    this, these are the risks, these are the potential problems, and

08:34:43 17    you guys need to be on the look out for these, whatever those might

08:34:46 18    have been?

08:34:46 19    A.  Yes, sir.

08:34:47 20    Q.  Would anybody from BP -- would Mr. Vidrine have been involved

08:34:51 21    in that meeting as well, do you know?

08:34:52 22    A.  I really can't say.  I would like to think he was, but I wasn't

08:34:56 23    there.

08:34:56 24    Q.  But you don't know, okay.  Now, at that point when you talked

08:35:00 25    to Jason and he comes on, he has a safety meeting, you're gone,

08:35:05  1   right, you're not up there?

08:35:07  2   A.  Yeah, I am not on the floor.

08:35:09  3   Q.  And you're off then?

08:35:12  4   A.  Yeah.

08:35:12  5   Q.  As off as you can be?

08:35:14  6   A.  Right, right.

08:35:15  7   Q.  When is the next time you spoke to Jason?

08:35:18  8   A.  Well, it was a little after nine when our meeting that we were

08:35:24  9   involved in was over.

08:35:27 10   Q.  Would 9:20 sound about right?

08:35:30 11   A.  It would.

08:35:30 12   Q.  Was it a phone call?

08:35:32 13   A.  Yes.  I called Jason from my office and I was asking him about

08:35:40 14   what was going on with the negative test, how did it go.

08:35:42 15   Q.  And what did he tell you?

08:35:44 16   A.  He said it was a good test, we bled it off.  He said, we

08:35:48 17   watched it for 30-minutes and it was no flow.

08:35:52 18   Q.  And that's all you know, that's the only knowledge you had then

08:35:56 19   through the time of the blowout about the specific results of the

08:36:00 20   negative pressure test, correct?

08:36:01 21   A.  That's all the knowledge I had then.

08:36:04 22   Q.  Now, you've learned some things since the accident?

08:36:07 23   A.  Well, I guess we all have.

08:36:09 24   Q.  Right.  Have you learned that there was a differential pressure

08:36:13 25   on the drill pipe versus the kill line?

1683

08:36:15  1    A.  That's what I've been told.

08:36:17  2    Q.  Again, a situation that in your experience on the rig, you

08:36:22  3    can't recall ever having dealt with?

08:36:24  4    A.  That's correct.

08:36:25  5    Q.  Do you have any reason to believe Jason Anderson had ever dealt

08:36:29  6    with that?

08:36:30  7               MR. BROCK:  I am going to object to the foundation there.

08:36:33  8               MR. STERBCOW:  If you know.

08:36:33  9    BY MR. STERBCOW:

08:36:34 10    Q.  Let me rephrase the question.  As the supervisor of Jason

08:36:39 11    Anderson for how long -- how long did you supervise Jason?

08:36:42 12    A.  Roughly probably five years, four or five years.

08:36:48 13    Q.  During that five-year period, are you aware of any situation

08:36:51 14    where Jason Anderson was on tower during a negative pressure test

08:36:55 15    where he faced a situation involving positive pressure on the drill

08:37:00 16    pipe and no pressure on the kill line?

08:37:02 17    A.  I am not aware of any.

08:37:04 18    Q.  Are you aware of any situation where Dewey Revette ever faced

08:37:08 19    that situation?

08:37:08 20    A.  No, sir, I am not.

08:37:11 21    Q.  Anybody on the drill crew, to your knowledge, ever face that

08:37:14 22    situation?

08:37:15 23    A.  No, sir.

08:37:19 24    Q.  Do you know if Mr. Vidrine had ever faced that situation?

08:37:22 25    A.  I don't know.

1684

08:37:23   1    Q.  And at that point, you don't know from a factual standpoint

08:37:27   2    that that condition even exists because you were not on the floor

08:37:32   3    and that information was not relayed to you?

08:37:34   4    A.  It definitely wasn't relayed to me.

08:37:36   5    Q.  If Jason Anderson had told you, boss, we've got 1400 psi on the

08:37:42   6    drill pipe and 0 on the kill line, what would have been your

08:37:46   7    response?

08:37:46   8    A.  It's definitely something I know we would have all had to

08:37:53   9    understand and figure out.  I probably would have got Jimmy Harrell

08:37:56  10    and we would have helped investigate.

08:37:59  11    Q.  That didn't happen because -- and not being critical when I say

08:38:03  12    this, so don't get my statement wrong -- Jason felt comfortable

08:38:07  13    enough with the results that he didn't feel like he needed to give

08:38:10  14    you that information?

08:38:12  15    A.  He did feel comfortable --

08:38:14  16              MS. CLINGMAN:  I'm going to object on foundation, calls

08:38:16  17    for speculation.

08:38:18  18              MR. STERBCOW:  I'll rephrase --

08:38:19  19              THE COURT:  I sustain.

08:38:20  20              MR. STERBCOW:  I'll rephrase my question.

08:38:22  21    BY MR. STERBCOW:

08:38:23  22    Q.  Jason Anderson was a top-notch toolpusher, was he not?

08:38:27  23    A.  Yes, he was.

08:38:28  24    Q.  And Jason Anderson was trained that if he had any concern

08:38:31  25    whatsoever, particularly in a situation where he is interpreting a

1685

08:38:35  1  test that will either give them the green light to displace this

08:38:39  2  well and underbalance it or make them stop and check for a problem,

08:38:42  3  if he had any concern whatsoever, was he not trained and would you

08:38:46  4  not have expected him to tell you?

08:38:48  5  A.  If he had any condition that he didn't understand, I'm pretty

08:38:53  6  sure he would have told me.

08:38:55  7  Q.  You didn't know anything about the differential in the pipes

08:39:01  8  until after this accident had happened?

08:39:02  9  A.  That's correct.

08:39:03  10  Q.  And as far as you know, Mr. Harrell didn't know anything about

08:39:06  11  it either?

08:39:06  12  A.  I don't believe he did.

08:39:19  13  Q.  Have you learned since the accident that the post-accident look

08:39:26  14  at the well data indicates that the first indication of a potential

08:39:33  15  problem downhole occurred right around 9:00 P.M., has anybody told

08:39:39  16  you that?

08:39:39  17  A.  I don't know I heard the exact time, but I've heard something

08:39:44  18  about that, yes.

08:39:45  19  Q.  Do you know that the first indication of a potential problem in

08:39:50  20  terms of well integrity would have shown up on the screen before

08:39:58  21  your phone call to Mr. Anderson where he told you the negative test

08:40:02  22  went great?

08:40:03  23  A.  I suppose.

08:40:09  24  Q.  Hypothetically, if you assume for me that the *Deepwater Horizon*

08:40:15  25  high-tech system noted an anomaly in drill pipe pressure prior to

1686

08:40:22  1    9:20 that was visible on the screen, would you have expected either

08:40:29  2    Dewey Revette or Jason Anderson to notify you as a senior

08:40:33  3    toolpusher of what they were seeing?

08:40:36  4         MS. CLINGMAN:  Your Honor, Rachel Clingman, I am going to

08:40:39  5    object to the foundation of the hypothetical.  He's already said he

08:40:44  6    wasn't there.

08:40:45  7         THE COURT:  Overruled.

08:40:46  8    BY MR. STERBCOW:

08:40:46  9    Q.  It has nothing to do with you being there.  I'm assuming you're

08:40:50  10   eating, you're off, you're doing paperwork, whatever you needed to

08:40:52  11   do.  My point is very simple.  You're the senior toolpusher.  Jimmy

08:40:55  12   Harrell is right above you.  If we're now in a situation where we

08:41:01  13   are in displacement or getting ready to displace this well and the

08:41:04  14   screen picks up an anomaly in drill pipe pressure, would you not

08:41:09  15   expect to be informed of that event?

08:41:15  16   A.  What would that anomaly be?  It's according to the situation.

08:41:20  17   Q.  What anomaly would show up in that situation that would have

08:41:24  18   concerned you as a driller, a drill pipe pressure?  What would you

08:41:27  19   have been looking for, 9 o'clock, 9:15, 9:30 that night?

08:41:31  20   A.  I'm sorry, I don't know if I can really answer that because I

08:41:36  21   wasn't there to, you know, to see what was going on.

08:41:40  22   Q.  Do you know of any signature signs of drill pipe pressure or

08:41:43  23   drill pipe pressure versus kill line pressure in that situation

08:41:48  24   that would have concerned you as a driller?

08:41:50  25   A.  I am not aware of a signature sign.

08:41:55   1    Q.  What is the driller looking for -- first of all, let me ask

08:42:00   2    you, is the driller during this time period observing his high-tech

08:42:04   3    screen?

08:42:04   4    A.  Yes, he is.

08:42:06   5    Q.  What is he looking for?

08:42:08   6    A.  He is monitoring the well and looking for changes.

08:42:12   7    Q.  What type of changes would he be looking for that would

08:42:16   8    indicate to a driller like Dewey Revette that there may be a

08:42:20   9    problem with well integrity?

08:42:21  10    A.  The first thing that comes to mind would be an increase in

08:42:30  11    flow.

08:42:30  12    Q.  Increase in flow.  Have you gone back and looked at any of the

08:42:34  13    data?

08:42:35  14    A.  I've looked at that Sperry Sun data briefly, but just to be

08:42:42  15    honest, that's pretty painful stuff for me and I don't -- I've

08:42:47  16    never really done anything but just briefly look at it.

08:42:50  17    Q.  Understood.  So as you sit here, you don't have the knowledge

08:42:53  18    of what Dewey Revette saw or what anybody else saw in terms of --

08:42:57  19    or the Sperry Sun hand in terms of flow or drill pipe pressure or

08:43:02  20    kill line pressure, you don't have that knowledge of what they

08:43:05  21    looked at?

08:43:06  22    A.  I mean, I know what they basically look at, but -- does that

08:43:12  23    answer your question?

08:43:13  24    Q.  Well, here is my question:  Do you have any opinion, having

08:43:16  25    gone back and looked at whatever it was you were able to see, as to

1688

08:43:21  1  whether or not anyone on the Transocean drill crew missed signs of

08:43:27  2  a well control event?

08:43:29  3  A.  I'm sure there was some misinterpretations, there had to have

08:43:39  4  been by the crew.  That's about all I can say.

08:43:43  5  Q.  That's all you can add on that?

08:43:45  6  A.  Yes.

08:43:46  7  Q.  In terms of what specifically they may have missed and exactly

08:43:49  8  when they would have missed it, that's not something you would

08:43:51  9  know?

08:43:51  10  A.  Like I say, I don't really like to think about it very much.

08:43:54  11  Q.  Understood.  Do you know -- and maybe you don't know this

08:44:00  12  either, given the limitations.  Do you know whether or not the

08:44:05  13  high-tech system even picked up signs that, had they been seen,

08:44:15  14  would have been clear signs of a problem downhole?

08:44:17  15  A.  I do know that it had a trending mechanism.  It also had

08:44:25  16  pressure gauges that you could, you know, have a clear view and see

08:44:30  17  what's happening.

08:44:31  18  Q.  Beyond that, again, with this specific situation, you can't

08:44:36  19  comment any further?

08:44:37  20  A.  (WITNESS NODS HEAD IN THE AFFIRMATIVE.)

08:44:38  21  Q.  Is it fair to say, though, by 9:20 or thereabouts, that

08:44:46  22  Mr. Anderson had misinterpreted the consequences of a differential

08:44:53  23  in drill pipe versus kill line pressure?  He didn't appreciate what

08:44:58  24  that told him, because he told you the test was fine?

08:45:02  25  A.  I think through whatever conversations he had with, you know,

08:45:07  1    Dewey or well site leaders or whatever, I think there was

08:45:10  2    definitely a misinterpretation.

08:45:13  3    Q.  And is it also fair to say that by at least 9:30 and beyond,

08:45:22  4    that Dewey or whomever on the drill crew was up on the floor

08:45:26  5    watching the well had missed signs of a well control event?

08:45:32  6    A.  I'm sorry, I can't really say for sure.

08:45:38  7    Q.  Can you say that by the time the drill crew saw a well control

08:45:45  8    event was taking place that it was too late to take responsive

08:45:52  9    measures to prevent the mud and the gas from reaching the drill

08:45:56 10    floor?

08:45:56 11              MS. CLINGMAN:  Your Honor, object, calls for speculation,

08:45:59 12    no foundation.

08:46:00 13              MR. STERBCOW:  My question is, can you answer that, do

08:46:02 14    you know.

08:46:02 15              THE COURT:  What would he be basing that on, like things

08:46:06 16    he's reviewed since?

08:46:07 17              MR. STERBCOW:  First things you've reviewed since.

08:46:11 18    BY MR. STERBCOW:

08:46:11 19    Q.  Have you reviewed anything since this incident that would lead

08:46:14 20    you to believe that by the time the Transocean crew, Dewey and

08:46:19 21    whoever else was up there, saw signs, realized that there was a

08:46:22 22    well control event occurring, that whatever responsive action they

08:46:27 23    took or could take at that point was not going to prevent the mud

08:46:31 24    and the gas and the hydrocarbons from coming up through the riser

08:46:35 25    and reaching the drill floor?

1690

08:46:39  1          MR. BROCK:  Object to that one also on foundation.

08:46:41  2          THE COURT:  All right.  Let's see if the witness can

08:46:44  3   answer it, though.

08:46:45  4   BY MR. STERBCOW:

08:46:45  5   Q.  If you can answer.

08:46:46  6   A.  All I know is the guys were doing everything within their power

08:46:55  7   to keep the well under control.  I mean, they give every last

08:47:01  8   measure of their training to shut the well in and try to prevent

08:47:05  9   it.

08:47:06  10  Q.  And having said that, and knowing what happened, isn't it fair

08:47:14  11  to conclude that one of two things occurred:  Either between

08:47:22  12  misinterpretation of the negative test and a delay in realizing the

08:47:26  13  well was flowing, they could not do everything -- whatever they did

08:47:34  14  was too late, or whatever equipment that they had at their disposal

08:47:40  15  to try to stop this event could not and did not stop it?  One of

08:47:46  16  those two things has to be true?

08:47:49  17          MS. CLINGMAN:  Your Honor, I am going to object.

08:47:50  18          THE COURT:  I'll sustain the objection.

08:47:52  19  BY MR. STERBCOW:

08:47:52  20  Q.  Let me back up and ask it this way.  Put up, Carl, if you

08:48:00  21  would, D 2150.  This is a diagram, and take a minute to look at it,

08:48:11  22  and what it is TREX 00986.032.  It's a diagram that depicts post

08:48:19  23  Macondo, a series of events that occurred from the time of the spud

08:48:22  24  to the time that total depth was called at 18,360, okay.

08:48:27  25  A.  Okay.

08:48:28  1    Q.  And it indicates that there were numerous loss return events,

08:48:34  2    there was a kick at 8,970 on October 26, and a kick at 13,305 feet

08:48:42  3    on March 8th, 2010.  Do you remember those events now three years

08:48:47  4    later?

08:48:47  5    A.  I have some memory of the March 8th kick.

08:48:54  6    Q.  Is it fair to say that based on this diagram, assuming it's

08:48:58  7    accurate, that this well had been a difficult well to drill?

08:49:02  8    A.  Yes, it was difficult, but -- it was challenging, but of all of

08:49:12  9    the wells we drilled, it was not really out of the norm.  Just

08:49:17 10    about all of the wells that we were drilling were not simple, they

08:49:21 11    were all challenging wells like this.

08:49:22 12    Q.  Like this one.  So your crew encountered difficulties with loss

08:49:27 13    returns and kicks and so forth not just at Macondo, but other wells

08:49:31 14    that *Deepwater Horizon* had drilled while you were assigned to the

08:49:34 15    vessel?

08:49:34 16    A.  That's correct.

08:49:35 17    Q.  And if I recall correctly, you had recalled -- or you have

08:49:41 18    recalled in the past experiencing about seven or eight kicks in

08:49:45 19    your time aboard the *Deepwater Horizon*, is that a fair statement?

08:49:49 20    A.  I am not sure now of the exact number, but I have seen several

08:49:56 21    kicks.

08:49:58 22    Q.  Do you think prior to Macondo, you had seen more than ten?

08:50:02 23    A.  In all my years?

08:50:07 24    Q.  Right.

08:50:09 25         MR. BROCK:  Your Honor, I just ask for qualification on

OFFICIAL TRANSCRIPT

08:50:11  1    time.  Is he talking about since the *Deepwater Horizon* was put in

08:50:14  2    service or his entire career?

08:50:16  3              MR. STERBCOW:  *Deepwater Horizon*.

08:50:18  4              THE WITNESS:  Just *Deepwater Horizon*?

08:50:21  5    BY MR. STERBCOW:

08:50:21  6    Q.  Right.

08:50:22  7    A.  I mean, that's 50-plus wells, it would be hard for me to

08:50:26  8    remember exactly.  But all I can tell you, there were many kicks,

08:50:32  9    probably eight -- six, eight, ten.  I mean, you know, there were a

08:50:38  10   good many.

08:50:39  11   Q.  Six, eight, somewhere in there?

08:50:41  12   A.  On all of those wells, yes.

08:50:42  13   Q.  On all of those wells.  Now, given -- and how many wells are we

08:50:47  14   talking about?

08:50:48  15   A.  Over 50.

08:50:51  16   Q.  Over 50 wells.  And let's assume in over 50 wells, there were

08:50:55  17   ten, use the upper number, about ten kicks that you had faced.  If

08:50:59  18   we count the one the night of April 20, between October 26, 2009,

08:51:05  19   and April 20, 2010 on the *Horizon* alone, there were three,

08:51:09  20   according to this, if this diagram is correct, and you add in the

08:51:13  21   one the night of the blowout, correct?  October 26, 2009; March 8,

08:51:20  22   2010; April 20, 2010.

08:51:26  23   A.  In the October 26, that was *Marianas*.

08:51:33  24   Q.  Thank you.  So you wouldn't have been on the *Marianas*?

08:51:36  25   A.  No, sir.

08:51:36  1    Q.  So you would have been aboard the *Horizon* for the March -- or

08:51:40  2    you would have been assigned to the *Horizon*, I don't know if you

08:51:41  3    were actually out on the boat at that time, for the March 8th kick

08:51:44  4    and then the April 20 kick?

08:51:46  5    A.  Yes.

08:51:46  6    Q.  So that's two of the three, you were there?

08:51:50  7    A.  Yes.

08:51:50  8    Q.  So if you had ten total on 50 wells and two on this well, you

08:51:59  9    experienced more on Macondo than you had in terms of frequency rate

08:52:04  10   than you had in the past, correct?

08:52:06  11   A.  I am not sure if I can say that for sure, but, I mean, maybe --

08:52:16  12   maybe it was -- I don't know how to word it.  Let's see.  It was

08:52:25  13   not really a large number, you know, like two kicks, in my

08:52:31  14   experience.  I guess it was a little bit more than average, I can

08:52:39  15   probably say that.

08:52:40  16   Q.  Okay.  Were you aboard the vessel for the March 8th kick?

08:52:46  17   A.  Yes, I was.

08:52:47  18   Q.  Do you recall there ever having been any post kick meeting to

08:52:54  19   discuss lessons learned from the March 8th kick?

08:52:57  20   A.  I don't remember a specific meeting, but that's what we

08:53:07  21   typically did.

08:53:08  22   Q.  You don't have a recollection of having a meeting after this

08:53:10  23   one?

08:53:11  24   A.  I don't know if I was involved in that meeting.  Maybe I was on

08:53:16  25   days off when it actually occurred, but I can't recall.

1694

08:53:20  1   Q.  Let's pull up demonstrative 3100, TREX 22939.  This is a

08:53:31  2   demonstrative we put together.  Take a minute, and I am going to be

08:53:35  3   brief with you on this, Mr. Ezell.

08:53:42  4        Prior to right now, has anyone from Transocean ever

08:53:47  5   spoken to you about the facts and circumstances surrounding an

08:53:50  6   August 20, 2004, well control event involving the Jim Cunningham?

08:53:56  7   A.  I believe I've had some exposure to it, but limited.

08:54:00  8   Q.  Limited.  And as we sit here, you can't tell me about what

08:54:03  9   happened in lessons learned, anything like that?

08:54:06 10   A.  Nothing, not really.

08:54:06 11   Q.  If you go down to number three, the MG -- I think that's

08:54:12 12   pronounced Hulme, Jr., riser unloading incident, February 20, 2009.

08:54:17 13   Do you have any recollection of anyone from Transocean management

08:54:21 14   notifying you or discussing that incident?

08:54:27 15   A.  Once again, I have seen this, but it's limited exposure.  It's

08:54:31 16   not like it's foreign to me.

08:54:32 17   Q.  But, again, you said limited exposure, correct?

08:54:35 18   A.  Yes.

08:54:36 19   Q.  Next one, deepwater expedition well control event July 31,

08:54:44 20   2009.  Do you recall Transocean management meeting or notifying or

08:54:48 21   discussing the circumstances surrounding that event?

08:54:51 22   A.  I am not familiar with that one.

08:55:01 23   Q.  Next one Sedco 711 oil spill December 23, 2009.  Recall

08:55:07 24   management notifying you or having any discussions with you about

08:55:09 25   the circumstances surrounding that well control event?

08:55:12  1    A.  I've been briefed on this.  I've, you know, had discussions

08:55:20  2    about this, but it didn't come from our Transocean management.

08:55:24  3    Q.  Came from someplace else?

08:55:26  4    A.  (WITNESS NODS HEAD IN THE AFFIRMATIVE.)  Yes.

08:55:28  5    Q.  And specifically with respect to any of these events that we've

08:55:31  6    just briefly discussed, can you recall taking any lessons learned

08:55:35  7    from those events and applying them to the experiences that you all

08:55:40  8    were having at Macondo?

08:55:41  9    A.  Well, I don't know exactly how to say this, but these are good,

08:55:48  10   but they're all just basic well control concepts that my crew fully

08:55:54  11   was aware of and understood.  I don't know that they would have

08:55:59  12   actually added a lot of value to our operation because, like I say,

08:56:05  13   our crew was trained and they were aware of these basic concepts

08:56:09  14   that happened.

08:56:10  15   Q.  So if your crew was trained and they were aware of the basic

08:56:15  16   concepts surrounding these events, can you tell the Court how the

08:56:24  17   Macondo blowout happened?

08:56:27  18          MS. CLINGMAN:  Your Honor, objection, speculation.

08:56:29  19   BY MR. STERBCOW:

08:56:30  20   Q.  If you know.  If you don't know, tell me you don't know.

08:56:33  21          THE COURT:  Sustain the objection.

08:56:34  22   BY MR. STERBCOW:

08:56:35  23   Q.  Do you have -- based on what you knew that night, what you've

08:56:38  24   learned since as a senior toolpusher on this rig, have you

08:56:41  25   formulated your own opinion, based on your education, your training

08:56:45 1   and your experience as to exactly how this well could have been

08:56:50 2   allowed to blow out the way it did the night of April 20, 2010?

08:56:56 3           MS. CLINGMAN:  Objection, your Honor.  No foundation,

08:57:00 4   personal opinion.  He is here as a fact witness, not an expert.

08:57:04 5           THE COURT:  He is a fact witness.

08:57:05 6           MS. CLINGMAN:  He is a fact witness, not an expert

08:57:07 7   witness.

08:57:08 8           THE COURT:  Sustain the objection.

08:57:10 9   BY MR. STERBCOW:

08:57:10 10  Q.  Mr. Ezell, was the BOP considered by you and your crew the last

08:57:18 11  line of defense to an event like this?

08:57:20 12  A.  The BOP, of course, is not the last line.  It's your second

08:57:29 13  barrier, your first barrier being the mud.

08:57:32 14  Q.  Mud's first?

08:57:33 15  A.  Yeah.

08:57:34 16  Q.  But we know the mud is being taken out because of the

08:57:37 17  operation?

08:57:37 18  A.  Right.

08:57:37 19  Q.  Next thing you turn to is the BOP?

08:57:41 20  A.  Yes.

08:57:44 21  Q.  And in order to activate the BOP and use it as a defensive

08:57:49 22  mechanism, the well control event has to be known, right?  There

08:57:54 23  would be no reason to go to the BOP unless you know you have a

08:57:57 24  potential problem?

08:58:00 25  A.  That's correct.  You wouldn't shut it just for no reason.

1697

08:58:04  1   Q.  Just to shut it, right.  From a factual standpoint, do you have

08:58:09  2   any knowledge of when the BOP -- the crew turned to the BOP for

08:58:14  3   help the night of April 20th?  Do you know one way or the other?

08:58:19  4   A.  I don't know exactly when they started, but, you know, I did

08:58:23  5   have a conversation with the rig floor, and my account it was,

08:58:28  6   like, ten minutes to ten.  And in that conversation when I asked

08:58:34  7   Steve Curtis, he had told me what was going on, and he told me

08:58:37  8   Jason was shutting it in.

08:58:39  9   Q.  And to you that meant he was turning to the BOP?

08:58:43  10  A.  Exactly.

08:58:44  11  Q.  During your conversation with Mr. Curtis, was there any

08:58:48  12  discussion about why they found themselves in that well control

08:58:54  13  situation?  Did he say anything to you?

08:58:56  14  A.  Like, why they were there?

08:58:58  15  Q.  Right.  Why it had happened?

08:59:00  16  A.  This was a very quick communication and it was -- it was

08:59:06  17  extremely loud.  It sounded like a 747 was there on the rig floor,

08:59:11  18  and he was having to really holler to get this message out to me.

08:59:16  19  And what he was trying to relate to me is he needed my help.

08:59:20  20  Q.  And if I recall correctly, that was the time when you were

08:59:23  21  preparing to go out to help?

08:59:26  22  A.  Yes, sir.

08:59:27  23  Q.  And that's when the explosion occurred?

08:59:29  24  A.  That's when the explosion occurred.

08:59:31  25  Q.  First explosion occurred.  And you never made it up there?

08:59:33 1   A.  Never did.

08:59:34 2   Q.  And having said that, you never have had the opportunity or

08:59:41 3   never had the opportunity to speak to anybody else in your drill

08:59:44 4   crew about what they saw, what they heard, or why the events

08:59:48 5   unfolded as they did?

08:59:49 6   A.  Not really.

08:59:49 7   Q.  Did you ever have the opportunity to talk to Mr. Vidrine?

08:59:54 8   A.  No, I didn't.  I mean, I would like to have discussed this with

09:00:01 9   him.

09:00:01 10  Q.  Just the opportunity never arose?

09:00:06 11  A.  When we were all on the *Damon Bankston,* of course, you know,

09:00:13 12  there was well over 100 people there.  I ran into Don Vidrine one

09:00:18 13  time and we just had a few passing comments, and other than that, I

09:00:24 14  didn't have a sit down discussion with him.

09:00:25 15  Q.  There was no discussion aboard the *Bankston* with him about tell

09:00:30 16  me what happened, why it happened, nothing like that?

09:00:33 17  A.  We were just all in a daze, so to speak.

09:00:36 18  Q.  Did you have the opportunity to talk to Jimmy Harrell about

09:00:39 19  what had happened?

09:00:40 20  A.  Jimmy had a lot of trauma going on on the *Bankston*, so not a

09:00:49 21  lot of discussion with him.

09:00:51 22  Q.  And we're going to talk about the *Bankston* in a few minutes.

09:00:56 23  But let me turn to a document, TREX 929.  Let me ask you:  Have you

09:01:06 24  ever seen the results of the audit conducted on safety management

09:01:13 25  and safety culture at Transocean's request in March of 2010?

1699

09:01:18  1    A.  Yes, sir, I have seen this.

09:01:21  2    Q.  When did you see this?

09:01:22  3    A.  Well, actually, I was on the rig when they did this, and I was

09:01:29  4    one of the people that was interviewed as well.

09:01:31  5    Q.  So you actually participated in this?

09:01:32  6    A.  I did.

09:01:33  7    Q.  They looked at the *Deepwater Horizon*, specifically, as well as

09:01:40  8    other vessels in the fleet, right?

09:01:41  9    A.  Yes, there was many vessels.

09:01:44 10    Q.  And was the rig notified by management that the audit was going

09:01:48 11    to be undertaken and folks were going to come out?

09:01:51 12    A.  Yes, sir, we were aware of that.

09:01:54 13    Q.  And I think you just said you were one of the ones that were

09:01:57 14    specifically interviewed?

09:01:59 15    A.  (WITNESS NODS HEAD IN THE AFFIRMATIVE.)

09:01:59 16    Q.  And the dates of the audit are nine to 26 March 2010, and I

09:02:05 17    believe it -- specifically, in terms of the *Horizon*, the document

09:02:08 18    will reflect that they were on board from March 12th to March 16th.

09:02:12 19    Does that sound about right?

09:02:13 20    A.  Yeah, best of my recollection.

09:02:15 21    Q.  So they were on board the *Horizon* while Macondo was being

09:02:20 22    drilled, correct?

09:02:21 23    A.  They were.

09:02:22 24    Q.  Let's go to page 29.  Have you read this?

09:02:43 25    A.  I don't know that I've read it in its entirety, but I have read

09:02:46 1    a good bit of it.

09:02:48 2    Q.  This is an overview, obviously, Primary Issues Overview.  Says

09:02:53 3    there were several common issues that were fairly consistent across

09:02:56 4    all of the rigs and drill ships visited as a part of the North

09:03:00 5    America division review, and this section is going to provide a

09:03:04 6    list of those.  And I am interested in, specifically, "Hazard

09:03:11 7    Awareness (Planning and Risk Management:  Competence Assurance)."

09:03:21 8          Says toward the end of that paragraph, "Many supervisors

09:03:24 9    and members of the rig leadership teams had concerns in this area

09:03:28 10   based on the THINK plans they reviewed, on task observations, and

09:03:31 11   on the conversations that occur in the workplace (i.e. during start

09:03:36 12   towers)."  And they believe that, "one, the work force was not

09:03:40 13   always aware of the hazards they were exposed to.  THINK plans do

09:03:45 14   not always identify relevant major hazards.  Risks posed by

09:03:49 15   identified hazards were not fully understood."

09:03:54 16         MS. CLINGMAN:  Your Honor, I object.  What Mr. Sterbcow

09:03:58 17   presented is a report on the entirety of the Gulf of Mexico.  There

09:04:02 18   is a report specific to the *Deepwater Horizon* I thought he was

09:04:06 19   going to put up, but I do object asking Mr. Ezell to talk about the

09:04:10 20   entirety.

09:04:11 21         THE COURT:  All right.  I'll overrule the objection.  As

09:04:13 22   I recall, there was a reference -- there was some things that apply

09:04:17 23   to across the fleet, right?

09:04:20 24         MR. STERBCOW:  Correct.  That's what this is referencing.

09:04:23 25         THE COURT:  I assume you'll get to the *Deepwater*

09:04:26 1    specifically.

09:04:27 2            MR. STERBCOW:  Correct, your Honor.

09:04:28 3            THE COURT:  Okay.  Go ahead.

09:04:29 4    BY MR. STERBCOW:

09:04:30 5    Q.  "Risk posed by identified hazards were not fully understood.

09:04:34 6    The emerging hazards during task execution and hazards with a

09:04:40 7    change in risk level was not always detected."  And finally, the

09:04:40 8    quote was "they don't know what they don't know."

09:04:51 9            Now, let's go to page 98, which is the *Deepwater Horizon*

09:04:55 10   specific section of the audit.  Element reviewed:  Management of

09:05:05 11   change; method of review:  Focus groups and individual interviews."

09:05:08 12   So this indicates that, as you just mentioned, the audit folks were

09:05:12 13   on the rig, and they were actually convening what they called focus

09:05:16 14   groups and interviewing individual members of the crew.  You recall

09:05:21 15   them doing that?

09:05:22 16   A.  Yes.

09:05:22 17   Q.  And it says with respect to the *Deepwater Horizon*, "Management

09:05:27 18   of change was rated as the lowest performing area."  "Changes

09:05:33 19   initiated from above rig management level were viewed in a less

09:05:37 20   positive light."

09:05:43 21           It goes on to talk about specifics, hitch patterns,

09:05:47 22   coveralls, people not feeling like they had been consulted; and

09:05:50 23   then at the end, "The overwhelming perception on the rig is that

09:05:54 24   people feel that they are hugely distanced from the change decision

09:05:58 25   processes and that change is forced upon them and therefore there

09:06:03  1    is little buy-in on the rig."

09:06:05  2            Were you part of that interview, if you recall?

09:06:08  3    A.  Not that particular interview that you just read.

09:06:12  4    Q.  All right.  And did you -- have you read this before today,

09:06:16  5    this specific part?

09:06:17  6    A.  Yes, I have.

09:06:17  7    Q.  So you were aware of that?

09:06:20  8    A.  I was aware of it.

09:06:21  9    Q.  And it goes on, I think just after management of change and

09:06:24  10   talks about leadership.  I believe that's page ten -- element

09:06:35  11   reviewed, management of change, focus groups and individual

09:06:39  12   interviews, same process.  "Leadership was identified as one of the

09:06:42  13   strongest areas of this review.  The rig performance manager and

09:06:46  14   rig-based management were seen in a very positive light.  The OIMs,

09:06:51  15   captains, chief engineers, and senior toolpushers were also held in

09:06:55  16   high regard amongst the work force."

09:07:00  17           That's a compliment to you and the guys we've been

09:07:02  18   talking about?

09:07:03  19   A.  Yeah.

09:07:06  20   Q.  Do you recall there being any discussion aboard the rig between

09:07:09  21   the leadership and the crew about, on the one hand, their

09:07:15  22   respecting the leadership of that crew and trusting the leadership

09:07:20  23   of that crew and, on the other hand, there being a disconnect on

09:07:23  24   some level with management off the rig?

09:07:25  25   A.  I'm sorry.  Would you repeat it once again?

OFFICIAL TRANSCRIPT

1703

09:07:32   1    Q.  Do you recall -- let me state it differently.  Do you agree

09:07:37   2    with the findings of the independent audit based on interviews on

09:07:40   3    the rig that the crew felt leadership was strong from OIM to senior

09:07:47   4    toolpusher to toolpusher, et cetera, but there was a disconnect of

09:07:51   5    sorts between the guys on the rig and the guys on the beach?

09:07:55   6    A.  Okay.  I can answer it in that form.  Yeah, a lot of that is

09:08:01   7    true.  They felt like they wished they had more input on some of

09:08:07   8    the changes that were going on.

09:08:09   9    Q.  And -- is one of those areas of potential disconnect, as stated

09:08:17  10    in the audit, the fact that maybe the guys on the beach didn't know

09:08:21  11    exactly what was going on and what you guys dealt with day after

09:08:24  12    day after day on the rig?

09:08:27  13    A.  I really can't answer what they felt on the beach or what their

09:08:32  14    perception was.

09:08:32  15    Q.  But if one of the quotes specifically said that, then you have

09:08:37  16    no reason to disagree with that?

09:08:39  17    A.  Could you show me that quote?

09:08:42  18         MR. STERBCOW:  Let's pull it back up.

09:08:42  19    BY MR. STERBCOW:

09:08:49  20    Q.  This is one of the quotes under that section, "Corporate

09:08:51  21    leadership disconnect between the top boys and the rig.  There's a

09:08:56  22    lot of disconnect, think they understand, but they don't because

09:08:59  23    they don't live the (rig) life."

09:09:04  24    A.  Well, naturally they don't live a rig life, that's true.

09:09:11  25    Q.  Mr. Ezell, based on what we've said, would you agree with me

09:09:18  1    that the *Deepwater Horizon* was manned with a highly capable, highly

09:09:24  2    qualified crew leadership, particularly the drill crew leadership,

09:09:30  3    including you?

09:09:31  4    A.  I would like to think we were.  In my opinion we were.

09:09:36  5    Q.  And yet, the night of April 20, Jason Anderson who you told me

09:09:43  6    you would trust your life with?

09:09:44  7    A.  I would.

09:09:45  8    Q.  Did not have the requisite knowledge to know that differential

09:09:51  9    from the drill pipe to the kill line in the situation you were in

09:09:56 10    getting ready to displace should have caused him to immediately

09:10:00 11    stop and investigate that problem.  Not his fault, he just didn't

09:10:04 12    know, correct?

09:10:06 13              MS. CLINGMAN:  Your Honor, I object on foundation.

09:10:08 14              THE COURT:  Overruled.

09:10:09 15    BY MR. STERBCOW:

09:10:10 16    Q.  Correct?

09:10:10 17    A.  All I can tell you is Jason, apparently, misinterpreted what he

09:10:21 18    was seeing.

09:10:23 19    Q.  And what he was seeing, based on what you told me, correct me

09:10:26 20    if I'm wrong, is a situation that you rarely, if ever, had faced

09:10:31 21    and certainly couldn't turn to a manual to check on and had no

09:10:36 22    training or experience on how to respond to; that is, differential

09:10:41 23    between the drill pipe and the kill line in a negative-pressure

09:10:45 24    test that was going to tell him whether or not it was okay to

09:10:49 25    underbalance this well?

09:10:50  1   A.  Well, I guess I got to go back to what I said earlier.  I don't

09:10:55  2   know what kind of conversations were held between him and Dewey,

09:11:02  3   well site leaders, whatever, they had some reason to be comfortable

09:11:07  4   and not call me.  I don't know what that reason was.  I wish they

09:11:12  5   were alive to tell us, but, you know, I don't know what that reason

09:11:16  6   was.

09:11:16  7   Q.  I understand.  But the fact is, he didn't call you and he

09:11:21  8   didn't tell you he thought they had a problem?

09:11:24  9   A.  He didn't tell me anything about a problem for sure.

09:11:27 10   Q.  All right, fair enough.  Now, my understanding is the first

09:11:35 11   explosion occurred and you were -- were you in your quarters, you

09:11:41 12   were inside?

09:11:42 13   A.  When the rig floor called me, I was in my bedroom and then I

09:11:50 14   had headed out to get my boots and hard hat when the first -- or

09:11:55 15   when the explosion occurred.  I don't know first, second, what, but

09:11:58 16   explosion.

09:12:00 17   Q.  And after that happened, what did you do?

09:12:04 18   A.  What did I do?

09:12:06 19   Q.  Yeah, what did you do next?

09:12:09 20   A.  Well, it blew me against the wall about 20 feet, and I was

09:12:12 21   covered in all kinds of debris.  And I laid there in shock for a

09:12:16 22   minute, and then I had to get myself free from all of the stuff.

09:12:23 23   And then I was disoriented, I didn't know where I was at because

09:12:29 24   the place I had lived for nine years, it didn't look or feel

09:12:33 25   nothing like it did before.  And then I headed -- or I thought I

1706

09:12:41  1   was in the right position to find the hallway.  Of course, you

09:12:47  2   couldn't see, it was pitch dark and you just had to feel.  And like

09:12:54  3   I say, nothing felt right, but I made my way out into the hall, and

09:12:59  4   to make a long story short, that's where we found Wyman Wheeler and

09:13:04  5   Buddy Trahan.

09:13:05  6   Q.  And my understanding is that you took steps along with others

09:13:08  7   to save both Mr. Wheeler and Mr. Trahan, and you got them off the

09:13:13  8   rig safely?

09:13:14  9   A.  Yes.

09:13:14  10  Q.  And you got off the rig safely?

09:13:16  11  A.  Yes.

09:13:17  12  Q.  You never made it to the bridge, did you?

09:13:20  13  A.  No, sir.  Too complicated to get to the bridge that night for

09:13:24  14  me.

09:13:24  15  Q.  I understand.  Do you have any knowledge -- based on what you

09:13:29  16  told me, I think the answer is going to be no -- do you have any

09:13:33  17  knowledge of what Dewey or whomever was at the controls at the end

09:13:38  18  did in terms of trying to convert the gas overboard?

09:13:43  19  A.  I really don't.  But I've got my own personal thoughts.  When I

09:13:53  20  was on the *Bankston,* to me, in my years of experience, it looked

09:13:58  21  like they were diverting from the starboard diverter line.

09:14:02  22  Q.  That's the big line?

09:14:04  23  A.  To me that's what it appeared to be.

09:14:07  24  Q.  Do you know whether or not they diverted initially to the

09:14:11  25  mud/gas separator or do you not know one way or the other?

1707

09:14:14  1    A.   No, sir, I don't know.   I wish I did.

09:14:16  2    Q.   Okay, no, that's fine.   Do you recall hearing a general alarm?

09:14:23  3    A.   Yes, sir, I do recall that.

09:14:28  4    Q.   When did it happen in relation to the first explosion that

09:14:33  5    knocked you down and disoriented you?

09:14:36  6    A.   I'm thinking.   I am not really sure.   I think I heard it

09:14:43  7    before.

09:14:43  8    Q.   Do you know how long before?

09:14:44  9    A.   No.   Because I was in my room on the phone with Steve Curtis.

09:14:50 10    I don't know.

09:14:51 11    Q.   Do you have any idea as of the time that the blowout started

09:14:57 12    and the mud and gas reached the drill floor whether or not the fire

09:15:04 13    and gas alarm and suppression system on the rig was in the active

09:15:09 14    or the passive mode?

09:15:10 15    A.   No, sir, I wouldn't have knowledge of that.

09:15:14 16    Q.   And indeed, you had no knowledge of how that system was

09:15:18 17    operating on a regular basis, did you?

09:15:20 18    A.   That was not my area.

09:15:22 19    Q.   You relied on the marine side to deal with that, correct?

09:15:26 20    A.   That was more marine issue.

09:15:30 21    Q.   And you relied on the marine crew being well trained and suited

09:15:38 22    to handle a worst case scenario like this in terms of operation of

09:15:42 23    the fire and gas alarm and suppression system, correct?   That was

09:15:46 24    not a drill crew function?

09:15:47 25    A.   It was not a drill crew function.

09:15:49  1    Q.  And you assumed that they were trained and ready in the event

09:15:52  2    that this occurred that they would take exactly the steps they

09:15:54  3    needed to, to do everything they could to enable this system to

09:16:00  4    prevent an explosion and to prevent a fire, correct?

09:16:03  5    A.  They were competent people, I trusted them.

09:16:06  6    Q.  And again, as you sit here today, you have no idea of the

09:16:10  7    setting and what they did or didn't do to allow that system to

09:16:15  8    respond?

09:16:15  9    A.  No, sir, I have no knowledge.

09:16:17 10    Q.  You made it to the *Damon Bankston*?

09:16:24 11    A.  I did.

09:16:25 12    Q.  How long did you and the rest of the crew who was saved have to

09:16:29 13    sit next to the *Deepwater Horizon*?

09:16:31 14    A.  That was probably one of the most uncomfortable things that you

09:16:36 15    could have ever done.  It was -- I can only estimate.  It had to

09:16:43 16    have been a good 24 hours.  But we sat there and watched everybody

09:16:48 17    perish and the rig burn.  You can never take that away.  Once this

09:16:55 18    picture is in your brain, it's there.

09:16:57 19    Q.  Right.  And as you sit here today, do you think that there

09:17:01 20    should have been a plan in place in the event that this occurred

09:17:03 21    that whoever could be saved from a blowout and a fire and explosion

09:17:08 22    aboard a vessel like the *Deepwater Horizon* be removed from the

09:17:12 23    scene as quickly as possible?

09:17:14 24           MS. CLINGMAN:  Your Honor, objection, foundation.  Again,

09:17:17 25    calls for an opinion, not an expert.

09:17:20  1          MR. STERBCOW:  It's something he experienced, Judge.  I'm

09:17:22  2   just asking.

09:17:23  3          MS. CLINGMAN:  Not appropriate to ask him his personal

09:17:26  4   opinion.

09:17:26  5          THE COURT:  Reask the question.

09:17:28  6   BY MR. STERBCOW:

09:17:28  7   Q.  Mr. Ezell, are you aware of any plan that was in place in the

09:17:33  8   event of an emergency rig evacuation in the event of a fire, or

09:17:37  9   explosion, or sinking?  Was there any forethought or planning that

09:17:41 10   you were trained on that would have put you and your crew on a

09:17:45 11   vessel and gotten you out of there as quickly as possible?

09:17:49 12          THE COURT:  Is this a Phase 1 or Phase 2 issue?

09:17:52 13          MR. STERBCOW:  Leave the *Bankston* and leaving the scene.

09:17:56 14   This is where --

09:17:57 15          THE COURT:  Well.

09:17:58 16          MR. STERBCOW:  The vessel is still there.

09:18:00 17          THE COURT:  I understand, but I don't know how it relates

09:18:02 18   to what we're trying in this phase of the case.  It's on the

09:18:11 19   borderline I guess.  Go ahead.  I'll let him answer the question if

09:18:15 20   he can.

09:18:15 21          THE WITNESS:  I'm sorry.  Say it again.

09:18:17 22   BY MR. STERBCOW:

09:18:18 23   Q.  Was there any policy in place for vessel crew members in the

09:18:22 24   event of an emergency evacuation, beyond muster and what you're

09:18:28 25   supposed to do if something happens, are you aware of any policy in

OFFICIAL TRANSCRIPT

09:18:31 1   place that would have required you to be placed on a boat and

09:18:38 2   removed from the scene as quickly as possible?

09:18:42 3   A.  That would have been something that would have came from

09:18:48 4   management in town that -- their crisis management, so to speak,

09:18:53 5   that maybe I wasn't aware of.

09:18:55 6   Q.  You weren't aware of it one way or the other?

09:18:58 7   A.  I wasn't.

09:18:59 8         MR. STERBCOW:  Your Honor, I have no further questions of

09:19:01 9   Mr. Ezell.  Thank you very much.

09:19:04 10        THE WITNESS:  You're welcome.

09:19:05 11        THE COURT:  Anybody, the United States?

09:19:07 12        MR. UNDERHILL:  Yes, your Honor.

09:19:42 13               CROSS-EXAMINATION

09:19:42 14   BY MR. UNDERHILL:

09:19:44 15   Q.  Good morning, Mr. Ezell.

09:19:45 16   A.  Good morning.

09:19:46 17   Q.  Again, thank you very much for coming.  We understand this is

09:19:50 18   not something you want to do, but you cooperated and we thank you

09:19:53 19   very much for coming at great inconvenience and talking about some

09:19:58 20   things you would rather forget.

09:20:00 21   A.  You're welcome.

09:20:01 22   Q.  I'll try to be brief just for that reason.

09:20:03 23   A.  Okay.

09:20:04 24   Q.  Mr. Sterbcow asked you a question about what happened after you

09:20:14 25   picked yourself up and tried to get out, get outside, and you said

09:20:19  1   that you came across Wyman Wheeler and also Buddy Trahan, right?

09:20:25  2   A.  That's correct.

09:20:25  3   Q.  And you, in fact, saved their lives.  You, perhaps, and some

09:20:30  4   people assisting you, correct?

09:20:31  5   A.  We definitely assisted in doing that for sure.

09:20:34  6   Q.  And in fact, Wyman told you words to the effect, "Randy, leave

09:20:42  7   me, save yourself," didn't he?

09:20:44  8   A.  He did.

09:20:45  9   Q.  And you didn't leave him, did you?

09:20:47 10   A.  No, sir.

09:20:48 11   Q.  You didn't leave Buddy, did you?

09:20:51 12   A.  No, sir.

09:20:51 13   Q.  Is that something that a man like you does because you are a

09:20:57 14   man like you and because that's what a man like you does for a rig

09:21:03 15   mate, a friend, and somebody who you supervise and responsible for

09:21:13 16   their lives and safety.  Is that why you stayed and helped those

09:21:16 17   two men?

09:21:17 18   A.  I stayed because it was the right thing to do.

09:21:19 19   Q.  Shift gears a little bit.  If a BP well site leader had

09:21:29 20   information that could keep you and your crew and your rig out of

09:21:39 21   harm's way, that your crew, for whatever reason, they made a

09:21:45 22   mistake, it doesn't matter, they just didn't have the information,

09:21:49 23   based upon your work aboard rigs for I don't know how many years,

09:21:54 24   decades, your work aboard the *Deepwater Horizon* and BP and the well

09:21:59 25   site leaders, did you, Randy Ezell, senior toolpusher, expect a BP

09:22:05  1    well site leader to share that information with you, with the OIM,

09:22:10  2    whomever it might be, that could take your crew and keep them out

09:22:14  3    of harm's way?

09:22:15  4    A.  Yes, sir, I would expect that.

09:22:16  5    Q.  Let's move forward a bit -- actually, let's move back a bit in

09:22:26  6    time to not too long before the explosion occurred.  There was

09:22:34  7    testimony -- you were sequestered, you weren't here, you weren't

09:22:38  8    here to hear it, but I'll represent to you that there was testimony

09:22:41  9    within the last few days that put Mr. Vidrine, one of the two BP

09:22:46 10    well site leaders, in the drill shack sometime between 9:10 and

09:22:50 11    9:18 during the performance of the negative-pressure test.  Will

09:22:53 12    you accept that?

09:22:54 13    A.  Yes, sir.

09:22:54 14    Q.  Thank you.  Based upon your knowledge of the Transocean crew,

09:23:00 15    the positions they had, and who was on tower during that particular

09:23:03 16    time, who would, if you know specifically who was there, tell me;

09:23:10 17    if you don't, tell me who, by name, you would expect to be in the

09:23:15 18    drill shack and on the rig floor at that time.

09:23:19 19    A.  Okay.

09:23:21 20            MR. BROCK:  I apologize.  I don't know what time we're

09:23:23 21    talking about, so would just ask --

09:23:26 22            MR. UNDERHILL:  Between 9:10 and 9:18 on the night of

09:23:30 23    April 20th.

09:23:31 24            THE COURT:  Didn't he say he had left around nine?  Did I

09:23:34 25    recall you saying that you had left the drill floor around nine?

09:23:37 1          THE WITNESS:  No, sir.  I left earlier that day.

09:23:40 2          THE COURT:  Nine was when you had the phone conversation.

09:23:43 3          THE WITNESS:  Yes, I was at my office.

09:23:45 4          THE COURT:  You weren't up on the rig floor?

09:23:46 5          THE WITNESS:  Yes, sir, I wasn't up there then.

09:23:48 6          MR. UNDERHILL:  I am only asking who he would expect to

09:23:52 7  be up on tower performing a specific job.

09:23:54 8          THE WITNESS:  Okay.  I can answer that.  With Transocean?

09:23:57 9  BY MR. UNDERHILL:

09:23:57 10 Q.  Yes?

09:23:58 11 A.  Of course Dewey would have been there, and I'm thinking Jason

09:24:01 12 as well for sure.

09:24:04 13 Q.  And Don Clark's position was what?

09:24:07 14 A.  He was assistant driller.  I don't know if Don would have been

09:24:14 15 there or not, but I feel like Steve Curtis would have been there.

09:24:19 16 Q.  Is it safe to say that somebody from Transocean, either Dewey

09:24:25 17 or Don or the other gentleman you mentioned, that somebody

09:24:28 18 certainly would have been manning the drill shack and monitoring

09:24:31 19 whatever they do to monitor what's going on?

09:24:34 20 A.  Bear minimum we always kept two well control people in there at

09:24:38 21 all times.  So my best guess is it would have been Jason, Dewey and

09:24:45 22 I'm thinking Steve Curtis.

09:24:47 23 Q.  So accepting for, at least for the sake of argument, that

09:24:52 24 Mr. Vidrine was there with one or more of those gentlemen between

09:24:56 25 9:10 and 9:18 on the 20th of April, if Mr. Vidrine had told them do

09:25:04 1  the negative-pressure test again, in accordance with Transocean's

09:25:08 2  policies as you're familiar with them, would those gentlemen have

09:25:13 3  had to have reperformed the negative-pressure test?

09:25:15 4          MR. BROCK:  Your Honor, object to that on the basis that

09:25:18 5  that's asking for an opinion from the witness based on facts posed

09:25:21 6  to him that he was not aware of.  He was not in the drill shack.

09:25:25 7          THE COURT:  I'll sustain the objection.

09:25:27 8          MR. BROCK:  Thank you, your Honor.

09:25:29 9  BY MR. UNDERHILL:

09:25:29 10 Q.  In accordance with your practice and procedures, your

09:25:32 11 understanding of the relationship between a BP well site leader and

09:25:35 12 driller such as Dewey Revette, would they have been obligated,

09:25:40 13 according to your understanding as the senior toolpusher, to follow

09:25:43 14 an order to reperform the negative-pressure test?

09:25:46 15         MR. BROCK:  Same objection.  Was not present in the drill

09:25:48 16 shack, does not know the facts.

09:25:52 17         MR. UNDERHILL:  General question.

09:25:53 18         THE COURT:  I think the question is a little different.

09:25:55 19 I think he is asking just as a general matter, not what happened

09:25:58 20 that night.

09:25:59 21         MR. UNDERHILL:  That's correct, your Honor.

09:26:00 22         THE COURT:  Can you answer that, sir?

09:26:02 23         THE WITNESS:  Yes, your Honor.

09:26:03 24         THE COURT:  Go ahead.

09:26:04 25         THE WITNESS:  To my knowledge, had the well site leader

09:26:06  1    had told them to do another negative test, well, they would have

09:26:13  2    been obliged to do it.

09:26:17  3    BY MR. UNDERHILL:

09:26:18  4    Q.  Okay.  Let's go to the next step.  We're talking general

09:26:20  5    practices and procedure, how the driller actually performs his job.

09:26:23  6    If the driller then commences to redo the negative-pressure test,

09:26:28  7    what's the first thing that he does?

09:26:31  8    A.  It's according to whatever the directions of BP well site

09:26:39  9    leader has given him.  It could vary.

09:26:41 10    Q.  Poor question on my part.  I am not talking about how the

09:26:45 11    procedures, whether to monitor this pipe or that pipe.  In terms of

09:26:49 12    setting up the rig equipment to perform the test, is the first

09:26:53 13    thing that he would do or among the first things to be to shut down

09:26:57 14    the pumps?

09:27:00 15    A.  I'm sorry.  I am not being evasive, but I am not really

09:27:07 16    following your line of thought.

09:27:09 17    Q.  Would he shut in the BOP?

09:27:11 18    A.  At some point on the negative test, yes, that would happen.

09:27:14 19    Q.  And by shutting in the BOP does that maintain well control?

09:27:21 20          MR. BROCK:  I am going to object on hypothetical now.

09:27:23 21    There are hundreds of factors that go into this question, and he is

09:27:27 22    asking really something that's pointed to the day of the event, and

09:27:30 23    this witness is not being tendered as an expert in that.

09:27:35 24          MR. UNDERHILL:  It's general practice and procedure

09:27:37 25    question.  I did not mention the night of the accident.

09:27:41 1          THE COURT:  If the witness can answer it, I'll allow it;

09:27:44 2     but I thought I understood him earlier different ways to do this

09:27:47 3     testing and, in fact, they had been doing it somewhat differently

09:27:51 4     that night than they had done it before.  So I don't know if you

09:27:54 5     can answer his question or not.

09:27:55 6          THE WITNESS:  Could you repeat it again because I'm a

09:27:58 7     little lost now.

09:27:59 8          THE COURT:  I think he is asking, what is the first thing

09:28:02 9     the driller would do?

09:28:05 10          THE WITNESS:  Yeah.  Well, that would be one of the steps

09:28:08 11     is all I can say.  For a new negative test?  That's what we're

09:28:13 12     talking about?

09:28:15 13     BY MR. UNDERHILL:

09:28:15 14     Q.  Yes.

09:28:16 15     A.  That would have been one of the steps was to shut the BOP.

09:28:19 16     Q.  And that could be accomplished various ways through the annular

09:28:22 17     preventer or preventers or variable bore ram.  He might choose

09:28:26 18     different methods, but he would choose some piece of equipment on

09:28:28 19     the BOP to shut in the well; is that correct?

09:28:31 20     A.  That is correct.

09:28:32 21     Q.  Do you folks, the Transocean crew, did you perform regular

09:28:38 22     drills to determine how long it would take once -- whether you pull

09:28:42 23     a lever or push a button to, say, shut in the annular, did you

09:28:46 24     perform those drills in order to determine how long it would take

09:28:49 25     to accomplish that maneuver?

09:28:52  1    A.  We knew the basic times it would take for different components

09:28:57  2    to actually close, yes.

09:28:59  3    Q.  So if you know, and this is a ball park, I mean, if you can get

09:29:03  4    me down to the second, then I'd appreciate it, but if you have

09:29:07  5    estimate that's fine, too.

09:29:08  6              Actually, question, when you close in the annular, do you

09:29:13  7    pull a lever or push a button?  How do you physically do it?

09:29:17  8    A.  It's actually two buttons.  For every function on the stack,

09:29:20  9    you have to push one button that says, "push and hold," and then

09:29:23  10   you push the actual button that you need to activate.  It's kind of

09:29:29  11   like a safety mechanism.

09:29:30  12   Q.  I understand.  And so once he does that, he pushes that button,

09:29:34  13   pushes that button, how long does it actually take for the annular

09:29:38  14   to close on the pipe if there's pipe in the hole?

09:29:40  15   A.  Annular -- are you asking for like an estimation?

09:29:45  16   Q.  As close as you can get it.

09:29:47  17   A.  Fifty seconds.

09:29:50  18   Q.  Less than a minute would be a fair statement then?

09:29:53  19   A.  Probably a little less than a minute.

09:29:55  20   Q.  And let's shift it to a variable bore ram, DVR.  Again, same

09:30:00  21   starting question.  Is it a lever, a button, buttons, what does he

09:30:04  22   physically do?

09:30:05  23   A.  It's always button button.

09:30:07  24   Q.  Once he goes button button, same type of question, estimation

09:30:12  25   if you can, if you can, how long it takes to shut in the DVR?

09:30:17  1    A.  Less than a minute.

09:30:18  2    Q.  Almost done.  I am going to take a wild guess here, and you've

09:30:30  3    never -- have you ever heard of BP's OMS, or Operator Management

09:30:36  4    System?

09:30:36  5    A.  I wasn't aware of it.  I've heard just a little bit about it

09:30:42  6    after the incident, but I wasn't aware of it before.

09:30:46  7    Q.  So in all of your experience, nine years aboard the *Deepwater*

09:30:51  8    *Horizon*, is that right?

09:30:52  9    A.  That's correct.

09:30:53  10   Q.  You had never received any memos, any training that there is a

09:30:59  11   document or a system called the BP operating management system, is

09:31:04  12   that correct?

09:31:05  13   A.  To my knowledge, I've never seen that.

09:31:10  14   Q.  Now, in the life of a well, not talking about when they do the

09:31:14  15   original test to try to figure out if there's something down there

09:31:17  16   that they want to go for, all the way through the leasing of the

09:31:21  17   well, all the way through the design of the well until actually

09:31:24  18   putting pipe in the hole and drilling, what goes on in the rig

09:31:29  19   is -- in that process, that long process is where the rubber really

09:31:34  20   hits the road, right?

09:31:35  21   A.  Right.

09:31:35  22   Q.  Now, on that rig, let's take the *Deepwater Horizon* in

09:31:39  23   particular, to your knowledge, does Transocean have a cement

09:31:46  24   contract with an outfit like Halliburton or is it BP that has that

09:31:50  25   contract?

09:31:51  1  A.  That was BP's arrangement.

09:31:53  2  Q.  And there was also a company onboard MI SWACO, you know that

09:31:59  3  company, right?

09:32:00  4  A.  Yes, I do.

09:32:00  5       THE COURT:  Mr. Underhill, I don't think these are

09:32:03  6  matters that are in dispute, so why are we asking this witness

09:32:06  7  these questions?

09:32:08  8       MR. UNDERHILL:  Can I connect up?

09:32:09  9       THE COURT:  I know who hired Halliburton and I know those

09:32:13 10  facts.  I don't think we have to go through this.

09:32:17 11       MR. UNDERHILL:  Let me go about it this way.

09:32:19 12  BY MR. UNDERHILL:

09:32:20 13  Q.  In coordinating all of those different companies aboard the rig

09:32:23 14  and those disciplines, cementing, mud, wireline logging, cement

09:32:29 15  bond logging, does Transocean -- Transocean, your crew -- do they

09:32:34 16  coordinate all of those disciplines or is it BP that coordinates

09:32:37 17  all of those disciplines?

09:32:39 18  A.  That was BP.

09:32:40 19  Q.  Finally, on the diverter.  This was -- you saw oil coming out

09:32:55 20  diverter when you were aboard the *Bankston*?

09:32:57 21  A.  No, sir, I saw fire.

09:32:59 22  Q.  Fire coming out of the diverter.

09:33:03 23       MR. UNDERHILL:  That's all I have.

09:33:06 24       THE COURT:  All right.  Any questions by Alabama?

09:33:11 25       MR. SINCLAIR:  No questions, your Honor.

09:33:12  1            THE COURT:  Any questions by Louisiana?

09:33:15  2            MR. KANNER:  Just two quick areas, your Honor, please.

09:33:27  3   Allen Kanner for the State of Louisiana as cross.

09:33:27  4                     CROSS-EXAMINATION

09:33:33  5   BY MR. KANNER:

09:33:33  6   Q.  Good morning, Mr. Ezell, how are you?

09:33:34  7   A.  Good morning.  I'm fine.

09:33:35  8   Q.  You were asked about Lloyds register, Exhibit 929 earlier.

09:33:42  9   Maybe to save a little time, do you recall that there had been a

09:33:46 10   change made by Transocean in terms of the on/off work schedule for

09:33:53 11   Transocean employees on *Deepwater Horizon*?

09:33:54 12   A.  Yes, sir, I recall that change.

09:33:57 13   Q.  It was from 14 on, 14 off, it was changed to 21 on, 21 off; is

09:34:04 14   that correct?

09:34:05 15   A.  That's correct.

09:34:05 16   Q.  And there was some -- do you recall in the Lloyds register some

09:34:09 17   complaints being made by workers who participated in the focus

09:34:13 18   group about the impact of fatigue by the workers on Transocean, do

09:34:21 19   you recall that?

09:34:22 20   A.  I recall reading that.

09:34:24 21   Q.  Just if I could have, it's TRN 90589.  And the quote's on the

09:34:46 22   bottom.  Let me just start with weaknesses.  It says, fourth bullet

09:34:52 23   down, "A perception that risks were increasing in relation to human

09:34:55 24   fatigue, mainly relating to changes in hitch patterns, but also to

09:35:00 25   the selection of coveralls for use in hot and humid environment."

09:35:04  1        Was that the perception of you and your fellow workers

09:35:07  2   that, in fact, human fatigue was an issue, a safety issue?

09:35:13  3   A.  It was not a perception I had or anybody -- supervisor I talked

09:35:19  4   to.  And my opinion, because I was there for the audit, I was told

09:35:24  5   by the audit group that overall this was an overall good assessment

09:35:30  6   that we had.  But I do remember some of this conversation going on

09:35:37  7   on the rig because they were new coveralls, and the guys on the rig

09:35:45  8   wanted to have something that would allow more air, you know, so

09:35:50  9   that was being looked into.

09:35:53 10   Q.  Let's focus on the fatigue issue, if we could.  The bottom, I

09:35:57 11   want to just go through those three quotes there.  This is from

09:36:00 12   other workers speaking to the people doing the focus groups.  And

09:36:06 13   you were honest with people in the focus groups and you believe

09:36:09 14   your fellow employees were as well, correct?

09:36:11 15   A.  Right.

09:36:12 16   Q.  It says, "Fatigue issues with the 21 on, 21 off policy.  On

09:36:16 17   that third week, the hands get quiet, and that's when I get

09:36:21 18   worried."  He had worries about implementation of the 21 on, 21 off

09:36:30 19   blanket policy:  "You can see it wearing down on them and it is

09:36:34 20   definitely increasing the risk of an incident."  Do you see that?

09:36:37 21   A.  I do see that.

09:36:38 22   Q.  And under that, it says, "21 on, 21 off, big difference in

09:36:42 23   their attitude on the third week, it's mentally draining and I've

09:36:46 24   got to watch my guys closer," correct?

09:36:49 25   A.  I see what's there, yes.

09:36:51  1   Q.  And the senior toolpusher, you're watching your guys, correct?

09:36:57  2   A.  That is correct.

09:36:58  3   Q.  And the OIM is watching all of the guys, correct?

09:37:05  4   A.  Correct.

09:37:06  5   Q.  I would like to pull up Exhibit 687.  It's the personnel

09:37:12  6   onboard document.  Are you familiar with that document?

09:37:15  7   A.  Can you -- well, let's see, just a minute.  My eyes are kind of

09:37:19  8   weak, just a minute.  Yes, I've seen documents like this before.

09:37:25  9   Q.  And this tells us who is onboard, when they got onboard, how

09:37:30  10  long they've been onboard, correct?

09:37:31  11  A.  Yes, sir.

09:37:32  12  Q.  On page 3, we've got number 57 is the assistant driller, Donald

09:37:42  13  Neal Clark, what day was he on, is that 20?

09:37:48  14  A.  Yes, sir, that's right.  I had to get my eyes focused on it,

09:37:52  15  but, yes.

09:37:53  16  Q.  That's his 20th day of service, correct?

09:37:55  17  A.  That's what it looks like, yes.

09:37:57  18  Q.  And line 64, assistant driller Stephen Ray Curtis, was he on

09:38:03  19  his 19th day there?

09:38:06  20  A.  That's what it looks like.

09:38:07  21  Q.  And then on line 68, the bottom line there, senior toolpusher,

09:38:14  22  that would be you, Mr. Ezell, you were on your seventh day,

09:38:18  23  correct?

09:38:18  24  A.  Correct.

09:38:19  25  Q.  And let's just go two more pages to line 105, Dewey Revette,

09:38:33  1    what day was he on?

09:38:35  2    A.  It appears to be 20.

09:38:37  3    Q.  Are you familiar with -- just shifting gears briefly, are you

09:38:46  4    familiar with what we'll call Exhibit 1887.  This is the rig audit

09:38:53  5    from September 2009.  Do you know the rig audit was done by BP of

09:38:59  6    the Transocean vessel?

09:39:06  7    A.  Yes, I believe I've seen this.

09:39:09  8    Q.  And do you recall that that's the audit that found overdue plan

09:39:17  9    maintenance on 390 -- let's go to the first page, the executive

09:39:22  10   summary.  The third caret from the bottom.

09:39:26  11           MS. CLINGMAN:  Your Honor, I object to foundation.  The

09:39:29  12   witness is not in the maintenance group and does not have anything

09:39:31  13   to do with this, at least we could have some foundational

09:39:34  14   questions.

09:39:35  15           THE COURT:  Let's see.  Mr. Kanner, you can do that if

09:39:38  16   you like.

09:39:39  17   BY MR. KANNER:

09:39:39  18   Q.  Are you aware of maintenance problems -- of maintenance and the

09:39:45  19   extent to which *Deepwater Horizon* had fallen behind in maintenance?

09:39:51  20   A.  No, sir, I am not aware of that.

09:39:54  21   Q.  I would like to go back a second.  Had you heard at any point

09:40:00  22   in time that there were 390-some jobs that needed to be done on

09:40:06  23   maintenance, about 3,500 man hours to go, had you heard that

09:40:11  24   before?

09:40:11  25   A.  I hadn't heard it at that time.

09:40:14  1    Q.  Is there -- and I would like to go back to Exhibit 929, it

09:40:19  2    would be page TRN, this is 9585.

09:40:29  3            THE COURT:  We're back on the Lloyd's register now,

09:40:32  4    right?

09:40:33  5            MR. KANNER:  We're back on the Lloyd's register.  Could

09:40:36  6    we get to the TRN number 9585.  The last quote there.

09:40:36  7    BY MR. STERBCOW:

09:40:45  8    Q.  Under "Weaknesses."  It says, "Run it, break it, fix it, that's

09:40:51  9    how they work" -- "they" being Transocean -- "and the drilling

09:40:55 10    department should be held more accountable than what they currently

09:40:58 11    are."  Was that one of the comments that you made during the focus

09:41:01 12    groups about Transocean?

09:41:05 13    A.  Is that one of the comments I made?

09:41:07 14    Q.  Yes.

09:41:07 15    A.  No.

09:41:08 16    Q.  Is that a comment you ever heard the workers talk about, the

09:41:13 17    run it, break it, fix it philosophy at Transocean?

09:41:16 18    A.  No, sir.

09:41:17 19    Q.  Do they run the people as hard as the equipment or the

09:41:21 20    equipment harder than the people at Transocean?

09:41:23 21            MS. CLINGMAN:  Your Honor, I object to the foundation and

09:41:25 22    speculation.

09:41:25 23            THE COURT:  Sustained.

09:41:28 24            MR. KANNER:  No further questions.  Thank you.

09:41:31 25            THE COURT:  All right.  Who is going to go next,

09:41:37  1   Transocean?  Do we agree how we're going to do this with a

09:41:41  2   Transocean witness?

09:41:41  3          MS. CLINGMAN:  Yes, your Honor, that's what we've agreed.

09:41:43  4          THE COURT:  Meaning you're going to go next?

09:41:46  5          MS. CLINGMAN:  Yes.

09:41:46  6          THE COURT:  Okay.  That's fine.

09:41:51  7          I think we need another biological break, here.  Probably

09:41:56  8   a lot of people need that.  Let's take about a 15-minute recess

09:42:00  9   right now.

09:42:01  10          THE DEPUTY CLERK:  All rise.

09:42:02  11        (WHEREUPON, A RECESS WAS TAKEN.)

09:50:41  12        (OPEN COURT.)

10:03:23  13          THE COURT:  All right.  Please, be seated everyone.  All

10:03:30  14   right, Ms. Clingman.

10:03:30  15                      CROSS-EXAMINATION

10:03:30  16   BY MS. CLINGMAN:

10:03:33  17   Q.  Good morning, Mr. Ezell.

10:03:34  18   A.  Good morning.

10:03:35  19   Q.  Just real quickly, I would like to start with something

10:03:38  20   Mr. Sterbcow put up on the screen from the Lloyds report.

10:03:41  21          MS. CLINGMAN:  I believe he had the page number ending

10:03:44  22   590, and if we can call out the same paragraph in the middle,

10:03:48  23   changes initiated.

10:03:48  24   BY MS. CLINGMAN:

10:03:50  25   Q.  Mr. Ezell, you remember seeing this just a few moments ago?

10:03:53  1    A.  Yes, I do.

10:03:54  2            MS. CLINGMAN:  And if we can highlight this first

10:03:56  3    sentence, "Changes initiated from above rig management level."

10:04:00  4    Let's go ahead and take the next sentence.

10:04:00  5    BY MS. CLINGMAN:

10:04:03  6    Q.  Mr. Ezell, looking at this, were you surprised to see, that the

10:04:10  7    time of the Lloyds report, some grumbling about long sleeve

10:04:13  8    coveralls and the 21-21 rotation?

10:04:15  9    A.  No, I was not.

10:04:16  10   Q.  What was the general impression or reaction on the rig?

10:04:20  11   A.  Well, any time you change anything with probably any people in

10:04:24  12   the world, there's always going to be push back.  And these guys

10:04:28  13   were comfortable in what they had, and these new coveralls, to

10:04:32  14   them, were hot and they wanted a different variety.

10:04:36  15           And as far as the hitch pattern, once again, people do

10:04:42  16   resist change.  And they started out by not liking it, but after

10:04:49  17   actually doing it for once or twice, they found that they had more

10:04:56  18   time concurrently with their family than they did with the 14 days,

10:05:02  19   so they could actually go to school, a training class, and still

10:05:07  20   have over 14 days with their family.  So they were getting to a

10:05:11  21   point where they liked it, and there was only a few people that

10:05:17  22   were doing this grumbling about the hitch change.

10:05:20  23   Q.  Did anyone -- as the senior toolpusher, did anyone raise to you

10:05:23  24   an issue of safety in complaining about either the 21-21 hitch or

10:05:27  25   the long sleeve coveralls?

10:05:29 1   A.  I never saw anything or heard anything about it being unsafe.

10:05:33 2   Q.  You worked 21-21?

10:05:36 3   A.  I did.

10:05:36 4   Q.  Have you worked longer hitches on an offshore rig?

10:05:40 5   A.  I worked 28 and 28 in Alaska.  I did that for four years and

10:05:46 6   that was a long time, and it was very cold.

10:05:48 7   Q.  Did you see the shift change, whether it be 14, 21, or 28,

10:05:53 8   having an impact on the ability of the drill crew to do its job?

10:05:57 9   A.  Not at all.  It's just a matter of just getting accustomed to

10:06:01 10  it.

10:06:02 11          MS. CLINGMAN:  Let's scroll down to the end of this page.

10:06:02 12  BY MS. CLINGMAN:

10:06:04 13  Q.  And you were asked about the relationship with shore.  And I

10:06:07 14  wanted to highlight the quote at the very end of this.  "Paul

10:06:11 15  Johnson is the one who got us back to basics."  And then above,

10:06:16 16  "The rig manager's 'back to basics' approach was very well received

10:06:20 17  on the rig."  What is Paul John's position?

10:06:24 18  A.  He was our rig manager - performance.

10:06:26 19  Q.  Is he on the rig or on the beach?

10:06:28 20  A.  He would have been on the beach.

10:06:33 21          MS. CLINGMAN:  Let's look at one other page from the

10:06:35 22  Lloyd report, which is 23A.  I think it ends -- I know it's TREX

10:06:43 23  929.

10:06:43 24  BY MS. CLINGMAN:

10:06:44 25  Q.  And let's look at the overall findings.  I think you said,

1728

10:06:47  1   Mr. Ezell, that you recall getting good feedback from the Lloyds

10:06:51  2   report.  Let's take a look at the findings.  "The work force feels

10:06:56  3   they understand the safety procedures and hazard associated with

10:06:59  4   their jobs because of the degree of training and support they have

10:07:01  5   received."  One hundred percent answered positive, Question 12.

10:07:06  6          What do you think about that?

10:07:08  7   A.  Well, that's the way I had interpreted it as well.

10:07:12  8   Q.  Next one, "Line managers listened and acted on the work force

10:07:17  9   safety concerns;" 97.6 answered that question "yes."  Do you agree

10:07:23 10   with that?

10:07:24 11   A.  I do definitely agree with that.

10:07:25 12   Q.  Was Jason Anderson a line manager?

10:07:28 13   A.  Yes, he would have been considered a line manager.

10:07:30 14   Q.  Was he responsive to safety concerns of others?

10:07:32 15   A.  Yes, I feel like that was one of our strong points was we did

10:07:38 16   listen to, you know, people that work with us, and we value their

10:07:45 17   opinions.

10:07:45 18   Q.  97.6 percent of the people surveyed were encouraged to raise

10:07:52 19   ideas and suggest safer ways to do things at work; Question No. 2.

10:07:57 20   Is that consistent with your experience on the *Deepwater Horizon*?

10:08:02 21   A.  Yes, it is.

10:08:02 22   Q.  Jump to the end.  Don't need to read everything in the Lloyd's

10:08:08 23   report, but the last statement, "95.1 percent of the participants

10:08:12 24   would not take shortcuts when carrying out certain tasks," answer

10:08:16 25   to Question 19.  Was that your experience with your drill crew?

10:08:19  1    A.  Yes, that was my experience as well.

10:08:25  2    Q.  Mr. Ezell, you told us you've been working with Transocean, I

10:08:32  3    guess Sonat before that, for 25 years?

10:08:34  4    A.  Yes, approaching 26 now.

10:08:36  5    Q.  You plan to retire with Transocean?

10:08:39  6    A.  Yes, I do.

10:08:40  7    Q.  How long did you work with Jason Anderson, Dewey Revette, and

10:08:48  8    Stephen Curtis?

10:08:49  9    A.  I would guess I worked with Steve Curtis for the very longest

10:08:58 10    length of time, followed by Jason Anderson, and then Dewey; but, to

10:09:05 11    answer your question, an extended period, maybe five-plus years.

10:09:10 12    Q.  What was your relationship with them like?

10:09:13 13    A.  I feel like we were all close.  We were a family.  We were a

10:09:22 14    team.  We got along well.  They knew what the level of supervision

10:09:31 15    was and where to draw lines to stop, but we were friends.

10:09:35 16    Q.  Trusted them?

10:09:37 17    A.  I did trust them.

10:09:38 18    Q.  After everything you heard today and everything you know now,

10:09:43 19    what is your level of confidence in the training and the ability of

10:09:47 20    Jason Anderson as a toolpusher?

10:09:49 21    A.  I still have the same confidence in Jason that I did before the

10:09:55 22    incident.  His training was there.  I don't know what else to say

10:10:03 23    about it.

10:10:04 24    Q.  What would be your level of confidence, Mr. Ezell, in the

10:10:07 25    training and ability of Dewey Revette as a driller?

10:10:11  1  A.  He was a good driller and he was competent.  And he had been

10:10:14  2  with the company many years and held many different levels of

10:10:19  3  supervisory positions.  He was a good driller.

10:10:22  4  Q.  And Stephen Curtis as an assistant driller.  What was your

10:10:27  5  level of confidence in his skill level and training and ability?

10:10:32  6  A.  Stephen was a supervisor as long as I knew him.  Maybe in a

10:10:37  7  different capacity on a different crew or whatever, but he was very

10:10:44  8  competent and he was a perfectionist, and you could be comfortable

10:10:51  9  with him if he was in charge of operation.

10:10:57 10  Q.  While you've been out of the court room, Judge Barbier has seen

10:11:00 11  some corporate risk chart, matrices, and red, yellow, green; but

10:11:05 12  from the drill crew perspective, what's the risk if a driller

10:11:10 13  misses a kick?

10:11:11 14  A.  Well, the ultimate risk he could take his own life.

10:11:20 15  Q.  Before April 20, was your drill crew aware of that?

10:11:23 16  A.  We were all highly aware of that.  We know that that could be

10:11:27 17  the case.

10:11:29 18  Q.  Have they ever missed a kick before April 20, 2010?

10:11:33 19  A.  They had not.

10:11:34 20  Q.  Talk, Mr. Ezell, a little bit more about you.  How old a man

10:11:40 21  are you?

10:11:41 22  A.  Fifty-seven.

10:11:41 23  Q.  I think you said you started going offshore when you were?

10:11:45 24  A.  I was 21.

10:11:46 25  Q.  Back and forth to drilling rigs the whole time?

10:11:49  1   A.  Yes.  My entire life pretty much.

10:11:53  2   Q.  Got pretty good at packing for a month on a rig?

10:11:57  3   A.  Yes, I did.  Packing, unpacking, packing, unpacking.

10:12:00  4   Q.  Offshore work isn't easy.  Why did you decide to work offshore?

10:12:04  5   A.  Yeah, it is demanding, and I guess the reason I did it is where

10:12:12  6   I live it would be the best way to make a good living for my

10:12:16  7   family.

10:12:16  8   Q.  Do you have a college degree?

10:12:19  9   A.  I do not.  I went two years to the University of Southern

10:12:22 10   Mississippi, but I didn't get a degree.

10:12:24 11   Q.  Go to high school?

10:12:26 12   A.  I did.

10:12:27 13   Q.  Where did you go to high school?

10:12:28 14   A.  I went to little small town called Purvis, Purvis High School,

10:12:34 15   graduated there.

10:12:34 16   Q.  Where is Purvis?

10:12:36 17   A.  It's approximately 108, nine miles from New Orleans.

10:12:44 18   Q.  In Mike Underhill's calculation that's 99 miles from New

10:12:48 19   Orleans?

10:12:48 20   A.  Maybe so.

10:12:49 21   Q.  Do you have family there in Mississippi?

10:12:51 22   A.  Yes, I do.  Yes, that's where my family does live.  I was

10:12:56 23   originally born in Freeport, Texas, but my parents moved when I

10:13:04 24   was, like, in the fourth grade to Mississippi, and that's where

10:13:06 25   I've lived all of my life.

1732

10:13:08  1   Q.  What was it like to go out to a floating drilling rig as a

10:13:15  2   21-year old for the first time?

10:13:16  3   A.  It was -- I am looking for the word.  It was very intimidating

10:13:25  4   for the first time I saw a drilling rig.  It actually was a Penrod

10:13:30  5   platform, and I've never been on a crew boat before and never

10:13:36  6   really seen a rig before.  And when we came up to the rig, the mate

10:13:44  7   that was working the boat, he told us to come on out and stand

10:13:50  8   right here in a certain spot.  And I looked up and got my first

10:13:54  9   look at a drilling rig and it was enormous, and then I saw this

10:13:58 10   huge cone come down and it picked us up and took us up to the rig.

10:14:06 11   I didn't know it was a personnel basket at that time.

10:14:08 12   Q.  And what happened when you got up on -- do you remember your

10:14:13 13   first day on the rig when you got up on the rig?

10:14:16 14   A.  Yeah, I was very impressionable, I do remember.  It was

10:14:21 15   actually me and another guy that started out as roustabouts, and

10:14:26 16   when we got on the deck and landed, we took our bags out, the

10:14:32 17   basket was moved away, and there was a gentleman there that was

10:14:36 18   there to greet us.  He told us his name.  He was the Penrod

10:14:40 19   toolpusher.

10:14:43 20       And they were making a trip.  I believe they were coming

10:14:48 21   out of the hole that particular day, but that's back before

10:14:52 22   automation when they had a derrickman up in the derrick that was

10:14:55 23   actually pulling the pipe back.  And the toolpusher looked at the

10:15:00 24   guy next to me, new hire, and he said, "You see that man?"  And he

10:15:05 25   said, "Yes, sir."  And he said, "I need you to be able to do that

10:15:10  1   job in three months.  Do you think you can do it?"  And he said,

10:15:14  2   "No, sir, I'm scared of heights.  I don't believe I can do that."

10:15:18  3   And he looked at me and he said, "What about you?"  And I said,

10:15:22  4   "Yes, sir, I can do it."  I knew I had at least three months I

10:15:27  5   could work.

10:15:28  6          And actually, I did learn how to do that within that

10:15:32  7   period.

10:15:32  8   Q.  Did you get up on the derrick?

10:15:33  9   A.  I did.

10:15:34 10   Q.  I am going to embarrass you for a moment.  I know you don't

10:15:37 11   like talking about yourself, but, have you personally ever received

10:15:40 12   any awards from Transocean for your performance?

10:15:43 13   A.  Yeah, I had received the Transocean First Excellence Award.

10:15:51 14   Q.  What is the Transocean First Excellence Award?

10:15:57 15   A.  I am thinking of a simple way to put it.  It's the highest

10:16:03 16   award that you can get with the company.  It shows you've gone

10:16:08 17   above and beyond and you've exhibited all the core values, and it

10:16:14 18   was actually the best thing that's ever happened to me in my

10:16:20 19   career.  It's a very prestigious award.  Only about probably ten

10:16:26 20   percent of our total employees would be in that category, and it's

10:16:30 21   also given to rigs as well.

10:16:32 22   Q.  Do you know how you were nominated for the Transocean First

10:16:37 23   Excellence Award?

10:16:38 24   A.  Not really.  They caught me totally off guard.  They just

10:16:43 25   called me at home one day.  But I know it's a long process, and it

10:16:48  1    takes a lot of different referrals from different people.  Then

10:16:53  2    that goes to another committee and -- I don't know.  It's a process

10:16:58  3    I am not 100 percent familiar with.

10:17:00  4    Q.  Do you know if BP had any role in nominating you for the

10:17:05  5    Transocean Excellence Award?

10:17:06  6    A.  Yes.  They did.  They had one of the letters of recommendation

10:17:11  7    that, I think, you need five altogether.

10:17:13  8    Q.  Have you seen BP's letter of recommendation?

10:17:16  9    A.  I have.

10:17:16  10   Q.  Let's show that to the Court for a moment.

10:17:19  11          MS. CLINGMAN:  That's Document 21, TREX 07774A.  We can

10:17:25  12   look at this.

10:17:25  13   BY MS. CLINGMAN:

10:17:26  14   Q.  Is this the letter of recommendation from BP?

10:17:28  15   A.  Just a minute.  I am trying to read it to make sure.  Yes, that

10:17:40  16   is it.

10:17:43  17   Q.  "BP Exploration and Appraisal Team would like to recognize the

10:17:46  18   efforts of Randy Ezell, senior toolpusher, on the *Deepwater Horizon*

10:17:50  19   for his leadership in helping the team become one of the best

10:17:53  20   performing rigs within BP."  Talks about you as leader.  "These

10:18:02  21   efforts have produced an exemplary safety culture on this rig that

10:18:06  22   has achieved six years with no LTA."  What is LTA?

10:18:12  23   A.  That is an acronym for lost time accidents.

10:18:18  24   Q.  "The rig team has consistently delivered well to the first in

10:18:23  25   the drilling performance and with a recent world record depth

1735

10:18:26  1   discovery in the Tiber Prospect completed in third quarter 2009.

10:18:31  2   We would like to thank Mr. Ezell for his outstanding contribution

10:18:34  3   to the team.  On behalf of the entire BP team.  Thank you."  And

10:18:38  4   Mr. Ezell, who, from BP, signed the letter of recommendation for

10:18:43  5   you?

10:18:44  6   A.  That was our team, our BP team; John Guide, David Sims, and

10:18:52  7   Brett Cocales.

10:18:53  8   Q.  Do you know these guys?

10:18:55  9   A.  Yes, I do, very well.

10:18:57 10   Q.  What do you think of them?

10:19:01 11   A.  I have no problem with these guys.  They're good people.  We

10:19:06 12   work well together over the years.

10:19:13 13   Q.  Are they engineers?

10:19:14 14   A.  Ma'am?

10:19:15 15   Q.  Are they engineers?

10:19:16 16   A.  I am not really sure what their background is.

10:19:19 17   Q.  Let's talk about your job as a senior toolpusher.  What does it

10:19:23 18   mean to be the senior toolpusher?

10:19:26 19   A.  Well, I am definitely, like, offshore installation manager's

10:19:38 20   assistant.  I will do a lot of work that he didn't really care to

10:19:44 21   do, some of his paperwork.  I help him with, you know, safety

10:19:49 22   programs to help keep those reinforced and active.  Like I said

10:19:56 23   early this morning, I have an overview of drilling.  Even though I

10:20:01 24   got toolpushers that handle the day-to-day stuff, overview of

10:20:08 25   drilling and also the crane activities.  And I did a lot of the

10:20:12   1    ordering for the rig as far as tubulars and different things that

10:20:15   2    we need in that respect.  It's a pretty demanding job.

10:20:21   3    Q.  Let's look quickly at an organization of the drilling crew and

10:20:26   4    tell us how it was staffed.

10:20:28   5            MS. CLINGMAN:  Let's look at Demonstrative 6572.

10:20:28   6    BY MS. CLINGMAN:

10:20:33   7    Q.  Mr. Ezell, was this how the *Deepwater Horizon* was staffed on

10:20:37   8    April 20, 2010?

10:20:40   9    A.  Yes, that's the way it was staffed.

10:20:44   10   Q.  And what do the numbers in parenthesis represent?

10:20:49   11   A.  Those numbers would reflect the amount in that category that

10:20:56   12   were on the rig at that particular time.

10:21:00   13   Q.  And I believe you told Mr. Sterbcow, but over your 35 years,

10:21:04   14   have you held all of these positions?

10:21:06   15   A.  I've held all of the positions except for the crane operator -

10:21:11   16   deckpusher area.

10:21:14   17   Q.  Can you tell us on the evening of April 20 who was on duty or

10:21:17   18   on tower in these positions on the drill floor; speaking of the

10:21:22   19   drillers and the drilling supervisors?

10:21:24   20   A.  Okay, on the drill floor?

10:21:27   21   Q.  Starting with the OIM and then covering the drill floor.

10:21:32   22   A.  Okay.  I understand.  The OIM would have been Jimmy Harrell,

10:21:37   23   and the senior toolpusher is me.  The two toolpushers reflected

10:21:44   24   there would have been Jason Anderson and Wyman Wheeler.  The

10:21:49   25   drillers would have been Dewey Revette and Brandon Burgess.  And

```
10:21:58   1   the assistant drillers:  Steve Curtis, Don Clark, Allen Seraile and
10:22:07   2   Patrick Morgan.  There it is.
10:22:10   3   Q.  What did the red text indicate?
10:22:14   4   A.  Those were the people that were on tower during the incident.
10:22:20   5   Q.  Three men in the drill shack on April 20?
10:22:23   6   A.  Correct.
10:22:23   7   Q.  Let's talk about them for just a moment.
10:22:26   8            MS. CLINGMAN:  For Jason Anderson, can we put up 83?
10:22:26   9   BY MS. CLINGMAN:
10:22:32  10   Q.  How long had you known Jason Anderson?
10:22:35  11   A.  I had known him probably the entire nine years we were on the
10:22:38  12   rig together, but I didn't actively start working with him until
10:22:42  13   probably last five or six years, because when I left my driller
10:22:46  14   position, well, then Jason took over my crew.
10:22:51  15   Q.  What kind of man was Jason Anderson?
10:22:54  16   A.  Jason was highly motivated and he was pursuing a career path,
10:23:01  17   he didn't want to stay where he was at.  He wanted to constantly
10:23:05  18   improve his self, so he had a lot of training.  He actually held an
10:23:12  19   OIM license.  Jason had done so well that he had been promoted to
10:23:19  20   be a senior toolpusher, and actually, he was leaving the very next
10:23:24  21   day for his new assignment.
10:23:26  22   Q.  Senior toolpusher would be your role, your job?
10:23:30  23   A.  He was promoted to my level.  Excellent supervisor, and he
10:23:38  24   expected a lot out of his crew.  But he helped to train them and he
10:23:43  25   enjoyed cross-training to get people to understand different jobs
```

10:23:47  1   and different positions inside the drill crew.  He was kind of big

10:23:52  2   on that.

10:23:53  3   Q.  And as senior toolpusher, were you his supervisor?

10:23:56  4   A.  I was his supervisor.

10:23:57  5   Q.  Did you ever do a formal assessment of Jason Anderson's

10:24:01  6   performance?

10:24:02  7   A.  Yes, I have.

10:24:04  8   Q.  How did the Transocean performance review process work?

10:24:10  9   A.  Let me reflect for a second.  I am pretty sure it was an annual

10:24:15 10   assessment that we had to do.

10:24:18 11   Q.  So your last one would have been 2009.

10:24:22 12            MS. CLINGMAN:  And let's put up Document 30, which is

10:24:24 13   TREX 52649.

10:24:27 14   BY MS. CLINGMAN:

10:24:27 15   Q.  What is this document?

10:24:28 16   A.  That is a performance appraisal and development plan.

10:24:34 17   Q.  Did you complete this for Jason Anderson?

10:24:39 18   A.  Yes, I did.

10:24:40 19   Q.  When did you do this?

10:24:42 20   A.  It appears it was prepared October 31st, 2009.

10:24:48 21   Q.  So toward the end of 2009.  Did you give Jason an overall good

10:24:54 22   review?

10:24:54 23   A.  Yes, I did.

10:24:55 24   Q.  Let's look at just a couple of things that have been raised

10:24:59 25   here.  In looking at Knowledge of Work, familiarity with individual

10:25:03  1    task(s) performed for area of responsibility.  Has acquired

10:25:08  2    specialized or technical knowledge in their area of responsibility.

10:25:11  3    How did you evaluate Jason?

10:25:12  4    A.  Extremely competent in all areas.

10:25:15  5    Q.  Why did you give him the highest score, six?

10:25:19  6    A.  Because he was that competent.  Jason was one of the best of

10:25:26  7    the best.  He was, like, one of the rocks of *Horizon*.  The good

10:25:31  8    folks that you could always depend on.

10:25:33  9    Q.  Looking specifically at Decision-Making, both willingness to

10:25:38 10    make decisions and the quality of those decisions; meaning

10:25:41 11    judgment, how did you evaluate Mr. Anderson at the end of 2009?

10:25:45 12    A.  "Makes quality decisions on a consistant basis."

10:25:49 13         MS. CLINGMAN:  If we can scroll down to training and

10:25:51 14    development.

10:25:51 15    BY MS. CLINGMAN:

10:25:57 16    Q.  "Training and development, works to upgrade skills and

10:25:59 17    abilities."  And I think you mentioned he had an OIM's license

10:26:04 18    already?

10:26:04 19    A.  Yes, he did.

10:26:04 20    Q.  What would be two positions above where he was?

10:26:06 21    A.  That's correct.

10:26:07 22    Q.  What does it take to become an OIM or to get -- or to obtain an

10:26:12 23    OIM license?

10:26:13 24    A.  To get an OIM certificate is a lot of training, lots of

10:26:18 25    classes, a lot of school and takes a pretty good length of time.

10:26:22  1    Q.  Let's look at your overall assessor's comments of Jason

10:26:26  2    Anderson, which, I think, is 30B.  "Jason has always been one of

10:26:35  3    the rocks that the *Deepwater Horizon* was founded on during the

10:26:37  4    years that we have worked together.  I have seen his personal

10:26:40  5    development increase to far beyond my expectations.  He has

10:26:44  6    acquired his OIM's license several years ago and always meets the

10:26:49  7    requirement of his training matrix.  His roots are well grounded in

10:26:52  8    our safety culture, and he is constantly mentoring his subordinates

10:26:56  9    in the CMS.  He is a natural born communicator and is not afraid to

10:27:01  10   accept new ideas, or think outside of the box to achieve

10:27:04  11   operational excellence.  It is this assessor's opinion that he has

10:27:08  12   long since been ready for the next position."  Was that your

10:27:11  13   evaluation of Jason Anderson?

10:27:13  14   A.  Yes, it was.

10:27:13  15   Q.  And you said Transocean reacted to your evaluation by agreeing

10:27:17  16   and promoting Jason Anderson as senior toolpusher?

10:27:21  17   A.  That's correct.

10:27:22  18   Q.  Was he aware that he had been promoted from toolpusher to

10:27:24  19   senior toolpusher?

10:27:24  20   A.  Yes, he was aware of that.

10:27:25  21   Q.  How did he react to his promotion?

10:27:27  22   A.  He was excited about it.  That's what he wanted.  I mean, he

10:27:33  23   had achieved that new position.  He was a little sad that he was

10:27:41  24   leaving his home, that he had been there for nine years; but the

10:27:45  25   overwhelming thing, he was proud to have the promotion.

10:27:48  1   Q.  Let's turn for a moment to Dewey Revette, which is 84B, 6616.

10:27:56  2   How long did you work with Dewey Revette?

10:27:59  3   A.  I worked with Dewey indirectly probably seven or eight years

10:28:05  4   and then directly probably last two-and-a-half years.

10:28:09  5   Q.  What did Dewey Revette do before he joined the drill crew?

10:28:13  6   A.  Dewey was a guy that wore many hats during his career.  He was

10:28:18  7   25-year veteran plus and Dewey had been everything from a crane

10:28:24  8   operator to a deck foreman.  He worked in our safety department,

10:28:29  9   which is the HSE.

10:28:32 10         He worked offshore on the *Horizon* as an offshore safety

10:28:36 11   advisor, which is a safety advisor watching procedures and

10:28:43 12   different things that were going on to see if everything was going

10:28:47 13   as expected or could be improved.  He was like an operations

10:28:56 14   assistant, so to speak, to where he would monitor operations and

10:28:59 15   look for innovative ways to improve these operations.  And of

10:29:05 16   course, he was assistant driller, and then, of course, a driller;

10:29:09 17   but he was an excellent supervisor.

10:29:10 18   Q.  What did the two of you have in common?

10:29:15 19   A.  Well, Dewey had -- was building a house on the river, and I got

10:29:20 20   one on the river as well, and we were constantly talking about

10:29:25 21   different ideas that he was -- he had in his cabin and I had in

10:29:30 22   mine and where he was changing them.  That was a lot of fun.

10:29:34 23   That's what we liked to do is, you know, hang out on the river when

10:29:37 24   we were on our days off.

10:29:39 25   Q.  Let's talk about the third man in the drill shack, Stephen

1742

10:29:44  1  Curtis, 85.  Tell us a little bit about Stephen Curtis.

10:29:48  2  A.  Stephen Curtis as a Marine or jar head, whatever you want to

10:29:53  3  say there, but he was very, very, well disciplined.  He was one of

10:29:57  4  these types that he would not leave his post unless properly

10:30:03  5  relieved.

10:30:07  6          He was a perfectionist.  He liked things done exactly

10:30:12  7  right.  When he was actually a deck foreman, he managed that job

10:30:18  8  like I've never seen managed before.  He utilized every square inch

10:30:23  9  of what he called real estate on the rig by placing equipment

10:30:27  10  exactly where it needed to go.  So, very unique individual.  Of

10:30:36  11  course, in the South we're all pretty well, like, hunters.  He was

10:30:40  12  an avid turkey hunter and deer hunter.

10:30:43  13  Q.  How did he perform as an assistant driller?

10:30:45  14  A.  As an assistant driller, he fit right in.  He started operating

10:30:52  15  the equipment immediately, as well as any other assistant driller.

10:30:58  16  I think it's because a lot of the controls are, like, similar to

10:31:02  17  what a crane operator would use.  He mastered the calculations and

10:31:11  18  math skills that you would need for that position, and he was doing

10:31:19  19  exceptionally well.

10:31:20  20  Q.  Let's talk more about your job and your work on the *Deepwater*

10:31:29  21  *Horizon*.  And to do that, let's show the Court an animation of the

10:31:33  22  *Deepwater Horizon*.  In this picture what do we see, Mr. Ezell?

10:31:35  23  A.  That is a view of the rig floor or partial view of the rig

10:31:38  24  floor.  Much bigger than that.

10:31:41  25  Q.  Can you see the drill shack in the picture?

10:31:44  1    A.  Yes.  The drill shack is where it has the little expanded metal

10:31:51  2    cage there.

10:31:51  3    Q.  So let's move into the drill shack.

10:31:57  4          MS. CLINGMAN:  And, your Honor, if I may approach?  I'll

10:31:59  5    hand Mr. Ezell a laser pointer.

10:32:02  6          THE COURT:  Okay.

10:32:02  7    BY MS. CLINGMAN:

10:32:07  8    Q.  Mr. Ezell, have you seen this animation before?

10:32:09  9    A.  Yes, I have.

10:32:10 10    Q.  Do you think you can help the Judge understand some of the

10:32:13 11    positions in the drill shack?

10:32:14 12    A.  Yes, yes, I can do that, but --

10:32:17 13          THE WITNESS:  Judge, would it be better to point right

10:32:19 14    over here?  Can you see that all right?

10:32:22 15          THE COURT:  If you want to just mark something, you can

10:32:24 16    touch the screen and it'll mark it, too.

10:32:28 17          MS. CLINGMAN:  That might be better.  Apparently, you can

10:32:30 18    touch your screen.

10:32:32 19          THE COURT:  See if that works.

10:32:35 20          THE WITNESS:  Yes, it does.  How do you get rid of it?

10:32:39 21          THE COURT:  Do you see undo at the top on the screen?

10:32:41 22          THE WITNESS:  I see it.

10:32:43 23          THE COURT:  Hit it and it will undo it.

10:32:46 24          THE WITNESS:  Okay.  Yeah, yeah.

10:32:46 25    BY MS. CLINGMAN:

1744

10:32:51  1    Q.  How does this compare to the real thing?

10:32:53  2    A.  The first time I saw it, it put me right back on the *Horizon*.

10:33:00  3    It's about as close I think I've ever seen.

10:33:06  4    Q.  Let's walk through where the drill crew worked.  You have a

10:33:10  5    chair there.  Let's start at the Driller A chair which is Dewey

10:33:14  6    Revette's chair?

10:33:16  7    A.  This is the "A" chair right here (INDICATING).

10:33:18  8    Q.  What does a driller -- what does Dewey Revette do from this "A"

10:33:23  9    chair?

10:33:23 10    A.  Well, this is where you operate any equipment that you would

10:33:29 11    need for whatever the operation was.  If he was drilling or

10:33:34 12    tripping or running casing or marine riser or whatever, this would

10:33:40 13    be your control place for that equipment.

10:33:44 14    Q.  How do you operate the equipment?

10:33:47 15    A.  On the chair arms, I don't know -- yeah.  The chair arms and up

10:33:55 16    here are key pads, and you can select different equipment groups.

10:34:00 17    And then, also, these joy sticks perform different functions, too,

10:34:06 18    as far as operating and running equipment.

10:34:09 19    Q.  What are the screens right in front of the chair?

10:34:12 20    A.  That is the high tech monitor screens right there (INDICATING).

10:34:18 21    Q.  And you were asked earlier, I believe, about high tech.  Is

10:34:22 22    that the information that driller, Transocean drillers use?

10:34:25 23    A.  That is the information that Transocean drillers would be using

10:34:28 24    because it's right straight in front of them.

10:34:31 25    Q.  We don't have high tech data from April 20, 2010, do we?

10:34:36  1   A.  No, we don't, we couldn't.

10:34:37  2   Q.  Why not?

10:34:38  3   A.  It went down with the rig.

10:34:39  4   Q.  Now, people have mentioned the Sperry data.  Is there a screen

10:34:44  5   available to the driller that shows the Sperry data that we have

10:34:46  6   seen in court?

10:34:47  7   A.  It would be the third-party monitor.  Does that show up?  It's

10:34:53  8   a small -- yeah, there we go, just put a dot on it (INDICATING).

10:35:00  9   That would be it.

10:35:00  10  Q.  So that's where the Sperry data is reflected?

10:35:05  11  A.  That would be our Sperry data.

10:35:06  12  Q.  What kind of information would Dewey Revette see on the high

10:35:10  13  tech screens while he was operating the equipment?

10:35:12  14  A.  That would depend on the operation, but just in general, you

10:35:18  15  would see pump pressure, pump strokes, flow, return flow, you would

10:35:26  16  see weight on the bit, R.P.M., any number of other parameters that

10:35:33  17  would go along with that.  It's quite a few.

10:35:35  18  Q.  Let's shift over slightly to the right.  There appears to be a

10:35:39  19  second chair.  I'm guessing the "B" chair.  Is that where Stephen

10:35:43  20  Curtis, the assistant driller, would sit?

10:35:45  21  A.  Yes.

10:35:45  22  Q.  What is the difference between the two chairs, A and B?

10:35:48  23  A.  Really there's not a lot of difference between A or B, because

10:35:55  24  there was another chair over here on the offline side, all three of

10:36:00  25  these chairs could actually run any of the equipment.  But we

1746

10:36:04  1   designated this the B chair because it was easier for the assistant

10:36:09  2   driller to see the pipe racking systems in the derrick and it was

10:36:16  3   easier for the driller to see from his standpoint in the A chair.

10:36:21  4   But all it takes is just a change modes, which is a toggle switch

10:36:26  5   where you change mode to mode to mode, whatever you needed.

10:36:29  6   Q.  The Court heard testimony yesterday by video from Mike

10:36:34  7   Williams, who said the A chair might sometimes hitch and go blue.

10:36:40  8   Do you know anything about that?

10:36:41  9   A.  Yeah, I do remember that happening.  It was intermittent.  If

10:36:54 10   that did happen to the driller's A chair, what we would typically

10:36:59 11   do is just change the selection on the B chair, and the driller

10:37:05 12   would be sitting there while the A chair would be rebooted.

10:37:10 13   Q.  When you say reboot, for a chair like this, this is like

10:37:12 14   turning your computer off and back on?

10:37:14 15   A.  Absolutely.

10:37:15 16   Q.  If a chair is being rebooted, what impact does that have on the

10:37:20 17   ability of the drillers to operate the blowout preventer or shut in

10:37:24 18   the well?

10:37:24 19   A.  It doesn't affect that ability at all.  The blowout preventer

10:37:30 20   is separate from the high tech.

10:37:34 21   Q.  Were there any safety concerns raised with the intermittent

10:37:40 22   crash of the blue chair -- A chair?

10:37:43 23   A.  All I am aware of is it was something that was just an

10:37:47 24   annoyance.  But we were actively working on trying to resolve it.

10:37:52 25   Q.  Do you know of any association between that intermittent

1747

10:37:57    1    problem and the March 8th kick?

10:37:59    2    A.  No.

10:38:00    3    Q.  What's Mr. Williams' position on the rig?

10:38:04    4    A.  He was electronic technician, or ET.

10:38:08    5    Q.  Was he the chief engineer?

10:38:10    6    A.  No, no.  Not to my knowledge, he wasn't.

10:38:13    7    Q.  What is the screen in the middle between the two chairs?

10:38:19    8    A.  Let me see.  Okay.  The screen is the Simrad screen or

10:38:29    9    Kongsberg, that's a marine screen.

10:38:31   10    Q.  What kind of data does that screen reflect if it's the marine

10:38:36   11    screen?

10:38:37   12    A.  It showed vessel heading, it showed -- let me think.  It showed

10:38:43   13    power management, what engines were online, what thrusters were

10:38:47   14    online.  It had a lot of key information of that nature.

10:38:53   15    Q.  Does it show you the wind direction?

10:38:55   16    A.  Yeah, it would tell you a lot -- but it was like marine

10:38:59   17    information, though.  But we had a viewing capability from the rig

10:39:04   18    floor.

10:39:04   19    Q.  Are the procedures posted in the drill shack, operating

10:39:10   20    procedures?

10:39:11   21    A.  Yes, right there, where the arrow is indicating (INDICATING).

10:39:20   22    That's where we always posted shut-in procedures, emergency

10:39:25   23    disconnect procedures, volumes, capacity for drill strings, it had

10:39:31   24    any other pertinent information that the driller needed easy access

10:39:35   25    to.

10:39:37  1    Q.  What ways do drillers have to communicate to others on the rig,
10:39:43  2    whether it be the bridge or the engine control room or directly
10:39:47  3    outside to the drill floor?
10:39:47  4    A.  Well, here in the center console, that was the communication
10:39:51  5    console.  Like these are the two telephones, the one on the left
10:39:58  6    for the driller and, of course, one on the right for the assistant
10:40:01  7    driller to call anywhere on the rig.  This in the center right here
10:40:09  8    was the old sound-powered that you would crank up in case of
10:40:14  9    emergency telephone (INDICATING).
10:40:17  10            And then those keypads right there with the mics gave you
10:40:24  11   the ability to pick up on call stations like, there was multiple
10:40:30  12   lists of call stations, it could be a couple of points in the
10:40:34  13   derrick, it could be out on the rig floor, you know, it could be
10:40:40  14   the bridge, several locations for those.  And they were used quite
10:40:46  15   frequently.  And then this one at the top is -- primarily the real
10:41:00  16   focus of it was for the shell shakers.  That was communication with
10:41:04  17   the shell shakers primarily, although it had a couple of other
10:41:08  18   areas that it could communicate with as well.
10:41:10  19   Q.  Could you do this handsfree or did you need to pick up a
10:41:14  20   telephone?
10:41:14  21   A.  No, it was handsfree.
10:41:15  22   Q.  Let's move around a little bit in the drill shack to the right.
10:41:20  23   And there's a panel on the wall behind the drillers.  What's that?
10:41:23  24   A.  That was the subsea BOP operating panel.
10:41:27  25   Q.  So the driller sitting in the chair is not operating the

1749

10:41:31  1  blowout preventer?

10:41:31  2  A.  The driller sitting in the chair couldn't operate it from a

10:41:35  3  chair.

10:41:36  4  Q.  So who would operate the blowout preventer?

10:41:38  5  A.  Well, I'd say a large portion of the time, it would be the

10:41:47  6  toolpusher that would be in the room.  But, of course, if the

10:41:50  7  toolpusher wasn't there, the driller would just stop and get up and

10:41:53  8  do it himself.  But it was faster and more -- you know, better for

10:42:00  9  a toolpusher to do it because a driller was in the process of

10:42:04 10  shutting pumps down, spacing everything out, getting the pipe

10:42:07 11  placed right.  And the toolpusher could be standing there ready to

10:42:11 12  fire the buttons.

10:42:12 13  Q.  There are a lot of buttons on this.  Let me just ask you a

10:42:16 14  couple of questions.  If a valve is open or closed, for example, on

10:42:20 15  the kill line, does something light up here to indicate that?

10:42:23 16  A.  Yeah, you would see it on this left-hand screen right here

10:42:29 17  (INDICATING).

10:42:30 18  Q.  It's easy to tell if valves are open or closed when this door

10:42:35 19  is open?

10:42:35 20  A.  That's right.

10:42:35 21  Q.  Let's go a little further around the room, and tell us where

10:42:39 22  Jason Anderson, toolpusher, where he sits.  He doesn't have a

10:42:44 23  driller's chair.

10:42:45 24  A.  Okay.  That would be the toolpusher that would be on tower,

10:42:50 25  that would be their little desk area where they would perform their

1750

10:42:55  1   calculations or whatever they need to do (INDICATING).

10:42:57  2   Q.  So that's Jason Anderson's desk?

10:43:01  3   A.  It would be.

10:43:01  4   Q.  And where is the drill floor?

10:43:03  5   A.  Right outside -- either right outside this glass -- yeah, there

10:43:11  6   you go.  Yeah, that's it, that's the rig floor right out there.

10:43:14  7   Q.  And if there's drill pipe in the well, can you see the drill

10:43:18  8   pipe in the picture?

10:43:19  9   A.  Yes, you can.  This is the center of the wellbore right there,

10:43:24 10   the rotary.

10:43:26 11   Q.  That's where the drill pipe goes down through the rig all the

10:43:30 12   way down to the well?

10:43:31 13   A.  That's correct.

10:43:31 14   Q.  You told us about Dewey's job and what they can do from these A

10:43:35 15   chairs and B chairs.  Who has the responsibility for monitoring the

10:43:39 16   well?

10:43:39 17   A.  The driller.

10:43:40 18   Q.  What does it mean for a driller to monitor the well?

10:43:43 19   A.  Well, it means he needs to actively watch for changes in the

10:43:50 20   wellbore.

10:43:51 21   Q.  Did Dewey Revette understand that?

10:43:53 22   A.  Yes, he did.

10:43:54 23   Q.  How can you say that?

10:43:55 24   A.  I knew Dewey.  I went through the same training that he went

10:43:59 25   through; I knew what he knew.  I watched him through drills that we

1751

10:44:06  1    had.  I watched his actual actions a lot of times.  I know he knew

10:44:11  2    that.

10:44:12  3    Q.  When -- according to Transocean training, Mr. Ezell, when

10:44:18  4    should the driller monitor the well?

10:44:20  5    A.  At all times when he is connected to the well.

10:44:23  6    Q.  And I think you were asked by Mr. Sterbcow if there's a single

10:44:27  7    signature sign that always appears if there's a gas kick.  Is there

10:44:31  8    one sign that you're looking for that would always reflect a gas

10:44:34  9    kick?

10:44:34 10    A.  Well, the only one to me that would be a signature sign would

10:44:42 11    be flow with the pumps off, that would be your definite beyond a

10:44:47 12    shadow of a doubt to me.

10:44:49 13    Q.  And according to Transocean's manuals and testing and training,

10:44:52 14    what is the best way to confirm whether the well is taking a kick?

10:44:58 15    A.  You should flow check the well to see, in fact, if it's

10:45:03 16    flowing.  If it is flowing, then it should be shut in as quick as

10:45:07 17    possible.

10:45:07 18    Q.  Is running a flow check covered in driller training?

10:45:11 19    A.  It is.

10:45:11 20    Q.  Have you done a flow check that was negative; in other words,

10:45:15 21    done a flow check and seen that the well was not flowing?

10:45:17 22    A.  I've done more negative flow checks than positive.

10:45:20 23    Q.  And what happens if a flow check shows that the well is

10:45:25 24    flowing, you have flow, then what?

10:45:27 25    A.  The well is shut in and secured.

1752

10:45:29  1    Q.  You have specific shut-in procedures?

10:45:32  2    A.  We do, and it's posted there in front of the driller.  Of

10:45:35  3    course, he is aware of those.

10:45:36  4    Q.  Has Jason Anderson ever demonstrated to you personally that he

10:45:41  5    understood the monitor flow check and shut-in procedures?

10:45:45  6    A.  Yes.  I've witnessed on several occasions when Jason was a

10:45:51  7    driller, he definitely was competent in that area.  And actually as

10:45:56  8    a toolpusher, Jason had shut the well in probably more than any

10:46:02  9    toolpusher on the rig.  So he was not scared to do that.

10:46:06 10    Q.  What about Dewey Revette, did Dewey Revette understand the

10:46:10 11    steps to monitor flow check and shut in?

10:46:13 12    A.  Yes.  Yes, he did as well.

10:46:15 13    Q.  With those concepts in mind, Mr. Ezell, let's talk a little bit

10:46:20 14    about Transocean's training.  What is the core training for

10:46:23 15    drillers at Transocean?

10:46:25 16    A.  Well, that's a pretty good question.  But there is what we call

10:46:32 17    OJT module training that's done, which is very, very lengthy.

10:46:40 18    There is drills on the rig, there's mentoring by supervisors, like,

10:46:46 19    say, in the toolpusher position, tool driller, and that happens

10:46:51 20    daily.  And then there's also formal schools like well control that

10:46:55 21    a driller has to go to.

10:46:57 22    Q.  Have you attended supervisory well control school?

10:47:00 23    A.  Many times.

10:47:02 24    Q.  Is there an industry certification for well control school?

10:47:06 25    A.  Yes, it should be like an IADC certified accreditation.

1753

10:47:12  1    Q.  Was Transocean's well control school certified by the IADC?

10:47:17  2    A.  Absolutely.

10:47:18  3    Q.  Can you generally describe to the judge the Transocean well

10:47:21  4    control school that you and Jason and Dewey and Stephen would have

10:47:25  5    attended?

10:47:25  6    A.  Yes.  It's like a five-day class, it goes through our

10:47:32  7    Transocean well control book, section by section.  Each day you

10:47:39  8    have a lot of test questions that prepare you for the final test.

10:47:43  9    And you also have simulations to where you can actually shut the

10:47:52  10   well in and practice doing that and practice circulating out kicks.

10:47:58  11   You work on kill sheets, making sure you understand how that works.

10:48:04  12   And then the last day, you have a final test and it's a pretty

10:48:09  13   lengthy test.  Pretty hard test.  And from that, you get your

10:48:15  14   accreditation.

10:48:15  15   Q.  Do you know how many times Jason took and passed the

10:48:20  16   supervisory well control school?

10:48:22  17   A.  I don't know the exact number, but it was quite a few.

10:48:27  18   Q.  And also for Dewey Revette?

10:48:29  19   A.  Dewey, he was current for sure.

10:48:35  20   Q.  Let's look for a moment at 25A, which is TREX 52658.

10:48:45  21   Mr. Ezell, have you reviewed this?

10:48:46  22   A.  Yes, I have.

10:48:47  23   Q.  Have you looked at all of the training records for every one of

10:48:50  24   the crew members listed to validate this summary?

10:48:52  25   A.  Yes, I did.  Each and every one.

10:48:55  1   Q.  Is this accurate?

10:48:56  2   A.  Yes, it is.

10:48:57  3   Q.  So looking at Dewey Revette -- and this is in apparently

10:49:02  4   chronological order, so let's go to the second page, which is more

10:49:04  5   recent for Dewey Revette.  There is a course listed here,

10:49:08  6   Mr. Ezell, for example, at the bottom, Safety Leadership

10:49:11  7   Foundations, March 16, 2010.  If there's a course listed on this

10:49:14  8   exhibit, did you confirm according to official records that

10:49:17  9   Mr. Revette took that course?

10:49:19 10   A.  Yes, I did.

10:49:20 11   Q.  And the one ahead of that, the IADC well cap supervisor

10:49:25 12   training, is that the well control school that you were just

10:49:27 13   talking about?

10:49:28 14   A.  That is the one I was referring to.

10:49:29 15   Q.  When did Dewey Revette last have the IADC supervisory well

10:49:34 16   control school?

10:49:36 17   A.  February 12th, 2010.

10:49:37 18   Q.  Now, if someone took a class more than once, like a supervisory

10:49:41 19   training, does it appear multiple times in the summary?

10:49:44 20   A.  No.  I think it's just the last one, because I know I've

10:49:50 21   reviewed my records and I had eight or nine, and it didn't reflect

10:49:54 22   that.

10:49:55 23   Q.  And you said that Jason Anderson, Dewey Revette, and Stephen

10:50:03 24   Curtis were fully current on all of their well control training?

10:50:05 25   A.  They were.

10:50:06  1    Q.  Let's talk for a minute about what you said.  OJT, is that the

10:50:08  2    training that takes place on the rig?

10:50:10  3    A.  Yes, yes.

10:50:11  4    Q.  Is there an assistant driller OJT?

10:50:14  5    A.  Yes, there is.

10:50:15  6    Q.  Is there also a driller OJT?

10:50:18  7    A.  That's correct.

10:50:19  8    Q.  So for Jason and Dewey to become driller and Jason on to a

10:50:26  9    toolpusher and then a senior pusher, had they done both the

10:50:29  10   assistant driller and the driller OJT?

10:50:31  11   A.  Yes, they should have accomplished that level for sure.

10:50:35  12   Q.  About how long does it take at Transocean to complete driller

10:50:39  13   OJT?

10:50:39  14   A.  Well, I don't know that that can be a defined time, because

10:50:45  15   there's a lot of different areas that you cover in this OJT to

10:50:50  16   where you're seeing if a person is competent.  And let's just use

10:50:56  17   an example.  Say one of the questions was referring to deploying

10:51:01  18   the BOP stack.  If a guy was taking his driller OJT, and the BOP

10:51:09  19   stack was down, and say it was three or four months before that

10:51:13  20   stack was moved, well, then it may take an extended period to go

10:51:18  21   through all of the training.  It's all according to what's

10:51:21  22   available while you're there.  But most people would continue to

10:51:26  23   push until they push through it, but it was a pretty long process.

10:51:29  24   Q.  Let's take a look at some of the subjects covered in 28, this

10:51:34  25   is TREX 41225.

10:51:38  1          MS. CLINGMAN:  Your Honor, this is one document for which

10:51:40  2    confidentiality objections have been sustained, so technically we

10:51:43  3    would ask the public to leave.  I think we've agreed instead to

10:51:46  4    note on the record that this not be included in the publicly

10:51:48  5    distributed packet and maintain its confidential status.  If that's

10:51:53  6    acceptable.

10:51:53  7          THE COURT:  You want the public to leave?

10:51:55  8          MS. CLINGMAN:  No, I said we normally would, but we've

10:51:58  9    agreed instead to just designate this as not going in the packet

10:52:02  10   that's posted online.  Would that be acceptable?

10:52:04  11         THE COURT:  Sure.

10:52:05  12         MS. CLINGMAN:  This is TREX 41255 (VERBATIM) will remain

10:52:10  13   confidential, but we won't leave the courtroom.

10:52:10  14   BY MS. CLINGMAN:

10:52:13  15   Q.  Looking specifically at the driller OJT that Jason Anderson and

10:52:19  16   Dewey Revette had, do you know how many competency tasks

10:52:21  17   specifically are required?

10:52:25  18   A.  60, 70, somewhere around there.

10:52:28  19   Q.  Can you scroll down to the end and see how many?  Is it 68?

10:52:36  20   A.  That's correct.  That would be the final test.

10:52:38  21   Q.  And so you were just talking about if it's something, for

10:52:42  22   example, that says lowering the BOP equipment, you have to wait

10:52:45  23   until that operation is being done, so it's going to take some time

10:52:48  24   to complete all 68 competencies?

10:52:51  25   A.  That is correct.

10:52:52  1    Q.  Let's look at page nine of this.  We won't go through 68

10:52:56  2    competency tasks, but let's look at a couple that have been

10:52:59  3    specifically raised.  Here is drilling equipment.  Mr. Ezell, for

10:53:01  4    an example, if you look at nine here, "Describe the main components

10:53:04  5    of the blowout prevention system on your rig, including the rated

10:53:09  6    capacity of each," what would you be looking for to assess

10:53:12  7    competency of the driller or assistant driller in this area?

10:53:15  8    A.  I would have to ensure that the driller could tell me the way

10:53:22  9    that the stack was configured, the pressure rating, maximum weight

10:53:26 10    that could be applied to variable bore rams, what type of rams were

10:53:30 11    there, and that type of information.

10:53:33 12    Q.  Let's look down to topic 11, I think the topics are controls

10:53:38 13    and instrumentation.  I am going to again just take this as an

10:53:41 14    example.  What would you look for to determine competency of a

10:53:45 15    driller for item 11 here, "Explain and show how to operate each

10:53:50 16    function on the driller BOP control panel"?

10:53:53 17    A.  Well, basically like before, he would have to show me that,

10:53:57 18    through simulation, that he knows how to actually shut what

10:54:01 19    particular preventer element or ram or failsafe valve or how to

10:54:06 20    properly line up, say, the flush and choke and kills.  I would have

10:54:11 21    to understand that he was full functional on that before I could

10:54:16 22    sign off.

10:54:16 23    Q.  And the driller's BOP control panel, just to confirm, that's

10:54:21 24    the big panel on the wall behind the driller's chair, not part of

10:54:24 25    the driller's chair's monitors?

10:54:27  1   A.  That's right.  It's not part of high tech, it's separate.

10:54:30  2   Q.  Let's go to page 11, and there's two well control topics at the

10:54:34  3   bottom of the page there.  Those are things we were just talking

10:54:40  4   about from well control school, Mr. Ezell, flow check and shutting

10:54:43  5   in.  Looking at competency task 43, "Show how to perform a flow

10:54:47  6   check."  Again, how would you assess a driller to make sure he is

10:54:51  7   competent and skilled in conducting a flow check on a well?

10:54:54  8   A.  Okay.  There's many different times that you can perform a flow

10:54:59  9   check.  He would have to tell me what that was, he would have to

10:55:03  10  also show me, actually doing a flow check for me to understand that

10:55:10  11  he was competent on that.

10:55:12  12  Q.  And for the next, shutting in a well, for Jason Anderson, Dewey

10:55:17  13  Revette and anyone else taking driller OJT under you, what would

10:55:21  14  they have to do to pass competency 44?

10:55:24  15  A.  Of course, this would not be done, but we would simulate and we

10:55:28  16  would have a pretty lengthy discussion on how to shut in and either

10:55:35  17  ram or annular to do.

10:55:41  18  Q.  Let's look at a couple more tasks.  45, I believe, is on the

10:55:46  19  next page.  Two things that were raised, Mr. Ezell, we can talk

10:55:54  20  more about them later, but are diversions and emergency disconnect.

10:55:58  21  So at forty-five, did you, both in well control school and the OJT,

10:56:02  22  train drillers on how to divert a well properly?

10:56:05  23  A.  Yes, we did.

10:56:06  24  Q.  What would be part of the competency number 45, "Explain and

10:56:09  25  simulate how to divert the well"?

10:56:12  1   A.  A driller in that case would have to explain how the diverter

10:56:17  2   system works, what valves automatically close, what valves open.

10:56:21  3   They would have to explain to me about using wind direction for the

10:56:27  4   proper selection of a diverter line and who to notify and that type

10:56:31  5   of thing.

10:56:33  6   Q.  And both Jason Anderson and Dewey Revette would have passed

10:56:36  7   this OJT?

10:56:37  8   A.  Definitely, definitely.

10:56:39  9   Q.  The last one we'll look at, then, is number 52, which is the

10:56:43 10   emergency disconnect procedure.  Does both well control school and

10:56:49 11   OJT competency cover emergency disconnect?

10:56:51 12   A.  Yes, yes, it does.

10:56:52 13   Q.  Is that also called EDS?

10:56:55 14   A.  Yes.

10:56:55 15   Q.  Were Jason Anderson and Dewey Revette, Mr. Ezell, not only past

10:57:00 16   this course, but were they qualified to train others on all of the

10:57:07 17   items identified here?

10:57:07 18   A.  They were qualified to train others.

10:57:09 19   Q.  Did they do that?

10:57:10 20   A.  Yes, I saw that daily.

10:57:11 21   Q.  You were asked about the March 8th kick on the *Deepwater*

10:57:15 22   *Horizon* at Macondo, do you remember that?

10:57:16 23   A.  Yes.

10:57:17 24   Q.  Let's talk about that for just a moment.  Let's look at

10:57:22 25   TREX 41034.  Mr. Ezell, you were talking about reporting daily

10:57:27  1    activities on the rig, and tell the judge, what is a document like

10:57:30  2    this?

10:57:32  3    A.  I'm sorry, I missed the last statement.

10:57:34  4    Q.  What is this document?  What are we looking at?

10:57:36  5    A.  This is a daily drilling report.

10:57:38  6    Q.  What's the date?

10:57:39  7    A.  March 8th, 2010.

10:57:41  8    Q.  Were you on the rig that day?

10:57:43  9    A.  I was.  There's my signature.

10:57:44  10   Q.  And then there's a counter signature on the other side.  Who

10:57:49  11   else signs Transocean's daily drilling reports?

10:57:51  12   A.  That was the well site leader Earl Lee in that case.

10:57:54  13   Q.  So these reports are signed off on by BP daily?

10:57:59  14   A.  That's correct.

10:57:59  15   Q.  What kind of information is recorded every day in the daily

10:58:05  16   drilling report?

10:58:06  17   A.  As a combination of a lot of information, it's according to

10:58:12  18   what the activities are, it's got time breakdown.  If you're

10:58:16  19   drilling, you have a drilling assembly like it's reflected here.

10:58:22  20   It's got, you know, your mud record, bit record, what kind of bit

10:58:26  21   you're using, how it's jetted.  Chemicals that are used.  There's a

10:58:32  22   lot of different information.

10:58:34  23   Q.  Let's take a look at the correlated Transocean morning report,

10:58:38  24   19, which is TREX 36656.  Is this a similar report that's prepared

10:58:47  25   daily?

10:58:47  1    A.  Yes, it is.

10:58:48  2    Q.  Let's look at March 8th at the activities that were on the rig

10:58:52  3    that day.  I think it's the second page of this.  Are these

10:59:00  4    reports, Mr. Ezell, done as the work is being performed?

10:59:04  5    A.  Typically, yes.

10:59:05  6    Q.  Entered into the computer as a normal part of Transocean's

10:59:10  7    business?

10:59:10  8    A.  Yes, it is.

10:59:11  9    Q.  Looking at page two of the morning report, this is March 8th,

10:59:15 10    can you tell what the drill crew was doing that day?

10:59:18 11    A.  If you give me just a second here.  (Witness reviews document.)

10:59:28 12    Well, I am looking at the -- let's see, 1630 to 2200, they're

10:59:36 13    definitely drilling there.

10:59:40 14    Q.  All right.  Look at the last entry, 2200.  What is reflected

10:59:45 15    this the 2200 entry, the last entry of the day?

10:59:49 16    A.  Well, it says, "Observe gain of 10 to 12 barrels, picked up off

10:59:55 17    bottom, checked for flow, well flowing, shut well in on lower

10:59:59 18    annular at 2205 hours with estimated 30-barrel gain."

11:00:07 19    Q.  "Observed gain of two and a half barrels."  I think it was

11:00:10 20    referenced earlier that Dewey had a kick that was 35 barrels.  When

11:00:14 21    did he catch it, according to the daily record?

11:00:17 22    A.  Well, according to the report, he caught it in the early

11:00:22 23    stages, which is 10 to 12 barrels.

11:00:24 24    Q.  What did you think of his performance at the time?

11:00:28 25    A.  I was pleased with it.  Thought it was good.

11:00:31 1    Q.  Mr. Ezell, looking at all the entries, there is one

11:00:35 2    consistency.  At the end of each entry, for 30 minutes it says,

11:00:38 3    "monitor active system for gains and losses," do you see that at

11:00:42 4    the end of each entry?

11:00:44 5    A.  Yes, I do.

11:00:44 6    Q.  Why is that consistently entered in the daily report?

11:00:48 7    A.  Well, that was very important and it was a detail that we

11:00:52 8    wanted to reinforce, and we always did that, to my knowledge.

11:00:57 9    Q.  Is that a description of monitoring the well, is that what that

11:01:02 10   means?

11:01:02 11   A.  That's what it's saying.

11:01:03 12   Q.  On March 8th, who was on the rig for BP?

11:01:07 13   A.  March 8th, Earl Lee and Murray Sepulvado.

11:01:17 14   Q.  Murray Sepulvado was the well site leader on duty?

11:01:20 15   A.  He was one of the well site leaders, yes.

11:01:23 16   Q.  Was Mark Hafle on the rig?

11:01:25 17   A.  I believe he was, yes.

11:01:26 18   Q.  What about John Guide?

11:01:28 19   A.  I don't think John was there.

11:01:31 20   Q.  At the time, Mr. Ezell, of the March 8th kick, was there any

11:01:38 21   negative criticism or any negative commentary about the drill crew

11:01:43 22   from any of the BP managers on the rig, the two well site leaders

11:01:47 23   or Mark Hafle from shore?

11:01:48 24   A.  Not to my knowledge.  They all thought Dewey had done good.

11:01:52 25   And I guarantee you if they didn't think he had done well, they

11:01:57 1    would have let me know.

11:01:58 2    Q.  The companywide report that says, "kick should be caught under

11:02:02 3    20 barrels," so does that mean Dewey messed up on March 8th?

11:02:07 4    A.  In my opinion, no, because I don't know exactly where that

11:02:11 5    20-barrel number is coming from.  I am not trying to dispute it or

11:02:15 6    anything, but it doesn't sound realistic on a floater because it's

11:02:19 7    not uncommon when the rig moves to gain 20 barrels just from

11:02:27 8    ballasting the rig or deballasting or any kind of ballast operation

11:02:32 9    for stability can cause that.  Crane leaning overboard can cause

11:02:36 10   that.  So, you know, to me the early detection was the 10 to 12

11:02:43 11   barrels.  And that was the highlight of that.

11:02:47 12   Q.  When you say "gain" to the judge, you mean gain in what?

11:02:51 13   A.  Gain in the pits.

11:02:53 14   Q.  Gain in the pits?

11:02:54 15   A.  Active pit.

11:02:55 16   Q.  You are taking fluid from where?

11:02:57 17   A.  Wellbore.

11:02:58 18   Q.  So as you're drilling, you're putting mud and fluids down?

11:03:02 19   A.  That's correct.  It goes from the mud pumps and it goes up to

11:03:06 20   the rig floor and it goes down the drill string out the drill bit,

11:03:11 21   then it comes back up the annulus.  And then when it comes back, it

11:03:16 22   goes back underneath the rotary table, it goes through a flow line,

11:03:23 23   and from that flow line it's diverted to shell shakers and solid

11:03:29 24   control equipment.  And that removes all of the impurities out of

11:03:34 25   it, so to speak, and then that fluid goes back from the shell

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 11:03:39 | 1 | shakers back to the active pits and repeats the circle again. |
| 11:03:43 | 2 | Q.  So you're continually cycling that drilling mud? |
| 11:03:46 | 3 | A.  Yes, cleaning it as you go. |
| 11:03:48 | 4 | Q.  When you say "gain," you're looking at a gain in return flow or |
| 11:03:52 | 5 | the pit volumes? |
| 11:03:53 | 6 | A.  Yes. |
| 11:03:54 | 7 | Q.  So when you said the gain can move 20 barrels or so because of |
| 11:03:58 | 8 | a crane, you're talking about the weight of the crane shifting the |
| 11:04:00 | 9 | rig and causing the fluids in the pit to move back and forth? |
| 11:04:03 | 10 | A.  That's right. |
| 11:04:03 | 11 | Q.  You said Mark Hafle was on the rig.  Let's take a look.  He did |
| 11:04:06 | 12 | an interview much later with John Guide -- or with the BP |
| 11:04:10 | 13 | investigation team about the April 8th kick -- March 8th kick. |
| 11:04:17 | 14 | Let's look at this.  This is TREX 4447.  And this was a comment |
| 11:04:22 | 15 | from Mark Hafle from BP.  Mark Hafle said the well did not flow |
| 11:04:27 | 16 | very hard, but he thinks it flowed for approximately 30 minutes. |
| 11:04:30 | 17 | Mark noted that the pit volumes could move on the order of 25 |
| 11:04:34 | 18 | barrels due to vessel motion.  So unless a gain exceeds that rate, |
| 11:04:38 | 19 | it will not be easy to detect.  Do you agree with that? |
| 11:04:42 | 20 | MR. BROCK:  Your Honor, I am going to object on |
| 11:04:44 | 21 | foundation here.  These are interview notes out of BP that the |
| 11:04:47 | 22 | witness has not seen prior to this time that I know of.  He |
| 11:04:51 | 23 | wouldn't have had access to it. |
| 11:04:53 | 24 | MS. CLINGMAN:  They're admitted admissions of BP.  This |
| 11:04:55 | 25 | gentleman was on the rig at the time.  This is what he said later |

11:04:58 1   about it, and I just asked Mr. Ezell if he agrees with the comment

11:05:01 2   of the BP person who was on the rig.

11:05:02 3            THE COURT:  Okay.  Overrule the objection.

11:05:02 4   BY MS. CLINGMAN:

11:05:05 5   Q.  So, Mr. Ezell, looking at Mark Hafle's comment that pit volumes

11:05:08 6   can move on the order of 25 barrels because of vessel movements, so

11:05:13 7   unless a gain is more than that, it will not be easy to detect, do

11:05:17 8   you agree with that?

11:05:18 9   A.  I agree with that statement.

11:05:19 10  Q.  Is that because of what you were explaining with the pits

11:05:22 11  moving?

11:05:23 12  A.  Exactly.

11:05:23 13  Q.  The crane or anything else moving the rig?

11:05:26 14  A.  Exactly.  It's the motion, a lot of it.

11:05:27 15  Q.  And I may have asked you, sir, but let me confirm.  Any of the

11:05:35 16  BP representatives onboard on March 8th, Mark Hafle, Murray

11:05:39 17  Sepulvado, or Earl Lee, did any of them raise a concern about the

11:05:41 18  conduct of the drill crew in response to the March 8th kick?

11:05:45 19  A.  As far as I know, they all thought that Dewey had done a good

11:05:49 20  job that night shutting the well in and detecting it that early,

11:05:53 21  and I didn't hear any other comments.

11:05:55 22  Q.  If there had been any criticism from Transocean or BP onshore

11:06:00 23  of your drill crew catching that March 8th kick, do you expect to

11:06:05 24  have heard about it?

11:06:05 25  A.  I would have definitely heard about it.

11:06:07  1    Q.  Did you hear any criticism?

11:06:09  2    A.  I didn't hear any criticism.

11:06:11  3    Q.  Have you heard any criticism until after the event on April 20?

11:06:15  4    A.  Yeah, I didn't hear any prior to this event, didn't hear any

11:06:19  5    after.

11:06:22  6    Q.  Mr. Ezell, you told us that your drill crew had a number of

11:06:25  7    years' experience together, and I think you told Mr. Sterbcow you

11:06:28  8    started on the rig back in 2001.

11:06:32  9    A.  Yes.

11:06:33 10    Q.  We can look at 14.  There she is.  Let's look at 15.  And I am

11:06:41 11    going to ask you what this is a picture of.  If we can have 15.

11:06:52 12    What's that?

11:06:53 13    A.  That was a picture of the *Deepwater Horizon* when it was in

11:06:57 14    Korea and, of course, there's something you don't see very often,

11:07:02 15    it's out of the water and you can see the size of it there.  Pretty

11:07:07 16    impressive.

11:07:08 17    Q.  It's big.  You said that you rode the rig part of the way from

11:07:14 18    Korea over to the Gulf of Mexico.

11:07:16 19    A.  Yes, I did.

11:07:17 20    Q.  How was the rig moved from the shipyard in Korea to the Gulf?

11:07:22 21    A.  It was initially moved by using a support vessel similar to a

11:07:33 22    tug, but actually when we got from Capetown or around there, we

11:07:44 23    were assisting with our thrusters to propel ourself, and we found

11:07:50 24    that our propulsion system was better than the actual boat that was

11:07:54 25    dragging us.  So we cut that boat loose and we propelled ourself

11:08:00  1  under our own power, and we sent that boat to go get fuel for us

11:08:04  2  because it was a lot of fuel that we needed.

11:08:07  3  Q.  What kind of milage does a rig like this get when it's going

11:08:11  4  through the ocean?

11:08:12  5  A.  It's not something that you really want to have to pay the fuel

11:08:15  6  bill.  It's like 32 feet per gallon of diesel.

11:08:18  7  Q.  As you were on -- you were one of the first drillers on the

11:08:24  8  *Deepwater Horizon*?

11:08:24  9  A.  I was.

11:08:24  10  Q.  Did you all keep track of the wells that you drilled?

11:08:27  11  A.  Yes.  We were very proud of the wells we drilled.  We did track

11:08:31  12  them.

11:08:32  13  Q.  I think you said earlier, how many wells did your team drill

11:08:36  14  from September 2001, the maiden well for the *Deepwater Horizon*, all

11:08:40  15  the way to Macondo?

11:08:41  16  A.  I can't remember the exact number, but it was in excess of 50.

11:08:46  17  Q.  Let's look at 16, which is TREX 52647.  Mr. Ezell, is this

11:08:54  18  something that you prepared?

11:08:55  19  A.  Yeah, it looks like a spreadsheet that myself and the other

11:09:01  20  toolpushers would update and keep up, yeah.

11:09:03  21  Q.  Did you enter this information as you competed these different

11:09:07  22  wells?

11:09:08  23  A.  We would.  This was our way of keeping up with what had

11:09:11  24  happened in the past.

11:09:12  25  Q.  What is the yellow highlight?

11:09:15  1    A.  Just a minute.  Let me look.  Those are some extreme depths as
11:09:22  2    far as well depths.  Just looking at random here, 31,000, 30,000,
11:09:31  3    32,000.  I think that's what that would signify there.
11:09:35  4    Q.  The well is over six miles?
11:09:37  5    A.  Yes.  They were very deep.
11:09:39  6    Q.  Did you do that highlighting at the time or have you done it
11:09:43  7    since for trial?
11:09:43  8    A.  No, I did it at the time because I was proud of that.  I
11:09:48  9    thought that was unique to have a rig that would drill 35,000 feet.
11:09:56 10         MS. CLINGMAN:  Let's look at 17, which is Demonstrative
11:10:00 11    6569.
11:10:00 12    BY MS. CLINGMAN:
11:10:01 13    Q.  Mr. Ezell, what is this?
11:10:03 14    A.  This is -- this reflects what we just looked at.  This is the
11:10:10 15    wells.
11:10:10 16    Q.  I believe Judge Barbier also saw one of these in opening.  Did
11:10:14 17    you drill all of these wells for BP, except the one?
11:10:17 18    A.  Except for one.
11:10:18 19    Q.  Did BP shore side management ever express any criticisms of the
11:10:24 20    *Deepwater Horizon* that you're aware of?
11:10:26 21    A.  Nothing that I had heard.
11:10:30 22    Q.  Was the contract with BOP ever revoked?
11:10:33 23    A.  No, it wasn't.  They were proud of the *Deepwater Horizon*.
11:10:41 24    Q.  One of the best rigs in the fleet.
11:10:44 25         Who determines the location of where the *Deepwater*

1769

11:10:46 1   *Horizon* is going to drill for each of these wells?

11:10:49 2   A.  That's all BP and their processes.

11:10:54 3   Q.  And when you all bring the rig and arrive at a location, you

11:10:57 4   and your drill crew, what do you know, if anything, about the

11:11:00 5   seismic history of that location?

11:11:02 6   A.  I'm sorry, you lost me for just a minute.  Could you repeat it?

11:11:08 7   Q.  Sure.  When you arrived at the location -- BP sets the

11:11:11 8   location.  When you arrive, do you and your drill crew know

11:11:15 9   anything about the seismic history of the subsea geologic

11:11:20 10  formation?

11:11:21 11  A.  Very little if any.

11:11:22 12  Q.  What do you know about the fragility of the subsea rock?

11:11:26 13  A.  Very little.

11:11:30 14  Q.  For all of these wells, Mr. Ezell, when you abandoned and left

11:11:34 15  the well, what was the final barrier placed?

11:11:38 16  A.  Typically -- I can only speak typically, we used some type of a

11:11:47 17  mechanical bridge plug, packer, something that we left in there

11:11:55 18  that was solid like steel, steel plug.

11:11:58 19  Q.  Also cement?

11:11:59 20  A.  Cement, yes, always, in all cases pretty well.

11:12:03 21  Q.  So these wells were all cased and cemented?

11:12:07 22  A.  To my knowledge, yes.  That's been awhile, but, yes.

11:12:10 23  Q.  Looking at the chart, Mr. Ezell, what is the very deep well it

11:12:16 24  looks like in 2009 the line that goes all the way to the end of the

11:12:21 25  depth?

1770

```
11:12:21   1    A.  Oh, yeah, that's the Tiber well, that was our pride and glory
11:12:25   2    there, 35,050 feet, which was a record.
11:12:29   3    Q.  Was there any publicity about that?
11:12:31   4    A.  Huh?
11:12:31   5    Q.  Was there any publicity about that Tiber well?
11:12:34   6    A.  Oh, there was much publicity about that.  We held the record
11:12:38   7    for the deepest well, but just like anything else, that record was
11:12:42   8    shattered.  It didn't last long that we held the record.
11:12:46   9    Q.  I am assuming this is water depth in the blue.  In 2005,
11:12:50  10    there's a particularly deep water depth.  What is that?
11:12:53  11    A.  That, also, in its day there was a world record for the Gulf of
11:12:59  12    Mexico water depth.  It was, like, 9,600 feet, 9,640 feet,
11:13:04  13    something.
11:13:05  14    Q.  How long did you hold that record?
11:13:08  15    A.  It didn't last long either.  But Transocean was actually the
11:13:13  16    company that broke our record.
11:13:14  17    Q.  How does the depth of Macondo compare to Tiber depth of your
11:13:20  18    deepest well?
11:13:21  19    A.  Well, it's about half as deep basically.
11:13:26  20    Q.  What about the water depth?  Water depth of Macondo compared to
11:13:29  21    your deeper well, the Stones well?
11:13:32  22    A.  Well, about 50 percent of the water depth.
11:13:36  23    Q.  And now, we know the Court has heard that back in March and
11:13:41  24    April, while you all were drilling, there were major problems on BP
11:13:47  25    shore --
```

1771

| | | |
|---|---|---|
| 11:13:48 | 1 | MR. BROCK:  I am going to object to that as |
| 11:13:50 | 2 | argumentative. |
| 11:13:51 | 3 | THE COURT:  Well, it's not a question, it's a statement. |
| 11:13:55 | 4 | It's an improper statement then. |
| 11:13:55 | 5 | BY MS. CLINGMAN: |
| 11:13:57 | 6 | Q.  Let me ask you this, Mr. Ezell.  You were shown some e-mails |
| 11:14:00 | 7 | from BP in your deposition, do you remember that? |
| 11:14:03 | 8 | A.  Yes, yes. |
| 11:14:04 | 9 | Q.  Had BP conveyed to you at the time you were drilling back in |
| 11:14:09 | 10 | March and April of 2010 some of the information relayed in those |
| 11:14:13 | 11 | e-mails about cement, gas flow, centralizers? |
| 11:14:18 | 12 | A.  I was not aware of any of those. |
| 11:14:22 | 13 | Q.  Based on what you knew at the time, was this a "well from hell" |
| 11:14:27 | 14 | to you? |
| 11:14:28 | 15 | A.  I never viewed it as that.  I viewed it as a well that had a |
| 11:14:37 | 16 | lot of challenges in it.  It was difficult.  But it was not a well |
| 11:14:41 | 17 | from hell.  They're all -- nowadays, they're all very difficult and |
| 11:14:46 | 18 | have their own unique challenges. |
| 11:14:53 | 19 | Q.  Let's talk about Transocean safety culture and processes.  What |
| 11:14:57 | 20 | was Transocean's company goal with respect to safe operations? |
| 11:15:01 | 21 | A.  Safe operations everywhere, all the time. |
| 11:15:09 | 22 | Q.  Did you have processes on the rig to identify risks and avoid |
| 11:15:14 | 23 | hazards? |
| 11:15:15 | 24 | A.  We did. |
| 11:15:16 | 25 | Q.  How would you describe the safety culture on board the |

1772

11:15:20  1    *Deepwater Horizon*?

11:15:20  2    A.  Well, in all of my years on working on drilling rigs, it was

11:15:24  3    the best safety culture, in my mind, that I had ever seen.  I've

11:15:28  4    never been anywhere that had seven years without a lost time

11:15:34  5    incident.

11:15:34  6    Q.  Did Transocean have someone on the rig that was specifically

11:15:39  7    focused on its training and safety?

11:15:43  8    A.  That would have been our RSTC.

11:15:45  9    Q.  What does that stand for?

11:15:47  10   A.  Rig safety training coordinator.

11:15:50  11   Q.  What was the job of the rig safety and training coordinator?

11:15:53  12   A.  Well, to do just that.  To actually make sure that safety

11:16:03  13   statistics and trends were kept up with and everyone was aware of

11:16:08  14   that.  And also, to ensure that people's matrix, the schools were

11:16:16  15   being attended and certifications were being met and that type of

11:16:19  16   thing.

11:16:19  17   Q.  Is that a full-time position?

11:16:21  18   A.  It is, it is full-time.

11:16:22  19   Q.  Did he live on the rig with you guys?

11:16:24  20   A.  Yes, he did.

11:16:25  21   Q.  Did he attend your daily meetings?

11:16:27  22   A.  Yes, he did, every day.

11:16:30  23   Q.  Did BP have a full-time safety manager assigned to the

11:16:33  24   *Deepwater Horizon*?

11:16:34  25   A.  Full-time?

11:16:36  1   Q.  Yes, sir.

11:16:37  2   A.  No.

11:16:39  3          MS. CLINGMAN:  Let's look at TREX 03591-20.

11:16:39  4   BY MS. CLINGMAN:

11:16:49  5   Q.  Is this a daily report from the position you mentioned, the rig

11:16:52  6   safety training coordinator?

11:16:54  7   A.  Yes.

11:16:56  8   Q.  What's the date of this RSTC report?

11:17:02  9   A.  April 19th, 2010.

11:17:05 10   Q.  Let's back out again for a moment.  Does this look pretty

11:17:10 11   standard, were you used to receiving this on the rig?

11:17:13 12   A.  Yeah.  This would be what the RSTC would have to discuss with

11:17:19 13   the supervisors in the morning.

11:17:22 14   Q.  Including you as senior toolpusher?

11:17:25 15   A.  That's correct.

11:17:25 16   Q.  How did you all use this report and this information on the

11:17:30 17   rig?

11:17:30 18   A.  Well, I mean, it let us know if our safety processes were

11:17:37 19   working, and we could see, you know, if there was any unsafe acts,

11:17:45 20   so to speak, that possibly we needed to make some corrections on.

11:17:50 21          MS. CLINGMAN:  Let's zoom in on some of the statistics up

11:17:53 22   at the top.

11:17:53 23   BY MS. CLINGMAN:

11:17:54 24   Q.  We won't go over this in great detail, Mr. Ezell, but can you

11:17:58 25   tell us, there's a -- the third line TOFS/MOC.  What do those

11:18:04  1   letters stand for?

11:18:05  2   A.  TOFS is time out for safety, and MOC is management of change.

11:18:12  3   Q.  You were asked about time out for safety earlier with respect

11:18:17  4   to drilling operations on the 20th in the negative-pressure test,

11:18:21  5   do you remember that?

11:18:21  6   A.  Yes.

11:18:21  7   Q.  Can you give us an example of a time out for safety in normal

11:18:25  8   operations?

11:18:25  9   A.  Well, say, if you were -- if you were observing an activity and

11:18:37  10  if you saw, say, a roustabout stepping between a solid area and a

11:18:44  11  load, you would definitely stop the job or take a time out for

11:18:47  12  safety, you would gather the crew, you would discuss what just

11:18:51  13  happened, you would discuss ways to prevent this.  So that would be

11:18:58  14  just a typical example.

11:19:01  15  Q.  Have you ever seen Jason Anderson and Dewey Revette call time

11:19:06  16  out for safety?

11:19:06  17  A.  Yes, they have.  We all have as individuals on the rig at some

11:19:12  18  point or another.  I think all supervisors have probably seen

11:19:17  19  something that needed to be stopped.

11:19:18  20  Q.  Did Transocean also have a process to identify learning

11:19:23  21  opportunities or near misses?

11:19:25  22  A.  Yes, we did, yeah.

11:19:27  23  Q.  Were those also tracked?

11:19:28  24  A.  Near misses were tracked.

11:19:30  25  Q.  Where is that on the -- is that the unsafe or at-risk

11:19:35  1   observations?

11:19:35  2   A.  Let me see.  Just a minute.  Yeah, I believe that would have

11:19:41  3   been it.

11:19:41  4   Q.  So how are there more time outs for safety than there are

11:19:47  5   unsafe or at-risk observations?

11:19:49  6   A.  Well, time out for safety was something that we were making

11:19:59  7   sure that the guys understood it's okay to take a time out for

11:20:02  8   safety.  I mean, it's just a stop of the operation.  It doesn't

11:20:06  9   mean anything.  But you could be raising some valid questions where

11:20:11  10  somebody could probably get injured or whatever that needed to be

11:20:16  11  addressed.  So, you know, we were definitely reinforcing the value

11:20:20  12  that take a time out for safety whenever required.  You think you

11:20:26  13  need it, take it.

11:20:27  14  Q.  There are also think and start cards, two other programs.

11:20:33  15  There are decently high numbers in these.  Why are the numbers so

11:20:39  16  high?

11:20:39  17  A.  Well, typically, seemed like we would get somewhere in the 100

11:20:45  18  range a day, and that was because we expected full participation

11:20:56  19  from the Transocean people that were there.  And that would have

11:21:00  20  been daily.

11:21:00  21  Q.  Work never stops on an offshore rig, does it?

11:21:04  22  A.  Never does.

11:21:05  23  Q.  So you have people around the clock if they worked filling out

11:21:09  24  cards or doing time outs for safety and observing at risk behavior?

11:21:13  25  A.  Right.

11:21:14  1   Q.  How effective were these programs at promoting safety on the

11:21:18  2   *Deepwater Horizon*?

11:21:18  3   A.  In my opinion, they were very effective because we did have

11:21:22  4   seven years without a lost time incident.

11:21:25  5   Q.  And did these also prompt people to think about risks before

11:21:30  6   they took action?

11:21:31  7   A.  Yes, they did.  Yeah, exactly.

11:21:33  8   Q.  Did Transocean share this information with BP?

11:21:36  9   A.  Yes, BP was entitled to it, to review these at any time they

11:21:42 10   would like.

11:21:43 11   Q.  Looking at the report of the 19th, if we can go to the cover

11:21:47 12   page, I believe there's an e-mail from the RSTC sent.  Do you

11:21:54 13   recognize some people from BP on the distribution list for the RSTC

11:21:58 14   report of April 19, 2010?

11:22:01 15   A.  Yes, I do.

11:22:02 16   Q.  From your perspective, Mr. Ezell, was Transocean open with BP

11:22:06 17   about hazards that Transocean saw for risky activities?

11:22:12 18   A.  Yes.  In my perception they were.

11:22:14 19   Q.  When you met on the well -- on the rig with BP well site

11:22:19 20   leaders, did you discuss safety issues and concerns?

11:22:23 21   A.  We did.

11:22:23 22   Q.  Did you trust BP personnel to be open with you about their

11:22:26 23   hazard identification and risks?

11:22:28 24   A.  Yes, yes.

11:22:30 25   Q.  You also mentioned part of training being drills, well control

11:22:41 1    school, OJT, and drills, right?

11:22:44 2    A.  Right.

11:22:45 3    Q.  Give us an example of a drill conducted on the *Deepwater*

11:22:49 4    *Horizon*.

11:22:49 5    A.  Well, of course, there were many.  We did, like, pit drills, we

11:23:01 6    did trip drills, we did -- the operator, BP, of course, led D5

11:23:13 7    drills, EDS drills.  We did our weekly well control audit.  I hope

11:23:30 8    I haven't left any out, but that's what comes to mind.

11:23:34 9    Q.  Did you drill on the diverter?

11:23:36 10   A.  Yes, we had diverter drills.

11:23:37 11   Q.  And were those drills regularly conducted on the *Deepwater*

11:23:41 12   *Horizon*?

11:23:41 13   A.  Yes, they were.

11:23:42 14   Q.  Let's describe --

11:23:43 15         MS. CLINGMAN:  Let's put up 32, which is demonstrative

11:23:47 16   6591.  I'm sorry, it's 32.

11:23:47 17   BY MS. CLINGMAN:

11:23:52 18   Q.  And if you can just tell us briefly about the drills you all

11:23:56 19   did for well control.  You mentioned the weekly well control.  How

11:24:01 20   often was that done and when it was done?

11:24:04 21   A.  Of course it was done weekly and then it was done on Sunday

11:24:06 22   when the fire and abandon drills were done.

11:24:09 23   Q.  During the fire and abandon drills, where would the rest of the

11:24:14 24   persons onboard go?

11:24:14 25   A.  Well, the people that weren't attending the fire and

11:24:17  1   abandonment that were on the rig floor, they would be part of the

11:24:21  2   well control audit.

11:24:22  3   Q.  And the off tower drill crew?

11:24:25  4   A.  They would be -- the off tower would be at the -- actually the

11:24:28  5   station, mudding station.

11:24:30  6   Q.  Is that why you did it two times every Sunday to catch each

11:24:35  7   tower?

11:24:36  8   A.  That's right.

11:24:37  9   Q.  During a weekly well control drill, what is the role of a

11:24:41 10   toolpusher like Jason Anderson?

11:24:43 11   A.  Well, they typically lead the discussion.  Of course, as your

11:24:50 12   drillers get stronger and stronger, you allow them to lead it and

11:24:54 13   you just observe them leading.  That's part of training.

11:24:57 14   Q.  I was about to ask you about Dewey Revette.  You said as your

11:25:01 15   driller gets stronger and stronger, have you seen Jason Anderson

11:25:04 16   and Dewey Revette lead weekly well control drills on the *Deepwater*

11:25:07 17   *Horizon*?

11:25:07 18   A.  Yes, I have.  I've watched both of them.

11:25:09 19   Q.  And how were they at leading the crew through weekly well

11:25:13 20   control drills?

11:25:14 21   A.  Very good in my opinion.

11:25:16 22   Q.  Was the subject of the drill always the same?

11:25:18 23   A.  No, no, no.  It was -- it was different.  It changed with

11:25:23 24   whatever the actual upcoming operation was going to be would be

11:25:29 25   what we would try to target the discussion on.

1779

11:25:32  1    Q.  Tell the Judge, what is a blowout or tripped drill?

11:25:36  2    A.  A trip drill is you're measuring the response time of the drill

11:25:41  3    crew while they're actually moving tubulars in the wellbore.  You

11:25:47  4    typically -- in the old school you holler, "Blowout," and that

11:25:51  5    starts the clock where they actually get the pipes spaced out with

11:25:56  6    a full open safety valve inside to close the inside diameter of the

11:26:01  7    pipe, and all of this is timed.  Their response time is timed and

11:26:08  8    that's done weekly.

11:26:10  9    Q.  What about a pit drill?

11:26:12 10    A.  Pit drill is typically done to where you would simulate a gain

11:26:21 11    in the pits and you would be watching to see what the response time

11:26:24 12    would be of all of the individuals involved.  It could be the

11:26:28 13    driller, assistant driller, derrick hand, of course.  It could even

11:26:34 14    be the mud logger that you could be checking a response time.

11:26:38 15    Q.  You're simulating a kick, putting fluid into the pits?

11:26:42 16    A.  Yeah, just simulating.

11:26:44 17    Q.  And those, the blowout drills and the pit drills, were those

11:26:48 18    scheduled?

11:26:49 19    A.  Yes, they were scheduled.  They had to be done weekly by each

11:26:54 20    crew.

11:26:54 21    Q.  Did the crew know ahead of time when one of those drills was

11:26:58 22    going to take place or were they surprised?

11:27:00 23    A.  No, it was unscheduled to that event.  I mean, they didn't know

11:27:05 24    when they were going to happen, but, yes, they had to occur once a

11:27:08 25    week.

11:27:08 1    Q.  What is a D5 drill?

11:27:10 2    A.  A D5 drill was typically a drill that was lead by BP well site

11:27:17 3    leaders.  It's after we had run casing and cement in place and

11:27:24 4    that's where we simulate putting a little pressure into the

11:27:28 5    wellbore, and they would allow the Transocean driller and crew to

11:27:32 6    circulate, you know, move that pressure out of the wellbore.  And

11:27:37 7    sometimes they were pretty lengthy and, I mean, there was some

11:27:43 8    dedication there for them to wait for that process to happen.

11:27:46 9    Q.  And the diverter drill, what are diverter drills?

11:27:50 10   A.  Diverter drills are done weekly where you defunction the

11:27:55 11   diverter and all of the associated valving that goes with it.  And,

11:28:02 12   like I say, it's done weekly.

11:28:03 13   Q.  And the last, what about EDS, you said this is the emergency

11:28:08 14   disconnect system, right?

11:28:10 15   A.  This is the emergency disconnect.  Those were different

11:28:13 16   scenarios that could be done, say -- I can only give you an

11:28:19 17   example.  There was one time I was on the rig floor and I think the

11:28:28 18   OIM was a person who called the driller and said, "Okay.  This is a

11:28:35 19   simulated emergency disconnect drill.  What are you going to do?"

11:28:42 20   So the driller had to go through whatever actions there was at that

11:28:47 21   particular scenario because it changes for whatever you're doing.

11:28:51 22        And now, he had done told the driller that this was a

11:28:55 23   drill, this is only a drill, but his AD had opened up the BOP panel

11:29:01 24   behind him, and we caught him before he actually did a disconnect.

11:29:08 25   So we were more careful about, you know, we would have somebody up

11:29:13  1   on the floor to make sure they wouldn't do that because that's

11:29:17  2   catastrophic when you do it just for a drill.

11:29:19  3   Q.  Emergency disconnect?

11:29:21  4   A.  Yes.

11:29:22  5   Q.  Let's look at just a couple of the drills you did specifically.

11:29:28  6   Let's look at two.  Let's look at 37, which is TREX 571, I believe

11:29:34  7   this is on April 11.  Is this one of your weekly drill reports?

11:29:40  8   A.  (WITNESS REVIEWS DOCUMENT.)  Yes, yes.

11:29:49  9           MS. CLINGMAN:  Can we scroll down to see who was

11:29:50  10  attending and who was present?

11:29:54  11  BY MS. CLINGMAN:

11:29:58  12  Q.  Dewey Revette?

11:29:59  13  A.  Yes, Dewey Revette.

11:30:02  14  Q.  Jimmy Harrell?

11:30:02  15  A.  Yes, Jimmy Harrell.

11:30:04  16  Q.  Stephen Curtis?

11:30:05  17  A.  Yes.

11:30:08  18  Q.  So let's roll up and see what was the topic of this drill.

11:30:10  19  It's about a week before the incident, and what was the drill

11:30:13  20  topic?

11:30:14  21  A.  Let's see.  The main topic was wireline operations and it goes

11:30:25  22  on to say, "It is the responsibility of the driller to monitor the

11:30:28  23  well during logging operations, this must be done by continuous

11:30:33  24  circulation over the hole using trip track system.  Flow occurs,

11:30:39  25  BOPs are to be closed and wireline unit notified."

11:30:42  1   Q.  This is about monitoring the well during something other than

11:30:48  2   the drilling operations, this time logging?

11:30:50  3   A.  That's correct, it's about wireline logging.

11:30:52  4   Q.  Why would you be talking about logging on April 11th?

11:30:55  5   A.  I believe that was what was happening during that timeframe.

11:30:58  6   Q.  Does that mean drilling is completed?

11:31:01  7   A.  Yeah, I believe it was completed at that point.

11:31:05  8   Q.  And, Mr. Ezell, for whether it's logging, or cement, or

11:31:10  9   wireline, or negative-pressure test, where do the procedures for

11:31:14 10   the operation come from?  What company?

11:31:18 11   A.  All of the procedures that we have that we go by we're

11:31:23 12   implementing BP's well program, their procedures.

11:31:27 13   Q.  The engineering behind whether it be logging, or

11:31:31 14   negative-pressure test, or wireline, where is the engineering done?

11:31:35 15   A.  Shore base as far as I know.

11:31:38 16   Q.  And then, do you all actually operate the equipment to

11:31:41 17   accomplish that task, whether it be running wireline tools, or

11:31:45 18   setting up a negative-pressure test, or pumping cement?

11:31:48 19   A.  That's correct.  We have expertise in operating the equipment.

11:31:51 20   Q.  Who takes the data that comes back, again, whether be from a

11:31:53 21   pressure test, or logging, or wireline?  When the data comes back,

11:31:56 22   who gets the data?

11:31:57 23   A.  Well site leader.

11:31:59 24   Q.  And who makes the decision on what operations you do next,

11:32:03 25   whether it be displacement, or continue cementing, or what not?

1783

11:32:06  1   A.  That's their decision, the well site leader.

11:32:09  2   Q.  Let's go to the drill on April 18th which is just two days

11:32:20  3   before the April 20th incident, Mr. Ezell.  Were you on the rig on

11:32:25  4   April 18th, two days before the blowout?

11:32:27  5   A.  Yes, I was.

11:32:28  6   Q.  Let's scroll down to the attendees of this drill on the 18th

11:32:31  7   and say who was present.  Did you attend?

11:32:33  8   A.  Yes.

11:32:33  9   Q.  Jason Anderson?

11:32:35 10   A.  Yes.

11:32:36 11   Q.  Dewey Revette?

11:32:37 12   A.  Yes.

11:32:38 13   Q.  Jimmy Harrell?

11:32:39 14   A.  Yes.

11:32:40 15   Q.  Stephen Curtis?

11:32:41 16   A.  Yes.

11:32:42 17   Q.  Let's go back up to the topics discussed at this drill.

11:32:49 18   Discussed kicks during cement jobs.  Kicks that occur during

11:32:53 19   cementing are the result of reducing the hydrostatic pressure

11:32:59 20   during the operation.  Wells have been lost due to the improperly

11:33:02 21   designed cement slurries and spacers.  Is that the topic of the

11:33:06 22   drill on the Deepwater Horizon on April 18th, 2010?

11:33:08 23   A.  Yes, it was.

11:33:09 24   Q.  Why would you be discussing kicks during cement jobs on

11:33:13 25   April 18th?

11:33:13  1   A.  That was along about the time we were conducting the last

11:33:17  2   cement job, and the guys were good at picking topics that were what

11:33:26  3   we were either going to do or what we were going to do in the

11:33:30  4   future.

11:33:30  5   Q.  Okay.  And when it says, "Kicks that occur when cementing are

11:33:35  6   the result of reducing the hydrostatic pressure during the

11:33:39  7   operation."  Is that, reducing the hydrostatic pressure during the

11:33:43  8   operation, is that displacing the well?

11:33:45  9   A.  I'm sorry.  I don't --

11:33:54 10   Q.  We heard about displacement and becoming underbalanced as

11:33:59 11   becoming a critical time in the operation of a well.

11:34:01 12   A.  Right, right.

11:34:01 13   Q.  Is that what this is referring to when you reduce the

11:34:04 14   hydrostatic pressure, does that mean going underbalanced or

11:34:08 15   displacing the heavier fluid?

11:34:09 16   A.  I see what you're saying.  That will be similar, it would be a

11:34:13 17   reduction of hydrostatic pressure, yes.

11:34:16 18   Q.  Now, before we talk about April 20, Mr. Ezell, there are two

11:34:24 19   other procedures that have been discussed, and one the is diverter.

11:34:27 20   You told us about the driller's role to monitor flow check and shut

11:34:33 21   in.  Is the use of the BOP the only way to stop flow, actually cut

11:34:40 22   it off?

11:34:40 23   A.  In general, yes, you have to secure the well.

11:34:43 24   Q.  So if the blowout preventer has been shut in and you've stopped

11:34:48 25   the flow, what's your next concern and what do you watch for?

1:34:51 1    A.  You want to ensure that there's not gas in the riser.

1:34:54 2    Q.  Okay.  Let's look at 39, which is demonstrative 6599.  So what

1:35:00 3    is the riser?

1:35:01 4    A.  It would be everything that would be from where the yellow dot

1:35:09 5    is on the BOP all the way up to right below the rotary.

1:35:13 6    Q.  Which is where, at the rig?

1:35:15 7    A.  Yes, it's at rig level where it says "diverter."

1:35:18 8    Q.  So the long riser pipe all the way down to the sea floor?

1:35:22 9    A.  Yeah, 5,000 feet basically.

1:35:25 10   Q.  How wide around is it?

1:35:27 11   A.  19.75 ID, probably 21-inch OD.

1:35:31 12   Q.  And we talked about the drill pipe and the wireline and logging

1:35:36 13   equipment and things like that.  Where is that equipment?

1:35:39 14   A.  The drill pipe?

1:35:42 15   Q.  Uh-huh.

1:35:43 16   A.  And the -- all of that would be on the rig.

1:35:45 17   Q.  Or does it move through the riser from the rig down?

1:35:49 18   A.  Oh, it can be.  If you have a drill string made up, yes, it can

1:35:54 19   be conveyed and that's where it would be.  It would be inside this

1:35:58 20   black area here would be the riser, marine riser (INDICATING).

1:36:02 21   Q.  Is the riser always in place from when you start drilling until

1:36:05 22   you're ready and finally abandon the well?

1:36:08 23   A.  As soon as you lower your BOP after surface hole, yes, it's in

1:36:13 24   place.

1:36:14 25   Q.  If gas gets past the blowout preventer, is there anything in

1786

11:36:17  1  between that and the rig in this picture that's going to stop or

11:36:20  2  move the flow?

11:36:21  3  A.  The last thing in line from the BOP is the diverter.

11:36:28  4  Q.  If you have gas in the riser, how quickly can it move from the

11:36:32  5  sea floor to the rig?

11:36:34  6  A.  It can be uncontrolled expansion.  It can be very rapid.

11:36:38  7  Q.  Does the diverter function do anything for the blowout

11:36:47  8  preventer?  Does it operate anything on the blowout preventer?

11:36:48  9  A.  I mean, it's a separate entity altogether.

11:36:52  10  Q.  Let's look for orientation back to 72, which is the photo we

11:36:57  11  saw earlier.  What's this?

11:37:00  12  A.  Well, that's rig floor and, of course, one of our guys that was

11:37:06  13  working there.

11:37:08  14  Q.  You can see the rotary table here in the middle, right?

11:37:11  15  A.  Yes, yes.

11:37:12  16  Q.  Where is the diverter?  Can you see the diverter in this

11:37:16  17  picture?

11:37:16  18  A.  You cannot see the diverter.  It's going to be several feet

11:37:20  19  below this rotary floor level.

11:37:24  20  Q.  Would the diverter be operated from the driller's chair where

11:37:28  21  Dewey is sitting or is that on another system?

11:37:31  22  A.  It can be operated from the driller's chair.  It has to be

11:37:37  23  operated from the subsea BOP panel.

11:37:40  24  Q.  What training did Transocean provide to you all, Randy, on when

11:37:44  25  to go to the mud/gas separator and when to go overboard?

1787

11:37:49  1    A.  If you were to have, like, drilled gas, which you typically

11:37:57  2    always do when you're drilling, you have units of what they call

11:38:02  3    drill gas; that would be when you would use the mud/gas separator.

11:38:08  4    But if you have uncontrolled expansion in the riser, well, then

11:38:14  5    that would be when you would have to divert.

11:38:17  6    Q.  What was the default setting on the *Deepwater Horizon* for the

11:38:20  7    diverter?

11:38:21  8    A.  It was the mud/gas separator.

11:38:24  9    Q.  Who set that as the default?

11:38:26  10   A.  Well, that was -- that system, as long as I can remember, as

11:38:33  11   default due to the environmental impact of just diverting

11:38:38  12   synthetic-based mud overboard, you would want to try to remove the

11:38:45  13   entrained gas and convert the synthetic back to the pits.

11:38:49  14   Q.  And were you all encouraged by BP to try to use the mud/gas

11:38:54  15   separator initially for flow?

11:38:55  16           MR. BROCK:  Object to leading.

11:38:56  17           THE COURT:  Sustained.

11:38:56  18   BY MS. CLINGMAN:

11:38:57  19   Q.  What BP guidance did you receive, if any, about the option

11:39:02  20   between overboard and the mud/gas separator?

11:39:05  21   A.  They agreed with the idea of the mud/gas separator being

11:39:08  22   default.

11:39:09  23   Q.  When you divert, can you go either port or starboard?

11:39:14  24   A.  You can.

11:39:14  25   Q.  How do you decide which one?

1788

11:39:16  1    A.  Of course, you have to select the function, either port or

11:39:20  2    starboard, but you also have to determine the wind direction in

11:39:27  3    your selection of which diverter line to use.

11:39:30  4    Q.  Why?  Why does the wind direction matter?

11:39:34  5    A.  Well, if the wind was blowing from the port side across, you

11:39:37  6    wouldn't want to, you know, blow gas across the rig.  You would

11:39:41  7    want to divert it on the other side where the wind would catch it

11:39:45  8    and move it away from the rig.

11:39:47  9    Q.  On April 20, what would was downwind of the *Deepwater Horizon*?

11:39:53 10    A.  I think the *Damon Bankston* was there.

11:39:59 11    Q.  That was the vessel that ended up rescuing you and the crew?

11:40:03 12    A.  Yes.

11:40:04 13    Q.  Why was the *Damon Bankston* out at the *Deepwater Horizon* that

11:40:09 14    day?

11:40:09 15    A.  I believe it was there to, of course, give us some supplies,

11:40:17 16    but to take synthetic-based mud into the tanks.

11:40:23 17    Q.  The second issue that's been raised is the emergency

11:40:28 18    disconnect, and some witnesses have been critical that the captain

11:40:35 19    didn't emergency disconnect earlier before conferring with the

11:40:38 20    drill crew.  Based on your training and experience, what do you

11:40:41 21    think about the communication between the bridge crew and the drill

11:40:44 22    crew in an emergency situation?

11:40:46 23    A.  Well --

11:40:49 24         MR. BROCK:  I don't object if this is a general

11:40:51 25    description, but I don't think he has personal knowledge of that

OFFICIAL TRANSCRIPT

11:40:53  1   communication that night.

11:40:55  2              MS. CLINGMAN:  No, I am not asking about that night.

11:40:58  3   Some people have been critical about that night.  I am asking him,

11:41:01  4   in general, what are you trained about communication between the

11:41:04  5   bridge crew and the drill crew in an emergency disconnect

11:41:08  6   situation.

11:41:08  7              THE COURT:  All right.

11:41:10  8              THE WITNESS:  Communication is key.

11:41:10  9   BY MS. CLINGMAN:

11:41:15 10   Q.  Why?  Why is it important that the marine crew communicate with

11:41:19 11   the drilling crew before any emergency disconnect?

11:41:21 12   A.  The drill crew are responsible for placing the drill string in

11:41:30 13   the BOP where any component can be used and the marine crew don't

11:41:39 14   know that.  They don't know what your space out is.

11:41:45 15   Q.  Let's go back to the picture we just had a moment ago of one of

11:41:49 16   your guys in it, I think it's 72.  And a piece of the pipe is shown

11:41:55 17   in the picture.  The drill pipe into the rotary table, what's on

11:42:03 18   top of the drill pipe, or what's that larger segment on top?

11:42:08 19   A.  Okay.  There's an arrow, that would be a tool joint.

11:42:12 20   Q.  If a tool joint is in the blind sheer ram, can the blind sheer

11:42:20 21   rams close?

11:42:20 22   A.  No, absolutely not.

11:42:22 23   Q.  How often on a tool string -- a drill string is there a tool

11:42:28 24   joint?

11:42:28 25   A.  Well, on the *Horizon*, it utilized range three drill pipe, which

11:42:34  1   typically is around 46 feet.

11:42:36  2   Q.  Let's look at 71.  Can you see tool pipe in this picture on the

11:42:44  3   drill string?

11:42:45  4   A.  Yes, that's drill pipe in the derrick and also in this machine

11:42:51  5   here, which was a pipe racking system, you can see tool joints, one

11:42:58  6   is right there and one is right up here (INDICATING).

11:43:06  7   Q.  You said they're about every 46 feet.  How tall is the

11:43:11  8   *Deepwater Horizon* blowout preventer stack?

11:43:14  9   A.  52 feet point something.

11:43:17  10  Q.  So is there always a tool joint somewhere in the blowout

11:43:22  11  preventer stack?

11:43:23  12  A.  Basically, yes, yes.

11:43:24  13  Q.  Does the bridge have a way to know where the tool joint is in

11:43:30  14  the BOP stack?

11:43:30  15  A.  Does the rig?

11:43:32  16  Q.  Bridge.

11:43:33  17  A.  Bridge, I'm sorry, I didn't hear you good.  No, the bridge

11:43:37  18  doesn't have that knowledge.  They wouldn't know.

11:43:39  19  Q.  Can the bridge or the captain successfully EDS if the drillers

11:43:44  20  do not have the tool joint in the right place?

11:43:49  21  A.  In my opinion, no.

11:43:51  22  Q.  What's likely to happen?

11:43:53  23  A.  Well, if that tool joint was in the wrong location, they could

11:44:02  24  be destroying their blind sheer rams and not effectively sealing

11:44:07  25  the well if they did that.

11:44:08  1   Q.  Have you ever had to EDS for real on the *Deepwater Horizon*?

11:44:13  2   A.  I've never had to do it, but there's been a couple of

11:44:24  3   weather-related incidents that EDS was performed.

11:44:28  4   Q.  And in the process of an emergency disconnect, when that

11:44:33  5   sequence is triggered, what actually happens?

11:44:36  6   A.  Well, I would have to be a subsea engineer to tell you exactly,

11:44:42  7   but there is a large amount of functions that happen during that

11:44:47  8   EDS sequence period.  But basically you've got fail-safes closing,

11:44:53  9   you have blind sheer rams closing, you've got stringers retracting

11:44:58 10   from the two MMRP and subsea BOP, and then of course it actually

11:45:05 11   makes that separation, cuts the pipe and makes the separation

11:45:08 12   between the two packages.

11:45:09 13   Q.  Let's take a minute to look at where it separates.  You have

11:45:12 14   six, which is demonstrative 6578.  Mr. Ezell, this is the blowout

11:45:19 15   preventer.  And can you show the judge how and where it separates

11:45:25 16   in an emergency disconnect?

11:45:27 17   A.  Well, if I can -- I don't know if I can put my arrow -- there

11:45:31 18   we go.  It would disconnect at that point, approximately where

11:45:36 19   those arrows are.  The lower marine -- there we go, the lower

11:45:42 20   marine riser package would lift.  And below where the blind sheer

11:45:50 21   rams are, that pipe would be cut.  And when it's actually

11:45:55 22   disconnected, well, then you'll have the cut piece of pipe and then

11:46:01 23   you'll be able to move away.  But you'll have the BOP stack left on

11:46:07 24   the sea floor, hopefully with the well shut in as you need it.

11:46:12 25   Q.  Look at 31, which is TREX 52611.  Mr. Ezell, this is a summary

OFFICIAL TRANSCRIPT

1792

11:46:28  1    that's been prepared of well control and safety drills, and my

11:46:33  2    question to you is:  Did you go and review all of the safety drill

11:46:37  3    reports and those daily drilling reports for the time period the

11:46:41  4    *Deepwater Horizon* was at Macondo to determine what drills were

11:46:44  5    conducted while you were at that well?

11:46:47  6    A.  I did.

11:46:48  7    Q.  What time period does this cover?

11:46:52  8    A.  It covers from January 31st, 2010, the beginning, to

11:46:59  9    April 18th, 2010.

11:47:01 10    Q.  Do you remember in those three months, 80 days, do you remember

11:47:05 11    how many drills were conducted on the *Deepwater Horizon* at Macondo?

11:47:08 12    A.  I remember roughly.  I am not exactly sure.  It's probably 100

11:47:13 13    or better.

11:47:14 14    Q.  And you've gone back and confirmed that this document

11:47:18 15    accurately summarizes those underlying records?

11:47:21 16    A.  Oh, yeah, I looked at every one of them.

11:47:24 17    Q.  Were there a lot of them?

11:47:25 18    A.  Tremendous amount, a lot of information there.

11:47:27 19    Q.  And the green, the well control drills here, are those the

11:47:31 20    drills we discussed with the Court earlier, the diverter drill,

11:47:36 21    EDS, D5 and weekly well control?

11:47:39 22    A.  Yeah.

11:47:40 23    Q.  Is that what the green means?

11:47:42 24    A.  Yeah, yeah, they were.

11:47:43 25    Q.  And there's also blue and purple, what kind of drills are those

11:47:48  1  that were conducted on the *Deepwater Horizon*?

11:47:51  2  A.  Okay.  The blue is the marine safety drills and then, of

11:47:58  3  course, the purple would be the diverter.

11:48:04  4  Q.  All right.  And you confirmed that that's an accurate summary?

11:48:09  5  A.  Yes.

11:48:09  6  Q.  You were asked some questions about April 20, Mr. Ezell.  What

11:48:19  7  time did your day start on April 2010?

11:48:23  8  A.  It was pretty early that morning, probably got up around 4:30

11:48:34  9  or so, took a shower, probably come out of my cabin around five,

11:48:42 10  maybe a little later.  I would typically walk over and check and

11:48:50 11  see if I had any current e-mails and check the morning report and

11:48:54 12  look at it, and then generally my next thing would be to go eat

11:49:03 13  breakfast.

11:49:04 14  Q.  So while you're having breakfast on the 20th of April, where

11:49:08 15  are Dewey Revette and Stephen Curtis?

11:49:10 16  A.  In bed.

11:49:11 17  Q.  What was their shift?

11:49:13 18  A.  Well, they were a little different now.  Dewey was noon -- let

11:49:23 19  me get this straight, noon to midnight, and Jason was 6:00 P.M. to

11:49:27 20  6:00 A.M.  So Jason would be -- he would have got off at 5:30, and

11:49:37 21  Wyman would have been relieving him.  So that's their approximate

11:49:41 22  locations.

11:49:41 23  Q.  So as you get up on the 20th, Jason is just going to bed from

11:49:47 24  his overnight on the 19th?

11:49:49 25  A.  Right, right.

11:49:50  1    Q.  Was that a normal schedule?

11:49:53  2    A.  Yeah, relatively normal.

11:49:54  3    Q.  What was your normal practice in the morning after having

11:49:58  4    breakfast?  How did your day normally start?

11:50:01  5    A.  Generally always started with some type of meeting.  We started

11:50:05  6    with our Transocean meeting approximately 6:30, and that was with

11:50:13  7    the OIM, myself, the captain and maintenance supervisor and, of

11:50:21  8    course, the RSTC would bring us those safety reports that we looked

11:50:25  9    at earlier.

11:50:27  10   Q.  Do you remember who the maintenance supervisor was onboard at

11:50:34  11   the time?

11:50:34  12   A.  Steve Bertone, I believe.

11:50:36  13   Q.  Do you know Steve Bertone?

11:50:38  14   A.  Knew him well.

11:50:39  15   Q.  Friend of yours?

11:50:41  16   A.  Yes, he was a friend.

11:50:42  17   Q.  On the maintenance side, you were asked briefly about

11:50:47  18   maintenance, did Steve Bertone, the maintenance supervisor, raise

11:50:50  19   any maintenance concerns or questions in your Transocean meeting on

11:50:55  20   April 20th on the rig?

11:50:56  21   A.  None that I can recall.

11:50:58  22   Q.  Did you all meet every day, those Transocean managers?

11:51:09  23   A.  Virtually every day.  I can't remember hardly any days that we

11:51:13  24   didn't meet.

11:51:13  25   Q.  What were the reports from the captain, from the marine side,

| | | |
|---|---|---|
| 11:51:19 | 1 | do you remember, on the 20th? |
| 11:51:21 | 2 | A.  Nothing that stood out. |
| 11:51:24 | 3 | Q.  What about the RSTC for safety and training, any concerns, |
| 11:51:28 | 4 | anything stand out there? |
| 11:51:30 | 5 | A.  I don't remember any concerns, no. |
| 11:51:34 | 6 | Q.  On the drilling side, what was the main topic of the Transocean |
| 11:51:38 | 7 | meeting on the 20th? |
| 11:51:40 | 8 | A.  I'm sorry, I can't remember. |
| 11:51:45 | 9 | Q.  Did you get any report about the cement that morning? |
| 11:51:51 | 10 | A.  At the Transocean meeting? |
| 11:52:00 | 11 | Q.  Uh-huh. |
| 11:52:01 | 12 | A.  I don't recall hearing it at a Transocean meeting. |
| 11:52:05 | 13 | Q.  What comes after the Transocean meeting? |
| 11:52:07 | 14 | A.  Well, we typically move from that into the BP morning meeting. |
| 11:52:12 | 15 | Q.  Describe what that is. |
| 11:52:15 | 16 | A.  It's at a conference room and typically it's Transocean, OIM, |
| 11:52:25 | 17 | myself, they would have the RSTC, it would have the well site |
| 11:52:33 | 18 | leaders, both, if they'd like to attend.  Sometimes both of them |
| 11:52:37 | 19 | did, day and night.  Any service companies that were out there to |
| 11:52:40 | 20 | provide a function, their representatives would usually be in there |
| 11:52:44 | 21 | if it was something that pertained to them. |
| 11:52:48 | 22 | Q.  Was it all personnel on the rig -- I mean only people on the |
| 11:52:52 | 23 | rig or also shore? |
| 11:52:53 | 24 | A.  Well, I was just describing what you would see from the rig. |
| 11:52:59 | 25 | Now, onshore, a lot of voices, but I don't know exactly who all was |

1796

11:53:07  1  there.

11:53:07  2  Q.  What do you remember from the morning meeting, the BP meeting

11:53:13  3  on the rig on April 20?

11:53:15  4  A.  Really about the only thing that I can remember, now it has

11:53:25  5  been three years and I can't remember details, I'm getting old

11:53:28  6  anyway, but I remember them talking about -- a little bit about the

11:53:34  7  cement job and how it achieved the lift pressure that they had

11:53:41  8  required and it was deemed to be a successful cement job.  And also

11:53:51  9  I think we had a brief discussion that we were not going to do the

11:53:54 10  CBL log.  But beyond that, I can't remember if -- much more.

11:54:01 11  Q.  Do you remember who made the report about the lift pressure and

11:54:05 12  the cement bond log?

11:54:07 13  A.  No, I think it was the engineer, but I am not 100 percent sure

11:54:16 14  on that.

11:54:16 15  Q.  Would it have been someone with BP or Transocean or some other

11:54:21 16  company?

11:54:21 17  A.  No, it was definitely a BP person, but I am not sure if it's an

11:54:26 18  engineer or who it was.

11:54:27 19  Q.  I think you mentioned earlier, Mr. Sterbcow's questions that

11:54:31 20  there was a wireline group or a bond log group on the rig or the

11:54:35 21  equipment was there?

11:54:36 22  A.  That's correct, Schlumberger were there.

11:54:39 23  Q.  Actually the crew or just the equipment?

11:54:41 24  A.  I'm thinking back.  I know their equipment was there, and the

11:54:50 25  Schlumberger crew either went in that morning -- I think they went

11:54:54  1  in that morning.

11:54:56  2  Q.  What did it mean to you, Mr. Ezell, that BP had canceled cement

11:55:03  3  bond log?

11:55:04  4  A.  It was their decision, and their engineering group, I guess, in

11:55:09  5  town was satisfied with the cement job that had been performed, so

11:55:16  6  it really wasn't my call to question.

11:55:22  7  Q.  Have you seen it happen before when there was a crew and

11:55:25  8  equipment on the rig to do a cement bond log and then they were

11:55:30  9  sent back without doing the test?  Have you seen that happen

11:55:33 10  before?

11:55:34 11  A.  I believe I have.  I believe I've seen that before.  It was not

11:55:41 12  uncommon to have a series of logging runs, say, just for example,

11:55:46 13  wireline runs, and for some of those to be canceled.

11:55:50 14  Q.  Did anything -- that morning meeting with BP, did anything seem

11:55:55 15  unusual to you or raise any red flags?

11:55:58 16  A.  Not at all.  Seemed just like a typical morning that last day.

11:56:02 17  Q.  When BP decided not to run the cement bond log, did that impact

11:56:07 18  the timing of Transocean's work and what you would do next?

11:56:11 19  A.  No.

11:56:12 20  Q.  Do you remember if you had received at that morning meeting the

11:56:16 21  BP temporary abandonment plan?

11:56:18 22  A.  Do I remember seeing it?

11:56:21 23  Q.  Do you remember if you had received it yet?

11:56:22 24  A.  I don't believe I had.

11:56:28 25  Q.  After the BP meeting on the morning of the 20th, what happened

11:56:33  1  next?

11:56:33  2  A.  Okay.  Let me think.  We moved into the next meeting, which was

11:56:43  3  a Transocean supervisor meeting, that was the head of all of the

11:56:47  4  different departments, we met daily as well.

11:56:51  5  Q.  Anything significant that you remember from that the second

11:56:57  6  Transocean meeting of the day?

11:56:58  7  A.  I think I recall Paul Johnson being in on the conference call

11:57:08  8  and talked to us a little bit about the Transocean management and

11:57:12  9  BP management that was coming out.  Beyond that, I don't remember

11:57:17  10  anything significant.

11:57:22  11  Q.  And then you mentioned there is a pre-tower meeting?

11:57:26  12  A.  That's correct.

11:57:27  13  Q.  And I believe you talked about this earlier when you said that

11:57:31  14  this is where Jimmy Harrell insisted that there be a negative

11:57:34  15  pressure test performed?

11:57:36  16  A.  Yes.

11:57:36  17  Q.  Other than that, do you remember much of significance about the

11:57:41  18  BP pre-tower meeting?

11:57:43  19  A.  No, not really, because I had missed a lot -- a large portion

11:57:51  20  of that meeting.

11:57:54  21  Q.  You said Jimmy Harrell raised the objection to not doing a

11:57:58  22  negative-pressure test.  Did that get resolved pretty quickly and

11:58:05  23  the negative-pressure test included in the abandonment procedure?

11:58:08  24  A.  Yes, it did.

11:58:08  25  Q.  Were you responsible -- were you involved with the visitors

11:58:12  1   from shore when they arrived?

11:58:14  2   A.  Yes, at some point I was, yes.

11:58:18  3   Q.  Do you remember how many people were in that group?

11:58:21  4   A.  Probably -- I think it was only four.

11:58:28  5   Q.  Do you know who they were?  Do you remember, was it BP and

11:58:34  6   Transocean?

11:58:35  7   A.  I know the Transocean, and I'll try to tell you if you ask.

11:58:44  8   Q.  No problem.  You had about four guys and they were coming out

11:58:47  9   for what, a meeting and a tour?

11:58:49 10   A.  Yes, it was just a management visit and we had a lot of

11:58:52 11   different areas and topics of discussion, and they also, in my

11:58:59 12   mind, were going to thank us for seven years for no lost-time

11:59:08 13   incidents.

11:59:09 14   Q.  Let's go to the afternoon.  You said you were in the drill

11:59:15 15   shack with the tour group at one point around what time?

11:59:19 16   A.  It was late evening, five or so maybe, 5:15, 5:30, somewhere in

11:59:27 17   that area.

11:59:28 18   Q.  And did you have the visiting people with you, the people from

11:59:31 19   Transocean and BP, were they with you when you went to the drill

11:59:34 20   shack?

11:59:35 21   A.  Yes, they were.

11:59:35 22   Q.  And what was going on there?

11:59:37 23   A.  They were trying to conduct a negative test just prior to us

11:59:50 24   coming in there.

11:59:51 25   Q.  And you told us earlier who was on tower and that there was a

11:59:56  1    change over.

11:59:57  2    A.  Right.

11:59:57  3    Q.  We have a still shot of the drill shack.  Not a very large

12:00:04  4    space.

12:00:05  5    A.  No, it was full.

12:00:08  6    Q.  How many people were in the drill shack in that area at 5, 5:30

12:00:13  7    on April 20?

12:00:14  8    A.  Now I don't remember accurately, but there was probably 14, 16

12:00:22  9    people in there.

12:00:23  10   Q.  You got the two BP well site leaders, Bob Kaluza and Don

12:00:29  11   Vidrine?

12:00:29  12   A.  Yes.

12:00:29  13   Q.  And then the managers from shore?

12:00:31  14   A.  Right.

12:00:31  15   Q.  And you've got the drill crew?

12:00:32  16   A.  Yeah.

12:00:33  17   Q.  And the subsea team?

12:00:35  18   A.  Right, right.

12:00:36  19   Q.  And what you remember from that meeting, I think you said, is

12:00:39  20   that the crew had started a negative-pressure test and was going to

12:00:44  21   change the orientation of that test at BP's request?

12:00:47  22   A.  That's correct.

12:00:47  23   Q.  And you mentioned that it started on the drill pipe, which was

12:00:51  24   you said normal.  Had you done tests before on both the kill line

12:00:55  25   or the drill pipe?

12:00:56  1    A.  We had.

12:00:57  2    Q.  But you had not done it on both simultaneously?

12:01:00  3    A.  No, not on both, but we've done either/or.

12:01:03  4    Q.  And all of the wells you drilled with BP, the chart that we put

12:01:06  5    up earlier and all of your years on the *Horizon*, what were you

12:01:09  6    looking for in a negative-pressure test to say pass/fail?

12:01:13  7    A.  We were looking for what we called no flow and for a 30-minute

12:01:18  8    period.

12:01:23  9    Q.  When the negative-pressure test was initially set up on the

12:01:27 10    drill pipe, was there any flow from the drill pipe?

12:01:30 11    A.  Initially?  I don't know.  I didn't have that particular

12:01:35 12    observation there.

12:01:36 13    Q.  And the change to the kill line that you said was made

12:01:42 14    because -- why?  Why were you told -- or why was the crew told they

12:01:45 15    were changing from the drill pipe to the kill line?

12:01:49 16    A.  One of the well site leaders, I can't remember exactly, I think

12:01:54 17    it was Vidrine, had requested that change because he said the way

12:01:59 18    that we had it lined up did not meet the old MMS specification.

12:02:08 19    Q.  Do you know about that one way or the other, if it did or did

12:02:11 20    not meet MMS specifications?

12:02:12 21    A.  That's the first I heard of it.  I mean, we had just came from

12:02:16 22    a pre-tower meeting earlier that day, and we were following our

12:02:20 23    standard lineup that we had done in the past, so, yeah, that was my

12:02:26 24    first knowledge of that.

12:02:27 25    Q.  What role did Transocean have in deciding to change that from

OFFICIAL TRANSCRIPT

12:02:31  1   the drill pipe to the kill line?

12:02:32  2   A.  That was not our role, that was BP's decision.

12:02:36  3   Q.  And what was the reaction of the crew on tower, the Transocean

12:02:41  4   crew?

12:02:41  5   A.  Well, of course we all went, "what?"  I mean, you know, it was

12:02:45  6   like we were already involved in a test and, you know, we probably

12:02:52  7   argued just a little bit about it.  It was, like, why do we have to

12:02:56  8   do that?  We had to have a good explanation of why we were doing

12:02:59  9   that.

12:02:59  10  Q.  And your explanation was compliance with the permit?

12:03:01  11  A.  That's right.  Then once we understood that, well, then, that

12:03:07  12  was no problem.

12:03:07  13  Q.  Is your crew capable of setting up a negative-pressure test,

12:03:13  14  whether it be on the drill pipe or kill line?

12:03:15  15  A.  Sure.  They can set up a negative-pressure test, it doesn't

12:03:19  16  matter.

12:03:19  17  Q.  And you said you had done them earlier at prior times on the

12:03:23  18  kill line, it was just more common to do that on the drill pipe?

12:03:25  19  A.  Right.  Right.

12:03:26  20  Q.  Did you have any concern about the drill crew or the procedures

12:03:29  21  when you left the drill shack that day?

12:03:32  22  A.  No.  Because in my mind, I knew Jason would have a good safety

12:03:38  23  meeting and have a good plan and implement the plan with the crews,

12:03:42  24  you know.  And if he had anything that he was concerned about, I

12:03:46  25  knew he would call me.

1803

12:03:47  1   Q.  While you were in the drill shack, Mr. Ezell, in the afternoon

12:03:52  2   of the 20th, did you hear anyone use the term "bladder effect" or

12:03:58  3   "annular compression"?

12:03:59  4   A.  No.

12:04:00  5   Q.  Do you know what those terms mean?

12:04:02  6   A.  I've never heard "bladder effect" for sure.

12:04:05  7   Q.  In your years of working and training with Jason Anderson, have

12:04:08  8   you heard him refer to something as a bladder effect?

12:04:11  9   A.  No, I haven't.

12:04:12  10  Q.  About what time did you leave the drill shack on the 20th?

12:04:17  11  A.  I am not exactly sure.  It was during the handover time for the

12:04:25  12  crew coming on.

12:04:26  13  Q.  When you left, who was the senior crew person in the drill

12:04:30  14  shack for Transocean?

12:04:31  15  A.  That would have been Jason.

12:04:33  16  Q.  And who was there for BP?

12:04:35  17  A.  I'm really not sure if both well site leaders were there, but

12:04:44  18  in my mind's eye, I think they were both there when I walked out.

12:04:48  19  Q.  Don Vidrine and Bob Kaluza?

12:04:51  20  A.  Yes.

12:04:51  21  Q.  And then where did you go after leaving the drill shack, what

12:04:54  22  was your plan and what did you do next?

12:04:56  23  A.  Well, from there, I went to have my meal, and then after that I

12:05:02  24  went to the meeting that we had with the Transocean and BP

12:05:07  25  management.

1804

12:05:07  1    Q.  So throughout the day, you had a number of meetings with BP?

12:05:13  2    A.  Yes.

12:05:15  3    Q.  Talked to both their well site leaders, but also the people who

12:05:19  4    visited from shore?

12:05:21  5    A.  Yes.

12:05:21  6    Q.  And you heard from someone in engineering about the cement bond

12:05:26  7    log and the cement lift pressure?

12:05:28  8    A.  Yes.

12:05:28  9    Q.  What time did the meeting start and end on the evening of the

12:05:31 10    20th?

12:05:32 11    A.  I think it started around 1900 and then it ended about 2100, or

12:05:49 12    7:00 P.M., 9:00 P.M.

12:05:50 13    Q.  2100, around 9 o'clock?

12:05:52 14    A.  Yes.

12:05:53 15    Q.  Up until that time, had anyone told you about the differential

12:05:58 16    pressure that was determined -- discovered during the

12:06:00 17    negative-pressure test?

12:06:01 18    A.  I had not heard that at all.

12:06:03 19    Q.  Had anyone told you they had anything on the drill pipe while

12:06:07 20    they got no flow on the kill line?

12:06:09 21    A.  I was not aware of that.

12:06:10 22    Q.  Did anyone from BP ask your advice or seek any input from you

12:06:15 23    on the negative-pressure test or the displacement that was coming

12:06:19 24    up?

12:06:20 25    A.  No, I don't.

12:06:21  1    Q.  Did anyone alert you that there was a phone call going on about

12:06:26  2    the same time between someone on the rig and someone onshore at BP?

12:06:29  3    A.  No.

12:06:30  4    Q.  Did you ever know that?

12:06:31  5    A.  Not then.

12:06:32  6    Q.  Did Don Vidrine ever come in and tell you about a discussion he

12:06:36  7    had with Mark Hafle onshore?

12:06:38  8    A.  No, he did not.

12:06:39  9    Q.  When you finished the meeting, what did you do?

12:06:42  10   A.  When I finished the meeting, I think I went and got some ice

12:06:48  11   cream in the galley and may have spoke to a couple of people who

12:06:52  12   was in there, and I remember walking down the hall and I went to my

12:06:57  13   office, and that's where called Jason and I asked him how did the

12:07:03  14   negative test go, and he said it went fine, no problem.  He said,

12:07:09  15   we bled off and watched it and it was no flow for 30 minutes.

12:07:14  16   Q.  No flow for 30 minutes in Jason's report on the

12:07:20  17   negative-pressure test, is that what you would expect to hear for a

12:07:23  18   good test?

12:07:24  19   A.  That would be what you would expect to have is no flow for

12:07:27  20   30 minutes.

12:07:28  21   Q.  Did anyone else tell you that we've had a good negative test?

12:07:33  22   A.  Jimmy Harrell did.

12:07:36  23   Q.  Huh?

12:07:39  24   A.  Jimmy Harrell did.

12:07:41  25   Q.  What else did Jason say?  Did he say anything about the

OFFICIAL TRANSCRIPT

1806

12:07:44  1    upcoming displacement?

12:07:45  2    A.  Yeah.  Yeah, he said, we're about to shut down for the sheen

12:07:52  3    test, I believe he said.  And he said it was going good, the

12:07:57  4    displacement was going well.  And I asked him, do you need my help?

12:08:01  5    And he said, no, no, I got it.  I don't need your help.  I know

12:08:04  6    where you live, I'll call you if something comes up.

12:08:06  7    Q.  Can you tell us a little bit -- when they say static sheen

12:08:11  8    test, what is the crew doing when the static sheen test is being

12:08:16  9    conducted?

12:08:16 10    A.  The pumps are shut down and the compliance engineer is taking a

12:08:20 11    sample of the fluid that's there to ensure that it's okay to dump

12:08:25 12    this fluid overboard.  He is performing a test.

12:08:29 13    Q.  So in terms of displacement, have you now, with seawater and

12:08:35 14    spacer, lifted the drilling mud all the way back up into the pits,

12:08:39 15    so everything left is now going to be spacer or seawater and can go

12:08:43 16    overboard into the ocean?

12:08:44 17    A.  Yeah, that's correct.

12:08:45 18    Q.  Is that an underbalanced situation?

12:08:47 19    A.  It is definitely an underbalanced situation.

12:08:49 20    Q.  Would your drill crew, Dewey Revette, Jason Anderson, know at

12:08:56 21    the time of the static sheen test that they were in an

12:08:58 22    underbalanced condition?

12:08:59 23    A.  Most certainly they would have known that.

12:09:02 24    Q.  Any doubt?

12:09:03 25    A.  No, no doubt.

| | |
|---|---|
| 12:09:04 1 | Q.  When you called Jason in the drill shack around nine, where was |
| 12:09:07 2 | the BP well site leader? |
| 12:09:09 3 | A.  Around nine?  All I can tell you for sure is we were just about |
| 12:09:21 4 | at the close of our meeting with the Transocean management, BP |
| 12:09:25 5 | management, and I did see Don Vidrine come into the back of the |
| 12:09:30 6 | room behind us, that's all I can tell you. |
| 12:09:34 7 | Q.  Did you talk to Don Vidrine? |
| 12:09:38 8 | A.  Did I?  No. |
| 12:09:39 9 | Q.  Did Jason Anderson tell you if Don Vidrine, the well site |
| 12:09:42 10 | leader, had come by the drill shack? |
| 12:09:44 11 | A.  No, he never said that. |
| 12:09:45 12 | Q.  Where was Jimmy Harrell? |
| 12:09:49 13 | A.  Jimmy Harrell was in the same meeting with me. |
| 12:09:52 14 | Q.  And you went back to your room and got on the phone with Jason, |
| 12:09:57 15 | did you see Jimmy? |
| 12:09:58 16 | A.  Yeah, Jimmy come walking by my office heading to his office and |
| 12:10:04 17 | I was still on the phone with Jason, and he goes, "We got a good |
| 12:10:09 18 | negative test."  And I said, "Yeah, I got Jason on the phone, I |
| 12:10:14 19 | know." |
| 12:10:14 20 | Q.  Do you know how Jimmy found out there was a good negative test? |
| 12:10:19 21 | A.  Do I know how he knew?  I saw him talking to Vidrine in the |
| 12:10:27 22 | back of the room, but I don't know exactly what the whole |
| 12:10:31 23 | discussion was. |
| 12:10:32 24 | Q.  And after you hung up with Jason Anderson in the drill shack, |
| 12:10:36 25 | what happened next? |

OFFICIAL TRANSCRIPT

12:10:37  1    A.  Okay.  After I hung up, I went in my room, took a shower, laid

12:10:50  2    down, had a brand-new flat screen TV that day which was just

12:10:55  3    awesome to watch, and I was watching TV.  I had talked to my wife

12:10:59  4    for a few minutes and I was just about to fade away for the night

12:11:03  5    when the phone rang and it was Steve Curtis from the rig floor

12:11:08  6    then.

12:11:08  7    Q.  What did he say?

12:11:09  8    A.  He said -- basically he said, Randy, we have a problem, we have

12:11:16  9    mud blowing to the crown.  And I was horrified and I said, well, do

12:11:23  10   you have it shut in?  Jason's shutting it in now.

12:11:27  11   Q.  And Jason's shutting it in now would mean what, he would be

12:11:31  12   doing what?

12:11:31  13   A.  Closing one of the preventer components.  I don't know which

12:11:36  14   one, but he was taking action.

12:11:39  15   Q.  What did you do?

12:11:40  16   A.  Sorry?

12:11:41  17   Q.  What did you do?

12:11:42  18   A.  He said, "We need your help," so I jumped out of bed, put my

12:11:49  19   coveralls on.  I had to go right across the hall to get my hard hat

12:11:56  20   and boots before I could go to the floor.  I stepped into the

12:12:02  21   hallway and I had, like, side shields on my glasses, but I could

12:12:09  22   tell there were two individuals standing in the hall, and I believe

12:12:13  23   they were talking to me, but I had tunnel vision, I had to get to

12:12:16  24   the rig floor.  So I didn't ever hear what they said.  So as soon

12:12:21  25   as my foot hit the threshold of the doorway of the toolpusher's

12:12:28  1   office, that's when the explosion hit and that's when it blew me

12:12:31  2   out of the contact area of the fire.

12:12:35  3   Q.  And you said you realized you were in the hallway?

12:12:38  4   A.  At some point, I did.

12:12:40  5   Q.  Tell us about that.

12:12:41  6   A.  Well, that was -- you know, going back to the story of when I

12:12:49  7   woke up, I was in total darkness and smoke-filled -- entire area

12:12:56  8   was full of smoke.  I knew something major, a major event had just

12:13:01  9   happened, but I don't know if it was because my brain was knocked

12:13:07 10   out of gear or what, or trauma or what, but I laid there for a

12:13:13 11   minute.  I tried to get up with all of this weight of different

12:13:18 12   ceiling components and walls and stuff, I tried twice to get up.

12:13:24 13   And it was a substantial amount of stuff.

12:13:27 14          And they always say that adrenaline will kick in, and it

12:13:32 15   did.  I said, if you don't get up, you're going to lay here and

12:13:36 16   die, so I shoved for all I could shove and I got out from

12:13:39 17   underneath of the stuff that was on top of me.

12:13:42 18          And at that point was when I was trying to walk out -- or

12:13:45 19   not walk out, crawl out, out into the hallway.  When I went out

12:13:52 20   into the hallway, I thought I felt air coming from this area and I

12:13:57 21   assumed that to be the hallway.  And when I went out there, it

12:14:01 22   wasn't air, it was methane, methane gas, it was a thick cloud of

12:14:05 23   it, it had re-entered into the living quarters.  And I mean, I at

12:14:12 24   least knew where I was at.  And I had a direction to go to the

12:14:16 25   lightpost then.

12:14:17  1          So I was still crawling, and that's when I put my hand on

12:14:21  2  a body, and that body was Wyman Wheeler.  And he let out some noise

12:14:29  3  when I did and wanted to know who it was.  We couldn't see each

12:14:33  4  other.  So ended up finding where his head was.  That was a task,

12:14:38  5  just finding his head, because he had stuff all on top of him, too.

12:14:45  6          And about that time is when the electrical -- well, the

12:14:52  7  chief electrician that was -- and an electrical supervisor, they

12:14:56  8  both came down a long hallway with their flashlights, and they

12:15:01  9  wasn't really looking for survivors.  They were looking for a way

12:15:05 10  to get out of the living quarters because the other way had caved

12:15:09 11  in.

12:15:12 12          And thank God they found us.  I hollered out, they came

12:15:15 13  down.  We started uncovering Wyman and at that point we heard

12:15:24 14  Mr. Trahan and he was covered up with a lot of debris on top of

12:15:31 15  him.

12:15:32 16          We went to his aid to get all of the debris off of him

12:15:37 17  and Wyman was still fairly alert and awake but Buddy wasn't, he was

12:15:43 18  going kind of in and out of consciousness.  And we could tell by

12:15:49 19  his injuries that he was the one that needed to leave the living

12:15:53 20  quarters first, so he was the one that got the first stretcher.

12:15:58 21  And I believe Buddy made it on a lifeboat, and I stayed there with

12:16:04 22  Wyman.  I thought I could pick him up and we could walk our way

12:16:11 23  out, but I didn't know how many broken bones he had at the time,

12:16:17 24  but he couldn't.  He couldn't support his weight.  And he asked me

12:16:22 25  to set him down.  And I said, "You don't understand.  If you don't

12:16:27  1   come with me now, I mean, we're going to die."  And he said, "No,

12:16:31  2   you don't understand.  I can't go."  He said, "Save yourself."  And

12:16:35  3   that's why I told him, "I am not going to leave you in here.  I'm

12:16:38  4   not leaving you here."

12:16:39  5          And we waited and, of course, it seemed like forever, but

12:16:44  6   it was probably like five minutes and another stretcher appeared

12:16:49  7   and that's when we were able to load him on a stretcher, the

12:16:53  8   electricians and myself, we all went out to the forward lightposts

12:16:59  9   and, of course, the lightposts were done, but we were able to leave

12:17:03 10   the rig in a life raft.  And then we made our way to the *Damon*

12:17:08 11   *Bankston*.

12:17:08 12   Q.  Were you the last people to leave the *Deepwater Horizon*?

12:17:12 13   A.  To my knowledge, yes.

12:17:13 14   Q.  Was anyone waiting for you as you came out of the damaged

12:17:19 15   hallway with the stretcher with Wyman Wheeler?

12:17:22 16   A.  The captain was waiting to -- my memory is not really clear.  I

12:17:27 17   guess it was traumatic, but the captain and a couple of the DPO,

12:17:32 18   dynamic position operators, were there with him.  Chief Mate David

12:17:37 19   Young was there and I think Steve Bertone was also there, the

12:17:46 20   maintenance supervisor.  But there was still a pretty good host of

12:17:51 21   people that was going to assist us in getting the stretcher into

12:17:55 22   the life raft.

12:17:57 23   Q.  And did they do that?  The group that stayed, the captain and

12:18:00 24   others, did they assist you in getting Wyman Wheeler in the

12:18:04 25   stretcher on the lifeboat?

12:18:05  1   A.  Yes, we successfully got him into the life raft.  And then, to

12:18:10  2   my knowledge, from what I can remember, I think the captain was the

12:18:14  3   last one left on the rig.  Everybody else -- it was a classic,

12:18:19  4   captain is the last one to leave.  He deployed the life raft for

12:18:24  5   us.

12:18:25  6   Q.  After he launched your lifeboat -- your life raft, excuse me,

12:18:30  7   and was left on the rig, do you know how the captain got off of the

12:18:33  8   *Deepwater Horizon*?

12:18:34  9   A.  The captain jumped, he jumped in.  It was a pretty good little

12:18:40 10   jump for him, but he successfully made it.

12:18:45 11   Q.  You mentioned earlier you heard general alarms and you can't

12:18:48 12   remember if those were before or after the explosion.  How did the

12:18:51 13   explosion sound?

12:18:52 14   A.  Oh, I was deaf for awhile after that.  I couldn't hear.  It was

12:18:58 15   just intense.  No one unless they was there and survived, and one

12:19:03 16   man in this room understands, but you can't understand the

12:19:08 17   intensity of what we went through that night.  It was pretty

12:19:14 18   severe.

12:19:14 19   Q.  When you moved off the *Deepwater Horizon* in the life raft, did

12:19:21 20   you look back and could you see the area of the drill shack and the

12:19:24 21   drill floor?

12:19:25 22   A.  Yeah, I had pretty good view of it.  I could see it.

12:19:29 23   Q.  What happened to that area?

12:19:31 24   A.  Well, I can remember when the raft came down to the water I

12:19:41 25   could see fire all around us, fire all on the water.  But we

12:19:46 1  successfully got away from that.  That was a hazard in itself.  And

12:19:51 2  then when we got off to where we could look, the block, the

12:19:56 3  traveling assembling and top drive and all of that had already

12:20:01 4  fell.  The derrick lasted a pretty good while.  It was, like, about

12:20:06 5  an hour and a half before it fell.  It was some pretty extreme

12:20:13 6  sights that embedded in our brains that night.

12:20:16 7  Q.  Tell us, again, why you thought as you departed the rig and got

12:20:23 8  to the *Damon Bankston* that the crew had utilized the overboard

12:20:29 9  divert function?

12:20:29 10  A.  Well, there again, this is my account.  We're all sitting there

12:20:36 11  for hours and hours and hours on end and we're watching this

12:20:40 12  intense fire like nobody's ever seen, and I saw a well-defined

12:20:47 13  stream of what looked like fire coming out of the starboard

12:20:51 14  diverter.  That was my, you know, perspective.

12:20:59 15          MS. CLINGMAN:  Thank you, Mr. Ezell.  Your Honor, we have

12:21:01 16  no further questions.

12:21:01 17          THE COURT:  All right.  Let's recess for lunch now.  It's

12:21:04 18  about 12:20 it appears.  We'll come back at 1:30.

12:21:10 19          THE MARSHAL:  All rise.

12:21:12 20      (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

21

22                      * * * * * *

23

24

25

1

2

3                          REPORTER'S CERTIFICATE

4

5           I, Karen A. Ibos, CCR, Official Court Reporter, United

6      States District Court, Eastern District of Louisiana, do hereby

7      certify that the foregoing is a true and correct transcript, to the

8      best of my ability and understanding, from the record of the

9      proceedings in the above-entitled and numbered matter.

10

11

12      _____

13           Karen A. Ibos, CCR, RPR, CRR, RMR

14           Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

'

**'back** [1] - 1727:16

# 0

**0** [1] - 1684:6
**00986.032** [1] - 1690:22
**03591-20** [1] - 1773:3
**07774A** [1] - 1734:11

# 1

**1** [5] - 1665:18, 1666:12, 1666:14, 1666:15, 1709:12
**10** [3] - 1761:16, 1761:23, 1763:10
**10-MD-2179** [1] - 1653:8
**100** [6] - 1655:4, 1698:12, 1734:3, 1775:17, 1792:12, 1796:13
**1000** [2] - 1659:4, 1660:8
**1001** [1] - 1658:19
**101** [1] - 1655:8
**105** [1] - 1722:25
**108** [1] - 1731:17
**11** [4] - 1757:12, 1757:15, 1758:2, 1781:7
**1100** [1] - 1658:15
**1110** [1] - 1659:8
**11th** [1] - 1782:4
**12** [4] - 1728:5, 1761:16, 1761:23, 1763:10
**1201** [2] - 1658:4, 1659:24
**1221** [1] - 1659:18
**12:20** [1] - 1813:18
**12th** [3] - 1667:6, 1699:18, 1754:17
**13,305** [1] - 1691:2
**1308** [1] - 1655:11
**1331** [1] - 1660:4
**14** [7] - 1720:13, 1726:18, 1726:20, 1727:7, 1766:10, 1800:8
**1400** [1] - 1684:5
**14271** [1] - 1656:18
**15** [2] - 1766:10, 1766:11
**15-minute** [1] -

**1725**:8
**16** [3] - 1754:7, 1767:17, 1800:8
**1601** [1] - 1654:11
**1630** [1] - 1761:12
**1665** [1] - 1660:4
**1667/20** [1] - 1661:5
**16th** [1] - 1699:18
**17** [1] - 1768:10
**1700** [1] - 1659:24
**1710/14** [1] - 1661:6
**1720/5** [1] - 1661:7
**1725/16** [1] - 1661:8
**18,360** [1] - 1690:24
**1885** [1] - 1657:11
**1887** [1] - 1723:4
**18th** [6] - 1783:2, 1783:4, 1783:6, 1783:22, 1783:25, 1792:9
**19** [1] - 1728:25, 1760:24, 1776:14
**19.75** [1] - 1785:11
**1900** [1] - 1804:11
**19th** [4] - 1722:19, 1773:9, 1776:11, 1793:24
**1:30** [1] - 1813:18

# 2

**2** [2] - 1709:12, 1728:19
**20** [29] - 1653:6, 1668:5, 1674:19, 1692:18, 1692:19, 1692:22, 1693:4, 1694:6, 1694:12, 1696:2, 1704:5, 1705:20, 1722:13, 1723:2, 1730:15, 1730:18, 1736:8, 1736:17, 1737:5, 1744:25, 1763:3, 1763:7, 1764:7, 1766:3, 1784:18, 1788:9, 1793:6, 1796:3, 1800:7
**20-barrel** [1] - 1763:5
**20004** [1] - 1658:4
**2001** [2] - 1766:8, 1767:14
**2004** [1] - 1694:6
**20044** [3] - 1656:12, 1656:18, 1656:24
**2005** [1] - 1770:9
**2009** [12] - 1692:18, 1692:21, 1694:12, 1694:20, 1694:23,

**1723**:5, 1735:1, 1738:11, 1738:20, 1738:21, 1739:11, 1769:24
**2010** [24] - 1653:6, 1666:14, 1666:15, 1674:19, 1691:3, 1692:19, 1692:22, 1696:2, 1698:25, 1699:16, 1730:18, 1736:8, 1744:25, 1754:7, 1754:17, 1760:7, 1771:10, 1773:9, 1776:14, 1783:22, 1792:8, 1792:9, 1793:7
**2011** [1] - 1667:6
**2013** [2] - 1653:9, 1662:2
**20th** [20] - 1668:4, 1668:5, 1674:11, 1675:2, 1677:3, 1697:3, 1712:23, 1713:25, 1722:16, 1774:4, 1783:3, 1793:14, 1793:23, 1794:20, 1795:1, 1795:7, 1797:25, 1803:2, 1803:10, 1804:10
**21** [11] - 1720:13, 1721:16, 1721:18, 1721:22, 1727:7, 1730:24, 1734:11
**21-21** [3] - 1726:8, 1726:24, 1727:2
**21-inch** [1] - 1785:11
**21-year** [1] - 1732:2
**2100** [2] - 1804:11, 1804:13
**2150** [1] - 1690:21
**2200** [3] - 1761:12, 1761:14, 1761:15
**2205** [1] - 1761:18
**2211** [1] - 1659:8
**2216** [1] - 1655:22
**22939** [1] - 1694:1
**22ND** [1] - 1654:19
**23** [1] - 1694:23
**23451** [1] - 1654:19
**23A** [1] - 1727:22
**24** [1] - 1708:16
**25** [3] - 1729:3, 1764:17, 1765:6
**25-year** [1] - 1741:7
**25A** [1] - 1753:20
**26** [6] - 1691:2, 1692:18, 1692:21, 1692:23, 1699:16, 1729:4

**2615** [1] - 1654:15
**28** [4] - 1727:5, 1727:7, 1755:24
**29** [1] - 1699:24
**295** [1] - 1663:8
**2:10-CV-02771** [1] - 1653:12
**2:10-CV-4536** [1] - 1653:14

# 3

**3** [2] - 1655:4, 1722:12
**3,500** [1] - 1723:23
**30** [6] - 1738:12, 1762:2, 1764:16, 1805:15, 1805:16, 1805:20
**30,000** [1] - 1768:2
**30-barrel** [1] - 1761:18
**30-minute** [1] - 1801:7
**30-minutes** [1] - 1682:17
**300** [1] - 1658:8
**30B** [1] - 1740:2
**30th** [1] - 1666:15
**31** [2] - 1694:19, 1791:25
**31,000** [1] - 1768:2
**3100** [1] - 1694:1
**31st** [2] - 1738:20, 1792:8
**32** [3] - 1767:6, 1777:15, 1777:16
**32,000** [1] - 1768:3
**335** [1] - 1658:23
**35** [2] - 1736:13, 1761:20
**35,000** [1] - 1768:9
**35,050** [1] - 1770:2
**35TH** [1] - 1658:23
**36130** [1] - 1657:6
**36604** [1] - 1654:12
**36656** [1] - 1760:24
**3668** [1] - 1654:4
**37** [1] - 1781:6
**3700** [2] - 1658:15, 1658:19
**39** [1] - 1785:2
**390** [1] - 1723:9
**390-some** [1] - 1723:22

# 4

**4** [1] - 1655:4
**4000** [1] - 1660:8
**402** [1] - 1654:19
**41034** [1] - 1759:25
**41225** [1] - 1755:25
**41255** [1] - 1756:12
**43** [1] - 1758:5
**4310** [1] - 1655:18
**435** [1] - 1655:8
**44** [1] - 1758:14
**4447** [1] - 1764:14
**45** [2] - 1758:18, 1758:24
**450** [1] - 1656:5
**4500** [1] - 1659:18
**46** [2] - 1790:1, 1790:7
**4:30** [1] - 1793:8

# 5

**5** [3] - 1653:9, 1662:2, 1800:6
**5,000** [1] - 1785:9
**50** [6] - 1692:15, 1692:16, 1693:8, 1767:16, 1770:22
**50-plus** [1] - 1692:7
**500** [3] - 1654:4, 1657:5, 1660:13
**5000** [1] - 1657:22
**504** [1] - 1660:14
**52** [2] - 1759:9, 1790:9
**52611** [1] - 1791:25
**52647** [1] - 1767:17
**52649** [1] - 1738:13
**52658** [1] - 1753:20
**5395** [1] - 1656:5
**546** [1] - 1659:12
**556** [1] - 1654:4
**57** [1] - 1722:12
**571** [1] - 1781:6
**589-7776** [1] - 1660:14
**590** [1] - 1725:22
**5:15** [2] - 1675:18, 1799:16
**5:30** [5] - 1675:18, 1675:19, 1793:20, 1799:16, 1800:6

# 6

**6** [2] - 1653:20,

1676:13
**60** [1] - 1756:18
**600** [3] - 1654:19,
1654:22, 1659:4
**601** [1] - 1654:15
**60654** [1] - 1658:9
**618** [1] - 1655:15
**64** [1] - 1722:18
**6569** [1] - 1768:11
**6572** [1] - 1736:5
**6578** [1] - 1791:14
**6591** [1] - 1777:16
**6599** [1] - 1785:2
**6616** [1] - 1741:1
**68** [4] - 1722:21,
1756:19, 1756:24,
1757:1
**687** [1] - 1722:5
**6:00** [5] - 1675:23,
1676:2, 1676:9,
1793:19, 1793:20
**6:30** [1] - 1794:6

**7**

**70** [1] - 1756:18
**701** [2] - 1657:16,
1657:22
**70113** [1] - 1654:8
**70130** [6] - 1654:16,
1654:23, 1655:22,
1657:16, 1659:13,
1660:14
**70139** [1] - 1657:23
**70163** [1] - 1658:15
**70360** [1] - 1655:8
**70458** [1] - 1655:12
**70502** [2] - 1654:5,
1659:5
**70801** [1] - 1655:15
**70804** [1] - 1657:12
**71** [1] - 1790:2
**711** [1] - 1694:23
**72** [2] - 1786:10,
1789:16
**747** [1] - 1697:17
**75270** [1] - 1659:24
**7611** [1] - 1656:12
**77002** [2] - 1658:19,
1660:9
**77006** [1] - 1655:19
**77010** [2] - 1659:18,
1660:4
**77098** [1] - 1659:8
**78257** [1] - 1655:5
**7:00** [1] - 1804:12
**7TH** [1] - 1656:5

**8**

**8** [1] - 1692:21
**8,970** [1] - 1691:2
**80** [1] - 1792:10
**820** [1] - 1654:8
**83** [1] - 1737:8
**84B** [1] - 1741:1
**85** [1] - 1742:1
**8680** [3] - 1665:17,
1666:1, 1666:22
**8711** [2] - 1666:23,
1667:12
**8756** [1] - 1665:7
**8757** [1] - 1665:12
**8th** [19] - 1691:3,
1691:5, 1693:3,
1693:16, 1693:19,
1747:1, 1759:21,
1760:7, 1761:2,
1761:9, 1762:12,
1762:13, 1762:20,
1763:3, 1764:13,
1765:16, 1765:18,
1765:23

**9**

**9** [2] - 1686:19,
1804:13
**9,600** [1] - 1770:12
**9,640** [1] - 1770:12
**90071** [1] - 1658:24
**90589** [1] - 1720:21
**929** [4] - 1698:23,
1720:8, 1724:1,
1727:23
**94005** [1] - 1657:12
**94102** [1] - 1656:6
**95.1** [1] - 1728:23
**9585** [2] - 1724:2,
1724:6
**97.6** [2] - 1728:9,
1728:18
**98** [1] - 1701:9
**99** [1] - 1731:18
**9:00** [2] - 1685:15,
1804:12
**9:10** [3] - 1712:10,
1712:22, 1713:25
**9:15** [1] - 1686:19
**9:18** [3] - 1712:11,
1712:22, 1713:25
**9:20** [3] - 1682:10,
1686:1, 1688:21
**9:30** [2] - 1686:19,
1689:3
**9TH** [1] - 1654:22

**A**

**A.M** [1] - 1793:20
**abandon** [3] -
1777:22, 1777:23,
1785:22
**abandoned** [1] -
1769:14
**abandonment** [3] -
1778:1, 1797:21,
1798:23
**abilities** [1] -
1739:17
**ability** [8] - 1727:8,
1729:19, 1729:25,
1730:5, 1746:17,
1746:19, 1748:11,
1814:8
**able** [5] - 1687:25,
1732:25, 1791:23,
1811:7, 1811:9
**aboard** [13] - 1677:1,
1680:1, 1691:19,
1693:1, 1693:16,
1698:15, 1702:20,
1708:22, 1711:23,
1711:24, 1718:7,
1719:13, 1719:20
**aborted** [4] -
1675:16, 1675:22,
1679:4, 1680:17
**above** [7] - 1686:12,
1701:19, 1726:3,
1727:15, 1733:17,
1739:20, 1814:9
**above-entitled** [1] -
1814:9
**ABRAMSON** [1] -
1654:14
**absence** [1] -
1670:23
**absolutely** [4] -
1673:16, 1746:15,
1753:2, 1789:22
**accept** [2] - 1712:12,
1740:10
**acceptable** [4] -
1677:15, 1756:6,
1756:10
**accepting** [1] -
1713:23
**access** [2] - 1747:24,
1764:23
**accident** [5] -
1682:22, 1685:8,
1685:13, 1715:25
**accidents** [1] -
1734:23
**accommodate** [1] -

1679:16
**accomplish** [2] -
1716:25, 1782:17
**accomplished** [2] -
1716:16, 1755:11
**accordance** [2] -
1714:1, 1714:10
**according** [12] -
1677:23, 1686:16,
1692:20, 1714:13,
1715:8, 1751:3,
1751:13, 1754:8,
1755:21, 1760:17,
1761:21, 1761:22
**account** [2] - 1697:5,
1813:10
**accountable** [1] -
1724:10
**accreditation** [2] -
1752:25, 1753:14
**accurate** [3] -
1691:7, 1754:1,
1793:4
**accurately** [2] -
1792:15, 1800:8
**accustomed** [1] -
1727:9
**achieve** [1] - 1740:10
**achieved** [4] -
1672:16, 1734:22,
1740:23, 1796:7
**acquired** [2] -
1739:1, 1740:6
**acronym** [1] -
1734:23
**across** [6] - 1700:3,
1700:23, 1711:1,
1788:5, 1788:6,
1808:19
**acted** [1] - 1728:8
**action** [3] - 1689:22,
1776:6, 1808:14
**ACTION** [1] - 1653:8
**actions** [2] - 1751:1,
1780:20
**activate** [2] -
1696:21, 1717:10
**active** [5] - 1707:13,
1735:22, 1762:3,
1763:15, 1764:1
**actively** [3] -
1737:12, 1746:24,
1750:19
**activities** [5] -
1735:25, 1760:1,
1760:18, 1761:2,
1776:17
**activity** [1] - 1774:9
**acts** [1] - 1773:19
**actual** [4] - 1717:10,

1751:1, 1766:24,
1778:24
**actually** [43] -
1674:12, 1677:8,
1693:3, 1693:25,
1695:12, 1699:3,
1699:5, 1701:13,
1712:5, 1715:5,
1717:2, 1717:6,
1717:8, 1717:13,
1718:17, 1726:17,
1726:19, 1732:4,
1732:15, 1732:23,
1733:6, 1733:18,
1737:18, 1737:20,
1742:7, 1745:25,
1752:7, 1753:9,
1757:18, 1758:10,
1766:22, 1770:15,
1772:12, 1778:4,
1779:3, 1779:5,
1780:24, 1782:16,
1784:21, 1791:5,
1791:10, 1791:21,
1796:23
**AD** [1] - 1780:23
**adamant** [1] - 1672:4
**add** [8] - 1665:8,
1665:13, 1666:1,
1666:16, 1666:24,
1667:5, 1688:5,
1692:20
**added** [1] - 1695:12
**addition** [1] -
1665:15
**additional** [2] -
1665:13, 1666:24
**addressed** [1] -
1775:11
**admissions** [1] -
1764:24
**admitted** [3] -
1662:17, 1662:23,
1764:24
**adrenaline** [1] -
1809:14
**advice** [1] - 1804:22
**advisor** [2] - 1741:11
**affect** [1] - 1746:19
**AFFIRMATIVE** [3] -
1688:20, 1695:4,
1699:15
**afraid** [1] - 1740:9
**after** [27] - 1671:7,
1677:22, 1682:8,
1685:8, 1693:22,
1702:9, 1703:11,
1703:12, 1705:17,
1710:24, 1718:6,
1726:16, 1729:18,

1766:3, 1766:5,
1780:3, 1785:23,
1794:3, 1795:13,
1797:25, 1803:21,
1803:23, 1807:24,
1808:1, 1812:6,
1812:12, 1812:14
 **afternoon** [3] -
1667:23, 1799:14,
1803:1
 **again** [21] - 1669:5,
1683:2, 1688:18,
1694:15, 1694:17,
1702:25, 1708:6,
1708:24, 1709:21,
1710:17, 1714:1,
1716:6, 1717:20,
1726:15, 1757:13,
1758:6, 1764:1,
1773:10, 1782:20,
1813:7, 1813:10
 **against** [1] - 1705:20
 **ago** [3] - 1725:25,
1740:6, 1789:15
 **agree** [12] - 1663:14,
1672:23, 1673:2,
1678:4, 1703:1,
1703:25, 1725:1,
1728:9, 1728:11,
1764:19, 1765:8,
1765:9
 **agreed** [6] - 1672:12,
1678:23, 1725:3,
1756:3, 1756:9,
1787:21
 **agreeing** [1] -
1740:15
 **agrees** [1] - 1765:1
 **ahead** [7] - 1665:5,
1701:3, 1709:19,
1714:24, 1726:4,
1754:11, 1779:21
 **aid** [1] - 1810:16
 **air** [3] - 1721:8,
1809:20, 1809:22
 **AL** [4] - 1653:13,
1653:16, 1654:12,
1657:6
 **ALABAMA** [2] -
1657:3
 **Alabama** [1] -
1719:24
 **alarm** [3] - 1707:2,
1707:13, 1707:23
 **alarms** [1] - 1812:11
 **Alaska** [1] - 1727:5
 **alert** [2] - 1805:1,
1810:17
 **ALEX** [1] - 1659:17
 **alive** [1] - 1705:5

**all** [140] - 1662:16,
1662:22, 1663:3,
1663:18, 1664:7,
1665:1, 1665:3,
1667:3, 1669:11,
1670:16, 1673:9,
1674:7, 1674:23,
1676:1, 1677:16,
1680:8, 1680:20,
1682:18, 1682:21,
1682:23, 1684:8,
1687:1, 1688:4,
1688:5, 1690:2,
1690:6, 1691:8,
1691:10, 1691:11,
1691:23, 1692:8,
1692:12, 1692:13,
1695:7, 1695:10,
1698:11, 1698:17,
1700:4, 1700:21,
1702:4, 1704:17,
1705:10, 1705:21,
1705:22, 1713:21,
1716:11, 1718:7,
1718:16, 1718:17,
1719:13, 1719:16,
1719:17, 1719:23,
1719:24, 1722:3,
1724:25, 1725:10,
1725:13, 1727:9,
1729:13, 1730:16,
1731:25, 1733:17,
1736:14, 1736:15,
1739:4, 1742:11,
1743:14, 1745:24,
1746:4, 1746:19,
1746:23, 1750:11,
1751:5, 1753:23,
1754:24, 1755:21,
1756:24, 1759:16,
1761:14, 1762:1,
1762:24, 1763:24,
1765:19, 1767:10,
1767:14, 1768:17,
1769:2, 1769:3,
1769:14, 1769:20,
1769:21, 1769:24,
1770:24, 1771:17,
1771:21, 1772:2,
1773:16, 1774:17,
1774:18, 1777:18,
1779:7, 1779:12,
1780:11, 1782:11,
1782:16, 1785:5,
1785:8, 1785:16,
1786:24, 1787:14,
1789:7, 1792:2,
1793:4, 1794:22,
1795:22, 1795:25,
1797:16, 1798:3,
1801:4, 1801:5,

1802:5, 1804:18,
1806:14, 1807:3,
1807:6, 1809:11,
1809:16, 1810:5,
1810:16, 1811:8,
1812:25, 1813:3,
1813:10, 1813:17,
1813:19
 **ALLAN** [1] - 1657:15
 **alleges** [1] - 1666:24
 **Allen** [2] - 1720:3,
1737:1
 **allow** [7] - 1666:16,
1666:21, 1708:7,
1716:1, 1721:8,
1778:12, 1780:5
 **allowed** [1] - 1696:2
 **allowing** [2] -
1666:1, 1666:19
 **Allums** [1] - 1663:1
 **almost** [2] - 1663:3,
1718:2
 **alone** [1] - 1692:19
 **along** [4] - 1706:6,
1729:14, 1745:17,
1784:1
 **already** [4] - 1686:5,
1739:18, 1802:6,
1813:3
 **also** [40] - 1662:18,
1663:5, 1665:11,
1665:13, 1665:19,
1678:1, 1681:15,
1688:15, 1689:3,
1690:1, 1702:15,
1711:1, 1719:2,
1720:24, 1733:21,
1735:25, 1744:17,
1752:20, 1753:9,
1753:18, 1755:6,
1758:10, 1759:13,
1768:16, 1769:19,
1770:11, 1772:14,
1774:20, 1774:23,
1775:14, 1776:5,
1776:25, 1788:2,
1790:4, 1792:25,
1795:23, 1796:8,
1799:11, 1804:3,
1811:19
 **although** [1] -
1748:17
 **altogether** [2] -
1734:7, 1786:9
 **always** [24] -
1671:25, 1672:4,
1673:20, 1674:16,
1700:13, 1700:14,
1701:7, 1713:20,
1717:23, 1726:12,

1739:8, 1740:2,
1740:6, 1747:22,
1751:7, 1751:8,
1762:8, 1769:20,
1778:22, 1785:21,
1787:2, 1790:10,
1794:5, 1809:14
 **AMERICA** [3] -
1653:15, 1656:3,
1657:20
 **America** [1] - 1700:5
 **AMERICAN** [1] -
1654:15
 **among** [2] - 1664:7,
1715:13
 **amongst** [1] -
1702:16
 **amount** [4] -
1736:11, 1791:7,
1792:18, 1809:13
 **AND** [2] - 1653:12,
1658:12
 **Anderson** [40] -
1678:23, 1680:10,
1683:5, 1683:11,
1683:14, 1684:5,
1684:22, 1684:24,
1685:21, 1686:2,
1688:22, 1704:5,
1728:12, 1729:7,
1729:10, 1729:20,
1736:24, 1737:8,
1737:10, 1737:15,
1738:17, 1739:11,
1740:2, 1740:13,
1740:16, 1749:22,
1752:4, 1754:23,
1756:15, 1758:12,
1759:6, 1759:15,
1774:15, 1778:10,
1778:15, 1783:9,
1803:7, 1806:20,
1807:9, 1807:24
 **Anderson's** [2] -
1738:5, 1750:2
 **Andrew** [1] - 1662:11
 **ANDREW** [1] -
1658:7
 **ANGELES** [1] -
1658:24
 **animation** [2] -
1742:21, 1743:8
 **annoyance** [1] -
1746:24
 **annual** [2] - 1738:9
 **annular** [8] -
1716:16, 1716:23,
1717:6, 1717:13,
1717:15, 1758:17,
1761:18, 1803:3

 **annulus** [1] -
1763:21
 **anomaly** [5] -
1678:8, 1685:25,
1686:14, 1686:16,
1686:17
 **another** [9] -
1666:12, 1715:1,
1725:7, 1732:15,
1734:2, 1745:24,
1774:18, 1786:21,
1811:6
 **answer** [16] -
1676:22, 1686:20,
1687:23, 1689:13,
1690:3, 1690:5,
1703:6, 1703:13,
1706:16, 1709:19,
1713:8, 1714:22,
1716:1, 1716:5,
1728:24, 1729:11
 **answered** [2] -
1728:5, 1728:9
 **ANTHONY** [1] -
1655:21
 **ANTONIO** [1] -
1655:5
 **any** [101] - 1662:9,
1662:16, 1662:22,
1663:13, 1664:15,
1667:10, 1667:11,
1668:6, 1668:14,
1669:9, 1669:19,
1669:23, 1669:25,
1673:21, 1674:14,
1679:9, 1680:1,
1680:2, 1680:5,
1680:16, 1681:12,
1683:5, 1683:13,
1683:17, 1683:18,
1684:24, 1685:3,
1685:5, 1686:22,
1687:12, 1687:24,
1688:19, 1693:18,
1694:13, 1694:24,
1695:5, 1695:6,
1697:2, 1697:11,
1702:20, 1706:15,
1706:16, 1707:11,
1709:7, 1709:9,
1709:23, 1709:25,
1718:10, 1719:24,
1720:1, 1723:21,
1726:11, 1733:12,
1734:4, 1742:15,
1744:10, 1745:16,
1745:25, 1746:21,
1746:25, 1747:24,
1752:8, 1762:20,
1762:21, 1762:22,

1763:8, 1765:15,
1765:17, 1765:21,
1765:22, 1766:1,
1766:2, 1766:3,
1766:4, 1768:19,
1769:11, 1770:3,
1770:5, 1771:12,
1773:19, 1776:9,
1777:8, 1787:19,
1789:11, 1789:13,
1793:11, 1794:19,
1794:23, 1795:3,
1795:5, 1795:9,
1795:19, 1797:15,
1801:10, 1802:20,
1804:22, 1806:24

**anybody** [8] -
1669:2, 1681:20,
1683:21, 1685:15,
1687:18, 1698:3,
1710:11, 1721:3

**anyone** [14] - 1669:1,
1688:1, 1694:4,
1694:13, 1726:23,
1758:13, 1803:2,
1804:15, 1804:19,
1804:22, 1805:1,
1805:21, 1811:14

**anything** [30] -
1668:23, 1685:7,
1685:10, 1687:16,
1689:19, 1694:9,
1697:13, 1705:9,
1723:12, 1726:11,
1727:1, 1746:8,
1763:6, 1765:13,
1769:4, 1769:9,
1770:7, 1775:9,
1785:25, 1786:7,
1786:8, 1795:4,
1797:14, 1798:5,
1798:10, 1802:24,
1804:19, 1805:25

**anyway** [2] - 1666:7,
1796:6

**anywhere** [2] -
1748:7, 1772:4

**APD** [1] - 1679:11

**apologize** [1] -
1712:20

**apparently** [3] -
1704:17, 1743:17,
1754:3

**appear** [2] - 1666:13,
1754:19

**APPEARANCES** [7] -
1654:1, 1655:1,
1656:1, 1657:1,
1658:1, 1659:1,
1660:1

**appeared** [3] -
1665:23, 1706:23,
1811:6

**appears** [6] -
1666:10, 1723:2,
1738:20, 1745:18,
1751:7, 1813:18

**applied** [1] - 1757:10

**apply** [1] - 1700:22

**applying** [1] - 1695:7

**appraisal** [1] -
1738:16

**Appraisal** [1] -
1734:17

**appreciate** [3] -
1665:19, 1688:23,
1717:4

**approach** [2] -
1727:16, 1743:4

**approaching** [1] -
1729:4

**appropriate** [1] -
1709:3

**approximate** [1] -
1793:21

**approximately** [4] -
1731:17, 1764:16,
1791:18, 1794:6

**APRIL** [1] - 1653:6

**April** [44] - 1668:4,
1668:5, 1674:11,
1674:19, 1675:2,
1677:3, 1692:18,
1692:19, 1692:22,
1693:4, 1696:2,
1697:3, 1704:5,
1712:23, 1713:25,
1730:15, 1730:18,
1736:8, 1736:17,
1737:5, 1744:25,
1764:13, 1766:3,
1770:24, 1771:10,
1773:9, 1776:14,
1781:7, 1782:4,
1783:2, 1783:3,
1783:4, 1783:22,
1783:25, 1784:18,
1788:9, 1792:9,
1793:6, 1793:7,
1793:14, 1794:20,
1796:3, 1800:7

**Arctic** [3] - 1665:18,
1666:12, 1666:15

**are** [81] - 1662:23,
1663:3, 1663:15,
1663:18, 1664:4,
1664:15, 1665:4,
1665:15, 1667:13,
1670:20, 1672:17,
1673:11, 1674:7,

1680:12, 1681:16,
1683:13, 1683:18,
1686:13, 1692:13,
1695:9, 1699:16,
1701:24, 1709:7,
1709:25, 1711:13,
1715:21, 1717:15,
1719:5, 1719:6,
1720:6, 1722:6,
1722:7, 1723:3,
1723:18, 1724:11,
1730:21, 1735:13,
1735:15, 1740:7,
1742:16, 1744:16,
1744:19, 1747:19,
1748:5, 1749:13,
1749:18, 1756:17,
1757:12, 1758:3,
1758:20, 1760:4,
1760:13, 1760:18,
1760:21, 1761:3,
1763:16, 1764:21,
1768:1, 1775:4,
1775:14, 1775:15,
1780:9, 1780:10,
1780:19, 1781:25,
1783:19, 1784:5,
1784:18, 1789:4,
1789:12, 1791:19,
1791:21, 1792:19,
1792:25, 1793:15,
1806:10

**area** [18] - 1700:9,
1701:18, 1707:18,
1736:16, 1739:1,
1739:2, 1749:25,
1752:7, 1757:7,
1770:10, 1785:20,
1799:17, 1800:6,
1809:2, 1809:7,
1809:20, 1812:20,
1812:23

**areas** [8] - 1670:24,
1702:13, 1703:9,
1720:2, 1739:4,
1748:18, 1755:15,
1799:11

**argued** [1] - 1802:7

**argument** [1] -
1713:23

**argumentative** [1] -
1771:2

**arms** [2] - 1744:15

**arose** [1] - 1698:10

**around** [24] -
1662:21, 1671:13,
1675:18, 1676:13,
1676:14, 1685:15,
1712:24, 1712:25,
1748:22, 1749:21,

1756:18, 1766:22,
1775:23, 1785:10,
1790:1, 1793:8,
1793:9, 1799:15,
1804:11, 1804:13,
1807:1, 1807:3,
1812:25

**arrangement** [1] -
1719:1

**ARRELL** [1] - 1659:7

**arrive** [2] - 1769:3,
1769:8

**arrived** [3] - 1676:9,
1769:7, 1799:1

**arrow** [3] - 1747:21,
1789:19, 1791:17

**arrows** [1] - 1791:19

**ASBILL** [1] - 1658:17

**ask** [15] - 1672:12,
1678:3, 1687:1,
1690:20, 1691:25,
1698:23, 1709:3,
1712:21, 1749:13,
1756:3, 1766:11,
1771:6, 1778:14,
1799:7, 1804:22

**asked** [15] - 1697:6,
1710:24, 1720:8,
1727:13, 1744:21,
1751:6, 1759:21,
1765:1, 1765:15,
1774:3, 1793:6,
1794:17, 1805:13,
1806:4, 1810:24

**asking** [12] -
1682:13, 1700:19,
1709:2, 1713:6,
1714:5, 1714:19,
1715:22, 1716:8,
1717:15, 1719:6,
1789:2, 1789:3

**assembling** [1] -
1813:3

**assembly** [1] -
1760:19

**assess** [2] - 1757:6,
1758:6

**assessing** [1] -
1667:7

**assessment** [3] -
1721:5, 1738:5,
1738:10

**assessor's** [2] -
1740:1, 1740:11

**ASSET** [1] - 1653:13

**assigned** [4] -
1677:7, 1691:14,
1693:2, 1772:23

**assignment** [1] -
1737:21

**assist** [2] - 1811:21,
1811:24

**assistant** [18] -
1713:14, 1722:12,
1722:18, 1730:4,
1735:20, 1737:1,
1741:14, 1741:16,
1742:13, 1742:14,
1742:15, 1745:20,
1746:1, 1748:6,
1755:4, 1755:10,
1757:7, 1779:13

**assisted** [2] -
1670:5, 1711:5

**assisting** [2] -
1711:4, 1766:23

**associated** [2] -
1728:3, 1780:11

**association** [1] -
1746:25

**assume** [3] -
1685:24, 1692:16,
1700:25

**assumed** [2] -
1708:1, 1809:21

**assuming** [4] -
1678:21, 1686:9,
1691:6, 1770:9

**Assurance)** [1] -
1700:7

**at** [188] - 1663:7,
1664:11, 1664:17,
1664:25, 1671:11,
1671:12, 1671:19,
1672:15, 1672:17,
1674:19, 1675:16,
1675:20, 1675:23,
1675:24, 1676:2,
1676:4, 1676:9,
1678:19, 1680:21,
1681:24, 1684:1,
1685:14, 1687:12,
1687:14, 1687:16,
1687:21, 1687:22,
1687:25, 1689:3,
1689:23, 1690:14,
1690:21, 1690:24,
1691:2, 1691:13,
1693:3, 1695:8,
1698:25, 1699:7,
1701:23, 1705:23,
1706:17, 1710:19,
1712:18, 1713:3,
1713:20, 1713:23,
1715:18, 1723:13,
1723:21, 1723:25,
1724:17, 1724:20,
1726:6, 1727:9,
1727:14, 1727:21,
1727:25, 1728:2,

1728:19, 1731:2,
1732:9, 1732:11,
1732:23, 1733:3,
1733:4, 1733:25,
1734:12, 1736:3,
1736:5, 1736:12,
1737:17, 1738:24,
1738:25, 1739:9,
1739:11, 1740:1,
1743:21, 1744:5,
1746:19, 1748:15,
1751:5, 1752:15,
1753:20, 1753:23,
1754:3, 1754:6,
1755:12, 1755:24,
1756:15, 1757:1,
1757:2, 1757:4,
1758:2, 1758:5,
1758:18, 1758:21,
1759:9, 1759:22,
1759:24, 1760:4,
1760:23, 1761:2,
1761:9, 1761:12,
1761:14, 1761:18,
1761:24, 1762:1,
1762:2, 1762:3,
1762:20, 1764:4,
1764:14, 1764:25,
1765:5, 1766:10,
1767:17, 1768:2,
1768:6, 1768:8,
1768:10, 1768:14,
1769:3, 1769:7,
1769:23, 1771:9,
1771:13, 1773:3,
1773:22, 1774:17,
1774:25, 1775:5,
1775:24, 1776:1,
1776:9, 1776:11,
1778:4, 1778:19,
1780:20, 1781:5,
1781:6, 1782:7,
1783:17, 1784:2,
1785:2, 1785:6,
1785:7, 1788:13,
1790:2, 1791:13,
1791:18, 1791:25,
1792:4, 1792:5,
1792:11, 1792:16,
1793:12, 1793:20,
1794:9, 1794:10,
1795:10, 1795:12,
1795:16, 1797:16,
1797:20, 1799:2,
1799:15, 1800:6,
1800:21, 1802:17,
1804:18, 1805:2,
1806:20, 1807:4,
1809:4, 1809:18,
1809:23, 1809:24,
1810:13, 1810:23,

1813:18
**at-risk** [2] - 1774:25,
1775:5
    **attach** [1] - 1663:22
    **attend** [3] - 1772:21,
1783:7, 1795:18
    **attended** [3] -
1752:22, 1753:5,
1772:15
    **attendees** [1] -
1783:6
    **attending** [2] -
1777:25, 1781:10
    **attitude** [1] - 1721:23
    **ATTORNEY** [4] -
1657:3, 1657:4,
1657:9, 1657:11
    **audit** [14] - 1698:24,
1699:10, 1699:16,
1701:10, 1701:12,
1703:2, 1703:10,
1721:4, 1721:5,
1723:4, 1723:5,
1723:8, 1777:7,
1778:2
    **August** [1] - 1694:6
    **authority** [3] -
1678:2, 1678:9,
1678:11
    **automatically** [1] -
1759:2
    **automation** [1] -
1732:22
    **available** [3] -
1670:1, 1745:5,
1755:22
    **AVENUE** [5] -
1654:8, 1656:5,
1657:5, 1658:4,
1658:23
    **average** [1] -
1693:14
    **avid** [1] - 1742:12
    **avoid** [3] - 1668:14,
1669:3, 1771:22
    **awake** [1] - 1810:17
    **Award** [4] - 1733:13,
1733:14, 1733:23,
1734:5
    **award** [2] - 1733:16,
1733:19
    **awards** [1] - 1733:12
    **aware** [35] - 1672:2,
1670:14, 1674:21,
1679:9, 1683:13,
1683:17, 1683:18,
1686:25, 1695:11,
1695:13, 1695:15,
1699:12, 1700:13,
1702:7, 1702:8,

1709:7, 1709:25,
1710:5, 1710:6,
1714:6, 1718:5,
1718:6, 1723:18,
1723:20, 1730:15,
1730:16, 1740:18,
1740:20, 1746:23,
1752:3, 1768:20,
1771:12, 1772:13,
1804:21
    **Awareness** [1] -
1700:7
    **away** [6] - 1708:17,
1732:17, 1788:8,
1791:23, 1808:4,
1813:1
    **awesome** [1] -
1808:3
    **awhile** [2] - 1769:22,
1812:14

# B

**B** [7] - 1659:17,
1745:19, 1745:22,
1745:23, 1746:1,
1746:11, 1750:15
    **back** [45] - 1665:20,
1666:7, 1687:12,
1687:25, 1690:20,
1703:18, 1705:1,
1712:5, 1723:21,
1724:1, 1724:3,
1724:5, 1726:12,
1727:15, 1730:25,
1732:21, 1732:23,
1744:2, 1746:14,
1763:21, 1763:22,
1763:25, 1764:1,
1764:9, 1766:8,
1770:23, 1771:9,
1773:10, 1782:20,
1782:21, 1783:17,
1786:10, 1787:13,
1789:15, 1792:14,
1796:24, 1797:9,
1806:14, 1807:5,
1807:14, 1807:22,
1809:6, 1812:20,
1813:18
    **background** [1] -
1735:16
    **bad** [1] - 1672:2
    **bags** [1] - 1732:16
    **ball** [1] - 1717:3
    **ballast** [1] - 1763:8
    **ballasting** [1] -
1763:8
    **Bankston** [12] -
1698:11, 1698:15,

1698:20, 1698:22,
1706:20, 1708:10,
1709:13, 1719:20,
1788:10, 1788:13,
1811:11, 1813:8
    **Barbier** [2] -
1730:10, 1768:16
    **BARBIER** [1] -
1653:22
    **barrels** [10] -
1761:16, 1761:19,
1761:20, 1761:23,
1763:3, 1763:7,
1763:11, 1764:7,
1764:18, 1765:6
    **barrier** [3] - 1696:13,
1769:15
    **base** [1] - 1782:15
    **based** [19] - 1672:5,
1672:6, 1681:11,
1691:6, 1695:23,
1695:25, 1700:10,
1702:14, 1703:2,
1703:25, 1704:19,
1706:15, 1711:23,
1712:14, 1714:5,
1771:13, 1787:12,
1788:16, 1788:20
    **basic** [6] - 1669:4,
1674:5, 1695:10,
1695:13, 1695:15,
1717:1
    **basically** [8] -
1670:22, 1687:22,
1757:17, 1770:19,
1785:9, 1790:12,
1791:8, 1808:8
    **basics** [1] - 1727:15
    **basics'** [1] - 1727:16
    **basing** [1] - 1689:15
    **basis** [3] - 1707:17,
1714:4, 1739:12
    **basket** [2] - 1732:11,
1732:17
    **BATON** [2] -
1655:15, 1657:12
    **be** [167] - 1662:6,
1662:17, 1663:15,
1663:21, 1666:10,
1666:13, 1667:9,
1668:18, 1669:2,
1670:15, 1670:17,
1670:21, 1671:22,
1672:8, 1673:3,
1673:19, 1677:18,
1678:4, 1678:8,
1679:5, 1681:17,
1682:5, 1686:15,
1686:16, 1687:7,
1687:8, 1687:10,

1687:14, 1689:15,
1690:16, 1692:7,
1694:2, 1696:22,
1696:23, 1699:11,
1705:3, 1706:16,
1706:23, 1708:21,
1708:22, 1710:1,
1710:22, 1712:2,
1712:17, 1713:7,
1715:13, 1716:10,
1716:16, 1717:18,
1722:22, 1723:2,
1723:22, 1724:2,
1724:10, 1725:13,
1726:12, 1727:7,
1729:24, 1730:8,
1730:16, 1731:6,
1732:25, 1733:20,
1735:18, 1737:20,
1737:22, 1739:20,
1741:13, 1743:13,
1743:17, 1744:13,
1744:23, 1745:7,
1745:9, 1745:11,
1745:18, 1746:12,
1748:2, 1748:12,
1748:13, 1749:5,
1749:6, 1749:11,
1749:24, 1749:25,
1750:3, 1751:10,
1751:11, 1751:16,
1752:25, 1755:14,
1756:4, 1756:10,
1756:20, 1757:6,
1757:10, 1758:15,
1758:24, 1763:2,
1764:19, 1765:7,
1773:12, 1774:13,
1774:19, 1775:9,
1775:10, 1776:22,
1778:1, 1778:4,
1778:24, 1779:11,
1779:12, 1779:14,
1779:19, 1780:16,
1781:23, 1781:25,
1782:4, 1782:13,
1782:17, 1782:20,
1782:25, 1783:24,
1784:16, 1785:4,
1785:16, 1785:18,
1785:19, 1785:20,
1786:6, 1786:18,
1786:20, 1786:22,
1787:3, 1787:5,
1789:13, 1789:19,
1790:24, 1791:6,
1791:21, 1791:23,
1793:3, 1793:12,
1793:20, 1795:20,
1796:8, 1797:13,
1798:14, 1802:14,

6

1805:19, 1806:15, 1808:11, 1809:21

**beach** [5] - 1703:5, 1703:10, 1703:13, 1727:19, 1727:20

**BEACH** [1] - 1654:19

**bear** [1] - 1713:20

**because** [47] - 1666:17, 1673:18, 1676:22, 1679:21, 1684:2, 1684:11, 1686:20, 1688:24, 1695:12, 1696:16, 1703:22, 1705:23, 1707:9, 1711:13, 1711:14, 1711:18, 1716:6, 1721:4, 1721:7, 1728:4, 1737:13, 1739:6, 1742:16, 1744:24, 1745:23, 1746:1, 1749:9, 1754:20, 1755:14, 1763:4, 1763:6, 1764:7, 1765:6, 1765:10, 1767:2, 1768:8, 1775:18, 1776:3, 1780:21, 1781:1, 1798:19, 1801:14, 1801:17, 1802:22, 1809:9, 1810:5, 1810:10

**BECK** [2] - 1659:15, 1659:15

**become** [3] - 1734:19, 1739:22, 1755:8

**becoming** [2] - 1784:10, 1784:11

**bed** [3] - 1793:16, 1793:23, 1808:18

**bedroom** [1] - 1705:13

**been** [87] - 1669:15, 1669:17, 1669:25, 1670:3, 1670:11, 1671:5, 1671:7, 1671:9, 1671:10, 1676:4, 1676:5, 1676:15, 1677:2, 1677:6, 1677:10, 1679:7, 1681:11, 1681:18, 1681:20, 1683:1, 1684:6, 1686:19, 1688:4, 1688:13, 1688:14, 1691:7, 1692:24, 1693:1, 1693:2, 1693:18, 1695:1, 1696:1, 1701:22,

1702:17, 1708:16, 1708:20, 1710:3, 1713:11, 1713:14, 1713:15, 1713:18, 1713:21, 1714:12, 1715:2, 1716:3, 1716:15, 1720:9, 1722:10, 1727:20, 1728:13, 1729:2, 1730:1, 1730:10, 1732:5, 1736:22, 1736:24, 1736:25, 1737:19, 1738:11, 1738:24, 1740:2, 1740:12, 1740:18, 1740:24, 1741:7, 1756:2, 1757:2, 1765:22, 1769:22, 1772:4, 1772:8, 1775:3, 1775:20, 1783:20, 1784:19, 1784:24, 1788:17, 1788:18, 1789:3, 1791:2, 1792:1, 1793:21, 1796:5, 1796:15, 1797:5, 1803:15

**before** [51] - 1665:3, 1665:21, 1672:20, 1674:18, 1676:9, 1676:14, 1677:3, 1678:8, 1679:22, 1680:7, 1680:16, 1680:25, 1685:20, 1702:4, 1705:25, 1707:7, 1707:8, 1712:6, 1716:4, 1718:6, 1722:8, 1723:24, 1729:3, 1729:21, 1730:15, 1730:18, 1732:5, 1732:6, 1732:21, 1741:5, 1742:8, 1743:8, 1755:19, 1757:17, 1757:21, 1776:5, 1780:24, 1781:19, 1783:3, 1783:4, 1784:18, 1788:19, 1789:11, 1797:7, 1797:10, 1797:11, 1800:24, 1808:20, 1812:12, 1813:5

**BEFORE** [1] - 1653:22

**begin** [1] - 1672:20

**beginning** [1] - 1792:8

**behalf** [3] - 1662:10, 1662:18, 1735:3

**behavior** [1] - 1775:24

**behind** [6] - 1723:19, 1748:23, 1757:24, 1780:24, 1782:13, 1807:6

**being** [27] - 1666:8, 1670:14, 1679:9, 1684:11, 1686:9, 1696:13, 1696:16, 1699:21, 1702:20, 1702:23, 1707:21, 1715:15, 1715:23, 1720:17, 1721:9, 1724:9, 1727:1, 1746:16, 1756:23, 1761:4, 1772:15, 1776:25, 1787:21, 1798:7, 1806:8

**believe** [36] - 1666:1, 1666:5, 1671:20, 1676:6, 1679:10, 1683:5, 1685:12, 1689:20, 1694:7, 1699:17, 1700:12, 1702:10, 1721:13, 1723:7, 1725:21, 1732:20, 1733:2, 1736:13, 1744:21, 1758:18, 1762:17, 1768:16, 1775:2, 1776:12, 1781:6, 1782:5, 1782:7, 1788:15, 1794:12, 1797:11, 1797:24, 1798:13, 1806:3, 1808:22, 1810:21

**below** [3] - 1785:5, 1786:19, 1791:20

**BEN** [1] - 1656:23

**Ben** [2] - 1662:14, 1662:21

**Bertone** [4] - 1794:12, 1794:13, 1794:18, 1811:19

**best** [11] - 1699:20, 1713:21, 1731:6, 1733:18, 1734:19, 1739:6, 1739:7, 1751:14, 1768:24, 1772:3, 1814:8

**better** [5] - 1743:13, 1743:17, 1749:8, 1766:24, 1792:13

**between** [26] - 1668:1, 1677:12, 1678:22, 1680:11, 1690:11, 1692:18, 1702:20, 1703:5, 1703:21, 1704:23,

1705:2, 1712:10, 1712:22, 1713:24, 1714:11, 1745:22, 1745:23, 1746:25, 1747:7, 1774:10, 1786:1, 1787:20, 1788:21, 1789:4, 1791:12, 1805:2

**beyond** [9] - 1677:7, 1688:18, 1689:3, 1709:24, 1733:17, 1740:5, 1751:11, 1796:10, 1798:9

**big** [5] - 1706:22, 1721:22, 1738:1, 1757:24, 1766:17

**bigger** [1] - 1742:24

**bill** [1] - 1767:6

**biological** [1] - 1725:7

**bit** [19] - 1675:2, 1693:14, 1700:1, 1711:19, 1712:5, 1718:5, 1730:20, 1742:1, 1745:16, 1748:22, 1752:13, 1760:20, 1763:20, 1796:6, 1798:8, 1802:7, 1806:7

**black** [1] - 1785:20

**bladder** [3] - 1803:2, 1803:6, 1803:8

**blanket** [1] - 1721:19

**bled** [3] - 1675:6, 1682:16, 1805:15

**blew** [2] - 1705:20, 1809:1

**blind** [5] - 1789:20, 1790:24, 1791:9, 1791:20

**block** [1] - 1813:2

**blow** [2] - 1696:2, 1788:6

**blowing** [2] - 1788:5, 1808:9

**blowout** [20] - 1682:19, 1692:21, 1695:17, 1707:11, 1708:21, 1746:17, 1746:19, 1749:1, 1749:4, 1757:5, 1779:1, 1779:17, 1783:4, 1784:24, 1785:25, 1786:7, 1786:8, 1790:8, 1790:10, 1791:14

**Blowout** [1] - 1779:4

**blue** [5] - 1746:7, 1746:22, 1770:9, 1792:25, 1793:2

**Bly** [4] - 1663:2, 1664:12, 1664:24, 1665:1

**Bly's** [3] - 1664:8, 1665:9, 1665:14

**board** [3] - 1699:18, 1699:21, 1771:25

**boat** [8] - 1677:7, 1693:3, 1710:1, 1732:5, 1732:7, 1766:24, 1766:25, 1767:1

**Bob** [4] - 1671:20, 1676:15, 1800:10, 1803:19

**BOCKIUS** [1] - 1660:6

**body** [2] - 1810:2

**bond** [10] - 1669:24, 1670:2, 1670:5, 1719:15, 1796:12, 1796:20, 1797:3, 1797:8, 1797:17, 1804:6

**bones** [1] - 1810:23

**book** [1] - 1753:7

**boots** [2] - 1705:14, 1808:20

**BOP** [30] - 1674:25, 1696:10, 1696:12, 1696:19, 1696:21, 1696:23, 1697:2, 1697:9, 1715:17, 1715:19, 1716:15, 1716:19, 1748:24, 1755:18, 1756:22, 1757:16, 1757:23, 1768:22, 1780:23, 1784:21, 1785:5, 1785:23, 1786:3, 1786:23, 1789:13, 1790:14, 1791:10, 1791:23

**BOPs** [1] - 1781:25

**borderline** [1] - 1709:19

**bore** [3] - 1716:17, 1717:20, 1757:10

**born** [2] - 1731:23, 1740:9

**boss** [1] - 1684:5

**both** [20] - 1671:19, 1676:9, 1676:10, 1679:23, 1706:7, 1739:9, 1755:9, 1758:21, 1759:6, 1759:10, 1778:18, 1795:18, 1800:24, 1801:2, 1801:3, 1803:17, 1803:18,

7

1804:3, 1810:8

**bottom** [8] - 1672:17, 1720:22, 1721:10, 1722:21, 1723:10, 1754:6, 1758:3, 1761:17

**BOULEVARD** [1] - 1655:18

**BOUNDS** [1] - 1654:10

**box** [1] - 1740:10

**BOX** [4] - 1654:4, 1656:12, 1656:18, 1657:12

**boys** [1] - 1703:21

**BP** [84] - 1653:15, 1657:19, 1657:20, 1657:20, 1662:18, 1667:3, 1668:1, 1668:7, 1668:11, 1668:21, 1670:3, 1674:7, 1679:5, 1679:17, 1681:7, 1681:20, 1711:19, 1711:24, 1711:25, 1712:9, 1714:11, 1715:8, 1718:11, 1718:24, 1719:16, 1719:18, 1723:5, 1734:4, 1734:14, 1734:17, 1734:20, 1735:3, 1735:4, 1735:6, 1760:13, 1762:12, 1762:22, 1764:12, 1764:15, 1764:21, 1764:24, 1765:2, 1765:16, 1765:22, 1768:17, 1768:19, 1769:2, 1769:7, 1770:24, 1771:7, 1771:9, 1772:23, 1776:8, 1776:9, 1776:13, 1776:16, 1776:19, 1776:22, 1777:6, 1780:2, 1787:14, 1787:19, 1795:14, 1796:2, 1796:15, 1796:17, 1797:2, 1797:14, 1797:17, 1797:21, 1797:25, 1798:9, 1798:18, 1799:5, 1799:19, 1800:10, 1801:4, 1803:16, 1803:24, 1804:1, 1804:22, 1805:2, 1807:2, 1807:4

**BP's** [9] - 1675:16, 1677:16, 1679:18,

1718:3, 1719:1, 1734:8, 1782:12, 1800:21, 1802:2

**BRAD** [1] - 1658:22

**Brad** [1] - 1662:25

**brain** [2] - 1708:18, 1809:9

**brains** [1] - 1813:6

**BRANCH** [3] - 1656:4, 1656:15, 1656:21

**brand** [1] - 1808:2

**brand-new** [1] - 1808:2

**Brandon** [1] - 1736:25

**break** [3] - 1724:8, 1724:17, 1725:7

**breakdown** [1] - 1760:18

**breakfast** [3] - 1793:13, 1793:14, 1794:4

**BREIT** [2] - 1654:18, 1654:18

**BRENNAN** [1] - 1658:17

**Brett** [1] - 1735:7

**BRIAN** [4] - 1658:22, 1662:25, 1663:21, 1666:4

**Brian** [2] - 1662:25, 1666:2

**bridge** [12] - 1706:12, 1706:13, 1748:2, 1748:14, 1769:17, 1788:21, 1789:5, 1790:13, 1790:16, 1790:17, 1790:19

**brief** [3] - 1694:3, 1710:22, 1796:9

**briefed** [1] - 1695:1

**briefly** [6] - 1687:14, 1687:16, 1695:6, 1723:3, 1777:18, 1794:17

**bring** [2] - 1769:3, 1794:8

**BROCK** [14] - 1658:3, 1663:14, 1683:7, 1690:1, 1691:25, 1712:20, 1714:4, 1714:8, 1714:15, 1715:20, 1764:20, 1771:1, 1787:16, 1788:24

**broke** [1] - 1770:16

**broken** [1] - 1810:23

**Buddy** [5] - 1706:5,

1711:1, 1711:11, 1810:17, 1810:21

**BUILDING** [2] - 1654:15, 1655:4

**building** [1] - 1741:19

**bullet** [1] - 1720:22

**Burgess** [1] - 1736:25

**BURLING** [1] - 1658:3

**burn** [1] - 1708:17

**business** [1] - 1761:7

**Business** [1] - 1666:14

**but** [142] - 1664:9, 1669:15, 1670:17, 1671:16, 1673:3, 1675:16, 1676:2, 1676:14, 1677:20, 1678:1, 1678:13, 1679:1, 1681:22, 1681:24, 1685:17, 1687:14, 1687:16, 1687:22, 1691:8, 1691:13, 1691:20, 1692:8, 1693:11, 1693:20, 1693:25, 1694:7, 1694:15, 1694:17, 1695:2, 1695:9, 1695:10, 1696:16, 1697:4, 1698:23, 1699:25, 1700:19, 1703:4, 1703:15, 1703:22, 1705:5, 1705:7, 1705:15, 1706:3, 1706:19, 1708:16, 1709:17, 1710:18, 1712:8, 1713:15, 1715:15, 1716:2, 1716:18, 1717:4, 1718:6, 1720:24, 1721:6, 1722:15, 1726:16, 1728:23, 1729:10, 1729:15, 1730:7, 1730:11, 1731:10, 1731:23, 1732:21, 1733:11, 1733:25, 1736:13, 1737:12, 1737:24, 1740:24, 1741:17, 1742:3, 1743:12, 1745:14, 1745:25, 1746:4, 1746:24, 1747:16, 1747:17, 1749:6, 1749:8, 1752:16, 1753:17, 1755:22, 1755:23,

1756:8, 1756:13, 1757:2, 1758:15, 1758:20, 1759:16, 1763:6, 1764:16, 1765:15, 1766:22, 1767:16, 1769:22, 1770:7, 1770:15, 1771:16, 1773:24, 1775:9, 1777:8, 1779:24, 1780:23, 1787:4, 1788:2, 1788:16, 1788:25, 1791:2, 1791:7, 1791:8, 1791:23, 1795:25, 1796:6, 1796:10, 1796:13, 1796:17, 1800:8, 1801:2, 1801:3, 1803:17, 1804:3, 1807:22, 1808:14, 1808:21, 1808:23, 1809:9, 1809:10, 1810:17, 1810:23, 1810:24, 1811:5, 1811:9, 1811:17, 1811:20, 1812:10, 1812:16, 1812:25

**button** [11] - 1716:23, 1717:7, 1717:9, 1717:10, 1717:12, 1717:13, 1717:21, 1717:23, 1717:24

**buttons** [4] - 1717:8, 1717:21, 1749:12, 1749:13

**buy** [1] - 1702:1

**buy-in** [1] - 1702:1

**by** [49] - 1661:5, 1661:6, 1661:7, 1661:8, 1664:18, 1665:7, 1665:11, 1665:22, 1666:25, 1667:11, 1673:15, 1675:4, 1688:4, 1688:21, 1689:3, 1689:7, 1689:20, 1696:10, 1699:10, 1700:14, 1701:5, 1712:17, 1715:19, 1719:24, 1720:1, 1720:10, 1720:17, 1720:18, 1721:5, 1723:5, 1726:16, 1729:10, 1740:15, 1742:9, 1746:6, 1751:6, 1752:18, 1753:1, 1753:7, 1760:13, 1766:21, 1779:19, 1780:2,

1781:23, 1782:11, 1787:14, 1807:10, 1807:16, 1810:18

**BY** [82] - 1653:5, 1654:3, 1654:7, 1654:11, 1654:14, 1654:18, 1654:22, 1655:3, 1655:7, 1655:11, 1655:14, 1655:18, 1655:21, 1656:4, 1656:9, 1656:15, 1656:22, 1657:4, 1657:10, 1657:15, 1657:21, 1658:3, 1658:7, 1658:14, 1658:18, 1658:22, 1659:3, 1659:7, 1659:12, 1659:15, 1659:22, 1660:3, 1660:7, 1660:16, 1660:17, 1667:20, 1683:9, 1684:21, 1686:8, 1689:18, 1690:4, 1690:19, 1692:5, 1695:19, 1695:22, 1696:9, 1701:4, 1703:19, 1704:15, 1709:6, 1709:22, 1710:14, 1713:9, 1714:9, 1715:3, 1716:13, 1719:12, 1720:5, 1723:17, 1724:7, 1725:16, 1725:24, 1726:5, 1727:12, 1727:24, 1734:13, 1736:6, 1737:9, 1738:14, 1739:15, 1743:7, 1743:25, 1756:14, 1765:4, 1768:12, 1771:5, 1773:4, 1773:23, 1777:17, 1781:11, 1787:18, 1789:9

## C

**C** [4] - 1655:3, 1658:3, 1660:3, 1660:8

**CA** [2] - 1656:6, 1658:24

**cabin** [2] - 1741:21, 1793:9

**cage** [1] - 1743:2

**calculation** [1] - 1731:18

**calculations** [2] - 1742:17, 1750:1

**CALDWELL** [1] - 1657:10
**call** [19] - 1663:5, 1680:22, 1682:12, 1685:21, 1705:4, 1705:7, 1723:4, 1725:22, 1748:7, 1748:11, 1748:12, 1752:16, 1774:15, 1787:2, 1797:6, 1798:7, 1802:25, 1805:1, 1806:6
**called** [14] - 1666:14, 1682:13, 1690:24, 1701:13, 1705:13, 1718:11, 1731:14, 1733:25, 1742:9, 1759:13, 1780:18, 1801:7, 1805:13, 1807:1
**callout** [1] - 1663:22
**callouts** [1] - 1663:16
**calls** [3] - 1684:16, 1689:11, 1708:25
**came** [13] - 1671:15, 1675:24, 1676:15, 1678:6, 1695:3, 1710:3, 1711:1, 1732:6, 1801:21, 1810:8, 1810:12, 1811:14, 1812:24
**CAMERON** [1] - 1659:11
**CAMP** [1] - 1657:16
**can** [110] - 1663:22, 1664:17, 1666:2, 1669:8, 1669:18, 1669:22, 1671:4, 1673:2, 1674:4, 1682:5, 1686:20, 1688:4, 1688:5, 1689:7, 1689:13, 1690:2, 1690:5, 1692:8, 1693:11, 1693:14, 1695:6, 1695:16, 1703:6, 1704:17, 1708:15, 1708:17, 1709:20, 1713:8, 1714:22, 1716:1, 1716:5, 1716:11, 1717:3, 1717:16, 1717:25, 1719:8, 1721:19, 1722:7, 1723:15, 1725:22, 1726:2, 1733:1, 1733:2, 1733:4, 1733:16, 1734:11, 1736:17, 1737:8, 1739:13,

1742:25, 1743:10, 1743:12, 1743:14, 1743:15, 1743:17, 1744:16, 1750:7, 1750:9, 1750:14, 1750:23, 1753:3, 1753:9, 1755:14, 1756:19, 1758:8, 1758:19, 1761:10, 1763:9, 1764:7, 1765:6, 1766:10, 1766:11, 1766:15, 1769:16, 1773:24, 1774:7, 1776:11, 1777:18, 1780:16, 1781:9, 1785:18, 1786:4, 1786:6, 1786:14, 1786:16, 1786:22, 1787:10, 1787:23, 1787:24, 1789:13, 1789:20, 1790:2, 1790:5, 1790:19, 1791:15, 1791:17, 1794:21, 1796:4, 1802:15, 1806:7, 1806:15, 1807:3, 1807:6, 1812:2, 1812:24
**can't** [21] - 1664:1, 1673:25, 1676:22, 1679:25, 1680:5, 1681:22, 1683:3, 1688:18, 1689:6, 1693:25, 1694:8, 1703:13, 1767:16, 1794:23, 1795:8, 1796:5, 1796:10, 1801:16, 1811:2, 1812:11, 1812:16
**canceled** [2] - 1797:2, 1797:13
**cannot** [1] - 1786:18
**cap** [1] - 1754:11
**capability** [1] - 1747:17
**capable** [2] - 1704:1, 1802:13
**capacity** [3] - 1730:7, 1747:23, 1757:6
**Capetown** [1] - 1766:22
**captain** [11] - 1788:18, 1790:19, 1794:7, 1794:25, 1811:16, 1811:17, 1811:23, 1812:2, 1812:4, 1812:7, 1812:9
**captains** [1] - 1702:15

**cards** [2] - 1775:14, 1775:24
**care** [1] - 1735:20
**career** [5] - 1672:3, 1692:2, 1733:19, 1737:16, 1741:6
**careful** [1] - 1780:25
**caret** [1] - 1723:10
**Carl** [1] - 1690:20
**CARL** [1] - 1653:22
**CARONDELET** [2] - 1654:22, 1659:12
**CARRIE** [1] - 1658:7
**carrying** [1] - 1728:24
**CASE** [2] - 1653:12, 1653:14
**case** [7] - 1663:4, 1707:22, 1709:18, 1730:17, 1748:8, 1759:1, 1760:12
**cased** [1] - 1769:21
**cases** [1] - 1769:20
**casing** [2] - 1744:12, 1780:3
**catastrophic** [1] - 1781:2
**catch** [3] - 1761:21, 1778:6, 1788:7
**catching** [1] - 1765:23
**categories** [1] - 1666:8
**category** [3] - 1665:24, 1733:20, 1736:11
**caught** [4] - 1733:24, 1761:22, 1763:2, 1780:24
**cause** [2] - 1763:9
**caused** [1] - 1704:10
**causing** [2] - 1669:6, 1764:9
**caved** [1] - 1810:10
**CBL** [1] - 1796:10
**CCR** [3] - 1660:12, 1814:5, 1814:13
**ceiling** [1] - 1809:12
**cement** [34] - 1668:12, 1668:17, 1668:24, 1669:2, 1669:7, 1669:10, 1669:12, 1669:13, 1669:24, 1670:2, 1670:5, 1718:23, 1719:14, 1769:19, 1769:20, 1771:11, 1780:3, 1782:8, 1782:18, 1783:18, 1783:21, 1783:24,

1784:2, 1795:9, 1796:7, 1796:8, 1796:12, 1797:2, 1797:5, 1797:8, 1797:17, 1804:6, 1804:7
**cemented** [1] - 1769:21
**cementing** [4] - 1719:14, 1782:25, 1783:19, 1784:5
**CENTER** [1] - 1659:17
**center** [3] - 1748:4, 1748:7, 1750:9
**centralizers** [2] - 1669:21, 1771:11
**CENTRE** [1] - 1658:14
**CERNICH** [1] - 1656:10
**certain** [5] - 1665:8, 1665:18, 1665:22, 1728:24, 1732:8
**certainly** [3] - 1704:21, 1713:18, 1806:23
**CERTIFICATE** [1] - 1814:3
**certificate** [1] - 1739:24
**certification** [1] - 1752:24
**certifications** [1] - 1772:15
**certified** [2] - 1752:25, 1753:1
**CERTIFIED** [1] - 1660:12
**certify** [1] - 1814:7
**cetera** [2] - 1668:19, 1703:4
**chair** [28] - 1744:5, 1744:6, 1744:7, 1744:9, 1744:15, 1744:19, 1745:19, 1745:24, 1746:1, 1746:3, 1746:7, 1746:10, 1746:11, 1746:12, 1746:13, 1746:16, 1746:22, 1748:25, 1749:2, 1749:3, 1749:23, 1757:24, 1786:20, 1786:22
**chair's** [1] - 1757:25
**chairs** [5] - 1745:22, 1745:25, 1747:7, 1750:15
**CHAKERES** [1] -

1656:11
**challenges** [2] - 1771:16, 1771:18
**challenging** [2] - 1691:8, 1691:11
**CHANG** [1] - 1656:10
**change** [24] - 1674:4, 1675:23, 1701:7, 1701:11, 1701:18, 1701:24, 1701:25, 1702:9, 1702:11, 1720:10, 1720:12, 1726:11, 1726:16, 1726:22, 1727:7, 1746:4, 1746:5, 1746:11, 1774:2, 1800:1, 1800:21, 1801:13, 1801:17, 1801:25
**changed** [3] - 1676:15, 1720:13, 1778:23
**Changes** [1] - 1726:3
**changes** [14] - 1676:2, 1676:3, 1676:5, 1676:6, 1687:6, 1687:7, 1701:18, 1703:8, 1720:24, 1725:23, 1750:19, 1780:21
**changing** [3] - 1680:21, 1741:22, 1801:15
**changing-over** [1] - 1680:21
**charge** [2] - 1677:24, 1730:9
**chart** [3] - 1730:11, 1769:23, 1801:4
**CHASE** [1] - 1659:4
**check** [17] - 1685:2, 1704:21, 1751:15, 1751:18, 1751:20, 1751:21, 1751:23, 1752:5, 1752:11, 1758:4, 1758:6, 1758:7, 1758:9, 1758:10, 1784:20, 1793:10, 1793:11
**checked** [1] - 1761:17
**checking** [2] - 1669:24, 1779:14
**checks** [1] - 1751:22
**chemicals** [1] - 1760:21
**CHICAGO** [1] - 1658:9
**chief** [4] - 1702:15, 1747:5, 1810:7,

choke [1] - 1757:20
choose [2] -
1716:17, 1716:18
chronological [1] -
1754:4
circle [1] - 1764:1
circulate [1] - 1780:6
circulated [1] -
1664:7
circulating [1] -
1753:10
circulation [1] -
1781:24
circumstances [3] -
1694:5, 1694:21,
1694:25
CIVIL [3] - 1653:8,
1656:4, 1656:15
Clark [2] - 1722:13,
1737:1
Clark's [1] - 1713:13
class [3] - 1726:19,
1753:6, 1754:18
classes [1] - 1739:25
classic [1] - 1812:3
cleaning [1] - 1764:3
clear [4] - 1664:3,
1688:14, 1688:16,
1811:16
CLERK [3] - 1662:8,
1663:25, 1725:10
CLINGMAN [60] -
1658:18, 1684:16,
1686:4, 1689:11,
1690:17, 1695:18,
1696:3, 1696:6,
1700:16, 1704:13,
1708:24, 1709:3,
1723:11, 1724:21,
1725:3, 1725:5,
1725:16, 1725:21,
1725:24, 1726:2,
1726:5, 1727:11,
1727:12, 1727:21,
1727:24, 1734:11,
1734:13, 1736:5,
1736:6, 1737:8,
1737:9, 1738:12,
1738:14, 1739:13,
1739:15, 1743:4,
1743:7, 1743:17,
1743:25, 1756:1,
1756:8, 1756:12,
1756:14, 1764:24,
1765:4, 1768:10,
1768:12, 1771:5,
1773:3, 1773:4,
1773:21, 1773:23,
1777:15, 1777:17,

1781:9, 1781:11,
1787:18, 1789:2,
1789:9, 1813:15
Clingman [3] -
1661:8, 1686:4,
1725:14
clock [2] - 1775:23,
1779:5
close [10] - 1717:2,
1717:6, 1717:14,
1717:16, 1729:13,
1744:3, 1759:2,
1779:6, 1789:21,
1807:4
closed [3] - 1749:14,
1749:18, 1781:25
closely [1] - 1673:3
closer [1] - 1721:24
closing [3] - 1791:8,
1791:9, 1808:13
cloud [1] - 1809:22
CMS [1] - 1740:9
Coast [1] - 1667:2
Cocales [1] - 1735:7
cold [1] - 1727:6
college [1] - 1731:8
combination [1] -
1760:17
come [12] - 1695:2,
1699:11, 1732:7,
1732:10, 1782:10,
1793:9, 1805:6,
1807:5, 1807:10,
1807:16, 1811:1,
1813:18
comes [9] - 1681:25,
1687:10, 1763:21,
1777:8, 1782:20,
1782:21, 1795:13,
1806:6
comfortable [5] -
1684:12, 1684:15,
1705:3, 1726:13,
1730:8
coming [15] -
1671:10, 1689:24,
1710:17, 1710:19,
1719:19, 1719:22,
1732:20, 1763:5,
1798:9, 1799:8,
1799:24, 1803:12,
1804:23, 1809:20,
1813:13
commences [1] -
1715:6
comment [5] -
1688:19, 1724:16,
1764:14, 1765:1,
1765:5
commentary [1] -

1762:21
comments [5] -
1698:13, 1724:11,
1724:13, 1740:1,
1765:21
COMMERCIAL [1] -
1656:21
committee [1] -
1734:2
common [4] -
1673:9, 1700:3,
1741:18, 1802:18
communicate [3] -
1748:1, 1748:18,
1789:10
communication [7] -
1697:16, 1748:4,
1748:16, 1788:21,
1789:1, 1789:4,
1789:8
communications [1]
- 1668:1
communicator [1] -
1740:9
companies [2] -
1719:13, 1795:19
COMPANY [1] -
1657:20
company [9] -
1670:7, 1719:2,
1719:3, 1730:2,
1733:16, 1770:16,
1771:20, 1782:10,
1796:16
companywide [1] -
1763:2
compare [2] -
1744:1, 1770:17
compared [2] -
1679:24, 1770:20
competed [1] -
1767:21
Competence [1] -
1700:7
competencies [1] -
1756:24
competency [8] -
1756:16, 1757:2,
1757:7, 1757:14,
1758:5, 1758:14,
1758:24, 1759:11
competent [9] -
1708:5, 1730:1,
1730:8, 1739:4,
1739:6, 1752:7,
1755:16, 1758:7,
1758:11
complaining [1] -
1726:24
COMPLAINT [1] -

1653:12
complaints [1] -
1720:17
complete [3] -
1738:17, 1755:12,
1756:24
completed [4] -
1677:8, 1735:1,
1782:6, 1782:7
compliance [3] -
1667:8, 1802:10,
1806:10
complicated [1] -
1706:13
compliment [1] -
1702:17
component [1] -
1789:13
components [4] -
1717:1, 1757:4,
1808:13, 1809:12
compression [1] -
1803:3
COMPUTER [1] -
1660:17
computer [2] -
1746:14, 1761:6
concepts [4] -
1695:10, 1695:13,
1695:16, 1752:13
concern [7] -
1668:13, 1669:6,
1684:24, 1685:3,
1765:17, 1784:25,
1802:20
concerned [4] -
1668:11, 1686:18,
1686:24, 1802:24
concerning [1] -
1665:18
concerns [8] -
1700:9, 1728:9,
1728:14, 1746:21,
1776:20, 1794:19,
1795:3, 1795:5
conclude [1] -
1690:11
conclusion [1] -
1678:22
concurrently [1] -
1726:18
condition [3] -
1684:2, 1685:5,
1806:22
conduct [4] -
1673:11, 1673:21,
1765:18, 1799:23
conducted [8] -
1676:22, 1698:24,
1777:3, 1777:11,

1792:5, 1792:11,
1793:1, 1806:9
conducting [3] -
1675:11, 1758:7,
1784:1
cone [1] - 1732:10
conference [2] -
1795:16, 1798:7
conferring [1] -
1788:19
confidence [4] -
1729:19, 1729:21,
1729:24, 1730:5
confident [1] -
1674:18
confidential [2] -
1756:5, 1756:13
confidentiality [1] -
1756:2
configured [1] -
1757:9
confirm [4] -
1751:14, 1754:8,
1757:23, 1765:15
confirmed [2] -
1792:14, 1793:4
connect [1] - 1719:8
connected [1] -
1751:5
connection [2] -
1662:11, 1665:14
CONRAD [1] -
1655:7
consciousness [1] -
1810:18
consequence [1] -
1673:18
consequences [1] -
1688:22
considered [2] -
1696:10, 1728:13
consistant [1] -
1739:12
consistency [1] -
1762:2
consistent [3] -
1674:3, 1700:3,
1728:20
consistently [2] -
1734:24, 1762:6
console [2] - 1748:4,
1748:5
constantly [3] -
1737:17, 1740:8,
1741:20
consulted [1] -
1701:22
contact [1] - 1809:2
context [1] - 1663:23
continually [1] -

1764:2
  **continue** [3] -
1665:3, 1755:22,
1782:25
  **Continued** [1] -
1661:5
  **CONTINUED** [6] -
1655:1, 1656:1,
1657:1, 1658:1,
1659:1, 1660:1
  **continuous** [1] -
1781:23
  **contract** [3] -
1718:24, 1718:25,
1768:22
  **contribution** [1] -
1735:2
  **control** [44] -
1665:24, 1688:2,
1689:5, 1689:7,
1689:22, 1690:7,
1694:6, 1694:19,
1694:25, 1695:10,
1696:22, 1697:12,
1713:20, 1715:19,
1744:13, 1748:2,
1752:20, 1752:22,
1752:24, 1753:1,
1753:4, 1753:7,
1753:16, 1754:12,
1754:16, 1754:24,
1757:16, 1757:23,
1758:2, 1758:4,
1758:21, 1759:10,
1763:24, 1776:25,
1777:7, 1777:19,
1778:2, 1778:9,
1778:16, 1778:20,
1792:1, 1792:19,
1792:21
  **controls** [3] -
1706:17, 1742:16,
1757:12
  **convenient** [1] -
1664:25
  **convening** [1] -
1701:13
  **conversation** [5] -
1697:5, 1697:6,
1697:11, 1713:2,
1721:6
  **conversations** [3] -
1688:25, 1700:11,
1705:2
  **convert** [2] -
1706:18, 1787:13
  **conveyed** [2] -
1771:9, 1785:19
  **cooperated** [1] -
1710:18

  **coordinate** [1] -
1719:16
  **coordinates** [1] -
1719:16
  **coordinating** [1] -
1719:13
  **coordinator** [3] -
1772:10, 1772:11,
1773:6
  **copy** [1] - 1662:14
  **core** [2] - 1733:17,
1752:14
  **COREY** [1] - 1657:4
  **CORPORATE** [1] -
1655:8
  **Corporate** [1] -
1703:20
  **corporate** [1] -
1730:11
  **CORPORATION** [1] -
1659:11
  **correct** [73] -
1665:20, 1668:23,
1670:22, 1670:25,
1671:24, 1672:8,
1672:9, 1672:17,
1672:19, 1672:21,
1672:22, 1673:14,
1673:17, 1673:19,
1676:12, 1676:17,
1677:13, 1677:25,
1678:2, 1682:20,
1683:4, 1685:9,
1691:16, 1692:20,
1692:21, 1693:10,
1694:17, 1696:25,
1699:22, 1700:24,
1701:2, 1704:12,
1704:16, 1704:19,
1707:19, 1707:23,
1708:4, 1711:2,
1711:4, 1714:21,
1716:19, 1716:20,
1718:9, 1718:12,
1720:14, 1720:15,
1721:14, 1721:24,
1722:1, 1722:2,
1722:3, 1722:4,
1722:10, 1722:16,
1722:23, 1722:24,
1737:6, 1739:21,
1740:17, 1750:13,
1755:7, 1756:20,
1756:25, 1760:14,
1763:19, 1773:15,
1782:3, 1782:19,
1796:22, 1798:12,
1800:22, 1806:17,
1814:7
  **corrections** [1] -

1773:20
  **correctly** [2] -
1691:17, 1697:20
  **correlated** [1] -
1760:23
  **could** [64] - 1663:25,
1670:17, 1673:4,
1673:12, 1673:19,
1677:5, 1678:6,
1680:9, 1680:10,
1688:16, 1689:23,
1690:13, 1690:15,
1696:1, 1703:17,
1708:3, 1708:15,
1708:21, 1711:20,
1712:2, 1715:9,
1716:6, 1716:16,
1720:21, 1721:10,
1723:13, 1724:5,
1726:19, 1730:8,
1730:14, 1730:16,
1733:5, 1739:8,
1741:13, 1745:25,
1748:12, 1748:13,
1748:18, 1748:19,
1749:11, 1757:8,
1757:10, 1757:21,
1764:17, 1769:6,
1773:19, 1775:9,
1775:10, 1779:12,
1779:13, 1779:14,
1780:16, 1790:23,
1808:20, 1808:21,
1809:16, 1810:18,
1810:22, 1812:20,
1812:22, 1812:25,
1813:2
  **couldn't** [8] -
1704:21, 1706:2,
1745:1, 1749:2,
1810:3, 1810:24,
1812:14
  **counsel** [7] -
1662:13, 1663:1,
1663:6, 1664:8,
1666:25, 1667:11,
1667:21
  **count** [1] - 1692:18
  **counter** [1] - 1760:10
  **couple** [11] - 1665:4,
1738:24, 1748:12,
1748:17, 1749:14,
1757:2, 1758:18,
1781:5, 1791:2,
1805:11, 1811:17
  **course** [33] -
1675:16, 1676:7,
1677:16, 1696:12,
1698:11, 1706:1,
1713:11, 1741:16,

1742:11, 1748:6,
1749:6, 1752:3,
1754:5, 1754:7,
1754:9, 1758:15,
1759:16, 1766:14,
1777:5, 1777:6,
1777:21, 1778:11,
1779:13, 1786:12,
1788:1, 1788:15,
1791:10, 1793:3,
1794:8, 1802:5,
1811:5, 1811:9
  **COURT** [69] - 1653:1,
1660:12, 1662:5,
1662:6, 1662:9,
1662:16, 1662:22,
1663:13, 1663:17,
1663:24, 1664:3,
1664:6, 1664:12,
1664:15, 1664:20,
1665:3, 1666:6,
1667:15, 1667:18,
1684:19, 1686:7,
1689:15, 1690:2,
1690:18, 1695:21,
1696:5, 1696:8,
1700:21, 1700:25,
1701:3, 1704:14,
1709:5, 1709:12,
1709:15, 1709:17,
1710:11, 1712:24,
1713:2, 1713:4,
1714:7, 1714:18,
1714:22, 1714:24,
1716:1, 1716:8,
1719:5, 1719:9,
1719:24, 1720:1,
1723:15, 1724:3,
1724:23, 1724:25,
1725:4, 1725:6,
1725:12, 1725:13,
1743:6, 1743:15,
1743:19, 1743:21,
1743:23, 1756:7,
1756:11, 1765:3,
1771:3, 1787:17,
1789:7, 1813:17
  **court** [4] - 1665:6,
1665:10, 1730:10,
1745:6
  **Court** [12] - 1663:8,
1665:23, 1667:21,
1695:16, 1734:10,
1742:21, 1746:6,
1763:2, 1792:20,
1814:5, 1814:6,
1814:14
  **courtroom** [1] -
1756:13
  **cover** [4] - 1755:15,

1759:11, 1776:11,
1792:7
  **coveralls** [7] -
1701:22, 1720:25,
1721:7, 1726:8,
1726:13, 1726:25,
1808:19
  **covered** [4] -
1705:21, 1751:18,
1755:24, 1810:14
  **covering** [1] -
1736:21
  **covers** [1] - 1792:8
  **COVINGTON** [1] -
1658:3
  **CRAFT** [1] - 1655:3
  **crane** [8] - 1735:25,
1736:15, 1741:7,
1742:17, 1763:9,
1764:8, 1765:13
  **crank** [1] - 1748:8
  **crash** [1] - 1746:22
  **crawl** [1] - 1809:19
  **crawling** [1] - 1810:1
  **cream** [1] - 1805:11
  **created** [1] - 1674:9
  **creating** [1] -
1673:12
  **crew** [107] - 1667:24,
1668:7, 1668:10,
1668:17, 1669:2,
1669:9, 1669:20,
1669:24, 1670:15,
1670:19, 1671:10,
1673:5, 1673:15,
1675:23, 1675:24,
1680:3, 1681:4,
1681:6, 1681:7,
1681:13, 1683:21,
1688:1, 1688:4,
1689:4, 1689:7,
1689:20, 1691:12,
1695:10, 1695:13,
1695:15, 1696:10,
1697:2, 1698:4,
1701:14, 1702:21,
1702:22, 1702:23,
1703:3, 1704:2,
1707:21, 1707:24,
1707:25, 1708:12,
1709:10, 1709:23,
1711:20, 1711:21,
1712:2, 1712:14,
1716:21, 1719:15,
1727:8, 1728:25,
1730:7, 1730:12,
1730:15, 1732:5,
1736:3, 1737:14,
1737:24, 1738:1,
1741:5, 1744:4,

1753:24, 1761:10, 1762:21, 1765:18, 1765:23, 1766:6, 1769:4, 1769:8, 1774:12, 1778:3, 1778:19, 1779:3, 1779:20, 1779:21, 1780:5, 1788:11, 1788:20, 1788:21, 1788:22, 1789:5, 1789:10, 1789:11, 1789:12, 1789:13, 1796:23, 1796:25, 1797:7, 1800:15, 1800:20, 1801:14, 1802:3, 1802:4, 1802:13, 1802:20, 1803:12, 1803:13, 1806:8, 1806:20, 1813:8

**crews** [1] - 1802:23

**crisis** [1] - 1710:4

**critical** [4] - 1684:11, 1784:11, 1788:18, 1789:3

**criticism** [5] - 1762:21, 1765:22, 1766:1, 1766:2, 1766:3

**criticisms** [1] - 1768:19

**cross** [3] - 1662:20, 1720:3, 1737:25

**Cross** [3] - 1661:6, 1661:7, 1661:8

**CROSS** [3] - 1710:13, 1720:4, 1725:15

**cross-examination** [1] - 1662:20

**CROSS-EXAMINATION** [3] - 1710:13, 1720:4, 1725:15

**Cross-Examination** [3] - 1661:6, 1661:7, 1661:8

**cross-training** [1] - 1737:25

**crown** [1] - 1808:9

**CRR** [2] - 1660:12, 1814:13

**culture** [6] - 1698:25, 1734:21, 1740:8, 1771:19, 1771:25, 1772:3

**Cunningham** [1] - 1694:6

**CUNNINGHAM** [2] - 1654:10, 1654:11

**current** [4] - 1675:11, 1753:19, 1754:24, 1793:11

**currently** [1] - 1724:10

**Curtis** [19] - 1697:7, 1697:11, 1707:9, 1713:15, 1713:22, 1722:18, 1729:8, 1729:9, 1730:4, 1737:1, 1742:1, 1742:2, 1745:20, 1754:24, 1781:16, 1783:15, 1793:15, 1808:5

**cut** [4] - 1766:25, 1784:21, 1791:21, 1791:22

**cuts** [1] - 1791:11

**cycling** [1] - 1764:2

# D

**D** [4] - 1657:10, 1658:22, 1661:1, 1690:21

**D5** [4] - 1777:6, 1780:1, 1780:2, 1792:21

**daily** [15] - 1752:20, 1759:20, 1759:25, 1760:5, 1760:11, 1760:13, 1760:15, 1760:25, 1761:21, 1762:6, 1772:21, 1773:5, 1775:20, 1792:3, 1798:4

**DALLAS** [1] - 1659:24

**damaged** [1] - 1811:14

**Damon** [6] - 1698:11, 1708:10, 1788:10, 1788:13, 1811:10, 1813:8

**dangerous** [3] - 1672:24, 1672:25, 1673:4

**dangers** [1] - 1668:22

**DANIEL** [1] - 1656:22

**dark** [1] - 1706:2

**darkness** [1] - 1809:7

**data** [13] - 1674:7, 1685:14, 1687:13, 1687:14, 1744:25, 1745:4, 1745:5, 1745:10, 1745:11,

1747:10, 1782:20, 1782:21, 1782:22

**date** [2] - 1760:6, 1773:8

**dated** [1] - 1667:6

**dates** [1] - 1699:16

**DAUPHIN** [1] - 1654:11

**David** [2] - 1735:6, 1811:18

**DAVID** [2] - 1659:15, 1659:16

**DAY** [1] - 1653:20

**day** [42] - 1664:19, 1671:8, 1703:11, 1703:12, 1713:1, 1715:22, 1722:13, 1722:16, 1722:19, 1722:22, 1723:1, 1732:13, 1732:21, 1733:25, 1735:24, 1737:21, 1753:6, 1753:7, 1753:12, 1760:8, 1760:15, 1761:3, 1761:10, 1761:15, 1770:11, 1772:22, 1775:18, 1788:14, 1793:7, 1794:4, 1794:22, 1794:23, 1795:19, 1797:16, 1798:6, 1801:22, 1802:21, 1804:1, 1808:2

**day-to-day** [1] - 1735:24

**days** [9] - 1693:25, 1712:9, 1726:18, 1726:20, 1741:24, 1783:2, 1783:4, 1792:10, 1794:23

**daze** [1] - 1698:17

**DC** [4] - 1656:12, 1656:18, 1656:24, 1658:4

**deaf** [1] - 1812:14

**deal** [3] - 1665:5, 1665:16, 1707:19

**dealt** [3] - 1683:3, 1683:5, 1703:11

**DEANNA** [1] - 1656:10

**deballasting** [1] - 1763:8

**debris** [3] - 1705:21, 1810:14, 1810:16

**decades** [1] - 1711:24

**December** [1] - 1694:23

**decently** [1] -

1775:15

**decide** [2] - 1731:4, 1787:25

**decided** [1] - 1797:17

**deciding** [1] - 1801:25

**decision** [10] - 1677:18, 1677:25, 1678:1, 1678:4, 1678:5, 1701:24, 1782:24, 1783:1, 1797:4, 1802:2

**Decision** [1] - 1739:9

**Decision-Making** [1] - 1739:9

**decisions** [4] - 1669:20, 1739:10, 1739:12

**deck** [4] - 1666:11, 1732:16, 1741:8, 1742:7

**deckpusher** [1] - 1736:16

**decreasing** [1] - 1669:5

**dedication** [1] - 1780:8

**deemed** [1] - 1796:8

**deep** [5] - 1669:17, 1768:5, 1769:23, 1770:10, 1770:19

**deeper** [1] - 1770:21

**deepest** [2] - 1770:7, 1770:18

**deepwater** [1] - 1694:19

**Deepwater** [57] - 1667:4, 1669:14, 1674:11, 1677:1, 1677:6, 1677:21, 1680:2, 1685:24, 1691:14, 1691:19, 1692:1, 1692:3, 1692:4, 1699:7, 1700:18, 1700:25, 1701:9, 1701:17, 1704:1, 1708:13, 1708:22, 1711:24, 1718:7, 1718:22, 1720:11, 1723:19, 1728:20, 1734:18, 1736:7, 1740:3, 1742:20, 1742:22, 1759:21, 1766:13, 1767:8, 1767:14, 1768:20, 1768:23, 1768:25, 1772:1, 1772:24, 1776:2, 1777:3, 1777:11,

1778:16, 1783:22, 1787:6, 1788:9, 1788:13, 1790:8, 1791:1, 1792:4, 1792:11, 1793:1, 1811:12, 1812:8, 1812:19

**DEEPWATER** [3] - 1653:5, 1658:12, 1658:13

**deer** [1] - 1742:12

**default** [4] - 1787:6, 1787:9, 1787:11, 1787:22

**defense** [1] - 1696:11

**defensive** [1] - 1696:21

**defined** [2] - 1755:14, 1813:12

**definite** [1] - 1751:11

**definitely** [16] - 1684:4, 1684:8, 1689:2, 1711:5, 1721:20, 1728:11, 1735:19, 1752:7, 1759:8, 1761:13, 1765:25, 1774:11, 1775:11, 1796:17, 1806:19

**defunction** [1] - 1780:10

**DEGRAVELLES** [2] - 1655:14, 1655:14

**degree** [3] - 1728:4, 1731:8, 1731:10

**delay** [1] - 1690:12

**DELEMARRE** [1] - 1656:16

**delivered** [1] - 1734:24

**demanding** [2] - 1731:5, 1736:2

**demonstrated** [1] - 1752:4

**demonstrative** [5] - 1694:1, 1694:2, 1777:15, 1785:2, 1791:14

**Demonstrative** [2] - 1736:5, 1768:10

**denied** [3] - 1665:7, 1665:9, 1665:11

**DENISE** [1] - 1660:7

**deny** [1] - 1667:12

**departed** [1] - 1813:7

**DEPARTMENT** [4] - 1656:3, 1656:8, 1656:14, 1656:20

**department** [2] -

1724:10, 1741:8

**Department** [1] - 1667:5

**departments** [1] - 1798:4

**depend** [2] - 1739:8, 1745:14

**depicts** [1] - 1690:22

**deployed** [1] - 1812:4

**deploying** [1] - 1755:17

**deposition** [1] - 1771:7

**depth** [12] - 1674:6, 1690:24, 1734:25, 1769:25, 1770:9, 1770:10, 1770:12, 1770:17, 1770:20, 1770:22

**depths** [2] - 1768:1, 1768:2

**DEPUTY** [3] - 1662:8, 1663:25, 1725:10

**derrick** [7] - 1732:22, 1733:8, 1746:2, 1748:13, 1779:13, 1790:4, 1813:4

**derrickman** [1] - 1732:22

**Describe** [1] - 1757:4

**describe** [4] - 1753:3, 1771:25, 1777:14, 1795:15

**describing** [1] - 1795:24

**description** [2] - 1762:9, 1788:25

**design** [1] - 1718:17

**designate** [1] - 1756:9

**designated** [1] - 1746:1

**designed** [1] - 1783:21

**desired** [1] - 1670:3

**desk** [2] - 1749:25, 1750:2

**despite** [1] - 1670:23

**destroying** [1] - 1790:24

**detail** [3] - 1679:8, 1762:7, 1773:24

**details** [1] - 1796:5

**detect** [2] - 1764:19, 1765:7

**detected** [1] - 1701:7

**detecting** [1] - 1765:20

**detection** [1] - 1763:10

**determine** [5] - 1716:22, 1716:24, 1757:14, 1788:2, 1792:4

**determined** [1] - 1804:16

**determines** [1] - 1768:25

**development** [4] - 1738:16, 1739:14, 1739:16, 1740:5

**deviate** [1] - 1679:15

**deviated** [1] - 1679:18

**deviation** [1] - 1679:19

**Dewey** [59] - 1681:4, 1683:18, 1686:2, 1687:8, 1687:18, 1689:1, 1689:4, 1689:20, 1705:2, 1706:17, 1713:11, 1713:16, 1713:21, 1714:12, 1722:25, 1729:7, 1729:10, 1729:25, 1736:25, 1741:1, 1741:2, 1741:3, 1741:5, 1741:6, 1741:7, 1741:19, 1744:5, 1744:8, 1745:12, 1750:21, 1750:24, 1752:10, 1753:4, 1753:18, 1753:19, 1754:3, 1754:5, 1754:15, 1754:23, 1755:8, 1756:16, 1758:12, 1759:6, 1759:15, 1761:20, 1762:24, 1763:3, 1765:19, 1774:15, 1778:14, 1778:16, 1781:12, 1781:13, 1783:11, 1786:21, 1793:15, 1793:18, 1806:20

**Dewey's** [1] - 1750:14

**DEXTER** [1] - 1657:5

**diagram** [4] - 1690:21, 1690:22, 1691:6, 1692:20

**diameter** [1] - 1779:6

**did** [207] - 1664:18, 1669:1, 1673:21, 1673:24, 1674:1, 1674:2, 1674:24, 1675:1, 1675:2,

1675:17, 1676:21, 1678:9, 1678:11, 1678:25, 1681:1, 1681:2, 1682:14, 1682:15, 1683:11, 1684:15, 1685:12, 1690:13, 1690:15, 1693:21, 1696:2, 1697:4, 1697:13, 1698:1, 1698:5, 1698:7, 1698:18, 1699:2, 1699:3, 1699:6, 1702:4, 1704:8, 1705:17, 1705:18, 1705:19, 1705:25, 1706:12, 1706:18, 1707:1, 1707:4, 1707:17, 1708:7, 1708:11, 1708:12, 1711:8, 1711:9, 1711:11, 1711:25, 1712:24, 1715:25, 1716:21, 1716:23, 1726:18, 1726:23, 1727:3, 1727:5, 1727:7, 1728:15, 1729:7, 1729:17, 1729:21, 1731:3, 1731:4, 1731:5, 1731:12, 1731:13, 1733:6, 1733:8, 1733:9, 1734:6, 1735:25, 1737:3, 1738:5, 1738:8, 1738:17, 1738:18, 1738:19, 1738:21, 1738:23, 1739:3, 1739:5, 1739:11, 1739:19, 1740:21, 1741:2, 1741:5, 1741:18, 1742:13, 1746:10, 1748:19, 1750:21, 1750:22, 1752:10, 1752:12, 1753:25, 1754:8, 1754:10, 1754:15, 1758:21, 1758:23, 1759:19, 1761:21, 1761:24, 1762:8, 1764:11, 1764:15, 1765:17, 1766:1, 1766:19, 1767:10, 1767:11, 1767:13, 1767:21, 1768:6, 1768:8, 1768:16, 1768:19, 1770:14, 1771:22, 1771:24, 1772:6, 1772:19, 1772:20, 1772:21, 1772:22, 1772:23, 1773:16,

1774:20, 1774:22, 1776:3, 1776:5, 1776:7, 1776:8, 1776:20, 1776:21, 1776:22, 1777:5, 1777:6, 1777:7, 1777:9, 1777:19, 1778:6, 1779:21, 1780:24, 1781:5, 1783:7, 1786:24, 1787:19, 1790:25, 1792:2, 1792:6, 1793:7, 1794:4, 1794:18, 1794:22, 1795:9, 1795:19, 1797:2, 1797:14, 1797:17, 1798:22, 1798:24, 1799:18, 1801:18, 1801:19, 1801:25, 1802:20, 1803:2, 1803:10, 1803:21, 1803:22, 1804:9, 1804:22, 1805:1, 1805:4, 1805:6, 1805:8, 1805:9, 1805:13, 1805:21, 1805:22, 1805:24, 1805:25, 1807:5, 1807:7, 1807:8, 1807:9, 1807:15, 1808:7, 1808:15, 1808:17, 1809:4, 1809:15, 1810:3, 1811:23, 1811:24, 1812:12, 1812:19

**didn't** [45] - 1669:5, 1678:4, 1679:1, 1684:11, 1684:13, 1685:5, 1685:7, 1685:10, 1688:23, 1695:2, 1698:8, 1698:14, 1703:10, 1704:11, 1705:7, 1705:8, 1705:9, 1705:23, 1705:24, 1708:7, 1711:7, 1711:9, 1711:11, 1711:22, 1712:24, 1731:10, 1732:11, 1735:20, 1737:12, 1737:17, 1754:21, 1762:25, 1765:21, 1766:2, 1766:4, 1770:8, 1770:15, 1779:23, 1788:19, 1790:17, 1794:24, 1801:11, 1808:24, 1810:23

**die** [2] - 1809:16, 1811:1

**diesel** [1] - 1767:6

**difference** [3] - 1721:22, 1745:22, 1745:23

**different** [32] - 1675:2, 1676:4, 1678:16, 1680:22, 1714:18, 1716:2, 1716:18, 1717:1, 1719:13, 1726:14, 1730:2, 1730:7, 1734:1, 1736:1, 1737:25, 1738:1, 1741:12, 1741:21, 1744:16, 1744:17, 1755:15, 1758:8, 1760:22, 1767:21, 1778:23, 1780:15, 1793:18, 1798:4, 1799:11, 1809:11

**differential** [8] - 1680:3, 1680:11, 1682:24, 1685:7, 1688:22, 1704:8, 1704:22, 1804:15

**differently** [2] - 1703:1, 1716:3

**difficult** [4] - 1691:7, 1691:8, 1771:16, 1771:17

**difficulties** [1] - 1691:12

**DIRECT** [1] - 1667:19

**Direct** [1] - 1661:5

**direction** [5] - 1747:15, 1759:3, 1788:2, 1788:4, 1809:24

**directions** [1] - 1715:8

**directly** [4] - 1668:4, 1668:5, 1741:4, 1748:2

**disagree** [1] - 1703:16

**disagreed** [2] - 1677:21, 1678:7

**disagreement** [1] - 1677:19

**disciplined** [1] - 1742:3

**disciplines** [3] - 1719:14, 1719:16, 1719:17

**disconnect** [21] - 1702:23, 1703:4, 1703:9, 1703:21, 1703:22, 1747:23, 1758:20, 1759:10,

1759:11, 1780:14, 1780:15, 1780:19, 1780:24, 1781:3, 1788:18, 1788:19, 1789:5, 1789:11, 1791:4, 1791:16, 1791:18

**disconnected** [1] - 1791:22

**discovered** [1] - 1804:16

**discovery** [2] - 1666:19, 1735:1

**discuss** [5] - 1693:19, 1773:12, 1774:12, 1774:13, 1776:20

**discussed** [10] - 1663:5, 1665:19, 1677:3, 1677:9, 1695:6, 1698:8, 1783:17, 1783:18, 1784:19, 1792:20

**discussing** [4] - 1666:17, 1694:14, 1694:21, 1783:24

**discussion** [28] - 1667:25, 1668:4, 1668:14, 1669:9, 1669:19, 1669:23, 1670:24, 1671:2, 1671:4, 1671:6, 1677:11, 1677:22, 1678:22, 1678:25, 1680:1, 1680:22, 1697:12, 1698:14, 1698:15, 1698:21, 1702:20, 1758:16, 1778:11, 1778:25, 1796:9, 1799:11, 1805:6, 1807:23

**discussions** [3] - 1670:23, 1694:24, 1695:1

**disoriented** [2] - 1705:23, 1707:5

**displace** [4] - 1673:6, 1685:1, 1686:13, 1704:10

**displacement** [11] - 1672:21, 1672:23, 1678:9, 1686:13, 1782:25, 1784:10, 1804:23, 1806:1, 1806:4, 1806:13

**displacing** [3] - 1678:6, 1784:8, 1784:15

**displayed** [2] - 1663:5, 1663:9

**disposal** [1] - 1690:14

**dispute** [2] - 1719:6, 1763:5

**distanced** [1] - 1701:24

**distributed** [1] - 1756:5

**distribution** [1] - 1776:13

**District** [2] - 1814:6

**DISTRICT** [3] - 1653:1, 1653:2, 1653:23

**diversions** [1] - 1758:20

**divert** [6] - 1758:22, 1758:25, 1787:5, 1787:23, 1788:7, 1813:9

**diverted** [2] - 1706:24, 1763:23

**diverter** [25] - 1706:21, 1719:19, 1719:20, 1719:22, 1759:1, 1759:4, 1777:9, 1777:10, 1780:9, 1780:10, 1780:11, 1784:19, 1785:7, 1786:3, 1786:7, 1786:16, 1786:18, 1786:20, 1787:7, 1788:3, 1792:20, 1793:3, 1813:14

**diverting** [2] - 1706:21, 1787:11

**division** [1] - 1700:5

**DIVISION** [3] - 1656:4, 1656:8, 1656:15

**Doc** [1] - 1666:23

**DOCUMENT** [2] - 1653:11, 1781:8

**Document** [8] - 1665:7, 1665:12, 1665:17, 1666:1, 1666:22, 1667:12, 1734:11, 1738:12

**document** [15] - 1663:8, 1663:19, 1665:14, 1666:12, 1698:23, 1699:17, 1718:11, 1722:6, 1738:15, 1756:1, 1760:1, 1760:4, 1761:11, 1792:14

**documents** [14] - 1662:15, 1663:15, 1663:19, 1665:18,

1665:22, 1666:2, 1666:5, 1666:6, 1666:7, 1666:8, 1666:13, 1666:16, 1666:21, 1722:8

**does** [47] - 1673:8, 1687:22, 1699:19, 1711:13, 1711:14, 1714:16, 1715:7, 1715:19, 1717:12, 1717:13, 1717:21, 1718:23, 1719:15, 1723:12, 1731:22, 1735:17, 1739:22, 1743:20, 1744:1, 1744:8, 1745:7, 1746:16, 1747:10, 1747:15, 1749:15, 1750:18, 1754:19, 1755:12, 1759:10, 1759:12, 1763:3, 1767:3, 1770:17, 1772:9, 1773:10, 1775:21, 1775:22, 1782:6, 1784:14, 1785:17, 1786:7, 1786:8, 1788:4, 1790:13, 1790:15, 1792:7

**doesn't** [7] - 1711:22, 1746:19, 1749:22, 1763:6, 1775:8, 1790:18, 1802:15

**doing** [25] - 1669:11, 1672:4, 1672:15, 1675:21, 1679:25, 1681:15, 1686:10, 1690:6, 1701:15, 1711:5, 1716:3, 1721:12, 1726:17, 1726:22, 1742:18, 1753:10, 1758:10, 1761:10, 1775:24, 1780:21, 1797:9, 1798:21, 1802:8, 1806:8, 1808:12

**DOMENGEAUX** [1] - 1654:3

**DOMINION** [1] - 1655:4

**Don** [12] - 1664:4, 1698:12, 1713:13, 1713:14, 1713:17, 1737:1, 1800:10, 1803:19, 1805:6, 1807:5, 1807:7, 1807:9

**DON** [1] - 1657:21

**don't** [91] - 1663:19,

1666:4, 1667:10, 1673:2, 1673:3, 1673:25, 1674:12, 1676:25, 1679:2, 1680:6, 1680:14, 1680:15, 1680:19, 1681:24, 1683:25, 1684:1, 1684:12, 1685:12, 1685:17, 1686:20, 1687:15, 1687:17, 1687:20, 1688:10, 1688:11, 1693:2, 1693:12, 1693:20, 1693:22, 1693:24, 1695:9, 1695:11, 1695:20, 1697:4, 1699:25, 1701:8, 1703:22, 1703:23, 1703:24, 1705:1, 1705:4, 1705:5, 1705:15, 1706:19, 1707:1, 1707:10, 1709:17, 1711:23, 1712:17, 1712:20, 1713:14, 1716:4, 1719:5, 1719:10, 1728:22, 1729:22, 1733:2, 1733:10, 1734:2, 1744:15, 1744:25, 1745:1, 1753:17, 1755:14, 1762:19, 1763:4, 1766:14, 1784:9, 1788:24, 1788:25, 1789:13, 1789:14, 1791:17, 1795:5, 1795:12, 1795:25, 1797:24, 1798:9, 1800:8, 1801:11, 1804:25, 1806:5, 1807:22, 1808:13, 1809:9, 1809:15, 1810:25, 1811:2

**DONALD** [1] - 1659:22

**Donald** [1] - 1722:12

**done** [50] - 1664:25, 1671:22, 1672:8, 1674:10, 1674:15, 1675:13, 1677:20, 1679:13, 1679:21, 1679:22, 1687:16, 1708:15, 1716:4, 1718:2, 1723:5, 1723:22, 1737:19, 1742:6, 1751:20, 1751:21, 1751:22, 1752:17, 1755:9, 1756:23, 1758:15, 1761:4, 1762:24,

1762:25, 1765:19, 1768:6, 1777:20, 1777:21, 1777:22, 1779:8, 1779:10, 1779:19, 1780:10, 1780:12, 1780:16, 1780:22, 1781:23, 1782:14, 1800:24, 1801:2, 1801:3, 1801:23, 1802:17, 1811:9

**door** [1] - 1749:18

**doorway** [1] - 1808:25

**dot** [2] - 1745:8, 1785:4

**doubt** [5] - 1681:1, 1681:12, 1751:12, 1806:24, 1806:25

**DOUGLAS** [1] - 1657:15

**down** [34] - 1668:21, 1672:17, 1694:11, 1698:14, 1707:5, 1715:13, 1717:4, 1718:15, 1720:23, 1721:19, 1727:11, 1732:10, 1739:13, 1745:3, 1749:10, 1750:11, 1750:12, 1755:19, 1756:19, 1757:12, 1763:18, 1763:20, 1781:9, 1783:6, 1785:8, 1785:17, 1805:12, 1806:2, 1806:10, 1808:2, 1810:8, 1810:13, 1810:25, 1812:24

**downhole** [2] - 1685:15, 1688:14

**downwind** [1] - 1788:9

**DOYEN** [1] - 1658:22

**DPO** [1] - 1811:17

**dragging** [1] - 1766:25

**draining** [1] - 1721:23

**draw** [1] - 1729:15

**DRESCHER** [1] - 1654:18

**drill** [156] - 1668:6, 1668:8, 1668:10, 1668:17, 1669:2, 1669:9, 1669:20, 1670:19, 1673:15, 1675:5, 1675:8, 1675:9, 1675:14, 1675:23, 1675:24,

1679:9, 1679:23, 1680:3, 1680:4, 1680:11, 1682:25, 1683:15, 1683:21, 1684:6, 1685:25, 1686:14, 1686:18, 1686:22, 1686:23, 1687:19, 1688:1, 1688:23, 1689:4, 1689:7, 1689:9, 1689:25, 1691:7, 1698:3, 1700:4, 1704:2, 1704:9, 1704:23, 1707:12, 1707:24, 1707:25, 1712:10, 1712:18, 1712:25, 1713:18, 1714:6, 1714:15, 1727:8, 1728:25, 1730:12, 1730:15, 1736:18, 1736:20, 1736:21, 1737:5, 1738:1, 1741:5, 1741:25, 1742:25, 1743:1, 1743:3, 1743:11, 1744:4, 1747:19, 1747:23, 1748:3, 1748:22, 1750:4, 1750:7, 1750:11, 1761:10, 1762:21, 1763:20, 1765:18, 1765:23, 1766:6, 1767:13, 1768:9, 1768:17, 1769:1, 1769:4, 1769:8, 1777:3, 1777:9, 1778:3, 1778:9, 1778:22, 1779:1, 1779:2, 1779:9, 1779:10, 1780:1, 1780:2, 1780:9, 1780:19, 1780:23, 1781:2, 1781:7, 1781:18, 1781:19, 1783:2, 1783:6, 1783:17, 1783:22, 1785:12, 1785:14, 1785:18, 1787:3, 1788:20, 1788:21, 1789:5, 1789:12, 1789:17, 1789:18, 1789:23, 1789:25, 1790:3, 1790:4, 1792:2, 1792:20, 1799:14, 1799:19, 1800:3, 1800:6, 1800:15, 1800:23, 1800:25, 1801:10, 1801:15, 1802:1, 1802:14, 1802:18, 1802:20,

1802:21, 1803:1, 1803:10, 1803:13, 1803:21, 1804:19, 1806:20, 1807:1, 1807:10, 1807:24, 1812:20, 1812:21
**drilled** [7] - 1691:9, 1691:14, 1699:22, 1767:10, 1767:11, 1787:1, 1801:4
**driller** [70] - 1677:7, 1686:18, 1686:24, 1687:1, 1687:2, 1687:8, 1713:14, 1714:12, 1715:5, 1715:6, 1716:9, 1722:12, 1722:18, 1729:25, 1730:1, 1730:3, 1730:4, 1730:12, 1737:13, 1741:16, 1742:13, 1742:14, 1742:15, 1744:8, 1744:22, 1745:5, 1745:20, 1746:2, 1746:3, 1746:11, 1747:24, 1748:6, 1748:7, 1748:25, 1749:2, 1749:7, 1749:9, 1750:17, 1750:18, 1751:4, 1751:18, 1752:2, 1752:7, 1752:19, 1752:21, 1755:4, 1755:6, 1755:8, 1755:10, 1755:12, 1755:18, 1756:15, 1757:7, 1757:8, 1757:15, 1757:16, 1758:6, 1758:13, 1759:1, 1778:15, 1779:13, 1780:5, 1780:18, 1780:20, 1780:22, 1781:22
**Driller** [1] - 1744:5
**driller's** [8] - 1746:10, 1749:23, 1757:23, 1757:24, 1757:25, 1784:20, 1786:20, 1786:22
**drillers** [14] - 1668:22, 1736:19, 1736:25, 1737:1, 1744:22, 1744:23, 1746:17, 1748:1, 1748:23, 1752:15, 1758:22, 1767:7, 1778:12, 1790:19
**drilling** [34] - 1691:10, 1718:18,

1724:9, 1730:25, 1732:1, 1732:4, 1732:9, 1734:25, 1735:23, 1735:25, 1736:3, 1736:19, 1744:11, 1757:3, 1760:5, 1760:11, 1760:16, 1760:19, 1761:13, 1763:18, 1764:2, 1770:24, 1771:9, 1772:2, 1774:4, 1782:2, 1782:6, 1785:21, 1787:2, 1789:11, 1792:3, 1795:6, 1806:14
**DRILLING** [1] - 1658:12
**drills** [30] - 1716:22, 1716:24, 1750:25, 1752:18, 1776:25, 1777:1, 1777:5, 1777:6, 1777:7, 1777:10, 1777:11, 1777:18, 1777:22, 1777:23, 1778:16, 1778:20, 1779:17, 1779:21, 1780:9, 1780:10, 1781:5, 1792:1, 1792:4, 1792:11, 1792:19, 1792:20, 1792:25, 1793:2
**DRIVE** [2] - 1655:4, 1655:8
**drive** [2] - 1665:2, 1813:3
**due** [3] - 1764:18, 1783:20, 1787:11
**dump** [1] - 1806:11
**during** [30] - 1662:19, 1664:8, 1668:12, 1669:7, 1683:13, 1683:14, 1687:2, 1697:11, 1700:11, 1701:6, 1712:11, 1712:15, 1724:11, 1737:4, 1740:3, 1741:6, 1777:23, 1778:9, 1781:23, 1782:1, 1782:5, 1783:18, 1783:20, 1783:24, 1784:6, 1784:7, 1791:7, 1803:11, 1804:16
**duty** [6] - 1676:10, 1677:12, 1678:7, 1736:17, 1762:14
**DVR** [2] - 1717:20,

1717:25
**dynamic** [1] - 1811:18

# E

**E** [4] - 1659:22, 1660:7, 1661:1, 1662:3
**e** [5] - 1662:21, 1771:6, 1771:11, 1776:12, 1793:11
**e-mail** [1] - 1776:12
**e-mailed** [1] - 1662:21
**e-mails** [3] - 1771:6, 1771:11, 1793:11
**each** [12] - 1678:23, 1680:23, 1753:7, 1753:25, 1757:6, 1757:15, 1762:2, 1762:4, 1769:1, 1778:6, 1779:19, 1810:3
**Earl** [3] - 1760:12, 1762:13, 1765:17
**earlier** [21] - 1666:19, 1672:3, 1705:1, 1713:1, 1716:2, 1720:8, 1744:21, 1761:20, 1767:13, 1774:3, 1786:11, 1788:19, 1792:20, 1794:9, 1796:19, 1798:13, 1799:25, 1801:5, 1801:22, 1802:17, 1812:11
**early** [5] - 1735:23, 1761:22, 1763:10, 1765:20, 1793:8
**easier** [2] - 1746:1, 1746:3
**Eastern** [1] - 1814:6
**EASTERN** [1] - 1653:2
**easy** [6] - 1663:21, 1731:4, 1747:24, 1749:18, 1764:19, 1765:7
**eat** [1] - 1793:12
**eating** [1] - 1686:10
**EDS** [8] - 1759:13, 1777:7, 1780:13, 1790:19, 1791:1, 1791:3, 1791:8, 1792:21
**education** [1] - 1695:25
**EDWARDS** [1] -

1654:3
**effect** [4] - 1711:6, 1803:2, 1803:6, 1803:8
**effective** [2] - 1776:1, 1776:3
**effectively** [1] - 1790:24
**efforts** [2] - 1734:18, 1734:21
**eight** [8] - 1666:10, 1666:13, 1691:18, 1692:9, 1692:11, 1741:3, 1754:21
**either** [15] - 1669:24, 1685:1, 1685:11, 1686:1, 1688:12, 1690:11, 1713:16, 1726:24, 1750:5, 1758:16, 1770:15, 1784:3, 1787:23, 1788:1, 1796:25
**either/or** [1] - 1801:3
**electrical** [2] - 1810:6, 1810:7
**electrician** [1] - 1810:7
**electricians** [1] - 1811:8
**electronic** [2] - 1663:12, 1747:4
**element** [3] - 1701:10, 1702:10, 1757:19
**eleven** [1] - 1671:12
**ELIZABETH** [1] - 1656:23
**ELLIS** [1] - 1658:6
**ELM** [1] - 1659:24
**else** [12] - 1687:18, 1689:21, 1695:3, 1698:3, 1729:22, 1758:13, 1760:11, 1765:13, 1770:7, 1805:21, 1805:25, 1812:3
**embarrass** [1] - 1733:10
**embedded** [1] - 1813:6
**emergency** [18] - 1709:8, 1709:24, 1747:22, 1748:9, 1758:20, 1759:10, 1759:11, 1780:13, 1780:15, 1780:19, 1781:3, 1788:17, 1788:19, 1788:22, 1789:5, 1789:11, 1791:4, 1791:16

emerging [1] - 1701:6
employees [3] - 1720:11, 1721:14, 1733:20
enable [1] - 1708:3
encountered [1] - 1691:12
encouraged [2] - 1728:18, 1787:14
end [16] - 1664:19, 1671:15, 1700:8, 1701:23, 1706:13, 1727:11, 1727:14, 1728:22, 1738:21, 1739:11, 1756:19, 1762:2, 1762:4, 1769:24, 1804:9, 1813:11
ended [3] - 1788:11, 1804:11, 1810:4
ending [1] - 1725:21
ends [1] - 1727:22
ENERGY [2] - 1658:14, 1659:21
ENFORCEMENT [1] - 1656:9
engine [1] - 1748:2
engineer [6] - 1681:7, 1747:5, 1791:6, 1796:13, 1796:18, 1806:10
engineering [4] - 1782:13, 1782:14, 1797:4, 1804:6
engineers [5] - 1676:6, 1702:15, 1735:13, 1735:15
engines [1] - 1747:13
enjoyed [1] - 1737:25
enormous [1] - 1732:9
enough [3] - 1680:19, 1684:13, 1705:10
ensure [4] - 1757:8, 1772:14, 1785:1, 1806:11
enter [1] - 1767:21
entered [3] - 1761:6, 1762:6, 1809:23
entire [6] - 1663:19, 1692:2, 1731:1, 1735:3, 1737:11, 1809:7
entirety [3] - 1699:25, 1700:17, 1700:20

entitled [2] - 1776:9, 1814:9
entity [1] - 1786:9
entrained [1] - 1787:13
entries [1] - 1762:1
entry [5] - 1761:14, 1761:15, 1762:2, 1762:4
ENVIRONMENT [1] - 1656:8
environment [1] - 1720:25
environmental [1] - 1787:11
ENVIRONMENTAL [1] - 1656:9
equipment [25] - 1690:14, 1715:12, 1716:18, 1724:19, 1724:20, 1742:9, 1742:15, 1744:10, 1744:13, 1744:14, 1744:16, 1744:18, 1745:13, 1745:25, 1756:22, 1757:3, 1763:24, 1782:16, 1782:19, 1785:13, 1796:21, 1796:23, 1796:24, 1797:8
ESQ [55] - 1654:3, 1654:7, 1654:11, 1654:14, 1654:18, 1654:22, 1655:3, 1655:7, 1655:11, 1655:14, 1655:18, 1655:21, 1656:4, 1656:9, 1656:10, 1656:10, 1656:11, 1656:11, 1656:15, 1656:16, 1656:16, 1656:17, 1656:17, 1656:22, 1656:22, 1656:23, 1657:4, 1657:5, 1657:15, 1657:15, 1657:21, 1658:3, 1658:7, 1658:7, 1658:8, 1658:14, 1658:18, 1658:18, 1658:22, 1658:22, 1658:23, 1659:3, 1659:7, 1659:12, 1659:15, 1659:16, 1659:16, 1659:17, 1659:22, 1659:22, 1659:23, 1660:3, 1660:7, 1660:7, 1660:8
essentially [2] - 1666:18, 1670:19

estate [1] - 1742:9
estimate [2] - 1708:15, 1717:5
estimated [1] - 1761:18
estimation [2] - 1717:15, 1717:24
ET [3] - 1653:13, 1653:16, 1747:4
et [2] - 1668:19, 1703:4
evacuation [2] - 1709:8, 1709:24
evaluate [2] - 1739:3, 1739:11
evaluation [2] - 1740:13, 1740:15
evasive [1] - 1715:15
even [8] - 1677:3, 1680:6, 1680:16, 1680:19, 1684:2, 1688:13, 1735:23, 1779:13
evening [5] - 1664:10, 1674:18, 1736:17, 1799:16, 1804:9
event [22] - 1686:15, 1688:2, 1689:5, 1689:8, 1689:22, 1690:15, 1694:6, 1694:19, 1694:21, 1694:25, 1696:11, 1696:22, 1708:1, 1708:20, 1709:8, 1709:24, 1715:22, 1766:3, 1766:4, 1779:23, 1809:8
events [7] - 1690:23, 1691:1, 1691:3, 1695:5, 1695:7, 1695:16, 1698:4
ever [35] - 1669:17, 1677:1, 1677:6, 1678:12, 1679:23, 1679:25, 1680:6, 1683:3, 1683:5, 1683:18, 1683:21, 1683:24, 1693:18, 1694:4, 1698:7, 1698:24, 1704:20, 1708:15, 1718:3, 1724:16, 1730:18, 1733:11, 1733:18, 1738:5, 1744:3, 1752:4, 1768:19, 1768:22, 1772:3, 1774:15, 1791:1, 1805:4, 1805:6, 1808:24, 1813:12

every [13] - 1674:3, 1690:7, 1717:8, 1742:8, 1753:23, 1753:25, 1760:15, 1772:22, 1778:6, 1790:7, 1792:16, 1794:22, 1794:23
everybody [7] - 1662:6, 1680:22, 1680:24, 1681:8, 1708:16, 1812:3
everyone [2] - 1725:13, 1772:13
everything [11] - 1690:6, 1690:13, 1708:3, 1728:22, 1729:18, 1741:7, 1741:12, 1749:10, 1785:4, 1806:15
everywhere [1] - 1771:21
evidence [4] - 1662:15, 1663:3, 1663:10, 1664:11
exact [4] - 1685:17, 1691:20, 1753:17, 1767:16
exactly [26] - 1663:17, 1672:2, 1673:19, 1674:12, 1680:15, 1681:13, 1688:7, 1692:8, 1695:9, 1696:1, 1697:4, 1697:10, 1703:11, 1708:2, 1742:6, 1742:10, 1763:4, 1765:12, 1765:14, 1776:7, 1791:6, 1792:12, 1795:25, 1801:16, 1803:11, 1807:22
EXAMINATION [4] - 1667:19, 1710:13, 1720:4, 1725:15
examination [3] - 1662:20, 1664:9, 1664:12
Examination [4] - 1661:5, 1661:6, 1661:7, 1661:8
example [11] - 1749:14, 1754:6, 1755:17, 1756:22, 1757:4, 1757:14, 1774:7, 1774:14, 1777:3, 1780:17, 1797:12
exceeded [1] - 1667:4
exceeds [1] -

1764:18
Excellence [4] - 1733:13, 1733:14, 1733:23, 1734:5
excellence [1] - 1740:11
excellent [2] - 1737:23, 1741:17
except [3] - 1736:15, 1768:17, 1768:18
exceptionally [1] - 1742:19
excess [1] - 1767:16
excited [1] - 1740:22
excuse [1] - 1812:6
execute [1] - 1668:19
execution [1] - 1701:6
executive [1] - 1723:9
exemplary [1] - 1734:21
exhibit [3] - 1664:24, 1666:24, 1754:8
Exhibit [5] - 1663:8, 1720:8, 1722:5, 1723:4, 1724:1
exhibited [1] - 1733:17
exhibits [9] - 1662:12, 1662:19, 1662:20, 1663:2, 1663:7, 1664:8, 1664:15, 1665:1, 1665:8
exists [1] - 1684:2
expanded [1] - 1743:1
expansion [2] - 1786:6, 1787:4
expect [8] - 1686:15, 1711:25, 1712:4, 1712:17, 1713:6, 1765:23, 1805:17, 1805:19
expectations [1] - 1740:5
expected [5] - 1685:4, 1686:1, 1737:24, 1741:13, 1775:18
expedition [1] - 1694:19
experience [16] - 1669:13, 1672:2, 1672:6, 1677:1, 1681:11, 1683:2, 1693:14, 1696:1, 1704:22, 1706:20,

1718:7, 1728:20,
1728:25, 1729:1,
1766:7, 1788:20
  **experienced** [2] -
1693:9, 1709:1
  **experiences** [1] -
1695:7
  **experiencing** [1] -
1691:18
  **expert** [4] - 1696:4,
1696:6, 1708:25,
1715:23
  **expertise** [1] -
1782:19
  **explain** [3] - 1675:4,
1759:1, 1759:3
  **Explain** [2] -
1757:15, 1758:24
  **explaining** [1] -
1765:10
  **explanation** [2] -
1802:8, 1802:10
  **EXPLORATION** [2] -
1653:15, 1657:19
  **Exploration** [1] -
1734:17
  **explosion** [14] -
1697:23, 1697:24,
1697:25, 1705:11,
1705:15, 1705:16,
1707:4, 1708:4,
1708:21, 1709:9,
1712:6, 1809:1,
1812:12, 1812:13
  **exposed** [1] -
1700:13
  **exposure** [3] -
1694:7, 1694:15,
1694:17
  **express** [1] -
1768:19
  **extended** [2] -
1729:11, 1755:20
  **extent** [2] - 1670:11,
1723:19
  **extreme** [2] - 1768:1,
1813:5
  **extremely** [2] -
1697:17, 1739:4
  **eye** [1] - 1803:18
  **eyes** [2] - 1722:7,
1722:14
  **EZELL** [1] - 1661:4
  **Ezell** [57] - 1667:15,
1667:21, 1694:3,
1696:10, 1700:19,
1703:25, 1709:7,
1710:9, 1710:15,
1711:25, 1720:6,
1722:22, 1725:17,

1725:25, 1726:6,
1728:1, 1729:2,
1729:24, 1730:20,
1734:18, 1735:2,
1735:4, 1736:7,
1742:22, 1743:5,
1743:8, 1751:3,
1752:13, 1753:21,
1754:6, 1757:3,
1758:4, 1758:19,
1759:15, 1759:25,
1761:4, 1762:1,
1762:20, 1765:1,
1765:5, 1766:6,
1767:17, 1768:13,
1769:14, 1769:23,
1771:6, 1773:24,
1776:16, 1782:8,
1783:3, 1784:18,
1791:14, 1791:25,
1793:6, 1797:2,
1803:1, 1813:15
  **Ezell's** [1] - 1665:4

# F

  **face** [2] - 1680:10,
1683:21
  **faced** [7] - 1668:7,
1680:6, 1683:15,
1683:18, 1683:24,
1692:17, 1704:20
  **fact** [10] - 1696:4,
1696:5, 1696:6,
1703:10, 1705:7,
1711:3, 1711:6,
1716:3, 1721:2,
1751:15
  **factors** [1] - 1715:21
  **facts** [4] - 1694:5,
1714:5, 1714:16,
1719:10
  **factual** [2] - 1684:1,
1697:1
  **fade** [1] - 1808:4
  **fail** [1] - 1791:8
  **fail-safes** [1] -
1791:8
  **failsafe** [1] - 1757:19
  **fair** [9] - 1666:20,
1671:22, 1688:21,
1689:3, 1690:10,
1691:6, 1691:19,
1705:10, 1717:18
  **fairly** [2] - 1700:3,
1810:17
  **fairness** [1] -
1666:17
  **fall** [1] - 1665:24
  **fallen** [1] - 1723:19

  **familiar** [6] -
1694:22, 1714:2,
1722:6, 1723:3,
1723:4, 1734:3
  **familiarity** [1] -
1738:25
  **family** [6] - 1726:18,
1726:20, 1729:13,
1731:7, 1731:21,
1731:22
  **FANNIN** [1] -
1658:19
  **far** [11] - 1674:4,
1674:5, 1680:19,
1685:10, 1726:15,
1736:1, 1740:5,
1744:18, 1765:19,
1768:2, 1782:15
  **fashion** [1] - 1675:3
  **faster** [1] - 1749:8
  **fatigue** [4] - 1720:18,
1720:24, 1721:2,
1721:10
  **Fatigue** [1] - 1721:16
  **fault** [1] - 1704:11
  **February** [2] -
1694:12, 1754:17
  **feedback** [1] -
1728:1
  **feel** [10] - 1674:18,
1674:21, 1684:13,
1684:15, 1701:24,
1705:24, 1706:2,
1713:15, 1728:15,
1729:13
  **feeling** [1] - 1701:22
  **feels** [1] - 1728:2
  **feet** [12] - 1691:2,
1705:20, 1767:6,
1768:9, 1770:2,
1770:12, 1785:9,
1786:18, 1790:1,
1790:7, 1790:9
  **fell** [2] - 1813:4,
1813:5
  **fellow** [2] - 1721:1,
1721:14
  **felt** [7] - 1678:7,
1684:12, 1703:3,
1703:7, 1703:13,
1706:3, 1809:20
  **few** [11] - 1663:18,
1666:21, 1671:16,
1698:13, 1698:22,
1712:9, 1725:25,
1726:21, 1745:17,
1753:17, 1808:4
  **fifty** [2] - 1717:17,
1730:22
  **fifty-seven** [1] -

1730:22
  **figure** [2] - 1684:9,
1718:15
  **filed** [3] - 1665:7,
1665:17, 1665:25
  **filled** [1] - 1809:7
  **filling** [1] - 1775:23
  **final** [9] - 1664:24,
1671:8, 1676:20,
1677:14, 1677:17,
1753:8, 1753:12,
1756:20, 1769:15
  **finally** [4] - 1666:23,
1701:7, 1719:19,
1785:22
  **find** [1] - 1706:1
  **finding** [1] - 1810:4,
1810:5
  **findings** [3] - 1703:2,
1727:25, 1728:2
  **fine** [10] - 1663:13,
1664:6, 1672:10,
1678:6, 1688:24,
1707:2, 1717:5,
1720:7, 1725:6,
1805:14
  **finished** [3] -
1664:24, 1805:9,
1805:10
  **fire** [16] - 1707:12,
1707:23, 1708:4,
1708:21, 1709:8,
1719:21, 1719:22,
1749:12, 1777:22,
1777:23, 1777:25,
1809:2, 1812:25,
1813:12, 1813:13
  **FIRM** [2] - 1655:10,
1655:21
  **First** [3] - 1733:13,
1733:14, 1733:22
  **first** [35] - 1671:4,
1671:5, 1675:13,
1679:4, 1679:13,
1680:16, 1685:14,
1685:19, 1687:1,
1687:10, 1689:17,
1696:13, 1696:14,
1697:25, 1705:10,
1705:14, 1705:15,
1707:4, 1715:7,
1715:12, 1715:13,
1716:8, 1723:9,
1726:2, 1732:2,
1732:4, 1732:8,
1732:13, 1734:24,
1744:2, 1767:7,
1801:21, 1801:24,
1810:20
  **fit** [1] - 1742:14

1730:22
  **five** [11] - 1683:12,
1683:13, 1729:11,
1734:7, 1737:13,
1753:6, 1758:21,
1793:9, 1799:16,
1811:6
  **five-day** [1] - 1753:6
  **five-plus** [1] -
1729:11
  **five-year** [1] -
1683:13
  **fix** [2] - 1724:8,
1724:17
  **flags** [1] - 1797:15
  **flashlights** [1] -
1810:8
  **flat** [1] - 1808:2
  **fleet** [3] - 1699:8,
1700:23, 1768:24
  **floater** [1] - 1763:6
  **floating** [1] - 1732:1
  **floor** [37] - 1675:15,
1675:17, 1682:2,
1684:2, 1689:4,
1689:10, 1689:25,
1697:5, 1697:17,
1705:13, 1707:12,
1712:18, 1712:25,
1713:4, 1736:18,
1736:20, 1736:21,
1742:23, 1742:24,
1747:18, 1748:3,
1748:13, 1750:4,
1750:6, 1763:20,
1778:1, 1780:17,
1781:1, 1785:8,
1786:5, 1786:12,
1786:19, 1791:24,
1808:5, 1808:20,
1808:24, 1812:21
  **FLOOR** [3] -
1654:22, 1656:5,
1658:23
  **flow** [40] - 1675:6,
1682:17, 1687:11,
1687:12, 1687:19,
1745:15, 1751:11,
1751:15, 1751:18,
1751:20, 1751:21,
1751:22, 1751:23,
1751:24, 1752:5,
1752:11, 1758:4,
1758:5, 1758:7,
1758:8, 1758:10,
1761:17, 1763:22,
1763:23, 1764:4,
1764:15, 1771:11,
1781:24, 1784:20,
1784:21, 1784:25,
1786:2, 1787:15,

1801:7, 1801:10, 1804:20, 1805:15, 1805:16, 1805:19

**flowed** [1] - 1764:16

**flowing** [6] - 1690:13, 1751:16, 1751:21, 1751:24, 1761:17

**FLOYD** [1] - 1659:22

**fluid** [9] - 1673:6, 1673:7, 1674:6, 1763:16, 1763:25, 1779:15, 1784:15, 1806:11, 1806:12

**fluids** [2] - 1763:18, 1764:9

**flush** [1] - 1757:20

**foam** [3] - 1669:10, 1669:12, 1669:13

**focus** [9] - 1701:11, 1701:13, 1702:11, 1720:17, 1721:10, 1721:12, 1721:13, 1724:11, 1748:16

**focused** [2] - 1722:14, 1772:7

**folks** [4] - 1699:11, 1701:12, 1716:21, 1739:8

**follow** [1] - 1714:13

**followed** [2] - 1679:20, 1729:10

**following** [3] - 1679:14, 1715:16, 1801:22

**foot** [1] - 1808:20

**for** [215] - 1662:20, 1662:25, 1664:24, 1666:15, 1666:25, 1667:8, 1667:12, 1668:13, 1671:16, 1673:25, 1674:5, 1674:9, 1675:6, 1675:9, 1675:11, 1676:19, 1681:14, 1681:17, 1682:17, 1683:11, 1684:17, 1685:2, 1685:24, 1686:19, 1687:1, 1687:5, 1687:6, 1687:7, 1687:15, 1689:6, 1689:11, 1691:25, 1692:7, 1693:1, 1693:3, 1693:11, 1693:16, 1696:25, 1697:2, 1705:9, 1705:21, 1705:24, 1706:13, 1708:25, 1709:23, 1710:17, 1710:19,

1710:22, 1711:5, 1711:14, 1711:15, 1711:21, 1711:23, 1713:12, 1713:23, 1714:5, 1716:11, 1717:1, 1717:8, 1717:13, 1717:15, 1718:16, 1720:3, 1720:10, 1720:25, 1721:4, 1726:17, 1727:5, 1729:3, 1729:9, 1731:2, 1731:6, 1732:2, 1732:3, 1732:4, 1733:10, 1733:12, 1733:22, 1734:4, 1734:10, 1734:19, 1734:23, 1735:2, 1735:4, 1736:1, 1736:15, 1737:7, 1737:8, 1737:21, 1738:9, 1738:17, 1739:1, 1740:12, 1740:24, 1741:1, 1741:15, 1742:18, 1744:11, 1744:13, 1746:1, 1746:3, 1746:13, 1747:23, 1748:6, 1748:14, 1748:16, 1749:8, 1749:14, 1750:15, 1750:18, 1750:19, 1751:8, 1752:14, 1752:24, 1753:8, 1753:18, 1753:19, 1753:20, 1753:23, 1754:5, 1754:6, 1755:1, 1755:8, 1755:11, 1756:1, 1756:21, 1757:3, 1757:6, 1757:14, 1757:15, 1758:10, 1758:12, 1759:3, 1759:24, 1761:17, 1762:2, 1762:3, 1762:12, 1763:9, 1764:16, 1767:1, 1767:14, 1768:7, 1768:17, 1768:18, 1769:1, 1769:6, 1769:14, 1770:7, 1770:11, 1772:9, 1773:10, 1774:1, 1774:2, 1774:3, 1774:7, 1774:11, 1774:16, 1775:4, 1775:6, 1775:7, 1775:12, 1775:24, 1776:13, 1776:17, 1777:19, 1780:8, 1780:21, 1781:2,

1782:8, 1782:9, 1784:25, 1786:7, 1786:10, 1787:6, 1787:15, 1789:12, 1791:1, 1792:3, 1795:3, 1797:12, 1797:13, 1799:9, 1799:12, 1801:6, 1801:7, 1803:6, 1803:11, 1803:14, 1803:16, 1805:15, 1805:16, 1805:17, 1805:19, 1806:2, 1807:3, 1808:4, 1809:10, 1809:16, 1810:9, 1811:14, 1812:4, 1812:10, 1812:14, 1813:11, 1813:17

**FOR** [9] - 1654:3, 1656:3, 1657:3, 1657:8, 1657:19, 1658:11, 1659:11, 1659:20, 1660:6

**force** [4] - 1700:12, 1702:16, 1728:2, 1728:8

**forced** [1] - 1701:25

**foregoing** [1] - 1814:7

**foreign** [1] - 1694:16

**foreman** [2] - 1741:8, 1742:7

**forethought** [1] - 1709:9

**forever** [1] - 1811:5

**forget** [1] - 1710:20

**form** [1] - 1703:6

**formal** [2] - 1738:5, 1752:20

**formally** [1] - 1662:14

**formation** [3] - 1669:3, 1669:6, 1769:10

**formulated** [2] - 1674:12, 1695:25

**formulation** [1] - 1668:24

**forth** [3] - 1691:13, 1730:25, 1764:9

**forty** [1] - 1758:21

**forty-five** [1] - 1758:21

**forward** [5] - 1666:11, 1672:6, 1678:18, 1712:5, 1811:8

**found** [8] - 1667:9, 1697:12, 1706:4,

1723:8, 1726:17, 1766:23, 1807:20, 1810:12

**foundation** [11] - 1683:7, 1684:16, 1686:5, 1689:12, 1690:1, 1696:3, 1704:13, 1708:24, 1723:11, 1724:21, 1764:21

**foundational** [1] - 1723:13

**Foundations** [1] - 1754:7

**founded** [1] - 1740:3

**four** [8] - 1662:20, 1666:8, 1666:12, 1683:12, 1727:5, 1755:19, 1799:4, 1799:8

**four-page** [1] - 1666:12

**fourth** [3] - 1666:13, 1720:22, 1731:24

**fragility** [1] - 1769:12

**FRANCISCO** [1] - 1656:6

**FRANKLIN** [1] - 1656:23

**FRAUD** [1] - 1656:21

**free** [1] - 1705:22

**Freeport** [1] - 1731:23

**frequency** [1] - 1693:9

**frequently** [1] - 1748:15

**friend** [3] - 1711:15, 1794:15, 1794:16

**friends** [1] - 1729:15

**FRILOT** [1] - 1658:13

**from** [126] - 1663:19, 1666:11, 1667:5, 1669:14, 1669:15, 1671:21, 1672:6, 1679:10, 1679:15, 1679:19, 1681:20, 1682:13, 1684:1, 1689:9, 1689:24, 1690:23, 1693:19, 1694:4, 1694:13, 1695:2, 1695:3, 1695:7, 1697:1, 1699:18, 1701:19, 1701:24, 1703:3, 1704:9, 1705:22, 1706:21, 1708:21, 1708:22, 1710:2, 1710:3, 1713:16, 1714:5, 1720:13,

1721:11, 1723:5, 1723:10, 1725:20, 1726:3, 1727:21, 1728:1, 1730:12, 1731:17, 1731:18, 1733:12, 1734:1, 1734:14, 1735:4, 1740:18, 1741:7, 1744:8, 1744:25, 1746:3, 1746:6, 1746:20, 1747:17, 1749:2, 1750:14, 1753:13, 1758:4, 1762:22, 1762:23, 1763:5, 1763:7, 1763:16, 1763:19, 1763:23, 1763:25, 1764:15, 1765:22, 1766:17, 1766:20, 1766:22, 1767:14, 1771:7, 1771:13, 1771:17, 1773:5, 1775:19, 1776:12, 1776:13, 1776:16, 1781:12, 1782:20, 1785:4, 1785:17, 1785:21, 1786:3, 1786:4, 1786:20, 1786:22, 1786:23, 1788:5, 1788:8, 1791:10, 1792:8, 1793:23, 1794:25, 1795:14, 1795:24, 1796:2, 1798:5, 1799:1, 1799:18, 1800:13, 1800:19, 1801:10, 1801:15, 1801:21, 1801:25, 1803:23, 1804:4, 1804:6, 1804:22, 1808:5, 1809:16, 1809:20, 1812:2, 1813:1, 1814:8

**front** [4] - 1666:4, 1744:19, 1744:24, 1752:2

**FRUGE** [1] - 1655:14

**fuel** [3] - 1767:1, 1767:2, 1767:5

**full** [9] - 1757:21, 1772:17, 1772:18, 1772:23, 1772:25, 1775:18, 1779:6, 1800:5, 1809:8

**full-time** [4] - 1772:17, 1772:18, 1772:23, 1772:25

**fully** [4] - 1695:10, 1700:15, 1701:5, 1754:24

**fun** [1] - 1741:22
**function** [8] - 1707:24, 1707:25, 1717:8, 1757:16, 1786:7, 1788:1, 1795:20, 1813:9
**functional** [1] - 1757:21
**functions** [2] - 1744:17, 1791:7
**FUNDERBURK** [1] - 1660:8
**further** [5] - 1688:19, 1710:8, 1724:24, 1749:21, 1813:16
**future** [1] - 1784:4

# G

**G** [2] - 1658:18, 1662:3
**gain** [14] - 1761:16, 1761:18, 1761:19, 1763:7, 1763:12, 1763:13, 1763:14, 1764:4, 1764:7, 1764:18, 1765:7, 1779:10
**gains** [1] - 1762:3
**galley** [1] - 1805:11
**gallon** [1] - 1767:6
**GANNAWAY** [1] - 1659:16
**gas** [17] - 1689:9, 1689:24, 1706:18, 1707:12, 1707:13, 1707:23, 1751:7, 1751:8, 1771:11, 1785:1, 1785:25, 1786:4, 1787:1, 1787:3, 1787:13, 1788:6, 1809:22
**GATE** [1] - 1656:5
**gather** [1] - 1774:12
**gauges** [1] - 1688:16
**gave** [3] - 1663:16, 1674:8, 1748:10
**GAVIN** [1] - 1659:23
**gear** [1] - 1809:10
**gears** [2] - 1711:19, 1723:3
**GENERAL** [3] - 1657:4, 1657:9, 1657:11
**general** [11] - 1707:2, 1714:17, 1714:19, 1715:4, 1715:24, 1726:10, 1745:14, 1784:23, 1788:24,

1789:4, 1812:11
**GENERAL'S** [1] - 1657:3
**generally** [3] - 1753:3, 1793:12, 1794:5
**gentleman** [3] - 1713:17, 1732:17, 1764:25
**gentlemen** [5] - 1676:18, 1677:14, 1713:24, 1714:2
**GEOFFREY** [1] - 1659:16
**geologic** [1] - 1769:9
**get** [43] - 1665:19, 1670:20, 1673:24, 1684:12, 1697:18, 1700:25, 1705:14, 1705:22, 1706:13, 1710:25, 1717:3, 1717:16, 1721:17, 1722:14, 1724:6, 1731:10, 1733:8, 1733:16, 1737:25, 1739:22, 1739:24, 1743:20, 1749:7, 1753:13, 1767:1, 1767:3, 1775:10, 1775:17, 1778:12, 1779:5, 1793:19, 1793:23, 1795:9, 1798:22, 1808:19, 1808:23, 1809:11, 1809:12, 1809:15, 1810:10, 1810:16
**gets** [3] - 1778:15, 1782:22, 1785:25
**getting** [11] - 1673:18, 1681:13, 1686:13, 1704:10, 1726:20, 1727:9, 1728:1, 1749:10, 1796:5, 1811:21, 1811:24
**give** [11] - 1663:21, 1684:13, 1685:1, 1690:7, 1738:21, 1739:5, 1761:11, 1774:7, 1777:3, 1780:16, 1788:15
**given** [5] - 1668:19, 1688:12, 1692:13, 1715:9, 1733:21
**glass** [1] - 1750:5
**glasses** [1] - 1808:21
**glory** [1] - 1770:1
**GmbH** [1] - 1653:13
**go** [69] - 1664:17, 1665:5, 1675:17,

1678:6, 1680:13, 1682:14, 1694:11, 1696:23, 1697:21, 1699:24, 1701:3, 1701:9, 1705:1, 1709:19, 1714:24, 1715:4, 1715:21, 1718:16, 1719:10, 1719:11, 1721:11, 1722:25, 1723:9, 1723:21, 1723:23, 1724:1, 1724:25, 1725:4, 1726:4, 1726:19, 1731:11, 1731:13, 1732:1, 1742:10, 1745:8, 1745:17, 1746:7, 1749:21, 1750:6, 1752:21, 1754:4, 1755:20, 1757:1, 1758:2, 1764:3, 1767:1, 1773:24, 1776:11, 1777:24, 1780:20, 1782:11, 1783:2, 1783:17, 1786:25, 1787:23, 1789:15, 1791:18, 1791:19, 1792:2, 1793:12, 1799:14, 1803:21, 1805:14, 1806:15, 1808:19, 1808:20, 1809:24, 1811:2
**goal** [1] - 1771:20
**God** [1] - 1810:12
**GODWIN** [8] - 1659:21, 1659:22, 1660:3, 1664:2, 1664:4, 1664:7, 1664:14, 1664:22
**Godwin** [2] - 1664:4, 1664:18
**goes** [17] - 1701:21, 1702:9, 1717:24, 1718:18, 1734:2, 1750:11, 1753:6, 1763:19, 1763:20, 1763:22, 1763:25, 1769:24, 1780:11, 1781:21, 1807:17
**going** [78] - 1665:16, 1666:16, 1667:12, 1667:23, 1668:18, 1670:20, 1672:7, 1672:12, 1673:5, 1674:6, 1674:21, 1676:5, 1678:3, 1680:22, 1682:14, 1683:7, 1684:16, 1686:4, 1686:21,

1689:23, 1690:17, 1694:2, 1697:7, 1698:20, 1698:22, 1699:10, 1699:11, 1700:5, 1700:19, 1703:8, 1703:11, 1704:24, 1706:16, 1713:19, 1715:20, 1718:2, 1721:6, 1724:25, 1725:1, 1725:4, 1726:12, 1730:23, 1733:10, 1741:12, 1756:9, 1756:23, 1757:13, 1764:20, 1766:11, 1767:3, 1769:1, 1771:1, 1778:24, 1779:22, 1779:24, 1780:19, 1784:3, 1784:14, 1786:1, 1786:18, 1793:23, 1796:9, 1799:12, 1799:22, 1800:20, 1805:1, 1806:3, 1806:4, 1806:15, 1809:6, 1809:15, 1810:18, 1811:1, 1811:3, 1811:21
**GOLDEN** [1] - 1656:5
**gone** [5] - 1681:25, 1687:12, 1687:25, 1733:16, 1792:14
**good** [50] - 1663:15, 1664:4, 1664:23, 1667:17, 1667:18, 1667:21, 1667:22, 1672:11, 1672:13, 1680:23, 1682:16, 1692:10, 1695:9, 1700:1, 1708:16, 1710:15, 1710:16, 1720:6, 1720:7, 1721:5, 1725:17, 1725:18, 1728:1, 1730:1, 1730:3, 1731:2, 1731:6, 1735:11, 1738:21, 1739:7, 1739:25, 1752:16, 1761:25, 1762:24, 1765:19, 1778:21, 1784:2, 1790:17, 1802:8, 1802:22, 1802:23, 1805:18, 1805:21, 1806:3, 1807:17, 1807:20, 1811:20, 1812:9, 1812:22, 1813:4
**got** [42] - 1676:13, 1680:19, 1684:5,

1684:9, 1705:1, 1706:7, 1706:10, 1706:19, 1721:24, 1722:9, 1722:12, 1727:15, 1729:14, 1731:2, 1732:8, 1732:12, 1732:13, 1732:16, 1735:24, 1741:19, 1760:18, 1760:20, 1766:22, 1791:8, 1791:9, 1793:8, 1793:20, 1800:10, 1800:15, 1804:20, 1805:10, 1806:5, 1807:14, 1807:17, 1807:18, 1809:16, 1810:20, 1812:1, 1812:7, 1813:1, 1813:2, 1813:7
**gotten** [1] - 1709:11
**grade** [1] - 1731:24
**graduated** [1] - 1731:15
**GRAND** [1] - 1658:23
**granting** [1] - 1666:22
**graphics** [1] - 1662:12
**great** [3] - 1685:22, 1710:19, 1773:24
**green** [4] - 1685:1, 1730:11, 1792:19, 1792:23
**greet** [1] - 1732:18
**ground** [1] - 1665:20
**grounded** [1] - 1740:7
**GROUP** [1] - 1655:7
**group** [9] - 1720:18, 1721:5, 1723:12, 1796:20, 1797:4, 1799:3, 1799:15, 1811:23
**groups** [7] - 1701:11, 1701:14, 1702:11, 1721:12, 1721:13, 1724:12, 1744:16
**grumbling** [2] - 1726:7, 1726:22
**guarantee** [1] - 1762:25
**guard** [1] - 1733:24
**Guard** [1] - 1667:2
**GUERRA** [1] - 1655:3
**guess** [11] - 1682:23, 1693:14, 1705:1, 1709:19, 1713:21, 1718:2, 1729:3,

1729:9, 1731:5, 1797:4, 1811:17
**guessing** [1] - 1745:19
**guidance** [1] - 1787:19
**Guide** [3] - 1735:6, 1762:18, 1764:12
**GULF** [1] - 1653:6
**Gulf** [4] - 1700:17, 1766:18, 1766:20, 1770:11
**guy** [4] - 1732:15, 1732:24, 1741:6, 1755:18
**guys** [20] - 1681:17, 1690:6, 1702:17, 1703:5, 1703:10, 1703:11, 1721:7, 1721:24, 1722:1, 1722:3, 1726:12, 1735:8, 1735:11, 1772:19, 1775:7, 1784:2, 1786:12, 1789:16, 1799:8

## H

**had** [211] - 1663:9, 1664:9, 1664:16, 1665:20, 1666:19, 1667:3, 1667:25, 1668:7, 1669:4, 1669:15, 1669:17, 1672:1, 1672:2, 1674:14, 1674:16, 1674:19, 1674:23, 1675:9, 1676:15, 1677:1, 1677:6, 1677:14, 1677:16, 1677:18, 1678:1, 1678:12, 1678:18, 1679:1, 1679:7, 1679:11, 1679:15, 1679:16, 1679:22, 1679:23, 1680:3, 1680:20, 1681:7, 1682:18, 1682:21, 1683:5, 1683:24, 1684:5, 1684:8, 1684:24, 1685:3, 1685:5, 1685:8, 1688:3, 1688:13, 1688:15, 1688:22, 1688:25, 1689:5, 1690:14, 1691:7, 1691:14, 1691:17, 1691:22, 1692:17, 1693:8, 1693:9, 1693:10, 1694:7,

1695:1, 1697:7, 1697:15, 1698:2, 1698:3, 1698:13, 1698:19, 1698:20, 1700:9, 1701:22, 1703:7, 1704:20, 1704:21, 1705:3, 1705:8, 1705:14, 1705:22, 1705:24, 1706:2, 1707:16, 1708:15, 1711:19, 1712:15, 1712:24, 1712:25, 1713:2, 1713:25, 1714:3, 1714:25, 1715:1, 1716:3, 1716:4, 1718:10, 1720:9, 1721:3, 1721:6, 1721:18, 1722:14, 1723:19, 1723:21, 1723:23, 1725:21, 1726:13, 1726:17, 1728:7, 1730:1, 1730:19, 1732:22, 1733:4, 1733:13, 1734:4, 1734:6, 1737:10, 1737:11, 1737:18, 1737:19, 1738:10, 1739:17, 1740:18, 1740:23, 1740:24, 1741:7, 1741:19, 1741:21, 1747:14, 1747:17, 1747:23, 1748:17, 1751:1, 1752:8, 1754:21, 1755:9, 1756:16, 1761:20, 1762:24, 1762:25, 1764:23, 1765:19, 1765:22, 1766:6, 1767:23, 1768:21, 1771:9, 1771:15, 1772:3, 1772:4, 1777:10, 1779:19, 1779:24, 1780:3, 1780:20, 1780:22, 1780:23, 1789:15, 1791:1, 1791:2, 1793:11, 1796:7, 1796:9, 1797:2, 1797:5, 1797:20, 1797:23, 1797:24, 1798:19, 1799:8, 1799:10, 1800:20, 1800:24, 1801:1, 1801:2, 1801:17, 1801:18, 1801:21, 1801:23, 1802:8, 1802:17, 1802:24, 1803:24, 1804:1, 1804:15, 1804:18,

1804:19, 1805:7, 1805:21, 1807:10, 1808:2, 1808:3, 1808:19, 1808:21, 1808:23, 1809:8, 1809:23, 1809:24, 1810:5, 1810:10, 1810:23, 1812:22, 1813:3, 1813:8
**hadn't** [2] - 1679:21, 1723:25
**Hafle** [7] - 1762:16, 1762:23, 1764:11, 1764:15, 1765:16, 1805:7
**Hafle's** [1] - 1765:5
**half** [5] - 1663:1, 1741:4, 1761:19, 1770:19, 1813:5
**hall** [4] - 1706:3, 1805:12, 1808:19, 1808:22
**Halliburton** [6] - 1664:8, 1665:12, 1665:13, 1668:21, 1718:24, 1719:9
**HALLIBURTON** [1] - 1659:20
**Halliburton's** [1] - 1665:11
**hallway** [8] - 1706:1, 1808:21, 1809:3, 1809:19, 1809:20, 1809:21, 1810:8, 1811:15
**hand** [7] - 1687:19, 1702:21, 1702:23, 1743:5, 1749:16, 1779:13, 1810:1
**handful** [1] - 1666:6
**handle** [2] - 1707:22, 1735:24
**handover** [1] - 1803:11
**hands** [1] - 1721:17
**handsfree** [2] - 1748:19, 1748:21
**hang** [1] - 1741:23
**HANKEY** [1] - 1656:11
**happen** [11] - 1678:12, 1684:11, 1707:4, 1715:18, 1746:10, 1779:24, 1780:8, 1790:22, 1791:7, 1797:7, 1797:9
**happened** [24] - 1673:19, 1676:3, 1678:14, 1678:20,

1685:8, 1690:10, 1694:9, 1695:14, 1695:17, 1697:15, 1698:16, 1698:19, 1705:17, 1710:24, 1714:19, 1732:12, 1733:18, 1767:24, 1774:13, 1797:25, 1807:25, 1809:9, 1812:23
**happening** [4] - 1669:4, 1688:17, 1746:9, 1782:5
**happens** [4] - 1709:25, 1751:23, 1752:19, 1791:5
**hard** [6] - 1692:7, 1705:14, 1724:19, 1753:13, 1764:16, 1808:19
**harder** [1] - 1724:20
**hardly** [1] - 1794:23
**HARIKLIA** [1] - 1658:7
**harm's** [2] - 1711:21, 1712:3
**Harrell** [17] - 1671:17, 1671:22, 1674:14, 1684:9, 1685:10, 1686:12, 1698:18, 1736:22, 1781:14, 1781:15, 1783:13, 1798:14, 1798:21, 1805:22, 1805:24, 1807:12, 1807:13
**Harrell's** [1] - 1672:7
**HARTLEY** [1] - 1659:22
**has** [26] - 1665:17, 1681:25, 1685:15, 1686:9, 1690:16, 1694:4, 1696:22, 1715:9, 1718:24, 1730:10, 1734:22, 1734:24, 1739:1, 1740:2, 1740:5, 1740:11, 1743:1, 1750:15, 1752:4, 1752:21, 1764:22, 1770:23, 1784:24, 1786:22, 1788:25, 1796:4
**hat** [2] - 1705:14, 1808:19
**hats** [1] - 1741:6
**HAUSER** [1] - 1656:22
**have** [273] - 1662:13, 1662:20, 1664:16,

1666:4, 1666:7, 1669:25, 1670:3, 1670:5, 1670:7, 1670:11, 1671:5, 1671:7, 1671:9, 1671:10, 1673:21, 1676:4, 1676:5, 1677:10, 1678:9, 1678:11, 1678:21, 1680:11, 1680:13, 1680:19, 1680:23, 1681:3, 1681:4, 1681:7, 1681:9, 1681:10, 1681:12, 1681:14, 1681:15, 1681:18, 1681:20, 1682:23, 1682:24, 1683:5, 1684:6, 1684:8, 1684:9, 1684:10, 1685:4, 1685:6, 1685:13, 1685:20, 1686:1, 1686:17, 1686:19, 1686:24, 1687:12, 1687:17, 1687:20, 1687:24, 1688:3, 1688:7, 1688:8, 1688:14, 1688:16, 1689:19, 1691:5, 1691:17, 1691:20, 1692:24, 1693:1, 1693:2, 1693:22, 1694:13, 1694:15, 1695:11, 1695:23, 1695:24, 1696:1, 1696:23, 1697:1, 1697:5, 1698:2, 1698:7, 1698:8, 1698:14, 1698:18, 1698:23, 1699:1, 1699:24, 1699:25, 1702:4, 1702:6, 1703:15, 1704:8, 1704:10, 1706:15, 1706:16, 1707:11, 1707:15, 1708:6, 1708:9, 1708:12, 1708:15, 1708:16, 1708:20, 1709:10, 1710:1, 1710:3, 1710:8, 1711:22, 1713:11, 1713:14, 1713:15, 1713:18, 1713:21, 1714:2, 1714:3, 1714:12, 1715:1, 1716:15, 1717:4, 1717:9, 1718:3, 1718:23, 1719:10, 1719:23, 1720:21, 1721:8, 1723:12, 1723:13,

1726:20, 1727:4,
1727:20, 1728:4,
1728:13, 1729:21,
1730:18, 1731:8,
1731:21, 1733:11,
1734:8, 1734:9,
1734:21, 1735:11,
1735:23, 1736:14,
1736:22, 1736:24,
1736:25, 1738:7,
1738:11, 1738:24,
1740:4, 1740:25,
1741:18, 1743:8,
1743:9, 1744:4,
1744:25, 1745:4,
1745:5, 1746:16,
1748:1, 1749:22,
1751:20, 1751:24,
1752:1, 1752:22,
1753:4, 1753:8,
1753:9, 1753:12,
1753:21, 1753:22,
1753:23, 1754:15,
1755:11, 1756:2,
1756:22, 1757:2,
1757:8, 1757:17,
1757:20, 1758:9,
1758:14, 1758:16,
1759:1, 1759:3,
1759:6, 1760:19,
1763:1, 1764:23,
1765:15, 1765:24,
1765:25, 1766:3,
1766:11, 1767:5,
1768:6, 1768:9,
1771:18, 1771:22,
1772:6, 1772:8,
1772:23, 1773:12,
1774:15, 1774:17,
1774:18, 1774:20,
1775:2, 1775:19,
1775:23, 1776:3,
1778:15, 1778:18,
1780:25, 1782:11,
1782:19, 1783:20,
1784:19, 1784:23,
1785:18, 1786:4,
1787:1, 1787:2,
1787:4, 1787:5,
1788:1, 1788:2,
1788:18, 1789:3,
1790:13, 1790:18,
1790:20, 1791:1,
1791:6, 1791:9,
1791:13, 1791:22,
1791:23, 1793:20,
1793:21, 1795:17,
1796:15, 1797:7,
1797:9, 1797:11,
1797:12, 1799:18,
1800:3, 1801:11,

1801:25, 1802:7,
1802:8, 1802:20,
1802:22, 1802:23,
1803:7, 1803:15,
1803:23, 1805:11,
1805:19, 1806:13,
1806:23, 1808:8,
1808:10, 1813:15
**haven't** [2] - 1777:8,
1803:9
**having** [14] - 1680:6,
1681:11, 1683:3,
1687:24, 1690:10,
1693:18, 1693:22,
1694:24, 1695:8,
1697:18, 1698:2,
1727:8, 1793:14,
1794:3
**HAYCRAFT** [1] -
1657:21
**hazard** [3] - 1728:3,
1776:23, 1813:1
**Hazard** [1] - 1700:6
**hazards** [8] -
1700:13, 1700:14,
1700:15, 1701:5,
1701:6, 1771:23,
1776:17
**HB406** [1] - 1660:13
**he's** [2] - 1686:5,
1689:16
**head** [5] - 1673:7,
1742:2, 1798:3,
1810:4, 1810:5
**HEAD** [3] - 1688:20,
1695:4, 1699:15
**headed** [2] -
1705:14, 1705:25
**heading** [2] -
1747:12, 1807:16
**hear** [12] - 1664:1,
1712:8, 1765:21,
1766:1, 1766:2,
1766:4, 1790:17,
1803:2, 1805:17,
1808:24, 1812:14
**heard** [27] - 1678:19,
1685:17, 1698:4,
1707:6, 1718:3,
1718:5, 1723:21,
1723:23, 1723:25,
1724:16, 1727:1,
1729:18, 1746:6,
1765:24, 1765:25,
1766:3, 1768:21,
1770:23, 1784:10,
1801:21, 1803:6,
1803:8, 1804:6,
1804:18, 1810:13,
1812:11

**HEARD** [1] - 1653:22
**hearing** [4] -
1662:16, 1664:10,
1707:2, 1795:12
**heavier** [2] - 1673:6,
1784:15
**heights** [1] - 1733:2
**held** [9] - 1702:15,
1705:2, 1724:10,
1730:2, 1736:14,
1736:15, 1737:18,
1770:6, 1770:8
**hell** [2] - 1771:13,
1771:17
**help** [11] - 1666:3,
1670:15, 1697:3,
1697:19, 1697:21,
1735:21, 1735:22,
1743:10, 1806:4,
1806:5, 1808:18
**helped** [4] - 1670:7,
1684:10, 1711:16,
1737:24
**helping** [1] - 1734:19
**here** [40] - 1663:18,
1666:7, 1673:19,
1687:17, 1687:24,
1694:8, 1696:4,
1708:6, 1708:19,
1712:7, 1712:8,
1718:2, 1725:7,
1732:8, 1738:25,
1743:14, 1744:7,
1744:16, 1745:24,
1748:4, 1748:7,
1749:15, 1749:16,
1754:5, 1757:3,
1757:4, 1757:15,
1759:17, 1760:19,
1761:11, 1764:21,
1768:2, 1785:20,
1786:14, 1790:5,
1790:6, 1792:19,
1809:15, 1811:3,
1811:4
**hereby** [1] - 1814:6
**HERMAN** [3] -
1654:7, 1654:7
**high** [14] - 1685:25,
1687:2, 1688:13,
1702:16, 1731:11,
1731:13, 1744:20,
1744:21, 1744:25,
1745:12, 1746:20,
1747:6, 1775:15,
1775:16
**High** [1] - 1731:14
**high-tech** [1] -
1685:25, 1687:2,
1688:13

**highest** [2] -
1733:15, 1739:5
**highlight** [4] -
1726:2, 1727:14,
1763:11, 1767:25
**highlighting** [1] -
1768:6
**highly** [4] - 1704:1,
1730:16, 1737:16
**HILL** [1] - 1659:23
**him** [44] - 1680:23,
1681:2, 1682:13,
1685:4, 1688:24,
1698:9, 1698:14,
1698:15, 1698:21,
1704:10, 1704:24,
1705:2, 1709:3,
1709:19, 1711:9,
1714:6, 1715:9,
1716:2, 1730:6,
1730:9, 1735:21,
1737:11, 1737:12,
1739:5, 1750:25,
1780:24, 1789:3,
1793:21, 1794:14,
1803:8, 1805:13,
1806:4, 1807:21,
1810:5, 1810:15,
1810:16, 1810:22,
1810:25, 1811:3,
1811:7, 1811:18,
1812:1, 1812:10
**himself** [2] - 1681:3,
1749:8
**hire** [1] - 1732:24
**hired** [1] - 1719:9
**his** [47] - 1672:3,
1672:7, 1673:24,
1674:3, 1676:11,
1687:2, 1692:2,
1704:11, 1709:3,
1715:5, 1716:5,
1722:16, 1722:19,
1729:22, 1730:5,
1730:14, 1732:18,
1734:19, 1735:2,
1735:21, 1737:18,
1737:21, 1737:24,
1738:3, 1738:4,
1740:4, 1740:6,
1740:7, 1740:8,
1740:21, 1740:24,
1741:6, 1741:21,
1742:4, 1746:3,
1751:1, 1755:18,
1761:24, 1780:23,
1793:24, 1807:16,
1810:4, 1810:5,
1810:16, 1810:19,
1810:24

**history** [3] - 1667:24,
1769:5, 1769:9
**hit** [3] - 1743:23,
1808:25, 1809:1
**hitch** [6] - 1701:21,
1720:24, 1726:15,
1726:22, 1726:24,
1746:7
**hitches** [1] - 1727:4
**hits** [1] - 1718:20
**hold** [2] - 1717:9,
1770:14
**HOLDINGS** [1] -
1658:11
**hole** [7] - 1670:6,
1672:18, 1717:14,
1718:18, 1732:21,
1781:24, 1785:23
**holler** [2] - 1697:18,
1779:4
**hollered** [1] -
1810:12
**HOLTHAUS** [1] -
1655:14
**home** [2] - 1733:25,
1740:24
**honest** [2] - 1687:15,
1721:13
**Honor** [32] - 1662:10,
1662:24, 1662:25,
1664:14, 1664:16,
1664:21, 1664:23,
1686:4, 1689:11,
1690:17, 1691:25,
1695:18, 1696:3,
1700:16, 1701:2,
1704:13, 1708:24,
1710:8, 1710:12,
1714:4, 1714:8,
1714:21, 1714:23,
1719:25, 1720:2,
1723:11, 1724:21,
1725:3, 1743:4,
1756:1, 1764:20,
1813:15
**HONORABLE** [1] -
1653:22
**hope** [1] - 1777:7
**hopefully** [1] -
1791:24
**HORIZON** [1] -
1653:5
**Horizon** [66] -
1667:4, 1669:14,
1674:11, 1677:1,
1677:6, 1677:21,
1680:2, 1685:24,
1691:14, 1691:19,
1692:1, 1692:3,
1692:4, 1692:19,

1693:1, 1693:2,
1699:7, 1699:17,
1699:21, 1700:18,
1701:9, 1701:17,
1704:1, 1708:13,
1708:22, 1711:24,
1718:8, 1718:22,
1720:11, 1723:19,
1728:20, 1734:18,
1736:7, 1739:7,
1740:3, 1741:10,
1742:21, 1742:22,
1744:2, 1759:22,
1766:13, 1767:8,
1767:14, 1768:20,
1768:23, 1769:1,
1772:1, 1772:24,
1776:2, 1777:4,
1777:12, 1778:17,
1783:22, 1787:6,
1788:9, 1788:13,
1789:25, 1790:8,
1791:1, 1792:4,
1792:11, 1793:1,
1801:5, 1811:12,
1812:8, 1812:19
**horrified** [1] - 1808:9
**host** [1] - 1811:20
**hot** [2] - 1720:25,
1726:14
**HOUMA** [1] - 1655:8
**hour** [1] - 1813:5
**hours** [6] - 1708:16,
1723:23, 1761:18,
1813:11
**house** [1] - 1741:19
**HOUSTON** [7] -
1655:19, 1658:19,
1659:8, 1659:17,
1659:18, 1660:4,
1660:9
**HSE** [1] - 1741:9
**huge** [1] - 1732:10
**hugely** [1] - 1701:24
**HUGH** [1] - 1660:7
**HUGHES** [1] -
1659:7
**huh** [4] - 1770:4,
1785:15, 1795:11,
1805:23
**Hulme** [1] - 1694:12
**human** [2] - 1720:23,
1721:2
**humid** [1] - 1720:25
**hundred** [1] - 1728:5
**hundreds** [1] -
1715:21
**hung** [2] - 1807:24,
1808:1
**hunter** [1] - 1742:12

**hunters** [1] - 1742:11
**Hurst** [2] - 1662:11,
1662:19
**hydrocarbons** [1] -
1689:24
**hydrostatic** [6] -
1673:6, 1783:19,
1784:6, 1784:7,
1784:14, 1784:17
**HYMEL** [1] - 1659:3
**hypothetical** [2] -
1686:5, 1715:20
**hypothetically** [1] -
1685:24

**I**

**I** [652] - 1661:1,
1662:3, 1662:7,
1662:20, 1662:25,
1663:2, 1663:4,
1663:5, 1663:9,
1663:10, 1663:19,
1663:21, 1664:16,
1664:24, 1664:25,
1665:5, 1665:6,
1665:9, 1665:16,
1665:18, 1665:20,
1665:21, 1666:1,
1666:2, 1666:4,
1666:7, 1666:16,
1666:20, 1666:21,
1667:10, 1667:11,
1667:25, 1668:13,
1669:4, 1669:8,
1669:11, 1669:18,
1669:22, 1670:17,
1671:3, 1671:15,
1671:16, 1671:20,
1671:21, 1672:2,
1672:12, 1673:2,
1673:3, 1673:25,
1674:12, 1674:21,
1675:15, 1676:6,
1676:22, 1676:25,
1677:10, 1677:19,
1678:3, 1678:25,
1679:1, 1679:9,
1679:10, 1679:25,
1680:5, 1680:14,
1680:20, 1680:23,
1681:2, 1681:22,
1682:2, 1682:13,
1682:21, 1682:23,
1683:7, 1683:17,
1683:20, 1683:25,
1684:8, 1684:9,
1684:11, 1684:19,
1685:12, 1685:17,
1685:23, 1686:4,

1686:20, 1686:25,
1687:15, 1687:22,
1688:4, 1688:10,
1688:15, 1688:25,
1689:1, 1689:6,
1690:6, 1690:7,
1690:17, 1691:5,
1691:17, 1691:20,
1691:25, 1692:7,
1692:8, 1692:9,
1693:2, 1693:11,
1693:12, 1693:14,
1693:17, 1693:20,
1693:24, 1693:25,
1694:2, 1694:7,
1694:11, 1694:15,
1694:22, 1695:9,
1695:11, 1695:12,
1697:4, 1697:6,
1697:20, 1698:8,
1698:12, 1698:13,
1699:1, 1699:3,
1699:6, 1699:13,
1699:16, 1699:25,
1700:6, 1700:16,
1700:18, 1700:19,
1700:22, 1700:25,
1702:6, 1702:8,
1702:9, 1702:10,
1703:6, 1703:13,
1704:4, 1704:7,
1704:13, 1704:17,
1705:1, 1705:4,
1705:5, 1705:7,
1705:13, 1705:15,
1705:18, 1705:20,
1705:21, 1705:22,
1705:23, 1705:24,
1705:25, 1706:3,
1706:15, 1706:16,
1706:19, 1707:1,
1707:3, 1707:6,
1707:9, 1707:10,
1707:15, 1708:5,
1708:9, 1708:11,
1708:15, 1709:17,
1709:19, 1710:5,
1710:7, 1710:8,
1711:18, 1711:23,
1712:4, 1712:20,
1712:24, 1713:1,
1713:3, 1713:5,
1713:6, 1713:8,
1713:14, 1713:15,
1714:18, 1714:19,
1715:10, 1715:15,
1715:20, 1715:25,
1716:2, 1716:4,
1716:8, 1716:11,
1717:3, 1717:12,
1718:2, 1718:5,

1718:6, 1719:4,
1719:5, 1719:8,
1719:9, 1719:10,
1719:21, 1719:23,
1720:12, 1720:20,
1720:21, 1721:3,
1721:4, 1721:6,
1721:10, 1721:17,
1721:21, 1721:25,
1722:5, 1722:14,
1723:7, 1723:11,
1723:20, 1723:21,
1723:25, 1724:1,
1724:13, 1724:21,
1725:7, 1725:19,
1725:21, 1726:1,
1726:9, 1727:1,
1727:3, 1727:5,
1727:13, 1727:22,
1727:25, 1728:7,
1728:11, 1728:15,
1729:2, 1729:6,
1729:9, 1729:13,
1729:17, 1729:21,
1729:22, 1730:6,
1730:23, 1730:24,
1731:3, 1731:5,
1731:6, 1731:9,
1731:10, 1731:12,
1731:14, 1731:22,
1731:23, 1732:3,
1732:4, 1732:8,
1732:9, 1732:11,
1732:14, 1732:20,
1732:25, 1733:2,
1733:3, 1733:4,
1733:6, 1733:9,
1733:10, 1733:13,
1733:15, 1733:25,
1734:2, 1734:3,
1734:7, 1734:9,
1734:15, 1735:9,
1735:11, 1735:16,
1735:19, 1735:20,
1735:21, 1735:22,
1735:23, 1735:25,
1736:13, 1736:22,
1737:11, 1737:12,
1737:13, 1738:4,
1738:7, 1738:9,
1738:18, 1738:23,
1739:17, 1740:2,
1740:4, 1740:22,
1741:3, 1741:19,
1741:21, 1742:16,
1743:4, 1743:9,
1743:12, 1743:22,
1744:2, 1744:3,
1744:15, 1744:21,
1746:9, 1746:23,
1750:24, 1750:25,

1751:1, 1751:6,
1753:17, 1753:22,
1753:25, 1754:10,
1754:14, 1754:20,
1754:21, 1755:14,
1756:3, 1756:8,
1757:8, 1757:12,
1757:13, 1757:20,
1757:21, 1758:18,
1759:20, 1760:3,
1760:9, 1761:3,
1761:12, 1761:19,
1761:25, 1762:5,
1762:17, 1762:19,
1762:25, 1763:4,
1763:5, 1764:20,
1764:22, 1765:1,
1765:9, 1765:15,
1765:19, 1765:21,
1765:25, 1766:2,
1766:4, 1766:7,
1766:10, 1766:19,
1767:9, 1767:13,
1767:16, 1768:3,
1768:8, 1768:16,
1768:21, 1769:16,
1770:9, 1771:1,
1771:12, 1771:15,
1772:3, 1773:18,
1774:18, 1775:2,
1775:8, 1776:12,
1776:15, 1777:7,
1777:8, 1778:14,
1778:18, 1779:23,
1780:7, 1780:12,
1780:16, 1780:17,
1781:6, 1782:5,
1782:7, 1782:15,
1783:5, 1784:9,
1784:16, 1786:9,
1787:10, 1788:10,
1788:15, 1788:24,
1788:25, 1789:2,
1789:3, 1789:16,
1790:17, 1791:6,
1791:17, 1792:6,
1792:12, 1792:16,
1793:10, 1793:11,
1794:12, 1794:21,
1794:23, 1795:5,
1795:8, 1795:12,
1795:22, 1795:24,
1795:25, 1796:4,
1796:5, 1796:6,
1796:9, 1796:10,
1796:13, 1796:17,
1796:19, 1796:24,
1796:25, 1797:4,
1797:11, 1797:22,
1797:24, 1798:7,
1798:9, 1798:13,

1798:19, 1799:2,
1799:4, 1799:7,
1800:8, 1800:19,
1801:11, 1801:16,
1801:21, 1802:5,
1802:22, 1802:24,
1803:9, 1803:11,
1803:18, 1803:23,
1804:11, 1804:18,
1804:21, 1804:25,
1805:10, 1805:12,
1805:13, 1806:3,
1806:4, 1806:5,
1807:3, 1807:5,
1807:6, 1807:8,
1807:17, 1807:18,
1807:21, 1807:22,
1808:1, 1808:3,
1808:4, 1808:9,
1808:13, 1808:18,
1808:19, 1808:20,
1808:21, 1808:22,
1808:23, 1808:24,
1809:4, 1809:6,
1809:7, 1809:8,
1809:9, 1809:10,
1809:11, 1809:12,
1809:15, 1809:16,
1809:18, 1809:19,
1809:20, 1809:21,
1809:23, 1809:24,
1810:1, 1810:3,
1810:12, 1810:21,
1810:22, 1810:23,
1810:25, 1811:1,
1811:2, 1811:3,
1811:16, 1811:19,
1812:2, 1812:14,
1812:22, 1812:24,
1813:12, 1814:5

**I'd** [2] - 1717:4,
1749:5

**I'll** [12] - 1684:18,
1684:20, 1690:18,
1700:21, 1709:19,
1710:22, 1712:8,
1714:7, 1716:1,
1743:4, 1799:7,
1806:6

**I'm** [32] - 1666:11,
1677:5, 1678:21,
1678:25, 1684:16,
1685:5, 1686:9,
1686:20, 1688:3,
1689:6, 1702:25,
1704:20, 1707:6,
1709:1, 1709:21,
1713:11, 1713:22,
1715:15, 1716:6,
1720:7, 1733:2,
1745:19, 1760:3,

1769:6, 1777:16,
1784:9, 1790:17,
1795:8, 1796:5,
1796:24, 1803:17,
1811:3

**I've** [29] - 1665:19,
1680:8, 1683:1,
1685:17, 1687:14,
1687:15, 1694:7,
1695:1, 1699:25,
1706:19, 1718:5,
1718:13, 1721:23,
1722:8, 1723:7,
1731:25, 1732:5,
1736:15, 1742:8,
1744:3, 1751:22,
1752:6, 1754:20,
1772:3, 1778:18,
1791:2, 1797:11,
1803:6

**i.e** [1] - 1700:11

**IADC** [4] - 1752:25,
1753:1, 1754:11,
1754:15

**Ibos** [2] - 1814:5,
1814:13

**IBOS** [1] - 1660:12

**ice** [1] - 1805:10

**ID** [1] - 1785:11

**idea** [4] - 1663:15,
1707:11, 1708:6,
1787:21

**ideas** [3] - 1728:19,
1740:10, 1741:21

**identification** [1] -
1776:23

**identified** [4] -
1700:15, 1701:5,
1702:12, 1759:17

**identify** [3] -
1700:14, 1771:22,
1774:20

**if** [147] - 1663:15,
1663:17, 1663:23,
1664:17, 1670:21,
1672:24, 1672:25,
1673:3, 1674:9,
1674:14, 1677:18,
1677:20, 1678:2,
1678:3, 1678:5,
1679:8, 1680:3,
1680:10, 1680:16,
1680:19, 1683:8,
1683:24, 1684:5,
1684:24, 1685:3,
1685:5, 1685:24,
1686:12, 1686:20,
1690:2, 1690:5,
1690:20, 1691:17,
1692:17, 1692:20,

1693:2, 1693:8,
1693:11, 1693:24,
1694:11, 1695:15,
1695:20, 1697:20,
1702:2, 1703:15,
1704:20, 1709:19,
1709:25, 1711:19,
1712:16, 1712:17,
1713:14, 1713:25,
1715:6, 1716:1,
1716:4, 1717:3,
1717:4, 1717:14,
1717:25, 1718:15,
1720:21, 1721:10,
1723:15, 1725:22,
1726:2, 1730:9,
1730:12, 1734:4,
1739:13, 1741:12,
1743:4, 1743:15,
1743:19, 1744:11,
1746:9, 1746:16,
1747:10, 1749:6,
1749:14, 1749:18,
1750:7, 1751:6,
1751:7, 1751:15,
1751:16, 1751:23,
1754:7, 1754:18,
1755:16, 1755:18,
1756:5, 1756:21,
1757:4, 1760:18,
1761:11, 1762:25,
1765:1, 1765:22,
1766:11, 1769:4,
1769:11, 1773:18,
1773:19, 1774:9,
1774:10, 1775:23,
1776:11, 1777:18,
1784:24, 1785:18,
1785:25, 1786:4,
1787:1, 1787:4,
1787:19, 1788:5,
1788:24, 1789:20,
1790:19, 1790:23,
1790:25, 1791:17,
1793:11, 1795:18,
1795:21, 1796:10,
1796:17, 1797:20,
1797:23, 1799:7,
1801:19, 1802:24,
1803:17, 1806:6,
1807:9, 1809:9,
1809:15, 1810:25,
1812:12

**IL** [1] - 1658:9

**immediately** [2] -
1704:10, 1742:15

**impact** [5] - 1720:18,
1727:8, 1746:16,
1787:11, 1797:17

**implement** [1] -
1802:23

**implementation** [1] -
1721:18

**implementing** [1] -
1782:12

**important** [2] -
1762:7, 1789:10

**impression** [1] -
1726:10

**impressionable** [1] -
1732:14

**impressive** [1] -
1766:16

**IMPREVENTO** [1] -
1654:18

**improper** [1] -
1771:4

**improperly** [1] -
1783:20

**improve** [2] -
1737:18, 1741:15

**improved** [1] -
1741:13

**impurities** [1] -
1763:24

**in** [424] - 1662:11,
1663:4, 1663:16,
1663:20, 1663:23,
1664:17, 1665:6,
1665:8, 1665:9,
1665:14, 1665:15,
1665:21, 1666:4,
1666:9, 1666:16,
1666:17, 1666:18,
1666:19, 1666:25,
1667:1, 1667:2,
1667:10, 1668:14,
1668:17, 1668:18,
1668:24, 1669:1,
1669:10, 1669:13,
1670:5, 1670:11,
1671:2, 1671:5,
1671:15, 1672:2,
1672:3, 1672:8,
1672:25, 1673:11,
1674:23, 1675:15,
1675:18, 1675:21,
1676:2, 1676:5,
1676:6, 1676:7,
1677:1, 1677:2,
1677:6, 1677:11,
1677:24, 1678:13,
1678:17, 1678:23,
1679:16, 1679:17,
1680:4, 1680:8,
1680:12, 1681:1,
1681:21, 1682:9,
1683:2, 1684:25,
1685:7, 1685:19,
1685:25, 1686:12,
1686:13, 1686:14,

1686:17, 1686:23,
1687:10, 1687:12,
1687:18, 1687:19,
1688:7, 1688:23,
1690:8, 1690:12,
1691:18, 1691:23,
1692:1, 1692:11,
1692:16, 1692:20,
1692:23, 1693:9,
1693:10, 1693:13,
1693:24, 1694:9,
1696:21, 1697:6,
1697:8, 1697:12,
1698:3, 1698:17,
1698:22, 1698:25,
1699:5, 1699:8,
1699:17, 1699:25,
1700:6, 1700:9,
1700:11, 1701:7,
1701:19, 1702:1,
1702:14, 1702:15,
1703:6, 1703:10,
1704:4, 1704:9,
1704:23, 1705:11,
1705:13, 1705:21,
1706:1, 1706:18,
1706:20, 1707:4,
1707:9, 1707:13,
1707:22, 1708:1,
1708:18, 1708:20,
1709:7, 1709:8,
1709:18, 1709:23,
1709:25, 1710:4,
1711:3, 1711:5,
1711:6, 1712:5,
1712:10, 1712:17,
1713:20, 1714:1,
1714:6, 1714:10,
1714:15, 1715:11,
1715:17, 1715:19,
1715:23, 1716:3,
1716:19, 1716:23,
1716:24, 1717:6,
1717:14, 1717:25,
1718:7, 1718:14,
1718:18, 1718:19,
1718:22, 1719:6,
1719:13, 1720:10,
1720:16, 1720:17,
1720:23, 1720:24,
1720:25, 1721:2,
1721:13, 1721:22,
1723:12, 1723:19,
1723:22, 1725:22,
1726:11, 1726:13,
1726:24, 1727:5,
1728:22, 1729:19,
1729:21, 1729:24,
1730:5, 1730:6,
1730:9, 1731:18,
1731:21, 1731:23,

1731:24, 1732:8,
1732:22, 1733:1,
1733:18, 1733:20,
1734:4, 1734:19,
1734:24, 1735:1,
1736:2, 1736:10,
1736:11, 1736:18,
1737:5, 1738:25,
1739:2, 1739:4,
1740:7, 1740:9,
1741:8, 1741:18,
1741:21, 1741:25,
1742:11, 1742:14,
1742:22, 1742:25,
1743:11, 1744:19,
1744:24, 1745:6,
1745:14, 1746:2,
1746:3, 1746:17,
1747:7, 1747:19,
1747:22, 1748:4,
1748:7, 1748:8,
1748:12, 1748:22,
1748:25, 1749:2,
1749:6, 1749:9,
1750:7, 1750:8,
1750:19, 1751:15,
1751:16, 1751:18,
1751:20, 1751:25,
1752:1, 1752:2,
1752:5, 1752:7,
1752:8, 1752:11,
1752:13, 1752:19,
1753:10, 1754:3,
1754:19, 1755:15,
1755:24, 1756:4,
1756:9, 1757:7,
1758:5, 1758:7,
1758:12, 1758:16,
1758:21, 1759:1,
1760:12, 1760:15,
1761:17, 1761:22,
1762:6, 1763:4,
1763:12, 1763:13,
1763:14, 1764:4,
1764:9, 1765:18,
1765:20, 1766:8,
1766:13, 1766:20,
1767:16, 1767:24,
1768:16, 1768:24,
1769:17, 1769:20,
1769:24, 1770:9,
1770:11, 1770:23,
1771:7, 1771:9,
1771:10, 1771:16,
1772:2, 1772:3,
1773:13, 1773:21,
1773:24, 1774:4,
1774:7, 1775:15,
1775:17, 1776:3,
1776:18, 1778:21,
1779:3, 1779:4,

1779:11, 1780:3,
1782:19, 1784:3,
1784:11, 1784:21,
1784:23, 1784:24,
1785:1, 1785:21,
1785:23, 1785:25,
1786:1, 1786:3,
1786:4, 1786:14,
1786:16, 1787:4,
1788:2, 1788:22,
1789:4, 1789:5,
1789:12, 1789:16,
1789:17, 1789:20,
1790:2, 1790:4,
1790:10, 1790:13,
1790:20, 1790:21,
1790:23, 1791:4,
1791:16, 1791:24,
1792:10, 1793:16,
1794:3, 1794:19,
1795:20, 1796:25,
1797:1, 1797:4,
1798:7, 1798:23,
1799:3, 1799:11,
1799:14, 1799:16,
1799:24, 1800:6,
1800:9, 1801:6,
1801:23, 1801:25,
1802:6, 1802:22,
1803:1, 1803:7,
1803:13, 1803:18,
1804:6, 1805:6,
1805:11, 1805:12,
1805:16, 1806:13,
1806:21, 1807:1,
1807:13, 1807:21,
1807:24, 1808:1,
1808:10, 1808:11,
1808:22, 1809:3,
1809:7, 1809:14,
1810:11, 1810:18,
1811:3, 1811:10,
1811:21, 1811:24,
1812:9, 1812:16,
1812:19, 1813:1,
1813:6, 1814:9

**IN** [6] - 1653:5,
1653:5, 1653:12,
1688:20, 1695:4,
1699:15

**INC** [5] - 1653:16,
1657:19, 1658:12,
1658:13, 1659:21

**inch** [1] - 1742:8

**incident** [14] -
1665:18, 1667:3,
1667:9, 1689:19,
1694:12, 1694:14,
1718:6, 1721:20,
1729:22, 1737:4,
1772:5, 1776:4,

1781:19, 1783:3
**incidents** [6] -
1665:23, 1665:24,
1666:20, 1667:8,
1791:3, 1799:13
**included** [5] -
1668:24, 1681:3,
1681:4, 1756:4,
1798:23
**including** [4] -
1668:5, 1704:3,
1757:5, 1773:14
**inconvenience** [1] -
1710:19
**increase** [3] -
1687:10, 1687:12,
1740:5
**increasing** [2] -
1720:23, 1721:20
**indeed** [1] - 1707:16
**independent** [1] -
1703:2
**indicate** [3] - 1687:8,
1737:3, 1749:15
**indicates** [3] -
1685:14, 1691:1,
1701:12
**indicating** [1] -
1747:21
**INDICATING)** [9] -
1744:7, 1744:20,
1745:8, 1747:21,
1748:9, 1749:17,
1750:1, 1785:20,
1790:6
**indication** [2] -
1685:14, 1685:19
**indirectly** [1] -
1741:3
**individual** [7] -
1663:3, 1674:13,
1701:11, 1701:14,
1702:11, 1738:25,
1742:10
**individuals** [3] -
1774:17, 1779:12,
1808:22
**industry** [2] - 1667:4,
1752:24
**information** [21] -
1668:1, 1684:3,
1684:14, 1711:20,
1711:22, 1712:1,
1744:22, 1744:23,
1745:12, 1747:14,
1747:17, 1747:24,
1757:11, 1760:15,
1760:17, 1760:22,
1767:21, 1771:10,
1773:16, 1776:8,

1792:18
**informed** [2] -
1668:7, 1686:15
**ingredients** [1] -
1674:5
**initial** [1] - 1675:21
**initially** [6] - 1679:7,
1706:24, 1766:21,
1787:15, 1801:9,
1801:11
**initiated** [3] -
1701:19, 1725:23,
1726:3
**injured** [1] - 1775:10
**injuries** [1] - 1810:19
**innovative** [1] -
1741:15
**input** [2] - 1703:7,
1804:22
**inside** [5] - 1705:12,
1738:1, 1779:6,
1785:19
**insisted** [2] -
1671:22, 1798:14
**installation** [1] -
1735:19
**instead** [3] - 1675:6,
1756:3, 1756:9
**instruction** [1] -
1670:20
**instrumentation** [1] -
1757:13
**integrity** [4] - 1672:8,
1672:17, 1685:20,
1687:9
**intense** [2] -
1812:15, 1813:12
**intensity** [1] -
1812:17
**intentionally** [2] -
1673:5, 1673:11
**interested** [1] -
1700:6
**Interior** [1] - 1667:5
**intermittent** [3] -
1746:9, 1746:21,
1746:25
**INTERNATIONAL** [1]
- 1659:11
**interpretation** [2] -
1676:20, 1678:17
**interpreted** [1] -
1728:7
**interpreting** [2] -
1676:19, 1684:25
**interview** [4] -
1702:2, 1702:3,
1764:12, 1764:21
**interviewed** [2] -
1699:4, 1699:14

**interviewing** [1] -
1701:14
**interviews** [3] -
1701:11, 1702:12,
1703:2
**intimidating** [1] -
1732:3
**into** [27] - 1662:15,
1663:3, 1663:10,
1664:11, 1665:24,
1670:6, 1698:12,
1706:3, 1715:21,
1721:9, 1743:3,
1761:6, 1779:15,
1780:4, 1788:16,
1789:17, 1795:14,
1798:2, 1806:14,
1806:16, 1807:5,
1808:20, 1809:19,
1809:20, 1809:23,
1811:21, 1812:1
**introduce** [2] -
1665:1, 1666:21
**investigate** [2] -
1684:10, 1704:11
**investigated** [1] -
1678:8
**investigation** [1] -
1764:13
**invoking** [1] -
1678:19
**involve** [1] - 1674:24
**involved** [10] -
1668:14, 1671:2,
1671:5, 1681:8,
1681:20, 1682:9,
1693:24, 1779:12,
1798:25, 1802:6
**involvement** [1] -
1670:11
**involving** [4] -
1666:20, 1678:17,
1683:15, 1694:6
**IRPINO** [2] -
1655:21, 1655:21
**isn't** [2] - 1690:10,
1731:4
**issue** [8] - 1663:7,
1707:20, 1709:12,
1721:2, 1721:10,
1726:24, 1788:17
**issues** [6] - 1667:7,
1668:7, 1700:3,
1721:16, 1776:20
**Issues** [1] - 1700:2
**It** [1] - 1781:22
**it** [477] - 1662:13,
1662:21, 1663:9,
1663:14, 1663:22,
1663:23, 1665:20,

1666:7, 1666:8,
1666:24, 1667:7,
1669:15, 1669:17,
1670:18, 1671:9,
1671:10, 1671:21,
1672:11, 1672:12,
1672:13, 1673:2,
1673:5, 1673:8,
1674:2, 1674:5,
1674:22, 1675:15,
1675:23, 1675:24,
1676:4, 1676:5,
1677:16, 1677:22,
1678:14, 1678:20,
1679:1, 1679:5,
1679:7, 1679:9,
1679:11, 1679:14,
1680:3, 1680:17,
1680:21, 1680:22,
1681:3, 1681:5,
1681:7, 1682:8,
1682:11, 1682:12,
1682:14, 1682:16,
1682:17, 1684:4,
1685:2, 1685:11,
1686:9, 1687:16,
1687:25, 1688:8,
1688:10, 1688:15,
1688:21, 1689:3,
1689:8, 1690:3,
1690:9, 1690:10,
1690:15, 1690:20,
1690:21, 1690:22,
1691:1, 1691:6,
1691:8, 1691:9,
1692:7, 1693:12,
1693:14, 1693:25,
1694:7, 1695:2,
1696:2, 1696:21,
1696:25, 1697:1,
1697:5, 1697:8,
1697:15, 1697:16,
1697:17, 1697:25,
1698:16, 1699:17,
1699:25, 1700:1,
1701:17, 1701:21,
1702:8, 1702:9,
1702:25, 1703:1,
1703:6, 1703:18,
1704:24, 1705:20,
1705:24, 1705:25,
1706:2, 1706:12,
1706:20, 1706:23,
1707:4, 1707:6,
1707:25, 1708:10,
1708:15, 1709:17,
1709:21, 1710:6,
1711:18, 1711:22,
1712:2, 1712:8,
1713:16, 1713:21,
1715:2, 1715:9,

1716:1, 1716:3,
1716:4, 1716:6,
1716:22, 1716:24,
1717:1, 1717:4,
1717:7, 1717:13,
1717:16, 1717:20,
1717:21, 1717:25,
1718:5, 1718:6,
1718:24, 1719:11,
1719:16, 1720:13,
1720:22, 1721:3,
1721:16, 1721:19,
1721:22, 1722:14,
1722:17, 1722:20,
1723:2, 1723:25,
1724:1, 1724:8,
1724:17, 1726:16,
1726:17, 1726:21,
1727:1, 1727:6,
1727:7, 1727:10,
1727:22, 1728:7,
1728:21, 1729:23,
1731:5, 1731:6,
1732:1, 1732:3,
1732:4, 1732:9,
1732:10, 1732:11,
1732:14, 1733:1,
1733:4, 1733:15,
1733:16, 1733:17,
1733:25, 1734:15,
1734:16, 1735:17,
1736:4, 1736:9,
1737:2, 1738:9,
1738:20, 1739:22,
1740:11, 1740:14,
1740:22, 1742:10,
1743:1, 1743:13,
1743:16, 1743:20,
1743:22, 1743:23,
1744:2, 1745:3,
1745:7, 1745:8,
1745:9, 1746:1,
1746:2, 1746:4,
1746:9, 1746:19,
1746:23, 1746:24,
1747:12, 1747:14,
1747:15, 1747:16,
1747:23, 1748:2,
1748:12, 1748:13,
1748:16, 1748:17,
1748:18, 1748:21,
1749:2, 1749:5,
1749:8, 1749:9,
1749:16, 1750:3,
1750:6, 1750:18,
1750:19, 1751:16,
1751:19, 1752:25,
1753:6, 1753:17,
1754:2, 1754:19,
1754:21, 1755:12,
1755:19, 1755:20,

1755:23, 1756:19,
1759:12, 1761:1,
1761:8, 1761:16,
1761:19, 1761:21,
1761:22, 1761:25,
1762:2, 1762:7,
1763:5, 1763:6,
1763:19, 1763:20,
1763:21, 1763:22,
1763:25, 1764:3,
1764:16, 1764:19,
1764:23, 1765:1,
1765:7, 1765:14,
1765:20, 1765:24,
1765:25, 1766:13,
1766:15, 1766:21,
1767:2, 1767:16,
1767:19, 1768:6,
1768:8, 1768:23,
1769:6, 1769:23,
1770:8, 1770:12,
1770:15, 1771:15,
1771:16, 1772:2,
1772:18, 1773:18,
1775:3, 1775:8,
1775:13, 1775:21,
1776:9, 1777:20,
1777:21, 1778:6,
1778:12, 1778:23,
1779:12, 1779:13,
1779:23, 1780:11,
1780:21, 1781:2,
1782:13, 1782:17,
1782:25, 1783:23,
1784:5, 1784:16,
1784:22, 1785:4,
1785:7, 1785:10,
1785:17, 1785:18,
1785:19, 1786:4,
1786:6, 1786:8,
1786:22, 1787:8,
1788:7, 1788:8,
1788:15, 1789:10,
1789:16, 1789:25,
1791:2, 1791:10,
1791:13, 1791:15,
1791:18, 1791:24,
1792:8, 1793:8,
1793:12, 1795:12,
1795:17, 1795:21,
1795:22, 1796:4,
1796:7, 1796:8,
1796:13, 1796:15,
1796:17, 1796:18,
1797:2, 1797:4,
1797:6, 1797:7,
1797:11, 1797:22,
1797:23, 1798:24,
1799:4, 1799:5,
1799:10, 1799:16,

1800:5, 1800:23,
1801:2, 1801:17,
1801:18, 1801:19,
1801:21, 1802:5,
1802:7, 1802:14,
1802:15, 1802:18,
1803:11, 1804:11,
1805:14, 1805:15,
1806:3, 1806:5,
1806:19, 1808:5,
1808:10, 1808:11,
1809:1, 1809:9,
1809:13, 1809:14,
1809:21, 1809:22,
1809:23, 1810:3,
1810:21, 1811:5,
1811:6, 1811:17,
1812:3, 1812:9,
1812:10, 1812:14,
1812:17, 1812:22,
1813:4, 1813:5,
1813:18
**it'll** [1] - 1743:16
**it's** [93] - 1666:2,
1666:5, 1666:7,
1666:20, 1667:7,
1672:20, 1672:24,
1674:4, 1679:10,
1684:8, 1686:16,
1690:22, 1691:6,
1694:15, 1694:16,
1696:12, 1708:18,
1709:1, 1709:18,
1715:8, 1715:24,
1717:8, 1717:10,
1717:23, 1720:21,
1721:23, 1722:5,
1727:9, 1727:22,
1731:17, 1733:15,
1733:19, 1733:20,
1733:25, 1734:2,
1736:2, 1742:16,
1744:3, 1744:24,
1745:7, 1745:17,
1747:10, 1749:18,
1751:15, 1752:2,
1753:6, 1753:12,
1754:20, 1755:21,
1756:21, 1756:23,
1758:1, 1760:17,
1760:18, 1760:19,
1760:20, 1760:21,
1761:3, 1762:11,
1763:6, 1763:23,
1765:14, 1766:15,
1766:17, 1767:3,
1767:5, 1767:6,
1770:19, 1771:3,
1771:4, 1775:7,
1775:8, 1777:16,
1780:3, 1780:12,

1781:19, 1782:3,
1782:8, 1785:7,
1785:23, 1786:9,
1786:18, 1789:16,
1791:21, 1792:12,
1795:16, 1796:17,
1806:11, 1813:17
**item** [1] - 1757:15
**items** [1] - 1759:17
**its** [6] - 1667:1,
1699:25, 1727:8,
1756:5, 1770:11,
1772:7
**itself** [1] - 1813:1

## J

**J** [9] - 1653:8,
1653:22, 1654:7,
1654:22, 1657:5,
1658:7, 1658:14,
1659:3, 1659:15
**JAMES** [2] - 1654:3,
1657:10
**January** [1] - 1792:8
**jar** [1] - 1742:2
**Jason** [77] - 1676:7,
1676:11, 1680:20,
1681:2, 1681:9,
1681:12, 1681:25,
1682:7, 1682:13,
1683:5, 1683:10,
1683:11, 1683:14,
1684:5, 1684:12,
1684:22, 1684:24,
1686:2, 1697:8,
1704:5, 1704:17,
1713:11, 1713:21,
1728:12, 1729:7,
1729:10, 1729:20,
1729:21, 1736:24,
1737:8, 1737:10,
1737:14, 1737:15,
1737:16, 1737:19,
1738:5, 1738:17,
1738:21, 1739:3,
1739:6, 1740:1,
1740:2, 1740:13,
1740:16, 1749:22,
1750:2, 1752:4,
1752:6, 1752:8,
1753:4, 1753:15,
1754:23, 1755:8,
1756:15, 1758:12,
1759:6, 1759:15,
1774:15, 1778:10,
1778:15, 1783:9,
1793:19, 1793:20,
1793:23, 1802:22,
1803:7, 1803:15,

1805:13, 1805:25, 1806:20, 1807:1, 1807:9, 1807:14, 1807:17, 1807:18, 1807:24

**Jason's** [3] - 1805:16, 1808:10, 1808:11

**JEFFERSON** [2] - 1654:4, 1659:4

**JEFFREY** [1] - 1654:18

**JERRY** [1] - 1660:3

**JESSICA** [2] - 1656:15, 1656:16

**jetted** [1] - 1760:21

**Jim** [1] - 1694:6

**Jimmy** [30] - 1671:17, 1671:25, 1672:1, 1672:5, 1672:7, 1672:11, 1673:24, 1673:25, 1674:1, 1674:14, 1674:16, 1674:19, 1684:9, 1686:11, 1698:18, 1698:20, 1736:22, 1781:14, 1781:15, 1783:13, 1798:14, 1798:21, 1805:22, 1805:24, 1807:12, 1807:13, 1807:15, 1807:16, 1807:20

**JIMMY** [1] - 1655:18

**Jimmy's** [1] - 1671:24

**job** [27] - 1668:12, 1668:17, 1669:7, 1669:12, 1669:24, 1673:2, 1673:5, 1678:10, 1678:14, 1680:23, 1713:7, 1715:5, 1727:8, 1733:1, 1735:17, 1736:2, 1737:22, 1742:7, 1742:20, 1750:14, 1765:20, 1772:11, 1774:11, 1784:2, 1796:7, 1796:8, 1797:5

**jobs** [5] - 1723:22, 1728:4, 1737:25, 1783:18, 1783:24

**John** [4] - 1735:6, 1762:18, 1762:19, 1764:12

**JOHN** [3] - 1655:14, 1659:7, 1660:8

**John's** [1] - 1727:17

**Johnson** [2] -

1727:15, 1798:7

**joined** [1] - 1741:5

**joint** [7] - 1789:19, 1789:20, 1789:24, 1790:10, 1790:13, 1790:20, 1790:23

**joints** [1] - 1790:5

**JONES** [1] - 1659:16

**joy** [1] - 1744:17

**JR** [2] - 1654:22, 1659:22

**Jr** [2] - 1662:10, 1694:12

**judge** [5] - 1675:4, 1753:3, 1760:1, 1763:12, 1791:15

**Judge** [12] - 1663:11, 1664:4, 1664:7, 1664:22, 1665:20, 1666:17, 1709:1, 1730:10, 1743:10, 1743:13, 1768:16, 1779:1

**JUDGE** [1] - 1653:23

**judgment** [1] - 1739:11

**July** [1] - 1694:19

**jump** [2] - 1728:22, 1812:10

**jumped** [3] - 1808:18, 1812:9

**June** [1] - 1666:14

**just** [109] - 1653:18, 1664:10, 1664:24, 1665:19, 1668:17, 1669:4, 1670:9, 1670:24, 1675:1, 1675:24, 1676:9, 1679:2, 1679:10, 1681:1, 1687:14, 1687:16, 1691:9, 1691:13, 1691:25, 1692:4, 1695:6, 1695:10, 1696:25, 1697:1, 1698:10, 1698:13, 1698:17, 1699:13, 1701:12, 1702:3, 1702:9, 1704:11, 1706:2, 1709:2, 1710:22, 1711:22, 1712:21, 1714:19, 1718:5, 1720:2, 1720:21, 1720:22, 1721:11, 1722:7, 1722:8, 1722:25, 1723:3, 1725:19, 1725:25, 1727:9, 1733:24, 1734:15, 1737:7, 1738:24, 1743:15,

1745:8, 1745:14, 1746:4, 1746:11, 1746:23, 1749:7, 1749:13, 1754:12, 1754:20, 1755:16, 1756:9, 1756:21, 1757:13, 1757:23, 1758:3, 1759:24, 1761:11, 1763:7, 1765:1, 1768:1, 1768:2, 1768:14, 1769:6, 1770:7, 1772:12, 1774:12, 1774:14, 1775:2, 1775:8, 1777:18, 1778:13, 1779:16, 1781:2, 1781:5, 1783:2, 1787:11, 1789:15, 1793:23, 1795:24, 1796:23, 1797:12, 1797:16, 1799:10, 1799:23, 1801:21, 1802:7, 1802:18, 1807:3, 1808:2, 1808:4, 1809:8, 1810:5, 1812:15

**JUSTICE** [4] - 1656:3, 1656:8, 1656:14, 1656:20

# K

**K** [1] - 1657:21

**Kaluza** [4] - 1671:20, 1676:15, 1800:10, 1803:19

**Kanner** [3] - 1661:7, 1720:3, 1723:15

**KANNER** [7] - 1657:14, 1657:15, 1720:2, 1720:5, 1723:17, 1724:5, 1724:24

**KAREN** [1] - 1660:12

**Karen** [2] - 1814:5, 1814:13

**karen_lbos@laed. uscourts.gov** [1] - 1660:15

**KARIS** [3] - 1658:7, 1664:16, 1664:21

**Karis** [1] - 1664:24

**KATZ** [1] - 1654:7

**keep** [6] - 1690:7, 1711:20, 1712:2, 1735:22, 1767:10, 1767:20

**keeping** [1] - 1767:23

**KELLEY** [1] - 1656:22

**kept** [2] - 1713:20, 1772:13

**KERRY** [1] - 1658:14

**key** [3] - 1744:16, 1747:14, 1789:8

**keypads** [1] - 1748:10

**kick** [24] - 1691:2, 1691:5, 1693:3, 1693:4, 1693:16, 1693:18, 1693:19, 1730:13, 1730:18, 1747:1, 1751:7, 1751:9, 1751:14, 1759:21, 1761:20, 1762:20, 1763:2, 1764:13, 1765:18, 1765:23, 1779:15, 1809:14

**kicks** [10] - 1691:13, 1691:18, 1691:21, 1692:8, 1692:17, 1693:13, 1753:10, 1783:18, 1783:24

**Kicks** [1] - 1784:5

**kill** [25] - 1674:24, 1675:6, 1675:8, 1679:12, 1679:22, 1679:24, 1680:4, 1680:12, 1682:25, 1683:16, 1684:6, 1686:23, 1687:20, 1688:23, 1704:9, 1704:23, 1749:15, 1753:11, 1800:24, 1801:13, 1801:15, 1802:1, 1802:14, 1802:18, 1804:20

**kills** [1] - 1757:20

**KINCHEN** [2] - 1659:7, 1659:7

**kind** [13] - 1705:2, 1717:10, 1722:7, 1737:15, 1738:1, 1745:12, 1747:10, 1760:15, 1760:20, 1763:8, 1767:3, 1792:25, 1810:18

**kinds** [1] - 1705:21

**KIRKLAND** [1] - 1658:6

**knew** [21] - 1669:11, 1670:16, 1670:17, 1677:16, 1681:2, 1695:23, 1717:1, 1729:14, 1730:6, 1733:4, 1750:24, 1750:25, 1751:1,

1771:13, 1794:14, 1802:22, 1802:25, 1807:21, 1809:8, 1809:24

**knocked** [2] - 1707:5, 1809:9

**know** [168] - 1664:18, 1668:13, 1670:23, 1672:1, 1673:2, 1673:3, 1673:9, 1673:11, 1673:25, 1674:9, 1674:12, 1674:14, 1676:25, 1678:25, 1679:1, 1679:2, 1679:4, 1679:8, 1680:15, 1680:19, 1680:20, 1681:21, 1681:24, 1682:18, 1683:8, 1683:24, 1683:25, 1684:1, 1684:8, 1685:7, 1685:10, 1685:17, 1685:19, 1686:20, 1686:21, 1686:22, 1687:22, 1688:9, 1688:11, 1688:12, 1688:15, 1688:16, 1688:25, 1689:14, 1690:6, 1692:9, 1693:2, 1693:12, 1693:13, 1693:24, 1695:1, 1695:9, 1695:11, 1695:20, 1696:16, 1696:23, 1697:3, 1697:4, 1698:11, 1699:25, 1701:8, 1703:10, 1704:8, 1704:12, 1705:2, 1705:4, 1705:5, 1705:15, 1705:23, 1706:24, 1706:25, 1707:1, 1707:8, 1707:10, 1709:17, 1711:23, 1712:16, 1712:20, 1713:14, 1714:16, 1716:4, 1717:3, 1719:2, 1719:9, 1721:8, 1723:5, 1727:22, 1728:16, 1729:18, 1729:22, 1730:16, 1732:11, 1733:10, 1733:22, 1733:25, 1734:2, 1734:4, 1735:8, 1735:21, 1741:23, 1744:15, 1746:8, 1746:25, 1748:13, 1749:8, 1751:1, 1753:15, 1753:17, 1754:20,

1755:14, 1756:16, 1760:20, 1763:1, 1763:4, 1763:10, 1764:22, 1765:19, 1769:4, 1769:8, 1769:12, 1770:23, 1773:18, 1773:19, 1775:11, 1779:21, 1779:23, 1780:6, 1780:25, 1782:15, 1788:6, 1789:14, 1790:13, 1790:18, 1791:17, 1794:13, 1795:25, 1796:24, 1799:5, 1799:7, 1801:11, 1801:19, 1802:5, 1802:6, 1802:24, 1803:5, 1805:4, 1806:5, 1806:20, 1807:19, 1807:20, 1807:21, 1807:22, 1808:13, 1809:6, 1809:9, 1810:3, 1810:23, 1812:7, 1813:14

**knowing** [2] - 1681:2, 1690:10

**knowledge** [36] - 1668:6, 1668:9, 1668:11, 1669:1, 1669:17, 1673:23, 1677:23, 1678:20, 1678:21, 1681:11, 1682:18, 1682:21, 1683:21, 1687:17, 1687:20, 1697:2, 1704:8, 1706:15, 1706:17, 1707:15, 1707:16, 1708:9, 1712:14, 1714:25, 1718:13, 1718:23, 1739:2, 1747:6, 1762:8, 1762:24, 1769:22, 1788:25, 1790:18, 1801:24, 1811:13, 1812:2

**Knowledge** [1] - 1738:25

**known** [4] - 1696:22, 1737:10, 1737:11, 1806:23

**knows** [1] - 1757:18

**Kongsberg** [1] - 1747:9

**Korea** [3] - 1766:14, 1766:18, 1766:20

**KRAUS** [1] - 1657:15

**KULLMAN** [1] - 1654:14

# L

**L** [2] - 1657:4, 1658:18

**L.L.C** [1] - 1660:6

**LA** [15] - 1654:5, 1654:8, 1654:16, 1654:23, 1655:8, 1655:12, 1655:15, 1655:22, 1657:12, 1657:16, 1657:23, 1658:15, 1659:5, 1659:13, 1660:14

**LAFAYETTE** [2] - 1654:5, 1659:5

**LAFLEUR** [1] - 1659:3

**laid** [3] - 1705:21, 1808:1, 1809:10

**LAMAR** [1] - 1660:4

**landed** [1] - 1732:16

**LANGAN** [1] - 1658:7

**large** [5] - 1693:13, 1749:5, 1791:7, 1798:19, 1800:3

**larger** [1] - 1789:18

**LASALLE** [1] - 1658:8

**laser** [1] - 1743:5

**last** [28] - 1664:7, 1664:10, 1672:20, 1690:7, 1696:10, 1696:12, 1712:9, 1724:6, 1728:23, 1737:13, 1738:11, 1741:4, 1753:12, 1754:15, 1754:20, 1759:9, 1760:3, 1761:14, 1761:15, 1770:8, 1770:15, 1780:13, 1784:1, 1786:3, 1797:16, 1811:12, 1812:3, 1812:4

**lasted** [1] - 1813:4

**late** [5] - 1671:15, 1674:18, 1689:8, 1690:14, 1799:16

**later** [5] - 1691:4, 1758:20, 1764:12, 1764:25, 1793:10

**launched** [1] - 1812:6

**LAW** [3] - 1655:7, 1655:10, 1655:21

**LAWRENCE** [1] - 1656:17

**lay** [1] - 1809:15

**lead** [5] - 1689:19,

1778:11, 1778:12, 1778:16, 1780:2

**leader** [20] - 1671:19, 1677:12, 1677:17, 1677:21, 1677:23, 1678:3, 1678:5, 1681:8, 1711:19, 1712:1, 1714:11, 1714:25, 1715:9, 1734:20, 1760:12, 1762:14, 1782:23, 1783:1, 1807:2, 1807:10

**leaders** [16] - 1668:2, 1676:8, 1679:11, 1679:1, 1705:3, 1711:25, 1712:10, 1762:15, 1762:22, 1776:20, 1780:3, 1795:18, 1800:10, 1801:16, 1803:17, 1804:3

**Leadership** [1] - 1754:6

**leadership** [11] - 1700:9, 1702:10, 1702:12, 1702:21, 1702:22, 1703:3, 1703:21, 1704:2, 1734:19

**leading** [4] - 1667:25, 1778:13, 1778:19, 1787:16

**leaning** [1] - 1763:9

**learn** [1] - 1733:6

**learned** [8] - 1672:5, 1682:22, 1682:24, 1685:13, 1693:19, 1694:9, 1695:6, 1695:24

**learning** [1] - 1774:20

**LEASING** [1] - 1653:13

**leasing** [1] - 1718:16

**least** [7] - 1663:7, 1674:19, 1689:3, 1713:23, 1723:13, 1733:4, 1809:24

**leave** [14] - 1709:13, 1711:6, 1711:9, 1711:11, 1742:4, 1756:3, 1756:7, 1756:13, 1803:10, 1810:19, 1811:3, 1811:9, 1811:12, 1812:4

**leaving** [5] - 1709:13, 1737:20, 1740:24, 1803:21,

1811:4

**led** [1] - 1777:6

**Lee** [3] - 1760:12, 1762:13, 1765:17

**left** [16] - 1667:23, 1712:24, 1712:25, 1713:1, 1737:13, 1748:5, 1749:16, 1769:14, 1769:17, 1777:8, 1791:23, 1802:21, 1803:13, 1806:15, 1812:3, 1812:7

**left-hand** [1] - 1749:16

**LEGER** [3] - 1654:21, 1654:22, 1662:10

**Leger** [1] - 1662:10

**length** [3] - 1675:9, 1729:10, 1739:25

**lengthy** [4] - 1752:17, 1753:13, 1758:16, 1780:7

**less** [4] - 1701:19, 1717:18, 1717:19, 1718:1

**lesson** [1] - 1672:6

**lessons** [3] - 1693:19, 1694:9, 1695:6

**let** [23] - 1664:18, 1683:10, 1687:1, 1690:20, 1698:23, 1703:1, 1709:19, 1719:11, 1720:22, 1738:9, 1747:8, 1747:12, 1749:13, 1763:1, 1765:15, 1768:1, 1771:6, 1773:18, 1775:2, 1793:18, 1798:2, 1810:2

**let's** [85] - 1668:4, 1678:4, 1690:2, 1692:16, 1693:12, 1694:1, 1699:24, 1701:9, 1703:18, 1712:5, 1715:4, 1717:20, 1718:22, 1721:10, 1722:7, 1722:25, 1723:9, 1723:15, 1725:8, 1726:4, 1727:11, 1727:21, 1727:25, 1728:2, 1734:10, 1735:17, 1736:3, 1736:5, 1737:7, 1738:12, 1738:24, 1740:1, 1741:1,

1741:25, 1742:20, 1742:21, 1743:3, 1744:4, 1744:5, 1745:18, 1748:22, 1749:21, 1752:13, 1753:20, 1754:4, 1755:1, 1755:16, 1755:24, 1757:1, 1757:2, 1757:12, 1758:2, 1758:18, 1759:24, 1760:23, 1761:2, 1761:12, 1764:11, 1764:14, 1766:10, 1767:17, 1768:10, 1771:19, 1773:3, 1773:10, 1773:21, 1777:14, 1777:15, 1781:5, 1781:6, 1781:18, 1781:21, 1783:2, 1783:6, 1783:17, 1785:2, 1786:10, 1789:15, 1790:2, 1791:13, 1799:14, 1813:17

**letter** [9] - 1666:9, 1666:10, 1667:5, 1667:6, 1667:7, 1734:8, 1734:14, 1735:4

**letters** [2] - 1734:6, 1774:1

**level** [14] - 1671:2, 1701:7, 1701:19, 1702:24, 1726:3, 1729:14, 1729:19, 1729:24, 1730:5, 1737:23, 1755:11, 1785:7, 1786:19

**levels** [1] - 1730:2

**lever** [3] - 1716:23, 1717:7, 1717:21

**LEWIS** [5] - 1654:14, 1657:20, 1659:21, 1660:3, 1660:6

**LI** [1] - 1658:23

**license** [4] - 1737:19, 1739:17, 1739:23, 1740:6

**life** [14] - 1672:25, 1703:23, 1703:24, 1704:6, 1718:14, 1730:14, 1731:1, 1731:25, 1811:10, 1811:22, 1812:1, 1812:4, 1812:6, 1812:19

**LIFE** [1] - 1654:15

**lifeboat** [3] - 1810:21, 1811:25,

1812:6
**lift** [4] - 1791:20, 1796:7, 1796:11, 1804:7
**lifted** [1] - 1806:14
**light** [5] - 1664:17, 1685:1, 1701:20, 1702:14, 1749:15
**lighter** [1] - 1673:7
**lightpost** [1] - 1809:25
**lightposts** [2] - 1811:8, 1811:9
**like** [109] - 1662:14, 1663:4, 1666:8, 1668:23, 1669:10, 1669:15, 1670:9, 1671:21, 1672:25, 1673:18, 1674:6, 1674:21, 1675:19, 1675:25, 1676:7, 1681:2, 1681:22, 1684:13, 1687:8, 1688:10, 1689:15, 1691:11, 1691:12, 1693:13, 1694:9, 1694:16, 1695:12, 1696:11, 1697:6, 1697:14, 1697:17, 1698:8, 1698:16, 1701:22, 1703:7, 1704:4, 1705:25, 1706:2, 1706:21, 1707:22, 1708:22, 1711:13, 1711:14, 1713:15, 1717:11, 1717:15, 1718:24, 1722:5, 1722:8, 1722:17, 1722:20, 1723:16, 1723:21, 1724:1, 1725:19, 1728:15, 1729:12, 1729:13, 1731:24, 1732:1, 1733:11, 1734:17, 1735:2, 1735:19, 1735:22, 1739:7, 1741:13, 1742:8, 1742:11, 1742:16, 1746:13, 1747:16, 1748:5, 1748:11, 1752:18, 1752:20, 1752:25, 1753:6, 1754:18, 1757:17, 1760:1, 1760:19, 1767:3, 1767:6, 1767:19, 1769:18, 1769:24, 1770:7, 1770:12, 1775:17, 1776:10, 1777:5, 1778:10,

1780:12, 1785:13, 1787:1, 1795:18, 1797:16, 1802:6, 1802:7, 1808:21, 1811:5, 1811:6, 1813:4, 1813:12, 1813:13
**liked** [3] - 1726:21, 1741:23, 1742:6
**likely** [1] - 1790:22
**likewise** [1] - 1665:11
**liking** [1] - 1726:16
**limine** [2] - 1665:21, 1666:18
**limitations** [1] - 1688:12
**limited** [4] - 1694:7, 1694:8, 1694:15, 1694:17
**Line** [6] - 1728:8
**line** [43] - 1674:24, 1675:7, 1675:8, 1679:12, 1679:22, 1679:24, 1680:4, 1680:12, 1682:25, 1683:16, 1684:6, 1686:23, 1687:20, 1688:23, 1696:11, 1696:12, 1704:9, 1704:23, 1706:21, 1706:22, 1715:16, 1722:18, 1722:21, 1722:25, 1728:12, 1728:13, 1749:15, 1757:20, 1759:4, 1763:22, 1763:23, 1769:24, 1773:25, 1786:3, 1788:3, 1800:24, 1801:13, 1801:15, 1802:1, 1802:14, 1802:18, 1804:20
**lined** [7] - 1674:4, 1675:2, 1679:5, 1679:8, 1679:9, 1801:18
**lines** [1] - 1729:15
**lineup** [1] - 1801:23
**LISKOW** [1] - 1657:20
**list** [8] - 1662:12, 1662:20, 1663:2, 1664:8, 1664:17, 1664:25, 1700:6, 1776:13
**listed** [3] - 1753:24, 1754:5, 1754:7
**listen** [1] - 1728:16
**listened** [1] - 1728:8

**lists** [1] - 1748:12
**LITIGATION** [1] - 1656:21
**little** [31] - 1671:15, 1675:2, 1676:14, 1682:8, 1693:14, 1702:1, 1711:19, 1714:18, 1716:7, 1717:19, 1718:5, 1720:9, 1730:20, 1731:14, 1740:23, 1742:1, 1743:1, 1748:22, 1749:21, 1749:25, 1752:13, 1769:11, 1769:13, 1780:4, 1793:10, 1793:18, 1796:6, 1798:8, 1802:7, 1806:7, 1812:9
**live** [6] - 1703:23, 1703:24, 1731:6, 1731:22, 1772:19, 1806:6
**lived** [2] - 1705:24, 1731:25
**lives** [2] - 1711:3, 1711:16
**living** [4] - 1731:6, 1809:23, 1810:10, 1810:19
**LLC** [1] - 1658:11
**Lloyd** [1] - 1727:22
**Lloyd's** [3] - 1724:3, 1724:5, 1728:22
**Lloyds** [5] - 1720:8, 1720:16, 1725:20, 1726:7, 1728:1
**load** [2] - 1774:11, 1811:7
**location** [6] - 1768:25, 1769:3, 1769:5, 1769:7, 1769:8, 1790:23
**locations** [2] - 1748:14, 1793:22
**lodged** [1] - 1664:10
**log** [11] - 1669:24, 1669:25, 1670:2, 1670:5, 1796:10, 1796:12, 1796:20, 1797:3, 1797:8, 1797:17, 1804:7
**logger** [1] - 1779:14
**logging** [11] - 1719:14, 1719:15, 1781:23, 1782:2, 1782:3, 1782:4, 1782:8, 1782:13, 1782:21, 1785:12, 1797:12

**long** [29] - 1683:11, 1706:4, 1707:8, 1708:12, 1712:6, 1716:22, 1716:24, 1717:13, 1717:25, 1718:19, 1722:10, 1726:7, 1726:25, 1727:6, 1729:7, 1730:6, 1733:25, 1737:10, 1740:12, 1741:2, 1755:12, 1755:23, 1770:8, 1770:14, 1770:15, 1785:8, 1787:10, 1810:8
**longer** [1] - 1727:4
**longest** [1] - 1729:9
**look** [50] - 1664:17, 1681:17, 1685:13, 1687:16, 1687:22, 1690:21, 1705:24, 1727:21, 1727:25, 1728:2, 1732:9, 1734:12, 1736:3, 1736:5, 1738:24, 1740:1, 1741:15, 1753:20, 1755:24, 1757:1, 1757:2, 1757:4, 1757:12, 1757:14, 1758:18, 1759:9, 1759:24, 1760:23, 1761:2, 1761:14, 1764:11, 1764:14, 1766:10, 1767:17, 1768:1, 1768:10, 1773:3, 1773:10, 1781:5, 1781:6, 1785:2, 1786:10, 1790:2, 1791:13, 1791:25, 1793:12, 1812:20, 1813:2
**looked** [15] - 1687:12, 1687:14, 1687:21, 1687:25, 1699:7, 1706:20, 1721:9, 1732:8, 1732:23, 1733:3, 1753:23, 1768:14, 1792:16, 1794:8, 1813:13
**looking** [27] - 1686:19, 1687:1, 1687:5, 1687:6, 1687:7, 1726:6, 1732:3, 1738:25, 1739:9, 1751:8, 1754:3, 1756:15, 1757:6, 1758:5, 1760:4, 1761:9,

1761:12, 1762:1, 1764:4, 1765:5, 1768:2, 1769:23, 1776:11, 1801:6, 1801:7, 1810:9
**looks** [5] - 1666:8, 1722:17, 1722:20, 1767:19, 1769:24
**loose** [1] - 1766:25
**LOS** [1] - 1658:24
**loss** [4] - 1668:11, 1669:6, 1691:1, 1691:12
**losses** [1] - 1762:3
**lost** [7] - 1716:7, 1734:23, 1769:6, 1772:4, 1776:4, 1783:20, 1799:12
**lost-time** [1] - 1799:12
**lot** [38] - 1669:13, 1669:16, 1678:14, 1678:15, 1680:21, 1695:12, 1698:20, 1698:21, 1703:6, 1703:22, 1725:8, 1734:1, 1735:20, 1735:25, 1737:18, 1737:24, 1739:24, 1739:25, 1741:22, 1742:16, 1745:23, 1747:14, 1747:16, 1749:13, 1751:1, 1753:8, 1755:15, 1760:17, 1760:22, 1765:14, 1767:2, 1771:16, 1792:17, 1792:18, 1795:25, 1798:19, 1799:10, 1810:14
**lots** [1] - 1739:24
**loud** [2] - 1664:3, 1697:17
**Louisiana** [3] - 1720:1, 1720:3, 1814:6
**LOUISIANA** [5] - 1653:2, 1653:8, 1657:8, 1657:10, 1660:8
**low** [1] - 1669:2
**lower** [4] - 1761:17, 1785:23, 1791:19
**lowering** [1] - 1756:22
**lowest** [1] - 1701:18
**LTA** [2] - 1734:22
**LUIS** [1] - 1658:23
**lunch** [1] - 1813:17
**LUNCH** [1] - 1813:20

**LUTHER** [1] - 1657:4

# M

**m** [1] - 1662:3
**M** [1] - 1654:14
**ma'am** [1] - 1735:14
**machine** [1] - 1790:4
**Macondo** [16] - 1668:8, 1669:10, 1671:5, 1690:23, 1691:13, 1691:22, 1693:9, 1695:8, 1695:17, 1699:21, 1759:22, 1767:15, 1770:17, 1770:20, 1792:4, 1792:11
**made** [21] - 1666:19, 1667:11, 1677:18, 1677:24, 1678:3, 1678:5, 1697:25, 1706:3, 1706:12, 1708:10, 1711:21, 1720:10, 1720:17, 1724:11, 1724:13, 1785:18, 1796:11, 1801:13, 1810:21, 1811:10, 1812:10
**MAGAZINE** [1] - 1655:22
**Magistrate** [1] - 1663:11
**MAHTOOK** [1] - 1659:3
**maiden** [1] - 1767:14
**mail** [1] - 1776:12
**mailed** [1] - 1662:21
**mails** [3] - 1771:6, 1771:11, 1793:11
**main** [3] - 1757:4, 1781:21, 1795:6
**MAIN** [1] - 1655:15
**mainly** [1] - 1720:24
**maintain** [2] - 1715:19, 1756:5
**maintenance** [13] - 1723:9, 1723:12, 1723:18, 1723:19, 1723:23, 1794:7, 1794:10, 1794:17, 1794:18, 1794:19, 1811:20
**major** [4] - 1700:14, 1770:24, 1809:8
**make** [13] - 1665:20, 1674:17, 1676:20, 1680:24, 1685:2, 1706:4, 1731:6, 1734:15, 1739:10,

1758:6, 1772:12, 1773:20, 1781:1
**makes** [4] - 1739:12, 1782:24, 1791:11
**making** [3] - 1732:20, 1753:11, 1775:6
**Making** [1] - 1739:9
**MALINDA** [1] - 1656:17
**man** [9] - 1711:13, 1711:14, 1723:23, 1730:20, 1732:24, 1737:15, 1741:25, 1812:16
**managed** [2] - 1742:7, 1742:8
**Management** [3] - 1700:7, 1701:17, 1718:3
**management** [25] - 1694:13, 1694:20, 1694:24, 1695:2, 1698:24, 1699:10, 1701:10, 1701:19, 1702:9, 1702:11, 1702:14, 1702:24, 1710:4, 1718:11, 1726:3, 1747:13, 1768:19, 1774:2, 1798:8, 1798:9, 1799:10, 1803:25, 1807:4, 1807:5
**manager** [5] - 1702:13, 1727:18, 1728:12, 1728:13, 1772:23
**manager's** [2] - 1727:16, 1735:19
**managers** [4] - 1728:8, 1762:22, 1794:22, 1800:13
**maneuver** [1] - 1716:25
**manned** [1] - 1704:1
**manning** [1] - 1713:18
**manual** [2] - 1680:9, 1704:21
**manuals** [1] - 1751:13
**Many** [1] - 1700:8
**many** [19] - 1692:8, 1692:10, 1692:13, 1699:9, 1711:23, 1730:2, 1741:6, 1752:23, 1753:15, 1756:16, 1756:19, 1758:8, 1767:13, 1777:5, 1792:11,

1799:3, 1800:6, 1810:23
**March** [28] - 1653:9, 1691:3, 1691:5, 1692:21, 1693:1, 1693:3, 1693:16, 1693:19, 1698:25, 1699:16, 1699:18, 1747:1, 1754:7, 1759:21, 1760:7, 1761:2, 1761:9, 1762:12, 1762:13, 1762:20, 1763:3, 1764:13, 1765:16, 1765:18, 1765:23, 1770:23, 1771:10
**MARCH** [1] - 1662:2
**margins** [1] - 1668:8
**Marianas** [2] - 1692:23, 1692:24
**marine** [14] - 1707:19, 1707:20, 1707:21, 1744:12, 1747:9, 1747:10, 1747:16, 1785:20, 1789:10, 1789:13, 1791:19, 1791:20, 1793:2, 1794:25
**Marine** [1] - 1742:2
**Mark** [9] - 1762:16, 1762:23, 1764:11, 1764:15, 1764:17, 1765:5, 1765:16, 1805:7
**mark** [2] - 1743:15, 1743:16
**marked** [1] - 1662:19
**MARSHAL** [1] - 1813:19
**mastered** [1] - 1742:17
**Mate** [1] - 1811:18
**mate** [2] - 1711:15, 1732:6
**math** [1] - 1742:18
**matrices** [1] - 1730:11
**matrix** [2] - 1740:7, 1772:14
**matt** [1] - 1662:18
**matter** [6] - 1711:22, 1714:19, 1727:9, 1788:4, 1802:16, 1814:9
**matters** [2] - 1662:9, 1719:6
**MATTHEW** [1] - 1658:8
**maximum** [1] - 1757:9

**may** [7] - 1670:15, 1687:8, 1688:7, 1743:4, 1755:20, 1765:15, 1805:11
**maybe** [12] - 1688:11, 1693:11, 1693:12, 1693:24, 1703:10, 1710:5, 1720:9, 1729:11, 1730:6, 1731:20, 1730:10, 1799:16
**MAZE** [1] - 1657:4
**McCLELLAN** [1] - 1656:15
**MCKINNEY** [1] - 1659:18
**me** [80] - 1666:3, 1666:4, 1666:18, 1672:23, 1683:10, 1684:4, 1685:6, 1685:24, 1687:1, 1687:15, 1690:20, 1692:7, 1694:8, 1694:16, 1695:20, 1697:7, 1697:18, 1697:19, 1698:16, 1698:23, 1703:1, 1703:17, 1703:25, 1704:5, 1704:19, 1705:4, 1705:9, 1705:13, 1705:20, 1706:14, 1706:16, 1706:20, 1706:23, 1711:7, 1712:16, 1712:17, 1717:4, 1719:11, 1720:22, 1732:15, 1732:24, 1733:3, 1733:18, 1733:24, 1733:25, 1736:23, 1738:9, 1744:2, 1747:8, 1747:12, 1749:13, 1751:10, 1751:12, 1757:8, 1757:17, 1758:9, 1758:10, 1759:3, 1761:11, 1763:1, 1763:10, 1765:15, 1768:1, 1769:6, 1771:6, 1775:2, 1793:19, 1798:2, 1802:25, 1807:13, 1808:23, 1809:1, 1809:17, 1810:24, 1811:1, 1812:6
**meal** [1] - 1803:23
**mean** [29] - 1675:4, 1687:22, 1690:7, 1692:7, 1692:9, 1693:11, 1698:8,

1717:3, 1735:18, 1740:22, 1750:18, 1763:3, 1763:12, 1773:18, 1775:8, 1775:9, 1779:23, 1780:7, 1782:6, 1784:14, 1786:9, 1795:22, 1797:2, 1801:21, 1802:5, 1803:5, 1808:11, 1809:23, 1811:1
**meaning** [2] - 1725:4, 1739:10
**means** [5] - 1669:11, 1669:25, 1750:19, 1762:10, 1792:23
**meant** [2] - 1680:3, 1697:9
**measure** [1] - 1690:8
**measures** [1] - 1689:9
**measuring** [1] - 1779:2
**MECHANICAL** [1] - 1660:16
**mechanical** [1] - 1769:17
**mechanism** [3] - 1688:15, 1696:22, 1717:11
**meet** [4] - 1794:22, 1794:24, 1801:18, 1801:20
**meeting** [43] - 1671:7, 1671:15, 1671:19, 1680:24, 1681:3, 1681:9, 1681:21, 1681:25, 1682:8, 1693:18, 1693:20, 1693:22, 1693:24, 1694:20, 1794:5, 1794:6, 1794:19, 1795:7, 1795:10, 1795:12, 1795:13, 1795:14, 1796:2, 1797:14, 1797:20, 1797:25, 1798:2, 1798:3, 1798:6, 1798:11, 1798:18, 1798:20, 1799:9, 1800:19, 1801:22, 1802:23, 1803:24, 1804:9, 1805:9, 1805:10, 1807:4, 1807:13
**meetings** [2] - 1772:21, 1804:1
**meets** [1] - 1740:6
**member** [2] - 1668:6, 1669:20

members [4] - 1700:9, 1701:14, 1709:23, 1753:24
memorandum [1] - 1666:9
memory [2] - 1691:5, 1811:16
memos [1] - 1718:10
men [2] - 1711:17, 1737:5
mentally [1] - 1721:23
mention [1] - 1715:25
mentioned [12] - 1667:25, 1701:12, 1713:17, 1739:17, 1745:4, 1773:5, 1776:25, 1777:19, 1796:19, 1798:11, 1800:23, 1812:11
mentoring [2] - 1740:8, 1752:18
MERIT [1] - 1660:13
message [1] - 1697:18
messed [1] - 1763:3
met [4] - 1667:4, 1772:15, 1776:19, 1798:4
metal [1] - 1743:1
methane [2] - 1809:22
method [1] - 1701:11
methods [1] - 1716:18
Mexico [3] - 1700:17, 1766:18, 1770:12
MEXICO [1] - 1653:6
MG [1] - 1694:11
MI [2] - 1660:6, 1719:2
MICHAEL [2] - 1656:4, 1658:22
MICHELLE [1] - 1656:16
microphone [1] - 1663:25
mics [1] - 1748:10
middle [3] - 1725:22, 1747:7, 1786:14
midnight [1] - 1793:19
might [6] - 1669:25, 1681:17, 1712:2, 1716:17, 1743:17, 1746:7
MIKAL [1] - 1655:3
Mike [3] - 1665:1, 1731:18, 1746:6

milage [1] - 1767:3
miles [3] - 1731:17, 1731:18, 1768:4
MILES [1] - 1661:4
MILLER [1] - 1658:14
mind [7] - 1681:1, 1687:10, 1752:13, 1772:3, 1777:8, 1799:12, 1802:22
mind's [1] - 1803:18
mine [1] - 1741:22
minimum [1] - 1713:20
minute [15] - 1690:21, 1694:2, 1705:22, 1717:18, 1717:19, 1718:1, 1722:7, 1722:8, 1734:15, 1755:1, 1768:1, 1769:6, 1775:2, 1791:13, 1809:11
minutes [10] - 1671:16, 1697:6, 1698:22, 1762:2, 1764:16, 1805:15, 1805:16, 1805:20, 1808:4, 1811:6
misinterpretation [2] - 1689:2, 1690:12
misinterpretations [1] - 1688:3
misinterpreted [2] - 1688:22, 1704:17
missed [7] - 1688:1, 1688:7, 1688:8, 1689:5, 1730:18, 1760:3, 1798:19
misses [3] - 1730:13, 1774:21, 1774:24
missing [1] - 1673:19
Mississippi [3] - 1731:10, 1731:21, 1731:24
mistake [1] - 1711:22
MMRP [1] - 1791:10
MMS [5] - 1667:2, 1679:11, 1679:16, 1801:18, 1801:20
MOBILE [1] - 1654:12
MOC [1] - 1774:2
mode [4] - 1707:14, 1746:5
modes [1] - 1746:4
module [1] - 1752:17
moment [8] -

1733:10, 1734:10, 1737:7, 1741:1, 1753:20, 1759:24, 1773:10, 1789:15
moments [1] - 1725:25
monitor [15] - 1674:5, 1675:5, 1679:22, 1713:19, 1715:11, 1741:14, 1744:20, 1745:7, 1750:18, 1751:4, 1752:5, 1752:11, 1762:3, 1781:22, 1784:20
monitored [3] - 1673:3, 1679:11, 1679:23
monitoring [6] - 1676:19, 1687:6, 1713:18, 1750:15, 1762:9, 1782:1
monitors [1] - 1757:25
MONTGOMERY [1] - 1657:6
month [1] - 1731:2
months [4] - 1733:1, 1733:4, 1755:19, 1792:10
more [24] - 1691:22, 1693:9, 1693:14, 1703:7, 1707:20, 1713:24, 1721:8, 1722:25, 1724:10, 1726:17, 1730:20, 1742:20, 1749:8, 1751:22, 1752:8, 1754:4, 1754:18, 1758:18, 1758:20, 1765:7, 1775:4, 1780:25, 1796:10, 1802:18
Morgan [1] - 1737:2
MORGAN [1] - 1660:6
MORNING [1] - 1653:20
morning [31] - 1664:4, 1664:10, 1664:18, 1664:23, 1664:25, 1667:17, 1667:18, 1667:21, 1667:22, 1710:15, 1710:16, 1720:6, 1720:7, 1725:17, 1725:18, 1735:23, 1760:23, 1761:9, 1773:13, 1793:8, 1793:11, 1794:3,

1795:9, 1795:14, 1796:2, 1796:25, 1797:1, 1797:14, 1797:16, 1797:20, 1797:25
most [10] - 1672:24, 1672:25, 1673:4, 1675:11, 1676:18, 1708:14, 1755:22, 1806:23
motion [13] - 1665:7, 1665:9, 1665:11, 1665:17, 1665:21, 1666:1, 1666:4, 1666:18, 1666:22, 1666:23, 1667:12, 1764:18, 1765:14
motions [3] - 1665:4, 1665:15, 1665:16
motivated [1] - 1737:16
move [17] - 1662:14, 1678:18, 1712:5, 1743:3, 1748:22, 1764:7, 1764:9, 1764:17, 1765:6, 1780:6, 1785:17, 1786:2, 1786:4, 1788:8, 1791:23, 1795:14
moved [7] - 1731:23, 1732:17, 1755:20, 1766:20, 1766:21, 1798:2, 1812:19
movements [1] - 1765:6
moves [1] - 1763:7
moving [3] - 1765:11, 1765:13, 1779:3
Mr [96] - 1661:5, 1661:6, 1661:7, 1662:22, 1663:1, 1663:2, 1664:12, 1664:18, 1665:4, 1665:9, 1665:14, 1666:2, 1667:15, 1667:21, 1671:22, 1678:22, 1678:23, 1680:10, 1681:20, 1683:24, 1685:10, 1685:21, 1688:22, 1694:3, 1696:10, 1697:11, 1698:7, 1700:16, 1700:19, 1703:25, 1706:7, 1709:7, 1710:9, 1710:15, 1710:24, 1712:9, 1713:24, 1713:25, 1719:5,

1720:6, 1722:22, 1723:15, 1725:17, 1725:20, 1725:25, 1726:6, 1728:1, 1729:2, 1729:24, 1730:20, 1735:2, 1735:4, 1736:7, 1736:13, 1739:11, 1742:22, 1743:5, 1743:8, 1747:3, 1751:3, 1751:6, 1752:13, 1753:21, 1754:6, 1754:9, 1757:3, 1758:4, 1758:19, 1759:15, 1759:25, 1761:4, 1762:1, 1762:20, 1765:1, 1765:5, 1766:6, 1766:7, 1767:17, 1768:13, 1769:14, 1769:23, 1771:6, 1773:24, 1776:16, 1782:8, 1783:3, 1784:18, 1791:14, 1791:25, 1793:6, 1796:19, 1797:2, 1803:1, 1810:14, 1813:15
MR [77] - 1662:10, 1662:18, 1662:24, 1662:25, 1663:14, 1663:21, 1664:2, 1664:4, 1664:7, 1664:14, 1664:22, 1664:23, 1666:4, 1667:14, 1667:20, 1683:7, 1683:8, 1683:9, 1684:18, 1684:20, 1684:21, 1686:8, 1689:13, 1689:17, 1689:18, 1690:1, 1690:4, 1690:19, 1691:25, 1692:3, 1692:5, 1695:19, 1695:22, 1696:9, 1700:24, 1701:2, 1701:4, 1703:18, 1703:19, 1704:15, 1709:1, 1709:6, 1709:13, 1709:16, 1709:22, 1710:8, 1710:12, 1710:14, 1712:20, 1712:22, 1713:6, 1713:9, 1714:4, 1714:8, 1714:9, 1714:15, 1714:17, 1714:21, 1715:3, 1715:20, 1715:24, 1716:13, 1719:8, 1719:11, 1719:12,

1719:23, 1719:25, 1720:2, 1720:5, 1723:17, 1724:5, 1724:7, 1724:24, 1764:20, 1771:1, 1787:16, 1788:24

**MS** [61] - 1664:16, 1664:21, 1684:16, 1686:4, 1689:11, 1690:17, 1695:18, 1696:3, 1696:6, 1700:16, 1704:13, 1708:24, 1709:3, 1723:11, 1724:21, 1725:3, 1725:5, 1725:16, 1725:21, 1725:24, 1726:2, 1726:5, 1727:11, 1727:12, 1727:21, 1727:24, 1734:11, 1734:13, 1736:5, 1736:6, 1737:8, 1737:9, 1738:12, 1738:14, 1739:13, 1739:15, 1743:4, 1743:7, 1743:17, 1743:25, 1756:1, 1756:8, 1756:12, 1756:14, 1764:24, 1765:4, 1768:10, 1768:12, 1771:5, 1773:3, 1773:4, 1773:21, 1773:23, 1777:15, 1777:17, 1781:9, 1781:11, 1787:18, 1789:2, 1789:9, 1813:15

**Ms** [3] - 1661:8, 1664:24, 1725:14

**much** [10] - 1688:10, 1710:9, 1710:17, 1710:19, 1731:1, 1742:24, 1764:12, 1770:6, 1796:10, 1798:17

**mud** [17] - 1676:6, 1681:7, 1689:9, 1689:23, 1696:13, 1696:16, 1707:12, 1719:14, 1760:20, 1763:18, 1763:19, 1764:2, 1779:14, 1787:12, 1788:16, 1806:14, 1808:9

**mud's** [1] - 1696:14

**mud/gas** [7] - 1706:25, 1786:25, 1787:3, 1787:8, 1787:14, 1787:20, 1787:21

**mudding** [1] - 1778:5
**multiple** [2] - 1748:11, 1754:19
**MUNGER** [1] - 1658:21
**Murray** [3] - 1762:13, 1762:14, 1765:16
**must** [1] - 1781:23
**muster** [1] - 1709:24
**my** [92] - 1666:18, 1668:9, 1671:20, 1672:11, 1673:23, 1678:20, 1679:10, 1680:8, 1680:15, 1682:13, 1684:12, 1684:20, 1686:11, 1687:24, 1689:13, 1691:23, 1693:13, 1695:10, 1697:5, 1697:19, 1699:20, 1704:4, 1705:10, 1705:13, 1705:14, 1706:3, 1706:6, 1706:19, 1706:20, 1707:9, 1707:18, 1713:3, 1713:21, 1714:25, 1715:10, 1718:13, 1721:4, 1721:24, 1722:7, 1722:14, 1729:1, 1731:1, 1731:6, 1731:22, 1731:23, 1731:25, 1732:8, 1733:18, 1737:13, 1737:14, 1737:23, 1740:5, 1747:6, 1754:21, 1760:9, 1762:8, 1762:24, 1763:4, 1769:22, 1772:2, 1772:3, 1776:3, 1776:18, 1778:21, 1790:21, 1791:17, 1792:1, 1793:9, 1793:12, 1797:6, 1799:11, 1801:23, 1802:22, 1803:18, 1803:23, 1805:12, 1806:4, 1807:16, 1808:1, 1808:3, 1808:18, 1808:19, 1808:21, 1808:25, 1809:9, 1810:1, 1811:13, 1811:16, 1812:2, 1813:10, 1813:14, 1814:8
**myself** [5] - 1705:22, 1767:19, 1794:7, 1795:17, 1811:8

# N

**N** [5] - 1658:8, 1661:1, 1662:3
**name** [2] - 1712:17, 1732:18
**narrow** [1] - 1668:8
**NATHANIEL** [1] - 1656:11
**natural** [1] - 1740:9
**NATURAL** [1] - 1656:8
**naturally** [1] - 1703:24
**nature** [2] - 1665:24, 1747:14
**Neal** [1] - 1722:13
**near** [2] - 1774:21, 1774:24
**necessary** [1] - 1673:16
**need** [18] - 1663:23, 1681:17, 1717:10, 1725:7, 1725:8, 1728:22, 1732:25, 1734:7, 1736:2, 1742:18, 1744:11, 1748:19, 1750:1, 1775:13, 1791:24, 1806:4, 1806:5, 1808:18
**needed** [15] - 1670:15, 1678:8, 1684:13, 1686:10, 1697:19, 1708:3, 1723:22, 1742:10, 1746:5, 1747:24, 1767:2, 1773:20, 1774:19, 1775:10, 1810:19
**needs** [2] - 1673:3, 1750:19
**negative** [65] - 1670:25, 1671:6, 1671:22, 1672:3, 1672:7, 1672:15, 1673:22, 1674:2, 1674:9, 1674:10, 1674:15, 1674:19, 1674:20, 1674:23, 1675:1, 1675:11, 1675:13, 1676:19, 1677:2, 1677:8, 1677:20, 1678:5, 1678:18, 1679:15, 1680:4, 1680:12, 1682:14, 1682:20, 1683:14, 1685:21, 1690:12, 1704:23,

1712:11, 1714:1, 1714:3, 1714:14, 1715:1, 1715:6, 1715:18, 1716:11, 1751:20, 1751:22, 1762:21, 1774:4, 1782:9, 1782:14, 1782:18, 1798:14, 1798:22, 1798:23, 1799:23, 1800:20, 1801:6, 1801:9, 1802:13, 1802:15, 1804:17, 1804:23, 1805:14, 1805:17, 1805:21, 1807:18, 1807:20
**negative-pressure** [20] - 1704:23, 1712:11, 1714:1, 1714:3, 1714:14, 1715:6, 1774:4, 1782:9, 1782:14, 1782:18, 1798:22, 1798:23, 1800:20, 1801:6, 1801:9, 1802:13, 1802:15, 1804:17, 1804:23, 1805:17
**neighborhood** [1] - 1675:18
**neither** [1] - 1668:21
**never** [25] - 1678:18, 1678:20, 1680:8, 1687:16, 1697:25, 1698:1, 1698:2, 1698:3, 1698:10, 1706:12, 1708:17, 1718:3, 1718:10, 1718:13, 1727:1, 1732:5, 1742:8, 1771:15, 1772:4, 1775:21, 1775:22, 1791:2, 1803:6, 1807:11
**New** [2] - 1731:17, 1731:18
**new** [8] - 1716:11, 1721:7, 1726:13, 1732:24, 1737:21, 1740:10, 1740:23, 1808:2
**NEW** [10] - 1653:8, 1654:8, 1654:16, 1654:23, 1655:22, 1657:16, 1657:23, 1658:15, 1659:13, 1660:14
**next** [24] - 1682:7, 1694:19, 1694:23, 1696:19, 1705:19,

1708:13, 1715:4, 1724:25, 1725:4, 1726:4, 1728:8, 1732:24, 1737:20, 1740:12, 1758:12, 1758:19, 1782:24, 1784:25, 1793:12, 1797:18, 1798:1, 1798:2, 1803:22, 1807:25
**night** [26] - 1664:7, 1674:11, 1675:13, 1676:19, 1677:19, 1678:23, 1686:19, 1692:18, 1692:21, 1695:23, 1696:2, 1697:3, 1704:5, 1706:13, 1712:22, 1714:20, 1715:25, 1716:4, 1765:20, 1789:1, 1789:2, 1789:3, 1795:19, 1808:4, 1812:17, 1813:6
**nine** [17] - 1666:10, 1669:13, 1682:8, 1699:16, 1705:24, 1712:24, 1712:25, 1713:2, 1718:7, 1737:1, 1737:11, 1740:24, 1754:21, 1757:1, 1757:4, 1807:1, 1807:3
**nine-page** [1] - 1666:10
**NINTH** [1] - 1655:11
**no** [104] - 1662:16, 1663:14, 1664:9, 1668:9, 1668:16, 1669:4, 1669:8, 1669:16, 1669:22, 1675:6, 1675:24, 1678:21, 1678:25, 1679:3, 1679:14, 1679:25, 1680:9, 1680:18, 1681:1, 1682:17, 1683:16, 1683:20, 1683:23, 1689:12, 1692:25, 1696:3, 1696:23, 1696:25, 1698:8, 1698:15, 1703:16, 1704:21, 1706:13, 1706:16, 1707:1, 1707:2, 1707:9, 1707:15, 1707:16, 1708:6, 1708:9, 1710:8, 1711:10, 1711:12, 1713:1, 1719:21, 1719:25,

1723:20, 1724:15,
1724:18, 1724:24,
1726:9, 1734:22,
1735:11, 1745:1,
1747:2, 1747:6,
1748:21, 1754:20,
1756:8, 1763:4,
1768:8, 1768:23,
1773:2, 1778:23,
1779:23, 1789:2,
1789:22, 1790:17,
1790:21, 1795:5,
1796:13, 1796:17,
1797:19, 1798:19,
1799:8, 1799:12,
1800:5, 1801:3,
1801:7, 1802:12,
1802:22, 1803:4,
1803:9, 1804:20,
1804:25, 1805:3,
1805:8, 1805:14,
1805:15, 1805:16,
1805:19, 1806:5,
1806:25, 1807:8,
1807:11, 1812:15,
1813:16
  **No** [3] - 1728:19,
1733:2, 1811:1
  **NO** [3] - 1653:8,
1653:12, 1653:14
  **nobody's** [1] -
1813:12
  **NODS** [3] - 1688:20,
1695:4, 1699:15
  **noise** [1] - 1810:2
  **nominated** [1] -
1733:22
  **nominating** [1] -
1734:4
  **non** [1] - 1667:8
  **non-compliance** [1]
- 1667:8
  **none** [2] - 1669:22,
1794:21
  **NONJURY** [1] -
1653:21
  **noon** [6] - 1671:11,
1671:12, 1675:23,
1675:24, 1793:18,
1793:19
  **nor** [1] - 1668:21
  **NORFOLK** [1] -
1659:8
  **norm** [1] - 1691:9
  **normal** [9] - 1679:14,
1679:15, 1679:19,
1761:6, 1774:7,
1794:1, 1794:2,
1794:3, 1800:24
  **normally** [2] -

1756:8, 1794:4
  **NORTH** [1] - 1657:11
  **North** [1] - 1700:4
  **not** [162] - 1663:6,
1663:8, 1664:9,
1664:16, 1666:11,
1666:19, 1668:9,
1668:16, 1668:24,
1669:8, 1669:18,
1672:2, 1672:16,
1672:24, 1672:25,
1673:23, 1673:25,
1674:12, 1675:8,
1677:15, 1677:19,
1678:13, 1679:5,
1679:9, 1679:21,
1682:1, 1682:2,
1683:17, 1683:20,
1684:2, 1684:3,
1684:11, 1684:22,
1685:3, 1685:4,
1686:14, 1686:25,
1688:1, 1688:8,
1688:12, 1689:23,
1690:13, 1690:15,
1691:9, 1691:10,
1691:13, 1691:20,
1693:11, 1693:13,
1694:10, 1694:16,
1694:22, 1696:4,
1696:6, 1696:12,
1698:6, 1698:20,
1700:12, 1700:14,
1700:15, 1701:5,
1701:7, 1701:22,
1702:3, 1704:8,
1704:11, 1704:24,
1705:4, 1706:24,
1706:25, 1707:6,
1707:12, 1707:18,
1707:24, 1707:25,
1708:25, 1709:3,
1710:18, 1712:6,
1713:15, 1714:6,
1714:15, 1714:16,
1714:19, 1715:10,
1715:15, 1715:23,
1715:25, 1716:5,
1718:14, 1721:3,
1723:12, 1723:20,
1726:9, 1726:16,
1727:9, 1728:24,
1730:19, 1731:9,
1733:24, 1734:3,
1735:16, 1740:9,
1742:4, 1745:2,
1745:23, 1747:6,
1748:25, 1751:21,
1752:9, 1756:4,
1756:9, 1757:24,
1758:1, 1758:15,

1759:15, 1762:24,
1763:5, 1763:7,
1764:15, 1764:19,
1764:22, 1765:7,
1767:5, 1771:3,
1771:12, 1771:16,
1782:25, 1785:1,
1789:2, 1789:22,
1790:20, 1790:24,
1792:12, 1796:9,
1796:13, 1796:17,
1797:11, 1797:16,
1797:17, 1798:19,
1798:21, 1800:3,
1801:2, 1801:3,
1801:18, 1801:20,
1802:2, 1803:11,
1803:17, 1804:18,
1804:21, 1805:5,
1805:8, 1809:19,
1811:3, 1811:4,
1811:16
  **notch** [1] - 1684:22
  **note** [1] - 1756:4
  **noted** [2] - 1685:25,
1764:17
  **notes** [1] - 1764:21
  **nothing** [8] -
1680:13, 1686:9,
1694:10, 1698:16,
1705:25, 1706:3,
1768:21, 1795:2
  **notification** [1] -
1667:7
  **notified** [2] -
1699:10, 1781:25
  **notify** [2] - 1686:2,
1759:4
  **notifying** [3] -
1694:14, 1694:20,
1694:24
  **now** [38] - 1663:3,
1665:16, 1668:4,
1670:23, 1673:21,
1680:15, 1681:24,
1682:22, 1686:12,
1691:3, 1691:20,
1692:13, 1694:4,
1701:9, 1705:10,
1715:20, 1716:7,
1718:14, 1718:22,
1724:3, 1725:9,
1729:4, 1729:18,
1745:4, 1754:18,
1770:23, 1780:22,
1784:18, 1793:18,
1795:25, 1796:4,
1800:8, 1806:13,
1806:15, 1808:10,
1808:11, 1811:1,

1813:17
  **nowadays** [1] -
1771:17
  **number** [16] -
1669:20, 1691:20,
1692:17, 1693:13,
1694:11, 1722:12,
1724:6, 1725:21,
1745:16, 1753:17,
1758:24, 1759:9,
1763:5, 1766:6,
1767:16, 1804:1
  **numbered** [1] -
1814:9
  **numbers** [4] -
1736:10, 1736:11,
1775:15
  **numerous** [1] -
1691:1
  **NW** [1] - 1658:4

## O

  **O** [2] - 1662:3
  **o'clock** [3] - 1676:13,
1686:19, 1804:13
  **o'clockish** [1] -
1671:12
  **O'KEEFE** [1] -
1654:8
  **O'ROURKE** [1] -
1656:9
  **oath** [1] - 1667:15
  **object** [17] - 1683:7,
1684:16, 1686:5,
1689:11, 1690:1,
1690:17, 1700:16,
1700:19, 1704:13,
1714:4, 1715:20,
1723:11, 1724:21,
1764:20, 1771:1,
1787:16, 1788:24
  **objection** [14] -
1662:22, 1662:23,
1663:13, 1690:18,
1695:18, 1695:21,
1696:3, 1696:8,
1700:21, 1708:24,
1714:7, 1714:15,
1765:3, 1798:21
  **objectionable** [1] -
1663:6
  **objections** [6] -
1662:16, 1662:17,
1664:9, 1664:15,
1665:22, 1756:2
  **obligated** [1] -
1714:12
  **obliged** [1] - 1715:2

  **observation** [1] -
1801:12
  **observations** [3] -
1700:10, 1775:1,
1775:5
  **observe** [1] -
1778:13
  **Observe** [1] -
1761:16
  **observed** [1] -
1761:19
  **observing** [3] -
1687:2, 1774:9,
1775:24
  **obtain** [1] - 1739:22
  **obviously** [2] -
1679:20, 1700:2
  **occasions** [1] -
1752:6
  **occur** [4] - 1700:11,
1779:24, 1783:18,
1784:5
  **occurred** [12] -
1685:15, 1690:11,
1690:23, 1693:25,
1697:23, 1697:24,
1697:25, 1705:11,
1705:15, 1708:2,
1708:20, 1712:6
  **occurring** [1] -
1689:22
  **occurs** [1] - 1781:24
  **ocean** [2] - 1767:4,
1806:16
  **October** [6] - 1667:6,
1691:2, 1692:18,
1692:21, 1692:23,
1738:20
  **OD** [1] - 1785:11
  **OF** [14] - 1653:2,
1653:6, 1653:13,
1653:15, 1653:21,
1656:3, 1656:8,
1656:14, 1656:20,
1657:3, 1657:8,
1657:9, 1657:10
  **of** [630] - 1662:10,
1662:11, 1662:12,
1662:18, 1663:2,
1663:3, 1663:7,
1663:15, 1664:8,
1664:12, 1664:17,
1664:19, 1665:1,
1665:2, 1665:4,
1665:24, 1665:25,
1666:4, 1666:6,
1666:8, 1666:9,
1666:13, 1666:14,
1667:5, 1667:7,
1667:8, 1667:25,

1668:6, 1668:7,
1668:17, 1668:18,
1668:22, 1668:24,
1669:2, 1669:4,
1669:6, 1669:10,
1669:11, 1669:20,
1669:21, 1670:11,
1670:14, 1670:23,
1671:15, 1671:21,
1672:2, 1672:17,
1672:24, 1672:25,
1673:18, 1674:6,
1674:7, 1674:11,
1674:18, 1674:21,
1675:6, 1675:9,
1675:16, 1675:21,
1676:7, 1677:14,
1677:16, 1678:13,
1678:17, 1678:19,
1678:21, 1678:22,
1678:23, 1679:9,
1679:17, 1680:2,
1680:16, 1680:21,
1682:19, 1683:10,
1683:13, 1683:17,
1683:18, 1685:14,
1685:19, 1685:20,
1686:3, 1686:5,
1686:15, 1686:22,
1686:25, 1687:1,
1687:7, 1687:12,
1687:18, 1687:19,
1687:20, 1688:1,
1688:7, 1688:14,
1688:22, 1689:5,
1690:8, 1690:11,
1690:12, 1690:15,
1690:23, 1691:5,
1691:8, 1691:9,
1691:10, 1691:20,
1692:12, 1692:13,
1692:18, 1692:21,
1693:6, 1693:9,
1693:22, 1694:13,
1695:5, 1695:11,
1695:12, 1695:13,
1695:15, 1696:2,
1696:11, 1696:12,
1696:16, 1697:2,
1697:3, 1698:11,
1698:20, 1698:21,
1698:24, 1698:25,
1699:4, 1699:12,
1699:13, 1699:16,
1699:17, 1699:20,
1700:1, 1700:4,
1700:6, 1700:8,
1700:9, 1700:13,
1700:17, 1701:10,
1701:11, 1701:14,
1701:18, 1702:2,

1702:7, 1702:8,
1702:9, 1702:11,
1702:12, 1702:13,
1702:22, 1702:23,
1703:2, 1703:4,
1703:6, 1703:7,
1703:9, 1703:15,
1703:20, 1703:22,
1704:5, 1705:2,
1705:21, 1705:22,
1706:1, 1706:17,
1706:18, 1706:20,
1707:11, 1707:15,
1707:16, 1707:22,
1708:6, 1708:12,
1708:14, 1709:7,
1709:8, 1709:11,
1709:18, 1709:24,
1709:25, 1710:5,
1710:6, 1710:8,
1711:20, 1712:3,
1712:9, 1712:11,
1712:14, 1712:22,
1713:11, 1713:23,
1713:24, 1713:25,
1714:6, 1714:11,
1715:8, 1715:11,
1715:16, 1715:21,
1715:22, 1715:25,
1716:10, 1716:15,
1716:18, 1717:10,
1717:24, 1718:3,
1718:5, 1718:6,
1718:7, 1718:14,
1718:16, 1718:17,
1719:13, 1719:16,
1719:17, 1719:22,
1720:3, 1720:10,
1720:18, 1720:25,
1721:1, 1721:6,
1721:18, 1721:20,
1722:3, 1722:7,
1722:16, 1723:5,
1723:18, 1723:20,
1724:11, 1724:13,
1725:8, 1726:7,
1726:24, 1727:8,
1727:9, 1727:11,
1727:14, 1728:4,
1728:14, 1728:15,
1728:18, 1728:23,
1729:10, 1729:14,
1729:19, 1729:24,
1729:25, 1730:2,
1730:5, 1730:9,
1730:10, 1730:15,
1730:16, 1731:9,
1731:25, 1732:21,
1733:2, 1733:15,
1733:20, 1734:1,
1734:6, 1734:8,

1734:14, 1734:18,
1734:19, 1735:3,
1735:4, 1735:10,
1735:20, 1735:21,
1735:23, 1735:24,
1735:25, 1736:3,
1736:14, 1736:15,
1736:17, 1736:18,
1737:15, 1737:18,
1737:24, 1738:1,
1738:5, 1738:21,
1738:24, 1738:25,
1739:1, 1739:2,
1739:6, 1739:7,
1739:10, 1739:11,
1739:24, 1739:25,
1740:1, 1740:2,
1740:7, 1740:10,
1740:13, 1740:20,
1741:15, 1741:16,
1741:18, 1741:22,
1742:3, 1742:9,
1742:10, 1742:16,
1742:21, 1742:23,
1743:10, 1743:20,
1744:19, 1744:24,
1745:12, 1745:16,
1745:23, 1745:24,
1745:25, 1746:17,
1746:22, 1746:23,
1746:25, 1747:10,
1747:14, 1748:6,
1748:8, 1748:12,
1748:16, 1748:17,
1749:5, 1749:6,
1749:9, 1749:13,
1749:14, 1750:9,
1751:1, 1751:12,
1752:2, 1752:3,
1753:8, 1753:23,
1754:11, 1754:24,
1755:15, 1755:17,
1755:21, 1755:24,
1757:1, 1757:5,
1757:6, 1757:7,
1757:10, 1757:11,
1757:14, 1757:24,
1758:1, 1758:3,
1758:15, 1758:24,
1759:4, 1759:5,
1759:16, 1760:15,
1760:17, 1760:20,
1760:22, 1761:3,
1761:6, 1761:9,
1761:15, 1761:16,
1761:19, 1761:24,
1762:2, 1762:4,
1762:9, 1762:15,
1762:20, 1762:22,
1763:8, 1763:11,
1763:24, 1764:7,

1764:8, 1764:17,
1764:21, 1764:22,
1764:24, 1765:2,
1765:6, 1765:10,
1765:14, 1765:15,
1765:17, 1765:18,
1765:23, 1766:6,
1766:11, 1766:13,
1766:14, 1766:15,
1766:17, 1766:18,
1767:2, 1767:3,
1767:6, 1767:7,
1767:10, 1767:11,
1767:16, 1767:23,
1768:8, 1768:16,
1768:17, 1768:19,
1768:20, 1768:23,
1768:24, 1768:25,
1769:1, 1769:5,
1769:9, 1769:12,
1769:14, 1769:16,
1769:24, 1770:11,
1770:17, 1770:20,
1770:22, 1771:10,
1771:12, 1771:16,
1772:2, 1772:11,
1772:13, 1772:15,
1773:8, 1773:21,
1774:2, 1774:7,
1775:8, 1776:11,
1776:14, 1776:25,
1777:3, 1777:5,
1777:6, 1777:21,
1777:23, 1778:1,
1778:9, 1778:11,
1778:13, 1778:18,
1778:22, 1779:2,
1779:6, 1779:7,
1779:12, 1779:13,
1779:21, 1780:6,
1780:11, 1781:5,
1781:7, 1781:18,
1781:22, 1782:11,
1783:6, 1783:19,
1783:21, 1784:6,
1784:11, 1784:17,
1784:21, 1785:16,
1786:12, 1787:2,
1787:11, 1787:21,
1788:1, 1788:3,
1788:9, 1788:15,
1788:25, 1789:15,
1789:16, 1789:18,
1791:2, 1791:4,
1791:7, 1791:10,
1791:22, 1792:1,
1792:2, 1792:16,
1792:17, 1792:18,
1792:25, 1793:2,
1793:9, 1793:14,
1794:5, 1794:7,

1794:15, 1795:6,
1795:18, 1795:25,
1797:12, 1797:13,
1797:18, 1797:25,
1798:3, 1798:6,
1798:17, 1798:20,
1799:10, 1799:11,
1800:3, 1800:21,
1801:4, 1801:5,
1801:16, 1801:21,
1801:24, 1802:3,
1802:5, 1802:8,
1802:13, 1803:2,
1803:7, 1804:1,
1804:9, 1804:21,
1805:11, 1806:11,
1806:13, 1806:21,
1807:4, 1807:5,
1807:22, 1808:13,
1808:18, 1808:25,
1809:2, 1809:6,
1809:8, 1809:10,
1809:11, 1809:13,
1809:17, 1809:22,
1810:5, 1810:10,
1810:14, 1810:16,
1810:18, 1811:5,
1811:9, 1811:14,
1811:17, 1811:20,
1812:7, 1812:17,
1812:20, 1812:22,
1813:3, 1813:13,
1814:6, 1814:8
  **off** [33] - 1667:23,
1675:6, 1676:11,
1676:15, 1682:3,
1682:5, 1682:16,
1686:10, 1693:25,
1702:24, 1706:7,
1706:10, 1720:13,
1721:16, 1721:18,
1721:22, 1733:24,
1741:24, 1746:14,
1751:11, 1757:22,
1760:13, 1761:16,
1778:3, 1778:4,
1784:22, 1793:20,
1805:15, 1810:16,
1812:7, 1812:19,
1813:2
  **offer** [4] - 1662:14,
1663:2, 1663:4,
1664:11
  **offered** [1] - 1664:9
  **offering** [2] -
1662:19, 1663:10
  **OFFICE** [5] - 1654:4,
1656:18, 1657:3,
1657:8, 1657:12
  **office** [6] - 1682:13,

1713:3, 1805:13,
1807:16, 1809:1
**OFFICIAL** [1] -
1660:12
official [1] - 1754:8
Official [2] - 1814:5,
1814:14
offline [1] - 1745:24
offshore [8] -
1727:4, 1730:23,
1731:4, 1735:19,
1741:10, 1775:21
**OFFSHORE** [1] -
1658:12
often [3] - 1766:14,
1777:20, 1789:23
oh [5] - 1770:1,
1770:6, 1785:18,
1792:16, 1812:14
OIL [2] - 1653:5
oil [2] - 1694:23,
1719:19
OIM [12] - 1703:3,
1712:1, 1722:3,
1736:21, 1736:22,
1737:19, 1739:22,
1739:23, 1739:24,
1780:18, 1794:7,
1795:16
OIM's [2] - 1739:17,
1740:6
OIMs [1] - 1702:14
OJT [14] - 1752:17,
1755:1, 1755:4,
1755:6, 1755:10,
1755:13, 1755:15,
1755:18, 1756:15,
1758:13, 1758:21,
1759:7, 1759:11,
1777:1
Okay [1] - 1780:18
okay [37] - 1662:8,
1662:9, 1664:20,
1667:13, 1667:16,
1675:10, 1676:24,
1678:6, 1681:24,
1690:24, 1690:25,
1693:16, 1701:3,
1703:6, 1704:24,
1707:2, 1710:23,
1712:19, 1713:8,
1715:4, 1725:6,
1736:20, 1736:22,
1743:6, 1743:24,
1747:8, 1749:24,
1758:8, 1765:3,
1775:7, 1784:5,
1785:2, 1789:19,
1793:2, 1798:2,
1806:11, 1808:1

old [6] - 1730:20,
1732:2, 1748:8,
1779:4, 1796:5,
1801:18
OLSON [1] - 1658:21
OMS [1] - 1718:3
on [415] - 1662:10,
1662:18, 1663:7,
1663:11, 1663:25,
1665:6, 1665:20,
1665:21, 1666:9,
1666:18, 1666:19,
1669:2, 1669:17,
1670:2, 1670:19,
1670:20, 1670:23,
1671:2, 1671:4,
1671:11, 1671:16,
1672:5, 1672:6,
1672:7, 1673:2,
1674:1, 1674:10,
1674:19, 1674:24,
1675:2, 1675:14,
1675:15, 1675:24,
1676:1, 1676:5,
1676:15, 1676:16,
1677:6, 1677:12,
1677:14, 1677:20,
1677:22, 1678:6,
1679:9, 1679:11,
1679:17, 1679:22,
1680:4, 1680:22,
1680:24, 1681:6,
1681:11, 1681:17,
1681:25, 1682:2,
1682:14, 1682:25,
1683:2, 1683:14,
1683:15, 1683:16,
1683:21, 1684:2,
1684:5, 1684:6,
1684:16, 1685:20,
1686:1, 1686:21,
1688:1, 1688:5,
1689:4, 1689:15,
1690:1, 1691:2,
1691:3, 1691:6,
1691:25, 1692:12,
1692:13, 1692:19,
1692:24, 1693:3,
1693:8, 1693:9,
1693:24, 1694:3,
1695:1, 1695:23,
1695:24, 1695:25,
1697:7, 1697:17,
1698:11, 1698:20,
1698:24, 1699:3,
1699:18, 1699:21,
1700:10, 1700:11,
1700:17, 1701:13,
1701:21, 1701:23,
1702:1, 1702:9,
1702:21, 1702:23,

1703:2, 1703:5,
1703:7, 1703:8,
1703:10, 1703:11,
1703:12, 1703:13,
1703:25, 1704:13,
1704:19, 1704:21,
1704:22, 1706:15,
1706:20, 1707:9,
1707:13, 1707:17,
1707:19, 1707:21,
1709:10, 1709:18,
1710:1, 1712:15,
1712:18, 1712:22,
1713:4, 1713:7,
1713:19, 1713:25,
1714:4, 1714:5,
1715:10, 1715:18,
1715:20, 1716:18,
1717:8, 1717:14,
1718:18, 1718:22,
1719:19, 1720:11,
1720:13, 1720:18,
1720:21, 1721:6,
1721:7, 1721:10,
1721:16, 1721:18,
1721:19, 1721:22,
1721:23, 1722:12,
1722:13, 1722:14,
1722:18, 1722:21,
1722:22, 1723:1,
1723:9, 1723:22,
1724:3, 1724:5,
1725:20, 1726:10,
1727:4, 1727:8,
1727:17, 1727:19,
1727:20, 1728:8,
1728:20, 1730:7,
1731:2, 1732:5,
1732:7, 1732:12,
1732:13, 1732:16,
1733:8, 1734:18,
1734:21, 1735:3,
1736:7, 1736:12,
1736:17, 1736:18,
1736:20, 1737:4,
1737:5, 1737:11,
1738:2, 1739:8,
1739:12, 1740:3,
1741:10, 1741:12,
1741:19, 1741:20,
1741:23, 1741:24,
1742:9, 1742:20,
1743:21, 1744:2,
1744:15, 1745:8,
1745:12, 1745:14,
1745:16, 1745:24,
1746:11, 1746:14,
1746:16, 1746:24,
1747:3, 1748:1,
1748:5, 1748:6,
1748:7, 1748:11,

1748:13, 1748:23,
1749:13, 1749:14,
1749:16, 1749:24,
1752:6, 1752:9,
1752:18, 1753:11,
1754:7, 1754:24,
1755:2, 1755:8,
1756:4, 1757:5,
1757:16, 1757:21,
1757:24, 1758:7,
1758:11, 1758:16,
1758:18, 1758:22,
1759:16, 1759:21,
1760:1, 1760:8,
1760:10, 1760:13,
1761:2, 1761:17,
1762:12, 1762:14,
1762:16, 1762:22,
1763:3, 1763:6,
1764:11, 1764:17,
1764:20, 1764:25,
1765:2, 1765:6,
1765:16, 1766:3,
1766:8, 1767:7,
1770:24, 1771:13,
1771:22, 1771:25,
1772:2, 1772:6,
1772:7, 1772:19,
1773:11, 1773:16,
1773:20, 1773:21,
1774:4, 1774:17,
1774:25, 1775:21,
1776:1, 1776:13,
1776:19, 1777:3,
1777:9, 1777:11,
1777:21, 1778:1,
1778:16, 1778:25,
1780:17, 1781:1,
1781:7, 1781:22,
1782:4, 1782:24,
1783:2, 1783:3,
1783:6, 1783:22,
1783:24, 1785:5,
1785:16, 1786:8,
1786:21, 1786:24,
1787:6, 1788:7,
1788:9, 1788:20,
1789:17, 1789:18,
1789:23, 1789:25,
1790:2, 1791:1,
1791:23, 1792:11,
1793:1, 1793:7,
1793:14, 1793:23,
1793:24, 1794:17,
1794:19, 1794:20,
1795:1, 1795:6,
1795:7, 1795:22,
1796:3, 1796:14,
1796:20, 1797:8,
1797:25, 1798:7,
1799:22, 1799:25,

1800:7, 1800:23,
1800:24, 1801:2,
1801:3, 1801:5,
1801:9, 1802:3,
1802:14, 1802:17,
1802:18, 1803:10,
1803:12, 1804:9,
1804:19, 1804:20,
1804:23, 1805:1,
1805:2, 1805:16,
1807:14, 1807:17,
1807:18, 1808:19,
1808:21, 1809:17,
1810:1, 1810:5,
1810:14, 1810:21,
1811:7, 1811:25,
1812:3, 1812:7,
1812:25, 1813:11
ON [1] - 1653:6
on-duty [2] - 1677:12
on/off [1] - 1720:10
onboard [8] -
1719:2, 1722:6,
1722:9, 1722:10,
1765:15, 1777:24,
1794:10
once [11] - 1694:15,
1702:25, 1708:17,
1716:22, 1717:12,
1717:24, 1726:15,
1726:17, 1754:18,
1779:24, 1802:11
ONE [2] - 1657:21,
1659:17
one [99] - 1663:7,
1663:18, 1666:8,
1666:10, 1666:24,
1671:19, 1672:4,
1672:24, 1675:1,
1675:15, 1677:14,
1677:19, 1690:1,
1690:11, 1690:15,
1691:12, 1692:18,
1692:21, 1693:23,
1694:19, 1694:22,
1694:23, 1697:3,
1698:12, 1699:4,
1699:13, 1700:12,
1702:12, 1702:21,
1703:9, 1703:15,
1703:20, 1706:25,
1708:14, 1710:6,
1712:9, 1713:24,
1716:10, 1716:15,
1717:9, 1724:11,
1724:13, 1727:15,
1727:21, 1728:5,
1728:8, 1728:15,
1733:25, 1734:6,
1734:19, 1738:11,

1739:6, 1739:7,
1740:2, 1741:20,
1742:3, 1748:5,
1748:6, 1748:15,
1751:8, 1751:10,
1753:23, 1753:25,
1754:11, 1754:14,
1754:20, 1755:17,
1756:1, 1759:9,
1762:1, 1762:15,
1767:7, 1768:16,
1768:17, 1768:18,
1768:24, 1779:21,
1780:17, 1781:7,
1784:19, 1786:12,
1787:25, 1789:15,
1790:5, 1790:6,
1792:16, 1799:15,
1801:16, 1801:19,
1808:13, 1808:14,
1810:19, 1810:20,
1812:3, 1812:4,
1812:15

**one-page** [1] -
1666:10

**ones** [1] - 1699:13

**ongoing** [1] -
1675:20

**online** [3] - 1747:13,
1747:14, 1756:10

**only** [15] - 1666:20,
1682:18, 1708:15,
1713:6, 1726:21,
1733:19, 1751:10,
1759:15, 1769:16,
1780:16, 1780:23,
1784:21, 1795:22,
1796:4, 1799:4

**onshore** [4] -
1765:22, 1795:25,
1805:2, 1805:7

**open** [9] - 1665:6,
1665:9, 1749:14,
1749:18, 1749:19,
1759:2, 1776:16,
1776:22, 1779:6

**OPEN** [2] - 1662:5,
1725:12

**opened** [1] - 1780:23

**opening** [4] -
1666:25, 1667:1,
1667:2, 1768:16

**operate** [8] -
1744:10, 1744:14,
1746:17, 1749:2,
1749:4, 1757:15,
1782:16, 1786:8

**operated** [3] -
1786:20, 1786:22,
1786:23

**operating** [9] -
1707:17, 1718:11,
1742:14, 1744:18,
1745:13, 1747:19,
1748:24, 1748:25,
1782:19

**operation** [15] -
1695:12, 1696:17,
1707:22, 1730:9,
1744:11, 1745:14,
1756:23, 1763:8,
1775:8, 1778:24,
1782:10, 1783:20,
1784:7, 1784:8,
1784:11

**operational** [1] -
1740:11

**operations** [11] -
1741:13, 1741:14,
1741:15, 1771:20,
1771:21, 1774:4,
1774:8, 1781:21,
1781:23, 1782:2,
1782:24

**Operator** [1] - 1718:3

**operator** [4] -
1736:15, 1741:8,
1742:17, 1777:6

**operators** [1] -
1811:18

**opinion** [13] -
1687:24, 1695:25,
1696:4, 1704:4,
1708:25, 1709:4,
1714:5, 1721:4,
1740:11, 1763:4,
1776:3, 1778:21,
1790:21

**opinions** [1] -
1728:17

**opportunities** [1] -
1774:21

**opportunity** [6] -
1664:16, 1698:2,
1698:3, 1698:7,
1698:10, 1698:18

**opposing** [1] -
1662:13

**option** [1] - 1787:19

**or** [205] - 1663:18,
1664:10, 1666:10,
1666:12, 1666:13,
1667:4, 1667:10,
1668:6, 1668:10,
1668:21, 1668:22,
1669:1, 1669:9,
1669:19, 1669:23,
1669:25, 1671:19,
1672:16, 1673:12,
1673:18, 1674:18,

1675:23, 1677:15,
1677:19, 1678:18,
1679:11, 1680:2,
1680:9, 1680:16,
1683:12, 1685:2,
1686:2, 1686:13,
1686:22, 1687:18,
1687:19, 1688:1,
1688:12, 1688:21,
1689:1, 1689:4,
1689:23, 1690:14,
1691:17, 1691:18,
1692:2, 1693:1,
1694:14, 1694:20,
1694:24, 1697:3,
1698:2, 1698:4,
1703:13, 1704:22,
1704:24, 1705:14,
1705:24, 1705:25,
1706:17, 1706:24,
1706:25, 1707:12,
1707:14, 1708:7,
1709:8, 1709:9,
1709:12, 1710:6,
1713:15, 1713:17,
1713:24, 1715:11,
1715:13, 1716:5,
1716:23, 1716:23,
1717:7, 1718:3,
1718:11, 1718:24,
1719:16, 1721:3,
1724:19, 1726:10,
1726:17, 1726:24,
1727:1, 1727:7,
1727:19, 1730:7,
1736:17, 1737:13,
1739:2, 1739:22,
1740:10, 1741:3,
1741:13, 1742:2,
1742:23, 1744:11,
1744:12, 1745:23,
1746:17, 1747:4,
1747:8, 1748:2,
1748:19, 1749:14,
1749:18, 1750:1,
1754:21, 1755:19,
1757:7, 1757:19,
1758:17, 1762:21,
1762:23, 1763:5,
1763:8, 1764:4,
1764:7, 1764:12,
1765:13, 1765:17,
1765:22, 1766:22,
1768:6, 1774:11,
1774:18, 1774:21,
1774:25, 1775:5,
1775:10, 1775:24,
1779:1, 1779:22,
1782:8, 1782:9,
1782:13, 1782:14,
1782:17, 1782:18,

1782:21, 1782:25,
1784:3, 1784:14,
1785:17, 1786:1,
1786:21, 1787:23,
1788:1, 1789:18,
1790:19, 1792:13,
1793:9, 1794:19,
1795:23, 1796:15,
1796:18, 1796:20,
1796:23, 1797:15,
1799:16, 1800:25,
1801:14, 1801:19,
1802:14, 1802:20,
1803:2, 1804:11,
1804:22, 1804:23,
1806:15, 1809:10,
1809:18, 1812:12

**order** [8] - 1673:11,
1679:16, 1696:21,
1714:14, 1716:24,
1754:4, 1764:17,
1765:6

**ordering** [1] - 1736:1

**organization** [1] -
1736:3

**orientation** [2] -
1786:10, 1800:21

**original** [1] - 1718:15

**originally** [1] -
1731:23

**ORLEANS** [10] -
1653:8, 1654:8,
1654:16, 1654:23,
1655:22, 1657:16,
1657:23, 1658:15,
1659:13, 1660:14

**Orleans** [2] -
1731:17, 1731:19

**other** [36] - 1664:18,
1665:15, 1665:23,
1666:20, 1669:25,
1670:14, 1677:4,
1678:24, 1680:23,
1691:13, 1697:3,
1698:13, 1699:8,
1702:23, 1706:25,
1710:6, 1713:17,
1721:12, 1727:21,
1742:15, 1745:16,
1747:24, 1748:17,
1751:20, 1760:10,
1765:21, 1767:19,
1775:14, 1782:1,
1784:19, 1788:7,
1796:15, 1798:17,
1801:19, 1810:4,
1810:10

**others** [6] - 1706:6,
1728:14, 1748:1,
1759:16, 1759:18,

1811:24

**our** [35] - 1675:5,
1675:11, 1679:14,
1682:8, 1695:2,
1695:12, 1695:13,
1727:18, 1728:15,
1732:16, 1733:20,
1735:6, 1740:8,
1741:8, 1741:24,
1745:11, 1753:6,
1766:23, 1766:24,
1767:1, 1767:23,
1770:1, 1770:16,
1772:8, 1773:18,
1777:7, 1786:12,
1794:6, 1801:22,
1802:2, 1807:4,
1810:22, 1811:10,
1813:6

**ourself** [2] - 1766:23,
1766:25

**out** [82] - 1663:5,
1666:9, 1669:6,
1678:6, 1681:17,
1684:9, 1691:9,
1693:3, 1696:2,
1696:16, 1697:18,
1697:21, 1699:11,
1705:14, 1706:3,
1709:11, 1710:25,
1711:20, 1712:2,
1718:15, 1719:19,
1719:22, 1725:22,
1726:16, 1728:24,
1730:10, 1732:1,
1732:7, 1732:15,
1732:16, 1732:21,
1737:24, 1741:23,
1748:13, 1749:10,
1750:6, 1753:10,
1763:20, 1763:24,
1764:21, 1766:15,
1773:10, 1774:2,
1774:3, 1774:7,
1774:11, 1774:16,
1775:6, 1775:7,
1775:12, 1775:23,
1777:8, 1779:5,
1780:6, 1788:13,
1789:14, 1793:9,
1795:2, 1795:4,
1795:19, 1798:9,
1799:8, 1803:18,
1807:20, 1808:18,
1809:2, 1809:10,
1809:16, 1809:18,
1809:19, 1809:21,
1810:2, 1810:10,
1810:12, 1810:18,
1810:23, 1811:8,
1811:14, 1813:13

**outfit** [1] - 1718:24
**outs** [2] - 1775:4, 1775:24
**outside** [5] - 1710:25, 1740:10, 1748:3, 1750:5
**outstanding** [1] - 1735:2
**over** [22] - 1662:7, 1669:6, 1669:13, 1680:21, 1682:9, 1692:15, 1692:16, 1698:12, 1726:20, 1735:12, 1736:13, 1737:14, 1743:14, 1745:18, 1745:24, 1766:18, 1768:4, 1773:24, 1781:24, 1793:10, 1800:1
**overall** [5] - 1721:5, 1727:25, 1738:21, 1740:1
**overboard** [8] - 1706:18, 1763:9, 1786:25, 1787:12, 1787:20, 1806:12, 1806:16, 1813:8
**overdue** [1] - 1723:8
**overnight** [1] - 1793:24
**overrule** [2] - 1700:21, 1765:3
**overruled** [4] - 1665:22, 1666:18, 1686:7, 1704:14
**overview** [4] - 1669:4, 1700:2, 1735:23, 1735:24
**Overview** [1] - 1700:2
**overwhelming** [2] - 1701:23, 1740:25
**own** [5] - 1695:25, 1706:19, 1730:14, 1767:1, 1771:18

**P**

**P** [2] - 1654:3, 1655:7
**P.M** [7] - 1675:23, 1676:2, 1676:9, 1685:15, 1793:19, 1804:12
**P.O** [1] - 1656:12
**package** [1] - 1791:20
**packages** [1] - 1791:12

**packer** [1] - 1769:17
**packet** [2] - 1756:5, 1756:9
**packing** [3] - 1731:2, 1731:3
**pads** [1] - 1744:16
**page** [26] - 1663:2, 1663:5, 1663:22, 1666:9, 1666:10, 1666:12, 1680:25, 1699:24, 1701:9, 1702:10, 1722:12, 1723:9, 1724:2, 1725:21, 1727:11, 1727:21, 1754:4, 1757:1, 1758:2, 1758:3, 1758:19, 1761:3, 1761:9, 1776:12
**PAGE/LINE** [1] - 1661:3
**pages** [7] - 1663:3, 1663:9, 1663:16, 1663:18, 1666:14, 1722:25
**paginated** [2] - 1663:9
**painful** [1] - 1687:15
**PALMINTIER** [1] - 1655:14
**PAN** [1] - 1654:15
**panel** [7] - 1748:23, 1748:24, 1757:16, 1757:23, 1757:24, 1780:23, 1786:23
**paperwork** [2] - 1686:10, 1735:21
**paragraph** [2] - 1700:8, 1725:22
**parameters** [1] - 1745:16
**parenthesis** [1] - 1736:10
**parents** [1] - 1731:23
**park** [1] - 1717:3
**part** [12] - 1700:4, 1702:2, 1702:5, 1715:10, 1757:24, 1758:1, 1758:24, 1761:6, 1766:17, 1776:25, 1778:1, 1778:13
**partial** [1] - 1742:23
**participants** [1] - 1728:23
**participated** [2] - 1699:5, 1720:17
**participation** [1] - 1775:18
**particular** [12] -

1669:12, 1674:15, 1676:4, 1680:8, 1702:3, 1712:15, 1718:23, 1732:21, 1736:12, 1757:19, 1780:21, 1801:11
**particularly** [3] - 1684:25, 1704:2, 1770:10
**parties** [1] - 1664:18
**party** [1] - 1745:7
**pass** [1] - 1758:14
**pass/fail** [1] - 1801:6
**passed** [2] - 1753:15, 1759:6
**passing** [1] - 1698:13
**passive** [1] - 1707:14
**past** [8] - 1674:23, 1677:11, 1691:18, 1693:10, 1759:15, 1767:24, 1785:25, 1801:23
**path** [1] - 1737:16
**Patrick** [1] - 1737:2
**pattern** [1] - 1726:15
**patterns** [2] - 1701:21, 1720:24
**Paul** [4] - 1664:23, 1727:14, 1727:17, 1798:7
**PAUL** [1] - 1654:14
**pay** [1] - 1767:5
**pending** [2] - 1665:4, 1665:16
**PENNSYLVANIA** [1] - 1658:4
**Penrod** [2] - 1732:4, 1732:18
**people** [40] - 1676:20, 1698:12, 1699:4, 1701:22, 1701:24, 1708:5, 1711:4, 1713:20, 1721:12, 1721:13, 1724:19, 1724:20, 1725:8, 1726:11, 1726:15, 1726:21, 1728:16, 1728:18, 1734:1, 1735:11, 1737:4, 1737:25, 1745:4, 1755:22, 1775:19, 1775:23, 1776:5, 1776:13, 1777:25, 1789:3, 1795:22, 1799:3, 1799:18, 1800:6, 1800:9, 1804:3, 1805:11, 1811:12, 1811:21

**people's** [1] - 1772:14
**per** [3] - 1679:5, 1679:18, 1767:6
**percent** [7] - 1728:5, 1728:18, 1728:23, 1733:20, 1734:3, 1770:22, 1796:13
**perception** [6] - 1701:23, 1703:14, 1720:23, 1721:1, 1721:3, 1776:18
**perfect** [1] - 1663:24
**perfectionist** [2] - 1730:8, 1742:6
**perform** [9] - 1674:2, 1715:12, 1716:21, 1716:24, 1742:13, 1744:17, 1749:25, 1758:5, 1758:8
**Performance** [1] - 1666:14
**performance** [9] - 1702:13, 1712:11, 1727:18, 1733:12, 1734:25, 1738:6, 1738:8, 1738:16, 1761:24
**performed** [8] - 1674:2, 1674:23, 1677:3, 1739:1, 1761:4, 1791:3, 1797:5, 1798:15
**performing** [4] - 1701:18, 1713:7, 1734:20, 1806:12
**performs** [1] - 1715:5
**perhaps** [1] - 1711:3
**period** [11] - 1677:7, 1680:21, 1683:13, 1687:2, 1729:11, 1733:7, 1755:20, 1791:8, 1792:3, 1792:7, 1801:8
**periods** [1] - 1672:25
**perish** [1] - 1708:17
**permit** [1] - 1802:10
**person** [7] - 1670:19, 1674:13, 1755:16, 1765:2, 1780:18, 1796:17, 1803:13
**personal** [5] - 1696:4, 1706:19, 1709:3, 1740:4, 1788:25
**personally** [2] - 1733:11, 1752:4
**personnel** [6] - 1676:2, 1676:5,

1722:5, 1732:11, 1776:22, 1795:22
**persons** [1] - 1777:24
**perspective** [3] - 1730:12, 1776:16, 1813:14
**pertain** [1] - 1664:12
**pertained** [2] - 1667:1, 1795:21
**pertaining** [1] - 1665:23
**pertains** [1] - 1665:17
**pertinent** [1] - 1747:24
**PETITION** [1] - 1653:13
**Phase** [2] - 1709:12
**phase** [1] - 1709:18
**PHILLIP** [1] - 1659:12
**philosophy** [1] - 1724:17
**phone** [9] - 1682:12, 1685:21, 1707:9, 1713:2, 1805:1, 1807:14, 1807:17, 1807:18, 1808:5
**photo** [1] - 1786:10
**physically** [2] - 1717:7, 1717:22
**pick** [4] - 1667:23, 1748:11, 1748:19, 1810:22
**picked** [4] - 1688:13, 1710:25, 1732:10, 1761:16
**picking** [1] - 1784:2
**picks** [1] - 1686:14
**picture** [11] - 1708:18, 1742:22, 1742:25, 1750:8, 1766:11, 1766:13, 1786:1, 1786:17, 1789:15, 1789:17, 1790:2
**piece** [3] - 1716:18, 1789:16, 1791:22
**PIGMAN** [1] - 1659:11
**pipe** [54] - 1675:5, 1675:8, 1675:9, 1675:14, 1679:10, 1679:24, 1680:4, 1680:12, 1682:25, 1683:16, 1684:6, 1685:25, 1686:14, 1686:18, 1686:22, 1686:23, 1687:19,

1688:23, 1704:9,
1704:23, 1715:11,
1717:14, 1718:18,
1732:23, 1746:2,
1749:10, 1750:7,
1750:8, 1750:11,
1779:7, 1785:8,
1785:12, 1785:14,
1789:16, 1789:17,
1789:18, 1789:25,
1790:2, 1790:4,
1790:5, 1791:11,
1791:21, 1791:22,
1800:23, 1800:25,
1801:10, 1801:15,
1802:1, 1802:14,
1802:18, 1804:19

**pipes** [2] - 1685:7,
1779:5

**pit** [9] - 1763:15,
1764:5, 1764:9,
1764:17, 1765:5,
1777:5, 1779:9,
1779:10, 1779:17

**pitch** [1] - 1706:2

**pits** [8] - 1763:13,
1763:14, 1764:1,
1765:10, 1779:11,
1779:15, 1787:13,
1806:14

**place** [14] - 1676:11,
1689:8, 1705:24,
1708:20, 1709:7,
1709:23, 1710:1,
1744:13, 1755:2,
1779:22, 1780:3,
1785:21, 1785:24,
1790:20

**placed** [4] - 1679:17,
1710:1, 1749:11,
1769:15

**placement** [1] -
1669:21

**placing** [2] - 1742:9,
1789:12

**PLAINTIFFS** [1] -
1654:3

**plan** [14] - 1666:11,
1668:18, 1668:19,
1668:22, 1668:23,
1708:20, 1709:7,
1723:8, 1729:5,
1738:16, 1797:21,
1802:23, 1803:22

**planning** [1] - 1709:9
**Planning** [1] - 1700:7
**plans** [2] - 1700:10,
1700:13

**platform** [1] - 1732:5
**PLC** [1] - 1657:20

**please** [5] - 1662:6,
1667:21, 1677:5,
1720:2, 1725:13

**pleased** [1] -
1761:25

**plug** [2] - 1769:17,
1769:18

**plus** [2] - 1729:11,
1741:7

**point** [22] - 1672:6,
1674:7, 1675:20,
1676:9, 1678:19,
1681:24, 1684:1,
1686:11, 1689:23,
1715:18, 1723:21,
1726:21, 1743:13,
1774:18, 1782:7,
1790:9, 1791:18,
1799:2, 1799:15,
1809:4, 1809:18,
1810:13

**pointed** [1] - 1715:22
**pointer** [1] - 1743:5
**points** [3] - 1674:8,
1728:15, 1748:12

**policies** [1] - 1714:2
**policy** [10] - 1671:24,
1672:1, 1672:7,
1672:10, 1672:11,
1678:19, 1709:23,
1709:25, 1721:16,
1721:19

**poor** [1] - 1715:10
**port** [3] - 1787:23,
1788:1, 1788:5

**portion** [2] - 1749:5,
1798:19

**posed** [3] - 1700:14,
1701:5, 1714:5

**position** [12] -
1706:1, 1713:13,
1727:17, 1737:14,
1740:12, 1740:23,
1742:18, 1747:3,
1752:19, 1772:17,
1773:5, 1811:18

**positions** [8] -
1712:15, 1730:3,
1736:14, 1736:15,
1736:18, 1738:1,
1739:20, 1743:11

**positive** [5] -
1683:15, 1701:20,
1702:14, 1728:5,
1751:22

**possibility** [3] -
1670:15, 1670:17,
1673:20

**possible** [4] -
1708:23, 1709:11,

1710:2, 1751:17
**possibly** [1] -
1773:20

**POST** [3] - 1654:4,
1656:18, 1657:12

**post** [4] - 1685:13,
1690:22, 1693:18,
1742:4

**post-accident** [1] -
1685:13

**posted** [4] - 1747:19,
1747:22, 1752:2,
1756:10

**potential** [5] -
1681:16, 1685:14,
1685:19, 1696:24,
1703:9

**power** [3] - 1690:6,
1747:13, 1767:1

**powered** [1] - 1748:8
**POYDRAS** [1] -
1654:15, 1657:22,
1658:15, 1660:13

**practice** [5] -
1714:10, 1715:24,
1753:10, 1794:3

**practices** [1] -
1715:5

**pre** [5] - 1671:7,
1671:9, 1798:11,
1798:18, 1801:22

**pre-tower** [5] -
1671:7, 1671:9,
1798:11, 1798:18,
1801:22

**preferred** [2] -
1669:11, 1671:25

**preliminary** [1] -
1662:9

**prepare** [1] - 1753:8
**prepared** [5] -
1662:12, 1738:20,
1760:24, 1767:18,
1792:1

**preparing** [1] -
1697:21

**present** [7] - 1677:2,
1677:6, 1677:8,
1677:10, 1714:15,
1781:10, 1783:7

**presented** [1] -
1700:17

**pressure** [59] -
1672:16, 1674:10,
1674:20, 1675:1,
1675:13, 1680:3,
1680:4, 1680:11,
1680:12, 1682:20,
1682:24, 1683:14,
1683:15, 1683:16,

1685:25, 1686:14,
1686:18, 1686:22,
1686:23, 1687:19,
1687:20, 1688:16,
1688:23, 1704:23,
1712:11, 1714:1,
1714:3, 1714:14,
1715:6, 1745:15,
1757:9, 1774:4,
1780:4, 1780:6,
1782:9, 1782:14,
1782:18, 1782:21,
1783:19, 1784:6,
1784:7, 1784:14,
1784:17, 1796:7,
1796:11, 1798:15,
1798:22, 1798:23,
1800:20, 1801:6,
1801:9, 1802:13,
1802:15, 1804:7,
1804:16, 1804:17,
1804:23, 1805:17

**prestigious** [1] -
1733:19

**pretty** [25] - 1685:5,
1687:15, 1731:1,
1731:2, 1736:2,
1738:9, 1739:25,
1742:11, 1752:16,
1753:12, 1753:13,
1755:23, 1758:16,
1766:15, 1769:20,
1773:10, 1780:7,
1793:8, 1798:22,
1811:20, 1812:9,
1812:17, 1812:22,
1813:4, 1813:5

**prevent** [6] - 1689:9,
1689:23, 1690:8,
1708:4, 1774:13

**preventer** [14] -
1716:17, 1746:17,
1746:19, 1749:1,
1749:4, 1757:19,
1784:24, 1785:25,
1786:8, 1790:8,
1790:11, 1791:15,
1808:13

**preventers** [1] -
1716:17

**prevention** [1] -
1757:5

**pride** [1] - 1770:1
**primarily** [2] -
1748:15, 1748:17

**Primary** [1] - 1700:2
**prior** [12] - 1664:10,
1667:3, 1668:5,
1672:6, 1675:1,
1685:25, 1691:22,

1694:4, 1764:22,
1766:4, 1799:23,
1802:17

**probably** [26] -
1679:1, 1681:15,
1683:12, 1684:9,
1692:9, 1693:15,
1708:14, 1717:19,
1725:7, 1726:11,
1733:19, 1737:11,
1737:13, 1741:3,
1741:4, 1752:8,
1774:18, 1775:10,
1785:11, 1792:12,
1793:8, 1793:9,
1799:4, 1800:8,
1802:6, 1811:6

**problem** [18] -
1667:6, 1679:7,
1679:9, 1685:2,
1685:15, 1685:19,
1687:9, 1688:14,
1696:24, 1704:11,
1705:8, 1705:9,
1735:11, 1747:1,
1799:8, 1802:12,
1805:14, 1808:8

**problems** [3] -
1681:16, 1723:18,
1770:24

**procedure** [13] -
1668:25, 1673:21,
1673:24, 1674:3,
1674:9, 1675:11,
1679:14, 1679:16,
1679:19, 1715:5,
1715:24, 1759:10,
1798:23

**procedures** [19] -
1674:10, 1674:16,
1674:20, 1674:24,
1714:10, 1715:11,
1728:3, 1741:11,
1747:19, 1747:20,
1747:22, 1747:23,
1752:1, 1752:5,
1782:9, 1782:11,
1782:12, 1784:19,
1802:20

**proceed** [1] -
1667:13

**proceedings** [1] -
1814:9

**PROCEEDINGS** [3] -
1653:21, 1660:16,
1662:1

**process** [13] -
1675:16, 1675:21,
1702:12, 1718:19,
1733:25, 1734:2,

1738:8, 1749:9,
1755:23, 1774:20,
1780:8, 1791:4
**processes** [5] -
1701:25, 1769:2,
1771:19, 1771:22,
1773:18
**produced** [1] -
1734:21
**PRODUCED** [1] -
1660:17
**PRODUCTION** [3] -
1653:15, 1657:19,
1657:20
**Professor** [2] -
1662:11, 1662:19
**program** [1] -
1782:12
**programs** [3] -
1735:22, 1775:14,
1776:1
**promoted** [3] -
1737:19, 1737:23,
1740:18
**promoting** [2] -
1740:16, 1776:1
**promotion** [2] -
1740:21, 1740:25
**prompt** [1] - 1776:5
**pronounced** [1] -
1694:12
**propel** [1] - 1766:23
**propelled** [1] -
1766:25
**proper** [1] - 1759:4
**properly** [3] -
1742:4, 1757:20,
1758:22
**propose** [1] - 1663:4
**proposed** [1] -
1674:20
**propulsion** [1] -
1766:24
**Prospect** [1] -
1735:1
**proud** [4] - 1740:25,
1767:11, 1768:8,
1768:23
**provide** [3] - 1700:5,
1786:24, 1795:20
**provided** [4] -
1662:13, 1663:1,
1663:8
**providing** [2] -
1668:17, 1673:6
**PSC** [4] - 1662:11,
1664:24, 1666:24,
1667:4
**PSC's** [3] - 1665:1,
1666:23, 1667:12

**psi** [1] - 1684:5
**public** [2] - 1756:3,
1756:7
**publicity** [3] -
1770:3, 1770:5,
1770:6
**publicly** [1] - 1756:4
**pull** [1] - 1694:1,
1703:18, 1716:22,
1717:7, 1722:5
**pulling** [1] - 1732:23
**pump** [3] - 1669:5,
1745:15
**pumped** [2] -
1668:18, 1669:3
**pumping** [2] -
1668:19, 1782:18
**pumps** [5] - 1715:14,
1749:10, 1751:11,
1763:19, 1806:10
**purple** [2] - 1792:25,
1793:3
**purported** [1] -
1665:13
**pursuing** [1] -
1737:16
**Purvis** [3] - 1731:14,
1731:16
**push** [8] - 1716:23,
1717:7, 1717:9,
1717:10, 1726:12,
1755:23
**pusher** [2] - 1676:10,
1755:9
**pushers** [1] - 1676:7
**pushes** [2] -
1717:12, 1717:13
**put** [18] - 1663:25,
1690:20, 1692:1,
1694:2, 1700:19,
1709:10, 1712:9,
1725:20, 1733:15,
1737:8, 1738:12,
1744:2, 1745:8,
1777:15, 1791:17,
1801:4, 1808:18,
1810:1
**putting** [4] - 1718:18,
1763:18, 1779:15,
1780:4

# Q

**qualification** [1] -
1691:25
**qualified** [3] -
1704:2, 1759:16,
1759:18
**quality** [2] - 1739:10,

1739:12
**quarter** [1] - 1735:1
**quarters** [4] -
1705:11, 1809:23,
1810:10, 1810:20
**Question** [3] -
1728:5, 1728:19,
1728:25
**question** [23] -
1683:10, 1684:20,
1687:23, 1687:24,
1689:13, 1709:5,
1709:19, 1710:24,
1714:17, 1714:18,
1715:10, 1715:21,
1715:25, 1716:5,
1717:6, 1717:21,
1717:24, 1728:9,
1729:11, 1752:16,
1771:3, 1792:2,
1797:6
**questions** [15] -
1710:8, 1719:7,
1719:24, 1719:25,
1720:1, 1723:14,
1724:24, 1749:14,
1753:8, 1755:17,
1775:9, 1793:6,
1794:19, 1796:19,
1813:16
**quick** [3] - 1697:16,
1720:2, 1751:16
**quickly** [7] -
1708:23, 1709:11,
1710:2, 1725:19,
1736:3, 1786:4,
1798:22
**quiet** [1] - 1721:17
**quite** [3] - 1745:17,
1748:14, 1753:17
**quote** [4] - 1701:8,
1703:17, 1724:6,
1727:14
**quote's** [1] - 1720:21
**quotes** [3] - 1703:15,
1703:20, 1721:11

# R

**R** [5] - 1656:4,
1657:15, 1658:22,
1659:22, 1662:3
**R.P.M** [1] - 1745:16
**RACHEL** [2] -
1656:11, 1658:18
**Rachel** [1] - 1686:4
**racking** [2] - 1746:2,
1790:5
**raft** [7] - 1811:10,

1811:22, 1812:1,
1812:4, 1812:6,
1812:19, 1812:24
**raise** [5] - 1726:23,
1728:18, 1765:17,
1794:18, 1797:15
**raised** [6] - 1738:24,
1746:21, 1757:3,
1758:19, 1788:17,
1798:21
**raising** [1] - 1775:9
**ram** [5] - 1716:17,
1717:20, 1757:19,
1758:17, 1789:20
**rams** [6] - 1757:10,
1789:21, 1790:24,
1791:9, 1791:21
**ran** [1] - 1698:12
**RANDALL** [1] -
1661:4
**random** [1] - 1768:2
**Randy** [5] - 1711:6,
1711:25, 1734:18,
1786:24, 1808:8
**rang** [1] - 1808:5
**range** [2] - 1775:18,
1789:25
**rapid** [1] - 1786:6
**rarely** [1] - 1704:20
**rate** [4] - 1668:18,
1669:5, 1693:9,
1764:18
**rated** [2] - 1701:18,
1757:5
**rather** [1] - 1710:20
**rating** [1] - 1757:9
**Ray** [1] - 1722:18
**re** [1] - 1809:23
**RE** [2] - 1653:5,
1653:12
**re-entered** [1] -
1809:23
**reached** [1] -
1707:12
**reaching** [2] -
1689:9, 1689:25
**react** [1] - 1740:21
**reacted** [1] - 1740:15
**reaction** [2] -
1726:10, 1802:3
**read** [8] - 1671:21,
1699:24, 1699:25,
1702:3, 1702:4,
1728:22, 1734:15
**reading** [1] - 1720:20
**ready** [5] - 1667:13,
1681:13, 1686:13,
1704:10, 1708:1,
1740:12, 1749:11,
1785:22

**real** [5] - 1725:19,
1742:9, 1744:1,
1748:15, 1791:1
**realistic** [1] - 1763:6
**realized** [2] -
1689:21, 1809:3
**realizing** [1] -
1690:12
**really** [32] - 1667:7,
1668:16, 1668:24,
1673:25, 1681:22,
1686:20, 1687:16,
1688:10, 1689:6,
1691:9, 1693:13,
1694:10, 1697:18,
1698:6, 1703:13,
1706:19, 1707:6,
1715:15, 1715:22,
1718:19, 1732:6,
1733:24, 1735:16,
1735:20, 1745:23,
1767:5, 1796:4,
1797:6, 1798:19,
1803:17, 1810:9,
1811:16
**REALTIME** [1] -
1660:12
**reask** [1] - 1709:5
**reason** [11] -
1667:12, 1683:5,
1696:23, 1696:25,
1703:16, 1705:3,
1705:4, 1705:5,
1710:22, 1711:21,
1731:5
**reboot** [1] - 1746:13
**rebooted** [2] -
1746:12, 1746:16
**rebuttal** [2] - 1665:8,
1665:13
**Rec** [1] - 1666:23
**recall** [35] - 1665:6,
1666:2, 1669:8,
1671:4, 1679:25,
1680:1, 1680:5,
1680:6, 1680:14,
1683:3, 1691:17,
1693:18, 1693:25,
1694:20, 1694:23,
1695:6, 1697:20,
1700:22, 1701:14,
1702:2, 1702:20,
1703:1, 1707:2,
1707:3, 1712:25,
1720:9, 1720:12,
1720:16, 1720:19,
1720:20, 1723:8,
1728:1, 1794:21,
1795:12, 1798:7
**recalled** [2] -

1691:17, 1691:18
**receive** [1] - 1787:19
**received** [7] -
1718:10, 1727:16,
1728:5, 1733:11,
1733:13, 1797:20,
1797:23
**receiving** [1] -
1773:11
**recent** [2] - 1734:25,
1754:5
**RECESS** [2] -
1725:11, 1813:20
**recess** [2] - 1725:8,
1813:17
**recognize** [2] -
1734:17, 1776:13
**recollection** [5] -
1671:20, 1679:10,
1693:22, 1694:13,
1699:20
**recommendation** [4]
- 1734:6, 1734:8,
1734:14, 1735:4
**record** [17] -
1663:12, 1663:20,
1665:6, 1667:21,
1734:25, 1756:4,
1760:20, 1761:21,
1770:2, 1770:6,
1770:7, 1770:8,
1770:11, 1770:14,
1770:16, 1814:8
**Record** [6] - 1665:7,
1665:12, 1665:17,
1666:1, 1666:22,
1667:12
**recorded** [1] -
1760:15
**RECORDED** [1] -
1660:16
**records** [4] -
1753:23, 1754:8,
1754:21, 1792:15
**red** [3] - 1730:11,
1737:3, 1797:15
**REDDEN** [1] -
1659:15
**redo** [1] - 1715:6
**reduce** [1] - 1784:13
**reducing** [3] -
1783:19, 1784:6,
1784:7
**reduction** [1] -
1784:17
**refer** [1] - 1803:8
**reference** [3] -
1680:9, 1680:10,
1700:22
**referenced** [1] -

1761:20
**referencing** [1] -
1700:24
**referrals** [1] - 1734:1
**referring** [3] -
1754:14, 1755:17,
1784:13
**reflect** [6] - 1699:18,
1736:11, 1738:9,
1747:10, 1751:8,
1754:21
**reflected** [4] -
1736:23, 1745:10,
1760:19, 1761:14
**reflects** [1] - 1768:14
**Regan** [1] - 1662:18
**REGAN** [3] - 1658:8,
1662:18, 1662:24
**Regan's** [1] -
1662:22
**regard** [1] - 1702:16
**regarding** [3] -
1668:8, 1669:20,
1671:6
**register** [4] - 1720:8,
1720:16, 1724:3,
1724:5
**REGISTERED** [1] -
1660:13
**regular** [2] - 1707:17,
1716:21
**regularly** [1] -
1777:11
**reinforce** [1] -
1762:8
**reinforced** [1] -
1735:22
**reinforcing** [1] -
1775:11
**relate** [1] - 1697:19
**related** [1] - 1791:3
**relates** [1] - 1709:17
**RELATES** [1] -
1653:11
**relating** [4] - 1667:9,
1672:3, 1720:24
**relation** [2] - 1707:4,
1720:23
**relationship** [3] -
1714:11, 1727:13,
1729:12
**relatively** [2] -
1666:21, 1794:2
**relayed** [3] - 1684:3,
1684:4, 1771:10
**relevant** [2] -
1667:10, 1700:14
**relied** [2] - 1707:19,
1707:21
**relieved** [2] -

1680:23, 1742:5
**relieving** [1] -
1793:21
**remain** [1] - 1756:12
**remember** [45] -
1668:2, 1669:18,
1669:22, 1691:3,
1692:8, 1693:20,
1721:6, 1725:25,
1732:12, 1732:14,
1746:9, 1759:22,
1767:16, 1771:7,
1774:5, 1787:10,
1792:10, 1792:12,
1794:10, 1794:23,
1795:1, 1795:5,
1795:8, 1796:2,
1796:4, 1796:5,
1796:6, 1796:10,
1796:11, 1797:20,
1797:22, 1797:23,
1798:5, 1798:9,
1798:17, 1799:3,
1799:5, 1800:8,
1800:19, 1801:16,
1805:12, 1812:2,
1812:12, 1812:24
**remove** [1] - 1787:12
**removed** [2] -
1708:22, 1710:2
**removes** [1] -
1763:24
**RENAISSANCE** [1] -
1659:23
**repeat** [4] - 1677:5,
1702:25, 1716:6,
1769:6
**repeats** [1] - 1764:1
**reperform** [1] -
1714:14
**reperformed** [1] -
1714:3
**rephrase** [3] -
1683:10, 1684:18,
1684:20
**report** [24] - 1700:17,
1700:18, 1725:20,
1726:7, 1727:22,
1728:2, 1728:23,
1760:5, 1760:16,
1760:23, 1760:24,
1761:9, 1761:22,
1762:6, 1763:2,
1773:5, 1773:8,
1773:16, 1776:11,
1776:14, 1793:11,
1795:9, 1796:11,
1805:16
**Reporter** [2] -
1814:5, 1814:14

**REPORTER** [3] -
1660:12, 1660:12,
1660:13
**REPORTER'S** [1] -
1814:3
**reporting** [1] -
1759:25
**reports** [8] -
1760:11, 1760:13,
1761:4, 1781:7,
1792:3, 1794:8,
1794:25
**represent** [2] -
1712:8, 1736:10
**representatives** [2] -
1765:16, 1795:20
**request** [5] -
1675:16, 1679:18,
1679:20, 1698:25,
1800:21
**requested** [2] -
1679:19, 1801:17
**require** [1] - 1673:5
**required** [4] -
1710:1, 1756:17,
1775:12, 1796:8
**requirement** [2] -
1679:16, 1740:7
**requisite** [1] - 1704:8
**rescuing** [1] -
1788:11
**resist** [1] - 1726:16
**resolve** [1] - 1746:24
**resolved** [1] -
1798:22
**RESOURCES** [1] -
1656:8
**respect** [5] - 1695:5,
1701:17, 1736:2,
1771:20, 1774:3
**respecting** [1] -
1702:22
**respond** [2] -
1704:22, 1708:8
**responds** [1] -
1666:25
**response** [6] -
1684:7, 1765:18,
1779:2, 1779:7,
1779:11, 1779:14
**responsibility** [4] -
1739:1, 1739:2,
1750:15, 1781:22
**responsible** [4] -
1676:18, 1711:15,
1789:12, 1798:25
**responsive** [4] -
1667:10, 1689:8,
1689:22, 1728:14
**rest** [2] - 1708:12,

1777:23
**result** [3] - 1665:25,
1783:19, 1784:6
**results** [9] - 1677:3,
1677:9, 1677:22,
1680:16, 1680:19,
1682:19, 1684:13,
1698:24
**retire** [1] - 1729:5
**retracting** [1] -
1791:9
**return** [3] - 1691:1,
1745:15, 1764:4
**returns** [3] -
1668:12, 1669:7,
1691:13
**Revette** [36] -
1681:4, 1683:18,
1686:2, 1687:8,
1687:18, 1714:12,
1722:25, 1729:7,
1729:25, 1736:25,
1741:1, 1741:2,
1741:5, 1744:8,
1745:12, 1750:21,
1752:10, 1753:18,
1754:3, 1754:5,
1754:9, 1754:15,
1754:23, 1756:16,
1758:13, 1759:6,
1759:15, 1774:15,
1778:14, 1778:16,
1781:12, 1781:13,
1783:11, 1793:15,
1806:20
**Revette's** [1] -
1744:6
**review** [8] - 1674:16,
1700:5, 1701:11,
1702:13, 1738:8,
1738:22, 1776:9,
1792:2
**Review** [1] - 1666:14
**reviewed** [9] -
1674:20, 1689:16,
1689:17, 1689:19,
1700:10, 1701:10,
1702:11, 1753:21,
1754:21
**reviews** [1] - 1761:11
**REVIEWS** [1] -
1781:8
**revoked** [1] -
1768:22
**RICHARD** [1] -
1659:3
**rid** [1] - 1743:20
**rig** [138] - 1670:2,
1670:7, 1672:7,
1674:1, 1683:2,

1695:24, 1697:5, 1697:17, 1699:3, 1699:10, 1700:9, 1701:13, 1701:19, 1701:23, 1702:1, 1702:13, 1702:14, 1702:20, 1702:24, 1703:3, 1703:5, 1703:12, 1703:21, 1703:23, 1703:24, 1705:13, 1706:8, 1706:10, 1707:13, 1708:17, 1709:8, 1711:14, 1711:20, 1712:18, 1713:4, 1715:12, 1718:18, 1718:22, 1719:13, 1721:7, 1723:4, 1723:5, 1726:3, 1726:10, 1727:4, 1727:16, 1727:17, 1727:18, 1727:19, 1731:2, 1732:1, 1732:4, 1732:6, 1732:9, 1732:10, 1732:13, 1734:21, 1734:24, 1736:1, 1736:12, 1737:12, 1742:9, 1742:23, 1745:3, 1747:3, 1747:17, 1748:1, 1748:7, 1748:13, 1750:6, 1750:11, 1752:9, 1752:18, 1755:2, 1757:5, 1760:1, 1760:8, 1761:2, 1762:12, 1762:16, 1762:22, 1763:7, 1763:8, 1763:20, 1764:9, 1764:11, 1764:25, 1765:2, 1765:13, 1766:8, 1766:17, 1766:20, 1767:3, 1768:9, 1769:3, 1771:22, 1772:6, 1772:10, 1772:11, 1772:19, 1773:5, 1773:11, 1773:17, 1774:17, 1775:21, 1776:19, 1778:1, 1780:17, 1783:3, 1785:6, 1785:7, 1785:16, 1785:17, 1786:1, 1786:5, 1786:12, 1788:6, 1788:8, 1790:15, 1794:20, 1795:22, 1795:23, 1795:24, 1796:3, 1796:20, 1797:8, 1805:2,

1808:5, 1808:24, 1811:10, 1812:3, 1812:7, 1813:7
**RIG** [1] - 1653:5
**rig-based** [1] - 1702:14
**right** [102] - 1662:7, 1662:16, 1662:22, 1665:3, 1665:16, 1666:7, 1670:13, 1671:7, 1676:13, 1676:14, 1678:13, 1680:17, 1682:1, 1682:6, 1682:10, 1682:24, 1685:15, 1686:12, 1690:2, 1691:24, 1692:6, 1694:4, 1696:18, 1696:22, 1697:1, 1697:15, 1699:8, 1699:19, 1700:21, 1700:23, 1702:4, 1705:10, 1706:1, 1706:3, 1708:19, 1711:1, 1711:18, 1718:8, 1718:20, 1718:21, 1719:3, 1719:24, 1721:15, 1722:14, 1724:4, 1724:25, 1725:9, 1725:13, 1725:14, 1732:8, 1742:7, 1742:14, 1743:13, 1743:14, 1744:2, 1744:7, 1744:19, 1744:20, 1744:24, 1745:18, 1747:21, 1748:6, 1748:7, 1748:10, 1748:22, 1749:11, 1749:16, 1749:20, 1750:5, 1750:6, 1750:9, 1758:1, 1761:14, 1764:10, 1775:25, 1777:1, 1777:2, 1778:8, 1780:14, 1784:12, 1785:5, 1786:14, 1789:7, 1790:6, 1790:20, 1793:4, 1793:25, 1800:2, 1800:14, 1800:18, 1802:11, 1802:19, 1808:19, 1813:17
**rigs** [7] - 1700:4, 1711:23, 1730:25, 1733:21, 1734:20, 1768:24, 1772:2
**rise** [2] - 1725:10, 1813:19

**riser** [13] - 1689:24, 1694:12, 1744:12, 1785:1, 1785:3, 1785:8, 1785:17, 1785:20, 1785:21, 1786:4, 1787:4, 1791:20
**risk** [9] - 1701:5, 1701:7, 1721:20, 1730:11, 1730:12, 1730:14, 1774:25, 1775:5, 1775:24
**Risk** [1] - 1700:7
**risks** [6] - 1681:16, 1700:14, 1720:23, 1771:22, 1776:5, 1776:23
**risky** [1] - 1776:17
**river** [3] - 1741:19, 1741:20, 1741:23
**RMR** [2] - 1660:12, 1814:13
**road** [1] - 1718:20
**ROBERT** [2] - 1654:11, 1658:3
**ROBERTS** [2] - 1658:18, 1659:17
**rock** [1] - 1769:12
**rocks** [2] - 1739:7, 1740:3
**rode** [1] - 1766:17
**role** [6] - 1734:4, 1737:22, 1778:9, 1784:20, 1801:25, 1802:2
**roll** [1] - 1781:18
**ROOM** [2] - 1656:5, 1660:13
**room** [11] - 1707:9, 1730:10, 1748:2, 1749:6, 1749:21, 1795:16, 1807:6, 1807:14, 1807:22, 1808:1, 1812:16
**roots** [1] - 1740:7
**rotary** [6] - 1750:10, 1763:22, 1785:5, 1786:14, 1786:19, 1789:17
**rotation** [1] - 1726:8
**ROUGE** [2] - 1655:15, 1657:12
**roughly** [2] - 1683:12, 1792:12
**roustabout** [1] - 1774:10
**roustabouts** [1] - 1732:15
**ROY** [2] - 1654:3, 1654:3

**RPR** [1] - 1814:13
**RSTC** [8] - 1772:8, 1773:8, 1773:12, 1776:12, 1776:13, 1794:8, 1795:3, 1795:17
**rubber** [1] - 1718:19
**ruled** [1] - 1665:21
**ruling** [3] - 1665:25, 1666:18, 1666:19
**run** [6] - 1681:9, 1724:17, 1724:19, 1745:25, 1780:3, 1797:17
**Run** [1] - 1724:8
**running** [6] - 1670:5, 1670:17, 1744:12, 1744:18, 1751:18, 1782:17
**runs** [2] - 1797:12, 1797:13
**RUSNAK** [1] - 1655:17

**S**

**s** [1] - 1680:22
**S** [4] - 1655:7, 1662:3
**sad** [1] - 1740:23
**safe** [3] - 1713:16, 1771:20, 1771:21
**safely** [2] - 1706:8, 1706:10
**safer** [1] - 1728:19
**safes** [1] - 1791:8
**Safety** [1] - 1754:6
**safety** [48] - 1680:24, 1681:3, 1681:25, 1698:24, 1698:25, 1711:16, 1717:11, 1721:2, 1726:24, 1728:3, 1728:9, 1728:14, 1734:21, 1735:21, 1740:8, 1741:8, 1741:10, 1741:11, 1746:21, 1771:19, 1771:25, 1772:3, 1772:7, 1772:10, 1772:11, 1772:12, 1772:23, 1773:6, 1773:18, 1774:2, 1774:3, 1774:7, 1774:12, 1774:16, 1775:4, 1775:6, 1775:8, 1775:12, 1775:24, 1776:1, 1776:20, 1779:6, 1792:1,

1792:2, 1793:2, 1794:8, 1795:3, 1802:22
**said** [67] - 1664:13, 1666:25, 1673:15, 1675:25, 1677:22, 1679:5, 1682:16, 1686:5, 1690:10, 1694:17, 1698:2, 1699:13, 1703:15, 1703:25, 1705:1, 1710:25, 1727:25, 1730:23, 1732:24, 1732:25, 1733:1, 1733:3, 1735:22, 1740:15, 1746:7, 1754:23, 1755:1, 1756:8, 1764:7, 1764:11, 1764:15, 1764:25, 1766:17, 1767:13, 1778:14, 1780:13, 1780:18, 1790:7, 1798:13, 1798:21, 1799:14, 1800:19, 1800:24, 1801:13, 1801:17, 1802:17, 1805:14, 1806:2, 1806:3, 1806:5, 1807:11, 1807:18, 1808:8, 1808:9, 1808:18, 1808:24, 1809:3, 1809:15, 1810:25, 1811:1, 1811:2
**sake** [1] - 1713:23
**same** [13] - 1674:2, 1675:24, 1680:24, 1702:12, 1714:15, 1717:20, 1717:24, 1725:22, 1729:21, 1750:24, 1778:22, 1805:2, 1807:13
**sample** [1] - 1806:11
**SAN** [2] - 1655:5, 1656:6
**sat** [1] - 1708:16
**satisfied** [1] - 1797:5
**Save** [1] - 1811:2
**save** [3] - 1706:7, 1711:7, 1720:9
**saved** [3] - 1708:12, 1708:21, 1711:3
**saw** [19] - 1678:2, 1687:18, 1689:7, 1689:21, 1698:4, 1719:19, 1719:21, 1727:1, 1732:4, 1732:9, 1744:2, 1759:20, 1768:16, 1774:10, 1776:17,

1786:11, 1807:21,
1813:12
**say** [48] - 1673:4,
1674:14, 1677:14,
1677:17, 1681:22,
1684:11, 1688:4,
1688:10, 1688:21,
1689:3, 1689:6,
1689:7, 1691:6,
1693:11, 1693:15,
1695:9, 1695:12,
1697:13, 1706:3,
1709:21, 1712:24,
1713:16, 1716:11,
1716:23, 1729:22,
1742:3, 1746:13,
1749:5, 1750:23,
1752:19, 1755:17,
1755:19, 1757:20,
1763:12, 1764:4,
1774:9, 1774:10,
1780:12, 1780:16,
1781:22, 1783:7,
1797:12, 1801:6,
1805:25, 1806:7,
1808:7, 1809:14
**saying** [4] - 1677:19,
1712:25, 1762:11,
1784:16
**says** [14] - 1700:2,
1700:8, 1701:17,
1717:9, 1720:22,
1721:16, 1721:22,
1724:8, 1756:22,
1761:16, 1762:2,
1763:2, 1784:5,
1785:7
**scared** [2] - 1733:2,
1752:9
**scenario** [2] -
1707:22, 1780:21
**scenarios** [1] -
1780:16
**scene** [3] - 1708:23,
1709:13, 1710:2
**schedule** [2] -
1720:10, 1794:1
**scheduled** [2] -
1779:18, 1779:19
**Schlumberger** [2] -
1796:22, 1796:25
**school** [16] -
1726:19, 1731:11,
1731:13, 1739:25,
1752:22, 1752:24,
1753:1, 1753:4,
1753:16, 1754:12,
1754:16, 1758:4,
1758:21, 1759:10,
1777:1, 1779:4

**School** [1] - 1731:14
**schools** [2] -
1752:20, 1772:14
**SCOFIELD** [1] -
1660:7
**score** [1] - 1739:5
**SCOTT** [1] - 1656:10
**screen** [17] -
1685:20, 1686:1,
1686:14, 1687:3,
1725:20, 1743:16,
1743:18, 1743:21,
1745:4, 1747:7,
1747:8, 1747:9,
1747:10, 1747:11,
1749:16, 1808:2
**screens** [3] -
1744:19, 1744:20,
1745:13
**scroll** [5] - 1727:11,
1739:13, 1756:19,
1781:9, 1783:6
**sea** [3] - 1785:8,
1786:5, 1791:24
**sealing** [1] - 1790:24
**seated** [2] - 1662:6,
1725:13
**seawater** [2] -
1806:13, 1806:15
**second** [11] -
1696:12, 1705:15,
1717:4, 1723:21,
1738:9, 1745:19,
1754:4, 1761:3,
1761:11, 1788:17,
1798:5
**seconds** [1] -
1717:17
**SECREST** [1] -
1659:15
**section** [5] - 1700:5,
1701:10, 1703:20,
1753:7
**SECTION** [2] -
1656:9, 1656:21
**secure** [1] - 1784:23
**secured** [1] -
1751:25
**Sedco** [1] - 1694:23
**see** [60] - 1663:22,
1663:23, 1672:16,
1686:21, 1687:25,
1688:16, 1690:2,
1693:12, 1699:2,
1706:2, 1721:19,
1721:20, 1721:21,
1721:25, 1722:7,
1723:15, 1726:6,
1727:7, 1732:24,
1741:12, 1742:22,

1742:25, 1743:14,
1743:19, 1743:21,
1743:22, 1745:12,
1745:15, 1745:16,
1746:2, 1746:3,
1747:8, 1749:16,
1750:7, 1751:15,
1756:19, 1761:12,
1762:3, 1766:14,
1766:15, 1773:19,
1775:2, 1779:11,
1781:9, 1781:18,
1781:21, 1784:16,
1786:14, 1786:16,
1786:18, 1790:2,
1790:5, 1793:11,
1795:24, 1807:5,
1807:15, 1810:3,
1812:20, 1812:22,
1812:25
**seeing** [7] - 1680:14,
1686:3, 1704:18,
1704:19, 1725:25,
1755:16, 1797:22
**seek** [1] - 1804:22
**seem** [1] - 1797:14
**seemed** [3] -
1775:17, 1797:16,
1811:5
**seen** [31] - 1678:12,
1678:18, 1680:8,
1688:13, 1691:20,
1691:22, 1694:15,
1698:24, 1699:1,
1702:14, 1718:13,
1722:8, 1723:7,
1730:10, 1732:6,
1734:8, 1740:4,
1742:8, 1743:8,
1744:3, 1745:6,
1751:21, 1764:22,
1772:3, 1774:15,
1774:18, 1778:15,
1797:7, 1797:9,
1797:11, 1813:12
**segment** [1] -
1789:18
**seismic** [2] - 1769:5,
1769:9
**select** [2] - 1744:16,
1788:1
**selection** [4] -
1720:25, 1746:11,
1759:4, 1788:3
**self** [1] - 1737:18
**senior** [25] - 1668:6,
1670:19, 1677:23,
1686:2, 1686:11,
1695:24, 1702:15,
1703:3, 1711:25,

1714:13, 1722:1,
1722:21, 1726:23,
1734:18, 1735:17,
1735:18, 1736:23,
1737:20, 1737:22,
1738:3, 1740:16,
1740:19, 1755:9,
1773:14, 1803:13
**sent** [3] - 1767:1,
1776:12, 1797:9
**sentence** [2] -
1726:3, 1726:4
**separate** [7] -
1666:2, 1666:5,
1666:6, 1666:8,
1746:20, 1758:1,
1786:9
**separates** [2] -
1791:13, 1791:15
**separation** [2] -
1791:11
**separator** [7] -
1706:25, 1786:25,
1787:3, 1787:8,
1787:15, 1787:20,
1787:21
**September** [3] -
1666:15, 1723:5,
1767:14
**Sepulvado** [3] -
1762:13, 1762:14,
1765:17
**sequence** [2] -
1791:5, 1791:8
**sequestered** [1] -
1712:7
**Seraile** [1] - 1737:1
**series** [2] - 1690:23,
1797:12
**service** [3] - 1692:2,
1722:16, 1795:19
**SERVICES** [1] -
1659:21
**SESSION** [1] -
1653:20
**set** [6] - 1666:9,
1666:13, 1787:9,
1801:9, 1802:15,
1810:25
**sets** [1] - 1769:7
**setting** [5] - 1708:7,
1715:12, 1782:18,
1787:6, 1802:13
**seven** [7] - 1666:13,
1691:18, 1730:22,
1741:3, 1772:4,
1776:4, 1799:12
**seventh** [1] -
1722:22
**several** [7] - 1676:4,

1691:20, 1700:3,
1740:6, 1748:14,
1752:6, 1786:18
**severe** [1] - 1812:18
**shack** [26] - 1712:10,
1712:18, 1713:18,
1714:6, 1714:16,
1737:5, 1741:25,
1742:25, 1743:1,
1743:3, 1743:11,
1747:19, 1748:22,
1799:15, 1799:20,
1800:3, 1800:6,
1802:21, 1803:1,
1803:10, 1803:14,
1803:21, 1807:1,
1807:10, 1807:24,
1812:20
**shadow** [1] -
1751:12
**shakers** [4] -
1748:16, 1748:17,
1763:23, 1764:1
**share** [2] - 1712:1,
1776:8
**sharing** [1] - 1667:25
**SHARON** [1] -
1656:17
**shattered** [1] -
1770:8
**SHAW** [1] - 1654:21
**sheen** [4] - 1806:2,
1806:7, 1806:8,
1806:21
**sheer** [5] - 1789:20,
1790:24, 1791:9,
1791:20
**sheets** [1] - 1753:11
**SHELL** [1] - 1657:21
**shell** [4] - 1748:16,
1748:17, 1763:23,
1763:25
**shields** [1] - 1808:21
**shift** [5] - 1711:19,
1717:20, 1727:7,
1745:18, 1793:17
**shifting** [2] - 1723:3,
1764:8
**ships** [1] - 1700:4
**shipyard** [1] -
1766:20
**shock** [1] - 1705:21
**shore** [9] - 1727:13,
1762:23, 1768:19,
1770:25, 1782:15,
1795:23, 1799:1,
1800:13, 1804:4
**short** [1] - 1706:4
**shortcuts** [1] -
1728:24

**shot** [1] - 1800:3
**should** [10] - 1679:5, 1704:10, 1708:20, 1724:10, 1751:4, 1751:15, 1751:16, 1752:25, 1755:11, 1763:2
**shove** [1] - 1809:16
**shoved** [1] - 1809:16
**show** [10] - 1686:17, 1703:17, 1734:10, 1742:21, 1745:7, 1747:15, 1757:15, 1757:17, 1758:10, 1791:15
**Show** [1] - 1758:5
**showed** [4] - 1663:2, 1747:12
**shower** [2] - 1793:9, 1808:1
**shown** [3] - 1685:20, 1771:6, 1789:16
**shows** [3] - 1733:16, 1745:5, 1751:23
**Shushan** [3] - 1663:11, 1665:20, 1666:17
**shut** [27] - 1690:8, 1696:25, 1697:1, 1715:13, 1715:17, 1716:15, 1716:19, 1716:23, 1717:25, 1746:17, 1747:22, 1751:16, 1751:25, 1752:1, 1752:5, 1752:8, 1752:11, 1753:9, 1757:18, 1758:16, 1761:17, 1784:20, 1784:24, 1791:24, 1806:2, 1806:10, 1808:10
**shut-in** [3] - 1747:22, 1752:1, 1752:5
**SHUTLER** [1] - 1656:17
**shutting** [8] - 1697:8, 1715:19, 1749:10, 1758:4, 1758:12, 1765:20, 1808:10, 1808:11
**side** [10] - 1707:19, 1745:24, 1760:10, 1768:19, 1788:5, 1788:7, 1794:17, 1794:25, 1795:6, 1808:21
**sights** [1] - 1813:6
**sign** [5] - 1686:25, 1751:7, 1751:8, 1751:10, 1757:22

**signature** [6] - 1686:22, 1686:25, 1751:7, 1751:10, 1760:9, 1760:10
**signed** [2] - 1735:4, 1760:13
**significance** [1] - 1798:17
**significant** [2] - 1798:5, 1798:10
**signify** [1] - 1768:3
**signs** [7] - 1686:22, 1688:1, 1688:13, 1688:14, 1689:5, 1689:21, 1760:11
**similar** [5] - 1665:11, 1742:16, 1760:24, 1766:21, 1784:16
**simple** [3] - 1686:11, 1691:10, 1733:15
**Simrad** [1] - 1747:8
**Sims** [1] - 1735:6
**simulate** [4] - 1758:15, 1758:25, 1779:10, 1780:4
**simulated** [1] - 1780:19
**simulating** [2] - 1779:15, 1779:16
**simulation** [1] - 1757:18
**simulations** [1] - 1753:9
**simultaneously** [1] - 1801:2
**since** [10] - 1680:21, 1682:22, 1685:13, 1689:16, 1689:17, 1689:19, 1692:1, 1695:24, 1740:12, 1768:7
**SINCLAIR** [2] - 1657:5, 1719:25
**single** [1] - 1751:6
**sinking** [1] - 1709:9
**sir** [55] - 1663:14, 1664:5, 1667:14, 1667:15, 1667:17, 1668:3, 1668:9, 1668:16, 1668:20, 1669:4, 1669:8, 1669:16, 1669:22, 1670:10, 1670:22, 1671:1, 1671:3, 1671:13, 1671:18, 1671:23, 1672:14, 1678:25, 1679:14, 1679:25, 1680:18, 1681:19, 1683:20, 1683:23, 1692:25,

1697:22, 1699:1, 1699:12, 1706:13, 1707:1, 1707:3, 1707:15, 1708:9, 1711:10, 1711:12, 1712:4, 1712:13, 1713:1, 1713:5, 1714:22, 1719:21, 1720:12, 1722:11, 1722:14, 1723:20, 1724:18, 1732:25, 1733:2, 1733:4, 1745:15, 1773:1
**sit** [8] - 1668:21, 1687:17, 1694:8, 1698:14, 1708:6, 1708:13, 1708:19, 1745:20
**site** [35] - 1668:1, 1671:19, 1676:8, 1677:12, 1677:17, 1677:21, 1677:23, 1678:3, 1678:5, 1679:10, 1681:8, 1689:1, 1705:3, 1711:19, 1711:25, 1712:1, 1712:10, 1714:11, 1714:25, 1715:8, 1760:12, 1762:14, 1762:15, 1762:22, 1776:19, 1780:2, 1782:23, 1783:1, 1795:17, 1800:10, 1801:16, 1803:17, 1804:3, 1807:2, 1807:9
**sits** [1] - 1749:22
**sitting** [5] - 1746:12, 1748:25, 1749:2, 1786:21, 1813:10
**situation** [28] - 1672:8, 1673:12, 1677:2, 1678:17, 1679:23, 1680:6, 1680:8, 1680:11, 1683:2, 1683:13, 1683:15, 1683:18, 1683:19, 1683:22, 1683:24, 1684:25, 1686:12, 1686:16, 1686:17, 1686:23, 1688:18, 1697:13, 1704:9, 1704:20, 1788:22, 1789:6, 1806:18, 1806:19
**situations** [1] - 1677:11
**six** [8] - 1676:14, 1692:9, 1692:11, 1734:22, 1737:13,

1739:5, 1768:4, 1791:14
**size** [1] - 1766:15
**skill** [1] - 1730:5
**skilled** [1] - 1758:7
**skills** [2] - 1739:16, 1742:18
**sleeve** [2] - 1726:7, 1726:25
**slide** [1] - 1666:11
**SLIDELL** [1] - 1655:12
**slightly** [1] - 1745:18
**slurries** [1] - 1783:21
**small** [2] - 1731:14, 1745:8
**smoke** [2] - 1809:7, 1809:8
**smoke-filled** [1] - 1809:7
**solid** [2] - 1763:23, 1769:18, 1774:10
**solve** [1] - 1663:11
**some** [51] - 1663:15, 1664:9, 1665:22, 1671:2, 1671:21, 1672:2, 1676:9, 1682:22, 1688:3, 1691:5, 1694:7, 1700:22, 1702:24, 1703:7, 1705:3, 1710:19, 1711:3, 1715:18, 1716:18, 1720:16, 1721:6, 1723:13, 1726:7, 1730:11, 1735:21, 1743:10, 1755:24, 1756:23, 1768:1, 1769:16, 1771:6, 1771:10, 1773:20, 1773:21, 1774:17, 1775:9, 1776:13, 1780:7, 1788:15, 1788:18, 1789:3, 1793:6, 1794:5, 1796:15, 1797:13, 1799:2, 1805:10, 1809:4, 1810:2, 1813:5
**somebody** [5] - 1711:15, 1713:16, 1713:17, 1775:10, 1780:25
**someone** [6] - 1754:18, 1772:6, 1796:15, 1804:6, 1805:2
**someplace** [1] - 1695:3
**something** [35] -

1666:25, 1671:16, 1673:18, 1675:19, 1678:2, 1679:21, 1684:8, 1685:17, 1688:8, 1709:1, 1709:25, 1710:3, 1710:18, 1711:13, 1715:22, 1718:15, 1721:8, 1725:19, 1743:15, 1746:23, 1749:15, 1756:21, 1766:14, 1767:5, 1767:18, 1769:17, 1770:13, 1774:19, 1775:6, 1782:1, 1790:9, 1795:21, 1803:8, 1806:6, 1809:8
**sometime** [1] - 1712:10
**sometimes** [3] - 1746:7, 1780:7, 1795:16
**somewhat** [1] - 1716:3
**somewhere** [8] - 1671:13, 1675:18, 1692:11, 1756:18, 1775:17, 1790:10, 1799:16
**Sonat** [1] - 1729:3
**soon** [2] - 1785:23, 1808:24
**sorry** [14] - 1662:7, 1677:5, 1686:20, 1689:6, 1702:25, 1709:21, 1715:15, 1760:3, 1769:6, 1777:16, 1784:9, 1790:17, 1795:8, 1808:16
**sorts** [1] - 1703:5
**sound** [6] - 1672:11, 1682:10, 1699:25, 1748:8, 1763:6, 1812:13
**sound-powered** [1] - 1748:8
**sounded** [1] - 1697:17
**sounds** [1] - 1671:21
**SOUTH** [1] - 1658:23
**South** [1] - 1742:11
**Southern** [1] - 1731:9
**space** [2] - 1789:14, 1800:4
**spaced** [1] - 1779:5
**spacer** [2] - 1806:14, 1806:15

**spacers** [1] - 1783:21
**spacing** [1] - 1749:10
**speak** [9] - 1670:8, 1673:25, 1698:3, 1698:17, 1710:4, 1741:14, 1763:25, 1769:16, 1773:20
**speaking** [3] - 1678:13, 1721:12, 1736:18
**specialized** [1] - 1739:2
**specific** [12] - 1674:7, 1678:5, 1678:17, 1680:5, 1682:19, 1688:18, 1693:20, 1700:18, 1701:10, 1702:5, 1713:7, 1752:1
**specifically** [15] - 1688:7, 1695:5, 1699:7, 1699:14, 1699:17, 1700:6, 1701:1, 1703:15, 1712:16, 1739:9, 1756:15, 1756:17, 1757:3, 1772:6, 1781:5
**specification** [1] - 1801:18
**specifications** [1] - 1801:20
**specifics** [1] - 1701:21
**speculation** [4] - 1684:17, 1689:11, 1695:18, 1724:22
**Sperry** [6] - 1687:14, 1687:19, 1745:4, 1745:5, 1745:10, 1745:11
**SPILL** [1] - 1653:5
**spill** [1] - 1694:23
**SPIRO** [1] - 1656:22
**spoke** [2] - 1682:7, 1805:11
**spoken** [1] - 1694:5
**spot** [1] - 1732:8
**spreadsheet** [1] - 1767:19
**spud** [1] - 1690:23
**SQUARE** [1] - 1657:21
**square** [1] - 1742:8
**stability** [1] - 1763:9
**stable** [1] - 1672:17
**stack** [9] - 1717:8, 1755:18, 1755:19,

1755:20, 1757:9, 1790:8, 1790:11, 1790:14, 1791:23
**staffed** [3] - 1736:4, 1736:7, 1736:9
**stages** [1] - 1761:23
**stand** [4] - 1732:7, 1772:9, 1774:1, 1795:4
**standard** [2] - 1773:11, 1801:23
**standards** [1] - 1667:4
**standing** [2] - 1749:11, 1808:22
**standpoint** [3] - 1684:1, 1697:1, 1746:3
**starboard** [4] - 1706:21, 1787:23, 1788:2, 1813:13
**start** [10] - 1700:11, 1720:22, 1725:19, 1737:12, 1744:5, 1775:14, 1785:21, 1793:7, 1794:4, 1804:9
**started** [16] - 1674:19, 1678:8, 1680:25, 1697:4, 1707:11, 1726:16, 1730:23, 1732:15, 1742:14, 1766:8, 1794:5, 1800:20, 1800:23, 1804:11, 1810:13
**starting** [2] - 1717:21, 1736:21
**starts** [1] - 1779:5
**State** [1] - 1720:3
**state** [1] - 1703:1
**STATE** [3] - 1657:3, 1657:8, 1657:10
**stated** [1] - 1703:9
**statement** [11] - 1667:1, 1667:2, 1667:11, 1684:12, 1691:19, 1717:18, 1728:23, 1760:3, 1765:9, 1771:3, 1771:4
**statements** [2] - 1667:1, 1667:2
**STATES** [4] - 1653:1, 1653:15, 1653:23, 1656:3
**States** [2] - 1710:11, 1814:6
**static** [3] - 1806:7, 1806:8, 1806:21

**station** [2] - 1778:5
**STATION** [1] - 1656:23
**stations** [2] - 1748:11, 1748:12
**statistics** [2] - 1772:13, 1773:21
**status** [1] - 1756:5
**stay** [1] - 1737:17
**stayed** [4] - 1711:16, 1711:18, 1810:21, 1811:23
**steel** [1] - 1769:18
**STENOGRAPHY** [1] - 1660:16
**step** [2] - 1670:3, 1715:4
**Stephanie** [3] - 1662:7, 1662:14, 1662:20
**Stephen** [13] - 1722:18, 1729:8, 1730:4, 1730:6, 1741:25, 1742:1, 1742:2, 1745:19, 1753:4, 1754:23, 1781:16, 1783:15, 1793:15
**STEPHEN** [1] - 1654:7
**stepped** [2] - 1662:7, 1808:20
**stepping** [1] - 1774:10
**steps** [6] - 1680:13, 1706:6, 1708:2, 1716:10, 1716:15, 1752:11
**STERBCOW** [34] - 1654:14, 1654:14, 1664:23, 1667:14, 1667:20, 1683:8, 1683:9, 1684:18, 1684:20, 1684:21, 1686:8, 1689:13, 1689:17, 1689:18, 1690:4, 1690:19, 1692:3, 1692:5, 1695:19, 1695:22, 1696:9, 1700:24, 1701:2, 1701:4, 1703:18, 1703:19, 1704:15, 1709:1, 1709:6, 1709:13, 1709:16, 1709:22, 1710:8, 1724:7
**Sterbcow** [8] - 1661:5, 1664:23, 1700:16, 1710:24, 1725:20, 1736:13,

1751:6, 1766:7
**Sterbcow's** [1] - 1796:19
**STERNBERG** [1] - 1660:3
**Steve** [11] - 1697:7, 1707:9, 1713:15, 1713:22, 1729:9, 1737:1, 1794:12, 1794:13, 1794:18, 1808:5, 1811:19
**STEVEN** [2] - 1656:9, 1658:18
**sticks** [1] - 1744:17
**still** [9] - 1667:15, 1709:16, 1726:19, 1729:21, 1800:3, 1807:17, 1810:1, 1810:17, 1811:20
**STONE** [1] - 1659:11
**Stones** [1] - 1770:21
**stood** [1] - 1795:2
**stop** [14] - 1678:1, 1678:9, 1678:19, 1680:23, 1685:2, 1690:15, 1704:11, 1729:15, 1749:7, 1774:11, 1775:8, 1784:21, 1786:1
**stop-work** [1] - 1678:1
**stopped** [4] - 1678:13, 1680:20, 1774:19, 1784:24
**stops** [1] - 1775:21
**story** [2] - 1706:4, 1809:6
**straight** [2] - 1744:24, 1793:19
**STRANGE** [1] - 1657:4
**stream** [1] - 1813:13
**STREET** [19] - 1654:4, 1654:11, 1654:15, 1654:19, 1654:22, 1655:11, 1655:15, 1655:22, 1657:11, 1657:16, 1657:22, 1658:15, 1658:19, 1659:8, 1659:12, 1659:18, 1659:24, 1660:8, 1660:13
**stressing** [2] - 1669:3, 1669:6
**stretcher** [6] - 1810:20, 1811:6, 1811:7, 1811:15, 1811:21, 1811:25
**string** [6] - 1763:20,

1785:18, 1789:12, 1789:23, 1790:3
**stringers** [1] - 1791:9
**strings** [1] - 1747:23
**strokes** [1] - 1745:15
**strong** [2] - 1703:3, 1728:15
**stronger** [4] - 1778:12, 1778:15
**strongest** [1] - 1702:13
**stuff** [7] - 1687:15, 1705:22, 1735:24, 1809:12, 1809:13, 1809:17, 1810:5
**subject** [1] - 1778:22
**subjects** [1] - 1755:24
**subordinates** [1] - 1740:8
**subsea** [9] - 1676:6, 1681:8, 1748:24, 1769:9, 1769:12, 1786:23, 1791:6, 1791:10, 1800:17
**substantial** [1] - 1809:13
**successful** [1] - 1796:8
**successfully** [4] - 1790:19, 1812:1, 1812:10, 1813:1
**such** [1] - 1714:12
**suffering** [1] - 1668:11
**suggest** [2] - 1663:10, 1728:19
**SUITE** [13] - 1654:4, 1654:15, 1654:19, 1655:4, 1655:8, 1657:22, 1658:15, 1658:19, 1659:8, 1659:18, 1659:24, 1660:4, 1660:8
**suited** [1] - 1707:21
**SULLIVAN** [1] - 1656:16
**summarizes** [1] - 1792:15
**summary** [5] - 1723:10, 1753:24, 1754:19, 1791:25, 1793:4
**Sun** [2] - 1687:14, 1687:19
**Sunday** [2] - 1777:21, 1778:6
**supervise** [2] - 1683:11, 1711:15

**supervision** [1] - 1729:14

**supervisor** [15] - 1672:11, 1683:10, 1721:3, 1730:6, 1737:23, 1738:3, 1738:4, 1741:17, 1754:11, 1794:7, 1794:10, 1794:18, 1798:3, 1810:7, 1811:20

**supervisors** [5] - 1700:8, 1736:19, 1752:18, 1773:13, 1774:18

**supervisory** [5] - 1730:3, 1752:22, 1753:16, 1754:15, 1754:18

**supplies** [1] - 1788:15

**support** [4] - 1666:9, 1728:4, 1766:21, 1810:24

**suppose** [1] - 1685:23

**supposed** [1] - 1709:25

**suppression** [2] - 1707:13, 1707:23

**sure** [38] - 1665:20, 1666:11, 1673:25, 1674:12, 1674:17, 1679:1, 1680:24, 1681:14, 1685:6, 1688:3, 1689:6, 1691:20, 1693:11, 1705:9, 1707:6, 1711:5, 1713:12, 1734:15, 1735:16, 1738:9, 1753:11, 1753:19, 1755:11, 1756:11, 1758:6, 1769:7, 1772:12, 1775:7, 1781:1, 1792:12, 1796:13, 1796:17, 1802:15, 1803:6, 1803:11, 1803:17, 1807:3

**surface** [1] - 1785:23

**surprised** [2] - 1726:6, 1779:22

**surrounding** [4] - 1694:5, 1694:21, 1694:25, 1695:16

**surveyed** [1] - 1728:18

**survived** [1] - 1812:15

**survivors** [1] -

1810:9

**sustain** [5] - 1684:19, 1690:18, 1695:21, 1696:8, 1714:7

**sustained** [3] - 1724:23, 1756:2, 1787:17

**SUTHERLAND** [1] - 1658:17

**SWACO** [1] - 1719:2

**switch** [1] - 1746:4

**synthetic** [3] - 1787:12, 1787:13, 1788:16

**synthetic-based** [2] - 1787:12, 1788:16

**system** [18] - 1685:25, 1688:13, 1707:13, 1707:16, 1707:23, 1708:3, 1708:7, 1718:11, 1757:5, 1759:2, 1762:3, 1766:24, 1780:14, 1781:24, 1786:21, 1787:10, 1790:5

**System** [1] - 1718:4

**systems** [1] - 1746:2

# T

**T** [2] - 1654:11, 1658:8

**table** [3] - 1763:22, 1786:14, 1789:17

**take** [37] - 1663:10, 1666:7, 1668:4, 1680:13, 1689:8, 1689:23, 1690:21, 1694:2, 1708:2, 1708:17, 1712:2, 1716:22, 1716:24, 1717:1, 1717:13, 1718:2, 1718:22, 1725:8, 1726:4, 1728:2, 1728:24, 1730:14, 1739:22, 1755:12, 1755:20, 1755:24, 1756:23, 1757:13, 1760:23, 1764:11, 1774:11, 1775:7, 1775:12, 1775:13, 1779:22, 1788:16, 1791:13

**taken** [2] - 1670:4, 1696:16

**TAKEN** [2] - 1725:11, 1813:20

**takes** [6] - 1717:25,

1734:1, 1739:25, 1746:4, 1755:2, 1782:20

**taking** [8] - 1689:8, 1695:6, 1751:14, 1755:18, 1758:13, 1763:16, 1806:10, 1808:14

**talk** [19] - 1668:22, 1698:7, 1698:18, 1698:22, 1700:19, 1701:21, 1724:16, 1730:20, 1735:17, 1737:7, 1741:25, 1742:20, 1752:13, 1755:1, 1758:19, 1759:24, 1771:19, 1784:18, 1807:7

**talked** [9] - 1670:9, 1670:24, 1681:24, 1721:3, 1785:12, 1798:8, 1798:13, 1804:3, 1808:3

**talking** [22] - 1667:24, 1677:20, 1692:1, 1692:14, 1702:18, 1710:19, 1712:21, 1715:4, 1715:10, 1716:12, 1718:14, 1733:11, 1741:20, 1754:13, 1756:21, 1758:3, 1759:25, 1764:8, 1782:4, 1796:6, 1807:21, 1808:23

**talks** [2] - 1702:10, 1734:20

**tall** [1] - 1790:7

**tanks** [1] - 1788:16

**TANNER** [1] - 1660:7

**target** [1] - 1778:25

**task** [5] - 1700:10, 1701:6, 1758:5, 1782:17, 1810:4

**task(s** [1] - 1739:1

**tasks** [4] - 1728:24, 1756:16, 1757:2, 1758:18

**Team** [1] - 1734:17

**team** [10] - 1729:14, 1734:19, 1734:24, 1735:3, 1735:6, 1764:13, 1767:13, 1800:17

**teams** [1] - 1700:9

**tech** [9] - 1685:25, 1687:2, 1688:13, 1744:20, 1744:21, 1744:25, 1745:13, 1746:20, 1758:1

**technical** [1] - 1739:2

**technically** [1] - 1756:2

**technician** [1] - 1747:4

**telephone** [2] - 1748:9, 1748:20

**telephones** [1] - 1748:5

**tell** [42] - 1669:1, 1669:5, 1680:10, 1682:15, 1685:4, 1692:8, 1694:8, 1695:16, 1695:20, 1698:15, 1704:17, 1704:24, 1705:5, 1705:8, 1705:9, 1712:16, 1712:17, 1736:4, 1736:17, 1742:1, 1747:16, 1749:18, 1749:21, 1757:8, 1758:9, 1760:1, 1761:10, 1773:25, 1777:18, 1779:1, 1791:6, 1799:7, 1805:6, 1805:21, 1806:7, 1807:3, 1807:6, 1807:9, 1808:22, 1809:5, 1810:18, 1813:7

**tells** [2] - 1666:17, 1722:9

**temperature** [1] - 1669:25

**temporary** [1] - 1797:21

**ten** [9] - 1691:22, 1692:9, 1692:17, 1693:8, 1697:6, 1702:10, 1733:19

**tendered** [1] - 1715:23

**term** [1] - 1803:2

**terms** [16] - 1668:17, 1668:18, 1678:23, 1679:17, 1685:20, 1687:18, 1687:19, 1688:7, 1693:9, 1699:17, 1706:18, 1707:22, 1715:11, 1720:10, 1803:5, 1806:13

**test** [95] - 1670:25, 1671:6, 1671:22, 1672:3, 1672:7, 1672:8, 1672:15, 1672:16, 1672:20, 1673:12, 1673:22,

1674:2, 1674:4, 1674:6, 1674:10, 1674:19, 1674:23, 1675:12, 1675:13, 1675:20, 1675:21, 1676:22, 1677:2, 1677:3, 1677:8, 1677:9, 1677:15, 1677:20, 1678:6, 1678:18, 1679:4, 1679:13, 1679:15, 1679:17, 1680:4, 1680:12, 1680:16, 1680:20, 1682:14, 1682:16, 1682:20, 1683:14, 1685:1, 1685:21, 1688:24, 1690:12, 1704:24, 1712:11, 1714:1, 1714:3, 1714:14, 1715:1, 1715:6, 1715:12, 1715:18, 1716:11, 1718:15, 1753:8, 1753:12, 1753:13, 1756:20, 1774:4, 1782:9, 1782:14, 1782:18, 1782:21, 1797:9, 1798:15, 1798:22, 1798:23, 1799:23, 1800:20, 1800:21, 1801:6, 1801:9, 1802:6, 1802:13, 1802:15, 1804:17, 1804:23, 1805:14, 1805:17, 1805:18, 1805:21, 1806:3, 1806:8, 1806:12, 1806:21, 1807:18, 1807:20

**testimony** [7] - 1662:11, 1665:4, 1665:9, 1665:14, 1712:7, 1712:8, 1746:6

**testing** [4] - 1674:10, 1674:20, 1716:3, 1751:13

**tests** [5] - 1674:15, 1675:1, 1676:19, 1677:4, 1800:24

**Texas** [1] - 1731:23

**text** [1] - 1737:3

**than** [22] - 1670:14, 1691:22, 1693:9, 1693:10, 1693:14, 1698:13, 1716:4, 1717:18, 1717:19, 1718:1, 1724:10, 1724:20, 1726:18,

1742:24, 1751:22,
1752:8, 1754:18,
1765:7, 1766:24,
1775:4, 1782:1,
1798:17

**thank** [18] - 1662:6,
1662:24, 1663:24,
1664:1, 1664:21,
1664:22, 1692:24,
1710:9, 1710:17,
1710:18, 1712:14,
1714:8, 1724:24,
1735:2, 1735:3,
1799:12, 1810:12,
1813:15

**That** [1] - 1745:9

**that** [874] - 1662:7,
1662:12, 1662:19,
1663:2, 1663:4,
1663:5, 1663:8,
1663:9, 1663:10,
1663:14, 1663:15,
1663:16, 1663:23,
1665:5, 1665:9,
1665:25, 1666:4,
1666:11, 1666:18,
1666:19, 1667:2,
1667:3, 1667:10,
1667:12, 1667:25,
1668:2, 1668:7,
1668:11, 1668:13,
1668:15, 1668:20,
1668:23, 1669:1,
1669:2, 1669:8,
1669:11, 1669:18,
1669:22, 1669:25,
1670:2, 1670:3,
1670:11, 1670:12,
1670:15, 1670:16,
1670:18, 1671:2,
1671:4, 1671:7,
1671:8, 1671:10,
1671:21, 1671:22,
1671:24, 1672:1,
1672:6, 1672:10,
1672:12, 1672:20,
1672:23, 1673:2,
1673:3, 1673:5,
1673:15, 1673:18,
1673:20, 1674:4,
1674:5, 1674:6,
1674:8, 1674:10,
1674:13, 1674:16,
1674:17, 1674:18,
1674:21, 1675:1,
1675:2, 1675:4,
1675:6, 1675:11,
1675:13, 1675:15,
1675:16, 1675:18,
1675:19, 1675:20,
1675:21, 1676:4,

1676:19, 1676:21,
1676:22, 1677:5,
1677:7, 1677:18,
1678:3, 1678:4,
1678:5, 1678:7,
1678:8, 1678:9,
1678:11, 1678:12,
1678:19, 1678:23,
1678:25, 1679:8,
1679:11, 1679:13,
1679:21, 1679:22,
1679:25, 1680:6,
1680:8, 1680:9,
1680:10, 1680:14,
1680:15, 1681:1,
1681:2, 1681:3,
1681:9, 1681:12,
1681:21, 1681:24,
1682:8, 1682:24,
1683:2, 1683:6,
1683:13, 1683:19,
1683:21, 1683:24,
1684:1, 1684:2,
1684:3, 1684:11,
1684:13, 1684:14,
1684:24, 1685:1,
1685:5, 1685:13,
1685:14, 1685:16,
1685:18, 1685:19,
1685:24, 1686:1,
1686:15, 1686:16,
1686:17, 1686:19,
1686:20, 1686:23,
1686:24, 1687:7,
1687:8, 1687:10,
1687:14, 1687:20,
1687:22, 1688:5,
1688:13, 1688:15,
1688:16, 1688:18,
1688:21, 1688:24,
1689:3, 1689:4,
1689:7, 1689:8,
1689:13, 1689:15,
1689:19, 1689:20,
1689:21, 1689:22,
1689:23, 1690:1,
1690:10, 1690:11,
1690:14, 1690:22,
1690:23, 1690:24,
1691:1, 1691:6,
1691:7, 1691:10,
1691:14, 1691:19,
1692:17, 1692:23,
1693:3, 1693:11,
1693:15, 1693:24,
1694:9, 1694:14,
1694:21, 1694:22,
1694:25, 1695:5,
1695:7, 1695:10,
1695:11, 1695:14,
1695:23, 1697:6,

1697:9, 1697:12,
1697:20, 1698:2,
1698:13, 1698:16,
1699:4, 1699:10,
1699:12, 1699:13,
1699:18, 1699:19,
1699:25, 1700:3,
1700:8, 1700:11,
1700:12, 1700:22,
1701:12, 1701:15,
1701:23, 1701:24,
1701:25, 1702:2,
1702:3, 1702:7,
1702:22, 1702:23,
1703:3, 1703:6,
1703:8, 1703:10,
1703:15, 1703:16,
1703:17, 1703:20,
1704:1, 1704:8,
1704:11, 1704:20,
1704:22, 1704:24,
1705:4, 1705:5,
1705:17, 1706:6,
1706:13, 1707:3,
1707:4, 1707:11,
1707:15, 1707:16,
1707:18, 1707:19,
1707:20, 1707:23,
1708:1, 1708:2,
1708:7, 1708:14,
1708:17, 1708:19,
1708:20, 1708:21,
1709:7, 1709:9,
1709:10, 1710:1,
1710:3, 1710:4,
1710:5, 1710:22,
1711:1, 1711:5,
1711:13, 1711:16,
1711:20, 1711:21,
1712:1, 1712:2,
1712:4, 1712:8,
1712:9, 1712:12,
1712:15, 1712:18,
1712:25, 1713:1,
1713:8, 1713:16,
1713:17, 1713:23,
1714:4, 1714:6,
1714:20, 1714:22,
1715:7, 1715:11,
1715:13, 1715:18,
1715:19, 1715:21,
1715:23, 1716:4,
1716:10, 1716:15,
1716:16, 1716:19,
1716:20, 1716:25,
1717:9, 1717:10,
1717:12, 1717:13,
1718:8, 1718:10,
1718:12, 1718:13,
1718:16, 1718:19,
1718:22, 1718:24,

1719:1, 1719:2,
1719:6, 1719:16,
1719:18, 1720:9,
1720:12, 1720:14,
1720:19, 1720:20,
1720:23, 1721:1,
1721:2, 1721:5,
1721:6, 1721:8,
1721:9, 1721:17,
1721:20, 1721:21,
1721:22, 1722:2,
1722:6, 1722:13,
1722:22, 1723:8,
1723:15, 1723:20,
1723:22, 1723:23,
1723:25, 1724:11,
1724:13, 1724:16,
1725:8, 1726:6,
1726:17, 1726:21,
1727:5, 1727:6,
1728:1, 1728:6,
1728:9, 1728:10,
1728:11, 1728:15,
1728:16, 1728:20,
1728:25, 1729:1,
1729:3, 1729:21,
1730:15, 1730:16,
1732:7, 1732:11,
1732:15, 1732:17,
1732:21, 1732:22,
1732:24, 1732:25,
1733:2, 1733:6,
1733:16, 1733:20,
1734:2, 1734:7,
1734:10, 1734:15,
1734:21, 1734:23,
1735:6, 1735:20,
1735:24, 1736:1,
1736:2, 1736:11,
1736:12, 1737:4,
1737:19, 1738:2,
1738:10, 1738:16,
1738:24, 1739:6,
1739:8, 1740:3,
1740:4, 1740:11,
1740:12, 1740:18,
1740:20, 1740:23,
1740:24, 1741:6,
1741:12, 1741:21,
1741:22, 1742:4,
1742:7, 1742:18,
1742:21, 1742:23,
1742:24, 1743:12,
1743:14, 1743:17,
1743:19, 1744:10,
1744:13, 1744:20,
1744:22, 1744:23,
1745:5, 1745:7,
1745:11, 1745:14,
1745:16, 1745:17,
1745:19, 1746:8,

1746:9, 1746:10,
1746:16, 1746:19,
1746:23, 1746:25,
1747:10, 1747:14,
1747:24, 1748:4,
1748:8, 1748:16,
1748:18, 1748:23,
1748:24, 1749:6,
1749:15, 1749:24,
1749:25, 1750:21,
1750:23, 1750:24,
1750:25, 1751:2,
1751:7, 1751:8,
1751:10, 1751:11,
1751:20, 1751:21,
1751:23, 1752:4,
1752:7, 1752:9,
1752:19, 1752:20,
1753:4, 1753:8,
1753:10, 1753:11,
1753:13, 1754:8,
1754:9, 1754:11,
1754:12, 1754:14,
1754:22, 1754:23,
1755:1, 1755:2,
1755:11, 1755:14,
1755:15, 1755:19,
1756:4, 1756:10,
1756:15, 1756:20,
1756:22, 1756:23,
1756:25, 1757:2,
1757:8, 1757:9,
1757:10, 1757:11,
1757:17, 1757:18,
1757:21, 1758:8,
1758:9, 1758:10,
1758:11, 1758:19,
1759:1, 1759:4,
1759:13, 1759:19,
1759:20, 1759:22,
1759:24, 1760:8,
1760:12, 1760:21,
1761:2, 1761:3,
1761:10, 1761:20,
1762:3, 1762:6,
1762:7, 1762:8,
1762:9, 1763:2,
1763:3, 1763:4,
1763:9, 1763:10,
1763:11, 1763:23,
1763:24, 1763:25,
1764:2, 1764:17,
1764:18, 1764:19,
1764:21, 1764:22,
1765:5, 1765:7,
1765:8, 1765:9,
1765:10, 1765:19,
1765:20, 1765:23,
1766:6, 1766:12,
1766:13, 1766:17,
1766:24, 1766:25,

1767:1, 1767:2,
1767:5, 1767:10,
1767:18, 1767:19,
1768:3, 1768:6,
1768:8, 1768:9,
1768:20, 1768:21,
1769:5, 1769:17,
1769:18, 1769:24,
1770:1, 1770:3,
1770:5, 1770:6,
1770:7, 1770:8,
1770:10, 1770:11,
1770:14, 1770:16,
1770:23, 1771:1,
1771:7, 1771:15,
1772:3, 1772:4,
1772:6, 1772:8,
1772:9, 1772:12,
1772:14, 1772:15,
1772:17, 1773:20,
1774:5, 1774:13,
1774:19, 1774:25,
1775:2, 1775:6,
1775:7, 1775:10,
1775:12, 1775:18,
1775:19, 1776:17,
1777:20, 1777:25,
1778:1, 1778:6,
1779:4, 1779:14,
1779:23, 1780:2,
1780:6, 1780:8,
1780:11, 1780:16,
1780:20, 1780:22,
1781:1, 1782:5,
1782:6, 1782:7,
1782:11, 1782:17,
1782:20, 1783:18,
1783:21, 1784:1,
1784:2, 1784:5,
1784:7, 1784:8,
1784:13, 1784:14,
1784:16, 1784:19,
1785:1, 1785:4,
1785:13, 1785:16,
1786:1, 1786:12,
1786:21, 1787:3,
1787:5, 1787:9,
1787:10, 1788:11,
1788:13, 1788:18,
1788:25, 1789:1,
1789:2, 1789:3,
1789:10, 1789:14,
1789:18, 1789:19,
1790:18, 1790:23,
1790:25, 1791:3,
1791:4, 1791:7,
1791:11, 1791:18,
1791:21, 1792:5,
1792:14, 1792:23,
1793:1, 1793:4,
1793:8, 1794:1,

1794:6, 1794:8,
1794:21, 1794:23,
1795:2, 1795:9,
1795:14, 1795:15,
1795:19, 1795:21,
1796:4, 1796:7,
1796:9, 1796:10,
1796:14, 1796:19,
1796:25, 1797:1,
1797:2, 1797:5,
1797:9, 1797:11,
1797:14, 1797:16,
1797:17, 1797:20,
1798:3, 1798:5,
1798:9, 1798:13,
1798:14, 1798:17,
1798:20, 1798:22,
1799:3, 1799:17,
1799:25, 1800:6,
1800:19, 1800:20,
1800:21, 1800:23,
1801:4, 1801:11,
1801:13, 1801:17,
1801:18, 1801:19,
1801:22, 1801:23,
1801:24, 1801:25,
1802:2, 1802:8,
1802:9, 1802:11,
1802:18, 1802:21,
1802:24, 1803:15,
1803:23, 1803:24,
1804:15, 1804:16,
1804:18, 1804:21,
1804:23, 1805:1,
1805:4, 1805:17,
1805:19, 1805:21,
1806:11, 1806:18,
1806:21, 1806:23,
1807:11, 1808:2,
1809:5, 1809:6,
1809:14, 1809:17,
1809:18, 1809:21,
1810:2, 1810:4,
1810:6, 1810:7,
1810:13, 1810:19,
1810:20, 1811:21,
1811:23, 1812:14,
1812:17, 1812:23,
1813:1, 1813:3,
1813:6, 1813:8,
1813:14, 1814:7
   that's [131] - 1662:8,
1663:6, 1663:13,
1663:17, 1670:13,
1670:22, 1671:25,
1673:6, 1673:8,
1673:9, 1673:14,
1674:17, 1675:17,
1676:12, 1676:17,
1677:13, 1682:18,
1682:21, 1683:1,

1683:4, 1685:9,
1687:15, 1688:4,
1688:5, 1688:8,
1691:16, 1692:7,
1693:6, 1693:20,
1694:11, 1696:25,
1697:23, 1697:24,
1700:24, 1702:10,
1702:17, 1703:24,
1706:4, 1706:22,
1706:23, 1707:2,
1711:2, 1711:14,
1714:5, 1714:21,
1715:22, 1716:11,
1717:5, 1718:9,
1719:23, 1720:15,
1721:17, 1722:14,
1722:16, 1722:17,
1722:20, 1723:8,
1724:8, 1725:3,
1725:6, 1728:7,
1731:18, 1731:22,
1731:24, 1732:21,
1733:18, 1734:11,
1736:9, 1739:21,
1740:17, 1740:22,
1741:23, 1745:10,
1747:9, 1747:22,
1749:20, 1750:2,
1750:6, 1750:11,
1750:13, 1752:16,
1752:17, 1755:7,
1756:5, 1756:10,
1756:20, 1757:23,
1758:1, 1760:14,
1760:24, 1762:11,
1763:19, 1764:10,
1768:3, 1769:2,
1769:22, 1770:1,
1773:15, 1777:8,
1778:8, 1778:13,
1779:8, 1780:4,
1781:1, 1782:3,
1782:19, 1783:1,
1785:19, 1786:1,
1786:12, 1788:17,
1790:4, 1792:1,
1793:4, 1793:21,
1796:22, 1798:12,
1800:22, 1801:21,
1802:11, 1805:13,
1806:11, 1806:17,
1807:6, 1809:1,
1810:1, 1811:3,
1811:7
   THE [98] - 1653:5,
1653:5, 1653:12,
1653:22, 1654:3,
1656:3, 1657:3,
1657:8, 1657:9,
1662:6, 1662:8,

1662:9, 1662:16,
1662:22, 1663:13,
1663:17, 1663:24,
1663:25, 1664:3,
1664:6, 1664:12,
1664:15, 1664:20,
1665:3, 1666:6,
1667:15, 1667:17,
1667:18, 1684:19,
1686:7, 1688:20,
1689:15, 1690:2,
1690:18, 1692:4,
1695:4, 1695:21,
1696:5, 1696:8,
1699:15, 1700:21,
1700:25, 1701:3,
1704:14, 1709:5,
1709:12, 1709:15,
1709:17, 1709:21,
1710:10, 1710:11,
1712:24, 1713:1,
1713:2, 1713:3,
1713:4, 1713:5,
1713:8, 1714:7,
1714:18, 1714:22,
1714:23, 1714:24,
1714:25, 1716:1,
1716:6, 1716:8,
1716:10, 1719:5,
1719:9, 1719:24,
1720:1, 1723:15,
1724:3, 1724:23,
1724:25, 1725:4,
1725:6, 1725:10,
1725:13, 1743:6,
1743:13, 1743:15,
1743:19, 1743:20,
1743:21, 1743:22,
1743:23, 1743:24,
1756:7, 1756:11,
1765:3, 1771:3,
1787:17, 1789:7,
1789:8, 1813:17,
1813:19
   their [35] - 1669:11,
1679:20, 1690:6,
1690:8, 1690:14,
1702:21, 1703:13,
1710:4, 1711:3,
1711:16, 1721:23,
1726:18, 1726:20,
1728:4, 1728:16,
1735:16, 1739:2,
1749:25, 1754:24,
1769:2, 1771:18,
1776:22, 1779:7,
1782:12, 1783:1,
1790:24, 1793:17,
1793:21, 1795:20,
1796:24, 1797:4,
1804:3, 1810:8

   themselves [1] -
1697:12
   there's [27] -
1673:20, 1703:21,
1717:14, 1718:15,
1726:12, 1745:23,
1748:23, 1750:7,
1751:6, 1751:7,
1752:18, 1752:20,
1754:7, 1755:15,
1758:2, 1758:8,
1760:9, 1760:10,
1760:21, 1766:14,
1770:10, 1773:25,
1776:12, 1785:1,
1789:19, 1791:2,
1792:25
   thereabouts [1] -
1688:21
   therefore [1] -
1701:25
   these [42] - 1664:12,
1664:15, 1666:16,
1666:21, 1670:23,
1674:14, 1680:12,
1681:16, 1681:17,
1695:5, 1695:9,
1695:13, 1695:16,
1719:5, 1719:7,
1726:12, 1726:13,
1734:20, 1735:8,
1735:11, 1736:14,
1736:18, 1741:15,
1742:4, 1744:17,
1745:25, 1748:5,
1750:14, 1760:13,
1761:3, 1764:21,
1767:21, 1768:16,
1768:17, 1769:1,
1769:14, 1769:21,
1775:15, 1776:1,
1776:5, 1776:9
   they'd [1] - 1795:18
   they're [10] - 1666:9,
1670:20, 1695:10,
1735:11, 1761:12,
1764:24, 1771:17,
1779:3, 1790:7
   they've [1] - 1722:10
   thick [1] - 1809:22
   thing [15] - 1672:13,
1687:10, 1696:19,
1711:18, 1715:7,
1715:13, 1716:8,
1733:18, 1740:25,
1744:1, 1759:5,
1772:16, 1786:3,
1793:12, 1796:4
   things [21] -
1665:19, 1671:21,

1672:17, 1673:19, 1682:22, 1689:15, 1689:17, 1690:11, 1690:16, 1700:22, 1708:14, 1710:20, 1715:13, 1728:19, 1736:1, 1738:24, 1741:12, 1742:6, 1758:3, 1758:19, 1785:13

**think** [72] - 1663:6, 1666:20, 1667:10, 1672:2, 1681:22, 1688:10, 1688:25, 1689:1, 1691:22, 1694:11, 1699:13, 1702:9, 1703:22, 1704:4, 1706:16, 1707:6, 1708:19, 1714:18, 1714:19, 1716:8, 1719:5, 1719:10, 1725:7, 1727:22, 1727:25, 1728:6, 1730:23, 1733:1, 1734:7, 1735:10, 1739:17, 1740:2, 1740:10, 1742:16, 1743:10, 1744:3, 1747:12, 1751:6, 1754:20, 1756:3, 1757:12, 1761:3, 1761:19, 1761:24, 1762:19, 1762:25, 1766:7, 1767:13, 1768:3, 1774:18, 1775:12, 1775:14, 1776:5, 1780:17, 1788:10, 1788:21, 1788:25, 1789:16, 1796:9, 1796:13, 1796:19, 1796:25, 1798:2, 1798:7, 1799:4, 1800:19, 1801:16, 1803:18, 1804:11, 1805:10, 1811:19, 1812:2

**THINK** [2] - 1700:10, 1700:13

**thinking** [5] - 1707:6, 1713:11, 1713:22, 1733:15, 1796:24

**thinks** [1] - 1764:16

**THIRD** [1] - 1657:11

**third** [7] - 1721:17, 1721:23, 1723:10, 1735:1, 1741:25, 1745:7, 1773:25

**third-party** [1] - 1745:7

**this** [217] - 1664:10, 1664:11, 1664:18, 1664:25, 1665:8, 1665:17, 1665:19, 1665:25, 1666:3, 1666:17, 1667:1, 1667:9, 1667:10, 1668:4, 1669:11, 1669:17, 1672:8, 1673:1, 1681:16, 1684:12, 1685:1, 1685:8, 1686:13, 1687:2, 1688:11, 1688:18, 1689:19, 1690:15, 1690:20, 1690:21, 1691:6, 1691:7, 1691:11, 1691:12, 1692:20, 1693:8, 1693:22, 1694:1, 1694:3, 1694:15, 1695:1, 1695:2, 1695:9, 1695:24, 1696:1, 1696:11, 1697:16, 1697:18, 1698:8, 1699:1, 1699:2, 1699:3, 1699:5, 1699:24, 1700:2, 1700:5, 1700:9, 1700:24, 1701:12, 1702:4, 1702:5, 1702:13, 1703:20, 1704:25, 1707:22, 1708:2, 1708:3, 1708:17, 1708:20, 1709:12, 1709:14, 1709:18, 1710:17, 1715:11, 1715:21, 1715:23, 1716:2, 1717:3, 1719:6, 1719:10, 1719:11, 1719:19, 1721:5, 1721:6, 1721:11, 1722:8, 1722:9, 1723:4, 1723:7, 1723:13, 1724:2, 1725:1, 1725:25, 1726:2, 1726:6, 1726:22, 1727:11, 1727:14, 1732:9, 1734:12, 1734:14, 1734:21, 1735:23, 1736:7, 1738:15, 1738:17, 1738:19, 1740:11, 1742:22, 1743:8, 1744:1, 1744:7, 1744:8, 1744:10, 1744:12, 1746:1, 1746:13, 1748:7, 1748:15, 1748:19, 1749:13,

1749:16, 1749:18, 1750:5, 1750:9, 1753:21, 1753:24, 1754:1, 1754:3, 1754:7, 1755:15, 1755:24, 1756:1, 1756:4, 1756:9, 1756:12, 1757:1, 1757:7, 1757:13, 1758:15, 1759:7, 1759:16, 1760:2, 1760:4, 1760:5, 1760:24, 1761:3, 1761:9, 1761:15, 1764:14, 1764:22, 1764:24, 1764:25, 1766:4, 1766:11, 1767:3, 1767:17, 1767:21, 1767:23, 1768:13, 1768:14, 1770:9, 1771:6, 1771:13, 1773:5, 1773:8, 1773:10, 1773:11, 1773:12, 1773:16, 1773:24, 1774:13, 1776:8, 1779:7, 1780:13, 1780:15, 1780:18, 1780:22, 1780:23, 1781:7, 1781:18, 1781:23, 1782:1, 1782:2, 1783:6, 1783:17, 1784:13, 1785:19, 1786:1, 1786:11, 1786:16, 1786:19, 1788:24, 1790:2, 1790:4, 1791:14, 1791:25, 1792:7, 1792:14, 1793:19, 1798:13, 1798:14, 1806:12, 1809:11, 1809:20, 1812:16, 1813:10, 1813:17

**THIS** [1] - 1653:11

**THOMAS** [1] - 1655:11

**THORNHILL** [2] - 1655:10, 1655:11

**those** [59] - 1662:15, 1662:23, 1663:3, 1665:15, 1666:19, 1670:5, 1670:17, 1674:7, 1676:18, 1677:11, 1677:14, 1681:17, 1690:16, 1691:3, 1692:12, 1692:13, 1695:7, 1700:6, 1703:9, 1711:16, 1713:24, 1714:2, 1716:24,

1719:9, 1719:13, 1719:14, 1719:16, 1719:17, 1721:11, 1735:22, 1736:11, 1737:4, 1739:10, 1748:10, 1748:14, 1752:3, 1752:13, 1758:3, 1768:1, 1771:10, 1771:12, 1773:25, 1774:23, 1777:11, 1779:17, 1779:21, 1780:15, 1791:19, 1792:3, 1792:10, 1792:15, 1792:19, 1792:25, 1794:8, 1794:22, 1797:13, 1803:5, 1812:12

**though** [4] - 1688:21, 1690:3, 1735:23, 1747:17

**thought** [13] - 1663:21, 1700:18, 1705:8, 1705:25, 1715:16, 1716:2, 1761:25, 1762:24, 1765:19, 1768:9, 1809:20, 1810:22, 1813:7

**thoughts** [1] - 1706:19

**three** [17] - 1666:2, 1666:5, 1666:6, 1666:12, 1691:3, 1692:19, 1693:6, 1694:11, 1721:11, 1733:1, 1733:4, 1737:5, 1745:24, 1755:19, 1789:25, 1792:10, 1796:5

**threshold** [1] - 1808:25

**through** [29] - 1664:17, 1669:24, 1676:1, 1681:13, 1681:14, 1682:19, 1688:25, 1689:24, 1716:16, 1718:16, 1718:17, 1719:10, 1721:11, 1744:4, 1750:11, 1750:24, 1750:25, 1753:6, 1755:21, 1755:23, 1757:1, 1757:18, 1763:22, 1767:4, 1778:19, 1780:20, 1785:17, 1812:17

**throughout** [2] - 1668:7, 1804:1

**thrusters** [2] -

1747:13, 1766:23

**thumb** [1] - 1665:2

**Thursday** [1] - 1663:11

**Tiber** [4] - 1735:1, 1770:1, 1770:5, 1770:17

**time** [99] - 1664:11, 1664:17, 1664:25, 1669:15, 1672:15, 1674:3, 1675:9, 1675:17, 1676:4, 1676:13, 1677:6, 1682:7, 1682:19, 1685:17, 1687:2, 1689:7, 1689:20, 1690:23, 1690:24, 1691:19, 1692:1, 1693:3, 1697:20, 1698:13, 1707:11, 1712:6, 1712:16, 1712:18, 1712:20, 1720:9, 1723:22, 1723:25, 1726:7, 1726:11, 1726:18, 1727:6, 1729:10, 1730:25, 1732:2, 1732:4, 1732:11, 1734:23, 1736:12, 1739:25, 1744:2, 1749:5, 1755:14, 1756:23, 1760:18, 1761:24, 1762:20, 1764:22, 1764:25, 1768:6, 1768:8, 1771:9, 1771:13, 1771:21, 1772:4, 1772:17, 1772:18, 1772:23, 1772:25, 1774:2, 1774:3, 1774:7, 1774:11, 1774:15, 1775:4, 1775:6, 1775:7, 1775:12, 1775:24, 1776:4, 1776:9, 1779:2, 1779:7, 1779:11, 1779:14, 1779:21, 1780:17, 1782:2, 1784:1, 1784:11, 1792:3, 1792:7, 1793:7, 1794:11, 1799:12, 1799:15, 1803:10, 1803:11, 1804:9, 1804:15, 1805:22, 1806:21, 1810:6, 1810:23

**timed** [1] - 1779:7

**timeframe** [1] - 1782:5

**times** [11] - 1678:16, 1713:21, 1717:1, 1751:1, 1751:5, 1752:23, 1753:15, 1754:19, 1758:8, 1778:6, 1802:17

**timing** [1] - 1797:18

**tire** [1] - 1676:7

**TO** [1] - 1653:11

**today** [4] - 1702:4, 1708:6, 1708:19, 1729:18

**TOFS** [1] - 1774:2

**TOFS/MOC** [1] - 1773:25

**together** [6] - 1676:21, 1694:2, 1735:12, 1737:12, 1740:4, 1766:7

**toggle** [1] - 1746:4

**told** [38] - 1668:10, 1679:11, 1680:20, 1680:23, 1681:15, 1683:1, 1684:5, 1685:6, 1685:15, 1685:21, 1688:24, 1697:7, 1704:5, 1704:19, 1706:16, 1711:6, 1713:25, 1715:1, 1721:4, 1729:2, 1732:7, 1732:18, 1736:13, 1750:14, 1766:6, 1766:7, 1780:22, 1784:20, 1799:25, 1801:14, 1804:15, 1804:19, 1811:3

**TOLLES** [1] - 1658:21

**too** [8] - 1689:8, 1690:14, 1706:13, 1712:6, 1717:5, 1743:16, 1744:17, 1810:5

**took** [12] - 1676:11, 1689:23, 1706:6, 1732:10, 1732:16, 1737:14, 1753:15, 1754:9, 1754:18, 1776:6, 1793:9, 1808:1

**tool** [11] - 1752:19, 1789:19, 1789:20, 1789:23, 1790:2, 1790:5, 1790:10, 1790:13, 1790:20, 1790:23

**toolpusher** [45] - 1668:6, 1677:12, 1677:22, 1677:24,

1678:4, 1678:7, 1678:9, 1678:19, 1681:12, 1684:22, 1686:3, 1686:11, 1695:24, 1703:4, 1711:25, 1714:13, 1722:1, 1722:21, 1726:23, 1729:20, 1732:19, 1732:23, 1734:18, 1735:17, 1735:18, 1736:23, 1737:20, 1737:22, 1738:3, 1740:16, 1740:18, 1740:19, 1749:6, 1749:7, 1749:9, 1749:11, 1749:22, 1749:24, 1752:8, 1752:9, 1752:19, 1755:9, 1773:14, 1778:10

**toolpusher's** [1] - 1808:25

**toolpushers** [8] - 1668:22, 1669:19, 1669:23, 1680:2, 1702:15, 1735:24, 1736:23, 1767:20

**tools** [4] - 1670:2, 1670:6, 1670:20, 1782:17

**top** [11] - 1684:22, 1703:21, 1743:21, 1748:15, 1773:22, 1789:18, 1809:17, 1810:5, 1810:14, 1813:3

**top-notch** [1] - 1684:22

**topic** [6] - 1757:12, 1781:18, 1781:20, 1781:21, 1783:21, 1795:6

**topics** [5] - 1757:12, 1758:2, 1783:17, 1784:2, 1799:11

**TORTS** [2] - 1656:4, 1656:15

**total** [4] - 1690:24, 1693:8, 1733:20, 1809:7

**totally** [2] - 1673:2, 1733:24

**touch** [2] - 1743:16, 1743:18

**tour** [2] - 1799:9, 1799:15

**toward** [3] - 1671:15, 1700:8, 1738:21

**TOWER** [2] - 1659:4, 1659:23

**tower** [19] - 1671:7, 1671:9, 1676:10, 1676:11, 1683:14, 1712:15, 1713:7, 1736:18, 1737:4, 1749:24, 1778:3, 1778:4, 1778:7, 1798:11, 1798:18, 1799:25, 1801:22, 1802:3

**towers)** [1] - 1700:12

**town** [3] - 1710:4, 1731:14, 1797:5

**track** [3] - 1767:10, 1767:11, 1781:24

**tracked** [2] - 1774:23, 1774:24

**Trahan** [4] - 1706:5, 1706:7, 1711:1, 1810:14

**train** [4] - 1737:24, 1758:22, 1759:16, 1759:18

**trained** [8] - 1684:24, 1685:3, 1695:13, 1695:15, 1707:21, 1708:1, 1709:10, 1789:4

**training** [41] - 1680:2, 1680:5, 1690:8, 1695:25, 1704:22, 1718:10, 1726:19, 1728:4, 1729:19, 1729:22, 1729:25, 1730:5, 1737:18, 1737:25, 1739:13, 1739:16, 1739:24, 1740:7, 1750:24, 1751:3, 1751:13, 1751:18, 1752:14, 1752:17, 1753:23, 1754:12, 1754:19, 1754:24, 1755:2, 1755:21, 1772:7, 1772:10, 1772:11, 1773:6, 1776:25, 1778:13, 1786:24, 1788:20, 1795:3, 1803:7

**TRANSCRIPT** [2] - 1653:21, 1660:16

**transcript** [2] - 1665:2, 1814:7

**TRANSOCEAN** [3] - 1658:11, 1658:11, 1658:13

**Transocean** [85] - 1662:25, 1663:13, 1665:7, 1665:8, 1665:17, 1665:22,

1665:25, 1666:16, 1666:20, 1666:21, 1666:25, 1667:8, 1673:21, 1679:15, 1688:1, 1689:20, 1694:4, 1694:13, 1694:20, 1695:2, 1712:14, 1713:8, 1713:16, 1716:21, 1718:23, 1719:15, 1720:10, 1720:11, 1720:18, 1723:6, 1724:9, 1724:12, 1724:17, 1724:20, 1725:1, 1725:2, 1729:2, 1729:5, 1733:12, 1733:13, 1733:14, 1733:22, 1734:5, 1738:8, 1740:15, 1744:22, 1744:23, 1751:3, 1752:15, 1753:3, 1753:7, 1755:12, 1760:23, 1765:22, 1770:15, 1771:19, 1772:6, 1774:20, 1775:19, 1776:8, 1776:16, 1776:17, 1780:5, 1786:24, 1794:6, 1794:19, 1794:22, 1795:6, 1795:10, 1795:12, 1795:13, 1795:16, 1796:15, 1798:3, 1798:6, 1798:8, 1799:6, 1799:7, 1799:19, 1801:25, 1802:3, 1803:14, 1803:24, 1807:4

**Transocean's** [11] - 1666:22, 1667:11, 1698:25, 1714:1, 1751:13, 1752:14, 1753:1, 1760:11, 1761:6, 1771:20, 1797:18

**trauma** [2] - 1698:20, 1809:10

**traumatic** [1] - 1811:17

**traveling** [1] - 1813:3

**tremendous** [1] - 1792:18

**trending** [1] - 1688:15

**trends** [1] - 1772:13

**TREX** [16] - 1690:22, 1694:1, 1698:23, 1727:22, 1734:11, 1738:13, 1753:20,

1755:25, 1756:12, 1759:25, 1760:24, 1764:14, 1767:17, 1773:3, 1781:6, 1791:25

**TRIAL** [1] - 1653:21

**trial** [3] - 1665:21, 1666:24, 1768:7

**tried** [3] - 1710:25, 1809:11, 1809:12

**triggered** [1] - 1791:5

**trip** [4] - 1732:20, 1777:6, 1779:2, 1781:24

**tripped** [1] - 1779:1

**tripping** [1] - 1744:12

**TRITON** [1] - 1653:13

**TRN** [3] - 1720:21, 1724:2, 1724:6

**true** [5] - 1668:20, 1690:16, 1703:7, 1703:24, 1814:7

**trust** [3] - 1704:6, 1729:17, 1776:22

**trusted** [2] - 1708:5, 1729:16

**trusting** [1] - 1702:22

**try** [8] - 1690:8, 1690:15, 1710:22, 1718:15, 1778:25, 1787:12, 1787:14, 1799:7

**trying** [8] - 1697:19, 1706:18, 1709:18, 1734:15, 1746:24, 1763:5, 1799:23, 1809:18

**tubulars** [2] - 1736:1, 1779:3

**Tuesday** [1] - 1653:9

**TUESDAY** [1] - 1662:2

**tug** [1] - 1766:22

**tunnel** [1] - 1808:23

**turkey** [1] - 1742:12

**turn** [4] - 1696:19, 1698:23, 1704:21, 1741:1

**turned** [1] - 1697:2

**turning** [1] - 1697:9, 1746:14

**TV** [2] - 1808:2, 1808:3

**twice** [2] - 1726:17, 1809:12

**two** [43] - 1663:1, 1663:18, 1665:15,

1666:9, 1676:18,
1677:14, 1679:24,
1690:11, 1690:16,
1693:6, 1693:8,
1693:13, 1711:17,
1712:9, 1713:20,
1717:8, 1720:2,
1722:25, 1731:9,
1736:23, 1739:20,
1741:4, 1741:18,
1745:22, 1747:7,
1748:5, 1758:2,
1758:19, 1761:9,
1761:19, 1762:22,
1775:14, 1778:6,
1781:6, 1783:2,
1783:4, 1784:18,
1791:10, 1791:12,
1800:10, 1808:22
**two-and-a-half** [2] -
1663:1, 1741:4
**TX** [8] - 1655:5,
1655:19, 1658:19,
1659:8, 1659:18,
1659:24, 1660:4,
1660:9
**type** [11] - 1672:2,
1674:6, 1676:3,
1687:7, 1717:24,
1757:10, 1757:11,
1759:4, 1769:16,
1772:15, 1794:5
**types** [1] - 1742:4
**typical** [2] - 1774:14,
1797:16
**typically** [20] -
1674:24, 1675:8,
1675:9, 1677:11,
1677:13, 1693:21,
1746:10, 1761:5,
1769:16, 1775:17,
1778:11, 1779:4,
1779:10, 1780:2,
1787:1, 1790:1,
1793:10, 1795:14,
1795:16

# U

**U.S** [4] - 1656:3,
1656:8, 1656:14,
1656:20
**uh** [2] - 1785:15,
1795:11
**uh-huh** [2] - 1785:15,
1795:11
**ultimate** [4] -
1677:24, 1678:1,
1678:21, 1730:14
**ultimately** [1] -

1677:24
**uncomfortable** [1] -
1708:14
**uncommon** [2] -
1763:7, 1797:12
**uncontrolled** [2] -
1786:6, 1787:4
**uncovering** [1] -
1810:13
**under** [8] - 1667:15,
1690:7, 1703:20,
1721:22, 1724:8,
1758:13, 1763:2,
1767:1
**underbalance** [4] -
1673:13, 1674:7,
1685:2, 1704:25
**underbalanced** [5] -
1784:10, 1784:14,
1806:18, 1806:19,
1806:22
**underbalancing** [1] -
1673:12
**UNDERHILL** [16] -
1656:4, 1710:12,
1710:14, 1712:22,
1713:6, 1713:9,
1714:9, 1714:17,
1714:21, 1715:3,
1715:24, 1716:13,
1719:8, 1719:11,
1719:12, 1719:23
**Underhill** [2] -
1661:6, 1719:5
**Underhill's** [1] -
1731:18
**underlying** [1] -
1792:15
**underneath** [2] -
1763:22, 1809:17
**understand** [20] -
1684:9, 1685:5,
1703:22, 1705:7,
1706:15, 1709:17,
1710:17, 1717:12,
1728:3, 1736:22,
1737:25, 1743:10,
1750:21, 1752:10,
1753:11, 1757:21,
1758:10, 1810:25,
1811:2, 1812:16
**understanding** [8] -
1665:21, 1672:5,
1680:15, 1705:10,
1706:6, 1714:11,
1714:13, 1814:8
**understands** [1] -
1812:16
**understood** [9] -
1687:17, 1688:11,

1695:11, 1700:15,
1701:5, 1716:2,
1752:5, 1775:7,
1802:11
**undertaken** [1] -
1699:11
**undo** [2] - 1743:21,
1743:23
**unfolded** [1] - 1698:5
**unique** [3] - 1742:10,
1768:9, 1771:18
**unit** [1] - 1781:25
**United** [2] - 1710:11,
1814:5
**UNITED** [4] - 1653:1,
1653:15, 1653:23,
1656:3
**units** [1] - 1787:2
**University** [1] -
1731:9
**unless** [5] - 1696:23,
1742:4, 1764:18,
1765:7, 1812:15
**unloading** [1] -
1694:12
**unpacking** [2] -
1731:3
**unrelated** [1] -
1665:23
**unsafe** [4] - 1727:1,
1773:19, 1774:25,
1775:5
**unscheduled** [1] -
1779:23
**until** [8] - 1685:8,
1718:17, 1737:12,
1755:23, 1756:23,
1766:3, 1785:21,
1804:15
**unusual** [1] -
1797:15
**up** [90] - 1663:10,
1667:23, 1667:25,
1670:7, 1674:4,
1675:2, 1675:15,
1675:17, 1679:5,
1679:6, 1679:8,
1679:9, 1682:1,
1685:20, 1686:14,
1686:17, 1688:13,
1689:4, 1689:21,
1689:24, 1690:20,
1694:1, 1697:25,
1700:19, 1703:18,
1710:25, 1713:4,
1713:5, 1713:7,
1715:12, 1719:8,
1722:5, 1725:20,
1732:6, 1732:8,
1732:10, 1732:12,

1732:13, 1732:22,
1733:8, 1737:8,
1738:12, 1744:15,
1745:7, 1748:8,
1748:11, 1748:19,
1749:7, 1749:15,
1757:20, 1761:16,
1763:3, 1763:19,
1763:21, 1767:20,
1767:23, 1772:13,
1773:21, 1777:15,
1780:23, 1780:25,
1781:18, 1782:18,
1783:17, 1785:5,
1785:18, 1788:11,
1790:6, 1793:8,
1793:23, 1801:5,
1801:9, 1801:18,
1802:13, 1802:15,
1804:15, 1804:24,
1806:6, 1806:14,
1807:24, 1808:1,
1809:7, 1809:11,
1809:12, 1809:15,
1810:4, 1810:14,
1810:22
**upcoming** [2] -
1778:24, 1806:1
**update** [1] - 1767:20
**upgrade** [1] -
1739:16
**upon** [3] - 1701:25,
1711:23, 1712:14
**upper** [1] - 1692:17
**us** [40] - 1674:8,
1679:11, 1705:5,
1722:9, 1727:15,
1728:16, 1729:2,
1732:7, 1732:10,
1732:18, 1736:4,
1736:17, 1742:1,
1749:21, 1750:14,
1766:6, 1766:25,
1767:1, 1773:18,
1773:25, 1774:7,
1777:3, 1777:18,
1784:20, 1788:15,
1794:8, 1798:8,
1799:12, 1799:23,
1799:25, 1806:7,
1807:6, 1809:5,
1810:12, 1811:21,
1812:5, 1812:25,
1813:7
**use** [15] - 1669:10,
1674:7, 1675:8,
1692:17, 1696:21,
1720:25, 1742:17,
1744:22, 1755:16,
1773:16, 1784:21,

1787:3, 1787:14,
1788:3, 1803:2
**used** [15] - 1662:13,
1663:16, 1664:8,
1664:9, 1669:13,
1669:15, 1669:16,
1669:17, 1670:21,
1675:9, 1748:14,
1760:21, 1769:16,
1773:11, 1789:13
**using** [8] - 1663:18,
1674:24, 1675:5,
1744:23, 1759:3,
1760:21, 1766:21,
1781:24
**usually** [1] - 1795:20
**utilized** [3] - 1742:8,
1789:25, 1813:8

# V

**V** [1] - 1653:15
**VA** [1] - 1654:19
**valid** [1] - 1775:9
**validate** [1] -
1753:24
**value** [3] - 1695:12,
1728:16, 1775:11
**values** [1] - 1733:17
**valve** [3] - 1749:14,
1757:19, 1779:6
**valves** [3] - 1749:18,
1759:2
**valving** [1] - 1780:11
**variable** [3] -
1716:17, 1717:20,
1757:10
**variety** [1] - 1726:14
**various** [1] - 1716:16
**vary** [1] - 1715:9
**vein** [1] - 1669:1
**VERBATIM** [1] -
1756:12
**versus** [4] - 1680:4,
1682:25, 1686:23,
1688:23
**very** [38] - 1665:3,
1668:11, 1673:3,
1686:11, 1688:10,
1697:16, 1702:14,
1710:9, 1710:17,
1710:19, 1727:6,
1727:14, 1727:16,
1729:9, 1730:7,
1732:3, 1732:14,
1733:19, 1735:9,
1737:20, 1742:3,
1742:10, 1752:17,
1762:7, 1764:16,

1766:14, 1767:11, 1768:5, 1769:11, 1769:13, 1769:23, 1771:17, 1776:3, 1778:21, 1786:6, 1800:3

**vessel** [12] - 1691:15, 1693:16, 1708:22, 1709:11, 1709:16, 1709:23, 1723:6, 1747:12, 1764:18, 1765:6, 1766:21, 1788:11

**vessels** [2] - 1699:8, 1699:9

**veteran** [1] - 1741:7

**video** [2] - 1665:2, 1746:6

**Vidrine** [17] - 1676:15, 1678:22, 1681:20, 1683:24, 1698:7, 1698:12, 1712:9, 1713:24, 1713:25, 1800:11, 1801:17, 1803:19, 1805:6, 1807:5, 1807:7, 1807:9, 1807:21

**view** [5] - 1667:3, 1688:16, 1742:23, 1812:22

**viewed** [3] - 1701:19, 1771:15

**viewing** [1] - 1747:17

**vigilance** [1] - 1673:15

**violations** [1] - 1667:9

**VIRGINIA** [1] - 1654:19

**virtually** [1] - 1794:23

**visible** [1] - 1686:1

**vision** [1] - 1808:23

**visit** [1] - 1799:10

**visited** [2] - 1700:4, 1804:4

**visiting** [1] - 1799:18

**visitors** [1] - 1798:25

**voices** [1] - 1795:25

**volume** [2] - 1668:18, 1669:2

**volumes** [4] - 1747:23, 1764:5, 1764:17, 1765:5

**voluminous** [2] - 1663:15, 1663:19

**VON** [1] - 1660:3

# W

**W** [2] - 1655:14, 1659:16

**wait** [3] - 1670:20, 1756:22, 1780:8

**waited** [1] - 1811:5

**waiting** [2] - 1811:14, 1811:16

**walk** [5] - 1744:4, 1793:10, 1809:18, 1809:19, 1810:22

**walked** [4] - 1675:15, 1681:12, 1681:14, 1803:18

**WALKER** [1] - 1654:18

**walking** [2] - 1805:12, 1807:16

**wall** [3] - 1705:20, 1748:23, 1757:24

**walls** [1] - 1809:12

**WALTER** [1] - 1654:22

**Walter** [1] - 1662:10

**WALTHER** [1] - 1659:11

**want** [15] - 1663:17, 1663:19, 1665:5, 1710:18, 1718:16, 1721:11, 1737:17, 1742:2, 1743:15, 1756:7, 1767:5, 1785:1, 1787:12, 1788:6, 1788:7

**wanted** [11] - 1665:8, 1665:13, 1674:17, 1679:11, 1721:8, 1726:14, 1727:14, 1737:17, 1740:22, 1762:8, 1810:3

**WAS** [2] - 1725:11, 1813:20

**WASHINGTON** [4] - 1656:12, 1656:18, 1656:24, 1658:4

**wasn't** [22] - 1669:15, 1676:23, 1677:19, 1678:2, 1679:13, 1679:14, 1681:22, 1684:4, 1686:6, 1686:21, 1710:5, 1710:7, 1713:5, 1718:5, 1718:6, 1747:6, 1749:7, 1768:23, 1797:6, 1809:22, 1810:9, 1810:17

**watch** [4] - 1721:24,

1750:19, 1784:25, 1808:3

**watched** [7] - 1675:6, 1682:17, 1708:16, 1750:25, 1751:1, 1778:18, 1805:15

**watching** [7] - 1689:5, 1722:1, 1722:3, 1741:11, 1779:11, 1808:3, 1813:11

**water** [9] - 1766:15, 1770:9, 1770:10, 1770:12, 1770:20, 1770:22, 1812:24, 1812:25

**WATTS** [2] - 1655:3, 1655:3

**way** [43] - 1667:10, 1667:11, 1674:2, 1674:4, 1674:5, 1674:21, 1675:5, 1676:1, 1679:5, 1679:7, 1690:20, 1696:2, 1697:3, 1706:3, 1706:25, 1710:6, 1711:21, 1712:3, 1718:16, 1718:17, 1719:11, 1728:7, 1731:6, 1733:15, 1736:9, 1750:12, 1751:14, 1757:8, 1766:17, 1767:23, 1769:24, 1784:21, 1785:5, 1785:8, 1790:13, 1801:17, 1801:19, 1806:14, 1810:9, 1810:10, 1810:22, 1811:10

**ways** [6] - 1716:2, 1716:16, 1728:19, 1741:15, 1748:1, 1774:13

**We** [2] - 1807:17, 1808:18

**we** [235] - 1662:12, 1662:13, 1662:21, 1663:5, 1663:9, 1663:10, 1663:14, 1663:15, 1663:17, 1664:7, 1664:9, 1664:11, 1664:17, 1664:18, 1665:3, 1667:13, 1667:23, 1667:24, 1670:2, 1670:3, 1670:7, 1670:9, 1670:17, 1670:23, 1670:24,

1674:16, 1674:21, 1675:1, 1675:2, 1675:5, 1675:6, 1675:9, 1677:16, 1678:1, 1678:2, 1679:14, 1679:18, 1679:21, 1679:22, 1680:22, 1682:8, 1682:16, 1682:23, 1684:8, 1684:10, 1686:12, 1691:9, 1691:10, 1692:13, 1692:18, 1693:20, 1694:2, 1694:8, 1696:16, 1698:11, 1698:13, 1698:17, 1699:12, 1704:4, 1706:4, 1708:16, 1710:17, 1710:18, 1711:5, 1713:20, 1717:1, 1719:6, 1719:10, 1721:6, 1721:10, 1723:13, 1724:6, 1725:1, 1725:7, 1725:22, 1726:2, 1728:15, 1728:16, 1729:13, 1729:14, 1729:15, 1730:16, 1732:6, 1732:16, 1734:11, 1735:2, 1735:11, 1736:2, 1737:8, 1737:11, 1738:10, 1739:13, 1740:4, 1741:20, 1741:23, 1741:24, 1742:22, 1744:25, 1745:1, 1745:5, 1745:8, 1745:25, 1746:10, 1746:24, 1747:17, 1747:22, 1750:25, 1752:2, 1752:16, 1756:2, 1756:8, 1756:13, 1757:1, 1758:3, 1758:15, 1758:19, 1758:23, 1760:4, 1762:7, 1762:8, 1766:10, 1766:11, 1766:22, 1766:23, 1766:25, 1767:1, 1767:2, 1767:11, 1767:23, 1768:14, 1769:16, 1769:17, 1770:6, 1770:8, 1770:23, 1771:24, 1773:19, 1773:20, 1773:24, 1774:17, 1774:22, 1775:6, 1775:11, 1775:17, 1775:18, 1776:3, 1776:11,

1776:21, 1777:5, 1777:6, 1777:7, 1777:10, 1778:25, 1780:3, 1780:4, 1780:24, 1780:25, 1781:9, 1782:11, 1782:19, 1784:1, 1784:3, 1784:10, 1784:18, 1785:12, 1786:10, 1789:15, 1791:18, 1791:19, 1792:20, 1794:5, 1794:8, 1794:23, 1795:14, 1796:9, 1798:2, 1798:4, 1799:10, 1800:3, 1801:1, 1801:4, 1801:7, 1801:18, 1801:21, 1801:22, 1801:23, 1802:5, 1802:6, 1802:7, 1802:8, 1802:11, 1803:24, 1805:15, 1807:3, 1808:8, 1810:3, 1810:13, 1810:16, 1810:18, 1810:22, 1811:5, 1811:7, 1811:8, 1811:9, 1811:10, 1812:1, 1812:17, 1812:25, 1813:2, 1813:15

**we'll** [3] - 1723:4, 1759:9, 1813:18

**we're** [19] - 1667:23, 1668:24, 1677:20, 1681:15, 1686:12, 1698:22, 1709:18, 1712:20, 1715:4, 1716:11, 1724:3, 1724:5, 1725:1, 1742:11, 1782:11, 1806:2, 1811:1, 1813:10, 1813:11

**we've** [10] - 1684:5, 1695:5, 1702:17, 1703:25, 1722:12, 1725:3, 1756:3, 1756:8, 1801:3, 1805:21

**weak** [1] - 1722:8

**weaknesses** [1] - 1720:22

**Weaknesses** [1] - 1724:8

**wearing** [1] - 1721:19

**weather** [1] - 1791:3

**weather-related** [1] - 1791:3

**week** [4] - 1721:17, 1721:23, 1779:25, 1781:19

**weekly** [12] - 1777:7, 1777:19, 1777:21, 1778:9, 1778:16, 1778:19, 1779:8, 1779:19, 1780:10, 1780:12, 1781:7, 1792:21

**weight** [5] - 1745:16, 1757:9, 1764:8, 1809:11, 1810:24

**welcome** [3] - 1664:2, 1710:10, 1710:21

**well** [250] - 1665:1, 1665:3, 1665:24, 1668:1, 1668:8, 1669:10, 1669:17, 1671:5, 1671:10, 1671:19, 1672:8, 1672:16, 1672:25, 1673:13, 1675:5, 1676:8, 1677:12, 1677:16, 1677:17, 1677:21, 1677:23, 1678:3, 1678:5, 1678:7, 1679:10, 1681:8, 1681:21, 1682:8, 1682:23, 1685:2, 1685:14, 1685:20, 1686:13, 1687:6, 1687:9, 1687:24, 1688:2, 1689:1, 1689:5, 1689:7, 1689:22, 1690:7, 1690:8, 1690:13, 1691:7, 1693:8, 1694:6, 1694:19, 1694:25, 1695:9, 1695:10, 1696:1, 1696:22, 1697:12, 1698:12, 1699:3, 1699:4, 1699:7, 1703:24, 1704:25, 1705:1, 1705:3, 1705:20, 1707:21, 1709:15, 1711:19, 1711:24, 1712:1, 1712:10, 1713:12, 1713:20, 1714:11, 1714:25, 1715:1, 1715:8, 1715:19, 1716:10, 1716:19, 1718:14, 1718:17, 1721:14, 1722:7, 1726:11, 1727:16, 1728:7, 1729:1, 1729:14,

1730:14, 1733:21, 1734:24, 1735:9, 1735:12, 1735:19, 1737:14, 1737:19, 1740:7, 1741:19, 1741:20, 1742:3, 1742:11, 1742:15, 1742:19, 1744:10, 1746:18, 1748:4, 1748:18, 1749:5, 1750:7, 1750:12, 1750:16, 1750:18, 1750:19, 1751:4, 1751:5, 1751:10, 1751:14, 1751:15, 1751:21, 1751:23, 1751:25, 1752:8, 1752:12, 1752:16, 1752:20, 1752:22, 1752:24, 1753:1, 1753:3, 1753:7, 1753:10, 1753:16, 1754:11, 1754:12, 1754:15, 1754:24, 1755:14, 1755:20, 1757:17, 1758:2, 1758:4, 1758:7, 1758:12, 1758:21, 1758:22, 1758:25, 1759:10, 1760:12, 1761:12, 1761:16, 1761:17, 1761:22, 1762:7, 1762:9, 1762:14, 1762:15, 1762:22, 1762:25, 1764:15, 1765:20, 1767:14, 1768:2, 1768:4, 1769:15, 1769:20, 1769:23, 1770:1, 1770:5, 1770:7, 1770:18, 1770:19, 1770:21, 1770:22, 1771:3, 1771:13, 1771:15, 1771:16, 1772:2, 1772:12, 1773:18, 1774:9, 1775:6, 1775:17, 1776:19, 1776:25, 1777:5, 1777:7, 1777:19, 1777:25, 1778:2, 1778:9, 1778:11, 1778:16, 1778:19, 1780:2, 1781:23, 1782:1, 1782:12, 1782:23, 1783:1, 1784:8, 1784:11, 1784:23, 1785:22, 1786:12, 1787:4, 1787:10, 1788:5, 1788:23, 1789:25,

1790:23, 1790:25, 1791:6, 1791:17, 1791:22, 1791:24, 1792:1, 1792:5, 1792:19, 1792:21, 1793:18, 1794:14, 1795:14, 1795:17, 1795:24, 1798:4, 1800:10, 1801:16, 1802:5, 1802:11, 1803:17, 1803:23, 1804:3, 1806:4, 1807:2, 1807:9, 1808:9, 1809:6, 1810:6, 1812:24, 1813:10, 1813:12

**well-defined** [1] - 1813:12

**wellbore** [6] - 1750:9, 1750:20, 1763:17, 1779:3, 1780:5, 1780:6

**wells** [22] - 1691:9, 1691:10, 1691:11, 1691:13, 1692:7, 1692:12, 1692:13, 1692:16, 1693:8, 1767:10, 1767:11, 1767:13, 1767:22, 1768:15, 1768:17, 1769:1, 1769:14, 1769:21, 1783:20, 1801:4

**went** [23] - 1676:11, 1685:22, 1731:9, 1731:14, 1745:3, 1750:24, 1796:25, 1799:19, 1802:5, 1803:23, 1803:24, 1805:10, 1805:12, 1805:14, 1807:14, 1808:1, 1809:19, 1809:21, 1810:16, 1811:8, 1812:17

**weren't** [5] - 1710:6, 1712:7, 1713:4, 1777:25

**what's** [17] - 1668:18, 1688:17, 1713:19, 1715:7, 1721:25, 1730:12, 1747:3, 1748:23, 1755:21, 1760:6, 1766:12, 1773:8, 1784:25, 1786:11, 1789:17, 1789:18, 1790:22

**whatever** [25] - 1674:16, 1679:16, 1681:6, 1681:17,

1686:10, 1687:25, 1688:25, 1689:1, 1689:22, 1690:13, 1690:14, 1705:3, 1711:21, 1713:19, 1715:8, 1730:7, 1742:2, 1744:11, 1744:12, 1746:5, 1750:1, 1775:10, 1778:24, 1780:20, 1780:21

**whatsoever** [2] - 1684:25, 1685:3

**wheeler** [1] - 1706:7

**Wheeler** [7] - 1676:10, 1706:4, 1711:1, 1736:24, 1810:2, 1811:15, 1811:24

**whenever** [1] - 1775:12

**WHEREUPON** [2] - 1725:11, 1813:20

**whether** [22] - 1670:20, 1672:16, 1672:17, 1677:15, 1678:18, 1678:23, 1688:1, 1688:12, 1704:24, 1706:24, 1707:12, 1715:11, 1716:22, 1727:7, 1748:2, 1751:14, 1782:8, 1782:13, 1782:17, 1782:20, 1782:25, 1802:14

**which** [44] - 1665:7, 1665:12, 1665:16, 1665:23, 1666:13, 1666:24, 1676:7, 1701:9, 1723:19, 1727:22, 1738:12, 1740:2, 1741:1, 1741:9, 1741:11, 1744:5, 1746:4, 1752:17, 1753:20, 1754:4, 1756:1, 1759:9, 1760:24, 1761:23, 1767:17, 1768:10, 1770:2, 1777:15, 1781:6, 1783:2, 1785:2, 1785:6, 1786:10, 1787:1, 1787:25, 1788:3, 1789:25, 1790:5, 1791:14, 1791:25, 1798:2, 1800:23, 1808:2, 1808:13

**while** [15] - 1680:1, 1681:15, 1691:14,

1699:21, 1730:10, 1745:13, 1746:12, 1755:22, 1770:24, 1779:3, 1792:5, 1793:14, 1803:1, 1804:19, 1813:4

**WHITELEY** [1] - 1657:14

**whoever** [2] - 1689:21, 1708:21

**whole** [3] - 1663:19, 1730:25, 1807:22

**whomever** [3] - 1689:4, 1706:17, 1712:2

**wide** [1] - 1785:10

**wife** [1] - 1808:3

**wild** [1] - 1718:2

**will** [12] - 1662:17, 1664:25, 1685:1, 1699:18, 1712:11, 1735:20, 1743:23, 1756:12, 1764:19, 1765:7, 1784:16, 1809:14

**WILLIAMS** [2] - 1655:7, 1655:7

**Williams** [2] - 1665:2, 1746:7

**Williams'** [1] - 1747:3

**WILLIAMSON** [2] - 1655:17, 1655:18

**willingness** [1] - 1739:9

**wind** [6] - 1747:15, 1759:3, 1788:2, 1788:4, 1788:5, 1788:7

**WINFIELD** [1] - 1657:5

**wireline** [13] - 1670:7, 1670:15, 1719:14, 1781:21, 1781:25, 1782:3, 1782:9, 1782:14, 1782:17, 1782:21, 1785:12, 1796:20, 1797:13

**wish** [2] - 1705:4, 1707:1

**wished** [2] - 1678:25, 1703:7

**wishes** [2] - 1666:24, 1667:5

**with** [177] - 1662:11, 1662:18, 1663:1, 1663:5, 1663:10, 1663:14, 1663:22, 1665:4, 1665:5,

1665:14, 1665:16, 1665:20, 1666:3, 1666:17, 1667:24, 1668:21, 1669:9, 1669:19, 1669:23, 1672:5, 1672:10, 1672:12, 1672:23, 1673:2, 1673:6, 1673:7, 1677:21, 1678:4, 1678:6, 1678:23, 1679:7, 1680:24, 1682:14, 1683:3, 1683:6, 1684:13, 1686:9, 1687:9, 1688:18, 1688:25, 1691:12, 1694:3, 1694:22, 1694:24, 1695:5, 1697:5, 1697:11, 1698:8, 1698:14, 1698:15, 1698:21, 1701:6, 1701:17, 1702:24, 1703:2, 1703:11, 1703:16, 1703:25, 1704:1, 1704:6, 1706:6, 1707:9, 1707:19, 1712:1, 1713:8, 1713:24, 1714:1, 1714:2, 1714:10, 1718:24, 1720:22, 1721:13, 1721:16, 1722:6, 1723:3, 1723:4, 1723:13, 1725:1, 1725:19, 1726:11, 1726:18, 1726:20, 1727:13, 1728:3, 1728:10, 1728:11, 1728:16, 1728:20, 1728:25, 1729:2, 1729:5, 1729:7, 1729:9, 1729:12, 1730:2, 1730:9, 1733:16, 1734:3, 1734:22, 1734:25, 1735:11, 1735:21, 1736:21, 1737:12, 1738:25, 1741:2, 1741:3, 1745:3, 1745:17, 1746:21, 1748:10, 1748:16, 1748:18, 1751:11, 1752:13, 1761:18, 1761:25, 1764:12, 1764:19, 1765:1, 1765:8, 1765:9, 1765:10, 1766:23, 1767:23, 1768:22, 1771:20, 1772:13, 1772:19, 1773:12, 1774:3,

1776:8, 1776:16, 1776:19, 1776:22, 1778:23, 1779:5, 1780:11, 1787:21, 1788:19, 1789:10, 1791:24, 1792:20, 1794:5, 1794:6, 1796:15, 1797:5, 1797:14, 1798:25, 1799:15, 1799:18, 1799:19, 1801:4, 1802:10, 1802:23, 1803:7, 1803:24, 1804:1, 1805:7, 1806:13, 1807:4, 1807:13, 1807:14, 1807:17, 1807:24, 1809:11, 1810:8, 1810:14, 1810:21, 1811:1, 1811:15, 1811:18

**within** [4] - 1690:6, 1712:9, 1733:6, 1734:20

**without** [4] - 1662:23, 1772:4, 1776:4, 1797:9

**witness** [13] - 1690:2, 1696:4, 1696:5, 1696:6, 1696:7, 1714:5, 1715:23, 1716:1, 1719:6, 1723:12, 1725:2, 1761:11, 1764:22

**WITNESS** [22] - 1661:3, 1667:17, 1688:20, 1692:4, 1695:4, 1699:15, 1709:21, 1710:10, 1713:1, 1713:3, 1713:5, 1713:8, 1714:23, 1714:25, 1716:6, 1716:10, 1743:13, 1743:20, 1743:22, 1743:24, 1781:8, 1789:8

**witnessed** [1] - 1752:6

**witnesses** [1] - 1788:18

**WITTMANN** [2] - 1659:11, 1659:12

**woke** [1] - 1809:7

**won't** [3] - 1756:13, 1757:1, 1773:24

**word** [2] - 1693:12, 1732:3

**words** [2] - 1711:6, 1751:20

**wore** [1] - 1741:6

**work** [24] - 1678:1, 1700:12, 1702:16, 1711:23, 1711:24, 1720:10, 1724:9, 1728:2, 1728:8, 1728:16, 1728:19, 1729:7, 1731:4, 1733:5, 1735:12, 1735:20, 1738:8, 1741:2, 1742:20, 1753:11, 1761:4, 1775:21, 1797:18

**Work** [1] - 1738:25

**worked** [10] - 1727:2, 1727:4, 1727:5, 1729:9, 1740:4, 1741:3, 1741:8, 1741:10, 1744:4, 1775:23

**workers** [5] - 1720:17, 1720:18, 1721:1, 1721:12, 1724:16

**working** [10] - 1671:16, 1672:5, 1729:2, 1732:7, 1737:12, 1746:24, 1772:2, 1773:19, 1786:13, 1803:7

**workplace** [1] - 1700:11

**works** [4] - 1739:16, 1743:19, 1753:11, 1759:2

**world** [3] - 1726:12, 1734:25, 1770:11

**worried** [1] - 1721:18

**worries** [1] - 1721:18

**worst** [1] - 1707:22

**would** [261] - 1662:14, 1663:2, 1663:4, 1663:14, 1663:21, 1664:11, 1669:2, 1670:3, 1670:5, 1670:7, 1670:11, 1671:4, 1671:5, 1671:7, 1671:9, 1671:10, 1672:23, 1674:16, 1675:8, 1676:4, 1676:5, 1676:20, 1680:10, 1681:3, 1681:5, 1681:7, 1681:9, 1681:10, 1681:12, 1681:14, 1681:15, 1681:20, 1681:22, 1682:10, 1682:11, 1684:6, 1684:8, 1684:9,

1684:10, 1685:3, 1685:6, 1685:20, 1686:1, 1686:14, 1686:16, 1686:17, 1686:18, 1686:24, 1687:7, 1687:10, 1688:8, 1688:14, 1689:15, 1689:19, 1690:21, 1692:7, 1693:1, 1693:2, 1695:11, 1696:23, 1698:8, 1702:25, 1703:25, 1704:4, 1704:6, 1704:7, 1708:2, 1709:10, 1710:1, 1710:3, 1710:20, 1712:4, 1712:16, 1712:17, 1712:21, 1713:6, 1713:11, 1713:14, 1713:15, 1713:18, 1713:21, 1714:2, 1714:12, 1715:1, 1715:13, 1715:17, 1715:18, 1716:9, 1716:10, 1716:15, 1716:18, 1716:22, 1716:24, 1717:1, 1717:18, 1721:8, 1722:5, 1722:22, 1723:21, 1724:1, 1724:2, 1725:19, 1727:20, 1728:13, 1728:24, 1729:9, 1729:24, 1731:6, 1733:20, 1734:17, 1735:2, 1736:11, 1736:22, 1736:24, 1736:25, 1737:22, 1738:11, 1739:20, 1741:14, 1742:4, 1742:17, 1742:18, 1743:13, 1744:10, 1744:12, 1744:23, 1745:7, 1745:9, 1745:11, 1745:12, 1745:14, 1745:15, 1745:17, 1745:20, 1746:10, 1746:12, 1747:16, 1748:8, 1749:4, 1749:5, 1749:6, 1749:7, 1749:16, 1749:24, 1749:25, 1750:3, 1751:8, 1751:10, 1751:11, 1753:4, 1755:22, 1756:3, 1756:8, 1756:10, 1756:20, 1757:6, 1757:8, 1757:14, 1757:17, 1757:20,

1758:6, 1758:9, 1758:13, 1758:15, 1758:16, 1758:24, 1759:1, 1759:3, 1759:6, 1763:1, 1765:25, 1767:20, 1767:23, 1768:3, 1768:9, 1771:25, 1772:8, 1773:12, 1774:11, 1774:12, 1774:13, 1775:2, 1775:17, 1775:19, 1776:10, 1777:23, 1778:1, 1778:4, 1778:24, 1778:25, 1779:10, 1779:11, 1779:12, 1780:5, 1780:25, 1782:4, 1783:24, 1784:16, 1785:4, 1785:16, 1785:19, 1785:20, 1786:20, 1787:3, 1787:5, 1787:12, 1788:6, 1788:7, 1788:9, 1789:19, 1791:6, 1791:18, 1791:20, 1791:21, 1793:3, 1793:10, 1793:12, 1793:20, 1793:21, 1794:8, 1795:17, 1795:20, 1795:24, 1796:15, 1797:18, 1802:22, 1802:25, 1803:15, 1805:17, 1805:19, 1806:20, 1806:23, 1808:11

**wouldn't** [7] - 1692:24, 1696:25, 1707:15, 1764:23, 1781:1, 1788:6, 1790:18

**WRIGHT** [1] - 1654:3

**written** [1] - 1673:21

**wrong** [4] - 1673:18, 1684:12, 1704:20, 1790:23

**Wyman** [13] - 1676:7, 1676:10, 1706:4, 1711:1, 1711:6, 1736:24, 1793:21, 1810:2, 1810:13, 1810:17, 1810:22, 1811:15, 1811:24

# X

**X** [1] - 1661:1

**Y**

**yeah** [43] - 1682:2,
1682:4, 1696:15,
1699:20, 1702:19,
1703:6, 1705:19,
1716:10, 1731:5,
1732:14, 1733:13,
1743:24, 1744:15,
1745:8, 1746:9,
1747:16, 1749:16,
1750:5, 1750:6,
1766:4, 1767:19,
1767:20, 1770:1,
1773:12, 1774:22,
1775:2, 1776:7,
1779:16, 1782:7,
1785:9, 1792:16,
1792:22, 1792:24,
1794:2, 1800:16,
1801:23, 1806:2,
1806:17, 1807:16,
1812:22
    **Yeah** [1] - 1807:18
    **year** [1] - 1683:13
    **years** [33] - 1669:13,
1672:3, 1680:8,
1683:12, 1691:3,
1691:23, 1705:24,
1706:20, 1711:23,
1718:7, 1727:5,
1729:3, 1729:11,
1730:2, 1731:9,
1734:22, 1735:12,
1736:13, 1737:11,
1737:13, 1740:4,
1740:6, 1740:24,
1741:3, 1741:4,
1772:2, 1772:4,
1776:4, 1796:5,
1799:12, 1801:5,
1803:7
    **years'** [1] - 1766:7
    **yellow** [3] - 1730:11,
1767:25, 1785:4
    **Yes** [2] - 1732:25,
1733:4
    **yes** [190] - 1664:14,
1667:14, 1667:17,
1668:3, 1668:20,
1670:10, 1670:22,
1671:1, 1671:3,
1671:13, 1671:16,
1671:18, 1671:23,
1672:14, 1673:10,
1677:10, 1678:13,
1679:21, 1681:2,
1681:5, 1681:19,
1682:13, 1684:23,
1685:18, 1687:4,

1688:6, 1691:8,
1692:12, 1693:5,
1693:7, 1693:17,
1694:18, 1695:4,
1696:20, 1697:22,
1699:1, 1699:9,
1699:12, 1701:16,
1702:6, 1706:9,
1706:11, 1707:3,
1710:12, 1712:4,
1712:13, 1713:3,
1713:5, 1713:10,
1714:23, 1715:18,
1716:14, 1717:2,
1719:4, 1720:12,
1721:25, 1722:8,
1722:11, 1722:14,
1722:15, 1722:17,
1723:7, 1724:14,
1725:3, 1725:5,
1726:1, 1728:9,
1728:13, 1728:15,
1728:21, 1729:1,
1729:4, 1729:6,
1731:1, 1731:3,
1731:22, 1734:6,
1734:15, 1735:9,
1736:9, 1738:7,
1738:18, 1738:23,
1739:19, 1740:14,
1740:20, 1743:1,
1743:9, 1743:12,
1743:20, 1745:21,
1747:21, 1750:9,
1750:22, 1752:6,
1752:12, 1752:25,
1753:6, 1753:22,
1753:25, 1754:2,
1754:10, 1755:3,
1755:5, 1755:11,
1758:23, 1759:12,
1759:14, 1759:20,
1759:23, 1761:1,
1761:5, 1761:8,
1762:5, 1762:15,
1762:17, 1764:3,
1764:6, 1766:9,
1766:19, 1767:11,
1768:5, 1769:20,
1769:22, 1771:8,
1772:20, 1772:22,
1773:1, 1773:7,
1774:6, 1774:17,
1774:22, 1776:7,
1776:9, 1776:15,
1776:18, 1776:24,
1777:10, 1777:13,
1778:18, 1779:19,
1779:24, 1781:4,
1781:8, 1781:13,
1781:15, 1781:17,

1783:5, 1783:8,
1783:10, 1783:12,
1783:14, 1783:16,
1783:23, 1784:17,
1784:23, 1785:7,
1785:18, 1785:23,
1786:15, 1788:12,
1790:4, 1790:12,
1793:5, 1794:16,
1798:16, 1798:24,
1799:2, 1799:10,
1799:21, 1800:12,
1803:20, 1804:2,
1804:5, 1804:8,
1804:17, 1811:13,
1812:1
    **yesterday** [7] -
1662:12, 1663:1,
1665:6, 1665:9,
1667:23, 1670:9,
1746:6
    **yet** [2] - 1704:5,
1797:23
    **YOAKUM** [1] -
1655:18
    **you** [836] - 1662:6,
1662:7, 1662:24,
1663:4, 1663:16,
1663:17, 1663:21,
1663:22, 1663:23,
1663:24, 1663:25,
1664:1, 1664:5,
1664:13, 1664:21,
1664:22, 1666:2,
1668:2, 1668:5,
1668:10, 1668:14,
1668:19, 1669:1,
1669:5, 1669:19,
1669:23, 1670:5,
1670:16, 1670:19,
1671:2, 1671:4,
1671:5, 1671:14,
1672:1, 1672:10,
1672:12, 1672:20,
1672:23, 1673:2,
1673:6, 1673:9,
1673:11, 1673:15,
1674:1, 1674:5,
1674:9, 1674:14,
1674:18, 1674:23,
1675:4, 1675:8,
1675:17, 1675:25,
1676:9, 1676:13,
1677:1, 1677:2,
1677:5, 1677:6,
1677:7, 1677:8,
1678:3, 1678:6,
1678:8, 1678:12,
1678:18, 1678:21,
1679:2, 1679:4,
1679:8, 1679:15,

1679:20, 1679:23,
1680:1, 1680:2,
1680:3, 1680:6,
1680:7, 1680:9,
1680:10, 1680:11,
1680:13, 1680:15,
1680:19, 1681:12,
1681:17, 1681:21,
1681:24, 1682:5,
1682:7, 1682:15,
1682:18, 1682:24,
1683:2, 1683:5,
1683:8, 1683:11,
1683:13, 1683:18,
1683:24, 1684:1,
1684:2, 1684:3,
1684:5, 1684:14,
1685:3, 1685:4,
1685:7, 1685:10,
1685:13, 1685:16,
1685:19, 1685:21,
1685:24, 1686:1,
1686:2, 1686:9,
1686:10, 1686:12,
1686:14, 1686:18,
1686:21, 1686:22,
1686:24, 1687:2,
1687:12, 1687:17,
1687:20, 1687:24,
1687:25, 1688:5,
1688:8, 1688:11,
1688:12, 1688:16,
1688:18, 1688:24,
1688:25, 1689:7,
1689:13, 1689:14,
1689:19, 1689:20,
1690:5, 1690:20,
1691:3, 1691:14,
1691:17, 1691:22,
1692:8, 1692:9,
1692:17, 1692:20,
1692:24, 1693:1,
1693:2, 1693:6,
1693:8, 1693:9,
1693:10, 1693:13,
1693:16, 1693:18,
1693:22, 1694:3,
1694:5, 1694:8,
1694:11, 1694:13,
1694:14, 1694:17,
1694:20, 1694:24,
1695:1, 1695:6,
1695:7, 1695:16,
1695:20, 1695:23,
1695:24, 1696:10,
1696:19, 1696:23,
1696:25, 1697:1,
1697:3, 1697:4,
1697:9, 1697:13,
1697:20, 1697:25,
1698:2, 1698:7,

1698:11, 1698:18,
1698:23, 1699:2,
1699:5, 1699:13,
1699:24, 1701:12,
1701:14, 1702:2,
1702:3, 1702:4,
1702:7, 1702:17,
1702:20, 1702:25,
1703:1, 1703:11,
1703:15, 1703:17,
1703:25, 1704:3,
1704:5, 1704:6,
1704:9, 1704:17,
1704:19, 1704:20,
1705:5, 1705:7,
1705:8, 1705:11,
1705:17, 1705:19,
1706:1, 1706:2,
1706:6, 1706:7,
1706:10, 1706:12,
1706:15, 1706:16,
1706:24, 1706:25,
1707:2, 1707:5,
1707:8, 1707:11,
1707:16, 1707:17,
1707:19, 1707:21,
1708:1, 1708:6,
1708:10, 1708:12,
1708:14, 1708:17,
1708:19, 1709:7,
1709:10, 1709:11,
1709:25, 1710:1,
1710:6, 1710:9,
1710:17, 1710:18,
1710:20, 1710:24,
1710:25, 1711:1,
1711:3, 1711:4,
1711:6, 1711:9,
1711:11, 1711:13,
1711:14, 1711:15,
1711:16, 1711:20,
1711:25, 1712:1,
1712:7, 1712:8,
1712:12, 1712:14,
1712:16, 1712:17,
1712:25, 1713:2,
1713:4, 1713:17,
1714:8, 1714:22,
1716:4, 1716:6,
1716:21, 1716:22,
1716:23, 1717:3,
1717:4, 1717:6,
1717:7, 1717:9,
1717:10, 1717:15,
1717:16, 1717:25,
1718:3, 1718:10,
1719:2, 1719:19,
1719:20, 1720:6,
1720:8, 1720:9,
1720:16, 1720:19,
1721:1, 1721:8,

1721:13, 1721:19, 1721:20, 1722:6, 1722:7, 1722:22, 1723:3, 1723:5, 1723:8, 1723:15, 1723:16, 1723:18, 1723:21, 1723:23, 1724:11, 1724:16, 1724:24, 1725:25, 1726:6, 1726:11, 1726:23, 1727:2, 1727:4, 1727:7, 1727:13, 1727:25, 1728:1, 1728:6, 1728:9, 1728:16, 1729:2, 1729:5, 1729:7, 1729:18, 1730:8, 1730:20, 1730:21, 1730:23, 1731:4, 1731:8, 1731:13, 1731:21, 1732:12, 1732:13, 1732:25, 1733:1, 1733:3, 1733:8, 1733:10, 1733:11, 1733:16, 1733:22, 1734:4, 1734:7, 1734:8, 1734:20, 1735:3, 1735:5, 1735:8, 1735:10, 1735:21, 1736:13, 1736:14, 1736:17, 1737:10, 1738:3, 1738:5, 1738:17, 1738:19, 1738:21, 1739:3, 1739:5, 1739:8, 1739:11, 1739:17, 1740:15, 1741:2, 1741:18, 1741:23, 1742:2, 1742:18, 1742:25, 1743:8, 1743:10, 1743:14, 1743:15, 1743:17, 1743:20, 1743:21, 1744:4, 1744:10, 1744:14, 1744:16, 1744:21, 1745:14, 1745:15, 1746:5, 1746:8, 1746:13, 1746:25, 1747:15, 1747:16, 1748:8, 1748:10, 1748:13, 1748:19, 1749:8, 1749:13, 1749:16, 1750:6, 1750:7, 1750:9, 1750:14, 1750:23, 1751:6, 1751:15, 1751:20, 1751:24, 1752:1, 1752:4, 1752:22, 1753:3,

1753:4, 1753:7, 1753:8, 1753:9, 1753:11, 1753:12, 1753:13, 1753:15, 1753:21, 1753:23, 1754:8, 1754:12, 1754:23, 1755:1, 1755:15, 1756:7, 1756:16, 1756:19, 1756:21, 1756:22, 1757:4, 1757:6, 1757:14, 1758:6, 1758:8, 1758:13, 1758:21, 1759:21, 1759:22, 1759:25, 1760:8, 1760:19, 1760:20, 1761:10, 1761:11, 1761:24, 1762:3, 1762:25, 1763:10, 1763:12, 1763:16, 1764:3, 1764:4, 1764:7, 1764:11, 1764:19, 1765:8, 1765:10, 1765:15, 1765:23, 1766:1, 1766:3, 1766:6, 1766:7, 1766:11, 1766:14, 1766:15, 1766:17, 1767:5, 1767:7, 1767:10, 1767:13, 1767:18, 1767:21, 1768:6, 1768:17, 1769:3, 1769:4, 1769:6, 1769:7, 1769:8, 1769:12, 1769:14, 1770:14, 1770:24, 1771:6, 1771:7, 1771:9, 1771:13, 1771:14, 1771:22, 1771:25, 1772:19, 1773:5, 1773:11, 1773:14, 1773:16, 1773:19, 1773:24, 1774:3, 1774:5, 1774:7, 1774:9, 1774:10, 1774:11, 1774:12, 1774:13, 1774:15, 1775:9, 1775:11, 1775:12, 1775:23, 1776:12, 1776:19, 1776:20, 1776:22, 1776:25, 1777:9, 1777:18, 1777:19, 1778:6, 1778:12, 1778:13, 1778:14, 1778:15, 1779:3, 1779:4, 1779:10, 1779:11, 1779:14, 1780:6, 1780:10,

1780:13, 1780:16, 1780:19, 1780:25, 1781:2, 1781:5, 1782:4, 1782:16, 1782:24, 1783:3, 1783:7, 1783:24, 1784:13, 1784:20, 1784:23, 1784:25, 1785:1, 1785:18, 1785:21, 1785:23, 1786:4, 1786:14, 1786:16, 1786:18, 1786:24, 1787:1, 1787:2, 1787:3, 1787:4, 1787:5, 1787:12, 1787:14, 1787:19, 1787:23, 1787:24, 1787:25, 1788:1, 1788:2, 1788:5, 1788:6, 1788:11, 1788:20, 1789:4, 1790:2, 1790:5, 1790:7, 1790:17, 1791:1, 1791:6, 1791:9, 1791:13, 1791:15, 1791:24, 1792:2, 1792:5, 1792:10, 1793:4, 1793:6, 1793:23, 1794:10, 1794:13, 1794:17, 1794:22, 1795:1, 1795:9, 1795:24, 1796:2, 1796:11, 1796:19, 1797:2, 1797:7, 1797:9, 1797:15, 1797:18, 1797:20, 1797:23, 1798:5, 1798:11, 1798:13, 1798:17, 1798:21, 1798:25, 1799:3, 1799:5, 1799:7, 1799:8, 1799:14, 1799:18, 1799:19, 1799:25, 1800:10, 1800:19, 1800:23, 1800:24, 1801:2, 1801:4, 1801:5, 1801:13, 1801:14, 1801:19, 1802:5, 1802:6, 1802:17, 1802:20, 1802:21, 1802:24, 1803:1, 1803:2, 1803:5, 1803:8, 1803:10, 1803:13, 1803:21, 1803:22, 1804:1, 1804:6, 1804:15, 1804:19, 1804:22, 1805:1, 1805:4, 1805:6,

1805:9, 1805:17, 1805:19, 1805:21, 1806:4, 1806:6, 1806:7, 1806:13, 1807:1, 1807:3, 1807:6, 1807:7, 1807:9, 1807:14, 1807:15, 1807:20, 1807:24, 1808:10, 1808:15, 1808:17, 1809:3, 1809:6, 1809:15, 1810:25, 1811:2, 1811:3, 1811:4, 1811:12, 1811:14, 1811:24, 1812:7, 1812:11, 1812:16, 1812:19, 1812:20, 1813:7, 1813:14, 1813:15

**You** [2] - 1732:24, 1810:25

**you'll** [4] - 1700:25, 1791:22, 1791:23

**you're** [39] - 1664:2, 1667:15, 1668:19, 1672:15, 1673:12, 1674:6, 1678:13, 1681:25, 1682:1, 1682:3, 1686:9, 1686:10, 1686:11, 1709:24, 1710:10, 1710:21, 1714:2, 1722:1, 1725:4, 1751:8, 1755:16, 1755:22, 1760:18, 1760:21, 1763:18, 1764:2, 1764:4, 1764:8, 1768:20, 1779:2, 1779:15, 1780:21, 1784:16, 1785:22, 1787:2, 1793:14, 1809:15

**you've** [14] - 1672:16, 1682:22, 1689:17, 1695:23, 1718:2, 1729:2, 1730:10, 1733:16, 1733:17, 1784:24, 1791:8, 1791:9, 1792:14, 1800:15

**Young** [1] - 1811:19

**YOUNG** [1] - 1656:23

**your** [161] - 1662:10, 1662:24, 1662:25, 1664:12, 1664:14, 1664:16, 1664:21, 1664:23, 1667:24, 1668:6, 1668:10, 1668:11, 1669:1, 1669:2, 1669:13,

1669:17, 1669:19, 1669:20, 1669:23, 1670:11, 1670:16, 1671:4, 1671:9, 1672:5, 1677:1, 1677:23, 1679:19, 1680:2, 1681:1, 1681:11, 1683:2, 1683:21, 1684:6, 1685:21, 1686:4, 1687:23, 1689:11, 1690:17, 1691:12, 1691:19, 1691:25, 1695:15, 1695:18, 1695:25, 1696:1, 1696:3, 1696:10, 1696:12, 1696:13, 1697:11, 1698:3, 1700:16, 1701:2, 1704:6, 1704:13, 1705:11, 1708:18, 1708:24, 1709:10, 1710:8, 1710:12, 1711:20, 1711:21, 1711:23, 1711:24, 1712:2, 1712:14, 1714:4, 1714:8, 1714:10, 1714:13, 1714:21, 1714:23, 1715:16, 1718:7, 1718:23, 1719:15, 1719:25, 1720:2, 1721:1, 1721:14, 1722:1, 1722:22, 1723:11, 1724:21, 1725:3, 1728:20, 1728:25, 1729:11, 1729:12, 1729:19, 1729:24, 1730:4, 1730:15, 1732:12, 1733:12, 1735:17, 1736:13, 1737:22, 1738:11, 1740:1, 1740:12, 1740:15, 1742:20, 1743:4, 1743:18, 1744:13, 1746:14, 1751:11, 1753:13, 1756:1, 1757:5, 1760:20, 1764:20, 1765:23, 1766:6, 1767:13, 1769:4, 1769:8, 1770:17, 1770:21, 1771:7, 1772:21, 1776:16, 1778:11, 1778:14, 1781:7, 1784:25, 1785:23, 1788:3, 1788:20, 1789:14, 1789:16, 1793:7, 1794:3, 1794:4, 1794:19,

1801:5, 1802:10,
1802:13, 1803:7,
1803:22, 1804:22,
1806:5, 1806:20,
1807:14, 1808:18,
1812:6, 1813:15
  **yours** [1] - 1794:15
  **yourself** [7] - 1668:1,
1668:21, 1669:9,
1710:25, 1711:7,
1733:11, 1811:2

## Z

**zoom** [1] - 1773:21

### "

**"MIKE"** [1] - 1658:3