1        UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF LOUISIANA

3

4    ***************************************************************

5    IN RE:  OIL SPILL BY THE OIL
     RIG *DEEPWATER HORIZON* IN THE
6    GULF OF MEXICO ON APRIL 20,
     2010
7

8                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
9                              Wednesday, March 6, 2013

10

11   THIS DOCUMENT RELATES TO:

12   CASE NO. 2:10-CV-02771,
     *IN RE:  THE COMPLAINT AND*
13   *PETITION OF TRITON ASSET*
     *LEASING GmbH, ET AL*
14
     CASE NO. 2:10-CV-4536,
15   *UNITED STATES OF AMERICA V.*
     *BP EXPLORATION & PRODUCTION,*
16   *INC., ET AL*

17
     ***************************************************************
18

19

20              **DAY 7 - MORNING SESSION**

21       TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22     HEARD BEFORE THE HONORABLE CARL J. BARBIER

23            UNITED STATES DISTRICT JUDGE

24

25

OFFICIAL TRANSCRIPT

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS
                                  BY:  JAMES P. ROY, ESQ.
 4                                556 JEFFERSON STREET, SUITE 500
                                  POST OFFICE BOX 3668
 5                                LAFAYETTE, LA  70502

 6

 7                                HERMAN HERMAN & KATZ
                                  BY:  STEPHEN J. HERMAN, ESQ.
 8                                820 O'KEEFE AVENUE
                                  NEW ORLEANS, LA  70113
 9

10                                CUNNINGHAM BOUNDS
11                                BY:  ROBERT T. CUNNINGHAM, ESQ.
                                  1601 DAUPHIN STREET
12                                MOBILE, AL  36604

13

14                                LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                  BY:  PAUL M. STERBCOW, ESQ.
15                                PAN AMERICAN LIFE BUILDING
                                  601 POYDRAS STREET, SUITE 2615
16                                NEW ORLEANS, LA  70130

17

18                                BREIT DRESCHER IMPREVENTO & WALKER
                                  BY:  JEFFREY A. BREIT, ESQ.
19                                600 22ND STREET, SUITE 402
                                  VIRGINIA BEACH, VA  23451
20

21                                LEGER & SHAW
22                                BY:  WALTER J. LEGER, JR., ESQ.
                                  600 CARONDELET STREET, 9TH FLOOR
23                                NEW ORLEANS, LA  70130

24

25
```

OFFICIAL TRANSCRIPT

```
 1   APPEARANCES CONTINUED:

 2

 3                        WATTS, GUERRA, CRAFT
                         BY:  MIKAL C. WATTS, ESQ.
 4                        4 DOMINION DRIVE
                         BUILDING 3, SUITE 100
 5                        SAN ANTONIO, TX 78257

 6

 7                        WILLIAMS LAW GROUP
                         BY:  CONRAD S. P. WILLIAMS, ESQ.
 8                        435 CORPORATE DRIVE, SUITE 101
                         HOUMA, LA  70360
 9

10                        THORNHILL LAW FIRM
11                        BY:  THOMAS THORNHILL, ESQ.
                         1308 NINTH STREET
12                        SLIDELL, LA  70458

13

14                        DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                         BY:  JOHN W. DEGRAVELLES, ESQ.
15                        618 MAIN STREET
                         BATON ROUGE, LA 70801
16

17

18                        WILLIAMSON & RUSNAK
                         BY:  JIMMY WILLIAMSON, ESQ.
                         4310 YOAKUM BOULEVARD
19                        HOUSTON, TX  77006

20

21                        IRPINO LAW FIRM
                         BY:  ANTHONY IRPINO, ESQ.
22                        2216 MAGAZINE STREET
                         NEW ORLEANS, LA  70130
23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR THE UNITED STATES
     OF AMERICA:                    U.S. DEPARTMENT OF JUSTICE
 4                                  TORTS BRANCH, CIVIL DIVISION
                                    BY:  R. MICHAEL UNDERHILL, ESQ.
 5                                  450 GOLDEN GATE AVENUE
                                    7TH FLOOR, ROOM 5395
 6                                  SAN FRANCISCO, CA  94102

 7

 8                                  U.S. DEPARTMENT OF JUSTICE
                                    ENVIRONMENT & NATURAL RESOURCES DIVISION
 9                                  ENVIRONMENTAL ENFORCEMENT SECTION
                                    BY:  STEVEN O'ROURKE, ESQ.
10                                       SCOTT CERNICH, ESQ.
                                         DEANNA CHANG, ESQ.
11                                       RACHEL HANKEY, ESQ.
                                         A. NATHANIEL CHAKERES, ESQ.
12                                  P.O. BOX 7611
                                    WASHINGTON, DC  20044
13

14
                                    U.S. DEPARTMENT OF JUSTICE
15                                  TORTS BRANCH, CIVIL DIVISION
                                    BY:  JESSICA McCLELLAN, ESQ.
16                                       MICHELLE DELEMARRE, ESQ.
                                         JESSICA SULLIVAN, ESQ.
17                                       SHARON SHUTLER, ESQ.
                                         MALINDA LAWRENCE, ESQ.
18                                  POST OFFICE BOX 14271
                                    WASHINGTON, DC  20044
19

20
                                    U.S. DEPARTMENT OF JUSTICE
21                                  FRAUD SECTION
                                    COMMERCIAL LITIGATION BRANCH
22                                  BY:  DANIEL SPIRO, ESQ.
                                         KELLEY HAUSER, ESQ.
23                                       ELIZABETH YOUNG, ESQ.
                                    BEN FRANKLIN STATION
24                                  WASHINGTON, DC  20044

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE STATE OF
     ALABAMA:                     ALABAMA ATTORNEY GENERAL'S OFFICE
 4                                BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                       COREY L. MAZE, ESQ.
 5                                     WINFIELD J. SINCLAIR, ESQ.
                                  500 DEXTER AVENUE
 6                                MONTGOMERY, AL  36130

 7

 8   FOR THE STATE OF
     LOUISIANA OFFICE
 9   OF THE ATTORNEY
     GENERAL:
10                                STATE OF LOUISIANA
                                  BY:  JAMES D.  CALDWELL,
11                                ATTORNEY GENERAL
                                  1885 NORTH THIRD STREET
12                                POST OFFICE BOX 94005
                                  BATON ROUGE, LA  70804
13

14
                                  KANNER & WHITELEY
15                                BY:  ALLAN KANNER, ESQ.
                                       DOUGLAS R. KRAUS, ESQ.
16                                701 CAMP STREET
                                  NEW ORLEANS, LA  70130
17

18

19   FOR BP EXPLORATION &
     PRODUCTION INC.,
20   BP AMERICA PRODUCTION
     COMPANY, BP PLC:             LISKOW & LEWIS
21                                BY:  DON K. HAYCRAFT, ESQ.
                                  ONE SHELL SQUARE
22                                701 POYDRAS STREET
                                  SUITE 5000
23                                NEW ORLEANS, LA  70139

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              COVINGTON & BURLING
                               BY:  ROBERT C. "MIKE" BROCK, ESQ.
 4                              1201 PENNSYLVANIA AVENUE, NW
                               WASHINGTON, DC  20004
 5

 6
                               KIRKLAND & ELLIS
 7                              BY:  J. ANDREW LANGAN, ESQ.
                                    HARIKLIA "CARRIE" KARIS, ESQ.
 8                                   MATTHEW T. REGAN, ESQ.
                               300 N. LASALLE
 9                              CHICAGO, IL  60654

10

11   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
12   OFFSHORE DEEPWATER
     DRILLING INC., AND
13   TRANSOCEAN DEEPWATER
     INC.:                     FRILOT
14                             BY:  KERRY J. MILLER, ESQ.
                               ENERGY CENTRE
15                             1100 POYDRAS STREET, SUITE 3700
                               NEW ORLEANS, LA  70163
16

17                             SUTHERLAND ASBILL & BRENNAN
18                             BY:  STEVEN L. ROBERTS, ESQ.
                                    RACHEL G. CLINGMAN, ESQ.
19                             1001 FANNIN STREET, SUITE 3700
                               HOUSTON, TX  77002
20

21                             MUNGER TOLLES & OLSON
22                             BY:  MICHAEL R. DOYEN, ESQ.
                                    BRAD D. BRIAN, ESQ.
23                                   LUIS LI, ESQ.
                               335 SOUTH GRAND AVENUE, 35TH FLOOR
24                             LOS ANGELES, CA  90071

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              MAHTOOK & LAFLEUR
                               BY:  RICHARD J. HYMEL, ESQ.
 4                             1000 CHASE TOWER
                               600 JEFFERSON STREET
 5                             LAFAYETTE, LA  70502

 6

 7                              HUGHES ARRELL KINCHEN
                               BY:  JOHN KINCHEN, ESQ.
 8                             2211 NORFOLK, SUITE 1110
                               HOUSTON, TX  77098
 9

10

11   FOR CAMERON INTERNATIONAL
     CORPORATION:                STONE PIGMAN WALTHER WITTMANN
12                             BY:   PHILLIP A. WITTMANN, ESQ.
                               546 CARONDELET STREET
13                             NEW ORLEANS, LA 70130

14

15                              BECK REDDEN & SECREST
                               BY:  DAVID J. BECK, ESQ.
16                                 DAVID W. JONES, ESQ.
                                   GEOFFREY GANNAWAY, ESQ.
17                                 ALEX B. ROBERTS, ESQ.
                               ONE HOUSTON CENTER
18                             1221 MCKINNEY STREET, SUITE 4500
                               HOUSTON, TX  77010
19

20
     FOR HALLIBURTON
21   ENERGY SERVICES,
     INC.:                       GODWIN LEWIS
22                             BY:  DONALD E. GODWIN, ESQ.
                                   FLOYD R. HARTLEY, JR., ESQ.
23                                 GAVIN HILL, ESQ.
                               RENAISSANCE TOWER
24                             1201 ELM STREET, SUITE 1700
                               DALLAS, TX  75270.
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              GODWIN LEWIS
                               BY:  JERRY C. VON STERNBERG, ESQ.
 4                              1331 LAMAR, SUITE 1665
                               HOUSTON, TX  77010
 5

 6
     FOR M-I L.L.C.:           MORGAN, LEWIS & BOCKIUS
 7                             BY:  HUGH E. TANNER, ESQ.
                                    DENISE SCOFIELD, ESQ.
 8                                  JOHN C. FUNDERBURK, ESQ.
                               1000 LOUISIANA STREET, SUITE 4000
 9                             HOUSTON, TX  77002

10

11

12   OFFICIAL COURT REPORTER:  KAREN A. IBOS, CRR, RMR, CCR
                               CERTIFIED REALTIME REPORTER
13                             REGISTERED MERIT REPORTER
                               500 POYDRAS STREET, ROOM HB406
14                             NEW ORLEANS, LA  70130
                               (504) 589-7776
15                             Karen_Ibos@laed.uscourts.gov

16
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
17   PRODUCED BY COMPUTER.

18

19

20

21

22

23

24

25
```

1                       I N D E X

2

3   WITNESS:                                    PAGE/LINE:

4

    RONNIE SEPULVADO

5

6     Continued Direct Examination by Ms. Karis    2009/22

7     Cross-Examination by Mr. Roberts             2027/3

8     Cross-Examination by Mr. Godwin              2029/5

9     Cross-Examination by Mr. Gannaway            2051/1

10    Redirect Examination by Mr. Williams         2056/6

11

12  RICHARD HEENAN

13

14    Voir Dire Examination by Mr. Underhill       2058/22

15    Direct Examination by Mr. Underhill          2065/12

16    Cross-Examination by Mr. Doyen               2105/17

17    Cross-Examination by Mr. Hartley             2136/23

18

19

20

21

22

23

24

25

2007

```
 1
 2                    P-R-O-C-E-E-D-I-N-G-S
 3                  WEDNESDAY, MARCH 6, 2013
 4               M O R N I N G   S E S S I O N
 5
08:00:07  6        (OPEN COURT.)
08:00:07  7             THE COURT:  Good morning, everyone.  Be seated.
08:01:22  8             Before we begin, I've been asked to make a little
08:01:26  9   announcement.  Any time we're on recess or even otherwise, the
08:01:32 10   court security officers have asked that you all please not
08:01:36 11   congregate right outside of our courtroom door.  Sometimes we can
08:01:41 12   hear it in here, but beyond that, even if we're in recess.  In
08:01:46 13   Judge Milazzo's courtroom across the hall, I think there is jury
08:01:50 14   trial going on.  Judge Morgan is using her courtroom this week, so
08:01:54 15   we may disturb them.
08:01:56 16             So if you can move down the hall -- actually, this is the
08:02:00 17   best way to go because there is a big empty space down there where
08:02:04 18   you can carry on your phone conversations or whatever else you're
08:02:08 19   doing down there.
08:02:08 20             I think we have some exhibits to introduce.
08:02:11 21             MR. BROCK:  On the administrative side was going to hand
08:02:15 22   up the documents that were used in the deposition of Mr. Ezell, and
08:02:19 23   I circulated these to the parties.
08:02:21 24             THE COURT:  All right.  So these are BP's exhibits used
08:02:25 25   in conjunction with the examination of Mr. Ezell.  Any objection to
```

OFFICIAL TRANSCRIPT

08:02:29  1   those?  Without objection, those are admitted.

08:02:35  2         MR. BECK:  Your Honor, David Beck for Cameron.  We have

08:02:38  3   four exhibits we would like to offer into evidence.  We submitted

08:02:41  4   those to counsel last night, and we are not aware of any

08:02:44  5   objections.

08:02:44  6         THE COURT:  All right.  Any objection to Cameron's

08:02:47  7   exhibits?  This is in conjunction with Mr. Ezell again?

08:02:49  8         MR. BECK:  That is, correct.

08:02:50  9         THE COURT:  Those are admitted without objection.

08:02:52 10         MR. GODWIN:  Good morning, your Honor.  Don Godwin for

08:02:55 11   Halliburton, and we have six exhibits that were used during

08:02:57 12   Mr. Ezell's examination, circulated them last night, and not aware

08:03:02 13   of any objections.

08:03:03 14         THE COURT:  Any objection to Halliburton's exhibits?

08:03:06 15   Without objection, those are admitted.

08:03:08 16         MR. STERBCOW:  Paul Sterbcow for the PSC.  Likewise, we

08:03:12 17   circulated a list of exhibits used in Mr. Ezell's cross-examination

08:03:15 18   yesterday.  We received no objection, so we will provide the list

08:03:17 19   and offer those exhibits into evidence.

08:03:19 20         THE COURT:  Any objections to the PSC's Ezell related

08:03:22 21   exhibits?  All right.  Those are admitted.

08:03:24 22         MR. STERBCOW:  And in addition, we made a correction to

08:03:27 23   the Mike Williams transcript, so we are re-offering the corrected

08:03:29 24   transcript, no one's objected to that, along with a thumb drive

08:03:34 25   with the video.

08:03:35  1          THE COURT:  Mr. Robinson was correct.

08:03:38  2          MR. STERBCOW:  Mr. Robinson was correct.  I hate to admit

08:03:42  3   that.

08:03:42  4          MR. BRIAN:  Don't give him all of the credit.

08:03:45  5          MS. CLINGMAN:  He still can't hear.

08:03:47  6          THE COURT:  But he can read.

08:03:51  7          MS. CLINGMAN:  Rachel Clingman for Transocean.  We also

08:03:55  8   move to admit the exhibits we used during Randy Ezell's deposition

08:03:58  9   for the trial.  Exhibits and demonstrative have been circulated and

08:04:02 10   believe there are no objections.

08:04:03 11          THE COURT:  All right.  Without objection, those are

08:04:06 12   admitted.

08:04:07 13          All right.  Any other preliminary matters?  Let's see.

08:04:12 14   Where were we?  I guess you're still up, Ms. Karis, right?

08:04:17 15          MS. KARIS:  Yes.

08:04:18 16          THE COURT:  We're still in BP's direct examination of

08:04:22 17   Mr. Sepulvado.

08:04:24 18          MS. KARIS:  May I approach, your Honor?

08:04:26 19          THE COURT:  Yes.

08:04:27 20          MS. KARIS:  Thank you.

08:04:30 21                  CONTINUED DIRECT EXAMINATION

08:04:32 22   BY MS. KARIS:

08:04:46 23   Q.  Good morning, Mr. Sepulvado.  Good morning, Mr. Sepulvado.

08:05:02 24   A.  Good morning.

08:05:02 25   Q.  I want to follow-up on a topic we left off on yesterday very

2010

08:05:08  1   briefly.  We were talking about rig audits and the audit that had

08:05:11  2   been conducted in September of 2009.  And we looked at a couple of

08:05:15  3   the items noted there, but there was one we didn't look at.

08:05:18  4         MS. KARIS:  If we can pull up 47361.1.1, please.

08:05:18  5   BY MS. KARIS:

08:05:18  6   BY MR. BECK:

08:05:26  7   Q.  And orient ourselves.  This is the spreadsheet of the progress

08:05:30  8   that was being made in conjunction with closing out some of the

08:05:34  9   audit elements.  And is this data for the spreadsheet, for the

08:05:37 10   record, March 17th of 2010?

08:05:39 11   A.  Yes.

08:05:44 12   Q.  Under observation 1.2.1, there is a statement there that:  "The

08:05:52 13   test, middle and upper pipe ram BOP bonnets are original.  They

08:05:57 14   have not been subject to OEM inspection and recertification in

08:06:01 15   accordance with API and OEM requirements.  Transocean propose a

08:06:07 16   change out plan commencing in 2010 for completion in 2011."  Do you

08:06:13 17   recall there being an audit finding in conjunction with the pipe

08:06:17 18   ram bonnets of the BOP?

08:06:20 19   A.  Yes, ma'am, I do.

08:06:21 20   Q.  Tell us what your understanding was in connection with that

08:06:24 21   finding?

08:06:24 22   A.  The OIM and the lead subsea engineer, they came in my office

08:06:35 23   and told me they had discussed this with their subsea team in town,

08:06:41 24   and they said it was okay to use them as long as they miked them

08:06:48 25   after each well when the BOP stacks are back up on the surface and

OFFICIAL TRANSCRIPT

2011

08:06:52  1    as long as those mics were in -- specs were in tolerance it would

08:06:57  2    be okay to use, and they were planning on changing them out in

08:07:01  3    April of 2011.

08:07:04  4    Q.  And next to observations is recommendation.  Does that indicate

08:07:10  5    what was recommended in connection with the pipe ram bonnets; that

08:07:16  6    is:  "Expedite overhaul of the test, middle and upper pipe ram

08:07:20  7    bonnets which are original and have significantly surpassed the

08:07:24  8    recommended recertification period.  Otherwise, expedite

08:07:27  9    replacement."  And it references Drilling and Well Operations

08:07:29 10    Practice.  Do you see that?

08:07:31 11    A.  Yes, ma'am.

08:07:31 12    Q.  And if we can go further to the right on the spreadsheet where

08:07:35 13    it says, "asset acceptance or change."  There is a notation in the

08:07:42 14    spreadsheet "Challenge".  Tell us what it means to have a challenge

08:07:45 15    to a finding of an audit that's noted on the spreadsheet?

08:07:49 16    A.  That means they disagree with the audit.

08:07:53 17    Q.  "They" being whom?

08:07:54 18    A.  Whoever makes the challenge; subsurface guy, or subsea

08:08:00 19    engineer, OIM, or somebody with Transocean.

08:08:04 20    Q.  Okay.  That's what I was trying to understand.  Would that be

08:08:08 21    Transocean is challenging BP's finding in connection with that

08:08:11 22    audit item?

08:08:12 23    A.  That's correct.

08:08:13 24    Q.  And it says there "Challenge Overhauled on conditional basis.

08:08:20 25    Subsea engineer will get clarification of company standard.  All

08:08:24  1    pipe ram bonnets are tested on rig moves in 3K psi.  Test middle

08:08:30  2    and upper rams will be changed out during 2011 SPS."  Is that

08:08:36  3    consistent with your understanding as to what Transocean proposed

08:08:40  4    in response to the audit finding by BP regarding the pipe ram

08:08:45  5    bonnets?

08:08:46  6    A.  Yes, ma'am.

08:08:47  7    Q.  And was the rig continuing to operate at this time?

08:08:52  8    A.  Yes, it was.

08:08:53  9    Q.  Did you have any concerns as to the safety of the rig in light

08:08:57  10   of this finding?

08:08:58  11   A.  No, I didn't.

08:08:59  12   Q.  Why not?

08:08:59  13   A.  Because I had -- I don't know anything about BOPs.  I'm not an

08:09:05  14   expert at working on BOPs.  I understand how they function, but as

08:09:11  15   far as the inspection as Transocean equipment, as long as the OIM

08:09:17  16   and the subsea engineer came to me and told me they were okay to

08:09:21  17   use, I had to respect that.

08:09:24  18   Q.  Change topics.  We've heard some testimony in this case about

08:09:31  19   drilling margins.  Were you personally involved in the 13 5/8-inch

08:09:38  20   leak off test that took place on the *Deepwater Horizon* in March of

08:09:42  21   2010?

08:09:42  22   A.  Yes, ma'am.

08:09:44  23            MS. KARIS:  And if we can pull up 41105.

08:09:44  24   BY MS. KARIS:

08:09:55  25   Q.  Is this the daily operations report that was prepared on the

2013

08:09:59  1   rig in connection with that leak off test?

08:10:02  2   A.  Yes, ma'am.

08:10:04  3   Q.  How many leak off tests had you been involved in during the

08:10:11  4   course of your career?  Ball park.

08:10:15  5   A.  I can't give you a number, but I've been working as a well site

08:10:21  6   leader for 33 years in the Gulf of Mexico, so, you know, I've been

08:10:27  7   involved in a lot of them.

08:10:29  8   Q.  Fair to say you're involved in at least several leak off tests

08:10:35  9   per well that you have been involved in drilling?

08:10:38  10  A.  Yes, ma'am.

08:10:38  11  Q.  And that's over the course of 33 years.  Can you describe for

08:10:42  12  us how leak off tests are conducted based on your 33 years of

08:10:48  13  experience?

08:10:48  14  A.  We drill out each casings.  We clean out what we call the

08:10:56  15  rathole because we make a little extra hole to make sure the casing

08:11:00  16  you get is on the bottom.  Especially deep water because you hang

08:11:04  17  the pipe off in the wellhead, subsea wellhead, so you drill a

08:11:07  18  little more hole to make sure that the shoe don't tag bottom before

08:11:13  19  you land the hanger in the wellhead.  You clean out that rathole,

08:11:17  20  then you drill ten-foot of new formation, circulate bottoms up,

08:11:22  21  pull the bit back up into the casing, close ram or annular on the

08:11:28  22  BOP stack; so in other words, you close the well in, and you pump

08:11:32  23  mud into the well until you pressure up.

08:11:36  24       And you pump it at a control rate a half a barrel a

08:11:40  25  minute.  You record those pressures every half barrel.  And

08:11:45  1   whenever you see the line starting to break over, in other words,

08:11:49  2   when you get to a step where the pressure don't come up like it had

08:11:52  3   been coming up each half barrel, then we call that the leak off.

08:11:56  4   Q.  Okay.

08:11:58  5           MS. KARIS:  If we can pull up 4533, please.  Couple of

08:12:23  6   pages back until we get the pressure curve.

08:12:23  7   MS. KARIS:

08:12:28  8   Q.  Do you prepare a report in connection with each of the leak-off

08:12:30  9   tests that are conducted?

08:12:32 10   A.  While we're doing the leak-off test, we usually have a tally

08:12:36 11   book where we record all of the information on and then we bring it

08:12:40 12   into the office and put it into BP's leak-off graph.

08:12:45 13   Q.  And if we can go to page 26 of this document.  Is this the

08:12:52 14   leak-off test or the graph that was prepared in connection with the

08:12:56 15   13 5/8-inch shoe test?

08:12:59 16   A.  Yes, ma'am.

08:13:01 17   Q.  Can you tell us what you recall about conducting this test?

08:13:06 18   A.  They send a well plan out there, they usually have fracture

08:13:15 19   gradients on it.  And what we found that was abnormal about this

08:13:18 20   leak-off test is it was extremely high.  But I was on the rig floor

08:13:24 21   and we drilled out of the shoe where we cleaned this rathole out.

08:13:29 22   We drilled ten foot of a new hole, and whenever we circulated

08:13:32 23   bottoms up before we do the leak-off we saw shale cuttings coming

08:13:36 24   over the shaker, so we knew we drilled ten foot of new hole.

08:13:40 25           And it is an extremely high leak-off for this -- for this

08:13:44  1   depth, but when we got to talking to the engineers about it, they

08:13:50  2   told me that they had found some other information that some wells

08:13:54  3   that wasn't very far off from this well that also had extremely

08:13:59  4   high leak-off for some reason or other.  Why?  I don't know.

08:14:04  5   Q.  And did you discuss this test with members of Transocean's

08:14:08  6   crew?

08:14:08  7   A.  Yes.

08:14:09  8   Q.  Who did you discuss it with?

08:14:10  9   A.  It was discussed with the toolpushers, the drillers, the OIM,

08:14:17 10   the geologist for BP that was on the rig, also John Guide the team

08:14:23 11   leader, and the engineers in town before we drilled ahead.

08:14:26 12   Q.  And of all of those folks that you just mentioned, did anybody

08:14:31 13   ever indicate to you that they thought this was not a valid test?

08:14:35 14   A.  No, they didn't.

08:14:36 15   Q.  And based on your experience of conducting over -- for over

08:14:42 16   30 years conducting leak-off tests, did you believe this was a

08:14:45 17   valid test?

08:14:47 18            MR. UNDERHILL:  Your Honor, I have no objection if he is

08:14:49 19   testifying within his competency as a well site leader, which I am

08:14:53 20   happy to stipulate to.  But to the extent it calls for an opinion

08:14:57 21   of a geophysicist or geologist or whatever the heck --

08:15:01 22            THE COURT:  I think it's obvious he is testifying within

08:15:03 23   his capability as a well site leader, correct?

08:15:07 24            THE WITNESS:  Yes, sir.

08:15:08 25            THE COURT:  Okay.  Do you want to reask the question?

08:15:11  1            MS. KARIS:  Certainly.  Thank you.

08:15:12  2   BY MS. KARIS:

08:15:13  3   Q.  Based on your 30 years of experience conducting leak-off tests,

08:15:17  4   did you believe the 13 5/8-inch shoe test was, in fact, a valid

08:15:21  5   test?

08:15:22  6   A.  Yes, ma'am, I did.

08:15:22  7   Q.  Can you explain to the Court why?

08:15:25  8   A.  Because if you look at the last two points, you can see where

08:15:30  9   the graph gets flat.

08:15:34 10   Q.  Let me stop you there.  If you wouldn't mind using your finger

08:15:38 11   or I'm happy to give you a pointer to indicate to the Court where

08:15:44 12   you're referring to when you say, "the last two points"?

08:15:48 13   A.  (INDICATING.)  There you go.  The last two points on the graph.

08:15:53 14   See how they consistently come up, each half barrel?  And then each

08:15:58 15   one of those points is a half barrel of fluid pumped into the hole.

08:16:01 16   And when you get up to that second-to-last point, it comes up and

08:16:05 17   then it goes over straight to the right.  That shows that the --

08:16:11 18   that we broke the formation out.

08:16:12 19   Q.  And of what relevance is it that it shows you broke the

08:16:17 20   formation out after two consecutive points of pumping in half a

08:16:21 21   barrel of mud each time?

08:16:22 22   A.  Well, the last point should have went straight up like the rest

08:16:26 23   of them.  It's, like, it's a linear equation and linear graph, so

08:16:32 24   it's a -- and you can see how all of the rest of the points went up

08:16:35 25   about the same amount of pressure each half barrel, but when you

2017

08:16:38   1   got to that one, the pressure didn't go up.  When you pumped the

08:16:42   2   last half barrel.

08:16:45   3   Q.  And the fact that the pressure didn't go up indicated what to

08:16:48   4   you?

08:16:48   5   A.  It indicated that we broke the formation down.

08:16:51   6   Q.  Now, we're finished with 13 5/8-inch.

08:17:01   7           THE COURT:  Meaning that at that amount of pressure, the

08:17:03   8   rock formation had begun to fracture?

08:17:06   9           THE WITNESS:  Yes, sir.

08:17:07  10           THE COURT:  Okay.

08:17:10  11   BY MS. KARIS:

08:17:11  12   Q.  Now, once you have fracturing of the formation, what action is

08:17:15  13   taken after a leak-off test?

08:17:17  14   A.  Once we did it, broke down, we shut the -- we quit pumping

08:17:23  15   fluid in.  Leave the well shut-in.  And you can see the brown line.

08:17:28  16   That's when the well -- that's the initial shut-in pressure, the

08:17:31  17   first dot of the brown line, and then it gradually bleeds down.

08:17:35  18   And we record it every minute for ten minutes, and each one of the

08:17:39  19   little round dots on the brown line is every ten minutes.  That's

08:17:44  20   what the pressure was every ten minutes or every minute for ten

08:17:48  21   minutes.

08:17:49  22   Q.  We're finished with that particular test.

08:17:56  23           We've heard some testimony regarding losses while you

08:18:00  24   were conducting the drilling operations.  And to orient us, can you

08:18:05  25   tell us what it means to incur loss while you're drilling?

08:18:08   1   A.   Some reason or other you break the formation down - there could

08:18:13   2   be faults, an actual fractures, weaker sands, and it can be

08:18:20   3   mechanically induced if you got shale or something packed off the

08:18:26   4   annulus of the well and you have no flow, your pressure keeps

08:18:32   5   building up and you're still pumping, and you can break the

08:18:34   6   formation down mechanically.

08:18:36   7   Q.   And in your experience in working in the Gulf of Mexico, are

08:18:40   8   losses uncommon in deep water drilling?

08:18:43   9   A.   Very common.

08:18:45  10   Q.   Now, once you have -- strike that.

08:18:49  11              Once you incur loss, what are your options before you can

08:18:53  12   proceed drilling?

08:18:54  13   A.   When you circulate the fluid in a hole you add essentially more

08:19:00  14   pressure to the formation because it's taking force to move the

08:19:03  15   fluid, so you can slow the pumps down to slow your -- what we call

08:19:08  16   ECD's, reduce the ECD's.   Sometimes that'll work.   If that doesn't

08:19:14  17   work you may, if you can, you cut your mud weight.   If you can't

08:19:18  18   cut your mud weight or the mud weight cut doesn't work, then you

08:19:23  19   got LCM materials that we pump.

08:19:26  20   Q.   So there are three different options then for how to proceed:

08:19:30  21   Decreasing your ECD, lowering your mud weight, or pumping an LCM

08:19:35  22   pill?

08:19:35  23   A.   Yes, ma'am.   That's all kind of versions of LCM pills.

08:19:40  24   Q.   What does the LCM pill do in connection with losses?

08:19:44  25   A.   Try to get it to heal the hole up to where we can drill ahead.

2019

08:19:48  1   Q.  I'm sorry.  To heal the hole up you said?

08:19:50  2   A.  To heal the hole so we can drill ahead.

08:19:53  3   Q.  What do you mean by "heal the hole"?

08:19:54  4   A.  That means to -- so it won't take anymore fluid.  Get it to

08:19:59  5   quit taking fluid so we can drill ahead.

08:20:01  6   Q.  And are there times when even using an LCM pill or trying to

08:20:06  7   slow the pumps to reduce the ECD that you can't stop the losses?

08:20:09  8   A.  Yes, ma'am, sometimes you can't.

08:20:11  9   Q.  And if that occurs, then what do you do?

08:20:13  10   A.  Set casing.

08:20:14  11   Q.  Is setting casing any time you incur the loss the first option

08:20:19  12   that you go to?

08:20:20  13   A.  No, ma'am.

08:20:20  14   Q.  Why not?

08:20:21  15   A.  It's usually the last option.

08:20:23  16   Q.  In your experience, tell us why that's the case?

08:20:27  17   A.  Because some of these wells you may drill a couple hundred feet

08:20:31  18   and lose return, and if you keep drilling a couple hundred feet and

08:20:35  19   set pipe every couple of hundred feet, you know, pretty soon you

08:20:39  20   run out of hole size.  You can't drill anymore.  It would be the

08:20:42  21   end of the well.

08:20:43  22   Q.  And based on your experience in the industry, are you aware of

08:20:45  23   anybody in the industry that sets casing any time they incur loss?

08:20:50  24   A.  No, ma'am.  You usually try to heal the hole with LCM material

08:20:56  25   first.

2020

08:20:56  1    Q.  Now, prior to April 20th, 2010, had you ever spoken with MMS

08:21:08  2    inspectors about loss events?

08:21:10  3    A.  If they come out on the rig and we're having loss events, I do.

08:21:13  4    Q.  And has it -- first of all, how often do MMS inspectors come

08:21:18  5    out to the rig?

08:21:21  6    A.  Sometimes it may be once a month, sometimes it may be twice a

08:21:26  7    month, and I may not catch them sometimes.  If I'm working nights,

08:21:32  8    I wouldn't see them, or if I am off, I wouldn't see them.

08:21:35  9    Q.  And when the inspector -- MMS's inspectors, that is, Mineral

08:21:40  10   Management Services, the regulatory agency for the government prior

08:21:44  11   to this incident, when they come out to the rig, do they look at

08:21:47  12   the leak-off tests that have been conducted?

08:21:50  13   A.  Yes, ma'am.

08:21:50  14   Q.  And in your experience at Macondo, had that, in fact, happened?

08:21:56  15   MMS's inspectors had come out and looked at the leak-off tests that

08:22:02  16   had been conducted on the Macondo well?

08:22:03  17   A.  I'm sure they came out, but I can't remember if I was out there

08:22:08  18   when they came out.  But we keep these leak-off tests, BOP tests,

08:22:15  19   and any other test that we do out there on casing in a folder, and

08:22:20  20   we give it to them when they come out.

08:22:22  21   Q.  At any time in your career, including while you were on the

08:22:25  22   Macondo, did anybody from the MMS ever tell you that you have to

08:22:30  23   drop your mud weight by half a pound per gallon before you can

08:22:35  24   drill ahead if you've had a loss?

08:22:37  25   A.  No, they didn't.

2021

08:22:38  1    Q.  And in your interaction with other folks in the industry, are
08:22:42  2    you aware of anyone in the industry that drops their mud weight by
08:22:46  3    half a pound per gallon before they drill ahead if they've incurred
08:22:50  4    a loss?
08:22:51  5    A.  No.
08:22:51  6    Q.  Based on your experience, again 30-plus years of experience,
08:22:56  7    what is the first thing that typically occurs if you've incurred a
08:23:02  8    loss before you drill ahead?
08:23:03  9    A.  We try to reduce the ECD by slowing the pumps down.  If that
08:23:08 10    don't work, cut the mud weight.  If that don't work, we start with
08:23:12 11    the LCM pills, and we get more aggressive with the LCM pills
08:23:16 12    depending on, you know, if we can get one to work.
08:23:18 13    Q.  Related topic, but slightly different.  Have you heard of a
08:23:23 14    concept of a safe drilling margin?
08:23:25 15    A.  Yes, ma'am.
08:23:26 16    Q.  And have you ever heard anyone from the MMS or anyone -- let's
08:23:32 17    start with the MMS.  Have you ever heard anybody from the MMS tell
08:23:35 18    you that you need to use a loss zone when determining your safe
08:23:39 19    drilling margin?
08:23:40 20    A.  No.  The only thing I recall about the MMS was you had to stay
08:23:44 21    within a half a pound of your leak-off test, and you can get
08:23:50 22    exemptions from that to 3/10 of the leak-off test in some of the
08:23:58 23    deepwater wells because fracture gradients and the pour pressures
08:24:01 24    are so close together.
08:24:02 25    Q.  You were on the rig April 16th, is that correct?

OFFICIAL TRANSCRIPT

2022

08:24:09   1   A.  That's correct.

08:24:09   2   Q.  Do you recall when the drilling for this well ended?

08:24:13   3   A.  Somewhere around April 8th or 9th.

08:24:20   4   Q.  And you left on the 16th, we've established.  Do you recall

08:24:23   5   there ever being any losses after they stopped drilling on

08:24:27   6   April 9th through April 16th -- yeah, through April 16th?

08:24:32   7   A.  No, ma'am, I think we circulated bottoms up, but we didn't have

08:24:37   8   any losses -- didn't have any losses coming out of the hole.  We

08:24:43   9   logged for seven or eight days and watched the trip tank the whole

08:24:51   10   time we were logging.

08:24:53   11           MR. BROCK:  Your Honor, can I approach with a little

08:24:55   12   water?

08:24:56   13           MR. KARIS:  There is a bottle there.

08:25:07   14   A.  We logged for eight or nine days with wireline, kept the hole

08:25:12   15   full by monitoring the trip tank, didn't see any losses.  After we

08:25:17   16   got finished logging, went back in the hole, made a conditioning

08:25:20   17   trip, circulated out, and didn't incur any losses.

08:25:20   18   BY MR. BROCK:

08:25:26   19   Q.  And were you monitoring for losses that entire time, "you"

08:25:29   20   being Transocean's crew?

08:25:30   21   A.  Yes, ma'am.

08:25:30   22   Q.  Different subject.  There's been some assertions in this case

08:25:37   23   regarding whether there were cost pressures in connection with the

08:25:41   24   Macondo well, and I want to ask you, given that you were on the

08:25:44   25   *Deepwater Horizon* -- first of all, were you aware of whether the

08:25:50  1    rig kept track of overall costs for the well?  And by the rig, I

08:25:55  2    should say you kept track of costs, overall costs?

08:25:59  3    A.  Yes, ma'am, we reported costs every day on our daily drilling

08:26:05  4    report.

08:26:05  5    Q.  And did you also keep track of what your scheduling was in

08:26:08  6    connection with the well that you were drilling?

08:26:10  7    A.  Day versus depth?

08:26:13  8    Q.  Yes.

08:26:14  9    A.  Yes, ma'am, we did keep up with that.

08:26:16  10   Q.  Now, was Macondo on schedule, based on whatever the initial

08:26:21  11   plan was, as of the time that you left the rig on April 16th?

08:26:24  12   A.  No, ma'am, it was not.

08:26:25  13   Q.  And do you know why Macondo was behind its original schedule?

08:26:30  14   A.  Well, they had another rig on the well, and a storm came

08:26:37  15   through and messed up some of the electrical equipment on it, had

08:26:41  16   to take that rig off.  Then they moved the *Horizon* on the well.

08:26:46  17   And we had several lost circulation events during drilling the

08:26:51  18   well, I think we took a kick during drilling the well.  So, you

08:26:55  19   know, we were behind.

08:26:56  20   Q.  Were you troubled by the fact that the rig was behind schedule?

08:27:00  21   A.  No, ma'am.

08:27:01  22   Q.  Why not?

08:27:01  23   A.  I am out there to do a job, and I don't believe in pushing

08:27:09  24   people to keep schedules.  I mean, I'm just not going to do it,

08:27:16  25   especially if safety is involved in it.

2024

08:27:18  1   Q.  Did you ever ask anyone to hurry to finish up this well because

08:27:21  2   you needed to get somewhere else?

08:27:23  3   A.  No, ma'am.

08:27:24  4   Q.  And at any time, did you ever ask anyone to cut any corners to

08:27:28  5   save time or money?

08:27:29  6   A.  No, ma'am.

08:27:29  7   Q.  Now, were you aware that the rig was scheduled to go -- let me

08:27:36  8   ask it differently.

08:27:37  9        Were you aware of where the schedule was for this rig to

08:27:41 10   go?  That was poorly phrased.

08:27:44 11   A.  I knew we were going to go to the Nile well next and then to

08:27:48 12   Kaskida.  And -- and we were actually doing some things on the rig

08:27:53 13   to plan for the Nile well, because you have to plan a week or two

08:27:56 14   in advance before you move the rig.  But I didn't have -- as far as

08:28:03 15   when these dates ran out, as far as what they had to do on the

08:28:07 16   wells, I wasn't familiar with that.

08:28:08 17   Q.  And so did you know what the lease term was at the Kaskida

08:28:16 18   well?

08:28:16 19   A.  No, ma'am.

08:28:17 20   Q.  Did -- whatever the lease term was, did it have any impact on

08:28:21 21   how you conducted the operations that you were involved in on the

08:28:25 22   *Deepwater Horizon* as BP's well site leader or company man?

08:28:27 23   A.  No, ma'am.

08:28:28 24   Q.  Did Mr. Guide at any time ask you to change how you were

08:28:34 25   conducting your operations because of whatever lease existed or

OFFICIAL TRANSCRIPT

2025

08:28:38  1    didn't exist at Kaskida?

08:28:40  2    A.  No, he didn't.

08:28:41  3    Q.  Did anybody in BP's management ever ask you to change how you

08:28:44  4    were conducting operations on the *Deepwater Horizon* because of

08:28:48  5    whatever lease may or may not have existed at Kaskida?

08:28:51  6    A.  No, they didn't.

08:28:52  7    Q.  Did anybody from BP at any time -- strike that.

08:29:00  8            Let me ask you this.  Did you ever feel pressure,

08:29:03  9    directly or indirectly, because of costs to sacrifice safety while

08:29:09  10   you were BP's company man on the *Deepwater Horizon*?

08:29:11  11   A.  No, I didn't.

08:29:12  12   Q.  And did you at any time feel that you were sacrificing safety

08:29:20  13   because of costs in connection with drilling the Macondo well?

08:29:23  14   A.  No.

08:29:24  15   Q.  Did you at any time feel that you were sacrificing safety

08:29:27  16   because of costs in connection with any well you ever drilled for

08:29:31  17   BP or were involved with drilling for BP?

08:29:34  18   A.  No.

08:29:34  19   Q.  Now, we've heard the model, as it's been called, "every dollar

08:29:40  20   counts."  Are you familiar with the "every dollar counts"

08:29:44  21   statement?

08:29:45  22   A.  Yes, I am.

08:29:46  23   Q.  What does that mean to you?

08:29:48  24   A.  That means to me that -- make every dollar count, just what it

08:29:55  25   says.  You don't waste money.  To me, it means better planning to

08:30:04  1   try to get equipment in and out in a shorter window instead of

08:30:09  2   leaving expensive equipment sitting around on the rig for long

08:30:13  3   periods of time when you could get it in.

08:30:14  4   Q.  Had the *Deepwater Horizon*, in fact, adopted the every dollar

08:30:18  5   counts quote/unquote culture?

08:30:20  6   A.  Yes, we did.

08:30:20  7   Q.  And tell us how you had adopted that culture.

08:30:24  8   A.  Just by getting equipment out later for jobs and getting it in

08:30:28  9   earlier and not letting it sit on the rig for long periods of time.

08:30:32 10   Q.  Did you ever understand every dollar counts to mean that you

08:30:36 11   should do anything that didn't put safety as your number one

08:30:40 12   priority?

08:30:40 13   A.  No, ma'am.

08:30:41 14   Q.  Did anybody from BP, either Mr. Guide or any member of BP's

08:30:45 15   management, ever tell you that every dollar counts meant that you

08:30:50 16   should sacrifice safety in any way?

08:30:53 17   A.  No.

08:30:57 18           MS. KARIS:  Your Honor, that's all I have at this time.

08:30:59 19           THE COURT:  Okay.  Thank you.

08:31:02 20           All right.  Transocean.  Mr. Roberts.  Mr. Roberts, are

08:31:17 21   you going to be able to stand up and do this?

08:31:20 22           MR. ROBERTS:  That's a good sign, Judge.  It means my

08:31:22 23   exam is going to be extraordinarily short.

08:31:25 24           THE COURT:  I told you you're welcome to do it seated if

08:31:29 25   you need to.

08:31:31  1          MR. ROBERTS:  I appreciate it, your Honor.

08:31:55  2                          CROSS-EXAMINATION

08:31:55  3  BY MR. ROBERTS:

08:31:58  4  Q.  Mr. Sepulvado, you and I met during your deposition.  I just

08:32:01  5  have a very few questions for you today.

08:32:03  6          The drilling drew that you talked about being your team,

08:32:06  7  Randy Ezell, Jimmy Harrell, Dewey Revette, all of those men you had

08:32:11  8  worked with for a number of years; is that correct, sir?

08:32:13  9  A.  Yes, sir, as long as I've been on the rig, seven and a half,

08:32:15 10  almost eight years.

08:32:16 11  Q.  And they were your team?

08:32:18 12  A.  Yes, sir.

08:32:19 13  Q.  And you had done a number of negative pressure tests with your

08:32:23 14  team?

08:32:23 15  A.  Yes, I did.

08:32:24 16  Q.  And with you running a negative pressure test, your team never

08:32:26 17  had a blowout, did it, sir?

08:32:29 18  A.  No, we didn't.  But we worked as a team, you know.  Everybody

08:32:33 19  knew how to do the negative test.  We had drills before the

08:32:38 20  negative test and made sure everybody was where he was supposed to

08:32:42 21  be and told him what to look for.

08:32:43 22  Q.  In your negative test procedure, you tested on this drill pipe?

08:32:47 23  A.  Yes, sir, I did.

08:32:48 24  Q.  You didn't test on the drill pipe and the kill line and do some

08:32:53 25  sort of comparative analysis, did you, sir?

08:32:55  1    A.  No, sir.  But, you know, a negative test can be done in

08:32:59  2    different ways.  I was comfortable with doing it with the drill

08:33:03  3    pipe because, you know, we did it so many times that way.

08:33:06  4    Q.  My last question to you, sir, has to do with the flow of

08:33:10  5    information.  Yesterday you said that you believed that it was

08:33:14  6    important for the well site leader to provide to the drilling crew

08:33:18  7    information that it needed for well control processes.

08:33:21  8    A.  Yes, sir.

08:33:22  9    Q.  Similarly, it is important for the BP engineers onshore to

08:33:27  10   provide to you that sort of information so you can provide it to

08:33:31  11   the drilling crew?

08:33:32  12   A.  Yes, sir.  It depends -- depends on what it is.  You know, if

08:33:38  13   the engineer is questioning something we did, you know, he's not on

08:33:45  14   the rig, so if me and the rig crew has been through those

08:33:52  15   scenarios, then, you know, I may not pass it on down to the rig

08:33:56  16   crew if we've already talked about it and come to a resolution.

08:33:59  17   Q.  But you would always pass down information that's vital as

08:34:04  18   regards well control?

08:34:05  19   A.  Yes, I would pass the information down.

08:34:08  20          MR. ROBERTS:  Thank you very much, Mr. Sepulvado.

08:34:11  21          THE COURT:  All right.  Let's see.  Where are we?

08:34:15  22   Halliburton.

08:34:16  23          MR. GODWIN:  Yes, your Honor.

08:34:24  24          THE COURT:  I think Mr. Roberts is going to get the gold

08:34:28  25   medal for the day for best cross-exam in terms of time.

08:34:32  1          MR. ROBERTS:  Sort of an abusive process, Judge.

08:34:34  2          MS. KARIS:  Maybe we should all injure our knees so we

08:34:37  3  can't stand.

08:34:47  4                    CROSS-EXAMINATION

08:34:47  5  BY MR. GODWIN:

08:35:02  6  Q.  Good morning, Mr. Sepulvado, how are you, sir?

08:35:05  7  A.  Good morning.

08:35:05  8  Q.  I am Don Godwin and I represent Halliburton, and I am going to

08:35:09  9  have just a few questions for you here this morning.  I am hoping

08:35:12 10  to keep it to about 15 minutes, so bear with me.  If I do ask you a

08:35:17 11  question you don't understand, please ask me to repeat it or

08:35:19 12  clarify it, okay, sir, because I want to be brief.

08:35:21 13  A.  Okay.

08:35:22 14  Q.  You were talking to Ms. Karis about one or more kicks that

08:35:27 15  occurred on the Macondo well.  Your last hitch on the Macondo well

08:35:32 16  ended on April 16?

08:35:34 17  A.  True.

08:35:34 18  Q.  And during the time that you were there on the Macondo well,

08:35:37 19  Mr. Sepulvado, how many kicks did the well experience, total

08:35:42 20  number, as best you can recall?

08:35:44 21  A.  As best I recall, one.

08:35:46 22  Q.  And that was the March 8th kick?

08:35:49 23  A.  Yes, sir.

08:35:49 24  Q.  And how many days was the rig activity there delayed while

08:35:55 25  trying to take care of that kick on March 8th?

08:35:59   1   A.  I don't remember.

08:36:01   2   Q.  Several days?

08:36:03   3   A.  Four or five days maybe.

08:36:06   4   Q.  Okay, sir.  And last question on that subject is, over the time

08:36:10   5   that you were there working as well site leader on the Macondo

08:36:13   6   well, were there -- you talked about losses of mud in the

08:36:19   7   formation.  Do you have an estimate of how many barrels of mud were

08:36:22   8   lost in the formation during the entire time you were there on the

08:36:26   9   Macondo well as the well site leader?

08:36:28  10   A.  I can't give you an exact number.  It was a thousand, couple of

08:36:32  11   thousand.

08:36:32  12   Q.  It was in the thousands, wasn't it?

08:36:34  13   A.  Yes.  Yes, it was.

08:36:35  14   Q.  Okay.  Thank you.  Mr. Sepulvado, when you left the rig on

08:36:42  15   April 16, there were Halliburton employees there, were there not?

08:36:45  16   A.  Yes, there was.

08:36:46  17   Q.  And during the time that you were there on the -- and how long

08:36:50  18   was your last hitch there, sir?

08:36:52  19   A.  Eight or nine days, out of, should have been a 14-day hitch.

08:36:57  20   Q.  I understand you to say you were leaving early to go back to a

08:37:00  21   class?

08:37:00  22   A.  To well control school.

08:37:01  23   Q.  Okay.  Thank you.  And when you left the rig there on April 16,

08:37:05  24   was Mr. Vince Tabler there?

08:37:07  25   A.  Yes, he was.

08:37:08  1   Q.  And did you understand him to be a cementer with Halliburton?

08:37:11  2   A.  Yes, sir.

08:37:13  3   Q.  And as a well site leader there on the rig, at any time when

08:37:18  4   you were there, did you have occasion to observe the work of Vince

08:37:25  5   Tabler?

08:37:25  6   A.  I did several jobs with Vince.

08:37:28  7   Q.  Have you worked with Vince for a number of years?

08:37:30  8   A.  I don't know how long he had been out there, but, you know, I

08:37:33  9   had worked with him since he's been on the rig.

08:37:35 10   Q.  Okay.  And as the well site leader for BP, and when you worked

08:37:39 11   there particularly on the last hitch, and with regard to your

08:37:44 12   observation of Vince, did you at any time ever see him do anything

08:37:47 13   that you thought was intended to put the well at risk?

08:37:51 14   A.  No, I didn't.

08:37:52 15   Q.  Or any of the employees there working on the rig, did you ever

08:37:55 16   see him do anything that you thought was inappropriate or dangerous

08:37:59 17   in any manner whatsoever?

08:38:00 18   A.  No, I didn't.

08:38:00 19   Q.  Did you conclude from your working around Vince that he seemed,

08:38:07 20   as a cementer, to know what he was doing on behalf of Halliburton

08:38:10 21   and BP?

08:38:11 22   A.  Yes, sir.

08:38:11 23   Q.  And Mr. Paul Anderson, was he there on the rig when you left on

08:38:16 24   April 16?

08:38:17 25   A.  I don't recall his name.

08:38:18  1    Q.  And how about Mr. Joe Keith, was he there on the rig when you

08:38:24  2    left on April 16?

08:38:25  3    A.  Mudlogger?

08:38:26  4    Q.  Yes, sir.

08:38:27  5    A.  I think he was.

08:38:30  6    Q.  Little, short, thin guy?

08:38:32  7    A.  Yes, sir.  I didn't work with Joseph.  He was -- he worked

08:38:37  8    exactly opposite of me.  He was on the rig at the same time, but he

08:38:40  9    worked for another well site leader.

08:38:43  10   Q.  Okay.  And who was that?

08:38:44  11   A.  Teddy Reed(PHONETIC).  He worked for Teddy Reed a long time

08:38:48  12   before Teddy retired.  And at the present time, I think he was

08:38:51  13   working with Earl Lee.

08:38:53  14   Q.  Was there any time when you worked on the Macondo that you did

08:38:57  15   have occasion to work and observe the work by Joe Keith?

08:39:02  16   A.  He seemed like a competent mudlogger.

08:39:05  17   Q.  Did you at any time ever observe Joe Keith, acting as a

08:39:09  18   mudlogger for Halliburton, Sperry, did you ever observe him do

08:39:13  19   anything that you thought called into question his ability to do

08:39:16  20   his job?

08:39:16  21   A.  No, I didn't.

08:39:17  22   Q.  And do it effectively for Halliburton on behalf of BP?

08:39:20  23   A.  No, I didn't.

08:39:20  24   Q.  And Cathleenia Willis, do you know that lady?

08:39:26  25   A.  Yes, ma'am -- yes, sir.

08:39:27 1   Q.  I understand.  I understand.  And did you have occasion during

08:39:31 2   the time that you were a well site leader for BP to work with

08:39:34 3   Cathleenia Willis?

08:39:37 4   A.  I didn't work with Cathleenia either.  She was not a mudlogger.

08:39:47 5   Q.  So when you left the rig on April 16, do you recall the name

08:39:55 6   or -- the name or names of any other Halliburton employees who were

08:40:00 7   there on the rig at the time that you left?  We've talked about

08:40:05 8   Vince Tabler.  You don't recall Paul Anderson being there.  And we

08:40:08 9   talked about Joe Keith and Cathleenia Willis.  Do you recall the

08:40:12 10  name of any others who were there on the rig for Halliburton?

08:40:15 11  A.  I think that was it.  All the MWD and directional guys had been

08:40:20 12  sent in.

08:40:21 13  Q.  Let me ask you this.  At any time in working with Halliburton

08:40:28 14  over the last, say, tour you were there, the last hitch or the

08:40:33 15  hitch before that even, did you have occasion to call into question

08:40:39 16  any of the work that you saw any Halliburton employee do on the

08:40:43 17  *Horizon* well?

08:40:43 18  A.  No.  The people I worked with, you know, I didn't have a

08:40:47 19  problem with.

08:40:49 20  Q.  Thank you very much, I appreciate that.  You had the authority

08:40:58 21  as the well site leader to ask that employees of other contractors

08:41:03 22  leave the rig, if you chose to do so, did you not, sir, if you

08:41:07 23  thought it warranted it?

08:41:08 24  A.  Yes, sir, if they weren't doing their job or was performing

08:41:11 25  unsafe tasks.

2034

08:41:13  1   Q.  And on the last hitch you were there, for the entire eight or

08:41:17  2   nine days, whatever it was that you were there, did you have any

08:41:21  3   thought about asking any Halliburton employee to leave the rig for

08:41:24  4   any reason whatsoever?

08:41:25  5   A.  No, I didn't.

08:41:26  6   Q.  Thank you, sir.  Let's pull up TREX 545, please.  Sir, we have

08:41:59  7   here a document TREX Exhibit 545, it appears to be an e-mail from

08:42:04  8   Brian Morel dated April 16, 2010, and copies a number of folks

08:42:10  9   there on it.  It copies Ronald Sepulvado.  That's you.

08:42:13  10  A.  Yes.

08:42:14  11  Q.  Don Vidrine, Bob Kaluza, you know both of those to be well site

08:42:19  12  leaders there on the well, correct?

08:42:20  13  A.  Yes, sir.

08:42:20  14  Q.  And copies Mr. Robert -- let's see, Lee Lambert.  What was

08:42:25  15  Mr. Lee Lambert's role there on the well?

08:42:29  16  A.  He was a well site leader of the future.  He was training to be

08:42:33  17  a well site leader.

08:42:33  18  Q.  For BP?

08:42:35  19  A.  Yes, sir.

08:42:35  20  Q.  And Mr. John Guide, we talked about him.  And Mr. Mark Hafle,

08:42:41  21  we talked about him.  And Mr. Brett Cocales, we talked about him,

08:42:45  22  we all know who he is.  And Mr. Greg Walz, I don't believe we've

08:42:49  23  talked much about him.  Do you know Mr. Greg Walz?

08:42:52  24  A.  Personally, I didn't know him.  I've talked to him on the phone

08:42:55  25  and through e-mails.  He was over the engineers.

08:42:59  1   Q.  He was over the engineers?

08:43:00  2   A.  Yes, sir.

08:43:00  3   Q.  And did you have any exchange with Mr. Greg Walz regarding any

08:43:06  4   matters pertaining to the Macondo well there during your last

08:43:10  5   hitch?

08:43:11  6   A.  Well, I didn't report directly to him, so most of the time I

08:43:15  7   talked to the team leader, who was John Guide, or one of the

08:43:18  8   engineers on the well, Hafle or Brian Morel.

08:43:23  9   Q.  Okay.  Thank you, sir.  And this document here says here in the

08:43:29  10  first paragraph, "Attached is the updated procedure based on our

08:43:32  11  current plan forward."  And what did you understand this updated

08:43:38  12  procedure to be, sir?

08:43:39  13  A.  We had several updated procedures, so, you know, I don't

08:43:44  14  remember exactly what line this was in, where this came about.  But

08:43:49  15  we had, you know, four or five different things that we changed

08:43:52  16  during the course of getting a final procedure out.

08:43:54  17  Q.  Yes, sir.

08:43:56  18  A.  So I don't know which one.

08:44:02  19  Q.  This was April 16, just -- on the same day when you left the

08:44:07  20  rig.  And you received this?

08:44:10  21  A.  Yes, sir, I received it.  It's one where he says we don't know

08:44:14  22  exactly where we're going to set the surface plug at.  We're still

08:44:18  23  waiting on approval from MMS to do the deep plug.

08:44:21  24  Q.  Right.  Okay.  I will go through here very briefly a couple of

08:44:26  25  pages in this document, to turn over to page 2 of 21 there.

2036

08:44:34  1   Production casing operations.  We have here on the screen

08:44:42  2   production casing operations, Section 9.1 of the operations

08:44:46  3   procedure.  I want to ask you about number five there.  It says,

08:44:51  4   "At TD, circulate per well site leader recommendation/hole

08:44:55  5   conditions."  What did you understand that was referring to there

08:45:01  6   "at TD"?  Was that total depth?

08:45:03  7   A.  Yes, sir.

08:45:04  8   Q.  And what was it referring to, in your opinion, regarding the

08:45:10  9   circulation?

08:45:11  10  A.  He said circulate at TD per well site leader recommendation or

08:45:17  11  hole conditions.

08:45:17  12  Q.  And what did you understand, circulate what?  What was being

08:45:20  13  done there when it says -- talk about circulating?

08:45:23  14  A.  Circulate bottoms up, circulate the mud and get back on bottom.

08:45:28  15  Q.  And circulate the bottoms up.  Do you believe that it was

08:45:31  16  important that prior to the pumping of the cement job that there

08:45:35  17  be -- that there be a circulating of the bottoms up?

08:45:40  18  A.  Yes, sir.

08:45:40  19  Q.  Let's look down, if we can, to number seven to the second

08:45:45  20  bullet point, if you can pull that up.  Follow with me, please,

08:45:51  21  sir.  It says, "Circulate and condition, as required, to clean hole

08:45:53  22  and lower yield point for running liner," and then it goes on.  And

08:45:58  23  you, as a well site leader, you, of course, over 33 years, you were

08:46:02  24  involved in the -- many cement jobs that were pumped, were you not?

08:46:08  25  A.  Yes, sir.

2037

08:46:09 1    Q.  And all of those cement jobs that you were involved in over the

08:46:12 2    years, did you deem it appropriate and the right thing to do to

08:46:20 3    have some degree of a bottoms-up run prior to the cement job being

08:46:24 4    pumped?

08:46:24 5    A.  If we wasn't having problems with the hole, yes, sir.  Now, if

08:46:28 6    you're losing circulation or there was any loss of circulation in

08:46:31 7    the hole, you know, sometimes we wouldn't circulate bottoms up.

08:46:35 8    Because you want to condition the hole, you want to get any

08:46:39 9    cuttings out of there.  This hole, you only had like 1,000-foot

08:46:42 10   open hole, so it didn't have very many barrels of mud in that open

08:46:46 11   hole, so it didn't take long, you didn't have to circulate long to

08:46:50 12   clean the actual open hole.

08:46:51 13   Q.  But it did -- the plan here that we're looking at did

08:46:56 14   contemplate that there would be a circulation or bottoms up of the

08:46:59 15   well prior to the cement job being run, did it not?

08:47:02 16   A.  If you're not having a problem.

08:47:03 17   Q.  Okay.

08:47:04 18   A.  You know, like I say, if you're having a problem -- the ideal

08:47:08 19   thing to do is to circulate bottoms up.

08:47:10 20   Q.  Okay, sir.

08:47:11 21   A.  But if you're having a problem with the hole, it may not be the

08:47:14 22   ideal thing to do, because you would like to get the cement down in

08:47:17 23   there before you broke the formation down so you can get the cement

08:47:21 24   where it needs to go.

08:47:23 25   Q.  Particularly in a well that had lost several thousands of

2038

08:47:26 1    barrels of mud already into the formation?

08:47:28 2    A.  Yes, sir.  That's the only reason I would cut a bottoms-up

08:47:31 3    short.

08:47:32 4    Q.  Let's turn over, if we can, now, please, to page 6 of 21, the

08:47:38 5    same document.  Exhibit 545 here, we have on page 6, it says there

08:47:55 6    under a paragraph dealing with cement production -- cementing

08:48:00 7    production casing, pull that up if we can, please.  "Test pressures

08:48:04 8    and volumes are only as referenced.  Review APD for final values."

08:48:08 9    And number one, it says here in this procedure that had been sent

08:48:15 10   to you and others by Brian Morel, "Circulate at least one casing

08:48:18 11   and drill pipe capacity."

08:48:21 12           Is that the bottoms-up that we're talking about there

08:48:23 13   that Mr. Morel, as the engineer, was specifying that he wanted to

08:48:28 14   circulate it one casing and drill pipe capacity as a bottoms-up, if

08:48:33 15   hole conditions allow?

08:48:34 16   A.  Yes, sir, if hole conditions allow.

08:48:35 17   Q.  Okay, sir.  And did anybody tell you prior to the time that you

08:48:41 18   left the Macondo well that the hole conditions did not allow for

08:48:46 19   the circulating of at least one bottoms-up?

08:48:49 20   A.  I left --

08:48:52 21   Q.  On the 16th.

08:48:52 22   A.  -- on the 16th, and we were back in the hole circulating

08:48:55 23   bottoms up after the logging run.

08:48:57 24   Q.  Yes, sir.

08:48:57 25   A.  And what happened after that, I don't know.

08:49:00  1   Q.  Okay.  But prior to the time that you left, Mr. Sepulvado, did

08:49:05  2   anybody with BP tell you that he or she thought it was best that

08:49:10  3   less than a full bottoms-up be run?

08:49:12  4   A.  No.  But I'd still -- you know, you lost all of that mud in

08:49:16  5   this hole, and when you get the casing in there, it's a little bit

08:49:19  6   different because it's a bigger OD, you have a smaller annulus and

08:49:22  7   you have to really be concerned about losing fluid then because

08:49:26  8   that's when you're going to lose fluid when you try to circulate

08:49:31  9   with the casing in the hole.

08:49:32 10   Q.  But that was not something that was discussed with you running

08:49:35 11   less than a full bottoms-up, if, in fact, that was done?

08:49:37 12   A.  Nobody talked to me, other than I saw this and it said

08:49:41 13   circulate bottoms up if hole conditions allow.

08:49:43 14   Q.  Last thing on this particular document here and this procedure,

08:49:47 15   let's turn over, if we can, please, to page 17 of 21.  This is 17

08:50:02 16   of 21, and it was a document, you can see in the lower right-hand

08:50:08 17   corner dated April 15, 2010, and we go back to the document, and

08:50:13 18   over also in the lower right-hand corner there is a note -- there's

08:50:17 19   actually three notes, and they deal with a number of different

08:50:20 20   subjects.  Talks about -- first note is backup equipment, that's

08:50:26 21   the float equipment and others.  There's -- the second note deals

08:50:30 22   with the Weatherford float collar.  And the last note is the one I

08:50:33 23   want to talk about, and that's where it says, the centralizers we

08:50:38 24   will run will be on the first 21 joints, and it shows number one

08:50:41 25   through six will have subs and number seven through 21 will have

2040

08:50:45 1    slip-on style.

08:50:47 2            So did you understand from this document that as of the

08:50:51 3    16th of April when you received it, that BP, through Brian Morel as

08:50:56 4    the engineer, was planning to run 21 centralizers there on the

08:51:00 5    casing?

08:51:01 6    A.  That's what this says.

08:51:03 7    Q.  Thank you, sir.  Prior to the time that you left the well on

08:51:07 8    April 16, did anybody tell you with BP that fewer than 21

08:51:12 9    centralizers would be run on the Macondo well?

08:51:14 10   A.  We were having discussions -- or they were having discussions

08:51:18 11   in town, I talked to John Guide, and they hadn't decided what they

08:51:22 12   were going to run.  I think we had six on the rig.

08:51:24 13   Q.  Yes, sir.

08:51:25 14   A.  There were six centralizers, like subs.  And the morning that I

08:51:32 15   left the rig, as a matter of fact, on the same helicopter that I

08:51:36 16   came in on, they sent, I think, 15 more slip-on centralizers.

08:51:40 17   Q.  That was a Weatherford style?

08:51:41 18   A.  Yes, Weatherford style.  The hinge type that clamps around the

08:51:46 19   pipe.  You put a stop collar on it to keep it from sliding.

08:51:49 20   Q.  So there would be a total of 21 centralizers there on the rig,

08:51:52 21   then, for BP to run, if it chose to do so?

08:51:55 22   A.  They were supposed to be on that helicopter, but I didn't see

08:51:58 23   them.

08:51:58 24   Q.  And the decision -- you know as a well site leader, the

08:52:04 25   decision as to how many centralizers to be run would be made by the

08:52:09  1    well site leader there with -- for BP working in connection and

08:52:13  2    conjunction with the engineers there onshore for BP, do you not?

08:52:16  3    A.  Well, we wouldn't make the decision.  We would just run

08:52:19  4    whatever they tell us to run.

08:52:21  5    Q.  Well, who would make the decision as to how many centralizers

08:52:23  6    would be run?

08:52:24  7    A.  That would be between the team leader and the engineers.

08:52:29  8    Q.  And that would be BP folks?

08:52:32  9    A.  Yes, it would be BP folks, but John Guide, when he found out

08:52:38 10    what kind of centralizers was out there, he didn't want to run

08:52:42 11    those centralizers because one of the Atlantis wells, they had

08:52:47 12    actually lost some centralizers in the hole.  I didn't like these

08:52:52 13    kind of centralizers either because I tried to run pipe with them

08:52:56 14    on it before, and we couldn't get the bottom, had to pull a pipe

08:52:59 15    out of the hole.  The centralizers were missing.

08:53:01 16    Q.  Well, have you learned from anyone at BP since the incident

08:53:06 17    itself that BP made a mistake by deciding not to run those 15

08:53:11 18    centralizers, have you learned that?

08:53:13 19              MS. KARIS:  Object to form, your Honor.

08:53:15 20              THE WITNESS:  No I hadn't.

08:53:16 21              THE COURT:  He's already answered it.

08:53:18 22              MS. KARIS:  Very well.

08:53:19 23              MR. GODWIN:  Thank you, your Honor.

08:53:20 24    BY MR. GODWIN:

08:53:29 25    Q.  Okay.  Let's turn over to TREX 546, please.  Mr. Sepulvado, we

08:53:47  1   have an e-mail here that you authored, it appears, on April 16 that

08:53:51  2   you sent to Mr. Robert Kaluza and Mr. Lee Lambert called relief

08:53:56  3   notes, do you see that?

08:53:58  4   A.  Yes, sir.

08:53:58  5   Q.  And I believe you testified briefly about relief notes.  Were

08:54:02  6   these notes that you were providing to the well site leader,

08:54:06  7   Mr. Kaluza, who was going to be replacing you there on the Macondo

08:54:08  8   when you left?

08:54:09  9   A.  Yes, sir.  I had called him a day or two before we came out and

08:54:15 10   went over some things with him, plus sent him this e-mail.

08:54:19 11   Q.  Yes, sir.

08:54:20 12   A.  Then we had -- we met for about 15 to 20 minutes when the

08:54:24 13   helicopter landed.

08:54:25 14   Q.  That's you and Mr. Kaluza?

08:54:27 15   A.  Yes, sir.

08:54:28 16   Q.  Had you ever worked with him prior to this well, that last

08:54:31 17   hitch you were on?

08:54:31 18   A.  No, sir.

08:54:32 19   Q.  So you had never observed his work and his decision-making at

08:54:37 20   all?

08:54:38 21   A.  No, I haven't.

08:54:39 22   Q.  Thank you, sir.  Let's look here at this e-mail then.  You

08:54:42 23   wrote it to Mr. Kaluza and, number one -- and we'll go through it

08:54:46 24   briefly -- says, "Everything to run casing is onboard.  And the

08:54:50 25   other one is in Houston, should be ready today."

08:54:53  1         Now, the casing -- that casing that was going to be run,
08:54:56  2    was it going to be a long string or was it going to be a liner?
08:54:59  3    A.  They hadn't made that decision yet.  When I left, we had
08:55:03  4    everything out there to go either way.
08:55:04  5    Q.  Okay.  And that was the long string of a liner.  And there are
08:55:07  6    two different types of casing, are there not?
08:55:10  7    A.  Yes, sir.
08:55:10  8    Q.  Now, the decision to run the casing, whether it was long string
08:55:18  9    or liner, was that a decision that would be made solely by BP, the
08:55:23 10    final decision?
08:55:24 11    A.  It would have been made in Houston, yes, sir.
08:55:26 12    Q.  By BP?
08:55:27 13    A.  Engineers and the team leaders.
08:55:29 14    Q.  Now, obviously subcontractors could have provided
08:55:34 15    recommendations whether it was -- regarding running the casing, but
08:55:37 16    the final decision regarding the casing was to be made by BP, was
08:55:40 17    it not?
08:55:41 18    A.  Well, I don't know.  It came from somewhere in town.  Exactly
08:55:46 19    who all was involved in it, I don't know.  They just call us and
08:55:48 20    tell us, you know, run this.
08:55:50 21    Q.  Who would call you?  Somebody with BP?
08:55:53 22    A.  Somebody with BP.
08:55:54 23    Q.  And that's just like with regard to the number of centralizers,
08:55:58 24    the final decision regarding the number of centralizers was going
08:56:01 25    to be made by BP, was it not?

2044

08:56:03   1   A.   Somebody in the Houston office, yes, sir.

08:56:04   2   Q.   With BP?

08:56:05   3   A.   With BP.

08:56:06   4   Q.   After receiving recommendations from others, such as

08:56:09   5   Halliburton?

08:56:10   6   A.   Yes, sir.  You usually get everybody, you know, it's like a

08:56:14   7   team concept where everybody is involved in it.

08:56:17   8   Q.   But the final call was going to be made by BP, the engineers

08:56:21   9   there in town?

08:56:22  10          THE COURT:  That's about the eighth time I've heard that

08:56:24  11   in the last five minutes.

08:56:26  12          MR. GODWIN:  Thank you, your Honor.

08:56:27  13          THE COURT:  Let's move on, Mr. Godwin.

08:56:29  14   BY MR. GODWIN:

08:56:29  15   Q.   Let's look then, if we can, please, if we go down to the No. 3,

08:56:34  16   left a hard copy of cement procedure in office.  Do you see that,

08:56:38  17   sir?

08:56:38  18   A.   Yes, sir.

08:56:38  19   Q.   Where did you get that hard copy of the cement procedure?

08:56:41  20   A.   I got it from the cementer.

08:56:43  21   Q.   And that was Mr. Vince Tabler?

08:56:46  22   A.   Yes, sir.

08:56:46  23   Q.   And did you go over the cement procedure?

08:56:49  24   A.   What he did was send me what they were recommending using, the

08:56:59  25   type cement and the ingredients that went in it.  Then we hadn't

08:57:04  1    went over the cement job yet because we don't normally do that

08:57:09  2    until the day before you run it.

08:57:10  3    Q.  And you would not have been involved in it because you were

08:57:14  4    leaving early?

08:57:14  5    A.  I was just giving him the information I had.

08:57:18  6    Q.  Regardless of the information you received from Mr. Tabler

08:57:20  7    working with Halliburton, when you said you went over it and talked

08:57:22  8    to him about it briefly, did you have any questions about the

08:57:25  9    cement procedure that he had shown to you?

08:57:27  10   A.  No.

08:57:28  11   Q.  Let's go down to No. 5, the well kill sheet on desk.  Do you

08:57:35  12   see that?

08:57:35  13   A.  Yes.

08:57:35  14   Q.  What were you referring to there as the well kill sheet?

08:57:39  15   A.  Well, every day we're on the well we do well kill sheets --

08:57:43  16   Q.  Yes, sir.

08:57:44  17   A.  -- so if you take a kick, you don't have to go through all of

08:57:47  18   the numbers.  All you have to do is show what the drill pipe

08:57:51  19   pressure is then your kill sheet is done.  You're ready to

08:57:54  20   circulate to kill the well.  We do that so we don't have to wait so

08:57:58  21   long once we take a kick before we actually start killing the well.

08:58:02  22   Q.  And if there was a kick being experienced, you, in your

08:58:06  23   experience as a well site leader on the well, who would make the

08:58:10  24   final call there regarding the shutting in of the well?

08:58:13  25   A.  The driller would shut the well in.

2046

08:58:15  1    Q.  And would BP have any involvement in that decision to shut it

08:58:19  2    in?

08:58:20  3    A.  No, the driller would shut it in and he would call me.

08:58:23  4    Q.  Let's go down to No. 6 there or -- yes, six, where it says,

08:58:31  5    "Special joint shoe, float collar, four centralizer joints."  What

08:58:36  6    are you referring to there as "four centralizer joints"?

08:58:39  7    A.  That's one that had the centralizers made up on the pipe.

08:58:44  8    Q.  Yes, sir.

08:58:44  9    A.  They were like subs and had the connections on it.  We rigged

08:58:48  10   it, had blades on them instead of springs.

08:58:51  11   Q.  And when you're talking there about four centralizer joints,

08:58:55  12   are you referring there at all in this particular e-mail to the

08:58:58  13   number of centralizers that you understood would be run?

08:59:01  14   A.  No.  That was only the ones that was made up.  We kept a couple

08:59:08  15   of them handy so we could move them around if we want to move them

08:59:11  16   in different place.

08:59:12  17   Q.  Thank you, sir.  Let's go down to No. 7 where it says, "There's

08:59:20  18   sand up in the hole that is 14.15 pounds."  What are you referring

08:59:25  19   to there, sir?

08:59:26  20   A.  That's what the pressure is in that sand.

08:59:29  21   Q.  And do you know the designation of that particular sand?

08:59:33  22   A.  What do they call it?

08:59:36  23   Q.  Yes, sir.

08:59:37  24   A.  No, sir.  I don't remember what it was.

08:59:38  25   Q.  Did anybody with BP ask you as the well site leader anything

2047

08:59:54   1   regarding the designation of the hydrocarbon sands there in the

08:59:57   2   well prior to the time you left on April 16?

09:00:00   3   A.  Can you repeat that again?

09:00:02   4   Q.  Did anybody there with BP ask you about your knowledge, if you

09:00:06   5   had any, regarding the designation of the sands there, hydrocarbon

09:00:10   6   sands in the well?

09:00:12   7   A.  No, I don't name any sands, you know, all of that's left up to

09:00:19   8   the subsurface team which would be the geologists on board.

09:00:24   9   Q.  Thank you, sir.  You left your phone number there on this

09:00:40  10   e-mail to Mr. Kaluza and Mr. Lambert, your cell number.  I assume

09:00:46  11   that was so that if Mr. Kaluza had any questions at all while he

09:00:51  12   was there that he could call you?

09:00:53  13   A.  Yes, sir.  Plus, Don Vidrine was already on the rig, you know.

09:00:57  14   He had been out on the rig for a week, so -- I mean, it wasn't like

09:01:01  15   we just -- Bob just got threw out in the middle of nowhere, you

09:01:06  16   know --

09:01:06  17   Q.  Right.

09:01:07  18   A.  -- but he had somebody that had been there for a week.

09:01:12  19   Q.  Would one of the benefits of the bottoms up have been to

09:01:18  20   prevent contamination of the cement that was being pumped -- that

09:01:21  21   would be pumped into the well?

09:01:22  22   A.  Well, you don't really have to get a bottoms up because what

09:01:27  23   we're talking about is a thousand foot open hole.  If you would be

09:01:32  24   talking about 6- or 7,000-foot open hole, that would be a different

09:01:35  25   story; but as far as contaminating cement in this thousand foot of

09:01:40  1  open hole, you probably didn't have 70 barrels of fluid.  So I
09:01:45  2  wouldn't necessarily think you have to circulate bottoms up to
09:01:48  3  clean that piece of hole up to keep it from contaminating the
09:01:53  4  cement.
09:01:53  5  Q.  Okay.  You were asked in your deposition along these lines:  If
09:02:10  6  you had been out there, would you have run a bottoms up
09:02:13  7  circulation?
09:02:13  8           THE COURT:  Give us page and line.
09:02:15  9           MR. GODWIN:  Yes, sir.  I'm sorry, Judge.  I am looking
09:02:17 10  at page 130 and starting with question on line 13, your Honor, and
09:02:24 11  I will read it briefly just to refresh his memory.  It won't take
09:02:28 12  but just a second, 10 or 12 lines.
09:02:31 13  BY MR. GODWIN:
09:02:32 14  Q.  Sir, at page 130, line 13, it says, "Let me ask you:  Would you
09:02:35 15  have run a bottoms up circulation had you been out there?"  And
09:02:38 16  your answer was, "Normally you do a bottoms up circulation unless
09:02:42 17  you have a problem of loss returns, and then it depends on how bad
09:02:47 18  loss your returns is.  If it gets bad enough, you never get bottoms
09:02:50 19  up.  You just keep losing mud."
09:02:53 20           "Q. Would you try to see if they were losing mud, now
09:02:57 21  you're losing --
09:02:58 22           "A. Yes, I would.
09:02:59 23           "Q. You try to at least see what happens, right?  And if
09:03:03 24  the purpose of the bottoms up is to try to make sure you have a
09:03:05 25  good cement job and your cement's not contaminated?"

09:03:09 1              And your answer was, "Well, it's more for getting any

09:03:12 2      debris that you have in the hole out, maybe conditioning and the

09:03:15 3      mud getting any kind of gas you might have in the hole out."

09:03:19 4              So one of the purposes, as I understand it, of your

09:03:24 5      running a bottoms up --

09:03:26 6              THE COURT:  Wait, wait, wait a second.

09:03:28 7              MR. GODWIN:  -- is to remove debris.

09:03:30 8              THE COURT:  Wait, we have an objection.

09:03:32 9              MS. KARIS:  Objection.  It's improper use of prior

09:03:34 10     testimony.  His testimony was entirely consistent with what he just

09:03:37 11     stated, and he did not indicate he needed to be refreshed.

09:03:40 12     Mr. Godwin said he is using it to refresh him.

09:03:43 13             THE COURT:  I am not clear on the purpose of you reading

09:03:45 14     that either.

09:03:46 15             MR. GODWIN:  I finished reading, Judge.  But I will say

09:03:49 16     this, part of it was it was exactly what Mr. Sepulvado said.

09:03:52 17             THE COURT:  Then what's with reading the deposition?

09:03:55 18             MR. GODWIN:  On the debris part, when I asked him if it

09:03:57 19     was about removing debris, and he said, no, that was not part of it

09:04:01 20     as I understood him.  I went back and show him that in the

09:04:04 21     deposition he did say, "Part of the purpose of it was removing

09:04:06 22     debris."

09:04:07 23             THE WITNESS:  I thought I just stated that.

09:04:09 24     BY MR. GODWIN:

09:04:09 25     Q.  Was one of the reasons for running the bottoms up to remove

09:04:14  1    debris?

09:04:14  2    A.  Debris from the open hole.  In this case, the open hole only

09:04:17  3    had like 70 barrels of mud in it, 70 or 80-barrels.  I don't

09:04:22  4    remember the exact volume.  You don't have to pump very long to

09:04:25  5    remove 70 barrels of mud out of the open hole.  If there is any

09:04:28  6    debris in there, it will be up out of the open hole.

09:04:31  7    Q.  In your experience as a well site leader and seeing cement jobs

09:04:35  8    pumped, do you believe that it is important to have the hole clean

09:04:39  9    so that the cement is not contaminated --

09:04:42 10    A.  Yes.

09:04:42 11    Q.  -- when it is pumped?

09:04:43 12    A.  Yes, but you don't have to circulate a bottoms up to clean the

09:04:47 13    open hole.  The open hole, the only thing that's concerned with is

09:04:49 14    where your cement is going to be.

09:04:51 15    Q.  However it's done prior to the time that my client would be

09:04:55 16    asked to run the cement job, it would be BP's responsibility to

09:04:59 17    make sure the hole is clean, would it not?

09:05:02 18    A.  Yes, we would clean the hole.

09:05:04 19           MR. GODWIN:  Thank you, sir.  Pass the witness, Judge.

09:05:06 20    Thank you.

09:05:07 21           THE COURT:  Okay.  Cameron.

09:05:10 22           MR. BECK:  We have a very short number of questions, your

09:05:13 23    Honor.

09:05:13 24           THE COURT:  All right.  Very well.

09:05:13 25                 CROSS-EXAMINATION

09:05:13   1   BY MR. GANNAWAY:

09:05:35   2   Q.  Geoff Gannaway on behalf of Cameron.  Good morning,

09:05:39   3   Mr. Sepulvado.

09:05:39   4   A.  Good morning.

09:05:40   5   Q.  I just have a few questions for you.  The BOP -- the well

09:05:47   6   control school that you went to on April 16, 2012, that you left

09:05:50   7   the rig for, you sometimes refer to that as a BOP school, correct?

09:05:53   8   A.  Yes.

09:05:54   9   Q.  But to be clear, that BOP school wasn't run by Cameron, it was

09:05:58  10   run by an outfit called Randy Smith Well Control?

09:06:01  11   A.  That's right.  We should call it a well control school, but

09:06:04  12   it's been called BOP school forever.

09:06:07  13   Q.  And in addition to sending you to that school every two years,

09:06:12  14   BP provides written guidance regarding well control procedures, and

09:06:18  15   I just want to ask you a few questions about those.

09:06:23  16           MR. GANNAWAY:  I am going to call up trial Exhibit 75598.

09:06:23  17   BY MR. GANNAWAY:

09:06:28  18   Q.  And you can see at the top that this is BP's well control

09:06:31  19   contingency plan.  And at the bottom it's got a date that shows

09:06:36  20   that it's published in the year 2000, I think if we blow it up you

09:06:42  21   can see that better.

09:06:48  22           If we turn to the introduction of this exhibit, you see

09:07:03  23   here that it says, "This section provides information to be used in

09:07:07  24   the event of a well control incident," which includes "well kick

09:07:10  25   underground blowout or surface blow-out."

09:07:14  1          Were you aware that BP provided this kind of guidance to

09:07:17  2  folks such as yourself that were involved in operations that might

09:07:23  3  involve well control?

09:07:24  4  A.  Yes.  But on the *Deepwater Horizon*, we used Transocean's well

09:07:30  5  control.

09:07:30  6  Q.  With this -- with respect to this document that was published

09:07:36  7  by BP, I want to show you a pipe shearing checklist that was part

09:07:43  8  of the contingency plan.  Can you see at the top that this is a

09:07:57  9  pipe shearing checklist for the operations supervisor?  Am I

09:08:00 10  correct in saying that "operations supervisor" is a term that BP in

09:08:04 11  the past has used to describe a well site leader like yourself?

09:08:08 12  A.  I don't know.

09:08:14 13          MS. KARIS:  Your Honor, I am going to make a foundation

09:08:17 14  objection to this document.  It is dated in 2000 from BP Amoco.

09:08:22 15  That might be before Mr. Sepulvado started acting in the capacity

09:08:25 16  as a well site leader for BP.  I don't think we've -- there's any

09:08:28 17  foundation for this document with this witness in particular.

09:08:32 18          THE COURT:  Mr. Sepulvado, is this a document, not that

09:08:36 19  particular page, but the document itself, that you're familiar

09:08:39 20  with?

09:08:40 21          THE WITNESS:  No, sir.  I am familiar with BP's well

09:08:44 22  control procedures, but this specific document, you know, I don't

09:08:50 23  recall seeing.

09:08:51 24          MR. GANNAWAY:  Your Honor, I am going to use this

09:08:54 25  document to show what the state of knowledge was within the

09:08:56  1    industry and within BP regarding certain BOP issues and shearing

09:09:00  2    issues that are relevant in this case.  And the fact that it takes

09:09:03  3    back to 2000 makes it more compelling that it shows --

09:09:06  4            THE COURT:  It may be, but it just may not be relevant to

09:09:09  5    this witness's testimony.  I think that's the question.  What other

09:09:15  6    evidence is there going to be about this document, whether it was

09:09:19  7    in effect at the time?

09:09:22  8            MR. GANNAWAY:  Just the fact that it was published back

09:09:25  9    in 2000 and it was in effect at that point.

09:09:30 10            THE COURT:  Apparently, you can't establish that through

09:09:31 11    this witness.  That's the problem.

09:09:32 12            MR. GANNAWAY:  All right, your Honor.  I'll ask the

09:09:34 13    questions not referring to the document.

09:09:36 14            THE COURT:  Okay.

09:09:37 15    BY MR. GANNAWAY:

09:09:37 16    Q.  Mr. Sepulvado, you understand generally that it's important to

09:09:40 17    know the location of tool joints within the BOP?

09:09:44 18    A.  Yes, I do.  Try not to have a tool point across the BOP.

09:09:48 19    Q.  Specifically, you don't want to have a tool joint in the region

09:09:52 20    of the blind sheer rams?

09:09:53 21    A.  That's correct.

09:09:54 22    Q.  And that's because you know that it's, at best, difficult, if

09:09:59 23    not impossible, for blind shear ram to shear a tool joint?

09:10:04 24    A.  I didn't do any research into that or I haven't seen any

09:10:12 25    engineering, but I do know we try not to put tool joints across the

09:10:16   1   BOP's when we have well control situations.

09:10:18   2   Q.  And you're aware that BP's well control procedures call for,

09:10:26   3   before using a blind shear ram to shear pipe, closing an annular

09:10:30   4   and closing a pipe ram to center up the pipe in a hole?

09:10:35   5   A.  Yes.  I think Transocean is the same way.

09:10:38   6   Q.  So in other words, the annular is above the blind shear ram and

09:10:44   7   the pipe rams are below the blind shear ram, and if you close both

09:10:49   8   of those, it will tend to center the pipe that is running through

09:10:53   9   the blind shear ram?

09:10:54  10   A.  Yes, it does center the pipe in the stack.

09:10:57  11   Q.  And after you center with those, with the annular and the pipe

09:11:00  12   ram, that's when the shearing of pipe occurs with the blind shear

09:11:04  13   ram?

09:11:05  14   A.  Correct.

09:11:05  15   Q.  Are you aware of guidance, whether it's from Transocean or BP,

09:11:16  16   that says that shear rams have been known to fail when you try to

09:11:20  17   close them on moving pipe?

09:11:22  18   A.  No, I didn't know that.

09:11:23  19   Q.  Do you understand that it's best to have drill pipe stationary

09:11:27  20   before trying to use the blind shear rams?

09:11:30  21   A.  I do now.

09:11:30  22   Q.  You understand that it's possible for shear rams to fail or to

09:11:38  23   leak under certain conditions?

09:11:40  24   A.  No, I didn't.

09:11:42  25   Q.  Well, you're aware that after shearing that it would -- that BP

2055

09:11:47  1   and Transocean provide guidance to check for pressure and to see --

09:11:51  2   do a pressure check and to see if leaks are occurring or if a seal

09:11:55  3   has not been complete after the shearing occurs?

09:11:58  4   A.  We do that anyway.

09:12:00  5   Q.  And that's because it's possible for the blind shear rams to

09:12:04  6   leak after a shear?

09:12:05  7   A.  Well, I don't know if it would be possible, but we just check

09:12:08  8   it to make sure it doesn't.

09:12:11  9   Q.  Do you understand that a high rate of flow through the BOP,

09:12:18 10   particularly if it has sand in it, can tend to erode or wear out

09:12:23 11   the elastomer seals that are on the BOP rams?

09:12:28 12   A.  You know, I understand the principle behind it, but, you know,

09:12:32 13   I don't know what, you know, to what effect it does.

09:12:34 14   Q.  But you understand that that can occur through what you've

09:12:38 15   learned at BOP school and/or through Transocean and BP written

09:12:42 16   guidance that you've received?

09:12:44 17   A.  Flowing sand is just like a piece of sandpaper, you know.

09:12:49 18   It'll work on rubber good.

09:12:50 19   Q.  And that, you understand, can compromise the ability of the

09:12:55 20   shear ram to seal if it's been worn by sand?

09:13:00 21   A.  Possibly, yes.

09:13:01 22   Q.  Your answer?

09:13:03 23   A.  It possibly could, yes.

09:13:05 24        MR. GANNAWAY:  Thank you very much, sir.  I pass the

09:13:07 25   witness.

09:13:08  1          THE COURT:  MI.

09:13:09  2          MR. TANNER:  No questions for this witness, your Honor.

09:13:11  3          THE COURT:  Okay.  Redirect, Mr. Williams?

09:13:16  4          MR. WILLIAMS:  Yes, your Honor, just a few.

09:13:22  5                      REDIRECT EXAMINATION

09:13:22  6  BY MR. WILLIAMS:

09:13:41  7  Q.  Mr. Sepulvado, Duke Williams, just a few follow-up questions.

09:13:45  8  You were asked some questions earlier by Ms. Karis about leak-off

09:13:50  9  tests, how they're determined, that type of thing.  Do you remember

09:13:55 10  that?

09:13:55 11  A.  Yes.

09:13:55 12  Q.  She also asked you some questions about when you reach that

09:13:58 13  point where you've extended the open hole as far as fracture

09:14:03 14  gradient core pressure allow, there are different options available

09:14:08 15  to you allow you to continue ahead?

09:14:11 16  A.  In the event of loss circulation?

09:14:12 17  Q.  Correct, yes, sir.  When you're encountering loss circulations

09:14:16 18  and you gave some options:  You can reduce the ECD by reducing the

09:14:20 19  weight of the drilling mud -- I'm sorry, by slowing the pumps, you

09:14:25 20  can cut the weight of the drilling mud, use loss circulation

09:14:29 21  material, and the last option you listed was to run a new casing

09:14:32 22  string.  Is that right?

09:14:33 23  A.  That's correct.

09:14:33 24  Q.  And at some point, you just got to run a new string of casing;

09:14:40 25  is that right?

2057

09:14:41  1    A.  If none of your loss circulation procedures work, yes, you

09:14:47  2    would have to run pipe.

09:14:48  3    Q.  And obviously, each new string of casing that you run is a

09:14:53  4    smaller diameter than the string of casing that preceded it; is

09:15:00  5    that a true statement?

09:15:01  6    A.  That's correct.  That's correct.

09:15:02  7    Q.  And one of the concerns about running that string too early is

09:15:09  8    that you're not -- you're going to run out of diameter on casing

09:15:14  9    string before you reach your TD or the objective of the well; is

09:15:18 10    that correct?

09:15:19 11    A.  Yes, sir, that's one reason.  Another reason is if you set pipe

09:15:26 12    and drill 200 feet and lose returns, well, if you set pipe again,

09:15:31 13    you haven't gained much as far as fracture grade.  Two hundred feet

09:15:36 14    you don't gain hardly anything.  The ideal situation would be to

09:15:40 15    get the pipe as deep as you could and gain as much fracture

09:15:44 16    gradient as you could to set the next string of pipe so you could

09:15:48 17    raise mud weight if you need to.

09:15:50 18    Q.  But one of the reasons is, I mean, you have a well plan that

09:15:53 19    you're operating under, don't you, sir?

09:15:55 20    A.  Yes, sir.  The well plan is more as a guide, especially in

09:15:59 21    these exploration wells like the *Horizon* was drilling.  Sometimes

09:16:04 22    we may be four or five feet -- four or 500 feet difference in the

09:16:12 23    well plan where we're setting pipe, more or less, because you run

09:16:15 24    into things you don't expect in the exploration well.

09:16:19 25    Q.  And those well plans have a TD, the objective, where the

09:16:25  1    hydrocarbons are thought to be, correct?

09:16:27  2    A.  Estimated tops of hydrocarbons and, yes, predicted TD.

09:16:33  3    Q.  And that's the whole point of this exercise is to reach the

09:16:36  4    objective where the hydrocarbons are predicted to lie, correct?

09:16:40  5    A.  Yes, sir.

09:16:44  6              MR. WILLIAMS:  Thank you, very much.  Appreciate it.

09:16:46  7              THE COURT:  All right.  Any further questions from BP?

09:16:51  8              MS. KARIS:  None, your Honor.

09:16:52  9              THE COURT:  Okay.  Thank you, sir.  You're released.

09:16:55  10   Thank you.  Okay.  Plaintiffs can call their next witness.

09:17:01  11             MR. UNDERHILL:  The United States calls its drilling

09:17:06  12   expert, Richard "Dick" Heenan.

09:17:29  13             THE DEPUTY CLERK:  If you'll raise your right hand.

09:17:31  14       (WHEREUPON, RICHARD HEENAN, WAS SWORN IN AND TESTIFIED AS

09:17:32  15        FOLLOWS:)

09:17:32  16             THE DEPUTY CLERK:  Take a seat, state your name for the

09:17:34  17   record, and then spell it.

09:17:39  18             THE WITNESS:  Richard Heenan, R-I-C-H-A-R-D H-E-E-N-A-N.

09:18:04  19             MR. UNDERHILL:  Mike Underhill on behalf of the United

09:18:07  20   States.

09:18:14  21                         VOIR DIRE EXAMINATION

09:18:14  22   BY MR. UNDERHILL:

09:18:14  23   Q.  Mr. Heenan, you've been requested to render an expert opinion

09:18:19  24   on behalf of the United States in this case, correct?

09:18:21  25   A.  Correct.

09:18:22   1    Q.  And is that the front page of your report, trial Exhibit 22694?

09:18:28   2    A.  Yes, it is.

09:18:28   3    Q.  And does that contain the opinions that you intend to provide

09:18:32   4    in this case?

09:18:32   5    A.  Yes, it does.

09:18:33   6    Q.  Mr. Heenan, your CV, your curriculum vitae is a part of your

09:18:40   7    report, correct?

09:18:41   8    A.  It is.

09:18:41   9    Q.  And I am not going to go into very much detail on that since

09:18:45  10    it's already in there, may hit a few highlights.

09:18:48  11          Before we begin that, have you ever testified as an

09:18:51  12    expert witness in a case like this, for that matter any case?

09:18:55  13    A.  I testified in an inquiry on another blowout.  Wasn't a court

09:19:02  14    case.

09:19:02  15    Q.  And was that in Canada?

09:19:04  16    A.  It was.

09:19:04  17    Q.  And you're Canadian citizen?

09:19:07  18    A.  I am.

09:19:07  19    Q.  And in that case, were you testifying as an expert on behalf of

09:19:12  20    the driller, sort of comparable to what we have here in Transocean,

09:19:16  21    or on behalf of the operator comparable to what we have here as BP?

09:19:21  22    A.  It was on behalf of the operator.

09:19:22  23    Q.  And were you actually working for the company or providing

09:19:28  24    outside consulting services like you are to the United States

09:19:31  25    today?

09:19:31  1    A.  I was an employee of the company.

09:19:32  2    Q.  And what was the name of that company?

09:19:34  3    A.  Amoco Canada Petroleum.

09:19:36  4    Q.  And did that later become BP?

09:19:38  5    A.  Yes, BP acquired all of Amoco including Amoco Canada.

09:19:42  6    Q.  And were you a part of the events that led up to or caused the

09:19:48  7    blowout in which you were testifying about in the case?

09:19:49  8    A.  No, I became involved after the fact.

09:19:52  9    Q.  What's your day job, leaving aside this case?

09:19:57  10   A.  I am an independent drilling consultant.  I plan or do all of

09:20:03  11   the permitting and then do the operational management of drilling

09:20:07  12   operations in remote areas, specifically Northern Canada.

09:20:11  13   Q.  And as we speak, do you have an operation ongoing up in

09:20:15  14   Northern Canada?

09:20:16  15   A.  It's still ongoing, yes.

09:20:17  16   Q.  And does that involve a drilling rig?

09:20:20  17   A.  It did involve a drilling rig.  The drilling rig has just

09:20:23  18   finished.  We're now in the next phase of the operation.

09:20:25  19   Q.  And is that just south of the Arctic Circle in extreme

09:20:30  20   conditions?

09:20:30  21   A.  It's about 100 miles south of the Arctic Circle.  It's --

09:20:34  22   technically, it is not in the Arctic, but it seems like it and it

09:20:36  23   is extreme conditions.

09:20:37  24   Q.  At least in this time of the year?

09:20:39  25   A.  Particularly this time of the year.

09:20:40   1    Q.  And how long have you been -- how long have you had this

09:20:44   2    consulting company that provides the service you just described?

09:20:46   3    A.  Approximately nine years.

09:20:47   4    Q.  And just the $0.50 version -- actually, make it the $0.25

09:20:52   5    version of what you do, what your company does?

09:20:54   6    A.  Basically, the same thing as I just described.  We do the A to

09:21:00   7    Z planning and permitting and drilling of wells in -- particularly,

09:21:03   8    in remote locations.

09:21:05   9    Q.  And do you employ people that -- I am going to try to -- I

09:21:10  10    don't know what your terminology is in Canada is, so I'm going to

09:21:13  11    try to equate it to this case.  Do you employ people that serve as,

09:21:15  12    what we call in this case, either company men or well site leaders?

09:21:19  13    A.  To clarify, my client actually has the contract with them, but

09:21:22  14    they report to me.

09:21:23  15    Q.  You supervise their work?

09:21:24  16    A.  Correct.

09:21:25  17    Q.  And insofar as what we, in this case, have called the driller,

09:21:30  18    Transocean, do they also report to you up through the reporting

09:21:35  19    chain?

09:21:35  20    A.  Yes, there is a few steps in between, but, correct, they do.

09:21:38  21    Q.  Have you ever served as a well site leader yourself?

09:21:41  22    A.  Yes, I have.

09:21:41  23    Q.  And have you ever been working for a -- did you ever, prior to

09:21:46  24    your present job, did you work for a company that has drilled in

09:21:51  25    American waters?

2062

09:21:51 1   A.   Yes, I did.

09:21:52 2   Q.   And what was the name of that company?

09:21:54 3   A.   Canadian Marine Drilling, commonly known as CanMar,

09:22:00 4   C-A-N-M-A-R.

09:22:00 5   Q.   And where were they involved in drilling in American waters?

09:22:02 6   A.   Two locations, the Chukchi Sea off the northwest coast of

09:22:07 7   Alaska, and also in the Beaufort Sea that would be north of the

09:22:12 8   North Slope as it were.

09:22:13 9   Q.   And in your present job, do you deal with regulators, in this

09:22:18 10  case, Canada?

09:22:19 11  A.   Yes, because the area we're in is highly regulated.  It's a big

09:22:23 12  part of my job.

09:22:24 13  Q.   Don't mean to insult you on this -- actually, maybe it's a

09:22:28 14  compliment -- you're not an attorney, correct?

09:22:29 15  A.   I am not an attorney, and I'm pleased with that.

09:22:33 16  Q.   How can you deal with Canadian regulators if you're not an

09:22:37 17  attorney?

09:22:37 18  A.   The purpose of the regulations, if you will, is that people who

09:22:39 19  have my job and other people who report to me follow those

09:22:43 20  regulations, so they're written so we understand them.  And in

09:22:45 21  fact, we're actually required to have a set on location where the

09:22:49 22  drilling operation takes place for the reference of the guys who do

09:22:52 23  it.

09:22:53 24  Q.   Let's just stick with what you do in your day job in Canada.

09:22:57 25  Does Canada, either the federal government, the territories, and

09:23:01  1   what, provinces also?

09:23:03  2   A.  Provinces and territories.

09:23:05  3   Q.  You make it complicated up there.  Do all three of those

09:23:08  4   entities:  Federal government, provinces, the territorial

09:23:12  5   governments, do they have drilling regulations that apply to people

09:23:16  6   working -- drilling in Canadian waters and lands?

09:23:19  7   A.  There are regulations, of course, everywhere and exactly which

09:23:23  8   ones apply depend on where you are.

09:23:25  9   Q.  Are those regulations, the ones you deal with, written in what

09:23:29 10   I'll call lawyerese or are they written in language that drillers,

09:23:34 11   toolpushers, roustabouts, well site leaders, for that matter,

09:23:39 12   people like you can understand?

09:23:40 13   A.  I think it's plain language.  It's certainly an accurate

09:23:43 14   description of what they are.

09:23:44 15   Q.  And we will get into some of those regulations possibly

09:23:47 16   applicable to this case in a moment.

09:23:49 17        Do you also -- I am not sure this is in your CV.  It may be.

09:23:53 18   Do you also teach, for want of a better word, I'll call it a

09:24:00 19   Drilling 101 course to non-engineers

09:24:02 20   A.  Yes, I have a couple of -- teach a couple of introductory

09:24:06 21   drilling courses, as you say, to non-engineers, people who are

09:24:08 22   involved in one way or other in the industry, but they are not

09:24:11 23   directly involved in the drilling.

09:24:12 24   Q.  And do you teach those courses in the United States?

09:24:15 25   A.  Among other places, yes.

09:24:16  1    Q.  London included?

09:24:18  2    A.  Yes.

09:24:18  3    Q.  Is Houston one of the primary places where you provide these

09:24:22  4    courses?

09:24:22  5    A.  It is.

09:24:22  6    Q.  Do you provide these courses, like you said when you do,

09:24:27  7    whether London, Houston, wherever, do BP people attend those

09:24:31  8    courses?

09:24:31  9    A.  Yes, BP is one of the bigger clients actually.

09:24:34 10    Q.  And have they ever registered an objection that you're a

09:24:38 11    Canadian citizen teaching here in America about drilling in

09:24:40 12    American waters?

09:24:41 13    A.  No, they haven't.

09:24:43 14    Q.  And has BP sent attorney folks like me to your courses?

09:24:46 15    A.  Yes, there's been a number of attorneys from BP and other

09:24:49 16    companies.

09:24:50 17    Q.  And since the *Deepwater Horizon* occurred in April 20th, 2010,

09:24:56 18    have you ever been instructed by me or the Department of Justice

09:24:59 19    not to provide courses if either BP, non-attorneys or, for that

09:25:04 20    matter, attorneys were present in those courses?

09:25:07 21    A.  No, I've had no instruction like that at all.

09:25:18 22         MR. UNDERHILL:  Your Honor, I don't believe there were

09:25:20 23    any Daubert objections to Mr. Heenan's report.  I ask that it be

09:25:24 24    entered into evidence.

09:25:25 25         THE COURT:  I have not seen any Daubert motions with this

09:25:30  1    expert; is that correct?

09:25:32  2                    MR. BROCK:  That's right.

09:25:33  3                    THE COURT:  Okay.  Anybody have any objections?  If not,

09:25:37  4    I am going to accept it.  What's he being tendered as?

09:25:42  5                    MR. UNDERHILL:  He is going to render -- and we will get

09:25:44  6    to that in a moment -- but it's three subject areas:  Negative

09:25:47  7    pressure testing, well monitoring, and well control and no other

09:25:51  8    areas in that Swiss cheese model of the Bly Report.

09:25:54  9                    THE COURT:  All right.  Let's proceed.

09:25:55 10                    MR. UNDERHILL:  Thank you.  Next slide, please.

09:25:59 11                              DIRECT EXAMINATION

09:25:59 12    BY MR. UNDERHILL:

09:26:00 13    Q.  And let's try to -- so we can make this as short as possible,

09:26:04 14    we pulled out Footnote 1, and does that list the things that you

09:26:08 15    have not been asked to render an opinion on in this case?

09:26:12 16    A.  Yes.

09:26:13 17    Q.  And so you're not going to get up here and provide opinions on

09:26:20 18    cement casing, casing design, blowout preventers, core pressure

09:26:26 19    fracture gradient.  You're not going to render causal opinions on

09:26:30 20    that, correct?

09:26:30 21    A.  Correct, I am not.

09:26:42 22    Q.  And the next slide there, does that indicate -- we've got the

09:26:47 23    Bly model up there, and does it indicate that you're going to be

09:26:50 24    testifying about three -- what we called three of those slices?

09:26:53 25    A.  Yes.

09:26:53 1          MR. UNDERHILL:  Can we have the next slide, please.

09:26:53 2    BY MR. UNDERHILL:

09:26:57 3    Q.  And does that indicate the three areas in which you've asked to

09:27:01 4    render an expert opinion in?

09:27:03 5    A.  Correct, that's them.

09:27:04 6          BY MR. UNDERHILL:  Thank you.  Mr. Heenan, we've prepared

09:27:09 7    an animation, and I am going to try to lead you through it.  And

09:27:13 8    hopefully, it will provide information for the benefit of the Court

09:27:16 9    and parties about the areas of your testimony.  And if we could --

09:27:22 10         Your Honor, I know that yesterday, I think in terms of

09:27:24 11   one of the animations, your Honor indicated you had a hard time

09:27:28 12   seeing the pointers.  The problem I think we've -- Dick or

09:27:33 13   Mr. Heenan and I tried this.  The pointer on this screen doesn't

09:27:37 14   work very well if the animation is moving.

09:27:39 15         THE COURT:  The problem we had yesterday was whatever was

09:27:45 16   on the screen, as I recall, it was kind of dark.  It was hard for

09:27:47 17   me to see on the big screen at least, which is what you're pointing

09:27:51 18   at.  When you're pointing, it doesn't show up on our monitors,

09:27:54 19   obviously, and that was the reason.

09:27:56 20         MR. UNDERHILL:  Is this okay, the green dot?

09:27:58 21         THE COURT:  That's perfectly clear.

09:28:00 22         MR. UNDERHILL:  I think it's going to be cleaner that

09:28:02 23   way.

09:28:03 24         THE COURT:  Okay.

09:28:04 25         MR. UNDERHILL:  Okay, are you ready?

09:28:06  1          MR. BROCK:  Can I get the number of this exhibit?

09:28:08  2          MR. UNDERHILL:  I apologize.  This is Demonstrative D

09:28:13  3  3561.  Thank you.  And we will provide copies of it on thumb drive

09:28:20  4  or CD to the Court afterwards.

09:28:20  5  BY MR. UNDERHILL:

09:28:24  6  Q.  Mr. Heenan, let's see if we can set the table and some of these

09:28:28  7  are going to be a bit beyond your scope, but I would like to go

09:28:32  8  through it with you if I could because it might explain the

09:28:35  9  components in relation to other things.  So while we may mention

09:28:39 10  cement, I am not going to ask you to render opinions as to whether

09:28:42 11  it was good, bad, or otherwise, okay?

09:28:44 12  A.  Okay.

09:28:44 13  Q.  Let's just see how these things fit together.  Let's start at

09:28:48 14  the top.  Is this the MODU *Deepwater Horizon* on this animation?

09:28:53 15  A.  Yes, that's a representation of the *Deepwater Horizon*.  And as

09:28:55 16  you're indicating, the whole thing is not to scale.  It shows all

09:28:58 17  of the components, but they are definitely not to scale.

09:29:01 18  Q.  Let's start at the top.  This area up here from the --

09:29:04 19  actually, let's start here, this yellow stuff here, what's that?

09:29:07 20  A.  That's a representation of the blowout preventer, the BOP.

09:29:10 21  Q.  And let's start here at the bottom of the rig going down to the

09:29:14 22  top of the BOP.  What is that area called in that brown area?

09:29:18 23  A.  That's the riser, and the brown is the drilling mud inside of

09:29:21 24  the riser.

09:29:21 25  Q.  And that's -- this blue area over here, that's Gulf of Mexico

OFFICIAL TRANSCRIPT

2068

09:29:25  1   sea?

09:29:26  2   A.  Correct.

09:29:26  3   Q.  And what's approximate distance from the bottom of the rig to

09:29:31  4   the top of the BOP, that is the length of the riser?

09:29:34  5   A.  It's about 5,000 feet.  If it's okay, I'll just stick with even

09:29:38  6   thousands.  The exact numbers don't matter in what we are going to

09:29:43  7   talk about.

09:29:44  8   Q.  At least in terms of your expertise and report?

09:29:46  9   A.  Correct.

09:29:47 10   Q.  Basic terms here, five nickel version, what's the purpose of

09:29:51 11   the riser?

09:29:51 12   A.  The riser is what contains the drilling mud.  In other words,

09:29:59 13   the drilling mud in most operations is pumped down inside the drill

09:29:59 14   pipe and is returned back to the drilling rig through the riser.

09:30:01 15   Keeps the drilling mud, if you will, inside.  And also it's the

09:30:05 16   conduit that passes the drill string or casing or whatever down

09:30:08 17   through the well.

09:30:09 18   Q.  And it's not depicted on here, but does the LMRP, the lower

09:30:16 19   marine riser package, that's the top portion of the BOP?

09:30:17 20   A.  Correct, that's the top portion.

09:30:19 21   Q.  And let's continue down.  What's this line here, seafloor?  Is

09:30:24 22   there a term that in the marine industry?

09:30:26 23   A.  In our industry, we call it the mudline, the interface between

09:30:30 24   the water and the dirt, if you will.

09:30:34 25   Q.  Does there appear -- down at the bottom of the BOP at the

09:30:37  1   mudline, all the way down to the bottom of the hole -- actually

09:30:39  2   let's take it down to the bottom of this line.  What's that called?

09:30:41  3   A.  That's the casing that you're indicating there, and that's the

09:30:44  4   last string production casing, long string it's also called.

09:30:47  5   Q.  While we're down here, there's kind of an arc here with gaps in

09:30:51  6   it, what is that called?

09:30:52  7   A.  That's the casing shoe; in this case, the reamer shoe.

09:30:56  8   Q.  Before we get there, there are two horizontal lines here, cream

09:31:01  9   or yellow with a red one.  Very briefly, what are those?

09:31:04 10   A.  Those are the cement plugs.  The word is cement plug.  They're

09:31:08 11   actually made out of rubber.  It's part of the cementing operation.

09:31:11 12   Q.  Are they called wiper plugs?

09:31:13 13   A.  That's correct.

09:31:13 14   Q.  The top one is the top wiper?

09:31:15 15   A.  The top one is the top one.

09:31:16 16   Q.  The bottom one is?

09:31:17 17   A.  The bottom one.

09:31:18 18   Q.  And it's not depicted on here, but just for context, below the

09:31:22 19   bottom wiper plug, that red horizontal line there, is that where

09:31:27 20   the float collar would be during the cement pumping operations?

09:31:30 21   A.  Correct.  It's part of the casing, so that's where it is.

09:31:32 22   Q.  And at the bottom below the reamer shoe all the way to the

09:31:36 23   bottom, is there a term for that area?

09:31:37 24   A.  Yes, the space, if you will, at the bottom is called the

09:31:41 25   rathole.

2070

09:31:41   1   Q.  And then circling out, turning the corner, as I think you folks

09:31:45   2   call it, this gray area here in this diagram, would that be cement?

09:31:49   3   A.  Correct.

09:31:50   4   Q.  I mean, at least as intended?

09:31:52   5   A.  Yes.

09:31:52   6   Q.  And I am not going to ask you, I'm sure it will come up with

09:31:56   7   cement experts, so generally we'll refer to this as cement down

09:32:00   8   here, even though it might be broken down into lead cement, tail

09:32:05   9   cement, foam cement, possibly even mud at the bottom, so for our

09:32:09  10   purposes, we will just call it cement.

09:32:11  11   A.  Sure.  That makes sense.

09:32:12  12   Q.  Good enough.  Almost done here with our context.  These lines

09:32:16  13   out here, probably not going to go on the record very well, but

09:32:19  14   outside of the casing is a line there, a line there, what are

09:32:22  15   those?

09:32:23  16   A.  Specifically, those are -- you're pointing to outside of the

09:32:26  17   production casing.  Those are all of the other casing strings in

09:32:29  18   the well.

09:32:30  19   Q.  Those would have been casing strings that would have been set

09:32:33  20   successively before the production casing string?

09:32:35  21   A.  Correct.  Drill a section of hole, set the casing, cement it,

09:32:38  22   drill another section of hole and so on.

09:32:41  23   Q.  It sort of looks like a telescope.  Is that the general idea?

09:32:43  24   A.  That's correct.  Each one is smaller than the one that precedes

09:32:47  25   it.

09:32:48   1    Q.  Almost done.  The gray areas outside of the earlier casing

09:32:51   2    strings, what's that?

09:32:52   3    A.  That's the cement that's used to isolate, to seal between the

09:32:56   4    formation, the hole that you drilled and the casing.

09:32:58   5    Q.  And do they cement -- actually, is there an area -- is there a

09:33:02   6    word for that?  Maybe "annulus"?

09:33:04   7    A.  "Annulus" is the word you're looking for.  That's the

09:33:07   8    doughnut-shaped hole between two cylinders, the hole and the

09:33:11   9    casing, casing and drill pipe, riser and drill pipe, whatever.

09:33:14  10    Q.  And I think you've done that, you explained this to me earlier.

09:33:17  11    "Annulus" is used in various different contexts.  For example, an

09:33:20  12    annulus could also be the distance or the area between what's there

09:33:25  13    at the drill pipe and the outside of the -- or the inside of the

09:33:29  14    riser, correct?

09:33:29  15    A.  Correct.

09:33:30  16    Q.  And, likewise, the -- this is also referred to as an annulus

09:33:35  17    space here in the cement portions I am pointing to, right?

09:33:37  18    A.  Yes.

09:33:38  19    Q.  And this area down here, is there a term for that?  TD?

09:33:44  20    A.  Total depth, TD.  Known as TD.

09:33:47  21    Q.  That's the bottom of the well?

09:33:48  22    A.  That's as far as you drilled.

09:33:49  23    Q.  And when you measure the distance, at least when drillers and

09:33:52  24    company men measure distance, do they measure the distance from the

09:33:56  25    top of the riser to the TD or something else?

2072

09:34:00  1   A.   Technically we measure it from the rig floor, but it's almost

09:34:04  2   the same depth.

09:34:05  3   Q.   So in this case, that's what, roughly 18,000 feet?

09:34:08  4   A.   To the bottom of the well is 18,000 feet from the rig floor.

09:34:11  5   Q.   And I forgot to ask you, what's the general distance here from

09:34:16  6   the mudline down to the TD?

09:34:17  7   A.   It's 5,000 feet of water, so there's 13,000 feet from the

09:34:20  8   mudline to eleven.

09:34:23  9   Q.   We are going to have some later animations that will put into

09:34:27 10   context for these lines coming up from the BOP.  So we'll save

09:34:30 11   those.  Can we have the next slide or the next animation.  And feel

09:34:34 12   free to narrate what's going on.

09:34:36 13   A.   At this point in time, they're running the drill pipe into the

09:34:37 14   hole down to 8,000, approximately, feet.

09:34:41 15   Q.   And we're going to be dealing in this with the temporary

09:34:48 16   abandonment process and the negative pressure test, correct?

09:34:48 17   A.   Yes, that's what we are going to be talking about.

09:34:51 18   Q.   Just for our purposes now, putting the drill pipe down to 8,367

09:34:55 19   was part of that temporary abandonment process and part of the

09:34:59 20   process of doing the negative-pressure test?

09:35:00 21   A.   Yes, it was -- yes, it was both, but negative-pressure test at

09:35:03 22   this point.

09:35:03 23   Q.   And I think this will become apparent in a little bit, too.

09:35:06 24   Those bow ties here in various pipes that are green here, what are

09:35:10 25   those?

09:35:10  1   A.  The bow ties, as you call them, are all valves.  They're green
09:35:13  2   because at this point in time, they're open.  As we run this
09:35:17  3   animation forward, they're opened and closed at different times.
09:35:20  4   They will be red when they're closed.
09:35:21  5   Q.  Thank you, let's continue on.  Feel free to tell us what's
09:35:28  6   going on here.
09:35:29  7   A.  So at this point in time, we are displacing, we're actually
09:35:31  8   pushing the drilling mud that's inside those lines.  The lines were
09:35:35  9   brown.  Now they're blue because they're full of seawater.  So
09:35:38 10   that's what we've been doing.
09:35:39 11   Q.  Now we have additional information, choke, boost and kill
09:35:44 12   lines.  Twenty-five-cent version, what are they?
09:35:46 13   A.  Those are three lines that are outside the riser.  The boost
09:35:50 14   line has a different purpose, not terribly important for what we're
09:35:53 15   talking about.  Choke and kill lines are lines that run down from
09:35:56 16   the drilling rig down and connecting to the blowout preventer, as
09:36:00 17   you can see.  Choke and kill lines are more or less interchangeable
09:36:03 18   or slightly different.
09:36:05 19         What we're going to be talking about is the kill line, so
09:36:07 20   we will talk about the one on the right.  The ones on the left,
09:36:10 21   they're correct, they're there, but they don't really factor into
09:36:13 22   this discussion.
09:36:14 23   Q.  Thank you.  Proceed, please.  What's happening now?
09:36:17 24   A.  So again what we were doing is we were finishing off the
09:36:20 25   displacement, pumping seawater down, close the valves.  Now we're

09:36:23   1   pumping spacer, the pinkish, orangish spacer down ahead.  Sorry,

09:36:28   2   I'm going too fast.  We're pumping spacer ahead of the drilling mud

09:36:32   3   and then pushing seawater down the drill pipe, and as you can see

09:36:36   4   in the animation, as the -- as the water goes down and back up

09:36:41   5   the -- back up the outside here, it's pushed the spacer up above

09:36:48   6   the blowout preventer and then the drilling mud up ahead of it, and

09:36:51   7   the returns are going back into this tank.

09:36:53   8   Q.  See if I understand what you're saying.  So they're pushing

09:36:56   9   seawater down the drill pipe, this area here, and then I think you

09:37:00  10   folks use the term it turns the corner?

09:37:02  11   A.  Correct.

09:37:02  12   Q.  And then the seawater in turn pushes up on the spacer, which is

09:37:08  13   this orangish material, which in turn pushes the drilling mud up

09:37:11  14   higher, correct?

09:37:12  15   A.  Exactly.

09:37:13  16   Q.  And up here at the top of the diagram, it looks like sort of, I

09:37:18  17   don't know, a dump valve or something appears to be emptying

09:37:20  18   fluids.  Is that what that is?

09:37:21  19   A.  Yes, the fluids are returning to a tank.

09:37:24  20   Q.  Could you move perhaps just a little bit back from the mic.

09:37:27  21   You're kind of blowing into the mic.

09:37:31  22   A.  How's this?

09:37:33  23   Q.  Probably a little closer.

09:37:36  24        THE COURT:  Yes, that ought to do it.

09:37:36  25   BY MR. UNDERHILL:

09:37:39 1    Q.  So that can be various types of tanks.  Pits can be a mini trip

09:37:43 2    tank, all kind of different ways depending on how they line up the

09:37:46 3    plumbing, right?

09:37:46 4    A.  Yeah, there's a number of choices how it could be lined up.

09:37:49 5    Q.  Let's proceed with the next animation.  What's happening here?

09:37:53 6    A.  So at this point in time, they've finished the displacement,

09:37:57 7    the pumping.  They've closed the valve at the top here.  You can

09:38:01 8    see it's red.  And they've also closed the annular preventer.  And

09:38:06 9    you can see pressure on the drill pipe here.

09:38:11 10   Q.  Perhaps now is a good time to try to put in context why they're

09:38:17 11   doing this process.  I mean, we know they're going to do a

09:38:22 12   negative-pressure test, but explain to us what's going to happen to

09:38:25 13   the rig and other components that leads them to want to perform a

09:38:29 14   negative-pressure test.

09:38:29 15   A.  So they finished drilling the well and they're going to be

09:38:33 16   moving to another location, so what that means is the drilling rig

09:38:36 17   will be leaving the riser, and that means the mud that's inside the

09:38:40 18   riser that provides the hydrostatic pressure that controls the

09:38:43 19   well, and also the blowout preventer, all of those things will be

09:38:47 20   leaving.

09:38:48 21        So as part of the temporary abandonment process, they

09:38:53 22   will seal a well in two places.  There's sort of a standard that

09:38:56 23   requires the well to be sealed in two spots.  One will be down on

09:39:00 24   the bottom there where you're indicating, around about the shoe,

09:39:03 25   the cement plug, and so in the bottom.  And then they will also be

09:39:07  1   setting a second cement plug.  They didn't get to this point, but

09:39:10  2   the intention was to set a cement plug at the point you're

09:39:13  3   indicating here, which is 3,000 feet below the mudline or about

09:39:17  4   8,000 feet from the top of the rig.

09:39:19  5   Q.  And what's the purpose of closing this annular preventer on the

09:39:24  6   BOP, what they've done here?

09:39:25  7   A.  So what this whole negative-pressure test is all about --

09:39:29  8   Q.  Sorry.  Good ahead.

09:39:31  9   A.  So what the negative-pressure test is all about is to simulate

09:39:35  10  safely the removal of this -- of the riser -- the mud in the riser.

09:39:40  11  So what they've done is they've filled the drill pipe with

09:39:44  12  seawater, they're closing the blowout preventer so that the mud

09:39:47  13  that's in the riser is not pushing down here.  So for practical

09:39:51  14  purposes, they're simulating removing the mud in the riser, but

09:39:55  15  they're doing so in a safe manner.

09:39:57  16  Q.  See if I am tracking you here.  Eventually after the rig

09:40:02  17  departs, the riser departs, all of the mud in the riser departs and

09:40:07  18  the blowout preventer departs, the well is going to be left in an

09:40:12  19  underbalanced condition; is that correct?

09:40:14  20  A.  Correct, because when we drilled the well, we used heavy mud to

09:40:19  21  keep it under control.  Now we've taken that away and replaced a

09:40:20  22  lot of it with seawater.  The well is what we call underbalanced.

09:40:24  23  In other words, the pressure in the formation is greater than the

09:40:27  24  bottom of the well inside the casing.

09:40:29  25  Q.  So is the purpose of the negative-pressure test to simulate the

09:40:31  1  underbalanced condition that is going to exist once they abandon?

09:40:34  2  A.  Correct.

09:40:35  3  Q.  But do so in a controlled and safe manner so that if they find

09:40:39  4  out something's wrong with their well, they've got the blowout

09:40:43  5  preventer, they've got mud to overweight it again, is that

09:40:46  6  generally the purpose of this negative-pressure test?

09:40:48  7  A.  Yes, it's a safe test, and then you can take remedial action if

09:40:52  8  you need to.

09:40:53  9  Q.  Let's proceed.  Feel free to narrate, if you would like.

09:41:01 10  A.  So at this point in time, they're bleeding pressure.  You can

09:41:04 11  see the valve on the drill pipe is open and they were -- and

09:41:07 12  they're flowing water -- allowing the seawater to flow up through

09:41:11 13  the drill pipe and back into the tank, which has now disappeared

09:41:15 14  from the animation.  So they're trying to lower the pressure on the

09:41:18 15  drill pipe.

09:41:18 16  Q.  Now, at this point, at least at this point in the process, it

09:41:22 17  appears that the pressure on the drill pipe and the pressure on the

09:41:26 18  kill line were equal, correct?

09:41:28 19  A.  Yes, they are.

09:41:29 20  Q.  Let's continue on.  What's happening?

09:41:45 21  A.  So they've opened the kill line briefly up here and then closed

09:41:50 22  it.  The pressures on both sides should be the same.  But they're

09:41:54 23  not.

09:41:55 24  Q.  And what does that potential indicate, and I stress the word

09:42:01 25  "potential"?

09:42:01  1    A.  There's a couple of possibilities.  There's something wrong.
09:42:03  2    There is a possibility that there is pressure coming from the
09:42:05  3    formation or something else wrong with the setup.  But the key part
09:42:09  4    is these should be the same, and they're not.
09:42:11  5    Q.  Let's proceed.  Tell us what's going on.
09:42:18  6    A.  So here they've opened up the valve at the top of the drill
09:42:21  7    pipe and bled to allow -- bled the fluid out, they've allowed some
09:42:25  8    water to flow out into this tank at the top, and simultaneously
09:42:29  9    this valve is still closed.  They're attempting to bring this down
09:42:32 10    to 0, which is what they would expect to find in a successful test.
09:42:36 11    But that doesn't happen.
09:42:37 12    Q.  And is that a further indication that there may be a problem
09:42:41 13    with the well?
09:42:42 14    A.  There may be a problem, yes.
09:42:44 15    Q.  In any event, it's not what they want to see in this test,
09:42:48 16    correct?
09:42:48 17    A.  It's not a successful test.
09:42:49 18    Q.  Thank you.  Let's proceed.  So what's happening now?
09:42:59 19    A.  What they've done now is they've closed -- they've closed the
09:43:02 20    drill pipe at the top here, and the drill pipe pressure has come
09:43:07 21    back up again.  It's risen from the lower number.  There's a whole
09:43:12 22    bunch of numbers here, but anyway it's gone back up to over to
09:43:16 23    1,200 psi.
09:43:17 24    Q.  By the way, you almost pointed it out there, there are various
09:43:21 25    things that we're seeing in the events leading up to the final

09:43:24  1  negative-pressure test, and I take it you're not going to spend a

09:43:26  2  lot of time and detail on those numbers?

09:43:28  3  A.  All -- to me, the steps are not important.

09:43:31  4  Q.  Why is that?

09:43:32  5  A.  Because we'll get to the critical part of the negative-pressure

09:43:35  6  test in a few minutes.

09:43:35  7  Q.  Thank you very much.  Let's go ahead and proceed.  Tell us

09:43:42  8  what's going on.

09:43:43  9  A.  So what we have here in the little pop-out, or whatever you

09:43:47 10  call it, is this is a view over here of close up of the annulus, so

09:43:52 11  the fluid in the riser is dropping.  You can see at the top here

09:43:55 12  that the level of the riser, it was full up to the top of drilling

09:43:59 13  mud, it's shown as level dropping down because the mud is actually

09:44:03 14  sneaking past the closed element in the blowout preventer.

09:44:07 15  Q.  And is that what they wanted to have happened?

09:44:11 16  A.  No, there's something not mechanically correct with the test.

09:44:14 17  That should have been sealed off, because what we're attempting to

09:44:17 18  do here is we want to isolate the effect of this heavy mud that's

09:44:20 19  in the riser so that it doesn't act on the bottom of the wellbore

09:44:24 20  controlling the well.  We want to test it with a column of

09:44:27 21  seawater, which is what's at this moment inside the drill pipe and

09:44:30 22  also in the kill line, all the way up to the surface.

09:44:33 23  Q.  But I think we'll go there in a moment.  The rig crew did

09:44:37 24  rectify that particular problem, I think, when we get to that?

09:44:39 25  A.  Yes, I think that's the next part of the animation, if I

09:44:42  1    remember.

09:44:42  2    Q.  Let's proceed.  Tell us what they're doing in -- right there.

09:44:48  3    A.  As it says on the side here, the rig crew has closed off the

09:44:52  4    annular, they increased the closing pressure on the annular to make

09:44:55  5    it seal against the drill pipe, and they're also filling up the

09:45:00  6    riser vac so it's full of drilling mud again, as it was supposed to

09:45:04  7    be.

09:45:04  8    Q.  So we don't see it here, but I think in an earlier frame or

09:45:07  9    frames, the mud in the riser was down somewhere in this level,

09:45:11 10    again not to scale, and now they've filled up -- basically filled

09:45:16 11    up the top of the bottle?

09:45:17 12    A.  They've topped it off, as it were.

09:45:20 13    Q.  Got it.  Let's proceed.  What are they doing now?

09:45:25 14    A.  So again, they're bleeding back.  The drill pipe -- they've

09:45:29 15    opened the valve at the top of the drill pipe.  They're allowing

09:45:32 16    seawater to flow out of the drill pipe and into a tank at surface,

09:45:37 17    and as it's noted on the side here, it's 15 barrels is what they

09:45:42 18    bled back through the drill pipe.

09:45:43 19    Q.  And is that what they want to see?

09:45:47 20    A.  Well, they would bleed back some small amount, but 15 barrels

09:45:53 21    seems like a lot.  I wouldn't say at this moment definitive, but it

09:45:58 22    would certainly get your attention.

09:45:59 23    Q.  In terms of pressure -- by the way, they are performing the

09:46:03 24    negative-pressure test on the kill line at this point, correct?

09:46:04 25    A.  That's right.

09:46:04  1    Q.  That valve is closed off?

09:46:06  2    A.  That valve is closed, and there's no indication that there's

09:46:09  3    any observation of pressure or anything going on at the moment.

09:46:12  4    Q.  The 0 pressure on the drill pipe, is that a good sign at this

09:46:15  5    point?

09:46:16  6    A.  Well, it doesn't really mean anything because the valve is open

09:46:19  7    at this point in time up above, so 0 is good, but it doesn't mean

09:46:23  8    anything yet.

09:46:24  9    Q.  Let's proceed then.

09:46:28 10    A.  So now we're actually measuring the pressure.  We've closed the

09:46:31 11    valve at the top of the drill pipe, but the pleasure is no longer

09:46:34 12    0.  It's starting to rise.  Goes to 773, it says.

09:46:38 13    Q.  Is that a good thing?

09:46:40 14    A.  Since it should have been 0, that's not a good thing.

09:46:43 15    Q.  Does that indicate a possible communication of the well with

09:46:45 16    the casing?

09:46:47 17    A.  That's certainly one possibility.

09:46:48 18    Q.  Let's proceed.

09:46:56 19    A.  What they've done here is they've opened up the other side,

09:46:59 20    opened the kill line and they've allowed it to flow and attempt to

09:47:03 21    bleed the pressure down.  And as it says here, some seawater flowed

09:47:07 22    back, there's a little bit of discrepancy in exactly how much,

09:47:11 23    between 13 and 15 barrels -- sorry, between 3 and 15 barrels.

09:47:16 24            MR. BROCK:  Your Honor, I have a foundation objection on

09:47:19 25    this.  I think it's clear that -- from the expert testimony from a

2082

09:47:23  1  lot of areas that no one knows precisely where the spacer was in

09:47:27  2  the BOP.  So depicting it in that way, as long as that's clarified,

09:47:31  3  I am okay with this as a teaching tool.  But I don't think that's

09:47:35  4  accurate.

09:47:36  5          MR. UNDERHILL:  I think I can deal with that if I can ask

09:47:38  6  the witness a question.

09:47:39  7          THE COURT:  Go ahead.

09:47:40  8  BY MR. UNDERHILL:

09:47:40  9  Q.  In your report, you noted that there is, in fact, a

09:47:43 10  disagreement between some of the parties about where the spacer was

09:47:48 11  and whether it had any causal effect on the misinterpretation of

09:47:53 12  the negative-pressure test, correct?

09:47:53 13  A.  Yes, there's a couple of different possibilities, and different

09:47:56 14  people have different thoughts about that.

09:47:57 15  Q.  And you have a footnote in your report saying that you're not

09:48:01 16  wading into that debate and taking a position one way or the other,

09:48:04 17  because your report goes to another issue that you feel makes this

09:48:08 18  at least, in your opinion, irrelevant?

09:48:10 19  A.  Yeah.  The discussion of spacer or whatever is not relevant, in

09:48:14 20  my opinion.

09:48:15 21  Q.  So to use my colleague's terms, this is simply meant as a

09:48:19 22  teaching tool, not a definitive statement of where the spacer was

09:48:22 23  and certainly not as to whether the spacer had a causal effect on

09:48:27 24  the blowout on April 20th, right?

09:48:28 25  A.  Yes, and yes.

09:48:30   1              MR. UNDERHILL:  Good enough?

09:48:32   2              MR. BROCK:  Yes.

09:48:33   3   BY MR. UNDERHILL:

09:48:33   4   Q.  I think we're ready to proceed with the next one.  Tell us

09:48:43   5   what's going on here.

09:48:44   6   A.  They've stopped bleeding fluid out of the kill line, closed it

09:48:48   7   off.  So what you see here is that both valves at the top here, the

09:48:53   8   kill line and the drill pipe are both closed, and the pressure is

09:48:56   9   built back up.  It's built up to 1,400 psi.

09:48:59  10   Q.  Is this a good thing?

09:49:00  11   A.  This is not a good thing.

09:49:02  12   Q.  Why?

09:49:03  13   A.  Because, again, there is pressure coming from somewhere.  One

09:49:07  14   of the distinct possibilities is it's coming from the formation,

09:49:10  15   which it shouldn't be.

09:49:11  16   Q.  I understand this wasn't the final test, but had they stopped

09:49:15  17   the test at this point, in your opinion, could it have been

09:49:18  18   declared a successful negative-pressure test?

09:49:19  19   A.  No, that's not a successful attest.

09:49:21  20   Q.  Why is that?

09:49:22  21   A.  Because the criteria for pass was either the valve closed and 0

09:49:26  22   pressure or the valve opened and no flow, and this is closed, and

09:49:31  23   1,400 is not 0.

09:49:33  24   Q.  Gotcha.  Proceed, please.  So tell us what's going on now.

09:49:47  25   A.  It's noted that the approved procedure, the one that was filed

09:49:50  1  with the MMS, was to monitor the pressure on the kill line rather

09:49:55  2  than on the drill pipe, so to comply with the procedure that was

09:49:58  3  filed and approved, they moved to look at the kill line side.

09:50:03  4  Q.  Let's proceed.

09:50:09  5  A.  So at this point in time, they open the kill line to check for

09:50:13  6  flow, small amount of fluid flows out of kill line and then it

09:50:17  7  stops.  The valve is still open, the two green bow ties, if you

09:50:22  8  will.

09:50:22  9  Q.  But now in this frame, we still have 1,400 on the drill pipe,

09:50:26 10  which is closed in with that -- the valve on top, correct?

09:50:30 11  A.  Right.

09:50:30 12  Q.  So in your opinion, would it be proper to discount that 1,400

09:50:35 13  pressure on the drill pipe?

09:50:36 14  A.  No.

09:50:42 15  Q.  Let's proceed.  Feel free to tell us what's going on.

09:50:50 16  A.  So they are effectively proceeding with the test.  They're

09:50:54 17  monitoring the kill line, and what they see on the kill line side

09:50:58 18  is no flow for 30 minutes, as it says on the little callout.  They

09:51:05 19  also see 1,400 on the drill pipe.

09:51:07 20  Q.  And let's just stop right there.  Is the 1,400 on the drill

09:51:13 21  pipe, in your opinion, would that have allowed them to declare the

09:51:18 22  negative-pressure test a success at that point?

09:51:20 23  A.  No, no, that's not a successful test because of the 1,400 psi.

09:51:23 24  Q.  So let's continue on.  Now, we've broken up the graphic into

09:51:47 25  two separate representations of the test to lineup.  The one on the

09:51:53  1    right, what's that represent?

09:51:54  2    A.  The one on the right is a successful negative test.  We said

09:51:58  3    that there were two ways you could test.  You can test for

09:52:02  4    pressure, close the valve and test for pressure.  That's what you

09:52:04  5    see on the drill pipe.  The valve at the top of the drill pipe here

09:52:08  6    is red and closed, has no pressure on the drill pipe.  So that

09:52:11  7    would be an indicator of a successful test.  On the kill line side,

09:52:15  8    the valves are open, the green bow ties.  And not schematically

09:52:21  9    shown, but there's no flow.  That's a successful test.

09:52:23 10    Q.  So had the folks on the *Deepwater Horizon* that were involved in

09:52:28 11    the test seen the graphic on the right, 0 pressure, 0 flow, they

09:52:33 12    could, if they had seen that, have declared the test a success.  Is

09:52:37 13    that your opinion?

09:52:38 14    A.  Yes.

09:52:38 15    Q.  Instead, what's on the left?

09:52:41 16    A.  What we have on the left is what actually occurred.  We have

09:52:46 17    the kill line side open, both green bow ties, as you called them,

09:52:50 18    and no flow.  So that's, let's say, a green light, a successful

09:52:55 19    test.

09:52:55 20          But over on the other side here, we have the drill pipe

09:52:58 21    closed in.  That should be zero, as we just said.  It's still

09:53:03 22    reading 1,400 psi, 25 times the pressure in your -- yes, more like

09:53:09 23    almost 50 times the pressure in a car tire.  There's a big, red

09:53:13 24    light here flashing saying stop.

09:53:15 25    Q.  And seeing that, what you have on the left, is it your opinion

09:53:26  1   that they can't declare that a successful negative-pressure test?

09:53:29  2   A.  Yes, that's definitely not a successful pressure test.

09:53:32  3   Q.  And in your opinion, is that something that's understood

09:53:37  4   throughout the industry, the drilling industry, any rig, any crew,

09:53:44  5   any nationality, any lease holder, any operator, any driller, you

09:53:51  6   name it, is that commonly understood in the industry that you can't

09:53:54  7   approve a test that's lined up like the graphic on the left?

09:53:57  8   A.  With results like this, no, they can't be accepted.

09:54:00  9   Q.  And is this -- life isn't always simple, as we all find out

09:54:07  10  that there are sometimes judgment calls, there's gray area.  Is

09:54:10  11  this a gray area, is it a judgment call or is it a yes-no,

09:54:17  12  black-white, pass-fail situation?

09:54:20  13  A.  Pass-fail is maybe the best analogy, 1,400 isn't 0.

09:54:25  14  Q.  So insofar as -- to investigate why they got this, now, that

09:54:29  15  might be a complicated engineering set of decisions, correct?

09:54:32  16  A.  Well, there's some diagnostics required, and whether it's

09:54:36  17  engineering is debatable, but certainly it's more complicated than

09:54:40  18  looking at that and saying it's not a successful test.

09:54:43  19  Q.  But just leaving it with the decision of whether the test

09:54:46  20  itself is approved, that's, to use your words, pass-fail?

09:54:50  21  A.  That's pass-fail.  Fail, to be exact.

09:54:53  22  Q.  Thank you.  And given what they're about to do after the

09:54:58  23  negative-pressure test, that is displace the riser to seawater and

09:55:03  24  put it in an underbalanced condition, would that put the rig and

09:55:06  25  its crew and, for that matter, the environment in danger if they

09:55:10  1   proceeded if, in fact, the reason for the negative-pressure test on

09:55:16  2   the last -- on the left side is because the hydrocarbons and the

09:55:22  3   case hands are communicating with the well?

09:55:23  4   A.   Yes.   If the reason for the result is that we don't have well

09:55:26  5   integrity, which we've now established that we don't, yes,

09:55:30  6   obviously that's a huge danger.

09:55:31  7   Q.   And, again, is that something that's understood, any rig, any

09:55:37  8   ocean, any lease holder, any operator, any ocean, anywhere in the

09:55:42  9   world?

09:55:42  10   A.   Yes.

09:55:44  11   Q.   Fundamental principle, correct?

09:55:45  12   A.   It is well control 101, day one.

09:55:50  13   Q.   I'm sorry?

09:55:50  14   A.   Day one.

09:55:51  15   Q.   Day one of what?

09:55:52  16   A.   Of well control 101.

09:55:54  17   Q.   Certainly something a well site leader should understand?

09:55:57  18   A.   Yes.

09:55:58  19   Q.   And you have served as well site leader?

09:56:01  20   A.   I have.

09:56:01  21   Q.   Let's go ahead and leave that up there.   Actually, let's take

09:56:06  22   it down.   Thank you, Ms. Miller.   If we could go to the next slide,

09:56:11  23   please.

09:56:12  24         We're going to go to your report, Mr. Heenan, and do some

09:56:15  25   pullouts.   In rendering your opinion in this case, have you used an

09:56:22 1   industry -- at least what you believe to be an industry standard of

09:56:24 2   care?

09:56:25 3   A.   Yes.

09:56:25 4   Q.   And what do you call that industry standard of care in the

09:56:30 5   industry?

09:56:30 6   A.   The phrase is "good oil field practice" is the common one.

09:56:33 7   Q.   Lean a little forward.

09:56:34 8   A.   The common phase is "good oil field practice."

09:56:37 9   Q.   And have you attempted, just as an exercise, to try to find out

09:56:43 10  whether that concept, good oil field practices, is codified -- and

09:56:50 11  I am not going to ask you to interpret them -- but codified in

09:56:54 12  various legal regimes?

09:56:55 13  A.   Yes, it's generally accepted in my industry, but I wanted kind

09:56:59 14  of a broader one, so I started searching for where else it was

09:57:02 15  used.   The one I called out was in Australia, because there were a

09:57:06 16  lot of references to it and it was easy, but it's in a lot of other

09:57:08 17  places, too.

09:57:10 18  Q.   For example, the U.K.?

09:57:11 19  A.   The U.K., United States.

09:57:13 20  Q.   Canada?

09:57:14 21  A.   I don't recall that specific phrase in the Canadian

09:57:18 22  legislation, but it's certainly understood in Canada.

09:57:21 23  Q.   California?

09:57:21 24  A.   It is in California.

09:57:22 25  Q.   Thank you.   And you've got it up there, feel free to read it if

2089

09:57:28  1    you care, just for the record, how you understand -- what you

09:57:32  2    understand that practice to mean.

09:57:34  3    A.   The quote that I called out, which is a pretty good general

09:57:37  4    description, is all of those things that are generally accepted as

09:57:41  5    good and safe in the carrying on of exploration for petroleum, or

09:57:45  6    in operations for the recovery of petroleum.  Slightly different

09:57:50  7    words might appear in other places, but the meaning is the same.

09:57:53  8    Q.   Have you applied that standard in your practice in the drilling

09:57:58  9    industry over -- we are going to do the CV -- but I think it's

09:58:02  10   roughly 34 years?

09:58:03  11   A.   Yes.

09:58:03  12   Q.   Could you turn to the next slide, please.  Have you applied

09:58:07  13   those standards to the parties in this case?  And I am going to

09:58:12  14   focus on BP and the well site leader.

09:58:14  15   A.   I used those standards as a yardstick, if you will.

09:58:17  16   Q.   And it's up in the slide over here, feel free to look at it or

09:58:22  17   quote it from memory if you want.  Did you determine whether with

09:58:27  18   respect to the negative-pressure test, well control and the well

09:58:30  19   monitoring, BP and others fell below, equal to or above those

09:58:34  20   standards that you've described as good oil field practices?

09:58:37  21   A.   Extremely below.

09:58:38  22   Q.   And we've got a CFR up there in your report.  It's

09:58:46  23   30 CFR 250.401.  Do you see that?

09:58:49  24   A.   I do.

09:58:50  25   Q.   Now, again, we established you're not a lawyer.

09:58:54  1   A.  Correct, I am not a lawyer.

09:58:55  2   Q.  And the Canadian regulations that you use practically daily in

09:59:01  3   your day job, are they written in simple, plain English so that

09:59:06  4   non-lawyers, perhaps non-lawyers that are smarter than lawyers can

09:59:10  5   understand?

09:59:10  6   A.  Yes, they're in plain English.

09:59:12  7   Q.  And this particular regulation, you've never worked for Balmer,

09:59:16  8   right?

09:59:16  9   A.  Correct.

09:59:16  10  Q.  You've never worked for MMS?

09:59:18  11  A.  Correct.

09:59:18  12  Q.  You've never served as a regulator, correct?

09:59:22  13  A.  Correct.

09:59:22  14  Q.  And you understand the language in 30 CFR 250.401?

09:59:27  15  A.  Yes, I think it's very clear.

09:59:28  16  Q.  What does it say?

09:59:30  17  A.  It says you must take necessary precautions to keep wells under

09:59:34  18  control at all times.  Pretty clear.

09:59:37  19  Q.  And it says "must," not could, not maybe, not if you feel like

09:59:42  20  it.  It says "must," does it not?

09:59:44  21  A.  Correct.

09:59:44  22  Q.  And is it your understanding that that CFR applies to, in this

09:59:52  23  case, BP as the operator and the lease holder and its well site

09:59:56  24  leader, and for that matter, its engineers onshore?

09:59:59  25  A.  Yes, the regulation before that, 400, lists out and it says

10:00:05  1    owner operator, lessee, words to that effect.

10:00:09  2    Q.  And when you said the prior regulation, that will be, for the

10:00:11  3    record, 30 CFR 250.400?

10:00:16  4    A.  Correct.

10:00:16  5    Q.  The prior one?

10:00:17  6    A.  Correct.

10:00:18  7    Q.  Thank you.  Next slide, please.  And we've done a pullout, and

10:00:25  8    this is really the core -- at least one of the cores of your

10:00:27  9    opinion.  Why don't you go ahead and, for the purposes of the

10:00:32 10    record, read that in, Mr. Heenan.

10:00:34 11    A.  "One of the causation modes, the negative-pressure test, was a

10:00:37 12    gross and extreme departure from the standards of good oil field

10:00:41 13    practice."  Do you want me to keep going?

10:00:46 14    Q.  Yes.

10:00:47 15         MR. BROCK:  Just one objection for the record.  It's our

10:00:49 16    view that it's the Court's job to determine degree of fault, and so

10:00:54 17    to the extent that he is using this term "gross" as a legal

10:01:00 18    connotation, we would object to that because we believe that's the

10:01:03 19    Court's job.

10:01:04 20         MR. UNDERHILL:  I think I can clarify that with the

10:01:07 21    witness.

10:01:07 22         THE COURT:  I understand.  I think he's -- I think the

10:01:09 23    witness is using it in terms of his opinion as to the extent to

10:01:18 24    which the conduct departed from what he has described is good oil

10:01:24 25    field practice, correct?

10:01:25  1          THE WITNESS:  It's not intended to be a legal --

10:01:27  2          THE COURT:  Right, I understand.

10:01:29  3          MR. UNDERHILL:  Thank you, your Honor.

10:01:30  4   BY MR. UNDERHILL:

10:01:30  5   Q.  Good ahead, Mr. Heenan.

10:01:32  6          THE COURT:  By the way, we're still getting some static.

10:01:35  7          MR. UNDERHILL:  Do you want me to change out the mics?

10:01:37  8   It might be the mic because when I this move sometimes it --

10:02:20  9   BY MR. UNDERHILL:

10:02:20 10   Q.  Now, that I've resolved, hopefully, my technical difficulties,

10:02:23 11   go ahead and continue.

10:02:25 12   A.  I'll keep reading.  Tell me to stop when I'm done.

10:02:28 13   Q.  Just what's on the page.

10:02:30 14   A.  "The negative pressure test was a safety critical test and the

10:02:33 15   last diagnostic test of the integrity of the well prior to placing

10:02:36 16   it into an underbalanced situation in which hydrocarbons could flow

10:02:40 17   into the wellbore.  The conclusion of both BP and Transocean

10:02:43 18   personnel that the negative-pressure test was successful lacked any

10:02:46 19   justification based on basic principles of well control or physics.

10:02:51 20   With minimal explanation, even a layperson would be able to

10:03:00 21   understand how the observed data from the negative-pressure test

10:03:00 22   should not have been interpreted as a successful test.  The

10:03:00 23   rationalization by Transocean and BP personnel that the observed

10:03:03 24   and contradictory data was caused by a "bladder effect" or "annular

10:03:09 25   pressure" was also grossly below the standards of good oil field

10:03:13  1   practice.  Fundamental principles of engineering should have

10:03:17  2   alerted BP and Transocean personnel that the so-called "bladder

10:03:22  3   effect" theory (even if such a theory existed) could not explain

10:03:26  4   the observed data.  The proposal of the bladder effect, which has

10:03:30  5   no technical basis," and the call out stops there.

10:03:33  6   Q.  Actually, does it continue on?

10:03:36  7   A.  I'm sorry --

10:03:37  8           THE COURT:  Well, there --

10:03:39  9           THE WITNESS:  There must be something missing.

10:03:42 10           MR. UNDERHILL:  Why don't you look up there (INDICATING).

10:03:46 11           THE COURT:  It doesn't continue on.

10:03:48 12           MR. UNDERHILL:  I'm sorry, my fault.

10:03:51 13           THE COURT:  I think what the witness is trying to tell

10:03:53 14   you is that black line apparently separates two parts --

10:03:58 15           MR. UNDERHILL:  Actually, it's the top of the second

10:04:00 16   page.  And let me clarify for the record, the bottom is actually a

10:04:03 17   continuation on the next page, page four and five of your report.

10:04:07 18   Is it clear to you on the screen?

10:04:14 19           I'm sorry.  I'm sorry.  Let's just skip that part, then,

10:04:19 20   rather than do another technical thing here, Mr. Heenan.

10:04:23 21           THE WITNESS:  Do you want me to read the other sentence?

10:04:23 22   BY MR. UNDERHILL:

10:04:25 23   Q.  Yes.

10:04:26 24   A.  "Despite the vast resources committed by both companies to

10:04:29 25   their investigations, neither company was able to explain or verify

10:04:32  1    the existence of a bladder effect."

10:04:34  2    Q.  Thank you.  And to Mr. Brock, my colleague's point from BP, you

10:04:42  3    used the word "gross."  Why did you use the word "gross"?

10:04:46  4    A.  Well, I had some other words, but they're not sort of

10:04:49  5    appropriate here.  They're more of the things you hear on the drill

10:04:52  6    floor, so I was looking for a word that explained the level, I

10:04:55  7    guess, of unbelievability.  It's incredible.  I couldn't

10:05:01  8    comprehend, as I looked at this, how these decisions were made

10:05:04  9    considering the evidence that was there or the information that was

10:05:08  10   available to the people who were looking at it.

10:05:12  11   Q.  So this was your polite language, proper in a report for the

10:05:17  12   Department of Justice and the Court, to describe your level of

10:05:21  13   incomprehension?

10:05:22  14   A.  Incomprehension is a good word.

10:05:35  15   Q.  Next slide, please.  And did you become aware that there is

10:05:38  16   evidence of a conversation between well site leader Mr. Vidrine and

10:05:45  17   the senior drilling engineer Mr. Hafle in Houston, at least one of

10:05:50  18   which conversations occurred between 8:52 and 9:02 P.M.?

10:05:54  19   A.  Yes, I became aware of some evidence of that.

10:05:57  20   Q.  And does that have an effect on your opinion, and if so, what

10:06:00  21   is that opinion?

10:06:01  22   A.  Yeah.  To summarize, I couldn't believe that the -- given what

10:06:08  23   they saw, the people on the rig, came to the conclusion that it was

10:06:11  24   a successful test.  In that discussion it actually says in the

10:06:17  25   conversation the shore side drilling engineer, Mr. Hafle, actually

10:06:22  1    said exactly or essentially that.  The quote, I believe, is you

10:06:25  2    can't have pressure on the drill pipe and no flow on the kill line

10:06:29  3    in a test that's properly lined up, or words to that effect.  In

10:06:33  4    other words, someone -- someone on the shore side of BP said, This

10:06:39  5    isn't right.

10:06:41  6    Q.  Let's save that and we'll come back to it, I think, in the next

10:06:45  7    slide.  Could you focus on, I think it's the last paragraph there

10:06:48  8    that begins, "as will be shown."  Do you see that?

10:06:51  9    A.  Yes.

10:06:51 10    Q.  And what are you trying to get across there in your opinion?

10:06:54 11    A.  Okay.  So they had run the test and declared it successful, and

10:06:59 12    they were moving ahead with the next phase of the operation.  At

10:07:03 13    that point in time, if they had said the test was not successful,

10:07:07 14    for whatever reason, then rerun the test.  The first step in the

10:07:13 15    test, if you recall the animation we had, was to close in the well,

10:07:17 16    to close the annular BOP with the intention -- the purpose would

10:07:22 17    have been to isolate the hydrostatic pressure of the fluids above,

10:07:25 18    but inherently the well would have been shut in and, therefore, we

10:07:30 19    wouldn't be here today.

10:07:31 20    Q.  So is it your opinion that had -- take Mr. Vidrine, for

10:07:41 21    example, leave Mr. Hafle out for the moment.  If Mr. Vidrine had

10:07:45 22    called the driller, gone to the drill shack, however he did it,

10:07:48 23    told them, "We need to redo the negative-pressure test," and had

10:07:53 24    the driller comply with that, whatever you want to call it,

10:07:58 25    request, demand, whatever, that the actions of commencing

10:08:02  1   performance of the test now, the redo, would, in and of itself,

10:08:07  2   have closed in the well and alleviated what is becoming, by this

10:08:11  3   time, an emergency?

10:08:12  4   A.  Yes, it would have shut in the well.

10:08:15  5   Q.  And I think you were here for the testimony of Mr. Ezell

10:08:18  6   yesterday, correct?

10:08:19  7   A.  Correct.

10:08:20  8   Q.  And he indicated, I think, if I got it right, that it would

10:08:24  9   take less than a minute -- I think he actually said about

10:08:28 10   50 seconds -- that once the driller or whomever is in the drill

10:08:31 11   chair pushes the two buttons that need to be pushed, it would have

10:08:35 12   taken roughly 50 seconds to accomplish well control and prevented

10:08:39 13   this disaster?

10:08:39 14   A.  Yes, that's my recollection.  As he said, about 50 seconds for

10:08:43 15   closing the annular BOP.  That sounds right to me and that would,

10:08:46 16   presumably, have eliminated this whole thing.  They would have

10:08:49 17   identified the problem, circulated out the kick and so on.

10:08:52 18           MR. UNDERHILL:  Can we go to the next slide, please.  I

10:08:55 19   think this is about the final slide.

10:08:55 20   BY MR. UNDERHILL:

10:08:56 21   Q.  And this is from Mr. Heenan's report, and it's actually -- take

10:09:01 22   it back.  This is actually TREX 296, page six of that exhibit,

10:09:07 23   which is -- I think we've referred to this in prior testimony, but

10:09:12 24   it's an interview of senior drilling engineer Mark Hafle by Bly

10:09:17 25   team investigators.  Have you reviewed that document as part of

10:09:20  1  your report and the rendering of your opinion in this case?

10:09:22  2  A.  Yes, I have.

10:09:23  3  Q.  And focus if we could here -- and my colleague, perhaps you can

10:09:29  4  call this out -- says, "Mark said he told Don that you can't have

10:09:33  5  pressure."

10:09:33  6            MR. UNDERHILL:  Could you highlight that, please.

10:09:35  7  BY MR. UNDERHILL:

10:09:37  8  Q.  Do you see that, Mr. Heenan?

10:09:39  9  A.  I do.

10:09:39  10  Q.  Do you agree with Mr. Hafle's conclusion there, at least as

10:09:43  11  depicted on that exhibit?

10:09:44  12  A.  Yes.

10:09:45  13  Q.  You agree that you can't have a successful test with those

10:09:48  14  inconsistent differential pressures?

10:09:51  15  A.  Yes, if you have those inconsistent pressures flow, you don't

10:09:55  16  have a successful test.  It's not possible.

10:09:58  17            MR. UNDERHILL:  And could you highlight the next line

10:10:01  18  which is, Mark said, all of that sentence.

10:10:01  19  BY MR. UNDERHILL:

10:10:06  20  Q.  And that one says, quoting, "Mark said that he told Don" -- Don

10:10:11  21  Vidrine -- "he might consider whether he had trapped pressure in

10:10:14  22  the line or perhaps he didn't have a valve properly lined up."  Did

10:10:17  23  I read that correctly?

10:10:18  24  A.  Yes, you did.

10:10:19  25  Q.  Does it appear Mr. Hafle is, in fact, trying to troubleshoot

10:10:23  1   the differential pressures?

10:10:25  2   A.  Yes, he's made some suggestions for why you see what you see.

10:10:30  3   Q.  That's a good thing, isn't it?

10:10:31  4   A.  Yes, so far.

10:10:32  5   Q.  Have you seen any evidence in this case that would indicate

10:10:37  6   that Mr. Vidrine actually went and acted upon Mr. Hafle's

10:10:42  7   troubleshooting recommendations?

10:10:43  8   A.  I haven't seen any.

10:10:45  9   Q.  Let's go down -- it's the sentence that begins, "Mark said he

10:10:54 10   didn't have the full context."  And for the purposes of the record,

10:11:04 11   I'll read it.  "Mark said he didn't have the full context for what

10:11:08 12   had transpired during the tests, and it wasn't clear to him whether

10:11:12 13   Don was talking about the first or second negative tests."  Did I

10:11:17 14   read that correctly?

10:11:17 15   A.  Yes.

10:11:18 16   Q.  Do you have an opinion -- let's assume, for the sake of

10:11:23 17   argument, that Mr. Hafle was legitimately, to use his word,

10:11:27 18   confused about the full context.  Do you have an opinion about

10:11:31 19   whether he should have done something to resolve his confusion?

10:11:36 20        MR. BROCK:  Your Honor, I am going to object to the

10:11:38 21   witness giving an opinion from notes about what someone was

10:11:42 22   thinking or someone should have done just based on these notes.

10:11:46 23        MR. UNDERHILL:  I haven't asked Mr. Hafle's process.

10:11:48 24   I've asked the witness his opinion about whether he should have

10:11:52 25   done something.

2099

10:11:52  1          THE COURT:  Okay.  Overrule the objection.

10:11:55  2  BY MR. UNDERHILL:

10:11:55  3  Q.  Please.

10:11:56  4  A.  Sorry.  Again, the question?

10:11:57  5  Q.  Sure.  Do you have an opinion -- I've asked you to assume

10:12:00  6  hypothetically that Mr. Hafle is, indeed, confused about the

10:12:05  7  context as he has in that sentence.  Assume that to be the case,

10:12:09  8  okay?  Do you have an opinion as to whether he should have done

10:12:12  9  something to resolve his confusion; again, to use his own words?

10:12:17 10          MR. BROCK:  Objection.  He doesn't say "confuse."  He

10:12:19 11  said, "Doesn't have full context" --

10:12:21 12          MR. UNDERHILL:  Be glad to rephrase.

10:12:22 13          THE COURT:  Why don't you just preface it with based on

10:12:25 14  what is, the language or the contents of that statement.

10:12:31 15  BY MR. UNDERHILL:

10:12:32 16  Q.  If he did not -- hypothetically, assume that he did not have

10:12:36 17  the full context, do you believe or do you have an opinion that he

10:12:40 18  should have done something to get the full context?

10:12:42 19  A.  Yes.

10:12:43 20  Q.  And in your opinion, give me some of the options you think he

10:12:47 21  should have taken.

10:12:48 22  A.  Well, the easiest one would have been to ask, to have regone

10:12:52 23  over the data.  What do we see?  When?  What's happening?  And

10:12:56 24  either -- well, either was the first test and the second one was

10:13:01 25  good or not, which, unfortunately, when we get the data it appears

OFFICIAL TRANSCRIPT

2100

10:13:04  1    the second one was not good.

10:13:06  2    Q.  Do you have an opinion as to whether he could have simply asked

10:13:10  3    Mr. Vidrine which test he was talking about?

10:13:12  4    A.  Yeah, I'm sorry, that's what I was trying to say.

10:13:15  5    Q.  Are you aware also that -- I believe, you might have been here,

10:13:24  6    but in any event, you've read the Bly Report from beginning to end,

10:13:28  7    have you not?

10:13:29  8    A.  I've read it.  It's a very long document, but, yes, I've read

10:13:33  9    it.

10:13:33  10   Q.  And you're aware that the Bly Report has graphs that attempt to

10:13:40  11   show what the drillers -- at least, what the Bly Report contends

10:13:46  12   the driller, for that matter the mud loggers, should have seen

10:13:50  13   during the period roughly 9:00 P.M. on April 20th to, I think, all

10:13:54  14   the way to 9:49.  Do you recall that?

10:13:56  15   A.  Yes, I think I have the right time frame, but I'm sure -- I can

10:14:01  16   recall the graphs, I believe.

10:14:02  17   Q.  And do you understand that the raw data that the Bly team used

10:14:07  18   to provide those graphs and put the opinions in there, that that

10:14:11  19   was based upon the realtime data, what we call the INSITE or the

10:14:15  20   Sperry-Sun data that was transmitted ashore realtime and survived

10:14:20  21   the blowout?

10:14:21  22   A.  Yes, that's the data used as I understand it.

10:14:24  23   Q.  And have you reviewed documents in this case that indicate that

10:14:26  24   the very moment, the very moment when Mr. Hafle was talking to

10:14:31  25   Mr. Vidrine in this 8:52 to 9:02 phone call that, in fact, he had

10:14:36  1    INSITE up at his desk in Houston?

10:14:38  2    A.  Yes, so I understand.

10:14:39  3    Q.  So is that another way that, if he wanted to attempt to provide

10:14:44  4    context for what Mr. Vidrine had told him, he could have, in fact,

10:14:50  5    on his desk in Houston done whatever key strokes he needs to do to

10:14:54  6    try to figure out what the well is doing at any given time,

10:14:57  7    correct?

10:14:57  8    A.  He could have looked at the data.

10:14:58  9    Q.  And actually your day job -- I saw you yesterday -- you were

10:15:05 10    actually looking at what your drilling crew was doing on a well a

10:15:10 11    few hundred clicks south of the Arctic Circle, correct?

10:15:13 12    A.  Correct.

10:15:14 13    Q.  I don't think it was Sperry INSITE, but in any event, there is

10:15:17 14    data that you used in your daily -- in your day job that you,

10:15:21 15    sitting in New Orleans, can look and see what the well is doing

10:15:26 16    little bit south of the Arctic, right?

10:15:28 17    A.  Yes.

10:15:29 18    Q.  Is that similar comparable to the INSITE system, maybe a

10:15:33 19    different brand, depicted differently, but it nevertheless provides

10:15:38 20    data as to what the well is doing at a given moment realtime?

10:15:42 21    A.  Depending on what you're doing and which system you're using,

10:15:45 22    but essentially, your concept is correct.

10:15:47 23    Q.  I want you, for the purpose of the next questions, I want you

10:15:49 24    to give Mr. Hafle a complete pass, leave him out of it.  Let's

10:15:55 25    assume that you don't render any opinions as to whether he fell

2102

10:16:01  1   below, equal to, or above the standard of care, got it?

10:16:03  2   A.  I think so.

10:16:06  3   Q.  Let's focus on Mr. Vidrine.  Now, Mr. Vidrine, he had the

10:16:10  4   context for the 1,400 in the drill pipe because, in fact, he's the

10:16:14  5   guy that approved the test with 1,400 on the drill pipe, correct?

10:16:18  6   A.  Yes.

10:16:18  7   Q.  So he can't be confused.  He's got context, right?

10:16:22  8   A.  He knows which test was which I believe.

10:16:24  9   Q.  And he's been told by his boss, one of his bosses in Houston,

10:16:28 10   in fact, the senior drilling engineer for the Macondo well, he's

10:16:33 11   been told by him, you can't have a successful negative-pressure

10:16:37 12   test with differential pressures on the pipes you're using,

10:16:41 13   correct?

10:16:42 14   A.  Yes.

10:16:42 15   Q.  Have you seen any evidence in this case that Mr. Vidrine, given

10:16:51 16   what he knows or knew, and now what Mr. Hafle has told him that

10:16:56 17   that test you approved can't be approved, have you seen any

10:17:00 18   evidence that he went and took any action to have the

10:17:05 19   negative-pressure test redone by the Transocean drill crew?

10:17:08 20   A.  I haven't seen any.

10:17:10 21   Q.  Now, you sat through, I think, testimony in the last three or

10:17:16 22   four or five days or whatever.  And did you hear testimony, I think

10:17:18 23   it was during Mr. Brian's examination of Mr. Bly, that sometime

10:17:27 24   between the period 9:10 and 9:18 P.M. on April 20th that

10:17:33 25   Mr. Vidrine was in the drill shack, did you hear that testimony?

10:17:37  1    A.  Yes, I recall that, I believe.

10:17:38  2    Q.  Now, accepting the testimony to be, in fact, true, it's not

10:17:44  3    your job, but assuming it's true, at that point, Mr. Vidrine would

10:17:48  4    have been standing literally in the brain stem, the heart, the very

10:17:57  5    heart of the *Deepwater Horizon*'s well monitoring and well control

10:18:02  6    room; is that right?

10:18:03  7    A.  Yes, he was on the -- in the driller shack, I believe, is the

10:18:08  8    terminology they called it which is the nerve center, for want of a

10:18:11  9    better word.

10:18:12 10    Q.  And you saw when Ms. Clingman played the animation of the dog

10:18:17 11    house -- you call it the dog house?

10:18:18 12    A.  We do in Canada, yes.

10:18:21 13    Q.  Drill shack, dog house, whatever, you saw that animation, but

10:18:26 14    it's a relatively small room so that if Mr. Vidrine was in that

10:18:30 15    room and the drillers are in that room, he would have been, if not

10:18:35 16    next to him, within feet of Dewey Revette, right?

10:18:42 17         MR. BROCK:  Objection on foundation.  I don't think there

10:18:43 18    is a record to allow him to say where Mr. Vidrine was at that

10:18:47 19    point.

10:18:48 20    BY MR. UNDERHILL:

10:18:48 21    Q.  All I am saying, if he was in the drill shack, he would be in

10:18:51 22    the same room as of whatever driller was in the drill shack,

10:18:54 23    correct?

10:18:55 24    A.  Yes.

10:18:56 25    Q.  And within that room, the drill shack, this heart, the nerve

10:18:59  1   center of the *Deepwater Horizon*, at that point if Mr. Vidrine had

10:19:03  2   wanted to tell them redo the negative-pressure test, he wouldn't

10:19:07  3   have had to pick up a phone, he wouldn't have to walk to the drill

10:19:11  4   shack because he is already there.  He could have simply turned to

10:19:15  5   the driller next to him or if he had to shout it across the drill

10:19:18  6   shack room, "Redo the negative-pressure test," correct?

10:19:20  7   A.  He could.

10:19:21  8   Q.  Do you have any evidence in this case that you reviewed that

10:19:24  9   indicates Mr. Vidrine did that?

10:19:26  10  A.  No.

10:19:26  11  Q.  Do you believe he had the obligation to do that?

10:19:29  12  A.  Yes.

10:19:30  13  Q.  At least in accordance with Good Oilfield Practices?

10:19:32  14  A.  Yes.

10:19:33  15  Q.  Do you have an opinion as to whether if he had done that, at

10:19:41  16  least, let's say -- I think the testimony was that he was in the

10:19:44  17  drill shack between 9:15 and 9:18 P.M., putting that together with

10:19:49  18  Mr. Ezell's testimony that it takes roughly 50 seconds to shut in

10:19:53  19  the BOP, had he done that -- let's pick an arbitrary time --

10:19:57  20  9:15 P.M., roughly halfway in the area he is in the drill shack, do

10:20:02  21  you have an opinion as to whether Mr. Vidrine had told the driller

10:20:06  22  to reperform the negative-pressure test he would have prevented

10:20:10  23  this tragedy from occurring?

10:20:12  24  A.  We can reasonably assume that he would have closed BOP and the

10:20:15  25  rig has history of circulating out kicks beforehand, so this would

10:20:19  1   have been another one, presumably, they would have kicked out.

10:20:23  2           MR. UNDERHILL:  That's all I have, your Honor.

10:20:24  3           THE COURT:  Let's take about a 15-minute recess.  It's

10:20:27  4   about 10:20 right now.

10:20:27  5        (WHEREUPON, A RECESS WAS TAKEN.)

10:20:29  6        (OPEN COURT.)

10:20:29  7           THE DEPUTY CLERK:  All rise.  Please be seated everyone.

10:38:56  8   Let's see.  The private plaintiffs have any questions of this

10:39:02  9   witness?

10:39:03 10           MR. DeGRAVELLES:  Your Honor, private plaintiffs have no

10:39:05 11   questions.

10:39:05 12           MR. MAZE:  No questions from Alabama.

10:39:08 13           MR. KANNER:  No questions from Louisiana.

10:39:10 14           THE COURT:  All right.  Very well.  Transocean.

10:39:24 15           MR. DOYEN:  Good morning, your Honor, Michael Doyen for

10:39:27 16   Transocean, cross-examination.

10:39:28 17                        CROSS-EXAMINATION

10:39:30 18   BY MR. DOYEN:

10:39:30 19   Q.  Good morning, Mr. Heenan.

10:39:32 20   A.  Good morning.

10:39:34 21           THE COURT:  I don't think you have the mic on you.

10:39:36 22           MR. DOYEN:  Thank you, your Honor.

10:39:54 23   BY MR. DOYEN:

10:40:00 24   Q.  Mr. Heenan, in your report, I believe you mentioned another

10:40:08 25   incident which had occurred on another rig.  You mentioned one

2106

10:40:11  1   other incident which involved the testing of a barrier, do you

10:40:14  2   recall that?

10:40:15  3   A.  Yes, I do.

10:40:15  4   Q.  And that was an event that occurred in the North Sea, correct?

10:40:19  5   A.  Yes, I believe that's correct.

10:40:20  6   Q.  And you thought that incident indicated that in that case, the

10:40:24  7   crew had been complacent because they had tested this barrier and

10:40:28  8   felt confident in it, do you recall?

10:40:29  9   A.  I don't recall whether I said complacent specifically regarding

10:40:34  10  that.  It's eerily similar, I think, but I can't remember the rest

10:40:37  11  of it.

10:40:38  12  Q.  And, in fact, you knew about that event as a result of reading

10:40:42  13  a Transocean advisory about the event, correct?

10:40:44  14  A.  Yes, I believe that's where it came from.

10:40:45  15  Q.  And let's put up TREX 75 -- sorry, get the number right here,

10:40:53  16  3505H-1A and this is -- can we blow up the upper caption so we can

10:41:09  17  see the date a little more clearly.  On April 14th, 2010, just six

10:41:15  18  days before the blowout, right?

10:41:18  19  A.  Okay.

10:41:20  20  Q.  And this is an advisory related to loss of well control during

10:41:23  21  upper completion, which had occurred in the North Sea, do you

10:41:26  22  recall that?

10:41:27  23  A.  Is this the same one I spoke of?

10:41:29  24  Q.  It is, sir, yes.

10:41:31  25  A.  I don't recall that date being the same as the one that I

10:41:34  1   referenced.

10:41:34  2   Q.  This is the particular document you referenced, but I am going

10:41:37  3   to get to another one that's another advisory, too.  And, in fact,

10:41:42  4   in addition to this advisory that went out to the region where the

10:41:45  5   incident occurred, there was also a worldwide advisory.  Did you

10:41:49  6   see that as well, Transocean issued a worldwide advisory?

10:41:53  7   A.  I don't recall.

10:41:54  8   Q.  So there's this advisory that went to the North Sea.  Let's put

10:41:58  9   up the advisory that goes to the worldwide fleet.  This is 4906 B.

10:42:13 10   Let's pull that date up.  April 5th, 2010, monitoring well control

10:42:19 11   integrity of mechanical barriers.

10:42:25 12         You wrote in your report, sir, that you felt in light of

10:42:28 13   this event which had occurred in the North Sea, you thought it was

10:42:31 14   important for Transocean to reinforce the danger of complacency

10:42:37 15   resulting from a successful pressure test.  Do you recall that?

10:42:39 16   A.  Yes.

10:42:40 17   Q.  And, in fact, that's what this advisory, in fact, on a

10:42:44 18   worldwide basis is doing, correct?  Can we have 4906B-1E, please.

10:42:56 19   So it says, "This is a clarification as a result of a recent well

10:43:01 20   control event on a Transocean rig which occurred due to failure of

10:43:04 21   a tested mechanical barrier," do you see that?

10:43:08 22   A.  Yes.

10:43:08 23   Q.  And then there's a reference a little further down in the

10:43:12 24   document that had clarification -- sorry, I am reading the same

10:43:17 25   thing over again.  "There have been situations in the past where a

10:43:21  1  tested mechanical barrier has failed during completion operations."

10:43:24  2  Do you see that?

10:43:24  3  A.  I can see that.

10:43:25  4  Q.  And then finally the admonition which is bolded or highlighted

10:43:29  5  in the original says, "Do not be complacent because the reservoir

10:43:33  6  has been isolated and inflow tested."  Do you see that?

10:43:36  7  A.  I see that as well.

10:43:37  8  Q.  One of the other things you said you thought would be important

10:43:40  9  for Transocean to reiterate and communicate to people is the

10:43:45 10  importance, the importance of the standard operating procedures,

10:43:48 11  correct?

10:43:49 12  A.  Yes.

10:43:50 13  Q.  Important to emphasize constant monitoring, constant well

10:43:54 14  control, correct?

10:43:55 15  A.  That's an important item.

10:43:57 16  Q.  And let's look at 4906B-1F, same document, just a different

10:44:03 17  pullout.  And, in fact, after it says, "Don't be complacent because

10:44:09 18  the barrier has been inflow tested," it says, "Remain focused on

10:44:14 19  well control, and maintain good well control procedures."  Do you

10:44:16 20  see that?

10:44:17 21  A.  I see that.

10:44:17 22  Q.  You also indicated that in this event, it appeared based on

10:44:23 23  Transocean's report -- let me back up.  You understand that

10:44:26 24  Transocean studied this event in the North Sea, to see what lessons

10:44:32 25  should be learned, correct?

10:44:33  1   A.  I saw some summaries of the event, so exactly what went on

10:44:36  2   behind it, I am not sure.

10:44:37  3   Q.  But that would be a common practice, to study an event to see

10:44:40  4   what lessons could be learned?

10:44:41  5   A.  It certainly should be.

10:44:43  6   Q.  In fact, you were reading the advisory that Transocean put out

10:44:45  7   based on its learning, correct?

10:44:47  8   A.  Yes, there was that advisory in the North Sea.  Where it went

10:44:50  9   beyond that, I am not sure.

10:44:51  10  Q.  We are looking at worldwide that went out on April 5th.  You

10:44:56  11  indicated that something else that happened in the North Sea was

10:44:58  12  the indications of flow-in were not acted upon, do you recall that?

10:45:03  13  A.  I believe so.

10:45:04  14  Q.  And, in fact, can we put up 4906B, I believe this is 1D.  And

10:45:16  15  you see there just a little bit higher than we were looking before,

10:45:22  16  "The indication of any increase in return flow would indicate that

10:45:24  17  a barrier may have failed, and the well must be immediately shut

10:45:29  18  in."  Do you see that?

10:45:30  19  A.  I see that.

10:45:31  20  Q.  Now, are you aware Transocean had several systems for putting

10:45:46  21  these lessons out to its crews around the world?

10:45:49  22  A.  I don't know how they distribute that stuff.

10:45:50  23  Q.  Well, let's look at one manner, for example, which is reflected

10:45:56  24  in 4906A-1A, please.  This is an e-mail attaching the advisory that

10:46:05  25  we were just looking at, and do you see here where Mr. Braniff is

2110

10:46:11   1   reporting out of Houston that the information contained in the

10:46:14   2   advisory will be added to the next revision of the well control

10:46:16   3   handbook?  Do you see hat?

10:46:18   4   A.  I see that.

10:46:18   5   Q.  And that would be one possible change you might make after

10:46:22   6   investigation, might decide you need some change to your well

10:46:25   7   control handbook, and you would make that, correct?

10:46:27   8   A.  That would be one thing you could do, yes.

10:46:29   9   Q.  And do you understand also that there were telephone

10:46:33   10  conferences and PowerPoint presentations made for the crews in the

10:46:36   11  region where the incident occurred?  Did you review those?

10:46:40   12  A.  I don't recall.

10:46:42   13  Q.  Let's look at Transocean -- let's look at TREX 04906.

10:47:02   14  3505H-1H.

10:47:03   15          So this is the advisory you looked at dated April 14th

10:47:07   16  which notes this advisory has been issued as a follow-up to the

10:47:10   17  telephone conference calls conducted on the 4th and the 18th of

10:47:14   18  March 2010.  Do you see that?

10:47:15   19  A.  It says that, but I didn't understand who that -- or where --

10:47:20   20  with whom those telephone calls were made.

10:47:22   21  Q.  Fine, understood.  Let's go back to 04906-1A, please.  Give me

10:47:37   22  1B instead, 4906-1B.  Do you understand that Transocean had a

10:47:45   23  system where it would take advisories like this and put the

10:47:48   24  advisory -- make it available on its internal internet, its e-docs

10:47:52   25  system?

10:47:54    1    A.  I am not familiar exactly what their internal system is like,

10:47:57    2    but that's not a surprise.

10:47:58    3    Q.  Did you read the testimony of Mr. Braniff or Mr. McMahan when

10:48:01    4    they were describing the system, who had access to it?

10:48:04    5    A.  I don't recall that at all.

10:48:05    6    Q.  You didn't look to see whether or not, in fact, this advisory

10:48:17    7    was available to the crew on the *Deepwater Horizon* as a result of

10:48:20    8    being made available on e-docs system, did you?

10:48:22    9    A.  I don't know if they had access to it, I don't --

10:48:25   10    Q.  You don't know one way or the other?

10:48:27   11    A.  Correct.

10:48:28   12    Q.  Okay.  Thanks.  And then finally we can see, 4906A-1C, same

10:48:35   13    document, different callout, Mr. Braniff is sending this -- you may

10:48:40   14    not know this either.  But these are all of the heads of all the

10:48:44   15    divisions around the world, who are the recipients of this e-mail.

10:48:48   16    A.  I'll accept that, but you're correct, I don't know who they

10:48:51   17    are.

10:48:51   18    Q.  You see further down Mr. Braniff says, "Please distribute as

10:48:54   19    required within your division."  Do you sea that?

10:48:56   20    A.  I see that note.  I don't know, of course, if it happened.

10:48:59   21    Q.  In fact, do you know who Mr. Sannan is, the first recipient

10:49:06   22    there, Bill Sannan in Houston?

10:49:07   23    A.  I don't know any of them.  I haven't read the names, but I

10:49:10   24    don't believe I know any of them.

10:49:11   25    Q.  Did you understand that Mr. Sannan indicated that he had not

OFFICIAL TRANSCRIPT

10:49:15 1   seen this e-mail and hadn't further distributed it at this point in

10:49:19 2   April because he was on vacation on the day it arrived in his

10:49:23 3   e-mail box?

10:49:24 4   A.  I don't know that.

10:49:25 5   Q.  Did you see that?

10:49:26 6   A.  Did not know that.

10:49:27 7   Q.  Let me ask you this, sir.  With all of these various means of

10:49:34 8   communicating these lessons that we've seen here, telephone

10:49:37 9   conferences, changes to well control manual, e-mail, e-docs, did

10:49:42 10  you see any evidence that Transocean intentionally failed to

10:49:48 11  communicate this lesson from the North Sea out to the rig there in

10:49:52 12  the Gulf of Mexico?

10:49:52 13  A.  No, what I said is there was no evidence that it was

10:49:55 14  effectively communicated that I was aware of.

10:49:57 15  Q.  Can we put up exhibit -- demonstrative D 6629.  Did I call that

10:50:35 16  out incorrectly?

10:50:39 17          THE COURT:  You said 6629.  That's -27 that's on there.

10:50:39 18  BY MR. DOYEN:

10:50:54 19  Q.  In your report, Mr. Heenan, you indicated that you had looked

10:50:56 20  at a number of plans BP had prepared for the temporary abandonment

10:51:01 21  process in the days leading up to Macondo, do you recall that?

10:51:03 22  A.  Yes, I do.

10:51:04 23  Q.  And do you recognize these as the particular plans you talk

10:51:08 24  about in your report:  April 12th, April 14th, April 16th,

10:51:13 25  April 20th?

2113

10:51:13  1   A.  I don't recall the exact dates, but there were multiple plans,

10:51:17  2   and that's the approximate time frame, so I'm sure that's them.

10:51:20  3   Q.  Let's put up the page from your report 7528, paragraph 11A.  So

10:51:30  4   you see here the beginning of each of these subparagraphs, we have

10:51:33  5   the same -- what I believe to be the same four plans I had up here,

10:51:37  6   April 12th, April 14th, April 16th, April 20th, do you see that?

10:51:42  7   A.  Okay.  Yeah, thanks.

10:51:43  8   Q.  And, in fact, based on your review, it appeared that BP's April

10:51:47  9   plan had no instructions at all for the negative pressure test, is

10:51:50  10  that correct?

10:51:50  11  A.  Sir, which one?

10:51:52  12  Q.  April 12th.

10:51:53  13  A.  April 12th, yes.

10:51:54  14  Q.  April 12th had no negative test in the plan, correct?

10:51:57  15  A.  Correct.

10:51:58  16  Q.  And then on April 14th, BP put in a plan, this was to conduct a

10:52:06  17  negative pressure test to the wellhead with base oil, is that

10:52:09  18  correct?

10:52:09  19  A.  That's what it says.

10:52:10  20  Q.  That's not the test that was ultimately performed on the rig,

10:52:14  21  was it?

10:52:14  22  A.  No, it was not.

10:52:15  23  Q.  On April 16th, BP put together a plan and got it approved by

10:52:19  24  the MMS, correct?

10:52:20  25  A.  Yes.

10:52:22  1   Q.  And that included two negative pressure tests, is that right?

10:52:25  2   A.  That's right.

10:52:26  3   Q.  First a negative test down to the wellhead, right?

10:52:31  4   A.  Yes.

10:52:31  5   Q.  Via the kill line?

10:52:34  6   A.  That's right.

10:52:35  7   Q.  And second a negative test following displacement, after the

10:52:39  8   well's been displaced all the way down to 8,367 feet?

10:52:43  9   A.  Correct.

10:52:44 10   Q.  So one test before displacement -- I am going to say that again

10:52:46 11   because I think I bungled it.  One test before they displaced any

10:52:50 12   of the mud, right?

10:52:51 13   A.  Before they displaced the mud out of the well, displaced it out

10:52:55 14   of the kill line.

10:52:56 15   Q.  Correct.  And then a second test after they had displaced mud

10:52:59 16   from the well, correct?

10:53:00 17   A.  Yes, presumably from the well up to the BOP, I would imagine.

10:53:04 18   Q.  I'm sorry, yes, from the bottom of the drill string, 8,300

10:53:08 19   feet, up to the top of the BOP?

10:53:09 20   A.  Right.

10:53:10 21   Q.  Then on April 20th, there's yet another different procedure,

10:53:14 22   correct?

10:53:14 23   A.  Yes.

10:53:15 24   Q.  And this time we have only one negative test.  Is that right?

10:53:18 25   A.  That's right.

2115

10:53:18   1    Q.  And this one follows displacement, correct?

10:53:23   2    A.  Yes, it does.

10:53:24   3    Q.  And this is the procedure -- is essentially the one used on the

10:53:27   4    rig on the 20th, is that correct?

10:53:28   5    A.  Correct.

10:53:29   6    Q.  I believe you expressed your opinion in your report that this

10:53:35   7    procedure does not comply with the MMS permit?

10:53:38   8    A.  It's not the same as the MSS approved.

10:53:42   9    Q.  What are the respects in which it's different?

10:53:45  10    A.  One is two tests, and one is one test.  I think the method is

10:53:50  11    the same, though, if I recall.  Gradient -- yes, via the kill line,

10:53:56  12    so it's two tests versus one test.

10:53:58  13    Q.  The first one is done before any displacement, and the second

10:54:01  14    one after?

10:54:02  15    A.  Correct.

10:54:02  16    Q.  And in one we have the drill pipe in the well, and the first

10:54:05  17    one we don't, correct?

10:54:06  18    A.  I don't think the drill pipe was run in the first one.  It

10:54:09  19    wouldn't be needed to do the test, that's for sure.

10:54:11  20    Q.  Right.  Okay.  You agree, don't you, that the BP well site

10:54:30  21    leaders in connection with this test were responsible for

10:54:33  22    supervising, correct?

10:54:34  23    A.  They have ultimate responsibility, correct.

10:54:36  24    Q.  You said earlier in response to Mr. Underhill's questions that

10:54:49  25    you understood the crew started conducting the test on the drill

10:54:53   1    pipe, correct?

10:54:53   2    A.  Correct.

10:54:54   3    Q.  And you heard Mr. Sepulvado's testimony, right, that that was

10:54:56   4    the customary way they did it, that was what the crew was used to?

10:55:00   5    A.  Yes.

10:55:00   6    Q.  And you also understand, don't you, that when they tried to

10:55:08   7    bleed the pressure down initially, trying to get it down to 0 to

10:55:11   8    start the test, came right back up, right?  Came back up to 1,200

10:55:16   9    or so?

10:55:17  10    A.  Yeah, I can't remember the exact number.

10:55:18  11    Q.  But that was something that happened pretty early in the test?

10:55:21  12    A.  Correct.

10:55:21  13    Q.  And the crew saw that, correct?

10:55:23  14    A.  Yes.

10:55:23  15    Q.  And that was not ignored or undetected, was it?

10:55:26  16    A.  No, I believe they saw it.

10:55:28  17    Q.  And, in fact, they then made efforts to understand what was

10:55:31  18    happening, correct, why were they getting this pressure?

10:55:34  19    A.  They bled it down a couple of times.  Exactly what was in

10:55:38  20    there --

10:55:38  21    Q.  But we do know, because I think we saw it in your illustration

10:55:41  22    before, that it was determined that fluid was leaking past the

10:55:45  23    annular, correct?

10:55:46  24    A.  I'm sorry, I didn't realize where you were going.  Yes,

10:55:48  25    correct.

10:55:48  1   Q.  And it was appropriate to investigate and figure out, gee,

10:55:51  2   where is this pressure coming from; might not be the well, isn't

10:55:54  3   that correct?

10:55:55  4   A.  It could have come from a number of places, and in this case,

10:55:58  5   they discovered where it was coming from.  At that time, it was not

10:56:01  6   the well, presumably.

10:56:02  7   Q.  They discovered it was coming from a leaking annular.  It was

10:56:05  8   appropriate to investigate and make that determination, correct?

10:56:07  9   A.  It was appropriate, and they did.

10:56:09  10  Q.  And then it was appropriate to take the action of closing in

10:56:12  11  the annular, right?

10:56:12  12  A.  Yes, it was.

10:56:13  13  Q.  That's, in fact, a standard way of responding to that problem,

10:56:16  14  isn't it?

10:56:16  15  A.  It's the way I would expect it to be.

10:56:19  16  Q.  You also agree, don't you, that heavy fluids leaking past the

10:56:32  17  annular would, in fact, cause pressure on the drill pipe, correct?

10:56:36  18  A.  If that happened, it would cause pressure on the drill pipe,

10:56:39  19  yes.

10:56:39  20  Q.  So early in the test when the crew saw that pressure and

10:56:45  21  thought it might be from a leaking annular, they were correct to

10:56:48  22  think that that heavy fluid leaking past the annular could cause

10:56:53  23  pressure on the drill pipe?

10:56:54  24  A.  Well, exactly what you said; it could cause pressure on the

10:56:56  25  drill pipe is true.  Quite likely it was the cause of those

10:57:00 1   numbers, but it could have been caused by other things as well.

10:57:03 2   Q.  So they would need to investigate, take actions, see if closing

10:57:07 3   in the annular eliminated the pressure?

10:57:09 4   A.  That's exactly what I was going to say, eliminate the

10:57:12 5   possibilities.

10:57:12 6   Q.  I want to go back.  I just want to emphasize one thing that you

10:57:23 7   just said, make sure I got you clear on this.  The pressure on the

10:57:27 8   drill pipe does not necessarily mean the well is having a kick,

10:57:30 9   correct?

10:57:31 10  A.  The pressure on the pipe does not automatically mean the well

10:57:34 11  is taking a kick in the scenario we're looking at it.

10:57:37 12  Q.  One possibility?

10:57:37 13  A.  It is one possibility, of course.

10:57:38 14  Q.  And you would want the crew and the well site leader to see

10:57:41 15  this, to investigate, figure out what it is?

10:57:43 16  A.  Investigate, figure out what the problem is and take

10:57:45 17  appropriate action.

10:57:46 18  Q.  I think Mr. Underhill asked you if they had stopped the test at

10:58:08 19  that point, we have pressure on the drill pipe, they never go to

10:58:11 20  checking for flow on the kill line, are you with me so far?

10:58:15 21  A.  Yes.

10:58:16 22  Q.  He asked you if they stopped the test at that point, it's a

10:58:20 23  clear failure, right?

10:58:21 24  A.  If there's pressure on the drill pipe, that's a clear failure.

10:58:24 25  Q.  One way of doing the negative test is to check for pressure on

10:58:28  1   the drill pipe, correct?

10:58:28  2   A.  Correct.

10:58:29  3   Q.  They set it up, they test it for pressure on the drill pipe,

10:58:32  4   they haven't been able to keep it from rising back up above 0,

10:58:36  5   correct?

10:58:37  6   A.  Correct.

10:58:37  7   Q.  So if they stop there --

10:58:39  8   A.  At that point in time.

10:58:40  9   Q.  If they stop there, no question, that's a failure?

10:58:42 10   A.  Right, that's a failure.

10:58:43 11   Q.  Let me take that a little bit further.  Assuming as we now all

10:58:48 12   believe from all of the studies that, in fact, the well as not

10:58:50 13   secure, there was a problem down there in the bottom?

10:58:52 14   A.  I think that's a generally agreed statement.

10:58:55 15   Q.  So we have communication with the formation, in fact?

10:58:58 16   A.  Right.

10:58:58 17   Q.  Assuming that is so, if they kept checking the test, kept doing

10:59:03 18   the test on the drill pipe, they could never get a successful

10:59:07 19   result, isn't that true?

10:59:08 20   A.  Correct.  Every time they bled it down, the pressure would come

10:59:12 21   back up.

10:59:12 22   Q.  If they opened the drill pipe, it would flow, correct?

10:59:15 23   A.  Correct.

10:59:15 24   Q.  Or if they close it in, pressure would come back up?

10:59:20 25   A.  Yes.

10:59:20  1    Q.  They would have to get a failed result?

10:59:22  2    A.  Yes, assuming, as you said, that we have a failure down below.

10:59:25  3    That's the purpose in the test.

10:59:26  4    Q.  Okay.  Thank you.  You understand that at this point, however,

10:59:31  5    the well site leader insisted on changing where it was being

10:59:34  6    monitored from the drill pipe over to the kill line, don't you?

10:59:37  7    A.  Yes.

10:59:44  8    Q.  And, in fact, the crew accepted that instruction and watched

10:59:46  9    for flow for 30 minutes, correct?

10:59:48  10   A.  That's the way I understand, yes.

10:59:49  11   Q.  And saw no flow?

10:59:51  12   A.  Yes.

10:59:51  13   Q.  You have expressed no opinion as to why there was no flow in

10:59:59  14   the kill line, is that fair?

11:00:00  15   A.  That's right.  I've said it doesn't matter.  I said you have

11:00:03  16   conflicting information; doesn't matter, for the purposes we're

11:00:07  17   talking about, why.

11:00:08  18   Q.  Understood.  You also indicated, I think, there are a couple of

11:00:11  19   different possibilities as to why there might have been no flow?

11:00:15  20   A.  Correct.

11:00:15  21   Q.  Even though as we know now, we were in communication with the

11:00:18  22   formation?

11:00:18  23   A.  Yes, but that's two different things, right.  There's a number

11:00:22  24   of possibilities why there's the discrepancy.

11:00:24  25   Q.  And one of the reasons is -- possible for the discrepancy is

11:00:27 1   that the kill line is blocked with the unusual spacer that was

11:00:31 2   used, correct?

11:00:31 3   A.  One possibility, yes.

11:00:32 4   Q.  And another is that there was somewhere a valve closed that was

11:00:35 5   thought to be open?

11:00:36 6   A.  Correct.

11:00:37 7   Q.  It was, in fact, the change of the monitoring from the drill

11:00:50 8   pipe to the kill line that created the discrepant results, right,

11:00:57 9   no flow on one hand and pressure on the drill pipe on the other,

11:01:01 10  that were then reported back to the onshore engineers, correct?

11:01:04 11          MR. BROCK:  I'm going to object to the question.  This is

11:01:05 12  beyond the scope of his report.  It's not in his report.

11:01:09 13          THE COURT:  Is that something you opined about in your

11:01:13 14  report?

11:01:14 15          THE WITNESS:  Could I have the question again, please?

11:01:14 16  BY MR. DOYEN:

11:01:18 17  Q.  Sure.  The reason there's a discrepancy here that arises that

11:01:21 18  we have no flow out the kill line on one hand and pressure on the

11:01:25 19  drill pipe in our particular circumstances is that there was a

11:01:29 20  change in the middle of the test from doing it on the drill pipe to

11:01:32 21  the kill line?

11:01:33 22          MR. BROCK:  That's a different question, that's okay.

11:01:36 23          THE WITNESS:  So if I understood the question, I think

11:01:38 24  the question was, is the reason for the difference in the

11:01:42 25  discrepancy because of the change -- is the reason for the

11:01:45 1    discrepancy between what you see on the drill pipe and what you see

11:01:50 2    on the choke line because they changed the test, is that the

11:01:52 3    question?

11:01:53 4    BY MR. DOYEN:

11:01:53 5    Q.  No, I think I probably haven't put it very well.  I'll try it

11:01:57 6    again and maybe we'll get another objection and finally you'll

11:02:01 7    understand.

11:02:01 8    A.  We'll get there eventually.

11:02:02 9    Q.  A moment ago, we were just doing a test on the drill pipe.

11:02:06 10   Clear failure?

11:02:07 11   A.  Yes.

11:02:08 12   Q.  Correct?

11:02:08 13   A.  Yes, understand so far.

11:02:10 14   Q.  At the end of the day, we ended up with discrepant results

11:02:13 15   because we had data from the drill pipe which stayed the same and

11:02:16 16   we had no flow from the kill line, correct?

11:02:19 17   A.  Yes.

11:02:19 18   Q.  And that discrepancy was created, the reason we had both

11:02:24 19   results was because we changed the test in the middle of the

11:02:27 20   operation from the drill pipe to the kill line?

11:02:30 21   A.  Okay.  So the reason we had both results is because we changed,

11:02:33 22   but the discrepancy was physical.

11:02:36 23   Q.  I understand that.  The discrepancy arises from something going

11:02:39 24   on down in the BOP or the well, and none of us here today are even

11:02:43 25   certain quite why there's a discrepancy from the kill line,

2123

11:02:46 1    correct?

11:02:46 2    A.  Correct.  Yeah, you can speculate on that if you want.

11:02:50 3    Q.  You do understand, don't you, that the crew worked a long time

11:02:57 4    on this test?

11:02:58 5    A.  Yes, I forget exactly how many hours, but it's multiple hours.

11:03:02 6    Q.  You've seen some of the testimony.  It appears Mr. Anderson

11:03:06 7    came on shift right around 6 o'clock, and the test had been going

11:03:09 8    on for some time at that point?

11:03:11 9    A.  Yes.

11:03:11 10   Q.  And it wasn't completed until 8 o'clock?

11:03:14 11   A.  Yes.

11:03:14 12   Q.  So two or three hours, correct?

11:03:16 13   A.  At least.

11:03:17 14   Q.  That's a fair long amount of time for doing a negative test,

11:03:21 15   isn't it?

11:03:21 16   A.  Yes.

11:03:21 17   Q.  You don't have any doubt, do you, that the guys on the rig are

11:03:26 18   trying to get the test right?

11:03:28 19   A.  They would want to get it right.

11:03:30 20   Q.  I want to come now to the call that happens after the negative

11:03:46 21   test.  We understand, moving a little forward in time, the well

11:03:53 22   site leader declared the test to be a success, correct?

11:03:54 23   A.  Right.

11:03:54 24   Q.  Move forward to 8:52.

11:03:57 25   A.  8:52 call.

11:03:59   1   Q.  This is, as you understand, right around the time people have

11:04:02   2   determined the well begins to flow?

11:04:04   3   A.  Yes, there's some modeling that determines that.

11:04:07   4   Q.  I want to put up TREX 296-6A.  This is the same document you

11:04:17   5   were looking at before, the Mark Hafle notes, the Mark Hafle

11:04:22   6   interview notes.

11:04:22   7   A.  Okay.

11:04:27   8   Q.  And we see also highlighted the statement that you put into

11:04:31   9   your report, right, you quoted this, "Mark said he told Don you

11:04:35  10   can't have pressure on the drill pipe and zero pressure on the kill

11:04:38  11   line in a test that's properly lined up."  Right?

11:04:41  12   A.  Yes, that's a quote.

11:04:42  13   Q.  That is fundamentally your point about the test, isn't it?

11:04:46  14   A.  Yes.

11:04:46  15   Q.  So in your view, Mr. Hafle had the key insight as to what was

11:04:54  16   wrong in this call?

11:04:55  17   A.  As far as it was wrong.  As we discussed, I don't think he knew

11:04:59  18   what was wrong.

11:05:00  19   Q.  Correct.  None of us know exactly what was wrong?

11:05:02  20   A.  Yeah.

11:05:04  21   Q.  Let me frame the question that Mr. Underhill was asking you for

11:05:12  22   in terms of good oil field -- I'm going to frame it in terms of

11:05:17  23   good oil field practice.

11:05:18  24        If Mr. Hafle had this observation, I hear you, Don,

11:05:23  25   there's pressure on the one side and no pressure on the other, that

2125

| | |
|---|---|
| 11:05:26 | 1 |
| 11:05:32 | 2 |
| 11:05:37 | 3 |
| 11:05:41 | 4 |
| 11:05:42 | 5 |
| 11:05:43 | 6 |
| 11:05:44 | 7 |

1   can't be right, but I am not certain I understood you, if that's

2   Mr. Hafle's state of mind, is it good oil field practice, is it

3   acceptable oil field practice to say, no, never mind, I'll leave it

4   to you?

5   A.  No.

6           MR. BROCK:  Objection.  I don't think the witness can

7   speak to his state of mind on that issue.

8           MR. DOYEN:  I think I just asked him if it's good oil

9   field practice.

10          THE COURT:  I don't think he asked about state of -- I am

11  trying to read my realtime transcript here and reconstruct the

12  question.  You said if that is Mr. Hafle's state of mind, is that

13  what you're saying?

14          MR. DOYEN:  I'll try and rephrase the question, your

15  Honor.

16          MR. BROCK:  This is also ground we've already covered.

17          THE COURT:  Yeah, it really has been covered.  I think

18  the witness has already testified about this.

19          MR. DOYEN:  I'll move on.

20          THE COURT:  Okay.

21  BY MR. DOYEN:

22  Q.  Can we pull up TREX 3-2A.  These are some notes in the

23  interview of Mr. Vidrine.  And you testified earlier in response to

24  some questions by Mr. Underhill about assuming testimony you had

25  heard before was accurate, Mr. Vidrine went down to the drill shack

11:07:05  1   after the call with Mr. Hafle?

11:07:07  2   A.  Yes, we heard that yesterday or something.

11:07:09  3   Q.  I am not asking you to testify that happened, just assume that

11:07:14  4   happened.

11:07:15  5   A.  Okay.  Yep.

11:07:15  6   Q.  Mr. Vidrine is in the drill shack.

11:07:18  7   A.  Okay.

11:07:19  8   Q.  And he said here he had gone down to the rig floor, they called

11:07:25  9   him to say the pill was back and they're going to do a sheen test,

11:07:31 10   do you see that?  "Guys let me know when the pill comes up, do

11:07:35 11   sheen test, called to say pill was back, went to rig floor,

11:07:41 12   everything was fine."

11:07:42 13   A.  What are you asking me about this?

11:07:44 14   Q.  Just -- I am just putting context for he is there in the room.

11:07:48 15   A.  Okay.

11:07:49 16   Q.  They're checking -- the strokes have come back telling them

11:07:52 17   that the spacer has arrived, it's about time to go overboard,

11:07:55 18   they've got a water-based spacer instead of oil-based mud.

11:07:59 19   Understood?

11:07:59 20   A.  So I am understanding that is describing that time frame?

11:08:03 21   Q.  Yes, sir.  The sheen test.  You understand what the purpose of

11:08:05 22   the sheen test is?

11:08:07 23   A.  Yes.

11:08:07 24   Q.  We're trying to determine whether or not --

11:08:08 25            MR. DOYEN:  I am just trying to set context, your Honor.

11:08:08  1   I'm not trying to get his opinion.

11:08:08  2   BY MR. DOYEN:

11:08:11  3   Q.  What time?  What's happening here?  What Mr. Vidrine is looking

11:08:14  4   at.  Had the spacer arrived, the water-based spacer, that's what

11:08:18  5   we're trying to determine with the sheen test, correct?

11:08:20  6   A.  Yes.  Well, approximately, yes.  Close enough.

11:08:24  7   Q.  If, in fact, the water-based spacer has arrived, we can dump

11:08:27  8   overboard, correct?  That could be dumped overboard, whereas,

11:08:33  9   oil-based mud you would never dump overboard?

11:08:35 10   A.  I believe you do not dump oil-based mud overboard in the Gulf

11:08:40 11   of Mexico.

11:08:40 12   Q.  So he goes on the rig floor and he says, "mud engineer said it

11:08:42 13   came back on right stroke."  Do you see that, "Strokes looked --"

11:08:46 14   A.  "Strokes looked okay to Don."

11:08:48 15   Q.  "-- to Don on the panel."  Didn't know the exact number.

11:08:51 16   A.  Yep.

11:08:51 17   Q.  In fact, when the company man goes into the drill shack, he can

11:09:00 18   look at the panels that the driller's looking at to check anything

11:09:00 19   he wants to check, correct?

11:09:00 20        MR. BROCK:  Your Honor, that document says, "rig floor,"

11:09:02 21   not "drill shack," so I object to misrepresenting the document.

11:09:06 22        THE COURT:  All right.  I sustain the objection as the

11:09:10 23   question is phrased.

11:09:10 24   BY MR. DOYEN:

11:09:12 25   Q.  Regardless of when we are, when the company man is in the drill

2128

11:09:17  1  shack -- now, that does happen from time to time, correct?

11:09:19  2  A.  It does.

11:09:20  3  Q.  You, as a well site leader, have been in the drill shack,

11:09:22  4  correct?

11:09:22  5  A.  Yes.

11:09:23  6  Q.  And when you were in the drill shack, you can look at the same

11:09:26  7  panels that the driller is looking at, correct?

11:09:28  8  A.  Yes, you can.

11:09:29  9  Q.  You can check for any information that's of interest to you,

11:09:32 10  correct?

11:09:32 11  A.  Yes, you can see whatever's being displayed at that moment.

11:10:10 12  Q.  You indicated in your report that there was a pressure rise

11:10:14 13  during the sheen test, do you recall, that with the pumps off

11:10:17 14  pressure rising?

11:10:18 15  A.  Pumps off pressure rise.

11:10:19 16  Q.  And that's an anomaly?

11:10:21 17  A.  That is a significant anomaly.

11:10:23 18  Q.  And you noted in your report that that was missed by a number

11:10:26 19  of people, correct?

11:10:27 20  A.  I don't believe it was noticed by anybody.

11:10:28 21  Q.  But of people that could have been watching, it's missed by the

11:10:33 22  driller doesn't, apparently, see it or recognize the significance?

11:10:36 23  A.  Right.

11:10:36 24  Q.  Missed by the mudlogger, correct, the Sperry mudlogger --

11:10:40 25  A.  Correct.

11:10:40  1    Q.  -- who's monitoring it.  You understand he's testified he is a

11:10:44  2    backup set of eyes for the crew?

11:10:45  3    A.  I believe that's his testimony, yes.

11:10:47  4    Q.  And he reports he doesn't see this, so he either doesn't see or

11:10:51  5    understand the significance, correct?

11:10:52  6    A.  Yes, one of those two.

11:10:53  7    Q.  And you said in the report it was also either missed or the

11:10:56  8    significance not understood by supervisory personnel, correct?

11:10:59  9    A.  Correct.

11:10:59  10   Q.  And that would include the company man, correct?

11:11:02  11   A.  Yes, that would be including the supervisory personnel.

11:11:05  12   Q.  Who, if he was in the drill shack at the time during the

11:11:08  13   incident, could have seen this as well, correct, if it was

11:11:11  14   displayed in the screen?

11:11:12  15        MR. BROCK:  I am going to object to that as not an

11:11:15  16   established fact, and there is no evidence as to what the well site

11:11:19  17   leader saw or observed or that he was even in the drill shack at

11:11:22  18   that point.

11:11:23  19        THE COURT:  Well, I understand that.  I think the

11:11:26  20   question was phrased, if he was in the drill shack he could have

11:11:30  21   seen it.

11:11:32  22        THE WITNESS:  I think the phrase was if he was in the

11:11:34  23   drill shack and it was displayed, I think that's what you said?

11:11:34  24   BY MR. DOYEN:

11:11:36  25   Q.  Yes.  If it was displayed so the driller could see and the

2130

11:11:40 1   company man were there, the company man could look and see it as

11:11:43 2   well?

11:11:43 3   A.  If the driller could see in the drill shack at the same time as

11:11:46 4   the company man and the company man was there at the same time,

11:11:49 5   yes, he could see it.

11:11:54 6   Q.  You've also testified that the crew could display the data

11:11:57 7   we've seen and I think -- well, I take it back.  I don't have it

11:12:01 8   stated in the report or not, but you've seen the Sperry mud

11:12:04 9   displays of data, at the various Sperry displays of data; is that

11:12:08 10   correct?

11:12:08 11   A.  Yes.

11:12:09 12   Q.  And you note in your report that the display modes in the

11:12:13 13   *Deepwater Horizon* on the panels were customizable by the crew?

11:12:15 14   A.  Correct.

11:12:16 15   Q.  We don't know which parameters they had up, correct?

11:12:18 16   A.  We don't know what they were looking at that point in time.  We

11:12:21 17   can think of what they should have been looking at, but we don't

11:12:23 18   know what they did.

11:12:24 19   Q.  And we don't know what scales they were looking at?

11:12:26 20   A.  We don't know that either.

11:12:27 21   Q.  In fact, it's not possible to know what the crew were

11:12:29 22   monitoring at this time, correct?

11:12:31 23   A.  We don't know.

11:12:31 24   Q.  You would agree, wouldn't you, that there are potential

11:12:41 25   indicators of kicks that aren't kicks?

11:12:44  1   A.  Yes.  There are anomalies of certain things which could be a

11:12:48  2   kick but might be caused by something else.

11:12:51  3   Q.  Not every kick indicator would necessarily justify shutting in

11:12:54  4   the well, correct?

11:12:56  5   A.  Doesn't automatically justify an immediate shut in.

11:12:59  6   Q.  And in pipe pressures, in particular, are not certain

11:13:03  7   indicators of a kick, correct, pipe pressure -- I am screwing this

11:13:06  8   question up.  Let me rephrase it rather than answer mine.

11:13:11  9           Drill pipe pressure anomalies are not certain indicators

11:13:15 10   of a kick, are they?

11:13:16 11   A.  They are not certain indicators, no.

11:13:18 12   Q.  If you saw such an indicator, you would want to investigate to

11:13:21 13   determine what it is, correct?

11:13:22 14   A.  Correct.

11:13:27 15   Q.  When you would get one of those indicators that could be an

11:13:29 16   indication of any number of things, the appropriate course is to

11:13:33 17   investigate to determine the cause, correct?

11:13:35 18   A.  Correct.

11:13:35 19   Q.  You have, I think, characterized the driller's job as

11:13:41 20   troubleshooter; is that fair?

11:13:43 21   A.  In that situation, yes.

11:13:44 22   Q.  And fair to say that to do his job, troubleshooter, he has to

11:13:52 23   observe correct data, identify the problem, and then act on it,

11:13:57 24   correct?

11:13:57 25   A.  That sounds like a good characterization.

```
11:14:00   1    Q.  And you would agree, wouldn't you, that when you're trying to
11:14:03   2    troubleshoot, when the driller is trying to troubleshoot, it's
11:14:06   3    helpful to have correct information about the status of the well,
11:14:08   4    isn't it?
11:14:08   5    A.  Yes.
11:14:14   6              MR. DOYEN:  Let's put up demonstrative D-6582, please.
11:14:29   7    BY MR. DOYEN:
11:14:29   8    Q.  You heard some of the testimony earlier in the case, and this
11:14:31   9    is discussed in your report, that there is a pressure anomaly
11:14:34  10    starting around 9:30 there, right, up until 9:38 where the pressure
11:14:38  11    is rising.  It's in the lower panel.  Do you see that?
11:14:40  12    A.  Yes, right.
11:14:42  13    Q.  I am looking to see if I have my pointer.  Right here.  Right,
11:14:53  14    pressure rises?
11:14:54  15    A.  I believe that's what you're talking about, yes.
11:14:56  16    Q.  And, in fact, we know that the crew seems to have, a little bit
11:15:00  17    before that, seen some anomalous pressure, correct?
11:15:04  18    A.  Before that?
11:15:04  19    Q.  Right before this 9:30 point here.  The crew seems to see an
11:15:09  20    anomaly?
11:15:10  21    A.  There is a reference somewhere in the testimony to discussions
11:15:14  22    of differential pressure, but I can't remember exactly what time
11:15:18  23    that is alleged to have occurred.
11:15:19  24    Q.  In fact, that testimony pegged it a little after 9:30.  In the
11:15:23  25    data here, we can actually see the crew taking action, can't we?
```

11:15:27 1    We see them right around 9:29, 9:30, they shutdown all of the

11:15:33 2    pumps, correct?

11:15:34 3    A.  We can see the shutdown of the pumps.

11:15:36 4    Q.  And the pressure drops accordingly, correct?

11:15:40 5    A.  And the pressure drops.

11:15:41 6    Q.  And it's after this in the minutes after that we have testimony

11:15:45 7    from somebody who went down to talk to them about what status and

11:15:48 8    when are we going to get to the next job, Mr. Young, that they were

11:15:53 9    seen talking about differential pressure?

11:15:55 10   A.  Yes, I believe there's testimony to that effect.

11:15:57 11   Q.  I think you say in your report that they -- it appears they

11:16:00 12   shutdown the pumps in response to something anomalous they see.  We

11:16:05 13   can't be certain what they were thinking, but that's what it

11:16:07 14   appears to us, correct?

11:16:08 15   A.  I don't remember whether I drew a specific conclusion that that

11:16:12 16   is why they shut the pumps down.

11:16:15 17   Q.  You also see here a sharp drop in the drill pipe pressure,

11:16:20 18   correct?

11:16:20 19   A.  Yes, I see that drop.

11:16:21 20   Q.  And a rise back up?

11:16:23 21   A.  Right.

11:16:24 22   Q.  And you interpret that, as many other people, in all likelihood

11:16:27 23   the crew releasing the pressure to try and understand what it is

11:16:31 24   they were seeing, correct?

11:16:31 25   A.  We see the drop in pressure.  There is an allegation somewhere,

11:16:34 1  a statement, that bleeding that down as part of their

11:16:37 2  troubleshooting process, I believe that's what's said.

11:16:40 3  Q.  And in fact, you have testified that that is what that appears,

11:16:44 4  they're seeing some pressure here, they don't know what it is, and

11:16:47 5  they're releasing it to get some information to see if they can

11:16:50 6  figure it out, correct?

11:16:51 7  A.  This statement that they -- the drop in pressure is consistent

11:16:56 8  with the statement that they bled the pressure back.

11:17:01 9  Q.  So it appears to you they're taking action in this time to try

11:17:05 10  and understand what's going on, correct?

11:17:06 11  A.  They're taking some kind of action, yes.

11:17:08 12  Q.  To investigate?

11:17:09 13  A.  Presumably, that's why they're doing it.

11:17:11 14  Q.  And insofar as that goes -- and I understand, sir, I am not

11:17:13 15  trying to get away from this -- you would like the crew to check

11:17:18 16  the flow earlier in the process.  I am not getting away from that.

11:17:21 17  A.  I agree.

11:17:22 18  Q.  And you've seen Mr. Barnhill's report, haven't you?

11:17:25 19  A.  Yes, I've flipped through it; but to be honest, it was a long

11:17:28 20  time ago.

11:17:29 21  Q.  He says the same thing, flow check earlier in the process would

11:17:32 22  be much better?

11:17:33 23  A.  Yeah.

11:17:33 24  Q.  But what we do see is the crew taking action, apparently in

11:17:38 25  response to anomalous behavior?

2135

11:17:41  1  A.  We do see them taking action, yes.

11:17:43  2  Q.  And taking action to investigate in and of itself is

11:17:47  3  appropriate, generally, when you see an anomaly, correct?

11:17:49  4  A.  Yes.

11:17:50  5  Q.  When the crew is looking at this well control situation here,

11:18:01  6  trying to understand what they were seeing, it's fair to say, isn't

11:18:05  7  it, that they are not the only people on the rig with well control

11:18:08  8  responsibility?

11:18:09  9  A.  There are other people who are responsible for well control.

11:18:12  10  Q.  In fact, it's fair to say, isn't it, that anyone who becomes

11:18:16  11  aware of anything that's anomalous on a drilling rig needs to bring

11:18:20  12  it to the attention of the appropriate people?

11:18:22  13  A.  Yes, that's a fair statement.

11:18:23  14  Q.  And that would especially go for anybody who is aware of any

11:18:29  15  information that might indicate the well is insecure.  They need to

11:18:32  16  bring that to the attention of the appropriate people, correct?

11:18:39  17  A.  Yes.

11:18:39  18  Q.  If there's a well site leader -- you've been a well site

11:18:47  19  leader, correct?

11:18:48  20  A.  Correct, I have.

11:18:48  21  Q.  And you're supervising well site leaders now?

11:18:52  22  A.  Yes.

11:18:52  23  Q.  If, as a well site leader, you learn the negative pressure test

11:18:56  24  might not be good, you would want the driller to know that,

11:19:00  25  wouldn't you?

11:19:01  1   A.  Yes.

11:19:02  2   Q.  Because the driller down here trying to figure out what's going

11:19:06  3   on would benefit from any information that might bear on the

11:19:10  4   integrity of the well; isn't that true?

11:19:12  5   A.  Yes, that would be one of the reasons, yes.

11:19:15  6   Q.  And Good Oilfield Practice would be to give that information to

11:19:19  7   the driller, so that when he's troubleshooting he has everything he

11:19:25  8   can get to help him understand what he was dealing with?

11:19:28  9   A.  Yes.

11:19:29  10  Q.  You agree with that?

11:19:30  11  A.  Yes.

11:19:30  12  Q.  That's Good Oilfield Practice?

11:19:31  13  A.  Yes.

11:19:32  14  Q.  Good Oilfield Practice because doing that might just save his

11:19:36  15  life; isn't that right?

11:19:37  16  A.  Might have.

11:19:39  17          MR. DOYEN:  No further questions.

11:19:41  18          THE COURT:  BP.

11:19:45  19          MR. BROCK:  I think Halliburton is next.

11:19:47  20          THE COURT:  I'm sorry, Halliburton.  I skipped them.

11:21:10  21          MR. HARTLEY:  Thank you, your Honor.

11:21:10  22                    CROSS-EXAMINATION

11:21:10  23  BY MR. HARTLEY:

11:21:11  24  Q.  Floyd Hartley for Halliburton.  Mr. Heenan, I will be

11:21:15  25  cross-examining you for just a little bit.

2137

11:21:17  1            I want to start off, very briefly, with the scope of your

11:21:19  2  report.  As I understand it, you're not exercising or offering any

11:21:23  3  opinions with respect to the performance of the Halliburton crew on

11:21:25  4  the rig that evening, are you?

11:21:27  5  A.  Are we speaking of the cement?

11:21:30  6  Q.  Either cement or the mudlogging personnel?

11:21:33  7  A.  I think I made some comments about the mudlogging.

11:21:35  8  Q.  Right.  You were not asked to opine as to whether the Sperry

11:21:38  9  mudlogger met the standard of care for well monitoring, is that

11:21:42 10  right?  I think you said that in your report.

11:21:43 11  A.  Okay.

11:21:44 12  Q.  Is that fair?

11:21:44 13  A.  If it's that an accurate quote.

11:21:47 14  Q.  You weren't asked neither to offer an opinion as to Sperry's

11:21:52 15  mudlogger's performance with respect to well control, were you?

11:21:55 16  A.  The Sperry mudlogger doesn't act as a well control.

11:21:58 17  Q.  Exactly.  That's where I was going to go.  Mr. Doyen asked you

11:22:02 18  some questions a few minutes ago about the well control

11:22:05 19  responsibility of the personnel on the rig.  Do you recall that?

11:22:08 20  A.  Yes.

11:22:08 21  Q.  And as far as you know, from your experience in the oil

11:22:12 22  industry last 34 years or so, the mudlogger doesn't have a well

11:22:16 23  control defined responsibility, does he?

11:22:18 24  A.  He doesn't take actions to bring the well under control, but

11:22:22 25  monitoring would arguably be part of well control.

11:22:24  1   Q.  It's a two-step process:  You have the well monitor looking for

11:22:29  2   a kick; then once a kick is detected, you shift into well control?

11:22:32  3   A.  Yes, that's a semantic discussion, but there are two separate

11:22:36  4   steps.

11:22:36  5   Q.  Now, once an anomaly is detected or suspected and well control

11:22:41  6   actions are taken, that's not something that Halliburton personnel,

11:22:43  7   for example, the mudlogger, is involved in, right?

11:22:45  8   A.  You're asking specifically, for example, if he closes in the

11:22:48  9   BOPs?

11:22:49  10  Q.  That would be a good question.  Does he have access to the BOP

11:22:52  11  controls?

11:22:52  12  A.  He did not.

11:22:53  13  Q.  Does he have access for the controls for the diverter?

11:22:56  14  A.  No.

11:22:57  15  Q.  Can he push any button that will shut an annular, pipe ram,

11:23:01  16  anything that is going to seal that well?

11:23:03  17  A.  I've never seen that kind of stuff in a mudloggers cabin.

11:23:07  18  Q.  Similarly, the mudlogger or even Sperry personnel, they are not

11:23:10  19  responsible, are they, for the decision to remove mud from a well

11:23:13  20  that primary hydrostatic barrier?

11:23:16  21  A.  Neither of them are involved in that discussion -- in that

11:23:18  22  decision.

11:23:19  23  Q.  There's been some lengthy testimony today about the negative

11:23:22  24  pressure test.  Fortunately, I am not going to get into that too

11:23:24  25  much, except with respect to Halliburton.  In all of the discussion

2139

11:23:27  1   you've had this morning and in looking at your report, I didn't see

11:23:29  2   a mention of the Halliburton cement personnel or the Sperry

11:23:32  3   mudloggers having any role or responsibility in interpreting the

11:23:36  4   negative test?

11:23:37  5   A.  I don't think they had any interpretation responsibility.

11:23:40  6   Q.  And with respect to the conversation between Mr. Hafle and

11:23:44  7   Mr. Vidrine, conversations on the rig and the dog house, none of

11:23:47  8   those involved, as best you understand from the record, the Sperry

11:23:50  9   mudlogger?

11:23:51 10   A.  To the best of my knowledge, they did not.

11:23:53 11   Q.  They were not involved in any of those -- none of the

11:23:55 12   Halliburton personnel were involved in any of those discussions

11:23:58 13   related to the interpretation of the negative test?

11:24:00 14   A.  As far as I am aware, they were not involved.

11:24:05 15   Q.  Let's talk for a minute about the Sedco 711 incident that

11:24:09 16   happened on December 23, 2009.  Do you recall looking at

11:24:12 17   information related to that?

11:24:14 18   A.  Is that the similar failure of a testing barrier?

11:24:18 19   Q.  The similar event that Mr. Doyen was asking you about a few

11:24:22 20   minutes ago.

11:24:23 21   A.  Okay.

11:24:24 22   Q.  Can we pull up page six of your report, I think it's 60110 at

11:24:26 23   page six.  If we pull up your report, you referred to this being

11:24:31 24   eerily similar to the Macondo; is that right?

11:24:33 25   A.  That's what I said, yes.

2140

11:24:36  1    Q.  If we look on page six of your report, you list six indicators

11:24:52  2    or six ways in which you believe the Sedco 711 incident was eerily

11:24:58  3    similar to Macondo.  Is that a fair characterization?

11:25:00  4    A.  Correct.

11:25:00  5    Q.  Number one being deliberately placed the well in an

11:25:04  6    underbalanced condition; is that right?

11:25:06  7    A.  Yes.

11:25:06  8    Q.  Performing a negative test and deeming it acceptable?

11:25:10  9    A.  Yes.

11:25:11  10   Q.  During the displacement proceeding, using an open pit system.

11:25:15  11   They did that in both events, right?

11:25:17  12   A.  Yes.

11:25:17  13   Q.  There were indications of flow in and flow out discrepancies

11:25:20  14   that the drill crew in Sedco 711 did not respond to; is that right?

11:25:24  15   A.  The personnel on there did not, yes.

11:25:26  16   Q.  Did you see any indication that the Sperry mudlogger who was on

11:25:29  17   that rig actually called the drill floor and advised them of the

11:25:32  18   incident, but there was a delay in the response?

11:25:33  19   A.  Speaking of the seven --

11:25:35  20   Q.  The 711, yes, sir.

11:25:36  21   A.  No, I don't know about that.

11:25:38  22   Q.  The fifth, similar indication of increasing flow out that were

11:25:41  23   not acted upon.  Is that something you saw in both instances?

11:25:44  24   A.  Yes, if you look at the words, yes.

11:25:46  25   Q.  And in your experience, flow out is actually the gold standard

11:25:50  1  kick indication, right?

11:25:51  2  A.  It would be one of the two primary ones.

11:25:53  3  Q.  Other being pit gains?

11:25:55  4  A.  Yes.

11:25:55  5  Q.  The last similarity you noted in your report, says:  "No action

11:26:00  6  was taken by onboard personnel to secure the well until wellbore

11:26:04  7  fluid started to unload."  Is that something you saw in both

11:26:08  8  instances?

11:26:09  9  A.  Yes.

11:26:09  10  Q.  In looking at the Sedco 711, the drill crew, based on the

11:26:12  11  information you saw, did not act in response to the event until mud

11:26:17  12  was shooting out onto the rig?

11:26:19  13  A.  Yes.

11:26:19  14  Q.  And the same happened on the Macondo well.  The rig crew did

11:26:23  15  not respond until mud was shooting up to the crown?

11:26:27  16  A.  I don't know if it was up to the crown at the time they

11:26:29  17  attempted to shut it in, but it was -- there was mud on the

11:26:33  18  surface.

11:26:34  19        MR. HARTLEY:  Pull up D-8165.  Flip forward.  Go and

11:26:47  20  click to the end.

11:26:47  21  BY MR. HARTLEY:

11:26:48  22  Q.  I think we put together this demonstrative D-8165 that should

11:26:54  23  be similar to your conclusion, if not the same, comparing the two.

11:26:58  24  Scrolling through here, we have a displacement procedure and lead

11:27:01  25  the pre-tower discussion by the mud company.  That happened in both

1    events; is that right?

2    A.  I don't know if they led the discussion, but they did draft the

3    displacement procedure and I'm sure they participated in the

4    discussion.

5    Q.  And we go through the displacement, well is underbalanced when

6    a kick is taken, crews conduct inflow test and, in that case, there

7    is a formation isolation valve when the 711 fails, right?

8    A.  You're going a little too fast for me here.

9    Q.  Sorry.  I've been told I need to slow down.

10           Let me ask you this, Mr. Heenan, and simplify this.  In

11   looking through the various horizontal columns we have on D-8165,

12   do you agree with the similarities we've identified between the

13   Sedco 711 and Macondo incident?

14   A.  I identified six and I see you have a few more than six, so I

15   would have to take the time to go through them.

16   Q.  Would you agree that given those six similarities you've

17   identified, would it be important for Transocean to inform the rig

18   crew on its rig out in the Gulf of this sort of event?

19   A.  Yes.

20   Q.  Now, in answering Mr. Doyen's questions, you looked at a couple

21   of documents, the operations advisory, do you recall that?

22   A.  Yes, I believe I recall the one called the operations advisory.

23           MR. HARTLEY:  If we pull up Exhibit 1523.

24   BY MR. HARTLEY:

25   Q.  In the upper right-hand corner it indicates this is a Global

11:28:35 1   Operations Advisory issued on April 5, 2010.  This is the document

11:28:40 2   Mr. Doyen showed you.  Do you recall that?

11:28:42 3   A.  Right, yes.

11:28:43 4   Q.  In your review of the material, whether it's testimony,

11:28:47 5   documentary, or otherwise, did you see any indication that this

11:28:50 6   operations advisory issued globally on April 5th of 2010 actually

11:28:55 7   made it to the *Deepwater Horizon*?

11:28:56 8   A.  I didn't see any indication that it occurred.

11:28:59 9   Q.  You were in the courtroom yesterday when Mr. Ezell testified,

11:29:02 10  right?

11:29:02 11  A.  Yes, I was.

11:29:02 12  Q.  Did you hear him tell the Court that he had never seen this

11:29:05 13  before the incident?

11:29:06 14  A.  I believe that's what he said.

11:29:08 15  Q.  You were also shown Exhibit 4906A.

11:29:12 16        MR. HARTLEY:  If we could put that up on the screen.

11:29:12 17  BY MR. HARTLEY:

11:29:18 18  Q.  Do you recall looking with Mr. Doyen at 4906 A the e-mail from

11:29:22 19  Barry Braniff to a number of individuals ostensibly circulating the

11:29:27 20  operations advisory?

11:29:27 21  A.  I think that's the same one as we had, I think.

11:29:30 22  Q.  And if you look at the two lines that Mr. Braniff e-mailed, it

11:29:33 23  was to a number of people around the world.  Do you see that?

11:29:35 24  A.  Yes.

11:29:36 25  Q.  I think Mr. Doyen characterized them as department or division

11:29:39  1    heads worldwide?

11:29:41  2    A.  Somewhat like that, yes.

11:29:42  3    Q.  Do you have any indication, have you seen any evidence that

11:29:45  4    these individuals actually circulated this operation advisory to

11:29:49  5    their respective departments or divisions?

11:29:52  6    A.  I haven't see that evidence.

11:29:53  7    Q.  In the course of preparing your report and for your testimony,

11:29:56  8    did you read a series of depositions taken in this case?

11:30:00  9    A.  I read quite a few depositions.  I think they're called

11:30:03  10   depositions.

11:30:03  11   Q.  Do you recall reading the deposition of either Bill Sannan or

11:30:07  12   Paul Johnson?

11:30:08  13   A.  I don't recall them.

11:30:09  14   Q.  Do you recall reading testimony to the effect that Bill Sannan

11:30:14  15   had not gotten around to sending the operations advisory to the

11:30:19  16   *Deepwater Horizon*?

11:30:19  17   A.  I didn't read anything like that.

11:30:20  18   Q.  Would that surprise you given the rest of the reading the

11:30:24  19   review you've done in this case?

11:30:28  20            MR. DOYEN:  Your Honor, speculative.

11:30:30  21            THE COURT:  I sustain that, and I think there was

11:30:32  22   previous testimony, somebody brought it up, that -- what's his

11:30:37  23   name?  Sannan was on vacation or something and that's why he did

11:30:43  24   not circulate the e-mail.

11:30:43  25   BY MR. HARTLEY:

2145

11:30:51  1    Q.  I want to talk for a minute about well control practices

11:30:55  2    generally.  I think you testified or we agreed that mud is the

11:31:02  3    primary well control barrier?

11:31:04  4    A.  Yes, that's the usual definition.

11:31:05  5    Q.  The operator and drilling contractor are responsible to make

11:31:09  6    the decision to remove mud from the well?

11:31:11  7    A.  Yes.

11:31:11  8    Q.  For example, displaced, put it in an underbalanced condition?

11:31:14  9    A.  You said operator and drilling contractor, I think that would

11:31:18 10    be essentially the operator.

11:31:18 11    Q.  Essentially operator.  Not Halliburton?

11:31:21 12    A.  No.

11:31:23 13    Q.  Another barrier would be the BOP?

11:31:25 14    A.  Correct.

11:31:26 15    Q.  Based on your experience and understanding, does Halliburton

11:31:29 16    have any responsibility for the operation, maintenance, control of

11:31:33 17    the BOP?

11:31:34 18    A.  I wouldn't imagine they would.  They normally don't.

11:31:36 19    Q.  Similar to the operation of a diverter to divert fluid

11:31:39 20    overboard in the event that gas gets in the riser?

11:31:42 21    A.  Same thing.

11:31:43 22    Q.  Now, in forming your opinions in this case, you had an

11:31:47 23    opportunity to look at the actual events that were occurring on the

11:31:50 24    rig; is that right?

11:31:51 25    A.  I was able to look at some data about that, yes.

2146

11:31:54  1   Q.  And you looked at the data involving simultaneous operations

11:31:57  2   that were going on?

11:31:58  3   A.  Yes.

11:32:00  4            MR. HARTLEY:  Let's pull up D-8167.

11:32:00  5   BY MR. HARTLEY:

11:32:06  6   Q.  I've put together a demonstrative that attempts to capture some

11:32:09  7   of, if not all, of the simultaneous operations going on during

11:32:13  8   displacement.  I want to walk through some of these with you fairly

11:32:17  9   quickly.  You would agree that on that evening they were using an

11:32:20 10   open pit system for displacement?

11:32:22 11   A.  Yes.

11:32:22 12   Q.  Repeated flushing of the trip tank?

11:32:24 13   A.  I understand that, yes.

11:32:25 14   Q.  There were staggering of the rig pumps at various times?

11:32:28 15   A.  I'm not sure what you mean by that.

11:32:29 16   Q.  Bringing the pumps online instead of straight on and staggering

11:32:34 17   them in sequence.  Do you recall seeing that?

11:32:36 18   A.  That was done, yes.

11:32:37 19   Q.  About 9:14, 9:15 that evening?

11:32:40 20   A.  Can't recall the time but the pumps come on and off at

11:32:44 21   different times if that's your question.

11:32:45 22   Q.  Fair enough.  Repeated emptying of sand traps during

11:32:48 23   displacement?

11:32:48 24   A.  Yes, there is evidence of that fact.

11:32:49 25   Q.  There was transferring of mud between pits six, seven, nine,

11:32:52  1   and ten?

11:32:53  2   A.  Transferring between a bunch of pits, I can't remember which

11:32:57  3   ones.

11:32:57  4   Q.  More mud transferring than you would see in the typical

11:33:01  5   displacement procedure?

11:33:02  6   A.  Yes.

11:33:02  7   Q.  Diversion of fluid overboard that bypassed Sperry flow-out

11:33:07  8   sensor about 9:08, 9:10 that evening?

11:33:11  9   A.  Sounds like the right time, yes.

11:33:13 10   Q.  When they shut down for the sheen test?

11:33:15 11   A.  Yes, about that time they reached diversion.

11:33:16 12   Q.  At some point they were offloading mud to the *Damon Bankston*?

11:33:19 13   A.  At some point, yes.

11:33:21 14   Q.  They were operating the crane and there was rig movement that

11:33:23 15   resulted in agitated fluid levels at various times?

11:33:27 16   A.  I don't recall if that was going on at that time or not.

11:33:29 17   Q.  And the last one they have up there is lack of communication

11:33:31 18   from the rig crew about activities underway.  Is that something you

11:33:33 19   saw from your review of the data?

11:33:35 20   A.  I can't really speak to that.

11:33:38 21   Q.  Did you read Joe Keith's deposition testimony?

11:33:41 22   A.  I think --

11:33:43 23   Q.  He was a mudlogger on the rig.

11:33:44 24   A.  I know who he is.  I think I read part of it.  I am not sure if

11:33:47 25   I read the part that's relevant to this question.

2148

11:33:49 1    Q.  Do you recall him testifying that no one from the drill crew

11:33:53 2    called him that evening to tell him what was going on?

11:33:55 3    A.  I don't believe I recall that, no.

11:33:57 4    Q.  In your experience, would it be important for the drill crew to

11:34:00 5    advise the mudlogger of the operations underway?

11:34:03 6    A.  I would expect continuous communication between them -- between

11:34:06 7    the mudlogger and the drill crew.

11:34:08 8    Q.  Why would you have that expectation?

11:34:10 9    A.  Because the drill crew do things that affect the data that's

11:34:14 10   shown, and you need to understand what's being done in the

11:34:18 11   plumbing, if you will, to understand the data you're looking at.

11:34:22 12   Q.  When you're looking at the data, it's only an anomaly if it's

11:34:25 13   only explained by other rig activity?

11:34:28 14   A.  I think that's a semantic about the word "anomaly," but there's

11:34:32 15   a difference in data, and then you need to know why.  It may not be

11:34:36 16   significant, that may be a better phrase.

11:34:38 17   Q.  So if I understand, in order to understand what you are

11:34:42 18   monitoring, you need to know what else is going on?

11:34:44 19   A.  Correct.

11:34:44 20   Q.  If we look at the demonstrative, we have a lot of things going

11:34:47 21   on, each of the things on the bullet point affect the mudlogger's

11:34:51 22   ability to do his job; is that fair to say?

11:34:53 23   A.  Yeah.  Arguably the rig pumps don't, but other than that, I

11:35:02 24   think you're correct.

11:35:02 25   Q.  When you stagger the rig pumps, you turn them on or off that

11:35:06  1    would affect stand pipe pressure?

11:35:07  2    A.  Yes, the mudlogger can see that data.

11:35:10  3    Q.  It'll affect flow in and flow out?

11:35:12  4    A.  It will affect those parameters, yes.

11:35:14  5    Q.  Each of the activities, may be a better way to say it, each of

11:35:17  6    the activities on this demonstrative affect the data the mudlogger

11:35:19  7    is seeing?

11:35:20  8    A.  That is a true statement.

11:35:21  9    Q.  So it's important to know what's going on to actually and

11:35:24 10    accurately that data?

11:35:25 11    A.  It's important that he knows what's going on, yes.

11:35:27 12    Q.  I think in your report you said that because of the

11:35:30 13    displacement procedure underway evening, that the mudlogger was

11:35:32 14    essentially blinded in his ability to monitor the well?

11:35:35 15    A.  He was blinded in his ability to monitor the gold standard I

11:35:38 16    believe I called it, the pit volume total.

11:35:40 17    Q.  And flow out, the flow?

11:35:44 18    A.  At a certain point in time, he also didn't have the flow data

11:35:48 19    available.

11:35:48 20    Q.  And that's important because those are the two primary

11:35:53 21    indicators of a kick; is that what you said?

11:35:55 22    A.  Those are the two primary indicators.

11:35:58 23        MR. HARTLEY:  Let's look at TREX 60105 at 800, 307.

11:35:58 24    BY MR. HARTLEY:

11:36:16 25    Q.  The pit volume change and the flow out aren't the only

11:36:20  1  indicators of a kick, are they?

11:36:21  2  A.  There are other things that could be indicators of kick, yes.

11:36:26  3  Q.  This is the first page of the IADC Deepwater Well Control

11:36:31  4  Guidelines.  Is this a document with which you're generally

11:36:34  5  familiar?

11:36:34  6  A.  I am not familiar with that particular document.  But I suspect

11:36:39  7  I am familiar with the content.

11:36:40  8  Q.  Let's go to page 800 then 307.  Under section 2.1.1, the IADC

11:37:09  9  well control guidelines, standard well kick warning signs.  Do you

11:37:12  10  see the list I have to the screen?

11:37:13  11  A.  Yes, I see the list.

11:37:14  12  Q.  You say you're not familiar with this document in particular,

11:37:16  13  but based upon your 30 to 40 years of experience in the industry,

11:37:20  14  is this a fair and adequate representation of the standard well

11:37:24  15  kick warning signs with which you are familiar?

11:37:26  16  A.  Let me take a second to look at it, but right away it looks

11:37:30  17  like it is.

11:37:30  18  Q.  Absolutely.

11:37:31  19  A.  (WITNESS REVIEWS DOCUMENT.)  Yeah, I would say that's a fairly

11:37:39  20  common set of kick warning signs.

11:37:42  21  Q.  And consistent with your testimony, the first two listed

11:37:44  22  relates to flow rate and pit volume increase?

11:37:47  23  A.  Those are the first two.

11:37:49  24  Q.  Rate of penetration which wouldn't apply here because they are

11:37:52  25  not drilling, right?

2151

11:37:52  1   A.  Exactly.

11:37:53  2   Q.  And then I notice the fourth bullet, decrease in pump pressure,

11:37:56  3   do you see that?

11:37:57  4   A.  I see that.

11:37:57  5   Q.  So the standard kick indicators is when you're monitoring data

11:38:01  6   and you see the stand pipe pressure will decrease?

11:38:03  7   A.  A more common phase in my experience is a change in pump

11:38:07  8   pressure is what I usually see written down, because it depends on

11:38:09  9   the physics of the situation whether the pressure goes up or down.

11:38:13  10  Q.  And when that happens, if you notice that, you want to, at

11:38:16  11  least, find an explanation for the change?

11:38:18  12  A.  Find an explanation because, as you said before, there are

11:38:21  13  other reasons why pump pressure might be changing.

11:38:24  14  Q.  When we were talking about the kick indicators just a minute

11:38:35  15  ago, you mentioned, at one point, Mr. Keith was blinded to the flow

11:38:39  16  rate and the pit volume increase.  Do you recall that?

11:38:41  17  A.  Yes, near the end of the operation.

11:38:43  18  Q.  Can you explain how that came about based on your understanding

11:38:47  19  of the record?

11:38:47  20  A.  The record and the plumbing, for want of a better word, there

11:38:55  21  were -- there's been some confusion about the sensors on the rig,

11:38:57  22  so maybe I can address that first.

11:38:59  23  Q.  Certainly.

11:39:00  24  A.  So the sensors are actually part of the rig equipment including

11:39:03  25  a whole bunch of parameters, and then that data is fed to the

2152

11:39:06  1   Sperry-Sun monitoring system and that's the data that was

11:39:11  2   transmitted.  Specifically, the one that you're speaking of, flow

11:39:14  3   rate, there are actually two sensors; one, which was provided as

11:39:17  4   part of the permanent gradient coordinates, and one additional one

11:39:22  5   that was provided, as I understand it, by Sperry-Sun.

11:39:24  6        MR. HARTLEY:  Let's put up TREX 607.

11:39:24  7   BY MR. HARTLEY:

11:39:39  8   Q.  This is a very simplistic rendering of the arrangement of the

11:39:44  9   *Deepwater Horizon*, the flow out system.  And I think what you just

11:39:46  10  said is there are two different flow out sensors sending data to

11:39:50  11  various personnel on the rig?

11:39:51  12  A.  That's right.

11:39:51  13  Q.  On the depiction in 607, we have Transocean flow out sensor on

11:39:58  14  the line and then separate Sperry flow sensor; is that right?

11:40:01  15  A.  Yes, those are the two I am referring to.

11:40:04  16  Q.  And in between there is a diverter, do you see that?

11:40:09  17  A.  Yes.

11:40:09  18  Q.  Recognizing the plumbing is not to scale, not actual all the

11:40:12  19  terms and the convolutions on the rig, is this, based your

11:40:16  20  understanding, an accurate representation of the general

11:40:19  21  arrangement of those sensors?

11:40:20  22  A.  As a general arrangement, yes; location of the sensors in the

11:40:24  23  flow path, yes.

11:40:25  24  Q.  Then, if I understand what you're saying, is that the point

11:40:27  25  that night where they shutdown for the sheen test and they diverted

1:40:30 1  overboard, they closed the diverter and sent the fluid to the sea;

1:40:35 2  is that right?

1:40:36 3  A.  They sent the fluid to the sea.  I don't think the plumbing is

1:40:42 4  quite an accurate description of how it was done.

1:40:45 5      The key part you're asking, I believe, is when they

1:40:48 6  diverted to put fluid in the ocean -- to dump to the sea, was the

1:40:53 7  Sperry-Sun flow sensor part of that flow path; the answer is no.

1:40:58 8      MR. HARTLEY:  Let's put up TREX 606.

1:40:58 9  MR. HARTLEY:

1:41:05 10  Q.  From that point until the end of transmission that night, the

1:41:08 11  mudlogger was unable to see flow out of the well and any pit volume

1:41:13 12  change reflective of a situation down hole?

1:41:14 13  A.  Once the flow was diverted, the mudlogger couldn't see the flow

1:41:18 14  rate and, as we've addressed, the pit volumes were not too useful

1:41:23 15  information.

1:41:24 16  Q.  Now, before we talk about the flowout situation in particular,

1:41:26 17  you're talking about sensors on the rig.  And in Exhibit 606, we

1:41:31 18  pull out the top part, it identifies the SCL or mudlogging sensors

1:41:39 19  on the rig.  Is this consistent with your understanding of the

1:41:41 20  sensors that Sperry had on the rig that night?

1:41:45 21  A.  I didn't actually address gas traps, but I would expect that

1:41:48 22  that would be an item that they supply.

1:41:50 23  Q.  Are you aware of any sensors provided by Halliburton or Sperry

1:41:53 24  for mudlogging for surface data parameter collection other than the

1:42:01 25  ones listed on 607 at the top?

11:42:01  1    A.  Not for surface data.  I think they provided some logging while

11:42:05  2    drilling, but, again, not part of this.

11:42:07  3    Q.  The MWD and the LWD test would have been on the rig and not in

11:42:13  4    operation since drilling had stopped a few days before?

11:42:18  5    A.  Yes.

11:42:18  6    Q.  If we go down to the bottom part of 607, it identifies

11:42:21  7    Transocean sensor data transmitted to Sperry.  Is this list

11:42:23  8    consistent with your understanding of the Transocean data that was

11:42:25  9    provided to the Sperry mudlogger?

11:42:27 10    A.  Yes, I can't tell you whether it's exhaustive or not, and I am

11:42:36 11    not certain about my mud temperature, but I imagine it would be.

11:42:40 12    Again, for all of the things I've spoken about, yes, it would be

11:42:43 13    consistent.

11:42:43 14    Q.  One thing I don't notice on this list and I am curious about is

11:42:47 15    flowout.  Is it your understanding that flowout data from the

11:42:51 16    Transocean flowout sensor was not provided to the Sperry mudlogger?

11:42:54 17    A.  I don't actually know that for sure.

11:42:56 18    Q.  Did you read evidence in the record suggesting that the -- that

11:43:00 19    information was not provided to the Sperry mudlogger?

11:43:03 20    A.  I definitely read evidence that they were -- and this is

11:43:07 21    from -- as I recall, from the Sperry-Sun personnel, that they were

11:43:11 22    directed to observe the -- I'll call it the Sperry-Sun sensor.

11:43:15 23    Whether they had access to the other data, I don't know that for

11:43:18 24    sure either way.

11:43:20 25    Q.  At the point where mud was diverted overboard and the mudlogger

11:43:38   1   could no longer see flowout, do you know whether the Transocean rig

11:43:42   2   crew could still see flow out of the well at that point?

11:43:45   3   A.  My understanding is they should have been able to.  Their

11:43:48   4   sensor should have been -- or was still operational.

11:43:51   5   Q.  Let's pull up TREX 60999.  In the course of preparing your

11:44:27   6   expert report and testimony, do you recall reading this

11:44:32   7   Document 60999?

11:44:41   8   A.  I don't recall reading it.  Sorry, I don't recall reading it.

11:44:45   9   I can, if you wish.

11:44:45  10   Q.  I want to direct you specifically in this e-mail from

11:44:50  11   Mr. Daniels to Mr. Perrin, it says, "The Hitec sensor (the paddle)

11:44:56  12   would still read flow on the rig floor while Sperry's sensor would

11:45:00  13   be showing no flow.  The paddle sensor was just past the diverter

11:45:04  14   on the rig floor, while the Sperry's was located in the shaker

11:45:08  15   house itself with a valve in between to go overboard and bypass the

11:45:12  16   shakers.  So, with the sheen test completed, they would have been

11:45:16  17   going overboard, which would have bypassed Sperry's sensor."

11:45:18  18          Is it consistent with your understanding that from that

11:45:18  19   point forward, the Transocean sensor would still have been reading

11:45:23  20   flow, but Sperry's would not have been receiving any data?

11:45:26  21   A.  That's what I understand.

11:45:28  22   Q.  In discussing the rig operations that night, we went through

11:45:32  23   the simultaneous operations and how those affect the mudlogger's

11:45:35  24   ability to do his job.

11:45:36  25          Do you have an opinion whether or not putting the

11:45:40  1  mudlogger in that position falls below the good oil field practices

11:45:45  2  that you discussed earlier?

11:45:46  3  A.  Can you ask the question again, please.

11:45:48  4  Q.  Kind of convoluted there.

11:45:50  5  A.  Yes.

11:45:51  6  Q.  With respect to the simultaneous operations, doing a placement

11:45:55  7  procedure with a long list of things going on at the same time we

11:45:59  8  looked at, do you have an opinion whether setting up a displacement

11:46:02  9  procedure to run things in that manner is consistent with or

11:46:05  10 deviates from good oil field practices?

11:46:08  11      MR. BROCK:  Your Honor, I object to that, to the extent

11:46:10  12 that it is directed to BP, I am not sure that it is or not, but

11:46:14  13 that is not an opinion stated in his report.

11:46:18  14      THE COURT:  Is that right, sir, that was not an opinion

11:46:20  15 you expressed in your report?

11:46:24  16      THE WITNESS:  I'm sorry, I am not sure of the nuances of

11:46:27  17 the question.

11:46:29  18      THE COURT:  Why don't you rephrase your question.

11:46:32  19 BY MR. HARTLEY:

11:46:33  20 Q.  Based upon your 30 to 40 years of experience in the industry

11:46:36  21 conducting displacement procedures, do you have an opinion as to

11:46:38  22 whether the manner of this displacement procedure of those

11:46:42  23 simultaneous operations, blinding the mudlogger to certain data,

11:46:47  24 deviated from or was consistent with good oil field practices?

11:46:51  25      MR. BROCK:  Same objection as to BP.

11:46:53   1          THE COURT:  I don't recall that in his report.  I've read

11:46:56   2   his report a couple of days ago, so I sustain the objection.

11:47:07   3   BY MR. HARTLEY:

11:47:08   4   Q.  In looking through the information about the simultaneous

11:47:10   5   operations, did you see any indication that BP conducted a risk

11:47:14   6   assessment as to the effect of those operations on the mudlogger?

11:47:19   7          MR. BROCK:  Object to the question.  He's expressly said

11:47:21   8   he didn't look at those type of issues.

11:47:23   9          THE COURT:  I sustain the objection.

11:47:43  10   BY MR. HARTLEY:

11:47:44  11   Q.  In addressing some of Mr. Doyen's questions, you discussed a

11:47:48  12   particular issue where you thought there was an anomaly that you

11:47:51  13   thought should have been seen by the rig crew during the sheen

11:47:55  14   test?

11:47:55  15   A.  Increase in pressure?

11:47:57  16   Q.  Increase in pressure during the sheen test, do you recall that?

11:47:58  17   A.  Yes, I recall that.

11:47:59  18   Q.  In your report, you mention a few instances where there were

11:48:02  19   some data changes that may or may not have been an indication of a

11:48:05  20   problem downhole, whether it's a flowout trace, an earlier 100 psi

11:48:10  21   increase in stand pipe pressure, do you recall that generally?

11:48:13  22   A.  I recall a couple of things.

11:48:15  23   Q.  Which, if any, of those reported anomalies do you think the

11:48:20  24   mudlogger should have been able to see that night, given the

11:48:23  25   position he was in?

11:48:24  1   A.  I'd say that the clearest one would be increase in pressure

11:48:28  2   with the pump shut off.

11:48:30  3   Q.  And that was from about 2108 to 2114 during the sheen test?

11:48:34  4   A.  I think that's about the time.  There's actually an increase in

11:48:36  5   pressure earlier, as I recall, which I would expect would be seen.

11:48:39  6   It's not quite as definitive, but the increase in pressure, pump

11:48:44  7   shutoff is pretty definitive.

11:48:46  8   Q.  Pretty definitive of what?

11:48:48  9   A.  It's hard to imagine something other than an inflow into the

11:48:52 10   well.

11:48:52 11   Q.  And at that point, the well should have been shut in?

11:48:55 12   A.  That would have not been the first step.  The first step

11:48:59 13   probably would have been a flow check.

11:49:05 14          THE COURT:  How long does it take to do a flow check?

11:49:09 15          THE WITNESS:  It takes about -- usually most people

11:49:12 16   monitor for 15 minutes.  But it's obvious the well is flowing, you

11:49:15 17   don't wait.  As soon as you see flow, you take action.

11:49:19 18          THE COURT:  Take action, meaning?

11:49:21 19          THE WITNESS:  Close the well in.

11:49:24 20   BY MR. HARTLEY:

11:49:25 21   Q.  Did Mr. Keith conduct a flow check that evening?

11:49:27 22   A.  No.

11:49:27 23   Q.  Do you recall him looking at the flowout line when they shut

11:49:31 24   down the pumps for the sheen test?

11:49:32 25   A.  There's testimony, but it's a little bit conflicting or there's

2159

11:49:37  1    several pieces that sort of don't fit together very well.

11:49:40  2    Q.  You recall his testimony that when they shut down the rig

11:49:43  3    pumps, he looked at his closed-circuit TV camera, flow line, saw

11:49:47  4    the flow stop, saw the gate close?

11:49:49  5    A.  Yes, I recall that testimony, and I'm sorry I leapt to a

11:49:55  6    conclusion because, to me, a flow check is to physically go and

11:49:58  7    look, which obviously he couldn't do.

11:50:00  8    Q.  In other words, you would monitor for a period of time to

11:50:02  9    ensure that there's no flow?

11:50:04 10    A.  Yes.

11:50:04 11    Q.  So we're quibbling over terminology?

11:50:07 12    A.  Exactly, and that's my understanding.

11:50:09 13    Q.  Let me rephrase the question to make sure we're clear.  We know

11:50:12 14    at some point that evening, about 2108, Joe Keith checked the flow

11:50:15 15    line to see if the well was still flowing after the pumps were shut

11:50:19 16    down for a sheen test?

11:50:20 17           MR. BROCK:  Just ask for clarification on "check the flow

11:50:23 18    line" if he is talking about actually going to see it or looking on

11:50:26 19    monitor, just for clarification.

11:50:28 20           THE COURT:  I assume you mean on his monitor, huh?

11:50:31 21           MR. HARTLEY:  Yes, sir.

11:50:31 22           THE WITNESS:  On his TV monitor is your statement, right?

11:50:34 23    BY MR. HARTLEY:

11:50:34 24    Q.  You know he looked to his left, watched the monitor to the flow

11:50:38 25    lines, saw the flow stop, and then they diverted overboard?

11:50:42   1    A.   I know he testified that.  But as I say, various other things

11:50:46   2    make the story a little bit confusing and open to question.

11:50:49   3    Q.   Do you doubt that he actually looked at that sensor?

11:50:52   4    A.   I don't know.

11:50:53   5    Q.   Do you doubt that he looked over there at his monitor?

11:50:56   6    A.   I don't know.

11:50:57   7    Q.   Let's put up D 8007.  In response to Mr. Doyen's questions, you

11:51:21   8    talked about the rig crew's activity that night.  Do you recall

11:51:24   9    that generally?

11:51:25   10   A.   Generally, yes, but we need to be more specific, I'm sure.

11:51:27   11   Q.   Right.  On D 8007, I tried to compile in fairly chronological

11:51:34   12   order based on the Transocean investigation report on the timing of

11:51:37   13   events that night.  Did you have an opportunity to review the

11:51:40   14   Transocean investigation report?

11:51:41   15   A.   Briefly.  Because it was issued earlier, I spent probably more

11:51:48   16   time with the so-called Bly Report.  These times, are they the

11:51:53   17   same?

11:51:53   18   Q.   Roughly.

11:51:56   19   A.   With that caveat, go ahead.

11:51:58   20   Q.   Do you recall talking with Mr. Doyen about the drill crew

11:52:02   21   noticing some sort of anomaly about 9:29, 9:30 and shutting off the

11:52:07   22   pumps?

11:52:07   23   A.   9:30, yeah.

11:52:08   24   Q.   Then David Young, chief mate, goes to the drill shack and they

11:52:11   25   talk, and he hears a talk about this pressure differential?

11:52:14  1    A.  Correct, I recall that.

11:52:16  2    Q.  They bleed off the stand pipe pressure around 9:36, do you

11:52:20  3    recall that?

11:52:20  4    A.  Yes.

11:52:21  5    Q.  Are you aware that the modeling suggests, at least BP's

11:52:27  6    modeling, that hydrocarbons first entered the riser at 9:38?

11:52:29  7    A.  That sounds about the right time, as I recall.

11:52:33  8    Q.  You talked in response to Mr. Doyen's questions about once an

11:52:36  9    anomaly is seen that it's reasonable to find out what the issue is,

11:52:41  10   is that fair?

11:52:41  11   A.  Correct.

11:52:42  12   Q.  Do you have an opinion on whether waiting eight minutes, should

11:52:46  13   a flow check have been conducted during that period of time?

11:52:49  14   A.  Yes, in my opinion, it should have.

11:52:51  15   Q.  How many minutes should it have taken for the Transocean drill

11:52:54  16   crew, in your opinion, to go conduct a flow check?

11:52:56  17   A.  There was probably someone who could have been reached on their

11:53:00  18   communication system who could have done one almost immediately, as

11:53:04  19   soon as they were instructed to do so.

11:53:05  20   Q.  Certainly before 9:38 when hydrocarbon got into the riser?

11:53:10  21   A.  Yes.

11:53:11  22   Q.  Go down to 9:43.  "Transocean drill crew shuts upper annular

11:53:18  23   preventer element."  Is that consistent with your understanding

11:53:19  24   that that was about the time frame where they first took an effort

11:53:22  25   to shut in the well?

2162

11:53:23 1   A.  Yes, as best as the information can be reconstructed, I think

11:53:25 2   that's about right.

11:53:26 3   Q.  And that's after you have had mud coming out onto the rig?

11:53:30 4   A.  Yes.

11:53:31 5   Q.  Isn't that too long to wait?

11:53:34 6   A.  If you have information such as flow check, yes.

11:53:38 7   Q.  What about pressure differential where you see kill line

11:53:43 8   pressure spike to 833 psi with a different sort of change on the

11:53:48 9   drill pipe, some sort of pressure differential between the kill

11:53:52 10  line and the drill pipe about 9:30?

11:53:54 11  A.  It wouldn't have been the pressure differential that would have

11:53:56 12  gotten my attention.  It would have been an increase in pressure

11:53:57 13  with the pumps off, that's the red flag.

11:54:00 14  Q.  On 2145 it was listed, "Transocean drill crew diverted fluid to

11:54:31 15  the mud/gas separator."  Is that consistent with your

11:54:32 16  understanding, based on your review?

11:54:34 17  A.  Exactly what -- where the flow went when is fairly confusing at

11:54:38 18  that point in time.

11:54:39 19  Q.  Whether it was mud/gas separator or diverter overboard, you

11:54:42 20  don't know or have an opinion on that?

11:54:44 21  A.  There's a lot of description about mud going in all different

11:54:47 22  directions.

11:54:47 23  Q.  So what you do know is a flow check should have been conducted

11:54:51 24  shortly around 9:30 and then the well shut in?

11:54:54 25  A.  9:30 is the time yes -- yes.

11:54:56 1   Q.  Had that been done, do you have any opinion as to the result?

11:55:00 2   A.  Well, the reasonable assumption would have been flow check,

11:55:03 3   positive flow, shut the well in, circulate the kick out, and we

11:55:08 4   wouldn't be here.

11:55:10 5   Q.  Stands to reason we would have shut in before hydrocarbon

11:55:13 6   entered the riser, before there was any gas that could have got

11:55:16 7   onto the rig?

11:55:16 8   A.  So there is nine minutes and, presumably, there was easily time

11:55:21 9   to do that.

11:55:21 10  Q.  Easily time?

11:55:23 11  A.  Yes.

11:55:24 12  Q.  Thank you, Mr. Heenan.

11:55:27 13          THE COURT:  Let's see.  BP is next.  Let's -- I suppose

11:55:32 14  you're going to take more than five minutes.

11:55:35 15          MR. BROCK:  Probably, your Honor.

11:55:36 16          THE COURT:  Let's recess for lunch.  It's five minutes to

11:55:39 17  12.  We'll break until 1 o'clock.

11:55:42 18          THE MARSHAL:  All rise.

11:55:44 19          THE CLERK:  All rise.

11:55:45 20      (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

21

22                        * * * * * *

23

24

25

1

2                        REPORTER'S CERTIFICATE

3

4     I, Karen A. Ibos, CCR, Official Court Reporter, United States

5   District Court, Eastern District of Louisiana, do hereby certify

6   that the foregoing is a true and correct transcript, to the best of

7   my ability and understanding, from the record of the proceedings in

8   the above-entitled and numbered matter.

9

10                        _____

11

12                        Karen A. Ibos, CCR, RPR, CRR, RMR

13                        Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$0.25** [1] - 2061:4
**$0.50** [1] - 2061:4

## 0

**0** [12] - 2078:10, 2081:4, 2081:7, 2081:12, 2081:14, 2083:21, 2083:23, 2085:11, 2086:13, 2116:7, 2119:4
**04906** [1] - 2110:13
**04906-1A** [1] - 2110:21

## 1

**1** [2] - 2065:14, 2163:17
**1,000-foot** [1] - 2037:9
**1,200** [2] - 2078:23, 2116:8
**1,400** [11] - 2083:9, 2083:23, 2084:9, 2084:12, 2084:19, 2084:20, 2084:23, 2085:22, 2086:13, 2102:4, 2102:5
**1.2.1** [1] - 2010:12
**10** [1] - 2048:12
**10-MD-2179** [1] - 1998:8
**100** [3] - 2000:4, 2060:21, 2157:20
**1000** [2] - 2004:4, 2005:8
**1001** [1] - 2003:19
**101** [4] - 2000:18, 2063:19, 2087:12, 2087:16
**10:20** [1] - 2105:4
**1100** [1] - 2003:15
**1110** [1] - 2004:8
**11A** [1] - 2113:3
**12** [2] - 2048:12, 2163:17
**1201** [2] - 2003:4, 2004:24
**1221** [1] - 2004:18
**12th** [5] - 2112:24, 2113:6, 2113:12, 2113:13, 2113:14
**13** [7] - 2012:19, 2014:15, 2016:4, 2017:6, 2048:10,

2048:14, 2081:23
**13,000** [1] - 2072:7
**130** [2] - 2048:10, 2048:14
**1308** [1] - 2000:11
**1331** [1] - 2005:4
**14-day** [1] - 2030:19
**14.15** [1] - 2046:18
**14271** [1] - 2001:18
**14th** [5] - 2106:17, 2110:15, 2112:24, 2113:6, 2113:16
**15** [10] - 2029:10, 2039:17, 2040:16, 2041:17, 2042:12, 2080:17, 2080:20, 2081:23, 2158:16
**15-minute** [1] - 2105:3
**1523** [1] - 2142:23
**16** [1] - 2029:16, 2030:15, 2030:23, 2031:24, 2032:2, 2033:5, 2034:8, 2035:19, 2040:8, 2042:1, 2047:2, 2051:6
**1601** [1] - 1999:11
**1665** [1] - 2005:4
**16th** [11] - 2021:25, 2022:4, 2022:6, 2023:11, 2038:21, 2038:22, 2040:3, 2112:24, 2113:6, 2113:23
**17** [2] - 2039:15
**1700** [1] - 2004:24
**17th** [1] - 2010:10
**18,000** [2] - 2072:3, 2072:4
**1885** [1] - 2002:11
**18th** [1] - 2110:17
**1B** [1] - 2110:22
**1D** [1] - 2109:14

## 2

**2** [1] - 2035:25
**2.1.1** [1] - 2150:8
**20** [2] - 1998:6, 2042:12
**200** [1] - 2057:12
**2000** [4] - 2051:20, 2052:14, 2053:3, 2053:9
**20004** [1] - 2003:4
**20044** [3] - 2001:12, 2001:18, 2001:24
**2009** [2] - 2010:2,

2139:16
**2009/22** [1] - 2006:6
**2010** [13] - 1998:6, 2010:10, 2010:16, 2012:21, 2020:1, 2034:8, 2039:17, 2064:17, 2106:17, 2107:10, 2110:18, 2143:1, 2143:6
**2011** [3] - 2010:16, 2011:3, 2012:2
**2012** [1] - 2051:6
**2013** [2] - 1998:9, 2007:3
**2027/3** [1] - 2006:7
**2029/5** [1] - 2006:8
**2051/1** [1] - 2006:9
**2056/6** [1] - 2006:10
**2058/22** [1] - 2006:14
**2065/12** [1] - 2006:15
**20th** [9] - 2020:1, 2064:17, 2082:24, 2100:13, 2102:24, 2112:25, 2113:6, 2114:21, 2115:4
**21** [9] - 2035:25, 2038:4, 2039:15, 2039:16, 2039:24, 2039:25, 2040:4, 2040:8, 2040:20
**2105/17** [1] - 2006:16
**2108** [2] - 2158:3, 2159:14
**2114** [1] - 2158:3
**2136/23** [1] - 2006:17
**2145** [1] - 2162:14
**2211** [1] - 2004:8
**2216** [1] - 2004:24
**22694** [1] - 2059:1
**22ND** [1] - 1999:19
**23** [1] - 2139:16
**23451** [1] - 1999:19
**25** [1] - 2085:22
**250.400** [1] - 2091:3
**250.401** [2] - 2089:23, 2090:14
**26** [1] - 2014:13
**2615** [1] - 1999:15
**27** [1] - 2112:17
**296** [1] - 2096:22
**296-6A** [1] - 2124:4
**2:10-CV-02771** [1] - 1998:12
**2:10-CV-4536** [1] - 1998:14

## 3

**3** [3] - 2000:4,

2044:15, 2081:23
**3,000** [1] - 2076:3
**3-2A** [1] - 2125:22
**3/10** [1] - 2021:22
**30** [9] - 2015:16, 2016:3, 2084:18, 2089:23, 2090:14, 2091:3, 2120:9, 2150:13, 2156:20
**30-plus** [1] - 2021:6
**300** [1] - 2003:8
**307** [2] - 2149:23, 2150:8
**33** [4] - 2013:6, 2013:11, 2013:12, 2036:23
**335** [1] - 2003:23
**34** [2] - 2089:10, 2137:22
**3505H-1A** [1] - 2106:16
**3505H-1H** [1] - 2110:14
**3561** [1] - 2067:3
**35TH** [1] - 2003:23
**36130** [1] - 2002:6
**36604** [1] - 1999:12
**3668** [1] - 1999:4
**3700** [2] - 2003:15, 2003:19
**3K** [1] - 2012:1

## 4

**4** [1] - 2000:4
**40** [2] - 2150:13, 2156:20
**400** [1] - 2090:25
**4000** [1] - 2005:8
**402** [1] - 1999:19
**41105** [1] - 2012:23
**4310** [1] - 2000:18
**435** [1] - 2000:8
**450** [1] - 2001:5
**4500** [1] - 2004:18
**4533** [1] - 2014:5
**47361.1.1** [1] - 2010:4
**4906** [2] - 2107:9, 2143:18
**4906-1B** [1] - 2110:22
**4906A** [1] - 2143:15
**4906A-1A** [1] - 2109:24
**4906A-1C** [1] - 2111:12
**4906B** [1] - 2109:14
**4906B-1E** [1] -

2107:18
**4906B-1F** [1] - 2108:16
**4th** [1] - 2110:17

## 5

**5** [2] - 2045:11, 2143:1
**5,000** [2] - 2068:5, 2072:7
**5/8-inch** [4] - 2012:19, 2014:15, 2016:4, 2017:6
**50** [5] - 2085:23, 2096:10, 2096:12, 2096:14, 2104:18
**500** [4] - 1999:4, 2002:5, 2005:13, 2057:22
**5000** [1] - 2002:22
**504** [1] - 2005:14
**5395** [1] - 2001:5
**545** [3] - 2034:6, 2034:7, 2038:5
**546** [2] - 2004:12, 2041:25
**556** [1] - 1999:4
**589-7776** [1] - 2005:14
**5th** [3] - 2107:10, 2109:10, 2143:6

## 6

**6** [7] - 1998:9, 2007:3, 2038:4, 2038:5, 2046:4, 2047:24, 2123:7
**600** [3] - 1999:19, 1999:22, 2004:4
**601** [1] - 1999:15
**60105** [1] - 2149:23
**60110** [1] - 2139:22
**606** [2] - 2153:8, 2153:17
**60654** [1] - 2003:9
**607** [2] - 2152:6, 2152:13, 2153:25, 2154:6
**60999** [2] - 2155:5, 2155:7
**618** [1] - 2000:15
**6629** [2] - 2112:15, 2112:17

## 7

**7** [2] - 1998:20, 2046:17
**7,000-foot** [1] - 2047:24
**70** [4] - 2048:1, 2050:3, 2050:5
**701** [2] - 2002:16, 2002:22
**70113** [1] - 1999:8
**70130** [6] - 1999:16, 1999:23, 2000:22, 2002:16, 2004:13, 2005:14
**70139** [1] - 2002:23
**70163** [1] - 2003:15
**70360** [1] - 2000:8
**70458** [1] - 2000:12
**70502** [2] - 1999:5, 2004:5
**70801** [1] - 2000:19
**70804** [1] - 2002:12
**711** [7] - 2139:15, 2140:2, 2140:14, 2140:20, 2141:10, 2142:7, 2142:13
**75** [1] - 2106:15
**75270** [1] - 2004:24
**7528** [1] - 2113:3
**75598** [1] - 2051:16
**7611** [1] - 2001:12
**77002** [2] - 2003:19, 2005:9
**77006** [1] - 2000:19
**77010** [2] - 2004:18, 2005:4
**77098** [1] - 2004:8
**773** [1] - 2081:12
**78257** [1] - 2000:5
**7TH** [1] - 2001:5

## 8

**8** [1] - 2123:10
**8,000** [2] - 2072:14, 2076:4
**8,300** [1] - 2114:18
**8,367** [2] - 2072:18, 2114:8
**80-barrels** [1] - 2050:3
**800** [2] - 2149:23, 2150:8
**8007** [2] - 2160:7, 2160:11
**820** [1] - 1999:8
**833** [1] - 2162:8

**8:52** [4] - 2094:18, 2100:25, 2123:24, 2123:25
**8th** [3] - 2022:3, 2029:22, 2029:25

## 9

**9.1** [1] - 2036:2
**90071** [1] - 2003:24
**94005** [1] - 2002:12
**94102** [1] - 2001:6
**9:00** [1] - 2100:13
**9:02** [2] - 2094:18, 2100:25
**9:08** [1] - 2147:8
**9:10** [2] - 2102:24, 2147:8
**9:14** [1] - 2146:19
**9:15** [3] - 2104:17, 2104:20, 2146:19
**9:18** [2] - 2102:24, 2104:17
**9:29** [2] - 2133:1, 2160:21
**9:30** [9] - 2132:10, 2132:19, 2132:24, 2133:1, 2160:21, 2160:23, 2162:10, 2162:24, 2162:25
**9:36** [1] - 2161:2
**9:38** [2] - 2132:10, 2161:6, 2161:20
**9:43** [1] - 2161:22
**9:49** [1] - 2100:14
**9th** [2] - 2022:3, 2022:6
**9TH** [1] - 1999:22

## A

**abandon** [1] - 2077:1
**abandonment** [4] - 2072:16, 2072:19, 2075:21, 2112:20
**ability** [7] - 2032:19, 2055:19, 2148:22, 2149:14, 2149:15, 2155:24, 2164:7
**able** [7] - 2026:21, 2092:20, 2093:25, 2119:4, 2145:25, 2155:3, 2157:24
**abnormal** [1] - 2014:19
**above** [8] - 2054:6, 2074:5, 2081:7, 2089:19, 2095:17, 2102:1, 2119:4,
2164:8
**above-entitled** [1] - 2164:8
**ABRAMSON** [1] - 1999:14
**absolutely** [1] - 2150:18
**abusive** [1] - 2029:1
**accept** [2] - 2065:4, 2111:16
**acceptable** [2] - 2125:3, 2140:8
**acceptance** [1] - 2011:13
**accepted** [4] - 2086:8, 2088:13, 2089:4, 2120:8
**accepting** [1] - 2103:2
**access** [5] - 2111:4, 2111:9, 2138:10, 2138:13, 2154:23
**accomplish** [1] - 2096:12
**accordance** [2] - 2010:15, 2104:13
**accordingly** [1] - 2133:4
**accurate** [6] - 2063:13, 2082:4, 2125:25, 2137:13, 2152:20, 2153:4
**accurately** [1] - 2149:10
**acquired** [1] - 2060:5
**across** [5] - 2007:13, 2053:18, 2053:25, 2095:10, 2104:5
**act** [4] - 2079:19, 2131:23, 2137:16, 2141:11
**acted** [3] - 2098:6, 2109:12, 2140:23
**acting** [2] - 2032:17, 2052:15
**ACTION** [1] - 1998:8
**action** [14] - 2017:12, 2077:7, 2102:18, 2117:10, 2118:17, 2132:25, 2134:9, 2134:11, 2134:24, 2135:1, 2135:2, 2141:5, 2158:17, 2158:18
**actions** [4] - 2095:25, 2118:2, 2137:24, 2138:6
**activities** [3] - 2147:18, 2149:5, 2149:6

**activity** [3] - 2029:24, 2148:13, 2160:8
**actual** [4] - 2018:2, 2037:12, 2145:23, 2152:18
**actually** [44] - 2007:16, 2024:12, 2039:19, 2041:12, 2045:21, 2059:23, 2061:4, 2061:13, 2062:13, 2062:21, 2064:9, 2067:19, 2069:1, 2069:11, 2071:5, 2073:7, 2079:13, 2081:10, 2085:16, 2087:21, 2093:6, 2093:15, 2093:16, 2094:24, 2094:25, 2096:9, 2096:21, 2096:22, 2098:6, 2101:9, 2101:10, 2132:25, 2140:17, 2140:25, 2143:6, 2144:4, 2149:9, 2151:24, 2152:3, 2153:21, 2154:17, 2158:4, 2159:18, 2160:3
**add** [1] - 2018:13
**added** [1] - 2110:2
**addition** [3] - 2008:22, 2051:13, 2107:4
**additional** [2] - 2073:11, 2152:4
**address** [2] - 2151:22, 2153:21
**addressed** [1] - 2153:14
**addressing** [1] - 2157:11
**adequate** [1] - 2150:14
**administrative** [1] - 2007:21
**admit** [2] - 2009:2, 2009:8
**admitted** [5] - 2008:1, 2008:9, 2008:15, 2008:21, 2009:12
**admonition** [1] - 2108:4
**adopted** [2] - 2026:4, 2026:7
**advance** [1] - 2024:14
**advise** [1] - 2148:5
**advised** [1] - 2140:17

**advisories** [1] - 2110:23
**Advisory** [1] - 2143:1
**advisory** [23] - 2106:13, 2106:20, 2107:3, 2107:4, 2107:5, 2107:6, 2107:8, 2107:9, 2107:17, 2109:6, 2109:8, 2109:24, 2110:2, 2110:15, 2110:16, 2110:24, 2111:6, 2142:21, 2142:22, 2143:6, 2143:20, 2144:4, 2144:15
**affect** [7] - 2148:9, 2148:21, 2149:1, 2149:3, 2149:4, 2149:6, 2155:23
**after** [27] - 2010:25, 2016:20, 2017:13, 2022:5, 2022:15, 2038:23, 2038:25, 2044:4, 2054:11, 2054:25, 2055:3, 2055:6, 2060:8, 2076:16, 2086:22, 2108:17, 2110:5, 2114:7, 2114:15, 2115:14, 2123:20, 2126:1, 2132:24, 2133:6, 2159:15, 2162:3
**afterwards** [1] - 2067:4
**again** [22] - 2008:7, 2021:6, 2047:3, 2057:12, 2073:24, 2077:5, 2078:21, 2080:6, 2080:10, 2080:14, 2083:13, 2087:7, 2089:25, 2099:4, 2099:9, 2107:25, 2114:10, 2121:15, 2122:6, 2154:2, 2154:12, 2156:3
**against** [1] - 2080:5
**agency** [1] - 2020:10
**aggressive** [1] - 2021:11
**agitated** [1] - 2147:15
**ago** [6] - 2122:9, 2134:20, 2137:18, 2139:20, 2151:15, 2157:2
**agree** [11] - 2097:10, 2097:13, 2115:20,

2117:16, 2130:24, 2132:1, 2134:17, 2136:10, 2142:12, 2142:16, 2146:9

**agreed** [2] - 2119:14, 2145:2

**ahead** [20] - 2015:11, 2018:25, 2019:2, 2019:5, 2020:24, 2021:3, 2021:8, 2056:15, 2074:1, 2074:2, 2074:6, 2076:8, 2079:7, 2082:7, 2087:21, 2091:9, 2092:5, 2092:11, 2095:12, 2160:19

**AL** [4] - 1998:13, 1998:16, 1999:12, 2002:6

**Alabama** [1] - 2105:12

**ALABAMA** [2] - 2002:3

**Alaska** [1] - 2062:7

**alerted** [1] - 2093:2

**ALEX** [1] - 2004:17

**all** [77] - 2007:10, 2007:24, 2008:6, 2008:21, 2009:4, 2009:11, 2009:13, 2011:25, 2014:11, 2015:12, 2016:24, 2018:23, 2020:4, 2022:25, 2026:18, 2026:20, 2027:7, 2028:21, 2029:2, 2033:11, 2034:22, 2037:1, 2039:4, 2042:20, 2043:19, 2045:17, 2045:18, 2046:12, 2047:7, 2047:11, 2050:24, 2053:12, 2058:7, 2060:5, 2060:10, 2063:3, 2064:21, 2065:9, 2067:16, 2069:1, 2069:22, 2070:17, 2073:1, 2075:2, 2075:19, 2076:7, 2076:9, 2076:17, 2079:3, 2079:22, 2086:9, 2089:4, 2090:18, 2097:18, 2100:13, 2103:21, 2105:2, 2105:7, 2105:14, 2111:5, 2111:14, 2112:7, 2113:9, 2114:8, 2119:11,

2119:12, 2127:22, 2133:1, 2133:22, 2138:25, 2146:7, 2152:18, 2154:12, 2162:21, 2163:18, 2163:19

**ALLAN** [1] - 2002:15

**allegation** [1] - 2133:25

**alleged** [1] - 2132:23

**alleviated** [1] - 2096:2

**allow** [8] - 2038:15, 2038:16, 2038:18, 2039:13, 2056:14, 2056:15, 2078:7, 2103:18

**allowed** [3] - 2078:7, 2081:20, 2084:21

**allowing** [2] - 2077:12, 2080:15

**almost** [7] - 2027:10, 2070:12, 2071:1, 2072:1, 2078:24, 2085:23, 2161:18

**along** [2] - 2008:24, 2048:5

**already** [8] - 2028:16, 2038:1, 2041:21, 2047:13, 2059:10, 2104:4, 2125:16, 2125:18

**also** [36] - 2009:7, 2015:3, 2015:10, 2023:5, 2039:18, 2056:12, 2061:18, 2062:7, 2063:1, 2063:17, 2063:18, 2068:15, 2069:4, 2071:12, 2071:16, 2075:8, 2075:19, 2075:25, 2079:22, 2080:5, 2084:19, 2092:25, 2100:5, 2107:5, 2108:22, 2110:9, 2116:6, 2117:16, 2120:18, 2124:8, 2125:16, 2129:7, 2130:6, 2133:17, 2143:15, 2149:18

**always** [2] - 2028:17, 2086:9

**America** [1] - 2064:11

**AMERICA** [3] - 1998:15, 2001:3, 2002:20

**American** [3] - 2061:25, 2062:5,

2064:12

**AMERICAN** [1] - 1999:15

**Amoco** [3] - 2052:14, 2060:5

**amoco** [1] - 2060:3

**among** [1] - 2063:25

**amount** [5] - 2016:25, 2017:7, 2080:20, 2084:6, 2123:14

**analogy** [1] - 2086:13

**analysis** [1] - 2027:25

**AND** [3] - 1998:12, 2003:12, 2058:14

**and/or** [1] - 2055:15

**Anderson** [3] - 2031:23, 2033:8, 2123:6

**ANDREW** [1] - 2003:7

**ANGELES** [1] - 2003:24

**animation** [12] - 2066:7, 2066:14, 2067:14, 2072:11, 2073:3, 2074:4, 2075:5, 2077:14, 2079:25, 2095:15, 2103:10, 2103:13

**animations** [2] - 2066:11, 2072:9

**announcement** [1] - 2007:9

**annular** [20] - 2013:21, 2054:3, 2054:6, 2054:11, 2075:8, 2076:5, 2080:4, 2092:24, 2095:16, 2096:15, 2116:23, 2117:7, 2117:11, 2117:17, 2117:21, 2117:22, 2118:3, 2138:15, 2161:22

**annulus** [8] - 2018:4, 2039:6, 2071:6, 2071:7, 2071:11, 2071:12, 2071:16, 2079:10

**anomalies** [3] - 2131:1, 2131:9, 2157:23

**anomalous** [4] - 2132:17, 2133:12, 2134:25, 2135:11

**anomaly** [11] - 2128:16, 2128:17,

2132:9, 2132:20, 2135:3, 2138:5, 2148:12, 2148:14, 2157:12, 2160:21, 2161:9

**another** [18] - 2023:14, 2032:9, 2057:11, 2059:13, 2070:22, 2075:16, 2082:17, 2093:20, 2101:3, 2105:1, 2105:24, 2105:25, 2107:3, 2114:21, 2121:4, 2122:6, 2145:13

**answer** [5] - 2048:16, 2049:1, 2055:22, 2131:8, 2153:7

**answered** [1] - 2041:21

**answering** [1] - 2142:20

**ANTHONY** [1] - 2000:21

**ANTONIO** [1] - 2000:5

**any** [119] - 2007:9, 2007:25, 2008:4, 2008:6, 2008:13, 2008:14, 2008:20, 2009:13, 2012:9, 2019:11, 2019:23, 2020:19, 2020:21, 2022:5, 2022:8, 2022:15, 2022:17, 2024:4, 2024:20, 2024:24, 2025:7, 2025:12, 2025:15, 2025:16, 2026:14, 2026:16, 2031:3, 2031:12, 2031:15, 2031:17, 2032:14, 2032:17, 2033:6, 2033:10, 2033:13, 2033:16, 2034:2, 2034:3, 2034:4, 2035:3, 2037:6, 2037:8, 2045:8, 2046:1, 2047:5, 2047:7, 2047:11, 2049:1, 2049:3, 2050:5, 2052:16, 2053:24, 2058:7, 2059:12, 2064:23, 2064:25, 2065:3, 2078:15, 2081:3, 2082:11, 2086:4, 2086:5, 2087:7, 2087:8, 2092:18,

2098:5, 2098:8, 2100:6, 2101:6, 2101:13, 2101:25, 2102:15, 2102:17, 2102:18, 2102:20, 2104:8, 2105:8, 2109:16, 2111:23, 2111:24, 2112:10, 2114:11, 2115:13, 2123:17, 2128:9, 2131:16, 2135:14, 2136:3, 2137:2, 2138:15, 2139:3, 2139:5, 2139:11, 2139:12, 2140:16, 2143:5, 2143:8, 2144:3, 2145:16, 2153:11, 2153:23, 2155:20, 2157:5, 2157:23, 2163:1, 2163:6

**anybody** [15] - 2015:12, 2019:23, 2020:22, 2021:17, 2025:3, 2025:7, 2026:14, 2038:17, 2039:2, 2040:8, 2046:25, 2047:4, 2065:3, 2128:20, 2135:14

**anymore** [2] - 2019:4, 2019:20

**anyone** [7] - 2021:2, 2021:16, 2024:1, 2024:4, 2041:16, 2135:10

**anything** [14] - 2012:13, 2026:11, 2031:12, 2031:16, 2032:19, 2046:25, 2057:14, 2081:3, 2081:6, 2081:8, 2127:18, 2135:11, 2138:16, 2144:17

**anyway** [2] - 2055:4, 2078:22

**anywhere** [1] - 2087:8

**APD** [1] - 2038:8

**API** [1] - 2010:15

**apologize** [1] - 2067:2

**apparent** [1] - 2072:23

**apparently** [4] - 2053:10, 2093:14, 2128:22, 2134:24

**appear** [3] - 2068:25, 2089:7, 2097:25

**APPEARANCES** [7] -

1999:1, 2000:1, 2001:1, 2002:1, 2003:1, 2004:1, 2005:1

**appeared** [2] - 2108:22, 2113:8

**appears** [10] - 2034:7, 2042:1, 2074:17, 2077:17, 2099:25, 2123:6, 2133:11, 2133:14, 2134:3, 2134:9

**applicable** [1] - 2063:16

**applied** [2] - 2089:8, 2089:12

**applies** [1] - 2090:22

**apply** [3] - 2063:5, 2063:8, 2150:24

**appreciate** [3] - 2027:1, 2033:20, 2058:6

**approach** [2] - 2009:18, 2022:11

**appropriate** [11] - 2037:2, 2094:5, 2117:1, 2117:8, 2117:9, 2117:10, 2118:17, 2131:16, 2135:3, 2135:12, 2135:16

**approval** [1] - 2035:23

**approve** [1] - 2086:7

**approved** [8] - 2083:25, 2084:3, 2086:20, 2102:5, 2102:17, 2113:23, 2115:8

**approximate** [2] - 2068:3, 2113:2

**approximately** [3] - 2061:3, 2072:14, 2127:6

**April** [48] - 2011:3, 2020:1, 2021:25, 2022:3, 2022:6, 2023:11, 2029:16, 2030:15, 2030:23, 2031:24, 2032:2, 2033:5, 2034:8, 2035:19, 2039:17, 2040:3, 2040:8, 2042:1, 2047:2, 2051:6, 2064:17, 2082:24, 2100:13, 2102:24, 2106:17, 2107:10, 2109:10, 2110:15, 2112:2, 2112:24, 2112:25,

2113:6, 2113:8, 2113:12, 2113:13, 2113:14, 2113:16, 2113:23, 2114:21, 2143:1, 2143:6

**APRIL** [1] - 1998:6

**arbitrary** [1] - 2104:19

**arc** [1] - 2069:5

**Arctic** [5] - 2060:19, 2060:21, 2060:22, 2101:11, 2101:16

**are** [136] - 2007:24, 2008:1, 2008:4, 2008:9, 2008:15, 2008:21, 2008:23, 2009:10, 2009:11, 2010:13, 2010:25, 2011:7, 2012:1, 2013:12, 2014:9, 2018:7, 2018:11, 2018:20, 2019:6, 2019:22, 2021:1, 2021:24, 2025:20, 2026:20, 2028:21, 2029:6, 2038:8, 2043:5, 2043:6, 2046:6, 2046:12, 2046:18, 2053:2, 2054:7, 2054:15, 2055:2, 2055:11, 2056:14, 2058:1, 2058:4, 2059:24, 2063:7, 2063:8, 2063:9, 2063:10, 2063:14, 2063:21, 2063:22, 2066:25, 2067:7, 2067:17, 2068:6, 2069:8, 2069:9, 2069:10, 2069:12, 2070:14, 2070:16, 2070:17, 2072:9, 2072:17, 2072:24, 2073:1, 2073:7, 2073:12, 2073:13, 2073:15, 2073:17, 2074:7, 2074:19, 2077:19, 2078:24, 2079:3, 2080:13, 2080:23, 2083:8, 2084:16, 2085:8, 2086:10, 2087:3, 2089:4, 2089:9, 2090:3, 2090:4, 2095:10, 2100:5, 2103:15, 2109:10, 2109:20, 2111:14, 2111:15, 2111:17, 2115:9, 2118:20, 2120:18,

2122:24, 2123:17, 2125:22, 2126:13, 2127:25, 2130:24, 2131:1, 2131:6, 2131:9, 2131:10, 2131:11, 2133:8, 2135:7, 2135:9, 2137:4, 2137:5, 2138:3, 2138:6, 2138:18, 2138:19, 2138:21, 2145:5, 2148:17, 2149:20, 2149:22, 2150:1, 2150:2, 2150:15, 2150:23, 2150:24, 2151:12, 2151:24, 2152:3, 2152:10, 2152:15, 2153:23, 2160:16, 2161:5

**area** [14] - 2062:11, 2067:18, 2067:22, 2067:25, 2069:23, 2070:2, 2071:5, 2071:12, 2071:19, 2074:9, 2086:10, 2086:11, 2104:20

**areas** [7] - 2060:12, 2065:6, 2065:8, 2066:3, 2066:9, 2071:1, 2082:1

**aren't** [2] - 2130:25, 2149:25

**arguably** [2] - 2137:25, 2148:23

**argument** [1] - 2098:17

**arises** [2] - 2121:17, 2122:23

**around** [16] - 2022:3, 2026:2, 2031:19, 2040:18, 2046:15, 2075:24, 2109:21, 2111:15, 2123:7, 2124:1, 2132:10, 2133:1, 2143:23, 2144:15, 2161:2, 2162:24

**arrangement** [3] - 2152:8, 2152:21, 2152:22

**ARRELL** [1] - 2004:7

**arrived** [4] - 2112:2, 2126:17, 2127:4, 2127:7

**AS** [1] - 2058:14

**ASBILL** [1] - 2003:17

**ashore** [1] - 2100:20

**aside** [1] - 2060:9

**ask** [28] - 2022:24, 2024:1, 2024:4,

2024:8, 2024:24, 2025:3, 2025:8, 2029:10, 2029:11, 2033:13, 2033:21, 2036:3, 2046:25, 2047:4, 2048:14, 2051:15, 2053:12, 2064:23, 2067:10, 2070:6, 2072:5, 2082:5, 2088:11, 2099:22, 2112:7, 2142:10, 2156:3, 2159:17

**asked** [20] - 2007:8, 2007:10, 2048:5, 2049:18, 2050:16, 2056:8, 2056:12, 2065:15, 2066:3, 2098:23, 2098:24, 2099:5, 2100:2, 2118:18, 2118:22, 2125:8, 2125:10, 2137:8, 2137:14, 2137:17

**asking** [7] - 2034:3, 2124:21, 2126:3, 2126:13, 2138:8, 2139:19, 2153:5

**assertions** [1] - 2022:22

**assessment** [1] - 2157:6

**ASSET** [1] - 1998:13

**asset** [1] - 2011:13

**assume** [9] - 2047:10, 2098:16, 2099:5, 2099:7, 2099:16, 2101:25, 2104:24, 2126:3, 2159:20

**assuming** [5] - 2103:3, 2119:11, 2119:17, 2120:2, 2125:24

**assumption** [1] - 2163:2

**At** [1] - 2036:4

**at** [200] - 2010:2, 2010:3, 2012:7, 2012:14, 2013:8, 2013:24, 2016:8, 2017:7, 2020:11, 2020:14, 2020:15, 2020:21, 2024:4, 2024:17, 2024:24, 2025:1, 2025:5, 2025:7, 2025:12, 2025:15, 2026:18, 2031:3, 2031:12, 2031:13, 2032:8,

2032:12, 2032:17, 2033:7, 2033:13, 2035:22, 2036:6, 2036:10, 2037:13, 2038:10, 2038:19, 2041:16, 2042:19, 2042:22, 2046:12, 2047:11, 2048:10, 2048:14, 2048:23, 2051:18, 2051:19, 2052:8, 2053:7, 2053:9, 2053:22, 2055:15, 2056:24, 2060:24, 2064:21, 2066:17, 2066:18, 2067:13, 2067:18, 2067:21, 2068:8, 2068:25, 2069:22, 2069:24, 2070:4, 2070:9, 2071:13, 2071:23, 2072:13, 2072:21, 2073:2, 2073:3, 2073:7, 2074:16, 2075:6, 2075:7, 2076:2, 2077:10, 2077:16, 2078:6, 2078:8, 2078:20, 2079:11, 2079:21, 2080:15, 2080:16, 2080:21, 2080:24, 2081:3, 2081:4, 2081:7, 2081:11, 2082:18, 2083:7, 2083:17, 2084:3, 2084:5, 2084:22, 2085:5, 2086:18, 2088:1, 2089:16, 2090:18, 2091:8, 2094:8, 2094:10, 2094:17, 2095:12, 2097:10, 2100:11, 2101:1, 2101:6, 2101:8, 2101:10, 2101:20, 2103:3, 2103:18, 2104:1, 2104:13, 2104:15, 2108:16, 2109:10, 2109:23, 2109:25, 2110:13, 2110:15, 2111:5, 2112:1, 2112:20, 2113:9, 2117:5, 2118:11, 2118:18, 2118:22, 2119:8, 2120:4, 2122:14, 2123:8, 2123:13, 2124:5, 2127:4, 2127:18, 2128:6, 2128:7, 2128:11, 2129:12, 2129:17, 2130:3, 2130:4,

2130:9, 2130:16,
2130:17, 2130:19,
2130:22, 2135:5,
2139:1, 2139:16,
2139:22, 2140:24,
2141:10, 2141:16,
2142:20, 2143:18,
2143:22, 2145:23,
2145:25, 2146:1,
2146:14, 2146:20,
2147:12, 2147:13,
2147:15, 2147:16,
2148:11, 2148:12,
2148:20, 2149:18,
2149:23, 2150:16,
2151:10, 2151:15,
2153:25, 2154:25,
2155:2, 2156:7,
2156:8, 2157:8,
2158:11, 2158:23,
2159:3, 2159:14,
2160:3, 2160:5,
2161:5, 2161:6,
2162:17

**Atlantis** [1] - 2041:11
**Attached** [1] -
2035:10
**attaching** [1] -
2109:24
**attempt** [3] -
2081:20, 2100:10,
2101:3
**attempted** [2] -
2088:9, 2141:17
**attempting** [2] -
2078:9, 2079:17
**attempts** [1] - 2146:6
**attend** [1] - 2064:7
**attention** [4] -
2080:22, 2135:12,
2135:16, 2162:12
**attest** [1] - 2083:19
**attorney** [4] -
2062:14, 2062:15,
2062:17, 2064:14
**ATTORNEY** [4] -
2002:3, 2002:4,
2002:9, 2002:11
**attorneys** [3] -
2064:15, 2064:19,
2064:20
**audit** [7] - 2010:1,
2010:9, 2010:17,
2011:15, 2011:16,
2011:22, 2012:4
**audits** [1] - 2010:1
**Australia** [1] -
2088:15
**authored** [1] -
2042:1

**authority** [1] -
2033:20
**automatically** [2] -
2118:10, 2131:5
**available** [6] -
2056:14, 2094:10,
2110:24, 2111:7,
2111:8, 2149:19
**AVENUE** [5] -
1999:8, 2001:5,
2002:5, 2003:4,
2003:23
**aware** [22] - 2008:4,
2008:12, 2019:22,
2021:2, 2022:25,
2024:7, 2024:9,
2052:1, 2054:2,
2054:15, 2054:25,
2094:15, 2094:19,
2100:5, 2100:10,
2109:20, 2112:14,
2135:11, 2135:14,
2139:14, 2153:23,
2161:5
**away** [4] - 2076:21,
2134:15, 2134:16,
2150:16

# B

**B** [2] - 2004:17,
2107:9
**back** [42] - 2010:25,
2013:21, 2014:6,
2022:16, 2030:20,
2036:14, 2038:22,
2039:17, 2049:20,
2053:3, 2053:8,
2068:14, 2074:4,
2074:5, 2074:7,
2074:20, 2077:13,
2078:21, 2078:22,
2080:14, 2080:18,
2080:20, 2081:22,
2083:9, 2095:6,
2096:22, 2108:23,
2110:21, 2116:8,
2118:6, 2119:4,
2119:21, 2119:24,
2121:10, 2126:9,
2126:11, 2126:16,
2127:13, 2130:7,
2133:20, 2134:8
**backup** [2] -
2039:20, 2129:2
**bad** [3] - 2048:17,
2048:18, 2067:11
**ball** [1] - 2013:4
**Balmer** [1] - 2090:7
**Bankston** [1] -

2147:12
**BARBIER** [1] -
1998:22
**Barnhill's** [1] -
2134:18
**barrel** [8] - 2013:24,
2013:25, 2014:3,
2016:14, 2016:15,
2016:21, 2016:25,
2017:2
**barrels** [10] - 2030:7,
2037:10, 2038:1,
2048:1, 2050:3,
2050:5, 2080:17,
2080:20, 2081:23
**barrier** [10] - 2106:1,
2106:7, 2107:21,
2108:1, 2108:18,
2109:17, 2138:20,
2139:18, 2145:3,
2145:13
**barriers** [1] - 2107:11
**Barry** [1] - 2143:19
**base** [1] - 2113:17
**based** [28] - 2013:12,
2015:15, 2016:3,
2019:22, 2021:6,
2023:10, 2035:10,
2092:19, 2098:22,
2099:13, 2100:19,
2108:22, 2109:7,
2113:8, 2126:18,
2127:4, 2127:7,
2127:9, 2127:10,
2141:10, 2145:15,
2150:13, 2151:18,
2152:19, 2156:20,
2160:12, 2162:16
**basic** [2] - 2068:10,
2092:19
**basically** [2] -
2061:6, 2080:10
**basis** [3] - 2011:24,
2093:5, 2107:18
**BATON** [2] -
2000:15, 2002:12
**be** [170] - 2007:7,
2011:2, 2011:20,
2012:2, 2018:2,
2019:20, 2020:6,
2026:21, 2026:23,
2027:21, 2028:1,
2029:12, 2031:1,
2034:7, 2034:11,
2034:16, 2035:12,
2036:17, 2037:14,
2037:21, 2039:3,
2039:7, 2039:24,
2040:9, 2040:20,
2040:22, 2040:25,

2041:6, 2041:7,
2041:8, 2041:9,
2042:7, 2042:25,
2043:1, 2043:2,
2043:9, 2043:16,
2043:25, 2044:8,
2046:13, 2047:8,
2047:21, 2047:23,
2047:24, 2049:11,
2050:6, 2050:14,
2050:15, 2050:16,
2051:9, 2051:23,
2052:15, 2053:4,
2053:6, 2055:7,
2057:14, 2057:22,
2058:1, 2062:7,
2063:17, 2064:23,
2065:23, 2066:22,
2067:7, 2069:20,
2070:2, 2070:8,
2071:12, 2072:15,
2072:17, 2073:4,
2073:19, 2074:17,
2075:1, 2075:4,
2075:15, 2075:17,
2075:19, 2075:23,
2075:25, 2076:18,
2077:22, 2078:4,
2078:12, 2078:14,
2080:7, 2083:15,
2084:12, 2085:7,
2085:21, 2086:8,
2086:15, 2086:21,
2088:1, 2091:2,
2092:1, 2092:8,
2092:20, 2093:9,
2095:8, 2095:19,
2096:11, 2099:7,
2099:12, 2102:7,
2102:17, 2103:2,
2103:21, 2105:7,
2108:5, 2108:8,
2108:17, 2108:25,
2109:3, 2109:4,
2109:5, 2109:17,
2110:2, 2110:5,
2110:8, 2113:5,
2115:19, 2117:2,
2117:15, 2117:21,
2121:5, 2123:22,
2125:1, 2127:8,
2129:11, 2131:1,
2131:2, 2131:15,
2133:13, 2134:19,
2134:22, 2135:24,
2136:5, 2136:6,
2136:24, 2137:25,
2138:10, 2141:2,
2141:23, 2142:17,
2145:10, 2145:13,
2148:4, 2148:15,

2148:16, 2149:5,
2150:2, 2151:13,
2153:22, 2154:11,
2154:12, 2155:13,
2158:1, 2158:5,
2160:10, 2162:1,
2163:4
**BEACH** [1] - 1999:19
**bear** [2] - 2029:10,
2136:3
**Beaufort** [1] - 2062:7
**became** [2] - 2060:8,
2094:19
**because** [69] -
2007:17, 2012:13,
2013:15, 2013:16,
2016:8, 2018:14,
2019:17, 2021:23,
2024:1, 2024:13,
2024:25, 2025:4,
2025:9, 2025:13,
2025:16, 2028:3,
2029:12, 2037:8,
2037:22, 2039:6,
2039:7, 2041:11,
2041:13, 2045:1,
2045:3, 2047:22,
2053:22, 2055:5,
2057:23, 2062:11,
2067:8, 2073:2,
2073:9, 2076:20,
2079:5, 2079:13,
2079:17, 2081:6,
2082:17, 2083:13,
2083:21, 2084:23,
2087:2, 2088:15,
2091:18, 2092:8,
2102:4, 2104:4,
2106:7, 2108:5,
2108:17, 2112:2,
2114:11, 2116:21,
2121:25, 2122:2,
2122:15, 2122:19,
2122:21, 2136:2,
2136:14, 2148:9,
2149:12, 2149:20,
2150:24, 2151:8,
2151:12, 2159:6,
2160:15
**BECK** [6] - 2004:15,
2004:15, 2008:2,
2008:8, 2010:6,
2050:22
**Beck** [1] - 2008:2
**become** [3] - 2060:4,
2072:23, 2094:15
**becomes** [1] -
2135:10
**becoming** [1] -
2096:2

**been** [90] - 2007:8, 2009:9, 2010:2, 2010:14, 2013:3, 2013:5, 2013:6, 2013:9, 2014:3, 2020:12, 2020:16, 2022:22, 2025:19, 2027:9, 2028:14, 2030:19, 2031:8, 2031:9, 2033:11, 2038:9, 2043:11, 2045:3, 2047:14, 2047:18, 2047:19, 2048:6, 2048:15, 2051:12, 2054:16, 2055:3, 2055:20, 2058:23, 2061:1, 2061:23, 2064:15, 2064:18, 2065:15, 2070:19, 2073:10, 2079:17, 2081:14, 2083:17, 2092:22, 2095:17, 2095:18, 2099:22, 2100:5, 2102:9, 2102:11, 2103:4, 2103:15, 2105:1, 2106:7, 2107:25, 2108:6, 2108:18, 2110:16, 2114:8, 2118:1, 2119:4, 2120:19, 2123:7, 2125:17, 2128:3, 2128:21, 2130:17, 2135:18, 2138:23, 2142:9, 2151:21, 2154:3, 2155:3, 2155:4, 2155:16, 2155:19, 2155:20, 2157:13, 2157:19, 2157:24, 2158:11, 2158:12, 2158:13, 2161:13, 2161:17, 2162:11, 2162:12, 2162:23, 2163:1, 2163:2

**BEFORE** [1] - 1998:22

**before** [44] - 2007:8, 2013:18, 2014:23, 2015:11, 2018:11, 2020:23, 2021:3, 2021:8, 2024:14, 2027:19, 2032:12, 2033:15, 2037:23, 2041:14, 2042:9, 2045:2, 2045:21, 2052:15, 2054:3, 2054:20, 2057:9, 2059:11, 2069:8, 2070:20, 2090:25, 2106:18, 2109:15,

2114:10, 2114:11, 2114:13, 2115:13, 2116:22, 2124:5, 2125:25, 2132:17, 2132:18, 2132:19, 2143:13, 2151:12, 2153:16, 2154:4, 2161:20, 2163:5, 2163:6

**beforehand** [1] - 2104:25

**begin** [2] - 2007:8, 2059:11

**beginning** [2] - 2100:6, 2113:4

**begins** [3] - 2095:8, 2098:9, 2124:2

**begun** [1] - 2017:8

**behalf** [8] - 2031:20, 2032:22, 2051:2, 2058:19, 2058:24, 2059:19, 2059:21, 2059:22

**behavior** [1] - 2134:25

**behind** [5] - 2023:13, 2023:19, 2023:20, 2055:12, 2109:22

**being** [21] - 2010:8, 2010:17, 2011:17, 2022:5, 2022:20, 2027:6, 2033:8, 2036:12, 2037:3, 2037:15, 2045:22, 2047:20, 2065:4, 2106:25, 2111:8, 2120:5, 2128:11, 2139:23, 2140:5, 2141:3, 2148:10

**believe** [42] - 2009:10, 2015:16, 2016:4, 2023:23, 2034:22, 2036:15, 2042:5, 2050:8, 2064:22, 2088:1, 2091:18, 2094:22, 2095:1, 2099:17, 2100:5, 2100:16, 2102:8, 2103:1, 2103:7, 2104:11, 2105:24, 2106:5, 2106:14, 2109:13, 2109:14, 2111:24, 2113:5, 2115:6, 2116:16, 2119:12, 2127:10, 2128:20, 2129:3, 2132:15, 2133:10, 2134:2, 2140:2, 2142:22, 2143:14, 2148:3,

2149:16, 2153:5

**believed** [1] - 2028:5

**below** [10] - 2054:7, 2069:18, 2069:22, 2076:3, 2089:19, 2089:21, 2092:25, 2102:1, 2120:2, 2156:1

**BEN** [1] - 2001:23

**benefit** [2] - 2066:8, 2136:3

**benefits** [1] - 2047:19

**best** [12] - 2007:17, 2028:25, 2029:20, 2029:21, 2039:2, 2053:22, 2054:19, 2086:13, 2138:8, 2139:10, 2162:1, 2164:6

**better** [8] - 2025:25, 2051:21, 2063:18, 2103:9, 2134:22, 2148:16, 2149:5, 2151:20

**between** [23] - 2041:7, 2061:20, 2068:23, 2071:3, 2071:8, 2071:12, 2081:23, 2082:10, 2094:16, 2094:18, 2102:24, 2104:17, 2122:1, 2139:6, 2142:12, 2146:25, 2147:2, 2148:6, 2152:16, 2155:15, 2162:9

**beyond** [4] - 2007:12, 2067:7, 2109:9, 2121:12

**big** [4] - 2007:17, 2062:11, 2066:17, 2085:23

**bigger** [2] - 2039:6, 2064:9

**Bill** [3] - 2111:22, 2144:11, 2144:14

**bit** [13] - 2013:21, 2039:5, 2067:7, 2072:23, 2074:20, 2081:22, 2101:16, 2109:15, 2119:11, 2132:16, 2136:25, 2158:25, 2160:2

**black** [2] - 2086:12, 2093:14

**black-white** [1] - 2086:12

**bladder** [4] - 2092:24, 2093:2,

2093:4, 2094:1

**blades** [1] - 2046:10

**bled** [6] - 2078:7, 2080:18, 2116:19, 2119:20, 2134:8

**bleed** [4] - 2080:20, 2081:21, 2116:7, 2161:2

**bleeding** [4] - 2077:10, 2080:14, 2083:6, 2134:1

**bleeds** [1] - 2017:17

**blind** [6] - 2053:20, 2053:23, 2054:3, 2054:6, 2054:7, 2054:9, 2054:12, 2054:20, 2055:5

**blinded** [3] - 2149:14, 2149:15, 2151:15

**blinding** [1] - 2156:23

**blocked** [1] - 2121:1

**blow** [3] - 2051:20, 2051:25, 2106:16

**blow-out** [1] - 2051:25

**blowing** [1] - 2074:21

**blowout** [16] - 2027:17, 2051:25, 2059:13, 2060:7, 2065:18, 2067:20, 2073:16, 2074:6, 2075:19, 2076:12, 2076:18, 2077:4, 2079:14, 2082:24, 2100:21, 2106:18

**blue** [2] - 2067:25, 2073:9

**Bly** [9] - 2065:8, 2065:23, 2096:24, 2100:6, 2100:10, 2100:11, 2100:17, 2102:23, 2160:16

**board** [1] - 2047:8

**Bob** [2] - 2034:11, 2047:15

**BOCKIUS** [1] - 2005:6

**bolded** [1] - 2108:4

**bonnets** [6] - 2010:13, 2010:18, 2011:5, 2011:7, 2012:1, 2012:5

**BOP** [33] - 2010:13, 2010:18, 2010:25,

2093:4, 2094:1

2013:22, 2020:18, 2051:5, 2051:7, 2051:9, 2051:12, 2053:1, 2053:17, 2053:18, 2055:9, 2055:11, 2055:15, 2067:20, 2067:22, 2068:4, 2068:19, 2068:25, 2072:10, 2076:6, 2082:2, 2095:16, 2096:15, 2104:19, 2104:24, 2114:17, 2114:19, 2122:24, 2138:10, 2145:13, 2145:17

**BOP's** [1] - 2054:1

**BOPs** [3] - 2012:13, 2012:14, 2138:9

**boss** [1] - 2102:9

**bosses** [1] - 2102:9

**both** [15] - 2034:11, 2054:7, 2072:21, 2077:22, 2083:7, 2083:8, 2085:17, 2092:17, 2093:24, 2122:18, 2122:21, 2140:11, 2140:23, 2141:7, 2141:25

**bottle** [2] - 2022:13, 2080:11

**bottom** [27] - 2013:16, 2013:18, 2036:14, 2041:14, 2051:19, 2067:21, 2068:3, 2068:25, 2069:1, 2069:2, 2069:16, 2069:17, 2069:19, 2069:22, 2069:23, 2069:24, 2070:9, 2071:21, 2072:4, 2075:24, 2075:25, 2076:24, 2079:19, 2093:16, 2114:18, 2119:13, 2154:6

**bottoms** [29] - 2013:20, 2014:23, 2022:7, 2036:14, 2036:15, 2036:17, 2037:3, 2037:7, 2037:14, 2037:19, 2038:2, 2038:12, 2038:14, 2038:19, 2038:23, 2039:3, 2039:11, 2039:13, 2047:19, 2047:22, 2048:2, 2048:6, 2048:15, 2048:16, 2048:18, 2048:24, 2049:5, 2049:25,

2050:12
**bottoms-up** [7] - 2037:3, 2038:2, 2038:12, 2038:14, 2038:19, 2039:3, 2039:11
**BOULEVARD** [1] - 2000:18
**BOUNDS** [1] - 1999:10
**bow** [5] - 2072:24, 2073:1, 2084:7, 2085:8, 2085:17
**box** [1] - 2112:3
**BOX** [4] - 1999:4, 2001:12, 2001:18, 2002:12
**BP** [74] - 1998:15, 2002:19, 2002:20, 2002:20, 2012:4, 2015:10, 2025:7, 2025:17, 2026:14, 2028:9, 2031:10, 2031:21, 2032:22, 2033:2, 2034:18, 2039:2, 2040:3, 2040:8, 2040:21, 2041:1, 2041:2, 2041:8, 2041:9, 2041:16, 2041:17, 2043:9, 2043:12, 2043:16, 2043:21, 2043:22, 2043:25, 2044:2, 2044:3, 2044:8, 2046:1, 2046:25, 2047:4, 2051:14, 2052:1, 2052:7, 2052:10, 2052:14, 2052:16, 2053:1, 2054:15, 2054:25, 2055:15, 2058:7, 2059:21, 2060:4, 2060:5, 2064:7, 2064:9, 2064:14, 2064:15, 2064:19, 2089:14, 2089:19, 2090:23, 2092:17, 2092:23, 2093:2, 2094:2, 2095:4, 2112:20, 2113:16, 2113:23, 2115:20, 2136:18, 2156:12, 2156:25, 2157:5, 2163:13
**BP's** [14] - 2007:24, 2009:16, 2011:21, 2014:12, 2024:22, 2025:3, 2025:10, 2026:14, 2050:16, 2051:18, 2052:21,

2054:2, 2113:8, 2161:5
**BRAD** [1] - 2003:22
**brain** [1] - 2103:4
**BRANCH** [3] - 2001:4, 2001:15, 2001:21
**brand** [1] - 2101:19
**Braniff** [6] - 2109:25, 2111:3, 2111:13, 2111:18, 2143:19, 2143:22
**break** [4] - 2014:1, 2018:1, 2018:5, 2163:17
**BREIT** [2] - 1999:18, 1999:18
**BRENNAN** [1] - 2003:17
**Brett** [1] - 2034:21
**Brian** [4] - 2034:8, 2035:8, 2038:10, 2040:3
**BRIAN** [2] - 2003:22, 2009:4
**Brian's** [1] - 2102:23
**brief** [1] - 2029:12
**briefly** [10] - 2010:1, 2035:24, 2042:5, 2042:24, 2045:8, 2048:11, 2069:9, 2077:21, 2137:1, 2160:15
**bring** [5] - 2014:11, 2078:9, 2135:11, 2135:16, 2137:24
**bringing** [1] - 2146:16
**broader** [1] - 2088:14
**Brock** [1] - 2094:2
**BROCK** [24] - 2003:3, 2007:21, 2022:11, 2022:18, 2065:2, 2067:1, 2081:24, 2083:2, 2091:15, 2098:20, 2099:10, 2103:17, 2121:11, 2121:22, 2125:6, 2125:16, 2127:20, 2129:15, 2136:19, 2156:11, 2156:25, 2157:7, 2159:17, 2163:15
**broke** [5] - 2016:18, 2016:19, 2017:5, 2017:14, 2037:23
**broken** [2] - 2070:8, 2084:24
**brought** [1] -

2144:22
**brown** [6] - 2017:15, 2017:17, 2017:19, 2067:22, 2067:23, 2073:9
**building** [1] - 2018:5
**BUILDING** [2] - 1999:15, 2000:4
**built** [2] - 2083:9
**bullet** [3] - 2036:20, 2148:21, 2151:2
**bunch** [3] - 2078:22, 2147:2, 2151:25
**bungled** [1] - 2114:11
**BURLING** [1] - 2003:3
**but** [141] - 2007:12, 2009:6, 2010:3, 2012:14, 2013:5, 2014:20, 2015:1, 2015:20, 2016:25, 2020:17, 2020:18, 2021:13, 2022:7, 2024:14, 2027:18, 2028:1, 2028:17, 2031:8, 2032:8, 2035:14, 2037:13, 2037:21, 2039:1, 2039:4, 2039:10, 2040:22, 2041:9, 2043:15, 2044:8, 2047:18, 2047:25, 2048:12, 2049:15, 2050:12, 2051:9, 2051:11, 2052:4, 2052:19, 2052:22, 2053:4, 2053:25, 2055:7, 2055:12, 2055:14, 2057:18, 2060:22, 2061:13, 2061:20, 2063:22, 2065:6, 2067:7, 2067:17, 2068:18, 2069:18, 2070:13, 2072:1, 2072:21, 2073:21, 2075:12, 2076:1, 2076:14, 2077:3, 2077:22, 2078:3, 2078:11, 2078:22, 2079:23, 2080:8, 2080:20, 2080:21, 2081:7, 2081:11, 2082:3, 2083:16, 2084:9, 2085:9, 2085:20, 2086:17, 2086:19, 2088:11, 2088:13, 2088:16, 2088:22, 2089:7, 2089:9,

2094:4, 2095:18, 2096:23, 2100:6, 2100:8, 2100:15, 2101:13, 2101:19, 2101:22, 2103:3, 2103:13, 2106:10, 2107:2, 2109:3, 2110:19, 2111:2, 2111:14, 2111:16, 2111:23, 2113:1, 2116:11, 2116:21, 2118:1, 2120:23, 2122:22, 2123:5, 2125:1, 2128:21, 2130:8, 2130:17, 2131:2, 2132:22, 2133:13, 2134:19, 2134:24, 2137:24, 2138:3, 2140:18, 2141:17, 2142:2, 2146:20, 2148:14, 2148:23, 2150:6, 2150:13, 2150:16, 2153:21, 2154:2, 2154:11, 2155:20, 2156:12, 2158:6, 2158:16, 2158:25, 2160:1, 2160:10
**button** [1] - 2138:15
**buttons** [1] - 2096:11
**BY** [92] - 1998:5, 1999:3, 1999:7, 1999:11, 1999:14, 1999:18, 1999:22, 2000:3, 2000:7, 2000:11, 2000:14, 2000:18, 2000:21, 2001:4, 2001:9, 2001:15, 2001:22, 2002:4, 2002:10, 2002:15, 2002:21, 2003:3, 2003:7, 2003:14, 2003:18, 2003:22, 2004:3, 2004:7, 2004:12, 2004:15, 2004:22, 2005:3, 2005:7, 2005:16, 2005:17, 2009:22, 2010:5, 2010:6, 2012:24, 2016:2, 2017:11, 2022:18, 2027:3, 2029:5, 2041:24, 2044:14, 2048:13, 2049:24, 2051:1, 2051:17, 2053:15, 2056:6, 2058:22, 2065:12, 2066:2, 2066:6, 2067:5, 2074:25, 2082:8, 2083:3, 2092:4,

2092:9, 2093:22, 2096:20, 2097:7, 2097:19, 2099:2, 2099:15, 2103:20, 2105:18, 2105:23, 2112:18, 2121:16, 2122:4, 2125:21, 2127:2, 2127:24, 2129:24, 2132:7, 2136:23, 2141:21, 2142:24, 2143:17, 2144:25, 2146:5, 2149:24, 2152:7, 2156:19, 2157:3, 2157:10, 2158:20, 2159:23
**by** [63] - 2006:6, 2006:7, 2006:8, 2006:9, 2006:10, 2006:14, 2006:15, 2006:16, 2006:17, 2012:4, 2019:3, 2020:23, 2021:2, 2021:9, 2022:15, 2023:1, 2023:20, 2026:8, 2032:15, 2038:10, 2040:25, 2041:17, 2043:9, 2043:12, 2043:16, 2043:25, 2044:8, 2051:9, 2051:10, 2052:7, 2055:20, 2056:8, 2056:18, 2056:19, 2064:18, 2078:24, 2080:23, 2092:6, 2092:23, 2092:24, 2093:24, 2096:2, 2096:24, 2102:9, 2102:11, 2102:19, 2113:23, 2118:1, 2125:24, 2128:18, 2128:20, 2128:21, 2128:24, 2129:8, 2130:13, 2131:2, 2141:6, 2141:25, 2146:15, 2148:13, 2152:5, 2153:23, 2157:13
**bypass** [1] - 2155:15
**bypassed** [2] - 2147:7, 2155:17

## C

**C** [5] - 2000:3, 2003:3, 2005:3, 2005:8, 2062:4
**C-A-N-M-A-R** [1] - 2062:4
**CA** [2] - 2001:6,

2003:24
cabin [1] - 2138:17
CALDWELL [1] -
2002:10
California [2] -
2088:23, 2088:24
call [38] - 2013:14,
2014:3, 2018:15,
2033:15, 2043:19,
2043:21, 2044:8,
2045:24, 2046:3,
2046:22, 2047:12,
2051:11, 2051:16,
2054:2, 2058:10,
2061:12, 2063:10,
2063:18, 2068:23,
2070:2, 2070:10,
2073:1, 2076:22,
2079:10, 2086:11,
2088:4, 2093:5,
2095:24, 2097:4,
2100:19, 2100:25,
2103:11, 2112:15,
2123:20, 2123:25,
2124:16, 2126:1,
2154:22
called [28] - 2025:19,
2032:19, 2042:2,
2042:9, 2051:10,
2051:12, 2061:17,
2065:24, 2067:22,
2069:2, 2069:4,
2069:6, 2069:12,
2069:24, 2085:17,
2088:15, 2089:3,
2093:2, 2095:22,
2103:8, 2126:8,
2126:11, 2140:17,
2142:22, 2144:9,
2148:2, 2149:16,
2160:16
callout [2] - 2084:18,
2111:13
calls [5] - 2015:20,
2058:11, 2086:10,
2110:17, 2110:20
came [16] - 2010:22,
2012:16, 2020:17,
2020:18, 2023:14,
2035:14, 2040:16,
2042:9, 2043:18,
2094:23, 2106:14,
2116:8, 2123:7,
2127:13, 2151:18
camera [1] - 2159:3
CAMERON [1] -
2004:11
Cameron [4] -
2008:2, 2050:21,
2051:2, 2051:9

Cameron's [1] -
2008:6
CAMP [1] - 2002:16
can [104] - 2007:11,
2007:16, 2007:18,
2009:6, 2010:4,
2011:12, 2012:23,
2013:11, 2014:5,
2014:13, 2014:17,
2016:7, 2016:8,
2016:24, 2017:15,
2017:24, 2018:2,
2018:5, 2018:11,
2018:15, 2018:17,
2018:25, 2019:2,
2019:5, 2020:23,
2021:12, 2021:21,
2022:11, 2028:1,
2028:10, 2029:20,
2036:19, 2036:20,
2037:23, 2038:4,
2038:7, 2039:15,
2039:16, 2044:15,
2047:3, 2051:18,
2051:21, 2052:8,
2055:10, 2055:14,
2055:19, 2056:18,
2056:20, 2058:10,
2062:16, 2063:12,
2065:13, 2066:1,
2067:1, 2067:6,
2072:11, 2073:17,
2074:3, 2075:1,
2075:7, 2075:9,
2077:7, 2077:10,
2079:11, 2082:5,
2085:3, 2090:4,
2091:20, 2096:18,
2097:3, 2100:15,
2101:15, 2104:24,
2106:16, 2107:18,
2108:3, 2109:14,
2111:12, 2112:15,
2123:2, 2125:6,
2125:22, 2127:7,
2127:17, 2128:6,
2128:8, 2128:9,
2128:11, 2130:17,
2132:25, 2133:3,
2134:5, 2136:8,
2138:15, 2139:22,
2149:2, 2151:18,
2151:22, 2155:9,
2156:3, 2162:1
can't [30] - 2009:5,
2013:5, 2018:17,
2019:7, 2019:8,
2019:20, 2020:17,
2029:3, 2030:10,
2053:10, 2086:1,
2086:6, 2086:8,

2095:2, 2097:4,
2097:13, 2102:7,
2102:11, 2102:17,
2106:10, 2116:10,
2124:10, 2125:1,
2132:22, 2132:25,
2133:13, 2146:20,
2147:2, 2147:20,
2154:10
Canada [12] -
2059:15, 2060:3,
2060:5, 2060:12,
2060:14, 2061:10,
2062:10, 2062:24,
2062:25, 2088:20,
2088:22, 2103:12
Canadian [7] -
2059:17, 2062:3,
2062:16, 2063:6,
2064:11, 2088:21,
2090:2
CanMar [1] - 2062:3
capability [1] -
2015:23
capacity [3] -
2038:11, 2038:14,
2052:15
caption [1] - 2106:16
capture [1] - 2146:6
car [1] - 2085:23
care [6] - 2029:25,
2088:2, 2088:4,
2089:1, 2102:1,
2137:9
career [2] - 2013:4,
2020:21
CARL [1] - 1998:22
CARONDELET [2] -
1999:22, 2004:12
CARRIE [1] - 2003:7
carry [1] - 2007:18
carrying [1] - 2089:5
case [38] - 2012:18,
2019:16, 2022:22,
2050:2, 2053:2,
2058:24, 2059:4,
2059:12, 2059:14,
2059:19, 2060:7,
2060:9, 2061:11,
2061:12, 2061:17,
2062:10, 2063:16,
2065:15, 2069:7,
2072:3, 2087:3,
2087:25, 2089:13,
2090:23, 2097:1,
2098:5, 2099:7,
2100:23, 2102:15,
2104:8, 2106:6,
2117:4, 2132:8,
2142:6, 2144:8,

2144:19, 2145:22
CASE [2] - 1998:12,
1998:14
casing [45] -
2013:15, 2013:21,
2019:10, 2019:11,
2019:23, 2020:19,
2036:1, 2036:2,
2038:7, 2038:10,
2038:14, 2039:5,
2039:9, 2040:5,
2042:24, 2043:1,
2043:6, 2043:8,
2043:15, 2043:16,
2056:21, 2056:24,
2057:3, 2057:4,
2057:8, 2065:18,
2068:16, 2069:3,
2069:4, 2069:7,
2069:21, 2070:14,
2070:17, 2070:19,
2070:20, 2070:21,
2071:1, 2071:4,
2071:9, 2076:24,
2081:16
casings [1] -
2013:14
catch [1] - 2020:7
Cathleenia [4] -
2032:24, 2033:3,
2033:4, 2033:9
causal [3] - 2065:19,
2082:11, 2082:23
causation [1] -
2091:11
cause [6] - 2117:17,
2117:18, 2117:22,
2117:24, 2117:25,
2131:17
caused [4] - 2060:6,
2092:24, 2118:1,
2131:2
caveat [1] - 2160:19
CCR [3] - 2005:12,
2164:4, 2164:12
CD [1] - 2067:4
cell [1] - 2047:10
cement [44] -
2036:16, 2036:24,
2037:1, 2037:3,
2037:15, 2037:22,
2037:23, 2038:6,
2044:16, 2044:19,
2044:23, 2044:25,
2045:1, 2045:9,
2047:20, 2047:25,
2048:4, 2048:25,
2050:7, 2050:9,
2050:14, 2050:16,
2065:18, 2067:10,

2069:10, 2069:20,
2070:2, 2070:7,
2070:8, 2070:9,
2070:10, 2070:21,
2071:3, 2071:5,
2071:17, 2075:25,
2076:1, 2076:2,
2137:5, 2137:6,
2139:2
cement's [1] -
2048:25
cementer [3] -
2031:1, 2031:20,
2044:20
cementing [2] -
2038:6, 2069:11
cent [1] - 2073:12
center [6] - 2054:4,
2054:8, 2054:10,
2054:11, 2103:8,
2104:1
CENTER [1] -
2004:17
centralizer [3] -
2046:5, 2046:6,
2046:11
centralizers [18] -
2039:23, 2040:4,
2040:9, 2040:14,
2040:16, 2040:20,
2040:25, 2041:5,
2041:10, 2041:11,
2041:12, 2041:13,
2041:15, 2041:18,
2043:23, 2043:24,
2046:7, 2046:13
CENTRE [1] -
2003:14
CERNICH [1] -
2001:10
certain [12] - 2053:1,
2054:23, 2122:25,
2125:1, 2131:1,
2131:6, 2131:9,
2131:11, 2133:13,
2149:18, 2154:11,
2156:23
certainly [11] -
2016:1, 2063:13,
2080:22, 2081:17,
2082:23, 2086:17,
2087:17, 2088:22,
2109:5, 2151:23,
2161:20
CERTIFICATE [1] -
2164:2
CERTIFIED [1] -
2005:12
certify [1] - 2164:5
CFR [5] - 2089:22,

2089:23, 2090:14, 2090:22, 2091:3
**chain** [1] - 2061:19
**chair** [1] - 2096:11
CHAKERES [1] - 2001:11
**challenge** [2] - 2011:14, 2011:18
**Challenge** [1] - 2011:24
**Challenge"** [1] - 2011:14
**challenging** [1] - 2011:21
CHANG [1] - 2001:10
**change** [16] - 2010:16, 2011:13, 2012:18, 2024:24, 2025:3, 2092:7, 2110:5, 2110:6, 2121:7, 2121:20, 2121:25, 2149:25, 2151:7, 2151:11, 2153:12, 2162:8
**changed** [5] - 2012:2, 2035:15, 2122:2, 2122:19, 2122:21
**changes** [2] - 2112:9, 2157:19
**changing** [3] - 2011:2, 2120:5, 2151:13
**characterization** [2] - 2131:25, 2140:3
**characterized** [2] - 2131:19, 2143:25
CHASE [1] - 2004:4
**check** [20] - 2055:1, 2055:2, 2055:7, 2084:5, 2118:25, 2127:18, 2127:19, 2128:9, 2134:15, 2134:21, 2158:13, 2158:14, 2158:21, 2159:6, 2159:17, 2161:13, 2161:16, 2162:6, 2162:23, 2163:2
**checked** [1] - 2159:14
**checking** [3] - 2118:20, 2119:17, 2126:16
**checklist** [2] - 2052:7, 2052:9
**cheese** [1] - 2065:8
CHICAGO [1] - 2003:9
**chief** [1] - 2160:24

**choices** [1] - 2075:4
**choke** [4] - 2073:11, 2073:15, 2073:17, 2122:2
**chose** [2] - 2033:22, 2040:21
**chronological** [1] - 2160:11
Chukchi [1] - 2062:6
Circle [3] - 2060:19, 2060:21, 2101:11
**circling** [1] - 2070:1
**circuit** [1] - 2159:3
Circulate [2] - 2036:21, 2038:10
**circulate** [19] - 2013:20, 2018:13, 2036:4, 2036:10, 2036:12, 2036:14, 2036:15, 2037:7, 2037:11, 2037:19, 2038:14, 2039:8, 2039:13, 2045:20, 2048:2, 2050:12, 2144:24, 2163:3
**circulated** [9] - 2007:23, 2008:12, 2008:17, 2009:9, 2014:22, 2022:7, 2022:17, 2096:17, 2144:4
**circulating** [6] - 2036:13, 2036:17, 2038:19, 2038:22, 2104:25, 2143:19
**circulation** [11] - 2023:17, 2036:9, 2037:6, 2037:14, 2048:7, 2048:15, 2048:16, 2056:16, 2056:20, 2057:1
**circulations** [1] - 2056:17
**circumstances** [1] - 2121:19
**citizen** [2] - 2059:17, 2064:11
CIVIL [3] - 1998:8, 2001:4, 2001:15
**clamps** [1] - 2040:18
**clarification** [5] - 2011:25, 2107:19, 2107:24, 2159:17, 2159:19
**clarified** [1] - 2082:2
**clarify** [4] - 2029:12, 2061:13, 2091:20, 2093:16
**class** [1] - 2030:21
**clean** [9] - 2013:14,

2013:19, 2036:21, 2037:12, 2048:3, 2050:8, 2050:12, 2050:17, 2050:18
**cleaned** [1] - 2014:21
**cleaner** [1] - 2066:22
**clear** [13] - 2049:13, 2051:9, 2066:21, 2081:25, 2090:15, 2090:18, 2093:18, 2098:12, 2118:7, 2118:23, 2118:24, 2122:10, 2159:13
**clearest** [1] - 2158:1
**clearly** [1] - 2106:17
CLERK [4] - 2058:13, 2058:16, 2105:7, 2163:19
**click** [1] - 2141:20
**clicks** [1] - 2101:11
**client** [2] - 2050:15, 2061:13
**clients** [1] - 2064:9
CLINGMAN [3] - 2003:18, 2009:5, 2009:7
**Clingman** [2] - 2009:7, 2103:10
**close** [14] - 2013:21, 2013:22, 2021:24, 2054:7, 2054:17, 2073:25, 2079:10, 2085:4, 2095:15, 2095:16, 2119:24, 2127:6, 2158:19, 2159:4
**closed** [25] - 2073:3, 2073:4, 2075:7, 2075:8, 2077:21, 2078:9, 2078:19, 2079:14, 2080:3, 2081:1, 2081:2, 2081:10, 2083:6, 2083:8, 2083:21, 2083:22, 2084:10, 2085:6, 2085:21, 2096:2, 2104:24, 2121:4, 2153:1, 2159:3
**closed-circuit** [1] - 2159:3
**closer** [1] - 2074:23
**closes** [1] - 2138:8
**closing** [9] - 2010:8, 2054:3, 2054:4, 2076:5, 2076:12, 2080:4, 2096:15, 2117:10, 2118:2
**coast** [1] - 2062:6

Cocales [1] - 2034:21
**codified** [2] - 2088:10, 2088:11
**collar** [4] - 2039:22, 2040:19, 2046:5, 2069:20
**colleague** [1] - 2097:3
**colleague's** [2] - 2082:21, 2094:2
**collection** [1] - 2153:24
**column** [1] - 2079:20
**columns** [1] - 2142:11
**come** [17] - 2014:2, 2016:14, 2020:3, 2020:4, 2020:11, 2020:15, 2020:20, 2028:16, 2070:6, 2078:20, 2095:6, 2117:4, 2119:20, 2119:24, 2123:20, 2126:16, 2146:20
**comes** [2] - 2016:16, 2126:10
**comfortable** [1] - 2028:2
**coming** [11] - 2014:3, 2014:23, 2022:8, 2072:10, 2078:2, 2083:13, 2083:14, 2117:2, 2117:5, 2117:7, 2162:3
**commencing** [2] - 2010:16, 2095:25
**comments** [1] - 2137:7
COMMERCIAL [1] - 2001:21
**committed** [2] - 2093:24
**common** [6] - 2018:9, 2088:6, 2088:8, 2109:3, 2150:20, 2151:7
**commonly** [2] - 2062:3, 2086:6
**communicate** [2] - 2108:9, 2112:11
**communicated** [1] - 2112:14
**communicating** [2] - 2087:3, 2112:8
**communication** [6] - 2081:15, 2119:15, 2120:21, 2147:17, 2148:6, 2161:18

**companies** [2] - 2064:16, 2093:24
COMPANY [1] - 2002:20
**company** [21] - 2011:25, 2024:22, 2025:10, 2059:23, 2060:1, 2060:2, 2061:2, 2061:5, 2061:12, 2061:24, 2062:2, 2071:24, 2093:25, 2127:17, 2127:25, 2129:10, 2130:1, 2130:4, 2141:25
**comparable** [3] - 2059:20, 2059:21, 2101:18
**comparative** [1] - 2027:25
**comparing** [1] - 2141:23
**compelling** [1] - 2053:3
**competency** [1] - 2015:19
**competent** [1] - 2032:16
**compile** [1] - 2160:11
**complacency** [1] - 2107:14
**complacent** [4] - 2106:7, 2106:9, 2108:5, 2108:17
COMPLAINT [1] - 1998:12
**complete** [2] - 2055:3, 2101:24
**completed** [2] - 2123:10, 2155:16
**completion** [3] - 2010:16, 2106:21, 2108:1
**complicated** [3] - 2063:3, 2086:15, 2086:17
**compliment** [1] - 2062:14
**comply** [3] - 2084:2, 2095:24, 2115:7
**components** [3] - 2067:9, 2067:17, 2075:13
**comprehend** [1] - 2094:8
**compromise** [1] - 2055:19
COMPUTER [1] - 2005:17

concept [4] - 2021:14, 2044:7, 2088:10, 2101:22

concerned [2] - 2039:7, 2050:13

concerns [2] - 2012:9, 2057:7

conclude [1] - 2031:19

conclusion [6] - 2092:17, 2094:23, 2097:10, 2133:15, 2141:23, 2159:6

condition [7] - 2036:21, 2037:8, 2076:19, 2077:1, 2086:24, 2140:6, 2145:8

conditional [1] - 2011:24

conditioning [2] - 2022:16, 2049:2

conditions [9] - 2036:5, 2036:11, 2038:15, 2038:16, 2038:18, 2039:13, 2054:23, 2060:20, 2060:23

conduct [5] - 2091:24, 2113:16, 2142:6, 2158:21, 2161:16

conducted [10] - 2010:2, 2013:12, 2014:9, 2020:12, 2020:16, 2024:21, 2110:17, 2157:5, 2161:13, 2162:23

conducting [9] - 2014:17, 2015:15, 2015:16, 2016:3, 2017:24, 2024:25, 2025:4, 2115:25, 2156:21

conduit [1] - 2068:16

conference [1] - 2110:17

conferences [2] - 2110:10, 2112:9

confident [1] - 2106:8

conflicting [2] - 2120:16, 2158:25

confuse [1] - 2099:10

confused [3] - 2098:18, 2099:6, 2102:7

confusing [2] - 2160:2, 2162:17

confusion [3] - 2098:19, 2099:9, 2151:21

congregate [1] - 2007:11

conjunction [5] - 2007:25, 2008:7, 2010:8, 2010:17, 2041:2

connecting [1] - 2073:16

connection [13] - 2010:20, 2011:5, 2011:21, 2013:1, 2014:8, 2014:14, 2018:24, 2022:23, 2023:6, 2025:13, 2025:16, 2041:1, 2115:21

connections [1] - 2046:9

connotation [1] - 2091:18

CONRAD [1] - 2000:7

consecutive [1] - 2016:20

consider [1] - 2097:21

considering [1] - 2094:9

consistent [12] - 2012:3, 2049:10, 2134:7, 2150:21, 2153:19, 2154:8, 2154:13, 2155:18, 2156:9, 2156:24, 2161:23, 2162:15

consistently [1] - 2016:14

constant [2] - 2108:13

consultant [1] - 2060:10

consulting [2] - 2059:24, 2061:2

contain [1] - 2059:3

contained [1] - 2110:1

contains [1] - 2068:12

contaminated [2] - 2048:25, 2050:9

contaminating [2] - 2047:25, 2048:3

contamination [1] - 2047:20

contemplate [1] - 2037:14

contends [1] -

2100:11

content [1] - 2150:7

contents [1] - 2099:14

context [16] - 2069:18, 2070:12, 2072:10, 2075:10, 2098:10, 2098:11, 2098:18, 2099:7, 2099:11, 2099:17, 2099:18, 2101:4, 2102:4, 2102:7, 2126:14, 2126:25

contexts [1] - 2071:11

contingency [2] - 2051:19, 2052:8

continuation [1] - 2093:17

continue [8] - 2056:15, 2068:21, 2073:5, 2077:20, 2084:24, 2092:11, 2093:6, 2093:11

CONTINUED [7] - 2000:1, 2001:1, 2002:1, 2003:1, 2004:1, 2005:1, 2009:21

Continued [1] - 2006:6

continuing [1] - 2012:7

continuous [1] - 2148:6

contract [1] - 2061:13

contractor [2] - 2145:5, 2145:9

contractors [1] - 2033:21

contradictory [1] - 2092:24

control [47] - 2013:24, 2028:7, 2028:18, 2030:22, 2051:6, 2051:11, 2051:14, 2051:18, 2051:24, 2052:3, 2052:5, 2052:22, 2054:1, 2054:2, 2065:7, 2076:21, 2087:12, 2087:16, 2089:18, 2090:18, 2092:19, 2096:12, 2103:5, 2106:20, 2107:10, 2107:20, 2108:14, 2108:19, 2110:2, 2110:7, 2112:9, 2135:5,

2135:7, 2135:9, 2137:15, 2137:16, 2137:18, 2137:23, 2137:24, 2137:25, 2138:2, 2138:5, 2145:1, 2145:3, 2145:16, 2150:9

Control [2] - 2051:10, 2150:3

controlled [1] - 2077:3

controlling [1] - 2079:20

controls [3] - 2075:18, 2138:11, 2138:13

conversation [3] - 2094:16, 2094:25, 2139:6

conversations [3] - 2007:18, 2094:18, 2139:7

convoluted [1] - 2156:4

convolutions [1] - 2152:19

coordinates [1] - 2152:4

copies [4] - 2034:8, 2034:9, 2034:14, 2067:3

copy [2] - 2044:16, 2044:19

core [2] - 2056:14, 2065:18, 2091:8

cores [1] - 2091:8

COREY [1] - 2002:4

corner [5] - 2039:17, 2039:18, 2070:1, 2074:10, 2142:25

corners [1] - 2024:4

CORPORATE [1] - 2000:8

CORPORATION [1] - 2004:11

correct [179] - 2008:8, 2009:1, 2009:2, 2011:23, 2015:23, 2021:25, 2022:1, 2027:8, 2034:12, 2051:7, 2052:10, 2053:21, 2054:14, 2056:17, 2056:23, 2057:6, 2057:10, 2058:1, 2058:4, 2058:24, 2058:25, 2059:7, 2061:16, 2061:20, 2062:14, 2065:1, 2065:20, 2065:21,

2066:5, 2068:2, 2068:9, 2068:20, 2069:13, 2069:21, 2070:3, 2070:21, 2070:24, 2071:14, 2071:15, 2072:16, 2073:21, 2074:11, 2074:14, 2076:19, 2076:20, 2077:2, 2077:18, 2078:16, 2079:16, 2080:24, 2082:12, 2084:10, 2086:15, 2087:11, 2090:1, 2090:9, 2090:11, 2090:12, 2090:13, 2090:21, 2091:4, 2091:6, 2091:25, 2096:6, 2096:7, 2101:7, 2101:11, 2101:12, 2101:22, 2102:5, 2102:13, 2103:23, 2104:6, 2106:4, 2106:5, 2106:13, 2107:18, 2108:11, 2108:14, 2108:25, 2109:7, 2110:7, 2111:11, 2111:16, 2113:10, 2113:14, 2113:15, 2113:18, 2113:24, 2114:9, 2114:15, 2114:16, 2114:22, 2115:1, 2115:4, 2115:5, 2115:15, 2115:17, 2115:22, 2115:23, 2116:1, 2116:2, 2116:12, 2116:13, 2116:18, 2116:23, 2116:25, 2117:3, 2117:8, 2117:17, 2117:21, 2118:9, 2119:1, 2119:2, 2119:5, 2119:6, 2119:20, 2119:22, 2119:23, 2120:9, 2120:20, 2121:2, 2121:6, 2121:10, 2122:12, 2122:16, 2123:1, 2123:2, 2123:12, 2123:22, 2124:19, 2127:5, 2127:8, 2127:19, 2128:1, 2128:4, 2128:7, 2128:10, 2128:19, 2128:24, 2128:25, 2129:5, 2129:8, 2129:9, 2129:10, 2129:13, 2130:10, 2130:14, 2130:15, 2130:22,

2131:4, 2131:7,
2131:13, 2131:14,
2131:17, 2131:18,
2131:23, 2131:24,
2132:3, 2132:17,
2133:2, 2133:4,
2133:14, 2133:18,
2133:24, 2134:6,
2134:10, 2135:3,
2135:16, 2135:19,
2135:20, 2140:4,
2145:14, 2148:19,
2148:24, 2161:1,
2161:11, 2164:6

**corrected** [1] -
2008:23

**correction** [1] -
2008:22

**correctly** [2] -
2097:23, 2098:14

**cost** [1] - 2022:23

**costs** [7] - 2023:1,
2023:2, 2023:3,
2025:9, 2025:13,
2025:16

**could** [57] - 2018:1,
2026:3, 2043:14,
2046:15, 2047:12,
2055:23, 2057:15,
2057:16, 2066:9,
2067:8, 2071:12,
2074:20, 2075:4,
2083:17, 2085:3,
2085:12, 2087:22,
2089:12, 2090:19,
2092:16, 2093:3,
2095:7, 2097:3,
2097:6, 2097:17,
2100:2, 2101:4,
2101:8, 2104:4,
2104:7, 2109:4,
2110:8, 2117:4,
2117:22, 2117:24,
2118:1, 2119:18,
2121:15, 2127:8,
2128:21, 2129:13,
2129:20, 2129:25,
2130:1, 2130:3,
2130:5, 2130:6,
2131:1, 2131:15,
2143:16, 2150:2,
2155:1, 2155:2,
2161:17, 2161:18,
2163:6

**couldn't** [5] -
2041:14, 2094:7,
2094:22, 2153:13,
2159:7

**counsel** [1] - 2008:4

**count** [1] - 2025:24

**counts** [5] - 2025:20,
2026:5, 2026:10,
2026:15

**couple** [17] - 2010:2,
2014:5, 2019:17,
2019:18, 2019:19,
2030:10, 2035:24,
2046:14, 2063:20,
2078:1, 2082:13,
2116:19, 2120:18,
2142:20, 2157:2,
2157:22

**course** [11] - 2013:4,
2013:11, 2035:16,
2036:23, 2063:7,
2063:19, 2111:20,
2118:13, 2131:16,
2144:7, 2155:5

**courses** [8] -
2063:21, 2063:24,
2064:4, 2064:6,
2064:8, 2064:14,
2064:19, 2064:20

**Court** [9] - 2016:7,
2016:11, 2066:8,
2067:4, 2094:12,
2143:12, 2164:4,
2164:5, 2164:13

**COURT** [79] - 1998:1,
2005:12, 2007:6,
2007:7, 2007:24,
2008:6, 2008:9,
2008:14, 2008:20,
2009:1, 2009:6,
2009:11, 2009:16,
2009:19, 2015:22,
2015:25, 2017:7,
2017:10, 2026:19,
2026:24, 2028:21,
2028:24, 2041:21,
2044:10, 2044:13,
2048:8, 2049:6,
2049:8, 2049:13,
2049:17, 2050:21,
2050:24, 2052:18,
2053:4, 2053:10,
2053:14, 2056:1,
2056:3, 2058:7,
2058:9, 2064:25,
2065:3, 2065:9,
2066:15, 2066:21,
2066:24, 2074:24,
2082:7, 2091:22,
2092:2, 2092:6,
2093:8, 2093:11,
2093:13, 2099:1,
2099:13, 2105:3,
2105:6, 2105:14,
2105:21, 2112:17,
2121:13, 2125:10,

2125:17, 2125:20,
2127:22, 2129:19,
2136:18, 2136:20,
2144:21, 2156:14,
2156:18, 2157:1,
2157:9, 2158:14,
2158:18, 2159:20,
2163:13, 2163:16

**court** [2] - 2007:10,
2059:13

**Court's** [2] -
2091:16, 2091:19

**courtroom** [4] -
2007:11, 2007:13,
2007:14, 2143:9

**covered** [2] -
2125:16, 2125:17

**COVINGTON** [1] -
2003:3

**CRAFT** [1] - 2000:3

**crane** [1] - 2147:14

**cream** [1] - 2069:8

**created** [2] - 2121:8,
2122:18

**credit** [1] - 2009:4

**crew** [48] - 2015:6,
2022:20, 2028:6,
2028:11, 2028:14,
2028:16, 2079:23,
2080:3, 2086:4,
2086:25, 2101:10,
2102:19, 2106:7,
2111:7, 2115:25,
2116:4, 2116:13,
2117:20, 2118:14,
2120:8, 2123:3,
2129:2, 2130:6,
2130:13, 2130:21,
2132:16, 2132:19,
2132:25, 2133:23,
2134:15, 2134:24,
2135:5, 2137:3,
2140:14, 2141:10,
2141:14, 2142:18,
2147:18, 2148:1,
2148:4, 2148:7,
2148:9, 2155:2,
2157:13, 2160:20,
2161:16, 2161:22,
2162:14

**crew's** [1] - 2160:8

**crews** [3] - 2109:21,
2110:10, 2142:6

**criteria** [1] - 2083:21

**critical** [2] - 2079:5,
2092:14

**cross** [4] - 2008:17,
2028:25, 2105:16,
2136:25

**CROSS** [5] - 2027:2,

2029:4, 2050:25,
2105:17, 2136:22

**Cross** [5] - 2006:7,
2006:8, 2006:9,
2006:16, 2006:17

**cross-exam** [1] -
2028:25

**CROSS-
EXAMINATION** [5] -
2027:2, 2029:4,
2050:25, 2105:17,
2136:22

**Cross-Examination**
[5] - 2006:7, 2006:8,
2006:9, 2006:16,
2006:17

**cross-examination**
[2] - 2008:17, 2105:16

**cross-examining** [1]
- 2136:25

**crown** [2] - 2141:15,
2141:16

**CRR** [2] - 2005:12,
2164:12

**culture** [2] - 2026:5,
2026:7

**CUNNINGHAM** [2] -
1999:10, 1999:11

**curious** [1] - 2154:14

**current** [1] - 2035:11

**curriculum** [1] -
2059:6

**curve** [1] - 2014:6

**customary** [1] -
2116:4

**customizable** [1] -
2130:13

**cut** [7] - 2018:17,
2018:18, 2021:10,
2024:4, 2038:2,
2056:20

**cuttings** [2] -
2014:23, 2037:9

**CV** [3] - 2059:6,
2063:17, 2089:9

**cylinders** [1] -
2071:8

# D

**D** [7] - 2002:10,
2003:22, 2006:1,
2067:2, 2112:15,
2160:7, 2160:11

**D-6582** [1] - 2132:6

**D-8165** [3] - 2141:19,
2141:22, 2142:11

**D-8167** [1] - 2146:4

**daily** [4] - 2012:25,

2023:3, 2090:2,
2101:14

**DALLAS** [1] -
2004:24

**Damon** [1] - 2147:12

**danger** [3] - 2086:25,
2087:6, 2107:14

**dangerous** [1] -
2031:16

**DANIEL** [1] - 2001:22

**Daniels** [1] - 2155:11

**dark** [1] - 2066:16

**data** [20] - 2010:9,
2092:21, 2092:24,
2093:4, 2099:23,
2099:25, 2100:17,
2100:19, 2100:20,
2100:22, 2101:8,
2101:14, 2101:20,
2122:15, 2130:6,
2130:9, 2131:23,
2132:25, 2145:25,
2146:1, 2147:19,
2148:9, 2148:11,
2148:12, 2148:15,
2149:2, 2149:6,
2149:10, 2149:18,
2151:5, 2151:25,
2152:1, 2152:10,
2153:24, 2154:1,
2154:7, 2154:8,
2154:15, 2154:23,
2155:20, 2156:23,
2157:19

**date** [4] - 2051:19,
2106:17, 2106:25,
2107:10

**dated** [4] - 2034:8,
2039:17, 2052:14,
2110:15

**dates** [2] - 2024:15,
2113:1

**Daubert** [2] -
2064:23, 2064:25

**DAUPHIN** [1] -
1999:11

**DAVID** [2] - 2004:15,
2004:16

**David** [2] - 2008:2,
2160:24

**day** [17] - 2023:3,
2023:7, 2028:25,
2035:19, 2042:9,
2045:2, 2045:15,
2060:9, 2062:24,
2087:12, 2087:14,
2087:15, 2090:3,
2101:9, 2101:14,
2112:2, 2122:14

**DAY** [1] - 1998:20

**days** [12] - 2022:9, 2022:14, 2029:24, 2030:2, 2030:3, 2030:19, 2034:2, 2102:22, 2106:18, 2112:21, 2154:4, 2157:2
**DC** [4] - 2001:12, 2001:18, 2001:24, 2003:4
**deal** [5] - 2039:19, 2062:9, 2062:16, 2063:9, 2082:5
**dealing** [3] - 2038:6, 2072:15, 2136:8
**deals** [1] - 2039:21
**DEANNA** [1] - 2001:10
**debatable** [1] - 2086:17
**debate** [1] - 2082:16
**debris** [8] - 2049:2, 2049:7, 2049:18, 2049:19, 2049:22, 2050:1, 2050:2, 2050:6
**December** [1] - 2139:16
**decide** [1] - 2110:6
**decided** [1] - 2040:11
**deciding** [1] - 2041:17
**decision** [16] - 2040:24, 2040:25, 2041:3, 2041:5, 2042:19, 2043:3, 2043:8, 2043:9, 2043:10, 2043:16, 2043:24, 2046:1, 2086:19, 2138:19, 2138:22, 2145:6
**decision-making** [1] - 2042:19
**decisions** [2] - 2086:15, 2094:8
**declare** [2] - 2084:21, 2086:1
**declared** [4] - 2083:18, 2085:12, 2095:11, 2123:22
**decrease** [2] - 2151:2, 2151:6
**decreasing** [1] - 2018:21
**deem** [1] - 2037:2
**deeming** [1] - 2140:8
**deep** [4] - 2013:16, 2018:8, 2035:23, 2057:15

**Deepwater** [19] - 2012:20, 2022:25, 2024:22, 2025:4, 2025:10, 2026:4, 2052:4, 2064:17, 2067:14, 2067:15, 2085:10, 2103:5, 2104:1, 2111:7, 2130:13, 2143:7, 2144:16, 2150:3, 2152:9
**DEEPWATER** [3] - 1998:5, 2003:12, 2003:13
**deepwater** [1] - 2021:23
**defined** [1] - 2137:23
**definitely** [3] - 2067:17, 2086:2, 2154:20
**definition** [1] - 2145:4
**definitive** [5] - 2080:21, 2082:22, 2158:6, 2158:7, 2158:8
**deGRAVELLES** [1] - 2105:10
**DEGRAVELLES** [2] - 2000:14, 2000:14
**degree** [2] - 2037:3, 2091:16
**delay** [1] - 2140:18
**delayed** [1] - 2029:24
**DELEMARRE** [1] - 2001:16
**deliberately** [1] - 2140:5
**demand** [1] - 2095:25
**demonstrative** [7] - 2009:9, 2112:15, 2132:6, 2141:22, 2146:6, 2148:20, 2149:6
**Demonstrative** [1] - 2067:2
**DENISE** [1] - 2005:7
**departed** [1] - 2091:24
**department** [1] - 2143:25
**DEPARTMENT** [4] - 2001:3, 2001:8, 2001:14, 2001:20
**Department** [2] - 2064:18, 2094:12
**departments** [1] - 2144:5
**departs** [4] -

2076:17, 2076:18
**departure** [1] - 2091:12
**depend** [1] - 2063:8
**depending** [3] - 2021:12, 2075:2, 2101:21
**depends** [4] - 2028:12, 2048:17, 2151:8
**depicted** [4] - 2068:18, 2069:18, 2097:11, 2101:19
**depicting** [1] - 2082:2
**depiction** [1] - 2152:13
**deposition** [8] - 2007:22, 2009:8, 2027:4, 2048:5, 2049:17, 2049:21, 2144:11, 2147:21
**depositions** [3] - 2144:8, 2144:9, 2144:10
**depth** [5] - 2015:1, 2023:7, 2036:6, 2071:20, 2072:2
**DEPUTY** [3] - 2058:13, 2058:16, 2105:7
**describe** [3] - 2013:11, 2052:11, 2094:12
**described** [4] - 2061:2, 2061:6, 2089:20, 2091:24
**describing** [2] - 2111:4, 2126:20
**description** [4] - 2063:14, 2089:4, 2153:4, 2162:21
**design** [1] - 2065:18
**designation** [3] - 2046:21, 2047:1, 2047:5
**desk** [3] - 2045:11, 2101:1, 2101:5
**despite** [1] - 2093:24
**detail** [2] - 2059:9, 2079:2
**detected** [2] - 2138:2, 2138:5
**determination** [1] - 2117:8
**determine** [6] - 2089:17, 2091:16, 2126:24, 2127:5, 2131:13, 2131:17
**determined** [3] -

2056:9, 2116:22, 2124:2
**determines** [1] - 2124:3
**determining** [1] - 2021:18
**deviated** [1] - 2156:24
**deviates** [1] - 2156:10
**Dewey** [2] - 2027:7, 2103:16
**DEXTER** [1] - 2002:5
**diagnostic** [1] - 2092:15
**diagnostics** [1] - 2086:16
**diagram** [2] - 2070:2, 2074:16
**diameter** [2] - 2057:4, 2057:8
**Dick** [2] - 2058:12, 2066:12
**did** [114] - 2012:9, 2015:5, 2015:8, 2015:12, 2015:16, 2016:4, 2016:6, 2017:14, 2020:22, 2023:5, 2023:9, 2024:1, 2024:4, 2024:17, 2024:20, 2024:24, 2025:3, 2025:7, 2025:8, 2025:12, 2025:15, 2026:6, 2026:10, 2026:14, 2027:15, 2027:17, 2027:23, 2027:25, 2028:3, 2028:13, 2029:19, 2031:1, 2031:4, 2031:6, 2031:12, 2031:15, 2031:19, 2032:14, 2032:17, 2032:18, 2033:1, 2033:15, 2033:22, 2034:2, 2035:3, 2035:11, 2036:5, 2036:12, 2037:2, 2037:13, 2037:15, 2038:17, 2038:18, 2039:1, 2040:2, 2040:8, 2044:19, 2044:23, 2044:24, 2045:8, 2046:25, 2047:4, 2049:11, 2049:21, 2060:4, 2060:17, 2061:23, 2061:24, 2062:1, 2079:23, 2089:17, 2094:3, 2094:15,

2095:22, 2097:22, 2097:24, 2098:13, 2099:16, 2102:22, 2102:25, 2104:9, 2107:5, 2110:11, 2111:3, 2111:8, 2111:25, 2112:5, 2112:6, 2112:9, 2112:15, 2116:4, 2117:9, 2130:18, 2138:12, 2139:10, 2140:11, 2140:14, 2140:15, 2140:16, 2141:11, 2141:14, 2142:2, 2143:5, 2143:12, 2144:8, 2144:23, 2147:21, 2154:18, 2157:5, 2158:21, 2160:13
**didn't** [52] - 2010:3, 2012:11, 2015:14, 2017:1, 2017:3, 2020:25, 2022:7, 2022:8, 2022:15, 2022:17, 2024:14, 2025:1, 2025:2, 2025:6, 2025:11, 2026:11, 2027:18, 2027:24, 2031:14, 2031:18, 2032:7, 2032:21, 2032:23, 2033:4, 2033:18, 2034:5, 2034:24, 2035:6, 2037:10, 2037:11, 2040:22, 2041:10, 2041:12, 2048:1, 2053:24, 2054:18, 2054:24, 2076:1, 2097:22, 2098:10, 2098:11, 2110:19, 2111:6, 2116:24, 2127:15, 2139:1, 2143:8, 2144:17, 2149:18, 2153:21, 2157:8
**difference** [3] - 2057:22, 2121:24, 2148:15
**different** [32] - 2018:20, 2021:13, 2022:22, 2028:2, 2035:15, 2039:6, 2039:19, 2043:6, 2046:16, 2047:24, 2056:14, 2071:11, 2073:3, 2073:14, 2073:18, 2075:2, 2082:13, 2082:14, 2089:6, 2101:19, 2108:16, 2111:13, 2114:21, 2115:9,

2120:19, 2120:23,
2121:22, 2146:21,
2152:10, 2162:8,
2162:21

**differential** [9] -
2097:14, 2098:1,
2102:12, 2132:22,
2133:9, 2160:25,
2162:7, 2162:9,
2162:11

**differently** [2] -
2024:8, 2101:19

**difficult** [1] - 2053:22

**difficulties** [1] -
2092:10

**Dire** [1] - 2006:14

**DIRE** [1] - 2058:21

**direct** [2] - 2009:16,
2155:10

**Direct** [2] - 2006:6,
2006:15

**DIRECT** [2] -
2009:21, 2065:11

**directed** [2] -
2154:22, 2156:12

**directional** [1] -
2033:11

**directions** [1] -
2162:22

**directly** [3] - 2025:9,
2035:6, 2063:23

**dirt** [1] - 2068:24

**disagree** [1] -
2011:16

**disagreement** [1] -
2082:10

**disappeared** [1] -
2077:13

**disaster** [1] -
2096:13

**discount** [1] -
2084:12

**discovered** [2] -
2117:5, 2117:7

**discrepancies** [1] -
2140:13

**discrepancy** [10] -
2081:22, 2120:24,
2120:25, 2121:17,
2121:25, 2122:1,
2122:18, 2122:22,
2122:23, 2122:25

**discrepant** [2] -
2121:8, 2122:14

**discuss** [2] - 2015:5,
2015:8

**discussed** [7] -
2010:23, 2015:9,
2039:10, 2124:17,
2132:9, 2156:2,

2157:11

**discussing** [1] -
2155:22

**discussion** [9] -
2073:22, 2082:19,
2094:24, 2138:3,
2138:21, 2138:25,
2141:25, 2142:2,
2142:4

**discussions** [4] -
2040:10, 2132:21,
2139:12

**displace** [1] -
2086:23

**displaced** [6] -
2114:8, 2114:11,
2114:13, 2114:15,
2145:8

**displacement** [18] -
2073:25, 2075:6,
2114:7, 2114:10,
2115:1, 2115:13,
2140:10, 2141:24,
2142:3, 2142:5,
2146:8, 2146:10,
2146:23, 2147:5,
2149:13, 2156:8,
2156:21, 2156:22

**displacing** [1] -
2073:7

**display** [2] - 2130:6,
2130:12

**displayed** [4] -
2128:11, 2129:14,
2129:23, 2129:25

**displays** [2] - 2130:9

**distance** [6] -
2068:3, 2071:12,
2071:23, 2071:24,
2072:5

**distinct** [1] - 2083:14

**distribute** [2] -
2109:22, 2111:18

**distributed** [1] -
2112:1

**District** [2] - 2164:5

**DISTRICT** [3] -
1998:1, 1998:2,
1998:23

**disturb** [1] - 2007:15

**diversion** [2] -
2147:7, 2147:11

**divert** [1] - 2145:19

**diverted** [6] -
2152:25, 2153:6,
2153:13, 2154:25,
2159:25, 2162:14

**diverter** [6] -
2138:13, 2145:19,
2152:16, 2153:1,

2155:13, 2162:19

**division** [2] -
2111:19, 2143:25

**DIVISION** [3] -
2001:4, 2001:8,
2001:15

**divisions** [2] -
2111:15, 2144:5

**docs** [3] - 2110:24,
2111:8, 2112:9

**Document** [1] -
2155:7

**DOCUMENT** [2] -
1998:11, 2150:19

**document** [31] -
2014:13, 2034:7,
2035:9, 2035:25,
2038:5, 2039:14,
2039:16, 2039:17,
2040:2, 2052:6,
2052:14, 2052:17,
2052:18, 2052:19,
2052:22, 2052:25,
2053:6, 2053:13,
2096:25, 2100:8,
2107:2, 2107:24,
2108:16, 2111:13,
2124:4, 2127:20,
2127:21, 2143:11,
2150:4, 2150:6,
2150:12

**documentary** [1] -
2143:5

**documents** [3] -
2007:22, 2100:23,
2142:21

**does** [34] - 2011:4,
2018:24, 2025:23,
2054:10, 2055:13,
2059:3, 2059:5,
2060:16, 2061:5,
2062:25, 2065:14,
2065:22, 2065:23,
2066:3, 2068:18,
2068:25, 2077:24,
2081:15, 2090:16,
2090:20, 2093:6,
2094:20, 2097:25,
2115:2, 2115:7,
2118:8, 2118:10,
2128:1, 2128:2,
2137:23, 2138:10,
2138:13, 2145:15,
2158:14

**Doesn't** [1] - 2099:11

**doesn't** [20] -
2018:16, 2018:18,
2055:8, 2066:13,
2066:18, 2078:11,
2079:19, 2081:6,

2081:7, 2093:11,
2099:10, 2120:15,
2120:16, 2128:22,
2129:4, 2131:5,
2137:16, 2137:22,
2137:24

**dog** [4] - 2103:10,
2103:11, 2103:13,
2139:7

**doing** [27] - 2007:19,
2014:10, 2024:12,
2028:2, 2031:20,
2033:24, 2072:20,
2073:10, 2073:24,
2075:11, 2076:15,
2080:2, 2080:13,
2101:6, 2101:10,
2101:15, 2101:20,
2101:21, 2107:18,
2118:25, 2119:17,
2121:20, 2122:9,
2123:14, 2134:13,
2136:14, 2156:6

**dollar** [6] - 2025:19,
2025:20, 2025:24,
2026:4, 2026:10,
2026:15

**DOMENGEAUX** [1] -
1999:3

**DOMINION** [1] -
2000:4

**Don** [12] - 2008:10,
2029:8, 2034:11,
2047:13, 2097:4,
2097:20, 2098:13,
2124:9, 2124:24,
2127:14, 2127:15

**DON** [1] - 2002:21

**Don't** [1] - 2108:17

**don't** [116] - 2009:4,
2012:13, 2013:18,
2014:2, 2015:4,
2021:10, 2020:23,
2025:25, 2029:11,
2030:1, 2031:8,
2031:25, 2033:8,
2034:22, 2035:13,
2035:18, 2035:21,
2038:25, 2043:18,
2043:19, 2045:1,
2045:17, 2045:20,
2046:24, 2047:7,
2047:22, 2050:3,
2050:4, 2050:12,
2052:12, 2052:16,
2052:22, 2053:19,
2055:7, 2055:13,
2057:14, 2057:19,
2057:24, 2061:10,
2062:13, 2064:22,

2068:6, 2073:21,
2074:17, 2080:8,
2082:3, 2087:4,
2087:5, 2088:21,
2091:9, 2093:10,
2097:15, 2099:13,
2101:13, 2101:25,
2103:17, 2105:21,
2106:9, 2106:25,
2107:7, 2109:22,
2110:12, 2111:5,
2111:9, 2111:10,
2111:16, 2111:20,
2111:23, 2111:24,
2112:4, 2113:1,
2115:17, 2115:18,
2115:20, 2116:6,
2117:16, 2120:6,
2123:3, 2123:17,
2124:17, 2125:6,
2125:10, 2128:20,
2130:7, 2130:15,
2130:16, 2130:17,
2130:19, 2130:20,
2130:23, 2133:15,
2134:4, 2139:5,
2140:21, 2141:16,
2142:2, 2144:13,
2145:18, 2147:16,
2148:3, 2148:23,
2153:3, 2154:14,
2154:17, 2154:23,
2155:8, 2156:18,
2157:1, 2158:17,
2159:1, 2160:4,
2160:6, 2162:20

**DONALD** [1] -
2004:22

**done** [30] - 2027:13,
2028:1, 2036:13,
2039:11, 2045:19,
2050:15, 2070:12,
2071:1, 2071:10,
2076:6, 2076:11,
2078:19, 2081:19,
2091:7, 2092:12,
2098:19, 2098:22,
2098:25, 2099:8,
2099:18, 2101:5,
2104:15, 2104:19,
2115:13, 2144:19,
2146:18, 2148:10,
2153:4, 2161:18,
2163:1

**door** [1] - 2007:11

**dot** [2] - 2017:17,
2066:20

**dots** [1] - 2017:19

**doubt** [3] - 2123:17,
2160:3, 2160:5

doughnut [1] - 2071:8

doughnut-shaped [1] - 2071:8

DOUGLAS [1] - 2002:15

down [76] - 2007:16, 2007:17, 2007:19, 2017:5, 2017:14, 2017:17, 2018:1, 2018:6, 2018:15, 2021:9, 2028:15, 2028:17, 2028:19, 2036:19, 2037:22, 2037:23, 2044:15, 2045:11, 2046:4, 2046:17, 2067:21, 2068:13, 2068:16, 2068:21, 2068:25, 2069:1, 2069:2, 2069:5, 2070:7, 2070:8, 2071:19, 2072:6, 2072:14, 2072:18, 2073:15, 2073:16, 2073:25, 2074:1, 2074:3, 2074:4, 2074:9, 2075:23, 2076:13, 2078:9, 2079:13, 2080:9, 2081:21, 2087:22, 2098:9, 2107:23, 2111:18, 2114:3, 2114:8, 2116:7, 2116:19, 2119:13, 2119:20, 2120:2, 2122:24, 2125:25, 2126:8, 2133:7, 2133:16, 2134:1, 2136:2, 2142:9, 2147:10, 2151:8, 2151:9, 2153:12, 2154:6, 2158:24, 2159:2, 2159:16, 2161:22

downhole [1] - 2157:20

DOYEN [20] - 2003:22, 2105:15, 2105:18, 2105:22, 2105:23, 2112:18, 2121:16, 2122:4, 2125:8, 2125:14, 2125:19, 2125:21, 2126:25, 2127:2, 2127:24, 2129:24, 2132:6, 2132:7, 2136:17, 2144:20

Doyen [8] - 2006:16, 2105:15, 2137:17, 2139:19, 2143:2,

2143:18, 2143:25, 2160:20

Doyen's [4] - 2142:20, 2157:11, 2160:7, 2161:8

draft [1] - 2142:2

DRESCHER [1] - 1999:18

drew [2] - 2027:6, 2133:15

drill [126] - 2013:14, 2013:17, 2013:20, 2018:25, 2019:2, 2019:5, 2019:17, 2019:20, 2020:24, 2021:3, 2021:8, 2027:22, 2027:24, 2028:2, 2038:11, 2038:14, 2045:18, 2054:19, 2057:12, 2068:13, 2068:16, 2070:21, 2070:22, 2071:9, 2071:13, 2072:13, 2072:18, 2074:3, 2074:9, 2075:9, 2076:11, 2077:11, 2077:13, 2077:15, 2077:17, 2078:6, 2078:20, 2079:21, 2080:5, 2080:14, 2080:15, 2080:16, 2080:18, 2081:4, 2081:11, 2083:8, 2084:2, 2084:9, 2084:13, 2084:19, 2084:20, 2085:5, 2085:6, 2085:20, 2094:5, 2095:2, 2095:22, 2096:10, 2102:4, 2102:5, 2102:19, 2102:25, 2103:13, 2103:21, 2103:22, 2103:25, 2104:3, 2104:5, 2104:17, 2104:20, 2114:18, 2115:16, 2115:18, 2115:25, 2117:17, 2117:18, 2117:23, 2117:25, 2118:8, 2118:19, 2118:24, 2119:1, 2119:3, 2119:18, 2119:22, 2120:6, 2121:7, 2121:9, 2121:19, 2121:20, 2122:1, 2122:9, 2122:15, 2122:20, 2124:10, 2125:25, 2126:6, 2127:17, 2127:21,

2127:25, 2128:3, 2128:6, 2129:12, 2129:17, 2129:20, 2129:23, 2130:3, 2131:9, 2133:17, 2140:14, 2140:17, 2141:10, 2148:1, 2148:4, 2148:7, 2148:9, 2160:20, 2160:24, 2161:15, 2161:22, 2162:9, 2162:10, 2162:14

drilled [9] - 2014:21, 2014:22, 2014:24, 2015:11, 2025:16, 2061:24, 2071:4, 2071:22, 2076:20

driller [21] - 2045:25, 2046:3, 2059:20, 2061:17, 2086:5, 2095:22, 2095:24, 2096:10, 2100:12, 2103:7, 2103:22, 2104:5, 2104:21, 2128:7, 2128:22, 2129:25, 2130:3, 2132:2, 2135:24, 2136:2, 2136:7

driller's [2] - 2127:18, 2131:19

drillers [5] - 2015:9, 2063:10, 2071:23, 2100:11, 2103:15

Drilling [3] - 2011:9, 2062:3, 2063:19

DRILLING [1] - 2003:12

drilling [64] - 2012:19, 2013:9, 2017:24, 2017:25, 2018:8, 2018:12, 2019:18, 2021:14, 2021:19, 2022:2, 2022:5, 2023:3, 2023:6, 2023:17, 2023:18, 2025:13, 2025:17, 2027:6, 2028:6, 2028:11, 2056:19, 2056:20, 2057:21, 2058:11, 2060:10, 2060:11, 2060:16, 2060:17, 2061:7, 2062:5, 2062:22, 2063:5, 2063:6, 2063:21, 2063:23, 2064:11, 2067:23, 2068:12, 2068:13, 2068:14, 2068:15, 2073:8, 2073:16, 2074:2,

2074:6, 2074:13, 2075:15, 2075:16, 2079:12, 2080:6, 2086:4, 2089:8, 2094:17, 2094:25, 2096:24, 2101:10, 2102:10, 2135:11, 2145:5, 2145:9, 2150:25, 2154:2, 2154:4

drills [1] - 2027:19

drive [2] - 2008:24, 2067:3

DRIVE [2] - 2000:4, 2000:8

drop [5] - 2020:23, 2133:17, 2133:19, 2133:25, 2134:7

dropping [2] - 2079:11, 2079:13

drops [3] - 2021:2, 2133:4, 2133:5

due [1] - 2107:20

Duke [1] - 2056:7

dump [5] - 2074:17, 2127:7, 2127:9, 2127:10, 2153:6

dumped [1] - 2127:8

during [28] - 2008:11, 2009:8, 2012:2, 2013:3, 2023:17, 2023:18, 2027:4, 2029:18, 2030:8, 2030:17, 2033:1, 2035:4, 2035:16, 2069:20, 2098:12, 2100:13, 2102:23, 2106:20, 2108:1, 2128:13, 2129:12, 2140:10, 2146:7, 2146:22, 2157:13, 2157:16, 2158:3, 2161:13

E

E [6] - 2004:22, 2005:7, 2006:1, 2007:4, 2058:18

e [19] - 2034:7, 2034:25, 2042:1, 2042:10, 2042:22, 2046:12, 2047:10, 2109:24, 2111:8, 2111:15, 2112:1, 2112:3, 2112:9, 2143:18, 2143:22, 2144:24, 2155:10

e-docs [3] - 2110:24,

2111:8, 2112:9

e-mail [14] - 2034:7, 2042:1, 2042:10, 2042:22, 2046:12, 2047:10, 2109:24, 2111:15, 2112:1, 2112:3, 2112:9, 2143:18, 2144:24, 2155:10

e-mailed [1] - 2143:22

e-mails [1] - 2034:25

each [15] - 2010:25, 2013:14, 2014:3, 2014:8, 2016:14, 2016:21, 2016:25, 2017:18, 2057:3, 2070:24, 2113:4, 2148:21, 2149:5

Earl [1] - 2032:13

earlier [14] - 2026:9, 2056:8, 2071:1, 2071:10, 2080:8, 2115:24, 2125:23, 2132:8, 2134:16, 2134:21, 2156:2, 2157:20, 2158:5, 2160:15

early [5] - 2030:20, 2045:4, 2057:7, 2116:11, 2117:20

easiest [1] - 2099:22

easily [2] - 2163:8, 2163:10

EASTERN [1] - 1998:2

Eastern [1] - 2164:5

easy [1] - 2088:16

ECD [4] - 2018:21, 2019:7, 2021:9, 2056:18

ECD's [2] - 2018:16

EDWARDS [1] - 1999:3

eerily [3] - 2106:10, 2139:24, 2140:2

effect [16] - 2053:7, 2053:9, 2055:13, 2079:18, 2082:11, 2082:23, 2091:1, 2092:24, 2093:3, 2093:4, 2094:1, 2094:20, 2095:3, 2133:10, 2144:14, 2157:6

effectively [3] - 2032:22, 2084:16, 2112:14

effort [1] - 2161:24

efforts [1] - 2116:17

**eight** [6] - 2022:9, 2022:14, 2027:10, 2030:19, 2034:1, 2161:12

**eighth** [1] - 2044:10

**either** [18] - 2026:14, 2033:4, 2041:13, 2043:4, 2049:14, 2061:12, 2062:25, 2064:19, 2083:21, 2099:24, 2111:14, 2129:4, 2129:7, 2130:20, 2137:6, 2144:11, 2154:24

**elastomer** [1] - 2055:11

**electrical** [1] - 2023:15

**element** [2] - 2079:14, 2161:23

**elements** [1] - 2010:9

**eleven** [1] - 2072:8

**eliminate** [1] - 2118:4

**eliminated** [2] - 2096:16, 2118:3

**ELIZABETH** [1] - 2001:23

**ELLIS** [1] - 2003:6

**ELM** [1] - 2004:24

**else** [8] - 2007:18, 2024:2, 2071:25, 2078:3, 2088:14, 2109:11, 2131:2, 2148:18

**emergency** [1] - 2096:3

**emphasize** [2] - 2108:13, 2118:6

**employ** [2] - 2061:9, 2061:11

**employee** [3] - 2033:16, 2034:3, 2060:1

**employees** [4] - 2030:15, 2031:15, 2033:6, 2033:21

**empty** [1] - 2007:17

**emptying** [2] - 2074:17, 2146:22

**encountering** [1] - 2056:17

**end** [6] - 2019:21, 2100:6, 2122:14, 2141:20, 2151:17, 2153:10

**ended** [3] - 2022:2, 2029:16, 2122:14

**ENERGY** [2] -

2003:14, 2004:21

**ENFORCEMENT** [1] - 2001:9

**engineer** [12] - 2010:22, 2011:19, 2011:25, 2012:16, 2028:13, 2038:13, 2040:4, 2094:17, 2094:25, 2096:24, 2102:10, 2127:12

**engineering** [4] - 2053:25, 2086:15, 2086:17, 2093:1

**engineers** [14] - 2015:1, 2015:11, 2028:9, 2034:25, 2035:1, 2035:8, 2041:2, 2041:7, 2043:13, 2044:8, 2063:19, 2063:21, 2090:24, 2121:10

**English** [2] - 2090:3, 2090:6

**enough** [5] - 2048:18, 2070:12, 2083:1, 2127:6, 2146:22

**ensure** [1] - 2159:9

**entered** [3] - 2064:24, 2161:6, 2163:6

**entire** [3] - 2022:19, 2030:8, 2034:1

**entirely** [1] - 2049:10

**entities** [1] - 2063:4

**entitled** [2] - 2164:8

**environment** [1] - 2086:25

**ENVIRONMENT** [1] - 2001:8

**ENVIRONMENTAL** [1] - 2001:9

**equal** [3] - 2077:18, 2089:19, 2102:1

**equate** [1] - 2061:11

**equation** [1] - 2016:23

**equipment** [8] - 2012:15, 2023:15, 2026:1, 2026:2, 2026:8, 2039:20, 2039:21, 2151:24

**erode** [1] - 2055:10

**especially** [4] - 2013:16, 2023:25, 2057:20, 2135:14

**ESQ** [55] - 1999:3, 1999:7, 1999:11, 1999:14, 1999:18, 1999:22, 2000:3,

2000:7, 2000:11, 2000:14, 2000:18, 2000:21, 2001:4, 2001:9, 2001:10, 2001:10, 2001:11, 2001:11, 2001:15, 2001:16, 2001:16, 2001:17, 2001:17, 2001:22, 2001:22, 2002:4, 2002:5, 2002:15, 2002:15, 2002:21, 2003:3, 2003:7, 2003:7, 2003:8, 2003:14, 2003:18, 2003:18, 2003:22, 2003:22, 2003:23, 2004:3, 2004:7, 2004:12, 2004:15, 2004:16, 2004:16, 2004:17, 2004:22, 2004:22, 2004:23, 2005:3, 2005:7, 2005:7, 2005:8

**essentially** [7] - 2018:13, 2095:1, 2101:22, 2115:3, 2145:10, 2145:11, 2149:14

**establish** [1] - 2053:10

**established** [4] - 2022:4, 2087:5, 2089:25, 2129:16

**estimate** [1] - 2030:7

**estimated** [1] - 2058:2

**ET** [2] - 1998:13, 1998:16

**even** [13] - 2007:9, 2007:12, 2019:6, 2033:15, 2068:5, 2070:8, 2070:9, 2092:20, 2093:3, 2120:21, 2122:24, 2129:17, 2138:18

**evening** [8] - 2137:4, 2146:9, 2146:19, 2147:8, 2148:2, 2149:13, 2158:21, 2159:14

**event** [18] - 2051:24, 2056:16, 2078:15, 2100:6, 2101:13, 2106:4, 2106:12, 2106:13, 2107:13, 2107:20, 2108:22, 2108:24, 2109:1, 2109:3, 2139:19, 2141:11, 2142:18,

2145:20

**events** [9] - 2020:2, 2020:3, 2023:17, 2060:6, 2078:25, 2140:11, 2142:1, 2145:23, 2160:13

**eventually** [2] - 2076:16, 2122:8

**ever** [24] - 2015:13, 2020:1, 2020:22, 2021:16, 2021:17, 2022:5, 2024:1, 2024:4, 2025:3, 2025:8, 2025:16, 2026:10, 2026:15, 2031:12, 2031:15, 2032:17, 2032:18, 2042:16, 2059:11, 2061:21, 2061:23, 2064:10, 2064:18

**every** [17] - 2013:25, 2017:18, 2017:19, 2017:20, 2019:19, 2023:3, 2025:19, 2025:20, 2025:24, 2026:4, 2026:10, 2026:15, 2045:15, 2051:13, 2119:20, 2131:3

**everybody** [4] - 2027:18, 2027:20, 2044:6, 2044:7

**everyone** [2] - 2007:7, 2105:7

**Everything** [1] - 2042:24

**everything** [3] - 2043:4, 2126:12, 2136:7

**everywhere** [1] - 2063:7

**evidence** [19] - 2008:3, 2008:19, 2053:6, 2064:24, 2094:9, 2094:16, 2094:19, 2098:5, 2102:15, 2102:18, 2104:8, 2112:10, 2112:13, 2129:16, 2144:3, 2144:6, 2146:24, 2154:18, 2154:20

**exact** [7] - 2030:10, 2050:4, 2068:6, 2086:21, 2113:1, 2116:10, 2127:15

**exactly** [21] - 2032:8, 2035:14, 2035:22, 2043:18, 2049:16, 2063:7, 2074:15,

2081:22, 2095:1, 2109:1, 2111:1, 2116:19, 2117:24, 2118:4, 2123:5, 2124:19, 2132:22, 2137:17, 2151:1, 2159:12, 2162:17

**exam** [2] - 2026:23, 2028:25

**EXAMINATION** [9] - 2009:21, 2027:2, 2029:4, 2050:25, 2056:5, 2058:21, 2065:11, 2105:17, 2136:22

**Examination** [9] - 2006:6, 2006:7, 2006:8, 2006:9, 2006:10, 2006:14, 2006:15, 2006:16, 2006:17

**examination** [6] - 2007:25, 2008:12, 2008:17, 2009:16, 2102:23, 2105:16

**examining** [1] - 2136:25

**example** [7] - 2071:11, 2088:18, 2095:21, 2109:23, 2138:7, 2138:8, 2145:8

**except** [1] - 2138:25

**exchange** [1] - 2035:3

**exemptions** [1] - 2021:22

**exercise** [2] - 2058:3, 2088:9

**exercising** [1] - 2137:2

**exhaustive** [1] - 2154:10

**Exhibit** [7] - 2034:7, 2038:5, 2051:16, 2059:1, 2142:23, 2143:15, 2153:17

**exhibit** [5] - 2051:22, 2067:1, 2096:22, 2097:11, 2112:15

**exhibits** [11] - 2007:20, 2007:24, 2008:3, 2008:7, 2008:11, 2008:14, 2008:17, 2008:19, 2008:21, 2009:8, 2009:9

**exist** [2] - 2025:1, 2077:1

**existed** [3] -

2024:25, 2025:5, 2093:3

**existence** [1] - 2094:1

**expect** [6] - 2057:24, 2078:10, 2117:15, 2148:6, 2153:21, 2158:5

**expectation** [1] - 2148:8

**expedite** [2] - 2011:6, 2011:8

**expensive** [1] - 2026:2

**experience** [19] - 2013:13, 2015:15, 2016:3, 2018:7, 2019:16, 2019:22, 2020:14, 2021:6, 2029:19, 2045:23, 2050:7, 2137:21, 2140:25, 2145:15, 2148:4, 2150:13, 2151:7, 2156:20

**experienced** [1] - 2045:22

**expert** [9] - 2012:14, 2058:12, 2058:23, 2059:12, 2059:19, 2065:1, 2066:4, 2081:25, 2155:6

**expertise** [1] - 2068:8

**experts** [1] - 2070:7

**explain** [6] - 2016:7, 2067:8, 2075:12, 2093:3, 2093:25, 2151:18

**explained** [3] - 2071:10, 2094:6, 2148:13

**explanation** [3] - 2092:20, 2151:11, 2151:12

**exploration** [3] - 2057:21, 2057:24, 2089:5

**EXPLORATION** [2] - 1998:15, 2002:19

**expressed** [3] - 2115:6, 2120:13, 2156:15

**expressly** [1] - 2157:7

**extended** [1] - 2056:13

**extent** [4] - 2015:20, 2091:17, 2091:23, 2156:11

**extra** [1] - 2013:15

**extraordinarily** [1] - 2026:23

**extreme** [3] - 2060:19, 2060:23, 2091:12

**extremely** [4] - 2014:20, 2014:25, 2015:3, 2089:21

**eyes** [1] - 2129:2

**Ezell** [7] - 2007:22, 2007:25, 2008:7, 2008:20, 2027:7, 2096:5, 2143:9

**Ezell's** [4] - 2008:12, 2008:17, 2009:8, 2104:18

# F

**fact** [45] - 2016:4, 2017:3, 2020:14, 2023:20, 2026:4, 2039:11, 2040:15, 2053:2, 2053:8, 2060:8, 2062:21, 2082:9, 2087:1, 2097:25, 2100:25, 2101:4, 2102:4, 2102:10, 2103:2, 2106:12, 2107:3, 2107:17, 2108:17, 2109:6, 2109:14, 2111:6, 2111:21, 2113:8, 2116:17, 2117:13, 2117:17, 2119:12, 2119:15, 2120:8, 2121:7, 2127:7, 2127:17, 2129:16, 2130:21, 2132:16, 2132:24, 2134:3, 2135:10, 2146:24

**factor** [1] - 2073:21

**fail** [7] - 2054:16, 2054:22, 2086:12, 2086:13, 2086:20, 2086:21

**failed** [4] - 2108:1, 2109:17, 2112:10, 2120:1

**fails** [1] - 2142:7

**failure** [8] - 2107:20, 2118:23, 2118:24, 2119:9, 2119:10, 2120:2, 2122:10, 2139:18

**fair** [14] - 2013:8, 2120:14, 2123:14, 2131:20, 2131:22, 2135:6, 2135:10,

2135:13, 2137:12, 2140:3, 2146:22, 2148:22, 2150:14, 2161:10

**fairly** [4] - 2146:8, 2150:19, 2160:11, 2162:17

**falls** [1] - 2156:1

**familiar** [10] - 2024:16, 2025:20, 2052:19, 2052:21, 2111:1, 2150:5, 2150:6, 2150:7, 2150:12, 2150:15

**FANNIN** [1] - 2003:19

**far** [14] - 2012:15, 2015:3, 2024:14, 2024:15, 2047:25, 2056:13, 2057:13, 2071:22, 2098:4, 2118:20, 2122:13, 2124:17, 2137:21, 2139:14

**fast** [2] - 2074:2, 2142:8

**fault** [2] - 2091:16, 2093:12

**faults** [1] - 2018:2

**fed** [1] - 2151:25

**federal** [2] - 2062:25, 2063:4

**feel** [11] - 2025:8, 2025:12, 2025:15, 2072:11, 2073:5, 2077:9, 2082:17, 2084:15, 2088:25, 2089:16, 2090:19

**feet** [18] - 2019:17, 2019:18, 2019:19, 2057:12, 2057:13, 2057:22, 2068:5, 2072:3, 2072:4, 2072:7, 2072:14, 2076:3, 2076:4, 2103:16, 2114:8, 2114:19

**fell** [2] - 2089:19, 2101:25

**felt** [2] - 2106:8, 2107:12

**few** [16] - 2027:5, 2029:9, 2051:5, 2051:15, 2056:4, 2056:7, 2059:10, 2061:20, 2079:6, 2101:11, 2137:18, 2139:19, 2142:14, 2144:9, 2154:4, 2157:18

**fewer** [1] - 2040:8

**field** [15] - 2088:6, 2088:8, 2088:10, 2089:20, 2091:12, 2091:25, 2092:25, 2124:22, 2124:23, 2125:2, 2125:3, 2125:9, 2156:1, 2156:10, 2156:24

**fifth** [1] - 2140:22

**figure** [6] - 2101:6, 2117:1, 2118:15, 2118:16, 2134:6, 2136:2

**filed** [2] - 2083:25, 2084:3

**filled** [3] - 2076:11, 2080:10

**filling** [1] - 2080:5

**final** [10] - 2035:16, 2038:8, 2043:10, 2043:16, 2043:24, 2044:8, 2045:24, 2078:25, 2083:16, 2096:19

**finally** [3] - 2108:4, 2111:12, 2122:6

**find** [7] - 2077:3, 2078:10, 2086:9, 2088:9, 2151:11, 2151:12, 2161:9

**finding** [6] - 2010:17, 2010:21, 2011:15, 2011:21, 2012:4, 2012:10

**fine** [2] - 2110:21, 2126:12

**finger** [1] - 2016:10

**finish** [1] - 2024:1

**finished** [7] - 2017:6, 2017:22, 2022:16, 2049:15, 2060:18, 2075:6, 2075:15

**finishing** [1] - 2073:24

**FIRM** [2] - 2000:10, 2000:21

**first** [25] - 2017:17, 2019:11, 2019:25, 2020:4, 2021:7, 2022:25, 2035:10, 2039:20, 2039:24, 2095:14, 2098:13, 2099:24, 2111:21, 2114:3, 2115:13, 2115:16, 2115:18, 2150:3, 2150:21, 2150:23, 2151:22, 2158:12, 2161:6, 2161:24

**fit** [2] - 2067:13, 2159:1

**five** [11] - 2030:3, 2035:15, 2036:3, 2044:11, 2057:22, 2068:10, 2073:12, 2093:17, 2102:22, 2163:14, 2163:16

**flag** [1] - 2162:13

**flashing** [1] - 2085:24

**flat** [1] - 2016:9

**fleet** [1] - 2107:9

**flip** [1] - 2141:19

**flipped** [1] - 2134:19

**float** [4] - 2039:21, 2039:22, 2046:5, 2069:20

**FLOOR** [3] - 1999:22, 2001:5, 2003:23

**floor** [11] - 2014:20, 2072:1, 2072:4, 2094:6, 2126:8, 2126:11, 2127:12, 2127:20, 2140:17, 2155:12, 2155:14

**flow** [77] - 2018:4, 2028:4, 2055:9, 2077:12, 2078:8, 2080:16, 2081:20, 2083:22, 2084:6, 2084:18, 2085:9, 2085:11, 2085:18, 2092:16, 2095:2, 2097:15, 2109:12, 2109:16, 2118:20, 2119:22, 2120:9, 2120:11, 2120:13, 2121:9, 2121:18, 2122:16, 2124:2, 2134:16, 2134:21, 2140:13, 2140:22, 2140:25, 2147:7, 2149:3, 2149:17, 2149:18, 2149:25, 2150:22, 2151:15, 2152:2, 2152:9, 2152:10, 2152:13, 2152:14, 2152:23, 2153:7, 2153:11, 2153:13, 2155:2, 2155:12, 2155:13, 2155:20, 2158:13, 2158:14, 2158:17, 2158:21, 2159:3, 2159:4, 2159:6, 2159:9, 2159:14, 2159:17, 2159:24, 2159:25,

2161:13, 2161:16,
2162:6, 2162:17,
2162:23, 2163:2,
2163:3
  **flow-in** [1] - 2109:12
  **flow-out** [1] - 2147:7
  **flowed** [1] - 2081:21
  **flowing** [4] -
2055:17, 2077:12,
2158:16, 2159:15
  **flowout** [7] -
2153:16, 2154:15,
2154:16, 2155:1,
2157:20, 2158:23
  **flows** [1] - 2084:6
  **FLOYD** [1] - 2004:22
  **Floyd** [1] - 2136:24
  **fluid** [23] - 2016:17,
2017:15, 2018:13,
2018:15, 2019:4,
2019:5, 2039:7,
2039:8, 2048:1,
2078:7, 2079:11,
2083:6, 2084:6,
2116:22, 2117:22,
2141:7, 2145:19,
2147:7, 2147:15,
2153:1, 2153:3,
2153:6, 2162:14
  **fluids** [4] - 2074:18,
2074:19, 2095:17,
2117:16
  **flushing** [1] -
2146:12
  **foam** [1] - 2070:9
  **focus** [4] - 2089:14,
2095:7, 2097:3,
2102:3
  **focused** [1] -
2108:18
  **folder** [1] - 2020:19
  **folks** [10] - 2015:12,
2021:1, 2034:8,
2041:8, 2041:9,
2052:2, 2064:14,
2070:1, 2074:10,
2085:10
  **follow** [5] - 2009:25,
2036:20, 2056:7,
2062:19, 2110:16
  **follow-up** [3] -
2009:25, 2056:7,
2110:16
  **following** [1] -
2114:7
  **FOLLOWS** [1] -
2058:15
  **follows** [1] - 2115:1
  **foot** [5] - 2013:20,
2014:22, 2014:24,

2047:23, 2047:25
  **footnote** [1] -
2082:15
  **Footnote** [1] -
2065:14
  **for** [196] - 2008:2,
2008:10, 2008:16,
2009:7, 2009:9,
2010:9, 2010:16,
2013:6, 2013:11,
2014:25, 2015:4,
2015:10, 2015:15,
2015:20, 2017:18,
2017:20, 2018:20,
2020:10, 2022:2,
2022:9, 2022:14,
2022:19, 2023:1,
2024:9, 2024:13,
2025:16, 2025:17,
2026:2, 2026:8,
2026:9, 2027:5,
2027:8, 2027:21,
2028:6, 2028:7,
2028:9, 2028:25,
2029:9, 2031:7,
2031:10, 2032:9,
2032:11, 2032:18,
2032:22, 2033:2,
2033:10, 2034:1,
2034:3, 2034:18,
2036:22, 2038:8,
2038:18, 2040:21,
2041:1, 2041:2,
2042:12, 2047:14,
2047:18, 2049:1,
2049:25, 2051:5,
2051:7, 2052:9,
2052:16, 2052:17,
2053:23, 2054:2,
2054:22, 2055:1,
2055:5, 2056:2,
2058:16, 2059:12,
2059:23, 2061:23,
2061:24, 2062:22,
2063:11, 2063:18,
2064:19, 2066:8,
2066:16, 2069:18,
2069:23, 2070:9,
2071:6, 2071:7,
2071:11, 2071:19,
2072:10, 2072:18,
2073:14, 2076:13,
2083:21, 2084:5,
2084:18, 2085:3,
2085:4, 2086:25,
2087:1, 2087:4,
2088:14, 2088:18,
2089:1, 2089:5,
2089:6, 2090:7,
2090:10, 2090:24,
2091:2, 2091:9,

2091:15, 2093:16,
2094:6, 2094:11,
2095:14, 2095:20,
2095:21, 2096:5,
2096:14, 2098:2,
2098:10, 2098:11,
2098:16, 2100:12,
2101:4, 2101:23,
2102:4, 2102:10,
2103:8, 2105:15,
2107:14, 2108:9,
2109:20, 2109:23,
2110:10, 2112:20,
2113:9, 2115:19,
2115:21, 2118:20,
2118:25, 2119:3,
2120:9, 2120:16,
2120:25, 2121:24,
2121:25, 2123:8,
2123:14, 2124:21,
2126:14, 2128:9,
2129:2, 2135:9,
2135:14, 2136:24,
2136:25, 2137:9,
2138:1, 2138:7,
2138:8, 2138:13,
2138:19, 2139:15,
2142:8, 2142:17,
2144:7, 2145:1,
2145:8, 2145:16,
2146:10, 2147:10,
2148:4, 2151:11,
2151:20, 2152:25,
2153:24, 2154:1,
2154:12, 2154:17,
2154:23, 2158:16,
2158:24, 2159:8,
2159:16, 2159:17,
2159:19, 2161:15,
2163:16
  **FOR** [9] - 1999:3,
2001:3, 2002:3,
2002:8, 2002:19,
2003:11, 2004:11,
2004:20, 2005:6
  **force** [1] - 2018:14
  **foregoing** [1] -
2164:6
  **forever** [1] - 2051:12
  **forget** [1] - 2123:5
  **forgot** [1] - 2072:5
  **form** [1] - 2041:19
  **formation** [20] -
2013:20, 2016:18,
2016:20, 2017:5,
2017:8, 2017:12,
2018:1, 2018:6,
2018:14, 2030:7,
2030:8, 2037:23,
2038:1, 2071:4,

2076:23, 2078:3,
2083:14, 2119:15,
2120:22, 2142:7
  **forming** [1] -
2145:22
  **fortunately** [1] -
2138:24
  **forward** [7] -
2035:11, 2073:3,
2088:7, 2123:21,
2123:24, 2141:19,
2155:19
  **found** [3] - 2014:19,
2015:2, 2041:9
  **foundation** [4] -
2052:13, 2052:17,
2081:24, 2103:17
  **four** [11] - 2008:3,
2030:3, 2035:15,
2046:5, 2046:6,
2046:11, 2057:22,
2093:17, 2102:22,
2113:5
  **fourth** [1] - 2151:2
  **fracture** [7] -
2014:18, 2017:8,
2021:23, 2056:13,
2057:13, 2057:15,
2065:19
  **fractures** [1] - 2018:2
  **fracturing** [1] -
2017:12
  **frame** [8] - 2080:8,
2084:9, 2100:15,
2113:2, 2124:21,
2124:22, 2126:20,
2161:24
  **frames** [1] - 2080:9
  **FRANCISCO** [1] -
2001:6
  **FRANKLIN** [1] -
2001:23
  **FRAUD** [1] - 2001:21
  **free** [6] - 2072:12,
2073:5, 2077:9,
2084:15, 2088:25,
2089:16
  **FRILOT** [1] - 2003:13
  **from** [97] - 2015:3,
2020:22, 2021:16,
2021:17, 2021:22,
2025:7, 2026:14,
2031:19, 2034:7,
2035:23, 2040:2,
2040:19, 2041:16,
2043:18, 2044:4,
2044:20, 2045:6,
2048:3, 2050:2,
2052:14, 2054:15,
2058:7, 2064:15,

2067:18, 2068:3,
2071:24, 2072:1,
2072:4, 2072:5,
2072:7, 2072:10,
2073:15, 2074:20,
2076:4, 2077:14,
2078:2, 2078:21,
2081:25, 2083:13,
2083:14, 2089:17,
2091:12, 2091:24,
2092:21, 2094:2,
2096:21, 2098:21,
2100:6, 2104:23,
2105:12, 2105:13,
2106:14, 2107:15,
2112:11, 2113:3,
2114:16, 2114:17,
2114:18, 2117:2,
2117:4, 2117:5,
2117:7, 2117:21,
2119:4, 2119:12,
2120:6, 2121:7,
2121:20, 2122:15,
2122:16, 2122:20,
2122:23, 2122:25,
2128:1, 2133:7,
2134:15, 2134:16,
2136:3, 2137:21,
2138:19, 2139:8,
2143:18, 2145:6,
2147:18, 2147:19,
2148:1, 2153:10,
2154:15, 2154:21,
2155:10, 2155:18,
2156:10, 2156:24,
2158:3, 2164:7
  **front** [1] - 2059:1
  **FRUGE** [1] - 2000:14
  **full** [12] - 2022:15,
2039:3, 2039:11,
2073:9, 2079:12,
2080:6, 2098:10,
2098:11, 2098:18,
2099:11, 2099:17,
2099:18
  **function** [1] -
2012:14
  **fundamental** [2] -
2087:11, 2093:1
  **fundamentally** [1] -
2124:13
  **FUNDERBURK** [1] -
2005:8
  **further** [8] - 2011:12,
2058:7, 2078:12,
2107:23, 2111:18,
2112:1, 2119:11,
2136:17
  **future** [1] - 2034:16

# G

G [2] - 2003:18, 2007:4
gain [2] - 2057:14, 2057:15
gained [1] - 2057:13
gains [1] - 2141:3
gallon [2] - 2020:23, 2021:3
GANNAWAY [9] - 2004:16, 2051:1, 2051:16, 2051:17, 2052:24, 2053:8, 2053:12, 2053:15, 2055:24
Gannaway [2] - 2006:9, 2051:2
gaps [1] - 2069:5
gas [4] - 2049:3, 2145:20, 2153:21, 2163:6
GATE [1] - 2001:5
gate [1] - 2159:4
gave [1] - 2056:18
GAVIN [1] - 2004:23
gee [1] - 2117:1
GENERAL [3] - 2002:4, 2002:9, 2002:11
general [5] - 2070:23, 2072:5, 2089:3, 2152:20, 2152:22
GENERAL'S [1] - 2002:3
generally [12] - 2053:16, 2070:7, 2077:6, 2088:13, 2089:4, 2119:14, 2135:3, 2145:2, 2150:4, 2157:21, 2160:9, 2160:10
Geoff [1] - 2051:2
GEOFFREY [1] - 2004:16
geologist [2] - 2015:10, 2015:21
geologists [1] - 2047:8
geophysicist [1] - 2015:21
get [53] - 2011:25, 2013:16, 2014:2, 2014:6, 2016:16, 2018:25, 2019:4, 2021:11, 2021:12, 2021:21, 2024:2, 2026:1, 2026:3,

2028:24, 2036:14, 2037:8, 2037:22, 2037:23, 2039:5, 2041:14, 2044:6, 2044:19, 2047:22, 2048:18, 2057:15, 2063:15, 2065:5, 2065:17, 2067:1, 2069:8, 2076:1, 2079:5, 2079:24, 2080:22, 2095:10, 2099:18, 2099:25, 2106:15, 2107:3, 2116:7, 2119:18, 2120:1, 2122:6, 2122:8, 2123:18, 2123:19, 2127:1, 2131:15, 2133:8, 2134:5, 2134:15, 2136:8, 2138:24
gets [3] - 2016:9, 2048:18, 2145:20
getting [8] - 2026:8, 2035:16, 2049:1, 2049:3, 2092:6, 2116:18, 2134:16
give [10] - 2009:4, 2013:5, 2016:11, 2020:20, 2030:10, 2048:8, 2099:20, 2101:24, 2110:21, 2136:6
given [9] - 2022:24, 2086:22, 2094:22, 2101:6, 2101:20, 2102:15, 2142:16, 2144:18, 2157:24
giving [2] - 2045:5, 2098:21
glad [1] - 2099:12
Global [1] - 2142:25
globally [1] - 2143:6
GmbH [1] - 1998:13
go [51] - 2007:17, 2011:12, 2014:13, 2016:13, 2017:1, 2017:3, 2019:12, 2024:7, 2024:10, 2024:11, 2030:20, 2035:24, 2037:24, 2039:17, 2042:23, 2043:4, 2044:15, 2044:23, 2045:11, 2045:17, 2046:4, 2046:17, 2059:9, 2067:7, 2070:13, 2079:7, 2079:23, 2082:7, 2087:21, 2087:22, 2087:24, 2091:9, 2092:11,

2096:18, 2098:9, 2110:21, 2118:6, 2118:19, 2126:17, 2135:14, 2137:17, 2141:19, 2142:5, 2142:15, 2150:8, 2154:6, 2155:15, 2159:6, 2160:19, 2161:16, 2161:22
GODWIN [17] - 2004:21, 2004:22, 2005:3, 2008:10, 2028:23, 2029:5, 2041:23, 2041:24, 2044:12, 2044:14, 2048:9, 2048:13, 2049:7, 2049:15, 2049:18, 2049:24, 2050:19
Godwin [5] - 2006:8, 2008:10, 2029:8, 2044:13, 2049:12
goes [11] - 2016:17, 2036:22, 2074:4, 2081:12, 2082:17, 2107:9, 2127:12, 2127:17, 2134:14, 2151:9, 2160:24
going [95] - 2007:14, 2007:21, 2023:24, 2024:11, 2026:21, 2026:23, 2028:24, 2029:8, 2035:22, 2039:8, 2040:12, 2042:7, 2043:1, 2043:2, 2043:24, 2044:8, 2050:14, 2051:16, 2052:13, 2052:24, 2053:6, 2057:8, 2059:9, 2061:9, 2061:10, 2065:4, 2065:5, 2065:17, 2065:19, 2065:23, 2066:7, 2066:22, 2067:7, 2067:10, 2067:21, 2068:6, 2070:6, 2070:13, 2072:9, 2072:12, 2072:15, 2072:17, 2073:6, 2073:19, 2074:2, 2074:7, 2075:11, 2075:12, 2075:15, 2076:18, 2077:1, 2078:5, 2079:1, 2079:8, 2081:3, 2083:5, 2083:24, 2084:15, 2087:24, 2088:11, 2089:9, 2089:13, 2091:13, 2098:20, 2107:2,

2114:10, 2116:24, 2118:4, 2121:11, 2122:23, 2123:7, 2124:22, 2126:9, 2129:15, 2133:8, 2134:10, 2136:2, 2137:17, 2138:16, 2138:24, 2142:8, 2146:2, 2146:7, 2147:16, 2148:2, 2148:18, 2148:20, 2149:9, 2149:11, 2155:17, 2156:7, 2159:18, 2162:21, 2163:14
gold [3] - 2028:24, 2140:25, 2149:15
GOLDEN [1] - 2001:5
gone [3] - 2078:22, 2095:22, 2126:8
Good [3] - 2104:13, 2136:6, 2136:12
good [52] - 2007:7, 2008:10, 2009:23, 2009:24, 2026:22, 2029:6, 2029:7, 2048:25, 2051:2, 2051:4, 2055:18, 2067:11, 2070:12, 2075:10, 2076:8, 2081:4, 2081:7, 2081:13, 2081:14, 2083:1, 2083:10, 2083:11, 2088:6, 2088:8, 2088:10, 2089:3, 2089:5, 2089:20, 2091:12, 2091:24, 2092:5, 2092:25, 2094:14, 2098:3, 2099:25, 2100:1, 2105:15, 2105:19, 2105:20, 2108:19, 2124:22, 2124:23, 2125:2, 2125:8, 2131:25, 2135:24, 2136:14, 2138:10, 2156:1, 2156:10, 2156:24
got [24] - 2015:1, 2017:1, 2018:3, 2018:19, 2022:16, 2044:20, 2047:15, 2051:19, 2056:24, 2065:22, 2077:4, 2077:5, 2080:13, 2086:14, 2088:25, 2089:22, 2096:8, 2102:1, 2102:7, 2113:23, 2118:7,

2126:18, 2161:20, 2163:6
gotcha [1] - 2083:24
gotten [2] - 2144:15, 2162:12
government [3] - 2020:10, 2062:25, 2063:4
governments [1] - 2063:5
grade [1] - 2057:13
gradient [5] - 2056:14, 2057:16, 2065:19, 2115:11, 2152:4
gradients [2] - 2014:19, 2021:23
gradually [1] - 2017:17
GRAND [1] - 2003:23
graph [5] - 2014:12, 2014:14, 2016:9, 2016:13, 2016:23
graphic [3] - 2084:24, 2085:11, 2086:7
graphs [3] - 2100:10, 2100:16, 2100:18
gray [4] - 2070:2, 2071:1, 2086:10, 2086:11
greater [1] - 2076:23
green [7] - 2066:20, 2072:24, 2073:1, 2084:7, 2085:8, 2085:17, 2085:18
Greg [3] - 2034:22, 2034:23, 2035:3
gross [4] - 2091:12, 2091:17, 2094:3
grossly [1] - 2092:25
ground [1] - 2125:16
GROUP [1] - 2000:7
GUERRA [1] - 2000:3
guess [2] - 2009:14, 2094:7
guidance [5] - 2051:14, 2052:1, 2054:15, 2055:1, 2055:16
Guide [5] - 2015:10, 2034:20, 2035:7, 2040:11, 2041:9
guide [3] - 2024:24, 2026:14, 2057:20
Guidelines [1] - 2150:4
guidelines [1] - 2150:9

**Gulf** [6] - 2013:6, 2018:7, 2067:25, 2112:12, 2127:10, 2142:18
**GULF** [1] - 1998:6
**guy** [3] - 2011:18, 2032:6, 2102:5
**guys** [4] - 2033:11, 2062:22, 2123:17, 2126:10

# H

**H** [1] - 2058:18
**H-E-E-N-A-N** [1] - 2058:18
**had** [123] - 2010:1, 2010:23, 2012:13, 2012:17, 2013:3, 2014:2, 2015:2, 2015:3, 2017:8, 2020:1, 2020:14, 2020:15, 2020:16, 2020:24, 2021:20, 2023:14, 2023:15, 2023:17, 2024:15, 2026:4, 2026:7, 2027:7, 2027:13, 2027:17, 2027:19, 2031:8, 2031:9, 2033:11, 2033:20, 2035:13, 2035:15, 2037:9, 2037:25, 2038:9, 2040:12, 2041:11, 2041:14, 2042:9, 2042:12, 2042:16, 2042:19, 2043:3, 2045:5, 2045:9, 2046:7, 2046:9, 2046:10, 2047:5, 2047:11, 2047:14, 2047:18, 2048:6, 2048:15, 2050:3, 2061:1, 2064:21, 2066:11, 2066:15, 2082:11, 2082:23, 2083:16, 2085:10, 2085:12, 2094:4, 2095:11, 2095:13, 2095:15, 2095:20, 2095:21, 2095:23, 2097:21, 2098:12, 2100:25, 2101:4, 2102:3, 2104:1, 2104:3, 2104:5, 2104:11, 2104:15, 2104:19, 2104:21, 2105:25, 2106:7, 2106:21, 2107:13, 2107:24,

2109:20, 2110:22, 2111:4, 2111:9, 2111:25, 2112:19, 2112:20, 2113:5, 2113:9, 2113:14, 2114:15, 2118:18, 2122:15, 2122:16, 2122:18, 2122:21, 2123:7, 2124:15, 2124:24, 2125:24, 2126:8, 2127:4, 2130:15, 2139:1, 2139:5, 2143:12, 2143:21, 2144:15, 2145:22, 2153:20, 2154:4, 2154:23, 2162:3, 2163:1
**hadn't** [5] - 2040:11, 2041:20, 2043:3, 2044:25, 2112:1
**Hafle** [18] - 2034:20, 2035:8, 2094:17, 2094:25, 2095:21, 2096:24, 2097:25, 2098:17, 2099:6, 2100:24, 2101:24, 2102:16, 2124:5, 2124:15, 2124:24, 2126:1, 2139:6
**Hafle's** [5] - 2097:10, 2098:6, 2098:23, 2125:2, 2125:12
**half** [12] - 2013:24, 2013:25, 2014:3, 2016:14, 2016:15, 2016:20, 2016:25, 2017:2, 2020:23, 2021:3, 2021:21, 2027:9
**halfway** [1] - 2104:20
**hall** [2] - 2007:13, 2007:16
**Halliburton** [26] - 2008:11, 2028:22, 2029:8, 2030:15, 2031:1, 2031:20, 2032:18, 2032:22, 2033:6, 2033:10, 2033:13, 2033:16, 2034:3, 2044:5, 2045:7, 2136:19, 2136:20, 2136:24, 2137:3, 2138:6, 2138:25, 2139:2, 2139:12, 2145:11, 2145:15, 2153:23
**HALLIBURTON** [1] - 2004:20
**Halliburton's** [1] - 2008:14

**hand** [7] - 2007:21, 2039:16, 2039:18, 2058:13, 2121:9, 2121:18, 2142:25
**handbook** [2] - 2110:3, 2110:7
**hands** [1] - 2087:3
**handy** [1] - 2046:15
**hang** [1] - 2013:16
**hanger** [1] - 2013:19
**HANKEY** [1] - 2001:11
**happen** [3] - 2075:12, 2078:11, 2128:1
**happened** [12] - 2020:14, 2038:25, 2079:15, 2109:11, 2111:20, 2116:11, 2117:18, 2126:3, 2126:4, 2139:16, 2141:14, 2141:25
**happening** [7] - 2073:23, 2075:5, 2077:20, 2078:18, 2099:23, 2116:18, 2127:3
**happens** [3] - 2048:23, 2123:20, 2151:10
**happy** [2] - 2015:20, 2016:11
**hard** [5] - 2044:16, 2044:19, 2066:11, 2066:16, 2158:9
**hardly** [1] - 2057:14
**HARIKLIA** [1] - 2003:7
**Harrell** [1] - 2027:7
**Hartley** [2] - 2006:17, 2136:24
**HARTLEY** [24] - 2004:22, 2136:21, 2136:23, 2141:19, 2141:21, 2142:23, 2142:24, 2143:16, 2143:17, 2144:25, 2146:4, 2146:5, 2149:23, 2149:24, 2152:6, 2152:7, 2153:8, 2153:9, 2156:19, 2157:3, 2157:10, 2158:20, 2159:21, 2159:23
**has** [31] - 2020:4, 2028:4, 2028:14, 2052:11, 2055:3, 2055:10, 2060:17, 2061:13, 2061:24, 2064:14, 2073:14,

2077:13, 2078:20, 2080:3, 2085:6, 2091:24, 2093:4, 2099:7, 2100:10, 2102:16, 2104:25, 2108:1, 2108:6, 2108:18, 2110:16, 2125:17, 2125:18, 2126:17, 2127:7, 2131:22, 2136:7
**hat** [1] - 2110:3
**hate** [1] - 2009:2
**HAUSER** [1] - 2001:22
**have** [286] - 2007:10, 2007:20, 2008:2, 2008:11, 2009:9, 2010:14, 2011:7, 2011:14, 2012:9, 2013:9, 2014:10, 2014:18, 2015:18, 2016:22, 2017:12, 2018:4, 2018:10, 2020:12, 2020:22, 2021:13, 2021:16, 2021:17, 2022:7, 2022:8, 2024:13, 2024:14, 2024:20, 2025:5, 2026:18, 2027:5, 2029:9, 2030:7, 2030:19, 2031:4, 2031:7, 2032:15, 2033:1, 2033:15, 2033:18, 2034:2, 2034:6, 2035:3, 2036:1, 2037:3, 2037:10, 2037:11, 2038:5, 2039:6, 2039:7, 2039:25, 2041:16, 2041:18, 2042:1, 2043:11, 2043:14, 2045:3, 2045:8, 2045:17, 2045:18, 2045:20, 2046:1, 2047:19, 2047:22, 2048:1, 2048:2, 2048:6, 2048:15, 2048:17, 2048:24, 2049:2, 2049:3, 2049:8, 2050:4, 2050:8, 2050:12, 2050:22, 2051:5, 2053:18, 2053:19, 2054:1, 2054:16, 2054:19, 2057:2, 2057:18, 2057:25, 2059:11, 2059:20, 2059:21, 2060:13, 2061:1, 2061:17, 2061:21, 2061:22,

2061:23, 2062:19, 2062:21, 2063:5, 2063:20, 2064:10, 2064:18, 2064:25, 2065:3, 2065:15, 2066:1, 2070:19, 2072:9, 2072:11, 2073:11, 2079:9, 2079:15, 2079:17, 2081:14, 2081:24, 2082:14, 2082:15, 2083:17, 2084:9, 2084:21, 2085:12, 2085:16, 2085:20, 2085:25, 2087:4, 2087:19, 2087:20, 2087:25, 2088:9, 2089:8, 2089:12, 2092:22, 2093:1, 2094:20, 2095:2, 2095:17, 2095:18, 2096:2, 2096:4, 2096:11, 2096:16, 2096:25, 2097:2, 2097:4, 2097:13, 2097:15, 2097:16, 2097:22, 2098:5, 2098:10, 2098:11, 2098:16, 2098:18, 2098:19, 2098:22, 2098:24, 2099:5, 2099:8, 2099:11, 2099:16, 2099:17, 2099:18, 2099:21, 2099:22, 2100:2, 2100:5, 2100:7, 2100:12, 2100:15, 2100:23, 2101:4, 2101:8, 2102:11, 2102:15, 2102:17, 2102:18, 2103:4, 2103:15, 2104:3, 2104:4, 2104:8, 2104:15, 2104:21, 2104:22, 2104:24, 2105:1, 2105:2, 2105:8, 2105:10, 2105:21, 2107:18, 2107:25, 2109:17, 2113:4, 2114:24, 2115:16, 2115:23, 2117:4, 2118:1, 2118:19, 2119:15, 2120:1, 2120:2, 2120:13, 2120:15, 2120:19, 2121:15, 2121:18, 2123:17, 2124:1, 2124:10, 2126:16, 2128:3, 2128:21, 2129:13, 2129:20, 2130:7,

2130:17, 2131:19,
2132:3, 2132:13,
2132:16, 2132:23,
2133:6, 2134:3,
2135:20, 2136:16,
2137:22, 2138:1,
2138:10, 2138:13,
2141:24, 2142:11,
2142:14, 2142:15,
2144:3, 2145:16,
2147:17, 2148:8,
2148:20, 2149:18,
2150:10, 2152:13,
2154:3, 2155:3,
2155:4, 2155:16,
2155:17, 2155:19,
2155:20, 2155:25,
2156:8, 2156:21,
2157:13, 2157:19,
2157:24, 2158:11,
2158:12, 2158:13,
2160:13, 2161:12,
2161:13, 2161:14,
2161:15, 2161:17,
2161:18, 2162:3,
2162:6, 2162:11,
2162:12, 2162:20,
2162:23, 2163:1,
2163:2, 2163:5,
2163:6
**haven't** [12] -
2042:21, 2053:24,
2057:13, 2064:13,
2098:8, 2098:23,
2102:20, 2111:23,
2119:4, 2122:5,
2134:18, 2144:6
**having** [9] - 2020:3,
2037:5, 2037:16,
2037:18, 2037:21,
2040:10, 2118:8,
2139:3
**HAYCRAFT** [1] -
2002:21
**HB406** [1] - 2005:13
**he's** [12] - 2028:13,
2031:9, 2041:21,
2091:22, 2098:2,
2102:4, 2102:7,
2102:9, 2102:10,
2129:1, 2136:7,
2157:7
**heads** [2] - 2111:14,
2144:1
**heal** [5] - 2018:25,
2019:1, 2019:2,
2019:3, 2019:24
**hear** [7] - 2007:12,
2009:5, 2094:5,
2102:22, 2102:25,

2124:24, 2143:12
**HEARD** [1] - 1998:22
**heard** [11] - 2012:18,
2017:23, 2021:13,
2021:16, 2021:17,
2025:19, 2044:10,
2116:3, 2125:25,
2126:2, 2132:8
**hears** [1] - 2160:25
**heart** [3] - 2103:4,
2103:5, 2103:25
**heavy** [4] - 2076:20,
2079:18, 2117:16,
2117:22
**heck** [1] - 2015:21
**HEENAN** [2] -
2006:12, 2058:14
**Heenan** [18] -
2058:12, 2058:18,
2058:23, 2059:6,
2066:6, 2066:13,
2067:6, 2087:24,
2091:10, 2092:5,
2093:20, 2097:8,
2105:19, 2105:24,
2112:19, 2136:24,
2142:10, 2163:12
**Heenan's** [2] -
2064:23, 2096:21
**helicopter** [3] -
2040:15, 2040:22,
2042:13
**help** [1] - 2136:8
**helpful** [1] - 2132:3
**her** [1] - 2007:14
**here** [97] - 2007:12,
2029:9, 2034:7,
2035:9, 2035:24,
2036:1, 2037:13,
2038:5, 2038:9,
2039:14, 2042:1,
2042:22, 2051:23,
2059:20, 2059:21,
2064:11, 2065:17,
2067:18, 2067:19,
2067:21, 2067:25,
2068:10, 2068:18,
2068:21, 2069:5,
2069:8, 2069:18,
2070:2, 2070:8,
2070:12, 2070:13,
2071:17, 2071:19,
2072:5, 2072:24,
2073:6, 2074:5,
2074:9, 2074:16,
2075:5, 2075:7,
2075:9, 2076:3,
2076:6, 2076:13,
2076:16, 2077:21,
2078:6, 2078:20,

2078:22, 2079:9,
2079:10, 2079:11,
2079:18, 2080:3,
2080:8, 2080:17,
2081:19, 2081:21,
2083:5, 2083:7,
2085:5, 2085:20,
2085:24, 2089:16,
2093:20, 2094:5,
2095:19, 2096:5,
2097:3, 2100:5,
2106:15, 2109:25,
2112:8, 2113:4,
2113:5, 2121:17,
2122:24, 2125:11,
2126:8, 2127:3,
2132:13, 2132:19,
2132:25, 2133:17,
2134:4, 2135:5,
2136:2, 2141:24,
2142:8, 2150:24,
2163:4
**hereby** [1] - 2164:5
**HERMAN** [3] -
1999:7, 1999:7
**high** [4] - 2014:20,
2014:25, 2015:4,
2055:9
**higher** [2] - 2074:14,
2109:15
**highlight** [2] -
2097:6, 2097:17
**highlighted** [2] -
2108:4, 2124:8
**highlights** [1] -
2059:10
**highly** [1] - 2062:11
**HILL** [1] - 2004:23
**him** [40] - 2009:4,
2027:21, 2031:1,
2031:9, 2031:12,
2031:16, 2032:18,
2034:20, 2034:21,
2034:23, 2034:24,
2035:6, 2042:9,
2042:10, 2042:16,
2045:5, 2045:8,
2049:12, 2049:18,
2049:20, 2098:12,
2101:4, 2101:24,
2102:11, 2102:16,
2103:16, 2103:18,
2104:5, 2125:8,
2126:9, 2136:8,
2143:12, 2148:1,
2148:2, 2158:23
**hinge** [1] - 2040:18
**his** [41] - 2015:19,
2015:23, 2031:25,
2032:19, 2032:20,

2042:19, 2048:11,
2049:10, 2091:23,
2098:17, 2098:19,
2098:24, 2099:9,
2101:1, 2101:5,
2102:9, 2112:2,
2121:12, 2125:7,
2127:1, 2129:3,
2131:22, 2136:14,
2144:22, 2148:22,
2149:14, 2149:15,
2155:24, 2156:13,
2157:1, 2157:2,
2159:2, 2159:3,
2159:20, 2159:22,
2159:24, 2160:5
**history** [1] - 2104:25
**hit** [1] - 2059:10
**hitch** [9] - 2029:15,
2030:18, 2030:19,
2031:11, 2033:14,
2033:15, 2034:1,
2035:5, 2042:17
**Hitec** [1] - 2155:11
**holder** [3] - 2086:5,
2087:8, 2090:23
**HOLDINGS** [1] -
2003:11
**hole** [60] - 2013:15,
2013:18, 2014:22,
2014:24, 2016:15,
2018:13, 2018:25,
2019:1, 2019:2,
2019:3, 2019:20,
2019:24, 2022:8,
2022:14, 2022:16,
2036:11, 2036:21,
2037:5, 2037:7,
2037:8, 2037:9,
2037:10, 2037:11,
2037:12, 2037:21,
2038:15, 2038:16,
2038:18, 2038:22,
2039:5, 2039:9,
2039:13, 2041:12,
2041:15, 2046:18,
2047:23, 2047:24,
2048:1, 2048:3,
2049:2, 2049:3,
2050:2, 2050:5,
2050:6, 2050:8,
2050:13, 2050:17,
2050:18, 2054:4,
2056:13, 2069:1,
2070:21, 2070:22,
2071:4, 2071:8,
2072:14, 2153:12
**HOLTHAUS** [1] -
2000:14
**honest** [1] - 2134:19

**Honor** [36] - 2008:2,
2008:10, 2009:18,
2015:18, 2022:11,
2026:18, 2027:1,
2028:23, 2041:19,
2041:23, 2044:12,
2048:10, 2050:23,
2052:13, 2052:24,
2053:12, 2056:2,
2056:4, 2058:8,
2064:22, 2066:10,
2066:11, 2081:24,
2092:3, 2098:20,
2105:2, 2105:10,
2105:15, 2105:22,
2125:15, 2126:25,
2127:20, 2136:21,
2144:20, 2156:11,
2163:15
**HONORABLE** [1] -
1998:22
**hopefully** [2] -
2066:8, 2092:10
**hoping** [1] - 2029:9
**Horizon** [20] -
2012:20, 2022:25,
2023:16, 2024:22,
2025:4, 2025:10,
2026:4, 2033:17,
2052:4, 2057:21,
2064:17, 2067:14,
2067:15, 2085:10,
2104:1, 2111:7,
2130:13, 2143:7,
2144:16, 2152:9
**HORIZON** [1] -
1998:5
**Horizon's** [1] -
2103:5
**horizontal** [3] -
2069:8, 2069:19,
2142:11
**HOUMA** [1] - 2000:8
**hours** [3] - 2123:5,
2123:12
**house** [5] - 2103:11,
2103:13, 2139:7,
2155:15
**HOUSTON** [7] -
2000:19, 2003:19,
2004:8, 2004:17,
2004:18, 2005:4,
2005:9
**Houston** [11] -
2042:25, 2043:11,
2044:1, 2064:3,
2064:7, 2094:17,
2101:1, 2101:5,
2102:9, 2110:1,
2111:22

**how's** [1] - 2074:22
**however** [3] -
2050:15, 2095:22,
2120:4
**huge** [1] - 2087:6
**HUGH** [1] - 2005:7
**HUGHES** [1] -
2004:7
**huh** [1] - 2159:20
**hundred** [5] -
2019:17, 2019:18,
2019:19, 2057:13,
2101:11
**hurry** [1] - 2024:1
**hydrocarbon** [4] -
2047:1, 2047:5,
2161:20, 2163:5
**hydrocarbons** [6] -
2058:1, 2058:2,
2058:4, 2087:2,
2092:16, 2161:6
**hydrostatic** [3] -
2075:18, 2095:17,
2138:20
**HYMEL** [1] - 2004:3
**hypothetically** [2] -
2099:6, 2099:16

**I**

**I** [536] - 2006:1,
2007:4, 2007:13,
2007:20, 2007:23,
2009:2, 2009:14,
2009:18, 2009:25,
2012:11, 2012:13,
2012:14, 2012:17,
2013:5, 2014:20,
2015:4, 2015:18,
2015:19, 2015:22,
2016:6, 2020:3,
2020:7, 2020:8,
2020:17, 2021:20,
2022:7, 2022:11,
2022:24, 2023:1,
2023:18, 2023:23,
2023:24, 2024:11,
2024:14, 2024:16,
2025:11, 2025:22,
2026:18, 2026:24,
2027:1, 2027:4,
2027:15, 2027:23,
2028:2, 2028:15,
2028:19, 2028:24,
2029:8, 2029:9,
2029:10, 2029:12,
2029:21, 2030:1,
2030:10, 2030:20,
2031:6, 2031:8,

2031:14, 2031:18,
2031:25, 2032:5,
2032:7, 2032:12,
2032:21, 2032:23,
2033:1, 2033:4,
2033:11, 2033:18,
2033:20, 2034:5,
2034:22, 2034:24,
2035:6, 2035:13,
2035:18, 2035:21,
2035:24, 2036:3,
2037:18, 2038:2,
2038:20, 2038:25,
2039:12, 2039:22,
2040:11, 2040:12,
2040:14, 2040:15,
2040:16, 2040:22,
2041:12, 2041:13,
2041:20, 2042:5,
2042:9, 2042:21,
2043:3, 2043:18,
2043:19, 2044:20,
2045:5, 2046:24,
2047:7, 2047:10,
2047:14, 2048:1,
2048:9, 2048:11,
2048:22, 2049:4,
2049:13, 2049:15,
2049:18, 2049:20,
2049:23, 2050:3,
2051:5, 2051:15,
2051:16, 2051:20,
2052:7, 2052:9,
2052:12, 2052:13,
2052:16, 2052:21,
2052:22, 2052:24,
2053:5, 2053:18,
2053:24, 2053:25,
2054:5, 2054:18,
2054:21, 2054:24,
2055:7, 2055:12,
2055:13, 2055:24,
2057:18, 2059:9,
2059:13, 2059:18,
2060:1, 2060:8,
2060:10, 2061:6,
2061:9, 2061:22,
2062:1, 2062:15,
2063:13, 2063:17,
2063:20, 2064:22,
2064:23, 2064:25,
2065:4, 2065:21,
2066:7, 2066:10,
2066:12, 2066:13,
2066:16, 2066:22,
2067:1, 2067:2,
2067:7, 2067:8,
2067:10, 2070:1,
2070:4, 2070:6,
2071:10, 2071:17,
2072:5, 2072:23,

2074:8, 2074:9,
2074:16, 2075:11,
2076:16, 2077:24,
2079:1, 2079:23,
2079:24, 2079:25,
2080:8, 2080:21,
2081:24, 2081:25,
2082:3, 2082:5,
2083:4, 2083:16,
2087:20, 2088:11,
2088:13, 2088:14,
2088:15, 2088:21,
2089:3, 2089:9,
2089:13, 2089:15,
2089:24, 2090:1,
2090:15, 2091:20,
2091:22, 2092:2,
2092:8, 2093:13,
2094:4, 2094:6,
2094:7, 2094:8,
2094:19, 2094:22,
2095:1, 2095:6,
2095:7, 2096:5,
2096:8, 2096:9,
2096:18, 2096:23,
2097:2, 2097:9,
2097:23, 2098:8,
2098:13, 2098:20,
2098:23, 2100:4,
2100:5, 2100:13,
2100:15, 2100:16,
2100:22, 2101:2,
2101:9, 2101:13,
2101:23, 2102:2,
2102:8, 2102:20,
2102:21, 2102:22,
2103:1, 2103:7,
2103:17, 2103:21,
2104:16, 2105:2,
2105:21, 2105:24,
2106:3, 2106:5,
2106:9, 2106:10,
2106:14, 2106:23,
2106:25, 2107:2,
2107:7, 2107:24,
2108:3, 2108:7,
2108:21, 2109:1,
2109:2, 2109:9,
2109:13, 2109:14,
2109:19, 2109:22,
2110:4, 2110:12,
2110:19, 2111:1,
2111:5, 2111:9,
2111:16, 2111:20,
2111:23, 2111:24,
2112:4, 2112:13,
2112:14, 2112:15,
2112:22, 2113:1,
2113:5, 2114:10,
2114:11, 2114:17,
2115:6, 2115:10,

2115:11, 2115:18,
2116:10, 2116:16,
2116:21, 2116:24,
2117:15, 2118:4,
2118:6, 2118:7,
2118:18, 2119:14,
2120:10, 2120:15,
2120:18, 2121:15,
2121:23, 2122:5,
2122:23, 2123:5,
2123:20, 2124:4,
2124:17, 2124:24,
2125:1, 2125:6,
2125:8, 2125:10,
2125:17, 2126:3,
2126:14, 2126:20,
2126:25, 2127:10,
2127:21, 2127:22,
2128:20, 2129:3,
2129:15, 2129:19,
2129:22, 2129:23,
2130:7, 2131:7,
2131:19, 2132:13,
2132:15, 2132:22,
2133:10, 2133:11,
2133:15, 2133:19,
2134:2, 2134:14,
2134:16, 2134:17,
2135:20, 2136:19,
2136:20, 2136:24,
2137:1, 2137:2,
2137:7, 2137:10,
2137:17, 2138:24,
2139:1, 2139:5,
2139:14, 2139:22,
2139:25, 2140:21,
2141:16, 2141:22,
2142:2, 2142:9,
2142:14, 2142:22,
2143:8, 2143:11,
2143:14, 2143:21,
2143:25, 2144:6,
2144:9, 2144:13,
2144:17, 2144:21,
2145:1, 2145:2,
2145:9, 2145:18,
2145:25, 2146:8,
2146:13, 2147:2,
2147:16, 2147:20,
2147:22, 2147:24,
2147:25, 2148:3,
2148:6, 2148:14,
2148:17, 2148:23,
2149:12, 2149:15,
2149:16, 2150:6,
2150:7, 2150:10,
2150:11, 2150:19,
2151:2, 2151:4,
2151:8, 2151:22,
2152:5, 2152:9,
2152:15, 2152:24,

2153:3, 2153:5,
2153:21, 2154:1,
2154:10, 2154:11,
2154:14, 2154:17,
2154:20, 2154:21,
2154:23, 2155:8,
2155:9, 2155:10,
2155:21, 2156:11,
2156:12, 2156:16,
2157:1, 2157:2,
2157:9, 2157:17,
2157:22, 2158:4,
2158:5, 2159:5,
2159:20, 2160:1,
2160:4, 2160:6,
2160:11, 2160:15,
2161:1, 2161:7,
2162:1, 2163:13,
2164:4
**I'd** [2] - 2039:4,
2158:1
**I'll** [12] - 2053:12,
2063:10, 2063:18,
2068:5, 2092:12,
2098:11, 2111:16,
2122:5, 2125:3,
2125:14, 2125:19,
2154:22
**i'm** [1] - 2127:1
**I'm** [31] - 2012:13,
2016:11, 2019:1,
2020:7, 2020:17,
2023:24, 2048:9,
2056:19, 2061:10,
2062:15, 2070:6,
2074:2, 2087:13,
2092:12, 2093:7,
2093:12, 2093:19,
2100:4, 2100:15,
2113:2, 2114:18,
2116:24, 2121:11,
2124:22, 2136:20,
2142:3, 2146:15,
2156:16, 2159:5,
2160:10
**I've** [19] - 2007:8,
2013:5, 2013:6,
2027:9, 2034:24,
2044:10, 2064:21,
2092:10, 2098:24,
2099:5, 2100:8,
2120:15, 2134:19,
2138:17, 2142:9,
2146:6, 2154:12,
2157:1
**IADC** [2] - 2150:3,
2150:8
**Ibos** [2] - 2164:4,
2164:12
**IBOS** [1] - 2005:12

**idea** [1] - 2070:23
**ideal** [3] - 2037:18,
2037:22, 2057:14
**identified** [4] -
2096:17, 2142:12,
2142:14, 2142:17
**identifies** [2] -
2153:18, 2154:6
**identify** [1] - 2131:23
**if** [181] - 2007:12,
2007:16, 2010:4,
2011:12, 2012:23,
2014:5, 2014:13,
2015:18, 2016:8,
2016:10, 2018:3,
2018:16, 2018:17,
2019:9, 2019:18,
2020:3, 2020:7,
2020:8, 2020:17,
2020:24, 2021:3,
2021:7, 2021:9,
2021:10, 2021:12,
2023:25, 2026:24,
2028:12, 2028:14,
2028:16, 2029:10,
2033:22, 2033:24,
2036:19, 2036:20,
2037:5, 2037:16,
2037:18, 2037:21,
2038:4, 2038:7,
2038:14, 2038:16,
2039:11, 2039:13,
2039:15, 2040:21,
2044:15, 2045:17,
2045:22, 2046:15,
2047:4, 2047:11,
2047:23, 2048:5,
2048:18, 2048:20,
2048:23, 2049:18,
2050:5, 2051:20,
2051:22, 2053:22,
2054:7, 2055:2,
2055:7, 2055:10,
2055:20, 2057:1,
2057:11, 2057:12,
2057:17, 2058:13,
2062:16, 2062:18,
2064:19, 2065:3,
2066:9, 2066:14,
2067:6, 2067:8,
2068:5, 2068:15,
2068:24, 2069:24,
2074:8, 2076:16,
2077:3, 2077:7,
2077:9, 2079:25,
2082:5, 2084:7,
2085:12, 2086:25,
2087:1, 2087:4,
2087:22, 2088:25,
2089:15, 2089:17,

2090:19, 2093:3,
2094:20, 2095:13,
2095:15, 2095:21,
2096:8, 2097:3,
2097:15, 2099:16,
2101:3, 2103:14,
2103:15, 2103:21,
2104:1, 2104:5,
2104:15, 2111:9,
2111:20, 2115:11,
2117:18, 2118:2,
2118:18, 2118:22,
2118:24, 2119:7,
2119:9, 2119:17,
2119:22, 2119:24,
2121:23, 2123:2,
2124:24, 2125:1,
2125:8, 2125:12,
2127:7, 2129:12,
2129:13, 2129:20,
2129:22, 2129:25,
2130:3, 2131:12,
2132:13, 2134:5,
2135:18, 2135:23,
2137:13, 2138:8,
2139:23, 2140:1,
2140:24, 2141:16,
2141:23, 2142:2,
2142:23, 2143:16,
2143:22, 2146:7,
2146:21, 2147:16,
2147:24, 2148:11,
2148:12, 2148:17,
2148:20, 2151:10,
2152:24, 2154:6,
2155:9, 2157:23,
2159:15, 2159:18,
2162:6
**ignored** [1] - 2116:15
**IL** [1] - 2003:9
**illustration** [1] -
2116:21
**imagine** [4] -
2114:17, 2145:18,
2154:11, 2158:9
**immediate** [1] -
2131:5
**immediately** [2] -
2109:17, 2161:18
**impact** [1] - 2024:20
**importance** [2] -
2108:10
**important** [16] -
2028:6, 2028:9,
2036:16, 2050:8,
2053:16, 2073:14,
2079:3, 2107:14,
2108:8, 2108:13,
2108:15, 2142:17,
2148:4, 2149:9,

2149:11, 2149:20
**impossible** [1] -
2053:23
**IMPREVENTO** [1] -
1999:18
**improper** [1] -
2049:9
**in** [620] - 2007:12,
2007:22, 2007:25,
2008:7, 2008:17,
2008:22, 2009:16,
2010:2, 2010:8,
2010:14, 2010:16,
2010:17, 2010:20,
2010:22, 2010:23,
2011:1, 2011:2,
2011:5, 2011:13,
2011:21, 2012:1,
2012:4, 2012:9,
2012:18, 2012:19,
2012:20, 2013:1,
2013:3, 2013:6,
2013:7, 2013:8,
2013:9, 2013:17,
2013:19, 2013:22,
2014:1, 2014:8,
2014:14, 2015:11,
2016:4, 2016:20,
2017:15, 2017:16,
2018:7, 2018:8,
2018:13, 2018:24,
2019:16, 2019:22,
2019:23, 2020:14,
2020:19, 2020:21,
2021:1, 2021:2,
2021:22, 2022:16,
2022:22, 2022:23,
2023:5, 2023:23,
2023:25, 2024:14,
2024:21, 2025:3,
2025:13, 2025:16,
2026:1, 2026:3,
2026:4, 2026:8,
2026:16, 2027:22,
2028:1, 2028:25,
2030:6, 2030:8,
2030:12, 2031:17,
2033:12, 2033:13,
2035:9, 2035:14,
2035:25, 2036:8,
2036:24, 2037:1,
2037:6, 2037:10,
2037:22, 2037:25,
2038:9, 2038:22,
2039:4, 2039:5,
2039:9, 2039:11,
2039:16, 2039:18,
2040:11, 2040:16,
2041:1, 2041:12,
2042:25, 2043:11,
2043:18, 2043:19,

2044:1, 2044:7,
2044:9, 2044:11,
2044:16, 2044:25,
2045:3, 2045:22,
2045:24, 2045:25,
2046:1, 2046:2,
2046:3, 2046:12,
2046:16, 2046:18,
2046:20, 2047:1,
2047:6, 2047:15,
2047:25, 2048:5,
2049:2, 2049:3,
2049:20, 2050:2,
2050:3, 2050:6,
2050:7, 2051:13,
2051:20, 2051:23,
2052:2, 2052:10,
2052:14, 2052:15,
2052:17, 2053:2,
2053:7, 2053:9,
2053:19, 2054:4,
2054:6, 2054:10,
2055:10, 2056:16,
2057:20, 2057:22,
2057:24, 2058:24,
2059:4, 2059:10,
2059:12, 2059:13,
2059:15, 2059:19,
2059:20, 2060:7,
2060:12, 2060:13,
2060:18, 2060:19,
2060:22, 2060:24,
2061:7, 2061:8,
2061:10, 2061:12,
2061:17, 2061:20,
2061:24, 2062:5,
2062:7, 2062:9,
2062:11, 2062:20,
2062:24, 2063:6,
2063:9, 2063:10,
2063:16, 2063:17,
2063:22, 2063:23,
2063:24, 2064:11,
2064:17, 2064:20,
2065:6, 2065:8,
2065:15, 2066:3,
2066:4, 2066:10,
2067:9, 2067:22,
2068:6, 2068:8,
2068:12, 2068:13,
2068:22, 2068:23,
2069:5, 2069:7,
2070:2, 2070:17,
2071:11, 2071:17,
2072:3, 2072:13,
2072:15, 2072:23,
2072:24, 2073:2,
2073:7, 2074:4,
2074:12, 2074:13,
2075:6, 2075:10,
2075:22, 2075:23,

2075:25, 2076:10,
2076:13, 2076:14,
2076:15, 2076:17,
2076:18, 2076:23,
2077:3, 2077:10,
2077:16, 2078:10,
2078:15, 2078:25,
2079:6, 2079:9,
2079:11, 2079:14,
2079:19, 2079:22,
2079:23, 2080:2,
2080:8, 2080:9,
2080:23, 2081:7,
2081:22, 2082:1,
2082:2, 2082:9,
2082:15, 2082:18,
2082:19, 2083:17,
2084:5, 2084:9,
2084:10, 2084:12,
2084:21, 2085:10,
2085:21, 2085:22,
2085:23, 2086:3,
2086:6, 2086:24,
2086:25, 2087:1,
2087:8, 2087:25,
2088:4, 2088:11,
2088:13, 2088:15,
2088:16, 2088:21,
2088:22, 2088:24,
2089:5, 2089:6,
2089:7, 2089:8,
2089:13, 2089:16,
2089:22, 2090:2,
2090:3, 2090:6,
2090:14, 2090:22,
2091:10, 2091:23,
2092:16, 2094:11,
2094:17, 2094:24,
2095:3, 2095:6,
2095:10, 2095:13,
2095:14, 2095:15,
2095:18, 2096:1,
2096:2, 2096:4,
2096:10, 2096:23,
2097:1, 2097:21,
2097:25, 2098:5,
2099:7, 2099:20,
2100:6, 2100:18,
2100:23, 2100:25,
2101:1, 2101:4,
2101:5, 2101:13,
2101:14, 2101:15,
2102:4, 2102:9,
2102:10, 2102:15,
2102:21, 2102:25,
2103:2, 2103:4,
2103:7, 2103:12,
2103:14, 2103:15,
2103:21, 2103:22,
2104:8, 2104:13,
2104:16, 2104:18,

2104:20, 2105:24,
2106:4, 2106:6,
2106:8, 2106:12,
2106:21, 2107:3,
2107:4, 2107:12,
2107:13, 2107:17,
2107:23, 2107:25,
2108:5, 2108:17,
2108:22, 2108:24,
2109:6, 2109:8,
2109:11, 2109:12,
2109:14, 2109:16,
2109:18, 2109:24,
2110:1, 2110:10,
2111:6, 2111:21,
2111:22, 2112:1,
2112:2, 2112:11,
2112:19, 2112:21,
2112:24, 2113:8,
2113:14, 2113:16,
2115:6, 2115:9,
2115:16, 2115:18,
2115:21, 2115:24,
2116:11, 2116:17,
2116:19, 2116:21,
2117:4, 2117:10,
2117:13, 2117:17,
2117:20, 2118:3,
2118:11, 2119:8,
2119:12, 2119:13,
2119:15, 2119:24,
2120:3, 2120:8,
2120:13, 2120:21,
2121:7, 2121:12,
2121:13, 2121:19,
2121:20, 2121:24,
2122:19, 2122:24,
2123:21, 2124:11,
2124:15, 2124:16,
2124:22, 2125:22,
2125:23, 2126:6,
2126:14, 2127:7,
2127:10, 2127:17,
2127:25, 2128:3,
2128:6, 2128:12,
2128:18, 2129:7,
2129:12, 2129:14,
2129:17, 2129:20,
2129:22, 2130:3,
2130:8, 2130:12,
2130:16, 2130:21,
2131:3, 2131:5,
2131:6, 2131:21,
2132:8, 2132:9,
2132:11, 2132:16,
2132:21, 2132:24,
2133:6, 2133:11,
2133:12, 2133:17,
2133:22, 2133:25,
2134:3, 2134:7,
2134:9, 2134:16,

2134:21, 2134:24,
2135:2, 2135:10,
2137:10, 2137:21,
2138:7, 2138:8,
2138:17, 2138:21,
2138:25, 2139:1,
2139:3, 2139:11,
2139:12, 2140:2,
2140:5, 2140:11,
2140:13, 2140:14,
2140:18, 2140:23,
2140:25, 2141:5,
2141:7, 2141:10,
2141:11, 2141:17,
2141:25, 2142:3,
2142:6, 2142:10,
2142:18, 2142:20,
2142:25, 2143:4,
2143:9, 2144:7,
2144:8, 2144:19,
2145:8, 2145:20,
2145:22, 2146:17,
2147:4, 2147:15,
2148:4, 2148:10,
2148:15, 2148:17,
2149:3, 2149:12,
2149:14, 2149:15,
2149:18, 2150:12,
2150:13, 2151:2,
2151:7, 2152:13,
2152:16, 2152:22,
2153:6, 2153:16,
2153:17, 2154:3,
2154:18, 2155:5,
2155:10, 2155:14,
2155:15, 2155:22,
2156:1, 2156:9,
2156:13, 2156:15,
2156:20, 2157:1,
2157:4, 2157:11,
2157:15, 2157:16,
2157:18, 2157:21,
2157:25, 2158:1,
2158:4, 2158:6,
2158:11, 2158:19,
2159:8, 2160:7,
2160:11, 2161:8,
2161:14, 2161:16,
2161:25, 2162:12,
2162:18, 2162:21,
2162:24, 2163:3,
2163:5, 2164:7

**IN** [4] - 1998:5,
1998:5, 1998:12,
2058:14

**inappropriate** [1] -
2031:16

**INC** [5] - 1998:16,
2002:19, 2003:12,
2003:13, 2004:21

**incident** [14] -

2020:11, 2041:16,
2051:24, 2105:25,
2106:1, 2106:6,
2107:5, 2110:11,
2129:13, 2139:15,
2140:2, 2140:18,
2142:13, 2143:13

**include** [1] - 2129:10

**included** [2] -
2064:1, 2114:1

**includes** [1] -
2051:24

**including** [4] -
2020:21, 2060:5,
2129:11, 2151:24

**incomprehension**
[2] - 2094:13, 2094:14

**inconsistent** [2] -
2097:14, 2097:15

**incorrectly** [1] -
2112:16

**increase** [10] -
2109:16, 2150:22,
2151:16, 2157:15,
2157:16, 2157:21,
2158:1, 2158:4,
2158:6, 2162:12

**increased** [1] -
2080:4

**increasing** [1] -
2140:22

**incredible** [1] -
2094:7

**incur** [5] - 2017:25,
2018:11, 2019:11,
2019:23, 2022:17

**incurred** [2] -
2021:3, 2021:7

**indeed** [1] - 2099:6

**independent** [1] -
2060:10

**indicate** [13] -
2011:4, 2015:13,
2016:11, 2049:11,
2065:22, 2065:23,
2066:3, 2077:24,
2081:15, 2098:5,
2100:23, 2109:16,
2135:15

**indicated** [11] -
2017:3, 2017:5,
2066:11, 2096:8,
2106:6, 2108:22,
2109:11, 2111:25,
2112:19, 2120:18,
2128:12

**indicates** [2] -
2104:9, 2142:25

**INDICATING** [1] -
2016:13

**indicating** [4] -
2067:16, 2069:3,
2075:24, 2076:3

**INDICATING)** [1] -
2093:10

**indication** [12] -
2078:12, 2081:2,
2109:16, 2131:16,
2140:16, 2140:22,
2141:1, 2143:5,
2143:8, 2144:3,
2157:5, 2157:19

**indications** [2] -
2109:12, 2140:13

**indicator** [3] -
2085:7, 2131:3,
2131:12

**indicators** [12] -
2130:25, 2131:7,
2131:9, 2131:11,
2131:15, 2140:1,
2149:21, 2149:22,
2150:1, 2150:2,
2151:5, 2151:14

**indirectly** [1] -
2025:9

**individuals** [2] -
2143:19, 2144:4

**induced** [1] - 2018:3

**industry** [20] -
2019:22, 2019:23,
2021:1, 2021:2,
2053:1, 2063:22,
2068:22, 2068:23,
2086:4, 2086:6,
2088:1, 2088:4,
2088:5, 2088:13,
2089:9, 2137:22,
2150:13, 2156:20

**inflow** [4] - 2108:6,
2108:18, 2142:6,
2158:9

**inform** [1] - 2142:17

**information** [28] -
2014:11, 2015:2,
2028:5, 2028:7,
2028:10, 2028:17,
2028:19, 2045:5,
2045:6, 2051:23,
2066:8, 2073:11,
2094:9, 2110:1,
2120:16, 2128:9,
2132:3, 2134:5,
2135:15, 2136:3,
2136:6, 2139:17,
2141:11, 2153:15,
2154:19, 2157:4,
2162:1, 2162:6

**ingredients** [1] -
2044:25

**inherently** [1] -
2095:18

**initial** [2] - 2017:16,
2023:10

**initially** [1] - 2116:7

**injure** [1] - 2029:2

**inquiry** [1] - 2059:13

**insecure** [1] -
2135:15

**inside** [8] - 2067:23,
2068:13, 2068:15,
2071:13, 2073:8,
2075:17, 2076:24,
2079:21

**insight** [1] - 2124:15

**insisted** [1] - 2120:5

**INSITE** [4] - 2100:19,
2101:1, 2101:13,
2101:18

**insofar** [3] - 2061:17,
2086:14, 2134:14

**inspection** [2] -
2010:14, 2012:15

**inspector** [1] -
2020:9

**inspectors** [4] -
2020:2, 2020:4,
2020:9, 2020:15

**instances** [3] -
2140:23, 2141:8,
2157:18

**instead** [6] - 2026:1,
2046:10, 2085:15,
2110:22, 2126:18,
2146:16

**instructed** [2] -
2064:18, 2161:19

**instruction** [2] -
2064:21, 2120:8

**instructions** [1] -
2113:9

**insult** [1] - 2062:13

**integrity** [4] - 2087:5,
2092:15, 2107:11,
2136:4

**intend** [1] - 2059:3

**intended** [3] -
2031:13, 2070:4,
2092:1

**intention** [2] -
2076:2, 2095:16

**intentionally** [1] -
2112:10

**interaction** [1] -
2021:1

**interchangeable** [1]
- 2073:17

**interest** [1] - 2128:9

**interface** [1] -
2068:23

**internal** [2] - 2110:24, 2111:1
**INTERNATIONAL** [1] - 2004:11
**internet** [1] - 2110:24
**interpret** [2] - 2088:11, 2133:22
**interpretation** [2] - 2139:5, 2139:13
**interpreted** [1] - 2092:22
**interpreting** [1] - 2139:3
**interview** [3] - 2096:24, 2124:6, 2125:23
**into** [35] - 2008:3, 2008:19, 2013:21, 2013:23, 2014:12, 2016:15, 2032:19, 2033:15, 2038:1, 2047:21, 2053:24, 2057:24, 2059:9, 2063:15, 2064:24, 2070:8, 2072:9, 2072:13, 2073:21, 2074:7, 2074:21, 2077:13, 2078:8, 2080:16, 2082:16, 2084:24, 2092:16, 2092:17, 2124:8, 2127:17, 2138:2, 2138:24, 2158:9, 2161:20
**introduce** [1] - 2007:20
**introduction** [1] - 2051:22
**introductory** [1] - 2063:20
**investigate** [10] - 2086:14, 2117:1, 2117:8, 2118:2, 2118:15, 2118:16, 2131:12, 2131:17, 2134:12, 2135:2
**investigation** [3] - 2110:6, 2160:12, 2160:14
**investigations** [1] - 2093:25
**investigators** [1] - 2096:25
**involve** [3] - 2052:3, 2060:16, 2060:17
**involved** [26] - 2012:19, 2013:3, 2013:7, 2013:8, 2013:9, 2023:25, 2024:21, 2025:17,

2036:24, 2037:1, 2043:19, 2044:7, 2045:3, 2052:2, 2060:8, 2062:5, 2063:22, 2063:23, 2085:10, 2106:1, 2138:7, 2138:21, 2139:8, 2139:11, 2139:12, 2139:14
**involvement** [1] - 2046:1
**involving** [1] - 2146:1
**IRPINO** [2] - 2000:21, 2000:21
**irrelevant** [1] - 2082:18
**isn't** [15] - 2086:9, 2086:13, 2095:5, 2098:3, 2117:2, 2117:14, 2119:19, 2123:15, 2124:13, 2132:4, 2135:6, 2135:10, 2136:4, 2136:15, 2162:5
**isolate** [3] - 2071:3, 2079:18, 2095:17
**isolated** [1] - 2108:6
**isolation** [1] - 2142:7
**issue** [4] - 2082:17, 2125:7, 2157:12, 2161:9
**issued** [5] - 2107:6, 2110:16, 2143:1, 2143:6, 2160:15
**issues** [3] - 2053:1, 2053:2, 2157:8
**it** [483] - 2007:12, 2010:24, 2011:1, 2011:9, 2011:13, 2011:14, 2011:24, 2012:8, 2013:24, 2014:2, 2014:11, 2014:12, 2014:19, 2014:20, 2014:25, 2015:1, 2015:8, 2015:9, 2015:20, 2016:16, 2016:17, 2016:19, 2017:5, 2017:14, 2017:17, 2017:18, 2017:25, 2018:2, 2018:25, 2019:4, 2019:20, 2020:4, 2020:6, 2020:20, 2023:12, 2023:15, 2023:24, 2023:25, 2024:8, 2024:20, 2025:24, 2025:25, 2026:3, 2026:8, 2026:9,

2026:22, 2026:24, 2027:1, 2027:17, 2028:2, 2028:3, 2028:5, 2028:7, 2028:9, 2028:10, 2028:12, 2028:15, 2028:16, 2029:10, 2029:11, 2029:12, 2030:10, 2030:12, 2030:13, 2032:22, 2033:11, 2033:23, 2034:2, 2034:7, 2034:9, 2035:21, 2036:3, 2036:8, 2036:13, 2036:15, 2036:21, 2036:22, 2037:2, 2037:10, 2037:11, 2037:13, 2037:15, 2037:21, 2037:24, 2038:5, 2038:9, 2038:14, 2039:2, 2039:12, 2039:16, 2039:23, 2039:24, 2040:3, 2040:19, 2040:21, 2041:9, 2041:14, 2041:21, 2042:1, 2042:23, 2043:2, 2043:8, 2043:11, 2043:15, 2043:17, 2043:18, 2043:19, 2043:25, 2044:7, 2044:20, 2044:25, 2045:2, 2045:3, 2045:7, 2045:8, 2046:1, 2046:3, 2046:4, 2046:9, 2046:10, 2046:17, 2046:22, 2046:24, 2047:14, 2048:3, 2048:11, 2048:14, 2048:17, 2048:18, 2049:4, 2049:12, 2049:16, 2049:18, 2049:19, 2049:21, 2050:3, 2050:6, 2050:8, 2050:11, 2050:16, 2050:17, 2051:9, 2051:11, 2051:20, 2051:23, 2052:14, 2053:2, 2053:3, 2053:4, 2053:6, 2053:8, 2053:9, 2054:8, 2054:10, 2054:25, 2055:7, 2055:8, 2055:10, 2055:12, 2055:13, 2055:23, 2057:4, 2058:6, 2058:17, 2059:2, 2059:5, 2059:8,

2059:16, 2059:22, 2060:17, 2060:22, 2061:4, 2061:11, 2062:8, 2062:23, 2063:3, 2063:17, 2063:18, 2064:5, 2064:23, 2065:4, 2065:23, 2066:7, 2066:8, 2066:16, 2066:18, 2067:3, 2067:8, 2067:11, 2067:16, 2068:23, 2069:2, 2069:6, 2069:21, 2070:2, 2070:6, 2070:8, 2070:10, 2070:21, 2070:23, 2070:25, 2072:1, 2072:21, 2074:6, 2074:10, 2074:16, 2074:24, 2075:4, 2076:21, 2076:22, 2077:5, 2077:16, 2077:22, 2078:24, 2079:1, 2079:10, 2079:12, 2079:19, 2079:20, 2080:3, 2080:5, 2080:6, 2080:8, 2080:12, 2080:13, 2080:21, 2081:6, 2081:7, 2081:12, 2081:14, 2081:20, 2081:21, 2082:2, 2082:11, 2083:6, 2083:15, 2083:17, 2084:6, 2084:12, 2084:18, 2085:25, 2086:6, 2086:11, 2086:19, 2086:24, 2087:12, 2087:22, 2088:14, 2088:16, 2088:24, 2088:25, 2089:16, 2089:17, 2090:16, 2090:17, 2090:19, 2090:20, 2090:22, 2090:25, 2091:23, 2092:8, 2092:16, 2093:6, 2093:11, 2093:18, 2094:10, 2094:23, 2094:24, 2095:6, 2095:11, 2095:20, 2095:22, 2095:24, 2096:4, 2096:8, 2096:11, 2096:22, 2097:25, 2098:3, 2098:11, 2098:12, 2099:13, 2099:25, 2100:8, 2100:9, 2100:22, 2101:13, 2101:19, 2101:24,

2102:1, 2102:23, 2103:8, 2103:11, 2104:5, 2104:18, 2106:8, 2106:11, 2106:14, 2106:24, 2107:13, 2107:19, 2108:17, 2108:18, 2108:22, 2109:2, 2109:5, 2109:8, 2110:19, 2110:23, 2110:24, 2111:4, 2111:9, 2111:20, 2112:1, 2112:2, 2112:13, 2113:8, 2113:19, 2113:21, 2113:22, 2113:23, 2114:11, 2114:13, 2115:2, 2115:18, 2116:4, 2116:7, 2116:15, 2116:16, 2116:19, 2116:21, 2116:22, 2117:1, 2117:4, 2117:5, 2117:7, 2117:9, 2117:10, 2117:12, 2117:14, 2117:15, 2117:18, 2117:21, 2117:24, 2117:25, 2118:1, 2118:11, 2118:13, 2118:15, 2119:3, 2119:4, 2119:20, 2119:22, 2119:24, 2120:5, 2120:15, 2121:7, 2121:20, 2122:5, 2123:6, 2123:10, 2123:15, 2123:19, 2124:13, 2124:17, 2124:22, 2125:2, 2125:3, 2125:17, 2127:12, 2128:2, 2128:20, 2128:22, 2129:1, 2129:7, 2129:13, 2129:21, 2129:23, 2129:25, 2130:1, 2130:5, 2130:7, 2131:8, 2131:13, 2131:23, 2132:4, 2132:24, 2133:11, 2133:13, 2133:23, 2134:4, 2134:5, 2134:6, 2134:9, 2134:13, 2134:19, 2135:7, 2135:10, 2135:12, 2137:2, 2140:8, 2141:2, 2141:16, 2141:17, 2142:17, 2142:25, 2143:7, 2143:8, 2143:22, 2144:22, 2145:8,

2147:24, 2148:4, 2148:15, 2149:4, 2149:5, 2149:16, 2150:16, 2150:17, 2151:8, 2152:5, 2153:4, 2153:18, 2154:6, 2154:11, 2154:12, 2154:15, 2154:22, 2155:8, 2155:11, 2155:18, 2156:12, 2158:14, 2158:15, 2159:18, 2160:15, 2161:14, 2161:15, 2162:11, 2162:12, 2162:14, 2162:19

**it'll** [2] - 2055:18, 2149:3

**it's** [119] - 2015:22, 2016:23, 2016:24, 2018:14, 2019:15, 2025:19, 2035:21, 2039:5, 2039:6, 2044:6, 2049:1, 2049:9, 2050:15, 2051:12, 2051:19, 2051:20, 2053:16, 2053:22, 2054:15, 2054:19, 2054:22, 2055:5, 2055:20, 2059:10, 2060:15, 2060:21, 2062:11, 2062:13, 2063:13, 2065:6, 2066:22, 2068:5, 2068:15, 2068:18, 2069:4, 2069:11, 2069:18, 2069:21, 2072:1, 2072:7, 2074:5, 2075:8, 2077:7, 2078:15, 2078:17, 2078:21, 2078:22, 2079:13, 2080:6, 2080:17, 2081:12, 2081:25, 2083:9, 2083:14, 2083:25, 2085:21, 2086:16, 2086:17, 2086:18, 2088:13, 2088:16, 2088:22, 2089:9, 2089:16, 2089:22, 2090:15, 2091:15, 2091:16, 2092:1, 2093:15, 2094:7, 2095:7, 2096:21, 2096:24, 2097:16, 2098:9, 2100:8, 2103:2, 2103:3, 2103:14, 2105:3, 2106:10, 2115:8, 2115:9, 2115:12,

2117:15, 2118:22, 2121:12, 2123:5, 2125:8, 2126:17, 2128:21, 2130:21, 2132:2, 2132:11, 2133:6, 2135:6, 2135:10, 2137:13, 2138:1, 2139:22, 2143:4, 2148:12, 2149:9, 2149:11, 2154:10, 2157:20, 2158:6, 2158:9, 2158:16, 2158:25, 2161:9, 2163:16

**item** [3] - 2011:22, 2108:15, 2153:22

**items** [1] - 2010:3

**its** [10] - 2023:13, 2058:11, 2086:25, 2090:23, 2090:24, 2109:7, 2109:21, 2110:24, 2142:18

**itself** [6] - 2041:17, 2052:19, 2086:20, 2096:1, 2135:2, 2155:15

## J

**J** [9] - 1998:8, 1998:22, 1999:7, 1999:22, 2002:5, 2003:7, 2003:14, 2004:3, 2004:15

**JAMES** [2] - 1999:3, 2002:10

**JEFFERSON** [2] - 1999:4, 2004:4

**JEFFREY** [1] - 1999:18

**JERRY** [1] - 2005:3

**JESSICA** [2] - 2001:15, 2001:16

**JIMMY** [1] - 2000:18

**Jimmy** [1] - 2027:7

**job** [26] - 2023:23, 2032:20, 2033:24, 2036:16, 2037:3, 2037:15, 2045:1, 2048:25, 2050:16, 2060:9, 2061:24, 2062:9, 2062:12, 2062:19, 2062:24, 2090:3, 2091:16, 2091:19, 2101:9, 2101:14, 2103:3, 2131:19, 2131:22, 2133:8, 2148:22, 2155:24

**jobs** [5] - 2026:8,

2031:6, 2036:24, 2037:1, 2050:7

**Joe** [6] - 2032:1, 2032:15, 2032:17, 2033:9, 2147:21, 2159:14

**John** [5] - 2015:10, 2034:20, 2035:7, 2040:11, 2041:9

**JOHN** [3] - 2000:14, 2004:7, 2005:8

**Johnson** [1] - 2144:12

**joint** [3] - 2046:5, 2053:19, 2053:23

**joints** [6] - 2039:24, 2046:5, 2046:6, 2046:11, 2053:17, 2053:25

**JONES** [1] - 2004:16

**Joseph** [1] - 2032:7

**JR** [2] - 1999:22, 2004:22

**Judge** [7] - 2007:13, 2007:14, 2026:22, 2029:1, 2048:9, 2049:15, 2050:19

**JUDGE** [1] - 1998:23

**judgment** [2] - 2086:10, 2086:11

**jury** [1] - 2007:13

**just** [68] - 2015:12, 2023:24, 2025:24, 2026:8, 2027:4, 2029:9, 2035:19, 2041:3, 2043:19, 2043:23, 2045:5, 2047:15, 2048:11, 2048:12, 2048:19, 2049:10, 2049:23, 2051:5, 2051:15, 2053:4, 2053:8, 2055:7, 2055:17, 2056:4, 2056:7, 2056:24, 2060:17, 2060:19, 2061:2, 2061:4, 2061:6, 2062:24, 2067:13, 2068:5, 2069:18, 2070:10, 2072:18, 2074:20, 2084:20, 2085:21, 2086:19, 2088:9, 2089:1, 2091:15, 2092:13, 2093:19, 2098:22, 2099:13, 2106:17, 2108:16, 2109:15, 2109:25, 2118:6, 2118:7, 2122:9, 2125:8, 2126:3,

2126:14, 2126:25, 2136:14, 2136:25, 2151:14, 2152:9, 2155:13, 2159:17, 2159:19

**Justice** [2] - 2064:18, 2094:12

**JUSTICE** [4] - 2001:3, 2001:8, 2001:14, 2001:20

**justification** [1] - 2092:19

**justify** [2] - 2131:3, 2131:5

## K

**K** [1] - 2002:21

**Kaluza** [7] - 2034:11, 2042:2, 2042:7, 2042:14, 2042:23, 2047:10, 2047:11

**KANNER** [3] - 2002:14, 2002:15, 2105:13

**Karen** [2] - 2164:4, 2164:12

**KAREN** [1] - 2005:12

**karen_lbos@laed.
uscourts.gov** [1] - 2005:15

**Karis** [4] - 2006:6, 2009:14, 2029:14, 2056:8

**KARIS** [22] - 2003:7, 2009:15, 2009:18, 2009:20, 2009:22, 2010:4, 2010:5, 2012:23, 2012:24, 2014:5, 2014:7, 2016:1, 2016:2, 2017:11, 2022:13, 2026:18, 2029:2, 2041:19, 2041:22, 2049:9, 2052:13, 2058:8

**Kaskida** [4] - 2024:12, 2024:17, 2025:1, 2025:5

**KATZ** [1] - 1999:7

**keep** [14] - 2019:18, 2020:18, 2023:5, 2023:9, 2023:24, 2029:10, 2040:19, 2048:3, 2048:19, 2076:21, 2090:17, 2091:13, 2092:12, 2119:4

**keeps** [2] - 2018:4,

2068:15

**Keith** [7] - 2032:1, 2032:15, 2032:17, 2033:9, 2151:15, 2158:21, 2159:14

**Keith's** [1] - 2147:21

**KELLEY** [1] - 2001:22

**kept** [6] - 2022:14, 2023:1, 2023:2, 2046:14, 2119:17

**KERRY** [1] - 2003:14

**key** [4] - 2078:3, 2101:5, 2124:15, 2153:5

**kick** [27] - 2023:18, 2029:22, 2029:25, 2045:17, 2045:21, 2045:22, 2051:24, 2096:17, 2118:8, 2118:11, 2131:2, 2131:3, 2131:7, 2131:10, 2138:2, 2141:1, 2142:6, 2149:21, 2150:1, 2150:2, 2150:9, 2150:15, 2150:20, 2151:5, 2151:14, 2163:3

**kicked** [1] - 2105:1

**kicks** [5] - 2029:14, 2029:19, 2104:25, 2130:25

**kill** [42] - 2027:24, 2045:11, 2045:14, 2045:15, 2045:19, 2045:20, 2073:11, 2073:15, 2073:17, 2073:19, 2077:18, 2077:21, 2079:22, 2080:24, 2081:20, 2083:6, 2083:8, 2084:1, 2084:3, 2084:5, 2084:6, 2084:17, 2085:7, 2085:17, 2095:2, 2114:5, 2114:14, 2115:11, 2118:20, 2120:6, 2120:14, 2121:1, 2121:8, 2121:18, 2121:21, 2122:16, 2122:20, 2122:25, 2124:10, 2162:7, 2162:9

**killing** [1] - 2045:21

**KINCHEN** [2] - 2004:7, 2004:7

**kind** [13] - 2018:23, 2041:10, 2041:13, 2049:3, 2052:1,

2066:16, 2069:5,
2074:21, 2075:2,
2088:13, 2134:11,
2138:17, 2156:4
**KIRKLAND** [1] -
2003:6
**knees** [1] - 2029:2
**knew** [6] - 2014:24,
2024:11, 2027:19,
2102:16, 2106:12,
2124:17
**know** [100] - 2012:13,
2013:6, 2015:4,
2019:19, 2021:12,
2023:13, 2023:19,
2024:17, 2027:18,
2028:1, 2028:3,
2028:12, 2028:13,
2028:15, 2031:8,
2031:20, 2032:24,
2033:18, 2034:11,
2034:22, 2034:23,
2034:24, 2035:13,
2035:15, 2035:18,
2035:21, 2037:7,
2037:18, 2038:25,
2039:4, 2040:24,
2043:18, 2043:19,
2043:20, 2044:6,
2046:21, 2047:7,
2047:13, 2047:16,
2052:12, 2052:22,
2053:17, 2053:22,
2053:25, 2054:18,
2055:7, 2055:12,
2055:13, 2055:17,
2061:10, 2066:10,
2074:17, 2075:11,
2109:22, 2111:9,
2111:10, 2111:14,
2111:16, 2111:20,
2111:21, 2111:23,
2111:24, 2112:4,
2112:6, 2116:21,
2120:21, 2124:19,
2126:10, 2127:15,
2130:15, 2130:16,
2130:18, 2130:19,
2130:20, 2130:21,
2130:23, 2132:16,
2134:4, 2135:24,
2137:21, 2140:21,
2141:16, 2142:2,
2147:24, 2148:15,
2148:18, 2149:9,
2154:17, 2154:23,
2155:1, 2159:13,
2159:24, 2160:1,
2160:4, 2160:6,
2162:20, 2162:23

**knowledge** [3] -
2047:4, 2052:25,
2139:10
**known** [3] - 2054:16,
2062:3, 2071:20
**knows** [4] - 2082:1,
2102:8, 2102:16,
2149:11
**KRAUS** [1] - 2002:15
**KULLMAN** [1] -
1999:14

# L

**L** [2] - 2002:4,
2003:18
**L.L.C** [1] - 2005:6
**LA** [15] - 1999:5,
1999:8, 1999:16,
1999:23, 2000:8,
2000:12, 2000:15,
2000:22, 2002:12,
2002:16, 2002:23,
2003:15, 2004:5,
2004:13, 2005:14
**lack** [1] - 2147:17
**lacked** [1] - 2092:18
**lady** [1] - 2032:24
**LAFAYETTE** [2] -
1999:5, 2004:5
**LAFLEUR** [1] -
2004:3
**LAMAR** [1] - 2005:4
**Lambert** [3] -
2034:14, 2042:2,
2047:10
**Lambert's** [1] -
2034:15
**land** [1] - 2013:19
**landed** [1] - 2042:13
**lands** [1] - 2063:6
**LANGAN** [1] - 2003:7
**language** [5] -
2063:10, 2063:13,
2090:14, 2094:11,
2099:14
**LASALLE** [1] -
2003:8
**last** [31] - 2008:4,
2008:12, 2016:8,
2016:12, 2016:13,
2016:16, 2016:22,
2017:2, 2019:15,
2028:4, 2029:15,
2030:4, 2030:18,
2031:11, 2033:14,
2034:1, 2035:4,
2039:14, 2039:22,
2042:16, 2044:11,

2056:21, 2069:4,
2087:2, 2092:15,
2095:7, 2102:21,
2137:22, 2141:5,
2147:17
**later** [3] - 2026:8,
2060:4, 2072:9
**LAW** [3] - 2000:7,
2000:10, 2000:21
**LAWRENCE** [1] -
2001:17
**lawyer** [2] - 2089:25,
2090:1
**lawyerese** [1] -
2063:10
**lawyers** [3] - 2090:4
**layperson** [1] -
2092:20
**LCM** [8] - 2018:19,
2018:21, 2018:23,
2018:24, 2019:6,
2019:24, 2021:11
**lead** [4] - 2010:22,
2066:7, 2070:8,
2141:24
**leader** [42] - 2013:6,
2015:11, 2015:19,
2015:23, 2024:22,
2028:6, 2030:5,
2030:9, 2031:3,
2031:10, 2032:9,
2033:2, 2033:21,
2034:16, 2034:17,
2035:7, 2036:4,
2036:10, 2036:23,
2040:24, 2041:1,
2041:7, 2042:6,
2045:23, 2046:25,
2050:7, 2052:11,
2052:16, 2061:21,
2087:17, 2087:19,
2089:14, 2090:24,
2094:16, 2118:14,
2120:5, 2123:22,
2128:3, 2129:17,
2135:18, 2135:19,
2135:23
**leaders** [6] -
2034:12, 2043:13,
2061:12, 2063:11,
2115:21, 2135:21
**leading** [2] -
2078:25, 2112:21
**leads** [1] - 2075:13
**leak** [25] - 2012:20,
2013:1, 2013:3,
2013:8, 2013:12,
2014:3, 2014:8,
2014:10, 2014:12,
2014:14, 2014:20,

2014:23, 2014:25,
2015:4, 2015:16,
2016:3, 2017:13,
2020:12, 2020:15,
2020:18, 2021:21,
2021:22, 2054:23,
2055:6, 2056:8
**leak-off** [11] - 2014:8,
2014:10, 2014:12,
2014:14, 2014:20,
2014:23, 2014:25,
2015:4, 2015:16,
2016:3, 2017:13,
2020:12, 2020:15,
2020:18, 2021:21,
2021:22, 2056:8
**leaking** [5] -
2116:22, 2117:7,
2117:16, 2117:21,
2117:22
**leaks** [1] - 2055:2
**lean** [1] - 2088:7
**leapt** [1] - 2159:5
**learn** [1] - 2135:23
**learned** [5] -
2041:16, 2041:18,
2055:15, 2108:25,
2109:4
**learning** [1] - 2109:7
**lease** [7] - 2024:17,
2024:20, 2024:25,
2025:5, 2086:5,
2087:8, 2090:23
**LEASING** [1] -
1998:13
**least** [21] - 2013:8,
2038:10, 2038:19,
2048:23, 2060:24,
2066:17, 2068:8,
2070:4, 2071:23,
2077:16, 2082:18,
2088:1, 2091:8,
2094:17, 2097:10,
2100:11, 2104:13,
2104:16, 2123:13,
2151:11, 2161:5
**leave** [7] - 2017:15,
2033:22, 2034:3,
2087:21, 2095:21,
2101:24, 2125:3
**leaving** [7] - 2026:2,
2030:20, 2045:4,
2060:9, 2075:17,
2075:20, 2086:19
**led** [2] - 2060:6,
2142:2
**Lee** [4] - 2032:13,
2034:14, 2034:15,
2042:2
**left** [30] - 2009:25,

2022:4, 2023:11,
2030:14, 2030:23,
2031:23, 2032:2,
2033:5, 2033:7,
2035:19, 2038:18,
2038:20, 2039:1,
2040:7, 2040:15,
2042:8, 2043:3,
2044:16, 2047:2,
2047:7, 2047:9,
2051:6, 2073:20,
2076:18, 2085:15,
2085:16, 2085:25,
2086:7, 2087:2,
2159:24
**legal** [3] - 2088:12,
2091:17, 2092:1
**LEGER** [2] -
1999:21, 1999:22
**legislation** [1] -
2088:22
**legitimately** [1] -
2098:17
**length** [1] - 2068:4
**lengthy** [1] - 2138:23
**less** [5] - 2039:3,
2039:11, 2057:23,
2073:17, 2096:9
**lessee** [1] - 2091:1
**lesson** [1] - 2112:11
**lessons** [4] -
2108:24, 2109:4,
2109:21, 2112:8
**let** [14] - 2016:10,
2024:7, 2025:8,
2033:13, 2093:16,
2108:23, 2112:7,
2119:11, 2124:21,
2126:10, 2131:8,
2142:10, 2150:16,
2159:13
**Let** [1] - 2048:14
**let's** [74] - 2009:13,
2021:16, 2028:21,
2036:6, 2034:14,
2036:19, 2038:4,
2039:15, 2041:25,
2042:22, 2044:13,
2044:15, 2045:11,
2046:4, 2046:17,
2062:24, 2065:9,
2065:13, 2067:6,
2067:13, 2067:18,
2067:19, 2067:21,
2068:21, 2069:2,
2073:5, 2075:5,
2077:9, 2077:20,
2078:5, 2078:18,
2079:7, 2080:2,
2080:13, 2081:9,

2081:18, 2084:4, 2084:15, 2084:20, 2084:24, 2085:18, 2087:21, 2093:19, 2095:6, 2098:9, 2098:16, 2101:24, 2102:3, 2104:16, 2104:19, 2105:3, 2105:8, 2106:15, 2107:8, 2107:10, 2108:16, 2109:23, 2110:13, 2110:21, 2113:3, 2132:6, 2139:15, 2146:4, 2150:8, 2152:6, 2153:8, 2155:5, 2160:7, 2163:13, 2163:16

**Let's** [1] - 2149:23
**letting** [1] - 2026:9
**level** [5] - 2079:12, 2079:13, 2080:9, 2094:6, 2094:12
**levels** [1] - 2147:15
**LEWIS** [5] - 1999:14, 2002:20, 2004:21, 2005:3, 2005:6
**LI** [1] - 2003:23
**lie** [1] - 2058:4
**life** [2] - 2086:9, 2136:15
**LIFE** [1] - 1999:15
**light** [4] - 2012:9, 2085:18, 2085:24, 2107:12
**like** [42] - 2008:3, 2014:2, 2016:22, 2016:23, 2032:16, 2037:9, 2037:18, 2037:22, 2040:14, 2041:12, 2043:23, 2044:6, 2046:9, 2047:14, 2050:3, 2052:11, 2055:17, 2057:21, 2059:12, 2059:24, 2060:22, 2063:12, 2064:6, 2064:14, 2064:21, 2067:7, 2070:23, 2074:16, 2077:9, 2080:21, 2085:22, 2086:7, 2086:8, 2090:19, 2110:23, 2111:1, 2131:25, 2134:15, 2144:2, 2144:17, 2147:9, 2150:17
**likelihood** [1] - 2133:22
**likely** [1] - 2117:25

**likewise** [2] - 2008:16, 2071:16
**line** [58] - 2014:1, 2017:15, 2017:17, 2017:19, 2027:24, 2035:14, 2048:8, 2048:10, 2048:14, 2068:21, 2069:2, 2069:19, 2070:14, 2073:14, 2073:19, 2075:2, 2077:18, 2077:21, 2079:22, 2080:24, 2081:20, 2083:6, 2083:8, 2084:1, 2084:3, 2084:5, 2084:6, 2084:17, 2085:7, 2085:17, 2093:14, 2095:2, 2097:17, 2097:22, 2114:5, 2114:14, 2115:11, 2118:20, 2120:6, 2120:14, 2121:1, 2121:8, 2121:18, 2121:21, 2122:2, 2122:16, 2122:20, 2122:25, 2124:11, 2152:14, 2158:23, 2159:3, 2159:15, 2159:18, 2162:7, 2162:10
**linear** [2] - 2016:23
**lined** [5] - 2075:4, 2086:7, 2095:3, 2097:22, 2124:11
**liner** [4] - 2036:22, 2043:2, 2043:5, 2043:9
**lines** [14] - 2048:5, 2048:12, 2069:8, 2070:12, 2072:10, 2073:8, 2073:12, 2073:13, 2073:15, 2073:17, 2143:22, 2159:25
**lineup** [1] - 2084:25
**LISKOW** [1] - 2002:20
**list** [9] - 2008:17, 2008:18, 2065:14, 2140:1, 2150:10, 2150:11, 2154:7, 2154:14, 2156:7
**listed** [4] - 2056:21, 2150:21, 2153:25, 2162:14
**lists** [1] - 2090:25
**literally** [1] - 2103:4
**LITIGATION** [1] - 2001:21

**little** [26] - 2007:8, 2013:15, 2013:18, 2017:19, 2022:11, 2032:6, 2039:5, 2072:23, 2074:20, 2074:23, 2079:9, 2081:22, 2084:18, 2088:7, 2101:16, 2106:17, 2107:23, 2109:15, 2119:11, 2123:21, 2132:16, 2132:24, 2136:25, 2142:8, 2158:25, 2160:2
**LLC** [1] - 2003:11
**LMRP** [1] - 2068:18
**located** [1] - 2155:14
**location** [4] - 2053:17, 2062:21, 2075:16, 2152:22
**locations** [2] - 2061:8, 2062:6
**logged** [2] - 2022:9, 2022:14
**loggers** [1] - 2100:12
**logging** [4] - 2022:10, 2022:16, 2038:23, 2154:1
**London** [2] - 2064:1, 2064:7
**long** [27] - 2010:24, 2011:1, 2012:15, 2026:2, 2026:9, 2027:9, 2030:17, 2031:8, 2032:11, 2037:11, 2043:2, 2043:5, 2043:8, 2045:21, 2050:4, 2061:1, 2069:4, 2082:2, 2100:8, 2123:3, 2123:14, 2134:19, 2156:7, 2158:14, 2162:5
**longer** [2] - 2081:11, 2155:1
**look** [29] - 2010:3, 2016:8, 2020:11, 2027:21, 2036:19, 2042:22, 2044:15, 2084:3, 2089:16, 2093:10, 2101:15, 2108:16, 2109:23, 2110:13, 2111:6, 2127:18, 2128:6, 2130:1, 2140:1, 2140:24, 2143:22, 2145:23, 2145:25, 2148:20, 2149:23, 2150:16, 2157:8, 2159:7

**looked** [15] - 2010:2, 2020:15, 2094:8, 2101:8, 2110:15, 2112:19, 2127:13, 2127:14, 2142:20, 2146:1, 2156:8, 2159:3, 2159:24, 2160:3, 2160:5
**looking** [31] - 2037:13, 2048:9, 2071:7, 2086:18, 2094:6, 2094:10, 2101:10, 2109:10, 2109:15, 2109:25, 2118:11, 2124:5, 2127:3, 2127:18, 2128:7, 2130:16, 2130:17, 2130:19, 2132:13, 2135:5, 2138:1, 2139:1, 2139:16, 2141:10, 2142:11, 2143:18, 2148:11, 2148:12, 2157:4, 2158:23, 2159:18
**looks** [3] - 2070:23, 2074:16, 2150:16
**LOS** [1] - 2003:24
**lose** [3] - 2019:18, 2039:8, 2057:12
**losing** [5] - 2037:6, 2039:7, 2048:19, 2048:20, 2048:21
**loss** [18] - 2017:25, 2018:11, 2019:11, 2019:23, 2020:2, 2020:3, 2020:24, 2021:4, 2021:8, 2021:18, 2037:6, 2048:17, 2048:18, 2056:16, 2056:17, 2056:20, 2057:1, 2106:20
**losses** [11] - 2017:23, 2018:8, 2018:24, 2019:7, 2022:5, 2022:8, 2022:15, 2022:17, 2022:19, 2030:6
**lost** [5] - 2023:17, 2030:8, 2037:25, 2039:4, 2041:12
**lot** [9] - 2013:7, 2076:22, 2079:2, 2080:21, 2082:1, 2088:16, 2148:20, 2162:21
**Louisiana** [2] - 2105:13, 2164:5
**LOUISIANA** [5] -

1998:2, 1998:8, 2002:8, 2002:10, 2005:8
**lower** [7] - 2036:22, 2039:16, 2039:18, 2068:18, 2077:14, 2078:21, 2132:11
**lowering** [1] - 2018:21
**LUIS** [1] - 2003:23
**lunch** [1] - 2163:16
**LUNCH** [1] - 2163:20
**LUTHER** [1] - 2002:4
**LWD** [1] - 2154:3

## M

**m** [1] - 2007:4
**M** [2] - 1999:14, 2062:4
**ma'am** [26] - 2010:19, 2011:11, 2012:6, 2012:22, 2013:2, 2013:10, 2014:16, 2016:6, 2018:23, 2019:8, 2019:13, 2019:24, 2020:13, 2021:15, 2022:7, 2022:21, 2023:3, 2023:9, 2023:12, 2023:21, 2024:3, 2024:6, 2024:19, 2024:23, 2026:13, 2032:25
**Macondo** [23] - 2020:14, 2020:16, 2020:22, 2022:24, 2023:10, 2023:13, 2025:13, 2029:15, 2029:18, 2030:5, 2030:9, 2032:14, 2035:4, 2038:18, 2040:9, 2042:7, 2102:10, 2112:21, 2139:24, 2140:3, 2141:14, 2142:13
**made** [23] - 2008:22, 2010:8, 2022:16, 2027:20, 2040:25, 2041:17, 2043:3, 2043:9, 2043:11, 2043:16, 2043:25, 2044:8, 2046:7, 2046:14, 2069:11, 2094:8, 2098:2, 2110:10, 2110:20, 2111:8, 2116:17, 2137:7, 2143:7
**MAGAZINE** [1] - 2000:22

**MAHTOOK** [1] - 2004:3

**mail** [14] - 2034:7, 2042:1, 2042:10, 2042:22, 2046:12, 2047:10, 2109:24, 2111:15, 2112:1, 2112:3, 2112:9, 2143:18, 2144:24, 2155:10

**mailed** [1] - 2143:22

**mails** [1] - 2034:25

**MAIN** [1] - 2000:15

**maintain** [1] - 2108:19

**maintenance** [1] - 2145:16

**make** [24] - 2007:8, 2013:15, 2013:18, 2025:24, 2041:3, 2041:5, 2045:23, 2048:24, 2050:17, 2052:13, 2055:8, 2061:4, 2063:3, 2065:13, 2080:4, 2110:5, 2110:7, 2110:24, 2117:8, 2118:7, 2145:5, 2159:13, 2160:2

**makes** [4] - 2011:18, 2053:3, 2070:11, 2082:17

**making** [1] - 2042:19

**MALINDA** [1] - 2001:17

**man** [9] - 2024:22, 2025:10, 2127:17, 2127:25, 2129:10, 2130:1, 2130:4

**management** [3] - 2025:3, 2026:15, 2060:11

**Management** [1] - 2020:10

**manner** [6] - 2031:17, 2076:15, 2077:3, 2109:23, 2156:9, 2156:22

**manual** [1] - 2112:9

**many** [12] - 2013:3, 2028:3, 2029:19, 2029:24, 2030:7, 2036:24, 2037:10, 2040:25, 2041:5, 2123:5, 2133:22, 2161:15

**MARCH** [1] - 2007:3

**March** [6] - 1998:9, 2010:10, 2012:20, 2029:22, 2029:25,

2110:18

**margin** [2] - 2021:14, 2021:19

**margins** [1] - 2012:19

**marine** [2] - 2068:19, 2068:22

**Marine** [1] - 2062:3

**mark** [1] - 2034:20

**Mark** [9] - 2096:24, 2097:4, 2097:18, 2097:20, 2098:9, 2098:11, 2124:5, 2124:9

**MARSHAL** [1] - 2163:18

**mate** [1] - 2160:24

**material** [4] - 2019:24, 2056:21, 2074:13, 2143:4

**materials** [1] - 2018:19

**matter** [11] - 2040:15, 2059:12, 2063:11, 2064:20, 2068:6, 2086:25, 2090:24, 2100:12, 2120:15, 2120:16, 2164:8

**matters** [2] - 2009:13, 2035:4

**MATTHEW** [1] - 2003:8

**may** [26] - 2007:15, 2009:18, 2018:17, 2019:17, 2020:6, 2020:7, 2025:5, 2028:15, 2037:21, 2053:4, 2057:22, 2059:10, 2063:17, 2067:9, 2078:12, 2078:14, 2109:17, 2111:13, 2148:15, 2148:16, 2149:5, 2157:19

**maybe** [10] - 2029:2, 2030:3, 2049:2, 2062:13, 2071:6, 2086:13, 2090:19, 2101:18, 2122:6, 2151:22

**MAZE** [2] - 2002:4, 2105:12

**McCLELLAN** [1] - 2001:15

**MCKINNEY** [1] - 2004:18

**McMahan** [1] - 2111:3

**me** [47] - 2010:23,

2012:16, 2015:2, 2016:10, 2024:7, 2025:8, 2025:24, 2025:25, 2028:14, 2029:10, 2029:11, 2032:8, 2033:13, 2036:20, 2039:12, 2044:24, 2046:3, 2048:14, 2061:14, 2062:19, 2064:14, 2064:18, 2066:17, 2071:10, 2079:3, 2091:13, 2092:7, 2092:12, 2093:16, 2093:21, 2096:15, 2099:20, 2108:23, 2110:21, 2112:7, 2118:20, 2119:11, 2124:21, 2126:10, 2126:13, 2131:8, 2142:8, 2142:10, 2150:16, 2159:6, 2159:13

**mean** [16] - 2019:3, 2023:24, 2025:23, 2026:10, 2047:14, 2057:18, 2062:13, 2070:4, 2075:11, 2081:6, 2081:7, 2089:2, 2118:8, 2118:10, 2146:15, 2159:20

**meaning** [3] - 2017:7, 2089:7, 2158:18

**means** [10] - 2011:14, 2011:16, 2017:25, 2019:4, 2025:24, 2025:25, 2026:22, 2075:16, 2075:17, 2112:7

**meant** [2] - 2026:15, 2082:21

**measure** [4] - 2071:23, 2071:24, 2072:1

**measuring** [1] - 2081:10

**MECHANICAL** [1] - 2005:16

**mechanical** [3] - 2107:11, 2107:21, 2108:1

**mechanically** [3] - 2018:3, 2018:6, 2079:16

**medal** [1] - 2028:25

**member** [1] - 2026:14

**members** [1] -

2015:5

**memory** [2] - 2048:11, 2089:17

**men** [3] - 2027:7, 2061:12, 2071:24

**mention** [3] - 2067:9, 2139:2, 2157:18

**mentioned** [4] - 2015:12, 2105:24, 2105:25, 2151:15

**MERIT** [1] - 2005:13

**messed** [1] - 2023:15

**met** [3] - 2027:4, 2042:12, 2137:9

**method** [1] - 2115:10

**Mexico** [5] - 2013:6, 2018:7, 2067:25, 2112:12, 2127:11

**MEXICO** [1] - 1998:6

**MI** [2] - 2005:6, 2056:1

**mic** [4] - 2074:20, 2074:21, 2092:8, 2105:21

**MICHAEL** [2] - 2001:4, 2003:22

**Michael** [1] - 2105:15

**MICHELLE** [1] - 2001:16

**mics** [2] - 2011:1, 2092:7

**middle** [6] - 2010:13, 2011:6, 2012:1, 2047:15, 2121:20, 2122:19

**might** [22] - 2049:3, 2052:2, 2052:15, 2067:8, 2070:8, 2086:15, 2089:7, 2092:8, 2097:21, 2100:5, 2110:5, 2110:6, 2117:2, 2117:21, 2120:19, 2131:2, 2135:15, 2135:24, 2136:3, 2136:14, 2136:16, 2151:13

**MIKAL** [1] - 2000:3

**Mike** [2] - 2008:23, 2058:19

**miked** [1] - 2010:24

**Milazzo's** [1] - 2007:13

**miles** [1] - 2060:21

**MILLER** [1] - 2003:14

**Miller** [1] - 2087:22

**mind** [5] - 2016:10, 2125:2, 2125:3,

2125:7, 2125:12

**mine** [1] - 2131:8

**Mineral** [1] - 2020:9

**mini** [1] - 2075:1

**minimal** [1] - 2092:20

**minute** [7] - 2013:25, 2017:18, 2017:20, 2096:9, 2139:15, 2145:1, 2151:14

**minutes** [19] - 2017:18, 2017:19, 2017:20, 2017:21, 2029:10, 2042:12, 2044:11, 2079:6, 2084:18, 2120:9, 2133:6, 2137:18, 2139:20, 2158:16, 2161:12, 2161:15, 2163:8, 2163:14, 2163:16

**misinterpretation** [1] - 2082:11

**misrepresenting** [1] - 2127:21

**missed** [4] - 2128:18, 2128:21, 2128:24, 2129:7

**missing** [2] - 2041:15, 2093:9

**mistake** [1] - 2041:17

**MMS** [12] - 2020:1, 2020:4, 2020:22, 2021:16, 2021:17, 2021:20, 2035:23, 2084:1, 2090:10, 2113:24, 2115:7

**MMS's** [2] - 2020:9, 2020:15

**MOBILE** [1] - 1999:12

**model** [3] - 2025:19, 2065:8, 2065:23

**modeling** [3] - 2124:3, 2161:5, 2161:6

**modes** [2] - 2091:11, 2130:12

**MODU** [1] - 2067:14

**moment** [12] - 2063:16, 2065:6, 2079:21, 2079:23, 2080:21, 2081:3, 2095:21, 2100:24, 2101:20, 2122:9, 2128:11

**money** [2] - 2024:5, 2025:25

**monitor** [11] -

2084:1, 2138:1,
2149:14, 2149:15,
2158:16, 2159:8,
2159:19, 2159:20,
2159:22, 2159:24,
2160:5

**monitored** [1] -
2120:6

**monitoring** [16] -
2022:15, 2022:19,
2065:7, 2084:17,
2089:19, 2103:5,
2107:10, 2108:13,
2121:7, 2129:1,
2130:22, 2137:9,
2137:25, 2148:18,
2151:5, 2152:1

**monitors** [1] -
2066:18

**MONTGOMERY** [1] -
2002:6

**month** [2] - 2020:6,
2020:7

**more** [20] - 2013:18,
2018:13, 2021:11,
2029:14, 2040:16,
2049:1, 2053:3,
2057:20, 2057:23,
2073:17, 2085:22,
2086:17, 2094:5,
2106:17, 2142:14,
2147:4, 2151:7,
2160:10, 2160:15,
2163:14

**Morel** [5] - 2034:8,
2035:8, 2038:10,
2038:13, 2040:3

**MORGAN** [1] -
2005:6

**Morgan** [1] - 2007:14

**MORNING** [1] -
1998:20

**morning** [15] -
2007:7, 2008:10,
2009:23, 2009:24,
2029:6, 2029:7,
2029:9, 2040:14,
2051:2, 2051:4,
2105:15, 2105:19,
2105:20, 2139:1

**most** [3] - 2035:6,
2068:13, 2158:15

**motions** [1] -
2064:25

**move** [11] - 2007:16,
2009:8, 2018:14,
2024:14, 2044:13,
2046:15, 2074:20,
2092:8, 2123:24,
2125:19

**moved** [2] - 2023:16,
2084:3

**movement** [1] -
2147:14

**moves** [1] - 2012:1

**moving** [5] -
2054:17, 2066:14,
2075:16, 2095:12,
2123:21

**MR** [150] - 2007:21,
2008:2, 2008:8,
2008:10, 2008:16,
2008:22, 2009:2,
2009:4, 2010:6,
2015:18, 2022:11,
2022:13, 2022:18,
2026:22, 2027:1,
2027:3, 2028:20,
2028:23, 2029:1,
2029:5, 2041:23,
2041:24, 2044:12,
2044:14, 2048:9,
2048:13, 2049:7,
2049:15, 2049:18,
2049:24, 2050:19,
2050:22, 2051:1,
2051:16, 2051:17,
2052:24, 2053:8,
2053:12, 2053:15,
2055:24, 2056:2,
2056:4, 2056:6,
2058:6, 2058:11,
2058:19, 2058:22,
2064:22, 2065:2,
2065:5, 2065:10,
2065:12, 2066:1,
2066:2, 2066:6,
2066:20, 2066:22,
2066:25, 2067:1,
2067:2, 2067:5,
2074:25, 2081:24,
2082:5, 2082:8,
2083:1, 2083:2,
2083:3, 2091:15,
2091:20, 2092:3,
2092:4, 2092:7,
2092:9, 2093:10,
2093:12, 2093:15,
2093:22, 2096:18,
2096:20, 2097:6,
2097:7, 2097:17,
2097:19, 2098:20,
2098:23, 2099:2,
2099:10, 2099:12,
2099:15, 2103:17,
2103:20, 2105:2,
2105:10, 2105:12,
2105:13, 2105:15,
2105:18, 2105:22,
2105:23, 2112:18,

2121:11, 2121:16,
2121:22, 2122:4,
2125:6, 2125:8,
2125:14, 2125:16,
2125:19, 2125:21,
2126:25, 2127:2,
2127:20, 2127:24,
2129:15, 2129:24,
2132:6, 2132:7,
2136:17, 2136:19,
2136:21, 2136:23,
2141:19, 2141:21,
2142:23, 2142:24,
2143:16, 2143:17,
2144:20, 2144:25,
2146:4, 2146:5,
2149:23, 2149:24,
2152:6, 2152:7,
2153:8, 2153:9,
2156:11, 2156:19,
2156:25, 2157:3,
2157:7, 2157:10,
2158:20, 2159:17,
2159:21, 2159:23,
2163:15

**Mr** [155] - 2006:7,
2006:8, 2006:9,
2006:10, 2006:14,
2006:15, 2006:16,
2006:17, 2007:22,
2007:25, 2008:7,
2008:12, 2008:17,
2009:1, 2009:2,
2009:17, 2009:23,
2024:24, 2026:14,
2026:20, 2027:4,
2028:20, 2028:24,
2029:6, 2029:19,
2030:14, 2030:24,
2031:23, 2032:1,
2034:14, 2034:15,
2034:20, 2034:21,
2034:22, 2034:23,
2035:3, 2038:13,
2039:1, 2041:25,
2042:2, 2042:7,
2042:14, 2042:23,
2044:13, 2044:21,
2045:6, 2047:10,
2047:11, 2049:12,
2049:16, 2051:3,
2052:15, 2052:18,
2053:16, 2056:3,
2056:7, 2058:23,
2059:6, 2064:23,
2066:6, 2066:13,
2067:6, 2087:24,
2091:10, 2092:5,
2093:20, 2094:2,
2094:16, 2094:17,
2094:25, 2095:20,

2095:21, 2096:5,
2096:21, 2097:8,
2097:10, 2097:25,
2098:6, 2098:17,
2098:23, 2099:6,
2100:3, 2100:24,
2100:25, 2101:4,
2101:24, 2102:3,
2102:15, 2102:16,
2102:23, 2102:25,
2103:3, 2103:14,
2103:18, 2104:1,
2104:9, 2104:18,
2104:21, 2105:19,
2105:24, 2109:25,
2111:3, 2111:13,
2111:18, 2111:21,
2111:25, 2112:19,
2115:24, 2116:3,
2118:18, 2123:6,
2124:15, 2124:21,
2124:24, 2125:2,
2125:12, 2125:23,
2125:24, 2125:25,
2126:1, 2126:6,
2127:3, 2133:8,
2134:18, 2136:24,
2137:17, 2139:6,
2139:7, 2139:19,
2142:10, 2142:20,
2143:2, 2143:9,
2143:18, 2143:22,
2143:25, 2151:15,
2155:11, 2157:11,
2158:21, 2160:7,
2160:20, 2161:8,
2163:12

**MS** [22] - 2009:5,
2009:7, 2009:15,
2009:18, 2009:20,
2009:22, 2010:4,
2010:5, 2012:23,
2012:24, 2014:5,
2014:7, 2016:1,
2016:2, 2017:11,
2026:18, 2029:2,
2041:19, 2041:22,
2049:9, 2052:13,
2058:8

**Ms** [6] - 2006:6,
2009:14, 2029:14,
2056:8, 2087:22,
2103:10

**MSS** [1] - 2115:8

**much** [12] - 2028:20,
2033:20, 2034:23,
2055:24, 2057:13,
2057:15, 2058:6,
2059:9, 2079:7,
2081:22, 2134:22,
2138:25

**mud** [67] - 2013:23,
2016:21, 2018:17,
2018:18, 2018:21,
2020:23, 2021:2,
2021:10, 2030:6,
2030:7, 2036:14,
2037:10, 2038:1,
2039:4, 2048:19,
2048:20, 2049:3,
2050:3, 2050:5,
2056:19, 2056:20,
2057:17, 2067:23,
2068:12, 2068:13,
2068:15, 2070:9,
2073:8, 2074:2,
2074:6, 2074:13,
2075:17, 2076:10,
2076:12, 2076:14,
2076:17, 2076:20,
2077:5, 2079:13,
2079:18, 2080:6,
2080:9, 2100:12,
2114:12, 2114:13,
2114:15, 2126:18,
2127:9, 2127:10,
2127:12, 2130:8,
2138:19, 2141:11,
2141:15, 2141:17,
2141:25, 2145:2,
2145:6, 2146:25,
2147:4, 2147:12,
2154:11, 2154:25,
2162:3, 2162:21

**mud/gas** [2] -
2162:15, 2162:19

**mudline** [5] -
2068:23, 2069:1,
2072:6, 2072:8,
2076:3

**mudlogger** [29] -
2032:3, 2032:16,
2032:18, 2033:4,
2128:24, 2137:9,
2137:16, 2137:22,
2138:7, 2138:18,
2139:9, 2140:16,
2147:23, 2148:5,
2148:7, 2149:2,
2149:6, 2149:13,
2153:11, 2153:13,
2154:9, 2154:16,
2154:19, 2154:25,
2156:1, 2156:23,
2157:6, 2157:24

**mudlogger's** [3] -
2137:15, 2148:21,
2155:23

**mudloggers** [2] -
2138:17, 2139:3

**mudlogging** [4] -

2137:6, 2137:7,
2153:18, 2153:24
 **multiple** [2] - 2113:1,
2123:5
 **MUNGER** [1] -
2003:21
 **must** [5] - 2090:17,
2090:19, 2090:20,
2093:9, 2109:17
 **MWD** [2] - 2033:11,
2154:3
 **my** [25] - 2010:22,
2026:22, 2028:4,
2050:15, 2061:13,
2062:12, 2062:19,
2082:20, 2082:21,
2088:13, 2092:10,
2093:12, 2094:2,
2096:14, 2097:3,
2125:11, 2132:13,
2139:10, 2151:7,
2154:11, 2155:3,
2159:12, 2161:14,
2162:12, 2164:7

# N

 **N** [8] - 2003:8,
2006:1, 2007:4,
2058:18, 2062:4
 **name** [10] - 2031:25,
2033:5, 2033:6,
2033:10, 2047:7,
2058:16, 2060:2,
2062:2, 2086:6,
2144:23
 **names** [2] - 2033:6,
2111:23
 **narrate** [2] - 2072:12,
2077:9
 **NATHANIEL** [1] -
2001:11
 **nationality** [1] -
2086:5
 **NATURAL** [1] -
2001:8
 **near** [1] - 2151:17
 **necessarily** [3] -
2048:2, 2118:8,
2131:3
 **necessary** [1] -
2090:17
 **need** [14] - 2021:18,
2026:25, 2057:17,
2077:8, 2095:23,
2096:11, 2110:6,
2118:2, 2135:15,
2142:9, 2148:10,
2148:15, 2148:18,
2160:10

 **needed** [4] - 2024:2,
2028:7, 2049:11,
2115:19
 **needs** [3] - 2037:24,
2101:5, 2135:11
 **negative** [53] -
2027:13, 2027:16,
2072:19, 2072:20,
2072:22, 2028:1,
2065:6, 2072:16,
2072:20, 2072:21,
2075:12, 2075:14,
2076:7, 2076:9,
2076:25, 2077:6,
2079:1, 2079:5,
2080:24, 2082:12,
2083:18, 2084:22,
2085:2, 2086:1,
2086:23, 2087:1,
2089:18, 2091:11,
2092:14, 2092:18,
2092:21, 2095:23,
2098:13, 2102:11,
2102:19, 2104:2,
2104:6, 2104:22,
2113:9, 2113:14,
2113:17, 2114:1,
2114:3, 2114:7,
2114:24, 2118:25,
2123:14, 2123:20,
2135:23, 2138:23,
2139:4, 2139:13,
2140:8
 **negative-pressure**
[27] - 2072:20,
2072:21, 2075:12,
2075:14, 2076:7,
2076:9, 2076:25,
2077:6, 2079:1,
2079:5, 2080:24,
2082:12, 2083:18,
2084:22, 2086:1,
2086:23, 2087:1,
2089:18, 2091:11,
2092:18, 2092:21,
2095:23, 2102:11,
2102:19, 2104:2,
2104:6, 2104:22
 **neither** [3] - 2093:25,
2137:14, 2138:21
 **nerve** [2] - 2103:8,
2103:25
 **never** [12] - 2027:16,
2042:19, 2048:18,
2090:7, 2090:10,
2090:12, 2118:19,
2119:18, 2125:3,
2127:9, 2138:17,
2143:12
 **nevertheless** [1] -

2101:19
 **new** [6] - 2013:20,
2014:22, 2014:24,
2056:21, 2056:24,
2057:3
 **New** [1] - 2101:15
 **NEW** [10] - 1998:8,
1999:8, 1999:16,
1999:23, 2000:22,
2002:16, 2002:23,
2003:15, 2004:13,
2005:14
 **next** [29] - 2011:4,
2024:11, 2057:16,
2058:10, 2060:18,
2065:10, 2065:22,
2066:1, 2072:11,
2075:5, 2079:25,
2083:4, 2087:22,
2089:12, 2091:7,
2093:17, 2094:15,
2095:6, 2095:12,
2096:18, 2097:17,
2101:23, 2103:16,
2104:5, 2110:2,
2133:8, 2136:19,
2163:13
 **nickel** [1] - 2068:10
 **night** [9] - 2008:4,
2008:12, 2152:25,
2153:10, 2153:20,
2155:22, 2157:24,
2160:8, 2160:13
 **nights** [1] - 2020:7
 **Nile** [2] - 2024:11,
2024:13
 **nine** [6] - 2022:14,
2030:19, 2034:2,
2061:3, 2146:25,
2163:8
 **NINTH** [1] - 2000:11
 **NO** [3] - 1998:8,
1998:12, 1998:14
 **No** [4] - 2044:15,
2045:11, 2046:4,
2046:17
 **no** [106] - 2008:18,
2008:24, 2009:10,
2012:11, 2015:14,
2015:18, 2018:4,
2019:13, 2019:24,
2020:25, 2021:5,
2021:20, 2022:7,
2023:12, 2023:21,
2024:3, 2024:6,
2024:19, 2024:23,
2025:2, 2025:6,
2025:11, 2025:14,
2025:18, 2026:13,
2026:17, 2027:18,

2028:1, 2031:14,
2031:18, 2032:21,
2032:23, 2033:18,
2034:5, 2039:4,
2041:20, 2042:18,
2042:21, 2045:10,
2046:3, 2046:14,
2046:24, 2047:7,
2049:19, 2052:21,
2054:18, 2054:24,
2056:2, 2060:8,
2064:13, 2064:21,
2065:7, 2079:16,
2081:2, 2081:11,
2082:1, 2083:19,
2083:22, 2084:14,
2084:18, 2084:23,
2085:6, 2085:9,
2085:18, 2086:8,
2086:11, 2093:5,
2095:2, 2104:10,
2105:10, 2105:12,
2105:13, 2112:13,
2113:9, 2113:14,
2113:22, 2116:16,
2119:9, 2120:11,
2120:13, 2120:19,
2121:9, 2121:18,
2122:5, 2122:16,
2124:25, 2125:3,
2125:5, 2129:16,
2131:11, 2136:17,
2138:14, 2140:21,
2141:5, 2145:12,
2148:1, 2148:3,
2153:7, 2155:1,
2155:13, 2158:22,
2159:9
 **nobody** [1] - 2039:12
 **non** [5] - 2063:19,
2063:21, 2064:19,
2090:4
 **non-attorneys** [1] -
2064:19
 **non-engineers** [2] -
2063:19, 2063:21
 **non-lawyers** [2] -
2090:4
 **none** [6] - 2057:1,
2058:8, 2122:24,
2124:19, 2139:7,
2139:11
 **NONJURY** [1] -
1998:21
 **NORFOLK** [1] -
2004:8
 **Normally** [1] -
2048:16
 **normally** [2] -
2045:1, 2145:18

 **north** [1] - 2062:7
 **NORTH** [1] - 2002:11
 **North** [9] - 2062:8,
2106:4, 2106:21,
2107:8, 2107:13,
2108:24, 2109:8,
2109:11, 2112:11
 **Northern** [2] -
2060:12, 2060:14
 **northwest** [1] -
2062:6
 **not** [193] - 2007:10,
2008:4, 2008:12,
2010:14, 2012:12,
2012:13, 2015:13,
2019:14, 2020:7,
2023:12, 2023:22,
2023:24, 2025:5,
2026:9, 2028:13,
2028:15, 2030:15,
2033:4, 2033:22,
2036:24, 2037:15,
2037:16, 2037:21,
2038:18, 2039:10,
2041:2, 2041:17,
2043:6, 2043:17,
2043:25, 2045:3,
2048:25, 2049:11,
2049:13, 2049:19,
2050:9, 2050:17,
2052:18, 2053:4,
2053:13, 2053:18,
2053:23, 2053:25,
2055:3, 2057:8,
2059:9, 2060:22,
2062:14, 2062:15,
2062:16, 2063:17,
2063:22, 2064:19,
2064:25, 2065:3,
2065:15, 2065:17,
2065:19, 2065:21,
2067:10, 2067:16,
2067:17, 2068:18,
2069:18, 2070:6,
2070:13, 2073:14,
2076:13, 2077:23,
2078:4, 2078:15,
2078:17, 2079:1,
2079:3, 2079:16,
2080:10, 2081:14,
2082:15, 2082:19,
2082:22, 2082:23,
2083:11, 2083:19,
2083:23, 2084:23,
2085:8, 2086:2,
2086:18, 2088:11,
2089:25, 2090:1,
2090:19, 2090:20,
2092:1, 2092:22,
2093:3, 2094:4,

2095:13, 2097:16,
2099:16, 2099:25,
2100:1, 2100:7,
2103:2, 2103:15,
2108:5, 2109:2,
2109:9, 2109:12,
2111:1, 2111:2,
2111:6, 2111:14,
2111:25, 2112:6,
2113:20, 2113:22,
2115:7, 2115:8,
2116:15, 2117:2,
2117:5, 2118:8,
2118:10, 2119:12,
2121:12, 2125:1,
2126:3, 2126:24,
2127:1, 2127:10,
2127:21, 2129:8,
2129:15, 2130:8,
2130:21, 2131:3,
2131:6, 2131:9,
2131:11, 2134:14,
2134:16, 2135:7,
2135:24, 2137:2,
2137:8, 2138:6,
2138:12, 2138:18,
2138:24, 2139:10,
2139:11, 2139:14,
2140:14, 2140:15,
2140:23, 2141:11,
2141:15, 2141:23,
2144:15, 2144:24,
2145:11, 2146:7,
2146:15, 2147:16,
2147:24, 2148:15,
2150:6, 2150:12,
2150:25, 2152:18,
2153:14, 2154:1,
2154:2, 2154:3,
2154:10, 2154:11,
2154:16, 2154:19,
2155:20, 2155:25,
2156:12, 2156:13,
2156:14, 2156:16,
2157:19, 2158:6,
2158:12
   **notation** [1] -
2011:13
   **note** [6] - 2039:18,
2039:20, 2039:21,
2039:22, 2111:20,
2130:12
   **noted** [7] - 2010:3,
2011:15, 2080:17,
2082:9, 2083:25,
2128:18, 2141:5
   **notes** [10] - 2039:19,
2042:3, 2042:5,
2042:6, 2098:21,
2098:22, 2110:16,
2124:5, 2124:6,

2125:22
   **notice** [3] - 2151:2,
2151:10, 2154:14
   **noticed** [1] - 2128:20
   **noticing** [1] -
2160:21
   **now** [52] - 2017:6,
2017:12, 2018:10,
2020:1, 2023:10,
2024:7, 2025:19,
2037:5, 2038:4,
2043:1, 2043:8,
2043:14, 2048:20,
2054:21, 2060:18,
2072:18, 2073:9,
2073:11, 2073:23,
2073:25, 2075:10,
2076:21, 2077:13,
2077:16, 2078:18,
2078:19, 2080:10,
2080:13, 2081:10,
2083:24, 2084:9,
2084:24, 2086:14,
2087:5, 2089:25,
2092:10, 2096:1,
2102:3, 2102:16,
2102:21, 2103:2,
2105:4, 2109:20,
2119:11, 2120:21,
2123:20, 2128:1,
2135:21, 2138:5,
2142:20, 2145:22,
2153:16
   **nowhere** [1] -
2047:15
   **nuances** [1] -
2156:16
   **number** [36] -
2013:5, 2026:11,
2027:8, 2027:13,
2029:20, 2030:10,
2031:7, 2034:8,
2036:3, 2036:19,
2038:9, 2039:19,
2039:24, 2039:25,
2042:23, 2043:23,
2043:24, 2046:13,
2047:9, 2047:10,
2050:22, 2064:15,
2067:1, 2075:4,
2078:21, 2106:15,
2112:20, 2116:10,
2117:4, 2120:23,
2127:15, 2128:18,
2131:16, 2140:5,
2143:19, 2143:23
   **numbered** [1] -
2164:8
   **numbers** [5] -
2045:18, 2068:6,

2078:22, 2079:2,
2118:1
   **NW** [1] - 2003:4

# O

   **O** [2] - 2007:4
   **o'clock** [3] - 2123:7,
2123:10, 2163:17
   **O'KEEFE** [1] -
1999:8
   **O'ROURKE** [1] -
2001:9
   **object** [8] - 2041:19,
2091:18, 2098:20,
2121:11, 2127:21,
2129:15, 2156:11,
2157:7
   **objected** [1] -
2008:24
   **objection** [24] -
2007:25, 2008:1,
2008:6, 2008:9,
2008:14, 2008:15,
2008:18, 2009:11,
2015:18, 2049:8,
2049:9, 2052:14,
2064:10, 2081:24,
2091:15, 2099:1,
2099:10, 2103:17,
2122:6, 2125:6,
2127:22, 2156:25,
2157:2, 2157:9
   **objections** [6] -
2008:5, 2008:13,
2008:20, 2009:10,
2064:23, 2065:3
   **objective** [3] -
2057:9, 2057:25,
2058:4
   **obligation** [1] -
2104:11
   **observation** [4] -
2010:12, 2031:12,
2081:3, 2124:24
   **observations** [1] -
2011:4
   **observe** [6] - 2031:4,
2032:15, 2032:17,
2032:18, 2131:23,
2154:22
   **observed** [5] -
2042:19, 2092:21,
2092:23, 2093:4,
2129:17
   **obvious** [2] -
2015:22, 2158:16
   **obviously** [5] -
2043:14, 2057:3,

2066:19, 2087:6,
2159:7
   **occasion** [4] -
2031:4, 2032:15,
2033:1, 2033:15
   **occur** [1] - 2055:14
   **occurred** [13] -
2029:15, 2064:17,
2085:16, 2094:18,
2105:25, 2106:4,
2106:21, 2107:5,
2107:13, 2107:20,
2110:11, 2132:23,
2143:8
   **occurring** [3] -
2055:2, 2104:23,
2145:23
   **occurs** [4] - 2019:9,
2021:7, 2054:12,
2055:3
   **ocean** [3] - 2087:8,
2153:6
   **OD** [1] - 2039:6
   **OEM** [2] - 2010:14,
2010:15
   **OF** [14] - 1998:2,
1998:6, 1998:13,
1998:15, 1998:21,
2001:3, 2001:8,
2001:14, 2001:20,
2002:3, 2002:8,
2002:9, 2002:10
   **of** [642] - 2007:11,
2007:22, 2007:25,
2008:4, 2008:13,
2008:17, 2009:4,
2009:16, 2010:2,
2010:7, 2010:8,
2010:10, 2010:18,
2011:3, 2011:6,
2011:15, 2011:25,
2012:9, 2012:10,
2012:20, 2013:4,
2013:6, 2013:7,
2013:11, 2013:12,
2013:20, 2014:5,
2014:8, 2014:11,
2014:13, 2014:21,
2014:22, 2014:24,
2015:5, 2015:12,
2015:15, 2015:21,
2016:3, 2016:15,
2016:19, 2016:20,
2016:21, 2016:23,
2016:24, 2016:25,
2017:7, 2017:12,
2017:17, 2017:18,
2018:4, 2018:7,
2018:23, 2019:17,
2019:19, 2019:20,

2019:21, 2019:22,
2020:4, 2021:2,
2021:6, 2021:13,
2021:14, 2021:21,
2021:22, 2022:8,
2022:25, 2023:1,
2023:2, 2023:5,
2023:11, 2023:15,
2024:9, 2024:25,
2025:4, 2025:9,
2025:13, 2025:16,
2026:1, 2026:3,
2026:9, 2026:14,
2027:7, 2027:8,
2027:13, 2027:25,
2028:4, 2028:10,
2028:25, 2029:1,
2029:25, 2030:6,
2030:7, 2030:10,
2030:19, 2031:4,
2031:7, 2031:12,
2031:15, 2031:20,
2032:8, 2032:22,
2033:6, 2033:10,
2033:16, 2033:21,
2034:8, 2034:11,
2034:16, 2035:6,
2035:7, 2035:16,
2035:24, 2035:25,
2036:2, 2036:16,
2036:17, 2036:23,
2037:1, 2037:3,
2037:6, 2037:9,
2037:10, 2037:14,
2037:25, 2038:1,
2038:4, 2038:19,
2039:4, 2039:15,
2039:16, 2039:19,
2040:2, 2040:3,
2040:15, 2040:20,
2041:10, 2041:11,
2041:13, 2041:15,
2043:5, 2043:6,
2043:23, 2043:24,
2044:16, 2044:19,
2045:6, 2045:17,
2045:24, 2046:10,
2046:13, 2046:15,
2046:21, 2047:1,
2047:5, 2047:7,
2047:15, 2047:19,
2047:20, 2047:25,
2048:1, 2048:3,
2048:17, 2048:24,
2049:3, 2049:4,
2049:9, 2049:13,
2049:16, 2049:19,
2049:21, 2049:25,
2050:3, 2050:5,
2050:6, 2050:22,
2051:2, 2051:22,

2051:24, 2052:1,
2052:8, 2052:25,
2053:17, 2053:20,
2054:8, 2054:12,
2054:15, 2055:9,
2055:17, 2055:19,
2056:9, 2056:16,
2056:19, 2056:20,
2056:24, 2057:1,
2057:3, 2057:4,
2057:7, 2057:8,
2057:9, 2057:16,
2057:18, 2058:2,
2058:3, 2058:19,
2058:24, 2059:1,
2059:6, 2059:19,
2059:20, 2059:21,
2059:22, 2060:1,
2060:2, 2060:5,
2060:6, 2060:10,
2060:11, 2060:18,
2060:19, 2060:21,
2060:24, 2060:25,
2061:5, 2061:7,
2062:2, 2062:6,
2062:7, 2062:12,
2062:18, 2062:22,
2063:3, 2063:7,
2063:14, 2063:15,
2063:18, 2063:20,
2064:3, 2064:9,
2064:15, 2064:18,
2065:8, 2065:24,
2066:8, 2066:9,
2066:10, 2066:11,
2066:16, 2067:1,
2067:3, 2067:6,
2067:15, 2067:17,
2067:20, 2067:21,
2067:22, 2067:23,
2067:25, 2068:3,
2068:4, 2068:8,
2068:10, 2068:19,
2068:25, 2069:1,
2069:2, 2069:5,
2069:11, 2069:21,
2070:14, 2070:16,
2070:17, 2070:21,
2070:22, 2070:23,
2071:1, 2071:13,
2071:21, 2071:25,
2072:4, 2072:7,
2072:19, 2072:20,
2073:9, 2074:2,
2074:6, 2074:16,
2074:21, 2075:1,
2075:2, 2075:4,
2075:19, 2075:21,
2075:22, 2076:4,
2076:5, 2076:10,
2076:17, 2076:22,

2076:24, 2076:25,
2077:6, 2078:1,
2078:6, 2078:22,
2079:2, 2079:5,
2079:10, 2079:12,
2079:18, 2079:19,
2079:20, 2079:25,
2080:6, 2080:11,
2080:15, 2080:16,
2080:23, 2081:3,
2081:11, 2081:15,
2081:22, 2082:1,
2082:10, 2082:11,
2082:13, 2082:19,
2082:22, 2083:6,
2083:14, 2084:6,
2084:23, 2084:25,
2085:5, 2085:7,
2086:15, 2086:19,
2087:15, 2087:16,
2088:1, 2088:4,
2088:14, 2088:16,
2089:4, 2089:5,
2089:6, 2091:8,
2091:9, 2091:11,
2091:12, 2091:16,
2091:23, 2092:15,
2092:17, 2092:19,
2092:25, 2093:1,
2093:4, 2093:15,
2093:17, 2094:1,
2094:4, 2094:5,
2094:7, 2094:12,
2094:16, 2094:17,
2094:19, 2095:4,
2095:12, 2095:17,
2095:25, 2096:1,
2096:5, 2096:22,
2096:24, 2096:25,
2097:1, 2097:18,
2098:10, 2098:16,
2099:14, 2099:20,
2101:11, 2101:16,
2101:23, 2101:24,
2102:1, 2102:9,
2102:23, 2103:5,
2103:8, 2103:10,
2103:16, 2103:22,
2104:1, 2104:25,
2105:8, 2106:1,
2106:11, 2106:12,
2106:20, 2106:23,
2107:11, 2107:12,
2107:14, 2107:19,
2107:20, 2108:8,
2108:10, 2109:1,
2109:12, 2109:16,
2110:1, 2110:2,
2110:17, 2111:3,
2111:7, 2111:14,
2111:15, 2111:20,

2111:23, 2111:24,
2112:7, 2112:12,
2112:14, 2112:20,
2113:4, 2114:12,
2114:13, 2114:14,
2114:18, 2114:19,
2116:19, 2117:4,
2117:10, 2117:13,
2117:25, 2118:13,
2118:25, 2119:12,
2120:18, 2120:24,
2120:25, 2121:7,
2121:12, 2121:20,
2121:25, 2122:14,
2122:19, 2122:24,
2123:6, 2123:14,
2124:19, 2124:22,
2125:2, 2125:7,
2125:10, 2125:12,
2125:23, 2126:18,
2126:21, 2127:11,
2127:25, 2128:9,
2128:19, 2128:21,
2129:2, 2129:6,
2130:9, 2130:17,
2130:25, 2131:1,
2131:7, 2131:10,
2131:15, 2131:16,
2132:3, 2132:8,
2132:22, 2133:1,
2133:3, 2134:1,
2134:11, 2135:2,
2135:11, 2135:12,
2135:14, 2135:16,
2136:4, 2136:5,
2137:1, 2137:3,
2137:5, 2137:9,
2137:19, 2137:25,
2138:17, 2138:21,
2138:25, 2139:2,
2139:7, 2139:10,
2139:11, 2139:12,
2139:13, 2139:18,
2139:22, 2140:1,
2140:13, 2140:17,
2140:19, 2140:22,
2141:2, 2142:18,
2142:21, 2143:4,
2143:6, 2143:19,
2143:23, 2144:7,
2144:8, 2144:11,
2144:18, 2145:16,
2145:19, 2146:7,
2146:8, 2146:12,
2146:14, 2146:16,
2146:22, 2146:24,
2146:25, 2147:2,
2147:7, 2147:17,
2147:19, 2147:24,
2148:5, 2148:20,
2148:21, 2149:5,

2149:12, 2149:21,
2150:1, 2150:2,
2150:3, 2150:13,
2150:14, 2150:20,
2150:24, 2151:9,
2151:17, 2151:19,
2151:20, 2151:24,
2151:25, 2152:2,
2152:4, 2152:8,
2152:20, 2152:21,
2152:22, 2153:4,
2153:7, 2153:10,
2153:11, 2153:12,
2153:19, 2153:23,
2154:2, 2154:6,
2154:8, 2154:12,
2155:2, 2155:5,
2156:4, 2156:7,
2156:16, 2156:20,
2156:22, 2157:2,
2157:6, 2157:8,
2157:11, 2157:19,
2157:22, 2157:23,
2158:8, 2159:1,
2159:8, 2160:12,
2160:21, 2161:13,
2162:8, 2162:9,
2162:21, 2164:5,
2164:6, 2164:7

**off** [45] - 2009:25,
2012:20, 2013:1,
2013:3, 2013:8,
2013:12, 2013:17,
2014:3, 2014:8,
2014:10, 2014:12,
2014:14, 2014:20,
2014:23, 2014:25,
2015:3, 2015:4,
2015:16, 2016:3,
2017:13, 2018:3,
2020:8, 2020:12,
2020:15, 2020:18,
2021:21, 2021:22,
2023:16, 2056:8,
2062:6, 2073:24,
2079:17, 2080:3,
2080:12, 2081:1,
2083:7, 2128:13,
2128:15, 2137:1,
2146:20, 2148:25,
2158:2, 2160:21,
2161:2, 2162:13

**offer** [3] - 2008:3,
2008:19, 2137:14

**offering** [2] -
2008:23, 2137:2

**OFFICE** [5] - 1999:4,
2001:18, 2002:3,
2002:8, 2002:12

  **office** [4] - 2010:22,

2014:12, 2044:1,
2044:16

  **officers** [1] - 2007:10

  **Official** [2] - 2164:4,
2164:13

  **OFFICIAL** [1] -
2005:12

  **offloading** [1] -
2147:12

  **OFFSHORE** [1] -
2003:12

  **often** [1] - 2020:4

  **oil** [20] - 2088:6,
2088:8, 2088:10,
2089:20, 2091:12,
2091:24, 2092:25,
2113:17, 2124:22,
2124:23, 2125:2,
2125:3, 2125:8,
2126:18, 2127:9,
2127:10, 2137:21,
2156:1, 2156:10,
2156:24

  **OIL** [2] - 1998:5

  **oil-based** [3] -
2126:18, 2127:9,
2127:10

  **Oilfield** [4] - 2104:13,
2136:6, 2136:12,
2136:14

  **OIM** [4] - 2010:22,
2011:19, 2012:15,
2015:9

  **okay** [55] - 2010:24,
2011:2, 2011:20,
2012:16, 2014:4,
2015:25, 2017:10,
2026:19, 2029:12,
2029:13, 2030:4,
2030:14, 2030:23,
2031:10, 2032:10,
2035:9, 2035:24,
2037:17, 2037:20,
2038:17, 2039:1,
2041:25, 2043:5,
2048:5, 2050:21,
2053:14, 2056:3,
2058:9, 2058:10,
2065:3, 2066:20,
2066:24, 2066:25,
2067:11, 2067:12,
2068:5, 2082:3,
2095:11, 2099:1,
2099:8, 2106:19,
2111:12, 2113:7,
2115:20, 2120:4,
2121:22, 2122:21,
2124:7, 2125:20,
2126:5, 2126:7,
2126:15, 2127:14,

2137:11, 2139:21
**OLSON** [1] - 2003:21
**on** [382] - 2007:9,
2007:14, 2007:18,
2007:21, 2009:25,
2010:25, 2011:2,
2011:12, 2011:15,
2011:24, 2012:1,
2012:14, 2012:20,
2012:25, 2013:12,
2013:16, 2013:21,
2014:11, 2014:19,
2014:20, 2015:10,
2015:15, 2016:3,
2016:13, 2017:19,
2019:22, 2020:3,
2020:16, 2020:19,
2020:21, 2021:6,
2021:12, 2021:25,
2022:4, 2022:5,
2022:24, 2023:3,
2023:10, 2023:11,
2023:14, 2023:15,
2023:16, 2024:12,
2024:15, 2024:20,
2024:21, 2025:4,
2025:10, 2026:2,
2026:9, 2027:9,
2027:22, 2027:24,
2028:12, 2028:13,
2028:15, 2029:15,
2029:16, 2029:18,
2029:25, 2030:4,
2030:5, 2030:8,
2030:14, 2030:17,
2030:23, 2031:3,
2031:9, 2031:11,
2031:15, 2031:20,
2031:23, 2032:1,
2032:2, 2032:8,
2032:14, 2032:22,
2033:5, 2033:7,
2033:10, 2033:16,
2034:1, 2034:9,
2034:12, 2034:15,
2034:24, 2035:8,
2035:10, 2035:19,
2035:23, 2036:1,
2036:14, 2036:22,
2038:5, 2038:21,
2038:22, 2039:14,
2039:24, 2040:1,
2040:4, 2040:7,
2040:9, 2040:12,
2040:15, 2040:16,
2040:19, 2040:20,
2040:22, 2041:14,
2042:1, 2042:7,
2042:17, 2044:13,
2045:11, 2045:15,
2045:23, 2046:7,

2046:9, 2046:10,
2047:2, 2047:8,
2047:9, 2047:13,
2047:14, 2048:10,
2048:17, 2049:13,
2049:18, 2051:2,
2051:6, 2052:4,
2054:17, 2055:11,
2055:18, 2057:8,
2058:19, 2058:24,
2059:9, 2059:13,
2059:19, 2059:21,
2059:22, 2062:13,
2062:21, 2063:8,
2065:15, 2065:17,
2065:19, 2066:13,
2066:16, 2066:17,
2066:18, 2067:3,
2067:14, 2068:18,
2069:18, 2070:13,
2070:22, 2072:12,
2073:5, 2073:6,
2073:20, 2074:12,
2075:2, 2075:9,
2075:23, 2076:5,
2077:11, 2077:14,
2077:17, 2077:20,
2077:22, 2078:5,
2079:2, 2079:8,
2079:19, 2080:3,
2080:4, 2080:17,
2080:24, 2081:3,
2081:4, 2081:24,
2082:11, 2082:23,
2082:24, 2083:5,
2083:24, 2084:1,
2084:2, 2084:9,
2084:10, 2084:13,
2084:15, 2084:17,
2084:18, 2084:19,
2084:20, 2084:24,
2084:25, 2085:2,
2085:5, 2085:6,
2085:7, 2085:10,
2085:11, 2085:15,
2085:16, 2085:20,
2085:25, 2086:7,
2087:1, 2087:2,
2089:5, 2089:14,
2092:13, 2092:19,
2093:6, 2093:11,
2093:17, 2093:18,
2094:5, 2094:20,
2094:23, 2095:2,
2095:4, 2095:7,
2096:17, 2097:11,
2098:22, 2099:13,
2100:13, 2101:5,
2101:10, 2101:21,
2102:3, 2102:5,
2102:12, 2102:24,

2103:7, 2103:17,
2105:21, 2105:25,
2106:17, 2107:17,
2107:20, 2108:18,
2108:22, 2109:1,
2109:7, 2109:10,
2110:17, 2110:24,
2111:7, 2111:8,
2112:2, 2112:17,
2113:8, 2113:16,
2113:23, 2113:23,
2114:21, 2115:3,
2115:4, 2115:25,
2117:17, 2117:18,
2117:23, 2117:24,
2118:7, 2118:10,
2118:19, 2118:20,
2118:24, 2118:25,
2119:3, 2119:18,
2120:5, 2121:9,
2121:18, 2121:20,
2122:1, 2122:2,
2122:9, 2122:24,
2123:2, 2123:4,
2123:7, 2123:8,
2123:17, 2124:10,
2124:25, 2125:7,
2125:19, 2127:12,
2127:13, 2127:15,
2130:13, 2131:23,
2134:10, 2135:7,
2135:11, 2136:3,
2137:3, 2137:19,
2139:7, 2139:16,
2140:1, 2140:15,
2140:16, 2141:10,
2141:14, 2141:17,
2142:11, 2142:18,
2143:1, 2143:6,
2143:16, 2144:23,
2145:15, 2145:23,
2146:2, 2146:7,
2146:9, 2146:16,
2146:20, 2147:16,
2147:23, 2148:2,
2148:18, 2148:21,
2148:25, 2149:6,
2149:9, 2149:11,
2151:8, 2151:18,
2151:21, 2152:11,
2152:13, 2152:19,
2153:17, 2153:19,
2153:20, 2153:25,
2154:3, 2154:14,
2155:15, 2155:14,
2156:7, 2157:6,
2159:17, 2159:18,
2159:20, 2159:22,
2160:11, 2160:12,
2161:12, 2161:17,
2162:8, 2162:14,

2162:16, 2162:20
**ON** [1] - 1998:6
**onboard** [2] -
2042:24, 2141:6
**once** [11] - 2017:12,
2017:14, 2018:10,
2018:11, 2020:6,
2045:21, 2077:1,
2096:10, 2138:2,
2138:5, 2161:8
**Once** [1] - 2153:13
**ONE** [2] - 2002:21,
2004:17
**one** [116] - 2010:3,
2016:15, 2017:1,
2017:18, 2021:12,
2026:11, 2029:14,
2029:21, 2035:7,
2035:18, 2035:21,
2038:9, 2038:10,
2038:14, 2038:19,
2039:22, 2039:24,
2041:11, 2042:23,
2042:25, 2046:7,
2047:19, 2049:4,
2049:25, 2057:7,
2057:11, 2057:18,
2063:22, 2064:3,
2064:9, 2066:11,
2069:9, 2069:14,
2069:15, 2069:16,
2069:17, 2070:24,
2073:20, 2075:23,
2081:17, 2082:1,
2082:16, 2083:4,
2083:13, 2083:25,
2084:25, 2085:2,
2087:12, 2087:14,
2087:15, 2088:6,
2088:14, 2088:15,
2091:5, 2091:8,
2091:11, 2091:15,
2094:17, 2097:20,
2099:22, 2099:24,
2100:1, 2102:9,
2105:1, 2105:25,
2106:23, 2106:25,
2107:3, 2108:8,
2109:23, 2110:5,
2110:8, 2111:10,
2113:11, 2114:10,
2114:11, 2114:24,
2115:1, 2115:3,
2115:10, 2115:12,
2115:13, 2115:14,
2115:16, 2115:17,
2115:18, 2118:6,
2118:12, 2118:13,
2118:25, 2120:25,
2121:3, 2121:9,

2121:18, 2124:25,
2129:6, 2131:15,
2136:5, 2140:5,
2141:2, 2142:22,
2143:21, 2147:17,
2148:1, 2151:15,
2152:2, 2152:3,
2152:4, 2154:14,
2158:1, 2161:18
**one's** [1] - 2008:24
**ones** [7] - 2046:14,
2063:8, 2063:9,
2073:20, 2141:2,
2147:3, 2153:25
**ongoing** [2] -
2060:13, 2060:15
**online** [1] - 2146:16
**only** [12] - 2021:20,
2037:9, 2038:2,
2038:8, 2046:14,
2050:2, 2050:13,
2114:24, 2135:7,
2148:12, 2148:13,
2149:25
**onshore** [4] - 2028:9,
2041:2, 2090:24,
2121:10
**onto** [3] - 2141:12,
2162:3, 2163:7
**open** [24] - 2037:10,
2037:12, 2047:23,
2047:24, 2048:1,
2050:2, 2050:5,
2050:6, 2050:13,
2056:13, 2073:2,
2077:11, 2081:6,
2084:5, 2084:7,
2085:8, 2085:17,
2121:5, 2140:10,
2146:10, 2160:2
**OPEN** [2] - 2007:6,
2105:6
**opened** [8] - 2073:3,
2077:21, 2078:6,
2080:15, 2081:19,
2081:20, 2083:22,
2119:22
**operate** [1] - 2012:7
**operating** [3] -
2057:19, 2108:10,
2147:14
**operation** [11] -
2060:13, 2060:18,
2062:22, 2069:11,
2095:12, 2122:20,
2144:4, 2145:16,
2145:19, 2151:17,
2154:4
**operational** [2] -
2060:11, 2155:4

**operations** [30] - 2012:25, 2017:24, 2024:21, 2024:25, 2025:4, 2036:1, 2036:2, 2052:2, 2052:9, 2052:10, 2060:12, 2068:13, 2069:20, 2089:6, 2108:1, 2142:21, 2142:22, 2143:6, 2143:20, 2144:15, 2146:1, 2146:7, 2148:5, 2155:22, 2155:23, 2156:6, 2156:23, 2157:5, 2157:6

**Operations** [2] - 2011:9, 2143:1

**operator** [10] - 2059:21, 2059:22, 2086:5, 2087:8, 2090:23, 2091:1, 2145:5, 2145:9, 2145:10, 2145:11

**opine** [1] - 2137:8

**opined** [1] - 2121:13

**opinion** [46] - 2015:20, 2036:8, 2058:23, 2065:15, 2066:4, 2082:18, 2082:20, 2083:17, 2084:12, 2084:21, 2085:13, 2085:25, 2086:3, 2087:25, 2091:9, 2091:23, 2094:20, 2094:21, 2095:10, 2095:20, 2097:1, 2098:16, 2098:18, 2098:21, 2098:24, 2099:5, 2099:8, 2099:17, 2099:20, 2100:2, 2104:15, 2104:21, 2115:6, 2120:13, 2127:1, 2137:14, 2155:25, 2156:8, 2156:13, 2156:14, 2156:21, 2161:12, 2161:14, 2161:16, 2162:20, 2163:1

**opinions** [8] - 2059:3, 2065:17, 2065:19, 2067:10, 2100:18, 2101:25, 2137:3, 2145:22

**opportunity** [2] - 2145:23, 2160:13

**opposite** [1] - 2032:8

**option** [3] - 2019:11, 2019:15, 2056:21

**options** [5] - 2018:11, 2018:20, 2056:14, 2056:18, 2099:20

**or** [168] - 2007:9, 2007:18, 2011:13, 2011:18, 2011:19, 2013:21, 2014:14, 2015:4, 2015:21, 2016:11, 2017:20, 2018:1, 2018:3, 2018:18, 2018:21, 2019:6, 2020:8, 2021:16, 2022:3, 2022:9, 2022:14, 2024:5, 2024:13, 2024:22, 2024:25, 2025:5, 2025:9, 2025:17, 2026:14, 2029:11, 2029:14, 2030:3, 2030:19, 2031:15, 2031:16, 2033:6, 2033:14, 2033:24, 2034:1, 2035:7, 2035:8, 2035:15, 2036:10, 2037:6, 2037:14, 2039:2, 2040:10, 2042:9, 2043:2, 2043:9, 2046:4, 2047:24, 2048:12, 2050:3, 2051:25, 2053:24, 2054:15, 2054:22, 2055:2, 2055:10, 2057:9, 2057:22, 2057:23, 2059:21, 2059:23, 2060:6, 2060:10, 2061:12, 2063:10, 2063:22, 2064:18, 2064:19, 2066:12, 2067:4, 2067:11, 2068:16, 2069:9, 2071:12, 2071:13, 2071:25, 2072:11, 2073:17, 2073:18, 2074:17, 2076:3, 2078:3, 2079:9, 2080:8, 2081:3, 2082:16, 2082:19, 2083:22, 2086:11, 2089:5, 2089:16, 2089:19, 2092:19, 2092:24, 2093:25, 2094:9, 2095:1, 2095:3, 2096:10, 2097:22, 2098:13, 2098:22, 2099:14, 2099:17, 2099:25, 2100:19, 2102:1, 2102:16, 2102:21,

2102:22, 2104:5, 2108:4, 2110:19, 2111:3, 2111:6, 2111:10, 2116:9, 2116:15, 2119:24, 2122:24, 2123:12, 2126:2, 2126:24, 2128:22, 2129:4, 2129:7, 2129:17, 2130:8, 2137:2, 2137:6, 2137:22, 2138:5, 2138:18, 2139:2, 2139:3, 2140:2, 2143:5, 2143:25, 2144:5, 2144:11, 2144:23, 2145:2, 2147:16, 2148:25, 2151:9, 2153:18, 2153:23, 2154:10, 2155:4, 2155:25, 2156:9, 2156:12, 2156:24, 2157:19, 2158:25, 2159:18, 2162:19, 2162:20

**orangish** [2] - 2074:1, 2074:13

**order** [2] - 2148:17, 2160:12

**orient** [2] - 2010:7, 2017:24

**original** [4] - 2010:13, 2011:7, 2023:13, 2108:5

**ORLEANS** [10] - 1998:8, 1999:8, 1999:16, 1999:23, 2000:22, 2002:16, 2002:23, 2003:15, 2004:13, 2005:14

**Orleans** [1] - 2101:15

**ostensibly** [1] - 2143:19

**other** [50] - 2009:13, 2013:22, 2014:1, 2015:2, 2015:4, 2018:1, 2020:19, 2021:1, 2033:6, 2033:21, 2039:12, 2042:25, 2053:5, 2054:6, 2062:19, 2063:22, 2063:25, 2064:15, 2065:7, 2067:9, 2068:12, 2070:17, 2075:13, 2076:23, 2081:19, 2082:16, 2085:20, 2088:16, 2089:7, 2093:21, 2094:4,

2095:4, 2106:1, 2108:8, 2111:10, 2118:1, 2121:9, 2124:25, 2133:22, 2135:9, 2141:3, 2148:13, 2148:23, 2150:2, 2151:13, 2153:24, 2154:23, 2158:9, 2159:8, 2160:1

**others** [5] - 2033:10, 2038:10, 2039:21, 2044:4, 2089:19

**otherwise** [4] - 2007:9, 2011:8, 2067:11, 2143:5

**ought** [1] - 2074:24

**our** [11] - 2007:11, 2023:3, 2029:2, 2035:10, 2066:18, 2068:23, 2070:9, 2070:12, 2072:18, 2091:15, 2121:19

**ourselves** [1] - 2010:7

**out** [107] - 2010:8, 2010:16, 2011:2, 2012:2, 2013:14, 2013:19, 2014:18, 2014:21, 2016:18, 2016:20, 2019:20, 2020:3, 2020:5, 2020:11, 2020:15, 2020:17, 2020:18, 2020:19, 2020:20, 2022:8, 2022:17, 2023:23, 2024:15, 2026:1, 2026:8, 2030:19, 2031:8, 2035:16, 2037:9, 2041:9, 2041:10, 2041:15, 2042:9, 2043:4, 2047:14, 2047:15, 2048:6, 2048:15, 2049:2, 2049:3, 2050:5, 2050:6, 2051:25, 2055:10, 2057:8, 2065:14, 2069:11, 2070:1, 2070:13, 2077:4, 2078:7, 2078:8, 2078:24, 2079:9, 2080:16, 2083:6, 2084:6, 2086:9, 2088:9, 2088:15, 2089:3, 2090:25, 2092:7, 2093:5, 2095:21, 2096:17, 2097:4, 2101:6, 2101:24,

2104:25, 2105:1, 2107:4, 2109:6, 2109:10, 2109:21, 2110:1, 2112:11, 2112:16, 2114:13, 2117:1, 2118:15, 2118:16, 2121:18, 2134:6, 2136:2, 2140:13, 2140:22, 2140:25, 2141:12, 2142:18, 2147:7, 2149:3, 2149:17, 2149:25, 2152:9, 2152:10, 2152:13, 2153:11, 2153:18, 2155:2, 2161:9, 2162:3, 2163:3

**outfit** [1] - 2051:10

**outside** [8] - 2007:11, 2059:24, 2070:14, 2070:16, 2071:1, 2071:13, 2073:13, 2074:5

**over** [32] - 2013:11, 2014:1, 2014:24, 2015:15, 2016:17, 2030:4, 2033:14, 2034:25, 2035:1, 2035:25, 2036:23, 2037:1, 2038:4, 2039:15, 2039:18, 2041:25, 2042:10, 2044:23, 2045:1, 2045:7, 2067:25, 2078:22, 2079:10, 2085:20, 2089:9, 2089:16, 2099:23, 2107:25, 2120:6, 2159:11, 2160:5

**overall** [2] - 2023:1, 2023:2

**overboard** [13] - 2126:17, 2127:8, 2127:9, 2127:10, 2145:20, 2147:7, 2153:1, 2154:25, 2155:15, 2155:17, 2159:25, 2162:19

**overhaul** [1] - 2011:6

**Overhauled** [1] - 2011:24

**overrule** [1] - 2099:1

**overweight** [1] - 2077:5

**own** [1] - 2099:9

**owner** [1] - 2091:1

# P

**P** [2] - 1999:3,

2000:7
  **P.M** [5] - 2094:18, 2100:13, 2102:24, 2104:17, 2104:20
  **P.O** [1] - 2001:12
  **package** [1] - 2068:19
  **packed** [1] - 2018:3
  **paddle** [2] - 2155:11, 2155:13
  **page** [21] - 2014:13, 2035:25, 2038:4, 2038:5, 2039:15, 2048:8, 2048:10, 2048:14, 2052:19, 2059:1, 2092:13, 2093:16, 2093:17, 2096:22, 2113:3, 2139:22, 2139:23, 2140:1, 2150:3, 2150:8
  **PAGE/LINE** [1] - 2006:3
  **pages** [2] - 2014:6, 2035:25
  **PALMINTIER** [1] - 2000:14
  **PAN** [1] - 1999:15
  **panel** [2] - 2127:15, 2132:11
  **panels** [3] - 2127:18, 2128:7, 2130:13
  **paragraph** [4] - 2035:10, 2038:6, 2095:7, 2113:3
  **parameter** [1] - 2153:24
  **parameters** [3] - 2130:15, 2149:4, 2151:25
  **park** [1] - 2013:4
  **part** [28] - 2049:16, 2049:18, 2049:19, 2052:7, 2059:6, 2060:6, 2062:12, 2069:11, 2069:21, 2072:19, 2075:21, 2078:3, 2079:5, 2079:25, 2093:19, 2096:25, 2134:1, 2137:25, 2147:24, 2147:25, 2151:24, 2152:4, 2153:5, 2153:7, 2153:18, 2154:2, 2154:6
  **Part** [1] - 2049:21
  **participated** [1] - 2142:3
  **particular** [16] - 2017:22, 2039:14,

2046:12, 2046:21, 2052:17, 2052:19, 2079:24, 2090:7, 2107:2, 2112:23, 2121:19, 2131:6, 2150:6, 2150:12, 2153:16, 2157:12
  **particularly** [5] - 2031:11, 2037:25, 2055:10, 2060:25, 2061:7
  **parties** [4] - 2007:23, 2066:9, 2082:10, 2089:13
  **parts** [1] - 2093:14
  **pass** [11] - 2028:15, 2028:17, 2028:19, 2050:19, 2055:24, 2083:21, 2086:12, 2086:13, 2086:20, 2086:21, 2101:24
  **pass-fail** [4] - 2086:12, 2086:13, 2086:20, 2086:21
  **passes** [1] - 2068:16
  **past** [7] - 2052:11, 2079:14, 2107:25, 2116:22, 2117:16, 2117:22, 2155:13
  **path** [2] - 2152:23, 2153:7
  **PAUL** [1] - 1999:14
  **Paul** [2] - 2008:16, 2031:23, 2033:8, 2144:12
  **pegged** [1] - 2132:24
  **penetration** [1] - 2150:24
  **PENNSYLVANIA** [1] - 2003:4
  **people** [24] - 2023:24, 2033:16, 2061:9, 2061:11, 2062:18, 2062:19, 2063:5, 2063:12, 2063:21, 2064:7, 2082:14, 2094:10, 2094:23, 2108:9, 2124:1, 2128:19, 2128:21, 2133:22, 2135:7, 2135:9, 2135:12, 2135:16, 2143:23, 2158:15
  **per** [5] - 2013:9, 2020:23, 2021:3, 2036:4, 2036:10
  **perfectly** [1] - 2066:21
  **perform** [1] - 2075:13

**performance** [3] - 2096:1, 2137:3, 2137:15
  **performed** [1] - 2113:20
  **performing** [3] - 2033:24, 2080:23, 2140:8
  **perhaps** [5] - 2074:20, 2075:10, 2090:4, 2097:3, 2097:22
  **period** [5] - 2011:8, 2100:13, 2102:24, 2159:8, 2161:13
  **periods** [2] - 2026:3, 2026:9
  **permanent** [1] - 2152:4
  **permit** [1] - 2115:7
  **permitting** [2] - 2060:11, 2061:7
  **Perrin** [1] - 2155:11
  **personally** [2] - 2012:19, 2034:24
  **personnel** [15] - 2092:18, 2092:23, 2093:2, 2129:8, 2129:11, 2137:6, 2137:19, 2138:6, 2138:18, 2139:2, 2139:12, 2140:15, 2141:6, 2152:11, 2154:21
  **pertaining** [1] - 2035:4
  **PETITION** [1] - 1998:13
  **petroleum** [2] - 2089:5, 2089:6
  **Petroleum** [1] - 2060:3
  **phase** [4] - 2060:18, 2088:8, 2095:12, 2151:7
  **PHILLIP** [1] - 2004:12
  **phone** [5] - 2007:18, 2034:24, 2047:9, 2100:25, 2104:3
  **phrase** [4] - 2088:6, 2088:21, 2129:22, 2148:16
  **phrased** [3] - 2024:10, 2127:23, 2129:20
  **physical** [1] - 2122:22
  **physically** [1] - 2159:6

**physics** [2] - 2092:19, 2151:9
  **pick** [2] - 2104:3, 2104:19
  **piece** [2] - 2048:3, 2055:17
  **pieces** [1] - 2159:1
  **PIGMAN** [1] - 2004:11
  **pill** [6] - 2018:22, 2018:24, 2019:6, 2126:9, 2126:10, 2126:11
  **pills** [3] - 2018:23, 2021:11
  **pinkish** [1] - 2074:1
  **pipe** [110] - 2010:13, 2010:17, 2011:5, 2011:6, 2012:1, 2012:4, 2013:17, 2019:19, 2027:22, 2027:24, 2028:3, 2038:11, 2038:14, 2040:19, 2041:13, 2041:14, 2045:18, 2046:7, 2052:7, 2052:9, 2054:3, 2054:4, 2054:7, 2054:8, 2054:10, 2054:11, 2054:12, 2054:17, 2054:19, 2057:2, 2057:11, 2057:12, 2057:15, 2057:16, 2057:23, 2068:14, 2071:9, 2071:13, 2072:13, 2072:18, 2074:3, 2074:9, 2075:9, 2076:11, 2077:11, 2077:13, 2077:15, 2077:17, 2078:7, 2078:20, 2079:21, 2080:5, 2080:14, 2080:15, 2080:16, 2080:18, 2081:4, 2081:11, 2083:8, 2084:2, 2084:9, 2084:13, 2084:19, 2084:21, 2085:5, 2085:6, 2085:20, 2095:2, 2102:4, 2102:5, 2115:16, 2115:18, 2116:1, 2117:17, 2117:18, 2117:23, 2117:25, 2118:8, 2118:10, 2118:19, 2118:24, 2119:1, 2119:3, 2119:18, 2119:22, 2120:6, 2121:8,

2121:9, 2121:19, 2121:20, 2122:1, 2122:9, 2122:15, 2122:20, 2124:10, 2131:6, 2131:7, 2131:9, 2133:17, 2138:15, 2149:1, 2151:6, 2157:21, 2161:2, 2162:9, 2162:10
  **pipes** [2] - 2072:24, 2102:12
  **pit** [9] - 2140:10, 2141:3, 2146:10, 2149:16, 2149:25, 2150:22, 2151:16, 2153:11, 2153:14
  **pits** [3] - 2075:1, 2146:25, 2147:2
  **place** [3] - 2012:20, 2046:16, 2062:22
  **placed** [1] - 2140:5
  **placement** [2] - 2156:6
  **places** [6] - 2063:25, 2064:3, 2075:22, 2088:17, 2089:7, 2117:4
  **placing** [1] - 2092:15
  **plain** [3] - 2063:13, 2090:3, 2090:6
  **PLAINTIFFS** [1] - 1999:3
  **plaintiffs** [3] - 2058:10, 2105:8, 2105:10
  **plan** [17] - 2010:16, 2014:18, 2023:11, 2024:13, 2035:11, 2037:13, 2051:19, 2052:8, 2057:18, 2057:20, 2057:23, 2060:10, 2113:9, 2113:14, 2113:16, 2113:23
  **planning** [4] - 2011:2, 2025:25, 2040:4, 2061:7
  **plans** [5] - 2057:25, 2112:20, 2112:23, 2113:1, 2113:5
  **played** [1] - 2103:10
  **PLC** [1] - 2002:20
  **please** [29] - 2007:10, 2010:4, 2014:5, 2029:11, 2034:6, 2036:20, 2038:4, 2038:7, 2039:15, 2041:25, 2044:15, 2065:10,

2066:1, 2073:23,
2083:24, 2087:23,
2089:12, 2091:7,
2094:15, 2096:18,
2097:6, 2099:3,
2105:7, 2107:18,
2109:24, 2110:21,
2121:15, 2132:6,
2156:3

**Please** [1] - 2111:18

**pleased** [1] -
2062:15

**pleasure** [1] -
2081:11

**plug** [7] - 2035:22,
2035:23, 2069:10,
2069:19, 2075:25,
2076:1, 2076:2

**plugs** [2] - 2069:10,
2069:12

**plumbing** [5] -
2075:3, 2148:11,
2151:20, 2152:18,
2153:3

**plus** [2] - 2042:10,
2047:13

**point** [53] - 2016:16,
2016:22, 2036:20,
2036:22, 2053:9,
2053:18, 2056:13,
2056:24, 2058:3,
2072:13, 2072:22,
2073:2, 2073:7,
2075:6, 2076:1,
2076:2, 2077:10,
2077:16, 2080:24,
2081:5, 2081:7,
2083:17, 2084:5,
2084:22, 2094:2,
2095:13, 2103:3,
2103:19, 2104:1,
2112:1, 2118:19,
2118:22, 2119:8,
2120:4, 2123:8,
2124:13, 2129:18,
2130:16, 2132:19,
2147:12, 2147:13,
2148:21, 2149:18,
2151:15, 2152:24,
2153:10, 2154:25,
2155:2, 2155:19,
2158:11, 2159:14,
2162:18

**pointed** [1] - 2078:24

**pointer** [3] - 2016:11,
2066:13, 2132:13

**pointers** [1] -
2066:12

**pointing** [4] -
2066:17, 2066:18,

2070:16, 2071:17

**points** [6] - 2016:8,
2016:12, 2016:13,
2016:15, 2016:20,
2016:24

**polite** [1] - 2094:11

**poorly** [1] - 2024:10

**pop** [1] - 2079:9

**pop-out** [1] - 2079:9

**portion** [2] -
2068:19, 2068:20

**portions** [1] -
2071:17

**position** [3] -
2082:16, 2156:1,
2157:25

**positive** [1] - 2163:3

**possibilities** [6] -
2078:1, 2082:13,
2083:14, 2118:5,
2120:19, 2120:24

**possibility** [5] -
2078:2, 2081:17,
2118:12, 2118:13,
2121:3

**possible** [9] -
2054:22, 2055:5,
2055:7, 2065:13,
2081:15, 2097:16,
2110:5, 2120:25,
2130:21

**possibly** [4] -
2055:21, 2055:23,
2063:15, 2070:9

**POST** [3] - 1999:4,
2001:18, 2002:12

**potential** [3] -
2077:24, 2077:25,
2130:24

**pound** [3] - 2020:23,
2021:3, 2021:21

**pounds** [1] - 2046:18

**pour** [1] - 2021:23

**PowerPoint** [1] -
2110:10

**POYDRAS** [4] -
1999:15, 2002:22,
2003:15, 2005:13

**practical** [1] -
2076:13

**practically** [1] -
2090:2

**practice** [12] -
2088:6, 2088:8,
2089:2, 2089:8,
2091:13, 2091:25,
2093:1, 2109:3,
2124:23, 2125:2,
2125:3, 2125:9

**Practice** [4] -

2011:10, 2136:6,
2136:12, 2136:14

**Practices** [1] -
2104:13

**practices** [6] -
2088:10, 2089:20,
2145:1, 2156:1,
2156:10, 2156:24

**pre** [1] - 2141:25

**pre-tower** [1] -
2141:25

**precautions** [1] -
2090:17

**preceded** [1] -
2057:4

**precedes** [1] -
2070:24

**precisely** [1] -
2082:1

**predicted** [2] -
2058:2, 2058:4

**preface** [1] - 2099:13

**preliminary** [1] -
2009:13

**prepare** [1] - 2014:8

**prepared** [4] -
2012:25, 2014:14,
2066:6, 2112:20

**preparing** [2] -
2144:7, 2155:5

**present** [4] -
2032:12, 2061:24,
2062:9, 2064:20

**presentations** [1] -
2110:10

**pressure** [149] -
2013:23, 2014:2,
2014:6, 2016:25,
2017:1, 2017:3,
2017:7, 2017:16,
2017:20, 2018:4,
2018:14, 2025:8,
2027:13, 2027:16,
2045:19, 2046:20,
2055:1, 2055:2,
2056:14, 2065:7,
2065:18, 2072:16,
2072:20, 2072:21,
2075:9, 2075:12,
2075:14, 2075:18,
2076:7, 2076:9,
2076:23, 2076:25,
2077:6, 2077:10,
2077:14, 2077:17,
2078:2, 2078:20,
2079:1, 2079:5,
2080:4, 2080:23,
2080:24, 2081:3,
2081:4, 2081:10,
2081:21, 2082:12,

2083:8, 2083:13,
2083:18, 2083:22,
2084:1, 2084:13,
2084:22, 2085:4,
2085:6, 2085:11,
2085:22, 2085:23,
2086:1, 2086:2,
2086:23, 2087:1,
2089:18, 2091:11,
2092:14, 2092:18,
2092:21, 2092:25,
2095:2, 2095:17,
2095:23, 2097:5,
2097:21, 2102:11,
2102:19, 2104:2,
2104:6, 2104:22,
2107:15, 2113:9,
2113:17, 2114:1,
2116:7, 2116:18,
2117:2, 2117:17,
2117:18, 2117:20,
2117:23, 2117:24,
2118:3, 2118:7,
2118:10, 2118:19,
2118:24, 2118:25,
2119:3, 2119:20,
2119:24, 2121:9,
2121:18, 2124:10,
2124:25, 2128:12,
2128:14, 2128:15,
2131:7, 2131:9,
2132:9, 2132:10,
2132:14, 2132:17,
2132:22, 2133:4,
2133:5, 2133:9,
2133:17, 2133:23,
2133:25, 2134:4,
2134:7, 2134:8,
2135:23, 2138:24,
2149:1, 2151:2,
2151:6, 2151:8,
2151:9, 2151:13,
2157:15, 2157:16,
2157:21, 2158:1,
2158:5, 2158:6,
2160:25, 2161:2,
2162:7, 2162:8,
2162:9, 2162:11,
2162:12

**pressures** [10] -
2013:25, 2021:23,
2022:23, 2038:7,
2077:22, 2097:14,
2097:15, 2098:1,
2102:12, 2131:6

**presumably** [6] -
2096:16, 2105:1,
2114:17, 2117:6,
2134:13, 2163:8

**pretty** [6] - 2019:19,
2089:3, 2090:18,

2116:11, 2158:7,
2158:8

**prevent** [1] - 2047:20

**prevented** [2] -
2096:12, 2104:22

**preventer** [11] -
2067:20, 2073:16,
2074:6, 2075:8,
2075:19, 2076:5,
2076:12, 2076:18,
2077:5, 2079:14,
2161:23

**preventers** [1] -
2065:18

**previous** [1] -
2144:22

**primary** [6] - 2064:3,
2138:20, 2141:2,
2145:3, 2149:20,
2149:22

**principle** [2] -
2055:12, 2087:11

**principles** [2] -
2092:19, 2093:1

**prior** [17] - 2020:1,
2020:10, 2036:16,
2037:3, 2037:15,
2038:17, 2039:1,
2040:7, 2042:16,
2047:2, 2049:9,
2050:15, 2061:23,
2091:2, 2091:5,
2092:15, 2096:23

**priority** [1] - 2026:12

**private** [2] - 2105:8,
2105:10

**probably** [8] -
2048:1, 2070:13,
2074:23, 2122:5,
2158:13, 2160:15,
2161:17, 2163:15

**problem** [17] -
2033:19, 2037:16,
2037:18, 2037:21,
2048:17, 2053:11,
2066:12, 2066:15,
2078:12, 2078:14,
2079:24, 2096:17,
2117:13, 2118:16,
2119:13, 2131:23,
2157:20

**problems** [1] -
2037:5

**procedure** [23] -
2027:22, 2035:10,
2035:12, 2035:16,
2036:3, 2038:9,
2039:14, 2044:16,
2044:19, 2044:23,
2045:9, 2083:25,

2084:2, 2114:21, 2115:3, 2115:7, 2141:24, 2142:3, 2147:5, 2149:13, 2156:7, 2156:9, 2156:22

**procedures** [8] - 2035:13, 2051:14, 2052:22, 2054:2, 2057:1, 2108:10, 2108:19, 2156:21

**proceed** [17] - 2018:12, 2018:20, 2065:9, 2073:23, 2075:5, 2077:9, 2078:5, 2078:18, 2079:7, 2080:2, 2080:13, 2081:9, 2081:18, 2083:4, 2083:24, 2084:4, 2084:15

**proceeded** [1] - 2087:1

**proceeding** [2] - 2084:16, 2140:10

**PROCEEDINGS** [3] - 1998:21, 2005:16, 2007:2

**proceedings** [1] - 2164:7

**process** [13] - 2029:1, 2072:16, 2072:19, 2072:20, 2075:11, 2075:21, 2077:16, 2098:23, 2112:21, 2134:2, 2134:16, 2134:21, 2138:1

**processes** [1] - 2028:7

**PRODUCED** [1] - 2005:17

**production** [7] - 2036:1, 2036:2, 2038:6, 2038:7, 2069:4, 2070:17, 2070:20

**PRODUCTION** [3] - 1998:15, 2002:19, 2002:20

**progress** [1] - 2010:7

**proper** [2] - 2084:12, 2094:11

**properly** [3] - 2095:3, 2097:22, 2124:11

**proposal** [1] - 2093:4

**propose** [1] - 2010:15

**proposed** [1] - 2012:3

**provide** [14] - 2008:18, 2028:6, 2028:10, 2055:1, 2059:3, 2064:3, 2064:6, 2064:19, 2065:17, 2066:8, 2067:3, 2100:18, 2101:3

**provided** [9] - 2043:14, 2052:1, 2152:3, 2152:5, 2153:23, 2154:1, 2154:9, 2154:16, 2154:19

**provides** [5] - 2051:14, 2051:23, 2061:2, 2075:18, 2101:19

**providing** [2] - 2042:6, 2059:23

**provinces** [3] - 2063:1, 2063:2, 2063:4

**PSC** [1] - 2008:16

**PSC's** [1] - 2008:20

**psi** [7] - 2012:1, 2078:23, 2083:9, 2084:23, 2085:22, 2157:20, 2162:8

**published** [3] - 2051:20, 2052:6, 2053:8

**pull** [17] - 2010:4, 2012:23, 2013:21, 2014:5, 2034:6, 2036:20, 2038:7, 2041:14, 2107:10, 2125:22, 2139:22, 2139:23, 2141:19, 2142:23, 2146:4, 2153:18, 2155:5

**pulled** [1] - 2065:14

**pullout** [2] - 2091:7, 2108:17

**pullouts** [1] - 2087:25

**pump** [9] - 2013:22, 2013:24, 2018:19, 2050:4, 2151:2, 2151:7, 2151:13, 2158:2, 2158:6

**pumped** [9] - 2016:15, 2017:1, 2036:24, 2037:4, 2047:20, 2047:21, 2050:8, 2050:11, 2068:13

**pumping** [10] -

2016:20, 2017:14, 2018:5, 2018:21, 2036:16, 2069:20, 2073:25, 2074:1, 2074:2, 2075:7

**pumps** [20] - 2018:15, 2019:7, 2021:9, 2056:19, 2128:13, 2128:15, 2133:2, 2133:3, 2133:12, 2133:16, 2146:14, 2146:16, 2146:20, 2148:23, 2148:25, 2158:24, 2159:3, 2159:15, 2160:22, 2162:13

**purpose** [13] - 2048:24, 2049:13, 2049:21, 2062:18, 2068:10, 2073:14, 2076:5, 2076:25, 2077:6, 2095:16, 2101:23, 2120:3, 2126:21

**purposes** [7] - 2049:4, 2070:10, 2072:18, 2076:14, 2091:9, 2098:10, 2120:16

**push** [1] - 2138:15

**pushed** [2] - 2074:5, 2096:11

**pushes** [3] - 2074:12, 2074:13, 2096:11

**pushing** [5] - 2023:23, 2073:8, 2074:3, 2074:8, 2076:13

**put** [31] - 2014:12, 2026:11, 2031:13, 2040:19, 2053:25, 2072:9, 2075:10, 2086:24, 2100:18, 2106:15, 2107:8, 2109:6, 2109:14, 2110:23, 2112:15, 2113:3, 2113:16, 2113:23, 2122:5, 2124:4, 2124:8, 2132:6, 2141:22, 2143:16, 2145:8, 2146:6, 2152:6, 2153:6, 2153:8, 2160:7

**putting** [5] - 2072:18, 2104:17, 2109:20, 2126:14, 2155:25

# Q

**Q** [2] - 2048:20, 2048:23

**question** [32] - 2015:25, 2028:4, 2029:11, 2030:4, 2032:19, 2033:15, 2048:10, 2053:5, 2082:6, 2099:4, 2119:9, 2121:11, 2121:15, 2121:22, 2121:23, 2121:24, 2122:3, 2124:21, 2125:12, 2125:14, 2127:23, 2129:20, 2131:8, 2138:10, 2146:21, 2147:25, 2156:3, 2156:17, 2156:18, 2157:7, 2159:13, 2160:2

**questioning** [1] - 2028:13

**questions** [26] - 2027:5, 2029:9, 2045:8, 2047:11, 2050:22, 2051:5, 2051:15, 2053:13, 2056:2, 2056:7, 2056:8, 2056:12, 2058:7, 2101:23, 2105:8, 2105:11, 2105:12, 2105:13, 2115:24, 2125:24, 2136:17, 2137:18, 2142:20, 2157:11, 2160:7, 2161:8

**quibbling** [1] - 2159:11

**quickly** [1] - 2146:9

**quit** [2] - 2017:14, 2019:5

**quite** [5] - 2117:25, 2122:25, 2144:9, 2153:4, 2158:6

**quote** [5] - 2089:3, 2089:17, 2095:1, 2124:12, 2137:13

**quote/unquote** [1] - 2026:5

**quoted** [1] - 2124:9

**quoting** [1] - 2097:20

# R

**R** [6] - 2001:4, 2002:15, 2003:22, 2004:22, 2007:4, 2062:4

**Rachel** [1] - 2009:7

**RACHEL** [2] - 2001:11, 2003:18

**raise** [2] - 2057:17, 2058:13

**ram** [17] - 2010:13, 2010:18, 2011:5, 2011:6, 2012:1, 2012:4, 2013:21, 2053:23, 2054:3, 2054:4, 2054:6, 2054:7, 2054:9, 2054:12, 2054:13, 2055:20, 2138:15

**rams** [8] - 2012:2, 2053:20, 2054:7, 2054:16, 2054:20, 2054:22, 2055:5, 2055:11

**ran** [1] - 2024:15

**Randy** [3] - 2009:8, 2027:7, 2051:10

**rate** [7] - 2013:24, 2055:9, 2150:22, 2150:24, 2151:16, 2152:3, 2153:14

**rather** [3] - 2084:1, 2093:20, 2131:8

**rathole** [4] - 2013:15, 2013:19, 2014:21, 2069:25

**rationalization** [1] - 2092:23

**raw** [1] - 2100:17

**RE** [2] - 1998:5, 1998:12

**re** [1] - 2008:23

**re-offering** [1] - 2008:23

**reach** [3] - 2056:12, 2057:9, 2058:3

**reached** [2] - 2147:11, 2161:17

**read** [24] - 2009:6, 2048:11, 2088:25, 2091:10, 2093:21, 2097:23, 2098:11, 2098:14, 2100:6, 2100:8, 2111:3, 2111:23, 2125:11, 2144:8, 2144:9, 2144:17, 2147:21, 2147:24, 2147:25, 2154:18, 2154:20, 2155:12, 2157:1

**reading** [15] - 2049:13, 2049:15, 2049:17, 2085:22, 2092:12, 2106:12, 2107:24, 2109:6,

2144:11, 2144:14, 2144:18, 2155:6, 2155:8, 2155:19
**ready** [4] - 2042:25, 2045:19, 2066:25, 2083:4
**realize** [1] - 2116:24
**really** [7] - 2039:7, 2047:22, 2073:21, 2081:6, 2091:8, 2125:17, 2147:20
**realtime** [4] - 2100:19, 2100:20, 2101:20, 2125:11
**REALTIME** [1] - 2005:12
**reamer** [2] - 2069:7, 2069:22
**reask** [1] - 2015:5
**reason** [16] - 2015:4, 2018:1, 2034:4, 2038:2, 2057:11, 2066:19, 2087:1, 2087:4, 2095:14, 2121:17, 2121:24, 2121:25, 2122:18, 2122:21, 2163:5
**reasonable** [2] - 2161:9, 2163:2
**reasonably** [1] - 2104:24
**reasons** [5] - 2049:25, 2057:18, 2120:25, 2136:5, 2151:13
**recall** [65] - 2010:17, 2014:17, 2021:20, 2022:2, 2022:4, 2029:20, 2029:21, 2031:25, 2033:5, 2033:8, 2033:9, 2052:23, 2066:16, 2088:21, 2095:15, 2100:14, 2100:16, 2103:1, 2106:2, 2106:8, 2106:9, 2106:22, 2106:25, 2107:7, 2107:15, 2109:12, 2110:12, 2111:5, 2112:21, 2113:1, 2115:11, 2128:13, 2137:19, 2139:16, 2142:21, 2142:22, 2143:2, 2143:18, 2144:11, 2144:13, 2144:14, 2146:17, 2146:20, 2147:16, 2148:1, 2148:3, 2151:16, 2154:21, 2155:6,

2155:8, 2157:1, 2157:16, 2157:17, 2157:21, 2157:22, 2158:5, 2158:23, 2159:2, 2159:5, 2160:8, 2160:20, 2161:1, 2161:3, 2161:7
**received** [6] - 2008:18, 2035:20, 2035:21, 2040:3, 2045:6, 2055:16
**receiving** [2] - 2044:4, 2155:20
**recent** [1] - 2107:19
**recertification** [2] - 2010:14, 2011:8
**RECESS** [2] - 2105:5, 2163:20
**recess** [4] - 2007:9, 2007:12, 2105:3, 2163:16
**recipient** [1] - 2111:21
**recipients** [1] - 2111:15
**recognize** [2] - 2112:23, 2128:22
**recognizing** [1] - 2152:18
**recollection** [1] - 2096:14
**recommendation** [2] - 2011:4, 2036:10
**recommendation/ hole** [1] - 2036:4
**recommendations** [3] - 2043:15, 2044:4, 2098:7
**recommended** [2] - 2011:5, 2011:8
**recommending** [1] - 2044:24
**reconstruct** [1] - 2125:11
**reconstructed** [1] - 2162:1
**record** [18] - 2010:10, 2013:25, 2014:11, 2017:18, 2058:17, 2070:13, 2089:1, 2091:3, 2091:10, 2091:15, 2093:16, 2098:10, 2103:18, 2139:8, 2151:19, 2151:20, 2154:18, 2164:7
**RECORDED** [1] - 2005:16
**recovery** [1] - 2089:6

**rectify** [1] - 2079:24
**red** [7] - 2069:9, 2069:19, 2073:4, 2075:8, 2085:6, 2085:23, 2162:13
**REDDEN** [1] - 2004:15
**Redirect** [1] - 2006:10
**redirect** [1] - 2056:3
**REDIRECT** [1] - 2056:5
**redo** [3] - 2095:23, 2096:1, 2104:2
**Redo** [1] - 2104:6
**redone** [1] - 2102:19
**reduce** [4] - 2018:16, 2019:7, 2021:9, 2056:18
**reducing** [1] - 2056:18
**Reed** [1] - 2032:11
**Reed(PHONETIC)** [1] - 2032:11
**refer** [2] - 2051:7, 2070:7
**reference** [3] - 2062:22, 2107:23, 2132:21
**referenced** [3] - 2038:8, 2107:1, 2107:2
**references** [2] - 2011:9, 2088:16
**referred** [3] - 2071:16, 2096:23, 2139:23
**referring** [9] - 2016:12, 2036:5, 2036:8, 2045:14, 2046:6, 2046:12, 2046:18, 2053:13, 2152:15
**reflected** [1] - 2109:23
**reflective** [1] - 2153:12
**refresh** [2] - 2048:11, 2049:12
**refreshed** [1] - 2049:11
**REGAN** [1] - 2003:8
**regard** [2] - 2031:11, 2043:23
**regarding** [14] - 2012:4, 2017:23, 2022:23, 2035:3, 2036:8, 2043:15, 2043:16, 2043:24, 2045:24, 2047:1,

2047:5, 2051:14, 2053:1, 2106:9
**regardless** [2] - 2045:6, 2127:25
**regards** [1] - 2028:18
**regimes** [1] - 2088:12
**region** [3] - 2053:19, 2107:4, 2110:11
**REGISTERED** [1] - 2005:13
**registered** [1] - 2064:10
**regone** [1] - 2099:22
**regulated** [1] - 2062:11
**regulation** [3] - 2090:7, 2090:25, 2091:2
**regulations** [7] - 2062:18, 2062:20, 2063:5, 2063:7, 2063:9, 2063:15, 2090:2
**regulator** [1] - 2090:12
**regulators** [2] - 2062:9, 2062:16
**regulatory** [1] - 2020:10
**reinforce** [1] - 2107:14
**reiterate** [1] - 2108:9
**related** [5] - 2008:20, 2021:13, 2106:20, 2139:13, 2139:17
**relates** [1] - 2150:22
**RELATES** [1] - 1998:11
**relation** [1] - 2067:9
**relatively** [1] - 2103:14
**released** [1] - 2058:9
**releasing** [2] - 2133:23, 2134:5
**relevance** [1] - 2016:19
**relevant** [4] - 2053:2, 2053:4, 2082:19, 2147:25
**relief** [2] - 2042:2, 2042:5
**Remain** [1] - 2108:18
**remedial** [1] - 2077:7
**remember** [12] - 2020:17, 2030:1, 2035:14, 2046:24, 2050:4, 2056:9, 2080:1, 2106:10, 2116:10, 2132:22,

2133:15, 2147:2
**remote** [2] - 2060:12, 2061:8
**removal** [1] - 2076:10
**remove** [5] - 2049:7, 2049:25, 2050:5, 2138:19, 2145:6
**removing** [3] - 2049:19, 2049:21, 2076:14
**RENAISSANCE** [1] - 2004:23
**render** [7] - 2058:23, 2065:5, 2065:15, 2065:19, 2066:4, 2067:10, 2101:25
**rendering** [3] - 2087:25, 2097:1, 2152:8
**repeat** [2] - 2029:11, 2047:3
**repeated** [2] - 2146:12, 2146:22
**reperform** [1] - 2104:22
**rephrase** [5] - 2099:12, 2125:14, 2131:8, 2156:18, 2159:13
**replaced** [1] - 2076:21
**replacement** [1] - 2011:9
**replacing** [1] - 2042:7
**Report** [5] - 2065:8, 2100:6, 2100:10, 2100:11, 2160:16
**report** [56] - 2012:25, 2014:8, 2023:4, 2035:6, 2059:1, 2059:7, 2061:14, 2061:18, 2062:19, 2064:23, 2068:8, 2082:9, 2082:15, 2082:17, 2087:24, 2089:22, 2093:17, 2094:11, 2096:21, 2097:1, 2105:24, 2107:12, 2108:23, 2112:19, 2112:24, 2113:3, 2115:6, 2121:12, 2121:14, 2124:9, 2128:12, 2128:18, 2129:7, 2130:8, 2130:12, 2132:9, 2133:11, 2134:18, 2137:2, 2137:10, 2139:1,

2139:22, 2139:23, 2140:1, 2141:5, 2144:7, 2149:12, 2155:6, 2156:13, 2156:15, 2157:1, 2157:2, 2157:18, 2160:12, 2160:14

**reported** [3] - 2023:3, 2121:10, 2157:23

**Reporter** [2] - 2164:4, 2164:13

**REPORTER** [3] - 2005:12, 2005:12, 2005:13

**REPORTER'S** [1] - 2164:2

**reporting** [2] - 2061:18, 2110:1

**reports** [1] - 2129:4

**represent** [2] - 2029:8, 2085:1

**representation** [4] - 2067:15, 2067:20, 2150:14, 2152:20

**representations** [1] - 2084:25

**request** [1] - 2095:25

**requested** [1] - 2058:23

**required** [4] - 2036:21, 2062:21, 2086:16, 2111:19

**requirements** [1] - 2010:15

**requires** [1] - 2075:23

**rerun** [1] - 2095:14

**research** [1] - 2053:24

**reservoir** [1] - 2108:5

**resolution** [1] - 2028:16

**resolve** [2] - 2098:19, 2099:9

**resolved** [1] - 2092:10

**RESOURCES** [1] - 2001:8

**resources** [1] - 2093:24

**respect** [8] - 2012:17, 2052:6, 2089:18, 2137:3, 2137:15, 2138:25, 2139:6, 2156:6

**respective** [1] - 2144:5

**respects** [1] - 2115:9

**respond** [2] -

2140:14, 2141:15

**responding** [1] - 2117:13

**response** [9] - 2012:4, 2115:24, 2125:23, 2133:12, 2134:25, 2140:18, 2141:11, 2160:7, 2161:8

**responsibility** [8] - 2050:16, 2115:23, 2135:8, 2137:19, 2137:23, 2139:3, 2139:5, 2145:16

**responsible** [4] - 2115:21, 2135:9, 2138:19, 2145:5

**rest** [4] - 2016:22, 2016:24, 2106:10, 2144:18

**result** [7] - 2087:4, 2106:12, 2107:19, 2111:7, 2119:19, 2120:1, 2163:1

**resulted** [1] - 2147:15

**resulting** [1] - 2107:15

**results** [5] - 2086:8, 2121:8, 2122:14, 2122:19, 2122:21

**retired** [1] - 2032:12

**return** [2] - 2019:18, 2109:16

**returned** [1] - 2068:14

**returning** [1] - 2074:19

**returns** [4] - 2048:17, 2048:18, 2057:12, 2074:7

**Revette** [2] - 2027:7, 2103:16

**review** [8] - 2038:8, 2110:11, 2113:8, 2143:4, 2144:19, 2147:19, 2160:13, 2162:16

**reviewed** [3] - 2096:25, 2100:23, 2104:8

**REVIEWS** [1] - 2150:19

**revision** [1] - 2110:2

**Richard** [2] - 2058:12, 2058:18

**RICHARD** [4] - 2004:3, 2006:12, 2058:14, 2058:18

**rig** [113] - 2010:1,

2012:1, 2012:7, 2012:9, 2013:1, 2014:20, 2015:10, 2020:3, 2020:5, 2020:11, 2021:25, 2023:1, 2023:11, 2023:14, 2023:16, 2023:20, 2024:7, 2024:9, 2024:12, 2024:14, 2026:2, 2026:9, 2027:9, 2028:14, 2028:15, 2029:24, 2030:14, 2030:23, 2031:3, 2031:9, 2031:15, 2031:23, 2032:1, 2032:8, 2033:5, 2033:7, 2033:10, 2033:22, 2034:3, 2035:20, 2040:12, 2040:15, 2040:20, 2047:13, 2047:14, 2051:7, 2060:16, 2060:17, 2067:21, 2068:3, 2068:14, 2072:1, 2072:4, 2073:16, 2075:13, 2075:16, 2076:4, 2076:16, 2079:23, 2080:3, 2086:4, 2086:24, 2087:7, 2094:23, 2104:25, 2105:25, 2107:20, 2112:11, 2113:20, 2115:4, 2123:17, 2126:8, 2126:11, 2127:12, 2127:20, 2135:7, 2135:11, 2137:4, 2137:19, 2139:7, 2140:17, 2141:12, 2141:14, 2142:17, 2142:18, 2145:24, 2146:14, 2147:14, 2147:18, 2147:23, 2148:13, 2148:23, 2148:25, 2151:21, 2151:24, 2152:11, 2152:19, 2153:17, 2153:19, 2153:20, 2154:3, 2155:1, 2155:12, 2155:14, 2155:22, 2157:13, 2159:2, 2160:8, 2162:3, 2163:7

**RIG** [1] - 1998:5

**rigged** [1] - 2046:9

**right** [114] - 2007:11, 2007:24, 2008:6, 2008:21, 2009:11, 2009:13, 2009:14,

2011:12, 2016:17, 2026:20, 2028:21, 2035:24, 2037:2, 2039:16, 2039:18, 2047:17, 2048:23, 2050:24, 2051:11, 2053:12, 2056:22, 2056:25, 2058:7, 2058:13, 2065:2, 2065:9, 2071:17, 2073:20, 2075:3, 2080:2, 2080:25, 2082:24, 2084:11, 2084:20, 2085:1, 2085:2, 2085:11, 2090:8, 2092:2, 2095:5, 2096:8, 2096:15, 2100:15, 2101:16, 2102:7, 2103:6, 2103:16, 2105:4, 2105:14, 2106:15, 2106:18, 2114:1, 2114:2, 2114:3, 2114:6, 2114:12, 2114:20, 2114:24, 2114:25, 2115:20, 2116:3, 2116:8, 2117:11, 2118:23, 2119:10, 2119:16, 2120:15, 2120:23, 2121:8, 2123:7, 2123:18, 2123:19, 2123:23, 2124:1, 2124:9, 2124:11, 2125:1, 2127:13, 2127:22, 2128:23, 2132:10, 2132:12, 2132:13, 2132:19, 2133:1, 2133:21, 2136:15, 2137:8, 2137:10, 2138:7, 2139:24, 2140:6, 2140:11, 2140:14, 2141:1, 2142:1, 2142:7, 2142:25, 2143:3, 2143:10, 2145:24, 2147:9, 2150:16, 2150:25, 2152:12, 2152:14, 2153:2, 2156:14, 2159:22, 2160:11, 2161:7, 2162:2

**right-hand** [3] - 2039:16, 2039:18, 2142:25

**rise** [7] - 2081:12, 2105:7, 2128:12, 2128:15, 2133:20, 2163:18, 2163:19

**risen** [1] - 2078:21

**riser** [29] - 2067:23, 2067:24, 2068:4, 2068:11, 2068:12, 2068:14, 2068:19, 2071:9, 2071:14, 2071:25, 2073:13, 2075:17, 2075:18, 2076:10, 2076:13, 2076:14, 2076:17, 2079:11, 2079:12, 2079:19, 2080:6, 2080:9, 2086:23, 2145:20, 2161:6, 2161:20, 2163:6

**rises** [1] - 2132:14

**rising** [3] - 2119:4, 2128:14, 2132:11

**risk** [4] - 2031:13, 2157:5

**RMR** [2] - 2005:12, 2164:12

**Robert** [2] - 2034:14, 2042:2

**ROBERT** [2] - 1999:11, 2003:3

**ROBERTS** [7] - 2003:18, 2004:17, 2026:22, 2027:1, 2027:3, 2028:20, 2029:1

**Roberts** [4] - 2006:7, 2026:20, 2028:24

**Robinson** [2] - 2009:1, 2009:2

**rock** [1] - 2017:8

**role** [2] - 2034:15, 2139:3

**Ronald** [1] - 2034:9

**RONNIE** [1] - 2006:4

**room** [8] - 2103:6, 2103:14, 2103:15, 2103:22, 2103:25, 2104:6, 2126:14

**ROOM** [2] - 2001:5, 2005:13

**ROUGE** [2] - 2000:15, 2002:12

**roughly** [7] - 2072:3, 2089:10, 2096:12, 2100:13, 2104:18, 2104:20, 2160:18

**round** [1] - 2017:19

**roustabouts** [1] - 2063:11

**ROY** [2] - 1999:3, 1999:3

**RPR** [1] - 2164:12

**rubber** [2] - 2055:18, 2069:11

**run** [39] - 2019:20,

2037:3, 2037:15,
2038:23, 2039:3,
2039:24, 2040:4,
2040:9, 2040:12,
2040:21, 2040:25,
2041:3, 2041:4,
2041:6, 2041:10,
2041:13, 2041:17,
2042:24, 2043:1,
2043:8, 2043:20,
2045:2, 2046:13,
2048:6, 2048:15,
2050:16, 2051:9,
2051:10, 2056:21,
2056:24, 2057:2,
2057:3, 2057:8,
2057:23, 2073:2,
2073:15, 2095:11,
2115:18, 2156:9

**running** [9] -
2027:16, 2036:22,
2039:10, 2043:15,
2049:5, 2049:25,
2054:8, 2057:7,
2072:13

**RUSNAK** [1] -
2000:17

# S

**S** [4] - 2000:7,
2007:4
**sacrifice** [2] -
2025:9, 2026:16
**sacrificing** [2] -
2025:12, 2025:15
**safe** [6] - 2021:14,
2021:18, 2076:15,
2077:3, 2077:7,
2089:5
**safely** [1] - 2076:10
**safety** [8] - 2012:9,
2023:25, 2025:9,
2025:12, 2025:15,
2026:11, 2026:16,
2092:14
**said** [50] - 2010:24,
2019:1, 2028:5,
2036:10, 2039:12,
2045:7, 2049:12,
2049:16, 2049:19,
2064:6, 2085:2,
2085:21, 2091:2,
2095:1, 2095:4,
2095:13, 2096:9,
2096:14, 2097:4,
2097:18, 2097:20,
2098:9, 2098:11,
2099:11, 2106:9,
2108:8, 2112:13,

2112:17, 2115:24,
2117:24, 2118:7,
2120:2, 2120:15,
2124:9, 2125:12,
2126:8, 2127:12,
2129:7, 2129:23,
2134:2, 2137:10,
2139:25, 2143:14,
2145:9, 2149:12,
2149:21, 2151:12,
2152:10, 2157:7
**sake** [1] - 2098:16
**same** [34] - 2016:25,
2032:8, 2035:19,
2038:5, 2040:15,
2054:5, 2061:6,
2072:2, 2077:22,
2078:4, 2089:7,
2103:22, 2106:23,
2106:25, 2107:24,
2108:16, 2111:12,
2113:5, 2115:8,
2115:11, 2122:15,
2124:4, 2128:6,
2130:3, 2130:4,
2134:21, 2141:14,
2141:23, 2143:21,
2145:21, 2156:7,
2156:25, 2160:17
**SAN** [2] - 2000:5,
2001:6
**sand** [7] - 2046:18,
2046:20, 2046:21,
2055:10, 2055:17,
2055:20, 2146:22
**sandpaper** [1] -
2055:17
**sands** [5] - 2018:2,
2047:1, 2047:5,
2047:6, 2047:7
**Sannan** [6] -
2111:21, 2111:22,
2111:25, 2144:11,
2144:14, 2144:23
**sat** [1] - 2102:21
**save** [4] - 2024:5,
2072:10, 2095:6,
2136:14
**saw** [22] - 2014:23,
2033:16, 2039:12,
2094:23, 2101:9,
2103:10, 2103:13,
2109:1, 2116:13,
2116:16, 2116:21,
2117:20, 2120:11,
2129:17, 2131:12,
2140:23, 2141:7,
2141:11, 2147:19,
2159:3, 2159:4,
2159:25

**say** [31] - 2013:8,
2016:12, 2023:2,
2030:20, 2033:14,
2037:18, 2049:15,
2049:21, 2063:21,
2080:21, 2085:18,
2090:16, 2099:10,
2100:4, 2103:18,
2104:16, 2114:10,
2118:4, 2125:3,
2126:9, 2126:11,
2131:22, 2133:11,
2135:6, 2135:10,
2148:22, 2149:5,
2150:12, 2150:19,
2158:1, 2160:1
**saying** [8] - 2052:10,
2074:8, 2082:15,
2085:24, 2086:18,
2103:21, 2125:13,
2152:24
**says** [41] - 2011:13,
2011:24, 2025:25,
2035:9, 2035:21,
2036:3, 2036:13,
2036:21, 2038:5,
2038:9, 2039:23,
2040:6, 2042:24,
2046:4, 2046:17,
2048:14, 2051:23,
2054:16, 2080:3,
2081:12, 2081:21,
2084:18, 2090:17,
2090:19, 2090:20,
2090:25, 2094:24,
2097:4, 2097:20,
2107:19, 2108:5,
2108:17, 2108:18,
2110:19, 2111:18,
2113:19, 2127:12,
2127:20, 2134:21,
2141:5, 2155:11
**scale** [4] - 2067:16,
2067:17, 2080:10,
2152:18
**scales** [1] - 2130:19
**scenario** [1] -
2118:11
**scenarios** [1] -
2028:15
**schedule** [4] -
2023:10, 2023:13,
2023:20, 2024:9
**scheduled** [1] -
2024:7
**schedules** [1] -
2023:24
**scheduling** [1] -
2023:5
**schematically** [1] -

2085:8
**school** [8] - 2030:22,
2051:6, 2051:7,
2051:9, 2051:11,
2051:12, 2051:13,
2055:15
**SCL** [1] - 2153:18
**SCOFIELD** [1] -
2005:7
**scope** [3] - 2067:7,
2121:12, 2137:1
**SCOTT** [1] - 2001:10
**screen** [8] - 2036:1,
2066:13, 2066:16,
2066:17, 2093:18,
2129:14, 2143:16,
2150:10
**screwing** [1] -
2131:7
**scrolling** [1] -
2141:24
**Sea** [10] - 2062:6,
2062:7, 2106:4,
2106:21, 2107:8,
2107:13, 2108:24,
2109:8, 2109:11,
2112:11
**sea** [5] - 2068:1,
2111:19, 2153:1,
2153:3, 2153:6
**seafloor** [1] -
2068:21
**seal** [6] - 2055:2,
2055:20, 2071:3,
2075:22, 2080:5,
2138:16
**sealed** [2] - 2075:23,
2079:17
**seals** [1] - 2055:11
**searching** [1] -
2088:14
**seat** [1] - 2058:16
**seated** [3] - 2007:7,
2026:24, 2105:7
**seawater** [12] -
2073:9, 2073:25,
2074:3, 2074:9,
2074:12, 2076:12,
2076:22, 2077:12,
2079:21, 2080:16,
2081:21, 2086:23
**second** [14] -
2016:16, 2036:19,
2039:21, 2048:12,
2049:6, 2076:1,
2093:15, 2098:13,
2099:24, 2100:1,
2114:7, 2114:15,
2115:13, 2150:16
**second-to-last** [1] -

2016:16
**seconds** [4] -
2096:10, 2096:12,
2096:14, 2104:18
**SECREST** [1] -
2004:15
**Section** [1] - 2036:2
**SECTION** [2] -
2001:9, 2001:21
**section** [4] -
2051:23, 2070:21,
2070:22, 2150:8
**secure** [2] - 2119:13,
2141:6
**security** [1] -
2007:10
**Sedco** [5] - 2139:15,
2140:2, 2140:14,
2141:10, 2142:13
**see** [135] - 2009:13,
2011:10, 2014:1,
2016:8, 2016:14,
2016:24, 2017:15,
2020:8, 2022:15,
2028:21, 2031:12,
2031:16, 2034:14,
2039:16, 2040:22,
2042:3, 2044:16,
2045:12, 2048:20,
2048:23, 2051:18,
2051:21, 2051:22,
2052:8, 2055:1,
2055:2, 2066:17,
2067:6, 2067:13,
2073:17, 2074:3,
2074:8, 2075:8,
2075:9, 2076:16,
2077:11, 2078:15,
2079:11, 2080:8,
2080:19, 2083:7,
2084:17, 2084:19,
2085:5, 2089:23,
2095:8, 2097:8,
2098:2, 2099:23,
2101:15, 2105:8,
2106:17, 2107:6,
2107:21, 2108:2,
2108:3, 2108:6,
2108:7, 2108:20,
2108:21, 2108:24,
2109:3, 2109:15,
2109:18, 2109:19,
2109:25, 2110:3,
2110:4, 2110:18,
2111:6, 2111:12,
2111:18, 2111:20,
2112:5, 2112:10,
2113:4, 2113:6,
2118:2, 2118:14,
2122:1, 2124:8,

2126:10, 2127:13, 2128:11, 2128:22, 2129:4, 2129:25, 2130:1, 2130:3, 2130:5, 2132:11, 2132:13, 2132:19, 2132:25, 2133:1, 2133:3, 2133:12, 2133:17, 2133:19, 2133:25, 2134:5, 2134:24, 2135:1, 2135:3, 2139:1, 2140:16, 2142:14, 2143:5, 2143:8, 2143:23, 2144:6, 2147:4, 2149:2, 2150:10, 2150:11, 2151:3, 2151:4, 2151:6, 2151:8, 2152:16, 2153:11, 2153:13, 2155:1, 2155:2, 2157:5, 2157:24, 2158:17, 2159:15, 2159:18, 2162:7, 2163:13

**seeing** [10] - 2050:7, 2052:23, 2066:12, 2078:25, 2085:25, 2133:24, 2134:4, 2135:6, 2146:17, 2149:7

**seemed** [2] - 2031:19, 2032:16

**seems** [4] - 2060:22, 2080:21, 2132:16, 2132:19

**seen** [26] - 2053:24, 2064:25, 2085:11, 2085:12, 2098:5, 2098:8, 2100:12, 2102:15, 2102:17, 2102:20, 2112:1, 2112:8, 2123:6, 2129:13, 2129:21, 2130:7, 2130:8, 2132:17, 2133:9, 2134:18, 2138:17, 2143:12, 2144:3, 2157:13, 2158:5, 2161:9

**semantic** [2] - 2138:3, 2148:14

**send** [2] - 2014:18, 2044:24

**sending** [4] - 2051:13, 2111:13, 2144:15, 2152:10

**senior** [3] - 2094:17, 2096:24, 2102:10

**sense** [1] - 2070:11

**sensor** [14] - 2147:8, 2152:13, 2152:14, 2153:7, 2154:7, 2154:16, 2154:22, 2155:4, 2155:11, 2155:12, 2155:13, 2155:17, 2155:19, 2160:3

**sensors** [10] - 2151:21, 2151:24, 2152:3, 2152:10, 2152:21, 2152:22, 2153:17, 2153:18, 2153:20, 2153:23

**sent** [8] - 2033:12, 2038:9, 2040:16, 2042:2, 2042:10, 2064:14, 2153:1, 2153:3

**sentence** [4] - 2093:21, 2097:18, 2098:9, 2099:7

**separate** [3] - 2084:25, 2138:3, 2152:14

**separates** [1] - 2093:14

**separator** [2] - 2162:15, 2162:19

**September** [1] - 2010:2

**SEPULVADO** [1] - 2006:4

**Sepulvado** [17] - 2009:17, 2009:23, 2027:4, 2028:20, 2029:6, 2029:19, 2030:14, 2034:9, 2039:1, 2041:25, 2049:16, 2051:3, 2052:15, 2052:18, 2053:16, 2056:7

**Sepulvado's** [1] - 2116:3

**sequence** [1] - 2146:17

**series** [1] - 2144:8

**serve** [1] - 2061:11

**served** [3] - 2061:21, 2087:19, 2090:12

**service** [1] - 2061:2

**services** [1] - 2059:24

**SERVICES** [1] - 2004:21

**Services** [1] - 2020:10

**SESSION** [1] - 1998:20

**set** [16] - 2019:10,

2019:19, 2035:22, 2057:11, 2057:12, 2057:16, 2062:21, 2067:6, 2070:19, 2070:21, 2076:2, 2086:15, 2119:3, 2126:25, 2129:2, 2150:20

**sets** [1] - 2019:23

**setting** [4] - 2019:11, 2057:23, 2076:1, 2156:8

**setup** [1] - 2078:3

**seven** [6] - 2022:9, 2027:9, 2036:19, 2039:25, 2140:19, 2146:25

**several** [8] - 2013:8, 2023:17, 2030:2, 2031:6, 2035:13, 2037:25, 2109:20, 2159:1

**shack** [24] - 2095:22, 2102:25, 2103:7, 2103:13, 2103:21, 2103:22, 2103:25, 2104:4, 2104:6, 2104:17, 2104:20, 2125:25, 2126:6, 2127:17, 2127:21, 2128:1, 2128:3, 2128:6, 2129:12, 2129:17, 2129:20, 2129:23, 2130:3, 2160:24

**shaker** [2] - 2014:24, 2155:14

**shakers** [1] - 2155:16

**shale** [2] - 2014:23, 2018:3

**shaped** [1] - 2071:8

**SHARON** [1] - 2001:17

**sharp** [1] - 2133:17

**SHAW** [1] - 1999:21

**shear** [14] - 2053:23, 2054:3, 2054:6, 2054:7, 2054:9, 2054:12, 2054:16, 2054:20, 2054:22, 2055:5, 2055:6, 2055:20

**shearing** [6] - 2052:7, 2052:9, 2053:1, 2054:12, 2054:25, 2055:3

**sheen** [14] - 2126:9, 2126:11, 2126:21, 2126:22, 2127:5,

2128:13, 2147:10, 2152:25, 2155:16, 2157:13, 2157:16, 2158:3, 2158:24, 2159:16

**sheer** [1] - 2053:20

**sheet** [3] - 2045:11, 2045:14, 2045:19

**sheets** [1] - 2045:15

**SHELL** [1] - 2002:21

**shift** [2] - 2123:7, 2138:2

**shoe** [9] - 2013:18, 2014:15, 2014:21, 2016:4, 2046:5, 2069:7, 2069:22, 2075:24

**shooting** [2] - 2141:12, 2141:15

**shore** [2] - 2094:25, 2095:4

**short** [5] - 2026:23, 2032:6, 2038:3, 2050:22, 2065:13

**shorter** [1] - 2026:1

**shortly** [1] - 2162:24

**should** [36] - 2016:22, 2023:2, 2026:11, 2026:16, 2029:2, 2030:19, 2042:25, 2051:11, 2077:22, 2078:4, 2079:17, 2081:14, 2085:21, 2087:17, 2092:22, 2093:1, 2098:19, 2098:22, 2098:24, 2099:8, 2099:18, 2099:21, 2100:12, 2108:25, 2109:5, 2130:17, 2141:22, 2155:3, 2155:4, 2157:13, 2157:24, 2158:11, 2161:12, 2161:14, 2161:15, 2162:23

**shouldn't** [1] - 2083:15

**shout** [1] - 2104:5

**show** [6] - 2045:18, 2049:20, 2052:7, 2052:25, 2066:18, 2100:11

**showed** [1] - 2143:2

**showing** [1] - 2155:13

**shown** [6] - 2045:9, 2079:13, 2085:9, 2095:8, 2143:15, 2148:10

**shows** [6] - 2016:17,

2016:19, 2039:24, 2051:19, 2053:3, 2067:16

**shut** [24] - 2017:14, 2017:15, 2017:16, 2045:25, 2046:1, 2046:3, 2095:18, 2096:4, 2104:18, 2109:17, 2131:5, 2133:16, 2138:15, 2141:17, 2147:10, 2158:2, 2158:11, 2158:23, 2159:2, 2159:15, 2161:25, 2162:24, 2163:3, 2163:5

**shut-in** [2] - 2017:15, 2017:16

**shutdown** [4] - 2133:1, 2133:3, 2133:12, 2152:25

**SHUTLER** [1] - 2001:17

**shutoff** [1] - 2158:7

**shuts** [1] - 2161:22

**shutting** [3] - 2045:24, 2131:3, 2160:21

**side** [13] - 2007:21, 2080:3, 2080:17, 2081:19, 2084:3, 2084:17, 2085:7, 2085:17, 2085:20, 2087:2, 2094:25, 2095:4, 2124:25

**sides** [1] - 2077:22

**sign** [2] - 2026:22, 2081:4

**significance** [3] - 2128:22, 2129:5, 2129:8

**significant** [2] - 2128:17, 2148:16

**significantly** [1] - 2011:7

**signs** [3] - 2150:9, 2150:15, 2150:20

**similar** [9] - 2101:18, 2106:10, 2139:18, 2139:19, 2139:24, 2140:3, 2140:22, 2141:23, 2145:19

**similarities** [2] - 2142:12, 2142:16

**similarity** [1] - 2141:5

**similarly** [2] - 2028:9, 2138:18

**simple** [2] - 2086:9, 2090:3

**simplify** [1] - 2142:10
**simplistic** [1] - 2152:8
**simply** [3] - 2082:21, 2100:2, 2104:4
**simulate** [2] - 2076:9, 2076:25
**simulating** [1] - 2076:14
**simultaneous** [6] - 2146:1, 2146:7, 2155:23, 2156:6, 2156:23, 2157:4
**simultaneously** [1] - 2078:8
**since** [6] - 2031:9, 2041:16, 2059:9, 2064:17, 2081:14, 2154:4
**SINCLAIR** [1] - 2002:5
**sir** [86] - 2015:24, 2017:9, 2027:8, 2027:9, 2027:12, 2027:17, 2027:23, 2027:25, 2028:1, 2028:4, 2028:8, 2028:12, 2029:6, 2029:12, 2029:23, 2030:4, 2030:18, 2031:2, 2031:22, 2032:4, 2032:7, 2032:25, 2033:22, 2033:24, 2034:6, 2034:13, 2034:19, 2035:2, 2035:9, 2035:12, 2035:17, 2035:21, 2036:7, 2036:18, 2036:21, 2036:25, 2037:5, 2037:20, 2038:2, 2038:16, 2038:17, 2038:24, 2040:7, 2040:13, 2042:4, 2042:9, 2042:11, 2042:15, 2042:18, 2042:22, 2043:7, 2043:11, 2044:1, 2044:6, 2044:17, 2044:18, 2044:22, 2045:16, 2046:8, 2046:17, 2046:19, 2046:23, 2046:24, 2047:9, 2047:13, 2048:9, 2048:14, 2050:19, 2052:21, 2055:24, 2056:17, 2057:11, 2057:19, 2057:20, 2058:5,

2058:9, 2106:24, 2107:12, 2112:7, 2113:11, 2126:21, 2134:14, 2140:20, 2156:14, 2159:21
**sit** [1] - 2026:9
**site** [44] - 2013:5, 2015:19, 2015:23, 2024:22, 2028:6, 2030:5, 2030:9, 2031:3, 2031:10, 2032:9, 2033:2, 2033:21, 2034:11, 2034:16, 2034:17, 2036:4, 2036:10, 2036:23, 2040:24, 2041:1, 2042:6, 2045:23, 2046:25, 2050:7, 2052:11, 2052:16, 2061:12, 2061:21, 2063:11, 2087:17, 2087:19, 2089:14, 2090:23, 2094:16, 2115:20, 2118:14, 2120:5, 2123:22, 2128:3, 2129:16, 2135:18, 2135:21, 2135:23
**sitting** [2] - 2026:2, 2101:15
**situation** [8] - 2057:14, 2086:12, 2092:16, 2131:21, 2135:5, 2151:9, 2153:12, 2153:16
**situations** [2] - 2054:1, 2107:25
**six** [16] - 2008:11, 2039:25, 2040:12, 2040:14, 2046:4, 2096:22, 2106:17, 2139:22, 2139:23, 2140:1, 2140:2, 2142:14, 2142:16, 2146:25
**size** [1] - 2019:20
**skip** [1] - 2093:19
**skipped** [1] - 2136:20
**slices** [1] - 2065:24
**slide** [12] - 2065:10, 2065:22, 2066:1, 2072:11, 2087:22, 2089:12, 2089:16, 2091:7, 2094:15, 2095:7, 2096:18, 2096:19
**SLIDELL** [1] - 2000:12
**sliding** [1] - 2040:19

**slightly** [3] - 2021:13, 2073:18, 2089:6
**slip** [2] - 2040:1, 2040:16
**slip-on** [2] - 2040:1, 2040:16
**Slope** [1] - 2062:8
**slow** [4] - 2018:15, 2019:7, 2142:9
**slowing** [1] - 2021:9, 2056:19
**small** [3] - 2080:20, 2084:6, 2103:14
**smaller** [3] - 2039:6, 2057:4, 2070:24
**smarter** [1] - 2090:4
**Smith** [1] - 2051:10
**sneaking** [1] - 2079:14
**so-called** [2] - 2093:2, 2160:16
**solely** [1] - 2043:9
**some** [62] - 2007:20, 2010:8, 2012:18, 2015:2, 2015:4, 2017:23, 2018:1, 2019:17, 2021:22, 2022:22, 2023:15, 2024:12, 2027:24, 2037:3, 2041:12, 2042:10, 2056:8, 2056:12, 2056:18, 2056:24, 2063:15, 2067:6, 2072:9, 2078:7, 2080:20, 2081:21, 2082:10, 2086:16, 2087:24, 2092:6, 2094:4, 2094:19, 2098:2, 2099:20, 2109:1, 2110:6, 2123:6, 2123:8, 2124:3, 2125:22, 2125:24, 2132:8, 2132:17, 2134:4, 2134:5, 2134:11, 2137:7, 2137:18, 2138:23, 2145:25, 2146:6, 2146:8, 2147:12, 2147:13, 2151:21, 2154:1, 2157:11, 2157:19, 2159:14, 2160:21, 2162:9
**somebody** [7] - 2011:19, 2043:21, 2043:22, 2044:1, 2047:18, 2133:7, 2144:22
**someone** [5] -

2095:4, 2098:21, 2098:22, 2161:17
**something** [29] - 2018:3, 2028:13, 2039:10, 2071:25, 2074:17, 2078:1, 2078:3, 2079:16, 2086:3, 2087:7, 2087:17, 2093:9, 2098:19, 2098:25, 2099:9, 2099:18, 2109:11, 2116:11, 2121:13, 2122:23, 2126:2, 2131:2, 2133:12, 2138:6, 2140:23, 2147:7, 2144:23, 2147:18, 2158:9
**something's** [1] - 2077:4
**sometime** [1] - 2102:23
**sometimes** [11] - 2007:11, 2018:16, 2019:8, 2020:6, 2020:7, 2037:7, 2051:7, 2057:21, 2086:10, 2092:8
**somewhat** [1] - 2144:2
**somewhere** [8] - 2022:3, 2024:2, 2043:18, 2080:9, 2083:13, 2121:4, 2132:21, 2133:25
**soon** [3] - 2019:19, 2158:17, 2161:19
**sorry** [22] - 2019:1, 2048:9, 2056:19, 2074:1, 2076:8, 2081:23, 2087:13, 2093:7, 2093:12, 2093:19, 2099:4, 2100:4, 2106:15, 2107:24, 2114:18, 2116:24, 2136:20, 2142:9, 2155:8, 2156:16, 2159:5
**sort** [13] - 2027:25, 2028:10, 2029:1, 2059:20, 2070:23, 2074:16, 2075:22, 2094:4, 2142:18, 2159:1, 2160:21, 2162:8, 2162:9
**sounds** [4] - 2096:15, 2131:25, 2147:9, 2161:7
**SOUTH** [1] - 2003:23
**south** [4] - 2060:19,

2060:21, 2101:11, 2101:16
**space** [3] - 2007:17, 2069:24, 2071:17
**spacer** [16] - 2074:1, 2074:2, 2074:5, 2074:12, 2082:1, 2082:10, 2082:19, 2082:22, 2082:23, 2121:1, 2126:17, 2126:18, 2127:4, 2127:7
**speak** [2] - 2060:13, 2125:7, 2147:20
**speaking** [3] - 2137:5, 2140:19, 2152:2
**Special** [1] - 2046:5
**specific** [4] - 2052:22, 2088:21, 2133:15, 2160:10
**specifically** [7] - 2053:19, 2060:12, 2070:16, 2106:9, 2138:8, 2152:2, 2155:10
**specifying** [1] - 2038:13
**specs** [1] - 2011:1
**speculate** [1] - 2123:2
**speculative** [1] - 2144:20
**spell** [1] - 2058:17
**spend** [1] - 2079:1
**spent** [1] - 2160:15
**Sperry** [25] - 2032:18, 2100:20, 2101:13, 2128:24, 2130:8, 2130:9, 2137:8, 2137:16, 2138:18, 2139:2, 2139:8, 2140:16, 2147:7, 2152:1, 2152:5, 2152:14, 2153:7, 2153:20, 2153:23, 2154:7, 2154:9, 2154:16, 2154:19, 2154:21, 2154:22
**Sperry's** [5] - 2137:14, 2155:12, 2155:14, 2155:17, 2155:20
**Sperry-Sun** [6] - 2100:20, 2152:1, 2152:5, 2153:7, 2154:21, 2154:22
**spike** [1] - 2162:8
**SPILL** [1] - 1998:5

**SPIRO** [1] - 2001:22
**spoke** [1] - 2106:23
**spoken** [2] - 2020:1, 2154:12
**spots** [1] - 2075:23
**spreadsheet** [5] - 2010:7, 2010:9, 2011:12, 2011:14, 2011:15
**springs** [1] - 2046:10
**SPS** [1] - 2012:2
**SQUARE** [1] - 2002:21
**stack** [2] - 2013:22, 2054:10
**stacks** [1] - 2010:25
**stagger** [1] - 2148:25
**staggering** [2] - 2146:14, 2146:16
**stand** [6] - 2026:21, 2029:3, 2149:1, 2151:6, 2157:21, 2161:2
**standard** [14] - 2011:25, 2075:22, 2088:1, 2088:4, 2089:8, 2102:1, 2108:10, 2117:13, 2137:9, 2140:25, 2149:15, 2150:9, 2150:14, 2151:5
**standards** [5] - 2089:13, 2089:15, 2089:20, 2091:12, 2092:25
**standing** [1] - 2103:4
**stands** [1] - 2163:5
**start** [9] - 2021:10, 2021:17, 2045:21, 2067:13, 2067:18, 2067:19, 2067:21, 2116:8, 2137:1
**started** [4] - 2052:15, 2088:14, 2115:25, 2141:7
**starting** [4] - 2014:1, 2048:10, 2081:12, 2132:10
**STATE** [3] - 2002:3, 2002:8, 2002:10
**state** [6] - 2052:25, 2058:16, 2125:2, 2125:7, 2125:10, 2125:12
**stated** [4] - 2049:11, 2049:23, 2130:8, 2156:13
**statement** [13] - 2010:12, 2025:21, 2057:5, 2082:22,

2099:14, 2119:14, 2124:8, 2134:1, 2134:7, 2134:8, 2135:13, 2149:8, 2159:22
**STATES** [4] - 1998:1, 1998:15, 1998:23, 2001:3
**States** [7] - 2058:11, 2058:20, 2058:24, 2059:24, 2063:24, 2088:19, 2164:4
**static** [1] - 2092:6
**STATION** [1] - 2001:23
**stationary** [1] - 2054:19
**status** [2] - 2132:3, 2133:7
**stay** [1] - 2021:20
**stayed** [1] - 2122:15
**stem** [1] - 2103:4
**STENOGRAPHY** [1] - 2005:16
**step** [5] - 2014:2, 2095:14, 2138:1, 2158:12
**STEPHEN** [1] - 1999:7
**steps** [3] - 2061:20, 2079:3, 2138:4
**Sterbcow** [1] - 2008:16
**STERBCOW** [5] - 1999:14, 1999:14, 2008:16, 2008:22, 2009:2
**STERNBERG** [1] - 2005:3
**STEVEN** [2] - 2001:9, 2003:18
**stick** [2] - 2062:24, 2068:5
**still** [17] - 2009:5, 2009:14, 2009:16, 2018:5, 2035:22, 2039:4, 2060:15, 2078:9, 2084:7, 2084:9, 2085:21, 2092:6, 2155:2, 2155:4, 2155:12, 2155:19, 2159:15
**stipulate** [1] - 2015:20
**STONE** [1] - 2004:11
**stop** [10] - 2016:10, 2019:7, 2040:19, 2084:20, 2085:24, 2092:12, 2119:7, 2119:9, 2159:4,

2159:25
**stopped** [6] - 2022:5, 2083:6, 2083:16, 2118:18, 2118:22, 2154:4
**stops** [2] - 2084:7, 2093:5
**storm** [1] - 2023:14
**story** [2] - 2047:25, 2160:2
**straight** [3] - 2016:17, 2016:22, 2146:16
**STRANGE** [1] - 2002:4
**STREET** [19] - 1999:4, 1999:11, 1999:15, 1999:19, 1999:22, 2000:11, 2000:15, 2000:22, 2002:11, 2002:16, 2002:22, 2003:15, 2003:19, 2004:4, 2004:12, 2004:18, 2004:24, 2005:8, 2005:13
**stress** [1] - 2077:24
**strike** [2] - 2018:10, 2025:7
**string** [15] - 2043:2, 2043:5, 2043:8, 2056:22, 2056:24, 2057:3, 2057:4, 2057:7, 2057:9, 2057:16, 2068:16, 2069:4, 2070:20, 2114:18
**strings** [3] - 2070:17, 2070:19, 2071:2
**stroke** [1] - 2127:13
**strokes** [2] - 2101:5, 2126:16, 2127:14
**Strokes** [1] - 2127:13
**studied** [1] - 2108:24
**studies** [1] - 2119:12
**study** [1] - 2109:3
**stuff** [3] - 2067:19, 2109:22, 2138:17
**style** [3] - 2040:1, 2040:17, 2040:18
**subcontractors** [1] - 2043:14
**subject** [4] - 2010:14, 2022:22, 2030:4, 2065:6
**subjects** [1] - 2039:20
**submitted** [1] - 2008:3
**subparagraphs** [1] -

2113:4
**subs** [3] - 2039:25, 2040:14, 2046:9
**subsea** [6] - 2010:22, 2010:23, 2011:18, 2011:25, 2012:16, 2013:17
**subsurface** [2] - 2011:18, 2047:8
**success** [3] - 2084:22, 2085:12, 2123:22
**successful** [22] - 2078:10, 2078:17, 2083:18, 2083:19, 2084:23, 2085:2, 2085:7, 2085:9, 2085:18, 2086:1, 2086:2, 2086:18, 2092:18, 2092:22, 2094:24, 2095:11, 2095:13, 2097:13, 2097:16, 2102:11, 2107:15, 2119:18
**successively** [1] - 2070:20
**such** [5] - 2044:4, 2052:2, 2093:3, 2131:12, 2162:6
**suggesting** [1] - 2154:18
**suggestions** [1] - 2098:2
**suggests** [1] - 2161:5
**SUITE** [13] - 1999:4, 1999:15, 1999:19, 2000:4, 2000:8, 2002:22, 2003:15, 2003:19, 2004:8, 2004:18, 2004:24, 2005:4, 2005:8
**SULLIVAN** [1] - 2001:16
**summaries** [1] - 2109:1
**summarize** [1] - 2094:22
**Sun** [6] - 2100:20, 2152:1, 2152:5, 2153:7, 2154:21, 2154:22
**supervise** [1] - 2061:15
**supervising** [2] - 2115:22, 2135:21
**supervisor** [2] - 2052:9, 2052:10
**supervisory** [2] - 2129:8, 2129:11

**supply** [1] - 2153:22
**suppose** [1] - 2163:13
**supposed** [3] - 2027:20, 2040:22, 2080:6
**sure** [27] - 2013:15, 2013:18, 2020:17, 2027:20, 2048:24, 2050:17, 2055:8, 2063:17, 2070:6, 2070:11, 2099:5, 2100:15, 2109:2, 2109:9, 2113:2, 2115:19, 2118:7, 2121:17, 2142:3, 2146:15, 2147:24, 2154:17, 2154:24, 2156:12, 2156:16, 2159:13, 2160:10
**surface** [8] - 2010:25, 2035:22, 2051:25, 2079:22, 2080:16, 2141:18, 2153:24, 2154:1
**surpassed** [1] - 2011:7
**surprise** [2] - 2111:2, 2144:18
**survived** [1] - 2100:20
**suspect** [1] - 2150:6
**suspected** [1] - 2138:5
**sustain** [4] - 2127:22, 2144:21, 2157:2, 2157:9
**SUTHERLAND** [1] - 2003:17
**Swiss** [1] - 2065:8
**SWORN** [1] - 2058:14
**system** [12] - 2101:18, 2101:21, 2110:23, 2110:25, 2111:1, 2111:4, 2111:8, 2140:10, 2146:10, 2152:1, 2152:9, 2161:18
**systems** [1] - 2109:20

## T

**T** [2] - 1999:11, 2003:8
**table** [1] - 2067:6
**Tabler** [5] - 2030:24, 2031:5, 2033:8,

2044:21, 2045:6
**tag** [1] - 2013:18
**tail** [1] - 2070:8
**take** [30] - 2019:4,
2023:16, 2029:25,
2037:11, 2045:17,
2045:21, 2048:11,
2058:16, 2069:2,
2077:7, 2079:1,
2087:21, 2090:17,
2095:20, 2096:9,
2096:21, 2105:3,
2110:23, 2117:10,
2118:2, 2118:16,
2119:11, 2130:7,
2137:24, 2142:15,
2150:16, 2158:14,
2158:17, 2158:18,
2163:14
**taken** [9] - 2017:13,
2076:21, 2096:12,
2099:21, 2138:6,
2141:6, 2142:6,
2144:8, 2161:15
**TAKEN** [2] - 2105:5,
2163:20
**takes** [4] - 2053:2,
2062:22, 2104:18,
2158:15
**taking** [10] - 2018:14,
2019:5, 2082:16,
2118:11, 2132:25,
2134:9, 2134:11,
2134:24, 2135:1,
2135:2
**talk** [11] - 2036:13,
2039:23, 2068:7,
2073:20, 2112:23,
2133:7, 2139:15,
2145:1, 2153:16,
2160:25
**talked** [16] - 2027:6,
2028:16, 2030:6,
2033:7, 2033:9,
2034:20, 2034:21,
2034:23, 2034:24,
2035:7, 2039:12,
2040:11, 2045:7,
2160:8, 2161:8
**talking** [20] - 2010:1,
2015:1, 2029:14,
2038:12, 2046:11,
2047:23, 2047:24,
2072:17, 2073:15,
2073:19, 2098:13,
2100:3, 2100:24,
2120:17, 2132:15,
2133:9, 2151:14,
2153:17, 2159:18,
2160:20

**talks** [1] - 2039:20
**tally** [1] - 2014:10
**tank** [9] - 2022:9,
2022:15, 2074:7,
2074:19, 2075:2,
2077:13, 2078:8,
2080:16, 2146:12
**tanks** [1] - 2075:1
**TANNER** [2] -
2005:7, 2056:2
**tasks** [1] - 2033:25
**TD** [11] - 2036:4,
2036:6, 2036:10,
2057:9, 2057:25,
2058:2, 2071:19,
2071:20, 2071:25,
2072:6
**teach** [3] - 2063:18,
2063:20, 2063:24
**teaching** [3] -
2064:11, 2082:3,
2082:22
**team** [14] - 2010:23,
2015:10, 2027:6,
2027:11, 2027:14,
2027:16, 2027:18,
2035:7, 2041:7,
2043:13, 2044:7,
2047:8, 2096:25,
2100:17
**technical** [3] -
2092:10, 2093:5,
2093:20
**technically** [2] -
2060:22, 2072:1
**Teddy** [3] - 2032:11,
2032:12
**telephone** [4] -
2110:9, 2110:17,
2110:20, 2112:8
**telescope** [1] -
2070:23
**tell** [27] - 2010:20,
2011:14, 2014:17,
2017:25, 2019:16,
2020:22, 2021:17,
2026:7, 2026:15,
2038:17, 2039:2,
2040:8, 2041:4,
2043:20, 2073:5,
2078:5, 2079:7,
2080:2, 2083:4,
2083:24, 2084:15,
2092:12, 2093:13,
2104:2, 2143:12,
2148:2, 2154:10
**telling** [1] - 2126:16
**temperature** [1] -
2154:11
**temporary** [4] -

2072:15, 2072:19,
2075:21, 2112:20
**ten** [8] - 2013:20,
2014:22, 2014:24,
2017:18, 2017:19,
2017:20, 2147:1
**ten-foot** [1] -
2013:20
**tend** [2] - 2054:8,
2055:10
**tendered** [1] - 2065:4
**term** [8] - 2024:17,
2024:20, 2052:10,
2068:22, 2069:23,
2071:19, 2074:10,
2091:17
**terminology** [3] -
2061:10, 2103:8,
2159:11
**terms** [10] - 2028:25,
2066:10, 2068:8,
2068:10, 2080:23,
2082:21, 2091:23,
2124:22, 2152:19
**terribly** [1] - 2073:14
**territorial** [1] -
2063:4
**territories** [2] -
2062:25, 2063:2
**test** [156] - 2010:13,
2011:6, 2012:1,
2012:20, 2013:1,
2014:10, 2014:14,
2014:15, 2014:17,
2014:20, 2015:5,
2015:13, 2015:17,
2016:4, 2016:5,
2017:13, 2017:22,
2020:19, 2021:21,
2021:22, 2027:16,
2027:19, 2027:20,
2027:22, 2027:24,
2028:1, 2038:7,
2072:16, 2072:20,
2072:21, 2075:12,
2075:14, 2076:7,
2076:9, 2076:25,
2077:6, 2077:7,
2078:10, 2078:15,
2078:17, 2079:1,
2079:6, 2079:16,
2079:20, 2080:24,
2082:12, 2083:16,
2083:17, 2083:18,
2084:16, 2084:22,
2084:23, 2084:25,
2085:2, 2085:3,
2085:4, 2085:7,
2085:9, 2085:11,
2085:12, 2085:19,

2086:1, 2086:2,
2086:7, 2086:18,
2086:19, 2086:23,
2087:1, 2089:18,
2091:11, 2092:14,
2092:15, 2092:18,
2092:21, 2092:22,
2094:24, 2095:3,
2095:11, 2095:13,
2095:14, 2095:15,
2095:23, 2096:1,
2097:13, 2097:16,
2099:24, 2100:3,
2102:5, 2102:8,
2102:12, 2102:17,
2102:19, 2104:2,
2104:6, 2104:22,
2107:15, 2113:9,
2113:14, 2113:17,
2113:20, 2114:3,
2114:7, 2114:10,
2114:11, 2114:15,
2114:24, 2115:10,
2115:12, 2115:19,
2115:21, 2115:25,
2116:8, 2116:11,
2117:20, 2118:18,
2118:22, 2118:25,
2119:3, 2119:17,
2119:18, 2120:3,
2121:20, 2122:2,
2122:9, 2122:19,
2123:4, 2123:7,
2123:14, 2123:18,
2123:21, 2123:22,
2124:11, 2124:13,
2126:9, 2126:11,
2126:21, 2126:22,
2127:5, 2128:13,
2135:23, 2138:24,
2139:4, 2139:13,
2140:8, 2142:6,
2147:10, 2152:25,
2154:3, 2155:16,
2157:14, 2157:16,
2158:3, 2158:24,
2159:16
**tested** [7] - 2012:1,
2027:22, 2106:7,
2107:21, 2108:1,
2108:6, 2108:18
**testified** [11] -
2042:5, 2059:11,
2059:13, 2125:18,
2125:23, 2129:1,
2130:6, 2134:3,
2143:9, 2145:2,
2160:1
**TESTIFIED** [1] -
2058:14
**testify** [1] - 2126:3

**testifying** [6] -
2015:19, 2015:22,
2059:19, 2060:7,
2065:24, 2148:1
**testimony** [36] -
2012:18, 2017:23,
2049:10, 2053:5,
2066:9, 2081:25,
2096:5, 2096:23,
2102:21, 2102:22,
2102:25, 2103:2,
2104:16, 2104:18,
2111:3, 2116:3,
2123:6, 2125:24,
2129:3, 2132:8,
2132:21, 2132:24,
2133:6, 2133:10,
2138:23, 2143:4,
2144:7, 2144:14,
2144:22, 2147:21,
2150:21, 2155:6,
2158:25, 2159:2,
2159:5
**testing** [3] - 2065:7,
2106:1, 2139:18
**tests** [17] - 2013:3,
2013:8, 2013:12,
2014:9, 2015:16,
2016:3, 2020:12,
2020:15, 2020:18,
2027:13, 2056:9,
2098:12, 2098:13,
2114:1, 2115:10,
2115:12
**than** [20] - 2039:3,
2039:11, 2039:12,
2040:8, 2057:4,
2070:24, 2076:23,
2084:2, 2086:17,
2090:4, 2093:20,
2096:9, 2109:15,
2131:8, 2142:14,
2147:4, 2148:23,
2153:24, 2158:9,
2163:14
**thank** [38] - 2009:20,
2016:1, 2026:19,
2028:20, 2030:14,
2030:23, 2033:20,
2034:6, 2035:9,
2040:7, 2041:23,
2042:22, 2044:12,
2046:17, 2047:9,
2050:19, 2050:20,
2055:24, 2058:6,
2058:9, 2058:10,
2065:10, 2066:6,
2067:3, 2073:5,
2073:23, 2078:18,
2079:7, 2086:22,

2087:22, 2088:25,
2091:7, 2092:3,
2094:2, 2105:22,
2120:4, 2136:21,
2163:12

**thanks** [2] - 2111:12,
2113:7

**that** [934] - 2007:10,
2007:12, 2007:22,
2008:8, 2008:11,
2008:24, 2009:3,
2010:1, 2010:8,
2010:12, 2010:20,
2011:4, 2011:5,
2011:10, 2011:16,
2011:20, 2011:21,
2012:2, 2012:17,
2012:20, 2012:25,
2013:1, 2013:9,
2013:18, 2013:19,
2014:3, 2014:9,
2014:14, 2014:19,
2015:2, 2015:3,
2015:10, 2015:12,
2015:13, 2016:16,
2016:17, 2016:18,
2016:19, 2017:1,
2017:3, 2017:5,
2017:7, 2017:22,
2018:10, 2018:16,
2018:19, 2019:4,
2019:7, 2019:9,
2019:12, 2019:23,
2020:9, 2020:12,
2020:14, 2020:15,
2020:19, 2020:22,
2021:2, 2021:7,
2021:9, 2021:10,
2021:18, 2021:22,
2021:25, 2022:19,
2022:24, 2023:6,
2023:9, 2023:11,
2023:16, 2023:20,
2024:7, 2024:10,
2024:16, 2024:21,
2025:7, 2025:12,
2025:15, 2025:23,
2025:24, 2026:7,
2026:10, 2026:11,
2026:15, 2027:6,
2027:8, 2028:3,
2028:5, 2028:7,
2028:10, 2029:14,
2029:18, 2029:22,
2029:25, 2030:4,
2030:5, 2030:17,
2031:13, 2031:16,
2031:19, 2032:10,
2032:14, 2032:19,
2032:24, 2033:2,
2033:7, 2033:11,

2033:15, 2033:16,
2033:20, 2033:21,
2034:2, 2035:15,
2036:5, 2036:6,
2036:15, 2036:16,
2036:17, 2036:20,
2036:24, 2037:1,
2037:10, 2037:13,
2037:14, 2037:25,
2038:7, 2038:9,
2038:12, 2038:13,
2038:17, 2038:18,
2038:25, 2039:1,
2039:2, 2039:4,
2039:10, 2039:11,
2040:2, 2040:3,
2040:7, 2040:8,
2040:14, 2040:15,
2040:17, 2040:18,
2040:22, 2041:7,
2041:8, 2041:17,
2041:18, 2042:1,
2042:3, 2042:6,
2042:16, 2043:1,
2043:3, 2043:5,
2043:9, 2044:10,
2044:16, 2044:19,
2044:21, 2044:25,
2045:1, 2045:9,
2045:12, 2045:20,
2046:1, 2046:7,
2046:13, 2046:14,
2046:18, 2046:20,
2046:21, 2047:3,
2047:11, 2047:12,
2047:18, 2047:20,
2047:24, 2048:3,
2049:2, 2049:14,
2049:19, 2049:20,
2049:23, 2050:8,
2050:9, 2050:15,
2051:6, 2051:7,
2051:9, 2051:13,
2051:18, 2051:19,
2051:20, 2051:21,
2051:23, 2052:1,
2052:2, 2052:6,
2052:7, 2052:8,
2052:10, 2052:15,
2052:18, 2052:19,
2053:2, 2053:3,
2053:8, 2053:9,
2053:10, 2053:16,
2053:22, 2053:24,
2054:2, 2054:8,
2054:16, 2054:18,
2054:19, 2054:22,
2054:25, 2055:4,
2055:9, 2055:11,
2055:14, 2055:16,
2055:19, 2056:9,

2056:10, 2056:12,
2056:22, 2056:25,
2057:3, 2057:4,
2057:5, 2057:7,
2057:8, 2057:10,
2057:18, 2059:1,
2059:3, 2059:9,
2059:11, 2059:12,
2059:15, 2059:19,
2060:2, 2060:4,
2060:6, 2060:16,
2060:19, 2061:2,
2061:9, 2061:11,
2061:24, 2062:2,
2062:7, 2062:15,
2062:18, 2063:5,
2063:10, 2063:11,
2064:10, 2064:19,
2064:21, 2064:23,
2065:1, 2065:6,
2065:8, 2065:14,
2065:20, 2065:22,
2065:23, 2066:3,
2066:10, 2066:19,
2066:22, 2067:19,
2067:22, 2068:4,
2068:16, 2068:22,
2069:2, 2069:3,
2069:6, 2069:19,
2069:23, 2070:2,
2070:11, 2070:19,
2070:23, 2070:24,
2071:2, 2071:4,
2071:6, 2071:10,
2071:19, 2072:9,
2072:19, 2072:24,
2073:13, 2073:15,
2074:18, 2074:24,
2075:1, 2075:13,
2075:16, 2075:17,
2075:18, 2075:22,
2076:12, 2076:19,
2076:21, 2077:1,
2077:3, 2077:5,
2077:17, 2077:24,
2078:2, 2078:11,
2078:12, 2078:25,
2079:4, 2079:12,
2079:15, 2079:17,
2079:19, 2079:24,
2080:19, 2081:1,
2081:2, 2081:4,
2081:13, 2081:15,
2081:25, 2082:1,
2082:2, 2082:5,
2082:9, 2082:14,
2082:15, 2082:16,
2082:17, 2083:7,
2083:20, 2083:25,
2084:2, 2084:10,
2084:12, 2084:21,

2084:22, 2085:1,
2085:3, 2085:6,
2085:10, 2085:12,
2085:13, 2085:21,
2085:25, 2086:1,
2086:3, 2086:6,
2086:10, 2086:14,
2086:18, 2086:23,
2086:24, 2086:25,
2087:4, 2087:5,
2087:7, 2087:21,
2088:4, 2088:10,
2088:21, 2089:2,
2089:3, 2089:4,
2089:8, 2089:20,
2089:23, 2090:2,
2090:3, 2090:4,
2090:22, 2090:24,
2090:25, 2091:1,
2091:2, 2091:10,
2091:16, 2091:17,
2091:18, 2091:20,
2092:10, 2092:18,
2092:23, 2093:2,
2093:14, 2093:19,
2094:6, 2094:9,
2094:15, 2094:19,
2094:20, 2094:21,
2094:22, 2094:23,
2094:24, 2095:1,
2095:3, 2095:6,
2095:8, 2095:13,
2095:20, 2095:24,
2095:25, 2096:8,
2096:10, 2096:11,
2096:15, 2096:22,
2096:25, 2097:4,
2097:6, 2097:8,
2097:11, 2097:13,
2097:18, 2097:20,
2097:23, 2098:5,
2098:6, 2098:9,
2098:14, 2098:17,
2099:6, 2099:7,
2099:14, 2099:16,
2099:17, 2100:5,
2100:10, 2100:12,
2100:14, 2100:17,
2100:18, 2100:20,
2100:23, 2100:25,
2101:3, 2101:14,
2101:18, 2101:25,
2102:5, 2102:15,
2102:16, 2102:17,
2102:18, 2102:23,
2102:24, 2102:25,
2103:1, 2103:3,
2103:6, 2103:13,
2103:14, 2103:15,
2103:18, 2103:25,
2104:1, 2104:8,

2104:9, 2104:11,
2104:15, 2104:16,
2104:17, 2104:18,
2104:19, 2104:24,
2106:2, 2106:4,
2106:6, 2106:10,
2106:12, 2106:22,
2106:25, 2107:4,
2107:6, 2107:8,
2107:9, 2107:10,
2107:12, 2107:15,
2107:21, 2107:24,
2108:2, 2108:3,
2108:6, 2108:7,
2108:20, 2108:21,
2108:22, 2108:23,
2109:3, 2109:6,
2109:8, 2109:9,
2109:10, 2109:11,
2109:12, 2109:16,
2109:18, 2109:19,
2109:22, 2109:24,
2110:1, 2110:4,
2110:5, 2110:7,
2110:8, 2110:9,
2110:18, 2110:19,
2110:22, 2111:5,
2111:16, 2111:19,
2111:20, 2111:25,
2112:4, 2112:5,
2112:6, 2112:8,
2112:10, 2112:13,
2112:14, 2112:15,
2112:19, 2112:21,
2113:6, 2113:8,
2113:10, 2113:17,
2113:20, 2114:1,
2114:10, 2114:24,
2115:4, 2115:6,
2115:20, 2115:24,
2116:3, 2116:4,
2116:6, 2116:11,
2116:13, 2116:15,
2116:22, 2117:3,
2117:5, 2117:8,
2117:13, 2117:16,
2117:18, 2117:20,
2117:22, 2118:6,
2118:19, 2118:22,
2119:8, 2119:11,
2119:12, 2119:17,
2119:19, 2120:2,
2120:4, 2120:8,
2120:14, 2121:1,
2121:4, 2121:8,
2121:10, 2121:13,
2121:17, 2121:19,
2122:2, 2122:18,
2122:23, 2123:2,
2123:3, 2123:8,
2123:17, 2123:20,

2124:3, 2124:8,
2124:13, 2124:21,
2124:25, 2125:7,
2125:12, 2126:2,
2126:3, 2126:10,
2126:17, 2126:20,
2127:8, 2127:13,
2127:18, 2127:20,
2128:1, 2128:7,
2128:11, 2128:12,
2128:13, 2128:17,
2128:18, 2128:21,
2129:10, 2129:11,
2129:15, 2129:17,
2129:18, 2129:19,
2130:6, 2130:9,
2130:12, 2130:16,
2130:20, 2130:24,
2130:25, 2131:15,
2131:20, 2131:21,
2131:22, 2131:25,
2132:1, 2132:9,
2132:11, 2132:16,
2132:17, 2132:18,
2132:23, 2132:24,
2133:6, 2133:8,
2133:10, 2133:11,
2133:15, 2133:19,
2133:22, 2134:1,
2134:3, 2134:7,
2134:8, 2134:14,
2134:16, 2135:7,
2135:10, 2135:14,
2135:15, 2135:16,
2135:24, 2136:3,
2136:4, 2136:5,
2136:6, 2136:7,
2136:10, 2136:14,
2136:15, 2137:4,
2137:9, 2137:10,
2137:12, 2137:13,
2137:19, 2138:6,
2138:10, 2138:15,
2138:16, 2138:17,
2138:20, 2138:21,
2138:24, 2139:15,
2139:17, 2139:18,
2139:19, 2139:24,
2140:3, 2140:6,
2140:11, 2140:14,
2140:16, 2140:17,
2140:21, 2140:22,
2140:23, 2141:7,
2141:22, 2141:25,
2142:1, 2142:6,
2142:16, 2142:21,
2143:2, 2143:5,
2143:8, 2143:12,
2143:16, 2143:22,
2143:23, 2144:2,
2144:3, 2144:6,

2144:14, 2144:17,
2144:18, 2144:21,
2144:22, 2145:2,
2145:9, 2145:20,
2145:23, 2145:24,
2145:25, 2146:2,
2146:6, 2146:9,
2146:13, 2146:15,
2146:17, 2146:18,
2146:19, 2146:24,
2147:7, 2147:8,
2147:11, 2147:14,
2147:16, 2147:18,
2147:20, 2148:1,
2148:2, 2148:3,
2148:8, 2148:9,
2148:16, 2148:22,
2148:23, 2148:25,
2149:2, 2149:8,
2149:10, 2149:11,
2149:12, 2149:13,
2149:21, 2150:2,
2150:6, 2151:3,
2151:4, 2151:10,
2151:16, 2151:18,
2151:22, 2151:25,
2152:1, 2152:2,
2152:5, 2152:14,
2152:16, 2152:24,
2152:25, 2153:2,
2153:7, 2153:10,
2153:20, 2153:21,
2153:22, 2154:8,
2154:15, 2154:17,
2154:18, 2154:20,
2154:21, 2154:23,
2155:2, 2155:18,
2155:22, 2156:1,
2156:2, 2156:9,
2156:11, 2156:12,
2156:13, 2156:14,
2157:1, 2157:5,
2157:12, 2157:16,
2157:17, 2157:19,
2157:21, 2157:24,
2158:1, 2158:3,
2158:11, 2158:12,
2158:21, 2159:1,
2159:2, 2159:5,
2159:9, 2159:14,
2160:1, 2160:3,
2160:5, 2160:8,
2160:9, 2160:13,
2160:19, 2161:1,
2161:3, 2161:5,
2161:6, 2161:7,
2161:9, 2161:10,
2161:13, 2161:23,
2161:24, 2162:5,
2162:11, 2162:15,
2162:18, 2162:20,

2163:1, 2163:6,
2163:9, 2164:6
   **that'll** [1] - 2018:16
   **that's** [157] -
2011:15, 2011:20,
2011:23, 2013:11,
2017:16, 2017:19,
2018:23, 2019:16,
2022:1, 2026:18,
2026:22, 2028:17,
2034:9, 2038:2,
2039:8, 2039:20,
2039:23, 2040:6,
2042:14, 2043:23,
2044:10, 2046:7,
2046:20, 2047:7,
2050:13, 2051:11,
2053:5, 2053:11,
2053:21, 2053:22,
2054:12, 2055:5,
2056:23, 2057:6,
2057:11, 2058:3,
2065:2, 2066:5,
2066:21, 2067:15,
2067:20, 2067:23,
2067:25, 2068:19,
2068:20, 2069:3,
2069:7, 2069:13,
2069:21, 2070:24,
2071:3, 2071:7,
2071:21, 2071:22,
2072:3, 2072:17,
2073:8, 2073:10,
2075:17, 2076:13,
2079:18, 2079:25,
2080:25, 2081:14,
2081:17, 2082:2,
2082:3, 2083:19,
2084:23, 2085:4,
2085:9, 2085:18,
2086:2, 2086:3,
2086:7, 2086:20,
2086:21, 2087:6,
2087:7, 2091:18,
2095:3, 2096:14,
2098:3, 2100:4,
2100:22, 2105:2,
2106:5, 2106:14,
2107:3, 2107:17,
2108:15, 2111:2,
2112:17, 2113:2,
2113:19, 2113:20,
2114:2, 2114:6,
2114:25, 2115:19,
2117:13, 2118:4,
2118:24, 2119:9,
2119:10, 2119:14,
2120:3, 2120:10,
2120:15, 2120:23,
2121:22, 2123:14,
2124:11, 2124:12,

2125:1, 2127:4,
2128:9, 2128:16,
2129:3, 2129:23,
2132:15, 2133:13,
2134:2, 2134:13,
2135:11, 2135:13,
2136:12, 2137:17,
2138:3, 2138:6,
2139:25, 2143:14,
2143:21, 2144:23,
2145:4, 2146:21,
2147:25, 2148:9,
2148:14, 2149:20,
2150:19, 2152:1,
2152:12, 2155:21,
2158:4, 2159:12,
2162:2, 2162:3,
2162:13
   **THE** [105] - 1998:5,
1998:5, 1998:12,
1998:22, 1999:3,
2001:3, 2002:3,
2002:8, 2002:9,
2007:7, 2007:24,
2008:6, 2008:9,
2008:14, 2008:20,
2009:1, 2009:6,
2009:11, 2009:16,
2009:19, 2015:22,
2015:24, 2015:25,
2017:7, 2017:9,
2017:10, 2026:19,
2026:24, 2028:21,
2028:24, 2041:20,
2041:21, 2044:10,
2044:13, 2048:8,
2049:6, 2049:8,
2049:13, 2049:17,
2049:23, 2050:21,
2050:24, 2052:18,
2052:21, 2053:4,
2053:10, 2053:14,
2056:1, 2056:3,
2058:7, 2058:9,
2058:13, 2058:16,
2058:18, 2064:25,
2065:3, 2065:9,
2066:15, 2066:21,
2066:24, 2074:24,
2082:7, 2091:22,
2092:1, 2092:2,
2092:6, 2093:8,
2093:9, 2093:11,
2093:13, 2093:21,
2099:1, 2099:13,
2105:3, 2105:7,
2105:14, 2105:21,
2112:17, 2121:13,
2121:15, 2121:23,
2125:10, 2125:17,
2125:20, 2127:22,

2129:19, 2129:22,
2136:18, 2136:20,
2144:21, 2156:14,
2156:16, 2156:18,
2157:1, 2157:9,
2158:14, 2158:15,
2158:18, 2158:19,
2159:20, 2159:22,
2163:13, 2163:16,
2163:18, 2163:19
   **their** [12] - 2010:23,
2021:2, 2033:24,
2058:10, 2061:15,
2077:4, 2093:25,
2111:1, 2134:1,
2144:5, 2155:3,
2161:17
   **theory** [2] - 2093:3
   **there's** [41] -
2022:22, 2039:18,
2039:21, 2052:16,
2064:15, 2069:5,
2072:7, 2075:4,
2075:22, 2078:1,
2078:21, 2079:16,
2081:2, 2081:22,
2082:13, 2085:9,
2085:23, 2086:10,
2086:16, 2107:8,
2107:23, 2114:21,
2118:24, 2120:23,
2120:24, 2121:17,
2122:25, 2124:3,
2124:25, 2133:10,
2135:18, 2138:23,
2148:14, 2151:21,
2158:4, 2158:25,
2159:9, 2162:21
   **There's** [1] - 2046:17
   **therefore** [1] -
2095:18
   **these** [28] - 2007:23,
2007:24, 2019:17,
2020:18, 2024:15,
2041:12, 2042:6,
2048:5, 2057:21,
2064:3, 2064:6,
2067:6, 2067:13,
2070:12, 2072:10,
2078:4, 2094:8,
2098:22, 2109:21,
2111:14, 2112:7,
2112:8, 2112:23,
2113:4, 2125:22,
2144:4, 2146:8,
2160:16
   **they're** [42] - 2056:9,
2062:20, 2069:10,
2072:13, 2073:1,
2073:2, 2073:3,

2073:4, 2073:9,
2073:21, 2074:8,
2075:10, 2075:11,
2075:15, 2076:12,
2076:14, 2076:15,
2077:10, 2077:12,
2077:14, 2077:22,
2078:4, 2078:9,
2080:2, 2080:5,
2080:14, 2080:15,
2084:16, 2086:22,
2090:6, 2094:4,
2094:5, 2126:9,
2126:16, 2134:4,
2134:5, 2134:9,
2134:11, 2134:13,
2144:9

**they've** [23] - 2021:3,
2075:6, 2075:7,
2075:8, 2076:6,
2076:11, 2077:4,
2077:5, 2077:21,
2078:6, 2078:7,
2078:19, 2080:10,
2080:12, 2080:14,
2081:19, 2081:20,
2083:6, 2126:18

**thin** [1] - 2032:6

**thing** [23] - 2021:7,
2021:20, 2037:2,
2037:19, 2037:22,
2039:14, 2050:13,
2056:9, 2061:6,
2067:16, 2081:13,
2081:14, 2083:10,
2083:11, 2093:20,
2096:16, 2098:3,
2107:25, 2110:8,
2118:6, 2134:21,
2145:21, 2154:14

**things** [25] -
2024:12, 2035:15,
2042:10, 2057:24,
2065:14, 2067:9,
2067:13, 2075:19,
2078:25, 2089:4,
2094:5, 2108:8,
2118:1, 2120:23,
2131:1, 2131:16,
2148:9, 2148:20,
2148:21, 2150:2,
2154:12, 2156:7,
2156:9, 2157:22,
2160:1

**think** [102] - 2007:13,
2007:20, 2015:22,
2022:7, 2023:18,
2028:24, 2032:5,
2032:12, 2033:11,
2040:12, 2040:16,

2048:2, 2051:20,
2052:16, 2053:5,
2054:5, 2063:13,
2066:10, 2066:12,
2066:22, 2070:1,
2071:10, 2072:23,
2074:9, 2079:23,
2079:24, 2079:25,
2080:8, 2081:25,
2082:3, 2082:5,
2083:4, 2089:9,
2090:15, 2091:20,
2091:22, 2093:13,
2095:6, 2095:7,
2096:5, 2096:8,
2096:9, 2096:19,
2096:23, 2099:20,
2100:13, 2100:15,
2101:13, 2102:2,
2102:21, 2102:22,
2103:17, 2104:16,
2105:21, 2106:10,
2114:11, 2115:10,
2115:18, 2116:21,
2117:22, 2118:18,
2119:14, 2120:18,
2121:23, 2122:5,
2124:17, 2125:6,
2125:8, 2125:10,
2125:17, 2129:19,
2129:22, 2129:23,
2130:7, 2130:17,
2131:19, 2133:11,
2136:19, 2137:7,
2137:10, 2139:5,
2139:22, 2141:22,
2143:21, 2143:25,
2144:9, 2144:21,
2145:2, 2145:9,
2147:22, 2147:24,
2148:14, 2148:24,
2149:12, 2152:9,
2153:3, 2154:1,
2157:23, 2158:4,
2162:1

**thinking** [2] -
2098:22, 2133:13

**THIRD** [1] - 2002:11

**This** [3] - 2051:23,
2095:4, 2107:19

**THIS** [1] - 1998:11

**this** [277] - 2007:14,
2007:16, 2008:7,
2010:7, 2010:9,
2010:23, 2012:7,
2012:10, 2012:18,
2012:25, 2014:13,
2014:17, 2014:19,
2014:21, 2014:25,
2015:3, 2015:5,

2015:13, 2015:16,
2020:11, 2022:2,
2022:22, 2024:1,
2024:9, 2025:8,
2026:18, 2026:21,
2027:22, 2029:9,
2033:13, 2035:9,
2035:11, 2035:14,
2035:19, 2035:20,
2035:25, 2037:9,
2038:9, 2039:5,
2039:12, 2039:14,
2039:15, 2040:2,
2040:6, 2042:10,
2042:16, 2042:22,
2043:20, 2046:12,
2047:9, 2047:25,
2049:16, 2050:2,
2051:18, 2051:22,
2052:1, 2052:6,
2052:8, 2052:14,
2052:17, 2052:18,
2052:22, 2052:24,
2053:2, 2053:5,
2053:6, 2053:11,
2056:2, 2058:3,
2058:24, 2059:4,
2059:12, 2060:9,
2060:24, 2060:25,
2061:1, 2061:11,
2061:12, 2061:17,
2062:9, 2062:13,
2063:16, 2063:17,
2064:25, 2065:13,
2065:15, 2066:13,
2066:20, 2067:1,
2067:2, 2067:14,
2067:18, 2067:19,
2067:25, 2068:21,
2069:2, 2069:7,
2070:2, 2070:7,
2071:10, 2071:16,
2071:19, 2072:3,
2072:13, 2072:15,
2072:22, 2072:23,
2073:2, 2073:7,
2073:22, 2074:7,
2074:9, 2074:13,
2074:22, 2075:6,
2075:11, 2076:1,
2076:5, 2076:7,
2076:10, 2077:6,
2077:10, 2077:16,
2078:8, 2078:9,
2078:15, 2079:10,
2079:18, 2079:21,
2080:9, 2080:21,
2080:24, 2081:4,
2081:7, 2081:25,
2082:3, 2082:17,
2082:21, 2083:10,

2083:11, 2083:16,
2083:17, 2083:22,
2084:5, 2084:9,
2086:8, 2086:9,
2086:11, 2086:14,
2087:25, 2089:13,
2090:7, 2090:22,
2091:8, 2091:17,
2092:8, 2094:8,
2094:11, 2096:2,
2096:13, 2096:16,
2096:19, 2096:21,
2096:22, 2096:23,
2097:1, 2097:4,
2098:5, 2100:23,
2100:25, 2102:15,
2103:25, 2104:8,
2104:23, 2104:25,
2105:8, 2106:7,
2106:16, 2106:20,
2106:23, 2107:2,
2107:4, 2107:8,
2107:9, 2107:13,
2107:17, 2108:22,
2108:24, 2109:14,
2109:24, 2110:15,
2110:16, 2110:23,
2111:6, 2111:13,
2111:14, 2111:15,
2112:1, 2112:7,
2112:11, 2113:16,
2114:24, 2115:1,
2115:3, 2115:6,
2115:21, 2116:18,
2117:2, 2117:4,
2118:7, 2118:15,
2120:4, 2121:11,
2123:4, 2124:1,
2124:4, 2124:9,
2124:16, 2124:24,
2125:16, 2125:18,
2126:13, 2129:4,
2129:13, 2130:22,
2131:7, 2132:8,
2132:19, 2133:6,
2134:7, 2134:9,
2134:15, 2135:5,
2139:1, 2139:23,
2141:22, 2142:10,
2142:18, 2142:25,
2143:1, 2143:5,
2143:12, 2144:4,
2144:8, 2144:19,
2145:22, 2147:25,
2149:6, 2150:3,
2150:4, 2150:12,
2150:14, 2152:8,
2152:19, 2153:19,
2154:2, 2154:7,
2154:14, 2154:20,
2155:6, 2155:10,

2156:22, 2160:25

**THOMAS** [1] -
2000:11

**THORNHILL** [2] -
2000:10, 2000:11

**those** [70] - 2008:1,
2008:4, 2008:9,
2008:15, 2008:19,
2008:21, 2009:11,
2011:1, 2013:25,
2015:12, 2016:15,
2027:7, 2028:14,
2034:11, 2037:1,
2041:11, 2041:17,
2051:15, 2054:8,
2054:11, 2057:25,
2062:19, 2063:3,
2063:9, 2063:15,
2063:24, 2064:7,
2064:20, 2065:24,
2069:9, 2069:10,
2070:15, 2070:16,
2070:17, 2070:19,
2072:11, 2072:24,
2072:25, 2073:8,
2073:13, 2075:19,
2079:2, 2089:4,
2089:13, 2089:15,
2089:19, 2097:13,
2097:15, 2100:18,
2110:11, 2110:20,
2117:25, 2129:6,
2131:15, 2139:8,
2139:11, 2139:12,
2142:16, 2149:4,
2149:20, 2149:22,
2150:23, 2152:15,
2152:21, 2155:23,
2156:22, 2157:6,
2157:8, 2157:23

**though** [3] - 2070:8,
2115:11, 2120:21

**thought** [16] -
2015:13, 2031:13,
2031:16, 2032:19,
2033:23, 2034:3,
2039:2, 2049:23,
2058:1, 2106:6,
2107:13, 2108:8,
2117:21, 2121:5,
2157:12, 2157:13

**thoughts** [1] -
2082:14

**thousand** [4] -
2030:10, 2030:11,
2047:23, 2047:25

**thousands** [3] -
2030:12, 2037:25,
2068:6

**three** [10] - 2018:20,

2039:19, 2063:3, 2065:6, 2065:24, 2066:3, 2073:13, 2102:21, 2123:12

**threw** [1] - 2047:15

**through** [32] - 2022:6, 2023:15, 2028:14, 2034:25, 2035:24, 2039:25, 2040:3, 2042:23, 2045:17, 2053:10, 2054:8, 2055:9, 2055:14, 2055:15, 2061:18, 2066:7, 2067:8, 2068:14, 2068:17, 2077:12, 2080:18, 2102:21, 2134:19, 2141:24, 2142:5, 2142:11, 2142:15, 2146:8, 2155:22, 2157:4

**throughout** [1] - 2086:4

**thumb** [2] - 2008:24, 2067:3

**ties** [5] - 2072:24, 2073:1, 2084:7, 2085:8, 2085:17

**time** [99] - 2007:9, 2012:7, 2016:21, 2019:11, 2019:23, 2020:21, 2022:10, 2022:19, 2023:11, 2024:4, 2024:5, 2024:24, 2025:7, 2025:12, 2025:15, 2026:3, 2026:9, 2026:18, 2028:25, 2029:18, 2030:4, 2030:8, 2030:17, 2031:3, 2031:12, 2032:8, 2032:11, 2032:12, 2032:14, 2032:17, 2033:2, 2033:7, 2033:13, 2035:6, 2038:17, 2039:1, 2040:7, 2044:10, 2047:2, 2050:15, 2053:7, 2060:24, 2060:25, 2066:11, 2072:13, 2073:2, 2073:7, 2075:6, 2075:10, 2077:10, 2079:2, 2081:7, 2084:5, 2095:13, 2096:3, 2100:15, 2101:6, 2104:19, 2113:2, 2114:24, 2117:5, 2119:8, 2119:20,

2123:3, 2123:8, 2123:14, 2123:21, 2124:1, 2126:17, 2126:20, 2127:3, 2128:1, 2129:12, 2130:3, 2130:4, 2130:16, 2130:22, 2132:22, 2134:9, 2134:20, 2141:16, 2142:15, 2146:20, 2147:9, 2147:11, 2147:16, 2149:18, 2156:7, 2158:4, 2159:8, 2160:16, 2161:7, 2161:13, 2161:24, 2162:18, 2162:25, 2163:8, 2163:10

**times** [11] - 2019:6, 2028:3, 2073:3, 2085:22, 2085:23, 2090:18, 2116:19, 2146:14, 2146:21, 2147:15, 2160:16

**timing** [1] - 2160:12

**tire** [1] - 2085:23

**TO** [1] - 1998:11

**today** [6] - 2027:5, 2042:25, 2059:25, 2095:19, 2122:24, 2138:23

**together** [7] - 2021:24, 2067:13, 2104:17, 2113:23, 2141:22, 2146:6, 2159:1

**told** [15] - 2010:23, 2012:16, 2015:2, 2026:24, 2027:21, 2095:23, 2097:4, 2097:20, 2101:4, 2102:9, 2102:11, 2102:16, 2104:21, 2124:9, 2142:9

**tolerance** [1] - 2011:1

**TOLLES** [1] - 2003:21

**too** [9] - 2057:7, 2072:23, 2074:2, 2088:17, 2107:3, 2138:24, 2142:8, 2153:14, 2162:5

**took** [4] - 2012:20, 2023:18, 2102:18, 2161:24

**tool** [7] - 2053:17, 2053:18, 2053:19, 2053:23, 2053:25, 2082:3, 2082:22

**toolpushers** [2] - 2015:9, 2063:11

**top** [31] - 2051:18, 2052:8, 2067:14, 2067:18, 2067:22, 2068:4, 2068:19, 2068:20, 2069:14, 2069:15, 2071:25, 2074:16, 2075:7, 2076:4, 2078:6, 2078:8, 2078:20, 2079:11, 2079:12, 2080:11, 2080:15, 2081:11, 2083:7, 2084:10, 2085:5, 2093:15, 2114:19, 2153:18, 2153:25

**topic** [2] - 2009:25, 2021:13

**topics** [1] - 2012:18

**topped** [1] - 2080:12

**tops** [1] - 2058:2

**TORTS** [2] - 2001:4, 2001:15

**total** [5] - 2029:19, 2036:6, 2040:20, 2071:20, 2149:16

**tour** [1] - 2033:14

**tower** [1] - 2141:25

**TOWER** [2] - 2004:4, 2004:23

**town** [5] - 2010:23, 2015:11, 2040:11, 2043:18, 2044:9

**trace** [1] - 2157:20

**track** [3] - 2023:1, 2023:2, 2023:5

**tracking** [1] - 2076:16

**tragedy** [1] - 2104:23

**training** [1] - 2034:16

**TRANSCRIPT** [2] - 1998:21, 2005:16

**transcript** [4] - 2008:23, 2008:24, 2125:11, 2164:6

**transferring** [3] - 2146:25, 2147:2, 2147:4

**transmission** [1] - 2153:10

**transmitted** [3] - 2100:20, 2152:2, 2154:7

**TRANSOCEAN** [3] - 2003:11, 2003:11, 2003:13

**Transocean** [42] - 2009:7, 2010:15, 2011:19, 2011:21,

2012:3, 2012:15, 2026:20, 2054:5, 2054:15, 2055:1, 2055:15, 2059:20, 2061:18, 2092:17, 2092:23, 2093:2, 2102:19, 2105:14, 2105:16, 2106:13, 2107:6, 2107:14, 2107:20, 2108:9, 2108:24, 2109:6, 2109:20, 2110:13, 2110:22, 2112:10, 2142:17, 2152:13, 2154:7, 2154:8, 2154:16, 2155:1, 2155:19, 2160:12, 2160:14, 2161:15, 2161:22, 2162:14

**Transocean's** [4] - 2015:5, 2022:20, 2052:4, 2108:23

**transpired** [1] - 2098:12

**trapped** [1] - 2097:21

**traps** [2] - 2146:22, 2153:21

**TREX** [12] - 2034:6, 2034:7, 2041:25, 2096:22, 2106:15, 2110:13, 2124:4, 2125:22, 2149:23, 2152:6, 2153:8, 2155:5

**trial** [4] - 2007:14, 2009:9, 2051:16, 2059:1

**TRIAL** [1] - 1998:21

**tried** [4] - 2041:13, 2066:13, 2116:6, 2160:11

**trip** [5] - 2022:9, 2022:15, 2022:17, 2075:1, 2146:12

**TRITON** [1] - 1998:13

**troubled** [1] - 2023:20

**troubleshoot** [3] - 2097:25, 2132:2

**troubleshooter** [2] - 2131:20, 2131:22

**troubleshooting** [3] - 2098:7, 2134:2, 2136:7

**true** [9] - 2029:17, 2057:5, 2103:2, 2103:3, 2117:25, 2119:19, 2136:4, 2149:8, 2164:6

**try** [22] - 2018:25,

2019:24, 2021:9, 2026:1, 2039:8, 2048:20, 2048:23, 2048:24, 2053:18, 2053:25, 2054:16, 2061:9, 2061:11, 2065:13, 2066:7, 2075:10, 2088:9, 2101:6, 2122:5, 2125:14, 2133:23, 2134:9

**trying** [21] - 2011:20, 2019:6, 2029:25, 2054:20, 2077:14, 2093:13, 2095:10, 2097:25, 2100:4, 2116:7, 2123:18, 2125:11, 2126:24, 2126:25, 2127:1, 2127:5, 2132:1, 2132:2, 2134:15, 2135:6, 2136:2

**turn** [9] - 2035:25, 2038:4, 2039:15, 2041:25, 2051:22, 2074:12, 2074:13, 2089:12, 2148:25

**turned** [1] - 2104:4

**turning** [1] - 2070:1

**turns** [1] - 2074:10

**TV** [2] - 2159:3, 2159:22

**twenty** [1] - 2073:12

**twenty-five-cent** [1] - 2073:12

**twice** [1] - 2020:6

**two** [37] - 2016:8, 2016:12, 2016:13, 2016:20, 2024:13, 2042:9, 2043:6, 2051:13, 2057:13, 2062:6, 2069:8, 2071:8, 2075:22, 2075:23, 2084:7, 2084:25, 2085:3, 2093:14, 2096:11, 2114:1, 2115:10, 2115:12, 2120:23, 2123:12, 2129:6, 2138:1, 2138:3, 2141:2, 2141:23, 2143:22, 2149:20, 2149:22, 2150:21, 2150:23, 2152:3, 2152:10, 2152:15

**two-step** [1] - 2138:1

**TX** [8] - 2000:5, 2000:19, 2003:19, 2004:8, 2004:18, 2004:24, 2005:4,

2005:9
**type** [4] - 2040:18, 2044:25, 2056:9, 2157:8
**types** [2] - 2043:6, 2075:1
**typical** [1] - 2147:4
**typically** [1] - 2021:7

## U

**U.K** [2] - 2088:18, 2088:19
**U.S** [4] - 2001:3, 2001:8, 2001:14, 2001:20
**ultimate** [1] - 2115:23
**ultimately** [1] - 2113:20
**unable** [1] - 2153:11
**unbelievability** [1] - 2094:7
**uncommon** [1] - 2018:8
**under** [8] - 2010:12, 2038:6, 2054:23, 2057:19, 2076:21, 2090:17, 2137:24, 2150:8
**underbalanced** [8] - 2076:19, 2076:22, 2077:1, 2086:24, 2092:16, 2140:6, 2142:5, 2145:8
**underground** [1] - 2051:25
**Underhill** [6] - 2006:14, 2006:15, 2058:19, 2118:18, 2124:21, 2125:24
**UNDERHILL** [43] - 2001:4, 2015:18, 2058:11, 2058:19, 2058:22, 2064:22, 2065:5, 2065:10, 2065:12, 2066:1, 2066:2, 2066:6, 2066:20, 2066:22, 2066:25, 2067:2, 2067:5, 2074:25, 2082:5, 2082:8, 2091:20, 2092:3, 2092:4, 2092:7, 2092:9, 2093:10, 2093:12, 2093:15, 2096:20, 2097:6, 2097:7, 2097:17,

2097:19, 2098:23, 2099:2, 2099:12, 2099:15, 2103:20, 2105:2
**Underhill's** [1] - 2115:24
**understand** [69] - 2011:20, 2012:14, 2026:10, 2029:11, 2030:20, 2031:1, 2033:1, 2035:11, 2036:5, 2036:12, 2040:2, 2049:4, 2053:16, 2054:19, 2054:22, 2055:9, 2055:12, 2055:14, 2055:19, 2062:20, 2063:12, 2074:8, 2083:16, 2087:17, 2089:1, 2089:2, 2090:5, 2090:14, 2091:22, 2092:2, 2092:21, 2100:17, 2100:22, 2101:2, 2108:23, 2110:9, 2110:19, 2110:22, 2111:25, 2116:6, 2116:17, 2120:4, 2120:10, 2122:7, 2122:13, 2122:23, 2123:3, 2123:21, 2124:1, 2126:21, 2129:1, 2129:5, 2129:19, 2133:23, 2134:10, 2134:14, 2135:6, 2136:8, 2137:2, 2139:8, 2146:13, 2148:10, 2148:11, 2148:17, 2152:5, 2152:24, 2155:21
**understanding** [16] - 2010:20, 2012:3, 2090:22, 2126:20, 2145:15, 2151:18, 2152:20, 2153:19, 2154:8, 2154:15, 2155:3, 2155:18, 2159:12, 2161:23, 2162:16, 2164:7
**understood** [13] - 2046:13, 2049:20, 2086:3, 2086:6, 2087:7, 2088:22, 2110:21, 2115:25, 2120:18, 2121:23, 2125:1, 2126:19, 2129:8
**underway** [3] - 2147:18, 2148:5,

2149:13
**undetected** [1] - 2116:15
**unfortunately** [1] - 2099:25
**UNITED** [4] - 1998:1, 1998:15, 1998:23, 2001:3
**United** [7] - 2058:11, 2058:19, 2058:24, 2059:24, 2063:24, 2088:19, 2164:4
**unless** [1] - 2048:16
**unload** [1] - 2141:7
**unsafe** [1] - 2033:25
**until** [10] - 2013:23, 2014:6, 2045:2, 2123:10, 2132:10, 2141:6, 2141:11, 2141:15, 2153:10, 2163:17
**unusual** [1] - 2121:1
**up** [158] - 2007:22, 2009:14, 2009:25, 2010:4, 2010:25, 2012:23, 2013:20, 2013:21, 2013:23, 2014:2, 2014:3, 2014:5, 2014:23, 2016:14, 2016:16, 2016:22, 2016:24, 2017:1, 2017:3, 2018:5, 2018:25, 2019:1, 2022:7, 2023:9, 2023:15, 2024:1, 2026:21, 2034:6, 2036:14, 2036:15, 2036:17, 2036:20, 2037:3, 2037:7, 2037:14, 2037:19, 2038:2, 2038:7, 2038:12, 2038:14, 2038:19, 2038:23, 2039:3, 2039:11, 2039:13, 2046:7, 2046:14, 2046:18, 2047:7, 2047:19, 2047:22, 2048:2, 2048:3, 2048:6, 2048:15, 2048:16, 2048:19, 2048:24, 2049:5, 2049:25, 2050:6, 2050:12, 2051:16, 2051:20, 2054:4, 2056:7, 2060:6, 2060:13, 2061:18, 2063:3, 2065:17, 2065:23, 2066:18, 2067:18, 2070:6,

2072:10, 2074:4, 2074:5, 2074:6, 2074:12, 2074:13, 2074:16, 2075:2, 2075:4, 2077:12, 2077:21, 2078:6, 2078:21, 2078:22, 2078:25, 2079:10, 2079:12, 2079:22, 2080:5, 2080:10, 2080:11, 2081:7, 2081:19, 2083:9, 2084:24, 2086:7, 2087:21, 2088:25, 2089:16, 2089:22, 2093:10, 2095:3, 2097:22, 2101:1, 2104:3, 2106:15, 2106:16, 2107:9, 2107:10, 2108:23, 2109:14, 2110:16, 2112:15, 2112:21, 2113:3, 2113:5, 2114:17, 2114:19, 2116:8, 2119:3, 2119:4, 2119:21, 2119:24, 2122:14, 2124:4, 2124:11, 2125:22, 2126:10, 2130:15, 2131:8, 2132:6, 2132:10, 2133:20, 2139:22, 2139:23, 2141:15, 2141:16, 2141:19, 2142:23, 2143:16, 2144:22, 2146:4, 2147:17, 2151:9, 2152:6, 2153:8, 2155:5, 2156:8, 2160:7
**updated** [3] - 2035:10, 2035:11, 2035:13
**upon** [6] - 2098:6, 2100:19, 2109:12, 2140:23, 2150:13, 2156:20
**upper** [7] - 2010:13, 2011:6, 2012:2, 2106:16, 2106:21, 2142:25, 2161:22
**us** [23] - 2010:20, 2011:14, 2013:12, 2014:17, 2017:24, 2017:25, 2019:16, 2026:7, 2041:4, 2043:19, 2043:20, 2048:8, 2073:5, 2075:12, 2078:5, 2079:7, 2080:2, 2083:4, 2083:24,

2084:15, 2122:24, 2124:19, 2133:14
**use** [15] - 2010:24, 2011:2, 2012:17, 2021:18, 2049:9, 2052:24, 2054:20, 2056:20, 2074:10, 2082:21, 2086:20, 2090:2, 2094:3, 2098:17, 2099:9
**used** [21] - 2007:22, 2007:24, 2008:11, 2008:17, 2009:8, 2051:23, 2052:4, 2052:11, 2071:3, 2071:11, 2076:20, 2087:25, 2088:15, 2089:15, 2094:3, 2100:17, 2100:22, 2101:14, 2115:3, 2116:4, 2121:2
**useful** [1] - 2153:14
**using** [12] - 2007:14, 2016:10, 2019:6, 2044:24, 2049:12, 2054:3, 2091:17, 2091:23, 2101:21, 2102:12, 2140:10, 2146:9
**usual** [1] - 2145:4
**usually** [7] - 2014:10, 2014:18, 2019:15, 2019:24, 2044:6, 2151:8, 2158:15

## V

**V** [1] - 1998:15
**VA** [1] - 1999:19
**vac** [1] - 2080:6
**vacation** [2] - 2112:2, 2144:23
**valid** [3] - 2015:13, 2015:17, 2016:4
**values** [1] - 2038:8
**valve** [20] - 2074:17, 2075:7, 2077:11, 2078:6, 2078:9, 2080:15, 2081:1, 2081:2, 2081:6, 2081:11, 2083:21, 2083:22, 2084:7, 2084:10, 2085:4, 2085:5, 2097:22, 2121:4, 2142:7, 2155:15
**valves** [4] - 2073:1, 2073:25, 2083:7, 2085:8

**various** [12] - 2071:11, 2072:24, 2075:1, 2078:24, 2088:12, 2112:7, 2130:9, 2142:11, 2146:14, 2147:15, 2152:11, 2160:1
**vast** [1] - 2093:24
**verify** [1] - 2093:25
**version** [4] - 2061:4, 2061:5, 2068:10, 2073:12
**versions** [1] - 2018:23
**versus** [2] - 2023:7, 2115:12
**very** [29] - 2009:25, 2015:3, 2018:9, 2027:5, 2028:20, 2033:20, 2035:24, 2037:10, 2041:22, 2050:4, 2050:22, 2050:24, 2055:24, 2058:6, 2059:9, 2066:14, 2069:9, 2070:13, 2079:7, 2090:15, 2100:8, 2100:24, 2103:4, 2105:14, 2122:5, 2137:1, 2152:8, 2159:1
**via** [2] - 2114:5, 2115:11
**video** [1] - 2008:25
**Vidrine** [25] - 2034:11, 2047:13, 2094:16, 2095:20, 2095:21, 2097:21, 2098:6, 2100:3, 2100:25, 2101:4, 2102:3, 2102:15, 2102:25, 2103:3, 2103:14, 2103:18, 2104:1, 2104:9, 2104:21, 2125:23, 2125:25, 2126:6, 2127:3, 2139:7
**view** [3] - 2079:10, 2091:16, 2124:15
**Vince** [8] - 2030:24, 2031:4, 2031:6, 2031:7, 2031:12, 2031:19, 2033:8, 2044:21
**VIRGINIA** [1] - 1999:19
**vitae** [1] - 2059:6
**vital** [1] - 2028:17
**VOIR** [1] - 2058:21
**Voir** [1] - 2006:14

**volume** [6] - 2050:4, 2149:16, 2149:25, 2150:22, 2151:16, 2153:11
**volumes** [2] - 2038:8, 2153:14
**VON** [1] - 2005:3

# W

**W** [2] - 2000:14, 2004:16
**wading** [1] - 2082:16
**wait** [7] - 2045:20, 2049:6, 2049:8, 2158:17, 2162:5
**waiting** [2] - 2035:23, 2161:12
**walk** [2] - 2104:3, 2146:8
**WALKER** [1] - 1999:18
**WALTER** [1] - 1999:22
**WALTHER** [1] - 2004:11
**Walz** [3] - 2034:22, 2034:23, 2035:3
**want** [42] - 2009:25, 2015:25, 2022:24, 2029:12, 2036:3, 2037:8, 2039:23, 2041:10, 2046:15, 2051:15, 2052:7, 2053:19, 2063:18, 2075:13, 2078:15, 2079:18, 2079:20, 2080:19, 2089:17, 2091:13, 2092:7, 2093:21, 2095:24, 2101:23, 2103:8, 2118:6, 2118:14, 2123:2, 2123:19, 2123:20, 2124:4, 2131:12, 2135:24, 2137:1, 2145:1, 2146:8, 2151:10, 2151:20, 2155:10
**wanted** [5] - 2038:13, 2079:15, 2088:13, 2101:3, 2104:2
**wants** [1] - 2127:19
**warning** [3] - 2150:9, 2150:15, 2150:20
**warranted** [1] - 2033:23
**WAS** [3] - 2058:14, 2105:5, 2163:20

**WASHINGTON** [4] - 2001:12, 2001:18, 2001:24, 2003:4
**wasn't** [10] - 2015:3, 2024:16, 2030:12, 2037:5, 2047:14, 2051:9, 2059:13, 2083:16, 2098:12, 2123:10
**waste** [1] - 2025:25
**watched** [3] - 2022:9, 2120:8, 2159:24
**watching** [1] - 2128:21
**water** [11] - 2013:16, 2018:8, 2022:12, 2068:24, 2072:7, 2074:4, 2077:12, 2078:8, 2126:18, 2127:4, 2127:7
**water-based** [3] - 2126:18, 2127:4, 2127:7
**waters** [4] - 2061:25, 2062:5, 2063:6, 2064:12
**WATTS** [2] - 2000:3, 2000:3
**way** [26] - 2007:17, 2026:16, 2028:3, 2043:4, 2054:5, 2063:22, 2066:23, 2069:1, 2069:22, 2078:24, 2079:22, 2080:23, 2082:2, 2082:16, 2092:6, 2100:14, 2101:3, 2111:10, 2114:8, 2116:4, 2117:13, 2117:15, 2118:25, 2120:10, 2149:5, 2154:24
**ways** [4] - 2028:2, 2075:2, 2085:3, 2140:2
**we** [288] - 2007:8, 2007:11, 2007:15, 2007:20, 2008:2, 2008:3, 2008:4, 2008:11, 2008:16, 2008:18, 2008:22, 2008:23, 2009:7, 2009:8, 2009:14, 2009:25, 2010:1, 2010:2, 2010:3, 2010:4, 2011:12, 2012:23, 2013:14, 2013:15, 2014:3, 2014:5, 2014:6,

2014:10, 2014:11, 2014:13, 2014:19, 2014:21, 2014:22, 2014:23, 2014:24, 2015:1, 2015:11, 2016:18, 2017:5, 2017:14, 2017:18, 2018:15, 2018:19, 2018:25, 2019:2, 2019:5, 2020:18, 2020:19, 2020:20, 2021:9, 2021:10, 2021:11, 2021:12, 2022:7, 2022:8, 2022:10, 2022:14, 2022:15, 2023:3, 2023:9, 2023:17, 2023:18, 2023:19, 2024:11, 2024:12, 2026:6, 2027:18, 2027:19, 2028:3, 2028:13, 2028:21, 2029:2, 2033:8, 2034:6, 2034:20, 2034:21, 2034:22, 2035:13, 2035:15, 2035:21, 2036:1, 2036:19, 2037:5, 2037:7, 2038:4, 2038:5, 2038:7, 2038:22, 2039:15, 2039:17, 2039:23, 2040:10, 2040:12, 2041:3, 2041:14, 2041:25, 2042:9, 2042:12, 2043:3, 2044:15, 2044:25, 2045:1, 2045:15, 2045:20, 2045:21, 2046:9, 2046:14, 2046:15, 2047:15, 2049:8, 2050:18, 2050:22, 2051:11, 2051:20, 2051:22, 2052:4, 2053:25, 2054:1, 2055:4, 2055:7, 2057:22, 2059:11, 2059:20, 2059:21, 2060:13, 2061:6, 2061:12, 2061:17, 2062:20, 2063:15, 2065:5, 2065:13, 2065:14, 2065:24, 2066:1, 2066:9, 2066:15, 2067:3, 2067:6, 2067:9, 2068:6, 2068:23, 2069:8, 2070:10, 2072:1, 2072:9, 2072:11, 2072:17, 2073:2,

2073:7, 2073:11, 2073:20, 2073:24, 2075:11, 2076:20, 2076:22, 2079:9, 2079:18, 2079:20, 2079:24, 2080:8, 2084:9, 2085:2, 2085:16, 2085:20, 2085:21, 2086:9, 2087:4, 2087:5, 2087:22, 2089:9, 2089:25, 2091:18, 2095:15, 2095:18, 2096:18, 2097:3, 2099:23, 2099:25, 2100:19, 2103:12, 2104:24, 2106:16, 2107:18, 2109:10, 2109:14, 2109:15, 2109:25, 2111:12, 2112:15, 2113:4, 2114:24, 2115:16, 2115:17, 2116:21, 2118:19, 2119:11, 2119:15, 2120:2, 2120:21, 2121:18, 2122:9, 2122:14, 2122:15, 2122:16, 2122:18, 2122:19, 2122:21, 2123:21, 2124:8, 2124:17, 2125:22, 2126:2, 2127:7, 2127:25, 2130:15, 2130:16, 2130:17, 2130:19, 2130:20, 2130:23, 2132:16, 2132:25, 2133:1, 2133:3, 2133:6, 2133:8, 2133:12, 2133:25, 2134:24, 2135:1, 2137:5, 2139:22, 2139:23, 2140:1, 2141:22, 2141:24, 2142:5, 2142:11, 2142:23, 2143:16, 2143:21, 2145:2, 2148:20, 2151:14, 2152:13, 2153:16, 2153:17, 2154:6, 2155:22, 2156:7, 2159:13, 2160:10, 2163:3, 2163:5
**We** [1] - 2095:23
**we'll** [9] - 2042:23, 2070:7, 2072:10, 2079:5, 2079:23, 2095:6, 2122:6, 2122:8, 2163:17
**we're** [36] - 2007:9, 2007:12, 2009:16,

2014:10, 2017:6, 2017:22, 2020:3, 2035:22, 2037:13, 2038:12, 2045:15, 2047:23, 2057:23, 2060:18, 2062:11, 2062:21, 2069:5, 2072:15, 2073:7, 2073:14, 2073:19, 2073:25, 2074:2, 2078:25, 2079:17, 2081:10, 2083:4, 2087:24, 2092:6, 2118:11, 2120:16, 2126:24, 2127:5, 2159:11, 2159:13

**we've** [24] - 2012:18, 2017:23, 2022:4, 2025:19, 2028:16, 2033:7, 2034:22, 2052:16, 2065:22, 2066:6, 2066:12, 2073:10, 2076:21, 2081:10, 2084:24, 2087:5, 2089:22, 2091:7, 2096:23, 2112:8, 2125:16, 2130:7, 2142:12, 2153:14

**weaker** [1] - 2018:2

**wear** [1] - 2055:10

**Weatherford** [3] - 2039:22, 2040:17, 2040:18

**WEDNESDAY** [1] - 2007:3

**Wednesday** [1] - 1998:9

**week** [4] - 2007:14, 2024:13, 2047:14, 2047:18

**weight** [10] - 2018:17, 2018:18, 2018:21, 2020:23, 2021:2, 2021:10, 2056:19, 2056:20, 2057:17

**welcome** [1] - 2026:24

**well** [255] - 2010:25, 2013:5, 2013:9, 2013:22, 2013:23, 2014:18, 2015:3, 2015:19, 2015:23, 2016:22, 2017:15, 2017:16, 2018:4, 2019:21, 2020:16, 2022:2, 2022:24, 2023:1, 2023:6, 2023:14, 2023:16,

2023:18, 2024:1, 2024:11, 2024:13, 2024:18, 2024:22, 2025:13, 2025:16, 2028:6, 2028:7, 2028:18, 2029:15, 2029:18, 2029:19, 2030:5, 2030:6, 2030:9, 2030:22, 2031:3, 2031:10, 2031:13, 2032:9, 2033:2, 2033:17, 2033:21, 2034:11, 2034:12, 2034:15, 2034:16, 2034:17, 2035:4, 2035:6, 2035:8, 2036:4, 2036:10, 2036:23, 2037:15, 2037:25, 2038:18, 2040:7, 2040:9, 2040:24, 2041:1, 2041:3, 2041:5, 2041:16, 2041:22, 2042:6, 2042:16, 2043:18, 2045:11, 2045:14, 2045:15, 2045:20, 2045:21, 2045:23, 2045:24, 2045:25, 2046:25, 2047:2, 2047:6, 2047:21, 2047:22, 2050:7, 2050:24, 2051:5, 2051:11, 2051:14, 2051:18, 2051:24, 2052:3, 2052:4, 2052:11, 2052:16, 2052:21, 2054:1, 2054:2, 2054:25, 2055:7, 2057:9, 2057:12, 2057:18, 2057:20, 2057:23, 2057:24, 2057:25, 2061:12, 2061:21, 2063:11, 2065:7, 2066:14, 2068:17, 2070:13, 2070:18, 2071:21, 2072:4, 2075:15, 2075:19, 2075:22, 2075:23, 2076:18, 2076:20, 2076:22, 2076:24, 2077:4, 2078:13, 2079:20, 2080:20, 2081:6, 2081:15, 2086:16, 2087:3, 2087:4, 2087:12, 2087:16, 2087:17, 2087:19, 2089:14, 2089:18, 2090:23, 2092:15, 2092:19,

2093:8, 2094:4, 2094:16, 2095:15, 2095:18, 2096:2, 2096:4, 2096:12, 2099:22, 2099:24, 2101:6, 2101:10, 2101:15, 2101:20, 2102:10, 2103:5, 2105:14, 2106:20, 2107:6, 2107:10, 2107:19, 2108:7, 2108:13, 2108:19, 2109:17, 2109:23, 2110:2, 2110:6, 2112:9, 2114:13, 2114:16, 2114:17, 2115:16, 2115:20, 2117:2, 2117:6, 2117:24, 2118:1, 2118:8, 2118:10, 2118:14, 2119:12, 2120:5, 2122:5, 2122:24, 2123:21, 2124:2, 2127:6, 2128:3, 2129:13, 2129:16, 2129:19, 2130:2, 2130:7, 2131:4, 2132:3, 2135:5, 2135:7, 2135:9, 2135:15, 2135:18, 2135:21, 2135:23, 2136:4, 2137:9, 2137:15, 2137:16, 2137:18, 2137:22, 2137:24, 2137:25, 2138:1, 2138:2, 2138:5, 2138:16, 2138:19, 2140:5, 2141:6, 2141:14, 2142:5, 2145:1, 2145:3, 2145:6, 2149:14, 2150:9, 2150:14, 2153:11, 2155:2, 2158:10, 2158:11, 2158:16, 2158:19, 2159:1, 2159:15, 2161:25, 2162:24, 2163:2, 2163:3

**Well** [4] - 2011:9, 2049:1, 2051:10, 2150:3

**well's** [1] - 2114:8

**wellbore** [3] - 2079:19, 2092:17, 2141:6

**wellhead** [5] - 2013:17, 2013:19, 2113:17, 2114:3

**wells** [8] - 2015:2,

2019:17, 2021:23, 2024:16, 2041:11, 2057:21, 2061:7, 2090:17

**went** [21] - 2016:22, 2016:24, 2022:16, 2042:10, 2044:25, 2045:1, 2045:7, 2049:20, 2051:6, 2098:6, 2102:18, 2107:4, 2107:8, 2109:1, 2109:8, 2109:10, 2125:25, 2126:11, 2133:7, 2155:22, 2162:17

**weren't** [2] - 2033:24, 2137:14

**what's** [37] - 2049:17, 2060:9, 2065:4, 2067:19, 2068:3, 2068:10, 2068:21, 2069:2, 2071:2, 2071:12, 2072:5, 2072:12, 2073:5, 2073:23, 2075:5, 2075:12, 2076:5, 2077:20, 2078:5, 2078:18, 2079:8, 2079:21, 2083:5, 2083:24, 2084:15, 2085:1, 2085:15, 2092:13, 2099:23, 2127:3, 2134:2, 2134:10, 2136:2, 2144:22, 2148:10, 2149:9, 2149:11

**whatever** [20] - 2007:18, 2015:21, 2023:10, 2024:20, 2024:25, 2025:5, 2034:2, 2041:4, 2066:15, 2068:16, 2071:9, 2079:9, 2082:19, 2095:14, 2095:24, 2095:25, 2101:5, 2102:22, 2103:13, 2103:22

**whatever's** [1] - 2128:11

**whatsoever** [2] - 2031:17, 2034:4

**whenever** [2] - 2014:1, 2014:22

**whereas** [1] - 2127:8

**WHEREUPON** [3] - 2058:14, 2105:5, 2163:20

**wherever** [1] - 2064:7

**whether** [39] - 2022:23, 2022:25, 2043:8, 2043:15, 2053:6, 2054:15, 2064:7, 2067:10, 2082:11, 2082:23, 2086:16, 2086:19, 2088:10, 2089:17, 2097:21, 2098:12, 2098:19, 2098:24, 2099:8, 2100:2, 2101:25, 2104:15, 2104:21, 2106:9, 2111:6, 2126:24, 2133:15, 2137:8, 2143:4, 2151:9, 2154:10, 2154:23, 2155:1, 2155:25, 2156:8, 2156:22, 2157:20, 2161:12, 2162:19

**which** [54] - 2011:7, 2015:19, 2035:18, 2047:8, 2051:24, 2060:7, 2063:7, 2066:3, 2066:17, 2074:12, 2074:13, 2076:3, 2077:13, 2078:10, 2079:21, 2083:15, 2084:10, 2087:5, 2089:3, 2091:24, 2092:16, 2093:4, 2094:18, 2096:23, 2097:18, 2099:25, 2100:3, 2101:21, 2102:8, 2103:8, 2105:25, 2106:1, 2106:21, 2107:13, 2107:20, 2108:4, 2109:23, 2110:16, 2113:11, 2115:9, 2122:15, 2130:15, 2131:1, 2140:2, 2147:2, 2150:4, 2150:15, 2150:24, 2152:3, 2155:17, 2157:23, 2158:5, 2159:7

**while** [12] - 2014:10, 2017:23, 2017:25, 2020:21, 2025:9, 2029:24, 2047:11, 2067:9, 2069:5, 2154:1, 2155:12, 2155:14

**white** [1] - 2086:12

**WHITELEY** [1] - 2002:14

**who's** [1] - 2129:1

**whoever** [1] -

2011:18

**whole** [7] - 2022:9,
2058:3, 2067:16,
2076:7, 2078:21,
2096:16, 2151:25

**whom** [2] - 2011:17,
2110:20

**whomever** [1] -
2096:10

**will** [41] - 2008:18,
2011:25, 2012:2,
2035:24, 2039:24,
2039:25, 2048:11,
2049:15, 2050:6,
2054:8, 2062:18,
2063:15, 2065:5,
2066:8, 2067:3,
2068:15, 2068:24,
2069:24, 2070:6,
2070:10, 2072:9,
2072:23, 2073:4,
2073:20, 2075:17,
2075:19, 2075:22,
2075:23, 2075:25,
2084:8, 2089:15,
2091:2, 2095:8,
2110:2, 2136:24,
2138:15, 2148:11,
2149:4, 2151:6

**WILLIAMS** [5] -
2000:7, 2000:7,
2056:4, 2056:6,
2058:6

**Williams** [4] -
2006:10, 2008:23,
2056:3, 2056:7

**WILLIAMSON** [2] -
2000:17, 2000:18

**Willis** [3] - 2032:24,
2033:3, 2033:9

**window** [1] - 2026:1

**WINFIELD** [1] -
2002:5

**wiper** [3] - 2069:12,
2069:14, 2069:19

**wireline** [1] -
2022:14

**wish** [1] - 2155:9

**with** [188] - 2007:25,
2008:7, 2008:24,
2008:25, 2010:8,
2010:15, 2010:17,
2010:20, 2010:23,
2011:5, 2011:16,
2011:19, 2011:21,
2012:3, 2013:1,
2014:8, 2014:14,
2015:5, 2015:8,
2015:9, 2017:6,
2017:22, 2018:24,

2019:24, 2020:1,
2021:1, 2021:10,
2021:11, 2021:17,
2022:11, 2022:14,
2022:23, 2023:6,
2023:9, 2024:16,
2025:13, 2025:16,
2025:17, 2025:20,
2027:8, 2027:13,
2027:16, 2028:2,
2028:4, 2029:10,
2031:1, 2031:6,
2031:7, 2031:9,
2031:11, 2032:7,
2032:13, 2033:2,
2033:4, 2033:13,
2033:18, 2033:19,
2035:3, 2036:20,
2037:5, 2037:21,
2038:6, 2039:2,
2039:9, 2039:10,
2039:19, 2039:22,
2040:8, 2041:1,
2041:2, 2041:13,
2042:10, 2042:16,
2043:21, 2043:22,
2043:23, 2044:2,
2044:3, 2045:7,
2046:25, 2047:4,
2048:10, 2049:10,
2049:17, 2050:13,
2052:6, 2052:17,
2052:20, 2052:21,
2054:11, 2054:12,
2061:13, 2062:9,
2062:15, 2062:16,
2062:24, 2063:9,
2064:25, 2067:8,
2068:5, 2069:5,
2069:9, 2070:6,
2070:12, 2072:15,
2075:5, 2076:11,
2076:22, 2077:4,
2078:3, 2078:13,
2079:16, 2079:20,
2081:15, 2082:3,
2082:5, 2083:4,
2084:1, 2084:2,
2084:10, 2084:16,
2086:8, 2086:19,
2087:3, 2089:17,
2091:20, 2092:20,
2095:12, 2095:16,
2095:24, 2097:10,
2097:13, 2099:13,
2102:5, 2102:12,
2104:13, 2104:17,
2110:20, 2112:7,
2113:17, 2115:7,
2115:21, 2118:20,
2119:15, 2120:21,

2121:1, 2122:14,
2126:1, 2127:5,
2128:13, 2134:8,
2135:7, 2136:8,
2136:10, 2137:1,
2137:3, 2137:15,
2138:25, 2139:6,
2142:12, 2143:18,
2146:8, 2150:4,
2150:6, 2150:7,
2150:12, 2150:15,
2150:21, 2153:19,
2154:8, 2155:15,
2155:16, 2155:18,
2156:6, 2156:7,
2156:9, 2156:24,
2158:2, 2160:16,
2160:19, 2160:20,
2161:23, 2162:8,
2162:13, 2162:15

**within** [9] - 2015:19,
2015:22, 2021:21,
2052:25, 2053:1,
2053:17, 2103:16,
2103:25, 2111:19

**without** [4] - 2008:1,
2008:9, 2008:15,
2009:11

**witness** [16] -
2050:19, 2052:17,
2053:11, 2055:25,
2056:2, 2058:10,
2059:12, 2082:6,
2091:21, 2091:23,
2093:13, 2098:21,
2098:24, 2105:9,
2125:6, 2125:18

**WITNESS** [18] -
2006:3, 2015:24,
2017:9, 2041:20,
2049:23, 2052:21,
2058:18, 2092:1,
2093:9, 2093:21,
2121:15, 2121:23,
2129:22, 2150:19,
2156:16, 2158:15,
2158:19, 2159:22

**witness's** [1] -
2053:5

**WITTMANN** [2] -
2004:11, 2004:12

**won't** [2] - 2019:4,
2048:11

**word** [13] - 2063:18,
2069:10, 2071:6,
2071:7, 2077:24,
2094:3, 2094:6,
2094:14, 2098:17,
2103:9, 2148:14,
2151:20

**words** [14] - 2013:22,
2014:1, 2054:6,
2068:12, 2076:23,
2086:20, 2089:7,
2091:1, 2094:4,
2095:3, 2095:4,
2099:9, 2140:24,
2159:8

**work** [19] - 2018:16,
2018:17, 2018:18,
2021:10, 2021:12,
2031:4, 2032:7,
2032:15, 2033:2,
2033:4, 2033:16,
2042:19, 2055:18,
2057:1, 2061:15,
2061:24, 2066:14

**worked** [14] - 2027:8,
2027:18, 2031:7,
2031:9, 2031:10,
2032:7, 2032:9,
2032:11, 2032:14,
2033:18, 2042:16,
2090:7, 2090:10,
2123:3

**working** [14] -
2012:14, 2013:5,
2018:7, 2020:7,
2030:5, 2031:15,
2031:19, 2032:13,
2033:13, 2041:1,
2045:7, 2059:23,
2061:23, 2063:6

**world** [4] - 2087:9,
2109:21, 2111:15,
2143:23

**worldwide** [6] -
2107:5, 2107:6,
2107:9, 2107:18,
2109:10, 2144:1

**worn** [1] - 2055:20

**would** [149] - 2008:3,
2011:1, 2011:20,
2019:20, 2028:17,
2028:19, 2037:14,
2037:22, 2038:2,
2040:9, 2040:20,
2040:25, 2041:3,
2041:5, 2041:6,
2041:7, 2041:8,
2041:9, 2043:9,
2043:11, 2043:21,
2045:3, 2045:23,
2045:25, 2046:1,
2046:3, 2046:13,
2047:8, 2047:19,
2047:21, 2047:23,
2047:24, 2048:6,
2048:14, 2048:20,
2048:22, 2050:15,

2050:16, 2050:17,
2050:18, 2054:25,
2055:7, 2057:2,
2057:14, 2062:7,
2067:7, 2069:20,
2070:2, 2070:19,
2077:9, 2078:10,
2080:20, 2080:22,
2084:12, 2084:21,
2085:7, 2086:24,
2091:18, 2092:20,
2095:16, 2095:18,
2096:1, 2096:4,
2096:8, 2096:11,
2096:15, 2096:16,
2098:5, 2099:22,
2103:3, 2103:15,
2103:21, 2104:22,
2104:24, 2104:25,
2105:1, 2108:8,
2109:3, 2109:16,
2110:5, 2110:7,
2110:8, 2110:23,
2114:17, 2117:15,
2117:17, 2117:18,
2118:2, 2118:14,
2119:20, 2119:22,
2119:24, 2120:1,
2123:19, 2127:9,
2129:10, 2129:11,
2130:24, 2131:3,
2131:12, 2131:15,
2132:1, 2134:15,
2134:21, 2135:14,
2135:24, 2136:3,
2136:5, 2136:6,
2137:25, 2138:10,
2141:2, 2142:15,
2142:16, 2142:17,
2144:18, 2145:9,
2145:13, 2145:18,
2146:9, 2147:4,
2148:4, 2148:6,
2148:8, 2149:1,
2150:19, 2153:21,
2153:22, 2154:3,
2154:11, 2154:12,
2155:12, 2155:16,
2155:17, 2155:19,
2155:20, 2158:1,
2158:5, 2158:12,
2158:13, 2159:8,
2162:11, 2162:12,
2163:2, 2163:5

**wouldn't** [18] -
2016:10, 2020:8,
2037:7, 2041:3,
2048:2, 2080:21,
2095:19, 2104:2,
2104:3, 2115:19,
2130:24, 2132:1,

2135:25, 2145:18,
2150:24, 2162:11,
2163:4
  **WRIGHT** [1] - 1999:3
  **written** [7] - 2051:14,
2055:15, 2062:20,
2063:9, 2063:10,
2090:3, 2151:8
  **wrong** [7] - 2077:4,
2078:1, 2078:3,
2124:16, 2124:17,
2124:18, 2124:19
  **wrote** [2] - 2042:23,
2107:12

# X

  **X** [1] - 2006:1

# Y

  **yardstick** [1] -
2089:15
  **yeah** [14] - 2022:6,
2075:4, 2082:19,
2094:22, 2100:4,
2113:7, 2116:10,
2123:2, 2124:20,
2125:17, 2134:23,
2148:23, 2150:19,
2160:23
  **year** [3] - 2051:20,
2060:24, 2060:25
  **years** [17] - 2013:6,
2013:11, 2013:12,
2015:16, 2016:3,
2021:6, 2027:8,
2027:10, 2031:7,
2036:23, 2037:2,
2051:13, 2061:3,
2089:10, 2137:22,
2150:13, 2156:20
  **yellow** [2] - 2067:19,
2069:9
  **yep** [2] - 2126:5,
2127:16
  **yes** [304] - 2009:15,
2009:19, 2010:11,
2010:19, 2011:11,
2012:6, 2012:8,
2012:22, 2013:2,
2013:10, 2014:16,
2015:7, 2015:24,
2016:6, 2017:9,
2018:23, 2019:8,
2020:13, 2021:15,
2022:21, 2023:3,
2023:8, 2023:9,
2025:22, 2026:6,

2027:9, 2027:12,
2027:15, 2027:23,
2028:8, 2028:12,
2028:19, 2028:23,
2029:23, 2030:13,
2030:16, 2030:25,
2031:2, 2031:22,
2032:4, 2032:7,
2032:25, 2033:24,
2034:10, 2034:13,
2034:19, 2035:2,
2035:17, 2035:21,
2036:7, 2036:18,
2036:25, 2037:5,
2038:2, 2038:16,
2038:24, 2040:13,
2040:18, 2041:9,
2042:4, 2042:9,
2042:11, 2042:15,
2043:7, 2043:11,
2044:1, 2044:6,
2044:18, 2044:22,
2045:13, 2045:16,
2046:4, 2046:8,
2046:23, 2047:13,
2048:9, 2048:22,
2050:10, 2050:12,
2050:18, 2051:8,
2052:4, 2053:18,
2054:5, 2054:10,
2055:21, 2055:23,
2056:4, 2056:11,
2056:17, 2057:1,
2057:11, 2057:20,
2058:2, 2058:5,
2059:2, 2059:5,
2060:5, 2060:15,
2061:20, 2061:22,
2062:1, 2062:11,
2063:20, 2063:25,
2064:2, 2064:9,
2064:15, 2065:16,
2065:25, 2067:15,
2069:24, 2070:5,
2071:18, 2072:17,
2072:21, 2074:19,
2074:24, 2077:7,
2077:19, 2078:14,
2079:25, 2082:13,
2082:25, 2083:2,
2085:14, 2085:22,
2086:2, 2086:11,
2087:4, 2087:5,
2087:10, 2087:18,
2088:3, 2088:13,
2089:11, 2090:6,
2090:15, 2090:25,
2091:14, 2093:23,
2094:19, 2095:9,
2096:4, 2096:14,
2097:2, 2097:12,

2097:15, 2097:24,
2098:2, 2098:4,
2098:15, 2099:19,
2100:8, 2100:15,
2100:22, 2101:2,
2101:17, 2102:6,
2102:14, 2103:1,
2103:7, 2103:12,
2103:24, 2104:12,
2104:14, 2106:3,
2106:5, 2106:14,
2106:24, 2107:16,
2107:22, 2108:12,
2109:8, 2110:8,
2112:22, 2113:13,
2113:25, 2114:4,
2114:17, 2114:18,
2114:23, 2115:2,
2115:11, 2116:5,
2116:14, 2116:24,
2117:12, 2117:19,
2118:21, 2119:25,
2120:2, 2120:7,
2120:10, 2120:12,
2120:23, 2121:3,
2122:11, 2122:13,
2122:17, 2123:5,
2123:9, 2123:11,
2123:16, 2124:3,
2124:12, 2124:14,
2126:2, 2126:21,
2126:23, 2127:6,
2128:5, 2128:8,
2128:11, 2129:3,
2129:6, 2129:11,
2129:25, 2130:5,
2130:11, 2131:1,
2131:21, 2132:5,
2132:12, 2132:15,
2133:10, 2133:19,
2134:11, 2134:19,
2135:1, 2135:4,
2135:13, 2135:17,
2135:22, 2136:1,
2136:5, 2136:9,
2136:11, 2136:13,
2137:20, 2138:3,
2139:25, 2140:7,
2140:9, 2140:12,
2140:15, 2140:20,
2140:24, 2141:4,
2141:9, 2141:13,
2142:19, 2142:22,
2143:3, 2143:11,
2143:24, 2144:2,
2145:4, 2145:7,
2145:25, 2146:3,
2146:11, 2146:13,
2146:18, 2146:24,
2147:6, 2147:9,
2147:11, 2147:13,

2149:2, 2149:4,
2149:11, 2150:2,
2150:11, 2151:17,
2152:15, 2152:17,
2152:22, 2152:23,
2154:5, 2154:10,
2154:12, 2156:5,
2157:17, 2159:5,
2159:10, 2159:21,
2160:10, 2161:4,
2161:14, 2161:21,
2162:1, 2162:4,
2162:6, 2162:25,
2163:11
  **yes-no** [1] - 2086:11
  **yesterday** [7] -
2008:18, 2009:25,
2028:5, 2066:10,
2066:15, 2096:6,
2101:9, 2126:2,
2143:9
  **yet** [4] - 2043:3,
2045:1, 2081:8,
2114:21
  **yield** [1] - 2036:22
  **YOAKUM** [1] -
2000:18
  **you** [885] - 2007:10,
2007:16, 2007:18,
2009:20, 2010:16,
2011:10, 2012:9,
2012:19, 2013:3,
2013:5, 2013:6,
2013:9, 2013:11,
2013:16, 2013:17,
2013:19, 2013:20,
2013:22, 2013:23,
2013:24, 2013:25,
2014:1, 2014:2,
2014:8, 2014:17,
2015:5, 2015:8,
2015:12, 2015:13,
2015:16, 2015:25,
2016:1, 2016:4,
2016:7, 2016:8,
2016:10, 2016:11,
2016:12, 2016:13,
2016:16, 2016:19,
2016:24, 2016:25,
2017:1, 2017:4,
2017:12, 2017:15,
2017:23, 2017:24,
2018:1, 2018:3,
2018:4, 2018:5,
2018:10, 2018:11,
2018:13, 2018:15,
2018:17, 2018:18,
2019:1, 2019:3,
2019:7, 2019:8,
2019:9, 2019:11,

2019:12, 2019:17,
2019:18, 2019:19,
2019:20, 2019:22,
2019:24, 2020:1,
2020:21, 2020:22,
2020:23, 2021:2,
2021:8, 2021:12,
2021:13, 2021:16,
2021:17, 2021:18,
2021:20, 2021:21,
2021:25, 2022:2,
2022:4, 2022:19,
2022:24, 2022:25,
2023:2, 2023:5,
2023:6, 2023:11,
2023:13, 2023:18,
2023:20, 2024:1,
2024:2, 2024:4,
2024:7, 2024:9,
2024:13, 2024:14,
2024:17, 2024:21,
2024:24, 2025:3,
2025:8, 2025:10,
2025:12, 2025:15,
2025:16, 2025:20,
2025:23, 2025:25,
2026:3, 2026:7,
2026:12, 2026:15,
2026:19, 2026:21,
2026:24, 2026:25,
2027:4, 2027:5,
2027:6, 2027:7,
2027:13, 2027:16,
2027:18, 2027:22,
2027:24, 2027:25,
2028:1, 2028:3,
2028:4, 2028:5,
2028:10, 2028:12,
2028:13, 2028:15,
2028:17, 2028:20,
2029:6, 2029:9,
2029:10, 2029:11,
2029:14, 2029:18,
2029:20, 2030:5,
2030:6, 2030:7,
2030:8, 2030:10,
2030:14, 2030:17,
2030:20, 2030:23,
2031:1, 2031:4,
2031:7, 2031:8,
2031:10, 2031:12,
2031:13, 2031:15,
2031:16, 2031:19,
2031:23, 2032:1,
2032:14, 2032:17,
2032:18, 2032:19,
2032:24, 2033:1,
2033:2, 2033:5,
2033:7, 2033:8,
2033:9, 2033:13,
2033:14, 2033:15,

2033:16, 2033:18,
2033:20, 2033:22,
2034:1, 2034:2,
2034:6, 2034:9,
2034:11, 2034:23,
2035:3, 2035:9,
2035:11, 2035:13,
2035:15, 2035:19,
2035:20, 2036:3,
2036:5, 2036:12,
2036:15, 2036:20,
2036:23, 2036:24,
2037:1, 2037:2,
2037:7, 2037:8,
2037:9, 2037:11,
2037:18, 2037:22,
2037:23, 2038:10,
2038:17, 2039:1,
2039:2, 2039:4,
2039:5, 2039:6,
2039:7, 2039:8,
2039:10, 2039:16,
2040:2, 2040:3,
2040:7, 2040:8,
2040:19, 2040:24,
2041:2, 2041:16,
2041:18, 2041:23,
2042:1, 2042:2,
2042:3, 2042:5,
2042:6, 2042:7,
2042:8, 2042:14,
2042:16, 2042:17,
2042:19, 2042:22,
2043:20, 2043:21,
2044:6, 2044:12,
2044:16, 2044:19,
2044:23, 2045:2,
2045:3, 2045:6,
2045:7, 2045:8,
2045:9, 2045:11,
2045:14, 2045:17,
2045:18, 2045:22,
2046:6, 2046:12,
2046:13, 2046:17,
2046:18, 2046:21,
2046:25, 2047:2,
2047:3, 2047:4,
2047:7, 2047:9,
2047:12, 2047:13,
2047:15, 2047:22,
2047:23, 2048:1,
2048:2, 2048:5,
2048:6, 2048:14,
2048:15, 2048:16,
2048:17, 2048:18,
2048:19, 2048:20,
2048:23, 2048:24,
2049:2, 2049:3,
2049:13, 2050:4,
2050:8, 2050:12,
2050:19, 2050:20,

2051:5, 2051:6,
2051:7, 2051:13,
2051:15, 2051:18,
2051:20, 2051:22,
2052:1, 2052:7,
2052:8, 2052:22,
2053:10, 2053:16,
2053:19, 2053:22,
2054:7, 2054:11,
2054:15, 2054:16,
2054:19, 2054:22,
2055:9, 2055:12,
2055:13, 2055:14,
2055:17, 2055:19,
2055:24, 2056:8,
2056:9, 2056:12,
2056:15, 2056:18,
2056:19, 2056:21,
2056:24, 2057:1,
2057:3, 2057:9,
2057:11, 2057:12,
2057:13, 2057:14,
2057:15, 2057:16,
2057:17, 2057:18,
2057:19, 2057:23,
2057:24, 2058:6,
2058:9, 2058:10,
2059:3, 2059:11,
2059:19, 2059:23,
2059:24, 2060:6,
2060:7, 2060:13,
2061:1, 2061:2,
2061:5, 2061:9,
2061:11, 2061:15,
2061:18, 2061:21,
2061:23, 2061:24,
2062:9, 2062:13,
2062:16, 2062:18,
2062:24, 2063:3,
2063:8, 2063:9,
2063:12, 2063:17,
2063:18, 2063:21,
2063:24, 2064:3,
2064:6, 2064:18,
2065:10, 2065:14,
2066:6, 2066:7,
2066:11, 2066:25,
2067:3, 2067:8,
2067:10, 2068:15,
2068:24, 2069:24,
2070:1, 2070:6,
2071:4, 2071:10,
2071:22, 2071:23,
2072:5, 2073:1,
2073:5, 2073:17,
2073:23, 2074:3,
2074:9, 2074:20,
2075:7, 2075:9,
2076:16, 2077:7,
2077:8, 2077:9,
2077:10, 2078:18,

2078:24, 2079:7,
2079:9, 2079:11,
2082:9, 2082:15,
2082:17, 2083:7,
2084:7, 2085:3,
2085:4, 2085:17,
2085:25, 2086:5,
2086:6, 2086:22,
2087:19, 2087:22,
2087:25, 2088:1,
2088:4, 2088:9,
2088:11, 2088:25,
2089:1, 2089:8,
2089:12, 2089:15,
2089:17, 2089:23,
2090:2, 2090:14,
2090:17, 2090:19,
2091:2, 2091:7,
2091:9, 2091:13,
2092:3, 2092:7,
2093:10, 2093:14,
2093:18, 2093:21,
2094:2, 2094:3,
2094:5, 2094:15,
2095:1, 2095:7,
2095:8, 2095:10,
2095:15, 2095:24,
2096:5, 2096:25,
2097:3, 2097:4,
2097:6, 2097:8,
2097:10, 2097:13,
2097:15, 2097:17,
2097:24, 2098:2,
2098:5, 2098:16,
2098:18, 2099:5,
2099:8, 2099:13,
2099:17, 2099:20,
2100:2, 2100:5,
2100:7, 2100:14,
2100:17, 2100:23,
2101:9, 2101:14,
2101:23, 2101:25,
2102:11, 2102:15,
2102:17, 2102:21,
2102:22, 2102:25,
2103:10, 2103:11,
2103:13, 2104:8,
2104:11, 2104:15,
2104:21, 2105:21,
2105:22, 2105:24,
2105:25, 2106:1,
2106:6, 2106:8,
2106:12, 2106:21,
2107:2, 2107:5,
2107:12, 2107:13,
2107:15, 2107:21,
2108:2, 2108:6,
2108:8, 2108:19,
2108:22, 2108:23,
2109:6, 2109:10,
2109:12, 2109:15,

2109:18, 2109:20,
2109:25, 2110:3,
2110:5, 2110:6,
2110:7, 2110:8,
2110:9, 2110:11,
2110:15, 2110:18,
2110:22, 2111:3,
2111:6, 2111:8,
2111:10, 2111:13,
2111:18, 2111:19,
2111:21, 2111:25,
2112:5, 2112:7,
2112:10, 2112:17,
2112:19, 2112:21,
2112:23, 2113:4,
2113:6, 2115:6,
2115:20, 2115:24,
2115:25, 2116:3,
2116:6, 2116:24,
2117:16, 2117:24,
2118:6, 2118:7,
2118:14, 2118:18,
2118:20, 2118:22,
2120:2, 2120:4,
2120:6, 2120:13,
2120:15, 2120:18,
2121:13, 2122:1,
2123:2, 2123:3,
2123:17, 2124:1,
2124:4, 2124:8,
2124:9, 2124:21,
2124:24, 2125:1,
2125:4, 2125:12,
2125:23, 2125:24,
2126:3, 2126:10,
2126:13, 2126:21,
2127:9, 2127:10,
2127:13, 2128:3,
2128:6, 2128:8,
2128:9, 2128:11,
2128:12, 2128:13,
2128:18, 2129:1,
2129:7, 2129:23,
2130:12, 2130:24,
2131:12, 2131:15,
2131:19, 2132:1,
2132:8, 2132:11,
2133:11, 2133:17,
2133:22, 2134:3,
2134:9, 2134:15,
2134:18, 2135:3,
2135:23, 2135:24,
2135:25, 2136:10,
2136:21, 2136:25,
2137:4, 2137:8,
2137:10, 2137:14,
2137:15, 2137:17,
2137:19, 2137:21,
2138:1, 2138:2,
2139:8, 2139:16,
2139:19, 2139:23,

2140:1, 2140:2,
2140:16, 2140:23,
2140:24, 2141:5,
2141:7, 2141:11,
2142:10, 2142:12,
2142:14, 2142:16,
2142:20, 2142:21,
2143:2, 2143:5,
2143:9, 2143:12,
2143:15, 2143:18,
2143:22, 2143:23,
2144:3, 2144:8,
2144:11, 2144:14,
2144:18, 2145:2,
2145:9, 2145:22,
2146:1, 2146:8,
2146:9, 2146:15,
2146:17, 2147:4,
2147:18, 2147:21,
2148:1, 2148:8,
2148:10, 2148:11,
2148:15, 2148:17,
2148:18, 2148:25,
2149:12, 2149:21,
2150:9, 2150:12,
2150:15, 2151:3,
2151:6, 2151:10,
2151:12, 2151:15,
2151:16, 2151:18,
2152:9, 2152:16,
2153:23, 2154:10,
2154:18, 2155:1,
2155:6, 2155:9,
2155:10, 2155:25,
2156:2, 2156:3,
2156:8, 2156:15,
2156:18, 2156:21,
2157:5, 2157:11,
2157:12, 2157:16,
2157:18, 2157:21,
2157:23, 2158:16,
2158:17, 2158:23,
2159:2, 2159:8,
2159:20, 2159:24,
2160:3, 2160:5,
2160:7, 2160:8,
2160:13, 2160:20,
2161:2, 2161:5,
2161:8, 2161:12,
2162:3, 2162:6,
2162:7, 2162:19,
2162:23, 2163:1,
2163:12

**you'll** [2] - 2058:13,
2122:6

**you're** [66] - 2007:18,
2009:14, 2013:8,
2016:12, 2017:25,
2018:5, 2026:24,
2037:6, 2037:16,
2037:18, 2037:21,

2039:8, 2045:19,
2046:11, 2048:21,
2052:19, 2054:2,
2054:25, 2056:17,
2057:8, 2057:19,
2058:9, 2059:17,
2062:14, 2062:16,
2064:10, 2065:17,
2065:19, 2065:23,
2066:17, 2066:18,
2067:16, 2069:3,
2070:16, 2071:7,
2074:8, 2074:21,
2075:24, 2076:2,
2079:1, 2082:15,
2089:25, 2100:10,
2101:21, 2102:12,
2111:16, 2125:13,
2132:1, 2132:15,
2135:21, 2137:2,
2138:8, 2142:8,
2148:11, 2148:12,
2148:24, 2150:4,
2150:12, 2151:5,
2152:2, 2152:24,
2153:5, 2153:17,
2163:14
  **you've** [22] -
2020:24, 2021:7,
2055:14, 2055:16,
2056:13, 2058:23,
2066:3, 2071:10,
2088:25, 2089:20,
2090:7, 2090:10,
2090:12, 2100:6,
2123:6, 2130:6,
2130:8, 2134:18,
2135:18, 2139:1,
2142:16, 2144:19
  **YOUNG** [1] - 2001:23
  **young** [1] - 2133:8
  **Young** [1] - 2160:24
  **your** [201] - 2007:18,
2008:2, 2008:10,
2009:18, 2010:20,
2012:3, 2013:4,
2013:12, 2015:15,
2015:18, 2016:3,
2016:10, 2018:4,
2018:7, 2018:11,
2018:15, 2018:17,
2018:18, 2018:21,
2019:16, 2019:22,
2020:14, 2020:21,
2020:23, 2021:1,
2021:6, 2021:18,
2021:21, 2022:11,
2023:5, 2024:25,
2026:11, 2026:18,
2027:1, 2027:4,

2027:6, 2027:11,
2027:13, 2027:16,
2027:22, 2028:23,
2029:15, 2030:18,
2031:11, 2031:19,
2035:4, 2036:8,
2041:19, 2041:23,
2044:12, 2045:19,
2045:22, 2047:4,
2047:9, 2047:10,
2048:5, 2048:10,
2048:16, 2048:18,
2048:25, 2049:1,
2049:4, 2050:7,
2050:14, 2050:22,
2052:13, 2052:24,
2053:12, 2055:22,
2056:2, 2056:4,
2057:1, 2057:9,
2058:8, 2058:13,
2058:16, 2059:1,
2059:6, 2060:9,
2061:5, 2061:10,
2061:24, 2062:9,
2062:24, 2063:17,
2064:14, 2064:22,
2066:9, 2066:10,
2066:11, 2067:7,
2068:8, 2080:22,
2081:24, 2082:9,
2082:15, 2082:17,
2082:18, 2083:17,
2084:12, 2084:21,
2085:13, 2085:22,
2085:25, 2086:3,
2086:20, 2087:24,
2087:25, 2089:8,
2089:22, 2090:3,
2090:22, 2091:8,
2092:3, 2093:17,
2094:11, 2094:12,
2094:20, 2095:10,
2095:20, 2097:1,
2098:20, 2099:20,
2101:9, 2101:10,
2101:14, 2101:22,
2103:3, 2105:2,
2105:10, 2105:15,
2105:22, 2105:24,
2107:12, 2110:6,
2111:19, 2112:19,
2112:24, 2113:3,
2113:8, 2115:6,
2116:21, 2121:13,
2124:9, 2124:13,
2124:15, 2125:14,
2126:25, 2127:20,
2128:12, 2128:18,
2130:12, 2132:9,
2133:11, 2136:21,
2137:1, 2137:10,

2137:21, 2139:1,
2139:22, 2139:23,
2140:1, 2140:25,
2141:5, 2141:23,
2143:4, 2144:7,
2144:20, 2145:15,
2145:22, 2146:21,
2147:19, 2148:4,
2149:12, 2150:13,
2150:21, 2151:18,
2152:19, 2153:19,
2154:8, 2154:15,
2155:5, 2155:18,
2156:11, 2156:15,
2156:18, 2156:20,
2157:18, 2159:22,
2161:16, 2161:23,
2162:15, 2162:16,
2163:15
  **yourself** [3] - 2052:2,
2052:11, 2061:21

## Z

  **Z** [1] - 2061:7
  **zero** [2] - 2085:21,
2124:10
  **zone** [1] - 2021:18

## "

  **"MIKE"** [1] - 2003:3