<pre>
 1                     UNITED STATES DISTRICT COURT

 2                     EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
      DEEPWATER HORIZON IN THE           *
 5    GULF OF MEXICO ON APRIL 20, 2010   *   Section J
                                         *
 6    Applies to:                        *   New Orleans, Louisiana
                                         *
 7    Docket 10-CV-02771,                *   March 6, 2013
      IN RE:   THE COMPLAINT AND         *
 8    PETITION OF TRITON ASSET           *
      LEASING GmbH, et al                *
 9                                       *
      Docket 10-CV-4536,                 *
10    UNITED STATES OF AMERICA v.        *
      BP EXPLORATION & PRODUCTION,       *
11    INC., et al                        *
                                         *
12    * * * * * * * * * * * * * * * * * *

13

14                    DAY 7, AFTERNOON SESSION
                    TRANSCRIPT OF NONJURY TRIAL
15              BEFORE THE HONORABLE CARL J. BARBIER
                    UNITED STATES DISTRICT JUDGE
16

17    Appearances:

18

19    For the Plaintiffs:          Domengeaux Wright Roy
                                      & Edwards, LLC
20                                 BY:  JAMES P. ROY, ESQ.
                                   556 Jefferson Street, Suite 500
21                                 Post Office Box 3668
                                   Lafayette, Louisiana 70502
22

23    For the Plaintiffs:          Herman Herman & Katz, LLC
                                   BY:  STEPHEN J. HERMAN, ESQ.
24                                 820 O'Keefe Avenue
                                   New Orleans, Louisiana 70113
25
</pre>

OFFICIAL TRANSCRIPT

1    Appearances:

2
     For the Plaintiffs:         Cunningham Bounds, LLC
3                                BY:  ROBERT T. CUNNINGHAM, ESQ.
                                 1601 Dauphin Street
4                                Mobile, Alabama 36604

5
     For the Plaintiffs:         Lewis Kullman Sterbcow & Abramson
6                                BY:  PAUL M. STERBCOW, ESQ.
                                 601 Poydras Street, Suite 2615
7                                New Orleans, Louisiana 70130

8
     For the Plaintiffs:         Breit Drescher Imprevento
9                                  & Walker, PC
                                 BY:  JEFFREY A. BREIT, ESQ.
10                               600 22nd Street, Suite 402
                                 Virginia Beach, Virginia 23451
11
12   For the Plaintiffs:         Leger & Shaw
                                 BY:  WALTER J. LEGER JR., ESQ.
13                               600 Carondelet Street, 9th Floor
                                 New Orleans, Louisiana 70130
14
15   For the Plaintiffs:         Watts Guerra Craft, LLP
                                 BY:  MIKAL C. WATTS, ESQ.
16                               4 Dominion Drive
                                 Building 3, Suite 100
17                               San Antonio, Texas 78257

18
     For the Plaintiffs:         Williams Law Group, LLC
19                               BY:  CONRAD "DUKE" WILLIAMS, ESQ.
                                 435 Corporate Drive, Suite 101
20                               Houma, Louisiana 70360

21
     For the Plaintiffs:         Thornhill Law Firm
22                               BY:  TOM THORNHILL, ESQ.
                                 1308 Ninth Street
23                               Slidell, Louisiana 70458

24

25

```
 1  Appearances:

 2  For the Plaintiffs:          deGravelles Palmintier Holthaus
                                   & Frugé, LLP
 3                               BY:  JOHN W. DEGRAVELLES, ESQ.
                                 618 Main Street
 4                               Baton Rouge, Louisiana 70801

 5
    For the Plaintiffs:          Williamson & Rusnak
 6                               BY:  JIMMY WILLIAMSON, ESQ.
                                 4310 Yoakum Boulevard
 7                               Houston, Texas 77006

 8
    For the Plaintiffs:          Irpino Law Firm
 9                               BY:  ANTHONY IRPINO, ESQ.
                                 2216 Magazine Street
10                               New Orleans, Louisiana 70130

11
    For the United States        U.S. Department of Justice
12  of America:                  Torts Branch, Civil Division
                                 BY:  R. MICHAEL UNDERHILL, ESQ.
13                               450 Golden Gate Avenue
                                 7-5395 Federal Bldg., Box 36028
14                               San Francisco, California 94102

15
    For the United States        U.S. Department of Justice
16  of America:                  Environment & Natural Resources
                                 Environmental Enforcement Section
17                               BY:  STEVEN O'ROURKE, ESQ.
                                      SCOTT CERNICH, ESQ.
18                                    DEANNA CHANG, ESQ.
                                      RACHEL HANKEY, ESQ.
19                                    A. NATHANIEL CHAKERES, ESQ.
                                 Post Office Box 7611
20                               Washington, D.C. 20044

21
    For the United States        U.S. Department of Justice
22  of America:                  Torts Branch, Civil Division
                                 BY:  JESSICA McCLELLAN, ESQ.
23                                    MICHELLE DELEMARRE, ESQ.
                                      JESSICA SULLIVAN, ESQ.
24                                    SHARON SHUTLER, ESQ.
                                      MALINDA LAWRENCE, ESQ.
25                               Post Office Box 14271
                                 Washington, D.C. 20004
```

OFFICIAL TRANSCRIPT

1   Appearances:

2

3   For the United States        U.S. Department of Justice
    of America:                  Fraud Section
                                 Commercial Litigation Branch
4                                BY:  DANIEL SPIRO, ESQ.
                                      KELLEY HAUSER, ESQ.
5                                     ELIZABETH YOUNG, ESQ.
                                 Ben Franklin Station
6                                Washington, D.C. 20044

7

8   For the State of             Attorney General of Alabama
    Alabama:                     BY:  LUTHER STRANGE, ESQ.
                                      COREY L. MAZE, ESQ.
9                                     WINFIELD J. SINCLAIR, ESQ.
                                 500 Dexter Avenue
10                               Montgomery, Alabama 36130

11

12  For the State of             Attorney General of Louisiana
    Louisiana:                   BY:  JAMES D. CALDWELL, ESQ.
                                 1885 North Third Street
13                               Post Office Box 94005
                                 Baton Rouge, Louisiana 70804

14

15  For the State of             Kanner & Whiteley, LLC
    Louisiana:                   BY:  ALLAN KANNER, ESQ.
16                                    DOUGLAS R. KRAUS, ESQ.
                                 701 Camp Street
17                               New Orleans, Louisiana 70130

18

19  For BP Exploration &         Liskow & Lewis, APLC
    Production Inc.,             BY:  DON K. HAYCRAFT, ESQ.
    BP America Production        701 Poydras Street, Suite 5000
20  Company, BP PLC:             New Orleans, Louisiana 70139

21

22  For BP Exploration &         Kirkland & Ellis, LLP
    Production Inc.,             BY:  J. ANDREW LANGAN, ESQ.
    BP America Production             HARIKLIA "CARRIE" KARIS, ESQ.
23  Company, BP PLC:                  MATTHEW T. REGAN, ESQ.
                                 300 N. Lasalle
24                               Chicago, Illinois 60654

25

OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2
     For BP Exploration &         Covington & Burling, LLP
 3   Production Inc.,             BY:  ROBERT C. "MIKE" BROCK, ESQ.
     BP America Production        1201 Pennsylvania Avenue, NW
 4   Company, BP PLC:             Washington, D.C. 20004

 5
     For Transocean Holdings      Frilot, LLC
 6   LLC, Transocean Offshore     BY:  KERRY J. MILLER, ESQ.
     Deepwater Drilling Inc.,     1100 Poydras Street, Suite 3700
 7   Transocean Deepwater Inc.:   New Orleans, Louisiana 70163

 8
     For Transocean Holdings      Sutherland Asbill & Brennan, LLP
 9   LLC, Transocean Offshore     BY:  STEVEN L. ROBERTS, ESQ.
     Deepwater Drilling Inc.,          RACHEL G. CLINGMAN, ESQ.
10   Transocean Deepwater Inc.:   1001 Fannin Street, Suite 3700
                                  Houston, Texas 77002
11
     For Transocean Holdings      Munger Tolles & Olson, LLP
12   LLC, Transocean Offshore     BY:  MICHAEL R. DOYEN, ESQ.
     Deepwater Drilling Inc.,          BRAD D. BRIAN, ESQ.
13   Transocean Deepwater Inc.:        LUIS LI, ESQ.
                                  335 S. Grand Avenue, 35th Floor
14                                Los Angeles, California 90071

15
     For Transocean Holdings      Mahtook & Lafleur
16   LLC, Transocean Offshore     BY:  RICHARD J. HYMEL, ESQ.
     Deepwater Drilling Inc.,     600 Jefferson Street, Suite 1000
17   Transocean Deepwater Inc.:   Post Office Box 3089
                                  Lafayette, Louisiana 70501
18
     For Transocean Holdings      Hughes Arrell Kinchen, LLP
19   LLC, Transocean Offshore     BY:  JOHN KINCHEN, ESQ.
     Deepwater Drilling Inc.,     2211 Norfolk, Suite 1110
20   Transocean Deepwater Inc.:   Houston, Texas 77098

21
     For Cameron International    Stone Pigman Walther Wittmann, LLC
22   Corporation:                 BY:  PHILLIP A. WITTMANN, ESQ.
                                  546 Carondelet Street
23                                New Orleans, Louisiana 70130

24

25
```

OFFICIAL TRANSCRIPT

```
1    Appearances:

2

3    For Cameron International      Beck Redden & Secrest, LLP
     Corporation:                  BY:   DAVID J. BECK, ESQ.
                                         DAVID W. JONES, ESQ.
4                                        GEOFFREY GANNAWAY, ESQ.
                                         ALEX B. ROBERTS, ESQ.
5                                  1221 McKinney Street, Suite 4500
                                   Houston, Texas 77010
6

7    For Halliburton Energy        Godwin Lewis, PC
     Services, Inc.:               BY:   DONALD E. GODWIN, ESQ.
8                                        BRUCE W. BOWMAN JR., ESQ.
                                         FLOYD R. HARTLEY JR., ESQ.
9                                        GAVIN HILL, ESQ.
                                   1201 Elm Street, Suite 1700
10                                 Dallas, Texas 75270

11

12   For Halliburton Energy:       Godwin Lewis, PC
     Services, Inc.:               BY:   JERRY C. VON STERNBERG, ESQ.
                                   1331 Lamar, Suite 1665
13                                 Houston, Texas 77010

14

15   For M-I, LLC:                 Morgan Lewis & Bockius
                                   BY:   HUGH E. TANNER, ESQ.
16                                       DENISE SCOFIELD, ESQ.
                                         JOHN C. FUNDERBURK, ESQ.
17                                 1000 Louisiana Street, Suite 4000
                                   Houston, Texas 77002

18

19   Official Court Reporter:      Jodi Simcox, RMR, FCRR
                                   500 Poydras Street, Room HB-406
20                                 New Orleans, Louisiana 70130
                                   (504) 589-7780
21                                 Jodi_Simcox@laed.uscourts.gov

22

23

24   Proceedings recorded by mechanical stenography using
     computer-aided transcription software.
25
```

OFFICIAL TRANSCRIPT

1             **I N D E X**

2                                                    Page

3        Cross-Examination By Mr. Brock:          2172

4    Glen Benge
         Direct Examination By Mr. Cernich:      2226
5        Cross-Examination By Mr. Sterbcow:      2332
         Cross-Examination By Mr. Miller:        2344
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

|  | |
|---|---|
| 1 | **AFTERNOON SESSION** |
| 2 | **(March 6, 2013)** |
| 12:42PM 3 | * * * * * |
| 12:43PM 4 | **THE DEPUTY CLERK:**  All rise. |
| 1:04PM 5 | **THE COURT:**  Good afternoon, everyone.  Please be |
| 1:04PM 6 | seated. |
| 1:04PM 7 | All right, Mr. Brock. |
| 1:04PM 8 | **MR. BROCK:**  Thank you, Your Honor. |
| 1:04PM 9 | **CROSS-EXAMINATION** |
| 1:04PM 10 | BY MR. BROCK: |
| 1:04PM 11 | **Q.**   Good afternoon, Mr. Heenan. |
| 1:04PM 12 | **A.**   Good afternoon. |
| 1:04PM 13 | **Q.**   My name is Mike Brock.  We've not been introduced yet, but |
| 1:04PM 14 | I just wanted to tell you who I was.  And I need to say for the |
| 1:04PM 15 | record that I have you on cross-examination.  So I'll have just |
| 1:05PM 16 | a few questions for you and then, hopefully, we'll get you out |
| 1:05PM 17 | of here quickly. |
| 1:05PM 18 | **A.**   Thank you. |
| 1:05PM 19 | **Q.**   First, you filed a single report in this case; correct? |
| 1:05PM 20 | **A.**   Correct. |
| 1:05PM 21 | **Q.**   You knew that you had the opportunity to file a rebuttal |
| 1:05PM 22 | report, but you did not file one? |
| 1:05PM 23 | **A.**   I had that opportunity and I did not, you're correct. |
| 1:05PM 24 | **Q.**   And did you look at the expert reports of BP after they |
| 1:05PM 25 | were filed? |

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:05PM   1    A.   Briefly.

1:05PM   2    Q.   You wouldn't say, as you sit here today, that you did a

1:05PM   3    comprehensive study of those reports?

1:05PM   4    A.   No, I definitely would not say that.

1:05PM   5    Q.   Okay.  Thank you.

1:05PM   6              I've put your report there.  It's marked as

1:05PM   7    Exhibit 7528.  Do you have it there?

1:05PM   8    A.   Yes, I do.

1:05PM   9    Q.   Just in case you need to refer to it as we go through, I

1:05PM   10   just wanted you to have the opportunity to do that.

1:05PM   11   A.   Thank you.

1:05PM   12   Q.   Let me ask you to start by turning to page 3 of that

1:05PM   13   report.

1:06PM   14        MR. BROCK:  Connie, can we put that up, please.  And

1:06PM   15   I want to focus on the top half of the page down to the bottom

1:06PM   16   of the picture, please.

1:06PM   17   BY MR. BROCK:

1:06PM   18   Q.   Now, this is the -- it says page 3, but it's actually the

1:06PM   19   first page of the report; correct?

1:06PM   20   A.   Correct.  I think the rest is just a -- yes.  The rest is

1:06PM   21   just a little bio.

1:06PM   22   Q.   And at the very top, you begin by telling the readers that

1:06PM   23   this is the scope of the report; right?

1:06PM   24   A.   Correct.

1:06PM   25   Q.   And you say:  "A series of events and decisions resulted

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:06PM  1    in the Macondo blowout."

1:06PM  2              Correct?

1:06PM  3    A.   Correct.

1:06PM  4    Q.   And that series of events and decisions, from the work

1:06PM  5    that you did, involved a number of different people and

1:06PM  6    companies?

1:06PM  7    A.   Correct.

1:06PM  8    Q.   And you say:  "The elimination of any one of these would

1:06PM  9    have eliminated or at least reduced the magnitude of the event,

1:06PM 10    presumably with a corresponding reduction in loss of life,

1:07PM 11    injury, and environmental impact."

1:07PM 12              Do you see that?

1:07PM 13    A.   Yes.

1:07PM 14    Q.   And then you go on to use the model from the Bly report to

1:07PM 15    identify the three things that you will speak to in your

1:07PM 16    report?

1:07PM 17    A.   Yes, I did.

1:07PM 18    Q.   And you have described those for the Court now?

1:07PM 19    A.   I have already.

1:07PM 20    Q.   Yes, that's what I mean.  You have already described

1:07PM 21    those?

1:07PM 22    A.   Yes.

1:07PM 23    Q.   The point being that you used the Bly report model as the

1:07PM 24    way that you would organize your report here?

1:07PM 25    A.   Yes, that's an accurate characterization.

RICHARD HEENAN - CROSS

| | | |
|---|---|---|
| 1:07PM | 1 | **Q.**   Thank you. |
| 1:07PM | 2 | Now, I want to ask you to turn to page 7 of your |
| 1:07PM | 3 | report, if you would, please, sir. |
| 1:07PM | 4 | In order to formulate your report, you needed to make |
| 1:07PM | 5 | some assumptions; correct? |
| 1:07PM | 6 | **A.**   Correct. |
| 1:07PM | 7 | **Q.**   I want to ask you about the ones right there at the top. |
| 1:07PM | 8 | **MR. BROCK:**   If you'll just do the call-out from |
| 1:07PM | 9 | "Assumptions" down through No. 3. |
| 1:08PM | 10 | **BY MR. BROCK:** |
| 1:08PM | 11 | **Q.**   And you say here:  "The following assumptions have been |
| 1:08PM | 12 | generally accepted, appear to be consistent with observations, |
| 1:08PM | 13 | and supported by subsequent forensic examination of recovered |
| 1:08PM | 14 | equipment.  To date, they have not been disputed by any of the |
| 1:08PM | 15 | major parties of the event.  For this reason, no further |
| 1:08PM | 16 | attempt has been made to verify them." |
| 1:08PM | 17 | Just a couple of questions about this. |
| 1:08PM | 18 | **A.**   Okay. |
| 1:08PM | 19 | **Q.**   When you speak here of "have not been disputed by the |
| 1:08PM | 20 | major parties," are you referring to Transocean, BP, and |
| 1:08PM | 21 | Halliburton? |
| 1:08PM | 22 | **A.**   I didn't put a specific -- I would include them -- in |
| 1:08PM | 23 | fact, I don't recall any significant dispute that I can recall. |
| 1:08PM | 24 | **Q.**   Okay.  Focusing on -- I'm asking a little bit different |
| 1:08PM | 25 | question. |

RICHARD HEENAN - CROSS

1:08PM 1    A.   Okay.  Sorry.

1:08PM 2    Q.   When you say "the parties of the event," are you referring

1:08PM 3    to the people that are here in court asking you questions

1:08PM 4    today, the companies?

1:09PM 5    A.   Yeah, the companies, yes.  I think, if I understand your

1:09PM 6    question correctly, the answer is, yes, I'm including them in

1:09PM 7    there.

1:09PM 8    Q.   Thank you.

1:09PM 9         And if you see here No. 1, you conclude:  "The flow

1:09PM 10   path of the hydrocarbons was down the outside of the casing,

1:09PM 11   through the cement sheath, up the inside of the shoe track, and

1:09PM 12   up through the float shoe."

1:09PM 13        Do you see that?

1:09PM 14   A.   I see that.

1:09PM 15   Q.   And is that one of the assumptions that you make that

1:09PM 16   appear to be consistent with observations supported by

1:09PM 17   subsequent forensic examination and recovered equipment?

1:09PM 18   A.   Yes, I believe it is.

1:09PM 19   Q.   Just one point before we get too far into the exam.  I

1:09PM 20   want to come back to one of the pullouts that Mr. Underhill

1:09PM 21   showed you, because I just want to make a point for the Court

1:09PM 22   for completion, if I could.

1:09PM 23        MR. BROCK:  Could we pull up Treatment 7528.4.5,

1:10PM 24   please.

25

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:10PM 1    **BY MR. BROCK:**

1:10PM 2    **Q.**   Do you remember you were looking at a quotation a little

1:10PM 3    earlier and we noted that there was -- that there was a

1:10PM 4    sentence missing, "The proposal of the bladder effect, which

1:10PM 5    has no technical basis, and the adoption of that theory

1:10PM 6    demonstrates the abdication of responsibility of both BP and

1:10PM 7    Transocean."

1:10PM 8                Do you remember that?

1:10PM 9    **A.**   I remember the discussion.

1:10PM 10   **Q.**   Right.  But do you remember that in the quote that was

1:10PM 11   pulled up, we did not include -- or Mr. Underhill did not

1:10PM 12   include "demonstrates the abdication of responsibility of both

1:10PM 13   BP and Transocean"?  Do you see that?

1:10PM 14   **A.**   Yes.  I think the part that was missing was the phrase

1:10PM 15   "and the adoption," that line.

1:10PM 16   **Q.**   Yes.  And it was your conclusion and it is your opinion

1:10PM 17   that both BP and Transocean violated the applicable standard of

1:10PM 18   care in terms of the interpretation of the negative test?

1:10PM 19   **A.**   Correct.

1:11PM 20   **Q.**   Just a few questions on the roles and responsibilities in

1:11PM 21   the industry from your perspective as an expert.

1:11PM 22                Do you believe that the well construction process is

1:11PM 23   a collaborative effort?

1:11PM 24   **A.**   Yes.

1:11PM 25   **Q.**   It needs to be a collaborative effort?

RICHARD HEENAN - CROSS

1:11PM  1   A.   Yes, it does.

1:11PM  2   Q.   And it involves various entities and personnel, including

1:11PM  3   the well operator, government officials, the drilling

1:11PM  4   contractor, the mud contractor, the casing contractor, the

1:11PM  5   cement contractor, and others?

1:11PM  6   A.   Yes, "and others."  Absolutely.

1:11PM  7   Q.   Your experience over the last 30 years has been that

1:11PM  8   operators like BP will hire drilling contractors like

1:11PM  9   Transocean to drill wells?

1:11PM  10  A.   Yes.  Typically, operators hire joint contractors, not

1:11PM  11  exclusively, but typically.

1:11PM  12  Q.   Right.  You would say that in the vast majority of wells

1:12PM  13  that are drilled, that a drilling contractor will do that for

1:12PM  14  an operator?

1:12PM  15  A.   A vast majority, yes.

1:12PM  16  Q.   And the drilling contractor, in your experience and from

1:12PM  17  your perspective as an expert, will own the drilling rig and

1:12PM  18  provide a crew?

1:12PM  19  A.   Again, in the vast majority.

1:12PM  20  Q.   And that's true on land, shallow water, and deepwater?

1:12PM  21  A.   All of them, yes.

1:12PM  22  Q.   It's your experience that drilling contractors will have

1:12PM  23  their own well control manuals and safety manuals?

1:12PM  24  A.   Yes.  That's my experience.

1:12PM  25  Q.   When we talk about safety manuals, is the term "HSE"

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

| | | |
|---|---|---|
| 1:12PM | 1 | familiar to you? |
| 1:12PM | 2 | A.    Yes. |
| 1:12PM | 3 | Q.    What is that? |
| 1:12PM | 4 | A.    Health, safety, and environment. |
| 1:12PM | 5 | Q.    And is it your experience as an expert in this field that |
| 1:12PM | 6 | in the area of health, safety, and environment, that the |
| 1:12PM | 7 | drilling contractor will have its own system in place? |
| 1:12PM | 8 | A.    Just to clarify, you're saying as an expert in drilling, |
| 1:13PM | 9 | not in HSE; correct? |
| 1:13PM | 10 | Q.    Correct. |
| 1:13PM | 11 | A.    Yes, I would expect -- |
| 1:13PM | 12 | Q.    I'm just asking for your general knowledge in terms of who |
| 1:13PM | 13 | does what. |
| 1:13PM | 14 | A.    That the drilling contractor does have such a manual? |
| 1:13PM | 15 | That was your question; right? |
| 1:13PM | 16 | Q.    Yes.  Is that correct? |
| 1:13PM | 17 | A.    Correct. |
| 1:13PM | 18 | Q.    Now, you had talked about in your report that -- one of |
| 1:13PM | 19 | the things that you said is that BP failed to use the best |
| 1:13PM | 20 | available and safest drilling technology; correct? |
| 1:13PM | 21 | A.    Correct. |
| 1:13PM | 22 | Q.    And you pulled some language out of one of the regulations |
| 1:13PM | 23 | that you cited in your report that supported that? |
| 1:13PM | 24 | A.    Yes. |
| 1:13PM | 25 | Q.    Interpreting regulations is not something that you |

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:13PM 　1　 regularly do, is it?

1:13PM 　2　 **A.**　It's something I do all the time.  I'm required to follow

1:13PM 　3　 regulations in my job of this nature.

1:13PM 　4　 **Q.**　Thank you for that.  Let met rephrase the question.

1:13PM 　5　 　　　　Interpreting the U.S. regulations is not something

1:13PM 　6　 you regularly do?

1:14PM 　7　 **A.**　I don't regularly interpret U.S. regulations, but they're

1:14PM 　8　 the same concept.  They're in plain English.

1:14PM 　9　 **Q.**　Just one question, please.

1:14PM 　10　 **A.**　Okay.

1:14PM 　11　 **Q.**　You don't regularly interpret U.S. regulations, do you?

1:14PM 　12　 **A.**　Correct, I do not.

1:14PM 　13　 **Q.**　Now, you agree that it is appropriate for an operator like

1:14PM 　14　 BP to hire a contractor to satisfy the requirement of providing

1:14PM 　15　 the best available and safest drilling technology?

1:14PM 　16　 **A.**　I don't know that that by itself satisfies that

1:14PM 　17　 requirement.

1:14PM 　18　 **Q.**　Let's look at your deposition and just see what you've

1:14PM 　19　 said.  Page 93, lines 5 through 16.

1:14PM 　20　 　　　　Do you see that you were asked the question:

1:14PM 　21　 　　　　"QUESTION:  Let me ask it this way:  In using the

1:14PM 　22　 　　　best available and safest drilling technology to monitor

1:14PM 　23　 　　　and evaluate well conditions, is it appropriate for an

1:14PM 　24　 　　　operator to hire a contractor and require the contractor

1:14PM 　25　 　　　to use the best available and safest drilling technology

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

| | | |
|---|---|---|
| 1:14PM | 1 | to monitor and evaluate well conditions?" |
| 1:14PM | 2 | And did you answer: |
| 1:15PM | 3 | "ANSWER:  Yes, it is appropriate for the operator to |
| 1:15PM | 4 | hire a contractor to discharge the using of the best |
| 1:15PM | 5 | available and safest technology.  I think that was your |
| 1:15PM | 6 | question." |
| 1:15PM | 7 | Is that what you said? |
| 1:15PM | 8 | A.   That was what I said. |
| 1:15PM | 9 | Q.   Now, do you know that Transocean is one of the largest |
| 1:15PM | 10 | offshore drilling contractors in the world? |
| 1:15PM | 11 | A.   Yes, I'm aware of that. |
| 1:15PM | 12 | Q.   And that they are experienced in drilling |
| 1:15PM | 13 | technically-demanding wells? |
| 1:15PM | 14 | A.   I'm also aware of that. |
| 1:15PM | 15 | Q.   You have no reason to think that it was a bad idea for BP |
| 1:15PM | 16 | to engage Transocean to drill the Macondo well? |
| 1:15PM | 17 | A.   No, I have no reason to think that's a bad decision. |
| 1:15PM | 18 | Q.   In fact, BP's decision to use the *Deepwater Horizon* to |
| 1:15PM | 19 | finish the Macondo well was a choice to use the best available |
| 1:15PM | 20 | and safest technology? |
| 1:15PM | 21 | A.   I can't tell you whether that was the best available, but |
| 1:15PM | 22 | it's acceptable. |
| 1:15PM | 23 | Q.   All right.  If we use your definition that you pulled from |
| 1:16PM | 24 | the regulation that talks about best available and safest |
| 1:16PM | 25 | technology, do you agree that BP's decision to use *Deepwater* |

RICHARD HEENAN - CROSS

1:16PM  1    *Horizon* to finish Macondo was a choice to use the best

1:16PM  2    available and safest technology?

1:16PM  3    A.   Yes, I believe so.

1:16PM  4    Q.   Now, one of the things that you've said today is that the

1:16PM  5    gold standard for monitoring most drilling operations is

1:16PM  6    monitoring pit volumes.  That's one of the tools that's

1:16PM  7    available to the driller; correct, sir?

1:16PM  8    A.   Correct.

1:16PM  9    Q.   And your understanding is the *Deepwater Horizon* had the

1:16PM  10   ability to monitor pit volumes?

1:16PM  11   A.   Yes.  That's my understanding.

1:16PM  12   Q.   You have no reason to think that the personnel on the

1:16PM  13   *Deepwater Horizon* were not trained to monitor pit volumes?

1:16PM  14   A.   I have no reason to think that.

1:16PM  15   Q.   In fact, we talked about this today, that *Deepwater*

1:16PM  16   *Horizon* actually had two flow meters, one Sperry-Sun flow meter

1:17PM  17   and one Transocean Hitec flow meter?

1:17PM  18   A.   Correct.  We talked about that.

1:17PM  19   Q.   Yes.  And you agree it is consistent with having the best

1:17PM  20   available and safest technology for the *Deepwater Horizon* to

1:17PM  21   have two separate flow meters at the time of this incident?

1:17PM  22   A.   Yes.  It's not in conflict with that.

1:17PM  23   Q.   In fact, having redundancy is a good thing?

1:17PM  24   A.   Having redundancy is a good thing.

1:17PM  25   Q.   It shows good care?

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

| | | |
|---|---|---|
| 1:17PM | 1 | **A.**   Yes, it does. |
| 1:17PM | 2 | **Q.**   Now, in terms of personnel on a deepwater rig, you agree |
| 1:17PM | 3 | that having a toolpusher, a driller, and an assistant driller |
| 1:17PM | 4 | on their tour working in the driller's cabin is consistent with |
| 1:17PM | 5 | your use of this term "best available and safest technology" to |
| 1:17PM | 6 | monitor the well? |
| 1:17PM | 7 | **A.**   Yes. |
| 1:17PM | 8 | **Q.**   In the driller's cabin, if you have a toolpusher, a |
| 1:17PM | 9 | driller, and an assistant driller present to watch the well, |
| 1:18PM | 10 | that's redundancy in terms of your ability to monitor? |
| 1:18PM | 11 | **A.**   If you have all those three there, yes. |
| 1:18PM | 12 | **Q.**   And again, having that redundancy is something that |
| 1:18PM | 13 | demonstrates due care? |
| 1:18PM | 14 | **A.**   Yes.  I agree with that. |
| 1:18PM | 15 | **Q.**   And if you add to the ability to monitor the well a mud |
| 1:18PM | 16 | logger, who is separately watching parameters in the well, that |
| 1:18PM | 17 | is, again, another very good redundant system to have in place? |
| 1:18PM | 18 | **A.**   Yes. |
| 1:18PM | 19 | **Q.**   And demonstrates due care? |
| 1:18PM | 20 | **A.**   Yes. |
| 1:18PM | 21 | **Q.**   We're not going to go through the details, because, as |
| 1:18PM | 22 | you've seen, we've spent a lot of time in the trial on |
| 1:18PM | 23 | training.  So I just want to ask you one question so I can get |
| 1:18PM | 24 | your perspective as an expert.  Okay? |
| 1:19PM | 25 | **A.**   Sure. |

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:19PM  1   **Q.**   I'm just telling you, you can relax, I'm not going to go

1:19PM  2   through all of the training modules.

1:19PM  3         But you are aware that the Transocean drilling

1:19PM  4   personnel on tour the night of April the 20th had gone through

1:19PM  5   well control training?

1:19PM  6   **A.**   I assumed they had, yes.

1:19PM  7   **Q.**   In the industry of deepwater drilling and drilling in

1:19PM  8   general, you're familiar with the concept of "stop the job" or

1:19PM  9   "stop-the-job authority"; correct?

1:19PM  10  **A.**   Yes.  It comes under lots of names; but, yes, I'm familiar

1:19PM  11  with it.

1:19PM  12  **Q.**   And the concept is such that any individual involved in an

1:19PM  13  operation, if he sees something that he believes is unsafe or

1:19PM  14  potentially unsafe or has an understanding that it could lead

1:19PM  15  to a safety issue, he has the authority to stop the job?

1:19PM  16  **A.**   That's a good summary.

1:19PM  17  **Q.**   You're aware, are you not, that on the evening of April

1:19PM  18  the 20th, there was actually a stop-the-job called during the

1:19PM  19  conduct of the first negative test?

1:20PM  20  **A.**   I hadn't heard it termed that way, but I suppose --

1:20PM  21  **Q.**   Were you here for Mr. Ezell's testimony?

1:20PM  22  **A.**   Yes, I was.

1:20PM  23  **Q.**   Do you remember him saying that the test wasn't lined up

1:20PM  24  per the APD, and so he stopped the job; that he talked to the

1:20PM  25  crew and said, "Get the test lined up, get the agreement of BP,

2185

RICHARD HEENAN - CROSS

1:20PM 1  and then run the test on the drill pipe"?

1:20PM 2          Do you remember that?

1:20PM 3  A.   I recall that it was stopped.  But your context was as a

1:20PM 4  safety issue, and I think that was more of a compliance issue.

1:20PM 5  Q.   Compliance with Transocean policy?

1:20PM 6  A.   Compliance with the approved APD, I believe is the term.

1:20PM 7  Q.   All right.  So I don't want to make this a memory test, so

1:20PM 8  let me just ask a question and just see, make sure we're on the

1:20PM 9  same page.

1:20PM 10          Did you hear -- were you here when Mr. Ezell

1:20PM 11  testified that between the first and second test, he stopped

1:20PM 12  the job, he told Jason Anderson to conduct a safety meeting,

1:20PM 13  make sure that everyone was on the same page, get with the BP

1:21PM 14  well site leader, make sure there was alignment, and then do

1:21PM 15  the test on the kill line?

1:21PM 16  A.   I don't remember exactly what he said; but on that general

1:21PM 17  concept, they stopped Procedure A, if you will, changed to

1:21PM 18  Procedure B.

1:21PM 19  Q.   Okay.  Fair enough.

1:21PM 20          Now, again, I'm not going to run through all the

1:21PM 21  policies with you today, because I think the folks here have

1:21PM 22  got a pretty good sense of what some things are, but I need

1:21PM 23  your perspective as an expert on just a couple of issues.

1:21PM 24          You agree, do you not, that the drilling crew has the

1:21PM 25  primary responsibility to monitor the well during all

RICHARD HEENAN - CROSS

| | | |
|---|---|---|
| 1:21PM | 1 | operations? |
| 1:21PM | 2 | A.    Primary, yes. |
| 1:21PM | 3 | Q.    From the time the vessel arrives on-site and begins |
| 1:22PM | 4 | drilling until it pulls the BP -- the BOP up and sails off, the |
| 1:22PM | 5 | drilling crew has the primary responsibility for monitoring the |
| 1:22PM | 6 | well? |
| 1:22PM | 7 | A.    The primary responsibility, yeah. |
| 1:22PM | 8 | Q.    And the person within the system who has that primary |
| 1:22PM | 9 | responsibility is the driller? |
| 1:22PM | 10 | A.    Correct. |
| 1:22PM | 11 | Q.    Is that true on the drilling operations that you |
| 1:22PM | 12 | participate with up in Canada? |
| 1:22PM | 13 | A.    Yes, it is. |
| 1:22PM | 14 | Q.    When you're in port or traveling, who's watching the well? |
| 1:22PM | 15 | A.    In the hierarchy, if you will, so the driller is watching |
| 1:22PM | 16 | it, assuming it is drilling, as you've described; and then, of |
| 1:22PM | 17 | course, there's a hierarchy above him.  There's several levels |
| 1:22PM | 18 | between me and them. |
| 1:22PM | 19 | Q.    But in the operations that you are familiar with and in |
| 1:22PM | 20 | the work that you do, it's no different just south of the |
| 1:22PM | 21 | Arctic Circle than it is in the Gulf of Mexico:  The driller |
| 1:22PM | 22 | for the contractor has the primary responsibility for watching |
| 1:22PM | 23 | the well? |
| 1:22PM | 24 | A.    The driller has the primary responsibility, and he is |
| 1:23PM | 25 | employed by the contractor. |

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:23PM 1   Q.   Now, the driller's cabin is located right where the rotary

1:23PM 2   table is located for a reason, isn't it?

1:23PM 3   A.   I presume you're asking if it's so he can see what's going

1:23PM 4   on?

1:23PM 5   Q.   Yes.

1:23PM 6   A.   Yes, that's why it's there.

1:23PM 7   Q.   Because it's his responsibility to look after the well,

1:23PM 8   physically his office is located right there at the rotary

1:23PM 9   table where the action occurs in terms of drilling operations?

1:23PM 10  A.   Certainly some of the action occurs there.  There are many

1:23PM 11  other places as well, of course.

1:23PM 12  Q.   Sure.  Yes.

1:23PM 13  A.   But that's the central location.

1:23PM 14  Q.   That's the idea.

1:23PM 15       Now, there's been a lot of talk in this case about

1:24PM 16  loss returns.  You've probably heard some of it.  Loss returns

1:24PM 17  is something you have experienced in drilling, is it not?

1:24PM 18  A.   Yes, I have.

1:24PM 19  Q.   And loss returns are not unusual in drilling, are they?

1:24PM 20  A.   No.

1:24PM 21  Q.   Just a couple questions from your perspective as an expert

1:24PM 22  on behalf of the United States.

1:24PM 23       You agree that any time there are indications of a

1:24PM 24  kick, prompt action by the crew is required?

1:24PM 25  A.   Yes.

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:24PM  1    Q.   Part of the purpose of well control training is to detect

1:24PM  2    kicks as rapidly and efficiently as possible so that they don't

1:24PM  3    turn into blowouts?

1:24PM  4    A.   Yes.

1:24PM  5    Q.   Just because you have a kick doesn't mean you're going to

1:24PM  6    have a blowout?

1:24PM  7    A.   No, it does not.

1:24PM  8    Q.   In fact, the entire industry is organized around detecting

1:24PM  9    influx of hydrocarbons into the well and getting the well shut

1:24PM  10   in before the event turns into a blowout?

1:25PM  11   A.   Well, it's a very important part of the industry, anyway.

1:25PM  12   Q.   And Transocean's policy of giving the driller full

1:25PM  13   authority to flow-check or shut in the well as he sees fit is

1:25PM  14   an appropriate and within the standard of care policy?

1:25PM  15   A.   It is.

1:25PM  16   Q.   It's what you would expect on a deepwater drilling well?

1:25PM  17   A.   I absolutely would.

1:25PM  18   Q.   Now, it's recognized in the industry, isn't it, that there

1:25PM  19   are a number of major causes of kicks?

1:25PM  20   A.   There are -- yes, there are a number of causes.

1:25PM  21   Q.   Okay.

1:25PM  22        MR. BROCK:   Let me see, please, Exhibit 15 --

1:25PM  23   1454.45.2, please.

1:25PM  24   BY MR. BROCK:

1:25PM  25   Q.   I'm just going to show you one section here to get your

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:26PM   1   perspective on this.  If we look at 1454.45.2, do you see that
1:26PM   2   one of the causes of a well control event can be displacement
1:26PM   3   of the riser with seawater or a lower density fluid?
1:26PM   4   A.   Just give me a second to read what's on the screen here.
1:26PM   5   Q.   Sure.
1:26PM   6   A.   (Witness reviews document.)
1:26PM   7        Okay.  I see that.
1:26PM   8   Q.   Do you agree with the testimony of Mr. Ezell and others
1:26PM   9   that during displacement of the riser, there is always the risk
1:26PM  10   that you could have an influx of hydrocarbons?
1:26PM  11   A.   If the well does not have integrity, yes, sir.
1:26PM  12   Q.   Correct.
1:26PM  13        And that for well control personnel, such as the
1:26PM  14   driller and the assistant driller, that is a time when they
1:27PM  15   should be very careful to watch the activities of the well?
1:27PM  16   A.   One of many, yes.
1:27PM  17   Q.   Well, that makes a good point.  Because in well control,
1:27PM  18   the folks that are involved in that really don't have the
1:27PM  19   luxury of ever letting their guard down, do they?
1:27PM  20   A.   No.
1:27PM  21        MR. BROCK:  Let me see, please, Exhibit 7651.1.2.
1:27PM  22   BY MR. BROCK:
1:27PM  23   Q.   This is an e-mail that we obtained from Transocean.  I
1:27PM  24   just want to ask you about whether or not you agree with these
1:27PM  25   principles.  This was written, as you can see, in 2004.  I just

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

| 1:27PM | 1 | want to focus on the language of it. |
|---|---|---|
| 1:27PM | 2 | "Well control.  One of the more important aspects of |
| 1:28PM | 3 | our business and one that we are 100 percent |
| 1:28PM | 4 | responsible/accountable for when the . . . hits the fan, is the |
| 1:28PM | 5 | drillers/ADs know in their hearts that the toolpusher, OIM, |
| 1:28PM | 6 | you, me, Jurgen and on up to Bob Long expects 100 percent, |
| 1:28PM | 7 | supports them to SI" -- which would that be shut-in? |
| 1:28PM | 8 | A.   Shut-in, yes. |
| 1:28PM | 9 | Q.   -- "if there are any questions or doubts.  Not an area |
| 1:28PM | 10 | where we wait to see what the company man wants to do." |
| 1:28PM | 11 | Do you see that? |
| 1:28PM | 12 | A.   I see that. |
| 1:28PM | 13 | Q.   Does that describe in lay terms the responsibility of the |
| 1:28PM | 14 | driller to shut in the well if he has even the slightest doubt? |
| 1:28PM | 15 | A.   It does say exactly that, that the driller has the |
| 1:28PM | 16 | responsibility to shut in the well if he has any doubt. |
| 1:28PM | 17 | It says a couple other things, too.  It says one of |
| 1:28PM | 18 | the more important aspects of our business, yes, one that we're |
| 1:29PM | 19 | 100 percent responsible/accountable for.  They are accountable |
| 1:29PM | 20 | for it, not to the exclusion others. |
| 1:29PM | 21 | Q.   Sure.  But in terms of who is primarily responsible for |
| 1:29PM | 22 | that, it would be the drilling crew; correct? |
| 1:29PM | 23 | A.   Primarily, as we said, yes. |
| 1:29PM | 24 | Q.   You talked a little bit earlier with counsel for |
| 1:29PM | 25 | Halliburton about some of the well control options that are |

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:29PM  1   available to the driller in the event of a well control event;

1:29PM  2   correct?

1:29PM  3   A.   In terms of?

1:29PM  4   Q.   Well, we talked about the location of the controls for the

1:29PM  5   BOP.

1:29PM  6   A.   Where the controls are or where they're not is what I

1:29PM  7   think we were talking about, yes.

1:29PM  8   Q.   And the controls for the BOP are typically in the

1:29PM  9   driller's cabin because the driller is the closest to the

1:29PM  10  operation, both physically and in terms of knowing what's going

1:30PM  11  on, and would enable him to take action if he's called on to do

1:30PM  12  something?

1:30PM  13  A.   Yes.

1:30PM  14  Q.   You know that a well site leader on a deepwater drilling

1:30PM  15  rig has many, many responsibilities?

1:30PM  16  A.   He does.

1:30PM  17  Q.   And it's not his primary responsibility to watch the well?

1:30PM  18  A.   He doesn't physically watch the well all the time, no.

1:30PM  19  Q.   He has to attend meetings; he has to interact with others

1:30PM  20  on the rig; he's responsible for ordering equipment and

1:30PM  21  sequencing equipment that's coming out to the rig and going

1:30PM  22  back; he has to manage people coming to the rig and going back.

1:30PM  23  He has many responsibilities.

1:30PM  24  A.   He certainly has many responsibilities.  Which of those

1:30PM  25  ones you've just described are delegated, I don't know; but he

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

| | | |
|---|---|---|
| 1:30PM | 1 | has many responsibilities. |
| 1:30PM | 2 | **Q.**   Now, let's turn to the issue of the backup system, as you |
| 1:31PM | 3 | describe it, for well monitoring.  You understand that |
| 1:31PM | 4 | Halliburton, through it's Sperry division, provided mud loggers |
| 1:31PM | 5 | on the *Deepwater Horizon*? |
| 1:31PM | 6 | **A.**   Correct. |
| 1:31PM | 7 | **Q.**   And you agree that it was good oil field practice for BP |
| 1:31PM | 8 | to contract with Halliburton, Sperry-Sun to provide mud loggers |
| 1:31PM | 9 | to monitor all operations during the drilling of the Macondo |
| 1:31PM | 10 | well? |
| 1:31PM | 11 | **A.**   Yes. |
| 1:31PM | 12 | **Q.**   That's another redundancy in the system in terms of being |
| 1:31PM | 13 | able to watch for problems that might occur? |
| 1:31PM | 14 | **A.**   Correct, that's another redundancy. |
| 1:31PM | 15 | **Q.**   The program that was in place reflects due care? |
| 1:31PM | 16 | **A.**   What are we speaking of in terms of programs? |
| 1:31PM | 17 | **Q.**   When I say "the program," having a backup set of eyes and |
| 1:31PM | 18 | tools to watch the well reflects due care. |
| 1:31PM | 19 | **A.**   Yes. |
| 1:32PM | 20 | **Q.**   Do you agree that mud loggers are in the information |
| 1:32PM | 21 | business? |
| 1:32PM | 22 | **A.**   Yes, that's probably a good characterization. |
| 1:32PM | 23 | **Q.**   And that there are situations in drilling where the mud |
| 1:32PM | 24 | logger personnel -- mud logging personnel would be the first to |
| 1:32PM | 25 | be aware of a potential kick indicator? |

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:32PM   1   A.   Potentially, they might be the first ones to notice it.

1:32PM   2   That's what you're asking; right?

1:32PM   3   Q.   Yes.

1:32PM   4   A.   Yes.

1:32PM   5   Q.   And if they do, in the context of the way the contractors

1:32PM   6   are organized, communicate with one another, what does the mud

1:32PM   7   logger do if he detects a kick?

1:32PM   8   A.   He would call the driller if he saw a kick indication.

1:32PM   9   Q.   He doesn't have the ability to actually run the devices

1:32PM  10   that would shut in the well, but he would be obligated to pick

1:32PM  11   up the phone quickly and call the driller to see if the driller

1:32PM  12   had noticed it or, if not, to bring it to his attention?

1:33PM  13   A.   He has two parts.  Yes, he doesn't have the controls; but

1:33PM  14   he does have the obligation to contact the driller.

1:33PM  15   Q.   I haven't used that term yet today, but let me just see if

1:33PM  16   you agree with this.  Do you agree that well control is a team

1:33PM  17   sport?

1:33PM  18   A.   Yeah, I don't think it's a sport, but it is a team

1:33PM  19   operation.

1:33PM  20   Q.   That's fair enough.  I'll rephrase it.

1:33PM  21        You agree that well control is a team operation?

1:33PM  22   A.   Yes.

1:33PM  23   Q.   And you need good communication between your drilling crew

1:33PM  24   and your mud logger?

1:33PM  25   A.   Yes.

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:33PM 1    Q.   As well as with your derrickman, who might be monitoring

1:33PM 2    the pits?

1:33PM 3    A.   With whoever is monitoring the pits, which might be the

1:33PM 4    derrickman.

1:33PM 5    Q.   All right.  I want to turn our attention now to the

1:33PM 6    evening of April the 20th, and I'm going to fast-forward in

1:33PM 7    time a little bit to the time of 2052, which you have discussed

1:34PM 8    here a little bit today.

1:34PM 9    A.   Yes.

1:34PM 10   Q.   And let me ask you, first of all, do you recall that

1:34PM 11   around 8:52, the pumps were slowed as the seawater was

1:34PM 12   displacing the mud?

1:34PM 13   A.   That's the time when the spacer comes to surface; is that

1:34PM 14   correct?

1:34PM 15   Q.   No, that's a little later.

1:34PM 16        Let me see if I can refresh you.

1:34PM 17        MR. BROCK:  Let's look at 7528.20.1.  7528.20.1.

1:34PM 18   BY MR. BROCK:

1:34PM 19   Q.   This is a pull-out from his report.

1:34PM 20   A.   Okay.  The pumps were slowed at 2052.

1:35PM 21   Q.   So if you see here, according to both BP and Transocean

1:35PM 22   calculations, the well began to flow as early at 2038,

1:35PM 23   Transocean, or at 2052, BP.

1:35PM 24        For the purpose of your opinion, that time doesn't

1:35PM 25   matter to you?

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:35PM   1   **A.**   That difference is not critical.

1:35PM   2   **Q.**   Correct.

1:35PM   3         But you say:  "Whatever the exact time, the pumps

1:35PM   4   were slowed at 2052."

1:35PM   5   **A.**   Correct.

1:35PM   6   **Q.**   Do you see that?

1:35PM   7         "Displacement continued as formation fluids began to

1:35PM   8   enter the wellbore."  Do you see that?

1:35PM   9   **A.**   Yes, I do.

1:35PM  10   **Q.**   So your opinion is that the well was flowing at 2052?

1:35PM  11   **A.**   The modeling done by both parties says that, and I have no

1:35PM  12   ability to dispute it or no desire to dispute it.

1:35PM  13   **Q.**   Okay.  Now, let's look at 7528.20.2.  Now we're moving to

1:36PM  14   this period of time of 2108 -- 2101 to 2108.  Are we on the

1:36PM  15   same page?

1:36PM  16   **A.**   Yes, I think so.

1:36PM  17   **Q.**   "Circulation continued at a further reduced rate."  Do you

1:36PM  18   see that?

1:36PM  19   **A.**   Yes.

1:36PM  20   **Q.**   Does that mean they slowed the pumps again?

1:36PM  21   **A.**   Yes.

1:36PM  22   **Q.**   "During all this time, the mud in the annulus, at

1:36PM  23   approximately 14 pounds per gallon, was being replaced with

1:36PM  24   8.6 pounds per gallon seawater.  If all other parameters were

1:36PM  25   constant, the drill pipe or standpipe pressure" -- and then you

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:36PM 1   cite exhibits -- "would be expected to go down."

1:36PM 2         Do you see that?

1:36PM 3   A.   Yes.

1:36PM 4   Q.   And would you describe for the Court, please, why you

1:36PM 5   would expect the drill pipe pressure to go down when you're in

1:36PM 6   this displacing period.

1:36PM 7   A.   At this point in time, you've already displaced -- down

1:36PM 8   the drill pipe is full of seawater.  You're pushing heavy mud

1:36PM 9   out of the well.  As you have less and less mud in the annulus,

1:37PM 10  there's less and less -- we call it "back pressure" -- you're

1:37PM 11  lifting less and less out of the well, I think is the best way

1:37PM 12  to put it.

1:37PM 13  Q.   And then you identify in your report that during a period

1:37PM 14  of time when you would expect the drill pipe pressure to be

1:37PM 15  going down because of what you're lifting out of the well,

1:37PM 16  actually the trend reverses?

1:37PM 17  A.   Correct.

1:37PM 18         MR. BROCK:  All right.  Let's see D-4319, please.

1:37PM 19  BY MR. BROCK:

1:37PM 20  Q.   Now, this is a demonstrative I've just created for

1:37PM 21  purposes of our discussion.  Okay?

1:37PM 22  A.   Okay.

1:37PM 23  Q.   And just to orient you to this, the area that I've marked

1:37PM 24  in yellow there is the period that we've just been talking

1:37PM 25  about, 2052 to 2108.  Do you see that?

RICHARD HEENAN - CROSS

1:37PM    1    A.    Okay.

1:37PM    2    Q.    And you might see here that I've put the bullet point you

1:37PM    3    and I have just talked about, flow starts at 2052.

1:37PM    4          Then over a period of time, 2101 to 2108, we see a

1:38PM    5    100 psi increase with the pumps at a constant rate.  Do you see

1:38PM    6    that?

1:38PM    7    A.    Yes.

1:38PM    8    Q.    That's what you referred to as "reversing trend"?

1:38PM    9    A.    Yes.  You can see earlier on, it's going down.

1:38PM   10    Q.    Correct.  Correct.

1:38PM   11          When you say you can see earlier that it's going

1:38PM   12    down, if you see where the arrow is, just as you enter the 2052

1:38PM   13    period, it's just level or maybe slightly descending?

1:38PM   14    A.    Yes.  And prior to that, at the higher rate, it's more

1:38PM   15    noticeable.

1:38PM   16    Q.    When you're pumping at a higher rate back in the period of

1:38PM   17    time, say, around 2015 to 2045, you see decreasing -- decreases

1:38PM   18    occurring there?

1:38PM   19    A.    Exactly.

1:38PM   20    Q.    All right.  Now, let's look at 7528.20.3.  And just a

1:39PM   21    couple of questions on this before I ask you about it.  I'll

1:39PM   22    give you a chance it read it, so you don't have to do two

1:39PM   23    things at once.

1:39PM   24          Do you want to read it first, and then I'll ask you a

1:39PM   25    question?

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

| | | |
|---|---|---|
| 1:39PM | 1 | **A.**   Just the highlighted section? |
| 1:39PM | 2 | **Q.**   That's fine. |
| 1:39PM | 3 | **A.**   (Witness reviews document.) |
| 1:39PM | 4 | Okay. |
| 1:39PM | 5 | **Q.**   Okay.  As you've testified to earlier today, there's no |
| 1:39PM | 6 | way for us to know, unfortunately, at this point in time |
| 1:39PM | 7 | precisely what the men in the drill shack were looking at in |
| 1:39PM | 8 | the hour or so before the unfortunate blowout; correct? |
| 1:39PM | 9 | **A.**   Correct, you can't tell exactly what they were watching. |
| 1:39PM | 10 | **Q.**   But you have been able to say, as an expert to the Court |
| 1:39PM | 11 | through your report and today, what they should have seen? |
| 1:40PM | 12 | **A.**   Correct. |
| 1:40PM | 13 | **Q.**   Now, you went back and looked at scales that were proposed |
| 1:40PM | 14 | by Transocean, and you also looked at the Sperry-Sun mud |
| 1:40PM | 15 | logging chart; correct? |
| 1:40PM | 16 | **A.**   Correct. |
| 1:40PM | 17 | **Q.**   And then if we look at this, it reflects precisely what |
| 1:40PM | 18 | I've just said:  "As stated by Transocean, scales selected |
| 1:40PM | 19 | determine how obvious the trend is, but the increasing trend is |
| 1:40PM | 20 | apparent on the full scale 0 to 7500 psi, HITEC display |
| 1:40PM | 21 | proposed by Transocean." |
| 1:40PM | 22 | Do you see that? |
| 1:40PM | 23 | **A.**   I see.  That. |
| 1:40PM | 24 | **Q.**   So what you're conveying there is even on the scale |
| 1:40PM | 25 | proposed by Transocean, you see this as evidence that would |

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:40PM   1   have been observed by a diligent crew?

1:40PM   2   **A.**   Yes, sir.

1:41PM   3   **Q.**   Now, you agree that the pressure increase from 2101 to

1:41PM   4   2108 was most likely due to an influx from the formation?

1:41PM   5   **A.**   Yes.

1:41PM   6   **Q.**   Let's look at 7528.21.2.

1:41PM   7        Is this the paragraph where you give your explanation

1:41PM   8   for how -- for what was happening during that period of time?

1:41PM   9   **A.**   Yes, I believe that's right.  Without fitting it all into

1:41PM  10  context, I believe that's correct.

1:41PM  11  **Q.**   Correct.

1:41PM  12       This is what you were describing as the indication of

1:41PM  13  a kick?

1:41PM  14  **A.**   Yes, the increase in pressure.

1:42PM  15  **Q.**   Yes.

1:42PM  16       And let's look at 7528.21.3, please.

1:42PM  17       And you note here, in fairness, that there are other

1:42PM  18  possible explanations for the pressure changes.  And I think

1:42PM  19  what you're saying is:  If you were sitting there at the time,

1:42PM  20  if you didn't have the benefit of retrospect, which we have

1:42PM  21  now, but if you're sitting in the chair at the time, there

1:42PM  22  might be other explanations for the changes.  A partial

1:42PM  23  plugging of a drill string during circulation might be one of

1:42PM  24  those things; right?

1:42PM  25  **A.**   Yes, there might be.

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:42PM  1    Q.    In retrospect, we know the well was flowing?

1:42PM  2    A.    Yes.

1:42PM  3    Q.    But you say:  "Whether these are correct, credible, or

1:42PM  4    likely is ultimately not really the question.  The anomalies

1:42PM  5    needed to be investigated."

1:42PM  6          Correct?

1:42PM  7    A.    Correct.

1:42PM  8    Q.    "The standard of care required investigation of this

1:42PM  9    anomaly at 2101 to 2108 by the Transocean drill crew."

1:43PM  10   A.    Yes.

1:43PM  11   Q.    "As well as by the Sperry-Sun mud logger."

1:43PM  12   A.    Whoever noticed them.

1:43PM  13   Q.    Well, you understand that the Sperry-Sun group was

1:43PM  14   actually monitoring the well at the same time?

1:43PM  15   A.    Whether they're watching at that moment, I don't know; but

1:43PM  16   they were on tour, as it were.

1:43PM  17   Q.    "And if on tour and watching, as they were required to be,

1:43PM  18   this is something that they should have noticed and reported."

1:43PM  19   A.    Yes.

1:43PM  20   Q.    And you make the note that:  "Tragically, the personnel

1:43PM  21   involved either did not notice the change that they should have

1:43PM  22   recognized or they didn't realize its significance."

1:43PM  23   A.    Yes.

1:43PM  24   Q.    An investigation at this point in time, in the period of

1:43PM  25   time 2101 to 2108, would have been -- one of the techniques

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:44PM 1   that could have been used would have been a flow check?

1:44PM 2   A.   Yes.

1:44PM 3   Q.   And as you've described earlier, that's something that can

1:44PM 4   be accomplished quickly?

1:44PM 5   A.   Yes.  You can do the initial quickly; and if it's obvious

1:44PM 6   it's flowing, it's obvious very quickly.  If it's subtler, it

1:44PM 7   takes longer.

1:44PM 8   Q.   So what you would have to do at 2101 to 2108 to do a flow

1:44PM 9   check, would be -- you would need to shut the pumps down?

1:44PM 10  A.   Correct.

1:44PM 11  Q.   And once you shut the pumps down, the well should be

1:44PM 12  static?

1:44PM 13  A.   Exactly.

1:44PM 14  Q.   And that happens quickly?

1:44PM 15  A.   Especially in cases like this.

1:44PM 16  Q.   And then you would ask someone to visually inspect for

1:44PM 17  flow by calling down to the pits, or the driller or assistant

1:44PM 18  driller could do it themselves?

1:44PM 19  A.   The proper -- you'd certainly call someone to look, and

1:44PM 20  exactly how the driller and assistant driller were configured

1:44PM 21  for telemetry and information is -- there's some debate about

1:45PM 22  that.

1:45PM 23  Q.   But in any event, your view would be that a flow check

1:45PM 24  should have been conducted at this point; and if it had been,

1:45PM 25  flow would have been recognized?

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:45PM  1    **A.**    Yes.

1:45PM  2    **Q.**    And this accident would have been avoided?

1:45PM  3    **A.**    Presumably.

1:45PM  4    **Q.**    Now, let's go to the next period of time, briefly.

1:45PM  5           During the period of time 2108 to 2114, there was an

1:45PM  6    operation on the rig that called for the pumps to be shut down?

1:45PM  7    **A.**    That's the time of the machine test, I believe?

1:45PM  8    **Q.**    Yes.

1:45PM  9    **A.**    Yes.

1:45PM  10   **Q.**    And the reason that you'd shut the pumps down is you

1:45PM  11   actually have to determine where the fluids are in terms of

1:45PM  12   what's coming back?

1:45PM  13   **A.**    Yes.  Specifically you want to confirm that the fluids

1:45PM  14   you're about to get back can be dumped overboard.

1:45PM  15   **Q.**    So if you've got the water-based materials that are coming

1:45PM  16   back, then it's appropriate, from an environmental standpoint,

1:45PM  17   to pump those overboard?

1:45PM  18   **A.**    Exactly.

1:46PM  19   **Q.**    Again, as we were saying a minute ago, when the pumps are

1:46PM  20   shut down, there should be no flow?

1:46PM  21   **A.**    Correct.

1:46PM  22   **Q.**    Because if you're not pumping down into the hole with

1:46PM  23   materials, nothing should be coming back; the well should be

1:46PM  24   static?

1:46PM  25   **A.**    Yes.

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:46PM 1    Q.   Unless there's a problem?

1:46PM 2    A.   Unless there's a problem.

1:46PM 3    Q.   Now, during this period of time with the pumps off, flow

1:46PM 4    continued, and you had a significant increase of drill pipe

1:46PM 5    pressure; correct?

1:46PM 6    A.   Correct.

1:46PM 7    Q.   Let's look at 7528.21.7.  I'm not going to go through the

1:46PM 8    whole note, just to make one point.

1:46PM 9         At 2108, the pumps were shut off to allow a sheen

1:47PM 10   test to be performed on the returning fluid prior to the

1:47PM 11   returns being pumped overboard.  2108 to 2114, the drill pipe

1:47PM 12   pressure increased from 1,017 to 1,263.  And then you make the

1:47PM 13   note:  "With the pumps off."

1:47PM 14        Correct?

1:47PM 15   A.   Correct.

1:47PM 16   Q.   And you call that a "disturbing trend"?

1:47PM 17   A.   Yes.

1:47PM 18   Q.   Why is that?

1:47PM 19   A.   Because they -- with the pumps shut off, the pressure

1:47PM 20   should be constant.  We talked earlier on, with it

1:47PM 21   circulating -- about trends -- sometimes they're clear and

1:47PM 22   sometimes they're not; but this one is absolutely clear.

1:47PM 23   Q.   And you say that:  "This disturbing trend is visible not

1:47PM 24   only on the BP reconstructed data" -- and you picked that up

1:47PM 25   out of the Bly report; correct?

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:47PM   1   **A.**   Correct.

1:47PM   2   **Q.**   -- "but also in the Transocean interpretation" -- it

1:47PM   3   appears in their report; correct?

1:47PM   4   **A.**   I'm sure that's the reference.

1:47PM   5   **Q.**   Yes.

1:47PM   6           And on the Sperry chart that you had access to?

1:48PM   7   **A.**   Yes.

1:48PM   8   **Q.**   And you say that:  "This was very significant and an

1:48PM   9   almost certain indicator of a kick."

1:48PM   10  **A.**   I couldn't imagine anything else it would be.

1:48PM   11  **Q.**   And from your perspective, this was an event that occurred

1:48PM   12  that demanded immediate investigation?

1:48PM   13  **A.**   Yes.

1:48PM   14  **Q.**   And an immediate investigation, just like earlier, would

1:48PM   15  have reflected that the well was flowing?

1:48PM   16  **A.**   Yes.

1:48PM   17  **Q.**   And this one is not even close, is it?

1:48PM   18  **A.**   Close?

1:48PM   19  **Q.**   In terms of the indication that you have from the data

1:48PM   20  that you have a kick?

1:48PM   21  **A.**   This is a very strong indicator of a kick; and the next

1:48PM   22  step, the flow check, would have been conclusive.

1:48PM   23  **Q.**   And there's still time to conduct that flow check and shut

1:48PM   24  in the well before there's any damage or injury to persons or

1:48PM   25  property?

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:48PM  1   **A.**   Yes.  I think the fluids are estimated to come above the

1:48PM  2   BOP about 2130, if I recall.

1:49PM  3   **Q.**   Correct.

1:49PM  4         So let me just show you briefly D-4320, please.

1:49PM  5         You see here I have in the yellow box:  "With the

1:49PM  6   pumps off, flow continued and drill pipe pressure increases by

1:49PM  7   over 250 psi."

1:49PM  8   **A.**   Yes.

1:49PM  9   **Q.**   Is that the anomaly that we have just been discussing?

1:49PM  10  **A.**   That is the one, yes.  Yes, I believe -- yeah, the pumps

1:49PM  11  are off, yeah.

1:49PM  12         **THE COURT:**  What time is that?  2108?

1:49PM  13         **MR. BROCK:**  2108 to 2114.

1:49PM  14         **THE COURT:**  Okay.

1:49PM  15         **MR. BROCK:**  The pumps go down at 2108 and then stay

1:49PM  16  down during that period of time.

1:49PM  17         **THE COURT:**  All right.

1:49PM  18  **BY MR. BROCK:**

1:49PM  19  **Q.**   Given the displacement that was taking place during that

1:50PM  20  period of time, again, is that a period during which you would

1:50PM  21  expect the drill pipe pressure to be decreasing?

1:50PM  22  **A.**   2108 to 2115?

1:50PM  23  **Q.**   Yes.

1:50PM  24  **A.**   No, the pressure should be constant because the pumps

1:50PM  25  aren't running.

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:50PM   1   Q.   Correct.  Thank you very much for that.  That's right.

1:50PM   2        So if the pumps are not on, you should have a level

1:50PM   3   pressure; correct?

1:50PM   4   A.   Constant pressure, yes.

1:50PM   5   Q.   Constant pressure.

1:50PM   6        And instead, you get an increase?

1:50PM   7   A.   Correct.

1:50PM   8   Q.   Now, let's turn to 2131 and I don't think we need to go

1:50PM   9   into a lot of detail with this one because it's been covered

1:50PM  10   today and I'm trying not to redo things.  So let me just --

1:50PM  11   let's just turn to my Demonstrative 4321.

1:50PM  12        If you see at the top here, I think we have

1:51PM  13   summarized the points that you have been discussing.  The pumps

1:51PM  14   are shut down to diagnose anomalous pressure readings.  With

1:51PM  15   the pumps off, the flow continues and the drill pipe pressure

1:51PM  16   increases by 550 psi.

1:51PM  17        What does that tell you?

1:51PM  18   A.   Pumps off, the pressure increases?

1:51PM  19   Q.   Yes.

1:51PM  20   A.   Is that your question?

1:51PM  21   Q.   With the pumps off.

1:51PM  22   A.   It would suggest that there's an influx into the well.

1:51PM  23   Q.   And then we have Caleb Holloway being told to bleed off

1:51PM  24   the pressure.  We've talked about that.

1:51PM  25        Will you confirm that bleeding off pressure when you

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:51PM    1    have an anomalous event like this is not a well control step?

1:51PM    2    A.    It's not well control action.

1:51PM    3    Q.    Did you look at the modeling of the influx of hydrocarbons

1:51PM    4    in terms of where gas was in the well and when it reached the

1:51PM    5    riser?  Was that one of the things that you did as part of your

1:52PM    6    look at this case?

1:52PM    7    A.    I didn't do any of the modeling myself.

1:52PM    8    Q.    What I'm asking you is:  Did you go back and look at the

1:52PM    9    work of Morten Emilsen and ADD Energy and the language that was

1:52PM   10    input into the Bly report?

1:52PM   11    A.    I looked at the summary, for want of a better word -- this

1:52PM   12    is the OLGA modeling; correct?

1:52PM   13    Q.    Yes.

1:52PM   14    A.    Okay.  So I looked in the body of the report, the

1:52PM   15    interpretations of flow described as -- from OLGA modeling.  I

1:52PM   16    didn't go into the stuff behind it.

1:52PM   17    Q.    The reason I'm asking, I'm just asking:  Can you confirm

1:52PM   18    that at 2131, from the time lines that you looked at, that

1:52PM   19    there was approximately 300 barrels of hydrocarbon influx by

1:52PM   20    that point in time?

1:52PM   21    A.    I don't remember the exact time or volume, but that's the

1:52PM   22    right order of magnitude and time scale.

1:52PM   23    Q.    At 2131, you have a massive kick underway, don't you?

1:52PM   24    A.    300 barrels is a pretty massive kick.

1:53PM   25    Q.    And it's still undetected?

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:53PM  1   A.   And it's getting worse.

1:53PM  2   Q.   And even though the pumps were shut down for ten minutes,

1:53PM  3   there was no indication that a flow check was done?

1:53PM  4   A.   No, not as far as I'm aware.

1:53PM  5   Q.   You agree that the responsibility for detecting these

1:53PM  6   anomalies that we've talked about is equally divided between

1:53PM  7   Sperry-Sun, the mud logger, and the Transocean drilling crew;

1:53PM  8   correct?

1:53PM  9   A.   I'd prefer not to say "divided."  I say either one is

1:53PM  10  responsible.  I don't think you can divide that responsibility.

1:53PM  11  Q.   All right.  You would say either one is responsible for

1:53PM  12  detecting this kick and taking appropriate action to get the

1:53PM  13  well shut in?

1:53PM  14  A.   Detecting the kick, appropriate action, of course, is

1:53PM  15  physically done by the drilling crew.

1:53PM  16  Q.   Sure.  For Sperry-Sun, it would be a call for

1:54PM  17  notification.  For Transocean, it would be to shut in the well

1:54PM  18  immediately?

1:54PM  19  A.   It would be to perform the flow check followed by a

1:54PM  20  shut-in.

1:54PM  21  Q.   And you've already discussed that, I won't go back into

1:54PM  22  it.  Thank you.

1:54PM  23       Do you agree that if the parameters available to the

1:54PM  24  rig crew and the mud loggers had been observed, interpreted

1:54PM  25  correctly, and acted upon, the events of April 20th would have

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:54PM   1   been avoided?

1:54PM   2   **A.**   Yes.

1:54PM   3   **Q.**   Now, you were asked some questions -- I'm turning to

1:54PM   4   another subject now.  Thank you for that.

1:54PM   5        You were asked some questions earlier about different

1:54PM   6   operations that were going on on the rig.  I want to just ask

1:54PM   7   you a couple of questions in terms of your knowledge base.

1:54PM   8        Are you aware that the Halliburton mud logger, Joseph

1:54PM   9   Keith, testified in deposition that there was nothing unusual

1:54PM  10   about the activities that took place on the afternoon and

1:54PM  11   evening of April 20th?

1:54PM  12   **A.**   I believe that's what he said.

1:55PM  13   **Q.**   Would it be correct on the afternoon and evening of

1:55PM  14   April 20th that both Transocean and Halliburton had the ability

1:55PM  15   to conduct a manual flow check at any time?

1:55PM  16   **A.**   Transocean would have had the ability to conduct that flow

1:55PM  17   check.  And you said Halliburton?

1:55PM  18   **Q.**   Yes.  I'm talking about through Sperry-Sun.

1:55PM  19   **A.**   Right.  Not on their own because they don't have the

1:55PM  20   ability to shut in the pumps.

1:55PM  21   **Q.**   Okay.  With the pumps shut down, with knowledge that the

1:55PM  22   pumps were shut down, would the Sperry-Sun mud logger know how

1:55PM  23   to conduct a flow check?

1:55PM  24   **A.**   Yes, he would know how.  Whether he would be able would

1:55PM  25   depend on the lineup.

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:55PM  1    Q.   Well, there are a couple ways to check for flow.  One is
1:55PM  2    to check a camera; another one is to go and look?
1:55PM  3    A.   Correct.  Those are the two ways.
1:55PM  4    Q.   So in terms of a visual flow check -- that is, This is
1:56PM  5    serious, I'm going to send someone to look to see if there is
1:56PM  6    flow at the different places where that can be detected -- the
1:56PM  7    Sperry-Sun mud logger could conduct a visual flow check?
1:56PM  8    A.   I don't think that's an accurate characterization.  I
1:56PM  9    don't think he would -- it would be appropriate for him to
1:56PM  10   leave his mud logging cabin and run down and look.
1:56PM  11   Q.   So in your view, he would be limited to what he could pick
1:56PM  12   up on his monitor?
1:56PM  13   A.   On his data, yes.
1:56PM  14   Q.   And there's just some dispute about whether he would have
1:56PM  15   access to both the Sperry-Sun information as well as the
1:56PM  16   Transocean HITEC information?
1:56PM  17   A.   Yes, I don't have an answer.  I looked and I couldn't find
1:56PM  18   a conclusive answer either way.
1:56PM  19   Q.   You were not aware of any testimony from any witness in
1:56PM  20   this case who says that they could not do their job because of
1:57PM  21   simultaneous operations that were taking place on the night of
1:57PM  22   April the 20th?
1:57PM  23   A.   I don't recall any testimony in that regard.
1:57PM  24   Q.   In fact, Joe Keith testified that there were no activities
1:57PM  25   that were going on on the rig that he felt like affected his

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:57PM 1   ability to consistently and accurately monitor the well;

1:57PM 2   correct?

1:57PM 3   A.   He did say that.  Yes, I was surprised.

1:57PM 4   Q.   And why is that?

1:57PM 5   A.   Because with the open circuit system I referred to, the

1:57PM 6   non-closed loop, I would think that would affect his ability.

1:57PM 7   Q.   But at least from his point of view, in terms of his

1:57PM 8   understanding of what was going on that evening -- he was

1:57PM 9   there; you, obviously, were not -- you understand that his

1:57PM 10  testimony is there was nothing that interfered with his ability

1:57PM 11  to consistently and accurately monitor the well?

1:57PM 12  A.   I understand he testified to that fact; and, no, I was not

1:58PM 13  there.

1:58PM 14  Q.   All right.  I want to talk just a little bit about

1:58PM 15  negative pressure tests in general.  Okay?

1:58PM 16       You're not aware of a law or a code provision in

1:58PM 17  Canada or the United States that required a negative pressure

1:58PM 18  test on April the 20th, 2010; correct?

1:58PM 19  A.   The law doesn't require one, per se, that I'm aware of,

1:58PM 20  but once it's been put into the program -- and the law's the

1:58PM 21  same in both jurisdictions, I believe.  Once it's in the

1:58PM 22  program, it is now implicitly required, if you will.

1:58PM 23  Q.   See if you can just focus on my question.  Thank you for

1:58PM 24  that.

1:58PM 25       There is no free-standing law or regulation that

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

1:58PM  1    requires the conduct of a negative test as part of a temporary

1:58PM  2    abandonment procedure; true?

1:59PM  3    A.    No, there's not.

1:59PM  4    Q.    You're not aware of any textbook that addressed negative

1:59PM  5    pressure tests that was in print prior to April 20th, 2010?

1:59PM  6    A.    I'm not aware of one, no.

1:59PM  7    Q.    You weren't aware of any published papers or peer-reviewed

1:59PM  8    articles from the drilling community concerning the proper way

1:59PM  9    to conduct a negative test prior to April 20th, 2010?

1:59PM  10   A.    I'm not aware of any.

1:59PM  11   Q.    Have you seen many times, in terms of instructions that

1:59PM  12   are given to drilling crews about negative tests, that the

1:59PM  13   instruction would be something as simple as, "Conduct a

1:59PM  14   negative test"?

1:59PM  15   A.    Occasionally I've seen instructions that look like that,

1:59PM  16   yes.

1:59PM  17   Q.    You're aware that there were no IADC guidances on how to

1:59PM  18   conduct a negative test prior to April 20th, 2010?

1:59PM  19   A.    That's my belief.

1:59PM  20   Q.    You know who SPE is?

1:59PM  21   A.    I do.

2:00PM  22   Q.    I'm asking because I can't remember.

2:00PM  23   A.    Society of Petroleum Engineers.

2:00PM  24   Q.    Right.   Thank you.

2:00PM  25         You're not aware of any guidance that they have on

RICHARD HEENAN - CROSS

2:00PM    1    how to conduct a negative test?

2:00PM    2    **A.**    I'm not aware of any.

2:00PM    3    **Q.**    Same for the Canadian Association of Petroleum Producers?

2:00PM    4    **A.**    Same thing.

2:00PM    5    **Q.**    You're a member of that group?

2:00PM    6    **A.**    I am.

2:00PM    7    **Q.**    They do not have a procedure for that?

2:00PM    8    **A.**    They do not.

2:00PM    9    **Q.**    When you teach your courses, you don't include a

2:00PM   10    presentation on how to conduct a negative test?

2:00PM   11    **A.**    I don't, but they're very basic courses, as we've covered.

2:00PM   12    **Q.**    You personally have not seen any written policy from

2:00PM   13    operators prior to April 20th with respect to how to conduct a

2:00PM   14    negative test?

2:00PM   15    **A.**    I don't believe I have.

2:00PM   16    **Q.**    You cannot identify an industry-accepted procedure for

2:00PM   17    conducting a negative test that was in existence prior to

2:00PM   18    April 20th, 2010?

2:00PM   19    **A.**    I cannot.

2:01PM   20    **Q.**    Now, you shared with us that negative tests that you have

2:01PM   21    been involved in commonly involve two steps.

2:01PM   22    **A.**    I'm missing what you're saying.

2:01PM   23    **Q.**    Yeah.  Let me rephrase the question.  That probably wasn't

2:01PM   24    a good one.

2:01PM   25            The negative tests that you have supervised or been

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

2:01PM  1   involved with in your operation consist of two steps, displace

2:01PM  2   the well with water and check for flow?

2:01PM  3   A.   I described that as a general test, I believe, process.

2:01PM  4   Q.   The negative pressure tests you have supervised or been

2:01PM  5   involved in in your operations consist of two steps, displace

2:01PM  6   the well with water, check for flow?

2:01PM  7   A.   Okay.  I guess I took that out of context.  I understand

2:01PM  8   what you're saying.

2:01PM  9           Yes.

2:01PM  10  Q.   That's true, isn't it?

2:01PM  11  A.   Yes.

2:01PM  12  Q.   You did some work with MGM Energy?

2:01PM  13  A.   Yes.

2:01PM  14  Q.   What was your role there?

2:02PM  15  A.   I'm their drilling manager.

2:02PM  16  Q.   Is that still true today?

2:02PM  17  A.   Yes.

2:02PM  18  Q.   The drilling that you're doing just south of the Circle,

2:02PM  19  is that who you're working with?

2:02PM  20  A.   That's also for MGM.

2:02PM  21  Q.   When we took your deposition, other than the two-step

2:02PM  22  negative test that we've just described, that's all you had?

2:02PM  23  A.   You mean is that all that we --

2:02PM  24  Q.   For the negative test?

2:02PM  25  A.   That's all that we -- that's the process, yes.

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

2:02PM 1   **Q.**   You've done some work for Paramount also, haven't you?

2:02PM 2   **A.**   Yes.

2:02PM 3   **Q.**   What are they?  What do they do?

2:02PM 4   **A.**   They're also an oil company.

2:02PM 5   **Q.**   And you don't think they have a written negative pressure

2:02PM 6   test procedure?

2:02PM 7   **A.**   I don't believe they do, but I should clarify that the

2:02PM 8   process that we use is a little different.

2:02PM 9   **Q.**   I'm sorry.  Say that again.

2:02PM 10   **A.**   The process -- the cementing process is somewhat different

2:02PM 11   than they're doing, so it's not 100 percent applicable.

2:02PM 12   **Q.**   I'm just asking about your experience with negative tests.

2:02PM 13   Have I accurately described it?

2:02PM 14   **A.**   Yes.

2:02PM 15   **Q.**   Now, you agree that a drilling engineer can design an

2:03PM 16   appropriate negative test without a written policy or guidance?

2:03PM 17   **A.**   Yes, I believe you could.

2:03PM 18        **MR. BROCK:**  Just one second.  I apologize.

2:03PM 19   BY MR. BROCK:

2:03PM 20   **Q.**   Shifting gears just for a second to the temporary

2:03PM 21   abandonment procedures that were in place in that period of

2:04PM 22   time, April 12th to 16th.

2:04PM 23        Do you remember there was a chart put up that laid

2:04PM 24   out the provisions of your reports --

2:04PM 25   **A.**   The various different programs, yes.

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

| | | |
|---|---|---|
| 2:04PM | 1 | **Q.**   Yes.  Yes. |
| 2:04PM | 2 | **A.**   Yes. |
| 2:04PM | 3 | **Q.**   It's true, is it not, that some of the documents that you |
| 2:04PM | 4 | were shown were the back-and-forths that were taking place |
| 2:04PM | 5 | between BP engineers onshore and the BP well site leaders on |
| 2:04PM | 6 | the rig; correct? |
| 2:04PM | 7 | **A.**   I believe that's correct, yes. |
| 2:04PM | 8 | **Q.**   And that's a good way to go about formulating a final |
| 2:04PM | 9 | procedure, isn't it? |
| 2:04PM | 10 | **A.**   It's a good way to seek additional input. |
| 2:04PM | 11 | **Q.**   Because at the BP office onshore, there's an engineering |
| 2:04PM | 12 | capability that's not present on the rig; correct? |
| 2:04PM | 13 | **A.**   Correct. |
| 2:04PM | 14 | **Q.**   And on the rig, there's an awareness and knowledge of |
| 2:04PM | 15 | operations and what equipment is available on the rig that also |
| 2:04PM | 16 | should be input to the final temporary abandonment procedure? |
| 2:04PM | 17 | **A.**   That seems true, yes. |
| 2:05PM | 18 | **Q.**   Yeah.  So coordination and the back-and-forth is a good |
| 2:05PM | 19 | thing? |
| 2:05PM | 20 | **A.**   Coordination is a good thing, yes. |
| 2:05PM | 21 | **Q.**   It's not sinister that there was back-and-forth and drafts |
| 2:05PM | 22 | going on in terms of what the temporary abandonment plan would |
| 2:05PM | 23 | be? |
| 2:05PM | 24 | **A.**   I would not characterize it as sinister, no. |
| 2:05PM | 25 | **Q.**   You're not aware of any Transocean *Deepwater Horizon* |

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

| | | |
|---|---|---|
| 2:05PM | 1 | personnel who claimed after the accident that they didn't |
| 2:05PM | 2 | understand how to conduct a negative test, do you? |
| 2:05PM | 3 | A.   I haven't heard that. |
| 2:05PM | 4 | Q.   You haven't read any notes where anyone has said, We |
| 2:05PM | 5 | didn't know what was going on, we didn't know how to conduct |
| 2:05PM | 6 | the test? |
| 2:05PM | 7 | A.   I didn't see anything like that, no. |
| 2:05PM | 8 | Q.   You have expressed that you believe that Transocean |
| 2:06PM | 9 | breached the standard of care grossly -- strike that. |
| 2:06PM | 10 | You said that Transocean breached the standard of |
| 2:06PM | 11 | care in terms of the interpretation of the negative test on the |
| 2:06PM | 12 | evening of the 20th? |
| 2:06PM | 13 | A.   I believe I said Transocean and BP. |
| 2:06PM | 14 | Q.   Yes. |
| 2:06PM | 15 | Others have focused on BP; I'm going to focus on |
| 2:06PM | 16 | Transocean. |
| 2:06PM | 17 | A.   Okay.  Fair enough. |
| 2:06PM | 18 | Q.   For Transocean, you would expect that the men who were |
| 2:06PM | 19 | there interacting with BP about the interpretation of the test |
| 2:06PM | 20 | would understand the significance of the drill pipe pressure |
| 2:06PM | 21 | that was being seen while the test was being conducted on the |
| 2:06PM | 22 | kill line? |
| 2:06PM | 23 | A.   Yes, I would expect that. |
| 2:06PM | 24 | Q.   Now, I want to focus on the negative pressure test that |
| 2:06PM | 25 | was utilized at the Macondo well. |

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

2:07PM   1            MR. BROCK:  If we could bring up Exhibit 97.1.1,
2:07PM   2   please.
2:07PM   3   BY MR. BROCK:
2:07PM   4   Q.   Do you see that this is the April 20th Brian Morel note to
2:07PM   5   Don Vidrine, Bob Kaluza, Lee Lambert, and others?
2:07PM   6   A.   Yes.
2:07PM   7   Q.   And you have looked at this ops note for the final
2:07PM   8   negative pressure test procedure that was utilized at the
2:07PM   9   Macondo well; correct?
2:07PM  10   A.   I think this is the final one.
2:07PM  11   Q.   Yes.
2:07PM  12   A.   Yes.
2:07PM  13   Q.   And you agree that this ops note reflects good oil field
2:07PM  14   practice?
2:07PM  15   A.   As written, yes.
2:07PM  16   Q.   You would agree that this negative pressure test, as
2:07PM  17   written here, would reflect good practice?
2:08PM  18   A.   Yes.  It would be better if it had specified the negative
2:08PM  19   tests in more detail.
2:08PM  20   Q.   Okay.  Let me ask you -- let's just look at your
2:08PM  21   deposition here, if we could.
2:08PM  22            If we go to 233, lines 2 through 14, please.
2:08PM  23            And do you see here, my colleague, Mr. Regan is
2:08PM  24   asking you:
2:08PM  25            "QUESTION:  Is it your opinion that what's set forth

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

2:08PM  1    in this April 20th, 2010 e-mail does not represent good oil

2:08PM  2    field practice, as you have defined that term?"

2:08PM  3           And was your answer:

2:08PM  4           "As written, I don't think it fails to meet -- I

2:08PM  5    would consider it good oilfield practice.  It isn't perfect.

2:08PM  6    There are possible improvements in the program.  It would

2:08PM  7    probably be considered good practice."

2:09PM  8           Correct?

2:09PM  9    A.   Correct.

2:09PM  10   Q.   So if you look at this procedure, all of the steps that

2:09PM  11   are in it, that procedure is within the standard of care for

2:09PM  12   operators engaged in deepwater drilling?

2:09PM  13   A.   Yes.  As I said, it's probably within that standard; but

2:09PM  14   it could be better.

2:09PM  15   Q.   Let me ask a really straight question, and let's see if

2:09PM  16   you agree with this.  BP met the standard of care for an

2:09PM  17   operator in the way that the negative pressure test is written?

2:09PM  18   A.   Yes.

2:09PM  19   Q.   Now, the goal of the negative pressure test is to simulate

2:09PM  20   the hydrostatic condition that the well would experience once

2:09PM  21   temporarily abandoned; right?

2:09PM  22   A.   Yes.

2:09PM  23   Q.   So in doing that, you have to take into account what is

2:10PM  24   the depth of the cement plug going to be?

2:10PM  25   A.   Yes.

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

2:10PM  1   Q.   That's a factor in simulating what the well is going to be
2:10PM  2   like when you temporarily abandon it?
2:10PM  3   A.   What you're really simulating is what the height of the
2:10PM  4   column of seawater would be in the worst case.
2:10PM  5   Q.   Right.
2:10PM  6   A.   Which is related to it.
2:10PM  7   Q.   Because the other technique that's utilized, as you've
2:10PM  8   described, is you shut in the annulars, you remove the
2:10PM  9   hydrostatic head during the conduct of the test, you have
2:10PM 10   seawater from the BOP down to, in this case, 8300 feet or so.
2:10PM 11   And so you're simulating now what the condition is going to be
2:10PM 12   once you complete the abandonment procedures on the BOP and
2:10PM 13   leave?
2:10PM 14   A.   You're actually simulating the worst case just before you
2:10PM 15   set the cement plug in.
2:10PM 16   Q.   But as you've described, it's a controlled test because
2:10PM 17   you still have the weight of the mud and spacer in the -- in
2:11PM 18   the BOP.  And if you detect an issue, all you have to do is
2:11PM 19   open the BOP and you return your well to an overbalanced
2:11PM 20   situation?
2:11PM 21   A.   Yes, that's one option and there are others as well.
2:11PM 22   Q.   Sure.
2:11PM 23        Now, for this test, the test that was conducted, you
2:11PM 24   have seen that consistently the well was telling the men on the
2:11PM 25   rig that there was a problem on the drill pipe, pressure was

RICHARD HEENAN - CROSS

2:11PM  1    consistent for a long period of time in the 12- to 1400-psi

2:11PM  2    range?

2:11PM  3    A.   Yes, there was a problem.

2:11PM  4    Q.   So do you agree that the test, as it was set up -- that

2:11PM  5    is, as it was designed, as it was written and as it was

2:11PM  6    performed -- answered the test -- it answered the question,

2:12PM  7    there's communication with the well?

2:12PM  8    A.   Yes, that test determined what it was supposed to

2:12PM  9    determine, the test itself.

2:12PM 10    Q.   The issue was with the interpretation of the test?

2:12PM 11    A.   Yes, exactly.

2:12PM 12    Q.   Now, you understand from your review of the materials that

2:12PM 13    there was a lot of discussion about the meaning of the drill

2:12PM 14    pipe pressure over a long period of time by lots of people on

2:12PM 15    the rig?

2:12PM 16    A.   I don't know exactly if I'd call it lots; but yes, there

2:12PM 17    was a long -- there have been discussions, as I understand it.

2:12PM 18    Q.   And you understand that it was folks from Transocean who

2:12PM 19    were advancing the idea that the explanation was related to

2:12PM 20    annular compression or a bladder effect?

2:12PM 21         MR. DOYEN:  Your Honor, I object to that

2:12PM 22    characterization of the evidence.  No foundation for this

2:13PM 23    witness.

2:13PM 24         THE COURT:  Overrule the objection.

2:13PM 25         Can you answer that?

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

2:13PM   1          THE WITNESS:  The question again.

2:13PM   2   BY MR. BROCK:

2:13PM   3   Q.   Is it your understanding that in the course of

2:13PM   4   conversations that took place about the negative test, that it

2:13PM   5   was representatives of Transocean who were advancing the idea

2:13PM   6   that the explanation for the pressure was something called the

2:13PM   7   "bladder effect" or "annular compression"?

2:13PM   8   A.   There's certainly information to that effect.  I can't

2:13PM   9   pass judgment on whether it's correct or not.

2:13PM  10   Q.   Have you looked at the deposition of Lee Lambert?

2:13PM  11   A.   Yes, I have.

2:13PM  12   Q.   And have you seen that he testified that he was present

2:13PM  13   and heard the Transocean representatives explaining the

2:13PM  14   pressure as annular compression or the bladder effect?

2:13PM  15          MR. DOYEN:  Your Honor, I object again to the

2:13PM  16   mischaracterization.  If he wants, put up the testimony.

2:13PM  17          MR. BROCK:  I'm asking for his understanding.

2:13PM  18          THE COURT:  Can you answer that?

2:13PM  19          THE WITNESS:  Yes, I understand he said something to

2:13PM  20   that effect.

2:14PM  21   BY MR. BROCK:

2:14PM  22   Q.   Do you agree that Don Vidrine believed that the negative

2:14PM  23   pressure test was successfully completed and that there were no

2:14PM  24   issues with the well on the evening of the 20th?

2:14PM  25   A.   Yes, I believe he believed that.  I don't think he would

OFFICIAL TRANSCRIPT

RICHARD HEENAN - CROSS

2:14PM    1    have proceeded as he did if he hadn't believe that.

2:14PM    2    Q.    Consistent with that, you don't believe that Don Vidrine

2:14PM    3    would have put his own life at risk, or the lives of the people

2:14PM    4    that he was out there working with on that rig, if he believed

2:14PM    5    that there was a problem with the negative test?

2:14PM    6    A.    I don't believe he would have intentionally put his life

2:14PM    7    or anyone else's in danger.

2:14PM    8    Q.    And likewise, do you believe that the men of Transocean,

2:15PM    9    who also thought that the test passed and who believed that

2:15PM   10    there was an explanation for that -- do you believe that to

2:15PM   11    their way of thinking, the test was a good test?

2:15PM   12    A.    I believe that's what they thought.

2:15PM   13    Q.    They would not have put their own lives at risk or the

2:15PM   14    lives of their friends and other folks that they work with?

2:15PM   15    A.    I wouldn't think they would, no.

2:16PM   16    Q.    Just to summarize, we have identified here today, as well

2:16PM   17    as in your report, numerous time periods where there were

2:16PM   18    anomalies that should have been observed; correct?

2:16PM   19    A.    Correct.

2:16PM   20    Q.    And the anomalies that should have been observed in the

2:16PM   21    period of time 9:01 to 9:38 were not related to the negative

2:16PM   22    pressure test; they were independent items?

2:16PM   23    A.    If we're speaking of the anomalies in terms of pressure

2:16PM   24    increasing, pump shut off, those were not related; the other

2:16PM   25    anomalies, of course, were.

RICHARD HEENAN - CROSS

2:16PM   1   Q.   When I say "related," the anomalies that were detected

2:16PM   2   should have been -- strike that.

2:16PM   3        The anomalies that should have been detected from

2:17PM   4   9:01, let's say, up to 9:31 or 9:38 are separate and distinct

2:17PM   5   events from the interpretation of the negative test?

2:17PM   6   A.   They are separate events, but they obviously were caused

2:17PM   7   by the faulty interpretation of the negative test.

2:17PM   8   Q.   In this case a failed negative test does not equate to a

2:17PM   9   blowout?

2:17PM   10   A.   Not if that's the only thing that happens.

2:17PM   11   Q.   Because you still have the opportunities that we've talked

2:17PM   12   about for well control that were available to detect an

2:17PM   13   anomaly, conduct a flow check, and get the well shut in before

2:17PM   14   we have a blowout?

2:17PM   15   A.   Yes.  Those options were available at a certain time.

2:17PM   16        MR. BROCK:  That's all I have.  Thank you very much.

2:17PM   17        THE COURT:  All right.  Cameron?

2:17PM   18        MR. BECK:  Your Honor, Cameron has no questions of

2:18PM   19   this witness.

2:18PM   20        THE COURT:  M-I SWACO?

2:18PM   21        MR. TANNER:  We have no questions.

2:18PM   22        THE COURT:  Any redirect, Mr. Underhill?

2:18PM   23        MR. UNDERHILL:  No, Your Honor.

2:18PM   24        THE COURT:  All right.  You're finished, sir.  Thank

2:18PM   25   you, sir.

RICHARD HEENAN - CROSS

2:18PM      1              **THE WITNESS:**  Thank you.

2:18PM      2              **THE COURT:**  All right.  Who's the next witness?  It

2:18PM      3    will be another expert?

2:18PM      4              **MR. UNDERHILL:**  Yes, sir.  Mr. Glen Benge.

2:18PM      5              **THE COURT:**  Why don't we take about a 10- to

2:18PM      6    15-minute recess.

2:18PM      7              **THE DEPUTY CLERK:**  All rise.

2:28PM      8              (WHEREUPON, the Court took a recess.)

2:33PM      9              **THE DEPUTY CLERK:**  All rise.

2:33PM     10              **THE COURT:**  Please be seated, everyone.

2:33PM     11              (WHEREUPON, **GLEN BENGE**, having been duly sworn,

2:33PM     12    testified as follows.)

2:33PM     13              **THE DEPUTY CLERK:**  Please state your full name and

2:33PM     14    correct spelling for the record.

2:33PM     15              **THE WITNESS:**  My name is Glen Benge, G-L-E-N,

2:33PM     16    B-E-N-G-E.

2:33PM     17              **MR. REGAN:**  Your Honor, Matt Regan on behalf of BP.

2:33PM     18    Just a note for the record that we do have a pending motion.

2:33PM     19    And as we've talked about, I believe, on Monday, we assume

2:33PM     20    you'll take it up with the testimony as a whole.

2:33PM     21              **THE COURT:**  Yes, I will.

2:34PM     22              **MR. REGAN:**  Thank you, Your Honor.

2:34PM     23              **MR. CERNICH:**  May it please the Court, Scott Cernich

2:34PM     24    on behalf of the United States of America.

2:34PM     25                   The United States calls Glen Benge.  In

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 2:34PM | 1 | addition, the United States would like to offer into evidence |
| 2:34PM | 2 | the expert report of Mr. Benge, which is Exhibit 5990. |
| 2:34PM | 3 | Mr. Benge's CV is included with the report, along with a list |
| 2:34PM | 4 | of the materials he considered in forming his opinions. |
| 2:34PM | 5 | **THE COURT:**  All right.  Subject to the pending |
| 2:34PM | 6 | objections, those will be admitted. |
| 2:34PM | 7 | **MR. CERNICH:**  Thank you, Your Honor. |
| 2:34PM | 8 | **DIRECT EXAMINATION** |
| 2:34PM | 9 | BY MR. CERNICH: |
| 2:34PM | 10 | Q.  Mr. Benge, I'd like to start with a discussion of your |
| 2:34PM | 11 | cementing experience.  Would you please describe your |
| 2:34PM | 12 | experience for the Court. |
| 2:34PM | 13 | A.  Yes, sir.  I've spent my entire career in oil field |
| 2:34PM | 14 | cementing.  I've got about 36 years.  I've worked rigs on land, |
| 2:34PM | 15 | offshore, shallow water, deepwater; worked on every aspect of |
| 2:35PM | 16 | cementing from design, execution, to evaluation. |
| 2:35PM | 17 | I've been involved with foam cementing, as it's |
| 2:35PM | 18 | pertinent here, since its inception.  I performed the first |
| 2:35PM | 19 | foam cement job offshore in Mobile Bay.  We wrote a paper on |
| 2:35PM | 20 | that back in '95. |
| 2:35PM | 21 | Q.  This is Exhibit 31003. |
| 2:35PM | 22 | A.  And in that particular case, I designed, executed, and |
| 2:35PM | 23 | performed all of the functions for that particular well. |
| 2:35PM | 24 | Q.  Do you consider yourself to be one of the top oil field |
| 2:35PM | 25 | cementing experts in the world? |

GLEN BENGE - DIRECT

2:35PM  1   **A.**   Yes, sir, I do.

2:35PM  2   **Q.**   Mr. Benge, if you could give the Court some background on

2:35PM  3   your employment history.

2:35PM  4   **A.**   Yes, sir.  I actually -- starting at the bottom, I was

2:35PM  5   with a company called Dowell, a division of Dow Chemical

2:35PM  6   that -- ultimately it's been merged and is part of

2:35PM  7   Schlumberger.

2:35PM  8            Moved to Mobil Oil fluids team here in New Orleans.

2:36PM  9   From there went to Mobil Oil in Dallas as a global cementing

2:36PM  10  adviser and, with the merger of Exxon and Mobil in 2000, moved

2:36PM  11  to Houston and was the global cementing adviser for -- or the

2:36PM  12  senior technical adviser and global cementing adviser for

2:36PM  13  ExxonMobil in their drilling operations.  And then in the last

2:36PM  14  two years, I served as the drilling training manager for the

2:36PM  15  global drilling organization for ExxonMobil.

2:36PM  16  **Q.**   Would you please describe your job as the ExxonMobil

2:36PM  17  senior technical adviser for cementing.

2:36PM  18  **A.**   As that senior technical adviser, you're the adviser to

2:36PM  19  senior management for the business of cementing.  That includes

2:36PM  20  how you're applying technology on a global basis.  You're

2:36PM  21  setting standards for internally.

2:36PM  22           I also served as an adviser to service companies to

2:36PM  23  help direct research.  But it's the senior-most technical

2:37PM  24  position for cementing.  You are the technical resource for the

2:37PM  25  drilling organization.

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 2:37PM | 1 | **Q.**   Did you establish best practices for the drilling |
| 2:37PM | 2 | organization? |
| 2:37PM | 3 | **A.**   Yes, sir, I did. |
| 2:37PM | 4 | **Q.**   And did you consult with well teams on cement jobs? |
| 2:37PM | 5 | **A.**   Yes, sir. |
| 2:37PM | 6 | **Q.**   Can you describe your position as the drilling training |
| 2:37PM | 7 | manager? |
| 2:37PM | 8 | **A.**   Yes.  For the last two years I transitioned into a |
| 2:37PM | 9 | technical role of drilling training manager, where we would |
| 2:37PM | 10 | look at the skill sets required for a drilling engineer coming |
| 2:37PM | 11 | out of school, what those skill sets needed to be to make them |
| 2:37PM | 12 | a productive employee.  You would look at the training, the |
| 2:37PM | 13 | courses, the requirements that they would need to be able to do |
| 2:37PM | 14 | that.  We'd also look throughout -- and that was not just the |
| 2:37PM | 15 | drilling engineers but also operations personnel. |
| 2:37PM | 16 | **Q.**   Did you train drilling engineers in oil field cementing? |
| 2:37PM | 17 | **A.**   Yes, sir. |
| 2:37PM | 18 | **Q.**   And why? |
| 2:37PM | 19 | **A.**   Well, that's a critical skill set that we felt that all |
| 2:38PM | 20 | the drilling engineers would need. |
| 2:38PM | 21 | **Q.**   How did you train them? |
| 2:38PM | 22 | **A.**   We would do both in-house schools as well as external |
| 2:38PM | 23 | schools.  I've sent, as training, my drilling engineers to the |
| 2:38PM | 24 | DTA.  It's Drilling Training Alliance.  It's a school that's a |
| 2:38PM | 25 | combination of -- Chevron and BP has that class, and they put |

GLEN BENGE - DIRECT

2:38PM   1   on a one-week school.  I noticed Mr. Morel attended that class.
2:38PM   2   Q.   Did you have any opportunity to assess those drilling
2:38PM   3   engineers' knowledge in cementing?
2:38PM   4   A.   Yes, I did.
2:38PM   5   Q.   And how did you do that?
2:38PM   6   A.   We would assess competency in cementing through testing
2:38PM   7   during the classes, through looking at their work products,
2:38PM   8   through any number of -- any number of things of looking at
2:38PM   9   programs, how they were -- how they were interacting.
2:38PM  10   Q.   Did you also have the opportunity to assess drilling
2:38PM  11   engineers' cementing knowledge when you consulted with them on
2:38PM  12   individual wells?
2:38PM  13   A.   Most certainly, yes, sir.
2:39PM  14   Q.   And how did you do that?
2:39PM  15   A.   You would look at their degree of knowledge associated
2:39PM  16   with cement, how they would approach the problem.  And if you
2:39PM  17   found -- if we found that -- from the questions they asked,
2:39PM  18   from their involvement with it.  And if we found that to be
2:39PM  19   appropriate, that was fine; if not, we'd give them additional
2:39PM  20   training.
2:39PM  21   Q.   Is cementing a skill set you expected drilling engineers
2:39PM  22   to have?
2:39PM  23   A.   Yes, sir.
2:39PM  24   Q.   Mr. Benge, if we could briefly discuss your professional
2:39PM  25   organizations that you've been involved with over the years.

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

2:39PM  1   **A.**   Yes, sir.  I was the -- the AADE or American Association

2:39PM  2   of Drilling Engineers actually started here in New Orleans.  I

2:39PM  3   served on its board of directors for several years and was the

2:39PM  4   president of that organization for one year.

2:39PM  5   **Q.**   But you're not a drilling engineer?

2:39PM  6   **A.**   I've not held the title of drilling engineer; but we do a

2:39PM  7   lot of drilling engineering, even being a cementer.

2:39PM  8   **Q.**   And then the American Petroleum Institute, can you

2:39PM  9   describe your involvement with that.

2:40PM  10  **A.**   Yes.  I've been a member of API for over 30 years.  It was

2:40PM  11  at one time Committee 10, now it's Subcommittee 10 on oil well

2:40PM  12  cements.  I've been a member of that since 1980.  That's the --

2:40PM  13  I don't want to say "ruling body," but that's the group that

2:40PM  14  sets the industry protocols of standards for testing, for

2:40PM  15  cement evaluation, everything -- all of the API standards

2:40PM  16  funnel through that organization.

2:40PM  17          I chaired that organization for three years, from

2:40PM  18  2002 to 2005.  And I also have served on a number of work

2:40PM  19  groups, task groups on everything from centralizers.  I chaired

2:40PM  20  the task group on foam cement.  And work, actually, that came

2:40PM  21  out of that group was the current document on foam cementing

2:40PM  22  for API.

2:40PM  23  **Q.**   Were you also a member -- or are you also a member of the

2:40PM  24  Society of Petroleum Engineers?

2:40PM  25  **A.**   Yes, sir.  I've been a member of SPE for as long -- since

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

2:41PM   1    '97.  I have served as program and session chairs for a number

2:41PM   2    of conferences.

2:41PM   3            I'm also a technical editor.  So when we talk about

2:41PM   4    peer-reviewed journals, I'm one of those guys that peer-reviews

2:41PM   5    those papers for publication.  And fortunately, I've received a

2:41PM   6    couple of Outstanding Technical Editor awards for that work.

2:41PM   7    Q.   And just to cover the various aspects of oil field

2:41PM   8    cementing, are you an expert in planning and designing cement

2:41PM   9    jobs?

2:41PM   10   A.   Yes, sir.

2:41PM   11   Q.   Approximately how many cement jobs have you designed?

2:41PM   12   A.   Designed from start to finish and everything in between,

2:41PM   13   well over 100.

2:41PM   14   Q.   And you consulted on the design of other jobs?

2:41PM   15   A.   Yes, sir.

2:41PM   16   Q.   On how many, would you say?

2:41PM   17   A.   Well over 1,000.  That was a core part of my job.

2:41PM   18   Q.   Are you an expert in designing cement slurries?

2:41PM   19   A.   Yes, sir.

2:41PM   20   Q.   Including foam cement slurries?

2:41PM   21   A.   Yes, sir.

2:41PM   22   Q.   Approximately how many cement slurries have you designed?

2:42PM   23   A.   Hundreds.  More than 100, less than 10,000.  It's been a

2:42PM   24   lot.

2:42PM   25   Q.   Of foam slurries?

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 2:42PM | 1 | **A.**   Well over 100. |
| 2:42PM | 2 | **Q.**   Have you assisted or consulted on the design of additional |
| 2:42PM | 3 | slurries? |
| 2:42PM | 4 | **A.**   Yes, sir, I have. |
| 2:42PM | 5 | **Q.**   And that would be many more? |
| 2:42PM | 6 | **A.**   Every time you consult on a well, there's at least two |
| 2:42PM | 7 | cement slurries for every cement job and there's several cement |
| 2:42PM | 8 | jobs on every well. |
| 2:42PM | 9 | **Q.**   And did you generally review the slurry designs when you |
| 2:42PM | 10 | consulted on a well? |
| 2:42PM | 11 | **A.**   Yes, sir. |
| 2:42PM | 12 | **Q.**   Are you an expert in laboratory testing of oilfield |
| 2:42PM | 13 | cement? |
| 2:42PM | 14 | **A.**   Yes, sir. |
| 2:42PM | 15 | **Q.**   And you ran the cement lab when you worked for |
| 2:42PM | 16 | Schlumberger? |
| 2:42PM | 17 | **A.**   Well, actually, when I was here in New Orleans, the |
| 2:42PM | 18 | laboratory reported to me.  So I had the lab manager and a full |
| 2:42PM | 19 | set of technicians that reported to me. |
| 2:42PM | 20 | **Q.**   Are you an expert in field equipment and field operations |
| 2:42PM | 21 | for cementing? |
| 2:42PM | 22 | **A.**   Yes, sir.  Now, I don't want to say I can go out and run |
| 2:42PM | 23 | the trucks; but I know what they're supposed to do. |
| 2:43PM | 24 | **Q.**   You've been on rigs? |
| 2:43PM | 25 | **A.**   Yes, sir, all over the world. |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 2:43PM | 1 | **Q.**   Onshore and offshore? |
| 2:43PM | 2 | **A.**   Onshore, offshore, shallow water, deepwater, pretty much |
| 2:43PM | 3 | the whole gamut. |
| 2:43PM | 4 | **Q.**   Approximately how many cement jobs have you actually |
| 2:43PM | 5 | attended in person on the rig? |
| 2:43PM | 6 | **A.**   Well over 100. |
| 2:43PM | 7 | **Q.**   Are you an expert in cement evaluation? |
| 2:43PM | 8 | **A.**   Yes, sir. |
| 2:43PM | 9 | **Q.**   Can you describe cement evaluation for the Court? |
| 2:43PM | 10 | **A.**   Cement evaluation takes a lot of different things.  It can |
| 2:43PM | 11 | be pressure evaluation; you can do temperature logs; you can do |
| 2:43PM | 12 | electronic logs where -- the CBLs.  There's any number of those |
| 2:43PM | 13 | different types.  So depending on what the objectives are, your |
| 2:43PM | 14 | evaluation criteria will change; but on all of those different |
| 2:43PM | 15 | types, I know how to do those. |
| 2:43PM | 16 | **Q.**   And that would include cement bond logs? |
| 2:43PM | 17 | **A.**   That would include cement bond logs in all their forms. |
| 2:43PM | 18 | **MR. CERNICH:**  Your Honor, I would like to proffer |
| 2:43PM | 19 | Mr. Benge as an expert in oil field cementing. |
| 2:44PM | 20 | **THE COURT:**  Other than the *Daubert* pending motion, |
| 2:44PM | 21 | any other questions at this time? |
| 2:44PM | 22 | **MR. REGAN:**  Not at this time, Your Honor. |
| 2:44PM | 23 | **THE COURT:**  Again, subject to that, I accept him and |
| 2:44PM | 24 | will allow him to testify in that field. |
| 2:44PM | 25 | **MR. CERNICH:**  Thank you. |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 2:44PM | 1 | **BY MR. CERNICH:** |
| 2:44PM | 2 | **Q.**   Mr. Benge, I'd like to talk a little bit about your |
| 2:44PM | 3 | background on the Macondo well specifically. |
| 2:44PM | 4 | Did you have any involvement in the Macondo well |
| 2:44PM | 5 | before you began your expert work for the United States in this |
| 2:44PM | 6 | case? |
| 2:44PM | 7 | **A.**   Yes, sir, I did. |
| 2:44PM | 8 | **Q.**   Can you describe that? |
| 2:44PM | 9 | **A.**   As part of the industry -- I worked with Secretary Chu and |
| 2:44PM | 10 | his group as an industry adviser during the final cement job |
| 2:44PM | 11 | that was on the Macondo well itself.  So I advised with that |
| 2:44PM | 12 | group under Secretary Chu. |
| 2:44PM | 13 | **Q.**   Have you ever served as an expert witness before? |
| 2:44PM | 14 | **A.**   No, sir, I have not. |
| 2:44PM | 15 | **Q.**   How did you come to serve as an expert in this case? |
| 2:44PM | 16 | **A.**   I was contacted by a member of NETL, National Energy |
| 2:45PM | 17 | Technology Lab, and understood that they were looking for some |
| 2:45PM | 18 | experts.  At that time, I was still with ExxonMobil.  When I |
| 2:45PM | 19 | retired, I decided to help with this. |
| 2:45PM | 20 | **Q.**   Why did you agree to serve as an expert in this case? |
| 2:45PM | 21 | **A.**   The Macondo well was a major event for the entire |
| 2:45PM | 22 | industry.  I don't know the gentlemen who worked on that rig, |
| 2:45PM | 23 | but I've been on those rigs and I know the type of folks they |
| 2:45PM | 24 | were.  And anything that I could do to understand this and keep |
| 2:45PM | 25 | it from happening in whatever small way, I wanted to assist |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

2:45PM   1   with.

2:45PM   2   **Q.**   And what was your task in this matter?

2:45PM   3   **A.**   My task in this manner was to determine why the cement did

2:45PM   4   not form a barrier in the Macondo well.

2:45PM   5   **Q.**   And what types of information did you review or consider

2:45PM   6   in forming your opinions?

2:45PM   7   **A.**   The available information that I had was everything from

2:45PM   8   laboratory tests, the on-location operations, design documents,

2:45PM   9   communications.  I looked at all of the pertinent testimony,

2:46PM  10   depositions.  I also looked at interview notes, anything I

2:46PM  11   could find that would have -- that was relevant to this.

2:46PM  12           And I also went out and searched industry papers and

2:46PM  13   all the stuff that would be available on cementing for that.

2:46PM  14   **Q.**   Before we get into the details of the Macondo cement job,

2:46PM  15   I thought we could cover some of the basics of cementing for

2:46PM  16   the Court.

2:46PM  17   **A.**   Sure.

2:46PM  18   **Q.**   What is oil well cement?

2:46PM  19   **A.**   Well, we've got a brief little animation, if we can, that

2:46PM  20   will just look at the very bottom of the well.

2:46PM  21   **Q.**   Before we get to that, can you just describe what -- what

2:46PM  22   cement is?  What is oil well cement?

2:46PM  23   **A.**   Well, oil well cement is basically burnt dirt.  You take

2:46PM  24   limestone, grind it up, you add in clay and other minerals and

2:46PM  25   you put it through a -- through a kiln.  And then it comes out

GLEN BENGE - DIRECT

2:46PM   1   and you grind it and it makes -- that's how you make cement.

2:47PM   2   So it's not a pure material.  It varies from manufacturer to

2:47PM   3   manufacturer and from plant to plant.

2:47PM   4   Q.   And what is oil well cementing?

2:47PM   5   A.   Well, oil well cementing is taking that cement, putting it

2:47PM   6   in with different materials, different blends, and much like

2:47PM   7   you take flour and you add all different sorts of materials in

2:47PM   8   it for a dry blend for it to make a cake.

2:47PM   9        Oil field cementing is coming up with that recipe.

2:47PM  10   So you've got the solids, the liquids, and then also there's

2:47PM  11   the physics of placing that.  So there's slurry design; there's

2:47PM  12   the job design, if you will.  It's a combination of chemistry

2:47PM  13   and physics.

2:47PM  14   Q.   And why do you cement wells?

2:47PM  15   A.   To provide isolation; to prevent the pipe from moving up,

2:47PM  16   down, left, right, so you get pipe support or casing support.

2:47PM  17   You also can cement the well for -- this well had a sidetrack,

2:47PM  18   so you'll do what we call a kick-off plug.  You get a firm

2:48PM  19   foundation so the well's got something to kick off of.  That's

2:48PM  20   a cement kick-off plug.

2:48PM  21   Q.   Would you like to go to the animation now?

2:48PM  22   A.   Yes.  That would be fine.

2:48PM  23        Before this starts, we're going to see a number of

2:48PM  24   things that go on with it.  One is you'll see several different

2:48PM  25   colors of fluids that go on.  This is a representation -- if I

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

2:48PM   1    can, this is the float collar, this is in the reamer shoe.
2:48PM   2    From here to where the bottom of that shoe is, that's the
2:48PM   3    18,000-plus feet.  It says "not to scale."  Between here and
2:48PM   4    here is the size of the building next door.  It's a 17-,
2:48PM   5    18-story building.
2:48PM   6            And so what we'll see is the cement will begin --
2:48PM   7    will start pumping.
2:48PM   8            If we can start the animation.
2:48PM   9            This is just the bottom section of this well.  What
2:49PM  10    we'll see is we're pumping fluids down.  This would be the
2:49PM  11    drilling mud coming up and around.  And if we can pause for
2:49PM  12    just a brief second, we'll see purple coming in as a base
2:49PM  13    oil -- that's the unweighted oil -- followed by a spacer,
2:49PM  14    followed by a cap or -- and tail cement.  That cap and tail
2:49PM  15    cement are not foam.  And then the light gray will be the foam
2:49PM  16    cement.
2:49PM  17            And so if we can continue on.
2:49PM  18            What we'll see here is the base oil coming ahead of
2:49PM  19    the spacer, and it's followed by the bottom plug.  Now, that
2:49PM  20    bottom plug has a rupture disc in it.  So it protects or it
2:49PM  21    keeps contamination, as that cement is being placed, from -- it
2:49PM  22    won't get contaminated with anything inside the pipe.
2:49PM  23            We see that -- the base oil followed by the spacer,
2:49PM  24    here comes our unfoamed cement and now our foam cement.  That's
2:50PM  25    finally being followed by what we'll call the "tail cement."

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

2:50PM   1   And then behind it will be the top wiper plug.  So we'll call
2:50PM   2   that "bumping the plug."
2:50PM   3        So what we have here is -- from the float collar down
2:50PM   4   to the reamer shoe has got a tail cement.  It's the same
2:50PM   5   cement, it just doesn't have foam in it.  And then we've got
2:50PM   6   foamed cement in that annulus from there on, and above that,
2:50PM   7   again, the cap and the spacer base oil.
2:50PM   8   Q.   Before we move on, Mr. Benge, you mentioned -- you were
2:50PM   9   talking about the wiper plugs and separating the fluids.  Do
2:50PM  10   the wiper plugs perfectly separate the fluids?
2:50PM  11   A.   They do a pretty good job; but no, there's not -- you've
2:50PM  12   got a plug and it's going down the pipe, it doesn't -- it does
2:50PM  13   a pretty good job; but, no, it doesn't completely separate
2:50PM  14   them.  You'll get some intermixing.
2:50PM  15        Also, artists are great.  They can draw things that
2:51PM  16   are nice and level.  You saw the fluids were very pristine as
2:51PM  17   they went up in the annulus.  There's also intermixing of
2:51PM  18   those.  That always happens.
2:51PM  19   Q.   Can you provide the Court with any sort of indication of
2:51PM  20   the scale of a cement job and how it's done?
2:51PM  21   A.   I can, and I'll thank my daughter for this because she
2:51PM  22   actually originally came up with it.  I've brought a
2:51PM  23   demonstrative, and I don't mean to -- I didn't bring one for
2:51PM  24   everybody.
2:51PM  25        What this is is a 9-inch plastic plate that you can

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 2:51PM | 1 | buy down at the grocery store.  And what I did, the black line |
| 2:51PM | 2 | on here, the outside of that is 7 inches.  The inside of it is |
| 2:51PM | 3 | the ID of the pipe.  And so you can tell -- I don't know if you |
| 2:51PM | 4 | can see it very well, but where you put your food on a 9-inch |
| 2:51PM | 5 | place is where -- that's the inside of the -- that's the inside |
| 2:51PM | 6 | of the pipe here.  The annulus -- in this case, this is |
| 2:51PM | 7 | 9-inches -- the annulus, that's where the cement goes. |
| 2:52PM | 8 | So go take this plate, set it down 3 miles away.  You |
| 2:52PM | 9 | get to pump cement 3 miles down, through the center of this, |
| 2:52PM | 10 | back up the outside.  And to get a seal in this well, you get |
| 2:52PM | 11 | one chance to do it right; and that seal area is the decoration |
| 2:52PM | 12 | on your plate. |
| 2:52PM | 13 | So when you're at dinner tonight -- I'm sorry, that |
| 2:52PM | 14 | will mess you up.  But at dinner tonight, where your food is is |
| 2:52PM | 15 | where the pipe is; the decoration on your plate is the size of |
| 2:52PM | 16 | the cement sheath, 3 miles away. |
| 2:52PM | 17 | **THE COURT:**  I don't think any of these folks use |
| 2:52PM | 18 | plastic plates, though. |
| 2:52PM | 19 | **THE WITNESS:**  The group I'm working with, their |
| 2:52PM | 20 | credit rating kind of went down lately, so I've got to use |
| 2:52PM | 21 | anything I can. |
| 2:52PM | 22 | **THE COURT:**  Well, these folks might -- they're about |
| 2:52PM | 23 | to be furloughed by the Government. |
| 2:53PM | 24 | **MR. CERNICH:**  We'll have to live with paper. |
| | 25 | |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 2:53PM | 1 | **BY MR. CERNICH:** |
| 2:53PM | 2 | **Q.**    It sounds like a difficult process. |
| 2:53PM | 3 | **A.**    It is.  It's a very difficult process. |
| 2:53PM | 4 | **Q.**    All right.  Does anyone ever get it right? |
| 2:53PM | 5 | **A.**    We get it right all the time.  But to get that right, |
| 2:53PM | 6 | little things matter a lot. |
| 2:53PM | 7 | **Q.**    What if you don't get it right? |
| 2:53PM | 8 | **A.**    Then you have to go back and repair.  You have to repair |
| 2:53PM | 9 | that cement job. |
| 2:53PM | 10 | **Q.**    Is repairing the cement job as good as getting it right |
| 2:53PM | 11 | the first time? |
| 2:53PM | 12 | **A.**    Oh, it never is. |
| 2:53PM | 13 | **Q.**    Can you tell the Court -- we've talked a little bit about |
| 2:53PM | 14 | foam cement.  What is foam cement? |
| 2:53PM | 15 | **A.**    Foam cement is a stable mixture of cement and in this |
| 2:53PM | 16 | case -- for our case, it's nitrogen.  I understand you had a |
| 2:53PM | 17 | geologist that brings rocks, and so cementers have to bring |
| 2:53PM | 18 | cement. |
| 2:53PM | 19 |         And I don't want to represent this as being the |
| 2:53PM | 20 | Macondo slurry at all.  This is not.  This is just -- this is a |
| 2:54PM | 21 | standard cement system. |
| 2:54PM | 22 |         **THE WITNESS:**  And, Your Honor, this weighs 16 -- |
| 2:54PM | 23 | excuse me.  That is just a standard, normal, unfoamed cement |
| 2:54PM | 24 | system.  I have the exact same one that's got about -- it says |
| 2:54PM | 25 | on there 13 percent gas.  And here's one that's got 23 percent |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

2:54PM  1    gas.  And you can tell that as you add gas, it gets lighter.

2:54PM  2    You can see the -- and so you're -- it's a stable mixture of

2:54PM  3    gas and cement; and as you add more gas to it, it weighs less.

2:54PM  4              THE COURT:  So, in essence, you have gas bubbles, I

2:54PM  5    would say, in the cement?

2:54PM  6              THE WITNESS:  Right.  And you've got -- the soap

2:54PM  7    that's in there and the surfactants help to lock all of that in

2:54PM  8    place, yes, sir.

2:54PM  9              THE COURT:  All right.

2:54PM 10    BY MR. CERNICH:

2:54PM 11    Q.   And so you mentioned a drive line earlier.  What is that?

2:55PM 12    A.   Well, that's the dry cement with its additives.  If

2:55PM 13    there's any dry additives in the cement, you'll blend those

2:55PM 14    together at a bulk plant and you'll ship those to the rig.  So

2:55PM 15    that would be the cement with the additives that you're going

2:55PM 16    to ultimately mix with the fluid in the cement unit, and then

2:55PM 17    that will go down the hole.

2:55PM 18    Q.   And there are also liquid additives?

2:55PM 19    A.   Yes, sir.  And that would be in the water phase.  So

2:55PM 20    you're adding the solids and you're adding the liquids together

2:55PM 21    on location.

2:55PM 22    Q.   And then once they're added together, the cement is pumped

2:55PM 23    down the well?

2:55PM 24    A.   Yes, sir.

2:55PM 25    Q.   Do you have an opinion on whether --

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 2:55PM | 1 | **MR. CERNICH:**  We're going to move on to the actual |
| 2:55PM | 2 | Macondo cement job now, Your Honor. |
| 2:55PM | 3 | **BY MR. CERNICH:** |
| 2:55PM | 4 | **Q.**  Do you have any opinion on whether the Macondo cement |
| 2:55PM | 5 | actually formed a barrier in the well? |
| 2:55PM | 6 | **A.**  Yes, I do.  And that's that the cement did not form a |
| 2:55PM | 7 | barrier in the well. |
| 2:55PM | 8 | **Q.**  And can you tell the Court why it didn't form a barrier in |
| 2:56PM | 9 | the well? |
| 2:56PM | 10 | **A.**  There's generally two reasons why any cement would not |
| 2:56PM | 11 | form a barrier.  One is it's not there.  It's not present |
| 2:56PM | 12 | across the formation to be able to form a barrier, or it's not |
| 2:56PM | 13 | set and, yet, it's still acting as a liquid.  So it's not set |
| 2:56PM | 14 | or able to form a barrier, or a combination of the two. |
| 2:56PM | 15 | **Q.**  Does every cement job form a barrier? |
| 2:56PM | 16 | **A.**  No, sir. |
| 2:56PM | 17 | **Q.**  Are cement jobs that are intended to form a barrier |
| 2:56PM | 18 | sometimes unsuccessful? |
| 2:56PM | 19 | **A.**  Yes, sir, they are. |
| 2:56PM | 20 | **Q.**  Do you consider an unsuccessful -- let me strike that. |
| 2:56PM | 21 | Do you know whether such cement jobs result in |
| 2:56PM | 22 | blowouts? |
| 2:56PM | 23 | **A.**  No, sir, they result in a squeeze job. |
| 2:56PM | 24 | **Q.**  What's a squeeze job? |
| 2:56PM | 25 | **A.**  A squeeze job is where you're going back and you're |

GLEN BENGE - DIRECT

2:56PM  1   repairing the cement job.  You're forcing cement under

2:56PM  2   pressure -- you're not circulating it in place; now you're

2:56PM  3   forcing it under pressure into place.  It's a repair job.

2:56PM  4   Q.   How do you get it into place?

2:57PM  5   A.   With pump pressure.  You'll pump it in.  You'll usually

2:57PM  6   perforate the pipe and you'll force cement under pressure

2:57PM  7   into -- in through that hole you created.

2:57PM  8   Q.   How do you know that you have to do such a repair?

2:57PM  9   A.   Depending on what your objectives of the well are -- or

2:57PM  10  the cement, you've tested to those objectives and know that the

2:57PM  11  cement has not met those objectives.  So you've tested it,

2:57PM  12  found it to be -- found it to not have performed as you wanted

2:57PM  13  it to, so you go back and repair.

2:57PM  14  Q.   How would you test it?

2:57PM  15  A.   Again, any number of ways.  Pressure testing is probably

2:57PM  16  the most common, cement bond logs, temperature logs.

2:57PM  17  Q.   Have you ever been involved in a cement job that has

2:57PM  18  failed to form a barrier?

2:57PM  19  A.   Yes, sir, I have.

2:57PM  20  Q.   What happened on those jobs?

2:57PM  21  A.   In those particular cases, it didn't meet the requirements

2:57PM  22  of the job.  We had to go back and remediate or squeeze the

2:57PM  23  well.

2:57PM  24  Q.   Is it common for cement jobs not to form a barrier?

2:58PM  25  A.   Unfortunately -- well, it doesn't sound like a big number

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

2:58PM    1    unless you're a cementer.  About 10 percent, 8 to 10 percent
2:58PM    2    don't meet those objectives and have to be repaired.
2:58PM    3         When you start getting into deep water or into much
2:58PM    4    more challenging environments, that failure rate tends to go up
2:58PM    5    a little bit.  But 10 to 20 percent of those won't form a
2:58PM    6    barrier to start out with.
2:58PM    7    Q.   You said that you've been involved in some cement jobs
2:58PM    8    that failed to form a barrier in the well.  Did any of those
2:58PM    9    wells blow out?
2:58PM   10    A.   No, sir.
2:58PM   11    Q.   How did you know that the cement job failed to form a
2:58PM   12    barrier?
2:58PM   13    A.   Again, they failed the cement evaluation test that we did,
2:58PM   14    be that a positive test, a negative test, a CBL, or what have
2:58PM   15    you.
2:58PM   16    Q.   Did you determine why the Macondo cement did not form a
2:58PM   17    barrier?
2:58PM   18    A.   Yes, sir.
2:58PM   19    Q.   Go to the next slide, please.
2:59PM   20    A.   I believe there were two things -- well, four things,
2:59PM   21    really, that looked at the reason that it didn't form a
2:59PM   22    barrier.  One's what I call a failure of engineering design.
2:59PM   23         To design a cementing job, to design a cementing
2:59PM   24    operation is really two parts:  You've got chemistry, which is
2:59PM   25    the design of the cement slurry itself; and physics, which is

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

2:59PM   1    the placement of the cement itself.

2:59PM   2             I found there was a failure in both of those.  The

2:59PM   3    Macondo well used a leftover cement blend.  It was not

2:59PM   4    originally intended -- originally designed as a foam cement.

2:59PM   5    And so because of that, it puts more onus on lab testing to

2:59PM   6    make sure that all of the testing was done and completed.

2:59PM   7             I also found that there was a failure to really

2:59PM   8    mitigate several acknowledged risks to the job itself.

3:00PM   9             And then, finally, there was a failure to evaluate

3:00PM   10   the cumulative risks that were acknowledged.  So it wasn't just

3:00PM   11   one risk that happened, but the cumulative risks that caused

3:00PM   12   that failure.

3:00PM   13   Q.   How does the cement design process work?  What's the

3:00PM   14   relationship between the operator and the cement service

3:00PM   15   provider?

3:00PM   16   A.   It's a very iterative process.  The operator will -- they

3:00PM   17   set the boundary conditions, they set the limits, what's the

3:00PM   18   objectives of the well.  So what do I want the cement job to

3:00PM   19   do?

3:00PM   20            And once I've set those goals and I understand those

3:00PM   21   goals, then what's my operating window?  What's the well doing?

3:00PM   22   How deep is it?  What's the size of everything?  What's my pore

3:00PM   23   pressure, frac gradient, what have you?  They give that to the

3:00PM   24   cementing service company.

3:00PM   25            And with their portfolio of materials, they go and,

GLEN BENGE - DIRECT

3:01PM   1   within the limits or the constraints of that well, design the
3:01PM   2   chemistry, if you will, the cement slurry itself.
3:01PM   3        Also involved with that and in concert with that are
3:01PM   4   the design of the physics.  What's the constraints?  How fast
3:01PM   5   can we pump?  What are fluid densities?  What's the well look
3:01PM   6   like?  So it's a very iterative technique.
3:01PM   7        And then, once all that's come together, you bring
3:01PM   8   that back together and the operator then reviews that and then
3:01PM   9   it's ultimately approved by the operator before it's used on
3:01PM  10   the well.
3:01PM  11   Q.   Is the operator ultimately responsible for cementing the
3:01PM  12   well?
3:01PM  13   A.   Yes.
3:01PM  14   Q.   Who has the ultimate authority on the cement job?  Is that
3:01PM  15   also the operator?
3:01PM  16   A.   Yes, sir.  You can't pump anything in that well that the
3:01PM  17   operator doesn't approve.
3:01PM  18   Q.   I'd like you to talk about -- a bit more about the
3:01PM  19   chemistry and the physics that you mentioned.
3:01PM  20        MR. CERNICH:  If we could go to the next slide,
3:01PM  21   please.
3:01PM  22   BY MR. CERNICH:
3:02PM  23   Q.   Can you tell the Court a little bit more about the
3:02PM  24   chemistry and physics?
3:02PM  25   A.   Well, the chemistry is -- it's the cake mix.  It's what's

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:02PM 1   in there.  It's the dry blend with all of its additives.  So

3:02PM 2   the chemistry is basically the cement slurry itself, what

3:02PM 3   additives it has in it, what those additives have the effect

3:02PM 4   of.  So that has to be designed within the constraints of the

3:02PM 5   well.  What's expected of it, I've got to get additives that

3:02PM 6   will give me the properties that I want.

3:02PM 7          So the chemistry is really the cement slurry, and

3:02PM 8   then the physics is the placement of that slurry.  They have to

3:02PM 9   work hand in hand.  They're not separates but equals.  They

3:02PM 10  have to work together.  I can have the best cement slurry

3:02PM 11  design in the world; and if I don't get it on the plate right,

3:02PM 12  you're not going to work.  And if I can get it on the plate

3:02PM 13  perfectly but it's not what I wanted, then you'll still have a

3:02PM 14  failure.  So it's really both.

3:03PM 15  Q.   So is slurry design more important than cement placement?

3:03PM 16  A.   No, sir.

3:03PM 17          MR. CERNICH:  Can we go to Exhibit 3058.

3:03PM 18  BY MR. CERNICH:

3:03PM 19  Q.   Do you recognize this document, Mr. Benge?

3:03PM 20  A.   Yes, sir, I do.

3:03PM 21  Q.   What is it?

3:03PM 22  A.   That's a global deepwater design guideline that -- that's

3:03PM 23  a BP document that actually Ashley Hibbert put together some

3:03PM 24  years ago.

3:03PM 25  Q.   Do you know Mr. Hibbert?

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:03PM  1   A.    Yes, sir.  I've known Ashley for a number of years.  He's

3:03PM  2   a global -- he's since retired, but he was the global cementing

3:03PM  3   specialist for BP out of the UK.

3:03PM  4         MR. CERNICH:  Can you go to page 7, please.

3:03PM  5   BY MR. CERNICH:

3:03PM  6   Q.    Do you recall reviewing this portion of the document?

3:03PM  7   A.    Yes, sir, I do.

3:03PM  8   Q.    And can you describe what this says?

3:03PM  9   A.    Yes.  I like the way Ashley put this, because this is a

3:03PM  10  misconception that slurry design is more important than getting

3:03PM  11  optimum wellbore conditions for cementing, good hole, good

3:03PM  12  fluid or mud properties, good centralization and displacement;

3:03PM  13  in other words, the physics.

3:04PM  14        And the common mistake is that I've got an additive

3:04PM  15  or a 5-gallon bucket of something I can put in the cement that

3:04PM  16  will overcome physics, and that doesn't exist.

3:04PM  17  Q.    Is this consistent with your opinions?

3:04PM  18  A.    Oh, yes.

3:04PM  19  Q.    Can poor placement of cement affect stability?

3:04PM  20  A.    Yes, it can.

3:04PM  21  Q.    How does it do that?

3:04PM  22  A.    Well, if you don't place it properly -- and we talked a

3:04PM  23  little bit about the plugs keeping the cement separated -- it

3:04PM  24  will contaminate it.  You can get contamination with fluids

3:04PM  25  that you don't intend.

GLEN BENGE - DIRECT

3:04PM 1    So if you don't have it placed properly, those fluids

3:04PM 2 will intermix more and you'll get contamination and the cement

3:04PM 3 can't perform.

3:04PM 4 **Q.**   What is stability?

3:04PM 5 **A.**   Stability is where -- in the case of every slurry design

3:04PM 6 is -- it says together; it does what I said it was going to do.

3:04PM 7 So that doesn't necessarily have to be just foam.  That can be

3:04PM 8 with a standard cement slurry.

3:04PM 9    You see that when you put in the foundation of your

3:05PM 10 house.  If it wasn't stable, all of the gravel would be down at

3:05PM 11 the bottom.  We don't pump gravel in oil field cement.  All of

3:05PM 12 the gravel would be down at the bottom and you'd have cement at

3:05PM 13 the top.  That would be unstable, and that means you're not

3:05PM 14 going to get the properties that you want.

3:05PM 15 **Q.**   On page 2 of your report, you wrote:  "BP engineers chose

3:05PM 16 to accept risks when designing the cement job based on their

3:05PM 17 awareness that remedial cementing work could be done at a later

3:05PM 18 date."

3:05PM 19    Do you recall writing that in your report?

3:05PM 20 **A.**   Yes, sir, I do.

3:05PM 21 **Q.**   And that's your opinion?

3:05PM 22 **A.**   Yes, sir, it is.

3:05PM 23 **Q.**   What did you mean by that?

3:05PM 24 **A.**   There are a number of accepted risks that were identified

3:05PM 25 and noted by BP engineers that, you know, we are going to

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 3:05PM | 1 | compromise some of the practices associated with cementing and |
| 3:05PM | 2 | we can come back and squeeze it later. |
| 3:05PM | 3 | And there's a number of -- or there's an e-mail that |
| 3:05PM | 4 | specifically states to that effect. |
| 3:06PM | 5 | MR. CERNICH:  Could we go to Exhibit 1367, please. |
| 3:06PM | 6 | BY MR. CERNICH: |
| 3:06PM | 7 | Q.   Do you recognize this document, Mr. Benge? |
| 3:06PM | 8 | A.   Yes, sir, I do. |
| 3:06PM | 9 | Q.   Is this the e-mail to which you were referring? |
| 3:06PM | 10 | A.   Yes.  This is one that -- it basically says that I |
| 3:06PM | 11 | would -- in this particular case, they're looking at -- |
| 3:06PM | 12 | Q.   Can I stop you for a minute? |
| 3:06PM | 13 | This is an e-mail dated April 16th, 2010, from Brett |
| 3:06PM | 14 | Cocales to Brian Morel; is that right? |
| 3:06PM | 15 | A.   Yes, sir, it is. |
| 3:06PM | 16 | Q.   Can you tell the Court who Mr. Cocales and Mr. Morel are? |
| 3:06PM | 17 | A.   Those are both BP drilling engineers that worked on the |
| 3:06PM | 18 | Macondo well. |
| 3:06PM | 19 | Q.   Thank you. |
| 3:06PM | 20 | What does this e-mail say? |
| 3:06PM | 21 | A.   This e-mail is talking about the placement of |
| 3:06PM | 22 | centralizers, and I know the Court has seen this one before. |
| 3:06PM | 23 | But it says that there's a risk -- it says:  "So Guide is |
| 3:06PM | 24 | right.  Is the risk/reward" -- "Guide" is John Guide, the |
| 3:06PM | 25 | operations man for BP for Macondo. |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:07PM  1        So he says the risk -- the acknowledged risk is
3:07PM  2   getting stuck in the wellhead.  And so he would rather accept
3:07PM  3   that risk and have to come back and squeeze than get stuck in
3:07PM  4   the wellhead.  So he's acknowledging that If we don't do this
3:07PM  5   right, we'll come back and we'll have to squeeze the well
3:07PM  6   later.
3:07PM  7   Q.   While we're on this e-mail, Mr. Benge, is a hole ever
3:07PM  8   perfectly straight?
3:07PM  9   A.   Oh, no.  The hole isn't perfectly straight.  Anybody
3:07PM 10   that's done woodworking and tried to drill a straight hole
3:07PM 11   knows you can't.  You'll have to use a drill press.  If you can
3:07PM 12   imagine trying to do that 3 miles away.  The hole spirals.
3:07PM 13   You're turning to the right and that bit, the drill string,
3:07PM 14   tends to spiral.  So it literally will spiral.  It's never
3:07PM 15   straight.
3:07PM 16        You can see that very easily just looking at the
3:07PM 17   survey data.  If it was very perfectly straight, all those
3:07PM 18   numbers would be the same, and they're all over the board
3:08PM 19   showing it spiraling.
3:08PM 20   Q.   And Mr. Cocales writes:  "But who cares?  It's done.  End
3:08PM 21   of story, we'll probably be fine and we'll get a good cement
3:08PM 22   job."
3:08PM 23        Did I read that correctly?
3:08PM 24   A.   Yes, sir, you did.
3:08PM 25   Q.   Did BP get a good cement job?

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 3:08PM | 1 | **A.**   No, sir, they did not. |
| 3:08PM | 2 | **MR. CERNICH:**  Could I go to Exhibit 4451, please. |
| 3:08PM | 3 | **BY MR. CERNICH:** |
| 3:08PM | 4 | **Q.**   Can you identify this document, Mr. Benge? |
| 3:08PM | 5 | **A.**   Yes.  These are the Bly interview notes for Mr. Mark |
| 3:08PM | 6 | Hafle, who is a senior engineer the Macondo well. |
| 3:08PM | 7 | **MR. CERNICH:**  Can we go to page 3, please. |
| 3:08PM | 8 | **BY MR. CERNICH:** |
| 3:08PM | 9 | **Q.**   Do you recall reading this portion of the notes, |
| 3:08PM | 10 | Mr. Benge? |
| 3:08PM | 11 | **A.**   Yes, sir, I do. |
| 3:08PM | 12 | **Q.**   And could you please read the highlighted section for the |
| 3:08PM | 13 | Court? |
| 3:08PM | 14 | **A.**   Yes, sir.  It says:  Weekend RNG, running pipe.  Brian |
| 3:08PM | 15 | call, says they are not running all centralizers, only the six |
| 3:08PM | 16 | across pay.  Time issues.  Glue, cent" -- for centralizers -- |
| 3:08PM | 17 | Don't know who made the final decision.  Thought we were going |
| 3:09PM | 18 | to get a shitty cement job. |
| 3:09PM | 19 | It goes on to say:  12 to 18 hours -- talking of the |
| 3:09PM | 20 | centralizers -- of downtime.  Glue has to cure?  Bryan Clawson. |
| 3:09PM | 21 | Communication plan, who makes decisions? |
| 3:09PM | 22 | **Q.**   And do you know what Mr. Hafle meant by "glue has to |
| 3:09PM | 23 | cure"? |
| 3:09PM | 24 | **MR. REGAN:**  Objection, Your Honor.  The witness can |
| 3:09PM | 25 | give his interpretation, but -- with respect to Mr. Hafle's |

GLEN BENGE - DIRECT

3:09PM  1   state of mind as before today as to these notes.

3:09PM  2          THE COURT:  Okay.  With that understanding, I'll let

3:09PM  3   him answer.

3:09PM  4                  What is your interpretation then?

3:09PM  5          THE WITNESS:  The glue has to cure.  These are

3:09PM  6   specialty centralizers that -- there's a glue that goes onto

3:09PM  7   the stop collar, and those were ones that are --

3:09PM  8          THE COURT:  These are the 15 extra collars; right?

3:09PM  9          THE WITNESS:  Yes, sir.

3:09PM  10         THE COURT:  The ones that -- actually, they're not

3:09PM  11  collars.  They're --

3:09PM  12         THE WITNESS:  Well, they're centralizers.

3:09PM  13         THE COURT:  -- centralizers that go around the drill

3:09PM  14  pipe?

3:09PM  15         THE WITNESS:  Right, they go around the casing, yes,

3:10PM  16  sir.

3:10PM  17         THE COURT:  Casing, I'm sorry.  They snap on or

3:10PM  18  attach somehow?

3:10PM  19         THE WITNESS:  Well, you slide them on from the bottom

3:10PM  20  and there's a stop collar, is what it's called.  And those have

3:10PM  21  Allen screws in them, but they also have to have glue.  And

3:10PM  22  that's what -- BP upped the design with Weatherford from the

3:10PM  23  work off of *Thunder Horse*.

3:10PM  24  BY MR. CERNICH:

3:10PM  25  Q.   What did you mean by that, Mr. Benge?

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:10PM  1   A.   Well, they improved the centralizer design based on some
3:10PM  2   problems they'd had on the *Thunder Horse* well.  So part of it
3:10PM  3   ways changing that stop collar but also was applying a glue to
3:10PM  4   those to keep those stop collars in place.
3:10PM  5   Q.   So based on your knowledge of these types of centralizers
3:10PM  6   and this glueing process, would it have taken additional time
3:10PM  7   to install those and allow them to cure?
3:10PM  8   A.   Yes, sir, it would have.
3:10PM  9   Q.   Would you agree with the sentiment expressed here by
3:10PM  10  Mr. Hafle about the quality of the Macondo cement job?
3:11PM  11  A.   Yes, sir, I would.
3:11PM  12  Q.   How do the comments regarding the centralizers factor into
3:11PM  13  your opinion?
3:11PM  14  A.   Well, I would agree that if they were only going to run
3:11PM  15  six, that was a risk that was acknowledged and that was going
3:11PM  16  to result in a suboptimal cement job.
3:11PM  17  Q.   Does your report identify risks that were taken on the
3:11PM  18  Macondo cement job?
3:11PM  19  A.   Yes, sir, it does.
3:11PM  20       MR. CERNICH:  Can we go to the next slide, please.
3:11PM  21  BY MR. CERNICH:
3:11PM  22  Q.   Does this list identify risks that you identified on the
3:11PM  23  Macondo cement job?
3:11PM  24  A.   Yes, sir, it does.  I've grouped them into nine separate
3:11PM  25  categories.

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:11PM   1    Q.    And did you identify these risks in your expert report?

3:11PM   2    A.    Yes, sir, I did.

3:11PM   3    Q.    In your review, did you observe anything done to mitigate

3:11PM   4    these risks?

3:11PM   5    A.    No sir, I did not.

3:11PM   6    Q.    Did you see any evidence that anyone assessed the

3:11PM   7    cumulative effects of these risks?

3:11PM   8    A.    No, sir.

3:11PM   9    Q.    What was the cumulative effect, if you've considered that?

3:12PM   10   A.    Based on everything I saw with this, there was -- you were

3:12PM   11   not going to get a successful cement job, and the cement would

3:12PM   12   not form a barrier in this well.

3:12PM   13   Q.    And you testified earlier that BP accepted known risks.

3:12PM   14   Which of these were known risks?

3:12PM   15   A.    Well, if we look through the list, there was an

3:12PM   16   acknowledgment of using leftover cement.  We know that BP did

3:12PM   17   not have all of the lab data prior to the cement job.  There is

3:12PM   18   documented an acknowledged risk for foam cement and synthetic

3:12PM   19   oil-based mud -- that's SOBM.  As we've seen, it was understood

3:12PM   20   there was inadequate centralization.

3:12PM   21         Not prior to the job -- I mean, not in a design

3:12PM   22   phase, but prior to the job, we know there was problems with

3:12PM   23   the float collar conversion: limited pre-job circulation and

3:12PM   24   low cement volume and low pump rates.  So those are the

3:13PM   25   majority that were known.

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:13PM   1   **Q.**   Given these risks, in your opinion, should BP have pumped
3:13PM   2   the cement job as designed?
3:13PM   3   **A.**   I would not have pumped that and expected it to be
3:13PM   4   successful.
3:13PM   5   **Q.**   And that's consistent with Mr. Hafle's comments to
3:13PM   6   Mr. Corser?
3:13PM   7   **A.**   Yes, sir.
3:13PM   8   **Q.**   I'd like to talk about the first risk you identified, no
3:13PM   9   expressed job objectives.  Did you see the Macondo cement job
3:13PM  10   objectives documented anywhere?
3:13PM  11   **A.**   No, sir, I did not.  And without -- if you don't know
3:13PM  12   where you're going, you don't know how you're going to get
3:13PM  13   there.
3:13PM  14           **MR. CERNICH:**  Could we go to page 36 of Mr. Benge's
3:13PM  15   report.
3:13PM  16           **THE WITNESS:**  And without those total objectives --
3:13PM  17   now, the only objective I did find -- and this is a decision
3:13PM  18   tree on what to do for the cement job, what's going to
3:14PM  19   designate a successful cement job.
3:14PM  20           And the only objective that you'll find on this
3:14PM  21   is did we have full return?  In other words, if you pumped a
3:14PM  22   gallon in, a gallon came out.  All of the cement went up the
3:14PM  23   outside of that plate, nothing spilled out into the formation
3:14PM  24   or broke the formation.
3:14PM  25           So if you had full returns, consider it a

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:14PM   1   success, then that's the only documented goal that I saw.
3:14PM   2   **BY MR. CERNICH:**
3:14PM   3   **Q.**   And was there a particular concern about full returns?
3:14PM   4   **A.**   There was.  This is a very fragile well.  You didn't have
3:14PM   5   a whole lot of room between pore pressure and frac gradient.
3:14PM   6   And it was a very, very difficult and challenging cement job.
3:14PM   7           **MR. CERNICH:**  Could we go to page 7 of Mr. Benge's
3:14PM   8   report, Exhibit 5590.  And if we could please focus in on this
3:15PM   9   paragraph -- no, the one above it.  Above that one.
3:15PM  10   **BY MR. CERNICH:**
3:15PM  11   **Q.**   In here you write:  "BP's engineering design for the
3:15PM  12   production string cement job was driven by the singular desire
3:15PM  13   to minimize equivalent circulation density, ECD."
3:15PM  14           Did I read that correctly?
3:15PM  15   **A.**   Yes, sir, you did.
3:15PM  16   **Q.**   What did you mean by that?
3:15PM  17   **A.**   Well, in order to -- in that decision tree it was -- we
3:15PM  18   have to have full circulation.  We can't break that well.  So
3:15PM  19   ECD, or equivalent circulation, it's the pressure on that well.
3:15PM  20           And so all of the decisions and the documented
3:15PM  21   decisions on that cement job were to reduce that down and to
3:15PM  22   minimize the ECD from the selection of the base oil ahead of
3:15PM  23   the cement, to foam cement, to low pump rates.
3:15PM  24           All of those are designed and are documented in an
3:16PM  25   MOC.  That's to minimize ECD.

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:16PM  1    **Q.**   Did you note any unexpressed job objectives?

3:16PM  2    **A.**   Well, there's also an unexpressed or an inherent job

3:16PM  3    objective to get -- you want to get a barrier in the well, or a

3:16PM  4    seal.  And that's always an -- really, an unexpressed goal for

3:16PM  5    a cement job.

3:16PM  6    **Q.**   A moment ago you mentioned top of cement in your

3:16PM  7    discussion of the flow chart.  Can you explain the concept of

3:16PM  8    "top of the cement" to the Court.

3:16PM  9    **A.**   Top of cement is how high in the well that cement has got

3:16PM  10   to be.  So when we're done with the job, there's a sufficient

3:16PM  11   volume of cement to put in that annulus up to some height.  And

3:16PM  12   so the top of the cement, once you define that's where I want

3:16PM  13   top of cement, from a cementer's standpoint, that defines the

3:16PM  14   volume of your job.

3:16PM  15          So I need cement.  That will tell me how much cement

3:17PM  16   I have to have.  It will define -- in part, because that's your

3:17PM  17   volume of cement, it will define a lot of the properties that

3:17PM  18   you have to have for that cement.

3:17PM  19   **Q.**   And how was top of cement relevant specifically to the

3:17PM  20   Macondo production casing cement job?

3:17PM  21   **A.**   In this particular well, the top of cement was chosen to

3:17PM  22   be 500 feet above the hydrocarbon zone, and that's an MMS

3:17PM  23   requirement.

3:17PM  24   **Q.**   So that was the minimum standard?

3:17PM  25   **A.**   That's the minimum standard, yes, sir.

GLEN BENGE - DIRECT

3:17PM   1   Q.   Did you observe the cementing knowledge of the BP

3:17PM   2   engineers working on the Macondo cement job?

3:17PM   3   A.   Yes, sir, I did.

3:17PM   4   Q.   And what did you observe?

3:17PM   5   A.   I observed a good deal of knowledge of cementing from the

3:17PM   6   engineers as well as a great deal of control that BP had over

3:17PM   7   the cement and down to individual additives that were chosen

3:17PM   8   for the cement.

3:17PM   9        MR. CERNICH:   Could we go to Exhibit 7717, please.

3:18PM  10   BY MR. CERNICH:

3:18PM  11   Q.   Can you identify this document, Mr. Benge?

3:18PM  12   A.   Yes, sir.   If I -- we can move away from -- let's just

3:18PM  13   move away from the primary cement job or the production cement

3:18PM  14   job.

3:18PM  15        This is for the kickoff plug, or that sidetrack plug

3:18PM  16   that's way up the well.   This is a series of e-mails back and

3:18PM  17   forth on how much spacer do you run.

3:18PM  18        Now, that spacer is the fluid you pump ahead to keep

3:18PM  19   the cement and the mud apart.   So it's your preflusher, the

3:18PM  20   spacer that helps to clean that hole.

3:18PM  21   Q.   Just for a moment here, to pause.   This bottom e-mail here

3:18PM  22   is from Jesse Gagliano to Brian Morel and Mark Hafle, dated

3:18PM  23   March 15th, 2010; is that right?

3:18PM  24   A.   Yes, sir.

3:18PM  25   Q.   And is the subject "KOP Procedure"?

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 3:18PM | 1 | **A.**    Yes.  And that stands for kick-off plug. |
| 3:18PM | 2 | **Q.**    And do you know who Mr. Gagliano is? |
| 3:19PM | 3 | **A.**    Mr. Gagliano is the desk engineer for Halliburton that was |
| 3:19PM | 4 | assigned to BP. |
| 3:19PM | 5 | **Q.**    And could you go ahead and explain this to the Court. |
| 3:19PM | 6 | **A.**    Yes, sir.  What this is, you -- in order to clean the |
| 3:19PM | 7 | hole, to get it prepared for cementing, you've got to get the |
| 3:19PM | 8 | mud out.  You have to replace mud with cement.  And mud and |
| 3:19PM | 9 | cement don't like each other very much.  When you get the two |
| 3:19PM | 10 | mixed together, you'll sacrifice those cementing properties. |
| 3:19PM | 11 | So a spacer is designed to act as a fluid buffer |
| 3:19PM | 12 | between the two.  Now, as the hole gets bigger and such, you |
| 3:19PM | 13 | need more spacer because the volumes -- because you have to |
| 3:19PM | 14 | have more volume. |
| 3:19PM | 15 | In this particular case, Mr. Gagliano is noting |
| 3:19PM | 16 | that -- well, he said:  The volume you want to run is |
| 3:19PM | 17 | 75 barrels.  But best practices -- and he's quoting from best |
| 3:19PM | 18 | practices -- that you need a minimum of about 1,000 to |
| 3:19PM | 19 | 1,500 feet in order to be able to separate out the cement and |
| 3:19PM | 20 | the mud. |
| 3:20PM | 21 | And he goes through the explanation of you need more |
| 3:20PM | 22 | because the hole's bigger. |
| 3:20PM | 23 | Now, in that -- and then Mark Hafle sends this to |
| 3:20PM | 24 | Erick.  Erick is Erick Cunningham.  He's the BP Western |
| 3:20PM | 25 | Hemisphere cementing specialist. |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:20PM  1    **Q.**   Do you know Mr. Cunningham?

3:20PM  2    **A.**   I've known Erick for a lot of years.  He used to be at

3:20PM  3    Schlumberger and then moved over to BP in a position very

3:20PM  4    similar to what I held at ExxonMobil.

3:20PM  5           So Mark's asking him:  Erick, well, can you comment

3:20PM  6    or review, and what are your thoughts on this?  So he's asking

3:20PM  7    his cementing specialist to look at Mr. Gagliano's

3:20PM  8    recommendation and say, you know, What do you think about it?

3:20PM  9    Because our team's wanting to run 75 barrels."

3:20PM  10          **MR. CERNICH:**  Can we move to the next page, please.

3:20PM  11   Can we go back to the prior exhibit, the next page?

3:20PM  12          There we go.

3:20PM  13          **THE WITNESS:**  So this is a continuation of those

3:21PM  14   e-mails.  And the bottom portion of this, it says -- this is

3:21PM  15   Erick Cunningham writing back to Mr. Hafle and Mr. Morel, so

3:21PM  16   these are all BP folks.

3:21PM  17          He says:  "Mark, I haven't had a chance to look

3:21PM  18   at it in detail, but I agree.  We need more spacer to separate

3:21PM  19   out the cement and the mud."

3:21PM  20          So he's agreeing with Halliburton.

3:21PM  21          And then we see up at the top --

3:21PM  22          **MR. CERNICH:**  Can we focus in on the top of that

3:21PM  23   e-mail, please.

3:21PM  24   **BY MR. CERNICH:**

3:21PM  25   **Q.**   And this is an e-mail from Mr. Hafle to Mr. Morel --

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:21PM 1   **A.**   Right.

3:21PM 2   **Q.**   -- dated March 16th?

3:21PM 3   **A.**   Yes.  Now you have the BP engineers communicating back and

3:21PM 4   forth with each other.

3:21PM 5         And he's asking him -- Mr. Morel is asking:  "Do you

3:21PM 6   want to talk about spacer volume?  If so, give me a call."

3:21PM 7         "Guide" -- in this case was John Guide -- "wants to

3:21PM 8   stay with the 75-barrels, and they've reduced the cement

3:22PM 9   volume."

3:22PM 10        If we go down to the very bottom of this, it says:

3:22PM 11  "Well, we don't need to water-wet the hole because we don't

3:22PM 12  care about it setting or stick to the walls.  Just need a hard

3:22PM 13  core to push off.  I know some people think I'm crazy."

3:22PM 14        What that tells you with respect to this, spacers

3:22PM 15  have to clean the hole.  And so there's an understanding from

3:22PM 16  Mr. Morel of the function of a spacer, that it water-wets the

3:22PM 17  hole; that in order for cement to stick to that hole, you have

3:22PM 18  to clean the mud and to water-wet it.  So that's an

3:22PM 19  understanding of the fluid dynamics, the understanding of the

3:22PM 20  cementing process that goes on with simply the selection of a

3:22PM 21  spacer.

3:22PM 22        **MR. REGAN:**  Your Honor, if I might, just with respect

3:22PM 23  to this line of questioning about e-mails, I understand the

3:22PM 24  witness can give his understanding of what these e-mails mean;

3:22PM 25  but for the record, beyond reading the words on the page, the

GLEN BENGE - DIRECT

3:23PM   1   witness has not met Mr. Morel and doesn't have a basis as to

3:23PM   2   what Mr. Morel believed or thought at the time he wrote the

3:23PM   3   message.

3:23PM   4           THE COURT:  All right.  I understand.

3:23PM   5           MR. REGAN:  All right.  Thank you, Your Honor.

3:23PM   6   BY MR. CERNICH:

3:23PM   7   Q.   And, Mr. Benge, do you know what volume of spacer was

3:23PM   8   ultimately run on this kick-off plug?

3:23PM   9   A.   Actually, ultimately, in reading a lot of the deposition

3:23PM   10  testimony, they did go with -- "they," BP, went with the volume

3:23PM   11  that was recommended by Halliburton and seconded by Mr. -- or

3:23PM   12  by Erick.

3:23PM   13          MR. CERNICH:  Okay.  Can we go to Exhibit 31001,

3:23PM   14  please.

3:23PM   15  BY MR. CERNICH:

3:23PM   16  Q.   Can you identify this document?

3:23PM   17  A.   Yes, sir, I can.  That's a -- this is involving the

3:23PM   18  selection process of an individual additive for loss

3:23PM   19  circulation control.  If I break that well down, I can put some

3:24PM   20  fibers in that cement; and it will go up against the formation

3:24PM   21  and help prevent loss circulation control.

3:24PM   22          So this is a selection of that -- of a material to

3:24PM   23  put into the cement for the production string on the Macondo

3:24PM   24  well.

3:24PM   25          These are some communications back and forth.  In

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 3:24PM | 1 | this particular case, Erick Cunningham, in the middle here, has |
| 3:24PM | 2 | said that he's looking at both, and Erick is looking at both |
| 3:24PM | 3 | Halliburton, HAL, and Schlumberger products, sending that to |
| 3:24PM | 4 | Brian Morel. |
| 3:24PM | 5 | And then in the top portion of this e-mail, Mr. Morel |
| 3:24PM | 6 | is asking his team -- he's saying: "I'm looking to find the |
| 3:24PM | 7 | most effective product for loss circulation during our |
| 3:24PM | 8 | production cement job." |
| 3:24PM | 9 | So the reason that I brought this in and put this in |
| 3:24PM | 10 | with my report is this shows that, you know, you've got a drill |
| 3:24PM | 11 | team here that's very involved in cement to the point they're |
| 3:25PM | 12 | selecting individual additives to be used on the production -- |
| 3:25PM | 13 | on the production cement job for the Macondo well. |
| 3:25PM | 14 | MR. CERNICH:  Can we go to Exhibit 987, please. |
| 3:25PM | 15 | BY MR. CERNICH: |
| 3:25PM | 16 | Q.  Can you identify this document, Mr. Benge? |
| 3:25PM | 17 | A.  Yes, sir, I can.  This is where Mr. Gagliano has sent -- |
| 3:25PM | 18 | sent the results of laboratory testing for two different |
| 3:25PM | 19 | concentrations of retarder. |
| 3:25PM | 20 | Q.  And this is on April 17th, 2010? |
| 3:25PM | 21 | A.  Yes, sir, it is. |
| 3:25PM | 22 | Q.  And has he sent this e-mail to Mr. Morel, Mr. Hafle, |
| 3:25PM | 23 | Mr. Cocales, and Mr. Walz? |
| 3:25PM | 24 | A.  Yes, sir, he did. |
| 3:25PM | 25 | And just so the Court understands, this has 8 gallons |

GLEN BENGE - DIRECT

3:25PM   1   and 9 gallons; that's per 100 sacks.  We try to confuse
3:25PM   2   everybody as much as possible.  So it's 8 gallons or 9 gallons
3:25PM   3   per 100 sacks, which you'll see also .108, and that's gallons
3:26PM   4   per one sack of cement.  They're the same number.  It just
3:26PM   5   whether it's per 100 sacks or per 1 sack.
3:26PM   6           And in this case Mr. Gagliano is saying, you know,
3:26PM   7   the job placement time is about four hours.  He's comfortable
3:26PM   8   with the 5 1/2-hour pump time, or thickening time, how long the
3:26PM   9   cement stays liquid.
3:26PM  10           And so he would recommend the 8 gallons, which gave
3:26PM  11   him 5 1/2-hours.
3:26PM  12   Q.   Why are they concerned about how long the cement stays
3:26PM  13   liquid?
3:26PM  14   A.   Well, you have to -- once you mix the solid and liquid at
3:26PM  15   surface, you have to pump it into place.  So it has to stay a
3:26PM  16   fluid for that entire trip all the way down and as it goes into
3:26PM  17   that annulus.  So you don't want it setting early, so you
3:26PM  18   retard the cement with, in this case, the SCR-100 is a cement
3:26PM  19   retarder.  And so it extends that liquid time or the fluid
3:27PM  20   time.
3:27PM  21   Q.   So what does Mr. Gagliano say to Mr. Morel?
3:27PM  22   A.   He said that he feels comfortable with 8 gallons, which is
3:27PM  23   the shorter thickening time.
3:27PM  24           And then Mr. Morel, in the top portion of this, said:
3:27PM  25   "I would prefer the extra pump time, with the added risk of

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:27PM   1   having issues with the nitrogen."

3:27PM   2           He goes on to say:  "What are your thoughts?  There

3:27PM   3   isn't compressive strength development yet, so it's hard to

3:27PM   4   ensure we'll get what we need until it's done."

3:27PM   5           So he's acknowledging a risk.  "In this particular

3:27PM   6   case, I'd prefer the extra pump time."  He's making a decision,

3:27PM   7   and he's acknowledged the risk of that decision.

3:27PM   8   Q.   And do you know what the issues with the nitrogen might

3:27PM   9   be?

3:27PM  10           MR. REGAN:  Objection, Your Honor.  This is rank

3:28PM  11   speculation with respect to what Mr. Morel meant in these

3:28PM  12   words.

3:28PM  13           MR. CERNICH:  Your Honor, Mr. Benge is an expert in

3:28PM  14   oil field cementing.  He clearly knows what effects retarders

3:28PM  15   have on nitrogen.

3:28PM  16           THE COURT:  Overrule the objection.

3:28PM  17           Before you do that, explain to me -- I know you

3:28PM  18   talked about 8 gallons versus 9-gallons and this is retarder

3:28PM  19   we're talking about.

3:28PM  20           THE WITNESS:  Yes, sir.

3:28PM  21           THE COURT:  So the more retarder, the slower the

3:28PM  22   cement would set?

3:28PM  23           THE WITNESS:  That's correct.  Yeah, that's exactly

3:28PM  24   right.  It will stay liquid longer and it will take longer to

3:28PM  25   set.

GLEN BENGE - DIRECT

| | |
|---|---|
| 3:28PM | 1 |
| 3:28PM | 2 |
| 3:28PM | 3 |
| 3:28PM | 4 |
| 3:28PM | 5 |
| 3:28PM | 6 |
| 3:28PM | 7 |
| 3:28PM | 8 |
| 3:29PM | 9 |
| 3:29PM | 10 |
| 3:29PM | 11 |
| 3:29PM | 12 |
| 3:29PM | 13 |
| 3:29PM | 14 |
| 3:29PM | 15 |
| 3:29PM | 16 |
| 3:29PM | 17 |
| 3:29PM | 18 |
| 3:29PM | 19 |
| 3:29PM | 20 |
| 3:29PM | 21 |
| 3:29PM | 22 |
| 3:29PM | 23 |
| 3:29PM | 24 |
| 3:29PM | 25 |

1      THE COURT:  So what was your understanding of what
2  the trade-off here was?  Why were they debating?  Was there a
3  big difference between 8 or 9 here?
4           THE WITNESS:  In this particular case --
5           THE COURT:  In the context here?
6           THE WITNESS:  -- we went from 5 1/2-hours to
7  7 1/2 hours, so almost a 50 percent increase in thickening time
8  or liquid time.  It stayed liquid longer.
9              These are very powerful additives.  So just that
10  small amount --
11           THE COURT:  So they used the 9 instead of the 8?
12           THE WITNESS:  Right, they used the 9 instead of the
13  8.  So that gave them -- it stayed liquid longer.
14           THE COURT:  And your understanding is to note -- you
15  can't get into his mind; but your understanding, from looking
16  at all of this, why is it that he wanted to do that?  Why would
17  he want to do that?
18           THE WITNESS:  Right.  It gets back to that ECD
19  control, that pressure control.  He's going to have to pump
20  this job slower.  It you pump it slower, it's going to take
21  longer.  And so he wants that additional -- that additional
22  safety factor in there to make sure he gets it in place.
23           THE COURT:  Okay.
24  BY MR. CERNICH:
25  Q.   Mr. Benge, a moment ago I was asking about the effect of

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 3:29PM | 1 | retarder on the nitrogen. |
| 3:29PM | 2 | A.   Yes, sir. |
| 3:29PM | 3 | Q.   Can you explain that concept? |
| 3:29PM | 4 | A.   Well, as it stays -- as you can imagine, the -- as it |
| 3:30PM | 5 | stays liquid longer, there's more chance for instability.  The |
| 3:30PM | 6 | foam is a stable mixture of gas and cement slurry; but the |
| 3:30PM | 7 | longer it says liquid, the more chance there is of something |
| 3:30PM | 8 | bad to happen.  You can get some destabilization, you can get |
| 3:30PM | 9 | gas movement.  If you leave it liquid longer, bad things can |
| 3:30PM | 10 | happen. |
| 3:30PM | 11 | Q.   And do you know what retarder concentration BP ultimately |
| 3:30PM | 12 | used on the Macondo well? |
| 3:30PM | 13 | A.   It was 9 gallons per 100, or .09 gallons per sack. |
| 3:30PM | 14 | Q.   Do you know whether BP provided its engineers with any |
| 3:30PM | 15 | training in cement? |
| 3:30PM | 16 | A.   Yes, sir, I do. |
| 3:30PM | 17 | Q.   How do you know that? |
| 3:30PM | 18 | A.   Well, I've looked at job performance reports that the |
| 3:30PM | 19 | folks filled out; but I also have looked at the work from |
| 3:30PM | 20 | Dr. Robert Beirute. |
| 3:31PM | 21 | Q.   Did you look at any job performance reports for any of the |
| 3:31PM | 22 | engineers on the Macondo well? |
| 3:31PM | 23 | A.   Yes, sir, I did. |
| 3:31PM | 24 | Q.   Do you recall whose you reviewed? |
| 3:31PM | 25 | A.   Boy, you've lost -- I can't remember off the top of my |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:31PM    1   head.  I know I've looked at Mr. Morel's.  I've looked at John
3:31PM    2   Guide's, but he's not in engineering.  I'll apologize.  I just
3:31PM    3   can't remember right now all of them that I looked at.  I
3:31PM    4   looked at as many as I had available.
3:31PM    5   Q.   Did any of those job performance reviews have anything
3:31PM    6   about training?
3:31PM    7   A.   Yes.  They identified a lot of the training schools that
3:31PM    8   people went to.  One was Brian Morel -- and I'll apologize.
3:31PM    9   That's where we identified that Mr. Morel had attended the DTA,
3:31PM   10   Drilling Training Alliance, the same one-week class that I
3:31PM   11   would send ExxonMobil engineers to.
3:31PM   12   Q.   You mentioned Dr. Beirute?
3:31PM   13   A.   Oh, I'm sorry, I've known Robert forever also.
3:32PM   14   Dr. Beirute is, in my opinion, a world-class cementing expert.
3:32PM   15   He also has served as past chairman of the API.  He's written a
3:32PM   16   number of papers.  He actually started with Western, worked for
3:32PM   17   Amoco and retired during the BP merger.  He's now -- he teaches
3:32PM   18   classes.  Like I say, he's an excellent -- he's a world-class
3:32PM   19   cementer.
3:32PM   20   Q.   Is Dr. Beirute serving as a testifying expert for BP in
3:32PM   21   this matter?
3:32PM   22   A.   No, sir.  That's rather curious.
3:32PM   23   Q.   Before we move on from the express job objectives, is it
3:32PM   24   the operator's responsibility to set the job objectives?
3:32PM   25   A.   Yes, it is.

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:32PM  1   Q.   You also identified the use of leftover cement as a risk.

3:32PM  2        MR. CERNICH:  Can we go to the next slide, please.

3:32PM  3        THE WITNESS:  Yes, I did.  That's an additional risk.

3:32PM  4   The cement -- the dry blend, if you will, that mix that's out

3:33PM  5   on the rig, was not originally designed as a foam cement

3:33PM  6   system.  It was designed for a different purpose.  So it's

3:33PM  7   being repurposed.  And so you've got to use it as the foam

3:33PM  8   cement.

3:33PM  9             It was not originally intended to be foamed; and

3:33PM  10  because of that, there's additives that are already blended in

3:33PM  11  there that you wouldn't normally put into a foam cement design.

3:33PM  12  BY MR. CERNICH:

3:33PM  13  Q.   Okay.  I'd like to look briefly at the actual slurry

3:33PM  14  design.

3:33PM  15       MR. CERNICH:  If we could go to Exhibit 3020, please.

3:33PM  16  BY MR. CERNICH:

3:33PM  17  Q.   Do you recognize this document, Mr. Benge?

3:33PM  18  A.   Yes, sir, I do.

3:33PM  19  Q.   Okay.  And this is an e-mail from Jesse Gagliano, dated

3:33PM  20  April 15th, 2010, to -- I'm sorry, Brett Cocales and John Guide

3:33PM  21  and Greg Walz, among others; is that right?

3:34PM  22  A.   Yes, sir, a whole gaggle of folks from both BP and

3:34PM  23  Halliburton.

3:34PM  24  Q.   And there are a couple of attachments.

3:34PM  25       MR. CERNICH:  If we could go to the next page,

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 3:34PM | 1 | please. |
| 3:34PM | 2 | **BY MR. CERNICH:** |
| 3:34PM | 3 | **Q.**   Do you recognize this document? |
| 3:34PM | 4 | **A.**   Yes, sir, I do. |
| 3:34PM | 5 | **Q.**   And what is this? |
| 3:34PM | 6 | **A.**   This is one of the design reports that was attached to |
| 3:34PM | 7 | that e-mail. |
| 3:34PM | 8 |          **MR. CERNICH:**  If we could go to the next page, |
| 3:34PM | 9 | please. |
| 3:34PM | 10 | **BY MR. CERNICH:** |
| 3:34PM | 11 | **Q.**   Do you know what this page is? |
| 3:34PM | 12 | **A.**   Yes, sir.  That's the first -- that's the canned page you |
| 3:34PM | 13 | always get with these types of reports.  That's marketing |
| 3:34PM | 14 | speak.  It doesn't -- I never pay attention to it.  It doesn't |
| 3:34PM | 15 | mean anything to me. |
| 3:34PM | 16 | **Q.**   It says:  "Enclosed is our recommended procedure." |
| 3:35PM | 17 |          Did you consider that to be a recommended procedure |
| 3:35PM | 18 | when you received it? |
| 3:35PM | 19 | **A.**   No, sir.  I've worked with these reports and OptiCem for |
| 3:35PM | 20 | years.  You always get that.  We use OptiCem and the design as |
| 3:35PM | 21 | a what-if.  So you have to get the printout for it, and that |
| 3:35PM | 22 | always comes with every printout. |
| 3:35PM | 23 |          So if I ask Halliburton, for example, to run three |
| 3:35PM | 24 | different scenarios for me, well, I'll get the same thing on |
| 3:35PM | 25 | each one.  I know they're not the recommendation because we're |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:35PM  1    playing what-if.  We don't know our recommendation yet until we

3:35PM  2    see the results of output.

3:35PM  3    Q.   Were there additional reports like this from Halliburton

3:35PM  4    that were provided to BP before the cementing of the well?

3:35PM  5    A.   Yes, sir.  This is one of several.

3:35PM  6         MR. CERNICH:  Could we go to the next page, please.

3:35PM  7    BY MR. CERNICH:

3:35PM  8    Q.   Can you identify this page to the Court?

3:35PM  9    A.   Yes, sir.  This is the -- this is a page showing some of

3:35PM  10   the fluids that would be pumped on the Macondo well.

3:35PM  11   Q.   Does this include the --

3:36PM  12        MR. CERNICH:  If we could move down the page a bit.

3:36PM  13   BY MR. CERNICH:

3:36PM  14   Q.   That's the spacer that's up at the top; is that right?

3:36PM  15   A.   Right.  There will be the spacer.  You'll have the lead

3:36PM  16   cement or the -- the only difference in the unfoamed and the

3:36PM  17   foamed cement, turn the nitrogen truck on or off.  It's all one

3:36PM  18   blend.  We talk about in this case a lead or a tail.  It's

3:36PM  19   either unfoamed or it's foamed, but the constituents are all

3:36PM  20   the same.

3:36PM  21        MR. CERNICH:  Could we focus in on the constituents,

3:36PM  22   please.  Right there in the middle of the page, please.  Thank

3:36PM  23   you.

3:36PM  24   BY MR. CERNICH:

3:36PM  25   Q.   And is this the formula for the Macondo slurry?

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 3:36PM | 1 | **A.**   Yes, sir, it is. |
| 3:36PM | 2 | **Q.**   And is this the formula that was actually pumped down the |
| 3:36PM | 3 | well? |
| 3:36PM | 4 | **A.**   Yes, sir, it is.  That has the .09, or 9 gallons per 100 |
| 3:36PM | 5 | of the SDR.  So that is the cement system that was pumped on |
| 3:37PM | 6 | the Macondo well. |
| 3:37PM | 7 | **Q.**   And do you see the third constituent down there, something |
| 3:37PM | 8 | called D-Air 3000? |
| 3:37PM | 9 | **A.**   Yes, sir.  That's a defoamer. |
| 3:37PM | 10 | **Q.**   And it says "defoamer" right there in the document? |
| 3:37PM | 11 | **A.**   Yes, it does.  And the name's pretty self explanatory: |
| 3:37PM | 12 | D-Air and defoamer. |
| 3:37PM | 13 | **Q.**   And this is the document that was sent to BP engineers on |
| 3:37PM | 14 | April 15th? |
| 3:37PM | 15 | **A.**   Yes, sir. |
| 3:37PM | 16 | **Q.**   Do you know why someone would use leftover cement for a |
| 3:37PM | 17 | cement job? |
| 3:37PM | 18 | **A.**   There can be logistics.  It's also a cost saving.  You try |
| 3:37PM | 19 | to optimize.  As an operator, once that cement's on my rig, I |
| 3:37PM | 20 | own it.  So if I can optimize it and use it somewhere else, |
| 3:37PM | 21 | that's good business sense.  You're trying to make the best of |
| 3:37PM | 22 | your inventory. |
| 3:37PM | 23 | **Q.**   What's the role of the operator in slurry design? |
| 3:37PM | 24 | **A.**   The operator has to set the objectives.  They have to |
| 3:37PM | 25 | understand -- and if -- by the objectives and what the well -- |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:37PM   1   what the operating envelope is, that's going to drive the

3:38PM   2   slurry design.

3:38PM   3          But in the end, the operator still has to look and

3:38PM   4   see, is that slurry design appropriate for that well, and does

3:38PM   5   it meet the requirements?

3:38PM   6          MR. CERNICH:  Could we go to Exhibit 569, please.

3:38PM   7   BY MR. CERNICH:

3:38PM   8   Q.   Can you identify this document, Mr. Benge?

3:38PM   9   A.   Yes, sir.  That's a BP document on cementing

3:38PM   10  responsibilities for various personnel in their organization.

3:38PM   11  Q.   Did you have similar documents at ExxonMobil?

3:38PM   12  A.   Yes, sir, we did.

3:38PM   13         MR. CERNICH:  All right.  Could we go to the next

3:38PM   14  page, please.  If we could focus in on the top of that page.

3:38PM   15  BY MR. CERNICH:

3:38PM   16  Q.   Do you see this item in the checklist?

3:38PM   17  A.   Yes, sir, I do.

3:38PM   18  Q.   This says:  "Verify that the final slurry recommendation

3:38PM   19  meets the job requirements, including DWOP and ETP compliance."

3:38PM   20         Did I read that correctly?

3:38PM   21  A.   Yes, sir.  That's in concert with the documents that I've

3:38PM   22  prepared throughout my career.

3:38PM   23  Q.   And this particular item in the checklist is listed as a

3:39PM   24  responsibility of whom?

3:39PM   25  A.   That's for the well site leaders and for the engineers.

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 3:39PM | 1 | **Q.**   Who are operator employees? |
| 3:39PM | 2 | **A.**   That's correct, yes.  This is a BP document. |
| 3:39PM | 3 | **MR. CERNICH:**  Could we go to Exhibit 6233. |
| 3:39PM | 4 | BY MR. CERNICH: |
| 3:39PM | 5 | **Q.**   Do you recognize this document, Mr. Benge? |
| 3:39PM | 6 | **A.**   Yes, sir, I do.  This is an SRP, or a segment-recommended |
| 3:39PM | 7 | practice, for cement laboratory testing. |
| 3:39PM | 8 | **MR. CERNICH:**  If you could focus in on the center of |
| 3:39PM | 9 | that, please. |
| 3:39PM | 10 | BY MR. CERNICH: |
| 3:39PM | 11 | **Q.**   Do you see the author of this document? |
| 3:39PM | 12 | **A.**   Yes.  The technical authority, that is Daryl Kellingray. |
| 3:39PM | 13 | He worked with Ashley a whole lot.  Daryl is over in the UK. |
| 3:39PM | 14 | He's one of the global cement specialists for BP. |
| 3:39PM | 15 | **Q.**   You know Mr. Kellingray as well? |
| 3:39PM | 16 | **A.**   I know Daryl as well. |
| 3:39PM | 17 | **Q.**   Did you have similar documents to this at ExxonMobil? |
| 3:40PM | 18 | **A.**   Yes, sir, we did. |
| 3:40PM | 19 | **Q.**   Why did you have those documents? |
| 3:40PM | 20 | **A.**   Well, again, if you've got a particular way that you want |
| 3:40PM | 21 | tests run, if there are risks that you want to identify, you |
| 3:40PM | 22 | would have that available to your engineers to use. |
| 3:40PM | 23 | **Q.**   Did you provide these types of documents to your cement |
| 3:40PM | 24 | service providers? |
| 3:40PM | 25 | **A.**   Yes, sir.  If I've got something I want them to do |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:40PM   1    special, if I don't tell them, I can't expect them to do it.

3:40PM   2    So we would absolutely -- as a matter of fact, some of ours

3:40PM   3    would be in the contracts.  I would do training with the

3:40PM   4    service providers to make sure that, yes, they're complying

3:40PM   5    with whatever requirements we had.  And we'd double-check on

3:40PM   6    that.  I'd go to the lab and see if they're doing it.

3:40PM   7             MR. CERNICH:  Could we go to the next slide, please.

3:40PM   8    BY MR. CERNICH:

3:40PM   9    Q.    You identified "started job without lab testing as a

3:40PM   10   risk"; is that right?

3:40PM   11   A.    Yes, I did.  Again, these start to become additive.

3:41PM   12   Because I used the leftover cement that wasn't originally

3:41PM   13   designed for foaming, it puts more onus on lab testing.  I need

3:41PM   14   to make sure I've got all those lab tests.  Because if I'm

3:41PM   15   using a make-do slurry, if you will, I've got to make sure that

3:41PM   16   I've got all my testing done.  And this job we started without

3:41PM   17   what I consider critical lab tests.

3:41PM   18   Q.    Did you have some criticisms of lab tests in here?

3:41PM   19   A.    Yes, I did, and that's in my report.

3:41PM   20   Q.    And who was responsible for testing the slurry?

3:41PM   21   A.    That's Halliburton who's responsible for testing the

3:41PM   22   slurry.

3:41PM   23   Q.    Could you summarize for the Court your criticisms of the

3:41PM   24   lab testing?

3:41PM   25   A.    Once again, this is a leftover cement, and because of

GLEN BENGE - DIRECT

3:41PM   1    that, it puts more onus on the testing.  I didn't see any --

3:41PM   2    API, in the testing document that we prepared, has both testing

3:41PM   3    for set and unset cement.  None of the unset testing was run.

3:42PM   4    That gives you a real quick screening.  You don't have to wait

3:42PM   5    for it to set to do that.  That wasn't done in this case.  So

3:42PM   6    you're missing out on an opportunity to get some additional

3:42PM   7    data.

3:42PM   8            And, again, it's because it's a leftover cement.  All

3:42PM   9    the data you can get from it is very important.

3:42PM   10   Q.   Did BP have any responsibility with regard to lab testing?

3:42PM   11   A.   No.  They don't have a lab.

3:42PM   12   Q.   Did you review the lab testing that was available before

3:42PM   13   this cement job was pumped?

3:42PM   14   A.   Yes, sir, I did.

3:42PM   15   Q.   What was available?

3:42PM   16   A.   Prior to starting this cement job, what was available were

3:42PM   17   some compressive strength tests; thickening time tests;

3:42PM   18   rheology, how thick is the slurry; and a mixability test, I

3:42PM   19   believe.  But there were no -- there were no foam -- there was

3:42PM   20   no successful foam stability test prior to pumping this job.

3:42PM   21   Q.   So did BP start this job without a successful foam

3:43PM   22   stability test?

3:43PM   23   A.   Yes, sir.

3:43PM   24   Q.   Should BP have started this job without a successful foam

3:43PM   25   stability test?

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 3:43PM | 1 | A.   In my opinion, no, sir. |
| 3:43PM | 2 | Q.   Is it prudent to start a foam cement job without a |
| 3:43PM | 3 | successful foam stability test? |
| 3:43PM | 4 | A.   It's not. |
| 3:43PM | 5 | Q.   And as the operator, was it BP's decision to proceed with |
| 3:43PM | 6 | the cement job with incomplete lab testing? |
| 3:43PM | 7 | A.   Yes, sir, it was. |
| 3:43PM | 8 |      MR. CERNICH:  If we could go to Exhibit 1396, please. |
| 3:43PM | 9 | BY MR. CERNICH: |
| 3:43PM | 10 | Q.   Can you identify this document, Mr. Benge? |
| 3:43PM | 11 |      MR. CERNICH:  Actually, if we could go to the next |
| 3:43PM | 12 | page of this e-mail. |
| 3:43PM | 13 | BY MR. CERNICH: |
| 3:43PM | 14 | Q.   Do you recall this document? |
| 3:43PM | 15 | A.   Yes, sir, I do. |
| 3:43PM | 16 | Q.   This is an e-mail from Mr. Morel to Mr. Hafle dated |
| 3:43PM | 17 | April 17th, 2010; is that right? |
| 3:43PM | 18 | A.   Yes, sir, it is. |
| 3:43PM | 19 | Q.   With the subject "lab tests"? |
| 3:43PM | 20 | A.   Yes, sir. |
| 3:43PM | 21 | Q.   And Mr. Morel writes to Mr. Hafle:  "I'm about to send |
| 3:44PM | 22 | this to John and Greg but wanted to send it past you first to |
| 3:44PM | 23 | make sure I'm not being out of line.  Jesse isn't cutting it |
| 3:44PM | 24 | anymore." |
| 3:44PM | 25 |      Did I read that correctly? |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:44PM  1    A.   Yes, sir, you did.

3:44PM  2         MR. CERNICH:  Can we move down to the next section of

3:44PM  3    the e-mail, please.

3:44PM  4    BY MR. CERNICH:

3:44PM  5    Q.   Mr. Morel goes on:  "John and Greg, I need help next week

3:44PM  6    dealing with Jesse.  I asked for these lab tests to be

3:44PM  7    completed multiple times early last week and Jesse still waited

3:44PM  8    until the last minute, as he has done throughout this well.

3:44PM  9    This doesn't give us enough time to tweak the slurry to meet

3:44PM  10   our needs.  As a team, we requested that he run another test

3:44PM  11   with 9 gallons on Wednesday.  I know the first test had issues,

3:44PM  12   but I do not understand what took so long to get it underway

3:44PM  13   and why a new one can't be put on right away.  There is no

3:44PM  14   excuse for this as the cement and chemicals we are running has

3:44PM  15   been on location for weeks."

3:44PM  16        Did I read that correctly?

3:45PM  17   A.   Yes, sir, you did.

3:45PM  18   Q.   What does this indicate to you?

3:45PM  19   A.   Well, BP was having difficulties with getting timely test

3:45PM  20   results from Jesse and was aware of that and were prepared to

3:45PM  21   send this up to their management.

3:45PM  22   Q.   Yet, BP still proceeded with the cement job without a

3:45PM  23   successful foam stability test?

3:45PM  24   A.   Yes, sir.

3:45PM  25   Q.   And did BP save time by not waiting on a foam stability

GLEN BENGE - DIRECT

3:45PM  1    test?

3:45PM  2    A.   Yes, sir.

3:45PM  3    Q.   Can we go to the next risk you identified, foam cement in

3:45PM  4    SOBM?  And that's synthetic oil-based mud?

3:45PM  5    A.   Yes.

3:45PM  6         **THE WITNESS:**  As I stated, Your Honor, foam cement's

3:45PM  7    got surfactants in it that allow it to be foam.  So -- and soap

3:45PM  8    and oil love each other, I guess, for lack of a better word.

3:45PM  9         Synthetic oil-based mud and contamination will

3:46PM  10   destabilize that foam.  It will -- any time you've done --

3:46PM  11   well, any time some people have done dishes in a sink, you

3:46PM  12   always wash your greasy pan last because -- and if you do that,

3:46PM  13   the foam disappears and it's because that surfactant goes in

3:46PM  14   and grabs ahold of that oil.  That's the love of its life.

3:46PM  15         The same thing happens with foam cement; if you

3:46PM  16   get synthetic oil-based mud into a foam cement, it will

3:46PM  17   destabilize it, the gas will come out.  That's an

3:46PM  18   acknowledgment and that's a very common risk and it's

3:46PM  19   acknowledged.

3:46PM  20   BY MR. CERNICH::

3:46PM  21   Q.   Is it uncommon to use foam cement with oil-based mud?

3:46PM  22   A.   No, there's a lot of folks that do it.  But because it's

3:46PM  23   in a synthetic oil-based environment, it adds a risk; you've

3:46PM  24   got to be more careful with everything else.

3:46PM  25   Q.   Do you personally do it?

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:46PM   1   A.   I don't.  I don't find that to be an acceptable risk and I

3:46PM   2   have not ever recommended a foam in a synthetic mud

3:46PM   3   environment, but it is done.

3:47PM   4   Q.   Did you see any evidence that BP was aware of that risk?

3:47PM   5   A.   Yes, sir, from both their internal -- Erick Cunningham,

3:47PM   6   their internal expert, as well as Halliburton informed them of

3:47PM   7   that risk.

3:47PM   8           MR. CERNICH:  Could we go to Exhibit 625, please.

3:47PM   9   BY MR. CERNICH:

3:47PM  10   Q.   Can you identify this document?

3:47PM  11   A.   Yes.  This is an e-mail from Mr. Cunningham to Mr. Morel

3:47PM  12   about the foam -- or a nitrogen production job, foam cement

3:47PM  13   job.  And within this, in the second paragraph down, where we

3:47PM  14   can really quickly see it, it says:  Foaming cement after

3:47PM  15   swapping to SOBM, synthetic oil-based mud, presents some

3:47PM  16   significant stability challenges for the foam as the base oil

3:47PM  17   in the mud destabilizes most foaming surfactants and will

3:47PM  18   result in nitrogen breakout if contamination occurs, which is

3:47PM  19   exactly what we just discussed.

3:47PM  20           So this is Mr. Cunningham, who is the BP Western

3:47PM  21   Hemisphere's cement expert, back in March sending to Brian

3:48PM  22   Morel, who's on the drill team, if you do this, there's a

3:48PM  23   danger of the foam destabilizing in a synthetic oil mud

3:48PM  24   environment.

3:48PM  25   Q.   Did Mr. Cunningham suggest a way to mitigate this?

GLEN BENGE - DIRECT

3:48PM  1    **A.**    There is.  You've got to spend a lot of attention -- like
3:48PM  2    I said, little things matter.  So you've got to spend a lot of
3:48PM  3    attention to spacer programs.  You also have to run a
3:48PM  4    non-foamed cap to try to separate, to keep those fluids apart.
3:48PM  5    Because you get them together and they will destabilize.
3:48PM  6    **Q.**    Did you see any evidence that Mr. Cunningham agreed with
3:48PM  7    the Macondo cement design?
3:48PM  8    **A.**    Actually, I saw quite the opposite.
3:48PM  9        **MR. CERNICH:**  Could we go to Exhibit 16, please.
3:48PM  10   **BY MR. CERNICH:**
3:48PM  11   **Q.**    Can you identify this document, Mr. Benge?
3:48PM  12   **A.**    Yes, sir.  These are interview notes of Erick Cunningham.
3:48PM  13   **Q.**    Okay.
3:48PM  14       **MR. CERNICH:**  Could we go to the next page, please?
3:48PM  15   And I think we have a fly-out there.  Yes.
3:48PM  16   **BY MR. CERNICH:**
3:48PM  17   **Q.**    Do you know, are these Bly report interview notes?
3:49PM  18   **A.**    Yes, sir.
3:49PM  19   **Q.**    Can you explain the portion -- the relevant portions of
3:49PM  20   these e-mails to the Court?
3:49PM  21   **A.**    Sure.  These are from Erick Cunningham, and he's
3:49PM  22   challenging the foam application usage and the complexity of
3:49PM  23   the job.  As we've been talking, this is a synthetic oil mud
3:49PM  24   environment.  It adds additional complexity.
3:49PM  25       He's also saying that, during the meeting, unfoamed

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:49PM  1   cement was feasible and was a better option in his opinion.  So

3:49PM  2   this well did not require the use of foam cement.

3:49PM  3   Q.   Was unfoamed cement feasible here?

3:49PM  4   A.   Yes, sir, it was.

3:49PM  5   Q.   What would have been required to use unfoamed cement?

3:49PM  6   A.   You would have designed a 14.5 pound per gallon standard

3:49PM  7   cement system.  Pretty generic.  You would have had to have

3:49PM  8   designed it, blended it, sent it out to the rig.  You would

3:50PM  9   have not used the leftover cement.  You would have had a new

3:50PM  10  cement plan.

3:50PM  11  Q.   And in the next section from the April 14th, 8:30 a.m.

3:50PM  12  meeting, it says:  Concerns about frac gradients and pore

3:50PM  13  pressure and what was the most representative scenario.

3:50PM  14       So does this indicate that the team was concerned

3:50PM  15  about the frac gradients and pore pressure at this meeting?

3:50PM  16  A.   Well, again, this echos what we've seen throughout the

3:50PM  17  design of the cement job, the ECD control was driven by pore

3:50PM  18  pressure and frac gradient and that remained a concern

3:50PM  19  throughout the design process.

3:50PM  20  Q.   Okay.  Thank you.

3:50PM  21       Was it ultimately BP's decision to use foam cement?

3:50PM  22  A.   I don't know.  I think it was a shared -- it was

3:50PM  23  recommended it was done; but in order to put it in the well, BP

3:50PM  24  had to approve it.

3:50PM  25  Q.   And that was despite a challenge from Mr. Cunningham, BP's

GLEN BENGE - DIRECT

3:50PM  1   in-house cement expert?

3:50PM  2   **A.**   Despite a challenge from Mr. Cunningham.

3:51PM  3          **MR. REGAN:**   Your Honor, I'm just going to object to

3:51PM  4   his last question because they're using a document that appears

3:51PM  5   to be an interview note of a meeting of what appears to be six

3:51PM  6   people, plus Mr. Cunningham.   There's no indication in the

3:51PM  7   notes that are being used as to who is saying what and who is

3:51PM  8   expressing concerns.

3:51PM  9          I understand as an expert he can read it and

3:51PM  10  give his interpretation; but for the record, I don't think it's

3:51PM  11  fair to attribute specific sentences in this memo to an intent

3:51PM  12  or a state of mind or belief of one person amongst the multiple

3:51PM  13  people that were there.

3:51PM  14         **MR. CERNICH:**   Your Honor, we have the deposition of

3:51PM  15  Mr. Cunningham where he was questioned about these notes and

3:51PM  16  confirmed that he made these statements.   I also have the --

3:51PM  17         **THE COURT:**   Did you read that deposition, sir?

3:51PM  18         **THE WITNESS:**   Yes, sir, I did.

3:51PM  19         **THE COURT:**   Okay.   Overrule the objection.

3:51PM  20         **MR. CERNICH:**   Thank you, Your Honor.

3:51PM  21         If we could go to the next slide, please.

3:52PM  22  Mr. Benge -- slide 17, please.

3:52PM  23  **BY MR. CERNICH:**

3:52PM  24  **Q.**   You identify inadequate centralization as another risk?

3:52PM  25  **A.**   Yes, sir, that's an additional risk that I've identified.

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 3:52PM | 1 | **Q.**   What is centralization? |
| 3:52PM | 2 | **A.**   Centralization, I've got a brief little graphic on that or |
| 3:52PM | 3 | a video, if we can.  But it's basically putting that |
| 3:52PM | 4 | centralizer on the pipe to move it toward the middle of the |
| 3:52PM | 5 | wellbore. |
| 3:52PM | 6 |         **MR. CERNICH:**  Could we have the animation pulled up |
| 3:52PM | 7 | on centralizers, please?  And this is D-3528.  This is a |
| 3:52PM | 8 | demonstrative. |
| 3:52PM | 9 |         **THE WITNESS:**  And this is a -- if we can, I'll ask if |
| 3:52PM | 10 | we can pause the video for just a moment. |
| 3:52PM | 11 |             The red -- the red thing here is a bow spring |
| 3:53PM | 12 | centralizer.  So those bows on the outside are made to move in |
| 3:53PM | 13 | and out.  They're a spring, basically. |
| 3:53PM | 14 |             The small -- the second thing that's in there in |
| 3:53PM | 15 | the middle, that's the stop collar.  So that has the screws in |
| 3:53PM | 16 | it and the -- so that's slipped onto the pipe. |
| 3:53PM | 17 |             So this is a bow spring centralizer -- and we |
| 3:53PM | 18 | can move forward with the video real quick -- showing in a very |
| 3:53PM | 19 | stylized -- artists are always real good at stylizing things |
| 3:53PM | 20 | and making them nice and straight -- of a centralized hole on |
| 3:53PM | 21 | the left where you've got complete coverage all the way around. |
| 3:53PM | 22 | There's no -- |
| 3:53PM | 23 |         **MR. CERNICH:**  Can we pause this, please? |
| 3:53PM | 24 |         **THE WITNESS:**  Yeah.  There's no preferential flow |
| 3:53PM | 25 | path, if you will.  And on the right-hand side, that pipe is |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | |
|---|---|
| 3:53PM | 1 |
| 3:53PM | 2 |
| 3:53PM | 3 |

3:53PM 1 off to the side, it's X-centered.  So it's easier to flow on

3:53PM 2 the wide side of that annulus.

3:53PM 3       We always talk about percent standoff.  Percent

3:53PM 4 standoff, if you're perfectly in the middle, that's

3:54PM 5 100 percent.  If that pipe is touching that formation, you're

3:54PM 6 at zero percent.  So what percent are you, how far are you away

3:54PM 7 from being right smack dab in the middle?

3:54PM 8       **MR. CERNICH:**  Can we continue with the animation,

3:54PM 9 please.

3:54PM 10       **THE WITNESS:**  And this portion of the animation will

3:54PM 11 show as fluids are being pumped, the gray's coming up as

3:54PM 12 cement.  And you can see because the pipe is over to one side,

3:54PM 13 you get a preferential flow path.  It's easier to flow where

3:54PM 14 there's more room.  So you get a preferential flow path

3:54PM 15 where -- on the casing on the right-hand side that's

3:54PM 16 X-centered, you're leaving behind a channel, a fluid filled --

3:54PM 17 that will be a mud channel.  There won't be any cement there.

3:54PM 18 You can't -- that won't form a barrier.  It will leave you a

3:54PM 19 flow path in the well.

3:54PM 20 **BY MR. CERNICH:**

3:54PM 21 **Q.**   And a flow path for what?

3:54PM 22 **A.**   The flow path for formation fluids up or down.

3:54PM 23 **Q.**   And that could be hydrocarbons?

3:55PM 24 **A.**   Yes, that could be hydrocarbons.

3:55PM 25 **Q.**   Or water?

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

3:55PM   1   A.   Or water or anything that's down there.

3:55PM   2   Q.   Why is centralization important?

3:55PM   3   A.   Well, that goes to the physics.  Again, I have to marry

3:55PM   4   chemistry and physics.  And the physics, there's not an

3:55PM   5   additive that will overcome physics in this case.  So you've

3:55PM   6   got to move that pipe away to be able to put -- to be able to

3:55PM   7   put cement all the way around to effect a -- to give you a

3:55PM   8   barrier.

3:55PM   9        MR. CERNICH:  Can we go to Exhibit 6230, please.

3:55PM  10   BY MR. CERNICH:

3:55PM  11   Q.   Do you recognize this document, Mr. Benge?

3:55PM  12   A.   Yes, sir, I do.

3:55PM  13   Q.   Okay.  And this is an e-mail from Mr. Cunningham, who

3:55PM  14   you've discussed already today?

3:55PM  15   A.   Yes, sir, that's from Erick.

3:55PM  16        MR. CERNICH:  And can we go to the attachment,

3:55PM  17   please.

3:55PM  18   BY MR. CERNICH:

3:55PM  19   Q.   Can you identify this document?

3:55PM  20   A.   Yes, sir.  This is a BP SRP document on cement placement.

3:56PM  21   Q.   And is on the author Daryl Kellingray?

3:56PM  22   A.   Again, yes, that's Daryl.

3:56PM  23        MR. CERNICH:  Could we go to the next page, please.

3:56PM  24   I'm sorry.  Can we go to page 3 of that report?

        25

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 3:56PM | 1 | **BY MR. CERNICH:** |
| 3:56PM | 2 | **Q.**   This is the introduction to that, and it says:  "The |
| 3:56PM | 3 | following document is a summary of BP and industry best |
| 3:56PM | 4 | practices that are proven to maximize the chance of first-time |
| 3:56PM | 5 | success." |
| 3:56PM | 6 |      Did I read that correctly? |
| 3:56PM | 7 | **A.**   Yes, sir, you did. |
| 3:56PM | 8 | **Q.**   And is this, like some of the other documents we've talked |
| 3:56PM | 9 | about, similar to the types of best practices you had at |
| 3:56PM | 10 | ExxonMobil? |
| 3:56PM | 11 | **A.**   Yes, sir, all those best practices are in concert with |
| 3:56PM | 12 | each other. |
| 3:56PM | 13 | **Q.**   That you developed? |
| 3:56PM | 14 | **A.**   That I developed, yes, sir. |
| 3:56PM | 15 | **Q.**   And it reads:  The primary cause of poor zonal isolation |
| 3:56PM | 16 | is due to poor mud placement [verbatim]. |
| 3:56PM | 17 |      Did I read that correctly? |
| 3:56PM | 18 | **A.**   No.  I believe you said "mud placement" and it's "mud |
| 3:57PM | 19 | displacement." |
| 3:57PM | 20 | **Q.**   Thank you.  Thank you. |
| 3:57PM | 21 |      And then the second bullet point there says:  "Not |
| 3:57PM | 22 | executing the agreed design effectively, incorrect installation |
| 3:57PM | 23 | of centralizers, mud not conditioned, unable to move pipe, |
| 3:57PM | 24 | reduced pump rates, incorrect spacer preparation." |
| 3:57PM | 25 |      Did I read that correctly? |

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 3:57PM | 1 | **A.**   Yes, sir, you did. |
| 3:57PM | 2 | **Q.**   And in your opinion, are those causes of poor zonal |
| 3:57PM | 3 | isolation? |
| 3:57PM | 4 | **A.**   Yes, sir.  As the document said, those are leading reasons |
| 3:57PM | 5 | for poor zone isolation. |
| 3:57PM | 6 | **Q.**   And did you identify some of these specific reasons in |
| 3:57PM | 7 | your report? |
| 3:57PM | 8 | **A.**   Yes, sir, I did.  I identified centralizers, mud |
| 3:57PM | 9 | conditioning, and reduced pump rates as risks in the Macondo |
| 3:57PM | 10 | well. |
| 3:57PM | 11 | **MR. CERNICH:**  And if we could go to page 5 of that |
| 3:57PM | 12 | document, please. |
| 3:57PM | 13 | I'm sorry.  Could we go back one page there? |
| 3:58PM | 14 | No, go to that file, please.  I'm sorry. |
| 3:58PM | 15 | **BY MR. CERNICH:** |
| 3:58PM | 16 | **Q.**   And it also identifies "an overreliance on the slurry |
| 3:58PM | 17 | design to mitigate problems, believing the cement slurry can |
| 3:58PM | 18 | mitigate any risks." |
| 3:58PM | 19 | Did I read that correctly? |
| 3:58PM | 20 | **A.**   Yes, sir, you did.  Again, this is echoing chemistry can't |
| 3:58PM | 21 | overcome physics; you have to have both.  There's not an |
| 3:58PM | 22 | additive that will let that cement move over into that |
| 3:58PM | 23 | non-flowing area. |
| 3:58PM | 24 | **MR. CERNICH:**  Can we go to the next page of this |
| 3:58PM | 25 | document? |

GLEN BENGE - DIRECT

3:58PM   1    **BY MR. CERNICH:**

3:58PM   2    **Q.**   Okay.  And at the top of this page, do you see where it

3:58PM   3    says "Fundamental Principles"?

3:58PM   4    **A.**   Yes, sir, I do.

3:58PM   5    **Q.**   And we've highlighted here "casing centralization."  Do

3:58PM   6    you see that?

3:58PM   7    **A.**   Yes, sir.

3:58PM   8    **Q.**   And it says:  "Pipe eccentricity in the wellbore creates

3:58PM   9    differential fluid velocities on the wide and narrow side of

3:59PM  10    the eccentric pipe.  This results in channeling and compromises

3:59PM  11    the quality of cement placement.  Use of casing centralizers to

3:59PM  12    provide standoff is critical in achieving cement placement to

3:59PM  13    provide zonal isolation."

3:59PM  14            Did I read that correctly?

3:59PM  15    **A.**   Yes, sir, you did.

3:59PM  16    **Q.**   And is that consistent with the opinions in your report?

3:59PM  17    **A.**   Yes, sir.

3:59PM  18            **MR. CERNICH:**  If we could go down to the bottom of

3:59PM  19    that page.  If we could pull the fly-out back.

3:59PM  20    **BY MR. CERNICH:**

3:59PM  21    **Q.**   And down at the bottom of that page, it says:  "Annular

3:59PM  22    velocity."

3:59PM  23            What does this mean, Mr. Benge?

3:59PM  24    **A.**   Well, annular velocity is energy, how fast are those

3:59PM  25    fluids flowing in that annulus.  And so as annular velocity

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 3:59PM | 1 | increases -- as you put energy into the well, you can clean it |
| 4:00PM | 2 | better and you can get things moving. |
| 4:00PM | 3 | If you've got oil on your hand and you just stick it |
| 4:00PM | 4 | in a bucket of water, it's not going to become very clean.  The |
| 4:00PM | 5 | more energy you put into it, if you can swish it around, you're |
| 4:00PM | 6 | adding energy. |
| 4:00PM | 7 | The way we do that in cementing is through pump |
| 4:00PM | 8 | rates.  So if I can pump faster, if I can get better annular |
| 4:00PM | 9 | velocity, I can clean and I can displace that mud bank. |
| 4:00PM | 10 | Q.   We will get to that a little bit further in your |
| 4:00PM | 11 | presentation; but while we're on this document, I just wanted |
| 4:00PM | 12 | to look at that quickly. |
| 4:00PM | 13 | MR. CERNICH:  Could we go to page 6 of the document? |
| 4:00PM | 14 | BY MR. CERNICH: |
| 4:00PM | 15 | Q.   This section is Section 3, and it's entitled "Risks."  Do |
| 4:00PM | 16 | you see that? |
| 4:00PM | 17 | A.   Yes, sir, I do. |
| 4:00PM | 18 | Q.   Are the risks identified here consistent with the risks |
| 4:00PM | 19 | you identify in your report? |
| 4:00PM | 20 | A.   Yes, they are. |
| 4:00PM | 21 | Q.   And can you tell the Court a little bit about these risks? |
| 4:01PM | 22 | A.   Well, these risks are, you know -- and if I look up at the |
| 4:01PM | 23 | very top right before this, it says "hole conditions."  Do I |
| 4:01PM | 24 | have a washed-out hole?  Is it nice and straight the way those |
| 4:01PM | 25 | artists always draw it, or is it washed out?  And I think in |

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:01PM | 1 | this case we know that it was washed out based on caliper data. |
| 4:01PM | 2 | Failure to achieve zonal isolation is a risk.  And it |
| 4:01PM | 3 | has mitigation factors, you know, centralization, optimization |
| 4:01PM | 4 | of rheologies. |
| 4:01PM | 5 | Density profiles, in other words, how do I design my |
| 4:01PM | 6 | fluids, how do I put them into the well?  Do I have thicker |
| 4:01PM | 7 | fluid, thinner fluid?  Do they weigh more or less? |
| 4:01PM | 8 | In this case we have a subsea wellhead system, and so |
| 4:01PM | 9 | pipe movement is off the table.  That's one of the limiting |
| 4:01PM | 10 | factors.  We would not be able to -- because of the design of |
| 4:01PM | 11 | all subsea wells, nobody can move pipe.  So that's not even a |
| 4:01PM | 12 | consideration in this case. |
| 4:02PM | 13 | Q.   Can you use centralizer in subsea wells? |
| 4:02PM | 14 | A.   Yes, you can.  I've used that.  BP has used those in this |
| 4:02PM | 15 | well. |
| 4:02PM | 16 | MR. CERNICH:  Could we go to page 17 of this |
| 4:02PM | 17 | document?  Just one last item here. |
| 4:02PM | 18 | BY MR. CERNICH: |
| 4:02PM | 19 | Q.   And this section refers to centralization.  Do you see |
| 4:02PM | 20 | that? |
| 4:02PM | 21 | A.   Yes, sir, I do. |
| 4:02PM | 22 | Q.   And this says:  "Good pipe centralization is critical to |
| 4:02PM | 23 | achieving reliable cement placement and zonal isolation." |
| 4:02PM | 24 | Did I read that correctly? |
| 4:02PM | 25 | A.   Yes, sir, you did. |

GLEN BENGE - DIRECT

4:02PM   1   **Q.**   Do you agree with that statement?

4:02PM   2   **A.**   Yes, sir, I do.

4:02PM   3   **Q.**   And then at the bottom it says:  "Centralizers themselves

4:02PM   4   may not always deliver the performance desired, but the

4:02PM   5   benefits of centralization for zonal isolation are

4:02PM   6   unquestionable."

4:02PM   7          Would you agree with that statement?

4:02PM   8   **A.**   Yes, sir, I do.  That's -- this is an important statement

4:02PM   9   in this case because centralizers just -- those are bow

4:02PM   10  springs.  So they are springs.  And so -- and I don't want to

4:03PM   11  misrepresent.  I put that up as a centralizer getting that pipe

4:03PM   12  perfectly in the middle.  That has no lateral force, or no

4:03PM   13  pushing force on the side of it that would force that spring to

4:03PM   14  collapse.  That's what they're designed to do.

4:03PM   15         This well spirals and so there's a -- because of

4:03PM   16  gravity, as it pulls it down, it forces that pipe over to the

4:03PM   17  side.  So I don't wish to represent in any way that that

4:03PM   18  picture -- just because there's a centralizer there, you have

4:03PM   19  to run the program to calculate what that force is because it

4:03PM   20  may not be right in the middle.  We'll draw it that way; but

4:03PM   21  without running the program to know what those forces are, we

4:03PM   22  don't know how far in that spring moves.

4:03PM   23         So I just want to make sure -- I didn't want to just

4:03PM   24  miss -- misidentify that.

4:03PM   25         **THE COURT:**   In other words, the pipe or casing is not

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:03PM | 1 | always perfectly in the middle? |
| 4:03PM | 2 | THE WITNESS:  It's not always -- |
| 4:03PM | 3 | THE COURT:  Even with the centralizer? |
| 4:04PM | 4 | THE WITNESS:  Even with the centralizer because it's |
| 4:04PM | 5 | going to squish that spring so much.  That's why we've got all |
| 4:04PM | 6 | those programs. |
| 4:04PM | 7 | THE COURT:  All right. |
| 4:04PM | 8 | BY MR. CERNICH: |
| 4:04PM | 9 | Q.   And I believe we talked earlier.  The hole isn't straight |
| 4:04PM | 10 | either? |
| 4:04PM | 11 | A.   No, sir, it's -- it spirals.  And you can tell that from |
| 4:04PM | 12 | the survey data. |
| 4:04PM | 13 | Q.   And how are centralizers installed? |
| 4:04PM | 14 | A.   Two or three different ways.  In this particular case, |
| 4:04PM | 15 | there were two types of centralizers.  One was an integral that |
| 4:04PM | 16 | is basically a piece of pipe with threads on either end so they |
| 4:04PM | 17 | come out preassembled. |
| 4:04PM | 18 | MR. CERNICH:  Could we go to page 16 of Exhibit 5990 |
| 4:04PM | 19 | of Mr. Benge's report? |
| 4:04PM | 20 | We have a couple photos, Your Honor. |
| 4:04PM | 21 | BY MR. CERNICH: |
| 4:04PM | 22 | Q.   Well, we'll just -- okay.  I'm sorry.  It's going to be -- |
| 4:05PM | 23 | well, we'll just move on. |
| 4:05PM | 24 | A.   I can describe it.  The integral centralizers are |
| 4:05PM | 25 | pre-installed.  They're in a small piece of casing -- |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:05PM | 1 | THE COURT:  You have a picture of them in your |
| 4:05PM | 2 | report. |
| 4:05PM | 3 | THE WITNESS:  I've got a picture of them in my |
| 4:05PM | 4 | report. |
| 4:05PM | 5 | THE COURT:  I've seen them.  They're pictures that |
| 4:05PM | 6 | are pretty good -- |
| 4:05PM | 7 | THE WITNESS:  Yeah.  They're there.  You screw it |
| 4:05PM | 8 | together, works great.  The other one is a bow spring, like was |
| 4:05PM | 9 | in the video. |
| 4:05PM | 10 | THE COURT:  The integral one is basically a sub, a |
| 4:05PM | 11 | piece of pipe threaded on each end and you just thread it on to |
| 4:05PM | 12 | the pipe, on to the casing? |
| 4:05PM | 13 | THE WITNESS:  Yeah.  You run it just like a pup |
| 4:05PM | 14 | joint, a little bitty pup joint.  But they're about 3, 4 feet |
| 4:05PM | 15 | long. |
| 4:05PM | 16 | THE COURT:  And it has the centralizer built on it? |
| 4:05PM | 17 | THE WITNESS:  Right.  It's pre-installed.  It's |
| 4:05PM | 18 | manufactured that way.  And then you've also got the ones, like |
| 4:06PM | 19 | we saw in the video, that slide on the bottom of the pipe and |
| 4:06PM | 20 | then you attach them that way. |
| 4:06PM | 21 | THE COURT:  Okay. |
| 4:06PM | 22 | BY MR. CERNICH: |
| 4:06PM | 23 | Q.   Mr. Benge, how do you determine what is adequate |
| 4:06PM | 24 | centralization? |
| 4:06PM | 25 | A.   It will depend on the actual job itself.  So you have to |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:06PM | 1 | look at -- you have to look at what are your objectives and |
| 4:06PM | 2 | also the programs.  Weatherford has programs, Halliburton, |
| 4:06PM | 3 | everybody does, on how -- what's the effect of centralization |
| 4:06PM | 4 | on the success or the potential success of that job. |
| 4:06PM | 5 | Q.    Was a program used for the Macondo well? |
| 4:06PM | 6 | A.    Yes, sir.  That would have been Halliburton's OptiCem, has |
| 4:06PM | 7 | a module in it that looks at centralization. |
| 4:06PM | 8 | Q.    All right.  Did you review the OptiCem modeling in this |
| 4:06PM | 9 | case? |
| 4:06PM | 10 | A.    Yes, sir, I did. |
| 4:06PM | 11 | Q.    What did you take away from that modeling? |
| 4:06PM | 12 | A.    In each case, as you increased the number of centralizers, |
| 4:06PM | 13 | you improved the cementing results.  As you're centralizing |
| 4:06PM | 14 | that pipe, your ECD, your pressures, actually go down with |
| 4:07PM | 15 | improved centralization because you're not getting the |
| 4:07PM | 16 | channeling involved. |
| 4:07PM | 17 | Q.    So are you saying that centralization actually reduces |
| 4:07PM | 18 | ECDs? |
| 4:07PM | 19 | A.    Yes.  And that was acknowledged -- that was acknowledged |
| 4:07PM | 20 | by BP in some communications as well. |
| 4:07PM | 21 | Q.    And how many centralizers were ultimately used on the |
| 4:07PM | 22 | Macondo production spring? |
| 4:07PM | 23 | A.    There were six integral centralizers running. |
| 4:07PM | 24 | Q.    Is that how many were planned? |
| 4:07PM | 25 | A.    No, originally there were 21 to be run. |

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:07PM | 1 | **Q.**   And what kind of centralizers were those? |
| 4:07PM | 2 | **A.**   Well, you'll have the original six integral centralizers |
| 4:07PM | 3 | at the top of this picture; and then you'll have an additional |
| 4:07PM | 4 | 15 of the bow spring centralizers with a stop collar. |
| 4:07PM | 5 | **Q.**   And were all of these centralizers bow spring |
| 4:07PM | 6 | centralizers? |
| 4:07PM | 7 | **A.**   Yes.  All of these are bow spring, it's just how they're |
| 4:07PM | 8 | attached to the pipe.  They're all those springs. |
| 4:08PM | 9 | **Q.**   Do you know why BP decided not to run the additional |
| 4:08PM | 10 | centralizers? |
| 4:08PM | 11 | **A.**   Yes.  I think that's identified in some e-mails, due to |
| 4:08PM | 12 | fear of getting stuck in the wellhead. |
| 4:08PM | 13 | **MR. CERNICH:**  Can we go to Exhibit 137. |
| 4:08PM | 14 | **BY MR. CERNICH:** |
| 4:08PM | 15 | **Q.**   Do you recognize this document, Mr. Benge? |
| 4:08PM | 16 | **A.**   Yes, sir, I do. |
| 4:08PM | 17 | **MR. CERNICH:**  If you could pull out the bottom half |
| 4:08PM | 18 | of that. |
| 4:08PM | 19 | **BY MR. CERNICH:** |
| 4:08PM | 20 | **Q.**   And the bottom e-mail is an e-mail from Greg Walz to John |
| 4:08PM | 21 | Guide, dated April 16th, 2010; is that right? |
| 4:08PM | 22 | **A.**   Yes, sir. |
| 4:08PM | 23 | **Q.**   Do you know who Mr. Walz was? |
| 4:08PM | 24 | **A.**   Yes, he's the engineering leader for the drill team. |
| 4:08PM | 25 | **Q.**   So did Mr. Morel and Mr. Hafle and Mr. Cocales report to |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:08PM | 1 | Mr. Walz? |
| 4:08PM | 2 | **A.**   Yes.  He was the engineering -- engineering lead. |
| 4:08PM | 3 | **Q.**   And who was Mr. Guide? |
| 4:09PM | 4 | **A.**   Mr. Guide's the operations superintendent or supervisor, I |
| 4:09PM | 5 | guess, for this -- I'm not sure of the -- I know what it is in |
| 4:09PM | 6 | ExxonMobil.  I can't remember what it is in BP. |
| 4:09PM | 7 | **Q.**   Okay.  And what did Mr. Walz have to say to Mr. Guide |
| 4:09PM | 8 | about centralizers? |
| 4:09PM | 9 | **A.**   Well, again, this echos what I just got through saying; |
| 4:09PM | 10 | and without going through all of this, it says that the model |
| 4:09PM | 11 | with -- up at the top, the model with six centralizers, the ECD |
| 4:09PM | 12 | was up above 15.06 pounds per gallon. |
| 4:09PM | 13 | When you ran more centralizers, the ECD was actually |
| 4:09PM | 14 | reduced, in this case to 14.65 pounds per gallon, which is |
| 4:09PM | 15 | consistent.  You're placing cement all the way around, you |
| 4:09PM | 16 | don't have the channeling, your pressures will come down. |
| 4:09PM | 17 | So centralization actually reduced the ECD on the |
| 4:09PM | 18 | well, which is what was the goal to make sure that lost |
| 4:09PM | 19 | circulation didn't occur. |
| 4:10PM | 20 | **MR. REGAN:**  Your Honor, if I just might impose an |
| 4:10PM | 21 | objection for clarity here?  The witness has not run any models |
| 4:10PM | 22 | himself.  He's reading about models run by others.  But I just |
| 4:10PM | 23 | don't want -- and I think it's clear -- |
| 4:10PM | 24 | **THE COURT:**  What he just said he was essentially |
| 4:10PM | 25 | reading or summarizing what he construed this e-mail to say? |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

4:10PM  1     **MR. REGAN:**  From other people's models, not from --

4:10PM  2  his opinions on centralization, he has done nothing independent

4:10PM  3  other than looking at other models.

4:10PM  4              So I object if we go beyond the scope.  I

4:10PM  5  thought we might have got a little over -- across the line

4:10PM  6  there, but perhaps we didn't.

4:10PM  7     **MR. CERNICH:**  Your Honor, I can ask Mr. Benge what

4:10PM  8  he's reviewed, if that would help you.

4:10PM  9     **THE COURT:**  Well, let's just clarify.  He didn't run

4:10PM  10  any of these models himself; right?

4:10PM  11     **MR. CERNICH:**  That's correct, Your Honor.

4:10PM  12  BY MR. CERNICH:

4:10PM  13  Q.   Mr. Benge, did you run any modeling yourself?

4:10PM  14  A.   No, sir.

4:10PM  15     **THE WITNESS:**  As you've noted, Your Honor, I was

4:10PM  16  noting, as he said, when he ran more centralizers, as it's

4:10PM  17  printed there on the e-mail.  I did not run any models.

4:10PM  18  BY MR. CERNICH:

4:10PM  19  Q.   Did you review the modeling that was done prior to the

4:11PM  20  Macondo production casing --

4:11PM  21  A.   Yes, sir, I did.

4:11PM  22  Q.   And did you review any modeling that was performed after

4:11PM  23  the Macondo production casing?

4:11PM  24  A.   Yes, sir, I did.

4:11PM  25  Q.   And did that modeling include modeling that was performed

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:11PM | 1 | by a company called CSI related to the Bly report? |
| 4:11PM | 2 | **A.**   Yes, sir. |
| 4:11PM | 3 | **Q.**   And you cite that in your -- |
| 4:11PM | 4 | **A.**   Yes, sir, I do. |
| 4:11PM | 5 | **Q.**   -- in your report? |
| 4:11PM | 6 | Okay.  And all of that modeling you've reviewed, what |
| 4:11PM | 7 | did you take away from it? |
| 4:11PM | 8 | **A.**   Well, all that modeling shows the same thing, that as you |
| 4:11PM | 9 | increase the number of centralizers, that the quality of the |
| 4:11PM | 10 | cement job improved, ECD goes down, as it says in this -- as it |
| 4:11PM | 11 | says in this e-mail. |
| 4:11PM | 12 | **Q.**   And is that consistent with your 36 years of experience in |
| 4:11PM | 13 | the oil field? |
| 4:11PM | 14 | **A.**   Yes, it's completely consistent with -- the physics is the |
| 4:11PM | 15 | physics; it doesn't change. |
| 4:11PM | 16 | **Q.**   Thank you. |
| 4:12PM | 17 | And so we were talking about this.  And Mr. Walz |
| 4:12PM | 18 | writes:  "David was still here in the office, and I discussed |
| 4:12PM | 19 | this with him, and he agreed that we needed to be consistent |
| 4:12PM | 20 | with honoring the model." |
| 4:12PM | 21 | Do you see that? |
| 4:12PM | 22 | **A.**   Yes, sir. |
| 4:12PM | 23 | **Q.**   And do you believe that BP should have honored the |
| 4:12PM | 24 | modeling that they had in front of them? |
| 4:12PM | 25 | **A.**   Yes, sir.  And thus the reason I identified it as a risk |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

4:12PM    1   that there was inadequate centralization.

4:12PM    2   **Q.**   How many centralizers did BP ultimately run?

4:12PM    3   **A.**   Six.

4:12PM    4   **Q.**   And did BP ever ask Halliburton to run an OptiCem model

4:12PM    5   with six centralizers?

4:12PM    6   **A.**   No, sir.

4:12PM    7   **Q.**   And did BP ever ask Halliburton to run an OptiCem model

4:12PM    8   with the six centralizers placed in the locations where BP

4:12PM    9   placed those centralizers?

4:12PM   10   **A.**   No, sir.

4:12PM   11           And to be perfectly clear, that was before the job;

4:13PM   12   is that correct?

4:13PM   13   **Q.**   That's correct.

4:13PM   14   **A.**   Yes.

4:13PM   15   **Q.**   That's what I'm talking about, before the job.

4:13PM   16           In your opinion, should BP have looked at an OptiCem

4:13PM   17   with the six centralizers placed where BP ultimately chose to

4:13PM   18   place those centralizers before pumping the cement job?

4:13PM   19   **A.**   Yes, sir.  Because without running that model, you don't

4:13PM   20   know how much that spring has squished in, so you don't know

4:13PM   21   what the effectiveness of your centralizer placement is without

4:13PM   22   running that model.

4:13PM   23   **Q.**   The Court heard some testimony yesterday regarding

4:13PM   24   guidance from wellhead manufacturers regarding centralizers.

4:13PM   25   In your years of experience in cementing, have you ever looked

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:13PM | 1 | at any of the recommendations by wellhead manufacturers |
| 4:13PM | 2 | regarding centralizers? |
| 4:13PM | 3 | **A.**   Yes, I have. |
| 4:14PM | 4 | **Q.**   Okay.  And do you recall what any of that -- what any of |
| 4:14PM | 5 | those recommendations or guidelines say? |
| 4:14PM | 6 | **A.**   Pretty much all of them say, "We don't want to run |
| 4:14PM | 7 | centralizers through our wellhead." |
| 4:14PM | 8 | **Q.**   Is that guidance or advice largely disregarded? |
| 4:14PM | 9 | **A.**   It's routinely ignored, yes, sir. |
| 4:14PM | 10 | **Q.**   Because operators actually do run centralizers through |
| 4:14PM | 11 | subsea wellheads? |
| 4:14PM | 12 | **A.**   Well, yes.  And in the case of the -- well, in the Macondo |
| 4:14PM | 13 | well, on the production stream there were six centralizers run |
| 4:14PM | 14 | through the wellhead. |
| 4:14PM | 15 | **Q.**   And those six centralizers were bow spring centralizers? |
| 4:14PM | 16 | **A.**   Yes, sir.  Those are all bow spring centralizers, yes. |
| 4:14PM | 17 | sir. |
| 4:14PM | 18 | **Q.**   Do you know where BP actually placed the centralizers on |
| 4:14PM | 19 | the Macondo casing? |
| 4:14PM | 20 | **A.**   I know where the proposal was, and that's in my report. |
| 4:14PM | 21 |        **MR. CERNICH:**  Could we go to -- I believe it's |
| 4:14PM | 22 | page 24 of Mr. Benge's report.  If we could blow up that |
| 4:15PM | 23 | figure. |
| 4:15PM | 24 | **BY MR. CERNICH:** |
| 4:15PM | 25 | **Q.**   Can you tell the Court what this is? |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

4:15PM  1    **A.**   That's the caliper log from the Macondo well.  And as

4:15PM  2    people will show -- and I will apologize, first of all, for the

4:15PM  3    scale on this.  The X axis -- those are 200 feet apart.  So

4:15PM  4    between the major divisions there is the distance of the

4:15PM  5    building next door.

4:15PM  6         The Y axis going to the right is inches.  So it's

4:15PM  7    the -- the decoration on the plates, if you will.  So as it

4:15PM  8    gets larger -- so the scale on this is very difficult.

4:15PM  9         But this is -- this is what we call a washed-out

4:15PM  10   hole.  And it's a symbol of a -- of a very fragile wellbore.

4:15PM  11   And we see this quite often in cementing, where you've got very

4:16PM  12   close pore pressures and frac gradients.  And wellbore

4:16PM  13   instability will cause this.

4:16PM  14        But the Xs on here, the red Xs, there's still one

4:16PM  15   further down at the float -- at the reamer shoe -- sorry.  But

4:16PM  16   those Xs will designate where those centralizers were placed.

4:16PM  17   **Q.**   Does the placement of these centralizers change your

4:16PM  18   opinion on the adequacy of the centralization on the Macondo

4:16PM  19   casing?

4:16PM  20   **A.**   No.  These centralizers -- and to the engineers' credit,

4:16PM  21   they tried to -- they had centralizers that we were going to

4:16PM  22   try to put them somewhere.  But there's not any modeling work.

4:16PM  23   This is just kind of "I guess we'll try to put them here and

4:16PM  24   hope for the best."

4:16PM  25        **THE COURT:**  So am I reading that right?  All the six

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:16PM | 1 | centralizers that were used were placed between 17,880 feet and |
| 4:16PM | 2 | 18,200 -- almost 280 feet? |
| 4:16PM | 3 | THE WITNESS:  Yes, sir.  There's one more that's not |
| 4:17PM | 4 | shown.  It's at the very bottom.  It's right at the reamer |
| 4:17PM | 5 | shoe.  So it would be a TD. |
| 4:17PM | 6 | THE COURT:  But this only shows five? |
| 4:17PM | 7 | THE WITNESS:  Right, that only shows five.  But that |
| 4:17PM | 8 | pretty much shows where they were placed in there. |
| 4:17PM | 9 | THE COURT:  Okay. |
| 4:17PM | 10 | THE WITNESS:  And those are all about -- again, the |
| 4:17PM | 11 | scale's bad because the X is a whole lot bigger than what the |
| 4:17PM | 12 | centralizer is.  It's only about 3-foot long. |
| 4:17PM | 13 | THE COURT:  I see. |
| 4:17PM | 14 | BY MR. CERNICH: |
| 4:17PM | 15 | Q.  And would you expect the pipe to rest against the sides of |
| 4:17PM | 16 | hole between those centralizers? |
| 4:17PM | 17 | A.  Oh, yes, sir.  Pipe's pretty flexible.  That hole is |
| 4:17PM | 18 | spiraling.  So, again -- yeah, between those centralizers, that |
| 4:17PM | 19 | pipe will be up against the wall. |
| 4:17PM | 20 | Q.  And can you describe what this caliper log told you about |
| 4:17PM | 21 | the -- about the bottom of the hole? |
| 4:18PM | 22 | A.  Well, I see this in cementing all the time.  That's a |
| 4:18PM | 23 | symbol of a washed out -- or hole instability.  It doesn't |
| 4:18PM | 24 | really wash out.  That's a poor oilfield term, and I'll |
| 4:18PM | 25 | apologize for it.  It gives you the impression that it's |

GLEN BENGE - DIRECT

4:18PM  1    washing because of the mud flowing back in behind there.

4:18PM  2    That's actually instability.  The hole's actually falling.

4:18PM  3    Some material's coming in on you.

4:18PM  4              It's just hole instability.  And that's what that --

4:18PM  5    this is very typical of a fragile, unstable situation.

4:18PM  6    Q.   And so the hole is bigger in some places and smaller in

4:18PM  7    other places?

4:18PM  8    A.   Yes, sir.

4:18PM  9    Q.   Did BP acknowledge the risk of the inadequate

4:18PM  10   centralization?

4:18PM  11   A.   Yes, sir, they did.

4:18PM  12   Q.   Do you recall where, specifically?

4:18PM  13   A.   Well, there's an e-mail that has been seen of "I hope

4:18PM  14   we'll get a good cement job."  There's a series of e-mails

4:18PM  15   associated with that where that's an acknowledged risk of

4:19PM  16   "We'll see how this works versus the model."

4:19PM  17             MR. CERNICH:  Could we go to Exhibit 1367.

4:19PM  18   BY MR. CERNICH:

4:19PM  19   Q.   And we looked at this, so I won't spend additional time on

4:19PM  20   it.  But is this the document to which you're referring,

4:19PM  21   Mr. Benge?

4:19PM  22   A.   Yes, sir.

4:19PM  23   Q.   What's the result of inadequate centralization?

4:19PM  24   A.   Well, you won't get cement placement all the way around

4:19PM  25   the pipe, and you'll leave a channel.  So you'll have a flow

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

4:19PM  1   path in the well.  And that was shown in the video that we had.

4:19PM  2   Q.   What's the effect of having a channel in the well?

4:19PM  3   A.   Well, you don't have a barrier in the well.  You've -- you

4:19PM  4   have a flow path for hydrocarbons or fluids either up or down

4:19PM  5   in the well.

4:19PM  6            MR. CERNICH:  Could we go to Exhibit 1, the Bly

4:19PM  7   report.  I'd like to go to page 65 of that document.

4:20PM  8            Could I go to the next page, please.  Can I go

4:20PM  9   back two pages.

4:20PM  10           My apologies, Your Honor.  We'll try to come

4:20PM  11  back to that later on.

4:20PM  12  BY MR. CERNICH:

4:20PM  13  Q.   Have you ever designed a cement job with poor

4:20PM  14  centralization?

4:20PM  15  A.   Yes, sir, I have.

4:20PM  16  Q.   Can you describe those circumstances?

4:20PM  17  A.   Again, we start with what's the operating envelope for

4:20PM  18  that well.  And in some cases, because of limitations, those

4:20PM  19  bow springs, they go both ways.  They push -- you can push them

4:20PM  20  in, but they also are pushing back.  And so that gives a drag

4:21PM  21  force.  That's described in API as well, in the technical

4:21PM  22  report on centralizers, that sometimes you can't run as many

4:21PM  23  because that bow spring's trying to come out.  You just can't

4:21PM  24  push them in the well.

4:21PM  25           So sometimes you have to sacrifice that just to get

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:21PM | 1 | the pipe to bottom. |
| 4:21PM | 2 | **Q.**   Can slurry design overcome a lack of centralization? |
| 4:21PM | 3 | **A.**   No.  There's not a 5-gallon bucket for that. |
| 4:21PM | 4 | **Q.**   And this is from the Bly report.  I'm reading from the |
| 4:21PM | 5 | trial transcript the other day. |
| 4:21PM | 6 | "The decision to not use 21 centralizers increased |
| 4:21PM | 7 | the possibility of channeling above the main hydrocarbon zones, |
| 4:21PM | 8 | but it likely did not contribute to the cement's failure to |
| 4:21PM | 9 | isolate the main hydrocarbon zones or to the failure of the |
| 4:22PM | 10 | shoe track cement." |
| 4:22PM | 11 | And that was trial transcript 1203, line 7 to 11. |
| 4:22PM | 12 | Do you agree with that statement, Mr. Benge? |
| 4:22PM | 13 | **A.**   No, I do not. |
| 4:22PM | 14 | **Q.**   Why not? |
| 4:22PM | 15 | **A.**   Well, I -- I'm going to design the cement job for |
| 4:22PM | 16 | isolation.  And the lack of centralization down in the bottom |
| 4:22PM | 17 | part of this well, just because I have a centralizer there, |
| 4:22PM | 18 | again, doesn't mean it's centralized.  I haven't looked at the |
| 4:22PM | 19 | model work on it to know -- you can't make that statement |
| 4:22PM | 20 | without running the model work. |
| 4:22PM | 21 | And the hole is spiraling.  We see that, again, from |
| 4:22PM | 22 | the survey data. |
| 4:22PM | 23 | **Q.**   And I think you testified earlier there was no -- BP had |
| 4:22PM | 24 | no modeling of that scenario before the cement job was -- |
| 4:22PM | 25 | **A.**   Prior to the cement job, no, that's correct. |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:22PM | 1 | **MR. REGAN:**  Your Honor, I'm going to object to |
| 4:22PM | 2 | further opinions from the witness on centralization.  His |
| 4:23PM | 3 | opinion is there was no model run that could tell how much |
| 4:23PM | 4 | centralization took place.  And now he's taking that and |
| 4:23PM | 5 | saying, "Therefore, I've concluded there was inadequate |
| 4:23PM | 6 | centralization." |
| 4:23PM | 7 | I'm happy to have him describe the models that |
| 4:23PM | 8 | existed. |
| 4:23PM | 9 | **THE COURT:**  That sounds like a good question for |
| 4:23PM | 10 | cross-examination. |
| 4:23PM | 11 | **MR. REGAN:**  Fair enough, Your Honor. |
| 4:23PM | 12 | **THE COURT:**  Okay. |
| 4:23PM | 13 | **MR. REGAN:**  Tomorrow. |
| 4:23PM | 14 | **THE WITNESS:**  Oh, really? |
| 4:23PM | 15 | BY MR. CERNICH: |
| 4:23PM | 16 | Q.   Mr. Benge, do you need a model to know whether there was |
| 4:23PM | 17 | adequate centralization at the bottom of the well? |
| 4:23PM | 18 | A.   I need a model to know what degree of centralization; but |
| 4:23PM | 19 | in looking at this, there was not adequate centralization. |
| 4:23PM | 20 | Q.   And that's based on? |
| 4:23PM | 21 | A.   That's based on 36 years of looking at wells like this. |
| 4:23PM | 22 | Q.   Thank you. |
| 4:23PM | 23 | **MR. CERNICH:**  All right.  Could we go to the next |
| 4:23PM | 24 | slide, please.  Slide 18, please. |
| | 25 | |

GLEN BENGE - DIRECT

4:23PM  1  **BY MR. CERNICH:**

4:23PM  2  **Q.**   You identified problems with the float collar conversion

4:23PM  3  as a risk?

4:23PM  4  **A.**   Yes, sir, I did.  That was an additional risk on the well.

4:24PM  5         **MR. CERNICH:**  Your Honor, I know you've heard a lot

4:24PM  6  about float collars.  Tell me to refrain if we're re-covering

4:24PM  7  old ground.

4:24PM  8             Can we go to that image from the Bly report that

4:24PM  9  was just up a moment ago.

4:24PM  10 **BY MR. CERNICH:**

4:24PM  11 **Q.**   What is a float collar, Mr. Benge?

4:24PM  12 **A.**   Well, that's a check valve in the well that prevents flow

4:24PM  13 back.  Once it's activated, that check valve comes in, and you

4:24PM  14 can no longer flow for reverse flow in the well.

4:24PM  15 **Q.**   Why do you use a float collar?

4:24PM  16 **A.**   The fluids -- when you're through with cementing, the

4:24PM  17 fluids on the annulus, on the outside of that plate, are going

4:24PM  18 to weigh more than what's on the inside.

4:24PM  19             We call it "U-tubing."  Those tend to try to come

4:24PM  20 back up into the well.  The design of those check valves, that

4:24PM  21 flapper comes up and keeps that from flowing.

4:24PM  22 **Q.**   And as you're running that casing into the hole, have

4:24PM  23 those valves opened?

4:25PM  24 **A.**   Well, in this particular case, this was an auto-fill.  You

4:25PM  25 have a plastic tube that's in there -- I'm not sure it's

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

4:25PM  1   plastic.  You have a tube that's in there that holds those

4:25PM  2   valves in the open position, and then that's -- the design for

4:25PM  3   that is to eject that and let those valves slump.

4:25PM  4   Q.   Why do you have that tube in there?

4:25PM  5   A.   It allows fluid to flow inside the pipe.  It lowers what

4:25PM  6   we call the surge pressure.  It lowers the pressure on the well

4:25PM  7   as you're running casing in the well.

4:25PM  8   Q.   Did BP attempt to convert the float collar on the Macondo

4:25PM  9   production casing?

4:25PM 10   A.   Yes, sir.  It took nine attempts to establish circulation

4:25PM 11   on this well, each attempt at a higher pressure.

4:25PM 12   Q.   And you said "establish circulation."  What do you mean by

4:25PM 13   that?

4:25PM 14   A.   Where you're beginning to pump into the well and come back

4:25PM 15   out, that you can circulate.  It allows you to pump into the

4:25PM 16   well.  You can actually circulate fluids down to the bottom and

4:25PM 17   back up.

4:25PM 18   Q.   Did that process concern you in any way?

4:25PM 19   A.   Yes, it did because that -- the fact that it took over

4:26PM 20   3,000 psi for the -- for them to establish -- for the well to

4:26PM 21   establish circulation shows me that the hole wasn't clean;

4:26PM 22   there was debris in the well.  And it was plugging -- as shown

4:26PM 23   here and has been shown, that either the reamer shoe or the

4:26PM 24   collar, somewhere in there had a lot of debris, and it was

4:26PM 25   causing a problem.

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:26PM | 1 | **Q.**   Do you know whether the float collar converted? |
| 4:26PM | 2 | **A.**   No, I don't, and I state so in my report. |
| 4:26PM | 3 | **Q.**   And why don't you know? |
| 4:26PM | 4 | **A.**   Because there was no tests to demonstrate whether it |
| 4:26PM | 5 | converted or not. |
| 4:26PM | 6 | **Q.**   Why are float collar conversion problems -- why do you |
| 4:26PM | 7 | identify them as a risk? |
| 4:26PM | 8 | **A.**   Well, I identify it as a risk -- and this is one of the |
| 4:26PM | 9 | bigger risks.  And it was acknowledged that whenever that |
| 4:26PM | 10 | 3,100-odd psi -- when it suddenly released, that's a big |
| 4:26PM | 11 | concern -- that's a big risk because at that point you do not |
| 4:27PM | 12 | know where in the well you're circulating.  You've got a sudden |
| 4:27PM | 13 | pressure surge, and pressures were much lower, showing that |
| 4:27PM | 14 | some restriction that you used to have isn't there anymore. |
| 4:27PM | 15 | **MR. CERNICH:**  Could we go to Exhibit 2586, please. |
| 4:27PM | 16 | **BY MR. CERNICH:** |
| 4:27PM | 17 | **Q.**   Can you identify this document? |
| 4:27PM | 18 | **A.**   Yes, sir.  That's some communication between Bryan |
| 4:27PM | 19 | Clawson, who's with Weatherford, and Brian Morel with BP. |
| 4:27PM | 20 | **Q.**   Okay.  We'll focus on the bottom of this for just a |
| 4:27PM | 21 | moment.  So that's an e-mail from Brian Morel to Bryan Clawson |
| 4:27PM | 22 | on April 19th, 2010? |
| 4:27PM | 23 | **A.**   Yes, sir. |
| 4:27PM | 24 | **Q.**   With the subject "Circulation"? |
| 4:27PM | 25 | **A.**   Yes, sir. |

GLEN BENGE - DIRECT

4:27PM   1   **Q.**   If we could go to the e-mail itself.

4:27PM   2               At the bottom there, Mr. Clawson wrote an e-mail to

4:27PM   3   Mr. Morel on April 19th, at 5:30 p.m., "Subject: Circulation."

4:27PM   4               He writes:  "Brian.  Any progress, Brian?"

4:28PM   5               And Mr. Morel replied:  "Yeah, we blew it at 3140,

4:28PM   6   still not sure what we blew yet."

4:28PM   7               Was this the e-mail you were referring to?

4:28PM   8   **A.**   Yes, sir, it is.

4:28PM   9   **Q.**   Do you know whether BP ever determined what it blew?

4:28PM   10  **A.**   No, sir, I do not.  The whole issue of what was blown, the

4:28PM   11  lower circulation pressures following the job was never

4:28PM   12  resolved prior to the job.

4:28PM   13  **Q.**   Was there any way to investigate whether the float collar

4:28PM   14  had, in fact, converted?

4:28PM   15  **A.**   Yes, sir.  You could have attempted to reverse, circulate

4:28PM   16  the pump down the annulus and back -- you could have tried to

4:28PM   17  do that.  If you couldn't pump, then it's an indication that

4:28PM   18  those valves are working.

4:28PM   19  **Q.**   And would that have taken additional time?

4:28PM   20  **A.**   Yes, sir.

4:28PM   21  **Q.**   Okay.  And was it BP's decision to move forward after the

4:28PM   22  attempted float collar conversion?

4:28PM   23  **A.**   Yes, sir, it was.

4:29PM   24  **Q.**   Would you have moved forward -- or would a prudent

4:29PM   25  operator have moved forward with the cement job without further

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

4:29PM   1    investigation?

4:29PM   2    A.   This -- and I identify a number of risks.  This one was

4:29PM   3    pretty risky for me.  Because if you broke something and the

4:29PM   4    circulating pressure is lower, you're not really sure of where

4:29PM   5    you're circulating.

4:29PM   6         Now, in this case BP got lucky because the positive

4:29PM   7    pressure test after the job showed that you didn't have a

4:29PM   8    broach from at least the float collar up.

4:29PM   9         But this one was a pretty big risk.  Operationally

4:29PM   10   you could have had a break in that well somewhere, and you're

4:29PM   11   circulating at a much higher point.

4:29PM   12   Q.   At what point would you have figured that out?

4:29PM   13   A.   Well, you could run fluid calipers.  You could run -- put

4:29PM   14   something in there and say, I've got a volume.  I'm going to

4:29PM   15   pump all the way around and check if that volume matches what

4:29PM   16   it should, if you're circulating at the bottom.  And that's one

4:29PM   17   way to make sure you're circulating the entire hole.  If that

4:30PM   18   caliper comes back way early, it means you're circulating from

4:30PM   19   a different point.

4:30PM   20   Q.   Once you went to pump the cement job, would you have found

4:30PM   21   out in any way?

4:30PM   22   A.   Yeah.  You would have found out when you tried to do your

4:30PM   23   positive test.  You may have found out -- and again, depending

4:30PM   24   on where that broach was, you would have found out through lift

4:30PM   25   pressures and such.

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:30PM | 1 | **Q.** But you didn't offer any opinion as to whether or not |
| 4:30PM | 2 | there was -- |
| 4:30PM | 3 | **A.** Oh, no.  No, sir, not at all. |
| 4:30PM | 4 | MR. CERNICH:  Okay.  Can we go to the next slide, |
| 4:30PM | 5 | please. |
| 4:30PM | 6 | **BY MR. CERNICH:** |
| 4:30PM | 7 | **Q.** You also identified limited pre-job circulation as a risk. |
| 4:30PM | 8 | What is "pre-job circulation"? |
| 4:30PM | 9 | **A.** That's circulating the well prior to -- prior to the |
| 4:30PM | 10 | cement job.  And that's an additive risk, along with the other. |
| 4:30PM | 11 | You had -- one of the functions of pre-job circulation is to |
| 4:30PM | 12 | clean debris out of the well and to break up the gels in the |
| 4:30PM | 13 | mud.  Mud tends to gel up a little bit.  And so you put |
| 4:31PM | 14 | energy -- you get that fluid circulating in the well. |
| 4:31PM | 15 | The other thing the pre-job circulation does, it |
| 4:31PM | 16 | allows you to see what condition that mud is that's been |
| 4:31PM | 17 | sitting static at the bottom of the well for several days. |
| 4:31PM | 18 | So getting -- the industry and BP in their documents |
| 4:31PM | 19 | recommend two bottoms-up, but that's taking the mud that's at |
| 4:31PM | 20 | the very bottom the well, bringing it all the way to surface so |
| 4:31PM | 21 | you can look at it and you can check it for "Is it the same |
| 4:31PM | 22 | mud?  Has it deteriorated?  Is there hydrocarbon influx?  Is |
| 4:31PM | 23 | there debris?" |
| 4:31PM | 24 | Pre-job circulation does a lot of things for that |
| 4:31PM | 25 | well. |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:31PM | 1 | **Q.**   Was a full bottoms-up run on the Macondo well? |
| 4:31PM | 2 | **A.**   No, sir, not at all. |
| 4:31PM | 3 | **Q.**   And is a full bottoms-up a best practice? |
| 4:31PM | 4 | **A.**   Yes, sir, and that's identified throughout the industry. |
| 4:31PM | 5 | **Q.**   Have you run a full bottoms-up on every well you've |
| 4:31PM | 6 | cemented? |
| 4:31PM | 7 | **A.**   No, sir, I have not. |
| 4:32PM | 8 | **Q.**   What are some reasons why you wouldn't run a full |
| 4:32PM | 9 | bottoms-up? |
| 4:32PM | 10 | **A.**   One of the things is if you're losing circulation, you're |
| 4:32PM | 11 | pumping fluid in and you're not getting full returns out, if |
| 4:32PM | 12 | you try to run a full bottoms-up, you'll run out of fluid, |
| 4:32PM | 13 | because that fluid, instead of coming up the annulus, is |
| 4:32PM | 14 | spilling off the plate; it's going out into the formation.  So |
| 4:32PM | 15 | if you don't have full returns, you can't run a full |
| 4:32PM | 16 | bottoms-up. |
| 4:32PM | 17 | **Q.**   Did you see any reason not to run a full bottoms-up on the |
| 4:32PM | 18 | Macondo well? |
| 4:32PM | 19 | **A.**   I didn't.  There were no indications of problems prior to |
| 4:32PM | 20 | the cement job that would have limited that.  And, in fact, |
| 4:32PM | 21 | because of the debris in the well that was seen with the float |
| 4:32PM | 22 | collar, that's an added risk and that's a -- I would have |
| 4:32PM | 23 | wanted to circulate that out. |
| 4:32PM | 24 | **Q.**   While BP was conducting its pre-job circulation, did it |
| 4:32PM | 25 | lose any returns? |

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:32PM | 1 | **A.**   No, sir. |
| 4:32PM | 2 | **Q.**   Would a full bottoms-up have taken additional time? |
| 4:33PM | 3 | **A.**   Yes.  A full bottoms-up on this well was about |
| 4:33PM | 4 | 2400 barrels.  So it would have taken -- at 4 barrels a minute, |
| 4:33PM | 5 | that's about 10 hours. |
| 4:33PM | 6 | **MR. CERNICH:**  If we could go to the next slide, |
| 4:33PM | 7 | please. |
| 4:33PM | 8 | **BY MR. CERNICH:** |
| 4:33PM | 9 | **Q.**   You identified low cement volume as a risk? |
| 4:33PM | 10 | **A.**   Yes.  Again, it's a risk, but it's one of the limitations |
| 4:33PM | 11 | of the well.  We said top of cement at a particular level, and |
| 4:33PM | 12 | so you're not going to have -- you don't have a lot of cement |
| 4:33PM | 13 | to deal with.  So because of that, it's one of those additional |
| 4:33PM | 14 | risks that you've got to be very careful with everything else. |
| 4:33PM | 15 | By itself, a low cement volume, you can do that.  But |
| 4:33PM | 16 | a low cement volume in this particular case carries with it two |
| 4:33PM | 17 | risks.  One, you have to get everything else exactly right. |
| 4:33PM | 18 | But also, this was a foam cement job, and foam cement jobs with |
| 4:33PM | 19 | a very low cement volume are even more complex and more |
| 4:34PM | 20 | difficult. |
| 4:34PM | 21 | **MR. CERNICH:**  Could we go to Exhibit 225, please. |
| 4:34PM | 22 | And this is Exhibit 225. |
| 4:34PM | 23 | **BY MR. CERNICH:** |
| 4:34PM | 24 | **Q.**   Do you recognize this document, Mr. Benge? |
| 4:34PM | 25 | **A.**   Yes, sir, I do. |

GLEN BENGE - DIRECT

4:34PM  1   **Q.**   This is some e-mail correspondence that includes

4:34PM  2   Mr. Kellingray, dated June 26th, 2010.  So this is after the

4:34PM  3   incident?

4:34PM  4   **A.**   Yes, sir.

4:34PM  5   **Q.**   And he's writing an e-mail to Erick Cunningham, who we've

4:34PM  6   talked about earlier today, and Mr. Corser and Mr. Winters.  Do

4:34PM  7   you see that?

4:34PM  8   **A.**   Yes, sir, I do.

4:34PM  9        **MR. CERNICH:**   Okay.  If we could go to the next

4:34PM  10  portion of this e-mail.  And if we could focus in on this

4:34PM  11  portion right here.

4:34PM  12  **BY MR. CERNICH:**

4:34PM  13  **Q.**   Have you seen this e-mail before, Mr. Benge?

4:34PM  14  **A.**   Yes, sir, I have.

4:34PM  15  **Q.**   And Mr. Kellingray here writes:  "I am amazed that there

4:35PM  16  was no fluid loss in the cap slurry and, with the total job

4:35PM  17  volume being so small, surprised we foamed the cement, as I

4:35PM  18  assume the cap was 16.4 ppg.  Was this really a cap or a volume

4:35PM  19  of cement pumped until the density reached and nitrogen

4:35PM  20  introduced?"

4:35PM  21        Did I read that correctly?

4:35PM  22  **A.**   Yes, sir, you did.

4:35PM  23  **Q.**   And did you read Mr. Kellingray's deposition in this case?

4:35PM  24  **A.**   Yes, sir, I did.

4:35PM  25  **Q.**   Do you understand what Mr. Kellingray is saying there?

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:35PM | 1 | **A.**   Yes, sir, I do.  In a foam cement operation, when you're |
| 4:35PM | 2 | doing the job, you have to bring the cement -- you have to |
| 4:35PM | 3 | start pumping the cement first; then you turn on the nitrogen. |
| 4:35PM | 4 |         So the question here is:  Is that a cap slurry?  Is |
| 4:35PM | 5 | that a plan volume or is that just a volume of the cement that |
| 4:35PM | 6 | I bring up to weight and start moving it before I bring on the |
| 4:35PM | 7 | nitrogen? |
| 4:35PM | 8 |         So is it planned, or is it just -- every foam cement |
| 4:35PM | 9 | job, you have to have some cement ahead because you don't start |
| 4:36PM | 10 | pumping nitrogen until that line's full of cement.  You don't |
| 4:36PM | 11 | want raw nitrogen going in there. |
| 4:36PM | 12 | **Q.**   And was it BP's decision to use a low cement volume? |
| 4:36PM | 13 | **A.**   Yes, sir.  It was driven by the top of cement. |
| 4:36PM | 14 | **Q.**   Is there a relationship between low cement volume and the |
| 4:36PM | 15 | other components of a cement job? |
| 4:36PM | 16 | **A.**   Well, again, because there's not a lot of cement volume, |
| 4:36PM | 17 | it puts more onus on the overall risk.  In and of itself, you |
| 4:36PM | 18 | have jobs with low cement volume, but it has an additive |
| 4:36PM | 19 | effect. |
| 4:36PM | 20 | **Q.**   So does it mean you have to be more careful? |
| 4:36PM | 21 | **A.**   Right.  You have to be more careful with the other things |
| 4:36PM | 22 | on the job. |
| 4:36PM | 23 |         **MR. CERNICH:**  If we could go to the next slide. |
| 4:36PM | 24 | **BY MR. CERNICH:** |
| 4:36PM | 25 | **Q.**   Did you identify low pump rates as a risk? |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

| | | |
|---|---|---|
| 4:36PM | 1 | **A.**   Yes, sir, I did. |
| 4:36PM | 2 | **Q.**   How are they a risk? |
| 4:36PM | 3 | **A.**   Again, putting energy into the well.  This was a very |
| 4:37PM | 4 | fragile formation, a very fragile well.  And so you -- BP was |
| 4:37PM | 5 | limited in the pump rates because of ECD constraints or the |
| 4:37PM | 6 | fracture gradient constraints. |
| 4:37PM | 7 | Again, in and of itself, low pump -- you can do a |
| 4:37PM | 8 | cement job with low pump rates.  But you have to plan for that, |
| 4:37PM | 9 | and it's an added risk, coupled with all of the other things |
| 4:37PM | 10 | that low pump rates will give you.  You're just not putting |
| 4:37PM | 11 | energy into that well. |
| 4:37PM | 12 | **MR. CERNICH:**  If we could go to the next slide, |
| 4:37PM | 13 | please. |
| 4:37PM | 14 | **BY MR. CERNICH:** |
| 4:37PM | 15 | **Q.**   So these are nine risks that you identified? |
| 4:37PM | 16 | **A.**   Yes, sir, they are. |
| 4:37PM | 17 | **Q.**   And are there ways to mitigate those risks? |
| 4:37PM | 18 | **A.**   Yes, sir, there are, and those are found in a number of |
| 4:37PM | 19 | places. |
| 4:37PM | 20 | **MR. CERNICH:**  Could we go to slide 23, please. |
| 4:37PM | 21 | **THE WITNESS:**  There's mitigating risks found both -- |
| 4:37PM | 22 | industry best practices, you know, limited volume of pre-job |
| 4:38PM | 23 | circulation.  And industry and BP best practices and |
| 4:38PM | 24 | Halliburton best practices show that, you know, circulate |
| 4:38PM | 25 | bottoms-up, that eliminates that risk. |

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

4:38PM   1            So there's a lot of the best practices in there

4:38PM   2   that directly address the risks.

4:38PM   3   **BY MR. CERNICH:**

4:38PM   4   **Q.**   And we've looked at some of BP's best practices earlier

4:38PM   5   today?

4:38PM   6   **A.**   Yes, sir, we did.  We looked at a few of those.

4:38PM   7   **Q.**   Or "recommended practices," I think was the title.

4:38PM   8   **A.**   Okay, yes.  I believe that is.  And I believe the industry

4:38PM   9   will say "industry-recommended practices," as well.

4:38PM   10  **Q.**   And what are some of the industry best practices?

4:38PM   11  **A.**   Industry best practices are circulate prior to cementing,

4:38PM   12  design properly, have goals.  But all of those are found in the

4:38PM   13  API documents.

4:38PM   14  **Q.**   And it's some of the documents that you prepared?

4:38PM   15  **A.**   Right, in some of the documents of all of us that are on

4:38PM   16  the API subcommittee that's -- that's the work of that

4:38PM   17  committee -- or subcommittee, I'm sorry.

4:39PM   18  **Q.**   Did you observe whether BP followed best practices on the

4:39PM   19  Macondo well?

4:39PM   20  **A.**   Yes -- well, I did observe that a lot of best practices

4:39PM   21  were not followed.

4:39PM   22  **Q.**   And then I'd like to move on -- we're nearing the end

4:39PM   23  here -- to the cement job execution.

4:39PM   24           So now the cement job is designed and planned, and

4:39PM   25  then you move to the execution stage?

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

4:39PM    1    **A.**    Yes, sir.

4:39PM    2    **Q.**    Did you consider the execution of the cement job?

4:39PM    3    **A.**    Yes, sir, I did.  I looked at all of the available -- all

4:39PM    4    of the data from the actual pumping of the cement job that came

4:39PM    5    from location.

4:39PM    6    **Q.**    And did you have any opinions on the cement job?

4:39PM    7    **A.**    Yes, sir, I did.  I thought the crew, in the job that was

4:39PM    8    pumped, the cement was mixed properly.  I found no issues with

4:40PM    9    the pumping of the cement job.

4:40PM    10    **Q.**    And then we looked at the animation earlier, and we saw

4:40PM    11    the cement job -- the idealized cement job pumped.

4:40PM    12        And then there were two plugs.  There was a bottom

4:40PM    13    plug and then a top plug.  And the top plug hit the bottom

4:40PM    14    plug.  That's the plug was bumped?

4:40PM    15    **A.**    Yes.  That's what we call "bumping the plug."  That's the

4:40PM    16    end of the cement job.

4:40PM    17    **Q.**    And then what happened immediately after the plug was

4:40PM    18    bumped?

4:40PM    19    **A.**    Immediately after that -- and I've got a stick drawing in

4:40PM    20    my report -- there's a float check.

4:40PM    21        **MR. CERNICH:**  Can we go to page 27 of Exhibit 5990,

4:40PM    22    Mr. Benge's report.

4:40PM    23        **THE WITNESS:**  And you can tell that the artist here

4:40PM    24    was me because it's -- my artist renditions are a little

4:40PM    25    simpler.

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

4:40PM  1          During the cement job, on the section here of A,
4:40PM  2   you're pumping the cement job.  The yellow square there
4:41PM  3   signifies the top plug.
4:41PM  4          So at the end of the job, that bumps up on
4:41PM  5   the -- excuse me, it bumps on top.  It bumps on the float
4:41PM  6   collar.  And your float check, because the fluids in the
4:41PM  7   annulus weigh more than what's inside, they'll tend to try to
4:41PM  8   push back.  That's the -- that's the U-tube effect.
4:41PM  9          And if the valves are closed and everything's
4:41PM 10   working fine, then you won't get any flow back.
4:41PM 11          If you do get flow back, it's an indication that
4:41PM 12   the floats aren't holding, is what we call that.  Now, in the
4:41PM 13   Macondo production cement job, the float check was inconclusive
4:41PM 14   because there's -- that yellow square, that top plug is a
4:41PM 15   forced fit; you have to push it in place.  It's a big rubber
4:41PM 16   plug that to push it back up takes -- takes over 100 psi.
4:41PM 17   Q.   So it's wedged --
4:41PM 18   A.   It's wedged in there.
4:41PM 19          And the pressure available -- the pressure available
4:42PM 20   to push that back up, that U-tube pressure at the end of this
4:42PM 21   job was more in the range of 50 to 60 psi.  So that float check
4:42PM 22   is inconclusive.  You don't know the difference in my diagram
4:42PM 23   between B and C, whether or not that -- those flow valves are
4:42PM 24   holding or not.  That test is inconclusive.
4:42PM 25   Q.   So based on this test, you wouldn't have known whether the

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

4:42PM   1    valves in the float collar were closed?

4:42PM   2    A.   That's correct.  And I stated that in my report, that I

4:42PM   3    don't know what the condition of the float equipment was at the

4:42PM   4    end of this job.

4:42PM   5    Q.   After this cement job, did BP run a cement bond log?

4:42PM   6    A.   No, sir, they did not.

4:42PM   7    Q.   And then there was a positive pressure test?

4:42PM   8    A.   Yes, sir.  Later on, there was a 5,000-psi positive

4:42PM   9    pressure test where you're attempting to pressure up that inner

4:42PM  10    pipe.  So you'll pressure up against that plug, and that will

4:43PM  11    test from that plug all the way back up to the rig floor.  It

4:43PM  12    doesn't test anything below the plug or in the annulus.

4:43PM  13    Q.   So it tells you whether the casing's intact?

4:43PM  14    A.   It tells you if the casing's intact.  That's where you

4:43PM  15    know that you have casing integrity from that float equipment

4:43PM  16    back up, but nothing below it and nothing in the annulus.

4:43PM  17    Q.   And then did BP conduct a negative pressure test at some

4:43PM  18    point after the positive pressure test?

4:43PM  19    A.   Yes, sir, they did.

4:43PM  20    Q.   And the Court's heard a great deal of testimony over the

4:43PM  21    actual conduct of that negative pressure test.  But from a

4:43PM  22    cementing perspective, what does a negative pressure test test?

4:43PM  23    A.   It tests the entire system.  So if it -- if, for example,

4:43PM  24    the negative pressure test passes, you don't know if it passes

4:43PM  25    because the valves are closed or holding or if it's the cement.

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

4:43PM    1           If it fails, you know you don't have a barrier in the
4:44PM    2    well, that the total system has failed; but it doesn't test
4:44PM    3    individual components.  It tests everything that's there.
4:44PM    4    Q.    So the -- all right.  I'll move on.
4:44PM    5           In this case, do you know whether the negative
4:44PM    6    pressure test actually tested the cement?
4:44PM    7    A.    Yes, it did because it showed that the cement did not form
4:44PM    8    a barrier in the well.
4:44PM    9    Q.    And so did the system fail?
4:44PM   10    A.    The system failed, yes.
4:44PM   11    Q.    And where was the cement during the negative pressure
4:44PM   12    test?
4:44PM   13    A.    I'm sorry.  I didn't quite hear you.
4:44PM   14    Q.    During the negative pressure test, where was the cement?
4:44PM   15    A.    Well, the cement --
4:44PM   16    Q.    Was there cement in the shoe track?
4:44PM   17    A.    Yes, there was cement in the shoe track and in the annulus
4:44PM   18    up some distance.
4:44PM   19    Q.    And did you ultimately reach an opinion as to whether or
4:44PM   20    not the cement was actually set at the time of the negative
4:44PM   21    pressure test?
4:44PM   22    A.    Yes, sir.  In my opinion, the cement was not set at the
4:44PM   23    time of the negative test.
4:45PM   24    Q.    And what is the basis of that opinion?
4:45PM   25    A.    The basis of that opinion was looking at what data was

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

4:45PM   1   available to BP prior to the cement job as well as subsequent
4:45PM   2   laboratory testing by Chevron and by OT&C.  And I looked at the
4:45PM   3   sensitivity of that system, if you will, to temperature.
4:45PM   4           MR. CERNICH:  Can we go to Exhibit 5937?
4:45PM   5   BY MR. CERNICH:
4:45PM   6   Q.   Is this the OT&C testing to which you referred?
4:45PM   7   A.   Yes, sir, it is.
4:45PM   8           MR. CERNICH:  And if we can go to the next page,
4:45PM   9   please.
4:45PM  10   BY MR. CERNICH:
4:45PM  11   Q.   And is this specifically the data to which you refer?
4:45PM  12   A.   Yes, sir, it is.  And in particular, UCA2 and UCA2-B are
4:46PM  13   tests that are performed during this series on the -- on a
4:46PM  14   cement system that had the same components as what was pumped
4:46PM  15   in the Macondo well.
4:46PM  16           MR. CERNICH:  Could we go to page 35 of Mr. Benge's
4:46PM  17   report, please?  If we could pull out the top half of that
4:46PM  18   page.
4:46PM  19   BY MR. CERNICH:
4:46PM  20   Q.   Does this summarize some of the data that you reviewed?
4:46PM  21   A.   It does, yes, sir.  All I've done is I've pulled those two
4:46PM  22   lines out of that table and have reproduced them in my report.
4:46PM  23   This is a fairly important point, in particular, here because
4:46PM  24   cement -- the way cement sets, it's a chemical reaction and
4:46PM  25   chemical reactions are governed by temperature.  And so how

OFFICIAL TRANSCRIPT

4:46PM  1  quickly you get to temperature, how fast that occurs will let
4:47PM  2  you know how fast the cement can set.
4:47PM  3          There's a reason that Betty Crocker makes you preheat
4:47PM  4  your oven, because they know that if you put it in a hot oven,
4:47PM  5  it will make the cake in a certain period of time.  If you put
4:47PM  6  it in and that oven heats very slowly, then they can't tell you
4:47PM  7  when the cake is done.  The same thing we're seeing happening
4:47PM  8  here.
4:47PM  9          How quickly does that cement heat up?  How quickly do
4:47PM 10  those reactions occur?  And that will determine how fast that
4:47PM 11  cement can set.  And that's a risk that's identified by BP in
4:47PM 12  their SRP.
4:47PM 13          MR. CERNICH:  Could we go to Exhibit 6233, please?
4:47PM 14  BY MR. CERNICH:
4:47PM 15  Q.   Is this the SRP to which you were referring to?
4:47PM 16  A.   Yes, that's the cement testing laboratory section of the
4:47PM 17  SRP 4.1.
4:47PM 18          MR. CERNICH:  Can we go to page 5, please?
4:48PM 19  BY MR. CERNICH:
4:48PM 20  Q.   Is this the portion of this SRP to which you refer?
4:48PM 21  A.   Yes, sir.  And this is in my report.  It's a table that's
4:48PM 22  in the SRP that shows risks and, basically, consequences -- or
4:48PM 23  mitigations steps.  And the risk that's identified on the left
4:48PM 24  is "Testing at the wrong temperature (and/or pressure) has
4:48PM 25  resulted in cementing failures" is basically what that says and

GLEN BENGE - DIRECT

4:48PM  1    that you have to come back and do a remedial operation.

4:48PM  2          The mitigating steps for that and its particular

4:48PM  3    application in selection for deviated wells, HTHP, and

4:48PM  4    deepwater wells, and the mitigating step says don't use the API

4:48PM  5    ramping schedule, use a ramping schedule that's simulating

4:48PM  6    what's happening in the well.

4:48PM  7          Now, the API ramping schedule takes it from bottom

4:49PM  8    hole circulating temperature, the temperature when I'm pumping

4:49PM  9    everything, to static -- so I'm not pumping and that well heats

4:49PM 10    up -- in four hours.  The simulation work shows -- and the well

4:49PM 11    cap simulation that was run by Halliburton shows it takes

4:49PM 12    considerably longer than four hours to get up to 210 degrees.

4:49PM 13          MR. CERNICH:  Could we go to Exhibit 7882, please?

4:49PM 14    BY MR. CERNICH:

4:49PM 15    Q.   Can you identify this document, Mr. Benge?

4:49PM 16    A.   Yes, sir.  That is a Halliburton laboratory report.

4:49PM 17          MR. CERNICH:  And for the record, this is the same

4:49PM 18    exhibit as Exhibit 1709 but this one is -- that one wasn't in

4:49PM 19    color.  So we're going to use this one.

4:49PM 20          And if we could go to page 4 of that.

4:49PM 21    BY MR. CERNICH:

4:49PM 22    Q.   Can you tell the Court what this is?

4:49PM 23    A.   Yes, sir.  This is the output from what's called a UCA,

4:50PM 24    ultrasonic cement analyzer.  The way that works is there's an

4:50PM 25    ultrasonic signal sent through a known volume -- it measures

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

4:50PM   1    the speed.  So as cement sets, the time it takes for that

4:50PM   2    signal to travel changes, and that's then converted into

4:50PM   3    strength.

4:50PM   4         And what we see here is this curve that comes down,

4:50PM   5    that's how fast that signal goes.  So as it sets, here's your

4:50PM   6    compressive strength curve that comes up.  So you can see that

4:50PM   7    as time changes, you start gaining strength.

4:50PM   8         This line shows you your temperature.  So going

4:50PM   9    from -- and it's hard to see on this graph, I apologize.  But

4:50PM   10   going over to the left, it's going from bottom hole circulating

4:50PM   11   temperature up to the test temperature in a period of four

4:50PM   12   hours.

4:50PM   13        So that's the standard that's used in API 10B-2.

4:51PM   14   That's the standard API ramping schedule is four hours.

4:51PM   15   Q.   And did the OT&C testing use a ramp that was different

4:51PM   16   from this one?

4:51PM   17   A.   Yes, sir, it did.  It used a ramp that was developed from

4:51PM   18   the well cap temperature simulator that was recommended by --

4:51PM   19   that would be recommended by the -- in BP's SRP.  Used a

4:51PM   20   simulator to change that ramp.

4:51PM   21        And I've discussed that ramp in my report.  It was

4:51PM   22   considerably different than what a four-hour heat up rate is.

4:51PM   23   And actually, the one that was used by OT&C was more aggressive

4:51PM   24   than what the -- what the well cap run shows.

4:51PM   25   Q.   Was the OT&C -- I'm sorry.  What pressure was the OT&C

GLEN BENGE - DIRECT

4:51PM  1   testing conducted at?

4:51PM  2   **A.**   That testing was conducted at 3,000 psi.  This particular

4:51PM  3   testing was done at 14 -- 14,000 and change.

4:52PM  4   **Q.**   And what difference would that make?

4:52PM  5   **A.**   Pressure will have an impact on cement.  It will tend to

4:52PM  6   make the cement set faster.  This cement slurry had SCR,

4:52PM  7   synthetic cement retarder.  That's a very high-tech -- that's

4:52PM  8   why just a little bit makes that difference.  It's a high-tech

4:52PM  9   additive.  That's actually less sensitive to pressure changes,

4:52PM  10  but there will be some difference because of pressure.

4:52PM  11  **Q.**   Is the effect -- how does the effect of pressure compare

4:52PM  12  to the effect of temperature?

4:52PM  13  **A.**   Temperature is, by far, the most important -- it's a

4:52PM  14  chemical reaction.  It's, by far, more important than pressure.

4:52PM  15  Temperature is -- will control cement reactions.

4:52PM  16  **Q.**   And is temperature of critical importance?

4:52PM  17  **A.**   Yes.  We always say the number one thing that will affect

4:52PM  18  cement setting is temperature.

4:52PM  19  **Q.**   Do other experts agree with you on that?

4:52PM  20  **A.**   That's a well known -- yes, that's a well known fact.

4:53PM  21  **Q.**   Did any of the other experts in this case agree with you

4:53PM  22  that the cement was not set at the time of the negative

4:53PM  23  pressure test?

4:53PM  24  **A.**   Yes, sir.

4:53PM  25  **Q.**   And who was that?

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

4:53PM   1   **A.**   That would be Jerry Calvert -- it will say "David

4:53PM   2   Calvert," but he goes by "Jerry."

4:53PM   3   **Q.**   And you know Mr. Calvert?

4:53PM   4   **A.**   I know Mr. Calvert very well.  He's a -- again, great

4:53PM   5   respect.  He's a world-class man.

4:53PM   6   **Q.**   Did you work with him for a number of years?

4:53PM   7   **A.**   I've worked with him my entire career.

4:53PM   8          **MR. CERNICH:**  Can we go to Exhibit 7836.

4:53PM   9   **BY MR. CERNICH:**

4:53PM   10  **Q.**   Is this the report of Mr. Calvert?

4:53PM   11  **A.**   Yes, that's Jerry's expert report.

4:53PM   12         **MR. CERNICH:**  Could we go to page 6 of that report?

4:54PM   13             We have a page with a -- do you have the rest of

4:54PM   14  the pages of the report?  There we go.

4:54PM   15  **BY MR. CERNICH:**

4:54PM   16  **Q.**   Mr. Calvert writes:  "The negative pressure test was

4:54PM   17  conducted before the cement reached compressive strength."

4:54PM   18             Does that mean the cement wasn't set?

4:54PM   19  **A.**   Yes, that's another way of saying the cement wasn't set.

4:54PM   20  **Q.**   And Mr. Calvert cited to Footnote 41 there, Oilfield

4:54PM   21  Testing & Consulting report dated August 1st, 2011; is that

4:54PM   22  right?

4:54PM   23  **A.**   Yes, sir.

4:54PM   24  **Q.**   And is that some of the same data that you relied upon to

4:54PM   25  form your opinion that the cement wasn't set?

OFFICIAL TRANSCRIPT

GLEN BENGE - DIRECT

4:54PM  1   A.   That's the same report, yes, sir.

4:54PM  2   Q.   And did you look at additional data to that as well?

4:55PM  3   A.   Yes, I did because I'm never satisfied with looking at

4:55PM  4   only one data set.  So I tried to look at what was available to

4:55PM  5   the engineers at the time of the -- at the time of Macondo

4:55PM  6   cement job.  Because this is all after the fact, everything

4:55PM  7   else.  What was available to those engineers?

4:55PM  8          So if we can go back to the Halliburton laboratory

4:55PM  9   report for the rig samples of the cement that was pumped on the

4:55PM 10   well.

4:55PM 11          MR. CERNICH:  All right.  Could we go to

4:55PM 12   Exhibit 7882, please?

4:55PM 13          THE WITNESS:  Again, there is the -- this is the

4:55PM 14   laboratory report.  And on the next page, it will show some --

4:55PM 15   some compressive strength data.

4:55PM 16          Now, in this particular case, this is the

4:55PM 17   crushed compressive strength for the foam cement system.  I've

4:55PM 18   got to caution, this isn't the -- this is run at atmospheric

4:56PM 19   pressure because you can't test foam at pressure.  We know that

4:56PM 20   has an effect.

4:56PM 21          But it also shows two things:  One, that prior

4:56PM 22   to the cement job, it shows that -- the compressive strength

4:56PM 23   of -- at 24 hours of the foam cement was zero.

4:56PM 24          Now, this is run at 180 degrees.  Again, how

4:56PM 25   quickly does that well heat up?  But also at atmospheric

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 4:56PM | 1 | pressure.  It shows the system is very sensitive to temperature |
| 4:56PM | 2 | and that, at the time of the negative test, this is showing |
| 4:56PM | 3 | that that cement was not set. |
| 4:56PM | 4 | BY MR. CERNICH: |
| 4:56PM | 5 | Q.   And where specifically is it showing that? |
| 4:56PM | 6 | A.   It's showing:  "Time, 24 hours.  Strength, 0." |
| 4:56PM | 7 | MR. CERNICH:  Thank you, Your Honor.  That's all we |
| 4:56PM | 8 | have. |
| 4:56PM | 9 | THE COURT:  All right.  Do the private plaintiffs |
| 4:57PM | 10 | have any questions of this witness? |
| 4:57PM | 11 | MR. STERBCOW:  Yes, Your Honor. |
| 4:57PM | 12 | THE COURT:  Okay. |
| 4:57PM | 13 | Are you okay, or do you need a break? |
| 4:57PM | 14 | THE WITNESS:  I'm doing fine. |
| 4:57PM | 15 | THE COURT:  Okay. |
| 4:57PM | 16 | THE WITNESS:  Getting tired of hearing myself talk, |
| 4:57PM | 17 | but that's all right. |
| 4:57PM | 18 | CROSS-EXAMINATION |
| 4:57PM | 19 | BY MR. STERBCOW: |
| 4:57PM | 20 | Q.   Good afternoon, Mr. Benge.  Paul Sterbcow, representing |
| 4:57PM | 21 | the Plaintiffs Steering Committee. |
| 4:57PM | 22 | MR. STERBCOW:  Your Honor, our interests and the U.S. |
| 4:57PM | 23 | are not exactly aligned on this issue.  It's the one issue that |
| 4:57PM | 24 | we're not because the U.S. didn't sue Halliburton and, of |
| 4:58PM | 25 | course, we did.  So against that background -- and I won't be |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

4:58PM   1   long.

4:58PM   2              **THE COURT:**  Okay.

4:58PM   3   **BY MR. STERBCOW:**

4:58PM   4   **Q.**   In reviewing your CV, Mr. Benge, I notice that you

4:58PM   5   authored, I think, in July of 2001, an article with Ron Crook

4:58PM   6   and Ronnie Faul; is that correct?

4:58PM   7   **A.**   That is correct.

4:58PM   8              Is that the "Eight Ways" article?

4:58PM   9   **Q.**   Yes.

4:58PM  10   **A.**   Yes, sir.

4:58PM  11   **Q.**   So you've known Mr. Faul for a long time?

4:58PM  12   **A.**   Oh, yes.  I've known -- the cementing group's a pretty

4:58PM  13   small organization.  We know each other.

4:58PM  14   **Q.**   That's what it appears to be.

4:58PM  15              Are you aware that Mr. Faul works for Halliburton and

4:58PM  16   has for some time?

4:58PM  17   **A.**   Yes, sir, I do.

4:58PM  18   **Q.**   And do you know that four days before the blowout, he

4:58PM  19   became Jesse Gagliano's supervisor at Halliburton?

4:58PM  20   **A.**   I was aware of that, yes, sir.

4:58PM  21   **Q.**   Did you have any discussions with Mr. Faul in your work in

4:58PM  22   preparing your report?

4:58PM  23   **A.**   No, sir, none at all.

4:58PM  24   **Q.**   And none with Mr. Gagliano either?

4:58PM  25   **A.**   No, sir.

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

4:58PM 1  **Q.**   And let me point something out while we're on that.

4:58PM 2           Your report's dated August 26th, 2011, and your

4:59PM 3  deposition was given on November 17th, 2011.  So during the

4:59PM 4  time you did your extensive work, prepared your report, and

4:59PM 5  then gave your sworn testimony, you did not have the benefit of

4:59PM 6  a deposition for Mr. Gagliano, did you?

4:59PM 7  **A.**   No, sir, I did not.

4:59PM 8  **Q.**   At that time, he was taking the Fifth Amendment; correct?

4:59PM 9  **A.**   Yes, sir.

4:59PM 10 **Q.**   Are you aware of the fact that he subsequently changed his

4:59PM 11 mind and gave a deposition on December 7th of 2012?

4:59PM 12 **A.**   Yes, sir.

4:59PM 13 **Q.**   Did you read that deposition?

4:59PM 14 **A.**   Yes, sir, I did.

4:59PM 15 **Q.**   Did you amend your report based on anything in that

4:59PM 16 deposition?

4:59PM 17 **A.**   No, sir, I did not.

4:59PM 18 **Q.**   So the information that you gleaned from him had no effect

4:59PM 19 whatsoever on what you've said today and the work you've done

4:59PM 20 up until now?

4:59PM 21 **A.**   No, sir, I did not change anything.

4:59PM 22 **Q.**   Let me point out a few things.

4:59PM 23          You were critical of the use of the leftover Kodiak 2

4:59PM 24 blend?

4:59PM 25 **A.**   Yes, sir.

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

4:59PM    1   **Q.**   One of your criticisms?

4:59PM    2   **A.**   Yes, sir.

4:59PM    3   **Q.**   Do you recall seeing where it was actually Mr. Gagliano

4:59PM    4   who recommended that blend to BP?

4:59PM    5   **A.**   I don't recall seeing who selected that cement blend.

5:00PM    6   **Q.**   And he'll testify eventually.  But if I were to represent

5:00PM    7   to you that he's testified that he did, you have no reason to

5:00PM    8   disagree?

5:00PM    9   **A.**   I have no reason to argue with him, no, sir.

5:00PM   10   **Q.**   And also that Mr. Gagliano was actually the one that

5:00PM   11   designed the Kodiak 2 blend for use at the Kodiak well, do you

5:00PM   12   have any idea?

5:00PM   13   **A.**   I didn't have any idea.

5:00PM   14   **Q.**   Having said that, though, your criticism, if I understand

5:00PM   15   it correctly, is based on the fact that there is a defoamer in

5:00PM   16   that blend that is incompatible with the Macondo job; is that

5:00PM   17   fair?

5:00PM   18   **A.**   Well, it's fair from the standpoint this is a leftover

5:00PM   19   slurry that wasn't originally intended to be foam.  And because

5:00PM   20   of that, you've got materials in there that you wouldn't put in

5:00PM   21   a foam cement job.

5:00PM   22   **Q.**   And if I recall from your report, you actually cited

5:00PM   23   Halliburton's own foam cement operations manuals, Table 2.1,

5:00PM   24   that specifically says a defoamed cement should not be used in

5:00PM   25   a foamed job -- or a cement with a defoaming agent should not

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:00PM | 1 | be used at a cement job? |
| 5:00PM | 2 | A.   You don't want to use a defoamer in with a foamer, right. |
| 5:01PM | 3 | Q.   Would you agree with me that the choice of foam cement -- |
| 5:01PM | 4 | use of foam cement at Macondo complicated the job? |
| 5:01PM | 5 | A.   Yes, sir, it did. |
| 5:01PM | 6 | Q.   And you note that the risks associated with the use of |
| 5:01PM | 7 | foam cement went unrecognized by both BP and Halliburton; |
| 5:01PM | 8 | correct? |
| 5:01PM | 9 | A.   Yes, sir.  I believe it did. |
| 5:01PM | 10 | Q.   Again, do you recall reading in Mr. Gagliano's deposition |
| 5:01PM | 11 | where he actually recommended foam cement to BP in this |
| 5:01PM | 12 | situation? |
| 5:01PM | 13 | A.   Yes, sir, I remember that in his deposition. |
| 5:01PM | 14 | Q.   So he played a significant role in using a cement that you |
| 5:01PM | 15 | feel unnecessarily complicated this job? |
| 5:01PM | 16 | A.   Yes. |
| 5:01PM | 17 | Q.   And when we say "complication," are we really saying that |
| 5:01PM | 18 | that choice -- both the choice of using the Kodiak 2 blend and |
| 5:01PM | 19 | the choice of using a foam cement in Macondo conditions -- both |
| 5:01PM | 20 | created and increased risks inherent in this job? |
| 5:02PM | 21 | A.   Well, I think that's in concert with what I've reported. |
| 5:02PM | 22 | Those are added risks.  Each one is a risk.  They're not |
| 5:02PM | 23 | stand-alone.  They complicate each other. |
| 5:02PM | 24 | Q.   Right.  It's cumulative? |
| 5:02PM | 25 | A.   There you go.  I knew there would be a good word for that. |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:02PM | 1 | **Q.**   In that respect and given Mr. Gagliano, in particular, his |
| 5:02PM | 2 | intimate involvement in this decision-making and his |
| 5:02PM | 3 | recommendations, wouldn't it be incumbent upon him and |
| 5:02PM | 4 | Halliburton, just as it is on BP, to recognize, address, and |
| 5:02PM | 5 | mitigate the risks as much as they could prior to execution of |
| 5:02PM | 6 | this job? |
| 5:02PM | 7 | **A.**   And that's in concert with what's in my report, yes, sir. |
| 5:02PM | 8 | **Q.**   All right.  Also, you were critical of using foam cement |
| 5:02PM | 9 | in a well containing synthetic oil-based mud for the reasons |
| 5:02PM | 10 | you've talked about? |
| 5:02PM | 11 | **A.**   Yes, sir. |
| 5:02PM | 12 | **Q.**   Are you aware that -- or have you looked into the fact |
| 5:02PM | 13 | that Halliburton has used -- recommended and used foam cement |
| 5:02PM | 14 | in synthetic oil-based mud jobs before Macondo? |
| 5:03PM | 15 | **A.**   Oh, yes, sir.  And I testified to that earlier.  It is |
| 5:03PM | 16 | done in the industry, not just Halliburton, but Baker, |
| 5:03PM | 17 | Schlumberger, all use it in oil-based mud. |
| 5:03PM | 18 | **Q.**   And you just don't think that that's a good idea for the |
| 5:03PM | 19 | reasons you articulated? |
| 5:03PM | 20 | **A.**   It's an added risk, and if you can not use that, why take |
| 5:03PM | 21 | the risk? |
| 5:03PM | 22 | **Q.**   Again, like using Kodiak 2 and recommending Kodiak 2, like |
| 5:03PM | 23 | recommending and then using foam -- using foam in synthetic |
| 5:03PM | 24 | oil-based mud wells increases risks, complicates the job, and |
| 5:03PM | 25 | both companies -- BP and Halliburton -- have a duty to mitigate |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:03PM   1   that?

5:03PM   2   A.   Yes, and that was a recognized risk, as noted.

5:03PM   3   Q.   You also recognize -- and I think this is specific to

5:03PM   4   Halliburton -- that there were no standard suite of tests or

5:03PM   5   minimum testing requirements that you could find.  Do you

5:03PM   6   recall that?

5:03PM   7   A.   That's correct.

5:03PM   8   Q.   And testing of the slurry is a Halliburton function;

5:03PM   9   correct?

5:03PM   10  A.   Yes.  But, Counselor, I also want to note, within the

5:03PM   11  contract, there are certain -- there's a table for minimum

5:04PM   12  requirements of testing in BP.  So there's really -- I didn't

5:04PM   13  want to misspeak.

5:04PM   14           There's some minimum testing requirements within that

5:04PM   15  contract.  But also, within the Halliburton lab, there's not

5:04PM   16  a -- there's not a likewise set.  If you're going to have a

5:04PM   17  foam cement slurry, for example, we'll always run these tests.

5:04PM   18  Q.   There's no manual that a Halliburton lab worker or manager

5:04PM   19  could go to, published by Halliburton, that says:  If we're

5:04PM   20  going to try to -- if you're going to test a foam cement in

5:04PM   21  this particular situation, you need to make sure you follow

5:04PM   22  these rules?

5:04PM   23  A.   That's correct.  There's not a -- there's not, "Every

5:04PM   24  time, we're going to do X, Y and Z."

5:04PM   25  Q.   And the Halliburton/BP contract specifies tests that BP

GLEN BENGE - CROSS

5:04PM    1   requires Halliburton to run; is that fair?

5:04PM    2   A.   That's fair.

5:04PM    3   Q.   Did Halliburton run all of those tests?

5:04PM    4   A.   And as noted in my report, there was one test that was not

5:04PM    5   run.  I believe that was the free fluid or free water test.

5:05PM    6   Q.   And do you consider, in this job, that to be an important

5:05PM    7   test?

5:05PM    8   A.   Yes.  I always want to check the stability; and that

5:05PM    9   checks really the stability of the unfoamed that --

5:05PM   10   Q.   That's what I was going to ask you.

5:05PM   11   A.   Yeah, it's the unfoamed slurry that you're looking at in

5:05PM   12   that particular respect.

5:05PM   13   Q.   And in this case, that particular test required by the

5:05PM   14   contract that wasn't run would have tested the stability of

5:05PM   15   shoe track cement, the unfoamed cement that was in the shoe

5:05PM   16   track?

5:05PM   17   A.   Well, it would give you an indication of -- I don't want

5:05PM   18   to say that a free water test is the only thing you would run

5:05PM   19   for stability, but that would give you an indication of that,

5:05PM   20   yes.

5:05PM   21   Q.   And if you have an influx of hydrocarbons -- if your foam

5:05PM   22   cement does not achieve zonal isolation and your hydrocarbons

5:05PM   23   get into the annulus and if, in fact, the theory is correct

5:05PM   24   that there was a U-tube and the hydrocarbons came up through

5:05PM   25   the cases, would that -- from a cement standpoint, would that

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:05PM 1  shoe track cement then give you your last line of defense to

5:05PM 2  the hydrocarbons fouling up the well?

5:05PM 3  A.   Yes, the shoe track cement did have the potential -- and

5:05PM 4  I've stated that in my report, it had the potential to form a

5:05PM 5  barrier.

5:06PM 6  Q.   And that's the cement that would pertain to this free

5:06PM 7  fluid test that was not done?

5:06PM 8  A.   That's correct.

5:06PM 9  Q.   Okay.  You also noted that the testing reports themselves

5:06PM 10 from Halliburton -- I think you used the terms "inconsistent"

5:06PM 11 and "confusing"?

5:06PM 12 A.   Yes, sir.

5:06PM 13 Q.   All right.  So if you had your say, you would revise the

5:06PM 14 format in which they report what they're doing and how they do

5:06PM 15 it?

5:06PM 16 A.   Yes, sir, I would.

5:06PM 17 Q.   And why is that?

5:06PM 18 A.   Well, there's a couple of things.  One, when you --

5:06PM 19 without having -- I want to be able to grab a report, look at

5:06PM 20 it and not have to talk to anybody.  I want to be able to say,

5:06PM 21 "Yes, this has the information in there."

5:06PM 22        And within the report, within just the last report

5:06PM 23 that we looked the at, there's actually two slurries that are

5:06PM 24 reported there.  You note that -- I found that out because

5:06PM 25 there's a slash and a number in there that tells you that it's

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:06PM | 1 | a different test series. |
| 5:07PM | 2 | But also -- and I'm quasi bilingual when it comes to |
| 5:07PM | 3 | metric or U.S. or normal units; but reporting things in |
| 5:07PM | 4 | specific gravity where everything else is in pounds per gallon, |
| 5:07PM | 5 | it just -- you know, I sit there and I always go, "Dang it," |
| 5:07PM | 6 | and I got to go get my calculator and convert for myself and |
| 5:07PM | 7 | then I write out to the side what it is. |
| 5:07PM | 8 | So it's inconsistent in the units that are used and |
| 5:07PM | 9 | it just adds confusion.  There's not a -- you can fix that very |
| 5:07PM | 10 | easily. |
| 5:07PM | 11 | Q.   And it's confusing to the point that even somebody with |
| 5:07PM | 12 | the extent of expertise, one of the leading cement exerts in |
| 5:07PM | 13 | the world needed to take time to digest those reports.  You |
| 5:07PM | 14 | couldn't just, like you said, pick them up, read them, and know |
| 5:07PM | 15 | what they say? |
| 5:07PM | 16 | A.   No, sir, I had to -- I had to look around. |
| 5:07PM | 17 | Q.   All right.  In your experience in this industry -- well, |
| 5:07PM | 18 | let me back up and say I think I understood what you said. |
| 5:07PM | 19 | You relied on post-accident testing of OT&C to |
| 5:08PM | 20 | conclude that the cement didn't set? |
| 5:08PM | 21 | A.   In part.  And I looked at what data was available to BP |
| 5:08PM | 22 | prior to pumping the job.  And then the OT&C data told me that |
| 5:08PM | 23 | that cement system is very sensitive to temperature.  And so |
| 5:08PM | 24 | it's a combination; but, yes, I did rely on that data. |
| 5:08PM | 25 | Q.   Did you see any effort by Halliburton to actually test |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:08PM | 1 | slurry that was pumped into the Macondo well following the |
| 5:08PM | 2 | accident? |
| 5:08PM | 3 | A.   No, sir, I didn't consider that in my report. |
| 5:08PM | 4 | Q.   You saw no evidence that that occurred, did you? |
| 5:08PM | 5 | A.   No, sir. |
| 5:08PM | 6 | Q.   From your standpoint, would the most accurate forensic |
| 5:08PM | 7 | test of the foam slurry or the slurry -- cement slurry pumped |
| 5:08PM | 8 | into this well, wouldn't it have to come from a direct sample |
| 5:08PM | 9 | of the slurry pumped into the well?  That gives you your |
| 5:08PM | 10 | best -- your best -- |
| 5:08PM | 11 | A.   That's going to give you your best data, yes, sir. |
| 5:08PM | 12 | Q.   And nobody, nothing you read, nothing you were told |
| 5:09PM | 13 | indicated to you that there was any effort whatsoever on the |
| 5:09PM | 14 | part of the company that designed and tested the cement to see |
| 5:09PM | 15 | post-accident whether anything was wrong with their design or |
| 5:09PM | 16 | their tests; correct? |
| 5:09PM | 17 | A.   There weren't any tests performed, no, sir. |
| 5:09PM | 18 | Q.   And I think you mentioned you know David Calvert.  You |
| 5:09PM | 19 | would agree that he's a foremost expert on the well cement? |
| 5:09PM | 20 | A.   Yes, I know Jerry very well. |
| 5:09PM | 21 | Q.   I'm sorry, Jerry.  David Jerry Calvert. |
| 5:09PM | 22 |       And you would agree to his qualifications? |
| 5:09PM | 23 | A.   Yes, sir.  None of us cementers go by our first names. |
| 5:09PM | 24 | Q.   All right.  And finally, would you know of any reason that |
| 5:09PM | 25 | a cement contractor would conduct tests, cement tests, either |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:09PM | 1 | for a job or after a job to evaluate it and not release those |
| 5:09PM | 2 | test results to the public? |
| 5:09PM | 3 | A.   No, sir. |
| 5:09PM | 4 | Q.   And the point of all of this, like you testified at the |
| 5:09PM | 5 | beginning, the reason you got involved in this case was to look |
| 5:10PM | 6 | into what happened from the cement standpoint to try to do what |
| 5:10PM | 7 | you could to make sure this never happens again; correct? |
| 5:10PM | 8 | A.   That's the reason I'm here, sir. |
| 5:10PM | 9 | Q.   And if post-accident testing is done to try to determine |
| 5:10PM | 10 | if the cement slurry itself ever had a chance of working, if |
| 5:10PM | 11 | we're going to accomplish the goal of making sure this never |
| 5:10PM | 12 | happens again, wouldn't you agree with me that the results of |
| 5:10PM | 13 | those tests should at least be published to your industry? |
| 5:10PM | 14 | A.   Yes, sir. |
| 5:10PM | 15 | MR. STERBCOW:  No further questions. |
| 5:10PM | 16 | THE COURT:  Alabama? |
| 5:10PM | 17 | MR. MAZE:  No questions. |
| 5:10PM | 18 | THE COURT:  Louisiana? |
| 5:10PM | 19 | MR. KANNER:  No questions, Your Honor. |
| 5:10PM | 20 | THE COURT:  Are you still doing all right? |
| 5:10PM | 21 | THE WITNESS:  I'm still doing all right.  Are you |
| 5:10PM | 22 | doing all right? |
| 5:10PM | 23 | THE COURT:  I'm okay. |
| 5:10PM | 24 | THE WITNESS:  You get to be the boss, so I'm going to |
| 5:10PM | 25 | defer to you. |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:10PM | 1 | **THE COURT:**  Well, I don't know about all these |
| 5:10PM | 2 | lawyers out here. |
| 5:10PM | 3 | **THE WITNESS:**  Well, if they don't use plastic plates, |
| 5:10PM | 4 | I don't really care. |
| 5:10PM | 5 | **THE COURT:**  Let's see.  Transocean's up next. |
| 5:11PM | 6 | **CROSS-EXAMINATION** |
| 5:11PM | 7 | **BY MR. MILLER:** |
| 5:11PM | 8 | **Q.**   Good afternoon, Mr. Benge. |
| 5:11PM | 9 | **A.**   Good afternoon. |
| 5:11PM | 10 | **Q.**   I'm Kerry Miller.  It's nice to meet you. |
| 5:11PM | 11 | **A.**   Nice to meet you. |
| 5:11PM | 12 | **Q.**   I have you on cross-examination. |
| 5:11PM | 13 | Mr. Benge, I have a lot of material to cover with |
| 5:11PM | 14 | you, so I'm going to bounce around a little bit.  I'm going to |
| 5:11PM | 15 | try not to ask you redundant questions. |
| 5:11PM | 16 | **MR. MILLER:**  Pull up page 7 of his report. |
| 5:11PM | 17 | **BY MR. MILLER:** |
| 5:11PM | 18 | **Q.**   You talked about, with Mr. Cernich, the role of the |
| 5:12PM | 19 | operator in the cement job.  Do you recall that testimony, |
| 5:12PM | 20 | Mr. Benge? |
| 5:12PM | 21 | **A.**   Yes, sir, I do. |
| 5:12PM | 22 | **Q.**   And at page 7, I'm going to go ahead and highlight some |
| 5:12PM | 23 | language and ask you a quick question and move on. |
| 5:12PM | 24 | You state that "they," meaning BP, "were the final |
| 5:12PM | 25 | decision makers and were empowered to accept or reject the |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:12PM   1   advice of both BP's internal cementing expert and Halliburton."

5:12PM   2   A.   Yes, sir.

5:12PM   3   Q.   And when you say "they," you are talking about BP;

5:12PM   4   correct?

5:12PM   5   A.   Yes.

5:12PM   6   Q.   Specifically you're talking about the wells team at BP?

5:12PM   7   A.   Right, the BP drilling wells team.

5:12PM   8   Q.   And then we saw some references in your report and in some

5:12PM   9   of the e-mails that Mr. Cernich covered with you, specifically

5:12PM   10  the individuals that would be within that wells team and were

5:12PM   11  the final decision makers.  Were they Mr. Hafle?

5:12PM   12  A.   Yes, sir.

5:12PM   13  Q.   Mr. Morel?

5:12PM   14  A.   Yes, sir.

5:12PM   15  Q.   Mr. Greg Walz?

5:12PM   16  A.   Yes, sir.

5:12PM   17  Q.   Mr. Brett Cocales?

5:12PM   18  A.   Yes, sir.

5:12PM   19  Q.   And Mr. John Guide?

5:13PM   20  A.   Yes, sir.

5:13PM   21  Q.   Okay.  Let's move on to the design of the cement slurry.

5:13PM   22          MR. MILLER:  Before we do that, pull up TREX-45036.

5:13PM   23  BY MR. MILLER:

5:13PM   24  Q.   And in terms of the objectives on the cement job, you

5:13PM   25  mentioned the term "zonal isolation."

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:13PM | 1 | **A.**   Yes, sir. |
| 5:13PM | 2 | **Q.**   Is that one of the ultimate objectives of the cement job? |
| 5:13PM | 3 | **A.**   For a primary cement job, yes, sir, it is. |
| 5:13PM | 4 | **MR. MILLER:**  Let's go ahead and put that back up. |
| 5:13PM | 5 | **BY MR. MILLER:** |
| 5:13PM | 6 | **Q.**   That document on the screen, it goes back to 2009.  Do you |
| 5:13PM | 7 | see that, Mr. Benge? |
| 5:13PM | 8 | **A.**   Yes, sir, I do. |
| 5:13PM | 9 | **Q.**   And that's a BP risk register document?  It's actually |
| 5:13PM | 10 | dated June 20th, 2009.  Do you see that? |
| 5:14PM | 11 | **A.**   Yes, sir, it is -- oh, thank you.  You're pointing to it. |
| 5:14PM | 12 | Yes, sir. |
| 5:14PM | 13 | **Q.**   Right here. |
| 5:14PM | 14 | And does this BP risk register identify the risk of a |
| 5:14PM | 15 | good cement job on the production string as a risk that BP |
| 5:14PM | 16 | faced with Macondo? |
| 5:14PM | 17 | **A.**   Yes, sir. |
| 5:14PM | 18 | **Q.**   Again, that's June 20th, 2009; correct? |
| 5:14PM | 19 | **A.**   Yes, sir. |
| 5:14PM | 20 | **Q.**   Okay.  Let's talk about the design a little bit, what you |
| 5:14PM | 21 | called the "leftover Kodiak slurry"; correct, sir? |
| 5:14PM | 22 | **A.**   Yes, sir. |
| 5:14PM | 23 | **Q.**   As I understood your testimony earlier, it's basically |
| 5:14PM | 24 | setting forth two reasons why BP uses a particular slurry |
| 5:14PM | 25 | design.  As I understand your testimony and your report, one |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:14PM  1   reason why was because of economic reasons; that is, they had
5:14PM  2   the Kodiak slurry on board the *Deepwater Horizon*.  And I think
5:15PM  3   you testimony was it made good business sense to try to use it
5:15PM  4   again.  Correct?
5:15PM  5   A.   Yes, sir.  Any time you can use up inventory, it makes
5:15PM  6   sense.
5:15PM  7   Q.   The second reason -- I want to make sure I understand your
5:15PM  8   testimony -- is it relates to margin and frac gradient issues,
5:15PM  9   as I appreciate it.
5:15PM  10           You weren't in court last week when Dr. Huffman
5:15PM  11  testified, were you, Mr. Benge?
5:15PM  12  A.   No, sir, not last week, no.  I'm trying to think where I
5:15PM  13  was.
5:15PM  14  Q.   If you had still been living in New Orleans, maybe you
5:15PM  15  would have been here, huh?
5:15PM  16  A.   That's true.
5:15PM  17  Q.   But Dr. Huffman was a geophysicist who testified last week
5:15PM  18  about pore pressure, frac gradient, margins, and ECD issues.
5:15PM  19  A.   Yes, sir.
5:15PM  20  Q.   And as I understand it -- and I want to ask if you agree
5:15PM  21  with me -- there is a strong relationship between those margin
5:15PM  22  issues that an operator faces and the cement design?
5:15PM  23  A.   Oh, yes, sir.  That drives the cement design.
5:15PM  24  Q.   And so as I understand it, the second reason for BP
5:16PM  25  choosing this particular design, in addition to economic

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:16PM   1    reasons, was that this particular design accomplished the

5:16PM   2    margin issues that BP faced, the tight margin issues that BP

5:16PM   3    faced.

5:16PM   4            Do you agree with that, Mr. Benge?

5:16PM   5    A.   Yes, sir.

5:16PM   6    Q.   I saw somewhere -- I think it was in your testimony -- you

5:16PM   7    said that the leftover Kodiak blend, when hit with the nitrogen

5:16PM   8    gas -- and so basically when I think of a cement job -- I'm a

5:16PM   9    landlubber -- I think of the premixed cement and mixing it with

5:16PM  10    water and coming out of the chute.

5:16PM  11            But, in essence, the way it's being pumped offshore

5:16PM  12    is you have a premix, there's water, and then it's hit with

5:16PM  13    nitrogen gas; correct?

5:16PM  14    A.   Well, when you say "premix," I'm going to mix that -- I'm

5:16PM  15    going to mix that slurry and so that slurry is then being

5:16PM  16    pumped and the nitrogen's injected downstream of that cement

5:16PM  17    pump.

5:16PM  18    Q.   And it's the injection of the nitrogen that made this

5:16PM  19    particular leftover slurry from Kodiak lighter; correct?

5:17PM  20    A.   Yes, sir.

5:17PM  21    Q.   As I understand it, the Kodiak cement hadn't been used as

5:17PM  22    a conventional cement, and it could have been used as a

5:17PM  23    conventional cement.  Correct?

5:17PM  24    A.   Yes, sir.

5:17PM  25    Q.   As a conventional cement, it would have had a density of

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:17PM   1   the 16.5 ppg; correct?

5:17PM   2   A.   That was the original design density for that slurry, yes,

5:17PM   3   sir.

5:17PM   4   Q.   And the effect of injecting nitrogen in it reduced the ppg

5:17PM   5   from 16.5 to approximately 14.5; correct?

5:17PM   6   A.   Yes, sir.

5:17PM   7   Q.   And that is an ECD that BP needed to maintain; correct?

5:17PM   8   A.   That's correct.

5:17PM   9        MR. MILLER:   Let's pull up a document that you

5:17PM  10   referred to in your testimony with Mr. Cernich, that MOC memo,

5:17PM  11   51165.

5:17PM  12   BY MR. MILLER:

5:17PM  13   Q.   This is a document dated April 15th, 2010.  Do you see

5:17PM  14   that, Mr. Benge?

5:17PM  15   A.   Barely.

5:18PM  16   Q.   Yeah, it's a pretty tough document to read.  Let's go

5:18PM  17   ahead and pull this part up.

5:18PM  18        Mr. Benge, this is a document I think you were

5:18PM  19   referring to.  What this document sets forth is -- again, this

5:18PM  20   is a BP MOC memo; correct?

5:18PM  21   A.   Yes, sir, it is.

5:18PM  22   Q.   Management of change; correct?

5:18PM  23   A.   That's correct.

5:18PM  24   Q.   This is during BP's implementation of the cement job at

5:18PM  25   Macondo; correct?

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:18PM  1  **A.**   Yes, sir.

5:18PM  2  **Q.**   And the verifier is Mark Hafle; correct?

5:18PM  3  **A.**   Yes, sir.

5:18PM  4  **Q.**   He's one of the members of the BP wells team; right?

5:18PM  5  **A.**   That's correct.  He's the senior engineer on the wells

5:18PM  6  team.

5:18PM  7  **Q.**   One of the guys calling the slots on the cement job;

5:18PM  8  correct?

5:18PM  9  **A.**   Yes, sir.

5:18PM  10  **Q.**   And it states here that "the cement job has been designed

5:18PM  11  to minimize the ECD as low as practical."  Do you see that?

5:18PM  12  **A.**   Yes, sir.

5:18PM  13  **Q.**   "Foam cement, lightweight spacer, and a small base oil

5:18PM  14  spacer, along with low pump rates, will be used together to

5:18PM  15  keep ECD below an acceptable level."

5:19PM  16          Is that correct?

5:19PM  17  **A.**   Yes, sir.

5:19PM  18  **Q.**   And that level they are trying to keep this below was this

5:19PM  19  14.5 arbitrary frac gradient; correct?

5:19PM  20  **A.**   Yes, sir.

5:19PM  21  **Q.**   So BP could not have used the leftover Kodiak blend as a

5:19PM  22  conventional cement because it would have been above the frac

5:19PM  23  gradient; right?

5:19PM  24  **A.**   That's right.  It was too heavy to have been used.

5:19PM  25  **Q.**   And it could have fractured the formation had they used

GLEN BENGE - CROSS

5:19PM  1  the 16.5 ppg conventional cement; correct?

5:19PM  2  A.   Yes, sir.

5:19PM  3  Q.   Sir, I saw in -- right when Mr. Cernich began, the article

5:19PM  4  you wrote when you first used foam cement in Mobile Bay.  This

5:19PM  5  was actually when you were living in New Orleans; correct?

5:19PM  6  A.   Yes, sir, it was.

5:19PM  7  Q.   And there was a reference to a Halliburton facility on

5:19PM  8  that document from Houma, Louisiana; correct?

5:19PM  9  A.   Yes, sir.

5:19PM  10 Q.   Sir, as I appreciate it, Halliburton has a facility in

5:19PM  11 Houma, Louisiana where they actually do the premixes, they

5:19PM  12 manufacture the premix material for use offshore.  Are you

5:19PM  13 aware of that, sir?

5:19PM  14 A.   The bulk blending plant?

5:19PM  15 Q.   Yes.

5:19PM  16 A.   That's where they put the dry powder -- the dry part

5:19PM  17 together, yes, sir.

5:19PM  18 Q.   Sir, I'm from the area, as you might have picked up from

5:20PM  19 my accent.  Houma's real close to Fourchon, isn't it,

5:20PM  20 Mr. Benge?

5:20PM  21 A.   Yes, sir.

5:20PM  22 Q.   It's about an hour's drive away?

5:20PM  23 A.   It's right around the corner.

5:20PM  24 Q.   You get on Highway 90 and you turn right on LA 1, don't

5:20PM  25 you?

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:20PM | 1 | **A.**   Yes, sir, you do. |
| 5:20PM | 2 | **Q.**   And you drive till there's no road; correct? |
| 5:20PM | 3 | **A.**   You drive until you get there and you can't go no further. |
| 5:20PM | 4 | **Q.**   So that cement would have been on a truck; correct, |
| 5:20PM | 5 | Mr. Benge? |
| 5:20PM | 6 | **A.**   Yes, sir, it was. |
| 5:20PM | 7 | **Q.**   And that truck would have put cement on a boat in |
| 5:20PM | 8 | Fourchon; correct? |
| 5:20PM | 9 | **A.**   Yes, sir. |
| 5:20PM | 10 | **Q.**   And that boat would have taken that cement from Fourchon |
| 5:20PM | 11 | to Macondo; correct? |
| 5:20PM | 12 | **A.**   Yes, sir. |
| 5:20PM | 13 | **Q.**   And the cement that I'm talking about, that could have |
| 5:20PM | 14 | gotten on that truck and on that boat, could have been a |
| 5:20PM | 15 | conventional cement with an ECD of 14.35 or below; correct? |
| 5:20PM | 16 | **A.**   Yes, sir.  I think that's as noted even by Erick |
| 5:20PM | 17 | Cunningham. |
| 5:20PM | 18 | **Q.**   So you didn't have to use a foam cement to get it to an |
| 5:20PM | 19 | ECD of 14.5 or below; correct? |
| 5:20PM | 20 | **A.**   No, sir, you did not. |
| 5:20PM | 21 | **Q.**   But in order for BP to have used a conventional cement |
| 5:20PM | 22 | which would have had an ECD of 14.5 or below, they would have |
| 5:20PM | 23 | had to have bought new cement; correct? |
| 5:21PM | 24 | **A.**   That's correct. |
| 5:21PM | 25 | **Q.**   But in this case BP opted not to buy new cement; correct? |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:21PM | 1 | **A.**   That's correct.  They chose to use the leftover cement. |
| 5:21PM | 2 | **Q.**   They chose to use the leftover cement, which was free to |
| 5:21PM | 3 | them, from Macondo; right? |
| 5:21PM | 4 | **A.**   Yes.  They had already bought it. |
| 5:21PM | 5 | **Q.**   They had already spent the money? |
| 5:21PM | 6 | **A.**   Yes, sir. |
| 5:21PM | 7 | **Q.**   So it didn't go in the ledger for Macondo; correct? |
| 5:21PM | 8 | **A.**   No, sir. |
| 5:21PM | 9 | **Q.**   It was on the Kodiak ledger? |
| 5:21PM | 10 | **A.**   Well, I don't know how they were accounting for it. |
| 5:21PM | 11 | **Q.**   And nitrogen gas is real cheap, isn't it? |
| 5:21PM | 12 | **A.**   Yes, sir, the gas is. |
| 5:21PM | 13 | **Q.**   So what they were doing to get the ECD of the Kodiak |
| 5:21PM | 14 | cement from 16.5 down to 14.5 was just to inject cheap nitrogen |
| 5:21PM | 15 | gas; correct? |
| 5:21PM | 16 | **A.**   The gas itself is cheap.  But, sir, the equipment that |
| 5:21PM | 17 | comes out to the location -- the pumps, the tanks and |
| 5:21PM | 18 | everything else -- you've got more people and more equipment, |
| 5:21PM | 19 | so the gas and the service is pretty expensive. |
| 5:21PM | 20 | **Q.**   But surely BP could have used a conventional cement with |
| 5:21PM | 21 | an acceptable ppg simply by calling Halliburton up and getting |
| 5:21PM | 22 | that product made in Houma, getting it tested, and getting it |
| 5:22PM | 23 | sent to the *Deepwater Horizon* at Macondo; correct? |
| 5:22PM | 24 | **A.**   Yes, sir.  Foam cement was not required for this job. |
| 5:22PM | 25 | **Q.**   That's not a difficult arrangement in this particular |

GLEN BENGE - CROSS

5:22PM   1   industry, is it?

5:22PM   2   A.   No, sir.

5:22PM   3   Q.   You talked with Mr. Cernich about this notion about the

5:22PM   4   premix containing the D-Air.

5:22PM   5           MR. MILLER:  Let's look TREX-01703.

5:22PM   6   BY MR. MILLER:

5:22PM   7   Q.   I'm going to ask you some questions while they're pulling

5:22PM   8   up.

5:22PM   9           There we go.  Do you recognize that document, the

5:22PM  10   foam cementing operations manual?

5:22PM  11   A.   Yes, sir, I do.

5:22PM  12           MR. MILLER:  Let's go to the fly-out, please.

5:22PM  13   BY MR. MILLER:

5:22PM  14   Q.   Do you see this information, Table 2.1, "Additives

5:23PM  15   Incompatible with Foam Cement"?

5:23PM  16   A.   Yes, sir.

5:23PM  17   Q.   What does it say there?

5:23PM  18   A.   It says "defoamers and D-Air."

5:23PM  19   Q.   I know you said the cement community is a relatively small

5:23PM  20   one, but the drilling engineers and operators around the world

5:23PM  21   who are familiar with cement are numerous; correct?

5:23PM  22   A.   Yes, sir.

5:23PM  23   Q.   Sir, is it well known that you should not use or you

5:23PM  24   shouldn't inject into a premix nitrogen gas that contained a

5:23PM  25   defoamer?

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:23PM    1    **A.**    Those would be counter.  You'd know that D-Air wouldn't

5:23PM    2    normally be designed in a foam job.

5:23PM    3    **Q.**    Was that prudent, to use leftover cement that contained as

5:23PM    4    an additive -- as one of the ingredients of the mix D-Air and

5:23PM    5    then inject it with nitrogen on the rig?

5:23PM    6    **A.**    Well, that definitely adds a risk.

5:23PM    7    **Q.**    And that's a risk -- the decision to do that was BP's

5:23PM    8    decision; correct?

5:24PM    9    **A.**    The decision to ultimately use the foam on this well, yes,

5:24PM   10    sir.

5:24PM   11    **Q.**    To inject foam into a premix that had a defoamer in it was

5:24PM   12    BP's; correct?

5:24PM   13    **A.**    Yes.  They were aware of that.  Yes, sir.

5:24PM   14    **Q.**    I'm jumping around a little bit.  As Mr. Brock said

5:24PM   15    yesterday, it's a good sound when you hear a lawyer flipping

5:24PM   16    pages.

5:24PM   17          Let's talk a little bit about the testing.

5:24PM   18          I'll tell you what, before we do that, let's talk

5:24PM   19    about -- briefly on the centralizers.

5:24PM   20          **MR. MILLER:**  Let's pull up TREX-04575.

5:24PM   21    **BY MR. MILLER:**

5:24PM   22    **Q.**    As I understood your testimony, Mr. Benge, what you said,

5:25PM   23    in response to Mr. Cernich's questions, was Halliburton never

5:25PM   24    ran an OptiCem model with the six centralizers in the locations

5:25PM   25    where BP ultimately placed them.  Correct?

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:25PM | 1 | **A.**   That's correct.  Prior -- it hasn't been in an as-run |
| 5:25PM | 2 | situation. |
| 5:25PM | 3 | **Q.**   As-run situation. |
| 5:25PM | 4 | But before it was decided where to put the six |
| 5:25PM | 5 | centralizers, Halliburton did do an OptiCem model for the |
| 5:25PM | 6 | Macondo slurry, did it not? |
| 5:25PM | 7 | **A.**   Yes, sir. |
| 5:25PM | 8 | **Q.**   And are you familiar with this document? |
| 5:25PM | 9 | **A.**   Yes, sir, I am. |
| 5:25PM | 10 | **MR. MILLER:**  Let's go to the fly-out. |
| 5:25PM | 11 | **BY MR. MILLER:** |
| 5:25PM | 12 | **Q.**   And this is a document dated -- the date is April 18th, |
| 5:25PM | 13 | 2010.  Maybe it's up here.  And the cement job was run on |
| 5:25PM | 14 | April 19th, 2010; correct, Mr. Benge? |
| 5:25PM | 15 | **A.**   Yes, sir. |
| 5:25PM | 16 | **Q.**   So this particular document was generated only one day |
| 5:25PM | 17 | before the cement was pumped; correct? |
| 5:26PM | 18 | **A.**   That's correct. |
| 5:26PM | 19 | **Q.**   And Halliburton, the service contractor, was telling BP, |
| 5:26PM | 20 | "This well" -- and we're talking about Macondo in this |
| 5:26PM | 21 | document; correct, Mr. Benge? |
| 5:26PM | 22 | **A.**   Yes, sir, they are. |
| 5:26PM | 23 | **Q.**   -- "is considered to have a severe gas flow problem." |
| 5:26PM | 24 | Do you see that? |
| 5:26PM | 25 | **A.**   Yes, sir. |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:26PM  1    Q.   And this particular model was run on seven or less
5:26PM  2    centralizers; correct?
5:26PM  3    A.   I believe this one was run on seven centralizers, yes,
5:26PM  4    sir.
5:26PM  5    Q.   Seven centralizers.
5:26PM  6         So BP had an OptiCem report with seven centralizers
5:26PM  7    in its hands the day before it ran the job, which said this
5:26PM  8    well is considered to have a severe gas flow potential and the
5:26PM  9    very next day ran the cement job with six centralizers?
5:26PM  10   A.   Yes, sir.
5:26PM  11        THE COURT:  Mr. Miller, I don't think you identified
5:26PM  12   the fly-out number.
5:26PM  13        MR. MILLER:  It's TREX-04575 at 18.
5:26PM  14        THE COURT:  18, yes, okay.
5:26PM  15        MR. WITTMANN:  At 18.
5:27PM  16        THE COURT:  Thank you.
5:27PM  17   BY MR. MILLER:
5:27PM  18   Q.   Moving right along, as they say.  Let's talk a little bit
5:27PM  19   about testing and what the BP internal documents say about BP's
5:27PM  20   obligation to test cement.  Let me get to the right page here.
5:27PM  21        MR. MILLER:  Okay.  Let's pull up -- I think this is
5:27PM  22   one of the documents that Scott showed you -- TREX-00634.
5:27PM  23        And this is -- let's go to the fly-out at
5:27PM  24   page 10 of this document -- hold on, let's take a look at it.
5:27PM  25   It's Gulf of Mexico SPU.

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:27PM | 1 | **BY MR. MILLER:** |
| 5:27PM | 2 | **Q.**   This is BP's recommended practices for cement design and |
| 5:28PM | 3 | operations in the Gulf of Mexico; correct? |
| 5:28PM | 4 | **A.**   Yes.  That would be the deepwater Gulf of Mexico. |
| 5:28PM | 5 | **Q.**   Deepwater Gulf of Mexico.  And we know this was a |
| 5:28PM | 6 | deepwater project, if nothing else, after a week and a half. |
| 5:28PM | 7 | You know that; right? |
| 5:28PM | 8 | **A.**   I bet you all do. |
| 5:28PM | 9 | **Q.**   Let's go to page 10 of that document.  Let's see what BP's |
| 5:28PM | 10 | internal document says about testing cement. |
| 5:28PM | 11 |        It says:  "The purpose of this manual is to guide |
| 5:28PM | 12 | drilling personnel through the cement" -- "drilling personnel" |
| 5:28PM | 13 | meaning the BP drilling engineers who were on this project; |
| 5:28PM | 14 | correct? |
| 5:28PM | 15 | **A.**   That would be my interpretation, yes, sir. |
| 5:28PM | 16 | **Q.**   -- "through the cement design process and to identify |
| 5:28PM | 17 | minimal requirements and standards of cement design and |
| 5:28PM | 18 | operations.  It is imperative" -- that's a pretty strong word, |
| 5:28PM | 19 | is it not, Mr. Benge? |
| 5:28PM | 20 | **A.**   Yes, sir. |
| 5:28PM | 21 | **Q.**   -- "that all the requirements are met." |
| 5:28PM | 22 |        And let's look at this.  "Responsible parties for |
| 5:28PM | 23 | cement slurries and spacer tests."  Now, we're talking about |
| 5:29PM | 24 | tests on a cement slurry used at Macondo; correct? |
| 5:29PM | 25 | **A.**   Yes, sir. |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:29PM  1   **Q.**   And it says:  "Drilling engineers" -- again, it's
5:29PM  2   Mr. Morel, Mr. Hafle, Mr. Cocales, and Mr. Guide -- "are
5:29PM  3   responsible for overseeing the implementation and required
5:29PM  4   specifications of all tests."
5:29PM  5           Do you see that, Mr. Benge?
5:29PM  6   **A.**   Yes, sir, I do.
5:29PM  7   **Q.**   And do you agree that that is a good practice on the part
5:29PM  8   of an operator?
5:29PM  9   **A.**   Yes, sir.
5:29PM  10  **Q.**   Let's look at another BP internal document about testing
5:29PM  11  slurries before they're actually implemented.
5:29PM  12          **MR. MILLER:**  Pull up TREX-03773.
5:29PM  13              Let's look at this document -- I'm sorry, 03773.
5:29PM  14  Is that it?  Let's go to page 6.
5:30PM  15  **BY MR. MILLER:**
5:30PM  16  **Q.**   Sir, this document is the "BP Exploration Production
5:30PM  17  Segment-Recommended Practice."  And it states:  "Laboratory
5:30PM  18  testing is a critical element in successful well cementing."
5:30PM  19          Do you see that?
5:30PM  20  **A.**   Yes, sir.
5:30PM  21  **Q.**   Do you agree with that statement, Mr. Benge?
5:30PM  22  **A.**   Yes, sir, I do.
5:30PM  23  **Q.**   "Cement chemical additives and well conditions are never
5:30PM  24  entirely consistent or predictable."  Do you see that?
5:30PM  25  **A.**   Yes, sir.

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:30PM | 1 | **Q.**   Do you agree with that, Mr. Benge? |
| 5:30PM | 2 | **A.**   Yes, sir.  Mother Nature's never kind to us. |
| 5:30PM | 3 | **Q.**   "Therefore, the testing of field-representative samples is |
| 5:30PM | 4 | critical to ensure the slurry has the properties to meet the |
| 5:30PM | 5 | cementing objectives." |
| 5:30PM | 6 |          Do you see that, Mr. Benge? |
| 5:30PM | 7 | **A.**   Yes, sir. |
| 5:30PM | 8 | **Q.**   Now, who -- or isn't it the case -- isn't it your opinion, |
| 5:30PM | 9 | Mr. Benge, that ultimately the BP drilling engineers are |
| 5:30PM | 10 | responsible to make sure this gets done before that slurry gets |
| 5:30PM | 11 | implemented? |
| 5:30PM | 12 | **A.**   Yes, sir. |
| 5:31PM | 13 |          **MR. MILLER:**  Let's pull up TREX-5801. |
| 5:31PM | 14 | **BY MR. MILLER:** |
| 5:31PM | 15 | **Q.**   Sir, this is an e-mail from Brian Morel to Jesse Gagliano. |
| 5:31PM | 16 | Do you see that, sir? |
| 5:31PM | 17 | **A.**   Yes, sir, I do. |
| 5:31PM | 18 | **Q.**   And copied on the e-mail are two of Mr. Morel's cohorts, |
| 5:31PM | 19 | Mark Hafle and Brett Cocales.  Do you see that? |
| 5:31PM | 20 | **A.**   Yes, sir. |
| 5:31PM | 21 | **Q.**   And the date is April 1, 2010.  Do you see that, sir? |
| 5:31PM | 22 | **A.**   Yes, sir. |
| 5:31PM | 23 | **Q.**   And so this would have been 19 days before the tragic |
| 5:31PM | 24 | accident; correct? |
| 5:31PM | 25 | **A.**   That's correct. |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:31PM  1   **Q.**   And Brian is writing to Jesse.  Jesse works as a
5:31PM  2   Halliburton service provider; correct?
5:31PM  3   **A.**   Yes, sir.
5:31PM  4   **Q.**   "Can you start running some tests on the nitrogen job?
5:31PM  5   This is an important job, and we need to have the data well in
5:31PM  6   advance to make the correct decisions on this job."
5:31PM  7           Do you see that, Mr. Benge?
5:31PM  8   **A.**   Yes, sir, I do.
5:31PM  9   **Q.**   Okay.  Do you agree that the Macondo job was an important
5:31PM  10  cement job?
5:31PM  11  **A.**   Yes, sir, it was.
5:31PM  12  **Q.**   And do you also agree that BP should have had test data
5:32PM  13  well in advance to make correct decisions on this job?
5:32PM  14  **A.**   Yes, sir.
5:32PM  15  **Q.**   Sir, did BP, in fact, have adequate industry-standard
5:32PM  16  testing data on the Macondo slurry before it pumped that cement
5:32PM  17  into the well?
5:32PM  18  **A.**   I don't believe that they had adequate data to pump the
5:32PM  19  job on the well.
5:32PM  20  **Q.**   Let's fast-forward to another e-mail involving the same
5:32PM  21  individuals.  That's TREX-1390.
5:32PM  22          Sir, this is an e-mail from Mr. Morel to Mr. Hafle,
5:32PM  23  talking about Mr. Gagliano.  Okay?
5:32PM  24          **MR. REGAN:**  Your Honor, I think we already had this
5:32PM  25  e-mail presented in globo.

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:32PM | 1 | **MR. MILLER:**  Let me just ask this question. |
| 5:32PM | 2 | BY MR. MILLER: |
| 5:32PM | 3 | Q.   Does this e-mail indicate to you that BP had -- |
| 5:32PM | 4 | **MR. MILLER:**  Oh, finish your objection. |
| 5:32PM | 5 | **MR. REGAN:**  My objection is that the document, even |
| 5:33PM | 6 | the highlight is cumulative in terms of what's happened on the |
| 5:33PM | 7 | direct exam.  This is just another direct exam. |
| 5:33PM | 8 | **THE COURT:**  Well, there have been a lot of documents |
| 5:33PM | 9 | that have been used more than once.  It depends what he's going |
| 5:33PM | 10 | to use it for. |
| 5:33PM | 11 | **MR. REGAN:**  Fair enough. |
| 5:33PM | 12 | BY MR. MILLER: |
| 5:33PM | 13 | Q.   I'm harkening back to the April 1st e-mail where they're |
| 5:33PM | 14 | asking for test data well in advance, Mr. Benge, just to |
| 5:33PM | 15 | reorient you.  Okay? |
| 5:33PM | 16 | A.   Yes, sir. |
| 5:33PM | 17 | Q.   Is this document, this e-mail, where Mr. Morel is talking |
| 5:33PM | 18 | to Mr. Hafle, indicate to you that two days before the cement |
| 5:33PM | 19 | was pumped -- this e-mail is April 17th, 2010 -- that BP had |
| 5:33PM | 20 | discharged its responsibilities to make sure it had adequate |
| 5:33PM | 21 | test data on the slurry that was used in Macondo? |
| 5:33PM | 22 | A.   That's correct.  That's what that says. |
| 5:33PM | 23 | Q.   This e-mail looks like they're still scratching their |
| 5:33PM | 24 | heads.  Do you agree with that? |
| 5:33PM | 25 | A.   They're not getting the test results in a timely fashion. |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:33PM | 1 | **Q.**   Let's look at TREX-1395.  Again, the same guys.  This is |
| 5:34PM | 2 | an e-mail from Jesse Gagliano to Morel, Hafle, Walz, and |
| 5:34PM | 3 | Cocales. |
| 5:34PM | 4 | And it says -- let's look at this.  It's dated |
| 5:34PM | 5 | April 18th at 6:50.  Okay.  But when it's sent, that's roughly |
| 5:34PM | 6 | 24 hours before the cement job began; correct? |
| 5:34PM | 7 | **A.**   That's correct. |
| 5:34PM | 8 | **Q.**   And it says, "Brian" -- Jesse Gagliano at Halliburton is |
| 5:34PM | 9 | writing to Brian Morel at BP; correct? |
| 5:34PM | 10 | **A.**   Yes, sir. |
| 5:34PM | 11 | **Q.**   And it says:  "Has a decision been made yet if you are |
| 5:34PM | 12 | going with the 8-gallons or 9-gallons of retarder?" |
| 5:34PM | 13 | **A.**   Yes, sir. |
| 5:34PM | 14 | **Q.**   Does this e-mail indicate to you, 24 hours before they |
| 5:34PM | 15 | pump the cement, that BP had test data in advance that |
| 5:34PM | 16 | justified and showed that this cement was going to work? |
| 5:34PM | 17 | **A.**   No, sir, they did not. |
| 5:34PM | 18 | **Q.**   They just decided -- they just decided what slurry they |
| 5:34PM | 19 | were going to use; correct? |
| 5:35PM | 20 | **A.**   This was a last-minute decision, yes, sir. |
| 5:35PM | 21 | **Q.**   A last-minute decision.  So they're making this |
| 5:35PM | 22 | last-minute decision.  After this decision was made -- it |
| 5:35PM | 23 | appears that the decision was made when?  At midnight at |
| 5:35PM | 24 | April 18th; correct? |
| 5:35PM | 25 | **A.**   Yes, sir. |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:35PM | 1 | **Q.** That's 16 hours before the cement job began; correct? |
| 5:35PM | 2 | **A.** Yes, sir. |
| 5:35PM | 3 | **Q.** So now's the time to run tests; correct? |
| 5:35PM | 4 | **A.** No, sir.  They should have already had these run. |
| 5:35PM | 5 | **Q.** But did they have tests in on the actual slurry? |
| 5:35PM | 6 | **A.** On the actual slurry, no, sir. |
| 5:35PM | 7 | **Q.** No tests on the actual slurry? |
| 5:35PM | 8 | **A.** No.  That's not entirely correct, sir.  They did have the |
| 5:35PM | 9 | thickening time test.  Because in the previous part of this, |
| 5:35PM | 10 | they had that, and had some compressive strength data that was |
| 5:35PM | 11 | ongoing. |
| 5:35PM | 12 | **Q.** We'll cover that in a second. |
| 5:35PM | 13 | But in your opinion did they have the suite of tests |
| 5:35PM | 14 | that you would have expected to have seen from a prudent |
| 5:35PM | 15 | operator in the industry before proceeding with the cement job |
| 5:35PM | 16 | on the night of April 19th? |
| 5:35PM | 17 | **A.** No, sir. |
| 5:36PM | 18 | **Q.** Let's talk about the suite of tests that BP usually |
| 5:36PM | 19 | requires. |
| 5:36PM | 20 | **MR. MILLER:**  Let's look at TREX-634.  TREX-634. |
| 5:36PM | 21 | **BY MR. MILLER:** |
| 5:36PM | 22 | **Q.** And this, again, is a Gulf of Mexico SPU.  This is BP's |
| 5:36PM | 23 | "Recommended Practices for Cement Design and Operations in the |
| 5:36PM | 24 | Deepwater Gulf of Mexico."  So this is the document at BP with |
| 5:36PM | 25 | respect to what to do here; right? |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:36PM | 1 | **A.**   Yes, sir. |
| 5:36PM | 2 |         **MR. MILLER:**  Let's go to page 39. |
| 5:36PM | 3 | **BY MR. MILLER:** |
| 5:36PM | 4 | **Q.**   It says "Foam cement systems" -- that's what we're dealing |
| 5:36PM | 5 | with here, right, foam cement systems? |
| 5:36PM | 6 | **A.**   Yes, sir. |
| 5:36PM | 7 | **Q.**   -- "shall be mixed and tested in the laboratory according |
| 5:36PM | 8 | to the most recent version of ISO 10426-4.  According to that |
| 5:36PM | 9 | document, the following tests shall be conducted on the |
| 5:36PM | 10 | unfoamed base cement slurry." |
| 5:37PM | 11 |         Okay.  This is the leftover cement that they must |
| 5:37PM | 12 | test; correct? |
| 5:37PM | 13 | **A.**   Yes. |
| 5:37PM | 14 | **Q.**   Thickening time? |
| 5:37PM | 15 | **A.**   Yes, sir. |
| 5:37PM | 16 | **Q.**   Rheology? |
| 5:37PM | 17 | **A.**   Yes, sir. |
| 5:37PM | 18 | **Q.**   Fluid loss? |
| 5:37PM | 19 | **A.**   Yes, sir. |
| 5:37PM | 20 | **Q.**   Free fluid. |
| 5:37PM | 21 | **A.**   And free fluid, yes, sir. |
| 5:37PM | 22 | **Q.**   "In addition," it says, "the following test shall" -- |
| 5:37PM | 23 | that's a nice lawyer word there, isn't it? |
| 5:37PM | 24 | **A.**   Yes, sir, it is. |
| 5:37PM | 25 | **Q.**   It means you've got to do it, though, even in engineering; |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:37PM  1   right?

5:37PM  2   A.   Yes, sir.

5:37PM  3   Q.   -- "be conducted on the foam cement slurry."  Okay?

5:37PM  4   A.   Yes, sir.

5:37PM  5   Q.   That's the actual stuff that went down the hole; right?

5:37PM  6   A.   That's the foam cement, yes, sir.

5:37PM  7   Q.   And they must have done compressive strength and foam

5:37PM  8   stability; correct?

5:37PM  9   A.   Yes, sir.

5:37PM  10  Q.   Let's look at another source document that talks about

5:37PM  11  what the required testing is.

5:37PM  12       MR. MILLER:  Let's pull up TREX-640.  I'm pulling up

5:37PM  13  the Halliburton/BP contract that was in effect.

5:37PM  14  BY MR. MILLER:

5:37PM  15  Q.   I think that's a document that you reviewed in connection

5:37PM  16  with your report?

5:37PM  17  A.   I reviewed the cement portion of it.  I did not review the

5:37PM  18  entire document, sir.

5:37PM  19  Q.   We're going to go right to the cement portion.  Let's go

5:38PM  20  to the fly-out.

5:38PM  21  A.   Thank you, sir.

5:38PM  22  Q.   Again, this sets forth the minimum testing for cementing

5:38PM  23  operations.  Is that a portion of the report that you reviewed,

5:38PM  24  Mr. Benge?

5:38PM  25  A.   Yes, sir, it is.

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:38PM | 1 | **Q.**   And it sets forth that:  All testing is required on rig |
| 5:38PM | 2 | samples and to be submitted to company wells team 24 hours |
| 5:38PM | 3 | prior to the cement operations commence. |
| 5:38PM | 4 |        The company wells team, that's the BP wells team; |
| 5:38PM | 5 | correct? |
| 5:38PM | 6 | **A.**   Yes, sir, it is. |
| 5:38PM | 7 | **Q.**   And we know, from the review of e-mails, they didn't get |
| 5:38PM | 8 | this full suite of testing 24 hours before the cement job |
| 5:38PM | 9 | commenced; correct? |
| 5:38PM | 10 | **A.**   No, sir, they did not. |
| 5:38PM | 11 | **Q.**   They never got some of these tests; right? |
| 5:38PM | 12 | **A.**   That's correct. |
| 5:38PM | 13 | **Q.**   And some of the additional testing that must be done |
| 5:38PM | 14 | particularly for slurries placed for control of shallow flows |
| 5:38PM | 15 | or where gas migration risk is high -- we knew that was high at |
| 5:38PM | 16 | Macondo; right? |
| 5:38PM | 17 | **A.**   Yes, sir. |
| 5:38PM | 18 | **Q.**   You talked about the OptiCem report that came out on |
| 5:38PM | 19 | April 18th; correct? |
| 5:38PM | 20 | **A.**   Yes, sir. |
| 5:38PM | 21 | **Q.**   -- "must have static gel strength" -- that's a test; |
| 5:39PM | 22 | correct? |
| 5:39PM | 23 | **A.**   Yes, sir. |
| 5:39PM | 24 | **Q.**   -- "transition time" -- that's a test; right? |
| 5:39PM | 25 | **A.**   Yes, sir. |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | |
|---|---|
| 5:39PM | 1 |

**Q.** -- "zero gel time" -- that's another test; right?

**A.** Yes, sir.

**Q.** "In addition, company settlement tests must be run in these situations," and it sets forth specific requirements.

That is a little chart which tried to combine the tests required under the Halliburton/BP contract and under the BP deepwater Gulf of Mexico cementing operations.  I just want to go over it with you.

**A.** Okay.

MR. MILLER:  Let's pull that up.  This is Demonstrative 6630.

BY MR. MILLER:

**Q.** In this column, sir, what I have is the various types of tests that were identified in the BP/HESI contract we just looked at?

**A.** Yes, sir.

**Q.** What I have in this column is the various types of tests that were identified in the BP recommended practice document we looked at a minute ago?

**A.** Yes, sir.

**Q.** And what I have here is whether or not those particular tests that were required by these two documents were done on the actual slurry used in Macondo.  Are you with me, sir?

**A.** Yes, I sure am.

**Q.** Foam stability, that was actually required by the BP

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:40PM  1   recommended practice?

5:40PM  2   A.   Yes, sir.

5:40PM  3   Q.   Was that done on Macondo?

5:40PM  4   A.   Not on the .09 gallons per sack, sir.

5:40PM  5   Q.   And that's the actually slurry.  That's the one you have

5:40PM  6   to test; right?

5:40PM  7   A.   Yes.

5:40PM  8   Q.   What about the compressive strength?  That was required by

5:40PM  9   both the BP/HESI contract and the BP recommended practices

5:40PM  10  document; correct?

5:40PM  11  A.   Yes, sir.

5:40PM  12  Q.   Was that done on the actual -- you got to do that one on

5:40PM  13  the foam; right?  Do you remember the BP document, compressive

5:40PM  14  strength?

5:40PM  15  A.   Yes.  For the foam it was not done; it was for the base

5:40PM  16  slurry.

5:40PM  17  Q.   But you've got to that on the foam, so --

5:40PM  18  A.   But it says in that for the foam.

5:40PM  19  Q.   Both of these documents make clear you've got to do it on

5:40PM  20  the foam, you've got to do it in the right condition.  That was

5:40PM  21  your testimony earlier; correct?

5:40PM  22  A.   Yes, sir.  I know the recommended practice requires it for

5:40PM  23  the foam.  I don't believe that the contract really addresses

5:40PM  24  foam.

5:40PM  25  Q.   I'll take a pass on that one.

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:41PM   1              Fluid loss, that's not in the contract, but it is in

5:41PM   2      the BP recommended practice; correct?

5:41PM   3      A.    Yes, sir.

5:41PM   4      Q.    If you know.  We can go back and look.

5:41PM   5      A.    I have to think a minute because I know that it also said

5:41PM   6      that fluid loss will be run for systems that have a fluid loss

5:41PM   7      additive in there.  While I took one checkmark away from you, I

5:41PM   8      may give you a check back on that one.

5:41PM   9      Q.    Was fluid loss done on the actual slurry pumped into

5:41PM  10      Macondo?

5:41PM  11      A.    No, sir.

5:41PM  12      Q.    Rheology, that was required by both documents; correct?

5:41PM  13      A.    Yes, sir.

5:41PM  14      Q.    Was that done on the Macondo slurry?

5:41PM  15      A.    No, sir, not as pumped.

5:41PM  16      Q.    Sir, you've never seen this chart before; correct?

5:41PM  17      A.    No, sir.

5:41PM  18      Q.    Free fluid, that was a test required by both the contract

5:41PM  19      and the BP recommended practice document; correct?

5:41PM  20      A.    Yes, sir.

5:41PM  21      Q.    Was that done on Macondo?

5:41PM  22      A.    No, it was not.

5:41PM  23      Q.    Static gel strength transition time, I have it as only

5:41PM  24      being under the contract and not in the recommended best

5:42PM  25      practices?

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:42PM | 1 | **A.**   That's correct. |
| 5:42PM | 2 | **Q.**   Okay.  But was it done on the actual slurry? |
| 5:42PM | 3 | **A.**   No, it was not. |
| 5:42PM | 4 | **Q.**   Okay.  Zero gel time, I have that as being required under |
| 5:42PM | 5 | the contract but not in the recommended practice.  Was it done |
| 5:42PM | 6 | on the actual slurry? |
| 5:42PM | 7 | **A.**   No, it was not. |
| 5:42PM | 8 | **Q.**   Company settlement test, that's required under the |
| 5:42PM | 9 | contract.  Was it done on the actual slurry? |
| 5:42PM | 10 | **A.**   No, sir, it was not. |
| 5:42PM | 11 | **Q.**   Finally, thickening time, we got checks in all boxes for |
| 5:42PM | 12 | that one; right? |
| 5:42PM | 13 | **A.**   Yes, sir. |
| 5:42PM | 14 | **Q.**   And you agree it was done on the Macondo slurry? |
| 5:42PM | 15 | **A.**   Yes, sir, it was. |
| 5:42PM | 16 | **Q.**   And this is generally called in the industry a "suite" of |
| 5:42PM | 17 | tests.  Would you call it that? |
| 5:42PM | 18 | **A.**   Yes, sir. |
| 5:42PM | 19 | **Q.**   And that's because you have one, two, three, four, five, |
| 5:42PM | 20 | six, seven, eight -- nine of them; correct? |
| 5:42PM | 21 | **A.**   Yes, sir. |
| 5:42PM | 22 | **Q.**   Is it true, sir, that eight of the nine tests in the suite |
| 5:42PM | 23 | of tests that come from either the contract or the BP |
| 5:42PM | 24 | recommended practices weren't done on the Macondo slurry? |
| 5:42PM | 25 | **A.**   Not on the .09-gallons, yes, sir. |

GLEN BENGE - CROSS

5:43PM   1    Q.   And the decision not to run those tests on the Macondo

5:43PM   2    slurry were made by the BP wells team; correct?  The ultimate

5:43PM   3    decision --

5:43PM   4    A.   The ultimate decision, yes, sir.

5:43PM   5         Well, that's a bit difficult because those tests are

5:43PM   6    requested by the engineer, by Mr. Gagliano, as well.  So

5:43PM   7    it's -- again, I started out that this is an iterative

5:43PM   8    technique or iterative response where both parties would be

5:43PM   9    involved.

5:43PM   10   Q.   But you're not saying that BP was not obligated under its

5:43PM   11   own internal documents, under industry best practices, to make

5:43PM   12   sure those tests were run; correct?

5:43PM   13   A.   That's not what I'm saying, no, sir.

5:43PM   14   Q.   BP was required to make sure those tests were run;

5:43PM   15   correct?

5:43PM   16   A.   Yes, sir.

5:43PM   17   Q.   And now what you're saying is perhaps Halliburton was also

5:43PM   18   obligated, but that wasn't the question I asked you.

5:43PM   19   A.   I apologize.  Thank you, sir.

5:43PM   20        **UNIDENTIFIED SPEAKER:**  You can ask him.

5:43PM   21        **MR. MILLER:**  I'll let Mr. Godwin ask you that

5:43PM   22   question.

5:43PM   23        **THE WITNESS:**  Yeah.

5:43PM   24        **MR. MILLER:**  He's dying to ask you that.

        25

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:44PM   1   BY MR. MILLER:

5:44PM   2   Q.   Okay.  We covered responsibility.  We covered slurry

5:44PM   3   design.  We covered testing.  Let's talk about the

5:44PM   4   implementation of the cement job.

5:44PM   5            MR. MILLER:  Scott had some nifty -- Mr. Cernich had

5:44PM   6   some nifty demonstratives.  I don't have anything so fancy.

5:44PM   7            THE WITNESS:  I can loan you my plate.

5:44PM   8            MR. MILLER:  Yeah.  I'm a little bit better than

5:44PM   9   that.  I hope, anyway.

5:44PM   10  BY MR. MILLER:

5:44PM   11  Q.   In terms of the implementation, the method by which the

5:44PM   12  cement was pumped --

5:44PM   13  A.   Yes, sir.

5:44PM   14  Q.   -- the methods that BP ultimately utilized, do you agree

5:44PM   15  with me, sir, that those methods were also driven by the

5:44PM   16  margin, pore pressure and frac gradient issues BP was dealing

5:44PM   17  with downhole at Macondo?

5:45PM   18  A.   Yes, sir.

5:45PM   19  Q.   And we know that by the time that they were cementing that

5:45PM   20  production casing, BP had minimal, if any, drilling margin to

5:45PM   21  deal with; correct?

5:45PM   22  A.   Yes, sir.

5:45PM   23  Q.   Base oil, I think that was the orange stuff?

5:45PM   24  A.   That was the purple stuff.

5:45PM   25  Q.   Purple stuff?

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:45PM | 1 | **A.**   I am in Louisiana, sir. |
| 5:45PM | 2 | **Q.**   Well, that's good. |
| 5:45PM | 3 |         Let's switch to the ELMO real quick. |
| 5:45PM | 4 |         I knew mine wasn't as good.  I even took these from |
| 5:45PM | 5 | Mr. Bly's report, so . . . |
| 5:45PM | 6 |         Can you see that, sir? |
| 5:45PM | 7 | **A.**   Yes, sir. |
| 5:45PM | 8 | **Q.**   Okay.  And on the left-hand -- |
| 5:45PM | 9 |         **THE COURT:**  Try to adjust your microphone because I |
| 5:45PM | 10 | think it's rubbing against your shirt or something. |
| 5:45PM | 11 | Something's causing the scratching sound. |
| 5:46PM | 12 |         **MR. MILLER:**  Okay.  Hopefully that's better. |
| 5:46PM | 13 |         **THE COURT:**  Thank you. |
| 5:46PM | 14 | **BY MR. MILLER:** |
| 5:46PM | 15 | **Q.**   Sir, this is a demonstrative we've seen a couple of times |
| 5:46PM | 16 | in this trial for different purposes.  This is TREX-1.  I think |
| 5:46PM | 17 | it's page 63, figure 3. |
| 5:46PM | 18 |         And what this was was an attempt by Mr. Bly, BP's |
| 5:46PM | 19 | investigator -- lead investigator, to create some |
| 5:46PM | 20 | demonstratives.  So I just wanted to use it for this purpose. |
| 5:46PM | 21 |         And on this side was basically a snapshot of your |
| 5:46PM | 22 | nice animation, the cementing fluids being pumped down the |
| 5:46PM | 23 | drill pipe.  And on the right side is what happened once it got |
| 5:46PM | 24 | back up.  Can you see that, Mr. Benge? |
| 5:46PM | 25 | **A.**   Yes, sir. |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:46PM | 1 | **Q.**   Okay.  And you touched upon this, but -- these pictures |
| 5:46PM | 2 | are great. |
| 5:46PM | 3 | But do you get this nice fluid column where |
| 5:46PM | 4 | everything is separate in the real world? |
| 5:46PM | 5 | **A.**   Oh, no, sir, you don't ever get that. |
| 5:46PM | 6 | **Q.**   So the various fluid materials, the mud, the spacer, the |
| 5:47PM | 7 | tail, the foam cement, the cap cement, the spacer, the base |
| 5:47PM | 8 | oil, and the mud, I think the word you used is they get |
| 5:47PM | 9 | "intermixed" to some degree. |
| 5:47PM | 10 | **A.**   Yes, sir, they do. |
| 5:47PM | 11 | **Q.**   And, sir, isn't it true that the reason why BP used base |
| 5:47PM | 12 | oil in this particular mix or gumbo or whatever you want to |
| 5:47PM | 13 | call it is because a base oil has very light properties; |
| 5:47PM | 14 | correct? |
| 5:47PM | 15 | **A.**   Yes, sir, it will reduce the ECD. |
| 5:47PM | 16 | **Q.**   And it reduces the ECD because, again, BP had these tight |
| 5:47PM | 17 | margin issues.  They couldn't go above 14.5 ppg; correct? |
| 5:47PM | 18 | **A.**   Yes, sir. |
| 5:47PM | 19 | **Q.**   And the base oil of ECD was -- I think I saw from |
| 5:47PM | 20 | Mr. Cernich's examination -- 6.7 ppg? |
| 5:47PM | 21 | **A.**   I don't know that we covered it, but that is what base oil |
| 5:47PM | 22 | weighs. |
| 5:47PM | 23 | **Q.**   So the point of using the base oil in this mixture was to |
| 5:47PM | 24 | lower the ECD; correct? |
| 5:47PM | 25 | **A.**   Yes, sir. |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:47PM | 1 | **Q.**    Lower the ECD such that it didn't fracture the well; |
| 5:47PM | 2 | correct? |
| 5:47PM | 3 | **A.**    Yes, sir. |
| 5:47PM | 4 | **Q.**    But the problem with base oil is it really doesn't mix |
| 5:48PM | 5 | well with cap cement, and it really doesn't mix well with the |
| 5:48PM | 6 | foam cement; correct? |
| 5:48PM | 7 | **A.**    No, sir, those are incompatible. |
| 5:48PM | 8 | **Q.**    It literally is oil and water, is it not? |
| 5:48PM | 9 | **A.**    Yes, sir. |
| 5:48PM | 10 | **Q.**    And so what can happen here is that the base oil can leech |
| 5:48PM | 11 | out.  And as it leaches out, both when it is pumped down and |
| 5:48PM | 12 | when it settles, that leaching out could cause what I think you |
| 5:48PM | 13 | call contamination of the foam cement; correct? |
| 5:48PM | 14 | **A.**    Well, yes, sir.  But the weight -- you do have on the -- |
| 5:48PM | 15 | on the one on the left-hand side there, you do have that rubber |
| 5:48PM | 16 | plug there. |
| 5:48PM | 17 | **Q.**    Correct. |
| 5:48PM | 18 | **A.**    So while it's being pumped, to that point, the chance of |
| 5:48PM | 19 | contamination's pretty low. |
| 5:48PM | 20 | **Q.**    Okay. |
| 5:48PM | 21 | **A.**    But on the right-hand side, after it goes past that plug, |
| 5:48PM | 22 | then's when the -- then's when the contamination can definitely |
| 5:48PM | 23 | occur. |
| 5:48PM | 24 | **Q.**    And so contamination can be depicted, in my crude way, if |
| 5:48PM | 25 | base oil were to get down here, what it would do is it would |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:49PM   1    create pockets, if you will, of base oil in the foam cement;

5:49PM   2    correct?

5:49PM   3    A.   It's got that possibility or -- it would probably mix in

5:49PM   4    with it.  It's pretty -- it will mix in pretty easily.  I --

5:49PM   5    contamination will take a lot of different forms.

5:49PM   6    Q.   In any event, the base oil, when it mixes in with the foam

5:49PM   7    cement, can damage the stability and strength properties of

5:49PM   8    foam cement; correct?

5:49PM   9    A.   That's well documented, yes, sir.

5:49PM   10   Q.   Okay.  On to the pre-job bottoms-up, mud circulation.

5:49PM   11        And I think your expert report says that best

5:49PM   12   practices calls for circulating at least a full bottoms-up --

5:49PM   13   one full bottoms-up prior to starting the cement job; correct?

5:49PM   14   A.   Yes, sir.

5:49PM   15   Q.   BP didn't do that in this case, did it?

5:50PM   16        **MR. REGAN:**  Your Honor, we -- I'm going to object.

5:50PM   17   We covered this bottoms-up topic directly.

5:50PM   18        **MR. MILLER:**  Pull the chart up.  I'll cut right to

5:50PM   19   the chase.

5:50PM   20        **THE COURT:**  Yeah, we did cover this already.

5:50PM   21        **MR. MILLER:**  I just want to show the amounts on the

5:50PM   22   graph.

5:50PM   23   **BY MR. MILLER:**

5:50PM   24   Q.   D-6632.

5:50PM   25        Sir, are you aware that the actual amount of

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:50PM   1   bottoms-up circulation material that BP circulated in the

5:50PM   2   pre-cement job was 111 barrels?

5:50PM   3           MR. REGAN:  Your Honor, I object to that

5:50PM   4   demonstrative as being inaccurate.  I don't know what our

5:50PM   5   process is but --

5:50PM   6           MR. MILLER:  Sir, as of last night, it wasn't

5:50PM   7   objected to.  I'm asking him.

5:50PM   8   BY MR. MILLER:

5:50PM   9   Q.   Do you know what the actual amount was?

5:50PM  10   A.   Well, sir, I do.

5:50PM  11           There was 111 barrels pumped at 4 barrels per minute.

5:50PM  12   But prior to that, there was an amount that was pumped.  I want

5:50PM  13   to say that the -- I apologize, I'm going to get this number

5:50PM  14   wrong.  I want to say it was around 300 or somewhere in that

5:51PM  15   rate, 250.  There was an additional hundred -- I want to say

5:51PM  16   there was 150 barrels added to that.  So your total -- for the

5:51PM  17   purpose of this, total would be about 260.

5:51PM  18   Q.   About 260.

5:51PM  19           And a full bottoms-up -- my calculation was the way

5:51PM  20   to calculate a full bottoms-up is the volumetric capacity of

5:51PM  21   the riser and all of the casing down to the bottom of the hole;

5:51PM  22   correct?

5:51PM  23   A.   That's right.  Get the fluid from the bottom of the well

5:51PM  24   all the way to the rig.

5:51PM  25   Q.   So the full bottoms-up would have been -- you said

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:51PM | 1 | 2400 barrels; I calculated it at 2750. |
| 5:51PM | 2 | A.   Yeah, I rounded. |
| 5:51PM | 3 | Q.   Okay.  So best practices -- or at least a full bottoms-up |
| 5:51PM | 4 | would have been 2400 barrels versus the 250 that BP actually |
| 5:51PM | 5 | used? |
| 5:51PM | 6 | A.   Yes, sir. |
| 5:51PM | 7 | Q.   So BP was 10 -- left uncirculated 10 times less volume |
| 5:51PM | 8 | than they were supposed to? |
| 5:51PM | 9 | A.   About 10 percent, yes, sir. |
| 5:51PM | 10 | Q.   10 percent of what they were supposed to do? |
| 5:51PM | 11 | A.   Yes, sir. |
| 5:52PM | 12 | Q.   You were aware -- bear with me for a second. |
| 5:52PM | 13 |        Let's go to that recommended practice document again, |
| 5:52PM | 14 | 634.  One more question on the bottoms-up, and then I'll move |
| 5:52PM | 15 | off of it.  This was not covered by Scott -- Mr. Cernich. |
| 5:52PM | 16 |        Let's go to 634, that's the recommended practice by |
| 5:52PM | 17 | BP, Gulf of Mexico.  Let's go to page 19. |
| 5:52PM | 18 |        You're familiar with this document, aren't you, sir? |
| 5:52PM | 19 | A.   Yes, sir. |
| 5:53PM | 20 | Q.   Page 19. |
| 5:53PM | 21 |        Sir, I'll ask you and we'll see if it pops up. |
| 5:53PM | 22 |        Were you aware, sir, that this document states, |
| 5:53PM | 23 | quote, "It is best to circulate a minimum of two bottoms-up |
| 5:53PM | 24 | before starting to pump the cement job or a minimum of 5 hours, |
| 5:53PM | 25 | whichever is greater"? |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:53PM | 1 | **A.**   Yes, sir, I have read that in this document. |
| 5:53PM | 2 | **Q.**   Do you agree that that is an industry best practice? |
| 5:53PM | 3 | **A.**   Circulating bottoms-up is an industry best practice.  Two |
| 5:53PM | 4 | bottoms-up is even better. |
| 5:53PM | 5 | **Q.**   Here we go. |
| 5:53PM | 6 | "It is best to circulate a minimum of two bottoms-up |
| 5:53PM | 7 | before starting to pump the cement job or a minimum of |
| 5:53PM | 8 | 5 hours." |
| 5:53PM | 9 | **A.**   Yes, sir. |
| 5:53PM | 10 | **Q.**   Did BP follow either of this criteria at Macondo? |
| 5:53PM | 11 | **A.**   No. |
| 5:53PM | 12 | **Q.**   And two bottoms-up would have been about 5,000-barrels; |
| 5:54PM | 13 | correct? |
| 5:54PM | 14 | **A.**   Yes, sir. |
| 5:54PM | 15 | **Q.**   And they were at 250 barrels, approximately? |
| 5:54PM | 16 | **A.**   Yes, sir. |
| 5:54PM | 17 | **Q.**   And they didn't pump five hours, did they? |
| 5:54PM | 18 | **A.**   No, sir. |
| 5:54PM | 19 | **Q.**   Do you know what time it was, the duration? |
| 5:54PM | 20 | **A.**   No, sir, not off the top of my head. |
| 5:54PM | 21 | **Q.**   But you know it was not five hours? |
| 5:54PM | 22 | **A.**   I know it was less than five hours. |
| 5:54PM | 23 | **Q.**   So BP didn't follow its own best practices in bottoms-up |
| 5:54PM | 24 | circulation? |
| 5:54PM | 25 | **A.**   No, sir. |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 5:54PM | 1 | **Q.**   Let's go to Demonstrative 6631. |
| 5:54PM | 2 | Sir, this is a document that I prepared.  Have you |
| 5:54PM | 3 | seen this before? |
| 5:54PM | 4 | **A.**   No, sir, I have not. |
| 5:54PM | 5 | **Q.**   I took this table from your expert report.  Do you |
| 5:54PM | 6 | recognize it? |
| 5:54PM | 7 | **A.**   Oh, yes, sir, I do.  I recognize the table. |
| 5:54PM | 8 | **Q.**   And it maxed out the limits of my Excel capability, but I |
| 5:55PM | 9 | popped it into a bar chart. |
| 5:55PM | 10 | **A.**   That's why I didn't put a bar chart. |
| 5:55PM | 11 | **Q.**   What we know is, in terms of the volume of cement for |
| 5:55PM | 12 | Macondo, that BP used 60 barrels? |
| 5:55PM | 13 | **A.**   Yes, sir. |
| 5:55PM | 14 | **Q.**   And that's total.  That's the foam cement and the tail |
| 5:55PM | 15 | cement; correct? |
| 5:55PM | 16 | **A.**   Yes, sir. |
| 5:55PM | 17 | **Q.**   And the cap cement? |
| 5:55PM | 18 | **A.**   Right.  That's all the cement. |
| 5:55PM | 19 | **Q.**   For some of the other wells that BP drilled and cemented |
| 5:55PM | 20 | in temporary abandonment procedures in the Gulf of Mexico, they |
| 5:55PM | 21 | used 244 barrels at Isabella.  Do you see that? |
| 5:55PM | 22 | **A.**   Yes, sir. |
| 5:55PM | 23 | **Q.**   That's 306 percent more than they used at Macondo; |
| 5:55PM | 24 | correct? |
| 5:55PM | 25 | **A.**   I didn't bring my calculator, but 60 into 240 -- yes, |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

5:55PM   1    that's right in there.

5:55PM   2    **Q.**    Four times more?

5:55PM   3    **A.**    That's four times more.

5:55PM   4    **Q.**    At Na Kika, they used 135.3 barrels.  That's more than

5:55PM   5    twice as much?

5:55PM   6    **A.**    A little over double, yes, sir.

5:55PM   7    **Q.**    And at King South, 99.8 barrels or two-thirds more?

5:55PM   8    **A.**    One and a half times, yes, sir.

5:56PM   9    **Q.**    The thing is -- and I think you said, if you can summarize

5:56PM   10   for us -- in terms of volume of cement, particularly when you

5:56PM   11   have these other issues, being so low on the full bottoms-up,

5:56PM   12   using the base or having the ECD issues, there's some

5:56PM   13   additional volume, you can use some safety margin there?

5:56PM   14   **A.**    Yes, the small volume was a risk, yes, sir.

5:56PM   15   **Q.**    Was Macondo the one well, given the other facts and

5:56PM   16   circumstances we went over, where you want it to be this low in

5:56PM   17   terms of volume?

5:56PM   18   **A.**    That volume was driven by the top of cement, so that's an

5:56PM   19   added risk.  That means everything else has got to be done

5:56PM   20   right.

5:56PM   21   **Q.**    And in terms of everything else has got to be done right,

5:56PM   22   let's go back to the ELMO real quick.

5:56PM   23        Let's look at this part of it.  This shows what we

5:57PM   24   have here on the fluid locations after the job.  That shows

5:57PM   25   what you term in your report "100 percent displacement

GLEN BENGE - CROSS

5:57PM  1   efficiency"; correct?

5:57PM  2   **A.**   Yes, sir.

5:57PM  3   **Q.**   Do you get that in the real world?

5:57PM  4   **A.**   Never.

5:57PM  5   **Q.**   And what displacement efficiency is, if I understand your

5:57PM  6   testimony right, that is the ultimate physics of cementing;

5:57PM  7   right?

5:57PM  8   **A.**   That's right.

5:57PM  9   **Q.**   Getting it to go exactly where you want it to go; correct?

5:57PM 10   **A.**   Yes.

5:57PM 11   **Q.**   Where you want to get it to go is -- what I'm putting in

5:57PM 12   black is originally on the ELMO, but it didn't show up well on

5:57PM 13   the ELMO.

5:57PM 14         These are the hydrocarbon-bearing zones, what I have

5:57PM 15   in black.

5:57PM 16   **A.**   Okay.

5:57PM 17   **Q.**   Do you recognize that, sir?

5:57PM 18   **A.**   I know those are about the locations of it.  It's hard to

5:57PM 19   see it on this particular one, but that's it.

5:57PM 20   **Q.**   And you need to have your cement -- this is, what I'm

5:57PM 21   drawing right here, that is the zonal isolation that you talk

5:57PM 22   about; right?

5:57PM 23   **A.**   Yes, sir.

5:57PM 24   **Q.**   You're isolating these hydrocarbon-bearing zones, these

5:57PM 25   pay sands, from getting into the annulus; correct?

GLEN BENGE - CROSS

5:58PM 1    **A.**    Yes, sir.

5:58PM 2    **Q.**    And in order to have an isolation, you have to have your

5:58PM 3    cement exactly against those hydrocarbon-bearing zones;

5:58PM 4    correct?

5:58PM 5    **A.**    Yes, sir.

5:58PM 6    **Q.**    And you're dealing with a low volume of cement here, a

5:58PM 7    very low volume of cement here; right?

5:58PM 8    **A.**    Yes, sir.

5:58PM 9    **Q.**    So you needed to get the low volume exactly where it

5:58PM 10   needed to be; correct?

5:58PM 11   **A.**    Yes, sir.

5:58PM 12   **Q.**    And without doing that, there's no zonal isolation;

5:58PM 13   correct?

5:58PM 14   **A.**    No, sir.

5:58PM 15   **Q.**    Wait on cement, sir.

5:58PM 16          Your expert report says at page 37:  "Industry

5:58PM 17   practice called for waiting until the cement hits 500 psi

5:58PM 18   strength before concluding the well operations."

5:58PM 19   **A.**    Yes, sir.

5:58PM 20   **Q.**    And, again, that's something that BP knew; correct?

5:58PM 21   **A.**    Yes, sir, and there's a number of regulations that require

5:58PM 22   that same thing.

5:58PM 23   **Q.**    Let's pull up TREX-569.

5:59PM 24          Again, this is a BP document.  Mr. Cernich showed the

5:59PM 25   cover page.  Let's go to 569.

GLEN BENGE - CROSS

5:59PM  1          BP knew that; correct?  They knew industry practice

5:59PM  2    here; right?

5:59PM  3    A.   Yes, sir.

5:59PM  4    Q.   "Review strength development indicated by laboratory

5:59PM  5    testing against time line for subsequent operations."

5:59PM  6          The time line is the "wait on cement"; right?

5:59PM  7    A.   Yes, sir.

5:59PM  8    Q.   And we know that BP pumped the cement the night of the

5:59PM  9    19th into the early morning of the 20th; correct?

5:59PM  10   A.   Yes, sir.

5:59PM  11   Q.   And we know that there was subsequent operations on the

5:59PM  12   20th; correct?

5:59PM  13   A.   Yes, sir.

5:59PM  14   Q.   There was a positive pressure test on the 20th?

5:59PM  15   A.   Yes, sir.

5:59PM  16   Q.   There was a negative pressure test on the 20th?

5:59PM  17   A.   Yes, sir.

5:59PM  18   Q.   And it says to discuss any wait on cement identified with

5:59PM  19   the cement company to discuss possible mitigations -- to assess

5:59PM  20   possible mitigations.  Do you see that?

5:59PM  21   A.   Yes, sir, I do.

5:59PM  22   Q.   Sir, is there any evidence that this happened in this

5:59PM  23   case, that BP discussed possible mitigations with the cement

5:59PM  24   company with respect to this issue?

6:00PM  25   A.   Not that I've found, sir.

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 6:00PM | 1 | Q.   And given the other issues and challenges with the Macondo |
| 6:00PM | 2 | cement, is that something, given your 36 years of experience, |
| 6:00PM | 3 | that you would have expected to see? |
| 6:00PM | 4 | A.   Yes, sir. |
| 6:00PM | 5 | Q.   Getting back to this wait on cement topic, BP didn't have |
| 6:00PM | 6 | compressive strength testing on the .09 retarder concentration |
| 6:00PM | 7 | foam cement; correct? |
| 6:00PM | 8 | A.   No, sir, they did not. |
| 6:00PM | 9 | Q.   So BP couldn't look at it against a time line for |
| 6:00PM | 10 | subsequent operations; correct? |
| 6:00PM | 11 | A.   That's correct. |
| 6:00PM | 12 | Q.   Instead, BP didn't have the data, but they plugged ahead |
| 6:00PM | 13 | with the temporary abandonment procedure; correct? |
| 6:00PM | 14 | A.   They did not have that data, no, sir. |
| 6:00PM | 15 | Q.   And on the night of April 20th, there was a massive |
| 6:00PM | 16 | blowout; correct? |
| 6:01PM | 17 | A.   Yes, sir, there was. |
| 6:01PM | 18 | Q.   Sir, in your 36 years in the industry, have you ever seen |
| 6:01PM | 19 | an operator manage slurry design, cement testing, and cement |
| 6:01PM | 20 | operations as poorly as BP managed it at Macondo? |
| 6:01PM | 21 | A.   Not and expect to get a barrier in the well, no, sir. |
| 6:01PM | 22 | Q.   How would you describe BP's conduct in managing the cement |
| 6:01PM | 23 | job at Macondo, in your own words? |
| 6:01PM | 24 | A.   I would not have pumped that cement job as it was |
| 6:01PM | 25 | designed. |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 6:01PM | 1 | **Q.**   Sir, your report in this case -- and I think you only |
| 6:01PM | 2 | issued one; correct? |
| 6:01PM | 3 | **A.**   Yes, sir. |
| 6:01PM | 4 | **Q.**   You don't mention -- you don't mention Transocean, do you, |
| 6:01PM | 5 | sir? |
| 6:01PM | 6 | **A.**   No, sir, not at all. |
| 6:01PM | 7 | **Q.**   And you didn't analyze any of Transocean's conduct at |
| 6:01PM | 8 | Macondo; correct? |
| 6:01PM | 9 | **A.**   No, sir, I did not. |
| 6:01PM | 10 | **MR. MILLER:**   Thank you, sir.   No more questions. |
| 6:01PM | 11 | **THE COURT:**   All right.   We're going to recess until |
| 6:01PM | 12 | tomorrow morning.   However, before we leave, I want to go over |
| 6:02PM | 13 | the witnesses after Mr. Benge.   There apparently have been some |
| 6:02PM | 14 | changes to the witness list. |
| 6:02PM | 15 | Who are going to be the plaintiffs' witnesses |
| 6:02PM | 16 | tomorrow and in what order? |
| 6:02PM | 17 | **MR. ROY:**   Calvert will be first, Your Honor.   After |
| 6:02PM | 18 | this witness. |
| 6:02PM | 19 | **THE COURT:**   Okay.   David Calvert will be the next |
| 6:02PM | 20 | witness.   He's an expert; right? |
| 6:02PM | 21 | **MR. ROY:**   Correct. |
| 6:02PM | 22 | **THE COURT:**   And then who after him? |
| 6:02PM | 23 | **MR. ROY:**   Mr. Davis. |
| 6:02PM | 24 | **THE COURT:**   Mr. Davis is also an expert? |
| 6:02PM | 25 | **MR. WILLIAMSON:**   He's an expert for the USA on the |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

| | | |
|---|---|---|
| 6:02PM | 1 | BOP, Judge. |
| 6:02PM | 2 | **MR. O'ROURKE:**  Except, Your Honor, if Mr. Davis |
| 6:02PM | 3 | doesn't start in time tomorrow, he may not be the next in |
| 6:02PM | 4 | order.  If he goes to next week, we may have to refigure next |
| 6:02PM | 5 | week. |
| 6:02PM | 6 | **THE COURT:**  But your current plan is Calvert and then |
| 6:02PM | 7 | Davis; correct? |
| 6:02PM | 8 | **MR. WILLIAMSON:**  Correct. |
| 6:02PM | 9 | **UNIDENTIFIED SPEAKER:**  Your Honor, could we ask if |
| 6:02PM | 10 | they decide not to put on Davis, who they would call instead? |
| 6:02PM | 11 | **MR. O'ROURKE:**  Whoever was next after Davis.  It's in |
| 6:03PM | 12 | the bulletin. |
| 6:03PM | 13 | **UNIDENTIFIED SPEAKER:**  Who is that? |
| 6:03PM | 14 | **MR. O'ROURKE:**  Probert. |
| 6:03PM | 15 | **THE COURT:**  I've got Tim Probert on my list.  Did you |
| 6:03PM | 16 | guys circulate this same list that I have? |
| 6:03PM | 17 | **MR. HERMAN:**  Yes, Your Honor. |
| 6:03PM | 18 | **THE COURT:**  The list keeps changing, and I know that |
| 6:03PM | 19 | can't be helped sometimes. |
| 6:03PM | 20 | So the plan is Calvert, Davis, and then Probert? |
| 6:03PM | 21 | Or Probert before Davis? |
| 6:03PM | 22 | Anything else before we recess? |
| 6:03PM | 23 | See everyone back at 8:00 a.m. |
| 6:03PM | 24 | **THE DEPUTY CLERK:**  All rise. |
| 6:03PM | 25 | (WHEREUPON, the proceedings were concluded.) |

OFFICIAL TRANSCRIPT

GLEN BENGE - CROSS

1                           *****

2                        **<u>CERTIFICATE</u>**

3            I, Jodi Simcox, RMR, FCRR, Official Court Reporter

4    for the United States District Court, Eastern District of

5    Louisiana, do hereby certify that the foregoing is a true and

6    correct transcript, to the best of my ability and

7    understanding, from the record of the proceedings in the

8    above-entitled and numbered matter.

9

10

11                              *s/Jodi Simcox, RMR, FCRR*
                               Jodi Simcox, RMR, FCRR
12                             Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

OFFICIAL TRANSCRIPT

' 
'95 [1] 2226/20
'97 [1] 2231/1

.
.09 [5] 2268/13 2273/4 2369/4 2371/25 2386/6
.09 gallons [1] 2268/13
.09-gallons [1] 2371/25
.108 [1] 2265/3

**0**

00634 [1] 2357/22
01703 [1] 2354/5
02771 [1] 2165/7
03773 [2] 2359/12 2359/13
04575 [2] 2355/20 2357/13

**1**

1,000 [2] 2231/17 2260/18
1,017 [1] 2203/12
1,263 [1] 2203/12
1,500 feet [1] 2260/19
10 [10] 2225/5 2230/11 2230/11 2244/5 2316/5 2357/24 2358/9 2379/7 2379/7 2379/9
10 percent [3] 2244/1 2244/1 2379/10
10,000 [1] 2231/23
10-CV-02771 [1] 2165/7
10-CV-4536 [1] 2165/9
10-MD-2179 [1] 2165/4
100 [11] 2166/16 2231/13 2231/23 2232/1 2233/6 2265/1 2265/3 2265/5 2265/18 2268/13 2273/4
100 percent [6] 2190/3 2190/6 2190/19 2215/11 2286/5 2382/25
100 psi [2] 2197/5 2322/16
1000 [2] 2169/17 2170/16
1001 [1] 2169/10
101 [1] 2166/19
10426-4 [1] 2365/8
10B-2 [1] 2328/13
11 [1] 2307/11
1100 [1] 2169/6
111 [2] 2378/2 2378/11
1110 [1] 2169/20
12 [2] 2221/1 2252/19
1201 [2] 2169/3 2170/9
1203 [1] 2307/11
1221 [1] 2170/5
13 percent [1] 2240/25
1308 [1] 2166/22
1331 [1] 2170/12
135.3 [1] 2382/4
1367 [2] 2250/5 2305/17
137 [1] 2297/13
1390 [1] 2361/21
1395 [1] 2363/1
1396 [1] 2278/8
14 [2] 2218/22 2329/3
14 pounds [1] 2195/23
14,000 [1] 2329/3
14.35 [1] 2352/15
14.5 [7] 2283/6 2349/5 2350/19 2352/19 2352/22 2353/14 2375/17
14.65 pounds [1] 2298/14
1400-psi [1] 2221/1
14271 [1] 2167/25
1454.45.2 [2] 2188/23 2189/1
14th [1] 2283/11
15 [3] 2188/22 2253/8 2297/4
15-minute [1] 2225/6

15.06 pounds [1] 2298/12
150 degrees [1] 2331/24
15th [4] 2259/23 2270/20 2273/14 2349/13
16 [5] 2180/19 2240/22 2282/9 2294/18 2364/1
16.4 ppg [1] 2317/18
16.5 [2] 2349/5 2353/14
16.5 ppg [2] 2349/1 2351/1
1601 [1] 2166/3
1665 [1] 2170/12
16th [4] 2215/22 2250/13 2262/2 2297/21
17 [3] 2237/4 2284/22 2292/16
17,880 feet [1] 2304/1
1700 [1] 2170/9
1709 [1] 2327/18
17th [4] 2264/20 2278/17 2334/3 2362/19
18 [5] 2252/19 2308/24 2357/13 2357/14 2357/15
18,000-plus [1] 2237/3
18,200 [1] 2304/2
18-story [1] 2237/5
180 degrees [1] 2331/24
1885 [1] 2168/12
18th [3] 2356/12 2363/24 2367/19
19 [3] 2360/23 2379/17 2379/20
1980 [1] 2230/12
19th [4] 2311/22 2312/3 2356/14 2364/16
19th into [1] 2385/9
1st [2] 2330/21 2362/13

**2**

2.1 [2] 2335/23 2354/14
20 [1] 2165/5
20 percent [1] 2244/5
200 feet [1] 2303/3
2000 [1] 2227/10
20004 [2] 2167/25 2169/4
2001 [1] 2333/5
2002 [1] 2230/18
2004 [1] 2189/25
20044 [2] 2167/20 2168/6
2005 [1] 2230/18
2009 [3] 2346/6 2346/10 2346/18
2010 [20] 2165/5 2211/18 2212/5 2212/9 2212/18 2213/18 2219/1 2250/13 2259/23 2264/20 2270/20 2278/17 2297/21 2311/22 2317/2 2349/13 2356/13 2356/14 2360/21 2362/19
2011 [3] 2330/21 2334/2 2334/3
2012 [1] 2334/11
2013 [2] 2165/7 2172/2
2015 [1] 2197/17
2038 [1] 2194/22
2045 [1] 2197/17
2052 [8] 2194/7 2194/20 2194/23 2195/4 2195/10 2196/25 2197/3 2197/12
20th [20] 2184/4 2184/18 2194/6 2209/11 2210/22 2211/18 2212/5 2212/9 2212/18 2213/18 2217/12 2219/1 2222/4 2346/10 2346/18 2385/9 2385/12 2385/14 2385/16 2386/15
21 [2] 2296/25 2307/6
210 degrees [1] 2327/12
2101 [6] 2195/14 2197/4 2199/3 2200/9 2200/25 2201/8
2108 [15] 2195/14 2195/14 2196/25

2197/4 2199/4 2200/9 2200/25 2201/8
2205/13 2205/15 2205/22
2114 [3] 2202/5 2203/11 2205/13
2115 [1] 2205/22
2130 [1] 2205/2
2131 [3] 2206/8 2207/18 2207/23
2179 [1] 2165/4
2211 [1] 2169/20
2216 [1] 2167/9
225 [2] 2316/21 2316/22
22nd [1] 2266/10
23 [1] 2319/20
23 percent [1] 2240/25
233 [1] 2218/22
23451 [1] 2166/10
24 [7] 2302/22 2331/23 2332/6 2363/6 2363/14 2367/2 2367/8
240 [1] 2381/25
2400 [1] 2379/4
2400 barrels [1] 2316/4 2379/1
244 [1] 2381/21
250 [4] 2205/7 2378/15 2379/4 2380/15
2586 [1] 2311/15
260 [2] 2378/17 2378/18
2615 [1] 2166/6
26th [2] 2317/2 2334/2
27 [1] 2321/21
2750 [1] 2379/1
280 feet [1] 2304/2

**3**

3 miles [2] 2239/8 2239/9
3,000 [1] 2329/2
3,000 psi [1] 2310/20
3,100-odd psi [1] 2311/10
3-foot [1] 2304/12
30 [2] 2178/7 2230/10
300 [4] 2168/23 2207/19 2207/24 2378/14
3000 [1] 2273/8
3020 [1] 2270/15
3058 [1] 2247/17
306 percent [1] 2381/23
3089 [1] 2169/17
31001 [1] 2263/13
31003 [1] 2226/21
3140 [1] 2312/5
335 [1] 2169/14
35 [1] 2325/16
3528 [1] 2285/7
35th [1] 2169/14
36 [6] 2226/14 2256/14 2300/12 2308/21 2386/2 2386/18
36028 [1] 2167/13
36130 [1] 2168/10
36604 [1] 2166/4
3668 [1] 2165/20
37 [1] 2384/16
3700 [2] 2169/6 2169/10
39 [1] 2365/2

**4**

4 barrels [1] 2316/4
4.1 [1] 2326/17
4000 [1] 2170/16
402 [1] 2166/10
406 [1] 2170/19
41 [1] 2330/20
4310 [1] 2167/6
4319 [1] 2196/18
4320 [1] 2205/4
4321 [1] 2206/11

**4**

435 [1]  2166/19
4451 [1]  2252/2
450 [1]  2167/13
4500 [1]  2170/5
45036 [1]  2345/22
4536 [1]  2165/9

**5**

5 1/2-hour [1]  2265/8
5 1/2-hours [2]  2265/11 2267/6
5 hours [1]  2380/8
5,000-barrels [1]  2380/12
5,000-psi [1]  2323/8
5-gallon [2]  2248/15 2307/3
50 [1]  2322/21
50 percent [1]  2267/7
500 [4]  2165/20 2168/9 2170/19
 2384/17
500 feet [1]  2258/22
5000 [1]  2168/19
504 [1]  2170/20
51165 [1]  2349/11
5395 [1]  2167/13
546 [1]  2169/23
550 [1]  2206/16
556 [1]  2165/20
5590 [1]  2257/8
569 [3]  2274/6 2384/23 2384/25
5801 [1]  2360/13
589-7780 [1]  2170/20
5937 [1]  2325/4
5990 [3]  2226/2 2294/18 2321/21
5:30 p.m [1]  2312/3

**6**

6.7 [1]  2375/20
60 [3]  2322/21 2381/12 2381/25
600 [3]  2166/10 2166/13 2169/17
601 [1]  2166/6
60654 [1]  2168/24
618 [1]  2167/3
6230 [1]  2287/9
6233 [2]  2275/3 2326/13
625 [1]  2281/8
63 [1]  2374/17
634 [4]  2364/20 2364/20 2379/14
 2379/16
640 [1]  2366/12
65 [1]  2306/7
6630 [1]  2368/11
6631 [1]  2381/1
6632 [1]  2377/24
6:50 [1]  2363/5

**7**

7 1/2 hours [1]  2267/7
7 inches [1]  2239/2
7-5395 [1]  2167/13
701 [2]  2168/16 2168/19
70113 [1]  2165/24
70130 [6]  2166/7 2166/13 2167/10
 2168/17 2169/24 2170/19
70139 [1]  2168/20
70163 [1]  2169/7
70360 [1]  2166/20
70458 [1]  2166/23
70501 [1]  2169/18
70502 [1]  2165/21
70801 [1]  2167/4
70804 [1]  2168/13
75 [1]  2261/9

75 barrels [1]  2260/17
75-barrel [1]  2261/23
7500 psi [1]  2198/20
75270 [1]  2170/10
7528 [1]  2173/7
7528.20.1 [2]  2194/17 2194/17
7528.20.2 [1]  2195/13
7528.20.3 [1]  2197/20
7528.21.2 [1]  2199/6
7528.21.3 [1]  2199/16
7528.21.7 [1]  2203/7
7528.4.5 [1]  2176/23
7611 [1]  2167/19
7651.1.2 [1]  2189/21
77002 [2]  2169/10 2170/17
77006 [1]  2167/7
77010 [2]  2170/5 2170/13
77098 [1]  2169/21
7717 [1]  2259/9
7780 [1]  2170/20
78257 [1]  2166/17
7836 [1]  2330/8
7882 [2]  2327/13 2331/12

**8**

8 gallons [4]  2265/2 2265/10 2265/22
 2266/18
8-gallons [1]  2363/12
8.6 pounds [1]  2195/24
820 [1]  2165/23
8300 feet [1]  2220/10
8:00 a.m [1]  2388/23
8:30 a.m [1]  2283/11
8:52 [1]  2194/11

**9**

9 gallons [2]  2268/13 2273/4
9-gallons [2]  2266/18 2363/12
9-inch [2]  2238/25 2239/4
9-inches [1]  2239/7
90 [1]  2351/24
90071 [1]  2169/14
93 [1]  2180/19
94005 [1]  2168/13
94102 [1]  2167/14
97.1.1 [1]  2281/8
987 [1]  2264/14
99.8 [1]  2382/7
9:01 [2]  2223/21 2224/4
9:31 [1]  2224/4
9:38 [2]  2223/21 2224/4
9th [1]  2166/13

**A**

a.m [2]  2283/11 2388/23
AADE [1]  2230/1
abandon [1]  2220/2
abandoned [1]  2219/21
abandonment [7]  2212/2 2215/21
 2216/16 2216/22 2220/12 2381/20
 2386/13
abdication [2]  2177/6 2177/12
ability [12]  2182/10 2183/10 2183/15
 2193/9 2195/12 2209/14 2209/16
 2209/20 2211/1 2211/6 2211/10 2389/6
able [12]  2192/13 2198/10 2209/24
 2228/13 2242/12 2242/14 2260/19
 2287/6 2287/6 2292/10 2340/19
 2340/20
about [115]  2175/7 2175/17 2178/25
 2179/18 2181/24 2182/13 2182/18
 2187/15 2189/24 2190/25 2191/4
 2191/7 2196/25 2197/3 2197/21

2201/21 2202/14 2203/21 2205/2
2207/24 2209/5 2209/7 2209/10
2209/18 2210/14 2211/14 2212/12
2215/12 2216/8 2217/19 2221/13
2222/4 2224/12 2225/5 2225/19
2226/14 2231/3 2234/2 2238/9 2239/22
2240/13 2240/24 2244/1 2246/18
2246/18 2246/23 2248/23 2250/21
2254/10 2256/8 2257/3 2260/18 2261/8
2262/6 2262/12 2263/23 2265/7
2265/12 2266/18 2266/19 2267/25
2269/6 2272/18 2278/21 2281/12
2283/12 2283/15 2284/15 2286/3
2288/9 2291/21 2295/14 2298/8
2298/22 2300/17 2301/15 2304/10
2304/12 2304/20 2304/21 2309/6
2316/3 2316/5 2317/6 2337/10 2344/1
2344/18 2345/3 2345/6 2346/20
2347/18 2351/22 2352/13 2354/3
2354/3 2355/17 2355/19 2356/20
2357/19 2357/19 2358/10 2358/23
2359/10 2361/23 2364/18 2366/10
2367/18 2369/8 2373/3 2378/17
2378/18 2379/9 2380/12 2383/18
2383/22
above [11]  2186/17 2205/1 2238/6
2257/9 2257/9 2258/22 2298/12 2307/7
2350/22 2375/17 2389/8
above-entitled [1]  2389/8
Abramson [1]  2166/5
absolutely [4]  2178/6 2188/17 2203/22
2276/2
accent [1]  2351/19
accept [4]  2233/23 2249/16 2251/2
2344/25
acceptable [4]  2181/22 2281/1 2350/15
2353/21
accepted [4]  2175/12 2213/16 2249/24
2255/13
access [2]  2204/6 2210/15
accident [7]  2202/2 2217/1 2341/19
2342/2 2342/15 2343/9 2360/24
accomplish [1]  2343/11
accomplished [2]  2201/4 2348/1
according [3]  2194/21 2365/7 2365/8
account [1]  2219/23
accountable [3]  2190/4 2190/19 2190/19
accounting [1]  2353/10
accurate [3]  2174/25 2210/8 2342/6
accurately [3]  2211/1 2211/11 2215/13
achieve [2]  2292/2 2339/22
achieving [2]  2290/12 2292/23
acknowledge [1]  2305/9
acknowledged [11]  2245/8 2245/10
2251/1 2254/15 2255/18 2266/7
2280/19 2296/19 2296/19 2305/15
2311/9
acknowledging [2]  2251/4 2266/5
acknowledgment [2]  2255/16 2280/18
across [3]  2242/12 2252/16 2299/5
act [1]  2260/11
acted [1]  2208/25
acting [1]  2242/13
action [7]  2187/9 2187/10 2187/24
2191/11 2207/2 2208/12 2208/14
activated [1]  2309/13
activities [3]  2189/15 2209/10 2210/24
actual [17]  2242/1 2270/13 2295/25
2321/4 2323/21 2364/5 2364/6 2364/7
2366/5 2368/23 2369/12 2370/9 2371/2
2371/6 2371/9 2377/25 2378/9
actually [48]  2173/18 2182/16 2184/18
2193/9 2196/16 2200/14 2202/11

A

actually... [41]  2220/14 2227/4 2230/2
2230/20 2232/17 2233/4 2238/22
2242/5 2247/23 2253/10 2263/9
2269/16 2273/2 2278/11 2282/8
2296/14 2296/17 2298/13 2298/17
2302/10 2302/18 2305/2 2305/2
2310/16 2324/6 2324/20 2328/23
2329/9 2335/3 2335/10 2335/22
2336/11 2340/23 2341/25 2346/9
2351/5 2351/11 2359/11 2368/25
2369/5 2379/4
add [6]  2183/15 2207/9 2235/24 2236/7
2241/1 2241/3
ADD Energy [1]  2207/9
added [8]  2241/22 2265/25 2315/22
2319/9 2336/22 2337/20 2378/16
2382/19
adding [3]  2241/20 2241/20 2291/6
addition [4]  2226/1 2347/25 2365/22
2368/3
additional [22]  2216/10 2229/19 2232/2
2254/6 2267/21 2267/21 2270/3 2272/3
2277/6 2282/24 2284/25 2297/3 2297/9
2305/19 2309/4 2312/19 2316/2
2316/13 2331/22 2367/13 2378/15
2382/13
additive [10]  2248/14 2263/18 2276/11
2287/5 2289/22 2314/10 2318/18
2329/9 2355/4 2370/7
additives [14]  2241/12 2241/13 2241/15
2241/18 2247/1 2247/3 2247/5
2259/7 2264/12 2267/9 2270/10
2354/14 2359/23
address [2]  2320/2 2337/4
addressed [1]  2212/4
addresses [1]  2369/23
adds [4]  2280/23 2282/24 2341/9
2355/6
adequacy [1]  2303/18
adequate [6]  2295/23 2308/17 2308/19
2361/15 2361/18 2362/20
adjust [1]  2374/9
admitted [1]  2226/6
adoption [2]  2177/5 2177/15
ADs [1]  2190/5
advance [4]  2361/6 2361/13 2362/14
2363/15
advancing [2]  2221/19 2222/5
advice [2]  2302/8 2345/1
advised [1]  2234/11
adviser [9]  2227/10 2227/11 2227/12
2227/12 2227/17 2227/18 2227/18
2227/22 2234/10
affect [3]  2211/6 2248/19 2329/17
affected [1]  2210/25
after [22]  2172/24 2187/7 2217/1
2281/14 2299/22 2312/21 2313/7
2317/2 2321/17 2321/19 2323/5
2323/18 2331/6 2343/1 2358/6 2363/22
2376/21 2382/24 2387/13 2387/17
2387/22 2388/11
afternoon [10]  2165/14 2172/1 2172/5
2172/11 2172/12 2200/10 2209/13
2332/20 2344/8 2344/9
again [52]  2178/19 2183/12 2183/17
2185/20 2195/20 2202/19 2205/20
2215/9 2222/1 2222/15 2233/23 2238/7
2243/15 2244/13 2275/20 2276/11
2276/25 2277/8 2283/16 2287/3
2287/22 2289/20 2298/9 2304/10
2304/18 2306/17 2307/18 2307/21

2313/23 2316/10 2318/16 2319/3
2319/7 2336/16 2337/23 2337/24
2336/10 2337/22 2343/7 2343/12
2346/18 2347/4 2349/19 2359/1 2363/1
2364/22 2366/22 2372/7 2375/16
2379/13 2384/20 2384/24
against [9]  2263/20 2304/15 2304/19
2323/10 2332/25 2374/10 2384/3
2385/5 2386/9
agent [1]  2335/15
aggressive [1]  2328/23
ago [2]  2227/19 2247/24 2258/6
2267/25 2309/9 2368/19
agree [47]  2180/13 2181/25 2182/19
2183/2 2183/14 2185/24 2187/23
2189/8 2189/24 2192/7 2192/20
2193/16 2193/16 2193/21 2199/3
2208/5 2208/23 2215/15 2218/13
2218/16 2219/16 2221/4 2222/22
2234/20 2254/9 2254/14 2261/18
2293/1 2293/7 2307/12 2329/19
2329/21 2336/3 2342/19 2342/22
2343/12 2347/20 2348/4 2359/7
2359/21 2360/1 2361/9 2361/12
2362/24 2371/14 2373/14 2380/2
agreed [3]  2282/6 2288/22 2300/19
agreeing [1]  2261/20
agreement [1]  2184/25
ahead [9]  2237/18 2257/22 2259/18
2260/5 2318/9 2344/22 2346/4 2349/17
2386/12
ahold [1]  2280/14
aided [1]  2170/24
Air [6]  2273/8 2273/12 2354/4 2354/18
2355/1 2355/6
al [2]  2165/8 2165/11
Alabama [5]  2166/4 2168/7 2168/8
2168/10 2343/16
ALEX [1]  2170/4
aligned [1]  2332/23
alignment [1]  2185/14
all [134]  2172/4 2172/7 2178/21 2180/2
2181/23 2183/11 2184/2 2185/7
2185/20 2185/25 2191/18 2192/9
2194/5 2194/10 2195/22 2195/24
2196/18 2197/20 2199/9 2205/17
2208/11 2211/14 2214/22 2214/23
2214/25 2219/10 2220/18 2224/16
2224/17 2224/24 2225/2 2225/7 2225/9
2226/5 2226/23 2228/19 2230/15
2232/25 2233/14 2233/17 2235/9
2235/13 2236/7 2240/4 2240/5 2240/20
2241/7 2241/9 2245/6 2246/7 2247/1
2249/10 2249/11 2251/17 2251/18
2252/15 2255/17 2256/22 2257/20
2257/24 2261/16 2263/4 2263/5
2265/16 2267/16 2269/3 2272/17
2272/19 2274/13 2276/14 2276/16
2277/8 2285/21 2287/7 2288/11
2292/11 2294/5 2294/7 2296/8 2297/5
2297/7 2297/8 2298/10 2298/15 2300/6
2300/8 2302/6 2302/16 2303/2 2303/25
2304/10 2304/22 2305/24 2308/23
2313/15 2314/3 2314/20 2315/2 2319/9
2320/12 2320/15 2321/3 2321/3
2323/11 2324/4 2325/21 2331/6
2331/11 2332/7 2332/9 2332/17
2333/23 2337/8 2337/17 2339/3
2340/13 2341/17 2342/24 2343/4
2343/20 2343/21 2343/22 2344/1
2358/8 2358/21 2359/4 2367/1 2371/11
2378/21 2378/24 2381/18 2387/6
2387/11 2388/24

ALLAN [1]  2168/15
Allan [2]  2168/24 2269/10
Alliance [2]  2228/24 2269/10
allow [4]  2203/9 2233/24 2254/7 2280/7
allows [3]  2310/5 2310/15 2314/16
almost [3]  2204/9 2267/7 2304/2
alone [1]  2336/23
along [4]  2226/3 2314/10 2350/14
2357/18
already [11]  2174/19 2174/20 2196/7
2208/21 2270/10 2287/14 2353/4
2353/5 2361/24 2364/4 2377/20
also [58]  2181/14 2198/14 2204/2
2214/20 2215/1 2215/4 2216/15 2223/9
2227/22 2228/14 2228/15 2229/10
2230/18 2230/23 2230/23 2231/3
2235/10 2235/12 2236/10 2236/17
2238/15 2238/17 2241/18 2245/7
2246/3 2246/15 2253/21 2254/3 2258/2
2265/3 2268/19 2269/13 2269/15
2270/1 2273/18 2282/3 2282/25
2284/16 2289/16 2295/18 2296/2
2306/20 2314/7 2316/18 2331/21
2331/25 2335/10 2337/8 2338/3
2338/10 2338/15 2340/9 2341/2
2361/12 2370/5 2372/17 2373/15
2387/24
always [17]  2189/9 2238/18 2258/4
2271/13 2271/20 2271/22 2280/12
2285/19 2286/3 2291/25 2293/4 2294/1
2294/2 2329/17 2338/17 2339/8 2341/5
am [6]  2213/6 2303/25 2317/15 2356/9
2368/24 2374/1
amazed [1]  2317/15
amend [1]  2334/15
Amendment [1]  2334/8
AMERICA [9]  2165/10 2167/12 2167/16
2167/22 2168/3 2168/19 2168/22
2169/3 2225/24
American [2]  2230/1 2230/8
Amoco [1]  2269/17
among [1]  2270/21
amongst [1]  2284/12
amount [4]  2267/10 2377/25 2378/9
2378/12
amounts [1]  2377/21
analyze [1]  2387/7
analyzer [1]  2327/24
and/or [1]  2326/24
Anderson [1]  2185/12
ANDREW [1]  2168/22
Angeles [1]  2169/14
animation [8]  2235/19 2236/21 2237/8
2285/6 2286/8 2286/10 2321/10
2374/22
annular [7]  2221/20 2222/7 2222/14
2290/21 2290/24 2290/25 2291/8
annulars [1]  2220/8
annulus [19]  2195/22 2196/9 2238/6
2238/17 2239/6 2239/7 2258/11
2265/17 2286/2 2290/25 2309/17
2312/16 2315/13 2322/7 2323/12
2323/16 2324/17 2339/23 2383/25
anomalies [8]  2200/4 2208/6 2223/18
2223/20 2223/23 2223/25 2224/1
2224/3
anomalous [2]  2206/14 2207/1
anomaly [3]  2200/9 2205/9 2224/13
another [15]  2183/17 2192/12 2192/14
2193/6 2209/4 2210/2 2225/3 2279/10
2284/24 2330/19 2359/10 2361/20
2362/7 2366/10 2368/1
answer [8]  2176/6 2181/2 2210/17

A

answer... [5]  2210/18 2219/3 2221/25
2222/18 2253/3
answered [2]  2221/6 2221/6
ANTHONY [1]  2167/9
Antonio [1]  2166/17
any [84]  2174/8 2175/14 2175/23
2184/12 2187/23 2190/9 2190/16
2201/23 2204/24 2207/7 2209/15
2210/19 2210/19 2210/23 2212/4
2212/7 2212/10 2212/25 2213/2
2213/12 2216/25 2217/4 2224/22
2229/2 2229/8 2229/8 2233/12 2233/21
2234/4 2238/19 2239/17 2241/13
2242/4 2242/10 2243/15 2244/8 2255/6
2258/1 2268/14 2268/21 2268/21
2269/5 2277/1 2277/10 2280/10
2280/11 2281/4 2282/6 2286/17
2289/18 2293/17 2298/21 2299/10
2299/13 2299/17 2299/22 2302/1
2302/4 2302/4 2303/22 2310/18 2312/4
2312/13 2313/21 2314/1 2315/17
2315/25 2321/6 2322/10 2329/21
2332/10 2333/21 2335/12 2335/13
2341/25 2342/13 2342/17 2342/24
2347/5 2373/20 2377/6 2385/18
2385/22 2387/7
anybody [2]  2251/9 2340/20
anymore [2]  2278/24 2311/14
anyone [4]  2217/4 2223/7 2240/4
2255/6
anything [17]  2204/10 2217/7 2234/24
2235/10 2237/22 2239/21 2246/16
2255/3 2269/5 2271/15 2287/1 2323/12
2334/15 2334/21 2342/15 2373/6
2388/22
anyway [2]  2188/11 2373/9
anywhere [1]  2256/10
apart [3]  2259/19 2282/4 2303/3
APD [2]  2184/24 2185/6
API [12]  2230/10 2230/15 2230/22
2269/15 2277/2 2306/21 2320/13
2320/16 2327/4 2327/7 2328/13
2328/14
APLC [1]  2168/18
apologies [1]  2306/10
apologize [5]  2213/18 2269/2 2269/8
2303/2 2304/25 2328/9 2372/19
2378/13
apparent [1]  2198/20
apparently [1]  2387/13
appear [2]  2175/12 2176/16
Appearances [6]  2165/17 2166/1 2167/1
2168/1 2169/1 2170/1
appears [5]  2204/3 2284/4 2284/5
2333/14 2363/23
applicable [2]  2177/17 2215/11
application [2]  2282/22 2327/3
Applies [1]  2165/6
applying [2]  2227/20 2254/3
appreciate [2]  2347/9 2351/10
approach [1]  2229/16
appropriate [11]  2180/13 2180/23
2181/3 2188/14 2202/16 2208/12
2208/14 2210/9 2215/16 2229/19
2274/4
approve [2]  2246/17 2283/24
approved [2]  2185/6 2246/9
approximately [7]  2195/23 2207/19
2231/11 2231/22 2233/4 2349/5
2380/15
APRIL [37]  2165/5 2184/4 2184/17

2194/6 2208/25 2209/11 2209/14
2210/24 2211/2 2211/21 2212/11
2212/18 2213/13 2213/18 2215/22
2218/4 2219/1 2250/13 2264/20
2270/20 2273/14 2278/17 2283/11
2297/21 2311/22 2312/3 2349/13
2356/12 2356/14 2360/21 2362/13
2362/19 2363/5 2363/24 2364/16
2367/19 2386/15
April 1 [1]  2360/21
April 12th to [1]  2215/22
April 14th [1]  2283/11
April 15th [3]  2270/20 2273/14 2349/13
April 16th [2]  2250/13 2297/21
April 17th [3]  2264/20 2278/17 2362/19
April 18th [3]  2356/12 2363/24 2367/19
April 18th at [1]  2363/5
April 19th [4]  2311/22 2312/3 2356/14
2364/16
April 1st [1]  2362/13
April 20th [7]  2209/11 2212/5 2212/9
2212/18 2213/18 2219/1 2386/15
April 20th Brian [1]  2218/4
April 20th that [1]  2209/14
April 20th with [1]  2213/13
April 20th would [1]  2208/25
arbitrary [1]  2350/19
Arctic [1]  2331/21
are [176]  2175/20 2176/2 2176/3
2178/13 2181/12 2184/3 2184/17
2185/22 2186/19 2187/10 2187/19
2187/19 2187/23 2188/19 2188/20
2188/20 2189/18 2190/3 2190/9
2190/19 2190/25 2191/6 2191/8
2191/25 2192/16 2192/20 2192/23
2193/6 2195/14 2199/17 2200/3
2202/11 2202/15 2202/19 2205/1
2205/11 2206/2 2206/14 2209/8 2210/1
2210/3 2212/12 2215/3 2219/6 2219/11
2220/21 2224/4 2224/6 2227/24
2230/23 2231/8 2231/18 2232/12
2232/20 2233/7 2233/13 2237/15
2238/15 2238/16 2241/18 2242/17
2242/17 2242/24 2243/9 2246/3 2246/5
2249/24 2249/25 2250/16 2250/17
2252/5 2252/15 2253/5 2253/7 2253/8
2255/24 2257/24 2257/24 2261/6
2261/16 2263/25 2265/12 2266/2
2267/9 2270/10 2270/24 2272/19
2275/1 2275/21 2279/14 2282/12
2282/17 2282/21 2284/7 2285/12
2285/19 2286/6 2286/6 2286/11 2288/4
2288/11 2289/2 2289/4 2290/24
2291/18 2291/20 2291/22 2293/5
2293/9 2293/10 2293/21 2294/13
2294/24 2295/6 2296/1 2296/17 2297/7
2302/16 2303/3 2304/10 2306/20
2309/17 2311/6 2312/18 2315/8
2316/19 2319/2 2319/15 2319/16
2319/17 2319/18 2319/18 2320/10
2320/11 2320/12 2320/15 2321/24
2322/9 2322/23 2323/25 2325/12
2325/13 2325/25 2332/13 2332/23
2333/15 2334/10 2336/17 2336/22
2337/12 2338/11 2340/23 2341/8
2343/20 2343/21 2345/3 2350/18
2351/12 2354/21 2354/21 2356/8
2356/22 2358/21 2359/2 2359/23
2360/9 2360/18 2363/11 2368/23
2372/5 2375/2 2376/7 2377/25 2383/14
2383/18 2387/15
area [6]  2179/6 2190/9 2196/23 2239/11
2289/23 2351/18

aren't [3]  2205/25 2322/12 2379/18
argue [1]  2360/1
around [18]  2188/8 2194/11 2197/17
2237/11 2253/13 2253/15 2285/21
2287/7 2291/5 2298/15 2305/24
2313/15 2341/16 2344/14 2351/23
2354/20 2355/14 2378/14
arrangement [1]  2353/25
Arrell [1]  2169/19
arrives [1]  2186/3
arrow [1]  2197/12
article [3]  2333/5 2333/8 2351/3
articles [1]  2212/8
articulated [1]  2337/19
artist [2]  2321/23 2321/24
artists [3]  2238/15 2285/19 2291/25
as [227]
as-run [2]  2356/1 2356/3
Asbill [1]  2169/8
Ashley [4]  2247/23 2248/1 2248/9
2275/13
ask [30]  2173/12 2175/2 2175/7
2180/21 2183/23 2185/8 2189/24
2194/10 2197/21 2197/24 2201/16
2209/6 2218/20 2219/15 2271/23
2285/9 2299/7 2301/4 2301/7 2339/10
2344/5 2344/23 2347/20 2354/7
2362/1 2372/20 2372/21 2372/24
2379/21 2388/9
asked [6]  2180/20 2209/3 2209/5
2229/17 2279/6 2372/18
asking [20]  2175/24 2176/3 2179/12
2187/3 2193/2 2207/8 2207/17 2207/17
2212/22 2215/12 2218/24 2222/17
2261/5 2261/6 2262/5 2262/5 2264/6
2267/25 2362/14 2378/7
aspect [2]  2226/15
aspects [3]  2190/2 2190/18 2231/7
assess [4]  2229/2 2229/6 2229/10
2385/19
assessed [1]  2255/6
ASSET [1]  2165/8
assigned [1]  2260/4
assist [1]  2234/25
assistant [5]  2183/3 2183/9 2189/14
2201/17 2201/20
assisted [1]  2232/2
associated [4]  2229/15 2250/1 2305/15
2336/6
Association [2]  2213/3 2230/1
assume [2]  2225/19 2317/18
assumed [1]  2184/6
assuming [1]  2186/16
assumptions [4]  2175/5 2175/9 2175/11
2176/15
atmospheric [2]  2331/18 2331/25
attach [2]  2253/18 2295/20
attached [2]  2271/6 2297/8
attachment [1]  2287/16
attachments [1]  2270/24
attempt [4]  2175/16 2310/8 2310/11
2374/18
attempted [2]  2312/15 2312/22
attempting [1]  2323/9
attempts [1]  2310/10
attend [1]  2191/19
attended [3]  2229/1 2233/5 2269/9
attention [5]  2193/12 2194/5 2271/14
2282/1 2282/3
Attorney [2]  2168/7 2168/11
attribute [1]  2284/11
August [2]  2330/21 2334/2
August 1st [1]  2330/21

author [2] 2275/11 2287/21
authored [1] 2333/5
authority [5] 2184/9 2184/15 2188/13
2246/14 2275/12
auto [1] 2309/24
auto-fill [1] 2309/24
available [31] 2179/20 2180/15 2180/22
2180/25 2181/5 2181/19 2181/21
2181/24 2182/2 2182/7 2182/20 2183/5
2191/1 2208/23 2216/15 2224/12
2224/15 2235/7 2235/13 2269/4
2275/22 2277/12 2277/15 2277/16
2321/3 2322/19 2322/19 2325/1 2331/4
2331/7 2341/21
Avenue [5] 2165/23 2167/13 2168/9
2169/3 2169/14
avoided [2] 2202/2 2209/1
awards [1] 2231/6
aware [29] 2181/11 2181/14 2184/3
2184/17 2192/25 2208/4 2209/8
2210/19 2211/16 2211/19 2212/4
2212/6 2212/7 2212/10 2212/17
2212/25 2213/2 2216/25 2279/20
2281/4 2333/15 2333/20 2334/10
2337/12 2351/13 2355/13 2377/25
2379/12 2379/22
awareness [2] 2216/14 2249/17
away [12] 2239/8 2239/16 2251/12
2259/12 2259/13 2279/13 2286/6
2287/6 2296/11 2300/7 2351/22 2370/7
axis [2] 2303/3 2303/6

**B**

B-E-N-G-E [1] 2225/16
back [63] 2176/20 2191/22 2191/22
2196/10 2197/16 2198/13 2202/12
2202/14 2202/16 2202/23 2207/8
2208/21 2216/4 2216/18 2216/21
2226/20 2239/10 2240/8 2242/25
2243/13 2243/22 2246/8 2250/2 2251/3
2251/5 2259/16 2261/11 2261/15
2262/3 2263/25 2267/18 2281/21
2289/13 2290/19 2305/1 2306/9
2306/11 2306/20 2309/13 2309/20
2310/14 2310/17 2312/16 2313/18
2322/8 2322/10 2322/11 2322/16
2322/20 2323/11 2323/16 2327/1
2331/8 2341/18 2346/4 2346/6 2362/13
2370/4 2370/8 2374/24 2382/22 2386/5
2388/23
back-and-forth [2] 2216/18 2216/21
back-and-forths [1] 2216/4
background [3] 2227/2 2234/3 2332/25
backup [2] 2192/2 2192/17
bad [5] 2181/15 2181/17 2268/8 2268/9
2304/11
Baker [1] 2337/16
bank [1] 2291/9
bar [2] 2381/9 2381/10
BARBIER [1] 2165/15
Barely [1] 2349/15
barrels [19] 2207/19 2207/24 2260/17
2261/9 2262/8 2316/4 2316/4 2378/2
2378/11 2378/11 2378/16 2379/1
2379/4 2380/12 2380/15 2381/12
2381/21 2382/4 2382/7
barrier [25] 2235/4 2242/5 2242/7
2242/8 2242/11 2242/12 2242/14
2242/15 2242/17 2243/18 2243/24
2244/6 2244/8 2244/12 2244/17
2244/22 2255/12 2258/3 2286/18

2287/8 2306/3 2324/1 2324/8 2340/5
2380/5
base [23] 2209/7 2237/12 2237/18
2237/23 2238/7 2257/22 2281/16
2350/13 2365/10 2369/15 2373/23
2375/7 2375/11 2375/13 2375/19
2375/21 2375/23 2376/4 2376/10
2376/25 2377/1 2377/6 2382/12
based [22] 2202/15 2249/16 2254/1
2254/5 2255/10 2255/19 2280/4 2280/9
2280/16 2280/21 2280/23 2281/15
2292/1 2308/20 2308/21 2322/25
2334/15 2335/15 2337/9 2337/14
2337/17 2337/24
basic [1] 2213/11
basically [12] 2235/23 2247/2 2250/10
2285/3 2285/13 2294/16 2295/10
2326/22 2326/25 2346/23 2348/8
2374/21
basics [1] 2235/15
basis [5] 2177/5 2227/20 2263/1
2324/24 2324/25
Baton [2] 2167/4 2168/13
Bay [2] 2226/19 2351/4
be [160] 2172/5 2175/12 2176/16
2177/25 2189/2 2189/15 2190/7
2190/22 2192/24 2192/25 2193/1
2193/10 2194/1 2194/3 2196/1 2196/14
2199/22 2199/23 2199/25 2200/5
2200/17 2201/4 2201/9 2201/11
2201/23 2202/6 2202/14 2202/20
2202/23 2202/23 2203/10 2203/20
2204/10 2205/21 2205/24 2208/16
2208/17 2208/19 2209/13 2209/24
2210/6 2210/9 2210/11 2212/13
2216/16 2216/23 2218/18 2219/7
2219/14 2219/24 2220/1 2220/4
2220/11 2225/3 2225/10 2226/6
2226/24 2228/11 2228/13 2229/18
2232/5 2233/11 2235/13 2236/22
2237/10 2237/15 2238/1 2239/23
2241/15 2241/19 2242/12 2243/12
2244/2 2244/14 2247/4 2249/7 2249/7
2249/10 2249/12 2249/13 2249/17
2251/18 2251/21 2256/3 2258/10
2258/22 2260/9 2261/2 2264/12
2266/9 2270/9 2271/17 2272/10
2272/15 2273/18 2276/3 2279/6
2279/13 2280/7 2280/24 2281/1 2284/5
2284/5 2286/17 2286/17 2286/23
2286/24 2287/6 2287/6 2292/10
2293/20 2294/22 2296/25 2300/19
2301/11 2304/5 2304/19 2316/14
2318/20 2318/21 2328/19 2329/10
2330/1 2332/25 2333/14 2335/19
2335/24 2336/1 2336/25 2337/3 2339/6
2340/19 2340/20 2343/13 2343/24
2345/10 2350/14 2355/1 2355/2 2358/4
2358/15 2365/7 2365/9 2366/3 2367/2
2367/13 2368/3 2370/6 2372/8 2376/24
2378/17 2382/16 2382/19 2382/21
2384/10 2387/15 2387/17 2387/19
2388/3 2388/19
Beach [1] 2166/10
bear [1] 2379/12
bearing [3] 2383/14 2383/24 2384/3
became [1] 2333/19
because [89] 2176/21 2183/21 2185/21
2187/7 2188/5 2189/17 2191/9 2196/15
2202/22 2203/19 2205/24 2206/9
2209/19 2210/20 2211/5 2212/22
2216/11 2220/7 2220/16 2224/1
2238/21 2245/5 2248/9 2258/16

2260/13 2260/13 2260/22 2261/9
2262/11 2270/4 2270/17 2275/25
2276/14 2276/25 2277/8 2280/12
2280/13 2280/22 2282/5 2284/6
2286/12 2292/10 2293/9 2293/15
2293/18 2293/19 2294/4 2296/15
2301/19 2302/10 2304/11 2305/1
2306/18 2306/20 2307/17 2310/19
2311/4 2311/11 2313/3 2313/6 2315/13
2315/21 2316/13 2318/9 2318/16
2319/5 2321/24 2322/6 2322/14
2323/25 2324/7 2325/23 2326/4
2329/10 2331/3 2331/6 2331/19
2332/24 2335/19 2340/24 2347/1
2350/22 2364/9 2370/5 2371/19 2372/5
2374/9 2375/13 2375/16
Beck [2] 2170/2 2170/3
become [2] 2276/11 2291/4
been [69] 2172/13 2175/11 2175/14
2175/16 2175/19 2178/7 2187/15
2196/24 2196/10 2199/1 2200/25
2201/1 2201/1 2201/24 2201/24
2201/25 2202/2 2204/22 2205/9 2206/9
2206/13 2208/24 2209/1 2211/20
2213/21 2213/25 2214/4 2221/17
2223/18 2223/20 2224/2 2224/3
2225/11 2226/17 2227/6 2229/25
2230/10 2230/12 2230/25 2231/23
2232/24 2234/23 2243/17 2244/7
2279/15 2282/23 2283/5 2296/6
2305/13 2310/23 2314/16 2347/14
2347/15 2348/21 2348/22 2350/10
2350/22 2350/24 2352/4 2352/14
2356/1 2360/23 2362/8 2362/9 2363/11
2378/25 2379/4 2380/12 2387/13
before [54] 2165/15 2176/19 2188/10
2197/21 2198/8 2204/24 2220/14
2224/13 2234/5 2234/13 2235/14
2235/21 2236/23 2238/8 2246/9
2250/22 2253/1 2266/17 2269/23
2272/4 2277/12 2291/23 2301/11
2301/15 2301/18 2307/24 2317/13
2318/6 2330/17 2333/18 2337/14
2345/22 2355/18 2356/4 2356/17
2357/7 2359/11 2360/10 2360/23
2361/16 2362/13 2363/6 2363/14
2364/1 2364/15 2367/8 2370/16
2379/24 2380/7 2381/3 2384/18
2387/12 2388/21 2388/22
began [6] 2194/22 2195/7 2234/5
2351/3 2363/6 2364/1
begin [2] 2173/22 2237/6
beginning [2] 2310/14 2343/5
begins [1] 2186/3
behalf [3] 2187/22 2225/17 2225/24
behind [4] 2207/16 2238/1 2286/16
2305/1
being [25] 2174/23 2192/12 2195/23
2203/11 2206/23 2217/21 2217/21
2230/7 2237/21 2237/25 2240/19
2270/7 2278/23 2284/7 2286/11
2317/17 2348/11 2348/15 2370/24
2371/4 2374/22 2376/18 2378/4
2382/11
Beirute [4] 2268/20 2269/12 2269/14
2269/20
belief [2] 2212/19 2284/12
believe [38] 2176/18 2177/22 2182/3
2185/6 2199/9 2199/10 2202/7 2205/10
2209/12 2211/21 2213/15 2214/3
2215/7 2215/17 2216/7 2217/8 2217/13
2222/25 2223/1 2223/2 2223/6 2223/8
2223/10 2223/12 2225/19 2244/20

believe... [12] 2277/19 2288/18 2294/9
2300/23 2302/21 2320/8 2320/8 2336/9
2339/5 2357/3 2361/18 2369/23
believed [5] 2222/22 2222/25 2223/4
2223/9 2263/2
believes [1] 2184/13
believing [1] 2289/17
below [7] 2323/12 2323/16 2350/15
2350/18 2352/15 2352/19 2352/22
Ben [1] 2168/5
benefit [2] 2199/20 2334/5
benefits [1] 2293/5
Benge [67] 2225/4 2225/11 2225/15
2225/25 2226/2 2226/10 2227/2
2229/24 2233/19 2234/2 2238/8
2247/19 2250/7 2251/7 2252/4 2252/10
2253/25 2259/11 2263/7 2264/16
2266/13 2267/25 2270/17 2274/8
2275/5 2278/10 2282/11 2284/22
2287/11 2290/23 2295/23 2297/15
2299/7 2299/13 2305/21 2307/12
2308/16 2309/11 2316/24 2317/13
2327/15 2332/20 2333/4 2344/8
2344/13 2344/20 2346/7 2347/11
2348/4 2349/14 2349/18 2351/20
2352/5 2355/22 2356/14 2356/21
2358/19 2359/5 2359/21 2360/1 2360/6
2360/9 2361/7 2362/14 2366/24
2374/24 2387/13
Benge's [7] 2226/3 2256/14 2257/7
2294/19 2302/22 2321/22 2325/16
best [44] 2179/19 2180/15 2180/22
2180/25 2181/4 2181/19 2181/21
2181/24 2182/1 2182/19 2183/5
2196/11 2228/1 2247/10 2260/17
2260/17 2273/21 2288/3 2288/9
2288/11 2303/24 2315/3 2319/22
2319/23 2319/24 2320/1 2320/4
2320/10 2320/11 2320/18 2320/20
2342/10 2342/10 2342/11 2370/24
2372/11 2377/11 2379/3 2379/23
2380/2 2380/3 2380/6 2380/23 2389/6
bet [1] 2358/8
better [10] 2207/11 2218/18 2219/14
2280/8 2283/1 2291/2 2291/8 2373/8
2374/12 2380/4
Betty [1] 2326/3
between [19] 2185/11 2186/18 2193/23
2208/6 2216/5 2231/12 2237/3 2245/14
2257/5 2260/12 2267/3 2303/4 2304/1
2304/16 2304/18 2311/18 2318/14
2322/23 2347/21
beyond [2] 2262/25 2299/4
big [6] 2243/25 2267/3 2311/10 2311/11
2313/9 2322/15
bigger [5] 2260/12 2260/22 2304/11
2305/6 2311/9
bilingual [1] 2341/2
bio [1] 2173/21
bit [24] 2175/24 2190/24 2194/7 2194/8
2211/14 2234/2 2240/13 2244/5
2246/18 2246/23 2248/23 2251/13
2272/12 2291/10 2291/21 2314/13
2329/8 2344/14 2346/20 2355/14
2355/17 2357/18 2372/5 2373/8
bitty [1] 2295/14
black [3] 2239/1 2383/12 2383/15
bladder [4] 2177/4 2221/20 2222/7
2222/14
Bldg [1] 2167/13
bleed [1] 2206/23

bleeding [1] 2206/25
blend [2] 2247/23 2247/25
blended [2] 2247/1 2270/4 2272/18 2334/24 2335/4
2335/5 2335/11 2335/16 2336/18
2348/7 2350/21
blended [2] 2270/10 2283/8
blending [1] 2351/14
blends [1] 2314/6
blew [3] 2312/5 2312/6 2312/9
blow [2] 2244/9 2302/22
blown [1] 2312/10
blowout [8] 2174/1 2188/6 2188/10
2198/8 2224/9 2224/14 2333/18
2386/16
blowouts [2] 2188/3 2242/22
Bly [11] 2174/14 2174/23 2203/25
2207/10 2252/5 2282/17 2300/1 2306/6
2307/4 2309/8 2374/18
Bly's [1] 2374/5
board [3] 2230/3 2251/18 2347/2
boat [3] 2352/7 2352/10 2352/14
Bob [2] 2190/6 2218/5
Bockius [1] 2170/14
body [2] 2207/14 2230/13
bond [4] 2233/16 2233/17 2243/16
2323/5
BOP [9] 2186/4 2191/5 2191/8 2205/2
2220/10 2220/12 2220/18 2220/19
2388/1
boss [1] 2343/24
both [32] 2177/6 2177/12 2177/17
2191/10 2194/21 2195/11 2209/14
2210/15 2211/21 2228/22 2245/2
2247/14 2250/17 2264/2 2264/2
2270/22 2277/2 2281/5 2289/21
2306/19 2319/21 2336/7 2336/18
2336/19 2337/25 2345/1 2369/9
2369/19 2370/12 2370/18 2372/8
2376/11
bottom [36] 2173/15 2227/4 2235/20
2237/2 2237/9 2237/19 2237/20
2249/11 2249/12 2253/19 2259/21
2261/14 2262/10 2290/18 2290/21
2293/3 2295/19 2297/17 2297/20
2304/4 2304/21 2307/1 2307/16
2308/17 2310/16 2311/20 2312/2
2313/16 2314/17 2314/20 2321/12
2321/13 2327/7 2328/10 2378/21
2378/23
bottoms [28] 2314/19 2315/1 2315/3
2315/5 2315/9 2315/12 2315/16
2315/17 2316/2 2316/3 2319/25
2377/10 2377/12 2377/13 2377/17
2378/1 2378/19 2378/20 2378/25
2379/3 2379/14 2379/23 2380/3 2380/4
2380/6 2380/12 2380/23 2382/11
bottoms-up [28] 2314/19 2315/1 2315/3
2315/5 2315/9 2315/12 2315/16
2315/17 2316/2 2316/3 2319/25
2377/10 2377/12 2377/13 2377/17
2378/1 2378/19 2378/20 2378/25
2379/3 2379/14 2379/23 2380/3 2380/4
2380/6 2380/12 2380/23 2382/11
bought [2] 2252/23 2353/4
Boulevard [1] 2167/6
bounce [1] 2344/14
boundary [1] 2245/17
Bounds [1] 2166/2
bow [11] 2285/11 2285/17 2293/9
2295/8 2297/4 2297/5 2297/7 2302/15
2302/16 2306/19 2306/23
bow spring [2] 2302/15 2302/16
bow spring's [1] 2306/23

bow springs [1] 2306/19
bow springs [1] 2306/19
bows [1] 2285/12
box [7] 2165/20 2167/13 2167/19
2167/25 2168/13 2169/17 2205/5
boxes [1] 2371/11
Boy [1] 2268/25
BP [184] 2165/10 2168/18 2168/19
2168/20 2168/21 2168/22 2168/23
2169/2 2169/3 2169/4 2172/24 2175/20
2177/6 2177/13 2177/17 2178/8
2179/19 2180/14 2181/15 2184/25
2185/13 2186/4 2192/7 2194/21
2194/23 2203/24 2216/5 2216/5
2216/11 2217/13 2217/15 2217/19
2219/16 2225/17 2228/25 2247/23
2248/3 2249/15 2249/25 2250/17
2250/25 2251/25 2253/22 2255/13
2255/16 2256/1 2259/1 2259/6 2260/4
2260/24 2261/3 2261/16 2262/3
2263/10 2268/11 2268/14 2269/17
2269/20 2270/22 2272/4 2273/13
2274/9 2275/2 2275/14 2277/10
2277/21 2277/24 2279/19 2279/22
2279/25 2281/4 2281/20 2283/23
2287/20 2288/3 2292/14 2296/20
2297/9 2298/6 2300/23 2301/2 2301/4
2301/7 2301/8 2301/16 2301/17
2302/18 2305/9 2307/23 2310/8
2311/19 2312/9 2313/6 2314/18
2315/24 2319/4 2319/23 2320/18
2323/5 2323/17 2325/1 2326/11 2335/4
2336/7 2336/11 2337/4 2337/25
2338/12 2338/25 2338/25 2341/21
2344/24 2345/3 2345/6 2345/7 2346/9
2346/14 2346/15 2346/24 2347/24
2348/2 2348/2 2349/7 2349/20 2350/4
2350/21 2352/21 2352/25 2353/20
2355/25 2356/19 2357/6 2357/17
2358/13 2359/10 2359/16 2360/9
2361/12 2361/15 2362/3 2362/19
2363/9 2363/15 2364/18 2364/24
2366/13 2367/4 2368/6 2368/7 2368/14
2368/18 2368/25 2369/9 2369/9
2369/13 2370/2 2370/19 2371/23
2372/2 2372/10 2372/14 2373/14
2373/16 2373/20 2375/11 2375/16
2377/15 2378/1 2379/4 2379/7 2379/17
2380/10 2380/23 2381/12 2381/19
2384/20 2384/24 2385/1 2385/8
2385/23 2386/5 2386/9 2386/12
2386/20
BP's [20] 2181/18 2181/25 2257/11
2278/5 2283/21 2283/25 2312/21
2318/12 2320/4 2328/19 2345/1
2349/24 2355/7 2355/12 2357/19
2358/2 2358/9 2364/22 2374/18
2386/22
BP/HESI [2] 2368/14 2369/9
BRAD [1] 2169/13
Branch [3] 2167/12 2167/22 2168/3
breached [2] 2217/9 2217/10
break [5] 2257/18 2263/19 2313/10
2314/12 2332/13
breakout [1] 2281/18
Breit [2] 2166/8 2166/9
Brennan [1] 2169/8
Brett [4] 2250/13 2270/20 2345/17
2360/19
BRIAN [16] 2169/13 2218/4 2250/14
2252/14 2259/22 2264/4 2269/8
2281/21 2311/19 2311/21 2312/4
2312/4 2360/15 2361/1 2363/8 2363/9

**B**

brief [3]  2235/19 2237/12 2285/2
briefly [2]  2173/1 2202/4 2205/4 2229/24 2270/13 2355/19
bring [5]  2193/12 2218/1 2238/23 2240/17 2246/7 2318/2 2318/6 2318/6 2381/25
bringing [1]  2314/20
brings [1]  2240/17
broach [2]  2313/8 2313/24
BROCK [4]  2169/3 2172/7 2172/13 2355/14
broke [2]  2256/24 2313/3
brought [2]  2238/22 2264/9
BRUCE [1]  2170/8
Bryan [3]  2252/20 2311/18 2311/21
bubbles [1]  2241/4
bucket [3]  2248/15 2291/4 2307/3
buffer [1]  2260/11
building [4]  2166/16 2237/4 2237/5 2303/5
built [1]  2295/16
bulk [2]  2241/14 2351/14
bullet [2]  2197/2 2288/21
bulletin [1]  2388/12
bumped [2]  2321/14 2321/18
bumping [2]  2238/2 2321/15
bumps [3]  2322/4 2322/5 2322/5
Burling [1]  2169/2
burnt [1]  2235/23
business [6]  2190/3 2190/18 2192/21 2227/19 2273/21 2347/3
buy [2]  2239/1 2352/25

**C**

cabin [5]  2183/4 2183/8 2187/1 2191/9 2210/10
cake [4]  2236/8 2246/25 2326/5 2326/7
calculate [2]  2293/19 2378/20
calculated [1]  2379/1
calculation [1]  2378/19
calculations [1]  2194/22
calculator [2]  2341/6 2381/25
CALDWELL [1]  2168/12
Caleb [1]  2206/23
California [2]  2167/14 2169/14
caliper [4]  2292/1 2303/1 2304/20 2313/18
calipers [1]  2313/13
call [23]  2175/8 2193/8 2193/11 2196/10 2201/19 2203/16 2208/16 2221/16 2236/18 2237/25 2238/1 2244/22 2252/15 2262/6 2303/9 2309/19 2310/6 2321/15 2322/12 2371/17 2375/13 2376/13 2388/10
call-out [1]  2175/8
called [12]  2184/18 2191/11 2202/6 2222/6 2227/5 2253/20 2273/8 2300/1 2327/23 2346/21 2371/16 2384/17
calling [3]  2201/17 2350/7 2353/21
calls [2]  2225/25 2377/12
Calvert [13]  2330/1 2330/2 2330/3 2330/4 2330/10 2330/16 2330/20 2342/18 2342/21 2387/17 2387/19 2388/6 2388/20
came [6]  2230/20 2238/22 2256/22 2321/4 2339/24 2367/18
camera [1]  2210/2
Cameron [4]  2169/22 2170/2 2224/17 2224/18
Camp [1]  2168/16
can [173]  2173/14 2175/23 2183/23

2184/1 2187/3 2189/2 2189/25 2194/16 2197/10 2198/11 2207/23 2201/5 2201/14 2207/17 2208/10 2210/6 2211/23 2215/15 2221/25 2222/18 2228/6 2230/8 2232/22 2233/9 2233/10 2233/11 2233/14 2234/8 2235/19 2235/21 2236/17 2237/1 2237/8 2237/11 2237/17 2238/15 2238/19 2238/21 2238/25 2239/3 2239/4 2239/21 2240/13 2241/1 2241/2 2242/8 2246/5 2246/23 2247/10 2247/12 2247/17 2248/4 2248/8 2248/15 2248/19 2248/20 2248/24 2249/7 2250/2 2250/12 2250/16 2251/11 2251/16 2252/4 2252/7 2252/24 2254/20 2258/7 2259/11 2259/12 2261/5 2261/10 2261/11 2261/22 2262/24 2263/13 2263/16 2263/17 2263/19 2264/14 2264/16 2264/17 2268/3 2268/4 2268/8 2268/8 2268/9 2270/2 2272/8 2273/18 2273/20 2274/8 2277/9 2278/10 2279/2 2280/3 2281/10 2281/14 2282/11 2282/19 2284/9 2285/3 2285/9 2285/10 2285/18 2285/23 2286/8 2286/12 2287/9 2287/16 2287/19 2287/24 2289/17 2289/24 2291/1 2291/2 2291/5 2291/8 2291/8 2291/9 2291/9 2291/21 2292/11 2292/13 2292/14 2294/11 2294/24 2297/13 2299/7 2302/25 2304/20 2306/8 2306/16 2306/19 2307/2 2309/8 2309/14 2310/15 2310/16 2311/17 2314/4 2314/21 2314/21 2316/15 2319/7 2321/21 2321/23 2325/4 2325/8 2326/2 2326/11 2326/18 2327/15 2327/22 2328/6 2330/8 2331/8 2337/20 2341/9 2347/5 2361/4 2370/4 2372/20 2373/7 2374/6 2374/24 2376/10 2376/10 2376/22 2376/24 2377/7 2382/9 2382/13
can't [24]  2181/21 2198/9 2212/22 2222/8 2246/16 2249/3 2251/11 2257/18 2267/15 2268/25 2269/3 2276/1 2279/13 2286/18 2289/20 2298/6 2306/22 2306/23 2307/19 2315/15 2326/6 2331/19 2352/3 2388/19
Canada [2]  2186/12 2211/17
Canadian [1]  2213/3
canned [1]  2271/12
cannot [2]  2213/16 2213/19
cap [14]  2237/14 2237/14 2238/7 2282/4 2317/16 2317/18 2317/18 2318/4 2327/11 2328/18 2328/24 2375/7 2376/5 2381/7
capability [2]  2216/12 2381/8
capacity [1]  2378/20
care [14]  2177/18 2182/25 2183/13 2183/19 2188/14 2192/15 2192/18 2200/8 2217/9 2217/11 2219/11 2219/16 2262/12 2344/4
career [3]  2186/25 2274/22 2330/7
careful [5]  2189/15 2280/24 2316/14 2318/20 2318/21
cares [1]  2251/20
CARL [1]  2165/15
Carondelet [2]  2166/13 2169/23
CARRIE [1]  2168/22
carries [1]  2316/16
case [51]  2172/19 2173/9 2187/15 2207/6 2210/20 2220/4 2220/10 2220/14 2224/8 2226/22 2234/6 2234/15 2234/20 2239/6 2240/16

2240/16 2249/5 2250/11 2260/15 2261/17 2262/25 2266/6 2267/4 2272/18 2277/5 2287/5 2292/1 2292/8 2292/12 2293/9 2294/14 2296/6 2296/12 2298/14 2302/12 2309/24 2313/6 2316/16 2317/23 2324/5 2329/21 2331/16 2339/13 2343/5 2352/25 2360/8 2377/15 2385/23 2387/1
cases [4]  2201/15 2243/21 2306/18 2339/25
casing [22]  2176/10 2178/4 2236/16 2253/15 2253/17 2258/20 2286/15 2290/5 2290/11 2293/25 2294/25 2295/12 2299/20 2299/23 2302/19 2303/19 2309/22 2310/7 2310/9 2323/15 2373/20 2378/21
casing's [2]  2323/13 2323/14
categories [1]  2254/25
cause [3]  2288/15 2303/13 2376/12
caused [2]  2224/6 2245/11
causes [4]  2188/19 2188/20 2189/2 2289/2
causing [2]  2310/25 2374/11
caution [1]  2331/18
CBL [2]  2244/14
CBLs [1]  2233/12
cement [454]
cement's [3]  2273/19 2280/6 2307/8
cemented [2]  2315/6 2381/19
cementer [3]  2230/7 2244/1 2269/19
cementer's [1]  2258/13
cementers [2]  2240/17 2342/23
cementing [64]  2215/10 2226/11 2226/14 2226/16 2226/17 2226/25 2227/9 2227/11 2227/12 2227/17 2227/19 2227/24 2228/16 2229/3 2229/6 2229/11 2229/21 2230/21 2231/8 2232/21 2233/19 2235/13 2235/15 2236/4 2236/5 2236/9 2244/23 2244/23 2245/24 2246/11 2248/2 2248/11 2249/17 2250/1 2259/1 2259/5 2260/7 2260/10 2260/25 2261/7 2262/20 2266/14 2269/14 2272/4 2274/9 2291/7 2296/13 2301/25 2303/11 2304/20 2309/16 2320/11 2323/22 2326/25 2333/12 2345/1 2354/10 2359/18 2360/5 2366/22 2368/7 2373/19 2374/22 2383/6
cements [1]  2230/12
cent [1]  2252/16
center [2]  2239/9 2275/8
centered [2]  2286/1 2286/16
central [1]  2187/13
centralization [31]  2248/12 2255/20 2284/24 2285/1 2285/2 2287/2 2290/5 2292/3 2292/19 2292/22 2293/5 2295/24 2296/3 2296/7 2296/15 2296/17 2298/17 2299/22 2301/1 2303/18 2305/10 2305/23 2306/14 2307/2 2307/16 2308/2 2308/4 2308/6 2308/17 2308/18 2308/19
centralized [2]  2285/20 2307/18
centralizer [13]  2254/1 2285/4 2285/12 2285/17 2292/13 2293/11 2293/18 2294/3 2294/4 2295/16 2301/21 2304/12 2307/17
centralizers [65]  2230/19 2250/22 2252/15 2252/16 2252/20 2253/6 2253/12 2253/13 2254/5 2254/12 2285/7 2288/23 2289/8 2290/11 2293/3 2293/9 2294/13 2294/15 2294/24 2296/12 2296/21 2296/23 2297/1

C

centralizers... [42] 2297/2 2297/4 2297/5 2297/6 2297/10 2298/8 2298/11 2298/13 2299/16 2300/9 2301/2 2301/5 2301/8 2301/9 2301/17 2301/18 2301/24 2302/2 2302/7 2302/10 2302/13 2302/15 2302/22 2302/15 2302/18 2303/16 2303/17 2303/20 2303/21 2304/1 2304/16 2304/18 2306/22 2307/6 2355/19 2355/24 2356/5 2357/2 2357/3 2357/5 2357/6 2357/9

centralizing [1] 2296/13
CERNICH [10] 2167/17 2225/23 2344/18 2345/9 2349/10 2351/3 2354/3 2373/5 2379/15 2384/24
Cernich's [2] 2355/23 2375/20
certain [4] 2204/9 2224/15 2326/5 2338/11
certainly [5] 2187/10 2191/24 2201/19 2222/8 2229/13
CERTIFICATE [1] 2389/2
certify [1] 2389/5
chair [1] 2199/21
chaired [2] 2230/17 2230/19
chairman [1] 2269/15
chairs [1] 2231/1
CHAKERES [1] 2167/19
challenge [2] 2283/25 2284/2
challenges [2] 2281/16 2386/1
challenging [3] 2244/4 2257/6 2282/22
chance [8] 2197/22 2239/11 2261/17 2268/5 2268/7 2288/4 2343/10 2376/18
CHANG [1] 2167/18
change [8] 2200/21 2233/14 2300/15 2303/17 2328/20 2329/3 2334/21 2349/22
changed [2] 2185/17 2334/10
changes [6] 2199/18 2199/22 2328/2 2328/7 2329/9 2387/14
changing [2] 2254/3 2388/18
channel [4] 2286/16 2286/17 2305/25 2306/2
channeling [4] 2290/10 2296/16 2298/16 2307/7
characterization [4] 2174/25 2192/22 2210/8 2221/22
characterize [1] 2216/24
chart [9] 2198/15 2204/6 2215/23 2258/7 2368/5 2370/16 2377/18 2381/9 2381/10
chase [1] 2377/19
cheap [3] 2353/11 2353/14 2353/16
check [30] 2188/13 2201/1 2201/9 2201/23 2204/22 2204/23 2208/3 2208/19 2209/15 2209/17 2209/23 2210/1 2210/2 2210/4 2210/7 2214/2 2214/6 2224/13 2276/5 2309/12 2309/13 2309/20 2313/15 2314/21 2321/20 2322/6 2322/13 2322/21 2339/8 2370/8
checklist [2] 2274/16 2274/23
checkmark [1] 2370/7
checks [2] 2339/9 2371/11
chemical [5] 2227/5 2325/24 2325/25 2329/14 2359/23
chemicals [1] 2279/14
chemistry [10] 2236/12 2244/24 2246/2 2246/19 2246/24 2246/25 2247/2 2247/7 2287/4 2289/20
Chevron [2] 2228/25 2325/2
Chicago [1] 2168/24

choice [6] 2181/19 2182/1 2336/3 2336/8 2336/11 2337/23
choosing [1] 2347/25
chose [4] 2249/15 2301/17 2353/1 2353/2
chosen [2] 2258/21 2259/7
Chu [2] 2234/9 2234/12
chute [1] 2348/10
Circle [2] 2186/21 2214/18
circuit [1] 2211/5
circulate [9] 2310/15 2310/16 2312/15 2315/23 2319/24 2320/11 2379/23 2380/6 2388/16
circulated [1] 2378/1
circulating [5] 2203/21 2243/2 2311/12 2313/4 2313/5 2313/11 2313/16 2313/17 2313/18 2314/9 2314/14 2327/8 2328/10 2377/12 2380/3
circulation [27] 2195/17 2199/23 2255/23 2257/13 2257/18 2257/19 2263/19 2263/21 2264/7 2298/19 2310/10 2310/12 2310/21 2311/24 2312/3 2312/11 2314/7 2314/8 2314/11 2314/15 2314/24 2315/10 2315/24 2319/23 2377/10 2378/1 2380/24
circumstances [2] 2306/16 2382/16
cite [2] 2196/1 2300/3
cited [3] 2179/23 2330/20 2335/22
Civil [2] 2167/12 2167/22
claimed [1] 2217/1
clarify [3] 2179/8 2215/7 2299/9
clarity [1] 2298/21
class [6] 2228/25 2229/1 2269/10 2269/14 2269/18 2330/5
classes [2] 2229/7 2269/18
Clawson [4] 2252/20 2311/19 2311/21 2312/2
clay [1] 2235/24
clean [9] 2259/20 2260/6 2262/15 2262/18 2291/1 2291/4 2291/9 2310/21 2314/12
clear [5] 2203/21 2203/22 2298/23 2301/11 2369/19
clearly [1] 2266/14
CLERK [1] 2225/13
CLINGMAN [1] 2169/9
close [4] 2204/17 2204/18 2303/12 2351/19
closed [4] 2211/6 2322/9 2323/1 2323/25
closest [1] 2191/9
Cocales [10] 2250/14 2250/16 2251/20 2264/23 2270/20 2297/25 2345/17 2359/2 2360/19 2363/3
code [1] 2211/16
cohorts [1] 2360/18
collaborative [2] 2177/23 2177/25
collapse [1] 2293/14
collar [21] 2237/1 2238/3 2253/7 2253/20 2254/3 2255/23 2285/15 2297/4 2309/2 2309/11 2309/15 2310/8 2310/24 2311/1 2311/6 2312/13 2312/22 2313/8 2315/22 2322/6 2323/1 collars [4] 2253/8 2253/11 2254/4 2309/6
colleague [1] 2218/23
color [1] 2327/19
colors [1] 2236/25
column [4] 2220/4 2368/13 2368/17 2375/3
combination [2] 2228/25 2236/12 2242/14 2341/24
combine [1] 2368/5

come [17] 2176/20 2205/1 2234/15 2280/15 2282/11 2284/12 2293/22 2293/25 2280/17 2294/17 2298/16 2306/10 2306/23 2309/19 2310/14 2327/1 2342/8 2371/23
comes [12] 2184/10 2194/13 2235/25 2237/24 2271/22 2309/13 2309/21 2313/18 2328/4 2328/6 2341/2 2353/17
comfortable [2] 2265/7 2265/22
coming [14] 2191/21 2191/22 2202/12 2202/15 2202/23 2228/10 2236/9 2237/11 2237/12 2237/18 2286/11 2305/3 2315/13 2348/10
commence [1] 2367/3
commenced [1] 2367/9
comment [1] 2261/5
comments [2] 2254/12 2256/5
Commercial [1] 2168/3
committee [3] 2230/11 2320/17 2332/21
common [4] 2243/16 2243/24 2248/14 2280/18
commonly [1] 2213/21
communicate [1] 2193/6
communicating [1] 2262/3
communication [4] 2193/23 2221/7 2252/21 2311/18
communications [3] 2235/9 2263/25 2296/20
community [2] 2212/8 2354/19
companies [5] 2174/6 2176/4 2176/5 2227/22 2337/25
company [15] 2168/20 2168/23 2169/4 2190/10 2215/4 2227/5 2245/24 2300/1 2342/14 2367/2 2367/4 2368/3 2371/8 2385/19 2385/24
compare [1] 2329/11
competency [1] 2229/6
COMPLAINT [1] 2165/7
complete [2] 2220/12 2285/21
completed [3] 2222/23 2245/6 2279/7
completely [2] 2238/13 2300/14
completion [1] 2176/22
complex [1] 2316/19
complexity [2] 2282/22 2282/24
compliance [4] 2185/4 2185/5 2185/6 2274/19
complicate [1] 2336/23
complicated [2] 2336/4 2336/15
complicates [1] 2337/24
complication [1] 2336/17
complying [1] 2276/4
components [3] 2318/15 2324/3 2325/14
comprehensive [1] 2173/3
compression [3] 2221/20 2222/7 2222/14
compressive [12] 2266/3 2277/17 2328/6 2330/17 2331/15 2331/17 2331/22 2364/10 2366/7 2369/8 2369/13 2386/6
compromise [1] 2250/1
compromises [1] 2290/10
computer [1] 2170/24
computer-aided [1] 2170/24
concentration [2] 2268/11 2386/6
concentrations [1] 2264/19
concept [6] 2180/8 2184/8 2184/12 2185/17 2258/7 2268/3
concern [4] 2257/3 2283/18 2310/18 2311/11
concerned [2] 2265/12 2283/14
concerning [1] 2212/8
concerns [2] 2283/12 2284/8

concert [5]  2246/3 2274/21 2288/11
2336/21 2337/7
conclude [2]  2176/9 2341/20
concluded [2]  2308/5 2388/25
concluding [1]  2384/18
conclusion [1]  2177/16
conclusive [2]  2204/22 2210/18
condition [5]  2219/20 2220/11 2314/16
2323/3 2369/20
conditioned [1]  2288/23
conditioning [1]  2289/9
conditions [7]  2180/23 2181/1 2245/17
2248/11 2291/23 2336/19 2359/23
conduct [23]  2184/19 2185/12 2204/23
2209/15 2209/16 2209/23 2210/7
2212/1 2212/9 2212/13 2212/18 2213/1
2213/10 2213/13 2217/2 2217/5 2220/9
2224/13 2323/17 2323/21 2342/25
2386/22 2387/7
conducted [8]  2201/24 2217/21 2220/23
2329/1 2329/2 2330/17 2365/9 2366/3
conducting [2]  2213/17 2315/24
conferences [1]  2231/2
configured [1]  2201/20
confirm [3]  2202/13 2206/25 2207/17
confirmed [1]  2284/16
conflict [1]  2182/22
confuse [1]  2265/1
confusing [2]  2340/11 2341/11
confusion [1]  2341/9
connection [1]  2366/15
Connie [1]  2173/14
CONRAD [1]  2166/19
consequences [1]  2326/22
consider [10]  2219/5 2226/24 2235/5
2242/20 2256/25 2271/17 2276/17
2321/2 2339/6 2342/3
considerably [2]  2327/12 2328/22
consideration [1]  2292/12
considered [5]  2219/7 2226/4 2255/9
2356/23 2357/8
consist [2]  2214/1 2214/5
consistent [15]  2175/12 2176/16
2182/19 2183/4 2221/1 2223/2 2248/17
2256/5 2290/16 2291/18 2298/15
2300/12 2300/14 2300/19 2359/24
consistently [3]  2211/1 2211/11 2220/24
constant [6]  2195/25 2197/5 2203/20
2205/24 2206/4 2206/5
constituent [1]  2273/7
constituents [2]  2272/19 2272/21
constraints [5]  2246/1 2246/4 2247/4
2319/5 2319/6
construction [1]  2177/22
construed [1]  2298/25
consult [2]  2228/4 2232/6
consulted [4]  2229/11 2231/14 2232/2
2232/10
Consulting [1]  2330/21
contact [1]  2193/14
contacted [1]  2234/16
contained [2]  2354/24 2355/3
containing [2]  2337/9 2354/4
contaminate [1]  2248/24
contaminated [1]  2237/22
contamination [9]  2237/21 2248/24
2249/2 2280/9 2281/18 2376/13
2376/22 2376/24 2377/5
contamination's [1]  2376/19
context [5]  2185/3 2193/5 2199/10
2214/7 2267/5

continuation [1]  2261/13
continue [2]  2337/12 2375/8
continued [4]  2195/7 2195/17 2203/4
2205/6
continues [1]  2206/15
contract [16]  2192/8 2338/11 2338/15
2338/25 2339/14 2366/13 2368/6
2368/14 2369/9 2369/23 2370/1
2370/18 2370/24 2371/5 2371/9
2371/23
contractor [16]  2178/4 2178/4 2178/4
2178/5 2178/13 2178/16 2179/7
2179/14 2180/14 2180/24 2180/24
2181/4 2186/22 2186/25 2342/25
2356/19
contractors [5]  2178/8 2178/10 2178/22
2181/10 2193/5
contracts [1]  2276/3
contribute [1]  2307/8
control [22]  2178/23 2184/5 2188/1
2189/2 2189/13 2189/17 2190/2
2190/25 2191/1 2193/16 2193/21
2207/1 2207/2 2224/12 2259/6 2263/19
2263/21 2267/19 2267/19 2283/17
2329/15 2367/14
controlled [1]  2220/16
controls [4]  2191/4 2191/6 2191/8
2193/13
conventional [8]  2348/22 2348/23
2348/25 2350/22 2351/1 2352/15
2352/21 2353/20
conversations [1]  2222/4
conversion [3]  2309/2 2311/6 2312/22
conversion: [1]  2255/23
conversion: limited [1]  2255/23
convert [2]  2310/8 2341/6
converted [4]  2311/1 2311/5 2312/14
2328/2
conveying [1]  2198/24
coordination [2]  2216/18 2216/20
copied [1]  2360/18
core [2]  2231/17 2262/13
COREY [1]  2168/8
corner [1]  2351/23
Corporate [1]  2166/19
Corporation [2]  2169/23 2170/3
correct [210]  2172/19 2172/20 2172/23
2173/19 2173/20 2173/24 2174/2
2174/3 2174/7 2175/5 2175/6 2177/19
2179/9 2179/10 2179/16 2179/17
2179/20 2179/21 2180/12 2182/7
2182/8 2182/18 2184/9 2186/10
2189/12 2190/22 2191/2 2192/6
2192/14 2194/14 2195/2 2195/5
2196/17 2197/10 2197/10 2198/8
2198/9 2198/12 2198/15 2198/16
2199/10 2199/11 2200/3 2200/6 2200/7
2201/10 2202/21 2203/5 2203/6
2203/14 2203/15 2203/25 2204/1
2204/3 2205/3 2206/1 2206/3 2206/7
2207/12 2208/8 2209/13 2210/3 2211/2
2211/18 2216/6 2216/7 2216/12
2216/13 2218/9 2219/8 2219/9 2222/9
2223/18 2223/19 2225/14 2266/23
2275/2 2299/11 2301/12 2301/13
2307/25 2323/2 2333/6 2333/7 2334/8
2336/8 2338/7 2338/9 2338/23 2339/23
2340/8 2342/16 2343/7 2345/4 2346/18
2346/21 2347/4 2348/13 2348/19
2348/23 2349/1 2349/5 2349/7 2349/8
2349/20 2349/22 2349/23 2349/25
2350/2 2350/5 2350/8 2350/14 2350/19
2351/1 2351/5 2351/8 2352/2 2352/4

2352/8 2352/11 2352/15 2352/19
2352/23 2352/25 2353/1
2353/7 2353/15 2353/23 2354/21
2355/8 2355/12 2355/25 2356/1
2356/14 2356/17 2356/18 2356/21
2357/2 2358/3 2358/14 2358/24
2360/24 2360/25 2361/2 2361/6
2361/13 2362/22 2363/6 2363/7 2363/9
2363/19 2363/24 2364/1 2364/3 2364/8
2365/12 2366/8 2367/5 2367/9 2367/12
2367/19 2367/22 2369/10 2369/21
2370/2 2370/12 2370/16 2370/19
2371/1 2371/20 2372/2 2372/12
2372/15 2373/21 2375/14 2375/17
2375/24 2376/2 2376/6 2376/13
2376/17 2377/2 2377/8 2377/13
2378/22 2380/13 2381/15 2381/24
2383/1 2383/9 2383/25 2384/4 2384/10
2384/13 2384/20 2385/1 2385/9
2385/12 2386/7 2386/10 2386/11
2386/13 2386/16 2387/2 2387/8
2387/21 2388/7 2388/8 2389/6
correctly [15]  2176/6 2208/25 2251/23
2257/14 2274/20 2278/25 2279/16
2288/6 2288/17 2288/25 2289/19
2290/14 2292/24 2317/21 2335/15
correspondence [1]  2317/1
corresponding [1]  2174/10
Corser [2]  2256/6 2317/6
cost [1]  2273/18
could [99]  2176/22 2176/23 2184/14
2189/10 2201/1 2201/18 2210/7
2210/11 2210/20 2215/17 2218/1
2218/21 2219/14 2227/2 2229/24
2234/24 2235/11 2235/15 2246/20
2249/17 2250/5 2252/2 2252/12
2256/14 2257/7 2257/8 2259/9 2260/5
2270/15 2270/25 2271/8 2272/6
2272/12 2272/21 2274/6 2274/13
2274/14 2275/3 2275/8 2276/7 2276/23
2278/8 2278/11 2281/8 2282/9 2282/14
2284/21 2285/6 2286/23 2286/24
2287/23 2289/11 2289/13 2290/18
2290/19 2291/13 2292/16 2294/18
2297/17 2302/21 2302/22 2305/17
2306/6 2306/8 2308/3 2308/23 2311/15
2312/1 2312/15 2312/16 2313/10
2313/13 2313/13 2316/6 2316/10
2317/9 2317/10 2318/23 2319/12
2319/20 2325/16 2325/17 2326/13
2327/13 2327/20 2330/12 2331/11
2337/5 2338/5 2338/19 2343/7 2348/22
2350/21 2350/25 2352/13 2352/14
2353/20 2376/12 2388/9
couldn't [6]  2204/10 2210/17 2312/17
2341/14 2374/17 2386/9
counsel [1]  2190/24
Counselor [1]  2338/10
counter [1]  2355/1
couple [12]  2175/17 2185/23 2187/21
2190/17 2197/21 2209/7 2210/1 2231/6
2270/24 2294/20 2340/18 2374/15
coupled [1]  2319/9
course [6]  2186/17 2187/11 2208/14
2222/3 2223/25 2332/25
courses [3]  2213/9 2213/11 2228/13
court [34]  2165/1 2170/18 2174/18
2176/3 2176/21 2196/4 2198/10 2225/8
2225/23 2226/12 2227/2 2233/9
2235/16 2238/19 2240/13 2242/8
2246/23 2250/16 2250/22 2252/13
2258/8 2260/5 2264/25 2272/8 2276/23
2282/20 2291/21 2301/23 2302/25

**C**

court... [5]  2327/22 2347/10 2389/3
2389/4 2389/12
Court's [1]  2323/20
cover [6]  2231/7 2235/15 2344/13
2364/12 2377/20 2384/25
coverage [1]  2285/21
covered [9]  2206/9 2213/11 2345/9
2373/2 2373/2 2373/3 2375/21 2377/17
2379/15
covering [1]  2309/6
Covington [1]  2169/2
Craft [1]  2166/15
crazy [1]  2262/13
create [2]  2374/19 2377/1
created [3]  2196/20 2243/7 2336/20
creates [1]  2290/8
credible [1]  2200/3
credit [2]  2239/20 2303/20
crew [13]  2178/18 2184/25 2185/24
2186/5 2187/24 2190/22 2193/23
2199/1 2200/9 2208/7 2208/15 2208/24
2321/7
crews [1]  2212/12
criteria [2]  2233/14 2380/10
critical [10]  2195/1 2228/19 2276/17
2290/12 2292/22 2329/16 2334/23
2337/8 2359/18 2360/4
criticism [1]  2335/14
criticisms [3]  2276/18 2276/23 2335/1
Crocker [1]  2326/3
Crook [1]  2333/5
cross [6]  2172/9 2172/15 2308/10
2332/18 2344/6 2344/12
cross-examination [6]  2172/9 2172/15
2308/10 2332/18 2344/6 2344/12
crude [1]  2376/24
crushed [1]  2331/17
CSI [1]  2300/1
cumulative [6]  2245/10 2245/11 2255/7
2255/9 2336/24 2362/6
Cunningham [20]  2166/2 2166/3
2260/24 2261/1 2261/15 2264/1 2281/5
2281/11 2281/20 2281/25 2282/6
2282/12 2282/21 2283/25 2284/2
2284/6 2284/15 2287/13 2317/5
2352/17
cure [4]  2252/20 2252/23 2253/5 2254/7
curious [1]  2269/22
current [2]  2230/21 2388/6
curve [2]  2328/4 2328/6
cut [1]  2377/18
cutting [1]  2278/23
CV [4]  2165/7 2165/9 2226/3 2333/4

**D**

D-3528 [1]  2285/7
D-4319 [1]  2196/18
D-4320 [1]  2205/4
D-6632 [1]  2377/24
D-Air [5]  2273/12 2354/4 2354/18
2355/1 2355/4
D-Air 3000 [1]  2273/8
D.C [4]  2167/20 2167/25 2168/6 2169/4
dab [1]  2262/7
Dallas [2]  2170/10 2227/9
damage [2]  2204/24 2377/7
Dang [1]  2341/5
danger [2]  2223/7 2281/23
DANIEL [1]  2168/4
Daryl [5]  2275/12 2275/13 2275/16
2287/21 2287/22

data [32]  2203/24 2204/19 2210/13
2251/20 2275/7 2293/4 2294/10 2294/10
2294/12 2307/22 2321/4 2324/25
2325/11 2325/20 2330/24 2331/2
2331/4 2331/15 2341/21 2341/22
2341/24 2361/4 2361/5 2361/12
2361/16 2361/18 2362/14 2362/21
2363/15 2364/10 2386/12 2386/14
date [4]  2175/14 2249/18 2356/12
2360/21
dated [13]  2250/13 2259/22 2262/2
2270/19 2278/16 2297/21 2317/2
2330/21 2334/2 2346/10 2349/13
2356/12 2363/4
Daubert [1]  2233/20
daughter [1]  2238/21
Dauphin [1]  2166/3
DAVID [7]  2170/3 2170/3 2300/18
2330/1 2342/18 2342/21 2387/19
Davis [8]  2387/23 2387/24 2388/2
2388/7 2388/10 2388/11 2388/20
2388/21
day [5]  2165/14 2307/5 2356/16 2357/7
2357/9
days [4]  2314/17 2333/18 2360/22
2362/18
deal [5]  2259/5 2259/6 2316/13 2323/20
2373/21
dealing [4]  2279/6 2365/4 2373/16
DEANNA [1]  2167/18
debate [1]  2201/21
debating [1]  2267/2
debris [5]  2310/22 2310/24 2314/12
2314/23 2315/21
December [1]  2334/11
December 7th of [1]  2334/11
decide [1]  2388/10
decided [5]  2234/19 2297/9 2356/4
2363/18 2363/18
decision [28]  2181/17 2181/18 2181/25
2252/17 2256/17 2257/17 2266/6
2266/7 2278/5 2283/21 2307/6 2312/21
2318/12 2337/2 2344/25 2345/11
2355/7 2355/8 2355/9 2363/11 2363/20
2363/21 2363/22 2363/22 2363/23
2372/1 2372/3 2372/4
decision-making [1]  2337/2
decisions [7]  2173/25 2174/4 2252/21
2257/20 2257/21 2361/6 2361/13
decoration [3]  2239/11 2239/15 2303/7
decreases [1]  2197/17
decreasing [2]  2197/17 2205/21
deep [2]  2244/3 2245/22
deepwater [36]  2165/4 2169/6 2169/7
2169/9 2169/10 2169/13 2169/13
2169/17 2169/17 2169/20 2169/21
2178/20 2181/18 2181/25 2182/9
2182/13 2182/15 2182/20 2183/2
2184/7 2188/16 2191/14 2192/5
2216/25 2219/12 2226/15 2233/2
2247/22 2247/4 2347/2 2353/23 2358/4
2358/5 2358/6 2364/24 2368/7
defense [1]  2340/1
defer [1]  2343/25
define [3]  2258/12 2258/16 2258/17
defined [1]  2219/2
defines [1]  2258/13
definitely [3]  2173/4 2355/6 2376/22
definition [1]  2181/23
defoamed [1]  2335/24
defoamer [7]  2273/9 2273/10 2273/12
2335/15 2336/2 2354/25 2355/11

defoamers [1]  2354/18
defoaming [2]  2354/18
deGravelles [2]  2167/2 2167/3
degree [3]  2229/15 2308/18 2375/9
degrees [2]  2327/12 2331/24
delegated [2]  2191/25
DELEMARRE [1]  2167/23
deliver [1]  2293/4
demanded [1]  2204/12
demanding [1]  2181/13
demonstrate [1]  2311/4
demonstrates [4]  2177/6 2177/12
2183/13 2183/19
demonstrative [8]  2196/20 2206/11
2238/23 2285/8 2368/11 2374/15
2378/4 2381/1
demonstratives [2]  2373/6 2374/20
DENISE [1]  2170/15
densities [1]  2246/5
density [6]  2189/3 2257/13 2292/5
2317/19 2348/25 2349/2
Department [4]  2167/11 2167/15
2167/21 2168/2
depend [2]  2209/25 2295/25
depending [3]  2233/13 2243/9 2313/23
depends [1]  2362/9
depicted [1]  2376/24
deposition [16]  2180/18 2209/9 2214/21
2218/21 2222/10 2263/9 2284/14
2284/17 2317/23 2334/3 2334/6
2334/11 2334/13 2334/16 2336/10
2336/13
depositions [1]  2235/10
depth [1]  2219/24
DEPUTY [1]  2225/13
derrickman [2]  2194/1 2194/4
descending [1]  2197/13
describe [16]  2190/13 2192/3 2196/4
2226/11 2227/16 2228/6 2230/9 2233/9
2234/8 2235/21 2248/8 2294/24
2304/20 2306/16 2308/7 2386/22
described [12]  2174/18 2174/20
2186/16 2191/25 2201/3 2207/15
2214/3 2214/22 2215/13 2220/8
2220/16 2306/21
describing [1]  2199/12
design [57]  2215/15 2226/16 2231/14
2232/2 2235/8 2236/11 2236/12
2244/22 2244/23 2244/23 2244/25
2245/13 2246/1 2246/4 2247/11
2247/15 2247/22 2248/10 2249/5
2253/22 2254/1 2255/21 2257/11
2270/11 2270/14 2271/6 2271/20
2273/23 2274/2 2274/4 2282/7 2283/17
2283/19 2288/22 2289/17 2292/5
2292/10 2307/2 2307/15 2309/20
2310/2 2320/12 2342/15 2345/21
2346/20 2346/25 2347/22 2347/23
2347/25 2348/1 2349/2 2358/2 2358/16
2358/17 2364/23 2373/3 2386/19
designate [2]  2256/19 2303/16
designed [23]  2221/5 2226/22 2231/11
2231/12 2231/22 2245/4 2247/4 2256/2
2257/24 2260/11 2270/5 2270/6
2276/13 2283/6 2283/8 2293/14
2306/13 2320/24 2335/11 2342/14
2350/10 2355/2 2386/25
designing [3]  2231/8 2231/18 2249/16
designs [1]  2232/9
desire [2]  2195/12 2257/12
desired [1]  2293/4
desk [1]  2260/3
despite [2]  2283/25 2284/2

Case 2:10-md-02179-CJB-DPC Document 12777-23 Filed 04/21/14 Page 236 of 263

destabilization [1]  2268/8
destabilize [3]  2280/10 2280/17 2282/5
destabilizes [1]  2281/17
destabilizing [1]  2281/23
detail [3]  2206/9 2218/19 2261/18
details [2]  2183/21 2235/14
detect [3]  2188/1 2220/18 2224/12
detected [3]  2210/6 2224/1 2224/3
detecting [4]  2188/8 2208/5 2208/12
 2208/14
detects [1]  2193/7
deteriorated [1]  2314/22
determine [8]  2198/19 2202/11 2221/9
 2235/3 2244/16 2295/23 2326/10
 2343/9
determined [2]  2221/8 2312/9
developed [3]  2288/13 2288/14 2328/17
development [2]  2266/3 2385/4
deviated [1]  2327/3
devices [1]  2193/9
Dexter [1]  2168/9
diagnose [1]  2206/14
diagram [1]  2322/22
did [198]  2172/22 2172/23 2172/24
 2173/2 2174/5 2174/17 2177/11
 2177/11 2181/2 2185/10 2200/21
 2207/3 2207/5 2207/8 2211/3 2214/12
 2223/1 2228/1 2228/3 2228/4 2228/16
 2228/21 2229/2 2229/4 2229/5 2229/10
 2229/14 2232/9 2234/4 2234/7 2234/15
 2234/20 2235/3 2235/5 2239/1 2242/6
 2244/8 2244/11 2244/13 2244/16
 2244/16 2249/23 2251/23 2251/24
 2251/25 2252/1 2253/25 2255/1 2255/2
 2255/3 2255/5 2255/6 2255/16 2256/9
 2256/11 2256/17 2256/21 2257/14
 2257/15 2257/16 2258/1 2259/1 2259/3
 2259/4 2263/10 2264/24 2268/21
 2268/23 2269/5 2270/3 2271/17
 2274/11 2274/12 2274/20 2275/17
 2275/18 2275/19 2275/23 2276/11
 2276/18 2276/19 2277/10 2277/12
 2277/14 2277/21 2278/25 2279/1
 2279/16 2279/17 2279/25 2281/4
 2281/25 2282/6 2283/2 2284/17
 2284/18 2288/6 2288/7 2288/17
 2288/25 2289/1 2289/6 2289/8 2289/19
 2289/20 2290/14 2290/15 2292/24
 2292/25 2296/8 2296/10 2296/11
 2297/25 2298/7 2299/13 2299/17
 2299/19 2299/21 2299/22 2299/24
 2299/25 2300/7 2301/2 2301/4 2301/7
 2305/9 2305/11 2307/8 2309/4 2310/8
 2310/18 2310/19 2315/17 2315/24
 2317/21 2317/22 2317/23 2317/24
 2318/25 2319/1 2320/6 2320/18
 2320/20 2321/2 2321/3 2321/6 2321/7
 2323/5 2323/6 2323/17 2323/19 2324/7
 2324/7 2324/9 2324/19 2328/15
 2328/17 2329/21 2330/6 2331/2 2331/3
 2332/25 2333/21 2334/4 2334/5 2334/6
 2334/7 2334/13 2334/14 2334/15
 2334/17 2334/21 2335/7 2336/5 2336/9
 2339/3 2340/3 2341/24 2341/25 2342/4
 2352/20 2356/5 2356/6 2361/15
 2363/17 2364/5 2364/8 2364/13
 2366/17 2367/10 2377/15 2377/20
 2380/10 2380/17 2386/8 2386/14
 2387/9 2388/15
didn't [41]  2175/22 2199/20 2200/22
 2207/7 2207/16 2217/1 2217/5 2217/5

2217/7 2238/23 2242/8 2243/21
 2245/25 2275/14 2277/23 2293/15
 2298/19 2299/6 2299/9 2313/7 2314/1
 2315/19 2324/13 2332/24 2335/13
 2338/12 2341/20 2342/3 2352/18
 2353/7 2367/7 2376/1 2377/15 2380/17
 2380/23 2381/10 2381/25 2383/12
 2386/5 2386/12 2387/7
difference [7]  2195/1 2267/3 2272/16
 2322/22 2324/9 2329/8 2329/16
different [25]  2174/5 2175/24 2186/20
 2209/5 2210/6 2215/8 2215/10 2215/25
 2233/10 2233/13 2233/14 2236/6
 2236/6 2236/7 2236/24 2264/18 2270/6
 2271/24 2294/14 2313/19 2328/15
 2328/22 2341/1 2374/16 2377/5
differential [2]  2290/9
difficult [7]  2240/2 2240/3 2257/6 2303/8
 2316/20 2353/25 2372/5
difficulties [1]  2279/19
digest [1]  2341/13
diligent [1]  2199/1
dinner [2]  2239/13 2239/14
direct [5]  2226/8 2227/23 2342/8 2362/7
 2362/7
directly [2]  2320/2 2377/17
directors [1]  2230/3
dirt [1]  2235/23
disagree [1]  2335/8
disappears [1]  2280/13
disc [1]  2237/20
discharge [1]  2181/4
discharged [1]  2362/20
discuss [3]  2229/24 2385/18 2385/19
discussed [7]  2194/7 2208/21 2281/19
 2287/14 2300/18 2328/21 2385/23
discussing [2]  2205/9 2206/13
discussion [5]  2177/9 2196/21 2221/13
 2226/10 2258/7
discussions [2]  2221/17 2333/21
dishes [1]  2280/11
displace [3]  2214/1 2214/5 2291/9
displaced [1]  2196/7
displacement [8]  2189/2 2189/9 2195/7
 2205/19 2248/12 2288/19 2382/25
 2383/5
displacing [2]  2194/12 2196/6
display [1]  2198/20
dispute [4]  2175/23 2195/12 2195/12
 2210/14
disputed [2]  2175/14 2175/19
disregarded [1]  2302/8
distance [2]  2303/4 2324/18
distinct [1]  2224/4
DISTRICT [5]  2165/1 2165/2 2165/15
 2389/4 2389/4
disturbing [2]  2203/16 2203/23
divide [1]  2208/10
divided [2]  2208/6 2208/9
division [2]  2167/12 2167/22 2192/4
 2227/5
divisions [1]  2303/4
do [289]
Docket [3]  2165/4 2165/7 2165/9
document [78]  2189/6 2198/3 2230/21
 2247/19 2247/23 2248/6 2250/7 2252/4
 2259/11 2263/16 2264/16 2270/17
 2271/3 2273/10 2273/13 2274/8 2274/9
 2275/2 2275/5 2275/11 2277/2 2278/10
 2278/14 2281/10 2282/11 2284/4
 2287/11 2287/16 2287/20 2288/3
 2289/4 2289/12 2289/25 2291/11
 2291/13 2292/17 2297/15 2305/20

2306/7 2311/17 2316/24 2327/15
 2349/16 2349/17 2349/23 2349/16
 2349/18 2349/19 2351/8 2354/9 2356/8
 2356/12 2356/16 2356/21 2357/24
 2358/9 2358/10 2359/10 2359/13
 2359/16 2362/5 2362/17 2364/24
 2365/9 2366/10 2366/15 2366/18
 2368/18 2369/10 2369/13 2370/19
 2379/13 2379/18 2379/22 2380/1
 2381/2 2384/24
documented [6]  2255/18 2256/10
 2257/1 2257/20 2257/24 2377/9
documents [19]  2216/3 2235/8 2274/11
 2274/21 2275/17 2275/19 2275/23
 2288/8 2314/18 2320/13 2320/14
 2320/15 2357/19 2357/22 2362/8
 2368/22 2369/19 2370/12 2372/11
does [50]  2178/1 2179/13 2179/14
 2183/1 2188/7 2189/11 2190/13
 2190/15 2191/16 2193/6 2193/14
 2195/20 2206/17 2219/1 2222/4
 2238/12 2240/4 2242/15 2245/13
 2248/21 2249/6 2250/20 2254/17
 2254/19 2254/22 2254/24 2265/21
 2272/1 2273/11 2274/4 2279/18
 2283/14 2290/23 2296/3 2303/17
 2314/15 2314/24 2318/20 2323/22
 2325/20 2325/21 2326/9 2329/11
 2330/18 2331/25 2339/22 2346/14
 2354/17 2362/3 2363/14
doesn't [25]  2188/5 2191/18 2193/9
 2193/13 2194/24 2211/19 2238/5
 2238/12 2238/13 2243/25 2246/17
 2248/16 2249/7 2263/1 2271/14
 2271/14 2279/9 2300/15 2304/23
 2307/18 2323/12 2324/2 2376/4 2376/5
 2388/3
doing [13]  2214/18 2215/11 2219/23
 2245/21 2276/6 2318/2 2332/14
 2340/14 2343/20 2343/21 2343/22
 2353/13 2384/12
Domengeaux [1]  2165/18
Dominion [1]  2166/16
DON [4]  2168/19 2218/5 2222/22
 2223/2
don't [100]  2175/23 2180/7 2180/11
 2180/16 2185/7 2185/16 2188/2
 2189/18 2191/25 2193/18 2197/22
 2200/15 2206/8 2207/21 2207/23
 2208/10 2209/19 2210/8 2210/9
 2210/17 2210/23 2213/9 2213/11
 2213/15 2215/5 2215/7 2219/4 2221/16
 2222/25 2223/2 2223/6 2225/5 2230/13
 2232/22 2234/22 2238/23 2239/3
 2239/17 2240/7 2240/19 2244/2
 2247/11 2248/22 2248/25 2249/1
 2249/11 2251/4 2252/17 2256/11
 2256/12 2260/9 2262/11 2262/11
 2265/17 2272/1 2276/1 2277/4 2277/11
 2281/1 2281/1 2283/22 2284/10
 2293/10 2293/17 2293/22 2298/16
 2298/23 2301/19 2301/20 2302/6
 2306/3 2311/2 2311/3 2315/15 2316/12
 2318/9 2318/10 2322/22 2323/3
 2323/24 2324/1 2327/4 2335/5 2336/2
 2337/18 2339/17 2344/1 2344/3 2344/4
 2351/24 2353/10 2357/11 2361/18
 2369/23 2376/3 2375/5 2375/21 2378/4
 2387/4 2387/4
DONALD [1]  2170/7
done [45]  2195/11 2208/3 2208/15
 2215/1 2238/20 2245/6 2249/17
 2251/10 2251/20 2255/3 2258/10

**D**

done... [34] 2266/4 2276/16 2277/5
2279/8 2280/10 2280/11 2281/3
2283/23 2299/2 2299/19 2325/21
2326/7 2329/3 2334/19 2337/16 2340/7
2343/9 2360/10 2366/7 2367/13
2368/22 2369/3 2369/12 2369/15
2370/9 2370/14 2370/21 2371/2 2371/5
2371/9 2371/14 2371/24 2382/19
2382/21
door [2] 2237/4 2303/5
double [2] 2276/5 2382/6
double-check [1] 2276/5
doubt [2] 2190/14 2190/16
doubts [1] 2190/9
DOUGLAS [1] 2168/16
Dow [1] 2227/5
Dowell [1] 2227/5
down [67] 2173/15 2175/9 2176/10
2189/19 2196/1 2196/5 2196/7 2196/15
2197/9 2197/12 2201/9 2201/11
2201/17 2202/6 2202/10 2202/20
2202/22 2205/15 2205/16 2206/14
2208/2 2209/21 2209/22 2210/10
2220/10 2236/16 2237/10 2238/3
2238/12 2239/1 2239/8 2239/9 2239/20
2241/17 2241/23 2249/10 2249/12
2257/21 2259/7 2262/10 2263/19
2265/16 2272/12 2273/2 2273/7 2279/2
2281/13 2286/12 2287/1 2290/18
2290/21 2293/16 2296/14 2298/16
2300/10 2303/15 2306/4 2307/16
2310/16 2312/16 2328/4 2353/14
2366/5 2374/22 2376/11 2376/25
2378/21
downhole [1] 2373/17
downstream [1] 2348/16
downtime [1] 2252/20
DOYEN [1] 2169/12
Dr. [6] 2268/20 2269/12 2269/14
2269/20 2347/10 2347/17
Dr. Beirute [3] 2269/12 2269/14 2269/20
Dr. Huffman [2] 2347/10 2347/17
Dr. Robert [1] 2268/20
drafts [1] 2216/21
drag [1] 2306/20
draw [3] 2238/15 2291/25 2293/20
drawing [2] 2321/19 2383/21
Drescher [1] 2166/8
drill [26] 2178/9 2181/16 2185/1
2195/25 2196/5 2196/8 2196/14 2198/7
2199/23 2200/9 2203/4 2203/11 2205/6
2205/21 2206/15 2217/20 2220/25
2221/13 2251/10 2251/11 2251/13
2253/13 2264/10 2281/22 2297/24
2374/23
drilled [2] 2178/13 2381/19
driller [24] 2182/7 2183/3 2183/3 2183/9
2183/9 2186/9 2186/15 2186/21
2186/24 2188/12 2189/14 2189/14
2190/14 2190/15 2191/1 2191/9 2193/8
2193/11 2193/11 2193/14 2201/17
2201/18 2201/20 2201/20
driller's [4] 2183/4 2183/8 2187/1 2191/9
drillers [1] 2190/5
drillers/ADs [1] 2190/5
drilling [77] 2169/6 2169/9 2169/13
2169/17 2169/20 2178/3 2178/8
2178/13 2178/16 2178/17 2178/22
2179/7 2179/14 2179/20 2179/20
2180/15 2180/22 2180/25 2181/10
2181/12 2182/5 2184/3 2184/7 2184/7

2185/24 2186/4 2186/5 2186/11
2188/16 2190/22 2191/14 2192/9
2192/23 2193/23 2208/7 2208/15
2212/8 2212/12 2214/15 2214/18
2215/15 2219/12 2227/13 2227/14
2227/15 2227/25 2228/1 2228/6 2228/9
2228/10 2228/15 2228/16 2228/20
2228/23 2228/24 2229/2 2229/10
2229/21 2230/2 2230/5 2230/6 2230/7
2237/11 2250/17 2269/10 2345/7
2354/20 2358/12 2358/12 2358/13
2359/1 2360/9 2373/20
drive [7] 2166/16 2166/19 2241/11
2274/1 2351/22 2352/2 2352/3
driven [5] 2257/12 2283/17 2318/13
2373/15 2382/18
drives [1] 2347/23
dry [7] 2236/8 2241/12 2241/13 2247/1
2270/4 2351/16 2351/16
DTA [2] 2228/24 2269/5
due [7] 2183/13 2183/19 2192/15
2192/18 2199/4 2288/16 2297/11
DUKE [1] 2166/19
duly [1] 2225/11
dumped [1] 2202/14
duration [1] 2380/19
during [25] 2184/18 2185/25 2189/9
2192/9 2195/22 2196/13 2199/8
2199/23 2202/5 2203/3 2205/16
2205/19 2205/20 2220/9 2229/7
2234/10 2264/7 2269/17 2282/25
2322/1 2324/11 2324/14 2325/13
2334/3 2349/24
duty [1] 2337/25
DWOP [1] 2274/19
dying [1] 2372/24
dynamics [1] 2262/19

**E**

e-mail [46] 2189/23 2219/1 2250/3
2250/9 2250/13 2250/20 2250/21
2251/7 2259/21 2261/23 2261/25
2264/5 2264/22 2270/19 2271/7
2278/12 2278/16 2279/3 2281/11
2287/13 2297/20 2297/20 2298/25
2299/17 2300/11 2305/13 2311/21
2312/1 2312/2 2312/7 2317/1 2317/5
2317/10 2317/13 2360/15 2360/18
2361/20 2361/22 2361/25 2362/3
2362/13 2362/17 2362/19 2362/23
2363/2 2363/14
e-mails [9] 2259/16 2261/14 2262/23
2262/24 2282/20 2297/11 2305/14
2345/9 2367/7
each [11] 2260/9 2262/4 2271/25
2280/8 2288/12 2295/11 2296/12
2310/11 2333/13 2336/22 2336/23
earlier [19] 2177/3 2190/24 2197/9
2197/11 2198/5 2201/3 2203/20
2204/14 2209/5 2241/11 2255/13
2294/9 2307/23 2317/6 2320/4 2321/10
2337/15 2346/23 2369/21
early [5] 2194/22 2265/17 2279/7
2313/18 2385/9
easier [2] 2286/1 2286/13
easily [3] 2251/16 2341/10 2377/4
EASTERN [2] 2165/2 2389/4
eccentric [1] 2290/10
eccentricity [1] 2290/8
ECD [26] 2255/7 2257/19 2257/22
2257/25 2267/18 2283/17 2296/14
2298/11 2298/13 2298/17 2300/10

2319/5 2347/18 2349/7 2350/11
2352/15 2352/17 2352/22
2353/13 2375/15 2375/16 2375/19
2375/24 2376/1 2382/12
ECDs [1] 2296/18
echoing [1] 2289/20
echos [2] 2283/16 2298/9
economic [2] 2347/1 2347/25
editor [2] 2231/3 2231/6
Edwards [1] 2165/19
effect [22] 2177/4 2221/20 2222/7
2222/8 2222/14 2222/20 2247/3 2250/4
2255/9 2267/25 2287/7 2296/3 2306/2
2318/19 2322/8 2329/11 2329/11
2329/12 2331/20 2334/18 2349/4
2366/13
effective [1] 2264/7
effectively [1] 2288/22
effectiveness [1] 2301/21
effects [2] 2255/7 2266/14
efficiency [2] 2383/1 2383/5
efficiently [1] 2188/2
effort [4] 2177/23 2177/25 2341/25
2342/13
eight [3] 2333/8 2371/20 2371/22
either [13] 2200/21 2208/9 2208/11
2210/18 2272/19 2294/10 2294/16
2306/4 2310/23 2333/24 2342/25
2371/23 2380/10
eject [1] 2310/3
electronic [1] 2233/12
element [1] 2359/18
eliminated [1] 2174/9
eliminates [1] 2319/25
elimination [1] 2174/8
ELIZABETH [1] 2168/5
Ellis [1] 2168/21
Elm [1] 2170/9
ELMO [4] 2374/3 2382/22 2383/12
2383/13
else [12] 2204/10 2273/20 2280/24
2316/14 2316/17 2331/7 2341/4
2353/18 2358/6 2382/19 2382/21
2388/22
else's [1] 2223/7
Emilsen [1] 2207/9
employed [1] 2186/25
employee [1] 2228/12
employees [1] 2275/1
employment [1] 2227/3
empowered [1] 2344/25
enable [1] 2191/11
Enclosed [1] 2271/16
end [9] 2251/20 2274/3 2294/16
2295/11 2320/22 2321/16 2322/4
2322/20 2323/4
energy [12] 2170/7 2170/11 2207/9
2214/12 2234/16 2290/24 2291/1
2291/5 2291/6 2314/14 2319/3 2319/11
Enforcement [1] 2167/16
engage [1] 2181/16
engaged [1] 2219/12
engineer [8] 2215/15 2228/10 2230/5
2230/6 2252/6 2260/3 2350/5 2372/6
engineering [9] 2216/11 2230/7 2244/22
2257/11 2269/2 2297/24 2298/2 2298/2
2365/25
engineers [27] 2212/23 2216/5 2228/15
2228/16 2228/20 2228/23 2229/21
2230/2 2230/24 2249/15 2249/25
2250/17 2259/2 2259/6 2262/3 2268/14
2268/22 2269/11 2273/13 2274/25
2275/22 2331/5 2331/7 2354/20

## E

engineers... [3] 2358/13 2359/1 2360/9
engineers' [3] 2229/3 2229/11 2303/20
English [1] 2180/8
enough [6] 2185/19 2193/20 2217/17
2279/9 2308/11 2362/11
ensure [2] 2266/4 2360/4
enter [2] 2195/8 2197/12
entire [8] 2188/8 2226/13 2234/21
2265/16 2313/17 2323/23 2330/7
2366/18
entirely [2] 2359/24 2364/8
entities [1] 2178/2
entitled [2] 2291/15 2389/8
envelope [2] 2274/1 2306/17
environment [7] 2167/16 2179/4 2179/6
2280/23 2281/3 2281/24 2282/24
environmental [3] 2167/16 2174/11
2202/16
environments [1] 2244/4
equally [1] 2208/6
equals [2] 2247/9
equate [1] 2224/8
equipment [10] 2175/14 2176/17
2191/20 2191/21 2216/15 2232/20
2323/3 2323/15 2353/16 2353/18
equivalent [2] 2257/13 2257/19
Erick [15] 2260/24 2260/24 2260/24
2261/2 2261/5 2261/15 2263/12 2264/1
2264/2 2281/5 2282/12 2282/21
2287/15 2317/5 2352/16
Especially [1] 2201/15
ESQ [58] 2165/19 2165/23 2166/3
2166/6 2166/9 2166/12 2166/15
2166/19 2166/22 2167/3 2167/6 2167/9
2167/12 2167/17 2167/19 2167/21
2167/18 2167/19 2167/22 2167/23
2167/23 2167/24 2167/24 2168/4
2168/4 2168/5 2168/8 2168/8 2168/9
2168/12 2168/15 2168/16 2168/19
2168/22 2168/22 2168/23 2169/3
2169/6 2169/9 2169/9 2169/12 2169/13
2169/13 2169/16 2169/20 2169/23
2170/3 2170/3 2170/4 2170/4 2170/7
2170/8 2170/8 2170/9 2170/12 2170/15
2170/15 2170/16
essence [2] 2241/4 2348/11
essentially [1] 2298/24
establish [5] 2228/1 2310/10 2310/12
2310/20 2310/21
estimated [1] 2205/1
et [2] 2165/8 2165/11
ETP [1] 2274/19
evaluate [4] 2180/23 2181/1 2245/9
2343/1
evaluation [8] 2226/16 2230/15 2233/7
2233/9 2233/10 2233/11 2233/14
2244/13
even [15] 2190/14 2198/24 2204/17
2208/2 2230/7 2292/11 2294/3 2294/4
2316/19 2341/11 2352/16 2362/5
2365/25 2374/4 2380/4
evening [7] 2184/17 2194/6 2209/11
2209/13 2211/8 2217/12 2222/24
event [12] 2174/9 2175/15 2176/2
2188/10 2189/2 2191/1 2191/1 2201/23
2204/11 2207/1 2234/21 2377/6
events [5] 2173/25 2174/4 2208/25
2224/5 2224/6
eventually [1] 2335/6
ever [14] 2189/19 2234/13 2240/4
2243/17 2251/7 2281/2 2301/4 2301/7
2301/25 2306/13 2312/9 2343/10
2370/5 2386/21
every [10] 2226/15 2232/6 2232/7
2232/8 2242/15 2249/5 2271/22 2315/5
2318/8 2338/23
everybody [3] 2238/24 2265/2 2296/3
everyone [4] 2172/5 2185/13 2225/10
2388/23
everything [17] 2230/15 2230/19
2231/12 2235/7 2245/22 2255/10
2280/24 2316/14 2316/17 2324/3
2327/9 2331/6 2341/4 2353/18 2375/4
2382/19 2382/21
everything's [1] 2322/9
evidence [8] 2198/25 2221/22 2226/1
2255/6 2281/4 2282/6 2342/4 2385/22
exact [3] 2195/3 2207/21 2240/24
exactly [16] 2185/16 2190/15 2197/19
2198/9 2201/13 2201/20 2202/18
2221/11 2221/16 2266/23 2281/19
2316/17 2332/23 2383/9 2384/3 2384/9
exam [3] 2176/19 2362/7 2362/7
examination [10] 2172/9 2172/15
2175/13 2176/17 2226/8 2308/10
2332/18 2344/6 2344/12 2375/20
example [3] 2271/23 2323/23 2338/17
Excel [1] 2381/8
excellent [1] 2269/18
Except [1] 2388/2
exclusion [1] 2190/20
exclusively [1] 2178/11
excuse [3] 2240/23 2279/14 2322/5
executed [1] 2226/22
executing [1] 2288/22
execution [5] 2226/16 2320/23 2320/25
2321/2 2337/5
exerts [1] 2341/12
exhibit [36] 2173/7 2188/22 2189/21
2218/1 2226/2 2226/21 2247/17 2250/5
2252/2 2257/8 2259/9 2261/11 2263/13
2264/14 2270/15 2274/6 2275/3 2278/8
2281/8 2282/9 2287/9 2294/18 2297/13
2305/17 2306/6 2311/15 2316/21
2316/22 2321/21 2325/4 2326/13
2327/13 2327/18 2327/18 2330/8
2331/12
Exhibit 1709 [1] 2327/18
Exhibit 7528 [1] 2173/7
Exhibit 7882 [1] 2331/12
exhibits [1] 2196/1
exist [1] 2248/16
existed [1] 2308/8
existence [1] 2213/17
expect [10] 2179/11 2188/16 2196/5
2196/14 2205/21 2217/18 2217/23
2276/1 2304/15 2386/21
expected [6] 2196/1 2229/21 2247/5
2256/3 2364/14 2386/3
expects [1] 2190/6
expense [1] 2353/19
experience [13] 2178/7 2178/16
2178/22 2178/24 2179/5 2215/12
2219/20 2226/11 2226/12 2300/12
2301/25 2341/17 2386/2
experienced [2] 2181/12 2187/17
expert [38] 2172/24 2177/21 2178/17
2179/5 2179/8 2183/24 2185/23
2187/21 2198/10 2225/3 2226/2 2231/8
2231/18 2232/12 2232/20 2233/7
2233/19 2234/5 2234/13 2234/15
2234/20 2255/1 2266/13 2269/14
2269/20 2281/6 2281/21 2284/1 2284/9
2330/11 2342/19 2345/1 2377/11
2301/25 2306/13 2312/9 2343/10
2381/5 2384/16 2387/20 2387/24
2387/24
expertise [1] 2341/12
experts [4] 2226/25 2234/18 2329/19
2329/21
explain [5] 2258/7 2260/5 2266/17
2268/3 2282/19
explaining [1] 2222/13
explanation [5] 2199/7 2221/19 2222/6
2223/10 2260/21
explanations [2] 2199/18 2199/22
explanatory [1] 2273/11
EXPLORATION [5] 2165/10 2168/18
2168/21 2169/2 2359/16
express [1] 2269/23
expressed [3] 2217/8 2254/9 2256/9
expressing [1] 2284/8
extends [1] 2265/19
extensive [1] 2334/4
extent [1] 2341/12
external [1] 2228/22
extra [3] 2253/8 2265/25 2266/6
Exxon [1] 2227/10
ExxonMobil [10] 2227/13 2227/15
2227/16 2234/18 2261/4 2269/11
2274/11 2275/17 2288/10 2298/6
eyes [1] 2192/17
Ezell [2] 2185/10 2189/8
Ezell's [1] 2184/21

## F

faced [3] 2346/16 2348/2 2348/3
faces [1] 2347/22
facility [2] 2351/7 2351/10
fact [18] 2175/23 2181/18 2182/15
2182/23 2188/8 2210/24 2211/12
2276/2 2310/19 2312/14 2315/20
2329/20 2331/6 2334/10 2335/15
2337/12 2339/23 2361/15
factor [3] 2220/1 2254/12 2267/22
factors [2] 2292/3 2292/10
facts [1] 2382/15
fail [1] 2324/9
failed [8] 2179/19 2224/8 2243/18
2244/8 2244/11 2244/13 2324/2
2324/10
fails [2] 2219/4 2324/1
failure [10] 2244/4 2244/22 2245/2
2245/7 2245/9 2245/12 2247/14 2292/2
2307/8 2307/9
failures [1] 2326/25
fair [10] 2185/19 2193/20 2217/17
2284/11 2308/11 2335/17 2335/18
2339/1 2339/2 2362/11
fairly [1] 2325/23
fairness [1] 2199/17
falling [1] 2305/2
familiar [7] 2179/1 2184/8 2184/10
2186/19 2354/21 2356/8 2379/18
fan [1] 2190/4
fancy [1] 2373/6
Fannin [1] 2169/10
far [6] 2176/19 2208/4 2286/6 2293/22
2329/13 2329/14
fashion [1] 2362/25
fast [8] 2194/6 2246/4 2290/24 2326/1
2326/2 2326/10 2328/5 2361/20
fast-forward [2] 2194/6 2361/20
faster [2] 2291/8 2329/6
Faul [4] 2333/6 2333/11 2333/15
2333/21
faulty [1] 2224/7
FCRR [4] 2170/18 2389/3 2389/11

**F**

FCRR... [1] 2389/11
fear [1] 2297/12
feasible [2] 2283/1 2283/3
Federal [1] 2167/13
feel [1] 2336/15
feels [1] 2265/22
feet [8] 2220/10 2237/3 2258/22
2260/19 2295/14 2303/3 2304/1 2304/2
felt [2] 2210/25 2228/19
few [4] 2172/16 2177/20 2320/6
2334/22
fibers [1] 2263/20
field [17] 2179/5 2192/7 2218/13 2219/2
2226/13 2226/24 2228/16 2231/7
2232/20 2232/20 2233/19 2233/24
2236/9 2249/11 2266/14 2300/13
2360/3
field-representative [1] 2360/3
Fifth [1] 2334/8
figure [2] 2302/23 2374/17
figured [1] 2313/12
file [3] 2172/21 2172/22 2289/14
filed [2] 2172/19 2172/25
fill [1] 2309/24
filled [2] 2268/19 2286/16
final [9] 2216/8 2216/16 2218/7 2218/10
2234/10 2252/17 2274/18 2344/24
2345/11
finally [4] 2237/25 2245/9 2342/24
2371/11
find [7] 2210/17 2235/11 2256/17
2256/20 2264/6 2281/1 2338/5
fine [6] 2198/2 2229/19 2236/22
2251/21 2322/10 2332/14
finish [4] 2181/19 2182/1 2231/12
2362/4
finished [1] 2224/24
firm [3] 2166/21 2167/8 2236/18
first [20] 2172/19 2173/19 2184/19
2185/11 2192/13 2194/1 2194/10
2197/24 2226/18 2240/11 2256/8
2271/12 2278/22 2277/11 2288/4
2303/2 2318/3 2342/23 2351/4 2387/17
first-time [1] 2288/4
fit [2] 2188/13 2322/15
fitting [1] 2199/9
five [6] 2304/6 2304/7 2371/19 2380/17
2380/21 2380/22
fix [1] 2341/9
flapper [1] 2309/21
flexible [1] 2304/17
flipping [1] 2355/15
float [24] 2176/12 2237/1 2238/3
2255/23 2303/15 2309/2 2309/6
2309/11 2309/15 2310/8 2311/1 2311/6
2312/13 2312/22 2313/8 2315/21
2321/20 2322/5 2322/6 2322/13
2322/21 2323/1 2323/3 2323/15
floats [1] 2322/12
floor [3] 2166/13 2169/14 2323/11
flour [1] 2236/7
flow [52] 2176/9 2182/16 2182/16
2182/17 2182/21 2188/13 2194/22
2197/3 2201/1 2201/8 2201/17 2201/23
2201/25 2202/20 2203/3 2204/22
2204/23 2205/6 2206/15 2207/15
2208/3 2208/19 2209/15 2209/16
2209/23 2210/1 2210/4 2210/6 2210/7
2214/2 2214/6 2224/13 2268/7 2285/24
2286/1 2286/13 2286/13 2286/14
2286/19 2286/21 2286/22 2305/25

2306/4 2309/12 2309/14 2309/14
2310/6 2319/12 2321/23 2332/17
2356/23 2357/8
flow-check [1] 2188/13
flowing [8] 2195/10 2200/1 2201/6
2204/15 2289/23 2290/25 2305/1
2309/21
flows [1] 2367/14
FLOYD [1] 2170/8
fluid [35] 2189/3 2203/10 2241/16
2246/5 2248/12 2259/18 2260/11
2262/19 2265/16 2265/19 2286/16
2290/9 2292/7 2292/7 2310/5 2313/13
2314/14 2315/11 2315/12 2315/13
2317/16 2339/5 2340/7 2365/18
2365/20 2365/21 2370/1 2370/6 2370/6
2370/9 2370/18 2375/3 2375/6 2378/23
2382/24
fluids [24] 2195/7 2202/11 2202/13
2205/1 2227/8 2236/25 2237/10 2238/9
2238/10 2238/16 2248/24 2249/1
2272/10 2282/4 2286/11 2286/22
2290/25 2292/6 2306/4 2309/16
2309/17 2310/16 2322/6 2374/2
fly [7] 2282/15 2290/19 2354/12
2356/10 2357/12 2357/23 2366/20
fly-out [7] 2282/15 2290/19 2354/12
2356/10 2357/12 2357/23 2366/20
foam [98] 2226/17 2226/19 2230/20
2230/21 2231/20 2231/25 2237/15
2237/15 2237/24 2238/5 2240/14
2240/14 2240/15 2245/4 2249/7
2255/18 2257/23 2268/6 2270/5 2270/7
2270/11 2277/19 2277/20 2277/21
2277/24 2278/2 2278/9 2279/23
2279/25 2280/3 2280/6 2280/7 2280/10
2280/13 2280/15 2280/16 2280/21
2281/2 2281/12 2281/12 2281/16
2281/23 2282/22 2283/2 2283/21
2316/18 2316/18 2318/1 2318/8
2331/17 2331/19 2331/23 2335/19
2335/21 2335/23 2336/3 2336/4 2336/7
2336/11 2336/19 2337/8 2337/13
2337/23 2337/23 2338/17 2338/20
2339/21 2342/7 2350/13 2351/4
2352/18 2353/24 2354/10 2354/15
2355/2 2355/9 2355/11 2365/4 2365/5
2366/3 2366/6 2366/7 2368/25 2369/13
2369/15 2369/17 2369/18 2369/20
2369/23 2369/24 2375/7 2376/6
2376/13 2377/1 2377/6 2377/8 2381/14
2386/7
foamed [7] 2238/6 2270/9 2272/17
2272/19 2282/4 2317/17 2335/25
foamer [1] 2336/2
foaming [3] 2276/13 2281/14 2281/17
focus [12] 2173/15 2190/1 2211/23
2217/15 2217/24 2257/8 2261/22
2272/21 2274/14 2275/8 2311/20
2317/10
focused [1] 2217/15
Focusing [1] 2175/24
folks [11] 2185/21 2189/18 2221/18
2223/14 2224/23 2239/17 2239/22
2261/16 2268/19 2270/22 2280/22
follow [4] 2180/2 2338/21 2380/10
2380/23
followed [8] 2208/19 2237/13 2237/14
2237/19 2237/23 2237/25 2320/18
2320/21
following [6] 2175/11 2288/3 2312/11
2342/1 2365/9 2365/22
follows [1] 2225/12

food [2] 2239/4 2239/14
foot [2] 2239/12 2239/14
Footnote [1] 2330/20
force [6] 2243/6 2293/12 2293/13
2293/13 2293/19 2306/21
forced [1] 2322/15
forces [2] 2293/16 2293/21
forcing [2] 2243/1 2243/3
foregoing [1] 2389/5
foremost [1] 2342/19
forensic [3] 2175/13 2176/17 2342/6
forever [1] 2269/13
form [20] 2235/4 2242/6 2242/8 2242/11
2242/12 2242/14 2242/15 2242/17
2243/18 2243/24 2244/5 2244/8
2244/11 2244/16 2244/21 2255/12
2286/18 2324/7 2330/25 2340/4
format [1] 2340/14
formation [11] 2195/7 2199/4 2242/12
2256/23 2256/24 2263/20 2286/5
2286/22 2315/14 2319/4 2350/25
formed [2] 2242/5
forming [2] 2226/4 2235/6
forms [2] 2233/17 2377/5
formula [2] 2272/25 2273/2
formulate [1] 2175/4
formulating [1] 2216/8
forth [11] 2216/18 2216/21 2218/25
2259/17 2262/4 2263/25 2346/24
2349/19 2366/22 2367/1 2368/4
forths [1] 2216/4
fortunately [1] 2231/5
forward [6] 2194/6 2285/18 2312/21
2312/24 2312/25 2361/20
fouling [1] 2340/2
found [17] 2229/17 2229/17 2229/18
2243/12 2243/12 2245/2 2245/7
2313/20 2313/22 2313/23 2313/24
2319/18 2319/21 2320/12 2321/8
2340/24 2385/25
foundation [3] 2221/22 2236/19 2249/9
four [11] 2244/20 2265/7 2327/10
2327/12 2328/11 2328/14 2328/22
2333/18 2371/19 2382/2 2382/3
four-hour [1] 2328/22
Fourchon [3] 2351/19 2352/8 2352/10
frac [11] 2245/23 2257/5 2283/12
2283/15 2283/18 2303/12 2347/8
2347/18 2350/19 2350/22 2373/16
fracture [2] 2319/6 2376/1
fractured [1] 2350/25
fragile [5] 2257/4 2303/10 2305/5
2319/4 2319/4
Francisco [1] 2167/14
Franklin [1] 2168/5
Fraud [1] 2168/3
free [9] 2211/25 2339/5 2339/5 2339/18
2340/6 2353/2 2365/20 2365/21
2370/18
free-standing [1] 2211/25
friends [1] 2223/14
Frilot [1] 2169/5
front [1] 2300/24
Frugé [1] 2167/2
full [29] 2188/12 2196/8 2198/20
2225/13 2232/18 2256/21 2256/25
2257/3 2257/18 2315/1 2315/3 2315/5
2315/8 2315/11 2315/12 2315/15
2315/15 2315/17 2316/2 2316/3
2318/10 2367/8 2377/12 2377/13
2378/19 2378/20 2378/25 2379/3
2382/11
function [2] 2262/16 2338/8

## F

functions [2]  2226/23 2314/11
Fundamental [1]  2290/3
FUNDERBURK [1]  2170/16
funnel [1]  2230/16
furloughed [1]  2239/23
further [8]  2175/15 2195/17 2291/10
 2303/15 2308/2 2312/25 2343/15
 2352/3

## G

G-L-E-N [1]  2225/15
gaggle [2]  2270/22
Gagliano [18]  2259/22 2260/2 2260/3
 2260/15 2264/17 2265/6 2265/21
 2270/19 2333/24 2334/6 2335/3
 2335/10 2337/1 2360/15 2361/23
 2363/2 2363/8 2372/6
Gagliano's [3]  2261/7 2333/19 2336/10
gaining [1]  2328/7
gallon [10]  2195/23 2195/24 2248/15
 2256/22 2256/22 2283/6 2298/12
 2298/14 2307/3 2341/4
gallons [17]  2264/25 2265/1 2265/2
 2265/2 2265/3 2265/10 2265/22
 2266/18 2266/18 2268/13 2268/13
 2273/4 2279/11 2363/12 2363/12
 2369/4 2371/25
gamut [1]  2233/3
GANNAWAY [1]  2170/4
gas [21]  2207/4 2240/25 2241/1 2241/1
 2241/3 2241/3 2241/4 2268/6 2268/9
 2280/17 2348/8 2348/13 2353/11
 2353/12 2353/15 2353/16 2353/19
 2354/24 2356/23 2357/8 2367/15
Gate [1]  2167/13
gave [4]  2265/10 2267/13 2334/5
 2334/11
GAVIN [1]  2170/9
gears [1]  2215/20
gel [5]  2314/13 2367/21 2368/1 2370/23
 2371/4
gels [1]  2314/12
general [7]  2168/7 2168/11 2179/12
 2184/8 2185/16 2211/15 2214/3
generally [4]  2175/12 2232/9 2242/10
 2371/16
generated [1]  2356/16
generic [1]  2283/7
gentlemen [1]  2234/22
GEOFFREY [1]  2170/4
geologist [1]  2240/17
geophysicist [1]  2347/17
get [88]  2172/16 2176/19 2183/23
 2184/25 2184/25 2185/13 2188/25
 2202/14 2206/6 2208/12 2224/13
 2235/14 2235/21 2236/16 2236/18
 2237/22 2238/14 2239/9 2239/10
 2239/10 2240/4 2240/5 2240/5 2240/7
 2243/4 2247/5 2247/11 2247/12
 2248/24 2249/2 2249/14 2251/3
 2251/21 2251/25 2252/18 2255/11
 2256/12 2258/3 2258/3 2260/7 2260/7
 2260/9 2266/4 2267/15 2268/8 2268/8
 2271/13 2271/20 2271/21 2271/24
 2277/6 2277/9 2279/12 2280/16 2282/5
 2286/13 2286/14 2291/2 2291/8
 2291/10 2305/14 2305/24 2306/25
 2314/14 2316/17 2322/10 2322/11
 2326/1 2327/12 2339/23 2341/6
 2343/24 2351/24 2352/3 2352/18
 2353/13 2357/20 2367/7 2375/3 2375/5

2375/8 2376/25 2378/13 2378/23
 2380/6 2384/22 2387/23 2387/24
gets [7]  2241/1 2260/12 2267/18
 2267/22 2303/8 2360/10 2360/10
getting [20]  2188/9 2208/1 2240/10
 2244/3 2248/18 2251/2 2279/19
 2293/11 2296/15 2297/12 2314/18
 2315/11 2332/16 2353/21 2353/22
 2353/22 2362/25 2383/9 2383/25
 2386/5
give [19]  2189/4 2197/22 2199/7 2227/2
 2229/19 2245/23 2247/6 2252/25
 2262/6 2262/24 2279/9 2284/10 2287/7
 2319/10 2339/17 2339/19 2340/1
 2342/11 2370/8
given [8]  2205/19 2212/12 2256/1
 2334/3 2337/1 2382/15 2386/1 2386/2
gives [4]  2277/4 2304/25 2306/20
 2342/9
giving [1]  2188/12
gleaned [1]  2334/18
Glen [4]  2225/4 2225/11 2225/15
 2225/25
global [9]  2227/9 2227/11 2227/12
 2227/15 2227/20 2247/22 2248/2
 2248/2 2275/14
globo [1]  2361/25
glue [7]  2252/16 2252/20 2252/22
 2253/5 2253/6 2253/21 2254/3
glueing [1]  2254/2
GmbH [1]  2165/8
go [144]  2173/9 2174/14 2183/21
 2184/1 2196/1 2196/5 2202/4 2203/7
 2205/15 2206/8 2207/8 2207/16
 2208/21 2210/2 2216/8 2218/22
 2232/22 2236/21 2236/24 2236/25
 2239/8 2240/8 2241/17 2243/13
 2243/22 2244/4 2244/19 2245/25
 2246/20 2247/17 2248/4 2250/5 2252/2
 2252/7 2253/13 2253/15 2254/20
 2256/14 2257/7 2259/9 2260/5 2261/11
 2261/12 2262/10 2263/10 2263/13
 2263/20 2264/14 2270/2 2270/15
 2270/25 2271/8 2272/6 2274/6 2274/13
 2275/3 2276/6 2276/7 2278/8 2278/11
 2280/3 2281/8 2282/9 2282/14 2284/21
 2287/9 2287/16 2287/23 2287/24
 2289/11 2289/13 2289/14 2289/24
 2290/18 2291/13 2292/16 2294/18
 2296/14 2297/13 2299/4 2302/21
 2305/17 2306/6 2306/7 2306/8 2306/8
 2306/19 2308/23 2309/8 2311/15
 2312/1 2314/4 2316/6 2316/21 2317/9
 2318/23 2319/12 2319/20 2321/21
 2325/4 2325/8 2325/16 2326/13
 2326/18 2327/13 2327/20 2330/8
 2330/12 2330/14 2331/8 2331/11
 2336/25 2338/19 2341/5 2341/6
 2342/23 2344/22 2346/4 2349/16
 2352/3 2353/7 2354/9 2354/12 2356/10
 2357/23 2358/9 2359/14 2365/2
 2366/19 2366/19 2368/8 2370/4
 2375/17 2379/13 2379/16 2379/17
 2380/5 2381/1 2382/22 2383/9 2383/9
 2383/11 2384/25 2387/12
goal [5]  2219/19 2257/1 2258/4 2298/18
 2343/11
goals [3]  2245/20 2245/21 2320/12
Godwin [4]  2170/7 2170/7 2170/11
 2372/21
goes [16]  2239/7 2252/19 2253/6
 2260/21 2262/20 2265/16 2266/2
 2279/5 2280/13 2287/3 2300/10 2328/5

2330/2 2346/6 2376/21 2388/4
 2330/13 2346/6 2376/21 2388/4
going [84]  2182/2 2185/4 2185/25/20
 2187/3 2188/5 2188/25 2191/10
 2191/21 2191/22 2194/6 2196/15
 2197/9 2197/11 2203/7 2209/6 2210/5
 2210/25 2211/8 2216/22 2217/5
 2217/15 2219/24 2220/1 2220/11
 2236/23 2238/12 2241/15 2242/1
 2242/25 2247/12 2249/6 2249/14
 2249/25 2252/17 2254/14 2254/15
 2255/11 2256/12 2256/12 2256/18
 2267/19 2267/20 2274/1 2284/3 2291/4
 2294/5 2294/22 2298/10 2303/6
 2303/21 2307/15 2308/1 2309/17
 2313/14 2315/14 2316/12 2318/11
 2327/19 2328/8 2328/10 2328/10
 2338/16 2338/20 2338/20 2338/24
 2339/10 2342/11 2343/11 2343/24
 2344/14 2344/14 2344/22 2348/14
 2348/15 2354/7 2362/9 2363/12
 2363/16 2363/19 2366/19 2377/16
 2378/13 2387/11 2387/15
gold [1]  2182/5
Golden [1]  2167/13
gone [1]  2184/4
good [50]  2172/5 2172/11 2172/12
 2182/3 2182/24 2182/25 2183/17
 2184/16 2185/22 2189/17 2192/7
 2192/22 2193/23 2213/24 2216/8
 2216/10 2216/18 2216/20 2218/13
 2218/17 2219/1 2219/5 2219/7 2223/11
 2238/11 2238/13 2240/10 2248/11
 2248/11 2248/12 2251/21 2251/25
 2259/5 2273/21 2285/19 2292/22
 2295/6 2305/14 2308/9 2332/20
 2336/25 2337/18 2344/8 2344/9
 2346/15 2347/3 2355/15 2359/7 2374/2
 2374/4
got [61]  2185/22 2202/15 2226/14
 2235/19 2236/10 2236/19 2238/4
 2238/5 2238/12 2239/20 2240/24
 2240/25 2241/6 2244/24 2247/5
 2248/14 2258/9 2260/7 2264/10 2270/7
 2275/20 2275/25 2276/14 2276/15
 2276/16 2280/7 2280/24 2282/1 2282/2
 2285/2 2285/21 2287/6 2291/3 2294/5
 2295/3 2295/18 2298/9 2299/5 2303/11
 2311/12 2313/6 2313/14 2316/14
 2321/19 2331/18 2335/20 2341/6
 2343/5 2353/18 2365/25 2367/11
 2369/12 2367/7 2369/19 2369/20
 2371/11 2374/23 2377/3 2382/19
 2382/21 2388/15
gotten [1]  2352/14
governed [1]  2325/25
government [2]  2178/3 2239/23
grab [1]  2340/19
grabs [1]  2280/14
gradient [9]  2245/23 2257/5 2283/18
 2319/6 2347/8 2347/18 2350/19
 2350/23 2373/16
gradients [3]  2283/12 2283/15 2303/12
Grand [1]  2169/14
graph [2]  2328/9 2377/22
graphic [1]  2285/2
gravel [3]  2249/10 2249/11 2249/12
gravity [2]  2293/16 2341/4
gray [1]  2237/15
gray's [1]  2286/11
greasy [1]  2280/12
great [6]  2239/7 2252/19 2259/6 2295/8
 2323/20 2330/4 2375/2
greater [1]  2379/25

Case 2:10-md-02179-CJB-DPC Document 13275 Filed 08/17/14 Page 239 of 263

## G

Greg [5]  2270/21 2278/22 2279/5
2297/20 2345/15
grind [2]  2235/24 2236/1
grocery [1]  2239/1
grossly [1]  2217/9
ground [1]  2309/7
group [9]  2166/18 2200/13 2213/5
2230/13 2230/20 2230/21 2234/10
2234/12 2239/19
group's [1]  2333/12
grouped [1]  2254/24
groups [2]  2230/19 2230/19
guard [1]  2189/19
Guerra [1]  2166/15
guess [4]  2214/7 2280/8 2298/5
2303/23
guidance [4]  2212/25 2215/16 2301/24
2302/8
guidances [1]  2212/17
guide [12]  2250/23 2250/24 2250/24
2262/7 2262/7 2270/20 2297/21 2298/3
2298/7 2345/19 2358/11 2359/2
Guide's [2]  2269/2 2298/4
guideline [1]  2247/22
guidelines [1]  2302/5
GULF [11]  2165/5 2186/21 2357/25
2358/3 2358/4 2358/5 2364/22 2364/24
2368/7 2379/17 2381/20
gumbo [1]  2375/12
guys [4]  2231/4 2350/7 2363/1 2388/16

## H

had [73]  2172/21 2172/23 2179/18
2182/9 2182/16 2184/4 2184/6 2193/12
2201/24 2203/4 2204/6 2208/24
2209/14 2209/16 2214/22 2218/18
2232/18 2235/7 2236/17 2240/16
2243/22 2254/2 2256/25 2259/6
2261/17 2269/4 2269/9 2276/5 2279/11
2283/7 2283/9 2283/24 2288/9 2300/24
2303/21 2306/1 2307/23 2310/24
2312/14 2313/10 2314/11 2325/14
2329/6 2334/18 2340/4 2340/13
2341/16 2341/16 2343/10 2347/1
2347/14 2348/25 2350/25 2352/22
2352/23 2353/4 2353/5 2355/11 2357/6
2361/12 2361/18 2361/24 2362/3
2362/19 2362/20 2363/15 2364/4
2364/10 2364/10 2373/5 2373/5
2373/20 2375/16
hadn't [3]  2184/20 2223/1 2348/21
Hafle [18]  2252/6 2252/22 2254/10
2259/22 2260/23 2261/15 2261/25
2264/22 2278/16 2278/21 2297/25
2345/11 2350/2 2359/2 2360/19
2361/22 2362/18 2363/2
Hafle's [2]  2252/25 2256/5
HAL [1]  2264/3
half [5]  2173/15 2297/17 2325/17
2358/6 2382/8
Halliburton [55]  2170/7 2170/11 2175/21
2190/25 2192/4 2192/8 2209/8 2209/14
2209/17 2260/3 2261/20 2263/11
2264/3 2270/23 2271/23 2272/3
2276/21 2281/6 2296/2 2301/4 2301/7
2319/24 2327/11 2327/16 2331/8
2332/24 2333/15 2333/19 2336/7
2337/4 2337/13 2337/16 2337/25
2338/4 2338/8 2338/15 2338/18
2338/19 2338/25 2339/1 2339/3
2340/10 2341/25 2345/1 2351/7

2351/10 2353/21 2355/23 2356/5
2356/8 2366/19 2370/3 2371/3 2371/7
2372/17
Halliburton's [2]  2296/6 2335/23
Halliburton/BP [3]  2338/25 2366/13
2368/6
hand [8]  2247/9 2247/9 2285/25
2286/15 2291/3 2374/8 2376/15
2376/21
hands [1]  2357/7
HANKEY [1]  2167/18
happen [3]  2268/8 2268/10 2376/10
happened [7]  2243/20 2245/11 2321/17
2343/6 2362/6 2374/23 2385/22
happening [4]  2199/8 2234/25 2326/7
2327/6
happens [6]  2201/14 2224/10 2238/18
2280/15 2343/7 2343/12
happy [1]  2308/7
hard [4]  2262/12 2266/3 2328/9 2383/18
HARIKLIA [1]  2168/22
harkening [1]  2362/13
HARTLEY [1]  2170/8
has [76]  2175/16 2177/5 2178/7
2184/14 2184/15 2185/24 2186/5
2186/8 2186/22 2186/24 2190/14
2190/15 2190/16 2191/15 2191/19
2191/19 2191/22 2191/23 2191/24
2192/1 2193/13 2217/4 2224/18
2228/25 2237/20 2238/4 2243/11
2243/17 2246/14 2247/3 2247/4
2250/22 2252/20 2252/22 2253/5
2258/9 2263/1 2264/1 2264/17 2264/22
2264/25 2265/15 2269/15 2273/4
2273/24 2274/3 2277/2 2279/8 2279/14
2285/15 2292/3 2292/14 2293/12
2295/16 2296/2 2296/6 2298/21 2299/2
2301/20 2305/13 2310/23 2314/22
2318/18 2324/2 2326/24 2331/20
2333/16 2337/13 2340/21 2350/10
2351/10 2360/4 2363/11 2375/13
2382/19 2382/21
hasn't [1]  2356/1
HAUSER [1]  2168/4
have [368]
haven't [6]  2193/15 2215/1 2217/3
2217/4 2261/17 2307/18
having [13]  2182/19 2182/23 2182/24
2183/3 2183/12 2192/17 2225/11
2266/1 2279/19 2306/2 2335/14
2340/19 2382/12
HAYCRAFT [1]  2168/19
HB [1]  2170/19
HB-406 [1]  2170/19
he [99]  2184/13 2184/13 2184/15
2184/24 2184/24 2185/11 2185/12
2185/16 2186/24 2187/3 2188/13
2190/14 2190/16 2191/16 2191/18
2191/19 2191/19 2191/22 2191/23
2191/24 2191/25 2193/7 2193/8 2193/8
2193/9 2193/10 2193/13 2193/13
2193/14 2209/12 2209/24 2209/24
2210/9 2210/11 2210/11 2210/14
2210/25 2211/3 2211/8 2211/12
2222/12 2222/12 2222/16 2222/19
2222/25 2222/25 2223/1 2223/1 2223/4
2223/4 2223/6 2226/4 2248/2 2251/1
2251/2 2260/16 2260/21 2261/2
2261/17 2263/2 2264/22 2264/24
2265/10 2265/22 2265/22 2266/2
2266/14 2267/16 2267/17 2267/21
2267/22 2269/15 2269/16 2269/17
2275/13 2279/8 2279/10 2284/9

2284/15 2284/16 2298/2 2298/24
2299/4 2299/16 2299/19 2299/19
2299/16 2299/16 2300/19 2312/4
2330/2 2333/18 2334/8 2334/10 2335/7
2336/11 2336/14 2388/3 2388/4
he'll [1]  2335/6
he's [40]  2191/11 2191/20 2248/1
2248/2 2251/4 2260/17 2260/24 2261/6
2261/20 2262/5 2264/2 2264/6 2265/7
2266/5 2266/6 2266/7 2267/19 2269/2
2269/15 2269/17 2269/18 2269/18
2275/14 2282/21 2282/25 2297/24
2298/22 2299/8 2308/4 2317/5 2330/4
2330/5 2335/7 2342/19 2350/4 2350/5
2362/9 2372/24 2387/20 2387/25
head [3]  2220/9 2269/1 2380/20
heads [1]  2362/24
health [2]  2179/4 2179/6
hear [3]  2185/10 2324/13 2355/15
heard [7]  2184/20 2187/16 2217/3
2222/13 2301/23 2309/5 2323/20
hearing [1]  2332/16
hearts [1]  2190/5
heat [3]  2326/9 2328/22 2331/25
heats [2]  2326/6 2327/9
heavy [2]  2196/8 2350/24
Heenan [1]  2172/11
height [2]  2220/3 2258/11
held [2]  2230/6 2261/4
help [6]  2227/23 2234/19 2241/7
2263/21 2279/5 2299/8
helped [1]  2388/19
helps [1]  2259/20
Hemisphere [1]  2260/25
Hemisphere's [1]  2281/21
here [81]  2172/17 2173/2 2174/24
2175/11 2175/19 2176/3 2176/9
2184/21 2185/10 2185/21 2188/25
2189/4 2194/8 2194/21 2197/2 2199/17
2205/5 2206/12 2218/17 2218/21
2218/23 2223/16 2226/18 2227/8
2230/2 2232/17 2237/2 2237/3 2237/4
2237/18 2237/24 2238/3 2239/2 2239/6
2254/9 2257/11 2259/21 2259/21
2264/1 2264/11 2267/2 2267/3 2267/5
2276/18 2283/3 2285/11 2290/5
2291/18 2292/17 2298/21 2300/18
2303/14 2303/23 2310/23 2317/11
2317/15 2318/4 2320/23 2321/23
2322/1 2325/23 2326/8 2328/4 2343/8
2344/2 2346/13 2347/15 2350/10
2356/13 2357/20 2364/25 2365/5
2368/21 2376/10 2376/25 2380/5
2382/24 2383/21 2384/6 2384/7 2385/2
here's [2]  2240/25 2328/5
hereby [1]  2389/5
Herman [3]  2165/22 2165/22 2165/23
HESI [2]  2368/14 2369/9
Hibbert [2]  2247/23 2247/25
hierarchy [2]  2186/15 2186/17
high [5]  2258/9 2329/7 2329/8 2367/15
2367/15
high-tech [2]  2329/7 2329/8
higher [4]  2197/14 2197/16 2310/11
2313/11
highlight [2]  2344/22 2362/6
highlighted [3]  2198/1 2252/12 2290/5
Highway [1]  2351/24
HILL [1]  2170/9
him [20]  2184/23 2186/17 2191/11
2210/9 2223/23 2233/24 2253/3 2261/5
2262/5 2265/11 2300/19 2308/7 2330/6
2330/7 2334/18 2335/9 2337/3 2372/20

**H**

him... [2] 2378/7 2387/22
himself [2] 2298/22 2299/10
hire [5] 2178/8 2178/10 2180/14
2180/24 2181/4
his [35] 2187/7 2187/8 2191/17 2193/12
2194/19 2210/10 2210/12 2210/13
2210/25 2211/6 2211/7 2211/7 2211/9
2211/10 2222/17 2223/3 2223/6 2226/4
2234/10 2252/25 2261/7 2262/24
2264/6 2267/15 2283/1 2284/4 2284/10
2299/2 2308/2 2334/10 2336/13 2337/1
2337/2 2342/22 2344/16
history [1] 2227/3
hit [3] 2321/13 2348/7 2348/12
Hitec [3] 2182/17 2198/20 2210/16
hits [2] 2190/4 2384/17
hold [1] 2357/24
holding [3] 2322/12 2322/24 2323/25
Holdings [5] 2169/5 2169/8 2169/12
2169/16 2169/19
holds [1] 2310/1
hole [34] 2202/22 2241/17 2243/7
2248/11 2251/7 2251/9 2251/10
2251/12 2259/20 2260/7 2260/12
2262/11 2262/15 2262/17 2262/17
2285/20 2291/23 2291/24 2294/9
2303/10 2304/16 2304/17 2304/21
2304/23 2305/4 2305/6 2307/21
2309/22 2310/21 2313/17 2327/8
2328/10 2366/5 2378/21
hole's [2] 2260/22 2305/2
Holloway [1] 2206/23
Holthaus [1] 2167/2
Honor [41] 2172/8 2221/21 2222/15
2224/18 2224/23 2225/17 2225/22
2226/7 2233/18 2233/22 2240/22
2242/2 2252/24 2262/22 2263/5
2266/10 2266/13 2280/6 2284/3
2284/14 2284/20 2294/20 2298/20
2299/7 2299/11 2299/15 2306/10
2308/1 2308/11 2309/5 2332/7 2332/11
2332/22 2343/19 2361/24 2377/16
2378/3 2387/17 2388/2 2388/9 2388/17
HONORABLE [1] 2165/15
honored [1] 2300/23
honoring [1] 2300/20
hope [3] 2303/24 2305/13 2373/9
hopefully [2] 2172/16 2374/12
HORIZON [11] 2165/4 2181/18 2182/1
2182/9 2182/13 2182/16 2182/20
2192/5 2216/25 2347/2 2353/23
Horse [2] 2253/23 2254/2
hot [1] 2326/4
Houma [4] 2166/20 2351/8 2351/11
2353/22
Houma's [1] 2351/19
hour [3] 2198/8 2265/8 2328/22
hour's [1] 2351/22
hours [22] 2252/19 2265/7 2265/11
2267/6 2267/7 2316/5 2327/10 2327/12
2328/12 2328/14 2331/23 2332/6
2363/6 2363/14 2364/1 2367/2 2367/8
2379/24 2380/8 2380/17 2380/21
2380/22
house [3] 2228/22 2249/10 2284/1
Houston [7] 2167/7 2169/10 2169/21
2170/5 2170/13 2170/17 2227/11
how [72] 2198/19 2199/8 2201/20
2209/22 2209/24 2212/17 2213/1
2213/10 2213/13 2217/2 2217/5
2227/20 2228/21 2229/5 2229/9 2229/9

2229/14 2229/16 2231/11 2231/16
2233/6 2236/1 2236/7 2236/13 2236/17
2236/1 2238/20 2243/4 2243/8 2243/14
2244/11 2245/13 2245/22 2246/4
2248/21 2254/12 2256/12 2258/9
2258/15 2258/19 2259/17 2265/8
2265/12 2268/17 2277/18 2286/6
2290/24 2292/5 2292/6 2293/22
2294/13 2295/23 2296/3 2296/21
2296/24 2297/7 2301/2 2301/20
2305/16 2308/3 2319/2 2325/25 2326/1
2326/2 2326/9 2326/9 2326/10 2328/5
2329/11 2331/24 2340/14 2353/10
2386/22
However [1] 2387/12
HSE [2] 2178/25 2179/9
HTHP [1] 2327/3
Huffman [2] 2347/10 2347/17
HUGH [1] 2170/19
Hughes [1] 2169/19
huh [1] 2347/15
hundred [1] 2378/15
Hundreds [1] 2231/23
hydrocarbon [8] 2207/19 2258/22
2307/7 2307/9 2314/22 2383/14
2383/24 2384/3
hydrocarbon-bearing [3] 2383/14
2383/24 2384/3
hydrocarbons [11] 2176/10 2188/9
2189/10 2207/3 2286/23 2286/24
2306/4 2339/21 2339/22 2339/24
2340/2
hydrostatic [2] 2219/20 2220/9
HYMEL [1] 2169/16

**I**

I'd [11] 2208/9 2221/16 2226/10 2234/2
2246/18 2256/8 2266/6 2270/13 2276/6
2306/7 2320/22
I'll [18] 2172/15 2193/20 2197/21
2197/24 2238/21 2253/2 2269/2 2269/8
2271/24 2285/9 2304/24 2324/4
2355/18 2369/25 2372/21 2377/18
2379/14 2379/21
I'm [93] 2175/24 2176/6 2179/12 2180/2
2181/11 2181/14 2184/1 2184/1
2184/10 2185/20 2188/25 2194/6
2203/7 2204/4 2206/10 2207/8 2207/17
2207/17 2208/4 2209/3 2209/18 2210/5
2211/19 2212/6 2212/10 2212/22
2213/2 2213/22 2214/15 2215/9
2231/4 2239/13 2239/19 2253/17
2262/13 2264/6 2269/13 2270/20
2276/14 2278/21 2278/23 2284/3
2287/24 2289/13 2289/14 2294/22
2298/5 2301/15 2307/4 2307/15 2308/1
2308/7 2309/25 2313/14 2320/17
2324/13 2327/8 2327/9 2328/25 2331/3
2332/14 2341/2 2342/21 2343/8
2343/21 2343/23 2343/24 2344/10
2344/14 2344/14 2344/22 2347/12
2348/8 2348/14 2348/14 2351/18
2352/13 2354/7 2355/14 2359/13
2362/13 2366/12 2372/13 2373/8
2377/16 2378/7 2378/13 2383/11
2383/20
I've [53] 2173/6 2196/20 2196/23 2197/2
2198/18 2212/15 2226/13 2226/14
2226/14 2226/17 2228/23 2230/6
2230/10 2230/22 2230/25 2231/5
2234/23 2238/22 2239/20 2245/20
2247/5 2248/1 2248/14 2254/24 2261/2

2268/18 2269/1 2269/1 2269/13
2276/15 2276/16 2284/25 2285/2
2292/14 2295/3 2295/5 2308/5 2313/14
2321/19 2325/21 2325/21 2328/21
2330/7 2331/17 2333/12 2336/21
2340/4 2385/25 2388/15
IADC [1] 2212/17
ID [1] 2239/3
idea [7] 2181/15 2187/14 2221/19
2222/5 2335/12 2335/13 2337/18
idealized [1] 2321/11
identified [25] 2223/16 2249/24 2254/22
2256/8 2269/7 2269/9 2270/1 2276/9
2280/3 2284/25 2289/8 2291/18
2297/11 2300/25 2309/2 2314/7 2315/4
2316/9 2319/15 2326/11 2356/23
2357/11 2368/14 2368/18 2385/18
identifies [1] 2289/16
identify [28] 2174/15 2196/13 2213/16
2252/4 2254/17 2254/22 2255/1
2259/11 2263/16 2264/16 2272/8
2274/8 2275/21 2278/10 2281/10
2282/11 2284/24 2287/19 2289/6
2291/19 2311/7 2311/8 2311/17 2313/2
2318/25 2327/15 2346/14 2358/16
ignored [1] 2302/9
Illinois [1] 2168/24
image [1] 2309/8
imagine [3] 2204/10 2251/12 2268/4
immediate [2] 2204/12 2204/14
immediately [3] 2208/18 2321/17
2321/19
impact [2] 2174/11 2329/5
imperative [1] 2358/18
implementation [4] 2349/24 2359/3
2373/4 2373/11
implemented [2] 2359/11 2360/11
implicitly [1] 2211/22
importance [1] 2329/16
important [14] 2188/11 2190/2 2190/18
2247/15 2248/10 2277/9 2287/2 2293/8
2325/23 2329/13 2329/14 2329/3
2361/5 2361/9
impose [1] 2298/20
impression [1] 2304/25
Imprevento [1] 2166/8
improved [4] 2254/1 2296/13 2296/15
2300/10
improvements [1] 2219/6
in-house [2] 2228/22 2284/1
inaccurate [1] 2378/4
inadequate [6] 2255/20 2284/24 2301/1
2305/9 2305/23 2308/5
INC [16] 2165/11 2168/19 2168/22
2169/3 2169/6 2169/7 2169/9 2169/10
2169/13 2169/13 2169/17 2169/17
2169/20 2169/21 2170/7 2170/12
inception [1] 2226/18
inch [2] 2238/25 2239/4
inches [3] 2239/2 2239/7 2303/6
incident [2] 2182/21 2317/3
include [8] 2175/22 2177/11 2177/12
2213/9 2233/16 2233/17 2272/11
2299/25
included [1] 2226/3
includes [2] 2227/19 2317/1
including [4] 2176/6 2178/2 2231/20
2274/19
incompatible [3] 2335/16 2354/15
2376/7
incomplete [1] 2278/6
inconclusive [3] 2322/13 2322/22

**I**

inconclusive... [1]  2322/24
inconsistent [2]  2340/10 2341/8
incorrect [2]  2288/22 2288/24
increase [7]  2197/5 2199/3 2199/14
2203/4 2206/6 2267/7 2300/9
increased [2]  2203/12 2296/12 2307/6
2336/20
increases [5]  2205/6 2206/16 2206/18
2291/1 2337/24
increasing [2]  2198/19 2223/24
incumbent [2]  2337/3
independent [2]  2223/22 2299/2
indicate [5]  2279/18 2283/14 2362/3
2362/18 2363/14
indicated [2]  2342/13 2385/4
indication [10]  2193/8 2199/12 2204/19
2208/3 2238/19 2284/6 2312/17
2322/11 2339/17 2339/19
indications [2]  2187/23 2315/19
indicator [3]  2192/25 2204/9 2204/21
2263/18 2264/12 2324/3
individual [6]  2184/12 2229/12 2259/7
individuals [2]  2345/10 2361/21
industry [33]  2177/21 2184/7 2188/8
2188/11 2188/18 2213/16 2230/14
2234/9 2234/10 2234/22 2235/12
2288/3 2314/18 2315/4 2319/22
2319/23 2320/8 2320/9 2320/10
2320/11 2337/16 2341/17 2343/13
2354/1 2361/15 2364/15 2371/16
2372/11 2380/2 2380/3 2384/16 2385/1
2386/18
industry-accepted [1]  2213/16
industry-recommended [1]  2320/9
industry-standard [1]  2361/15
influx [8]  2188/9 2189/10 2199/4
2206/22 2207/3 2207/19 2314/22
2339/21
information [10]  2192/20 2201/21
2210/15 2210/16 2222/8 2235/5 2235/7
2334/18 2340/21 2354/14
informed [1]  2281/6
ingredients [1]  2355/4
inherent [2]  2258/2 2336/20
initial [1]  2201/5
inject [2]  2353/14 2354/24 2355/5
2355/11
injected [1]  2348/16
injecting [1]  2349/4
injection [1]  2348/18
injury [2]  2174/11 2204/24
inner [1]  2323/9
input [3]  2207/10 2216/10 2216/16
inside [8]  2176/11 2237/22 2239/2
2239/5 2239/5 2309/18 2310/5 2322/7
inspect [1]  2201/16
instability [5]  2268/5 2303/13 2304/23
2305/2 2305/4
install [1]  2254/7
installation [1]  2288/22
installed [3]  2294/13 2294/25 2295/17
instead [6]  2206/6 2267/11 2267/12
2315/13 2386/12 2388/10
Institute [1]  2230/8
instruction [1]  2212/13
instructions [2]  2212/11 2212/15
intact [2]  2323/13 2323/14
integral [5]  2294/15 2294/24 2295/10
2296/23 2297/2
integrity [2]  2189/11 2323/15
intend [1]  2248/25
intended [4]  2242/17 2245/4 2270/9
2335/6
intent [1]  2284/11
intentionally [1]  2223/6
interact [1]  2191/19
interacting [2]  2217/19 2229/9
interests [2]  2332/22
interfered [1]  2211/10
intermix [2]  2249/2
intermixed [1]  2375/9
intermixing [2]  2238/14 2238/17
internal [7]  2281/5 2281/6 2345/1
2357/19 2358/10 2359/10 2372/11
internally [1]  2227/21
International [2]  2169/22 2170/2
interpret [2]  2180/7 2180/11
interpretation [11]  2177/18 2204/2
2217/11 2217/19 2221/10 2224/5
2224/7 2252/25 2253/4 2284/10
2358/15
interpretations [1]  2207/15
interpreted [1]  2208/24
Interpreting [2]  2179/25 2180/5
interview [5]  2235/10 2252/5 2282/12
2282/17 2284/5
intimate [1]  2337/2
introduced [2]  2172/13 2317/20
introduction [1]  2288/2
inventory [2]  2273/22 2347/5
investigate [1]  2312/13
investigated [1]  2200/5
investigation [5]  2200/8 2200/24
2204/12 2204/14 2313/1
investigator [2]  2374/19 2374/19
involve [1]  2213/21
involved [16]  2174/5 2184/12 2189/18
2200/21 2213/21 2214/1 2214/5
2226/17 2229/25 2243/17 2244/7
2246/3 2246/14 2296/16 2343/5 2372/9
involvement [4]  2229/18 2230/9 2234/4
2337/2
involves [1]  2178/2
involving [2]  2263/17 2361/20
Irpino [2]  2167/8 2167/9
is [575]
Isabella [1]  2381/21
isn't [17]  2187/2 2188/18 2214/10
2216/9 2219/5 2251/9 2266/3 2278/23
2294/9 2311/14 2331/18 2351/19
2353/11 2360/8 2360/8 2365/23
2375/11
ISO [1]  2365/8
isolate [1]  2307/9
isolating [1]  2383/24
isolation [14]  2236/15 2288/15 2289/3
2289/5 2290/13 2292/2 2292/23 2293/5
2307/16 2339/22 2345/25 2383/21
2384/2 2384/12
issue [10]  2184/15 2185/4 2185/4
2192/2 2220/18 2221/10 2312/10
2332/23 2332/23 2385/24
issued [1]  2377/2
issues [17]  2185/23 2222/24 2252/16
2266/1 2266/8 2279/11 2321/8 2347/8
2347/18 2347/22 2348/2 2348/2
2373/16 2375/17 2382/11 2382/12
2386/1
it [582]
it's [175]  2173/6 2173/18 2178/22
2180/2 2181/22 2182/22 2186/20
2187/3 2187/6 2187/7 2188/11 2188/16
2188/18 2191/17 2192/4 2193/18
2197/9 2197/11 2197/13 2197/14
2201/5 2201/6 2201/6 2201/6 2202/16
2209/9 2210/6 2207/25 2211/8 2211/20
2211/21 2215/11 2216/3 2216/10
2216/21 2219/13 2220/16 2222/9
2226/17 2227/6 2227/23 2228/24
2228/24 2230/11 2231/23 2236/2
2236/12 2237/4 2237/19 2238/4
2238/12 2238/20 2240/3 2240/6
2241/2 2242/11 2242/11 2242/12
2242/13 2242/13 2243/3 2245/16
2246/6 2246/9 2246/9 2246/25 2246/25
2247/1 2247/13 2247/14 2251/14
2251/20 2253/20 2257/19 2259/19
2265/2 2265/5 2266/3 2266/4 2267/20
2270/6 2272/17 2272/18 2272/18
2273/18 2277/8 2277/8 2278/4 2280/13
2280/18 2280/22 2284/15 2285/3
2286/1 2286/1 2286/13 2288/18 2291/4
2291/15 2294/2 2294/4 2294/11
2294/22 2295/17 2295/17 2297/7
2298/23 2299/14 2300/14 2302/9
2302/21 2303/6 2303/10 2304/4 2304/4
2304/12 2304/25 2305/4 2307/18
2309/13 2309/25 2312/17 2315/14
2316/10 2316/10 2316/13 2319/9
2320/14 2321/24 2322/11 2322/15
2322/17 2322/18 2323/25 2325/24
2326/21 2328/9 2328/10 2329/8
2329/13 2329/14 2332/6 2332/23
2335/18 2336/24 2337/20 2339/11
2340/25 2341/8 2341/11 2341/24
2344/10 2346/9 2346/23 2348/11
2348/12 2348/18 2349/16 2351/22
2351/23 2355/15 2356/13 2357/13
2357/25 2359/1 2363/4 2363/5 2372/7
2374/10 2374/17 2376/18 2377/3
2377/4 2383/18 2388/11
item [3]  2274/16 2274/23 2292/17
items [1]  2223/22
iterative [4]  2245/16 2246/6 2372/7
2372/8
its [14]  2179/7 2200/22 2226/18 2230/3
2241/12 2247/1 2268/14 2280/14
2315/24 2327/2 2357/7 2362/20
2372/10 2380/23
itself [15]  2180/16 2221/9 2234/11
2244/25 2245/1 2245/8 2246/2 2247/2
2295/25 2312/1 2316/15 2318/17
2319/7 2343/10 2353/16

**J**

JAMES [2]  2165/19 2168/12
Jason [1]  2185/12
Jefferson [2]  2165/20 2169/17
JEFFREY [1]  2166/9
JERRY [6]  2170/12 2330/1 2330/2
2342/20 2342/21 2342/21
Jerry's [1]  2330/11
Jesse [12]  2259/22 2270/19 2278/23
2279/6 2279/7 2279/20 2333/19
2360/15 2361/1 2361/1 2363/2 2363/8
JESSICA [2]  2167/21 2167/23
JIMMY [1]  2167/6
job [188]  2180/3 2184/8 2184/9 2184/15
2184/18 2184/24 2185/12 2210/20
2226/19 2227/16 2231/17 2232/7
2234/10 2235/14 2236/12 2238/11
2238/13 2238/20 2240/9 2240/10
2242/2 2242/15 2242/23 2242/24
2242/25 2243/1 2243/3 2243/17
2243/22 2244/11 2244/23 2245/8
2245/18 2246/14 2249/16 2251/22
2251/25 2252/18 2254/10 2254/16

job... [148]  2254/18 2254/23 2255/11
2255/17 2255/21 2255/22 2255/23
2256/2 2256/9 2256/9 2256/18 2256/19
2257/6 2257/12 2257/21 2258/1 2258/2
2258/5 2258/10 2258/14 2258/20
2259/2 2259/3 2259/14 2264/8
2264/13 2265/7 2267/20 2268/18
2268/21 2269/5 2269/23 2269/24
2273/17 2274/19 2276/9 2276/16
2277/13 2277/16 2277/20 2277/21
2277/24 2278/2 2278/6 2279/22
2281/12 2281/13 2282/23 2283/17
2295/25 2296/4 2300/10 2301/11
2301/15 2301/18 2305/14 2306/13
2307/15 2307/24 2307/25 2312/11
2312/12 2312/25 2313/7 2313/20
2314/7 2314/8 2314/10 2314/11
2314/15 2314/24 2315/20 2315/24
2316/18 2317/16 2318/2 2318/9
2318/15 2318/22 2319/8 2319/22
2320/23 2320/24 2321/2 2321/4 2321/6
2321/7 2321/9 2321/11 2321/11
2321/16 2322/1 2322/2 2322/4 2322/13
2322/21 2323/4 2323/5 2325/1 2331/6
2331/22 2335/16 2335/21 2335/25
2336/1 2336/4 2336/15 2336/20 2337/6
2337/24 2339/6 2341/22 2343/1 2343/1
2344/19 2345/24 2346/2 2346/3
2346/15 2348/8 2349/24 2350/7
2350/10 2353/24 2355/2 2356/13
2357/7 2357/9 2361/4 2361/5 2361/6
2361/9 2361/10 2361/13 2361/19
2363/6 2364/1 2364/15 2367/8 2373/4
2377/10 2377/13 2378/2 2379/24
2380/7 2382/24 2386/23 2386/24
jobs [14]  2228/4 2231/9 2231/11
2231/14 2232/18 2233/4 2242/17
2242/21 2243/20 2243/24 2244/7
2316/18 2318/18 2337/14
Jodi [5]  2170/18 2170/20 2389/3
2389/11 2389/11
Joe [1]  2210/24
JOHN [11]  2167/3 2169/20 2170/16
2250/24 2262/7 2269/1 2270/20
2278/22 2279/5 2297/20 2345/19
joint [3]  2178/10 2295/14 2295/14
JONES [1]  2170/3
Joseph [1]  2209/8
journals [1]  2231/4
JR [3]  2166/12 2170/8 2170/8
JUDGE [2]  2165/15 2388/1
judgment [1]  2222/9
July [1]  2333/5
jumping [1]  2355/14
June [3]  2317/2 2346/10 2346/18
June 20th [2]  2346/10 2346/18
June 26th [1]  2317/2
Jurgen [1]  2190/6
jurisdictions [1]  2211/21
just [126]  2172/14 2172/15 2173/9
2173/10 2173/20 2173/21 2175/8
2175/17 2176/19 2176/21 2177/20
2179/8 2179/12 2180/9 2180/18
2183/23 2184/1 2185/8 2185/8 2185/23
2186/20 2187/21 2188/5 2188/25
2189/4 2189/24 2189/25 2191/25
2193/15 2196/20 2196/23 2196/24
2197/3 2197/12 2197/13 2197/20
2198/1 2198/18 2203/8 2204/14 2205/4
2205/9 2206/10 2206/11 2207/17
2209/6 2210/14 2211/14 2211/23

2214/18 2214/22 2215/12 2215/18
2215/20 2223/9 2223/9 2224/16
2225/18 2228/14 2231/7 2235/20
2235/21 2237/9 2237/12 2238/5
2240/20 2240/23 2245/10 2249/7
2251/16 2259/12 2259/21 2262/12
2262/22 2264/25 2265/4 2267/9 2269/2
2281/19 2284/3 2285/10 2291/3
2291/11 2292/17 2293/9 2293/18
2293/23 2293/23 2294/22 2294/23
2295/11 2295/13 2297/7 2298/9
2298/20 2298/22 2298/24 2299/9
2303/23 2305/4 2306/23 2306/25
2307/17 2309/9 2311/20 2318/5 2318/8
2319/10 2329/8 2337/4 2337/16
2337/18 2340/22 2341/5 2341/9
2341/14 2353/14 2362/1 2362/7
2362/14 2363/18 2363/18 2368/7
2368/14 2374/20 2377/21
Justice [4]  2167/11 2167/15 2167/21
2168/2
justified [1]  2363/16

## K

Kaluza [1]  2218/5
Kanner [2]  2168/15 2168/15
KARIS [1]  2168/22
Katz [1]  2165/22
keep [6]  2234/24 2254/4 2259/18
2282/4 2350/15 2350/18
keeping [1]  2248/23
keeps [3]  2237/21 2309/21 2388/18
Keith [2]  2209/9 2210/24
KELLEY [1]  2168/4
Kellingray [6]  2275/12 2275/15 2287/21
2317/2 2317/15 2317/25
Kellingray's [1]  2317/23
KERRY [2]  2169/6 2344/10
kick [18]  2187/24 2188/5 2192/25
2193/7 2193/8 2199/13 2204/9 2204/20
2204/21 2207/23 2207/24 2208/12
2208/14 2236/18 2236/19 2236/20
2260/1 2263/8
kick-off [4]  2236/18 2236/20 2260/1
2263/8
kickoff [1]  2259/15
kicks [2]  2188/2 2188/19
Kika [1]  2235/25
kill [2]  2185/15 2217/22
kiln [1]  2235/25
Kinchen [2]  2169/19 2169/20
kind [4]  2239/20 2297/1 2303/23 2360/2
King [1]  2382/7
Kirkland [1]  2168/21
knew [7]  2172/21 2336/25 2367/15
2374/4 2384/20 2385/1 2385/1
know [116]  2180/16 2181/9 2190/5
2191/14 2191/25 2198/6 2200/1
2200/15 2209/22 2209/24 2212/20
2217/5 2217/5 2221/16 2232/23
2233/15 2234/22 2234/23 2239/3
2242/21 2243/8 2243/10 2244/11
2247/25 2249/25 2250/22 2252/17
2252/22 2255/16 2255/22 2256/11
2256/12 2260/2 2261/1 2261/8 2262/13
2263/7 2264/10 2265/6 2266/8 2266/17
2268/11 2268/14 2268/17 2269/1
2271/11 2271/25 2272/1 2273/16
2275/15 2275/16 2279/11 2282/17
2283/22 2291/22 2292/1 2292/3
2293/21 2293/22 2297/9 2297/23
2298/5 2301/20 2301/20 2302/18
2302/20 2307/19 2308/16 2308/18

2309/5 2311/1 2311/3 2311/12 2312/9
2314/13 2322/4 2322/9 2322/23
2323/15 2323/24 2324/1 2324/5 2326/2
2326/4 2330/3 2330/4 2331/19 2333/13
2333/18 2341/5 2341/14 2342/18
2342/20 2342/24 2344/1 2353/10
2354/19 2355/1 2358/5 2358/7 2367/7
2369/22 2370/4 2370/5 2373/19
2375/21 2378/4 2378/9 2380/19
2380/21 2380/22 2381/11 2383/18
2385/8 2385/11 2388/18
knowing [1]  2191/10
knowledge [10]  2179/12 2209/7 2209/21
2216/14 2229/3 2229/11 2229/15
2254/5 2259/1 2259/5
known [13]  2248/1 2255/13 2255/14
2255/25 2261/2 2264/3 2322/25
2327/25 2329/20 2329/20 2333/11
2333/12 2354/23
knows [2]  2251/11 2266/14
Kodiak [14]  2334/23 2335/11 2335/11
2336/18 2337/22 2337/22 2346/21
2347/2 2348/7 2348/19 2348/21
2350/21 2353/9 2353/13
Kodiak 2 [1]  2334/23
KOP [1]  2259/25
KRAUS [1]  2168/16
Kullman [1]  2166/5

## L

LA [1]  2351/24
lab [20]  2232/15 2232/18 2234/17
2245/5 2255/17 2276/6 2276/9 2276/13
2276/14 2276/17 2276/18 2276/24
2277/10 2277/11 2277/12 2278/6
2278/19 2279/6 2338/15 2338/18
laboratory [13]  2232/12 2232/18 2235/8
2264/18 2275/7 2325/2 2326/16
2327/16 2331/8 2331/14 2359/17
2365/7 2385/4
lack [3]  2280/8 2307/2 2307/16
laed.uscourts.gov [1]  2170/20
Lafayette [2]  2165/24 2169/18
Lafleur [1]  2169/16
laid [1]  2215/23
Lamar [1]  2170/12
Lambert [2]  2218/5 2222/10
land [2]  2178/20 2226/14
landlubber [1]  2348/9
LANGAN [1]  2168/22
language [4]  2179/22 2190/1 2207/9
2344/23
largely [1]  2302/8
larger [1]  2303/8
largest [1]  2181/9
Lasalle [1]  2168/23
last [17]  2178/7 2227/13 2228/8 2279/7
2279/8 2280/12 2284/4 2292/17 2340/1
2340/22 2347/3 2347/12 2347/17
2363/20 2363/21 2363/22 2378/6
last-minute [3]  2363/20 2363/21
2363/22
lately [1]  2239/20
later [6]  2194/15 2249/17 2250/2 2251/6
2306/11 2323/8
lateral [1]  2323/12
law [6]  2166/18 2166/21 2167/8 2211/16
2211/19 2211/25
law's [1]  2211/20
LAWRENCE [1]  2167/24
lawyer [2]  2355/15 2365/23
lawyers [1]  2344/2
lay [1]  2190/13

**L**

leaches [1] 2376/11
leaching [1] 2376/12
lead [5] 2184/14 2272/15 2272/18
2298/2 2374/19
leader [3] 2185/14 2191/14 2297/24
leaders [2] 2216/5 2274/25
leading [2] 2289/4 2341/12
LEASING [1] 2165/8
least [7] 2174/9 2211/7 2232/6 2313/8
2343/13 2377/12 2379/7
leave [6] 2210/10 2220/13 2268/9
2286/18 2305/25 2387/12
leaving [1] 2286/16
ledger [2] 2353/7 2353/9
Lee [2] 2218/5 2222/10
leech [1] 2376/10
left [7] 2236/16 2285/21 2326/23
2328/10 2374/8 2376/15 2379/7
left-hand [2] 2374/8 2376/15
leftover [18] 2245/3 2255/16 2270/1
2273/16 2276/12 2276/25 2277/8
2283/9 2334/23 2335/18 2346/21
2348/7 2348/19 2350/21 2353/1 2353/2
2355/3 2365/11
Leger [2] 2166/12 2166/12
less [13] 2196/9 2196/9 2196/10
2196/10 2196/11 2196/11 2231/23
2241/3 2292/7 2329/9 2357/1 2379/7
2380/22
let [25] 2173/12 2180/4 2180/21 2185/8
2188/22 2189/21 2193/15 2194/10
2194/16 2205/4 2206/10 2213/23
2218/20 2219/15 2242/20 2253/2
2289/22 2310/3 2326/1 2334/1 2334/22
2341/18 2357/20 2362/1 2372/21
let's [60] 2180/18 2192/2 2194/17
2195/13 2196/18 2197/20 2199/6
2199/16 2202/4 2203/7 2206/8 2206/11
2218/20 2219/15 2224/4 2259/12
2299/9 2344/5 2345/21 2346/4 2346/20
2349/9 2349/16 2354/5 2354/12
2355/17 2355/18 2355/20 2356/10
2357/18 2357/21 2357/23 2357/24
2358/9 2358/9 2358/22 2359/10
2359/13 2359/14 2360/13 2361/20
2363/1 2363/4 2364/18 2364/20 2365/2
2366/10 2366/12 2366/19 2368/10
2373/3 2374/3 2379/13 2379/16
2379/17 2381/1 2382/22 2382/23
2384/23 2384/25
letting [1] 2189/19
level [6] 2197/13 2206/2 2238/16
2316/11 2350/15 2350/18
levels [1] 2186/17
Lewis [5] 2166/5 2168/18 2170/7
2170/11 2170/14
LI [1] 2169/13
life [4] 2174/10 2223/3 2223/6 2280/14
lift [1] 2313/24
lifting [2] 2196/11 2196/15
light [2] 2237/15 2375/13
lighter [2] 2241/1 2348/19
lightweight [1] 2350/13
like [40] 2178/8 2178/8 2180/13 2201/15
2204/14 2207/1 2210/25 2212/15
2217/7 2220/2 2226/1 2226/10 2233/18
2234/2 2236/6 2236/21 2240/2 2243/25
2246/6 2246/18 2248/9 2256/8 2260/9
2269/18 2270/13 2272/3 2282/1 2288/8
2295/8 2295/13 2295/18 2306/7 2308/9
2308/21 2320/22 2337/22 2337/22

2341/14 2343/4 2362/23
likelihood [1] 2307/23
likewise [2] 2223/8 2338/16
limestone [1] 2235/24
limitations [2] 2306/18 2316/10
limited [6] 2210/11 2255/23 2314/7
2315/20 2319/5 2319/22
limiting [1] 2292/9
limits [3] 2245/17 2246/1 2381/8
line [14] 2177/15 2185/15 2217/22
2239/1 2241/11 2262/23 2278/2
2299/5 2307/11 2328/8 2340/1 2385/5
2385/6 2386/9
line's [1] 2318/10
lined [2] 2184/23 2184/25
lines [4] 2180/19 2207/18 2218/22
2325/22
lineup [1] 2209/25
liquid [13] 2241/18 2242/13 2265/9
2265/13 2265/14 2265/19 2266/24
2267/8 2267/8 2267/13 2268/5 2268/7
2268/9
liquids [2] 2236/10 2241/20
Liskow [1] 2168/18
list [7] 2226/3 2254/22 2255/15 2387/14
2388/15 2388/16 2388/18
listed [1] 2274/23
literally [2] 2251/14 2376/8
Litigation [1] 2168/3
little [33] 2173/21 2175/24 2177/2
2190/24 2194/7 2194/8 2194/15
2211/14 2215/8 2234/2 2235/19 2240/6
2240/13 2244/5 2246/23 2248/23
2282/2 2285/2 2291/10 2291/21
2295/14 2299/5 2314/13 2321/24
2329/8 2344/14 2346/20 2355/14
2355/17 2357/18 2368/5 2373/8 2382/6
live [1] 2239/24
lives [3] 2223/3 2223/13 2223/14
living [2] 2347/14 2351/5
LLC [13] 2165/19 2165/22 2166/2
2166/18 2168/15 2169/5 2169/6 2169/9
2169/12 2169/16 2169/20 2169/22
2170/14
LLP [8] 2166/15 2167/2 2168/21 2169/2
2169/8 2169/12 2169/19 2170/2
loan [1] 2373/7
located [3] 2187/1 2187/2 2187/8
location [7] 2187/13 2191/4 2235/8
2241/21 2279/15 2321/5 2353/17
locations [4] 2301/8 2355/24 2382/24
2383/18
lock [1] 2241/7
log [3] 2303/1 2304/20 2323/5
logger [9] 2183/16 2192/24 2193/7
2193/24 2200/11 2208/7 2209/8
2209/22 2210/7
loggers [4] 2192/4 2192/8 2192/20
2208/24
logging [3] 2192/24 2198/15 2210/10
logistics [1] 2273/18
logs [6] 2233/11 2233/12 2233/16
2233/17 2243/16 2243/16
long [12] 2190/6 2221/1 2221/14
2221/17 2230/25 2265/8 2265/12
2279/12 2295/15 2304/12 2333/1
2333/11
longer [11] 2201/7 2266/24 2266/24
2267/8 2267/13 2267/21 2268/5 2268/7
2268/9 2309/14 2327/12
look [55] 2180/18 2187/10 2187/7
2189/1 2194/17 2195/13 2197/20
2198/17 2199/6 2199/16 2201/19

2203/7 2207/3 2207/6 2207/8 2210/2
2210/15 2211/10 2215/6 2216/20
2219/10 2228/10 2228/12 2228/14
2229/15 2235/20 2246/5 2255/15
2261/7 2261/17 2268/21 2270/13
2274/3 2291/12 2291/22 2296/1 2296/1
2314/21 2331/2 2331/4 2340/19
2341/16 2343/5 2354/5 2357/24
2358/22 2359/10 2359/13 2363/1
2363/4 2364/20 2366/10 2370/4
2382/23 2386/9
looked [31] 2198/13 2198/14 2207/11
2207/14 2207/18 2210/17 2218/7
2222/10 2235/9 2235/10 2244/21
2268/18 2268/19 2269/1 2269/1 2269/3
2269/4 2301/16 2301/25 2305/19
2307/18 2320/4 2320/6 2321/3 2321/10
2325/2 2337/12 2340/23 2341/21
2368/15 2368/19
looking [17] 2177/2 2198/7 2229/7
2229/8 2234/17 2250/11 2251/16
2264/2 2264/2 2264/6 2267/15 2299/3
2308/19 2308/21 2324/25 2331/3
2339/11
looks [2] 2296/7 2362/23
loop [1] 2211/6
Los [1] 2169/14
lose [1] 2315/25
losing [1] 2315/10
loss [13] 2174/10 2187/16 2187/16
2187/19 2263/18 2263/21 2264/7
2317/16 2365/18 2370/1 2370/6 2370/6
2370/9
lost [2] 2268/25 2298/18
lot [28] 2183/22 2187/15 2206/9
2221/13 2230/7 2231/24 2233/10
2240/6 2257/5 2258/17 2261/2 2263/9
2269/7 2275/13 2280/22 2282/1 2282/2
2304/11 2309/5 2310/24 2314/24
2316/12 2318/16 2320/1 2320/20
2344/13 2362/8 2377/5
lots [3] 2184/10 2221/14 2221/16
LOUISIANA [26] 2165/2 2165/6 2165/21
2165/24 2166/7 2166/13 2166/20
2166/23 2167/4 2167/10 2168/11
2168/12 2168/13 2168/15 2168/17
2168/20 2169/7 2169/18 2169/24
2170/16 2170/19 2343/18 2351/8
2351/11 2374/1 2389/5
love [2] 2280/8 2280/14
low [22] 2255/24 2255/24 2257/23
2316/9 2316/15 2316/16 2316/19
2318/12 2318/14 2318/18 2318/25
2319/7 2319/8 2319/10 2350/11
2350/14 2376/19 2382/11 2382/16
2384/6 2384/7 2384/9
lower [6] 2189/3 2311/13 2312/11
2313/4 2375/24 2376/1
lowers [2] 2310/5 2310/6
lucky [1] 2313/6
LUIS [1] 2169/13
LUTHER [1] 2168/8
luxury [1] 2189/19

**M**

M-I [1] 2170/14
M-I SWACO [1] 2224/20
machine [1] 2202/7
Macondo [86] 2174/1 2181/16 2181/19
2182/1 2192/9 2217/25 2218/9 2234/3
2234/4 2234/11 2234/21 2235/4
2235/14 2240/20 2242/2 2242/4
2244/16 2245/3 2250/18 2250/25

Macondo... [66]  2252/6 2254/10
2254/18 2254/23 2256/9 2258/20
2259/2 2263/23 2264/13 2268/12
2268/22 2272/10 2272/25 2273/6
2282/7 2289/9 2296/5 2296/22 2299/20
2299/23 2302/12 2302/19 2303/1
2303/18 2310/8 2315/1 2315/18
2320/19 2322/13 2325/15 2331/5
2335/16 2336/4 2336/19 2337/14
2342/1 2346/16 2349/25 2352/11
2353/3 2353/7 2353/23 2356/6 2356/20
2358/24 2361/9 2361/16 2362/21
2367/16 2368/23 2369/3 2370/10
2370/14 2370/21 2371/14 2371/24
2372/1 2373/17 2380/10 2381/12
2381/23 2382/15 2386/1 2386/20
2386/23 2387/8
made [11]  2175/16 2252/17 2284/16
2285/12 2347/3 2348/18 2353/22
2363/11 2363/22 2363/23 2372/2
Magazine [1]  2167/9
magnitude [2]  2174/9 2207/22
Mahtook [1]  2169/16
mail [46]  2189/23 2219/1 2250/3 2250/9
2250/13 2250/20 2250/21 2251/7
2259/21 2261/23 2261/25 2264/5
2264/22 2270/19 2271/7 2278/12
2278/16 2279/3 2281/11 2287/13
2297/20 2297/20 2298/25 2299/17
2300/11 2305/13 2311/21 2312/1
2312/2 2312/7 2317/1 2317/5 2317/10
2317/13 2360/15 2360/18 2361/20
2361/22 2361/25 2362/3 2362/13
2362/17 2362/19 2362/23 2363/2
2363/14
mails [9]  2259/16 2261/14 2262/23
2262/24 2282/20 2297/11 2305/14
2345/9 2367/7
main [3]  2167/3 2307/7 2307/9
maintain [1]  2349/7
major [5]  2175/15 2175/20 2188/19
2234/21 2303/4
majority [4]  2178/12 2178/15 2178/19
2255/25
make [38]  2175/4 2176/15 2176/21
2185/7 2185/8 2185/13 2185/14
2200/20 2203/8 2203/12 2228/11
2236/1 2236/8 2245/6 2267/22 2273/21
2276/4 2276/14 2276/15 2276/15
2278/23 2293/23 2298/18 2307/19
2313/17 2326/5 2329/4 2329/6 2338/21
2343/7 2347/7 2360/10 2361/6 2361/13
2362/20 2366/19 2372/11 2372/14
make-do [1]  2276/15
makers [2]  2344/25 2345/11
makes [6]  2189/17 2236/1 2252/21
2326/3 2329/8 2347/5
making [5]  2266/6 2285/20 2337/2
2343/11 2363/21
MALINDA [1]  2167/24
man [3]  2190/10 2250/25 2330/5
manage [2]  2191/22 2386/19
managed [1]  2386/20
management [3]  2227/19 2279/21
2349/22
manager [6]  2214/15 2227/14 2228/7
2228/9 2232/18 2338/18
managing [1]  2386/22
manner [1]  2235/3
manual [5]  2179/14 2209/15 2338/18
2354/10 2358/11

manuals [4]  2178/23 2178/23 2178/25
2335/8
manufacture [1]  2351/12
manufactured [1]  2295/18
manufacturer [2]  2236/2 2236/3
manufacturers [2]  2301/24 2302/1
many [18]  2187/10 2189/16 2191/15
2191/15 2191/23 2191/24 2192/1
2212/11 2231/11 2231/16 2231/22
2232/5 2233/4 2269/4 2296/21 2296/24
2301/2 2306/22
March [5]  2165/7 2172/2 2259/23
2262/2 2281/21
March 15th [1]  2259/23
March 16th [1]  2262/2
margin [2]  2347/8 2347/21 2348/2
2348/2 2373/16 2373/20 2375/17
2382/13
margins [1]  2347/18
Mark [6]  2252/5 2259/22 2260/23
2261/17 2350/2 2360/19
Mark's [1]  2261/5
marked [2]  2173/6 2196/23
marketing [1]  2271/13
marry [1]  2287/3
massive [3]  2207/23 2207/24 2386/15
matches [1]  2313/15
material [5]  2236/2 2263/22 2344/13
2351/12 2378/1
material's [1]  2305/3
materials [9]  2202/15 2202/23 2221/12
2226/4 2236/6 2236/7 2245/25 2335/20
2375/6
Matt [1]  2225/17
matter [7]  2194/25 2235/2 2240/6
2269/21 2276/2 2282/2 2389/8
MATTHEW [1]  2168/23
maxed [1]  2381/8
maximize [1]  2288/4
may [7]  2225/23 2293/4 2293/20
2313/23 2370/8 2388/3 2388/4
maybe [3]  2197/13 2347/14 2356/13
MAZE [1]  2168/8
McCLELLAN [1]  2167/22
McKinney [1]  2170/5
MD [1]  2165/4
me [43]  2173/12 2180/21 2185/8
2186/18 2188/22 2189/4 2189/21
2190/6 2193/15 2194/10 2194/16
2205/4 2206/10 2213/23 2218/20
2219/15 2232/18 2232/19 2240/23
2242/20 2247/6 2258/15 2262/6
2266/17 2271/15 2271/24 2309/6
2310/21 2313/3 2321/24 2322/5 2334/1
2334/22 2336/3 2341/18 2341/22
2343/12 2347/21 2357/20 2362/1
2368/23 2373/15 2379/12
mean [16]  2174/20 2188/5 2195/20
2214/23 2238/23 2249/23 2253/25
2255/21 2257/16 2262/24 2271/15
2290/23 2307/18 2310/12 2318/20
2330/18
meaning [3]  2221/13 2344/24 2358/13
means [4]  2249/13 2313/18 2365/25
2382/19
meant [2]  2252/22 2266/11
measures [1]  2327/25
mechanical [1]  2170/24
meet [8]  2219/4 2243/21 2244/2 2274/5
2279/9 2344/10 2344/11 2360/4
meeting [5]  2185/12 2282/25 2283/12
2283/15 2284/5
meetings [1]  2191/19

meets [1]  2274/19
member [2]  2216/20 2230/12
2230/23 2230/23 2230/25 2234/16
members [2]  2350/4
memo [3]  2284/11 2349/10 2349/20
memory [2]  2185/7
men [4]  2198/7 2217/18 2220/24 2223/8
mention [2]  2387/4 2387/4
mentioned [7]  2238/8 2241/11 2246/19
2258/6 2269/12 2342/18 2345/25
merged [2]  2227/6
merger [2]  2227/10 2269/17
mess [1]  2239/14
message [1]  2263/3
met [5]  2180/4 2219/16 2243/11 2263/1
2358/21
meter [2]  2182/16 2182/17
meters [2]  2182/16 2182/21
method [1]  2373/11
methods [2]  2373/14 2373/15
metric [1]  2341/3
MEXICO [11]  2165/5 2186/21 2357/25
2358/3 2358/4 2358/5 2364/22 2364/24
2368/7 2379/17 2381/20
MGM [2]  2214/12 2214/20
MICHAEL [2]  2167/12 2169/12
MICHELLE [1]  2167/23
microphone [1]  2374/9
middle [9]  2264/1 2272/22 2285/4
2285/15 2286/4 2286/7 2293/12
2293/20 2294/1
midnight [1]  2363/23
might [14]  2192/13 2193/1 2194/1
2194/3 2197/2 2199/22 2199/23
2199/25 2239/22 2262/22 2266/8
2298/20 2299/5 2351/18
migration [1]  2367/15
MIKAL [1]  2166/15
MIKE [2]  2169/3 2172/13
miles [4]  2239/8 2239/9 2239/16
2251/12
MILLER [3]  2169/6 2344/10 2357/11
mind [4]  2253/1 2267/15 2284/12
2334/11
mine [1]  2374/4
minerals [1]  2235/24
minimal [2]  2358/17 2373/20
minimize [4]  2257/13 2257/22 2257/25
2350/11
minimum [11]  2258/24 2258/25 2260/18
2338/5 2338/11 2338/14 2366/22
2379/23 2379/24 2380/6 2380/7
minute [11]  2202/19 2225/6 2250/12
2279/8 2316/4 2363/20 2363/21
2363/22 2368/19 2370/5 2378/11
minutes [1]  2208/2
mischaracterization [1]  2222/16
misconception [1]  2248/10
misidentify [1]  2293/24
misrepresent [1]  2293/11
miss [1]  2293/24
missing [4]  2177/4 2177/14 2213/22
2277/6
misspeak [1]  2338/13
mistake [1]  2248/14
mitigate [8]  2245/8 2255/3 2281/25
2289/17 2289/18 2319/17 2337/5
2337/25
mitigating [3]  2319/21 2327/2 2327/4
mitigation [1]  2292/3
mitigations [4]  2326/23 2385/19 2385/20
2385/23
mix [12]  2241/16 2246/25 2265/14

mix... [9]  2270/4 2348/14 2348/15
2355/4 2375/12 2376/4 2376/5 2377/3
2377/4
mixability [1]  2277/18
mixed [3]  2260/10 2321/8 2365/7
mixes [1]  2377/6
mixing [1]  2348/9
mixture [4]  2240/15 2241/2 2268/6
2375/23
MMS [1]  2258/22
Mobil [3]  2227/8 2227/9 2227/10
Mobile [3]  2166/4 2226/19 2351/4
MOC [3]  2257/25 2349/10 2349/20
model [18]  2174/14 2174/23 2298/10
2298/11 2300/20 2301/4 2301/7
2301/19 2301/22 2305/16 2307/19
2307/20 2308/3 2308/16 2308/18
2355/24 2356/5 2357/1
modeling [17]  2195/11 2207/3 2207/7
2207/12 2207/15 2296/8 2296/11
2299/13 2299/19 2299/22 2299/25
2299/25 2300/6 2300/8 2300/24
2303/22 2307/24
models [7]  2298/21 2298/22 2299/1
2299/3 2299/10 2299/17 2308/7
module [1]  2296/7
modules [1]  2184/2
moment [7]  2200/15 2258/6 2259/21
2267/25 2285/10 2309/9 2311/21
Monday [1]  2225/19
money [1]  2353/5
monitor [12]  2180/22 2181/1 2182/10
2182/13 2183/6 2183/10 2183/15
2185/25 2192/9 2210/12 2211/1
2211/11
monitoring [7]  2182/5 2182/6 2186/5
2192/3 2194/1 2194/3 2200/14
Montgomery [1]  2168/10
more [51]  2185/4 2190/2 2190/18
2197/14 2218/19 2231/23 2232/5
2241/3 2244/4 2245/5 2246/18 2246/23
2247/15 2248/10 2249/2 2260/13
2260/14 2260/21 2261/18 2266/21
2268/5 2268/7 2276/13 2277/1 2280/24
2286/14 2291/5 2292/7 2298/13
2299/16 2304/3 2309/18 2316/19
2316/19 2318/17 2318/20 2318/21
2322/7 2322/21 2328/23 2329/14
2353/18 2353/18 2362/9 2379/14
2381/23 2382/2 2382/3 2382/4 2382/7
2387/10
Morel [36]  2218/4 2229/1 2250/14
2250/16 2259/22 2261/15 2261/25
2262/5 2262/16 2263/1 2263/2 2264/4
2264/5 2264/22 2265/21 2265/24
2266/11 2269/8 2269/9 2278/16
2278/21 2279/5 2281/11 2281/22
2297/25 2311/19 2311/21 2312/3
2312/5 2345/13 2359/2 2360/15
2361/22 2362/17 2363/2 2363/9
Morel's [2]  2269/1 2360/18
Morgan [1]  2170/14
morning [2]  2385/9 2387/12
Morten [1]  2207/9
most [11]  2182/5 2199/4 2227/23
2229/13 2246/16 2264/7 2281/17
2283/13 2329/13 2342/6 2365/8
Mother [1]  2360/2
motion [2]  2225/18 2233/20
move [23]  2238/8 2242/1 2259/12
2259/13 2261/10 2269/23 2272/12

2279/2 2285/4 2285/12 2285/18 2287/6
2312/21 2320/22 2320/25 2324/4
2344/23 2345/21 2379/14
moved [5]  2227/8 2227/10 2261/3
2312/24 2312/25
movement [2]  2268/9 2292/9
moves [1]  2293/22
moving [5]  2195/13 2236/15 2291/2
2318/6 2357/18
Mr [6]  2263/11 2294/19 2360/9 2384/24
2387/23 2387/24
Mr. [195]  2172/7 2172/11 2176/20
2177/11 2184/21 2185/10 2189/8
2218/23 2224/22 2225/4 2226/2 2226/3
2226/10 2227/2 2229/1 2229/24
2233/19 2234/2 2238/8 2247/19
2247/25 2250/7 2250/16 2250/16
2251/7 2251/20 2252/4 2252/5 2252/10
2252/22 2252/25 2253/25 2254/10
2256/5 2256/6 2256/14 2257/7 2259/11
2260/2 2260/3 2260/15 2261/1 2261/7
2261/15 2261/15 2261/25 2261/25
2262/5 2262/16 2263/1 2263/2 2263/7
2264/5 2264/16 2264/17 2264/22
2264/22 2264/23 2264/23 2265/6
2265/21 2265/21 2265/24 2266/11
2266/13 2267/25 2269/1 2269/9
2270/17 2274/8 2275/5 2275/15
2278/10 2278/16 2278/16 2278/21
2278/21 2279/5 2281/11 2281/11
2281/20 2281/25 2282/6 2282/11
2283/25 2284/2 2284/6 2284/15
2284/22 2287/11 2287/13 2290/23
2295/23 2297/15 2297/23 2297/25
2297/25 2297/25 2298/1 2298/3 2298/4
2298/7 2298/7 2299/7 2299/13 2300/17
2302/22 2305/21 2307/12 2308/16
2309/11 2312/2 2312/3 2312/5 2316/24
2317/2 2317/6 2317/6 2317/13 2317/15
2317/23 2317/25 2321/22 2325/16
2327/15 2330/3 2330/4 2330/10
2330/16 2330/20 2332/20 2333/4
2333/11 2333/15 2333/21 2333/24
2334/6 2335/3 2335/10 2336/10 2337/1
2344/8 2344/13 2344/18 2344/20
2345/9 2345/11 2345/13 2345/15
2345/17 2345/19 2346/7 2347/11
2348/4 2349/10 2349/14 2349/18
2351/3 2351/20 2352/5 2354/3 2355/14
2355/22 2355/23 2356/14 2356/21
2357/11 2358/19 2359/2 2359/2 2359/2
2359/2 2359/5 2359/21 2360/1 2360/6
2360/18 2361/7 2361/22 2361/22
2361/23 2362/14 2362/17 2362/18
2366/24 2372/6 2372/21 2373/5 2374/5
2374/18 2374/24 2375/20 2379/15
2387/13 2388/2
Mr. Benge [62]  2226/2 2226/10 2227/2
2229/24 2233/19 2234/2 2238/8
2247/19 2250/7 2251/7 2252/4 2252/10
2253/25 2259/11 2263/7 2264/16
2266/13 2267/25 2270/17 2274/8
2275/5 2278/10 2282/11 2284/22
2287/11 2290/23 2295/23 2297/15
2299/7 2299/13 2305/21 2307/12
2308/16 2309/11 2316/24 2317/13
2327/15 2332/20 2333/4 2344/8
2344/13 2344/20 2346/7 2347/11
2348/4 2349/14 2349/18 2351/3
2352/5 2355/22 2356/14 2356/21
2358/19 2359/5 2359/21 2360/1 2360/6
2361/7 2362/14 2366/24 2374/24

2387/13
Mr. Bly [1]  2374/18
Mr. Bly's [1]  2374/5
Mr. Brett [1]  2345/17
Mr. Brock [2]  2172/7 2355/14
Mr. Calvert [5]  2330/3 2330/4 2330/10
2330/16 2330/20
Mr. Cernich [7]  2344/18 2345/9 2349/10
2351/3 2354/3 2373/5 2379/15
Mr. Cernich's [2]  2355/23 2375/20
Mr. Clawson [1]  2312/2
Mr. Cocales [5]  2250/16 2251/20
2264/23 2297/25 2359/2
Mr. Corser [2]  2256/6 2317/6
Mr. Cunningham [10]  2261/1 2281/11
2281/20 2281/25 2282/6 2283/25
2284/2 2284/6 2284/15 2287/13
Mr. Davis [1]  2388/2
Mr. Ezell [2]  2185/10 2189/8
Mr. Ezell's [1]  2184/21
Mr. Faul [3]  2333/11 2333/15 2333/21
Mr. Gagliano [13]  2260/2 2260/3
2260/15 2264/17 2265/6 2265/21
2333/24 2334/6 2335/3 2335/10 2337/1
2361/23 2372/6
Mr. Gagliano's [2]  2261/7 2336/10
Mr. Glen [1]  2225/4
Mr. Godwin [1]  2372/21
Mr. Greg [1]  2345/15
Mr. Guide [3]  2298/3 2298/7 2359/2
Mr. Guide's [1]  2298/4
Mr. Hafle [12]  2252/22 2254/10 2261/15
2261/25 2264/22 2278/16 2278/21
2297/25 2345/11 2359/2 2361/22
2362/18
Mr. Hafle's [2]  2252/25 2256/5
Mr. Heenan [1]  2172/11
Mr. Hibbert [1]  2247/25
Mr. John [1]  2345/19
Mr. Kellingray [4]  2275/15 2317/2
2317/15 2317/25
Mr. Kellingray's [1]  2317/23
Mr. Mark [1]  2252/5
Mr. Miller [1]  2357/11
Mr. Morel [25]  2229/1 2250/16 2261/15
2261/25 2262/5 2262/16 2263/1 2263/2
2264/5 2264/22 2265/21 2265/24
2266/11 2269/9 2278/16 2278/21
2279/5 2281/11 2297/25 2312/3 2312/5
2345/13 2359/2 2361/22 2362/17
Mr. Morel's [2]  2269/1 2360/18
Mr. Regan [1]  2218/23
Mr. Underhill [3]  2176/20 2177/11
2224/22
Mr. Walz [5]  2264/23 2297/23 2298/1
2298/7 2300/17
Mr. Winters [1]  2317/6
much [18]  2206/1 2224/16 2233/2
2236/6 2244/3 2258/15 2259/17 2260/9
2265/2 2294/5 2301/20 2302/6 2304/8
2308/3 2311/13 2313/11 2337/5 2382/5
mud [61]  2178/4 2183/15 2192/4 2192/8
2192/20 2192/23 2192/24 2193/6
2193/24 2194/12 2195/22 2196/8
2196/9 2198/14 2200/11 2208/7
2208/24 2209/8 2209/22 2210/7
2210/10 2220/17 2237/11 2248/12
2255/19 2259/19 2260/8 2260/8 2260/8
2260/20 2261/19 2262/18 2280/4
2280/9 2280/16 2280/21 2281/2
2281/15 2281/17 2281/23 2282/23

# M

mud... [20] 2286/17 2288/16 2288/18
2288/18 2288/23 2289/8 2291/9 2305/1
2314/13 2314/13 2314/16 2314/19
2314/22 2337/9 2337/14 2337/17
2337/24 2375/6 2375/8 2377/10
multiple [2] 2279/7 2284/12
Munger [1] 2169/12
must [5] 2365/11 2366/7 2367/13
2367/21 2368/3
my [54] 2172/13 2178/24 2180/3
2182/11 2206/11 2211/23 2212/19
2218/23 2225/15 2226/13 2228/23
2231/17 2235/3 2238/21 2245/21
2245/22 2264/10 2268/25 2269/14
2273/19 2274/22 2276/16 2276/19
2278/1 2292/5 2295/3 2302/20 2306/10
2311/2 2321/20 2321/24 2322/22
2323/2 2324/22 2325/22 2326/21
2328/21 2330/7 2337/7 2339/4 2340/4
2341/6 2342/3 2351/19 2358/15 2362/5
2373/7 2376/24 2378/19 2380/20
2381/8 2381/25 2388/15 2389/6
myself [3] 2207/7 2332/16 2341/6

# N

Na [1] 2382/4
name [3] 2172/13 2225/13 2225/15
name's [1] 2273/11
names [2] 2184/10 2342/23
narrow [1] 2290/9
NATHANIEL [1] 2167/19
National [1] 2234/16
Natural [1] 2167/16
nature [1] 2180/3
Nature's [1] 2360/2
nearing [1] 2320/22
necessarily [1] 2249/7
need [24] 2172/14 2173/9 2185/22
2193/23 2201/9 2206/8 2228/13
2228/20 2258/15 2260/13 2260/18
2260/21 2261/18 2262/11 2262/12
2266/4 2276/13 2279/5 2308/16
2308/18 2332/13 2338/21 2361/5
2383/20
needed [8] 2175/4 2200/5 2228/11
2300/19 2341/13 2349/7 2384/9
2384/10
needs [2] 2177/25 2279/10
negative [51] 2177/18 2184/19 2211/15
2211/17 2212/1 2212/4 2212/9 2212/12
2212/14 2212/18 2213/1 2213/10
2213/14 2213/17 2213/20 2213/25
2214/4 2214/22 2214/24 2215/5
2215/12 2215/16 2217/2 2217/11
2217/24 2218/8 2218/16 2218/18
2219/17 2219/19 2222/4 2222/22
2223/5 2223/21 2224/5 2224/7 2224/8
2244/14 2323/17 2323/21 2323/22
2323/24 2324/5 2324/11 2324/14
2324/20 2324/23 2329/22 2330/16
2332/2 2385/16
NETL [1] 2234/16
never [13] 2240/12 2251/14 2271/14
2312/11 2331/3 2343/7 2343/11
2355/23 2359/23 2360/2 2367/11
2370/16 2383/4
new [19] 2165/6 2165/24 2166/7
2166/13 2167/10 2168/17 2168/20
2169/7 2169/24 2170/19 2227/8 2230/2
2232/17 2279/13 2283/9 2347/14
2351/5 2352/23 2352/25

next [41] 2202/4 2204/21 2225/2 2237/4
2245/10 2246/1 2257/23 2257/23
2261/11 2270/2 2270/25 2271/8 2272/6
2274/13 2276/7 2278/11 2279/2 2279/5
2280/3 2282/14 2283/11 2284/21
2287/23 2289/24 2303/5 2306/8
2308/23 2314/4 2316/6 2317/9 2318/23
2319/12 2325/8 2331/14 2344/5 2357/9
2387/19 2388/3 2388/4 2388/4 2388/11
nice [8] 2238/16 2285/20 2291/24
2344/10 2344/11 2365/23 2374/22
2375/3
nifty [2] 2373/5 2373/6
night [6] 2184/4 2210/21 2364/16
2378/6 2385/8 2386/15
nine [5] 2254/24 2310/10 2319/15
2371/20 2371/22
Ninth [1] 2166/22
nitrogen [22] 2240/16 2266/1 2266/8
2266/15 2268/1 2272/17 2281/12
2281/18 2317/19 2318/3 2318/7
2318/10 2318/11 2348/7 2348/13
2348/18 2349/4 2353/11 2353/14
2354/24 2355/5 2355/14
nitrogen's [1] 2348/16
no [149] 2173/4 2175/9 2175/15 2176/9
2177/5 2181/15 2181/17 2181/17
2182/12 2182/14 2186/20 2187/20
2188/7 2189/20 2191/18 2194/15
2195/11 2195/12 2198/5 2202/20
2205/24 2208/3 2208/4 2210/24
2211/12 2211/25 2212/3 2212/6
2212/17 2216/24 2217/7 2221/22
2222/23 2223/15 2224/18 2224/21
2224/23 2234/14 2238/11 2238/13
2242/16 2242/23 2244/10 2247/16
2251/9 2252/1 2255/5 2255/8 2256/8
2256/11 2257/9 2269/22 2271/19
2277/11 2277/19 2277/19 2277/20
2278/1 2279/13 2280/22 2284/6
2285/22 2285/24 2288/18 2289/14
2293/12 2293/12 2294/11 2296/25
2299/14 2301/6 2301/10 2303/20
2307/3 2307/13 2307/23 2307/24
2307/25 2308/3 2309/14 2311/2 2311/4
2312/10 2314/3 2314/3 2315/2 2315/7
2315/19 2316/1 2317/16 2321/8 2323/6
2333/23 2333/25 2334/7 2334/17
2334/18 2334/21 2335/7 2335/9 2335/9
2338/4 2338/18 2341/16 2342/3 2342/4
2342/5 2342/17 2343/3 2343/15
2343/17 2343/19 2347/12 2347/12
2352/2 2352/3 2352/20 2353/8 2354/2
2363/17 2364/4 2364/6 2364/7 2364/8
2364/17 2367/10 2370/11 2370/15
2370/17 2370/22 2371/3 2371/7
2371/10 2372/13 2375/5 2376/7
2380/11 2380/18 2380/20 2380/25
2381/4 2384/12 2384/14 2386/8
2386/14 2386/21 2387/6 2387/9
2387/10
nobody [2] 2292/11 2342/12
non [3] 2211/6 2282/4 2289/23
non-closed [1] 2211/6
non-flowing [1] 2289/23
non-foamed [1] 2282/4
none [4] 2277/3 2333/23 2333/24
2342/23
NONJURY [1] 2165/14
Norfolk [1] 2169/20
normal [2] 2240/23 2341/3
normally [2] 2270/11 2355/2
North [1] 2168/12

not [239]
2202/24 2203/2 2203/6 2203/8
2203/13 2218/4 2218/7 2218/13
2225/18 2258/1 2267/14 2284/5 2336/6
2338/10 2340/24
noted [7] 2177/3 2249/25 2299/15
2338/2 2339/4 2340/9 2352/16
notes [9] 2217/4 2235/10 2252/5 2252/9
2253/1 2282/12 2282/17 2284/7
2284/15
nothing [10] 2202/23 2209/9 2211/10
2256/23 2299/2 2323/16 2323/16
2342/12 2342/12 2358/6
notice [3] 2193/1 2200/21 2333/4
noticeable [1] 2197/15
noticed [4] 2193/12 2200/12 2200/18
2229/1
notification [1] 2208/17
noting [2] 2260/15 2299/16
notion [1] 2354/3
November [1] 2334/3
November 17th [1] 2334/3
now [59] 2173/18 2174/18 2175/2
2179/18 2180/13 2181/9 2182/4 2183/2
2185/20 2187/1 2187/15 2188/18
2192/2 2194/5 2195/13 2195/13
2196/20 2197/20 2198/13 2199/3
2199/21 2202/4 2203/3 2206/8 2209/3
2209/4 2211/22 2213/20 2215/15
2217/24 2219/19 2220/11 2220/23
2221/12 2230/11 2232/22 2236/21
2237/19 2237/24 2242/2 2243/2
2256/17 2259/18 2260/12 2260/23
2262/3 2269/3 2269/17 2308/4 2313/6
2320/24 2322/12 2327/7 2331/16
2331/24 2334/20 2358/23 2360/8
2372/17
now's [1] 2364/3
number [26] 2174/5 2188/19 2188/20
2229/8 2229/8 2230/18 2231/1 2233/12
2236/23 2243/15 2243/25 2248/1
2249/24 2250/3 2265/4 2269/16
2296/12 2300/9 2313/2 2319/18
2329/17 2330/6 2340/25 2357/12
2378/13 2384/21
numbered [1] 2389/8
numbers [1] 2251/18
numerous [2] 2223/17 2354/21
NW [1] 2169/3

# O

O'Keefe [1] 2165/23
O'ROURKE [1] 2167/17
object [7] 2221/21 2222/15 2284/3
2299/4 2308/1 2377/16 2378/3
objected [1] 2378/7
objection [8] 2221/24 2252/24 2266/10
2266/16 2284/19 2298/21 2362/4
2362/5
objections [1] 2226/6
objective [3] 2256/17 2256/20 2258/3
objectives [18] 2233/13 2243/9 2243/10
2243/11 2244/2 2245/18 2256/9
2256/10 2256/16 2258/1 2269/23
2269/24 2273/24 2273/25 2296/1
2345/24 2364/2 2360/5
obligated [3] 2193/10 2372/10 2372/18
obligation [2] 2193/14 2357/20
observations [2] 2175/12 2176/16
observe [5] 2255/3 2259/1 2259/4
2320/18 2320/20
observed [5] 2199/1 2208/24 2223/18
2223/20 2259/5

obtained [1]  2189/23
obvious [3]  2198/19 2201/5 2201/6
obviously [2]  2211/9 2224/6
Occasionally [1]  2212/15
occur [4]  2192/13 2298/19 2326/10
 2376/23
occurred [2]  2204/11 2342/4
occurring [1]  2197/18
occurs [4]  2187/9 2187/10 2281/18
 2326/1
odd [1]  2311/10
off [28]  2186/4 2203/3 2203/9 2203/13
 2203/19 2205/6 2205/11 2206/15
 2206/18 2206/21 2206/23 2206/25
 2223/24 2236/18 2236/19 2236/20
 2253/23 2260/1 2262/13 2263/8 2267/2
 2268/25 2272/17 2286/1 2292/9
 2315/14 2379/15 2380/20
offer [2]  2226/1 2314/1
office [8]  2165/20 2167/19 2167/25
 2168/13 2169/17 2187/8 2216/11
 2300/18
Official [3]  2170/18 2389/3 2389/12
officials [1]  2178/3
offshore [12]  2169/6 2169/9 2169/12
 2169/16 2169/20 2181/10 2226/16
 2226/19 2233/1 2233/2 2348/11
 2351/12
often [1]  2303/11
oh [14]  2240/12 2248/18 2251/9
 2269/13 2304/17 2308/14 2314/3
 2333/12 2337/15 2346/11 2347/23
 2362/4 2375/5 2381/7
oil [60]  2165/4 2165/4 2192/7 2215/4
 2218/13 2219/1 2226/13 2226/24
 2227/8 2227/9 2228/16 2230/11 2231/7
 2233/19 2235/18 2235/22 2235/23
 2236/4 2236/5 2236/9 2237/13 2237/13
 2237/18 2237/23 2238/7 2249/11
 2255/19 2257/22 2266/14 2280/4
 2280/8 2280/9 2280/14 2280/16
 2280/21 2280/23 2281/15 2281/16
 2281/23 2282/23 2291/3 2300/13
 2337/9 2337/14 2337/17 2337/24
 2350/13 2373/23 2375/8 2375/12
 2375/13 2375/19 2375/21 2375/23
 2376/4 2376/8 2376/10 2376/25 2377/1
 2377/6
oil field [1]  2266/14
oil-based [11]  2255/19 2280/4 2280/9
 2280/16 2280/21 2280/23 2281/15
 2337/9 2337/14 2337/17 2337/24
oilfield [4]  2219/5 2232/12 2304/24
 2330/20
OIM [1]  2190/5
okay [73]  2173/5 2175/18 2175/24
 2176/1 2180/10 2183/24 2185/19
 2188/21 2189/7 2194/20 2195/13
 2196/21 2196/22 2197/1 2198/4 2198/5
 2205/14 2207/14 2209/21 2211/15
 2214/7 2217/17 2218/20 2253/2
 2263/13 2267/23 2270/13 2270/19
 2282/13 2283/20 2284/19 2287/13
 2290/2 2294/22 2295/21 2298/7 2300/6
 2302/4 2304/9 2308/12 2311/20
 2312/21 2314/4 2317/9 2320/8 2332/12
 2332/13 2332/15 2333/2 2340/9
 2343/23 2345/21 2346/20 2357/14
 2357/21 2361/9 2361/23 2362/15
 2363/5 2365/11 2366/3 2368/9 2371/2
 2371/4 2373/2 2374/8 2374/12 2375/1
old [1]  2309/7
OLGA [2]  2207/12 2207/15
Olson [1]  2169/12
on-location [1]  2235/8
on-site [1]  2186/3
once [17]  2197/23 2201/11 2211/20
 2211/21 2219/20 2220/12 2241/22
 2245/20 2246/7 2258/12 2265/14
 2273/19 2276/25 2309/13 2313/20
 2379/2 2374/23
one [122]  2172/22 2174/8 2176/15
 2176/19 2176/20 2179/18 2179/22
 2180/9 2181/9 2182/4 2182/6 2182/16
 2182/17 2183/23 2188/25 2189/2
 2189/16 2190/2 2190/3 2190/17
 2190/18 2193/6 2199/23 2200/25
 2203/8 2203/22 2204/17 2205/10
 2206/9 2207/5 2208/9 2208/11 2210/1
 2210/2 2211/19 2212/6 2213/24
 2215/18 2218/10 2220/21 2226/24
 2229/1 2230/4 2230/11 2231/4 2236/24
 2238/23 2239/11 2240/24 2240/25
 2242/11 2245/11 2250/10 2250/22
 2257/9 2257/9 2265/4 2269/8 2269/10
 2271/6 2271/25 2272/5 2272/17
 2275/14 2279/13 2284/12 2286/12
 2289/13 2292/9 2292/17 2294/15
 2295/8 2295/10 2303/14 2304/3 2311/8
 2313/2 2313/9 2313/16 2314/1 2314/11
 2315/10 2316/10 2316/13 2316/17
 2327/18 2327/18 2327/19 2328/16
 2328/23 2329/17 2331/4 2331/21
 2332/23 2335/1 2335/10 2336/22
 2339/4 2340/18 2341/12 2346/2
 2346/25 2350/4 2350/7 2354/20 2355/4
 2356/16 2357/3 2357/22 2369/5
 2369/12 2369/25 2370/7 2370/8
 2371/12 2371/19 2376/15 2377/13
 2379/14 2382/8 2382/15 2383/19
 2387/2
One's [1]  2244/22
one-week [2]  2229/1 2269/10
ones [6]  2175/7 2191/25 2193/1 2253/7
 2253/10 2295/18
ongoing [1]  2364/11
only [16]  2199/24 2224/10 2252/15
 2254/14 2256/17 2256/20 2257/1
 2272/16 2304/6 2304/7 2304/12 2331/4
 2339/18 2356/16 2370/23 2387/1
onshore [4]  2216/5 2216/11 2233/1
 2233/2
onus [4]  2245/5 2276/13 2277/1
 2318/17
open [3]  2211/5 2220/19 2310/2
opened [1]  2309/23
operating [3]  2245/21 2274/1 2306/17
operation [9]  2184/13 2191/10 2193/19
 2193/21 2202/6 2214/1 2244/24 2318/1
 2327/1
Operationally [1]  2313/9
operations [29]  2182/5 2186/1 2186/11
 2186/19 2187/9 2192/9 2209/6 2210/21
 2214/5 2216/15 2227/13 2228/15
 2232/20 2235/8 2250/25 2298/4
 2335/23 2354/10 2358/3 2358/18
 2364/23 2366/2 2367/3 2368/7
 2384/18 2385/5 2385/11 2386/10
 2386/20
operator [25]  2178/3 2178/14 2180/13
 2180/24 2181/3 2219/17 2245/14
 2245/16 2246/8 2246/9 2246/11
 2246/15 2246/17 2273/19 2273/23
 2273/24 2274/22 2312/8 2312/13 2312/25
 2344/19 2347/22 2359/8 2364/15
 2386/19
operator's [1]  2269/24
operators [6]  2178/8 2178/10 2213/13
 2219/12 2302/10 2354/20
opinion [24]  2177/16 2194/24 2195/10
 2218/25 2241/25 2242/4 2249/21
 2254/13 2256/1 2269/14 2278/1 2283/1
 2289/2 2301/16 2303/18 2308/3 2314/1
 2324/19 2324/22 2324/24 2324/25
 2330/25 2360/8 2364/13
opinions [7]  2226/4 2235/6 2248/17
 2290/16 2299/2 2308/2 2321/6
opportunities [1]  2224/11
opportunity [6]  2172/21 2172/23
 2173/10 2229/2 2229/10 2277/6
opposite [1]  2282/8
ops [2]  2218/7 2218/13
opted [1]  2352/25
OptiCem [11]  2271/19 2271/20 2296/6
 2296/8 2301/4 2301/7 2301/16 2355/24
 2356/5 2357/6 2367/18
optimization [1]  2292/3
optimize [2]  2273/19 2273/20
optimum [1]  2248/11
option [2]  2220/21 2283/1
options [2]  2190/25 2224/15
orange [1]  2373/23
order [11]  2175/4 2207/22 2257/17
 2260/6 2260/19 2262/17 2283/23
 2352/21 2384/2 2387/16 2388/4
ordering [1]  2191/20
organization [8]  2227/15 2227/25
 2228/2 2230/4 2230/16 2230/17
 2274/10 2333/13
organizations [1]  2229/25
organize [2]  2174/24
organized [2]  2188/8 2193/6
orient [1]  2196/23
original [2]  2297/2 2349/2
originally [9]  2238/22 2245/4 2245/4
 2270/5 2270/9 2276/12 2296/25
 2335/19 2383/12
Orleans [15]  2165/6 2165/24 2166/7
 2166/13 2167/10 2168/17 2168/20
 2169/7 2169/24 2170/19 2227/8 2230/2
 2232/17 2347/14 2351/5
OT [8]  2325/2 2325/6 2328/15 2328/23
 2328/25 2328/25 2341/19 2341/22
other [41]  2187/11 2190/17 2195/24
 2199/17 2199/22 2214/21 2220/7
 2223/14 2223/24 2231/14 2233/20
 2233/21 2235/24 2248/13 2256/21
 2260/9 2262/4 2280/8 2288/8 2288/12
 2292/5 2293/25 2295/8 2299/1 2299/3
 2299/3 2305/7 2307/5 2314/10 2314/15
 2318/15 2318/21 2319/9 2329/19
 2329/21 2333/13 2336/23 2381/19
 2382/11 2382/15 2386/1
others [10]  2178/5 2178/6 2189/8
 2190/20 2191/19 2217/15 2218/5
 2220/21 2270/21 2298/22
our [16]  2190/3 2190/18 2194/5 2196/21
 2237/24 2237/24 2240/16 2261/9
 2264/7 2271/16 2272/1 2279/10 2302/7
 2332/22 2342/23 2378/4
ours [1]  2276/2
out [74]  2172/16 2175/8 2179/22
 2191/21 2194/19 2196/9 2196/11
 2196/15 2203/25 2214/7 2215/24
 2223/4 2228/11 2230/21 2232/22

**Q**

out... [59]  2235/12 2235/25 2244/6
2244/9 2248/3 2256/22 2256/23 2260/8
2260/19 2261/19 2268/19 2270/4
2277/6 2278/23 2280/17 2282/15
2283/8 2285/13 2290/19 2291/24
2291/25 2292/1 2294/17 2297/17
2303/9 2304/23 2304/24 2306/23
2310/15 2313/12 2313/21 2313/22
2313/23 2313/24 2314/12 2315/11
2315/12 2315/14 2315/23 2325/17
2325/22 2334/1 2334/22 2340/24
2341/7 2344/2 2348/10 2353/17
2354/12 2356/10 2357/12 2357/23
2366/20 2367/18 2372/7 2376/11
2376/11 2376/12 2381/8
output [2]  2272/2 2327/23
outside [6]  2176/10 2239/2 2239/10
2256/23 2285/12 2309/17
Outstanding [1]  2231/6
oven [3]  2326/4 2326/4 2326/6
over [27]  2178/7 2197/4 2205/7 2221/14
2229/25 2230/10 2231/13 2231/17
2232/1 2232/25 2233/6 2251/18 2259/6
2261/3 2275/13 2286/12 2289/22
2293/16 2299/5 2310/19 2322/16
2323/20 2328/10 2368/8 2382/6
2382/16 2387/12
overall [1]  2318/17
overbalanced [1]  2220/19
overboard [3]  2202/14 2202/17 2203/11
overcome [4]  2248/16 2287/5 2289/21
2307/2
overreliance [1]  2289/16
Overrule [3]  2221/24 2266/16 2284/19
overseeing [1]  2359/3
own [11]  2178/17 2178/23 2179/7
2209/19 2223/3 2223/13 2273/20
2335/23 2372/11 2380/23 2386/23

**P**

p.m [1]  2312/3
page [66]  2171/2 2173/12 2173/15
2173/18 2173/19 2175/2 2180/19
2185/9 2185/13 2195/15 2248/4
2249/15 2252/7 2256/14 2257/7
2261/10 2261/11 2262/25 2270/25
2271/8 2271/11 2271/12 2272/6 2272/8
2272/9 2272/12 2272/22 2274/14
2274/14 2278/12 2282/14 2287/23
2287/24 2289/11 2289/13 2289/24
2290/2 2290/19 2290/21 2291/13
2292/16 2294/18 2302/22 2306/7
2306/8 2321/21 2325/8 2325/16
2325/18 2326/18 2327/20 2330/12
2330/13 2331/14 2344/16 2344/22
2357/20 2357/24 2358/9 2359/14
2365/2 2374/17 2379/17 2379/20
2384/16 2384/25
page 10 [1]  2357/24
page 24 [1]  2302/22
pages [3]  2306/9 2330/14 2355/16
Palmintier [1]  2167/2
pan [1]  2280/12
paper [2]  2226/19 2239/24
papers [4]  2212/7 2231/5 2235/12
2269/16
paragraph [3]  2199/7 2257/9 2281/13
parameters [3]  2183/16 2195/24
2208/23
Paramount [1]  2215/1
part [18]  2177/14 2188/1 2188/11

2207/5 2212/1 2227/6 2231/17 2234/9
2250/6 2266/13 2327/23 2334/12
2342/14 2349/17 2351/16 2359/7
2364/9 2382/23
partial [1]  2199/22
participate [1]  2186/12
particular [35]  2226/22 2226/23 2243/21
2250/11 2257/3 2258/21 2260/15
2264/1 2266/5 2267/4 2274/23 2275/20
2294/14 2309/24 2316/11 2316/16
2325/12 2325/23 2327/2 2329/2
2331/16 2337/1 2338/21 2339/12
2339/13 2346/24 2347/25 2348/1
2348/19 2353/25 2356/16 2357/1
2368/21 2375/12 2383/19
particularly [2]  2367/14 2382/10
parties [6]  2175/15 2175/20 2176/2
2195/11 2358/22 2372/8
parts [2]  2193/13 2244/24
pass [2]  2222/9 2369/25
passed [1]  2223/9
passes [2]  2323/24 2323/24
past [3]  2269/15 2278/22 2376/21
path [9]  2176/10 2285/25 2286/13
2286/14 2286/19 2286/21 2286/22
2306/1 2306/4
PAUL [2]  2166/6 2332/20
pause [5]  2237/11 2259/21 2285/10
2285/23
pay [3]  2252/16 2271/14 2383/25
PC [3]  2166/9 2170/7 2170/11
peer [3]  2212/7 2231/4 2231/4
peer-reviewed [2]  2212/7 2231/4
peer-reviews [1]  2231/4
pending [3]  2225/18 2226/5 2233/20
Pennsylvania [1]  2169/3
people [12]  2174/5 2176/3 2191/22
2221/14 2223/3 2262/13 2269/8
2280/11 2284/6 2284/13 2303/2
2353/18
people's [1]  2299/1
per [18]  2184/24 2195/23 2195/24
2211/19 2265/1 2265/3 2265/4 2265/5
2265/5 2268/13 2268/13 2273/4 2283/6
2298/12 2298/14 2341/4 2369/4
2378/11
percent [19]  2190/3 2190/6 2190/19
2215/11 2240/25 2240/25 2244/1
2244/1 2244/5 2267/7 2286/3 2286/3
2286/5 2286/6 2286/6 2379/9 2379/10
2381/23 2382/25
perfect [1]  2219/5
perfectly [9]  2238/10 2247/13 2251/8
2251/9 2251/17 2286/4 2293/12 2294/1
2301/11
perforate [1]  2243/6
perform [2]  2208/19 2249/3
performance [4]  2268/18 2268/21
2269/5 2293/4
performed [9]  2203/10 2221/6 2226/18
2226/23 2243/12 2299/22 2299/25
2325/13 2342/17
perhaps [2]  2299/6 2372/17
period [21]  2195/14 2196/6 2196/13
2196/24 2197/4 2197/13 2197/16
2199/8 2200/24 2202/4 2202/5 2203/3
2205/16 2205/20 2205/20 2215/21
2221/1 2221/14 2223/21 2326/5
2328/11
periods [1]  2223/17
person [3]  2186/8 2233/5 2284/12
personally [2]  2213/12 2280/25
personnel [13]  2178/2 2182/12 2183/2

2184/4 2189/13 2192/24 2192/24
2358/12 2358/12
persons [1]  2204/24
perspective [8]  2177/21 2178/17
2183/24 2185/23 2187/21 2189/1
2204/11 2323/22
pertain [1]  2340/6
pertinent [2]  2226/18 2235/9
PETITION [1]  2165/8
Petroleum [4]  2212/23 2213/3 2230/8
2230/24
phase [2]  2241/19 2255/22
PHILLIP [1]  2169/23
phone [1]  2193/11
photos [1]  2294/20
phrase [1]  2177/14
physically [4]  2187/8 2191/10 2191/18
2208/15
physics [17]  2236/11 2236/13 2244/25
2246/4 2246/19 2246/24 2247/8
2248/13 2248/16 2287/3 2287/4 2287/4
2287/5 2289/21 2300/14 2300/15
2383/6
pick [3]  2193/10 2210/11 2341/14
picked [2]  2203/24 2351/18
picture [5]  2173/16 2293/18 2295/1
2295/3 2297/3
pictures [2]  2295/5 2375/1
piece [3]  2294/16 2294/25 2295/11
Pigman [1]  2169/22
pipe [51]  2185/1 2195/25 2196/5 2196/8
2196/14 2203/4 2203/11 2205/6
2205/21 2206/15 2217/20 2220/25
2221/14 2235/15 2236/16 2237/22
2238/12 2239/3 2239/6 2239/15 2243/6
2252/14 2253/14 2285/4 2285/16
2285/25 2286/5 2286/12 2287/6
2288/23 2290/8 2290/10 2292/9
2292/11 2292/22 2293/11 2293/16
2293/25 2294/16 2295/11 2295/12
2295/19 2296/14 2297/8 2304/15
2304/19 2305/25 2307/1 2310/5
2323/10 2374/23
Pipe's [1]  2304/17
pit [3]  2182/6 2182/10 2182/13
pits [3]  2194/2 2194/3 2201/17
place [21]  2179/7 2183/17 2192/15
2205/19 2209/10 2210/21 2215/21
2216/4 2222/4 2239/5 2241/8 2243/2
2243/3 2243/4 2248/22 2254/4 2265/15
2267/22 2301/18 2308/4 2322/15
placed [11]  2237/21 2249/1 2301/8
2301/9 2301/17 2302/18 2303/16
2304/1 2304/8 2355/25 2367/14
placement [15]  2245/1 2247/8 2247/15
2248/19 2250/21 2265/7 2287/20
2288/16 2288/18 2290/11 2290/12
2292/23 2301/21 2303/17 2305/24
places [5]  2187/11 2210/6 2305/6
2305/7 2319/19
placing [2]  2236/11 2298/15
plain [1]  2180/8
plaintiffs [14]  2165/18 2165/22 2166/2
2166/5 2166/8 2166/12 2166/15
2166/18 2166/21 2167/2 2167/5 2167/8
2332/9 2332/21
plaintiffs' [1]  2387/15
plan [7]  2216/22 2252/21 2283/10
2318/5 2319/8 2388/6 2388/20
planned [3]  2296/24 2318/8 2320/24
planning [1]  2231/8
plant [4]  2236/3 2236/3 2241/14

P

plant... [1] 2351/14
plastic [5] 2238/25 2239/18 2309/25
2310/1 2344/3
plate [10] 2238/25 2239/8 2239/12
2239/15 2247/11 2247/12 2256/23
2309/17 2315/14 2373/7
plates [3] 2239/18 2303/7 2344/3
played [1] 2336/14
playing [1] 2272/1
PLC [3] 2168/20 2168/23 2169/4
please [76] 2172/5 2173/14 2173/16
2175/3 2176/24 2180/9 2188/22
2188/23 2189/21 2196/4 2196/18
2199/16 2205/4 2218/2 2218/22
2225/10 2225/13 2225/23 2226/11
2227/16 2244/19 2246/21 2248/4
2250/5 2252/2 2252/7 2252/12 2254/20
2257/8 2259/9 2261/10 2261/23
2263/14 2264/14 2270/2 2270/15
2271/1 2271/9 2272/6 2272/22 2272/22
2274/6 2274/14 2275/9 2276/7 2278/8
2279/3 2281/8 2282/9 2282/14 2284/21
2284/22 2285/7 2285/23 2286/9 2287/9
2287/17 2287/23 2289/12 2289/14
2306/8 2308/24 2308/24 2311/15
2314/5 2316/7 2316/21 2319/13
2319/20 2325/9 2325/17 2326/13
2326/18 2327/13 2331/12 2354/12
plug [28] 2219/24 2220/15 2236/18
2236/20 2237/19 2237/20 2238/1
2238/2 2238/12 2259/15 2259/15
2260/1 2263/8 2321/13 2321/13
2321/13 2321/14 2321/14 2321/15
2321/17 2322/3 2322/14 2322/16
2323/10 2323/11 2323/12 2376/16
2376/21
plugged [1] 2386/12
plugging [2] 2199/23 2310/22
plugs [4] 2238/9 2238/10 2248/23
2321/12
plus [2] 2237/3 2284/6
pockets [1] 2377/1
point [26] 2174/23 2176/19 2176/21
2189/17 2196/7 2196/7 2200/6 2200/24
2201/24 2203/8 2207/20 2211/7
2264/11 2288/21 2311/11 2313/11
2313/12 2313/19 2323/18 2325/23
2334/1 2334/22 2341/11 2343/4
2375/23 2376/18
pointing [1] 2346/11
points [1] 2206/13
policies [1] 2185/21
policy [5] 2185/5 2188/12 2188/14
2213/12 2215/16
poor [7] 2248/19 2288/15 2288/16
2289/2 2289/5 2304/24 2306/13
poorly [1] 2386/20
popped [1] 2381/9
pops [1] 2379/21
pore [8] 2245/22 2257/5 2283/12
2283/15 2283/17 2303/12 2347/18
2373/16
port [1] 2186/14
portfolio [1] 2245/25
portion [13] 2248/6 2252/9 2261/14
2264/5 2265/24 2282/19 2286/10
2317/10 2317/11 2326/20 2366/17
2366/19 2366/23
portions [1] 2282/19
position [4] 2227/24 2228/6 2261/3
2310/2

positive [7] 2244/14 2313/6 2313/23
2323/22 2336/3 2337/23 2385/1
possibility [2] 2307/7 2377/3
possible [7] 2188/2 2199/18 2219/6
2265/2 2385/19 2385/20 2385/23
post [8] 2165/20 2167/19 2167/25
2168/13 2169/17 2341/19 2342/15
2343/9
post-accident [3] 2341/19 2342/15
2343/9
potential [5] 2192/25 2296/4 2340/3
2340/4 2357/8
potentially [2] 2184/14 2193/1
pound [1] 2283/6
pounds [5] 2195/23 2195/24 2298/12
2298/14 2341/4
powder [1] 2351/16
powerful [1] 2267/9
Poydras [4] 2166/6 2168/19 2169/6
2170/19
ppg [7] 2317/18 2349/1 2349/4 2351/1
2353/21 2375/17 2375/20
practical [1] 2350/11
practice [22] 2192/7 2218/14 2218/17
2219/2 2219/5 2219/7 2275/7 2315/3
2359/7 2359/17 2368/18 2369/1
2369/22 2370/2 2370/19 2371/5
2379/13 2379/16 2380/2 2380/3
2384/17 2385/1
practices [27] 2228/1 2250/1 2260/17
2260/18 2288/4 2288/9 2288/11
2319/22 2319/23 2319/24 2320/1
2320/4 2320/7 2320/9 2320/10 2320/11
2320/18 2320/20 2358/2 2364/23
2369/9 2370/25 2371/24 2372/11
2377/12 2379/3 2380/23
pre [12] 2255/23 2294/25 2295/17
2314/7 2314/8 2314/11 2314/15
2314/24 2315/24 2319/22 2377/10
2378/2
pre-cement [1] 2378/2
pre-installed [2] 2294/25 2295/17
pre-job [9] 2255/23 2314/7 2314/8
2314/11 2314/15 2314/24 2315/24
2319/22 2377/10
preassembled [1] 2294/17
precisely [2] 2198/7 2198/17
predictable [1] 2359/24
prefer [3] 2208/9 2265/25 2266/6
preferential [3] 2285/24 2286/13
2286/14
preflusher [1] 2259/19
preheat [1] 2351/16
premix [6] 2348/12 2348/14 2351/12
2354/4 2354/24 2355/11
premixed [1] 2348/9
premixes [1] 2351/11
preparation [1] 2288/24
prepared [7] 2260/7 2274/22 2277/2
2279/20 2320/14 2334/4 2381/2
preparing [1] 2333/22
present [4] 2183/9 2216/12 2222/12
2242/11
presentation [2] 2231/10 2291/11
presented [1] 2361/25
presents [1] 2281/15
president [1] 2230/4
press [1] 2251/11
pressure [90] 2195/25 2196/5 2196/10
2196/14 2199/3 2199/14 2199/18
2203/5 2203/12 2203/19 2205/6
2205/21 2205/24 2206/3 2206/4 2206/5
2206/14 2206/15 2206/18 2206/24

2206/25 2211/15 2211/17 2212/5
2212/9 2212/18 2213/13 2213/17
2218/16 2219/17 2219/19 2220/25
2221/14 2222/6 2222/14 2222/23
2223/22 2223/23 2233/11 2243/2
2243/3 2243/5 2243/6 2243/15 2245/23
2257/5 2257/19 2267/19 2283/13
2283/15 2283/18 2310/6 2310/6
2310/11 2311/13 2313/4 2313/7
2322/19 2322/19 2322/20 2323/7
2323/9 2323/9 2323/10 2323/17
2323/18 2323/21 2323/22 2323/24
2324/6 2324/11 2324/14 2324/21
2326/24 2328/25 2329/5 2329/9
2329/10 2329/11 2329/14 2329/23
2330/16 2331/19 2331/19 2332/1
2347/25 2378/16 2385/14 2385/16
pressures [6] 2296/14 2298/16 2303/12
2311/13 2312/11 2313/25
presumably [2] 2174/10 2202/3
presume [1] 2187/3
pretty [20] 2185/22 2207/24 2233/2
2238/11 2238/13 2273/11 2283/7
2295/6 2302/6 2304/8 2304/17 2313/3
2313/9 2333/12 2349/16 2353/19
2358/18 2376/19 2377/4 2377/4
prevent [2] 2236/15 2263/21
prevents [1] 2309/12
previous [1] 2364/9
primarily [2] 2190/21 2190/23
primary [11] 2185/25 2186/2 2186/5
2186/7 2186/8 2186/22 2186/24
2191/17 2259/13 2288/15 2346/3
principles [2] 2189/25 2290/3
print [1] 2212/5
printed [1] 2299/17
printout [2] 2271/21 2271/22
prior [28] 2197/14 2203/10 2212/5
2212/9 2212/18 2213/13 2213/17
2255/17 2255/21 2255/22 2261/11
2277/16 2277/20 2299/19 2307/25
2312/12 2314/9 2314/9 2315/19
2320/11 2325/1 2331/21 2337/5
2341/22 2356/1 2367/3 2377/13
2378/12
pristine [1] 2238/6
private [1] 2332/9
probably [8] 2187/16 2192/22 2213/23
2219/7 2219/13 2243/15 2251/21
2377/3
Probert [4] 2388/14 2388/15 2388/20
2388/21
problem [9] 2203/1 2203/2 2220/25
2221/3 2223/5 2229/16 2310/25
2356/23 2376/4
problems [7] 2192/13 2254/2 2255/22
2289/17 2309/2 2311/6 2315/19
procedure [15] 2185/17 2185/18 2212/2
2213/7 2213/16 2215/6 2216/9 2216/16
2218/8 2219/10 2219/11 2259/25
2271/16 2271/17 2386/13
Procedure A [1] 2185/17
Procedure B [1] 2185/18
procedures [3] 2215/21 2220/12
2381/20
proceed [1] 2278/5
proceeded [2] 2223/1 2279/22
proceeding [1] 2364/15
proceedings [3] 2170/24 2388/25
2389/7
process [17] 2177/22 2214/3 2214/25
2215/8 2215/10 2215/10 2240/2 2240/3
2245/13 2245/16 2254/6 2262/20

P

process... [5]  2263/18 2283/19 2310/18
2358/16 2378/5
Producers [1]  2213/3
product [2]  2264/7 2353/22
production [24]  2165/10 2168/19
2168/19 2168/22 2168/22 2169/3
2169/3 2257/12 2258/20 2259/13
2263/23 2264/8 2264/12 2264/13
2281/12 2296/22 2299/20 2299/23
2302/13 2310/9 2322/13 2346/15
2359/16 2373/20
productive [1]  2228/12
products [2]  2229/7 2264/3
professional [1]  2229/24
proffer [1]  2233/18
profiles [1]  2292/5
program [9]  2192/15 2192/17 2211/20
2211/22 2219/6 2231/1 2293/19
2293/21 2296/5
programs [7]  2192/16 2215/25 2229/9
2282/3 2294/6 2296/2 2296/2
progress [1]  2312/4
project [2]  2358/6 2358/13
prompt [1]  2187/24
proper [2]  2201/19 2212/8
properly [4]  2248/22 2249/1 2320/12
2321/8
properties [8]  2247/6 2248/12 2249/14
2258/17 2260/10 2360/4 2375/13
2377/7
property [1]  2204/25
proposal [2]  2177/4 2302/20
proposed [3]  2198/13 2198/21 2198/25
protects [1]  2237/20
protocols [1]  2230/14
proven [1]  2288/4
provide [7]  2178/18 2192/8 2236/15
2238/19 2275/23 2290/12 2290/13
provided [3]  2192/4 2268/14 2272/4
provider [2]  2245/15 2361/2
providers [2]  2275/24 2276/4
providing [1]  2180/14
provision [1]  2211/16
provisions [1]  2215/24
prudent [4]  2278/2 2312/24 2355/3
2364/14
psi [12]  2197/5 2198/20 2205/7 2206/16
2221/1 2310/20 2311/10 2322/16
2322/21 2323/8 2329/2 2384/17
public [1]  2343/2
publication [1]  2231/5
published [3]  2212/7 2338/19 2343/13
pull [17]  2176/23 2194/19 2290/19
2297/17 2325/17 2344/16 2345/22
2349/9 2349/17 2355/20 2357/21
2359/12 2360/13 2366/12 2368/10
2377/18 2384/23
pull-out [1]  2194/19
pulled [5]  2177/11 2179/22 2181/23
2285/6 2325/21
pulling [2]  2354/7 2366/12
pullouts [1]  2176/20
pulls [2]  2186/4 2293/16
pump [39]  2202/17 2223/24 2239/9
2243/5 2243/5 2246/5 2246/16 2249/11
2255/24 2257/23 2259/18 2265/8
2265/15 2265/25 2266/6 2267/19
2267/20 2288/24 2289/9 2291/7 2291/8
2310/14 2310/15 2312/16 2312/17
2313/15 2313/20 2318/25 2319/5
2319/7 2319/8 2319/10 2348/17

2350/14 2361/18 2363/15 2379/24
2380/9 2380/11
pumped [33]  2203/11 2241/22 2256/1
2256/3 2256/21 2272/10 2273/2 2273/5
2277/13 2286/11 2317/19 2321/8
2321/11 2325/14 2331/9 2342/1 2342/7
2342/9 2348/11 2348/16 2356/17
2361/16 2362/10 2370/9 2370/15
2373/12 2374/22 2376/11 2376/18
2378/11 2378/12 2385/8 2386/24
pumping [15]  2197/16 2202/22 2237/7
2237/10 2277/20 2301/18 2315/11
2318/3 2318/10 2321/4 2321/9 2322/2
2327/8 2327/9 2341/22
pumps [28]  2194/11 2194/20 2195/3
2195/20 2197/5 2201/9 2201/11 2202/6
2202/10 2202/19 2203/3 2203/9
2203/13 2203/19 2205/6 2205/10
2205/15 2205/24 2206/2 2206/13
2206/15 2206/18 2206/21 2208/2
2209/20 2209/21 2209/22 2353/17
pup [2]  2295/13 2295/14
pure [1]  2236/2
purple [3]  2237/12 2373/24 2373/25
purpose [6]  2188/1 2194/24 2270/6
2358/11 2374/20 2378/17
purposes [2]  2196/21 2374/16
push [8]  2262/13 2306/19 2306/19
2306/24 2322/8 2322/15 2322/16
2322/20
pushing [3]  2196/8 2293/13 2306/20
put [44]  2173/6 2173/14 2175/22
2196/12 2197/2 2211/20 2215/23
2222/16 2223/3 2223/6 2223/13
2228/25 2235/25 2239/4 2247/23
2248/9 2248/15 2249/9 2258/11
2263/19 2263/23 2264/9 2270/11
2279/13 2283/23 2287/6 2287/7 2291/1
2291/5 2292/6 2293/11 2303/22
2303/23 2313/13 2314/13 2326/4
2326/5 2335/20 2346/4 2351/16 2352/7
2356/4 2381/10 2388/10
puts [4]  2245/5 2276/13 2277/1 2318/17
putting [5]  2236/5 2285/3 2319/3
2319/10 2383/11

Q

qualifications [1]  2342/22
quality [3]  2254/10 2290/11 2300/9
quasi [1]  2341/2
question [26]  2175/25 2176/6 2179/15
2180/4 2180/9 2180/20 2181/6 2183/23
2185/8 2197/25 2200/4 2206/20
2211/23 2213/23 2218/25 2219/15
2221/6 2222/1 2284/4 2308/9 2318/4
2344/23 2362/1 2372/18 2372/22
2379/14
questioned [1]  2284/15
questioning [1]  2262/23
questions [22]  2172/16 2175/17 2176/3
2177/20 2187/21 2190/9 2197/21
2209/3 2209/5 2209/7 2224/18 2224/21
2229/17 2233/21 2332/10 2343/15
2343/17 2343/19 2344/15 2354/7
2355/23 2387/10
quick [5]  2277/4 2285/18 2344/23
2374/3 2382/22
quickly [12]  2172/17 2193/11 2201/4
2201/5 2201/6 2201/14 2281/14
2291/12 2326/1 2326/9 2326/9 2331/25
quite [2]  2282/8 2303/11 2324/13
quotation [1]  2177/2
quote [2]  2177/10 2379/23

quoting [1]  2260/17

R

RACHEL [2]  2167/18 2169/9
ramp [4]  2328/15 2328/17 2328/20
2328/21
ramping [4]  2327/5 2327/5 2327/7
2328/14
ran [6]  2232/15 2298/13 2299/16
2355/24 2357/7 2357/9
range [2]  2221/2 2322/21
rank [1]  2266/10
rapidly [1]  2188/2
rate [7]  2195/17 2197/5 2197/14
2197/16 2244/4 2328/22 2378/15
rates [10]  2255/24 2257/23 2288/24
2289/9 2291/8 2318/25 2319/5 2319/8
2319/10 2350/14
rather [2]  2251/2 2269/22
rating [1]  2239/20
raw [1]  2318/11
re [3]  2165/4 2165/7 2309/6
re-covering [1]  2309/6
reach [1]  2324/19
reached [3]  2207/4 2317/19 2330/17
reaction [2]  2325/24 2329/14
reactions [3]  2325/25 2326/10 2329/15
read [25]  2189/4 2197/22 2197/24
2217/4 2251/23 2252/12 2257/14
2274/20 2278/25 2279/16 2284/9
2284/17 2288/6 2288/17 2288/25
2289/19 2290/14 2292/24 2317/21
2317/23 2334/13 2341/14 2342/12
2349/16 2380/1
readers [1]  2173/22
reading [8]  2252/9 2262/25 2263/9
2298/22 2298/25 2303/25 2307/4
2336/10
readings [1]  2206/14
reads [1]  2288/15
real [9]  2277/4 2285/18 2285/19
2351/19 2353/11 2374/3 2375/4
2382/22 2383/3
realize [1]  2200/22
really [22]  2189/18 2200/4 2219/15
2220/3 2244/21 2244/24 2245/7 2247/7
2247/14 2258/4 2281/14 2304/24
2308/14 2313/4 2317/18 2336/17
2338/12 2339/9 2344/4 2369/23 2376/4
2376/5
reamer [5]  2237/1 2238/4 2303/15
2304/4 2310/23
reason [22]  2175/15 2181/15 2181/17
2182/12 2182/14 2187/2 2202/10
2207/17 2244/21 2264/9 2300/25
2315/17 2326/3 2335/7 2335/9 2342/24
2343/5 2343/8 2347/1 2347/7 2347/24
2375/11
reasons [9]  2242/10 2289/4 2289/6
2315/8 2337/9 2337/19 2346/24 2347/1
2348/1
rebuttal [1]  2172/21
recall [19]  2175/23 2175/23 2185/3
2194/10 2205/2 2210/23 2248/6
2249/19 2252/9 2268/24 2278/14
2302/4 2305/9 2335/3 2335/5 2335/22
2336/10 2338/6 2344/19
received [2]  2231/5 2271/18
recent [1]  2365/8
recess [4]  2225/6 2225/8 2387/11
2388/22
recipe [1]  2236/9
recognize [14]  2247/19 2250/7 2270/17

R

recognize... [11]  2271/3 2275/5 2287/11
2297/15 2316/24 2337/4 2338/3 2354/9
2381/6 2381/7 2383/17
recognized [4]  2188/18 2200/22
2201/25 2338/2
recommend [2]  2265/10 2314/19
recommendation [4]  2261/8 2271/25
2272/1 2274/18
recommendations [3]  2302/1 2302/5
2337/3
recommended [27]  2263/11 2271/16
2271/17 2275/6 2281/2 2283/23 2320/7
2320/9 2328/18 2328/19 2335/4
2336/11 2337/13 2358/2 2359/17
2364/23 2368/18 2369/1 2369/9
2369/22 2370/2 2370/19 2370/24
2371/5 2371/24 2379/13 2379/16
recommending [2]  2337/22 2337/23
reconstructed [1]  2203/24
record [7]  2172/15 2225/14 2225/18
2262/25 2284/10 2327/17 2389/7
recorded [1]  2170/24
recovered [2]  2175/13 2176/17
red [3]  2285/11 2285/11 2303/14
Redden [1]  2170/2
redirect [1]  2224/22
redo [1]  2206/10
reduce [2]  2257/21 2375/15
reduced [8]  2174/9 2195/17 2262/8
2288/24 2289/9 2298/14 2298/17
2349/4
reduces [2]  2296/17 2375/16
reduction [1]  2174/10
redundancy [6]  2182/23 2182/24
2183/10 2183/12 2192/12 2192/14
redundant [2]  2183/17 2344/15
refer [3]  2173/9 2325/11 2326/20
reference [2]  2204/4 2351/7
references [1]  2345/8
referred [4]  2197/8 2211/5 2325/6
2349/10
referring [7]  2175/20 2176/2 2250/9
2305/20 2312/7 2326/15 2349/19
refers [1]  2292/19
refigure [1]  2388/4
reflect [1]  2218/17
reflected [1]  2204/15
reflects [4]  2192/15 2192/18 2198/17
2218/13
refrain [1]  2309/6
refresh [1]  2194/16
REGAN [3]  2168/23 2218/23 2225/17
regard [2]  2210/23 2277/10
regarding [4]  2254/12 2301/23 2301/24
2302/2
register [2]  2346/9 2346/14
regularly [4]  2180/1 2180/6 2180/7
2180/11
regulation [2]  2181/24 2211/25
regulations [7]  2179/22 2179/25 2180/3
2180/5 2180/7 2180/11 2384/21
reject [1]  2344/25
related [6]  2220/6 2221/19 2223/21
2223/24 2224/1 2300/1
relates [1]  2347/8
relationship [3]  2245/14 2318/14
2347/21
relatively [1]  2354/19
relax [1]  2184/1
release [1]  2343/1
released [1]  2311/10

relevant [3]  2235/11 2258/19 2282/19
reliance [1]  2298/23
relied [2]  2330/24 2341/19
rely [1]  2341/24
remained [1]  2283/18
remedial [2]  2249/17 2327/1
remediate [1]  2243/22
remember [15]  2177/2 2177/8 2177/9
2177/10 2184/23 2185/2 2185/16
2207/21 2212/22 2215/23 2268/25
2269/3 2298/6 2336/13 2369/13
remove [1]  2220/8
renditions [1]  2321/24
reorient [1]  2362/15
repair [5]  2240/8 2240/8 2243/3 2243/8
2243/13
repaired [1]  2244/2
repairing [2]  2240/10 2243/1
rephrase [3]  2180/4 2193/20 2213/23
replace [1]  2260/8
replaced [1]  2195/23
replied [1]  2312/5
report [91]  2172/19 2172/22 2173/6
2173/13 2173/19 2173/23 2174/14
2174/16 2174/23 2174/24 2175/3
2175/4 2179/18 2179/23 2194/19
2196/13 2198/11 2203/25 2204/3
2207/10 2207/14 2222/17 2226/2
2226/3 2249/15 2249/19 2254/17
2255/1 2256/15 2257/8 2264/10
2276/19 2282/17 2287/24 2289/7
2290/16 2291/19 2294/19 2295/2
2295/4 2297/25 2300/1 2300/5 2302/20
2302/22 2306/7 2306/22 2307/4 2309/8
2311/2 2321/20 2321/22 2323/2
2325/17 2325/22 2326/21 2327/16
2328/21 2330/10 2330/11 2330/12
2330/14 2330/21 2331/1 2331/9
2331/14 2333/22 2334/4 2334/15
2335/22 2337/7 2339/4 2340/4 2340/14
2340/19 2340/22 2340/22 2342/3
2344/16 2345/8 2346/25 2357/6
2366/16 2366/23 2367/18 2374/5
2377/11 2381/5 2382/25 2384/16
2387/1
report's [1]  2334/2
reported [5]  2200/18 2232/18 2232/19
2336/21 2340/24
Reporter [3]  2170/18 2389/3 2389/12
reporting [1]  2341/3
reports [11]  2172/24 2173/3 2215/24
2268/18 2268/21 2271/6 2271/13
2271/19 2272/3 2340/9 2341/13
represent [4]  2219/1 2240/19 2293/17
2335/6
representation [1]  2236/25
representative [2]  2283/13 2360/3
representatives [2]  2222/5 2222/13
representing [1]  2332/20
reproduced [1]  2325/22
repurposed [1]  2270/7
requested [2]  2170/10 2372/6
require [4]  2180/24 2211/19 2283/2
2384/21
required [22]  2180/2 2187/24 2200/8
2200/17 2211/17 2211/22 2228/10
2283/5 2339/13 2353/24 2359/3
2366/11 2367/1 2368/6 2368/22
2368/25 2369/8 2370/12 2370/18
2371/4 2371/8 2372/14
requirement [3]  2180/14 2180/17
2258/23
requirements [11]  2228/13 2243/21

2274/5 2274/19 2276/5 2338/12
2338/14 2360/7 2361/2 2388/4
requires [4]  2212/1 2339/1 2364/19
2369/22
research [1]  2227/23
resolved [1]  2312/12
resource [1]  2227/24
Resources [1]  2167/16
respect [10]  2213/13 2252/25 2262/14
2262/22 2266/11 2330/5 2337/1
2339/12 2364/25 2385/24
response [2]  2355/23 2372/8
responsibilities [7]  2177/20 2191/15
2191/23 2191/24 2192/1 2274/10
2362/20
responsibility [18]  2177/6 2177/12
2185/25 2186/5 2186/7 2186/9 2186/22
2186/24 2187/7 2190/13 2190/16
2191/17 2208/5 2208/10 2269/24
2274/24 2277/10 2373/2
responsible [12]  2190/4 2190/19
2190/21 2191/20 2208/10 2208/11
2246/11 2276/20 2276/21 2358/22
2359/3 2360/10
responsible/accountable [2]  2190/4
2190/19
rest [4]  2173/20 2173/20 2304/15
2330/13
restriction [1]  2311/14
result [5]  2242/21 2242/23 2254/16
2281/18 2305/23
resulted [2]  2173/25 2326/25
results [8]  2264/18 2272/2 2279/20
2290/10 2296/13 2343/2 2343/12
2362/25
retard [1]  2265/18
retarder [9]  2264/19 2265/19 2266/18
2266/21 2268/1 2268/11 2329/7
2363/12 2386/6
retarders [1]  2266/14
retired [3]  2234/19 2248/2 2269/17
retrospect [2]  2199/20 2200/1
return [2]  2220/19 2256/21
returning [1]  2203/10
returns [9]  2187/16 2187/16 2187/19
2203/11 2256/25 2257/3 2315/11
2315/15 2315/25
reverse [2]  2309/14 2312/15
reverses [1]  2196/16
reversing [1]  2197/8
review [12]  2221/12 2232/9 2235/5
2255/3 2261/6 2277/12 2296/8 2299/19
2299/22 2366/17 2367/7 2385/4
reviewed [9]  2212/7 2231/4 2268/24
2299/8 2300/6 2325/20 2366/15
2366/17 2366/23
reviewing [2]  2248/6 2333/4
reviews [5]  2189/6 2198/3 2231/4
2246/8 2269/5
revise [1]  2340/13
reward [1]  2250/24
rheologies [1]  2292/4
rheology [3]  2277/18 2365/16 2370/12
RICHARD [1]  2169/16
rig [29]  2165/4 2178/17 2183/2 2191/15
2191/20 2191/21 2191/22 2202/6
2208/24 2209/6 2210/25 2216/6
2216/12 2216/14 2216/15 2220/25
2221/15 2223/4 2233/5 2234/22
2241/14 2270/5 2273/19 2283/8
2323/11 2331/9 2355/5 2367/1 2378/24
right [139]  2172/7 2173/23 2175/7
2177/10 2178/12 2179/15 2181/23

**R**

right... [132] 2185/7 2187/1 2187/8
2193/2 2194/5 2196/18 2197/20 2199/9
2199/24 2205/17 2206/1 2207/22
2208/11 2209/19 2211/14 2212/24
2219/21 2220/5 2224/17 2224/24
2225/2 2226/5 2236/16 2239/11 2240/4
2240/4 2240/5 2240/5 2240/7 2240/10
2241/6 2241/9 2247/11 2250/14
2250/24 2251/5 2251/13 2253/8
2253/15 2259/23 2262/1 2263/4 2263/5
2266/24 2267/12 2267/18 2269/3
2270/21 2272/14 2272/15 2272/22
2273/10 2274/13 2276/10 2278/17
2279/13 2285/25 2286/7 2286/15
2291/23 2293/20 2294/7 2295/17
2296/8 2297/21 2299/10 2303/6
2303/25 2304/4 2304/7 2308/23
2316/17 2317/11 2318/21 2320/15
2324/4 2330/22 2331/11 2332/9
2332/17 2336/2 2336/24 2337/8
2340/13 2341/17 2342/24 2343/20
2343/21 2343/22 2345/7 2346/13
2350/4 2350/23 2350/24 2351/3
2351/23 2351/24 2353/3 2357/18
2357/20 2358/7 2364/25 2365/5 2366/1
2366/5 2366/19 2367/11 2367/16
2367/24 2368/1 2369/6 2369/13
2369/20 2371/12 2374/23 2376/21
2377/18 2378/23 2381/18 2382/1
2382/20 2382/21 2383/6 2383/7 2383/8
2383/21 2383/22 2384/7 2385/2 2385/6
2387/11 2387/20
right-hand [3] 2285/25 2286/15 2376/21
rigs [3] 2226/14 2232/24 2234/23
rise [4] 2172/4 2225/7 2225/9 2388/24
riser [4] 2189/3 2189/9 2207/5 2378/21
risk [61] 2189/9 2223/3 2223/13
2245/11 2250/23 2250/24 2251/1
2251/1 2251/3 2254/15 2255/18 2256/8
2265/25 2266/5 2266/7 2270/1 2270/3
2276/10 2280/3 2280/18 2280/23
2281/1 2281/4 2281/7 2284/24 2284/25
2292/2 2300/25 2305/9 2305/15 2309/3
2309/4 2311/7 2311/8 2311/11 2313/9
2314/7 2314/10 2315/22 2316/9
2316/10 2318/17 2318/25 2319/2
2319/9 2319/25 2326/11 2326/23
2336/22 2337/20 2337/21 2338/2
2346/9 2346/14 2346/14 2346/15
2355/6 2355/7 2367/15 2382/14
2382/19
risk/reward [1] 2250/24
risks [35] 2245/8 2245/10 2245/11
2249/16 2249/24 2254/17 2254/22
2255/1 2255/4 2255/7 2255/13 2255/14
2256/1 2275/21 2289/9 2289/18
2291/15 2291/18 2291/18 2291/21
2291/22 2311/9 2313/2 2316/14
2316/17 2319/15 2319/17 2319/21
2320/2 2326/22 2336/6 2336/20
2336/22 2337/5 2337/24
risky [1] 2313/3
RMR [4] 2170/18 2389/3 2389/11
2389/11
RNG [1] 2252/14
road [1] 2352/2
ROBERT [4] 2166/3 2169/3 2268/20
2269/13
ROBERTS [2] 2169/9 2170/4
rocks [1] 2240/17
role [5] 2214/14 2228/9 2273/23

2336/14 2344/18
roles [2] 2177/20 2289/2
Ron [1] 2333/5
Ronnie [1] 2333/6
room [3] 2170/19 2257/5 2286/14
rotary [2] 2187/1 2187/8
Rouge [2] 2167/4 2168/13
roughly [1] 2363/5
rounded [1] 2379/2
routinely [1] 2302/9
Roy [2] 2165/18 2165/19
rubber [2] 2322/15 2376/15
rubbing [1] 2374/10
rules [1] 2338/22
ruling [1] 2230/13
run [64] 2185/1 2185/20 2193/9 2210/10
2232/22 2254/14 2259/17 2260/16
2261/9 2263/8 2271/23 2275/21 2277/3
2279/10 2282/3 2293/19 2295/13
2296/25 2297/9 2298/21 2298/22
2299/9 2299/13 2299/17 2301/2 2301/4
2301/7 2302/6 2302/10 2302/13
2306/22 2308/3 2313/13 2313/13
2315/1 2315/5 2315/8 2315/12 2315/12
2315/15 2315/17 2323/5 2327/11
2328/24 2331/18 2331/24 2338/17
2339/1 2339/3 2339/5 2339/14 2339/18
2356/1 2356/3 2356/13 2357/1 2357/3
2364/3 2364/4 2368/3 2370/6 2372/1
2372/12 2372/14
running [12] 2205/25 2252/14 2252/15
2279/14 2293/21 2296/23 2301/19
2301/22 2307/20 2309/22 2310/7
2361/4
rupture [1] 2237/20
Rusnak [1] 2167/5

**S**

s/Jodi [1] 2389/11
sack [4] 2265/4 2265/5 2268/13 2369/4
sacks [3] 2265/1 2265/3 2265/5
sacrifice [2] 2260/10 2306/25
safest [10] 2179/20 2180/15 2180/22
2180/25 2181/5 2181/20 2181/24
2182/2 2182/20 2183/5
safety [9] 2178/23 2178/25 2179/4
2179/6 2184/15 2185/4 2185/12
2267/22 2382/13
said [41] 2179/19 2180/19 2181/7
2181/8 2182/4 2184/25 2185/16
2190/23 2198/18 2209/12 2209/17
2217/4 2217/10 2217/13 2219/13
2222/19 2244/7 2249/6 2260/16 2264/2
2265/22 2265/24 2282/2 2288/18
2289/4 2298/24 2299/16 2310/12
2316/11 2334/19 2335/14 2341/14
2341/18 2348/7 2354/19 2355/14
2355/22 2357/7 2370/5 2378/25 2382/9
sails [1] 2186/4
same [27] 2180/8 2185/9 2185/13
2195/15 2200/14 2211/21 2213/3
2213/4 2238/4 2240/24 2251/18 2265/4
2269/10 2271/24 2272/20 2280/15
2300/8 2314/21 2325/14 2326/7
2327/17 2330/24 2331/1 2361/20
2363/1 2384/22 2388/16
sample [1] 2342/8
samples [3] 2331/9 2360/3 2367/2
San [2] 2166/17 2167/14
sands [1] 2383/25
satisfied [1] 2331/3
satisfies [1] 2180/16
satisfy [1] 2180/14

save [1] 2279/25
saw [12] 2193/8 2238/16 2255/10
2257/1 2282/8 2295/19 2321/10 2342/4
2345/8 2348/6 2351/3 2375/19
say [56] 2172/14 2173/2 2173/4
2173/25 2174/8 2175/11 2176/2
2178/12 2190/15 2192/17 2195/3
2197/11 2197/17 2198/10 2200/3
2203/23 2204/8 2208/9 2208/9 2208/11
2211/3 2215/9 2224/1 2224/4 2230/13
2231/16 2232/22 2241/5 2250/20
2252/19 2261/8 2265/21 2266/2
2269/18 2298/7 2298/25 2302/5 2302/6
2313/14 2320/9 2329/17 2330/1
2336/17 2339/18 2340/13 2340/20
2341/15 2341/18 2345/3 2348/14
2354/17 2357/18 2357/19 2378/13
2378/14 2378/15
saying [19] 2179/8 2184/23 2199/19
2202/19 2213/22 2214/8 2264/6 2265/6
2282/25 2284/7 2296/17 2298/9 2308/5
2317/25 2330/19 2336/17 2372/10
2372/13 2372/17
says [53] 2173/18 2190/17 2190/17
2195/11 2210/20 2237/3 2240/24
2248/8 2249/6 2250/10 2250/23
2250/23 2251/1 2252/14 2252/15
2261/14 2261/17 2262/10 2268/7
2271/16 2273/10 2274/18 2281/14
2283/12 2288/2 2288/21 2290/3 2290/8
2290/21 2291/23 2292/22 2293/3
2298/10 2300/10 2300/11 2326/25
2327/4 2335/24 2338/19 2354/18
2358/10 2358/11 2359/1 2362/22
2363/4 2363/8 2363/11 2364/5 2365/22
2369/18 2377/11 2384/16 2385/18
scale [7] 2198/20 2198/24 2207/22
2237/3 2238/20 2303/3 2303/8
scale's [1] 2304/11
scales [2] 2198/13 2198/18
scenario [2] 2283/13 2307/24
scenarios [1] 2271/24
schedule [4] 2327/5 2327/5 2327/7
2328/14
Schlumberger [5] 2227/7 2232/16
2261/3 2264/3 2337/17
school [3] 2228/11 2228/24 2229/1
schools [3] 2228/22 2228/23 2269/7
SCOFIELD [1] 2170/15
scope [2] 2173/23 2299/4
SCOTT [5] 2167/17 2225/23 2357/22
2373/5 2379/15
SCR [2] 2265/18 2329/6
SCR-100 [1] 2265/18
scratching [2] 2362/23 2374/11
screen [2] 2189/4 2346/6
screening [1] 2277/4
screw [1] 2295/7
screws [2] 2253/21 2285/15
SDR [1] 2273/5
se [1] 2211/19
seal [3] 2239/10 2239/11 2258/4
searched [1] 2235/12
seated [2] 2172/6 2225/10
seawater [6] 2189/3 2194/11 2195/24
2196/8 2220/4 2220/10
second [12] 2185/11 2189/4 2215/18
2215/20 2237/12 2281/13 2285/14
2288/21 2347/7 2347/24 2364/12
2379/12
seconded [1] 2263/11
Secrest [1] 2170/2

Secretary [2]  2234/9 2234/12
section [14]  2165/5 2167/16 2168/3
2188/25 2198/1 2237/9 2252/12 2279/2
2283/11 2291/15 2291/15 2292/19
2322/1 2326/16
see [113]  2174/12 2176/9 2176/13
2176/14 2177/13 2180/18 2180/20
2185/8 2187/3 2188/22 2189/1 2189/7
2189/21 2189/25 2190/10 2190/11
2190/12 2193/11 2193/15 2194/16
2194/21 2195/6 2195/8 2195/18 2196/2
2196/18 2196/25 2197/2 2197/4 2197/5
2197/9 2197/11 2197/12 2197/17
2198/22 2198/23 2198/25 2205/5
2206/12 2210/5 2211/23 2217/7 2218/4
2218/23 2219/15 2236/23 2236/24
2237/6 2237/10 2237/12 2237/18
2237/23 2239/4 2241/2 2249/9 2251/16
2255/6 2256/9 2261/21 2265/3 2272/2
2273/7 2274/4 2274/16 2275/11 2276/6
2277/1 2281/4 2281/14 2282/6 2286/12
2290/2 2290/6 2291/16 2292/19
2300/21 2303/11 2304/13 2304/22
2305/16 2307/21 2314/16 2315/17
2317/7 2328/4 2328/6 2328/9 2341/25
2342/14 2344/5 2346/7 2346/10
2349/13 2350/11 2354/14 2356/24
2358/9 2359/5 2359/19 2359/24 2360/6
2360/16 2360/19 2360/21 2361/7
2374/6 2374/24 2379/21 2381/21
2383/19 2385/20 2386/3 2388/23
2386/18
seeing [3]  2326/7 2335/3 2335/5
seek [1]  2216/10
seems [1]  2216/17
seen [20]  2183/22 2198/11 2212/11
2212/15 2213/12 2217/21 2220/24
2222/12 2250/22 2255/19 2283/16
2295/5 2305/13 2315/21 2317/13
2364/14 2370/16 2374/15 2381/3
2386/18
sees [2]  2184/13 2188/13
segment [2]  2275/6 2359/17
segment-recommended [2]  2275/6
2359/17
selected [2]  2198/18 2335/5
selecting [1]  2247/2
selection [5]  2257/22 2262/20 2263/18
2263/22 2327/3
self [1]  2273/11
send [5]  2210/5 2269/11 2278/21
2278/22 2279/21
sending [2]  2264/3 2281/21
sends [1]  2260/23
senior [7]  2227/12 2227/17 2227/18
2227/19 2227/23 2252/6 2350/5
senior-most [1]  2227/23
sense [4]  2185/22 2273/21 2347/3
2347/6
sensitive [3]  2329/9 2332/1 2341/23
sensitivity [1]  2325/3
sent [9]  2228/23 2264/17 2264/18
2264/22 2273/13 2283/8 2327/25
2353/23 2363/5
sentence [1]  2177/4
sentences [1]  2284/11
sentiment [1]  2254/9
separate [10]  2182/21 2224/4 2224/6
2238/10 2238/13 2254/24 2260/19
2261/18 2282/4 2375/4
separated [1]  2248/23
separately [1]  2183/16

separates [1]  2247/9
separating [1]  2336/23
sequencing [1]  2191/21
series [6]  2173/25 2174/4 2259/16
2305/14 2325/13 2341/1
serious [1]  2210/5
serve [2]  2234/15 2234/20
served [7]  2227/14 2227/22 2230/3
2230/18 2231/1 2234/13 2269/15
service [8]  2227/22 2245/14 2245/24
2275/24 2276/4 2353/19 2356/19
2361/2
Services [2]  2170/7 2170/12
serving [1]  2269/20
session [3]  2165/14 2172/1 2231/1
set [32]  2192/17 2218/25 2220/15
2221/4 2228/19 2229/21 2232/19
2239/8 2242/13 2242/13 2245/17
2245/17 2245/20 2266/22 2266/25
2269/24 2273/24 2277/3 2277/5
2324/20 2324/22 2326/2 2326/11
2329/6 2329/22 2330/18 2330/19
2330/25 2331/4 2332/3 2338/16
2341/20
sets [10]  2228/10 2228/11 2230/14
2325/24 2328/1 2328/5 2349/19
2366/22 2367/1 2368/4
setting [5]  2221/21 2262/12 2265/17
2329/18 2346/24
settlement [2]  2368/3 2371/8
settles [1]  2376/12
seven [5]  2357/1 2357/3 2357/5 2357/6
2371/20
several [7]  2186/17 2230/3 2232/7
2236/24 2245/8 2272/5 2314/17
severe [2]  2356/23 2357/8
shack [1]  2198/7
shall [3]  2365/7 2365/9 2365/22
shallow [4]  2178/20 2226/15 2233/2
2367/14
shared [2]  2213/20 2283/22
SHARON [1]  2167/24
Shaw [1]  2166/12
she [1]  2238/21
sheath [2]  2176/11 2239/16
sheen [1]  2203/9
Shifting [1]  2215/20
ship [1]  2241/14
shirt [1]  2374/10
shitty [1]  2252/18
shoe [15]  2176/11 2176/12 2237/1
2237/2 2238/4 2303/15 2304/5 2307/10
2310/23 2324/16 2324/17 2339/15
2339/15 2340/1 2340/3
shorter [1]  2265/23
should [29]  2189/15 2198/11 2200/18
2200/21 2201/11 2201/24 2202/20
2202/23 2202/23 2203/20 2205/24
2206/2 2215/7 2216/16 2223/18
2223/20 2224/2 2224/3 2256/1 2277/24
2300/23 2301/16 2313/16 2335/24
2335/25 2343/13 2354/23 2361/12
2364/4
shouldn't [1]  2354/24
show [8]  2188/25 2205/4 2286/11
2303/2 2319/24 2331/14 2377/21
2383/12
showed [6]  2176/21 2313/7 2324/7
2357/22 2363/16 2384/24
showing [7]  2251/19 2272/9 2285/18
2311/13 2332/2 2332/5 2332/6
shown [5]  2216/4 2304/4 2306/1
2310/22 2310/23

shows [17]  2182/25 2264/10 2300/8
2304/6 2316/12 2325/9 2325/21 2326/22
2327/10 2327/11 2328/8 2328/24
2331/21 2331/22 2332/1 2382/23
2382/24
shut [26]  2188/9 2188/13 2190/7 2190/8
2190/14 2190/16 2193/10 2201/9
2201/11 2202/6 2202/10 2202/20
2203/9 2203/19 2204/23 2206/14
2208/2 2208/13 2208/22 2208/20
2209/20 2209/21 2209/22 2220/8
2223/24 2224/13
shut-in [3]  2190/7 2190/8 2208/20
SHUTLER [1]  2167/24
SI [1]  2190/7
side [13]  2285/25 2286/1 2286/2
2286/12 2286/15 2290/9 2293/13
2293/17 2341/7 2374/21 2374/23
2376/15 2376/21
sides [1]  2304/15
sidetrack [2]  2236/17 2259/15
signal [2]  2327/25 2328/2 2328/5
significance [2]  2200/22 2217/20
significant [5]  2175/23 2203/4 2204/8
2281/16 2336/14
signifies [1]  2322/3
Simcox [5]  2170/18 2170/20 2389/3
2389/11 2389/11
similar [4]  2261/4 2274/11 2275/17
2288/9
simple [1]  2212/13
simpler [1]  2321/25
simply [2]  2262/20 2353/21
simulate [1]  2219/19
simulating [5]  2220/1 2220/3 2220/11
2220/14 2327/5
simulation [2]  2327/10 2327/11
simulator [2]  2328/18 2328/20
simultaneous [1]  2210/21
since [4]  2226/18 2230/12 2230/25
2248/2
SINCLAIR [1]  2168/9
single [1]  2172/19
singular [1]  2257/12
sinister [2]  2216/21 2216/24
sink [1]  2280/11
sir [458]
sit [2]  2173/2 2341/5
site [5]  2185/14 2186/3 2191/14 2216/5
2274/25
sitting [3]  2199/19 2199/21 2314/17
situation [6]  2220/20 2305/5 2336/12
2338/21 2356/2 2356/3
situations [2]  2192/23 2368/4
six [17]  2252/15 2254/15 2284/5
2296/23 2297/2 2298/11 2301/3 2301/5
2301/8 2301/17 2302/13 2302/15
2303/25 2355/24 2356/4 2357/9
2371/20
size [2]  2237/4 2239/15 2245/22
skill [4]  2228/10 2228/11 2228/19
2229/21
slash [1]  2340/25
slide [16]  2244/19 2246/20 2253/19
2254/20 2270/2 2276/7 2284/21
2284/22 2295/19 2308/24 2308/24
2314/4 2316/6 2318/23 2319/12
2319/20
Slidell [1]  2166/23
slightest [1]  2190/14
slightly [1]  2197/13
slipped [1]  2285/16
slots [1]  2350/7

Case 2:10-md-02179-CJB-DPC Document 13972-12 Filed 04/24/15 Page 256 of 263

slowed [4] 2194/11 2194/20 2195/4 2195/20
slower [3] 2266/21 2267/20 2267/20
slowly [1] 2326/6
slump [1] 2310/3
slurries [10] 2231/18 2231/20 2231/22 2231/25 2232/3 2232/7 2340/23 2358/23 2359/11 2367/14
slurry [74] 2232/9 2236/11 2240/20 2244/25 2246/2 2247/2 2247/7 2247/8 2247/10 2247/15 2248/10 2249/5 2249/8 2268/6 2270/13 2272/25 2273/23 2274/2 2274/4 2274/18 2276/15 2276/20 2276/22 2277/18 2279/9 2289/16 2289/17 2307/2 2317/16 2318/4 2329/6 2335/19 2338/8 2338/17 2339/11 2342/1 2342/7 2342/7 2342/7 2342/9 2343/10 2345/21 2346/21 2346/24 2347/2 2348/15 2348/15 2348/19 2349/2 2356/6 2358/24 2360/4 2360/10 2361/16 2362/21 2363/18 2364/5 2364/6 2364/7 2365/10 2366/3 2368/23 2369/5 2369/16 2370/9 2370/14 2371/2 2371/6 2371/9 2371/14 2371/24 2372/2 2373/2 2386/19
smack [1] 2286/7
small [9] 2234/25 2267/10 2285/14 2294/25 2317/17 2333/13 2350/13 2354/19 2382/14
smaller [1] 2305/6
snap [1] 2253/17
snapshot [1] 2374/21
so [250]
soap [2] 2241/6 2280/7
SOBM [3] 2255/19 2280/4 2281/15
Society [2] 2212/23 2230/24
software [1] 2170/24
solid [1] 2265/14
solids [2] 2236/10 2241/20
some [75] 2175/5 2179/22 2185/22 2187/10 2187/16 2190/25 2201/21 2209/3 2209/5 2210/14 2214/12 2215/1 2216/3 2227/2 2234/17 2235/15 2238/14 2244/7 2247/23 2250/1 2254/1 2258/11 2262/13 2263/19 2263/25 2268/8 2272/9 2276/2 2276/18 2277/6 2277/17 2280/11 2281/15 2288/8 2289/6 2296/20 2297/11 2301/23 2305/3 2305/6 2306/18 2311/14 2311/18 2315/8 2317/1 2318/9 2320/4 2320/10 2320/14 2320/15 2323/17 2324/18 2325/20 2329/10 2330/24 2331/14 2331/15 2333/16 2338/14 2344/22 2345/8 2345/8 2354/7 2361/4 2364/10 2367/11 2367/13 2373/5 2373/6 2374/19 2375/9 2381/19 2382/12 2382/13 2387/13
somebody [1] 2341/11
somehow [1] 2253/18
someone [4] 2201/16 2201/19 2210/5 2273/16
something [23] 2179/25 2180/2 2180/5 2183/12 2184/13 2187/17 2191/12 2200/18 2201/3 2212/13 2222/6 2222/19 2236/19 2248/15 2268/7 2273/7 2275/25 2313/3 2313/14 2334/1 2374/10 2384/20 2386/2
Something's [1] 2374/11
sometimes [6] 2203/21 2203/22 2242/18 2306/22 2306/25 2388/19

somewhat [1] 2215/10
sophomore [1] 2326/9
sorry [16] 2176/1 2215/9 2239/13 2253/17 2269/13 2270/20 2287/24 2289/13 2289/14 2294/22 2303/15 2320/17 2324/13 2328/25 2342/21 2359/13
sort [1] 2238/19
sorts [1] 2236/7
sound [3] 2243/25 2355/15 2374/11
sounds [2] 2240/2 2308/9
source [1] 2366/10
south [3] 2186/20 2214/18 2382/7
spacer [25] 2194/13 2220/17 2237/13 2237/19 2237/23 2238/7 2259/17 2259/18 2259/20 2260/11 2260/13 2261/18 2262/6 2262/16 2262/21 2263/7 2272/14 2272/15 2282/3 2288/24 2350/13 2350/14 2358/23 2375/6 2375/7
spacers [1] 2262/14
SPE [2] 2212/20 2230/25
speak [3] 2174/15 2175/19 2271/14
speaking [2] 2192/16 2223/23
special [1] 2276/1
specialist [3] 2248/3 2260/25 2261/7
specialists [1] 2275/14
specialty [1] 2253/6
specific [6] 2175/22 2284/11 2289/6 2338/3 2341/4 2368/4
specifically [10] 2202/13 2234/3 2250/4 2258/19 2325/21 2325/11 2332/5 2335/24 2345/6 2345/9
specifications [1] 2359/4
specified [1] 2218/18
specifies [1] 2338/25
speculation [1] 2266/11
speed [1] 2328/1
spelling [1] 2225/14
spend [3] 2282/1 2282/2 2305/19
spent [3] 2183/22 2226/13 2353/5
Sperry [13] 2182/16 2192/4 2192/8 2198/14 2200/11 2200/13 2204/6 2208/7 2208/16 2209/18 2209/22 2210/7 2210/9 2289/14
Sperry-Sun [11] 2182/16 2192/8 2198/14 2200/11 2200/13 2208/7 2208/16 2209/18 2209/22 2210/7 2210/15
SPILL [1] 2165/4
spilled [1] 2256/23
spilling [1] 2315/14
spiral [2] 2251/14 2251/14
spiraling [3] 2251/19 2304/18 2307/21
spirals [3] 2251/12 2293/15 2294/11
SPIRO [2] 2168/4
sport [2] 2193/17 2193/18
spring [14] 2285/11 2285/13 2285/17 2293/13 2293/22 2294/5 2295/8 2296/22 2297/4 2297/5 2297/7 2301/20 2302/15 2302/16
spring's [1] 2306/23
springs [4] 2293/10 2293/10 2297/8 2306/19
SPU [2] 2357/25 2364/22
square [2] 2322/2 2322/14
squeeze [7] 2242/23 2242/24 2242/25 2243/22 2250/2 2251/3 2251/5
squish [1] 2294/5
squished [1] 2301/20
SRP [8] 2275/6 2287/20 2326/12 2326/15 2326/17 2326/20 2326/22

2328/19
someone [2] 2327/23 2037/12
stability [7] 2284/25 2242/63 2249/5 2277/20 2277/22 2277/25 2278/3 2279/23 2279/25 2281/16 2339/8 2339/9 2339/14 2339/19 2366/8 2368/25 2377/7
stable [4] 2240/15 2241/2 2249/10 2268/6
stage [1] 2320/25
stand [1] 2336/23
stand-alone [1] 2336/23
standard [19] 2177/17 2182/5 2188/14 2200/8 2217/9 2217/10 2219/11 2219/13 2219/16 2240/21 2240/23 2249/8 2258/24 2258/25 2283/6 2328/13 2328/14 2338/4 2361/15
standards [4] 2227/21 2230/14 2230/15 2358/17
standing [1] 2211/25
standoff [3] 2286/3 2286/4 2290/12
standpipe [1] 2195/25
standpoint [6] 2202/16 2258/13 2335/18 2339/25 2342/6 2343/6
stands [1] 2260/1
start [17] 2173/12 2226/10 2231/12 2237/7 2237/8 2244/3 2244/6 2276/11 2277/21 2278/2 2306/17 2318/3 2318/6 2318/9 2328/7 2361/4 2388/3
started [6] 2230/2 2269/16 2276/9 2276/16 2277/24 2372/7
starting [5] 2227/4 2277/16 2377/13 2379/24 2380/7
starts [2] 2197/3 2236/23
state [8] 2168/7 2168/11 2168/15 2225/13 2253/1 2284/12 2311/2 2344/24
stated [4] 2198/18 2280/6 2323/2 2340/4
statement [1] 2293/1 2293/7 2293/8 2307/12 2307/19 2359/21
statements [1] 2284/16
states [18] 2165/1 2165/10 2165/15 2167/11 2167/15 2167/21 2168/2 2187/22 2211/17 2225/24 2225/25 2226/1 2234/5 2250/4 2350/10 2359/17 2379/22 2389/4
static [6] 2201/12 2202/24 2314/17 2327/9 2367/21 2370/23
Station [1] 2168/5
stay [4] 2205/15 2262/8 2265/15 2266/24
stayed [2] 2267/8 2267/13
stays [4] 2265/9 2265/12 2268/4 2268/5
Steering [1] 2332/21
stenography [1] 2170/24
step [4] 2204/22 2207/1 2214/21 2327/4
STEPHEN [1] 2165/23
steps [6] 2213/21 2214/1 2214/5 2219/10 2326/23 2327/2
Sterbcow [3] 2166/5 2166/6 2332/20
STERNBERG [1] 2170/12
STEVEN [2] 2167/17 2169/9
stick [4] 2262/12 2262/17 2291/3 2321/19
still [18] 2204/23 2207/25 2214/16 2220/17 2224/11 2234/18 2242/13 2247/13 2274/3 2279/7 2279/22 2300/18 2303/14 2312/6 2343/20 2343/21 2347/14 2362/23
Stone [1] 2169/22
stop [11] 2184/8 2184/9 2184/15 2184/18 2250/12 2253/7 2253/20 2254/3 2254/4 2285/15 2297/4

**S**

stop-the-job [2] 2184/9 2184/18
stopped [4] 2184/24 2185/3 2185/11
2185/17
store [1] 2239/1
story [2] 2237/5 2251/21
straight [9] 2219/15 2251/8 2251/9
2251/10 2251/15 2251/17 2285/20
2291/24 2294/9
STRANGE [1] 2168/8
stream [1] 2302/13
Street [19] 2165/20 2166/3 2166/6
2166/10 2166/13 2166/22 2167/3
2167/9 2168/12 2168/16 2168/19
2169/6 2169/10 2169/17 2169/23
2170/5 2170/9 2170/16 2170/19
strength [20] 2266/3 2277/17 2328/3
2328/6 2328/7 2330/17 2331/15
2331/17 2331/22 2332/6 2364/10
2366/7 2367/21 2369/8 2369/14
2370/23 2377/7 2384/18 2385/4 2386/6
strike [3] 2217/9 2224/2 2242/20
string [5] 2199/23 2251/13 2257/12
2263/23 2346/15
strong [3] 2204/21 2347/21 2358/18
stuck [3] 2251/2 2251/3 2297/12
study [1] 2173/3
stuff [6] 2207/16 2235/13 2366/5
2373/23 2373/24 2373/25
stylized [1] 2285/19
stylizing [1] 2285/19
sub [1] 2295/10
subcommittee [3] 2230/11 2320/16
2320/17
subject [7] 2209/4 2226/5 2233/23
2259/25 2278/19 2311/24 2312/3
submitted [1] 2367/2
suboptimal [1] 2254/16
subsea [4] 2292/8 2292/11 2292/13
2302/11
subsequent [6] 2175/13 2176/17 2325/1
2385/5 2385/11 2386/10
subsequently [1] 2334/10
subtler [1] 2201/6
success [4] 2257/1 2288/5 2296/4
2296/4
successful [9] 2255/11 2256/4 2256/19
2277/20 2277/21 2277/24 2278/3
2279/23 2359/18
successfully [1] 2222/23
such [8] 2179/14 2184/12 2189/13
2242/21 2243/8 2260/12 2313/25
2376/1
sudden [1] 2311/12
suddenly [1] 2311/10
sue [1] 2332/24
sufficient [1] 2258/10
suggest [2] 2206/22 2281/25
suite [20] 2165/20 2166/6 2166/10
2166/16 2166/19 2168/19 2169/6
2169/10 2169/17 2169/20 2170/5
2170/9 2170/12 2170/16 2338/4
2364/13 2364/18 2367/8 2371/16
2371/22
SULLIVAN [1] 2167/23
summarize [4] 2223/16 2276/23
2325/20 2382/9
summarized [1] 2206/13
summarizing [1] 2298/25
summary [3] 2184/16 2207/11 2288/3
Sun [11] 2182/16 2192/8 2198/14
2200/11 2200/13 2208/7 2208/16

2209/18 2209/22 2210/7 2210/15
2211/19 2246/11 2279/3
supervised [2] 2213/25 2214/4
supervisor [2] 2298/4 2333/19
support [2] 2236/16 2236/16
supported [3] 2175/13 2176/16 2179/23
supports [1] 2190/7
suppose [1] 2184/20
supposed [4] 2221/8 2232/23 2379/8
2379/10
sure [34] 2183/25 2185/8 2185/13
2185/14 2187/12 2189/5 2190/21
2204/4 2208/16 2220/22 2235/17
2245/6 2267/22 2276/4 2276/14
2276/15 2278/23 2282/21 2293/23
2298/5 2298/18 2309/25 2312/6 2313/4
2313/17 2338/22 2343/7 2343/11
2347/7 2360/10 2362/20 2368/24
2372/12 2377/14
surely [1] 2353/20
surface [3] 2194/13 2265/15 2314/20
surfactant [1] 2280/13
surfactants [3] 2241/7 2280/7 2281/17
surge [2] 2310/6 2311/13
surprised [2] 2211/3 2317/17
survey [3] 2251/17 2294/12 2307/22
Sutherland [1] 2169/8
SWACO [1] 2224/20
swapping [1] 2281/15
swish [1] 2291/5
switch [1] 2374/3
sworn [2] 2225/11 2334/5
symbol [2] 2303/10 2304/23
synthetic [13] 2255/18 2280/4 2280/9
2280/16 2280/23 2281/2 2281/15
2281/23 2282/23 2329/7 2337/9
2337/14 2337/23
system [21] 2179/7 2183/17 2186/8
2192/2 2192/12 2211/5 2240/21
2240/24 2270/6 2273/5 2283/7 2292/8
2323/23 2324/2 2324/9 2324/10 2325/3
2325/14 2331/17 2332/1 2341/23
systems [3] 2365/4 2365/5 2370/6

**T**

table [10] 2187/2 2187/9 2292/9
2325/22 2326/21 2335/23 2338/11
2354/14 2381/5 2381/7
tail [7] 2237/14 2237/14 2237/25 2238/4
2272/18 2375/7 2381/14
take [16] 2191/11 2219/23 2225/5
2225/20 2235/23 2236/7 2239/8
2266/24 2267/20 2266/11 2300/7
2337/20 2341/13 2357/24 2369/25
2377/5
taken [6] 2254/6 2254/17 2312/19
2316/2 2316/4 2352/10
takes [7] 2201/7 2233/10 2322/16
2322/16 2327/7 2327/11 2328/1
taking [8] 2205/19 2208/12 2210/21
2216/4 2236/5 2308/4 2314/19 2334/8
talk [19] 2178/25 2187/15 2211/14
2231/3 2234/2 2246/18 2256/8 2262/6
2272/18 2286/3 2332/16 2340/20
2346/20 2355/17 2355/18 2357/18
2364/18 2373/3 2383/21
talked [22] 2179/18 2182/15 2182/18
2184/24 2190/24 2191/4 2197/3
2203/20 2206/24 2208/6 2224/11
2225/19 2240/13 2248/22 2266/18
2288/8 2294/9 2317/6 2337/10 2344/18
2354/3 2367/18
talking [17] 2191/7 2196/24 2209/18

2238/9 2250/21 2252/19 2266/19
2282/23 2290/17 2296/17 2345/3
2345/6 2352/13 2356/20 2358/23
2361/23 2362/17
talks [2] 2181/24 2366/10
tanks [1] 2353/17
TANNER [1] 2170/15
task [4] 2230/19 2230/20 2235/2 2235/3
TD [1] 2304/5
teach [1] 2213/9
teaches [1] 2269/17
team [19] 2193/16 2193/18 2193/21
2227/8 2264/6 2264/11 2279/10
2281/22 2283/14 2297/24 2345/6
2345/7 2345/10 2350/4 2350/6 2367/2
2367/4 2367/4 2372/2
team's [1] 2261/9
teams [1] 2228/4
tech [2] 2329/7 2329/8
technical [11] 2177/5 2227/12 2227/17
2227/18 2227/23 2227/24 2228/9
2231/3 2231/6 2275/12 2306/21
technically [1] 2181/13
technically-demanding [1] 2181/13
technicians [1] 2232/19
technique [3] 2220/7 2246/6 2372/8
techniques [1] 2200/25
technology [12] 2179/20 2180/15
2180/22 2180/25 2181/5 2181/20
2181/25 2182/2 2182/20 2183/5
2227/20 2234/17
telemetry [1] 2201/21
tell [21] 2172/14 2181/21 2198/9
2206/17 2239/3 2240/13 2241/1 2242/8
2246/23 2250/16 2258/15 2276/1
2291/21 2294/11 2302/25 2308/3
2309/6 2321/23 2326/6 2327/22
2355/18
telling [4] 2173/22 2184/1 2220/24
2356/19
tells [4] 2262/14 2323/13 2323/14
2340/25
temperature [19] 2233/11 2243/16
2325/3 2325/25 2326/1 2326/24 2327/8
2327/8 2328/8 2328/11 2328/11
2328/18 2329/12 2329/13 2329/15
2329/16 2329/18 2332/1 2341/23
temporarily [2] 2219/21 2220/2
temporary [6] 2212/1 2215/20 2216/16
2216/22 2381/20 2386/13
ten [1] 2208/2
tend [3] 2309/19 2322/7 2329/5
tends [3] 2244/4 2251/14 2314/13
term [8] 2178/25 2183/5 2185/6 2193/15
2219/2 2304/24 2345/25 2382/25
termed [1] 2184/20
terms [29] 2177/18 2179/12 2183/2
2183/10 2187/9 2190/13 2190/21
2191/3 2191/10 2192/12 2192/16
2202/11 2204/19 2207/4 2209/7 2210/4
2211/7 2212/11 2216/22 2217/11
2223/23 2340/10 2345/24 2362/6
2373/11 2381/11 2382/10 2382/17
2382/21
test [120] 2177/18 2184/19 2184/23
2184/25 2185/1 2185/7 2185/11
2185/15 2202/7 2203/10 2211/18
2212/1 2212/9 2212/14 2212/18 2212/1
2213/10 2213/14 2213/17 2214/3
2214/22 2214/24 2215/6 2215/16
2217/2 2217/6 2217/11 2217/19
2217/21 2217/24 2218/8 2218/16
2219/17 2219/19 2220/9 2220/16

test... [84]  2220/23 2220/23 2221/4
2221/6 2221/8 2221/9 2221/10 2222/4
2222/23 2223/5 2223/9 2223/11
2223/11 2223/22 2224/5 2224/7 2224/8
2243/14 2244/13 2244/14 2244/14
2277/18 2277/20 2277/22 2277/25
2278/3 2279/10 2279/11 2279/19
2279/23 2280/1 2313/7 2313/23
2322/24 2322/25 2323/7 2323/9
2323/11 2323/12 2323/17 2323/18
2323/21 2323/22 2323/22 2323/24
2324/2 2324/6 2324/12 2324/14
2324/21 2324/23 2328/11 2329/23
2330/16 2331/19 2332/2 2338/20
2339/4 2339/5 2339/7 2339/13 2339/18
2340/7 2341/1 2341/25 2342/7 2343/2
2357/20 2361/12 2362/14 2362/21
2362/25 2363/15 2364/9 2365/12
2365/22 2367/21 2367/24 2368/1
2369/6 2370/18 2371/8 2385/14
2385/16
tested [7]  2243/10 2243/11 2324/6
2339/14 2342/14 2353/22 2365/7
testified [14]  2185/11 2198/5 2209/9
2210/24 2211/12 2222/12 2225/12
2255/13 2307/23 2335/7 2337/15
2343/4 2347/11 2347/17
testify [2]  2233/24 2335/6
testifying [1]  2269/20
testimony [22]  2184/21 2189/8 2210/19
2210/23 2211/10 2222/16 2225/20
2235/9 2263/10 2301/23 2323/20
2334/5 2344/19 2346/23 2346/25
2347/3 2347/8 2348/6 2349/10 2355/22
2369/21 2383/6
testing [53]  2229/6 2230/14 2232/12
2243/15 2245/5 2245/6 2264/18 2275/7
2276/9 2276/13 2276/16 2276/20
2276/21 2276/24 2277/1 2277/2 2277/2
2277/3 2277/10 2277/12 2278/6 2325/2
2325/6 2326/16 2326/24 2328/15
2329/1 2329/2 2329/3 2330/21 2338/5
2338/8 2338/12 2338/14 2340/9
2341/19 2343/9 2355/17 2357/19
2358/10 2359/10 2359/18 2360/3
2361/16 2366/11 2366/22 2367/1
2367/8 2367/13 2373/3 2385/5 2386/6
2386/19
tests [53]  2211/15 2212/5 2212/12
2213/20 2213/25 2214/4 2215/12
2218/19 2235/8 2275/21 2276/14
2276/17 2276/18 2277/17 2277/17
2278/19 2279/6 2311/4 2323/23 2324/3
2325/13 2338/4 2338/17 2338/25
2339/3 2342/16 2342/17 2342/25
2342/25 2343/13 2358/23 2358/24
2359/4 2361/4 2364/3 2364/5 2364/7
2364/13 2364/18 2365/9 2367/11
2368/3 2368/6 2368/14 2368/17
2368/22 2371/17 2371/22 2371/23
2372/1 2372/5 2372/12 2372/14
Texas [8]  2166/17 2167/7 2169/10
2169/21 2170/5 2170/10 2170/13
2170/17
textbook [1]  2212/4
than [23]  2186/21 2214/21 2215/11
2231/23 2231/23 2233/20 2247/15
2248/10 2251/3 2299/3 2304/11
2309/18 2322/7 2327/12 2328/22
2328/24 2329/14 2362/9 2373/8 2379/8
2380/22 2381/23 2382/4

thank [35]  2172/8 2172/18 2173/5
2173/17 2176/7 2177/23 2208/17
2208/22 2209/4 2211/23 2212/24
2224/16 2224/24 2225/1 2225/22
2226/7 2233/25 2238/21 2250/19
2263/5 2272/22 2283/20 2284/20
2288/20 2288/20 2300/16 2308/22
2332/7 2346/11 2357/16 2366/21
2372/19 2374/13 2387/10
that [1249]
that's [260]
their [28]  2178/23 2183/4 2189/19
2190/5 2204/3 2209/19 2210/20
2214/15 2223/11 2223/13 2223/14
2227/13 2229/7 2229/15 2229/18
2233/17 2239/19 2245/25 2249/16
2274/10 2279/21 2281/5 2281/6
2314/18 2326/12 2342/15 2342/16
2362/23
them [43]  2175/16 2175/22 2176/6
2178/21 2186/18 2190/7 2200/12
2228/11 2228/21 2229/11 2229/19
2238/14 2253/19 2253/21 2254/7
2254/24 2267/13 2269/3 2275/25
2276/1 2276/1 2281/6 2282/5 2285/20
2292/6 2295/1 2295/3 2295/5 2295/20
2300/24 2302/6 2303/22 2303/23
2306/19 2306/24 2310/20 2311/7
2325/22 2341/14 2341/14 2353/3
2355/25 2371/20
themselves [3]  2201/18 2293/3 2340/9
then [71]  2172/16 2174/14 2185/1
2185/14 2186/16 2195/25 2196/13
2197/4 2197/24 2198/17 2201/16
2202/16 2203/12 2205/15 2206/23
2227/13 2230/8 2235/25 2236/10
2237/15 2238/1 2238/5 2240/8 2241/16
2241/22 2245/9 2245/21 2246/7 2246/8
2246/8 2247/8 2247/13 2253/4 2257/1
2260/23 2261/3 2261/21 2264/5
2265/24 2288/21 2293/3 2295/18
2295/20 2297/3 2310/2 2312/17 2318/3
2320/22 2320/25 2321/10 2321/12
2321/13 2321/17 2322/10 2323/7
2323/17 2326/6 2328/2 2334/5 2337/23
2340/1 2341/7 2341/22 2345/8 2348/12
2348/15 2355/5 2379/14 2387/22
2388/6 2388/20
then's [2]  2376/22 2376/22
theory [2]  2177/5 2339/23
there [192]  2173/6 2173/7 2175/7
2176/7 2177/3 2177/3 2183/11 2184/18
2185/14 2187/6 2187/8 2187/10
2187/10 2187/23 2188/18 2188/20
2188/20 2189/9 2190/9 2192/23
2196/24 2197/18 2198/24 2199/17
2199/19 2199/21 2199/25 2202/5
2202/20 2207/19 2208/3 2209/9 2210/1
2210/5 2210/24 2211/9 2211/10
2211/13 2211/25 2212/17 2214/14
2215/23 2216/21 2217/19 2219/6
2220/21 2220/25 2223/1 2221/13
2221/16 2221/17 2222/23 2223/4
2223/5 2223/10 2223/17 2227/9 2238/6
2240/25 2241/7 2241/18 2242/11
2244/20 2245/2 2245/7 2245/9 2247/1
2249/24 2255/10 2255/15 2255/17
2255/20 2255/22 2256/13 2257/3
2257/4 2261/12 2266/2 2267/2 2267/22
2268/7 2270/11 2270/24 2272/3
2272/15 2272/22 2273/7 2273/10
2273/18 2275/21 2277/19 2277/19
2277/19 2279/13 2282/1 2282/15

2284/13 2285/14 2286/17 2286/17
2289/11 2289/11 2289/18 2293/18
2294/15 2295/7 2296/23 2296/25
2299/6 2299/17 2301/1 2302/13 2303/4
2304/8 2305/1 2307/17 2307/23 2308/3
2308/5 2308/16 2308/19 2309/25
2310/1 2310/4 2310/22 2310/24 2311/4
2311/14 2312/2 2312/13 2313/14
2314/2 2314/22 2314/23 2315/19
2317/15 2317/25 2318/11 2318/14
2319/17 2319/18 2320/1 2321/12
2321/12 2322/2 2322/18 2323/7 2323/8
2324/3 2324/16 2324/17 2329/10
2330/14 2330/20 2331/13 2335/15
2335/20 2336/25 2336/25 2338/4
2338/11 2339/4 2339/24 2340/21
2340/24 2340/25 2341/5 2342/13
2342/17 2347/21 2351/7 2352/3 2354/9
2354/17 2362/8 2365/23 2370/7
2376/15 2376/16 2378/11 2378/12
2378/15 2378/16 2382/1 2382/13
2385/11 2385/14 2385/16 2385/22
2386/15 2386/17 2387/13
there's [77]  2186/17 2186/17 2187/15
2196/10 2198/5 2201/21 2203/1 2203/2
2204/23 2204/24 2206/22 2210/14
2212/3 2216/11 2216/14 2221/7 2222/8
2232/6 2232/7 2233/12 2236/10
2236/11 2236/11 2238/11 2238/17
2241/13 2242/12 2250/3 2250/3
2250/23 2253/6 2253/20 2258/2
2258/10 2262/15 2268/5 2270/10
2280/22 2281/22 2284/6 2285/22
2285/24 2286/14 2287/4 2289/21
2293/15 2293/18 2303/14 2303/22
2304/3 2305/13 2305/14 2307/3
2318/16 2319/21 2320/1 2321/20
2322/14 2326/3 2327/24 2338/11
2338/12 2338/14 2338/15 2338/16
2338/18 2338/23 2338/23 2340/18
2340/23 2340/25 2341/9 2348/12
2352/2 2382/12 2384/12 2384/21
Therefore [2]  2308/5 2360/3
these [56]  2174/8 2189/24 2200/3
2208/5 2239/17 2239/22 2252/5 2253/1
2253/5 2253/8 2254/5 2255/1 2255/4
2255/7 2255/14 2256/1 2261/16
2262/24 2263/25 2266/11 2267/9
2271/13 2271/19 2275/23 2276/11
2279/6 2282/12 2282/17 2282/20
2282/21 2284/15 2284/16 2289/6
2291/21 2291/22 2297/5 2297/7
2299/10 2303/17 2303/20 2319/15
2338/17 2338/22 2344/1 2364/4
2367/11 2368/4 2368/22 2369/9
2374/4 2375/1 2375/16 2382/11
2383/14 2383/24 2383/24
they [152]  2172/24 2175/14 2181/12
2184/6 2185/17 2187/19 2188/2
2189/14 2189/19 2190/19 2193/1
2193/5 2195/20 2198/9 2198/11
2200/16 2200/17 2200/18 2200/21
2200/22 2203/19 2209/19 2210/20
2212/25 2213/7 2213/8 2215/3 2215/3
2215/5 2215/7 2217/1 2223/12 2223/13
2223/14 2223/15 2223/22 2224/6
2224/6 2228/13 2228/25 2229/9 2229/9
2229/16 2229/17 2234/17 2234/23
2238/11 2238/15 2238/17 2242/19
2242/23 2244/13 2245/16 2245/17
2245/23 2245/25 2247/8 2247/9 2252/1
2252/15 2253/15 2253/17 2253/21
2254/1 2254/14 2263/10 2263/10

T


they... [85] 2265/12 2267/2 2267/11 2267/12 2269/7 2273/24 2277/11 2282/5 2291/20 2292/7 2293/10 2294/16 2300/24 2303/21 2303/21 2304/8 2305/11 2306/19 2306/19 2306/20 2319/2 2319/16 2323/6 2323/19 2326/4 2326/6 2336/23 2337/5 2340/14 2340/14 2341/15 2344/3 2344/24 2345/3 2345/11 2347/1 2350/18 2350/25 2351/11 2351/11 2351/16 2352/22 2353/1 2353/2 2353/4 2353/5 2353/10 2353/13 2355/13 2356/22 2357/18 2361/18 2363/14 2363/17 2363/18 2363/18 2363/18 2364/4 2364/5 2364/8 2364/10 2364/13 2365/11 2366/7 2367/7 2367/10 2367/11 2373/19 2375/8 2375/10 2375/17 2379/8 2379/10 2380/15 2380/17 2380/17 2381/20 2381/23 2382/4 2385/1 2386/8 2386/12 2386/14 2388/10 2388/10
they'd [1] 2254/2
they'll [1] 2322/7
they're [40] 2180/7 2180/8 2191/6 2200/15 2203/21 2203/22 2213/11 2215/4 2215/11 2232/23 2239/22 2241/22 2247/9 2250/11 2251/18 2253/10 2253/11 2253/12 2264/11 2265/4 2271/25 2276/4 2276/6 2284/4 2285/13 2293/14 2294/25 2295/5 2295/7 2295/14 2297/7 2297/8 2336/22 2340/14 2354/7 2359/11 2362/13 2362/23 2362/25 2363/21
they've [1] 2262/8
thick [1] 2277/18
thickening [7] 2265/8 2265/23 2267/7 2277/17 2364/9 2365/14 2371/11
thicker [1] 2292/6
thing [17] 2182/23 2182/24 2213/4 2216/19 2216/20 2224/10 2271/24 2280/15 2285/11 2285/14 2300/8 2314/15 2326/7 2329/17 2339/18 2382/9 2384/22
things [28] 2174/15 2179/19 2182/4 2185/22 2190/17 2197/23 2199/24 2206/10 2207/5 2229/8 2233/10 2236/24 2238/15 2240/6 2244/20 2244/20 2268/9 2282/2 2285/19 2291/2 2314/24 2315/10 2318/21 2319/9 2331/21 2334/22 2340/18 2341/3
think [66] 2173/20 2176/5 2177/14 2181/5 2181/15 2181/17 2182/12 2182/14 2185/4 2185/21 2191/7 2193/18 2195/16 2196/11 2199/18 2205/1 2206/8 2206/12 2208/10 2210/8 2210/9 2211/6 2215/5 2218/10 2219/4 2222/25 2223/15 2239/17 2261/8 2262/13 2282/15 2283/22 2284/10 2291/25 2297/11 2298/23 2307/23 2320/7 2333/5 2336/21 2337/18 2338/3 2340/10 2341/18 2342/18 2347/2 2347/12 2348/6 2348/8 2348/9 2349/18 2352/16 2357/11 2357/21 2361/24 2366/15 2370/5 2373/23 2374/10 2374/16 2375/8 2375/19 2376/12 2377/11 2382/9 2387/1
thinking [1] 2223/11
thinner [1] 2292/7
third [2] 2168/12 2273/7
thirds [1] 2382/7
this [470]
Thornhill [2] 2166/21 2166/22
those [106] 2173/3 2174/18 2174/21 2183/11 2191/24 2199/24 2202/17 2210/3 2223/24 2224/15 2226/6 2228/11 2229/2 2231/4 2231/5 2233/12 2233/14 2233/15 2234/23 2238/18 2241/13 2241/14 2243/10 2243/11 2243/20 2243/21 2244/2 2244/5 2244/8 2245/2 2245/20 2245/20 2247/3 2249/1 2250/17 2251/17 2253/7 2253/20 2254/4 2254/4 2254/7 2255/24 2256/16 2257/24 2260/10 2261/13 2269/5 2275/19 2276/14 2282/4 2285/12 2288/11 2289/2 2289/4 2290/24 2291/24 2292/14 2293/9 2293/21 2294/6 2297/1 2297/8 2301/9 2301/18 2302/5 2302/15 2302/16 2303/3 2303/16 2303/16 2304/10 2304/16 2304/18 2306/16 2306/18 2309/19 2309/20 2309/23 2310/1 2310/3 2312/18 2316/13 2319/17 2319/18 2320/6 2320/12 2322/23 2325/21 2326/10 2331/7 2336/22 2339/3 2341/13 2343/1 2343/13 2347/21 2355/1 2368/21 2372/1 2372/5 2372/12 2372/14 2373/15 2376/7 2383/18 2384/3
though [4] 2208/2 2239/18 2335/14 2365/25
thought [7] 2223/9 2223/12 2235/15 2252/17 2263/2 2299/5 2321/7
thoughts [2] 2261/6 2266/2
thread [1] 2295/11
threaded [1] 2295/11
threads [1] 2294/16
three [6] 2174/15 2183/11 2230/17 2271/23 2294/14 2371/19
through [36] 2173/9 2175/9 2176/11 2176/12 2180/19 2183/21 2184/2 2184/4 2185/20 2192/4 2198/11 2203/7 2209/18 2218/22 2229/6 2229/7 2229/8 2230/16 2235/25 2235/25 2239/9 2243/7 2255/15 2260/21 2291/7 2298/9 2298/10 2302/7 2302/10 2302/14 2309/16 2313/24 2327/25 2339/24 2358/12 2358/16
throughout [6] 2228/14 2274/22 2279/8 2283/16 2283/19 2315/4
Thunder [2] 2253/23 2254/2
thus [1] 2300/25
tight [2] 2348/2 2375/16
till [1] 2352/2
Tim [1] 2388/15
time [105] 2180/2 2182/21 2183/22 2186/3 2187/23 2189/14 2191/18 2194/7 2194/7 2194/13 2194/24 2195/3 2195/14 2195/22 2196/7 2196/14 2197/4 2197/17 2198/6 2199/8 2199/19 2199/21 2200/14 2200/24 2200/25 2202/4 2202/5 2202/7 2203/3 2204/23 2205/12 2205/16 2205/20 2207/18 2207/20 2207/21 2207/22 2209/15 2215/22 2221/1 2221/14 2223/17 2223/21 2224/15 2230/11 2232/6 2233/21 2233/22 2234/18 2240/5 2240/11 2252/16 2254/6 2263/2 2265/7 2265/8 2265/8 2265/19 2265/20 2265/23 2265/25 2266/6 2267/7 2267/8 2277/17 2279/9 2279/25 2280/10 2280/11 2288/4 2304/22 2305/19 2312/19 2316/2 2324/20 2324/23 2326/5 2328/1 2328/7 2329/22 2331/5 2331/5 2332/2 2332/6 2333/11 2333/16 2334/4 2334/8 2338/24 2341/13 2347/5 2364/3 2364/9 2365/14 2367/24 2368/1 2370/23 2371/4 2371/11 2373/19 2380/19 2385/5 2385/6 2386/9 2388/3
timely [2] 2279/19 2362/25
times [7] 2212/11 2279/7 2374/15 2379/7 2382/2 2382/3 2382/8
tired [1] 2332/16
title [2] 2230/6 2320/7
today [17] 2173/2 2176/4 2182/4 2182/15 2185/21 2193/15 2194/8 2198/5 2198/11 2206/10 2214/16 2223/16 2253/1 2287/14 2317/6 2320/5 2334/19
together [13] 2241/14 2241/20 2241/22 2246/7 2246/8 2247/10 2247/23 2249/6 2260/10 2282/5 2295/8 2350/14 2351/17
told [5] 2185/12 2206/23 2304/20 2341/22 2342/12
Tolles [1] 2169/12
TOM [1] 2166/22
tomorrow [4] 2308/13 2387/12 2387/16 2388/3
tonight [2] 2239/13 2239/14
too [3] 2176/19 2190/17 2350/24
took [12] 2209/10 2214/7 2214/21 2222/4 2225/8 2279/12 2308/4 2310/10 2310/19 2370/7 2374/4 2381/5
toolpusher [3] 2183/3 2183/8 2190/5
tools [2] 2182/6 2192/18
top [35] 2173/15 2173/22 2175/7 2206/12 2226/24 2238/1 2249/13 2258/6 2258/8 2258/9 2258/12 2258/13 2258/19 2258/21 2261/21 2261/22 2264/5 2265/24 2268/25 2272/14 2274/14 2290/2 2291/23 2297/3 2298/11 2316/11 2318/13 2321/13 2321/13 2322/3 2322/5 2322/14 2325/17 2380/20 2382/18
topic [2] 2377/17 2386/5
Torts [2] 2167/12 2167/22
total [6] 2256/16 2317/16 2324/2 2378/16 2378/17 2381/14
touched [1] 2375/1
touching [1] 2286/5
tough [1] 2349/16
tour [4] 2183/4 2184/4 2200/16 2200/17
toward [1] 2285/4
track [8] 2176/11 2307/10 2324/16 2324/17 2339/15 2339/16 2340/1 2340/3
trade [1] 2267/2
trade-off [1] 2267/2
tragic [1] 2360/23
Tragically [1] 2200/20
train [2] 2228/16 2228/21
trained [1] 2182/13
training [16] 2183/23 2184/2 2184/5 2188/1 2227/14 2228/6 2228/9 2228/12 2228/23 2228/24 2229/20 2268/15 2269/6 2269/7 2269/10 2276/3
transcript [4] 2165/14 2307/5 2307/11 2389/6
transcription [1] 2170/24
transition [2] 2367/24 2370/23
transitioned [1] 2228/8
Transocean [50] 2169/5 2169/6 2169/7 2169/8 2169/9 2169/10 2169/12 2169/12 2169/13 2169/16 2169/16 2169/17 2169/19 2169/20 2169/21 2175/20 2177/7 2177/13 2177/17 2178/9 2181/9 2181/16 2182/17 2184/3

**T**

Transocean... [26]  2185/5 2189/23
2194/21 2194/23 2198/14 2198/18
2198/21 2198/25 2200/9 2204/2 2208/7
2208/17 2209/14 2209/16 2210/16
2216/25 2217/8 2217/10 2217/13
2217/16 2217/18 2221/18 2222/5
2222/13 2223/8 2387/4
Transocean's [3]  2188/12 2344/5 2387/7
travel [1]  2328/2
traveling [1]  2186/14
Treatment [1]  2176/23
tree [2]  2256/18 2257/17
trend [6]  2176/16 2197/8 2198/19
2198/19 2203/16 2203/23
trends [1]  2203/21
TREX [14]  2345/22 2354/5 2355/20
2357/13 2357/22 2359/12 2360/13
2361/21 2363/1 2364/20 2364/20
2366/12 2374/16 2384/23
TREX-00634 [1]  2357/22
TREX-01703 [1]  2354/5
TREX-03773 [1]  2359/12
TREX-04575 [2]  2355/20 2357/13
TREX-1 [1]  2374/16
TREX-1390 [1]  2361/21
TREX-1395 [1]  2363/1
TREX-45036 [1]  2345/22
TREX-569 [1]  2384/23
TREX-5801 [1]  2360/13
TREX-634 [2]  2364/20 2364/20
TREX-640 [1]  2366/12
trial [5]  2165/14 2183/22 2307/5
2307/11 2374/16
tried [6]  2251/10 2303/21 2312/16
2313/22 2333/4 2368/5
trip [1]  2265/16
TRITON [1]  2165/8
truck [4]  2272/17 2352/4 2352/7
2352/14
trucks [1]  2232/23
true [11]  2178/20 2186/11 2212/2
2214/10 2214/16 2216/3 2216/17
2347/16 2371/22 2375/11 2389/5
try [15]  2265/1 2273/18 2304/2 2303/22
2303/23 2306/10 2309/19 2315/12
2322/7 2338/20 2343/6 2343/9 2344/15
2347/3 2374/9
trying [6]  2206/10 2251/12 2273/21
2306/23 2347/12 2350/18
tube [6]  2309/25 2310/1 2310/4 2322/8
2322/20 2339/24
tubing [1]  2309/19
turn [9]  2175/2 2188/3 2192/2 2194/5
2206/8 2206/11 2272/17 2318/3
2351/24
turning [3]  2173/12 2209/3 2251/13
turns [1]  2188/10
tweak [1]  2279/9
twice [1]  2382/5
two [38]  2182/16 2182/21 2193/13
2197/22 2210/3 2213/21 2214/1 2214/5
2214/21 2227/14 2228/8 2232/6
2242/10 2242/14 2244/20 2244/24
2260/9 2260/12 2264/18 2294/14
2294/15 2306/9 2314/19 2316/16
2321/12 2325/3 2384/1 2340/23
2346/24 2360/18 2362/18 2368/22
2371/19 2379/23 2380/3 2380/6
2380/12 2382/7
two-step [1]  2214/21
two-thirds [1]  2382/7

**U**

type [1]  2234/23
type... [1]  2231/1 2232/23 2235 2258/8
2254/5 2271/13 2275/23 2288/9
2294/15 2368/13 2368/17
typical [1]  2305/5
typically [3]  2178/10 2178/11 2191/8

**U**

U-tube [3]  2322/8 2322/20 2339/24
U-tubing [1]  2309/19
U.S [10]  2167/11 2167/15 2167/21
2168/2 2180/5 2180/7 2180/11 2332/22
2332/24 2341/3
UCA [1]  2327/23
UCA2 [2]  2325/12 2325/12
UCA2 and [1]  2325/12
UCA2-B [1]  2325/12
UK [2]  2248/3 2275/13
ultimate [5]  2246/14 2346/2 2372/2
2372/4 2383/6
ultimately [17]  2200/4 2227/6 2241/16
2246/9 2246/11 2263/8 2263/9 2268/11
2283/21 2296/21 2301/2 2301/17
2324/19 2355/9 2355/25 2360/9
2373/14
ultrasonic [1]  2327/24 2327/25
unable [1]  2288/23
uncirculated [1]  2363/7
uncommon [1]  2280/21
under [12]  2184/10 2234/12 2243/1
2243/3 2243/6 2368/6 2368/6 2370/24
2371/4 2371/8 2372/10 2372/11
UNDERHILL [4]  2167/12 2176/20
2177/11 2224/22
understand [28]  2176/5 2192/3 2200/13
2211/9 2211/12 2214/7 2217/2 2217/20
2221/12 2221/17 2221/18 2222/19
2234/24 2240/16 2245/20 2262/23
2263/4 2273/25 2279/12 2284/9
2317/25 2335/14 2346/25 2347/7
2347/20 2347/24 2348/21 2383/5
understanding [15]  2182/9 2182/11
2184/14 2211/8 2222/3 2222/17 2253/2
2262/15 2262/19 2262/19 2262/24
2267/1 2267/14 2267/15 2389/7
understands [1]  2264/25
understood [5]  2234/17 2255/19
2341/18 2346/23 2355/22
underway [2]  2207/23 2279/12
undetected [1]  2207/25
unexpressed [3]  2258/1 2258/2 2258/4
unfoamed [11]  2237/24 2240/23
2272/16 2272/19 2282/25 2283/3
2283/5 2339/9 2339/11 2339/15
2365/10
unfortunate [1]  2198/8
unfortunately [2]  2198/6 2243/25
unit [1]  2241/16
UNITED [14]  2165/1 2165/10 2165/15
2167/11 2167/15 2167/21 2168/2
2187/22 2211/17 2225/24 2225/25
2226/1 2234/5 2389/4
units [2]  2341/3 2341/8
unless [3]  2203/1 2203/2 2244/1
unnecessarily [1]  2336/15
unquestionable [1]  2293/6
unrecognized [1]  2336/7
unsafe [2]  2184/13 2184/14
unset [2]  2277/3 2277/3
unstable [2]  2249/13 2305/5
unsuccessful [2]  2242/18 2242/20
until [10]  2186/4 2266/4 2272/1 2279/8
2317/19 2318/10 2334/20 2352/3

2384/17 2387/11
unusual [1]  2287/6
unweighted [1]  2237/13

**U**

up [125]  2173/14 2176/11 2176/12
2176/23 2177/11 2184/23 2184/25
2186/4 2186/12 2190/6 2193/11
2203/24 2210/12 2215/23 2218/1
2221/4 2222/16 2224/4 2225/20
2235/24 2236/9 2236/15 2237/11
2238/17 2238/22 2239/10 2239/14
2244/4 2256/22 2258/11 2259/16
2261/21 2263/22 2272/14 2279/21
2285/6 2286/11 2286/22 2291/22
2293/11 2298/11 2298/12 2302/22
2304/19 2306/4 2309/9 2309/20
2309/21 2310/17 2313/8 2314/12
2314/13 2314/19 2315/1 2315/3 2315/5
2315/9 2315/12 2315/13 2315/16
2315/17 2316/2 2316/3 2318/6 2319/25
2322/4 2322/16 2322/20 2323/9
2323/10 2323/11 2323/16 2324/18
2326/9 2327/10 2327/12 2328/6
2328/11 2328/22 2331/25 2334/20
2339/24 2340/2 2341/14 2341/18
2344/5 2344/16 2345/22 2346/4 2347/5
2349/9 2349/17 2351/18 2353/21
2354/8 2355/20 2356/13 2357/21
2359/12 2360/13 2366/12 2366/12
2368/10 2374/24 2377/10 2377/12
2377/13 2377/17 2377/18 2378/1
2378/19 2378/20 2378/25 2379/3
2379/14 2379/21 2379/23 2380/3
2380/4 2380/6 2380/12 2380/23
2382/11 2383/12 2384/23
upon [4]  2208/25 2330/24 2337/3
2375/1
upped [1]  2253/22
us [7]  2198/6 2213/20 2279/9 2320/15
2342/23 2360/2 2382/10
USA [1]  2387/25
usage [1]  2282/22
use [53]  2174/14 2179/19 2180/25
2181/18 2181/19 2181/23 2181/25
2182/1 2183/5 2215/8 2239/17 2239/20
2251/11 2270/1 2270/7 2271/20
2273/16 2273/20 2275/22 2280/21
2283/2 2283/5 2283/21 2290/11
2292/13 2307/6 2309/15 2318/12
2327/4 2327/5 2327/19 2328/15
2334/23 2335/11 2336/2 2336/4 2336/6
2337/17 2337/20 2344/3 2347/3 2347/5
2351/12 2352/18 2353/1 2353/2
2354/23 2355/3 2355/9 2362/10
2363/19 2374/20 2382/13
used [49]  2174/23 2193/15 2201/1
2245/3 2246/9 2261/2 2264/12 2267/11
2267/12 2268/12 2276/12 2283/9
2284/7 2292/14 2292/14 2296/5
2296/21 2304/1 2311/14 2328/13
2328/17 2328/19 2328/23 2335/24
2336/1 2337/13 2337/13 2340/10
2341/8 2348/21 2348/22 2350/14
2350/21 2350/24 2350/25 2351/4
2352/21 2353/20 2358/24 2362/9
2362/21 2368/23 2375/8 2375/11
2379/5 2381/12 2381/21 2381/23
2382/4
uses [1]  2346/24
using [15]  2170/24 2180/21 2181/4
2255/16 2276/15 2284/4 2336/14
2336/18 2336/19 2337/8 2337/22
2337/23 2337/23 2375/23 2382/12
usually [2]  2243/5 2364/18

**U**

utilized [4]  2217/25 2218/8 2220/7
 2373/14

**V**

valve [2]  2309/12 2309/13
valves [9]  2309/20 2309/23 2310/2
 2310/3 2312/18 2322/9 2322/23 2323/1
 2323/25
varies [1]  2236/2
various [7]  2178/2 2215/25 2231/7
 2274/10 2368/13 2368/17 2375/6
vast [3]  2178/12 2178/15 2178/19
velocities [1]  2290/9
velocity [4]  2290/22 2290/24 2290/25
 2291/9
verbatim [1]  2288/16
verifier [1]  2350/2
verify [2]  2175/16 2274/18
version [1]  2365/8
versus [3]  2266/18 2305/16 2379/4
very [51]  2173/22 2183/17 2188/11
 2189/15 2201/6 2204/8 2204/21 2206/1
 2213/11 2224/16 2235/20 2238/16
 2239/4 2240/3 2245/16 2246/6 2251/16
 2251/17 2257/4 2257/6 2257/6 2260/9
 2261/3 2262/10 2264/11 2267/9 2277/9
 2280/18 2285/18 2291/4 2291/23
 2303/8 2303/10 2303/11 2304/4 2305/5
 2314/20 2316/14 2316/19 2319/3
 2319/4 2326/6 2329/7 2330/4 2332/1
 2341/9 2341/23 2342/20 2357/9
 2375/13 2384/7
vessel [1]  2186/3
video [6]  2285/3 2285/10 2285/18
 2295/9 2295/19 2306/1
Vidrine [3]  2218/5 2222/22 2223/2
view [3]  2201/23 2210/11 2211/7
violated [1]  2177/17
Virginia [2]  2166/10 2166/10
visible [1]  2203/23
visual [2]  2210/4 2210/7
visually [1]  2201/16
volume [37]  2207/21 2255/24 2258/11
 2258/14 2258/17 2260/14 2260/16
 2262/6 2262/9 2263/7 2263/10 2313/14
 2313/15 2316/9 2316/15 2316/16
 2316/19 2317/17 2317/18 2318/5
 2318/5 2318/12 2318/14 2318/16
 2318/18 2319/22 2327/25 2379/7
 2381/11 2382/10 2382/13 2382/14
 2382/17 2382/18 2384/6 2384/7 2384/9
volumes [4]  2182/6 2182/10 2182/13
 2260/13
volumetric [1]  2378/20
VON [1]  2170/12

**W**

wait [6]  2190/10 2277/4 2384/15 2385/6
 2385/18 2386/5
waited [1]  2279/7
waiting [2]  2279/25 2384/17
Walker [1]  2166/9
wall [1]  2304/19
walls [1]  2262/12
WALTER [1]  2166/12
Walther [1]  2169/22
Walz [9]  2264/23 2270/21 2297/20
 2297/23 2298/1 2298/7 2300/17
 2345/15 2363/2
want [56]  2173/15 2175/2 2175/7
 2176/20 2176/21 2183/23 2185/7

2189/24 2190/1 2194/5 2197/24
 2201/20 2217/14 2217/22 2217/24
 2217/24 2230/13 2232/22 2240/19
 2245/18 2247/6 2249/14 2258/3
 2258/12 2260/16 2262/6 2265/17
 2267/17 2275/20 2275/21 2275/25
 2293/10 2293/23 2293/23 2298/23
 2302/6 2311/11 2336/2 2338/10
 2338/13 2339/8 2339/17 2340/19
 2340/20 2347/7 2347/20 2368/7
 2375/12 2377/21 2378/12 2378/14
 2378/15 2382/16 2383/9 2383/11
 2387/12
wanted [10]  2172/14 2173/10 2234/25
 2243/12 2247/13 2267/16 2278/22
 2291/11 2315/23 2374/20
wanting [1]  2261/9
wants [4]  2190/10 2222/16 2262/7
 2267/21
was [383]
wash [2]  2280/12 2304/24
washed [5]  2291/24 2291/25 2292/1
 2303/9 2304/23
washed-out [2]  2291/24 2303/9
washing [1]  2305/1
Washington [4]  2167/20 2167/25 2168/6
 2169/4
wasn't [16]  2184/23 2213/23 2245/10
 2249/10 2276/12 2277/5 2310/21
 2327/18 2330/18 2330/19 2330/25
 2335/19 2339/14 2372/18 2374/4
 2378/14
watch [6]  2183/9 2189/15 2191/17
 2191/18 2192/13 2192/18
watching [7]  2183/16 2186/14 2186/15
 2186/22 2198/9 2200/15 2200/17
water [19]  2178/20 2202/15 2214/2
 2214/6 2226/15 2233/2 2241/19 2244/3
 2262/11 2262/16 2262/18 2286/25
 2287/1 2291/4 2339/5 2339/18 2348/10
 2348/12 2376/8
water-based [1]  2202/15
water-wet [2]  2262/11 2262/18
water-wets [1]  2262/16
Watts [2]  2166/15 2166/15
way [43]  2174/24 2180/21 2184/20
 2193/5 2196/11 2198/6 2210/18 2212/8
 2216/8 2216/10 2219/17 2223/11
 2234/25 2248/9 2259/16 2265/16
 2275/20 2281/25 2285/21 2287/7
 2291/7 2291/24 2293/17 2293/20
 2295/18 2295/20 2298/15 2305/24
 2310/18 2312/13 2313/15 2313/17
 2313/18 2313/21 2314/20 2323/11
 2325/24 2327/24 2330/19 2348/11
 2376/24 2378/19 2378/24
ways [8]  2210/1 2210/3 2243/15 2254/3
 2294/14 2306/19 2319/17 2333/8
we [270]
we'd [3]  2228/14 2229/19 2276/5
we'll [24]  2172/16 2237/6 2237/10
 2237/12 2237/18 2237/25 2238/1
 2239/24 2251/5 2251/5 2251/21
 2251/21 2266/4 2293/20 2294/22
 2294/23 2303/23 2305/14 2305/16
 2306/10 2311/20 2338/17 2364/12
 2379/21
we're [27]  2183/21 2185/8 2190/18
 2195/13 2223/23 2236/23 2237/10
 2242/1 2251/7 2258/10 2266/19
 2271/25 2291/11 2309/6 2322/6
 2326/7 2327/19 2332/24 2334/1
 2338/19 2338/24 2343/11 2356/20

2358/23 2365/4 2366/19 2387/11
 2206/24 2208/6 2213/11 2214/22
 2224/11 2225/19 2235/19 2238/5
 2240/13 2255/19 2282/23 2283/16
 2288/8 2290/5 2294/5 2317/5 2320/4
 2374/15
Weatherford [3]  2253/22 2296/2
 2311/19
wedged [2]  2322/17 2322/18
Wednesday [1]  2279/11
week [10]  2229/1 2269/10 2279/5
 2279/7 2347/10 2347/12 2347/17
 2358/6 2388/4 2388/5
Weekend [1]  2252/14
weeks [1]  2279/15
weigh [3]  2292/7 2309/18 2322/7
weighs [3]  2240/22 2241/3 2375/22
weight [3]  2220/17 2318/6 2376/14
well [320]
well's [1]  2236/19
wellbore [6]  2195/8 2248/11 2285/5
 2290/8 2303/10 2303/12
wellhead [8]  2251/2 2251/4 2292/8
 2297/12 2301/24 2302/1 2302/7
 2302/14
wellheads [1]  2302/11
wells [22]  2178/9 2178/12 2181/13
 2229/12 2236/14 2244/9 2292/11
 2292/13 2308/21 2327/3 2327/4
 2337/24 2345/6 2345/7 2345/10 2350/4
 2350/5 2367/2 2367/4 2367/4 2372/2
 2381/19
went [13]  2198/13 2227/9 2235/12
 2238/17 2239/20 2256/22 2263/10
 2267/6 2269/8 2313/20 2336/7 2366/5
 2382/16
were [133]  2172/25 2177/2 2180/20
 2182/13 2184/21 2185/10 2191/7
 2194/11 2194/20 2195/4 2195/24
 2198/7 2198/9 2198/13 2199/12
 2199/19 2200/16 2200/16 2200/17
 2201/20 2202/19 2203/9 2208/2 2209/3
 2209/5 2209/6 2209/22 2210/19
 2210/21 2210/24 2210/25 2211/9
 2212/17 2215/21 2216/4 2216/4 2216/4
 2217/18 2221/19 2222/5 2222/23
 2223/17 2223/21 2223/22 2223/24
 2223/25 2224/1 2224/6 2224/12
 2224/15 2229/9 2229/9 2230/23
 2234/17 2234/24 2238/8 2238/16
 2244/20 2245/10 2249/24 2250/9
 2252/17 2253/7 2254/14 2254/17
 2255/10 2255/14 2255/25 2257/21
 2259/7 2267/2 2272/3 2272/4 2277/16
 2277/19 2277/19 2279/20 2284/13
 2294/15 2296/21 2296/23 2296/24
 2296/25 2297/1 2297/5 2300/17
 2302/13 2302/15 2303/16 2303/21
 2304/1 2304/1 2304/8 2311/13 2312/7
 2315/19 2320/21 2321/12 2323/1
 2326/15 2334/23 2335/6 2337/8 2338/4
 2342/12 2344/24 2344/25 2345/10
 2345/11 2347/11 2349/18 2351/5
 2353/10 2353/13 2355/13 2358/13
 2363/19 2368/14 2368/18 2368/22
 2368/22 2372/2 2372/12 2372/14
 2373/15 2373/19 2376/25 2379/8
 2379/10 2379/12 2379/22 2380/15
 2388/25
weren't [4]  2212/7 2342/17 2347/10
 2371/24
Western [3]  2260/24 2269/16 2281/20

W

wet [2]  2262/11 2262/18
wets [1]  2262/16
what [236]
what's [28]  2187/3 2189/4 2191/10
2202/12 2218/25 2242/24 2245/13
2245/17 2245/21 2245/21 2245/22
2245/22 2246/4 2246/5 2246/25 2247/5
2256/18 2273/23 2296/3 2305/23
2306/2 2306/17 2309/18 2322/7 2327/6
2327/23 2337/7 2362/6
what-if [2]  2271/21 2272/1
whatever [4]  2195/3 2234/25 2276/5
2375/12
whatsoever [2]  2334/19 2342/13
when [61]  2175/19 2176/2 2178/25
2185/10 2186/14 2189/14 2190/4
2192/17 2194/13 2196/5 2196/14
2197/11 2197/16 2202/19 2206/25
2207/4 2213/9 2214/21 2220/2 2224/1
2229/11 2231/3 2232/9 2232/15
2232/17 2234/18 2239/13 2244/3
2249/9 2249/16 2258/10 2260/9
2271/18 2298/13 2299/16 2309/16
2311/10 2313/22 2318/1 2326/7 2327/8
2336/17 2340/18 2341/2 2345/3
2347/10 2348/7 2348/8 2348/14 2351/3
2351/4 2351/5 2355/15 2363/5 2363/23
2376/11 2376/12 2376/22 2376/22
2377/6 2382/10
whenever [1]  2311/9
where [68]  2187/1 2187/9 2190/10
2191/6 2191/6 2192/23 2197/12 2199/7
2202/11 2207/4 2210/6 2217/4 2223/17
2228/9 2233/12 2237/2 2239/4 2239/5
2239/7 2239/14 2239/15 2242/25
2249/5 2256/12 2258/12 2264/17
2269/9 2281/13 2284/15 2285/21
2286/13 2286/15 2290/2 2301/8
2301/17 2302/18 2302/20 2303/11
2303/16 2304/8 2305/12 2305/15
2310/14 2311/12 2313/4 2313/24
2323/9 2323/14 2324/11 2324/14
2332/5 2335/3 2336/11 2341/4 2347/12
2351/1 2351/6 2355/25 2356/4
2362/13 2362/17 2367/15 2372/8
2375/3 2382/6 2383/9 2383/11 2384/9
WHEREUPON [3]  2225/8 2225/11
2388/25
whether [26]  2181/21 2189/24 2200/3
2200/15 2209/24 2210/14 2222/9
2241/25 2242/4 2242/21 2265/5
2268/14 2308/16 2311/1 2311/4 2312/9
2312/13 2314/1 2320/18 2322/23
2322/25 2323/13 2324/5 2324/19
2342/15 2368/21
which [30]  2177/4 2190/7 2191/24
2194/3 2194/7 2199/20 2205/20 2220/6
2226/2 2244/24 2244/25 2250/9
2255/14 2265/3 2265/10 2265/22
2281/18 2298/14 2298/18 2305/20
2325/6 2325/11 2326/15 2326/20
2340/14 2352/22 2353/2 2357/7 2368/5
2373/11
whichever [1]  2379/25
while [8]  2217/21 2251/7 2291/11
2315/24 2334/1 2354/7 2370/7 2376/18
Whiteley [1]  2168/15
who [43]  2172/14 2179/12 2183/16
2186/8 2190/21 2194/1 2210/20
2212/20 2214/19 2217/1 2217/18
2221/18 2222/5 2223/9 2223/9 2234/22

2246/14 2250/16 2251/20 2252/6
2255/2 2267/11 2271/3 2276/23 2276/9
2276/20 2281/20 2284/7 2284/7
2287/13 2297/23 2298/3 2317/5
2329/25 2335/4 2335/5 2347/17
2354/21 2358/13 2360/8 2387/15
2387/22 2388/10 2388/13
who's [5]  2186/14 2225/2 2276/21
2281/22 2311/19
whoever [3]  2194/3 2200/12 2388/11
whole [8]  2203/8 2225/20 2233/3 2257/5
2270/22 2275/13 2304/11 2312/10
whom [1]  2274/24
whose [1]  2268/24
why [36]  2187/6 2196/4 2203/18 2211/4
2225/5 2228/18 2234/20 2235/3
2236/14 2242/8 2242/10 2244/16
2265/12 2267/2 2267/16 2267/16
2294/5 2297/9 2307/14 2309/15 2310/4
2311/3 2311/6 2311/6 2315/8 2329/8
2337/20 2340/17 2346/24 2347/1
2375/11 2381/10
wide [2]  2286/2 2290/9
will [82]  2174/15 2178/8 2178/13
2178/17 2178/22 2179/7 2185/17
2186/15 2206/25 2211/22 2225/3
2225/21 2226/6 2233/14 2233/24
2235/20 2236/12 2237/6 2237/7
2237/15 2238/1 2239/14 2241/17
2245/16 2246/2 2247/6 2248/16
2248/24 2249/2 2251/14 2258/15
2258/16 2258/17 2263/20 2266/24
2266/24 2270/4 2272/15 2276/15
2280/9 2280/10 2280/16 2280/17
2281/17 2282/5 2285/25 2286/10
2286/17 2286/18 2287/5 2289/22
2291/10 2295/25 2298/16 2303/2
2303/2 2303/7 2303/13 2303/16
2304/19 2319/10 2320/9 2323/10
2325/3 2326/1 2326/5 2326/10 2329/5
2329/5 2329/10 2329/15 2329/17
2330/1 2331/14 2350/14 2370/6
2375/15 2377/1 2377/4 2377/5 2387/17
2387/19
Williams [2]  2166/18 2166/19
Williamson [2]  2167/5 2167/6
window [1]  2265/21
WINFIELD [1]  2168/9
Winters [1]  2317/6
wiper [3]  2238/1 2238/9 2238/10
wish [1]  2293/17
within [13]  2186/8 2188/14 2219/11
2219/13 2246/1 2247/4 2281/13
2338/10 2338/14 2338/15 2340/22
2340/22 2345/10
without [18]  2199/9 2215/16 2256/11
2256/16 2276/9 2276/16 2276/17
2277/24 2278/2 2279/22 2293/21
2298/10 2301/19 2301/21 2307/20
2312/25 2340/19 2384/12
witness [16]  2189/6 2198/3 2210/19
2221/23 2224/19 2225/2 2234/13
2252/24 2262/24 2263/1 2298/21
2308/2 2332/10 2387/14 2387/18
2387/20
witnesses [2]  2387/13 2387/15
Wittmann [2]  2169/22 2169/23
won't [9]  2208/21 2237/22 2244/5
2286/17 2286/18 2305/19 2305/24
2322/10 2332/25
woodworking [1]  2251/10
word [6]  2207/11 2280/8 2336/25

2358/18 2365/23 2375/8
work [7]  2180/12 2252/6 2262/25
2266/12 2292/5 2293/25 2386/23
work [28]  2174/4 2186/20 2207/9
2214/12 2215/1 2223/14 2229/7
2230/18 2230/20 2231/6 2232/4
2245/13 2247/9 2247/10 2247/12
2249/17 2253/23 2268/19 2303/22
2307/19 2307/20 2320/16 2327/10
2330/6 2333/21 2334/4 2334/19
2363/16
worked [10]  2226/14 2226/15 2232/15
2234/9 2234/22 2250/17 2269/16
2271/19 2275/13 2330/7
worker [1]  2338/18
working [8]  2183/4 2214/19 2223/4
2239/19 2259/2 2312/18 2322/10
2343/10
works [5]  2295/8 2305/16 2327/24
2333/15 2361/1
world [11]  2181/10 2226/25 2232/25
2247/11 2269/14 2269/18 2330/5
2341/13 2354/20 2375/4 2383/3
world-class [1]  2269/14 2269/18 2330/5
worse [1]  2208/1
worst [2]  2220/4 2220/14
would [189]  2173/4 2174/8 2174/24
2175/3 2175/22 2178/12 2179/11
2188/16 2188/17 2190/7 2190/22
2191/11 2192/24 2193/8 2193/10
2193/10 2196/1 2196/4 2196/5 2196/14
2198/25 2200/25 2201/1 2201/8 2201/9
2201/9 2201/16 2201/23 2201/25
2202/2 2204/10 2204/14 2204/22
2205/20 2206/22 2208/11 2208/16
2208/17 2208/19 2208/25 2209/13
2209/16 2209/22 2209/24 2209/24
2209/24 2210/9 2210/9 2210/11
2210/14 2211/6 2211/6 2212/13
2216/22 2216/24 2217/18 2217/20
2217/23 2218/16 2218/17 2218/18
2219/5 2219/6 2219/20 2220/4 2222/25
2223/3 2223/6 2223/13 2223/15 2226/1
2226/11 2227/16 2228/9 2228/12
2228/13 2228/20 2228/22 2229/6
2229/15 2229/16 2231/16 2232/5
2233/16 2233/17 2233/18 2235/11
2235/13 2236/21 2236/22 2237/10
2241/5 2241/15 2241/19 2242/10
2250/11 2251/2 2251/18 2254/6 2254/8
2254/9 2254/11 2254/14 2255/11
2256/3 2265/10 2265/25 2266/22
2267/16 2269/11 2272/10 2273/16
2275/22 2276/2 2276/3 2276/3 2283/5
2283/6 2283/7 2283/8 2283/9 2292/10
2293/7 2293/13 2296/6 2299/8 2304/5
2304/15 2312/19 2312/24 2312/24
2313/12 2313/20 2313/22 2313/24
2315/20 2315/22 2316/2 2316/4
2328/19 2329/4 2330/1 2336/3 2336/25
2339/14 2339/17 2339/18 2339/19
2339/25 2339/25 2340/6 2340/13
2340/16 2342/6 2342/19 2342/22
2342/24 2342/25 2345/10 2347/15
2348/25 2350/22 2352/4 2352/7
2352/10 2352/22 2352/22 2355/1
2358/4 2358/15 2360/23 2364/14
2371/17 2372/8 2376/25 2376/25
2377/3 2378/17 2378/25 2379/4
2380/12 2386/3 2386/22 2386/24
2388/10
wouldn't [10]  2173/2 2223/15 2270/11

# W

wouldn't... [7]  2315/8 2322/25 2335/20
2337/3 2342/8 2343/12 2355/1
Wright [1]  2165/18
write [2]  2257/11 2341/7
writes [6]  2251/20 2278/21 2300/18
2312/4 2317/15 2330/16
writing [5]  2249/19 2261/15 2317/5
2361/1 2363/9
written [10]  2189/25 2213/12 2215/5
2215/16 2218/15 2218/17 2219/4
2219/17 2221/5 2269/15
wrong [3]  2326/24 2342/15 2378/14
wrote [5]  2226/19 2249/15 2263/2
2312/2 2351/4

# X

X axis [1]  2303/3
X-centered [2]  2286/1 2286/16
Xs [3]  2303/14 2303/14 2303/16

# Y

Y axis [1]  2303/6
yeah [20]  2176/5 2186/7 2193/18
2205/10 2205/11 2213/23 2216/18
2266/23 2285/24 2295/7 2295/13
2304/18 2312/5 2313/22 2330/11
2349/16 2372/23 2373/8 2377/20
2379/2
year [1]  2230/4
years [18]  2178/7 2226/14 2227/14
2228/8 2229/25 2230/3 2230/10
2230/17 2247/24 2248/1 2261/2
2271/20 2300/12 2301/25 2308/21
2330/6 2386/2 2386/18
yellow [4]  2196/24 2205/5 2322/2
2322/14
yes [573]
yesterday [2]  2301/23 2355/15
yet [8]  2172/13 2193/15 2242/13 2266/3
2272/1 2279/22 2312/6 2363/11
Yoakum [1]  2167/6
you [1028]
you'd [4]  2201/19 2202/10 2249/12
2355/1
you'll [23]  2175/8 2225/20 2236/18
2236/24 2238/14 2241/13 2241/14
2243/5 2243/5 2243/6 2247/13 2249/2
2251/11 2256/20 2260/10 2265/3
2272/15 2297/2 2297/3 2305/25
2305/25 2315/12 2323/10
you're [91]  2172/23 2179/8 2184/8
2184/17 2186/14 2187/3 2188/5 2193/2
2196/5 2196/8 2196/10 2196/15
2197/16 2198/24 2199/19 2199/21
2202/14 2202/22 2211/16 2212/4
2212/17 2212/25 2213/5 2213/22
2214/8 2214/18 2214/19 2216/25
2220/3 2220/11 2220/14 2224/24
2227/18 2227/20 2227/20 2230/5
2239/13 2241/2 2241/15 2241/20
2241/20 2242/25 2242/25 2243/1
2243/2 2243/2 2244/1 2247/12 2249/13
2251/13 2256/12 2256/12 2273/21
2277/6 2286/4 2286/5 2286/16 2291/5
2296/13 2296/15 2298/15 2305/20
2309/16 2309/22 2310/7 2310/14
2311/12 2313/4 2313/5 2313/10
2313/16 2313/17 2313/18 2315/10
2315/10 2315/11 2316/12 2318/1
2319/10 2322/2 2323/9 2338/16
2338/20 2339/11 2345/6 2346/11

2372/10 2372/17 2379/18 2383/24
2385/6
you've [57]  2180/18 2182/4 2183/22
2186/16 2187/16 2191/25 2196/7
2198/5 2201/3 2202/15 2208/21 2215/1
2220/7 2220/16 2229/25 2232/24
2236/10 2238/11 2241/6 2243/10
2255/4 2255/4 2244/24 2255/9 2260/7
2264/10 2268/25 2270/7 2275/20
2280/10 2280/23 2282/1 2282/2
2285/21 2287/5 2287/14 2291/3
2295/18 2299/15 2300/6 2303/11
2306/3 2309/5 2311/12 2315/5 2316/14
2333/11 2334/19 2334/19 2335/20
2337/10 2353/18 2365/25 2369/17
2369/19 2369/20 2370/16
YOUNG [1]  2168/5
your [217]  2172/8 2173/6 2174/15
2174/24 2175/2 2175/4 2176/5 2177/16
2177/16 2177/21 2178/7 2178/16
2178/17 2178/22 2179/5 2179/12
2179/15 2179/18 2179/23 2180/18
2181/5 2181/23 2182/9 2183/5 2183/10
2183/24 2185/3 2185/23 2187/21
2188/25 2193/23 2193/24 2194/1
2194/24 2195/10 2196/13 2198/11
2199/7 2201/23 2204/11 2206/20
2207/5 2209/7 2210/11 2213/9 2214/1
2214/5 2214/14 2214/21 2215/12
2215/24 2218/20 2218/25 2219/3
2220/19 2221/12 2221/21 2222/3
2222/15 2223/17 2224/18 2224/23
2225/13 2225/17 2225/22 2226/7
2226/10 2226/11 2227/3 2227/16
2228/6 2229/24 2230/9 2233/13
2233/18 2233/22 2234/2 2234/5 2235/2
2235/6 2239/4 2239/12 2239/14
2239/15 2240/22 2242/2 2243/9
2247/18 2249/9 2249/15 2249/19
2249/21 2252/24 2253/4 2254/5
2254/13 2254/17 2255/1 2255/3 2256/1
2258/6 2258/14 2258/16 2259/19
2261/6 2262/22 2263/5 2266/2 2266/10
2266/13 2267/1 2267/14 2267/15
2273/22 2275/22 2275/23 2276/23
2280/6 2282/12 2284/20 2284/22
2284/20 2289/2 2289/7 2290/16 2291/3
2291/10 2291/19 2294/20 2295/1
2296/1 2296/14 2296/14 2298/16
2298/20 2299/7 2299/11 2299/15
2300/3 2300/5 2300/12 2301/16
2301/21 2301/25 2303/17 2306/10
2308/1 2308/11 2309/5 2313/22 2322/6
2326/4 2328/5 2328/8 2330/25 2332/7
2332/11 2332/22 2333/4 2333/21
2333/22 2334/2 2334/2 2334/4 2334/4
2334/5 2334/15 2335/1 2335/14
2335/22 2339/21 2339/22 2340/1
2340/13 2341/17 2342/6 2342/9
2342/10 2342/11 2343/13 2343/19
2345/8 2346/23 2346/25 2346/25
2347/7 2348/6 2349/10 2355/22 2360/8
2361/24 2362/4 2364/13 2366/16
2369/21 2374/7 2374/10 2374/21
2377/11 2377/16 2378/3 2378/16
2381/5 2382/25 2383/5 2383/20 2384/2
2384/16 2386/2 2386/18 2386/23
2387/1 2387/17 2388/2 2388/6 2388/9
2388/17
yourself [2]  2226/24 2299/13

# Z

zero [4]  2286/6 2331/23 2368/1 2371/4

zonal [10]  2288/15 2289/2 2290/13
2291/2 2292/8 2293/6 2315/22
2345/25 2383/21 2384/12
zone [2]  2258/22 2289/5
zones [5]  2307/7 2307/9 2383/14
2383/24 2384/3