1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4    ***************************************************************

5        IN RE:  OIL SPILL BY THE OIL
         RIG *DEEPWATER HORIZON* IN THE
6        GULF OF MEXICO ON APRIL 20,
         2010
7

8                                   CIVIL ACTION NO. 10-MD-2179 "J"
                                    NEW ORLEANS, LOUISIANA
9                                   Thursday, March 7, 2013

10

11       THIS DOCUMENT RELATES TO:

12       CASE NO. 2:10-CV-02771,
         *IN RE:  THE COMPLAINT AND*
13       *PETITION OF TRITON ASSET*
         *LEASING GmbH, ET AL*
14
         CASE NO. 2:10-CV-4536,
15       *UNITED STATES OF AMERICA V.*
         *BP EXPLORATION & PRODUCTION,*
16       *INC., ET AL*

17
     ***************************************************************
18

19

20                      **DAY 8 - MORNING SESSION**

21           TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22        HEARD BEFORE THE HONORABLE CARL J. BARBIER

23                 UNITED STATES DISTRICT JUDGE

24

25

```
 1   APPEARANCES:

 2


 3   FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS
                                  BY:  JAMES P. ROY, ESQ.
 4                                556 JEFFERSON STREET, SUITE 500
                                  POST OFFICE BOX 3668
 5                                LAFAYETTE, LA  70502

 6


 7                                HERMAN HERMAN & KATZ
                                  BY:  STEPHEN J. HERMAN, ESQ.
 8                                820 O'KEEFE AVENUE
                                  NEW ORLEANS, LA  70113
 9


10                                CUNNINGHAM BOUNDS
11                                BY:  ROBERT T. CUNNINGHAM, ESQ.
                                  1601 DAUPHIN STREET
12                                MOBILE, AL  36604

13


14                                LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                  BY:  PAUL M. STERBCOW, ESQ.
15                                PAN AMERICAN LIFE BUILDING
                                  601 POYDRAS STREET, SUITE 2615
16                                NEW ORLEANS, LA  70130

17


18                                BREIT DRESCHER IMPREVENTO & WALKER
                                  BY:  JEFFREY A. BREIT, ESQ.
19                                600 22ND STREET, SUITE 402
                                  VIRGINIA BEACH, VA  23451
20


21                                LEGER & SHAW
22                                BY:  WALTER J. LEGER, JR., ESQ.
                                  600 CARONDELET STREET, 9TH FLOOR
23                                NEW ORLEANS, LA  70130

24


25
```

OFFICIAL TRANSCRIPT

```
1    APPEARANCES CONTINUED:

2

3                         WATTS, GUERRA, CRAFT
                         BY:  MIKAL C. WATTS, ESQ.
4                        4 DOMINION DRIVE
                         BUILDING 3, SUITE 100
5                        SAN ANTONIO, TX 78257

6

7                        WILLIAMS LAW GROUP
                         BY:  CONRAD S. P. WILLIAMS, ESQ.
8                        435 CORPORATE DRIVE, SUITE 101
                         HOUMA, LA  70360

9

10                       THORNHILL LAW FIRM
11                       BY:  THOMAS THORNHILL, ESQ.
                         1308 NINTH STREET
12                       SLIDELL, LA  70458

13

14                       DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                         BY:  JOHN W. DEGRAVELLES, ESQ.
15                       618 MAIN STREET
                         BATON ROUGE, LA 70801
16

17

18                       WILLIAMSON & RUSNAK
                         BY:  JIMMY WILLIAMSON, ESQ.
                         4310 YOAKUM BOULEVARD
19                       HOUSTON, TX  77006

20

21                       IRPINO LAW FIRM
                         BY:  ANTHONY IRPINO, ESQ.
22                       2216 MAGAZINE STREET
                         NEW ORLEANS, LA  70130
23

24

25
```

OFFICIAL TRANSCRIPT

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR THE UNITED STATES
     OF AMERICA:                 U.S. DEPARTMENT OF JUSTICE
 4                               TORTS BRANCH, CIVIL DIVISION
                                 BY:  R. MICHAEL UNDERHILL, ESQ.
 5                               450 GOLDEN GATE AVENUE
                                 7TH FLOOR, ROOM 5395
 6                               SAN FRANCISCO, CA  94102

 7


 8                               U.S. DEPARTMENT OF JUSTICE
                                 ENVIRONMENT & NATURAL RESOURCES DIVISION
 9                               ENVIRONMENTAL ENFORCEMENT SECTION
                                 BY:  STEVEN O'ROURKE, ESQ.
10                                    SCOTT CERNICH, ESQ.
                                      DEANNA CHANG, ESQ.
11                                    RACHEL HANKEY, ESQ.
                                      A. NATHANIEL CHAKERES, ESQ.
12                               P.O. BOX 7611
                                 WASHINGTON, DC  20044
13


14
                                 U.S. DEPARTMENT OF JUSTICE
15                               TORTS BRANCH, CIVIL DIVISION
                                 BY:  JESSICA McCLELLAN, ESQ.
16                                    MICHELLE DELEMARRE, ESQ.
                                      JESSICA SULLIVAN, ESQ.
17                                    SHARON SHUTLER, ESQ.
                                      MALINDA LAWRENCE, ESQ.
18                               POST OFFICE BOX 14271
                                 WASHINGTON, DC  20044
19


20                               U.S. DEPARTMENT OF JUSTICE
21                               FRAUD SECTION
                                 COMMERCIAL LITIGATION BRANCH
22                               BY:  DANIEL SPIRO, ESQ.
                                      KELLEY HAUSER, ESQ.
23                                    ELIZABETH YOUNG, ESQ.
                                 BEN FRANKLIN STATION
24                               WASHINGTON, DC  20044

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR THE STATE OF
     ALABAMA:                    ALABAMA ATTORNEY GENERAL'S OFFICE
 4                               BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                      COREY L. MAZE, ESQ.
 5                                    WINFIELD J. SINCLAIR, ESQ.
                                 500 DEXTER AVENUE
 6                               MONTGOMERY, AL  36130

 7


 8   FOR THE STATE OF
     LOUISIANA OFFICE
 9   OF THE ATTORNEY
     GENERAL:
10                               STATE OF LOUISIANA
                                 BY:  JAMES D.  CALDWELL,
11                               ATTORNEY GENERAL
                                 1885 NORTH THIRD STREET
12                               POST OFFICE BOX 94005
                                 BATON ROUGE, LA  70804
13


14
                                 KANNER & WHITELEY
15                               BY:  ALLAN KANNER, ESQ.
                                      DOUGLAS R. KRAUS, ESQ.
16                               701 CAMP STREET
                                 NEW ORLEANS, LA  70130
17


18


19   FOR BP EXPLORATION &
     PRODUCTION INC.,
20   BP AMERICA PRODUCTION
     COMPANY, BP PLC:            LISKOW & LEWIS
21                               BY:  DON K. HAYCRAFT, ESQ.
                                 ONE SHELL SQUARE
22                               701 POYDRAS STREET
                                 SUITE 5000
23                               NEW ORLEANS, LA  70139

24


25
```

OFFICIAL TRANSCRIPT

```
1   APPEARANCES CONTINUED:

2

3                                 COVINGTON & BURLING
                                  BY:  ROBERT C. "MIKE" BROCK, ESQ.
4                                 1201 PENNSYLVANIA AVENUE, NW
                                  WASHINGTON, DC  20004
5

6                                 KIRKLAND & ELLIS
7                                 BY:  J. ANDREW LANGAN, ESQ.
                                       HARIKLIA "CARRIE" KARIS, ESQ.
8                                      MATTHEW T. REGAN, ESQ.
                                  300 N. LASALLE
9                                 CHICAGO, IL  60654

10

11  FOR TRANSOCEAN HOLDINGS
    LLC, TRANSOCEAN
12  OFFSHORE DEEPWATER
    DRILLING INC., AND
13  TRANSOCEAN DEEPWATER
    INC.:                         FRILOT
14                                BY:  KERRY J. MILLER, ESQ.
                                  ENERGY CENTRE
15                                1100 POYDRAS STREET, SUITE 3700
                                  NEW ORLEANS, LA  70163
16

17                                SUTHERLAND ASBILL & BRENNAN
18                                BY:  STEVEN L. ROBERTS, ESQ.
                                       RACHEL G. CLINGMAN, ESQ.
19                                1001 FANNIN STREET, SUITE 3700
                                  HOUSTON, TX  77002
20

21                                MUNGER TOLLES & OLSON
22                                BY:  MICHAEL R. DOYEN, ESQ.
                                       BRAD D. BRIAN, ESQ.
23                                     LUIS LI, ESQ.
                                  335 SOUTH GRAND AVENUE, 35TH FLOOR
24                                LOS ANGELES, CA  90071

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              MAHTOOK & LAFLEUR
                               BY:  RICHARD J. HYMEL, ESQ.
 4                              1000 CHASE TOWER
                               600 JEFFERSON STREET
 5                              LAFAYETTE, LA  70502

 6

 7                              HUGHES ARRELL KINCHEN
                               BY:  JOHN KINCHEN, ESQ.
 8                              2211 NORFOLK, SUITE 1110
                               HOUSTON, TX  77098
 9

10

11   FOR CAMERON INTERNATIONAL
     CORPORATION:                STONE PIGMAN WALTHER WITTMANN
12                              BY:  PHILLIP A. WITTMANN, ESQ.
                               546 CARONDELET STREET
13                              NEW ORLEANS, LA 70130

14

15                              BECK REDDEN & SECREST
                               BY:  DAVID J. BECK, ESQ.
16                                   DAVID W. JONES, ESQ.
                                    GEOFFREY GANNAWAY, ESQ.
17                                   ALEX B. ROBERTS, ESQ.
                               ONE HOUSTON CENTER
18                              1221 MCKINNEY STREET, SUITE 4500
                               HOUSTON, TX  77010
19

20
     FOR HALLIBURTON
21   ENERGY SERVICES,
     INC.:                      GODWIN LEWIS
22                              BY:  DONALD E. GODWIN, ESQ.
                                    FLOYD R. HARTLEY, JR., ESQ.
23                                   GAVIN HILL, ESQ.
                               RENAISSANCE TOWER
24                              1201 ELM STREET, SUITE 1700
                               DALLAS, TX  75270.
25
```

OFFICIAL TRANSCRIPT

```
 1   APPEARANCES CONTINUED:

 2

 3                              GODWIN LEWIS
                               BY:  JERRY C. VON STERNBERG, ESQ.
 4                             1331 LAMAR, SUITE 1665
                               HOUSTON, TX  77010
 5

 6
     FOR M-I L.L.C.:           MORGAN, LEWIS & BOCKIUS
 7                             BY:  HUGH E. TANNER, ESQ.
                                    DENISE SCOFIELD, ESQ.
 8                                  JOHN C. FUNDERBURK, ESQ.
                               1000 LOUISIANA STREET, SUITE 4000
 9                             HOUSTON, TX  77002

10

11

12   OFFICIAL COURT REPORTER:  KAREN A. IBOS, CRR, RMR, CCR
                               CERTIFIED REALTIME REPORTER
13                             REGISTERED MERIT REPORTER
                               500 POYDRAS STREET, ROOM HB406
14                             NEW ORLEANS, LA  70130
                               (504) 589-7776
15                             Karen_Ibos@laed.uscourts.gov

16
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
17   PRODUCED BY COMPUTER.

18

19

20

21

22

23

24

25
```

1                          I N D E X

2

3    WITNESS:                                    PAGE/LINE:

4
     GLEN BENGE
5

6      Cross-Examination by Mr. Hill              2403/8

7      Cross-Examination by Mr. Regan            2468/1

8      Redirect Examination by Mr. Cernich       2576/12

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                          P-R-O-C-E-E-D-I-N-G-S

3                     THURSDAY, MARCH 7, 2013

4                  M O R N I N G   S E S S I O N

5

08:01:04   6       (OPEN COURT.)

08:01:04   7           THE COURT:  Good morning, everyone.  Be seated.  Any

08:01:12   8   preliminary matters before we resume Mr. Benge's testimony?

08:01:21   9           MR. UNDERHILL:  Good morning, your Honor.  Mike Underhill

08:01:24  10   for the United States.  Your Honor, we have the exhibit list for

08:01:27  11   the United States exhibits for Dick Heenan, testified yesterday,

08:01:32  12   and also, since there was an animation, we have two CD ROMs for the

08:01:37  13   clerk.  And apologies to Ben, she only gave me one list, but I will

08:01:43  14   give you the other later.  And we ask that those be admitted, your

08:01:45  15   Honor.

08:01:45  16           THE COURT:  Are there any objections to the U.S.A.'s

08:01:48  17   exhibits related to the examination of Mr. Heenan?

08:01:51  18           MR. BROCK:  BP would just ask for leave to review it and

08:01:53  19   let you know by the end of the day.  I think there are some

08:01:57  20   demonstratives we want to look at.  Probably okay, but we'll let

08:02:01  21   you know.

08:02:01  22           THE COURT:  Very well.

08:02:03  23           MR. WILLIAMS:  Good morning, your Honor.  Duke Williams

08:02:04  24   for the PSC.  With respect to Ronnie Sepulvado's cross-examination

08:02:09  25   yesterday, we've distributed a list and exhibits that we used.  I

08:02:12   1   think we circulated it yesterday.  And I've got a list for Ben and

08:02:16   2   Stephanie, and we would like to move for admission of those

08:02:18   3   exhibits.

08:02:19   4          THE COURT:  All right.  These are PSC's exhibits related

08:02:22   5   to Mr. Sepulvado's testimony.  Any objections to those?  Without

08:02:27   6   objection, those are admitted.

08:02:30   7          MR. HERMAN:  Good morning, your Honor.  Steve Herman for

08:02:33   8   the PSC.  Mr. Godwin has asked, he has a witness Mr. Probert who is

08:02:37   9   present --

08:02:38   10          THE COURT:  I don't know why we are getting all of this

08:02:40   11   static?  Somebody have their mic on them on their body or

08:02:40   12   something?

08:02:51   13          MR. HERMAN:  We don't think that there's any way we are

08:02:55   14   going to get to Mr. Probert today and in accommodation to

08:02:58   15   Mr. Godwin we would ask the Court to allow him to come back on

08:03:02   16   Monday.

08:03:03   17          THE COURT:  We have to finish Mr. Benge, then we have --

08:03:05   18          MR. HERMAN:  Mr. Calvert and then Davis.

08:03:08   19          THE COURT:  I don't think it's likely we will get to

08:03:10   20   Mr. Probert.  Okay.  That's fine.

08:03:12   21          MR. HERMAN:  Thank you, your Honor.  Thank you for that.

08:03:15   22          MR. GODWIN:  Good morning, your Honor.  Don Godwin for

08:03:16   23   Halliburton.  Judge, we have two exhibits that were used during

08:03:19   24   Ronnie Sepulvado's examination.  We circulated those among everyone

08:03:23   25   last evening.  To my knowledge, there are no objections and we will

08:03:26  1    move for their admission at this time.  And I will give these to

08:03:29  2    Ben and --

08:03:30  3              THE COURT:  These were Mr. Sepulvado you said?

08:03:32  4              MR. GODWIN:  Yes, your Honor.

08:03:34  5              THE COURT:  Halliburton's exhibits related to

08:03:36  6    Mr. Sepulvado.  Any objections?

08:03:37  7              MR. BROCK:  I was just confirming with Ms. Karis.  We

08:03:40  8    haven't seen the list, but again, I think it will be fine.  We will

08:03:43  9    let you know at the next break.

08:03:45  10             THE COURT:  I thought all of these lists were circulated

08:03:46  11   yesterday was the idea?

08:03:47  12             MR. GODWIN:  We did, Judge, last evening.

08:03:49  13             MR. BROCK:  I am not disputing that.  I am just saying we

08:03:52  14   haven't looked at it.

08:03:53  15             MR. GODWIN:  We will get back on that, but we did

08:03:56  16   circulate.

08:03:57  17             THE COURT:  All right.  I will reserve it until you all

08:03:59  18   work this out and just remind me we still need to introduce those.

08:04:02  19             MR. GODWIN:  The last thing with regard to Richard

08:04:05  20   Heenan, we have a number of exhibits there that were used during

08:04:10  21   his cross as well.  We've circulated those, to my knowledge, and

08:04:12  22   also, no objection, and we would move for their admission at this

08:04:15  23   time.

08:04:15  24             MR. BROCK:  Those are okay.

08:04:16  25             THE COURT:  Without objection, those are admitted.

2402

08:04:21  1          MR. KRAUSS:  Good morning, your Honor.  Doug Krauss on

08:04:23  2     behalf of the State of Louisiana.  I have Mr. Sepulvado's exhibits

08:04:25  3     that were used during the State's cross-examination.  This list has

08:04:31  4     been circulated and no objection has been stated.

08:04:33  5          THE COURT:  Any objections?  All right.  Without

08:04:35  6     objection, the State of Louisiana's exhibits are admitted.

08:04:39  7          MR. BRIAN:  Your Honor, Brad Brian for Transocean.  My

08:04:41  8     colleague Mike Doyen who cross-examined Mr. Heenan is back at the

08:04:45  9     office preparing Mr. Davis, so we will have to take up later, maybe

08:04:48  10    after the morning recess, what exhibits we will be offering on

08:04:52  11    Mr. Heenan.

08:04:52  12          THE COURT:  All right.  Very well.

08:04:54  13          MR. BROCK:  And, your Honor, we have our lists that also

08:04:57  14    have been circulated for Ronnie Sepulvado and Mr. Heenan.  We have

08:05:01  15    just circulated these this morning, but we will offer these at this

08:05:04  16    point.

08:05:05  17          THE COURT:  All right.  Do we have any objection to BP's

08:05:08  18    exhibits?

08:05:10  19          MR. IRPINO:  Your Honor, Anthony Irpino for PSC.  We just

08:05:13  20    received them a couple of minutes ago, so we will review them and

08:05:16  21    let everybody know.

08:05:18  22          THE COURT:  All right.  We will take that up later today.

08:05:22  23          All right.  Any other preliminary matters before we

08:05:25  24    resume testimony?

08:05:28  25          Okay.  I think Halliburton's up next.

OFFICIAL TRANSCRIPT

08:05:36  1            Good morning.

08:05:37  2            THE WITNESS:  Good morning.

08:05:39  3            MR. HILL:  Good morning, your Honor.  Gavin Hill for

08:05:53  4   Halliburton.  I will be cross-examining Mr. Benge on

08:05:57  5   cross-examination.  May I proceed?

08:06:22  6            THE COURT:  Sure.

08:06:22  7                       CROSS-EXAMINATION

08:06:22  8   BY MR. HILL:

08:06:24  9   Q.  Good morning, Mr. Benge.  How are you?

08:06:25 10   A.  Just fine.

08:06:26 11   Q.  Like I said, my name is Gavin Hill.  I am going to talk to you

08:06:28 12   a little bit about some things you talked about yesterday in your

08:06:32 13   testimony, and I have some new areas I want to get into with you.

08:06:35 14            First of all, you looked at the job data from the rig

08:06:39 15   specific to the job execution, correct?

08:06:41 16   A.  Yes, sir, I did.

08:06:42 17   Q.  And you reviewed documents, post job reports, and other

08:06:45 18   documents that evaluated that job as well, correct?

08:06:48 19   A.  Yes, sir, I did.

08:06:48 20   Q.  And as far as you could tell, that job went according to plan,

08:06:52 21   correct?

08:06:52 22   A.  I saw no issues whatsoever with that job.

08:06:54 23   Q.  And, in fact, in your report you actually indicate that

08:06:58 24   specifically the density control on the slurry was excellent?

08:07:01 25   A.  Yes, sir, it was.

2404

08:07:02   1    Q.  Now, in your review in preparing for your expert opinions to

08:07:06   2    submit to this Court and to appear here today to opine, did you see

08:07:11   3    anything in the job execution data that indicated to you that

08:07:14   4    nitrogen break out occurred with the respect to the slurry foam

08:07:20   5    pump?

08:07:20   6    A.  No, sir.  But that job data was as it was being pumped gave no

08:07:24   7    indication.

08:07:24   8    Q.  That's exactly my point.  There's no indication in the job data

08:07:27   9    that nitrogen breakout occurred?

08:07:29  10    A.  No, sir.

08:07:30  11    Q.  And you haven't seen any physical sample recovered from the

08:07:33  12    well, through the blowout or anything else, of cement that looks

08:07:35  13    like unstable cement, have you?

08:07:37  14    A.  No, sir, I have not.

08:07:39  15    Q.  Now, you talked yesterday about the ability of a cement job to

08:07:46  16    achieve zonal isolation depending primarily on two things, correct?

08:07:49  17    A.  Yes, sir.

08:07:50  18    Q.  And that was the slurry performance as well as proper placement

08:07:53  19    of the cement in the wellbore, correct?

08:07:57  20    A.  That is correct.

08:07:58  21    Q.  Would you agree with me that a perfectly designed cement job

08:08:01  22    and a perfectly executed cement job sometimes fails to achieve

08:08:05  23    zonal isolation?

08:08:06  24    A.  I would agree with that statement, sir.

08:08:07  25    Q.  And in fairness, the converse is also true, a non-optimized

2405

cement design and, perhaps, some hiccups in the execution, that

cement job also could achieve zonal isolation, correct?

A.  Yes, sir, it can.

Q.  Now, cement and drilling engineers can model the job the best

they want, they can use inputs, correct?

A.  Yes, sir.

Q.  And you can use simulated downhole conditions in testing of the

slurry, correct?

A.  Yes, sir.

Q.  But in the end, what we're doing is predicting what's going to

happen three miles down, correct?

A.  That is correct.

Q.  And I think, as you indicated yesterday, we're pumping the

slurry three miles below the surface and trying to hit the target

the size of your dinner plate, correct?

A.  Yes, sir.

Q.  Now, despite efforts to balance what you talked about as the

chemistry and physics of a cement job, in the end I think you

indicated that somewhere north of ten percent of the cement jobs in

deep water need to be remediated, correct?

A.  That is correct.

Q.  And if you actually were to go evaluate those jobs, you would

find a variety reasons.  Perhaps, it was the cement blend, correct?

A.  Yes, sir.

Q.  Perhaps, it was wellbore conditions, correct?

2406

08:09:15  1    A.  Yes, sir.

08:09:15  2    Q.  And you would agree with me, sir, that there are times that we

08:09:18  3    just don't know why we fail to achieve zonal isolation, correct?

08:09:22  4    A.  That is correct.

08:09:23  5    Q.  And that is why it is so important to evaluate a cement job

08:09:27  6    after it has been predicted where it's going to be placed to

08:09:31  7    confirm that we actually put it where we want it, correct?

08:09:33  8    A.  Yes, sir, that's in concert with my report.

08:09:35  9    Q.  I think you said it very well in your report, page 37.  And I

08:09:45 10    may be paraphrasing here, but tell me if you agree with this

08:09:48 11    statement:  "Cement must be carefully tested by an operator before

08:09:51 12    it can be relied upon as a barrier."?

08:09:53 13    A.  Absolutely.

08:09:55 14    Q.  Now, just to kind of connect the dots, that is why the negative

08:09:59 15    pressure test at Macondo was so important, correct?

08:10:01 16    A.  Yes, sir.

08:10:02 17    Q.  If BP decided not to use a CBL to evaluate the quality of the

08:10:10 18    cement bond or the top of the cement, the very next opportunity BP

08:10:12 19    had to evaluate that cement job and whether it was actually

08:10:15 20    obtaining zonal isolation was by conducting the negative pressure

08:10:18 21    test, correct?

08:10:23 22    A.  We said something in there and I'll apologize.

08:10:25 23    Q.  Please.

08:10:25 24    A.  The negative pressure test tested a barrier in the well for the

08:10:30 25    system.  It wouldn't have necessarily tested zonal isolation.  It

08:10:34  1    would have tested the barrier.

08:10:36  2    Q.  Fair distinction, so let's make sure we're clear on this.  If

08:10:39  3    you do not run a CBL to actually look at the indicators of the

08:10:43  4    zonal isolation cement bonding, top of cement, things like that,

08:10:48  5    are you with me?

08:10:48  6    A.  Yes, sir.

08:10:49  7    Q.  The negative test -- negative pressure test itself by

08:10:53  8    underbalancing the well tells you whether or not something can

08:10:56  9    float, at least, regular cement, fair?

08:10:58  10   A.  That's correct.

08:10:59  11   Q.  And in a sense, while not directly testing the cement, it tests

08:11:02  12   the system through which -- and the cement is part of that,

08:11:02  13   correct?

08:11:08  14   A.  Yes, cement is part of that system.

08:11:08  15   Q.  Now, the difference between what happened at Macondo versus the

08:11:11  16   other ten percent of jobs that need to be remediated, is if the

08:11:15  17   negative pressure test is misinterpreted, and we have heard lots of

08:11:18  18   testimony about that.  You agree with that?

08:11:19  19   A.  Yes, I do.

08:11:20  20   Q.  And you agree that had that negative pressure test been

08:11:23  21   interpreted correctly, BP would have had indications that the well

08:11:28  22   was flowing and Halliburton could have come back and remediated

08:11:31  23   that job?

08:11:32  24   A.  Yes, sir.

08:11:32  25   Q.  In fact, in your review of the paperwork and the data in this

08:11:36 1    case, all of the materials you reviewed, did you see -- were you

08:11:40 2    made aware that Halliburton actually did remediate cement jobs in

08:11:44 3    this very well before getting into production interval?

08:11:46 4    A.  Yes, sir, I saw two remediation jobs poured on this well.

08:11:51 5    Q.  Those remediation jobs are fairly routine in the industry,

08:11:53 6    correct?

08:11:53 7    A.  Unfortunately, they are, yes, sir.

08:11:56 8    Q.  Something you said yesterday piqued my interest.  You talked

08:11:59 9    about marrying the chemistry -- let me back up.

08:12:03 10           You talked about yesterday that a successful cement job

08:12:05 11   is about marrying the chemistry of the cement with the physics of

08:12:09 12   cement?

08:12:09 13   A.  Yes, sir.

08:12:10 14   Q.  Do I understand correctly, when you talk about chemistry,

08:12:11 15   you're talking about the cement design, the blend itself?

08:12:14 16   A.  Yes.

08:12:14 17   Q.  And when you talked about that, for example, would be

08:12:17 18   recommended by Halliburton but then reviewed and approved by BP?

08:12:20 19   A.  That is correct.

08:12:21 20   Q.  And on the physics side, the other marriage partner is the

08:12:25 21   physics.  That's things like whether or not -- the extent to which

08:12:29 22   you centralize casing, correct?

08:12:30 23   A.  Yes, sir.

08:12:31 24   Q.  And that's about creating a non-preferential flow path making

08:12:35 25   the cement uniformly rise regularly around the pipe, right?

08:12:38 1   A.   That is correct.

08:12:39 2   Q.   And the other thing on the physics side would be wellbore

08:12:42 3   conditions, right?

08:12:43 4   A.   Yes, sir.

08:12:43 5   Q.   So you need to know the geometry of the wellbore?

08:12:48 6   A.   Yes, sir.

08:12:48 7   Q.   And all of these things on the physics side need to be

08:12:52 8   optimized if your goal is to actually totally isolate the well --

08:12:56 9   in the well?

08:12:56 10  A.   Yes, sir, to the extent possible.

08:12:57 11  Q.   And you also said that bad physics can kill a good cement job,

08:13:02 12  correct?

08:13:02 13  A.   Yes, sir.

08:13:02 14  Q.   Now, let's see what happened on this well.  Despite the

08:13:05 15  chemistry, there is arguments about the chemistry here and we're

08:13:08 16  going to approach this head-on.  Let's talk about assuming what BP

08:13:12 17  knew about this slurry.  It controls the physics side, correct?

08:13:17 18  A.   Yes, sir.

08:13:17 19  Q.   And let's be very specific, BP reduced the number of

08:13:21 20  centralizers, right?

08:13:22 21  A.   Yes.

08:13:22 22  Q.   And you're aware that BP reduced the pumping rates to a fairly

08:13:27 23  low rate on this job so that we didn't achieve that what you called

08:13:31 24  annular velocity or fluid velocity needed to effectively displace,

08:13:36 25  right?

08:13:37  1    A.  That's correct.

08:13:37  2    Q.  And BP also did not, in your opinion, properly condition the

08:13:41  3    mud that prepared that mud to be displaced ahead of the cement job,

08:13:45  4    right?

08:13:45  5    A.  Yes, sir.

08:13:46  6    Q.  Now, Mr. Benge, in your opinion, that's a pretty good list of

08:13:51  7    what not to do if you're trying to optimize a good cement job on

08:13:55  8    the physics side, isn't it?

08:13:56  9    A.  That is, sir.

08:13:57 10    Q.  Now, with the exception of this Dril-Quip document that this

08:14:02 11    Court has seen recommending not using centralizers, you and I can

08:14:06 12    bore the Court all day putting up recommendations from Halliburton,

08:14:09 13    BP -- or documents from Halliburton, BP, and the industry generally

08:14:13 14    talking about the benefits of centralization, couldn't we?

08:14:16 15    A.  I am afraid we could bore the Court pretty quickly.

08:14:19 16    Q.  We don't need that because in your opinion yesterday you

08:14:22 17    basically said the benefits of centralization are unquestionable,

08:14:25 18    correct?

08:14:25 19    A.  That is correct.

08:14:25 20    Q.  Let's assume that BP perceived some operational risk or

08:14:31 21    problem, you know, real or perceived, with running centralizers.

08:14:35 22    You would agree that the smart move for an operator trying to

08:14:38 23    obtain a good cement job and obtain zonal isolation in that case

08:14:42 24    would be to optimize the other physics under its control, correct?

08:14:45 25    A.  That is correct, yes, sir.

08:14:47 1    Q.  So instead of a low pump rate, bumping that pumping rate up to

08:14:53 2    help achieve efficient displacement?

08:14:55 3    A.  That would be one of the mitigating steps.

08:14:57 4    Q.  Circulating full bottoms up, right?

08:15:00 5    A.  Yes, sir.

08:15:00 6    Q.  And I know that we have -- people have talked about circulating

08:15:05 7    full bottoms up.  I want to make sure that we're clear because I

08:15:07 8    think we've heard bits and pieces of it.  Mr. Sepulvado was on the

08:15:09 9    stand the other day was saying the purpose of a bottoms up

08:15:11 10   circulation is to remove debris, true?  Right?

08:15:14 11   A.  That is true.

08:15:14 12   Q.  You would agree with that.  In this case, BP circulated ahead

08:15:18 13   of the cement job 260 barrels approximately, right?

08:15:22 14   A.  Yes, sir.

08:15:22 15   Q.  A full bottoms up was somewhere in the neighborhood, depending

08:15:25 16   on your calculation, of 2,400 barrels to 2,700 barrels, correct?

08:15:30 17   A.  Yes.  It's 2,700 for the full bottoms up or 2,400 more than

08:15:35 18   what was pumped.

08:15:36 19   Q.  Thank you, sir.  But there are other reasons why you want to do

08:15:39 20   a bottoms up, right?

08:15:41 21   A.  Yes, sir.

08:15:41 22   Q.  Let's talk about those reasons.  One of the things that you

08:15:44 23   want to do -- by the way, it is a good practice to displace cement

08:15:48 24   into a wellbore without knowing whether or not gas has been

08:15:52 25   percolating or seeping into the mud ahead of the cement job?

2412

08:15:56  1   A.  No, it is not.

08:15:57  2   Q.  And one of the reasons you do a full bottoms up is to get the

08:16:00  3   mud from the bottom of the well all the way to the rig, right?

08:16:03  4   A.  Yes, sir.

08:16:04  5   Q.  Not just up above a production interval, but all the way to the

08:16:08  6   rig so it can be evaluated to determine whether or not there is gas

08:16:11  7   in the mud?

08:16:11  8   A.  That's exactly correct.

08:16:12  9   Q.  And at Macondo, that mud sat there prior to the limited

08:16:19 10   circulation cement job for a couple of days, didn't it?

08:16:21 11   A.  Yes, sir.

08:16:21 12   Q.  And that couple of days in a well with a pore pressure and the

08:16:29 13   mud weight are so closely balanced, it's reasonable to assume that

08:16:33 14   there was gas that got into the mud?

08:16:36 15           MR. REGAN:  Your Honor, I am going to object to that.

08:16:38 16   The witness has not expressed opinions about what the quality of

08:16:41 17   the mud was at any given day.  There are documents as to that

08:16:44 18   question.

08:16:45 19           THE COURT:  Is that something you've looked at or

08:16:47 20   expressed an opinion on?

08:16:49 21           THE WITNESS:  I have not expressed an opinion on it, but

08:16:51 22   I have looked at it.

08:16:54 23           THE COURT:  But you did not express an opinion in your

08:16:56 24   report?

08:16:56 25           THE WITNESS:  No, sir, I did not.

08:16:56  1            THE COURT:  I sustain the objection.

08:16:56  2    BY MR. HILL:

08:16:58  3    Q.  Let's talk about circulation.  There is a third reason, and

08:17:01  4    that's the breaks, the gel strengths and levels you did expressly

08:17:04  5    opine on your report?

08:17:04  6    A.  Yes, I did.

08:17:05  7    Q.  So the Court understands, when you have a wellbore full of mud

08:17:08  8    there are going to be areas of that mud that have different gel

08:17:11  9    strengths in different pockets, correct?

08:17:13 10    A.  Yes, sir.

08:17:13 11    Q.  And circulating a minimum amount isn't going to break all of

08:17:17 12    the gel strengths in your opinion, is it?

08:17:18 13    A.  No, it will not.

08:17:19 14    Q.  The longer you circulate, the more you heat that mud and the

08:17:22 15    more efficient you are at breaking pockets of gel mud, correct?

08:17:26 16    A.  Yes, sir.

08:17:28 17    Q.  Let's talk about what happens if you are not effective at

08:17:33 18    breaking all of the pockets of gel mud.  If there are pockets of

08:17:36 19    gel mud in the production interval and you displace cement into it,

08:17:40 20    you could potentially displace or push cement past that gel mud in

08:17:43 21    place, correct?

08:17:45 22    A.  That is correct.

08:17:45 23    Q.  And that is a way that mud can contaminate cement in a cement

08:17:50 24    job, right?

08:17:50 25    A.  Yes, sir.

08:17:51 1   Q.  That's completely dependent on whether or not there is an

08:17:54 2   effective bottoms up circulation prior to the job?

08:17:57 3   A.  That's one of the factors for that, yes, sir.

08:18:05 4   Q.  I want to shift directions a little bit.  Yesterday you also

08:18:08 5   said or expressed the opinion that an unsuccessful cement job does

08:18:11 6   not equal a blowout.  Do you stand by that today?

08:18:14 7   A.  Yes, sir, I do.

08:18:15 8   Q.  In fact, you expressly stated, "An unsuccessful cement job in

08:18:18 9   your mind means remediation," right?

08:18:20 10  A.  That's correct.

08:18:20 11  Q.  And we've touched on this earlier, but I want to make sure the

08:18:24 12  Court understands that the reason --

08:18:26 13          MR. REGAN:  Your Honor, we've had about four hours of

08:18:29 14  this direct examination of this witness on this topic.  I

08:18:31 15  understand there's alignment of the parties against BP on some of

08:18:34 16  these issues, but I think we're just repeating the same ground

08:18:38 17  again.

08:18:38 18          MR. HILL:  May I respond?

08:18:40 19          THE COURT:  We are, but this is cross-examination.  I

08:18:42 20  will give some leeway, but I don't want to spend a whole lot of

08:18:46 21  time.

08:18:46 22          MR. HILL:  I guarantee you, your Honor, I will not.  I

08:18:49 23  just want to make this one point.

08:18:50 24          THE COURT:  All right.  Go ahead, Mr. Hill.

08:18:52 25  BY MR. HILL:

2415

08:18:53  1    Q.  The reason why -- would you agree with me that the reason why a

08:18:59  2    failure to achieve zonal isolation doesn't mean a blowout is

08:19:03  3    because after the cement job, in the case of Macondo for 10 to

08:19:08  4    12 hours after the cement job, there was a cement -- there was a

08:19:11  5    mud column providing hydrostatic pressure to push back whatever

08:19:19  6    formation pressure there was?  That was a bad question.

08:19:21  7    A.  It's acting on the top plug, yes, sir.

08:19:25  8    Q.  I'm sorry?

08:19:25  9    A.  Are you talking about inside the pipe?

08:19:28 10    Q.  Yes.

08:19:28 11    A.  That would be acting on the top plug, but, yes, that's correct.

08:19:31 12    Q.  The point is the mud column from the plugs all the way to the

08:19:34 13    top applies hydrostatic pressure in order to keep back anything

08:19:38 14    that may potentially flow through cement, right?

08:19:41 15    A.  Yes, sir.

08:19:42 16    Q.  And in fact, it's under that protective umbrella of mud

08:19:45 17    hydrostatic pressure provided by the mud column that you can

08:19:48 18    actually effectively do a good cement job, fair?

08:19:55 19    A.  Fair.

08:19:56 20    Q.  I would like to take a step back and kind of look at the

08:20:01 21    10,000-foot view of some of the cement testing you reviewed because

08:20:03 22    you seemed to rely on some but discount others.

08:20:06 23    A.  Yes, sir.

08:20:06 24    Q.  You reviewed Halliburton's testing documents that were done

08:20:10 25    preincident, correct?

08:20:11  1    A.  Yes, sir.

08:20:11  2    Q.  You reviewed CSI's testing, correct?

08:20:13  3    A.  Yes, sir.

08:20:14  4    Q.  And that's Appendix K to the Bly Report as I recall?

08:20:17  5    A.  That's correct.

08:20:17  6    Q.  You reviewed Chevron's testing, correct?

08:20:21  7    A.  Yes, sir, I did.

08:20:22  8    Q.  And you reviewed OTC's testing, correct?

08:20:24  9    A.  Yes, sir.

08:20:24 10    Q.  Did you review the deposition testimony of those associated

08:20:29 11    with conducting the tests for OTC and Chevron?

08:20:31 12    A.  Yes, sir, I did.

08:20:32 13    Q.  Now, I want to make sure the Court understands exactly what was

08:20:40 14    tested in each of these incidents.

08:20:44 15              MR. HILL:  Can you bring up TREX 2, please.  Next page,

08:20:49 16    please.  Next page, please.  Next.  Keep going until you find the

08:21:13 17    CSI cover page.

08:21:13 18    BY MR. HILL:

08:21:14 19    Q.  Now, CSI, you would agree, they conducted testing on what I

08:21:18 20    would call simulation slurry; is that a fair characterization?

08:21:21 21    A.  That's what CSI called it.

08:21:23 22    Q.  So in a simulation slurry did not test any Halliburton cement

08:21:26 23    or additives, did it?

08:21:27 24    A.  No, sir, it did not.

08:21:28 25    Q.  It certainly did not test rig blend?

08:21:33  1    A.  No, sir.

08:21:34  2    Q.  When I say "rig blend" you understand that I'm talking about

08:21:35  3    the blend that was actually used on the rig at Macondo?

08:21:37  4    A.  Yes, that would be the cement that was on the rig taken and

08:21:40  5    brought in for testing.

08:21:41  6    Q.  And that is the actual rig blend that Halliburton tested

08:21:44  7    preincident, correct?

08:21:45  8    A.  Yes, sir.

08:21:46  9    Q.  Chevron.

08:21:47  10          MR. HILL:  Can you go to 4572, please.

08:21:47  11   BY MR. HILL:

08:21:49  12   Q.  And you read the Chevron test results, right?

08:21:55  13   A.  Yes, sir.

08:21:56  14   Q.  Chevron did not test rig blend either, did they?

08:21:59  15   A.  No, sir, they did not.

08:22:00  16   Q.  They tested a simulation slurry, right, of Halliburton

08:22:04  17   materials?

08:22:05  18   A.  Yes, the differences those were Halliburton materials, but it

08:22:09  19   was not the rig blend.

08:22:09  20   Q.  Thank you.  OTC is a little bit of a hybrid case, correct?

08:22:14  21   A.  Yes, sir.

08:22:17  22          MR. HILL:  I want you to go to TREX 5937.  Page three,

08:22:25  23   please.

08:22:25  24   BY MR. HILL:

08:22:26  25   Q.  And you know that the OTC tested primarily the same thing

2418

08:22:30  1    Chevron did which was simulation slurries from Halliburton blend

08:22:34  2    but not rig blend?

08:22:36  3    A.  That is correct.

08:22:36  4    Q.  With two exceptions, two notable exceptions:  They were the

08:22:41  5    only other person or the only other entity in this case to actually

08:22:45  6    test rig blend and they had two samples, right?

08:22:47  7    A.  Yes, sir -- well, they had one sample of blend, but they ran a

08:22:51  8    couple of tests.

08:22:52  9    Q.  We will look at that, but they actually had rig blend provided

08:22:55 10    to them by the U.S. government, right?

08:22:56 11    A.  Yes, sir.

08:22:57 12    Q.  And your understanding is that Halliburton, under subpoena,

08:23:00 13    gave the actual rig blend to the government and the government gave

08:23:03 14    some of that actual rig blend to OTC to test, correct?

08:23:06 15    A.  That's my understanding, yes.

08:23:07 16    Q.  OTC used that rig blend and basically created two samples for

08:23:12 17    testing, the MAC4 samples, correct?

08:23:15 18    A.  That's correct.

08:23:15 19    Q.  And on one they did, they did a set foam stability test and the

08:23:19 20    other they did an unset, correct?

08:23:20 21    A.  Yes, sir.

08:23:20 22    Q.  And we'll go into that.  I am not testing your memory.  If you

08:23:23 23    know, great, but we can look at that.

08:23:25 24          And you know that one of the arguments in this case

08:23:28 25    primarily from BP is that Halliburton slurry was unstable, right?

08:23:31  1    A.  Yes, sir.

08:23:32  2    Q.  Would you agree with me, sir, that not withstanding these other

08:23:36  3    third-party tests that were conducted post incident, that the final

08:23:39  4    April 2010 foam stability test conducted by Halliburton is the most

08:23:42  5    relevant test bearing on the stability question?

08:23:45  6    A.  Yes, sir, I would agree with that.

08:23:48  7    Q.  And just so we can put it in the Court's mind.

08:23:54  8              MR. HILL:  Can you bring up TREX 7722.  And let's go to

08:24:03  9    the next page, please.  Let's pull up the bottom foam mix and

08:24:20 10    stability.

08:24:20 11    BY MR. HILL:

08:24:21 12    Q.  At the bottom is says, "Foam mix and stability test."  This is

08:24:24 13    the test that generated a 1.8 and 1.8 specific gravity on top and

08:24:28 14    bottom respectively, correct?

08:24:29 15    A.  That is correct.

08:24:30 16    Q.  Now, I would like you to explain to the Court why you think

08:24:33 17    that.  You would agree that properties of cement can change with

08:24:37 18    time?

08:24:38 19    A.  Yes, they can.

08:24:39 20    Q.  And they also change in response to environmental conditions,

08:24:42 21    correct?

08:24:43 22    A.  Yes, sir.

08:24:44 23    Q.  Heat?

08:24:46 24    A.  Yes, sir.

08:24:46 25    Q.  Humidity?

08:24:47  1    A.   Definitely.

08:24:48  2    Q.   Now, let's take a hypothetical blend that we blended onshore.

08:24:52  3    Let's cut it in half.   Are you with me?

08:24:54  4    A.   Yes, sir.

08:24:54  5    Q.   You're going to take half of that blend and leave it onshore.

08:24:57  6    We're going to take the other half and we're going to put it --

08:25:00  7    take it out to a rig for a job, all right?

08:25:02  8    A.   Okay.

08:25:02  9    Q.   So you would agree with me that that sample or that blend

08:25:06 10    that's going up to the rig is going to be transferred into a tank

08:25:09 11    on a boat, correct?

08:25:10 12    A.   Yes, sir.

08:25:11 13    Q.   It's going to be, then, shipped over the Gulf of Mexico out to

08:25:14 14    the rig, correct?

08:25:15 15    A.   Yes, sir.

08:25:15 16    Q.   There it's going to have a transfer system that literally blows

08:25:19 17    it into a tank on the rig, correct?

08:25:21 18    A.   That is correct.

08:25:22 19    Q.   Once that blend goes offshore, it's going to be subjected to

08:25:26 20    increases and decreases in humidity, correct?

08:25:28 21    A.   That's correct.

08:25:29 22    Q.   Increases and decreases in temperature, correct?

08:25:33 23    A.   That is correct.

08:25:34 24    Q.   And there is the potential for residual blend, prior blends

08:25:39 25    residing in the transfer systems and in the very tank that's being

08:25:42  1  transported in, correct?

08:25:43  2  A.   That is correct.

08:25:44  3  Q.   And each of those things has the potential to mix with that

08:25:47  4  blend and change its physical properties, correct?

08:25:49  5  A.   That is correct.

08:25:50  6  Q.   And those differences that we just talked about, those

08:26:00  7  differences in properties can be manifested when the shore blend

08:26:05  8  and the new rig blend are respectively tested, correct?

08:26:07  9  A.   Yes, sir.

08:26:10  10           THE COURT:   Wait a minute.   So you're saying that

08:26:15  11  temperature and humidity and other environmental conditions can

08:26:18  12  change the properties of the cement blend.

08:26:26  13           THE WITNESS:   Yes, sir.

08:26:27  14           THE COURT:   Does that change it generally for the better

08:26:29  15  or the worse?

08:26:30  16           THE WITNESS:   Well, these are blown with air, so you use

08:26:35  17  compressed air, and if the air dryers, for example, aren't working,

08:26:39  18  you're putting a little bit of water, moist air going in.   So the

08:26:43  19  real fine particles in the cement will tend to have already

08:26:47  20  reacted, so that'll make the cement less reactive, actually.   And

08:26:50  21  so that'll change it, it'll change it for the worse.

08:26:55  22           You fluff that cement offshore, so you will move it

08:26:58  23  around in the tank so it doesn't settle down.   So humidity is a

08:27:04  24  big -- take a sack from Home Depot, it's already -- and leave it in

08:27:07  25  a garage for awhile, especially down here, you'll start seeing the

08:27:10  1    top part will be set and the inside will be unset.  That's because

08:27:14  2    of humidity and heat in storage.

08:27:15  3              THE COURT:  Okay.  Thank you.  Go ahead, Mr. Hill.

08:27:19  4    BY MR. HILL:

08:27:19  5    Q.  This potential to get variable test results from different

08:27:22  6    blends depending on the source and their unique history, this is

08:27:27  7    actually a concern that the industry attempts to guard against,

08:27:29  8    correct?

08:27:29  9    A.  Yes, it is.

08:27:30  10   Q.  In fact, it's the underlying principle why samples from the rig

08:27:35  11   are hot-shotted to shore in order to be tested for operational

08:27:39  12   jobs, correct?

08:27:39  13   A.  That is correct.

08:27:40  14   Q.  And so an operator like BP spends time and money to either put

08:27:44  15   a sample from the rig on a boat or on helicopter to get it to the

08:27:47  16   shore for testing, right?

08:27:48  17   A.  Yes.

08:27:48  18   Q.  And if they want to know the properties of the cement on a job

08:27:51  19   that they're going to be using for not necessarily for operation,

08:27:55  20   they're going to go back and test something on the shore, the

08:28:00  21   source of that cement is going to come from the rig preferably?

08:28:03  22   A.  Where possibly you want to use the rig sample, yes, sir.

08:28:05  23   Q.  And, in fact, you've read the portions of the BP-Halliburton

08:28:10  24   contract where BP expressly requires Halliburton to use rig cement

08:28:15  25   for purposes of testing, right?

2423

08:28:16  1   A.  Yes, sir.

08:28:17  2   Q.  And would you agree with me that the underlying principle

08:28:21  3   there, or consistently the underlying principle with actually

08:28:24  4   testing rig cement to the exclusion of other sources of blend?

08:28:27  5   A.  Yes, sir.

08:28:27  6   Q.  So in your review of cement testing documents, you learned that

08:28:33  7   the only rig cement that's been tested in this case is

08:28:36  8   Halliburton's preincident testing, correct?

08:28:39  9   A.  That's correct.

08:28:40  10  Q.  And the two --

08:28:41  11  A.  And the two OTC samples.

08:28:43  12  Q.  I'm sorry?

08:28:43  13  A.  I'm sorry, I talked over you, I apologize.

08:28:45  14  Q.  Go ahead.

08:28:46  15  A.  The two OTC were the only rig blend samples.

08:28:49  16  Q.  Thank you.  You would agree that CSI didn't even test

08:28:53  17  Halliburton cement additives.  Its testing is not relevant at all

08:28:56  18  to the question of whether the foam slurry pumped at Macondo was

08:28:56  19  stable?

08:29:03  20  A.  I agree with that statement.

08:29:05  21  Q.  Let's talk about Chevron.  You would agree that just because

08:29:09  22  Chevron's lab was not able to generate a stable foam using

08:29:14  23  simulation slurries that you could not use that Chevron testing to

08:29:16  24  conclude that what the properties of the slurry actually pumped at

08:29:19  25  Macondo were, could you?

08:29:20  1    A.  No, I can't conclude that.

08:29:23  2    Q.  In fact, you would agree that what Chevron tested may actually

08:29:29  3    be a different slurry or actually be different than what was

08:29:31  4    actually on the rig?

08:29:32  5    A.  Well, it wasn't the rig sample, no, sir.

08:29:35  6    Q.  And you agree, you have knowledge that there's a potential that

08:29:38  7    it's actually different?

08:29:39  8    A.  There is a potential for that, yes, sir.

08:29:41  9    Q.  Can we go to TREX 4572, please.  And let's go to page 11.  This

08:29:49 10    is the Chevron testing document.  And there is an example in here,

08:29:55 11    it's coming.

08:29:56 12    A.  No, it's not, it's a blank screen.

08:30:18 13    Q.  This is page 11 of the Chevron document, and I want you to

08:30:22 14    focus right here at test eight, pull that up.  Chevron ran several

08:30:28 15    different foam stability tests using Halliburton's cement, right?

08:30:31 16    A.  Yes, sir.

08:30:31 17    Q.  And by "Halliburton cement," I mean the non-rig blend that

08:30:35 18    Halliburton provided for testing, right?

08:30:36 19    A.  Yes, sir.

08:30:37 20    Q.  As a sensitivity test or maybe a look-see test, Chevron threw

08:30:43 21    in test number eight, and that slurry basically took the Lafarge

08:30:46 22    class H cement, that's the same thing Halliburton provided,

08:30:49 23    correct?

08:30:49 24    A.  That's correct.

08:30:49 25    Q.  But instead, they sourced that from the manufacturer, right?

08:30:51  1   A.  Yes.

08:30:52  2   Q.  Could you go to page 12, please.  Pull that up.  These are the

08:31:03  3   nine samples that Chevron tested on the non-rig cement, and if you

08:31:07  4   look at test number eight, you look at the densities of the foam

08:31:11  5   stability test, you would notice that there's somewhat of an

08:31:13  6   outlier compared to all of the other ones, correct, in terms of

08:31:17  7   their densities?

08:31:18  8   A.  Yes, sir.

08:31:18  9   Q.  And that's pretty much a built-in example of why the source of

08:31:22  10  the cement matters, the exact same cement just sourced from

08:31:26  11  different locations that produced different results, correct?

08:31:29  12  A.  Yes, sir, it did.

08:31:31  13  Q.  Take that down, please.  OTC testing, let's talk about that.

08:31:47  14  With the exception of just the two set -- tests that we'll talk

08:31:51  15  about the MAC4 slurry, but BP used the Halliburton cement and

08:31:54  16  additives to generate cement slurries, correct?

08:31:58  17  A.  Yes.

08:31:59  18  Q.  Now, understanding that you were looking for as many data

08:32:04  19  points as possible for your analysis, I note that you relied on two

08:32:07  20  UCA tests generated by OTC, fair?

08:32:11  21  A.  That's correct.

08:32:11  22  Q.  And that would be the UCA-2 and UCA-2B that you talked about

08:32:15  23  yesterday, right?

08:32:16  24  A.  Yes, sir.

08:32:16  25  Q.  Now, the purpose of the UCA test is basically to understand

2426

08:32:21  1   over a period, applying temperature and pressure, what compressive

08:32:24  2   strength development of that slurry that's being tested is going to

08:32:27  3   show?

08:32:27  4   A.  That's correct.

08:32:28  5   Q.  And you can look at that test data to get an idea, for example,

08:32:34  6   of when that slurry is going to gain specific benchmarks as of psi

08:32:39  7   strength, fair?

08:32:39  8   A.  It will give you an indication of that, yes.

08:32:41  9   Q.  The benchmark that the industry typically looks to is a

08:32:45  10   500 psi, right?

08:32:46  11   A.  That's correct.

08:32:46  12   Q.  Why is that?

08:32:49  13   A.  Normally if you -- that's a benchmark that's been used for

08:32:54  14   years that at that particular point in time, you can continue rig

08:32:58  15   operations.  It's based on an awful lot of things from a long time

08:33:02  16   ago having to do with sheer bond, a lot of different things.

08:33:06  17   Q.  Let me ask you this.  Cement is actually set immovable 50 psi,

08:33:11  18   isn't it?

08:33:11  19   A.  Yes, sir, it is.

08:33:12  20   Q.  The 500 psi benchmark, would you agree, had as much to do with

08:33:18  21   the ability of the testing apparatus to measure that 500 psi as it

08:33:23  22   actually did for what it meant for the strength of the slurry?

08:33:26  23   A.  Yeah, on 50 psi, you can sometimes get a false reading on the

08:33:31  24   UCA, but I'll note that in the new standard 652 that's been adopted

08:33:38  25   by BOEMRE, they do go back to the 50 psi.  500 is accepted in law

08:33:45   1   and regulation for a number of states.

08:33:47   2   Q.  You agree with me the cement is actually set and immovable at

08:33:51   3   50 psi?

08:33:51   4   A.  It is set and immovable at 50.

08:33:53   5   Q.  I want to be fair here in what you did.  You basically were

08:33:57   6   comparing the fact that when Halliburton conducted its UCA

08:34:00   7   compressive strength test on the nine-gallon slurry -- by the way,

08:34:06   8   let's clear this up.

08:34:07   9           Yesterday Transocean asked you -- tried to get you to

08:34:09  10   confirm that Halliburton didn't do compressive strength testing on

08:34:13  11   the nine-gallon slurry.  Is that true?

08:34:14  12   A.  No, there was compressive strength on nine gallons.  I may have

08:34:18  13   misspoke, and I apologize.

08:34:19  14   Q.  To be fair so there's no confusion, there are two ways to test

08:34:23  15   compressive strength, right?  Two tests?

08:34:25  16   A.  Yes.

08:34:26  17   Q.  One is the UCA test?

08:34:28  18   A.  Yes, sir.

08:34:28  19   Q.  And one is the compressive strength test, right?

08:34:32  20   A.  That's correct.

08:34:33  21   Q.  They're done differently on different types of slurries,

08:34:36  22   correct?

08:34:36  23   A.  Yes, sir.

08:34:36  24   Q.  We'll talk about that difference here in a minute.  But I just

08:34:39  25   don't want there to be confusion about that.  Your opinion is that

08:34:44  1    Halliburton used a four-hour heat lamp to heat that slurry from 135

08:34:49  2    degrees to the bottom hole static temperature of 210, correct?

08:34:53  3    A.  That's correct.

08:34:53  4    Q.  And I think you said that you looked at OTC that used a longer

08:34:58  5    heat lamp, correct?

08:34:59  6    A.  That's correct.

08:34:59  7    Q.  They heated that slurry up over a 16-hour span, right?

08:35:03  8    A.  Yes, sir.

08:35:03  9    Q.  And so you would expect that the OTC data -- well, the

08:35:12  10   OTC data -- let's just be clear.  The OTC data had values of time

08:35:15  11   to 500 psi of 16 hours and 33 minutes and 17 hours and 42 minutes

08:35:21  12   respectively, right?

08:35:22  13   A.  Yes, sir.

08:35:22  14   Q.  The Halliburton UCA test with the shorter heat lamp had eight

08:35:28  15   hours and 40 minutes, right?

08:35:29  16   A.  That's correct.

08:35:30  17   Q.  You have the opinion that this shows that the slurry design was

08:35:36  18   sensitive to the heat, right?  Fair?

08:35:39  19   A.  That is fair.

08:35:39  20   Q.  I want to make sure I understand what is not your opinion.  You

08:35:43  21   are not opining, sir, that based on those OTC USA test results that

08:35:47  22   the slurry actually pumped at Macondo would not reach psi for 15 or

08:35:52  23   16 hours, are you?

08:35:53  24   A.  Well, I am saying that the slurry that was pumped in Macondo

08:35:56  25   was very sensitive to temperature, which the OTC testing showed,

OFFICIAL TRANSCRIPT

2429

08:36:01  1    and the Macondo slurry as pumped in that well was not tested using

08:36:08  2    that slower heat-up rate that would have been the simulation rate

08:36:12  3    for the well.

08:36:12  4    Q.  You agree, sir, that the use of the four-hour heat lamp was

08:36:18  5    consistent with API recommendations?

08:36:20  6    A.  That is consistent with 10B-2.

08:36:22  7    Q.  You actually read Craig Gardner's deposition in this case, the

08:36:27  8    head of the Chevron matter, correct?

08:36:28  9    A.  Yes, sir.

08:36:28  10   Q.  You then learned that Chevron, who is a major operator, has

08:36:32  11   actually determined for their own testing purposes to always use a

08:36:35  12   four-hour heat lamp instead of a longer extended heat-up schedule,

08:36:41  13   correct?

08:36:41  14   A.  That was in his deposition, yes, sir.

08:36:43  15   Q.  So you would agree that even among operators, and including

08:36:46  16   ones that aren't even in this courtroom today, the one that is not

08:36:50  17   in this courtroom today, that there is a difference of opinion

08:36:52  18   about which heat-up lamp is more appropriate for deep water,

08:36:56  19   correct?

08:36:56  20   A.  Among operators, there is.  There is an API document that also

08:37:02  21   discusses heat-up lamps for deep water.

08:37:05  22   Q.  Fair enough.  Chevron is a member of the API, aren't they?

08:37:09  23   A.  Yes, they are.

08:37:09  24   Q.  In their discretion or their judgment, they actually conducted

08:37:12  25   internal tests, according to Craig Gardner's testimony, that

08:37:15  1   indicated to them the four-hour heat lamp was actually more

08:37:18  2   reliable than the heat-ups, right?

08:37:22  3   A.  That's correct, yes, sir.

08:37:22  4   Q.  Let's talk about the crushed compressive strength test that

08:37:31  5   Halliburton did.  You talked about it yesterday.  As indicated,

08:37:34  6   there was 0 strength at 24 hours?

08:37:36  7   A.  Yes, sir.

08:37:36  8   Q.  There are limitations to that test, correct?

08:37:39  9   A.  Yes, sir, there are.

08:37:39 10   Q.  Let's talk about some of those limitations.  That test is done

08:37:43 11   at atmospheric conditions, right?

08:37:45 12   A.  Yes, sir.

08:37:45 13   Q.  That test is not done under pressure, right?

08:37:48 14   A.  You cannot do that foam test under pressure.

08:37:51 15   Q.  The reason is because you have got air in there, and if you do

08:37:53 16   it under pressure and it take it out to observe it, you're just

08:37:56 17   going to fracture the sample, right?

08:37:57 18   A.  That's correct, you'll squish the air out, so to speak.

08:38:00 19   Q.  Right.  So I understand yesterday that you said that

08:38:06 20   temperature is a big driver of compressive strength, right?

08:38:10 21   A.  Yes, it is.

08:38:11 22   Q.  You would agree that pressure also is a driver, maybe not to

08:38:14 23   the extent of temperature, but a driver of compressive strength?

08:38:17 24   A.  I would agree with that, yes.

08:38:19 25   Q.  And you would agree that if we want to model what the

08:38:21   1    compressive strength development is of a slurry under downhole

08:38:25   2    conditions, the best thing to do is to make sure you're testing the

08:38:29   3    downhole pressure conditions?

08:38:30   4    A.  That is correct, yes, sir.

08:38:31   5    Q.  So temperature and pressure, right?

08:38:34   6    A.  Yes, sir.

08:38:34   7    Q.  You're not suggesting, sir, that the crushed foam compressive

08:38:45   8    strength test that Halliburton generated and provided to BP showing

08:38:48   9    a zero compressive strength at 24 hours actually means conclusively

08:38:52  10    that that slurry had zero compressive strength at 24 hours under

08:38:56  11    downhole conditions, are you?

08:38:57  12    A.  No, sir.

08:38:57  13    Q.  And the reason for that is we haven't accounted for the

08:39:03  14    pressure drop, right?

08:39:03  15    A.  That's correct.

08:39:04  16    Q.  And the other thing is when you do this test at atmospheric,

08:39:08  17    you're basically heating it up to a temperature limit of 180

08:39:11  18    degrees, right?

08:39:12  19    A.  That's right.

08:39:12  20    Q.  You understand that that 180-degree temperature limit is there

08:39:15  21    for a couple of reasons; one, safety in the lab, right?

08:39:17  22    A.  Safety is the number one reason for that.

08:39:19  23    Q.  And the other reason is if you heat it up closer to 212 or

08:39:23  24    whatever, there is a concern that you're actually boiling off the

08:39:26  25    water either in the test pan or in the slurry itself, right?

08:39:29 1   A.  That's correct.

08:39:29 2   Q.  So there are inherent limitations on that test for actually

08:39:35 3   simulating downhole conditions with both temperature and pressure,

08:39:37 4   right?

08:39:37 5   A.  Yes, sir.

08:39:38 6   Q.  Let's talk about the MAC4 slurries, the ones that were tested

08:39:51 7   by OTC, the ones on rig sample.  Now, even though those are actual

08:39:57 8   rig samples, they were more than a year old when they were tested,

08:40:01 9   weren't they?

08:40:02 10  A.  Yes, sir, they were.

08:40:04 11  Q.  And you would have some concerns of whether the foam stability

08:40:07 12  tested on these old samples would generate the same tests that foam

08:40:11 13  stability tests conducted by Halliburton prior to April 20th would

08:40:15 14  generate, right?

08:40:16 15  A.  Yes, sir.

08:40:16 16  Q.  And that's just due to their age, right?

08:40:19 17  A.  Right.

08:40:20 18  Q.  Let's go ahead and find out about what you learned about those

08:40:25 19  OTC tests, okay.  So that the Court understands, there are two

08:40:34 20  different ways to test foam stability, set and unset, right?

08:40:38 21  A.  That's correct.

08:40:38 22  Q.  In a set foam stability test, you basically prepare the slurry,

08:40:42 23  foam it, pour it into a cylinder, and then you cure it in a water

08:40:48 24  vat, fair?

08:40:49 25  A.  Yes, sir.

08:40:49  1    Q.  And at the end of that curing process, you basically cure it

08:40:53  2    until it's set, right?

08:40:54  3    A.  That's correct.

08:40:54  4    Q.  And then you take that hard sample of set cement and you cut it

08:40:58  5    into pieces, right?

08:40:59  6    A.  Yes, sir.

08:40:59  7    Q.  And you can then evaluate the bubble distribution as measured

08:41:04  8    by specific gravity, density -- sorry, that was bad.  You then

08:41:09  9    evaluate the density top and bottom of those samples, right?

08:41:11 10    A.  Counselor, I'm sorry, I just know those tests real well.  What

08:41:16 11    you're describing there would be the foam stability test.  Now, a

08:41:22 12    compressive strength or crushed test, you don't necessarily have to

08:41:25 13    use that longer cylinder and cut it.  You can actually do

08:41:29 14    individual samples for it.

08:41:30 15         So I am not sure how that test was done.  Just so we are

08:41:35 16    not confusing -- you could use it for that, but those are two

08:41:38 17    different -- they'll give you the same results, but they're two

08:41:42 18    different tests.

08:41:43 19    Q.  That's a fair distinction.  I didn't mean to confuse.  We've

08:41:47 20    already passed the crush comprehensive strength test.  I want to

08:41:50 21    focus on the set foam stability test.

08:41:52 22    A.  Well, okay, I wanted to make sure I understood that.  Thank

08:41:55 23    you.

08:41:55 24    Q.  Do I understand correctly that on this foam stability test, for

08:41:58 25    example, when you look at achievement 1.8 and 1.8 specific gravity

08:42:02  1    density measurement on top and bottom, that's actually a

08:42:05  2    measurement of two cured samples, top and bottom?

08:42:08  3    A.  Yes, sir.  I apologize, I got off track a little bit.

08:42:10  4    Q.  No, not at all.  Now, you helped write API 10B-4, correct?

08:42:17  5    A.  Yes, sir, I chaired that group.

08:42:18  6    Q.  So you understand that the protocol for running one of these

08:42:22  7    tests is to actually run that test until the set -- until the

08:42:25  8    sample sets?

08:42:25  9    A.  That is correct.

08:42:26 10    Q.  And you would agree with me that OTC terminated that test after

08:42:31 11    48 hours before it was fully set, correct?

08:42:33 12    A.  That's correct.

08:42:34 13    Q.  And so you would agree with me that there was no testing

08:42:37 14    results generated, that test was inconclusive for purposes of

08:42:40 15    evaluating the foam stability results of that sample?

08:42:43 16    A.  That's correct, the set foam stability test was not -- it was

08:42:47 17    inconclusive.

08:42:48 18    Q.  Thank you.  Let's go to the unset foam stability test that OTC

08:42:53 19    did on the MAC 4 slurry.  Can you bring up -- well, before we do

08:42:59 20    that.

08:43:00 21           The unset foam stability test is basically blending the

08:43:03 22    sample, foaming it and putting it in a 250-milliliter cylinder and

08:43:09 23    observing it for a two-hour period, right?

08:43:11 24    A.  Yes, sir.

08:43:12 25    Q.  And during that two hours -- at the end of that two hours, you

08:43:15  1  observe it and make observations as to what you see, correct?

08:43:17  2  A.  Yes, sir.

08:43:17  3  Q.  Can you please bring up TREX 6235, please.  Go to

08:43:28  4  Section 9.3.4.  And there's actually -- can you grab the top of the

08:43:42  5  next page, too, please.  Now, you recognize this as pages out of

08:43:50  6  API's 10B-4, correct?

08:43:53  7  A.  Yes, sir.

08:43:53  8  Q.  These were protocols for conducting foam stability tests,

08:43:56  9  right?

08:43:56 10  A.  That's correct.

08:43:57 11  Q.  What I brought up here in Section 9.3.4 is API's guidance on

08:44:02 12  what you look for in terms of signs of instability when you look at

08:44:05 13  a foam stability test, right?

08:44:08 14  A.  Yes, sir.

08:44:08 15  Q.  The more than a trace of free fluid, that's water basically

08:44:12 16  that separates from the slurry, correct?

08:44:14 17  A.  That's correct.

08:44:14 18  Q.  The bubble breakout noted by large bubbles on the top of the

08:44:18 19  sample, that's an indication that bubbles are breaking out en mass

08:44:22 20  and it's unstable, and they can't entrain the air in the sample,

08:44:22 21  right?

08:44:22 22  A.  Yes.

08:44:26 23  Q.  And that would be indication?

08:44:27 24  A.  That is an indication.

08:44:28 25  Q.  Excessive gap at the top of a specimen.  This occurs because

08:44:32  1   either you have a reduction in the volume of your -- a significant

08:44:35  2   reduction in the top of your sample or you got water that goes to

08:44:39  3   the top and creates a void, right?

08:44:42  4   A.  Yes, sir.

08:44:42  5   Q.  Visual signs of density segregation, indicated by streaking or

08:44:48  6   light to dark color change from top to bottom, that's just a visual

08:44:53  7   observation, correct?

08:44:53  8   A.  Yes, sir.

08:44:54  9   Q.  The bottom one, large variations in density from sample top to

08:44:56  10  bottom, that's something we primarily look at in the set test where

08:45:00  11  we measure the specific gravity of the set from top to bottom,

08:45:03  12  correct?

08:45:03  13  A.  Well, actually, you can run a tube and pull a sample, so you

08:45:06  14  can check the unfoamed density -- I'm sorry, the unset density, let

08:45:11  15  me correct myself, of the liquid sample and there's -- so you can

08:45:15  16  do both.

08:45:16  17  Q.  Fair enough.  Now, you understand that the unset foam stability

08:45:20  18  test that was run by OTC, that Mr. Garrison testified that none of

08:45:24  19  these indications of instability were observed in that slurry?

08:45:27  20  A.  That's right, Dr. Garrison did do that.

08:45:30  21  Q.  And you would trust his ability to actually make these physical

08:45:33  22  observations that are either based on physical artifacts you can

08:45:36  23  see or measurements you can physically take, right?

08:45:39  24  A.  Yes, sir.

08:45:39  25  Q.  So, sir, if you would agree that an unset foam stability test

2437

08:45:44  1   on a MAC 4 slurry, even if it was more than a year old, if it did

08:45:51  2   not demonstrate any signs of instability identified at API 10B-4,

08:45:54  3   that it's reasonable to consider that a stable foam stability test?

08:46:02  4   A.  Well, the data shows that the OTC sample was a stable foam

08:46:07  5   stability test.

08:46:08  6   Q.  Thank you.  So let's go to -- let's talk a little bit about the

08:46:23  7   Halliburton testing that you reviewed, okay.  You stated in your

08:46:27  8   report that you thought that the testing was incomplete.

08:46:32  9   A.  Yes, sir.

08:46:33 10   Q.  And you identified some of the tests that you thought should

08:46:38 11   have been run, correct?

08:46:39 12   A.  Yes.  Yes, sir.

08:46:41 13   Q.  And you also looked at Halliburton's contract with BP to

08:46:45 14   identify what tests BP had asked Halliburton to do with respect to

08:46:50 15   different types of cement jobs, right?

08:46:52 16   A.  That's correct.

08:46:52 17   Q.  I want to bring that up, it's TREX 4477, and let's go to page

08:47:01 18   ending Bates 5804.  That's not it.  It ends in 5809.  I gave you

08:47:52 19   the wrong number, my apologies.  5809.  I can't read my own

08:47:57 20   handwriting.  I apologize for the delay.  Can you bring up the box,

08:48:02 21   please, here.

08:48:03 22        You looked at this, and I think in your report, you said

08:48:06 23   that the only test that you found that Halliburton didn't run was a

08:48:10 24   free water test, right?

08:48:11 25   A.  That's correct.

08:48:11 1   Q.  And this test, if you look at production casing, slurry design,

08:48:18 2   Halliburton ran pump time, didn't it?

08:48:19 3   A.  Yes, sir.

08:48:20 4   Q.  Halliburton ran compressive strength, right?

08:48:22 5   A.  Yes, sir.

08:48:22 6   Q.  This doesn't differentiate between crush compressive or UCA

08:48:29 7   compressive, it just says compressive strength, doesn't it?

08:48:29 8   A.  That is correct.

08:48:30 9   Q.  The Halliburton did run comprehensive strength on both the

08:48:34 10  eight- and nine-gallon slurries, right?

08:48:35 11  A.  Yes, sir.

08:48:36 12  Q.  Operating free water, that's the free water that you said

08:48:40 13  Halliburton didn't run, correct?

08:48:41 14  A.  That's correct.

08:48:41 15  Q.  Fluid loss not according to matrix, right?

08:48:44 16  A.  That's correct.

08:48:45 17  Q.  Rheologies, they were run, correct?

08:48:47 18  A.  Yes, sir, they were.

08:48:48 19  Q.  BP company settlement test, there is a note down on the bottom.

08:48:52 20  Can you extend this down, please.  Note three.  That's required

08:49:01 21  when a hole angle exceeds 70 degrees of inclination, right?

08:49:04 22  A.  That's correct.

08:49:04 23  Q.  And that wasn't the Macondo well's inclination?

08:49:07 24  A.  That's not applicable to this well.

08:49:09 25  Q.  Go ahead and leave this up for a minute, because I am going to

08:49:13  1    talk about this right here in a minute.  So you know -- free water

08:49:16  2    test, that is not a test that's run on a foam slurry, is it?

08:49:21  3    A.  Well, you can do free water with -- one of the signs of

08:49:26  4    instability was excessive free water, so you can run one on the

08:49:31  5    foam.

08:49:32  6    Q.  Exactly where I wanted to go.  Halliburton may not have run a

08:49:37  7    standalone free water test, right, but it ran a foam stability test

08:49:41  8    that shows indication of free water, correct?

08:49:43  9    A.  That's correct.

08:49:44  10   Q.  Now, did you find anywhere where a foam stability test was

08:49:48  11   required?

08:49:49  12   A.  No.  This document doesn't address foam cement.

08:49:53  13   Q.  So you would expect to the extent there's specific testing to

08:49:57  14   be done with respect to foam stability that if it's not on this

08:50:00  15   test, that would be worked out between Halliburton and the operator

08:50:04  16   BP, right?

08:50:04  17   A.  That's correct.

08:50:05  18   Q.  So it's fair to say while Halliburton didn't conduct a free

08:50:08  19   water test, it actually added a test that wasn't required by the

08:50:11  20   contract for foam stability that actually looked at indications of

08:50:13  21   free water?

08:50:15  22   A.  Yes, sir.

08:50:17  23   Q.  Sorry, I'm starting to talk fast.  My apologies.

08:50:22  24   A.  That's all right.  You're not at the speed of hearing yet.

08:50:26  25   Q.  Can you bring up TREX 60456, please -- actually, wait.  Let's

08:50:43   1   stick with this, let's bring up this right here.  2.2.  In this

08:50:50   2   part, this says: "Slurries placed for control of Shallow Flows or

08:50:55   3   where gas migration risk is high must have static gel strength

08:51:01   4   transmission time and zero gel time determined.  In addition

08:51:02   5   COMPANY settlement test must be run in these situations."

08:51:05   6          So it's fair, just a plain language reading, you don't

08:51:08   7   have be to a lawyer to understand that in instances where your gas

08:51:11   8   migration risk is high, there are two other tests suggested there,

08:51:14   9   correct?

08:51:15  10   A.  That is correct.

08:51:15  11   Q.  Would you agree with me, sir, that a static gel strength and 0

08:51:19  12   gel time cannot be run on a foam stability -- on a foam slurry?

08:51:23  13   A.  Yes, sir.

08:51:27  14   Q.  Would you agree with me that a company settlement test

08:51:32  15   essentially is a stability test?

08:51:36  16   A.  Yes, sir.

08:51:37  17   Q.  It looks at sedimentation and all of the things the foam

08:51:41  18   stability test looks at, right?

08:51:42  19   A.  Yes.

08:51:43  20   Q.  Maybe not all of the things, but the ability -- to see if

08:51:47  21   things are settling out and, thus, making the slurry unstable?

08:51:50  22   A.  Yes, sir.

08:51:50  23   Q.  Go ahead and take that down.  And bring up TREX 60456.  This is

08:51:59  24   an e-mail from Jesse Gagliano -- this is an e-mail from Jesse

08:52:07  25   Gagliano to Mark Hafle, Brian Morel, and Brett Cocales on March 8,

08:52:12  1    2010, correct?

08:52:12  2    A.  Yes, sir.

08:52:13  3    Q.  Did you review this in association with the work that you

08:52:17  4    reviewed to prepare for your expert opinions?

08:52:19  5    A.  Yes, sir, I did.

08:52:20  6    Q.  You've seen this before?

08:52:21  7    A.  I have seen this before.

08:52:22  8    Q.  And you understand that by this e-mail, Jesse Gagliano was

08:52:25  9    sending to the drilling engineers of BP the February pilot testing

08:52:30 10    results, correct?  Let's go to the next page, please.  Next, 6199,

08:52:47 11    and let's just stick on this one for a second.

08:52:52 12            So March 8th, Jesse Gagliano had already sent a customer

08:52:58 13    report identifying the tests that he was going to run on Macondo

08:53:02 14    slurry, correct?

08:53:03 15    A.  Well, he sent -- yes, he sent the laboratory report of some

08:53:07 16    early tests.

08:53:07 17    Q.  And that report identifies the tests that were being run -- the

08:53:11 18    testing regime that's being run on the slurry, correct?

08:53:13 19    A.  Yes, it does.

08:53:14 20    Q.  Let's see what he said.  He says there is a thickening time

08:53:17 21    test right there.  There's a mud balance density test.  A

08:53:31 22    thickening time test, mud balance density test, mixability test,

08:53:36 23    foam mix stability test.

08:53:38 24            Let's go to the next page.  A FYSA viscosity profile and

08:53:50 25    gel strength test, several non-API rheology tests at different

2442

08:53:56  1   temperatures, correct?

08:53:56  2   A.  Yes, sir.

08:53:57  3   Q.  A UCA compressive strength test, right?

08:53:57  4   A.  Yes, sir.

08:53:59  5   Q.  And a crush compressive strength test, correct?

08:54:02  6   A.  That's correct.

08:54:02  7   Q.  You can pull that down.  Jesse Gagliano not only sent that test

08:54:09  8   regime to BP on March 8th, he also sent it again to them on

08:54:14  9   April 1st, correct?

08:54:14  10  A.  That is correct.

08:54:15  11  Q.  Now, in your review of the documents that looked at internal

08:54:19  12  communications between BP and Jesse, did you ever see any document

08:54:23  13  where BP, in the month and a half between the time that Jesse

08:54:27  14  identified the testing regime and the time of cement job, where BP

08:54:30  15  said you're running the wrong tests?

08:54:32  16  A.  No, sir.

08:54:34  17  Q.  Did you ever see one where they said you need to add a

08:54:37  18  different test?

08:54:37  19  A.  No, sir.

08:54:39  20  Q.  Did you ever see one that indicated you need to change the

08:54:42  21  conditions of your testing?

08:54:44  22  A.  No, sir.

08:54:45  23  Q.  You would expect that in a month and a half, that BP -- you

08:54:58  24  would expect that BP would tell Jesse, if he's not running an

08:55:03  25  appropriate test to their satisfaction or he's missing a test, that

08:55:06  1   BP could have told him, hey, we want you to do this differently or

08:55:09  2   add something, correct?

08:55:11  3   A.  Yes, sir, it's an iterative technique.

08:55:13  4   Q.  And you expect them to send test results to a customer that

08:55:16  5   they actually agree with?

08:55:18  6   A.  Yes, sir.

08:55:19  7   Q.  Let's talk about the defoamer issue, because in opening

08:55:22  8   arguments, BP's counsel got up and said the problem we have with

08:55:27  9   the design is it just had an additive in it that shouldn't have

08:55:29 10   been there for foam, okay, and we know we're talking about the

08:55:33 11   D-Air, correct?

08:55:33 12   A.  Yes, sir.

08:55:34 13   Q.  D-Air is a defoamer?

08:55:35 14   A.  Yes, sir, it is.

08:55:36 15   Q.  And, in fact, in your report, you actually point that out and

08:55:41 16   say that -- that the principal reason why you think use of that

08:55:46 17   leftover blend was not optimized for foam cement, right?

08:55:49 18   A.  That's right, it added a risk.

08:55:51 19   Q.  Now, would you agree with me, sir, that it is possible to

08:55:54 20   overcome -- by the way, withdraw that last question and start over.

08:55:57 21       A defoamer basically breaks air out of a slurry, right?

08:56:01 22   A.  That's correct.

08:56:02 23   Q.  A surfactant, or what you called soap yesterday, a surfactant

08:56:10 24   is basically a soapy substance, right?

08:56:10 25   A.  Right.

2444

08:56:12  1    Q.  And it's actually put in a slurry to generate foam, right?

08:56:14  2    A.  Well, it stabilizes the foam, yes, sir.

08:56:16  3    Q.  Fair enough.  You can't foam a slurry without it, right?

08:56:18  4    A.  No, you can't.

08:56:19  5    Q.  And to put this in the Macondo context, the defoamer is the

08:56:24  6    D-Air and the surfactant is the Zone Sealant 2000, correct?

08:56:27  7    A.  That's correct.

08:56:28  8    Q.  Would you agree with me that the effects of a defoamer can be

08:56:32  9    overcome with sufficient concentrations of surfactant?

08:56:36  10   A.  Yes, sir, I agree with that statement.

08:56:38  11   Q.  In fact, you're aware that operators actually do this in the

08:56:43  12   industry from time to time?

08:56:44  13   A.  I have done that myself, sir.

08:56:45  14   Q.  Let's talk about that.  Do you mind telling us where you were

08:56:48  15   when you did it?

08:56:49  16   A.  Well, no, sir.  In some of the designs -- again, I go back to

08:56:55  17   what's the objectives.  We had materials that we needed to use to

08:56:59  18   meet those objectives that would cause a foam.  We were mixing the

08:57:05  19   dry blend and the water together before the introduction of the

08:57:07  20   nitrogen.

08:57:09  21        We had to use a little bit of anti-foam, or defoamer, in

08:57:12  22   that case, and we knew that.  That was in the design.  We adjusted

08:57:17  23   the amount of foamer to account for that.

08:57:20  24   Q.  So you intentionally added the air -- or the defoamer?

08:57:24  25   A.  Right, I added a defoamer --

08:57:26  1    Q.  And you --

08:57:27  2    A.  -- for other reasons and I compensated for that with the

08:57:31  3    surfactant.

08:57:31  4    Q.  So it's fair to say you intentionally added a defoamer and then

08:57:36  5    compensated to overcome its effects in a foam slurry by adding the

08:57:39  6    foaming agent, the surfactant later?

08:57:42  7    A.  That's correct.

08:57:42  8    Q.  And you would agree that the mere presence of the air in a

08:57:46  9    slurry does not automatically disqualify that slurry from being

08:57:52  10   able to foam successfully?

08:57:52  11   A.  No, sir.  As I noted, it adds a risk, but it doesn't disqualify

08:57:52  12   it.

08:57:57  13   Q.  Well, let's talk about that risk, because you would agree that

08:57:57  14   it's the relative concentrations of the surfactant in the defoamer

08:58:03  15   that actually matter, correct?

08:58:03  16   A.  That's correct.

08:58:03  17   Q.  You want to know whether or not you've actually overcome the

08:58:05  18   effects of air with that defoamer -- with that surfactant, you test

08:58:10  19   it, right?

08:58:10  20   A.  That's right.

08:58:10  21   Q.  And testing gives you an indication of whether or not you've

08:58:13  22   been successful in doing that?

08:58:15  23   A.  That's correct.

08:58:15  24   Q.  And specifically, the testing you would look at in this

08:58:18  25   instance would be a foam stability test?

2446

08:58:19  1    A.  That's the purpose of that test, yes, sir.

08:58:21  2    Q.  Now, if a foam stability test is conducted with both the air --

08:58:29  3    actually, let's move on.

08:58:31  4         You also identified another additive in the slurry called

08:58:39  5    SA-541.

08:58:40  6    A.  Yes, sir.

08:58:41  7    Q.  And you thought that was an additive that wasn't appropriate

08:58:43  8    for use in the slurry?

08:58:45  9    A.  Well, it wouldn't have been effective at the low temperature,

08:58:49 10    yes, sir.

08:58:49 11    Q.  What do you mean at the low temperature?

08:58:51 12    A.  Well, 135 degrees was the circulating temperature of this well.

08:58:55 13    SA-541 begins to function, it thickens the slurry at higher

08:59:02 14    temperatures.  So it wouldn't have been, I mean, it wouldn't have

08:59:06 15    activated at the lower temperatures.

08:59:08 16    Q.  Now, I'm glad you bring that up.  So SA 541 is a heat activated

08:59:14 17    viscosifier, right?

08:59:15 18    A.  That's correct.

08:59:15 19    Q.  Viscosifier means it thickens?

08:59:18 20    A.  Makes it thicker.

08:59:19 21    Q.  It's heat activated at approximately 150 degrees or more

08:59:23 22    Farenheit?

08:59:24 23    A.  Yes, sir.

08:59:25 24    Q.  In your review of this case and sitting through deposition

08:59:26 25    questioning, you became aware that after BP has taken the position

08:59:29  1   that somehow Halliburton's practice of conditioning the base slurry

08:59:36  2   prior to foaming in the lab at 135 degrees activated that SA-541,

08:59:39  3   correct?

08:59:39  4   A.  Yes, sir.

08:59:39  5   Q.  Do you believe that's true?

08:59:41  6   A.  I haven't seen any evidence in the lab testing to show that.

08:59:45  7   Q.  In fact, if we want to see if it's true, we can actually look

08:59:48  8   at the rheology profile of the slurry at 135 degrees which gives us

08:59:54  9   viscosity parameters, correct?

08:59:55  10  A.  Yes, sir, but those were only conditioned for a short period of

09:00:00  11  time.  I think the better test would be the thickening time test

09:00:03  12  because it's run longer.

09:00:04  13  Q.  So the thickening time test, if your viscosity, the thickness

09:00:09  14  of your slurry never returns to its starting point at 135 or during

09:00:13  15  that conditioning period, you would agree that SA-541 is not

09:00:16  16  activated?

09:00:17  17  A.  If you're activating a viscosifier, you should see an increase;

09:00:21  18  and you don't see that in the thickening time test.

09:00:24  19  Q.  And you reviewed that thickening time chart?

09:00:27  20  A.  Yes, sir, I did.

09:00:28  21  Q.  And you didn't see the thickening time chart gave any

09:00:32  22  indication that there was an artificial bump in viscosity due to

09:00:35  23  the activation of SA-541, right?

09:00:37  24  A.  No, I did not.

09:00:39  25  Q.  I want to turn directions here for a minute.  And let's talk

09:00:56  1   about how to interpret -- we are going to look at some tests, so I

09:01:00  2   want to make sure the Court understands how you interpret foam

09:01:02  3   stability tests and maybe some of the differences of opinion that

09:01:05  4   people have in the industry about interpreting it, okay?

09:01:07  5   A.  Okay.

09:01:07  6   Q.  You would agree that there are really -- when you get a set

09:01:11  7   foam stability sample that gives you density measurements top and

09:01:15  8   bottom, there is a two-step process for identifying or determining

09:01:19  9   whether or not it's stable, right?

09:01:20  10  A.  Yes, sir.

09:01:20  11  Q.  And first thing you do is look at the variation of density from

09:01:25  12  top to bottom, fair?

09:01:26  13  A.  That's fair.

09:01:27  14  Q.  The second thing you do is check to make sure that your test

09:01:31  15  sample is actually at or close to the target density that you're

09:01:36  16  shooting for, right?

09:01:37  17  A.  That's correct.

09:01:38  18  Q.  So if we are going to be pumping 14.5 PPG slurry out on the

09:01:42  19  rig, we need to try to foam a slurry close to 14.5 for the lab to

09:01:48  20  be able to draw a meaningful comparison?

09:01:49  21  A.  That should be one of your checks.

09:01:50  22  Q.  Is that a fair way to characterize it?

09:01:53  23  A.  That's fair.

09:01:54  24          MR. HILL:  Can you pull up 8242, please, demonstrative.

09:01:54  25  BY MR. HILL.

09:02:03   1    Q.  What I am putting up here is basically a summary of foam

09:02:07   2    stability tests that were generated in the Halliburton lab

09:02:10   3    preincident, okay?

09:02:11   4    A.  Yes, sir.

09:02:11   5    Q.  Do you have the ability to look at these results and know if

09:02:15   6    you're familiar with them having looked at the underlying weigh up

09:02:19   7    sheets?

09:02:19   8    A.  Yes, sir, having looked at the underlying weigh up sheets,

09:02:25   9    Columns 1, 2, 3 -- your comments.  I am not sure what -- but the

09:02:30  10    data itself that's --

09:02:33  11    Q.  Let's talk about this because there has been -- you're going to

09:02:38  12    hear, you're going to hear how there were failed test after failed

09:02:42  13    test in Halliburton's lab and how this -- how these tests should

09:02:47  14    have properly redesigned the slurry, so I want to put that in

09:02:50  15    context and understand what happened in the lab.

09:02:51  16          Before we do that, we've separated these two sets of

09:02:54  17    tests into the pilot test and operational test, right?

09:02:57  18    A.  Okay, yes, sir.

09:02:58  19    Q.  In your review, what you learned is that the pilot tests were

09:03:00  20    conducted back in February of 2010, right?

09:03:03  21    A.  That's correct.

09:03:03  22    Q.  And you understand, of course, that that's basically testing a

09:03:07  23    different slurry than what was pumped at Macondo, correct?

09:03:10  24    A.  That slurry has an order of magnitude higher amount of retarder

09:03:14  25    in there, so.

2450

Q.  In fact, we have the retarder concentrations here.  The
slurries that were being tested for use at Macondo had .08 gallons
per sack of retarder and .09 gallons for sack of retarder, right?

A.  Yes, sir.

Q.  And just to make that understood, that's basically eight and
nine gallons per 100 sacks of cement?

A.  Right, we discussed that yesterday.  That's the same number.

Q.  Right.  Now, the testing that was done back in February 2010
had more than twice the amount of retarder than was tested in April
for the operational job, right?

A.  That's correct.

Q.  In addition, at this time, the well wasn't even at total depth,
was it?

A.  Oh, no, sir.

Q.  And so the actual downhole conditions needed to perform or to
implement the testing conditions in the lab weren't known yet,
right?

A.  That's correct.

Q.  And so these were at different temperatures and different
downhole pressures when they tested?

A.  That's right.

Q.  In your opinion, would you agree that there's no relation to
the test results generated in February to what was actually tested
and pumped at Macondo?

A.  As I said, the retarder content is considerably higher and that

09:04:24  1   will have an impact on those results.

09:04:26  2   Q.  Do you think those pilot tests are relevant for purposes of

09:04:29  3   determining the properties of the slurry that was pumped?

09:04:32  4   A.  Can you repeat that question, please?

09:04:40  5   Q.  Let me try that again.  You would agree that as between those

09:04:44  6   two sets of testing these are relevant for purposes of determining

09:04:49  7   the properties of what was pumped, these are not?

09:04:53  8          MR. REGAN:  I'm sorry, these?

09:04:53  9   BY MR. HILL:

09:04:55  10  Q.  The April foam stability testing conducted in April is more

09:04:59  11  relevant?

09:05:00  12  A.  Is more relevant than the other ones, yes.

09:05:03  13  Q.  More relevant than what was done in February, right?

09:05:05  14  A.  Yes, sir.

09:05:06  15  Q.  Now, in February, the first test result that was obtained was a

09:05:10  16  2.02 on top and 2.11 on bottom, correct?  Do you know that?

09:05:16  17  A.  Yes, sir.

09:05:16  18  Q.  And you can actually convert that specific gravity into pounds

09:05:21  19  per gallon which is what we're probably more familiar with, right?

09:05:24  20  A.  Yes, sir.

09:05:25  21  Q.  You do that multiplying by what?

09:05:27  22  A.  By the density of water.

09:05:28  23  Q.  Which is 8.33?

09:05:29  24  A.  8.33.

09:05:30  25  Q.  So we've converted these -- some were converted in the lab on

09:05:33 1  sheets, some weren't, but we have them all converted here now,

09:05:37 2  right?

09:05:37 3  A.  Yes, sir.

09:05:38 4  Q.  The base density of the slurry that was used was always 6.74,

09:05:44 5  correct -- I'm sorry, 16.74 pounds per gallon?

09:05:48 6  A.  Yes, sir.

09:05:49 7  Q.  You noticed that the top and bottom here are actually heavier

09:05:52 8  than the base density, right?

09:05:54 9  A.  That's correct.

09:05:54 10  Q.  That's somewhat weird and anomalous, correct?

09:05:58 11  A.  There is a problem with that data.

09:05:59 12  Q.  Now, when you say there's a problem, do you think it's

09:06:02 13  reasonable that if that test result is obtained by the lab

09:06:05 14  technicians and they looked at it and thought it was weird or goofy

09:06:08 15  or whatever, that it's unreasonable for them to say, "We better

09:06:11 16  retest this thing to make sure we got it right"?

09:06:13 17  A.  You should retest that slurry.

09:06:14 18  Q.  In fact, that's what they did and obtained this test result

09:06:17 19  right here, right?

09:06:18 20  A.  Yes, sir.

09:06:19 21  Q.  Now, let's talk about that 1.91/19.1, understanding that this

09:06:24 22  is a pilot test, right?

09:06:26 23  A.  Right.

09:06:26 24  Q.  One thing you can say about that test is that that slurry had a

09:06:30 25  uniform density between top and bottom, fair?

2453

09:06:32 1    A.  The density in the top and the bottom are the same.

09:06:34 2    Q.  And the concern, though, is that at 15.9 it's significantly

09:06:38 3    heavier than the target density of 14.5?

09:06:42 4    A.  That's correct.

09:06:42 5    Q.  The second part of our test calls it into question?

09:06:45 6    A.  I would want to investigate why.

09:06:46 7    Q.  So let's assume that we can investigate based on the

09:06:49 8    documentation we have.  Would you call that stable or unstable?

09:06:52 9    A.  I would say that's not stable.

09:06:54 10   Q.  And if you think that's not stable, that means air broke out,

09:06:57 11   right?

09:06:57 12   A.  Yes.

09:06:58 13   Q.  If air broke out, there are certain things you would expect to

09:07:01 14   see.  You would expect to see a variation in density as bubbles

09:07:04 15   migrate to the top of the sample, right?

09:07:06 16   A.  Yes, sir.

09:07:06 17   Q.  You would expect the top to be lighter than the bottom,

09:07:09 18   wouldn't you?

09:07:09 19   A.  Yes.

09:07:10 20   Q.  And in fact, if you took that thing and put it in the curing

09:07:14 21   chamber, for lack of a better word, cylinder, you would expect if

09:07:18 22   air broke out that there would be air pockets, bubbles, or voids in

09:07:21 23   that set sample, wouldn't you?

09:07:22 24   A.  You should see a gap at the top of that.

09:07:25 25   Q.  You reviewed the weigh up sheets for that particular test,

09:07:29  1    didn't you?

09:07:29  2    A.  Yes, sir.

09:07:29  3    Q.  And no technician wrote any indications of those visual

09:07:32  4    observations in the test, did they?

09:07:34  5    A.  No, they did not.

09:07:34  6    Q.  And in fact, one of the things that can account for this

09:07:39  7    inability to reach target density, there are several things, right?

09:07:42  8    A.  Yes, sir.

09:07:42  9    Q.  And some of them have nothing to do with instability, do they?

09:07:45 10    A.  No, that's correct.

09:07:46 11    Q.  In fact, they could have just been blended incorrectly?

09:07:49 12    A.  That can be a weigh up error, yes, sir.

09:07:52 13    Q.  So really the fact that it is uniform top to bottom suggests

09:07:56 14    that it's a stable slurry, just stable at 15.9, fair?

09:08:00 15              MR. REGAN:  Objection, your Honor.  Misstates the

09:08:02 16    witness's testimony from about four minutes ago.

09:08:04 17              MR. HILL:  I asked him if that was fair.  He can tell us.

09:08:06 18              THE COURT:  I sustain the objection.

09:08:06 19    BY MR. HILL:

09:08:11 20    Q.  I understand that you sitting on the stand are calling it

09:08:14 21    unstable, that you would agree that other people looking at other

09:08:16 22    data including the lack of these artifacts in testing could come to

09:08:21 23    the conclusion that that is a stable slurry just blended to the

09:08:25 24    wrong weight, correct?

09:08:26 25              MR. REGAN:  I object to that as calling for speculation.

2455

09:08:29  1          THE COURT:  Sustained.

09:08:29  2    BY MR. HILL:

09:08:32  3    Q.  Did you see any indications in the weigh up sheets that you saw

09:08:35  4    that showed that the types of artifacts that you would expect to

09:08:38  5    see from nitrogen break out occurred during that test?

09:08:41  6    A.  No, I did not.

09:08:41  7    Q.  Let's move ahead to the April testing.  The first test that was

09:08:50  8    conducted at 1.88 and 1. -- on top and 1.82 on bottom?

09:08:55  9    A.  Yes, sir.

09:08:56 10    Q.  When you see that result, how do you react?

09:08:59 11    A.  That's an anomalous result, you do see that happen.  If we look

09:09:04 12    at the Chevron data, some of their data shows heavier on the top

09:09:10 13    and lighter on the bottom, so it's -- it's unusual, it's odd, and

09:09:15 14    you investigate further.

09:09:17 15    Q.  I think you actually said in your deposition that it was a

09:09:20 16    goofy result, right?

09:09:21 17    A.  I think I'm quoted very well, yes, sir.

09:09:23 18    Q.  And you actually said it's not something that you really see

09:09:26 19    that often?

09:09:27 20    A.  You don't, but it is seen; but I have no other explanation than

09:09:31 21    a goofy result.

09:09:32 22    Q.  In fact, when you went back and looked, you discovered that, in

09:09:36 23    fact, there was a weigh up error in preparing that sample, right?

09:09:38 24    A.  That's correct.

09:09:39 25    Q.  And just to be clear, there is a specific number of grams that

09:09:43  1   need to go into the blender in order to get the right proportions

09:09:47  2   of slurry to one, correct?

09:09:48  3   A.  That's correct.

09:09:49  4   Q.  And that number was off?

09:09:50  5   A.  That number was wrong.

09:09:51  6   Q.  Now, if your in the lab and procedurally you know that there is

09:09:55  7   a weigh up error, it's reasonable to retest, right?

09:09:58  8   A.  Yes, sir.

09:09:59  9   Q.  In fact, you would agree that that's an example of

09:10:02 10   Halliburton's quality control in the lab actually doing its job?

09:10:06 11   A.  Yes, sir.

09:10:07 12   Q.  So when the retest happened, there was a 1.8/1.8 obtained and

09:10:14 13   we saw that earlier, right?

09:10:15 14   A.  Yes, sir, we did.

09:10:18 15   Q.  Now, I want to make sure we're clear for the Court.  You would

09:10:21 16   agree that that's uniform top to bottom, passes that criteria foam

09:10:24 17   stability test, right?

09:10:25 18   A.  That is correct, sir.

09:10:26 19   Q.  The second part about the Delta from target density is what I

09:10:31 20   want to discuss with you.

09:10:32 21   A.  Okay.

09:10:33 22   Q.  This test result -- this test result, the slurry, if you

09:10:38 23   calculate it out is 15 pounds per gallon, the slurry sample.

09:10:41 24   That's half a pound per gallon greater than what's actually going

09:10:45 25   to be injected on the rig, correct?

09:10:47  1    A.  That's correct.

09:10:47  2    Q.  Now, you understand that Halliburton has taken the position

09:10:51  3    that they will consider it an acceptable foam stability test

09:10:55  4    anywhere between zero and .5 pounds per gallon variance between the

09:11:01  5    set sample density and the target density, right?

09:11:05  6    A.  Yes, sir.

09:11:05  7    Q.  I understand you prefer a narrower margin, a .2?

09:11:11  8    A.  That's correct.

09:11:11  9    Q.  That .2, that is your personal preference?

09:11:12 10    A.  That is correct.

09:11:13 11    Q.  You understand that all of these people that you say you know

09:11:16 12    in the cement industry, that you guys all know each other, there's

09:11:20 13    even variation among you?

09:11:22 14    A.  Yes, sir, there is.

09:11:22 15    Q.  And API does not set any guidance for what the acceptable

09:11:27 16    variance between set density and target density is, does it?

09:11:31 17    A.  That is correct, API does not set any guidance.

09:11:33 18    Q.  If API doesn't set that variance, it basically leaves it to the

09:11:36 19    judgment or discretion of the API members or whoever is following

09:11:41 20    those API procedures, correct?

09:11:42 21    A.  It leaves it to the judgment of the user of that document.

09:11:45 22    Q.  Your .2 you have admitted is on the very conservative side,

09:11:49 23    correct?

09:11:50 24    A.  I have admitted that, yes, sir.

09:11:51 25    Q.  And of course, you acknowledge that there are different use in

09:12:03  1    the industry at large on what an acceptable variance should be,

09:12:05  2    right?

09:12:05  3    A.  That's correct.

09:12:06  4    Q.  So if somebody in the industry told you, "Hey, I've looked at

09:12:09  5    the Halliburton test, and I don't think the difference in that

09:12:12  6    final foam stability test of .5 PPG between the sample density and

09:12:17  7    the target density gives me concern over foam stability," you agree

09:12:20  8    that that person isn't wrong, it's just a legitimate difference of

09:12:24  9    opinion?

09:12:24  10   A.  It's a legitimate difference of opinion.

09:12:26  11   Q.  So I ask you, assuming that we're going to adopt Halliburton's

09:12:32  12   variance, and others who agree that .5 PPG is an acceptable

09:12:37  13   variance, you would agree that that's a stable foam stability test?

09:12:41  14           MR. REGAN:  Objection, your Honor.  That's a circular

09:12:43  15   question.  He is asking him to assume the answer and asking if the

09:12:47  16   answer is correct.

09:12:48  17           THE COURT:  Sustain the objection to the question.

09:12:51  18           MR. HILL:  I'm sorry.  I don't think I heard you.

09:12:55  19           MR. REGAN:  He sustained.

09:12:56  20           THE COURT:  I started to say I sustained the question,

09:12:58  21   but I meant to say I sustained the objection.

09:13:01  22           MR. HILL:  I heard the first part.

09:13:03  23   BY MR. HILL:

09:13:05  24   Q.  You can't sit on the stand today and say that it's an unstable

09:13:09  25   test result, can you?

09:13:10 1   A.  Actually, I stated in my report that that was a stable test

09:13:13 2   result.

09:13:14 3   Q.  Now, the Court's also going to hear testimony, and you've

09:13:23 4   actually reviewed this, that what was actually pumped at Macondo

09:13:26 5   was a slurry that contained .09 gallons per sack of retarder in it,

09:13:33 6   correct?

09:13:33 7   A.  That's correct.

09:13:34 8   Q.  And what was tested in the foam stability test was .08,

09:13:39 9   correct?

09:13:39 10   A.  That's correct.

09:13:39 11   Q.  That's a difference of .01 gallons per 100 sacks of cement,

09:13:45 12   right?

09:13:45 13   A.  No, that's a difference of one gallon per hundred sacks of

09:13:48 14   slurry.

09:13:49 15   Q.  A difference of .01 GPS --

09:13:52 16   A.  Is gallons per second, yes, sir.

09:13:53 17   Q.  -- which is gallons per 100 sacks?

09:13:57 18   A.  Right.

09:13:58 19   Q.  There is no smaller incremental change that can be done on

09:14:05 20   retarder in a field lab, is there?

09:14:06 21   A.  Not practically based on the equipment under it.

09:14:08 22   Q.  And I understand that you have stated that you weren't asked

09:14:12 23   and you don't express any opinion on whether or not Halliburton's

09:14:17 24   position that the difference in that retarder would make any

09:14:21 25   difference for the purpose of the foam stability test?

09:14:23  1   A.  No, I do not.

09:14:26  2   Q.  And you're not expressing that opinion today, right?

09:14:28  3   A.  No, sir.

09:14:29  4   Q.  Let's change direction a little bit.  Mr. Bly, who you

09:14:50  5   understand he was principally responsible for the team that

09:14:53  6   generated the Bly report, right?

09:14:55  7   A.  That is correct.

09:14:55  8   Q.  And he came in here and he testified in court and he basically

09:14:59  9   said that they think that the nitrogen -- or they think that the

09:15:04 10   foam slurry was unstable from the rig, that it was unstable upon

09:15:10 11   injection, okay.  Halliburton has taken the position that

09:15:15 12   nitrogen --

09:15:16 13            MR. REGAN:  Your Honor.

09:15:17 14            MR. HILL:  I can set this up as foundation.

09:15:19 15            MR. REGAN:  With respect to witnesses who have testified,

09:15:21 16   their testimony is in the record.  I just ask for a question rather

09:15:24 17   than him reciting what's happened at trial.

09:15:27 18            THE COURT:  Can you state it as a question instead of a

09:15:30 19   statement?

09:15:31 20            MR. HILL:  Yes, sir.  I will.

09:15:32 21   BY MR. HILL:

09:15:32 22   Q.  You understand that Halliburton has taken the position that

09:15:35 23   nitrogen broke out as the slurry was being pumped, correct?

09:15:39 24   A.  You're going to have to repeat your question, because I believe

09:15:43 25   you said Halliburton has stated that?

09:15:45  1    Q.  Did I really say that?  I am going to get fired.  I withdraw

09:15:50  2    that and strike that question.  Thank you.

09:15:52  3          You understand that BP has taken the position that the

09:15:54  4    nitrogen broke out of the slurry as it was being pumped into the

09:15:58  5    well, correct?

09:15:59  6    A.  Yes, sir.

09:15:59  7    Q.  I want to ask you:  What happens to the base density or the

09:16:06  8    density of the slurry if nitrogen breaks out?

09:16:08  9    A.  It becomes heavier.

09:16:09  10   Q.  In this case, we've heard evidence that there is a very narrow

09:16:15  11   pore pressure frac rating at the bottom, right?

09:16:18  12   A.  Yes, sir, there is.

09:16:19  13   Q.  In your review, everything that BP was doing to model this job

09:16:24  14   was focused on controlling the ECD's at the bottom of the well,

09:16:28  15   correct?

09:16:28  16   A.  Yes, sir.

09:16:29  17   Q.  If you assume for me that BP's theory is right, the nitrogen

09:16:33  18   broke out, you would agree with me that the density of the slurry

09:16:36  19   that was pumped the first thing with the annulus would have to be

09:16:40  20   denser than 14.5?

09:16:42  21   A.  Yes, sir.

09:16:43  22   Q.  If a slurry denser that 14.5 -- call it 14.6, 14.7, up to 15,

09:16:51  23   whatever, if a denser slurry was pumped into the well, you agree

09:16:54  24   with me that you would expect there to be fractures of that well?

09:16:58  25         MR. REGAN:  Objection to scope, your Honor.

09:16:59  1          THE COURT:  Sustained.

09:16:59  2  BY MR. HILL:

09:17:08  3  Q.  You reviewed the OTC testing, right?

09:17:09  4  A.  Yes, sir.

09:17:10  5  Q.  You understand that OTC generated more than one test report,

09:17:14  6  right?

09:17:14  7  A.  Yes, sir, I do.

09:17:15  8  Q.  And you understand that OTC generated a test called 60 percent

09:17:23  9  foam quality test, right?

09:17:24 10  A.  Yes, sir.

09:17:25 11  Q.  So what is your understanding of what that test is about?

09:17:27 12  A.  My understanding of that test was that was requested to --

09:17:35 13  well, test the stability of foam with a very high nitrogen content

09:17:40 14  to potentially simulate, if you will, what would be at the rig

09:17:44 15  floor.

09:17:44 16  Q.  You say "potentially simulate."  Why do you say that?

09:17:47 17  A.  There are a number of assumptions that are made to come up with

09:17:52 18  that 60 percent gas concentration at the rig floor.  If you look at

09:17:59 19  an -- if you look at a nitrogen table, for example, the difference

09:18:04 20  in the volume of gas at 1,000 psi and 1,100 psi, the pressure and

09:18:12 21  volume work with gases.  Ten percent change in pressure, you get a

09:18:16 22  ten percent change in the volume of the gas.  So both the pressure

09:18:19 23  and the temperature at surface will influence greatly that

09:18:23 24  assumption.  Temperature goes up, gas expands.  So the 60 percent

09:18:29 25  number is based on -- it has to be at that temperature and that

09:18:34 1    pressure for that 60 percent to be valid.

09:18:37 2    Q.  Let's see if we can put this into context real quick.  At the

09:18:41 3    rig, if your target is to create 14.5 PPG slurry downhole, you have

09:18:48 4    to inject nitrogen at a higher concentration on the rig, correct?

09:18:52 5    A.  That's correct.

09:18:53 6    Q.  And as that nitrogen is injected into the slurry and that

09:18:57 7    slurry is pumped down three-miles, the further it goes, the more it

09:19:02 8    is compressed, right?

09:19:03 9    A.  That's right.  The pressure goes up as you go into the well.

09:19:05 10   Q.  And as that pressure goes up and as that slurry is compressed,

09:19:08 11   the foam quality or the percentage of nitrogen in it changes and

09:19:13 12   calculated so that it's 14.5 at the bottom, correct?

09:19:15 13   A.  That's correct.

09:19:16 14   Q.  And this goes back to the density measurements and you reviewed

09:19:20 15   the job execution and you thought were excellent, right?

09:19:23 16   A.  Yes.

09:19:23 17   Q.  The nitrogen was metered correctly?

09:19:25 18   A.  The nitrogen was metered correctly, yes.

09:19:27 19   Q.  But it is true that a higher concentration of nitrogen injected

09:19:32 20   at top and then becomes 14.5 as it's put down the well and

09:19:36 21   compressed by pressure, correct?

09:19:37 22   A.  That is correct.

09:19:39 23   Q.  The OTC test, do you known where the protocol came from that

09:19:42 24   OTC used to test?

09:19:45 25   A.  Yes, sir.

09:19:45  1   Q.  Where did it come from?

09:19:46  2   A.  It came from the JIT or Joint Investigation Team.

09:19:49  3   Q.  Did you read Mr. Garrison's testimony?

09:19:51  4   A.  Yes, sir, I did.

09:19:51  5   Q.  And you understand that that was not a protocol that either the

09:19:55  6   U.S. government or OTC recommended, correct?

09:19:58  7   A.  That is correct.

09:19:58  8   Q.  And you understand that that protocol actually came from BP

09:20:02  9   that they wanted this testing done, correct?

09:20:04  10  A.  Yes, sir.

09:20:04  11  Q.  Now, that test, as far as you know, was not sanctioned -- it's

09:20:09  12  not an API test, is it?

09:20:12  13  A.  API doesn't tell you what amount of gas to put in, no.

09:20:16  14  Q.  API doesn't even have a protocol for injecting 60 percent --

09:20:20  15  doesn't have a protocol -- the very protocol that OTC followed

09:20:23  16  isn't one that was put together by API, is it?

09:20:26  17  A.  Right, API did not put that test program together.

09:20:29  18  Q.  Let's talk about some of the differences.  When you inject

09:20:33  19  60 percent nitrogen in the lab it was done at atmospheric

09:20:38  20  conditions, wasn't it?

09:20:38  21  A.  That's correct.

09:20:39  22  Q.  Not under pressure?

09:20:40  23  A.  No, sir.

09:20:41  24  Q.  Ambient room temperature, correct?

09:20:43  25  A.  Yes, sir.

```
09:20:46  1    Q.  And it was foam instead of injected with a high pressure nozzle
09:20:50  2    like out on the rig?
09:20:51  3    A.  Right, it's made in a blender.
09:20:52  4    Q.  So if you take that high quality -- or high nitrogen quality
09:20:58  5    slurry and observed it atmospheric, there's no pressure to contain
09:21:02  6    it in the slurry, is there?
09:21:04  7    A.  No, sir, there's not.
09:21:06  8    Q.  But out on the rig, the nitrogen is injected into a slurry that
09:21:11  9    is then confined in a closed system under pressure, correct?
09:21:13 10    A.  That's correct.
09:21:13 11    Q.  And you would agree that the pressure actually helps entrain
09:21:17 12    the nitrogen in the slurry?
09:21:18 13    A.  Yes, sir, I agree with that.
09:21:20 14    Q.  Do you see any correlation between the testing protocols used
09:21:27 15    by OTC of 60 percent nitrogen and what actually occurs in the rig?
09:21:32 16    A.  No, sir, I do not.
09:21:33 17    Q.  Do you have opinion as to the OTC testing that was done at BP's
09:21:37 18    request on 60 percent foam quality?
09:21:39 19    A.  Yes, sir.
09:21:40 20    Q.  What is it?
09:21:41 21    A.  Well, I've taken samples -- I've taken samples of foam as it's
09:21:50 22    been generated on a rig at much higher and looked at that.  The
09:21:54 23    sheer that you get from a wearing blender versus the sheer that you
09:21:59 24    have from the rig is apples and oranges.  It's quite different.
09:22:06 25    There is a tremendous amount of sheer on that rig.  So the -- I
```

09:22:11  1    don't find them comparable.

09:22:12  2    Q.  Let me ask you --

09:22:13  3              MR. REGAN:  Your Honor, based on the way the witness

09:22:15  4    answered the question, I would move to strike that as outside the

09:22:18  5    scope.  He can talk about the general way that the system is set

09:22:21  6    up, but I don't believe he has disclosed an opinion about the

09:22:25  7    specifics of the -- maybe I am incorrect, but I don't believe he

09:22:29  8    did.

09:22:29  9              MR. HILL:  I know he reviewed the OTC sample.

09:22:31 10              MR. REGAN:  In terms of his report, it's not an opinion

09:22:34 11    he expressed.

09:22:35 12              THE COURT:  He's already given the opinion.  I'll take

09:22:38 13    your comments in account when I consider it.

09:22:38 14    BY MR. HILL:

09:22:55 15    Q.  Sir, we've talked a lot about the chemistry of cement.  I just

09:23:00 16    want to close out here talking about placement.  What you said is

09:23:04 17    another important part of ensuring a successful cement job.  Now,

09:23:10 18    when you were preparing your report and you were trying to figure

09:23:14 19    out what your opinion was as to what happened in Macondo, in

09:23:17 20    fairness you settled on that the cement was unset at the time of

09:23:21 21    the negative test, correct?

09:23:21 22    A.  That is correct.

09:23:22 23    Q.  You considered another opinion that you did not put in your

09:23:24 24    report?

09:23:24 25    A.  That is in my deposition, yes, sir.

09:23:26  1   Q.  And in your deposition -- one of the things that you considered
09:23:29  2   is that there was a breach below the float collar?
09:23:33  3           MR. REGAN:  Your Honor, I think by the question, the
09:23:35  4   answer is going to be outside the scope.  He has admitted it's not
09:23:38  5   in his report.  I don't think it should be here.
09:23:40  6           MR. HILL:  Your Honor, we're entitled --
09:23:43  7           THE COURT:  I sustain the objection.
09:23:58  8           MR. HILL:  Give me one minute, your Honor.  I may be able
09:24:02  9   to close this out.
09:24:03  10          THE COURT:  Sure.
09:24:14  11          MR. HILL:  I think that's all of the questions I have for
09:24:16  12  you.  Thank you very much, Mr. Benge.  Thank you, your Honor.
09:24:18  13          THE WITNESS:  Thank you, sir.
09:24:19  14          THE COURT:  All right.  BP is up next.
09:24:22  15          MR. REGAN:  Your Honor, I am going to have questions for
09:24:24  16  quite awhile, so in terms of -- if you would like to take a break.
09:24:27  17          THE COURT:  Are you okay or do you need a break?
09:24:29  18          THE WITNESS:  What's counsel's definition of "quite
09:24:31  19  awhile"?
09:24:32  20          MR. REGAN:  We're going to be here for awhile.
09:24:36  21          THE COURT:  We can break part way through his, but let --
09:24:39  22          THE WITNESS:  I'm fine now.
09:24:41  23          THE COURT:  Let me know when you need a break.  Go ahead,
09:24:44  24  Mr. Regan.
09:24:44  25                        CROSS-EXAMINATION

09:25:35  1    BY MR. REGAN:

09:25:36  2    Q.  May it please the Court.  Good morning, Mr. Benge.

09:25:37  3    A.  Good morning.

09:25:38  4    Q.  My name is Matt Regan, and I represent BP in this matter and I

09:25:42  5    have you on cross-examination.

09:25:43  6         We've never met before, have we?

09:25:44  7    A.  No, sir, we have not.

09:25:46  8    Q.  That's one of Mr. Godwin's questions, but I like it.

09:25:51  9         We've covered quite a bit of ground over the last six

09:25:54 10    hours, I think, of your testimony, so I am going to have questions

09:25:57 11    on a number of different topics.  I will do my best to tell you

09:26:02 12    where we are and when I am changing topics.

09:26:05 13    A.  Thank you, sir.

09:26:06 14    Q.  Specifically, one of your opinions is that you believe the

09:26:09 15    actions that BP took contributed to the failure of the cement in

09:26:13 16    the Macondo well, correct?

09:26:16 17    A.  Yes, sir.

09:26:17 18    Q.  And it is also your opinion that the testing that was done of

09:26:21 19    the cement was incomplete prior to the cement being pumped into the

09:26:25 20    Macondo well, correct?

09:26:26 21    A.  Yes, sir.

09:26:27 22    Q.  And it is your opinion that the party that was responsible for

09:26:31 23    testing the cement in the Macondo well that contributed to the

09:26:35 24    failure was Halliburton, correct?

09:26:36 25    A.  That is correct.

2469

09:26:37   1   Q.  And it is your opinion, Mr. Benge, that Halliburton contributed

09:26:42   2   to the failure of the cement in the Macondo well by its incomplete

09:26:47   3   testing, correct?

09:26:48   4   A.  That is correct.

09:26:49   5   Q.  With respect to all of the things that you've testified about

09:26:56   6   since yesterday afternoon at 2:30 and your report, is it fair to

09:27:03   7   say, Mr. Benge, in your review of all of these materials, did you

09:27:07   8   see anyone, anyone make a decision that would compromise safety?

09:27:14   9   A.  Absolutely not.

09:27:15  10   Q.  So all of the things you've testified about yesterday afternoon

09:27:19  11   and this morning, there is nothing in your opinion that was a

09:27:23  12   compromise of safety?

09:27:24  13   A.  That was not, sir.

09:27:26  14   Q.  And you didn't see any situation, or any BP employee, or any

09:27:31  15   other company's employee, whether it be Halliburton, in terms of

09:27:35  16   the men and women who were involved in designing and pumping the

09:27:37  17   slurry, whether it be Transocean who was on the rig, whether it be

09:27:41  18   Weatherford, whether it be Alman, anyone, you didn't see anyone

09:27:45  19   make a decision knowing that they would compromise safety, correct?

09:27:48  20   A.  No, sir, I did not.

09:27:49  21   Q.  We talked today about two reasons and yesterday two reasons

09:27:56  22   cement may have failed.  I think you said yesterday that it may

09:27:59  23   either be not be present across the formation, able to form a

09:28:02  24   barrier, or it's not set, still acting as a liquid.  Is that fair?

09:28:06  25   A.  That's correct.

09:28:07  1    Q.  It could also fail because it's inherently unstable, correct?
09:28:13  2    Or would you include that in one of the other two categories?
09:28:16  3    A.  Well, that was failure to form a barrier, and is that how
09:28:21  4    you're defining failure in that?
09:28:23  5    Q.  I actually am trying to find out how you were defining it in
09:28:27  6    the answer.  Let me ask it this way:  When you say that the cement
09:28:30  7    was either not present across the formation to be able to form a
09:28:34  8    barrier, do you include in that answer that the cement could
09:28:38  9    physically have been in place but be inherently unstable and
09:28:43 10    therefore permeable and, therefore, allow formation fluids to come
09:28:47 11    through?
09:28:47 12    A.  I think in my report, sir -- and you'll forgive me, but I
09:28:53 13    mentioned that if the slurry design doesn't meet the requirements
09:28:57 14    of the well, if you look at it, it's in the report, that that can
09:29:02 15    result in a well failure.
09:29:04 16    Q.  Right.  Maybe -- let me ask the question more precisely.  Do
09:29:09 17    you agree that an inherently unstable cement can be permeable when
09:29:14 18    it's put downhole?
09:29:17 19    A.  No.  I don't.
09:29:20 20    Q.  Let's try it this way.  Yesterday you had your plate.  Do you
09:29:23 21    still have it up there?
09:29:27 22    A.  Yes.
09:29:28 23          THE COURT:  Right there.  Right under your cement.
09:29:30 24          THE WITNESS:  Right under my cement, yes, sir.
09:29:32 25    BY MR. REGAN:

2471

09:29:32  1    Q.  And I think you said you might have the food on your plate in

09:29:35  2    the right place, but if it's the wrong food it's not going to work.

09:29:39  3    Do you remember that?

09:29:39  4    A.  Yes, if it's on the outside and it's not right it won't work,

09:29:44  5    yes, sir.

09:29:44  6    Q.  And one of the things that can be wrong with your food or your

09:29:48  7    cement is that it has an inherent defect that renders it unstable,

09:29:53  8    correct?

09:29:53  9    A.  Yes.

09:29:54  10   Q.  And that inherent defect could then allow the failure of zonal

09:29:59  11   isolation?

09:29:59  12   A.  Yes, sir.

09:29:59  13   Q.  Now, I want to ask you a few questions about your time at

09:30:09  14   ExxonMobil.  I am not going to go all the way back to your time

09:30:11  15   when you started at Dowell but other than to clarify.  You do know

09:30:15  16   Mr. Calvert who is coming up after you, correct?

09:30:17  17   A.  I know Jerry very well.

09:30:19  18   Q.  He is a mentor of yours?

09:30:20  19   A.  Yes, sir, he is.

09:30:21  20   Q.  When you were at ExxonMobil, you had global responsibilities

09:30:24  21   for cementing, correct?

09:30:25  22   A.  That is correct.

09:30:26  23   Q.  Now, were you assigned to every well that Exxon was an operator

09:30:30  24   drilling?

09:30:31  25   A.  Essentially, but you can't do all of the wells.

2472

09:30:33 1   Q.  Right, ExxonMobil did not assign an internal cementing expert

09:30:37 2   to every well's team, correct?

09:30:39 3   A.  No, sir.

09:30:40 4   Q.  Is that correct?

09:30:41 5   A.  That is correct.

09:30:41 6   Q.  And you and your counterpart Mr. Styles, David Styles, who was

09:30:46 7   also a global cementing expert, you did not review every single

09:30:49 8   cement program for every single well that ExxonMobil drilled,

09:30:53 9   correct?

09:30:53 10  A.  That is correct.

09:30:53 11  Q.  ExxonMobil had contacts with cement contractors, they had

09:30:59 12  points of contacts with the service providers for those wells,

09:31:03 13  correct?

09:31:03 14  A.  Yes, sir.

09:31:03 15  Q.  And is that consistent with your experience in the industry,

09:31:10 16  Mr. Benge, that operators can have global experts on cementing, but

09:31:15 17  as to the specific wells, the wells teams rely on the advice and

09:31:18 18  input from individuals who work for the service companies?

09:31:22 19  A.  That is correct.

09:31:22 20  Q.  BP has a similar structure to that, correct?

09:31:27 21  A.  From my understanding, yes.

09:31:28 22  Q.  And you know Erick Cunningham of BP, you said that yesterday,

09:31:33 23  right?

09:31:33 24  A.  Yes, sir.

09:31:33 25  Q.  And he had a job that was similar to the one that you had at

09:31:37  1    ExxonMobil, correct?

09:31:38  2    A.   That's correct.

09:31:38  3    Q.   And based on your experience of how this structure is set forth

09:31:45  4    at ExxonMobil and at BP and ConocoPhillips and at others, you would

09:31:48  5    not have expected Mr. Cunningham to be a dedicated member of the

09:31:53  6    Macondo well's team?

09:31:54  7    A.   I would not have expected that, no, sir.

09:31:56  8    Q.   Do you think that that structure is a safe way to operate?

09:31:58  9    A.   Yes, sir.

09:31:59 10    Q.   And you were comfortable in that structure at ExxonMobil?

09:32:03 11    A.   Yes, it was.

09:32:04 12    Q.   From your perspective, it was a prudent way to structure

09:32:08 13    providing cementing advice to wells teams, correct?

09:32:11 14    A.   Yes, sir.

09:32:12 15    Q.   Now, the gentleman from Halliburton who was working on Macondo

09:32:19 16    was Jesse Gagliano, correct?

09:32:22 17    A.   Yes, sir.

09:32:22 18    Q.   And you know that Mr. Gagliano was a Halliburton employee,

09:32:27 19    right?

09:32:27 20    A.   Yes, sir.

09:32:28 21    Q.   And where did he work?

09:32:31 22    A.   He was officed in BP's office.

09:32:36 23    Q.   He physically went to work at BP's offices, correct?

09:32:38 24    A.   Yes, sir.

09:32:38 25    Q.   And he physically sat down on the same floor as the BP

09:32:42  1   engineers who were working on the Macondo well, correct?

09:32:46  2   A.  I don't know the seating arrangement.  I know he was at the

09:32:49  3   building.

09:32:49  4   Q.  You don't know that he actually was in a cubical right next to

09:32:53  5   Brian Morel?  Is that something you've seen in your review of the

09:32:56  6   records?

09:32:56  7   A.  Yes, sir, I've seen that in deposition.

09:32:58  8   Q.  And they would talk every day, right?

09:33:01  9   A.  I would assume they would, yes, sir.

09:33:02 10   Q.  They would talk through e-mail, communicate through e-mail,

09:33:05 11   correct?

09:33:05 12   A.  Yes.

09:33:06 13   Q.  They would communicate on the phone, correct?

09:33:08 14   A.  I believe so.

09:33:08 15   Q.  They could go to lunch together, correct?

09:33:10 16   A.  They could.

09:33:11 17   Q.  So there was a vast majority of communications that took place

09:33:14 18   between the BP wells team and the Halliburton engineers that you're

09:33:18 19   not aware of because it's not written in an e-mail or a document,

09:33:21 20   correct?

09:33:21 21   A.  That is correct.

09:33:22 22   Q.  But it is not surprising to you that in this arrangement, there

09:33:26 23   would be daily meetings, daily contact, daily discussions about

09:33:31 24   cementing issues with the service provider's representative who

09:33:34 25   sits in the office, right?

09:33:36  1   A.  As I stated, that's an iterative technique between the service

09:33:41  2   provider and the operator.

09:33:43  3   Q.  Pull up D 4375.  Mr. Benge, I am going to pull up a

09:33:51  4   demonstrative just to try to organize what I believe you described

09:33:54  5   as a frame work for kind of the different steps in planning and

09:33:59  6   executing a cement job.

09:34:06  7          You see what I have on the page here starting from the

09:34:09  8   left over to the right.  Starting with objective, then slurry

09:34:14  9   design, then lab testing, then job design, job execution on the

09:34:19 10   rig, job evaluation on the rig, and post job report.  Do you see

09:34:23 11   that?

09:34:24 12   A.  Yes, sir, I do.

09:34:24 13   Q.  Is that, in your view, Mr. Benge, a fair representation of the

09:34:28 14   way that you view the different steps in planning and executing a

09:34:33 15   cement job?

09:34:33 16   A.  That's consistent if job design you're talking about the

09:34:38 17   physics, if you will, that I talked about.

09:34:39 18   Q.  Yes.

09:34:40 19   A.  Yes, sir, that's consistent.

09:34:41 20   Q.  We've talked about geophysics and geology, and today we're

09:34:45 21   going to do chemistry and physics.

09:34:47 22   A.  Cementophysics, yes, sir.

09:34:49 23   Q.  Just keeping track of where we're at.  So with respect to the

09:34:54 24   objectives, you said that's BP's responsibility, right?

09:34:57 25   A.  Yes, sir.

09:34:58 1   Q.  I want to go through this list based on your personal

09:35:01 2   experience at ExxonMobil.  With respect to slurry design,

09:35:06 3   ExxonMobil depended on the contractor, the cement contractor to

09:35:10 4   design the components of the slurry, correct?

09:35:13 5   A.  Yes, sir.

09:35:15 6   Q.  And ExxonMobil depended on its cement contractor to recommend a

09:35:20 7   slurry that met the objectives of the well, correct?

09:35:23 8   A.  Yes, sir.

09:35:23 9   Q.  ExxonMobil relied on the cement contractor to communicate any

09:35:28 10  potential issues with the slurry design, correct?

09:35:30 11  A.  Yes, sir.

09:35:31 12  Q.  And you agree with me, Mr. Benge, that if the operator, be it

09:35:36 13  ExxonMobil, BP, ConocoPhillips, Anadarko, pick any one you want, if

09:35:44 14  the operator does not receive information of potential risks from

09:35:47 15  the cement contractor, then the operator cannot take steps to

09:35:51 16  mitigate those risks?

09:35:53 17  A.  That's correct.

09:35:54 18  Q.  You also depend on the cement contractor to test the slurry at

09:36:01 19  ExxonMobil, correct?

09:36:02 20  A.  Yes, sir.

09:36:02 21  Q.  ExxonMobil did not have its own laboratory to test cement,

09:36:06 22  correct?

09:36:06 23  A.  That's correct.

09:36:07 24  Q.  And with respect to that testing, when you were at ExxonMobil,

09:36:11 25  you would expect the cement contractor to identify to you, the

09:36:15  1   operator, anything that didn't look right in those lab tests,

09:36:18  2   correct?

09:36:18  3   A.  Yes, sir.

09:36:20  4   Q.  And you would agree here BP, as the operator, would have a fair

09:36:24  5   expectation that its cement contractor, Halliburton, would identify

09:36:28  6   anything that didn't look right in those lab tests, correct?

09:36:32  7   A.  Well, sir, you've used the word "anything" in there.  If I had

09:36:36  8   a -- for example, I'm in the lab and I have a thickening time test

09:36:40  9   the machine goes bad on, and so I repeat that because I know from a

09:36:44 10   lab standpoint, that's a bad test.  So when you say "anything," are

09:36:49 11   you including I know -- I lost pressure on the machine.  So I

09:36:55 12   really just want to be clear.  I am not trying to be mean to you.

09:36:58 13   Q.  I didn't take that at all.  Let me show you your deposition and

09:37:02 14   see if that helps, page 86 to 87.  The question you were asked, see

09:37:07 15   if this refreshes your recollection, on page -- starts on 86 and

09:37:12 16   over to 87.  It's the very last line, starts with:

09:37:16 17        "Correct.  And not only would ExxonMobil expect that they

09:37:20 18   would discuss anything" -- that is, the contractor -- "discuss

09:37:24 19   anything that doesn't look right, they would rely on the contractor

09:37:27 20   to identify anything that doesn't look right in the lab tests?"

09:37:30 21        And the answer:

09:37:31 22        "I would think so, yes, sir."

09:37:32 23   A.  Yes, sir, and that's clarifying of what I just asked you.

09:37:35 24   Q.  Okay.  Great.  Now, with respect to the cement procedure, it's

09:37:41 25   designed in its iterative process that you described, but

09:37:46  1   ultimately it's the cement contractor that provides a

09:37:49  2   recommendation for the cement job, correct?

09:37:51  3   A.  Yes, sir, based on that iterative process.

09:37:59  4   Q.  It happened at ExxonMobil, and that's what your expectation

09:38:03  5   would be of the relationship between BP and Halliburton here,

09:38:05  6   correct?

09:38:06  7   A.  Yes, sir.

09:38:06  8   Q.  And once the cement job design is finalized, at ExxonMobil, you

09:38:12  9   would rely on the cement contractor to execute that cement job,

09:38:16 10   wouldn't you?

09:38:17 11   A.  To execute the portions that they were in charge of, yes, sir.

09:38:21 12   Q.  Right.  So here it would be Halliburton to execute the job that

09:38:26 13   they recommended using Halliburton employees, Halliburton products,

09:38:32 14   Halliburton pumps on the rig, Halliburton employees on the rig,

09:38:35 15   correct?

09:38:35 16   A.  Yes.

09:38:36 17   Q.  ExxonMobil would have that expectation if it were the operator,

09:38:41 18   and you think it's fair for BP to have that expectation as well,

09:38:44 19   right?

09:38:44 20   A.  Right, neither company owns any cement pump.

09:38:48 21   Q.  It's the cementing contractor's responsibility to report to the

09:38:49 22   operator on how the job went, how did we do, how was it executed,

09:38:53 23   correct?

09:38:54 24   A.  That is correct.

09:38:54 25   Q.  And that was true at ExxonMobil, and should be true for BP as

09:38:57  1    well, correct?

09:38:58  2    A.  Yes, sir.

09:38:58  3    Q.  The bottom line, Mr. Benge, is you would expect that if there

09:39:02  4    were any problems with the cement job execution, the cementing

09:39:06  5    contractor would raise those with you, the operator?

09:39:08  6    A.  That is my expectation.

09:39:09  7    Q.  And not only would you expect them -- want them to do it, you

09:39:14  8    would expect them to do it?

09:39:15  9    A.  Yes, sir.

09:39:15 10    Q.  And that's the industry standard.

09:39:15 11    A.  Yes.

09:39:22 12    Q.  Now, you know with respect to Macondo, BP relied on Halliburton

09:39:25 13    to recommend the cement slurry design, correct?

09:39:28 14    A.  Yes, sir.

09:39:28 15    Q.  Fair for BP to expect Halliburton to raise any issues with that

09:39:32 16    cement slurry design directly to BP, correct?

09:39:35 17    A.  That is fair.

09:39:36 18    Q.  Halliburton's responsible to test the cement slurry, correct?

09:39:39 19    A.  Yes, sir.

09:39:40 20    Q.  Halliburton is responsible to report the test results to BP,

09:39:44 21    correct?

09:39:44 22    A.  Yes, sir.

09:39:44 23    Q.  So if Jesse Gagliano had not seen the foam stability tests for

09:39:49 24    the Macondo well slurry, he should have informed BP that he was

09:39:54 25    still waiting, correct?

09:39:58  1   A.  If that's -- he should have told them we don't have that.  BP

09:40:08  2   would have known they didn't have those test results.

09:40:10  3   Q.  Jesse Gagliano, in the cubical next to the engineers, should

09:40:14  4   have leaned over the wall and said, you know, guys, I don't have

09:40:17  5   foam stability test yet.  That was his responsibility, correct?

09:40:20  6   A.  It's his responsibility to report those foam stability tests,

09:40:23  7   yes, sir.

09:40:23  8   Q.  And it would be fair for BP to rely on him to do that, to tell

09:40:27  9   them that he had a problem in the lab, to tell them that he didn't

09:40:31 10   have the test results, to act as the cementing contractor on that

09:40:35 11   job helping his teammates to drill that well?  You agree with that,

09:40:44 12   that was his job?

09:40:45 13   A.  Yes, sir.

09:40:45 14   Q.  Now, Halliburton has special expertise in cementing, correct?

09:40:50 15   A.  Yes, sir.

09:40:50 16   Q.  One of the world's foremost cementers, right?

09:40:53 17   A.  Yes, they are.

09:40:53 18   Q.  You certainly don't have an opinion that it was a bad idea for

09:40:56 19   BP to contract with Halliburton to design and test and execute and

09:41:00 20   evaluate the cement for Macondo, do you?

09:41:03 21   A.  No, sir.

09:41:03 22   Q.  Foam cement is a specialized project, correct?

09:41:06 23   A.  Yes, sir.

09:41:07 24   Q.  Halliburton has the expertise to design that product, correct?

09:41:10 25   A.  Yes, sir.

09:41:12   1    Q.   Halliburton has the expertise to test that product, correct?

09:41:15   2    A.   They do, yes, sir.

09:41:16   3    Q.   Halliburton has the expertise to design the foam job, right?

09:41:21   4    A.   Yes, sir.

09:41:22   5    Q.   And they have the expertise to execute a foam job, correct?

09:41:25   6    A.   Yes, sir.

09:41:26   7    Q.   And they have the expertise to evaluate whether that job was

09:41:30   8    executed according to its plan, correct?

09:41:32   9    A.   The evaluation portion I am pausing on, sir.  They have the

09:41:41   10   ability to evaluate their portion of it, but not the whole job.

09:41:47   11   Q.   Okay.  So when you said yesterday that BP is ultimately

09:41:50   12   responsible for the cement, do you remember giving that answer, I

09:41:53   13   think to several people who asked you that question?

09:41:55   14   A.   Yes, sir, I do.

09:41:56   15   Q.   The way that BP discharged its responsibility with respect to

09:42:01   16   cement was that it worked with a world-class cement contractor,

09:42:04   17   correct?

09:42:04   18   A.   Yes, sir.

09:42:05   19   Q.   And that's an industry standard way for an operator to

09:42:08   20   discharge its responsibility for cement, correct?

09:42:10   21   A.   Yes, sir.

09:42:12   22   Q.   That's how it's done?

09:42:14   23   A.   That's how it's done.

09:42:15   24   Q.   And that's how it was done at Macondo?

09:42:18   25   A.   Yes, sir.

2482

09:42:18 1   Q.  So with respect to these steps, the cement job process,

09:42:21 2   Halliburton had significant responsibilities with respect to these

09:42:24 3   steps, correct?

09:42:25 4   A.  Yes, sir.

09:42:26 5   Q.  And we want to go into some of those issues here in a minute.

09:42:32 6   Proprietary additives, let me just ask you, we're going to get into

09:42:36 7   some of them, but the actual ingredients in the slurry, those are

09:42:40 8   Halliburton proprietary ingredients, right?

09:42:43 9   A.  Yes, sir.

09:42:43 10  Q.  That's something that's their stock and trade.  They don't give

09:42:46 11  out those constituent ingredients to anybody, right?

09:42:51 12  A.  Right.  The composition is within their company.

09:42:54 13  Q.  That's how they compete against BJ, Schlumberger and others;

09:42:59 14  they compete by saying, our ingredients, our cement is better than

09:43:04 15  theirs?

09:43:04 16  A.  That's one way, right.

09:43:06 17  Q.  So when Halliburton develops a cement slurry using its own

09:43:11 18  proprietary additives, even other cementing experts, like yourself,

09:43:16 19  would not have as much information about that slurry as did

09:43:20 20  Halliburton?

09:43:20 21  A.  Well, sir, you're making a leap there from the proprietary

09:43:26 22  additive versus its function.

09:43:29 23  Q.  Okay.

09:43:29 24  A.  And so as I stated in my deposition, I may not know the

09:43:35 25  chemistry of what's going on for that proprietary, but I know its

09:43:40  1   function.  You don't have to know what aspirin is made of

09:43:44  2   necessarily to know its function.

09:43:46  3   Q.  You might know the function, but you might not know its

09:43:49  4   chemistry?

09:43:50  5   A.  That's correct.

09:43:50  6   Q.  You would agree with that?

09:43:51  7   A.  Yes, sir.

09:43:51  8   Q.  You certainly would expect that Halliburton and the Halliburton

09:43:55  9   cement engineer that was provided to that operator to help drill a

09:43:58 10   well would have a better understanding of the function of those

09:44:01 11   Halliburton proprietary additives than would the BP engineers?

09:44:05 12   A.  That's correct.

09:44:06 13   Q.  TREX 982.  I would like to show you, Mr. Benge, a document

09:44:19 14   which we marked as trial Exhibit 982.  It's dated September 26,

09:44:24 15   2010, it's a PowerPoint by Mr. Tommy Roth and John Gisclair given

09:44:29 16   on September 26, 2010.  Have you seen this document before?

09:44:33 17   A.  Yes, sir, I have.

09:44:34 18   Q.  I'll have you turn to page seven of the PDF.  So you've seen

09:44:42 19   this page before on the bottom where it says, "Halliburton has

09:44:45 20   successfully used foam cement in over 1,000 jobs, including 279

09:44:50 21   jobs at 15,000 feet or deeper, 79 jobs at 18,000 feet or deeper."

09:44:56 22   You've seen that?

09:44:56 23   A.  Yes, sir.

09:44:57 24   Q.  I actually want to ask about another bullet on this page,

09:45:00 25   though.  Do you see that the title of the slide is Prejob Design

09:45:04  1   Quality Assurance?  Do you see that?

09:45:05  2   A.  Yes, sir, I do.

09:45:07  3   Q.  And below that, it says, "Cement slurry was designed using

09:45:10  4   standards and procedures located in. . ."  Do you see that?

09:45:13  5   A.  Yes, sir.

09:45:14  6   Q.  And it goes through the ANSI- and API-recommended practice?

09:45:18  7   A.  That's correct.

09:45:18  8   Q.  And that middle bullet says, "Halliburton's global laboratory

09:45:23  9   best practices, volume four, cementing, updated March 2010."  Do

09:45:28 10   you see that?

09:45:29 11   A.  Yes, sir.

09:45:29 12   Q.  So Halliburton, in this presentation, September 26, 2010, was

09:45:34 13   saying that its cement was quality assured and designed with

09:45:39 14   standards and procedures, including in its own global best

09:45:43 15   practices, correct?

09:45:44 16   A.  That's what that document says, sir.

09:45:46 17   Q.  And it would be reasonable for BP to expect that its cement

09:45:49 18   contractor, when it's recommending a slurry to BP, would be

09:45:53 19   designing that slurry in accordance with Halliburton's global

09:45:57 20   laboratory best practices, correct?

09:45:59 21   A.  That's what that says, sir.

09:46:01 22   Q.  You would have no reason to think, I've hired a cement

09:46:03 23   contractor to provide me with cement, and they are going to give me

09:46:07 24   something that's inconsistent with their own best practices, right?

09:46:10 25   A.  That's correct.

2485

09:46:10  1    Q.  And when Halliburton gave this presentation on September 26th,

09:46:14  2    2010, after the accident, do you take it that they were saying, in

09:46:18  3    fact, that's what happened, that it was consistent with their

09:46:21  4    global laboratory best practices?

09:46:22  5    A.  Yes, that's what Tommy has in there.

09:46:24  6    Q.  But you've examined the slurry, correct?

09:46:26  7    A.  Yes, sir.

09:46:26  8    Q.  Was it consistent with their global best practices?

09:46:29  9    A.  There were parts of that that were in conflict with those best

09:46:33  10   practices.

09:46:33  11   Q.  It was inconsistent, right?

09:46:35  12   A.  There you go, yes, sir.

09:46:37  13   Q.  If we can go to the next page in the PowerPoint.  This is what

09:46:42  14   Halliburton said on September 26, 2010, about the testing that had

09:46:46  15   been performed on its slurry that it recommended to BP, that it

09:46:51  16   pumped in the well with the Halliburton people and Halliburton

09:46:54  17   equipment.  Do you see this page?

09:46:56  18   A.  Yes, sir.

09:46:56  19   Q.  And this is Halliburton's representation of what testing took

09:46:59  20   place, correct?

09:47:00  21   A.  Yes, sir.

09:47:01  22   Q.  Is there anything on this page that indicates -- well, it

09:47:05  23   indicates that 407 hours of lab testing took place, correct?

09:47:09  24   A.  Yes, sir.

09:47:09  25   Q.  And it talks about the types of testing, right?

09:47:12  1    A.  Yes, sir.

09:47:13  2    Q.  I think we've seen two or three of these type charts in front

09:47:16  3    of you.  But this is the one that Halliburton created to show to

09:47:19  4    the public on September 26, 2010, right?

09:47:21  5    A.  That's correct.

09:47:22  6    Q.  And would you think it would be reasonable to trust this chart

09:47:24  7    to say if Halliburton says this is the tests that they did, in

09:47:29  8    fact, these are the tests that they did?

09:47:30  9    A.  I have no reason to doubt that.

09:47:33 10    Q.  And the same thing would be true with respect to BP.  If

09:47:37 11    Halliburton said we have done foam stability testing on

09:47:41 12    February 10th and April 12th and spent 99 hours on it, 99 hours on

09:47:47 13    foam stability testing, you would expect that Halliburton would

09:47:50 14    communicate that to BP, correct, that we've done foam stability

09:47:53 15    testing, right?

09:47:54 16    A.  It shows they've done foam stability tests, yes.

09:47:56 17    Q.  In those 99 hours of foam stability testing, if Jesse Gagliano

09:48:01 18    was aware of a problem in the Halliburton lab, you would have

09:48:04 19    expected him to tell BP, we've done 99 hours of testing and, you

09:48:08 20    know, guys, there are some problems here.

09:48:11 21    A.  Yes, if the slurry design is not meeting the objectives, that

09:48:15 22    should be part of that iterative process.

09:48:17 23    Q.  I want to turn now to your opinion that the BP team was, quote,

09:48:22 24    well versed in cementing.  Do you recall giving that testimony

09:48:26 25    yesterday?

09:48:26  1   A.  Yes, sir, I do.

09:48:27  2   Q.  Ask you testified that the BP wells team were the final

09:48:30  3   decision-makers and empowered to accept or reject the advice of

09:48:34  4   BP's internal cementing expert and Halliburton, that's your view?

09:48:38  5   A.  Yes, sir, it is.

09:48:39  6   Q.  The team you're referring to is Mr. Morel, Hafle, Cocales and

09:48:44  7   Mr. Guide, correct?

09:48:45  8   A.  Yes, sir.

09:48:45  9   Q.  You don't personally know any of those gentlemen, correct?

09:48:49 10   A.  No, I have not worked with those gentlemen.

09:48:50 11   Q.  You've never seen them on API committees or other industry

09:48:54 12   committees on cement issues?

09:48:55 13   A.  I have not.

09:48:56 14   Q.  And other than one seminar taught by Dr. Beirute and one

09:49:01 15   document you referred to with respect to Mr. Morel, that's the

09:49:05 16   extent of your knowledge of the training that they had, fair?

09:49:08 17   A.  Yes.

09:49:10 18   Q.  You have not evaluated their ability, the BP engineers' ability

09:49:16 19   to determine what tests should be run with a particular slurry?

09:49:19 20   A.  I have not, sir.

09:49:21 21   Q.  You didn't value the ability of those BP engineers to interpret

09:49:24 22   any of the foam stability tests, correct?

09:49:26 23   A.  No, sir.

09:49:26 24   Q.  And you reached your opinion about their competency, their

09:49:34 25   cementing competency based on reviewing a few e-mails that they had

09:49:38  1    sent back and forth to each other?

09:49:39  2    A.  Not solely that, sir.

09:49:41  3    Q.  And a few training materials?

09:49:42  4    A.  And also looked at their job performance reviews.

09:49:48  5    Q.  Did you review all of the e-mail of all of these gentlemen?

09:49:51  6    A.  No, sir, I did not review all of the e-mail.

09:49:54  7    Q.  Now, with respect to Mr. Gagliano from Halliburton, did you

09:50:00  8    evaluate his competency?

09:50:01  9    A.  Yes, sir.

09:50:02 10    Q.  Did you believe he was a competent cement expert?

09:50:06 11    A.  I believe he was a competent cementing person.

09:50:09 12    Q.  So it was reasonable for Mr. Morel, Mr. Hafle, Mr. Cocales and

09:50:15 13    Mr. Guide to rely on Mr. Gagliano's expertise?

09:50:17 14    A.  That is reasonable, yes, sir.

09:50:20 15    Q.  Can we pull up G 135.  I am going to put on the screen,

09:50:27 16    Mr. Benge, a demonstrative that's a time line, and it starts with

09:50:33 17    Jesse Gagliano's interview with the House Committee on Energy and

09:50:38 18    Commerce which took place June 11, 2010.  Let me just stop there.

09:50:42 19    That's not an interview that you looked at in preparing your report

09:50:44 20    and in preparing for your deposition in this case, correct?

09:50:47 21    A.  That's correct.  That was not in the -- and I believe I put in

09:50:51 22    my deposition that I didn't do that or didn't look at that, that

09:50:55 23    was an error, but my deposition says otherwise, sir.

09:50:58 24    Q.  So is it your testimony that you did look at Mr. Gagliano's

09:51:02 25    interview or you did not?

09:51:03   1   A. I did look at it, but I was in error in deposition when I said

09:51:06   2   that, sir.

09:51:07   3   Q. So you reviewed Mr. Gagliano's testimony with Congress?

09:51:11   4   A. I did.

09:51:11   5   Q. Then Mr. Gagliano gave a deposition on May 11, 2011, where he

09:51:14   6   asserted his constitutional rights. You gave an expert report on

09:51:17   7   August 26, 2011. You gave a deposition in November of 2011. And

09:51:23   8   then after your deposition, Mr. Gagliano, the Halliburton cementer,

09:51:28   9   gave a deposition where he answered questions, correct?

09:51:31   10   A. That's correct, sir.

09:51:32   11   Q. And you testified yesterday that you reviewed his deposition,

09:51:34   12   correct?

09:51:35   13   A. Yes, sir, I did.

09:51:36   14   Q. Now, you saw there that Mr. Gagliano testified that his whole

09:51:40   15   purpose for being with BP was to make cement recommendations to BP,

09:51:45   16   do you remember seeing that?

09:51:47   17   A. I remember that was a question in his deposition, yes, sir.

09:51:50   18   Q. Let me show Gagliano V9. Let me see if this refreshes your

09:51:55   19   recollection.

09:51:58   20   (WHEREUPON, A VIDEO CLIP WAS PLAYED AND TRANSCRIBED AS

09:51:58   21   FOLLOWS:)

09:52:00   22   "Q. My question was -- a slightly different answer to a

09:52:02   23   different question. Is it true that among all of the different

09:52:05   24   members of the Macondo well's team, you were the one person whose

09:52:08   25   full-time job it was, was to worry about cement issues, correct?

09:52:13   1          "UNIDENTIFIED SPEAKER:  Excuse me, object to form.

09:52:15   2          "A. My whole purpose of being with BP was to make cement

09:52:18   3   recommendations for BP."

09:52:19   4   BY MR. HILL:

09:52:19   5   Q.  And Mr. Gagliano said he was the main point contact for the BP

09:52:24   6   engineers?

09:52:24   7          THE COURT:  Excuse me.  Is that different than what the

09:52:26   8   witness just said right before that?

09:52:30   9          MR. REGAN:  I thought the witness said he didn't remember

09:52:33  10   precisely.

09:52:34  11          THE COURT:  I thought he said he had read that in the

09:52:36  12   deposition.  Sometimes we're using depositions for no apparent

09:52:39  13   reason.  If the witness doesn't say anything different, we should

09:52:42  14   just move on.

09:52:43  15          MR. REGAN:  We'll keep moving.

09:52:45  16   BY MR. REGAN:

09:52:46  17   Q.  Do you recall what Mr. Gagliano's testimony was with respect to

09:52:49  18   his level of expertise in cementing versus that of the BP

09:52:53  19   engineers?

09:52:53  20   A.  Yes, sir, I do.

09:52:53  21   Q.  And what was his testimony?

09:52:55  22   A.  His testimony was that he was much more expert in cementing

09:53:00  23   than were the BP engineers.

09:53:01  24   Q.  And do you have any reason to disagree with that?

09:53:04  25   A.  Yes, sir, I do.

09:53:05  1    Q.  So you don't accept Mr. Gagliano's testimony?

09:53:08  2    A.  I do accept Mr. Gagliano's testimony; however, Mr. Gagliano is

09:53:12  3    a service company employee, and I've worked for both service

09:53:17  4    companies and operators, and have trained operator engineers.  So

09:53:23  5    the expectation that you have of the cementing expertise of a

09:53:28  6    cementing engineer that works for a service company, he will have

09:53:32  7    the opinion that -- he has to have that expertise, but I don't know

09:53:36  8    that he would understand what the expertise is required for an

09:53:41  9    operator engineer.  So those are very similar, but they are --

09:53:45  10   they're complimentary, but they are a different skill set.

09:53:48  11   Q.  Mr. Gagliano testified that he believed his experience level

09:53:51  12   was higher than that of the BP engineers, correct?

09:53:53  13   A.  I don't disagree with that.

09:53:54  14   Q.  He sat with that team every day?

09:53:56  15   A.  Yes, sir.

09:53:56  16   Q.  That team relied upon him for his cement expertise, correct?

09:54:00  17   A.  Yes, sir.

09:54:00  18   Q.  And Mr. Gagliano knew that he was being relied upon for his

09:54:04  19   expertise, correct?

09:54:04  20   A.  That is correct.

09:54:05  21   Q.  I would like to now turn to chemistry and physics.  And we're

09:54:11  22   going to start with chemistry, okay?

09:54:12  23   A.  All right.  I noticed you left out math.

09:54:15  24   Q.  We're going to have some math, too.

09:54:18  25   A.  Oh, okay.

2492

09:54:19   1   Q.  With respect to -- you said yesterday chemistry can't overcome

09:54:23   2   physics, do you remember that?

09:54:24   3   A.  That's correct.

09:54:24   4   Q.  Can physics overcome bad chemistry?

09:54:28   5   A.  No, sir, they are both required.

09:54:29   6   Q.  And with respect to designing cement, which comes first,

09:54:33   7   designing the chemistry of the product or the physics of placing

09:54:38   8   it?

09:54:39   9   A.  Chicken and egg; they're both the same.

09:54:41  10   Q.  Both the same, all right.  I want to start with the choice of

09:54:45  11   foam cement.  If we can put up -- let me ask you first, you

09:54:48  12   testified yesterday that foam cement was used for density purposes,

09:54:53  13   do you recall that, in sum and substance?

09:54:55  14   A.  Yes, sir.

09:54:56  15   Q.  But there are a lot of other benefits from foam cement than

09:55:00  16   just lighter-weight density, correct?

09:55:01  17   A.  That is correct.

09:55:02  18   Q.  Let me put up 2128.  Mr. Benge, Exhibit 2128 is a Halliburton

09:55:11  19   document describing their zone seal isolation process.  Have you

09:55:14  20   seen this before?

09:55:16  21   A.  Yes, sir, I have.

09:55:17  22   Q.  Let's go to page four, if we could.  And in this document, if

09:55:23  23   we can cull out -- there we go.  In this document, Halliburton

09:55:31  24   describes what the benefits of foam cement can be, correct?

09:55:33  25   A.  Yes, sir.

09:55:34  1   Q.  So they say foam cement can help improve mud displacement.  Do

09:55:41  2   you agree with that, Mr. Benge?

09:55:41  3   A.  It is more efficient at fluid displacement, yes, sir.

09:55:44  4   Q.  We're going to get to your testimony with respect to the pump

09:55:47  5   time and pump rate and those things, but you would agree with me

09:55:50  6   that foam cement, amongst cement products, is actually one of the

09:55:53  7   better products in terms of mud displacement?

09:55:57  8   A.  That is correct.

09:55:57  9   Q.  Because it's an energized fluid, correct?

09:55:59  10  A.  That's right.

09:56:00  11  Q.  It actually has additional energy in it that helps it work and

09:56:04  12  displace the mud ahead of it from the nitrogen?

09:56:07  13  A.  Well, the nitrogen -- you speak of energy in there.  Yes, it's

09:56:10  14  an energized fluid, but it has more to do with the rheology.

09:56:15  15  Q.  You agree that foam cement under compression is more efficient

09:56:21  16  than conventional slurries in replacing mud?

09:56:24  17  A.  Yes.

09:56:24  18  Q.  You agree that cement formation bonds really hold up because

09:56:29  19  all of the mud has been removed, as represented here in this

09:56:33  20  Halliburton document?

09:56:33  21  A.  Oh, yes, sir.

09:56:34  22  Q.  Do you agree that the compressed gas bubbles in cement shrink

09:56:41  23  or expand, but they don't move around or coalesce?  That's a

09:56:43  24  description of a stable foam product, correct?

09:56:44  25  A.  That's correct.

09:56:44  1    Q.  If it's unstable, you actually have them moving around

09:56:48  2    and coalesce, correct?

09:56:49  3    A.  Yes.

09:56:49  4    Q.  If it's a stable product, the objective product, it maintains

09:56:54  5    pressure while the cement hydrates, that's why it goes from a

09:56:57  6    liquid to a solid form, right?

09:56:59  7    A.  Yes, sir.

09:56:59  8    Q.  And the result is virtually no gas migration into the cement

09:57:04  9    ever while the cement is being placed or while it sets, correct?

09:57:08  10   A.  Yes.

09:57:08  11   Q.  So if you were designing a cement for a hole or wellbore that

09:57:12  12   had a gas migration question, foam cement would be one of the

09:57:16  13   products you would want to use?

09:57:17  14   A.  That is a product you would use for that, yes, sir.

09:57:20  15   Q.  It describes the fact that the bubbles plate out against the

09:57:23  16   formation to form a barrier, which results in lower water loss.

09:57:27  17   And we go to the fourth bullet.  "Foam cement can be mixed at very

09:57:31  18   light weights, as low as four pounds per gallon.  Result:  A good

09:57:36  19   fix for extreme lost-circulation problems where nothing else will

09:57:39  20   work."  Do you agree with that?

09:57:40  21   A.  That is a fix.

09:57:41  22   Q.  If you have a hole where there is lost circulation problems, is

09:57:45  23   foam cement a product you would want to consider for that?

09:57:47  24   A.  Yes, it would be an application for that.

09:57:49  25   Q.  And then, lastly, density can be varied.  The result,

2495

09:57:53  1    hydrostatic pressure that can be tailored to protect fragile

09:57:58  2    formation and help prevent high-pressure zones from coming in, all

09:58:01  3    within the same job.  Do you agree with that, Mr. Benge, that

09:58:03  4    that's a reason that you would use foam cement?

09:58:06  5    A.  That's a benefit of foam cement, yes, sir.

09:58:08  6    Q.  You testified that you do not like to use foam cement in a

09:58:12  7    synthetic oil-based mud environment, correct?

09:58:15  8    A.  Yes, sir, it is.

09:58:16  9    Q.  But you made clear that other people do use foam cement in

09:58:20  10   those instances?

09:58:21  11   A.  Yes, sir, they do.

09:58:22  12   Q.  With respect to the choice of foam cement in this -- for this

09:58:26  13   well, the Macondo, foam cement was recommended by Mr. Gagliano,

09:58:30  14   correct?

09:58:31  15   A.  Yes, sir.

09:58:33  16   Q.  If we could pull up 7483.  This is an e-mail from Mark Hafle to

09:58:45  17   Jesse Gagliano on March 7th, 2010.  Do you recall seeing this

09:58:49  18   before, if you can see it?

09:58:50  19   A.  There we go, thank you.  Yes, sir, I do.

09:58:53  20   Q.  On the last line, Mr. Hafle asks Mr. Gagliano, "Can we put foam

09:58:57  21   cement across the zone to be perforated during the completion?  Not

09:59:03  22   sure if this is done on other wells with close PP/FG."  That's the

09:59:10  23   operator asking the cement contractor, can we use foam cement on

09:59:10  24   this job, right?

09:59:14  25   A.  That's correct.

09:59:14  1    Q.  And you're familiar with Mr. Gagliano's response?

09:59:16  2    A.  Yes, I am.

09:59:16  3    Q.  Let's pull it up.  7484.  And in his response on the same day,

09:59:22  4    Mr. Gagliano writes back, "We have foamed several production liners

09:59:26  5    and casing across the production zone to the perforated.  The last

09:59:30  6    one I did was for Nakika H-2 well.  Trent Fleece was the drilling

09:59:35  7    engineer for the project.  This has been done in the past with

09:59:38  8    success.  Let me know if you have any questions.  Thanks!"  Do you

09:59:41  9    recall seeing that before?

09:59:42  10   A.  Yes, sir.

09:59:42  11   Q.  So it's true that the recommendation for using foam cement for

09:59:45  12   the production casing at Macondo came from Mr. Gagliano, correct?

09:59:49  13   A.  Well, you've made a bit of a leap of faith, because he said,

09:59:53  14   yes, you can use it for the production casing for that in this

09:59:57  15   particular case.  So I don't necessarily know that that e-mail says

10:00:02  16   -- he says you can use it and it has been done in the past with

10:00:06  17   success.

10:00:07  18   Q.  Well, we'll come to another topic and I'll see if we can

10:00:11  19   clarify that and I'll ask you the question again.

10:00:13  20   A.  And I understand.  I just wanted to know that that doesn't

10:00:16  21   really go to that.

10:00:17  22   Q.  With respect to the use of foam cement in a synthetic oil-based

10:00:27  23   environment, if you're going to use it in that environment, you

10:00:30  24   will want to use a spacer, right?

10:00:32  25   A.  Yes, sir.

10:00:32 1   Q.   And you'll want to use an unfoamed cap cement?

10:00:35 2   A.   Yes, sir.

10:00:35 3   Q.   And you'll want to use an unfoamed tail cement, correct?

10:00:37 4   A.   Well, that will be -- that's independent of an oil-based mud

10:00:42 5   environment, but yes, sir.

10:00:42 6   Q.   And you will want to use a double plug cementing system to try

10:00:48 7   and, again, eliminate the chance of any type of contamination,

10:00:51 8   correct?

10:00:52 9   A.   Yes, sir, but that's not specific to foam.  You just always

10:00:55 10  want to do that.

10:00:56 11  Q.   For the job that took place on Macondo on April 19th, did they

10:00:59 12  have a spacer?

10:01:00 13  A.   Yes, sir.

10:01:00 14  Q.   Did they have an unfoamed lead cement?

10:01:03 15  A.   Yes, sir, they did.

10:01:04 16  Q.   Did they have an unfoamed tail cement?

10:01:07 17  A.   Yes, sir.

10:01:07 18  Q.   Did they use a double plug system?

10:01:10 19  A.   Yes.

10:01:10 20  Q.   Did they have a spacer behind the last plug?

10:01:14 21  A.   Yes, sir, they did.

10:01:15 22  Q.   So they did the types of things you would expect to see if

10:01:18 23  someone is using a foam cement in a synthetic oil-based

10:01:23 24  environment, correct?

10:01:23 25  A.   Those are all mitigating steps that will address that risk.

10:01:26  1   Q.  They're the right steps?

10:01:26  2   A.  Yes, sir.

10:01:27  3   Q.  They are the steps that help to ensure that the foam cement can

10:01:29  4   get where it needs to go and perform as expected?

10:01:32  5   A.  That's correct.

10:01:32  6   Q.  Now, I want to turn now to the question of the Kodiak, as you

10:01:38  7   term it, leftover blend.  Do you recall that topic?

10:01:41  8   A.  Yes, sir.

10:01:41  9   Q.  And it's your -- you testified about it yesterday that BP used

10:01:45 10   this leftover dry blend from the previous well that was drilled by

10:01:50 11   the *Deepwater Horizon*, the Kodiak 2 well, right?

10:01:53 12   A.  That's correct.

10:01:54 13   Q.  Now, Mr. Gagliano was the person that recommended the use of

10:01:58 14   that blend, was he not?

10:02:00 15   A.  I know that that blend was recommended for use, yes, sir.  I

10:02:06 16   believe you're correct, yes, sir.

10:02:07 17   Q.  I can show you, with deference to the Court.  Would it be

10:02:14 18   helpful to see Mr. Gagliano's question and answer with respect to

10:02:18 19   who recommended that blend?

10:02:18 20   A.  No, I believe, yes, you are correct, he did recommend it.

10:02:21 21   Q.  And Mr. Gagliano, not only did he recommend the use of the

10:02:24 22   Kodiak blend, he had no problem with the ability to foam that

10:02:28 23   blend, correct?

10:02:29 24   A.  That's correct.

10:02:31 25   Q.  He believed that it was appropriate to use that blend and it

| | |
|---|---|
| 10:02:34 | 1 |

was appropriate to foam that blend, correct?

10:02:36  2          MR. HILL:  Your Honor, I am going to object.  I've been

10:02:38  3  lenient about this.  He's continually asked what Jesse believed,

10:02:40  4  what Jesse thought.  I don't know if this witness can say that.

10:02:43  5          MR. REGAN:  It's a short Q and A.  I can show it and ask

10:02:47  6  if it's consistent with his understanding.  It's two questions.

10:02:50  7          THE COURT:  Go ahead.

10:02:52  8          MR. REGAN:  If we can do Gagliano V3.

10:02:56  9          (WHEREUPON, A VIDEO CLIP WAS PLAYED AND TRANSCRIBED AS

10:02:56 10  FOLLOWS:)

10:02:58 11     "Q. Right.  In fact, not only did you have no issues

10:03:03 12  using the Kodiak blend for the production casing job on the

10:03:05 13  Macondo, you actually believed that, A, it was appropriate and, B,

10:03:09 14  you recommended to BP that it was appropriate, correct?

10:03:12 15     "UNIDENTIFIED SPEAKER:  Object to form.

10:03:13 16     "A. I saw no concern with foaming that system.

10:03:15 17     "Q. Right.  And you recommended that system to BP,

10:03:18 18  correct?

10:03:18 19     "A. Yes, sir, I recommended --

10:03:19 20     "UNIDENTIFIED SPEAKER:  Object to -- object to form.

10:03:21 21     "Q. And you recommended that system to BP, correct?

10:03:24 22     "A. Yes.

10:03:25 23     "Q. And BP accepted your recommendation as the trusted

10:03:28 24  advisor with 400 foam cement jobs under your belt, correct?

10:03:32 25     "A. They accepted my recommendation, right."

10:03:33  1   BY MR. HILL:

10:03:33  2   Q.  And is that consistent with what you recall from Mr. Gagliano's

10:03:38  3   testimony about not only using the blend, but also his view on

10:03:41  4   foaming it?

10:03:41  5   A.  Yes, sir, it is.

10:03:43  6   Q.  You did not see any evidence in the record, Mr. Benge, that BP

10:03:47  7   wanted to use the Kodiak blend in order to save money, did you?

10:03:51  8   A.  No, sir, I did not.

10:03:51  9   Q.  You did not see any evidence that BP refused to pay for a new

10:03:56 10   blend if one were to have been offered by Halliburton, correct?

10:04:00 11   A.  No, sir.

10:04:01 12   Q.  You did not see any evidence from Halliburton where they said,

10:04:04 13   we, Halliburton recommend to you, BP, that you should use a new

10:04:09 14   blend rather than Kodiak, correct?

10:04:10 15   A.  That is correct, sir.

10:04:11 16   Q.  Better way to ask it, you saw no evidence of Halliburton

10:04:15 17   offering a new blend, correct?

10:04:17 18   A.  That's correct.

10:04:17 19   Q.  And yesterday I might have been a little confused about the

10:04:19 20   question and answer, but it is correct, Mr. Benge, that if BP did

10:04:27 21   not use the cement blend that was on that rig, the past practice

10:04:33 22   from the previous well is that BP received a credit for it rather

10:04:36 23   than eating the cost of it, correct?  Have you seen that?

10:04:41 24   A.  No, sir, I haven't.

10:04:42 25   Q.  Let me show you --

10:04:48  1    A.  I didn't consider that anywhere.

10:04:49  2    Q.  Let me just ask you:  You did not see that the Kodiak well

10:04:53  3    after the rig left Kodiak there was $139,000 credit issued to that

10:04:59  4    well with respect to that blend?

10:05:01  5    A.  I didn't look at the financials.

10:05:02  6    Q.  From that perspective, you can't testify as to whether BP would

10:05:06  7    have received a credit back for the cement or had to eat the cost

10:05:10  8    of the cement if the Kodiak had not been used, fair?

10:05:13  9    A.  That's absolutely fair.

10:05:15 10    Q.  With respect to defoamers, this is what we're talking about,

10:05:24 11    the D-Air product.  Do you recall some questions about that?

10:05:27 12    A.  Yes, sir.

10:05:27 13    Q.  And again, these defoaming agents are used to actually reduce

10:05:36 14    some of the tension in the fluids so that they can break foam,

10:05:37 15    right?  Is that what they do?

10:05:40 16    A.  Well -- you say they reduce the --

10:05:44 17    Q.  Let me ask it this way:  What a defoamer will do in a blend is

10:05:50 18    it'll actually prevent the formation of foam or break foam that

10:05:55 19    exists, correct?

10:05:56 20    A.  It will brake foam that exists.  An anti-foam will actually

10:06:01 21    help prevent it from forming.  There a little bit different

10:06:04 22    materials.

10:06:04 23    Q.  So a defoamer actually will break the foam, correct?

10:06:06 24    A.  Yes.

10:06:06 25    Q.  So if you're trying to make foam cement, you wouldn't want to

10:06:10  1   put something in there that's going to break foam cement?

10:06:13  2   A.  That's right.  That's a risk in using that blend.

10:06:15  3   Q.  Halliburton slurry that it recommended included dispersants

10:06:20  4   like SCR-100, correct?

10:06:23  5   A.  That's primarily a retarder, but it does have dispersing

10:06:26  6   action.

10:06:26  7   Q.  KCL which is also a dispersant?

10:06:31  8   A.  Yes, it will have a dispersing agent.

10:06:33  9   Q.  And those things can thin a slurry, correct?

10:06:37 10   A.  Yes, they do.

10:06:38 11   Q.  I asked you about Halliburton's best practices.  You reviewed

10:06:41 12   Halliburton literature in forming your expert opinion, correct?

10:06:43 13   A.  Yes, sir.

10:06:43 14   Q.  And you looked at Halliburton's Global Best Practices.  I think

10:06:47 15   you answered that a minute ago, correct?

10:06:48 16   A.  Yes, I have.

10:06:49 17   Q.  You reviewed Halliburton's Cementing Technology Manual,

10:06:51 18   correct?

10:06:51 19   A.  Yes, sir.

10:06:51 20   Q.  And you reviewed Halliburton's Zone Seal Technology book, do

10:06:55 21   you recall seeing that?

10:06:56 22   A.  Yes, sir.

10:06:57 23        MR. REGAN:  If we could put up opening 99.

10:06:57 24   BY MR. REGAN:

10:07:02 25   Q.  I am going to show you a document, a demonstrative, see if we

10:07:05   1   can speed things up.  Otherwise, we can go to the individual

10:07:08   2   document.

10:07:15   3          It's your understanding from these documents, while we're

10:07:18   4   waiting for it to come up, is that in the Halliburton internal

10:07:23   5   literature, the internal guidance used for Halliburton, that they

10:07:26   6   expressly state to not use defoamers in foam cement, correct?

10:07:31   7   A.  That is correct, sir.

10:07:32   8   Q.  And it's represented here on this demonstrative opening Slide

10:07:35   9   99, that's true in the Global Best Practices, that's true in the

10:07:41  10   Cementing Technology Manual, and in the Zone Sealant Technology

10:07:44  11   Bulletin, right?

10:07:45  12   A.  Yes.

10:07:46  13   Q.  And those manuals are not manuals that are given to customers,

10:07:49  14   those are the internal Halliburton documents, correct?

10:07:51  15   A.  The technology bulletin I think is on their web site, but the

10:07:56  16   other ones are internal.

10:07:58  17   Q.  Now, you testified that you had used defoamer in a foam cement

10:08:08  18   before?

10:08:08  19   A.  Yes, sir, I did.

10:08:08  20   Q.  And I think what you said, maybe it was just this morning, is

10:08:11  21   that in that situation, you would want to alter the amount of

10:08:14  22   foamer or surfactant to try to counteract?

10:08:17  23   A.  Well, you assure that the amount of surfactant that you have

10:08:22  24   will overcome that amount of defoamer.

10:08:25  25   Q.  And based on all of your review of the Halliburton testing in

10:08:31  1   this case, Mr. Benge, it's true, is it not, that Halliburton never,

10:08:35  2   never changed the amount of surfactant in that rig blend in the

10:08:40  3   laboratory from the February test to the April test, correct?

10:08:43  4   A.  The zone seal surfactant remained constant through all of that

10:08:49  5   testing, yes, sir.

10:08:49  6   Q.  So to the extent the question is:  Can you counteract the

10:08:53  7   effect of defoamer by adding more surfactant?  There's no evidence

10:08:57  8   that Halliburton ever changed the amount of surfactant, correct?

10:09:01  9   A.  That's correct.

10:09:01  10  Q.  I am going to now move into some of the lab tests that were

10:09:10  11  done.

10:09:11  12          THE COURT:  You still have a ways to go, right?

10:09:13  13          MR. REGAN:  Yes, I do.

10:09:14  14          THE COURT:  Why don't we take our morning recess for

10:09:17  15  about 15 minutes.  It's about almost ten after ten.

10:09:19  16          THE MARSHAL:  All rise.

10:09:20  17     (WHEREUPON, A RECESS WAS TAKEN.)

10:30:35  18     (OPEN COURT.)

10:30:36  19          THE COURT:  All right.  Please be seated, everyone.  All

10:30:40  20  right, Mr. Regan, you may resume.

10:30:43  21          MR. REGAN:  Thank you, your Honor.

10:30:44  22  BY MR. REGAN:

10:30:45  23  Q.  Mr. Benge, I would, now, like to talk about the lab tests in a

10:30:49  24  little more detail than has been done today but I'll try not to

10:30:53  25  repeat what we've seen.  In your report --

10:30:55  1          MR. REGAN:  If we can go to 22727.12.1.

10:30:55  2   BY MR. REGAN:

10:31:04  3   Q.  You have a statement your report, Mr. Benge, that we'll have on

10:31:09  4   the screen in a second with respect to how the expectations --

10:31:12  5          THE COURT:  Hold on one second.  I'm not getting any

10:31:51  6   realtime feed here.

10:31:51  7   BY MR. REGAN:

10:31:52  8   Q.  Mr. Benge, I'll start over.  You see on the screen I have a

10:31:54  9   paragraph from your report.  Do you recognize that?

10:31:56  10  A.  Yes, sir, I do.

10:31:57  11  Q.  And you state in your report:  "The expectations for the

10:32:00  12  performance of the cement slurry are based on laboratory test data,

10:32:04  13  and the ability of that test data to simulate well conditions."

10:32:08  14  Correct?

10:32:08  15  A.  Yes, sir.

10:32:09  16  Q.  And that test data's validity can be influenced by proper

10:32:12  17  selection of test temperatures and pressures, correct?

10:32:14  18  A.  Yes, sir.

10:32:15  19  Q.  And the temperature and pressure should as closely as possible

10:32:20  20  simulate the conditions in the well, correct?

10:32:22  21  A.  Yes, sir.

10:32:23  22  Q.  Your last sentence there is:  "A failure to properly test at

10:32:28  23  wellbore conditions can lead to a cementing failure," correct?

10:32:31  24  A.  That is correct, sir.

10:32:32  25  Q.  If the slurry is not working in the lab, it shouldn't leave the

10:32:37  1  lab, correct?

10:32:38  2  A.  That's correct, sir.

10:32:41  3  Q.  You don't have a bad slurry in the lab and send it to the rig

10:32:44  4  and think, well, things will get better when you use it in the

10:32:48  5  field.  That's not what cementers do?

10:32:50  6  A.  No, you design for the field work.

10:32:51  7  Q.  And even if you can get it to work in the lab, there's still a

10:32:55  8  risk of it failing in the field, fair?

10:32:58  9  A.  That's fair.

10:32:58 10  Q.  If it's not working in Broussard or Duncan or wherever else the

10:33:03 11  cement labs are, it shouldn't leave the lab?

10:33:05 12  A.  That's correct.

10:33:06 13  Q.  You were shown some API documents about signs of foam

10:33:12 14  instability.  Do you recall seeing that?

10:33:14 15  A.  Yes, sir.

10:33:14 16  Q.  I would like to show you Halliburton's cementing manual on

10:33:17 17  signs of foam stability or instability, 4347.1858.1.  This is from

10:33:29 18  Halliburton's global practices manual when which we referred to

10:33:34 19  before our break.  4347.1858.1.  This is a Halliburton internal

10:33:47 20  document on cementing specialized testing for atmospheric foam

10:33:51 21  slurry testing.  Do you see that?

10:33:52 22  A.  Yes, sir.

10:33:53 23  Q.  And did you review Halliburton internal guidance of how it

10:33:56 24  tests foam slurries?

10:33:59 25  A.  Say that three times real fast.  Yes, sir, I did.

10:34:02  1   Q.  I might say it a few more than three.  If we go to 4347.1859.1.

10:34:14  2   There is a chart and can you see this chart in Halliburton's own

10:34:19  3   manuals about what signs there were for foam instability when

10:34:22  4   slurries were prepared at various temperatures?

10:34:24  5   A.  Yes, sir.

10:34:25  6   Q.  And is this consistent with industry practice?

10:34:27  7   A.  Yes, that's consistent with the API.

10:34:29  8   Q.  So there's unset and set tests, correct?

10:34:32  9   A.  That's correct.

10:34:33 10   Q.  And perhaps it's clear, but just to be make sure for the

10:34:37 11   record, an unset test is done on the slurry when it's in a liquid

10:34:41 12   form, correct?

10:34:41 13   A.  That's correct.

10:34:42 14   Q.  A set test is done after the slurry has cured or is in a solid

10:34:47 15   form, correct?

10:34:47 16   A.  That's correct.

10:34:48 17   Q.  You can do unset tests or set tests on both unfoamed slurries

10:34:53 18   or foamed slurries, correct?

10:34:55 19   A.  That's correct.

10:34:56 20   Q.  And so we're going through an number of different tests here

10:34:59 21   today and yesterday, but we need to make sure what kind of slurry

10:35:03 22   is it and whether it's set or unset in terms of testing, fair?

10:35:06 23   A.  Fair.

10:35:07 24   Q.  We'll do our best.  Now, the API guidance in terms of this

10:35:16 25   large variations of density between top and bottom of the sample,

10:35:20  1   the API would say if the density after the sample is heavier than

10:35:23  2   the target, you need to redesign it, correct?

10:35:26  3   A.  That's not in the API, sir.

10:35:28  4              MR. REGAN:  If we could go to 6235.15.1.

10:35:28  5   BY MR. REGAN:

10:35:36  6   Q.  And this is from API 10B-4.

10:35:40  7   A.  Yes, sir.

10:35:40  8   Q.  And the sentence that we called out, "If the measured foam

10:35:44  9   density is above the design, it will be difficult to obtain the

10:35:46 10   proper foamed cement density in the field, and the slurry should be

10:35:50 11   redesigned."  Is that the guidance in the API?

10:35:53 12   A.  That's the guidance, yes, sir, and the reason I said it wasn't

10:35:55 13   in there you had mentioned that was for the set cement.  This is

10:35:58 14   for unset cement, sir.

10:36:00 15   Q.  Okay.  Based on my own instructions, for an uncement (VERBATIM)

10:36:05 16   test, API guidance would be if the measured density is above the

10:36:09 17   design, it should be redesigned?

10:36:10 18   A.  That's correct, for an unset cement, yes, sir.

10:36:12 19   Q.  Halliburton, in its testing of the Macondo slurry, did not do

10:36:16 20   unset foam slurry tests, correct?

10:36:21 21   A.  That's correct, sir.

10:36:22 22   Q.  Those tests were done on different products, and we will get to

10:36:24 23   it, after the accident, correct?

10:36:26 24   A.  Yes, sir.

10:36:26 25   Q.  And the tests that were done by OTC and by Chevron on unset

10:36:32  1    foam slurries showed signs of instability, correct?

10:36:35  2    A.  Yes, they did, sir.

10:36:37  3    Q.  And under API guidance, based on their tests, those slurries

10:36:41  4    would need to be redesigned?

10:36:42  5    A.  Yes, sir.

10:36:43  6    Q.  We've talked about density of set slurries, in terms of

10:36:50  7    comparing the density from a set foam stability test.  Do you

10:36:53  8    recall that?

10:36:53  9    A.  Yes, sir.

10:36:54  10   Q.  And this is where we're going to go through the idea of the

10:36:58  11   measure at the top and at the bottom in terms of the Halliburton

10:37:01  12   testing.

10:37:01  13   A.  Okay.

10:37:02  14   Q.  And API would have you measure it three places, right?

10:37:06  15   A.  Yes, that's the recommendation.

10:37:07  16   Q.  Halliburton does it in two places, correct?

10:37:09  17   A.  Yes, sir.

10:37:09  18   Q.  And API would trust the judgment of experts like you to

10:37:14  19   determine, in looking at one of those samples, whether it showed a

10:37:19  20   stability or instability, correct?

10:37:20  21   A.  That is correct, sir.

10:37:24  22   Q.  And for you, Mr. Benge, if you see more than a .2, 0.2 PPG

10:37:35  23   difference between the density of a test sample and a target

10:37:37  24   density, you believe that slurry should be redesigned?

10:37:41  25   A.  I want to investigate further.  That's my cut point.  There

10:37:45  1   could be reasons for that, and so before I do the redesign, I want

10:37:49  2   to understand why that occurred.

10:37:51  3   Q.  You wouldn't accept a density difference greater than .2 PPG

10:37:55  4   and say, that looks good, let's let it go out the door?

10:37:58  5   A.  That's my point of -- that's my alert point, if you will.

10:38:02  6   Q.  And all of the experience that you've brought to this court in

10:38:05  7   your report and your testimony in the last seven hours, based on

10:38:09  8   all of that experience, you, Glen Benge, would say, if that density

10:38:13  9   difference is greater than .2, it should be investigated and

10:38:16 10   potentially redesigned?

10:38:17 11   A.  That's correct.

10:38:18 12   Q.  And in the final foam stability test on April 17th done by

10:38:21 13   Halliburton on the .08 target slurry, the density difference was

10:38:26 14   greater than .2, correct?

10:38:28 15   A.  That is correct.

10:38:29 16   Q.  And if Glen Benge had been in that laboratory and been shown

10:38:36 17   that test, you would have said, we need to investigate this and

10:38:36 18   redesign it?

10:38:36 19   A.  We need to investigate it.  Depending on the results of that

10:38:38 20   investigation, we'll move forward from there.

10:38:40 21   Q.  You would not view that result as that's a stable slurry?

10:38:43 22          MR. HILL:  Objection, asked and answered.

10:38:45 23          THE COURT:  Overruled.

10:38:47 24          THE WITNESS:  Again, I would want -- that doesn't meet my

10:38:51 25   criteria.  I want to investigate why.

2511

BY MR. REGAN:

Q.  Right.  It doesn't meet your criteria because you would see that density difference greater than .2 as a sign of instability, correct?  That's why you're investigating it?

A.  That's why I am investigating it.

Q.  You're not just going to accept it?

A.  That's correct.

Q.  If we could pull up D 4269A, and this is a demonstrative exhibit, and I would just like to hopefully make it quicker, I don't know if it will, but go through first the information that BP received from Mr. Gagliano about the testing of the slurry for the production casing Macondo.  Okay?

A.  Okay.

Q.  And across the bottom of the page, you're familiar with the fact that the first time Mr. Gagliano e-mailed BP with any type of test about this slurry was March 8th, correct?

A.  Yes, sir.

Q.  And the second time he e-mailed was April 1st, where he attached the same thing, correct?

A.  It was the same report, yes, sir.

Q.  Then in the week of April 12th through the 18th, there is a variety of correspondence between Mr. Gagliano and the engineering team, but with respect to foam stability tests, there was no transmission of a foam stability test by Mr. Gagliano in that April time period, correct, before the blowout?

2512

10:40:13 1   A.  That's correct.

10:40:13 2   Q.  The next -- after April 1st, the next time Mr. Gagliano

10:40:19 3   provided any foam stability test data to BP was on April 26th,

10:40:23 4   correct?

10:40:23 5   A.  That's correct.

10:40:23 6   Q.  So as of the time of Halliburton recommending this slurry to

10:40:29 7   BP, 8:58 P.M. April 18th, Mr. Gagliano had not provided BP with a

10:40:35 8   foam stability test for the .08 or the .09 slurry, correct?

10:40:41 9   A.  As I stated in my report, that was not available prior to the

10:40:46 10  job.

10:40:46 11  Q.  And the material that was transmitted, these e-mails with test

10:40:52 12  results, you've reviewed all of them, correct?

10:40:53 13  A.  Yes, sir.

10:40:54 14  Q.  And there is nowhere, nowhere in the e-mails from Mr. Jesse

10:40:59 15  Gagliano where he says to BP, hey, there's a potential issue with

10:41:02 16  the foam stability of this slurry, correct?

10:41:04 17  A.  That is correct.

10:41:05 18  Q.  And you, as a cement expert, said when you look at the test

10:41:11 19  results the way they were given to BP, you found them inconsistent

10:41:14 20  and confusing, correct?

10:41:15 21  A.  Yes, sir.

10:41:16 22  Q.  And how many years have you done this?

10:41:18 23  A.  36.

10:41:19 24  Q.  And cementing has been your life?

10:41:22 25  A.  Boy, that sounds nerdy.  Yes, sir.

10:41:25  1   Q.  Now, I would like to -- so with respect to the information that

10:41:34  2   Mr. Gagliano provided, you couldn't, as an expert, even look at

10:41:38  3   that and try to reach a judgment about the stability of the foam?

10:41:42  4   A.  Wait a minute.

10:41:45  5   Q.  Let me ask it differently.

10:41:47  6   A.  Thank you.

10:41:47  7   Q.  Let me just actually show you the testing data Halliburton had.

10:41:53  8   So the bottom is what was reported to BP and the top is the

10:41:57  9   information that Mr. Gagliano had available to him, the laboratory

10:42:00 10   at Halliburton had available to it, and anyone else with access to

10:42:03 11   the Viking system, I guess, presumably would have had access to it.

10:42:08 12   You are aware the first foam stability test was on February 12th,

10:42:08 13   correct?

10:42:12 14   A.  Yes, sir.

10:42:12 15   Q.  And looking at the Halliburton internal documents, the lab

10:42:15 16   reported that for a crush compressive strength test, slurry is

10:42:20 17   settling, will repeat, correct?

10:42:21 18   A.  Yes, sir.

10:42:22 19   Q.  That indicates foam instability to you, correct?

10:42:27 20   A.  Well --

10:42:28 21   Q.  Let me ask it this way.  Let me ask a better question.  There

10:42:33 22   was a foam stability test of 16.8/17.6 in terms of density,

10:42:39 23   correct?

10:42:39 24   A.  Yes, sir.

10:42:40 25   Q.  That result, the density differences and the actual density

10:42:43  1   itself, indicated foam instability to you?

10:42:45  2   A.  That is correct.

10:42:46  3   Q.  The crush compressive strength indicated another problem with

10:42:50  4   the slurry, correct?

10:42:50  5   A.  That's correct.

10:42:51  6   Q.  The slurry is settling, will repeat.  You don't want to have a

10:42:55  7   slurry that's settling, do you?

10:42:57  8   A.  No, sir, you do not.

10:42:58  9   Q.  And you got that information from the internal weigh-up sheet,

10:43:03  10  correct?

10:43:04  11  A.  That's correct.

10:43:04  12  Q.  Those sheets are never sent to BP, to your knowledge, are they?

10:43:08  13  A.  No, they're not.

10:43:09  14  Q.  Based on this February 12th test result, you would have

10:43:12  15  performed additional testing and probably redesigned the slurry,

10:43:15  16  correct?

10:43:16  17  A.  Yes, sir.

10:43:20  18  Q.  You're not aware of this test result ever being provided to BP

10:43:24  19  before the blowout, correct?

10:43:25  20  A.  No, sir, I am not aware of it.

10:43:26  21  Q.  Go to TREX 48195.9.1.  Now, I don't think the document I am

10:43:35  22  putting on the screen was available at the time of your deposition,

10:43:38  23  perhaps it was, but I'll represent to you that it was produced as

10:43:41  24  screenshot from the Viking system internal to Halliburton for that

10:43:45  25  test that we just discussed.  Do you see "Crush Compressive

10:43:49 1  Strength" there across the top?

10:43:50 2  A.  Yes, sir, I do.

10:43:51 3  Q.  Right here (INDICATING).  Do you see that they comment, "Foamed

10:43:57 4  to 14.5 ppg," do you see that?

10:44:00 5  A.  Yes, sir.

10:44:01 6  Q.  Do you see what it says underneath there?

10:44:03 7  A.  Yes, sir, I do.

10:44:04 8  Q.  "Slurry needs to be conditioned, will repeat.  Severe

10:44:08 9  settling."  Correct?

10:44:09 10  A.  Yes, sir.

10:44:10 11  Q.  And what is the status of this test, the first test that was

10:44:14 12  done by Halliburton with respect to the production casing?

10:44:17 13  A.  Test failed.

10:44:18 14  Q.  Was that information ever provided to BP, that Halliburton had

10:44:21 15  an internal report that said the test failed?

10:44:25 16  A.  No, sir, I don't believe so.

10:44:26 17  Q.  Let's go to the foam stability test.  Actually, let's go to the

10:44:31 18  February 16th test.  You were asked some questions about this, and

10:44:36 19  if I go too quickly, let me know, but I am going to try to move

10:44:39 20  forward.  This is the test that showed a 1.91, 1.91 in specific

10:44:47 21  gravity or 15.9, 15.9 densities, correct?

10:44:51 22  A.  Yes, sir.

10:44:52 23  Q.  Was the actual slurry design changed at all in the 2/16 test?

10:44:58 24  A.  No, sir.

10:44:58 25  Q.  So same amount of surfactant, same amount of D-Air?

2516

10:45:04   1    A.  Yes, sir.

10:45:05   2    Q.  But there was a change in the way they did that test, wasn't

10:45:06   3    there?  It wasn't a pure repeat, was it?

10:45:08   4    A.  No, sir.

10:45:08   5    Q.  They conditioned it?

10:45:10   6    A.  Yes, sir.

10:45:11   7    Q.  For two hours?

10:45:12   8    A.  Yes, sir.

10:45:14   9    Q.  At temperature?

10:45:16  10    A.  Yes, sir.

10:45:17  11    Q.  And after doing that, they resulted in a density of 15.9/15.9,

10:45:21  12    which was greater than the target density, correct?

10:45:24  13    A.  That is correct.

10:45:24  14    Q.  Target density is 14.5, correct?

10:45:27  15    A.  That's correct.

10:45:28  16    Q.  Glen Benge standard of stability is a .2 difference, correct?

10:45:33  17    A.  Yes, sir.

10:45:33  18    Q.  That's an unstable test, in your book, correct?

10:45:35  19    A.  That's an unsuccessful foam test, yes, sir.

10:45:38  20    Q.  That's the test results that Jesse Gagliano provided to BP on

10:45:42  21    March 8th and again on April 1st, correct?

10:45:46  22    A.  Yes, sir.

10:45:46  23    Q.  He did not indicate that he believed it was an unstable result,

10:45:51  24    did he?

10:45:51  25    A.  Not that I saw, no, sir.

10:45:52  1   Q.  And the only thing that was given to BP with respect to that

10:45:55  2   test was specific gravity numbers?  1.911.91, correct?

10:45:57  3   A.  Yes.

10:46:03  4   Q.  No pictures, no notations, no internal information, correct?

10:46:06  5   A.  That's correct.

10:46:07  6   Q.  Now, with respect to the internal lab reports for that test,

10:46:10  7   there was some information about potential issues on the

10:46:13  8   compressive strength testing, correct?

10:46:16  9   A.  Are you talking about the weigh-up sheet?

10:46:18 10   Q.  Yes, sir.

10:46:19 11   A.  Yes, sir.

10:46:19 12   Q.  The weigh-up sheets for that test show they had an issue with

10:46:24 13   being hard on bottom, firm on top, hard on both, soft on top, these

10:46:29 14   type of indications that some somebody that does this for a living

10:46:32 15   would say, I am looking at the quality of the slurry or the sample.

10:46:34 16   A.  That's correct.

10:46:37 17   Q.  Those indications, hard on bottom or soft on top, with respect

10:46:40 18   to the set sample, is that a sign of stability?

10:46:43 19   A.  I can't say that, and I think I did that in my deposition as

10:46:46 20   well, because while -- it can be a number of different things, from

10:46:51 21   how it's set in the water bath is a whole different thing, so I

10:46:56 22   can't opine on that without more data, I'm sorry.

10:46:58 23   Q.  Okay.  Let's go to April 13th.  This is the first test that was

10:47:02 24   done by Halliburton with respect to the rig blend.  And I am going

10:47:05 25   to have some separate questions for you about rig blend -- let me

10:47:09   1   just ask a couple right now.

10:47:10   2           Halliburton has asked whether there's a difference

10:47:12   3   between rig blend and lab stock, do you recall those questions?

10:47:15   4   A.  Yes, sir.

10:47:16   5   Q.  I think the Court asked you a question about could there be

10:47:19   6   potential environmental impacts that could change the quality of a

10:47:23   7   blend.

10:47:23   8   A.  That's correct.

10:47:24   9   Q.  Fair summary?

10:47:25  10   A.  Yes.

10:47:25  11   Q.  With respect to the work that you do at API, in terms of the

10:47:31  12   academic literature and others, do people run tests on lab stock?

10:47:35  13   A.  Yes, sir.

10:47:36  14   Q.  Do people make judgments about the quality of the slurry based

10:47:40  15   on tests on lab stock?

10:47:40  16   A.  Yes, sir.

10:47:42  17   Q.  Do cement companies advertise the capability of their products

10:47:43  18   based on lab stock?

10:47:45  19   A.  Yes, sir.

10:47:45  20   Q.  Happens every day.

10:47:45  21   A.  Yes, sir.

10:47:48  22   Q.  So to say lab stock testings are irrelevant, that would be an

10:47:53  23   overstatement?

10:47:53  24   A.  That is correct, sir.

10:47:55  25   Q.  Lab stock testing can be informative, correct?

2519

10:47:57  1   A.  Yes, sir.

10:47:58  2   Q.  The environmental factors for rig stock can make things

10:48:03  3   potentially worse, correct?

10:48:04  4   A.  Yes, sir.

10:48:05  5   Q.  But if the lab stock, the clean stuff isn't working, then from

10:48:10  6   your perspective, you stop there, you redesign the slurry?

10:48:14  7   A.  That's correct, sir.

10:48:15  8   Q.  April test results were done on the rig stock, 08 slurry

10:48:21  9   15.7/15.1.  Mr. Benge, is that a stable slurry?

10:48:24  10  A.  No, sir.

10:48:24  11  Q.  The conditioning time, did they do it the same way as the first

10:48:28  12  time, 0 conditioning, or the same as the second time, two hours

10:48:32  13  conditioning?

10:48:32  14  A.  No, sir.

10:48:32  15  Q.  What was the conditioning time this time?

10:48:34  16  A.  One and one half hours.

10:48:36  17  Q.  Do you have any information as to why Halliburton was changing

10:48:38  18  the conditioning time?

10:48:39  19  A.  I can suppose it's due to the period of time to place the

10:48:47  20  cement, but I haven't seen that document.

10:48:49  21  Q.  From a perspective of in April -- in February 16th, your

10:48:55  22  thought would be maybe they thought it would be two hours to place

10:48:58  23  the cement versus 0?

10:49:01  24  A.  Well, I'm sorry, I thought you thought the difference between

10:49:04  25  two hours and an hour and a half, I apologize, sir.

10:49:08  1   Q.  With respect to that test, you testified there was a weighing

10:49:13  2   error that you determined after the fact, correct?

10:49:15  3   A.  That's correct.

10:49:15  4   Q.  You're aware that Mr. Gagliano was informed about that test at

10:49:19  5   the time, correct?

10:49:20  6   A.  Yes.

10:49:20  7   Q.  He was informed that the test failed, correct?

10:49:22  8   A.  That's correct.

10:49:23  9   Q.  And he did not learn about a weighing error until after the

10:49:26 10   blowout, correct?

10:49:27 11   A.  That, I don't know.  I haven't seen that communication, I'm

10:49:31 12   sorry.

10:49:31 13   Q.  You're not familiar with Mr. Gagliano's testimony that he found

10:49:34 14   out post incident?

10:49:36 15   A.  Oh, boy.

10:49:37 16   Q.  That's not a memory test.

10:49:38 17   A.  Yeah, I've read so many of those things, I don't recall that in

10:49:41 18   there, I'll apologize.

10:49:42 19   Q.  Let's just assume that he did not find out about it until after

10:49:46 20   the blowout, so all he had was -- from the lab was this indication.

10:49:51 21   15.7/15.1.  Your opinion, Mr. Benge, would be that he should have

10:49:58 22   investigated the slurry and potentially redesigned it, correct?

10:50:01 23   A.  That shows an unstable slurry, yes, sir.

10:50:03 24   Q.  By this point in time, we have got a test February 12th,

10:50:07 25   February 16th, the pilot test and then we have a test on the rig

10:50:10 1  sample on April 13th all showing instability, correct?

10:50:14 2  A.  That's correct.

10:50:15 3  Q.  48196, page two of the PDF.  Again I want to show you the

10:50:26 4  internal Viking system for that test and ask if you've seen it

10:50:29 5  before.  Have you ever seen the internal screenshot for that test?

10:50:32 6  A.  Not prior to my report, but subsequent to it, yes.

10:50:35 7  Q.  You see that internally Halliburton, what did they say about

10:50:38 8  that test here under the test stats?

10:50:41 9  A.  It says test failed.

10:50:44 10  Q.  Did Halliburton ever inform BP that the April 13th test had

10:50:47 11  failed?

10:50:47 12  A.  Not that I'm aware of, no.

10:50:50 13  Q.  Let's go to April 16th, there was a test done on the .09

10:50:57 14  retarder, correct, retarder slurry, correct?

10:51:00 15  A.  Yes, sir.

10:51:02 16  Q.  There was a foam stability test that could have been run at

10:51:06 17  that point in time, correct?

10:51:07 18  A.  Yes, sir.

10:51:08 19  Q.  But it was not run, correct?

10:51:10 20  A.  That's correct, it was canceled.

10:51:11 21  Q.  Who canceled the foam stability test on the .09 slurry on

10:51:16 22  April 16th, who did that?

10:51:18 23  A.  Jesse -- or Mr. Gagliano.

10:51:21 24  Q.  And you've seen no evidence that BP asked him to cancel that

10:51:25 25  test, have you?

10:51:25  1    A.  No, sir.

10:51:26  2    Q.  If we could bring up 811.  This is the weigh-up sheet.  If we

10:51:37  3    can go to the second page.  Top of the page.  Highlight just the

10:51:45  4    first third, the very top.  Do you see foam mix and stability test?

10:51:50  5    A.  Yes, sir, I do.

10:51:51  6    Q.  And the lab note written by the person in the laboratory was,

10:51:56  7    "Cancel foam instability as per Jesse," right?

10:51:58  8    A.  Yes.

10:51:59  9    Q.  I would like to now turn to the April 17th test.  April 17th is

10:52:03 10    the test that was done back on the .08 retarder, correct?

10:52:07 11    A.  That's correct.

10:52:08 12    Q.  Was the conditioning time consistent with the April 13th test;

10:52:13 13    that is, does it look like they said, we had a bad test, we need to

10:52:16 14    repeat it exactly the way we did before?

10:52:18 15    A.  The conditioning time is different.

10:52:20 16    Q.  They add more conditioning time?

10:52:22 17    A.  Yes, sir.

10:52:22 18    Q.  And we've already talked about the density issues with respect

10:52:27 19    to that test.  So conditioning time, you said earlier today the

10:52:34 20    zone sealant amount never changing in any of these tests?

10:52:37 21    A.  That's correct.

10:52:38 22    Q.  But the conditioning time did?

10:52:39 23    A.  Yes, sir.

10:52:40 24    Q.  If you add conditioning time, you can make the slurry more

10:52:43 25    stable, correct?

2523

10:52:44  1    A.  That will depend on the slurry.

10:52:50  2    Q.  This slurry had SA-541 in it, correct?

10:52:53  3    A.  Yes, sir.

10:52:53  4    Q.  SA-541 activated a temperature, correct?

10:52:58  5    A.  Yeah, at 150 degrees.

10:52:59  6    Q.  You saw Dr. Ravi's presentation where he said it starts to

10:53:04  7    activate at 130 degrees, did you not?

10:53:06  8    A.  I did see that at his deposition.

10:53:07  9    Q.  Dr. Ravi, who does he work for?

10:53:10 10    A.  He works for Halliburton.

10:53:10 11    Q.  Is that a Halliburton product?

10:53:12 12    A.  Yes, sir, it is.

10:53:13 13    Q.  So a Halliburton cement expert at Halliburton believes -- or

10:53:17 14    wrote in a presentation that SA-541 starts to yield at 130 degrees,

10:53:25 15    correct?

10:53:25 16    A.  Yes, sir, that's what his statements were.

10:53:26 17    Q.  If you're conditioning for three hours at 135 degrees before

10:53:30 18    you try to put any foam in the slurry, is it going to be thinner or

10:53:34 19    thicker?

10:53:34 20    A.  Again, it will depend on the slurry, sir.

10:53:38 21    Q.  Based on the results that you can see, does conditioning time

10:53:41 22    have an impact on the ability of that slurry to be stable?

10:53:44 23    A.  Yes, sir.

10:53:45 24    Q.  Now, on the rig -- you've been on rig, correct?

10:53:49 25    A.  Yes, sir.

10:53:50  1    Q.  You know it's called the cement unit, right?

10:53:53  2    A.  Yes, sir.

10:53:53  3    Q.  And everything in the cement unit is owned by the cementing

10:53:56  4    company, correct?

10:53:57  5    A.  That's correct.

10:53:57  6    Q.  And if it's a Halliburton unit, everything in there is painted

10:54:00  7    red, right?

10:54:00  8    A.  Yes, sir.

10:54:01  9    Q.  They have what's called an RCM mixer, right?

10:54:05 10    A.  Yes, sir.

10:54:05 11    Q.  Then they have a little small four-barrel mixer that goes into

10:54:08 12    the RCM mixer and mixes the slurry in a very precise way, sends it

10:54:13 13    out a pipe and then goes to the stand pipe to then go down the

10:54:15 14    well, fair?

10:54:15 15    A.  Depending on the unit, yes, that's correct.

10:54:18 16    Q.  The RCM mixer on the rig mixes the slurry at 135 degrees?

10:54:23 17    A.  No, sir.

10:54:24 18    Q.  Does the RCM mixer on the rig mix a slurry for three hours

10:54:29 19    before they try to foam it?

10:54:31 20    A.  No, sir.

10:54:31 21    Q.  I would like to now pull up -- I think it's opening 101.  It's

10:54:48 22    my chart.  Bear with me one second.  Mr. Benge, I have a summary of

10:55:27 23    the testing, there we go, that was performed.  If we bring up

10:55:32 24    D 4309 A, 4309 A, D 4309 A.  And what you'll see on the chart when

10:55:52 25    it comes up, I have the four tests that we've just gone through.

2525

10:55:58  1   Those are the four tests we just went through, correct?

10:56:00  2   A.  Yes, sir.

10:56:02  3   Q.  And under your standard, Mr. Benge, all four of those tests

10:56:06  4   showed unstable foam cement, correct?

10:56:10  5   A.  Well, I believe I said -- and I'll apologize, in the last --

10:56:15  6   the 1515, that data point does show it's stable, but it's outside

10:56:19  7   of my range, I'll want to investigate, so I'll qualify my answer to

10:56:24  8   the top three show instability, the one shows stable, but is

10:56:29  9   outside of my acceptability window.

10:56:33 10   Q.  It's not good to go?

10:56:35 11   A.  Not without further investigation.  So I don't want to

10:56:37 12   mischaracterize that, characterize my statement.

10:56:39 13   Q.  You're familiar that, as you testified, I think it was made

10:56:44 14   public in a press release that Halliburton never did a foam

10:56:47 15   stability on the nine-gallon formation.  That's what they say?

10:56:51 16   A.  And that's correct.

10:56:52 17   Q.  Are you aware of tests that Halliburton did after the accident?

10:56:55 18   A.  Yes, sir, I am.

10:56:57 19   Q.  You're aware that shortly after the accident, individuals at

10:57:02 20   Halliburton were asked to do additional tests on the slurry,

10:57:06 21   correct?

10:57:07 22   A.  Yes, sir.

10:57:07 23   Q.  One of those individuals who asked to do the tests was Ricky

10:57:12 24   Morgan, correct?

10:57:13 25   A.  Yes, sir.

10:57:13  1   Q.  Ricky Morgan was asked to take the recipe for the 09 slurry,

10:57:17  2   mix it up and see if it would work, correct?

10:57:20  3   A.  I believe so.  That's not in my report.

10:57:24  4   Q.  There's no documents that actually show this test, right?

10:57:28  5   A.  That's right.

10:57:28  6   Q.  And you read Mr. Morgan's deposition where he said he didn't

10:57:31  7   retain any documents on it?

10:57:32  8   A.  That's correct.

10:57:33  9   Q.  He got rid of the sample and the notes, correct?

10:57:35 10   A.  Yes, sir.

10:57:36 11   Q.  Let me show you TREX 7718 and ask if you've seen this before.

10:57:48 12   These were produced, I believe, might have been right before your

10:57:51 13   deposition, but I want to focus on the middle of the page starting

10:57:55 14   with "R. Fall."  Do you know Mr. Fall?

10:57:58 15   A.  Yeah, Ronnie.

10:57:59 16   Q.  Ronnie Fall.  Do you see where it says Ronnie Fall contacted

10:58:03 17   Ricky Morgan and asked him to prepare a slurry using lab stock of

10:58:08 18   materials?  Do you see that?

10:58:09 19   A.  Yes, sir.

10:58:09 20   Q.  "When attempt was made to foam the cement, slurry would not

10:58:14 21   foam."  Do you see that?

10:58:17 22   A.  Yes, sir.

10:58:17 23   Q.  Have you ever seen that -- any other documents outside of this

10:58:23 24   note that Halliburton had Ricky Morgan do tests after the accident

10:58:26 25   with the slurry with lab stock materials and it wouldn't foam?

10:58:30 1    A.  No, sir, that I know, sir.

10:58:31 2    Q.  Go down to the next paragraph.  "Ricky Morgan reported results

10:58:37 3    to R. Fall.  They consulted with Tim Quirk.  Tim identified that

10:58:42 4    all foam tests conditioned the slurry at 135 degrees for three

10:58:46 5    hours."  Do you see that?

10:58:47 6    A.  Yes, sir.

10:58:48 7    Q.  You know from looking at the four tests, there was actually

10:58:51 8    only one test that conditioned it at three hours for 135, correct?

10:58:54 9    A.  That is correct.

10:58:54 10   Q.  Just the last test, correct?

10:58:56 11   A.  Yes, sir.

10:58:58 12   Q.  Go to the next paragraph.  R. Fall -- maybe I don't have it

10:59:05 13   highlighted.  Do you know what happened -- "test was repeated

10:59:09 14   following conditioning.  Slurry poured in graduated cylinder for

10:59:16 15   two hours."

10:59:17 16           Is that a set test or an unset test when you pour it in a

10:59:20 17   graduated cylinder for two hours?

10:59:22 18   A.  That would be an unset test.

10:59:23 19   Q.  Unset test.  Different than the type of test Halliburton had

10:59:26 20   done beforehand, correct?

10:59:27 21   A.  That's correct.

10:59:28 22   Q.  And then right below that.  "Stable foam observed over two

10:59:33 23   hours.  Gloss rod inserted into cylinder, no solids noted in bottom

10:59:38 24   of cylinder."  Does that sound like the reporting of a test?

10:59:41 25   A.  Yes, sir.

10:59:42 1   Q.  You haven't seen anything, any document, any e-mails, any

10:59:46 2   presentation, any pictures from Halliburton about that test, have

10:59:49 3   you?

10:59:49 4   A.  No, sir, I have not.

10:59:50 5   Q.  Do you know about the test Mr. Quirk ran?

10:59:56 6   A.  Yes, sir.

10:59:57 7   Q.  After the accident?

10:59:58 8   A.  Yes, sir.

10:59:58 9   Q.  And have you seen any documents, any pictures, any evidence

11:00:02 10  from those tests?

11:00:03 11  A.  No, sir.

11:00:05 12  Q.  And so it's hard to judge what happened with the slurry in

11:00:09 13  those tests because we don't have any information other than

11:00:12 14  Mr. Quirk's testimony?

11:00:13 15  A.  That's correct.

11:00:14 16  Q.  You worked at Dowell correct?

11:00:19 17  A.  Yes, sir.

11:00:20 18  Q.  You worked on Dowell Schlumberger?

11:00:23 19  A.  Yeah, same company, just changed name.

11:00:25 20  Q.  Then you went to Exxon?

11:00:26 21  A.  No, sir, I've never worked for Exxon.

11:00:28 22  Q.  You got there after they changed, about 11 years ago?

11:00:32 23  A.  Thirteen years ago as of January 1.

11:00:33 24  Q.  In all of your work in laboratories or in working with

11:00:36 25  laboratories, have you told someone to run a foam test and keep it

11:00:39  1   off the side?  Have you ever done that?

11:00:41  2   A.  No, sir.

11:00:44  3   Q.  Have you ever instructed the laboratory person to not keep

11:00:47  4   results of a test?

11:00:49  5   A.  No, sir.

11:00:50  6   Q.  I would like to now transition to the D -- opening 104.  And

11:01:06  7   while we're getting that, are you aware of BP ever being told of

11:01:10  8   those tests?

11:01:10  9   A.  No, sir.

11:01:11 10   Q.  Are you aware that the Bly team was asking Halliburton for

11:01:15 11   information about testing within weeks after those post accident

11:01:19 12   tests were done?  Are you aware of that?

11:01:21 13   A.  I know the Bly team was asking about results, timelines.  I

11:01:26 14   didn't investigate.

11:01:27 15   Q.  You talked about three post accident testing that had been done

11:01:30 16   by other laboratories, CSI, Chevron and OTC, correct?

11:01:37 17   A.  Yes, sir.

11:01:37 18   Q.  The CSI testing, you said you don't find to be irrelevant

11:01:41 19   because it was not using Halliburton lab stock?

11:01:44 20   A.  That's one of the reasons.

11:01:45 21   Q.  You're aware that CSI wanted to do testing on Halliburton lab

11:01:50 22   stock, correct?

11:01:51 23       MR. HILL:  I will Sorry, your Honor, I don't think it was

11:01:52 24   intentional, but I think he used in the question "you don't find it

11:01:54 25   to be irrelevant."  I think you mean it to be "relevant" is what he

11:01:56  1   testified to before, just to make sure the record is straight.

11:02:00  2   BY MR. REGAN:

11:02:00  3   Q.  Okay.  It was my fault, let me ask a better question.  You find

11:02:03  4   the CSI testing to be not relevant because it was not using

11:02:09  5   Halliburton lab stock, correct?

11:02:10  6   A.  Among other reasons, yes.

11:02:12  7   Q.  Are you aware of whether or not CSI asked for Halliburton lab

11:02:17  8   stock to test?

11:02:18  9   A.  I don't know 100 percent if CSI requested that or if that

11:02:24 10   request was made through BP.

11:02:26 11   Q.  Then Chevron did do tests on Halliburton lab stock, correct?

11:02:30 12   A.  Yes.

11:02:30 13   Q.  OTC did tests on Halliburton lab stock and on the one sample

11:02:34 14   that was retained, the MAC 4 sample, correct?

11:02:36 15   A.  That's correct.

11:02:37 16   Q.  Are you aware of any point in time after April 20th where

11:02:42 17   Halliburton urged that its remaining sample from the rig be tested

11:02:46 18   as soon as possible so that the relevant information could be

11:02:50 19   obtained from that test without possibly problems with degradation

11:02:55 20   or other problems with the sample?  Ever hear anything like that?

11:02:58 21   A.  No, sir.  That's, I think, beyond their control.

11:03:01 22   Q.  With respect to cement samples, do they degrade over time?

11:03:07 23   A.  They certainly can, depending on storage conditions.

11:03:10 24   Q.  And you've never seen anything where Halliburton urged either

11:03:14 25   the government or others that that cement should be tested as soon

| | | |
|---|---|---|
| 11:03:17 | 1 | as possible so that its results could be made public to experts |
| 11:03:20 | 2 | like yourself to see what might have happened to that cement? |
| 11:03:22 | 3 | A.  Again, I think that was beyond their control. |
| 11:03:25 | 4 | Q.  Fair enough. |
| 11:03:26 | 5 | THE COURT:  What do you mean beyond their control? |
| 11:03:28 | 6 | THE WITNESS:  I don't know that they were able to -- I |
| 11:03:31 | 7 | believe the government had those samples, didn't they, sir?  I |
| 11:03:37 | 8 | don't think Halliburton had those samples. |
| 11:03:38 | 9 | MR. REGAN:  My question is whether Halliburton asked the |
| 11:03:41 | 10 | government, can we do tests on them as soon as possible. |
| 11:03:43 | 11 | THE COURT:  What is the evidence on when the government |
| 11:03:45 | 12 | got a hold of those samples, do we know? |
| 11:03:50 | 13 | MR. REGAN:  I think it was in May of 2010. |
| 11:03:54 | 14 | THE COURT:  The government -- when the government got |
| 11:03:56 | 15 | the -- |
| 11:03:59 | 16 | MR. REGAN:  MAC 4 samples. |
| 11:04:00 | 17 | THE COURT:  Meaning the samples of the same slurry that |
| 11:04:03 | 18 | was used on the rig, right? |
| 11:04:05 | 19 | MR. HILL:  Your Honor, I don't know if you want me to |
| 11:04:07 | 20 | answer this here. |
| 11:04:08 | 21 | THE COURT:  Yes, I would. |
| 11:04:09 | 22 | MR. HILL:  My understanding is that right after the |
| 11:04:11 | 23 | incident, we were under -- or our client was under an obligation to |
| 11:04:16 | 24 | preserve all samples until the government came and took them.  I |
| 11:04:18 | 25 | don't know the exact date that they actually came and picked them |

1:04:21 1    up, but literally within a day or two after the incident, they were

1:04:24 2    subject to subpoena and preservation orders.

1:04:26 3         THE WITNESS:  I just recall some back and forth, and I am

1:04:30 4    obviously not making any kind of finding on this, and we can check

1:04:34 5    the record, but I recall a lot of back and forth, it seems to me,

1:04:38 6    most of that covered before Judge Shushan, not me, about getting

1:04:43 7    access to the actual rig samples so they could be tested and there

1:04:48 8    was some, seemed like, my recollection, there was delay in that.

1:04:54 9    And I am trying to reconstruct that.  Can you help me with that?

1:04:57 10        MR. HILL:  Yes, your Honor.  If you permit me, if this is

1:05:00 11   not completely detailed, we will go back and bring back briefing on

1:05:03 12   it if you want.  My understanding is that it was preserved subject

1:05:07 13   to various preservation orders, including your Honor's preservation

1:05:10 14   order, as well as letters from DOJ.

1:05:12 15        THE COURT:  I'm not talking -- you can preserve

1:05:14 16   something, but you can still make it available for testing.  We're

1:05:16 17   talking about two different things.

1:05:18 18        MR. HILL:  It was made available for the U.S. government,

1:05:20 19   and my understanding that there was some delay in the U.S.

1:05:22 20   government coming and taking possession of it because there were

1:05:25 21   regulations, OSHA regulations and other things that they had

1:05:28 22   overcome and satisfy.  But that was completely -- it was made

1:05:31 23   available immediately to the government, but any delay was because

1:05:34 24   the government was satisfying regulatory obligations or

1:05:37 25   requirements that they had to do in order to come handle it.

```
11:05:39   1              THE COURT:  All right.
11:05:41   2              MR. UNDERHILL:  Your Honor, may I clarify?  Mike
11:05:43   3    Underhill on behalf of the United States.  I don't know the answer
11:05:45   4    to the questions right here, but we're more than happy to get those
11:05:49   5    answers to the Court.  There are -- I think, in fact, the PSC
11:05:53   6    attempted to admit the other day the various hold letters that went
11:05:57   7    out to the parties, including Halliburton.  Those are available
11:05:59   8    pretty quickly.  I think the PSC has those.
11:06:02   9              As to when the materials were turned over, I don't have
11:06:04  10    it off the top of my head, and I don't want to misstate it, but we
11:06:08  11    can find it out.  I think the process was they were subpoenaed on
11:06:12  12    behalf of the joint investigation team, the Minerals Management
11:06:17  13    Service, Coast Guard investigation.
11:06:18  14              I don't believe that Halliburton actually relinquished
11:06:22  15    possession, and I don't want to be -- overstate this because I want
11:06:26  16    to check the record, but I think it might have been even October of
11:06:30  17    2010, and Halliburton had the materials until then, and I am almost
11:06:34  18    positive there is -- because we had -- we wanted criminal
11:06:39  19    investigators to pick that up, not civil folks like me, and I
11:06:44  20    believe there's probably a chain of custody document or documents
11:06:47  21    that reflect what was picked up by whom, when and where they were
11:06:52  22    taken.  And I am happy to try to track that down and get it to the
11:06:55  23    Court and the parties if that's what you wish, your Honor.
11:06:58  24              THE COURT:  I think it's something that I would like to
11:07:00  25    see, yes.
```

1    11:07:01    MR. HILL:  Your Honor, may I?

2    11:07:03    THE COURT:  Wait.

3    11:07:03    MR. STERBCOW:  One statement for the record.  Paul

4    11:07:06    Sterbcow on behalf of the PSC.  PSC's intent going forward that we

5    11:07:10    are going to try to connect all of these dots and answer any

6    11:07:14    questions that you have.

7    11:07:15    THE COURT:  Good.  I just wanted to put that out there on

8    11:07:18    everybody's radar screen.

9    11:07:21    MR. UNDERHILL:  Again, I want to be sure we clarify this

10   11:07:23    and make certain.  Mr. Cernich told me that we believe the Court's

11   11:07:28    special master, Captain Englebert, or retired Captain Englebert,

12   11:07:32    who is the custodian of the evidence at Michoud, that she probably

13   11:07:37    to have the chain of custody documents.  If she doesn't, we'll try

14   11:07:41    to track it down.

15   11:07:41    THE COURT:  Okay.  Very well.

16   11:07:44    MR. KANNER:  Your Honor, Allen Kanner, the State of

17   11:07:46    Louisiana.  My recollection is within days of *Deepwater Horizon*,

18   11:07:49    the five Attorney Generals of the Gulf states and the Department of

19   11:07:53    Justice sent out some letters about the nondestruction of evidence.

20   11:07:58    I don't have any of that in front of me right now, but I have a

21   11:08:01    very distinct recollection within a week, letters like that had

22   11:08:05    gone out.  I don't know which defendants got them.  And we will try

23   11:08:08    to track that down and get it to the PSC.

24   11:08:12    MR. HILL:  To complete the record, in response to the

25   11:08:14    very letters that counsel has just described, Halliburton did

11:08:18  1   segregate the materials, put them in a separate place and store

11:08:21  2   them just for the very purpose of this for preservation.

11:08:23  3               THE COURT:  All right.  Very well.  We will sort it all

11:08:26  4   out.

11:08:32  5   BY MR. REGAN:

11:08:32  6   Q.  Mr. Benge, I would like to transition now to the Chevron

11:08:38  7   testing.  If you go to your report 22727.18.2.  It's true,

11:08:50  8   Mr. Benge, that it is your opinion after reviewing the laboratory

11:08:53  9   testing by Chevron that was performed for the National Oil Spill

11:08:57 10   Commission, that testing indicated that Chevron was unable to

11:09:00 11   generate a stable foam using the Halliburton slurry, correct?

11:09:03 12   A.  Yes, sir, that's as stated in their report.

11:09:06 13   Q.  And with respect to the work done by OT and C, it is also your

11:09:11 14   opinion after reviewing the work that was done by OTC that that

11:09:16 15   confirmed Chevron's finding that they were unable to generate a

11:09:22 16   stable foam using the Halliburton slurry, correct?

11:09:25 17   A.  Yes, sir.

11:09:25 18   Q.  And you were shown -- I am not going to go through them all,

11:09:28 19   but with respect to the Chevron testing itself, 207.9 -- 20 --

11:09:35 20   2702.9.1.  I would just like to bring the Chevron document up.

11:09:45 21   They did nine tests for foam mixing stability, correct?  I'll

11:09:51 22   represent to you that there was nine.

11:09:55 23   A.  Yes, sir, they did.  I am counting in my mind which ones I saw,

11:09:59 24   yes, sir.

11:09:59 25   Q.  And it may have been awhile ago, but you went through that

2536

11:10:02  1   report in some detail, correct?

11:10:03  2   A.  Yes, sir, I did.

11:10:04  3   Q.  And you saw that they had issues with every single one of those

11:10:08  4   tests, correct?  We can go through them.

11:10:11  5   A.  My recollection is that they did, yes, sir.

11:10:13  6   Q.  I'll show you a couple, just in the interest of time.  In test

11:10:16  7   one they did, they noted settling, correct?

11:10:18  8   A.  Yes, sir.

11:10:19  9   Q.  What's the problem of finding settling when you're doing one of

11:10:23  10  these tests?

11:10:23  11  A.  Settling shows the base slurry is -- it wasn't stable, if you

11:10:30  12  will.

11:10:30  13  Q.  Test two, if we could bring up the next one, did they find

11:10:34  14  settling in test two?  Let me bring up the next paragraph, .902.

11:10:40  15  Settling was again noted in both the base slurry and the foam?

11:10:42  16  A.  Yes, sir.

11:10:43  17  Q.  Also a sign of instability?

11:10:45  18  A.  Yes, sir.

11:10:45  19  Q.  Go to .10.1, Test 4.  Do you see settling in Test 4?

11:10:52  20  A.  Yes, sir.

11:10:52  21  Q.  Sign of instability?

11:10:54  22  A.  Yes, sir.

11:10:54  23  Q.  Go to Test 6 which is 10.2.  Now, in this test for the first

11:11:01  24  time they began by conditioning the slurry on an atmospheric

11:11:06  25  consistometer for three hours at 135 degrees.

2537

11:11:10  1    A.  Yes, sir.

11:11:10  2    Q.  To match the time reported in the Halliburton report, correct?

11:11:14  3    A.  Yes, sir.

11:11:14  4    Q.  That's just the last Halliburton report, correct?

11:11:17  5    A.  Correct.

11:11:17  6    Q.  And they say there in the bottom they did stability tests.  The

11:11:23  7    density measurements from the graduated cylinders samples were

11:11:28  8    unusually high so they decided to rerun them, right?

11:11:30  9    A.  Yes, sir.

11:11:36 10    Q.  So that's the kind of example that you would say, when I see

11:11:36 11    something on a test that doesn't look right, you should rerun it?

11:11:37 12    A.  That's correct.

11:11:38 13    Q.  If we go to 10.3.  When they reran the tests, they saw slight

11:11:46 14    settling of the base slurry, correct?

11:11:47 15    A.  Yes, sir.

11:11:47 16    Q.  Go to Test 7, 10.5.  Again, conditioning the slurry and, again,

11:11:54 17    after blending it, slight settling of the slurry, correct?

11:11:57 18    A.  There we are.  I had to read the finding.

11:12:07 19    Q.  Counsel showed you one of the test, they showed you Test 8.  So

11:12:11 20    I've done the first seven, so I am going to do Test 9, which is

11:12:15 21    11.1.

11:12:19 22         Again, not to read it all, but again, after foaming the

11:12:23 23    slurry, after conditioning they had settling of the base slurry,

11:12:26 24    correct?

11:12:26 25    A.  Yes, sir.

11:12:26 1   Q.  Signs of instability, correct?

11:12:28 2   A.  Yes, sir.

11:12:28 3   Q.  They also did crush compressive strength testing, correct?

11:12:31 4   A.  That is correct.

11:12:32 5   Q.  But they were unable to finish those tests because the samples

11:12:35 6   had lost a half inch of the original two-inch height after testing,

11:12:39 7   correct?

11:12:39 8   A.  That's correct.

11:12:40 9   Q.  Now, if your sample like the little cubes you had brought for

11:12:44 10  his Honor yesterday to show him, if you're expecting it to be two

11:12:48 11  inches and after the test it loses a half an inch, 25 percent,

11:12:52 12  that's a sign of an unstable product, right?

11:12:55 13  A.  That's correct.

11:12:56 14  Q.  That's a -- something you can visually see.  If you go

11:13:01 15  2702.30.2.  If you see here somebody holding a tape, measuring

11:13:08 16  tape, two inches is what you're looking for in this test, right?

11:13:11 17  A.  Yes, sir.

11:13:12 18  Q.  And the loss of the cement there in that cured sample shows

11:13:17 19  instability, correct?

11:13:18 20  A.  Yes, sir.

11:13:19 21  Q.  If we go to back to your report, 22727.38.5, I want to ask you

11:13:31 22  about free fluid tests, Mr. Benge.  And as your report is coming

11:13:35 23  up, you noted Halliburton did not perform free fluid tests for the

11:13:38 24  Macondo slurry, correct?

11:13:39 25  A.  That's correct.

| | | |
|---|---|---|
| 11:13:40 | 1 | Q.  OT&C and Chevron did, correct? |
| 11:13:43 | 2 | A.  Yes, sir. |
| 11:13:44 | 3 | Q.  And OT&C's testing, as you say in the bottom sentence, "The |
| 11:13:48 | 4 | results from this testing indicate a base slurry that is not stable |
| 11:13:51 | 5 | and should be redesigned."  Correct? |
| 11:13:53 | 6 | A.  That's correct. |
| 11:13:53 | 7 | Q.  And that's your opinion, correct? |
| 11:13:55 | 8 | A.  Yes, sir. |
| 11:13:55 | 9 | Q.  Also fluid loss tests, go to 227, same document, 38.4.  With |
| 11:14:07 | 10 | respect to fluid loss tests, those were not performed by |
| 11:14:11 | 11 | Halliburton -- I'll wait.  Fluid loss tests were not performed by |
| 11:14:18 | 12 | Halliburton as you state in your report? |
| 11:14:20 | 13 | A.  That's correct. |
| 11:14:20 | 14 | Q.  And, again, the results of the Chevron tests and by OT&C showed |
| 11:14:24 | 15 | high fluid loss results, correct? |
| 11:14:26 | 16 | A.  Yes, sir.  And it says that was to be expected because there is |
| 11:14:30 | 17 | not a fluid loss additive present in this slurry. |
| 11:14:32 | 18 | Q.  Foam slurries, typically, do not have fluid loss additives |
| 11:14:34 | 19 | because the foam itself acts in that capacity; is that right? |
| 11:14:38 | 20 | A.  Well, you said "typically, they don't have them in there." |
| 11:14:41 | 21 | Again, it depends on the objectives of the job, but they don't |
| 11:14:45 | 22 | require a fluid loss -- they will have lower fluid loss than an |
| 11:14:49 | 23 | unfoamed slurry of the same design. |
| 11:14:51 | 24 | Q.  I believe you testified this morning with respect to the OTC |
| 11:14:55 | 25 | test, we can go to that topic now, that Mr. Garrison, the gentleman |

2540

| | | |
|---|---|---|
| 11:14:59 | 1 | that did those tests, found that the slurry that was tested was |
| 11:15:04 | 2 | stable.  Did you say that this morning? |
| 11:15:07 | 3 | A.  I think Dr. Garrison, in his testimony, was looking at bubble |
| 11:15:13 | 4 | breakout in those particular things and didn't -- and I am trying |
| 11:15:19 | 5 | to remember that testimony that he had. |
| 11:15:20 | 6 | Q.  Let me see if I can show it to you and see if you can recall |
| 11:15:23 | 7 | it.  Do you have the Garrison deposition?  If we can go to page |
| 11:15:29 | 8 | 268, line 18. |
| 11:15:36 | 9 | A.  I was asked about this in my deposition. |
| 11:15:39 | 10 | Q.  268, line 18.  Again, this is Mr. Garrison's -- bottom |
| 11:15:49 | 11 | question.  "Now, earlier today in response to questions I asked |
| 11:15:52 | 12 | you, and also in response to questions from attorneys for BP, you |
| 11:15:55 | 13 | testified that with respect to all" -- |
| 11:15:58 | 14 | MR. HILL:  Your Honor, I have to object.  This is in |
| 11:15:59 | 15 | violation of your Honor's motion -- ruling on a motion in limine, |
| 11:16:02 | 16 | specifically, on this point. |
| 11:16:04 | 17 | MR. REGAN:  Can I respond to that, your Honor? |
| 11:16:06 | 18 | THE COURT:  I am not sure what the point is yet. |
| 11:16:08 | 19 | MR. REGAN:  Well, with respect to counsel's argument, |
| 11:16:10 | 20 | counsel directly asked this witness about Mr. Garrison's opinions |
| 11:16:14 | 21 | about this testing.  He expressly made those questions.  He has |
| 11:16:17 | 22 | opened the door on his motion in limine as wide as anyone could. |
| 11:16:22 | 23 | MR. HILL:  Can I respond? |
| 11:16:23 | 24 | THE COURT:  I frankly I don't recall what the motion in |
| 11:16:25 | 25 | limine was all about. |

11:16:26   1          MR. HILL:  Your Honor, may I respond?

11:16:27   2          THE COURT:  Yes.  Come up here so we can hear you.

11:16:30   3          MR. HILL:  Your Honor entered an order that said that

11:16:32   4   Mr. Garrison and Mr. Gardner's factual testimony about what they

11:16:37   5   observed during the test was admissible.  But on the ultimate

11:16:41   6   question of whether or not it was stable or unstable is opinion

11:16:43   7   testimony, that that was not to come in.  I think your actual thing

11:16:48   8   was opinion testimony was not to come in.

11:16:49   9          What I did, I went through and asked him to look at the

11:16:52  10   very factual observations of instability.  I never once broached

11:16:57  11   the subject of what his ultimate question was or what his ultimate

11:17:00  12   opinion was about stability and instability; but frankly, was three

11:17:04  13   different opinions during the deposition.

11:17:08  14          THE COURT:  You know, guys, we had so many motions in

11:17:11  15   limine in this case and I've got a book full of them here, and I

11:17:14  16   have to tell you, I don't recall all of the details of every one of

11:17:17  17   these.

11:17:17  18          MR. HILL:  Your Honor, it's --

11:17:19  19          THE COURT:  I'm trying to reconstruct this.  What was the

11:17:21  20   basis of your motion in limine, Mr. Hill?

11:17:23  21          MR. HILL:  Actually, it was BP's motion.

11:17:26  22          THE COURT:  BP's motion.

11:17:27  23          MR. REGAN:  Your Honor, I'll summarize the order.

11:17:30  24          THE COURT:  What was it?  Do you remember the date of

11:17:31  25   that order?

11:17:32  1          MR. HILL:  Document 5810, February 22nd.

11:17:41  2          THE COURT:  Go ahead.  I am trying to find it.

11:17:44  3          MR. REGAN:  I completely agree that a motion in limine

11:17:46  4    was entered to say we were allowed to talk about what Chevron and

11:17:49  5    OTC observed and what the test results were, but we were not

11:17:53  6    allowed to get into Mr. Garrison or Mr. Gardner's opinions.  But in

11:17:59  7    this trial, since we have begun from opening statement, Mr. Godwin

11:18:02  8    put up testimony from Mr. Garrison, and in the cross-examination

11:18:06  9    this morning by Halliburton, he specifically asked about

11:18:08 10    Mr. Garrison's opinions about the stability of those tests.  I

11:18:13 11    think he has opened the door.

11:18:15 12          MR. HILL:  Your Honor, I respond that I specifically

11:18:16 13    stayed away from asking him --

11:18:19 14          THE COURT:  Wait, wait.  I think I have the order.  It's

11:18:20 15    record Document 5810, correct?

11:18:23 16          MR. HILL:  Yes, your Honor.

11:18:24 17          THE COURT:  Let me glance at this real quickly.  Looks

11:18:43 18    like there was -- the court had previously clarified that, "The OTC

11:18:53 19    test results and data are admissible and that the testimony of Greg

11:18:58 20    Garrison, the head of the OTC laboratory, is not admissible.  This

11:19:02 21    clarifying order granted the United States 'request to exclude

11:19:06 22    Mr. Garrison's expert opinions.

11:19:09 23          "However, the fact that Mr. Garrison -- the fact

11:19:12 24    testimony of Mr. Garrison may be necessary to provide context in

11:19:16 25    his direct observations concerning cement testing results."

11:19:28  1          And it goes on to say, "Additionally, no party has

11:19:31  2    contested BP's assertion that the Chevron cement test results and

11:19:36  3    fact testimony of Craig Gardner exists independently of their

11:19:42  4    reports.  The fact testimony of Mr. Garrison is admissible.  His

11:19:47  5    opinion testimony is inadmissible.  The Chevron cement testing

11:19:52  6    report, Chevron cement testing data and associated fact testimony

11:19:55  7    of Mr. Gardner are not rendered inadmissible by their relationship

11:19:59  8    to exclude a governmental report."

11:20:02  9          Okay.  Let me hear from you, Mr. Regan, again.

11:20:06  10         MR. REGAN:  The question that was asked, again, on

11:20:08  11   cross-examination.  This is notes, so with respect to the

11:20:10  12   transcript.  The witness was asked by counsel for Halliburton about

11:20:13  13   whether Mr. Garrison testified that none of these indications of

11:20:16  14   instability were observed in that slurry.  He was asked about his

11:20:20  15   opinions, about instability, about his testimony.  I think that

11:20:22  16   opens the door.

11:20:23  17         THE COURT:  I am going to overrule the objection.  Let's

11:20:26  18   go.

11:20:27  19   BY MR. REGAN:

11:20:28  20   Q.  Mr. Benge, do you see the testimony on the page?

11:20:30  21   A.  Yes, sir, I do.

11:20:31  22   Q.  And Mr. Garrison, he testified that with respect to his

11:20:37  23   testing, that's the OT&C testing, none of the unset foam slurry

11:20:42  24   tests were stable, correct?

11:20:44  25   A.  That is correct.

11:20:45  1    Q.  Is Mr Garrison somebody that you think is qualified to perform

11:20:49  2    this type of testing?

11:20:50  3    A.  Dr. Garrison.  Actually he is, yes, sir.

11:20:53  4    Q.  And that was also the conclusion of Mr. Gardner with respect to

11:21:00  5    the Chevron test results, correct, that those didn't show a stable

11:21:04  6    slurry?

11:21:05  7    A.  Again, I am going to have to apologize.  I can't remember all

11:21:10  8    of the --

11:21:11  9    Q.  Fair enough.

11:21:12 10    A.  All of that testimony.

11:21:13 11    Q.  We will move on.  With respect to the actual observations, I'll

11:21:17 12    just try to show you.  There were some pictures that were taken by

11:21:19 13    OT&C.

11:21:20 14              MR. REGAN:  If we can go to opening Slide 105.

11:21:20 15    BY MR. REGAN:

11:21:31 16    Q.  They would take -- they took a picture of the actual glass

11:21:34 17    graduated cylinder.  Do you recall seeing that in the results?

11:21:37 18    A.  Yes, I do.

11:21:37 19    Q.  This is a demonstrative exhibit, so I've taken the document,

11:21:40 20    and the picture and also a lab sheet and put it on one sheet of

11:21:43 21    paper.  Do you see that?

11:21:44 22    A.  Yes, sir.

11:21:44 23    Q.  Does that picture appear to be the picture that was taken by

11:21:47 24    OT&C about the slurry?

11:21:49 25    A.  Yes, sir.

11:21:50 1  Q.  Does it show that the slurry had lost volume, that is there is

11:21:54 2  six milliliters of void space?

11:21:56 3  A.  Yes, sir.

11:21:56 4  Q.  Is that a sign of instability?

11:21:58 5  A.  Yes, sir.

11:21:59 6  Q.  That the observations of the slurry, when it was foamed, did

11:22:02 7  they see observation bubble breakout, correct?

11:22:05 8  A.  Yes, sir.

11:22:05 9  Q.  Is that a sign of instability?

11:22:06 10  A.  Yes, it is.

11:22:07 11  Q.  And that test was run on the, the sample from Halliburton from

11:22:11 12  the rig that was used for the Macondo slurry, correct, MAC4?

11:22:16 13  A.  That's the MAC4 sample, yes.

11:22:21 14  Q.  Now, with respect to transitioning to, I guess, physics.  I

11:22:28 15  want to talk about some operational issue that you addressed and

11:22:31 16  you addressed quite a few, I think you had nine of them listed.

11:22:34 17         Would it be fair to say, Mr. Benge, that your perspective

11:22:37 18  comes from a cementer's perspective with respect to how to place

11:22:40 19  cement and what types of things to think about in drilling a well?

11:22:44 20  A.  Yes, sir.

11:22:45 21  Q.  And I assume, but just to ask you, in your experience you had

11:22:49 22  conversations with drilling engineers and others about the same

11:22:51 23  question and they have a different perspective, correct?

11:22:54 24  A.  Not with respect to cementing, no, sir.

11:22:57 25  Q.  Can there be competing interests with respect to what might

2546

11:23:01 1  make the cement best versus what other operational or engineering

11:23:06 2  or hole condition issues are?

11:23:07 3  A.  Right, that's part of the setting of the goals.  You have to

11:23:10 4  resolve any competition between those goals.

11:23:13 5  Q.  So there could be ultimate objectives, correct?

11:23:16 6  A.  Yes, sir.

11:23:16 7  Q.  And then there needs to be conversations amongst cementing

11:23:20 8  people and engineering people to try and reconcile those

11:23:23 9  objectives, correct?

11:23:24 10  A.  That's correct.

11:23:24 11  Q.  Did you ever see a basis of design performed by Halliburton

11:23:27 12  with respect to the cement that was pumped on April 19th?

11:23:30 13  A.  No, sir.

11:23:37 14  Q.  And do you know that Halliburton was required in its contract

11:23:40 15  to create a basis of design for that slurry?

11:23:44 16  A.  Yes, I saw that in the contract.

11:23:47 17  Q.  So I am going to go through, regretfully, in some detail in

11:23:51 18  these and try to be quick, but things like volume of cement, the

11:23:55 19  rate of cement, whether to use foam, whether to use centralizers,

11:23:59 20  how much retarder to use, whether to do bottoms up, you can answer

11:24:03 21  those from a cementing perspective and also from an engineering

11:24:06 22  perspective, more broadly cementing perspective, correct?

11:24:09 23  A.  I won't agree with the full list that you used, but there are

11:24:13 24  items in there that that is correct.

11:24:17 25  Q.  Did Halliburton have all of the information about the cement

11:24:23  1   slurry that it had designed before it recommended that BP pump it?

11:24:28  2   A.  Can you repeat that?

11:24:31  3   Q.  Yes, sir.  Did Halliburton have all of the information about

11:24:35  4   its cement design before it recommended that BP pump that design in

11:24:39  5   Macondo?

11:24:40  6   A.  They had all of the information they had, yes, sir.

11:24:49  7   Q.  Right.  Maybe it was a more complicated question than it needed

11:24:53  8   to be.  Having designed the slurry, Halliburton certainly was in a

11:24:57  9   position to know what the slurry -- how that slurry performed

11:24:59 10   before they recommended to BP to pump?

11:25:01 11   A.  Yes, sir, but they didn't have that -- the foam test.

11:25:06 12   Q.  But they had the ability to do the foam test, correct?

11:25:10 13   A.  Yes.

11:25:10 14   Q.  And who canceled the foam test was Halliburton, correct, on the

11:25:15 15   09?

11:25:15 16   A.  On the 09 that was Jesse, yes, sir.

11:25:18 17   Q.  So they would have known that they didn't have the foam test

11:25:20 18   and they would have known that they themselves had canceled the

11:25:22 19   foam test, correct?

11:25:23 20   A.  Yes.

11:25:23 21   Q.  And Jesse Gagliano in that cubical could have stood up and told

11:25:27 22   his other team mates on that well that that was the situation,

11:25:31 23   correct?

11:25:31 24   A.  Yes, sir.

11:25:31 25   Q.  Now, yesterday you made a reference to some -- that some of the

11:25:38 1  language in the job recommendation was marketing language.  Do you

11:25:40 2  remember that?

11:25:40 3  A.  Yes, sir.

11:25:41 4  Q.  You don't dispute that Halliburton made the job recommendation

11:25:44 5  to BP, do you?

11:25:45 6  A.  No, sir.

11:25:48 7  Q.  And that the fact that the document says "job recommendation"

11:25:54 8  that it suggests to you that it is a job recommendation?

11:25:55 9  A.  As you know in my testimony yesterday, the job

11:25:59 10 recommendation -- I'll use that program and that job recommendation

11:26:03 11 is boilerplate stuff.  I don't pay attention to that.

11:26:07 12 Q.  I just want to make sure you weren't being dismissive of this

11:26:10 13 document yesterday saying it was meaningless, not really a

11:26:12 14 recommendation, doesn't count.  That's not what you intended to

11:26:16 15 suggest to the Court?

11:26:16 16 A.  And I wanted that understood and to be as clear as I could on

11:26:20 17 that, that that's part of an iterative effort that's -- because I,

11:26:24 18 as an operator, will ask Halliburton, "I want you to run these

11:26:28 19 scenarios."  The fact that it has recommendation on there, that's

11:26:32 20 both our decisions.

11:26:34 21         MR. REGAN:  Let's pull up 717A.40.1.

11:26:34 22 BY MR. REGAN:

11:26:44 23 Q.  This is the job recommendation document that was provided by

11:26:47 24 Halliburton to BP.  Do you recognize it?

11:26:49 25 A.  Yes, sir.

11:26:49  1    Q.  It does say "job recommendation"?

11:26:51  2    A.  It does say "job recommendation," yes, sir.

11:26:53  3    Q.  And it includes information -- in terms of the page, it

11:26:57  4    includes the recipe, correct?

11:26:58  5    A.  Yes, sir.

11:26:59  6    Q.  Includes the volumes, correct?

11:27:00  7    A.  Correct.

11:27:01  8    Q.  If we go to 40.2, there's the recipe, correct?

11:27:08  9    A.  Yes, sir.

11:27:08 10    Q.  So Halliburton, in providing this document to BP, would have

11:27:12 11    been aware of the volume of cement that was going to be pumped,

11:27:15 12    correct?

11:27:15 13    A.  Yes, sir.

11:27:15 14    Q.  You're not aware of Halliburton ever telling BP, "We don't

11:27:18 15    think you should pump the cement because we think the volume is too

11:27:22 16    low"?

11:27:22 17    A.  That's one of the boundary conditions they were working under.

11:27:26 18    Q.  From a matter of geometry, the volume of the cement was based

11:27:29 19    on the amount of open hole that was available between the 9 7/8

11:27:35 20    shoe and the bottom of the well, correct?

11:27:37 21    A.  Right.  The volume was dictated by top of cement and the

11:27:41 22    geometry of the well.

11:27:42 23            THE COURT:  Let me ask a question because you said that

11:27:45 24    yesterday a couple of times that the volume of cement was driven --

11:27:48 25    I think you used the term yesterday, was driven by the 500-foot top

11:27:54 1    cement, right?

11:27:55 2              THE WITNESS:  Yes, sir.

11:27:56 3              THE COURT:  What determined that, the 500 foot top of the

11:27:59 4    cement?

11:28:00 5              THE WITNESS:  BP determined that.  That's the 500 feet

11:28:03 6    MMS requirement above the top hydrocarbon zone, so that's your hard

11:28:08 7    line.  And then from there down, it's how big is the hole.

11:28:12 8              THE COURT:  What was your understanding as to why was

11:28:15 9    that 500 feet as opposed to some other number?

11:28:18 10             THE WITNESS:  That's an MMS requirement.

11:28:21 11             THE COURT:  Wait.  Let me understand it.  MMS dictates

11:28:25 12   the 500 feet?

11:28:27 13             THE WITNESS:  MMS dictates 500 feet above the top

11:28:30 14   hydrocarbon zone.

11:28:33 15             THE COURT:  As a minimum?

11:28:35 16             THE WITNESS:  Yes, sir, as a minimum.  Had the cement

11:28:39 17   gone higher than that, there were other design constraints for the

11:28:42 18   well, they were worried about what we call APB, annular pressure

11:28:47 19   build up.  If you plug up a well at the bottom and the top and it

11:28:51 20   heats up, just like in a pressure cooker, the pressure will go up.

11:28:55 21   And so during production, they were worried about that.  That's why

11:29:00 22   there were -- way up there were a couple of burst discs that if

11:29:04 23   that happened those were going to burst.  Just a combination of the

11:29:08 24   two.

11:29:08 25             THE COURT:  Okay.  Thank you.

11:29:20  1          MR. REGAN:  Your Honor, I will put up a demonstrative

11:29:22  2   that I used last week on this question and ask a few questions, and

11:29:29  3   see if we can elaborate on this while we're on the topic.

11:29:29  4   BY MR. REGAN:

11:29:39  5   Q.  Mr. Benge, I am going to just quickly drill the well here from

11:29:43  6   the *Marianas* and then down.  Do you recognize that the well was

11:29:47  7   originally drilled by the *Marianas*, left, and the *Deepwater Horizon*

11:29:51  8   came to finish the drilling, correct?

11:29:53  9   A.  Yes, sir.

11:29:53  10  Q.  And you recognize that there was a sidetracking well, correct?

11:29:57  11  A.  Yes, sir.

11:29:58  12  Q.  And that kick off plug you talked about yesterday, that's the

11:30:01  13  kick off plug right there below the 16-inch shoe, correct?

11:30:05  14  A.  Yes.

11:30:05  15  Q.  That's for purposes of doing that sidetrack right there?

11:30:08  16  A.  I see your bend, yes, sir.

11:30:09  17  Q.  And they have a couple more shoes and then we get down and then

11:30:12  18  we have a production casing that goes down to the reservoir,

11:30:15  19  correct?

11:30:15  20  A.  Yes, sir.

11:30:16  21  Q.  What you were describing to His Honor, is this area right here

11:30:20  22  underneath the 9 7/8 shoe, 17,115 feet, right there down to

11:30:26  23  18,330 -- 18,360, that's the area that was being cemented on

11:30:31  24  April 19th, correct (INDICATING)?

11:30:32  25  A.  That's correct.

11:30:33  1    Q.  And the annular pressure build up question, that you just

11:30:36  2    described is, is if you put cement all the way up to this shoe and

11:30:40  3    you cover that shoe, you could have a problem, right?

11:30:43  4    A.  That's the concern, yes.

11:30:45  5    Q.  The problem is that once you start producing this well, you're

11:30:48  6    going to have hydrocarbon fluid going to the production casing,

11:30:52  7    correct?

11:30:52  8    A.  Yes, sir.

11:30:52  9    Q.  They're going to heat up, correct?

11:30:54  10   A.  Yep.

11:30:54  11   Q.  Cause that casing to expand, correct?

11:30:56  12   A.  That's right.  That area in that annulus pressure will build

11:30:59  13   up.  That's annular pressure build up.

11:31:01  14   Q.  And if you cement across that shoe right there, you could have

11:31:04  15   a problem because the casing is heating up from the production of

11:31:07  16   hydrocarbons and you could have a wellbore integrity problem when

11:31:10  17   you're in the production phase, correct?

11:31:12  18   A.  That's right.  That's why those ruptured discs were installed

11:31:15  19   way up.

11:31:16  20   Q.  The volume of cement was designed to be above 500 feet above

11:31:20  21   the uppermost hydrocarbon-bearing zone, correct?

11:31:23  22   A.  That's correct.

11:31:23  23   Q.  But not so high as to cover that shoe?

11:31:25  24   A.  That's correct.  That's your boundary condition.  You've got to

11:31:29  25   it very well.  That's why that -- I can't get cement above here,

11:31:33  1    that's your boundary condition.

11:31:35  2    Q.  And that's what drove the volume of cement, correct?

11:31:37  3    A.  That's correct.

11:31:38  4    Q.  But there's actually another variable that drives volume.  Do

11:31:42  5    you remember seeing a chart that showed the number of barrels

11:31:44  6    comparing the four wells?  I think Mr. Miller showed you that

11:31:47  7    yesterday.

11:31:47  8    A.  Yes, sir.

11:31:47  9    Q.  For four different wells.  Macondo used 60 barrels, but a

11:31:51 10    Kaskida used 120 barrels and Kodiak used this (INDICATING).  Do you

11:31:56 11    remember that chart?

11:31:57 12    A.  Yes, sir.  Those were specific for foam cement.

11:31:59 13    Q.  You need a little more information to know whether or not that

11:32:01 14    comparison is valid, correct?

11:32:04 15    A.  Yes, sir.

11:32:05 16    Q.  You need to know what's the actual geometry down there, what

11:32:09 17    size is the pipe in there, what's the annular clearance.  You were

11:32:13 18    worried about the height of cement not the volume?

11:32:16 19    A.  Yes, sir.

11:32:17 20    Q.  Just looking at volume alone is an unfair way to look at the

11:32:22 21    question?

11:32:22 22    A.  Well, I think the question there was looking at foam cement

11:32:26 23    volumes.  Noting for the foam cement, this was a small job.

11:32:29 24    Q.  Right, but you were -- to compare two wells, you really would

11:32:33 25    have to say what size is the pipe in that hole, what's the annular

2554

11:32:36  1  clearance, where is 500 feet above uppermost hydrocarbon-bearing

11:32:40  2  zone, and where is my next shoe?

11:32:41  3  A.  That's exactly correct.

11:32:42  4  Q.  Was any of that information on Mr. Miller's chart?

11:32:45  5  A.  No, sir.

11:32:46  6  Q.  The pump rate, we talk about the pump rate was low,

11:32:53  7  four-barrels per minute.

11:32:54  8  A.  Yes.

11:32:54  9  Q.  Is it your testimony that you've never seen a pump rate like

11:32:57 10  that, four barrels a minute for a cement job?

11:33:00 11  A.  No, sir, that was not my testimony.

11:33:02 12  Q.  You've seen pump rates like that all the time for cement?

11:33:04 13  A.  Not all the time, but yes, sir, you do have slow pump rates.

11:33:07 14  Q.  You've seen pump rates of three-barrels per minute, two-barrels

11:33:12 15  per minute, even a barrel per minute?

11:33:15 16  A.  Not going to go to a barrel a minute.  I'll give you three and

11:33:18 17  two.

11:33:18 18  Q.  They're at least less than the pump rate that was used here at

11:33:22 19  this well?

11:33:23 20  A.  That's correct, and that's a risk that we identified.

11:33:25 21  Q.  And you know that the issue of pump rate was done to try and

11:33:31 22  manage ECD's, correct?

11:33:31 23  A.  That's correct.

11:33:32 24  Q.  That was a known issue between Halliburton and BP, correct?

11:33:34 25  A.  That's correct.

11:33:35 1    Q.  Documents show that it was discussed amongst them, correct?

11:33:38 2    A.  That one's tough.  I don't recall.  I know that the pump rate

11:33:47 3    was low.

11:33:48 4    Q.  You never saw a document from Halliburton where they said we

11:33:51 5    don't think you should pump this job because the pump rate is too

11:33:55 6    low?

11:33:55 7    A.  No, sir.

11:33:56 8    Q.  And then with respect to retarder.

11:33:57 9            MR. REGAN:  If we can come back up to the chart that I

11:33:59 10   just had, 4363A.

11:33:59 11   BY MR. REGAN:

11:34:03 12   Q.  Again, to clarify and I'll move on.  Retarder is an element

11:34:14 13   of -- retarder is about the question of how long is it going to

11:34:16 14   take to get from rig 18,000 feet away from the bottom of the well,

11:34:20 15   correct?

11:34:20 16   A.  To mix, pump, and place the cement is a certain period of time

11:34:28 17   and that will dictate your retarder content.

11:34:31 18   Q.  You're familiar with the term, acronym JPT?

11:34:33 19   A.  Yes.

11:34:33 20   Q.  JPT stands for?

11:34:35 21   A.  Job performance time.

11:34:36 22   Q.  And so from an engineering perspective, a drilling engineer

11:34:39 23   would want to know, you've got cement here, do I have enough time

11:34:44 24   to get down to the bottom based on the distance, correct?

11:34:46 25   A.  That's correct.

11:34:47  1    Q.  Because if I don't have enough pump time, I could end up with

11:34:51  2    cement in the middle of my production casing, correct?

11:34:53  3    A.  Yes, sir.

11:34:54  4    Q.  And what happens to cement that doesn't get to where it's

11:34:57  5    supposed to go on time, it starts to thicken, correct?

11:35:00  6    A.  Yes, sir.

11:35:00  7    Q.  And it becomes unpumpable, correct?

11:35:03  8    A.  Yes, sir.

11:35:04  9    Q.  So is it a common thing for engineers to ask the question:  How

11:35:08 10    much pump time do I have and have a safety factor to make sure I

11:35:12 11    get that cement where it's supposed to go?

11:35:14 12    A.  Basic part of the cementing.

11:35:15 13    Q.  That's what they do?

11:35:16 14    A.  That's what they do.

11:35:21 15    Q.  Centralizers, are you ready to go there?

11:35:23 16    A.  Ready when you are.

11:35:24 17    Q.  All right.  Let's start.  Now, you talked about best practices

11:35:28 18    for cementing and I think you testified a number of different ways

11:35:31 19    that using a large number of centralizers is a cementing best

11:35:34 20    practice, correct?

11:35:36 21    A.  Centralizing the pipe properly is a cementing best practice.

11:35:40 22    Q.  And let me just clarify from the very beginning because it

11:35:43 23    might cut this a little short.  Have you, Mr. Benge, done any

11:35:48 24    modeling yourself to determine whether or not the production casing

11:35:51 25    that I just showed you on the screen was or was not centralized?

11:35:55   1   A.  No, I have not done any modeling.

11:35:57   2   Q.  Do you know how -- would you know how to do that modeling if

11:36:01   3   you wanted to?

11:36:01   4   A.  Yes, sir, I would.

11:36:02   5   Q.  Do you have that kind of software on your computer or available

11:36:05   6   to you?

11:36:05   7   A.  No, I do not.  I would have to do that by hand.

11:36:08   8   Q.  But you know how to answer that question if you had been asked

11:36:13   9   to answer it, correct?

11:36:14  10   A.  That's correct.

11:36:14  11   Q.  You were not asked to answer the question as to whether or not

11:36:17  12   the production casing was, in fact, properly centralized, correct,

11:36:25  13   to determine yourself independently?

11:36:27  14   A.  That's correct.  That's part of the task I was charged with.

11:36:31  15   Q.  With respect -- and I am not going to go over it in detail, but

11:36:35  16   there are operational concerns about running centralizers on pipe,

11:36:38  17   correct?

11:36:38  18   A.  Yes, sir, there are.

11:36:39  19   Q.  I don't think it was mentioned yesterday, but I saw it on the

11:36:42  20   screen, was a term "jewelry."  It said, "casing jewelry."  Can you

11:36:48  21   describe to Judge Barbier, what does that mean, "casing jewelry"?

11:36:51  22   A.  That's the material that you're going to put on the outside of

11:36:54  23   the casing.  That's the centralizers.  A lot of people will call

11:36:57  24   that jewelry because it's on the outside of the casing.

11:37:01  25   Q.  So in terms of a term of art as we see documents with that

11:37:06 1 term, people will refer to the centralizers being they're outside

11:37:10 2 the casing is jewelled?

11:37:11 3 A.  Yes, sir.

11:37:12 4 Q.  You don't dispute that it could be operational risk to get hung

11:37:15 5 up the wellhead or the wellbore when you're running casing with

11:37:19 6 centralizers, do you?

11:37:19 7 A.  No.

11:37:20 8 Q.  You don't dispute that's a very difficult situation to manage?

11:37:23 9 A.  That's correct.

11:37:23 10 Q.  Because you're not running drill pipe, you're actually rubbing

11:37:27 11 casing down into the well, correct?

11:37:28 12 A.  That's correct.

11:37:29 13 Q.  So your options to remediate that problem are lower than your

11:37:33 14 options when you're running drill pipe, correct?  It's more

11:37:37 15 difficult?

11:37:37 16 A.  Well, your options are the same.

11:37:39 17 Q.  And with respect to the -- you say that there was a note that

11:37:47 18 BP personnel were aware of poor centralization on the well and

11:37:51 19 weighed the potential risks of being stuck above the wellhead by

11:37:54 20 running additional centralizers.  Do you recall that?

11:37:57 21 A.  That's correct, yes, sir.

11:37:58 22 Q.  And you cited an e-mail from Mr. Cocales.  Do you recall that?

11:38:03 23 A.  Yes, sir.

11:38:04 24 Q.  I'll come back to that in a second because I forgot to write

11:38:11 25 the number down.  I'll come back to it.

11:38:14  1        Have you looked at Halliburton's guidance on how to input

11:38:18  2    centralizers into OptiCem?

11:38:21  3    A.  I know how to input centralizers into OptiCem.  I don't know

11:38:25  4    that I've looked at their guidance.

11:38:29  5        MR. REGAN:  If we could go to TREX 42045.  Page one.

11:38:29  6    BY MR. REGAN:

11:38:37  7    Q.  This is the U.S. Land Offshore Cementing Work Methods manual, I

11:38:42  8    guess, you would call it at Halliburton.  Have you seen that

11:38:44  9    before?

11:38:44 10    A.  Yes, I have.

11:38:45 11    Q.  If we can go to page four of the PDF.  Do you see that in the

11:38:50 12    table of contents there are things like Solutions, including

11:38:54 13    centralizers.  Do you see that?

11:38:55 14    A.  Yes, sir.

11:38:56 15    Q.  And I want to go to the page on centralizing, page 287.1.  And

11:39:02 16    as that page is coming up, that production casing, your plate, is

11:39:07 17    seven-inch OD, correct?

11:39:08 18    A.  Yes, sir.

11:39:08 19    Q.  The whole size was drilled to about eight-and-a-half diameter,

11:39:12 20    correct?

11:39:13 21    A.  The bit was eight-and-a-half, yes, sir.

11:39:14 22    Q.  The bit was eight-and-a-half.  So the actual clearance around

11:39:18 23    that seven-inch pipe was less than an inch-and-a-half all total,

11:39:24 24    right?

11:39:24 25    A.  That's correct.

11:39:24  1    Q.  So you call that a slim hole, correct?

11:39:27  2    A.  I don't know that I would call that slim hole.  Seven-inch and

11:39:30  3    eight-and-a-half inch open hole is very common.

11:39:33  4    Q.  In that situation, in this Halliburton document, do you see

11:39:36  5    where it says, "Annular clearance of one-and-a-half inches or less

11:39:39  6    may be considered a slim hole environment."?

11:39:42  7    A.  That's fine.

11:39:42  8    Q.  "This environment reduces the options available to centralize

11:39:46  9    pipe."  Do you see that?

11:39:47 10    A.  Yes, sir.

11:39:47 11    Q.  And then it says, "When modeling a slim hole well in OptiCem,

11:39:52 12    it is important to input the collar and centralizer dimensions as

11:39:57 13    it can have a significant impact on the pressure ECD profile."  Do

11:40:01 14    you see that?

11:40:02 15    A.  Yes, sir, I do.

11:40:02 16    Q.  Did Jesse Gagliano properly input the collar and centralizer

11:40:07 17    dimensions in the OptiCem model on April 18th?

11:40:11 18    A.  No, I believe the OD was incorrect.

11:40:13 19    Q.  Was the placement location correct?

11:40:15 20    A.  Not in the as-run position, no.

11:40:19 21    Q.  So the OptiCem model that we've heard about for the last week

11:40:22 22    and a half, the April 18th OptiCem had the wrong size centralizers

11:40:26 23    in the wrong place, correct?

11:40:28 24    A.  They did not match what was as-run in Macondo well.

11:40:33 25    Q.  And would you be comfortable relying on the severe gas flow

11:40:37 1  potential conclusion in that model knowing, knowing that it has the

11:40:42 2  wrong size centralizers in the wrong place?  Would you trust that

11:40:49 3  model?

11:40:49 4  A.  It's a predictive model, sir, and so it was showing more

11:40:54 5  centralizers.  As you spread those centralizers out over a greater

11:40:58 6  distance, that's going to actually increase the channelling, and so

11:41:03 7  it could exacerbate that problem.

11:41:05 8  Q.  Have you ever seen Halliburton run the OptiCem model where they

11:41:10 9  corrected the input so that it had the right size centralizers in

11:41:15 10  the right location?

11:41:16 11  A.  No, sir, I have not.

11:41:18 12  Q.  So do you have any basis to say whether if you use the correct

11:41:22 13  inputs in that April 18th OptiCem, that it would still say, "severe

11:41:28 14  gas flow potential"?

11:41:29 15  A.  Yes, sir, I do have data for that.

11:41:31 16  Q.  What's your basis?

11:41:32 17  A.  The CSI modeling work that was performed.

11:41:34 18  Q.  You saw modeling of OptiCem that was done by Mr. Fred Sabins,

11:41:39 19  correct?

11:41:39 20  A.  Yes, sir.

11:41:40 21  Q.  Did you see that Mr. Fred Sabins had run the OptiCem model

11:41:44 22  using the correct inputs?

11:41:45 23  A.  I saw where he corrected the input, he added a gas zone.  I saw

11:41:50 24  a number of things that went on with that.

11:41:52 25  Q.  Right.  And in the model, though, did you see where he ran it

11:41:56  1   with the correct size centralizers, the correct location, and the

11:41:58  2   correct core pressure.  Did you see that?

11:42:01  3          MR. HILL:  Your Honor, I have an objection.  Mr. Sabins

11:42:03  4   has been excluded as an expertise as well as all of the work he did

11:42:06  5   other than the work he did for Appendix K for the Bly Report.  And

11:42:12  6   just to related to cement testing, the OptiCem work was part of his

11:42:14  7   expert work that he did in addition for BP.  It's excluded and

11:42:17  8   inappropriate to try to get that evidence in through this witness.

11:42:20  9          MR. REGAN:  I am just following up on the witness's

11:42:23 10   answer to what he has seen.

11:42:25 11          THE COURT:  The fact that he has seen that doesn't make

11:42:28 12   it admissible.  I sustain the objection.

11:42:30 13          MR. REGAN:  I'll move on.

11:42:32 14   BY MR. REGAN:

11:42:32 15   Q.  Putting aside anything you may have seen from Mr. Sabins, have

11:42:36 16   you ever seen a model run with the corrected inputs?

11:42:39 17   A.  No, sir.

11:42:43 18   Q.  Having the wrong pore pressure in an OptiCem model, can that

11:42:47 19   impact the validity of its conclusions?

11:42:49 20   A.  Yes, sir.

11:42:49 21   Q.  And did you know that -- did you see that Mr. Gagliano had put

11:42:54 22   in an incorrect pour pressure in his model.  Did you see that?

11:42:57 23   A.  Yes, sir.

11:42:58 24   Q.  And having the wrong density for base oil, could that impact

11:43:03 25   the validity of the OptiCem model?

2563

11:43:06   1    A.  Yes, sir.

11:43:06   2    Q.  Did you see that Mr. Gagliano had put the wrong density for

11:43:09   3    base oil in his model?

11:43:10   4    A.  Yes, sir, I did.

11:43:11   5    Q.  Are you relying on Mr. Gagliano's April 18th OptiCem model to

11:43:16   6    support your opinions about centralization?

11:43:20   7    A.  In part, yes, sir, but not in total.

11:43:22   8    Q.  So your reliance on it is with knowledge that there are errors

11:43:27   9    in the input of the model?

11:43:28  10    A.  Yes, sir.

11:43:31  11    Q.  Let's now talk about bottoms up.  227.27.2.  This is your

11:43:44  12    report, Mr. Benge, and did you write in your report, quote, "Best

11:43:49  13    practices call for circulating at least bottoms up prior to

11:43:53  14    starting a cement job, which means the drilling mud at the very

11:43:56  15    bottom of the well will be circulated to the top of the well"?

11:43:59  16    A.  Yes, sir.

11:43:59  17    Q.  And that's your definition of bottoms up?

11:44:02  18    A.  Yes, sir, that I can see the mud with my eyes that was at the

11:44:10  19    bottom of the well.

11:44:11  20    Q.  So if we go back to my well, by your definition of bottoms up,

11:44:21  21    D 4363, for the cement job that was done in April 2010, bottoms up

11:44:28  22    would be making sure that the mud that is at the bottom of the well

11:44:37  23    18,300 feet gets to the top of the well, which is about 5,000 feet?

11:44:37  24    A.  That's not correct in my definition, sir.

11:44:39  25    Q.  Can I go back to your report, then, 227.27.27.2.

11:44:46 1    A.  You're defining the top of the well, sir, as the mud line

11:44:50 2    during drilling?  I am clarifying what you've asked me, sir.  For

11:44:53 3    me, during drilling is -- top of the well is RKB, rotary kelly

11:44:59 4    bushing.

11:44:59 5    Q.  When you wrote this, you mean top of the well, you meant

11:45:01 6    actually up on the rig?

11:45:02 7    A.  Right.  RKB, that's where all of the depths are measured from,

11:45:07 8    so I guess I should have put from 0 depth down at the bottom.  The

11:45:12 9    top of the well for me is rotary kelly bushing.

11:45:16 10   Q.  So you would say all the way up to here to the rig?

11:45:20 11   A.  Yes, sir, that would be bottoms up.

11:45:22 12   Q.  Now, the bottoms up that you learned of your 30 years was

11:45:27 13   something that came from onshore and then use it sometimes in

11:45:30 14   offshore, right?

11:45:31 15   A.  It's used -- that's the same definition everywhere.

11:45:35 16   Q.  What you're trying to do is just clean this portion of the well

11:45:39 17   down at the bottom, right?

11:45:40 18   A.  No, sir, you're doing a lot more than that.

11:45:42 19   Q.  It is not your belief that as a cementer, the purpose of a

11:45:44 20   bottoms up is to remove the mud that is in the open hole section of

11:45:48 21   the well to prepare for cementing?

11:45:49 22   A.  Well, that's part of the reason for bottoms up, but there's a

11:45:52 23   lot of benefits you get from bottoms up.

11:45:54 24   Q.  Let's stay on that reason, then.  With respect to that area,

11:45:58 25   you recall that it's about a 59-barrel area?

11:46:01 1   A.  Yes, sir.

11:46:01 2   Q.  Do you know the volume of the inside of the casing, the inside

11:46:05 3   of that production casing?

11:46:06 4   A.  The inside of the production casing?

11:46:08 5   Q.  Yes.

11:46:09 6   A.  Approximately -- I say approximately 900.

11:46:13 7   Q.  I think it's about 750.

11:46:14 8   A.  750, I'm sorry, yes, sir.

11:46:15 9   Q.  So the inside of that casing is 750, and then if we could go --

11:46:19 10  let's just go to the ELMO.  This will be quicker.  The inside of

11:46:29 11  that casing is about 750 barrels.  Does that sound about right?

11:46:32 12  A.  Yes, sir.  That's excluding the drill pipe volume?

11:46:37 13  Q.  Yep, I am going to get that next for you.  This is called a

11:46:40 14  landing stream, correct?

11:46:42 15  A.  Yes, that's the drill pipeline.

11:46:44 16  Q.  That's about 150 barrels, does that sound about right?

11:46:49 17  A.  Yes, sir.

11:46:49 18  Q.  So if I want to go from the top of the rig all the way to the

11:46:54 19  bottom, I have to pump about 900 barrels?

11:46:57 20  A.  That was -- yes, that's the number I had, sir.

11:46:59 21  Q.  All right.  If I want to clean this area down here, this area

11:47:22 22  right here, that's about a 59-barrel area, right?

11:47:25 23  A.  Yes, sir.

11:47:26 24  Q.  So the moment I start pumping at the rig, the moment I pump 59

11:47:35 25  barrels, have I replaced the 59 barrels in that open area?

11:47:40  1   A.  Yes, sir.

11:47:40  2   Q.  I pump my next 59 barrels, have I replaced it two times?

11:47:44  3   A.  Yes, sir, you have.

11:47:45  4   Q.  So to get down there, since it's a 900-barrel distance, if all

11:47:49  5   I want to do, I am not going to do any bottoms up, I am just going

11:47:52  6   to start pumping cement, no spacer, no anything, I still am going

11:47:57  7   to have to move 900 barrels of mud past that area before I get the

11:48:02  8   cement there, correct?

11:48:03  9   A.  Yes.

11:48:04 10   Q.  And in this case, they actually did -- before they did the

11:48:08 11   cement job, they used a spacer, correct?

11:48:10 12   A.  Yes, sir.

11:48:10 13   Q.  About 72 barrels?

11:48:12 14   A.  Right.

11:48:12 15   Q.  And they also pumped mud, about 300 barrels of mud even in

11:48:17 16   advance of that, correct?

11:48:18 17   A.  Yes, 250, 260.

11:48:20 18   Q.  So we will do 250 and I'll just say 50 barrels of spacer

11:48:25 19   because it will just be easier for me.

11:48:28 20   A.  I've heard that lawyers can't do math.

11:48:30 21   Q.  We're going to see right now.  So with respect to the spacer,

11:48:36 22   the mud and then just the distance, I got 1,200 barrels that I have

11:48:42 23   to pump before I put any cement in that hole, correct?

11:48:45 24   A.  That's correct.

11:48:46 25   Q.  Now let me ask you.  That mud has to come up the back side,

11:48:50  1    right, get here above the wellhead, right?

11:48:53  2    A.  Yes, sir.

11:48:53  3    Q.  Do you know what that amount is?  I'll tell you.  1,100

11:48:58  4    barrels.

11:48:59  5    A.  There.  Thank you.

11:49:00  6    Q.  1,100 barrels.  So my question to you, Mr. Benge, is using

11:49:05  7    these calculations, based on the actual job that was performed, the

11:49:09  8    mud that was pumped in advance of the spacer, the spacer, and then

11:49:13  9    the mud that was in front of the cement itself, how many times was

11:49:18  10   this open-hole area completely flushed?

11:49:21  11   A.  Well, if you'll let me take 1,200 divided by 60, will that be

11:49:26  12   acceptable?  I mean, you do that, that's 20-odd times.

11:49:30  13   Q.  20 times.  This open-hole area was flushed 20 times before the

11:49:37  14   cement was placed in it, correct?

11:49:38  15   A.  Yes, sir.

11:49:39  16   Q.  It wasn't flushed once, it wasn't flushed twice.  20 times.

11:49:44  17   Now, you said you would want to see a full bottoms up, which you

11:49:48  18   say goes up to the rig.  So you would include this riser bar, which

11:49:52  19   is about 1650 barrels?

11:49:53  20   A.  Yes, sir, that is correct.

11:49:54  21   Q.  But if it's just 1200, and the actual annular space is 1100,

11:50:00  22   all of that mud that was down at the bottom of the well is above

11:50:03  23   the wellhead before the cement occurs, correct?

11:50:06  24   A.  It is right at the wellhead when the cement hits the reamer

11:50:13  25   shoe, yes, sir.

11:50:13  1   Q.  Is my math correct?

11:50:15  2   A.  Close as you're going to get.

11:50:16  3   Q.  So I haven't gotten my mud into the massive 18-and-a-half-inch

11:50:23  4   ID riser, right, I haven't gotten the mud from the bottom into the

11:50:27  5   riser there, just barely there, right?

11:50:29  6   A.  Yes, sir.

11:50:29  7   Q.  But I've cleaned the bottom of the hole 20 to 22 times before

11:50:34  8   that cement has gotten there, is that right?

11:50:37  9   A.  I am not -- I'm sorry, sir, I am not going be indelicate, but

11:50:41 10   this is kind of like asking how bad can it be and still be okay.

11:50:44 11   Because bottoms up circulation is a core for cementing.

11:50:49 12   Q.  And it's -- go ahead.

11:50:51 13   A.  And in BP's own deep water document, it recommends to do this

11:50:56 14   twice.

11:50:56 15   Q.  And the drilling program for this well the recommended bottoms

11:50:59 16   up if hole conditions allow, correct?

11:51:02 17   A.  That is correct, sir.

11:51:03 18   Q.  If you put 2,650 barrels down into that open-hole area, do you

11:51:09 19   risk causing some damage to it?

11:51:11 20   A.  I saw no reason to not circulate a bottoms up, and I believe I

11:51:15 21   put that in my report, sir.

11:51:17 22   Q.  As you sit there today, Mr. Benge, can you testify about how

11:51:21 23   much -- how cleaner the bottom of the well would have been if it

11:51:24 24   was flushed 40 times versus 20 times?  Is there a way to actually

11:51:29 25   determine that?

11:51:30  1   A.  Well, again, sir, we're looking at cumulative risks, and I

11:51:35  2   stated in my report that -- and in my testimony that you had a

11:51:39  3   problem with float collar conversion that showed debris in this

11:51:44  4   well.  That went unresolved and, quite frankly, was a risk.  And so

11:51:50  5   you've missed an opportunity -- I understand what you're saying

11:51:53  6   about cleaning only, but that's just one thing.  I don't know if

11:51:59  7   the mud that was left at the bottom of the well for several days

11:52:03  8   had gas in it, what the condition of it was, the gels.  That's why

11:52:09  9   you do a bottoms-up circulation is to evaluate all of that.

11:52:12 10   Q.  And that mud that you don't know about, just based on the

11:52:15 11   volumes, that mud would have been up here before the cement was

11:52:20 12   poured?

11:52:20 13   A.  That's true.  If there was any gas in it, anything else, it

11:52:23 14   would have been right there in that riser.

11:52:25 15   Q.  This is D 44378.1.  Did Exxon Mobil cement wells where there

11:52:37 16   was not a full bottoms circulated before the job?

11:52:37 17   A.  Yes, we did.  Or they did.  I can't say "we" anymore.  I

11:52:41 18   apologize.

11:52:41 19   Q.  You can probably still say "we."  I don't think they would

11:52:44 20   mind.  CBL?

11:52:46 21   A.  Yes, sir.

11:52:47 22   Q.  Cement bond log, correct?

11:52:49 23   A.  Yes, sir.

11:52:50 24   Q.  Did Exxon Mobil temporarily abandon wells without running a

11:52:55 25   CBL?

11:52:56  1    A.  Yes, sir.

11:52:56  2          THE COURT:  Why are we talking about Exxon Mobil,

11:52:59  3    Counselor?  Why don't we talk about what happened in this case,

11:53:01  4    okay.  Let's talk about this case.

11:53:03  5          MR. REGAN:  Okay.

11:53:04  6          THE COURT:  I don't think it's very helpful to me to know

11:53:07  7    what Exxon Mobil did or didn't do.

11:53:09  8    BY MR. REGAN:

11:53:10  9    Q.  With respect to this case, Mr. Benge, you would agree with me

11:53:13  10   that based on the reporting that was done of the job, that the job

11:53:16  11   was reported as having been executed as planned, correct?

11:53:19  12   A.  Yes, sir, that's correct.

11:53:20  13   Q.  The plugs bumped on time, full returns, lift pressure seen,

11:53:26  14   floats held.  That was the report that was given by Halliburton to

11:53:28  15   BP?

11:53:28  16   A.  That is the report, yes, sir.

11:53:30  17   Q.  And you agree that in the case, that from your perspective, you

11:53:36  18   don't know whether you would have necessarily run a CBL if that was

11:53:39  19   the information that you had been given, correct?

11:53:41  20   A.  I believe in my deposition, I stated such.  Given the data that

11:53:47  21   you had, I knew I was going to have to run one, but I probably

11:53:52  22   wouldn't have run one then.

11:53:53  23   Q.  With respect to the float collar, is it fair to say that it's

11:53:56  24   your opinion -- you don't know whether the float collar was damaged

11:53:58  25   or not?

11:53:58  1    A.  And I did not opine on that.

11:54:01  2    Q.  We'll move on, then.  Wait on cement time.  You were asked some

11:54:05  3    questions about that.  To try to cut this shorter, you rely on

11:54:11  4    testing that was done by OT&C to support an opinion that the cement

11:54:14  5    may not have been set as of the time of the negative test, correct?

11:54:17  6    A.  I rely on that and Halliburton laboratory test.

11:54:22  7    Q.  The crush compressive strength from Halliburton that you showed

11:54:28  8    yesterday, that doesn't tell you when compressive strength is

11:54:32  9    actually reached, correct?

11:54:33  10   A.  No, that does not.

11:54:33  11   Q.  That just tells you what's the strength at the moment you

11:54:38  12   tested?

11:54:39  13   A.  It tells you that after a certain period of time, you have some

11:54:42  14   strength.

11:54:42  15   Q.  And the ultrasonic test is actually looking at it during the

11:54:49  16   process and can tell you when it gets to 50 psi or 500 psi,

11:54:53  17   correct?

11:54:54  18   A.  That is.  That is a continuous look.

11:54:55  19   Q.  It is an industry convention to wait to 500 psi to start

11:54:59  20   working on a well that has had cement pours, correct?

11:55:02  21   A.  That is correct.

11:55:02  22   Q.  And I think I heard you say that under API guidance, it's

11:55:05  23   actually coming down to 50 psi?

11:55:08  24   A.  The new standard's 65 to identify cement as a barrier if it's

11:55:13  25   above 50 psi, yes, sir.

1  Q.  Are you familiar with Mr. Gagliano's statement that in his

2  view, it was appropriate or that the cement that was pumped reached

3  500 psi in compressive strength after eight hours and 40 minutes?

4  A.  Yes, sir, I am.

5  Q.  So from BP's perspective, it was appropriate for BP to rely on

6  Mr. Gagliano and his tests that showed 500 psi compressive strength

7  would be reached in eight hours and 40 minutes, correct?

8  A.  Again, that gets back into the methodology and the way that

9  test was run, but, yes, sir.

10  Q.  There's nothing inappropriate about BP relying on that test

11  result?

12  A.  I'll beg to differ.

13  Q.  One of the cementer's jobs is to do ultrasonic comprehensive

14  strength test to help the engineers know when compressive strength

15  is going to be reached, fair?

16  A.  Yes, sir.  But it's also identified in BP's SRP that we looked

17  at yesterday.  Testing and using API's -- API ramping was

18  inappropriate.

19  Q.  Is it your opinion that then -- you were asked this morning, I

20  am not going to go over it again, there is a difference when you

21  test for pressure and temperature, correct?

22  A.  Yes, sir, there is.

23  Q.  One of the tests you're relying on was not done at the

24  pressuring of the well.  It was done at about a quarter of the

25  pressure, correct, 3,000 versus --

2573

11:56:36  1    A.  Yes, sir, it showed a trend that the system was sensitive to

11:56:39  2    temperature.

11:56:39  3    Q.  If you really wanted to investigate the setting time of that

11:56:42  4    cement, you would want to make sure you're using the right

11:56:45  5    temperature and the right pressure before reaching an opinion,

11:56:47  6    fair?

11:56:47  7    A.  I would have to test the exact blend at those pressures to be

11:56:52  8    able to be understand it.

11:56:54  9    Q.  And with respect to this temperature ramp concept, does

11:56:57 10    temperature ramp up in a linear way mean a straight line?

11:57:01 11    A.  No, it does not.

11:57:02 12    Q.  Does it get hotter first and then kind of break off?

11:57:05 13    A.  It will be an isotope, yes, sir.

11:57:09 14    Q.  You're not aware of any tests that have been done using what

11:57:13 15    you would believe to be an appropriate temperature and the actual

11:57:16 16    downhole pressure, is that fair?

11:57:18 17    A.  That's correct.  The OT and C temperature was more appropriate,

11:57:21 18    but the pressure was low.

11:57:22 19    Q.  Finally, you were asked some questions, Mr. Benge, about the

11:57:32 20    negative test, not in any detail, and I don't plan to ask you any

11:57:37 21    detail myself.  But it's your belief that the failure of the

11:57:42 22    negative test should have led to remedial steps with respect to the

11:57:46 23    cement job, correct?

11:57:47 24    A.  Yes, sir.

11:57:49 25    Q.  But it's true that the negative test was not the first test

11:57:53  1   that the cement that was designed by Halliburton had failed, was

11:57:57  2   it?

11:58:01  3           MR. HILL:  Objection, argumentative.

11:58:03  4           THE WITNESS:  Are we talking about the test on the rig?

11:58:05  5   BY MR. REGAN:

11:58:06  6   Q.  I am talking about tests in general.  Let me ask it this way.

11:58:09  7   The cement that was designed by Halliburton had failed tests in the

11:58:12  8   lab in February, correct, to your view?

11:58:16  9   A.  Now, Counselor, the tests in February had over twice the

11:58:22 10   retarder content in it.  So I don't think it's fair to compare --

11:58:28 11   we're looking at the Macondo slurry.

11:58:30 12   Q.  Let me ask it to you this way.  In your view as a cement

11:58:34 13   expert, Mr. Benge, was the testing that was done by Halliburton up

11:58:38 14   till April 17th, did it show anomalous results?

11:58:43 15   A.  Yes, sir, it does.

11:58:43 16   Q.  Was the slurry ever redesigned after those anomalous results?

11:58:47 17   A.  No, sir.

11:58:47 18   Q.  And it's your opinion that it should have been, correct?

11:58:50 19   A.  Those anomalous results should have been investigated to

11:58:54 20   determine if it needed to be redesigned, yes.

11:58:57 21           MR. REGAN:  Thank you, Mr. Benge.  Those are all the

11:58:59 22   questions I have.

11:59:01 23           THE COURT:  Any questions by Cameron?

11:59:03 24           MR. BECK:  Cameron has no questions, your Honor.

11:59:04 25           THE COURT:  MI?

11:59:05  1              MR. TANNER:  MI has no questions, your Honor.

11:59:06  2              THE COURT:  Any redirect?

11:59:10  3              MR. CERNICH:  Yes, your Honor.

11:59:12  4              THE WITNESS:  Mr. Cernich.

11:59:21  5              THE COURT:  Trying to get you out of here, Mr. Benge.

11:59:25  6              THE WITNESS:  I appreciate that very much.  You will be

11:59:27  7     cutting into Jerry's nap time.

11:59:32  8              MR. REGAN:  I object for Mr. Calvert's sake.

11:59:34  9              THE COURT:  I am not even going to comment on that.

11:59:37 10              THE WITNESS:  We've known each other for a very long

11:59:40 11     time.

12:00:16 12              MR. BROCK:  Your Honor, while he is getting ready, I was

12:00:18 13     just going to tell you that we have reviewed the exhibits of

12:00:21 14     Mr. Heenan that were discussed this morning and I said we needed to

12:00:23 15     check on, and we have no objections to those documents.

12:00:26 16              THE COURT:  Whose exhibits were those?

12:00:29 17              MR. UNDERHILL:  United States', your Honor.

12:00:31 18              MR. BROCK:  United States' and one of the other parties

12:00:32 19     that I said we would like to reserve.

12:00:34 20              THE DEPUTY CLERK:  I think it was Halliburton.

12:00:36 21              MR. GODWIN:  Yes.

12:00:37 22              MS. KARIS:  And, your Honor, I am happy to add that the

12:00:40 23     same is true for Mr. Sepulvado's exhibits that were offered up by

12:00:43 24     the parties.

12:00:45 25              THE COURT:  Mr. Who?

OFFICIAL TRANSCRIPT

12:00:47   1              MS. KARIS:  Sepulvado.

12:00:48   2              THE COURT:  So we have no remaining objections to

12:00:50   3    exhibits offered by the parties with respect to either Mr. Heenan

12:00:55   4    or Mr. Sepulvado, is that correct?  All right.  Those are admitted.

12:01:01   5    Just make sure we have the lists, okay.

12:01:05   6              All right.  Mr. Cernich.

12:01:14   7              THE COURT:  By the way, speaking of exhibits, I think

12:01:16   8    we're going to recess today at around -- I've talked to Judge

12:01:20   9    Shushan, told her I would try to recess somewhere around 5 o'clock

12:01:24  10    and she'll come over, okay.

12:01:36  11                        REDIRECT EXAMINATION

12:01:37  12    BY MR. CERNICH:

12:01:38  13    Q.  Scott Cernich for the United States.  Mr. Benge, I have you on

12:01:53  14    redirect on behalf of the United States.  I just wanted to cover a

12:01:59  15    few of the items that have been -- or respond to a few of the items

12:02:03  16    that have been gone over with you by counsel for the other parties.

12:02:09  17    Mr. Regan asked you a question about safety.  Do you recall that?

12:02:15  18    A.  Yes, sir, I do.

12:02:16  19    Q.  And I believe that was in the context of whether or not you saw

12:02:21  20    there were any safety issues related to the cement job?

12:02:25  21    A.  That's correct.

12:02:25  22    Q.  I am paraphrasing, I apologize.  How do you define safety?

12:02:30  23    A.  Personal safety, the safety of the people is how I define the

12:02:35  24    safety.

12:02:35  25    Q.  So once that cement job was pumped and in place, I'm sorry --

12:02:43 1   you're talking about whether -- dropped objects and those types of

12:02:49 2   things?

12:02:49 3   A.  Right.  In other words, the design of that job, the equipment

12:02:53 4   that's going to be used, the people, the personal safety, yes, sir.

12:02:58 5   Q.  Just as a housekeeping matter, Mr. Benge, from yesterday there

12:03:08 6   was a demonstrative that had a list of lab tests.  Do you recall

12:03:12 7   that one that compared the lab tests that were done and BP's

12:03:18 8   recommended practices?

12:03:19 9   A.  Yes, sir, I recall that.

12:03:21 10  Q.  And you told Mr. Miller from Transocean that there may have

12:03:25 11  been something wrong with that chart, do you recall that?

12:03:27 12  A.  I do.  I wasn't sure of the check marks, if each one was

12:03:31 13  correct.

12:03:32 14          MR. CERNICH:  And as a housekeeping matter, your Honor,

12:03:35 15  we would like to have Mr. Benge correct that chart because there's

12:03:40 16  been an objection to the use of the demonstrative.

12:03:44 17          THE COURT:  Tell me again, what chart was that?

12:03:48 18          MR. CERNICH:  I believe we have it on a board.

12:03:53 19          THE WITNESS:  We just weren't real sure which document

12:03:56 20  had what on there.

12:03:58 21          THE COURT:  Okay.

12:03:59 22          THE WITNESS:  And I couldn't remember.

12:04:00 23          THE COURT:  Is that something you used or Transocean

12:04:02 24  used?

12:04:05 25          MR. CERNICH:  Transocean used yesterday.

```
12:04:06   1              THE COURT:  What do you want to do with it?
12:04:09   2              MR. CERNICH:  I wanted to have Mr. Benge correct the
12:04:12   3   demonstrative so it accurately reflected the tests that were
12:04:15   4   performed.
12:04:16   5              THE COURT:  Okay.  Go ahead.
12:04:18   6              MR. CERNICH:  May I approach?
12:04:22   7              THE WITNESS:  Is this the -- yes, I think -- I'm sorry,
12:04:26   8   I'll get it over here.  I think, if I recall correctly, I believe
12:04:30   9   the compressive strength -- I'll point, but I think this check mark
12:04:39  10   went away and this check mark came in, because I do believe the
12:04:45  11   contract does call for fluid loss, if there's a fluid loss
12:04:52  12   additive, and I don't believe the strength was required.
12:04:59  13              MR. CERNICH:  So fluid loss additive.
12:05:02  14              THE WITNESS:  If a fluid loss additive is present, yes,
12:05:02  15   sir.
12:05:11  16   BY MR. CERNICH:
12:05:11  17   Q.  Were there any other corrections?
12:05:13  18   A.  I don't believe so.  I think those were the only two.
12:05:16  19              MR. HILL:  Your Honor --
12:05:18  20              THE WITNESS:  Again, without absolutely reviewing both of
12:05:20  21   those --
12:05:20  22              THE COURT:  You're making, quote, corrections to the
12:05:25  23   discussion yesterday that you had about what was required or not
12:05:28  24   required by the BP-HESI contract, correct?
12:05:32  25              THE WITNESS:  Yes, sir.  We didn't have both the contract
```

12:05:35  1    and the other one present.

12:05:36  2            THE COURT:  The contract itself is in evidence, so I

12:05:38  3    think the Court will be able to figure out what was required or not

12:05:41  4    required.

12:05:42  5            THE WITNESS:  Yes, sir, I think.

12:05:43  6            THE COURT:  Okay.  Thank you, sir.  I'm sorry, give me

12:05:47  7    the demonstrative number again.

12:05:50  8            MR. CERNICH:  6630.

12:05:51  9            THE COURT:  6630.  Thank you very much.

12:05:55 10    BY MR. CERNICH:

12:06:02 11    Q.  Now, Mr. Regan asked you a question about whether you thought

12:06:08 12    the cement was permeable, do you recall that?

12:06:10 13    A.  Yes, sir.

12:06:11 14    Q.  And I believe you answered the question no?

12:06:14 15    A.  That's correct.

12:06:15 16    Q.  Can you explain that answer?

12:06:16 17    A.  Well, I believe the question was if the cement is unstable,

12:06:21 18    does that make it permeable, and if I look at one of these foam

12:06:27 19    cement things or look at foam, if it's unstable and all of the

12:06:33 20    nitrogen comes out or nitrogen starts coming out, the material

12:06:36 21    that's left back in behind is the base slurry.  So that -- the

12:06:43 22    movement of that nitrogen or the stability of that doesn't go to

12:06:47 23    permeability.  It goes to changes in density, changes in

12:06:52 24    properties.  But permeability is not -- that would not be a result.

12:06:58 25    Q.  What would be the result?

12:07:00   1    A.  Well, you wind up -- if I take the Macondo well, at the bottom

12:07:04   2    of the well, you would have higher density.  If you took all of the

12:07:09   3    nitrogen out, you would have the tail cement.

12:07:11   4    Q.  And could that cement have provided a barrier in the bottom of

12:07:15   5    the well?

12:07:15   6    A.  Yes, sir.

12:07:16   7    Q.  Only if it was set?

12:07:19   8    A.  Only if it was set.

12:07:20   9    Q.  Mr. Regan used a term with you, do you recall, a discharged

12:07:32  10    responsibility?

12:07:32  11    A.  Yes, sir.

12:07:33  12    Q.  Did you understand the meaning of that term?

12:07:37  13    A.  Not really.  I asked that question twice, and I struggled with

12:07:44  14    that because I am not real familiar with that.

12:07:46  15    Q.  And I believe Mr. Regan asked you whether BP discharged its

12:07:50  16    responsibility on the cement job by relying on Halliburton?

12:07:54  17    A.  I don't know the legal definition for "discharge," I'm sorry.

12:07:57  18    Q.  Does that mean to you that BP absolved itself of responsibility

12:08:03  19    for the cement job by relying on Halliburton's services?

12:08:07  20    A.  No, sir, that does not.

12:08:08  21    Q.  Did BP absolve itself of responsibility for this cement job by

12:08:14  22    relying on Halliburton's services?

12:08:16  23    A.  No, sir.

12:08:17  24    Q.  And why not?

12:08:18  25    A.  Well, that's, first of all, that iterative technique back and

12:08:23  1   forth, the operator and the service company, having been on both

12:08:28  2   sides, they work together to achieve a successful cement job.  You

12:08:32  3   can't do it in isolation.

12:08:36  4   Q.  Mr. Regan also asked you some questions about some -- potential

12:08:40  5   other reasons for using foam cement.  Do you recall that?

12:08:43  6   A.  Yes, sir.

12:08:43  7   Q.  Did you see any evidence that BP engineers considered any of

12:08:48  8   those other reasons for using foam cement that Mr. Regan mentioned?

12:08:53  9   A.  No, sir.

12:08:54 10   Q.  Did you observe why BP used foam cement -- did you see any

12:09:01 11   evidence as to why BP, in fact, did use foam cement?

12:09:04 12   A.  Yes, sir.  The MOC document clearly identifies foam cement as

12:09:08 13   one of the materials they're using to lower the pressures in the

12:09:12 14   well to lower the ECD.

12:09:13 15   Q.  Because of the concerns about the narrow pour pressure?

12:09:19 16   A.  That fragile formation.

12:09:31 17   Q.  Do you recall Mr. Hafle asked some -- I'm sorry, Mr. Regan

12:09:39 18   asked -- with Exhibit 7483, he asked you some questions about an

12:09:46 19   e-mail where Mr. Hafle asked whether BP could use foam on the

12:09:51 20   production casing cement job, do you recall that?

12:09:53 21   A.  Yes, sir, I do.

12:09:54 22   Q.  Could we go to Exhibit 7489, please.  Do you recognize this

12:10:02 23   document, Mr. Benge?

12:10:03 24   A.  Oh, yes, sir, I do.

12:10:07 25   Q.  And we've talked about the formula of the Macondo slurry quite

12:10:11  1   a bit today, and one of the things that was discussed was the use

12:10:17  2   of D-Air 3000 in that foam cement formula.  Do you recall that?

12:10:22  3   A.  Yes, sir.

12:10:23  4   Q.  And if we could look, this is an e-mail from Mr. Gagliano dated

12:10:28  5   December 7th, 2009.  And this is to Mark Hafle, Brian Morel, Trent

12:10:35  6   Fleece and George Gray, do you see that?

12:10:38  7   A.  Those are the -- some of those folks are drilling engineers,

12:10:43  8   excuse me, on the Macondo team or that were on a different -- but

12:10:48  9   those are all BP drilling engineers.

12:10:50 10   Q.  Mr. Hafle and Mr. Morel were drilling engineers on the Macondo

12:10:54 11   well?

12:10:54 12   A.  Yes, sir.

12:10:54 13   Q.  If we could focus down at the bottom part of that e-mail, the

12:11:01 14   first paragraph, please, it's blocked out in red.  And then if you

12:11:09 15   move down to the second to last sentence, it says, "This cement

12:11:14 16   premium plus .07 percent, EZ-Flow, plus .25 percent D-Air 3000."

12:11:21 17   Did I read that correctly?

12:11:22 18   A.  Yes.

12:11:23 19   Q.  Mr. Gagliano goes on to write, "This cement can be used for any

12:11:26 20   jobs lower the 220 deg static.  This cement cannot be used when

12:11:32 21   foaming because of the D-Air in the blend."  Did I read that

12:11:35 22   correctly?

12:11:36 23   A.  Yes, sir, you did.

12:11:37 24   Q.  In this e-mail dated December 7th, 2009, Mr. Gagliano told

12:11:43 25   Mr. Hafle and Mr. Morel that cement couldn't be used because of --

12:11:50  1   for foaming because of the D-Air in the blend?

12:11:52  2   A.  That is correct.

12:11:52  3   Q.  And so were Mr. Morel and Mr. Hafle on notice of this?

12:11:58  4   A.  As per this e-mail, yes, sir.

12:12:00  5   Q.  I would like to pull up Exhibit D 4375.  I'm sorry it's

12:12:28  6   demonstrative D 4375.  This is one that BP used.  Do you recall

12:12:36  7   looking at this with Mr. Regan?

12:12:39  8   A.  Yes, sir, I do.

12:12:40  9   Q.  And I am not -- I want to know whether you believe that this

12:12:48 10   representation of this cement job process actually shows, in your

12:12:53 11   opinion, how the cement job process actually works.

12:12:56 12   A.  Well, again, you've got a number of -- when we look up here at

12:13:03 13   objective, job design, it's not that linear.  You have a lot of

12:13:08 14   things going on at the same time.  But it generally describes the

12:13:11 15   process.

12:13:11 16   Q.  But when you say it's not linear, what do you mean?

12:13:14 17   A.  Well, you don't wait on laboratory testing to do your job

12:13:19 18   design.  I mean, it's not A, B, C, D.  These first three and four

12:13:24 19   sections are going on simultaneously, one will impact the other.

12:13:30 20   That's a very -- it'd almost be better to put that in a circle, and

12:13:36 21   out of that comes the job design that would be executed on the rig.

12:13:39 22   Q.  And I would like to point you to this, between this job design,

12:13:44 23   and you said that these probably should be more of a circle, is

12:13:47 24   that right?

12:13:48 25   A.  Yes, that's the iterative technique that we talk about, the

12:13:51  1   back and forth between the operator and the service company.

12:13:54  2   Q.  That's what I thought.  And at some point between those two,

12:13:57  3   this circle and this one, there has to be some approval by the

12:14:01  4   operator to actually execute that job, is that correct?

12:14:04  5   A.  That's correct.

12:14:05  6   Q.  And do you believe that coming out of this sort of circular

12:14:10  7   process here, the iterative process, that BP should have at this

12:14:17  8   point -- should BP's drilling engineers or well site leaders have

12:14:23  9   gone forward with the job execution on the rig?

12:14:25 10   A.  No, sir, I don't.

12:14:26 11   Q.  And you made that clear in your testimony yesterday?

12:14:29 12   A.  Yes, sir, I did.

12:14:30 13   Q.  Could we pull up the slide presentation I used yesterday.  And

12:15:01 14   while that's getting pulled up, we talked about -- we went through,

12:15:05 15   as the Court saw yesterday, the list of cement job risks that you

12:15:09 16   opined on.

12:15:10 17   A.  Yes, sir.

12:15:11 18   Q.  Could I get slide 12 from yesterday.  And you identified those

12:15:32 19   nine risks, correct?

12:15:33 20   A.  Yes, sir, I did.

12:15:34 21   Q.  And so knowing all of those risks at that point in the job

12:15:42 22   process that we looked at, it's your opinion that BP shouldn't have

12:15:47 23   moved forward with this cement job?

12:15:49 24   A.  Given those risks, I don't see how you could pump this job and

12:15:53 25   expect to obtain a seal in that well or a barrier in that well.

12:15:56  1    Q.  And Mr. Regan asked you about a number of questions about each

12:16:01  2    of these individual risks, I believe, during your testimony.

12:16:04  3    A.  Yes, sir.

12:16:05  4    Q.  And could you have assumed one of these risks and pumped the

12:16:13  5    cement job successfully?

12:16:14  6    A.  Yes, sir.

12:16:15  7    Q.  And successfully provided a successful barrier in the well?

12:16:22  8    A.  Yeah.  These are additive risks.  So, you know, limited prejob

12:16:28  9    circulation can become over with something else.  But there are

12:16:34 10    additive -- one next to the other, next to the other, as I stated

12:16:38 11    in my report virtually assured that the cement would not form a

12:16:42 12    barrier in the well.

12:16:43 13    Q.  And Mr. Regan talked to you about modeling, about the modeling

12:16:51 14    of the cement job, correct?

12:16:52 15    A.  Yes, sir.

12:16:53 16    Q.  And he asked you about whether you had seen any modeling before

12:16:57 17    the job that showed the actual correct ID's -- I'm sorry.  Or OD's

12:17:03 18    of the centralizers and the actual inputs to the model as the job

12:17:08 19    was run, correct?

12:17:09 20    A.  That's correct.

12:17:10 21    Q.  And did BP have that modeling before it pumped the cement job?

12:17:18 22    A.  No, sir, they did not.

12:17:19 23    Q.  So is this Monday morning quarterbacking?

12:17:23 24    A.  Yes, sir.

12:17:25 25    Q.  Is that a fair way to characterize it?

12:17:28 1   A.  That's a fair assessment of it, yes, sir.

12:17:30 2   Q.  So are we going back after the fact and trying to determine

12:17:37 3   ways that this cement job may have worked?

12:17:40 4   A.  Yes, sir.

12:17:42 5   Q.  But it's your opinion that there was -- is it your opinion that

12:17:47 6   there was any way this cement job was going to work?

12:17:49 7   A.  Based on the culmination of all of the risks, again, I'll

12:17:54 8   repeat, I don't see how you could pump this job in the well and

12:17:57 9   expect it to form a barrier.

12:17:59 10  Q.  And prior to the cement job, did BP ever provide Halliburton

12:18:04 11  with the inputs to the OptiCem models that would have been required

12:18:11 12  to run a OptiCem model that actually showed the job that was going

12:18:16 13  to be pumped?

12:18:16 14  A.  No, sir.

12:18:17 15  Q.  So BP -- did BP ever provide Halliburton with the actual

12:18:21 16  locations of those centralizers?

12:18:23 17  A.  No, sir.

12:18:24 18  Q.  Should BP have provided that information to Halliburton before

12:18:29 19  the cement job?

12:18:30 20  A.  I think that's -- yes, sir.

12:18:34 21  Q.  Should BP have had an OptiCem model of the actual cement job

12:18:40 22  that was going be to run before BOP pumped that cement job?

12:18:44 23  A.  It'll identify your risks.

12:18:46 24  Q.  And what risks are those?

12:18:53 25  A.  Well, again, what are your risks of not obtaining a barrier in

12:19:01  1   the well?

12:19:07  2   Q.  Now, we've heard a lot -- you've been asked a lot of questions

12:19:13  3   about BP's reliance on Mr. Gagliano with regard to the Macondo

12:19:20  4   cement job.  Do you recall those questions?

12:19:23  5   A.  Yes, sir.

12:19:25  6          MR. CERNICH:  And if we could go to what's been marked as

12:19:29  7   Exhibit 626, please.

12:19:29  8   BY MR. CERNICH:

12:19:38  9   Q.  And do you recall seeing this document, Mr. Benge?

12:19:43  10  A.  Yes, sir, I do.

12:19:44  11  Q.  If we could focus in on the top here.  This is an e-mail from

12:19:53  12  Mr. Kellingray and Mr. Cunningham dated October 26th, 2009; is that

12:19:58  13  right?

12:19:58  14  A.  Yes, sir, it is.

12:20:01  15  Q.  If we look here at this first paragraph Mr. Kellingray writes

12:20:06  16  to Mr. Cunningham, "Welcome to my world, Jesse and David are

12:20:09  17  typical of Halliburton engineers, they work well with BP Drilling

12:20:13  18  engineers.  They know how to keep them happy and don't make their

12:20:17  19  life difficult.  They tend to have a lot of experience which breeds

12:20:22  20  confidence from the BP side and rely heavily on Lafayette for

12:20:25  21  slurry design and engineering input."  Did I read that correctly?

12:20:28  22  A.  Yes, you did.

12:20:30  23  Q.  Who are Mr. Kellingray and Mr. Cunningham again?

12:20:34  24  A.  Darryl is -- Mr. Kellingray, I believe, he is the eastern

12:20:38  25  hemisphere cementing specialist for BP and Erick Cunningham is the

12:20:43  1   western hemisphere cement specialist.

12:20:45  2   Q.  And having served as a cementing specialist at an operator, is

12:20:51  3   this the type of conversation that you would expect the cementing

12:20:55  4   specialist and an operator to have regarding their cement service

12:20:59  5   provider?

12:21:00  6   A.  Yes, sir, that is.

12:21:01  7   Q.  And why would that be?

12:21:02  8   A.  Well, part of your job is to, my dad said, make sure your

12:21:08  9   farming is as good as you can and you're doing the job you can.

12:21:12  10  You have to evaluate the entire business of cementing, which

12:21:17  11  includes the people you're using.

12:21:20  12  Q.  And this e-mail is dated October 26th, 2009; is that right?

12:21:25  13  A.  Yes, sir, it is.

12:21:26  14  Q.  If we could, please, go to what, I believe, is page -- should

12:21:40  15  be page 11 of this document.  This is an e-mail, again, from --

12:21:57  16  this one is from Mr. Cunningham to Mr. Kellingray dated

12:22:03  17  December 7th, 2009; is that right?

12:22:05  18  A.  Yes, sir.

12:22:05  19  Q.  And this is in -- this is related to another well, the Kaskida.

12:22:12  20  Do you see that?

12:22:13  21  A.  Yes, sir, I do.

12:22:16  22  Q.  And Mr. Cunningham writes to Mr. Kellingray, "FYI.  Got this

12:22:21  23  from Jesse last week and started having a look through it this

12:22:24  24  afternoon.  I will review it this week and provide some feedback to

12:22:28  25  him.  It seems to contain a cost recommendation for the recommended

12:22:29  1    slurry designs and volumes, a lot of pages of OptiCem output and

12:22:33  2    some temperature modeling results."

12:22:35  3          Then he goes on to say, "To me, this provides an

12:22:38  4    interesting example of a BoD, lots of canned output generated with

12:22:45  5    the "generate report" button, no discussion of job objectives,

12:22:48  6    isolation objectives, design constraints/boundary conditions, why

12:22:54  7    what was recommended was recommended, why technology was or was not

12:22:57  8    applied, what the technology is that was applied.  Seems it might

12:23:03  9    be an appropriate approach for BoD for a NAG well or a low profile

12:23:08  10   well drilled on the shelf with a jackup rig, but may be a bit weak

12:23:12  11   in content for a well with this profile within BP?"  Did I read

12:23:15  12   that correctly?

12:23:16  13   A.  Yes, sir, you did.

12:23:19  14   Q.  And you were asked some questions earlier today about the basis

12:23:24  15   of design and whether Halliburton was required to provide that

12:23:27  16   basis of design to BP?

12:23:29  17   A.  Yes, sir.

12:23:29  18   Q.  And here is Mr. Cunningham questioning the basis of the design

12:23:39  19   document he is getting from BP?

12:23:40  20   A.  Yes, sir.

12:23:41  21   Q.  And what does this mean to you about the "lots of hand output

12:23:47  22   generated with the "generate report" button"?

12:23:50  23          MR. REGAN:  I object to this line of questioning.  It's

12:23:51  24   actually a different well, Kaskida.  I think it's outside the

12:23:54  25   scope.

```
12:23:56  1        MR. CERNICH:  Your Honor, BP has brought Mr. Cunningham's
12:23:59  2   performance and BP's reliance on Mr. Cunningham into issue in this
12:24:04  3   case.  And this goes back and shows BP's knowledge that they were
12:24:08  4   having problems with Mr. Gagliano months before the Macondo well
12:24:12  5   and that adds another acknowledged risk.
12:24:15  6        THE COURT:  I am going to sustain the objection.
12:24:35  7        MR. CERNICH:  Let's go on to page -- Exhibit 13 -- I
12:24:42  8   would like to go back to page -- Exhibit 1397, please -- I'm sorry,
12:24:55  9   1396.
12:25:03 10        THE COURT:  Mr. Cernich, can I ask how much more you
12:25:06 11   think you have?  We really need to get this witness out of here and
12:25:09 12   it's just about lunchtime.
12:25:11 13        MR. CERNICH:  Sure, I understand, your Honor.
12:25:13 14        THE COURT:  A lot of this stuff has been retread many
12:25:16 15   times.
12:25:17 16        MR. CERNICH:  Okay.  Yes, I understand.
12:25:17 17   BY MR. CERNICH:
12:25:20 18   Q.  So Exhibit 1396.  Do you recall the e-mail we looked at
12:25:23 19   yesterday regarding Mr. Morel's complaints about Mr. Gagliano not
12:25:29 20   getting lab testing to BP on time?
12:25:33 21   A.  Yes, sir, I do.
12:25:33 22   Q.  At that point, should BP have called a timeout in your opinion?
12:25:38 23        MR. REGAN:  I object.  These questions were asked, I
12:25:40 24   think, explicitly during direct exam.
12:25:43 25        THE COURT:  I think they were.  Sustain the objection.
```

OFFICIAL TRANSCRIPT

BY MR. CERNICH:

Q.  Just to wrap up.  Did BP, ultimately, decide whether or not to pump the Macondo cement job?

A.  That is BP's decision, yes, sir.

Q.  And did BP do that with full knowledge of the risks, those nine risks that were listed in your report and that we went over with the Court?

A.  Yes, sir, they did.

Q.  And did BP also do that with knowledge of other risks that we've talked about?

A.  Yes, sir.

Q.  And did BP decide when to pump the Macondo cement job?

A.  Yes, sir.

Q.  And BP, did, in fact, was the ultimate decision maker on pumping the cement job?

A.  Yes, sir.

Q.  And in your opinion, given what BP knew at the time -- and I am not asking to include any of the knowledge that was generated post cement job, post incident regarding what might have, could have, should have happened, but based on what BP knew at the time of the negative pressure test for the Macondo well, should BP have had any expectation that this cement job would provide a barrier in the well?

          MR. REGAN:  Objection, your Honor, asked and answered.

          THE COURT:  I will let him answer that.

12:27:22  1          THE WITNESS:  No, they should not.

12:27:25  2          MR. CERNICH:  Thank you, your Honor.

12:27:27  3          THE COURT:  Okay.  I think you're done.

12:27:32  4          THE WITNESS:  Thank you, your Honor.

12:27:33  5          THE COURT:  Your cake is baked.  What's the term you used

12:27:36  6  yesterday?

12:27:36  7          THE WITNESS:  Cake is baked, ready to put on the plate.

12:27:39  8          THE COURT:  Right.  Did anybody want to introduce the

12:27:42  9  plastic plate?

12:27:43 10          THE WITNESS:  I really hope somebody does.

12:27:50 11          THE COURT:  Okay.  It's 12:30.  We're going to recess for

12:27:53 12  lunch.  Let's come back at -- we'll try to keep this to a one-hour

12:27:58 13  lunch because we're going to recess a little early, so we will be

12:28:00 14  back at 1:30, okay.

12:28:02 15          THE MARSHAL:  All rise.

12:28:03 16      (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

         17

         18                    * * * * * *

         19

         20

         21

         22

         23

         24

         25

1

2                           REPORTER'S CERTIFICATE

3

4        I, Karen A. Ibos, CCR, Official Court Reporter, United States

5   District Court, Eastern District of Louisiana, do hereby certify

6   that the foregoing is a true and correct transcript, to the best of

7   my ability and understanding, from the record of the proceedings in

8   the above-entitled and numbered matter.

9

10

11        _____

12                           Karen A. Ibos, CCR, RPR, CRR, RMR

13                           Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$139,000** [1] - 2501:3

**'**

**'request** [1] - 2542:21

**0**

**0** [5] - 2430:6, 2440:11, 2519:12, 2519:23, 2564:8
**0.2** [1] - 2509:22
**01** [2] - 2459:11, 2459:15
**07** [1] - 2582:16
**08** [6] - 2450:2, 2459:8, 2510:13, 2512:8, 2519:8, 2522:10
**09** [8] - 2450:3, 2459:5, 2512:8, 2521:13, 2521:21, 2526:1, 2547:15, 2547:16

**1**

**1** [3] - 2449:9, 2455:8, 2528:23
**1,000** [2] - 2462:20, 2483:20
**1,100** [3] - 2462:20, 2567:3, 2567:6
**1,200** [2] - 2566:22, 2567:11
**1.8** [4] - 2419:13, 2433:25
**1.8/1.8** [1] - 2456:12
**1.82** [1] - 2455:8
**1.88** [1] - 2455:8
**1.91** [2] - 2515:20
**1.91/19.1** [1] - 2452:21
**1.911.91** [1] - 2517:2
**10** [1] - 2415:3
**10,000-foot** [1] - 2415:21
**10-MD-2179** [1] - 2390:8
**10.1** [1] - 2536:19
**10.2** [1] - 2536:23
**10.3** [1] - 2537:13
**10.5** [1] - 2537:16
**100** [5] - 2392:4,

2450:6, 2459:11, 2459:17, 2530:9
**1000** [2] - 2396:4, 2397:8
**1001** [1] - 2395:19
**101** [2] - 2392:8, 2524:21
**104** [1] - 2529:6
**105** [1] - 2544:14
**10B-2** [1] - 2429:6
**10B-4** [4] - 2434:4, 2435:6, 2437:2, 2508:6
**10th** [1] - 2486:12
**11** [6] - 2424:9, 2424:13, 2488:18, 2489:5, 2528:22, 2588:15
**11.1** [1] - 2537:21
**1100** [2] - 2395:15, 2567:21
**1110** [1] - 2396:8
**12** [3] - 2415:4, 2425:2, 2584:18
**120** [1] - 2553:10
**1200** [1] - 2567:21
**1201** [2] - 2395:4, 2396:24
**1221** [1] - 2396:18
**12:30** [1] - 2592:11
**12th** [5] - 2486:12, 2511:21, 2513:12, 2514:14, 2520:24
**13** [1] - 2590:7
**130** [2] - 2523:7, 2523:14
**1308** [1] - 2392:11
**1331** [1] - 2397:4
**135** [11] - 2428:1, 2446:12, 2447:2, 2447:8, 2447:14, 2488:15, 2523:17, 2524:16, 2527:4, 2527:8, 2536:25
**1396** [2] - 2590:9, 2590:18
**1397** [1] - 2590:8
**13th** [4] - 2517:23, 2521:1, 2521:10, 2522:12
**14.5** [10] - 2448:18, 2448:19, 2453:3, 2461:20, 2461:22, 2463:3, 2463:12, 2463:20, 2515:4, 2516:14
**14.6** [1] - 2461:22
**14.7** [1] - 2461:22
**14271** [1] - 2393:18
**15** [4] - 2428:22,

2456:23, 2461:22, 2504:15
**15,000** [1] - 2483:21
**15.7/15.1** [2] - 2519:9, 2520:21
**15.9** [4] - 2453:2, 2454:14, 2515:21
**15.9/15.9** [1] - 2516:11
**150** [3] - 2446:21, 2523:5, 2565:16
**1515** [1] - 2525:6
**16** [2] - 2428:11, 2428:23
**16-hour** - 2428:7
**16-inch** [1] - 2551:13
**16.74** [1] - 2452:5
**16.8/17.6** [1] - 2513:22
**1601** [1] - 2391:11
**1650** [1] - 2567:19
**1665** [1] - 2397:4
**16th** [5] - 2515:18, 2519:21, 2520:25, 2521:13, 2521:22
**17** [1] - 2428:11
**17,115** [1] - 2551:22
**1700** [1] - 2396:24
**17th** [4] - 2510:12, 2522:9, 2574:14
**18** [2] - 2540:8, 2540:10
**18,000** [2] - 2483:21, 2555:14
**18,300** [1] - 2563:23
**18,330** [1] - 2551:23
**18,360** [1] - 2551:23
**18-and-a-half-inch** [1] - 2568:3
**180** [1] - 2431:17
**180-degree** [1] - 2431:20
**1885** [1] - 2394:11
**18th** [6] - 2511:21, 2512:7, 2560:17, 2560:22, 2561:13, 2563:5
**19th** [3] - 2497:11, 2546:12, 2551:24
**1:30** [1] - 2592:14
**1st** [4] - 2442:9, 2511:18, 2512:2, 2516:21

**2**

**2** [12] - 2416:15, 2449:9, 2457:7, 2457:9, 2457:22,

2498:11, 2509:22, 2510:3, 2510:9, 2510:14, 2511:3, 2516:16
**2,400** [2] - 2411:16, 2411:17
**2,650** [1] - 2568:18
**2,700** [2] - 2411:16, 2411:17
**2.02** [1] - 2451:16
**2.11** [1] - 2451:16
**2.2** [1] - 2440:1
**2/16** [1] - 2515:23
**20** [7] - 2390:6, 2535:19, 2567:13, 2567:16, 2568:7, 2568:24
**20-odd** [1] - 2567:12
**2000** [1] - 2444:6
**20004** [1] - 2395:4
**20044** [3] - 2393:12, 2393:18, 2393:24
**2009** [5] - 2582:12, 2582:24, 2587:12, 2588:12, 2588:17
**2010** [17] - 2390:6, 2419:4, 2441:1, 2449:20, 2450:8, 2483:15, 2483:16, 2484:9, 2484:12, 2485:2, 2485:14, 2486:4, 2488:18, 2495:17, 2531:13, 2533:17, 2563:21
**2011** [3] - 2489:5, 2489:7
**2013** [2] - 2390:9, 2399:3
**207.9** [1] - 2535:19
**20th** [2] - 2432:13, 2530:16
**210** [1] - 2428:2
**212** [1] - 2431:23
**2128** [1] - 2492:18
**22** [1] - 2568:7
**220** [1] - 2582:20
**2211** [1] - 2396:8
**2216** [1] - 2392:22
**227** [1] - 2539:9
**227.27.2** [1] - 2563:11
**227.27.27.2** [1] - 2563:25
**22727.12.1** [1] - 2505:1
**22727.18.2** [1] - 2535:7
**22727.38.5** [1] - 2538:21
**22ND** [1] - 2391:19

**22nd** [1] - 2542:1
**23451** [1] - 2391:19
**24** [3] - 2430:6, 2431:9, 2431:10
**2403/8** [1] - 2398:6
**2468/1** [1] - 2398:7
**25** [2] - 2538:11, 2582:16
**250** [2] - 2566:17, 2566:18
**250-milliliter** [1] - 2434:22
**2576/12** [1] - 2398:8
**26** [6] - 2483:14, 2483:16, 2484:12, 2485:14, 2486:4, 2489:7
**260** [2] - 2411:13, 2566:17
**2615** [1] - 2391:15
**268** [2] - 2540:8, 2540:10
**26th** [4] - 2485:1, 2512:3, 2587:12, 2588:12
**2702.30.2** [1] - 2538:15
**2702.9.1** [1] - 2535:20
**279** [1] - 2483:20
**287.1** [1] - 2559:15
**2:10-CV-02771** [1] - 2390:12
**2:10-CV-4536** [1] - 2390:14
**2:30** [1] - 2469:6

**3**

**3** [2] - 2392:4, 2449:9
**3,000** [1] - 2572:25
**30** [1] - 2564:12
**300** [2] - 2395:8, 2566:15
**3000** [2] - 2582:2, 2582:16
**33** [1] - 2428:11
**335** [1] - 2395:23
**35TH** [1] - 2395:23
**36** [1] - 2512:23
**36130** [1] - 2394:6
**36604** [1] - 2391:12
**3668** [1] - 2391:4
**37** [1] - 2406:9
**3700** [2] - 2395:15, 2395:19
**38.4** [1] - 2539:9

## 4

**4** [7] - 2392:4,
2434:19, 2437:1,
2530:14, 2531:16,
2536:19
**40** [4] - 2428:15,
2568:24, 2572:3,
2572:7
**40.2** [1] - 2549:8
**400** [1] - 2499:24
**4000** [1] - 2397:8
**402** [1] - 2391:19
**407** [1] - 2485:23
**42** [1] - 2428:11
**42045** [1] - 2559:5
**4269A** [1] - 2511:8
**4309** [3] - 2524:24
**4310** [1] - 2392:18
**4347.1858.1** [2] -
2506:17, 2506:19
**4347.1859.1** [1] -
2507:1
**435** [1] - 2392:8
**4363** [1] - 2563:21
**4363A** [1] - 2555:10
**4375** [3] - 2475:3,
2583:5, 2583:6
**44378.1** [1] - 2569:15
**4477** [1] - 2437:17
**450** [1] - 2393:5
**4500** [1] - 2396:18
**4572** [2] - 2417:10,
2424:9
**48** [1] - 2434:11
**48195.9.1** [1] -
2514:21
**48196** [1] - 2521:3

## 5

**5** [4] - 2457:4,
2458:6, 2458:12,
2576:9
**5,000** [1] - 2563:23
**50** [9] - 2426:17,
2426:23, 2426:25,
2427:3, 2427:4,
2566:18, 2571:16,
2571:23, 2571:25
**500** [19] - 2391:4,
2394:5, 2397:13,
2426:10, 2426:20,
2426:21, 2426:25,
2428:11, 2550:3,
2550:5, 2550:9,
2550:12, 2550:13,
2552:20, 2554:1,

2571:16, 2571:19,
2572:3, 2572:6
**500-foot** [1] -
2549:25
**5000** [1] - 2394:22
**504** [1] - 2397:14
**5395** [1] - 2393:5
**541** [1] - 2446:16
**546** [1] - 2396:12
**556** [1] - 2391:4
**5804** [1] - 2437:18
**5809** [2] - 2437:18,
2437:19
**5810** [2] - 2542:1,
2542:15
**589-7776** [1] -
2397:14
**59** [3] - 2565:24,
2565:25, 2566:2
**59-barrel** [2] -
2564:25, 2565:22
**5937** [1] - 2417:22

## 6

**6** [1] - 2536:23
**6.74** [1] - 2452:4
**60** [10] - 2462:8,
2462:18, 2462:24,
2463:1, 2464:14,
2464:19, 2465:15,
2465:18, 2553:9,
2567:11
**600** [3] - 2391:19,
2391:22, 2396:4
**601** [1] - 2391:15
**60456** [2] - 2439:25,
2440:23
**60654** [1] - 2395:9
**618** [1] - 2392:15
**6199** [1] - 2441:10
**6235** [1] - 2435:3
**6235.15.1** [1] -
2508:4
**626** [1] - 2587:7
**65** [1] - 2571:24
**652** [1] - 2426:24
**6630** [2] - 2579:8,
2579:9

## 7

**7** [3] - 2390:9,
2399:3, 2537:16
**7/8** [2] - 2549:19,
2551:22
**70** [1] - 2438:21
**701** [2] - 2394:16,

2394:22
**70113** [1] - 2391:8
**70130** [6] - 2391:15,
2391:23, 2392:22,
2394:16, 2396:13,
2397:14
**70139** [1] - 2394:23
**70163** [1] - 2395:15
**70360** [1] - 2392:8
**70458** [1] - 2392:12
**70502** [2] - 2391:5,
2396:5
**70801** [1] - 2395:12
**70804** [1] - 2394:12
**717A.40.1** [1] -
2548:21
**72** [1] - 2566:13
**7483** [2] - 2495:16,
2581:18
**7484** [1] - 2496:3
**7489** [1] - 2581:22
**750** [4] - 2565:7,
2565:8, 2565:9,
2565:11
**75270** [1] - 2396:24
**7611** [1] - 2393:12
**77002** [2] - 2395:19,
2397:9
**77006** [1] - 2392:19
**77010** [2] - 2396:18,
2397:4
**77098** [1] - 2396:8
**7718** [1] - 2526:11
**7722** [1] - 2419:8
**78257** [1] - 2392:5
**79** [1] - 2483:21
**7TH** [1] - 2393:5
**7th** [4] - 2495:17,
2582:5, 2582:24,
2588:17

## 8

**8** [3] - 2390:20,
2440:25, 2537:19
**8.33** [2] - 2451:23,
2451:24
**811** [1] - 2522:2
**820** [1] - 2391:8
**8242** [1] - 2448:24
**86** [2] - 2477:14,
2477:15
**87** [2] - 2477:14,
2477:16
**8:58** [1] - 2512:7
**8th** [4] - 2441:12,
2442:8, 2511:16,
2516:21

## 9

**9** [3] - 2537:20,
2549:19, 2551:22
**9.3.4** [2] - 2435:4,
2435:11
**900** [3] - 2565:6,
2565:19, 2566:7
**900-barrel** [1] -
2566:4
**90071** [1] - 2395:24
**902** [1] - 2536:14
**94005** [1] - 2394:12
**94102** [1] - 2393:6
**982** [2] - 2483:13,
2483:14
**99** [6] - 2486:12,
2486:17, 2486:19,
2502:23, 2503:9
**9TH** [1] - 2391:22

## A

**abandon** [1] -
2569:24
**ability** [14] - 2404:15,
2426:21, 2436:21,
2440:20, 2449:5,
2481:10, 2487:18,
2487:21, 2498:22,
2505:13, 2523:22,
2547:12, 2593:7
**able** [9] - 2423:22,
2445:10, 2448:20,
2467:8, 2469:23,
2470:7, 2531:6,
2573:8, 2579:3
**above** [14] - 2412:5,
2508:9, 2508:16,
2550:6, 2550:13,
2552:20, 2552:25,
2554:1, 2558:19,
2567:1, 2567:22,
2571:25, 2593:8
**above-entitled** [1] -
2593:8
**ABRAMSON** [1] -
2391:14
**absolutely** [4] -
2406:13, 2469:9,
2501:9, 2578:20
**absolve** [1] -
2580:21
**absolved** [1] -
2580:18
**academic** [1] -
2518:12
**accept** [5] - 2487:3,
2491:1, 2491:2,

2510:3, 2511:6
**acceptability** [1] -
2525:9
**acceptable** [5] -
2457:3, 2457:15,
2458:1, 2458:12,
2567:12
**accepted** [3] -
2426:25, 2499:23,
2499:25
**access** [3] - 2513:10,
2513:11, 2532:7
**accident** [8] -
2485:2, 2508:23,
2525:17, 2525:19,
2526:24, 2528:7,
2529:11, 2529:15
**accommodation**
- 2400:14
**accordance** [1] -
2484:19
**according** [4] -
2403:20, 2429:25,
2438:15, 2481:8
**account** [3] -
2444:23, 2454:6,
2466:13
**accounted** [1] -
2431:13
**accurately** [1] -
2578:3
**achieve** [8] -
2404:16, 2404:22,
2405:2, 2406:3,
2409:23, 2411:2,
2415:2, 2581:2
**achievement** [1] -
2433:25
**acknowledge** [1] -
2457:25
**acknowledged** [1] -
2590:5
**acronym** [1] -
2555:18
**across** [7] - 2469:23,
2470:7, 2495:21,
2496:5, 2511:14,
2515:1, 2552:14
**act** [1] - 2480:10
**acting** [2] - 2415:7,
2415:11, 2469:24
**ACTION** [1] - 2390:8
**action** [1] - 2502:6
**actions** [1] - 2468:15
**activate** [1] - 2523:7
**activated** [6] -
2446:15, 2446:16,
2446:21, 2447:2,
2447:16, 2523:4
**activating** [1] -

2447:17
**activation** [1] -
2447:23
**acts** [1] - 2539:19
**actual** [21] - 2417:6,
2418:13, 2418:14,
2432:7, 2450:15,
2482:7, 2513:25,
2515:23, 2532:7,
2541:7, 2544:11,
2544:16, 2553:16,
2559:22, 2567:7,
2567:21, 2573:15,
2585:17, 2585:18,
2586:15, 2586:21
**actually** [94] -
2403:23, 2405:22,
2406:7, 2406:19,
2407:3, 2408:2,
2409:8, 2415:18,
2417:3, 2418:5,
2418:9, 2421:20,
2422:7, 2423:3,
2423:24, 2424:2,
2424:3, 2424:4,
2424:7, 2426:17,
2426:22, 2427:2,
2428:22, 2429:7,
2429:11, 2429:24,
2430:1, 2431:9,
2431:24, 2432:2,
2433:13, 2434:1,
2434:7, 2435:4,
2436:13, 2436:21,
2439:19, 2439:20,
2439:25, 2443:5,
2443:15, 2444:1,
2444:11, 2445:15,
2445:17, 2446:3,
2447:7, 2448:15,
2450:23, 2451:18,
2452:7, 2455:15,
2455:18, 2456:10,
2456:24, 2459:1,
2459:4, 2464:8,
2465:11, 2465:15,
2470:5, 2474:4,
2483:24, 2493:6,
2493:11, 2494:1,
2499:13, 2501:13,
2501:18, 2501:20,
2501:23, 2513:7,
2515:17, 2526:4,
2527:7, 2531:25,
2533:14, 2541:21,
2544:3, 2553:4,
2558:10, 2561:6,
2564:6, 2566:10,
2568:24, 2571:9,
2571:15, 2571:23,
2583:10, 2583:11,

2584:4, 2586:12,
2589:24
**add** [5] - 2442:17,
2443:2, 2522:16,
2522:24, 2575:22
**added** [6] - 2439:19,
2443:18, 2444:24,
2444:25, 2445:4,
2561:23
**adding** [2] - 2445:5,
2504:7
**addition** [3] - 2440:4,
2450:12, 2562:7
**additional** [4] -
2493:11, 2514:15,
2525:20, 2558:20
**Additionally** [1] -
2543:1
**additive** [10] -
2443:9, 2446:4,
2446:7, 2482:22,
2539:17, 2578:12,
2578:13, 2578:14,
2585:8, 2585:10
**additives** [7] -
2416:23, 2423:17,
2425:16, 2482:6,
2482:18, 2483:11,
2539:18
**address** [2] -
2439:12, 2497:25
**addressed** [2] -
2545:15, 2565:19
**adds** [2] - 2445:11,
2590:5
**adjusted** [1] -
2444:22
**admissible** [5] -
2541:5, 2542:19,
2542:20, 2543:4,
2562:12
**admission** [3] -
2400:2, 2401:1,
2401:22
**admit** [1] - 2533:6
**admitted** [8] -
2399:14, 2400:6,
2401:25, 2402:6,
2457:22, 2457:24,
2467:4, 2576:4
**adopt** [1] - 2458:11
**adopted** [1] -
2426:24
**advance** [2] -
2566:16, 2567:8
**advertise** [1] -
2518:17
**advice** [3] - 2472:17,
2473:13, 2487:3
**advisor** [1] - 2499:24

**afraid** [1] - 2410:15
**after** [40] - 2402:10,
2406:6, 2415:3,
2415:4, 2434:10,
2446:25, 2449:12,
2471:16, 2485:2,
2489:8, 2501:3,
2504:15, 2507:14,
2508:1, 2508:23,
2512:2, 2516:11,
2520:2, 2520:9,
2520:19, 2525:17,
2525:19, 2526:24,
2528:7, 2528:22,
2529:11, 2530:16,
2531:22, 2532:1,
2535:8, 2535:14,
2537:17, 2537:22,
2537:23, 2538:6,
2538:11, 2571:13,
2572:3, 2574:16,
2586:2
**afternoon** [3] -
2469:6, 2469:10,
2588:24
**again** [37] - 2401:8,
2414:17, 2442:8,
2444:16, 2451:5,
2496:19, 2497:7,
2501:13, 2510:24,
2516:21, 2521:3,
2523:20, 2531:3,
2534:9, 2536:15,
2537:16, 2537:22,
2539:14, 2539:21,
2540:10, 2543:9,
2543:10, 2544:7,
2555:12, 2569:1,
2572:8, 2572:20,
2577:17, 2578:20,
2579:7, 2583:12,
2586:7, 2586:25,
2587:23, 2588:15
**against** [4] -
2414:15, 2422:7,
2482:13, 2494:15
**age** [1] - 2432:16
**agent** [2] - 2445:6,
2502:8
**agents** [1] - 2501:13
**ago** [7] - 2402:20,
2426:16, 2454:16,
2502:15, 2528:22,
2528:23, 2535:25
**agree** [68] - 2404:21,
2404:24, 2406:2,
2406:10, 2407:18,
2407:20, 2410:22,
2411:12, 2415:1,
2416:19, 2419:2,

2419:6, 2419:17,
2420:9, 2423:2,
2423:16, 2423:20,
2423:21, 2424:2,
2424:6, 2426:20,
2427:2, 2429:4,
2429:15, 2430:22,
2430:24, 2430:25,
2434:10, 2434:13,
2436:25, 2440:11,
2440:14, 2443:5,
2443:19, 2444:8,
2444:10, 2445:8,
2445:13, 2447:15,
2448:6, 2450:22,
2451:5, 2454:21,
2456:9, 2456:16,
2458:7, 2458:12,
2458:13, 2461:18,
2461:23, 2465:11,
2465:13, 2470:17,
2476:12, 2477:4,
2480:11, 2483:6,
2493:2, 2493:5,
2493:15, 2493:18,
2493:22, 2494:20,
2495:3, 2542:3,
2546:23, 2570:9,
2570:17
**ahead** [16] - 2410:3,
2411:12, 2411:25,
2414:24, 2422:3,
2423:14, 2432:18,
2438:25, 2440:23,
2455:7, 2467:23,
2493:12, 2499:7,
2542:2, 2568:12,
2578:5
**air** [16] - 2421:16,
2421:17, 2421:18,
2430:15, 2430:18,
2435:20, 2443:21,
2444:24, 2445:8,
2445:18, 2446:2,
2453:10, 2453:13,
2453:22
**Air** [9] - 2443:11,
2443:13, 2444:6,
2501:11, 2515:25,
2582:2, 2582:16,
2582:21, 2583:1
**AL** [4] - 2390:13,
2390:16, 2391:12,
2394:6
**ALABAMA** [2] -
2394:3
**alert** [1] - 2510:5
**ALEX** [1] - 2396:17
**alignment** [1] -
2414:15

**all** [99] - 2400:4,
2400:10, 2401:10,
2401:17, 2402:5,
2402:12, 2402:17,
2402:22, 2402:23,
2403:14, 2408:1,
2409:7, 2410:12,
2412:3, 2412:5,
2413:11, 2413:18,
2414:24, 2415:12,
2420:7, 2423:17,
2425:6, 2434:4,
2439:24, 2440:17,
2440:20, 2452:1,
2457:11, 2457:12,
2467:11, 2467:14,
2469:5, 2469:7,
2469:10, 2471:14,
2471:25, 2477:13,
2488:5, 2488:6,
2489:23, 2491:23,
2492:10, 2493:19,
2495:2, 2497:25,
2503:25, 2504:4,
2504:16, 2504:19,
2510:6, 2510:8,
2512:12, 2515:23,
2520:20, 2521:1,
2525:3, 2527:4,
2528:24, 2531:24,
2533:1, 2534:5,
2535:3, 2535:18,
2537:22, 2540:13,
2540:25, 2541:16,
2544:7, 2544:10,
2546:25, 2547:3,
2547:6, 2552:2,
2554:12, 2554:13,
2556:17, 2559:23,
2562:4, 2564:7,
2564:10, 2565:18,
2565:21, 2566:4,
2567:22, 2569:9,
2574:21, 2576:4,
2576:6, 2579:19,
2580:2, 2580:25,
2582:9, 2584:21,
2586:7, 2592:15
**ALLAN** [1] - 2394:15
**Allen** [1] - 2534:16
**allow** [4] - 2400:15,
2470:10, 2471:10,
2568:16
**allowed** [2] - 2542:4,
2542:6
**Alman** [1] - 2469:18
**almost** [3] - 2504:15,
2533:17, 2583:20
**alone** [1] - 2553:20
**already** [6] -

2421:19, 2421:24, 2433:20, 2441:12, 2466:12, 2522:18
**also** [34] - 2399:12, 2401:22, 2402:13, 2404:25, 2405:2, 2409:11, 2410:2, 2414:4, 2419:20, 2429:20, 2430:22, 2437:13, 2442:8, 2446:4, 2459:3, 2468:18, 2470:1, 2472:7, 2476:18, 2488:4, 2500:3, 2502:7, 2535:13, 2536:17, 2538:3, 2539:9, 2540:12, 2544:4, 2544:20, 2546:21, 2566:15, 2572:16, 2581:4, 2591:9
**alter** [1] - 2503:21
**always** [3] - 2429:11, 2452:4, 2497:9
**ambient** [1] - 2464:24
**AMERICA** [3] - 2390:15, 2393:3, 2394:20
**AMERICAN** [1] - 2391:15
**among** [6] - 2400:24, 2429:15, 2429:20, 2457:13, 2489:23, 2530:6
**amongst** [3] - 2493:6, 2546:7, 2555:1
**amount** [16] - 2413:11, 2444:23, 2449:24, 2450:9, 2464:13, 2465:25, 2503:21, 2503:23, 2503:24, 2504:2, 2504:8, 2515:25, 2522:20, 2549:19, 2567:3
**Anadarko** [1] - 2476:13
**analysis** [1] - 2425:19
**AND** [4] - 2390:12, 2395:12, 2489:20, 2499:9
**ANDREW** [1] - 2395:7
**ANGELES** [1] - 2395:24
**angle** [1] - 2438:21
**animation** [1] -

2399:12
**annular** [7] - 2409:24, 2550:18, 2552:1, 2552:13, 2553:17, 2553:25, 2567:21
**Annular** [1] - 2560:5
**annulus** [2] - 2461:19, 2552:12
**anomalous** [5] - 2452:10, 2455:11, 2574:14, 2574:16, 2574:19
**another** [9] - 2446:4, 2466:17, 2466:23, 2483:24, 2496:18, 2514:3, 2553:4, 2588:19, 2590:5
**ANSI** [1] - 2484:6
**answer** [21] - 2458:15, 2458:16, 2467:4, 2470:6, 2470:8, 2477:21, 2481:12, 2489:22, 2498:18, 2500:20, 2525:7, 2531:20, 2533:3, 2534:5, 2546:20, 2557:8, 2557:9, 2557:11, 2562:10, 2579:16, 2591:25
**answered** [6] - 2466:4, 2489:9, 2502:15, 2510:22, 2579:14, 2591:24
**answers** [1] - 2533:5
**ANTHONY** [1] - 2392:21
**Anthony** [1] - 2402:19
**anti** [2] - 2444:21, 2501:20
**anti-foam** [2] - 2444:21, 2501:20
**ANTONIO** [1] - 2392:5
**any** [82] - 2399:7, 2399:16, 2400:5, 2400:13, 2401:6, 2402:5, 2402:17, 2402:23, 2404:11, 2412:17, 2416:22, 2437:2, 2442:12, 2447:6, 2447:21, 2454:3, 2455:3, 2457:15, 2457:17, 2459:23, 2459:24, 2465:14, 2469:14, 2476:9, 2476:13, 2478:20, 2479:4,

2479:15, 2487:9, 2487:22, 2490:24, 2496:8, 2497:7, 2500:6, 2500:9, 2500:12, 2505:5, 2511:15, 2512:3, 2519:17, 2522:20, 2523:18, 2526:7, 2526:23, 2528:1, 2528:2, 2528:9, 2528:13, 2530:16, 2532:4, 2532:23, 2534:5, 2534:20, 2546:4, 2554:4, 2556:23, 2557:1, 2561:12, 2566:5, 2566:23, 2569:13, 2573:14, 2573:20, 2574:23, 2575:2, 2576:20, 2578:17, 2581:7, 2581:10, 2582:19, 2585:16, 2586:6, 2591:18, 2591:21
**anybody** [2] - 2482:11, 2592:8
**anymore** [1] - 2569:17
**anyone** [6] - 2469:8, 2469:18, 2513:10, 2540:22
**anything** [18] - 2404:3, 2404:12, 2415:13, 2477:1, 2477:6, 2477:7, 2477:10, 2477:18, 2477:19, 2477:20, 2485:22, 2490:13, 2528:1, 2530:20, 2530:24, 2562:15, 2566:6, 2569:13
**anywhere** [3] - 2439:10, 2457:4, 2501:1
**APB** [1] - 2550:18
**API** [32] - 2429:5, 2429:20, 2429:22, 2434:4, 2437:2, 2441:25, 2457:15, 2457:17, 2457:18, 2457:19, 2457:20, 2464:12, 2464:13, 2464:14, 2464:16, 2464:17, 2484:6, 2487:11, 2506:13, 2507:7, 2507:24, 2508:1, 2508:3, 2508:6, 2508:11, 2508:16, 2509:3, 2509:14, 2509:18,

2518:11, 2571:22, 2572:17
**API's** [3] - 2435:6, 2435:11, 2572:17
**API-recommended** [1] - 2484:6
**apologies** [2] - 2399:13, 2437:19, 2439:23
**apologize** [11] - 2406:22, 2423:13, 2427:13, 2434:3, 2437:20, 2519:25, 2520:18, 2525:5, 2544:7, 2569:18, 2576:22
**apparatus** [1] - 2426:21
**apparent** [1] - 2490:12
**appear** [2] - 2404:2, 2544:23
**APPEARANCES** [7] - 2391:1, 2392:1, 2393:1, 2394:1, 2395:1, 2396:1, 2397:1
**Appendix** [2] - 2416:4, 2562:5
**apples** [1] - 2465:24
**applicable** [1] - 2438:24
**application** [1] - 2494:24
**applied** [2] - 2589:8
**applies** [1] - 2415:13
**applying** [1] - 2426:1
**appreciate** [1] - 2575:6
**approach** [3] - 2409:16, 2578:6, 2589:9
**appropriate** [12] - 2429:18, 2442:25, 2446:7, 2498:25, 2499:1, 2499:13, 2499:14, 2572:2, 2572:5, 2573:15, 2573:17, 2589:9
**approval** [1] - 2584:3
**approved** [1] - 2408:18
**approximately** [4] - 2411:13, 2446:21, 2565:6
**April** [37] - 2419:4, 2432:13, 2442:9, 2450:9, 2451:10, 2455:7, 2486:12, 2497:11, 2504:3,

2510:12, 2511:18, 2511:21, 2511:24, 2512:2, 2512:3, 2512:7, 2516:21, 2517:23, 2519:8, 2519:21, 2521:1, 2521:10, 2521:13, 2521:22, 2522:9, 2522:12, 2530:16, 2546:12, 2551:24, 2560:17, 2560:22, 2561:13, 2563:5, 2563:21, 2574:14
**APRIL** [1] - 2390:6
**are** [129] - 2399:16, 2399:19, 2400:4, 2400:6, 2400:10, 2400:13, 2400:25, 2401:24, 2401:25, 2402:6, 2403:9, 2406:2, 2407:5, 2408:5, 2408:7, 2410:17, 2411:19, 2412:13, 2412:17, 2413:8, 2413:15, 2413:17, 2413:18, 2414:19, 2415:9, 2420:3, 2421:8, 2421:16, 2422:11, 2425:2, 2427:14, 2428:21, 2428:23, 2429:23, 2430:8, 2430:9, 2431:11, 2432:2, 2432:7, 2432:19, 2433:15, 2433:16, 2435:19, 2436:22, 2440:8, 2440:21, 2448:1, 2448:6, 2448:18, 2451:2, 2451:6, 2451:7, 2452:7, 2453:1, 2453:13, 2454:7, 2454:20, 2457:25, 2462:17, 2467:17, 2468:12, 2477:10, 2480:17, 2482:7, 2484:23, 2486:8, 2486:20, 2491:9, 2491:10, 2492:5, 2492:15, 2497:25, 2498:3, 2498:20, 2501:13, 2503:13, 2503:14, 2503:16, 2505:12, 2506:11, 2513:12, 2514:12, 2517:9, 2518:22, 2525:1, 2525:17, 2529:7, 2529:10, 2529:12, 2530:7, 2530:16, 2533:5, 2533:7,

2534:5, 2537:18,
2542:19, 2543:7,
2546:2, 2546:23,
2556:15, 2556:16,
2557:16, 2557:18,
2558:13, 2558:16,
2559:12, 2563:5,
2563:8, 2564:7,
2570:2, 2572:1,
2574:4, 2574:21,
2576:4, 2582:7,
2582:9, 2583:19,
2585:8, 2585:9,
2586:2, 2586:24,
2586:25, 2587:16,
2587:23

**area** [13] - 2551:21,
2551:23, 2552:12,
2564:24, 2564:25,
2565:21, 2565:22,
2565:25, 2566:7,
2567:10, 2567:13,
2568:18

**areas** [2] - 2403:13,
2413:8

**aren't** [3] - 2421:17,
2429:16, 2429:22

**argument** [1] -
2540:19

**argumentative** [1] -
2574:3

**arguments** [3] -
2409:15, 2418:24,
2443:8

**around** [7] - 2408:25,
2421:23, 2493:23,
2494:1, 2559:22,
2576:8, 2576:9

**arrangement** [2] -
2474:2, 2474:22

**ARRELL** [1] - 2396:7

**art** [1] - 2557:25

**artifacts** [3] -
2436:22, 2454:22,
2455:4

**artificial** [1] -
2447:22

**AS** [2] - 2489:20,
2499:9

**as-run** [2] - 2560:20,
2560:24

**ASBILL** [1] - 2395:17

**aside** [1] - 2562:15

**ask** [38] - 2399:14,
2399:18, 2400:15,
2426:17, 2458:11,
2460:16, 2461:7,
2466:2, 2470:6,
2470:16, 2471:13,
2482:6, 2483:24,

2487:2, 2492:11,
2496:19, 2499:5,
2500:16, 2501:2,
2501:17, 2513:5,
2513:21, 2518:1,
2521:4, 2526:11,
2530:3, 2538:21,
2545:21, 2548:18,
2549:23, 2551:2,
2556:9, 2566:25,
2573:20, 2574:6,
2574:12, 2590:10

**asked** [50] - 2400:8,
2427:9, 2437:14,
2454:17, 2459:22,
2477:14, 2477:23,
2481:13, 2499:3,
2502:11, 2510:22,
2515:18, 2518:2,
2518:5, 2521:24,
2525:20, 2525:23,
2526:1, 2526:17,
2530:7, 2531:9,
2540:9, 2540:11,
2540:20, 2541:9,
2542:9, 2543:10,
2543:12, 2543:14,
2557:8, 2557:11,
2564:2, 2571:2,
2572:19, 2573:19,
2576:17, 2579:11,
2580:13, 2580:15,
2581:4, 2581:17,
2581:18, 2581:19,
2585:1, 2585:16,
2587:2, 2589:14,
2590:23, 2591:24

**asking** [8] - 2458:15,
2495:23, 2529:10,
2529:13, 2542:13,
2568:10, 2591:18

**asks** [1] - 2495:20

**aspirin** [1] - 2483:1

**asserted** [1] - 2489:6

**assertion** [1] -
2543:2

**assessment** [1] -
2586:1

**ASSET** [1] - 2390:13

**assign** [1] - 2472:1

**assigned** [1] -
2471:23

**associated** [2] -
2416:10, 2543:6

**association** [1] -
2441:3

**assume** [8] -
2410:20, 2412:13,
2453:7, 2458:15,
2461:17, 2474:9,

2520:19, 2545:21

**assumed** [1] -
2585:4

**assuming** [2] -
2409:16, 2458:11

**assumption** [1] -
2462:24

**assumptions** [1] -
2462:17

**Assurance** [1] -
2484:1

**assure** [1] - 2503:23

**assured** [2] -
2484:13, 2585:11

**at** [221] - 2399:20,
2401:1, 2401:9,
2401:14, 2401:22,
2402:8, 2402:15,
2403:14, 2406:15,
2407:3, 2407:9,
2407:15, 2412:9,
2412:17, 2412:19,
2412:22, 2413:15,
2413:17, 2415:20,
2417:3, 2418:9,
2418:23, 2419:12,
2423:17, 2423:18,
2423:24, 2424:14,
2425:4, 2426:5,
2426:14, 2427:2,
2427:4, 2428:4,
2428:22, 2430:6,
2430:11, 2431:9,
2431:10, 2431:16,
2433:1, 2433:25,
2434:4, 2434:25,
2435:12, 2435:25,
2436:10, 2437:2,
2437:13, 2437:22,
2438:1, 2439:20,
2439:24, 2440:17,
2440:18, 2441:25,
2442:11, 2445:24,
2446:9, 2446:11,
2446:13, 2446:15,
2446:21, 2447:2,
2447:8, 2447:14,
2448:1, 2448:11,
2448:15, 2449:5,
2449:6, 2449:8,
2449:23, 2450:2,
2450:12, 2450:19,
2450:24, 2452:14,
2453:2, 2453:24,
2454:14, 2454:21,
2455:8, 2455:12,
2458:1, 2458:4,
2459:4, 2460:17,
2461:11, 2461:14,
2462:14, 2462:18,

2462:19, 2462:20,
2462:23, 2462:25,
2463:2, 2463:4,
2463:12, 2463:20,
2464:19, 2465:17,
2465:22, 2466:20,
2469:6, 2470:14,
2471:13, 2471:15,
2471:20, 2472:25,
2473:4, 2473:10,
2473:23, 2474:2,
2475:23, 2476:2,
2476:18, 2476:24,
2477:13, 2478:4,
2478:8, 2478:25,
2481:24, 2483:21,
2488:4, 2488:19,
2488:22, 2488:24,
2489:1, 2493:3,
2494:17, 2496:12,
2501:5, 2502:14,
2505:22, 2507:4,
2509:11, 2509:19,
2512:18, 2513:2,
2513:10, 2513:15,
2514:22, 2515:23,
2516:9, 2517:15,
2518:11, 2520:4,
2521:16, 2523:5,
2523:7, 2523:8,
2523:13, 2523:14,
2523:17, 2524:16,
2525:19, 2527:4,
2527:7, 2527:8,
2528:16, 2534:12,
2536:25, 2540:3,
2541:9, 2542:17,
2550:19, 2553:20,
2553:22, 2554:18,
2559:1, 2559:4,
2559:8, 2563:13,
2563:14, 2563:18,
2563:22, 2564:8,
2564:17, 2565:24,
2567:22, 2567:24,
2569:1, 2569:7,
2571:11, 2571:15,
2572:17, 2572:23,
2572:24, 2573:7,
2574:11, 2576:8,
2579:18, 2579:19,
2580:1, 2582:13,
2583:7, 2583:12,
2583:14, 2584:2,
2584:7, 2584:21,
2584:22, 2587:15,
2588:2, 2590:18,
2590:22, 2591:17,
2591:20, 2592:12,
2592:14

**atmospheric** [6] -

2430:11, 2431:16,
2464:19, 2465:5,
2506:20, 2536:24

**attached** [1] -
2511:19

**attempt** [1] - 2526:20

**attempted** [1] -
2533:6

**attempts** [1] - 2422:7

**attention** [1] -
2548:11

**ATTORNEY** [4] -
2394:3, 2394:4,
2394:9, 2394:11

**Attorney** [1] -
2534:18

**attorneys** [1] -
2540:12

**August** [1] - 2489:7

**automatically** [1] -
2445:9

**available** [11] -
2512:9, 2513:9,
2513:10, 2514:22,
2532:16, 2532:18,
2532:23, 2533:7,
2549:19, 2557:5,
2560:8

**AVENUE** [5] -
2391:8, 2393:5,
2394:5, 2395:4,
2395:23

**aware** [23] - 2408:2,
2409:22, 2444:11,
2446:25, 2474:19,
2486:18, 2513:12,
2514:18, 2514:20,
2520:4, 2521:12,
2525:17, 2525:19,
2529:7, 2529:10,
2529:12, 2529:21,
2530:7, 2530:16,
2549:11, 2549:14,
2558:18, 2573:14

**away** [3] - 2542:13,
2555:14, 2578:10

**awful** [1] - 2426:15

**awhile** [5] - 2421:25,
2467:16, 2467:19,
2467:20, 2535:25

---

# B

**B** [3] - 2396:17,
2499:13, 2583:18

**back** [40] - 2400:15,
2401:15, 2402:8,
2407:22, 2408:9,
2415:5, 2415:13,

2415:20, 2422:20, 2426:25, 2444:16, 2449:20, 2450:8, 2455:22, 2463:14, 2471:14, 2488:1, 2496:4, 2501:7, 2522:10, 2532:3, 2532:5, 2532:11, 2538:21, 2555:9, 2558:24, 2558:25, 2563:20, 2563:25, 2566:25, 2572:8, 2579:21, 2580:25, 2584:1, 2586:2, 2590:3, 2590:8, 2592:12, 2592:14

**bad** [10] - 2409:11, 2415:6, 2433:8, 2477:9, 2477:10, 2480:18, 2492:4, 2506:3, 2522:13, 2568:10

**baked** [2] - 2592:5, 2592:7

**balance** [3] - 2405:17, 2441:21, 2441:22

**balanced** [1] - 2412:13

**bar** [1] - 2567:18

**Barbier** [1] - 2557:21

**BARBIER** [1] - 2390:22

**barely** [1] - 2568:5

**barrel** [3] - 2524:11, 2554:15, 2554:16

**barrels** [25] - 2411:13, 2411:16, 2553:5, 2553:9, 2553:10, 2554:7, 2554:10, 2554:14, 2565:11, 2565:16, 2565:19, 2565:25, 2566:2, 2566:7, 2566:13, 2566:15, 2566:18, 2566:22, 2567:4, 2567:6, 2567:19, 2568:18

**barrier** [15] - 2406:12, 2406:24, 2407:1, 2469:24, 2470:3, 2470:8, 2494:16, 2571:24, 2580:4, 2584:25, 2585:7, 2585:12, 2586:9, 2586:25, 2591:22

**base** [12] - 2447:1, 2452:4, 2452:8, 2461:7, 2536:11,

2536:15, 2537:14, 2537:23, 2539:4, 2562:24, 2563:3, 2579:21

**based** [31] - 2426:15, 2428:21, 2436:22, 2453:7, 2459:21, 2462:25, 2466:3, 2473:3, 2476:1, 2478:3, 2487:25, 2495:7, 2496:22, 2497:4, 2497:23, 2503:25, 2505:12, 2508:15, 2509:3, 2510:7, 2514:14, 2518:14, 2518:18, 2523:21, 2549:18, 2555:24, 2567:7, 2569:10, 2570:10, 2586:7, 2591:20

**basic** [1] - 2556:12

**basically** [17] - 2410:17, 2418:16, 2424:21, 2425:25, 2427:5, 2431:17, 2432:22, 2433:1, 2434:21, 2435:15, 2443:21, 2443:24, 2449:1, 2449:22, 2450:5, 2457:18, 2460:8

**basis** [8] - 2541:20, 2546:11, 2546:15, 2561:12, 2561:16, 2589:14, 2589:16, 2589:18

**Bates** [1] - 2437:18

**bath** [1] - 2517:21

**BATON** [2] - 2392:15, 2394:12

**be** [185] - 2399:7, 2399:14, 2401:8, 2402:10, 2403:4, 2405:20, 2406:6, 2406:10, 2406:11, 2406:12, 2407:16, 2408:17, 2409:2, 2409:7, 2409:19, 2410:3, 2410:24, 2411:3, 2412:6, 2413:8, 2415:11, 2417:4, 2420:10, 2420:13, 2420:19, 2421:7, 2422:1, 2422:11, 2422:19, 2424:3, 2425:22, 2427:5, 2427:14, 2427:25, 2428:10, 2433:11, 2435:23, 2439:14, 2439:15,

2440:5, 2440:7, 2440:12, 2444:8, 2445:25, 2447:11, 2448:18, 2448:20, 2448:21, 2453:17, 2453:22, 2454:12, 2455:25, 2456:25, 2458:1, 2459:19, 2461:19, 2461:24, 2462:14, 2462:25, 2463:1, 2467:4, 2467:5, 2467:8, 2467:20, 2469:15, 2469:17, 2469:18, 2469:23, 2470:7, 2470:9, 2470:17, 2471:6, 2473:5, 2474:23, 2476:12, 2477:12, 2478:5, 2478:12, 2478:25, 2480:8, 2484:17, 2484:18, 2486:6, 2486:10, 2486:22, 2487:19, 2492:24, 2494:12, 2494:17, 2494:24, 2494:25, 2495:1, 2495:21, 2497:4, 2498:17, 2504:19, 2505:16, 2507:10, 2508:9, 2508:10, 2508:16, 2508:17, 2509:4, 2509:24, 2510:1, 2510:9, 2515:8, 2517:20, 2518:5, 2518:22, 2518:25, 2519:22, 2520:21, 2523:18, 2523:22, 2527:18, 2529:18, 2529:25, 2530:4, 2530:17, 2530:18, 2530:25, 2531:1, 2532:7, 2533:15, 2534:9, 2538:10, 2539:5, 2539:16, 2542:24, 2544:23, 2545:17, 2545:25, 2546:5, 2546:7, 2546:18, 2547:8, 2548:16, 2549:11, 2552:20, 2558:4, 2560:6, 2560:25, 2563:15, 2563:22, 2564:11, 2565:10, 2566:19, 2567:11, 2568:9, 2568:10, 2572:7, 2572:15, 2573:7, 2573:8, 2573:13, 2573:15, 2574:20, 2575:6, 2577:4, 2579:3,

2579:24, 2579:25, 2582:19, 2582:20, 2582:25, 2583:20, 2583:21, 2583:23, 2584:3, 2586:13, 2586:22, 2588:7, 2588:15, 2589:9, 2592:10, 2592:13

**BEACH** [1] - 2391:19

**bear** [1] - 2524:22

**bearing** [3] - 2419:5, 2552:21, 2554:1

**became** [1] - 2446:25

**because** [52] - 2410:16, 2411:7, 2415:3, 2415:21, 2422:1, 2423:21, 2430:15, 2435:25, 2438:25, 2443:7, 2445:13, 2447:12, 2449:11, 2460:24, 2470:1, 2474:19, 2477:9, 2493:9, 2493:18, 2496:13, 2511:2, 2517:20, 2528:13, 2529:19, 2530:4, 2532:20, 2532:23, 2533:15, 2533:18, 2538:5, 2539:16, 2539:19, 2548:17, 2549:15, 2549:23, 2552:15, 2555:5, 2556:1, 2556:22, 2557:24, 2558:10, 2558:24, 2566:19, 2568:11, 2577:15, 2578:10, 2580:14, 2581:15, 2582:21, 2582:25, 2583:1, 2592:13

**BECK** [3] - 2396:15, 2396:15, 2574:24

**become** [1] - 2585:9

**becomes** [3] - 2461:9, 2463:20, 2556:7

**been** [58] - 2402:4, 2402:14, 2406:6, 2407:20, 2411:24, 2423:7, 2426:13, 2426:24, 2429:2, 2437:11, 2443:10, 2445:22, 2446:9, 2446:14, 2449:11, 2454:11, 2465:22, 2470:9, 2485:15, 2493:19, 2496:7, 2496:16, 2499:2, 2500:10, 2500:19,

2501:8, 2504:24, 2510:16, 2512:24, 2521:16, 2523:24, 2526:12, 2529:15, 2533:16, 2535:25, 2549:11, 2557:8, 2562:4, 2568:23, 2569:11, 2569:14, 2570:11, 2570:19, 2571:5, 2573:14, 2574:18, 2574:19, 2576:15, 2576:16, 2577:11, 2577:16, 2581:1, 2586:11, 2587:2, 2587:6, 2590:14

**before** [48] - 2399:8, 2402:23, 2406:11, 2408:3, 2434:11, 2434:19, 2441:6, 2441:7, 2444:19, 2449:16, 2468:6, 2483:16, 2483:19, 2490:8, 2492:20, 2495:18, 2496:9, 2503:18, 2506:19, 2510:1, 2511:25, 2514:19, 2521:5, 2522:14, 2523:17, 2524:19, 2526:11, 2526:12, 2530:1, 2532:6, 2547:1, 2547:4, 2547:10, 2559:9, 2566:7, 2566:10, 2566:23, 2567:13, 2567:23, 2568:7, 2569:11, 2569:16, 2573:5, 2585:16, 2585:21, 2586:18, 2586:22, 2590:4

**BEFORE** [1] - 2390:22

**beforehand** [1] - 2527:20

**beg** [1] - 2572:12

**began** [1] - 2536:24

**beginning** [1] - 2556:22

**begins** [1] - 2446:13

**begun** [1] - 2542:7

**behalf** [5] - 2402:2, 2533:3, 2533:12, 2534:4, 2576:14

**behind** [2] - 2497:20, 2579:21

**being** [21] - 2404:6, 2420:25, 2426:2, 2441:17, 2441:18, 2445:9, 2450:2,

2460:23, 2461:4, 2468:19, 2489:15, 2490:2, 2491:18, 2494:9, 2514:18, 2517:13, 2529:7, 2548:12, 2551:23, 2558:1, 2558:19

**Beirute** [1] - 2487:14
**belief** [2] - 2564:19, 2573:21
**believe** [40] - 2447:5, 2460:24, 2466:6, 2466:7, 2468:14, 2474:14, 2475:4, 2488:10, 2488:11, 2488:21, 2498:16, 2498:20, 2509:24, 2515:16, 2525:5, 2526:3, 2526:12, 2531:7, 2533:14, 2533:20, 2534:10, 2539:24, 2560:18, 2568:20, 2570:20, 2573:15, 2576:19, 2577:18, 2578:8, 2578:10, 2578:12, 2578:18, 2579:14, 2579:17, 2580:15, 2583:9, 2584:6, 2585:2, 2587:24, 2588:14
**believed** [5] - 2491:11, 2498:25, 2499:3, 2499:13, 2516:23
**believes** [1] - 2523:13
**below** [5] - 2405:14, 2467:2, 2484:3, 2527:22, 2551:13
**belt** [1] - 2499:24
**Ben** [3] - 2399:13, 2400:1, 2401:2
**BEN** [1] - 2393:23
**benchmark** [3] - 2426:9, 2426:13, 2426:20
**benchmarks** [1] - 2426:6
**bend** [1] - 2551:16
**benefit** [1] - 2495:5
**benefits** [5] - 2410:14, 2410:17, 2492:15, 2492:24, 2564:23
**Benge** [53] - 2400:17, 2403:4, 2403:9, 2410:6, 2467:12, 2468:2, 2469:1, 2469:7,

2472:16, 2475:3, 2475:13, 2476:12, 2479:3, 2483:13, 2488:16, 2492:18, 2493:2, 2495:3, 2500:6, 2500:20, 2504:1, 2504:23, 2505:3, 2505:8, 2509:22, 2510:8, 2510:16, 2516:16, 2519:9, 2520:21, 2524:22, 2525:3, 2535:6, 2535:8, 2538:22, 2543:20, 2545:17, 2551:5, 2556:23, 2563:12, 2567:6, 2568:22, 2570:9, 2573:19, 2574:13, 2574:21, 2575:5, 2576:13, 2577:5, 2577:15, 2578:2, 2581:23, 2587:9
**BENGE** [1] - 2398:4
**Benge's** [1] - 2399:8
**Best** [3] - 2502:14, 2503:9, 2563:12
**best** [11] - 2405:4, 2431:2, 2468:11, 2484:9, 2484:14, 2484:20, 2484:24, 2485:4, 2485:8, 2485:9, 2502:11, 2507:24, 2546:1, 2556:17, 2556:19, 2556:21, 2593:6
**better** [12] - 2421:14, 2447:11, 2452:15, 2453:21, 2482:14, 2483:10, 2493:7, 2500:16, 2506:4, 2513:21, 2530:3, 2583:20
**between** [26] - 2407:15, 2438:6, 2439:15, 2442:12, 2442:13, 2451:5, 2452:25, 2457:4, 2457:16, 2458:6, 2464:14, 2474:18, 2475:1, 2478:5, 2507:25, 2509:23, 2511:22, 2518:3, 2519:24, 2546:4, 2549:19, 2554:24, 2583:22, 2584:1, 2584:2
**beyond** [3] - 2530:21, 2531:3, 2531:5

**big** [3] - 2421:24, 2430:20, 2550:7
**bit** [15] - 2403:12, 2414:4, 2417:20, 2421:18, 2434:3, 2437:6, 2444:21, 2460:4, 2468:9, 2496:13, 2501:21, 2559:21, 2559:22, 2582:1, 2589:10
**bits** [1] - 2411:8
**BJ** [1] - 2482:13
**blank** [1] - 2424:12
**blend** [57] - 2405:23, 2408:15, 2416:25, 2417:2, 2417:3, 2417:6, 2417:14, 2417:19, 2418:1, 2418:2, 2418:6, 2418:7, 2418:9, 2418:13, 2418:14, 2418:16, 2420:2, 2420:5, 2420:9, 2420:19, 2420:24, 2421:4, 2421:7, 2421:8, 2421:12, 2423:4, 2423:15, 2424:17, 2443:17, 2444:19, 2498:7, 2498:10, 2498:14, 2498:15, 2498:19, 2498:22, 2498:23, 2498:25, 2499:1, 2499:12, 2500:3, 2500:7, 2500:10, 2500:14, 2500:17, 2500:21, 2501:4, 2501:17, 2502:2, 2502:4, 2517:24, 2517:25, 2518:3, 2518:7, 2573:7, 2582:21, 2583:1
**blended** [3] - 2420:2, 2454:11, 2454:23
**blender** [3] - 2456:1, 2465:3, 2465:23
**blending** [2] - 2434:21, 2537:17
**blends** [2] - 2420:24, 2422:6
**blocked** [1] - 2582:14
**blown** [1] - 2421:16
**blowout** [7] - 2404:12, 2414:6, 2415:2, 2511:25, 2514:19, 2520:10, 2520:20
**blows** [1] - 2420:16
**Bly** [6] - 2416:4,

2460:4, 2460:6, 2529:10, 2529:13, 2562:5
**board** [1] - 2577:18
**boat** [2] - 2420:11, 2422:15
**BOCKIUS** [1] - 2397:6
**BoD** [2] - 2589:4, 2589:9
**body** [1] - 2400:11
**BOEMRE** [1] - 2426:25
**boilerplate** [1] - 2548:11
**boiling** [1] - 2431:24
**bond** [3] - 2406:18, 2426:16, 2569:22
**bonding** [1] - 2407:4
**bonds** [1] - 2493:18
**book** [3] - 2502:20, 2516:18, 2541:15
**BOP** [1] - 2586:22
**bore** [2] - 2410:12, 2410:15
**both** [16] - 2432:3, 2436:16, 2438:9, 2446:2, 2462:22, 2491:3, 2492:5, 2492:9, 2492:10, 2507:17, 2517:13, 2536:15, 2548:20, 2578:20, 2578:25, 2581:1
**bottom** [57] - 2412:3, 2419:9, 2419:12, 2419:14, 2428:2, 2433:9, 2434:1, 2434:2, 2436:6, 2436:9, 2436:10, 2436:11, 2438:19, 2448:8, 2448:12, 2451:16, 2452:7, 2452:25, 2453:1, 2453:17, 2454:13, 2455:8, 2455:13, 2456:16, 2461:11, 2461:14, 2463:12, 2479:3, 2483:19, 2507:25, 2509:11, 2511:14, 2513:8, 2517:13, 2517:17, 2527:23, 2537:6, 2539:3, 2540:10, 2549:20, 2550:19, 2555:14, 2555:24, 2563:15, 2563:19, 2563:22, 2564:8, 2564:17, 2565:19, 2567:22, 2568:4,

2568:7, 2568:23, 2569:7, 2580:1, 2580:4, 2582:13
**bottoms** [26] - 2411:4, 2411:7, 2411:9, 2411:15, 2411:17, 2411:20, 2412:2, 2414:2, 2546:20, 2563:11, 2563:13, 2563:17, 2563:20, 2563:21, 2564:11, 2564:12, 2564:20, 2564:22, 2564:23, 2566:5, 2567:17, 2568:11, 2568:15, 2568:20, 2569:9, 2569:16
**bottoms-up** [1] - 2569:9
**BOULEVARD** [1] - 2392:18
**boundary** [3] - 2549:17, 2552:24, 2553:1
**BOUNDS** [1] - 2391:10
**box** [1] - 2437:20
**BOX** [4] - 2391:4, 2393:12, 2393:18, 2394:12
**boy** [2] - 2512:25, 2520:15
**BP** [161] - 2390:15, 2394:19, 2394:20, 2394:20, 2399:18, 2406:17, 2406:18, 2407:21, 2408:18, 2409:16, 2409:19, 2409:22, 2410:2, 2410:13, 2410:20, 2411:12, 2414:15, 2418:25, 2422:14, 2422:23, 2422:24, 2425:15, 2431:8, 2437:13, 2437:14, 2438:19, 2439:16, 2441:9, 2442:8, 2442:12, 2442:13, 2442:14, 2442:23, 2442:24, 2443:1, 2446:25, 2461:3, 2461:13, 2464:8, 2467:14, 2468:4, 2468:15, 2469:14, 2472:20, 2472:22, 2473:4, 2473:25, 2474:18, 2476:13, 2477:4, 2478:5, 2478:18, 2478:25, 2479:12, 2479:15,

2479:16, 2479:20, 2479:24, 2480:1, 2480:8, 2480:19, 2481:11, 2481:15, 2483:11, 2484:17, 2484:18, 2485:15, 2486:10, 2486:14, 2486:19, 2486:23, 2487:2, 2487:18, 2487:21, 2489:15, 2490:2, 2490:3, 2490:5, 2490:18, 2490:23, 2491:12, 2498:9, 2499:14, 2499:17, 2499:21, 2499:23, 2500:6, 2500:9, 2500:13, 2500:20, 2500:22, 2501:6, 2511:10, 2511:15, 2512:3, 2512:7, 2512:15, 2512:19, 2513:8, 2514:12, 2514:18, 2515:14, 2516:20, 2517:1, 2521:10, 2521:24, 2529:7, 2530:10, 2540:12, 2547:1, 2547:4, 2547:10, 2548:5, 2548:24, 2549:10, 2549:14, 2550:5, 2554:24, 2558:18, 2562:7, 2570:15, 2572:5, 2572:10, 2578:24, 2580:15, 2580:18, 2580:21, 2581:7, 2581:10, 2581:11, 2581:19, 2582:9, 2583:6, 2584:7, 2584:22, 2585:21, 2586:10, 2586:15, 2586:18, 2586:21, 2587:17, 2587:20, 2587:25, 2589:11, 2589:16, 2589:19, 2590:1, 2590:20, 2590:22, 2591:2, 2591:5, 2591:9, 2591:12, 2591:14, 2591:17, 2591:20, 2591:21

**BP's** [20] - 2402:17, 2443:8, 2461:17, 2465:17, 2473:22, 2473:23, 2475:24, 2487:4, 2541:21, 2541:22, 2543:2, 2568:13, 2572:5, 2572:16, 2577:7, 2584:8, 2587:3, 2590:2, 2590:3,

2591:4
**BP-Halliburton** [1] - 2422:23
**BP-HESI** [1] - 2578:24
**BRAD** [1] - 2395:22
**Brad** [1] - 2402:7
**brake** [1] - 2501:20
**BRANCH** [3] - 2393:4, 2393:15, 2393:21
**breach** [1] - 2467:2
**break** [14] - 2401:9, 2404:4, 2413:11, 2455:5, 2467:16, 2467:17, 2467:21, 2467:23, 2501:14, 2501:18, 2501:23, 2502:1, 2506:19, 2573:12
**breaking** [3] - 2413:15, 2413:18, 2435:19
**breakout** [4] - 2404:9, 2435:18, 2540:4, 2545:7
**breaks** [3] - 2413:4, 2443:21, 2461:8
**breeds** [1] - 2587:19
**BREIT** [2] - 2391:18, 2391:18
**BRENNAN** [1] - 2395:17
**Brett** [1] - 2440:25
**Brian** [4] - 2402:7, 2440:25, 2474:5, 2582:5
**BRIAN** [2] - 2395:22, 2402:7
**briefing** [1] - 2532:11
**bring** [16] - 2416:15, 2419:8, 2434:19, 2435:3, 2437:17, 2437:20, 2439:25, 2440:1, 2440:23, 2446:16, 2522:2, 2524:23, 2532:11, 2535:20, 2536:13, 2536:14
**broached** [1] - 2541:10
**broadly** [1] - 2546:22
**BROCK** [8] - 2395:3, 2399:18, 2401:7, 2401:13, 2401:24, 2402:13, 2575:12, 2575:18
**broke** [6] - 2453:10, 2453:13, 2453:22, 2460:23, 2461:4,

2461:18
**brought** [5] - 2417:5, 2435:11, 2510:6, 2538:9, 2590:1
**Broussard** [1] - 2506:10
**bubble** [4] - 2433:7, 2435:18, 2540:3, 2545:7
**bubbles** [6] - 2435:18, 2435:19, 2453:14, 2453:22, 2493:22, 2494:15
**build** [4] - 2550:19, 2552:1, 2552:12, 2552:13
**building** [1] - 2474:3
**BUILDING** [2] - 2391:15, 2392:4
**built** [1] - 2425:9
**built-in** [1] - 2425:9
**bullet** [3] - 2483:24, 2484:8, 2494:17
**Bulletin** [1] - 2503:11
**bulletin** [1] - 2503:15
**bump** [1] - 2447:22
**bumped** [1] - 2570:13
**bumping** [1] - 2411:1
**BURLING** [1] - 2395:3
**burst** [2] - 2550:22, 2550:23
**bushing** [2] - 2564:4, 2564:9
**business** [1] - 2588:10
**but** [145] - 2399:13, 2399:20, 2401:8, 2401:15, 2402:15, 2404:6, 2405:10, 2406:10, 2408:18, 2411:19, 2412:5, 2412:21, 2412:23, 2414:11, 2414:16, 2414:19, 2414:20, 2415:11, 2415:22, 2417:18, 2418:2, 2418:7, 2418:9, 2418:23, 2424:25, 2425:15, 2426:24, 2427:24, 2430:23, 2433:16, 2433:17, 2439:7, 2440:20, 2445:11, 2447:10, 2449:9, 2452:1, 2455:20, 2458:21, 2463:19, 2465:8, 2466:6, 2466:7, 2467:21, 2468:8,

2470:9, 2470:12, 2471:2, 2471:15, 2471:25, 2472:16, 2474:22, 2477:25, 2481:10, 2482:7, 2482:25, 2483:3, 2485:6, 2486:3, 2488:23, 2489:1, 2491:7, 2491:9, 2491:10, 2492:15, 2493:5, 2493:14, 2493:23, 2495:9, 2497:5, 2497:9, 2500:3, 2500:20, 2502:5, 2503:15, 2504:24, 2507:10, 2507:21, 2511:10, 2511:23, 2514:23, 2515:19, 2516:2, 2519:5, 2519:20, 2521:6, 2521:19, 2522:22, 2525:6, 2525:8, 2526:13, 2529:24, 2532:1, 2532:5, 2532:16, 2532:22, 2532:23, 2533:4, 2533:10, 2533:16, 2534:20, 2535:19, 2535:25, 2537:22, 2538:5, 2539:21, 2541:5, 2541:12, 2542:5, 2542:6, 2545:21, 2546:18, 2546:23, 2547:11, 2547:12, 2552:23, 2553:4, 2553:9, 2553:24, 2554:13, 2557:8, 2557:15, 2557:19, 2563:7, 2564:22, 2567:21, 2568:7, 2568:9, 2569:6, 2570:21, 2572:9, 2572:16, 2573:18, 2573:21, 2573:25, 2578:9, 2579:24, 2582:8, 2583:14, 2583:16, 2585:9, 2586:5, 2589:10, 2591:20
**button** [2] - 2589:5, 2589:22
**BY** [79] - 2390:5, 2391:3, 2391:7, 2391:11, 2391:14, 2391:18, 2391:22, 2392:3, 2392:7, 2392:11, 2392:14, 2392:18, 2392:21, 2393:4, 2393:9, 2393:15, 2393:22,

2394:4, 2394:10, 2394:15, 2394:21, 2395:3, 2395:7, 2395:14, 2395:18, 2395:22, 2396:3, 2396:7, 2396:12, 2396:15, 2396:22, 2397:3, 2397:7, 2397:16, 2397:17, 2403:8, 2413:2, 2414:25, 2416:18, 2417:11, 2417:24, 2419:11, 2422:4, 2448:25, 2451:9, 2454:19, 2455:2, 2458:23, 2460:21, 2462:2, 2466:14, 2468:1, 2470:25, 2490:4, 2490:16, 2500:1, 2502:24, 2504:22, 2505:2, 2505:7, 2508:5, 2511:1, 2530:2, 2535:5, 2543:19, 2544:15, 2548:22, 2551:4, 2555:11, 2559:6, 2562:14, 2570:8, 2574:5, 2576:12, 2578:16, 2579:10, 2587:8, 2590:17, 2591:1
**by** [92] - 2398:6, 2398:7, 2398:8, 2399:19, 2406:11, 2406:20, 2407:7, 2408:18, 2411:23, 2414:6, 2415:17, 2418:10, 2419:4, 2424:17, 2425:20, 2426:25, 2427:7, 2432:7, 2432:13, 2433:8, 2435:18, 2436:5, 2436:18, 2439:19, 2441:8, 2443:20, 2445:5, 2451:21, 2451:22, 2452:13, 2463:21, 2464:16, 2465:15, 2467:3, 2469:2, 2482:14, 2483:15, 2487:14, 2495:13, 2498:10, 2500:10, 2504:7, 2505:16, 2508:25, 2510:12, 2511:24, 2515:12, 2517:24, 2520:24, 2522:6, 2524:3, 2529:16, 2533:21, 2535:9, 2535:13, 2535:14, 2536:24, 2539:10, 2539:11,

2539:14, 2542:9,
2543:7, 2543:12,
2544:12, 2544:23,
2546:11, 2548:23,
2549:21, 2549:25,
2551:7, 2557:7,
2558:19, 2561:18,
2563:20, 2567:11,
2570:14, 2571:4,
2574:1, 2574:7,
2574:13, 2574:23,
2575:23, 2576:3,
2576:7, 2576:16,
2578:24, 2580:16,
2580:19, 2580:21,
2584:3

**C**

**C** [7] - 2392:3,
2395:3, 2397:3,
2397:8, 2535:13,
2573:17, 2583:18
**CA** [2] - 2393:6,
2395:24
**cake** [2] - 2592:5,
2592:7
**calculate** [1] -
2456:23
**calculated** [1] -
2463:12
**calculation** [1] -
2411:16
**calculations** [1] -
2567:7
**CALDWELL** [1] -
2394:10
**call** [10] - 2416:20,
2453:8, 2461:22,
2550:18, 2557:23,
2559:8, 2560:1,
2560:2, 2563:13,
2578:11
**called** [10] - 2409:23,
2416:21, 2443:23,
2446:4, 2462:8,
2508:8, 2524:1,
2524:9, 2565:13,
2590:22
**calling** [2] - 2454:20,
2454:25
**calls** [1] - 2453:5
**Calvert** [2] - 2400:18,
2471:16
**Calvert's** [1] - 2575:8
**came** [4] - 2460:8,
2463:23, 2464:2,
2464:8, 2496:12,
2531:24, 2531:25,
2551:8, 2564:13,

2578:10
**CAMERON** [1] -
2396:11
**Cameron** [2] -
2574:23, 2574:24
**CAMP** [1] - 2394:16
**can** [137] - 2405:3,
2405:4, 2405:5,
2405:7, 2406:12,
2407:8, 2409:11,
2410:11, 2412:6,
2413:23, 2415:17,
2416:15, 2417:10,
2418:23, 2419:7,
2419:8, 2419:17,
2419:19, 2421:7,
2421:11, 2424:9,
2426:5, 2426:14,
2426:23, 2433:7,
2433:13, 2434:19,
2435:3, 2435:4,
2436:13, 2436:14,
2436:15, 2436:22,
2436:23, 2437:20,
2438:20, 2439:3,
2439:4, 2439:25,
2442:7, 2444:8,
2447:7, 2448:24,
2451:4, 2451:18,
2452:24, 2453:7,
2454:6, 2454:12,
2454:17, 2458:25,
2459:19, 2460:14,
2460:18, 2463:2,
2466:5, 2467:21,
2470:14, 2470:17,
2471:6, 2472:16,
2485:13, 2488:15,
2492:4, 2492:11,
2492:23, 2492:24,
2493:1, 2494:17,
2494:25, 2495:1,
2495:18, 2495:23,
2496:14, 2496:16,
2496:18, 2498:3,
2498:17, 2499:4,
2499:5, 2499:8,
2501:14, 2502:9,
2503:1, 2504:6,
2505:1, 2505:16,
2505:23, 2506:7,
2507:2, 2507:17,
2517:20, 2518:25,
2519:2, 2519:19,
2522:3, 2522:24,
2523:21, 2530:23,
2531:10, 2532:4,
2532:9, 2532:15,
2532:16, 2533:11,
2536:4, 2538:14,
2539:25, 2540:6,

2540:7, 2540:17,
2540:23, 2541:2,
2544:14, 2545:25,
2546:20, 2547:2,
2551:3, 2555:9,
2557:20, 2559:11,
2560:13, 2562:18,
2563:18, 2563:25,
2568:10, 2568:22,
2569:19, 2571:16,
2579:16, 2582:19,
2585:9, 2588:9,
2590:10
**Can** [1] - 2495:20
**can't** [16] - 2424:1,
2435:20, 2437:19,
2444:3, 2444:4,
2458:24, 2471:25,
2492:1, 2501:6,
2517:19, 2517:22,
2544:7, 2552:25,
2566:20, 2569:17,
2581:3
**cancel** [1] - 2521:24
**Cancel** [1] - 2522:7
**canceled** [4] -
2521:20, 2521:21,
2547:14, 2547:18
**canned** [1] - 2589:4
**cannot** [4] - 2430:14,
2440:12, 2476:15,
2582:20
**cap** [1] - 2497:1
**capability** [1] -
2518:17
**capacity** [1] -
2539:19
**Captain** [2] - 2534:11
**carefully** [1] -
2406:11
**CARL** [1] - 2390:22
**CARONDELET** [2] -
2391:22, 2396:12
**CARRIE** [1] - 2395:7
**case** [22] - 2408:1,
2410:23, 2411:12,
2415:3, 2417:20,
2418:5, 2418:24,
2423:7, 2429:7,
2444:22, 2446:24,
2461:10, 2488:20,
2496:15, 2504:1,
2541:15, 2566:10,
2570:3, 2570:4,
2570:9, 2570:17,
2590:3
**CASE** [2] - 2390:12,
2390:14
**casing** [29] -
2408:22, 2438:1,

2496:5, 2496:12,
2496:14, 2499:12,
2511:12, 2515:12,
2551:18, 2552:6,
2552:11, 2552:15,
2556:2, 2556:24,
2557:12, 2557:20,
2557:21, 2557:23,
2557:24, 2558:2,
2558:5, 2558:11,
2559:16, 2565:2,
2565:3, 2565:4,
2565:9, 2565:11,
2581:20
**categories** [1] -
2470:2
**cause** [2] - 2444:18,
2552:11
**causing** [1] -
2568:19
**CBL** [5] - 2406:17,
2407:3, 2569:20,
2569:25, 2570:18
**CCR** [3] - 2397:12,
2593:4, 2593:12
**CD** [1] - 2399:12
**Cement** [1] - 2484:3
**cement** [306] -
2404:12, 2404:13,
2404:15, 2404:19,
2404:21, 2404:22,
2405:1, 2405:2,
2405:4, 2405:18,
2405:19, 2405:23,
2406:5, 2406:11,
2406:18, 2406:19,
2407:4, 2407:9,
2407:11, 2407:12,
2407:14, 2408:2,
2408:10, 2408:11,
2408:12, 2408:15,
2408:25, 2409:11,
2410:3, 2410:7,
2410:23, 2411:13,
2411:23, 2411:25,
2412:10, 2413:19,
2413:20, 2413:23,
2414:5, 2414:8,
2415:3, 2415:4,
2415:14, 2415:18,
2415:21, 2416:22,
2417:4, 2419:17,
2421:12, 2421:19,
2421:20, 2421:22,
2422:18, 2422:21,
2422:24, 2423:4,
2423:6, 2423:7,
2423:17, 2424:15,
2424:17, 2424:22,
2425:3, 2425:10,

2425:15, 2425:16,
2426:17, 2427:2,
2433:4, 2437:15,
2439:12, 2442:14,
2443:17, 2450:6,
2457:12, 2459:11,
2466:15, 2466:17,
2466:20, 2468:15,
2468:19, 2468:23,
2469:2, 2469:22,
2470:6, 2470:8,
2470:17, 2470:23,
2470:24, 2471:7,
2472:8, 2472:11,
2475:6, 2475:15,
2476:3, 2476:6,
2476:9, 2476:15,
2476:18, 2476:21,
2476:25, 2477:5,
2477:24, 2478:1,
2478:2, 2478:8,
2478:9, 2478:20,
2479:4, 2479:13,
2479:16, 2479:18,
2480:20, 2480:22,
2481:12, 2481:16,
2481:20, 2482:1,
2482:14, 2482:17,
2483:9, 2483:20,
2484:13, 2484:17,
2484:22, 2484:23,
2487:12, 2488:10,
2489:15, 2489:25,
2490:2, 2491:16,
2492:6, 2492:11,
2492:12, 2492:15,
2492:24, 2493:1,
2493:6, 2493:15,
2493:18, 2493:22,
2494:5, 2494:8,
2494:9, 2494:11,
2494:12, 2494:17,
2494:23, 2495:4,
2495:5, 2495:6,
2495:9, 2495:12,
2495:13, 2495:21,
2495:23, 2496:11,
2496:22, 2497:1,
2497:3, 2497:14,
2497:16, 2497:23,
2498:3, 2499:24,
2500:21, 2501:7,
2501:8, 2501:25,
2502:1, 2503:6,
2503:17, 2505:12,
2506:11, 2508:10,
2508:13, 2508:14,
2508:18, 2512:18,
2518:17, 2519:20,
2519:23, 2523:13,
2524:1, 2524:3,

2525:4, 2526:20,
2530:22, 2530:25,
2531:2, 2538:18,
2542:25, 2543:2,
2543:5, 2543:6,
2545:19, 2546:1,
2546:12, 2546:18,
2546:19, 2546:25,
2547:4, 2549:11,
2549:15, 2549:18,
2549:21, 2549:24,
2550:1, 2550:4,
2550:16, 2552:2,
2552:14, 2552:20,
2552:25, 2553:2,
2553:12, 2553:18,
2553:22, 2553:23,
2554:10, 2554:12,
2555:16, 2555:23,
2556:2, 2556:4,
2556:11, 2562:6,
2563:14, 2563:21,
2566:6, 2566:8,
2566:11, 2566:23,
2567:9, 2567:14,
2567:23, 2567:24,
2568:8, 2569:11,
2569:15, 2569:22,
2571:2, 2571:4,
2571:20, 2571:24,
2572:2, 2573:4,
2573:23, 2574:1,
2574:7, 2574:12,
2576:20, 2576:25,
2579:12, 2579:17,
2579:19, 2580:3,
2580:4, 2580:16,
2580:19, 2580:21,
2581:2, 2581:5,
2581:8, 2581:10,
2581:11, 2581:12,
2581:20, 2582:2,
2582:15, 2582:19,
2582:20, 2582:25,
2583:10, 2583:11,
2584:15, 2584:23,
2585:5, 2585:11,
2585:14, 2585:21,
2586:3, 2586:6,
2586:10, 2586:19,
2586:21, 2586:22,
2587:4, 2588:1,
2588:4, 2591:3,
2591:12, 2591:15,
2591:19, 2591:22
   **cemented** [1] -
2551:23
   **cementer** [2] -
2489:8, 2564:19
   **cementer's** [2] -
2545:18, 2572:13

**cementers** [2] -
2480:16, 2506:5
   **Cementing** [3] -
2502:17, 2503:10,
2559:7
   **cementing** [40] -
2471:21, 2472:1,
2472:7, 2472:16,
2473:13, 2474:24,
2478:21, 2479:4,
2480:10, 2480:14,
2482:18, 2484:9,
2486:24, 2487:4,
2487:25, 2488:11,
2490:18, 2490:22,
2491:5, 2491:6,
2497:6, 2505:23,
2506:16, 2506:20,
2512:24, 2524:3,
2545:24, 2546:7,
2546:21, 2546:22,
2556:12, 2556:18,
2556:19, 2556:21,
2564:21, 2568:11,
2587:25, 2588:2,
2588:3, 2588:10
   **cementophysics** [1]
- 2475:22
   **CENTER** [1] -
2396:17
   **centralization** [4] -
2410:14, 2410:17,
2558:18, 2563:6
   **centralize** [2] -
2408:22, 2560:8
   **centralized** [2] -
2556:25, 2557:12
   **centralizer** [2] -
2560:12, 2560:16
   **centralizers** [22] -
2409:20, 2410:11,
2410:21, 2546:19,
2556:15, 2556:19,
2557:16, 2557:23,
2558:1, 2558:6,
2558:20, 2559:2,
2559:3, 2559:13,
2560:22, 2561:2,
2561:5, 2561:9,
2562:1, 2585:18,
2586:16
   **centralizing** [2] -
2556:21, 2559:15
   **CENTRE** [1] -
2395:14
   **CERNICH** [21] -
2393:10, 2575:3,
2576:12, 2577:14,
2577:18, 2577:25,
2578:2, 2578:6,

2578:13, 2578:16,
2579:8, 2579:10,
2587:6, 2587:8,
2590:1, 2590:7,
2590:13, 2590:16,
2590:17, 2591:1,
2592:2
   **Cernich** [6] - 2398:8,
2534:10, 2575:4,
2576:6, 2576:13,
2590:10
   **certain** [4] - 2453:13,
2534:10, 2555:16,
2571:13
   **certainly** [5] -
2416:25, 2480:18,
2483:8, 2530:23,
2547:8
   **CERTIFICATE** [1] -
2593:2
   **CERTIFIED** [1] -
2397:12
   **certify** [1] - 2593:5
   **chain** [2] - 2533:20,
2534:13
   **chaired** [1] - 2434:5
   **CHAKERES** [1] -
2393:11
   **chamber** [1] -
2453:21
   **chance** [1] - 2497:7
   **CHANG** - 2393:10
   **change** [15] -
2419:17, 2419:20,
2421:4, 2421:12,
2421:14, 2421:21,
2436:6, 2442:20,
2459:19, 2460:4,
2462:21, 2462:22,
2516:2, 2518:6
   **changed** [5] -
2504:2, 2504:8,
2515:23, 2528:19,
2528:22
   **changes** [3] -
2463:11, 2579:23
   **changing** [3] -
2468:12, 2519:17,
2522:20
   **channelling** [1] -
2561:6
   **characterization** [1]
- 2416:20
   **characterize** [3] -
2448:22, 2525:12,
2585:25
   **charge** [1] - 2478:11
   **charged** [1] -
2557:14
   **chart** [14] - 2447:19,

2447:21, 2486:6,
2507:2, 2524:22,
2524:24, 2553:5,
2553:11, 2554:4,
2555:9, 2577:11,
2577:15, 2577:17
   **charts** [1] - 2486:2
   **CHASE** [1] - 2396:4
   **check** [8] - 2436:14,
2448:14, 2532:4,
2533:16, 2575:15,
2577:12, 2578:9,
2578:10
   **checks** [1] - 2448:21
   **chemistry** [15] -
2405:18, 2408:9,
2408:11, 2408:14,
2409:15, 2466:15,
2475:21, 2482:25,
2483:4, 2491:21,
2491:22, 2492:1,
2492:4, 2492:7
   **Chevron** [32] -
2416:11, 2417:9,
2417:12, 2417:14,
2418:1, 2423:21,
2423:23, 2424:2,
2424:10, 2424:13,
2424:14, 2424:20,
2425:3, 2429:8,
2429:10, 2429:22,
2455:12, 2508:25,
2529:16, 2530:11,
2535:6, 2535:9,
2535:10, 2535:19,
2535:20, 2539:1,
2539:14, 2542:4,
2543:2, 2543:5,
2543:6, 2544:5
   **Chevron's** [3] -
2416:6, 2423:22,
2535:15
   **CHICAGO** [1] -
2395:9
   **chicken** [1] - 2492:9
   **choice** [2] - 2492:10,
2495:12
   **circle** [3] - 2583:20,
2583:23, 2584:3
   **circular** [2] -
2458:14, 2584:6
   **circulate** [3] -
2401:16, 2413:14,
2568:20
   **circulated** [10] -
2400:1, 2400:24,
2401:10, 2401:21,
2402:4, 2402:14,
2402:15, 2411:12,
2563:15, 2569:16

**circulating** [5] -
2411:4, 2411:6,
2413:11, 2446:12,
2563:13
   **circulation** [9] -
2411:10, 2412:10,
2413:3, 2414:2,
2494:19, 2494:22,
2568:11, 2569:9,
2585:9
   **cited** [1] - 2558:22
   **civil** [1] - 2533:19
   **CIVIL** [3] - 2390:8,
2393:4, 2393:15
   **clarified** [1] -
2542:18
   **clarify** [6] - 2471:15,
2496:19, 2533:2,
2534:9, 2555:12,
2556:22
   **clarifying** [3] -
2477:23, 2542:21,
2564:2
   **class** [2] - 2424:22,
2481:16
   **clean** [3] - 2519:5,
2564:16, 2565:21
   **cleaned** [1] - 2568:7
   **cleaner** [1] - 2568:23
   **cleaning** [1] - 2569:6
   **clear** [11] - 2407:2,
2411:7, 2427:8,
2428:10, 2455:25,
2456:15, 2477:12,
2495:9, 2507:10,
2548:16, 2584:11
   **clearance** [4] -
2553:17, 2554:1,
2559:22, 2560:5
   **clearly** [1] - 2581:12
   **clerk** [1] - 2399:13
   **CLERK** [1] - 2575:20
   **client** [1] - 2531:23
   **CLINGMAN** [1] -
2395:18
   **CLIP** [2] - 2489:20,
2499:9
   **close** [6] - 2448:15,
2448:19, 2466:16,
2467:9, 2495:22,
2568:2
   **closed** [1] - 2465:9
   **closely** [2] - 2412:13,
2505:19
   **closer** [1] - 2431:23
   **coalesce** [2] -
2493:23, 2494:2
   **Coast** [1] - 2533:13
   **Cocales** [4] -
2440:25, 2487:6,

2488:12, 2558:22
**collar** [6] - 2467:2, 2560:12, 2560:16, 2569:3, 2570:23, 2570:24
**colleague** [1] - 2402:8
**color** [1] - 2436:6
**column** [3] - 2415:5, 2415:12, 2415:17
**Columns** [1] - 2449:9
**combination** [1] - 2550:23
**come** [19] - 2400:15, 2407:22, 2422:21, 2454:22, 2462:17, 2464:1, 2470:10, 2496:18, 2503:4, 2532:25, 2541:2, 2541:7, 2541:8, 2555:9, 2558:24, 2558:25, 2566:25, 2576:10, 2592:12
**comes** [5] - 2492:6, 2524:25, 2545:18, 2579:20, 2583:21
**comfortable** [2] - 2473:10, 2560:25
**coming** [9] - 2424:11, 2471:16, 2495:2, 2532:20, 2538:22, 2559:16, 2571:23, 2579:20, 2584:6
**comment** [2] - 2515:3, 2575:9
**comments** [2] - 2449:9, 2466:13
**Commerce** [1] - 2488:18
**COMMERCIAL** [1] - 2393:21
**Commission** [1] - 2535:10
**Committee** [1] - 2488:17
**committees** [2] - 2487:11, 2487:12
**common** [2] - 2556:9, 2560:3
**communicate** [4] - 2474:10, 2474:13, 2476:9, 2486:14
**communication** [1] - 2520:11
**communications** [2] - 2442:12, 2474:17
**companies** [3] - 2472:18, 2491:4,

2518:17
**company** [10] - 2438:19, 2440:14, 2478:20, 2482:12, 2491:3, 2491:6, 2524:4, 2528:19, 2581:1, 2584:1
**COMPANY** [2] - 2394:20, 2440:5
**company's** [1] - 2469:15
**comparable** [1] - 2466:1
**compare** [2] - 2553:24, 2574:10
**compared** [2] - 2425:6, 2577:7
**comparing** [3] - 2427:6, 2509:7, 2553:6
**comparison** [2] - 2448:20, 2553:14
**compensated** [2] - 2445:2, 2445:5
**compete** [2] - 2482:13, 2482:14
**competency** [3] - 2487:24, 2487:25, 2488:8
**competent** [2] - 2488:10, 2488:11
**competing** [1] - 2545:25
**competition** [1] - 2546:4
**COMPLAINT** [1] - 2390:12
**complaints** [1] - 2590:19
**complete** [1] - 2534:24
**completely** [5] - 2414:1, 2532:11, 2532:22, 2542:3, 2567:10
**completion** [1] - 2495:21
**complicated** [1] - 2547:7
**complimentary** [1] - 2491:10
**components** [1] - 2476:4
**composition** [1] - 2482:12
**comprehensive** [3] - 2433:20, 2438:9, 2572:13
**compressed** [5] - 2421:17, 2463:8,

2463:10, 2463:21, 2493:22
**compression** [1] - 2493:15
**compressive** [30] - 2426:1, 2427:7, 2427:10, 2427:12, 2427:15, 2427:19, 2430:4, 2430:20, 2430:23, 2431:1, 2431:7, 2431:9, 2431:10, 2433:12, 2438:4, 2438:6, 2438:7, 2442:3, 2442:5, 2513:16, 2514:3, 2517:8, 2538:3, 2571:7, 2571:8, 2572:3, 2572:6, 2572:14, 2578:9
**Compressive** [1] - 2514:25
**compromise** [3] - 2469:8, 2469:12, 2469:19
**computer** [1] - 2557:5
**COMPUTER** [1] - 2397:17
**concentration** [3] - 2462:18, 2463:4, 2463:19
**concentrations** [3] - 2444:9, 2445:14, 2450:1
**concept** [1] - 2573:9
**concern** [6] - 2422:7, 2431:24, 2453:2, 2458:7, 2499:16, 2552:4
**concerning** [1] - 2542:25
**concerns** [3] - 2432:11, 2557:16, 2581:15
**concert** [1] - 2406:8
**conclude** [2] - 2423:24, 2424:1
**conclusion** [3] - 2454:23, 2544:4, 2561:1
**conclusions** [1] - 2562:19
**conclusively** [1] - 2431:9
**condition** [5] - 2410:2, 2546:2, 2552:24, 2553:1, 2569:8
**conditioned** [5] -

2447:10, 2515:8, 2516:5, 2527:4, 2527:8
**conditioning** [19] - 2447:1, 2447:15, 2519:11, 2519:12, 2519:13, 2519:15, 2519:18, 2522:12, 2522:15, 2522:16, 2522:19, 2522:22, 2522:24, 2523:17, 2523:21, 2527:14, 2536:24, 2537:16, 2537:23
**conditions** [21] - 2405:7, 2405:25, 2409:3, 2419:20, 2421:11, 2430:11, 2431:2, 2431:3, 2431:11, 2432:3, 2442:21, 2450:15, 2450:16, 2464:20, 2505:13, 2505:20, 2505:23, 2530:23, 2549:17, 2568:16, 2589:6
**conduct** [1] - 2439:18
**conducted** [10] - 2416:19, 2419:3, 2419:4, 2427:6, 2429:24, 2432:13, 2446:2, 2449:20, 2451:10, 2455:8
**conducting** [3] - 2406:20, 2416:11, 2435:8
**confidence** [1] - 2587:20
**confined** [1] - 2465:9
**confirm** [2] - 2406:7, 2427:10
**confirmed** [1] - 2535:15
**confirming** [1] - 2401:7
**conflict** [1] - 2485:9
**confuse** [1] - 2433:19
**confused** [1] - 2500:19
**confusing** [2] - 2433:16, 2512:20
**confusion** [2] - 2427:14, 2427:25
**Congress** [1] - 2489:3
**connect** [2] - 2406:14, 2534:5
**ConocoPhillips** [2] -

2473:4, 2476:13
**CONRAD** [1] - 2392:7
**conservative** [1] - 2457:22
**consider** [5] - 2437:3, 2457:3, 2466:13, 2494:23, 2501:1
**considerably** [1] - 2450:25
**considered** [4] - 2466:23, 2467:1, 2560:6, 2581:7
**consistent** [12] - 2429:5, 2429:6, 2472:15, 2475:16, 2475:19, 2485:3, 2485:8, 2499:6, 2500:2, 2507:6, 2507:7, 2522:12
**consistently** [1] - 2423:3
**consistometer** [1] - 2536:25
**constant** [1] - 2504:4
**constituent** [1] - 2482:11
**constitutional** [1] - 2489:6
**constraints** [1] - 2550:17
**constraints/ boundary** [1] - 2589:6
**consulted** [1] - 2527:3
**contact** [2] - 2474:24, 2490:5
**contacted** [1] - 2526:16
**contacts** [2] - 2472:11, 2472:12
**contain** [2] - 2465:5, 2588:25
**contained** [1] - 2459:5
**contaminate** [1] - 2413:23
**contamination** [1] - 2497:7
**content** [5] - 2450:25, 2462:13, 2555:17, 2574:10, 2589:11
**contents** [1] - 2559:12
**contested** [1] - 2543:2
**context** [5] - 2444:5, 2449:15, 2463:2,

2542:24, 2576:19
 **continually** [1] -
2499:3
 **continue** [1] -
2426:14
 **CONTINUED** [6] -
2392:1, 2393:1,
2394:1, 2395:1,
2396:1, 2397:1
 **continuous** [1] -
2571:18
 **contract** [10] -
2422:24, 2437:13,
2439:20, 2480:19,
2546:14, 2546:16,
2578:11, 2578:24,
2578:25, 2579:2
 **contractor** [18] -
2476:3, 2476:6,
2476:9, 2476:15,
2476:18, 2476:25,
2477:5, 2477:18,
2477:19, 2478:1,
2478:9, 2479:5,
2480:10, 2481:16,
2484:18, 2484:23,
2495:23
 **contractor's** [1] -
2478:21
 **contractors** [1] -
2472:11
 **contributed** [3] -
2468:15, 2468:23,
2469:1
 **control** [7] - 2403:24,
2410:24, 2440:2,
2456:10, 2530:21,
2531:3, 2531:5
 **controlling** [1] -
2461:14
 **controls** [1] -
2409:17
 **convention** [1] -
2571:19
 **conventional** [1] -
2493:16
 **conversation** [1] -
2588:3
 **conversations** [2] -
2545:22, 2546:7
 **converse** [1] -
2404:25
 **conversion** [1] -
2569:3
 **convert** [1] - 2451:18
 **converted** [3] -
2451:25, 2452:1
 **cooker** [1] - 2550:20
 **core** [2] - 2562:2,
2568:11

 **COREY** [1] - 2394:4
 **CORPORATE** [1] -
2392:8
 **CORPORATION** [1] -
2396:11
 **correct** [596] -
2403:15, 2403:18,
2403:21, 2404:16,
2404:19, 2404:20,
2405:2, 2405:5,
2405:8, 2405:11,
2405:12, 2405:15,
2405:20, 2405:21,
2405:23, 2405:25,
2406:3, 2406:4,
2406:7, 2406:15,
2406:21, 2407:10,
2407:13, 2408:6,
2408:19, 2408:22,
2409:1, 2409:12,
2409:17, 2410:1,
2410:18, 2410:19,
2410:24, 2410:25,
2411:16, 2412:8,
2413:9, 2413:15,
2413:21, 2413:22,
2414:10, 2415:11,
2415:25, 2416:2,
2416:5, 2416:6,
2416:8, 2417:7,
2417:20, 2418:3,
2418:14, 2418:17,
2418:18, 2418:20,
2419:14, 2419:15,
2419:21, 2420:11,
2420:14, 2420:17,
2420:18, 2420:20,
2420:21, 2420:22,
2420:23, 2421:1,
2421:2, 2421:4,
2421:5, 2421:8,
2422:8, 2422:12,
2422:13, 2423:8,
2423:9, 2424:23,
2424:24, 2425:6,
2425:11, 2425:16,
2425:21, 2426:4,
2426:11, 2427:20,
2427:22, 2428:2,
2428:3, 2428:5,
2428:6, 2428:16,
2429:8, 2429:13,
2429:19, 2430:3,
2430:8, 2430:18,
2431:4, 2431:15,
2432:1, 2432:21,
2433:3, 2434:4,
2434:9, 2434:11,
2434:12, 2434:16,
2435:1, 2435:6,
2435:10, 2435:16,

2435:17, 2436:7,
2436:12, 2436:15,
2437:11, 2437:16,
2437:25, 2438:8,
2438:13, 2438:14,
2438:16, 2438:17,
2438:22, 2439:8,
2439:9, 2439:17,
2440:9, 2440:10,
2441:1, 2441:10,
2441:14, 2441:18,
2442:1, 2442:5,
2442:6, 2442:9,
2442:10, 2443:2,
2443:11, 2443:22,
2444:6, 2444:7,
2445:7, 2445:15,
2445:16, 2445:23,
2446:18, 2447:3,
2447:9, 2448:17,
2449:21, 2449:23,
2450:11, 2450:18,
2451:16, 2452:5,
2452:9, 2452:10,
2453:4, 2454:10,
2454:24, 2455:24,
2456:2, 2456:3,
2456:18, 2456:25,
2457:1, 2457:8,
2457:10, 2457:17,
2457:20, 2457:23,
2458:3, 2458:16,
2459:6, 2459:7,
2459:9, 2459:10,
2460:7, 2460:23,
2461:5, 2461:15,
2463:4, 2463:5,
2463:12, 2463:13,
2463:21, 2463:22,
2464:6, 2464:7,
2464:9, 2464:21,
2464:24, 2465:9,
2465:10, 2466:21,
2466:22, 2468:16,
2468:20, 2468:24,
2468:25, 2469:3,
2469:4, 2469:19,
2469:25, 2470:1,
2471:8, 2471:16,
2471:21, 2471:22,
2472:2, 2472:4,
2472:5, 2472:9,
2472:10, 2472:13,
2472:19, 2472:20,
2473:1, 2473:2,
2473:13, 2473:16,
2473:23, 2474:1,
2474:11, 2474:13,
2474:15, 2474:20,
2474:21, 2476:4,
2476:7, 2476:10,

2476:17, 2476:19,
2476:22, 2476:23,
2477:2, 2477:6,
2477:17, 2478:2,
2478:6, 2478:15,
2478:23, 2478:24,
2479:1, 2479:13,
2479:16, 2479:18,
2479:21, 2479:25,
2480:5, 2480:14,
2480:22, 2480:24,
2481:1, 2481:5,
2481:8, 2481:17,
2481:20, 2482:3,
2483:5, 2483:12,
2484:7, 2484:15,
2484:20, 2484:25,
2485:6, 2485:20,
2485:23, 2486:5,
2486:14, 2487:7,
2487:9, 2487:22,
2488:20, 2488:21,
2489:9, 2489:10,
2489:12, 2489:25,
2491:12, 2491:16,
2491:19, 2491:20,
2492:3, 2492:16,
2492:17, 2492:24,
2493:8, 2493:9,
2493:24, 2493:25,
2494:2, 2494:9,
2495:7, 2495:14,
2495:25, 2496:12,
2497:3, 2497:8,
2497:24, 2498:5,
2498:12, 2498:16,
2498:20, 2498:23,
2498:24, 2499:1,
2499:14, 2499:18,
2499:21, 2499:24,
2500:10, 2500:14,
2500:15, 2500:17,
2500:18, 2500:20,
2500:23, 2501:19,
2501:23, 2502:4,
2502:9, 2502:12,
2502:15, 2502:18,
2503:6, 2503:7,
2503:14, 2504:3,
2504:8, 2504:9,
2505:14, 2505:17,
2505:20, 2505:23,
2505:24, 2506:1,
2506:2, 2506:12,
2507:8, 2507:9,
2507:12, 2507:13,
2507:15, 2507:16,
2507:18, 2507:19,
2508:2, 2508:18,
2508:20, 2508:21,
2508:23, 2509:1,

2509:16, 2509:20,
2509:21, 2510:11,
2510:14, 2510:15,
2511:4, 2511:7,
2511:16, 2511:19,
2511:25, 2512:1,
2512:4, 2512:5,
2512:8, 2512:12,
2512:16, 2512:17,
2512:20, 2513:13,
2513:17, 2513:19,
2513:23, 2514:2,
2514:4, 2514:5,
2514:10, 2514:11,
2514:16, 2514:19,
2515:9, 2515:21,
2516:12, 2516:13,
2516:14, 2516:15,
2516:16, 2516:18,
2516:21, 2517:2,
2517:4, 2517:5,
2517:8, 2517:16,
2518:8, 2518:24,
2518:25, 2519:3,
2519:7, 2520:2,
2520:3, 2520:5,
2520:7, 2520:8,
2520:10, 2520:22,
2521:1, 2521:2,
2521:14, 2521:17,
2521:19, 2521:20,
2522:10, 2522:11,
2522:21, 2522:25,
2523:2, 2523:4,
2523:15, 2523:24,
2524:4, 2524:5,
2524:15, 2525:1,
2525:4, 2525:16,
2525:21, 2525:24,
2526:2, 2526:8,
2526:9, 2527:8,
2527:9, 2527:10,
2527:20, 2527:21,
2528:15, 2528:16,
2529:16, 2529:22,
2530:5, 2530:11,
2530:14, 2530:15,
2535:11, 2535:16,
2535:21, 2536:1,
2536:4, 2536:7,
2537:2, 2537:4,
2537:5, 2537:12,
2537:14, 2537:17,
2537:24, 2538:1,
2538:3, 2538:4,
2538:7, 2538:8,
2538:13, 2538:19,
2538:24, 2538:25,
2539:1, 2539:5,
2539:6, 2539:7,
2539:13, 2539:15,

2542:15, 2543:24, 2543:25, 2544:5, 2545:7, 2545:12, 2545:23, 2546:5, 2546:9, 2546:10, 2546:22, 2546:24, 2547:12, 2547:14, 2547:19, 2547:23, 2549:4, 2549:6, 2549:7, 2549:8, 2549:12, 2549:20, 2551:8, 2551:10, 2551:13, 2551:19, 2551:24, 2551:25, 2552:7, 2552:9, 2552:11, 2552:17, 2552:21, 2552:22, 2552:24, 2553:2, 2553:3, 2553:14, 2554:3, 2554:20, 2554:22, 2554:23, 2554:24, 2554:25, 2555:1, 2555:15, 2555:24, 2555:25, 2556:2, 2556:5, 2556:7, 2556:20, 2557:9, 2557:10, 2557:12, 2557:14, 2557:17, 2558:9, 2558:11, 2558:12, 2558:14, 2558:21, 2559:17, 2559:20, 2559:25, 2560:1, 2560:19, 2560:23, 2561:12, 2561:19, 2561:22, 2562:1, 2562:2, 2563:24, 2565:14, 2566:8, 2566:11, 2566:16, 2566:23, 2566:24, 2567:14, 2567:20, 2567:23, 2568:1, 2568:16, 2568:17, 2569:22, 2570:11, 2570:12, 2570:19, 2571:5, 2571:9, 2571:17, 2571:20, 2571:21, 2572:7, 2572:21, 2572:25, 2573:17, 2573:23, 2574:8, 2574:18, 2576:4, 2576:21, 2577:13, 2577:15, 2578:2, 2578:24, 2579:15, 2583:2, 2584:4, 2584:5, 2584:19, 2585:14, 2585:17, 2585:19, 2585:20, 2593:6
**corrected** [3] - 2561:9, 2561:23,

2562:16
**corrections** [2] - 2578:17, 2578:22
**correctly** [10] - 2407:21, 2408:14, 2433:24, 2463:17, 2463:18, 2578:8, 2582:17, 2582:22, 2587:21, 2589:12
**correlation** [1] - 2465:14
**correspondence** [1] - 2511:22
**cost** [3] - 2500:23, 2501:7, 2588:25
**could** [58] - 2403:20, 2405:2, 2407:22, 2410:15, 2413:20, 2423:23, 2423:25, 2425:2, 2433:16, 2443:1, 2454:11, 2454:22, 2470:1, 2470:8, 2471:10, 2474:15, 2474:16, 2492:22, 2495:16, 2502:23, 2508:4, 2510:1, 2511:8, 2518:5, 2518:6, 2521:16, 2522:2, 2530:18, 2531:1, 2532:7, 2536:13, 2540:22, 2546:5, 2547:21, 2548:16, 2552:3, 2552:14, 2552:16, 2556:1, 2558:4, 2559:5, 2561:7, 2562:24, 2565:9, 2580:4, 2581:19, 2581:22, 2582:4, 2582:13, 2584:13, 2584:18, 2584:24, 2585:4, 2586:8, 2587:6, 2587:11, 2588:14, 2591:19
**couldn't** [4] - 2410:14, 2513:2, 2577:22, 2582:25
**counsel** [6] - 2443:8, 2534:25, 2537:19, 2540:20, 2543:12, 2576:16
**counsel's** [2] - 2467:18, 2540:19
**Counselor** [2] - 2570:3, 2574:9
**counselor** [1] - 2433:10
**count** [1] - 2548:14
**counteract** [2] -

2503:22, 2504:6
**counterpart** [1] - 2472:6
**counting** [1] - 2535:23
**couple** [10] - 2402:20, 2412:10, 2412:12, 2418:8, 2431:21, 2518:1, 2536:6, 2549:24, 2550:22, 2551:17
**course** [2] - 2449:22, 2457:25
**COURT** [110] - 2390:1, 2397:12, 2399:6, 2399:7, 2399:16, 2399:22, 2400:4, 2400:10, 2400:17, 2400:19, 2401:3, 2401:5, 2401:10, 2401:17, 2401:25, 2402:5, 2402:12, 2402:17, 2402:22, 2403:6, 2412:19, 2412:23, 2413:1, 2414:19, 2414:24, 2421:10, 2421:14, 2422:3, 2454:18, 2455:1, 2458:17, 2458:20, 2460:18, 2462:1, 2466:12, 2467:7, 2467:10, 2467:14, 2467:17, 2467:21, 2467:23, 2470:23, 2490:7, 2490:11, 2499:7, 2504:12, 2504:14, 2504:18, 2504:19, 2505:5, 2510:23, 2531:5, 2531:11, 2531:14, 2531:17, 2531:21, 2532:15, 2533:1, 2533:24, 2534:2, 2534:7, 2534:15, 2535:3, 2540:18, 2540:24, 2541:2, 2541:14, 2541:19, 2541:22, 2541:24, 2542:2, 2542:14, 2542:17, 2543:17, 2549:23, 2550:3, 2550:8, 2550:11, 2550:15, 2550:25, 2562:11, 2570:2, 2570:6, 2574:23, 2574:25, 2575:2, 2575:5, 2575:9, 2575:16, 2575:25, 2576:2, 2576:7,

2577:17, 2577:21, 2577:23, 2578:1, 2578:5, 2578:22, 2579:2, 2579:6, 2579:9, 2590:6, 2590:10, 2590:14, 2590:25, 2591:25, 2592:3, 2592:5, 2592:8, 2592:11
**Court** [24] - 2400:15, 2404:2, 2410:11, 2410:12, 2410:15, 2413:7, 2414:12, 2416:13, 2419:16, 2432:19, 2448:2, 2456:15, 2468:2, 2498:17, 2518:5, 2533:5, 2533:23, 2548:15, 2579:3, 2584:15, 2591:7, 2593:4, 2593:5, 2593:13
**court** [3] - 2460:8, 2510:6, 2542:18
**Court's** [3] - 2419:7, 2459:3, 2534:10
**courtroom** [2] - 2429:16, 2429:17
**cover** [4] - 2416:17, 2552:3, 2552:23, 2576:14
**covered** [2] - 2468:9, 2532:6
**COVINGTON** [1] - 2395:3
**CRAFT** [1] - 2392:3
**Craig** [3] - 2429:7, 2429:25, 2543:3
**create** [2] - 2463:3, 2546:15
**created** [2] - 2418:16, 2486:3
**creates** [1] - 2436:3
**creating** [1] - 2408:24
**credit** [3] - 2500:22, 2501:3, 2501:7
**criminal** [1] - 2533:18
**criteria** [3] - 2456:16, 2510:25, 2511:2
**cross** [10] - 2399:24, 2401:21, 2402:3, 2402:8, 2403:4, 2403:5, 2414:19, 2468:5, 2542:8, 2543:11
**CROSS** [2] - 2403:7, 2467:25
**Cross** [2] - 2398:6,

2398:7
**cross-examination** [7] - 2399:24, 2402:3, 2403:5, 2414:19, 2468:5, 2542:8, 2543:11
**Cross-Examination** [2] - 2398:6, 2398:7
**CROSS-EXAMINATION** [2] - 2403:7, 2467:25
**cross-examined** [1] - 2402:8
**cross-examining** [1] - 2403:4
**CRR** [2] - 2397:12, 2593:12
**crush** [7] - 2433:20, 2438:6, 2442:5, 2513:16, 2514:3, 2538:3, 2571:7
**Crush** [1] - 2514:25
**crushed** [3] - 2430:4, 2431:7, 2433:12
**CSI** [11] - 2416:17, 2416:19, 2416:21, 2423:16, 2529:16, 2529:18, 2529:21, 2530:4, 2530:7, 2530:9, 2561:17
**CSI's** [1] - 2416:2
**cubes** [1] - 2538:9
**cubical** [3] - 2474:4, 2480:3, 2547:21
**cull** [1] - 2492:23
**culmination** [1] - 2586:7
**cumulative** [1] - 2569:1
**CUNNINGHAM** [2] - 2391:10, 2391:11
**Cunningham** [10] - 2472:22, 2473:5, 2587:12, 2587:16, 2587:23, 2587:25, 2588:16, 2588:22, 2589:18, 2590:2
**Cunningham's** [1] - 2590:1
**cure** [2] - 2432:23, 2433:1
**cured** [3] - 2434:2, 2507:14, 2538:18
**curing** [2] - 2433:1, 2453:20
**custodian** [1] - 2534:12
**custody** [2] - 2533:20, 2534:13
**customer** [2] -

2441:12, 2443:4
**customers** [1] - 2503:13
**cut** [6] - 2420:3, 2433:4, 2433:13, 2509:25, 2556:23, 2571:3
**cutting** [1] - 2575:7
**cylinder** [9] - 2432:23, 2433:13, 2434:22, 2453:21, 2527:14, 2527:17, 2527:23, 2527:24, 2544:17
**cylinders** [1] - 2537:7

# D

**D** [22] - 2394:10, 2395:22, 2398:1, 2443:11, 2443:13, 2444:6, 2475:3, 2501:11, 2511:8, 2515:25, 2524:24, 2529:6, 2563:21, 2569:15, 2582:2, 2582:16, 2582:21, 2583:1, 2583:5, 2583:6, 2583:18
**D-Air** [9] - 2443:11, 2443:13, 2444:6, 2501:11, 2515:25, 2582:2, 2582:16, 2582:21, 2583:1
**dad** [1] - 2588:8
**daily** [3] - 2474:23
**DALLAS** [1] - 2396:24
**damage** [1] - 2568:19
**damaged** [1] - 2570:24
**DANIEL** [1] - 2393:22
**dark** [1] - 2436:6
**Darryl** [1] - 2587:24
**data** [26] - 2403:14, 2404:3, 2404:6, 2404:8, 2407:25, 2425:18, 2426:5, 2428:9, 2428:10, 2437:4, 2449:10, 2452:11, 2454:22, 2455:12, 2505:12, 2505:13, 2512:3, 2513:7, 2517:22, 2525:6, 2542:19, 2543:6, 2561:15, 2570:20

**data's** [1] - 2505:16
**date** [2] - 2531:25, 2541:24
**dated** [6] - 2483:14, 2582:4, 2582:24, 2587:12, 2588:12, 2588:16
**DAUPHIN** [1] - 2391:11
**DAVID** [2] - 2396:15, 2396:16
**David** [2] - 2472:6, 2587:16
**Davis** [2] - 2400:18, 2402:9
**day** [10] - 2399:19, 2410:12, 2411:9, 2412:17, 2474:8, 2491:14, 2496:3, 2518:20, 2532:1, 2533:6
**DAY** [1] - 2390:20
**days** [4] - 2412:10, 2412:12, 2534:17, 2569:7
**DC** [4] - 2393:12, 2393:18, 2393:24, 2395:4
**DEANNA** [1] - 2393:10
**debris** [2] - 2411:10, 2569:3
**December** [3] - 2582:5, 2582:24, 2588:17
**decide** [2] - 2591:2, 2591:12
**decided** [2] - 2406:17, 2537:8
**decision** [5] - 2469:8, 2469:19, 2487:3, 2591:4, 2591:14
**decision-makers** [1] - 2487:3
**decisions** [1] - 2548:20
**decreases** [2] - 2420:20, 2420:22
**dedicated** [1] - 2473:5
**deep** [4] - 2405:20, 2429:18, 2429:21, 2568:13
**deeper** [2] - 2483:21
**DEEPWATER** [3] - 2390:5, 2395:12, 2395:13
**Deepwater** [3] - 2498:11, 2534:17,

2551:7
**defect** [2] - 2471:7, 2471:10
**defendants** [1] - 2534:22
**deference** [1] - 2498:17
**define** [2] - 2576:22, 2576:23
**defining** [3] - 2470:4, 2470:5, 2564:1
**definitely** [1] - 2420:1
**definition** [6] - 2467:18, 2563:17, 2563:20, 2563:24, 2564:15, 2580:17
**defoamer** [16] - 2443:7, 2443:13, 2443:21, 2444:5, 2444:8, 2444:21, 2444:24, 2444:25, 2445:4, 2445:14, 2445:18, 2501:17, 2501:23, 2503:17, 2503:24, 2504:7
**defoamers** [2] - 2501:10, 2503:6
**defoaming** [1] - 2501:13
**deg** [1] - 2582:20
**degradation** [1] - 2530:19
**degrade** [1] - 2530:22
**DEGRAVELLES** [2] - 2392:14, 2392:14
**degrees** [14] - 2428:2, 2431:18, 2438:21, 2446:12, 2446:21, 2447:2, 2447:8, 2523:5, 2523:7, 2523:14, 2523:17, 2524:16, 2527:4, 2536:25
**delay** [4] - 2437:20, 2532:8, 2532:19, 2532:23
**DELEMARRE** [1] - 2393:16
**Delta** [1] - 2456:19
**demonstrate** [1] - 2437:2
**demonstrative** [13] - 2448:24, 2475:4, 2488:16, 2502:25, 2503:8, 2511:8, 2544:19, 2551:1, 2577:6, 2577:16, 2578:3, 2579:7,

2583:6
**demonstratives** [1] - 2399:20
**DENISE** [1] - 2397:7
**denser** [3] - 2461:20, 2461:22, 2461:23
**densities** [3] - 2425:4, 2425:7, 2515:21
**density** [60] - 2403:24, 2433:8, 2433:9, 2434:1, 2436:5, 2436:9, 2436:14, 2441:21, 2441:22, 2448:7, 2448:11, 2448:15, 2451:22, 2452:4, 2452:8, 2452:25, 2453:1, 2453:3, 2453:14, 2454:7, 2456:19, 2457:5, 2457:16, 2458:6, 2458:7, 2461:7, 2461:8, 2461:18, 2463:14, 2492:12, 2492:16, 2494:25, 2507:25, 2508:1, 2508:9, 2508:10, 2508:16, 2509:6, 2509:7, 2509:23, 2509:24, 2510:3, 2510:8, 2510:13, 2511:3, 2513:22, 2513:25, 2516:11, 2516:12, 2516:14, 2522:18, 2537:7, 2562:24, 2563:2, 2579:23, 2580:2
**DEPARTMENT** [4] - 2393:3, 2393:8, 2393:14, 2393:20
**Department** [1] - 2534:18
**depend** [3] - 2476:18, 2523:1, 2523:20
**depended** [2] - 2476:3, 2476:6
**dependent** [1] - 2414:1
**depending** [6] - 2404:16, 2411:15, 2422:6, 2510:19, 2524:15, 2530:23
**depends** [1] - 2539:21
**deposition** [30] - 2416:10, 2429:7, 2429:14, 2446:24, 2455:15, 2466:25,

2467:1, 2474:7, 2477:13, 2482:24, 2488:20, 2488:22, 2488:23, 2489:1, 2489:5, 2489:7, 2489:8, 2489:9, 2489:11, 2489:17, 2490:12, 2514:22, 2517:19, 2523:8, 2526:6, 2526:13, 2540:7, 2540:9, 2541:13, 2570:20
**depositions** [1] - 2490:12
**Depot** [1] - 2421:24
**depth** [2] - 2450:12, 2564:8
**depths** [1] - 2564:7
**DEPUTY** [1] - 2575:20
**describe** [1] - 2557:21
**described** [4] - 2475:4, 2477:25, 2534:25, 2552:2
**describes** [3] - 2492:24, 2494:15, 2583:14
**describing** [3] - 2433:11, 2492:19, 2551:21
**description** [1] - 2493:24
**Design** [1] - 2483:25
**design** [40] - 2405:1, 2408:15, 2428:17, 2438:1, 2443:9, 2444:22, 2470:13, 2475:9, 2475:16, 2476:2, 2476:4, 2476:10, 2478:8, 2479:13, 2479:16, 2480:19, 2480:24, 2481:3, 2486:21, 2506:6, 2508:9, 2508:17, 2515:23, 2539:23, 2546:11, 2546:15, 2547:4, 2550:17, 2577:3, 2583:13, 2583:18, 2583:21, 2583:22, 2587:21, 2589:6, 2589:15, 2589:16, 2589:18
**designed** [9] - 2404:21, 2477:25, 2484:3, 2484:13, 2547:1, 2547:8, 2552:20, 2574:1, 2574:7

**designing** [5] -
2469:16, 2484:19,
2492:6, 2492:7,
2494:11
 **designs** [2] -
2444:16, 2589:1
 **despite** [2] -
2405:17, 2409:14
 **detail** [6] - 2504:24,
2536:1, 2546:17,
2557:15, 2573:20,
2573:21
 **detailed** [1] -
2532:11
 **details** [1] - 2541:16
 **determine** [8] -
2412:6, 2487:19,
2509:19, 2556:24,
2557:13, 2568:25,
2574:20, 2586:2
 **determined** [5] -
2429:11, 2440:4,
2520:2, 2550:3,
2550:5
 **determining** [3] -
2448:8, 2451:3,
2451:6
 **development** [2] -
2426:2, 2431:1
 **develops** [1] -
2482:17
 **DEXTER** [1] - 2394:5
 **diameter** [1] -
2559:19
 **Dick** [1] - 2399:11
 **dictate** [1] - 2555:17
 **dictated** [1] -
2549:21
 **dictates** [2] -
2550:11, 2550:13
 **did** [184] - 2401:12,
2401:15, 2403:16,
2403:19, 2404:2,
2408:1, 2408:2,
2410:2, 2412:23,
2412:25, 2413:4,
2413:6, 2416:7,
2416:10, 2416:12,
2416:22, 2416:23,
2416:24, 2416:25,
2417:14, 2417:15,
2418:1, 2418:19,
2418:20, 2425:12,
2426:22, 2427:5,
2430:5, 2434:19,
2436:20, 2437:1,
2438:9, 2439:10,
2441:3, 2441:5,
2442:12, 2442:17,
2442:20, 2444:15,

2447:20, 2447:24,
2452:18, 2454:4,
2454:5, 2455:3,
2455:6, 2456:14,
2461:1, 2464:1,
2464:3, 2464:4,
2464:17, 2466:8,
2466:23, 2469:7,
2469:20, 2472:1,
2472:7, 2473:21,
2476:21, 2478:22,
2482:19, 2486:7,
2486:8, 2488:5,
2488:6, 2488:7,
2488:10, 2488:24,
2488:25, 2489:1,
2489:4, 2489:13,
2496:6, 2497:11,
2497:14, 2497:15,
2497:16, 2497:18,
2497:20, 2497:21,
2497:22, 2498:20,
2498:21, 2499:11,
2500:6, 2500:7,
2500:8, 2500:9,
2500:12, 2500:20,
2501:2, 2503:19,
2506:23, 2506:25,
2508:19, 2509:2,
2516:2, 2516:23,
2516:24, 2517:19,
2519:11, 2520:9,
2520:19, 2521:7,
2521:10, 2521:22,
2522:14, 2522:22,
2523:7, 2523:8,
2525:14, 2525:17,
2530:11, 2530:13,
2534:25, 2535:21,
2535:23, 2536:2,
2536:5, 2536:7,
2536:13, 2537:6,
2538:3, 2538:23,
2539:1, 2540:1,
2540:2, 2541:9,
2545:6, 2546:11,
2546:25, 2547:3,
2560:16, 2560:24,
2561:21, 2561:25,
2562:2, 2562:4,
2562:5, 2562:7,
2562:21, 2562:22,
2563:2, 2563:4,
2563:12, 2566:10,
2569:15, 2569:17,
2569:24, 2570:7,
2571:1, 2574:14,
2580:12, 2580:21,
2581:7, 2581:10,
2581:11, 2582:17,
2582:21, 2582:23,

2584:12, 2584:20,
2585:21, 2585:22,
2586:10, 2586:15,
2587:21, 2587:22,
2589:11, 2589:13,
2591:2, 2591:5,
2591:8, 2591:9,
2591:12, 2591:14,
2592:8
 **didn't** [33] - 2409:23,
2412:10, 2423:16,
2427:10, 2433:19,
2437:23, 2438:2,
2438:13, 2439:18,
2447:21, 2454:1,
2469:14, 2469:18,
2477:1, 2477:6,
2477:13, 2480:2,
2480:9, 2487:21,
2488:22, 2490:9,
2501:1, 2501:5,
2526:6, 2529:14,
2531:7, 2540:4,
2544:5, 2547:11,
2547:17, 2570:7,
2578:25
 **differ** [1] - 2572:12
 **difference** [21] -
2407:15, 2427:24,
2429:17, 2458:5,
2458:8, 2458:10,
2459:11, 2459:13,
2459:15, 2459:24,
2459:25, 2462:19,
2509:23, 2510:3,
2510:9, 2510:13,
2511:3, 2516:16,
2518:2, 2519:24,
2572:20
 **differences** [6] -
2417:18, 2421:6,
2421:7, 2448:3,
2464:18, 2513:25
 **different** [45] -
2413:8, 2413:9,
2422:5, 2424:3,
2424:7, 2424:15,
2425:11, 2426:16,
2427:21, 2432:20,
2433:17, 2433:18,
2437:15, 2441:25,
2442:18, 2449:23,
2450:19, 2457:25,
2465:24, 2468:11,
2475:5, 2475:14,
2489:22, 2489:23,
2490:7, 2490:13,
2491:10, 2501:21,
2507:20, 2508:22,
2517:20, 2517:21,

2522:15, 2527:19,
2532:17, 2541:13,
2545:23, 2553:9,
2556:18, 2582:8,
2589:24
 **differentiate** [1] -
2438:6
 **differently** [3] -
2427:21, 2443:1,
2513:5
 **difficult** [4] - 2508:9,
2558:8, 2558:15,
2587:19
 **dimensions** [2] -
2560:12, 2560:17
 **dinner** [1] - 2405:15
 **direct** [3] - 2414:14,
2542:25, 2590:24
 **direction** [1] - 2460:4
 **directions** [2] -
2414:4, 2447:25
 **directly** [3] -
2407:11, 2479:16,
2540:20
 **disagree** [2] -
2490:24, 2491:13
 **discharge** [2] -
2481:20, 2580:17
 **discharged** [3] -
2481:15, 2580:9,
2580:15
 **disclosed** [1] -
2466:6
 **discount** [1] -
2415:22
 **discovered** [1] -
2455:22
 **discretion** [2] -
2429:24, 2457:19
 **discs** [2] - 2550:22,
2552:18
 **discuss** [3] -
2456:20, 2477:18
 **discussed** [5] -
2450:7, 2514:25,
2555:1, 2575:14,
2582:1
 **discusses** [1] -
2429:21
 **discussion** [2] -
2578:23, 2589:5
 **discussions** [1] -
2474:23
 **dismissive** [1] -
2548:12
 **dispersant** [1] -
2502:7
 **dispersants** [1] -
2502:3
 **dispersing** [2] -

2502:5, 2502:8
 **displace** [5] -
2409:24, 2411:23,
2413:19, 2413:20,
2493:12
 **displaced** [1] -
2410:3
 **displacement** [4] -
2411:2, 2493:1,
2493:3, 2493:7
 **dispute** [3] - 2548:4,
2558:4, 2558:8
 **disputing** [1] -
2401:13
 **disqualify** [2] -
2445:9, 2445:11
 **distance** [4] -
2555:24, 2561:6,
2566:4, 2566:22
 **distinct** [1] - 2534:21
 **distinction** [2] -
2407:2, 2433:19
 **distributed** [1] -
2399:25
 **distribution** [1] -
2433:7
 **District** [1] - 2593:5
 **DISTRICT** [3] -
2390:1, 2390:2,
2390:23
 **divided** [1] - 2567:11
 **DIVISION** [3] -
2393:4, 2393:8,
2393:15
 **Document** [2] -
2542:1, 2542:15
 **document** [39] -
2410:10, 2424:10,
2424:13, 2429:20,
2439:12, 2442:12,
2457:21, 2474:19,
2483:13, 2483:16,
2484:16, 2487:15,
2492:19, 2492:22,
2492:23, 2493:20,
2502:25, 2503:2,
2506:20, 2514:21,
2519:20, 2528:1,
2533:20, 2535:20,
2539:9, 2544:19,
2548:7, 2548:13,
2548:23, 2549:10,
2555:4, 2560:4,
2568:13, 2577:19,
2581:12, 2581:23,
2587:9, 2588:15,
2589:19
 **DOCUMENT** [1] -
2390:11
 **documentation** [1] -

2453:8

**documents** [20] - 2403:17, 2403:18, 2410:13, 2412:17, 2415:24, 2423:6, 2442:11, 2503:3, 2503:14, 2506:13, 2513:15, 2526:4, 2526:7, 2526:23, 2528:9, 2533:20, 2534:13, 2555:1, 2557:25, 2575:15

**does** [35] - 2414:5, 2421:14, 2441:19, 2445:9, 2457:15, 2457:16, 2457:17, 2476:14, 2502:5, 2509:16, 2517:14, 2522:13, 2523:9, 2523:21, 2524:18, 2525:6, 2527:24, 2544:23, 2545:1, 2549:1, 2549:2, 2557:21, 2565:11, 2565:16, 2571:10, 2573:9, 2573:11, 2573:12, 2574:15, 2578:11, 2579:18, 2580:18, 2580:20, 2589:21, 2592:10

**doesn't** [24] - 2415:2, 2421:23, 2438:6, 2438:7, 2439:12, 2445:11, 2457:18, 2464:13, 2464:14, 2464:15, 2470:13, 2477:19, 2477:20, 2490:13, 2496:20, 2510:24, 2511:2, 2534:13, 2537:11, 2548:14, 2556:4, 2562:11, 2571:8, 2579:22

**doing** [9] - 2405:10, 2445:22, 2456:10, 2461:13, 2516:11, 2536:9, 2551:15, 2564:18, 2588:9

**DOJ** [1] - 2532:14

**DOMENGEAUX** [1] - 2391:3

**DOMINION** [1] - 2392:4

**Don** [1] - 2400:22

**DON** [1] - 2394:21

**don't** [91] - 2400:10, 2400:13, 2400:19, 2406:3, 2410:16, 2414:20, 2427:25, 2433:12, 2440:6,

2447:18, 2455:20, 2458:5, 2458:18, 2459:23, 2466:1, 2466:6, 2466:7, 2467:5, 2470:19, 2474:2, 2474:4, 2480:1, 2480:4, 2480:18, 2482:10, 2483:1, 2487:9, 2491:1, 2491:7, 2491:13, 2493:23, 2496:15, 2499:4, 2504:14, 2506:3, 2511:10, 2514:6, 2514:21, 2515:16, 2520:11, 2520:17, 2525:11, 2527:12, 2528:13, 2529:18, 2529:23, 2529:24, 2530:9, 2531:6, 2531:8, 2531:19, 2531:25, 2533:3, 2533:9, 2533:10, 2533:14, 2533:15, 2534:20, 2534:22, 2539:20, 2539:21, 2540:24, 2541:16, 2548:4, 2548:11, 2549:14, 2555:2, 2555:5, 2556:1, 2557:19, 2558:4, 2558:8, 2559:3, 2560:2, 2569:6, 2569:10, 2569:19, 2570:3, 2570:6, 2570:18, 2570:24, 2573:20, 2574:10, 2578:12, 2578:18, 2580:17, 2583:17, 2584:10, 2584:24, 2586:8, 2587:18

**DONALD** [1] - 2396:22

**done** [57] - 2415:24, 2427:21, 2430:10, 2430:13, 2433:15, 2439:14, 2444:13, 2450:8, 2451:13, 2459:19, 2464:9, 2464:19, 2465:17, 2468:18, 2481:22, 2481:23, 2481:24, 2486:11, 2486:14, 2486:16, 2486:19, 2495:22, 2496:7, 2496:16, 2504:11, 2504:24, 2507:11, 2507:14, 2508:22, 2508:25, 2510:12, 2512:22, 2515:12, 2517:24, 2519:8,

2521:13, 2522:10, 2527:20, 2529:1, 2529:12, 2529:15, 2535:13, 2535:14, 2537:20, 2554:21, 2556:23, 2557:1, 2561:18, 2563:21, 2570:10, 2571:4, 2572:23, 2572:24, 2573:14, 2574:13, 2577:7, 2592:3

**door** [4] - 2510:4, 2540:22, 2542:11, 2543:16

**dots** [2] - 2406:14, 2534:5

**double** [2] - 2497:6, 2497:18

**doubt** [1] - 2486:9

**Doug** [1] - 2402:1

**DOUGLAS** [1] - 2394:15

**Dowell** [3] - 2471:15, 2528:16, 2528:18

**down** [34] - 2405:11, 2421:23, 2421:25, 2425:13, 2438:19, 2438:20, 2440:23, 2442:7, 2463:7, 2463:20, 2473:25, 2524:13, 2527:2, 2533:22, 2534:14, 2534:23, 2550:7, 2551:6, 2551:17, 2551:18, 2551:22, 2553:16, 2555:24, 2558:11, 2558:25, 2564:8, 2564:17, 2565:21, 2566:4, 2567:22, 2568:18, 2571:23, 2582:13, 2582:15

**downhole** [10] - 2405:7, 2431:1, 2431:3, 2431:11, 2432:3, 2450:15, 2450:20, 2463:3, 2470:18, 2573:16

**Doyen** [1] - 2402:8

**DOYEN** [1] - 2395:22

**Dr** [6] - 2436:20, 2487:14, 2523:6, 2523:9, 2540:3, 2544:3

**draw** [1] - 2448:20

**DRESCHER** [1] - 2391:18

**Dril** [1] - 2410:10

**Dril-Quip** [1] - 2410:10

**drill** [7] - 2480:11, 2483:9, 2551:5, 2558:10, 2558:14, 2565:12, 2565:15

**drilled** [5] - 2472:8, 2498:10, 2551:7, 2559:19, 2589:10

**DRILLING** [1] - 2395:12

**Drilling** [1] - 2587:17

**drilling** [16] - 2405:4, 2441:9, 2471:24, 2496:6, 2545:19, 2545:22, 2551:8, 2555:22, 2563:14, 2564:2, 2564:3, 2568:15, 2582:7, 2582:9, 2582:10, 2584:8

**DRIVE** [2] - 2392:4, 2392:8

**driven** [2] - 2549:24, 2549:25

**driver** [3] - 2430:20, 2430:22, 2430:23

**drives** [1] - 2553:4

**drop** [1] - 2431:14

**dropped** [1] - 2577:1

**drove** [1] - 2553:2

**dry** [2] - 2444:19, 2498:10

**dryers** [1] - 2421:17

**due** [2] - 2432:16, 2447:22, 2519:19

**Duke** [1] - 2399:23

**Duncan** [1] - 2506:10

**during** [15] - 2400:23, 2401:20, 2402:3, 2434:25, 2447:14, 2455:5, 2495:21, 2541:5, 2541:13, 2550:21, 2564:2, 2564:3, 2571:15, 2585:2, 2590:24

---

# E

**E** [4] - 2396:22, 2397:7, 2398:1, 2399:4

**e** [26] - 2440:24, 2441:8, 2474:10, 2474:19, 2487:25, 2488:5, 2488:6, 2495:16, 2496:15, 2511:18, 2511:18, 2512:11, 2512:14, 2528:1, 2558:22,

2581:19, 2582:4, 2582:13, 2582:24, 2583:4, 2587:11, 2588:12, 2588:15, 2590:18

**e-mail** [20] - 2440:24, 2441:8, 2474:10, 2474:19, 2488:5, 2488:6, 2495:16, 2496:15, 2558:22, 2581:19, 2582:4, 2582:13, 2582:24, 2583:4, 2587:11, 2588:12, 2588:15, 2590:18

**e-mailed** [2] - 2511:15, 2511:18

**e-mails** [4] - 2487:25, 2512:11, 2512:14, 2528:1

**each** [7] - 2416:14, 2421:3, 2457:12, 2488:1, 2575:10, 2577:12, 2585:1

**earlier** [5] - 2414:11, 2456:13, 2522:19, 2540:11, 2589:14

**early** [2] - 2441:16, 2592:13

**easier** [1] - 2566:19

**eastern** [1] - 2587:24

**Eastern** [1] - 2593:5

**EASTERN** [1] - 2390:2

**eat** [1] - 2501:7

**eating** [1] - 2500:23

**ECD** [2] - 2560:13, 2581:14

**ECD's** [2] - 2461:14, 2554:22

**EDWARDS** [1] - 2391:3

**effect** [1] - 2504:7

**effective** [3] - 2413:17, 2414:2, 2446:9

**effectively** [2] - 2409:24, 2415:18

**effects** [3] - 2444:8, 2445:5, 2445:18

**efficient** [4] - 2411:2, 2413:15, 2493:3, 2493:15

**effort** [1] - 2548:17

**efforts** [1] - 2405:17

**egg** [1] - 2492:9

**eight** [12] - 2424:14, 2424:21, 2425:4, 2428:14, 2438:10, 2450:5, 2559:19,

2559:21, 2559:22, 2560:3, 2572:3, 2572:7

**eight-and-a-half** [4] - 2559:19, 2559:21, 2559:22, 2560:3

**either** [10] - 2417:14, 2422:14, 2431:25, 2436:1, 2436:22, 2464:5, 2469:23, 2470:7, 2530:24, 2576:3

**elaborate** [1] - 2551:3

**element** [1] - 2555:12

**eliminate** [1] - 2497:7

**ELIZABETH** [1] - 2393:23

**ELLIS** [1] - 2395:6

**ELM** [1] - 2396:24

**ELMO** [1] - 2565:10

**else** [6] - 2404:12, 2494:19, 2506:10, 2513:10, 2569:13, 2585:9

**employee** [4] - 2469:14, 2469:15, 2473:18, 2491:3

**employees** [2] - 2478:13, 2478:14

**empowered** [1] - 2487:3

**en** [1] - 2435:19

**end** [6] - 2399:19, 2405:10, 2405:18, 2433:1, 2434:25, 2556:1

**ending** [1] - 2437:18

**ends** [1] - 2437:18

**energized** [2] - 2493:9, 2493:14

**Energy** [1] - 2488:17

**ENERGY** [2] - 2395:14, 2396:21

**energy** [2] - 2493:11, 2493:13

**ENFORCEMENT** [1] - 2393:9

**engineer** [5] - 2483:9, 2491:6, 2491:9, 2496:7, 2555:22

**engineering** [6] - 2511:22, 2546:1, 2546:8, 2546:21, 2555:22, 2587:21

**engineers** [22] - 2405:4, 2441:9,

2474:1, 2474:18, 2480:3, 2483:11, 2487:21, 2490:6, 2490:19, 2490:23, 2491:4, 2491:12, 2545:22, 2556:9, 2572:14, 2581:7, 2582:7, 2582:9, 2582:10, 2584:8, 2587:17, 2587:18

**engineers'** [1] - 2487:18

**Englebert** [2] - 2534:11

**enough** [7] - 2429:22, 2436:17, 2444:3, 2531:4, 2544:9, 2555:23, 2556:1

**ensure** [1] - 2498:3

**ensuring** [1] - 2466:17

**entered** [2] - 2541:3, 2542:4

**entire** [1] - 2588:10

**entitled** [2] - 2467:6, 2593:8

**entity** [1] - 2418:5

**entrain** [2] - 2435:20, 2465:11

**ENVIRONMENT** [1] - 2393:8

**environment** [7] - 2495:7, 2496:23, 2497:5, 2497:24, 2560:6, 2560:8

**environmental** [4] - 2419:20, 2421:11, 2518:6, 2519:2

**ENVIRONMENTAL** [1] - 2393:9

**equal** [1] - 2414:6

**equipment** [3] - 2459:21, 2485:17, 2577:3

**Erick** [2] - 2472:22, 2587:25

**error** [7] - 2454:12, 2455:23, 2456:7, 2488:23, 2489:1, 2520:2, 2520:9

**errors** [1] - 2563:8

**especially** [1] - 2421:25

**ESQ** [55] - 2391:3, 2391:7, 2391:11, 2391:14, 2391:18, 2391:22, 2392:3, 2392:7, 2392:11, 2392:14, 2392:18,

2392:21, 2393:4, 2393:9, 2393:10, 2393:10, 2393:11, 2393:11, 2393:15, 2393:16, 2393:16, 2393:17, 2393:17, 2393:22, 2393:22, 2393:23, 2394:4, 2394:5, 2394:15, 2394:15, 2394:21, 2395:3, 2395:7, 2395:7, 2395:8, 2395:14, 2395:18, 2395:18, 2395:22, 2395:22, 2395:23, 2396:3, 2396:7, 2396:12, 2396:15, 2396:16, 2396:16, 2396:17, 2396:22, 2396:23, 2397:3, 2397:7, 2397:7, 2397:8

**essentially** [2] - 2440:15, 2471:25

**ET** [2] - 2390:13, 2390:16

**evaluate** [12] - 2405:22, 2406:5, 2406:17, 2406:19, 2433:7, 2433:9, 2480:20, 2481:7, 2481:10, 2488:8, 2569:9, 2588:10

**evaluated** [3] - 2403:18, 2412:6, 2487:18

**evaluating** [1] - 2434:15

**evaluation** [2] - 2475:10, 2481:9

**even** [15] - 2423:16, 2429:15, 2429:16, 2432:7, 2437:1, 2450:12, 2457:13, 2464:14, 2482:18, 2506:7, 2513:2, 2533:16, 2554:15, 2566:15, 2575:9

**evening** [2] - 2400:25, 2401:12

**ever** [21] - 2442:12, 2442:17, 2442:20, 2494:9, 2504:8, 2514:18, 2515:14, 2521:5, 2521:10, 2526:23, 2529:1, 2529:3, 2529:7, 2530:20, 2546:11, 2549:14, 2561:8, 2562:16, 2574:16,

2586:10, 2586:15

**every** [9] - 2471:23, 2472:2, 2472:7, 2472:8, 2474:8, 2491:14, 2518:20, 2536:3, 2541:16

**everybody** [1] - 2402:21

**everybody's** [1] - 2534:8

**everyone** [3] - 2399:7, 2400:24, 2504:19

**everything** [3] - 2461:13, 2524:3, 2524:6

**everywhere** [1] - 2564:15

**evidence** [16] - 2447:6, 2461:10, 2500:6, 2500:9, 2500:12, 2500:16, 2504:7, 2521:24, 2528:9, 2531:11, 2534:12, 2534:19, 2562:8, 2579:2, 2581:7, 2581:11

**exacerbate** [1] - 2561:7

**exact** [3] - 2425:10, 2531:25, 2573:7

**exactly** [6] - 2404:8, 2412:8, 2416:13, 2439:6, 2522:14, 2554:3

**exam** [1] - 2590:24

**examination** [10] - 2399:17, 2399:24, 2400:24, 2402:3, 2403:5, 2414:14, 2414:19, 2468:5, 2542:8, 2543:11

**EXAMINATION** [3] - 2403:7, 2467:25, 2576:11

**Examination** [3] - 2398:6, 2398:7, 2398:8

**examined** [2] - 2402:8, 2485:6

**examining** [1] - 2403:4

**example** [11] - 2408:17, 2421:17, 2424:10, 2425:9, 2426:5, 2433:25, 2456:9, 2462:19, 2477:8, 2537:10, 2589:4

**exceeds** [1] -

2438:21

**excellent** [2] - 2403:24, 2463:15

**exception** [2] - 2410:10, 2425:14

**exceptions** [2] - 2418:4

**excessive** [2] - 2435:25, 2439:4

**exclude** [2] - 2542:21, 2543:8

**excluded** [2] - 2562:4, 2562:7

**excluding** [1] - 2565:12

**exclusion** [1] - 2423:4

**excuse** [3] - 2490:1, 2490:7, 2582:8

**execute** [6] - 2478:9, 2478:11, 2478:12, 2480:19, 2481:5, 2584:4

**executed** [5] - 2404:22, 2478:22, 2481:8, 2570:11, 2583:21

**executing** [2] - 2475:6, 2475:14

**execution** [7] - 2403:15, 2404:3, 2405:1, 2463:15, 2475:9, 2479:4, 2584:9

**exhibit** [3] - 2399:10, 2511:9, 2544:19

**Exhibit** [9] - 2483:14, 2492:18, 2581:18, 2581:22, 2583:5, 2587:7, 2590:7, 2590:8, 2590:18

**exhibits** [17] - 2399:11, 2399:17, 2399:25, 2400:3, 2400:4, 2400:23, 2401:5, 2401:20, 2402:2, 2402:6, 2402:10, 2402:18, 2575:13, 2575:16, 2575:23, 2576:3, 2576:7

**exists** [3] - 2501:19, 2501:20, 2543:3

**expand** [2] - 2493:23, 2552:11

**expands** [1] - 2462:24

**expect** [24] - 2428:9, 2439:13, 2442:23, 2442:24, 2443:4,

2453:13, 2453:14,
2453:17, 2453:21,
2455:4, 2461:24,
2476:25, 2477:17,
2479:3, 2479:7,
2479:8, 2479:15,
2483:8, 2484:17,
2486:13, 2497:22,
2584:25, 2586:9,
2588:3
  **expectation** [7] -
2477:5, 2478:4,
2478:17, 2478:18,
2479:6, 2491:5,
2591:22
  **expectations** [2] -
2505:4, 2505:11
  **expected** [5] -
2473:5, 2473:7,
2486:19, 2498:4,
2539:16
  **expecting** [1] -
2538:10
  **experience** [8] -
2472:15, 2473:3,
2476:2, 2491:11,
2510:6, 2510:8,
2545:21, 2587:19
  **expert** [15] - 2404:1,
2441:4, 2472:1,
2472:7, 2487:4,
2488:10, 2489:6,
2490:22, 2502:12,
2512:18, 2513:2,
2523:13, 2542:22,
2562:7, 2574:13
  **expertise** [14] -
2480:14, 2480:24,
2481:1, 2481:3,
2481:5, 2481:7,
2488:13, 2490:18,
2491:5, 2491:7,
2491:8, 2491:16,
2491:19, 2562:4
  **experts** [4] -
2472:16, 2482:18,
2509:18, 2531:1
  **explain** [2] -
2419:16, 2579:16
  **explanation** [1] -
2455:20
  **explicitly** [1] -
2590:24
  **EXPLORATION** [2] -
2390:15, 2394:19
  **express** [2] -
2412:23, 2459:23
  **expressed** [5] -
2412:16, 2412:20,
2412:21, 2414:5,

2466:11
  **expressing** [1] -
2460:2
  **expressly** [5] -
2413:4, 2414:8,
2422:24, 2503:6,
2540:21
  **extend** [1] - 2438:20
  **extended** [1] -
2429:12
  **extent** [6] - 2408:21,
2409:10, 2430:23,
2439:13, 2487:16,
2504:6
  **extreme** [1] -
2494:19
  **Exxon** [7] - 2471:23,
2528:20, 2528:21,
2569:15, 2569:24,
2570:2, 2570:7
  **ExxonMobil** [21] -
2471:14, 2471:20,
2472:1, 2472:8,
2472:11, 2473:1,
2473:4, 2473:10,
2476:2, 2476:3,
2476:6, 2476:9,
2476:13, 2476:19,
2476:21, 2476:24,
2477:17, 2478:4,
2478:8, 2478:17,
2478:25
  **eyes** [1] - 2563:18
  **EZ** [1] - 2582:16
  **EZ-Flow** [1] -
2582:16

# F

  **fact** [39] - 2403:23,
2407:25, 2414:8,
2415:16, 2422:10,
2422:23, 2424:2,
2427:6, 2443:15,
2444:11, 2447:7,
2450:1, 2452:18,
2453:20, 2454:6,
2454:11, 2454:13,
2455:22, 2455:23,
2456:9, 2485:3,
2486:8, 2494:15,
2499:11, 2511:15,
2520:2, 2533:5,
2542:23, 2543:3,
2543:4, 2543:6,
2548:7, 2548:19,
2557:12, 2562:11,
2581:11, 2586:2,
2591:14
  **factor** [1] - 2556:10

factors [2] - 2414:3,
2519:2
  **factual** [2] - 2541:4,
2541:10
  **fail** [2] - 2406:3,
2470:1
  **failed** [10] - 2449:12,
2469:22, 2515:13,
2515:15, 2520:7,
2521:9, 2521:11,
2574:1, 2574:7
  **failing** [1] - 2506:8
  **fails** [1] - 2404:22
  **failure** [11] - 2415:2,
2468:15, 2468:24,
2469:2, 2470:3,
2470:4, 2470:15,
2471:10, 2505:22,
2505:23, 2573:21
  **fair** [53] - 2407:2,
2407:9, 2415:18,
2415:19, 2416:20,
2425:20, 2426:7,
2427:5, 2427:14,
2428:18, 2428:19,
2429:22, 2432:24,
2433:19, 2436:17,
2439:18, 2440:6,
2444:3, 2445:4,
2448:12, 2448:13,
2448:22, 2448:23,
2452:25, 2454:14,
2454:17, 2469:6,
2469:24, 2475:13,
2477:4, 2478:18,
2479:15, 2479:17,
2480:8, 2487:16,
2501:8, 2501:9,
2506:8, 2506:9,
2507:22, 2507:23,
2518:9, 2524:14,
2531:4, 2544:9,
2545:17, 2570:23,
2572:15, 2573:6,
2573:16, 2574:10,
2585:25, 2586:1
  **fairly** [2] - 2408:5,
2409:22
  **fairness** [2] -
2404:25, 2466:20
  **faith** [1] - 2496:13
  **Fall** [5] - 2526:14,
2526:16, 2527:3,
2527:12
  **fall** [1] - 2526:14
  **false** [1] - 2426:23
  **familiar** [9] - 2449:6,
2451:19, 2496:1,
2511:14, 2520:13,
2525:13, 2555:18,

2572:1, 2580:14
  **FANNIN** [1] -
2395:19
  **far** [2] - 2403:20,
2464:11
  **Farenheit** [1] -
2446:22
  **farming** [1] - 2588:9
  **fast** [2] - 2439:23,
2506:25
  **fault** [1] - 2530:3
  **February** [17] -
2441:9, 2449:20,
2450:8, 2450:23,
2451:13, 2451:15,
2486:12, 2504:3,
2513:12, 2514:14,
2515:18, 2519:21,
2520:24, 2520:25,
2542:1, 2574:8,
2574:9
  **feed** [1] - 2505:6
  **feedback** [1] -
2588:24
  **feet** [12] - 2483:21,
2550:5, 2550:9,
2550:12, 2550:13,
2551:22, 2552:20,
2554:1, 2555:14,
2563:23
  **few** [8] - 2471:13,
2487:25, 2488:3,
2507:1, 2545:16,
2551:2, 2576:15
  **field** [5] - 2459:20,
2506:5, 2506:6,
2506:8, 2508:10
  **figure** [2] - 2466:18,
2579:3
  **final** [4] - 2419:3,
2458:6, 2487:2,
2510:12
  **finalized** [1] - 2478:8
  **finally** [1] - 2573:19
  **financials** [1] -
2501:5
  **find** [13] - 2405:23,
2416:16, 2432:18,
2439:10, 2466:1,
2470:5, 2520:19,
2529:18, 2529:24,
2530:3, 2533:11,
2536:13, 2542:2
  **finding** [4] - 2532:4,
2535:15, 2536:9,
2537:18
  **fine** [6] - 2400:20,
2401:8, 2403:10,
2421:19, 2467:22,
2560:7

  **finish** [3] - 2400:17,
2538:5, 2551:8
  **fired** [1] - 2461:1
  **FIRM** [2] - 2392:10,
2392:21
  **firm** [1] - 2517:13
  **first** [23] - 2403:14,
2448:11, 2451:15,
2455:7, 2458:22,
2461:19, 2492:6,
2492:11, 2511:10,
2511:15, 2513:12,
2515:11, 2517:23,
2519:11, 2522:4,
2536:23, 2537:20,
2573:12, 2573:25,
2580:25, 2582:14,
2583:18, 2587:15
  **five** [1] - 2534:18
  **fix** [2] - 2494:19,
2494:21
  **Fleece** [2] - 2496:6,
2582:6
  **float** [5] - 2407:9,
2467:2, 2569:3,
2570:23, 2570:24
  **floats** [1] - 2570:14
  **floor** [3] - 2462:15,
2462:18, 2473:25
  **FLOOR** [3] -
2391:22, 2393:5,
2395:23
  **Flow** [1] - 2582:16
  **flow** [4] - 2408:24,
2415:14, 2560:25,
2561:14
  **flowing** [1] - 2407:22
  **Flows** [1] - 2440:2
  **FLOYD** [1] - 2396:22
  **fluff** [1] - 2421:22
  **fluid** [21] - 2409:24,
2435:15, 2438:15,
2493:3, 2493:9,
2493:14, 2538:22,
2538:23, 2539:9,
2539:10, 2539:11,
2539:15, 2539:17,
2539:18, 2539:22,
2552:6, 2578:11,
2578:13, 2578:14
  **fluids** [2] - 2470:10,
2501:14
  **flushed** [5] -
2567:10, 2567:13,
2567:16, 2568:24
  **foam** [180] - 2404:4,
2418:19, 2419:4,
2419:9, 2423:18,
2423:22, 2424:15,
2425:4, 2430:14,

2431:7, 2432:11,
2432:12, 2432:20,
2432:22, 2432:23,
2433:11, 2433:21,
2433:24, 2434:15,
2434:16, 2434:18,
2434:21, 2435:8,
2435:13, 2436:17,
2436:25, 2437:3,
2437:4, 2439:2,
2439:5, 2439:7,
2439:10, 2439:12,
2439:14, 2439:20,
2440:12, 2440:17,
2441:23, 2443:10,
2443:17, 2444:1,
2444:2, 2444:3,
2444:18, 2444:21,
2445:5, 2445:10,
2445:25, 2446:2,
2448:2, 2448:7,
2448:19, 2449:1,
2451:10, 2456:16,
2457:3, 2458:6,
2458:7, 2458:13,
2459:8, 2459:25,
2460:10, 2462:9,
2462:13, 2463:11,
2465:1, 2465:18,
2465:21, 2479:23,
2480:5, 2480:6,
2480:22, 2481:3,
2481:5, 2483:20,
2486:11, 2486:13,
2486:14, 2486:16,
2486:17, 2487:22,
2492:11, 2492:12,
2492:15, 2492:24,
2493:1, 2493:6,
2493:15, 2493:24,
2494:12, 2494:17,
2494:23, 2495:4,
2495:5, 2495:6,
2495:9, 2495:12,
2495:13, 2495:20,
2495:23, 2496:11,
2496:22, 2497:9,
2497:23, 2498:3,
2498:22, 2499:1,
2499:24, 2501:14,
2501:18, 2501:20,
2501:23, 2501:25,
2502:1, 2503:6,
2503:17, 2506:13,
2506:17, 2506:20,
2506:24, 2507:3,
2508:8, 2508:20,
2509:1, 2509:7,
2510:12, 2511:23,
2511:24, 2512:3,
2512:8, 2512:16,

2513:3, 2513:12,
2513:19, 2513:22,
2514:1, 2515:17,
2516:19, 2521:16,
2521:21, 2522:4,
2522:7, 2523:18,
2524:19, 2525:4,
2525:14, 2526:20,
2526:21, 2526:25,
2527:4, 2527:22,
2528:25, 2535:11,
2535:16, 2535:21,
2536:15, 2539:18,
2539:19, 2543:23,
2546:19, 2547:11,
2547:12, 2547:14,
2547:17, 2547:19,
2553:12, 2553:22,
2553:23, 2579:18,
2579:19, 2581:5,
2581:8, 2581:10,
2581:11, 2581:12,
2581:19, 2582:2
**Foam** [1] - 2419:12
**Foamed** [1] - 2515:3
**foamed** [4] - 2496:4,
2507:18, 2508:10,
2545:6
**foamer** [2] - 2444:23,
2503:22
**foaming** [8] -
2434:22, 2445:6,
2447:2, 2499:16,
2500:4, 2537:22,
2582:21, 2583:1
**focus** [5] - 2424:14,
2433:21, 2526:13,
2582:13, 2587:11
**focused** [1] -
2461:14
**folks** [2] - 2533:19,
2582:7
**followed** [1] -
2464:15
**following** [3] -
2457:19, 2527:14,
2562:9
**FOLLOWS** [2] -
2489:21, 2499:10
**food** [3] - 2471:1,
2471:2, 2471:6
**foot** [1] - 2550:3
**for** [260] - 2399:10,
2399:11, 2399:12,
2399:18, 2399:24,
2400:1, 2400:2,
2400:7, 2400:21,
2400:22, 2401:1,
2401:22, 2402:7,
2402:14, 2402:19,

2403:3, 2404:1,
2406:24, 2408:17,
2410:22, 2411:17,
2412:10, 2414:3,
2415:3, 2416:11,
2417:5, 2418:16,
2420:7, 2420:24,
2421:14, 2421:17,
2421:21, 2421:25,
2422:11, 2422:16,
2422:19, 2422:25,
2424:8, 2424:18,
2425:18, 2425:19,
2426:5, 2426:13,
2426:22, 2427:1,
2428:22, 2429:3,
2429:11, 2429:18,
2429:21, 2431:13,
2431:21, 2431:22,
2432:2, 2433:14,
2433:16, 2433:24,
2434:6, 2434:14,
2434:23, 2435:8,
2435:12, 2437:20,
2438:25, 2439:20,
2440:2, 2441:4,
2441:11, 2443:10,
2443:17, 2444:23,
2445:2, 2446:8,
2447:10, 2447:25,
2448:8, 2448:16,
2448:19, 2450:2,
2450:3, 2450:10,
2451:2, 2451:6,
2452:15, 2453:21,
2453:25, 2454:6,
2454:25, 2456:15,
2457:15, 2459:25,
2460:5, 2460:16,
2461:17, 2462:19,
2463:1, 2464:14,
2467:11, 2467:15,
2467:20, 2468:22,
2471:21, 2472:8,
2472:12, 2472:18,
2475:5, 2477:8,
2478:2, 2478:18,
2478:25, 2479:15,
2479:23, 2480:8,
2480:18, 2480:20,
2481:12, 2481:19,
2481:20, 2482:25,
2484:17, 2488:12,
2488:20, 2489:15,
2490:3, 2490:5,
2490:12, 2491:3,
2491:6, 2491:8,
2491:16, 2491:18,
2492:12, 2494:11,
2494:14, 2494:19,
2494:23, 2494:24,

2495:12, 2496:6,
2496:7, 2496:11,
2496:14, 2497:11,
2498:15, 2499:12,
2500:9, 2500:22,
2501:7, 2503:4,
2503:5, 2504:14,
2505:11, 2506:6,
2506:20, 2507:3,
2507:10, 2508:13,
2508:14, 2508:15,
2508:18, 2509:22,
2510:1, 2511:11,
2512:8, 2513:16,
2514:24, 2516:7,
2517:6, 2517:12,
2517:14, 2517:25,
2519:2, 2521:4,
2521:5, 2523:9,
2523:10, 2523:17,
2524:18, 2526:1,
2527:4, 2527:8,
2527:14, 2527:17,
2528:21, 2529:10,
2530:7, 2532:16,
2532:18, 2534:3,
2535:2, 2535:9,
2535:21, 2536:23,
2536:25, 2538:9,
2538:16, 2538:23,
2540:12, 2543:12,
2545:12, 2546:15,
2550:17, 2551:15,
2553:9, 2553:12,
2553:23, 2554:10,
2554:12, 2555:20,
2556:9, 2556:18,
2560:21, 2561:15,
2562:5, 2562:7,
2562:24, 2563:2,
2563:13, 2563:21,
2564:2, 2564:9,
2564:21, 2564:22,
2565:13, 2566:19,
2568:11, 2568:15,
2569:7, 2572:5,
2572:21, 2575:8,
2575:10, 2575:23,
2576:13, 2576:16,
2578:11, 2580:17,
2580:19, 2580:21,
2581:5, 2581:8,
2582:19, 2583:1,
2587:20, 2587:25,
2588:25, 2589:9,
2589:11, 2591:21,
2592:11
**FOR** [9] - 2391:3,
2393:3, 2394:3,
2394:8, 2394:19,
2395:11, 2396:11,

2396:20, 2397:6
**foregoing** [1] -
2593:6
**foremost** [1] -
2480:16
**forgive** [1] - 2470:12
**forgot** [1] - 2558:24
**form** [12] - 2469:23,
2470:3, 2470:7,
2490:1, 2494:6,
2494:16, 2499:15,
2499:20, 2507:12,
2507:15, 2585:11,
2586:9
**formation** [10] -
2415:6, 2469:23,
2470:7, 2470:10,
2493:18, 2494:16,
2495:2, 2501:18,
2525:15, 2581:16
**forming** [2] -
2501:21, 2502:12
**formula** [2] -
2581:25, 2582:2
**forth** [6] - 2473:3,
2488:1, 2532:3,
2532:5, 2581:1,
2584:1
**forward** [5] -
2510:20, 2515:20,
2534:4, 2584:9,
2584:23
**found** [4] - 2437:23,
2512:19, 2520:13,
2540:1
**foundation** [1] -
2460:14
**four** [20] - 2414:13,
2428:1, 2429:4,
2429:12, 2430:1,
2454:16, 2484:9,
2492:22, 2494:18,
2524:11, 2524:25,
2525:1, 2525:3,
2527:7, 2553:6,
2553:9, 2554:7,
2554:10, 2559:11,
2583:18
**four-barrel** [1] -
2524:11
**four-barrels** [1] -
2554:7
**four-hour** [4] -
2428:1, 2429:4,
2429:12, 2430:1
**fourth** [1] - 2494:17
**frac** [1] - 2461:11
**fracture** [1] - 2430:17
**fractures** [1] -
2461:24

**fragile** [2] - 2495:1, 2581:16
**frame** [1] - 2475:5
**FRANCISCO** [1] - 2393:6
**FRANKLIN** [1] - 2393:23
**frankly** [3] - 2540:24, 2541:12, 2569:4
**FRAUD** [1] - 2393:21
**Fred** [2] - 2561:18, 2561:21
**free** [13] - 2435:15, 2437:24, 2438:12, 2439:1, 2439:3, 2439:4, 2439:7, 2439:8, 2439:18, 2439:21, 2538:22, 2538:23
**FRILOT** [1] - 2395:13
**from** [121] - 2403:14, 2404:11, 2410:12, 2410:13, 2412:3, 2415:12, 2418:1, 2418:25, 2421:24, 2422:5, 2422:10, 2422:15, 2422:21, 2424:25, 2425:10, 2426:15, 2428:1, 2435:16, 2436:6, 2436:9, 2436:11, 2440:24, 2444:12, 2445:9, 2448:11, 2454:16, 2455:5, 2456:19, 2460:10, 2463:23, 2464:1, 2464:2, 2464:8, 2465:23, 2465:24, 2472:18, 2472:21, 2473:12, 2473:15, 2475:7, 2476:14, 2477:9, 2482:21, 2488:7, 2492:15, 2493:12, 2494:5, 2495:2, 2495:16, 2496:12, 2498:10, 2500:2, 2500:12, 2500:22, 2501:6, 2501:21, 2503:3, 2504:3, 2505:9, 2506:17, 2508:6, 2509:7, 2510:20, 2511:11, 2512:14, 2514:9, 2514:24, 2517:20, 2519:5, 2519:21, 2520:20, 2527:7, 2528:2, 2528:10, 2530:17, 2530:19, 2532:14, 2537:7, 2539:4,

2540:12, 2542:7, 2542:8, 2542:13, 2543:9, 2545:11, 2545:18, 2546:21, 2549:18, 2550:7, 2551:5, 2552:15, 2555:4, 2555:14, 2555:22, 2556:22, 2558:22, 2562:15, 2564:7, 2564:8, 2564:13, 2564:23, 2565:18, 2568:4, 2570:17, 2571:7, 2572:5, 2577:5, 2577:10, 2582:4, 2584:18, 2587:11, 2587:20, 2588:15, 2588:16, 2588:23, 2589:19, 2593:7
**front** [3] - 2486:2, 2534:20, 2567:9
**FRUGE** [1] - 2392:14
**full** [13] - 2411:4, 2411:7, 2411:15, 2411:17, 2412:2, 2413:7, 2489:25, 2541:15, 2546:23, 2567:17, 2569:16, 2570:13, 2591:5
**full-time** [1] - 2489:25
**fully** [1] - 2434:11
**function** [6] - 2446:13, 2482:22, 2483:1, 2483:2, 2483:3, 2483:10
**FUNDERBURK** [1] - 2397:8
**further** [4] - 2455:14, 2463:7, 2509:25, 2525:11
**FYI** [1] - 2588:22
**FYSA** [1] - 2441:24

# G

**G** [3] - 2395:18, 2399:4, 2488:15
**Gagliano** [50] - 2440:24, 2440:25, 2441:8, 2441:12, 2442:7, 2473:16, 2473:18, 2479:23, 2480:3, 2486:17, 2488:7, 2489:5, 2489:8, 2489:14, 2489:18, 2490:5, 2491:2, 2491:11, 2491:18, 2495:13, 2495:17, 2495:20,

2496:4, 2496:12, 2498:13, 2498:21, 2499:8, 2511:11, 2511:15, 2511:22, 2511:24, 2512:2, 2512:7, 2512:15, 2513:2, 2513:9, 2516:20, 2520:4, 2521:23, 2547:21, 2560:16, 2562:21, 2563:2, 2572:6, 2582:4, 2582:19, 2582:24, 2587:3, 2590:4, 2590:19
**Gagliano's** [13] - 2488:13, 2488:17, 2488:24, 2489:3, 2490:17, 2491:1, 2491:2, 2496:1, 2498:18, 2500:2, 2520:13, 2563:5, 2572:1
**gain** [1] - 2426:6
**gallon** [11] - 2427:7, 2427:11, 2438:10, 2451:19, 2452:5, 2456:23, 2456:24, 2457:4, 2459:13, 2494:18, 2525:15
**gallons** [8] - 2427:12, 2450:2, 2450:3, 2450:6, 2459:5, 2459:11, 2459:16, 2459:17
**GANNAWAY** [1] - 2396:16
**gap** [2] - 2435:25, 2453:24
**garage** [1] - 2421:25
**Gardner** [3] - 2543:3, 2543:7, 2544:4
**Gardner's** [4] - 2429:7, 2429:25, 2541:4, 2542:6
**Garrison** [16] - 2436:18, 2436:20, 2539:25, 2540:3, 2540:7, 2541:4, 2542:6, 2542:8, 2542:20, 2542:23, 2542:24, 2543:4, 2543:13, 2543:22, 2544:1, 2544:3
**Garrison's** [5] - 2464:3, 2540:10, 2540:20, 2542:10, 2542:22
**gas** [18] - 2411:24, 2412:6, 2412:14, 2440:3, 2440:7,

2462:18, 2462:20, 2462:22, 2462:24, 2464:13, 2493:22, 2494:8, 2494:12, 2560:25, 2561:14, 2561:23, 2569:8, 2569:13
**gases** [1] - 2462:21
**GATE** [1] - 2393:5
**gave** [11] - 2399:13, 2404:6, 2418:13, 2437:18, 2447:21, 2485:1, 2489:5, 2489:6, 2489:7, 2489:9
**Gavin** [2] - 2403:3, 2403:11
**GAVIN** [1] - 2396:23
**gel** [12] - 2413:4, 2413:8, 2413:12, 2413:15, 2413:18, 2413:19, 2413:20, 2440:3, 2440:4, 2440:11, 2440:12, 2441:25
**gels** [1] - 2569:8
**general** [2] - 2466:5, 2574:6
**GENERAL** [3] - 2394:4, 2394:9, 2394:11
**GENERAL'S** [1] - 2394:3
**generally** [3] - 2410:13, 2421:14, 2583:14
**Generals** [1] - 2534:18
**generate** [9] - 2423:22, 2425:16, 2432:12, 2432:14, 2444:1, 2535:11, 2535:15, 2589:5, 2589:22
**generated** [13] - 2419:13, 2425:20, 2431:8, 2434:14, 2449:2, 2450:23, 2460:6, 2462:5, 2462:8, 2465:22, 2589:4, 2589:22, 2591:18
**gentleman** [2] - 2473:15, 2539:25
**gentlemen** [3] - 2487:9, 2487:10, 2488:5
**GEOFFREY** [1] - 2396:16
**geology** [1] -

2475:20
**geometry** [4] - 2409:5, 2549:18, 2549:22, 2553:16
**geophysics** [1] - 2475:20
**George** [1] - 2582:6
**get** [44] - 2400:14, 2400:19, 2401:15, 2403:13, 2412:2, 2422:5, 2422:15, 2426:5, 2426:23, 2427:9, 2448:6, 2456:1, 2461:1, 2462:21, 2465:23, 2482:6, 2493:4, 2498:4, 2506:4, 2506:7, 2508:22, 2533:4, 2533:22, 2551:17, 2552:25, 2555:14, 2555:24, 2556:4, 2556:11, 2558:4, 2562:8, 2564:23, 2565:13, 2566:4, 2566:7, 2567:1, 2568:2, 2573:12, 2575:5, 2578:8, 2584:18, 2590:11
**gets** [3] - 2563:23, 2571:16, 2572:8
**getting** [9] - 2400:10, 2408:3, 2505:5, 2529:7, 2532:6, 2575:12, 2584:14, 2589:19, 2590:20
**Gisclair** [1] - 2483:15
**give** [10] - 2399:14, 2401:1, 2414:20, 2426:8, 2433:17, 2467:8, 2482:10, 2484:23, 2554:16, 2579:6
**given** [11] - 2412:17, 2466:12, 2483:15, 2503:13, 2512:19, 2517:1, 2570:14, 2570:19, 2570:20, 2584:24, 2591:17
**gives** [4] - 2445:21, 2447:8, 2448:7, 2458:7
**giving** [2] - 2481:12, 2486:24
**glad** [1] - 2446:16
**glance** [1] - 2542:17
**glass** [1] - 2544:16
**GLEN** [1] - 2398:4
**Glen** [3] - 2510:8,

2510:16, 2516:16
**Global** [2] - 2502:14, 2503:9
**global** [9] - 2471:20, 2472:7, 2472:16, 2484:8, 2484:14, 2484:19, 2485:4, 2485:8, 2506:18
**gloss** [1] - 2527:23
**GmbH** [1] - 2390:13
**go** [101] - 2405:22, 2414:24, 2417:10, 2417:22, 2418:22, 2419:8, 2422:3, 2422:20, 2423:14, 2424:9, 2425:2, 2426:25, 2432:18, 2434:18, 2435:3, 2437:6, 2437:17, 2438:25, 2439:6, 2440:23, 2441:10, 2441:24, 2444:16, 2456:1, 2463:9, 2467:23, 2471:14, 2474:15, 2476:1, 2482:5, 2485:12, 2485:13, 2492:22, 2492:23, 2494:17, 2495:19, 2496:21, 2498:4, 2499:7, 2503:1, 2504:12, 2505:1, 2507:1, 2508:4, 2509:10, 2510:4, 2511:10, 2514:21, 2515:17, 2515:19, 2517:23, 2524:13, 2524:23, 2525:10, 2527:2, 2527:12, 2532:11, 2535:7, 2535:18, 2536:4, 2536:19, 2536:23, 2537:13, 2537:16, 2538:14, 2538:21, 2539:9, 2539:25, 2540:7, 2542:2, 2543:18, 2544:14, 2546:17, 2549:8, 2550:20, 2554:16, 2556:5, 2556:11, 2556:15, 2557:15, 2559:5, 2559:11, 2559:15, 2563:20, 2563:25, 2565:9, 2565:10, 2565:18, 2568:12, 2572:20, 2578:5, 2579:22, 2581:22, 2587:6, 2588:14, 2590:7, 2590:8

**goal** [1] - 2409:8
**goals** [2] - 2546:3, 2546:4
**GODWIN** [9] - 2396:21, 2396:22, 2397:3, 2400:22, 2401:4, 2401:12, 2401:15, 2401:19, 2575:21
**Godwin** [4] - 2400:8, 2400:15, 2400:22, 2542:7
**Godwin's** [1] - 2468:8
**goes** [19] - 2420:19, 2436:2, 2462:24, 2463:7, 2463:9, 2463:10, 2463:14, 2477:9, 2484:6, 2494:5, 2524:11, 2524:13, 2543:1, 2551:18, 2567:18, 2579:23, 2582:19, 2589:3, 2590:3
**going** [102] - 2400:14, 2403:11, 2405:10, 2406:6, 2409:16, 2412:15, 2413:8, 2413:11, 2416:16, 2420:5, 2420:6, 2420:10, 2420:13, 2420:16, 2420:19, 2421:18, 2422:19, 2422:20, 2422:21, 2426:2, 2426:6, 2430:17, 2438:25, 2441:13, 2448:1, 2448:18, 2449:11, 2449:12, 2456:24, 2458:11, 2459:3, 2460:24, 2461:1, 2467:4, 2467:15, 2467:20, 2468:10, 2471:2, 2471:14, 2475:3, 2475:21, 2482:6, 2482:25, 2484:23, 2488:15, 2491:22, 2491:24, 2493:4, 2496:23, 2499:2, 2502:1, 2502:25, 2504:10, 2507:20, 2509:10, 2511:6, 2515:19, 2517:24, 2523:18, 2534:4, 2534:5, 2535:18, 2537:20, 2543:17, 2544:7, 2546:17, 2549:11, 2550:23, 2551:5, 2552:6,

2552:9, 2554:16, 2555:13, 2557:15, 2557:22, 2561:6, 2565:13, 2566:5, 2566:6, 2566:21, 2568:2, 2568:9, 2570:21, 2572:15, 2572:20, 2575:9, 2575:13, 2576:8, 2577:4, 2583:14, 2583:19, 2586:2, 2586:6, 2586:12, 2586:22, 2590:6, 2592:11, 2592:13
**GOLDEN** [1] - 2393:5
**gone** [5] - 2524:25, 2534:22, 2550:17, 2576:16, 2584:9
**good** [23] - 2399:7, 2399:9, 2399:23, 2400:7, 2400:22, 2402:1, 2403:1, 2403:2, 2403:3, 2403:9, 2409:11, 2410:6, 2410:7, 2410:23, 2411:23, 2415:18, 2468:2, 2468:3, 2494:18, 2510:4, 2525:10, 2534:7, 2588:9
**goofy** [3] - 2452:14, 2455:16, 2455:21
**got** [20] - 2400:1, 2412:14, 2430:15, 2434:3, 2436:2, 2443:8, 2452:16, 2514:9, 2520:24, 2526:9, 2528:22, 2531:12, 2531:14, 2534:22, 2541:15, 2552:24, 2555:23, 2566:22, 2583:12, 2588:22
**gotten** [3] - 2568:3, 2568:4, 2568:8
**government** [15] - 2418:10, 2418:13, 2464:6, 2530:25, 2531:7, 2531:10, 2531:11, 2531:14, 2531:24, 2532:18, 2532:20, 2532:23, 2532:24
**governmental** [1] - 2543:8
**GPS** [1] - 2459:15
**grab** [1] - 2435:4
**graduated** [4] - 2527:14, 2527:17,

2537:7, 2544:17
**grams** [1] - 2455:25
**GRAND** [1] - 2395:23
**granted** [1] - 2542:21
**gravity** [7] - 2419:13, 2433:8, 2433:25, 2436:11, 2451:18, 2515:21, 2517:2
**Gray** [1] - 2582:6
**great** [2] - 2418:23, 2477:24
**greater** [7] - 2456:24, 2510:3, 2510:9, 2510:14, 2511:3, 2516:12, 2561:5
**greatly** [1] - 2462:23
**Greg** [1] - 2542:19
**ground** [2] - 2414:16, 2468:9
**group** [1] - 2434:5
**GROUP** [1] - 2392:7
**guarantee** [1] - 2414:22
**guard** [1] - 2422:7
**Guard** [1] - 2533:13
**GUERRA** [1] - 2392:3
**guess** [4] - 2513:11, 2545:14, 2559:8, 2564:8
**guidance** [13] - 2435:11, 2457:15, 2457:17, 2503:5, 2506:23, 2507:24, 2508:11, 2508:12, 2508:16, 2509:3, 2559:1, 2559:4, 2571:22
**guide** [1] - 2487:7
**Guide** [1] - 2488:13
**GULF** [1] - 2390:6
**Gulf** [2] - 2420:13, 2534:18
**guys** [4] - 2457:12, 2480:4, 2486:20, 2541:14

## H

**H** [1] - 2424:22
**H-2** [1] - 2496:6
**had** [100] - 2406:19, 2407:20, 2407:21, 2414:13, 2418:6, 2418:7, 2418:9, 2426:20, 2428:10, 2428:14, 2431:10, 2437:14, 2441:12, 2443:9, 2444:17,

2444:21, 2450:2, 2450:9, 2452:24, 2470:20, 2471:20, 2472:11, 2472:25, 2477:7, 2479:23, 2480:9, 2482:2, 2485:14, 2487:16, 2487:25, 2490:11, 2494:12, 2498:22, 2501:7, 2501:8, 2503:17, 2508:13, 2510:16, 2512:7, 2513:7, 2513:9, 2513:10, 2513:11, 2515:14, 2517:12, 2520:20, 2521:10, 2522:13, 2523:2, 2526:24, 2527:19, 2529:15, 2531:7, 2531:8, 2532:21, 2532:25, 2533:17, 2533:18, 2534:21, 2536:3, 2537:18, 2537:23, 2538:6, 2538:9, 2540:5, 2541:14, 2542:18, 2545:1, 2545:16, 2545:21, 2547:1, 2547:6, 2547:12, 2547:18, 2550:16, 2555:10, 2557:8, 2560:22, 2561:9, 2561:21, 2562:21, 2563:2, 2565:20, 2569:2, 2569:8, 2570:19, 2570:21, 2571:20, 2574:1, 2574:7, 2574:9, 2577:6, 2577:20, 2578:23, 2585:16, 2586:21, 2591:21
**Hafle** [11] - 2440:25, 2487:6, 2488:12, 2495:16, 2495:20, 2581:17, 2581:19, 2582:5, 2582:10, 2582:25, 2583:3
**half** [17] - 2420:3, 2420:5, 2420:6, 2442:13, 2442:23, 2456:24, 2519:16, 2519:25, 2538:6, 2538:11, 2559:19, 2559:21, 2559:22, 2559:23, 2560:3, 2560:5, 2560:22
**HALLIBURTON** [1] - 2396:20
**Halliburton** [185] - 2400:23, 2403:4, 2407:22, 2408:2,

2408:18, 2410:12, 2410:13, 2416:22, 2417:6, 2417:16, 2417:18, 2418:1, 2418:12, 2418:25, 2419:4, 2422:23, 2422:24, 2423:17, 2424:17, 2424:18, 2424:22, 2425:15, 2427:6, 2427:10, 2428:1, 2428:14, 2430:5, 2431:8, 2432:13, 2437:7, 2437:14, 2437:23, 2438:2, 2438:4, 2438:9, 2438:13, 2439:6, 2439:15, 2439:18, 2449:2, 2457:2, 2458:5, 2460:11, 2460:22, 2460:25, 2468:24, 2469:1, 2469:15, 2473:15, 2473:18, 2474:18, 2477:5, 2478:5, 2478:12, 2478:13, 2478:14, 2479:12, 2479:15, 2479:20, 2480:14, 2480:19, 2480:24, 2481:1, 2481:3, 2482:2, 2482:8, 2482:17, 2482:20, 2483:8, 2483:11, 2483:19, 2484:12, 2485:1, 2485:14, 2485:16, 2486:3, 2486:7, 2486:11, 2486:13, 2486:18, 2487:4, 2488:7, 2489:8, 2492:18, 2492:23, 2493:20, 2500:10, 2500:12, 2500:13, 2500:16, 2502:3, 2502:12, 2503:4, 2503:5, 2503:14, 2503:25, 2504:1, 2504:8, 2506:19, 2506:23, 2508:19, 2509:11, 2509:16, 2510:13, 2512:6, 2513:7, 2513:10, 2513:15, 2514:24, 2515:12, 2515:14, 2517:24, 2518:2, 2519:17, 2521:7, 2521:10, 2523:10, 2523:11, 2523:13, 2524:6, 2525:14, 2525:17, 2525:20, 2526:24, 2527:19, 2528:2,

2529:10, 2529:19, 2529:21, 2530:5, 2530:7, 2530:11, 2530:13, 2530:17, 2530:24, 2531:8, 2531:9, 2533:7, 2533:14, 2533:17, 2534:25, 2535:11, 2535:16, 2537:2, 2537:4, 2538:23, 2539:11, 2539:12, 2542:9, 2543:12, 2545:11, 2546:11, 2546:14, 2546:25, 2547:3, 2547:8, 2547:14, 2548:4, 2548:18, 2548:24, 2549:10, 2549:14, 2554:24, 2555:4, 2559:8, 2560:4, 2561:8, 2570:14, 2571:6, 2571:7, 2574:1, 2574:7, 2574:13, 2575:20, 2580:16, 2586:10, 2586:15, 2586:18, 2587:17, 2589:15

**Halliburton's** [25] - 2401:5, 2402:25, 2415:24, 2423:8, 2424:15, 2437:13, 2447:1, 2449:13, 2456:10, 2458:11, 2459:23, 2479:18, 2484:8, 2484:19, 2485:19, 2502:11, 2502:14, 2502:17, 2502:20, 2506:16, 2506:18, 2507:2, 2559:1, 2580:19, 2580:22

**hand** [2] - 2557:7, 2589:21

**handle** [1] - 2532:25

**handwriting** [1] - 2437:20

**HANKEY** [1] - 2393:11

**happen** [2] - 2405:11, 2455:11

**happened** [14] - 2407:15, 2409:14, 2449:15, 2456:12, 2460:17, 2466:19, 2478:4, 2485:3, 2527:13, 2528:12, 2531:2, 2550:23, 2570:3, 2591:20

**happens** [4] - 2413:17, 2461:7,

2518:20, 2556:4

**happy** [4] - 2533:4, 2533:22, 2575:22, 2587:18

**hard** [6] - 2433:4, 2517:13, 2517:17, 2528:12, 2550:6

**HARIKLIA** [1] - 2395:7

**HARTLEY** [1] - 2396:22

**has** [57] - 2400:8, 2402:3, 2402:4, 2406:6, 2410:11, 2411:24, 2412:16, 2421:3, 2429:10, 2446:25, 2449:11, 2449:24, 2457:2, 2460:11, 2460:22, 2460:25, 2461:3, 2462:25, 2466:6, 2467:4, 2471:7, 2472:20, 2480:14, 2480:24, 2481:1, 2481:3, 2483:19, 2485:5, 2491:7, 2493:11, 2493:14, 2493:19, 2496:7, 2496:16, 2504:24, 2507:14, 2512:24, 2518:2, 2533:8, 2534:25, 2540:21, 2542:11, 2543:1, 2548:19, 2561:1, 2562:4, 2562:10, 2562:11, 2566:25, 2568:8, 2571:20, 2574:24, 2575:1, 2584:3, 2590:1, 2590:14

**HAUSER** [1] - 2393:22

**have** [283] - 2399:10, 2399:12, 2400:11, 2400:17, 2400:23, 2401:20, 2402:2, 2402:9, 2402:13, 2402:14, 2402:17, 2403:13, 2404:13, 2404:14, 2406:25, 2407:1, 2407:17, 2407:21, 2407:22, 2411:6, 2412:21, 2412:22, 2413:7, 2413:8, 2420:16, 2421:19, 2424:6, 2427:12, 2428:17, 2429:2, 2430:15, 2432:11, 2433:12, 2436:1, 2437:11,

2439:6, 2440:3, 2440:7, 2441:7, 2443:1, 2443:8, 2443:9, 2444:13, 2446:9, 2446:14, 2448:4, 2449:5, 2449:14, 2450:1, 2451:1, 2452:1, 2453:8, 2454:9, 2454:11, 2455:20, 2457:22, 2457:24, 2459:22, 2460:15, 2460:24, 2461:19, 2463:3, 2464:14, 2464:15, 2465:17, 2465:24, 2467:11, 2467:15, 2468:5, 2468:6, 2468:7, 2468:10, 2469:22, 2470:9, 2470:21, 2471:1, 2472:16, 2473:5, 2473:7, 2475:7, 2476:21, 2477:4, 2477:8, 2478:17, 2478:18, 2479:24, 2480:1, 2480:2, 2480:4, 2480:10, 2480:18, 2481:5, 2481:7, 2481:9, 2482:19, 2483:1, 2483:10, 2483:16, 2483:17, 2483:18, 2484:22, 2486:9, 2486:11, 2486:18, 2487:10, 2487:13, 2487:18, 2487:20, 2490:24, 2491:4, 2491:5, 2491:6, 2491:7, 2491:24, 2492:19, 2492:21, 2494:1, 2494:22, 2496:4, 2496:8, 2497:12, 2497:14, 2497:16, 2497:20, 2499:11, 2500:10, 2500:19, 2500:23, 2501:7, 2502:5, 2502:8, 2502:16, 2503:23, 2504:12, 2505:3, 2505:8, 2506:3, 2509:14, 2510:17, 2512:22, 2513:11, 2514:6, 2514:14, 2517:25, 2519:17, 2520:21, 2520:24, 2520:25, 2521:5, 2521:16, 2521:25, 2523:22, 2524:9, 2524:11, 2524:22, 2524:25, 2526:12,

2526:23, 2527:12, 2528:2, 2528:4, 2528:9, 2528:13, 2528:25, 2529:1, 2529:3, 2531:2, 2533:9, 2533:16, 2534:6, 2534:13, 2534:20, 2535:25, 2539:18, 2539:20, 2539:22, 2540:7, 2540:14, 2541:16, 2542:7, 2542:14, 2544:7, 2545:23, 2546:3, 2546:25, 2547:3, 2547:11, 2547:17, 2547:18, 2547:21, 2549:10, 2551:17, 2551:18, 2552:3, 2552:6, 2552:14, 2552:16, 2553:25, 2554:13, 2555:23, 2556:1, 2556:10, 2556:23, 2557:1, 2557:5, 2557:7, 2559:1, 2559:8, 2559:10, 2560:13, 2561:8, 2561:11, 2561:12, 2561:15, 2562:3, 2562:15, 2564:8, 2565:19, 2565:25, 2566:2, 2566:3, 2566:7, 2566:22, 2568:23, 2569:11, 2569:14, 2570:18, 2570:21, 2570:22, 2571:5, 2571:13, 2573:7, 2573:14, 2573:22, 2574:18, 2574:19, 2574:22, 2575:13, 2575:15, 2576:2, 2576:5, 2576:13, 2576:15, 2576:16, 2577:10, 2577:15, 2577:18, 2578:2, 2578:25, 2580:2, 2580:3, 2580:4, 2583:13, 2584:7, 2584:8, 2584:22, 2585:4, 2585:21, 2586:3, 2586:11, 2586:18, 2586:21, 2587:19, 2588:4, 2588:10, 2590:11, 2590:22, 2591:19, 2591:20, 2591:21

**haven't** [11] - 2401:8, 2401:14, 2404:11, 2431:13, 2447:6, 2500:24, 2519:20,

2520:11, 2528:1, 2568:3, 2568:4

**having** [11] - 2426:16, 2449:6, 2449:8, 2547:8, 2562:18, 2562:24, 2570:11, 2581:1, 2588:2, 2588:23, 2590:4

**HAYCRAFT** [1] - 2394:21

**HB406** [1] - 2397:13

**he's** [4] - 2442:24, 2442:25, 2466:12, 2499:3

**head** [4] - 2409:16, 2429:8, 2533:10, 2542:20

**head-on** [1] - 2409:16

**hear** [6] - 2449:12, 2459:3, 2530:20, 2541:2, 2543:9

**HEARD** [1] - 2390:22

**heard** [9] - 2407:17, 2411:8, 2458:18, 2458:22, 2461:10, 2560:21, 2566:20, 2571:22, 2587:2

**hearing** [1] - 2439:24

**heat** [20] - 2413:14, 2419:23, 2422:2, 2428:1, 2428:5, 2428:14, 2428:18, 2429:2, 2429:4, 2429:12, 2429:18, 2429:21, 2430:1, 2430:2, 2431:23, 2446:16, 2446:21, 2552:9

**heat-up** [4] - 2429:2, 2429:12, 2429:18, 2429:21

**heat-ups** [1] - 2430:2

**heated** [1] - 2428:7

**heating** [2] - 2431:17, 2552:15

**heats** [1] - 2550:20

**heavier** [5] - 2452:7, 2453:3, 2455:12, 2461:9, 2508:1

**heavily** [1] - 2587:20

**Heenan** [8] - 2399:11, 2399:17, 2401:20, 2402:8, 2402:11, 2402:14, 2575:14, 2576:3

**height** [2] - 2538:6, 2553:18

**held** [1] - 2570:14

**helicopter** [1] - 2422:15

**help** [8] - 2411:2, 2483:9, 2493:1, 2495:2, 2498:3, 2501:21, 2532:9, 2572:14

**helped** [1] - 2434:4

**helpful** [2] - 2498:18, 2570:6

**helping** [1] - 2480:11

**helps** [3] - 2465:11, 2477:14, 2493:11

**hemisphere** [2] - 2587:25, 2588:1

**her** [1] - 2576:9

**here** [57] - 2404:2, 2406:10, 2409:15, 2421:25, 2424:10, 2424:14, 2427:5, 2427:24, 2435:11, 2437:21, 2439:1, 2440:1, 2447:25, 2449:1, 2450:1, 2452:1, 2452:7, 2452:19, 2460:8, 2466:16, 2467:5, 2467:20, 2475:7, 2477:4, 2478:5, 2478:12, 2482:5, 2486:20, 2493:19, 2503:8, 2505:6, 2507:20, 2515:3, 2521:8, 2531:20, 2533:4, 2538:15, 2541:2, 2541:15, 2551:5, 2551:21, 2552:25, 2554:18, 2555:23, 2564:10, 2565:21, 2565:22, 2567:1, 2569:11, 2575:5, 2578:8, 2583:12, 2584:7, 2587:11, 2587:15, 2589:18, 2590:11

**hereby** [1] - 2593:5

**Herman** [1] - 2400:7

**HERMAN** [7] - 2391:7, 2391:7, 2400:7, 2400:13, 2400:18, 2400:21

**HESI** [1] - 2578:24

**Hey** [1] - 2458:4

**hey** [2] - 2443:1, 2512:15

**hiccups** [1] - 2405:1

**high** [10] - 2440:3, 2440:8, 2462:13, 2465:1, 2465:4, 2495:2, 2537:8,

2539:15, 2552:23

**high-pressure** [1] - 2495:2

**higher** [9] - 2446:13, 2449:24, 2450:25, 2463:4, 2463:19, 2465:22, 2491:12, 2550:17, 2580:2

**highlight** [1] - 2522:3

**highlighted** [1] - 2527:13

**HILL** [57] - 2396:23, 2403:3, 2403:8, 2413:2, 2414:18, 2414:22, 2414:25, 2416:15, 2416:18, 2417:10, 2417:11, 2417:22, 2417:24, 2419:8, 2419:11, 2422:4, 2448:24, 2448:25, 2454:17, 2454:17, 2454:19, 2455:2, 2458:18, 2458:22, 2458:23, 2460:14, 2460:20, 2460:21, 2462:2, 2466:9, 2466:14, 2467:6, 2467:8, 2467:11, 2490:4, 2499:2, 2500:1, 2510:22, 2529:23, 2531:19, 2531:22, 2532:10, 2532:18, 2534:1, 2534:24, 2540:14, 2540:23, 2541:1, 2541:3, 2541:18, 2541:21, 2542:1, 2542:12, 2542:16, 2562:3, 2574:3, 2578:19

**hill** [1] - 2422:3

**Hill** [5] - 2398:6, 2403:3, 2403:11, 2414:24, 2541:20

**him** [16] - 2400:15, 2443:1, 2454:17, 2458:15, 2460:17, 2480:8, 2486:19, 2491:16, 2513:9, 2521:24, 2526:17, 2538:10, 2541:9, 2542:13, 2588:25, 2591:25

**hired** [1] - 2484:22

**his** [42] - 2401:21, 2429:14, 2436:21, 2466:10, 2467:5, 2467:21, 2480:5, 2480:6, 2480:11, 2480:12, 2488:8,

2489:6, 2489:11, 2489:14, 2489:17, 2490:18, 2490:21, 2490:22, 2491:11, 2491:16, 2491:18, 2496:3, 2499:6, 2500:3, 2523:8, 2523:16, 2538:10, 2540:3, 2540:22, 2541:11, 2542:25, 2543:4, 2543:14, 2543:15, 2543:22, 2547:22, 2562:6, 2562:22, 2563:3, 2572:1, 2572:6

**His** [1] - 2551:21

**history** [1] - 2422:6

**hit** [1] - 2405:14

**hits** [1] - 2567:24

**hold** [4] - 2493:18, 2505:5, 2531:12, 2533:6

**holding** [1] - 2538:15

**HOLDINGS** [1] - 2395:11

**hole** [10] - 2428:2, 2438:21, 2494:11, 2494:22, 2546:2, 2549:19, 2550:7, 2553:25, 2560:1, 2560:2, 2560:3, 2560:6, 2560:11, 2564:20, 2566:23, 2567:10, 2567:13, 2568:7, 2568:16, 2568:18

**HOLTHAUS** [1] - 2392:14

**Home** [1] - 2421:24

**Honor** [60] - 2399:9, 2399:10, 2399:15, 2399:23, 2400:7, 2400:21, 2400:22, 2401:4, 2402:1, 2402:7, 2402:13, 2402:19, 2403:3, 2412:15, 2414:13, 2414:22, 2454:15, 2458:14, 2460:13, 2461:25, 2467:3, 2467:6, 2467:8, 2467:12, 2467:15, 2499:2, 2504:21, 2529:23, 2531:19, 2532:10, 2533:2, 2533:23, 2534:1, 2534:16, 2538:10, 2540:14, 2540:17, 2541:1, 2541:3, 2541:18,

2541:23, 2542:12, 2542:16, 2551:1, 2551:21, 2562:3, 2574:24, 2575:1, 2575:3, 2575:12, 2575:17, 2575:22, 2577:14, 2578:19, 2590:1, 2590:13, 2591:24, 2592:2, 2592:4

**Honor's** [2] - 2532:13, 2540:15

**HONORABLE** [1] - 2390:22

**hope** [1] - 2592:10

**hopefully** [1] - 2511:9

**Horizon** [3] - 2498:11, 2534:17, 2551:7

**HORIZON** [1] - 2390:5

**hot** [1] - 2422:11

**hot-shotted** [1] - 2422:11

**hotter** [1] - 2573:12

**HOUMA** [1] - 2392:8

**hour** [7] - 2428:1, 2429:4, 2429:12, 2430:1, 2434:23, 2519:25, 2592:12

**hours** [34] - 2414:13, 2415:4, 2428:11, 2428:15, 2428:23, 2430:6, 2431:9, 2431:10, 2434:11, 2434:25, 2468:10, 2485:23, 2486:12, 2486:17, 2486:19, 2510:7, 2516:7, 2519:12, 2519:16, 2519:22, 2519:25, 2523:17, 2524:18, 2527:5, 2527:8, 2527:15, 2527:17, 2527:23, 2536:25, 2572:3, 2572:7

**House** [1] - 2488:17

**housekeeping** [2] - 2577:5, 2577:14

**HOUSTON** [7] - 2392:19, 2395:19, 2396:8, 2396:17, 2396:18, 2397:4, 2397:9

**however** [2] - 2491:2, 2542:23

**HUGH** [1] - 2397:7

**HUGHES** [1] - 2396:7

**humidity** [5] - 2419:25, 2420:20, 2421:11, 2421:23, 2422:2
**hundred** [1] - 2459:13
**hung** [1] - 2558:4
**hybrid** [1] - 2417:20
**hydrates** [1] - 2494:5
**hydrocarbon** [5] - 2550:6, 2550:14, 2552:6, 2552:21, 2554:1
**hydrocarbon-bearing** [2] - 2552:21, 2554:1
**hydrocarbons** [1] - 2552:16
**hydrostatic** [4] - 2415:5, 2415:13, 2415:17, 2495:1
**HYMEL** [1] - 2396:3
**hypothetical** [1] - 2420:2

# I

**I** [632] - 2398:1, 2399:4, 2399:13, 2399:19, 2399:25, 2400:10, 2400:19, 2401:1, 2401:7, 2401:8, 2401:10, 2401:13, 2401:17, 2402:2, 2402:25, 2403:4, 2403:5, 2403:11, 2403:13, 2403:16, 2403:19, 2403:22, 2404:14, 2404:24, 2405:13, 2405:18, 2406:9, 2407:19, 2408:4, 2408:14, 2410:11, 2410:15, 2411:6, 2411:7, 2412:15, 2412:21, 2412:22, 2412:25, 2413:1, 2413:6, 2414:4, 2414:7, 2414:11, 2414:14, 2414:16, 2414:18, 2414:19, 2414:20, 2414:22, 2415:20, 2416:4, 2416:7, 2416:12, 2416:13, 2416:19, 2417:2, 2417:22, 2418:22, 2419:6, 2419:16, 2423:13, 2423:20, 2424:1, 2424:13, 2424:17,

2425:19, 2427:5, 2427:12, 2427:13, 2427:24, 2428:4, 2428:20, 2428:24, 2430:19, 2430:24, 2433:10, 2433:15, 2433:19, 2433:20, 2433:22, 2433:24, 2434:3, 2434:5, 2435:11, 2437:17, 2437:18, 2437:19, 2437:20, 2437:22, 2438:25, 2439:6, 2441:5, 2441:7, 2444:10, 2444:13, 2444:16, 2444:25, 2445:2, 2445:11, 2446:14, 2447:6, 2447:11, 2447:20, 2447:24, 2447:25, 2448:1, 2449:1, 2449:9, 2449:14, 2450:25, 2453:6, 2453:9, 2454:17, 2454:18, 2454:20, 2454:25, 2455:6, 2455:15, 2455:17, 2455:20, 2456:15, 2456:19, 2457:7, 2457:24, 2458:5, 2458:11, 2458:18, 2458:20, 2458:21, 2458:22, 2459:1, 2459:22, 2460:1, 2460:14, 2460:16, 2460:20, 2460:24, 2461:1, 2461:7, 2462:7, 2464:4, 2465:13, 2465:16, 2465:25, 2466:4, 2466:6, 2466:7, 2466:9, 2466:13, 2466:15, 2467:3, 2467:5, 2467:7, 2467:8, 2467:11, 2467:15, 2468:4, 2468:8, 2468:10, 2468:11, 2468:12, 2469:20, 2469:22, 2470:5, 2470:12, 2470:19, 2471:1, 2471:13, 2471:14, 2471:17, 2473:7, 2474:2, 2474:9, 2474:14, 2475:1, 2475:3, 2475:4, 2475:7, 2475:12, 2475:17, 2476:1, 2477:7, 2477:8, 2477:9, 2477:11, 2477:12, 2477:13,

2477:22, 2477:23, 2480:4, 2481:9, 2481:12, 2481:14, 2482:24, 2482:25, 2483:13, 2483:17, 2483:24, 2484:2, 2486:2, 2486:9, 2486:23, 2487:1, 2487:10, 2487:13, 2487:20, 2488:6, 2488:11, 2488:15, 2488:21, 2488:22, 2489:1, 2489:4, 2489:13, 2489:17, 2490:9, 2490:11, 2490:20, 2490:25, 2491:2, 2491:7, 2491:13, 2491:21, 2491:23, 2492:10, 2492:21, 2495:19, 2496:2, 2496:6, 2496:15, 2496:20, 2498:6, 2498:15, 2498:17, 2498:20, 2499:2, 2499:4, 2499:5, 2499:16, 2499:19, 2500:8, 2500:19, 2500:24, 2501:1, 2501:5, 2502:11, 2502:14, 2502:16, 2502:25, 2503:15, 2503:19, 2503:20, 2504:10, 2504:13, 2504:23, 2505:8, 2505:10, 2506:16, 2506:25, 2507:1, 2508:12, 2509:25, 2510:1, 2510:24, 2510:25, 2511:5, 2511:9, 2512:9, 2513:1, 2513:11, 2514:20, 2514:21, 2515:2, 2515:7, 2515:16, 2515:19, 2516:25, 2517:15, 2517:19, 2517:21, 2517:24, 2518:5, 2519:19, 2519:20, 2519:24, 2519:25, 2520:11, 2520:17, 2521:3, 2522:5, 2522:9, 2523:8, 2524:21, 2524:22, 2524:25, 2525:5, 2525:11, 2525:13, 2525:18, 2526:3, 2526:12, 2526:13, 2527:1, 2527:12, 2528:4, 2529:6, 2529:13, 2529:23, 2529:24,

2529:25, 2530:9, 2530:21, 2531:3, 2531:6, 2531:7, 2531:13, 2531:19, 2531:21, 2531:24, 2532:3, 2532:5, 2532:9, 2533:2, 2533:3, 2533:5, 2533:8, 2533:9, 2533:10, 2533:11, 2533:14, 2533:15, 2533:16, 2533:17, 2533:19, 2533:22, 2533:24, 2534:1, 2534:7, 2534:9, 2534:20, 2534:22, 2535:6, 2535:18, 2535:20, 2535:23, 2536:2, 2537:10, 2537:18, 2537:20, 2538:21, 2539:24, 2540:3, 2540:4, 2540:6, 2540:9, 2540:11, 2540:14, 2540:17, 2540:18, 2540:23, 2540:24, 2541:1, 2541:7, 2541:9, 2541:10, 2541:15, 2541:16, 2542:2, 2542:3, 2542:10, 2542:12, 2542:14, 2543:15, 2543:17, 2543:21, 2544:7, 2544:18, 2545:14, 2545:16, 2545:21, 2546:16, 2546:17, 2546:23, 2548:11, 2548:12, 2548:16, 2548:17, 2548:18, 2549:25, 2551:1, 2551:2, 2551:5, 2551:16, 2552:25, 2553:6, 2553:22, 2555:2, 2555:9, 2555:23, 2556:1, 2556:10, 2556:18, 2556:25, 2557:1, 2557:4, 2557:7, 2557:14, 2557:15, 2557:19, 2558:24, 2559:3, 2559:7, 2559:10, 2559:15, 2560:2, 2560:15, 2560:18, 2561:11, 2561:15, 2561:23, 2562:3, 2562:9, 2562:12, 2563:4, 2563:18, 2563:25, 2564:2, 2564:8, 2565:6, 2565:7, 2565:13,

2565:18, 2565:19, 2565:20, 2565:21, 2565:24, 2565:25, 2566:2, 2566:5, 2566:6, 2566:7, 2566:22, 2566:23, 2567:12, 2568:3, 2568:4, 2568:9, 2568:20, 2569:1, 2569:5, 2569:6, 2569:17, 2569:19, 2570:6, 2570:20, 2570:21, 2571:1, 2571:6, 2571:22, 2572:4, 2572:19, 2573:7, 2573:20, 2574:6, 2574:10, 2574:22, 2575:6, 2575:8, 2575:9, 2575:12, 2575:14, 2575:19, 2575:20, 2575:22, 2576:7, 2576:9, 2576:13, 2576:14, 2576:18, 2576:19, 2576:22, 2576:23, 2577:9, 2577:12, 2577:18, 2577:22, 2578:2, 2578:6, 2578:7, 2578:8, 2578:9, 2578:10, 2578:12, 2578:18, 2579:2, 2579:5, 2579:14, 2579:17, 2579:18, 2580:1, 2580:13, 2580:14, 2580:15, 2580:17, 2581:21, 2581:24, 2582:17, 2582:21, 2583:5, 2583:8, 2583:9, 2583:18, 2583:22, 2584:2, 2584:10, 2584:12, 2584:13, 2584:18, 2584:20, 2584:24, 2585:2, 2585:10, 2586:8, 2586:20, 2587:10, 2587:21, 2587:24, 2588:14, 2588:21, 2588:24, 2589:11, 2589:23, 2589:24, 2590:6, 2590:7, 2590:10, 2590:13, 2590:16, 2590:21, 2590:23, 2590:25, 2591:17, 2591:25, 2592:3, 2592:10, 2593:4
**I'll** [30] - 2406:22, 2426:24, 2466:12, 2483:18, 2496:18,

2496:19, 2504:24, 2505:8, 2514:23, 2520:18, 2525:5, 2525:7, 2535:21, 2536:6, 2539:11, 2541:23, 2544:11, 2548:10, 2554:16, 2555:12, 2558:24, 2558:25, 2562:13, 2566:18, 2567:3, 2572:12, 2578:8, 2578:9, 2586:7

**I'm** [31] - 2415:8, 2417:2, 2423:12, 2423:13, 2433:10, 2436:14, 2439:23, 2446:16, 2451:8, 2452:5, 2455:17, 2458:18, 2467:22, 2477:8, 2505:5, 2517:22, 2519:24, 2520:11, 2521:12, 2532:15, 2541:19, 2565:8, 2568:9, 2576:25, 2578:7, 2579:6, 2580:17, 2581:17, 2583:5, 2585:17, 2590:8

**I've** [17] - 2400:1, 2458:4, 2465:21, 2474:7, 2484:22, 2491:3, 2499:2, 2520:17, 2528:21, 2537:20, 2541:15, 2544:19, 2559:4, 2566:20, 2568:7, 2576:8

**IBOS** [1] - 2397:12
**Ibos** [2] - 2593:4, 2593:12
**ID** [1] - 2568:4
**ID's** [1] - 2585:17
**idea** [4] - 2401:11, 2426:5, 2480:18, 2509:10

**identified** [8] - 2437:2, 2437:10, 2442:14, 2446:4, 2527:3, 2554:20, 2572:16, 2584:18
**identifies** [2] - 2441:17, 2581:12
**identify** [6] - 2437:14, 2476:25, 2477:5, 2477:20, 2571:24, 2586:23
**identifying** [2] - 2441:13, 2448:8
**if** [192] - 2405:22, 2406:10, 2406:17,

2407:2, 2407:16, 2409:8, 2410:7, 2413:17, 2413:18, 2418:22, 2421:17, 2422:18, 2425:3, 2426:13, 2430:15, 2430:25, 2431:23, 2436:25, 2437:1, 2438:1, 2439:14, 2440:20, 2442:24, 2446:2, 2447:7, 2447:13, 2447:17, 2448:18, 2449:5, 2452:13, 2453:10, 2453:13, 2453:20, 2453:21, 2454:17, 2455:11, 2456:6, 2456:22, 2457:18, 2458:4, 2458:15, 2461:8, 2461:17, 2461:22, 2461:23, 2462:14, 2462:18, 2462:19, 2463:2, 2463:3, 2465:4, 2467:16, 2470:13, 2470:14, 2471:2, 2471:4, 2475:16, 2475:17, 2476:12, 2476:13, 2477:7, 2477:14, 2477:15, 2478:17, 2479:3, 2479:23, 2480:1, 2485:13, 2486:7, 2486:10, 2486:17, 2486:21, 2489:18, 2490:13, 2492:11, 2492:22, 2494:1, 2494:4, 2494:11, 2494:22, 2495:16, 2495:18, 2495:22, 2496:8, 2496:18, 2496:23, 2497:22, 2499:4, 2499:6, 2499:8, 2500:10, 2500:20, 2501:8, 2501:25, 2502:23, 2502:25, 2505:1, 2505:25, 2506:7, 2506:10, 2507:1, 2508:1, 2508:4, 2508:16, 2509:22, 2510:5, 2510:8, 2510:16, 2511:8, 2511:10, 2515:19, 2519:5, 2521:4, 2522:2, 2522:24, 2523:17, 2524:6, 2524:23, 2526:2, 2526:11, 2530:9, 2531:19, 2532:10, 2532:12, 2533:23,

2534:13, 2535:7, 2536:11, 2536:13, 2537:13, 2538:9, 2538:10, 2538:14, 2538:15, 2538:21, 2540:6, 2540:7, 2544:14, 2549:8, 2550:19, 2550:22, 2551:3, 2552:2, 2552:14, 2555:9, 2556:1, 2557:2, 2557:8, 2559:5, 2559:11, 2561:12, 2563:20, 2565:9, 2565:18, 2565:21, 2566:4, 2567:11, 2567:21, 2568:16, 2568:18, 2568:23, 2569:6, 2569:13, 2570:18, 2571:24, 2573:3, 2574:20, 2577:12, 2578:8, 2578:11, 2578:14, 2579:17, 2579:18, 2579:19, 2580:1, 2580:2, 2580:7, 2580:8, 2582:4, 2582:13, 2582:14, 2587:6, 2587:11, 2587:15, 2588:14

**If** [1] - 2508:8
**IL** [1] - 2395:9
**immediately** [1] - 2532:23
**immovable** [3] - 2426:17, 2427:2, 2427:4
**impact** [6] - 2451:1, 2523:22, 2560:13, 2562:19, 2562:24, 2583:19

**impacts** [1] - 2518:6
**implement** [1] - 2450:16
**important** [4] - 2406:5, 2406:15, 2466:17, 2560:12
**IMPREVENTO** [1] - 2391:18
**improve** [1] - 2493:1
**in** [549] - 2400:14, 2403:12, 2403:23, 2404:1, 2404:3, 2404:8, 2404:19, 2404:25, 2405:1, 2405:7, 2405:10, 2405:18, 2405:19, 2406:8, 2406:9, 2406:22, 2406:24, 2407:11, 2407:25,

2408:2, 2408:5, 2409:9, 2410:2, 2410:6, 2410:16, 2410:23, 2411:12, 2411:15, 2412:7, 2412:12, 2412:23, 2413:9, 2413:12, 2413:19, 2413:20, 2413:23, 2414:8, 2415:3, 2415:13, 2415:16, 2416:14, 2416:22, 2417:5, 2418:5, 2418:24, 2419:7, 2419:20, 2420:3, 2420:20, 2420:22, 2420:25, 2421:1, 2421:7, 2421:18, 2421:19, 2421:23, 2421:24, 2422:2, 2422:10, 2422:11, 2422:23, 2423:6, 2423:7, 2424:2, 2424:10, 2424:21, 2425:6, 2425:9, 2426:14, 2426:24, 2426:25, 2427:5, 2427:24, 2428:24, 2429:1, 2429:7, 2429:14, 2429:16, 2429:17, 2429:24, 2430:15, 2431:21, 2431:25, 2432:22, 2432:23, 2434:22, 2435:11, 2435:12, 2435:20, 2436:1, 2436:2, 2436:9, 2436:10, 2436:19, 2437:7, 2437:18, 2437:22, 2439:1, 2440:1, 2440:4, 2440:5, 2440:7, 2441:3, 2442:11, 2442:13, 2442:23, 2443:7, 2443:9, 2443:15, 2444:1, 2444:5, 2444:11, 2444:16, 2444:21, 2444:22, 2445:5, 2445:8, 2445:14, 2445:22, 2445:24, 2446:4, 2446:8, 2446:24, 2447:2, 2447:6, 2447:7, 2447:18, 2447:22, 2448:4, 2449:2, 2449:13, 2449:14, 2449:15, 2449:19, 2449:20, 2449:25, 2450:1, 2450:8, 2450:9, 2450:12, 2450:16,

2450:22, 2450:23, 2451:10, 2451:13, 2451:15, 2451:25, 2452:18, 2453:1, 2453:14, 2453:20, 2453:22, 2454:4, 2454:6, 2454:11, 2454:22, 2455:3, 2455:15, 2455:22, 2455:23, 2456:1, 2456:6, 2456:9, 2456:10, 2457:12, 2457:25, 2458:4, 2458:5, 2459:1, 2459:5, 2459:8, 2459:20, 2459:24, 2460:8, 2460:16, 2461:10, 2461:13, 2462:20, 2462:21, 2462:22, 2463:11, 2464:13, 2464:19, 2465:3, 2465:6, 2465:9, 2465:12, 2465:15, 2466:10, 2466:13, 2466:19, 2466:23, 2466:25, 2467:1, 2467:5, 2467:16, 2468:4, 2468:15, 2468:23, 2469:2, 2469:7, 2469:11, 2469:15, 2469:16, 2470:2, 2470:4, 2470:5, 2470:8, 2470:9, 2470:12, 2470:14, 2470:15, 2471:1, 2472:15, 2473:10, 2473:22, 2474:4, 2474:5, 2474:7, 2474:19, 2474:22, 2474:25, 2475:5, 2475:13, 2475:14, 2477:1, 2477:6, 2477:7, 2477:8, 2477:20, 2477:25, 2478:11, 2480:3, 2480:9, 2480:14, 2482:5, 2482:7, 2482:24, 2483:20, 2484:4, 2484:12, 2484:14, 2484:19, 2485:2, 2485:5, 2485:9, 2485:13, 2485:16, 2486:2, 2486:7, 2486:17, 2486:18, 2486:24, 2488:19, 2488:20, 2488:21, 2489:1, 2489:7, 2489:17, 2490:11, 2490:18, 2490:22, 2492:13,

2492:22, 2492:23,
2493:7, 2493:11,
2493:13, 2493:16,
2493:19, 2493:22,
2494:16, 2495:2,
2495:6, 2495:9,
2495:12, 2496:3,
2496:7, 2496:14,
2496:16, 2496:22,
2496:23, 2497:23,
2499:11, 2500:6,
2500:7, 2501:14,
2501:17, 2502:1,
2502:2, 2502:12,
2503:4, 2503:6,
2503:9, 2503:10,
2503:17, 2503:21,
2503:25, 2504:2,
2504:23, 2504:25,
2505:4, 2505:11,
2505:20, 2505:25,
2506:3, 2506:4,
2506:7, 2506:8,
2506:10, 2507:2,
2507:11, 2507:14,
2507:22, 2507:24,
2508:3, 2508:10,
2508:11, 2508:13,
2508:19, 2509:6,
2509:11, 2509:16,
2509:19, 2510:6,
2510:7, 2510:12,
2510:16, 2511:21,
2511:24, 2512:9,
2512:14, 2513:22,
2515:20, 2515:23,
2516:2, 2516:11,
2516:18, 2517:19,
2517:21, 2518:11,
2519:21, 2520:17,
2520:24, 2521:17,
2522:6, 2522:20,
2523:2, 2523:14,
2523:18, 2524:3,
2524:6, 2524:12,
2525:5, 2525:14,
2526:3, 2527:14,
2527:16, 2527:23,
2528:12, 2528:24,
2529:24, 2530:16,
2531:13, 2532:8,
2532:19, 2532:25,
2533:5, 2534:20,
2534:24, 2535:1,
2535:12, 2535:23,
2536:1, 2536:6,
2536:14, 2536:15,
2536:19, 2536:23,
2537:2, 2537:6,
2538:16, 2538:18,
2539:3, 2539:12,

2539:17, 2539:19,
2539:20, 2540:3,
2540:4, 2540:9,
2540:11, 2540:12,
2540:14, 2540:15,
2540:22, 2540:24,
2541:7, 2541:8,
2541:14, 2541:15,
2541:20, 2542:3,
2542:6, 2542:8,
2542:24, 2543:14,
2544:17, 2545:19,
2545:21, 2546:14,
2546:16, 2546:17,
2546:24, 2547:4,
2547:8, 2547:21,
2548:1, 2548:9,
2549:3, 2549:10,
2550:20, 2552:12,
2552:17, 2553:17,
2553:25, 2556:2,
2557:12, 2557:15,
2557:25, 2558:24,
2559:11, 2560:4,
2560:11, 2560:17,
2560:20, 2560:23,
2560:24, 2561:1,
2561:2, 2561:9,
2561:13, 2561:25,
2562:7, 2562:8,
2562:18, 2562:22,
2563:3, 2563:7,
2563:9, 2563:12,
2563:21, 2563:24,
2564:13, 2564:20,
2565:25, 2566:10,
2566:15, 2566:23,
2567:8, 2567:9,
2567:14, 2568:13,
2568:21, 2569:2,
2569:3, 2569:8,
2569:13, 2569:14,
2570:3, 2570:17,
2570:20, 2572:1,
2572:3, 2572:7,
2572:16, 2573:10,
2573:20, 2574:6,
2574:7, 2574:8,
2574:9, 2574:10,
2574:12, 2576:19,
2576:25, 2577:3,
2578:10, 2579:2,
2579:21, 2579:23,
2580:4, 2581:3,
2581:11, 2581:13,
2582:2, 2582:14,
2582:21, 2582:24,
2583:1, 2583:10,
2583:20, 2584:11,
2584:21, 2584:25,
2585:7, 2585:11,

2585:12, 2586:8,
2586:25, 2587:11,
2588:19, 2589:11,
2590:2, 2590:22,
2591:6, 2591:14,
2591:17, 2591:22,
2593:7

**IN** [3] - 2390:5,
2390:5, 2390:12
   **inability** [1] - 2454:7
   **inadmissible** [2] -
2543:5, 2543:7
   **inappropriate** [3] -
2562:8, 2572:10,
2572:18
   **INC** [5] - 2390:16,
2394:19, 2395:12,
2395:13, 2396:21
   **inch** [8] - 2538:6,
2538:11, 2559:17,
2559:23, 2560:2,
2560:3
   **inch-and-a-half** [1] -
2559:23
   **inches** [3] - 2538:11,
2538:16, 2560:5
   **incident** [5] - 2419:3,
2520:14, 2531:23,
2532:1, 2591:19
   **incidents** [1] -
2416:14
   **inclination** [2] -
2438:21, 2438:23
   **include** [4] - 2470:2,
2470:8, 2567:18,
2591:18
   **included** [1] - 2502:3
   **includes** [4] -
2549:3, 2549:4,
2549:6, 2588:11
   **including** [8] -
2429:15, 2454:22,
2477:11, 2483:20,
2484:14, 2532:13,
2533:7, 2559:12
   **incomplete** [3] -
2437:8, 2468:19,
2469:2
   **inconclusive** [2] -
2434:14, 2434:17
   **inconsistent** [3] -
2484:24, 2485:11,
2512:19
   **incorrect** [3] -
2466:7, 2560:18,
2562:22
   **incorrectly** [1] -
2454:11
   **increase** [2] -
2447:17, 2561:6

**increases** [2] -
2420:20, 2420:22
   **incremental** [1] -
2459:19
   **indelicate** [1] -
2568:9
   **independent** [1] -
2497:4
   **independently** [2] -
2543:3, 2557:13
   **indicate** [3] -
2403:23, 2516:23,
2539:4
   **indicated** [10] -
2404:3, 2405:13,
2405:19, 2430:1,
2430:5, 2436:5,
2442:20, 2514:1,
2514:3, 2535:10
   **indicates** [3] -
2485:22, 2485:23,
2513:19
   **INDICATING** [1] -
2551:24
   **INDICATING)** [2] -
2515:3, 2553:10
   **indication** [10] -
2404:7, 2404:8,
2426:8, 2435:19,
2435:23, 2435:24,
2439:8, 2445:21,
2447:22, 2520:20
   **indications** [8] -
2407:21, 2436:19,
2439:20, 2454:3,
2455:3, 2517:14,
2517:17, 2543:13
   **indicators** [1] -
2407:3
   **individual** [3] -
2433:14, 2503:1,
2585:2
   **individuals** [3] -
2472:18, 2525:19,
2525:23
   **industry** [15] -
2408:5, 2410:13,
2422:7, 2426:9,
2444:12, 2448:4,
2457:12, 2458:1,
2458:4, 2472:15,
2479:10, 2481:19,
2487:11, 2507:6,
2571:19
   **influence** [1] -
2462:23
   **influenced** [1] -
2505:16
   **inform** [1] - 2521:10
   **information** [21] -

**increases** 2476:14, 2482:19,
2511:10, 2513:1,
2513:9, 2514:9,
2515:14, 2517:4,
2517:7, 2519:17,
2528:13, 2529:11,
2530:18, 2546:25,
2547:3, 2547:6,
2549:3, 2553:13,
2554:4, 2570:19,
2586:18
   **informative** [1] -
2518:25
   **informed** [3] -
2479:24, 2520:4,
2520:7
   **ingredients** [4] -
2482:7, 2482:8,
2482:11, 2482:14
   **inherent** [3] - 2432:2,
2471:7, 2471:10
   **inherently** [3] -
2470:1, 2470:9,
2470:17
   **inject** [2] - 2463:4,
2464:18
   **injected** [5] -
2456:25, 2463:6,
2463:19, 2465:1,
2465:8
   **injecting** [1] -
2464:14
   **injection** [1] -
2460:11
   **input** [9] - 2472:18,
2559:1, 2559:3,
2560:12, 2560:16,
2561:9, 2561:23,
2563:9, 2587:21
   **inputs** [6] - 2405:5,
2561:13, 2561:22,
2562:16, 2585:18,
2586:11
   **inserted** [1] -
2527:23
   **inside** [7] - 2415:9,
2422:1, 2565:2,
2565:4, 2565:9,
2565:10
   **instability** [26] -
2435:12, 2436:19,
2437:2, 2439:4,
2454:9, 2506:14,
2506:17, 2507:3,
2509:1, 2509:20,
2511:3, 2513:19,
2514:1, 2521:1,
2525:8, 2525:8,
2536:17, 2536:21,
2538:1, 2538:19,

2541:10, 2541:12, 2543:14, 2543:15, 2545:4, 2545:9

**installed** [1] - 2552:18

**instance** [1] - 2445:25

**instances** [2] - 2440:7, 2495:10

**instead** [5] - 2411:1, 2424:25, 2429:12, 2460:18, 2465:1

**instructed** [1] - 2529:3

**instructions** [1] - 2508:15

**integrity** [1] - 2552:16

**intended** [1] - 2548:14

**intent** [1] - 2534:4

**intentional** [1] - 2529:24

**intentionally** [2] - 2444:24, 2445:4

**interest** [2] - 2408:8, 2536:6

**interesting** [1] - 2589:4

**interests** [1] - 2545:25

**internal** [18] - 2429:25, 2442:11, 2472:1, 2487:4, 2503:4, 2503:5, 2503:14, 2503:16, 2506:19, 2506:23, 2513:15, 2514:9, 2514:24, 2515:15, 2517:4, 2517:6, 2521:4, 2521:5

**internally** [1] - 2521:7

**INTERNATIONAL** [1] - 2396:11

**interpret** [3] - 2448:1, 2448:2, 2487:21

**interpreted** [1] - 2407:21

**interpreting** [1] - 2448:4

**interval** [3] - 2408:3, 2412:5, 2413:19

**interview** [3] - 2488:17, 2488:19, 2488:25

**into** [38] - 2403:13, 2408:3, 2411:24, 2411:25, 2412:14,

2413:19, 2418:22, 2420:10, 2420:17, 2432:23, 2433:5, 2449:17, 2451:18, 2453:5, 2456:1, 2461:4, 2461:23, 2463:2, 2463:6, 2463:9, 2465:8, 2468:19, 2482:5, 2482:6, 2494:8, 2504:10, 2524:11, 2527:23, 2542:6, 2558:11, 2559:2, 2559:3, 2568:3, 2568:4, 2568:18, 2572:8, 2575:7, 2590:2

**introduce** [2] - 2401:18, 2592:8

**introduction** [1] - 2444:19

**investigate** [10] - 2453:6, 2453:7, 2455:14, 2509:25, 2510:17, 2510:19, 2510:25, 2525:7, 2529:14, 2573:3

**investigated** [3] - 2510:9, 2520:22, 2574:19

**investigating** [2] - 2511:4, 2511:5

**Investigation** [1] - 2464:2

**investigation** [4] - 2510:20, 2525:11, 2533:12, 2533:13

**investigators** [1] - 2533:19

**involved** [1] - 2469:16

**IRPINO** [3] - 2392:21, 2392:21, 2402:19

**Irpino** [1] - 2402:19

**irrelevant** [3] - 2518:22, 2529:18, 2529:25

**isn't** [6] - 2410:8, 2413:11, 2426:18, 2458:8, 2464:16, 2519:5

**isolate** [1] - 2409:8

**isolation** [13] - 2404:16, 2404:23, 2405:2, 2406:3, 2406:20, 2406:25, 2407:4, 2410:23, 2415:2, 2471:11, 2492:19, 2581:3,

2589:6

**isotope** [1] - 2573:13

**issue** [7] - 2443:7, 2512:15, 2517:12, 2545:15, 2554:21, 2554:24, 2590:2

**issued** [1] - 2501:3

**issues** [14] - 2403:22, 2414:16, 2474:24, 2476:10, 2479:15, 2482:5, 2487:12, 2489:25, 2499:11, 2517:7, 2522:18, 2536:3, 2546:2, 2576:20

**it** [478] - 2399:18, 2400:1, 2401:8, 2401:14, 2401:17, 2403:25, 2404:6, 2405:3, 2405:23, 2405:25, 2406:5, 2406:6, 2406:7, 2406:9, 2406:12, 2406:19, 2406:25, 2407:11, 2409:17, 2410:8, 2411:8, 2411:23, 2412:1, 2412:6, 2412:10, 2412:21, 2412:22, 2413:12, 2413:13, 2413:19, 2416:21, 2416:23, 2416:24, 2416:25, 2417:18, 2419:7, 2420:3, 2420:5, 2420:6, 2420:7, 2420:17, 2421:14, 2421:21, 2421:22, 2421:23, 2421:24, 2422:9, 2422:15, 2424:5, 2425:12, 2426:18, 2426:19, 2426:21, 2426:22, 2427:4, 2430:5, 2430:16, 2430:21, 2431:17, 2431:23, 2432:23, 2433:1, 2433:4, 2433:13, 2433:14, 2433:16, 2434:11, 2434:16, 2434:22, 2434:23, 2435:1, 2437:1, 2437:18, 2438:2, 2438:7, 2439:2, 2439:7, 2439:19, 2440:17, 2441:19, 2442:8, 2443:9, 2443:14, 2443:18, 2443:19, 2444:2, 2444:3, 2444:15, 2445:11,

2445:12, 2445:19, 2446:9, 2446:13, 2446:14, 2446:19, 2446:20, 2448:4, 2448:22, 2450:13, 2452:14, 2452:16, 2453:5, 2453:20, 2454:13, 2454:20, 2455:15, 2455:20, 2456:23, 2457:3, 2457:16, 2457:18, 2457:21, 2459:5, 2459:21, 2460:10, 2460:18, 2461:4, 2461:9, 2461:22, 2462:25, 2463:7, 2463:11, 2463:19, 2464:1, 2464:2, 2464:12, 2464:16, 2464:19, 2464:20, 2465:1, 2465:5, 2465:6, 2465:20, 2466:13, 2467:5, 2468:2, 2468:8, 2468:18, 2468:22, 2469:1, 2469:6, 2469:15, 2469:17, 2469:18, 2469:22, 2470:1, 2470:5, 2470:6, 2470:14, 2470:20, 2470:21, 2471:4, 2471:7, 2473:11, 2473:12, 2474:22, 2476:12, 2478:4, 2478:12, 2478:17, 2478:22, 2479:7, 2479:8, 2480:8, 2480:18, 2481:10, 2481:16, 2481:24, 2483:19, 2484:3, 2484:6, 2484:17, 2485:2, 2485:3, 2485:8, 2485:11, 2485:15, 2485:22, 2485:25, 2486:6, 2486:12, 2486:16, 2487:5, 2488:12, 2488:16, 2488:24, 2489:1, 2489:23, 2489:25, 2492:8, 2493:3, 2493:11, 2493:12, 2493:14, 2494:4, 2494:5, 2494:9, 2494:15, 2494:24, 2495:8, 2495:18, 2496:3, 2496:14, 2496:16, 2496:23, 2498:4, 2498:7, 2498:9, 2498:17, 2498:20, 2498:25,

2499:5, 2499:13, 2499:14, 2500:4, 2500:5, 2500:16, 2500:20, 2500:22, 2500:23, 2501:17, 2501:20, 2501:21, 2502:3, 2502:5, 2502:8, 2503:4, 2503:20, 2504:1, 2505:25, 2506:3, 2506:4, 2506:7, 2506:8, 2506:11, 2506:23, 2507:1, 2507:22, 2508:2, 2508:9, 2508:12, 2508:17, 2508:23, 2509:14, 2509:16, 2509:19, 2510:4, 2510:9, 2510:18, 2510:19, 2511:2, 2511:4, 2511:5, 2511:6, 2511:9, 2511:10, 2511:20, 2513:5, 2513:10, 2513:11, 2513:21, 2514:20, 2514:23, 2515:6, 2516:3, 2516:5, 2516:23, 2517:20, 2519:11, 2519:22, 2520:19, 2520:22, 2521:4, 2521:6, 2521:9, 2521:19, 2521:20, 2522:13, 2522:14, 2523:2, 2523:6, 2523:12, 2523:18, 2523:20, 2524:12, 2524:19, 2524:25, 2525:13, 2526:2, 2526:7, 2526:16, 2526:25, 2527:8, 2527:12, 2527:16, 2528:25, 2529:19, 2529:23, 2529:24, 2529:25, 2530:3, 2530:4, 2531:13, 2532:5, 2532:12, 2532:16, 2532:18, 2532:20, 2532:22, 2532:25, 2533:10, 2533:11, 2533:16, 2533:22, 2534:14, 2534:23, 2535:3, 2535:8, 2535:13, 2535:25, 2536:11, 2537:11, 2537:17, 2537:22, 2538:10, 2538:11, 2539:16, 2539:21, 2540:6, 2540:7, 2541:6, 2541:21, 2541:24,

2542:2, 2543:1,
2544:20, 2545:1,
2545:6, 2545:10,
2545:17, 2547:1,
2547:4, 2547:7,
2548:8, 2548:13,
2548:19, 2548:24,
2549:1, 2549:2,
2549:3, 2550:11,
2550:19, 2552:25,
2554:9, 2555:1,
2555:13, 2556:5,
2556:7, 2556:9,
2556:22, 2557:9,
2557:15, 2557:19,
2557:20, 2558:4,
2558:25, 2559:8,
2560:5, 2560:11,
2560:12, 2560:13,
2561:1, 2561:4,
2561:7, 2561:9,
2561:13, 2561:25,
2562:12, 2563:8,
2564:13, 2564:19,
2566:2, 2566:19,
2567:14, 2567:16,
2567:24, 2568:10,
2568:13, 2568:19,
2568:23, 2569:8,
2569:13, 2570:23,
2571:13, 2571:15,
2571:16, 2571:19,
2572:2, 2572:5,
2572:19, 2572:20,
2572:24, 2573:1,
2573:8, 2573:11,
2573:12, 2573:13,
2574:2, 2574:6,
2574:10, 2574:12,
2574:14, 2574:15,
2574:18, 2574:20,
2575:20, 2577:18,
2578:1, 2578:3,
2578:8, 2579:18,
2579:23, 2580:7,
2580:8, 2581:3,
2582:15, 2583:14,
2585:21, 2585:25,
2586:1, 2586:5,
2586:9, 2587:14,
2588:13, 2588:23,
2588:24, 2588:25,
2589:8

**It** [1] - 2426:8

**it'd** [1] - 2583:20

**it'll** [3] - 2421:21,
2501:18, 2586:23

**it's** [136] - 2400:19,
2406:6, 2411:17,
2412:13, 2415:7,
2415:16, 2420:13,

2420:16, 2420:19,
2421:24, 2422:10,
2424:7, 2424:11,
2424:12, 2426:15,
2433:2, 2435:20,
2437:3, 2437:17,
2439:14, 2439:18,
2440:6, 2443:3,
2444:1, 2445:4,
2445:14, 2446:21,
2447:7, 2447:12,
2448:9, 2452:12,
2452:15, 2453:2,
2454:14, 2455:13,
2455:18, 2456:7,
2458:8, 2458:10,
2458:24, 2463:12,
2463:20, 2464:11,
2465:3, 2465:21,
2465:24, 2466:10,
2467:4, 2469:24,
2470:1, 2470:14,
2470:18, 2471:2,
2471:4, 2474:19,
2477:16, 2477:24,
2478:1, 2478:18,
2478:21, 2480:6,
2481:22, 2481:23,
2483:14, 2483:15,
2484:18, 2493:9,
2493:13, 2494:1,
2494:4, 2496:11,
2498:9, 2499:5,
2499:6, 2503:3,
2503:8, 2504:1,
2504:15, 2506:10,
2507:10, 2507:11,
2507:22, 2517:21,
2519:19, 2524:1,
2524:6, 2524:21,
2525:6, 2525:10,
2528:12, 2533:24,
2535:7, 2541:18,
2542:14, 2550:7,
2556:4, 2556:11,
2557:24, 2558:14,
2561:4, 2562:7,
2564:15, 2564:25,
2565:7, 2566:4,
2567:21, 2568:12,
2570:6, 2570:23,
2571:22, 2571:24,
2572:16, 2573:21,
2573:25, 2574:10,
2574:18, 2579:19,
2582:14, 2583:5,
2583:13, 2583:16,
2583:18, 2584:22,
2586:5, 2589:23,
2589:24, 2590:12,
2592:11

**items** [3] - 2546:24,
2576:15

**iterative** [9] - 2443:3,
2475:1, 2477:25,
2478:3, 2486:22,
2548:17, 2580:25,
2583:25, 2584:7

**its** [31] - 2410:24,
2421:4, 2423:17,
2427:6, 2445:5,
2447:14, 2456:10,
2469:2, 2476:6,
2476:21, 2477:5,
2477:25, 2481:8,
2481:15, 2481:20,
2482:17, 2482:22,
2482:25, 2483:2,
2483:3, 2484:13,
2484:14, 2484:17,
2485:15, 2508:19,
2530:17, 2531:1,
2546:14, 2547:4,
2562:19, 2580:15

**itself** [11] - 2407:7,
2408:15, 2431:25,
2449:10, 2514:1,
2535:19, 2539:19,
2567:9, 2579:2,
2580:18, 2580:21

## J

**J** [9] - 2390:8,
2390:22, 2391:7,
2391:22, 2394:5,
2395:7, 2395:14,
2396:3, 2396:15

**jackup** [1] - 2589:10

**JAMES** [2] - 2391:3,
2394:10

**January** [1] -
2528:23

**JEFFERSON** [2] -
2391:4, 2396:4

**JEFFREY** [1] -
2391:18

**Jerry** [1] - 2471:17

**JERRY** [1] - 2397:3

**Jerry's** [1] - 2575:7

**Jesse** [25] - 2440:24,
2441:8, 2441:12,
2442:7, 2442:12,
2442:13, 2442:24,
2473:16, 2479:23,
2480:3, 2486:17,
2488:17, 2495:17,
2499:3, 2499:4,
2512:14, 2516:20,
2521:23, 2522:7,
2547:16, 2547:21,

2560:16, 2587:16,
2588:23

**JESSICA** [2] -
2393:15, 2393:16

**jewelled** [1] - 2558:2

**jewelry** [4] - 2557:20,
2557:21, 2557:24

**JIMMY** [1] - 2392:18

**JIT** [1] - 2464:2

**job** [134] - 2403:14,
2403:15, 2403:17,
2403:18, 2403:20,
2403:22, 2404:3,
2404:6, 2404:8,
2404:15, 2404:21,
2404:22, 2405:2,
2405:4, 2405:18,
2406:5, 2406:19,
2407:23, 2408:10,
2409:11, 2409:23,
2410:3, 2410:7,
2410:23, 2411:13,
2411:25, 2412:10,
2413:24, 2414:2,
2414:5, 2414:8,
2415:3, 2415:4,
2415:18, 2420:7,
2422:18, 2442:14,
2450:10, 2456:10,
2461:13, 2463:15,
2466:17, 2472:25,
2475:6, 2475:9,
2475:10, 2475:15,
2475:16, 2478:2,
2478:8, 2478:9,
2478:12, 2478:22,
2479:4, 2480:11,
2480:12, 2481:3,
2481:5, 2481:7,
2481:10, 2482:1,
2488:4, 2489:25,
2495:3, 2495:24,
2497:11, 2499:12,
2512:10, 2539:21,
2548:1, 2548:4,
2548:7, 2548:8,
2548:9, 2548:10,
2548:23, 2549:1,
2549:2, 2553:23,
2554:10, 2555:5,
2555:21, 2563:14,
2563:21, 2566:11,
2567:7, 2569:16,
2570:10, 2573:23,
2576:20, 2576:25,
2577:3, 2580:16,
2580:19, 2580:21,
2581:2, 2581:20,
2583:10, 2583:11,
2583:13, 2583:17,

2583:21, 2583:22,
2584:4, 2584:9,
2584:15, 2584:21,
2584:23, 2584:24,
2585:5, 2585:14,
2585:17, 2585:18,
2585:21, 2586:3,
2586:6, 2586:8,
2586:10, 2586:12,
2586:19, 2586:21,
2586:22, 2587:4,
2588:8, 2588:9,
2589:5, 2591:3,
2591:12, 2591:15,
2591:19, 2591:22

**jobs** [14] - 2405:19,
2405:22, 2407:16,
2408:2, 2408:4,
2408:5, 2422:12,
2437:15, 2483:20,
2483:21, 2499:24,
2572:13, 2582:20

**John** [1] - 2483:15

**JOHN** [3] - 2392:14,
2396:7, 2397:8

**Joint** [1] - 2464:2

**joint** [1] - 2533:12

**JONES** [1] - 2396:16

**JPT** [2] - 2555:18,
2555:20

**JR** [2] - 2391:22,
2396:22

**JUDGE** [1] - 2390:23

**judge** [2] - 2400:23,
2528:12

**Judge** [4] - 2401:12,
2532:6, 2557:21,
2576:8

**judgment** [5] -
2429:24, 2457:19,
2457:21, 2509:18,
2513:3

**judgments** [1] -
2518:14

**June** [1] - 2488:18

**just** [100] - 2399:18,
2401:7, 2401:13,
2401:18, 2402:15,
2402:19, 2403:10,
2406:3, 2406:14,
2412:5, 2414:16,
2414:23, 2419:7,
2421:6, 2423:21,
2425:10, 2425:14,
2427:24, 2428:10,
2430:16, 2432:16,
2433:10, 2433:15,
2436:6, 2438:7,
2440:6, 2441:11,
2443:9, 2450:5,

2454:11, 2454:14,
2454:23, 2455:25,
2458:8, 2460:16,
2466:15, 2475:4,
2475:23, 2477:12,
2477:23, 2482:6,
2488:18, 2490:8,
2490:14, 2492:16,
2496:20, 2497:9,
2501:2, 2503:20,
2507:10, 2511:6,
2511:9, 2513:7,
2514:25, 2518:1,
2520:19, 2522:3,
2524:25, 2525:1,
2527:10, 2528:19,
2530:1, 2532:3,
2534:7, 2534:25,
2535:2, 2535:20,
2536:6, 2537:4,
2544:12, 2545:21,
2548:12, 2550:20,
2550:23, 2551:5,
2552:1, 2553:20,
2555:10, 2556:22,
2556:25, 2562:6,
2562:9, 2564:16,
2565:10, 2566:5,
2566:18, 2566:19,
2566:22, 2567:21,
2568:5, 2569:6,
2569:10, 2571:11,
2575:13, 2576:5,
2576:14, 2577:5,
2577:19, 2590:12,
2591:2

**Justice** [1] - 2534:19
**JUSTICE** [4] -
2393:3, 2393:8,
2393:14, 2393:20

# K

**K** [3] - 2394:21,
2416:4, 2562:5
**Kanner** [1] - 2534:16
**KANNER** [3] -
2394:14, 2394:15,
2534:16
**KAREN** [1] - 2397:12
**Karen** [2] - 2593:4,
2593:12
**karen_lbos@laed.
uscourts.gov** [1] -
2397:15
**Karis** [1] - 2401:7
**KARIS** [3] - 2395:7,
2575:22, 2576:1
**Kaskida** [3] -
2553:10, 2588:19,

2589:24
**KATZ** [1] - 2391:7
**KCL** [1] - 2502:7
**keep** [7] - 2415:13,
2416:16, 2490:15,
2528:25, 2529:3,
2587:18, 2592:12
**keeping** [1] -
2475:23
**KELLEY** [1] -
2393:22
**Kellingray** [6] -
2587:12, 2587:15,
2587:23, 2587:24,
2588:16, 2588:22
**kelly** [2] - 2564:3,
2564:9
**KERRY** [1] - 2395:14
**kick** [2] - 2551:12,
2551:13
**kill** [1] - 2409:11
**KINCHEN** [2] -
2396:7, 2396:7
**kind** [9] - 2406:14,
2415:20, 2475:5,
2507:21, 2532:4,
2537:10, 2557:5,
2568:10, 2573:12
**KIRKLAND** [1] -
2395:6
**knew** [6] - 2409:17,
2444:22, 2491:18,
2570:21, 2591:17,
2591:20
**know** [95] - 2399:19,
2399:21, 2400:10,
2401:9, 2402:21,
2406:3, 2409:5,
2410:21, 2411:6,
2417:25, 2418:23,
2418:24, 2422:18,
2433:10, 2439:1,
2443:10, 2445:17,
2449:5, 2451:16,
2456:6, 2457:11,
2457:12, 2464:11,
2466:9, 2467:23,
2471:15, 2471:17,
2472:22, 2473:18,
2474:2, 2474:4,
2477:9, 2477:11,
2479:12, 2480:4,
2482:24, 2482:25,
2483:1, 2483:2,
2483:3, 2486:20,
2487:9, 2491:7,
2496:8, 2496:15,
2496:20, 2498:15,
2499:4, 2511:10,
2515:19, 2520:11,

2524:1, 2526:14,
2527:1, 2527:7,
2527:13, 2528:5,
2529:13, 2530:9,
2531:6, 2531:12,
2531:19, 2531:25,
2533:3, 2534:22,
2541:14, 2546:14,
2547:9, 2548:9,
2553:13, 2553:16,
2554:21, 2555:2,
2555:23, 2557:2,
2557:8, 2559:3,
2560:2, 2562:21,
2565:2, 2567:3,
2569:6, 2569:10,
2570:6, 2570:18,
2570:24, 2572:14,
2580:17, 2583:9,
2585:8, 2587:18
**knowing** [5] -
2411:24, 2469:19,
2561:1, 2584:21
**knowledge** [10] -
2400:25, 2401:21,
2424:6, 2487:16,
2514:12, 2563:8,
2590:3, 2591:5,
2591:9, 2591:18
**known** [7] - 2450:16,
2463:23, 2480:2,
2547:17, 2547:18,
2554:24, 2575:10
**Kodiak** [10] - 2498:6,
2498:11, 2498:22,
2499:12, 2500:7,
2500:14, 2501:2,
2501:3, 2518:3,
2553:10
**KRAUS** [1] - 2394:15
**KRAUSS** [1] - 2402:1
**Krauss** [1] - 2402:1
**KULLMAN** [1] -
2391:14

# L

**L** [2] - 2394:4,
2395:18
**L.L.C** [1] - 2397:6
**LA** [15] - 2391:5,
2391:8, 2391:16,
2391:23, 2392:8,
2392:12, 2392:15,
2392:22, 2394:12,
2394:16, 2394:23,
2395:15, 2396:5,
2396:13, 2397:14
**lab** [55] - 2423:22,
2431:21, 2447:2,

2447:6, 2448:19,
2449:2, 2449:13,
2449:15, 2450:16,
2451:25, 2452:13,
2456:6, 2456:10,
2459:20, 2464:19,
2475:9, 2477:1,
2477:6, 2477:8,
2477:10, 2477:20,
2480:9, 2485:23,
2486:18, 2504:10,
2504:23, 2505:25,
2506:1, 2506:3,
2506:7, 2506:11,
2513:15, 2517:6,
2518:3, 2518:12,
2518:15, 2518:18,
2518:22, 2518:25,
2519:5, 2520:20,
2522:6, 2526:17,
2526:25, 2529:19,
2529:21, 2530:5,
2530:7, 2530:11,
2530:13, 2544:20,
2574:8, 2577:6,
2577:7, 2590:20
**laboratories** [3] -
2528:24, 2528:25,
2529:16
**laboratory** [15] -
2441:15, 2476:21,
2484:8, 2484:20,
2485:4, 2504:3,
2505:12, 2510:16,
2513:9, 2522:6,
2529:3, 2535:8,
2542:20, 2571:6,
2583:17
**labs** [1] - 2506:11
**lack** [2] - 2453:21,
2454:22
**Lafarge** [1] - 2424:21
**Lafayette** [1] -
2587:20
**LAFAYETTE** [2] -
2391:5, 2396:5
**LAFLEUR** [1] -
2396:3
**LAMAR** [1] - 2397:4
**lamp** [7] - 2428:1,
2428:5, 2428:14,
2429:4, 2429:12,
2429:18, 2430:1
**lamps** [1] - 2429:21
**Land** [1] - 2559:7
**landing** [1] - 2565:14
**LANGAN** [1] - 2395:7
**language** [3] -
2440:6, 2548:1
**large** [5] - 2435:18,

2436:9, 2458:1,
2507:25, 2556:19
**LASALLE** [1] -
2395:8
**last** [18] - 2400:25,
2401:12, 2401:19,
2443:20, 2468:9,
2477:16, 2495:20,
2496:5, 2497:20,
2505:22, 2510:7,
2525:5, 2527:10,
2537:4, 2551:2,
2560:21, 2582:15,
2588:23
**lastly** [1] - 2494:25
**later** [4] - 2399:14,
2402:9, 2402:22,
2445:6
**law** [1] - 2426:25
**LAW** [3] - 2392:7,
2392:10, 2392:21
**LAWRENCE** [1] -
2393:17
**lawyer** [1] - 2440:7
**lawyers** [1] - 2566:20
**lead** [2] - 2497:14,
2505:23
**leaders** [1] - 2584:8
**leaned** [1] - 2480:4
**leap** [2] - 2482:21,
2496:13
**learn** [1] - 2520:9
**learned** [5] - 2423:6,
2429:10, 2432:18,
2449:19, 2564:12
**LEASING** [1] -
2390:13
**least** [3] - 2407:9,
2554:18, 2563:13
**leave** [6] - 2399:18,
2420:5, 2421:24,
2438:25, 2505:25,
2506:11
**leaves** [2] - 2457:18,
2457:21
**led** [1] - 2573:22
**leeway** [1] - 2414:20
**left** [6] - 2475:8,
2491:23, 2501:3,
2551:7, 2569:7,
2579:21
**leftover** [3] -
2443:17, 2498:7,
2498:10
**legal** [1] - 2580:17
**LEGER** [2] -
2391:21, 2391:22
**legitimate** [2] -
2458:8, 2458:10
**lenient** [1] - 2499:3

**less** [4] - 2421:20, 2554:18, 2559:23, 2560:5

**let** [45] - 2399:19, 2399:20, 2401:9, 2402:21, 2408:9, 2426:17, 2436:14, 2451:5, 2466:2, 2467:21, 2467:23, 2470:6, 2470:16, 2477:13, 2482:6, 2488:18, 2489:18, 2492:11, 2492:18, 2496:8, 2500:25, 2501:2, 2501:17, 2510:4, 2513:5, 2513:7, 2513:21, 2515:19, 2517:25, 2526:11, 2530:3, 2536:14, 2540:6, 2542:17, 2543:9, 2549:23, 2550:11, 2556:22, 2566:25, 2567:11, 2574:6, 2574:12, 2591:25

**let's** [61] - 2407:2, 2409:14, 2409:16, 2409:19, 2410:20, 2411:22, 2413:3, 2413:17, 2419:8, 2419:9, 2420:2, 2420:3, 2423:21, 2424:9, 2425:13, 2427:8, 2428:10, 2430:4, 2430:10, 2432:6, 2432:18, 2434:18, 2437:6, 2437:17, 2439:25, 2440:1, 2441:10, 2441:11, 2441:20, 2441:24, 2443:7, 2444:14, 2445:13, 2446:3, 2447:25, 2449:11, 2452:21, 2453:7, 2455:7, 2460:4, 2463:2, 2464:18, 2470:20, 2492:22, 2496:3, 2510:4, 2515:17, 2517:23, 2520:19, 2521:13, 2543:17, 2548:21, 2556:17, 2563:11, 2564:24, 2565:10, 2570:4, 2590:7, 2592:12

**letters** [5] - 2532:14, 2533:6, 2534:19, 2534:21, 2534:25

**level** [2] - 2490:18, 2491:11

**levels** [1] - 2413:4

**LEWIS** [5] - 2391:14, 2394:20, 2396:21, 2397:3, 2397:6

**LI** [1] - 2395:23

**life** [2] - 2512:24, 2587:19

**LIFE** [1] - 2391:15

**lift** [1] - 2570:13

**light** [2] - 2436:6, 2494:18

**lighter** [3] - 2453:17, 2455:13, 2492:16

**lighter-weight** [1] - 2492:16

**like** [47] - 2400:2, 2403:11, 2404:13, 2407:4, 2408:21, 2415:20, 2419:16, 2422:14, 2465:2, 2467:16, 2468:8, 2482:18, 2483:13, 2491:21, 2495:6, 2502:4, 2504:23, 2506:16, 2509:18, 2511:9, 2513:1, 2522:9, 2522:13, 2524:21, 2527:24, 2529:6, 2530:20, 2531:2, 2532:8, 2533:19, 2533:24, 2534:21, 2535:6, 2535:20, 2538:9, 2542:18, 2546:18, 2550:20, 2554:9, 2554:12, 2559:12, 2568:10, 2575:19, 2577:15, 2583:5, 2583:22, 2590:8

**likely** [1] - 2400:19

**limine** [6] - 2540:15, 2540:22, 2540:25, 2541:15, 2541:20, 2542:3

**limit** [2] - 2431:17, 2431:20

**limitations** [3] - 2430:8, 2430:10, 2432:2

**limited** [2] - 2412:9, 2585:8

**line** [10] - 2477:16, 2479:3, 2488:16, 2495:20, 2540:8, 2540:10, 2550:7, 2564:1, 2573:10, 2589:23

**linear** [3] - 2573:10, 2583:13, 2583:16

**liners** [1] - 2496:4

**liquid** [4] - 2436:15, 2469:24, 2494:6, 2507:11

**LISKOW** [1] - 2394:20

**list** [11] - 2399:10, 2399:13, 2399:25, 2400:1, 2401:8, 2402:3, 2410:6, 2476:1, 2546:23, 2577:6, 2584:15

**listed** [2] - 2545:16, 2591:6

**lists** [3] - 2401:10, 2402:13, 2576:5

**literally** [2] - 2420:16, 2532:1

**literature** [3] - 2502:12, 2503:5, 2518:12

**LITIGATION** [1] - 2393:21

**little** [16] - 2403:12, 2414:4, 2417:20, 2421:18, 2434:3, 2437:6, 2444:21, 2460:4, 2500:19, 2501:21, 2504:24, 2524:11, 2538:9, 2553:13, 2556:23, 2592:13

**living** [1] - 2517:14

**LLC** [1] - 2395:11

**located** [1] - 2484:4

**location** [3] - 2560:19, 2561:10, 2562:1

**locations** [2] - 2425:11, 2586:16

**log** [1] - 2569:22

**long** [3] - 2426:15, 2555:13, 2575:10

**longer** [5] - 2413:14, 2428:4, 2429:12, 2433:13, 2447:12

**look** [44] - 2399:20, 2407:3, 2415:20, 2418:9, 2418:23, 2424:20, 2425:4, 2426:5, 2433:25, 2435:12, 2436:10, 2438:1, 2445:24, 2447:7, 2448:1, 2448:11, 2449:5, 2455:11, 2462:18, 2462:19, 2470:14, 2477:1, 2477:6, 2477:19, 2477:20, 2488:22, 2488:24, 2489:1, 2501:5,

2512:18, 2513:2, 2522:13, 2537:11, 2541:9, 2553:20, 2571:18, 2579:18, 2579:19, 2582:4, 2583:12, 2587:15, 2588:23

**look-see** [1] - 2424:20

**looked** [23] - 2401:14, 2403:14, 2412:19, 2412:22, 2428:4, 2437:13, 2437:22, 2439:20, 2442:11, 2449:6, 2449:8, 2452:14, 2455:22, 2458:4, 2465:22, 2488:4, 2488:19, 2502:14, 2559:1, 2559:4, 2572:16, 2584:22, 2590:18

**looking** [14] - 2425:18, 2454:21, 2509:19, 2513:15, 2517:15, 2527:7, 2538:16, 2540:3, 2553:20, 2553:22, 2569:1, 2571:15, 2574:11, 2583:7

**looks** [6] - 2404:12, 2426:9, 2440:17, 2440:18, 2510:4, 2542:17

**LOS** [1] - 2395:24

**loses** [1] - 2538:11

**loss** [15] - 2438:15, 2494:16, 2538:18, 2539:9, 2539:10, 2539:11, 2539:15, 2539:17, 2539:18, 2539:22, 2578:11, 2578:13, 2578:14

**lost** [5] - 2477:11, 2494:19, 2494:22, 2538:6, 2545:1

**lost-circulation** [1] - 2494:19

**lot** [15] - 2414:20, 2426:15, 2426:16, 2466:15, 2492:15, 2532:5, 2557:23, 2564:18, 2564:23, 2583:13, 2587:2, 2587:19, 2589:1, 2590:14

**lots** [3] - 2407:17, 2589:4, 2589:21

**LOUISIANA** [5] - 2390:2, 2390:8,

2394:8, 2394:10, 2397:8

**Louisiana** [3] - 2402:2, 2534:17, 2593:5

**Louisiana's** [1] - 2402:6

**low** [11] - 2409:23, 2411:1, 2446:9, 2446:11, 2494:18, 2549:16, 2554:6, 2555:3, 2555:6, 2573:18, 2589:9

**lower** [7] - 2446:15, 2494:16, 2539:22, 2558:13, 2581:13, 2581:14, 2582:20

**LUIS** [1] - 2395:23

**lunch** [3] - 2474:15, 2592:12, 2592:13

**LUNCH** [1] - 2592:16

**lunchtime** [1] - 2590:12

**LUTHER** [1] - 2394:4

## M

**m** [1] - 2399:4

**M** [1] - 2391:14

**MAC** [4] - 2434:19, 2437:1, 2530:14, 2531:16

**MAC4** [5] - 2418:17, 2425:15, 2432:6, 2545:12, 2545:13

**machine** [2] - 2477:9, 2477:11

**Macondo** [51] - 2406:15, 2407:15, 2412:9, 2415:3, 2417:3, 2423:18, 2423:25, 2428:22, 2428:24, 2429:1, 2438:23, 2441:13, 2444:5, 2449:23, 2450:2, 2450:24, 2459:4, 2466:19, 2468:16, 2468:20, 2468:23, 2469:2, 2473:6, 2473:15, 2474:1, 2479:12, 2479:24, 2480:20, 2481:24, 2489:24, 2495:13, 2496:12, 2497:11, 2499:13, 2508:19, 2511:12, 2538:24, 2545:12, 2547:5, 2553:9, 2560:24, 2574:11, 2580:1, 2581:25,

2582:8, 2582:10,
2587:3, 2590:4,
2591:3, 2591:12,
2591:21

**made** [16] - 2408:2,
2462:17, 2465:3,
2483:1, 2495:9,
2496:13, 2525:13,
2526:20, 2530:10,
2531:1, 2532:18,
2532:22, 2540:21,
2547:25, 2548:4,
2584:11

**MAGAZINE** [1] -
2392:22

**magnitude** [1] -
2449:24

**MAHTOOK** [1] -
2396:3

**mail** [20] - 2440:24,
2441:8, 2474:10,
2474:19, 2488:5,
2488:6, 2495:16,
2496:15, 2558:22,
2581:19, 2582:4,
2582:13, 2582:24,
2583:4, 2587:11,
2588:12, 2588:15,
2590:18

**mailed** [2] - 2511:15,
2511:18

**mails** [4] - 2487:25,
2512:11, 2512:14,
2528:1

**main** [1] - 2490:5
**MAIN** [1] - 2392:15
**maintains** [1] -
2494:4

**major** [1] - 2429:10
**majority** [1] -
2474:17

**make** [40] - 2407:2,
2411:7, 2414:11,
2414:23, 2416:13,
2421:20, 2428:20,
2431:2, 2433:22,
2435:1, 2436:21,
2448:2, 2448:14,
2450:5, 2452:16,
2456:15, 2459:24,
2469:8, 2469:19,
2489:15, 2490:2,
2501:25, 2507:10,
2507:21, 2511:9,
2518:14, 2519:2,
2522:24, 2530:1,
2532:16, 2534:10,
2546:1, 2548:12,
2556:10, 2562:11,
2573:4, 2576:5,

2579:18, 2587:18,
2588:8

**maker** [1] - 2591:14
**makers** [1] - 2487:3
**makes** [1] - 2446:20
**making** [6] -
2408:24, 2440:21,
2482:21, 2532:4,
2563:22, 2578:22

**MALINDA** [1] -
2393:17

**manage** [2] -
2554:22, 2558:8

**Management** [1] -
2533:12

**manifested** [1] -
2421:7

**manual** [3] -
2506:16, 2506:18,
2559:7

**Manual** [2] -
2502:17, 2503:10

**manuals** [3] -
2503:13, 2507:3

**manufacturer** [1] -
2424:25

**many** [6] - 2425:18,
2512:22, 2520:17,
2541:14, 2567:9,
2590:14

**March** [8] - 2390:9,
2440:25, 2441:12,
2442:8, 2484:9,
2495:17, 2511:16,
2516:21

**MARCH** [1] - 2399:3
**margin** [1] - 2457:7
**Marianas** [2] -
2551:6, 2551:7

**Mark** [3] - 2440:25,
2495:16, 2582:5

**mark** [2] - 2578:9,
2578:10

**marked** [2] -
2483:14, 2587:6

**marketing** [1] -
2548:1

**marks** [1] - 2577:12
**marriage** [1] -
2408:20

**marrying** [2] -
2408:9, 2408:11

**MARSHAL** [2] -
2504:16, 2592:15

**mass** [1] - 2435:19
**massive** [1] - 2568:3
**master** [1] - 2534:11
**match** [2] - 2537:2,
2560:24

**material** [3] -

2512:11, 2557:22,
2579:20

**materials** [13] -
2408:1, 2417:17,
2417:18, 2444:17,
2469:7, 2488:3,
2501:22, 2526:18,
2526:25, 2533:9,
2533:17, 2535:1,
2581:13

**mates** [1] - 2547:22
**math** [4] - 2491:23,
2491:24, 2566:20,
2568:1

**matrix** [1] - 2438:15
**Matt** [1] - 2468:4
**matter** [7] - 2429:8,
2445:15, 2468:4,
2549:18, 2577:5,
2577:14, 2593:8

**matters** [3] - 2399:8,
2402:23, 2425:10

**MATTHEW** [1] -
2395:8

**may** [25] - 2403:5,
2406:10, 2414:18,
2415:14, 2424:2,
2427:12, 2439:6,
2467:8, 2468:2,
2469:22, 2482:24,
2504:20, 2533:2,
2534:1, 2535:25,
2541:1, 2542:24,
2560:6, 2562:15,
2571:5, 2577:10,
2578:6, 2586:3,
2589:10

**May** [2] - 2489:5,
2531:13

**maybe** [11] - 2402:9,
2424:20, 2430:22,
2440:20, 2448:3,
2466:7, 2470:16,
2503:20, 2519:22,
2527:12, 2547:7

**MAZE** [1] - 2394:4
**McCLELLAN** [1] -
2393:15

**McKINNEY** [1] -
2396:18

**me** [87] - 2399:13,
2401:18, 2404:21,
2406:2, 2406:10,
2407:5, 2408:9,
2415:1, 2419:2,
2420:3, 2420:9,
2423:2, 2426:17,
2427:2, 2434:10,
2434:13, 2436:15,
2440:11, 2440:14,

2443:19, 2444:8,
2451:5, 2458:7,
2461:17, 2461:18,
2461:24, 2466:2,
2467:8, 2467:23,
2470:6, 2470:12,
2470:16, 2476:12,
2477:13, 2482:6,
2484:23, 2488:18,
2489:18, 2490:1,
2490:7, 2492:11,
2492:18, 2493:5,
2496:8, 2500:25,
2501:2, 2501:17,
2513:5, 2513:7,
2513:21, 2515:19,
2517:25, 2524:22,
2526:11, 2530:3,
2531:19, 2532:5,
2532:6, 2532:9,
2532:10, 2533:19,
2534:10, 2534:20,
2536:14, 2540:6,
2542:17, 2543:9,
2549:23, 2550:11,
2556:22, 2564:2,
2564:3, 2564:9,
2566:19, 2566:25,
2567:11, 2570:6,
2570:9, 2574:6,
2574:12, 2577:17,
2579:6, 2582:8,
2589:3

**mean** [16] - 2415:2,
2424:17, 2433:19,
2446:11, 2446:14,
2477:12, 2529:25,
2531:5, 2557:21,
2564:5, 2567:12,
2573:10, 2580:18,
2583:16, 2583:18,
2589:21

**meaning** [2] -
2531:17, 2580:12

**meaningful** [1] -
2448:20

**meaningless** [1] -
2548:13

**means** [5] - 2414:9,
2431:9, 2446:19,
2453:10, 2563:14

**meant** [3] - 2426:22,
2458:21, 2564:5

**measure** [4] -
2426:21, 2436:11,
2509:11, 2509:14

**measured** [4] -
2433:7, 2508:8,
2508:16, 2564:7

**measurement** [2] -

2434:1, 2434:2
**measurements** [4] -
2436:23, 2448:7,
2463:14, 2537:7

**measuring** [1] -
2538:15

**MECHANICAL** [1] -
2397:16

**meet** [4] - 2444:18,
2470:13, 2510:24,
2511:2

**meeting** [1] -
2486:21

**meetings** [1] -
2474:23

**member** [2] -
2429:22, 2473:5

**members** [2] -
2457:19, 2489:24

**memory** [2] -
2418:22, 2520:16

**men** [1] - 2469:16
**mentioned** [4] -
2470:13, 2508:13,
2557:19, 2581:8

**mentor** [1] - 2471:18
**mere** [1] - 2445:8
**MERIT** [1] - 2397:13
**met** [2] - 2468:6,
2476:7

**metered** [2] -
2463:17, 2463:18

**methodology** [1] -
2572:8

**Methods** [1] - 2559:7
**MEXICO** [1] - 2390:6
**Mexico** [1] - 2420:13
**MI** [3] - 2397:6,
2574:25, 2575:1

**mic** [1] - 2400:11
**MICHAEL** [2] -
2393:4, 2395:22

**MICHELLE** [1] -
2393:16

**Michoud** [1] -
2534:12

**middle** [3] - 2484:8,
2526:13, 2556:2

**might** [12] - 2471:1,
2483:3, 2500:19,
2507:1, 2526:12,
2531:2, 2533:16,
2545:25, 2556:23,
2589:8, 2591:19

**migrate** [1] - 2453:15
**migration** [4] -
2440:3, 2440:8,
2494:8, 2494:12

**MIKAL** [1] - 2392:3
**Mike** [3] - 2399:9,

2402:8, 2533:2

**miles** [3] - 2405:11, 2405:14, 2463:7

**MILLER** [1] - 2395:14

**Miller** [2] - 2553:6, 2577:10

**Miller's** [1] - 2554:4

**milliliters** [1] - 2545:2

**mind** [5] - 2414:9, 2419:7, 2444:14, 2535:23, 2569:20

**Minerals** [1] - 2533:12

**minimum** [3] - 2413:11, 2550:15, 2550:16

**minute** [15] - 2421:10, 2427:24, 2438:25, 2439:1, 2447:25, 2467:8, 2482:5, 2502:15, 2513:4, 2554:7, 2554:10, 2554:14, 2554:15, 2554:16

**minutes** [8] - 2402:20, 2428:11, 2428:15, 2454:16, 2504:15, 2572:3, 2572:7

**mischaracterize** [1] - 2525:12

**misinterpreted** [1] - 2407:17

**missed** [1] - 2569:5

**missing** [1] - 2442:25

**misspoke** [1] - 2427:13

**misstate** [1] - 2533:10

**misstates** [1] - 2454:15

**mitigate** [1] - 2476:16

**mitigating** [2] - 2411:3, 2497:25

**mix** [8] - 2419:9, 2419:12, 2421:3, 2441:23, 2522:4, 2524:18, 2526:2, 2555:16

**mixability** [1] - 2441:22

**mixed** [1] - 2494:17

**mixer** [5] - 2524:9, 2524:11, 2524:12, 2524:16, 2524:18

**mixes** [2] - 2524:12,

2524:16

**mixing** [2] - 2444:18, 2535:21

**MMS** [4] - 2550:6, 2550:10, 2550:11, 2550:13

**Mobil** [4] - 2569:15, 2569:24, 2570:2, 2570:7

**MOBILE** [1] - 2391:12

**MOC** [1] - 2581:12

**model** [21] - 2405:4, 2430:25, 2461:13, 2560:17, 2560:21, 2561:1, 2561:3, 2561:4, 2561:8, 2561:21, 2561:25, 2562:16, 2562:18, 2562:22, 2562:25, 2563:3, 2563:5, 2563:9, 2585:18, 2586:12, 2586:21

**modeling** [11] - 2556:24, 2557:1, 2557:2, 2560:11, 2561:17, 2561:18, 2585:13, 2585:16, 2585:21, 2589:2

**models** [1] - 2586:11

**moist** [1] - 2421:18

**moment** [3] - 2565:24, 2571:11

**Monday** [2] - 2400:16, 2585:23

**money** [2] - 2422:14, 2500:7

**MONTGOMERY** [1] - 2394:6

**month** [2] - 2442:13, 2442:23

**months** [1] - 2590:4

**more** [39] - 2411:17, 2413:14, 2413:15, 2429:18, 2430:1, 2432:8, 2435:15, 2437:1, 2446:21, 2450:9, 2451:10, 2451:12, 2451:13, 2451:19, 2462:5, 2463:7, 2470:16, 2490:22, 2493:3, 2493:14, 2493:15, 2504:7, 2504:24, 2507:1, 2509:22, 2517:22, 2522:16, 2522:24, 2533:4, 2546:22, 2547:7, 2551:17, 2553:13, 2558:14, 2561:4,

2564:18, 2573:17, 2583:23, 2590:10

**Morel** [9] - 2440:25, 2474:5, 2487:6, 2487:15, 2488:12, 2582:5, 2582:10, 2582:25, 2583:3

**Morel's** [1] - 2590:19

**Morgan** [5] - 2525:24, 2526:1, 2526:17, 2526:24, 2527:2

**MORGAN** [1] - 2397:6

**Morgan's** [1] - 2526:6

**MORNING** [1] - 2390:20

**morning** [23] - 2399:7, 2399:9, 2399:23, 2400:7, 2400:22, 2402:1, 2402:10, 2402:15, 2403:1, 2403:2, 2403:3, 2403:9, 2468:2, 2468:3, 2469:11, 2503:20, 2504:14, 2539:24, 2540:2, 2542:9, 2572:19, 2575:14, 2585:23

**most** [2] - 2419:4, 2532:6

**motion** [8] - 2540:15, 2540:22, 2540:24, 2541:20, 2541:21, 2541:22, 2542:3

**motions** [1] - 2541:14

**move** [19] - 2400:2, 2401:1, 2401:22, 2410:22, 2421:22, 2446:3, 2455:7, 2466:4, 2490:14, 2493:23, 2504:10, 2510:20, 2515:19, 2544:11, 2555:12, 2562:13, 2566:7, 2571:2, 2582:15

**moved** [1] - 2584:23

**movement** [1] - 2579:22

**moving** [2] - 2490:15, 2494:1

**Mr** [213] - 2398:6, 2398:7, 2398:8, 2399:8, 2399:17, 2400:5, 2400:8, 2400:14, 2400:15, 2400:17, 2400:18,

2400:20, 2401:3, 2401:6, 2402:2, 2402:8, 2402:9, 2402:11, 2402:14, 2403:4, 2403:9, 2410:6, 2411:8, 2414:24, 2422:3, 2436:18, 2460:4, 2464:3, 2467:12, 2467:24, 2468:2, 2468:8, 2469:1, 2469:7, 2471:16, 2472:6, 2472:16, 2473:5, 2473:18, 2475:3, 2475:13, 2476:12, 2479:3, 2483:13, 2483:15, 2487:6, 2487:7, 2487:15, 2488:7, 2488:12, 2488:13, 2488:16, 2488:24, 2489:3, 2489:5, 2489:8, 2489:14, 2490:5, 2490:17, 2491:1, 2491:2, 2491:11, 2491:18, 2492:18, 2493:2, 2495:3, 2495:13, 2495:20, 2496:1, 2496:4, 2496:12, 2498:13, 2498:18, 2498:21, 2500:2, 2500:6, 2500:20, 2504:1, 2504:20, 2504:23, 2505:3, 2505:8, 2509:22, 2511:11, 2511:15, 2511:22, 2511:24, 2512:2, 2512:7, 2512:14, 2513:2, 2513:9, 2519:9, 2520:4, 2520:13, 2520:21, 2521:23, 2524:22, 2525:3, 2526:6, 2526:14, 2528:5, 2528:14, 2534:10, 2535:6, 2535:8, 2538:22, 2539:25, 2540:10, 2540:20, 2541:4, 2541:20, 2542:6, 2542:7, 2542:8, 2542:10, 2542:22, 2542:23, 2542:24, 2543:4, 2543:7, 2543:9, 2543:13, 2543:20, 2543:22, 2544:1, 2544:4, 2545:17, 2551:5, 2553:6, 2554:4, 2556:23, 2558:22,

2561:18, 2561:21, 2562:3, 2562:15, 2562:21, 2563:2, 2563:5, 2563:12, 2567:6, 2568:22, 2570:9, 2572:1, 2572:6, 2573:19, 2574:13, 2574:21, 2575:4, 2575:5, 2575:8, 2575:14, 2575:23, 2575:25, 2576:3, 2576:4, 2576:6, 2576:13, 2576:17, 2577:5, 2577:10, 2577:15, 2578:2, 2579:11, 2580:9, 2580:15, 2581:4, 2581:8, 2581:17, 2581:19, 2581:23, 2582:4, 2582:10, 2582:19, 2582:24, 2582:25, 2583:3, 2583:7, 2585:1, 2585:13, 2587:3, 2587:9, 2587:12, 2587:15, 2587:16, 2587:23, 2587:24, 2588:16, 2588:22, 2589:18, 2590:1, 2590:2, 2590:4, 2590:10, 2590:19

**MR** [170] - 2399:9, 2399:18, 2399:23, 2400:7, 2400:13, 2400:18, 2400:21, 2400:22, 2401:4, 2401:7, 2401:12, 2401:13, 2401:15, 2401:19, 2401:24, 2402:1, 2402:7, 2402:13, 2402:19, 2403:3, 2403:8, 2412:15, 2413:2, 2414:13, 2414:18, 2414:22, 2414:25, 2416:15, 2416:18, 2417:10, 2417:11, 2417:22, 2417:24, 2419:8, 2419:11, 2422:4, 2448:24, 2448:25, 2451:8, 2451:9, 2454:15, 2454:17, 2454:19, 2454:25, 2455:2, 2458:14, 2458:18, 2458:19, 2458:22, 2458:23, 2460:13, 2460:14, 2460:15, 2460:20, 2460:21, 2461:25, 2462:2,

2466:3, 2466:9, 2466:10, 2466:14, 2467:3, 2467:6, 2467:8, 2467:11, 2467:15, 2467:20, 2468:1, 2470:25, 2490:4, 2490:9, 2490:15, 2490:16, 2499:2, 2499:5, 2499:8, 2500:1, 2502:23, 2502:24, 2504:13, 2504:21, 2504:22, 2505:1, 2505:2, 2505:7, 2508:4, 2508:5, 2510:22, 2511:1, 2529:23, 2530:2, 2531:9, 2531:13, 2531:16, 2531:19, 2531:22, 2532:10, 2532:18, 2533:2, 2534:1, 2534:3, 2534:9, 2534:16, 2534:24, 2535:5, 2540:14, 2540:17, 2540:19, 2540:23, 2541:1, 2541:3, 2541:18, 2541:21, 2541:23, 2542:1, 2542:3, 2542:12, 2542:16, 2543:10, 2543:19, 2544:14, 2544:15, 2548:21, 2548:22, 2551:1, 2551:4, 2555:9, 2555:11, 2559:5, 2559:6, 2562:3, 2562:9, 2562:13, 2562:14, 2570:5, 2570:8, 2574:3, 2574:5, 2574:21, 2574:24, 2575:1, 2575:3, 2575:8, 2575:12, 2575:17, 2575:18, 2575:21, 2576:12, 2577:14, 2577:18, 2577:25, 2578:2, 2578:6, 2578:13, 2578:16, 2578:19, 2579:8, 2579:10, 2587:6, 2587:8, 2589:23, 2590:1, 2590:7, 2590:13, 2590:16, 2590:17, 2590:23, 2591:1, 2591:24, 2592:2

**Ms** [1] - 2401:7
**MS** [2] - 2575:22, 2576:1
**much** [12] - 2425:9,

2426:20, 2465:22, 2467:12, 2482:19, 2490:22, 2546:20, 2556:10, 2568:23, 2575:6, 2579:9, 2590:10
**mud** [48] - 2410:3, 2411:25, 2412:3, 2412:7, 2412:9, 2412:13, 2412:14, 2412:17, 2413:7, 2413:8, 2413:14, 2413:15, 2413:18, 2413:19, 2413:20, 2413:23, 2415:5, 2415:12, 2415:16, 2415:17, 2441:21, 2441:22, 2493:1, 2493:7, 2493:12, 2493:16, 2493:19, 2495:7, 2497:4, 2563:14, 2563:18, 2563:22, 2564:1, 2564:20, 2566:7, 2566:15, 2566:22, 2566:25, 2567:8, 2567:9, 2567:22, 2568:3, 2568:4, 2569:7, 2569:10, 2569:11
**multiplying** [1] - 2451:21
**MUNGER** [1] - 2395:21
**must** [3] - 2406:11, 2440:3, 2440:5
**my** [70] - 2400:25, 2401:21, 2402:7, 2403:11, 2404:8, 2406:8, 2408:8, 2418:15, 2437:19, 2439:23, 2459:1, 2462:12, 2466:25, 2468:4, 2468:11, 2470:12, 2470:24, 2472:21, 2479:6, 2482:24, 2488:22, 2488:23, 2489:22, 2490:2, 2499:25, 2508:15, 2509:25, 2510:5, 2510:24, 2512:9, 2517:19, 2521:6, 2524:22, 2525:7, 2525:9, 2525:12, 2526:3, 2530:3, 2531:9, 2531:22, 2532:8, 2532:12, 2532:19, 2533:10, 2534:17, 2535:23, 2536:5,

2540:9, 2548:9, 2554:2, 2554:11, 2556:2, 2563:18, 2563:20, 2563:24, 2566:2, 2567:6, 2568:1, 2568:3, 2568:21, 2569:2, 2570:20, 2585:11, 2587:16, 2588:8, 2593:7
**myself** [3] - 2436:15, 2444:13, 2573:21

## N

**N** [5] - 2395:8, 2398:1, 2399:4
**NAG** [1] - 2589:9
**Nakika** [1] - 2496:6
**name** [3] - 2403:11, 2468:4, 2528:19
**nap** [1] - 2575:7
**narrow** [2] - 2461:10, 2581:15
**narrower** [1] - 2457:7
**NATHANIEL** [1] - 2393:11
**National** [1] - 2535:9
**NATURAL** [1] - 2393:8
**necessarily** [6] - 2406:25, 2422:19, 2433:12, 2483:2, 2496:15, 2570:18
**necessary** [1] - 2542:24
**need** [21] - 2401:18, 2405:20, 2407:16, 2409:5, 2409:7, 2410:16, 2442:17, 2442:20, 2448:19, 2456:1, 2467:17, 2467:23, 2507:21, 2508:2, 2509:4, 2510:17, 2510:19, 2522:13, 2553:13, 2553:16, 2590:11
**needed** [6] - 2409:24, 2444:17, 2450:15, 2547:7, 2574:20, 2575:14
**needs** [3] - 2498:4, 2515:8, 2546:7
**negative** [13] - 2406:14, 2406:20, 2406:24, 2407:7, 2407:17, 2407:20, 2466:21, 2571:5,

2573:20, 2573:22, 2573:25, 2591:21
**neighborhood** [1] - 2411:15
**neither** [1] - 2478:20
**nerdy** [1] - 2512:25
**never** [13] - 2447:14, 2468:6, 2487:11, 2504:1, 2504:2, 2514:12, 2522:20, 2525:14, 2528:21, 2530:24, 2541:10, 2554:9, 2555:4
**new** [7] - 2403:13, 2421:8, 2426:24, 2500:9, 2500:13, 2500:17, 2571:24
**NEW** [10] - 2390:8, 2391:8, 2391:16, 2391:23, 2392:22, 2394:16, 2394:23, 2395:15, 2396:13, 2397:14
**next** [26] - 2401:9, 2402:25, 2406:18, 2416:15, 2416:16, 2419:9, 2435:5, 2441:10, 2441:24, 2467:14, 2474:4, 2480:3, 2485:13, 2512:2, 2527:2, 2527:12, 2536:13, 2536:14, 2554:2, 2565:13, 2566:2, 2585:10
**nine** [12] - 2425:3, 2427:7, 2427:11, 2427:12, 2438:10, 2450:6, 2525:15, 2535:21, 2535:22, 2545:16, 2584:19, 2591:5
**nine-gallon** [4] - 2427:7, 2427:11, 2438:10, 2525:15
**NINTH** [1] - 2392:11
**nitrogen** [29] - 2404:4, 2404:9, 2444:20, 2455:5, 2460:9, 2460:12, 2460:23, 2461:4, 2461:8, 2461:17, 2462:13, 2462:19, 2463:4, 2463:6, 2463:11, 2463:17, 2463:18, 2463:19, 2464:19, 2465:4, 2465:8, 2465:12, 2465:15, 2493:12, 2493:13, 2579:20,

2579:22, 2580:3
**no** [134] - 2400:25, 2401:22, 2402:4, 2403:22, 2404:6, 2404:8, 2404:10, 2404:14, 2412:1, 2412:25, 2413:13, 2416:24, 2417:1, 2417:15, 2424:1, 2424:5, 2424:12, 2427:12, 2427:14, 2431:12, 2434:4, 2434:13, 2439:12, 2442:16, 2442:19, 2442:22, 2444:4, 2444:16, 2445:11, 2447:24, 2450:14, 2450:22, 2454:3, 2454:5, 2454:10, 2455:6, 2455:20, 2459:13, 2459:19, 2460:1, 2460:3, 2464:13, 2464:23, 2465:5, 2465:7, 2465:16, 2468:7, 2469:20, 2470:19, 2472:3, 2473:7, 2480:21, 2484:22, 2486:9, 2487:10, 2487:23, 2488:6, 2490:12, 2492:5, 2494:8, 2498:20, 2498:22, 2499:11, 2499:16, 2500:8, 2500:11, 2500:16, 2500:24, 2504:7, 2506:6, 2511:23, 2514:8, 2514:13, 2514:20, 2515:16, 2515:24, 2516:4, 2516:25, 2517:4, 2519:10, 2519:14, 2521:12, 2521:24, 2522:1, 2524:17, 2524:20, 2526:4, 2527:1, 2527:23, 2528:4, 2528:11, 2528:21, 2529:2, 2529:5, 2529:9, 2530:21, 2543:1, 2545:24, 2546:13, 2548:6, 2554:5, 2554:11, 2555:7, 2557:1, 2557:7, 2558:7, 2560:18, 2560:20, 2561:11, 2562:17, 2564:18, 2566:6, 2568:20, 2571:10, 2573:11, 2574:17, 2574:24, 2575:1, 2575:15,

2576:2, 2579:14, 2580:20, 2580:23, 2581:9, 2584:10, 2585:22, 2586:14, 2586:17, 2589:5, 2592:1
**NO** [3] - 2390:8, 2390:12, 2390:14
**non** [5] - 2404:25, 2408:24, 2424:17, 2425:3, 2441:25
**non-API** [1] - 2441:25
**non-optimized** [1] - 2404:25
**non-preferential** [1] - 2408:24
**non-rig** [2] - 2424:17, 2425:3
**nondestruction** [1] - 2534:19
**none** [3] - 2436:18, 2543:13, 2543:23
**NONJURY** [1] - 2390:21
**NORFOLK** [1] - 2396:8
**normally** [1] - 2426:13
**north** [1] - 2405:19
**NORTH** [1] - 2394:11
**not** [260] - 2401:13, 2404:14, 2406:17, 2407:3, 2407:8, 2407:11, 2408:21, 2410:2, 2410:7, 2410:11, 2411:24, 2412:1, 2412:5, 2412:6, 2412:16, 2412:21, 2412:23, 2412:25, 2413:13, 2413:17, 2414:1, 2414:6, 2414:22, 2416:22, 2416:24, 2416:25, 2417:14, 2417:15, 2417:19, 2418:2, 2418:22, 2419:2, 2422:19, 2423:17, 2423:22, 2423:23, 2424:12, 2428:20, 2428:21, 2428:22, 2429:1, 2429:16, 2430:13, 2430:22, 2431:7, 2433:15, 2433:16, 2434:4, 2434:16, 2437:2, 2437:18, 2438:15, 2438:24, 2439:2, 2439:6, 2439:14, 2439:24,

2440:20, 2442:7, 2442:24, 2443:17, 2445:9, 2445:17, 2445:21, 2447:15, 2447:24, 2448:9, 2449:9, 2451:7, 2453:9, 2453:10, 2454:5, 2455:6, 2455:18, 2457:15, 2457:17, 2459:21, 2459:23, 2460:1, 2460:2, 2464:5, 2464:11, 2464:12, 2464:17, 2464:22, 2465:7, 2465:16, 2466:10, 2466:23, 2467:4, 2468:7, 2469:9, 2469:13, 2469:20, 2469:23, 2469:24, 2470:7, 2471:2, 2471:4, 2471:14, 2472:1, 2472:7, 2473:5, 2473:7, 2474:19, 2474:22, 2476:14, 2476:21, 2477:12, 2477:17, 2479:7, 2479:23, 2481:10, 2482:19, 2482:24, 2483:3, 2486:21, 2487:10, 2487:13, 2487:18, 2487:20, 2488:2, 2488:6, 2488:19, 2488:21, 2488:25, 2495:6, 2495:21, 2497:9, 2498:14, 2498:21, 2499:11, 2500:3, 2500:6, 2500:8, 2500:9, 2500:12, 2500:21, 2501:2, 2501:8, 2503:6, 2503:13, 2504:1, 2504:24, 2505:5, 2505:25, 2506:5, 2506:10, 2508:3, 2508:19, 2510:21, 2511:6, 2512:7, 2512:9, 2514:8, 2514:13, 2514:18, 2514:20, 2516:23, 2516:25, 2520:9, 2520:13, 2520:16, 2520:19, 2521:6, 2521:12, 2521:19, 2523:7, 2525:10, 2525:11, 2526:3, 2526:20, 2528:4, 2529:3, 2529:19, 2530:4, 2530:7, 2532:4, 2532:6,

2532:11, 2532:15, 2533:19, 2535:18, 2537:22, 2538:23, 2539:4, 2539:10, 2539:11, 2539:17, 2539:18, 2540:18, 2541:6, 2541:7, 2541:8, 2542:5, 2542:20, 2543:7, 2545:24, 2548:13, 2548:14, 2549:14, 2552:23, 2553:13, 2553:18, 2554:1, 2554:13, 2554:16, 2556:24, 2556:25, 2557:1, 2557:7, 2557:11, 2557:15, 2558:10, 2560:20, 2560:24, 2561:11, 2563:7, 2563:24, 2564:19, 2566:5, 2568:9, 2568:20, 2569:16, 2570:25, 2571:1, 2571:5, 2571:10, 2572:20, 2572:23, 2573:11, 2573:14, 2573:20, 2573:25, 2575:9, 2576:19, 2578:23, 2579:3, 2579:24, 2580:13, 2580:14, 2580:20, 2580:24, 2583:9, 2583:13, 2583:16, 2583:18, 2585:11, 2585:22, 2586:25, 2589:7, 2590:19, 2591:2, 2591:18, 2592:1
**notable** [1] - 2418:4
**notations** [1] - 2517:4
**note** [7] - 2425:19, 2426:24, 2438:19, 2438:20, 2522:6, 2526:24, 2558:17
**noted** [6] - 2435:18, 2445:11, 2527:23, 2536:7, 2536:15, 2538:23
**notes** [2] - 2526:9, 2543:11
**nothing** [4] - 2454:9, 2469:11, 2494:19, 2572:10
**notice** [2] - 2425:5, 2583:3
**noticed** [2] - 2452:7, 2491:23
**noting** [1] - 2553:23
**November** [1] -

2489:7
**now** [79] - 2404:1, 2404:15, 2405:4, 2405:17, 2406:14, 2407:15, 2409:14, 2410:6, 2410:10, 2416:13, 2416:19, 2419:16, 2420:2, 2425:18, 2425:25, 2432:7, 2433:11, 2434:4, 2435:5, 2436:17, 2439:10, 2442:11, 2443:19, 2446:2, 2446:16, 2450:8, 2451:15, 2452:1, 2452:12, 2452:21, 2456:6, 2456:15, 2457:2, 2459:3, 2464:11, 2466:17, 2467:22, 2471:13, 2471:23, 2473:15, 2477:24, 2479:12, 2480:14, 2491:21, 2486:23, 2488:7, 2489:14, 2491:21, 2498:6, 2498:13, 2503:17, 2504:10, 2504:23, 2507:24, 2513:1, 2514:21, 2517:6, 2518:1, 2522:9, 2523:24, 2524:21, 2529:6, 2534:20, 2535:6, 2536:23, 2538:9, 2539:25, 2540:11, 2545:14, 2547:25, 2556:17, 2563:11, 2564:12, 2566:21, 2566:25, 2567:17, 2574:9, 2579:11, 2587:2
**nowhere** [2] - 2512:14
**nozzle** [1] - 2465:1
**number** [26] - 2401:20, 2409:19, 2424:21, 2425:4, 2427:1, 2431:22, 2437:19, 2450:7, 2455:25, 2456:4, 2456:5, 2462:17, 2462:25, 2468:11, 2507:20, 2517:20, 2550:9, 2553:5, 2556:18, 2556:19, 2558:25, 2561:24, 2565:20, 2579:7, 2583:12, 2585:1
**numbered** [1] - 2593:8

**numbers** [1] - 2517:2
**NW** [1] - 2395:4

### O

**O** [2] - 2399:4
**o'clock** [1] - 2576:9
**O'KEEFE** [1] - 2391:8
**O'ROURKE** [1] - 2393:9
**object** [11] - 2412:15, 2454:25, 2490:1, 2499:2, 2499:15, 2499:20, 2540:14, 2575:8, 2589:23, 2590:23
**objection** [23] - 2400:6, 2401:22, 2401:25, 2402:4, 2402:6, 2402:17, 2413:1, 2454:15, 2454:18, 2458:14, 2458:17, 2458:21, 2461:25, 2467:7, 2510:22, 2543:17, 2562:3, 2562:12, 2574:3, 2577:16, 2590:6, 2590:25, 2591:24
**objections** [7] - 2399:16, 2400:5, 2400:25, 2401:6, 2402:5, 2575:15, 2576:2
**objective** [3] - 2475:8, 2494:4, 2583:13
**objectives** [10] - 2444:17, 2444:18, 2475:24, 2476:7, 2486:21, 2539:21, 2546:5, 2546:9, 2589:5, 2589:6
**objects** [1] - 2577:1
**obligation** [1] - 2531:23
**obligations** [1] - 2532:24
**observation** [2] - 2436:7, 2545:7
**observations** [7] - 2435:1, 2436:22, 2454:4, 2541:10, 2542:25, 2544:11, 2545:6
**observe** [3] - 2430:16, 2435:1, 2581:10

**observed** [6] -
2436:19, 2465:5,
2527:22, 2541:5,
2542:5, 2543:14

**observing** [1] -
2434:23

**obtain** [4] - 2410:23,
2508:9, 2584:25

**obtained** [5] -
2451:15, 2452:13,
2452:18, 2456:12,
2530:19

**obtaining** [2] -
2406:20, 2586:25

**obviously** [1] -
2532:4

**occurred** [4] -
2404:4, 2404:9,
2455:5, 2510:2

**occurs** [3] - 2435:25,
2465:15, 2567:23

**October** [3] -
2533:16, 2587:12,
2588:12

**OD** [2] - 2559:17,
2560:18

**OD's** [1] - 2585:17

**odd** [1] - 2455:13

**OF** [14] - 2390:2,
2390:6, 2390:13,
2390:15, 2390:21,
2393:3, 2393:8,
2393:14, 2393:20,
2394:3, 2394:8,
2394:9, 2394:10

**of** [742] - 2399:17,
2399:19, 2400:2,
2400:10, 2401:10,
2401:20, 2402:2,
2402:6, 2402:20,
2403:14, 2404:12,
2404:15, 2404:19,
2405:7, 2405:15,
2405:18, 2405:19,
2406:14, 2406:17,
2406:18, 2407:3,
2407:4, 2407:12,
2407:14, 2407:16,
2407:17, 2407:25,
2408:1, 2408:11,
2409:5, 2409:7,
2409:19, 2410:3,
2410:6, 2410:10,
2410:14, 2410:17,
2411:1, 2411:3,
2411:8, 2411:9,
2411:13, 2411:16,
2411:22, 2411:25,
2412:2, 2412:3,
2412:10, 2412:12,

2412:16, 2413:7,
2413:8, 2413:11,
2413:15, 2413:18,
2414:3, 2414:13,
2414:14, 2414:15,
2414:20, 2415:3,
2415:16, 2415:20,
2415:21, 2416:10,
2416:14, 2417:16,
2417:20, 2418:7,
2418:8, 2418:14,
2418:24, 2419:17,
2420:5, 2420:13,
2421:3, 2421:12,
2421:18, 2422:2,
2422:18, 2422:21,
2422:23, 2422:25,
2423:4, 2423:6,
2423:18, 2423:24,
2424:13, 2425:4,
2425:5, 2425:6,
2425:9, 2425:14,
2425:25, 2426:2,
2426:6, 2426:8,
2426:15, 2426:16,
2426:21, 2426:22,
2427:1, 2427:21,
2428:2, 2428:10,
2428:11, 2429:4,
2429:8, 2429:12,
2429:17, 2429:22,
2430:10, 2430:20,
2430:23, 2431:1,
2431:17, 2431:21,
2432:11, 2433:1,
2433:4, 2433:9,
2434:2, 2434:6,
2434:14, 2434:15,
2434:25, 2435:4,
2435:5, 2435:12,
2435:15, 2435:18,
2435:25, 2436:1,
2436:2, 2436:5,
2436:11, 2436:15,
2436:18, 2436:19,
2437:2, 2437:10,
2437:15, 2438:21,
2439:3, 2439:8,
2439:20, 2439:24,
2440:2, 2440:17,
2440:20, 2441:9,
2441:15, 2442:11,
2442:14, 2442:21,
2443:16, 2443:21,
2444:8, 2444:9,
2444:16, 2444:19,
2444:21, 2444:23,
2445:8, 2445:14,
2445:18, 2445:21,
2446:1, 2446:12,
2446:24, 2447:1,

2447:8, 2447:10,
2447:14, 2447:23,
2448:3, 2448:11,
2448:21, 2449:1,
2449:16, 2449:20,
2449:22, 2449:24,
2450:3, 2450:6,
2450:9, 2451:2,
2451:3, 2451:6,
2451:7, 2451:22,
2452:4, 2453:3,
2453:5, 2453:15,
2453:21, 2453:24,
2454:3, 2454:6,
2454:9, 2454:22,
2455:4, 2455:12,
2455:25, 2456:2,
2456:9, 2457:11,
2457:19, 2457:21,
2457:25, 2458:6,
2458:8, 2458:10,
2459:5, 2459:11,
2459:13, 2459:15,
2459:25, 2460:18,
2461:4, 2461:8,
2461:14, 2461:18,
2461:24, 2462:11,
2462:12, 2462:13,
2462:17, 2462:20,
2462:22, 2463:11,
2463:19, 2464:13,
2464:18, 2465:1,
2465:15, 2465:21,
2465:25, 2466:7,
2466:10, 2466:15,
2466:17, 2466:20,
2467:1, 2467:11,
2467:16, 2467:18,
2468:8, 2468:9,
2468:10, 2468:11,
2468:14, 2468:15,
2468:18, 2469:2,
2469:5, 2469:7,
2469:10, 2469:12,
2469:15, 2470:2,
2470:14, 2471:6,
2471:10, 2471:18,
2471:25, 2472:12,
2472:22, 2473:3,
2473:5, 2474:5,
2474:17, 2474:19,
2475:5, 2475:13,
2475:23, 2476:4,
2476:7, 2476:14,
2477:23, 2478:5,
2478:11, 2480:16,
2481:10, 2482:5,
2482:7, 2482:25,
2483:1, 2483:10,
2483:18, 2483:25,
2485:9, 2485:19,

2485:23, 2485:25,
2486:2, 2486:3,
2486:17, 2486:18,
2486:19, 2486:22,
2487:3, 2487:9,
2487:16, 2487:21,
2487:22, 2488:5,
2488:6, 2489:7,
2489:23, 2489:24,
2490:2, 2490:18,
2491:5, 2491:12,
2492:7, 2492:10,
2492:15, 2492:24,
2493:6, 2493:7,
2493:12, 2493:13,
2493:19, 2493:24,
2494:12, 2495:5,
2495:12, 2496:13,
2496:22, 2497:4,
2497:7, 2497:22,
2498:6, 2498:13,
2498:21, 2500:16,
2500:23, 2501:8,
2501:14, 2501:18,
2503:21, 2503:23,
2503:24, 2503:25,
2504:2, 2504:4,
2504:7, 2504:8,
2504:10, 2505:12,
2505:13, 2505:17,
2506:8, 2506:13,
2506:17, 2506:23,
2507:20, 2507:21,
2507:22, 2507:24,
2507:25, 2508:19,
2509:1, 2509:6,
2509:10, 2509:11,
2509:18, 2509:19,
2509:23, 2510:5,
2510:6, 2510:8,
2510:19, 2511:3,
2511:11, 2511:14,
2511:15, 2511:21,
2511:22, 2511:24,
2512:6, 2512:12,
2512:16, 2513:3,
2513:22, 2514:18,
2514:20, 2514:22,
2515:11, 2515:25,
2516:11, 2516:16,
2517:14, 2517:15,
2517:18, 2517:20,
2518:6, 2518:11,
2518:14, 2518:17,
2519:19, 2519:21,
2520:17, 2521:3,
2521:12, 2522:3,
2522:20, 2523:22,
2524:22, 2525:3,
2525:7, 2525:9,
2525:17, 2525:23,

2526:9, 2526:13,
2526:17, 2526:23,
2527:19, 2527:24,
2528:23, 2528:24,
2529:4, 2529:7,
2529:12, 2529:20,
2530:7, 2530:16,
2531:12, 2531:13,
2531:17, 2532:4,
2532:5, 2532:6,
2532:20, 2533:3,
2533:10, 2533:12,
2533:16, 2533:20,
2534:4, 2534:5,
2534:12, 2534:13,
2534:16, 2534:17,
2534:18, 2534:19,
2534:20, 2535:2,
2536:3, 2536:6,
2536:9, 2536:17,
2536:21, 2537:10,
2537:14, 2537:17,
2537:19, 2537:23,
2538:1, 2538:6,
2538:12, 2538:18,
2539:14, 2539:21,
2539:23, 2540:15,
2541:6, 2541:10,
2541:11, 2541:15,
2541:16, 2541:20,
2541:24, 2542:10,
2542:19, 2542:20,
2542:24, 2543:3,
2543:4, 2543:7,
2543:13, 2543:23,
2544:2, 2544:4,
2544:8, 2544:10,
2544:16, 2544:20,
2545:2, 2545:4,
2545:6, 2545:9,
2545:16, 2545:19,
2546:3, 2546:11,
2546:15, 2546:18,
2546:19, 2546:25,
2547:3, 2547:6,
2547:25, 2548:12,
2548:17, 2549:3,
2549:11, 2549:14,
2549:17, 2549:18,
2549:19, 2549:20,
2549:21, 2549:22,
2549:24, 2550:3,
2550:22, 2550:23,
2551:15, 2552:15,
2552:20, 2553:2,
2553:5, 2553:18,
2554:4, 2554:14,
2554:21, 2555:13,
2555:14, 2555:16,
2556:2, 2556:12,
2556:18, 2556:19,

2557:5, 2557:14,
2557:22, 2557:23,
2557:24, 2557:25,
2558:18, 2558:19,
2559:11, 2559:12,
2560:5, 2561:18,
2561:24, 2562:4,
2562:6, 2562:19,
2562:25, 2563:9,
2563:15, 2563:17,
2563:19, 2563:20,
2563:22, 2563:23,
2564:1, 2564:3,
2564:5, 2564:7,
2564:9, 2564:12,
2564:16, 2564:19,
2564:20, 2564:22,
2564:23, 2565:2,
2565:3, 2565:4,
2565:9, 2565:10,
2565:18, 2566:7,
2566:15, 2566:16,
2566:18, 2567:8,
2567:9, 2567:22,
2568:7, 2568:10,
2568:23, 2569:7,
2569:8, 2569:9,
2570:10, 2571:5,
2571:13, 2572:13,
2572:23, 2572:24,
2573:3, 2573:12,
2573:14, 2573:21,
2575:5, 2575:13,
2575:18, 2576:7,
2576:14, 2576:15,
2576:19, 2576:23,
2577:1, 2577:3,
2577:6, 2577:12,
2577:16, 2578:20,
2579:18, 2579:19,
2579:22, 2580:2,
2580:4, 2580:12,
2580:18, 2580:21,
2580:25, 2581:7,
2581:13, 2581:15,
2581:25, 2582:1,
2582:2, 2582:7,
2582:13, 2582:21,
2582:25, 2583:1,
2583:3, 2583:10,
2583:12, 2583:13,
2583:21, 2583:23,
2584:6, 2584:15,
2584:21, 2585:1,
2585:2, 2585:4,
2585:14, 2585:18,
2586:1, 2586:7,
2586:16, 2586:21,
2586:25, 2587:2,
2587:17, 2587:19,
2588:3, 2588:8,

2588:10, 2588:15,
2589:1, 2589:4,
2589:5, 2589:15,
2589:16, 2589:18,
2589:21, 2589:23,
2590:11, 2590:14,
2591:5, 2591:9,
2591:18, 2591:20,
2593:5, 2593:6,
2593:7

**off** [8] - 2431:24,
2434:3, 2456:4,
2529:1, 2533:10,
2551:12, 2551:13,
2573:12

**offer** [1] - 2402:15
**offered** [3] - 2500:10,
2575:23, 2576:3
**offering** [2] -
2402:10, 2500:17
**OFFICE** [5] - 2391:4,
2393:18, 2394:3,
2394:8, 2394:12
**office** [3] - 2402:9,
2473:22, 2474:25
**officed** [1] - 2473:22
**offices** [1] - 2473:23
**OFFICIAL** [1] -
2397:12
**Official** [2] - 2593:4,
2593:13
**offshore** [3] -
2420:19, 2421:22,
2564:14
**Offshore** [1] - 2559:7
**OFFSHORE** [1] -
2395:12
**often** [1] - 2455:19
**oh** [5] - 2450:14,
2491:25, 2493:21,
2520:15, 2581:24
**oil** [6] - 2495:7,
2496:22, 2497:4,
2497:23, 2562:24,
2563:3
**Oil** [1] - 2535:9
**OIL** [2] - 2390:5
**oil-based** [4] -
2495:7, 2496:22,
2497:4, 2497:23
**okay** [43] - 2399:20,
2400:20, 2401:24,
2402:25, 2420:8,
2422:3, 2432:19,
2433:22, 2437:7,
2443:10, 2448:4,
2448:5, 2449:3,
2449:18, 2456:21,
2460:11, 2467:17,
2477:24, 2481:11,

2482:23, 2491:22,
2491:25, 2508:15,
2509:13, 2511:12,
2511:13, 2517:23,
2530:3, 2534:15,
2543:9, 2550:25,
2568:10, 2570:4,
2570:5, 2576:5,
2576:10, 2577:21,
2578:5, 2579:6,
2590:16, 2592:3,
2592:11, 2592:14
**old** [3] - 2432:8,
2432:12, 2437:1
**OLSON** [1] - 2395:21
**on** [341] - 2400:11,
2400:15, 2401:15,
2402:1, 2402:10,
2403:4, 2403:24,
2404:16, 2407:2,
2408:4, 2408:20,
2409:2, 2409:7,
2409:14, 2409:16,
2409:23, 2410:7,
2411:8, 2411:16,
2412:20, 2412:21,
2413:5, 2414:1,
2414:11, 2414:14,
2414:15, 2415:7,
2415:11, 2415:22,
2416:19, 2417:3,
2417:4, 2418:19,
2419:5, 2419:13,
2420:11, 2420:17,
2422:6, 2422:15,
2422:18, 2422:20,
2424:4, 2425:3,
2425:19, 2426:15,
2426:23, 2427:7,
2427:10, 2427:12,
2427:21, 2428:21,
2432:2, 2432:7,
2432:12, 2433:21,
2433:24, 2434:1,
2434:19, 2435:11,
2435:18, 2436:22,
2437:1, 2438:9,
2438:19, 2439:2,
2439:4, 2439:14,
2440:12, 2440:25,
2441:11, 2441:13,
2441:18, 2442:8,
2446:3, 2448:18,
2451:1, 2451:16,
2451:25, 2453:7,
2454:20, 2455:8,
2455:12, 2455:13,
2456:25, 2457:22,
2458:1, 2458:24,
2459:19, 2459:21,
2459:23, 2461:14,

2462:25, 2463:4,
2465:2, 2465:8,
2465:18, 2465:22,
2465:25, 2466:3,
2466:20, 2468:5,
2468:11, 2469:17,
2471:1, 2471:4,
2472:16, 2472:17,
2473:3, 2473:15,
2473:25, 2474:1,
2474:13, 2475:7,
2475:9, 2475:10,
2476:1, 2476:3,
2476:6, 2476:9,
2476:18, 2477:9,
2477:11, 2477:15,
2477:19, 2478:3,
2478:9, 2478:14,
2478:22, 2479:12,
2480:8, 2480:10,
2481:9, 2482:25,
2483:16, 2483:19,
2483:24, 2485:1,
2485:14, 2485:15,
2485:22, 2486:4,
2486:11, 2486:12,
2487:11, 2487:12,
2487:25, 2488:13,
2488:15, 2488:17,
2489:5, 2489:6,
2490:14, 2495:17,
2495:20, 2495:22,
2495:23, 2496:3,
2497:11, 2499:12,
2500:3, 2500:21,
2503:8, 2503:15,
2503:25, 2505:3,
2505:5, 2505:8,
2505:12, 2506:16,
2506:20, 2507:11,
2507:17, 2508:15,
2508:22, 2508:25,
2509:3, 2510:7,
2510:12, 2510:13,
2510:19, 2512:3,
2513:12, 2514:14,
2514:22, 2516:20,
2516:21, 2517:7,
2517:13, 2517:17,
2517:22, 2518:12,
2518:15, 2518:18,
2519:8, 2520:25,
2521:1, 2521:13,
2521:21, 2522:10,
2523:1, 2523:20,
2523:21, 2523:22,
2523:24, 2524:15,
2524:16, 2524:18,
2524:24, 2525:15,
2525:20, 2526:7,
2526:13, 2528:18,

2529:21, 2530:11,
2530:13, 2530:23,
2531:10, 2531:11,
2531:18, 2532:4,
2532:11, 2533:3,
2533:11, 2534:4,
2534:7, 2536:24,
2537:11, 2539:21,
2540:15, 2540:16,
2540:22, 2541:5,
2543:1, 2543:10,
2543:20, 2544:11,
2544:20, 2545:11,
2546:12, 2547:14,
2547:16, 2547:22,
2548:16, 2548:19,
2549:19, 2551:2,
2551:3, 2551:23,
2554:4, 2555:12,
2555:24, 2556:5,
2556:25, 2557:5,
2557:16, 2557:19,
2557:22, 2557:24,
2558:18, 2559:1,
2559:15, 2560:13,
2560:17, 2560:25,
2561:24, 2562:9,
2562:13, 2563:5,
2563:8, 2564:6,
2564:24, 2567:7,
2569:10, 2570:10,
2570:13, 2571:1,
2571:2, 2571:3,
2571:6, 2571:20,
2572:5, 2572:10,
2572:23, 2574:4,
2575:9, 2575:15,
2576:13, 2576:14,
2577:18, 2577:20,
2580:16, 2580:19,
2580:22, 2581:1,
2581:19, 2582:8,
2582:10, 2582:19,
2583:3, 2583:14,
2583:17, 2583:19,
2583:21, 2584:9,
2584:16, 2586:7,
2587:3, 2587:11,
2587:20, 2589:3,
2589:10, 2590:2,
2590:7, 2590:20,
2591:14, 2591:20,
2592:7

**ON** [1] - 2390:6
**once** [6] - 2420:19,
2478:8, 2541:10,
2552:5, 2567:16,
2576:25

**one** [86] - 2399:13,
2411:3, 2411:22,
2412:2, 2414:3,

2414:23, 2418:7, 2418:19, 2418:24, 2427:17, 2427:19, 2429:16, 2431:21, 2431:22, 2434:6, 2436:9, 2439:3, 2439:4, 2441:11, 2442:17, 2442:20, 2448:21, 2452:24, 2454:6, 2456:2, 2459:13, 2462:5, 2464:16, 2467:1, 2467:8, 2468:8, 2468:14, 2470:2, 2471:6, 2472:25, 2476:13, 2480:16, 2482:16, 2486:3, 2487:14, 2489:24, 2493:6, 2494:12, 2496:6, 2500:10, 2505:5, 2509:19, 2519:16, 2524:22, 2525:8, 2525:23, 2527:8, 2529:20, 2530:13, 2534:3, 2536:3, 2536:7, 2536:9, 2536:13, 2537:19, 2541:16, 2544:20, 2549:17, 2559:5, 2560:5, 2569:6, 2570:21, 2570:22, 2572:13, 2572:23, 2575:18, 2577:7, 2577:12, 2579:1, 2579:18, 2581:13, 2582:1, 2583:6, 2583:19, 2584:3, 2585:4, 2585:10, 2588:16, 2592:12

**ONE** [2] - 2394:21, 2396:17

**one's** [1] - 2555:2

**one-and-a-half** [1] - 2560:5

**one-hour** [1] - 2592:12

**ones** [7] - 2425:6, 2429:16, 2432:6, 2432:7, 2451:12, 2503:16, 2535:23

**only** [19] - 2399:13, 2418:5, 2423:7, 2423:15, 2437:23, 2442:7, 2447:10, 2477:17, 2479:7, 2498:21, 2499:11, 2500:3, 2517:1, 2527:8, 2569:6, 2578:18, 2580:7,

2580:8

**onshore** [3] - 2420:2, 2420:5, 2564:13

**OPEN** [2] - 2399:6, 2504:18

**open** [7] - 2549:19, 2560:3, 2564:20, 2565:25, 2567:10, 2567:13, 2568:18

**open-hole** [3] - 2567:10, 2567:13, 2568:18

**opened** [2] - 2540:22, 2542:11

**opening** [7] - 2443:7, 2502:23, 2503:8, 2524:21, 2529:6, 2542:7, 2544:14

**opens** [1] - 2543:16

**operate** [1] - 2473:8

**operating** [1] - 2438:12

**operation** [1] - 2422:19

**operational** [8] - 2410:20, 2422:11, 2449:17, 2450:10, 2545:15, 2546:1, 2557:16, 2558:4

**operations** [1] - 2426:15

**operator** [26] - 2406:11, 2410:22, 2422:14, 2429:10, 2439:15, 2471:23, 2475:2, 2476:12, 2476:14, 2476:15, 2477:1, 2477:4, 2478:17, 2478:22, 2479:5, 2481:19, 2483:9, 2491:4, 2491:9, 2495:23, 2548:18, 2581:1, 2584:1, 2584:4, 2588:2, 2588:4

**operators** [5] - 2429:15, 2429:20, 2444:11, 2472:16, 2491:4

**opine** [4] - 2404:2, 2413:5, 2517:22, 2571:1

**opined** [1] - 2584:16

**opining** [1] - 2428:21

**opinion** [52] - 2410:2, 2410:6, 2410:16, 2412:20, 2412:21, 2412:23, 2413:12, 2414:5, 2427:25, 2428:17,

2428:20, 2429:17, 2448:3, 2450:22, 2458:9, 2458:10, 2459:23, 2460:2, 2465:17, 2466:6, 2466:10, 2466:12, 2466:19, 2466:23, 2468:18, 2468:22, 2469:1, 2469:11, 2480:18, 2486:23, 2487:24, 2491:7, 2502:12, 2520:21, 2535:8, 2535:14, 2539:7, 2541:6, 2541:8, 2541:12, 2543:5, 2570:24, 2571:4, 2572:19, 2573:5, 2574:18, 2583:11, 2584:22, 2586:5, 2590:22, 2591:17

**opinions** [11] - 2404:1, 2412:16, 2441:4, 2468:14, 2540:20, 2541:13, 2542:6, 2542:10, 2542:22, 2543:15, 2563:6

**opportunity** [2] - 2406:18, 2569:5

**opposed** [1] - 2550:9

**OptiCem** [18] - 2559:2, 2559:3, 2560:11, 2560:17, 2560:21, 2560:22, 2561:8, 2561:13, 2561:18, 2561:21, 2562:6, 2562:18, 2562:25, 2563:5, 2586:11, 2586:12, 2586:21, 2589:1

**optimize** [2] - 2410:7, 2410:24

**optimized** [3] - 2404:25, 2409:8, 2443:17

**options** [4] - 2558:13, 2558:14, 2558:16, 2560:8

**or** [144] - 2400:11, 2404:12, 2406:18, 2407:8, 2408:21, 2409:24, 2410:13, 2410:20, 2410:21, 2411:17, 2411:24, 2411:25, 2412:6, 2412:19, 2413:20, 2414:1, 2414:5, 2416:23, 2418:5, 2420:9, 2421:15,

2422:15, 2423:3, 2424:3, 2424:20, 2428:22, 2429:24, 2431:23, 2431:25, 2433:12, 2436:2, 2436:5, 2436:23, 2438:6, 2440:2, 2442:25, 2443:1, 2443:23, 2444:21, 2444:24, 2445:17, 2445:21, 2446:21, 2447:14, 2448:8, 2448:9, 2448:15, 2450:15, 2452:14, 2452:15, 2453:8, 2453:22, 2457:19, 2459:23, 2460:9, 2461:7, 2463:11, 2464:2, 2464:6, 2465:4, 2467:17, 2469:14, 2469:24, 2470:2, 2471:6, 2474:19, 2483:21, 2486:2, 2487:3, 2487:11, 2488:22, 2488:25, 2492:7, 2493:23, 2494:9, 2494:11, 2501:7, 2501:18, 2503:22, 2506:10, 2506:17, 2507:14, 2507:17, 2507:18, 2507:22, 2509:20, 2512:8, 2515:21, 2517:15, 2517:17, 2519:12, 2521:23, 2523:13, 2523:18, 2527:16, 2528:24, 2530:7, 2530:9, 2530:20, 2530:25, 2531:23, 2532:1, 2532:24, 2533:20, 2534:11, 2541:6, 2541:11, 2542:6, 2546:1, 2546:2, 2553:13, 2556:24, 2556:25, 2557:5, 2557:11, 2558:5, 2560:5, 2569:17, 2570:7, 2570:25, 2571:16, 2572:2, 2576:4, 2576:15, 2576:19, 2577:23, 2578:23, 2579:3, 2579:19, 2579:20, 2579:22, 2582:8, 2584:8, 2584:25, 2585:17, 2589:7, 2589:9, 2591:2

**oranges** [1] - 2465:24

**order** [12] - 2415:13, 2422:11, 2449:24, 2456:1, 2500:7, 2532:14, 2532:25, 2541:3, 2541:23, 2541:25, 2542:14, 2542:21

**orders** [2] - 2532:2, 2532:13

**organize** [1] - 2475:4

**original** [1] - 2538:6

**originally** [1] - 2551:7

**ORLEANS** [10] - 2390:8, 2391:8, 2391:16, 2391:23, 2392:22, 2394:16, 2394:23, 2395:15, 2396:13, 2397:14

**OSHA** [1] - 2532:21

**OT** [2] - 2535:13, 2573:17

**OT&C** [6] - 2539:1, 2539:14, 2543:23, 2544:13, 2544:24, 2571:4

**OT&C's** [1] - 2539:3

**OTC** [39] - 2416:11, 2417:20, 2417:25, 2418:14, 2418:16, 2423:11, 2423:15, 2425:13, 2425:20, 2428:4, 2428:9, 2428:10, 2428:21, 2428:25, 2432:7, 2432:19, 2434:10, 2434:18, 2436:18, 2437:4, 2462:3, 2462:5, 2462:8, 2463:23, 2463:24, 2464:6, 2464:15, 2465:15, 2465:17, 2466:9, 2508:25, 2529:16, 2530:13, 2535:14, 2539:24, 2542:5, 2542:18, 2542:20

**OTC's** [1] - 2416:8

**other** [61] - 2399:14, 2402:23, 2403:17, 2407:16, 2408:20, 2409:2, 2410:24, 2411:9, 2411:19, 2418:5, 2418:20, 2419:2, 2420:6, 2421:11, 2423:4, 2425:6, 2431:16, 2431:23, 2440:8, 2445:2, 2451:12, 2454:21, 2455:20,

2457:12, 2469:15, 2470:2, 2471:15, 2482:18, 2487:11, 2487:14, 2488:1, 2492:15, 2495:9, 2495:22, 2503:16, 2526:23, 2528:13, 2529:16, 2530:6, 2530:20, 2532:21, 2533:6, 2546:1, 2547:22, 2550:9, 2550:17, 2562:5, 2575:10, 2575:18, 2576:16, 2577:3, 2578:17, 2579:1, 2581:5, 2581:8, 2583:19, 2585:10, 2591:9

**others** [7] - 2415:22, 2458:12, 2473:4, 2482:13, 2518:12, 2530:25, 2545:22

**otherwise** [2] - 2488:23, 2503:1

**our** [9] - 2402:13, 2453:5, 2482:14, 2504:14, 2506:19, 2507:24, 2531:23, 2548:20

**out** [54] - 2401:18, 2404:4, 2420:7, 2420:13, 2430:16, 2430:18, 2432:18, 2435:5, 2435:19, 2439:15, 2440:21, 2443:15, 2443:21, 2448:18, 2453:10, 2453:13, 2453:22, 2455:5, 2456:23, 2460:23, 2461:4, 2461:8, 2461:18, 2465:2, 2465:8, 2466:16, 2466:19, 2467:9, 2470:5, 2482:11, 2491:23, 2492:23, 2494:15, 2508:8, 2510:4, 2520:14, 2520:19, 2524:13, 2533:7, 2533:11, 2534:7, 2534:19, 2534:22, 2535:4, 2561:5, 2575:5, 2579:3, 2579:20, 2580:3, 2582:14, 2583:21, 2584:6, 2590:11

**outlier** [1] - 2425:6

**output** [3] - 2589:1, 2589:4, 2589:21

**outside** [10] -

2466:4, 2467:4, 2471:4, 2525:6, 2525:9, 2526:23, 2557:22, 2557:24, 2558:1, 2589:24

**over** [24] - 2420:13, 2423:13, 2426:1, 2428:7, 2443:20, 2458:7, 2468:9, 2475:8, 2477:16, 2480:4, 2483:20, 2505:8, 2527:22, 2530:22, 2533:9, 2557:15, 2561:5, 2572:20, 2574:9, 2576:10, 2576:16, 2578:8, 2585:9, 2587:6

**overcome** [8] - 2443:20, 2444:9, 2445:5, 2445:17, 2492:1, 2492:4, 2503:24, 2532:22

**overrule** [1] - 2543:17

**overruled** [1] - 2510:23

**overstate** [1] - 2533:15

**overstatement** [1] - 2518:23

**own** [9] - 2429:11, 2437:19, 2476:21, 2482:17, 2484:14, 2484:24, 2507:2, 2508:15, 2568:13

**owned** [1] - 2524:3

**owns** [1] - 2478:20

---

# P

**P** [2] - 2391:3, 2392:7

**P.M** [1] - 2512:7

**P.O** [1] - 2393:12

**page** [40] - 2406:9, 2416:15, 2416:16, 2416:17, 2417:22, 2419:9, 2424:9, 2424:13, 2425:2, 2435:5, 2437:17, 2441:10, 2441:24, 2475:7, 2477:14, 2477:15, 2483:18, 2483:19, 2483:24, 2485:13, 2485:17, 2485:22, 2492:22, 2511:14, 2521:3, 2522:3, 2526:13, 2540:7, 2543:20,

2549:3, 2559:5, 2559:11, 2559:15, 2559:16, 2588:14, 2588:15, 2590:7, 2590:8

**PAGE/LINE** [1] - 2398:3

**pages** [2] - 2435:5, 2589:1

**painted** [1] - 2524:6

**PALMINTIER** [1] - 2392:14

**pan** [1] - 2431:25

**PAN** [1] - 2391:15

**paper** [1] - 2544:21

**paperwork** [1] - 2407:25

**paragraph** [6] - 2505:9, 2527:2, 2527:12, 2536:14, 2582:14, 2587:15

**parameters** [1] - 2447:9

**paraphrasing** [2] - 2406:10, 2576:22

**part** [19] - 2407:12, 2407:14, 2422:1, 2440:2, 2453:5, 2456:19, 2458:22, 2466:17, 2467:21, 2486:22, 2546:3, 2548:17, 2556:12, 2557:14, 2562:6, 2563:7, 2564:22, 2582:13, 2588:8

**particles** [1] - 2421:19

**particular** [5] - 2426:14, 2453:25, 2487:19, 2496:15, 2540:4

**parties** [7] - 2414:15, 2533:7, 2533:23, 2575:18, 2575:24, 2576:3, 2576:16

**partner** [1] - 2408:20

**parts** [1] - 2485:9

**party** [3] - 2419:3, 2468:22, 2543:1

**passed** [1] - 2433:20

**passes** [1] - 2456:16

**past** [5] - 2413:20, 2496:7, 2496:16, 2500:21, 2566:7

**path** [1] - 2408:24

**PAUL** [1] - 2391:14

**Paul** [1] - 2534:3

**pausing** [1] - 2481:9

**pay** [2] - 2500:9, 2548:11

PDF [3] - 2483:18, 2521:3, 2559:11

**PENNSYLVANIA** [1] - 2395:4

**people** [16] - 2411:6, 2448:4, 2454:21, 2457:11, 2481:13, 2485:16, 2495:9, 2518:12, 2518:14, 2546:8, 2557:23, 2558:1, 2576:23, 2577:4, 2588:11

**per** [19] - 2450:3, 2450:6, 2451:19, 2452:5, 2456:23, 2456:24, 2457:4, 2459:5, 2459:11, 2459:13, 2459:16, 2459:17, 2494:18, 2522:7, 2554:7, 2554:14, 2554:15, 2583:4

**perceived** [2] - 2410:20, 2410:21

**percent** [16] - 2405:19, 2407:16, 2462:8, 2462:18, 2462:21, 2462:22, 2462:24, 2463:1, 2464:14, 2464:19, 2465:15, 2465:18, 2530:9, 2538:11, 2582:16

**percentage** [1] - 2463:11

**percolating** [1] - 2411:25

**perfectly** [2] - 2404:21, 2404:22

**perforated** [2] - 2495:21, 2496:5

**perform** [4] - 2450:15, 2498:4, 2538:23, 2544:1

**performance** [5] - 2404:18, 2488:4, 2505:12, 2555:21, 2590:2

**performed** [11] - 2485:15, 2514:15, 2524:23, 2535:9, 2539:10, 2539:11, 2546:11, 2547:9, 2561:17, 2567:7, 2578:4

**perhaps** [5] - 2405:1, 2405:23, 2405:25, 2507:10, 2514:23

**period** [8] - 2426:1, 2434:23, 2447:10,

2447:15, 2511:25, 2519:19, 2555:16, 2571:13

**permeability** [2] - 2579:23, 2579:24

**permeable** [4] - 2470:10, 2470:17, 2579:12, 2579:18

**permit** [1] - 2532:10

**person** [7] - 2418:5, 2458:8, 2488:11, 2489:24, 2498:13, 2522:6, 2529:3

**personal** [4] - 2457:9, 2476:1, 2576:23, 2577:4

**personally** [1] - 2487:9

**personnel** [1] - 2558:18

**perspective** [13] - 2473:12, 2501:6, 2519:6, 2519:21, 2545:17, 2545:18, 2545:23, 2546:21, 2546:22, 2555:22, 2570:17, 2572:5

**PETITION** [1] - 2390:13

**phase** [1] - 2552:17

**PHILLIP** [1] - 2396:12

**phone** [1] - 2474:13

**physical** [4] - 2404:11, 2421:4, 2436:21, 2436:22

**physically** [4] - 2436:23, 2470:9, 2473:23, 2473:25

**physics** [17] - 2405:18, 2408:11, 2408:20, 2408:21, 2409:2, 2409:7, 2409:11, 2409:17, 2410:8, 2410:24, 2475:17, 2475:21, 2491:21, 2492:2, 2492:4, 2492:7, 2545:14

**pick** [2] - 2476:13, 2533:19

**picked** [2] - 2531:25, 2533:21

**picture** [4] - 2544:16, 2544:20, 2544:23

**pictures** [4] - 2517:4, 2528:2, 2528:9, 2544:12

**pieces** [2] - 2411:8, 2433:5

**PIGMAN** [1] - 2396:11

**pilot** [6] - 2441:9, 2449:17, 2449:19, 2451:2, 2452:22, 2520:25

**pipe** [13] - 2408:25, 2415:9, 2524:13, 2553:17, 2553:25, 2556:21, 2557:16, 2558:10, 2558:14, 2559:23, 2560:9, 2565:12

**pipeline** [1] - 2565:15

**piqued** [1] - 2408:8

**place** [16] - 2413:21, 2470:9, 2471:2, 2474:17, 2485:20, 2485:23, 2488:18, 2497:11, 2519:19, 2519:22, 2535:1, 2545:18, 2555:16, 2560:23, 2561:2, 2576:25

**placed** [4] - 2406:6, 2440:2, 2494:9, 2567:14

**placement** [3] - 2404:18, 2466:16, 2560:19

**places** [2] - 2509:14, 2509:16

**placing** [1] - 2492:7

**plain** [1] - 2440:6

**PLAINTIFFS** [1] - 2391:3

**plan** [3] - 2403:20, 2481:8, 2573:20

**planned** [1] - 2570:11

**planning** [2] - 2475:5, 2475:14

**plastic** [1] - 2592:9

**plate** [7] - 2405:15, 2470:20, 2471:1, 2494:15, 2559:16, 2592:7, 2592:9

**PLAYED** [2] - 2489:20, 2499:9

**PLC** [1] - 2394:20

**please** [26] - 2406:23, 2416:15, 2416:16, 2417:10, 2417:23, 2419:9, 2424:9, 2425:2, 2425:13, 2435:3, 2435:5, 2437:21, 2438:20, 2439:25, 2441:10, 2448:24,

2451:4, 2468:2, 2504:19, 2581:22, 2582:14, 2587:7, 2588:14, 2590:8

**plug** [8] - 2415:7, 2415:11, 2497:6, 2497:18, 2497:20, 2550:19, 2551:12, 2551:13

**plugs** [2] - 2415:12, 2570:13

**plus** [2] - 2582:16

**pockets** [5] - 2413:9, 2413:15, 2413:18, 2453:22

**point** [23] - 2402:16, 2404:8, 2414:23, 2415:12, 2426:14, 2443:15, 2447:14, 2490:5, 2509:25, 2510:5, 2520:24, 2521:17, 2525:6, 2530:16, 2540:16, 2540:18, 2578:9, 2583:22, 2584:2, 2584:8, 2584:21, 2590:22

**points** [2] - 2425:19, 2472:12

**poor** [1] - 2558:18

**pore** [3] - 2412:12, 2461:11, 2562:18

**portion** [3] - 2481:9, 2481:10, 2564:16

**portions** [2] - 2422:23, 2478:11

**position** [8] - 2446:25, 2457:2, 2459:24, 2460:11, 2460:22, 2461:3, 2547:9, 2560:20

**positive** [1] - 2533:18

**possession** [2] - 2532:20, 2533:15

**possible** [7] - 2409:10, 2425:19, 2443:19, 2505:19, 2530:18, 2531:1, 2531:10

**possibly** [2] - 2422:22, 2530:19

**post** [8] - 2403:17, 2419:3, 2475:10, 2520:14, 2529:11, 2529:15, 2591:18, 2591:19

**POST** [3] - 2391:4, 2393:18, 2394:12

**potential** [14] -

2420:24, 2421:3, 2422:5, 2424:6, 2424:8, 2476:10, 2476:14, 2512:15, 2517:7, 2518:6, 2558:19, 2561:1, 2561:14, 2581:4

**potentially** [7] - 2413:20, 2415:14, 2462:14, 2462:16, 2510:10, 2519:3, 2520:22

**pound** [1] - 2456:24

**pounds** [5] - 2451:18, 2452:5, 2456:23, 2457:4, 2494:18

**pour** [4] - 2432:23, 2527:16, 2562:22, 2581:15

**poured** [3] - 2408:4, 2527:14, 2569:12

**pours** [1] - 2571:20

**PowerPoint** [2] - 2483:15, 2485:13

**POYDRAS** [4] - 2391:15, 2394:22, 2395:15, 2397:13

**PP/FG** [1] - 2495:22

**PPG** [6] - 2448:18, 2458:6, 2458:12, 2463:3, 2509:22, 2510:3

**ppg** [1] - 2515:4

**practically** [1] - 2459:21

**practice** [7] - 2411:23, 2447:1, 2484:6, 2500:21, 2507:6, 2556:20, 2556:21

**Practices** [2] - 2502:14, 2503:9

**practices** [12] - 2484:9, 2484:15, 2484:20, 2484:24, 2485:4, 2485:8, 2485:10, 2502:11, 2506:18, 2556:17, 2563:13, 2577:8

**precise** [1] - 2524:12

**precisely** [2] - 2470:16, 2490:10

**predicted** [1] - 2406:6

**predicting** [1] - 2405:10

**predominant** [1] - 2561:4

**prefer** [1] - 2457:7

**preferably** [1] - 2422:21

**preference** [1] - 2457:9

**preferential** [1] - 2408:24

**preincident** [4] - 2415:25, 2417:7, 2423:8, 2449:3

**prejob** [1] - 2585:8

**Prejob** [1] - 2483:25

**preliminary** [2] - 2399:8, 2402:23

**premium** [1] - 2582:16

**prepare** [4] - 2432:22, 2441:4, 2526:17, 2564:21

**prepared** [2] - 2410:3, 2507:4

**preparing** [6] - 2402:9, 2404:1, 2455:23, 2466:18, 2488:19, 2488:20

**presence** [1] - 2445:8

**present** [6] - 2400:9, 2469:23, 2470:7, 2539:17, 2578:14, 2579:1

**presentation** [6] - 2484:12, 2485:1, 2523:6, 2523:14, 2528:2, 2584:13

**preservation** [4] - 2532:2, 2532:13, 2535:2

**preserve** [2] - 2531:24, 2532:15

**preserved** [1] - 2532:12

**press** [1] - 2525:14

**pressure** [56] - 2406:15, 2406:20, 2406:24, 2407:7, 2407:17, 2407:20, 2412:12, 2415:5, 2415:6, 2415:13, 2415:17, 2426:1, 2430:13, 2430:14, 2430:16, 2430:22, 2431:3, 2431:5, 2431:14, 2432:3, 2461:11, 2462:20, 2462:21, 2462:22, 2463:1, 2463:9, 2463:10, 2463:21, 2464:22, 2465:1, 2465:5, 2465:9, 2465:11, 2477:11,

2494:5, 2495:1, 2495:2, 2505:19, 2550:18, 2550:20, 2552:1, 2552:12, 2552:13, 2560:13, 2562:2, 2562:18, 2562:22, 2570:13, 2572:21, 2572:25, 2573:5, 2573:16, 2573:18, 2581:15, 2591:21

**pressures** [4] - 2450:20, 2505:17, 2573:7, 2581:13

**pressuring** [1] - 2572:24

**presumably** [1] - 2513:11

**pretty** [4] - 2410:6, 2410:15, 2425:9, 2533:8

**prevent** [3] - 2495:2, 2501:18, 2501:21

**previous** [2] - 2498:10, 2500:22

**previously** [1] - 2542:18

**primarily** [5] - 2404:16, 2417:25, 2418:25, 2436:10, 2502:5

**principal** [1] - 2443:16

**principally** [1] - 2460:5

**principle** [3] - 2422:10, 2423:2, 2423:3

**prior** [10] - 2412:9, 2414:2, 2420:24, 2432:13, 2447:2, 2468:19, 2512:9, 2521:6, 2563:13, 2586:10

**probably** [8] - 2399:20, 2451:19, 2514:15, 2533:20, 2534:12, 2569:19, 2570:21, 2583:23

**Probert** [3] - 2400:8, 2400:14, 2400:20

**problem** [16] - 2410:21, 2443:8, 2452:11, 2452:12, 2480:9, 2486:18, 2498:22, 2514:3, 2536:9, 2552:3, 2552:5, 2552:15, 2552:16, 2558:13, 2561:7, 2569:3

**problems** [7] - 2479:4, 2486:20, 2494:19, 2494:22, 2530:19, 2530:20, 2590:4

**procedurally** [1] - 2456:6

**procedure** [1] - 2477:24

**procedures** [3] - 2457:20, 2484:4, 2484:14

**proceed** [1] - 2403:5

**PROCEEDINGS** [3] - 2390:21, 2397:16, 2399:2

**proceedings** [1] - 2593:7

**process** [15] - 2433:1, 2448:8, 2477:25, 2478:3, 2482:1, 2486:22, 2492:19, 2533:11, 2571:16, 2583:10, 2583:11, 2583:15, 2584:7, 2584:22

**PRODUCED** [1] - 2397:17

**produced** [3] - 2425:11, 2514:23, 2526:12

**producing** [1] - 2552:5

**product** [11] - 2480:24, 2481:1, 2492:7, 2493:24, 2494:4, 2494:14, 2494:23, 2501:11, 2523:11, 2538:12

**production** [23] - 2408:3, 2412:5, 2413:19, 2438:1, 2496:4, 2496:5, 2496:12, 2496:14, 2499:12, 2511:12, 2515:12, 2550:21, 2552:15, 2552:17, 2556:2, 2556:24, 2557:12, 2559:16, 2565:3, 2565:4, 2581:20

**PRODUCTION** [3] - 2390:15, 2394:19, 2394:20

**products** [6] - 2478:13, 2493:6, 2493:7, 2494:13, 2508:22, 2518:17

**profile** [5] - 2441:24,

2447:8, 2560:13, 2589:9, 2589:11

**program** [4] - 2464:17, 2472:8, 2548:10, 2568:15

**project** [2] - 2480:22, 2496:7

**proper** [3] - 2404:18, 2505:16, 2508:10

**properly** [6] - 2410:2, 2444:14, 2505:22, 2556:21, 2557:12, 2560:16

**properties** [9] - 2419:17, 2421:4, 2421:7, 2421:12, 2422:18, 2423:24, 2451:3, 2451:7, 2579:24

**proportions** [1] - 2456:1

**proprietary** [6] - 2482:6, 2482:8, 2482:18, 2482:21, 2482:25, 2483:11

**protect** [1] - 2495:1

**protective** [1] - 2415:16

**protocol** [7] - 2434:6, 2463:23, 2464:5, 2464:8, 2464:14, 2464:15

**protocols** [2] - 2435:8, 2465:14

**provide** [7] - 2484:23, 2542:24, 2586:10, 2586:15, 2588:24, 2589:15, 2591:22

**provided** [16] - 2415:17, 2418:9, 2424:18, 2424:22, 2431:8, 2483:9, 2512:3, 2512:7, 2513:2, 2514:18, 2515:14, 2516:20, 2548:23, 2580:4, 2585:7, 2586:18

**provider** [2] - 2475:2, 2588:5

**provider's** [1] - 2474:24

**providers** [1] - 2472:12

**provides** [2] - 2478:1, 2589:3

**providing** [3] - 2415:5, 2473:13, 2549:10

**prudent** [1] -

2473:12

**PSC** [7] - 2399:24, 2400:8, 2402:19, 2533:5, 2533:8, 2534:4, 2534:23

**PSC's** [2] - 2400:4, 2534:4

**psi** [19] - 2426:6, 2426:10, 2426:17, 2426:20, 2426:21, 2426:23, 2426:25, 2427:3, 2428:11, 2428:22, 2462:20, 2571:16, 2571:19, 2571:23, 2571:25, 2572:3, 2572:6

**public** [3] - 2486:4, 2525:14, 2531:1

**pull** [16] - 2419:9, 2424:14, 2425:2, 2436:13, 2442:7, 2448:24, 2475:3, 2488:15, 2495:16, 2496:3, 2511:8, 2524:21, 2548:21, 2583:5, 2584:13

**pulled** [1] - 2584:14

**pump** [32] - 2404:5, 2411:1, 2438:2, 2478:20, 2493:4, 2493:5, 2547:1, 2547:4, 2547:10, 2549:15, 2554:6, 2554:9, 2554:12, 2554:13, 2554:14, 2554:18, 2554:21, 2555:2, 2555:5, 2555:16, 2556:1, 2556:10, 2565:19, 2565:24, 2566:2, 2566:23, 2584:24, 2586:8, 2591:3, 2591:12

**pumped** [29] - 2404:6, 2411:18, 2423:18, 2423:24, 2428:22, 2428:24, 2429:1, 2449:23, 2450:24, 2451:3, 2451:7, 2459:24, 2460:23, 2461:4, 2461:19, 2461:23, 2463:7, 2468:19, 2485:16, 2546:12, 2549:11, 2566:15, 2567:8, 2572:2, 2576:25, 2585:4, 2585:21, 2586:13, 2586:22

**pumping** [8] -

2405:13, 2409:22, 2411:1, 2448:18, 2469:16, 2565:24, 2566:6, 2591:15

**pumps** [1] - 2478:14

**pure** [1] - 2516:3

**purpose** [8] - 2411:9, 2425:25, 2446:1, 2459:25, 2489:15, 2490:2, 2535:2, 2564:19

**purposes** [7] - 2422:25, 2429:11, 2434:14, 2451:2, 2451:6, 2492:12, 2551:15

**push** [2] - 2413:20, 2415:5

**put** [38] - 2406:7, 2419:7, 2420:6, 2422:14, 2444:1, 2444:5, 2449:14, 2453:20, 2463:2, 2463:20, 2464:13, 2464:16, 2464:17, 2466:23, 2470:18, 2488:15, 2488:21, 2492:11, 2492:18, 2495:20, 2502:1, 2502:23, 2523:18, 2534:7, 2535:1, 2542:8, 2544:20, 2551:1, 2552:2, 2557:22, 2562:21, 2563:2, 2564:8, 2566:23, 2568:18, 2568:21, 2583:20, 2592:7

**putting** [6] - 2410:12, 2421:18, 2434:22, 2449:1, 2514:22, 2562:15

---

## Q

**Q** [6] - 2489:22, 2499:5, 2499:11, 2499:17, 2499:21, 2499:23

**qualified** [1] - 2544:1

**qualify** [1] - 2525:7

**quality** [12] - 2406:17, 2412:16, 2456:10, 2462:9, 2463:11, 2465:4, 2465:18, 2484:13, 2517:15, 2518:6, 2518:14

**Quality** [1] - 2484:1

**quarter** [1] - 2572:24

**quarterbacking** [1] - 2585:23

**question** [54] - 2412:18, 2415:6, 2419:5, 2423:18, 2443:20, 2451:4, 2453:5, 2458:15, 2458:17, 2458:20, 2460:16, 2460:18, 2460:24, 2461:2, 2466:4, 2467:3, 2470:16, 2477:14, 2481:13, 2489:17, 2489:22, 2489:23, 2494:12, 2496:19, 2498:6, 2498:18, 2500:20, 2504:6, 2513:21, 2518:5, 2529:24, 2530:3, 2531:9, 2540:11, 2541:6, 2541:11, 2543:10, 2545:23, 2547:7, 2549:23, 2551:2, 2552:1, 2553:21, 2553:22, 2555:13, 2556:9, 2557:8, 2557:11, 2567:6, 2576:17, 2579:11, 2579:14, 2579:17, 2580:13

**questioning** [3] - 2446:25, 2589:18, 2589:23

**questions** [31] - 2467:11, 2467:15, 2468:8, 2468:10, 2471:13, 2489:9, 2496:8, 2499:6, 2501:11, 2515:18, 2517:25, 2518:3, 2533:4, 2534:6, 2540:11, 2540:12, 2540:21, 2551:2, 2571:3, 2573:19, 2574:22, 2574:23, 2574:24, 2575:1, 2581:4, 2581:18, 2585:1, 2587:2, 2587:4, 2589:14, 2590:23

**quick** [2] - 2463:2, 2546:18

**quicker** [2] - 2511:9, 2565:10

**quickly** [5] - 2410:15, 2515:19, 2533:8, 2542:17, 2551:5

**Quip** [1] - 2410:10

**Quirk** [1] - 2527:3

quirk [1] - 2528:5
quirk's [1] - 2528:14
quite [7] - 2465:24,
2467:16, 2467:18,
2468:9, 2545:16,
2569:4, 2581:25
quote [3] - 2486:23,
2563:12, 2578:22
quoted [1] - 2455:17

# R

R [8] - 2393:4,
2394:15, 2395:22,
2396:22, 2399:4,
2526:14, 2527:3,
2527:12
RACHEL [2] -
2393:11, 2395:18
radar [1] - 2534:8
raise [2] - 2479:5,
2479:15
ramp [2] - 2573:9,
2573:10
ramping [1] -
2572:17
ran [7] - 2418:7,
2424:14, 2438:2,
2438:4, 2439:7,
2528:5, 2561:25
range [2] - 2525:7
rate [14] - 2409:23,
2411:1, 2429:2,
2493:5, 2546:19,
2554:6, 2554:9,
2554:18, 2554:21,
2555:2, 2555:5
rates [4] - 2409:22,
2554:12, 2554:13,
2554:14
rather [3] - 2460:16,
2500:14, 2500:22
rating [1] - 2461:11
Ravi [1] - 2523:9
Ravi's [1] - 2523:6
RCM [4] - 2524:9,
2524:12, 2524:16,
2524:18
RE [2] - 2390:5,
2390:12
reach [3] - 2428:22,
2454:7, 2513:3
reached [5] -
2487:24, 2571:9,
2572:2, 2572:7,
2572:15
reaching [1] - 2573:5
react [1] - 2455:10
reacted [1] - 2421:20

reactive [1] -
2421:20
read [14] - 2417:12,
2422:23, 2429:7,
2437:19, 2464:3,
2490:11, 2520:17,
2526:6, 2537:18,
2537:22, 2582:17,
2582:21, 2587:21,
2589:11
reading [2] -
2426:23, 2440:6
ready [4] - 2556:15,
2556:16, 2575:12,
2592:7
real [8] - 2410:21,
2421:19, 2433:10,
2463:2, 2506:25,
2542:17, 2577:19,
2580:14
really [13] - 2448:6,
2454:13, 2455:18,
2461:1, 2477:12,
2493:18, 2496:21,
2548:13, 2553:24,
2573:3, 2580:13,
2590:11, 2592:10
realtime [1] - 2505:6
REALTIME [1] -
2397:12
reamer [1] - 2567:24
reason [18] - 2413:3,
2414:12, 2415:1,
2430:15, 2431:13,
2431:22, 2431:23,
2443:16, 2484:22,
2486:9, 2490:13,
2490:24, 2495:4,
2508:12, 2564:22,
2564:24, 2568:20
reasonable [8] -
2412:13, 2437:3,
2452:13, 2456:7,
2484:17, 2486:6,
2488:12, 2488:14
reasons [13] -
2405:23, 2411:19,
2411:22, 2412:2,
2431:21, 2445:2,
2469:21, 2510:1,
2529:20, 2530:6,
2581:5, 2581:8
recall [39] - 2416:4,
2486:24, 2490:17,
2492:13, 2495:17,
2496:9, 2498:7,
2500:2, 2501:11,
2502:21, 2506:14,
2509:8, 2518:3,
2520:17, 2532:3,

2532:5, 2540:6,
2540:24, 2541:16,
2544:17, 2555:2,
2558:20, 2558:22,
2564:25, 2576:17,
2577:6, 2577:9,
2577:11, 2578:8,
2579:12, 2580:9,
2581:5, 2581:17,
2581:20, 2582:2,
2583:6, 2587:4,
2587:9, 2590:18
receive [1] - 2476:14
received [4] -
2402:20, 2500:22,
2501:7, 2511:11
RECESS [2] -
2504:17, 2592:16
recess [6] - 2402:10,
2504:14, 2576:8,
2576:9, 2592:11,
2592:13
recipe [3] - 2526:1,
2549:4, 2549:8
reciting [1] - 2460:17
recognize [6] -
2435:5, 2505:9,
2548:24, 2551:6,
2551:10, 2581:22
recollection [6] -
2477:15, 2489:19,
2532:8, 2534:17,
2534:21, 2536:5
recommend [5] -
2476:6, 2479:13,
2498:20, 2498:21,
2500:13
recommendation
[17] - 2478:2, 2496:11,
2499:23, 2499:25,
2509:15, 2548:1,
2548:4, 2548:7,
2548:8, 2548:10,
2548:14, 2548:19,
2548:23, 2549:1,
2549:2, 2588:25
recommendations
[4] - 2410:12, 2429:5,
2489:15, 2490:3
recommended [22] -
2408:18, 2464:6,
2478:13, 2484:6,
2485:15, 2495:13,
2498:13, 2498:15,
2498:19, 2499:14,
2499:17, 2499:19,
2499:21, 2502:3,
2547:1, 2547:4,
2547:10, 2568:15,
2577:8, 2588:25,

2589:7
recommending [3] -
2410:11, 2484:18,
2512:6
recommends [1] -
2568:13
reconcile [1] -
2546:8
reconstruct [2] -
2532:9, 2541:19
record [10] -
2460:16, 2500:6,
2507:11, 2530:1,
2532:5, 2533:16,
2534:3, 2534:24,
2542:15, 2593:7
RECORDED [1] -
2397:16
records [1] - 2474:6
recovered [1] -
2404:11
red [2] - 2524:7,
2582:14
REDDEN [1] -
2396:15
redesign [4] -
2508:2, 2510:1,
2510:18, 2519:6
redesigned [11] -
2449:14, 2508:11,
2508:17, 2509:4,
2509:24, 2510:10,
2514:15, 2520:22,
2539:5, 2574:16,
2574:20
redirect [2] - 2575:2,
2576:14
Redirect [1] - 2398:8
REDIRECT [1] -
2576:11
reduce [2] - 2501:13,
2501:16
reduced [2] -
2409:19, 2409:22
reduces [1] - 2560:8
reduction [2] -
2436:1, 2436:2
refer [1] - 2558:1
reference [1] -
2547:25
referred [2] -
2487:15, 2506:18
referring [1] - 2487:6
reflect [1] - 2533:21
reflected [1] - 2578:3
refreshes [2] -
2477:15, 2489:18
refused [1] - 2500:9
REGAN [66] -
2395:8, 2412:15,

2414:13, 2451:8,
2454:15, 2454:25,
2458:14, 2458:19,
2460:13, 2460:15,
2461:25, 2466:3,
2466:10, 2467:3,
2467:15, 2467:20,
2468:1, 2470:25,
2490:9, 2490:15,
2490:16, 2499:5,
2499:8, 2502:23,
2502:24, 2504:13,
2504:21, 2504:22,
2505:1, 2505:2,
2505:7, 2508:4,
2508:5, 2511:1,
2530:2, 2531:9,
2531:13, 2531:16,
2535:5, 2540:17,
2540:19, 2541:23,
2542:3, 2543:10,
2543:19, 2544:14,
2544:15, 2548:21,
2548:22, 2551:1,
2551:4, 2555:9,
2555:11, 2559:5,
2559:6, 2562:9,
2562:13, 2562:14,
2570:5, 2570:8,
2574:5, 2574:21,
2575:8, 2589:23,
2590:23, 2591:24
Regan [15] - 2398:7,
2467:24, 2468:4,
2504:20, 2543:9,
2576:17, 2579:11,
2580:9, 2580:15,
2581:4, 2581:8,
2581:17, 2583:7,
2585:1, 2585:13
regard [2] - 2401:19,
2587:3
regarding [3] -
2588:4, 2590:19,
2591:19
regime [3] - 2441:18,
2442:8, 2442:14
REGISTERED [1] -
2397:13
regretfully [1] -
2546:17
regular [1] - 2407:9
regularly [1] -
2408:25
regulation [1] -
2427:1
regulations [2] -
2532:21
regulatory [1] -
2532:24

reject [1] - 2487:3
related [6] - 2399:17,
2400:4, 2401:5,
2562:6, 2576:20,
2588:19
RELATES [1] -
2390:11
relation [1] - 2450:22
relationship [2] -
2478:5, 2543:7
relative [1] - 2445:14
release [1] - 2525:14
relevant [7] -
2419:5, 2423:17,
2451:2, 2451:6,
2451:11, 2451:12,
2451:13, 2529:25,
2530:4, 2530:18
reliable [1] - 2430:2
reliance [3] - 2563:8,
2587:3, 2590:2
relied [6] - 2406:12,
2425:19, 2476:9,
2479:12, 2491:16,
2491:18
relinquished [1] -
2533:14
rely [10] - 2415:22,
2472:17, 2477:19,
2478:9, 2480:8,
2488:13, 2571:3,
2571:6, 2572:5,
2587:20
relying [7] - 2560:25,
2563:5, 2572:10,
2572:23, 2580:16,
2580:19, 2580:22
remained [1] -
2504:4
remaining [2] -
2530:17, 2576:2
remedial [1] -
2573:22
remediate [2] -
2408:2, 2558:13
remediated [3] -
2405:20, 2407:16,
2407:22
remediation [3] -
2408:4, 2408:5,
2414:9
remember [13] -
2471:3, 2481:12,
2489:16, 2489:17,
2490:9, 2492:2,
2540:5, 2541:24,
2544:7, 2548:2,
2553:5, 2553:11,
2577:22
remind [1] - 2401:18

remove [2] -
2411:10, 2564:20
removed [1] -
2493:19
RENAISSANCE [1] -
2396:23
rendered [1] -
2543:7
renders [1] - 2471:7
repeat [11] - 2451:4,
2460:24, 2477:9,
2504:25, 2513:17,
2514:6, 2515:8,
2516:3, 2522:14,
2547:2, 2586:8
repeated [1] -
2527:13
repeating [1] -
2414:16
replaced [2] -
2565:25, 2566:2
replacing [1] -
2493:16
report [58] - 2403:23,
2406:8, 2406:9,
2412:24, 2413:5,
2437:8, 2437:22,
2441:13, 2441:15,
2441:17, 2443:15,
2459:1, 2460:6,
2462:5, 2466:10,
2466:18, 2466:24,
2467:5, 2469:6,
2470:12, 2470:14,
2475:10, 2478:21,
2479:20, 2480:6,
2488:19, 2489:6,
2504:25, 2505:3,
2505:9, 2505:11,
2510:7, 2511:20,
2512:9, 2515:15,
2521:6, 2526:3,
2535:7, 2535:12,
2536:1, 2537:2,
2537:4, 2538:21,
2538:22, 2539:12,
2543:6, 2543:8,
2563:12, 2563:25,
2568:21, 2569:2,
2570:14, 2570:16,
2585:11, 2589:5,
2589:22, 2591:6
Report [2] - 2416:4,
2562:5
reported [5] -
2513:8, 2513:16,
2527:2, 2537:2,
2570:11
REPORTER [3] -
2397:12, 2397:12,

2397:13
Reporter [2] -
2593:4, 2593:13
REPORTER'S [1] -
2593:2
reporting [2] -
2527:24, 2570:10
reports [3] -
2403:17, 2517:6,
2543:4
represent [3] -
2468:4, 2514:23,
2535:22
representation [3] -
2475:13, 2485:19,
2583:10
representative [1] -
2474:24
represented [2] -
2493:19, 2503:8
request [2] -
2465:18, 2530:10
requested [2] -
2462:12, 2530:9
require [1] - 2539:22
required [5] -
2438:20, 2439:11,
2439:19, 2491:8,
2492:5, 2546:14,
2578:12, 2578:23,
2578:24, 2579:3,
2579:4, 2586:11,
2589:15
requirement [2] -
2550:6, 2550:10
requirements [2] -
2470:13, 2532:25
requires [1] -
2422:24
reran [1] - 2537:13
rerun [2] - 2537:8,
2537:11
reserve [2] -
2401:17, 2575:19
reservoir [1] -
2551:18
residing [1] -
2420:25
residual [1] -
2420:24
resolve [1] - 2546:4
RESOURCES [1] -
2393:8
respect [63] -
2399:24, 2404:4,
2437:14, 2439:14,
2460:15, 2469:5,
2475:23, 2476:2,
2476:24, 2477:24,
2479:12, 2481:15,

2482:1, 2482:2,
2486:10, 2487:15,
2488:7, 2490:17,
2492:1, 2492:6,
2493:4, 2495:12,
2496:22, 2498:18,
2501:4, 2501:10,
2505:4, 2511:23,
2513:1, 2515:12,
2517:1, 2517:6,
2517:17, 2517:24,
2518:11, 2520:1,
2522:18, 2530:22,
2535:13, 2535:19,
2539:10, 2539:24,
2540:13, 2540:19,
2543:11, 2543:22,
2544:4, 2544:11,
2545:14, 2545:18,
2545:24, 2545:25,
2546:12, 2555:8,
2557:15, 2558:17,
2564:24, 2566:21,
2570:9, 2570:23,
2573:9, 2573:22,
2576:3
respectively [3] -
2419:14, 2421:8,
2428:12
respond [6] -
2414:18, 2540:17,
2540:23, 2541:1,
2542:12, 2576:15
response [6] -
2419:20, 2496:1,
2496:3, 2534:24,
2540:11, 2540:12
responsibilities [2] -
2471:20, 2482:2
responsibility [10] -
2475:24, 2478:21,
2480:5, 2480:6,
2481:15, 2481:20,
2580:10, 2580:16,
2580:18, 2580:21
responsible [5] -
2460:5, 2468:22,
2479:18, 2479:20,
2481:12
result [23] - 2451:15,
2452:13, 2452:18,
2455:10, 2455:11,
2455:16, 2455:21,
2456:22, 2458:25,
2459:2, 2470:15,
2494:8, 2494:18,
2494:25, 2510:21,
2513:25, 2514:14,
2514:18, 2516:23,
2572:11, 2579:24,

2579:25
resulted [1] -
2516:11
results [39] -
2417:12, 2422:5,
2425:11, 2428:21,
2433:17, 2434:14,
2434:15, 2441:10,
2443:4, 2449:5,
2450:23, 2451:1,
2479:20, 2480:2,
2480:10, 2494:16,
2510:19, 2512:12,
2512:19, 2516:20,
2519:8, 2523:21,
2527:2, 2529:4,
2529:13, 2531:1,
2539:4, 2539:14,
2539:15, 2542:5,
2542:19, 2542:25,
2543:2, 2544:5,
2544:17, 2574:14,
2574:16, 2574:19,
2589:2
resume [3] - 2399:8,
2402:24, 2504:20
retain [1] - 2526:7
retained [1] -
2530:14
retarder [19] -
2449:24, 2450:1,
2450:3, 2450:9,
2450:25, 2459:5,
2459:20, 2459:24,
2502:5, 2521:14,
2522:10, 2546:20,
2555:8, 2555:12,
2555:13, 2555:17,
2574:10
retest [4] - 2452:16,
2452:17, 2456:7,
2456:12
retired [1] - 2534:11
retread [1] - 2590:14
returns [2] -
2447:14, 2570:13
review [19] -
2399:18, 2402:20,
2404:1, 2407:25,
2416:10, 2423:6,
2441:3, 2442:11,
2446:24, 2449:19,
2461:13, 2469:7,
2472:7, 2474:5,
2488:5, 2488:6,
2503:25, 2506:23,
2588:24
reviewed [23] -
2403:17, 2408:1,
2408:18, 2415:21,

2415:24, 2416:2, 2416:6, 2416:8, 2437:7, 2441:4, 2447:19, 2453:25, 2459:4, 2462:3, 2463:14, 2466:9, 2489:3, 2489:11, 2502:11, 2502:17, 2502:20, 2512:12, 2575:13

**reviewing** [4] - 2487:25, 2535:8, 2535:14, 2578:20

**reviews** [1] - 2488:17

**rheologies** [1] - 2438:17

**rheology** [3] - 2441:25, 2447:8, 2493:14

**RICHARD** [1] - 2396:3

**Richard** [1] - 2401:19

**Ricky** [5] - 2525:23, 2526:1, 2526:17, 2526:24, 2527:2

**rid** [1] - 2526:9

**rig** [82] - 2403:14, 2412:3, 2412:6, 2416:25, 2417:2, 2417:3, 2417:4, 2417:6, 2417:14, 2417:19, 2418:2, 2418:6, 2418:9, 2418:13, 2418:14, 2418:16, 2420:7, 2420:10, 2420:14, 2420:17, 2421:8, 2422:10, 2422:15, 2422:21, 2422:22, 2422:24, 2423:4, 2423:7, 2423:15, 2424:4, 2424:5, 2424:17, 2425:3, 2426:14, 2432:7, 2432:8, 2448:19, 2456:25, 2460:10, 2462:14, 2462:18, 2463:3, 2463:4, 2465:2, 2465:8, 2465:15, 2465:22, 2465:24, 2465:25, 2469:17, 2475:10, 2478:14, 2500:21, 2501:3, 2504:2, 2506:3, 2517:24, 2517:25, 2518:3, 2519:2, 2519:8, 2520:25, 2523:24, 2524:16, 2524:18,

2530:17, 2531:18, 2532:7, 2545:12, 2555:14, 2564:6, 2564:10, 2565:18, 2565:24, 2567:18, 2574:4, 2583:21, 2584:9, 2589:10

**RIG** [1] - 2390:5

**right** [257] - 2400:4, 2401:17, 2402:5, 2402:12, 2402:17, 2402:22, 2402:23, 2408:25, 2409:3, 2409:20, 2409:25, 2410:4, 2411:4, 2411:10, 2411:13, 2411:20, 2412:3, 2413:24, 2414:9, 2414:24, 2415:14, 2417:12, 2417:16, 2418:6, 2418:10, 2418:25, 2420:7, 2422:16, 2422:25, 2424:14, 2424:15, 2424:18, 2424:25, 2425:23, 2426:10, 2427:15, 2427:19, 2428:7, 2428:12, 2428:15, 2428:18, 2430:2, 2430:11, 2430:13, 2430:17, 2430:19, 2430:20, 2431:5, 2431:14, 2431:18, 2431:19, 2431:21, 2431:25, 2432:4, 2432:14, 2432:16, 2432:17, 2432:20, 2433:2, 2433:5, 2433:9, 2434:23, 2435:9, 2435:13, 2435:21, 2436:3, 2436:20, 2436:23, 2437:15, 2437:24, 2438:4, 2438:10, 2438:15, 2438:21, 2439:1, 2439:7, 2439:16, 2439:24, 2440:1, 2440:18, 2441:21, 2442:3, 2443:17, 2443:18, 2443:21, 2443:24, 2443:25, 2444:1, 2444:3, 2444:25, 2445:19, 2445:20, 2446:17, 2447:23, 2448:9, 2448:16, 2449:17, 2449:20, 2450:3, 2450:7, 2450:8, 2450:10, 2450:17, 2450:21, 2451:13,

2451:19, 2452:2, 2452:8, 2452:16, 2452:19, 2452:22, 2452:23, 2453:11, 2453:15, 2454:7, 2455:16, 2455:23, 2456:1, 2456:7, 2456:13, 2456:17, 2457:5, 2458:2, 2459:12, 2459:18, 2460:2, 2460:6, 2461:11, 2461:17, 2462:3, 2462:6, 2462:9, 2463:8, 2463:9, 2463:15, 2464:17, 2465:3, 2467:14, 2470:16, 2470:23, 2470:24, 2471:2, 2471:4, 2472:1, 2472:23, 2473:19, 2474:4, 2474:8, 2474:25, 2475:8, 2475:24, 2477:1, 2477:6, 2477:19, 2477:20, 2478:12, 2478:19, 2478:20, 2480:16, 2481:3, 2482:8, 2482:11, 2482:12, 2482:16, 2484:24, 2485:11, 2485:25, 2486:4, 2486:15, 2490:8, 2491:23, 2492:10, 2493:10, 2494:6, 2495:24, 2496:24, 2498:1, 2498:11, 2499:11, 2499:17, 2499:25, 2501:15, 2502:2, 2503:11, 2504:12, 2504:19, 2504:20, 2509:14, 2511:2, 2515:3, 2518:1, 2522:7, 2524:1, 2524:7, 2524:9, 2526:4, 2526:5, 2526:12, 2527:22, 2531:18, 2531:22, 2533:1, 2533:4, 2534:20, 2535:3, 2537:8, 2537:11, 2538:12, 2538:16, 2539:19, 2546:3, 2547:7, 2549:21, 2550:1, 2551:13, 2551:15, 2551:21, 2551:22, 2552:3, 2552:12, 2552:14, 2552:18, 2553:24, 2556:17, 2559:24, 2561:9, 2561:10,

2561:25, 2564:7, 2564:14, 2564:17, 2565:11, 2565:16, 2565:21, 2565:22, 2566:14, 2566:21, 2567:1, 2567:24, 2568:4, 2568:5, 2568:8, 2569:14, 2573:4, 2573:5, 2576:4, 2576:6, 2577:3, 2583:24, 2587:13, 2588:12, 2588:17, 2592:8

**rights** [1] - 2489:6

**rise** [3] - 2408:25, 2504:16, 2592:15

**riser** [4] - 2567:18, 2568:4, 2568:5, 2569:14

**risk** [14] - 2410:20, 2440:3, 2440:8, 2443:18, 2445:11, 2445:13, 2497:25, 2502:2, 2506:8, 2554:20, 2558:4, 2568:19, 2569:4, 2590:5

**risks** [18] - 2476:14, 2476:16, 2558:19, 2569:1, 2584:15, 2584:19, 2584:21, 2584:24, 2585:2, 2585:4, 2585:8, 2586:7, 2586:23, 2586:24, 2586:25, 2591:5, 2591:6, 2591:9

**RKB** [2] - 2564:3, 2564:7

**RMR** [2] - 2397:12, 2593:12

**ROBERT** [2] - 2391:11, 2395:3

**ROBERTS** [2] - 2395:18, 2396:17

**rod** [1] - 2527:23

**ROMs** [1] - 2399:12

**Ronnie** [6] - 2399:24, 2400:24, 2402:14, 2526:15, 2526:16

**room** [1] - 2464:24

**ROOM** [2] - 2393:5, 2397:13

**rotary** [2] - 2564:3, 2564:9

**Roth** [1] - 2483:15

**ROUGE** [2] - 2392:15, 2394:12

**routine** [1] - 2408:5

**ROY** [2] - 2391:3,

2391:3

**RPR** [1] - 2593:12

**rubbing** [1] - 2558:10

**ruling** [1] - 2540:15

**run** [37] - 2407:3, 2434:7, 2436:13, 2436:18, 2437:11, 2437:23, 2438:9, 2438:13, 2438:17, 2439:2, 2439:4, 2439:6, 2440:5, 2440:12, 2441:13, 2441:17, 2441:18, 2447:12, 2487:19, 2518:12, 2521:16, 2521:19, 2528:25, 2545:11, 2548:18, 2560:20, 2560:24, 2561:8, 2561:21, 2562:16, 2570:18, 2570:21, 2570:22, 2572:9, 2585:19, 2586:12, 2586:22

**running** [10] - 2410:21, 2434:6, 2442:15, 2442:24, 2557:16, 2558:5, 2558:10, 2558:14, 2558:20, 2569:24

**ruptured** [1] - 2552:18

**RUSNAK** [1] - 2392:17

## S

**S** [4] - 2392:7, 2399:4

**SA** [1] - 2446:16

**SA-541** [8] - 2446:5, 2446:13, 2447:2, 2447:15, 2447:23, 2523:2, 2523:4, 2523:14

**Sabins** [4] - 2561:18, 2561:21, 2562:3, 2562:15

**sack** [4] - 2421:24, 2450:3, 2459:5

**sacks** [4] - 2450:6, 2459:11, 2459:13, 2459:17

**safe** [1] - 2473:8

**safety** [13] - 2431:21, 2431:22, 2469:8, 2469:12, 2469:19, 2556:10, 2576:17, 2576:20, 2576:22, 2576:23, 2576:24,

2577:4

**said** [59] - 2401:3, 2403:11, 2406:9, 2406:22, 2408:8, 2409:11, 2410:17, 2414:5, 2428:4, 2430:19, 2437:22, 2438:12, 2441:20, 2442:15, 2442:17, 2455:15, 2455:18, 2460:9, 2460:25, 2466:16, 2469:22, 2471:1, 2472:22, 2475:24, 2480:4, 2481:11, 2485:14, 2486:11, 2489:1, 2490:5, 2490:8, 2490:9, 2490:11, 2492:1, 2496:13, 2500:12, 2503:20, 2508:12, 2510:17, 2512:18, 2515:15, 2522:13, 2522:19, 2523:6, 2525:5, 2526:6, 2529:18, 2539:20, 2541:3, 2549:23, 2555:4, 2557:20, 2567:17, 2575:14, 2575:19, 2583:23, 2588:8

**sake** [1] - 2575:8

**same** [29] - 2414:16, 2417:25, 2424:22, 2425:10, 2432:12, 2433:17, 2450:7, 2453:1, 2473:25, 2486:10, 2492:9, 2492:10, 2495:3, 2496:3, 2511:19, 2511:20, 2515:25, 2519:11, 2519:12, 2528:19, 2531:17, 2539:9, 2539:23, 2545:22, 2558:16, 2564:15, 2575:23, 2583:14

**sample** [43] - 2404:11, 2418:7, 2420:9, 2422:15, 2422:22, 2424:5, 2430:17, 2432:7, 2433:4, 2434:8, 2434:15, 2434:22, 2435:19, 2435:20, 2436:2, 2436:9, 2436:13, 2436:15, 2437:4, 2448:7, 2448:15, 2453:15, 2453:23, 2455:23, 2456:23, 2457:5,

2458:6, 2466:9, 2507:25, 2508:1, 2509:23, 2517:15, 2517:18, 2521:1, 2526:9, 2530:13, 2530:14, 2530:17, 2530:20, 2538:9, 2538:18, 2545:11, 2545:13

**samples** [25] - 2418:6, 2418:16, 2418:17, 2422:10, 2423:11, 2423:15, 2425:3, 2432:8, 2432:12, 2433:9, 2433:14, 2434:2, 2465:21, 2509:19, 2530:22, 2531:7, 2531:8, 2531:12, 2531:16, 2531:17, 2531:24, 2532:7, 2537:7, 2538:5

**SAN** [2] - 2392:5, 2393:6

**sanctioned** [1] - 2464:11

**sat** [3] - 2412:9, 2473:25, 2491:14

**satisfaction** [1] - 2442:25

**satisfy** [1] - 2532:22

**satisfying** [1] - 2532:24

**save** [1] - 2500:7

**saw** [21] - 2403:22, 2408:4, 2455:3, 2456:13, 2489:14, 2499:16, 2500:16, 2516:25, 2523:6, 2535:23, 2536:3, 2537:13, 2546:16, 2555:4, 2557:19, 2561:18, 2561:23, 2568:20, 2576:19, 2584:15

**say** [56] - 2417:2, 2439:18, 2443:16, 2445:4, 2452:12, 2452:15, 2452:24, 2453:9, 2457:11, 2458:20, 2458:21, 2458:24, 2461:1, 2462:16, 2469:7, 2470:6, 2477:10, 2486:7, 2490:13, 2493:1, 2499:4, 2501:16, 2506:25, 2507:1, 2508:1, 2510:4, 2510:8, 2517:15, 2517:19,

2518:22, 2521:7, 2525:15, 2537:6, 2537:10, 2539:3, 2540:2, 2542:4, 2543:1, 2545:17, 2549:1, 2549:2, 2553:25, 2558:17, 2561:12, 2561:13, 2564:10, 2565:6, 2566:18, 2567:18, 2569:17, 2569:19, 2570:23, 2571:22, 2583:16, 2589:3

**saying** [9] - 2401:13, 2411:9, 2421:10, 2428:24, 2482:14, 2484:13, 2485:2, 2548:13, 2569:5

**says** [22] - 2419:12, 2438:7, 2440:2, 2441:20, 2483:19, 2484:3, 2484:8, 2486:7, 2488:23, 2496:15, 2496:16, 2512:15, 2515:6, 2521:9, 2526:16, 2539:16, 2548:7, 2560:5, 2560:11, 2582:15

**scenarios** [1] - 2548:19

**schedule** [1] - 2429:12

**Schlumberger** [2] - 2482:13, 2528:18

**SCOFIELD** [1] - 2397:7

**scope** [4] - 2461:25, 2466:5, 2467:4, 2589:25

**Scott** [1] - 2576:13

**SCOTT** [1] - 2393:10

**SCR-100** [1] - 2502:4

**screen** [8] - 2424:12, 2488:15, 2505:4, 2505:8, 2514:22, 2534:8, 2556:25, 2557:20

**screenshot** [2] - 2514:24, 2521:5

**Seal** [1] - 2502:20

**seal** [3] - 2492:19, 2504:4, 2584:25

**sealant** [1] - 2522:20

**Sealant** [2] - 2444:6, 2503:10

**seated** [2] - 2399:7, 2504:19

**seating** [1] - 2474:2

**second** [13] - 2441:11, 2448:14, 2453:5, 2456:19, 2459:16, 2505:4, 2505:5, 2511:18, 2519:12, 2522:3, 2524:22, 2558:24, 2582:15

**SECREST** [1] - 2396:15

**section** [1] - 2564:20

**Section** [2] - 2435:4, 2435:11

**SECTION** [2] - 2393:9, 2393:21

**sections** [1] - 2583:19

**sedimentation** [1] - 2440:17

**see** [101] - 2404:2, 2408:1, 2409:14, 2424:20, 2435:1, 2436:23, 2440:20, 2441:20, 2442:12, 2442:17, 2442:20, 2447:7, 2447:17, 2447:18, 2447:21, 2453:14, 2453:24, 2455:3, 2455:5, 2455:10, 2455:11, 2455:18, 2463:2, 2465:14, 2469:8, 2469:14, 2469:18, 2475:7, 2475:10, 2477:14, 2483:25, 2484:1, 2484:4, 2484:10, 2485:17, 2489:18, 2495:18, 2496:18, 2497:22, 2498:18, 2500:6, 2500:9, 2500:12, 2501:2, 2502:25, 2505:8, 2506:21, 2507:2, 2509:22, 2511:2, 2514:25, 2515:3, 2515:4, 2515:6, 2521:7, 2522:4, 2523:8, 2523:21, 2524:24, 2526:2, 2526:16, 2526:18, 2526:21, 2527:5, 2531:2, 2533:25, 2536:19, 2537:10, 2538:14, 2538:15, 2540:6, 2543:20, 2544:21, 2545:7, 2546:11, 2551:3, 2551:16, 2557:25, 2559:11, 2559:13, 2560:4,

2560:9, 2560:14, 2561:21, 2561:25, 2562:2, 2562:21, 2562:22, 2563:2, 2563:18, 2566:21, 2567:17, 2581:7, 2581:10, 2582:6, 2584:24, 2586:8, 2588:20

**seeing** [9] - 2421:25, 2489:16, 2495:17, 2496:9, 2502:21, 2506:14, 2544:17, 2553:5, 2587:9

**seemed** [2] - 2415:22, 2532:8

**seems** [3] - 2532:5, 2588:25, 2589:8

**seen** [39] - 2401:8, 2404:11, 2410:11, 2441:6, 2441:7, 2447:6, 2455:20, 2474:5, 2474:7, 2479:23, 2483:16, 2483:18, 2483:22, 2486:2, 2487:11, 2492:20, 2500:23, 2504:25, 2519:20, 2520:11, 2521:4, 2521:5, 2521:24, 2526:11, 2526:23, 2528:1, 2528:9, 2530:24, 2554:9, 2554:12, 2554:14, 2559:8, 2561:8, 2562:10, 2562:11, 2562:15, 2562:16, 2570:13, 2585:16

**seeping** [1] - 2411:25

**segregate** [1] - 2535:1

**segregation** [1] - 2436:5

**selection** [1] - 2505:17

**seminar** [1] - 2487:14

**send** [2] - 2443:4, 2506:3

**sending** [1] - 2441:9

**sends** [1] - 2524:12

**sense** [1] - 2407:11

**sensitive** [3] - 2428:18, 2428:25, 2573:1

**sensitivity** [1] - 2424:20

**sent** [8] - 2441:12, 2441:15, 2442:7,

2442:8, 2488:1,
2514:12, 2534:19
**sentence** [4] -
2505:22, 2508:8,
2539:3, 2582:15
**separate** [2] -
2517:25, 2535:1
**separated** [1] -
2449:16
**separates** [1] -
2435:16
**September** [6] -
2483:14, 2483:16,
2484:12, 2485:1,
2485:14, 2486:4
**Sepulvado** [6] -
2401:3, 2401:6,
2402:14, 2411:8,
2576:1, 2576:4
**Sepulvado's** [5] -
2399:24, 2400:5,
2400:24, 2402:2,
2575:23
**served** [1] - 2588:2
**service** [10] -
2472:12, 2472:18,
2474:24, 2475:1,
2491:3, 2491:6,
2581:1, 2584:1,
2588:4
**Service** [1] - 2533:13
**SERVICES** [1] -
2396:21
**services** [2] -
2580:19, 2580:22
**SESSION** [1] -
2390:20
**set** [41] - 2418:19,
2422:1, 2425:14,
2426:17, 2427:2,
2427:4, 2432:20,
2432:22, 2433:2,
2433:4, 2433:21,
2434:7, 2434:11,
2434:16, 2436:10,
2436:11, 2448:6,
2453:23, 2457:5,
2457:15, 2457:16,
2457:17, 2457:18,
2460:14, 2466:5,
2469:24, 2473:3,
2491:10, 2507:8,
2507:14, 2507:17,
2507:22, 2508:13,
2509:6, 2509:7,
2517:18, 2517:21,
2527:16, 2571:5,
2580:7, 2580:8
**sets** [4] - 2434:8,
2449:16, 2451:6,

2494:9
**setting** [2] - 2546:3,
2573:3
**settle** [1] - 2421:23
**settled** [1] - 2466:20
**settlement** [3] -
2438:19, 2440:5,
2440:14
**settling** [14] -
2440:21, 2513:17,
2514:6, 2514:7,
2515:9, 2536:7,
2536:9, 2536:11,
2536:14, 2536:15,
2536:19, 2537:14,
2537:17, 2537:23
**seven** [6] - 2483:18,
2510:7, 2537:20,
2559:17, 2559:23,
2560:2
**seven-inch** [3] -
2559:17, 2559:23,
2560:2
**several** [6] - 2424:14,
2441:25, 2454:7,
2481:13, 2496:4,
2569:7
**severe** [3] - 2515:8,
2560:25, 2561:13
**Shallow** [1] - 2440:2
**SHARON** [1] -
2393:17
**SHAW** [1] - 2391:21
**she'll** [1] - 2576:10
**sheer** [4] - 2426:16,
2465:23, 2465:25
**sheet** [5] - 2514:9,
2517:9, 2522:2,
2544:20
**sheets** [7] - 2449:7,
2449:8, 2452:1,
2453:25, 2455:3,
2514:12, 2517:12
**shelf** [1] - 2589:10
**SHELL** [1] - 2394:21
**shift** [1] - 2414:4
**shipped** [1] -
2420:13
**shoe** [9] - 2549:20,
2551:13, 2551:22,
2552:2, 2552:3,
2552:14, 2552:23,
2554:2, 2567:25
**shoes** [1] - 2551:17
**shooting** [1] -
2448:16
**shore** [4] - 2421:7,
2422:11, 2422:16,
2422:20
**short** [3] - 2447:10,

2499:5, 2556:23
**shorter** [2] -
2428:14, 2571:3
**shortly** [1] - 2525:19
**shotted** [1] - 2422:11
**should** [41] -
2437:10, 2447:17,
2448:21, 2449:13,
2452:17, 2453:24,
2458:1, 2467:5,
2478:25, 2479:24,
2480:1, 2480:3,
2486:22, 2487:19,
2490:13, 2500:13,
2505:19, 2508:10,
2508:17, 2509:24,
2510:9, 2520:21,
2530:25, 2537:11,
2539:5, 2549:15,
2555:5, 2564:8,
2573:22, 2574:18,
2574:19, 2583:23,
2584:7, 2584:8,
2586:18, 2586:21,
2588:14, 2590:22,
2591:20, 2591:21,
2592:1
**shouldn't** [4] -
2443:9, 2505:25,
2506:11, 2584:22
**show** [26] - 2426:3,
2447:6, 2477:13,
2483:13, 2486:3,
2489:18, 2498:17,
2499:5, 2500:25,
2502:25, 2506:16,
2513:7, 2517:12,
2521:3, 2525:6,
2525:8, 2526:4,
2526:11, 2536:6,
2538:10, 2540:6,
2544:5, 2544:12,
2545:1, 2555:1,
2574:14
**showed** [18] -
2428:25, 2455:4,
2509:1, 2509:19,
2515:20, 2525:4,
2537:19, 2539:14,
2553:5, 2553:6,
2556:25, 2569:3,
2571:7, 2572:6,
2573:1, 2585:17,
2586:12
**showing** [3] -
2431:8, 2521:1,
2561:4
**shown** [3] - 2506:13,
2510:16, 2535:18
**shows** [11] -

2428:17, 2437:4,
2439:8, 2455:12,
2486:16, 2520:23,
2525:8, 2536:11,
2538:18, 2583:10,
2590:3
**shrink** [1] - 2493:22
**Shushan** [2] -
2532:6, 2576:9
**SHUTLER** [1] -
2393:17
**side** [9] - 2408:20,
2409:2, 2409:7,
2409:17, 2410:8,
2457:22, 2529:1,
2566:25, 2587:20
**sides** [1] - 2581:2
**sidetrack** [1] -
2551:15
**sidetracking** [1] -
2551:10
**sign** [7] - 2511:3,
2517:18, 2536:17,
2536:21, 2538:12,
2545:4, 2545:9
**significant** [3] -
2436:1, 2482:2,
2560:13
**significantly** [1] -
2453:2
**signs** [9] - 2435:12,
2436:5, 2437:2,
2439:3, 2506:13,
2506:17, 2507:3,
2509:1, 2538:1
**similar** [3] - 2472:20,
2472:25, 2491:9
**simulate** [4] -
2462:14, 2462:16,
2505:13, 2505:20
**simulated** [1] -
2405:7
**simulating** [1] -
2432:3
**simulation** [6] -
2416:20, 2416:22,
2417:16, 2418:1,
2423:23, 2429:2
**simultaneously** [1] -
2583:19
**since** [4] - 2399:12,
2469:6, 2542:7,
2566:4
**SINCLAIR** [1] -
2394:5
**single** [3] - 2472:7,
2472:8, 2536:3
**sir** [605] - 2403:16,
2403:19, 2403:25,
2404:6, 2404:10,

2404:14, 2404:17,
2404:24, 2405:3,
2405:6, 2405:9,
2405:16, 2405:24,
2406:1, 2406:2,
2406:8, 2406:16,
2407:6, 2407:24,
2408:4, 2408:7,
2408:13, 2408:23,
2409:4, 2409:6,
2409:10, 2409:13,
2409:18, 2410:5,
2410:9, 2410:25,
2411:5, 2411:14,
2411:19, 2411:21,
2412:4, 2412:11,
2412:25, 2413:10,
2413:16, 2413:25,
2414:3, 2414:7,
2415:7, 2415:15,
2415:23, 2416:1,
2416:3, 2416:7,
2416:9, 2416:12,
2416:24, 2417:1,
2417:8, 2417:13,
2417:15, 2417:21,
2418:7, 2418:11,
2418:21, 2419:1,
2419:2, 2419:6,
2419:22, 2419:24,
2420:4, 2420:12,
2420:15, 2421:9,
2421:13, 2422:22,
2423:1, 2423:5,
2424:5, 2424:8,
2424:16, 2424:19,
2425:8, 2425:12,
2425:24, 2426:19,
2427:18, 2427:23,
2428:8, 2428:13,
2428:21, 2429:4,
2429:9, 2429:14,
2430:3, 2430:7,
2430:9, 2430:12,
2431:4, 2431:6,
2431:7, 2431:12,
2432:5, 2432:10,
2432:15, 2432:25,
2433:6, 2434:3,
2434:5, 2434:24,
2435:2, 2435:7,
2435:14, 2436:4,
2436:8, 2436:24,
2436:25, 2437:9,
2437:12, 2438:3,
2438:5, 2438:11,
2438:18, 2439:22,
2440:11, 2440:13,
2440:16, 2440:22,
2441:2, 2441:5,
2442:2, 2442:4,

2442:16, 2442:19,
2442:22, 2443:3,
2443:6, 2443:12,
2443:14, 2443:19,
2444:2, 2444:10,
2444:13, 2444:16,
2445:11, 2446:1,
2446:6, 2446:10,
2446:23, 2447:4,
2447:10, 2447:20,
2448:10, 2449:4,
2449:8, 2449:18,
2450:4, 2450:14,
2451:14, 2451:17,
2451:20, 2452:3,
2452:6, 2452:20,
2453:16, 2454:2,
2454:8, 2454:12,
2455:9, 2455:17,
2456:8, 2456:11,
2456:14, 2456:18,
2457:6, 2457:14,
2457:24, 2459:16,
2460:3, 2460:20,
2461:6, 2461:12,
2461:16, 2461:21,
2462:4, 2462:7,
2462:10, 2463:25,
2464:4, 2464:10,
2464:23, 2464:25,
2465:7, 2465:13,
2465:16, 2465:19,
2466:15, 2466:25,
2467:13, 2468:7,
2468:13, 2468:17,
2468:21, 2469:13,
2469:20, 2470:12,
2470:24, 2471:5,
2471:12, 2471:19,
2472:3, 2472:14,
2472:24, 2473:7,
2473:9, 2473:14,
2473:17, 2473:20,
2473:24, 2474:7,
2474:9, 2475:12,
2475:19, 2475:22,
2475:25, 2476:5,
2476:8, 2476:11,
2476:20, 2477:3,
2477:7, 2477:22,
2477:23, 2478:3,
2478:7, 2478:11,
2479:2, 2479:9,
2479:14, 2479:19,
2479:22, 2480:7,
2480:13, 2480:15,
2480:21, 2480:23,
2480:25, 2481:2,
2481:4, 2481:6,
2481:9, 2481:14,
2481:18, 2481:21,

2481:25, 2482:4,
2482:9, 2482:21,
2483:7, 2483:17,
2483:23, 2484:2,
2484:5, 2484:11,
2484:16, 2484:21,
2485:7, 2485:12,
2485:18, 2485:21,
2485:24, 2486:1,
2487:1, 2487:5,
2487:8, 2487:20,
2487:23, 2488:2,
2488:6, 2488:9,
2488:14, 2488:23,
2489:2, 2489:10,
2489:13, 2489:17,
2490:20, 2490:25,
2491:15, 2491:17,
2492:5, 2492:14,
2492:21, 2492:25,
2493:3, 2493:21,
2494:7, 2494:14,
2495:5, 2495:8,
2495:11, 2495:15,
2495:19, 2496:10,
2496:25, 2497:2,
2497:5, 2497:9,
2497:13, 2497:15,
2497:17, 2497:21,
2498:2, 2498:8,
2498:15, 2498:16,
2499:19, 2500:5,
2500:8, 2500:11,
2500:15, 2500:24,
2501:12, 2502:13,
2502:19, 2502:22,
2503:7, 2503:19,
2504:5, 2505:10,
2505:15, 2505:18,
2505:21, 2505:24,
2506:2, 2506:15,
2506:22, 2506:25,
2507:5, 2508:3,
2508:7, 2508:12,
2508:14, 2508:18,
2508:21, 2508:24,
2509:2, 2509:5,
2509:9, 2509:17,
2509:21, 2511:17,
2511:20, 2512:13,
2512:21, 2512:25,
2513:14, 2513:18,
2513:24, 2514:8,
2514:17, 2514:20,
2515:2, 2515:5,
2515:7, 2515:10,
2515:16, 2515:22,
2515:24, 2516:1,
2516:4, 2516:6,
2516:8, 2516:10,
2516:17, 2516:19,

2516:22, 2516:25,
2517:10, 2517:11,
2518:4, 2518:13,
2518:16, 2518:19,
2518:21, 2518:24,
2519:1, 2519:4,
2519:7, 2519:10,
2519:14, 2519:25,
2520:23, 2521:15,
2521:18, 2522:1,
2522:5, 2522:17,
2522:23, 2523:3,
2523:12, 2523:16,
2523:20, 2523:23,
2523:25, 2524:2,
2524:8, 2524:10,
2524:17, 2524:20,
2525:2, 2525:18,
2525:22, 2525:25,
2526:10, 2526:19,
2526:22, 2527:1,
2527:6, 2527:11,
2527:25, 2528:4,
2528:6, 2528:8,
2528:11, 2528:17,
2528:21, 2529:2,
2529:5, 2529:9,
2529:17, 2530:21,
2531:7, 2535:12,
2535:17, 2535:23,
2535:24, 2536:2,
2536:5, 2536:8,
2536:16, 2536:18,
2536:20, 2536:22,
2537:1, 2537:3,
2537:9, 2537:15,
2537:25, 2538:2,
2538:17, 2538:20,
2539:2, 2539:8,
2539:16, 2543:21,
2544:3, 2544:22,
2544:25, 2545:3,
2545:5, 2545:8,
2545:20, 2545:24,
2546:6, 2546:13,
2547:3, 2547:6,
2547:11, 2547:16,
2547:24, 2548:3,
2548:6, 2548:25,
2549:2, 2549:5,
2549:9, 2549:13,
2550:2, 2550:16,
2551:9, 2551:11,
2551:16, 2551:20,
2552:8, 2553:8,
2553:12, 2553:15,
2553:19, 2554:5,
2554:11, 2554:13,
2555:7, 2556:3,
2556:6, 2556:8,
2557:4, 2557:18,

2558:3, 2558:21,
2558:23, 2559:14,
2559:18, 2559:21,
2560:10, 2560:15,
2561:4, 2561:11,
2561:15, 2561:20,
2562:17, 2562:20,
2562:23, 2563:1,
2563:4, 2563:7,
2563:10, 2563:16,
2563:18, 2563:24,
2564:1, 2564:2,
2564:11, 2564:18,
2565:1, 2565:8,
2565:12, 2565:17,
2565:20, 2565:23,
2566:1, 2566:3,
2566:12, 2567:2,
2567:15, 2567:20,
2567:25, 2568:6,
2568:9, 2568:17,
2568:21, 2569:1,
2569:21, 2569:23,
2570:1, 2570:12,
2570:16, 2571:25,
2572:4, 2572:9,
2572:16, 2572:22,
2573:1, 2573:13,
2573:24, 2574:15,
2574:17, 2576:18,
2577:4, 2577:9,
2578:15, 2578:25,
2579:5, 2579:6,
2579:13, 2580:6,
2580:11, 2580:20,
2580:23, 2581:6,
2581:9, 2581:12,
2581:21, 2581:24,
2582:3, 2582:12,
2582:23, 2583:4,
2583:8, 2584:10,
2584:12, 2584:17,
2584:20, 2585:3,
2585:6, 2585:15,
2585:22, 2585:24,
2586:1, 2586:4,
2586:14, 2586:17,
2586:20, 2587:5,
2587:10, 2587:14,
2588:6, 2588:13,
2588:18, 2588:21,
2589:13, 2589:17,
2589:20, 2590:21,
2591:4, 2591:8,
2591:11, 2591:13,
2591:16

**sit** [2] - 2458:24,
2568:22

**site** [2] - 2503:15,
2584:8

**sits** [1] - 2474:25

**sitting** [2] - 2446:24,
2454:20
**situation** [5] -
2469:14, 2503:21,
2547:22, 2558:8,
2560:4
**situations** [1] -
2440:5
**six** [2] - 2468:9,
2545:2
**size** [8] - 2405:15,
2553:17, 2553:25,
2559:19, 2560:22,
2561:2, 2561:9,
2562:1
**skill** [1] - 2491:10
**Slide** [2] - 2503:8,
2544:14
**slide** [3] - 2483:25,
2584:13, 2584:18
**SLIDELL** [1] -
2392:12
**slight** [2] - 2537:13,
2537:17
**slightly** [1] - 2489:22
**slim** [4] - 2560:1,
2560:2, 2560:6,
2560:11
**slow** [1] - 2554:13
**slower** [1] - 2429:2
**slurries** [17] -
2418:1, 2423:23,
2425:16, 2427:21,
2432:6, 2438:10,
2440:2, 2450:2,
2493:16, 2506:24,
2507:4, 2507:17,
2507:18, 2509:1,
2509:3, 2509:6,
2539:18
**slurry** [192] -
2403:24, 2404:4,
2404:18, 2405:8,
2405:14, 2409:17,
2416:20, 2416:22,
2417:16, 2418:25,
2423:18, 2423:24,
2424:3, 2424:21,
2425:15, 2426:2,
2426:6, 2426:22,
2427:7, 2427:11,
2428:1, 2428:7,
2428:17, 2428:22,
2428:24, 2429:1,
2431:1, 2431:10,
2431:25, 2432:22,
2434:19, 2435:16,
2436:19, 2437:1,
2438:1, 2439:2,
2440:12, 2440:21,

2441:14, 2441:18, 2443:21, 2444:1, 2444:3, 2445:5, 2445:9, 2446:4, 2446:8, 2446:13, 2447:1, 2447:8, 2447:14, 2448:18, 2448:19, 2449:14, 2449:23, 2449:24, 2451:3, 2452:4, 2452:17, 2452:24, 2454:14, 2454:23, 2456:2, 2456:22, 2456:23, 2459:5, 2459:14, 2460:10, 2460:23, 2461:4, 2461:8, 2461:18, 2461:22, 2461:23, 2463:3, 2463:6, 2463:7, 2463:10, 2465:5, 2465:6, 2465:8, 2465:12, 2469:17, 2470:13, 2475:8, 2476:2, 2476:4, 2476:7, 2476:10, 2476:18, 2479:13, 2479:16, 2479:18, 2479:24, 2482:7, 2482:17, 2482:19, 2484:3, 2484:18, 2484:19, 2485:6, 2485:15, 2486:21, 2487:19, 2502:3, 2502:9, 2505:12, 2505:25, 2506:3, 2506:21, 2507:11, 2507:14, 2507:21, 2508:10, 2508:19, 2508:20, 2509:24, 2510:13, 2510:21, 2511:11, 2511:16, 2512:6, 2512:8, 2512:16, 2513:16, 2514:4, 2514:6, 2514:7, 2514:15, 2515:8, 2515:23, 2517:15, 2518:14, 2519:6, 2519:8, 2519:9, 2520:22, 2520:23, 2521:14, 2521:21, 2522:24, 2523:1, 2523:2, 2523:18, 2523:20, 2523:22, 2524:12, 2524:16, 2524:18, 2525:20, 2526:1, 2526:17, 2526:20, 2526:25, 2527:4, 2527:14, 2528:12, 2531:17, 2535:11, 2535:16,

2536:11, 2536:15, 2536:24, 2537:14, 2537:16, 2537:17, 2537:23, 2538:24, 2539:4, 2539:17, 2539:23, 2540:1, 2543:14, 2543:23, 2544:6, 2544:24, 2545:1, 2545:6, 2545:12, 2546:15, 2547:1, 2547:8, 2547:9, 2574:11, 2574:16, 2579:21, 2581:25, 2587:21, 2589:1
**small** [2] - 2524:11, 2553:23
**smaller** [1] - 2459:19
**smart** [1] - 2410:22
**soap** [1] - 2443:23
**soapy** [1] - 2443:24
**soft** [2] - 2517:13, 2517:17
**software** [1] - 2557:5
**solely** [1] - 2488:2
**solid** [2] - 2494:6, 2507:14
**solids** [1] - 2527:23
**Solutions** [1] - 2559:12
**some** [59] - 2399:19, 2403:12, 2403:13, 2405:1, 2410:20, 2414:15, 2414:20, 2415:21, 2415:22, 2418:14, 2430:10, 2432:11, 2437:10, 2441:15, 2444:16, 2448:1, 2448:3, 2451:25, 2452:1, 2454:9, 2455:12, 2464:18, 2482:5, 2482:7, 2486:20, 2491:24, 2501:11, 2501:14, 2504:10, 2506:13, 2515:18, 2517:7, 2517:14, 2517:25, 2532:3, 2532:8, 2532:19, 2534:19, 2536:1, 2544:12, 2545:15, 2546:17, 2547:25, 2550:9, 2568:19, 2571:2, 2571:13, 2573:19, 2581:4, 2581:17, 2581:18, 2582:7, 2584:2, 2584:3, 2588:24, 2589:2, 2589:14
**somebody** [6] -

2400:11, 2458:4, 2517:14, 2538:15, 2544:1, 2592:10
**somehow** [1] - 2447:1
**someone** [2] - 2497:23, 2528:25
**something** [21] - 2400:12, 2406:22, 2407:8, 2408:8, 2412:19, 2422:20, 2436:10, 2443:2, 2455:18, 2474:5, 2482:10, 2484:24, 2502:1, 2532:16, 2533:24, 2537:11, 2538:14, 2564:13, 2577:11, 2577:23, 2585:9
**sometimes** [4] - 2404:22, 2426:23, 2490:12, 2564:13
**somewhat** [2] - 2425:5, 2452:10
**somewhere** [3] - 2405:19, 2411:15, 2576:9
**soon** [3] - 2530:18, 2530:25, 2531:10
**sorry** [23] - 2415:8, 2423:12, 2423:13, 2433:8, 2433:10, 2436:14, 2439:23, 2451:8, 2452:5, 2458:18, 2517:22, 2519:24, 2520:12, 2565:8, 2568:9, 2576:25, 2578:7, 2579:6, 2580:17, 2581:17, 2583:5, 2585:17, 2590:8
**Sorry** [1] - 2529:23
**sort** [2] - 2535:3, 2584:6
**sound** [3] - 2527:24, 2565:11, 2565:16
**sounds** [1] - 2512:25
**source** [3] - 2422:6, 2422:21, 2425:9
**sourced** [2] - 2424:25, 2425:10
**sources** [1] - 2423:4
**SOUTH** [1] - 2395:23
**space** [2] - 2545:2, 2567:21
**spacer** [9] - 2496:24, 2497:12, 2497:20, 2566:6, 2566:11, 2566:18, 2566:21, 2567:8

**span** [1] - 2428:7
**speak** [2] - 2430:18, 2493:13
**SPEAKER** [3] - 2490:1, 2499:15, 2499:20
**speaking** [1] - 2576:7
**special** [2] - 2480:14, 2534:11
**specialist** [4] - 2587:25, 2588:1, 2588:2, 2588:4
**specialized** [2] - 2480:22, 2506:20
**specific** [15] - 2403:15, 2409:19, 2419:13, 2426:6, 2433:8, 2433:25, 2436:11, 2439:13, 2451:18, 2455:25, 2472:17, 2497:9, 2515:20, 2517:2, 2553:12
**specifically** [6] - 2403:24, 2445:24, 2468:14, 2540:16, 2542:9, 2542:12
**specifics** [1] - 2466:7
**specimen** [1] - 2435:25
**speculation** [1] - 2454:25
**speed** [2] - 2439:24, 2503:1
**spend** [1] - 2414:20
**spends** [1] - 2422:14
**spent** [1] - 2486:12
**SPILL** [1] - 2390:5
**Spill** [1] - 2535:9
**SPIRO** [1] - 2393:22
**spread** [1] - 2561:5
**SQUARE** [1] - 2394:21
**squish** [1] - 2430:18
**SRP** [1] - 2572:16
**stability** [79] - 2418:19, 2419:4, 2419:5, 2419:10, 2419:12, 2424:15, 2425:5, 2432:11, 2432:13, 2432:20, 2432:22, 2433:11, 2433:21, 2433:24, 2434:15, 2434:16, 2434:18, 2434:21, 2435:8, 2435:13, 2436:17, 2436:25, 2437:3, 2437:5,

2439:7, 2439:10, 2439:14, 2439:20, 2440:12, 2440:15, 2440:18, 2441:23, 2445:25, 2446:2, 2448:3, 2448:7, 2449:2, 2451:10, 2457:14, 2457:3, 2458:6, 2458:7, 2458:13, 2459:8, 2459:25, 2462:13, 2479:23, 2480:5, 2480:6, 2486:11, 2486:13, 2486:14, 2486:16, 2486:17, 2487:22, 2506:17, 2509:7, 2509:20, 2510:12, 2511:23, 2511:24, 2512:3, 2512:8, 2512:16, 2513:3, 2513:12, 2513:22, 2515:17, 2516:16, 2517:18, 2521:16, 2521:21, 2522:4, 2525:15, 2535:21, 2537:6, 2541:12, 2542:10, 2579:22
**stabilizes** [1] - 2444:2
**stable** [30] - 2423:19, 2423:22, 2437:3, 2437:4, 2448:9, 2453:8, 2453:9, 2453:10, 2454:14, 2454:23, 2458:13, 2459:1, 2493:24, 2494:4, 2510:21, 2519:9, 2522:25, 2523:22, 2525:6, 2525:8, 2527:22, 2535:11, 2535:16, 2536:11, 2539:4, 2540:2, 2541:6, 2543:24, 2544:5
**stand** [5] - 2411:9, 2414:6, 2454:20, 2458:24, 2524:13
**standalone** [1] - 2439:7
**standard** [5] - 2426:24, 2479:10, 2481:19, 2516:16, 2525:3
**standard's** [1] - 2571:24
**standards** [2] - 2484:4, 2484:14
**standpoint** [1] - 2477:10

stands [1] - 2555:20
start [10] - 2421:25, 2443:20, 2491:22, 2492:10, 2505:8, 2552:5, 2556:17, 2565:24, 2566:6, 2571:19
started [3] - 2458:20, 2471:15, 2588:23
starting [6] - 2439:23, 2447:14, 2475:7, 2475:8, 2526:13, 2563:14
starts [7] - 2477:15, 2477:16, 2488:16, 2523:6, 2523:14, 2556:5, 2579:20
STATE [3] - 2394:3, 2394:8, 2394:10
state [4] - 2460:18, 2503:6, 2505:11, 2539:12
State [3] - 2402:2, 2402:6, 2534:16
State's [1] - 2402:3
stated [13] - 2402:4, 2414:8, 2437:7, 2459:1, 2459:22, 2460:25, 2475:1, 2482:24, 2512:9, 2535:12, 2569:2, 2570:20, 2585:10
statement [10] - 2404:24, 2406:11, 2423:20, 2444:10, 2460:19, 2505:3, 2525:12, 2534:3, 2542:7, 2572:1
statements [1] - 2523:16
States [7] - 2399:10, 2399:11, 2533:3, 2542:21, 2576:13, 2576:14, 2593:4
STATES [4] - 2390:1, 2390:15, 2390:23, 2393:3
states [2] - 2427:1, 2534:18
States' [2] - 2575:17, 2575:18
static [5] - 2400:11, 2428:2, 2440:3, 2440:11, 2582:20
STATION [1] - 2393:23
stats [1] - 2521:8
status [1] - 2515:11
stay [1] - 2564:24
stayed [1] - 2542:13

STENOGRAPHY [1] - 2397:16
step [2] - 2415:20, 2448:8
Stephanie [1] - 2400:2
STEPHEN [1] - 2391:7
steps [10] - 2411:3, 2475:5, 2475:14, 2476:15, 2482:1, 2482:3, 2497:25, 2498:1, 2498:3, 2573:22
Sterbcow [1] - 2534:4
STERBCOW [3] - 2391:14, 2391:14, 2534:3
STERNBERG [1] - 2397:3
Steve [1] - 2400:7
STEVEN [2] - 2393:9, 2395:18
stick [2] - 2440:1, 2441:11
still [11] - 2401:18, 2469:24, 2470:21, 2479:25, 2504:12, 2506:7, 2532:16, 2561:13, 2566:6, 2568:10, 2569:19
stock [18] - 2482:10, 2518:3, 2518:12, 2518:15, 2518:18, 2518:22, 2518:25, 2519:2, 2519:5, 2519:8, 2526:17, 2526:25, 2529:19, 2529:22, 2530:5, 2530:8, 2530:11, 2530:13
STONE [1] - 2396:11
stood [1] - 2547:21
stop [2] - 2488:18, 2519:6
storage [2] - 2422:2, 2530:23
store [1] - 2535:1
straight [2] - 2530:1, 2573:10
STRANGE [1] - 2394:4
streaking [1] - 2436:5
stream [1] - 2565:14
STREET [19] - 2391:4, 2391:11, 2391:15, 2391:19, 2391:22, 2392:11,

2392:15, 2392:22, 2394:11, 2394:16, 2394:22, 2395:15, 2395:19, 2396:4, 2396:12, 2396:18, 2396:24, 2397:8, 2397:13
Strength [1] - 2515:1
strength [40] - 2426:2, 2426:7, 2426:22, 2427:7, 2427:10, 2427:12, 2427:15, 2427:19, 2430:4, 2430:6, 2430:20, 2430:23, 2431:1, 2431:8, 2431:9, 2431:10, 2433:12, 2433:20, 2438:4, 2438:7, 2438:9, 2440:3, 2440:11, 2441:25, 2442:3, 2442:5, 2513:16, 2514:3, 2517:8, 2538:3, 2571:7, 2571:8, 2571:11, 2571:14, 2572:3, 2572:6, 2572:14, 2578:9, 2578:12
strengths [3] - 2413:4, 2413:9, 2413:12
strike [2] - 2461:2, 2466:4
structure [5] - 2472:20, 2473:3, 2473:8, 2473:10, 2473:12
struggled [1] - 2580:13
stuck [1] - 2558:19
stuff [3] - 2519:5, 2548:11, 2590:14
styles [1] - 2472:6
Styles [1] - 2472:6
subject [3] - 2532:2, 2532:12, 2541:11
subjected [1] - 2420:19
submit [1] - 2404:2
subpoena [2] - 2418:12, 2532:2
subpoenaed [1] - 2533:11
subsequent [1] - 2521:6
substance [2] - 2443:24, 2462:23
success [2] - 2496:8, 2496:17

successful [5] - 2408:10, 2445:22, 2466:17, 2581:2, 2585:7
successfully [4] - 2445:10, 2483:20, 2585:5, 2585:7
such [1] - 2570:20
sufficient [1] - 2444:9
suggest [1] - 2548:15
suggested [1] - 2440:8
suggesting [1] - 2431:7
suggests [2] - 2454:13, 2548:8
SUITE [13] - 2391:4, 2391:15, 2391:19, 2392:4, 2392:8, 2394:22, 2395:15, 2395:19, 2396:8, 2396:18, 2396:24, 2397:4, 2397:8
SULLIVAN [1] - 2393:16
sum [1] - 2492:13
summarize [1] - 2541:23
summary [3] - 2449:1, 2518:9, 2524:22
support [2] - 2563:6, 2571:4
suppose [1] - 2519:19
supposed [2] - 2556:5, 2556:11
sure [30] - 2403:6, 2407:2, 2411:7, 2414:11, 2416:13, 2428:20, 2431:2, 2433:15, 2433:22, 2448:2, 2448:14, 2449:9, 2452:16, 2456:15, 2467:10, 2495:22, 2507:10, 2507:21, 2530:1, 2534:9, 2540:18, 2548:12, 2556:10, 2563:22, 2573:4, 2576:5, 2577:12, 2577:19, 2588:8, 2590:13
surface [2] - 2405:14, 2462:23
surfactant [15] - 2443:23, 2444:6, 2444:9, 2445:3,

2445:6, 2445:14, 2445:18, 2503:22, 2503:23, 2504:2, 2504:4, 2504:7, 2504:8, 2515:25
surprising [1] - 2474:22
sustain [7] - 2413:1, 2454:18, 2458:17, 2467:7, 2562:12, 2590:6, 2590:25
sustained [5] - 2455:1, 2458:19, 2458:20, 2458:21, 2462:1
SUTHERLAND [1] - 2395:17
synthetic [3] - 2495:7, 2496:22, 2497:23
system [15] - 2406:25, 2407:12, 2407:14, 2420:16, 2465:9, 2466:5, 2497:6, 2497:18, 2499:16, 2499:17, 2499:21, 2513:11, 2514:24, 2521:4, 2573:1
systems [1] - 2420:25

## T

T [2] - 2391:11, 2395:8
table [2] - 2462:19, 2559:12
tail [3] - 2497:3, 2497:16, 2580:3
tailored [1] - 2495:1
take [25] - 2402:9, 2402:22, 2415:20, 2420:2, 2420:5, 2420:6, 2420:7, 2421:24, 2425:13, 2430:16, 2433:4, 2436:23, 2440:23, 2465:4, 2466:12, 2467:16, 2476:15, 2477:13, 2485:2, 2504:14, 2526:1, 2544:16, 2555:14, 2567:11, 2580:1
TAKEN [2] - 2504:17, 2592:16
taken [12] - 2417:4, 2446:25, 2457:2, 2460:11, 2460:22, 2461:3, 2465:21,

2533:22, 2544:12,
2544:19, 2544:23
  **taking** [1] - 2532:20
  **talk** [34] - 2403:11,
2408:14, 2409:16,
2411:22, 2413:3,
2413:17, 2423:21,
2425:13, 2425:14,
2427:24, 2430:4,
2430:10, 2432:6,
2437:6, 2439:1,
2439:23, 2443:7,
2444:14, 2445:13,
2447:25, 2449:11,
2452:21, 2464:18,
2466:5, 2474:8,
2474:10, 2504:23,
2542:4, 2545:15,
2554:6, 2563:11,
2570:3, 2570:4,
2583:25
  **talked** [25] - 2403:12,
2404:15, 2405:17,
2408:8, 2408:10,
2408:17, 2411:6,
2421:6, 2423:13,
2425:22, 2430:5,
2466:15, 2469:21,
2475:17, 2475:20,
2509:6, 2522:18,
2529:15, 2551:12,
2556:17, 2576:8,
2581:25, 2584:14,
2585:13, 2591:10
  **talking** [15] -
2408:15, 2410:14,
2415:9, 2417:2,
2443:10, 2466:16,
2475:16, 2501:10,
2517:9, 2532:15,
2532:17, 2570:2,
2574:4, 2574:6,
2577:1
  **talks** [1] - 2485:25
  **tank** [4] - 2420:10,
2420:17, 2420:25,
2421:23
  **TANNER** [2] -
2397:7, 2575:1
  **tape** [2] - 2538:15,
2538:16
  **target** [14] - 2405:14,
2448:15, 2453:3,
2454:7, 2456:19,
2457:5, 2457:16,
2458:7, 2463:3,
2508:2, 2509:23,
2510:13, 2516:12,
2516:14
  **task** [1] - 2557:14

  **taught** [1] - 2487:14
  **Team** [1] - 2464:2
  **team** [16] - 2460:5,
2472:2, 2473:6,
2474:18, 2486:23,
2487:2, 2487:6,
2489:24, 2491:14,
2491:16, 2511:23,
2529:10, 2529:13,
2533:12, 2547:22,
2582:8
  **teammates** [1] -
2480:11
  **teams** [2] - 2472:17,
2473:13
  **technician** [1] -
2454:3
  **technicians** [1] -
2452:14
  **technique** [4] -
2443:3, 2475:1,
2580:25, 2583:25
  **Technology** [4] -
2502:17, 2502:20,
2503:10
  **technology** [3] -
2503:15, 2589:7,
2589:8
  **tell** [15] - 2403:20,
2406:10, 2442:24,
2454:17, 2464:13,
2468:11, 2480:8,
2480:9, 2486:19,
2541:16, 2567:3,
2571:8, 2571:16,
2575:13, 2577:17
  **telling** [2] - 2444:14,
2549:14
  **tells** [3] - 2407:8,
2571:11, 2571:13
  **temperature** [29] -
2420:22, 2421:11,
2426:1, 2428:2,
2428:25, 2430:20,
2430:23, 2431:5,
2431:17, 2431:20,
2432:3, 2446:9,
2446:11, 2446:12,
2462:23, 2462:24,
2462:25, 2464:24,
2505:19, 2516:9,
2523:4, 2572:21,
2573:2, 2573:5,
2573:9, 2573:10,
2573:15, 2573:17,
2589:2
  **temperatures** [6] -
2442:1, 2446:14,
2446:15, 2450:19,
2505:17, 2507:4

  **temporarily** [1] -
2569:24
  **ten** [6] - 2405:19,
2407:16, 2462:21,
2462:22, 2504:15
  **tend** [2] - 2421:19,
2587:19
  **tension** [1] - 2501:14
  **term** [9] - 2498:7,
2549:25, 2555:18,
2557:20, 2557:25,
2558:1, 2580:9,
2580:12, 2592:5
  **terminated** [1] -
2434:10
  **terms** [14] - 2425:6,
2435:12, 2466:10,
2467:16, 2469:15,
2493:7, 2507:22,
2507:24, 2509:6,
2509:11, 2513:22,
2518:11, 2549:3,
2557:25
  **Test** [6] - 2536:19,
2536:23, 2537:16,
2537:19, 2537:20
  **test** [268] - 2406:15,
2406:21, 2406:24,
2407:7, 2407:17,
2407:20, 2416:22,
2416:25, 2417:12,
2417:14, 2418:6,
2418:14, 2418:19,
2419:4, 2419:5,
2419:12, 2419:13,
2422:5, 2422:20,
2423:16, 2424:14,
2424:20, 2424:21,
2425:4, 2425:5,
2425:25, 2426:5,
2427:7, 2427:14,
2427:17, 2427:19,
2428:14, 2428:21,
2430:4, 2430:8,
2430:10, 2430:13,
2430:14, 2431:8,
2431:16, 2431:25,
2432:2, 2432:20,
2432:22, 2433:11,
2433:12, 2433:15,
2433:20, 2433:21,
2433:24, 2434:7,
2434:10, 2434:14,
2434:16, 2434:18,
2434:21, 2435:13,
2436:10, 2436:18,
2436:25, 2437:3,
2437:5, 2437:23,
2437:24, 2438:1,
2438:19, 2439:2,

2439:7, 2439:10,
2439:15, 2439:19,
2440:5, 2440:14,
2440:15, 2440:18,
2441:21, 2441:22,
2441:23, 2441:25,
2442:3, 2442:5,
2442:7, 2442:18,
2442:25, 2443:4,
2445:18, 2445:25,
2446:1, 2446:2,
2447:11, 2447:13,
2447:18, 2448:14,
2449:12, 2449:13,
2449:17, 2450:23,
2451:15, 2452:13,
2452:18, 2452:22,
2452:24, 2453:5,
2453:25, 2454:4,
2455:5, 2455:7,
2456:17, 2456:22,
2457:3, 2458:5,
2458:6, 2458:13,
2458:25, 2459:1,
2459:8, 2459:25,
2462:5, 2462:8,
2462:9, 2462:11,
2462:12, 2462:13,
2463:23, 2463:24,
2464:11, 2464:12,
2464:17, 2466:21,
2477:8, 2477:10,
2479:18, 2479:20,
2480:2, 2480:5,
2480:10, 2480:19,
2481:1, 2504:3,
2505:12, 2505:13,
2505:16, 2505:17,
2505:22, 2507:11,
2507:14, 2508:16,
2509:7, 2509:23,
2510:12, 2510:17,
2511:16, 2511:24,
2512:3, 2512:8,
2512:11, 2512:18,
2513:12, 2513:16,
2513:22, 2514:14,
2514:18, 2514:25,
2515:11, 2515:13,
2515:15, 2515:17,
2515:18, 2515:20,
2515:23, 2516:2,
2516:18, 2516:19,
2516:20, 2517:2,
2517:6, 2517:12,
2517:23, 2519:8,
2520:1, 2520:4,
2520:7, 2520:16,
2520:24, 2520:25,
2521:4, 2521:5,

2521:8, 2521:9,
2521:10, 2521:13,
2521:16, 2521:21,
2521:25, 2522:4,
2522:9, 2522:10,
2522:12, 2522:13,
2522:19, 2526:4,
2527:8, 2527:10,
2527:13, 2527:16,
2527:18, 2527:19,
2527:24, 2528:2,
2528:5, 2528:25,
2529:4, 2530:8,
2530:19, 2536:6,
2536:13, 2536:14,
2536:23, 2537:11,
2537:19, 2538:11,
2538:16, 2539:25,
2541:5, 2542:5,
2542:19, 2543:2,
2544:5, 2545:11,
2547:11, 2547:12,
2547:14, 2547:17,
2547:19, 2571:5,
2571:6, 2571:15,
2572:9, 2572:10,
2572:14, 2572:21,
2573:7, 2573:20,
2573:22, 2573:25,
2574:4, 2591:21
  **tested** [28] - 2406:11,
2406:24, 2406:25,
2407:1, 2416:14,
2417:6, 2417:16,
2417:25, 2421:8,
2422:11, 2423:7,
2424:2, 2425:3,
2426:2, 2429:1,
2432:6, 2432:8,
2432:12, 2450:2,
2450:9, 2450:20,
2450:23, 2459:8,
2530:17, 2530:25,
2532:7, 2540:1,
2571:12
  **testified** [22] -
2399:11, 2436:18,
2460:8, 2460:15,
2469:5, 2469:10,
2487:2, 2489:11,
2489:14, 2491:11,
2492:12, 2495:6,
2498:9, 2503:17,
2520:1, 2525:13,
2530:1, 2539:24,
2540:13, 2543:13,
2543:22, 2556:18
  **testify** [2] - 2501:6,
2568:22
  **testimony** [46] -
2399:8, 2400:5,

2402:24, 2403:13,
2407:18, 2416:10,
2429:25, 2454:16,
2459:3, 2460:16,
2464:3, 2468:10,
2486:24, 2488:24,
2489:3, 2490:17,
2490:21, 2490:22,
2491:1, 2491:2,
2493:4, 2500:3,
2510:7, 2520:13,
2528:14, 2540:3,
2540:5, 2541:4,
2541:7, 2541:8,
2542:8, 2542:19,
2542:24, 2543:3,
2543:4, 2543:5,
2543:6, 2543:15,
2543:20, 2544:10,
2548:9, 2554:9,
2554:11, 2569:2,
2584:11, 2585:2

**testing** [102] -
2405:7, 2407:11,
2415:21, 2415:24,
2416:2, 2416:6,
2416:8, 2416:19,
2417:5, 2418:17,
2418:22, 2422:16,
2422:25, 2423:4,
2423:6, 2423:8,
2423:17, 2423:23,
2424:10, 2424:18,
2425:13, 2426:21,
2427:10, 2428:25,
2429:11, 2431:2,
2434:13, 2437:7,
2437:8, 2439:13,
2441:9, 2441:18,
2442:14, 2442:21,
2445:21, 2445:24,
2447:6, 2449:22,
2450:8, 2450:16,
2451:6, 2451:10,
2454:22, 2455:7,
2462:3, 2464:9,
2465:14, 2465:17,
2468:18, 2468:23,
2469:3, 2475:9,
2476:24, 2485:14,
2485:19, 2485:23,
2485:25, 2486:11,
2486:13, 2486:15,
2486:17, 2486:19,
2503:25, 2504:5,
2506:20, 2506:21,
2507:22, 2508:19,
2509:12, 2511:11,
2513:7, 2514:15,
2517:8, 2518:25,
2524:23, 2529:11,

2529:15, 2529:18,
2529:21, 2530:4,
2532:16, 2535:7,
2535:9, 2535:10,
2535:19, 2538:3,
2538:6, 2539:3,
2539:4, 2540:21,
2542:25, 2543:5,
2543:6, 2543:23,
2544:2, 2562:6,
2571:4, 2572:17,
2574:13, 2583:17,
2590:20

**testings** [1] -
2518:22

**tests** [96] - 2407:11,
2416:11, 2418:8,
2419:3, 2424:15,
2425:14, 2425:20,
2427:15, 2429:25,
2432:12, 2432:13,
2432:19, 2433:10,
2433:18, 2434:7,
2435:8, 2437:10,
2437:14, 2440:8,
2441:13, 2441:16,
2441:17, 2441:25,
2442:15, 2448:1,
2448:3, 2449:2,
2449:13, 2449:17,
2449:19, 2451:2,
2477:1, 2477:6,
2477:20, 2479:23,
2480:6, 2486:7,
2486:8, 2486:16,
2487:19, 2487:22,
2504:10, 2504:23,
2506:24, 2507:8,
2507:17, 2507:20,
2508:20, 2508:22,
2508:25, 2509:3,
2511:23, 2518:12,
2518:15, 2522:20,
2524:25, 2525:1,
2525:3, 2525:17,
2525:20, 2525:23,
2526:24, 2527:4,
2527:7, 2528:10,
2528:13, 2529:8,
2529:12, 2530:11,
2530:13, 2531:10,
2535:21, 2536:4,
2536:10, 2537:6,
2537:13, 2538:5,
2538:22, 2538:23,
2539:9, 2539:10,
2539:11, 2539:14,
2540:1, 2542:10,
2543:24, 2572:6,
2572:23, 2573:14,
2574:6, 2574:7,

2574:9, 2577:6,
2577:7, 2578:3
    **than** [50] - 2411:17,
2424:3, 2430:2,
2432:8, 2435:15,
2437:1, 2449:23,
2450:9, 2451:12,
2451:13, 2452:8,
2453:3, 2453:17,
2455:20, 2456:24,
2460:17, 2461:20,
2462:5, 2471:15,
2482:14, 2483:11,
2487:14, 2490:7,
2490:23, 2491:12,
2492:15, 2493:16,
2500:14, 2500:23,
2504:24, 2507:1,
2508:1, 2509:22,
2510:3, 2510:9,
2510:14, 2511:3,
2516:12, 2527:19,
2528:13, 2533:4,
2539:22, 2547:7,
2550:17, 2554:18,
2558:13, 2559:23,
2562:5, 2564:18
    **thank** [24] - 2400:21,
2411:19, 2417:20,
2422:3, 2423:16,
2433:22, 2434:18,
2437:6, 2461:2,
2467:12, 2467:13,
2468:13, 2495:19,
2504:21, 2513:6,
2550:25, 2567:5,
2574:21, 2579:6,
2579:9, 2592:2,
2592:4
    **thanks** [1] - 2496:8
    **that** [1413] - 2399:14,
2399:25, 2400:13,
2400:21, 2400:23,
2401:13, 2401:15,
2401:20, 2402:3,
2402:13, 2402:22,
2403:18, 2403:20,
2403:22, 2403:23,
2404:3, 2404:6,
2404:9, 2404:12,
2404:18, 2404:20,
2404:21, 2404:24,
2405:1, 2405:12,
2405:19, 2405:21,
2406:2, 2406:4,
2406:5, 2406:7,
2406:14, 2406:19,
2407:4, 2407:12,
2407:14, 2407:16,
2407:18, 2407:20,
2407:21, 2407:23,

2408:2, 2408:10,
2408:17, 2408:19,
2409:1, 2409:11,
2409:22, 2409:23,
2410:3, 2410:9,
2410:10, 2410:16,
2410:19, 2410:20,
2410:22, 2410:23,
2410:25, 2411:1,
2411:3, 2411:6,
2411:7, 2411:11,
2411:12, 2411:22,
2412:9, 2412:12,
2412:13, 2412:14,
2412:15, 2412:17,
2412:19, 2413:8,
2413:14, 2413:20,
2413:22, 2413:23,
2414:3, 2414:5,
2414:6, 2414:12,
2415:1, 2415:6,
2415:11, 2415:14,
2415:16, 2415:17,
2415:24, 2416:20,
2417:2, 2417:3,
2417:4, 2417:6,
2417:25, 2418:3,
2418:9, 2418:12,
2418:14, 2418:16,
2418:22, 2418:23,
2418:24, 2418:25,
2419:2, 2419:3,
2419:6, 2419:13,
2419:15, 2419:17,
2420:2, 2420:5,
2420:9, 2420:16,
2420:18, 2420:19,
2420:23, 2421:2,
2421:3, 2421:5,
2421:6, 2421:10,
2421:14, 2421:22,
2422:7, 2422:13,
2422:19, 2422:21,
2423:2, 2423:6,
2423:16, 2423:20,
2423:21, 2423:23,
2423:24, 2424:1,
2424:2, 2424:6,
2424:8, 2424:14,
2424:17, 2424:21,
2424:25, 2425:2,
2425:3, 2425:5,
2425:11, 2425:13,
2425:14, 2425:18,
2425:19, 2425:22,
2426:2, 2426:5,
2426:6, 2426:8,
2426:9, 2426:12,
2426:14, 2426:21,
2426:24, 2427:6,
2427:10, 2427:11,

2427:24, 2427:25,
2428:1, 2428:4,
2428:7, 2428:9,
2428:17, 2428:19,
2428:21, 2428:24,
2429:1, 2429:2,
2429:4, 2429:6,
2429:10, 2429:14,
2429:15, 2429:16,
2429:17, 2429:20,
2429:25, 2430:4,
2430:8, 2430:10,
2430:13, 2430:14,
2430:19, 2430:22,
2430:24, 2430:25,
2431:4, 2431:7,
2431:8, 2431:10,
2431:13, 2431:20,
2431:22, 2431:24,
2432:2, 2432:6,
2432:12, 2432:19,
2433:1, 2433:4,
2433:8, 2433:13,
2433:15, 2433:16,
2433:22, 2433:24,
2434:5, 2434:6,
2434:7, 2434:9,
2434:10, 2434:13,
2434:14, 2434:15,
2434:18, 2434:20,
2434:25, 2435:16,
2435:19, 2435:23,
2435:24, 2436:2,
2436:17, 2436:18,
2436:19, 2436:20,
2436:22, 2436:25,
2437:3, 2437:4,
2437:7, 2437:8,
2437:10, 2437:17,
2437:23, 2438:8,
2438:12, 2438:23,
2439:2, 2439:8,
2439:14, 2439:15,
2439:19, 2439:20,
2440:7, 2440:10,
2440:11, 2440:14,
2440:23, 2441:3,
2441:8, 2441:13,
2441:17, 2442:7,
2442:10, 2442:11,
2442:13, 2442:20,
2442:23, 2442:24,
2442:25, 2443:4,
2443:9, 2443:15,
2443:16, 2443:19,
2443:20, 2444:8,
2444:10, 2444:11,
2444:13, 2444:14,
2444:17, 2444:18,
2444:22, 2444:23,
2445:2, 2445:8,

| | | | | |
|---|---|---|---|---|
| 2445:9, 2445:13, | 2461:13, 2461:17, | 2478:25, 2479:3, | 2497:25, 2498:3, | 2518:24, 2519:9, |
| 2445:15, 2445:18, | 2461:18, 2461:19, | 2479:6, 2479:15, | 2498:7, 2498:9, | 2519:20, 2520:1, |
| 2445:22, 2446:1, | 2461:22, 2461:24, | 2479:17, 2479:24, | 2498:10, 2498:13, | 2520:2, 2520:4, |
| 2446:7, 2446:16, | 2462:5, 2462:8, | 2480:1, 2480:5, | 2498:14, 2498:15, | 2520:7, 2520:11, |
| 2446:25, 2447:1, | 2462:11, 2462:12, | 2480:8, 2480:9, | 2498:19, 2498:22, | 2520:13, 2520:17, |
| 2447:2, 2447:6, | 2462:16, 2462:17, | 2480:10, 2480:11, | 2498:25, 2499:1, | 2520:19, 2520:21, |
| 2447:15, 2447:18, | 2462:18, 2462:23, | 2480:12, 2480:18, | 2499:4, 2499:13, | 2520:23, 2521:4, |
| 2447:19, 2447:22, | 2462:25, 2463:1, | 2480:24, 2481:1, | 2499:14, 2499:16, | 2521:5, 2521:7, |
| 2448:3, 2448:6, | 2463:6, 2463:10, | 2481:7, 2481:11, | 2499:17, 2499:21, | 2521:8, 2521:10, |
| 2448:7, 2448:14, | 2463:12, 2463:19, | 2481:12, 2481:13, | 2500:2, 2500:6, | 2521:12, 2521:16, |
| 2448:15, 2448:21, | 2463:22, 2463:23, | 2481:15, 2481:16, | 2500:9, 2500:13, | 2521:17, 2521:22, |
| 2448:22, 2449:2, | 2464:5, 2464:7, | 2482:19, 2482:25, | 2500:15, 2500:20, | 2521:24, 2522:10, |
| 2449:14, 2449:16, | 2464:8, 2464:9, | 2483:6, 2483:8, | 2500:21, 2500:22, | 2522:13, 2522:19, |
| 2449:19, 2449:22, | 2464:11, 2464:15, | 2483:9, 2483:22, | 2500:23, 2501:1, | 2523:1, 2523:8, |
| 2449:24, 2450:2, | 2464:16, 2464:17, | 2483:25, 2484:1, | 2501:2, 2501:3, | 2523:11, 2523:14, |
| 2450:5, 2450:7, | 2465:4, 2465:8, | 2484:3, 2484:4, | 2501:4, 2501:6, | 2523:21, 2523:22, |
| 2450:8, 2450:22, | 2465:11, 2465:13, | 2484:8, 2484:10, | 2501:11, 2501:14, | 2524:11, 2524:23, |
| 2450:25, 2451:3, | 2465:17, 2465:22, | 2484:13, 2484:16, | 2501:15, 2501:18, | 2524:25, 2525:6, |
| 2451:4, 2451:5, | 2465:23, 2465:25, | 2484:17, 2484:19, | 2501:20, 2502:2, | 2525:12, 2525:13, |
| 2451:15, 2451:16, | 2466:4, 2466:5, | 2484:21, 2485:2, | 2502:3, 2502:15, | 2525:14, 2525:17, |
| 2451:18, 2451:21, | 2466:20, 2466:22, | 2485:3, 2485:9, | 2502:21, 2503:4, | 2525:19, 2526:4, |
| 2452:4, 2452:7, | 2466:23, 2466:25, | 2485:14, 2485:15, | 2503:5, 2503:7, | 2526:18, 2526:21, |
| 2452:11, 2452:13, | 2467:1, 2467:2, | 2485:22, 2485:23, | 2503:13, 2503:17, | 2526:23, 2526:24, |
| 2452:15, 2452:17, | 2468:14, 2468:15, | 2486:3, 2486:7, | 2503:21, 2503:23, | 2527:1, 2527:3, |
| 2452:21, 2452:24, | 2468:18, 2468:22, | 2486:8, 2486:9, | 2503:24, 2504:1, | 2527:5, 2527:8, |
| 2453:2, 2453:7, | 2468:23, 2468:25, | 2486:13, 2486:14, | 2504:2, 2504:4, | 2527:9, 2527:16, |
| 2453:8, 2453:10, | 2469:1, 2469:4, | 2486:21, 2486:22, | 2504:8, 2504:10, | 2527:18, 2527:22, |
| 2453:20, 2453:22, | 2469:5, 2469:8, | 2486:23, 2486:24, | 2505:3, 2505:9, | 2527:24, 2528:2, |
| 2453:23, 2453:24, | 2469:11, 2469:13, | 2487:2, 2487:16, | 2505:13, 2505:16, | 2529:1, 2529:7, |
| 2453:25, 2454:6, | 2469:19, 2469:22, | 2487:25, 2488:2, | 2505:24, 2506:14, | 2529:10, 2529:12, |
| 2454:12, 2454:13, | 2469:24, 2470:2, | 2488:14, 2488:19, | 2506:21, 2506:25, | 2529:15, 2529:21, |
| 2454:14, 2454:17, | 2470:3, 2470:4, | 2488:21, 2488:22, | 2508:8, 2508:11, | 2530:9, 2530:14, |
| 2454:20, 2454:21, | 2470:6, 2470:8, | 2488:24, 2489:2, | 2508:13, 2508:25, | 2530:17, 2530:18, |
| 2454:23, 2454:25, | 2470:13, 2470:14, | 2489:11, 2489:14, | 2509:8, 2509:21, | 2530:19, 2530:20, |
| 2455:3, 2455:4, | 2470:17, 2471:3, | 2489:16, 2489:17, | 2509:24, 2510:1, | 2530:25, 2531:1, |
| 2455:5, 2455:7, | 2471:6, 2471:7, | 2489:23, 2490:7, | 2510:2, 2510:4, | 2531:2, 2531:3, |
| 2455:10, 2455:11, | 2471:10, 2471:22, | 2490:8, 2490:11, | 2510:6, 2510:8, | 2531:6, 2531:17, |
| 2455:15, 2455:18, | 2471:23, 2472:4, | 2490:18, 2490:22, | 2510:15, 2510:16, | 2531:22, 2531:25, |
| 2455:19, 2455:22, | 2472:5, 2472:8, | 2490:24, 2491:5, | 2510:17, 2510:19, | 2532:6, 2532:8, |
| 2455:23, 2455:25, | 2472:10, 2472:15, | 2491:6, 2491:7, | 2510:21, 2510:24, | 2532:10, 2532:12, |
| 2456:4, 2456:5, | 2472:16, 2472:19, | 2491:8, 2491:11, | 2511:3, 2511:10, | 2532:19, 2532:21, |
| 2456:6, 2456:9, | 2472:20, 2472:22, | 2491:12, 2491:13, | 2511:15, 2511:24, | 2532:22, 2532:25, |
| 2456:13, 2456:16, | 2472:25, 2473:7, | 2491:14, 2491:16, | 2512:9, 2512:11, | 2533:6, 2533:14, |
| 2456:18, 2457:2, | 2473:8, 2473:10, | 2491:18, 2491:20, | 2512:17, 2512:25, | 2533:19, 2533:21, |
| 2457:3, 2457:9, | 2473:18, 2474:4, | 2492:2, 2492:12, | 2513:1, 2513:3, | 2533:22, 2533:24, |
| 2457:10, 2457:11, | 2474:5, 2474:7, | 2492:13, 2492:17, | 2513:9, 2513:16, | 2534:4, 2534:6, |
| 2457:12, 2457:17, | 2474:17, 2474:18, | 2493:2, 2493:6, | 2513:19, 2513:25, | 2534:7, 2534:10, |
| 2457:18, 2457:21, | 2474:21, 2474:22, | 2493:8, 2493:11, | 2514:2, 2514:9, | 2534:12, 2534:20, |
| 2457:24, 2457:25, | 2475:11, 2475:13, | 2493:15, 2493:18, | 2514:23, 2514:24, | 2534:21, 2534:23, |
| 2458:5, 2458:8, | 2475:14, 2475:17, | 2493:22, 2494:11, | 2514:25, 2515:3, | 2534:25, 2535:8, |
| 2458:11, 2458:12, | 2476:7, 2476:12, | 2494:14, 2494:15, | 2515:4, 2515:11, | 2535:9, 2535:10, |
| 2458:13, 2458:24, | 2476:24, 2477:1, | 2494:20, 2494:21, | 2515:14, 2515:15, | 2535:14, 2535:15, |
| 2459:1, 2459:4, | 2477:5, 2477:6, | 2494:23, 2494:24, | 2515:20, 2516:2, | 2535:22, 2535:25, |
| 2459:5, 2459:19, | 2477:9, 2477:13, | 2495:1, 2495:3, | 2516:11, 2516:13, | 2536:3, 2536:5, |
| 2459:22, 2459:24, | 2477:14, 2477:17, | 2495:4, 2495:6, | 2516:20, 2516:23, | 2537:10, 2537:11, |
| 2460:2, 2460:5, | 2477:18, 2477:19, | 2495:9, 2496:9, | 2516:25, 2517:1, | 2538:4, 2538:18, |
| 2460:7, 2460:9, | 2477:20, 2477:25, | 2496:11, 2496:14, | 2517:6, 2517:12, | 2539:4, 2539:16, |
| 2460:10, 2460:11, | 2478:1, 2478:3, | 2496:15, 2496:19, | 2517:14, 2517:18, | 2539:19, 2539:25, |
| 2460:22, 2460:25, | 2478:9, 2478:11, | 2496:20, 2496:21, | 2517:19, 2517:22, | 2540:1, 2540:2, |
| 2461:1, 2461:2, | 2478:12, 2478:17, | 2496:23, 2497:4, | 2517:23, 2518:6, | 2540:5, 2540:13, |
| 2461:3, 2461:10, | 2478:18, 2478:24, | 2497:10, 2497:11, | 2518:11, 2518:22, | 2540:17, 2541:3, |

2541:7, 2541:25,
2542:3, 2542:12,
2542:18, 2542:19,
2542:23, 2543:2,
2543:10, 2543:13,
2543:14, 2543:15,
2543:22, 2543:25,
2544:1, 2544:4,
2544:5, 2544:10,
2544:12, 2544:17,
2544:21, 2544:23,
2545:1, 2545:4,
2545:6, 2545:9,
2545:11, 2545:12,
2545:15, 2545:17,
2546:12, 2546:14,
2546:15, 2546:16,
2546:23, 2546:24,
2547:1, 2547:2,
2547:4, 2547:9,
2547:11, 2547:16,
2547:17, 2547:18,
2547:21, 2547:22,
2547:25, 2548:2,
2548:4, 2548:7,
2548:8, 2548:10,
2548:11, 2548:16,
2548:17, 2548:19,
2548:23, 2549:11,
2549:19, 2549:23,
2549:24, 2550:3,
2550:5, 2550:9,
2550:17, 2550:21,
2550:22, 2550:23,
2551:2, 2551:6,
2551:10, 2551:12,
2551:15, 2551:18,
2551:23, 2552:1,
2552:3, 2552:5,
2552:11, 2552:12,
2552:14, 2552:23,
2552:25, 2553:4,
2553:5, 2553:6,
2553:11, 2553:13,
2553:25, 2554:4,
2554:9, 2554:10,
2554:11, 2554:12,
2554:18, 2554:20,
2554:21, 2554:24,
2555:1, 2555:2,
2555:9, 2555:17,
2556:4, 2556:11,
2556:19, 2556:25,
2557:2, 2557:5,
2557:7, 2557:8,
2557:21, 2557:22,
2557:24, 2557:25,
2558:4, 2558:13,
2558:17, 2558:20,
2558:22, 2558:24,
2559:4, 2559:8,

2559:11, 2559:13,
2559:16, 2559:23,
2560:1, 2560:2,
2560:4, 2560:9,
2560:14, 2560:21,
2561:1, 2561:2,
2561:7, 2561:9,
2561:13, 2561:15,
2561:17, 2561:18,
2561:21, 2561:24,
2562:2, 2562:7,
2562:8, 2562:11,
2562:18, 2562:21,
2562:22, 2562:24,
2563:2, 2563:8,
2563:18, 2563:21,
2563:22, 2564:11,
2564:12, 2564:13,
2564:18, 2564:19,
2564:20, 2564:24,
2564:25, 2565:3,
2565:9, 2565:11,
2565:13, 2565:16,
2565:20, 2565:25,
2566:7, 2566:16,
2566:20, 2566:22,
2566:23, 2566:25,
2567:3, 2567:7,
2567:8, 2567:9,
2567:11, 2567:12,
2567:20, 2567:22,
2568:8, 2568:17,
2568:18, 2568:21,
2568:25, 2569:2,
2569:3, 2569:4,
2569:7, 2569:9,
2569:10, 2569:11,
2569:14, 2570:10,
2570:14, 2570:16,
2570:17, 2570:18,
2570:19, 2570:20,
2570:23, 2571:1,
2571:3, 2571:4,
2571:6, 2571:7,
2571:8, 2571:10,
2571:11, 2571:13,
2571:18, 2571:20,
2571:21, 2571:22,
2572:1, 2572:2,
2572:6, 2572:8,
2572:10, 2572:16,
2572:19, 2573:1,
2573:3, 2573:14,
2573:16, 2573:21,
2573:25, 2574:1,
2574:7, 2574:13,
2574:18, 2575:6,
2575:9, 2575:13,
2575:14, 2575:19,
2575:22, 2575:23,
2576:4, 2576:15,

2576:16, 2576:17,
2576:19, 2576:25,
2577:3, 2577:6,
2577:7, 2577:9,
2577:10, 2577:11,
2577:15, 2577:17,
2577:23, 2578:3,
2578:23, 2579:12,
2579:16, 2579:18,
2579:21, 2579:22,
2579:24, 2580:4,
2580:12, 2580:13,
2580:14, 2580:18,
2580:20, 2580:25,
2581:5, 2581:7,
2581:8, 2581:16,
2581:20, 2582:1,
2582:2, 2582:6,
2582:8, 2582:13,
2582:17, 2582:21,
2582:25, 2583:2,
2583:6, 2583:9,
2583:13, 2583:20,
2583:21, 2583:23,
2583:24, 2583:25,
2584:4, 2584:6,
2584:7, 2584:11,
2584:15, 2584:21,
2584:22, 2584:25,
2585:11, 2585:17,
2585:21, 2585:25,
2586:3, 2586:5,
2586:11, 2586:12,
2586:18, 2586:22,
2587:12, 2587:21,
2588:3, 2588:6,
2588:7, 2588:12,
2588:17, 2588:20,
2589:8, 2589:12,
2589:15, 2590:3,
2590:5, 2590:22,
2591:4, 2591:5,
2591:6, 2591:9,
2591:18, 2591:22,
2591:25, 2593:6
   **that'll** [2] - 2421:20,
2421:21
   **that's** [330] -
2400:20, 2404:8,
2406:8, 2407:10,
2408:21, 2408:24,
2410:1, 2410:6,
2412:8, 2413:4,
2414:1, 2414:3,
2414:10, 2415:11,
2416:4, 2416:5,
2416:21, 2418:15,
2418:18, 2420:10,
2420:21, 2420:25,
2422:1, 2423:7,
2423:9, 2424:22,

2424:24, 2425:9,
2425:21, 2426:2,
2426:4, 2426:11,
2426:13, 2426:24,
2427:20, 2428:3,
2428:6, 2428:16,
2430:3, 2430:18,
2431:15, 2431:19,
2432:1, 2432:16,
2432:21, 2433:3,
2433:19, 2434:1,
2434:12, 2434:16,
2435:10, 2435:15,
2435:17, 2435:19,
2436:6, 2436:10,
2436:20, 2437:16,
2437:18, 2437:25,
2438:12, 2438:14,
2438:16, 2438:20,
2438:22, 2438:24,
2439:2, 2439:9,
2439:17, 2439:24,
2441:18, 2442:6,
2443:18, 2443:22,
2444:7, 2445:7,
2445:16, 2445:20,
2445:23, 2446:1,
2446:18, 2447:5,
2448:13, 2448:17,
2448:23, 2449:10,
2449:21, 2449:22,
2450:5, 2450:7,
2450:11, 2450:18,
2450:21, 2452:9,
2452:10, 2452:18,
2453:4, 2453:9,
2453:10, 2454:10,
2455:11, 2455:24,
2456:3, 2456:9,
2456:16, 2456:24,
2457:1, 2457:8,
2458:3, 2458:13,
2458:14, 2459:7,
2459:10, 2459:11,
2459:13, 2463:5,
2463:9, 2463:13,
2464:21, 2465:10,
2467:11, 2468:8,
2469:25, 2473:2,
2475:1, 2475:16,
2475:19, 2475:24,
2476:17, 2476:23,
2477:10, 2477:23,
2478:4, 2479:10,
2480:1, 2481:19,
2481:22, 2481:23,
2481:24, 2482:10,
2482:13, 2482:16,
2483:5, 2483:12,
2484:7, 2484:16,
2484:21, 2484:24,

2484:25, 2485:3,
2485:5, 2486:5,
2487:4, 2487:15,
2488:16, 2488:19,
2488:21, 2489:10,
2492:3, 2493:10,
2493:23, 2493:25,
2494:5, 2495:4,
2495:5, 2495:22,
2495:25, 2497:4,
2497:9, 2498:5,
2498:12, 2498:24,
2500:18, 2501:9,
2502:1, 2502:2,
2502:5, 2503:9,
2504:9, 2506:2,
2506:5, 2506:9,
2506:12, 2507:7,
2507:9, 2507:13,
2507:16, 2507:19,
2508:3, 2508:12,
2508:18, 2508:21,
2509:15, 2509:25,
2510:5, 2510:11,
2510:21, 2511:4,
2511:5, 2511:7,
2512:1, 2512:5,
2514:5, 2514:7,
2514:11, 2516:15,
2516:18, 2516:19,
2516:20, 2517:5,
2517:16, 2518:8,
2519:7, 2520:3,
2520:8, 2520:16,
2521:2, 2521:20,
2522:11, 2522:21,
2523:16, 2524:5,
2524:15, 2525:15,
2525:16, 2526:3,
2526:5, 2526:8,
2527:21, 2528:15,
2529:20, 2530:15,
2530:21, 2533:23,
2535:12, 2537:4,
2537:10, 2537:12,
2538:8, 2538:12,
2538:13, 2538:14,
2538:25, 2539:6,
2539:7, 2539:13,
2543:23, 2545:13,
2546:3, 2546:10,
2548:14, 2548:17,
2548:19, 2549:17,
2550:5, 2550:6,
2550:10, 2550:21,
2551:12, 2551:15,
2551:23, 2551:25,
2552:4, 2552:12,
2552:13, 2552:18,
2552:22, 2552:24,
2552:25, 2553:1,

2553:2, 2553:3,
2554:3, 2554:20,
2554:23, 2554:25,
2555:25, 2556:13,
2556:14, 2557:10,
2557:14, 2557:22,
2557:23, 2558:8,
2558:9, 2558:12,
2558:21, 2559:25,
2560:7, 2561:6,
2563:17, 2563:24,
2564:7, 2564:15,
2564:22, 2565:12,
2565:15, 2565:16,
2565:20, 2565:22,
2566:24, 2567:12,
2569:6, 2569:8,
2569:13, 2570:12,
2573:17, 2576:21,
2577:4, 2579:15,
2579:21, 2580:25,
2583:20, 2583:25,
2584:2, 2584:5,
2584:14, 2585:20,
2586:1, 2586:20

**THE** [150] - 2390:5,
2390:5, 2390:12,
2390:22, 2391:3,
2393:3, 2394:3,
2394:8, 2394:9,
2399:7, 2399:16,
2399:22, 2400:4,
2400:10, 2400:17,
2400:19, 2401:3,
2401:5, 2401:10,
2401:17, 2401:25,
2402:5, 2402:12,
2402:17, 2402:22,
2403:2, 2403:6,
2412:19, 2412:21,
2412:23, 2412:25,
2413:1, 2414:19,
2414:24, 2421:10,
2421:13, 2421:14,
2421:16, 2422:3,
2454:18, 2455:1,
2458:17, 2458:20,
2460:18, 2462:1,
2466:12, 2467:7,
2467:10, 2467:13,
2467:14, 2467:17,
2467:18, 2467:21,
2467:22, 2467:23,
2470:23, 2470:24,
2490:7, 2490:11,
2499:7, 2504:12,
2504:14, 2504:16,
2504:19, 2505:5,
2510:23, 2510:24,
2531:5, 2531:6,
2531:11, 2531:14,

2531:17, 2531:21,
2532:3, 2532:15,
2533:1, 2533:24,
2534:2, 2534:7,
2534:15, 2535:3,
2540:18, 2540:24,
2541:2, 2541:14,
2541:19, 2541:22,
2541:24, 2542:2,
2542:14, 2542:17,
2543:17, 2549:23,
2550:2, 2550:3,
2550:5, 2550:8,
2550:10, 2550:11,
2550:13, 2550:15,
2550:16, 2550:25,
2562:11, 2570:2,
2570:6, 2574:4,
2574:23, 2574:25,
2575:2, 2575:4,
2575:5, 2575:6,
2575:9, 2575:10,
2575:16, 2575:20,
2575:25, 2576:2,
2576:7, 2577:17,
2577:19, 2577:21,
2577:22, 2577:23,
2578:1, 2578:5,
2578:7, 2578:14,
2578:20, 2578:22,
2578:25, 2579:2,
2579:5, 2579:6,
2579:9, 2590:6,
2590:10, 2590:14,
2590:25, 2591:25,
2592:1, 2592:3,
2592:4, 2592:5,
2592:7, 2592:8,
2592:10, 2592:11,
2592:15

**their** [36] - 2400:11,
2401:1, 2401:22,
2422:6, 2425:7,
2429:11, 2429:24,
2432:16, 2442:25,
2455:12, 2460:16,
2481:10, 2482:10,
2482:12, 2484:24,
2485:3, 2485:8,
2487:18, 2487:24,
2488:4, 2492:19,
2503:15, 2509:3,
2518:17, 2530:21,
2531:3, 2531:5,
2535:12, 2543:3,
2543:7, 2559:4,
2587:18, 2588:4

**theirs** [1] - 2482:15
**themselves** [1] -
2547:18
**theory** [1] - 2461:17

**there's** [28] -
2400:13, 2404:8,
2414:15, 2424:6,
2425:5, 2427:14,
2435:4, 2436:15,
2439:13, 2441:21,
2450:22, 2452:12,
2457:12, 2465:5,
2465:7, 2504:7,
2506:7, 2507:8,
2512:15, 2518:2,
2526:4, 2533:20,
2549:8, 2553:4,
2564:22, 2572:10,
2577:15, 2578:11

**therefore** [2] -
2470:10

**these** [54] - 2400:4,
2401:1, 2401:3,
2401:10, 2402:15,
2409:7, 2414:16,
2416:14, 2419:2,
2421:16, 2425:2,
2432:12, 2434:6,
2435:8, 2436:19,
2436:21, 2440:5,
2449:5, 2449:13,
2449:16, 2450:19,
2451:6, 2451:7,
2451:8, 2451:25,
2454:22, 2457:11,
2469:7, 2482:1,
2482:2, 2486:2,
2486:8, 2488:5,
2501:13, 2503:3,
2512:11, 2517:13,
2522:20, 2526:12,
2534:5, 2536:10,
2541:17, 2543:13,
2546:18, 2548:18,
2567:7, 2579:18,
2583:18, 2583:23,
2585:2, 2585:4,
2585:8, 2590:23

**they'll** [1] - 2433:17
**they're** [12] -
2422:19, 2422:20,
2427:21, 2433:17,
2491:10, 2492:9,
2498:1, 2514:13,
2552:9, 2554:18,
2558:1, 2581:13

**they've** [1] - 2486:16
**thicken** [1] - 2556:5
**thickening** [8] -
2441:20, 2441:22,
2447:11, 2447:13,
2447:18, 2447:19,
2447:21, 2477:8

**thickens** [2] -

2446:13, 2446:19
**thicker** [2] - 2446:20,
2523:19
**thickness** [1] -
2447:13
**thin** [1] - 2502:9
**thing** [19] - 2401:19,
2409:2, 2417:25,
2424:22, 2431:2,
2431:16, 2448:11,
2448:14, 2452:16,
2452:24, 2453:20,
2461:19, 2486:10,
2511:19, 2517:1,
2517:21, 2541:7,
2556:9, 2569:6

**things** [38] -
2403:12, 2404:16,
2407:4, 2408:21,
2409:7, 2411:22,
2421:3, 2426:15,
2426:16, 2440:17,
2440:20, 2440:21,
2453:13, 2454:6,
2454:7, 2467:1,
2469:5, 2469:10,
2471:6, 2493:5,
2497:22, 2502:9,
2503:1, 2506:4,
2517:20, 2519:2,
2520:17, 2532:17,
2532:21, 2540:4,
2545:19, 2546:18,
2559:12, 2561:24,
2577:2, 2579:19,
2582:1, 2583:14

**think** [95] - 2399:19,
2400:1, 2400:13,
2400:19, 2401:8,
2402:25, 2405:13,
2405:18, 2406:9,
2411:8, 2414:16,
2419:16, 2428:4,
2437:22, 2443:16,
2447:11, 2451:2,
2452:12, 2453:10,
2455:15, 2455:17,
2458:5, 2458:18,
2460:9, 2467:3,
2467:5, 2467:11,
2468:10, 2469:22,
2470:12, 2471:1,
2473:8, 2477:22,
2478:18, 2481:13,
2484:22, 2486:2,
2486:6, 2502:14,
2503:15, 2503:20,
2506:4, 2514:21,
2517:19, 2518:5,
2524:21, 2525:13,

2529:23, 2529:24,
2529:25, 2530:21,
2531:3, 2531:8,
2531:13, 2533:5,
2533:8, 2533:11,
2533:16, 2533:24,
2540:3, 2541:7,
2542:11, 2542:14,
2543:15, 2544:1,
2545:16, 2545:19,
2549:15, 2549:25,
2553:6, 2553:22,
2555:5, 2556:18,
2557:19, 2565:7,
2569:19, 2570:6,
2571:22, 2574:10,
2575:20, 2576:7,
2578:7, 2578:8,
2578:9, 2578:18,
2579:3, 2579:5,
2586:20, 2589:24,
2590:11, 2590:24,
2590:25, 2592:3

**thinner** [1] - 2523:18
**THIRD** [1] - 2394:11
**third** [3] - 2413:3,
2419:3, 2522:4
**third-party** [1] -
2419:3
**thirteen** [1] - 2528:23
**This** [2] - 2582:15,
2582:19
**this** [279] - 2400:10,
2401:1, 2401:18,
2401:22, 2402:3,
2402:15, 2404:2,
2406:10, 2407:2,
2407:25, 2408:3,
2408:4, 2409:14,
2409:16, 2409:17,
2409:23, 2410:10,
2411:12, 2414:11,
2414:14, 2414:19,
2414:23, 2418:5,
2418:24, 2419:12,
2422:5, 2422:6,
2423:7, 2424:9,
2424:13, 2426:17,
2427:8, 2428:17,
2429:7, 2429:16,
2429:17, 2431:16,
2433:24, 2435:5,
2435:25, 2437:22,
2438:1, 2438:6,
2438:20, 2438:24,
2438:25, 2439:1,
2439:12, 2439:14,
2440:1, 2440:2,
2440:23, 2440:24,
2441:3, 2441:6,

2441:7, 2441:8,
2441:11, 2443:1,
2444:5, 2444:11,
2445:24, 2446:12,
2446:24, 2449:11,
2449:13, 2450:12,
2452:16, 2452:18,
2452:21, 2454:6,
2456:22, 2459:4,
2460:14, 2461:10,
2461:13, 2463:2,
2463:14, 2464:9,
2467:9, 2468:4,
2469:11, 2470:6,
2470:20, 2473:3,
2474:22, 2476:1,
2477:15, 2483:16,
2483:19, 2483:24,
2484:12, 2485:1,
2485:13, 2485:17,
2485:19, 2485:22,
2486:3, 2486:6,
2486:7, 2488:20,
2489:18, 2492:20,
2492:22, 2492:23,
2493:19, 2495:12,
2495:16, 2495:17,
2495:22, 2495:24,
2496:7, 2496:14,
2498:10, 2499:3,
2499:4, 2501:10,
2501:17, 2503:8,
2503:20, 2504:1,
2506:17, 2506:19,
2507:2, 2507:6,
2507:24, 2508:6,
2508:13, 2509:10,
2510:6, 2510:17,
2511:8, 2511:16,
2512:6, 2512:16,
2512:22, 2513:21,
2514:14, 2514:18,
2515:11, 2515:18,
2515:20, 2517:14,
2517:23, 2519:15,
2520:20, 2520:24,
2522:2, 2523:2,
2526:4, 2526:11,
2526:23, 2531:20,
2532:4, 2532:10,
2533:15, 2534:9,
2535:2, 2536:23,
2538:16, 2539:4,
2539:17, 2539:24,
2540:2, 2540:9,
2540:10, 2540:14,
2540:16, 2540:20,
2540:21, 2541:15,
2541:19, 2542:7,
2542:9, 2542:17,
2542:20, 2543:11,

2544:2, 2544:19,
2548:12, 2548:23,
2549:10, 2551:2,
2551:3, 2551:21,
2552:2, 2552:5,
2553:10, 2553:23,
2554:19, 2555:5,
2556:23, 2559:7,
2560:4, 2560:8,
2562:8, 2563:11,
2564:5, 2564:16,
2565:10, 2565:13,
2565:21, 2566:10,
2567:10, 2567:13,
2567:18, 2568:10,
2568:13, 2568:15,
2569:3, 2569:15,
2570:3, 2570:4,
2570:9, 2571:3,
2572:19, 2573:9,
2574:6, 2574:12,
2575:14, 2578:7,
2578:9, 2578:10,
2580:21, 2581:22,
2582:4, 2582:5,
2582:20, 2582:24,
2583:3, 2583:4,
2583:6, 2583:7,
2583:9, 2583:10,
2583:22, 2584:3,
2584:6, 2584:7,
2584:23, 2584:24,
2585:23, 2586:3,
2586:6, 2586:8,
2587:9, 2587:11,
2587:15, 2588:3,
2588:12, 2588:15,
2588:16, 2588:19,
2588:22, 2588:23,
2588:24, 2589:3,
2589:11, 2589:21,
2589:23, 2590:2,
2590:3, 2590:11,
2590:14, 2591:22,
2592:12

**THIS** [1] - 2390:11

**THOMAS** [1] -
2392:11

**THORNHILL** [2] -
2392:10, 2392:11

**those** [111] -
2399:14, 2400:2,
2400:5, 2400:6,
2400:24, 2401:18,
2401:21, 2401:24,
2401:25, 2405:22,
2408:5, 2411:22,
2416:10, 2417:18,
2421:3, 2421:6,
2428:21, 2430:10,
2432:7, 2432:18,

2433:9, 2433:10,
2433:16, 2444:18,
2447:10, 2451:1,
2451:2, 2451:5,
2454:3, 2457:20,
2472:12, 2476:16,
2477:1, 2477:6,
2479:5, 2480:2,
2480:6, 2482:5,
2482:7, 2482:11,
2483:10, 2485:9,
2486:17, 2487:9,
2487:10, 2487:21,
2491:9, 2493:5,
2495:10, 2497:25,
2502:9, 2503:13,
2503:14, 2508:22,
2509:3, 2509:19,
2514:12, 2517:17,
2518:3, 2520:17,
2525:1, 2525:3,
2525:23, 2528:10,
2528:22, 2529:8,
2529:11, 2531:7,
2531:8, 2531:12,
2533:4, 2533:7,
2533:8, 2536:3,
2538:5, 2539:10,
2540:1, 2540:4,
2540:21, 2542:10,
2544:5, 2546:4,
2546:8, 2546:21,
2550:23, 2552:18,
2553:12, 2561:5,
2573:7, 2574:16,
2574:19, 2574:21,
2575:15, 2575:16,
2576:4, 2577:1,
2578:18, 2578:21,
2581:8, 2582:7,
2582:9, 2584:2,
2584:18, 2584:21,
2584:24, 2586:16,
2586:24, 2587:4,
2591:5

**though** [4] - 2432:7,
2453:2, 2483:25,
2561:25

**thought** [15] -
2401:10, 2437:8,
2437:10, 2446:7,
2452:14, 2463:15,
2490:9, 2490:11,
2499:4, 2519:22,
2519:24, 2579:11,
2584:2

**three** [20] - 2405:11,
2405:14, 2417:22,
2438:20, 2463:7,
2486:2, 2506:25,
2507:1, 2509:14,

2523:17, 2524:18,
2525:8, 2527:4,
2527:8, 2529:15,
2536:25, 2541:12,
2554:14, 2554:16,
2583:18

**three-barrels** [1] -
2554:14

**three-miles** [1] -
2463:7

**threw** [1] - 2424:20

**through** [26] -
2404:12, 2407:12,
2415:14, 2446:24,
2467:21, 2470:11,
2474:10, 2476:1,
2484:6, 2504:4,
2507:20, 2509:10,
2511:10, 2511:21,
2524:25, 2525:1,
2530:10, 2535:18,
2535:25, 2536:4,
2541:9, 2546:17,
2562:8, 2584:14,
2588:23

**Thursday** [1] -
2390:9

**THURSDAY** [1] -
2399:3

**thus** [1] - 2440:21

**till** [1] - 2574:14

**Tim** [2] - 2527:3

**time** [79] - 2401:1,
2401:23, 2414:21,
2419:18, 2422:14,
2426:14, 2426:15,
2428:10, 2438:2,
2440:4, 2440:12,
2441:20, 2441:22,
2442:13, 2442:14,
2444:12, 2447:11,
2447:13, 2447:18,
2447:19, 2447:21,
2450:12, 2466:20,
2471:13, 2471:14,
2477:8, 2488:16,
2489:25, 2493:5,
2511:15, 2511:18,
2511:25, 2512:2,
2512:6, 2514:22,
2519:11, 2519:12,
2519:15, 2519:18,
2519:19, 2520:5,
2520:24, 2521:17,
2522:12, 2522:15,
2522:16, 2522:19,
2522:22, 2522:24,
2523:21, 2530:16,
2530:22, 2536:6,
2536:24, 2537:2,

2554:12, 2554:13,
2555:16, 2555:21,
2555:23, 2556:1,
2556:5, 2556:10,
2570:13, 2571:2,
2571:5, 2571:13,
2573:3, 2575:7,
2575:11, 2583:14,
2590:20, 2591:17,
2591:20

**timelines** [1] -
2529:13

**timeout** [1] - 2590:22

**times** [13] - 2406:2,
2506:25, 2549:24,
2566:2, 2567:9,
2567:12, 2567:13,
2567:16, 2568:7,
2568:24, 2590:15

**title** [1] - 2483:25

**TO** [1] - 2390:11

**today** [18] - 2400:14,
2402:22, 2404:2,
2414:6, 2429:16,
2429:17, 2458:24,
2460:2, 2469:21,
2475:20, 2504:24,
2507:21, 2522:19,
2540:11, 2568:22,
2576:8, 2582:1,
2589:14

**together** [5] -
2444:19, 2464:16,
2464:17, 2474:15,
2581:2

**told** [10] - 2443:1,
2458:4, 2480:1,
2528:25, 2529:7,
2534:10, 2547:21,
2576:9, 2577:10,
2582:24

**TOLLES** [1] -
2395:21

**Tommy** [2] -
2483:15, 2485:5

**too** [5] - 2435:5,
2491:24, 2515:19,
2549:15, 2555:5

**took** [11] - 2424:21,
2453:20, 2468:15,
2474:17, 2485:19,
2485:23, 2488:18,
2497:11, 2531:24,
2544:16, 2580:2

**top** [57] - 2406:18,
2407:4, 2415:7,
2415:11, 2415:13,
2419:13, 2422:1,
2433:9, 2434:1,
2434:2, 2435:4,

2435:18, 2435:25, 2436:2, 2436:3, 2436:6, 2436:9, 2436:11, 2448:7, 2448:12, 2451:16, 2452:7, 2452:25, 2453:1, 2453:15, 2453:17, 2453:24, 2454:13, 2455:8, 2455:12, 2456:16, 2463:20, 2507:25, 2509:11, 2513:8, 2515:1, 2517:13, 2517:17, 2522:3, 2522:4, 2525:8, 2533:10, 2549:21, 2549:25, 2550:3, 2550:6, 2550:13, 2550:19, 2563:15, 2563:23, 2564:1, 2564:3, 2564:5, 2564:9, 2565:18, 2587:11

**topic** [5] - 2414:14, 2496:18, 2498:7, 2539:25, 2551:3

**topics** [2] - 2468:11, 2468:12

**TORTS** [2] - 2393:4, 2393:15

**total** [3] - 2450:12, 2559:23, 2563:7

**totally** [1] - 2409:8

**touched** [1] - 2414:11

**tough** [1] - 2555:2

**TOWER** [2] - 2396:4, 2396:23

**trace** [1] - 2435:15

**track** [5] - 2434:3, 2475:23, 2533:22, 2534:14, 2534:23

**trade** [1] - 2482:10

**trained** [1] - 2491:4

**training** [2] - 2487:16, 2488:3

**TRANSCRIBED** [2] - 2489:20, 2499:9

**transcript** [2] - 2543:12, 2593:6

**TRANSCRIPT** [2] - 2390:21, 2397:16

**transfer** [2] - 2420:16, 2420:25

**transferred** [1] - 2420:10

**transition** [2] - 2529:6, 2535:6

**transitioning** [1] - 2545:14

**transmission** [2] - 2440:4, 2511:24

**transmitted** [1] - 2512:11

**TRANSOCEAN** [3] - 2395:11, 2395:11, 2395:13

**Transocean** [6] - 2402:7, 2427:9, 2469:17, 2577:10, 2577:23, 2577:25

**transported** [1] - 2421:1

**tremendous** [1] - 2465:25

**trend** [1] - 2573:1

**Trent** [2] - 2496:6, 2582:5

**TREX** [12] - 2416:15, 2417:22, 2419:8, 2424:9, 2435:3, 2437:17, 2439:25, 2440:23, 2483:13, 2514:21, 2526:11, 2559:5

**TRIAL** [1] - 2390:21

**trial** [3] - 2460:17, 2483:14, 2542:7

**tried** [1] - 2427:9

**TRITON** [1] - 2390:13

**true** [20] - 2404:25, 2411:10, 2411:11, 2427:11, 2447:5, 2447:7, 2463:19, 2478:25, 2486:10, 2489:23, 2496:11, 2503:9, 2504:1, 2535:7, 2569:13, 2573:25, 2575:23, 2593:6

**trust** [4] - 2436:21, 2486:6, 2509:18, 2551:2

**trusted** [1] - 2499:23

**try** [23] - 2448:19, 2451:5, 2470:20, 2475:4, 2497:6, 2503:22, 2504:24, 2513:3, 2515:19, 2523:18, 2524:19, 2533:22, 2534:5, 2534:13, 2534:22, 2544:12, 2546:8, 2546:18, 2554:21, 2562:8, 2571:3, 2576:9, 2592:12

**trying** [14] - 2405:14, 2410:7, 2410:22, 2466:18, 2470:5, 2477:12, 2501:25,

2532:9, 2540:4, 2541:19, 2542:2, 2564:16, 2575:5, 2586:2

**tube** [1] - 2436:13

**turn** [6] - 2447:25, 2483:18, 2486:23, 2491:21, 2498:6, 2522:9

**turned** [1] - 2533:9

**twice** [5] - 2450:9, 2567:16, 2568:14, 2574:9, 2580:13

**two** [54] - 2399:12, 2400:23, 2404:16, 2408:4, 2418:4, 2418:6, 2418:16, 2423:10, 2423:11, 2423:15, 2425:14, 2425:19, 2427:14, 2427:15, 2432:19, 2433:16, 2433:17, 2434:2, 2434:23, 2434:25, 2440:8, 2448:8, 2449:16, 2451:6, 2469:21, 2470:2, 2486:2, 2499:6, 2509:16, 2516:7, 2519:12, 2519:22, 2519:25, 2521:3, 2527:15, 2527:17, 2527:22, 2532:1, 2532:17, 2536:13, 2536:14, 2538:6, 2538:10, 2538:16, 2550:24, 2553:24, 2554:14, 2554:17, 2566:2, 2578:18, 2584:2

**two-barrels** [1] - 2554:14

**two-hour** [1] - 2434:23

**two-inch** [1] - 2538:6

**two-step** [1] - 2448:8

**TX** [8] - 2392:5, 2392:19, 2395:19, 2396:8, 2396:18, 2396:24, 2397:4, 2397:9

**type** [7] - 2486:2, 2497:7, 2511:15, 2517:14, 2527:19, 2544:2, 2588:3

**types** [7] - 2427:21, 2437:15, 2455:4, 2485:25, 2497:22, 2545:19, 2577:1

**typical** [1] - 2587:17

**typically** [3] - 2426:9,

2539:18, 2539:20

## U

**U.S** [9] - 2393:3, 2393:8, 2393:14, 2393:20, 2418:10, 2464:6, 2532:18, 2532:19, 2559:7

**U.S.A.'s** [1] - 2399:16

**UCA** [8] - 2425:20, 2425:25, 2426:24, 2427:6, 2427:17, 2428:14, 2438:6, 2442:3

**UCA-2** [1] - 2425:22

**UCA-2B** [1] - 2425:22

**ultimate** [5] - 2541:5, 2541:11, 2546:5, 2591:14

**ultimately** [3] - 2478:1, 2481:11, 2591:2

**ultrasonic** [2] - 2571:15, 2572:13

**umbrella** [1] - 2415:16

**unable** [3] - 2535:10, 2535:15, 2538:5

**uncement** [1] - 2508:15

**under** [2] - 2410:24, 2415:16, 2418:12, 2430:13, 2430:14, 2430:16, 2431:1, 2431:10, 2459:21, 2464:22, 2465:9, 2470:23, 2470:24, 2493:15, 2499:24, 2509:3, 2521:8, 2525:3, 2531:23, 2549:17, 2571:22

**underbalancing** [1] - 2407:8

**UNDERHILL** [5] - 2393:4, 2399:9, 2533:2, 2534:9, 2575:17

**Underhill** [2] - 2399:9, 2533:3

**underlying** [5] - 2422:10, 2423:2, 2423:3, 2449:6, 2449:8

**underneath** [2] - 2515:6, 2551:22

**understand** [35] -

2408:14, 2414:15, 2417:2, 2425:25, 2428:20, 2430:19, 2431:20, 2433:24, 2434:6, 2436:17, 2440:7, 2441:8, 2449:15, 2449:22, 2454:20, 2457:2, 2457:7, 2457:11, 2459:22, 2460:5, 2460:22, 2461:3, 2462:5, 2462:8, 2464:5, 2464:8, 2491:8, 2496:20, 2510:2, 2550:11, 2569:5, 2573:8, 2580:12, 2590:13, 2590:16

**understanding** [15] - 2418:12, 2418:15, 2425:18, 2452:21, 2462:11, 2462:12, 2472:21, 2483:10, 2499:6, 2503:3, 2531:22, 2532:12, 2532:19, 2550:8, 2593:7

**understands** [5] - 2413:7, 2414:12, 2416:13, 2432:19, 2448:2

**understood** [3] - 2433:22, 2450:5, 2548:16

**unfair** [1] - 2553:20

**unfoamed** [7] - 2436:14, 2497:1, 2497:3, 2497:14, 2497:16, 2507:17, 2539:23

**unfortunately** [1] - 2408:7

**UNIDENTIFIED** [3] - 2490:1, 2499:15, 2499:20

**uniform** [3] - 2452:25, 2454:13, 2456:16

**uniformly** [1] - 2408:25

**unique** [1] - 2422:6

**unit** [4] - 2524:1, 2524:3, 2524:6, 2524:15

**United** [9] - 2399:10, 2399:11, 2533:3, 2542:21, 2575:17, 2575:18, 2576:13, 2576:14, 2593:4

**UNITED** [4] - 2390:1,

2390:15, 2390:23, 2393:3

**unpumpable** [1] - 2556:7

**unquestionable** [1] - 2410:17

**unreasonable** [1] - 2452:15

**unresolved** [1] - 2569:4

**unset** [21] - 2418:20, 2422:1, 2432:20, 2434:18, 2434:21, 2436:14, 2436:17, 2436:25, 2466:20, 2507:8, 2507:11, 2507:17, 2507:22, 2508:14, 2508:18, 2508:20, 2508:25, 2527:16, 2527:18, 2527:19, 2543:23

**unstable** [22] - 2404:13, 2418:25, 2435:20, 2440:21, 2453:8, 2454:21, 2458:24, 2460:10, 2470:1, 2470:9, 2470:17, 2471:7, 2494:1, 2516:18, 2516:23, 2520:23, 2525:4, 2538:12, 2541:6, 2579:17, 2579:19

**unsuccessful** [3] - 2414:5, 2414:8, 2516:19

**until** [9] - 2401:17, 2416:16, 2433:2, 2434:7, 2520:9, 2520:19, 2531:24, 2533:17

**unusual** [1] - 2455:13

**unusually** [1] - 2537:8

**up** [140] - 2402:9, 2402:22, 2402:25, 2408:9, 2410:12, 2411:1, 2411:4, 2411:7, 2411:9, 2411:15, 2411:17, 2411:20, 2412:2, 2412:5, 2414:2, 2416:15, 2419:8, 2419:9, 2420:10, 2424:14, 2425:2, 2427:8, 2428:7, 2429:2, 2429:12, 2429:18, 2429:21, 2431:17, 2431:23,

2434:19, 2435:3, 2435:11, 2437:17, 2437:20, 2438:25, 2439:25, 2440:1, 2440:23, 2443:8, 2446:16, 2448:24, 2449:1, 2449:6, 2449:8, 2453:25, 2454:12, 2455:3, 2455:23, 2456:7, 2460:14, 2461:22, 2462:17, 2462:24, 2463:9, 2463:10, 2466:6, 2467:14, 2470:21, 2471:16, 2475:3, 2488:15, 2492:11, 2492:18, 2493:18, 2495:16, 2496:3, 2502:23, 2503:1, 2503:4, 2511:8, 2514:9, 2517:9, 2517:12, 2522:2, 2524:21, 2524:23, 2524:25, 2526:2, 2532:1, 2533:19, 2533:21, 2535:20, 2536:13, 2536:14, 2538:23, 2541:2, 2542:8, 2546:20, 2547:21, 2548:21, 2550:19, 2550:20, 2550:22, 2551:1, 2552:1, 2552:2, 2552:9, 2552:13, 2552:15, 2552:19, 2555:9, 2556:1, 2558:5, 2559:16, 2562:9, 2563:11, 2563:13, 2563:17, 2563:20, 2563:21, 2564:6, 2564:10, 2564:11, 2564:12, 2564:20, 2564:22, 2564:23, 2566:5, 2566:25, 2567:17, 2567:18, 2568:11, 2568:16, 2568:20, 2569:9, 2569:11, 2573:10, 2574:13, 2575:23, 2580:1, 2583:5, 2583:12, 2584:13, 2584:14, 2591:2

**updated** [1] - 2484:9

**upon** [4] - 2406:12, 2460:10, 2491:16, 2491:18

**uppermost** [2] - 2552:21, 2554:1

**ups** [1] - 2430:2

**urged** [2] - 2530:17, 2530:24

**us** [3] - 2444:14, 2447:8, 2454:17

**USA** [1] - 2428:21

**use** [51] - 2405:5, 2405:7, 2406:17, 2421:16, 2422:22, 2422:24, 2423:23, 2429:4, 2429:11, 2433:13, 2433:16, 2443:16, 2444:17, 2444:21, 2446:8, 2450:2, 2457:25, 2494:13, 2494:14, 2495:4, 2495:6, 2495:9, 2495:23, 2496:14, 2496:16, 2496:22, 2496:23, 2496:24, 2497:1, 2497:3, 2497:6, 2497:18, 2498:13, 2498:15, 2498:21, 2498:25, 2500:7, 2500:13, 2500:21, 2503:6, 2506:4, 2546:19, 2546:20, 2548:10, 2561:12, 2564:13, 2577:16, 2581:11, 2581:19, 2582:1

**used** [45] - 2399:25, 2400:23, 2401:20, 2402:3, 2417:3, 2418:16, 2425:15, 2426:13, 2428:1, 2428:4, 2452:4, 2463:24, 2465:14, 2477:7, 2483:20, 2492:12, 2498:9, 2501:8, 2501:13, 2503:5, 2503:17, 2529:24, 2531:18, 2545:12, 2546:23, 2549:25, 2551:2, 2553:9, 2553:10, 2554:18, 2564:15, 2566:11, 2577:4, 2577:23, 2577:24, 2577:25, 2580:9, 2581:10, 2582:19, 2582:20, 2582:25, 2583:6, 2584:13, 2592:5

**user** [1] - 2457:21

**using** [29] - 2410:11, 2422:19, 2423:22, 2424:15, 2429:1, 2478:13, 2482:17, 2484:3, 2490:12,

2496:11, 2497:23, 2499:12, 2500:3, 2502:2, 2526:17, 2529:19, 2530:4, 2535:11, 2535:16, 2556:19, 2561:22, 2567:6, 2572:17, 2573:4, 2573:14, 2581:5, 2581:8, 2581:13, 2588:11

## V

**V** [1] - 2390:15
**V3** [1] - 2499:8
**V9** [1] - 2489:18
**VA** [1] - 2391:19
**valid** [2] - 2463:1, 2553:14
**validity** [3] - 2505:16, 2562:19, 2562:25
**value** [1] - 2487:21
**values** [1] - 2428:10
**variable** [2] - 2422:5, 2553:4
**variance** [6] - 2457:4, 2457:16, 2457:18, 2458:1, 2458:12, 2458:13
**variation** [3] - 2448:11, 2453:14, 2457:13
**variations** [2] - 2436:9, 2507:25
**varied** [1] - 2494:25
**variety** [2] - 2405:23, 2511:22
**various** [3] - 2507:4, 2532:13, 2533:6
**vast** [1] - 2474:17
**vat** [1] - 2432:24
**velocity** [2] - 2409:24
**VERBATIM** [1] - 2508:15
**versed** [1] - 2486:24
**versus** [8] - 2407:15, 2465:23, 2482:22, 2490:18, 2519:23, 2546:1, 2568:24, 2572:25
**very** [36] - 2399:22, 2402:12, 2406:9, 2406:18, 2408:3, 2409:19, 2420:25, 2428:25, 2455:17, 2457:22, 2461:10, 2462:13, 2464:15, 2467:12, 2471:17, 2477:16, 2491:9,

2494:17, 2522:4, 2524:12, 2534:15, 2534:21, 2534:25, 2535:2, 2535:3, 2541:10, 2552:25, 2556:22, 2558:8, 2560:3, 2563:14, 2570:6, 2575:6, 2575:10, 2579:9, 2583:20

**VIDEO** [2] - 2489:20, 2499:9
**view** [9] - 2415:21, 2475:13, 2475:14, 2487:4, 2500:3, 2510:21, 2572:2, 2574:8, 2574:12
**Viking** [3] - 2513:11, 2514:24, 2521:4
**violation** [1] - 2540:15
**VIRGINIA** [1] - 2391:19
**virtually** [2] - 2494:8, 2585:11
**viscosifier** [3] - 2446:17, 2446:19, 2447:17
**viscosity** [4] - 2441:24, 2447:9, 2447:13, 2447:22
**visual** [3] - 2436:5, 2436:6, 2454:3
**visually** [1] - 2538:14
**void** [2] - 2436:3, 2545:2
**voids** [1] - 2453:22
**volume** [19] - 2436:1, 2462:20, 2462:21, 2462:22, 2484:9, 2545:1, 2546:18, 2549:11, 2549:15, 2549:18, 2549:21, 2549:24, 2552:20, 2553:2, 2553:4, 2553:18, 2553:20, 2565:2, 2565:12
**volumes** [4] - 2549:6, 2553:23, 2569:11, 2589:1
**VON** [1] - 2397:3

## W

**W** [2] - 2392:14, 2396:16
**wait** [11] - 2421:10, 2439:25, 2513:4, 2534:2, 2539:11,

2542:14, 2550:11, 2571:2, 2571:19, 2583:17

**waiting** [2] - 2479:25, 2503:4

**WALKER** [1] - 2391:18

**wall** [1] - 2480:4

**WALTER** [1] - 2391:22

**WALTHER** [1] - 2396:11

**want** [81] - 2399:20, 2403:13, 2405:5, 2406:7, 2411:7, 2411:19, 2411:23, 2414:4, 2414:11, 2414:20, 2414:23, 2416:13, 2417:22, 2422:18, 2422:22, 2424:13, 2427:5, 2427:25, 2428:20, 2430:25, 2433:20, 2437:17, 2443:1, 2445:17, 2447:7, 2447:25, 2448:2, 2449:14, 2453:6, 2456:15, 2456:20, 2461:7, 2466:16, 2471:13, 2476:1, 2476:13, 2477:12, 2479:7, 2482:5, 2483:24, 2486:23, 2492:10, 2494:13, 2494:23, 2496:24, 2497:1, 2497:3, 2497:6, 2497:10, 2498:6, 2501:25, 2503:21, 2509:25, 2510:1, 2510:24, 2510:25, 2514:6, 2521:3, 2525:7, 2525:11, 2526:13, 2531:19, 2532:12, 2533:10, 2533:15, 2534:9, 2538:21, 2545:15, 2548:12, 2548:18, 2555:23, 2559:15, 2565:18, 2565:21, 2566:5, 2567:17, 2573:4, 2578:1, 2583:9, 2592:8

**wanted** [13] - 2433:22, 2439:6, 2464:9, 2496:20, 2500:7, 2529:21, 2533:18, 2534:7, 2548:16, 2557:3, 2573:3, 2576:14,

2578:2

**WAS** [4] - 2489:20, 2499:9, 2504:17, 2592:16

**WASHINGTON** [4] - 2393:12, 2393:18, 2393:24, 2395:4

**wasn't** [13] - 2424:5, 2438:23, 2439:19, 2446:7, 2450:12, 2464:20, 2508:12, 2516:2, 2516:3, 2536:11, 2567:16, 2577:12

**water** [23] - 2405:20, 2421:18, 2429:18, 2429:21, 2431:25, 2432:23, 2435:15, 2436:2, 2437:24, 2438:12, 2439:1, 2439:3, 2439:4, 2439:7, 2439:8, 2439:19, 2439:21, 2444:19, 2451:22, 2494:16, 2517:21, 2568:13

**WATTS** [2] - 2392:3, 2392:3

**way** [43] - 2400:13, 2411:23, 2412:3, 2412:5, 2413:23, 2415:12, 2427:7, 2443:20, 2448:22, 2466:3, 2466:5, 2467:21, 2470:6, 2470:20, 2471:14, 2473:8, 2473:12, 2475:14, 2481:15, 2481:19, 2482:16, 2500:16, 2501:17, 2512:19, 2513:21, 2516:2, 2519:11, 2522:14, 2524:12, 2550:22, 2552:2, 2552:19, 2553:20, 2564:10, 2565:18, 2568:24, 2572:8, 2573:10, 2574:6, 2574:12, 2576:7, 2585:25, 2586:6

**ways** [5] - 2427:14, 2432:20, 2504:12, 2556:18, 2586:3

**we** [215] - 2399:8, 2399:10, 2399:12, 2399:14, 2399:20, 2399:25, 2400:1, 2400:2, 2400:10, 2400:13, 2400:15, 2400:17, 2400:19,

2400:23, 2400:24, 2400:25, 2401:7, 2401:8, 2401:12, 2401:13, 2401:15, 2401:18, 2401:20, 2401:22, 2402:9, 2402:10, 2402:13, 2402:14, 2402:15, 2402:17, 2402:19, 2402:20, 2402:22, 2402:23, 2406:2, 2406:3, 2406:7, 2406:22, 2407:17, 2409:23, 2410:14, 2410:15, 2410:16, 2411:6, 2414:19, 2418:9, 2418:23, 2419:7, 2420:2, 2421:6, 2424:9, 2430:25, 2431:13, 2433:15, 2434:19, 2436:10, 2436:11, 2443:1, 2443:8, 2443:10, 2444:17, 2444:18, 2444:21, 2444:22, 2447:7, 2448:1, 2448:18, 2448:19, 2449:16, 2450:1, 2450:7, 2452:1, 2452:16, 2453:7, 2453:8, 2455:11, 2456:13, 2456:14, 2463:2, 2467:21, 2468:6, 2468:7, 2468:12, 2469:21, 2478:22, 2480:1, 2482:5, 2483:14, 2485:13, 2486:11, 2488:15, 2493:13, 2492:11, 2492:22, 2492:23, 2494:17, 2495:16, 2495:19, 2495:20, 2495:23, 2496:18, 2499:8, 2500:13, 2502:23, 2502:25, 2503:1, 2504:14, 2505:1, 2506:18, 2507:1, 2507:21, 2508:4, 2508:8, 2508:22, 2510:17, 2510:19, 2511:8, 2514:25, 2520:24, 2520:25, 2522:2, 2522:13, 2522:14, 2524:23, 2525:1, 2528:13, 2531:10, 2531:12, 2531:23, 2532:4, 2532:11, 2533:10, 2533:18, 2534:4, 2534:9,

2534:10, 2534:22, 2535:3, 2536:4, 2536:13, 2537:13, 2537:18, 2538:21, 2539:25, 2540:7, 2541:2, 2541:14, 2542:4, 2542:5, 2542:7, 2544:11, 2544:14, 2549:8, 2549:15, 2550:18, 2551:3, 2551:17, 2551:18, 2554:6, 2554:20, 2555:4, 2555:9, 2557:25, 2559:5, 2559:11, 2563:20, 2565:9, 2566:18, 2569:17, 2569:19, 2570:2, 2570:3, 2572:16, 2574:4, 2575:13, 2575:14, 2575:15, 2575:19, 2576:2, 2576:5, 2577:15, 2577:18, 2577:19, 2578:25, 2581:22, 2582:4, 2582:13, 2583:12, 2583:25, 2584:13, 2584:14, 2584:22, 2586:2, 2587:6, 2587:11, 2587:15, 2588:14, 2590:11, 2590:18, 2591:6, 2592:13

**We** [3] - 2452:15, 2496:4, 2549:14

**we'll** [12] - 2399:20, 2418:22, 2425:14, 2427:24, 2490:15, 2496:18, 2505:3, 2507:24, 2510:20, 2534:13, 2571:2, 2592:12

**we're** [35] - 2405:10, 2405:13, 2407:2, 2409:15, 2411:7, 2414:16, 2420:6, 2443:10, 2451:19, 2456:15, 2458:11, 2467:6, 2467:20, 2475:20, 2475:23, 2482:6, 2490:12, 2491:21, 2491:24, 2493:4, 2501:10, 2503:3, 2507:20, 2509:10, 2529:7, 2532:16, 2533:4, 2551:3, 2566:21, 2569:1, 2574:11, 2576:8, 2592:11, 2592:13

**we've** [25] - 2399:25,

2401:21, 2411:8, 2414:11, 2414:13, 2433:19, 2449:16, 2451:25, 2461:10, 2466:15, 2468:6, 2468:9, 2475:20, 2486:2, 2486:14, 2486:19, 2504:25, 2509:6, 2522:18, 2524:25, 2560:21, 2575:10, 2581:25, 2587:2, 2591:10

**weak** [1] - 2589:10

**wearing** [1] - 2465:23

**Weatherford** [1] - 2469:18

**web** [1] - 2503:15

**week** [6] - 2511:21, 2534:21, 2551:2, 2560:21, 2588:23, 2588:24

**weeks** [1] - 2529:11

**weigh** [11] - 2449:6, 2449:8, 2453:25, 2454:12, 2455:3, 2455:23, 2456:7, 2514:9, 2517:9, 2517:12, 2522:2

**weigh-up** [4] - 2514:9, 2517:9, 2517:12, 2522:2

**weighed** [1] - 2558:19

**weighing** [2] - 2520:1, 2520:9

**weight** [3] - 2412:13, 2454:24, 2492:16

**weights** [1] - 2494:18

**weird** [2] - 2452:10, 2452:14

**Welcome** [1] - 2587:16

**Well** [1] - 2496:13

**well** [165] - 2399:22, 2401:21, 2402:12, 2403:18, 2404:12, 2404:18, 2406:9, 2406:24, 2407:8, 2407:21, 2408:3, 2408:4, 2409:8, 2409:9, 2409:14, 2412:3, 2412:12, 2418:7, 2421:16, 2424:5, 2428:9, 2428:24, 2429:1, 2429:3, 2433:10, 2433:22, 2434:19, 2436:13, 2437:4,

2438:24, 2439:3, 2441:15, 2444:2, 2444:16, 2445:13, 2446:9, 2446:12, 2450:12, 2455:17, 2461:5, 2461:14, 2461:23, 2461:24, 2462:13, 2463:9, 2463:20, 2465:21, 2468:16, 2468:20, 2468:23, 2469:2, 2470:3, 2470:14, 2470:15, 2471:17, 2471:23, 2472:8, 2474:1, 2476:7, 2477:7, 2478:18, 2479:1, 2479:24, 2480:11, 2482:21, 2483:10, 2485:16, 2485:22, 2486:24, 2493:13, 2495:13, 2496:6, 2496:18, 2497:4, 2498:10, 2498:11, 2500:22, 2501:2, 2501:4, 2501:16, 2503:23, 2505:13, 2505:20, 2506:4, 2513:20, 2517:20, 2519:24, 2524:14, 2525:5, 2532:14, 2534:15, 2535:3, 2539:20, 2540:19, 2545:19, 2547:22, 2549:20, 2549:22, 2550:18, 2550:19, 2551:5, 2551:6, 2551:10, 2552:5, 2552:25, 2553:22, 2554:19, 2555:14, 2558:11, 2558:16, 2558:18, 2560:11, 2560:24, 2562:4, 2563:15, 2563:19, 2563:20, 2563:22, 2563:23, 2564:1, 2564:3, 2564:5, 2564:9, 2564:16, 2564:21, 2564:22, 2567:11, 2567:22, 2568:15, 2568:23, 2569:1, 2569:4, 2569:7, 2571:20, 2572:24, 2579:17, 2580:1, 2580:2, 2580:5, 2580:25, 2581:14, 2582:11, 2583:12, 2583:17, 2584:8, 2584:25, 2585:7, 2585:12, 2586:8, 2586:25, 2587:1,

2587:17, 2588:8, 2588:19, 2589:9, 2589:10, 2589:11, 2589:24, 2590:4, 2591:21, 2591:23

**well's** [4] - 2438:23, 2472:2, 2473:6, 2489:24

**wellbore** [10] - 2404:19, 2405:25, 2409:2, 2409:5, 2411:24, 2413:7, 2494:11, 2505:23, 2552:16, 2558:5

**wellhead** [5] - 2558:5, 2558:19, 2567:1, 2567:23, 2567:24

**wells** [13] - 2471:25, 2472:12, 2472:17, 2473:13, 2474:18, 2487:2, 2495:22, 2553:6, 2553:9, 2553:24, 2569:15, 2569:24

**went** [14] - 2403:20, 2455:22, 2473:23, 2478:22, 2525:1, 2528:20, 2533:6, 2535:25, 2541:9, 2561:24, 2569:4, 2578:10, 2584:14, 2591:6

**weren't** [6] - 2432:9, 2450:16, 2452:1, 2459:22, 2548:12, 2577:19

**western** [1] - 2588:1

**what's** [15] - 2405:10, 2444:17, 2456:24, 2460:17, 2467:18, 2482:25, 2524:9, 2536:9, 2553:16, 2553:17, 2553:25, 2561:16, 2571:11, 2587:6, 2592:5

**whatever** [4] - 2415:5, 2431:24, 2452:15, 2461:23

**whatsoever** [1] - 2403:22

**WHEREUPON** [4] - 2489:20, 2499:9, 2504:17, 2592:16

**wherever** [1] - 2506:10

**whether** [43] - 2406:19, 2407:8, 2408:21, 2411:24,

2412:6, 2414:1, 2423:18, 2432:11, 2445:17, 2445:21, 2448:9, 2459:23, 2469:15, 2469:17, 2469:18, 2481:7, 2501:6, 2507:22, 2509:19, 2518:2, 2530:7, 2531:9, 2541:6, 2543:13, 2546:19, 2546:20, 2553:13, 2556:24, 2557:11, 2561:12, 2570:18, 2570:24, 2576:19, 2577:1, 2579:11, 2580:15, 2581:19, 2583:9, 2585:16, 2589:15, 2591:2

**which** [27] - 2407:12, 2408:21, 2418:1, 2428:25, 2429:18, 2447:8, 2451:19, 2451:23, 2459:17, 2483:14, 2488:18, 2492:6, 2494:16, 2502:7, 2506:18, 2516:12, 2534:22, 2535:23, 2536:23, 2537:20, 2563:14, 2563:23, 2567:17, 2567:18, 2577:19, 2587:19, 2588:10

**while** [11] - 2407:11, 2413:18, 2494:5, 2494:9, 2503:3, 2517:20, 2529:7, 2551:3, 2575:12, 2584:14

**WHITELEY** [1] - 2394:14

**whoever** [1] - 2457:19

**whole** [6] - 2414:20, 2481:10, 2489:14, 2490:2, 2517:21, 2559:19

**whom** [1] - 2533:21

**whose** [2] - 2489:24, 2575:16

**wide** [1] - 2540:22

**will** [78] - 2399:13, 2400:19, 2400:25, 2401:1, 2401:8, 2401:15, 2401:17, 2402:9, 2402:10, 2402:15, 2402:20, 2402:22, 2403:4, 2413:13, 2414:20, 2414:22, 2418:9,

2421:19, 2421:22, 2422:1, 2426:8, 2451:1, 2457:3, 2460:20, 2462:14, 2462:23, 2468:11, 2475:17, 2491:6, 2494:19, 2496:24, 2497:4, 2497:6, 2497:25, 2501:17, 2501:20, 2501:23, 2502:8, 2503:24, 2506:4, 2508:9, 2508:22, 2510:5, 2511:10, 2513:17, 2514:6, 2515:8, 2523:1, 2523:20, 2529:23, 2532:11, 2534:22, 2535:3, 2536:12, 2539:22, 2544:11, 2548:18, 2550:20, 2551:1, 2552:12, 2555:17, 2557:23, 2558:1, 2563:15, 2565:10, 2566:18, 2566:19, 2567:11, 2573:13, 2575:6, 2579:3, 2583:19, 2588:24, 2591:25, 2592:13

**Williams** [1] - 2399:23

**WILLIAMS** [3] - 2392:7, 2392:7, 2399:23

**WILLIAMSON** [2] - 2392:17, 2392:18

**wind** [1] - 2580:1

**window** [1] - 2525:9

**WINFIELD** [1] - 2394:5

**wish** [1] - 2533:23

**with** [244] - 2399:24, 2401:7, 2401:19, 2403:13, 2403:22, 2404:4, 2404:21, 2404:24, 2406:2, 2406:8, 2406:10, 2407:5, 2407:18, 2408:11, 2410:10, 2410:21, 2411:12, 2412:12, 2415:1, 2416:11, 2418:4, 2419:2, 2419:6, 2419:17, 2420:3, 2420:9, 2421:3, 2421:16, 2423:2, 2423:3, 2423:20, 2425:14, 2426:16, 2426:20, 2427:2, 2428:14, 2429:5,

2429:6, 2430:24, 2432:3, 2434:10, 2434:13, 2437:13, 2437:14, 2439:3, 2439:14, 2440:1, 2440:11, 2440:14, 2441:3, 2443:5, 2443:8, 2443:19, 2444:8, 2444:9, 2444:10, 2445:2, 2445:18, 2446:2, 2449:6, 2451:19, 2452:11, 2454:9, 2456:20, 2460:15, 2461:18, 2461:19, 2461:24, 2462:13, 2462:17, 2462:21, 2465:1, 2465:13, 2469:5, 2471:6, 2472:11, 2472:12, 2472:15, 2474:24, 2475:8, 2475:23, 2476:2, 2476:10, 2476:12, 2476:24, 2477:16, 2477:24, 2479:4, 2479:5, 2479:12, 2479:15, 2480:11, 2480:19, 2481:15, 2481:16, 2482:1, 2482:2, 2483:6, 2484:13, 2484:19, 2484:23, 2484:24, 2485:3, 2485:8, 2485:9, 2485:16, 2486:10, 2487:10, 2487:15, 2487:19, 2488:7, 2488:16, 2488:17, 2489:3, 2489:15, 2490:2, 2490:17, 2490:24, 2491:13, 2491:14, 2491:22, 2492:1, 2492:6, 2492:10, 2493:2, 2493:4, 2493:5, 2493:14, 2494:20, 2495:3, 2495:12, 2495:22, 2496:1, 2496:7, 2496:16, 2496:22, 2498:17, 2498:18, 2498:22, 2499:6, 2499:16, 2499:24, 2500:2, 2501:4, 2501:10, 2505:4, 2507:6, 2507:7, 2511:14, 2511:15, 2511:23, 2512:7, 2512:11, 2512:15, 2513:1, 2513:10, 2514:3, 2515:12, 2517:1,

2517:6, 2517:12,
2517:17, 2517:24,
2518:11, 2520:1,
2520:13, 2522:12,
2522:18, 2524:22,
2526:14, 2526:25,
2527:3, 2528:12,
2528:24, 2530:19,
2530:20, 2530:22,
2532:9, 2535:13,
2535:19, 2536:3,
2539:9, 2539:24,
2540:13, 2540:19,
2543:11, 2543:22,
2544:4, 2544:11,
2545:14, 2545:18,
2545:22, 2545:24,
2545:25, 2546:12,
2546:23, 2555:8,
2555:18, 2556:1,
2557:14, 2557:15,
2557:25, 2558:5,
2558:17, 2561:24,
2562:1, 2562:16,
2563:8, 2563:18,
2564:24, 2566:21,
2569:3, 2570:9,
2570:23, 2572:1,
2573:9, 2573:22,
2576:3, 2576:16,
2577:11, 2578:1,
2580:9, 2580:13,
2580:14, 2581:18,
2583:7, 2584:9,
2584:23, 2585:9,
2586:11, 2586:15,
2587:3, 2587:17,
2589:4, 2589:10,
2589:11, 2589:22,
2590:4, 2591:5,
2591:6, 2591:9

**withdraw** [2] -
2443:20, 2461:1

**within** [7] - 2482:12,
2495:3, 2529:11,
2532:1, 2534:17,
2534:21, 2589:11

**without** [10] -
2400:5, 2401:25,
2402:5, 2411:24,
2444:3, 2517:22,
2525:11, 2530:19,
2569:24, 2578:20

**withstanding** [1] -
2419:2

**WITNESS** [33] -
2398:3, 2403:2,
2412:21, 2412:25,
2421:13, 2421:16,
2467:13, 2467:18,

2467:22, 2470:24,
2510:24, 2531:6,
2532:3, 2550:2,
2550:5, 2550:10,
2550:13, 2550:16,
2574:4, 2575:4,
2575:6, 2575:10,
2577:19, 2577:22,
2578:7, 2578:14,
2578:20, 2578:25,
2579:5, 2592:1,
2592:4, 2592:7,
2592:10

**witness** [12] -
2400:8, 2412:16,
2414:14, 2466:3,
2490:8, 2490:9,
2490:13, 2499:4,
2540:20, 2543:12,
2562:8, 2590:11

**witness's** [2] -
2454:16, 2562:9

**witnesses** [1] -
2460:15

**WITTMANN** [2] -
2396:11, 2396:12

**women** [1] - 2469:16

**won't** [2] - 2471:4,
2546:23

**word** [2] - 2453:21,
2477:7

**words** [1] - 2577:3

**work** [27] - 2401:18,
2441:3, 2462:21,
2471:2, 2471:4,
2472:18, 2473:21,
2473:23, 2475:5,
2493:11, 2494:20,
2506:6, 2506:7,
2518:11, 2523:9,
2526:2, 2528:24,
2535:13, 2535:14,
2561:17, 2562:4,
2562:5, 2562:6,
2562:7, 2581:2,
2586:6, 2587:17

**Work** [1] - 2559:7

**worked** [8] -
2439:15, 2481:16,
2487:10, 2491:3,
2528:16, 2528:18,
2528:21, 2586:3

**working** [9] -
2421:17, 2473:15,
2474:1, 2505:25,
2506:10, 2519:5,
2528:24, 2549:17,
2571:20

**works** [3] - 2491:6,
2523:10, 2583:11

**world** [2] - 2481:16,
2587:16

**world's** [1] - 2480:16

**world-class** [1] -
2481:16

**worried** [3] -
2550:18, 2550:21,
2553:18

**worry** [1] - 2489:25

**worse** [3] - 2421:15,
2421:21, 2519:3

**would** [225] -
2399:18, 2400:2,
2400:15, 2401:22,
2404:21, 2404:24,
2405:22, 2406:2,
2407:1, 2407:21,
2408:17, 2409:2,
2410:22, 2410:24,
2411:3, 2411:12,
2415:1, 2415:11,
2415:20, 2416:19,
2416:20, 2417:4,
2419:2, 2419:6,
2419:16, 2419:17,
2420:9, 2423:2,
2423:16, 2423:21,
2424:2, 2425:5,
2425:22, 2426:20,
2428:9, 2428:22,
2429:2, 2429:15,
2430:22, 2430:24,
2430:25, 2432:11,
2432:12, 2432:13,
2433:11, 2434:10,
2434:13, 2435:23,
2436:21, 2436:25,
2439:13, 2439:15,
2440:11, 2440:14,
2442:23, 2442:24,
2443:19, 2444:8,
2444:18, 2445:8,
2445:13, 2445:24,
2445:25, 2447:11,
2447:15, 2448:6,
2450:22, 2451:5,
2453:6, 2453:8,
2453:9, 2453:13,
2453:14, 2453:17,
2453:21, 2453:22,
2454:21, 2455:4,
2456:9, 2456:15,
2458:13, 2459:24,
2461:18, 2461:19,
2461:24, 2462:14,
2465:11, 2466:4,
2467:16, 2469:8,
2469:19, 2470:2,
2473:4, 2473:7,
2474:8, 2474:9,

2474:10, 2474:13,
2474:23, 2476:25,
2477:4, 2477:5,
2477:17, 2477:18,
2477:19, 2477:22,
2478:5, 2478:9,
2478:12, 2478:17,
2479:3, 2479:5,
2479:7, 2479:8,
2480:2, 2480:8,
2482:19, 2483:6,
2483:8, 2483:10,
2483:11, 2483:13,
2484:17, 2484:18,
2484:22, 2486:6,
2486:10, 2486:13,
2486:18, 2491:8,
2491:21, 2493:5,
2494:12, 2494:13,
2494:14, 2494:23,
2494:24, 2495:4,
2497:22, 2498:17,
2501:6, 2503:21,
2504:23, 2506:16,
2508:1, 2508:16,
2509:4, 2509:14,
2509:18, 2510:8,
2510:17, 2510:21,
2510:24, 2511:2,
2511:9, 2513:1,
2513:11, 2514:14,
2517:15, 2518:22,
2519:22, 2520:21,
2522:9, 2524:21,
2526:2, 2526:20,
2527:18, 2529:6,
2531:21, 2533:24,
2535:6, 2535:20,
2537:10, 2544:16,
2545:17, 2547:17,
2547:18, 2549:10,
2553:24, 2555:23,
2557:2, 2557:4,
2557:7, 2559:8,
2560:2, 2560:25,
2561:2, 2561:13,
2563:22, 2564:10,
2564:11, 2567:17,
2567:18, 2568:23,
2569:11, 2569:14,
2569:19, 2570:9,
2570:18, 2572:7,
2573:4, 2573:7,
2573:15, 2575:19,
2576:9, 2577:15,
2579:24, 2579:25,
2580:2, 2580:3,
2583:5, 2583:21,
2583:22, 2585:11,
2586:11, 2588:3,
2588:7, 2590:8,

2591:22

**wouldn't** [11] -
2406:25, 2446:9,
2446:14, 2453:18,
2453:23, 2478:10,
2501:25, 2510:3,
2526:25, 2570:22

**wrap** [1] - 2591:2

**WRIGHT** [1] - 2391:3

**write** [4] - 2434:4,
2558:24, 2563:12,
2582:19

**writes** [3] - 2496:4,
2587:15, 2588:22

**written** [2] - 2474:19,
2522:6

**wrong** [15] -
2437:19, 2442:15,
2454:24, 2456:5,
2458:8, 2471:2,
2471:6, 2560:22,
2560:23, 2561:2,
2562:18, 2562:24,
2563:2, 2577:11

**wrote** [3] - 2454:3,
2523:14, 2564:5

## X

**X** [1] - 2398:1

## Y

**yeah** [6] - 2426:23,
2520:17, 2523:5,
2526:15, 2528:19,
2585:8

**year** [2] - 2432:8,
2437:1

**years** [5] - 2426:14,
2512:22, 2528:22,
2528:23, 2564:12

**yep** [2] - 2552:10,
2565:13

**yes** [589] - 2401:4,
2403:16, 2403:19,
2403:25, 2404:17,
2405:3, 2405:6,
2405:9, 2405:16,
2405:24, 2406:1,
2406:8, 2406:16,
2407:6, 2407:14,
2407:19, 2407:24,
2408:4, 2408:7,
2408:13, 2408:16,
2408:23, 2409:4,
2409:6, 2409:10,
2409:13, 2409:18,
2409:21, 2410:5,

2410:25, 2411:5,
2411:14, 2411:17,
2411:21, 2412:4,
2412:11, 2413:6,
2413:10, 2413:16,
2413:25, 2414:3,
2414:7, 2415:7,
2415:10, 2415:11,
2415:15, 2415:23,
2416:1, 2416:3,
2416:7, 2416:9,
2416:12, 2417:4,
2417:8, 2417:13,
2417:18, 2417:21,
2418:7, 2418:11,
2418:15, 2418:21,
2419:1, 2419:6,
2419:19, 2419:22,
2419:24, 2420:4,
2420:12, 2420:15,
2421:9, 2421:13,
2422:9, 2422:17,
2422:22, 2423:1,
2423:5, 2424:8,
2424:16, 2424:19,
2425:1, 2425:8,
2425:12, 2425:17,
2425:24, 2426:8,
2426:19, 2427:16,
2427:18, 2427:23,
2428:8, 2428:13,
2429:9, 2429:14,
2429:23, 2430:3,
2430:7, 2430:9,
2430:12, 2430:21,
2430:24, 2431:4,
2431:6, 2432:5,
2432:10, 2432:15,
2432:25, 2433:6,
2434:3, 2434:5,
2434:24, 2435:2,
2435:7, 2435:14,
2435:22, 2436:4,
2436:8, 2436:24,
2437:9, 2437:12,
2438:3, 2438:5,
2438:11, 2438:18,
2439:22, 2440:13,
2440:16, 2440:19,
2440:22, 2441:2,
2441:5, 2441:15,
2441:19, 2442:2,
2442:4, 2443:3,
2443:6, 2443:12,
2443:14, 2444:2,
2444:10, 2446:1,
2446:6, 2446:10,
2446:23, 2447:4,
2447:10, 2447:20,
2448:10, 2449:4,
2449:8, 2449:18,

2450:4, 2451:12,
2451:14, 2451:17,
2451:20, 2452:3,
2452:6, 2452:20,
2453:12, 2453:16,
2453:19, 2454:2,
2454:8, 2454:12,
2455:9, 2455:17,
2456:8, 2456:11,
2456:14, 2457:6,
2457:14, 2457:24,
2459:16, 2460:20,
2461:6, 2461:12,
2461:16, 2461:21,
2462:4, 2462:7,
2462:10, 2463:16,
2463:18, 2463:25,
2464:4, 2464:10,
2464:25, 2465:13,
2465:19, 2466:25,
2468:17, 2468:21,
2470:22, 2470:24,
2471:4, 2471:5,
2471:9, 2471:12,
2471:19, 2472:14,
2472:21, 2472:24,
2473:9, 2473:11,
2473:14, 2473:17,
2473:20, 2473:24,
2474:7, 2474:9,
2474:12, 2475:12,
2475:18, 2475:19,
2475:22, 2475:25,
2476:5, 2476:8,
2476:11, 2476:20,
2477:3, 2477:22,
2477:23, 2478:3,
2478:7, 2478:11,
2478:16, 2479:2,
2479:9, 2479:11,
2479:14, 2479:19,
2479:22, 2480:7,
2480:13, 2480:15,
2480:17, 2480:23,
2480:25, 2481:2,
2481:4, 2481:6,
2481:14, 2481:18,
2481:21, 2481:25,
2482:4, 2482:9,
2483:7, 2483:17,
2483:23, 2484:2,
2484:5, 2484:11,
2485:5, 2485:7,
2485:12, 2485:18,
2485:21, 2485:24,
2486:1, 2486:16,
2486:21, 2487:1,
2487:5, 2487:8,
2487:17, 2488:9,
2488:14, 2489:13,
2489:17, 2490:20,

2490:25, 2491:15,
2491:17, 2492:14,
2492:21, 2492:25,
2493:3, 2493:13,
2493:17, 2493:21,
2494:3, 2494:7,
2494:10, 2494:14,
2494:24, 2495:5,
2495:8, 2495:11,
2495:15, 2495:19,
2496:2, 2496:10,
2496:14, 2496:25,
2497:2, 2497:5,
2497:9, 2497:13,
2497:15, 2497:17,
2497:19, 2497:21,
2498:2, 2498:8,
2498:15, 2498:16,
2498:20, 2499:19,
2499:22, 2500:5,
2501:12, 2501:24,
2502:8, 2502:10,
2502:13, 2502:16,
2502:19, 2502:22,
2503:12, 2503:19,
2504:5, 2504:13,
2505:10, 2505:15,
2505:18, 2505:21,
2506:15, 2506:22,
2506:25, 2507:5,
2507:7, 2508:7,
2508:12, 2508:18,
2508:24, 2509:2,
2509:5, 2509:9,
2509:15, 2509:17,
2511:17, 2511:20,
2512:13, 2512:21,
2512:25, 2513:14,
2513:18, 2513:24,
2514:17, 2515:2,
2515:5, 2515:7,
2515:10, 2515:22,
2516:1, 2516:6,
2516:8, 2516:10,
2516:17, 2516:19,
2516:22, 2517:3,
2517:10, 2517:11,
2518:4, 2518:10,
2518:13, 2518:16,
2518:19, 2518:21,
2519:1, 2519:4,
2520:6, 2520:23,
2521:6, 2521:15,
2521:18, 2522:5,
2522:8, 2522:17,
2522:23, 2523:3,
2523:12, 2523:16,
2523:23, 2523:25,
2524:2, 2524:8,
2524:10, 2524:15,
2525:2, 2525:18,

2525:22, 2525:25,
2526:10, 2526:19,
2526:22, 2527:6,
2527:11, 2527:25,
2528:6, 2528:8,
2528:17, 2529:17,
2530:6, 2530:12,
2531:21, 2532:10,
2533:25, 2535:12,
2535:17, 2535:23,
2535:24, 2536:2,
2536:5, 2536:8,
2536:16, 2536:18,
2536:20, 2536:22,
2537:1, 2537:3,
2537:9, 2537:15,
2537:25, 2538:2,
2538:17, 2538:20,
2539:2, 2539:8,
2539:16, 2541:2,
2542:16, 2543:21,
2544:3, 2544:18,
2544:22, 2544:25,
2545:3, 2545:5,
2545:8, 2545:10,
2545:13, 2545:20,
2546:6, 2546:16,
2547:3, 2547:6,
2547:11, 2547:13,
2547:16, 2547:20,
2547:24, 2548:3,
2548:25, 2549:2,
2549:5, 2549:9,
2549:13, 2550:2,
2550:16, 2551:9,
2551:11, 2551:14,
2551:16, 2551:20,
2552:4, 2552:8,
2553:8, 2553:12,
2553:15, 2553:19,
2554:8, 2554:13,
2555:19, 2556:3,
2556:6, 2556:8,
2557:4, 2557:18,
2558:3, 2558:21,
2558:23, 2559:10,
2559:14, 2559:18,
2559:21, 2560:10,
2560:15, 2561:15,
2561:20, 2562:20,
2562:23, 2563:1,
2563:4, 2563:7,
2563:10, 2563:16,
2563:18, 2564:11,
2565:1, 2565:5,
2565:8, 2565:12,
2565:15, 2565:17,
2565:20, 2565:23,
2566:1, 2566:3,
2566:9, 2566:12,
2566:17, 2567:2,

2567:15, 2567:20,
2567:25, 2568:6,
2569:17, 2569:21,
2569:23, 2570:1,
2570:12, 2570:16,
2571:25, 2572:4,
2572:9, 2572:16,
2572:22, 2573:1,
2573:13, 2573:24,
2574:15, 2574:20,
2575:3, 2575:21,
2576:18, 2577:4,
2577:9, 2578:7,
2578:14, 2578:25,
2579:5, 2579:13,
2580:6, 2580:11,
2581:6, 2581:12,
2581:21, 2581:24,
2582:3, 2582:12,
2582:18, 2582:23,
2583:4, 2583:8,
2583:25, 2584:12,
2584:17, 2584:20,
2585:3, 2585:6,
2585:15, 2585:24,
2586:1, 2586:4,
2586:20, 2587:5,
2587:10, 2587:14,
2587:22, 2588:6,
2588:13, 2588:18,
2588:21, 2589:13,
2589:17, 2589:20,
2590:16, 2590:21,
2591:4, 2591:8,
2591:11, 2591:13,
2591:16

**yesterday** [51] -
2399:11, 2399:25,
2400:1, 2401:11,
2403:12, 2404:15,
2405:13, 2408:8,
2408:10, 2410:16,
2414:4, 2425:23,
2427:9, 2430:5,
2430:19, 2443:23,
2450:7, 2469:6,
2469:10, 2469:21,
2469:22, 2470:20,
2472:22, 2481:11,
2486:25, 2489:11,
2492:1, 2492:12,
2498:9, 2500:19,
2507:21, 2538:10,
2547:25, 2548:9,
2548:13, 2549:24,
2549:25, 2551:12,
2553:7, 2557:19,
2571:8, 2572:17,
2577:5, 2577:25,
2578:23, 2584:11,
2584:13, 2584:15,

2584:18, 2590:19,
2592:6

**yet** [4] - 2439:24,
2450:16, 2480:5,
2540:18

**yield** [1] - 2523:14

**YOAKUM** [1] -
2392:18

**you** [980] - 2399:14,
2399:19, 2399:21,
2400:21, 2401:3,
2401:9, 2401:17,
2403:9, 2403:11,
2403:12, 2403:13,
2403:14, 2403:17,
2403:20, 2403:23,
2404:2, 2404:3,
2404:11, 2404:13,
2404:15, 2404:21,
2405:7, 2405:13,
2405:17, 2405:18,
2405:22, 2406:2,
2406:9, 2406:10,
2407:3, 2407:5,
2407:8, 2407:18,
2407:20, 2408:1,
2408:8, 2408:10,
2408:14, 2408:17,
2408:22, 2409:5,
2409:11, 2409:23,
2410:11, 2410:16,
2410:21, 2410:22,
2411:12, 2411:19,
2411:22, 2412:2,
2412:23, 2413:4,
2413:7, 2413:14,
2413:15, 2413:17,
2413:19, 2413:20,
2414:4, 2414:6,
2414:8, 2414:22,
2415:1, 2415:9,
2415:17, 2415:21,
2415:22, 2415:24,
2416:2, 2416:6,
2416:8, 2416:10,
2416:15, 2416:16,
2416:19, 2417:2,
2417:10, 2417:12,
2417:20, 2417:22,
2417:25, 2418:22,
2418:24, 2419:2,
2419:8, 2419:16,
2419:17, 2420:3,
2420:9, 2421:16,
2421:22, 2422:3,
2422:22, 2423:2,
2423:6, 2423:13,
2423:16, 2423:21,
2423:23, 2423:25,
2424:2, 2424:6,
2424:13, 2425:2,

2425:3, 2425:4,
2425:5, 2425:18,
2425:19, 2425:22,
2426:5, 2426:8,
2426:13, 2426:14,
2426:17, 2426:20,
2426:23, 2427:2,
2427:5, 2427:9,
2428:4, 2428:9,
2428:17, 2428:20,
2428:23, 2429:4,
2429:7, 2429:10,
2429:15, 2430:5,
2430:14, 2430:15,
2430:19, 2430:22,
2430:25, 2431:11,
2431:16, 2431:20,
2431:23, 2432:11,
2432:18, 2432:22,
2432:23, 2433:1,
2433:4, 2433:7,
2433:8, 2433:12,
2433:13, 2433:16,
2433:17, 2433:23,
2433:25, 2434:4,
2434:6, 2434:10,
2434:13, 2434:18,
2434:19, 2434:25,
2435:1, 2435:3,
2435:4, 2435:5,
2435:12, 2436:1,
2436:2, 2436:13,
2436:15, 2436:17,
2436:21, 2436:22,
2436:23, 2436:25,
2437:6, 2437:7,
2437:8, 2437:10,
2437:13, 2437:18,
2437:20, 2437:22,
2437:23, 2438:1,
2438:12, 2438:20,
2439:1, 2439:3,
2439:4, 2439:10,
2439:13, 2439:25,
2440:6, 2440:11,
2440:14, 2441:3,
2441:8, 2442:7,
2442:12, 2442:17,
2442:20, 2442:23,
2443:1, 2443:4,
2443:15, 2443:16,
2443:19, 2443:23,
2444:3, 2444:4,
2444:8, 2444:14,
2444:15, 2444:24,
2445:1, 2445:4,
2445:8, 2445:13,
2445:17, 2445:18,
2445:21, 2445:24,
2446:4, 2446:7,
2446:11, 2446:16,

2446:25, 2447:5,
2447:15, 2447:17,
2447:18, 2447:19,
2447:21, 2448:2,
2448:6, 2448:7,
2448:11, 2448:14,
2448:24, 2449:5,
2449:19, 2449:22,
2450:22, 2451:2,
2451:4, 2451:5,
2451:16, 2451:18,
2451:21, 2452:7,
2452:12, 2452:17,
2452:24, 2453:8,
2453:10, 2453:13,
2453:14, 2453:17,
2453:18, 2453:20,
2453:21, 2453:23,
2453:24, 2453:25,
2454:1, 2454:20,
2454:21, 2455:3,
2455:4, 2455:10,
2455:11, 2455:14,
2455:15, 2455:18,
2455:20, 2455:22,
2456:6, 2456:9,
2456:15, 2456:20,
2456:22, 2457:2,
2457:7, 2457:11,
2457:12, 2457:13,
2457:22, 2457:25,
2458:4, 2458:7,
2458:11, 2458:13,
2458:18, 2458:24,
2458:25, 2459:22,
2459:23, 2460:4,
2460:18, 2460:22,
2460:25, 2461:2,
2461:3, 2461:7,
2461:17, 2461:18,
2461:23, 2461:24,
2462:3, 2462:5,
2462:8, 2462:14,
2462:16, 2462:18,
2462:19, 2462:21,
2463:3, 2463:9,
2463:14, 2463:15,
2463:23, 2464:3,
2464:5, 2464:8,
2464:11, 2464:13,
2464:18, 2465:4,
2465:11, 2465:14,
2465:17, 2465:23,
2466:2, 2466:16,
2466:18, 2466:20,
2466:23, 2467:1,
2467:12, 2467:13,
2467:16, 2467:17,
2467:23, 2468:5,
2468:11, 2468:13,
2468:14, 2469:7,

2469:14, 2469:18,
2469:22, 2470:2,
2470:5, 2470:6,
2470:8, 2470:14,
2470:17, 2470:20,
2471:1, 2471:3,
2471:13, 2471:15,
2471:16, 2471:20,
2471:23, 2471:25,
2472:6, 2472:7,
2472:22, 2472:25,
2473:4, 2473:8,
2473:10, 2473:18,
2474:4, 2474:22,
2475:4, 2475:7,
2475:10, 2475:14,
2475:17, 2475:24,
2476:12, 2476:13,
2476:18, 2476:24,
2476:25, 2477:4,
2477:10, 2477:11,
2477:12, 2477:13,
2477:14, 2477:23,
2477:25, 2478:8,
2478:10, 2478:18,
2479:3, 2479:5,
2479:7, 2479:12,
2480:4, 2480:11,
2480:18, 2480:20,
2481:11, 2481:12,
2481:13, 2482:6,
2483:1, 2483:3,
2483:6, 2483:8,
2483:13, 2483:16,
2483:18, 2483:25,
2484:1, 2484:4,
2484:10, 2484:22,
2485:2, 2485:12,
2485:17, 2486:3,
2486:6, 2486:13,
2486:18, 2486:19,
2486:24, 2487:2,
2487:9, 2487:15,
2487:18, 2487:21,
2487:24, 2488:5,
2488:7, 2488:10,
2488:19, 2488:24,
2488:25, 2489:3,
2489:6, 2489:7,
2489:11, 2489:14,
2489:16, 2489:24,
2490:17, 2490:24,
2491:1, 2491:5,
2491:23, 2492:1,
2492:2, 2492:11,
2492:13, 2492:19,
2493:2, 2493:5,
2493:13, 2493:15,
2493:18, 2493:22,
2494:1, 2494:11,
2494:13, 2494:14,

2494:20, 2494:22,
2494:23, 2495:3,
2495:4, 2495:6,
2495:9, 2495:17,
2495:18, 2495:19,
2496:8, 2496:14,
2496:16, 2496:19,
2496:23, 2497:6,
2497:9, 2497:22,
2498:6, 2498:7,
2498:9, 2498:17,
2498:20, 2499:11,
2499:13, 2499:14,
2499:17, 2499:21,
2500:2, 2500:6,
2500:7, 2500:9,
2500:12, 2500:13,
2500:16, 2500:23,
2500:25, 2501:2,
2501:6, 2501:11,
2501:16, 2501:25,
2502:11, 2502:14,
2502:15, 2502:17,
2502:20, 2502:21,
2502:25, 2503:17,
2503:20, 2503:21,
2503:23, 2504:6,
2504:12, 2504:20,
2504:21, 2505:3,
2505:8, 2505:9,
2505:11, 2506:3,
2506:4, 2506:6,
2506:7, 2506:13,
2506:14, 2506:16,
2506:21, 2506:23,
2507:2, 2507:17,
2508:2, 2508:13,
2509:7, 2509:14,
2509:18, 2509:22,
2509:24, 2510:3,
2510:5, 2510:8,
2510:17, 2510:21,
2511:2, 2512:18,
2512:19, 2512:22,
2513:2, 2513:6,
2513:7, 2513:12,
2513:19, 2514:1,
2514:6, 2514:7,
2514:8, 2514:9,
2514:14, 2514:23,
2514:25, 2515:3,
2515:4, 2515:6,
2515:18, 2517:9,
2517:25, 2518:3,
2518:5, 2518:11,
2519:6, 2519:17,
2519:24, 2520:1,
2520:2, 2521:3,
2521:5, 2521:7,
2521:25, 2522:4,
2522:19, 2522:24,

2523:6, 2523:7,
2523:18, 2523:21,
2524:1, 2525:13,
2525:17, 2526:6,
2526:11, 2526:14,
2526:16, 2526:18,
2526:21, 2526:23,
2527:5, 2527:7,
2527:13, 2527:16,
2528:1, 2528:3,
2528:5, 2528:9,
2528:16, 2528:18,
2528:20, 2528:22,
2528:25, 2529:1,
2529:3, 2529:7,
2529:10, 2529:12,
2529:15, 2529:18,
2529:24, 2529:25,
2530:3, 2530:7,
2530:16, 2531:5,
2531:19, 2532:9,
2532:10, 2532:12,
2532:15, 2532:16,
2533:23, 2534:6,
2535:7, 2535:18,
2535:22, 2535:25,
2536:3, 2536:6,
2536:11, 2536:19,
2537:10, 2537:11,
2537:19, 2538:9,
2538:14, 2538:15,
2538:21, 2538:23,
2539:3, 2539:12,
2539:20, 2539:24,
2540:2, 2540:6,
2540:7, 2540:12,
2541:2, 2541:14,
2541:16, 2541:24,
2543:9, 2543:20,
2544:1, 2544:12,
2544:17, 2544:21,
2545:15, 2545:16,
2545:21, 2546:3,
2546:11, 2546:14,
2546:20, 2546:23,
2547:2, 2547:25,
2548:1, 2548:4,
2548:5, 2548:8,
2548:9, 2548:12,
2548:14, 2548:18,
2548:24, 2549:15,
2549:23, 2549:25,
2550:19, 2550:25,
2551:6, 2551:10,
2551:12, 2551:21,
2552:1, 2552:2,
2552:3, 2552:5,
2552:14, 2552:16,
2553:5, 2553:6,
2553:10, 2553:13,
2553:16, 2553:17,

2553:24, 2554:13,
2554:16, 2554:21,
2555:4, 2555:5,
2556:15, 2556:16,
2556:17, 2556:18,
2556:23, 2556:25,
2557:2, 2557:3,
2557:5, 2557:6,
2557:8, 2557:11,
2557:20, 2558:4,
2558:6, 2558:8,
2558:17, 2558:20,
2558:22, 2559:1,
2559:8, 2559:11,
2559:13, 2560:1,
2560:4, 2560:9,
2560:14, 2560:25,
2561:2, 2561:5,
2561:8, 2561:12,
2561:18, 2561:21,
2561:25, 2562:2,
2562:15, 2562:16,
2562:21, 2562:22,
2563:2, 2563:5,
2563:12, 2564:5,
2564:10, 2564:12,
2564:23, 2564:25,
2565:2, 2565:13,
2566:3, 2566:25,
2567:3, 2567:5,
2567:6, 2567:12,
2567:17, 2567:18,
2568:18, 2568:22,
2569:2, 2569:9,
2569:10, 2569:19,
2570:9, 2570:17,
2570:18, 2570:19,
2570:21, 2570:24,
2571:2, 2571:3,
2571:7, 2571:8,
2571:11, 2571:13,
2571:16, 2571:22,
2572:1, 2572:19,
2572:20, 2573:3,
2573:4, 2573:15,
2573:19, 2573:20,
2574:12, 2574:21,
2575:5, 2575:6,
2575:13, 2576:13,
2576:16, 2576:17,
2576:19, 2576:22,
2577:6, 2577:10,
2577:11, 2577:23,
2578:1, 2578:23,
2579:6, 2579:9,
2579:11, 2579:12,
2579:14, 2579:16,
2580:1, 2580:2,
2580:3, 2580:9,
2580:12, 2580:15,
2580:18, 2581:2,

2581:4, 2581:5,
2581:7, 2581:10,
2581:17, 2581:18,
2581:20, 2581:22,
2582:2, 2582:6,
2582:14, 2582:23,
2583:6, 2583:9,
2583:13, 2583:16,
2583:17, 2583:22,
2583:23, 2584:6,
2584:11, 2584:15,
2584:18, 2584:24,
2585:1, 2585:4,
2585:8, 2585:13,
2585:16, 2586:8,
2587:4, 2587:9,
2587:22, 2588:3,
2588:9, 2588:10,
2588:20, 2589:13,
2589:14, 2589:21,
2590:10, 2590:11,
2590:18, 2592:2,
2592:4, 2592:5

**you'll** [7] - 2421:25,
2430:18, 2470:12,
2497:1, 2497:3,
2524:24, 2567:11

**you're** [66] - 2408:15,
2409:22, 2410:7,
2420:5, 2421:10,
2421:18, 2430:16,
2431:2, 2431:7,
2431:17, 2431:24,
2433:11, 2439:24,
2442:15, 2444:11,
2447:17, 2448:15,
2449:6, 2449:11,
2449:12, 2460:2,
2460:24, 2470:4,
2474:18, 2475:16,
2482:21, 2487:6,
2496:1, 2496:23,
2498:16, 2501:25,
2511:4, 2511:6,
2511:14, 2514:18,
2520:4, 2520:13,
2523:17, 2525:13,
2525:19, 2529:21,
2536:9, 2538:10,
2538:16, 2549:14,
2552:5, 2552:17,
2555:18, 2557:22,
2558:5, 2558:10,
2558:14, 2564:1,
2564:16, 2564:18,
2568:2, 2569:5,
2572:23, 2573:4,
2573:14, 2577:1,
2578:22, 2588:9,
2588:11, 2592:3

**you've** [31] -

2412:19, 2422:23,
2441:6, 2445:17,
2445:21, 2459:3,
2469:5, 2469:10,
2474:5, 2477:7,
2483:18, 2483:22,
2485:6, 2487:11,
2496:13, 2510:6,
2512:12, 2521:4,
2521:24, 2523:24,
2526:11, 2530:24,
2552:24, 2554:9,
2554:12, 2554:14,
2555:23, 2564:2,
2569:5, 2583:12,
2587:2

**YOUNG** [1] - 2393:23
**your** [227] - 2399:9,
2399:10, 2399:14,
2399:23, 2400:7,
2400:21, 2400:22,
2401:4, 2402:1,
2402:7, 2402:13,
2402:19, 2403:3,
2403:12, 2403:23,
2404:1, 2405:15,
2406:9, 2407:25,
2409:8, 2410:2,
2410:6, 2410:16,
2411:16, 2412:15,
2412:23, 2413:5,
2413:12, 2414:9,
2414:13, 2414:22,
2418:12, 2418:22,
2423:6, 2425:19,
2427:25, 2428:20,
2436:1, 2436:2,
2437:7, 2437:22,
2440:7, 2441:4,
2442:11, 2442:21,
2443:15, 2446:24,
2447:13, 2447:14,
2448:14, 2448:21,
2449:9, 2449:19,
2450:22, 2454:15,
2455:15, 2456:6,
2457:9, 2457:22,
2458:14, 2460:13,
2460:24, 2461:13,
2461:25, 2462:11,
2463:3, 2466:3,
2466:13, 2466:18,
2466:19, 2466:23,
2467:1, 2467:3,
2467:6, 2467:8,
2467:12, 2467:15,
2468:10, 2468:14,
2468:18, 2468:22,
2469:1, 2469:6,
2469:7, 2469:11,
2470:20, 2470:23,

2471:1, 2471:6,
2471:13, 2471:14,
2472:6, 2472:15,
2473:3, 2473:12,
2474:5, 2475:13,
2476:1, 2477:13,
2477:15, 2478:4,
2486:23, 2487:4,
2487:16, 2487:24,
2488:19, 2488:20,
2488:24, 2489:8,
2489:18, 2493:4,
2498:9, 2499:2,
2499:23, 2499:24,
2502:12, 2503:3,
2503:25, 2504:21,
2504:25, 2505:3,
2505:9, 2505:11,
2505:22, 2510:7,
2511:2, 2512:24,
2514:12, 2514:22,
2516:18, 2519:6,
2519:21, 2520:21,
2525:3, 2526:12,
2528:24, 2529:23,
2531:19, 2532:10,
2532:13, 2533:2,
2533:23, 2534:1,
2534:16, 2535:7,
2535:8, 2535:13,
2538:9, 2538:21,
2538:22, 2539:7,
2539:12, 2540:14,
2540:15, 2540:17,
2541:1, 2541:3,
2541:7, 2541:18,
2541:20, 2541:23,
2542:12, 2542:16,
2545:17, 2545:21,
2550:6, 2550:8,
2551:1, 2551:16,
2552:24, 2553:1,
2554:9, 2555:17,
2557:5, 2558:13,
2558:16, 2559:16,
2561:16, 2562:3,
2563:6, 2563:8,
2563:11, 2563:12,
2563:17, 2563:20,
2563:25, 2564:12,
2564:19, 2570:17,
2570:24, 2572:19,
2573:21, 2574:8,
2574:12, 2574:18,
2574:24, 2575:1,
2575:3, 2575:12,
2575:17, 2575:22,
2577:14, 2578:19,
2583:10, 2583:17,
2584:11, 2584:22,
2585:2, 2586:5,

2586:23, 2586:25,
2588:8, 2590:1,
2590:13, 2590:22,
2591:6, 2591:17,
2591:24, 2592:2,
2592:4, 2592:5

**yours** [1] - 2471:18
**yourself** [4] -
2482:18, 2531:2,
2556:24, 2557:13

## Z

**zero** [4] - 2431:9,
2431:10, 2440:4,
2457:4
**zonal** [10] - 2404:16,
2404:23, 2405:2,
2406:3, 2406:20,
2406:25, 2407:4,
2410:23, 2415:2,
2471:10
**zone** [10] - 2492:19,
2495:21, 2496:5,
2504:4, 2522:20,
2550:6, 2550:14,
2552:21, 2554:2,
2561:23
**Zone** [3] - 2444:6,
2502:20, 2503:10
**zones** [1] - 2495:2

---

"

**"MIKE"** [1] - 2395:3