1                      UNITED STATES DISTRICT COURT

2                      EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY THE OIL RIG  *   Docket 10-MD-2179
     *DEEPWATER HORIZON* IN THE         *
5    GULF OF MEXICO ON APRIL 20, 2010  *   Section J
                                        *
6    Applies to:                        *   New Orleans, Louisiana
                                        *
7    Docket 10-CV-02771,                *   March 7, 2013
     *IN RE:   THE COMPLAINT AND*        *
8    *PETITION OF TRITON ASSET*          *
     *LEASING GmbH, et al*               *
9                                        *
     Docket 10-CV-4536,                 *
10   *UNITED STATES OF AMERICA v.*       *
     *BP EXPLORATION & PRODUCTION,*      *
11   *INC., et al*                       *
                                        *
12   * * * * * * * * * * * * * * * * * *

13

14                      DAY 8, AFTERNOON SESSION
                     TRANSCRIPT OF NONJURY TRIAL
15              BEFORE THE HONORABLE CARL J. BARBIER
                     UNITED STATES DISTRICT JUDGE

16

17   <u>Appearances</u>:

18

19   For the Plaintiffs:          Domengeaux Wright Roy
                                     & Edwards, LLC
                                  BY:  JAMES P. ROY, ESQ.
20                                556 Jefferson Street, Suite 500
                                  Post Office Box 3668
21                                Lafayette, Louisiana 70502

22

23   For the Plaintiffs:          Herman Herman & Katz, LLC
                                  BY:  STEPHEN J. HERMAN, ESQ.
                                  820 O'Keefe Avenue
24                                New Orleans, Louisiana 70113

25

                          OFFICIAL TRANSCRIPT

1    Appearances:

2

3    For the Plaintiffs:              Cunningham Bounds, LLC
                                       BY:  ROBERT T. CUNNINGHAM, ESQ.
                                       1601 Dauphin Street
4                                      Mobile, Alabama 36604

5

6    For the Plaintiffs:              Lewis Kullman Sterbcow & Abramson
                                       BY:  PAUL M. STERBCOW, ESQ.
                                       601 Poydras Street, Suite 2615
7                                      New Orleans, Louisiana 70130

8

9    For the Plaintiffs:              Breit Drescher Imprevento
                                         & Walker, PC
                                       BY:  JEFFREY A. BREIT, ESQ.
10                                     600 22nd Street, Suite 402
                                       Virginia Beach, Virginia 23451

11

12   For the Plaintiffs:              Leger & Shaw
                                       BY:  WALTER J. LEGER JR., ESQ.
13                                     600 Carondelet Street, 9th Floor
                                       New Orleans, Louisiana 70130

14

15   For the Plaintiffs:              Watts Guerra Craft, LLP
                                       BY:  MIKAL C. WATTS, ESQ.
16                                     4 Dominion Drive
                                       Building 3, Suite 100
17                                     San Antonio, Texas 78257

18

19   For the Plaintiffs:              Williams Law Group, LLC
                                       BY:  CONRAD "DUKE" WILLIAMS, ESQ.
                                       435 Corporate Drive, Suite 101
20                                     Houma, Louisiana 70360

21

22   For the Plaintiffs:              Thornhill Law Firm
                                       BY:  TOM THORNHILL, ESQ.
                                       1308 Ninth Street
23                                     Slidell, Louisiana 70458

24

25

                              OFFICIAL TRANSCRIPT

```
 1   Appearances:

 2   For the Plaintiffs:              deGravelles Palmintier Holthaus
                                        & Frugé, LLP
 3                                    BY:   JOHN W. DEGRAVELLES, ESQ.
                                      618 Main Street
 4                                    Baton Rouge, Louisiana 70801

 5
     For the Plaintiffs:              Williamson & Rusnak
 6                                    BY:   JIMMY WILLIAMSON, ESQ.
                                      4310 Yoakum Boulevard
 7                                    Houston, Texas 77006

 8
     For the Plaintiffs:              Irpino Law Firm
 9                                    BY:   ANTHONY IRPINO, ESQ.
                                      2216 Magazine Street
10                                    New Orleans, Louisiana 70130

11
     For the United States           U.S. Department of Justice
12   of America:                     Torts Branch, Civil Division
                                      BY:   R. MICHAEL UNDERHILL, ESQ.
13                                    450 Golden Gate Avenue
                                      7-5395 Federal Bldg., Box 36028
14                                    San Francisco, California 94102

15
     For the United States           U.S. Department of Justice
16   of America:                     Environment & Natural Resources
                                      Environmental Enforcement Section
17                                    BY:   STEVEN O'ROURKE, ESQ.
                                            SCOTT CERNICH, ESQ.
18                                          DEANNA CHANG, ESQ.
                                            RACHEL HANKEY, ESQ.
19                                          A. NATHANIEL CHAKERES, ESQ.
                                      Post Office Box 7611
20                                    Washington, D.C. 20044

21
     For the United States           U.S. Department of Justice
22   of America:                     Torts Branch, Civil Division
                                      BY:   JESSICA McCLELLAN, ESQ.
23                                          MICHELLE DELEMARRE, ESQ.
                                            JESSICA SULLIVAN, ESQ.
24                                          SHARON SHUTLER, ESQ.
                                            MALINDA LAWRENCE, ESQ.
25                                    Post Office Box 14271
                                      Washington, D.C. 20004
```

OFFICIAL TRANSCRIPT

```
1   Appearances:

2
    For the United States        U.S. Department of Justice
3   of America:                  Fraud Section
                                 Commercial Litigation Branch
4                                BY:  DANIEL SPIRO, ESQ.
                                      KELLEY HAUSER, ESQ.
5                                     ELIZABETH YOUNG, ESQ.
                                 Ben Franklin Station
6                                Washington, D.C. 20044

7
    For the State of             Attorney General of Alabama
8   Alabama:                     BY:  LUTHER STRANGE, ESQ.
                                      COREY L. MAZE, ESQ.
9                                     WINFIELD J. SINCLAIR, ESQ.
                                 500 Dexter Avenue
10                               Montgomery, Alabama 36130

11
    For the State of             Attorney General of Louisiana
12  Louisiana:                   BY:  JAMES D. CALDWELL, ESQ.
                                 1885 North Third Street
13                               Post Office Box 94005
                                 Baton Rouge, Louisiana 70804
14

15  For the State of             Kanner & Whiteley, LLC
    Louisiana:                   BY:  ALLAN KANNER, ESQ.
16                                    DOUGLAS R. KRAUS, ESQ.
                                 701 Camp Street
17                               New Orleans, Louisiana 70130

18
    For BP Exploration &         Liskow & Lewis, APLC
19  Production Inc.,             BY:  DON K. HAYCRAFT, ESQ.
    BP America Production        701 Poydras Street, Suite 5000
20  Company, BP PLC:             New Orleans, Louisiana 70139

21
    For BP Exploration &         Kirkland & Ellis, LLP
22  Production Inc.,             BY:  J. ANDREW LANGAN, ESQ.
    BP America Production             HARIKLIA "CARRIE" KARIS, ESQ.
23  Company, BP PLC:                  MATTHEW T. REGAN, ESQ.
                                 300 N. Lasalle
24                               Chicago, Illinois 60654

25
```

OFFICIAL TRANSCRIPT

```
 1    Appearances:

 2
      For BP Exploration &            Covington & Burling, LLP
 3    Production Inc.,                BY:  ROBERT C. "MIKE" BROCK, ESQ.
      BP America Production           1201 Pennsylvania Avenue, NW
 4    Company, BP PLC:                Washington, D.C. 20004

 5
      For Transocean Holdings         Frilot, LLC
 6    LLC, Transocean Offshore        BY:  KERRY J. MILLER, ESQ.
      Deepwater Drilling Inc.,        1100 Poydras Street, Suite 3700
 7    Transocean Deepwater Inc.:      New Orleans, Louisiana 70163

 8
      For Transocean Holdings         Sutherland Asbill & Brennan, LLP
 9    LLC, Transocean Offshore        BY:  STEVEN L. ROBERTS, ESQ.
      Deepwater Drilling Inc.,             RACHEL G. CLINGMAN, ESQ.
10    Transocean Deepwater Inc.:      1001 Fannin Street, Suite 3700
                                      Houston, Texas 77002
11
      For Transocean Holdings         Munger Tolles & Olson, LLP
12    LLC, Transocean Offshore        BY:  MICHAEL R. DOYEN, ESQ.
13    Deepwater Drilling Inc.,             BRAD D. BRIAN, ESQ.
      Transocean Deepwater Inc.:           LUIS LI, ESQ.
14                                    335 S. Grand Avenue, 35th Floor
                                      Los Angeles, California 90071
15
      For Transocean Holdings         Mahtook & Lafleur
16    LLC, Transocean Offshore        BY:  RICHARD J. HYMEL, ESQ.
17    Deepwater Drilling Inc.,        600 Jefferson Street, Suite 1000
      Transocean Deepwater Inc.:      Post Office Box 3089
18                                    Lafayette, Louisiana 70501

19
      For Transocean Holdings         Hughes Arrell Kinchen, LLP
20    LLC, Transocean Offshore        BY:  JOHN KINCHEN, ESQ.
      Deepwater Drilling Inc.,        2211 Norfolk, Suite 1110
21    Transocean Deepwater Inc.:      Houston, Texas 77098

22
      For Cameron International       Stone Pigman Walther Wittmann, LLC
23    Corporation:                    BY:  PHILLIP A. WITTMANN, ESQ.
                                      546 Carondelet Street
24                                    New Orleans, Louisiana 70130

25
```

OFFICIAL TRANSCRIPT

```
 1    Appearances:

 2
      For Cameron International      Beck Redden & Secrest, LLP
 3    Corporation:                   BY:   DAVID J. BECK, ESQ.
                                           DAVID W. JONES, ESQ.
 4                                         GEOFFREY GANNAWAY, ESQ.
                                           ALEX B. ROBERTS, ESQ.
 5                                   1221 McKinney Street, Suite 4500
                                     Houston, Texas 77010
 6

 7    For Halliburton Energy         Godwin Lewis, PC
      Services, Inc.:                BY:   DONALD E. GODWIN, ESQ.
 8                                         BRUCE W. BOWMAN JR., ESQ.
                                           FLOYD R. HARTLEY JR., ESQ.
 9                                         GAVIN HILL, ESQ.
                                     1201 Elm Street, Suite 1700
10                                   Dallas, Texas 75270

11
      For Halliburton Energy:       Godwin Lewis, PC
12    Services, Inc.:               BY:   JERRY C. VON STERNBERG, ESQ.
                                     1331 Lamar, Suite 1665
13                                   Houston, Texas 77010

14
      For M-I, LLC:                  Morgan Lewis & Bockius
15                                   BY:   HUGH E. TANNER, ESQ.
                                           DENISE SCOFIELD, ESQ.
16                                         JOHN C. FUNDERBURK, ESQ.
                                     1000 Louisiana Street, Suite 4000
17                                   Houston, Texas 77002

18
      Official Court Reporter:       Jodi Simcox, RMR, FCRR
19                                   500 Poydras Street, Room HB-406
                                     New Orleans, Louisiana 70130
20                                   (504) 589-7780
                                     Jodi_Simcox@laed.uscourts.gov
21

22

23

24    Proceedings recorded by mechanical stenography using
      computer-aided transcription software.
25
```

                          OFFICIAL TRANSCRIPT

1                    <u>I N D E X</u>

2                                          <u>Page</u>

3
David Calvert
4      Direct Examination By Mr. Breit:        2606
       Direct Examination By Mr. Regan:        2625
5      Cross-Examination By Mr. Hill:          2628

6  Rory Davis
       Direct Examination By Ms. Chang:        2637
7      Cross-Examination By Mr. Williamson:    2672
       Cross-Examination By Mr. Doyen:         2712

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**AFTERNOON SESSION**

**(March 7, 2013)**

\* \* \* \* \*

01:19   THE DEPUTY CLERK:  All rise.

01:39   THE COURT:  All right.  Please, be seated, everyone.

01:39   Before we call the next witness, do you all want to offer exhibits relating to Mr. Benge?  I'm thinking we should try to do that today because -- so that Judge Shushan can get those all marshaled this afternoon.

01:39   MR. BRIAN:  Before we get to Benge, Your Honor, I was actually going to offer some exhibits we used during the cross-examination of Mr. Heenan.  They've been circulated by e-mail.  We've not heard of any objections.  I think there's nine exhibits.  They're all individual call-outs, and there's two demonstratives.  I'll give those to --

01:39   THE COURT:  This is Transocean's exhibits relating to Mr. Heenan's examination.  Any objections?

01:39   Okay.  Without objection, those are admitted.

01:39   MR. BRIAN:  And then secondly, Your Honor, in preparing for the marshaling conference yesterday, we realized -- we had a discussion about protocol to meet Your Honor's wishes to get call-outs and individual pages where it's possible.  I went back and looked at what we did for Mr. Bly, and we were not specific enough.  We were a little ambiguous.

01:40  1             So I went back and redid it to make clear that

01:40  2   in most cases we're just offering the call-out.  So I have a

01:40  3   new list.  It's been e-mailed around.  I don't know if

01:40  4   everyone's had a chance to review it yet.  But I wanted to give

01:40  5   it to the clerk.  Our plan is to get it resolved prior to the

01:40  6   marshaling conference today so Magistrate Shushan can take care

01:40  7   of it.

01:40  8             **THE COURT:**  You just reduced the number of pages, is

01:40  9   what you did.

01:40  10             **MR. BRIAN:**  I did.

01:40  11             **THE COURT:**  That's good.

01:40  12             I'll say this one more time.  I can't believe

01:40  13   how much confusion you all have about these exhibits.  Because

01:40  14   I just had another conversation with Judge Shushan during the

01:40  15   lunch hour.  It seems like we keep saying the same thing over

01:40  16   and over again, as far as I'm concerned.

01:40  17             When you all use a page from an exhibit or

01:40  18   something, I don't want the entire document in; I want just

01:41  19   that page and maybe a cover page to explain what the document

01:41  20   is.  I can always -- if I need context, I can always go find

01:41  21   the entire exhibit later, if I need to.  But I don't want to

01:41  22   clutter up this trial record with voluminous documents if we're

01:41  23   just really looking at a page or two here or there.

01:41  24             **MR. BRIAN:**  That's precisely, Your Honor, the

01:41  25   protocol that the parties discussed last night and have agreed

01:41  1   to and will present to Magistrate Shushan.

01:41  2        THE COURT:  Very good.

01:41  3        MR. BRIAN:  I'm giving the revised list to your

01:41  4   clerk.

01:41  5        THE COURT:  For the record, these are Transocean's

01:41  6   revisions to the list of exhibits relating to Mr. Bly; correct?

01:41  7        MR. BRIAN:  Correct, Your Honor.

01:41  8        THE COURT:  Thank you.

01:41  9        MR. IRPINO:  Anthony Irpino for the PSC, Your Honor.

01:41  10  We received BP's list of exhibits for Ronnie Sepulvado's

01:41  11  examination.

01:41  12       THE COURT:  Sepulvado.

01:41  13       MR. IRPINO:  Sepulvado, I'm sorry.

01:41  14            There was one exhibit that we had an issue with

01:41  15  on the entire list.  The rest of the list is fine.  We e-mailed

01:42  16  BP, and they said they would get back to us shortly.

01:42  17       THE COURT:  Okay.  Well, we need to get all these

01:42  18  resolved this afternoon by 5:00.  I'd like to get that done.

01:42  19       MR. IRPINO:  Yes, Your Honor.

01:42  20       THE COURT:  Anything else on exhibits?

01:42  21       MR. CERNICH:  Your Honor, Scott Cernich for the

01:42  22  United States.  The marshaling conference, as we understand, is

01:42  23  the exhibits that have come in through Tuesday for today's

01:42  24  conference, and the exhibits from Mr. Benge will be handled at

01:42  25  the marshaling conference next week.  So we need to circulate

OFFICIAL TRANSCRIPT

01:42  1    our list to the parties.

01:42  2              THE COURT:  Wait.  The marshaling conference is

01:42  3    through Tuesday?

01:42  4              MR. UNDERHILL:  Wednesday.

01:42  5              MR. NOMELLINI:  Through Wednesday, I'm sorry, Your

01:42  6    Honor.

01:42  7              THE COURT:  Who decided that?

01:42  8              MR. STERBCOW:  Judge Shushan.

01:42  9              THE COURT:  It would be nice if she would tell me

01:42  10   that or somebody would tell me that so I know what's going on.

01:42  11             MR. BROCK:  I'm just going to hand up my list for

01:42  12   Mr. Heenan that I discussed this morning.  Your Honor has

01:42  13   already referenced that those are admitted, but I had not

01:42  14   handed them up.

01:43  15             THE DEPUTY CLERK:  This is the one that PSC just said

01:43  16   you had a problem with; right?

01:43  17             THE COURT:  No.  The PSC is talking about the PSC

01:43  18   list.  This is BP's list regarding Mr. Heenan, did you say?

01:43  19             MR. BROCK:  Heenan.  Yes, Your Honor.

01:43  20             THE COURT:  Those are admitted.

01:43  21             MR. MILLER:  Your Honor, Kerry Miller for Transocean.

01:43  22   I have the exhibits I used during my cross of Mr. Benge.  I've

01:43  23   handed them out to counsel during the lunch break, and I'm

01:43  24   prepared to circulate them to Stephanie now.  All I have on

01:43  25   mine are the specific pages that I showed.

OFFICIAL TRANSCRIPT

01:43   1                   What I did, Your Honor, because of the

01:43   2   correction issue with the testing chart demonstrative, I

01:43   3   attached that to my list, the one that Mr. Benge corrected in

01:43   4   his redirect.

01:43   5                   THE COURT:   Okay.

01:43   6                   MR. MILLER:   And made the same change as Mr. Benge --

01:43   7                   THE COURT:   Any objections to these?

01:43   8                   MR. MILLER:   I indicate the one I seek to enter is

01:43   9   the one as corrected by Mr. Benge in his redirect by DOJ.

01:43  10                   THE COURT:   Any objections to these?

01:43  11                   MR. REGAN:   Your Honor, Matt Regan on behalf of BP.

01:44  12   I think we'll take a look at it and then Monday morning --

01:44  13   because we'd love to circulate our list.   I think the U.S. has

01:44  14   to circulate theirs.   And we'll get all that in one package for

01:44  15   you.

01:44  16                   MR. IRPINO:   There's no objection from the PSC, Your

01:44  17   Honor.

01:44  18                   I do want to make clear, for Mr. Sepulvado, that

01:44  19   PSC's list is fine.   BP gave us their list of exhibits for

01:44  20   Sepulvado, not Heenan.   There was one on the BP list of

01:44  21   Sepulvado exhibits that we have an issue with.   We'll get that

01:44  22   resolved before the conference.

01:44  23                   THE COURT:   You all need to keep track of what lists

01:44  24   I have ruled on and what list I have not ruled on.   Remember to

01:44  25   bring that up later if we don't admit it right away.

DAVID CALVERT - DIRECT

| | | |
|---|---|---|
| 01:44 | 1 | **MR. IRPINO:**  Yes, Your Honor. |
| 01:44 | 2 | **THE COURT:**  Okay.  Anything else? |
| 01:44 | 3 | Okay.  Our next witness. |
| 01:44 | 4 | **MR. BREIT:**  Jeffrey Breit, Your Honor, for the PSC. |
| 01:45 | 5 | We would call Gerry Calvert. |
| 01:45 | 6 | (WHEREUPON, **DAVID CALVERT**, having been duly sworn, |
| 01:45 | 7 | testified as follows.) |
| 01:45 | 8 | **THE DEPUTY CLERK:**  Please state your full name and |
| 01:45 | 9 | correct spelling for the record. |
| 01:45 | 10 | **DIRECT EXAMINATION** |
| 01:45 | 11 | BY MR. BREIT: |
| 01:45 | 12 | **Q.**  Could you tell us your name, please, for the record. |
| 01:45 | 13 | **A.**  David Calvert. |
| 01:45 | 14 | **Q.**  Originally in this case, after the explosion of the |
| 01:45 | 15 | *Deepwater Horizon*, who were you retained by? |
| 01:45 | 16 | **A.**  Weatherford. |
| 01:45 | 17 | **Q.**  Weatherford, the float collar company? |
| 01:45 | 18 | **A.**  Yes, sir. |
| 01:45 | 19 | **THE COURT:**  I've got a question.  I read |
| 01:45 | 20 | Mr. Calvert's report last night.  We're not going to talk about |
| 01:45 | 21 | Weatherford and the float collar and all of that; right? |
| 01:45 | 22 | **MR. BREIT:**  Correct, Your Honor. |
| 01:45 | 23 | **THE COURT:**  What is Mr. Calvert going to talk about? |
| 01:45 | 24 | **MR. BREIT:**  He's a cement expert. |
| 01:45 | 25 | **THE COURT:**  I know, but we just spent a day and a |

OFFICIAL TRANSCRIPT

DAVID CALVERT - DIRECT

01:45   1   half talking about cementing with a cement expert.  Why are we

01:45   2   having a second cement expert --

01:45   3          MR. BREIT:  Your Honor, it's a very narrow --

01:46   4          THE COURT:  -- by the same side of the case?

01:46   5          MR. BREIT:  It's a very narrow area of the cement

01:46   6   involving the shoe track cement.  I'm going to limit my

01:46   7   testimony to --

01:46   8          THE COURT:  Is that something that Mr. Benge did not

01:46   9   testify about?

01:46   10         MR. BREIT:  There's a difference in the testimony

01:46   11  from Mr. Benge and Mr. Calvert as it relates to how the shoe

01:46   12  track cement was prepared by Halliburton.  It's a very narrow

01:46   13  area, and I plan on limiting it to that narrow area.

01:46   14         THE COURT:  You didn't answer my question.

01:46   15         MR. BREIT:  I believe it is different, Your Honor.

01:46   16         THE COURT:  Did Mr. Benge talk about this at all?

01:46   17         MR. BREIT:  He did not talk about the setup of the

01:46   18  shoe track cement.  He talked about the testing for the cement

01:46   19  that was primarily used, foam cement, and the annulus.  That's

01:46   20  why I narrowed --

01:46   21         THE COURT:  I think Mr. Cernich wants to say

01:46   22  something.

01:47   23         MR. CERNICH:  Your Honor, Scott Cernich for the

01:47   24  United States.

01:47   25         Mr. Benge did testify regarding the shoe track

OFFICIAL TRANSCRIPT

DAVID CALVERT - DIRECT

01:47   1    cement.  Mr. Benge's report clearly addresses the shoe track

01:47   2    cement.  Mr. Benge and Mr. Calvert both agree that the shoe

01:47   3    track cement was not set at the time of the negative pressure

01:47   4    test.

01:47   5            **THE COURT:**  Okay.  So I'm back to my original

01:47   6    question:  Why are we having another expert if -- no one -- I'm

01:47   7    not doubting Mr. Calvert is highly qualified; in fact, I think

01:47   8    Mr. Benge covered that.  But we usually don't have two experts

01:47   9    coming in on the same side of the case testifying about the

01:47  10    same thing.

01:47  11            **MR. BREIT:**  The very critical testimony from this

01:47  12    expert, Your Honor, has to do with the transitioning time from

01:48  13    the point when they put the cement in and before it hardened.

01:48  14    There is no testimony from Mr. Benge on that topic.

01:48  15            **THE COURT:**  Okay.  I'm going to let him testify, but

01:48  16    I suggest you keep this very short and very narrow.  Okay?

01:48  17            **MR. BREIT:**  I had planned to do that, Your Honor.

01:48  18            **THE COURT:**  Okay.  All right.

01:48  19    BY MR. BREIT:

01:48  20    Q.  With that understanding, Mr. Calvert, could you tell the

01:48  21    Court a little bit about your work experience?

01:48  22            **THE COURT:**  You're still getting a lot of -- try

01:48  23    moving it to your lapel or something on your coat.

01:48  24            So far so good.

      25

DAVID CALVERT - DIRECT

| | | |
|---|---|---|
| 01:48 | 1 | **BY MR. BREIT:** |
| 01:48 | 2 | **Q.**   Tell us about your work experience, please. |
| 01:48 | 3 | **A.**   I've been involved in well cementing since -- |
| 01:49 | 4 | **THE COURT:**  Get a little bit closer to the |
| 01:49 | 5 | microphone, sir.  Yeah, about 4 or 5 inches away is perfect. |
| 01:49 | 6 | Thank you. |
| 01:49 | 7 | **THE WITNESS:**  -- since 1964 and presently, I'm still |
| 01:49 | 8 | active.  As a matter of fact, I'll be leaving here tonight and |
| 01:49 | 9 | preparing to go to India this weekend working on a well there. |
| 01:49 | 10 | Over that period of time, I've been involved in a number of |
| 01:49 | 11 | different areas in regard to cementing.  Been a member of API |
| 01:49 | 12 | since 1967.  Again, still active in that organization. |
| 01:49 | 13 | **BY MR. BREIT:** |
| 01:49 | 14 | **Q.**   Do you hold any positions at the API? |
| 01:49 | 15 | **A.**   I was committee chairman, I was Committee 10, |
| 01:49 | 16 | Subcommittee 10 on well cements through the years. |
| 01:49 | 17 | **Q.**   Did you work on API committees while you were at API? |
| 01:49 | 18 | **A.**   I worked on a number of API committees.  I chaired the API |
| 01:49 | 19 | committee on the adoption of 10-3, which deals with the testing |
| 01:49 | 20 | and test equipment of -- for deepwater operations.  Was the |
| 01:50 | 21 | technical editor for the API 65 Part 2. |
| 01:50 | 22 | **Q.**   Have you been involved with foam cementing? |
| 01:50 | 23 | **A.**   Yes. |
| 01:50 | 24 | **Q.**   There's a rather large scholarly volume, which is |
| 01:50 | 25 | TREX-31026, which is the cover called *Well Cementing:  Second* |

OFFICIAL TRANSCRIPT

DAVID CALVERT - DIRECT

01:50  1  *Edition.*  Is that pretty much the cement bible used by your
01:50  2  profession?
01:50  3  **A.**   At this particular point in time, it's a well accepted
01:50  4  document within the industry.
01:50  5  **Q.**   TREX-31026, please.  And I believe I have a hard copy of
01:50  6  it here.
01:50  7          Did you have anything to do with this book and its
01:50  8  publication?
01:50  9  **A.**   I was asked by the editors of the book to write the
01:50  10  preface in this book, and I also reviewed some of the chapters
01:51  11  that are included in the document.
01:51  12  **Q.**   Are you familiar with the experts in this case: Mr. Benge,
01:51  13  Sabins, Ravi, and Crook?
01:51  14  **A.**   Yes.
01:51  15  **Q.**   Have you had an opportunity to read their reports?
01:51  16  **A.**   Yes.
01:51  17  **Q.**   Do you also teach and consult with companies involved with
01:51  18  drilling and cementing?
01:51  19  **A.**   Yes.
01:51  20  **Q.**   Have you been doing that most of your career?
01:51  21  **A.**   Yes.
01:51  22  **Q.**   Have you done work with Halliburton in the past?
01:51  23  **A.**   Yes.  I worked with Halliburton and was scheduled to teach
01:51  24  at Halliburton after I retired and they -- in the cementing
01:51  25  area.  And they joined a company consortium called Petroskills,

OFFICIAL TRANSCRIPT

DAVID CALVERT - DIRECT

01:51  1    which I'm now a teacher and I teach in that.  And most recently
01:51  2    taught a course coordinated by Halliburton in Russia for
01:51  3    Lukoil.
01:51  4    Q.   Do you have experience with deepwater drilling and
01:51  5    cementing of same?
01:51  6    A.   I have experience in deepwater cementing operations.
01:51  7    Q.   And your focus over the last 40 years has been in design,
01:52  8    testing, selection, and supervision of cementing services?
01:52  9    A.   Yes.
01:52 10         MR. BREIT:  Your Honor, at this time, I would tender
01:52 11    Mr. Calvert as an expert in the field of design, testing,
01:52 12    selection, and supervision of cementing services.
01:52 13         THE COURT:  I don't believe there's been any motions
01:52 14    with respect to him; right?
01:52 15         Okay.  He's accepted.
01:52 16    BY MR. BREIT:
01:52 17    Q.   Have you had an opportunity to review your CV that was
01:52 18    presented as part of your report?  That would be TREX-22573.
01:52 19         Is that your CV that you prepared for your report?
01:52 20    A.   Yes.
01:52 21         MR. BREIT:  Your Honor, at this time I would tender
01:52 22    his CV, TREX-22573.
01:52 23         THE COURT:  All right.  Without objection, that's
01:52 24    admitted.
      25

OFFICIAL TRANSCRIPT

DAVID CALVERT - DIRECT

01:52 1  **BY MR. BREIT:**

01:52 2  **Q.**   And let me show you the cover of TREX-22761, please.

01:52 3       Is this a report that you prepared for this case on

01:52 4  October 14th, 2011?

01:53 5  **A.**   Yes, sir.

01:53 6       **MR. BREIT:**  Your Honor, I tender his expert report at

01:53 7  this time as well.

01:53 8       **THE COURT:**  All right.  It's admitted again, subject

01:53 9  to any -- well, there are no objections that I'm aware of, so

01:53 10  I'll admit that.

01:53 11      **MR. BREIT:**  Okay, Your Honor.

01:53 12 **BY MR. BREIT:**

01:53 13 **Q.**   Have you reached an opinion, Mr. Calvert, regarding the

01:53 14 cement that was used during the temporary abandonment procedure

01:53 15 at the Macondo well?

01:53 16 **A.**   Yes.

01:53 17 **Q.**   And do you believe that zonal isolation was achieved by

01:53 18 the Halliburton cement job?

01:53 19 **A.**   I do not.

01:53 20 **Q.**   I presume in your work experience over the last 40 years,

01:53 21 you're familiar with how the contractor, BP, works with a

01:53 22 contractor specialist in cement, like Halliburton?

01:53 23 **A.**   Yes.

01:53 24 **Q.**   What is the role of Halliburton as it relates to design

01:53 25 and recommendation of the cement slurry to be used in a casing

DAVID CALVERT - DIRECT

01:53    1   cement procedure?

01:53    2   A.    The role of Halliburton in regard to --

01:53    3   Q.    Working in this kind of fashion with a contractor like BP?

01:54    4         MR. DOYEN:   Your Honor, I'll lodge an objection.

01:54    5   This is something we spent several hours going over what the

01:54    6   relationship is between Halliburton as the service contractor

01:54    7   and BP, the operator.

01:54    8         MR. BREIT:   And I understand we have, Your Honor.

01:54    9   But it is the leap to my -- to his opinions.

01:54   10         THE COURT:   All right.  Go ahead and answer, sir.

01:54   11         THE WITNESS:   The service company -- in this case,

01:54   12   Halliburton -- is responsible for the slurry design and slurry

01:54   13   testing at the direction of BP based on well conditions that

01:54   14   are presented to Halliburton from BP.

01:54   15   BY MR. BREIT:

01:54   16   Q.    And is the design of the cement slurry primarily with the

01:54   17   contractor, Halliburton?

01:54   18   A.    The actual design of the slurry is with the contractor.

01:54   19   Q.    Do you have an opinion as to how the cement job failed to

01:54   20   achieve zonal isolation on the Macondo well?

01:54   21   A.    In my opinion, the --

01:54   22   Q.    Do you have an opinion, first of all?

01:54   23   A.    Yes.

01:54   24   Q.    All right.  Let's talk about some of your opinions as they

01:55   25   relate to the failure of the cement to achieve zonal isolation.

OFFICIAL TRANSCRIPT

DAVID CALVERT - DIRECT

01:55  1    And if I could, could you explain to the Court --
01:55  2  while we look at TREX-22761.002, which is Demonstrative 3093,
01:55  3  could you tell the Court what this is and what is "hydrostatic
01:55  4  head."  And please feel free to use the pointer.
01:55  5  **A.**  Yes.  This is an illustration of the pressure transmission
01:55  6  that is transmitted as the cement is setting.  Going from the
01:55  7  cement in the liquid phase, as the cement goes from a liquid to
01:55  8  a semiliquid or it semi-thickens, there's a point in time that
01:55  9  the cement will begin to lose hydrostatic head.  As it goes
01:55  10 from --
01:55  11 **Q.**  I don't think we've explained what hydrostatic head is
01:55  12 yet.  Could you explain that to the Court?
01:55  13 **A.**  The hydrostatic head is a pressure which is applied from
01:55  14 the column -- that's across the zone of interest -- when we
01:56  15 place the cement.  It's the total column hydrostatic head.
01:56  16 **Q.**  All right.  Keep on going.
01:56  17 **A.**  And as that cement begins to transition, it will begin to
01:56  18 lose that measurable hydrostatic head because the cement slurry
01:56  19 goes through a stage of volume shrinkage, if you will.  And
01:56  20 then as the cement continues to hydrate and as it begins to
01:56  21 set, then it makes a hard set, if you will, and that hard set
01:56  22 could be anywhere from 1 psi to something greater.
01:56  23 **Q.**  Now, you've used the word "transitioning."
01:56  24    **MR. BREIT:**  TREX-22761.003, which is
01:56  25 Demonstrative 3094, please.

DAVID CALVERT - DIRECT

01:56   1   **BY MR. BREIT:**

01:56   2   **Q.**   Now, when you talk about transitioning, what does this

01:56   3   graph show us?

01:57   4   **A.**   What this graph plots is the hydrostatic pressure versus

01:57   5   time and the overburden pressure that is exerted.  As the

01:57   6   cement goes through its transmission state, it will go below --

01:57   7   it can go below the formation of gas pressure, as illustrated

01:57   8   here.

01:57   9              And when it does so, if the formations will flow,

01:57  10   they're allowed to flow, they drop below the pore pressure of

01:57  11   the formation.

01:57  12   **Q.**   And what is the effect of this transitioning hydrostatic

01:57  13   pressure as it relates to holding back the hydrocarbons?

01:57  14   **A.**   This will allow the formation to come in.

01:57  15   **Q.**   Now, in your report, you indicate that there were steps

01:57  16   that could have been taken to manage the risk during this

01:57  17   transitioning time.  What do you mean by that?

01:57  18   **A.**   There are steps that can be taken to allow the cement to

01:57  19   go through its transition phase; but as it goes through that

01:58  20   transition phase, if it drops below the pore pressure of the

01:58  21   formation, it can contain additives that will prevent that

01:58  22   influx of hydrocarbons and prevent it from any influxing in to

01:58  23   either the cement or a flow path that's created by that influx.

01:58  24   **Q.**   Are these zonal areas where there's hydrocarbon, are they

01:58  25   particularly vulnerable to allow hydrocarbons to enter the well

OFFICIAL TRANSCRIPT

DAVID CALVERT - DIRECT

01:58  1  during this time of transition?

01:58  2  **A.**   If there's hydrocarbon interval there or if there's a

01:58  3  water interval, whatever there is present in the rock, if it

01:58  4  drops below its pore pressure, then it can be allowed to flow.

01:58  5  **Q.**   Now, is this something that contractors like Halliburton,

01:58  6  cementers are familiar with this, this period of vulnerability

01:59  7  during transitioning, generally in your field?

01:59  8  **A.**   This is well published and well documented within the

01:59  9  cementing industry.

01:59  10  **Q.**   Now, in your report, you say there:  "No steps were taken

01:59  11  in the base slurry design in the shoe track cement to control

01:59  12  hydrocarbon influx as the cement transitioned from liquid to

01:59  13  solid."

01:59  14       What do you mean by that?

01:59  15  **A.**   What I mean by that statement is that when the -- if the

01:59  16  annular cement allows influx of fluid -- and it can move either

01:59  17  up or down the annulus -- and if it moves down the annulus and

01:59  18  up through the shoe track, then if that cement that is

01:59  19  transitioning in the shoe track, if it's not designed to

01:59  20  control gas migration or hydrocarbon influx, then there's the

01:59  21  possibility of it forming flow paths either at the cement

01:59  22  casing interface or through the cement itself.

02:00  23  **Q.**   Cement and the shoe track?

02:00  24  **A.**   Cement and the shoe track, yes, sir.

02:00  25  **Q.**   On page 18 of your report, you mention the composition of

DAVID CALVERT - DIRECT

02:00  1  the base slurry.  Did you see things in that slurry that were
02:00  2  helpful or harmful to manage this risk during the transition?
02:00  3  **A.**   Can I have that question again, please?
02:00  4  **Q.**   On page 18 of your report, you mention the composition of
02:00  5  the base slurry.  Did you see things in your review of this
02:00  6  base slurry that were either helpful or harmful to manage this
02:00  7  risk during the transition period?
02:00  8  **A.**   In looking at the slurry design that was used on this
02:00  9  particular well, it had a base slurry, it had a foam system --
02:00  10  in the base slurry cap, a foam system, and then a base slurry
02:00  11  shoe track cement.
02:00  12  **Q.**   And where did that base slurry in the shoe track cement
02:01  13  sit?
02:01  14  **A.**   That base slurry in the shoe track is in the shoe track
02:01  15  itself.
02:01  16  **Q.**   And what steps could or should have been taken by
02:01  17  Halliburton to make that shoe track cement able to withstand
02:01  18  hydrocarbon influx?
02:01  19  **A.**   The steps that could have been taken was to add an
02:01  20  additive of some type that controls hydrocarbon influx.
02:01  21  **Q.**   Did you look at the design of this particular shoe track
02:01  22  cement slurry to see whether any additives were present?
02:01  23  **A.**   My observation of the shoe track cement slurry, which was
02:01  24  the base slurry, I did not see additives in there that would
02:01  25  control the influx of hydrocarbons.

OFFICIAL TRANSCRIPT

2618

DAVID CALVERT - DIRECT

02:01  1   **Q.**   And would that have been the contractor, Halliburton's,

02:01  2   responsibility to design a slurry with those types of

02:01  3   additives?

02:01  4   **A.**   That would have been a cumulative, as we've been talking.

02:02  5   **Q.**   Yes, sir.

02:02  6        Now, one of the issues you raised in your report with

02:02  7   regard to hydrocarbon migration through the shoe track cement

02:02  8   was resulted either through the reduced hydrostatic head --

02:02  9        **THE COURT:**  Wait a second.  I didn't understand that

02:02  10  last answer.  You said that would have been a what?

02:02  11       You asked -- the question was:  Would that have

02:02  12  been the contractor, Halliburton's, responsibility to design a

02:02  13  slurry with those types of additives?

02:02  14       What was your answer?

02:02  15       **THE WITNESS:**  I said that would have been cumulative

02:02  16  between Halliburton and the operator to --

02:02  17  **BY MR. BREIT:**

02:02  18  **Q.**   I think we're having trouble with the word that begins

02:02  19  with C-U-M.

02:02  20  **A.**   It would be an action between both the contractor and the

02:02  21  operator.

02:02  22       **THE COURT:**  Okay.  What was the word you answered?

02:02  23       **THE WITNESS:**  "Cumulative."

02:02  24       **MR. BREIT:**  Cumulative?

02:02  25       **THE WITNESS:**  That's Oklahoma.

OFFICIAL TRANSCRIPT

DAVID CALVERT - DIRECT

02:02   1          **THE COURT:**  I think we have a different word for it

02:02   2   down here.  That means they have to work together; right?

02:03   3          **THE WITNESS:**  Yes, sir.

02:03   4          **MR. BREIT:**  We'll add it to the cement words we've

02:03   5   got.

02:03   6          **THE COURT:**  Okay.

02:03   7   **BY MR. BREIT:**

02:03   8   **Q.**   Now, one of the issues you raised in your expert report

02:03   9   with regard to the hydrocarbon migration through the shoe track

02:03   10  cement was, one, it could have resulted from the hydrostatic

02:03   11  head transitioning and, two, from mud contamination.  And I

02:03   12  want to address briefly that mud contamination.

02:03   13         Is your opinion relative to the mud contamination

02:03   14  related to the cement in the shoe track?

02:03   15  **A.**   Yes.  That would be one place that we could have mud

02:03   16  contamination.

02:03   17  **Q.**   Are you familiar with the drilling term "swapping" or

02:03   18  "inversion"?

02:03   19  **A.**   Yes, sir.

02:03   20  **Q.**   And where does that take place?

02:03   21         **MR. BREIT:**  And if I could have TREX-001.025, which

02:03   22  is Demonstrative 2024.

02:03   23  **BY MR. BREIT:**

02:03   24  **Q.**   Feel free to explain to the Court in using this diagram,

02:04   25  if it would help you to discuss it, where swapping or inversion

OFFICIAL TRANSCRIPT

DAVID CALVERT - DIRECT

02:04  1   takes place.  First, point that out; and then I'll ask you to

02:04  2   explain it to the Court.

02:04  3   **A.**   In the drawing that you have, we've . . .

02:04  4   **Q.**   You have the reamer shoe.  What's below the reamer shoe

02:04  5   right there?

02:04  6   **A.**   Below the reamer shoe is the rathole, as we refer to.  Or

02:04  7   this rathole is a hole that's drilled and the casing is not run

02:04  8   to bottom.

02:04  9   **Q.**   And so in this particular --

02:04  10  **A.**   The length of the well.

02:04  11  **Q.**   In this particular well, the Macondo well, there's a

02:04  12  rathole beneath this area where we have the reamer shoe?

02:04  13  **A.**   That's correct.

02:04  14  **Q.**   Did you see how long that rathole was in this particular

02:04  15  hole?

02:04  16  **A.**   Approximately 56 feet.

02:04  17  **Q.**   Now, tell the Court what happened -- what was in that

02:04  18  rathole prior to the cement being pumped down the well?

02:04  19  **A.**   According to the documentation that I looked at, the

02:05  20  oil-based mud was in that rathole.

02:05  21  **Q.**   Oil-based mud?

02:05  22  **A.**   Oil-based mud that was used to drill the well.  And that

02:05  23  oil-based mud weighed 14 pounds to 14.1 pounds, depending on

02:05  24  which document you look at.

02:05  25  **Q.**   So the oil-based mud in the rathole is about 14.1 pounds.

OFFICIAL TRANSCRIPT

DAVID CALVERT - DIRECT

02:05  1        And after we move from the left side of this slide to
02:05  2  the right side of this slide, the cement inside the well after
02:05  3  we finish pumping the train of cement down, what cement sits on
02:05  4  top of the rathole?
02:05  5  **A.**   The cement that sits on top of the rathole is the tail
02:05  6  cement that's in the shoe track.
02:05  7  **Q.**   And were you able to determine, by looking at some of the
02:05  8  records, the weight of that tail cement?
02:05  9  **A.**   The weight of that tail cement was 16.7.
02:05  10 **Q.**   Now, when you have tail cement that is 16.7 and rathole
02:06  11 oil-based mud beneath it, which is 14.1, explain to the Court
02:06  12 what is the potential to happen with regard to swapping and
02:06  13 inversion.
02:06  14 **A.**   There is the possibility that swapping can take place.
02:06  15 The term "swapping" in this particular case indicates that the
02:06  16 cement that's in the shoe track, being heavier than the
02:06  17 cement -- or the mud that's in the rathole, there's a
02:06  18 possibility there can be some movement of those fluids.
02:06  19 **Q.**   And when you say "movement," what do you mean by that?
02:06  20 **A.**   It would mean the tail cement could roll through the mud
02:06  21 that's in the shoe track.
02:06  22 **Q.**   What happens to the stability of the cement that's in the
02:06  23 tail cement if there is swapping or inversion with the
02:07  24 oil-based mud as it relates to the ability of the tail cement
02:07  25 to hold back hydrocarbons?

OFFICIAL TRANSCRIPT

DAVID CALVERT - DIRECT

02:07  1  **A.**   If the tail cement and the rathole mud swaps, ropes, then
02:07  2  there's a chance, possibility of contamination and that would
02:07  3  possibly lead to a path of flow.
02:07  4  **Q.**   Now, in designing the cement, as a contractor,
02:07  5  Halliburton, are they supposed to be aware of the different
02:07  6  types of oil-based muds, locations of those oil-based muds in
02:07  7  the rathole when designing their cement design for a contractor
02:07  8  like BP?  Is that something that you would expect the
02:07  9  contractor to know?
02:07  10 **A.**   I would expect the contractor and the operator to converse
02:07  11 on that particular point also.
02:07  12 **Q.**   And design the --
02:07  13 **A.**   And design --
02:07  14 **Q.**   -- the cement slurry in such a way that it would protect
02:07  15 from that possibility?
02:07  16 **A.**   In this particular case, the base slurry was designed at
02:07  17 16.7 to perform the cement job as outlined.  That was a cap
02:08  18 slurry, a foam system, and a tail slurry.  And at that point,
02:08  19 then, you would have to make a decision of what action are you
02:08  20 going to take in regard to the fluid in the rathole.
02:08  21 **Q.**   Now, was the cement in this shoe track designed as a good
02:08  22 barrier to hold back hydrocarbons?
02:08  23 **A.**   The cement slurry that's in the shoe track was designed as
02:08  24 a barrier.  It was not designed as a barrier to hold back
02:08  25 hydrocarbon influx.

DAVID CALVERT - DIRECT

02:08  1   **Q.**   Should it have been designed in such a way that, in the

02:08  2   event hydrocarbons entered the shoe track, it would be able to

02:08  3   withstand or hold back those hydrocarbons?

02:08  4   **A.**   If the annular cement had served its purpose, then there

02:08  5   would have been no flow in the annulus and that hydrocarbon

02:09  6   flow would not have reached the shoe track.

02:09  7   **Q.**   Are contractors supposed to design or prepare for that

02:09  8   possibility when designing the cement for areas like the shoe

02:09  9   track on the Macondo well?

02:09  10  **A.**   Again, as I've stated once and restate now, that if this

02:09  11  is a known fact, then you would -- you would work together --

02:09  12  they're a team -- and that would be a point of discussion.

02:09  13  **Q.**   And if additives had been added to the shoe track cement,

02:09  14  would that have made the shoe track cement capable of

02:09  15  withstanding the hydrocarbon influx?

02:09  16  **A.**   It the proper additives had been added to the tail slurry

02:09  17  to control hydrocarbon influx, yes.

02:09  18         **MR. BREIT:**   That's all the questions I have, Your

02:09  19  Honor.

02:09  20         **THE COURT:**   All right.   Thank you.

02:09  21         **MR. BREIT:**   That's as short and as narrow as I can

02:09  22  make it.

02:09  23         **THE COURT:**   Any questions for the witness by the

02:09  24  United States?

02:09  25         **MR. BREIT:**   Your Honor, I believe, if I'm not

OFFICIAL TRANSCRIPT

DAVID CALVERT - DIRECT

02:09  1  mistaken -- and I apologize -- when the Court originally faced

02:10  2  the issue of Mr. Calvert as being a former Weatherford expert,

02:10  3  I believe the Court allowed at that time, on motion of both BP

02:10  4  and the PSC, for Mr. Calvert to be an expert and turned over to

02:10  5  both BP and the PSC as our joint expert for purposes of direct

02:10  6  exam.

02:10  7           That's how it was understood when it first

02:10  8  happened.  I'll leave it up to the Court --

02:10  9  **THE COURT:**  I have no idea what you're talking about.

02:10  10  It wasn't this Court that did that.  It must have occurred

02:10  11  before Judge Shushan or something; right?

02:10  12  **MR. BREIT:**  There was a motion when the Weatherford

02:10  13  defendants were --

02:10  14  **THE COURT:**  Not in front of me.

02:10  15  **MR. BREIT:**  I believe it was in front of

02:10  16  Judge Shushan.  And there was an order entered that allowed the

02:10  17  PSC as well as BP to adopt Calvert as our joint expert on the

02:10  18  issue of cement.  That's my memory about --

02:11  19  **THE COURT:**  Mr. Regan, is that accurate?

02:11  20  **MR. REGAN:**  It is.  Mr. Calvert is an expert

02:11  21  testifying for both the PSC BP and BP.  In terms of the

02:11  22  logistics here --

02:11  23  **THE COURT:**  Let me ask you:  Do you have any

02:11  24  additional questions for him?

02:11  25  **MR. REGAN:**  Yes.  Five minutes of questions, that's

DAVID CALVERT - DIRECT

02:11  1    it.

02:11  2              THE COURT:  Okay.  Let's go.

02:11  3                    **DIRECT EXAMINATION**

02:11  4    BY MR. REGAN:

02:11  5    Q.   Good afternoon, Mr. Calvert.

02:11  6    A.   Good afternoon.

02:11  7    Q.   Understanding that your report is already in evidence, I

02:11  8    just wanted to ask a couple of questions about the float

02:11  9    collar.

02:11  10             Your conclusions --

02:11  11             THE COURT:  Stephanie, we're having a lot of problems

02:11  12   with that.  Try swapping them out.

02:12  13             UNIDENTIFIED SPEAKER:  Four minutes.

02:12  14             THE COURT:  I think your time's up.

02:12  15   BY MR. REGAN:

02:12  16   Q.   Mr. Calvert, in your report, you have some opinions about

02:12  17   whether the float collar converted, in your view; is that

02:12  18   correct?

02:12  19   A.   Yes, that's correct.

02:12  20   Q.   And it is your opinion that the float collar that was used

02:12  21   on the well did convert; correct?

02:12  22   A.   That's my opinion, yes.

02:12  23   Q.   Unless I have --

02:12  24             MR. REGAN:  Exhibit 2582, if I could put that up.

02:12  25   And then go to the call-out.  And just very briefly if we go --

OFFICIAL TRANSCRIPT

DAVID CALVERT - DIRECT

| | | |
|---|---|---|
| 02:12 | 1 | I think it's the fourth or the fifth page. |
| 02:13 | 2 | **BY MR. REGAN:** |
| 02:13 | 3 | **Q.**   Do you recognize this, Mr. Calvert, what's on the screen? |
| 02:13 | 4 | Do you recognize the pictures that are on the screen? |
| 02:13 | 5 | **A.**   Yes, yes. |
| 02:13 | 6 | **Q.**   And does this depict kind of four stages of the float |
| 02:13 | 7 | collar, just for the benefit of the Court?  First, when it's |
| 02:13 | 8 | running in the hole; second, when you're circulating; third, |
| 02:13 | 9 | conversion and -- flow-activated conversion; and fourth, the |
| 02:13 | 10 | converted float valve? |
| 02:13 | 11 | **A.**   Yes. |
| 02:13 | 12 | **Q.**   And based on your review of the evidence in this case, |
| 02:13 | 13 | Mr. Calvert, it's your opinion that a surge of flow that |
| 02:13 | 14 | occurred after the attempt to make -- break circulation was |
| 02:13 | 15 | sufficient to convert the float collar; correct? |
| 02:13 | 16 | **A.**   Yes, sir. |
| 02:13 | 17 | **Q.**   And the float collar also serves as a landing place for |
| 02:13 | 18 | the bottom and top plugs; is that right? |
| 02:13 | 19 | **A.**   That's correct. |
| 02:13 | 20 | **Q.**   And understanding that the Court has already seen |
| 02:13 | 21 | animations and pictures and everything else about the top and |
| 02:13 | 22 | bottom plug, it's fair to say it's just -- that's where they |
| 02:13 | 23 | sit and stop when they're being pumped down a well? |
| 02:13 | 24 | **A.**   That's correct. |
| 02:13 | 25 | **Q.**   Did you see evidence in this case that both plugs landed |

DAVID CALVERT - DIRECT

02:13  1   on that float collar during the cement job?

02:13  2   **A.**   The evidence that I noted was from the job.

02:14  3   **Q.**   And that evidence was consistent with the fact that there

02:14  4   was a float collar there to serve as a landing spot for both

02:14  5   the bottom and the top plug; correct?

02:14  6   **A.**   That's correct.

02:14  7            **MR. REGAN:**   No further questions, Your Honor.

02:14  8            **THE COURT:**   Okay.   Thank you.

02:14  9                 All right.   Any questions from the United States

02:14  10  for this witness?

02:14  11           **MR. CERNICH:**   No questions, Your Honor.

02:14  12           **THE COURT:**   Alabama?

02:14  13           **MR. MAZE:**   No questions, Your Honor.

02:14  14           **THE COURT:**   Louisiana?

02:14  15           **MR. KANNER:**   No questions, Your Honor.

02:14  16           **THE COURT:**   All right.   Let's see.   Cameron?

02:14  17           **MR. BECK:**   Cameron has no questions.

02:14  18           **THE COURT:**   M-I?

02:14  19           **MR. TANNER:**   No questions, Your Honor.

02:14  20           **MR. HILL:**   Your Honor, does Halliburton get to ask

02:14  21  questions?

02:14  22           **THE COURT:**   Did I skip over you?

02:14  23           **MR. HILL:**   Yes, Your Honor.

02:14  24           **THE COURT:**   How did you notice that?   I'm sorry about

02:14  25  that.   I didn't intend to do it.   Everything got out of order

OFFICIAL TRANSCRIPT

DAVID CALVERT - CROSS

02:15  1    here.

02:15  2                     **CROSS-EXAMINATION**

02:15  3    **BY MR. HILL:**

02:15  4    **Q.**   Good afternoon, Mr. Calvert.  Gavin Hill for Halliburton,

02:15  5    and I'll be cross-examining you for just a few minutes.

02:15  6    **A.**   Sure.

02:15  7    **Q.**   Mr. Calvert, you would agree that one of the purposes of a

02:15  8    shoe track is to collect contaminated cement; correct?

02:15  9    **A.**   If I only run a top plug.

02:15  10   **Q.**   Okay.  Let me see if I -- I want to make sure we

02:15  11   understand this.  And I guess you're drawing a distinction

02:15  12   because there was a dual plug system here; correct?

02:16  13   **A.**   That's correct.

02:16  14   **Q.**   And those plugs have winglets, for lack of a better term,

02:16  15   on it that go out and touch the wellbores; right -- I'm sorry,

02:16  16   the casing, inside the casing?

02:16  17   **A.**   Yes, sir.

02:16  18   **Q.**   As that is pumped down for miles below the surface, there

02:16  19   is a film that gets scraped off of those blades that gets

02:16  20   pushed ahead or possibly bypassed and -- well, let's just stick

02:16  21   with the film that gets pushed ahead of the cement, their

02:16  22   staging system that had the plugs.

02:16  23           After the plugs bump, that mud would end up in the

02:16  24   shoe track; correct?

02:16  25   **A.**   Only if I run the top plug.

OFFICIAL TRANSCRIPT

DAVID CALVERT - CROSS

02:16  1  **Q.**   Well, do you have any opinion as to whether or not that is
02:16  2  the same if these particular plugs are going through two
02:16  3  different diameter of casing?
02:16  4  **A.**   The plug systems that was designed for this well were
02:16  5  designed for the 7-inch by 9-inch --
02:16  6  **Q.**   Do you remember me asking you this question at your
02:16  7  deposition about whether or not a shoe track is designed -- or
02:16  8  one of the purposes of a shoe track is to intentionally collect
02:16  9  contaminated cement?
02:16  10  **A.**   Yes, I remember that.
02:16  11  **Q.**   Do you not remember telling me that, yes, that's one of
02:17  12  the purposes?
02:17  13  **A.**   Yes.
02:17  14  **Q.**   Is it your testimony here today that cement systems should
02:17  15  be designed so that the shoe track cement is actually part of
02:17  16  the primary cement barrier?
02:17  17  **A.**   My comment is that, if the annular cement fails, then the
02:17  18  shoe track cement is the next barrier for containment of
02:17  19  hydrocarbon influx.
02:17  20  **Q.**   And I understand that's the answer to the question, but
02:17  21  just answer my question, which is:  Is it your testimony today
02:17  22  that the shoe track cement should be part of the primary cement
02:17  23  barrier by design?
02:17  24  **A.**   No.
02:17  25  **Q.**   Now, you keep -- I've heard you say several times that

DAVID CALVERT - CROSS

02:17   1   there are additives to be added.  Are you talking about a
02:17   2   fluid-loss additive?
02:17   3   A.   No, sir.
02:17   4   Q.   What kind of additive are you talking about?  I just heard
02:17   5   generic additives.
02:17   6   A.   Would you like for me to introduce Halliburton additives
02:18   7   or industry additives in general?
02:18   8   Q.   I'm not asking for proprietary additives.  I'm asking:
02:18   9   What are the types of additives you are talking about so we can
02:18  10   understand what you're suggesting?
02:18  11   A.   Okay.  I'm suggesting materials such as Halliburton's
02:18  12   GasStop, Halliburton's Super CBL, Halliburton's Latex 3000.
02:18  13   These are all additives that can be added to a cement slurry
02:18  14   and they will aid in preventing hydrocarbon influx.
02:18  15   Q.   Okay.  So the point you're talking about, when you're
02:18  16   talking about trying to restrict hydrocarbon influx, is at the
02:18  17   very base of the reamer shoe where it connects with the
02:18  18   rathole; correct?
02:18  19   A.   I'm talking about in the shoe track cement.
02:18  20   Q.   Okay.  And the shoe track cement is inside separated by
02:18  21   the reamer shoe; correct?
02:18  22   A.   Yes, sir.
02:18  23   Q.   Because the reamer shoe has three little diameter ports at
02:18  24   the bottom; right?
02:18  25   A.   That's correct.

OFFICIAL TRANSCRIPT

DAVID CALVERT - CROSS

02:18  1  Q.  And so what you're suggesting is some type of roping that

02:18  2  goes from the rathole, through those three little holes at the

02:18  3  bottom of the reamer shoe and up into the 189 feet of shoe

02:19  4  track cement?

02:19  5  A.  No, sir, I'm not suggesting that.

02:19  6  Q.  Maybe you can elaborate and tell us what you are

02:19  7  suggesting.

02:19  8  A.  I'm suggesting that the cement that's in the shoe track,

02:19  9  with the addition of those additives that I just mentioned, can

02:19  10  be added to that cement slurry to prevent hydrocarbon influx in

02:19  11  that cement column that's in the shoe track.  In this case, I

02:19  12  believe it was mentioned yesterday that the shoe track is the

02:19  13  height of approximately a 19-story building.

02:19  14        So the fluid from the wellbore -- the wellbore fluids

02:19  15  have to move in, if that's the path.  They have to move into

02:19  16  that casing through that reamer shoe, then up the shoe track up

02:19  17  to the float equipment, through the float equipment, up through

02:19  18  the casing.

02:19  19  Q.  Okay.  I think we understand.

02:19  20        Now, let's talk about an instance where you have a

02:19  21  density differential between the shoe track cement and mud in

02:19  22  the rathole.  I want to focus on that for a minute.  Okay?

02:20  23  A.  All right, sir.

02:20  24  Q.  Now, you said that the mud in the rathole is a 14.0 pound

02:20  25  per gallon; right?

DAVID CALVERT - CROSS

02:20  1   A.   Yes, sir, 14.

02:20  2   Q.   But it's actually more dense than that if you account for

02:20  3   equivalent downhole density; right?

02:20  4   A.   14.17.

02:20  5   Q.   Then you add to that the fact that that mud in the rathole

02:20  6   doesn't get circulated ahead of any job.  It collects in there.

02:20  7   That's the purpose of the rathole; right?

02:20  8   A.   Yes, sir, that's true.

02:20  9   Q.   So that mud is going to gel up and have additional gel

02:20  10  strengths that aren't broken by circulation in the well;

02:20  11  correct?

02:20  12  A.   That's correct.

02:20  13  Q.   So it's not true to say that the density -- the

02:20  14  differential between -- the shoe track cement is set at

02:20  15  16.74 -- backup.  Strike that.

02:20  16       It's not true to say that the density differential is

02:20  17  the difference between the shoe track density and 14.0 mud, is

02:20  18  it?

02:20  19  A.   Sir, I would like for you to make sure that you understand

02:20  20  what I say.  I said that's a possibility.  I did not say it

02:20  21  did.

02:20  22  Q.   Fair enough.

02:21  23       Now, sir, can you explain why it is you think the

02:21  24  float collar converted?

02:21  25  A.   Based on the -- based on a document that I had access to

OFFICIAL TRANSCRIPT

DAVID CALVERT - CROSS

02:21  1    and reviewed of testing that was conducted after the job, these

02:21  2    tests were conducted on like float equipment, not the float

02:21  3    equipment that was in the Macondo well.  It was downhole, has

02:21  4    not been retrieved as of today and probably will not be.  But

02:21  5    there were like equipment that was supplied through Weatherford

02:21  6    to BP, and tests were conducted on that equipment to simulate

02:21  7    what happened, to the best of their ability, in regard to the

02:22  8    Macondo well.  And those tests indicated that it converted.

02:22  9    Q.   All right.  I want to talk about one last section -- or

02:22  10   one last piece with you.

02:22  11          So you have the opinion that when the float

02:22  12   equipment -- actually, this might be helpful to the Court --

02:22  13          MR. HILL:  If you bring up D-8015, please.

02:22  14   BY MR. HILL:

02:22  15   Q.   I've put a wellbore schematic in front -- or up here.

02:22  16   This is D-8015.  Basically the idea is -- I just want the Court

02:22  17   to get an understanding of what we're talking about when you

02:22  18   talk about float collar shoe track.

02:22  19          Right there, it's identified that float collar.  And

02:22  20   the distance between there and the bottom reamer shoe is about

02:22  21   189 feet; right?

02:23  22   A.   Right.

02:23  23   Q.   And the little tiny ports that we were talking about at

02:23  24   the bottom of the reamer shoe are depicted there in those

02:23  25   little cutouts at the very bottom; correct?

OFFICIAL TRANSCRIPT

DAVID CALVERT - CROSS

02:23   1    A.   Right.

02:23   2    Q.   Do you have a laser?  Who's pointing?

02:23   3    A.   Me.

02:23   4    Q.   Good.

02:23   5    A.   I teach for a living, Gavin.

02:23   6    Q.   So when this casing is actually run in the hole -- you

02:23   7    wrote in your report that BP ran it in autofill mode; correct?

02:23   8    A.   Correct.

02:23   9    Q.   And what that means is the conversion -- the valves that

02:23   10   are in that float collar are in an open position --

02:23   11   A.   Unconverted, yes, sir.

02:23   12   Q.   Unconverted.  Thank you.

02:23   13        -- and as it's run, that allows mud to actually go up

02:23   14   through the bottom of the reamer shoe and pass through the

02:23   15   float collar equipment on up; correct?

02:23   16   A.   That's correct.

02:23   17   Q.   The purpose of that is just to allow fluid movement

02:23   18   through the pipe as it's being pushed down to the bottom;

02:23   19   correct?

02:23   20   A.   That's primarily used in a well such as the Macondo, was

02:23   21   to allow you to prevent surge effects; one of the possible

02:24   22   reasons for it, yes.

02:24   23   Q.   And there's a consequence for that; right?  The

02:24   24   consequence is any debris that's in that mud actually has the

02:24   25   potential to go up through the reamer shoe and get into the

DAVID CALVERT - CROSS

02:24    1    float equipment; correct?

02:24    2    A.   It could, yes.

02:24    3    Q.   In fact, you expressed the opinion that you agree that one

02:24    4    of the reasons they couldn't circulate mud and actually convert

02:24    5    the float collar was because there was a blockage somewhere.

02:24    6    A.   That's right.

02:24    7    Q.   Fair?

02:24    8    A.   Yes, sir.

02:24    9    Q.   And you opined that it was a blockage either in the float

02:24   10    collar or in the reamer shoe or both; correct?

02:24   11    A.   Yes, sir.

02:24   12    Q.   Now, before -- and you just mentioned that this type of

02:24   13    running casing and open -- or an autofill mode was something

02:24   14    that's appropriate for production interval?

02:24   15    A.   Appropriate for this particular well.  It's not run on

02:24   16    every production string.

02:24   17    Q.   Have you ever looked at BP's -- their deep law, their best

02:24   18    practices for drilling?

02:24   19    A.   I reviewed sections of it.

02:24   20    Q.   All right.

02:25   21         MR. HILL:  Can you bring up TREX-93, please.  Please

02:25   22    go to page Bates ending 7308.

02:25   23    BY MR. HILL:

02:25   24    Q.   I'll represent to you that this is a section entitled

02:25   25    "Well Control Practices."

DAVID CALVERT - CROSS

02:25  1          **MR. HILL:**  Can you call-out 15.2.15, please.

02:25  2  **BY MR. HILL:**

02:25  3  **Q.**   In BP's best practices, it says that "autofill float

02:25  4  equipment shall be tripped prior to running through any

02:25  5  hydrocarbon-bearing zone."

02:25  6          Did I read that correctly?

02:25  7  **A.**   Yes, sir.

02:25  8  **Q.**   And "trip" means "convert"; right?

02:25  9  **A.**   Trip means convert.

02:25  10  **Q.**   And that's not what happened in this well, is it?

02:25  11  **A.**   That's correct.

02:25  12          **MR. HILL:**  No further questions, Your Honor.

02:25  13          **THE COURT:**  Any redirect?

02:25  14          **MR. BREIT:**  No, sir.

02:25  15          **THE COURT:**  Thank you, Mr. Calvert.  You're done.

02:25  16  Where are you heading off to?

02:25  17          **THE WITNESS:**  India.

02:25  18          **THE COURT:**  India.

02:25  19          **THE WITNESS:**  India, yes, sir.

02:25  20          **THE COURT:**  All right.  Have a good trip.

02:26  21          **THE WITNESS:**  Thank you.

02:26  22          **THE COURT:**  Plaintiffs can call their next witness.

02:26  23          Let's take about a 10-minute recess.

02:26  24          **THE DEPUTY CLERK:**  All rise.

02:26  25          (WHEREUPON, the Court took a recess.)

OFFICIAL TRANSCRIPT

RORY DAVIS - DIRECT

02:40  1        **THE DEPUTY CLERK:**  All rise.

02:40  2        **THE COURT:**  Please be seated, everyone.

02:40  3            Plaintiffs may call their next witness.

02:40  4        **MS. CHANG:**  Good afternoon, Your Honor.  Deanna Chang

02:40  5  for the United States.  We would like to call Dr. Rory Davis at

02:40  6  this time.  He's also the final expert witness for the United

02:40  7  States.

02:40  8        (WHEREUPON, **RORY DAVIS**, having been duly sworn,

02:40  9  testified as follows.)

02:40  10        **THE DEPUTY CLERK:**  Please state your full name and

02:40  11  correct spelling for the record.

02:40  12        **THE WITNESS:**  My name is Rory Davis, R-O-R-Y,

02:41  13  D-A-V-I-S.

02:41  14                **DIRECT EXAMINATION**

02:41  15  BY MS. CHANG:

02:41  16  **Q.**   Good afternoon, Dr. Davis.  Could you give us a brief

02:41  17  summary of who you are and your involvement in the case.

02:41  18  **A.**   Sure.  My name is Rory Davis.  A hold a Ph.D. in

02:41  19  mechanical engineering from the University of California.  I'm

02:41  20  also a licensed professional mechanical engineer for over

02:41  21  20 years.

02:41  22        I was called upon to participate in the forensic

02:41  23  examination activities at Michoud on the blowout preventer in

02:41  24  November 2010, and I went and supported those activities for a

02:41  25  six- or seven-month period.  I did that with a group of four

RORY DAVIS - DIRECT

02:41 1    other gentlemen, engineer experts.

02:41 2            And I was also asked by the United States after that

02:41 3    time to submit a report concerning our opinions on the failure

02:42 4    of the BOP in the *Deepwater Horizon* accident.

02:42 5    **Q.**   And do you feel that you're qualified to offer opinions

02:42 6    regarding the causes of the BOP failure?

02:42 7    **A.**   Yes, I am.  I spent a long period of time with the

02:42 8    opportunity to look carefully at all of this hardware, and that

02:42 9    was during Phase One activities at Michoud, where I spent about

02:42 10   two man months of time and also in the Phase Two part of the

02:42 11   activities there, where I spent another one and a half man

02:42 12   months of time.

02:42 13           **MR. MAZE:**  Your Honor, people in the back aren't able

02:42 14   to hear the question.  I just ask that we make sure that the

02:42 15   microphone's on.

02:42 16           **MS. CHANG:**  Is that better?

02:42 17           **THE COURT:**  No.  Does it shows green?

02:42 18           **MS. CHANG:**  It's green.

02:42 19           **THE COURT:**  Now it's on.  Ooh, that's really loud.

02:43 20           **MS. CHANG:**  Is that better?

02:43 21           **THE COURT:**  Yeah.

02:43 22           **THE WITNESS:**  All right.  So continuing, yes.  So I

02:43 23   spent three and a half total man months involved in the

02:43 24   activities at Michoud:  disassembly, inspection, testing and

02:43 25   evaluation of the BOP system.

OFFICIAL TRANSCRIPT

RORY DAVIS - DIRECT

02:43    1              I was a member of the technical working group.

02:43    2    We also called that the "Twig," or the "TWG."  And I was one

02:43    3    member of that group, representing the United States; and that

02:43    4    group also had representatives from all the other parties.

02:43    5              It was our job to work with DNV to make sure

02:43    6    that all of our activities were accurate and efficient and also

02:43    7    evidence-preserving, let's say, to go through that process

02:43    8    carefully.  So we gave recommendations to DNV, and DNV executed

02:44    9    those recommendations in their own activities.  So that was

02:44    10   extremely important in understanding the blowout preventer and

02:44    11   what may have happened in the accident, of course.

02:44    12             Now, after that time I also began formulating my

02:44    13   opinions based on all that information and was ultimately asked

02:44    14   to submit a report.

02:44    15   **BY MS. CHANG:**

02:44    16   **Q.**   So aside from the approximately three and a half man

02:44    17   months you spent analyzing the BOP, do you have any other

02:44    18   experience that's relevant to your analysis of the failure of

02:44    19   the BOP?

02:44    20   **A.**   Yes.  I've been working as a consulting mechanical

02:44    21   engineer for over 25 years.  I work on a lot of varied and

02:44    22   sophisticated subjects and have over the years, and I've

02:45    23   developed a high degree of skill in analyzing and evaluating

02:45    24   mechanical and structural systems.

02:45    25             So the techniques and skills and tools that I use in

OFFICIAL TRANSCRIPT

RORY DAVIS - DIRECT

02:45   1   that work are also applicable here to the BOP system.

02:45   2   Q.   What types of methods and skills did you use to reach your

02:45   3   conclusions regarding the causes of the failure of the BOP?

02:45   4   A.   Well, of course, I have the firsthand observation of all

02:45   5   of the components, and that's very important.  I also was able

02:45   6   to look at all of the test results and inspection results.  And

02:45   7   then I also did some analysis of my own to further evaluate the

02:45   8   system.  All of those things came into play using similar tools

02:46   9   that I usually use in my regular work.

02:46   10   Q.   What types of analyses did you perform?

02:46   11   A.   Oh, for example, in the BOP area, I used -- I did analysis

02:46   12   of drill pipe bending or buckling.  I looked at friction of

02:46   13   blind shear ram blades and drill pipe.  I looked at flow rates

02:46   14   in the well, flow forces that come from those flow rates and so

02:46   15   forth.  And you can see these analyses in my reports.

02:46   16   Q.   Are those the same types of analyses that you typically

02:46   17   perform in your work as a consulting mechanical engineer?

02:46   18   A.   Yes, I do.  This is the same kind of work that I normally

02:46   19   do.  For example, I've done extensive work on top fuel race

02:46   20   cars and the bending and buckling of the tubes in those frames

02:46   21   or chassis.  I do work on rocket engines where we have very

02:46   22   high pressure hydrocarbons being delivered, propellants to the

02:47   23   engine, combustion process, and a lot of other different

02:47   24   subjects where I use similar tools.

02:47   25   Q.   During the course of your analysis of the *Deepwater*

RORY DAVIS - DIRECT

02:47  1   *Horizon*'s BOP, did you come to any conclusions regarding

02:47  2   whether it complied with federal regulations?

02:47  3   **A.**   Not exactly, no, because I'm not a lawyer or a judge, and

02:47  4   I can't make the legal conclusion.

02:47  5          I did use the words "best" and "safest" in my report.

02:47  6   I provided some technical opinions about what was best and

02:47  7   safest to help the Court make that determination.  But I do not

02:47  8   intend to make any particular legal conclusion along those

02:47  9   lines.

02:47  10  **Q.**   Prior to your involvement in this case, had you ever

02:47  11  worked on a BOP before?

02:47  12  **A.**   No, I had not.

02:47  13  **Q.**   And prior to your involvement in this case, had you ever

02:48  14  worked in the oil and gas industry before?

02:48  15  **A.**   No, I had not.

02:48  16  **Q.**   Do you believe that experience with the BOP or in the oil

02:48  17  and gas industry is necessary to arrive at your conclusions?

02:48  18  **A.**   No.  Actually, I think it's a good thing that we have at

02:48  19  least one expert in this case that's from outside the industry,

02:48  20  because I don't operate under the conventions that everyone

02:48  21  else in the industry might; and so I might have a different

02:48  22  look on things, and I might see things that others might not.

02:48  23  **Q.**   And does physics operate on the BOP the same way it does

02:48  24  on other mechanical systems and structures?

02:48  25  **A.**   Yes.  This has come up many times in the hundreds of legal

RORY DAVIS - DIRECT

02:48   1    cases I've worked on.  I have a saying that "physics is
02:48   2    physics," and everything on earth obeys the same law of
02:48   3    physics.  So these things are applicable to any mechanical or
02:48   4    structural system, whether it's a rocket engine or a race car
02:48   5    or a blowout preventer.
02:49   6        MS. CHANG:  Could we have TREX-22737, please.
02:49   7    BY MS. CHANG:
02:49   8    Q.   Dr. Davis, do you recognize this document?
02:49   9    A.   Yes, I do.
02:49   10   Q.   And what is it?
02:49   11   A.   It's the cover sheet for my first expert report.
02:49   12       MS. CHANG:  Could we have TREX-07661, please.
02:49   13   BY MS. CHANG:
02:49   14   Q.   Do you recognize this document, Dr. Davis?
02:49   15   A.   Yes.  That's the cover sheet for my rebuttal report.
02:49   16   Q.   And are your opinions relating to the causes of the
02:49   17   failure of the *Deepwater Horizon*'s BOP contained in these two
02:49   18   reports?
02:49   19   A.   Yes, they are.
02:49   20       MS. CHANG:  Your Honor, I offer Dr. Rory Davis as an
02:49   21   expert in mechanical engineering and failure analysis.
02:49   22       MS. KARIS:  Your Honor, Hariklia "Carrie" Karis, on
02:49   23   behalf of BP.  We have filed a *Daubert motion*, and to be clear,
02:50   24   our motion is limited to Dr. Davis's opinions with respect to
02:50   25   best and safest available technology.

RORY DAVIS - DIRECT

02:50  1    THE COURT:  Whether the BOP was in compliance with
02:50  2  the regulations; right?
02:50  3    MS. KARIS:  In part, yes, whether it was in
02:50  4  compliance.  But the second part to that is he offers opinions
02:50  5  based on that regulation regarding what other practical or
02:50  6  feasible designs should have been incorporated.  And yet he
02:50  7  admits in his deposition -- and I assume here -- that he has
02:50  8  never conducted any such analysis; and he himself agreed he has
02:50  9  no prior experience with respect to BOPs.
02:50  10    And on that basis we move to strike any opinions
02:50  11  with respect to his application of BASP in any capacity.
02:50  12    THE COURT:  Do you plan to opine on those things here
02:50  13  today?
02:51  14    THE WITNESS:  I do plan to opine on what other
02:51  15  technologies are out there that are better for this
02:51  16  application, but I do not intend to make any judgments relative
02:51  17  to the regulations.
02:51  18    THE COURT:  Let me hear from the other people.
02:51  19    MR. JONES:  Your Honor, David Jones on behalf of
02:51  20  Cameron.  We also have a *Daubert motion* for Dr. Davis.  The
02:51  21  issues in our motion are, first, his opinions related to
02:51  22  alternative blind shear ram designs, whether there were
02:51  23  feasible alternative blind shear ram designs that could have
02:51  24  been incorporated into this BOP.
02:51  25    Second, his opinions regarding what are

OFFICIAL TRANSCRIPT

RORY DAVIS - DIRECT

02:51   1   foreseeable conditions that a BOP might see in deepwater

02:51   2   drilling.

02:51   3           And lastly, opinions about whether the blind

02:51   4   shear rams could have sheared and healed under certain assumed

02:51   5   conditions.

02:51   6           We believe that Dr. Davis doesn't have the

02:51   7   qualifications to render those opinions.  We also believe that

02:52   8   his methodology with respect to alternative ram design and

02:52   9   ability to seal is not in compliance with *Daubert*.

02:52   10          **THE COURT:**  All right.  I think Transocean wants to

02:52   11  say something.

02:52   12          **MR. DOYEN:**  Your Honor, we would join in those

02:52   13  motions.  And then to the extent that we have other challenges,

02:52   14  which we do, we would be content to illuminate those through

02:52   15  cross-examination and reserve for the Court's judgment at a

02:52   16  later time.

02:52   17          **THE COURT:**  All right.  Very well.  I'm going to let

02:52   18  this witness testify.  I think he clearly has great expertise

02:52   19  as a mechanical engineer and a lot of experience.  I don't

02:52   20  think the fact that he's not previously worked on a blowout

02:52   21  preventer, on this particular device, means he can't give

02:52   22  expert testimony about it from a mechanical engineering

02:52   23  standpoint.

02:52   24          I understand the issue about the regulations and

02:52   25  all, and I'll consider that.  I don't know how far it will go,

RORY DAVIS - DIRECT

| | | |
|---|---|---|
| 02:53 | 1 | but we'll see how that goes. |
| 02:53 | 2 |         MR. DOYEN:  Thank you. |
| 02:53 | 3 |         MS. KARIS:  Thank you, Your Honor. |
| 02:53 | 4 |         MR. JONES:  Thank you, Your Honor. |
| 02:53 | 5 | BY MS. CHANG: |
| 02:53 | 6 | Q.  Dr. Davis, would you give us a brief description of the |
| 02:53 | 7 | critical components of the BOP system for your analysis? |
| 02:53 | 8 | A.  Sure.  I think we have a video. |
| 02:53 | 9 |         Here we have the BOP stack, and the upper part is |
| 02:53 | 10 | called the LMRP, lower marine riser package, and it's connected |
| 02:53 | 11 | to the lower BOP through a large hydraulic connector. |
| 02:53 | 12 |         And if you go to the next chart, you can see where |
| 02:53 | 13 | the yellow pod are and the blue pod are in the LMRP, actually. |
| 02:53 | 14 | These are electrohydraulic systems, fairly complicated, that |
| 02:53 | 15 | operate all the hydraulic units on the BOP stack. |
| 02:53 | 16 |         Here you can see under normal operation you have |
| 02:53 | 17 | signals coming down from the rig, and the control pods |
| 02:54 | 18 | interpret those signals and get -- they basically get commands |
| 02:54 | 19 | to do certain things in the pod -- or in the blowout preventer, |
| 02:54 | 20 | such as closing certain rams and so forth. |
| 02:54 | 21 |         THE COURT:  Ms. Chang, I don't think you or the |
| 02:54 | 22 | witness identified whatever this exhibit is for the record. |
| 02:54 | 23 | Just so the record will be clear what he's describing. |
| 02:54 | 24 |         MS. CHANG:  My apologies, Your Honor.  This is |
| 02:54 | 25 | D-3550.001. |

OFFICIAL TRANSCRIPT

RORY DAVIS - DIRECT

02:54    1            **THE COURT:**  Okay.  Go ahead.

02:54    2            **THE WITNESS:**  Okay.  So continuing on.  Now, we're

02:54    3    looking at the major hydraulic components in the BOP stack.

02:54    4            First, we have our annular preventers.  We have

02:54    5    an upper and a lower.  Those are in the LMRP.  Then below that,

02:54    6    we have the blind shear ram, which is arguably the most

02:54    7    important component we'll talk about later.  And we have the

02:54    8    casing shear ram below that, which is the ram with the heaviest

02:55    9    force capability of everything in there.

02:55   10            Then we have two variable bore rams, which I'll

02:55   11    explain in a minute, and a test ram at the bottom.

02:55   12            Next chart.  This is how an annular preventer

02:55   13    works.  We have a big rubber doughnut, and when the blue

02:55   14    hydraulic ram is pressurized, indicated by the yellow arrows

02:55   15    down below, then we push upward on the rubber doughnut; and

02:55   16    then in turn, the rubber contracts around the drill pipe, and

02:55   17    it seals the annulus in the well.

02:55   18            And what I mean by "annulus" here, I want to be

02:55   19    clear, is not the same as the annulus you were talking about

02:55   20    during the cementing.  In that case, you were looking down at

02:55   21    the bottom of the hole, and the space outside the casing was

02:55   22    also called the annulus.  But now when I say annulus, I mean

02:56   23    between the wellbore and the drill pipe.  So it's this area

02:56   24    here.

02:56   25            So an annular preventer closes off the annulus

OFFICIAL TRANSCRIPT

RORY DAVIS - DIRECT

02:56  1  when commanded.  So both annular preventers work the same way.
02:56  2             Now, on the next chart, here we have a variable
02:56  3  bore ram.  This is another way of closing the annulus, and it
02:56  4  does that by closing the two halfs around the pipe, and they
02:56  5  can actually close around different sizes of pipe.  And when it
02:56  6  does close, there's rubber inside, and these are rubber or
02:56  7  elastomer packers.  And the packers are able to completely seal
02:56  8  all the way around so that you get no annulus flow.
02:56  9             Now, also, these variable bore rams can carry up
02:56 10  and down forces.  It holds the drill pipe pretty strongly up
02:56 11  and down.
02:57 12             Next chart.  Here we have the blind shear ram.
02:57 13  This is the component that can actually seal off the entire
02:57 14  well.  It has the ability to both close the annulus, using
02:57 15  these packers and seals, but it can also cut the pipe if the
02:57 16  pipe is present.
02:57 17             And if you go to the next chart.  Here you have
02:57 18  a piece of pipe.  This is a straight blade and this is an
02:57 19  angled blade, and they come together and shear the pipe off.
02:57 20  And then once the pipe is sheared off, the lower piece that you
02:57 21  cannot see now is actually bent over by the rams, and that
02:57 22  helps to seal the lower piece of pipe.
02:57 23             And then the packers, they're called, these
02:57 24  elastomer pieces, seal the annulus.  So you can completely shut
02:57 25  off the flow both through the drill pipe and through the

RORY DAVIS - DIRECT

02:57    1    annulus on the outside of the drill pipe.

02:57    2                    Next chart.

02:58    3    **BY MS. CHANG:**

02:58    4    **Q.**    What is the automatic mode, or the AMF, function?

02:58    5    **A.**    AMF function is an autonomous system that does not require

02:58    6    human intervention, and it's executed from the pods on the LMRP

02:58    7    when communication is lost between the rig and the pods.

02:58    8                    So if you lose communications, if you lose

02:58    9    hydraulics, and if you lose electricity, then the AMF function

02:58    10    will be initiated.  And the intention of the AMF function is to

02:58    11    close the blind shear ram in an emergency situation.

02:58    12    **Q.**    And finally, Dr. Davis, what is the autoshear function?

02:58    13    **A.**    Autoshear is another emergency mode to close the blind

02:58    14    shear ram.  It's, again, autonomous; it does not require human

02:58    15    intervention.  However, in this case, it has no electronic

02:58    16    component at all.  It only works with hydraulics.

02:59    17                    And the autoshear takes place normally when -- if the

02:59    18    LMRP is suddenly removed from the lower BOP stack, which is an

02:59    19    emergency procedure.  For example, if the rig drifts too far

02:59    20    off of station, the LMRP will be released and the valve that

02:59    21    operates the autoshear will be tripped and the blind shear ram

02:59    22    will be closed by the autoshear function.

02:59    23    **Q.**    And the autoshear function does not involve the yellow or

02:59    24    blue control pods; is that correct?

02:59    25    **A.**    That's correct.  This is an entirely hydraulic system that

RORY DAVIS - DIRECT

02:59  1   operates independently of all of the pod details.  All the

02:59  2   electronics are not used.

02:59  3   **Q.**   Dr. Davis, were you able to reach any conclusions

02:59  4   regarding what caused the *Deepwater Horizon*'s BOP to fail?

02:59  5   **A.**   Yes, I reached several conclusions.

02:59  6          In order to explain them, I want to define a couple

03:00  7   of different times.  It is important to specify which time

03:00  8   we're referring to.

03:00  9   **Q.**   Okay.  And this is D-3591.

03:00  10  **A.**   Firstly, we have what I'll call "AMF time."  This is

03:00  11  April 20th, 2010, at the time of the explosion and just a few

03:00  12  minutes after that.  And then we have another time we're going

03:00  13  to call "autoshear time," which is April 22nd, two days later.

03:00  14  **Q.**   Let's start at AMF time, or April 20th, 2010.

03:00  15         Do you believe that the conditions for AMF were

03:00  16  satisfied at the time of the explosion or shortly thereafter?

03:00  17  **A.**   Yes, I believe they were.  The explosion would have done a

03:00  18  lot of damage, and the communication to the pods would have

03:00  19  been lost -- and also electricity and hydraulics, and that

03:00  20  would have activated the AMF.

03:01  21  **Q.**   And the activation of the AMF should have caused the blind

03:01  22  shear rams to close at that point?

03:01  23  **A.**   It should have.  That would be its normal mode of

03:01  24  operation.  However, we had two problems in the pods that

03:01  25  prevented the blind shear ram from being activated at that

RORY DAVIS - DIRECT

03:01  1  time.

03:01  2  **Q.**   Okay.  What were those two problems?

03:01  3  **A.**   The first was that we had a dead battery in the blue pod;

03:01  4  the 27-volt battery was dead, which is critical to operating

03:01  5  the solenoids.

03:01  6       Then in the yellow pod, we had a miswired solenoid.

03:01  7  Solenoid 103, it's called, which is the solenoid that tells the

03:01  8  blind shear ram to close.  So it did not function either.

03:01  9       So we were unable to actuate the blind shear ram from

03:01  10  both the blue pod and the yellow pod.

03:01  11  **Q.**   What's the basis for your opinion that the battery in the

03:01  12  blue pod was dead?

03:02  13  **A.**   When we checked the battery, the 27-volt battery, in our

03:02  14  activities at Michoud, we found that it was virtually dead,

03:02  15  very low voltage.

03:02  16       This was consistent with what was found when the blue

03:02  17  pod was raised from subsea on the *Discoverer Enterprise*.  So

03:02  18  apparently the battery was not in a condition where it could

03:02  19  have functioned the solenoids.

03:02  20  **Q.**   Are you aware of other experts' opinion regarding whether

03:02  21  the condition of the blue pod's 27-volt battery at the time of

03:02  22  the AMF would have allowed it to function?

03:02  23  **A.**   BP's and Halliburton's experts agree with me that the

03:02  24  battery would have been insufficient to properly activate the

03:02  25  blind shear ram in AMF.  The only expert that doesn't agree

RORY DAVIS - DIRECT

03:02  1   with me is Transocean's expert, Mr. Childs.

03:02  2   **Q.**   Why do you disagree with Mr. Childs' opinion?

03:02  3   **A.**   Mr. Childs has a completely different theory, that somehow

03:03  4   the 27-volt battery in the blue pod was actually charged and

03:03  5   properly functioned at the time of AMF; but then, because of a

03:03  6   low 9-volt battery, was subsequently drained of all of its

03:03  7   charge.  So when we found later, it didn't have sufficient

03:03  8   charge.

03:03  9        The problem is, is when we checked the 9-volt

03:03  10  batteries at Michoud, we found that there was absolutely no

03:03  11  problem with the 9-volt batteries in the blue pod.  So I must

03:03  12  discount Mr. Childs' theory.

03:03  13  **Q.**   Were you able to review any of the experiments and test

03:03  14  results that Mr. Childs bases his theory on?

03:03  15  **A.**   Yes.  I reviewed some materials.  There were some

03:03  16  independent tests done by Transocean for Mr. Childs that are

03:03  17  separate from what we were doing with DNV, with peer-review and

03:04  18  so forth, on the site.  There was a report put out.  It's not a

03:04  19  very good report, unfortunately, and there are a lot of details

03:04  20  left out.

03:04  21        So I was not -- I could not really use that report to

03:04  22  any great effect.

03:04  23  **Q.**   Was Transocean provided the opportunity to comment and

03:04  24  provide feedback on the battery testing that was performed at

03:04  25  Michoud?

RORY DAVIS - DIRECT

03:04   1   A.   Yes.   The TWG included representatives from Transocean.

03:04   2   There were lots of opportunities to weigh in and discuss

03:04   3   methods of testing batteries and so forth.

03:04   4   Q.   If the 27-volt battery in the blue pod had functioned at

03:04   5   the time of AMF, do you believe that the blind shear ram would

03:04   6   have closed?

03:04   7   A.   Yes, I do.   If that 27-volt battery had been sufficiently

03:04   8   charged -- I know the AMF function was activated, and it should

03:04   9   have went ahead and commanded the blind shear ram.   It would

03:05   10  have closed; it would have cut the whole pipe and bent over the

03:05   11  top of it and sealed the well, like you saw in the video

03:05   12  earlier.

03:05   13  Q.   Is there anything that could have been done to ensure that

03:05   14  that 27-volt battery in the blue pod was functional at AMF?

03:05   15  A.   Yes, there are numerous things.   Firstly, given the system

03:05   16  that was in place, Cameron's recommended replacement schedule

03:05   17  for those batteries should have been followed.   We found that

03:05   18  they were not.   The 27-volt blue pod battery had been in use

03:05   19  for about two and a half years, and Cameron recommends that it

03:05   20  be used for up to one year.   So that's the first thing.

03:05   21       And then the other thing is that the maintenance

03:05   22  recording history is very difficult to follow.   It's very

03:05   23  difficult to tell when the batteries were last changed.   So,

03:05   24  therefore, it's difficult to know when the next change should

03:05   25  take place.   So the maintenance history system was

RORY DAVIS - DIRECT

03:06  1    insufficient.

03:06  2    **Q.**   What about testing?  Was there testing that should have

03:06  3    been performed that would have identified the dead 27-volt

03:06  4    battery?

03:06  5    **A.**   Yes.  Well, the first thing is, whenever your pods are on

03:06  6    the surface, you can check those battery voltages.  So that

03:06  7    would have been a wise thing to do.  But there was no evidence

03:06  8    ever found that that was done.

03:06  9         Then another thing that you could do while the BOP is

03:06  10   on the surface is to run the actual AMF sequence to make sure

03:06  11   it works.  And there was also no record that that was ever

03:06  12   done.

03:06  13   **Q.**   And finally, was there hardware that could have been

03:06  14   installed that would have detected a depleted 27-volt battery?

03:06  15   **A.**   Yes.  The first thing is, is that it makes a lot of sense

03:06  16   to have a battery voltage monitoring system of some kind.  And

03:06  17   that was not in use on this rig.

03:06  18        And then the other thing is that rechargeable battery

03:07  19   system could be used where you don't have to worry about your

03:07  20   batteries ever going dead because they're continuously under

03:07  21   charge.  And that was not in use.

03:07  22   **Q.**   So let's talk now about the yellow pod.  Why is it that

03:07  23   you believe that the yellow pod was unable to function the

03:07  24   blind shear ram at the time of AMF?

03:07  25   **A.**   Well, the yellow pod was brought up from subsea after the

RORY DAVIS - DIRECT

03:07  1  accident, on the *Q4000*.  Checks were made to the AMF function,
03:07  2  and they found that that solenoid was not operating; the AMF
03:07  3  function was not executing from the yellow pod.
03:07  4        And so they took that solenoid out, and they replaced
03:07  5  it with a new one.  And lo and behold, then the AMF function
03:07  6  worked.  So at that point, they knew there was something wrong
03:07  7  with this original Solenoid 103Y, we call it.  So back at
03:08  8  Michoud, that was one of the solenoids that we disassembled and
03:08  9  we looked inside.  We found that the -- this solenoid that has
03:08  10  two coils inside that work together had one of those two coils
03:08  11  reverse-wired, and that was a big problem because that meant
03:08  12  that the action of the two coils, instead of being
03:08  13  complementary and adding to the force that you would get from
03:08  14  your valve, you would get a cancelation.  So the valve would
03:08  15  not shift.
03:08  16        That was essentially the cause of the problem that
03:08  17  was seen on the *Q4000*, and that's what prevented that solenoid
03:08  18  from activating the blind shear ram during AMF.
03:08  19  **Q.**   Are you aware of any tests performed by Cameron that
03:08  20  support your opinion that a miswired solenoid would not be able
03:09  21  to function the blind shear ram?
03:09  22  **A.**   I am aware that Cameron did some tests on a similar
03:09  23  solenoid -- on the same model solenoid with intentional reverse
03:09  24  wiring.  And they came to the same conclusion, that that
03:09  25  solenoid used in the AMF-type process where you're activating

RORY DAVIS - DIRECT

03:09    1    both coils at once, it simply would not function.

03:09    2    Q.    And are you aware of other experts' opinions regarding

03:09    3    whether a miswired solenoid could function?

03:09    4    A.    Yes.  BP and Halliburton experts agree with me that that

03:09    5    solenoid would not have been functional to activate the AMF,

03:09    6    the blind shear ram.

03:09    7          On the other hand, Transocean's expert, Mr. Childs,

03:09    8    disagrees.  He believes that, despite the incorrect wiring,

03:09    9    that somehow that solenoid would have still functioned the AMF.

03:09   10    Q.    And why do you disagree with Mr. Childs' opinion?

03:09   11    A.    Because of the large amount of testing that we did at

03:10   12    Michoud.  In cooperation with DNV and everyone on the TWG, we

03:10   13    clearly established that that solenoid would not properly

03:10   14    function.

03:10   15          There were some other tests done independently by

03:10   16    Transocean and Mr. Childs.  The reporting on those tests is

03:10   17    woefully inadequate.  We can't rely on it, and so we discount

03:10   18    Mr. Childs' theory in light of the large amount of other

03:10   19    evidence that we had.

03:10   20    Q.    Was Transocean provided the opportunity to comment and

03:10   21    provide feedback on the testing that was performed on the

03:10   22    solenoids at Michoud?

03:10   23    A.    Yes.  Again, they had membership on the TWG.  They could

03:10   24    weigh in and voice any concerns about how we were doing the

03:10   25    solenoid tests.

2656

RORY DAVIS - DIRECT

| | |
|---|---|
| 03:10 | 1 |
| 03:10 | 2 |
| 03:10 | 3 |
| 03:11 | 4 |

THE COURT:  Let me just interrupt you for a minute.
I want to understand.  You point out two different problems,
one with the 27-volt battery that was in the blue pod; right?

THE WITNESS:  Yes.

THE COURT:  And then this separate problem.  Were
those problems related?

THE WITNESS:  No, they really weren't, and it is
very, very unfortunate that they both occurred at the same time
because that essentially wiped out the redundancy that was
there by having two pods.

THE COURT:  That was going to be my question.

THE WITNESS:  Yeah.

THE COURT:  If either of these things had not
occurred, if either the battery had been charged and/or the
solenoid had been, in your view, in your opinion, wired
correctly, the blind shear rams would have worked?

THE WITNESS:  That is correct.

THE COURT:  Okay.

BY MS. CHANG:

Q.   Are you aware of anything that could have been done to
ensure that the solenoid was properly wired?

A.   Yes.  Faulty wiring is very easy to detect.  In fact,
Cameron provides procedures -- written procedures for
rebuilding or refurbishing solenoids.  And once they are
refurbished, you're supposed to check them with a certain set

RORY DAVIS - DIRECT

03:12  1    of tests.

03:12  2          And those tests include exciting one coil or two

03:12  3    coils at the same time.  And if you had done two coils at the

03:12  4    same time, you would have seen that the valve wouldn't work.

03:12  5    So that would immediately tell you the wiring was bad.

03:12  6          Those same procedures are reflected in some of

03:12  7    Transocean's required solenoid refurbish and check procedures.

03:12  8          So if any of that -- if either one of those

03:12  9    procedures would have been followed, the problem with the

03:12  10   solenoid would have been identified and it never would have

03:12  11   been put on a blowout preventer.

03:12  12   Q.   Okay.  So that pretty much summarizes your opinions on

03:12  13   what happened -- what failed to happen at the time of AMF.

03:12  14          So let's talk now about the autoshear function that

03:13  15   was attempted on April 22nd, 2010.

03:13  16          Were you able it reach any conclusions regarding the

03:13  17   functioning of the blind shear ram at that point?

03:13  18   A.   Yes, I was.  So now we're talking about two whole days

03:13  19   later.  The rig has been drifting around, things have been

03:13  20   happening down in the BOP that I won't get into right now.  So

03:13  21   the conditions were entirely different.

03:13  22          Now, at this point in time is when I believe the

03:13  23   autoshear function actually did close the blind shear ram.  If

03:13  24   you look at the hardware involved, the pieces of pipe, you will

03:13  25   see that the pipe was attempted to be cut in an offset

RORY DAVIS - DIRECT

03:13   1   position.  The pipe was off to the side of the wellbore when
03:13   2   the blind shear ram closed.
03:13   3        And because of this -- because of the way the ram
03:13   4   blocks are configured, it was not possible to completely cut
03:14   5   the pipe.  Instead, it was only partially cut; and because of
03:14   6   the fact that the ram block -- the ram blades could not center
03:14   7   the pipe hardly at all, then the pipe -- a piece of the pipe
03:14   8   got stuck in the side, and it kept the blind shear ram from
03:14   9   closing.
03:14   10        So we wound up with a blind shear ram that wasn't
03:14   11   completely closed and it was leaking a lot and it had not
03:14   12   completely closed against the rubber packers, so it could not
03:14   13   seal the well.
03:14   14   Q.   So what is the basis for your opinion that the blind shear
03:14   15   ram was activated at the time of autoshear?
03:14   16   A.   Well, as I said, this was two days later, so the
03:14   17   conditions were totally different than they were at AMF time.
03:14   18   I did extensive analysis to consider both -- both of those
03:14   19   times.  Back at AMF time, there was really no mechanism for the
03:15   20   pipe to be off center as it was when the blind shear ram was
03:15   21   closed.
03:15   22        So later in the time of autoshear, there were lots of
03:15   23   reasons why the blade -- why the drill pipe could have been off
03:15   24   to the side.  So it's very strong evidence that it was
03:15   25   autoshear time when the blind shear ram did close.

RORY DAVIS - DIRECT

03:15   1   **Q.**   Are you aware of other experts' opinions regarding your
03:15   2   conclusion -- regarding your conclusion that the blind shear
03:15   3   ram functioned at autoshear?
03:15   4   **A.**   Yes.  Again, BP and Halliburton experts agree with me that
03:15   5   it was autoshear time when the blind shear ram closed.
03:15   6   Mr. Childs at Transocean disagrees with me again.  He believes
03:15   7   that the blind shear ram was closed at AMF time.
03:15   8           **THE COURT:**  Just so I'm clear on this, the autoshear
03:15   9   time, again, to distinguish it from the AMF time, that's what
03:16   10   is -- what occurs or is intended to occur when the lower marine
03:16   11   riser package separates for any reason, it disconnects from the
03:16   12   lower part of the blowout preventer?
03:16   13          **THE WITNESS:**  That's correct.
03:16   14          **THE COURT:**  Okay.
03:16   15          **THE WITNESS:**  That's the normal mode of operation.
03:16   16          **THE COURT:**  And that should happen automatically?
03:16   17          **THE WITNESS:**  It should happen automatically.
03:16   18          **THE COURT:**  That's not relying on any kind of
03:16   19   electronics?
03:16   20          **THE WITNESS:**  That's right.
03:16   21          **THE COURT:**  It's an hydraulic function, you said.
03:16   22          **THE WITNESS:**  It's only a hydraulic function.
03:16   23              And in this case, it was specially initiated by
03:16   24   an ROV going to the blowout preventer and actually cutting off
03:16   25   a piece of the valve plunger.

RORY DAVIS - DIRECT

03:16  1      **THE COURT:**  To simulate that there had been a
03:16  2  disconnect between the LMRP and the blowout preventer?
03:16  3      **THE WITNESS:**  Exactly.  Yeah.
03:16  4      **THE COURT:**  Okay.
03:16  5      **THE WITNESS:**  So it allowed the valve to shift
03:16  6  without the LMRP actually being removed.
03:17  7      **THE COURT:**  Okay.  Thank you.
03:17  8      **THE WITNESS:**  So that's how the autoshear actually
03:17  9  took place.
03:17  10          And then at that time, the pipe had been all
03:17  11  over the place with the rig drifting around.  The pipe wound up
03:17  12  very far offset, and the blind shear ram could not cut it.
03:17  13  **BY MS. CHANG:**
03:17  14  **Q.**  Why do you disagree with Mr. Childs' conclusion that the
03:17  15  blind shear ram functioned at the time of AMF rather than
03:17  16  autoshear?
03:17  17  **A.**  Well, there's just no evidence to support that theory.  If
03:17  18  you spend a lot of time studying it, you find that at AMF time
03:17  19  there was no reason for the pipe to be significantly off
03:17  20  center.  So if we find this pipe way off to the side, this is
03:17  21  not explained by an AMF functioning in the blind shear ram.
03:17  22  **Q.**  Did Mr. Childs' opinion rely on any engineering
03:17  23  calculations?
03:17  24  **A.**  Yes.  The underlying theory behind the idea that, at AMF
03:18  25  time, the pipe was offset is based on this theory that there

OFFICIAL TRANSCRIPT

RORY DAVIS - DIRECT

03:18  1    was a lot of upward flow forces.  So at this point, you know,

03:18  2    the well was blowing out, and the thought was that there was

03:18  3    some -- a lot of upward force on the pipe that would cause it

03:18  4    to buckle or to move off to the side.

03:18  5         However, if you go through in detail the calculations

03:18  6    to look at that, it turns out that -- and Stress Engineering

03:18  7    Services, who did some calculations for Mr. Childs in this

03:18  8    respect, made some fundamental errors when trying to figure out

03:18  9    what the forces on the pipe was.

03:18  10        And I did my own calculations and I found that the

03:18  11   forces on the pipe from upward flow were very small compared to

03:18  12   what they thought they were.

03:18  13        Also, you have to recognize that when the AMF could

03:18  14   have functioned, one of the variable bore rams had already

03:19  15   closed, at least one.  And so the pipe was being centered by

03:19  16   that variable bore ram in the wellbore that was helping keep

03:19  17   the pipe straight.

03:19  18        In addition, the hydrostatic forces, as you close the

03:19  19   variable bore ram, would cause the pipe to be in tension, not

03:19  20   in compression.  And we also had, at that point in time, maybe

03:19  21   a little bit of rig drift that would cause the pipe also to be

03:19  22   in tension.  And we see this -- we have corroborating data for

03:19  23   this in the mud logger data that shows -- if you look carefully

03:19  24   at it, the hook load and the pressure data does indicate that

03:19  25   the pipe was in tension at this time with the BOP, not in

RORY DAVIS - DIRECT

03:19  1   compression.

03:19  2          So that means the pipe was centered closely -- pretty

03:19  3   close to center within the bore, maybe within an inch of the

03:20  4   center of the bore at that point in time.  And then if that was

03:20  5   true, that the VBR was closed, you would have no flow to be

03:20  6   concerned about, the blind shear ram could have readily cut

03:20  7   pipe, fold it over the top, and completely sealed the well.

03:20  8   Q.   And that time that you're talking about right now, that's

03:20  9   at the time of AMF; correct?

03:20  10  A.   That's right.  That's right.

03:20  11         And so if AMF had been the time when the blind shear

03:20  12  ram was closed, you would have seen a centered pipe cut, not an

03:20  13  offset partial pipe cut like we really saw, which was caused by

03:20  14  the autoshear time.

03:20  15  Q.   And are you aware of anything that could have been done to

03:20  16  ensure that the blind shear ram could have fully sheared the

03:20  17  off-centered drill pipe at the time of autoshear?

03:20  18  A.   Okay.  So still talking about autoshear here, we're

03:20  19  dealing with the unfortunate fact that we have an offset pipe,

03:20  20  pretty heavily offset.  Now, it turns out that the blind shear

03:20  21  ram that was in use here was a -- what I call a single-V blade

03:21  22  ram.  It had a V-shaped blade and a straight blade.

03:21  23         It turns out that that design has very little ability

03:21  24  to center the pipe before it cuts the pipe.  It cannot deal

03:21  25  with significant friction between the pipe and the ram block

OFFICIAL TRANSCRIPT

RORY DAVIS - DIRECT

03:21  1    blades.  If you use double-V rams -- and there are two
03:21  2    different models available on the market from Cameron, for
03:21  3    example.  There's the so-called DVS ram and another one called
03:21  4    the CDVS ram.  Both of these use two V-shaped blades.  And it
03:21  5    turns out that this provides drastically more centering
03:21  6    capability.  It can actually move the pipe back to the center
03:21  7    and then cut it.
03:21  8            And if this kind of ram had been in use, I believe
03:21  9    that the pipe could have been cut and the well could have been
03:21  10   sealed even at autoshear time.
03:22  11   Q.   Is there any difference in the amount of pressure that the
03:22  12   double-V ram blades require versus the single ram blades --
03:22  13   single-V?
03:22  14   A.   Yeah.  Aside from the centering capability that's much,
03:22  15   much better for the double-V rams, they also require less
03:22  16   pressure to cut the same size pipe compared to the existing
03:22  17   blind shear ram that was in use.  It takes 600 to 800 psi less
03:22  18   hydraulic pressure to cut the same size pipe.  So that's also a
03:22  19   big benefit of using that kind of a ram.
03:22  20   Q.   And were the double-V blade rams available for use in the
03:22  21   *Deepwater Horizon*'s BOP?
03:22  22   A.   Yes.  Both the DVS and the CDVS were on the market.  They
03:22  23   were practical to use.  They were actually a plug-and-play
03:23  24   change-out.  So you didn't have to do any engineering.  You
03:23  25   could just take out the ram blocks from the old design and plug

OFFICIAL TRANSCRIPT

RORY DAVIS - DIRECT

03:23   1   in the new double-V ram blocks.  It did require you to pull the

03:23   2   bonnets, which is not trivial, but it's not a big deal.

03:23   3   **Q.**   Do you have any other opinions regarding the adequacy of

03:23   4   the blind shear ram on the *Deepwater Horizon*?

03:23   5   **A.**   Yes, I also have some opinions about that.  It turns out

03:23   6   that the shearing capacity for this blind shear ram was

03:23   7   marginal at best.

03:23   8          In the case of the 5 1/2-inch pipe, which is what was

03:23   9   in the BOP at the time of accident, if you go through the

03:23   10  calculations, considering the depth of the well and the

03:23   11  pressure inside the well, the required hydraulic pressure to

03:23   12  cut that pipe exceeded the 3,000-psi main system pressure.  So

03:23   13  you couldn't use the main system to actually cut the pipe.

03:24   14  Also, the shearing pressure required was too close to the

03:24   15  4,000-psi limit which is in the high-pressure system.

03:24   16          And so this --

03:24   17          **THE COURT:**  Explain to when what you mean by the

03:24   18  "main system" in a high-pressure system.

03:24   19          **THE WITNESS:**  Okay.  Yes.  3,000 psi is supplied from

03:24   20  the rig down piping that goes along with the riser all the way

03:24   21  down to the blowout preventer.  So we have 3,000 psi available

03:24   22  from the rig to actuate the different hydraulics.  And that

03:24   23  would normally be the way things are actuated under normal

03:24   24  day-to-day operations.

03:24   25          The normal 4,000-psi system is actually

RORY DAVIS - DIRECT

03:24  1    contained on the blowout preventer itself and is used for the
03:24  2    autonomous functions like AMF and autoshear.  And -- but it can
03:24  3    also be controlled from the rig.  And that is the highest
03:25  4    pressure you have available to you to do any of these emergency
03:25  5    operations is 4,000 psi.
03:25  6                You would like to have the ability to use both.
03:25  7    So it's not -- I don't consider it very good to even be above
03:25  8    3,000 psi.  But when you're getting up to 4,000 or very close
03:25  9    to it, that's a problem because now your highest pressure
03:25  10   system might not even be able to cut the pipe.
03:25  11   BY MS. CHANG:
03:25  12   Q.   So for 6 5/8-inch pipe, was the blind shear ram capable of
03:25  13   shearing that?
03:25  14   A.   Yes.  6 5/8 pipe was another size pipe that was used in
03:25  15   this well.  And if you go through calculations for that one,
03:25  16   you find that the cutting pressures exceed both the 3,000 and
03:25  17   the 4,000-psi limits.  So there could be situations, if you had
03:25  18   the 6 5/8 pipe across the BOP, you would not be able to cut it
03:26  19   with this blind shear ram under certain conditions.
03:26  20   Q.   And it's your understanding that BP was aware that the
03:26  21   6 5/8-inch pipe was in use at the Macondo well?
03:26  22   A.   Yes.  They were aware of that in the documentation, plans
03:26  23   for drilling, and so forth, that there would be 6 5/8 pipe
03:26  24   sometimes used and actually across the blowout preventer.
03:26  25               THE COURT:  But at the time this incident happened,

RORY DAVIS - DIRECT

03:26  1  we're talking about the 5 1/2-inch pipe?

03:26  2         **THE WITNESS:**  Yes, you are correct.  That didn't come

03:26  3  into play in this particular accident.

03:26  4  **BY MS. CHANG:**

03:26  5  **Q.**  And finally, Dr. Davis, during the course of your work,

03:26  6  did you reach any conclusions regarding the maintenance of the

03:26  7  BOP?

03:26  8  **A.**  Yes, I did.  Clearly, there were problems with maintenance

03:26  9  because we had a dead battery and a miswired solenoid, so

03:26  10  that's just self-evident that there are maintenance problems.

03:27  11  They weren't properly executing the maintenance, and I believe

03:27  12  one of the big reasons why was because the recording for

03:27  13  maintenance was not adequate.  So that's number one, just the

03:27  14  fact that those two things happened is indicative of poor

03:27  15  maintenance, and that the history records are just not really

03:27  16  sufficient.

03:27  17         Now, the other thing is that there were several rig

03:27  18  audits performed by BP on this rig.  It started in 2005, and

03:27  19  there was another one in 2008 and then a follow-up one in 2009.

03:27  20  **Q.**  And who performed these rig audits?

03:27  21  **A.**  These were audits actually performed by BP personnel for

03:27  22  BP, who was, you know, running the rig in the Gulf of Mexico.

03:27  23  Okay?  So it was all BP people.

03:27  24  **Q.**  Okay.

03:28  25         **MS. CHANG:**  Could we have TREX-3400, please.

OFFICIAL TRANSCRIPT

RORY DAVIS - DIRECT

03:28  1   **BY MS. CHANG:**

03:28  2   **Q.**   This is page 1 of TREX-3400.  Is this one of the audits

03:28  3   that you were referring to, Dr. Davis?

03:28  4   **A.**   Yes.  This is the cover sheet for the 2005 audit.

03:28  5   **Q.**   Okay.

03:28  6           **MS. CHANG:**  And if we could go to pages 5 and then 6.

03:28  7   Okay.

03:28  8   **BY MS. CHANG:**

03:28  9   **Q.**   What is the significance of the highlighted passages?

03:28  10  **A.**   Well, let's just read the first paragraph up there.

03:28  11          "There is a practice by maintenance personnel to

03:28  12  close out maintenance work orders even though not all tasks are

03:28  13  completed.  Critical checks and inspections are consequently

03:28  14  being missed.  This was noted on numerous occasions during

03:28  15  review of the maintenance history files.  Maintenance work

03:28  16  orders assigned to the" -- I don't have to read that last

03:28  17  half-sentence there.  Sorry about that.

03:28  18          And then if you look at the bottom paragraph there:

03:28  19  "Maintenance history files were generally found to be

03:28  20  unsatisfactory, although a few were exemplary.  Work undertaken

03:29  21  and measurements requested in the maintenance procedure were

03:29  22  frequently omitted from the history files.  An auditable trail

03:29  23  of maintenance performed on equipment was often not possible

03:29  24  from interrogation of the maintenance history."

03:29  25  **Q.**   So from those two excerpts, what does that indicate to

OFFICIAL TRANSCRIPT

RORY DAVIS - DIRECT

03:29  1  you?

03:29  2  A.   Well, it indicates what I just said, essentially, that the

03:29  3  recording and tracking of maintenance was quite inadequate and

03:29  4  there are even some things not being done concerning

03:29  5  maintenance activities.

03:29  6       For example, it says, "Critical checks and

03:29  7  inspections are consequently being missed."  And a perfect

03:29  8  example of that is the dead battery.  That should have been

03:29  9  detected.

03:29  10  Q.   And so, clearly, BP knew that there were serious

03:29  11  maintenance issues on the *Deepwater Horizon* at least in 2005?

03:30  12  A.   Yes.  Starting in 2005, the BP auditors found this and

03:30  13  they reported that back to the head honchos that were operating

03:30  14  this rig out in the Gulf of Mexico.

03:30  15       MS. CHANG:  Could we have TREX-6166, please?

03:30  16  BY MS. CHANG:

03:30  17  Q.   Is this the 2008 rig audit that you were referring to?

03:30  18  A.   Yes, this was done in January 2008, the next rig audit by

03:30  19  BP personnel.

03:30  20       MS. CHANG:  If we could have page 9, please.

03:30  21  BY MS. CHANG:

03:30  22  Q.   If you could read that highlighted passage for us.

03:30  23  A.   "All too frequently, maintenance history notes do not

03:30  24  indicate the extent of the work performed or record readings

03:30  25  requested in the maintenance procedure and as such, they are

RORY DAVIS - DIRECT

03:30   1   all too frequently inconclusive.

03:30   2          "Although raised during previous audits, there is

03:30   3   still a tendency to close out maintenance routines even though

03:31   4   not all tasks, or sometimes no tasks, have been completed.

03:31   5   Ongoing operations are sometimes quoted as the reason for this;

03:31   6   but in most cases, it comes down to not completing all

03:31   7   maintenance procedure tasks.  And again, critical checks and

03:31   8   inspections are consequently being missed."

03:31   9          This was three years later, the same problem.

03:31   10  Q.   And did you see evidence to confirm these statements when

03:31   11  you reviewed the BOP?

03:31   12  A.   Again, the lack of battery information is a perfect

03:31   13  example.

03:31   14         MS. CHANG:  Let's also go to TREX-3405, please.

03:31   15  BY MS. CHANG:

03:31   16  Q.   Is this another one of the audit reports that you were

03:31   17  referring to?

03:31   18  A.   Yes.  This is the so-called follow-up rig audit, September

03:32   19  '09.

03:32   20         MS. CHANG:  And if we could go to page 2, please.

03:32   21  BY MS. CHANG:

03:32   22  Q.   And if you could read that finding for us.

03:32   23  A.   "Closing out of the last audit recommendations had no

03:32   24  apparent verification by BP.  Consequently, a number of the

03:32   25  recommendations that Transocean had indicated as closed out

OFFICIAL TRANSCRIPT

RORY DAVIS - DIRECT

03:32  1  have either deteriorated again or not been suitably addressed

03:32  2  in the first instance."

03:32  3      So I think what they're referring to here is, back in

03:32  4  the 2008 audit that wasn't too long ago, they were looking for

03:32  5  the rectification of the problems that were seen because they

03:32  6  were there -- three years after the 2005 audit, they were still

03:32  7  having the same problems.  So they were looking for

03:32  8  rectification by BP to get these things on the straight and

03:32  9  narrow and working properly.

03:32  10      So that's what they're referring to there, that it

03:33  11  wasn't happening.

03:33  12      **MS. CHANG:**  And if we could flip to page 11, please.

03:33  13  **BY MS. CHANG:**

03:33  14  **Q.**   And, again, Dr. Davis, would you read that into the record

03:33  15  for us?

03:33  16  **A.**   "Whilst it is appreciated that attempts are being made to

03:33  17  improve quality of maintenance reporting, based on observations

03:33  18  during the audit period, further effort is still required.  All

03:33  19  too frequently, maintenance history was substandard with

03:33  20  missing information and poor quality reports that lacked

03:33  21  sufficient detail to convince the reader that the task had

03:33  22  actually been performed in accordance with the procedure."

03:33  23  **Q.**   And is that consistent with what you observed in your

03:33  24  analysis of the BOP?

03:33  25  **A.**   Yeah.  Another example is that the activities involving

RORY DAVIS - DIRECT

03:33   1    our bad Solenoid 103 weren't even in the record.  Who had done
03:33   2    the refurbishment, for example, was not there.
03:34   3    Q.   And all three of these audits indicates to you that BP was
03:34   4    aware of maintenance issues on the BOP?
03:34   5    A.   Yes, they were aware of these maintenance issues for
03:34   6    numerous years and, apparently, the problems were not
03:34   7    rectified.
03:34   8    Q.   Do any of the other experts in this case offer opinions on
03:34   9    whether the maintenance on the *Deepwater Horizon*'s BOP was
03:34   10   adequate?
03:34   11   A.   Again, BP and Halliburton experts agree with me that the
03:34   12   maintenance on the BOP was inadequate and also that the
03:34   13   maintenance problems contributed to the BOP's failure.
03:34   14           MS. CHANG:  Could we switch to the ELMO, please?
03:34   15   BY MS. CHANG:
03:34   16   Q.   So in conclusion, Dr. Davis, does this chart accurately
03:35   17   summarize your opinions and your understanding of the opinions
03:35   18   of the other BOP experts in this case regarding the causes of
03:35   19   its failure?
03:35   20   A.   Yes, I believe so.  So on the left, you have all the
03:35   21   different opinions.  A checkmark indicates an expert that
03:35   22   agrees with me -- "me" being U.S. -- and then the others being
03:35   23   BP and Halliburton.  Xs indicate a disagreement or a different
03:35   24   theory.  And then blank boxes, I guess, represent no opinion.
03:35   25   And I think these are accurate.

RORY DAVIS - CROSS

03:35   1          MS. CHANG:  Thank you very much, Dr. Davis.  I don't
03:35   2   have any further questions.
03:35   3          THE COURT:  Okay.  Any questions by the PSC?
03:35   4          MR. WILLIAMSON:  Yes, Your Honor.
03:35   5          THE COURT:  Okay.  Ms. Chang, I'm trying to keep the
03:36   6   record straight here.  I don't think you identified that last
03:36   7   chart.
03:36   8          MS. CHANG:  That was D-3592, and we had been using
03:36   9   blowouts from it throughout his testimony.
03:36   10          THE COURT:  Oh, it was all part of the same --
03:36   11          MS. CHANG:  Yeah.  It was just the whole chart put
03:36   12   together.
03:36   13          THE COURT:  Okay.  Thank you.
03:36   14          MS. CHANG:  Thank you.
03:36   15          MR. WILLIAMSON:  May it please the Court.  I'm Jimmy
03:36   16   Williamson for the PSC.
03:36   17                  **CROSS-EXAMINATION**
03:36   18   **BY MR. WILLIAMSON:**
03:36   19   **Q.**   Dr. Davis, I want to start with you had three colleagues
03:37   20   who helped you write your report and your rebuttal report.  Am
03:37   21   I right about that?
03:37   22   **A.**   Yes.
03:37   23   **Q.**   Could you tell the Court very briefly -- because he has
03:37   24   your CV, so he doesn't need it extensive, but very briefly why
03:37   25   they were qualified to contribute to your report?

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

03:37  1   **A.**   Yes.  Well, firstly, we had Dr. Neil Robinson, who is a
03:37  2   very accomplished materials scientist and forensic engineer,
03:37  3   who was actually a principal at a company called Exponent, Inc.
03:37  4   at one time in the San Francisco Bay Area, who is well known as
03:37  5   one of the foremost forensic engineering firms in the country.
03:37  6   **Q.**   All right.  Who else?
03:37  7   **A.**   So that's Mr. Robinson.
03:37  8        And then we had Patrick Novak, who is an extremely
03:37  9   experienced hydraulics mechanical engineer; and he also had
03:37  10  good familiarity with solenoids and some electronics.
03:38  11  **Q.**   Okay.  And Merala, Merala?
03:38  12  **A.**   And then we have Raymond Merala, who was our leader,
03:38  13  Talas Engineering, and he has many years of experience doing
03:38  14  forensic engineering and he's a more general mechanical
03:38  15  engineer, like I am.
03:38  16  **Q.**   Now, generally, let's turn to the subject of the BOP.  The
03:38  17  BOP is a mechanical piece of equipment; correct?
03:38  18  **A.**   Yes, it is.
03:38  19  **Q.**   And so -- and that was kind of how your analysis went,
03:38  20  right, was that as a mechanical piece of equipment, what its
03:38  21  limitations were?
03:38  22  **A.**   Yes.  I'm primarily a mechanical engineer.  I also have
03:38  23  experience with electronics and such, but -- so my greatest
03:38  24  interest was:  How does the pipe behave?  How do the blind
03:38  25  shear rams behave?  What are the flow forces?  Things like that

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

03:38  1   that are involved in a mechanical system.

03:38  2   **Q.**   And one of the things that you discovered in the course of

03:39  3   looking at the BOP was that it had various -- it was supposed

03:39  4   to be redundant; right?

03:39  5   **A.**   Yes.  It had a lot of redundancy built into it.

03:39  6   **Q.**   Because after we get past the cement job and after we get

03:39  7   past the primary barrier, being the column of fluids, and after

03:39  8   we get past the negative pressure test and the positive

03:39  9   pressure test, you know, if the blind shear rams are needed, it

03:39  10  will be an emergency?

03:39  11  **A.**   Yes, it probably would be.

03:39  12  **Q.**   Okay.  And what -- as an emergency piece of equipment,

03:39  13  would you describe it as "safety-critical"?

03:39  14  **A.**   Absolutely safety-critical.

03:39  15  **Q.**   Is there any doubt in your mind on that, or is there any

03:39  16  doubt in any of the literature that BP or Transocean have on

03:39  17  this point?

03:39  18  **A.**   No.  I mean, that's my opinion, it's definitely

03:39  19  safety-critical.

03:39  20  **Q.**   Sure.  And I'm not going to take the time, but if I were

03:40  21  to pull up an article by Melvyn Whitby, a Cameron director of

03:40  22  engineering, who says the BOP, when called upon, must function

03:40  23  without fail, would you agree with that?

03:40  24  **A.**   Yes.

03:40  25  **Q.**   Okay.  And here we know it did not function?

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

03:40   1    A.    Unfortunately, it did not.

03:40   2    Q.    Right.  Let's turn to --

03:40   3          MR. WILLIAMSON:  And if I can have up the exhibit

03:40   4    that I believe counsel had up, 3550.001.

03:40   5                Is that possible?  Okay.

03:40   6    BY MR. WILLIAMSON:

03:40   7    Q.    I'll just talk to you about it because they'll be a

03:40   8    minute.

03:40   9          Basically, the BOP -- and the judge has been out to

03:40  10    look at it at Michoud.  It's a massive structure, isn't it?

03:40  11    A.    Yes, it's huge.

03:40  12          THE COURT:  It's up on the screen.

03:40  13          MR. WILLIAMSON:  Thank you, Your Honor.

03:40  14    BY MR. WILLIAMSON:

03:40  15    Q.    The BOP bottom stack has five different cavities where

03:41  16    people can put in different things; correct?

03:41  17    A.    That's right.

03:41  18    Q.    And one -- these are five different valves that will shut

03:41  19    off flow, hopefully, in a necessary situation?

03:41  20          MR. DOYEN:  Your Honor, objection to the leading

03:41  21    quality here throughout the examination.

03:41  22          MR. WILLIAMSON:  I was trying to get through the

03:41  23    undisputed portion, Your Honor, but I'll be happy to ask --

03:41  24          THE COURT:  That's all right.  Keep going.

       25

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

03:41   1   BY MR. WILLIAMSON:

03:41   2   Q.   It has five different cavities; correct?

03:41   3   A.   Yes.

03:41   4   Q.   And did you examine each of those cavities as they were

03:41   5   taken apart at Michoud?

03:41   6   A.   Yes, and the parts that were in the cavities.

03:41   7   Q.   Sure.  Let's take the bottom cavity.  And is the purpose

03:41   8   of the five cavities redundancy?

03:41   9   A.   Yes.  To a great degree, there's redundancy.

03:41   10   Q.   The bottom cavity, what was the bottom cavity?

03:41   11   A.   Okay.  This bottom cavity right here was configured for

03:41   12   what we call a "test ram."  It was actually a variable bore ram

03:42   13   that had been turned upside down.

03:42   14   Q.   And the purpose?

03:42   15   A.   And the purpose of that is, instead of sealing the well

03:42   16   below, it can seal above.

03:42   17   Q.   Okay.

03:42   18   A.   And so that, that way, the people on the rig can

03:42   19   pressurize things and see whether they have leaks or whatever.

03:42   20   Q.   Okay.  And that change had been made after the BOP was

03:42   21   initially installed in 2001 where someone had converted it to a

03:42   22   test ram?

03:42   23   A.   Yes.

03:42   24   Q.   Will the test ram, the bottom cavity, be effective in an

03:42   25   emergency to help stop the flow of hydrocarbons up into the

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

03:42    1    riser?

03:42    2    A.    The test ram cannot seal things coming from below.

03:42    3    Q.    Okay.  So they'd removed it from service as one of the

03:42    4    redundant pieces of equipment?

03:42    5    A.    In effect, it was no longer useful for sealing off the

03:42    6    well.  It had other purposes now.

03:42    7    Q.    And have you seen the charts that say what the pressure

03:43    8    was at the time that the explosion occurred and the data

03:43    9    transmission was lost?  Have you seen what the pressures were

03:43   10    at that time, the drill pipe pressures?

03:43   11    A.    Yes, I've seen that mud log information, if that's what

03:43   12    you mean.

03:43   13    Q.    They were in excess of 5,000 psi at the surface?

03:43   14    A.    Yes, I believe they were.

03:43   15    Q.    And without going through hydrostatic head calculations,

03:43   16    that would mean they were even higher at the BOP, which was

03:43   17    5,000 feet further down?

03:43   18    A.    Yes.

03:43   19    Q.    Okay.  I now want to turn to the lower annular preventer.

03:43   20    Do you see that component?

03:43   21    A.    Yes, that's this component here.

03:43   22    Q.    Had the lower annular preventer, after the time the BOP

03:43   23    was sold, been converted?

03:43   24    A.    Yes, it had been changed to a new elastomer doughnut that

03:43   25    had a limit of, I believe, 5,000 psi working pressure.

RORY DAVIS - CROSS

03:43   1   **Q.**   Okay.  So the lower annular preventer, who had made that

03:44   2   change?

03:44   3   **A.**   I believe it was BP that requested that, and it was what

03:44   4   they call a "stripping annular" so that you could have some

03:44   5   seal on the well, but still move the pipe up and down.

03:44   6   **Q.**   All right.  So we now have a component that will not

03:44   7   contain -- it is not rated to contain the pressure that a well

03:44   8   like the Macondo can produce?

03:44   9   **A.**   No, not that particular part.

03:44   10  **Q.**   Okay.  So that component has been removed from being a

03:44   11  redundant piece of equipment that's available in an emergency

03:44   12  that you could rely upon to seal a well?

03:44   13  **A.**   Yes, that would be true.

03:44   14  **Q.**   And the upper annular preventer, did you examine it at

03:44   15  Michoud?

03:44   16  **A.**   Yes, that's this piece.

03:44   17  **Q.**   Was it exceptionally seriously eroded?

03:44   18  **A.**   Yes.  It was completely destroyed.

03:44   19  **Q.**   As a matter of fact, a piece of drill pipe -- there were

03:44   20  actually two pieces of drill pipe that had went up through that

03:45   21  annular, right, at some point in time?

03:45   22  **A.**   Yes.  At some point in time, a couple of pieces went up

03:45   23  through there; and then they got trapped above when the rig

03:45   24  sank and bent the riser over.  This is the riser up here.

03:45   25          **MR. WILLIAMSON:**  Yeah.  Can I have Exhibit 1164,

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

03:45  1    page 80, PDF page 97.

03:45  2    BY MR. WILLIAMSON:

03:45  3    Q.   This is page 80 out of the DNV report and it shows -- this

03:45  4    one doesn't show it in --

03:45  5           MR. WILLIAMSON:  Can you enlarge it any?  Or do we

03:45  6    have it in color?

03:45  7    BY MR. WILLIAMSON:

03:45  8    Q.   Do you remember this showing the various positions of the

03:45  9    pieces of pipe as they were recovered at Michoud?

03:46  10   A.   Yes.  Specifically, this diagram -- there's more than one,

03:46  11   so I want to be clear.  This is the diagram of where the pieces

03:46  12   were actually found when we did the work at Michoud.

03:46  13   Q.   And the 30-degree angle that's at the top -- I'm not going

03:46  14   to go through each one of the reconstructions of the specific

03:46  15   pieces.  But the 30-degree of angle is a graphic representation

03:46  16   of the kinked riser; correct?

03:46  17   A.   Yes.  The riser was kinked up here just above the flex

03:46  18   joint.  This is the flex joint.  And this occurred when the rig

03:46  19   sank and it bent over the riser as the rig went to the bottom.

03:46  20   Q.   All right.  Let's get a brief time line.  April 20th,

03:46  21   9:49 p.m., the explosion occurs and data transmission on the

03:46  22   *Horizon* was lost; correct?

03:46  23   A.   Yes.

03:46  24   Q.   April 22nd, 7:40 a.m., the autoshear pin is cut,

03:46  25   simulating autoshear function; correct?

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

03:47   1   **A.**   Yes.  I can't tell you exactly the time, but I'm sure you
03:47   2   know what it is.
03:47   3   **Q.**   The record will speak for itself on it.
03:47   4   **A.**   Yeah.
03:47   5   **Q.**   And the rig sinks a few hours after and kinks the riser a
03:47   6   few hours after that autoshear pin was cut?
03:47   7   **A.**   That's correct.
03:47   8   **Q.**   Okay.  Here's my point:  There's two pieces of drill pipe
03:47   9   in that upper annular -- I'm sorry, in the riser; correct?
03:47   10  **A.**   Yes.
03:47   11  **Q.**   What does that tell you about -- forgetting the issue of
03:47   12  AMF or autoshear, in that 30 hours in between the explosion and
03:47   13  the time the rig sinks and the riser bends, what does that tell
03:47   14  you about whether the blind shear rams fired before the rig
03:47   15  sank?
03:47   16  **A.**   Well, there was definitely blind shear ram cutting, I
03:47   17  believe, at autoshear time before the rig sank because there's
03:48   18  all these loose pieces of pipe here.
03:48   19  **Q.**   Yeah.  In other words, that piece of pipe couldn't have
03:48   20  been cut and went up above the upper annular until after the
03:48   21  blind shear rams fired; correct?
03:48   22  **A.**   That's right.
03:48   23  **Q.**   So the fact that there's two pieces of pipe in the riser
03:48   24  pretty conclusively shows the blind shear rams fired before the
03:48   25  rig sank?

RORY DAVIS - CROSS

03:48   1   A.   Yes, definitely.

03:48   2   Q.   Okay.  And by the way, that same premise, that there's two

03:48   3   pieces of pipe in the riser, demonstrate that the upper annular

03:48   4   was pretty beat up by that time; correct?

03:48   5   A.   Yes.

03:48   6   Q.   And the upper annular, if it's a doughnut that's sealing

03:48   7   the way you said it was supposed to, would not allow a second

03:48   8   piece of pipe past it up above it; correct?

03:48   9        MR. DOYEN:  Your Honor, objection, leading.

03:48   10       MR. WILLIAMSON:  I'll rephrase.

03:48   11  BY MR. WILLIAMSON:

03:48   12  Q.   How could an annular that was properly working and

03:48   13  properly sealing around a single piece of pipe, allow a second

03:48   14  piece of pipe to pass through it?

03:49   15  A.   If there was already a piece of pipe in there, it would be

03:49   16  pretty hard unless it was really wiped out.

03:49   17  Q.   Okay.  And what's your conclusion on that as to, by the

03:49   18  time that second piece of pipe gets up through that upper

03:49   19  annular, what kind of condition is the upper annular in?

03:49   20  A.   Pretty washed away.

03:49   21  Q.   Okay.  All right.  So we know we have severe erosion on

03:49   22  the upper annular before the rig sinks; correct?

03:49   23  A.   Yes.

03:49   24  Q.   We know the lower annular wasn't rated at a high enough

03:49   25  pressure; correct?

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

03:49  1          **MR. DOYEN:**  Objection, leading.

03:49  2          **THE COURT:**  It is leading.  Try not to lead the

03:49  3  witness now.  You're getting into more important things.

03:49  4          I have a question for the witness.

03:49  5          You used the term the upper annular was "washed

03:49  6  out."  The question was whether it was eroded, and you used the

03:50  7  term washed out.

03:50  8          **THE WITNESS:**  Yes.

03:50  9          **THE COURT:**  Is it something you believe happened in

03:50  10  this accident?  Or tell me what you're talking about there.

03:50  11          **THE WITNESS:**  Once things started to leak -- and the

03:50  12  upper annular actually started to leak even before the

03:50  13  explosion -- there was high velocity flow between the pipe and

03:50  14  the rubber doughnut.  Over a long period of time, there was

03:50  15  what I call "washing" or what other people call "erosion" --

03:50  16  it's the same thing -- where this flow going through that has

03:50  17  particles in it can wear away the rubber, and it can also wear

03:50  18  the steel of the drill pipe.

03:50  19          And this happened, actually, gradually over a

03:50  20  long period of time.  Not only the two days before the rig

03:50  21  sank, but also after that, when we still had flow coming out of

03:50  22  the well, all this washing was taking place.

03:50  23          **THE COURT:**  When you say "over a long period of

03:50  24  time," you're not talking about before April 20th?

03:51  25          **THE WITNESS:**  No.

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

03:51   1          THE COURT:  You're talking about starting with what
03:51   2   happened on April 20th and afterwards?
03:51   3          THE WITNESS:  And subsequent and however -- 70 or
03:51   4   75 days before the flow was stopped.
03:51   5          THE COURT:  Okay.
03:51   6          THE WITNESS:  So there was a certain amount of
03:51   7   erosion there, I'm sure, at autoshear time, and then there was
03:51   8   additional erosion after that.  And when we saw it at Michoud,
03:51   9   it was really badly damaged.
03:51   10         THE COURT:  Okay.
03:51   11         THE WITNESS:  There was very little of it left.
03:51   12  BY MR. WILLIAMSON:
03:51   13  Q.   All right.  Well, let me go back.  This BOP was splashed
03:51   14  on approximately February 6th.  February 10th is when it went
03:51   15  on the well head; right?
03:51   16  A.   I don't remember the exact date, but . . .
03:51   17  Q.   Okay.  And had this well -- do you remember whether or not
03:51   18  this well had experienced several loss returns and kick events
03:51   19  in between February, when it splashed, and April 20th, when the
03:51   20  explosion occurred?
03:51   21  A.   I don't have -- I haven't studied that stuff it detail,
03:52   22  but I do know that some of those things occurred, yes.
03:52   23  Q.   Sure.
03:52   24       You were familiar that the upper annular had had
03:52   25  pipes stripped through it on April 5th, 2010?  Do you remember

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

03:52  1   that detail?

03:52  2   A.   Yes, I'm specifically aware of that.

03:52  3   Q.   And that, of course, stripping pipe through the upper

03:52  4   annular means pulling pipe through it when it's closed?

03:52  5   A.   Yes.

03:52  6   Q.   Would that have an erosive effect?

03:52  7   A.   The upper annular doughnut was not designed for stripping,

03:52  8   and so it is possible that, if you strip pipe through it, it

03:52  9   will damage it.

03:52  10  Q.   Okay.

03:52  11  A.   Probably chunk out some of the rubber.

03:52  12  Q.   And do you remember that, on the negative pressure test

03:52  13  that was run on the evening of April 20th, the upper annular

03:52  14  was the BOP component that was used to shut in the well?

03:52  15  A.   Yes, I understand that.

03:52  16  Q.   And do you remember that the upper annular did not seal

03:52  17  the well and initially it was leaking?  Do you remember that

03:52  18  detail?

03:53  19  A.   Yes, I do.

03:53  20  Q.   And, in fact, they had to up the pressure on the upper

03:53  21  annular in order to effect the seal in order to run the

03:53  22  negative pressure test; correct?

03:53  23        MR. DOYEN:  Objection, Your Honor.  I think we're

03:53  24  beyond the scope of the report at this point.

03:53  25        MR. WILLIAMSON:  I think it goes to whether or not --

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

03:53  1        THE COURT:  Wait a minute.  Let me ask the witness.

03:53  2            Is this beyond what you expressed opinions about

03:53  3    in your report?

03:53  4        THE WITNESS:  I don't remember exactly what I said

03:53  5    about the upper annular.  I know that it didn't seal at various

03:53  6    times.  So, ultimately, it couldn't control the well.  But what

03:53  7    I'm more interested in is the blind shear ram.

03:53  8        THE COURT:  Okay.  I'll sustain the objection.

03:53  9        MR. WILLIAMSON:  Fair enough.  I'll switch to another

03:53  10   subject.

03:53  11           Would you please pull up D-3096.

03:53  12   BY MR. WILLIAMSON:

03:53  13   Q.   Okay.  You have talked about the emergency systems that

03:53  14   were on the *Horizon*; correct?

03:53  15   A.   Yes.

03:53  16   Q.   One possibility was an emergency disconnect system, blue

03:54  17   box in the upper left-hand corner; right?

03:54  18   A.   Yes.  That's another way you can close the blind shear

03:54  19   ram.

03:54  20   Q.   The EDS system, emergency disconnect system, how is it

03:54  21   operated?

03:54  22   A.   This is one that's actually operated by pushing a button;

03:54  23   the operator can push a button.  So this is not an autonomous

03:54  24   system like I was talking about for AMF and autoshear.

03:54  25   Q.   Was the button pushed on the evening of April 20th?

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

03:54  1   **A.**   Yes.  My understanding is that it was, from the testimony.

03:54  2   **Q.**   Okay.  Was the button pushed before or after the

03:54  3   explosions?

03:54  4   **A.**   It was pushed after the explosions.

03:54  5   **Q.**   What is the effect of pushing the EDS button after the

03:54  6   explosion?

03:54  7   **A.**   There was no action because the communication between the

03:54  8   rig and the BOP had been lost.

03:54  9   **Q.**   Okay.  So in terms of trying to stop the fire, save the

03:55  10  rig, seal the well, after the single event -- the explosions,

03:55  11  EDS is no longer available?

03:55  12  **A.**   That's correct.

03:55  13          **MR. DOYEN:**  Objection, leading.

03:55  14          **THE COURT:**  Try not to lead the witness.

03:55  15          **MR. WILLIAMSON:**  Yes, Your Honor.

03:55  16  BY MR. WILLIAMSON:

03:55  17  **Q.**   And the EDS system is activated -- what's your explanation

03:55  18  for why the EDS system was lost?  Why did we lose operational

03:55  19  control of the BOP in the explosion?

03:55  20  **A.**   The explosion damaged the cabling that goes down to the

03:55  21  pods, so we had communication loss; and we also developed

03:55  22  electricity loss and hydraulic power loss eventually --

03:55  23  **Q.**   Okay.

03:55  24  **A.**   -- in a few minutes after the explosion.

03:55  25  **Q.**   I'm going to come back to AMF for you, but in a second.

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

03:55  1         But first I want to say, so your conclusion on the
03:55  2  EDS system was what in terms of its availability to stop the
03:55  3  flow of hydrocarbons in the well?
03:55  4  A.   After the explosion, when the EDS button was pushed, it
03:56  5  was too late; the EDS could not function.
03:56  6  Q.   All right.  I want to go next to the autoshear function.
03:56  7  That's the blue box on the bottom.  Okay?
03:56  8         What is autoshear designed to do?  I believe the
03:56  9  judge said so a while ago.
03:56  10  A.   Yes.  That is the case where, if the LMRP separates from
03:56  11  the lower BOP, then the autoshear valve is tripped and the
03:56  12  blind shear rams are closed to seal off the well.
03:56  13  Q.   All right.  Literally, a mechanical pin pops out, and that
03:56  14  mechanical pins starts the hydraulic function?
03:56  15  A.   Yes.  That mechanical pin is connected to a valve and the
03:56  16  valve shifts and the pressure goes to the blind shear ram.
03:56  17  Q.   Okay.  Since the LMRP did not separate from the BOP stack
03:56  18  in the explosion, was the autoshear an emergency system that
03:56  19  was available to try to seal the well in this sort of
03:56  20  catastrophe?
03:56  21  A.   Not at that time, no.
03:56  22  Q.   So if we're talking about a situation where hydrocarbons
03:57  23  are going to explode on the rig, in the moon pool, and destroy
03:57  24  the MUX cables, how many emergency systems do we have on the
03:57  25  BOP that will try to stop the disaster?

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

03:57  1  **A.**   We have the remaining AMF function within the two pods.

03:57  2  **Q.**   Okay.  All right.  Now, the AMF function is triggered by

03:57  3  this battery solenoid system that you made reference to?

03:57  4  **A.**   Yes.  It uses a computer and electronics, and it activates

03:57  5  the solenoid that sends pilot pressure to a larger valve, which

03:57  6  then provides the pressurized fluid to the blind shear ram.

03:57  7  **Q.**   Okay.  Blue pod first.  We have blue pod, yellow pod.  We

03:57  8  have 9-volt batteries triggering a 27-volt battery triggering a

03:57  9  solenoid triggering a shuttle valve.  That's the meaning I was

03:57  10 trying to get through.  Right?

03:58  11 **A.**   You trigger the solenoid, the pilot pressure goes out and

03:58  12 operates a main valve, I guess you would call it, as opposed to

03:58  13 a shuttle valve.

03:58  14 **Q.**   What is a solenoid?

03:58  15 **A.**   A solenoid is an electromechanical unit that uses

03:58  16 electricity to change the direction of flow of hydraulic fluid.

03:58  17 **Q.**   Okay.  And how many 27-volt batteries are in the blue pod?

03:58  18 **A.**   We have one 27-volt battery in the blue pod.

03:58  19 **Q.**   Okay.  Did you ever find any evidence that the blue pod

03:58  20 27-volt battery was tested on the surface before they splashed

03:58  21 the BOP in February of 2010?

03:58  22 **A.**   No.  We have not been able to find evidence of any battery

03:58  23 voltage measurements.

03:58  24 **Q.**   What would be your recommendation as a safety engineer --

03:58  25 as a mechanical engineer, would you consider the 27-volt

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

| | | |
|---|---|---|
| 03:58 | 1 | battery a safety-critical component? |
| 03:59 | 2 | **A.**   I would consider the 27-volt battery as safety-critical, |
| 03:59 | 3 | yes. |
| 03:59 | 4 | **Q.**   What would be your recommendation on a safety-critical |
| 03:59 | 5 | component as to whether it should be tested before being |
| 03:59 | 6 | deployed subsea? |
| 03:59 | 7 | **A.**   Well, if you didn't already have a voltage monitoring |
| 03:59 | 8 | system, you would want to check it at every opportunity to make |
| 03:59 | 9 | sure that battery was charged. |
| 03:59 | 10 | **Q.**   Have you reviewed the maintenance records to see if |
| 03:59 | 11 | Transocean had done that? |
| 03:59 | 12 | **A.**   Yes. |
| 03:59 | 13 | **Q.**   Would you be able to tell from the Transocean records |
| 03:59 | 14 | whether they had done it or not? |
| 03:59 | 15 | **A.**   No, I found no indication of battery voltages being |
| 03:59 | 16 | checked. |
| 03:59 | 17 | **Q.**   Now, once the BOP is deployed subsea and it's on the ocean |
| 03:59 | 18 | floor 5,000 feet below sea level, how do you check the AMF |
| 03:59 | 19 | safety-critical 27-volt battery? |
| 03:59 | 20 | **A.**   There is no way to check its voltage directly. |
| 03:59 | 21 | **Q.**   As a safety engineer, is that a good idea, to have a |
| 03:59 | 22 | system where you have a component that you cannot test during a |
| 03:59 | 23 | period of three months and you're going to maybe rely upon it |
| 04:00 | 24 | in an emergency? |
| 04:00 | 25 | **A.**   It just makes good engineering sense to have some way of |

RORY DAVIS - CROSS

04:00    1    sensing the battery voltage at the rig.

04:00    2    Q.   Okay.  So to take the blue pod battery, one solution is

04:00    3    absolutely scrupulous maintenance?

04:00    4         MR. DOYEN:  Objection, leading.

04:00    5    BY MR. WILLIAMSON:

04:00    6    Q.   How would you describe it?

04:00    7         THE COURT:  Wait a minute.

04:00    8         MR. WILLIAMSON:  I apologize, Your Honor.

04:00    9         THE COURT:  You need to stop leading the witness.

04:00   10    Okay?

04:00   11         MR. WILLIAMSON:  Yes, Your Honor.

04:00   12    BY MR. WILLIAMSON:

04:00   13    Q.   Describe the --

04:00   14         THE COURT:  If you're going to do it, don't announce

04:00   15    it, because then you definitely won't get away with it.  Okay?

04:00   16         MR. WILLIAMSON:  Thank you, Your Honor.  Advice well

04:00   17    received.

04:00   18    BY MR. WILLIAMSON:

04:00   19    Q.   How would you describe the component's importance of

04:00   20    having a maintenance system where you can track that battery?

04:00   21    A.   It didn't take me very long to figure out that the AMF

04:00   22    function in this system is extremely critical for safety.  And

04:01   23    if I were in charge of this system, operating it, I would make

04:01   24    sure at all times that those batteries were ready to go.

04:01   25    Whether that meant a lot of maintenance when the unit was on

RORY DAVIS - CROSS

04:01  1    the surface, I would do that.  If I could use voltage
04:01  2    monitoring, I would do that so I could always see on the rig
04:01  3    what those voltages were.
04:01  4         But I would know that those batteries have to be
04:01  5    sufficiently charged for the system to be safe.
04:01  6    Q.   Thank you.
04:01  7         MR. WILLIAMSON:  Please bring up Exhibit 3605 -- I'm
04:01  8    sorry.  Please bring up Exhibit 5155.  Please give me Call-out
04:02  9    No. 9.
04:02  10   BY MR. WILLIAMSON:
04:02  11   Q.   Okay.  This is an e-mail from someone at Transocean
04:02  12   dated --
04:02  13        THE COURT:  Excuse me.  What was that number?
04:02  14   Call-out?
04:02  15        MR. WILLIAMSON:  I'm sorry, Your Honor.  It's
04:02  16   TREX-5155, Call-out 9.
04:02  17        THE COURT:  9, okay.  Thank you.
04:02  18   BY MR. WILLIAMSON:
04:02  19   Q.   Let me see -- let me make sure I have the date on it.
04:02  20   This is in July 2005, okay, on deepwater.com:  "Cameron have
04:02  21   kept their recommendations for replacement exactly as the older
04:02  22   type (1 year in use and more than 33 activations), which,
04:02  23   incidentally, we never believed nor trusted."  Okay?
04:03  24        This is Transocean in 2005 describing what they think
04:03  25   about the Cameron battery system in the BOP.

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:03 | 1 |          Have you seen that e-mail before?
04:03 | 2 | **A.**   No, I haven't.
04:03 | 3 | **Q.**   Okay.  Does that indicate to you that Transocean had any
04:03 | 4 | knowledge that the battery system was safety-critical?
04:03 | 5 |          **MR. DOYEN:**  Your Honor, I object.  I do think that
04:03 | 6 | goes beyond the scope of the report.  The witness hasn't talked
04:03 | 7 | about his knowledge in this area.
04:03 | 8 |          **THE COURT:**  I'll sustain that objection.
04:03 | 9 |          **MR. WILLIAMSON:**  Let's see Exhibit No. 3605.
04:03 | 10 | BY MR. WILLIAMSON:
04:04 | 11 | **Q.**   This is a document called "AMF/Deadman Battery
04:04 | 12 | Replacement."  It's Engineering Bulletin EB 891 D.
04:04 | 13 |          **MR. WILLIAMSON:**  Can I see Call-out No. 1.  It's
04:04 | 14 | Exhibit TREX-3605.
04:04 | 15 | BY MR. WILLIAMSON:
04:04 | 16 | **Q.**   "The AMF/Deadman feature provides a means of commanding
04:04 | 17 | the SEM to initiate an EDS sequence if four circumstances occur
04:04 | 18 | simultaneously.
04:04 | 19 |          "Loss of conduit pressure, loss of hydrostatic head
04:04 | 20 | pressure, loss of SEM power, loss of communications."
04:04 | 21 |          Do you agree with that description?  Does that fit
04:04 | 22 | your description of the AMF battery system?
04:04 | 23 | **A.**   I don't know what they mean exactly there by "loss of
04:04 | 24 | hydrostatic head."  If you're subsea, you would have
04:04 | 25 | hydrostatic head.

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:04  1    **Q.**   Okay.

04:04  2    **A.**   The important thing is that the conduit pressure becomes

04:05  3    the same as the surrounding seawater pressure, and that's what

04:05  4    triggers it.  So it's just a little detail, but that's my

04:05  5    understanding.

04:05  6    **Q.**   Okay.

04:05  7        **MR. WILLIAMSON:**  Fly-out No. 3.  It's TREX-3605.

04:05  8    **BY MR. WILLIAMSON:**

04:05  9    **Q.**   Cameron is making --

04:05  10       **THE COURT:**  Excuse me.  What is the underlying

04:05  11   document that you're calling these out from?

04:05  12       **MR. WILLIAMSON:**  Sure, Your Honor.  This is an

04:05  13   engineering bulletin by Cameron, September 8th, 2004, EB --

04:05  14   which stand for engineering bulletin --

04:05  15       **THE COURT:**  Okay.  I just need to understand where

04:05  16   this is coming from.  Okay.

04:05  17   **BY MR. WILLIAMSON:**

04:05  18   **Q.**   "Cameron is making the same recommendations for battery

04:05  19   replacement.

04:05  20       "It is recommended that the 9-volt and 27-volt

04:05  21   battery packs be replaced after:  one year of on-time

04:05  22   operation."

04:05  23       Is that true?

04:05  24   **A.**   Yes, that's what it says.

04:05  25   **Q.**   Okay.  Did you find that these recommendations were

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

| | | |
|---|---|---|
| 04:05 | 1 | followed? |
| 04:06 | 2 | A.   No, they were not. |
| 04:06 | 3 | Q.   Okay. |
| 04:06 | 4 |      MR. WILLIAMSON:  Please show me 8048, Fly-out No. 1. |
| 04:06 | 5 | BY MR. WILLIAMSON: |
| 04:06 | 6 | Q.   Okay.  This -- I'll tell you Mr. Gaude is an engineer -- |
| 04:06 | 7 | hydraulics engineer for Cameron.  This is his e-mail dated |
| 04:06 | 8 | January 31st, 2005. |
| 04:06 | 9 |      "The original battery pack design can no longer be |
| 04:06 | 10 | supplied, as the manufacturer of the batteries discontinued the |
| 04:06 | 11 | battery.  It was a huge effort to get the vendor to come up |
| 04:06 | 12 | with a new battery pack that had the cycle life and inrush |
| 04:06 | 13 | capacity as the old batteries.  Ray Jahn can expand on what and |
| 04:06 | 14 | why we planned it out like we did." |
| 04:06 | 15 |      My question to you is -- |
| 04:06 | 16 |      THE COURT:  Do you want to object before he asks the |
| 04:07 | 17 | question or what? |
| 04:07 | 18 |      MR. DOYEN:  I'll wait and hear the question. |
| 04:07 | 19 | BY MR. WILLIAMSON: |
| 04:07 | 20 | Q.   Were you aware that Cameron had came up and redesigned the |
| 04:07 | 21 | batteries in 2004? |
| 04:07 | 22 |      THE COURT:  Okay.  Now what? |
| 04:07 | 23 |      MR. DOYEN:  Objection, Your Honor.  It's beyond the |
| 04:07 | 24 | scope of the report.  It doesn't discuss this. |
| 04:07 | 25 |      MR. WILLIAMSON:  I'll change the questions. |

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:07   1        **THE COURT:**  Okay.

04:07   2   **BY MR. WILLIAMSON:**

04:07   3   **Q.**   When Cameron made its decision, per Exhibit No. 8048, to

04:07   4   go through a huge effort to get the vendor to come up with a

04:07   5   new battery pack, in your opinion, should that system have

04:07   6   included a way of monitoring the batteries?

04:07   7        **MR. JONES:**  Your Honor, same objection as --

04:07   8        **THE COURT:**  I'll sustain it.

04:07   9   **BY MR. WILLIAMSON:**

04:07   10  **Q.**   Was there another system available that Transocean could

04:08   11  have purchased that would have provided the ability to monitor

04:08   12  the batteries?

04:08   13  **A.**   Yes.  There was a new system called the Mark III system.

04:08   14  The system being used on the *Deepwater Horizon* was the Mark II.

04:08   15  So it was the next generation, and it included the battery

04:08   16  voltage monitoring.

04:08   17        **MR. WILLIAMSON:**  Can I have TREX-4277, Fly-out 1.

04:08   18  **BY MR. WILLIAMSON:**

04:08   19  **Q.**   In fact, this is a multiplex BOP control pod, Transocean

04:08   20  deepwater budgetary quotation?

04:08   21  **A.**   Yes.

04:08   22        **MR. WILLIAMSON:**  Can I have Fly-out No. 2.

04:08   23  **BY MR. WILLIAMSON:**

04:08   24  **Q.**   "A one atmosphere enclosure containing the rechargeable

04:08   25  batteries required to power the AMF/Deadman circuits when this

RORY DAVIS - CROSS

04:09    1    option is implemented."

04:09    2            Does that support or defeat your opinion that

04:09    3    rechargeable batteries were available to Transocean, had they

04:09    4    chosen to implement them?

04:09    5    A.   Yes, they were available.

04:09    6            MR. WILLIAMSON:  Could I have Fly-out No. 3.

04:09    7    BY MR. WILLIAMSON:

04:09    8    Q.   And was this, in fact, the quote to Transocean, as of the

04:09    9    date of this exhibit, TREX-4277, in 2009, for obtaining a new

04:09   10    battery that would be rechargeable and monitor-able?

04:09   11    A.   Yes.  I've seen this document.  I've seen this quote.

04:09   12    Q.   And, of course, we now know Transocean did not do it?

04:09   13    A.   That's right.

04:09   14    Q.   Let's turn to solenoids.

04:09   15            MR. WILLIAMSON:  May I have Exhibit No. 599,

04:09   16    fly-out -- let's do Fly-out 1.

04:09   17    BY MR. WILLIAMSON:

04:09   18    Q.   Okay.  This is a daily report sheet on May 5th, 2010, from

04:10   19    Cameron.  Have you ever seen this document?

04:10   20    A.   Yes, I believe I have.

04:10   21    Q.   Okay.  And this is actually a Cameron document when they

04:10   22    pulled up the pod, the yellow pod, on -- approximately 15 days

04:10   23    post-explosion?

04:10   24    A.   Yes.

04:10   25            MR. WILLIAMSON:  Can I have Fly-out No. 2.

RORY DAVIS - CROSS

| | |
|---|---|
| 04:10 | 1 | BY MR. WILLIAMSON: |
| 04:10 | 2 | Q.   "21:46:  Simulated deadman test with the correct Solenoid |
| 04:10 | 3 | Valve No. 103.  Electromagnetic pin was held against Solenoid |
| 04:10 | 4 | Valve 103 was fired.  No indications of the valve firing." |
| 04:10 | 5 |          Did I read it correctly? |
| 04:10 | 6 | A.   Yes. |
| 04:10 | 7 | Q.   Okay.  So the first time -- what does this document tell |
| 04:10 | 8 | you in terms of whether the Solenoid 103Y that was in the |
| 04:10 | 9 | yellow pod worked or didn't work?  What information does this |
| 04:10 | 10 | document give you on that? |
| 04:11 | 11 | A.   I referred to this earlier, that when the yellow pod was |
| 04:11 | 12 | brought up on the *Q4000*, they checked the functioning of the |
| 04:11 | 13 | deadman, and the blind shear ram was not activated properly |
| 04:11 | 14 | from the yellow pod, and it was with the -- because the |
| 04:11 | 15 | solenoid valve had the miswiring.  This is what we verified at |
| 04:11 | 16 | Michoud later, that the miswiring was the cause. |
| 04:11 | 17 | Q.   Okay.  Now, do you think this document helps or hurts in |
| 04:11 | 18 | supporting your argument that Mr. Childs, the Transocean BOP |
| 04:11 | 19 | expert, is right or wrong? |
| 04:11 | 20 | A.   Well, it's an obvious malfunction of that Solenoid |
| 04:11 | 21 | Valve 103, so it hurts Mr. Childs' theory. |
| 04:11 | 22 | Q.   Okay.  And did you all actually look at the solenoid in |
| 04:12 | 23 | question when you were out at Michoud? |
| 04:12 | 24 | A.   Yes, I did. |
| 04:12 | 25 |          MR. WILLIAMSON:  Please pull up 7660, Figure No. 1, |

RORY DAVIS - CROSS

04:12   1   page 5.
04:12   2   BY MR. WILLIAMSON:
04:12   3   Q.   Is that a page out of your report where you're actually
04:12   4   showing a photograph of the actual solenoid?
04:12   5   A.   Yes.  This is where it's been opened up and you can see
04:12   6   the wiring connections.
04:12   7   Q.   Sure.
04:12   8          MR. WILLIAMSON:  Go to the next one, page 6, Figures
04:12   9   No. 2, 3, and 4.
04:12   10  BY MR. WILLIAMSON:
04:12   11  Q.   And are these your explanation in your report of why the
04:12   12  solenoid is miswired?
04:12   13  A.   Yes.
04:12   14  Q.   All right.  Are you aware of any -- did you determine
04:13   15  whether or not this solenoid was OEM?
04:13   16  A.   I've seen documentation that says there was a non-OEM
04:13   17  connector used with it.
04:13   18  Q.   Okay.
04:13   19  A.   And it was also known at this -- at some point it was
04:13   20  determined that this had been a refurbished solenoid.  That's
04:13   21  also self-evident by the fact that it was miswired.
04:13   22  Q.   So the fact that it was a refurbished solenoid would mean
04:13   23  that it was not original OEM new equipment?
04:13   24          MR. DOYEN:  Objection, leading.
        25

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:13  1  **BY MR. WILLIAMSON:**

04:13  2  **Q.**   Was this original OEM equipment?

04:13  3  **A.**   It was not original.  It had been refurbished.

04:13  4  **Q.**   Are you aware of any requirement that BP has regarding BOP

04:13  5  parts regarding whether they should be OEM or not?

04:13  6  **A.**   No, I don't know of those requirements.

04:13  7          **MR. WILLIAMSON:**  Pull up Exhibit No. 93, Fly-out 12,

04:14  8  TREX-0093, page D-12.15.3.7.

04:14  9  **BY MR. WILLIAMSON:**

04:14  10  **Q.**   I will tell you this comes out of the BP procedures

04:14  11  manual.

04:14  12          "Only original equipment manufactures' designated

04:14  13  spares shall be used for blowout preventer equipment

04:14  14  replacement parts."

04:14  15          **MS. KARIS:**  Your Honor, I have an objection to the

04:14  16  use of this document.  The witness has already testified that

04:14  17  he doesn't know what BP's requirements are.  He has no

04:14  18  foundation.

04:14  19          **MR. WILLIAMSON:**  May I continue, your Honor?

04:14  20          **THE COURT:**  Well, I don't know what the question

04:14  21  would be.  I mean, I can read it, you can read it; but if the

04:14  22  witness says he's not aware of it otherwise, I don't know why

04:14  23  you have to ask him a question.

04:14  24          **MR. WILLIAMSON:**  I'll move on.

04:14  25          **THE COURT:**  Okay.

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:14    1          **MR. WILLIAMSON:**  All right.  Pull up Exhibit 7660,
04:14    2   Figure 5, page 12.
04:15    3   **BY MR. WILLIAMSON:**
04:15    4   **Q.**   I'm changing subjects now, Mr. Davis, to the subject of
04:15    5   off-center pipe, okay?
04:15    6          Do you remember this page -- it's not in color -- out
04:15    7   of your report?
04:15    8   **A.**   Yes.  This is a representation of the laser scans of these
04:15    9   parts that were done by DNV.
04:15   10   **Q.**   And actually, this is a reproduction of something that the
04:15   11   DNV did; right?
04:15   12   **A.**   That DNV did?  Is that what you said?
04:15   13   **Q.**   Yes.
04:15   14   **A.**   Yes, that's correct.
04:15   15   **Q.**   Were you allowed to do your own?
04:15   16   **A.**   I was not allowed to do my own laser scans or -- no, but I
04:15   17   was able to look at these parts firsthand.
04:15   18   **Q.**   Right.  No one was allowed to actually test them other
04:15   19   than DNV themselves?
04:15   20   **A.**   Yes.
04:15   21   **Q.**   Does this figure -- it's a very simple question:  Does
04:15   22   this figure support your opinion that, at the time the blind
04:15   23   shear rams were activated, the drill pipe was off-center?
04:15   24          **MR. DOYEN:**  Objection.  Leading.
04:15   25          **MR. WILLIAMSON:**  I didn't think that was leading,

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:16  1    Judge, but I'll rephrase.
04:16  2                 **THE COURT:**  I'll allow him to answer it.
04:16  3                 **MR. JONES:**  Your Honor, one more objection to that.
04:16  4    It also is showing DNV analysis, which I believe violates your
04:16  5    limine order that only underlying facts, not analysis of DNV,
04:16  6    can come in at trial.
04:16  7                 **MR. WILLIAMSON:**  May I respond to that, Your Honor?
04:16  8                 **THE COURT:**  I think it's a different question.  He's
04:16  9    asking the witness whether this confirms his opinion.
04:16  10                You're not asking about DNV's opinion.
04:16  11                **MR. WILLIAMSON:**  Exactly.
04:16  12                **THE COURT:**  So I'll overrule the objection.
04:16  13   BY MR. WILLIAMSON:
04:16  14   **Q.**   Why does this support or defeat your opinion, Mr. Davis?
04:16  15   **A.**   Well, this is basically a depiction of measurements taken.
04:16  16   So I don't really think this is analysis, by the way.  And this
04:16  17   shows very clearly how the piece of drill pipe that remained
04:16  18   below the blind shear rams fits in an area -- way off to the
04:17  19   side in the blind shear rams, where it was trapped for a long
04:17  20   period of time.
04:17  21   **Q.**   And your --
04:17  22   **A.**   And I could see this on the actual pieces as well.
04:17  23   **Q.**   Okay.  I want to turn -- and you believed that was -- that
04:17  24   played a part in shearing and sealing how?
04:17  25   **A.**   Because of the fact that the pipe was too far to the side,

RORY DAVIS - CROSS

04:17  1  it was not possible to completely shear it; and the pipe itself
04:17  2  blocked the rams from completely closing because of -- it was
04:17  3  way over to the side, where there are other pieces of blocks
04:17  4  that don't have blades.
04:17  5  **Q.**   All right.  I want to turn to the last subject that we'll
04:17  6  cover, I believe, and that is capacity.
04:17  7        The wellbore, when it is flowing, will generate a
04:17  8  certain amount of pressure inside the wellbore; correct?
04:18  9  **A.**   Say that again.
04:18  10  **Q.**   If you have a blowout and you have hydrocarbons that have
04:18  11  overcome the pore pressure and the barrier and they're flowing
04:18  12  to the surface, will you have some sort of pressure inside the
04:18  13  wellbore and the drill pipe?
04:18  14  **A.**   Yes.  And that pressure varies depending on where you are
04:18  15  vertically in the well.
04:18  16  **Q.**   Right.
04:18  17        And will that wellbore pressure -- one way to express
04:18  18  it is in terms of pounds per square inch, psi?
04:18  19  **A.**   Yes.
04:18  20  **Q.**   Will that wellbore pressure affect the ability of the
04:18  21  blind shear rams to shear a piece of pipe and seal it?
04:18  22  **A.**   Yes.  The wellbore pressure has a certain ability to fight
04:18  23  the action of the pressure on the piston that actuates the ram.
04:18  24  We know what that ratio is.  That's part of the calculations
04:19  25  that are done.

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:19   1   **Q.**   And there's actually two different methodologies that you

04:19   2   looked at that can calculate that; correct?  Maybe more, but at

04:19   3   least two?

04:19   4   **A.**   Yes.

04:19   5   **Q.**   Which one did you use?

04:19   6   **A.**   I think you're referring to the West Engineering's

04:19   7   formulas --

04:19   8   **Q.**   Correct.

04:19   9   **A.**   -- that I used in my initial calculations.  You can also

04:19   10  use Cameron's recommended formulas in what they call 702-D

04:19   11  document.

04:19   12  **Q.**   I know.  You've anticipated correctly my question.

04:19   13          **MR. WILLIAMSON:**  Please pull up Exhibit 1199,

04:19   14  Fly-out 1.

04:19   15  **BY MR. WILLIAMSON:**

04:19   16  **Q.**   This is an engineering bulletin put out by Cameron in

04:19   17  January 2008 called "Shearing Ability [verbatim] of Cameron

04:19   18  Shear Rams"; correct?

04:19   19  **A.**   Yes, shearing capabilities.

04:20   20          **MR. WILLIAMSON:**  Pull out Fly-out 6.

04:20   21  **BY MR. WILLIAMSON:**

04:20   22  **Q.**   And this is actually -- I'm not going to take you through

04:20   23  the math because the math is contained within your report and

04:20   24  within the other expert reports on this subject.  Right?

04:20   25  **A.**   Yes.  I'm not the only one that's looked at these

RORY DAVIS - CROSS

04:20  1    formulas.  Others have actually reported numbers they got out
04:20  2    of these formulas.
04:20  3    Q.   Tell the Court what this formula is.  What is this formula
04:20  4    designed to do?
04:20  5    A.   The quantity "P shear" on the left is the pressure in the
04:20  6    ram in question required to shear a certain size of pipe.  And
04:20  7    then the terms inside represent the strength of the pipe, which
04:20  8    is the first term, "C3 ppf," sigma yield.  And the second term
04:20  9    represents the effect of the wellbore pressure and how much it
04:21  10   can influence the required pressure to shear that.
04:21  11   Q.   Okay.  Did you use this formula when you were calculating
04:21  12   the capacity for this particular BOP?
04:21  13   A.   I have used these formulas and looked at the numbers, yes,
04:21  14   I have.
04:21  15   Q.   Okay.  I'm about to turn to your report.  Can you remember
04:21  16   what your report says in terms of the pressure you thought it
04:21  17   would take to shear the pipe?  We'll take the pipe that was
04:21  18   actually in the string at the time, 5 1/2-inch, 21.9 -- or
04:21  19   24.7 pounds per foot, S135.
04:21  20   A.   I don't know if I can remember the exact number.
04:21  21   Q.   Sure.
04:21  22        MR. WILLIAMSON:  Please turn to Exhibit 7660,
04:21  23   page 37, second paragraph.
04:21  24             Actually, before we do that, turn to page 36,
04:21  25   the bottom of the paragraph on page 36.

RORY DAVIS - CROSS

04:21    1    BY MR. WILLIAMSON:

04:21    2    Q.   I will represent to you, this is out of your report.

04:21    3         MR. WILLIAMSON:  Can you blow up the second-to-last

04:21    4    paragraph or the next-to-last paragraph.

04:22    5    BY MR. WILLIAMSON:

04:22    6    Q.   "Note this value is based on West Engineering's work based

04:22    7    on actual testing, not Cameron's shearing formula.  BP quotes

04:22    8    that Cameron's formula results in 2840 psi cutting pressure at

04:22    9    surface or 2410 psi at sea bed, which both would be

04:22   10    substantially worse than the West prediction."

04:22   11         Right?

04:22   12    A.   Yes.

04:22   13    Q.   Do you agree with that, that if you use the West number,

04:22   14    you'll get one number; if you use the Cameron number, you'll

04:22   15    get an even higher number?

04:22   16    A.   Yes.

04:22   17    Q.   You used the West number?

04:22   18    A.   Yes.

04:22   19         MR. WILLIAMSON:  Go to page 37, second paragraph,

04:22   20    TREX-7660.

04:22   21    BY MR. WILLIAMSON:

04:22   22    Q.   "We then add the 2183 psi design requirement to the

04:22   23    1493 psi worst case wellbore pressure" --

04:22   24         THE COURT:  Slow down.  Slow down.

04:22   25         MR. WILLIAMSON:  I apologize.

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:23  1  **BY MR. WILLIAMSON:**

04:23  2  **Q.**   -- "for a required pipe cut to the pressure of 3676 psi."

04:23  3       Is that what you calculated as the shear pressure?

04:23  4  **A.**   Yes.  This is out of my report.

04:23  5  **Q.**   And out of your report, what type of ram configuration did

04:23  6  you use for this?

04:23  7  **A.**   Well, it turns out that the West Engineering data was

04:23  8  representative of double-V rams, not single-V rams.  So I was

04:23  9  being charitable somewhat in the pressure requirements because

04:23  10  a single-V ram is worse.

04:23  11  **Q.**   Right.

04:23  12  **A.**   Would have higher pressures.

04:23  13  **Q.**   Okay.  You have a wellbore pressure -- what wellbore

04:23  14  pressure were you assuming?

04:23  15  **A.**   That 1493 psi wellbore pressure effect was for 10,000 psi

04:23  16  in the wellbore relative to seawater.

04:23  17  **Q.**   Which is what you thought was worst case?

04:23  18  **A.**   Which I thought was worst case, yes.

04:23  19  **Q.**   All right.  Now, wellbore pressure is only one factor in

04:23  20  calculating the shear force needed?

04:24  21  **A.**   That's correct.  The other main one is the strength of the

04:24  22  pipe.

04:24  23  **Q.**   And it's also -- okay.

04:24  24       When we use wellbore pressure, strength of pipe, type

04:24  25  of ram blocks, type of BOP and apply a formula, we come up with

RORY DAVIS - CROSS

04:24   1   another number, which is the number of force that will be
04:24   2   needed to apply to the pistons.  Is that a fair way to say it,
04:24   3   or is that an unfair way?
04:24   4   A.   The force or the pressure that you apply to the pistons,
04:24   5   yes.
04:24   6   Q.   Okay.  If you use Cameron's formula -- the people who
04:24   7   manufactured this and put out the engineering bulletin in
04:24   8   2008 -- are you going to come up with a number -- if you're
04:24   9   correct, for DVS rams to SBR rams, are you going to come up
04:24  10   with a number higher than 3676?
04:24  11   A.   Yes, it will be substantially higher.  The last time I did
04:24  12   the calculation, I got about 4200 psi.
04:24  13   Q.   Okay.  Now, tell the Court, in the AMF system that was
04:24  14   deployed on this rig on April 20th -- what does that mean,
04:25  15   4200 psi?
04:25  16   A.   Well, unfortunately, you only have 4,000 available in the
04:25  17   high-pressure regulated system.  So if the formula comes out at
04:25  18   4200 -- and those formulas, by the way, are based on what you
04:25  19   would expect for a maximum -- there are some times when it's
04:25  20   not going to be able to cut the pipe.
04:25  21   Q.   Okay.
04:25  22   A.   Even with a higher-pressure system.
04:25  23   Q.   So you have 4,000 psi available for the piston.  And
04:25  24   that's it; right?
04:25  25   A.   Yes, it's regulated --

04:25    1          **MR. DOYEN:**  Objection, leading.

04:25    2          **MR. WILLIAMSON:**  I was trying to work through it,

04:25    3    Judge.

04:25    4          **THE COURT:**  It was leading.  I'll sustain the

04:25    5    objection.

04:25    6              We had, apparently, an e-mail message from

04:25    7    somebody that was listening somewhere that when people are

04:25    8    objecting, they're not able to hear.  So if you-all could make

04:25    9    sure you try speaking into one of microphones when you do

04:25   10    object.  Okay?

04:25   11          **MR. DOYEN:**  Thank you, Your Honor.

04:25   12    BY MR. WILLIAMSON:

04:25   13    **Q.**   Mr. Davis, how many pounds per square inch pressure can

04:26   14    this system deliver to that piston in an emergency when the AMF

04:26   15    is needed?

04:26   16    **A.**   It can deliver 4,000 psi, which is regulated from the

04:26   17    accumulator stack.

04:26   18    **Q.**   And even with 5 1/2-inch pipe, how many pounds per square

04:26   19    inch does Cameron tell BP and TO, Transocean, that they're

04:26   20    going to need to shear the pipe?

04:26   21    **A.**   Well, they don't really tell them; they provide the

04:26   22    formulas so that they can figure it out.  And it's up around

04:26   23    4200 psi, above the 4,000 number.

04:26   24    **Q.**   So if you get that type of wellbore pressure, you simply

04:26   25    do not have a big enough blowout preventer?

RORY DAVIS - CROSS

04:26 | 1 |          **MR. DOYEN:**  Objection, Your Honor.

04:26 | 2 | BY MR. WILLIAMSON:

04:26 | 3 | Q.   What is your opinion on that?

04:26 | 4 |          **MR. DOYEN:**  My fault, Your Honor.  I withdraw that

04:26 | 5 | objection.

04:26 | 6 |          **THE COURT:**  Okay.

04:26 | 7 |          **THE WITNESS:**  You would not be able to reliably cut

04:26 | 8 | the pipe every time.  There is scatter in the ability or the

04:27 | 9 | pressure required to cut pipe, so only a certain percentage of

04:27 | 10 | the time would you be able to cut the pipe.  Other times you

04:27 | 11 | could not finish cutting the pipe.

04:27 | 12 | BY MR. WILLIAMSON:

04:27 | 13 | Q.   And what type -- if we're going to do that -- we have

04:27 | 14 | 4,000 available and we're going to need 4200 shear 5 1/2-inch,

04:27 | 15 | if we let the Court look at all the numbers for 6 5/8-inch

04:27 | 16 | pipe, is this analysis going to get worse or better?

04:27 | 17 | A.   It will get substantially worse.

04:27 | 18 | Q.   And what did BP and Transocean drill this well with,

04:27 | 19 | 6 5/8-inch pipe every day from February 6th to April 9th?  Or

04:27 | 20 | did they drill it with 5 1/2?  Or do you know?

04:27 | 21 |          **MS. KARIS:**  Your Honor, I have an objection to

04:27 | 22 | relevance of this because this witness, in his report,

04:27 | 23 | specifically stated that in this instance, on April 20th, this

04:27 | 24 | was not a limitation that played any role in the outcome of

04:27 | 25 | what happened.

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:27   1          THE COURT:  Is that correct?

04:28   2          THE WITNESS:  In this particular accident, this

04:28   3   inadequacy did not have an effect.

04:28   4          THE COURT:  Okay.  I sustain the objection.

04:28   5          MS. KARIS:  Thank you, Your Honor.

04:28   6          MR. WILLIAMSON:  I think I'm done, Your Honor.  I'm

04:28   7   trying to make sure I haven't thought of another question.

04:28   8   BY MR. WILLIAMSON:

04:28   9   Q.   One last question to follow.

04:28  10          Would you recommend that you design a safety-critical

04:28  11   system that goes to the blind shear rams?

04:28  12          Under this system, what was the safety margin?  What

04:28  13   is the safety margin that was on this system for shearing pipe?

04:29  14   A.   Well, if you use the 4200 number, like I was talking

04:29  15   about, you would only be able to cut the pipe maybe 90 percent

04:29  16   of the time instead of 100 percent of the time, which is not

04:29  17   good for a safety-critical system.

04:29  18   Q.   Okay.  Which means -- and that leaves you with, what,

04:29  19   basically a zero safety margin if you need 4200 and you've got

04:29  20   4,000?

04:29  21   A.   Well, it's clearly not sufficient.  You're going to be

04:29  22   unable to shear the pipe and seal the well a substantial

04:29  23   portion of the time.  In contrast, when engineers design

04:29  24   things, they try to design them to succeed 99.9 percent of the

04:29  25   time, not 90 percent of the time.  So 10 percent is a big, big

RORY DAVIS - CROSS

04:29  1  problem.

04:29  2  **Q.**   Had they put DVS rams, the plug-and-play you referred to,

04:29  3  on this, would that have increased the efficiency of the

04:29  4  cutting blades?

04:30  5  **A.**   Yes.  The double-V blade rams like DVS require about 600

04:30  6  to 800 psi less pressure to cut the same pipe.  So that would

04:30  7  be a substantially safer system, and you would be able to cut

04:30  8  the pipe almost 100 percent of the time.

04:30  9  **Q.**   And would DVS rams, the double-Vs, have provided a greater

04:30  10  chance of centering the pipe and bringing it within the ram

04:30  11  blades?

04:30  12  **A.**   The double-V rams have a much, much greater capacity to

04:30  13  push the drill pipe back to the center before it cuts.  It's a

04:30  14  major advantage of using the double-V blades.

04:30  15  **Q.**   And I'm not going to do it because I already went longer

04:30  16  than I should have; but is there actually an analysis in your

04:30  17  rebuttal report, TREX-07661, page 17, that deals with the fact

04:30  18  that the DVS rams are -- their centering ability compared to

04:31  19  the SBR rams?  Is there such a chart?

04:31  20  **A.**   Yes.  I went through a straightforward engineering

04:31  21  analysis, and I presented a chart showing a drastically

04:31  22  increased ability to center the pipe.

04:31  23          **MR. WILLIAMSON:**  Okay.  Thank you, Your Honor.

04:31  24          **THE COURT:**  All right.  Alabama, do you have any

04:31  25  questions?

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

| | | |
|---|---|---|
| 04:31 | 1 | **MR. MAZE:**  No questions, Your Honor. |
| 04:31 | 2 | **THE COURT:**  Louisiana? |
| 04:31 | 3 | **MR. KRAUS:**  No questions, Your Honor. |
| 04:31 | 4 | **THE COURT:**  All right.  Transocean is up next. |
| 04:31 | 5 | **CROSS-EXAMINATION** |
| 04:31 | 6 | BY MR. DOYEN: |
| 04:33 | 7 | **Q.**   Mike Doyen for Transocean.  Dr. Davis, good afternoon. |
| 04:33 | 8 | **MR. DOYEN:**  Your Honor, I have quite a bit to cover. |
| 04:33 | 9 | I'm going to start with some quick topics to finish off the |
| 04:33 | 10 | afternoon. |
| 04:33 | 11 | **THE COURT:**  That's fine.  We'll go for about another |
| 04:33 | 12 | 30 minutes. |
| 04:33 | 13 | **MR. DOYEN:**  Thank you, Your Honor.  I might need a |
| 04:33 | 14 | biology break before that.  The fortitude of this room stuns |
| 04:33 | 15 | me. |
| 04:33 | 16 | **THE COURT:**  It all has to do with planning. |
| 04:33 | 17 | **MR. DOYEN:**  Not my strong suit maybe. |
| 04:33 | 18 | BY MR. DOYEN: |
| 04:33 | 19 | **Q.**   Dr. Davis, you performed a finite element analysis -- |
| 04:33 | 20 | **MR. DOYEN:**  Is this too close?  I feel like I'm |
| 04:33 | 21 | booming and echoing a little bit. |
| 04:33 | 22 | BY MR. DOYEN: |
| 04:33 | 23 | **Q.**   You performed a finite element analysis of a pipe cutting |
| 04:33 | 24 | and crushing in the blind shear rams; correct? |
| 04:33 | 25 | **A.**   Cutting and crushing in a blind shear ram?  I did analysis |

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:33    1    but using other people's models.  I didn't do my own FEA.
04:34    2    **Q.**   You were looking at somebody else's nonlinear finite
04:34    3    element analysis of pipe crushing and cutting?
04:34    4    **A.**   Yes.
04:34    5    **Q.**   Would you agree that shows --
04:34    6         **MR. JONES:**  Your Honor, I need to object.  This is
04:34    7    discussing the DNV finite element analysis, which is not
04:34    8    underlying facts in the data.  It is their expert analysis.
04:34    9         **THE COURT:**  Is that what you --
04:34   10         **THE WITNESS:**  That is not what I was talking about.
04:34   11    I was talking about models that came from other experts, not
04:34   12    DNV.
04:34   13         **THE COURT:**  Okay.  Go ahead.
04:34   14    BY MR. DOYEN:
04:34   15    **Q.**   And that analysis showed you that the blind shear rams had
04:34   16    sufficient pressure to cut the pipe had the pipe been centered;
04:34   17    correct?
04:34   18    **A.**   They did, but I had independent verification of that.
04:34   19    **Q.**   In fact, from your forensic examination, you concluded
04:34   20    that the pressure available to the blind shear rams was clearly
04:34   21    sufficient to cut the pipe had it been centered, didn't you?
04:34   22    **A.**   Yes, I did.  I saw the crush marks on the pipe.
04:35   23    **Q.**   In fact, it was your opinion that had the pipe been
04:35   24    centered, the pressure available to the BSR -- I'm sorry, I'm
04:35   25    looking at the same one again.

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:35  1          Had the pipe been centered, it was your conclusion
04:35  2   that the BSR almost certainly would have cut the pipe and
04:35  3   sealed the well; correct?
04:35  4   A.   You need to refer to which time we're talking about.  In
04:35  5   the case of autoshear, because we were using the single-V blade
04:35  6   blind shear ram, it could not center the pipe.  But it had
04:35  7   enough pressure to do so, but it failed for another reason.
04:35  8   Q.   That wasn't my question.
04:35  9   A.   I'm sorry.
04:35  10  Q.   That's all right.  I may have made it unclear.
04:35  11          If the pipe was centered --
04:35  12  A.   I'm sorry.
04:35  13  Q.   -- it is your opinion that the BSR almost certainly would
04:35  14  have cut the pipe and sealed the well; correct?
04:35  15  A.   Yes, absolutely.
04:36  16  Q.   Now, I have just a quick question on your qualification.
04:36  17          It's true, is it not, that of the other members of
04:36  18  your team, when we look over their CVs, we likewise see no
04:36  19  experience listed with blowout preventers; correct?
04:36  20  A.   I believe that's the case, yes.
04:36  21  Q.   You yourself have written a number of articles, haven't
04:36  22  you?
04:36  23  A.   Yes.
04:36  24  Q.   I think you list 19 or 20 in your CV?
04:36  25  A.   Yes.

RORY DAVIS - CROSS

04:36  1   **Q.**   About half of them deal with bicycles?

04:36  2   **A.**   I don't remember the number.

04:36  3   **Q.**   And some deal with rockets?

04:36  4   **A.**   A few with rockets.

04:36  5   **Q.**   And some with turbomachinery?

04:36  6   **A.**   Yes.

04:36  7   **Q.**   None deal with BOPs; correct?

04:36  8   **A.**   No.

04:36  9   **Q.**   I'm sorry.  That is correct?

04:36  10  **A.**   That is correct.

04:36  11  **Q.**   Thank you.

04:37  12          Now, you said you thought that your outside -- your

04:37  13  view outside of the industry was of some benefit to us here in

04:37  14  this case; is that correct?

04:37  15  **A.**   Yes, I believe so.

04:37  16  **Q.**   If gives you a fresh perspective?

04:37  17  **A.**   Yes.

04:37  18  **Q.**   But you're not coming in here with any preexisting

04:37  19  knowledge of the way things are typically done in the industry.

04:37  20  Is that fair?

04:37  21  **A.**   Yes.

04:37  22  **Q.**   And before preparing your report, you didn't go to any of

04:37  23  the BOP manufacturers to look at the different type of blowout

04:37  24  preventers that are available, did you?

04:37  25  **A.**   Not physically, but I reviewed documents.

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:37  1    Q.    You haven't done that at any point in your career prior to
04:37  2    being retained in this case; correct?
04:37  3    A.    Looking at actual hardware at the manufacturer, no.
04:37  4    Q.    In fact, you indicated that when you got the call to work
04:37  5    on this case after Macondo, you went online, on the Internet,
04:37  6    to look at the BOP pictures; correct?
04:38  7    A.    Yes, and I saw some of that there.
04:38  8    Q.    And you indicated that was the first time you had seen
04:38  9    those pictures; correct?
04:38  10   A.    I don't recall, but that would have been true, yes.
04:38  11   Q.    Okay.  Now, I think you stated that the Mark III control
04:38  12   system, had it been offered by Cameron, was available since
04:38  13   when?  Do you know that?
04:38  14   A.    I think it was 2006, but I don't recall for sure.
04:38  15   Q.    Okay.  And you indicated you thought that would have
04:38  16   eliminated malfunction associated with solenoids in batteries;
04:38  17   correct?
04:38  18   A.    I believe it would have, yes.
04:38  19   Q.    And you do understand, don't you, that a requirement for
04:38  20   something to be the best available and safest technology is
04:38  21   that it be practical to use?  Correct?
04:38  22   A.    Well, you know, if you read the words, it says "best and
04:38  23   safest when practical."  So that's not what best and safest is.
04:38  24   "Practical" is added to that.
04:38  25   Q.    But the regulation does use the word "when practical";

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:38   1   correct?

04:38   2   A.   When practical, yes.

04:39   3   Q.   And you understood that to have -- considering the

04:39   4   practical implications of things, it's just sensible from an

04:39   5   engineering perspective anyways, isn't it?

04:39   6   A.   Yes.

04:39   7   Q.   And you agree, don't you, that you're not qualified to

04:39   8   assess all the practical ramifications of implementing the

04:39   9   Mark III control system on the *Deepwater Horizon*; correct?

04:39   10  A.   Not all of them, but because this system was in use and

04:39   11  for commercial sale, I considered it practical.

04:39   12  Q.   And you didn't, in fact, evaluate the practical

04:39   13  ramifications of implementing the Mark III system in forming

04:39   14  your opinion here; isn't that true?

04:39   15  A.   No.

04:39   16  Q.   No, did you not do it?  I'm sorry.

04:39   17  A.   I'm sorry.  I did not do any further analysis of its

04:39   18  practicality.  I saw that it was available, in commercial use,

04:39   19  and so I considered it practical.

04:39   20  Q.   You agree you don't have the expertise to evaluate whether

04:39   21  replacing the Mark II system with the Mark III system would be

04:40   22  safer; correct?

04:40   23  A.   Would be what?

04:40   24  Q.   Safer.

04:40   25  A.   Safer.  I do have some expertise that would come to bear

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:40   1   on that.  I may not have all of it that would be required to
04:40   2   make the replacement.  But certainly, I believe, for example,
04:40   3   the rechargeable battery system is safer.
04:40   4           MR. DOYEN:  Let's look at Deposition 375, lines 13
04:40   5   through 19.
04:40   6   BY MR. DOYEN:
04:40   7   Q.   You were asked:
04:40   8           "QUESTION:  You would not have the full expertise to
04:40   9       evaluate whether relacing the Mark II control system with
04:40  10       the Mark III control system was a safer step?
04:40  11           "ANSWER:  I would not be able to evaluate all aspects
04:40  12   of it, no.  I think it would require other expertise, as well."
04:40  13           Were you asked that question, and did you give that
04:40  14   answer?
04:40  15   A.   Yes, and that's exactly consistent with what I just said.
04:40  16   Q.   You didn't do any analysis to see why the replacement of
04:40  17   the Mark II system with the Mark III system would be a safer
04:41  18   step, did you?
04:41  19   A.   I did do analysis by default, I guess you'd call it, that
04:41  20   monitoring of batteries is safer, and that's part of the
04:41  21   Mark III system; therefore, the Mark III system is safer.
04:41  22           MR. DOYEN:  Let's look at deposition page 375,
04:41  23   lines 20 through 22.
04:41  24   BY MR. DOYEN:
04:41  25   Q.   Immediately following this question and answer where you

RORY DAVIS - CROSS

04:41   1   said it would require other expertise:

04:41   2           "QUESTION:  And you've got not done that analysis; is

04:41   3       that correct?

04:41   4           "ANSWER:  I have not done that analysis."

04:41   5           Were you asked that question, did you give that

04:41   6   answer?

04:41   7   A.   I think that's out of context.  You should show more up

04:41   8   above that.

04:41   9   Q.   I'm happy to show that.  Let's go back up to line 13

04:41   10  through 22.

04:41   11          "QUESTION:  You would not have the full expertise to

04:41   12  evaluate whether replacing the Mark II control system with the

04:41   13  Mark III control system was a safer step?

04:42   14          "ANSWER:  I would not be able to evaluate all aspects

04:42   15      of it, no.  I think it would require other expertise as

04:42   16      well."

04:42   17          "QUESTION:  And you've not done that analysis; is

04:42   18  that correct?

04:42   19          "ANSWER:  I have not done that analysis."

04:42   20          Were you asked those questions, did you give those

04:42   21  answers?

04:42   22  A.   Yes.  And, again, it's talking about full expertise, other

04:42   23  expertise; and those are the analyses that I didn't do because

04:42   24  there are other people that would come into play, and they

04:42   25  would do their analyses.

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:42  1   **Q.**   In fact, Cameron issued a safety alert in February of 2009

04:42  2   about the Mark III system; isn't that correct?

04:42  3   **A.**   Yes.

04:42  4          **MR. DOYEN:**  Let's put up TREX-3626.18, please.

04:42  5   **BY MR. DOYEN:**

04:42  6   **Q.**   Safety Alert from Cameron, dated 12 February 2009,

04:42  7   regarding the Mark III modular drilling control pod.  Do you

04:43  8   see that?

04:43  9   **A.**   Yes.

04:43  10         **MR. DOYEN:**  Can we put up the following two pages,

04:43  11   please.  I believe it's TREX-3626.38, please.

04:43  12  **BY MR. DOYEN:**

04:43  13  **Q.**   And the warning from Cameron notes that the issues that

04:43  14  are being discussed with this system in February of 2009 could

04:43  15  result in failure of the BOP to perform its intended function.

04:43  16         Do you see that?

04:43  17  **A.**   I'd like to read the whole thing so that's in context.

04:43  18  Give me a moment.

04:43  19         (Witness reviews document.)

04:43  20         Okay.  Yes, I've read it.

04:43  21  **Q.**   You did not discuss this safety alert in your report, did

04:43  22  you, sir?

04:44  23  **A.**   No, I didn't.

04:44  24  **Q.**   You had some discussions earlier this afternoon about

04:44  25  double-V shear rams.  Do you recall that generally?

RORY DAVIS - CROSS

04:44  1  **A.**   Yes.

04:44  2  **Q.**   And your reports, your initial report indicated that there

04:44  3  should have been CDVS rams.  Do you recall that?

04:44  4  **A.**   Yes.

04:44  5  **Q.**   That stands for cable double shearing -- it stands for

04:44  6  "cable double-V shear rams"; correct?

04:44  7  **A.**   I believe that's true, yes.

04:44  8  **Q.**   And you agree, don't you, that those rams were originally

04:44  9  developed to cut cable, wire rope, and welding?  Don't you?

04:44  10 **A.**   Yes.

04:44  11 **Q.**   They're for use in wireline operations, not drilling

04:44  12 operations; correct?

04:44  13 **A.**   No, that's not correct.

04:44  14 **Q.**   Let's look at deposition pages 102, 23, to line 103-3.

04:44  15      "QUESTION:  Is it your understanding that the Cameron

04:45  16 CDVS blind shear ram was designed to be used in wireline

04:45  17 operations, not drilling operation?

04:45  18      "ANSWER:  I understand it was originally designed to

04:45  19 cut wire rope, yes."

04:45  20      Were you asked that question, did you give that

04:45  21 answer?

04:45  22 **A.**   Yes.  But --

04:45  23 **Q.**   Did you --

04:45  24 **A.**   -- the question you just asked me wasn't "designed to"; it

04:45  25 was "used for."

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:45 1 **Q.**   I think the question I asked you was exactly what's

04:45 2 written on the page, but the record will reflect what the

04:45 3 record reflects on that point.  Cameron had said --

04:45 4 **BY MR. DOYEN:**

04:45 5 **Q.**   You were aware at the time you prepared your report that

04:45 6 there was a safety alert for the CDVS ram as well, weren't you?

04:45 7 **A.**   Yes.

04:45 8             **MR. DOYEN:**  Let's pull up 7661-A, TREX-7661-A.

04:46 9                 And then we have 1-B as well, same document.

04:46 10 **BY MR. DOYEN:**

04:46 11 **Q.**   Cameron is reporting here that these rams fail to hold the

04:46 12 rated pressure after 42 open/close cycles, including six

04:46 13 pressure cycles.

04:46 14             Do you see that?

04:46 15 **A.**   Yes.

04:46 16 **Q.**   Cameron recommended, in fact, as a result of that, that

04:46 17 the pressure rating of these rams be limited to 10,000 psi;

04:46 18 correct?

04:46 19 **A.**   Something to that effect.

04:46 20 **Q.**   Okay.  And, in fact, you didn't discuss this safety

04:46 21 warning in your report either, did you?

04:46 22 **A.**   No.  Because it doesn't prevent use of CDVS rams.

04:46 23 **Q.**   There is, in fact, no analysis in your report of the

04:46 24 impact of this safety alert and the impact it might have on the

04:46 25 rig's ability to use these type rams in the operation in which

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:46 1    it was engaged; isn't that true?

04:46 2    A.   That's true, because it's not a major impact.

04:47 3    Q.   You also talked about double-V design -- hang on one

04:47 4    second.  I'm going to see if I can do something about this wire

04:47 5    that's creating so much trouble for the court reporter.

04:47 6              Let's see how that worked.

04:47 7              You suggested having double-V rams up at the center

04:47 8    of pipe; correct?

04:47 9    A.   Correct.

04:47 10   Q.   You agreed that the blades of the DVS rams do not,

04:47 11   however, go all the way across the wellbore; right?

04:47 12   A.   In the case of the DVS ram, they do not.

04:47 13   Q.   And you don't state anywhere in your report that use of

04:47 14   DVS rams was industry practice at the time of the incident, do

04:47 15   you?

04:47 16   A.   I don't recall.  I believe I mentioned CDVS rams only in

04:48 17   my first report.

04:48 18   Q.   And in your rebuttal report, there's no discussion

04:48 19   suggesting that the use of DVS rams was standard in the

04:48 20   industry, is there?

04:48 21   A.   I don't believe so, no.

04:48 22   Q.   You are aware, aren't you, that the Cameron shearing blind

04:48 23   ram, the type of ram that was in use in this case, the blind

04:48 24   shearing ram -- are you with me so far?  Cameron calls that a

04:48 25   shearing blind ram.

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

04:48  1  **A.**   Yes, I know.  They call it an SBR, yes.
04:48  2  **Q.**   Right.  That's the ram we're talking about.  SBR/DSR,
04:48  3  we're talking about the same ram.  Are you with me so far?
04:48  4  **A.**   Yes.
04:48  5  **Q.**   Okay.  You're aware that the Cameron SBR model has been
04:48  6  used on subsea BOP stacks for many rigs that operate in the
04:48  7  Gulf of Mexico, aren't you?
04:48  8  **A.**   Yes, I am aware.
04:48  9  **Q.**   And it's your understanding that the Cameron SBR, the
04:48  10  blind shear ram model that we have on the *Deepwater Horizon* and
04:48  11  pieces of the models in your report, is still being used by
04:48  12  rigs that operate in the Gulf of Mexico; correct?
04:49  13  **A.**   Yes, unfortunately, that is still true.
04:49  14  **Q.**   Your report does not discuss the extent to which these
04:49  15  rams are industry standard or common in the Gulf of Mexico,
04:49  16  does it?
04:49  17  **A.**   No, and that's not really my concern.  I'm evaluating it
04:49  18  from a technical point of view, separately.
04:49  19        **MR. DOYEN:**  Your Honor, both in terms of the subject
04:49  20  I'm about to get into and for biological reasons, could we go
04:49  21  ahead and adjourn here today?
04:49  22        **THE COURT:**  All right.  It's about 10 minutes to
04:49  23  5:00.  We'll go ahead and recess.
04:49  24        **MR. DOYEN:**  Thank you, Your Honor.
04:49  25        **THE COURT:**  Before we do that, let me just make a

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

| | | |
|---|---|---|
| 04:49 | 1 | couple quick announcements. |
| 04:49 | 2 | First of all, next week the only two overflow |
| 04:49 | 3 | rooms will be B-407 in the Boggs building, which is |
| 04:50 | 4 | Judge Moore's former magistrate's courtroom; and C-311, which |
| 04:50 | 5 | is on the third floor, down the hall, in this courthouse. |
| 04:50 | 6 | Judge Shushan may or may not make her courtroom |
| 04:50 | 7 | available at various times.  That's strictly up to her.  We |
| 04:50 | 8 | will no longer have the fourth courtroom because crowds have |
| 04:50 | 9 | been rapidly diminishing.  We don't need all those courtrooms. |
| 04:50 | 10 | Judge Shushan will be over here in a few |
| 04:50 | 11 | minutes.  So those of you who need to admit exhibits, please |
| 04:50 | 12 | stick around. |
| 04:50 | 13 | Everyone have a good weekend.  We'll see |
| 04:50 | 14 | everyone 8:00 Monday morning. |
| 04:50 | 15 | **THE DEPUTY CLERK:**  All rise. |
| 05:01 | 16 | * * * * * |
| 05:01 | 17 | (The following proceedings were held before The |
| 05:01 | 18 | Honorable Sally Shushan.) |
| 05:01 | 19 | **THE COURT:**  Okay, guys.  Mr. Miller.  Mr. Miller. |
| 05:01 | 20 | I call us to order. |
| 05:01 | 21 | **MR. MILLER:**  I'll get out of your way. |
| 05:01 | 22 | **THE COURT:**  All right, guys.  Let's get started.  I |
| 05:01 | 23 | think today is going to be very easy.  The question is whether |
| 05:01 | 24 | it's going to be fast and whether it's going to be expeditious. |
| 05:01 | 25 | I think it's going to be both. |

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

05:01    1         Mr. Nomellini, Mr. Irpino, why don't you-all
05:01    2    come up to the podium.  Let me thank both of you for
05:01    3    spearheading this week's marshaling of the exhibits.  You did a
05:02    4    fantabulous job, that's F-A-N-T-A-B-U-L-O-U-S, in pulling
05:02    5    together last week's list.
05:02    6         So we've got two lists here.  One is 2/28/12.
05:02    7    Has that been presented to Stephanie?
05:02    8         MR. IRPINO:  No, that list has not been presented to
05:02    9    Stephanie.  We have it with us.
05:02   10         THE COURT:  Terrific.  That is a six-page exhibit
05:02   11    list of all exhibits and demonstratives that were gathered for
05:02   12    last week's marshaling conference on February 28th, 2013.
05:02   13         As I understand it, the list has been agreed to
05:02   14    by all parties.  Are there any objections whatsoever?
05:02   15         Good.  Then that list will be admitted, and
05:02   16    whatever is reflected on that list is the official record for
05:02   17    that week.
05:02   18         Moving on from there, we have a list of
05:03   19    agreed-upon exhibits and demonstratives for the March 7th, 2013
05:03   20    marshaling conference.  It is a seven-page listing with the
05:03   21    date, the witness, the exhibit or demonstrative number, the
05:03   22    type, the party offering, and the ruling with any notes.
05:03   23         As I understand it, that list also has been
05:03   24    agreed to by all parties.  Does anybody have any objection to
05:03   25    that list?

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

05:03    1          **MR. NOMELLINI:**  I think, Your Honor, Carter Williams
05:03    2    had a brief comment.
05:03    3          **THE COURT:**  All right.  Mr. Williams.  And notice I'm
05:03    4    calling you "Mr. Williams."
05:03    5          **MR. CARTER WILLIAMS:**  Good afternoon, Your Honor.
05:03    6    Just a note we wanted to make regarding two summary exhibits.
05:04    7    The first exhibit number listed is 50132-37.  That appeared as
05:04    8    part of Summary Exhibit 52658 on page 5 of 7.
05:04    9          **THE COURT:**  All right.
05:04   10          **MR. CARTER WILLIAMS:**  I just want to be clear for the
05:04   11    record that this is not page 37 of 50132; this is actually a
05:04   12    range of exhibits that for the sake of saving a little ink, we
05:04   13    put that in as a range.  There are a couple others.  That's the
05:04   14    only one from 5268 [verbatim].  So that would be Exhibits 50132
05:04   15    consecutive to 50137.
05:04   16          Then on the summary chart -- exhibits admitted
05:04   17    as underlying documents of the summary chart, 52661, there are
05:04   18    the following ranges, which are all ranges consecutively
05:05   19    numbered trial exhibits:  Trial Exhibit 41040 to -42, 41053 to
05:05   20    -54, 43009 to -17, 43029 to -31, 50969 to -70, 51277 to -78,
05:05   21    and 51336 to -337.
05:05   22          **THE COURT:**  Okay.  Thank you.
05:05   23          **MR. CARTER WILLIAMS:**  Your Honor, I believe, if I may
05:05   24    turn it over to either Brad Brian or Kerry.  They had a comment
05:05   25    to make on the Bly exhibits.

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

05:05   1        THE COURT:  Before you leave, Carter, let's really
05:05   2   quickly talk about how we want to designate from here on the
05:05   3   difference between a range of pages and a page designation.
05:05   4   Why don't you all work on that this week and just agree to
05:05   5   that.  It doesn't matter to me -- whatever's easier for you.
05:05   6   But I appreciate the clarification on the page ranges rather
05:06   7   than page number.
05:06   8              And relative to the underlying exhibits that you
05:06   9   just read, are we going to amend this list to show that?  Or
05:06  10   what is the group's thought with regard to that?
05:06  11        MR. CARTER WILLIAMS:  Your Honor, I think the
05:06  12   clearest thing to do would be to break them out into individual
05:06  13   numbers.  So we're going to add a few lines to the chart.  That
05:06  14   would just give us a 100 percent-no-questions-asked clear
05:06  15   record.
05:06  16        THE COURT:  That's fine.  I have no problem with
05:06  17   that.  We will go ahead and agree that those revisions will be
05:06  18   made and submitted as part of the record on Monday.
05:06  19        MR. CARTER WILLIAMS:  Thank you, Your Honor.
05:06  20        THE COURT:  Okay, Carter.  Thank you.
05:06  21              Okay.  Brad, you've got something you want to
05:06  22   add?
05:06  23        MR. BRIAN:  Brad Brian for Transocean, Your Honor.
05:06  24   Actually, there's a couple things I want to subtract.
05:06  25              We had submitted a revised set of exhibits for

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

| | |
|---|---|
| 05:07 | 1 | Mark Bly, consistent with the discussion with Judge Barbier the |
| 05:07 | 2 | other day when he expressed a preference for, if possible, to |
| 05:07 | 3 | give him individual pages and call-outs.  So we did that. |
| 05:07 | 4 | BP had asked for a chance to look at that, and |
| 05:07 | 5 | we sent them an e-mail indicating what the particular changes |
| 05:07 | 6 | were.  I think they've had a chance to look at that, and I |
| 05:07 | 7 | think it's fine. |
| 05:07 | 8 | But there actually were a couple on there that |
| 05:07 | 9 | we didn't use.  So I would ask to remove from page 2 -- it's |
| 05:07 | 10 | 001-56, 001-67.  Those were not used.  So they would be |
| 05:07 | 11 | removed.  In fact, I'm not even sure we had a call-out for |
| 05:07 | 12 | those. |
| 05:07 | 13 | Then on page 3 -- |
| 05:07 | 14 | MR. IRPINO:  Brad, I think it's 56 -- |
| 05:07 | 15 | MR. BRIAN:  It's TREX-1-56 or -67. |
| 05:07 | 16 | MR. IRPINO:  Both of those are out. |
| 05:08 | 17 | MR. BRIAN:  They're out. |
| 05:08 | 18 | Then on page 3 of this list, it would be |
| 05:08 | 19 | 295-21-A, which is a duplicate of another. |
| 05:08 | 20 | THE COURT:  Okay. |
| 05:08 | 21 | MR. BRIAN:  Then TREX-620-1, which is a duplicate. |
| 05:08 | 22 | THE COURT:  Okay.  So is that it, Brad? |
| 05:08 | 23 | MR. BRIAN:  Is there one more? |
| 05:08 | 24 | That's it, Your Honor.  Thank you. |
| 05:08 | 25 | THE COURT:  Thank you.  So subject to those |

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

05:08   1   changes -- which, Carter, you'll take at lead on, please --

05:08   2          MR. WILLIAMS:  Sure.

05:08   3          THE COURT:  -- the list dated March 7th, 2013, will

05:08   4   be adopted with those modifications, and they can be filed on

05:08   5   Monday to memorialize today's marshaling conference.

05:08   6          Is there anything else that you guys want to

05:09   7   cover?

05:09   8          I was going to talk to you all again tomorrow

05:09   9   morning at the work group conference about some of the issues

05:09   10  that have come up with regard to exhibits and demonstratives.

05:09   11  Nothing big and new, but just to make sure we're on good

05:09   12  footing.  We'll modify it as we go.

05:09   13         But anything you all want to talk about this

05:09   14  evening?

05:09   15         MR. KRAUS:  Doug Kraus for Louisiana.  Are we going

05:09   16  to go over witnesses that will be called for next week?

05:09   17         THE COURT:  If you want to, we certainly can.

05:09   18         MR. KRAUS:  Because I don't know that the plaintiffs

05:09   19  are going to make it throughout the entire week.

05:09   20         THE COURT:  They're not going to make it?

05:09   21         MR. KRAUS:  I don't know.  I looked --

05:09   22         MR. HERMAN:  I think Transocean gave us --

05:09   23         MR. KRAUS:  Oh, if they did, I haven't seen that.

05:09   24         THE COURT:  Yeah.  I thought we had seen Transocean.

05:09   25         Is that correct, Brad?  Have you all sent out

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

05:09  1    your prospective list for next week?

05:09  2              MR. BRIAN:  Your Honor, we were trying to figure out

05:10  3    exactly when the PSC is going to rest.  We've given them our

05:10  4    first two witnesses for next week.  We don't think we'll

05:10  5    possibly get there.

05:10  6              We're going to try to actually give an informal

05:10  7    list of the whole thing sometime tomorrow.  It may fluctuate

05:10  8    depending on the schedules, particularly of the CEO, whose

05:10  9    schedule, as you probably expected, is pretty tight.  We're

05:10  10   trying to jockey around.

05:10  11             THE COURT:  I would expect.

05:10  12             The first two witnesses that you disclosed are

05:10  13   who so will Doug know?

05:10  14             MR. BRIAN:  They are our two experts, Mr. Barnhill

05:10  15   and Mr. Childs.

05:10  16             MR. KRAUS:  Thank you.

05:10  17             THE COURT:  Okay.  Anything else that anybody wants

05:10  18   to cover?

05:10  19             I hope our marshaling conferences will be this

05:10  20   brief from now.

05:10  21             All right.  Thank you very much.  See you

05:10  22   tomorrow.

       23             (WHEREUPON, the proceedings were concluded.)

       24                              *****

       25

OFFICIAL TRANSCRIPT

RORY DAVIS - CROSS

1                        <u>**CERTIFICATE**</u>

2             I, Jodi Simcox, RMR, FCRR, Official Court Reporter

3    for the United States District Court, Eastern District of

4    Louisiana, do hereby certify that the foregoing is a true and

5    correct transcript, to the best of my ability and

6    understanding, from the record of the proceedings in the

7    above-entitled and numbered matter.

8

9

10                        *s/Jodi Simcox, RMR, FCRR*
                          Jodi Simcox, RMR, FCRR
11                        Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

17 [2] 2711/17 2727/20
18 [2] 2616/25 2617/4
1885 [1] 2597/12
189 feet [2] 2631/3 2633/21
19 [2] 2714/24 2718/5
19-story [1] 2631/13
1964 [1] 2609/7
1967 [1] 2609/12

## 2

2/28/12 [1] 2726/6
20 [3] 2594/5 2714/24 2718/23
20 years [1] 2637/21
20004 [2] 2596/25 2598/4
2001 [1] 2676/21
2004 [2] 2693/13 2694/21
20044 [2] 2596/20 2597/6
2005 [8] 2666/18 2667/4 2668/11
 2668/12 2670/6 2691/20 2691/24
 2694/8
2006 [1] 2716/14
2008 [6] 2666/19 2668/17 2668/18
 2670/4 2703/17 2707/8
2009 [5] 2666/19 2696/9 2720/1 2720/6
 2720/14
2010 [8] 2594/5 2637/24 2649/11
 2649/14 2657/15 2683/25 2688/21
 2696/18
2011 [1] 2612/4
2013 [5] 2594/7 2601/2 2726/12
 2726/19 2730/3
2024 [1] 2619/22
20th [9] 2649/11 2649/14 2679/20
 2682/24 2683/19 2684/13 2685/25
 2707/14 2709/23
21.9 [1] 2704/18
2179 [1] 2594/4
2183 [1] 2705/22
21:46 [1] 2697/2
22 [2] 2718/23 2719/10
2211 [1] 2598/20
2216 [1] 2596/9
22573 [2] 2611/18 2611/22
22737 [1] 2642/6
2761 [1] 2612/2
22761.002 [1] 2614/2
22761.003 [1] 2614/2
22nd [4] 2595/10 2649/13 2657/15
 2679/24
23 [1] 2721/14
23451 [1] 2595/10
24.7 pounds [1] 2704/19
2410 [1] 2705/9
25 [1] 2639/21
2582 [1] 2625/24
2615 [1] 2595/6
27-volt [19] 2650/4 2650/13 2650/21
 2651/4 2652/4 2652/7 2652/14 2652/18
 2653/3 2653/14 2656/3 2688/8 2688/17
 2688/18 2688/20 2688/25 2689/2
 2689/19 2693/20
2840 [1] 2705/8
28th [1] 2726/12
295-21-A [1] 2729/19

## 3

3,000 [3] 2664/19 2664/21 2665/8
 2665/16
3,000-psi [1] 2664/12
30 [1] 2680/12
30 minutes [1] 2712/12
30-degree [2] 2679/13 2679/15

---

17 [2] 2711/17 2727/20
'09 [1] 2669/19

## -

-17 [1] 2727/20
-31 [1] 2727/20
-337 [1] 2727/21
-42 [1] 2727/19
-54 [1] 2727/20
-67 [1] 2729/15
-70 [1] 2727/20
-78 [1] 2727/20

## 0

001-56 [1] 2729/10
001-67 [1] 2729/10
001.025 [1] 2619/21
0093 [1] 2699/8
02771 [1] 2594/7
07661 [2] 2642/12 2711/17

## 1

1-B [1] 2722/9
1/2-inch [1] 2664/8
10 [3] 2609/15 2609/16 2724/22
10 percent [1] 2710/25
10,000 [1] 2722/17
10,000 psi [1] 2706/15
10-3 [1] 2609/19
10-CV-02771 [1] 2594/7
10-CV-4536 [1] 2594/9
10-MD-2179 [1] 2594/4
10-minute [1] 2636/23
100 [1] 2595/16
100 percent [2] 2710/16 2711/8
100 percent-no-questions-asked [1]
 2728/14
1000 [2] 2598/17 2599/16
1001 [1] 2598/10
101 [1] 2595/19
102 [1] 2721/14
103 [5] 2650/7 2671/1 2697/3 2697/4
 2697/21
103-3 [1] 2721/14
103Y [2] 2654/7 2697/8
11 [1] 2670/12
1100 [1] 2598/4
1110 [1] 2598/20
1164 [1] 2678/25
1199 [1] 2703/13
12 [4] 2699/7 2700/2 2720/6 2726/6
12.15.3.7 [1] 2699/8
1201 [2] 2598/3 2599/9
1221 [1] 2599/5
13 [2] 2718/4 2719/9
1308 [1] 2595/22
1331 [1] 2599/12
14 [1] 2632/1
14 pounds [1] 2620/23
14.0 [2] 2631/24 2632/17
14.1 [1] 2621/11
14.1 pounds [2] 2620/23 2620/25
14.17 [1] 2632/4
14271 [1] 2596/25
1493 psi [2] 2705/23 2706/15
14th [1] 2612/4
15 [1] 2696/22
15.2.15 [1] 2636/1
16.7 [3] 2621/9 2621/10 2622/17
16.74 [1] 2632/15
1601 [1] 2595/3
1665 [1] 2599/12

---

300 [1] 2597/23
3084 [1] 2598/8
3089 [1] 2598/17
3093 [1] 2614/2
3094 [1] 2614/25
3096 [1] 2685/11
31 [1] 2727/20
31026 [2] 2609/25 2610/5
311 [1] 2725/4
31st [1] 2694/8
33 [1] 2691/22
335 [1] 2598/14
337 [1] 2727/21
3400 [2] 2666/25 2667/2
3405 [1] 2669/14
3550.001 [2] 2645/25 2675/4
3591 [1] 2649/9
3592 [1] 2672/8
35th [1] 2598/14
36 [2] 2704/24 2704/25
36028 [1] 2596/13
3605 [4] 2691/7 2692/9 2692/14 2693/7
36130 [1] 2597/10
3626.18 [1] 2720/4
3626.38 [1] 2720/11
36604 [1] 2595/4
3668 [1] 2594/20
3676 [2] 2706/2 2707/10
37 [4] 2704/23 2705/19 2727/7 2727/11
3700 [2] 2598/6 2598/10
375 [2] 2718/4 2718/22

## 4

4,000 [8] 2665/5 2665/8 2707/16
 2707/23 2708/16 2708/23 2709/14
 2710/20
4,000-psi [3] 2664/15 2664/25 2665/17
40 [2] 2611/7 2612/20
4000 [1] 2599/16
402 [1] 2595/10
406 [1] 2599/19
407 [1] 2725/3
41040 [1] 2727/19
41053 [1] 2727/19
42 [2] 2722/12 2727/19
4200 [5] 2707/12 2707/18 2709/14
 2710/14 2710/19
4200 psi [2] 2707/15 2708/23
4277 [2] 2695/17 2696/9
43009 [1] 2727/20
43029 [1] 2727/20
4310 [1] 2596/6
435 [1] 2595/19
450 [1] 2596/13
4500 [1] 2599/5
4536 [1] 2594/9

## 5

5 1/2 [1] 2709/20
5 1/2-inch [4] 2666/1 2704/18 2708/18
 2709/14
5,000 [2] 2677/13 2677/25
5,000 feet [2] 2677/17 2689/18
500 [3] 2594/20 2597/9 2599/19
5000 [1] 2597/19
50132 [2] 2727/11 2727/14
50132-37 [1] 2727/7
50137 [1] 2727/15
504 [1] 2599/20
50969 [1] 2727/20
51277 [1] 2727/20
51336 [1] 2727/21
5155 [2] 2691/8 2691/16

**5**

52658 [1] 2727/8
52661 [1] 2727/17
5268 [1] 2727/14
5395 [1] 2596/13
54 [1] 2727/20
546 [1] 2598/23
556 [1] 2594/20
56 [3] 2729/10 2729/14 2729/15
56 feet [1] 2620/16
589-7780 [1] 2599/20
599 [1] 2696/15
5:00 [2] 2603/18 2724/23
5th [2] 2683/25 2696/18

**6**

6 5/8 [3] 2665/14 2665/18 2665/23
6 5/8-inch [4] 2665/12 2665/21 2709/15
 2709/19
600 [5] 2595/10 2595/13 2598/17
 2663/17 2711/5
601 [1] 2595/6
60654 [1] 2597/24
6166 [1] 2668/15
618 [1] 2596/3
67 [2] 2729/10 2729/15
6th [2] 2683/14 2709/19

**7**

7-5395 [1] 2596/13
7-inch [1] 2596/10
70 [2] 2683/3 2727/20
701 [2] 2597/16 2597/19
70113 [1] 2594/24
70130 [6] 2595/7 2595/13 2596/10
 2597/17 2598/24 2599/19
70139 [1] 2597/20
70163 [1] 2598/7
702-D [1] 2703/10
70360 [1] 2595/20
70458 [1] 2595/23
70501 [1] 2598/18
70502 [1] 2594/21
70801 [1] 2596/4
70804 [1] 2597/12
7308 [1] 2635/22
75 days [1] 2683/4
75270 [1] 2599/10
7611 [1] 2596/19
7660 [4] 2697/25 2700/1 2704/22
 2705/20
7661-A [1] 2722/8
77002 [2] 2598/10 2599/17
77006 [1] 2596/7
77010 [2] 2599/5 2599/13
77098 [1] 2598/21
7780 [1] 2599/20
78 [1] 2727/20
78257 [1] 2595/17
7:40 [1] 2679/24
7th [2] 2726/19 2730/3

**8**

80 [2] 2679/1 2679/3
800 [1] 2663/17
800 psi [1] 2711/6
8015 [2] 2633/13 2633/16
8048 [2] 2694/4 2695/3
820 [1] 2594/23
891 [1] 2692/12
8:00 Monday [1] 2725/14
8th [1] 2693/13

**9**

9-inch [1] 2629/5
9-volt [5] 2651/6 2651/9 2651/11 2688/8
 2693/20
90 percent [2] 2710/15 2710/25
90071 [1] 2598/14
93 [2] 2635/21 2699/7
94005 [1] 2597/13
94102 [1] 2596/14
97 [1] 2679/1
99.9 percent [1] 2710/24
9:49 p.m [1] 2679/21
9th [2] 2595/13 2709/19

**A**

a.m [1] 2679/24
abandonment [1] 2612/14
ability [15] 2621/24 2633/7 2644/9
 2647/14 2662/23 2665/6 2695/11
 2702/20 2702/22 2703/17 2709/8
 2711/18 2711/22 2722/25 2732/5
able [24] 2617/17 2621/7 2623/2
 2638/13 2640/5 2647/7 2649/3 2651/13
 2654/20 2657/16 2665/10 2665/18
 2688/22 2689/13 2696/10 2700/17
 2707/20 2708/8 2709/7 2709/10
 2710/15 2711/7 2718/11 2719/14
about [93] 2601/21 2602/13 2604/17
 2606/20 2606/23 2607/1 2607/9
 2607/16 2607/17 2607/18 2608/9
 2608/21 2609/2 2609/5 2613/24 2615/2
 2620/25 2624/9 2624/18 2625/8
 2625/16 2626/21 2627/24 2629/7
 2630/1 2630/4 2630/9 2630/15 2630/16
 2630/19 2631/20 2633/9 2633/17
 2633/18 2633/20 2633/23 2636/23
 2638/9 2641/6 2644/3 2644/22 2644/24
 2646/7 2646/19 2652/19 2653/2
 2653/19 2653/22 2655/24 2657/14
 2657/18 2662/6 2662/8 2662/18 2664/5
 2666/1 2667/17 2672/21 2675/7
 2680/11 2680/14 2682/10 2682/24
 2683/1 2685/2 2685/5 2685/13 2685/24
 2687/22 2691/25 2692/7 2701/10
 2704/15 2707/12 2710/15 2711/5
 2712/11 2713/10 2713/11 2714/4
 2715/1 2719/22 2720/2 2720/24 2723/3
 2723/4 2724/2 2724/3 2724/20 2724/22
 2728/22 2730/9 2730/13
above [9] 2665/3 2676/16 2678/23
 2679/17 2680/20 2681/8 2708/23
 2719/8 2732/7
above-entitled [1] 2732/7
Abramson [1] 2595/5
absolutely [4] 2651/10 2674/14 2690/3
 2714/15
accepted [2] 2610/3 2611/15
access [1] 2632/22
accident [7] 2638/4 2639/11 2654/1
 2664/9 2666/3 2682/10 2710/2
accomplished [1] 2673/2
accordance [1] 2670/22
According [1] 2620/19
account [1] 2632/2
accumulator [1] 2708/17
accurate [3] 2624/19 2639/6 2671/25
accurately [1] 2671/16
achieve [2] 2613/20 2613/25
achieved [1] 2612/17
across [2] 2614/14 2665/18 2665/24
 2723/11
action [5] 2618/20 2622/19 2654/12

2686/7 2702/23
activate [2] 2650/24 2651/5
activated [8] 2626/9 2649/20 2649/25
 2652/8 2658/15 2686/17 2697/13
 2700/23
activates [1] 2688/4
activating [2] 2654/18 2654/25
activation [1] 2649/21
activations [1] 2691/22
active [2] 2609/8 2609/12
activities [10] 2637/23 2637/24 2638/9
 2638/11 2638/24 2639/6 2639/9
 2650/14 2668/5 2670/25
actual [6] 2613/18 2653/10 2698/4
 2701/22 2705/7 2716/3
actually [47] 2601/11 2629/15 2632/2
 2633/12 2634/6 2634/13 2634/24
 2635/4 2641/18 2645/13 2647/5
 2647/13 2647/21 2651/4 2657/23
 2659/24 2660/6 2660/8 2663/6 2663/23
 2664/13 2664/25 2665/24 2666/21
 2670/22 2673/3 2676/12 2678/20
 2679/12 2682/12 2682/19 2685/22
 2696/21 2697/22 2698/3 2700/10
 2700/21 2703/1 2703/22 2704/1
 2704/18 2704/24 2711/16 2727/11
 2728/24 2729/8 2731/6
actuate [2] 2650/9 2664/22
actuated [1] 2664/23
actuates [1] 2702/23
add [6] 2617/19 2619/4 2632/5 2705/22
 2728/13 2728/22
added [6] 2623/13 2623/16 2630/1
 2630/13 2631/10 2716/24
adding [1] 2654/13
addition [2] 2631/9 2661/18
additional [3] 2624/24 2632/9 2683/8
additive [3] 2617/20 2630/2 2630/4
additives [15] 2615/21 2617/22 2617/24
 2618/3 2618/13 2623/13 2623/16
 2630/1 2630/5 2630/6 2630/7 2630/8
 2630/9 2630/13 2631/9
address [1] 2619/12
addressed [1] 2670/1
addresses [1] 2608/1
adequacy [1] 2664/3
adequate [2] 2666/13 2671/10
adjourn [1] 2724/21
admit [3] 2605/25 2612/10 2725/11
admits [1] 2643/7
admitted [7] 2601/18 2604/13 2604/20
 2611/24 2612/8 2726/15 2727/16
adopt [1] 2624/17
adopted [1] 2730/4
adoption [1] 2609/19
advantage [1] 2711/14
Advice [1] 2690/16
affect [1] 2702/20
after [31] 2606/14 2610/24 2621/1
 2621/2 2626/14 2628/23 2633/1 2638/2
 2639/12 2649/12 2653/25 2670/6
 2674/6 2674/6 2674/7 2676/20 2677/22
 2680/5 2680/6 2680/20 2682/21 2683/8
 2686/2 2686/4 2686/5 2686/10 2686/24
 2687/4 2693/21 2716/5 2722/12
afternoon [13] 2594/14 2601/1 2601/9
 2603/18 2625/5 2625/6 2628/4 2637/4
 2637/16 2712/7 2712/10 2720/24
 2727/5
afterwards [1] 2683/2
again [19] 2602/16 2609/12 2612/8
 2617/3 2623/10 2648/14 2655/23
 2659/4 2659/6 2659/9 2669/7 2669/12

again... [7] 2670/1 2670/14 2671/11
2702/9 2713/25 2719/22 2730/8
against [2] 2658/12 2697/3
ago [2] 2670/4 2687/9
agree [17] 2608/2 2628/7 2635/3
2650/23 2650/25 2655/4 2659/4
2671/11 2674/23 2692/21 2705/13
2713/5 2717/7 2717/20 2721/8 2728/4
2728/17
agreed [2] 2602/25 2643/8 2723/10
2726/13 2726/19 2726/24
agreed-upon [1] 2726/19
agrees [1] 2671/22
ahead [10] 2613/10 2628/20 2628/21
2632/6 2646/1 2652/9 2713/13 2724/21
2724/23 2728/17
aid [1] 2630/14
aided [1] 2599/24
al [2] 2594/8 2594/11
Alabama [6] 2595/4 2597/7 2597/8
2597/10 2627/12 2711/24
alert [5] 2720/1 2720/6 2720/21 2722/6
2722/24
ALEX [1] 2599/4
all [107] 2601/4 2601/5 2601/6 2601/9
2601/14 2602/13 2602/17 2603/17
2604/24 2605/14 2605/23 2606/21
2607/16 2608/18 2611/23 2612/8
2613/10 2613/22 2613/24 2614/16
2623/18 2623/20 2627/9 2627/16
2630/13 2631/23 2633/9 2635/20
2636/20 2636/24 2637/1 2638/8
2638/22 2639/4 2639/6 2639/13 2640/4
2640/6 2640/8 2644/10 2644/17
2644/25 2645/15 2647/8 2648/16
2649/1 2649/1 2651/6 2658/7 2660/10
2664/20 2666/23 2667/12 2668/23
2669/1 2669/4 2669/6 2670/18 2671/3
2671/20 2672/10 2673/6 2675/24
2678/6 2679/20 2680/18 2681/21
2682/22 2683/13 2687/6 2687/13
2688/2 2690/24 2697/22 2698/14
2700/1 2702/5 2706/19 2708/8 2709/15
2711/24 2712/4 2712/16 2714/10
2717/8 2717/10 2718/1 2718/11
2719/14 2723/11 2724/22 2725/2
2725/9 2725/15 2725/22 2726/1
2726/11 2726/14 2726/24 2727/3
2727/9 2727/18 2728/4 2730/8 2730/13
2730/25 2731/21
ALLAN [1] 2597/15
allow [8] 2615/14 2615/18 2615/25
2634/17 2634/21 2681/7 2681/13
2701/2
allowed [9] 2615/10 2616/4 2624/3
2624/16 2650/22 2660/5 2700/15
2700/16 2700/18
allows [2] 2616/16 2634/13
almost [3] 2711/8 2714/2 2714/13
along [2] 2648/8 2664/20
already [8] 2604/13 2625/7 2626/20
2661/14 2681/15 2689/7 2699/16
2711/15
also [44] 2610/10 2610/17 2622/11
2626/17 2637/6 2637/20 2638/2
2638/10 2639/2 2639/4 2639/6 2639/12
2640/1 2640/5 2640/7 2643/20 2644/7
2646/22 2647/9 2647/15 2649/19
2653/11 2661/13 2661/20 2661/21
2663/15 2663/18 2664/5 2664/14
2665/3 2669/14 2671/12 2673/9

2673/22 2682/17 2682/21 2686/21
2690/4 2697/14 2701/5 2703/19
2706/23 2723/3 2726/23
alternative [3] 2643/22 2643/23 2644/8
although [2] 2667/20 2669/2
always [3] 2602/20 2602/20 2691/2
am [5] 2638/7 2654/22 2672/20 2673/15
2724/8
ambiguous [1] 2601/25
amend [1] 2728/9
AMERICA [8] 2594/10 2596/12 2596/16
2596/22 2597/3 2597/19 2597/22
2598/3
AMF [50] 2648/4 2648/5 2648/9 2648/10
2649/10 2649/14 2649/15 2649/20
2649/21 2650/22 2650/25 2651/5
2652/5 2652/8 2652/14 2653/10
2653/24 2654/1 2654/2 2654/5 2654/18
2654/25 2655/5 2655/9 2657/13
2658/17 2658/19 2659/7 2659/9
2660/15 2660/18 2660/21 2660/24
2661/13 2662/9 2662/11 2665/2
2680/12 2685/24 2686/25 2688/1
2688/2 2689/18 2690/21 2692/11
2692/16 2692/22 2695/25 2707/13
2708/14
AMF-type [1] 2654/25
AMF/Deadman [3] 2692/11 2692/16
2695/25
amount [5] 2655/11 2655/18 2663/11
2683/6 2702/8
analyses [5] 2640/10 2640/15 2640/16
2719/23 2719/25
analysis [31] 2639/18 2640/7 2640/11
2640/25 2642/21 2643/8 2645/7
2658/18 2670/24 2673/19 2701/4
2701/5 2701/16 2709/16 2711/16
2711/21 2712/19 2712/23 2712/25
2713/3 2713/7 2713/8 2713/15 2717/17
2718/16 2718/19 2719/2 2719/4
2719/17 2719/19 2722/23
analyzing [2] 2639/17 2639/23
and/or [1] 2656/14
ANDREW [1] 2597/22
Angeles [1] 2598/14
angle [2] 2673/13 2679/15
angled [1] 2647/19
animations [1] 2626/21
announce [1] 2690/14
announcements [1] 2725/1
annular [31] 2616/16 2623/4 2629/17
2646/4 2646/12 2646/25 2647/1
2677/19 2677/22 2678/1 2678/4
2678/14 2678/21 2680/9 2680/20
2681/3 2681/6 2681/12 2681/19
2681/19 2681/22 2681/24 2682/5
2682/12 2683/24 2684/4 2684/7
2684/13 2684/16 2684/21 2685/5
annulus [15] 2607/19 2616/17 2616/17
2623/5 2646/19 2646/18 2646/19
2646/22 2646/22 2646/25 2647/3
2647/8 2647/14 2647/24 2647/25
another [20] 2602/14 2608/6 2638/11
2647/3 2648/13 2649/12 2653/9 2663/3
2665/14 2666/19 2669/16 2670/25
2685/9 2685/18 2695/10 2707/1 2710/7
2712/11 2714/7 2729/19
answer [14] 2607/14 2613/10 2618/10
2618/14 2629/20 2629/21 2701/22
2718/11 2718/14 2718/25 2719/6
2719/19 2721/18 2721/21
answered [1] 2618/22
answers [1] 2719/21

ANTHONY [2] 2596/9 2603/9
Antonio [1] 2595/17
any [62] 2601/13 2601/17 2605/7
2605/10 2609/14 2611/13 2612/9
2615/22 2617/22 2623/23 2624/23
2627/9 2629/1 2632/6 2634/24 2636/4
2636/13 2639/17 2641/1 2641/8 2642/3
2643/8 2643/10 2643/11 2643/16
2649/3 2651/13 2651/22 2654/11
2655/24 2657/8 2657/16 2659/11
2659/18 2660/22 2663/11 2663/24
2664/3 2665/4 2666/6 2671/8 2672/2
2672/3 2674/15 2674/15 2674/16
2679/5 2688/19 2688/22 2692/3
2698/14 2699/4 2709/24 2711/24
2715/18 2715/22 2716/1 2717/11
2718/16 2726/14 2726/22 2726/24
anybody [2] 2726/24 2731/17
anything [9] 2603/20 2606/2 2610/7
2652/13 2656/20 2662/15 2730/6
2730/13 2731/17
anyways [1] 2717/5
anywhere [2] 2614/22 2723/13
apart [1] 2676/5
API [7] 2609/11 2609/14 2609/17
2609/17 2609/18 2609/18 2609/21
API 65 Part 2 [1] 2609/21
APLC [1] 2597/18
apologies [1] 2645/24
apologize [3] 2624/1 2690/8 2705/25
apparent [1] 2669/24
apparently [3] 2650/18 2671/6 2708/6
Appearances [6] 2594/17 2595/1 2596/1
2597/1 2598/1 2599/1
appeared [1] 2727/7
applicable [2] 2640/1 2642/3
application [2] 2643/11 2643/16
applied [1] 2614/13
Applies [1] 2594/6
apply [3] 2706/25 2707/2 2707/4
appreciate [1] 2728/6
appreciated [1] 2670/16
appropriate [2] 2635/14 2635/15
approximately [5] 2620/16 2631/13
2639/16 2683/14 2696/22
APRIL [16] 2594/5 2649/11 2649/13
2649/14 2657/15 2679/20 2679/24
2682/24 2683/2 2683/19 2683/25
2684/13 2685/25 2707/14 2709/19
2709/23
April 20th [9] 2649/11 2649/14 2679/20
2682/24 2683/19 2684/13 2685/25
2707/14 2709/23
April 20th and [1] 2683/2
April 22nd [2] 2649/13 2657/15
April 9th [1] 2709/19
are [115] 2601/18 2603/5 2604/13
2604/20 2604/25 2607/1 2608/6
2610/11 2610/12 2612/9 2613/14
2615/18 2615/24 2615/24 2616/6
2619/17 2622/5 2622/19 2623/7 2626/4
2629/2 2630/1 2630/1 2630/4 2630/9
2630/9 2630/13 2631/6 2633/24
2634/10 2634/10 2636/16 2637/17
2640/1 2640/16 2642/3 2642/16
2642/19 2643/15 2643/15 2643/21
2643/25 2645/13 2645/13 2645/14
2646/5 2647/6 2647/7 2649/2 2650/20
2651/16 2651/19 2652/15 2653/5
2654/19 2655/2 2656/20 2656/24
2657/6 2658/4 2659/1 2662/15 2663/1
2664/23 2666/2 2666/10 2666/15

**A**

are... [48] 2667/12 2667/13 2668/4
2668/7 2668/25 2669/5 2669/8 2670/16
2671/25 2673/25 2674/1 2674/9
2675/18 2687/12 2687/23 2688/17
2698/11 2698/14 2699/4 2699/17
2702/3 2702/14 2702/25 2707/8 2707/9
2707/18 2707/19 2708/7 2711/18
2715/19 2715/24 2719/23 2719/24
2720/14 2723/22 2723/24 2724/3
2724/15 2726/14 2727/13 2727/17
2727/18 2728/9 2729/16 2730/15
2730/19 2731/12 2731/14
area [10] 2607/5 2607/13 2607/13
2610/25 2620/12 2640/11 2646/23
2673/4 2692/7 2701/18
areas [3] 2609/11 2615/24 2623/8
aren't [4] 2632/10 2638/13 2723/22
2724/7
arguably [1] 2646/6
argument [1] 2697/18
around [11] 2602/3 2646/16 2647/4
2647/5 2647/8 2657/19 2660/11
2681/13 2708/22 2725/12 2731/10
Arrell [1] 2598/19
arrive [1] 2641/17
arrows [1] 2646/14
article [1] 2674/21
articles [1] 2714/21
as [103] 2602/16 2602/16 2603/22
2605/6 2605/9 2606/7 2607/11 2609/8
2611/11 2611/18 2612/7 2612/24
2613/6 2613/19 2613/24 2614/6 2614/7
2614/9 2614/17 2614/20 2614/20
2615/5 2615/7 2615/13 2615/19
2616/12 2618/4 2620/6 2621/24 2622/4
2622/17 2622/21 2622/23 2622/24
2623/10 2623/21 2623/21 2623/21
2624/2 2624/5 2624/17 2624/17
2624/17 2626/17 2627/4 2628/18
2629/1 2630/11 2633/4 2634/13
2634/18 2634/20 2637/9 2639/20
2640/17 2642/20 2644/19 2645/20
2646/19 2658/16 2658/20 2661/18
2668/25 2669/5 2669/25 2673/4
2673/20 2674/12 2674/13 2676/4
2677/3 2678/19 2679/6 2679/19
2681/17 2688/12 2688/24 2688/25
2689/2 2689/5 2689/21 2691/21 2693/3
2694/10 2694/13 2695/7 2696/8
2701/22 2706/3 2718/12 2719/15
2722/6 2722/9 2722/16 2726/13
2726/23 2727/7 2727/13 2727/17
2728/18 2730/12 2730/16 2731/9
Asbill [1] 2598/8
aside [2] 2639/16 2663/14
ask [9] 2620/1 2624/23 2625/8 2627/20
2638/14 2675/23 2685/1 2699/23
2729/9
asked [13] 2610/9 2618/11 2638/2
2639/13 2718/7 2718/13 2719/16
2719/20 2721/20 2721/24 2722/1
2728/14 2729/4
asking [5] 2629/6 2630/8 2630/8 2701/9
2701/10
asks [1] 2694/16
aspects [2] 2718/11 2719/14
assess [1] 2717/8
ASSET [1] 2594/8
assigned [1] 2667/16
associated [1] 2716/16
assume [1] 2643/7

assumed [1] 2644/4
assuming [1] 2701/1
atmosphere [1] 2695/24
attached [1] 2605/3
attempt [1] 2626/14
attempted [2] 2657/15 2657/25
attempts [1] 2670/16
Attorney [2] 2597/7 2597/11
audit [9] 2667/4 2668/17 2668/18
2669/16 2669/18 2669/23 2670/4
2670/6 2670/18
auditable [1] 2667/22
auditors [1] 2668/12
audits [6] 2666/18 2666/20 2666/21
2667/2 2669/2 2671/3
autofill [3] 2634/7 2635/13 2636/3
automatic [1] 2648/4
automatically [2] 2659/16 2659/17
autonomous [4] 2648/5 2648/14 2665/2
2685/23
autoshear [34] 2648/12 2648/13
2648/17 2648/21 2648/22 2648/23
2649/13 2657/14 2657/23 2658/15
2658/22 2658/25 2659/3 2659/5 2659/8
2660/8 2660/16 2662/14 2662/17
2662/18 2663/10 2665/2 2679/24
2679/25 2680/6 2680/12 2680/17
2683/7 2685/24 2687/6 2687/8 2687/11
2687/18 2714/5
availability [1] 2687/2
available [21] 2642/25 2663/2 2663/20
2664/21 2665/4 2678/11 2686/11
2687/19 2695/16 2696/3 2696/5
2707/16 2707/23 2709/14 2713/20
2713/24 2715/24 2716/12 2716/20
2717/18 2725/7
Avenue [5] 2594/23 2596/13 2597/9
2598/3 2598/14
aware [22] 2612/9 2622/5 2650/20
2654/19 2654/22 2655/2 2656/20
2659/1 2662/15 2665/20 2665/22
2671/4 2671/5 2684/2 2694/20 2698/14
2699/4 2699/22 2722/5 2723/22 2724/5
2724/8
away [5] 2605/25 2609/5 2681/20
2682/17 2690/15

**B**

B-407 [1] 2725/3
back [19] 2601/23 2602/1 2603/16
2608/5 2615/13 2621/25 2622/22
2622/24 2623/3 2638/13 2654/7
2658/19 2663/6 2668/13 2670/3
2683/13 2686/25 2711/13 2719/9
backup [1] 2632/15
bad [2] 2657/5 2671/1
badly [1] 2731/14
BARBIER [2] 2594/15 2729/1
Barnhill [1] 2731/14
barrier [8] 2622/22 2622/24 2622/24
2629/16 2629/18 2629/23 2674/7
2702/11
base [12] 2616/11 2617/1 2617/5
2617/6 2617/9 2617/10 2617/10
2617/12 2617/14 2617/24 2622/16
2630/17
based [20] 2613/13 2620/20 2620/21
2620/22 2620/23 2620/25 2621/11
2621/24 2622/6 2622/6 2626/12
2632/25 2632/25 2639/13 2643/5
2660/25 2670/17 2705/6 2705/6
2707/18
bases [1] 2651/14

basically [5] 2633/16 2645/18 2675/9
2701/15 2702/9
basis [3] 2643/10 2650/11 2658/14
BASP [1] 2643/11
Bates [1] 2635/22
Baton [2] 2596/4 2597/13
batteries [19] 2651/10 2651/11 2652/3
2652/17 2652/23 2653/20 2688/8
2688/17 2690/24 2691/4 2694/10
2694/13 2694/21 2695/6 2695/12
2695/25 2696/3 2716/16 2718/20
battery [51] 2650/3 2650/4 2650/11
2650/13 2650/13 2650/18 2650/21
2650/24 2651/4 2651/6 2651/24 2652/4
2652/7 2652/14 2652/18 2653/4 2653/6
2653/14 2653/16 2653/18 2656/3
2656/14 2666/9 2668/8 2669/12 2688/3
2688/8 2688/18 2688/20 2688/22
2689/1 2689/2 2689/9 2689/15 2689/19
2690/1 2690/2 2690/20 2691/25 2692/4
2692/11 2692/22 2692/23 2693/18 2693/21
2694/9 2694/11 2694/12 2695/5
2695/15 2696/10 2718/3
Bay [1] 2673/4
be [111] 2601/5 2603/24 2604/9 2609/8
2611/18 2612/25 2614/22 2615/18
2616/4 2618/20 2619/15 2621/18
2622/5 2622/3 2623/12 2624/4 2628/5
2629/15 2629/22 2630/1 2630/13
2631/10 2633/4 2633/12 2636/4 2637/2
2642/23 2644/14 2645/23 2646/18
2648/10 2648/20 2648/21 2648/22
2649/23 2652/20 2653/19 2654/20
2656/11 2657/25 2658/20 2660/19
2661/19 2661/21 2662/5 2664/23
2665/3 2665/7 2665/10 2665/17
2665/18 2665/23 2667/19 2674/4
2674/10 2674/11 2675/7 2675/23
2676/24 2678/13 2679/11 2681/15
2688/24 2689/4 2689/5 2689/13 2691/4
2691/5 2693/21 2694/9 2696/10 2699/5
2699/13 2699/21 2705/9 2707/1
2707/11 2707/20 2709/7 2709/10
2710/15 2710/21 2711/7 2711/7
2716/20 2716/21 2717/21 2717/23
2718/1 2718/11 2718/17 2719/14
2721/16 2722/17 2725/3 2725/10
2725/23 2725/24 2725/24 2725/25
2726/15 2727/10 2727/14 2728/12
2728/17 2729/10 2729/18 2730/4
2730/4 2730/16 2731/19
Beach [1] 2595/10
bear [1] 2717/25
bearing [1] 2636/5
beat [1] 2681/4
because [42] 2601/8 2602/13 2605/1
2605/13 2614/18 2628/12 2630/23
2635/5 2641/3 2641/20 2651/5 2653/20
2654/11 2655/11 2656/9 2658/3 2658/3
2658/5 2665/9 2666/9 2666/12 2670/5
2672/23 2674/6 2675/7 2680/17 2686/7
2690/15 2697/14 2701/25 2702/2
2703/23 2706/9 2709/22 2711/15
2714/5 2717/10 2719/23 2722/22
2723/2 2725/8 2730/18
Beck [2] 2599/2 2599/3
becomes [1] 2693/2
bed [1] 2705/9
been [84] 2601/12 2602/3 2606/6
2609/3 2609/10 2609/11 2609/22
2610/20 2611/7 2611/13 2615/16
2617/16 2617/19 2618/1 2618/4 2618/4
2618/10 2618/12 2618/15 2623/1

been... [64]  2623/5 2623/13 2623/16
2633/4 2637/8 2639/20 2643/6 2643/24
2649/19 2650/24 2652/7 2652/13
2652/17 2652/18 2653/3 2653/7
2653/13 2655/5 2656/14 2656/15
2656/20 2657/9 2657/10 2657/11
2657/19 2657/19 2658/23 2660/1
2660/10 2662/11 2662/15 2663/8
2663/9 2663/9 2668/8 2669/4 2670/1
2670/22 2672/8 2675/9 2676/13
2676/20 2677/23 2677/24 2678/10
2680/20 2686/8 2688/22 2698/5
2698/20 2699/3 2713/16 2713/21
2713/23 2714/1 2716/10 2716/12
2721/3 2724/5 2725/9 2726/7 2726/8
2726/13 2726/23
before [30]  2594/15 2601/6 2601/10
2605/22 2608/13 2624/11 2635/12
2641/11 2641/14 2662/24 2680/14
2680/17 2680/24 2681/22 2682/12
2682/20 2682/24 2683/4 2686/2
2688/20 2689/5 2692/1 2694/16
2704/24 2711/13 2712/14 2715/22
2724/25 2725/17 2728/1
began [1]  2639/12
begin [2]  2614/9 2614/17
begins [3]  2614/17 2614/20 2618/18
behalf [3]  2605/11 2642/23 2643/19
behave [2]  2673/24 2673/25
behind [1]  2660/24
behold [1]  2654/5
being [26]  2620/18 2621/16 2624/2
2626/23 2634/18 2640/22 2649/25
2654/12 2660/6 2661/15 2667/14
2668/4 2668/7 2669/8 2670/16 2671/22
2671/22 2674/7 2678/10 2689/5
2689/15 2695/14 2706/9 2716/2
2720/14 2724/11
believe [39]  2602/12 2607/15 2610/5
2611/13 2612/17 2623/25 2624/2
2624/15 2631/12 2641/16 2644/6
2644/7 2649/15 2649/17 2652/5
2653/23 2657/22 2663/8 2666/11
2671/20 2675/4 2677/14 2677/25
2678/3 2680/17 2682/9 2687/8 2696/20
2701/4 2702/6 2714/20 2715/15
2716/18 2718/2 2720/11 2721/7
2723/16 2723/21 2727/23
believed [2]  2691/23 2701/23
believes [2]  2655/8 2659/6
below [15]  2615/6 2615/7 2615/10
2615/20 2616/4 2620/4 2620/6 2628/18
2646/5 2646/8 2646/15 2676/16 2677/2
2689/18 2701/18
Ben [1]  2597/5
bending [2]  2640/12 2640/20
bends [1]  2680/13
beneath [2]  2620/12 2621/11
benefit [3]  2626/7 2663/19 2715/13
Benge [15]  2601/7 2601/10 2603/24
2604/22 2605/3 2605/6 2605/9 2607/8
2607/11 2607/16 2607/25 2608/2
2608/8 2608/14 2610/12
Benge's [2]  2608/1
bent [4]  2647/21 2652/10 2678/24
2679/19
best [11]  2633/7 2635/17 2636/3 2641/5
2641/6 2642/25 2664/7 2716/20
2716/22 2716/23 2732/5
better [6]  2628/14 2638/16 2638/20
2643/15 2663/15 2709/16

between [16]  2613/6 2618/16 2618/20
2631/22 2631/25 2632/15 2635/20
2646/23 2648/7 2660/2 2662/25
2680/12 2682/13 2683/19 2686/7
2728/3
beyond [4]  2684/24 2685/2 2692/6
2694/23
bible [1]  2610/1
bicycles [1]  2715/1
big [9]  2646/13 2654/11 2663/19 2664/2
2666/12 2708/25 2710/25 2710/25
2730/11
biological [1]  2724/20
biology [1]  2712/14
bit [5]  2608/21 2609/4 2661/21 2712/8
2712/21
blade [9]  2647/18 2647/19 2658/23
2662/21 2662/22 2662/22 2663/20
2711/5 2714/5
blades [12]  2628/19 2640/13 2658/6
2663/1 2663/4 2663/12 2663/12 2702/4
2711/4 2711/11 2711/14 2723/10
blank [1]  2671/24
Bldg [1]  2596/13
blind [71]  2640/13 2643/22 2643/23
2644/3 2646/6 2647/12 2648/11
2648/13 2648/21 2649/21 2649/25
2650/8 2650/9 2650/25 2652/5 2652/9
2653/24 2654/18 2654/21 2655/6
2656/16 2657/17 2657/23 2658/2
2658/8 2658/10 2658/14 2658/20
2658/25 2659/2 2659/5 2659/7 2660/12
2660/15 2660/21 2662/6 2662/11
2662/16 2662/20 2663/17 2664/4
2664/6 2665/12 2665/19 2673/24
2674/9 2680/14 2680/16 2680/21
2680/24 2685/7 2685/18 2687/12
2687/16 2688/6 2697/13 2700/22
2701/18 2701/19 2702/21 2710/11
2712/24 2712/25 2713/15 2713/20
2714/6 2721/16 2723/22 2723/23
2723/25 2724/10
block [2]  2658/6 2662/25
blockage [2]  2635/5 2635/9
blocked [1]  2702/2
blocks [5]  2658/4 2663/25 2664/1
2702/3 2706/25
blow [1]  2661/2
blowing [1]  2661/2
blowout [17]  2637/23 2639/10 2642/5
2644/20 2645/19 2657/11 2659/12
2659/24 2660/2 2664/21 2665/1
2665/24 2699/13 2702/10 2708/25
2714/19 2715/23
blowouts [1]  2672/9
blue [22]  2645/13 2646/13 2648/24
2650/3 2650/10 2650/12 2650/16
2650/21 2651/4 2651/11 2652/4
2652/14 2652/18 2656/3 2685/16
2687/7 2688/7 2688/8 2688/17 2688/18
2688/19 2690/2
Bly [4]  2601/24 2603/6 2727/25 2729/1
Bockius [1]  2599/14
Boggs [1]  2632/4
bonnets [1]  2664/2
book [3]  2610/7 2610/9 2610/10
booming [1]  2712/21
BOP [64]  2638/4 2638/6 2638/25
2639/17 2639/19 2640/1 2640/3
2640/11 2641/1 2641/11 2641/16
2641/23 2642/17 2643/1 2643/20
2644/1 2645/7 2645/9 2645/11 2645/15
2646/3 2648/18 2649/4 2653/9 2657/20

2661/25 2663/21 2664/9 2665/18
2666/7 2666/11 2670/4 2671/4 2671/9
2671/12 2671/18 2673/16 2673/17
2674/3 2674/22 2675/9 2675/15
2676/20 2677/16 2677/22 2683/13
2684/14 2686/8 2686/19 2687/11
2687/17 2687/25 2688/21 2689/17
2691/25 2695/19 2697/18 2699/4
2704/12 2706/25 2715/23 2716/6
2720/15 2724/6
BOP's [1]  2671/13
BOPs [2]  2643/9 2715/7
bore [9]  2646/10 2647/3 2647/9 2661/14
2661/16 2661/19 2662/3 2662/4
2676/12
both [25]  2608/2 2618/20 2624/3 2624/5
2624/21 2626/25 2634/7 2635/10
2647/1 2647/14 2647/25 2650/10
2655/1 2656/8 2658/18 2658/18 2663/4
2663/22 2665/6 2665/16 2705/9
2724/19 2725/25 2726/2 2729/16
bottom [23]  2620/8 2626/18 2626/22
2627/5 2630/24 2631/3 2633/20
2633/24 2633/25 2634/14 2634/18
2646/11 2646/21 2667/18 2675/15
2676/7 2676/10 2676/10 2676/11
2676/24 2679/19 2687/7 2704/25
Boulevard [1]  2596/6
Bounds [1]  2595/2
BOWMAN [1]  2599/8
box [8]  2594/20 2596/13 2596/19
2596/25 2597/13 2598/17 2685/17
2687/7
boxes [1]  2671/24
BP [51]  2594/10 2597/18 2597/19
2597/20 2597/21 2597/22 2597/23
2598/2 2598/3 2598/4 2603/16 2605/11
2605/19 2605/20 2612/21 2613/3
2613/7 2613/13 2613/14 2622/8 2624/3
2624/5 2624/17 2624/21 2624/21
2633/6 2634/7 2642/23 2655/4 2659/4
2665/20 2666/18 2666/21 2666/22
2666/23 2668/10 2668/12 2668/19
2669/24 2670/8 2671/3 2671/11
2671/23 2674/16 2678/3 2699/4
2699/10 2705/7 2708/19 2709/18
2729/4
BP's [6]  2603/10 2604/18 2635/17
2636/3 2650/23 2699/17
BRAD [7]  2598/13 2727/24 2728/21
2728/23 2729/14 2729/22 2730/25
Branch [3]  2596/12 2596/22 2597/3
break [2]  2604/23 2626/14 2712/14
2728/12
Breit [3]  2595/8 2595/9 2606/4
Brennan [1]  2598/8
BRIAN [3]  2598/13 2727/24 2728/23
brief [5]  2637/16 2645/6 2679/20 2727/2
2731/20
briefly [4]  2619/12 2625/25 2672/23
2672/24
bring [5]  2605/25 2633/13 2635/21
2691/7 2691/8
bringing [1]  2711/10
BROCK [1]  2598/3
broken [1]  2632/10
brought [2]  2653/25 2697/12
BRUCE [1]  2599/8
BSR [3]  2713/24 2714/2 2714/13
buckle [1]  2661/4
buckling [2]  2640/12 2640/20
budgetary [1]  2695/20
building [3]  2595/16 2631/13 2725/3

**B**

built [1]  2674/5
bulletin [3]  2692/12 2693/13 2693/14
  2703/16 2707/7
bump [1]  2628/23
Burling [1]  2598/2
button [6]  2685/22 2685/23 2685/25
  2686/2 2686/5 2687/4
bypassed [1]  2628/20

**C**

C-311 [1]  2725/4
C-U-M [1]  2618/19
C3 [1]  2704/8
cable [3]  2721/5 2721/6 2721/9
cables [1]  2687/24
cabling [1]  2686/20
calculate [1]  2703/2
calculated [1]  2706/3
calculating [2]  2704/11 2706/20
calculation [1]  2707/12
calculations [9]  2660/23 2661/5 2661/7
  2661/10 2664/10 2665/15 2677/15
  2702/24 2703/9
CALDWELL [1]  2597/12
California [3]  2596/14 2598/14 2637/19
call [30]  2601/6 2601/14 2601/22 2602/2
  2606/5 2625/25 2636/1 2636/22 2637/3
  2637/5 2649/10 2649/13 2654/7
  2662/21 2676/12 2678/4 2682/15
  2682/15 2688/12 2691/8 2691/14
  2691/16 2692/13 2703/10 2716/4
  2718/19 2724/1 2725/20 2729/3
  2729/11
call-out [8]  2602/2 2625/25 2636/1
  2691/8 2691/14 2691/16 2692/13
  2729/11
call-outs [3]  2601/14 2601/22 2729/3
called [17]  2609/25 2610/25 2637/22
  2639/2 2645/10 2646/22 2647/23
  2650/7 2663/3 2663/3 2669/18 2673/3
  2674/22 2692/11 2695/13 2703/17
  2730/16
calling [2]  2693/11 2727/4
calls [1]  2723/24
Calvert [21]  2606/5 2606/6 2606/13
  2606/23 2607/11 2608/2 2608/7
  2608/20 2611/11 2612/13 2624/2
  2624/4 2624/17 2624/20 2625/5
  2625/25 2626/3 2626/13 2628/4 2628/7
  2636/15
Calvert's [1]  2606/20
came [4]  2640/8 2654/24 2694/20
  2713/11
Cameron [37]  2598/22 2599/2 2627/16
  2627/17 2643/20 2652/19 2654/19
  2654/22 2656/23 2663/2 2674/21
  2691/20 2691/25 2693/9 2693/13
  2693/18 2694/7 2694/20 2695/3
  2696/19 2696/21 2703/16 2703/17
  2705/14 2708/19 2716/12 2720/1
  2720/6 2720/13 2721/15 2722/3
  2722/11 2722/16 2723/22 2723/24
  2724/5 2724/9
Cameron's [5]  2652/16 2703/10 2705/7
  2705/8 2707/6
Camp [1]  2597/16
can [67]  2601/9 2602/6 2602/20
  2602/20 2615/7 2615/18 2615/21
  2616/4 2616/16 2617/3 2621/14
  2621/18 2623/21 2630/9 2630/13
  2631/6 2631/9 2632/23 2635/21 2636/1
  2636/22 2640/15 2645/12 2645/16
  2647/3 2647/16 2647/22 2647/24
  2647/24 2653/6 2663/6 2665/2 2675/3
  2675/16 2676/16 2676/18 2678/8
  2678/25 2679/5 2682/17 2682/17
  2685/18 2685/23 2690/20 2692/13
  2694/9 2694/13 2695/17 2695/22
  2696/25 2698/5 2699/21 2699/21
  2701/6 2703/2 2703/9 2704/10 2704/15
  2704/20 2705/3 2708/13 2708/16
  2708/22 2720/10 2723/4 2730/4
  2730/17
can't [5]  2602/12 2641/4 2644/21
  2655/17 2680/1
cancelation [1]  2654/14
cannot [4]  2647/21 2662/24 2677/2
  2689/22
cap [2]  2617/10 2622/17
capabilities [1]  2623/14
capability [3]  2646/9 2663/6 2663/14
capable [2]  2623/14 2665/12
capacity [6]  2643/11 2664/6 2694/13
  2702/6 2704/12 2711/12
car [1]  2642/4
care [1]  2602/6
career [2]  2610/20 2716/1
carefully [3]  2638/8 2639/8 2661/23
CARL [1]  2594/15
Carondelet [2]  2595/13 2598/23
CARRIE [2]  2597/22 2642/22
carry [1]  2647/9
cars [1]  2640/20
Carter [2]  2727/1 2728/1 2728/20
  2730/1
case [31]  2606/14 2607/4 2608/9
  2612/3 2613/11 2621/15 2622/16
  2626/12 2626/25 2631/11 2637/17
  2641/10 2641/13 2641/19 2646/20
  2648/15 2659/23 2664/8 2671/8
  2671/18 2687/10 2705/23 2706/17
  2706/18 2714/5 2714/20 2715/14
  2716/2 2716/5 2723/12 2723/23
case: [1]  2610/12
case: Mr. Benge [1]  2610/12
cases [3]  2602/2 2642/1 2669/6
casing [12]  2612/25 2616/22 2620/7
  2628/16 2628/16 2629/3 2631/16
  2631/18 2634/6 2635/13 2646/8
  2646/21
catastrophe [1]  2687/20
cause [5]  2654/16 2661/3 2661/19
  2661/21 2697/16
caused [3]  2649/4 2649/21 2662/13
causes [4]  2638/6 2640/3 2642/16
  2671/18
cavities [5]  2675/15 2676/2 2676/4
  2676/6 2676/8
cavity [5]  2676/7 2676/10 2676/10
  2676/11 2676/24
CBL [1]  2630/12
CDVS [7]  2663/4 2663/22 2721/3
  2721/16 2722/6 2722/22 2723/16
cement [98]  2606/24 2607/1 2607/2
  2607/5 2607/6 2607/12 2607/18
  2607/18 2607/19 2608/1 2608/2 2608/3
  2608/13 2610/1 2612/14 2612/18
  2612/22 2612/25 2613/1 2613/16
  2613/19 2613/25 2614/4 2614/7 2614/7
  2614/9 2614/15 2614/17 2614/18
  2614/20 2615/6 2615/18 2615/23
  2616/11 2616/16 2616/16 2616/18
  2616/21 2616/22 2616/23 2616/24
  2617/11 2617/12 2617/17 2617/22

**Index**

2636/22 2640/15 2645/12 2645/16
2640/20 2641/10 2645/17 2647/16
2647/24 2653/6 2663/6 2665/2 2675/3
2675/16 2676/16 2676/18 2678/8
2678/25 2679/5 2682/17 2682/17
2685/18 2685/23 2690/20 2692/13
2694/9 2694/13 2695/17 2695/22
2696/25 2698/5 2699/21 2699/21
2701/6 2703/2 2703/9 2704/10 2704/15
2704/20 2705/3 2708/13 2708/16
2708/22 2720/10 2723/4 2730/4
2730/17

2617/23 2618/7 2619/4 2619/10
2621/3 2621/4 2621/5 2621/7/3 2621/3
2621/5 2621/6 2621/8 2621/9 2621/10
2621/16 2621/17 2621/20 2621/22
2621/23 2621/24 2622/1 2622/4 2622/7
2622/14 2622/17 2622/24 2623/3
2623/4 2623/8 2623/13 2623/14
2624/18 2627/1 2628/8 2628/21 2629/9
2629/14 2629/15 2629/16 2629/17
2629/18 2629/24 2629/22 2630/13
2630/19 2630/20 2631/4 2631/8
2631/10 2631/11 2631/21 2632/14
2674/6
cementers [1]  2616/6
cementing [13]  2607/1 2609/3 2609/11
  2609/22 2609/25 2610/18 2610/24
  2611/5 2611/6 2611/8 2611/12 2616/9
  2646/20
cements [1]  2609/16
center [13]  2658/6 2658/20 2660/20
  2662/3 2662/4 2662/24 2663/6 2700/5
  2700/23 2711/13 2711/22 2714/6
  2723/7
centered [9]  2661/15 2662/2 2662/12
  2662/17 2713/16 2713/21 2713/24
  2714/1 2714/11
centering [4]  2663/5 2663/14 2711/10
  2711/18
CEO [1]  2731/8
CERNICH [4]  2596/17 2603/21 2607/21
  2607/23
certain [10]  2644/4 2645/19 2645/20
  2656/25 2665/19 2683/6 2702/8
  2702/22 2704/6 2709/9
certainly [4]  2714/2 2714/13 2718/2
  2730/17
CERTIFICATE [1]  2732/1
certify [1]  2732/4
chaired [1]  2609/18
chairman [1]  2609/15
CHAKERES [1]  2596/19
challenges [1]  2644/13
chance [5]  2602/4 2622/2 2711/10
  2729/4 2729/6
CHANG [4]  2596/18 2637/4 2645/21
  2672/5
change [7]  2605/6 2652/24 2663/24
  2676/20 2678/2 2688/16 2694/25
change-out [1]  2663/24
changed [2]  2652/23 2677/24
changes [2]  2729/5 2730/1
changing [1]  2700/4
chapters [1]  2610/10
charge [4]  2651/7 2651/8 2653/21
  2690/23
charged [5]  2651/4 2652/8 2656/14
  2689/9 2691/5
charitable [1]  2706/9
chart [15]  2605/2 2645/12 2646/12
  2647/2 2647/12 2647/17 2648/2
  2671/16 2672/7 2672/11 2711/19
  2711/21 2727/16 2727/17 2728/13
charts [1]  2677/7
chassis [1]  2640/21
check [6]  2653/6 2656/25 2657/7 2689/8
  2689/18 2689/20
checked [4]  2650/13 2651/9 2689/16
  2697/12
checkmark [1]  2671/21
checks [4]  2654/1 2667/13 2668/6
  2669/7
Chicago [1]  2597/24
Childs [10]  2651/1 2651/3 2651/14

C

Childs... [7] 2651/16 2655/7 2655/16
2659/6 2661/7 2697/18 2731/15
Childs' [7] 2651/2 2651/12 2655/10
2655/18 2660/14 2660/22 2697/21
chosen [1] 2696/4
chunk [1] 2684/11
circuits [1] 2695/25
circulate [5] 2603/25 2604/24 2605/13
2605/14 2635/4
circulated [2] 2601/12 2632/6
circulating [1] 2626/8
circulation [2] 2626/14 2632/10
circumstances [1] 2692/17
Civil [2] 2596/12 2596/22
clarification [1] 2728/6
clear [9] 2602/1 2605/18 2642/23
2645/23 2646/19 2659/8 2679/11
2727/10 2728/14
clearest [1] 2728/12
clearly [8] 2608/1 2644/18 2655/13
2666/8 2668/10 2701/17 2710/21
2713/20
clerk [4] 2602/5 2603/4 2606/8 2637/10
CLINGMAN [1] 2598/9
close [18] 2647/5 2647/6 2647/14
2648/11 2648/13 2649/22 2650/8
2657/23 2658/25 2661/18 2662/3
2664/14 2665/8 2667/12 2669/3
2685/18 2712/20 2722/12
closed [15] 2648/22 2652/6 2652/10
2658/2 2658/11 2658/12 2658/21
2659/5 2659/7 2661/15 2662/5 2662/12
2669/25 2684/4 2687/12
closely [1] 2662/2
closer [1] 2609/4
closes [1] 2646/25
closing [6] 2645/20 2647/3 2647/4
2658/9 2669/23 2702/2
clutter [1] 2602/22
coat [1] 2608/23
coil [1] 2657/2
coils [6] 2654/10 2654/10 2654/12
2655/1 2657/3 2657/3
collar [17] 2606/17 2606/21 2625/9
2625/17 2625/20 2626/7 2626/15
2626/17 2627/14 2632/24
2633/18 2633/19 2634/10 2634/15
2635/5 2635/10
colleagues [1] 2672/19
collect [2] 2628/8 2629/8
collects [1] 2632/6
color [2] 2679/6 2700/6
column [4] 2614/14 2614/15 2631/11
2674/7
combustion [1] 2640/23
come [18] 2603/23 2615/14 2640/14
2641/1 2641/25 2647/19 2666/2
2686/25 2694/11 2695/4 2701/6
2706/25 2707/8 2707/9 2717/25
2719/24 2726/2 2730/10
comes [3] 2669/6 2699/10 2707/17
coming [6] 2608/9 2645/17 2677/2
2682/21 2693/16 2715/18
commanded [2] 2647/1 2652/9
commanding [1] 2692/16
commands [1] 2645/18
comment [5] 2629/17 2651/23 2655/20
2727/2 2727/24
commercial [3] 2597/3 2717/11 2717/18
committee [3] 2609/15 2609/15 2609/19
committees [2] 2609/17 2609/18

common [1] 2724/15
communicate [1] 2725/23
Communications [1] 2595/20
2686/7 2686/21
communications [2] 2648/8 2692/20
companies [1] 2610/17
company [7] 2597/20 2597/23 2598/4
2606/17 2610/25 2613/11 2673/3
compared [3] 2661/1 2663/16 2711/18
COMPLAINT [1] 2594/7
complementary [1] 2654/13
completed [2] 2667/13 2669/4
completely [10] 2647/7 2647/24 2651/3
2658/4 2658/11 2658/12 2662/7
2678/18 2702/1 2702/2
completing [1] 2669/6
compliance [3] 2643/1 2643/4 2644/9
complicated [1] 2645/14
complied [1] 2641/2
component [7] 2646/7 2647/13
2648/16 2677/20 2677/21 2678/6
2678/10 2684/14 2689/1 2689/5
2689/22
component's [1] 2690/19
components [3] 2640/5 2645/7 2646/3
composition [2] 2616/25 2617/4
compression [2] 2661/20 2662/1
computer [2] 2599/24 2688/4
computer-aided [1] 2599/24
concern [1] 2724/17
concerned [2] 2602/16 2662/6
concerning [2] 2638/3 2668/4
concerns [1] 2655/24
concluded [2] 2713/19 2731/23
conclusion [10] 2641/4 2641/8 2654/24
2659/2 2659/2 2660/14 2671/16
2681/17 2687/1 2714/1
conclusions [8] 2625/10 2640/3 2641/1
2641/17 2649/3 2649/5 2657/16 2666/6
conclusively [1] 2680/24
condition [3] 2650/18 2650/21 2681/19
conditions [7] 2613/13 2644/1 2644/5
2649/15 2657/21 2658/17 2665/19
conducted [4] 2633/1 2633/2 2633/6
2643/8
conduit [2] 2692/19 2693/2
conference [11] 2601/20 2602/6
2603/22 2603/24 2603/25 2604/2
2605/22 2726/12 2726/20 2730/5
2730/9
conferences [1] 2731/9
configuration [1] 2706/5
configured [2] 2658/4 2676/11
confirm [1] 2669/10
confirms [1] 2701/9
confusion [1] 2602/13
connected [3] 2645/10 2687/15
connections [1] 2698/6
connector [2] 2645/11 2698/17
connects [1] 2630/17
CONRAD [1] 2595/19
consecutive [1] 2727/15
consecutively [2] 2727/18
consequence [2] 2634/23 2634/24
consequently [4] 2667/13 2668/7 2669/8
2669/24
consider [5] 2644/25 2658/18 2665/7
2688/25 2689/2
considered [2] 2717/11 2717/19
considering [2] 2664/10 2717/3
consistent [5] 2627/3 2650/16 2670/23
2718/15 2729/1
consortium [1] 2610/25
consult [1] 2610/17

consulting [2] 2639/20 2640/17
contain [3] 2665/24 2678/7 2678/7
contained [3] 2642/17 2665/1 2703/23
containing [1] 2695/24
containment [1] 2629/18
contaminated [2] 2628/8 2629/9
contamination [5] 2619/11 2619/12
2619/13 2619/16 2622/2
content [1] 2644/14
context [3] 2602/20 2719/7 2720/17
continue [1] 2699/19
continues [1] 2614/20
continuing [2] 2638/22 2646/2
continuously [1] 2653/20
contractor [13] 2612/21 2612/22 2613/3
2613/6 2613/17 2613/18 2618/1
2618/12 2618/20 2622/4 2622/7 2622/9
2622/10
contractors [2] 2616/5 2623/7
contracts [1] 2646/16
contrast [1] 2710/23
contribute [2] 2672/25
contributed [1] 2671/13
control [17] 2616/11 2616/20 2617/25
2623/17 2635/25 2645/17 2648/24
2685/6 2686/19 2695/19 2716/11
2717/9 2718/9 2718/10 2719/12
2719/13 2720/7
controlled [1] 2665/3
controls [1] 2617/20
conventions [1] 2641/20
conversation [1] 2602/14
converse [1] 2622/10
conversion [3] 2626/9 2626/9 2634/9
convert [5] 2625/21 2626/15 2635/4
2636/8 2636/9
converted [6] 2625/17 2626/10 2632/24
2633/8 2676/21 2677/23
convince [1] 2670/21
cooperation [1] 2655/12
coordinated [1] 2611/2
copy [1] 2610/5
COREY [1] 2597/8
corner [1] 2685/17
Corporate [1] 2595/19
Corporation [2] 2598/23 2599/3
correct [92] 2603/6 2603/7 2606/9
2606/22 2620/13 2625/18 2625/19
2625/21 2626/15 2626/19 2626/24
2627/5 2627/6 2628/8 2628/12 2628/13
2628/24 2630/18 2630/21 2630/25
2632/11 2632/12 2633/25 2634/7
2634/8 2634/15 2634/16 2634/19
2635/1 2635/10 2636/11 2637/11
2648/24 2648/25 2656/17 2659/13
2662/9 2666/2 2673/17 2675/16 2676/2
2679/6 2679/22 2679/25 2680/7
2680/9 2680/20 2681/4 2681/8 2681/22
2681/25 2684/22 2685/14 2686/12
2697/2 2700/14 2702/8 2703/2 2703/8
2703/18 2706/21 2707/9 2710/1
2712/24 2713/17 2714/3 2714/14
2714/19 2715/7 2715/9 2715/10
2715/14 2716/2 2716/6 2716/9 2716/17
2716/21 2717/1 2717/9 2717/22 2719/3
2719/18 2720/2 2721/6 2721/12
2721/13 2722/18 2723/8 2723/9
2724/12 2730/25 2732/5
corrected [2] 2605/3 2605/9
correction [1] 2605/2
correctly [4] 2636/6 2656/16 2697/5
2703/12
corroborating [1] 2661/22

**C**

could [66]  2606/12 2608/20 2614/1
2614/1 2614/3 2614/12 2614/22
2615/16 2617/16 2617/19 2619/10
2619/15 2619/21 2621/20 2625/24
2635/2 2637/16 2642/6 2642/12
2643/23 2644/4 2650/18 2651/21
2652/13 2653/9 2653/13 2653/19
2655/3 2655/23 2656/20 2658/6
2658/12 2658/23 2660/12 2661/13
2662/6 2662/15 2662/16 2663/9 2663/9
2663/25 2665/17 2666/25 2667/6
2668/15 2668/20 2668/22 2669/20
2669/22 2670/12 2671/14 2672/23
2678/4 2678/12 2681/12 2687/5 2691/1
2691/2 2695/10 2696/6 2701/22 2708/8
2709/11 2714/6 2720/14 2724/20
couldn't [4]  2635/4 2664/13 2680/19
2685/6
counsel [2]  2604/23 2675/4
country [1]  2673/5
couple [7]  2625/8 2649/6 2678/22
2725/1 2727/13 2728/24 2729/5
course [8]  2611/2 2639/11 2640/4
2640/25 2666/5 2674/2 2684/3 2696/12
2678/4 2678/12 2681/12 2687/5 2691/1
2620/17 2621/11 2624/1 2624/3 2624/8
2624/10 2626/7 2626/20 2633/12
2633/16 2636/25 2641/7 2672/15
2672/23 2704/3 2707/13 2709/15
2723/5 2732/2 2732/3 2732/11
Court's [1]  2644/15
courthouse [1]  2725/5
courtroom [3]  2725/4 2725/6 2725/8
courtrooms [1]  2725/9
cover [10]  2602/19 2609/25 2612/2
2642/11 2642/15 2667/4 2702/6 2712/8
2730/7 2731/18
covered [1]  2608/8
Covington [1]  2598/2
Craft [1]  2595/15
created [1]  2615/23
creating [1]  2723/5
critical [17]  2608/11 2645/7 2650/4
2667/13 2668/6 2669/7 2674/13
2674/14 2674/19 2689/1 2689/2 2689/4
2689/19 2690/22 2692/4 2710/10
2710/17
Crook [1]  2610/13
cross [7]  2601/12 2604/22 2628/2
2628/5 2644/15 2672/17 2712/5
cross-examination [5]  2601/12 2628/2
2644/15 2672/17 2712/5
cross-examining [1]  2628/5
crowds [1]  2725/8
crush [1]  2713/22
crushing [3]  2712/24 2712/25 2713/3
cumulative [4]  2618/4 2618/15 2618/23
2618/24
Cunningham [2]  2595/2 2595/3
cut [34]  2647/15 2652/10 2657/25
2658/4 2658/5 2660/12 2662/6 2662/12
2662/13 2663/7 2663/9 2663/16
2663/18 2664/12 2664/13 2665/10
2665/18 2679/24 2680/6 2680/20
2706/2 2707/20 2709/7 2709/9 2709/10
2710/15 2711/6 2711/7 2713/16
2713/21 2714/2 2714/14 2721/9
2721/19
cutouts [1]  2633/25
cuts [2]  2662/24 2711/13

**C...**

cutting [9]  2659/24 2665/16 2680/16
2705/6 2706/11 2712/21 2712/23
2712/25 2713/3
CV [7]  2594/7 2594/9 2611/17 2611/19
2611/22 2672/24 2714/24
CVs [1]  2714/18
cycle [1]  2694/12
cycles [2]  2722/12 2722/13

**D**

D-12.15.3.7 [1]  2699/8
D-3096 [1]  2685/11
D-3550.001 [1]  2645/25
D-3591 [1]  2649/9
D-3592 [1]  2672/8
D-8015 [2]  2633/13 2633/16
D-A-V-I-S [1]  2637/13
D.C [4]  2596/20 2596/25 2597/6 2598/4
daily [1]  2687/18
Dallas [1]  2599/10
damage [2]  2649/18 2684/9
damaged [2]  2683/9 2686/20
DANIEL [1]  2597/4
data [7]  2661/22 2661/23 2661/24
2677/8 2679/21 2706/7 2713/8
date [4]  2683/16 2691/19 2696/9
2726/21
dated [4]  2691/12 2694/7 2720/6 2730/3
Daubert [3]  2642/23 2643/20 2644/9
Dauphin [1]  2595/3
DAVID [5]  2599/3 2599/3 2606/6
2606/13 2643/19
Davis [24]  2621/5 2637/8 2637/12
2637/16 2637/18 2642/8 2642/14
2642/20 2643/20 2644/6 2645/6
2648/12 2649/3 2666/5 2667/3 2670/14
2671/16 2672/1 2672/19 2700/4
2701/14 2708/13 2712/7 2712/19
Davis's [1]  2642/24
day [6]  2594/14 2606/25 2664/24
2664/24 2709/19 2729/2
day-to-day [1]  2664/24
days [2]  2649/13 2657/18 2658/16
2682/20 2683/4 2696/22
dead [8]  2650/3 2650/4 2650/12
2650/14 2653/3 2653/20 2666/9 2668/8
deadman [5]  2692/11 2692/16 2695/25
2697/2 2697/13
deal [5]  2662/24 2664/2 2715/1 2715/3
2715/7
dealing [1]  2662/19
deals [2]  2609/19 2711/17
DEANNA [2]  2596/18 2637/4
debris [1]  2634/24
decided [1]  2604/7
decision [2]  2622/19 2695/3
deep [1]  2635/17
deepwater [28]  2594/4 2598/6 2598/7
2598/9 2598/10 2598/13 2598/13
2598/17 2598/17 2598/20 2598/21
2606/15 2609/20 2611/4 2611/6 2638/4
2640/25 2642/17 2644/1 2649/4
2663/21 2664/4 2668/11 2671/9
2695/14 2695/20 2717/9 2724/10
deepwater.com [1]  2691/20
default [1]  2718/19
defeat [2]  2696/2 2701/14
defendants [1]  2624/13
define [1]  2649/6
definitely [4]  2674/18 2680/16 2681/1
2690/15
deGravelles [2]  2596/2 2596/3
degree [4]  2639/23 2676/9 2679/13

**D...**

2679/15
DELMARVA [1]  2596/23
deliver [2]  2708/14 2708/16
delivered [1]  2640/22
demonstrate [1]  2681/3
demonstrative [5]  2605/2 2614/2
2614/25 2619/22 2726/21
demonstratives [4]  2601/15 2726/11
2726/19 2730/10
Demonstrative 3094 [1]  2614/25
DENISE [1]  2599/15
dense [1]  2632/2
density [5]  2631/21 2632/3 2632/13
2632/16 2632/17
Department [3]  2596/11 2596/15
2596/21 2597/2
depending [3]  2620/23 2702/14 2731/8
depict [1]  2626/6
depicted [1]  2633/24
depiction [1]  2701/15
depleted [1]  2653/14
deployed [3]  2689/6 2689/17 2707/14
deposition [5]  2629/7 2643/7 2718/4
2718/22 2721/14
depth [1]  2664/10
DEPUTY [2]  2606/8 2637/10
describe [4]  2674/13 2690/6 2690/13
2690/19
describing [2]  2645/23 2691/24
description [3]  2645/6 2692/21 2692/22
design [25]  2611/7 2611/11 2612/24
2613/12 2613/16 2613/18 2616/11
2617/8 2617/21 2618/2 2618/12 2622/7
2622/12 2622/13 2623/7 2629/23
2644/8 2662/23 2663/25 2694/9
2705/22 2710/10 2710/23 2710/24
2723/3
designate [1]  2728/2
designated [1]  2699/12
designation [1]  2728/3
designed [16]  2616/19 2622/16 2622/21
2622/23 2622/24 2623/1 2629/4 2629/5
2629/7 2629/15 2684/7 2687/8 2704/4
2721/16 2721/18 2721/24
designing [3]  2622/4 2622/7 2623/8
designs [3]  2643/6 2643/22 2643/23
despite [1]  2655/8
destroy [1]  2687/23
destroyed [1]  2678/18
detail [6]  2661/5 2670/21 2683/21
2684/1 2684/18 2693/4
details [2]  2649/1 2651/19
detect [1]  2656/22
detected [2]  2653/14 2668/9
deteriorated [1]  2670/1
determination [1]  2641/7
determine [2]  2621/7 2698/14
determined [1]  2698/20
developed [3]  2639/23 2686/21 2721/9
device [1]  2644/21
Dexter [1]  2597/9
diagram [3]  2619/24 2679/10 2679/11
diameter [2]  2629/3 2630/23
did [89]  2601/23 2602/9 2602/10
2604/18 2605/1 2607/8 2607/16
2607/17 2607/25 2609/17 2610/7
2617/1 2617/5 2617/12 2617/21
2617/24 2620/14 2624/10 2625/21
2626/25 2627/22 2627/24 2632/20
2632/21 2636/6 2637/25 2640/2 2640/7
2640/10 2640/11 2641/1 2641/5 2650/8
2654/22 2655/11 2657/23 2658/18
2658/25 2660/22 2661/7 2661/10

D

did... [48]  2664/1 2666/6 2666/8
2669/10 2674/25 2675/1 2676/4
2678/14 2679/12 2684/16 2686/18
2687/17 2688/19 2693/25 2694/14
2696/12 2697/5 2697/22 2697/24
2698/14 2700/11 2700/12 2703/5
2704/11 2706/5 2707/11 2709/18
2709/20 2710/3 2712/25 2713/18
2713/22 2715/24 2717/16 2717/17
2718/13 2718/18 2718/19 2719/5
2719/20 2720/21 2720/21 2721/20
2721/23 2722/21 2726/3 2729/3
2730/23
didn't [20]  2607/14 2618/9 2627/25
2651/7 2663/24 2666/2 2685/5 2689/7
2690/21 2697/9 2700/25 2713/1
2713/21 2715/22 2717/12 2718/16
2719/23 2720/23 2722/20 2729/9
difference [4]  2607/10 2632/17 2663/11
2728/3
different [24]  2607/15 2609/11 2619/1
2622/5 2629/3 2640/23 2641/21 2647/5
2649/7 2651/3 2656/2 2657/21 2658/17
2663/2 2664/22 2671/21 2671/23
2675/15 2675/16 2675/18 2676/2
2701/8 2703/1 2715/23
differential [3]  2631/21 2632/14 2632/16
difficult [3]  2652/22 2652/23 2652/24
diminishing [1]  2725/9
direct [4]  2606/10 2624/5 2625/3
2637/14
direction [2]  2613/13 2688/16
directly [1]  2689/20
director [1]  2674/21
disagree [3]  2651/2 2655/10 2660/14
disagreement [1]  2671/23
disagrees [2]  2655/8 2659/6
disassembled [1]  2654/8
disassembly [1]  2638/24
disaster [1]  2687/25
disclosed [1]  2731/12
disconnect [3]  2660/2 2685/16 2685/20
disconnects [1]  2659/11
discontinued [1]  2694/10
discount [2]  2651/12 2655/17
discovered [1]  2674/2
Discoverer [1]  2650/17
discuss [6]  2619/25 2652/2 2694/24
2720/21 2722/20 2724/14
discussed [3]  2602/25 2604/12 2720/14
discussing [1]  2713/7
discussion [4]  2601/21 2623/12 2723/18
2729/1
discussions [1]  2720/24
distance [1]  2633/20
distinction [1]  2628/11
distinguish [1]  2659/9
DISTRICT [5]  2594/1 2594/2 2594/15
2732/3 2732/3
Division [2]  2596/12 2596/22
DNV [14]  2639/5 2639/8 2639/8
2651/17 2655/12 2679/3 2700/9
2700/11 2700/12 2700/19 2701/4
2701/5 2713/7 2713/12
DNV's [1]  2701/10
do [111]  2601/6 2601/8 2605/18
2608/12 2608/17 2609/14 2610/7
2610/17 2611/4 2612/17 2612/19
2613/19 2613/22 2615/17 2616/14
2621/19 2624/23 2626/3 2626/4
2627/25 2629/1 2629/6 2629/11 2634/2

2638/5 2639/17 2640/18 2640/19
2640/24 2641/12 2641/24 2642/3
2642/14 2643/12 2643/14 2643/16
2644/14 2645/19 2649/15 2651/2
2652/5 2652/7 2653/7 2653/9 2655/10
2660/14 2663/24 2664/3 2665/4
2668/23 2671/8 2673/24 2677/20
2679/5 2679/8 2683/17 2683/22
2683/25 2684/12 2684/16 2684/17
2684/19 2687/8 2687/24 2689/18
2690/14 2691/1 2691/2 2692/5 2692/21
2694/16 2696/12 2696/16 2697/17
2700/6 2700/15 2700/16 2704/4
2704/24 2705/13 2708/9 2708/25
2709/13 2709/20 2711/15 2711/24
2712/16 2713/1 2714/7 2716/13
2716/19 2717/16 2717/17 2717/25
2718/16 2718/19 2719/23 2719/25
2720/7 2720/16 2720/25 2721/3
2722/14 2723/4 2723/10 2723/12
2723/14 2724/25 2728/12 2732/4
Docket [3]  2594/4 2594/7 2594/9
document [20]  2602/18 2602/19 2610/4
2610/11 2620/24 2632/25 2642/8
2642/14 2692/11 2693/11 2696/11
2696/19 2696/24 2697/7 2697/10
2697/17 2699/16 2703/11 2720/19
2722/9
documentation [3]  2620/19 2665/22
2698/16
documented [1]  2616/8
documents [3]  2602/22 2715/25
2727/17
does [33]  2615/2 2615/9 2619/20
2626/6 2627/20 2638/17 2641/23
2641/23 2647/4 2647/6 2648/5 2648/14
2648/23 2661/24 2667/25 2671/16
2673/24 2680/11 2680/13 2692/3
2692/21 2696/2 2697/7 2697/9 2700/21
2700/21 2701/14 2707/14 2708/19
2716/25 2724/14 2724/16 2726/24
doesn't [9]  2632/6 2644/6 2650/25
2672/24 2679/4 2694/24 2699/17
2722/22 2728/5
doing [4]  2610/20 2651/17 2655/24
2673/13
DOJ [1]  2605/9
Domengeaux [1]  2594/18
Dominion [1]  2595/16
DON [1]  2597/19
don't [45]  2602/3 2602/18 2602/21
2605/25 2608/8 2611/13 2614/11
2641/20 2644/19 2644/25 2645/21
2653/19 2665/7 2667/16 2672/1 2672/6
2683/16 2683/21 2685/4 2690/14
2692/23 2699/6 2699/20 2699/22
2701/16 2702/4 2704/20 2708/21
2715/2 2716/10 2716/14 2716/19
2717/7 2717/20 2721/8 2721/9 2723/13
2723/16 2723/21 2725/9 2726/1 2728/4
2730/18 2730/21 2731/4
DONALD [1]  2597/7
done [27]  2603/18 2610/22 2636/15
2640/19 2649/17 2651/16 2652/13
2653/8 2653/12 2655/15 2656/20
2657/3 2662/15 2668/4 2668/18 2671/1
2689/11 2689/14 2700/9 2702/25
2710/6 2715/19 2716/1 2719/2 2719/4
2719/17 2719/19
double [15]  2663/1 2663/12 2663/15
2663/20 2664/1 2706/8 2711/5 2711/9
2711/12 2711/14 2720/25 2721/5
2721/6 2723/3 2723/7

double-V [3]  2663/1 2663/12 2663/15
2663/20 2664/1 2706/8 2711/5 2711/6
2711/12 2721/5 2723/3 2723/7
double-V blade [1]  2711/5
double-V blades [1]  2711/14
double-V rams [3]  2706/8 2711/12
2723/7
double-Vs [1]  2711/9
doubt [2]  2674/15 2674/16
doubting [1]  2608/7
Doug [2]  2730/15 2731/13
doughnut [6]  2646/13 2646/15 2677/24
2681/6 2682/14 2684/7
DOUGLAS [1]  2597/16
down [24]  2616/17 2616/17 2619/2
2620/18 2621/3 2626/23 2628/18
2634/18 2645/17 2646/15 2646/20
2647/10 2647/11 2657/20 2664/20
2664/21 2669/6 2676/13 2677/17
2678/5 2686/20 2705/24 2705/24
2725/5
downhole [2]  2632/3 2633/3
DOYEN [2]  2598/12 2712/7
Dr. [20]  2637/5 2637/16 2642/8 2642/14
2642/20 2642/24 2643/20 2644/6
2645/6 2648/12 2649/3 2666/5 2667/3
2670/14 2671/16 2672/1 2672/9
2673/1 2712/7 2712/19
Dr. Davis [16]  2637/16 2642/8 2642/14
2643/20 2644/6 2645/6 2648/12 2649/3
2666/5 2667/3 2670/14 2671/16 2672/1
2672/19 2712/7 2712/19
Dr. Davis's [1]  2642/24
Dr. Neil [1]  2673/1
Dr. Rory [2]  2637/5 2642/20
drained [1]  2651/6
drastically [2]  2663/5 2711/21
drawing [2]  2620/3 2628/11
Drescher [1]  2595/8
drift [1]  2661/21
drifting [2]  2657/19 2660/11
drifts [1]  2648/19
drill [21]  2620/22 2640/12 2640/13
2646/16 2646/23 2647/10 2647/25
2648/1 2658/23 2662/17 2677/10
2678/19 2678/20 2680/8 2682/18
2700/23 2701/17 2702/13 2709/18
2709/20 2711/13
drilled [1]  2620/7
drilling [14]  2598/6 2598/9 2598/13
2598/17 2598/20 2610/18 2611/4
2619/17 2635/18 2644/2 2665/23
2720/7 2721/11 2721/17
Drive [2]  2595/16 2595/19
drop [2]  2615/10
drops [2]  2615/20 2616/4
DSR [1]  2724/2
dual [1]  2628/12
DUKE [1]  2595/19
duly [2]  2606/6 2637/8
duplicate [2]  2729/19 2729/21
during [20]  2601/11 2602/14 2604/22
2604/23 2612/14 2615/16 2616/1
2616/7 2617/2 2617/7 2627/1 2638/9
2640/25 2646/20 2654/18 2666/5
2667/14 2669/2 2670/18 2689/22
DVS [11]  2663/3 2663/22 2707/9 2711/2
2711/5 2711/9 2711/18 2723/10
2723/12 2723/14 2723/19

E

e-mail [6]  2601/13 2691/11 2692/1
2694/2 2708/6 2729/5
e-mailed [2]  2602/3 2603/15

E

each [2]  2676/4 2679/14
earlier [3]  2652/12 2697/11 2720/24
earth [1]  2642/2
easier [1]  2728/5
EASTERN [2]  2594/2 2732/3
easy [2]  2656/22 2725/23
EB [2]  2692/12 2693/13
EB 891 [1]  2692/12
echoing [1]  2712/21
Edition [1]  2610/1
editor [1]  2609/21
editors [1]  2610/9
EDS [9]  2685/20 2686/5 2686/11
2686/17 2686/18 2687/2 2687/4 2687/5
2692/17
Edwards [1]  2594/19
effect [10]  2615/12 2651/22 2677/5
2684/6 2684/21 2686/5 2704/9 2706/15
2710/3 2722/19
effective [1]  2676/24
effects [1]  2634/21
efficiency [1]  2711/3
efficient [1]  2639/6
effort [3]  2670/18 2694/11 2695/4
either [13]  2615/23 2616/16 2616/21
2617/6 2618/8 2635/9 2650/8 2656/13
2656/14 2657/8 2670/1 2722/21
2727/24
elaborate [1]  2631/6
elastomer [3]  2647/7 2647/24 2677/24
electricity [7]  2648/9 2649/19 2686/22
2688/16
electrohydraulic [1]  2645/14
Electromagnetic [1]  2697/3
electromechanical [1]  2688/15
electronic [1]  2648/15
electronics [5]  2649/2 2659/19 2673/10
2673/23 2688/4
element [4]  2712/19 2712/23 2713/3
2713/7
eliminated [1]  2716/16
ELIZABETH [1]  2597/5
Ellis [1]  2597/21
Elm [1]  2599/9
ELMO [1]  2671/14
else [7]  2603/20 2606/2 2626/21
2641/21 2673/6 2730/6 2731/17
else's [1]  2713/2
emergency [15]  2648/11 2648/13
2648/19 2665/4 2674/10 2674/12
2676/25 2678/11 2685/13 2685/16
2685/20 2687/18 2687/24 2689/24
2708/14
enclosure [1]  2695/24
end [1]  2628/23
ending [1]  2635/22
Energy [2]  2599/7 2599/11
Enforcement [1]  2596/16
engaged [1]  2723/1
engine [2]  2640/23 2642/4
engineer [14]  2637/20 2638/1 2639/21
2640/17 2644/19 2673/2 2673/9
2673/15 2673/22 2688/24 2688/25
2689/21 2694/6 2694/7
engineering [19]  2637/19 2642/21
2644/22 2660/22 2661/6 2663/24
2673/5 2673/13 2673/14 2674/22
2689/25 2692/12 2693/13 2693/14
2703/16 2706/7 2707/7 2711/20 2717/5
Engineering's [2]  2703/6 2705/6
engineers [1]  2710/23

engines [1]  2640/21
enlarged [1]  2671/5
enough [6]  2601/24 2632/22 2681/24
2685/9 2708/25 2714/7
ensure [3]  2652/13 2656/21 2662/16
enter [2]  2605/8 2615/25
entered [2]  2623/2 2624/16
Enterprise [1]  2650/17
entire [5]  2602/18 2602/21 2603/15
2647/13 2730/19
entirely [2]  2648/25 2657/21
entitled [2]  2635/24 2732/7
Environment [1]  2596/16
Environmental [1]  2596/16
equipment [21]  2609/20 2631/17
2631/17 2633/2 2633/3 2633/5 2633/6
2633/12 2634/15 2635/1 2636/4
2667/23 2673/17 2673/20 2674/12
2677/4 2678/11 2698/23 2699/2
2699/12 2699/13
equivalent [1]  2632/3
eroded [2]  2678/17 2682/6
erosion [4]  2681/21 2682/15 2683/7
2683/8
erosive [2]  2684/6
errors [1]  2615/5
ESQ [58]  2594/19 2594/23 2595/3
2595/6 2595/9 2595/12 2595/15
2595/19 2595/22 2596/3 2596/6 2596/9
2596/12 2596/17 2596/17 2596/18
2596/18 2596/19 2596/22 2596/23
2596/23 2596/24 2596/24 2597/4
2597/4 2597/5 2597/8 2597/8 2597/9
2597/12 2597/15 2597/16 2597/19
2597/22 2597/22 2597/23 2598/3
2598/6 2598/9 2598/9 2598/12 2598/13
2598/13 2598/16 2598/20 2598/23
2599/3 2599/3 2599/4 2599/4 2599/7
2599/8 2599/9 2599/9 2599/12 2599/15
2599/15 2599/16
essentially [3]  2654/16 2656/9 2668/2
established [1]  2655/13
et [2]  2594/8 2594/11
evaluate [7]  2640/7 2717/12 2717/20
2718/9 2718/11 2719/12 2719/14
evaluating [2]  2639/23 2724/17
evaluation [1]  2638/25
even [13]  2663/10 2665/7 2665/10
2667/12 2668/4 2669/3 2671/1 2677/16
2682/12 2705/15 2707/22 2708/18
2729/11
evening [3]  2684/13 2685/25 2730/14
event [2]  2632/2 2686/10
events [1]  2683/18
eventually [1]  2686/22
ever [8]  2635/17 2641/10 2641/13
2653/8 2653/11 2653/20 2688/19
2696/19
every [4]  2635/16 2689/8 2709/8
2709/19
everyone [6]  2601/5 2637/2 2641/20
2655/12 2725/13 2725/14
everyone's [1]  2602/4
everything [4]  2626/21 2627/25 2642/2
2646/9
evidence [13]  2625/7 2626/12 2626/25
2627/2 2627/3 2639/7 2653/7 2655/19
2658/24 2660/17 2669/10 2688/19
2688/22
evidence-preserving [1]  2639/7
evident [2]  2640/10 2698/21
exact [2]  2683/16 2704/20
exactly [10]  2641/3 2660/3 2680/1

2685/4 2691/21 2692/23 2701/11
2714/8 2715/23 2721/18
exam [1]  2624/6
examination [13]  2601/12 2601/17
2603/11 2606/10 2625/3 2628/2
2637/14 2637/23 2644/15 2672/17
2675/21 2712/5 2713/19
examine [2]  2676/4 2678/14
examining [1]  2628/5
example [10]  2640/11 2640/19 2648/19
2663/3 2668/6 2668/8 2669/13 2670/25
2671/2 2718/2
exceed [1]  2665/16
exceeded [1]  2664/12
exceptionally [1]  2678/17
excerpts [1]  2667/25
excess [1]  2677/13
exciting [1]  2657/2
Excuse [2]  2691/13 2693/10
executed [2]  2639/8 2648/6
executing [2]  2654/3 2666/11
exemplary [1]  2667/20
exerted [1]  2615/5
exhibit [23]  2602/17 2602/21 2603/14
2625/24 2645/22 2675/3 2678/25
2691/7 2691/8 2692/9 2692/14 2695/3
2696/9 2696/15 2699/7 2700/1 2703/13
2704/22 2726/10 2726/21 2727/7
2727/8 2727/19
exhibits [26]  2601/7 2601/11 2601/14
2601/16 2602/13 2603/6 2603/10
2603/20 2603/23 2603/24 2604/22
2605/19 2605/21 2725/11 2726/3
2726/11 2726/19 2727/6 2727/12
2727/14 2727/16 2727/19 2727/25
2728/8 2728/25 2730/10
existing [1]  2663/16
expand [1]  2694/13
expect [3]  2622/8 2622/10 2707/19
2731/11
expected [1]  2731/9
expeditious [1]  2725/24
experience [12]  2608/21 2609/2 2611/4
2611/6 2612/20 2639/18 2641/16
2643/9 2644/19 2673/13 2673/23
2714/19
experienced [2]  2673/9 2683/18
experiments [1]  2651/13
expert [25]  2606/24 2607/1 2607/2
2608/6 2608/12 2611/11 2612/6 2619/8
2624/2 2624/4 2624/5 2624/17 2624/20
2637/6 2641/19 2642/11 2642/21
2644/22 2650/25 2651/1 2655/7
2671/21 2697/19 2703/24 2713/8
expertise [10]  2644/18 2717/20 2717/25
2718/8 2718/12 2719/1 2719/11
2719/15 2719/22 2719/23
experts [11]  2608/8 2610/12 2638/1
2650/23 2655/4 2659/4 2671/8 2671/11
2671/18 2713/11 2731/14
experts' [3]  2650/20 2655/2 2659/1
explain [10]  2602/19 2614/1 2614/12
2619/24 2620/2 2621/11 2632/23
2646/11 2649/6 2664/17
explained [2]  2614/11 2660/21
explanation [2]  2686/17 2698/11
explode [1]  2687/23
EXPLORATION [4]  2594/10 2597/18
2597/21 2598/2
explosion [16]  2606/14 2649/11 2649/16
2649/17 2677/8 2679/21 2680/12
2682/13 2683/20 2686/6 2686/19
2686/20 2686/24 2687/4 2687/18

E

explosion... [1] 2696/23
explosions [3] 2686/3 2686/4 2686/10
Exponent [1] 2673/3
express [1] 2702/17
expressed [3] 2635/3 2685/2 2729/2
extensive [2] 2640/19 2658/18 2672/24
extent [3] 2644/13 2668/24 2724/14
extremely [3] 2639/10 2673/8 2690/22

F

F-A-N-T-A-B-U-L-O-U-S [1] 2726/4
faced [1] 2624/1
fact [29] 2608/7 2609/8 2623/11 2627/3
 2632/5 2635/3 2644/20 2656/22 2658/6
 2662/19 2666/14 2678/19 2680/23
 2684/20 2695/19 2696/8 2698/21
 2698/22 2701/25 2711/17 2713/19
 2713/23 2716/4 2717/12 2720/1
 2722/16 2722/20 2722/23 2729/11
factor [2] 2706/19
facts [2] 2701/5 2713/8
fail [3] 2649/4 2674/23 2722/11
failed [3] 2613/19 2657/13 2714/7
fails [1] 2629/17
failure [10] 2613/25 2638/3 2638/6
 2639/18 2640/3 2642/17 2642/21
 2671/13 2671/19 2720/15
fair [6] 2626/22 2632/22 2635/7 2685/9
 2707/2 2715/20
fairly [1] 2645/14
familiar [5] 2610/12 2612/21 2616/6
 2619/17 2683/24
familiarity [1] 2673/10
Fannin [1] 2598/10
fantabulous [1] 2726/4
far [8] 2602/16 2608/24 2644/25
 2648/19 2660/12 2701/25 2723/24
 2724/3
fashion [1] 2613/3
fast [1] 2725/24
fault [1] 2709/4
Faulty [1] 2656/22
FCRR [4] 2599/18 2732/2 2732/10
 2732/10
FEA [1] 2713/1
feasible [2] 2643/6 2643/23
feature [1] 2692/16
February [9] 2683/14 2683/14 2683/19
 2688/21 2709/19 2720/1 2720/6
 2720/14 2726/12
February 10th is [1] 2683/14
February 2009 [1] 2720/6
February 28th [1] 2726/12
February 6th [2] 2683/14 2709/19
federal [2] 2596/13 2641/2
feedback [2] 2651/24 2655/21
feel [4] 2614/4 2619/24 2638/5 2712/20
feet [5] 2620/16 2631/3 2633/21
 2677/17 2689/18
few [9] 2628/5 2649/11 2667/20 2680/5
 2680/6 2686/24 2715/4 2725/10
 2728/13
field [2] 2611/11 2616/7
fifth [1] 2626/1
fight [1] 2702/22
figure [8] 2661/8 2690/21 2697/25
 2700/2 2700/21 2700/22 2708/22
 2731/2
Figures [1] 2698/8
filed [2] 2642/23 2730/4
files [3] 2667/15 2667/19 2667/22

film [2] 2628/19 2628/21
finally [3] 2648/12 2653/13 2666/5
find [7] 2602/20 2660/18 2660/20
 2665/16 2688/19 2688/22 2693/25
finding [1] 2669/22
fine [5] 2603/15 2605/19 2712/11
 2728/16 2729/7
finish [3] 2621/3 2709/11 2712/9
finite [4] 2712/19 2712/23 2713/2
 2713/7
fire [1] 2686/9
fired [4] 2680/14 2680/21 2680/24
 2697/4
firing [1] 2697/4
Firm [2] 2595/21 2596/8
firms [1] 2673/5
first [23] 2613/22 2620/1 2624/7 2626/7
 2642/11 2643/21 2646/4 2650/3
 2652/20 2653/5 2653/15 2667/10
 2670/2 2687/1 2688/7 2697/7 2704/8
 2716/8 2723/17 2725/2 2727/7 2731/4
 2731/12
firsthand [2] 2640/4 2700/17
firstly [3] 2649/10 2652/15 2673/1
fit [1] 2692/21
fits [1] 2701/18
five [5] 2624/25 2675/15 2675/18
 2676/2 2676/8
flex [2] 2677/17 2679/18
flip [1] 2670/12
float [25] 2606/17 2606/21 2625/8
 2625/17 2625/20 2626/6 2626/10
 2626/15 2626/17 2627/1 2627/4
 2631/17 2631/17 2632/24 2633/2
 2633/2 2633/11 2633/18 2633/19
 2634/10 2634/15 2635/1 2635/5 2635/9
 2636/3
floor [4] 2595/13 2598/14 2689/18
 2725/5
flow [27] 2615/9 2615/10 2615/23
 2616/4 2616/21 2622/3 2623/5 2623/6
 2626/9 2626/13 2640/13 2640/14
 2640/14 2647/8 2647/25 2661/1
 2661/11 2662/5 2673/25 2675/19
 2676/25 2682/13 2682/16 2682/21
 2683/4 2687/3 2688/16
flow-activated [1] 2626/9
flowing [2] 2702/7 2702/11
FLOYD [1] 2599/8
fluctuate [1] 2731/7
fluid [7] 2616/16 2622/20 2630/2
 2631/14 2634/17 2688/6 2688/16
fluid-loss [1] 2630/2
fluids [3] 2621/18 2631/14 2674/7
fly [11] 2693/7 2694/4 2695/17 2695/22
 2696/6 2696/16 2696/16 2696/25
 2699/7 2703/14 2703/20
fly-out [6] 2693/7 2695/17 2696/16
 2696/16 2699/7 2703/20
Fly-out 1 [1] 2703/14
Fly-out No [4] 2694/4 2695/22 2696/6
 2696/25
foam [5] 2607/19 2609/22 2617/9
 2617/10 2622/18
focus [2] 2611/7 2631/22
fold [1] 2662/7
follow [4] 2652/22 2666/19 2669/18
 2710/9
follow-up [2] 2666/19 2669/18
followed [3] 2652/17 2657/9 2694/1
following [4] 2718/25 2720/10 2725/17
 2727/18

follows [2] 2606/7 2606/9
footing [1] 2730/12
force [6] 2646/9 2654/13 2661/3
 2706/20 2707/1 2707/4
forces [7] 2640/14 2647/10 2661/1
 2661/9 2661/11 2661/18 2673/25
foregoing [1] 2732/4
foremost [1] 2673/5
forensic [5] 2637/22 2673/2 2673/5
 2673/14 2713/19
foreseeable [1] 2644/1
forgetting [1] 2680/11
formation [4] 2615/7 2615/11 2615/14
 2615/21
formations [1] 2615/9
former [2] 2624/2 2725/4
forming [2] 2616/21 2717/13
formula [8] 2704/3 2704/3 2704/11
 2705/7 2705/8 2706/25 2707/6 2707/17
formulas [7] 2703/7 2703/10 2704/1
 2704/2 2704/13 2707/18 2708/22
formulating [1] 2639/12
forth [5] 2640/15 2645/20 2651/18
 2652/3 2665/23
fortitude [1] 2712/14
found [13] 2650/14 2650/16 2651/7
 2651/10 2652/17 2653/8 2654/2 2654/9
 2661/10 2667/19 2668/12 2679/12
 2689/15
foundation [1] 2699/18
four [4] 2625/13 2626/6 2637/25
 2692/17
fourth [3] 2626/1 2626/9 2725/8
frames [1] 2640/20
Francisco [2] 2596/14 2673/4
Franklin [1] 2597/5
Fraud [1] 2597/3
free [2] 2614/4 2619/24
frequently [4] 2667/22 2668/23 2669/1
 2670/19
fresh [1] 2715/16
friction [2] 2640/12 2662/25
Frilot [1] 2598/5
front [3] 2624/14 2624/15 2633/15
Frugé [1] 2596/2
fuel [1] 2640/19
full [5] 2606/8 2637/10 2718/8 2719/11
 2719/22
fully [2] 2662/16
function [32] 2648/4 2648/5 2648/9
 2648/10 2648/12 2648/22 2648/23
 2650/8 2650/22 2652/8 2653/23 2654/1
 2654/3 2654/5 2654/21 2655/1 2655/3
 2655/14 2657/14 2657/23 2659/21
 2659/22 2674/22 2674/25 2679/25
 2687/5 2687/6 2687/14 2688/1 2688/2
 2690/22 2720/15
functional [2] 2652/14 2655/5
functioned [7] 2650/19 2651/5 2652/4
 2655/9 2659/3 2660/15 2661/14
functioning [3] 2657/17 2660/21 2697/12
functions [2] 2665/2
fundamental [1] 2661/8
FUNDERBURK [1] 2599/16
further [7] 2627/7 2636/12 2640/7
 2670/18 2672/2 2677/17 2717/17

G

gallon [1] 2631/25
GANNAWAY [1] 2599/4
gas [4] 2615/7 2616/20 2641/14
 2641/17

**G**

GasStop [1] 2630/12
Gate [1] 2596/13
gathered [1] 2726/11
Gaude [1] 2694/6
gave [3] 2605/19 2639/8 2730/22
GAVIN [3] 2599/9 2628/4 2634/5
gel [2] 2632/9 2632/9
general [4] 2597/7 2597/11 2630/7
 2673/14
generally [4] 2616/7 2667/19 2673/16
 2720/25
generate [1] 2702/7
generation [1] 2695/15
generic [1] 2630/5
gentlemen [1] 2638/1
GEOFFREY [1] 2599/4
Gerry [1] 2606/5
get [39] 2601/9 2601/10 2601/22 2602/5
 2603/16 2603/17 2603/18 2605/14
 2605/21 2609/4 2627/20 2632/6
 2633/17 2634/25 2645/18 2645/18
 2647/8 2654/13 2654/14 2657/20
 2670/8 2674/6 2674/6 2674/8 2675/22
 2679/20 2688/10 2690/15 2694/11
 2695/4 2705/14 2705/15 2708/24
 2709/16 2719/7 2724/20 2725/21
 2725/22 2731/5
gets [4] 2628/19 2628/19 2628/21
 2681/18
getting [3] 2608/22 2665/8 2682/3
give [15] 2601/15 2602/4 2637/16
 2644/21 2645/6 2691/8 2697/10
 2718/13 2719/5 2719/20 2720/18
 2721/20 2728/14 2729/3 2731/6
given [2] 2652/15 2731/3
gives [1] 2715/16
giving [1] 2603/3
GmbH [1] 2594/8
go [41] 2602/20 2609/9 2613/10 2615/6
 2615/7 2615/19 2625/2 2625/25
 2625/25 2628/15 2634/13 2634/25
 2635/22 2639/7 2644/25 2645/12
 2646/1 2647/17 2661/5 2664/9 2665/15
 2667/6 2669/14 2669/20 2679/14
 2683/13 2687/6 2690/24 2695/4 2698/8
 2705/19 2712/11 2713/13 2715/22
 2719/9 2723/11 2724/20 2724/23
 2728/17 2730/12 2730/16
Godwin [3] 2599/7 2599/7 2599/11
goes [14] 2614/7 2614/9 2614/19
 2615/6 2615/19 2631/2 2645/1 2664/20
 2684/25 2686/20 2687/16 2688/11
 2692/6 2710/11
going [51] 2601/11 2604/10 2604/11
 2606/20 2606/23 2607/6 2608/15
 2613/5 2614/6 2614/16 2622/20 2629/2
 2632/9 2644/17 2649/12 2653/20
 2656/11 2659/24 2674/20 2675/24
 2677/15 2679/13 2682/16 2686/25
 2687/23 2689/23 2690/14 2703/22
 2707/8 2707/9 2707/20 2708/20
 2709/13 2709/14 2709/16 2710/21
 2711/15 2712/9 2723/4 2725/23
 2725/24 2725/24 2725/25 2728/9
 2728/13 2730/8 2730/15 2730/19
 2730/20 2731/3 2731/6
Golden [1] 2596/13
good [23] 2602/11 2603/2 2608/24
 2622/21 2625/5 2625/6 2628/4 2634/4
 2636/20 2637/4 2637/16 2641/18
 2651/19 2665/7 2673/10 2689/21

2689/25 2710/17 2712/7 2725/13
 2730/2 2732/25
got [12] 2606/19 2619/5 2627/25 2658/8
 2678/23 2704/1 2707/12 2710/19
 2716/4 2719/2 2726/6 2728/21
gradually [1] 2682/17
Grand [1] 2598/14
graph [2] 2615/3 2615/4
graphic [1] 2679/15
great [3] 2644/18 2651/22 2676/9
greater [3] 2614/22 2711/9 2711/12
greatest [1] 2673/23
green [2] 2638/17 2638/18
group [6] 2595/18 2637/25 2639/1
 2639/3 2639/4 2730/9
group's [1] 2728/10
Guerra [1] 2595/15
guess [4] 2628/11 2671/24 2688/12
 2718/19
GULF [6] 2594/5 2666/22 2668/14
 2724/7 2724/12 2724/15
guys [3] 2725/19 2725/22 2730/6

**H**

had [102] 2601/21 2602/4 2602/14
 2603/14 2604/13 2604/16 2608/17
 2610/15 2611/17 2617/9 2617/9 2623/4
 2623/13 2623/16 2628/22 2632/25
 2639/4 2641/10 2641/12 2641/13
 2641/15 2649/24 2650/3 2650/6 2652/4
 2652/7 2652/18 2654/10 2655/19
 2655/23 2656/13 2656/14 2656/15
 2657/3 2658/11 2660/1 2660/10
 2661/14 2661/20 2662/11 2662/22
 2663/8 2665/17 2666/9 2669/23
 2669/25 2670/21 2671/1 2672/8
 2672/19 2673/1 2673/8 2673/9 2674/3
 2674/5 2675/4 2676/13 2676/20
 2676/21 2677/6 2677/22 2677/24
 2677/25 2678/1 2678/20 2682/21
 2683/17 2683/18 2683/24 2683/24
 2684/20 2686/8 2686/21 2689/11
 2689/14 2692/3 2694/12 2694/20
 2696/3 2697/15 2698/20 2699/3 2708/6
 2711/2 2713/15 2713/16 2713/18
 2713/21 2713/23 2714/1 2714/6 2716/8
 2716/12 2720/24 2722/3 2727/2
 2727/24 2728/25 2729/4 2729/6
 2729/11 2730/24
half [7] 2607/1 2638/11 2638/23
 2638/16 2652/19 2667/17 2715/1
half-sentence [1] 2667/17
halfs [1] 2647/4
hall [1] 2725/5
Halliburton [26] 2599/7 2599/11 2607/12
 2610/22 2610/23 2610/24 2611/2
 2612/18 2612/22 2612/24 2613/2
 2613/6 2613/12 2613/14 2613/17
 2616/5 2617/17 2618/16 2622/5
 2627/20 2628/4 2630/6 2655/4 2659/4
 2671/11 2671/23
Halliburton's [6] 2618/1 2618/12
 2630/11 2630/12 2630/12 2650/23
hand [3] 2604/11 2655/7 2685/17
handed [2] 2604/14 2604/23
handled [1] 2603/24
hang [1] 2723/3
HANKEY [1] 2596/18
happen [4] 2621/12 2657/13 2659/16
 2659/17
happened [12] 2620/17 2624/8 2633/7
 2636/10 2639/11 2657/13 2665/25
 2666/14 2682/9 2682/19 2683/2

2709/25
happening [1] 2635/20 2670/1
happens [1] 2621/22
happy [2] 2675/23 2719/9
hard [4] 2610/5 2614/21 2614/21
 2681/16
hardened [1] 2608/13
hardly [1] 2658/7
hardware [4] 2638/8 2653/13 2657/24
 2716/3
HARIKLIA [2] 2597/22 2642/22
harmful [2] 2617/2 2617/6
HARTLEY [1] 2599/8
has [36] 2604/12 2605/13 2608/12
 2611/7 2626/20 2627/17 2630/23
 2633/3 2634/24 2641/25 2643/7 2643/8
 2644/18 2647/14 2648/15 2651/3
 2654/9 2657/19 2662/23 2672/23
 2673/13 2675/9 2675/15 2675/16
 2678/10 2682/16 2699/4 2699/16
 2699/17 2702/22 2712/16 2724/5
 2726/7 2726/8 2726/13 2726/23
hasn't [1] 2692/6
HAUSER [1] 2597/4
have [247]
haven't [6] 2683/21 2692/2 2710/7
 2714/21 2716/1 2730/23
having [10] 2606/6 2607/2 2608/6
 2618/18 2625/11 2637/8 2656/10
 2670/7 2690/20 2723/7
HAYCRAFT [1] 2597/19
HB [1] 2599/19
HB-406 [1] 2599/19
he [19] 2607/17 2607/18 2643/4 2643/6
 2643/7 2643/8 2643/8 2644/18 2644/21
 2655/8 2659/6 2672/23 2672/24 2673/9
 2673/13 2694/16 2699/17 2699/17
 2729/2
he's [8] 2606/24 2611/15 2637/6
 2644/20 2645/23 2673/14 2699/22
 2701/8
head [14] 2614/4 2614/9 2614/11
 2614/13 2614/15 2614/18 2618/8
 2619/11 2668/13 2677/15 2683/15
 2692/19 2692/24 2692/25
heading [1] 2636/16
healed [1] 2644/4
hear [4] 2638/14 2643/18 2694/18
 2708/8
heard [3] 2601/13 2629/25 2630/4
heavier [1] 2621/16
heaviest [1] 2646/8
heavily [1] 2662/20
Heenan [5] 2601/12 2604/12 2604/18
 2604/19 2605/20
Heenan's [1] 2601/17
height [1] 2631/13
held [2] 2697/3 2725/17
help [3] 2619/25 2641/7 2676/25
helped [1] 2672/20
helpful [3] 2617/2 2617/6 2633/12
helping [1] 2661/16
helps [2] 2647/22 2697/17
her [2] 2725/6 2725/7
here [39] 2602/23 2609/8 2610/6 2615/8
 2619/2 2624/22 2628/1 2628/12
 2629/14 2633/15 2640/1 2643/7
 2643/12 2645/9 2645/16 2646/18
 2646/24 2647/2 2647/12 2647/17
 2662/18 2662/21 2670/3 2672/6
 2674/25 2675/21 2676/11 2677/21
 2678/24 2679/17 2680/18 2715/13
 2715/18 2717/14 2722/11 2724/21

here... [3] 2725/10 2726/6 2728/2
Here's [1] 2680/8
hereby [1] 2732/4
Herman [3] 2594/22 2594/22 2594/23
high [7] 2639/23 2640/22 2664/15
2664/18 2681/24 2682/13 2707/17
high-pressure [3] 2664/15 2664/18
2707/17
higher [6] 2677/16 2705/15 2706/12
2707/10 2707/11 2707/22
higher-pressure [1] 2707/22
highest [2] 2665/3 2665/9
highlighted [2] 2667/9 2668/22
highly [1] 2608/7
HILL [2] 2599/9 2628/4
him [6] 2608/15 2611/14 2624/24
2699/23 2701/2 2729/3
himself [1] 2643/8
his [16] 2605/4 2605/9 2611/22 2612/6
2613/9 2643/7 2643/11 2643/21
2643/25 2644/8 2651/14 2672/9 2692/7
2694/7 2701/9 2709/22
history [9] 2652/22 2652/25 2666/15
2667/15 2667/19 2667/22 2667/24
2668/23 2670/19
hold [7] 2609/14 2621/25 2622/22
2622/24 2623/3 2637/18 2722/11
holding [1] 2615/13
Holdings [5] 2598/5 2598/8 2598/12
2598/16 2598/19
holds [1] 2647/10
hole [5] 2620/7 2620/15 2626/8 2634/6
2646/21
holes [1] 2631/2
Holthaus [1] 2596/2
honchos [1] 2668/13
Honor [88] 2601/10 2601/19 2602/24
2603/7 2603/9 2603/19 2603/21 2604/6
2604/12 2604/19 2604/21 2605/1
2605/11 2605/17 2606/1 2606/4
2606/22 2607/3 2607/15 2607/23
2608/12 2608/17 2611/10 2611/21
2612/6 2612/11 2613/4 2613/8 2623/19
2623/25 2627/7 2627/11 2627/13
2627/15 2627/19 2627/20 2627/23
2636/12 2637/4 2638/13 2642/20
2642/22 2643/19 2644/12 2645/3
2645/4 2645/24 2672/4 2675/13
2675/20 2675/23 2681/9 2684/23
2686/15 2690/8 2690/11 2690/16
2691/15 2692/5 2693/12 2694/23
2695/7 2699/15 2699/19 2701/3 2701/7
2708/11 2709/1 2709/4 2709/21 2710/5
2710/6 2711/23 2712/1 2712/3 2712/8
2712/13 2713/6 2724/19 2724/24
2727/1 2727/5 2727/23 2728/11
2728/19 2728/23 2729/24 2731/2
Honor's [1] 2601/22
HONORABLE [2] 2594/15 2725/18
hook [1] 2661/24
hope [1] 2731/19
hopefully [1] 2675/19
HORIZON [10] 2594/4 2606/15 2638/4
2664/4 2668/11 2676/22 2682/14
2695/14 2717/9 2724/10
Horizon's [5] 2641/1 2642/17 2649/4
2663/21 2671/9
Houma [1] 2595/20
hour [1] 2602/15
hours [4] 2613/5 2680/5 2680/6 2680/12
Houston [6] 2596/7 2598/10 2598/21
2599/5 2599/13 2599/17
however [39] 2606/18 2607/25 2613/4
2613/19 2620/14 2624/7 2627/24
2644/25 2645/1 2646/12 2655/24
2660/8 2673/19 2673/24 2673/24
2681/12 2685/20 2687/24 2688/17
2689/18 2690/6 2690/19 2701/17
2701/24 2704/9 2708/13 2708/18
2723/6 2728/2
however [5] 2648/15 2649/24 2661/5
2683/3 2723/11
huge [3] 2675/11 2694/11 2695/4
HUGH [1] 2599/15
Hughes [1] 2598/19
human [2] 2648/6 2648/14
hundreds [1] 2641/25
hurts [2] 2692/17 2697/21
hydrate [1] 2614/20
hydraulic [12] 2645/11 2645/15 2646/3
2646/14 2648/25 2659/21 2659/22
2663/18 2664/11 2686/22 2687/14
2688/16
hydraulics [6] 2648/9 2648/16 2649/19
2664/22 2673/9 2694/7
hydrocarbon [17] 2615/24 2616/2
2616/12 2616/20 2617/18 2617/20
2618/7 2619/9 2622/25 2623/5 2623/15
2623/17 2629/19 2630/14 2630/16
2631/10 2636/5
hydrocarbon-bearing [1] 2636/5
hydrocarbons [13] 2615/13 2615/22
2615/25 2617/25 2621/25 2622/22
2623/2 2623/3 2640/22 2676/25 2687/3
2687/22 2702/10
hydrostatic [15] 2614/3 2614/9 2614/11
2614/13 2614/15 2614/18 2615/4
2615/12 2618/8 2619/10 2661/18
2677/15 2692/19 2692/24 2692/25
HYMEL [1] 2598/16

I

I'd [2] 2603/18 2720/17
I'll [28] 2601/15 2602/12 2609/8 2612/10
2613/4 2620/1 2624/8 2628/5 2635/24
2644/25 2646/10 2649/10 2675/7
2675/23 2681/10 2685/8 2685/9 2692/8
2694/6 2694/18 2694/25 2695/8
2699/24 2701/1 2701/2 2701/12 2708/4
2725/21
I'm [62] 2601/7 2602/16 2603/3 2603/13
2604/5 2604/11 2604/23 2607/6 2608/5
2608/6 2608/15 2609/7 2611/1 2612/9
2623/25 2627/24 2628/15 2630/8
2630/8 2630/11 2630/19 2631/5 2631/8
2637/19 2641/3 2644/17 2659/8 2672/5
2672/15 2673/22 2674/20 2679/13
2680/1 2680/9 2683/7 2684/2 2685/7
2686/25 2691/7 2691/15 2700/4
2703/22 2703/25 2704/15 2710/6
2710/6 2711/15 2712/9 2712/20
2713/24 2713/24 2714/9 2714/12
2715/9 2717/16 2717/17 2719/9 2723/4
2724/17 2724/20 2727/3 2729/11
I've [16] 2604/22 2606/19 2609/3
2609/10 2623/10 2629/25 2633/15
2639/20 2639/22 2640/19 2642/1
2677/11 2696/11 2696/11 2698/16
2720/20
idea [4] 2624/9 2633/16 2660/24
2689/21
identified [5] 2633/19 2645/22 2653/3
2657/10 2672/6
II [5] 2695/14 2717/21 2718/9 2718/17
2719/12
III [39] 2695/18 2695/25 2716/24
2717/21 2718/10 2718/17 2718/21
2718/21 2719/13 2720/12 2720/7
III control [1] 2716/11
III system [1] 2695/13
Illinois [1] 2597/24
illuminate [1] 2644/14
illustrated [1] 2615/7
illustration [1] 2614/5
immediately [2] 2657/5 2718/25
impact [3] 2722/24 2722/24 2723/2
implement [1] 2696/4
implemented [1] 2696/1
implementing [2] 2717/8 2717/13
implications [1] 2717/4
importance [1] 2690/19
important [6] 2639/10 2640/5 2646/7
2649/7 2682/3 2693/2
Imprevento [1] 2595/8
improve [1] 2670/17
inadequacy [1] 2710/3
inadequate [3] 2655/17 2668/3 2671/12
INC [17] 2594/11 2597/19 2597/22
2598/3 2598/6 2598/7 2598/9 2598/10
2598/13 2598/13 2598/17 2598/17
2598/20 2598/21 2599/7 2599/12
2673/3
inch [15] 2629/5 2629/5 2662/3 2664/8
2665/12 2665/21 2666/1 2702/18
2704/18 2708/13 2708/18 2708/19
2709/14 2709/15 2709/19
inches [1] 2609/5
incident [2] 2665/25 2723/14
incidentally [1] 2691/23
include [1] 2657/2
included [4] 2610/11 2652/1 2695/6
2695/15
including [1] 2722/12
inconclusive [1] 2669/1
incorporated [2] 2643/6 2643/24
incorrect [1] 2655/8
increased [2] 2711/3 2711/22
independent [2] 2651/16 2713/18
independently [2] 2649/1 2655/15
India [4] 2609/9 2636/17 2636/18
2636/19
indicate [7] 2605/8 2615/15 2661/24
2667/25 2668/24 2671/23 2692/3
indicated [7] 2633/8 2646/14 2669/25
2716/4 2716/8 2716/15 2721/2
indicates [4] 2621/15 2668/2 2671/3
2671/21
indicating [1] 2729/5
indication [1] 2689/15
indications [1] 2697/4
indicative [1] 2666/14
individual [4] 2601/14 2601/22 2728/12
2729/3
industry [12] 2610/4 2616/9 2630/7
2641/14 2641/17 2641/19 2641/21
2715/13 2715/19 2723/14 2723/20
2724/15
influence [1] 2704/10
influx [15] 2615/22 2615/23 2616/12
2616/16 2616/20 2617/18 2617/20
2617/25 2622/25 2623/15 2623/17
2629/19 2630/14 2630/16 2631/10
influxing [1] 2615/22
informal [1] 2731/6
information [2] 2639/13 2669/12
2670/20 2677/11 2697/9
initial [2] 2703/9 2721/2

**I**

initially [2] 2676/21 2684/17
initiate [1] 2692/17
initiated [2] 2648/10 2659/23
ink [1] 2727/12
inrush [1] 2694/12
inside [10] 2621/2 2628/16 2630/20 2647/6 2654/9 2654/10 2664/11 2702/8 2702/12 2704/7
inspection [2] 2638/24 2640/6
inspections [3] 2667/13 2668/7 2669/8
installed [2] 2653/14 2676/21
instance [3] 2631/20 2670/2 2709/23
instead [4] 2654/12 2658/5 2676/15 2710/16
insufficient [2] 2650/24 2653/1
intend [3] 2627/25 2641/8 2643/16
intended [2] 2659/10 2720/15
intention [1] 2648/10
intentional [1] 2654/23
intentionally [1] 2629/8
interest [2] 2614/14 2673/24
interested [1] 2685/7
interface [1] 2616/22
International [2] 2598/22 2599/2
Internet [1] 2716/5
interpret [1] 2645/18
interrogation [1] 2667/24
interrupt [1] 2656/1
interval [3] 2616/2 2616/3 2635/14
intervention [2] 2648/6 2648/15
introduce [1] 2630/6
inversion [4] 2619/18 2619/25 2621/13 2621/23
involve [1] 2648/23
involved [7] 2609/3 2609/10 2609/22 2610/17 2638/23 2657/24 2674/1
involvement [3] 2637/17 2641/10 2641/13
involving [2] 2607/6 2670/25
Irpino [4] 2596/8 2596/9 2603/9 2726/1
is [349]
isn't [5] 2675/10 2717/5 2717/14 2720/2 2723/1
isolation [3] 2612/17 2613/20 2613/25
issue [7] 2603/14 2605/2 2605/21 2624/2 2624/18 2644/24 2680/11
issued [1] 2720/1
issues [8] 2618/6 2619/8 2643/21 2668/11 2671/4 2671/5 2720/13 2730/9
it [347]
it's [79] 2601/23 2602/3 2607/3 2607/5 2607/12 2610/3 2612/8 2614/15 2616/19 2626/1 2626/7 2626/13 2626/22 2626/22 2632/2 2632/13 2632/16 2633/19 2634/13 2634/18 2635/15 2638/18 2638/19 2641/18 2642/4 2642/11 2645/10 2646/23 2648/6 2648/14 2650/7 2651/18 2652/22 2652/24 2658/24 2659/21 2659/22 2664/2 2665/7 2665/20 2674/18 2675/10 2675/11 2675/12 2681/6 2682/16 2684/4 2689/17 2691/15 2692/12 2692/13 2693/4 2693/7 2694/23 2697/20 2698/5 2700/6 2700/21 2701/8 2706/23 2707/19 2707/25 2708/22 2710/21 2711/13 2714/17 2717/4 2719/22 2720/11 2723/2 2724/9 2724/22 2725/24 2725/24 2725/25 2729/7 2729/9 2729/14 2729/15
its [14] 2610/7 2615/6 2615/19 2616/4

2623/4 2649/23 2651/6 2671/19
2676/20 2689/21 2699/25 2699/8
2717/17 2720/15
itself [5] 2616/22 2671/15 2665/1 2680/3 2702/1

**J**

Jahn [1] 2694/13
JAMES [2] 2594/19 2597/12
January [3] 2668/18 2694/8 2703/17
January 2008 [1] 2668/18
January 31st [1] 2694/8
Jefferson [2] 2594/20 2598/17
JEFFREY [2] 2595/9 2606/4
JERRY [1] 2599/12
JESSICA [2] 2596/22 2596/23
JIMMY [2] 2596/6 2672/15
job [10] 2612/18 2613/19 2622/17 2627/1 2627/2 2632/6 2633/1 2639/5 2674/6 2726/4
jockey [1] 2731/10
Jodi [5] 2599/18 2599/20 2732/2 2732/10 2732/10
JOHN [3] 2596/3 2598/20 2599/16
join [1] 2644/12
joined [1] 2610/25
joint [4] 2624/5 2624/17 2679/18 2679/18
JONES [2] 2599/3 2643/19
JR [3] 2595/12 2599/8 2599/8
judge [15] 2594/15 2601/8 2602/14 2604/8 2624/11 2624/16 2641/3 2675/9 2687/9 2701/1 2708/3 2725/4 2725/6 2725/10 2729/1
Judge Barbier [1] 2729/1
Judge Moore's [1] 2725/4
Judge Shushan [4] 2601/8 2602/14 2604/8 2624/16
judgment [1] 2644/15
judgments [1] 2643/16
July [1] 2691/20
July 2005 [1] 2691/20
just [49] 2602/2 2602/8 2602/14 2602/18 2602/23 2604/11 2604/15 2606/25 2625/8 2625/21 2626/7 2626/22 2628/5 2628/20 2629/21 2630/4 2631/9 2633/16 2634/17 2635/12 2638/14 2645/23 2649/11 2656/1 2659/8 2660/17 2663/25 2666/10 2666/13 2666/15 2667/10 2668/2 2672/11 2675/7 2679/17 2689/25 2693/4 2693/15 2714/16 2717/4 2718/15 2721/24 2724/25 2727/6 2727/10 2728/4 2728/9 2728/14 2730/11
Justice [4] 2596/11 2596/15 2596/21 2597/2

**K**

Kanner [2] 2597/15 2597/15
KARIS [2] 2597/22 2642/22
Katz [1] 2594/22
keep [8] 2602/15 2605/23 2608/16 2614/16 2629/25 2661/16 2672/5 2675/24
KELLEY [1] 2597/4
kept [2] 2658/8 2691/21
KERRY [3] 2598/6 2604/21 2727/24
kick [1] 2683/18
Kinchen [2] 2598/19 2598/20
kind [10] 2613/3 2626/6 2630/4 2640/18 2653/16 2659/18 2663/8 2663/19 2673/19 2681/19

kinked [2] 2679/16 2679/17
Kirkland [1] 2597/21
knew [2] 2654/6 2668/10
know [33] 2602/3 2604/10 2606/25 2622/9 2644/25 2652/8 2652/24 2661/1 2666/22 2674/9 2674/25 2680/2 2681/21 2681/24 2683/22 2685/5 2691/4 2692/23 2696/12 2699/6 2699/17 2699/20 2699/22 2702/24 2703/12 2704/20 2709/20 2716/13 2716/22 2724/1 2730/18 2730/21 2731/13
knowledge [3] 2692/4 2692/7 2715/19
known [3] 2623/11 2673/4 2698/19
KRAUS [2] 2597/16 2730/15
Kullman [1] 2595/5

**L**

lack [2] 2628/14 2669/12
lacked [1] 2670/20
laed.uscourts.gov [1] 2599/20
Lafayette [2] 2594/21 2598/18
Lafleur [1] 2598/16
Lamar [1] 2599/12
landed [1] 2626/25
landing [2] 2626/17 2627/4
LANGAN [1] 2597/22
lapel [1] 2608/23
large [2] 2609/24 2645/11 2655/11 2655/18
larger [1] 2688/5
Lasalle [1] 2597/23
laser [3] 2634/2 2700/8 2700/16
last [18] 2602/25 2606/20 2611/7 2612/20 2618/10 2633/9 2633/10 2652/23 2667/16 2669/23 2672/6 2702/5 2705/3 2705/4 2707/11 2710/9 2726/5 2726/12
lastly [1] 2644/3
late [1] 2687/5
later [11] 2602/21 2605/25 2644/16 2646/7 2649/13 2651/7 2657/19 2658/16 2658/22 2669/9 2697/16
Latex [1] 2630/12
Latex 3000 [1] 2630/12
law [5] 2595/18 2595/21 2596/8 2635/17 2642/2
LAWRENCE [1] 2596/24
lawyer [1] 2641/3
lead [4] 2622/3 2682/2 2686/14 2730/1
leader [1] 2673/12
leading [12] 2675/20 2681/9 2682/1 2682/2 2686/13 2690/4 2690/9 2698/24 2700/24 2700/25 2708/1 2708/4
leak [3] 2682/11 2682/12
leaking [2] 2658/11 2684/17
leaks [1] 2676/19
leap [1] 2613/9
LEASING [1] 2594/8
least [4] 2641/19 2661/15 2668/11 2703/3
leave [3] 2624/8 2728/1
leaves [1] 2710/18
leaving [1] 2609/8
left [6] 2621/1 2651/20 2671/20 2683/11 2685/17 2704/5
left-hand [1] 2685/17
legal [3] 2641/4 2641/8 2641/25
Leger [2] 2595/12 2595/12
length [1] 2620/10
less [3] 2663/15 2663/17 2711/6
let [14] 2608/15 2612/2 2624/23

## L

let... [11]  2628/10 2643/18 2644/17
2656/1 2683/13 2685/1 2691/19
2691/19 2709/15 2724/25 2726/2
let's [28]  2613/24 2625/2 2627/16
2628/20 2631/20 2636/23 2639/7
2649/14 2653/22 2657/14 2667/10
2669/14 2673/16 2675/2 2676/7
2679/20 2692/9 2696/14 2696/16
2718/4 2718/22 2719/9 2720/4 2721/14
2722/8 2723/6 2725/22 2728/1
level [1]  2689/18
Lewis [5]  2595/6 2597/18 2599/7
2599/11 2599/14
LI [1]  2598/13
licensed [1]  2637/20
life [1]  2694/12
light [1]  2655/18
like [25]  2602/15 2603/18 2612/22
2613/3 2616/5 2622/8 2623/8 2630/6
2632/19 2633/2 2633/5 2637/5 2652/11
2662/13 2665/2 2665/6 2673/15
2673/25 2678/8 2685/24 2694/14
2710/14 2711/5 2712/20 2720/17
likewise [1]  2714/18
limine [1]  2701/5
limit [3]  2607/6 2664/15 2677/25
limitation [1]  2709/24
limitations [1]  2642/24 2722/17
limiting [1]  2607/13
limits [1]  2665/17
line [3]  2679/20 2719/9 2721/14
lines [4]  2641/9 2718/4 2718/23 2728/13
lines 20 [1]  2718/23
liquid [3]  2614/7 2614/7 2616/12
Liskow [1]  2597/18
list [31]  2602/3 2603/3 2603/6 2603/10
2603/15 2603/15 2604/1 2604/11
2604/18 2604/18 2605/3 2605/13
2605/19 2605/19 2605/20 2605/24
2714/24 2726/5 2726/8 2726/11
2726/13 2726/15 2726/16 2726/18
2726/23 2726/25 2728/9 2729/18
2730/3 2731/1 2731/7
listed [2]  2714/19 2727/7
listening [1]  2708/7
listing [1]  2726/20
lists [2]  2605/23 2726/6
Literally [1]  2687/13
literature [1]  2674/16
Litigation [1]  2597/3
little [13]  2601/24 2608/21 2609/4
2630/23 2631/2 2633/23 2633/25
2661/21 2662/23 2683/11 2693/4
2712/21 2727/12
living [1]  2634/5
LLC [13]  2594/19 2594/22 2595/2
2595/18 2597/15 2598/5 2598/6 2598/9
2598/12 2598/16 2598/20 2598/22
2599/14
LLP [8]  2595/15 2596/2 2597/21 2598/2
2598/8 2598/12 2598/19 2599/2
LMRP [10]  2645/10 2645/13 2646/5
2648/6 2648/18 2648/20 2660/2 2660/6
2687/10 2687/17
lo [1]  2654/5
load [1]  2661/24
locations [1]  2622/6
lodge [1]  2613/4
log [1]  2677/11
logger [1]  2661/23

logistics [1]  2624/22
long [10]  2606/11 2637/23 2670/4 2682/4
2682/20 2682/23 2690/21 2701/19
longer [5]  2677/5 2686/11 2694/9
2711/15 2725/8
look [23]  2605/12 2614/2 2617/21
2620/24 2638/8 2640/6 2641/22
2657/24 2661/6 2661/23 2667/18
2675/10 2697/22 2700/17 2709/15
2714/18 2715/23 2716/6 2718/4
2718/22 2721/14 2729/4 2729/6
looked [10]  2601/23 2620/19 2635/17
2640/12 2640/13 2654/9 2703/2
2703/25 2704/13 2730/21
looking [11]  2602/23 2617/8 2621/7
2646/3 2646/20 2670/4 2670/7 2674/3
2713/2 2713/25 2716/3
loose [1]  2680/18
Los [1]  2598/14
lose [6]  2614/9 2614/18 2648/8 2648/8
2648/9 2686/18
loss [10]  2630/2 2683/18 2686/21
2686/22 2686/22 2692/19 2692/19
2692/20 2692/20 2692/23
lost [6]  2648/7 2649/19 2677/9 2679/22
2686/8 2686/18
lot [14]  2608/22 2625/11 2639/21
2640/23 2644/19 2649/18 2651/19
2653/15 2658/11 2660/18 2661/1
2661/3 2674/5 2690/25
lots [2]  2652/2 2658/22
loud [1]  2638/19
LOUISIANA [11]  2594/2 2594/6 2594/21
2594/24 2595/7 2595/13 2595/20
2595/23 2596/4 2596/10 2597/11
2597/12 2597/13 2597/15 2597/17
2597/20 2598/7 2598/18 2598/24
2599/16 2599/19 2627/14 2712/2
2730/15 2732/4
love [1]  2605/13
low [2]  2650/15 2651/6
lower [13]  2645/10 2645/11 2646/5
2647/20 2647/22 2648/18 2659/10
2659/12 2677/19 2677/22 2678/1
2681/24 2687/11
LUIS [1]  2598/13
Lukoil [1]  2611/3
lunch [2]  2602/15 2604/23
LUTHER [1]  2597/8

## M

M-I [2]  2599/14 2627/18
Macondo [10]  2612/15 2613/20 2620/11
2623/9 2633/3 2633/8 2634/20 2665/21
2678/8 2716/5
made [11]  2605/6 2623/14 2654/1
2661/8 2670/16 2676/20 2678/1 2688/3
2695/3 2714/10 2728/18
Magazine [1]  2596/9
Magistrate [2]  2602/6 2603/1
Magistrate Shushan [2]  2602/6 2603/1
magistrate's [1]  2725/4
Mahtook [1]  2598/16
mail [6]  2601/13 2691/11 2692/1 2694/7
2708/6 2729/5
mailed [2]  2602/3 2603/15
main [6]  2596/3 2664/12 2664/13
2664/18 2688/12 2706/21
maintenance [34]  2652/21 2652/25
2666/6 2666/8 2666/10 2666/11
2666/13 2666/15 2667/11 2667/12
2667/15 2667/15 2667/19 2667/21
2667/23 2667/24 2668/3 2668/5

2668/11 2668/23 2668/25 2669/3
2669/17 2670/1 2670/5 2670/14 2671/5
2671/9 2671/12 2671/13 2689/10
2690/3 2690/20 2690/25
major [3]  2646/3 2711/14 2723/2
make [28]  2602/1 2605/18 2617/17
2622/19 2623/22 2626/14 2628/10
2632/19 2638/14 2639/5 2641/4 2641/7
2641/8 2643/16 2653/10 2689/8
2690/23 2691/19 2708/8 2710/7 2718/2
2724/25 2725/6 2727/6 2727/25
2730/11 2730/19 2730/20
makes [3]  2614/21 2653/15 2689/25
making [2]  2693/9 2693/18
malfunction [2]  2697/20 2716/16
MALINDA [1]  2596/24
man [4]  2638/10 2638/11 2638/23
2639/16
manage [3]  2615/16 2617/2 2617/6
manual [1]  2699/11
manufactured [1]  2707/7
manufacturer [2]  2694/10 2716/3
manufacturers [1]  2715/23
manufactures' [1]  2699/12
many [7]  2641/25 2673/13 2687/24
2688/17 2708/13 2708/18 2724/6
March [4]  2594/7 2601/2 2726/19
2730/3
March 7th [2]  2726/19 2730/3
margin [3]  2710/12 2710/13 2710/19
marginal [1]  2664/7
marine [2]  2645/10 2659/10
Mark [18]  2695/13 2695/14 2716/11
2717/9 2717/13 2717/21 2717/21
2718/9 2718/10 2718/17 2718/17
2718/21 2718/21 2719/12 2719/13
2720/2 2720/7 2729/1
Mark II [4]  2717/21 2718/9 2718/17
2719/12
Mark III [8]  2717/9 2717/13 2717/21
2718/10 2718/17 2719/13 2720/2
2720/7
Mark III system [2]  2718/21 2718/21
market [2]  2663/2 2663/22
marks [1]  2713/22
marshaled [1]  2601/9
marshaling [10]  2601/20 2602/6
2603/22 2603/25 2604/2 2726/3
2726/12 2726/20 2730/5 2731/19
massive [1]  2675/10
materials [3]  2630/11 2651/15 2673/2
math [2]  2703/23 2703/23
Matt [1]  2605/11
matter [4]  2609/8 2678/19 2728/5
2732/7
MATTHEW [1]  2597/23
maximum [1]  2707/19
may [13]  2637/3 2639/11 2672/15
2696/15 2696/18 2699/19 2701/7
2714/10 2718/1 2725/6 2725/6 2727/23
2731/7
May 5th [1]  2696/18
maybe [8]  2602/19 2631/6 2661/20
2662/3 2689/23 2703/2 2710/15
2712/17
MAZE [1]  2597/8
McCLELLAN [1]  2596/22
McKinney [1]  2599/5
MD [1]  2594/4
me [38]  2604/9 2604/10 2612/2 2624/14
2624/23 2628/10 2629/6 2629/11
2630/6 2634/3 2643/18 2650/23 2651/1
2655/4 2656/1 2659/4 2659/6 2671/11

**M**

me... [20]  2671/22 2671/22 2682/10
2683/13 2685/1 2690/21 2691/8
2691/13 2691/19 2691/19 2693/10
2694/4 2712/15 2720/18 2721/24
2723/24 2724/3 2724/25 2726/2 2728/5
mean [15]  2615/17 2616/14 2616/15
2621/19 2621/20 2646/18 2646/22
2664/17 2674/18 2677/12 2677/16
2692/23 2698/22 2699/21 2707/14
meaning [1]  2688/9
means [9]  2619/2 2634/9 2636/8 2636/9
2644/21 2662/2 2684/4 2692/16
2710/18
meant [2]  2654/11 2690/25
measurable [1]  2614/18
measurements [3]  2667/21 2688/23
2701/15
mechanical [21]  2599/24 2637/19
2637/20 2639/20 2639/24 2640/17
2641/24 2642/3 2642/21 2644/19
2644/22 2673/9 2673/14 2673/17
2673/20 2673/22 2674/1 2687/13
2687/14 2687/15 2688/25
mechanism [1]  2658/19
meet [1]  2601/21
Melvyn [1]  2674/21
member [3]  2609/11 2639/1 2639/3
members [1]  2714/17
membership [1]  2655/23
memorialize [1]  2730/5
memory [1]  2624/18
mention [2]  2616/25 2617/4
mentioned [6]  2631/9 2631/12 2635/12
2723/16
Merala [3]  2673/11 2673/11 2673/12
message [1]  2708/6
methodologies [1]  2703/1
methodology [1]  2644/8
methods [2]  2640/2 2652/3
MEXICO [6]  2594/5 2666/22 2668/14
2724/7 2724/12 2724/15
MICHAEL [2]  2596/12 2598/12
MICHELLE [1]  2596/23
Michoud [17]  2637/23 2638/9 2638/24
2650/14 2651/10 2651/25 2654/8
2655/12 2655/22 2675/10 2676/5
2678/15 2679/9 2679/12 2683/8
2697/16 2697/23
microphone [1]  2609/5
microphone's [1]  2638/15
microphones [1]  2708/9
might [9]  2633/12 2641/21 2641/21
2641/22 2641/22 2644/1 2665/10
2712/13 2722/24
migration [3]  2616/20 2618/7 2619/9
MIKAL [1]  2595/15
MIKE [2]  2598/3 2712/7
miles [1]  2628/18
MILLER [4]  2598/6 2604/21 2725/19
2725/19
mind [1]  2674/15
mine [1]  2604/25
minute [7]  2631/22 2636/23 2646/11
2656/1 2675/8 2685/1 2690/7
minutes [8]  2624/25 2625/13 2628/5
2649/12 2686/24 2712/12 2724/22
2725/11
missed [3]  2667/14 2668/7 2669/8
missing [1]  2670/20
mistaken [1]  2624/1
miswired [6]  2650/6 2654/20 2655/3

2666/9 2698/12 2698/21
miswiring [2]  2657/12 2657/16
Mobile [1]  2595/4
mode [6]  2634/7 2635/13 2648/4
2648/13 2649/23 2659/15
model [3]  2654/23 2724/5 2724/10
models [4]  2663/2 2713/1 2713/11
2724/11
modifications [1]  2730/4
modify [1]  2730/12
modular [1]  2720/7
moment [1]  2720/18
Monday [4]  2605/12 2725/14 2728/18
2730/5
monitor [1]  2695/11 2696/10
monitor-able [1]  2696/10
monitoring [6]  2653/16 2689/7 2691/2
2695/6 2695/16 2718/20
Montgomery [1]  2597/10
month [1]  2637/25
months [5]  2638/10 2638/12 2638/23
2639/17 2689/23
moon [1]  2687/23
Moore's [1]  2725/4
more [12]  2602/12 2632/2 2663/5
2673/14 2679/10 2682/3 2685/7
2691/22 2701/3 2703/2 2719/7 2729/23
Morgan [1]  2599/14
morning [4]  2604/12 2605/12 2725/14
2730/9
most [5]  2602/2 2610/20 2611/1 2646/6
2669/6
motion [6]  2624/3 2624/12 2642/23
2642/24 2643/20 2643/21
motions [2]  2611/13 2644/13
move [9]  2616/16 2621/1 2631/15
2631/15 2643/10 2661/4 2663/6 2678/5
2699/24
movement [3]  2621/18 2621/19 2634/17
moves [1]  2616/17
moving [2]  2608/23 2726/18
Mr [1]  2727/4
Mr. [70]  2601/7 2601/12 2601/17
2601/24 2603/6 2603/24 2604/12
2604/18 2604/22 2605/3 2605/6 2605/9
2605/18 2606/20 2606/23 2607/8
2607/11 2607/11 2607/16 2607/21
2607/25 2608/1 2608/2 2608/2 2608/7
2608/8 2608/14 2608/20 2610/12
2611/11 2612/13 2624/2 2624/4
2624/19 2624/20 2625/5 2625/16
2626/3 2626/13 2628/4 2628/7 2636/15
2651/1 2651/2 2651/3 2651/12 2651/14
2651/16 2655/7 2655/10 2655/16
2655/18 2659/6 2660/14 2660/22
2661/7 2673/7 2694/6 2697/18 2697/21
2700/4 2701/14 2708/13 2725/19
2725/19 2726/1 2726/1 2727/3 2731/14
2731/15
Mr. Barnhill [1]  2731/14
Mr. Benge [13]  2601/7 2603/24 2604/22
2605/3 2605/6 2605/9 2607/8 2607/11
2607/16 2607/25 2608/2 2608/8
2608/14
Mr. Benge's [1]  2608/1
Mr. Bly [2]  2601/24 2603/6
Mr. Calvert [17]  2606/23 2607/11 2608/2
2608/7 2608/20 2611/11 2612/13
2624/2 2624/4 2624/20 2625/5 2625/16
2626/3 2626/13 2628/4 2628/7 2636/15
Mr. Calvert's [1]  2606/20
Mr. Cernich [1]  2607/21
Mr. Childs [10]  2651/1 2651/3 2651/14

2651/16 2655/7 2655/16 2659/6 2661/7
2694/18 2697/21
Mr. Childs' [7]  2651/2 2651/12 2655/10
2655/18 2660/14 2660/22 2697/21
Mr. Davis [3]  2700/4 2701/14 2708/13
Mr. Gaude [1]  2694/6
Mr. Heenan [3]  2601/12 2604/12
2604/18
Mr. Heenan's [1]  2601/17
Mr. Irpino [1]  2726/1
Mr. Miller [2]  2725/19 2725/19
Mr. Nomellini [1]  2726/1
Mr. Regan [1]  2624/19
Mr. Robinson [1]  2673/7
Mr. Sepulvado [1]  2605/18
Mr. Williams [1]  2727/3
Ms [1]  2645/21
Ms. [1]  2672/5
Ms. Chang [1]  2672/5
much [11]  2602/13 2610/1 2657/12
2663/14 2663/15 2672/1 2674/9
2711/12 2711/12 2723/5 2731/21
mud [25]  2619/11 2619/12 2619/13
2619/15 2620/20 2620/21 2620/22
2620/23 2620/25 2621/11 2621/17
2621/20 2621/24 2622/1 2628/23
2631/21 2631/24 2632/5 2632/9
2632/17 2634/13 2634/24 2635/4
2661/23 2677/11
muds [2]  2622/6 2622/6
multiplex [1]  2695/19
Munger [1]  2598/12
must [3]  2624/10 2651/11 2674/22
MUX [1]  2687/24
my [42]  2604/11 2604/22 2605/3 2607/6
2607/14 2608/5 2613/9 2613/21
2617/23 2624/18 2625/22 2629/17
2629/21 2637/12 2637/18 2639/12
2640/7 2640/9 2640/15 2641/5 2642/11
2642/15 2645/24 2656/11 2661/10
2673/23 2674/18 2680/8 2686/1 2693/4
2694/15 2700/16 2703/9 2703/12
2706/4 2709/4 2712/17 2713/1 2714/8
2723/17 2724/17 2732/5

**N**

name [5]  2606/8 2606/12 2637/10
2637/12 2637/18
narrow [7]  2607/3 2607/5 2607/12
2607/13 2608/16 2623/21 2670/9
narrowed [1]  2607/20
NATHANIEL [1]  2596/19
Natural [1]  2596/16
necessary [2]  2641/17 2675/19
need [16]  2602/20 2602/21 2603/17
2603/25 2605/23 2672/24 2690/9
2693/15 2708/20 2709/14 2710/19
2712/13 2713/6 2714/4 2725/9 2725/11
needed [4]  2674/9 2706/20 2707/2
2708/15
negative [4]  2608/3 2674/8 2684/12
2684/22
Neil [1]  2673/1
never [3]  2643/8 2657/10 2691/23
new [20]  2594/6 2594/24 2595/7
2595/13 2596/10 2597/17 2597/20
2598/7 2598/24 2599/19 2602/3 2654/5
2664/1 2677/24 2694/12 2695/5
2695/13 2696/9 2698/23 2730/11
next [23]  2601/6 2603/25 2606/3
2629/18 2636/22 2637/3 2645/12
2646/12 2647/2 2647/12 2647/17
2648/2 2652/24 2668/18 2687/6

## N

next... [8] 2695/15 2698/8 2705/4
2712/4 2725/2 2730/16 2731/1 2731/4
next-to-last [1] 2705/4
nice [1] 2604/9
night [2] 2602/25 2606/20
nine [1] 2601/14
Ninth [1] 2595/22
no [91] 2604/17 2605/16 2608/6
2608/14 2612/9 2616/10 2623/5 2624/9
2627/7 2627/11 2627/13 2627/15
2627/17 2627/19 2629/24 2630/3
2631/5 2636/12 2636/14 2638/17
2641/3 2641/12 2641/15 2641/18
2643/9 2647/8 2648/15 2651/10 2653/7
2653/11 2656/7 2658/19 2660/17
2660/19 2662/5 2669/4 2669/23
2671/24 2674/18 2677/5 2678/9
2682/25 2686/7 2686/11 2687/21
2688/22 2689/15 2689/15 2689/20
2691/9 2692/2 2692/9 2692/13 2693/7
2694/2 2694/4 2694/9 2695/3 2695/22
2696/6 2696/15 2696/25 2697/3 2697/4
2697/25 2698/9 2699/6 2699/7 2699/17
2700/16 2700/18 2712/1 2712/3
2714/18 2715/8 2716/3 2717/15
2717/16 2718/12 2719/15 2720/23
2721/13 2722/22 2722/23 2723/18
2723/21 2724/17 2725/8 2726/8
2728/14 2728/16
Nomellini [1] 2726/1
non [1] 2698/16
non-OEM [1] 2698/16
None [1] 2715/7
NONJURY [1] 2594/14
nonlinear [1] 2713/2
Norfolk [1] 2598/20
normal [5] 2645/16 2649/23 2659/15
2664/23 2664/25
normally [3] 2640/18 2648/17 2664/23
North [1] 2597/12
not [174]
note [2] 2705/6 2727/6
noted [2] 2627/2 2667/14
notes [3] 2668/23 2720/13 2726/22
Nothing [1] 2730/11
notice [2] 2627/24 2727/3
Novak [1] 2673/8
November [1] 2637/24
November 2010 [1] 2637/24
now [52] 2604/24 2611/1 2614/23
2615/2 2615/15 2616/5 2616/10 2618/6
2619/8 2620/17 2621/10 2622/4
2622/21 2623/10 2629/25 2631/20
2631/24 2632/23 2635/12 2638/19
2639/12 2646/2 2646/22 2647/2 2647/9
2647/21 2653/22 2657/14 2657/18
2657/20 2657/22 2662/8 2662/20
2665/9 2666/17 2673/16 2677/6
2677/19 2678/6 2682/3 2688/2 2689/17
2694/22 2696/12 2697/17 2700/4
2706/19 2707/13 2714/16 2715/12
2716/11 2731/20
number [23] 2602/8 2609/10 2609/18
2666/13 2669/24 2691/13 2704/20
2705/13 2705/14 2705/14 2705/15
2705/17 2707/1 2707/1 2707/8 2707/10
2708/23 2710/14 2714/21 2715/2
2726/21 2727/7 2728/7
numbered [2] 2727/19 2732/7
numbers [4] 2704/1 2704/13 2709/15
2728/13

numerous [3] 2652/15 2667/14 2671/6
NW [1] 2598/3

## O

O'Keefe [1] 2594/23
O'ROURKE [1] 2596/17
obeys [1] 2642/2
object [4] 2692/5 2694/16 2708/10
2713/6
objecting [1] 2708/8
objection [26] 2601/18 2605/16 2611/23
2613/4 2675/20 2681/9 2682/1 2684/23
2685/8 2686/13 2690/4 2692/8 2694/23
2695/7 2698/24 2699/15 2700/24
2701/3 2701/12 2708/1 2708/5 2709/1
2709/5 2709/21 2710/4 2726/24
objections [6] 2601/13 2601/17 2605/7
2605/10 2612/9 2726/14
observation [2] 2617/23 2640/4
observations [1] 2670/17
observed [1] 2670/23
obtaining [1] 2696/9
obvious [1] 2697/20
occasions [1] 2667/14
occur [2] 2659/10 2692/17
occurred [8] 2624/10 2626/14 2656/8
2656/14 2677/8 2679/18 2683/20
2683/22
occurs [2] 2659/10 2679/21
ocean [1] 2689/17
October [1] 2612/4
October 14th [1] 2612/4
OEM [5] 2698/15 2698/16 2698/23
2699/2 2699/5
off [23] 2628/19 2636/16 2646/25
2647/13 2647/19 2647/20 2647/25
2648/20 2658/1 2658/20 2658/23
2659/24 2660/19 2660/20 2661/4
2662/17 2675/19 2677/5 2687/12
2700/5 2700/23 2701/18 2712/9
off-center [2] 2700/5 2700/23
off-centered [1] 2662/17
offer [5] 2601/7 2601/11 2638/5 2642/20
2671/8
offered [1] 2716/12
offering [2] 2602/2 2726/22
offers [2] 2643/4
Office [5] 2594/20 2596/19 2596/25
2597/13 2598/17
official [4] 2599/18 2726/16 2732/2
2732/11
offset [6] 2657/25 2660/12 2660/25
2662/13 2662/19 2662/20
Offshore [5] 2598/6 2598/9 2598/12
2598/16 2598/20
often [1] 2667/23
Oh [3] 2640/11 2672/10 2730/23
oil [13] 2594/4 2594/4 2620/20 2620/21
2620/22 2620/23 2620/25 2621/11
2621/24 2622/6 2622/6 2641/14
2641/16
oil-based [9] 2620/20 2620/21 2620/22
2620/23 2620/25 2621/11 2621/24
2622/6 2622/6
okay [120] 2601/18 2603/17 2605/5
2606/2 2606/3 2608/5 2608/15 2608/16
2608/18 2611/15 2612/11 2618/22
2619/6 2625/2 2627/8 2628/10 2630/11
2630/15 2630/20 2631/19 2631/22
2646/1 2646/2 2649/9 2650/2 2656/18
2657/12 2659/14 2660/4 2660/7
2662/18 2664/19 2666/23 2666/24
2667/5 2667/7 2672/3 2672/5 2672/13

2673/11 2674/12 2674/25 2675/5
2676/11 2676/14 2676/25 2677/3
2677/19 2678/1 2678/10 2680/8 2681/2
2681/17 2681/21 2683/5 2683/10
2683/17 2684/10 2685/8 2685/13
2686/2 2686/9 2686/23 2687/7 2687/17
2688/2 2688/7 2688/17 2688/19 2690/2
2690/10 2690/16 2691/9 2691/11 2691/17
2691/20 2691/23 2692/3 2693/1 2693/6
2693/15 2693/16 2693/25 2694/3
2694/6 2694/22 2695/1 2696/18
2696/21 2697/7 2697/17 2697/22
2698/18 2699/25 2700/5 2701/23
2704/11 2704/15 2706/13 2706/23
2707/6 2707/13 2707/21 2708/10
2709/6 2710/4 2710/18 2711/23
2713/13 2716/11 2716/15 2720/20
2722/20 2724/5 2725/19 2727/22
2728/20 2728/21 2729/20 2729/22
2731/17
Oklahoma [1] 2618/25
old [2] 2663/25 2694/13
older [1] 2691/21
Olson [1] 2598/12
omitted [1] 2667/22
on-time [1] 2693/21
once [6] 2623/10 2647/20 2655/1
2656/24 2682/11 2689/17
one [71] 2602/12 2603/14 2604/15
2605/3 2605/8 2605/9 2605/14 2605/20
2608/6 2618/6 2619/8 2619/10 2619/15
2628/7 2629/8 2629/11 2633/9 2633/10
2634/21 2635/3 2638/9 2638/11 2639/2
2641/19 2652/20 2654/5 2654/8
2654/10 2656/3 2657/2 2657/8 2661/14
2661/15 2663/3 2665/15 2666/12
2666/13 2666/19 2666/19 2667/2
2669/16 2673/4 2673/5 2674/2 2675/18
2677/3 2679/4 2679/10 2679/14
2685/16 2685/22 2688/18 2690/2
2693/21 2695/24 2698/8 2700/18
2701/3 2702/17 2703/5 2703/25
2705/14 2706/19 2706/21 2708/9
2710/9 2713/25 2723/3 2726/6 2727/14
2729/23
Ongoing [1] 2669/5
online [1] 2716/5
only [17] 2628/9 2628/25 2648/16
2650/25 2658/5 2659/22 2682/20
2699/12 2701/5 2703/25 2706/19
2707/16 2709/9 2710/15 2723/16
2725/2 2727/14
Ooh [1] 2638/19
open [3] 2634/10 2635/13 2722/12
open/close [1] 2722/12
opened [1] 2698/5
operate [5] 2641/20 2641/23 2645/15
2724/6 2724/12
operated [2] 2685/21 2685/22
operates [3] 2648/21 2649/1 2688/12
operating [4] 2650/4 2654/2 2668/13
2690/23
operation [6] 2645/16 2649/24 2659/15
2693/22 2721/17 2722/25
operational [1] 2686/18
operations [8] 2609/20 2611/6 2664/24
2665/5 2669/5 2721/11 2721/12
2721/17
operator [5] 2613/7 2618/16 2618/21
2622/10 2685/23
opine [2] 2643/12 2643/14
opined [1] 2635/9
opinion [31] 2612/13 2613/19 2613/21

**Q**

opinion... [28]  2613/22 2619/13 2625/20
2625/22 2626/13 2629/1 2633/11
2635/3 2650/11 2650/20 2651/2
2654/20 2655/10 2656/15 2658/14
2660/22 2671/24 2674/18 2695/5
2696/2 2700/22 2701/9 2701/10
2701/14 2709/3 2713/23 2714/13
2717/14
opinions [25]  2613/9 2613/24 2625/16
2638/3 2638/5 2639/13 2641/6 2642/16
2642/24 2643/4 2643/10 2643/21
2643/25 2644/3 2644/7 2655/2 2657/12
2659/1 2664/3 2664/5 2671/8 2671/17
2671/17 2671/21 2685/2
opportunities [1]  2652/2
opportunity [6]  2610/15 2611/17 2638/8
2651/23 2655/20 2689/8
opposed [1]  2688/12
option [1]  2696/1
order [7]  2624/16 2627/25 2649/6
2684/21 2684/21 2701/5 2725/20
orders [2]  2667/12 2667/16
organization [1]  2609/12
original [7]  2608/5 2654/7 2694/9
2698/23 2699/2 2699/3 2699/12
originally [4]  2606/14 2624/1 2721/8
2721/18
Orleans [10]  2594/6 2594/24 2595/7
2595/13 2596/10 2597/17 2597/20
2598/7 2598/24 2599/19
other [38]  2638/1 2639/4 2639/17
2640/23 2641/24 2643/5 2643/14
2643/18 2644/13 2650/20 2652/21
2653/18 2655/2 2655/7 2655/15
2655/18 2659/1 2664/3 2666/17 2671/8
2671/18 2677/6 2680/19 2682/15
2700/18 2702/3 2703/24 2706/21
2709/10 2713/1 2713/11 2714/17
2718/12 2719/1 2719/15 2719/22
2719/24 2729/2
others [4]  2641/22 2671/22 2704/1
2727/13
otherwise [1]  2699/22
our [18]  2602/5 2604/1 2605/13 2606/3
2624/5 2624/17 2638/3 2639/5 2639/6
2642/24 2643/21 2646/4 2650/13
2671/1 2673/12 2731/3 2731/14
2731/19
out [77]  2602/2 2604/23 2620/1 2625/12
2625/25 2627/25 2628/15 2636/1
2643/15 2651/18 2651/20 2654/4
2656/2 2656/9 2661/2 2661/6 2661/8
2662/20 2662/23 2663/5 2663/24
2663/25 2664/5 2667/12 2668/14
2669/3 2669/23 2669/25 2675/9 2679/3
2681/16 2682/6 2682/7 2682/21
2684/11 2687/13 2688/11 2690/21
2691/8 2691/14 2691/16 2692/13
2693/7 2693/11 2694/4 2694/14
2695/17 2695/22 2696/6 2696/16
2696/16 2696/25 2697/23 2698/3
2699/7 2699/10 2700/6 2703/14
2703/16 2703/20 2703/20 2704/1
2705/2 2706/4 2706/5 2706/7 2707/7
2707/17 2708/22 2719/7 2725/21
2728/12 2729/11 2729/16 2729/17
2730/25 2731/2
outcome [1]  2709/24
outlined [1]  2622/17
outs [3]  2601/14 2601/22 2729/3
outside [5]  2641/19 2646/21 2648/1
2715/12 2715/13
over [35]  2608/16 2609/25 2609/10
2611/7 2612/20 2613/5 2624/4 2627/22
2637/20 2639/21 2639/24 2649/21
2652/10 2660/11 2662/7 2678/24
2679/19 2682/14 2682/19 2682/23
2702/3 2714/18 2725/10 2727/24
2730/16
overburden [12]  2615/5
overcome [1]  2702/11
overflow [1]  2725/2
overrule [1]  2701/12
own [6]  2639/9 2640/7 2661/10 2700/15
2700/16 2713/1

**P**

p.m [1]  2679/21
pack [3]  2694/9 2694/12 2695/5
package [3]  2605/14 2645/10 2659/11
packers [5]  2647/7 2647/7 2647/15
2647/23 2658/12
packs [1]  2693/21
page [39]  2600/2 2602/17 2602/19
2602/19 2602/23 2616/25 2617/4
2626/1 2635/22 2667/2 2668/20
2669/20 2670/12 2679/1 2679/1 2679/3
2698/1 2698/3 2698/8 2699/8 2700/2
2700/6 2704/23 2704/24 2704/25
2705/19 2711/17 2718/22 2722/2
2726/10 2726/20 2727/8 2727/11
2728/3 2728/6 2728/7 2729/9 2729/13
2729/18
page 37 [1]  2704/23
page 80 [1]  2679/1
pages [8]  2601/22 2602/8 2604/25
2667/6 2720/10 2721/14 2728/3 2729/3
Palmintier [1]  2596/2
paragraph [7]  2667/10 2667/18 2704/23
2704/25 2705/4 2705/4 2705/19
part [16]  2609/21 2611/18 2629/15
2629/22 2638/10 2643/3 2643/4 2645/9
2659/12 2672/10 2678/9 2701/24
2702/24 2718/20 2727/8 2728/18
partial [1]  2662/13
partially [1]  2658/5
participate [1]  2637/22
particles [1]  2682/17
particular [18]  2610/3 2617/9 2617/21
2620/9 2620/11 2620/14 2621/15
2622/11 2622/16 2629/2 2635/15
2641/8 2644/21 2666/3 2678/9 2704/12
2710/2 2729/5
particularly [2]  2615/25 2731/8
parties [5]  2602/25 2604/1 2639/4
2726/14 2726/24
parts [5]  2676/6 2699/5 2699/14 2700/9
2700/17
party [1]  2726/22
pass [2]  2634/14 2681/14
passage [1]  2668/22
passages [1]  2667/9
past [5]  2610/22 2674/6 2674/7 2674/8
2681/8
path [3]  2615/23 2622/3 2631/15
paths [1]  2616/21
Patrick [1]  2673/8
PAUL [1]  2595/6
PC [3]  2595/9 2599/7 2599/11
PDF [1]  2679/1
peer [1]  2651/17
peer-review [1]  2651/17
Pennsylvania [1]  2598/3
people [9]  2638/13 2643/18 2666/23
2675/16 2676/18 2682/15 2707/6
people's [1]  2713/1
per [6]  2631/25 2695/3 2702/18 2704/19
2708/13 2708/18
percent [7]  2710/15 2710/16 2710/24
2710/25 2710/25 2711/8 2728/14
percentage [1]  2709/9
perfect [3]  2609/5 2668/7 2669/12
perform [4]  2622/17 2640/10 2640/17
2720/15
performed [12]  2651/24 2653/3 2654/19
2655/21 2666/18 2666/20 2666/21
2667/23 2668/24 2670/22 2712/19
2712/23
period [11]  2609/10 2616/6 2617/7
2637/25 2638/7 2670/18 2682/14
2682/20 2682/23 2689/23 2701/20
personnel [3]  2666/21 2667/11 2668/19
perspective [2]  2715/16 2717/5
PETITION [1]  2594/8
Petroskills [1]  2610/25
Ph.D [1]  2637/18
phase [5]  2614/7 2615/19 2615/20
2638/9 2638/10
PHILLIP [1]  2598/23
photograph [1]  2698/4
physically [1]  2715/25
physics [4]  2641/23 2642/1 2642/2
2642/3
pictures [4]  2626/4 2626/21 2716/6
2716/9
piece [20]  2633/10 2647/18 2647/20
2647/22 2658/7 2659/25 2673/17
2673/20 2674/12 2678/11 2678/16
2678/19 2680/19 2681/8 2681/13
2681/14 2681/15 2681/18 2701/17
2702/21
pieces [15]  2647/24 2657/24 2677/4
2678/20 2678/22 2679/9 2679/11
2679/15 2680/8 2680/18 2680/23
2681/3 2701/22 2702/3 2724/11
Pigman [1]  2598/22
pilot [2]  2688/5 2688/11
pin [5]  2679/24 2680/6 2687/13 2687/15
2697/3
pins [1]  2687/14
pipe [128]  2634/18 2640/12 2640/13
2646/16 2646/23 2647/4 2647/5
2647/10 2647/15 2647/16 2647/18
2647/19 2647/20 2647/22 2647/25
2648/1 2652/10 2657/24 2657/25
2658/1 2658/5 2658/7 2658/7 2658/7
2658/20 2658/23 2660/10 2660/11
2660/19 2660/20 2660/25 2661/3
2661/9 2661/11 2661/15 2661/17
2661/19 2661/21 2661/25 2662/2
2662/7 2662/12 2662/13 2662/17
2662/19 2662/24 2662/24 2662/25
2663/6 2663/9 2663/16 2663/18 2664/8
2664/12 2664/13 2665/10 2665/12
2665/14 2665/14 2665/18 2665/21
2665/23 2666/1 2673/24 2677/10
2678/5 2678/19 2678/20 2679/9 2680/8
2680/18 2680/19 2680/23 2681/3
2681/8 2681/13 2681/14 2681/15
2681/18 2682/13 2682/18 2684/3
2684/4 2684/8 2700/5 2700/23 2701/17
2701/25 2702/1 2702/13 2702/21
2704/6 2704/7 2704/17 2704/17 2706/2
2706/22 2706/24 2707/20 2708/18
2708/20 2709/8 2709/9 2709/10
2709/11 2709/16 2709/19 2710/13

P

pipe... [20]  2710/15 2710/22 2711/6
2711/8 2711/10 2711/13 2711/22
2712/23 2713/2 2713/16 2713/16
2713/21 2713/22 2713/23 2714/1
2714/2 2714/6 2714/11 2714/14 2723/8
pipes [1]  2683/25
piping [1]  2664/20
piston [2]  2702/23 2707/23 2708/14
pistons [2]  2707/2 2707/4
place [12]  2614/15 2619/15 2619/20
2620/1 2621/14 2626/17 2648/17
2652/16 2652/25 2660/9 2660/11
2682/22
plaintiffs [15]  2594/18 2594/22 2595/2
2595/5 2595/8 2595/12 2595/15
2595/18 2595/21 2596/2 2596/5 2596/8
2636/22 2637/3 2730/18
plan [4]  2602/5 2607/13 2643/12
2643/14
planned [2]  2608/17 2694/14
planning [1]  2712/16
plans [1]  2665/22
play [5]  2640/8 2663/23 2666/3 2711/2
2719/24
played [2]  2701/24 2709/24
PLC [3]  2597/20 2597/23 2598/4
please [38]  2601/5 2606/8 2606/12
2609/2 2610/5 2612/2 2614/4 2614/25
2617/3 2633/13 2635/21 2635/21
2636/1 2637/2 2637/10 2642/6 2642/12
2666/25 2668/15 2668/20 2669/14
2669/20 2670/12 2671/14 2672/15
2685/11 2691/7 2691/8 2691/8 2694/4
2697/25 2703/13 2704/22 2720/4
2720/11 2720/11 2725/11 2730/1
plots [1]  2615/4
plug [9]  2626/22 2627/5 2628/9 2628/12
2628/25 2629/4 2663/23 2663/25
2711/2
plug-and-play [2]  2663/23 2711/2
plugs [6]  2626/18 2626/25 2628/14
2628/22 2628/23 2629/2
plunger [1]  2659/25
pod [34]  2645/13 2645/13 2645/19
2649/1 2650/3 2650/6 2650/10 2650/10
2650/12 2650/17 2651/4 2651/11
2652/4 2652/14 2652/18 2653/22
2653/23 2653/25 2654/3 2656/3 2688/7
2688/7 2688/7 2688/17 2688/18
2688/19 2690/2 2695/19 2696/22
2696/22 2697/9 2697/11 2697/14
2720/7
pod's [1]  2650/21
podium [1]  2726/2
pods [10]  2645/17 2648/6 2648/7
2648/24 2649/18 2649/24 2653/5
2656/10 2686/21 2688/1
point [25]  2608/13 2610/3 2614/8
2620/1 2622/11 2622/18 2623/12
2630/15 2649/22 2654/6 2656/2
2657/17 2657/22 2661/1 2661/20
2662/4 2674/17 2678/21 2678/22
2680/8 2684/24 2698/19 2716/1 2722/3
2724/18
pointer [1]  2614/4
pointing [1]  2634/2
pool [1]  2687/23
poor [2]  2666/14 2670/20
pops [1]  2687/13
pore [4]  2615/10 2615/20 2616/4
2702/11

portion [2]  2675/23 2710/23
ports [3]  2676/21 2677/5
position [2]  2634/10 2658/1
positions [2]  2609/14 2679/8
positive [1]  2674/8
possibility [8]  2616/21 2621/14 2621/18
2622/2 2622/15 2623/8 2632/20
2685/16
possible [8]  2601/23 2634/21 2658/4
2667/23 2675/5 2684/8 2702/1 2729/2
possibly [3]  2622/3 2628/20 2731/5
post [6]  2594/20 2596/19 2596/25
2597/13 2598/17 2696/23
post-explosion [1]  2696/23
potential [2]  2621/12 2634/25
pound [1]  2631/24
pounds [7]  2620/23 2620/23 2620/25
2702/18 2704/19 2708/13 2708/18
power [3]  2686/22 2692/20 2695/25
Poydras [2]  2595/6 2597/19 2598/6
2599/19
ppf [1]  2704/8
practical [12]  2643/5 2663/23 2716/21
2716/23 2716/24 2716/25 2717/2
2717/4 2717/8 2717/11 2717/12
2717/19
practicality [1]  2717/18
practice [2]  2667/11 2723/14
practices [3]  2635/18 2635/25 2636/3
precisely [1]  2602/24
prediction [1]  2705/10
preexisting [1]  2715/18
preface [1]  2610/10
preference [1]  2729/2
premise [1]  2681/2
prepare [1]  2623/7
prepared [2]  2604/24 2607/12 2611/19
2612/3 2722/5
preparing [3]  2612/10 2609/9 2715/22
present [4]  2603/1 2616/3 2617/22
2647/16
presented [5]  2611/18 2613/14 2711/21
2726/7 2726/8
presently [1]  2609/7
preserving [1]  2639/7
pressure [75]  2608/3 2614/5 2614/13
2615/4 2615/5 2615/7 2615/10 2615/13
2615/20 2616/4 2640/22 2661/24
2663/11 2663/16 2663/18 2664/11
2664/11 2664/12 2664/14 2664/15
2664/18 2665/4 2665/9 2674/8 2674/9
2677/7 2677/25 2678/7 2681/25
2684/12 2684/20 2684/22 2687/16
2688/5 2688/11 2692/19 2692/20
2693/2 2693/3 2702/8 2702/11 2702/12
2702/14 2702/17 2702/20 2702/22
2702/23 2704/5 2704/9 2704/10
2704/16 2705/8 2705/23 2706/2 2706/3
2706/9 2706/13 2706/14 2706/15
2706/19 2706/24 2707/4 2707/17
2707/22 2708/13 2708/24 2709/9
2711/6 2713/16 2713/20 2713/24
2714/7 2722/12 2722/13 2722/17
pressures [4]  2665/16 2677/9 2677/10
2706/12
pressurize [1]  2612/20
pressurized [2]  2646/14 2688/6
presume [1]  2612/20
pretty [10]  2610/1 2647/10 2657/12
2662/2 2662/20 2680/24 2681/4
2681/16 2681/20 2731/9
prevent [5]  2615/21 2615/22 2631/10
2634/21 2722/22

prevented [2]  2649/25 2654/17
preventer [20]  2633/12 2642/5
2644/21 2645/19 2646/12 2646/25
2657/11 2659/12 2659/24 2660/2
2664/21 2665/1 2665/24 2677/19
2677/22 2678/1 2678/14 2699/13
2708/25
preventers [4]  2646/4 2647/1 2714/19
2715/24
preventing [1]  2630/14
previous [1]  2669/2
previously [1]  2644/20
primarily [2]  2607/19 2613/16 2634/20
2673/22
primary [3]  2629/16 2629/22 2674/7
principal [1]  2673/3
prior [7]  2602/5 2620/18 2636/4 2641/10
2641/13 2643/9 2716/1
probably [4]  2633/4 2674/11 2684/11
2731/9
problem [7]  2604/16 2651/9 2651/11
2654/11 2654/16 2656/6 2657/9 2665/9
2669/9 2711/1 2728/16
problems [11]  2625/11 2649/24 2650/2
2656/2 2656/6 2666/8 2666/10 2670/5
2670/7 2671/6 2671/13
procedure [7]  2612/14 2613/1 2648/19
2667/21 2668/25 2669/7 2670/22
procedures [6]  2656/23 2656/23 2657/6
2657/7 2657/9 2699/10
proceedings [2]  2599/24 2725/17
2731/23 2732/6
process [3]  2639/7 2640/23 2654/25
produce [1]  2678/8
production [9]  2594/10 2597/19 2597/19
2597/22 2597/22 2598/3 2598/3
2635/14 2635/16
profession [1]  2610/2
professional [1]  2637/20
propellants [1]  2640/22
proper [1]  2623/16
properly [9]  2650/24 2651/5 2655/13
2656/21 2666/11 2670/9 2681/12
2681/13 2697/13
proprietary [1]  2630/8
prospective [1]  2731/1
protect [1]  2622/14
protocol [2]  2601/21 2602/25
provide [3]  2651/24 2655/21 2708/21
provided [5]  2641/6 2651/23 2655/20
2695/11 2711/9
provides [4]  2656/23 2663/5 2688/6
2692/16
PSC [13]  2603/9 2604/15 2604/17
2604/17 2605/16 2606/4 2624/4 2624/5
2624/17 2624/21 2672/3 2672/16
2731/3
PSC's [1]  2605/19
psi [27]  2614/22 2663/17 2664/12
2664/15 2664/19 2664/21 2664/25
2665/5 2665/8 2665/17 2677/13
2677/25 2702/18 2705/8 2705/9
2705/22 2705/23 2706/2 2706/15
2706/15 2707/12 2707/15 2707/23
2708/16 2708/23 2711/6 2722/17
publication [1]  2610/8
published [1]  2616/8
pull [9]  2664/1 2674/21 2685/11
2697/25 2699/7 2700/1 2703/13
2703/20 2722/8
pulled [1]  2696/22
pulling [2]  2684/4 2726/4
pumped [3]  2620/18 2626/23 2628/18

## P

pumping [1]  2621/3
purchased [1]  2695/11
purpose [6]  2623/4 2632/7 2634/17
 2676/7 2676/14 2676/15
purposes [5]  2624/5 2628/7 2629/8
 2629/12 2677/6
push [3]  2646/15 2685/23 2711/13
pushed [7]  2628/20 2628/21 2634/18
 2685/25 2686/2 2686/4 2687/4
pushing [2]  2685/22 2686/5
put [13]  2608/13 2625/24 2633/15
 2651/18 2657/11 2672/11 2675/16
 2703/16 2707/7 2711/2 2720/4 2720/10
 2727/13

## Q

Q4000 [3]  2654/1 2654/17 2697/12
qualification [1]  2714/16
qualifications [1]  2644/7
qualified [4]  2608/7 2638/5 2672/25
 2717/7
quality [3]  2670/17 2670/20 2675/21
quantity [1]  2704/5
question [36]  2606/19 2607/14 2608/6
 2617/3 2618/11 2629/6 2629/20
 2629/21 2638/14 2656/11 2682/4
 2682/6 2694/15 2694/17 2694/18
 2697/23 2699/20 2699/23 2700/21
 2701/8 2703/12 2704/6 2710/7 2710/9
 2714/8 2714/16 2718/13 2718/25
 2719/5 2719/11 2719/17 2721/15
 2721/20 2721/24 2722/1 2725/23
questions [22]  2623/18 2623/23 2624/24
 2624/25 2625/8 2627/7 2627/9 2627/11
 2627/13 2627/15 2627/17 2627/19
 2627/21 2636/12 2672/2 2672/3
 2694/25 2711/25 2712/1 2712/3
 2719/20 2728/14
quick [3]  2712/9 2714/16 2725/1
quickly [1]  2728/2
quite [2]  2668/3 2712/8
quotation [1]  2695/20
quote [2]  2696/8 2696/11
quoted [1]  2669/5
quotes [1]  2705/7

## R

R-O-R-Y [1]  2637/12
race [2]  2640/19 2642/4
RACHEL [2]  2596/18 2598/9
raised [4]  2618/6 2619/8 2650/17
 2669/2
ram [91]  2640/13 2643/22 2643/23
 2644/8 2646/6 2646/8 2646/8 2646/11
 2646/14 2647/3 2647/12 2648/11
 2648/14 2648/21 2649/25 2650/8
 2650/9 2650/25 2652/5 2652/9 2653/24
 2654/18 2654/21 2655/6 2657/17
 2657/23 2658/2 2658/3 2658/6 2658/6
 2658/8 2658/10 2658/15 2658/20
 2658/25 2659/3 2659/5 2659/7 2660/12
 2660/15 2660/21 2661/16 2661/19
 2662/6 2662/12 2662/16 2662/21
 2662/22 2662/25 2663/3 2663/4 2663/8
 2663/12 2663/12 2663/17 2663/19
 2663/25 2664/1 2664/4 2664/6 2665/12
 2665/19 2676/12 2676/12 2676/22
 2676/24 2677/2 2680/16 2685/7
 2685/19 2687/16 2688/6 2697/13
 2702/23 2704/6 2706/5 2706/10
 2706/25 2711/10 2712/25 2714/6

2721/16 2722/6 2723/12 2723/23
 2723/24 2724/1 2724/3 2724/3 2724/6
 2724/3 2724/10
ramifications [2]  2717/8 2717/13
rams [51]  2644/4 2645/20 2646/10
 2647/9 2647/21 2649/22 2656/16
 2661/14 2663/1 2663/15 2663/20
 2673/25 2680/4 2680/14 2680/21
 2680/24 2687/12 2700/23 2701/18
 2701/19 2702/2 2702/21 2703/18
 2706/8 2706/8 2707/9 2707/9 2710/11
 2711/2 2711/5 2711/9 2711/12 2711/18
 2711/19 2712/24 2713/15 2713/20
 2720/25 2721/3 2721/6 2721/8 2722/11
 2722/17 2722/22 2722/25 2723/7
 2723/10 2723/14 2723/16 2723/19
 2724/15
ran [1]  2634/7
range [3]  2727/12 2727/13 2728/3
ranges [3]  2727/18 2727/18 2728/6
rapidly [1]  2725/9
rated [3]  2678/7 2681/24 2722/12
rates [2]  2640/13 2640/14
rather [3]  2609/24 2660/15 2728/6
rathole [20]  2620/6 2620/7 2620/12
 2620/14 2620/18 2620/20 2620/25
 2621/4 2621/5 2621/10 2621/17 2622/1
 2622/7 2622/20 2630/18 2631/2
 2631/22 2631/24 2632/5 2632/7
rating [1]  2722/17
ratio [1]  2702/24
Ravi [1]  2610/13
Ray [1]  2694/13
Raymond [1]  2673/12
RE [2]  2594/4 2594/7
reach [4]  2640/2 2649/3 2657/16 2666/6
reached [3]  2612/13 2623/6 2649/5
read [15]  2606/19 2610/15 2636/6
 2667/10 2667/16 2668/22 2669/22
 2670/14 2697/5 2699/21 2699/21
 2716/22 2720/17 2720/20 2728/9
reader [1]  2670/21
readily [1]  2662/6
readings [1]  2668/24
ready [1]  2690/24
realized [1]  2670/21
really [13]  2602/23 2638/19 2651/21
 2656/7 2658/19 2662/13 2666/15
 2681/16 2683/9 2701/16 2708/21
 2724/17 2728/1
reamer [14]  2620/4 2620/4 2620/6
 2620/12 2630/17 2630/21 2630/23
 2631/3 2631/16 2633/20 2633/24
 2634/14 2634/25 2635/10
reason [2]  2659/11 2660/19 2669/5
 2714/7
reasons [5]  2634/22 2635/4 2658/23
 2666/12 2724/20
rebuilding [1]  2656/24
rebuttal [2]  2642/15 2672/20 2711/17
 2723/18
recall [5]  2716/10 2716/14 2720/25
 2721/3 2723/16
received [2]  2603/10 2690/17
recently [1]  2611/1
recess [3]  2636/23 2636/25 2724/23
rechargeable [5]  2653/18 2695/24
 2696/3 2696/10 2718/3
recognize [5]  2626/3 2626/4 2642/8
 2642/14 2661/13
recommend [1]  2710/10
recommendation [3]  2612/25 2688/24
 2689/4

recommendations [7]  2639/8 2639/9
 2639/22 2639/23 2640/23 2693/18
 2693/25
recommended [4]  2652/16 2693/20
 2703/10 2722/16
recommends [1]  2652/19
reconstructions [1]  2679/14
record [20]  2602/22 2603/5 2606/9
 2606/12 2637/11 2645/22 2645/23
 2653/11 2668/24 2670/14 2671/1
 2672/6 2680/3 2722/2 2722/3 2726/16
 2727/11 2728/15 2728/18 2732/6
recorded [1]  2599/24
recording [3]  2652/22 2666/12 2668/3
records [4]  2621/8 2666/15 2689/10
 2689/13
recovered [1]  2679/9
rectification [2]  2670/5 2670/8
rectified [1]  2671/7
Redden [1]  2599/2
redesigned [1]  2694/20
redid [1]  2602/1
redirect [3]  2605/4 2605/9 2636/13
reduced [2]  2602/8 2618/8
redundancy [4]  2656/9 2674/5 2676/8
 2676/9
redundant [3]  2674/4 2677/4 2678/11
refer [2]  2620/6 2714/4
reference [1]  2688/3
referenced [1]  2604/13
referred [2]  2697/11 2711/2
referring [7]  2649/8 2667/3 2668/17
 2669/17 2670/3 2670/10 2703/6
reflect [1]  2722/2
reflected [2]  2657/6 2726/16
reflects [1]  2722/3
refurbish [1]  2657/7
refurbished [4]  2656/25 2698/20
 2698/22 2699/3
refurbishing [1]  2656/24
refurbishment [1]  2671/2
REGAN [3]  2597/23 2605/11 2624/19
regard [9]  2609/11 2613/2 2618/7
 2619/9 2621/12 2622/20 2633/7
 2728/10 2730/10
regarding [21]  2604/18 2607/25 2612/13
 2638/6 2640/3 2641/1 2643/5 2643/25
 2649/4 2650/20 2655/2 2657/16 2659/1
 2659/2 2664/3 2666/6 2671/18 2699/4
 2699/5 2720/7 2727/6
regular [1]  2640/9
regulated [3]  2707/17 2707/25 2708/16
regulation [2]  2643/5 2716/25
regulations [4]  2641/2 2643/2 2643/17
 2644/24
relacing [1]  2718/9
relate [1]  2613/25
related [3]  2619/14 2643/21 2656/6
relates [4]  2607/11 2612/24 2615/13
 2621/24
relating [4]  2601/7 2601/16 2603/6
 2642/16
relationship [1]  2613/6
relative [4]  2619/13 2643/16 2706/16
 2728/8
released [1]  2648/20
relevance [1]  2709/22
relevant [1]  2639/18
reliably [1]  2709/7
rely [4]  2655/17 2660/22 2678/12
 2689/23
relying [1]  2659/18
remained [1]  2701/17

R
remaining [1] 2688/1
remember [16] 2605/24 2629/6 2629/10
 2629/11 2679/8 2683/16 2683/17
 2683/25 2684/12 2684/16 2684/17
 2685/4 2700/6 2704/15 2704/20 2715/2
remove [1] 2729/9
removed [5] 2648/18 2660/6 2677/3
 2678/10 2729/11
render [1] 2644/7
rephrase [2] 2681/10 2701/1
replaced [2] 2654/4 2693/21
replacement [7] 2652/16 2691/21
 2692/12 2693/19 2699/14 2718/2
 2718/16
replacing [2] 2717/21 2719/12
report [54] 2606/20 2608/1 2611/18
 2611/19 2612/3 2612/6 2615/15
 2616/10 2616/25 2617/4 2618/6 2619/8
 2625/7 2625/16 2634/7 2638/3 2639/14
 2641/5 2642/11 2642/15 2651/18
 2651/19 2651/21 2672/20 2672/20
 2672/25 2679/3 2684/24 2685/3 2692/6
 2694/24 2696/18 2698/3 2698/11
 2700/7 2703/23 2704/15 2704/16
 2705/2 2706/4 2706/5 2709/22 2711/17
 2715/22 2720/21 2721/2 2722/5
 2722/21 2722/23 2723/13 2723/17
 2723/18 2724/11 2724/14
reported [2] 2668/13 2704/1
reporter [4] 2599/18 2723/5 2732/2
 2732/11
reporting [3] 2655/16 2670/17 2722/11
reports [7] 2610/15 2640/15 2642/18
 2669/16 2670/20 2703/24 2721/2
represent [4] 2635/24 2671/24 2704/7
 2705/2
representation [2] 2679/15 2700/8
representative [1] 2706/8
representatives [2] 2639/4 2652/1
representing [1] 2639/3
represents [1] 2704/9
reproduction [1] 2700/10
requested [3] 2667/21 2668/25 2678/3
require [5] 2648/5 2648/14 2663/12
 2663/15 2664/1 2711/5 2718/12 2719/1
 2719/15
required [10] 2657/7 2664/11 2664/14
 2670/18 2695/25 2704/6 2704/10
 2706/2 2709/9 2718/1
requirement [3] 2699/4 2705/22 2716/19
requirements [3] 2690/6 2699/17 2706/9
reserve [1] 2644/15
resolved [3] 2602/5 2603/18 2605/22
Resources [1] 2596/16
respect [6] 2611/14 2642/24 2643/9
 2643/11 2644/8 2661/8
respond [1] 2701/7
responsibility [2] 2618/2 2618/12
responsible [1] 2613/12
rest [2] 2603/15 2731/3
restate [1] 2623/10
restrict [1] 2630/16
result [2] 2720/15 2722/16
resulted [2] 2618/8 2619/10
results [4] 2640/6 2640/6 2651/14
 2705/8
retained [2] 2606/15 2716/2
retired [1] 2610/24
retrieved [1] 2633/4
returns [1] 2683/18
reverse [2] 2654/11 2654/23

reverse-wired [1] 2654/11
review [7] 2626/12 2626/25 2626/25
 2626/12 2651/13 2651/17 2667/15
reviewed [7] 2610/10 2633/1 2635/19
 2651/15 2669/11 2689/10 2715/25
reviews [1] 2720/19
revised [2] 2603/3 2728/25
revisions [2] 2603/6 2728/17
RICHARD [1] 2598/16
rig [36] 2594/4 2645/17 2648/7 2648/19
 2653/17 2657/19 2660/11 2661/21
 2664/20 2664/22 2665/3 2666/17
 2666/18 2666/20 2666/22 2668/14
 2668/17 2668/18 2669/18 2676/18
 2678/23 2679/18 2679/19 2680/5
 2680/13 2680/14 2680/17 2680/25
 2681/22 2682/20 2686/8 2686/10
 2687/23 2690/1 2691/2 2707/14
rig's [1] 2722/25
right [88] 2601/5 2604/16 2605/25
 2606/21 2608/18 2611/14 2611/23
 2612/8 2613/10 2613/24 2614/16
 2619/2 2620/5 2621/2 2623/20 2624/11
 2626/18 2627/9 2627/16 2628/15
 2630/24 2631/23 2631/25 2632/3
 2632/7 2633/9 2633/19 2633/21
 2633/22 2634/1 2634/23 2635/6
 2635/20 2636/8 2636/20 2638/22
 2643/2 2644/10 2644/17 2656/3
 2657/20 2659/20 2662/8 2662/10
 2662/10 2672/21 2673/6 2673/20
 2674/4 2675/2 2675/17 2675/24
 2676/11 2678/6 2678/21 2679/20
 2680/22 2681/21 2683/13 2683/15
 2685/17 2687/6 2687/13 2688/2
 2688/10 2696/13 2697/19 2698/14
 2700/1 2700/11 2700/18 2702/5
 2702/16 2703/24 2705/11 2706/11
 2706/19 2707/24 2711/24 2712/4
 2714/10 2723/11 2724/2 2724/22
 2725/22 2727/3 2727/9 2731/21
rigs [2] 2724/6 2724/12
rise [4] 2601/4 2636/24 2637/1 2725/15
riser [14] 2645/10 2659/11 2664/20
 2677/1 2678/24 2678/24 2679/16
 2679/17 2679/19 2680/5 2680/9
 2680/13 2680/23 2681/3
risk [3] 2615/16 2617/2 2617/7
RMR [4] 2599/18 2732/2 2732/10
 2732/10
ROBERT [2] 2595/3 2598/3
ROBERTS [2] 2598/9 2599/4
Robinson [2] 2673/1 2673/7
rock [1] 2616/3
rocket [2] 2640/21 2642/4
rockets [2] 2715/3 2715/4
role [3] 2612/24 2613/2 2709/24
roll [1] 2621/20
Ronnie [1] 2603/10
room [2] 2599/19 2712/14
rooms [1] 2725/3
rope [2] 2721/9 2721/19
ropes [1] 2622/1
roping [1] 2631/9
Rory [5] 2637/5 2637/8 2637/12
 2637/18 2642/20
Rouge [2] 2596/4 2597/13
routines [1] 2669/3
ROV [1] 2659/24
Roy [2] 2594/18 2594/19
rubber [9] 2646/13 2646/15 2646/16
 2647/6 2647/6 2658/12 2682/14
 2682/17 2684/11

ruled [2] 2605/24 2605/24
ruling [1] 2605/24
run [9] 2620/7 2628/9 2628/25 2634/6
 2634/13 2635/15 2653/10 2684/13
 2684/21
running [4] 2626/8 2635/13 2636/4
 2666/22
Rusnak [1] 2596/5
Russia [1] 2611/2

S
s/Jodi [1] 2732/10
S135 [1] 2704/19
Sabins [1] 2610/13
safe [1] 2691/5
safer [10] 2711/7 2717/22 2717/24
 2717/25 2718/3 2718/10 2718/17
 2718/20 2718/21 2719/13
safest [6] 2641/5 2641/7 2642/25
 2716/20 2716/23 2716/23
safety [22] 2674/13 2674/14 2674/19
 2688/24 2689/1 2689/2 2689/4 2689/19
 2689/21 2690/22 2692/4 2710/10
 2710/12 2710/13 2719/2 2719/12
 2720/1 2720/6 2720/21 2722/6 2722/20
 2722/24
safety-critical [10] 2674/13 2674/14
 2674/19 2689/1 2689/2 2689/4 2689/19
 2692/4 2710/10 2710/17
said [17] 2603/16 2604/15 2618/10
 2618/15 2631/24 2632/20 2658/16
 2659/21 2668/2 2681/7 2685/4 2687/9
 2700/12 2715/12 2718/15 2719/1
 2722/3
sake [1] 2727/12
sale [1] 2717/11
Sally [1] 2725/18
same [33] 2602/15 2605/6 2607/4
 2608/9 2608/10 2611/5 2629/2 2640/16
 2640/18 2641/23 2642/2 2646/19
 2647/1 2654/23 2654/24 2656/8 2657/3
 2657/4 2657/6 2663/16 2663/18 2669/9
 2670/7 2672/10 2681/2 2682/16 2693/3
 2693/18 2695/7 2711/6 2713/25 2722/9
 2724/3
San [3] 2595/17 2596/14 2673/4
sank [6] 2678/24 2679/19 2680/15
 2680/17 2680/25 2682/21
satisfied [1] 2649/16
save [1] 2686/9
saving [1] 2727/12
saw [6] 2652/11 2662/13 2683/8
 2713/22 2716/7 2717/18
say [19] 2602/12 2604/18 2607/21
 2616/10 2621/19 2626/22 2629/25
 2632/13 2632/16 2632/20 2632/20
 2639/7 2644/11 2646/22 2677/7
 2682/23 2687/1 2702/9 2707/2
saying [2] 2602/15 2642/1
says [8] 2636/3 2668/6 2674/22 2693/24
 2698/16 2699/22 2704/16 2716/22
SBR [6] 2707/9 2711/19 2724/1 2724/2
 2724/5 2724/9
SBR/DSR [1] 2724/2
scans [2] 2700/8 2700/16
scatter [1] 2709/8
schedule [1] 2652/16 2731/9
scheduled [1] 2610/23
schedules [1] 2731/8
schematic [1] 2633/15
scholarly [1] 2609/24
scientist [1] 2673/2
SCOFIELD [1] 2599/15

Case 2:10-md-02179-CJB-DPC Document 11125 Filed 04/24/13 Page 161 of 167

scope [3]  2684/24 2692/6 2694/24
SCOTT [2]  2596/17 2603/21 2607/23
scraped [1]  2628/19
screen [3]  2626/3 2626/4 2675/12
scrupulous [1]  2690/3
sea [2]  2689/18 2705/9
seal [18]  2644/9 2647/7 2647/13
 2647/22 2647/24 2658/13 2676/16
 2677/2 2678/5 2678/12 2684/16
 2684/21 2685/5 2686/10 2687/12
 2687/19 2702/21 2710/22
sealed [5]  2652/11 2662/7 2663/10
 2714/3 2714/14
sealing [2]  2676/15 2677/5 2681/6
 2681/13 2701/24
seals [2]  2646/17 2647/15
seated [2]  2601/5 2637/2
seawater [2]  2693/3 2706/16
second [15]  2607/2 2609/25 2618/9
 2626/8 2643/4 2643/25 2681/7 2681/13
 2681/18 2686/25 2704/8 2704/23
 2705/3 2705/19 2723/4
second-to-last [1]  2705/3
secondly [1]  2601/19
Secrest [1]  2599/2
section [5]  2594/5 2596/16 2597/3
 2633/9 2635/24
sections [1]  2635/19
see [36]  2617/1 2617/5 2617/22
 2617/24 2620/14 2626/25 2627/16
 2628/10 2640/15 2641/22 2644/1
 2645/1 2645/12 2645/16 2647/21
 2657/25 2661/22 2669/10 2676/19
 2677/20 2689/10 2691/2 2691/19
 2692/9 2692/13 2698/5 2701/22
 2714/18 2718/16 2720/8 2720/16
 2722/14 2723/4 2723/6 2725/13
 2731/21
seek [1]  2605/8
seems [1]  2602/15
seen [16]  2626/20 2654/17 2657/4
 2662/12 2670/5 2677/7 2677/9 2677/11
 2692/1 2696/11 2696/11 2696/19
 2698/16 2716/8 2730/23 2730/24
selection [2]  2611/8 2611/12
self [2]  2666/10 2698/21
self-evident [2]  2666/10 2698/21
SEM [2]  2692/17 2692/20
semi [1]  2614/8
semi-thickens [1]  2614/8
semiliquid [1]  2614/8
sends [1]  2688/5
sense [2]  2653/15 2689/25
sensible [1]  2717/4
sensing [1]  2690/1
sent [2]  2729/5 2730/25
sentence [1]  2667/17
separate [3]  2651/17 2656/5 2687/17
separated [1]  2630/20
separately [1]  2724/18
separates [2]  2659/11 2687/10
September [2]  2669/18 2693/13
September 8th [1]  2693/13
Sepulvado [5]  2603/12 2603/13 2605/18
 2605/20 2605/21
Sepulvado's [1]  2603/10
sequence [2]  2653/10 2692/17
serious [1]  2668/10
seriously [1]  2678/17
serve [1]  2627/4
served [1]  2623/4

serves [1]  2626/17
service [3]  2611/25 2617/25 2618/5
services [5]  2599/7 2599/12 2611/8
 2611/12 2661/7
SESSION [2]  2594/14 2601/1
set [7]  2608/3 2614/21 2614/21 2614/21
 2632/14 2656/25 2728/25
setting [1]  2614/6
setup [1]  2607/17
seven [2]  2637/25 2726/20
seven-month [1]  2637/25
seven-page [1]  2726/20
several [5]  2613/5 2629/25 2649/5
 2666/17 2683/18
severe [1]  2681/21
shall [2]  2636/4 2699/13
shaped [2]  2662/22 2663/4
SHARON [1]  2596/24
Shaw [1]  2595/12
she [1]  2604/9
shear [84]  2640/13 2643/22 2643/23
 2644/4 2646/6 2646/8 2647/12 2647/19
 2648/11 2648/14 2648/21 2649/22
 2649/25 2650/8 2650/9 2650/25 2652/5
 2652/9 2653/24 2654/18 2654/21
 2655/6 2656/16 2657/17 2657/23
 2658/2 2658/8 2658/10 2658/14
 2658/20 2658/23 2659/2 2659/5 2659/7
 2660/12 2660/15 2660/21 2662/6
 2662/11 2662/16 2662/20 2663/17
 2664/4 2664/6 2665/12 2665/19
 2673/25 2674/9 2680/14 2680/16
 2680/21 2680/24 2685/7 2685/18
 2687/12 2687/16 2688/6 2697/13
 2700/23 2701/18 2701/19 2702/1
 2702/21 2702/21 2703/18 2704/5
 2704/6 2704/10 2704/17 2706/3
 2706/20 2708/20 2709/14 2710/11
 2710/22 2712/24 2712/25 2713/15
 2713/20 2714/6 2720/25 2721/6
 2721/16 2724/10
sheared [3]  2644/4 2647/20 2662/16
shearing [12]  2664/6 2664/14 2665/13
 2701/24 2703/17 2703/19 2705/7
 2710/13 2721/5 2723/22 2723/24
 2723/25
sheet [4]  2642/11 2642/15 2667/4
 2696/18
shift [2]  2654/15 2660/5
shifts [1]  2687/16
shoe [63]  2607/6 2607/11 2607/18
 2607/25 2608/1 2608/2 2616/11
 2616/18 2616/19 2616/23 2616/24
 2617/11 2617/12 2617/14 2617/14
 2617/17 2617/21 2617/23 2618/7
 2619/9 2619/14 2620/4 2620/4 2620/6
 2620/12 2621/6 2621/16 2621/21
 2622/21 2622/23 2623/2 2623/6 2623/8
 2623/13 2623/14 2628/8 2628/24
 2629/7 2629/8 2629/15 2629/18
 2629/22 2630/17 2630/19 2630/20
 2630/21 2630/23 2631/3 2631/3 2631/8
 2631/11 2631/12 2631/16 2631/16
 2631/21 2632/14 2632/17 2633/18
 2633/20 2633/24 2634/14 2634/25
 2635/10
short [2]  2608/16 2623/21
shortly [2]  2603/16 2649/16
should [21]  2601/8 2617/16 2623/1
 2629/14 2629/22 2643/6 2649/21
 2649/23 2652/8 2652/17 2652/24
 2653/2 2659/16 2659/17 2668/8 2689/5
 2695/5 2699/5 2711/16 2719/7 2721/3

show [7]  2612/2 2615/3 2679/4 2694/4
 2694/7 2701/9 2711/23
showed [2]  2604/25 2713/15
showing [4]  2679/8 2698/4 2701/4
 2711/21
shows [6]  2638/17 2661/23 2679/3
 2680/24 2701/17 2713/5
shrinkage [1]  2614/19
Shushan [10]  2601/8 2602/6 2602/14
 2603/1 2604/8 2624/11 2624/16 2725/6
 2725/10 2725/18
shut [3]  2647/24 2675/18 2684/14
SHUTLER [1]  2596/24
shuttle [2]  2688/9 2688/13
side [12]  2607/4 2608/9 2621/1 2621/2
 2658/1 2658/8 2658/24 2660/10 2661/4
 2701/19 2701/25 2702/3
sigma [1]  2704/8
signals [2]  2645/17 2645/18
significance [1]  2667/9
significant [1]  2662/25
significantly [1]  2660/19
Simcox [3]  2599/18 2599/20 2732/2
 2732/10 2732/10
similar [3]  2640/8 2640/24 2654/22
simple [1]  2700/21
simply [2]  2655/1 2708/24
simulate [2]  2633/6 2660/1
Simulated [1]  2697/2
simulating [1]  2679/25
simultaneously [1]  2692/14
since [5]  2609/3 2609/7 2609/12
 2687/17 2716/12
SINCLAIR [1]  2597/9
single [8]  2662/21 2663/12 2663/13
 2681/13 2686/10 2706/8 2706/10
 2714/5
single-V [2]  2662/21 2663/13
single-V blade [1]  2714/5
single-V ram [1]  2706/10
single-V rams [1]  2706/8
sinks [3]  2680/5 2680/13 2681/22
sir [25]  2606/18 2609/5 2612/5 2613/10
 2616/24 2618/5 2619/3 2619/19
 2626/16 2628/17 2630/3 2630/22
 2631/5 2631/23 2632/1 2632/8 2632/19
 2632/23 2634/11 2635/8 2635/11
 2636/7 2636/14 2636/19 2720/22
sit [2]  2617/13 2626/23
site [1]  2651/18
sits [2]  2621/3 2621/5
situation [3]  2648/11 2675/19 2687/22
situations [1]  2665/17
six [3]  2637/25 2722/12 2726/10
six-page [1]  2726/10
size [4]  2663/16 2663/18 2665/14
 2704/6
sizes [1]  2647/5
skill [1]  2639/23
skills [2]  2639/25 2640/2
skip [1]  2627/22
slide [2]  2621/1 2621/2
Slidell [1]  2595/23
Slow [2]  2705/24 2705/24
slurry [30]  2612/25 2613/12 2613/12
 2613/16 2613/18 2614/18 2616/11
 2617/1 2617/1 2617/5 2617/6 2617/8
 2617/9 2617/10 2617/10 2617/12
 2617/14 2617/22 2617/23 2617/24
 2618/2 2618/13 2622/14 2622/16
 2622/18 2622/22 2623/16
 2630/13 2631/10
small [1]  2661/11

S

so [160]
so-called [2] 2663/3 2669/18
software [1] 2599/24
sold [1] 2677/23
solenoid [40] 2650/6 2650/7 2650/7
2654/2 2654/4 2654/7 2654/9 2654/17
2654/20 2654/23 2654/23 2654/25
2655/3 2655/5 2655/9 2655/13 2655/25
2656/15 2656/21 2657/7 2657/10
2666/9 2671/1 2688/3 2688/5 2688/9
2688/11 2688/14 2688/15 2697/2
2697/3 2697/8 2697/15 2697/20
2697/22 2698/4 2698/12 2698/15
2698/20 2698/22
Solenoid 103Y [2] 2654/7 2697/8
solenoids [8] 2650/5 2650/19 2654/8
2655/22 2656/24 2673/10 2696/14
2716/16
solid [1] 2616/13
solution [1] 2690/2
some [39] 2601/11 2610/10 2613/24
2617/20 2621/7 2621/18 2625/16
2631/1 2640/7 2641/6 2651/15 2651/15
2653/16 2654/22 2655/15 2657/6
2661/3 2661/7 2661/8 2664/5 2668/4
2673/10 2678/4 2678/21 2678/22
2683/22 2684/11 2689/25 2698/19
2702/12 2707/19 2712/9 2715/3 2715/5
2715/13 2716/7 2717/25 2720/24
2730/9
somebody [3] 2604/10 2708/7 2713/2
somehow [2] 2651/3 2655/9
someone [2] 2676/21 2691/11
something [18] 2602/18 2607/8 2607/22
2608/23 2613/5 2614/22 2616/5 2622/8
2624/11 2635/13 2644/11 2654/6
2682/9 2700/10 2716/20 2722/19
2723/4 2728/21
sometime [1] 2731/7
sometimes [3] 2665/24 2669/4 2669/5
somewhat [1] 2706/9
somewhere [2] 2635/5 2708/7
sophisticated [1] 2639/22
sorry [14] 2603/13 2604/5 2627/24
2628/15 2667/17 2680/9 2691/8
2691/15 2713/24 2714/9 2714/12
2715/9 2717/16 2717/17
sort [2] 2687/19 2702/12
space [1] 2646/21
spares [1] 2699/13
speak [1] 2680/3
speaking [1] 2708/9
spearheading [1] 2726/3
specialist [1] 2612/22
specially [1] 2659/23
specific [3] 2601/24 2604/25 2679/14
specifically [3] 2679/10 2684/2 2709/23
specify [1] 2649/7
spelling [2] 2606/9 2637/11
spend [1] 2660/18
spent [7] 2606/25 2613/5 2638/7 2638/9
2638/11 2638/23 2639/17
SPILL [1] 2594/4
SPIRO [1] 2597/4
splashed [3] 2683/13 2683/19 2688/20
spot [1] 2627/4
square [3] 2702/18 2708/13 2708/18
stability [1] 2621/22
stack [7] 2645/9 2645/15 2646/3
2648/18 2675/15 2687/17 2708/17
stacks [1] 2724/6

stage [1] 2614/19
stages [1] 2666/6
staging [1] 2628/22
stand [1] 2693/14
standard [2] 2723/19 2724/15
standpoint [1] 2644/23
stands [2] 2721/5 2721/5
start [3] 2607/14 2672/19 2712/9
started [4] 2666/18 2682/11 2682/12
2725/22
starting [2] 2668/12 2683/1
starts [1] 2687/14
state [7] 2597/7 2597/11 2597/15
2606/8 2615/6 2637/10 2723/13
stated [3] 2623/10 2709/23 2716/11
statement [1] 2616/15
statements [1] 2669/10
STATES [16] 2594/1 2594/10 2594/15
2596/11 2596/15 2596/21 2597/2
2603/22 2607/24 2623/24 2627/9
2637/5 2637/7 2638/2 2639/3 2732/3
station [2] 2597/5 2648/20
steel [1] 2682/18
stenography [1] 2599/24
step [3] 2718/10 2718/18 2719/13
Stephanie [4] 2604/24 2625/11 2726/7
2726/9
STEPHEN [1] 2594/23
steps [5] 2615/15 2615/18 2616/10
2617/16 2617/19
Sterbcow [2] 2595/5 2595/6
STERNBERG [1] 2599/12
STEVEN [2] 2596/17 2598/9
stick [2] 2628/20 2725/12
still [12] 2608/22 2609/7 2609/12 2655/9
2662/18 2669/3 2670/6 2670/18 2678/5
2682/21 2724/11 2724/13
Stone [1] 2598/22
stop [6] 2626/23 2676/25 2686/9 2687/2
2687/25 2690/9
stopped [1] 2683/4
story [1] 2631/13
straight [5] 2647/18 2661/17 2662/22
2670/8 2672/6
straightforward [1] 2711/20
STRANGE [1] 2597/8
Street [19] 2594/20 2595/3 2595/6
2595/10 2595/13 2595/22 2596/3
2596/9 2597/12 2597/16 2597/19
2598/6 2598/10 2598/17 2598/23
2599/5 2599/9 2599/12 2599/16
strength [3] 2704/7 2706/21 2706/24
strengths [1] 2632/10
Stress [1] 2661/6
strictly [1] 2725/7
strike [2] 2632/15 2643/10
string [2] 2635/16 2704/18
strip [1] 2684/8
stripped [1] 2683/25
stripping [3] 2678/4 2684/3 2684/7
strong [2] 2658/24 2712/17
strongly [1] 2647/10
structural [2] 2639/24 2642/4
structure [1] 2675/10
structures [1] 2641/24
stuck [1] 2658/8
studied [1] 2683/21
studying [1] 2660/18
stuff [1] 2683/21
stuns [1] 2712/14
Subcommittee [1] 2609/16
Subcommittee 10 [1] 2609/16
subject [8] 2612/8 2673/16 2685/10

2700/4 2702/5 2703/24 2724/19
2724/25
subjects [3] 2639/22 2640/24 2700/4
submit [2] 2638/3 2639/14
submitted [2] 2728/18 2728/25
subsea [6] 2650/17 2653/25 2689/6
2689/17 2692/24 2724/6
subsequent [1] 2683/3
subsequently [1] 2651/6
substandard [2] 2670/19
substantial [1] 2710/22
substantially [4] 2705/10 2707/11
2709/17 2711/7
subtract [1] 2728/24
succeed [1] 2710/24
such [9] 2622/14 2623/1 2630/11
2634/20 2643/8 2645/20 2668/25
2673/23 2711/19
suddenly [1] 2648/18
sufficient [7] 2626/15 2651/7 2666/16
2670/21 2710/21 2713/16 2713/21
sufficiently [2] 2652/7 2691/5
suggest [1] 2608/16
suggested [1] 2723/7
suggesting [7] 2630/10 2630/11 2631/1
2631/5 2631/7 2631/8 2723/19
suit [1] 2712/17
suitably [1] 2670/1
Suite [14] 2594/20 2595/6 2595/10
2595/16 2595/19 2597/19 2598/6
2598/10 2598/17 2598/20 2599/5
2599/9 2599/12 2599/16
SULLIVAN [1] 2596/23
summarize [1] 2671/17
summarizes [1] 2657/12
summary [5] 2637/17 2727/6 2727/8
2727/16 2727/17
Super [1] 2630/12
Super CBL [1] 2630/12
supervision [2] 2611/8 2611/12
supplied [3] 2633/5 2664/19 2694/10
support [5] 2654/20 2660/17 2696/2
2700/22 2701/14
supported [1] 2637/24
supporting [1] 2697/18
supposed [5] 2622/5 2623/7 2656/25
2674/3 2681/7
sure [25] 2628/6 2628/10 2632/19
2637/18 2638/14 2639/5 2645/8
2653/10 2674/20 2676/7 2680/1 2683/7
2683/23 2689/9 2690/24 2691/19
2693/12 2698/7 2704/21 2708/9 2710/7
2716/14 2729/11 2730/2 2730/11
surface [8] 2628/18 2653/6 2653/10
2677/13 2688/20 2691/1 2702/12
2705/9
surge [2] 2626/13 2634/21
surrounding [1] 2693/3
sustain [5] 2685/8 2692/8 2695/8 2708/4
2710/4
Sutherland [1] 2598/8
swapping [7] 2619/17 2619/25 2621/12
2621/14 2621/15 2621/23 2625/12
swaps [1] 2622/1
switch [2] 2671/14 2685/9
sworn [2] 2606/6 2637/8
system [73] 2617/9 2617/10 2622/18
2628/12 2628/22 2638/25 2640/1
2640/8 2642/4 2645/7 2648/5 2648/25
2652/15 2652/25 2653/16 2653/19
2664/12 2664/13 2664/15 2664/18
2664/18 2664/25 2665/10 2674/1
2685/16 2685/20 2685/20 2685/24

**S**

system... [45]  2686/17 2686/18 2687/2
2687/18 2688/3 2689/8 2689/22
2690/20 2690/22 2690/23 2691/5
2691/25 2692/4 2692/22 2695/5
2695/10 2695/13 2695/13 2695/14
2707/13 2707/17 2707/22 2708/14
2710/11 2710/12 2710/13 2710/17
2711/7 2716/12 2717/9 2717/10
2717/13 2717/21 2717/21 2718/3
2718/9 2718/10 2718/17 2718/17
2718/21 2718/21 2719/12 2719/13
2720/2 2720/14
systems [1]  2629/4 2629/14 2639/24
2641/24 2645/14 2685/13 2687/24

**T**

tail [10]  2621/5 2621/8 2621/9 2621/10
2621/20 2621/23 2621/24 2622/1
2622/18 2623/16
take [16]  2602/6 2605/12 2619/20
2621/14 2622/20 2636/23 2652/25
2663/25 2674/20 2676/7 2690/2
2690/21 2703/22 2704/17 2704/17
2730/1
taken [7]  2615/16 2615/18 2616/10
2617/16 2617/19 2676/5 2701/15
takes [3]  2620/1 2648/17 2663/17
taking [1]  2682/22
Talas [1]  2673/13
Talas Engineering [1]  2673/13
talk [16]  2606/20 2606/23 2607/16
2607/17 2613/24 2615/2 2631/20
2633/9 2633/18 2646/7 2653/22
2657/14 2675/7 2728/2 2730/8 2730/13
talked [4]  2607/18 2685/13 2692/6
2723/3
talking [29]  2604/17 2607/1 2618/4
2624/9 2630/1 2630/4 2630/9 2630/15
2630/16 2630/19 2633/17 2633/23
2646/19 2657/18 2662/8 2662/18
2666/1 2682/10 2682/24 2683/1
2685/24 2687/22 2710/14 2713/10
2713/11 2714/4 2719/22 2724/2 2724/3
TANNER [1]  2599/15
task [1]  2670/21
tasks [4]  2667/12 2669/4 2669/4 2669/7
taught [1]  2611/2
teach [4]  2610/17 2610/23 2611/1
2634/5
teacher [1]  2611/1
team [2]  2623/12 2714/18
technical [4]  2609/21 2639/1 2641/6
2724/18
techniques [1]  2639/25
technologies [1]  2643/15
technology [2]  2642/25 2716/20
tell [23]  2604/9 2604/10 2606/12
2608/20 2609/2 2614/3 2620/17 2631/6
2652/23 2657/5 2672/23 2680/1
2680/11 2680/13 2682/10 2689/13
2694/6 2697/7 2699/10 2704/3 2707/13
2708/19 2708/21
telling [1]  2629/11
tells [1]  2650/7
temporary [1]  2612/14
tendency [1]  2669/3
tender [3]  2611/10 2611/21 2612/6
tension [3]  2661/19 2661/22 2661/25
term [2]  2619/17 2621/15 2628/14
2682/5 2682/7 2704/8 2704/8
terms [8]  2624/21 2686/9 2687/2 2697/8

test [16]  2608/4 2609/20 2640/6
2646/11 2651/13 2674/8 2674/9
2676/12 2676/22 2676/24 2677/2
2684/12 2684/22 2689/22 2697/2
2700/18
tested [2]  2688/20 2689/5
testified [3]  2606/7 2637/9 2699/16
testify [4]  2607/9 2607/25 2608/15
2644/18
testifying [2]  2608/9 2624/21
testimony [9]  2607/7 2607/10 2608/11
2608/14 2629/14 2629/21 2644/22
2672/9 2686/1
testing [15]  2605/2 2607/18 2609/19
2611/8 2611/11 2613/13 2633/1
2638/24 2651/24 2652/3 2653/2 2653/2
2655/11 2655/21 2705/7
tests [11]  2633/2 2633/6 2633/8
2651/16 2654/19 2654/22 2655/15
2655/16 2655/25 2657/1 2657/2
Texas [8]  2595/17 2596/7 2598/10
2598/21 2599/5 2599/10 2599/13
2599/17
than [11]  2621/16 2632/2 2658/17
2660/15 2679/10 2691/22 2700/19
2705/10 2707/10 2711/16 2728/7
thank [32]  2603/8 2609/6 2623/20
2627/8 2634/12 2636/15 2636/21
2645/2 2645/3 2645/4 2660/7 2672/1
2672/13 2672/14 2675/13 2690/16
2691/6 2691/17 2708/11 2710/5
2711/23 2712/13 2715/11 2724/24
2726/2 2727/22 2728/19 2728/20
2729/24 2729/25 2731/16 2731/21
that [764]
that's [113]  2602/11 2602/24 2607/19
2611/23 2614/14 2615/23 2618/25
2620/7 2620/13 2621/6 2621/16
2621/17 2621/21 2621/22 2622/23
2623/18 2623/21 2624/7 2624/18
2624/25 2625/19 2625/22 2626/19
2626/22 2626/24 2627/6 2628/13
2629/11 2629/20 2630/25 2631/8
2631/11 2631/15 2632/7 2632/8
2632/12 2632/20 2634/16 2634/20
2634/24 2635/6 2635/14 2636/10
2636/11 2638/19 2639/18 2640/5
2641/9 2642/15 2648/25 2652/20
2654/17 2659/9 2659/13 2659/15
2659/18 2659/20 2660/8 2662/8
2662/10 2662/10 2663/14 2663/18
2665/9 2666/10 2666/13 2670/10
2673/7 2674/18 2675/17 2675/24
2677/11 2677/21 2678/11 2678/16
2679/13 2680/7 2680/22 2681/6
2685/18 2685/22 2686/12 2687/7
2688/9 2693/3 2693/4 2693/24 2696/13
2698/20 2700/14 2702/24 2703/25
2706/21 2707/24 2712/11 2714/10
2714/20 2716/23 2718/15 2718/20
2719/7 2720/17 2721/7 2721/13 2723/2
2723/5 2724/2 2724/17 2725/7 2726/4
2727/13 2728/16 2729/24
their [15]  2605/19 2610/15 2622/7
2628/21 2633/7 2635/17 2635/17
2636/22 2637/3 2639/9 2691/21
2711/18 2713/8 2714/18 2719/25
theirs [1]  2605/14
them [15]  2604/1 2604/23 2604/24
2625/12 2649/6 2656/25 2696/4
2700/18 2708/21 2710/24 2715/1

then [58]  2601/19 2605/12 2614/20
2614/21 2616/4 2616/18 2616/20
2617/10 2620/1 2622/1 2622/19 2623/4
2623/11 2625/25 2629/17 2631/16
2632/5 2640/7 2644/13 2646/5 2646/10
2646/15 2646/16 2647/20 2647/23
2648/9 2649/12 2650/6 2651/5 2652/21
2653/9 2653/18 2654/5 2656/5 2658/7
2660/10 2662/4 2663/7 2666/19 2667/6
2667/18 2671/22 2671/24 2673/8
2673/12 2678/23 2683/7 2687/11
2688/6 2690/15 2704/7 2705/22 2722/9
2726/15 2727/16 2729/13 2729/18
2729/21
theory [9]  2651/3 2651/12 2651/14
2655/18 2660/17 2660/24 2660/25
2671/24 2697/21
there [112]  2602/23 2603/14 2605/20
2608/14 2609/9 2612/9 2615/15
2615/18 2616/2 2616/3 2616/10
2617/24 2620/5 2621/14 2621/18
2621/23 2623/4 2624/12 2624/16
2627/3 2627/4 2628/12 2628/18 2630/1
2632/6 2633/5 2633/19 2633/20
2633/24 2635/5 2638/11 2643/15
2643/22 2646/9 2651/10 2651/15
2651/18 2651/19 2652/2 2652/13
2652/15 2653/2 2653/7 2653/11
2653/13 2654/6 2655/15 2656/10
2658/19 2658/22 2660/1 2660/19
2660/25 2661/2 2663/1 2663/11
2665/17 2665/23 2666/8 2666/10
2666/17 2666/19 2667/10 2667/11
2667/17 2667/18 2668/4 2668/10
2669/2 2670/6 2670/10 2671/2 2674/15
2674/15 2678/19 2678/23 2680/16
2681/15 2681/15 2682/10 2682/13
2682/14 2683/6 2683/7 2683/7 2683/11
2686/7 2689/20 2692/23 2695/10
2695/13 2698/16 2702/3 2707/19
2709/8 2711/16 2711/19 2716/7
2719/24 2721/2 2722/6 2722/23
2723/20 2726/14 2726/18 2727/13
2727/17 2729/8 2729/8 2729/23 2730/6
2731/5
there's [27]  2601/13 2601/14 2605/16
2607/10 2609/24 2611/13 2614/8
2615/24 2616/2 2616/2 2616/20
2620/11 2621/17 2622/2 2634/23
2647/6 2660/17 2663/3 2676/9 2679/10
2680/8 2680/17 2680/23 2681/2 2703/1
2723/18 2728/24
thereafter [1]  2649/16
therefore [2]  2652/24 2718/21
these [41]  2602/13 2603/5 2603/17
2605/7 2605/10 2615/24 2629/2
2630/13 2633/1 2640/15 2642/3
2642/17 2645/14 2647/6 2647/18
2647/15 2647/23 2656/13 2663/4
2665/4 2666/20 2666/21 2669/10
2670/8 2671/3 2671/5 2671/25 2675/18
2680/18 2693/11 2693/25 2698/11
2700/8 2700/17 2703/25 2704/2
2704/13 2722/11 2722/17 2722/25
2724/14
they [82]  2603/16 2603/16 2608/13
2610/24 2610/25 2613/24 2615/10
2615/24 2619/22 2622/5 2626/22
2630/14 2631/15 2635/4 2642/19
2645/18 2647/4 2647/19 2649/17
2652/18 2654/2 2654/4 2654/4 2654/6

they... [58]  2654/24 2655/23 2655/23
2656/7 2656/8 2656/24 2658/17
2661/12 2661/12 2663/15 2663/22
2663/23 2665/22 2666/11 2668/13
2668/25 2670/4 2670/5 2670/6 2670/7
2671/5 2672/25 2676/4 2676/19
2677/13 2677/14 2677/16 2678/4
2678/23 2679/9 2684/20 2688/20
2689/14 2691/24 2692/23 2694/2
2696/3 2696/5 2696/21 2697/12 2699/5
2703/10 2704/1 2708/21 2708/21
2708/22 2709/20 2710/24 2711/2
2713/18 2719/24 2723/12 2724/1
2727/24 2729/10 2730/4 2730/23
2731/14
they'd [1]  2677/3
they'll [1]  2675/7
they're [14]  2601/14 2615/10 2623/12
2626/23 2627/23 2653/20 2670/3
2670/10 2702/11 2708/8 2708/19
2721/11 2729/17 2730/20
they've [2]  2601/12 2729/6
thickens [1]  2614/8
thing [16]  2602/15 2608/10 2641/18
2652/20 2652/21 2653/5 2653/7 2653/9
2653/15 2653/18 2666/17 2682/16
2693/2 2720/17 2728/12 2731/7
things [27]  2617/1 2617/5 2640/8
2641/22 2641/22 2642/3 2643/12
2645/19 2652/15 2656/13 2657/19
2664/23 2666/14 2668/4 2670/8
2673/25 2674/2 2675/16 2676/19
2677/2 2682/3 2682/11 2683/22
2710/24 2715/19 2717/4 2728/24
think [47]  2601/13 2605/12 2605/13
2607/21 2608/7 2614/11 2618/18
2619/1 2625/14 2626/1 2631/19
2632/23 2641/18 2644/10 2644/18
2644/20 2645/8 2645/23 2647/3
2671/25 2672/6 2684/23 2684/25
2691/24 2692/5 2697/17 2700/25
2701/8 2701/16 2703/6 2710/6 2714/24
2716/11 2716/14 2718/12 2719/7
2719/15 2722/1 2725/23 2725/25
2727/1 2728/11 2729/6 2729/7 2729/14
2730/22 2731/4
thinking [1]  2601/7
third [3]  2597/12 2626/8 2725/5
this [256]
Thornhill [2]  2595/21 2595/22
those [61]  2601/9 2601/15 2601/18
2604/13 2604/20 2618/2 2618/13
2621/18 2622/6 2623/3 2628/14
2628/19 2631/2 2631/9 2633/8 2633/24
2637/24 2639/9 2640/8 2640/14
2640/16 2640/20 2641/8 2643/12
2644/7 2644/12 2644/14 2645/18
2646/5 2650/2 2652/17 2653/6 2654/10
2655/16 2656/6 2657/2 2657/6 2657/8
2658/18 2666/14 2667/25 2676/4
2683/22 2690/24 2691/3 2691/4 2699/6
2707/18 2716/9 2719/20 2719/20
2719/23 2721/8 2725/9 2725/11
2728/17 2729/10 2729/12 2729/16
2729/25 2730/4
though [2]  2667/12 2669/3
thought [10]  2661/2 2661/12 2704/16
2706/17 2706/18 2710/7 2715/12
2716/15 2728/10 2730/24
three [9]  2630/23 2631/2 2638/23
2639/16 2669/9 2670/6 2671/3 2672/19

2689/23
throughcall [3]  2594/5 2594/10
2609/16 2614/19 2615/6 2615/19
2615/19 2616/18 2616/22 2618/7
2618/8 2619/9 2621/20 2629/2 2631/2
2631/16 2631/17 2631/17 2633/5
2634/14 2634/14 2634/18 2634/25
2636/4 2639/7 2644/14 2645/11
2647/25 2647/25 2661/5 2664/9
2665/15 2675/22 2677/15 2678/20
2678/23 2679/14 2681/14 2681/18
2682/16 2683/25 2684/3 2684/4 2684/8
2688/10 2695/4 2703/22 2708/2
2711/20 2718/5 2718/23 2719/10
throughout [2]  2672/9 2675/21 2730/19
tight [1]  2731/9
time [98]  2602/12 2608/3 2608/12
2609/10 2610/3 2611/10 2611/21
2612/7 2614/8 2615/5 2615/17 2616/1
2624/3 2637/6 2638/3 2638/7 2638/10
2638/12 2639/12 2644/16 2649/7
2649/10 2649/11 2649/12 2649/13
2649/14 2649/16 2650/1 2650/21
2651/5 2652/5 2653/24 2656/8 2657/3
2657/4 2657/13 2657/22 2658/15
2658/17 2658/19 2658/22 2658/25
2659/5 2659/7 2659/9 2659/9 2660/10
2660/15 2660/18 2660/18 2660/25
2661/20 2661/25 2662/4 2662/8 2662/9
2662/11 2662/14 2662/17 2663/10
2664/9 2665/25 2673/4 2674/20 2677/8
2677/10 2677/22 2678/21 2678/22
2679/20 2680/1 2680/13 2680/17
2681/4 2681/18 2682/14 2682/20
2682/24 2683/7 2687/21 2693/21
2697/7 2700/22 2701/20 2704/18
2707/11 2709/8 2709/10 2710/16
2710/16 2710/23 2710/25 2710/25
2711/8 2714/4 2716/8 2722/5 2723/14
time's [1]  2625/14
times [9]  2629/25 2641/25 2649/7
2658/19 2685/6 2690/24 2707/19
2709/10 2725/7
tiny [1]  2633/23
today [8]  2601/8 2602/6 2629/14
2629/21 2633/4 2643/13 2724/21
2725/23
today's [2]  2603/23 2730/5
together [6]  2619/2 2623/11 2647/19
2654/10 2672/12 2726/5
Tolles [1]  2598/12
TOM [1]  2595/22
tomorrow [3]  2730/8 2731/7 2731/22
tonight [1]  2609/8
too [9]  2648/19 2664/14 2668/23 2669/1
2670/4 2670/19 2687/5 2701/25
2702/20
took [3]  2636/25 2654/4 2660/9
tools [3]  2639/25 2640/8 2640/24
top [11]  2621/4 2621/5 2626/18 2626/21
2627/5 2628/9 2628/25 2640/19
2652/11 2662/7 2679/13
topic [1]  2608/14
topics [1]  2712/9
Torts [2]  2596/12 2596/22
total [2]  2614/15 2638/23
totally [1]  2658/17
touch [1]  2628/15
track [51]  2605/23 2607/6 2607/12
2607/18 2607/25 2608/1 2608/3
2616/21 2616/19 2616/19 2616/23
2616/24 2617/11 2617/12 2617/14
2617/14 2617/17 2617/21 2617/23

2618/7 2619/9 2619/14 2621/6 2621/16
2621/21 2622/6 2623/1 2623/2
2623/6 2623/9 2623/13 2623/14 2628/8
2628/24 2629/7 2629/8 2629/15
2629/18 2629/22 2630/19 2630/20
2631/4 2631/8 2631/11 2631/12
2631/16 2631/21 2632/14 2632/17
2633/18 2690/20
tracking [1]  2668/3
trail [1]  2667/22
train [1]  2621/3
transcript [2]  2594/14 2732/5
transcription [1]  2599/24
transition [6]  2614/17 2615/19 2615/20
2616/1 2617/2 2617/7
transitioned [1]  2616/12
transitioning [8]  2608/12 2614/23 2615/2
2615/12 2615/17 2616/7 2616/19
2619/11
transmission [4]  2614/5 2615/6 2677/9
2679/21
transmitted [1]  2614/6
Transocean [43]  2598/5 2598/6 2598/7
2598/8 2598/9 2598/10 2598/12
2598/12 2598/13 2598/16 2598/16
2598/17 2598/19 2598/20 2598/21
2604/21 2644/10 2651/16 2651/23
2652/1 2655/16 2655/20 2659/6
2669/25 2674/16 2689/11 2689/13
2691/11 2691/24 2692/3 2695/10
2695/19 2696/3 2696/8 2696/12
2697/18 2708/19 2709/18 2712/4
2712/7 2728/23 2730/22 2730/24
Transocean's [5]  2601/16 2603/5 2651/1
2655/7 2657/7
trapped [2]  2678/23 2701/19
TREX [28]  2609/25 2610/5 2611/18
2611/22 2612/2 2614/2 2614/24
2619/21 2635/21 2642/6 2642/12
2666/25 2667/2 2668/15 2669/14
2691/16 2692/14 2693/7 2695/17
2696/9 2699/8 2705/20 2711/17 2720/4
2720/11 2722/8 2729/15 2729/21
TREX-001.025 [1]  2619/21
TREX-0093 [1]  2699/8
TREX-07661 [2]  2642/12 2711/17
TREX-1-56 [1]  2729/15
TREX-22573 [2]  2611/18 2611/22
TREX-22737 [1]  2642/6
TREX-22761 [1]  2612/2
TREX-22761.002 [1]  2614/2
TREX-22761.003 [1]  2614/24
TREX-31026 [2]  2609/25 2610/5
TREX-3400 [2]  2666/25 2667/2
TREX-3405 [1]  2669/14
TREX-3605 [2]  2692/14 2693/7
TREX-3626.18 [1]  2720/4
TREX-3626.38 [1]  2720/11
TREX-4277 [2]  2695/17 2696/9
TREX-5155 [1]  2691/16
TREX-6166 [1]  2668/15
TREX-620-1 [1]  2729/21
TREX-7660 [1]  2705/20
TREX-7661-A [1]  2722/8
TREX-93 [1]  2635/21
trial [5]  2594/14 2602/22 2701/6
2727/19 2727/19
trigger [1]  2688/11
triggered [1]  2688/2
triggering [3]  2688/8 2688/8 2688/9
triggers [1]  2693/4
trip [3]  2636/8 2636/9 2636/20
tripped [3]  2636/4 2648/21 2687/11

**T**

TRITON [1]  2594/8
trivial [1]  2664/2
trouble [2]  2618/18 2723/5
true [14]  2632/8 2632/13 2632/16
 2662/5 2678/13 2693/23 2714/17
 2716/10 2717/14 2721/7 2723/1 2723/2
 2724/13 2732/4
trusted [1]  2691/23
try [10]  2601/8 2608/22 2625/12 2682/2
 2686/14 2687/19 2687/25 2708/9
 2710/24 2731/6
trying [10]  2630/16 2661/8 2672/5
 2675/22 2686/9 2688/10 2708/2 2710/7
 2731/2 2731/10
tubes [1]  2640/20
Tuesday [2]  2603/23 2604/3
turbomachinery [1]  2715/5
turn [11]  2646/16 2673/16 2675/2
 2677/19 2696/14 2701/23 2702/5
 2704/15 2704/22 2704/24 2727/24
turned [2]  2624/4 2676/13
turns [6]  2661/6 2662/20 2662/23
 2663/5 2664/5 2706/7
TWG [4]  2639/2 2652/1 2655/12
 2655/23
Twig [1]  2639/2
two [42]  2601/15 2602/23 2608/8
 2619/11 2629/2 2638/10 2638/10
 2642/17 2646/10 2647/4 2649/13
 2649/24 2650/2 2652/19 2654/10
 2654/10 2654/12 2656/2 2656/10
 2657/2 2657/3 2657/18 2658/16 2663/1
 2663/4 2666/14 2667/25 2678/20
 2680/8 2680/23 2681/2 2682/20 2688/1
 2703/1 2703/3 2720/10 2725/2 2726/6
 2727/6 2731/4 2731/12 2731/14
type [14]  2617/20 2631/1 2635/12
 2654/25 2691/22 2706/5 2706/24
 2706/25 2708/24 2709/13 2715/23
 2722/25 2723/23 2726/22
types [7]  2618/2 2618/13 2622/6 2630/9
 2640/2 2640/10 2640/16
typically [2]  2640/16 2715/19

**U**

U.S [6]  2596/11 2596/15 2596/21
 2597/2 2605/13 2671/22
ultimately [2]  2639/13 2685/6
unable [3]  2650/9 2653/23 2710/22
unclear [1]  2714/10
Unconverted [2]  2634/11 2634/12
under [7]  2641/20 2644/4 2645/16
 2653/20 2664/23 2665/19 2710/12
UNDERHILL [1]  2596/12
underlying [6]  2660/24 2693/10 2701/5
 2713/8 2727/17 2728/8
understand [16]  2603/22 2613/8 2618/9
 2628/11 2629/20 2630/10 2631/19
 2632/19 2644/24 2656/2 2684/15
 2693/15 2716/19 2721/18 2726/13
 2726/23
understanding [12]  2608/20 2625/7
 2626/20 2633/17 2639/10 2665/20
 2671/17 2686/1 2695/3 2721/15 2724/9
 2732/6
understood [2]  2624/7 2717/3
undertaken [1]  2667/20
undisputed [1]  2675/23
unfair [1]  2707/3
unfortunate [2]  2656/8 2662/19
unfortunately [4]  2651/19 2675/1

2707/16 2724/13
unit [2]  2681/4 2693/25
UNITED [16]  2594/1 2594/10 2594/15
 2596/11 2596/15 2596/21 2597/2
 2603/22 2607/24 2623/24 2627/9
 2637/5 2637/6 2638/2 2639/3 2732/3
units [1]  2645/15
University [1]  2637/19
unless [2]  2625/23 2681/16
unsatisfactory [1]  2667/20
until [1]  2680/20
up [75]  2602/22 2604/11 2604/14
 2605/25 2616/17 2616/18 2624/8
 2625/14 2625/24 2628/23 2631/3
 2631/16 2631/16 2631/17 2632/9
 2633/13 2633/15 2634/13 2634/15
 2634/25 2635/21 2641/25 2647/9
 2647/10 2652/20 2653/25 2658/10
 2660/11 2665/8 2666/19 2667/10
 2669/18 2674/21 2675/3 2675/4
 2675/12 2676/25 2678/5 2678/20
 2678/22 2678/24 2679/17 2680/20
 2681/4 2681/8 2681/18 2684/20
 2685/11 2691/7 2691/8 2694/11
 2694/20 2695/4 2696/22 2697/12
 2697/25 2698/5 2699/7 2700/1 2703/13
 2705/3 2706/25 2707/8 2707/9 2708/22
 2712/4 2719/7 2719/9 2720/4 2720/10
 2722/8 2723/7 2725/7 2726/2 2730/10
upon [5]  2622/17 2674/22 2678/12
 2689/23 2726/19
upper [20]  2645/9 2646/5 2678/14
 2680/9 2680/20 2681/3 2681/6 2681/18
 2681/19 2681/22 2682/5 2682/12
 2683/24 2684/3 2684/7 2684/13
 2684/16 2684/20 2685/5 2685/17
upside [1]  2676/15
upward [4]  2646/15 2661/1 2661/3
 2661/11
us [16]  2603/16 2605/19 2606/12
 2609/2 2615/3 2631/6 2637/16 2645/6
 2668/22 2669/22 2670/15 2715/13
 2725/20 2726/9 2728/14 2730/22
use [44]  2602/17 2614/4 2639/25
 2640/2 2640/9 2640/24 2641/5 2651/21
 2652/18 2653/17 2653/21 2662/21
 2663/1 2663/4 2663/8 2663/17 2663/20
 2663/23 2664/13 2665/6 2665/21
 2691/1 2691/22 2699/16 2703/5
 2703/10 2704/11 2705/13 2705/14
 2706/6 2706/24 2707/6 2710/14
 2716/21 2716/25 2717/10 2717/18
 2721/11 2722/22 2722/25 2723/13
 2723/19 2723/23 2729/9
used [33]  2601/11 2604/22 2607/19
 2610/1 2612/14 2612/15 2614/23
 2617/8 2620/22 2625/20 2634/20
 2640/11 2649/2 2652/20 2653/19
 2654/25 2665/1 2665/14 2665/24
 2682/5 2682/6 2684/14 2695/14
 2698/17 2699/13 2703/9 2704/13
 2705/17 2721/16 2721/25 2724/6
 2724/11 2729/10
useful [1]  2677/5
uses [2]  2688/4 2688/15
using [9]  2599/24 2619/24 2640/8
 2647/14 2663/19 2672/8 2711/14
 2713/1 2714/5
usually [2]  2608/8 2640/9

**V**

V-shaped [2]  2662/22 2663/4
value [1]  2705/6

valve [19]  2626/10 2648/20 2654/14
 2654/14 2677/4 2687/8 2687/9 2687/5
 2687/11 2687/15 2687/16 2688/5
 2688/9 2688/12 2688/13 2697/3 2697/4
 2697/4 2697/15 2697/21
Valve 103 [1]  2697/21
valves [2]  2634/9 2675/18
variable [7]  2646/10 2647/2 2647/9
 2661/14 2661/16 2661/19 2676/12
varied [1]  2639/21
varies [1]  2702/14
various [4]  2674/3 2679/8 2685/5
 2725/7
VBR [1]  2662/5
velocity [1]  2682/13
vendor [2]  2694/11 2695/4
verbatim [2]  2703/17 2727/14
verification [2]  2669/24 2713/18
verified [1]  2697/15
versus [2]  2615/4 2663/12
vertically [1]  2702/15
very [36]  2603/22 2607/3 2607/5 2607/12
 2608/11 2608/16 2608/16 2625/25
 2630/17 2633/25 2640/5 2642/22
 2644/17 2650/15 2651/19 2652/22
 2652/22 2656/8 2656/8 2656/12
 2658/24 2660/12 2661/11 2662/23
 2665/7 2665/8 2672/1 2672/23 2672/24
 2673/2 2683/11 2690/21 2700/21
 2701/17 2725/23 2731/21
video [2]  2645/8 2652/11
view [4]  2625/17 2656/15 2715/13
 2724/18
violates [1]  2701/4
Virginia [1]  2595/10 2595/10
virtually [1]  2650/14
voice [1]  2655/24
volt [24]  2650/4 2650/13 2650/21
 2651/4 2651/6 2651/9 2651/11 2652/4
 2652/7 2652/14 2652/18 2653/3
 2653/14 2656/3 2688/8 2688/8 2688/17
 2688/18 2688/20 2688/25 2689/2
 2689/19 2693/20 2693/20
voltage [8]  2650/15 2653/16 2688/23
 2689/7 2689/20 2690/1 2691/1 2695/16
voltages [3]  2653/6 2689/15 2691/3
volume [2]  2609/24 2614/19
voluminous [1]  2602/22
VON [1]  2599/12
vulnerability [1]  2616/6
vulnerable [1]  2615/25

**W**

wait [5]  2604/2 2618/9 2685/1 2690/7
 2694/18
Walker [1]  2595/9
WALTER [1]  2595/12
Walther [1]  2598/22
want [29]  2601/6 2602/18 2602/18
 2602/21 2605/18 2619/12 2628/10
 2631/22 2633/9 2633/16 2646/18
 2649/6 2656/2 2672/19 2677/19
 2679/11 2687/1 2687/6 2689/8 2694/16
 2701/23 2702/5 2727/10 2728/2
 2728/21 2728/24 2730/6 2730/13
 2730/17
wanted [3]  2602/4 2625/8 2727/6
wants [3]  2607/21 2644/10 2731/17
warning [2]  2720/13 2722/21
was [305]
washed [3]  2681/20 2682/5 2682/7
washing [2]  2682/15 2682/22
Washington [4]  2596/20 2596/25 2597/6

Washington... [1] 2598/4
wasn't [7] 2624/10 2658/10 2670/4
2670/11 2681/24 2714/8 2721/24
water [1] 2616/3
Watts [2] 2595/15 2595/15
way [27] 2622/14 2623/1 2641/23
2647/1 2647/3 2647/8 2658/3 2660/20
2664/20 2664/23 2676/18 2681/2
2681/7 2685/18 2689/20 2689/25
2695/6 2701/16 2701/18 2702/3
2702/17 2707/2 2707/3 2707/18
2715/19 2723/11 2725/21
we [172]
we'd [1] 2605/13
we'll [13] 2605/12 2605/14 2605/21
2619/4 2645/1 2646/7 2702/5 2704/17
2712/11 2724/23 2725/13 2730/12
2731/4
we're [23] 2602/2 2602/22 2606/20
2618/18 2625/11 2633/17 2646/2
2649/8 2649/12 2657/18 2662/18
2666/1 2684/23 2687/22 2709/13
2709/14 2714/4 2724/2 2724/3 2728/13
2730/11 2731/6 2731/9
we've [17] 2601/13 2614/11 2618/4
2619/4 2620/3 2726/6 2731/3
wear [2] 2682/17 2682/17
Weatherford [6] 2606/16 2606/17
2606/21 2624/2 2624/12 2633/5
Wednesday [2] 2604/4 2604/5
week [8] 2603/25 2725/2 2726/17
2728/4 2730/16 2730/19 2731/1 2731/4
week's [3] 2726/3 2726/5 2726/12
weekend [2] 2609/9 2725/13
weigh [2] 2652/2 2655/24
weighed [1] 2620/23
weight [2] 2621/8 2621/9
welding [1] 2721/9
well [96] 2603/17 2609/3 2609/9
2609/16 2609/25 2610/3 2612/7 2612/9
2612/15 2613/13 2613/20 2615/25
2616/8 2616/8 2617/9 2620/10 2620/11
2620/11 2620/18 2620/22 2621/2
2623/9 2624/17 2625/21 2626/23
2628/20 2629/1 2629/4 2632/10 2633/3
2633/8 2634/20 2635/15 2635/25
2636/10 2640/4 2640/14 2644/17
2646/17 2647/14 2652/11 2653/5
2653/25 2658/13 2658/16 2660/17
2661/2 2662/7 2663/9 2664/10 2664/11
2665/15 2665/21 2667/10 2668/2
2673/1 2673/4 2676/15 2677/6 2678/5
2678/7 2678/12 2680/16 2682/22
2683/13 2683/15 2683/17 2683/18
2684/14 2684/17 2685/6 2686/10
2687/3 2687/12 2687/19 2689/7
2690/16 2697/20 2699/20 2701/15
2701/22 2702/15 2706/7 2707/16
2708/21 2709/18 2710/14 2710/21
2710/22 2714/3 2714/14 2716/22
2718/12 2719/16 2722/6 2722/9
wellbore [22] 2631/14 2631/14 2633/15
2646/23 2658/1 2661/16 2702/7 2702/8
2702/13 2702/17 2702/20 2702/22
2704/9 2705/23 2706/13 2706/13
2706/15 2706/16 2706/19 2706/24
2708/24 2723/11
wellbores [1] 2628/15
went [13] 2601/23 2602/1 2637/24
2652/9 2673/19 2678/20 2678/22
2679/19 2680/20 2683/14 2711/15

2711/20 2716/5
were [109] 2601/21 2705/24 2606/15
2609/17 2615/15 2616/10 2617/1
2617/6 2617/22 2621/7 2624/13 2629/4
2633/2 2633/5 2633/6 2633/23 2639/6
2643/22 2646/19 2646/20 2649/3
2649/15 2649/17 2650/2 2650/9
2651/13 2651/15 2651/17 2652/2
2652/18 2652/23 2654/1 2655/15
2655/24 2656/5 2657/16 2657/21
2658/17 2658/17 2658/22 2661/11
2661/12 2663/20 2663/22 2663/23
2663/23 2665/22 2666/8 2666/17
2666/21 2667/3 2667/19 2667/20
2667/21 2668/10 2668/13 2668/17
2669/16 2670/4 2670/5 2670/6 2670/6
2670/7 2671/5 2671/6 2672/25 2673/21
2674/20 2676/4 2676/6 2677/9 2677/13
2677/14 2677/16 2678/19 2679/9
2679/12 2683/24 2685/14 2690/23
2690/24 2691/3 2693/25 2694/2
2694/20 2696/3 2696/5 2697/23 2700/9
2700/15 2700/23 2704/11 2706/14
2713/2 2714/5 2718/7 2718/13 2719/5
2719/20 2721/8 2721/20 2722/5
2725/17 2726/11 2729/6 2729/8
2729/10 2731/2 2731/23
weren't [4] 2656/7 2666/11 2671/1
2722/6
West [6] 2703/6 2705/6 2705/10
2705/13 2705/17 2706/7
what [143]
what's [7] 2604/10 2620/4 2626/3
2650/11 2681/17 2686/17 2722/1
whatever [4] 2616/3 2645/22 2676/19
2726/16
whatever's [1] 2728/5
whatsoever [1] 2726/14
when [78] 2602/17 2608/13 2614/14
2615/2 2615/9 2616/15 2621/10
2621/19 2622/7 2623/8 2624/1 2624/7
2624/12 2626/7 2626/8 2626/23
2630/15 2633/11 2633/17 2634/6
2646/13 2646/22 2647/1 2647/5 2648/7
2648/17 2650/13 2650/16 2651/7
2651/9 2652/23 2652/24 2657/22
2658/1 2658/20 2658/25 2659/5
2659/10 2661/8 2661/13 2662/11
2664/17 2665/8 2666/10 2674/22
2678/23 2679/12 2679/18 2682/21
2682/23 2683/8 2683/14 2683/19
2683/19 2684/4 2687/4 2690/25 2695/3
2695/25 2696/21 2697/11 2697/23
2702/7 2704/11 2706/24 2707/19
2708/7 2708/9 2708/14 2710/23
2714/18 2716/4 2716/13 2716/23
2716/25 2717/2 2729/2 2731/3
whenever [1] 2653/5
where [33] 2601/22 2615/24 2617/12
2619/20 2619/25 2620/12 2626/22
2630/17 2631/20 2636/16 2638/9
2638/11 2640/21 2640/24 2645/12
2650/18 2653/19 2654/25 2675/15
2676/21 2679/11 2682/16 2687/10
2687/22 2689/22 2690/20 2693/15
2698/3 2698/5 2701/19 2702/3 2702/14
2718/25
WHEREUPON [4] 2606/6 2636/25
2637/8 2731/23
whether [30] 2617/22 2625/17 2629/1
2629/7 2641/2 2642/4 2643/1 2643/3
2643/22 2644/3 2650/20 2653/5 2671/9
2676/19 2680/14 2682/6 2683/17

2684/25 2689/5 2689/14 2690/25
2697/8 2698/15 2699/5 2717/9 2717/20
2718/9 2719/12 2725/23 2725/24
which [49] 2609/19 2609/24 2609/25
2611/1 2614/2 2614/13 2614/24
2617/23 2619/21 2620/24 2621/11
2629/21 2644/14 2646/6 2646/8
2646/10 2648/18 2649/7 2649/13
2650/4 2650/7 2662/13 2664/2 2664/8
2664/15 2677/16 2688/5 2691/22
2693/14 2701/4 2703/5 2704/7 2705/9
2706/17 2706/18 2707/1 2708/16
2710/16 2710/18 2713/7 2714/4
2722/25 2724/14 2725/3 2725/4
2727/18 2729/19 2729/21 2730/1
while [4] 2609/17 2614/2 2653/9 2687/9
Whilst [1] 2670/16
Whitby [1] 2674/21
Whiteley [1] 2597/15
who [19] 2604/7 2606/15 2637/17
2661/7 2666/20 2666/22 2671/1
2672/20 2673/1 2673/3 2673/4 2673/6
2673/8 2673/12 2674/22 2678/1 2707/6
2725/11 2731/13
Who's [1] 2634/2
whole [5] 2602/10 2657/18 2672/11
2720/17 2731/7
whose [1] 2731/8
why [21] 2607/1 2607/20 2608/6
2632/23 2651/2 2652/22 2655/10
2658/23 2658/23 2660/14 2666/12
2672/24 2686/18 2686/18 2694/14
2698/11 2699/22 2701/14 2718/16
2726/1 2728/4
will [46] 2603/1 2603/24 2614/9 2614/17
2614/19 2614/21 2615/6 2615/9
2615/14 2615/21 2630/10 2643/22
2644/25 2645/23 2648/10 2648/20
2648/21 2648/22 2657/24 2674/10
2675/18 2676/24 2678/6 2680/3 2684/9
2687/25 2699/10 2702/7 2702/12
2702/17 2702/20 2705/2 2707/1
2707/11 2709/17 2722/2 2725/3 2725/8
2725/10 2726/15 2728/17 2728/17
2730/3 2730/16 2731/13 2731/19
Williams [5] 2595/18 2595/19 2727/1
2727/3 2727/4
Williamson [3] 2596/5 2596/6 2672/16
WINFIELD [1] 2597/9
winglets [1] 2628/14
wiped [2] 2656/9 2681/16
wire [3] 2721/9 2721/19 2723/4
wired [3] 2654/11 2656/15 2656/21
wireline [1] 2721/11 2721/16
wiring [5] 2654/24 2655/8 2656/22
2657/5 2698/6
wise [1] 2653/7
wishes [1] 2601/22
withdraw [1] 2709/4
within [8] 2610/4 2616/8 2662/3 2662/3
2688/1 2703/23 2703/24 2711/10
without [5] 2601/18 2611/23 2660/6
2674/23 2677/15
withstand [2] 2617/17 2623/3
withstanding [1] 2623/15
witness [21] 2601/6 2606/3 2623/23
2627/10 2636/22 2637/3 2637/6
2644/18 2645/22 2682/3 2682/4 2685/1
2686/14 2690/9 2692/6 2699/16
2699/22 2701/9 2709/22 2720/19
2726/21
witnesses [3] 2730/16 2731/4 2731/12
Wittmann [2] 2598/22 2598/23

**W**

woefully [1] 2655/17
won't [2] 2657/20 2690/15
word [5] 2614/23 2618/18 2618/22
2619/1 2716/25
words [4] 2619/4 2641/5 2680/19
2716/22
work [30] 2608/21 2609/2 2609/17
2610/22 2612/20 2619/2 2623/11
2639/5 2639/21 2640/1 2640/9 2640/17
2640/18 2640/19 2640/21 2647/1
2654/10 2657/4 2666/5 2667/12
2667/15 2667/20 2668/24 2679/12
2697/9 2705/6 2708/2 2716/4 2728/4
2730/9
worked [10] 2609/18 2610/23 2641/11
2641/14 2642/1 2644/20 2654/6
2656/16 2697/9 2723/6
working [7] 2609/9 2613/3 2639/1
2639/20 2670/9 2677/25 2681/12
works [4] 2612/21 2646/13 2648/16
2653/11
worry [1] 2653/19
worse [4] 2705/10 2706/10 2709/16
2709/17
worst [3] 2705/23 2706/17 2706/18
would [140]
wouldn't [1] 2657/4
wound [2] 2658/10 2660/11
Wright [1] 2594/18
write [2] 2610/9 2672/20
written [3] 2656/23 2714/21 2722/2
wrong [2] 2654/6 2697/19
wrote [1] 2634/7

**X**

Xs [1] 2671/23

**Y**

Yeah [11] 2609/5 2638/21 2656/12
2660/3 2663/14 2670/25 2672/11
2678/25 2680/4 2680/19 2730/24
year [3] 2652/20 2691/22 2693/21
years [11] 2609/16 2611/7 2612/20
2637/21 2639/21 2639/22 2652/19
2669/9 2670/6 2671/6 2673/13
yellow [14] 2645/13 2646/14 2648/23
2650/6 2650/10 2653/22 2653/23
2653/25 2654/3 2688/7 2696/22 2697/9
2697/11 2697/14
yes [193]
yesterday [2] 2601/20 2631/12
yet [3] 2602/4 2614/12 2643/6
yield [1] 2704/8
Yoakum [1] 2596/6
you [478]
you'd [1] 2718/19
you'll [3] 2705/14 2705/14 2730/1
you're [31] 2608/22 2612/21 2624/9
2626/8 2628/11 2630/10 2630/15
2630/15 2631/1 2636/15 2638/5
2654/25 2656/25 2662/8 2665/8 2682/3
2682/10 2682/24 2683/1 2689/23
2690/14 2692/24 2693/11 2698/3
2701/10 2703/6 2707/8 2710/21
2715/18 2717/7 2724/5
you've [6] 2614/23 2703/12 2710/19
2719/2 2719/17 2728/21
you-all [2] 2708/8 2726/1
YOUNG [1] 2597/5
your [213]
Your Honor [16] 2602/24 2603/7 2603/9
2603/19 2603/21 2604/12 2604/21
2605/6 2605/16 2607/25 2607/25 2608/22
2607/3 2607/23 2608/12 2608/17
Your Honor's [1] 2601/22
yourself [1] 2714/21

**Z**

zero [1] 2710/19
zonal [4] 2612/17 2613/20 2613/25
2615/24
zone [2] 2614/14 2636/5