1               UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF LOUISIANA

3

4   ****************************************************************

5   IN RE:  OIL SPILL BY THE OIL
    RIG *DEEPWATER HORIZON* IN THE
6   GULF OF MEXICO ON APRIL 20,
    2010
7

8                           CIVIL ACTION NO. 10-MD-2179 "J"
                            NEW ORLEANS, LOUISIANA
9                           MONDAY, MARCH 11, 2013, 8:00 A.M.

10

11  THIS DOCUMENT RELATES TO:

12  CASE NO. 2:10-CV-02771,
    *IN RE:  THE COMPLAINT AND*
13  *PETITION OF TRITON ASSET*
    *LEASING GmbH, ET AL*
14
    CASE NO. 2:10-CV-4536,
15  *UNITED STATES OF AMERICA V.*
    *BP EXPLORATION & PRODUCTION,*
16  *INC., ET AL*

17  ****************************************************************

18

19

20                  **DAY 9  MORNING SESSION**

21          TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22     HEARD BEFORE THE HONORABLE CARL J. BARBIER

23             UNITED STATES DISTRICT JUDGE

24

25

                    **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFFS:   DOMENGEAUX WRIGHT ROY & EDWARDS
                            BY:   JAMES P. ROY, ESQ.
 4                          556 JEFFERSON STREET, SUITE 500
                            POST OFFICE BOX 3668
 5                          LAFAYETTE, LA  70502

 6

 7                          HERMAN HERMAN & KATZ
                            BY:   STEPHEN J. HERMAN, ESQ.
 8                          820 O'KEEFE AVENUE
                            NEW ORLEANS, LA  70113
 9

10
                            CUNNINGHAM BOUNDS
11                          BY:   ROBERT T. CUNNINGHAM, ESQ.
                            1601 DAUPHIN STREET
12                          MOBILE, AL  36604

13

14                          LEWIS, KULLMAN, STERBCOW & ABRAMSON
                            BY:   PAUL M. STERBCOW, ESQ.
15                          PAN AMERICAN LIFE BUILDING
                            601 POYDRAS STREET, SUITE 2615
16                          NEW ORLEANS, LA  70130

17

18                          BREIT DRESCHER IMPREVENTO & WALKER
                            BY:   JEFFREY A. BREIT, ESQ.
19                          600 22ND STREET, SUITE 402
                            VIRGINIA BEACH, VA  23451
20

21
                            LEGER & SHAW
22                          BY:   WALTER J. LEGER, JR., ESQ.
                            600 CARONDELET STREET, 9TH FLOOR
23                          NEW ORLEANS, LA  70130

24

25


                           OFFICIAL TRANSCRIPT
```

1    APPEARANCES CONTINUED:

2

3                          WATTS, GUERRA, CRAFT
                           BY:  MIKAL C. WATTS, ESQ.
4                          4 DOMINION DRIVE
                           BUILDING 3, SUITE 100
5                          SAN ANTONIO, TX 78257

6

7                          WILLIAMS LAW GROUP
                           BY:  CONRAD S. P. WILLIAMS, ESQ.
8                          435 CORPORATE DRIVE, SUITE 101
                           HOUMA, LA   70360
9

10                         THORNHILL LAW FIRM
11                         BY:  THOMAS THORNHILL, ESQ.
                           1308 NINTH STREET
12                         SLIDELL, LA   70458

13

14                         DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                           BY:   JOHN W. DEGRAVELLES, ESQ.
15                         618 MAIN STREET
                           BATON ROUGE, LA 70801
16

17                         WILLIAMSON & RUSNAK
18                         BY:   JIMMY WILLIAMSON, ESQ.
                           4310 YOAKUM BOULEVARD
19                         HOUSTON, TX   77006

20

21                         IRPINO LAW FIRM
                           BY:  ANTHONY IRPINO, ESQ.
22                         2216 MAGAZINE STREET
                           NEW ORLEANS, LA   70130
23

24

25

                           **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3

      FOR THE UNITED STATES
 4    OF AMERICA:                 U.S. DEPARTMENT OF JUSTICE
                                  TORTS BRANCH, CIVIL DIVISION
 5                                BY:  R. MICHAEL UNDERHILL, ESQ.
                                  450 GOLDEN GATE AVENUE
 6                                7TH FLOOR, ROOM 5395
                                  SAN FRANCISCO, CA  94102
 7

 8
                                  U.S. DEPARTMENT OF JUSTICE
 9                                ENVIRONMENT & NATURAL RESOURCES DIVISION
                                  ENVIRONMENTAL ENFORCEMENT SECTION
10                                BY:  STEVEN O'ROURKE, ESQ.
                                       SCOTT CERNICH, ESQ.
11                                     DEANNA CHANG, ESQ.
                                       RACHEL HANKEY, ESQ.
12                                     A. NATHANIEL CHAKERES, ESQ.
                                  P.O. BOX 7611
13                                WASHINGTON, DC  20044

14

15                                U.S. DEPARTMENT OF JUSTICE
                                  TORTS BRANCH, CIVIL DIVISION
16                                BY:  JESSICA McCLELLAN, ESQ.
                                       MICHELLE DELEMARRE, ESQ.
17                                     JESSICA SULLIVAN, ESQ.
                                       SHARON SHUTLER, ESQ.
18                                     MALINDA LAWRENCE, ESQ.
                                  POST OFFICE BOX 14271
19                                WASHINGTON, DC  20044

20

21                                U.S. DEPARTMENT OF JUSTICE
                                  FRAUD SECTION
22                                COMMERCIAL LITIGATION BRANCH
                                  BY:  DANIEL SPIRO, ESQ.
23                                     KELLEY HAUSER, ESQ.
                                       ELIZABETH YOUNG, ESQ.
24                                BEN FRANKLIN STATION
                                  WASHINGTON, DC  20044
25
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE STATE OF
     ALABAMA:                    ALABAMA ATTORNEY GENERAL'S OFFICE
4                                BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                     COREY L. MAZE, ESQ.
5                                    WINFIELD J. SINCLAIR, ESQ.
                                500 DEXTER AVENUE
6                                MONTGOMERY, AL  36130

7

8    FOR THE STATE OF
     LOUISIANA OFFICE
9    OF THE ATTORNEY
     GENERAL:
10                               STATE OF LOUISIANA
                                 BY:  JAMES D.  CALDWELL,
11                               ATTORNEY GENERAL
                                 1885 NORTH THIRD STREET
12                               POST OFFICE BOX 94005
                                 BATON ROUGE, LA  70804
13

14
                                 KANNER & WHITELEY
15                               BY:  ALLAN KANNER, ESQ.
                                     DOUGLAS R. KRAUS, ESQ.
16                               701 CAMP STREET
                                 NEW ORLEANS, LA  70130
17

18

19   FOR BP EXPLORATION &
     PRODUCTION INC.,
20   BP AMERICA PRODUCTION
     COMPANY, BP PLC:            LISKOW & LEWIS
21                               BY:  DON K. HAYCRAFT, ESQ.
                                 ONE SHELL SQUARE
22                               701 POYDRAS STREET
                                 SUITE 5000
23                               NEW ORLEANS, LA  70139

24

25

                         **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                                    COVINGTON & BURLING
                                     BY:   ROBERT C. "MIKE" BROCK, ESQ.
4                                    1201 PENNSYLVANIA AVENUE, NW
                                     WASHINGTON, DC  20004
5

6
                                     KIRKLAND & ELLIS
7                                    BY:   J. ANDREW LANGAN, ESQ.
                                           HARIKLIA "CARRIE" KARIS, ESQ.
8                                          MATTHEW T. REGAN, ESQ.
                                     300 N. LASALLE
9                                    CHICAGO, IL  60654

10

11   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
12   OFFSHORE DEEPWATER
     DRILLING INC., AND
13   TRANSOCEAN DEEPWATER
     INC.:                          FRILOT
14                                   BY:   KERRY J. MILLER, ESQ.
                                     ENERGY CENTRE
15                                   1100 POYDRAS STREET, SUITE 3700
                                     NEW ORLEANS, LA  70163
16

17
                                     SUTHERLAND ASBILL & BRENNAN
18                                   BY:   STEVEN L. ROBERTS, ESQ.
                                           RACHEL G. CLINGMAN, ESQ.
19                                   1001 FANNIN STREET, SUITE 3700
                                     HOUSTON, TX  77002
20

21
                                     MUNGER TOLLES & OLSON
22                                   BY:   MICHAEL R. DOYEN, ESQ.
                                           BRAD D. BRIAN, ESQ.
23                                         LUIS LI, ESQ.
                                     355 SOUTH GRAND AVENUE, 35TH FLOOR
24                                   LOS ANGELES, CA  90071

25

                              **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3                            MAHTOOK & LAFLEUR
                             BY:  RICHARD J. HYMEL, ESQ.
 4                            1000 CHASE TOWER
                             600 JEFFERSON STREET
 5                            LAFAYETTE, LA  70502

 6

 7                            HUGHES ARRELL KINCHEN
                             BY:  JOHN KINCHEN, ESQ.
 8                            2211 NORFOLK, SUITE 1110
                             HOUSTON, TX  77098
 9

10

11    FOR CAMERON INTERNATIONAL
      CORPORATION:            STONE PIGMAN WALTHER WITTMANN
12                            BY:  PHILLIP A. WITTMANN, ESQ.
                             546 CARONDELET STREET
13                            NEW ORLEANS, LA 70130

14

15                            BECK REDDEN & SECREST
                             BY:  DAVID J. BECK, ESQ.
16                                 DAVID W. JONES, ESQ.
                                  GEOFFREY GANNAWAY, ESQ.
17                                 ALEX B. ROBERTS, ESQ.
                             ONE HOUSTON CENTER
18                            1221 MCKINNEY STREET, SUITE 4500
                             HOUSTON, TX  77010
19

20

21    FOR HALLIBURTON
      ENERGY SERVICES,
      INC.:                  GODWIN LEWIS
22                            BY:  DONALD E. GODWIN, ESQ.
                                  FLOYD R. HARTLEY, JR., ESQ.
23                                 GAVIN HILL, ESQ.
                             RENAISSANCE TOWER
24                            1201 ELM STREET, SUITE 1700
                             DALLAS, TX  75270.
25
```

**OFFICIAL TRANSCRIPT**

```
1    APPEARANCES CONTINUED:

2

3                            GODWIN LEWIS
                             BY:  JERRY C. VON STERNBERG, ESQ.
4                            1331 LAMAR, SUITE 1665
                             HOUSTON, TX  77010
5

6

7    FOR M-I L.L.C.:        MORGAN, LEWIS & BOCKIUS
                             BY:  HUGH E. TANNER, ESQ.
8                            DENISE SCOFIELD, ESQ.
                             JOHN C. FUNDERBURK, ESQ.
9                            1000 LOUISIANA STREET, SUITE 4000
                             HOUSTON, TX  77002

10

11

12   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
13                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
14                              NEW ORLEANS, LA  70130
                                (504) 589-7779
15                              Cathy_Pepper@laed.uscourts.gov

16

17   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

18

19

20

21

22

23

24

25
```

**OFFICIAL TRANSCRIPT**

1                                    **I N D E X**

2

        EXAMINATIONS                                           PAGE
3

4       **RORY DAVIS** (CONTINUED)................................ 2746

5       CROSS-EXAMINATION BY MR. DOYEN....................... 2746

6       CROSS-EXAMINATION BY MR. VON STERNBERG............... 2804

7       CROSS-EXAMINATION BY MS. KARIS....................... 2818

8       CROSS-EXAMINATION BY MR. JONES....................... 2861

9       REDIRECT EXAMINATION BY MS. CHANG.................... 2899

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                              **OFFICIAL TRANSCRIPT**

1                    **P-R-O-C-E-E-D-I-N-G-S**

2              MONDAY, MARCH 11, 2013

3          M O R N I N G   S E S S I O N

4              (COURT CALLED TO ORDER)

5

08:01:04  6

08:01:04  7          THE DEPUTY CLERK:  All rise.

08:01:24  8          THE COURT:  All right.  Good morning, everyone.  Please

08:01:29  9  be seated.

08:01:29 10          VOICES:  Good morning, Your Honor.

08:01:31 11          THE COURT:  Any preliminary matters before we resume

08:01:33 12  testimony?

08:01:42 13          MR. REGAN:  Good morning, Your Honor.  Matt Regan on

08:01:44 14  behalf of BP.

08:01:45 15              With respect to the witnesses Mr. Calvert and

08:01:51 16  Mr. Benge, I have copies of the lists of exhibits that were

08:01:55 17  offered during my examination of each of those witnesses.  They

08:01:58 18  have been circulated, and I'll offer them -- provide them to

08:02:01 19  the Clerk and to Stephanie.

08:02:03 20          THE COURT:  All right.  Are there any objections to

08:02:05 21  these exhibits?

08:02:07 22              Without objection, those are admitted.

08:02:07 23          (WHEREUPON, the above-mentioned exhibits were

08:02:09 24  admitted.)

08:02:09 25          MR. REGAN:  Secondly, with respect to two exhibits that

                    **OFFICIAL TRANSCRIPT**

08:02:12 1   were circulated, one by Transocean and one by the United States

08:02:15 2   Government, I do object to D-6630.  This was the Transocean

08:02:20 3   demonstrative that Mr. Benge corrected, and then there was

08:02:24 4   another correction of it made, and so my objection is to that

08:02:28 5   demonstrative.

08:02:29 6         THE COURT:  Wait.  Wait.  Wait.  Is your objection to

08:02:32 7   the corrected version or to the uncorrected version?

08:02:35 8         MR. REGAN:  I object to both of them because I think

08:02:38 9   that the testimony did not support the demonstrative by virtue

08:02:43 10  of what the witness said on the record about it.

08:02:46 11         THE COURT:  Remind me.  This is Mr. Benge.  What

08:02:50 12  demonstrative are we talking about?

08:02:52 13         MR. REGAN:  Yes, sir, this was the demonstrative about

08:02:54 14  what tests were performed by Halliburton under the contract and

08:02:57 15  what were under a recommended practice.  There was a series of

08:03:00 16  checkmarks.  I can put on it the ELMO.

08:03:02 17         THE COURT:  No, no, I remember it.

08:03:04 18         Well, this was his demonstrative illustrating his

08:03:09 19  testimony, so I'll overrule your objection and allow that in.

08:03:13 20         MR. REGAN:  My second objection is to the government

08:03:16 21  offering of Exhibit 626.  When this document was brought to

08:03:19 22  Mr. Benge in his examination, I objected and was sustained on

08:03:23 23  the objection as to the inquiry as to that document.

08:03:25 24         THE COURT:  What document is this?

08:03:26 25         MR. REGAN:  TREX-626.

08:03:26  1          THE COURT:  What is it?

08:03:30  2          MR. REGAN:  It was an e-mail from a Mr. Kellingray with

08:03:33  3   respect to the Kaskida well in 2009.

08:03:34  4          THE COURT:  Who was offering this?

08:03:37  5          MR. REGAN:  Mr. Cernich was offering it on the redirect

08:03:41  6   of Mr. Benge, and I objected that to being outside of the

08:03:44  7   scope, and the objection was sustained.

08:03:46  8          THE COURT:  Does anybody want to respond to this?

08:03:49  9          MR. UNDERHILL:  Sure.  Mike Underhill, US, Your Honor.

08:03:51 10          Matt told us about it just now, what he intended

08:03:53 11   to do.  We've got some people checking the record, and, if that

08:03:57 12   was the ruling, no problem.

08:03:57 13          THE COURT:  Let's just hold off on that.

08:04:00 14          MR. UNDERHILL:  Thank you, Your Honor.

08:04:02 15          THE COURT:  Thank you.

08:04:02 16          MR. IRPINO:  Good morning, Your Honor.

08:04:02 17          THE COURT:  Good morning.

08:04:03 18          MR. IRPINO:  Anthony Irpino for the PSC.

08:04:06 19          We have a list of PSC exhibits and demonstratives

08:04:09 20   used in connection with the examination of David Calvert.  This

08:04:11 21   list was sent around to all parties and we received no

08:04:14 22   objections or comments back.  We would like to offer and file

08:04:17 23   it into the record.

08:04:19 24          THE COURT:  All right.  Any objections to those

08:04:21 25   exhibits?

                          **OFFICIAL TRANSCRIPT**

08:04:21 1                    Without objection, those are admitted.

08:04:21 2          (WHEREUPON, the above-mentioned exhibits were

08:04:24 3    admitted.)

08:04:24 4          MR. GODWIN:  Good morning, Judge.  Don Godwin for

08:04:28 5    Halliburton.

08:04:28 6                    We have here, Judge, our exhibits for

08:04:31 7    David Calvert that were ultimately used during his examination,

08:04:33 8    as well as for Glen Benge.

08:04:35 9                    We've circulated these to all parties.  To our

08:04:40 10   knowledge, no objection.  We would offer them at this time.

08:04:43 11         THE COURT:  Any objection to Halliburton's exhibits?

08:04:45 12                   Without objection, those are admitted.

08:04:45 13         MR. GODWIN:  Thank you, Judge.

08:04:45 14         (WHEREUPON, the above-mentioned exhibits were

08:04:47 15   admitted.)

08:04:47 16         MR. STERBCOW:  Good morning, Your Honor.  Paul Sterbcow

08:04:49 17   for the PSC.

08:04:50 18                   I'm wondering if the Court wants to take up the

08:04:53 19   issue of Tim Quirk right now or --

08:04:55 20         THE COURT:  No, we'll deal with that.

08:05:02 21         MR. DOYEN:  Good morning, Your Honor.

08:05:03 22         THE COURT:  Ready to resume cross-examination?

08:05:06 23         MR. DOYEN:  Yes, Your Honor.

08:05:07 24         THE COURT:  We're still in Transocean's

08:05:08 25   cross-examination of Mr. Davis.

**OFFICIAL TRANSCRIPT**

08:05:10 1                Mr. Davis, you're still under oath, sir.

08:05:10 2                    **RORY DAVIS**

08:05:10 3  was called as a witness and, after being previously duly sworn

08:05:10 4  by the Clerk, was examined and testified on his oath as

08:05:59 5  follows:

08:05:59 6         MR. DOYEN:  All right.  It sounds a little loud.  Is

08:06:57 7  that okay?

08:07:01 8         THE COURT:  Go ahead.

08:07:02 9         MR. DOYEN:  Thank you, Your Honor.

08:07:02 10                **CROSS-EXAMINATION**

08:07:02 11  **BY MR. DOYEN:**

08:07:04 12  Q.   Good morning, Mr. Davis -- Dr. Davis.  If I don't get all

08:07:07 13  the doctors right, with you and other witnesses, I apologize in

08:07:12 14  advance.

08:07:13 15  A.   Perfectly fine.

08:07:16 16         MR. DOYEN:  Your Honor, we have this morning a few

08:07:18 17  demonstratives, physical demonstratives on the table to the

08:07:20 18  left of the witness.  At the appropriate time, I'll ask to

08:07:25 19  approach.

08:07:26 20         THE COURT:  Okay.

08:07:28 21  BY MR. DOYEN:

08:07:28 22  Q.   Mr. Davis, it's been a couple days.  Let's just pick up

08:07:30 23  where we left off on Thursday.

08:07:32 24       You agree the drill pipe was off center at the time

08:07:36 25  the blind shear ram was activated, correct?

08:07:40  1    A.    At the time of autoshear, yes.

08:07:41  2    Q.    You agree that the blind shear rams had sufficient

08:07:46  3    pressure to shear the pipe if the pipe had been centered when

08:07:49  4    the blind shear rams were activated?

08:07:52  5    A.    Yes.  I believe that's true.

08:07:53  6    Q.    And I asked you if it was your opinion, if the pipe was

08:07:57  7    centered, that the blind shear rams almost certainly would have

08:08:04  8    cut the pipe and sealed the well, and you said, yes,

08:08:07  9    absolutely; do you recall that?

08:08:07 10    A.    Yes.

08:08:08 11    Q.    Let's pull up Exhibit D -- Demonstrative 6661, please.

08:08:20 12          You said in your direct examination that it was

08:08:22 13    important to determine the time that the blind shear rams

08:08:27 14    activated, didn't you?

08:08:28 15    A.    It's important for my opinions to separate the two dates.

08:08:32 16    Q.    You indicated there were two times, one you called AMF

08:08:38 17    time, the other called autoshear time, when, as a matter of the

08:08:43 18    mechanics and systems on the BOP, the blind shear rams could

08:08:46 19    have activated, correct?

08:08:50 20    A.    Yes.

08:08:50 21    Q.    So let's start with the first to occur in time.  You

08:08:54 22    testified in direct that the AMF system, the conditions that

08:08:58 23    would cause the AMF system to activate came into play at or

08:09:04 24    within a few minutes of the explosion on April 20th, correct?

08:09:09 25    A.    Correct.

**OFFICIAL TRANSCRIPT**

08:09:09 1    Q.   That was about 9:49.  So at 9:49 p.m., within a few
08:09:16 2    minutes of that, right?
08:09:16 3    A.   Correct.
08:09:17 4    Q.   The second system that was designed to operate the blind
08:09:22 5    shear ram was the autoshear, correct?
08:09:25 6    A.   Yes.
08:09:25 7    Q.   That system was activated two days later, on the morning
08:09:29 8    of April 22nd, correct?
08:09:31 9    A.   I believe that's right.
08:09:32 10   Q.   I think we have video of that that shows the time is right
08:09:36 11   around 7:40 am in the morning.  Does that sound right to you?
08:09:40 12   A.   I'll take your word for it.
08:09:41 13   Q.   The video will show us all at some point.
08:09:45 14        You understand that the rig sank within a couple
08:09:48 15   hours of that, correct?
08:09:50 16   A.   Yes, that's my understanding.
08:09:51 17   Q.   About 10 o'clock in the morning on the 22nd, right?
08:09:54 18   A.   Yes.
08:09:54 19   Q.   Now, you indicated -- let's pull up your report,
08:10:02 20   Exhibit TREX-22693-15(a), please.
08:10:14 21        All right.  You stated in your report that there was
08:10:16 22   clear physical evidence that the drill pipe was off center at
08:10:19 23   the time of the blind shear ram shearing, correct?
08:10:22 24   A.   Yes.
08:10:23 25   Q.   In fact, you said, the distinct press marks on the drill

**OFFICIAL TRANSCRIPT**

08:10:26  1    pipe are conclusive indicators of heavy contact with the outer

08:10:31  2    lateral shapes of the blind shear ram ram blocks, correct?

08:10:35  3    A.    Yes.

08:10:35  4    Q.    On the theory that a picture is worth a thousand words,

08:10:45  5    let's pull up TREX-43093-11-8 -- I'm sorry, I'm getting that

08:10:50  6    number wrong -- 43093, and then 118-A.

08:10:56  7          Do you recognize this as DNV laser scans showing the

08:11:01  8    blind shear ram blocks as eroded, and then the position of the

08:11:05  9    pipe in the rams according to what you call the distinct press

08:11:11 10    marks, do you recognize that?

08:11:12 11    A.    Yes.

08:11:16 12          MR. DOYEN:  All right.  Your Honor, if I can approach,

08:11:18 13    I've got a model here.

08:11:18 14    BY MR. DOYEN:

08:11:20 15    Q.    If a picture is worth a thousand words, I'm not sure what

08:11:25 16    a sculpture is worth, but maybe a little better than a picture.

08:11:29 17    Number for that.

08:11:37 18          So I have in my hand, demonstrative D-6638-A.  This is

08:11:47 19    a model of the blind shear ram, the upper block.  This was made

08:11:49 20    with the laser scans feeding the laser scan into a

08:11:54 21    three-dimensional printer and literally printing this up, so

08:11:59 22    it's not metal.  We made it half scale, so we could move it

08:12:02 23    around here today.

08:12:02 24          Do you recognize that, basically?  Looks like one

08:12:07 25    of the blocks eroded by the action of the well?

**OFFICIAL TRANSCRIPT**

08:12:15  1   A.    Generally, yes.  I'm not sure what the accuracy of the

08:12:17  2   dimensions are relative to the real part.

08:12:17  3   Q.    Understood.  I'm not asking you to attest to that.  We're

08:12:17  4   just representing to you we took the laser scan data, fed it

08:12:24  5   into a printer, printed this out.  Okay?

08:12:24  6   A.    Okay.

08:12:24  7   Q.    We have here --

08:12:31  8         THE COURT:  Wait, wait, wait.

08:12:31  9         MR. WILLIAMSON:  Your Honor, I don't believe this is

08:12:33 10   the DNV deal, the object.  This is a Transocean reproduction of

08:12:38 11   DNV data that --

08:12:40 12         THE COURT:  I think he said that it was a

08:12:42 13   demonstrative.

08:12:43 14         MR. DOYEN:  It's just a demonstrative.

08:12:45 15         MR. WILLIAMSON:  Yes, Your Honor.

08:12:47 16         THE COURT:  It's not an actual part.

08:12:47 17   BY MR. DOYEN:

08:12:56 18   Q.    I'm holding in my hand D-6658-B, another demonstrative of

08:13:00 19   the top of the lower piece of the drill pipe that was caught in

08:13:03 20   and then sheared partially by the ram blocks.  Do you

08:13:07 21   understand what I'm saying?

08:13:09 22   A.    Yes.

08:13:10 23   Q.    We can see here, if I can put that here, we have on this

08:13:13 24   the same distinct -- this is what you call the distinctive

08:13:16 25   press marks in the pipe that we can see on the laser scan

**OFFICIAL TRANSCRIPT**

08:13:20  1   images right -- this is where we can tell that this came up

08:13:24  2   against the blade just so, partly in and partly out, correct?

08:13:31  3   A.   Yes.  That's how I saw it on the real parts.

08:13:34  4   Q.   Understand.  You went out of Michoud?

08:13:39  5        THE COURT:  Mr. Davis, I think you're going to have to

08:13:39  6   get a little closer to the microphone when you speak.

08:13:40  7   BY MR. DOYEN:

08:13:40  8   Q.   So what happened and what you're saying about the physical

08:13:44  9   evidence -- and, unfortunately, the physical evidence is very

08:13:46 10   unwieldy to deal with, so I've got these half scales that I can

08:13:52 11   move around -- the physical evidence shows us by these distinct

08:13:55 12   press marks on the pipe that the pipe made contact with the

08:13:57 13   blade partly within the blade and partly outside the blade,

08:13:57 14   correct?

08:14:01 15   A.   Correct.

08:14:01 16   Q.   As a result of that, the pipe -- the blade here was not

08:14:07 17   able to fully cut the pipe, right?

08:14:08 18   A.   Correct.

08:14:09 19   Q.   It only cut the pipe in the portion of the pipe that was

08:14:12 20   within the blade; that portion that was outside the blade was

08:14:16 21   not cut, correct?

08:14:17 22   A.   Correct.

08:14:17 23   Q.   That is what kept the blind shear ram from being able to

08:14:25 24   fully cut the pipe and seal the well, right?

08:14:27 25   A.   Yes, it was actually the remaining pipe outside the

**OFFICIAL TRANSCRIPT**

08:14:30 1    cutting blade that jammed the blocks apart.

08:14:33 2    Q.    That part of the pipe that wasn't cut --

08:14:36 3    A.    Correct.

08:14:36 4    Q.    -- got stuck between the blades?

08:14:38 5    A.    Correct.

08:14:39 6    Q.    Unable to close?

08:14:40 7    A.    That's right.

08:14:40 8    Q.    Now you indicated in your direct examination that you

08:15:02 9    disagree with Mr. Childs as to when the blind shear rams were

08:15:07 10   activated, correct?

08:15:07 11   A.    Correct.

08:15:07 12   Q.    Let's go back to D-6661, please.

08:15:16 13          As Mr. Childs contends, you understand, on

08:15:19 14   April 20th, at the AMF time, the pipe was off center, and that

08:15:23 15   the AMF functioned and the blind shear rams closed at that

08:15:26 16   point; you understand that, correct?

08:15:28 17   A.    Yes.

08:15:29 18   Q.    You contend that on April 22nd, the pipe was off center,

08:15:33 19   and the blind shear rams closed and were unable to seal the

08:15:36 20   well at the time of autoshear, correct?

08:15:38 21   A.    Correct.

08:15:38 22   Q.    We can agree, can we not -- this is a pure question of

08:15:43 23   logic, to understand the different positions, I'm not asking

08:15:45 24   you which you accept -- it's a pure matter of logic, that at

08:15:50 25   whatever time the blind shear rams activated, the pipe was off

**OFFICIAL TRANSCRIPT**

08:15:53   1    side and was stuck partly in and partly outside the blades?

08:15:59   2    A.    Yes.

08:16:00   3    Q.    All right.  Let's look at TREX-43093-98A, please.

08:16:24   4          If this is the exhibit I think it is, you were shown

08:16:25   5    it during your direct examination.  43093-98A.  Do you recall

08:16:34   6    seeing that during your direct examination?

08:16:35   7    A.    Yes, I believe so.

08:16:37   8    Q.    This is an illustration of the various pieces of the drill

08:16:42   9    pipe as they were found in the BOP and in the riser above the

08:16:46  10    BOP, correct?

08:16:50  11    A.    This is as they were found, yes.

08:16:52  12    Q.    As they were found, yes.

08:16:53  13          I believe you indicated on direct that this part on

08:16:57  14    the very top there that's marked 1B1, and then the pieces that

08:17:01  15    come around the corner there, were originally down inside the

08:17:04  16    BOP, correct?

08:17:07  17    A.    That's right.

08:17:07  18    Q.    At the time that the blind shear rams activated, those

08:17:09  19    pieces were inside the BOP, correct?

08:17:12  20    A.    That's right.

08:17:19  21          MR. DOYEN:  Your Honor, if I can approach and use this

08:17:21  22    piece here in conjunction with this.  Let me give a number, so

08:17:24  23    I can put this up electronically, as well.  Let's call D-6636.

08:17:30  24    If there are people in the court that can't see the chart over

08:17:34  25    here, it's the same thing on both sides.

**OFFICIAL TRANSCRIPT**

08:17:34  1   BY MR. DOYEN:

08:17:38  2   Q.   All right.  Mr. Davis, on the left side of D-6636, we have

08:17:45  3   a column, and we have all of the pieces of pipe that were in

08:17:48  4   the previous chart now in order in the position they were in at

08:17:53  5   the time the blind shear rams activated, correct?

08:17:58  6   A.   Yes.

08:17:58  7   Q.   This is -- just to make clear what we were talking about a

08:18:07  8   minute ago, just to use a piece of sponge here from my drill

08:18:10  9   pipe so I don't hurt myself, the piece of pipe that's comprised

08:18:12 10   of 83 1-B-1 and some other little pieces, this piece of pipe

08:18:18 11   was just above the blind shear ram and went through the upper

08:18:22 12   annular, correct?

08:18:23 13   A.   Yes.

08:18:23 14   Q.   This is the piece that you testified just a minute ago

08:18:28 15   moved up above the upper annular, correct, and then at the time

08:18:33 16   the riser sank was kinked and trapped into the riser, correct?

08:18:40 17   A.   Yes, with the caveat that maybe it was in more than one

08:18:44 18   piece when that happened.

08:18:44 19   Q.   Understood.  But in any case, all these pieces of which

08:18:49 20   this long trunk is comprised ended up up here, and then the

08:18:53 21   riser kinked and folded it in place, trapping it in place,

08:18:53 22   correct?

08:19:03 23   A.   Yes.  That's how I understand it.

08:19:04 24   Q.   For that to have happened, this piece of pipe needs to

08:19:11 25   have come out of the BOP and ended up here in the riser before

OFFICIAL TRANSCRIPT

25

08:19:15 1   the rig sank, correct?

08:19:17 2   A.    That's right.

08:19:18 3   Q.    Once this kinked up here, there was no way this

08:19:22 4   five-and-a-half-inch piece of steel pipe was going to get up

08:19:25 5   inside the kinked section of the riser, right?

08:19:27 6   A.    Yes.

08:19:29 7   Q.    Now, the way this reconstruction is done here, the way we

08:19:33 8   took all these parts that were found outside the BOP and

08:19:37 9   matched them up with their positions in the BOP is, in part,

08:19:41 10  based on the distinct erosion marks that were found on the

08:19:46 11  pieces of pipe, correct?

08:19:47 12  A.    Yes.  Erosion marks and cut marks.

08:19:50 13  Q.    So let's take one of these pieces.  I need a number for

08:19:55 14  this demonstrative.  The big pipe.  Demonstrative 6659.

08:20:10 15  Another big piece of pipe made the same way.  I think we looked

08:20:11 16  at this this morning.  Should fit in this space right here.

08:20:14 17        This is a piece, made the same process, take the

08:20:19 18  laser scan images, feed them into a printer.  I believe the

08:20:22 19  printer is not cable of making quite such a long object, so

08:20:25 20  this was made in two pieces and then glued together, so this

08:20:30 21  seam that comes around here wouldn't be part of the original

08:20:32 22  pipe, do you understand that?

08:20:33 23  A.    Yes.

08:20:34 24  Q.    But in other respects, made from the laser scans of the

08:20:37 25  sort we were looking at on the screen a moment ago.

**OFFICIAL TRANSCRIPT**

08:20:39 1                 This is the top piece of 1-B-1 B.  Do you recognize

08:20:46 2     that as the distinctive tool joint here, correct?  We have

08:20:50 3     regular pipe above that five-and-a-half-inch diameter pipe,

08:20:54 4     then a tool joint, then back to five-and-a-half diameter pipe,

08:20:59 5     correct?

08:20:59 6     A.    Correct.

08:20:59 7     Q.    The distinctive marks, the distinctive erosion marks here,

08:21:03 8     deep erosion marks we're seeing here came from the annular

08:21:08 9     gripping this pipe, closing in around this pipe in the area

08:21:11 10    where my fingers -- my hands are, between the two sets of

08:21:15 11    erosion marks, correct?

08:21:16 12    A.    That's how I understand it, yes.

08:21:18 13    Q.    These deep erosion marks that are made lower down on the

08:21:23 14    pipe in the tool joint are where the flow is restricted and

08:21:27 15    comes in to go inside the small space created by the annular,

08:21:30 16    correct?

08:21:30 17    A.    Yes.

08:21:31 18    Q.    Then we get erosion where the flow comes out at the upper

08:21:35 19    part of the annular, correct, erodes the pipe heavily up in

08:21:39 20    there, correct?

08:21:43 21    A.    I don't know exactly how it erodes.  It depends on the

08:21:47 22    type.

08:21:47 23    Q.    But in any event, we do see erosion in this part of the

08:21:52 24    pipe, correct?

08:21:52 25    A.    Yes.

**OFFICIAL TRANSCRIPT**

08:21:52 1    Q.    You understand that this piece actually broke here.  This

08:21:53 2    piece of pipe broke free of the piece above it, 1-B-1 broke

08:21:59 3    free of 39 at the spot that was weakened by erosion as a result

08:22:03 4    of tension, correct?

08:22:05 5    A.    At some point in time, yes.  That took place before the

08:22:08 6    rig sank.

08:22:08 7    Q.    Okay.  Using these marks, these deep erosion marks on this

08:22:14 8    pipe, we can place this in location here at the upper annulus,

08:22:14 9    correct?

08:22:19 10   A.    Yes, for some period of time.

08:22:20 11   Q.    Similarly, there were erosion marks, distinctive patterns

08:22:26 12   of erosion marks where the crew closed the variable bore rams

08:22:31 13   around pipe section 148 on the chart, correct?

08:22:35 14   A.    Yes.

08:22:35 15   Q.    We could use those distinctive patterns of erosion marks

08:22:40 16   where the crew closed the VBR to locate piece 148 just where it

08:22:47 17   would have been in the well at the time the blind shear rams

08:22:49 18   activated, correct?

08:22:51 19   A.    Yep.

08:22:51 20   Q.    Similarly then, we could reconstruct the entire sequence

08:22:56 21   of the pipe by noting the casing shear cuts, as you've noted

08:23:00 22   for example, the blind shear ram cuts, the distinctive erosion

08:23:03 23   marks at various places.  We've reconstructed the entire

08:23:08 24   sequence of the drill pipe in the BOP as the crew closed the

08:23:12 25   BOP elements around it, correct?

**OFFICIAL TRANSCRIPT**

08:23:13  1    A.    Yes, and I went through that exact process myself.

08:23:16  2    Q.    Out at Michoud?

08:23:18  3    A.    Out at Michoud and afterwards.

08:23:21  4    Q.    In fact, the various pieces of pipe out there are painted

08:23:24  5    and tagged with the same numbers that are here on the

08:23:27  6    demonstratives, weren't they?

08:23:29  7    A.    Yes.

08:23:30  8    Q.    Let's pull up demonstrative D-6662, please.

08:23:58  9           Let's get down another couple of points of agreement.

08:24:00 10    We agree that the crew closed the upper annular, that's the

08:24:05 11    part that gripped around that big blue piece of pipe, sometime

08:24:11 12    between around 9:41 and 9:43, correct?

08:24:13 13    A.    Yes.

08:24:14 14    Q.    There is some variation in the estimates of that.  That's

08:24:16 15    not important to my examination today.  That's why I simply put

08:24:20 16    the range of the estimates.  Do you understand that?

08:24:22 17    A.    Yes, that would be upper annular.

08:24:23 18    Q.    Then the crew closed the variable bore rams, the upper and

08:24:28 19    middle variable bore rams, approximately 9:47, correct?

08:24:30 20    A.    Yes.

08:24:30 21    Q.    Then the blind shear rams were activated, as we

08:24:36 22    established a few minutes ago, either at what you call AMF time

08:24:42 23    or autoshear time, correct?

08:24:43 24    A.    I believe autoshear time.

08:24:45 25    Q.    But at one time or the other.  Those are really the only

**OFFICIAL TRANSCRIPT**

2759

08:24:48 1   two options, physical and mechanical, correct?

08:24:51 2   A.   I believe so.

08:24:52 3   Q.   Now, I think you said in your direct examination that

08:24:55 4   there were many reasons the pipe could have been off center at

08:25:01 5   autoshear time, do you recall that?

08:25:02 6   A.   Yes.

08:25:03 7   Q.   Can we pull up TREX 22740-14(c).  This is your report,

08:25:11 8   Dr. Davis, at page 14.

08:25:22 9        14(c), you say here, the drill pipe became off center

08:25:26 10  because of rig drift, correct?

08:25:28 11  A.   Yes.  I think that's the primary reason.

08:25:33 12  Q.   Now, you've never before done an analysis of how rig drift

08:25:38 13  could affect drill pipe inside a blowout preventer, have you?

08:25:43 14  A.   Only within this case.

08:25:43 15  Q.   Let's pull up 22693-0328, please.

08:25:51 16       This is a chart from your rebuttal report.

08:26:01 17  Figure 1-4 from your rebuttal report.  Do you recognize that?

08:26:03 18  A.   Yes.

08:26:04 19  Q.   This is an image printed up from a FEA -- this is an image

08:26:10 20  printed up from a finite element analysis you did, correct?

08:26:14 21  A.   Yes.  Finite element analysis.  That's an engineering

08:26:18 22  computer modeling method for predicting deflection of

08:26:23 23  structures.

08:26:24 24  Q.   That's often abbreviated FEA, correct?

08:26:29 25  A.   Yes, FEA.

**OFFICIAL TRANSCRIPT**

08:26:30  1    Q.    We'll try not to use that term, but if I slip up we'll

08:26:34  2    know what we're talking about, fair enough?

08:26:36  3    A.    Yes.

08:26:37  4    Q.    All right.  So, in this model, basically, the tugging of

08:26:41  5    the pipe above the upper annular --

08:26:43  6             Let me find my laser pointer here.  I think I left it

08:26:50  7    over at the table.

08:27:03  8             In the graph here, this little area right here at the

08:27:06  9    top, the little dot mark, is the upper annular, correct?  Right

08:27:13 10    in here?

08:27:13 11    A.    Yes.

08:27:13 12    Q.    The idea is --

08:27:15 13    A.    Actually, that -- we want to differentiate between where

08:27:20 14    the flex joint really is and where the upper annular is.  The

08:27:25 15    upper annular would be about here.

08:27:26 16    Q.    In any case, the top of the BOP, roughly in that region,

08:27:26 17    correct?

08:27:31 18    A.    Yes.  The flex joint, of course, is above the upper

08:27:35 19    annular.

08:27:35 20    Q.    Understood.

08:27:36 21             The idea is that as the rig drifts and tugs the pipe

08:27:39 22    off in -- I'll call it to the right for the moment, that causes

08:27:43 23    the pipe below that pivot top of the BOP where it's held in

08:27:51 24    place to be deflected to the left, correct?

08:27:53 25    A.    In case of a tension in that pipe, then, yes.

**OFFICIAL TRANSCRIPT**

08:27:55  1    Q.    So according to the modeling, to get this movement of the

08:28:01  2    drill pipe, we move in one direction and the direction of the

08:28:05  3    pipe is deflected to the opposite side, correct?

08:28:09  4    A.    That's only a special case.  That's not the only thing

08:28:13  5    that can happen.

08:28:14  6    Q.    It's fairly intuitive.  The basic proposition you're

08:28:17  7    making, you describe this as a fairly simple explanation of how

08:28:21  8    the pipe could get off-center, correct?

08:28:25  9    A.    Yes.  This the simplest first step where you don't have a

08:28:29 10    huge amount of tension or compression and you'll get a

08:28:32 11    deflection that will reflect it.

08:28:32 12    Q.    The simple idea is we take any tubular that's got

08:28:36 13    sufficient rigidity such as, for example, five-and-a-half steel

08:28:39 14    drill pipe -- I decided to go down to Home Depot and got some

08:28:42 15    pipe made of sponge, so I don't hurt myself here -- but,

08:28:51 16    basically, as we deflect it above some pivot point, like the

08:28:51 17    top of the BOP, in one direction causes the pipe below the

08:28:52 18    pivot point to move in the opposite direction, correct?

08:28:56 19    A.    Yes.

08:28:56 20    Q.    That's a basic inside of the model?

08:28:58 21    A.    That's the basic idea when your loads are not too great.

08:29:02 22    Q.    The point of doing the FEA model, the finite element

08:29:06 23    analysis model, is to show that what seems intuitive when we're

08:29:10 24    dealing with the sponge pipe here, can actually happen with

08:29:13 25    five-and-a-half inch steel pipe, correct?

                              **OFFICIAL TRANSCRIPT**

2762

08:29:14  1    A.    Yes.

08:29:15  2    Q.    Now, you understand, don't you, that the way the BOP was

08:29:26  3    oriented on the sea floor, what we'll call the kill side of the

08:29:30  4    BOP, where the kill line came up was to the northeast, correct?

08:29:35  5    A.    That's my understanding, yes.

08:29:36  6    Q.    And the pipe was found -- the pipe was deflected to that

08:29:40  7    side of the well, the kill side of the BOP blind shear ram

08:29:47  8    pack, correct?

08:29:47  9    A.    Yes.

08:29:47 10    Q.    Now, if your model was being applied, then, as it sat on

08:29:53 11    the bottom of -- to the BOP -- let me start that over.

08:29:56 12          If your model was being applied to the BOP as it sat

08:30:00 13    on the bottom of the ocean, the drift would need to be in a

08:30:05 14    southwesterly direction, correct?

08:30:07 15    A.    If the loads are still relatively small, then yes.

08:30:11 16    Q.    And that's what you're considering in the analysis that we

08:30:14 17    have up on screen, correct?

08:30:16 18    A.    A relatively low level of loading, yes.

08:30:19 19    Q.    So we have the rig drifting in a southwesterly direction.

08:30:23 20          Can we put *southwest* in the upper part.  Can you

08:30:27 21    write that?  *SW* I think would be good.

08:30:29 22          So southwesterly drift of the rig.  And then pushing

08:30:34 23    the pipe to the northeast side inside the BOP.

08:30:37 24          Can you write *NE* on that side?

08:30:46 25          Now, you indicate in your report that when the rig

                              **OFFICIAL TRANSCRIPT**

2763

08:30:50  1    sank on the morning of the 22nd, it was 1500 feet northwest of

08:30:55  2    the well site, correct?

08:30:59  3    A.   I believe that's right.

08:31:00  4    Q.   And you don't have any analysis in your report that

08:31:05  5    shows -- there is no FEA analysis in your report that shows

08:31:10  6    that if we drift the rig, not in the opposite direction, but

08:31:14  7    off in the northerly -- the northwesterly direction, we can

08:31:18  8    somehow still manage to get a deflection, not to the opposite

08:31:21  9    side of the well, but somehow curled around here to the

08:31:25 10    northeast?  You don't have a FEA analysis that shows that's

08:31:29 11    physically possible, do you?

08:31:31 12    A.   My FEA analysis was -- maybe had a little different

08:31:36 13    purpose than you might think.

08:31:37 14    Q.   I was just asking you whether you did an FEA analysis that

08:31:41 15    shows if the rig drifts to northwest instead of to the

08:31:46 16    southwest, that can still cause the pipe to be deflected to the

08:31:51 17    northeast?  Do you have an FEA analysis like that in your

08:31:55 18    report?

08:31:55 19    A.   I did not do FEA analysis for any particular direction of

08:31:58 20    drift.

08:31:58 21    Q.   Well, you don't have any FEA analysis in your report that

08:32:05 22    shows you can bend the pipe in any direction and have the

08:32:09 23    pipe -- I'm sorry.  Let me make that more clear.

08:32:12 24          You don't have any FEA analysis in your report that

08:32:15 25    shows you can bend the pipe in one direction and get any

**OFFICIAL TRANSCRIPT**

08:32:19  1   deflection below the top of the BOP other than to the opposite
08:32:25  2   side of the well, do you?
08:32:26  3   A.   Yes.  I recognize that that can happen, but I didn't do
08:32:30  4   specific analyses because there are so many unknowns.
08:32:33  5   Q.   All right.  Let's come back over to our chart, D6636,
08:32:50  6   Figure 55.  Let me come back over to the chart.
08:33:07  7        We talked about earlier that this piece of pipe, the
08:33:13  8   bottom of which was at the blind shear ram, was cut by the
08:33:16  9   blind shear ram, with me so far?
08:33:18 10   A.   Yes.
08:33:19 11   Q.   Also broke up here just above the upper annular, right?
08:33:23 12   A.   Yes.
08:33:24 13   Q.   And you agree that that breaking happened likely as a
08:33:30 14   result of the large rig drifts that occurred over the next
08:33:33 15   couple days, correct?
08:33:40 16   A.   The evidence that I see is pretty conclusive that it
08:33:44 17   occurred after the autoshear but before the rig sank.
08:33:49 18   Q.   I'm asking you a different question, sir.
08:33:50 19        You agree that the physical cause of that pipe
08:33:52 20   breaking above the upper annular was likely due to the larger
08:33:58 21   rig drifts that would have created the most tension on the
08:34:01 22   pipe?
08:34:01 23   A.   That's likely, yes.
08:34:05 24   Q.   So, basically, when the rig drifts off location -- let me
08:34:13 25   pause for a second.

**OFFICIAL TRANSCRIPT**

08:34:13  1          You understand the rig began to drift basically a

08:34:16  2    soon as it lost power, correct?

08:34:18  3    A.    Yes.

08:34:18  4    Q.    As a dynamically positioned vehicle, it needs engine power

08:34:23  5    to stay in place, correct?

08:34:24  6    A.    Yes.

08:34:24  7    Q.    And we understand the engines would have shut down right

08:34:28  8    around the time of the explosion, correct?

08:34:29  9    A.    Yes.

08:34:29 10    Q.    And the rig would begin to drift in the sea currents,

08:34:32 11    right?

08:34:33 12    A.    Yes.

08:34:33 13    Q.    And as the rig drifted, it began to put tension on the

08:34:37 14    pipe; is that correct?

08:34:37 15    A.    Initially, when it would go off of station, it would put

08:34:42 16    some tension on the pipe.

08:34:43 17    Q.    It would pull on the pipe, as we move it, in various

08:34:46 18    directions, correct?

08:34:48 19    A.    No.  When you start talking about *various directions*, then

08:34:52 20    there is the possibility that it puts compression on the pipe.

08:34:54 21    Q.    In any case, it begins to drift at some point that

08:34:58 22    evening, correct?

08:34:58 23    A.    Yes.

08:34:58 24    Q.    And those drifts put tension on the pipe, some of those

08:35:01 25    drifts?

**OFFICIAL TRANSCRIPT**

2766

08:35:01  1    A.    Initially, yes.

08:35:03  2    Q.    And at some point, that tension in the pipe literally

08:35:06  3    pulls it apart; is that correct?

08:35:10  4    A.    It would have at some point.  But we don't know within

08:35:13  5    those two days exactly when except for other evidence --

08:35:17  6    Q.    I didn't mean to interrupt you.

08:35:19  7    A.    -- except for other evidence that tells me when.

08:35:21  8    Q.    Okay.  And you agree, don't you, that your theory is more

08:35:30  9    possible if the pipe has not broken prior to autoshear time,

08:35:30 10    correct?

08:35:39 11    A.    My theory, please define.

08:35:41 12    Q.    I'm sorry.  I'll put that differently.

08:35:44 13            The theory that accounts for the position of the pipe

08:35:48 14    being off-center is more plausible if the pipe has not broken

08:35:52 15    before autoshear time, correct?

08:35:57 16    A.    That's one way you can get offset pipe, and it would be

08:36:01 17    more plausible without that connection.

08:36:04 18    Q.    In fact, there is no explanation in your report, is there,

08:36:08 19    for how the piece of pipe above the annular, once broken, could

08:36:14 20    have any impact on what's going on inside the BOP, correct?

08:36:21 21    A.    It came up in deposition, but it's not in the reports, no.

08:36:25 22    Q.    If the pipe is completely separated above the upper

08:36:32 23    annular before autoshear time, then you need some other

08:36:37 24    explanation, other than rig drift, to explain why the pipe is

08:36:39 25    still off-center on April 22nd, correct?

**OFFICIAL TRANSCRIPT**

08:36:42  1    A.    Yes.  And I've stated at other times, that there are

08:36:47  2    numerous ways that the pipe could be off-center.

08:36:49  3    Q.    Now, you do agree, don't you, that it is, in fact,

08:37:05  4    possible that the pipe broke before autoshear time, right?

08:37:09  5    A.    Actually, I don't think that's possible based on the

08:37:11  6    evidence.

08:37:11  7    Q.    Well, let's see, Deposition 159, lines 10 to 22.

08:37:17  8          "QUESTION:  And so it's possible that the pipe above

08:37:31  9    the upper annular could have separated prior to autoshear

08:37:33 10    activation?

08:37:34 11          "ANSWER:  That's possible."

08:37:37 12          Were you asked that question?  Did you give that

08:37:38 13    answer at your deposition?

08:37:39 14    A.    Yes.  And since that time, I continued to look at the

08:37:44 15    evidence and I changed my mind.

08:37:46 16    Q.    You haven't submitted any rebuttal, sent in any additional

08:37:50 17    revision to your report, have you?

08:37:52 18    A.    No.

08:37:52 19    Q.    In fact, you don't discuss this issue at all as to when

08:37:54 20    the pipe separated in your report, do you?

08:37:58 21    A.    Don't discuss at all, I don't know what that means.

08:38:00 22    Q.    I'll take the *at all* out of it.

08:38:05 23          You didn't discuss this issue when the pipe separated

08:38:07 24    in your report, isn't that a fact?

08:38:09 25    A.    Not in my report.

**OFFICIAL TRANSCRIPT**

08:38:10  1    Q.    You indicated earlier that the pipe was likely to have

08:38:15  2    broken as a result of tension created by large rig drifts, do

08:38:19  3    you recall that?  Just a few minutes ago.

08:38:21  4    A.    Yes.

08:38:22  5    Q.    And in your report, you indicate that, in fact, the rig

08:38:27  6    drifted 1600 feet off location within a few hours of the

08:38:33  7    explosion, correct?

08:38:36  8    A.    Yes, within a few hours of the explosion.

08:38:38  9    Q.    Let's see TREX 22740-14D.

08:38:55 10          Not the sentence I've highlighted for some reason,

08:38:58 11    but beginning just after the source reference to 29.  Do you

08:39:01 12    see where it says, "Early on April 21st the rig was reported to

08:39:04 13    have drifted in a northeasterly direction by fifteen or

08:39:08 14    1600 feet."

08:39:09 15          Do you see that?

08:39:09 16    A.    Yes.

08:39:15 17          MR. DOYEN:  Your Honor, if I could approach and really

08:39:17 18    go old school, I'm going to use the chart to draw a picture for

08:39:21 19    a minute.

08:39:21 20    Q.    All right.  So we have the BOP at the bottom of the ocean.

08:39:45 21    And we've got the rig up here on the sea.  Oil derrick on top

08:39:53 22    of the rig.  And we've got the drill pipe that goes down to the

08:39:58 23    BOP.  With me so far?

08:40:00 24    A.    Yes.

08:40:00 25    Q.    And the theory is that as the rig moves off station in a

08:40:09  1   random direction here, draw the rig over here, that causes --

08:40:13  2   puts -- it deflects the pipe above the BOP causing the pipe to

08:40:19  3   be deflected inside the BOP, correct?

08:40:22  4   A.    Yes.

08:40:22  5   Q.    And so let's see if we get the dimensions right here.  The

08:40:26  6   BOP is really pretty close to 5,000 feet below, maybe

08:40:30  7   5,040 feet.  But 5,000 is pretty close, isn't it?

08:40:34  8   A.    That's right.

08:40:34  9   Q.    And on the evening of the -- I shouldn't say evening --

08:40:38 10   early in the morning of 21st, a few hours after the explosion,

08:40:43 11   you say in your report the rig drifts by fifteen to 1600 feet,

08:40:47 12   correct?

08:40:47 13   A.    Yes.

08:40:50 14   Q.    Off station?

08:40:50 15   A.    Yes.

08:40:51 16   Q.    Pulling the pipe, putting tension on the pipe, correct?

08:40:59 17   A.    It would have put tension on the pipe because it now has a

08:41:02 18   longer distance between the BOP and the rig.

08:41:04 19   Q.    Did you -- there is no calculation in your report of how

08:41:07 20   much longer distance there is; is there?

08:41:10 21   A.    No.  I don't think I specifically did that.

08:41:11 22   Q.    But it's not hard to do that, is it?

08:41:16 23   A.    No.

08:41:16 24   Q.    The distance, how much longer it is.  I think you said in

08:41:20 25   your direct examination that physics is physics.  And it's not

**OFFICIAL TRANSCRIPT**

08:41:27  1   as catchy, but geometry is geometry.  You can go with that,

08:41:33  2   too?

08:41:33  3   A.   Yes.

08:41:34  4   Q.   So we can just apply the Pythagorean theorem.  We can

08:41:38  5   figure out how much longer this distance is, correct?

08:41:40  6   A.   Yes.

08:41:40  7   Q.   I've done the calculations.  And if you would like

08:41:42  8   something, I'll give you a device and you can do the

08:41:44  9   calculations yourself.

08:41:45 10          But that calculation shows, if you take 5,000 feet to

08:41:48 11   the BOP, very close to accurate, 1600 feet for a going off

08:41:53 12   station.  C equals 5,249 feet.

08:41:59 13          So this distance here, as you say, that creates

08:42:04 14   tension.  The extra distance we have from the BOP to the rig is

08:42:08 15   249 feet.  Sound right?  83 yards.

08:42:16 16          Do you want to check the math?  Do you accept that?

08:42:20 17   A.   I would normally want to check the math, yes.  You also

08:42:24 18   need to remember that the drill pipe is flexible.

08:42:28 19   Q.   I understand.  It will certainly bend.

08:42:31 20          Let me ask you this:  249 feet, that's a lot further

08:42:34 21   than the end of the courtroom, isn't it?

08:42:37 22   A.   249 feet is longer than the courtroom.

08:42:38 23   Q.   83 yards means catching the football at the 17-yard line,

08:42:42 24   going all the way down the field for a field goal.

08:42:45 25   A.   Yes.

**OFFICIAL TRANSCRIPT**

08:42:46  1    Q.    That's a long way.

08:42:47  2          You didn't do any analysis to show that steel pipe

08:42:49  3    can stretch 249 feet, did you?

08:42:54  4    A.    I didn't do that particular analysis myself.

08:42:56  5    Q.    Isn't it a fact, sir, that there is no analysis whatsoever

08:42:59  6    in your report that explains how this piece of pipe could

08:43:03  7    possibly have stayed intact when it needs to stretch 249 feet

08:43:10  8    in order to get where you say it got in this large rig drift?

08:43:15  9          There is no explanation in your report how it could

08:43:17 10    possibly have stayed intact until the morning of the 22nd, when

08:43:22 11    you need rig drift to account for why the pipe is off-center.

08:43:25 12    A.    I didn't do that particular calculation, no.

08:43:27 13    Q.    You understand, don't you, that Mr. Childs and others

08:43:46 14    offer a different explanation of why the pipe is off-center?

08:43:50 15    A.    Yes.  In fact, I agree that at the later times there are

08:43:55 16    different ways that the pipe could be off-center.

08:43:58 17    Q.    You understand that Mr. Childs and others contain that the

08:44:02 18    force of the flow, the flow of this well during the blowout

08:44:06 19    created sufficient force to push the pipe against the side of

08:44:10 20    the well at AMF time, you understand that, don't you?

08:44:14 21    A.    That's their theory, yes.

08:44:16 22    Q.    You are familiar with the concept called *elastic buckling*,

08:44:20 23    aren't you?

08:44:21 24    A.    Yes.

08:44:22 25    Q.    I can illustrate that with any sufficiently thin piece of

**OFFICIAL TRANSCRIPT**

08:44:26  1    metal, like the metal in my hand, which is a ruler.

08:44:28  2         Do you see that?

08:44:29  3    A.   Yes.

08:44:29  4    Q.   Characteristic of elastic buckling is that spring is

08:44:34  5    there, that under tension, as we press up on this elastic

08:44:39  6    ruler, it bends.  When we release the tension, it goes back to

08:44:41  7    being straight.  Correct?

08:44:42  8    A.   That's actually compression, just to be clear.

08:44:45  9    Q.   I'm sorry.  I didn't mean to distinguish tension versus

08:44:45 10    compression.

08:44:46 11         Some force from below pushing up the pipe, pushing up

08:44:49 12    the ruler in this case, right?

08:44:51 13    A.    If there is no other force applied, yes.

08:44:54 14    Q.    I'm just talking about what's happening with this ruler in

08:44:57 15    my hand.  I'm pressing up, causes the ruler to buckle or bend,

08:44:57 16    right?

08:45:03 17    A.    Yes.

08:45:04 18    Q.    And then when I stop pressing up, it goes back to being

08:45:04 19    straight.

08:45:04 20    A.    Yes.

08:45:06 21    Q.    That's elastic buckling, correct?

08:45:08 22    A.    Yes.

08:45:10 23    Q.    And you agree, in fact, that, remarkable as it is,

08:45:17 24    five-and-a-half inch steel pipe that's a mile long, a very long

08:45:22 25    section of pipe, can elastically buckle like this ruler, not so

                              **OFFICIAL TRANSCRIPT**

08:45:28 1    dramatically as that, but proportionately, that that actually

08:45:29 2    happens to drill pipe, correct?

08:45:31 3    A.    Yes.  As the drill pipe is so long, it's extremely soft

08:45:36 4    and can buckle to the side if the forces are correct for it to

08:45:41 5    happen.

08:45:41 6    Q.    Now, I think you said several times in your direct that

08:45:43 7    the theory -- the flow from the well was bending the pipe was

08:45:47 8    Transocean's theory, or Mr. Childs' theory.

08:45:50 9          You do understand that it wasn't either Transocean or

08:45:53 10   Mr. Childs who first explained that the reason the drill pipe

08:45:56 11   was off-center in the BOP was that the flow of the well pushed

08:46:01 12   the pipe against the side of the well?  You understand that,

08:46:04 13   don't you?

08:46:06 14   A.    That's not the first time I saw it, no.

08:46:12 15          MS. CHANG:  Your Honor, we object to this line of

08:46:15 16   questioning.  We believe this is DNV analysis.

08:46:19 17          MR. DOYEN:  Your Honor, I'm not going to go any further

08:46:22 18   into that.  I simply thought there was a suggestion before that

08:46:24 19   Transocean and Mr. Childs had come up with this, which is

08:46:26 20   definitely not true, but I'm not going to go any further into

08:46:29 21   the DNV analysis.

08:46:31 22          THE COURT:  All right.

08:46:31 23   BY MR. DOYEN:

08:46:35 24   Q.    Let's talk about some others.

08:46:36 25          Did you read Dr. Stevick's report.  You did read

**OFFICIAL TRANSCRIPT**

2774

08:46:39 1    that, didn't you?

08:46:40 2    A.    Yes.

08:46:40 3    Q.    Let's see TREX 7755111A.  I'm sorry.  I said that wrong.

08:46:47 4    I'll do it again.  7755110A.

08:46:53 5           This is from Halliburton's BOP expert, Dr. Stevick.

08:46:58 6    And he opines that, "As the blowout event began, hydrocarbons

08:47:03 7    entering the bottom of the well traveled upward to the well

08:47:10 8    through the drill string."

08:47:11 9           We all agree on that, correct?  Per the sentence, we

08:47:12 10   agree on that?

08:47:13 11          I'll let you read the whole thing.

08:47:37 12   A.    It doesn't refer to the specific point in time this is

08:47:39 13   taking place.

08:47:40 14   Q.    Just putting this up, I'm going to ask you questions about

08:47:42 15   what I'm putting up.

08:47:43 16          "As the blowout event began, hydrocarbons entering

08:47:46 17   the bottom of the well traveled upward to the well through the

08:47:51 18   drill string."

08:47:51 19          We agree with that, don't we?

08:47:53 20   A.    Assuming we haven't closed any hydraulics yet.

08:47:58 21   Q.    "And this flow," Dr. Stevick says, "along with the

08:47:59 22   pressure on the well, applied upward forces on the drill

08:47:59 23   string."

08:48:06 24          We agree with that, don't we?

08:48:06 25   A.    This would be flow in the annulus of the well.

**OFFICIAL TRANSCRIPT**

2775

08:48:08  1    Q.   And it would provide an upward force on the drill string,

08:48:12  2    wouldn't it?

08:48:12  3    A.   Yes.

08:48:13  4    Q.   And then skipping a sentence down there to get past some

08:48:15  5    of the technical stuff, it says, "The initial upward force

08:48:18  6    acted to compressively bow or buckle the drill string with

08:48:23  7    little upward force exceeding the weight load."

08:48:26  8         Do you see that?

08:48:27  9    A.   "...with little upward force exceeding the weight load."

08:48:30 10    Q.   Do you see that?

08:48:31 11    A.   That depends on where that is.

08:48:33 12    Q.   It's just a question.  Do you see that sentence there

08:48:35 13    where Dr. Stevick --

08:48:37 14    A.   Yes.

08:48:37 15    Q.   -- is opining that, "The initial upward force acted

08:48:42 16    compressively to bow or buckle the drill string"?

08:48:46 17         Do you see that?

08:48:47 18    A.   Yes, I see that.

08:48:47 19    Q.   And that is, in fact, the same thing that Transocean and

08:48:51 20    Dr. Childs say, isn't it?  Basically?

08:48:57 21    A.   Basically.  There is a lot more to it.

08:48:58 22    Q.   I understand that.

08:48:59 23         Let's look at, in fact, TREX 7755112A.  This is

08:49:05 24    Figure D2 from Dr. Stevick's report.

08:49:07 25         And he did a finite element analysis to see whether

**OFFICIAL TRANSCRIPT**

08:49:11  1    these forces, the flow of the well, the flow of the

08:49:14  2    hydrocarbons coming up the well could be sufficient to push the

08:49:17  3    pipe to the side of the well, correct?

08:49:22  4    A.    I believe that's what this is, yes.

08:49:23  5    Q.    And he determined that, in fact, there was sufficient flow

08:49:25  6    in the well, as a result of the blowout, to push that pipe over

08:49:29  7    to the side of the BOP, correct?

08:49:35  8    A.    Yes.  This would be before hydraulics are activated.

08:49:39  9    Q.    You don't discuss Dr. Stevick's report in your report at

08:49:44 10    all, do you?

08:49:45 11    A.    I don't believe so.

08:49:45 12    Q.    You don't offer any criticism of his calculation, his way

08:49:48 13    of going about figuring out whether there was sufficient flow

08:49:50 14    to buckle the pipe; isn't that true?

08:49:52 15    A.    My reports discuss that, but not with relation to Stevick.

08:49:58 16    Q.    You testified earlier, I think, that you were commenting

08:50:03 17    in this case as someone outside the industry.

08:50:07 18         Do you recall that?

08:50:08 19    A.    Yes.

08:50:08 20    Q.    You do understand, don't you, that it has been long

08:50:11 21    understood in the petroleum industry that fluid flow in a well

08:50:15 22    can buckle the drill pipe?

08:50:17 23    A.    That's my understanding, yes.  I've seen technical papers,

08:50:21 24    for example, on it.

08:50:23 25    Q.    Well, you, in fact, cited one overview of the extensive

08:50:28  1    literature on this subject in your reliance documents, didn't

08:50:28  2    you?

08:50:33  3    A.    I believe I did, yes.

08:50:33  4    Q.    Let's put up TREX 22693-41A.

08:50:42  5          This is a document shown in your reliance list,

08:50:47  6    J.C. Cunha, *Buckling of Tubulars Inside Wellbores:  A Review on*

08:50:52  7    *Recent Theoretical and Experimental Works.*

08:50:55  8          Do you see that?

08:50:56  9    A.    Yes.

08:50:56 10    Q.    And you learned from Dr. Cunha that the effect of fluid

08:51:03 11    flow on buckling production tubing has been studied in

08:51:07 12    wellbores since at least the 1960s, didn't you?

08:51:10 13    A.    I don't recall specifics.

08:51:11 14    Q.    Well, do you recall learning from Mr. Cunha that it is --

08:51:18 15    a good understanding of the buckling behavior of pipes in oil

08:51:22 16    well operations is very important in the petroleum industry?

08:51:27 17    A.    I don't recall the specifics.

08:51:28 18    Q.    Do you recall Mr. Cunha -- learning from Mr. Cunha that

08:51:33 19    there have been a great number of articles on this subject over

08:51:39 20    the last 50 years?

08:51:41 21    A.    Yes.

08:51:41 22    Q.    And, in fact, Mr. Cunha cites 48 such articles in his

08:51:49 23    review of the literature, doesn't he?

08:51:51 24    A.    I don't remember exactly.

08:51:51 25    Q.    Quite a number of cites at the end of his article, aren't

                              **OFFICIAL TRANSCRIPT**

08:51:54  1    there?

08:51:54  2    A.    Yes.

08:51:55  3    Q.    And you didn't cite any of those articles in your report,

08:51:59  4    did you?

08:52:00  5    A.    No.

08:52:00  6    Q.    Before this case you had never worked on a problem

08:52:07  7    involving buckling of a drill pipe in an oil well, correct?

08:52:11  8    A.    Not drill pipe in an oil well, no.

08:52:14  9    Q.    You viewed Stress Engineering's report for the

08:52:21 10    Macondo well as well, didn't you?

08:52:23 11    A.    Yes.

08:52:23 12    Q.    Let's look at TREX 50150-2.

08:52:38 13          This is the Stress Engineering Services *Hydraulic*

08:52:42 14    *Analysis of Macondo 252 Well String*.

08:52:44 15          Do you see that?

08:52:44 16    A.    Yes.

08:52:45 17    Q.    In fact, you mention this in your report, don't you?

08:52:49 18    A.    Yes.  It is actually an appendix to the Transocean report.

08:52:53 19    Q.    Correct.  It is attached as an appendix -- I'm sorry.  I

08:52:57 20    didn't mean to cut you off.

08:52:58 21    A.    I assume this is the same document, but I'm not sure.

08:53:00 22    Q.    Yes, sir.

08:53:01 23          You did look at an appendix with a similar title, an

08:53:06 24    appendix from the Transocean report, correct?

08:53:09 25    A.    I believe this is it, yes.

**OFFICIAL TRANSCRIPT**

08:53:10  1   Q.   I will represent to you this is it.  I've just taken the

08:53:13  2   cover page off the report rather than the cover page of the

08:53:16  3   appendix and put that on the screen.

08:53:16  4   A.   Okay.

08:53:19  5   Q.   Okay.  The previous page would say *Appendix* instead of the

08:53:22  6   *Stress Engineering* title.

08:53:23  7        Let's also look at 76972A.

08:53:27  8        This one was Appendix M to the Transocean internal

08:53:37  9   report.  And this is another Stress Engineering report called

08:53:40 10   *The Structural Analysis of the Macondo 252 Work String*.

08:53:43 11        Do you see that?

08:53:44 12   A.   Yes.

08:53:45 13   Q.   And you reviewed that, correct?

08:53:47 14   A.   Yes.

08:53:49 15   Q.   And let's put up TREX 769716A.

08:54:04 16        And you understand that Stress Engineering did some

08:54:07 17   analysis and determined that at the time of the blowout, by the

08:54:11 18   time the crew closed the variable bore rams, there was

08:54:16 19   sufficient flow in the well to buckle the pipe in a helical

08:54:21 20   fashion, correct?

08:54:25 21   A.   I don't know which of the analyses this is for, whether

08:54:28 22   there is any hydraulics closed or not.

08:54:32 23   Q.   You understand that Stress Engineering concluded that the

08:54:36 24   forces in the well would helically buckle the pipe, correct?

08:54:41 25   A.   They did conclude that based on what I believe are

**OFFICIAL TRANSCRIPT**

08:54:44  1   erroneously high forces, but, yes.

08:54:47  2   Q.    Okay.  Let's go back to TREX 76972B, please.

08:55:04  3         And you understand -- so I'm back on the *Structural*

08:55:07  4   *Analysis of the Macondo 252 Work String*, the report from

08:55:12  5   Stress Engineering that you reviewed, correct?

08:55:14  6         Do you see that?

08:55:14  7   A.    Yes.

08:55:15  8   Q.    And you see that was prepared by Dr. David Garrett, don't

08:55:18  9   you?

08:55:18 10   A.    Yes.

08:55:19 11   Q.    And he is, in fact, one of the leading experts in the

08:55:23 12   petroleum industry on the mechanics and flows in oil wells, is

08:55:27 13   he not?

08:55:28 14   A.    I don't know the exact -- his background.

08:55:32 15   Q.    Well, Dr. Garret, when he did a calculation as to how much

08:55:37 16   force was created by the blowout, by the time and after the

08:55:41 17   crew closed the variable bore rams, and whether that was

08:55:47 18   sufficient to buckle the pipe, he used a method that he

08:55:49 19   developed and published 30 years ago; isn't that true?

08:55:53 20   A.    I don't know what the source of the methodology was.

08:55:54 21   Q.    Did you review Dr. Garrett's published paper on the

08:55:58 22   subject?

08:55:59 23   A.    No, not that published paper.

08:56:00 24   Q.    In fact, your report contains no discussion as to whether

08:56:08 25   the methods used by Dr. Garrett are consistent with the

**OFFICIAL TRANSCRIPT**

08:56:13 1   standard petroleum industry literature on how you do the

08:56:18 2   problems; isn't that true?

08:56:20 3   A.   I didn't have to go that far.  I could see that there were

08:56:23 4   errors in the work.

08:56:24 5   Q.   Based on your own analysis, correct?

08:56:26 6   A.   Yes.

08:56:27 7   Q.   Not based on the industry standard literature, which you

08:56:31 8   did not cite; isn't that true?

08:56:33 9   A.   I stated that I went back to first principles in doing my

08:56:36 10  analyses.  I'm not using standards.  I'm using physics.

08:56:40 11  Q.   You said before that you thought Stress concluded that

08:56:50 12  there were -- the forces were too high.  I want to go back to

08:56:54 13  that for just a second.

08:56:55 14       You do understand, don't you, that Stress did a

08:56:59 15  calculation of the forces in the well based on a flow rate at

08:57:04 16  the time of the blowout of 60,000 barrels per day?

08:57:12 17  A.   When I was looking at their work, they did some analysis

08:57:17 18  of the gas expansion and came up with flow rates that were

08:57:24 19  different than they would have been at the BOP, and I believe

08:57:29 20  that was all based on 60,000.  But I don't remember for sure.

08:57:32 21  Q.   All right.  Let's pull up TREX 50150145A, please.

08:57:38 22       This is the Stress report that was Appendix G to the

08:57:44 23  Transocean internal report.  And you see in this scenario here

08:57:47 24  for just prior to VBR closure, we're talking about the riser

08:57:54 25  being filled with hydrocarbons and the flow around the work

**OFFICIAL TRANSCRIPT**

08:57:54 1    string.

08:57:57 2            Do you see that?

08:57:57 3    A.   Yes.  This is what they call *Scenario Two*.

08:58:02 4    Q.   I didn't mean to cut you off.

08:58:03 5    A.   This is *Scenario Two*.

08:58:05 6    Q.   The flow, they say, is approximately 60,000 barrels per

08:58:11 7    day, right?

08:58:13 8    A.   Yes.

08:58:13 9    Q.   And you state in your report that the flow rate of 60,000

08:58:17 10   barrels per day seems reasonable, don't you?

08:58:19 11   A.   Yes.

08:58:20 12   Q.   It's fair to say, isn't it, Dr. Davis, you're not an

08:58:36 13   expert in BOP control systems?

08:58:42 14   A.   I don't know exactly what that means.  In general, I am

08:58:45 15   not a designer of control systems for BOPs.

08:58:48 16   Q.   Well, in fact, you've never seen a control system for a

08:58:52 17   BOP before you started working on the Macondo matter, correct?

08:58:55 18   A.   Correct.

08:58:56 19   Q.   Is it fair to say also you're not an expert in batteries,

08:58:56 20   are you?

08:59:05 21   A.   I have some understanding of batteries sufficient for this

08:59:07 22   case, which is pretty basic.

08:59:09 23   Q.   Okay.  Let's look at Cameron, the Cameron document

08:59:15 24   TREX-360518.

08:59:26 25            In your direct examination, I think you were talking

**OFFICIAL TRANSCRIPT**

08:59:28  1    about the recommendation from Cameron that the batteries be

08:59:34  2    changed after one year on time operation, do you see that?

08:59:36  3    A.    Yes.

08:59:39  4    Q.    That's because -- you're focused on that one because you

08:59:42  5    concluded in your report that the 9-volt and the 27-volt

08:59:50  6    batteries were all manufactured more recently than five years

08:59:52  7    prior to the incident, correct?

08:59:55  8    A.    Yes.  Slightly more recently.

08:59:56  9    Q.    Your report doesn't discuss the number of actuations in

09:00:01 10    the second bullet there, does it?

09:00:04 11    A.    No, because we couldn't find records of number of

09:00:08 12    actuations.

09:00:10 13    Q.    So back to the one year on time operation.  You think that

09:00:12 14    the period, the one-year period applies when the batteries are

09:00:15 15    placed in the pod; is that correct?

09:00:18 16    A.    Are placed in the SEM.

09:00:20 17    Q.    Placed in the SEM on the pod.

09:00:24 18    A.    If the SEM is in the pod at the time, yes.

09:00:26 19    Q.    You do understand that the batteries can sit on the shelf

09:00:29 20    for four years and then be placed in the SEM for a year under

09:00:32 21    the Cameron recommendation, correct?

09:00:35 22    A.    Yes.  That would be my understanding.  Once the wires are

09:00:40 23    connected in the SEM, that's when your time starts.

09:00:43 24    Q.    You do know, don't you, that the *Deepwater Horizon* had

09:00:47 25    three pods, correct?

**OFFICIAL TRANSCRIPT**

09:00:48  1    A.    Yes.

09:00:48  2    Q.    So any time the BOP is sitting down there on the bottom of

09:00:52  3    the ocean, one of the pods is sitting upstairs unused, correct?

09:00:56  4    A.    Yes, as a spare.

09:00:58  5    Q.    You're assuming that if the batteries are placed into the

09:01:01  6    SEM, even if the pod is not being used, that constitutes on

09:01:05  7    time operation; is that right?

09:01:08  8    A.    I'm sorry, please repeat that.

09:01:10  9    Q.    Certainly.  Your assumption is that putting batteries into

09:01:14 10    the SEM, as you say, constitutes on time operation even if that

09:01:20 11    SEM and that pod are sitting up on the shelf not being used,

09:01:20 12    correct?

09:01:25 13    A.    Well, it's just not my assumption.  We saw documents that

09:01:29 14    Cameron said that.

09:01:30 15    Q.    Well, I'll put it this way, that is your view; how about

09:01:32 16    that?

09:01:32 17    A.    That is my view.

09:01:34 18    Q.    You didn't look to see how long, in fact, this SEM on this

09:01:38 19    Blue Pod had, in fact, been in use on the BOP, did you?

09:01:43 20    A.    Specifically on use on a BOP, no.

09:01:46 21    Q.    Let's put up TREX 22729-15(b).

09:02:07 22          You read Dr. Zatarain's report concerning batteries

09:02:10 23    and other issues, didn't you?

09:02:11 24    A.    Yes.

09:02:13 25          MR. DOYEN:  May I inquire of counsel, Your Honor, is it

**OFFICIAL TRANSCRIPT**

09:02:18  1    Dr. Zatarain or Mr. Zatarain?

09:02:29  2              UNIDENTIFIED SPEAKER:  Mr. Zatarain.

09:02:29  3              MR. DOYEN:  Mr. Zatarain.

09:02:29  4    BY MR. DOYEN:

09:02:31  5    Q.    I'm sorry if I already asked this.  You reviewed this,

09:02:32  6    correct?  You reviewed Mr. Zatarain's report?

09:02:35  7    A.    Yes.

09:02:36  8    Q.    It's, in fact, cited in your report, I believe.

09:02:38  9              You understand Mr. Zatarain has done an analysis of

09:02:43 10    possible starting conditions of the batteries.  That's on the

09:02:47 11    left-hand side of the chart, correct?

09:02:48 12    A.    Yes.

09:02:48 13    Q.    Then on the right side of the chart, he says, if you

09:02:51 14    started with those condition of the batteries, what would you

09:02:55 15    find if you tested after the incident, correct?

09:02:58 16    A.    Yes.

09:02:58 17    Q.    He's using that as a method to try and figure out what we

09:03:01 18    can learn from the tests that were conducted later about the

09:03:03 19    condition of the batteries, right?  Do you agree with that?

09:03:13 20    A.    I'm not quite sure which test after that you're talking

09:03:16 21    about.

09:03:16 22    Q.    Well, let's go back to that.

09:03:18 23    A.    This basically documents his understanding of how the

09:03:22 24    system works.

09:03:22 25    Q.    Okay.  You agree with me, you stated in your report that

**OFFICIAL TRANSCRIPT**

09:03:28  1  the 27-volt battery was dead at the time it was tested at
09:03:34  2  Michoud, correct?
09:03:35  3  A.   Yes.
09:03:35  4  Q.   I think, in fact, you characterized it as quite dead at
09:03:40  5  the time it was tested at Michoud, right?
09:03:43  6  A.   Yes.  I mean, it still had a small voltage, but it was
09:03:48  7  practically dead.
09:03:48  8  Q.   For battery purposes, having such a tiny voltage is quite
09:03:52  9  dead, fair?
09:03:52 10  A.   Yes.
09:03:53 11  Q.   You also testified that the 9-volt batteries on the
09:03:57 12  Blue Pod were absolutely good, do you recall that --
09:03:59 13  A.   Yes.
09:03:59 14  Q.   -- when they were tested at Michoud, correct?
09:04:04 15  A.   Yes.
09:04:04 16  Q.   All right.  So let's look at Mr. Zatarain's chart.
09:04:12 17       You see the first incident, the first, I'll say, case
09:04:16 18  or scenario in which we have a bad battery, a dead battery at
09:04:21 19  the time of the incident, is Case Number 3.  Do you see that?
09:04:25 20  A.   Yes.
09:04:26 21  Q.   Why don't we go ahead and pull up -- do we have 15(a),
09:04:35 22  22790-15(a), so I can see that a little bit better.
09:04:37 23       So Mr. Zatarain concludes that if we had a bad
09:04:41 24  27-volt battery on the night of the 20th at AMF time, what we
09:04:49 25  would find when we did testing later was three bad batteries,

OFFICIAL TRANSCRIPT

09:04:52 1    three dead batteries, correct?

09:04:55 2    A.    That's what that scenario would result in, but that's not

09:05:01 3    the scenario that occurred here.

09:05:02 4    Q.    I'm just trying to understand the scenario.

09:05:06 5              The reason that we would have three bad batteries if

09:05:10 6    we started with a dead 27-volt battery is that there's

09:05:14 7    inadequate 27-bolt power available to disable the AMF boards;

09:05:18 8    and, as a result, the SEMs on the boards continue to run,

09:05:21 9    running down the 9-volt battery, correct?

09:05:25 10   A.    That's the understanding, yes.

09:05:25 11   Q.    You don't disagree with that, do you?

09:05:27 12   A.    No.

09:05:27 13   Q.    The second scenario he looks at where we have a bad

09:05:33 14   27-volt battery on the evening of the 20th is line six.  Here,

09:05:40 15   he imagines, supposed we started with a good battery, a good

09:05:43 16   9-volt battery, a weak 9-volt battery and a bad 27-volt

09:05:52 17   battery, do you see?

09:05:52 18   A.    Yes.

09:05:52 19   Q.    He says, if we started out that way on the 20th with a

09:05:54 20   dead 27-volt battery, we once again, when we tested them later,

09:05:58 21   would have three dead batteries, a bad 9-volt, a bad 9-volt and

09:06:03 22   a bad 27-volt, correct?

09:06:05 23   A.    If that was the scenario, which it wasn't.

09:06:08 24   Q.    It's for the same reason, right, that if we started with

09:06:10 25   that dead battery on the 27th, the SEMs would not be able to

**OFFICIAL TRANSCRIPT**

09:06:15 1    turn themselves off, they would stay on, they would run down

09:06:17 2    the battery, correct?

09:06:19 3    A.    Yes.

09:06:19 4    Q.    In fact, we did not find three dead batteries at Michoud,

09:06:24 5    did we?

09:06:25 6    A.    No, we didn't.

09:06:25 7    Q.    So we can rule out that scenario, correct?

09:06:28 8    A.    Yes.

09:06:29 9    Q.    The only other scenario that Mr. Zatarain lists where we

09:06:35 10   start with a dead 27-volt battery at the time of the incident

09:06:38 11   on the 20th is the last one here, where he supposes, well,

09:06:44 12   suppose instead of two good or one good and one weak, we

09:06:49 13   actually have a good one, a bad one -- a bad 9-volt battery, a

09:06:52 14   good 9-volt battery, and a bad 27-volt battery.

09:06:54 15         Once again, if we had a bad 27-volt battery, we would

09:06:58 16   have three dead batteries at Michoud, correct?

09:07:03 17   A.    If that was the scenario, which it isn't.  None of those

09:07:06 18   scenarios are the one that took place.

09:07:09 19   Q.    You also agree that if we had a dead 9-volt battery, the

09:07:13 20   only other scenario that he doesn't mention is if on the 27th

09:07:18 21   all three batteries were dead, so you have a dead 27-volt

09:07:21 22   battery and two dead 9-volt batteries, they would all be dead

09:07:26 23   at Michoud, correct?

09:07:28 24   A.    That's another scenario; but, again, that's not the one

09:07:30 25   that occurred.  The one that occurred is when the 27-volt

**OFFICIAL TRANSCRIPT**

2789

09:07:34  1    battery was weak.

09:07:35  2    Q.   So we can all agree, can't we, that although we found the

09:07:38  3    battery dead at Michoud, the 27-volt battery dead at Michoud,

09:07:45  4    it was not dead on the 20th, correct?

09:07:47  5    A.   It was, in all likelihood, weak.

09:07:49  6    Q.   So it drained sometime after the 20th before it was tested

09:07:53  7    on the 21st -- sorry, I said that wrong.  The 27-volt battery

09:07:59  8    drained after the 20th before it was tested at Michoud,

09:07:59  9    correct?

09:08:03 10    A.   There could have been some draining, yes.

09:08:04 11    Q.   Well, we, in fact, know there was some drainage because,

09:08:08 12    by the testimony you just gave, it was not dead on the 20th,

09:08:11 13    and was later tested and found to be dead, correct?

09:08:15 14    A.   It was -- yes.  That's correct.  It was probably weak.

09:08:19 15    Q.   You understand that Transocean did some tests to try and

09:08:27 16    determine whether there were mechanisms that explain how the

09:08:30 17    27-volt battery drained, correct, after the event?

09:08:34 18    A.   Transocean did some separate tests, yes.

09:08:35 19    Q.   You did no test on that subject, correct?

09:08:41 20    A.   I only had the tests that were done with DNV and the TWG.

09:08:46 21    Q.   You and your team did no testing, correct?

09:08:49 22    A.   Not independently, no.

09:08:51 23    Q.   Well, by not independently, you mean you saw the DNV tests

09:08:56 24    that were done at Michoud?

09:08:57 25    A.   We participated in the work at Michoud with DNV.

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 09:09:01 | 1 | Q.   Let's turn to solenoids. |
| 09:09:12 | 2 | Solenoid 103 is the particular solenoid we're talking |
| 09:09:16 | 3 | about in this case.  Do you remember that number? |
| 09:09:18 | 4 | A.   Yes. |
| 09:09:18 | 5 | Q.   That's the one that has reverse polarity wiring, correct? |
| 09:09:24 | 6 | A.   Yes. |
| 09:09:25 | 7 | Q.   Now, Solenoid 103 has two points, correct? |
| 09:09:32 | 8 | A.   Yes.  It's designed with two concentric coils. |
| 09:09:35 | 9 | Q.   The dual coil provides redundancy, correct? |
| 09:09:40 | 10 | A.   Yes. |
| 09:09:40 | 11 | Q.   As a result of that, if one of the coils on the solenoid |
| 09:09:45 | 12 | is bad, the solenoid can still function, correct? |
| 09:09:50 | 13 | A.   Yes. |
| 09:09:50 | 14 | Q.   In fact, during the testing that was done at Michoud, |
| 09:09:57 | 15 | every time, only one coil was activated on this particular |
| 09:10:01 | 16 | solenoid to function, correct? |
| 09:10:06 | 17 | A.   If one solenoid is actually activated, yes, it does shift. |
| 09:10:11 | 18 | Q.   So if for any reason on the evening of the 20th, only one |
| 09:10:17 | 19 | of the coils was activated, the solenoid would function, |
| 09:10:23 | 20 | correct? |
| 09:10:23 | 21 | A.   Assuming that it's not stuck because of debris, yes. |
| 09:10:26 | 22 | Q.   Debris is not discussed -- |
| 09:10:27 | 23 | A.   And assuming the batteries -- |
| 09:10:28 | 24 | Q.   -- in your report, true, sir? |
| 09:10:31 | 25 | A.   Sorry, let me finish what I was saying. |

**OFFICIAL TRANSCRIPT**

09:10:35  1            Assuming that there wasn't too much debris to cause
09:10:38  2     it to stick, and assuming the batteries were all good.
09:10:41  3     Q.    It's your testimony, isn't it, the batteries on the
09:10:46  4     yellow pod were all sufficient to cause the solenoid to
09:10:51  5     function, correct?
09:10:53  6     A.    They would have been sufficient, yes.
09:10:54  7     Q.    Now, you understand, don't you, that Solenoid 103 on the
09:11:00  8     yellow pod -- let me try that again.
09:11:03  9            You understand that Solenoid 103 on the yellow pod
09:11:10 10     had been replaced less than 90 days before the accident?
09:11:16 11     A.    Yes, that's my understanding.
09:11:17 12     Q.    Let's put up TREX-7 -- I'm sorry, TREX-3797-4(a).
09:11:34 13            This is an e-mail that was in your reliance documents
09:11:39 14     in TREX-3797.  Do you recognize that e-mail from Mr. Guidry on
09:11:45 15     the 31st of January, 2010?
09:11:57 16     A.    It's been a long time.  I don't recall.
09:11:59 17     Q.    Well, let's just read what it says there.  "Mr. Guidry is
09:12:03 18     reporting on the 31st, 2010, that Mr. Haye had informed him
09:12:09 19     that they were getting a number of coil break indications,"
09:12:12 20     again on yellow.
09:12:14 21            Coil break indications would be coil breaking in the
09:12:17 22     solenoids, correct?  That's what you understand?
09:12:20 23     A.    It's my understanding.
09:12:21 24     Q.    And then he says, in the second sentence I've highlighted,
09:12:24 25     "I can go ahead and pull them, clean them, replace the

**OFFICIAL TRANSCRIPT**

09:12:28 1    solenoids that were giving break indications," do you see that?

09:12:30 2    A.    Yes.

09:12:31 3    Q.    Did you look to see in the subsea departmental activity

09:12:36 4    reports whether, in fact, such work was reflected in the

09:12:38 5    contemporaneous records?

09:12:40 6    A.    I don't recall.

09:12:40 7    Q.    All right.  Well, let's look at TREX-51245-225(b), please.

09:12:50 8    So these are entries from the subsea departmental activity

09:12:56 9    report for the very end of January and the beginning of

09:13:00 10   February.  Do you see where it reports replacing bad solenoids

09:13:04 11   on the yellow pod, 31 January 2010?  Do you see that?

09:13:08 12   A.    On yellow bad -- yellow pod, I assume they meant.

09:13:12 13   Q.    Typo of some sort there.

09:13:14 14         On the 1st of February, 2010, do you see where it

09:13:18 15   says, continue changing out bad solenoids on yellow pod?  Do

09:13:21 16   you see that?

09:13:21 17   A.    Yes.

09:13:21 18   Q.    On the 2nd of February, pod maintenance on yellow.  Still

09:13:28 19   working on changing solenoids.  Do you see that?

09:13:30 20   A.    Yes.

09:13:30 21   Q.    Then on the 6th of February, do you see where it says,

09:13:33 22   function test on both pods from the CCU?

09:13:36 23   A.    Yes.

09:13:37 24   Q.    You don't deny that any of this work was done, do you?

09:13:41 25   A.    No.

**OFFICIAL TRANSCRIPT**

2793

09:13:41  1    Q.    Let's look at TREX-4828-8(a).

09:13:54  2          I'm sorry, I couldn't find a better example of this

09:13:56  3    photograph, but you have seen photographs of Solenoid 103,

09:14:01  4    haven't you?

09:14:02  5    A.    Yes.

09:14:02  6    Q.    There are some hand-painted markings on the solenoid

09:14:07  7    itself, correct?

09:14:08  8    A.    Yes.

09:14:08  9    Q.    One of the markings says 103, which we've colored in

09:14:14 10    yellow just to highlight it there, do you see that?

09:14:16 11    A.    Yes.

09:14:16 12    Q.    There was also a date inscribed on it, handwritten in

09:14:20 13    white paint, where it says 2/2/10, February 2nd, 2010.  Do you

09:14:25 14    see that?

09:14:26 15    A.    Yes, I've seen this.

09:14:27 16    Q.    That information is, in fact, on solenoid 103, the one

09:14:32 17    we're talking about, correct?

09:14:34 18    A.    Yes.

09:14:34 19    Q.    That information on the solenoid is consistent with the

09:14:38 20    departmental activity reports, the contemporaneous reports

09:14:43 21    about changing out solenoids, correct?

09:14:45 22    A.    I think so.  Yes.

09:14:45 23    Q.    Let's go back to TREX 3797-2(k) from your reliance

09:14:53 24    documents.

09:14:57 25          You see that Mr. Guidry reports when asked, what did

**OFFICIAL TRANSCRIPT**

09:15:02  1    you do during those days when you were changing out solenoids,

09:15:06  2    he says, changed out several solenoids, including, based on the

09:15:10  3    notes in his tally book, Solenoid 103, correct?

09:15:14  4          He indicates at the end, each solenoid that I changed

09:15:17  5    also had marked on it the solenoid number, just like we just

09:15:22  6    saw, the associated pipe connector number, the date I changed

09:15:25  7    it, and my initials written in white with a paint marker; do

09:15:29  8    you see that?

09:15:29  9    A.    Yes.

09:15:29 10    Q.    That's also consistent with the physical evidence that you

09:15:32 11    saw, correct?

09:15:33 12    A.    Yes.

09:15:33 13    Q.    Mr. Guidry there references the notes he had in his tally

09:15:52 14    book.  Did you look at Mr. Guidry's tally book?

09:15:54 15    A.    I don't recall seeing his tally book.

09:15:57 16    Q.    Well, let's look at TREX-4823-5(b), please.

09:16:04 17          These are the notes in his -- I've had put two

09:16:07 18    different pages up on the screen.  Once, he's got the note,

09:16:10 19    changed, and then a bunch of numbers, 16, 12, 35, which would

09:16:15 20    be numbers of solenoid, continuing on down, 84, 86, 103,

09:16:21 21    correct?  Do you see that?

09:16:22 22    A.    Yeah.

09:16:22 23    Q.    Let's go back to TREX-3797-2(l).

09:16:36 24          Mr. Guidry also reported all the testing he did with

09:16:40 25    a PETU, do you see that?

OFFICIAL TRANSCRIPT

09:16:45  1      A.     Yeah.  We call it P-E-T-U.

09:16:47  2      Q.     PETU.  Fine.

09:16:50  3             That stands for what, sir?  Portable electronic

09:16:55  4      testing units?

09:16:55  5      A.     I believe that's right.

09:16:59  6      Q.     In fact, portable electronic testing units were used at

09:17:04  7      Michoud, correct, to test Solenoid 103?

09:17:07  8      A.     Yes, various varieties of PETU's.

09:17:11  9      Q.     So Mr. Guidry indicated that after the pod was

09:17:17 10      disconnected, he connected the PETU, and he performed an

09:17:21 11      initial test of all the functions using that device, do you see

09:17:24 12      that?

09:17:24 13      A.     Yes.

09:17:27 14      Q.     Then he marked down solenoids that gave indications of

09:17:34 15      coil break, do you see that?

09:17:34 16      A.     Yes.

09:17:35 17      Q.     Then he replaced the solenoids that had initially giving

09:17:35 18      coil fault breaks, do you see that?

09:17:35 19      A.     Yes.

09:17:40 20      Q.     Then he ran tests, again, with the same unit, do you see

09:17:40 21      that?

09:17:41 22      A.     Yes.

09:17:42 23      Q.     When he tested it again, he got a few more faults, stopped

09:17:46 24      and replaced those solenoids, as well, do you see that?

09:17:49 25      A.     Yes.

                                    **OFFICIAL TRANSCRIPT**

09:17:50 1    Q.    Then he says he started testing over, do you see that?

09:17:55 2          Then, before the pod went back on the LMPR -- the

09:18:01 3    lower marine riser package, correct -- with the portable

09:18:03 4    electronic testing unit, he tested every single function in all

09:18:08 5    solenoids, do you see that?

09:18:08 6    A.    Yes.  There is a problem there because we don't know what

09:18:12 7    variety PETU he was using, and it may not have done every

09:18:16 8    single function.

09:18:17 9    Q.    Let's talk about the PETU testing that was done at DNV.

09:18:28 10          You stated in your report -- back up just a second.

09:18:34 11          You have testified that when the DNV initially tested

09:18:38 12   Solenoid 103 on the portable electronic testing unit, the

09:18:44 13   results were inexplicable, correct?

09:18:47 14   A.    Yes.

09:18:48 15   Q.    You stated in your report that the proper interpretation

09:18:51 16   of this testing was severely confused, correct?

09:18:55 17   A.    Initially, it was, yes.

09:18:55 18   Q.    In fact --

09:18:58 19   A.    Because the PETU's, how they were actually functioning,

09:19:02 20   what signals they were putting out, was not clear.

09:19:05 21   Q.    In fact, you said it took many months for you and the

09:19:08 22   other experts to make sense of all the information you were

09:19:11 23   getting from these portable electronic testing units; isn't

09:19:11 24   that true?

09:19:15 25   A.    It took many months to get the PETU's characterized as we

**OFFICIAL TRANSCRIPT**

09:19:19 1    wished.  Then, once we knew that, it was very clear how the

09:19:23 2    results were consistent.

09:19:25 3    Q.   You described that as a painful experience, do you recall

09:19:29 4    that?

09:19:30 5    A.   It was painful getting -- for a lot of months there,

09:19:34 6    getting the PETU's finally characterized the way we wanted

09:19:38 7    them.

09:19:38 8    Q.   Let's look at TREX-22693-18(d) -- 18(d) --

09:19:57 9         You state in your rebuttal report that Cameron

09:19:59 10   mentioned in a field performance report that there were

09:20:01 11   problems with miswired solenoid valves, do you recall that?

09:20:04 12   A.   Yes.

09:20:08 13   Q.   You don't mention the date of this Cameron report in your

09:20:12 14   report, do you?

09:20:15 15   A.   I don't.  I don't recall.  It was after the accident.

09:20:20 16   Q.   It was actually five months after the accident; wasn't it?

09:20:24 17   A.   I don't know exactly.

09:20:25 18   Q.   Well, let's put up slide TREX-5165-1(a).

09:20:38 19        This is the report in which Cameron mentioned

09:20:44 20   problems, the need to test with both coils activated, do you

09:20:50 21   see that?

09:20:50 22   A.   Yes.

09:20:50 23   Q.   This is the one you referred to in your report, correct?

09:20:55 24        It was issued in September of 2010, five months after

09:20:58 25   the accident, correct?

**OFFICIAL TRANSCRIPT**

09:20:59  1    A.    Yes.

09:21:00  2    Q.    It warned the community, it's vital to check function of

09:21:08  3    the solenoids with both coils activated, correct?

09:21:11  4    A.    Yes.

09:21:11  5    Q.    Going back to the tests that were done at the DNV, you

09:21:24  6    describe those tests in your report, don't you?

09:21:27  7    A.    Yes.

09:21:27  8    Q.    In your report, you distinguished between two different

09:21:31  9    types of tests.  You distinguished between the portable

09:21:36 10    electronic testing unit, or bench test, and AMF test, correct?

09:21:43 11    A.    Yes.  PETU tests, bench tests.  There is actually -- you

09:21:50 12    might consider a PETU test a bench test, but there were also

09:21:54 13    bench tests not using PETU.  Then there were AMF tests with the

09:21:59 14    pod.

09:21:59 15    Q.    So there were some tests at -- let's put up slide

09:22:07 16    22693-19(a).  Maybe that's easier than our simply recalling it.

09:22:11 17           So there were about 42 tests at Michoud, you say,

09:22:16 18    that were either PETU based or bench based, correct?

09:22:19 19    A.    Yes.  When I say bench, I mean not using the PETU.

09:22:22 20    Q.    Then, in addition, there were some AMF tests, correct?

09:22:27 21    A.    Yes.

09:22:27 22    Q.    In fact, there were a total of three AMF tests, correct?

09:22:32 23    A.    Yes.  That's correct.

09:22:33 24    Q.    You state in your report that during two of the AMF tests

09:22:38 25    of the reverse wired Solenoid 103, the solenoid appeared to

OFFICIAL TRANSCRIPT

09:22:46  1   function, correct?

09:22:48  2   A.   Yes, appeared to function.

09:22:49  3   Q.   In an actual emergency such as occurred on April 20th, the

09:22:55  4   solenoid would be activated not by a PETU unit or a bench test

09:23:00  5   unit, correct?

09:23:02  6   A.   No.

09:23:02  7   Q.   It would be activated by the AMF --

09:23:02  8   A.   Yes.

09:23:02  9   Q.   -- correct?

09:23:07 10        You understand that Transocean did some additional

09:23:10 11   tests in addition to those three tests in which it appeared to

09:23:14 12   function twice; Transocean did some additional AMF testing, you

09:23:17 13   understand that, don't you?

09:23:19 14   A.   They did some additional AMF testing, as I understand it,

09:23:22 15   on a different rig and different pods.

09:23:25 16   Q.   Transocean reported that in 15 AMF tests, the reverse

09:23:32 17   wired solenoid functioned every time; you understand that,

09:23:36 18   don't you?

09:23:38 19        MR. WILLIAMSON:  Your Honor, I object.  I think there

09:23:42 20   is going to be some question as to whether that testing that he

09:23:42 21   refers to should come in front of you.  So I at least want to

09:23:44 22   reserve the right, when it does come in front of you, to point

09:23:48 23   out that it shouldn't.

09:23:49 24        MR. DOYEN:  I just asked him if he's aware, Your Honor,

09:23:49 25   and then I'll move on.

**OFFICIAL TRANSCRIPT**

09:23:49 1          THE COURT:  All right.

09:23:49 2   BY MR. DOYEN:

09:23:55 3   Q.   You're aware of those test results, correct?

09:23:55 4   A.   I'm aware of the tests.  The documentation wasn't very

09:23:58 5   good.  I don't know if I'd agree with Number 15.

09:24:04 6   Q.   You did not perform any tests of your own that would allow

09:24:08 7   you to dispute the findings of Transocean's tests, did you?

09:24:13 8   A.   I didn't do independent testing.  I used the testing done

09:24:16 9   with DNV and peer-reviewed by TWG.

09:24:20 10  Q.   So you used the three AMF tests the DNV did, in which the

09:24:26 11  solenoid appeared to function twice, correct?

09:24:28 12  A.   Along with the other 40-some-odd tests done on the

09:24:32 13  solenoid.

09:24:32 14  Q.   I think you mentioned in your direct examination a few

09:24:39 15  days ago that you reviewed some of the audits and surveys that

09:24:44 16  were done on the *Deepwater Horizon*, do you recall that?

09:24:48 17  A.   Audits, yes.

09:24:48 18  Q.   Let's put up TREX-22740-10(a).

09:25:01 19          This is the entirety of the discussion in your report

09:25:05 20  of the audits, correct?  Nothing else; is there?

09:25:19 21  A.   I don't recall exactly.

09:25:20 22  Q.   Okay.  You cite in your report a 2005 ModuSpec survey,

09:25:26 23  don't you?

09:25:28 24  A.   I think that was one of them.

09:25:29 25  Q.   You are aware, in fact, that there was a 2010 ModuSpec

                        **OFFICIAL TRANSCRIPT**

2801

09:25:34  1    survey, aren't you?

09:25:37  2    A.    Yes.

09:25:37  3    Q.    You didn't cite that one in your report, did you?

09:25:42  4    A.    I don't recall exactly.

09:25:42  5    Q.    Well, the record will show what it shows on that.

09:25:46  6          You do understand that the ModuSpec surveyors were

09:25:48  7    out on the rig in April 2010, don't you?

09:25:53  8    A.    I don't recall.

09:25:53  9    Q.    Well, let's look at TREX-8851(b).

09:26:16  10         Did you see a ModuSpec survey from April 2010, where

09:26:19  11   the survey indicated at the time of the inspection the ram BOPs

09:26:22  12   were in good condition?

09:26:26  13   A.    I believe I saw this.

09:26:27  14   Q.    Did you see the survey indicating that at the time of the

09:26:31  15   inspection in April 2010, the BOP annulars were in good

09:26:39  16   condition?

09:26:39  17   A.    Yes.

09:26:40  18   Q.    You saw where it said the BOP stack frame was in good

09:26:43  19   condition, the fail safe valves were in good condition, the old

09:26:47  20   pods were in good condition, the MUX cables were in good

09:26:49  21   condition; you saw all that, didn't you, sir?

09:26:50  22   A.    Yes.

09:26:51  23   Q.    None of that is in your report, isn't that true?

09:26:53  24   A.    I discussed the BP audits because that was something that

09:27:00  25   directly BP would have known about.

**OFFICIAL TRANSCRIPT**

09:27:03  1    Q.   So you did not discuss this 2010 ModuSpec audit, correct?

09:27:08  2    A.   I don't believe specifically.

09:27:09  3    Q.   Let's talk about the BOP audit for just a minute.  I think

09:27:21  4    you said in your direct that there were three audits, 2005,

09:27:26  5    2008, 2009.  Do you recall that?

09:27:28  6    A.   Yes.

09:27:29  7    Q.   You are aware -- I think you said those audits addressed,

09:27:40  8    among other things, recordkeeping issues, correct?

09:27:42  9    A.   Yes.

09:27:43 10    Q.   You are aware that at the time of the 2009 audits,

09:27:49 11    Transocean, on the *Deepwater Horizon*, was just coming into

09:27:54 12    the -- I'm sorry, I'm going to get that sentence all screwed

09:27:58 13    up.

09:27:58 14         You're aware that in September 2009, when the audit

09:28:01 15    was conducted, the rig was just converting to a new RMS system,

09:28:01 16    correct?

09:28:08 17    A.   I believe they had recently done that conversion, and then

09:28:11 18    that was the audit that took place, and the RMS was in place

09:28:16 19    then.

09:28:16 20    Q.   Your report doesn't discuss Transocean's response to the

09:28:29 21    2009 audit, does it?

09:28:33 22    A.   I don't recall anything specifically.

09:28:35 23    Q.   Well, your report doesn't cite any of the audit tracking

09:28:42 24    sheets that went back and forth between BP and Transocean to

09:28:45 25    follow up on the audit, does it?

**OFFICIAL TRANSCRIPT**

2803

09:28:46  1    A.    No, not specifically.

09:28:48  2    Q.    Well, let's look at TREX-47361, your tracking sheet.

09:28:56  3          Your report doesn't contain any analysis of the

09:29:01  4    extent to which the matters addressed in the audit were

09:29:05  5    completed by the time of the incident, does it?

09:29:09  6    A.    Not specifically, no.

09:29:09  7    Q.    And your audit doesn't analyze any issue that was open at

09:29:17  8    the time of the incident to determine whether or not that had

09:29:20  9    any impact whatsoever on the incident; isn't that true?

09:29:24 10    A.    Well, my particular interest is whether the batteries were

09:29:29 11    dealt with and the bad solenoid was dealt with, and those are

09:29:34 12    not mentioned in any of this.  So --

09:29:36 13    Q.    Understood, sir.

09:29:37 14    A.    -- I didn't discuss the rest of it because those were the

09:29:39 15    two things I was most interested in.

09:29:40 16    Q.    I understood that.

09:29:42 17          But in addition to those two things, you made a

09:29:45 18    couple of general remarks about the audits, correct?

09:29:47 19    A.    Yes.

09:29:47 20    Q.    But you didn't bother to see what the status was of

09:29:50 21    Transocean's response to the audit findings at the time of the

09:29:53 22    incident, did you?

09:29:55 23    A.    I read these, but I didn't discuss them in my report.

09:29:57 24    Q.    And you didn't make any -- there is no suggestion in your

09:30:00 25    report that any open item from the 2009 audit was in any way

**OFFICIAL TRANSCRIPT**

09:30:06 1    causal for this blowout on April 20, 2010; isn't that true?

09:30:13 2    A.   I didn't discuss the open items, and so that would not --

09:30:17 3    that would also not be discussed.

09:30:20 4         MR. DOYEN:  Your Honor, I'll pass the witness.

09:30:36 5         THE COURT:  Are you okay or do you need a break?

09:30:38 6         THE WITNESS:  I'm good.

09:31:17 7         MR. VON STERNBERG:  Jerry Von Sternberg, Your Honor,

09:31:21 8    for Halliburton.  May I proceed?

09:31:22 9         THE COURT:  Yes.

09:31:22 10                   CROSS-EXAMINATION

09:31:22 11   BY MR. VON STERNBERG:

09:31:24 12   Q.   Dr. Davis, how are you, sir?

09:31:25 13   A.   Good.

09:31:26 14   Q.   In the seven months or so that you and I stayed at

09:31:31 15   Michoud, you had an opportunity to see all the testing that was

09:31:36 16   going on out there, right?

09:31:37 17   A.   Yes.

09:31:38 18   Q.   And you talked about on Friday, about the Technical

09:31:44 19   Working Group; is that true?  You called it a *TWG*?

09:31:46 20   A.   Yes.

09:31:47 21   Q.   And I want to clear up something you said on Friday.  I

09:31:50 22   don't think you intended to do this, but you said that all the

09:31:51 23   parties had someone that was on the Technical Working Group; is

09:31:55 24   that fair?

09:31:55 25   A.   Yes.

**OFFICIAL TRANSCRIPT**

09:31:55  1    Q.   I wasn't a part of that group, was I?

09:31:58  2    A.   No.

09:31:59  3    Q.   You know me well enough to know that I'm not a very

09:32:03  4    technical person, true?

09:32:04  5    A.   They don't let lawyers on the TWG.

09:32:07  6    Q.   Halliburton didn't have a Technical Working Group member,

09:32:10  7    did they?

09:32:10  8    A.   No.  Actually, they didn't.

09:32:12  9    Q.   But Cameron did, though, did they not?

09:32:14 10    A.   Cameron did, Transocean, BP, MDL.

09:32:22 11    Q.   But my only point is, Melvin Whitby was one of the

09:32:29 12    Technical Working Group, was he not?

09:32:30 13    A.   Yes.

09:32:30 14    Q.   Rob, 7001, please.

09:32:36 15         One of the things that you talked about that hasn't

09:32:38 16    been, I think, clearly described to the Court is that the blind

09:32:46 17    shear ram that was on this vessel and on the BOP that was at

09:32:48 18    the bottom of the ocean was not necessarily the most effective

09:32:56 19    blind shear ram that was available in 1998; was it?

09:33:00 20    A.   No.  I don't consider it to be the most effective for this

09:33:05 21    application.

09:33:05 22    Q.   All right.  In fact, we can see right here, in

09:33:09 23    Exhibit 7001, Melvin Whitby, that's our friend from Michoud,

09:33:09 24    right?

09:33:09 25    A.   Uh-huh.

**OFFICIAL TRANSCRIPT**

2806

09:33:15  1    Q.    And he's a design engineer from Cameron, is he not?

09:33:18  2    A.    Yes.  That's my understanding.

09:33:19  3    Q.    And back in 1998, he has an EB 852D that basically puts

09:33:29  4    forth all the shearing rams that were available from Cameron

09:33:32  5    for BP and Transocean back in 1998; is that true?

09:33:35  6    A.    Yes.

09:33:35  7    Q.    And back in 1998 is when they were actually designing the

09:33:38  8    vessel and designing what they were going to put on it, is it

09:33:41  9    not?

09:33:41 10    A.    Yes.

09:33:41 11    Q.    So here we look at the first page, and it talks about the

09:33:46 12    shearing blind rams.  And it says, the shearing blind rams are

09:33:50 13    the *standard SBRs*, right?

09:33:52 14    A.    Yes.

09:33:54 15    Q.    And then, Rob, if we'll go to page 6 of 17, please.

09:34:08 16          While he's doing that, you'll see that the standard

09:34:10 17    blind rams have a V-shaped cutting edge at the top, but then

09:34:15 18    the other one is flat; is that correct?  So it's not the

09:34:18 19    double V that you talked about on Friday, right?

09:34:20 20    A.    Yes.  It's got a straight blade and a V blade.

09:34:23 21    Q.    Here we go to a page later in the document where it

09:34:26 22    actually talks about the double V shear rams.

09:34:31 23          It says, they "combined the features of the SBR and

09:34:39 24    DS rams into one shear ram.  Both the upper and lower DVS rams

09:34:44 25    feature a V-shaped cutting edge to reduce the required shear

**OFFICIAL TRANSCRIPT**

09:34:47  1    force."

09:34:47  2            Is that a fair statement?

09:34:49  3    A.    Yes.

09:34:49  4    Q.    And you looked at that reference to your report, right?

09:34:52  5    A.    Yes.

09:34:53  6    Q.    And you were critical of the fact that the BSR that was on

09:34:56  7    the actual BOP that was on the *Deepwater Horizon* actually was

09:35:01  8    insufficient in reference to its shearing force, correct?

09:35:05  9    A.    Yes.

09:35:05 10    Q.    So we can see that back in October 30th of 1998, there was

09:35:11 11    available a shearing ram that had a better shearing capacity

09:35:16 12    than the one that was actually on this vessel, true?

09:35:19 13    A.    That's correct.

09:35:20 14    Q.    And you also complained about the fact the BSR did not

09:35:25 15    center the pipe well enough, right?

09:35:27 16    A.    Yes.  We know the blind shear ram doesn't have nearly the

09:35:33 17    centering capability of a double-V ram.

09:35:35 18    Q.    And I think you probably seen some documents in the record

09:35:38 19    that talk about a number like 30 percent, right?  The DVS can

09:35:45 20    actually shear and can actually center the pipe 30 percent

09:35:48 21    better than the blind shear ram; is that a true statement?

09:35:50 22    A.    I don't recall seeing the 30 percent centering.

09:35:54 23    Q.    And so, Rob, if you'll go to page 13 of 17, please.

09:36:05 24            So here Cameron is telling BP and TO back in 1998

09:36:10 25    that they have a blind shear ram, that's a DVS, that's capable

**OFFICIAL TRANSCRIPT**

09:36:16  1    of shearing larger diameters, there is no loss of fatigue life,

09:36:21  2    but most importantly, it requires less shear force; is that

09:36:25  3    true?

09:36:25  4    A.    Yes.

09:36:25  5    Q.    So somebody -- and I think you know from the record -- at

09:36:30  6    BP decided they didn't want to buy the DVS.  They just wanted

09:36:34  7    the BSR.  Is that a fair statement?

09:36:38  8    A.    Somebody made that decision, yeah.

09:36:38  9    Q.    Yeah.  It's kind of like buying the Nissan Sentra when you

09:36:43 10    could have bought the Maxima; is that not true?

09:36:43 11    A.    I guess so.  I don't know much about Nissans.

09:36:47 12    Q.    You know a lot about Mazda's, though, don't you?

09:36:49 13    A.    Yes, I know a lot about Mazda's.

09:36:52 14    Q.    All right.  Rob, 4114, please.

09:36:55 15          Now, you also talked about the AMF system, right, on

09:37:00 16    Friday?  The deadman system?

09:37:02 17    A.    Yes.

09:37:03 18    Q.    Okay.  And, once again, one of the things you've

09:37:06 19    complained about is that the pipe was not able to be centered

09:37:10 20    by the BSR, right?

09:37:13 21    A.    Yes.

09:37:13 22    Q.    But you know that, for instance, if the CSR -- the casing

09:37:18 23    shear ram, Your Honor -- was actually activated before the

09:37:22 24    blind shear ram, that would have had the effect of centering

09:37:25 25    the pipe; isn't that true, Doctor?

**OFFICIAL TRANSCRIPT**

09:37:27  1  A.    The casing shear ram has pretty steep-angled blades, so it
09:37:33  2  really could center.  So, yes, it would center the pipe and cut
09:37:37  3  it.
09:37:37  4  Q.    If the casing shear ram had been activated before the
09:37:41  5  blind shear ram, it would have centered the pipe such that the
09:37:41  6  blind shear ram could have cut and sealed the well; is that
09:37:45  7  true?
09:37:45  8  A.    It would have definitely improved the centering, yes.
09:37:48  9  Q.    Well, let's look -- you know that Vastar is the
09:37:51 10  predecessor to BP, true?
09:37:53 11  A.    Yes.
09:37:53 12  Q.    And you know that Mike Byrd is somebody you probably read
09:37:57 13  his deposition of, who is still with BP at this point, right?
09:38:01 14  A.    Yeah, it's been a long time.
09:38:03 15  Q.    That's fine.
09:38:04 16  A.    But, yes.
09:38:05 17  Q.    But this is a position paper that he wrote on the
09:38:08 18  *Deepwater Horizon*, technical position paper, Revision 5.  And,
09:38:13 19  frankly, I'll tell you that I haven't been able to see the
09:38:16 20  other four, but this one is pretty interesting.
09:38:18 21        If you'll go down to the decision-making process, go
09:38:21 22  to Number 3.
09:38:21 23        "Deadman system.  This is an automatic disconnect
09:38:26 24  response in the event of catastrophic events requiring no
09:38:30 25  manual intervention by rig personnel."

**OFFICIAL TRANSCRIPT**

09:38:32  1                Is that a fair statement of what the AMF system is?

09:38:38  2   A.    Well, that says deadman system *disconnect*.  That's a

09:38:42  3   little different terminology.

09:38:43  4   Q.    But that's exactly what the deadman system is supposed to

09:38:47  5   do; isn't that correct, Doctor?

09:38:49  6   A.    That one sentence, yes.

09:38:50  7   Q.    And then, Rob, if you'll go down to the second page, then

09:39:07  8   you'll see *tertiary* -- right there.  *Deadman system*.  Can you

09:39:12  9   bring that up for us, please.

09:39:13 10                It says, "The deadman system is the final means of

09:39:16 11   shutting in the well and effecting an environmental seal across

09:39:20 12   the wellbore."

09:39:21 13                Do you agree with Mr. Byrd on that?

09:39:23 14   A.    Yes.

09:39:24 15   Q.    Then he goes on to say, "It is anticipated that this would

09:39:27 16   be an emergency measure only, initiated by events such as fire

09:39:32 17   or explosion."

09:39:32 18                Doesn't that sound familiar?

09:39:34 19   A.    Yes.

09:39:35 20   Q.    And then it goes on to say that, "The overall reliability

09:39:40 21   philosophy of the DMS is to provide reliability through

09:39:45 22   simplicity."

09:39:46 23                Do you agree with that as well?

09:39:50 24   A.    Yes.  But I think maybe DMS here is referring to the

09:39:53 25   autoshear function specifically.

**OFFICIAL TRANSCRIPT**

09:39:55 1    Q.   Well, I'll tell you that there is also an autoshear

09:39:58 2    section here, so believe me that this is talking about the AMF.

09:40:02 3            But even more importantly, Rob, can you go to the

09:40:05 4    next paragraph.  That's what I really want to talk about.

09:40:07 5            Right here.

09:40:07 6            "The DMS will activate upon loss of all of the

09:40:16 7    following:  Communication, loss of power, loss of hydraulic

09:40:21 8    pressure."

09:40:23 9            And that's the AMF as you understand it, is it not?

09:40:23 10   A.   Yes.

09:40:24 11   Q.   Rob, next paragraph, please.

09:40:28 12           And it says, "The DMS will close only the SBRs using

09:40:33 13   the dedicated shear bottle circuit.  The casing shears will not

09:40:37 14   be closed due to accumulator volumetric constraints."

09:40:43 15           That just means if they need more bottles, they have

09:40:46 16   to close more things, right?

09:40:47 17   A.   Yes, because you use up the pressure.

09:40:48 18   Q.   And they could have bought more bottles to close the CSR,

09:40:52 19   if they wanted to, right, the casing shear rams?

09:40:54 20   A.   Yes, I guess so.

09:40:55 21   Q.   And then it says, "This should cover approximately 95 to

09:40:59 22   97 percent of all drilling activities."

09:41:01 23           Now, as a design engineer, as a rocket scientist, do

09:41:05 24   you really think they should be applying something to 95 and

09:41:09 25   97 percent of the instances or should they be trying to do

09:41:13 1   100 percent or 120 percent or 150 percent?

09:41:17 2   A.   Yes.  This is a problem that these approaches only cover

09:41:23 3   95 to 97.  I mean, for example, if we design a rocket engine,

09:41:27 4   we have to design it for 99.9 percent.

09:41:30 5   Q.   So, basically, the other 3 to 5 percent of the people are

09:41:34 6   just out of luck; is that true?

09:41:38 7   A.   That's one way to characterize it.

09:41:39 8   Q.   Wouldn't you agree that the *Deepwater Horizon* disaster was

09:41:43 9   one of the 3 to 5 percent?

09:41:51 10  A.   Well, what they are talking about here, I think, is

09:41:54 11  different.  Our AMF function failed because of a battery and a

09:42:00 12  solenoid.  This is probably referring to having pipe too large

09:42:04 13  through the BOP that couldn't be cut.

09:42:06 14  Q.   In 3 to 5 percent of the times, Doctor, did they not

09:42:10 15  decide they weren't going to design this thing to be capable of

09:42:14 16  taking care of the situation?

09:42:15 17       MS. KARIS:  Objection, Your Honor.  The witness has

09:42:18 18  already testified that this situation that counsel is referring

09:42:22 19  to did not exist here, so there is no relevance to this.

09:42:25 20       THE COURT:  I'll sustain the objection.

09:42:27 21  BY MR. VON STERNBERG:

09:42:28 22  Q.   All right.  Rob could we go to 1166, please.

09:42:32 23       Let's talk about batteries for just a couple minutes,

09:42:34 24  and then, Your Honor, I'll be through.

09:42:36 25       Go to the next page, please.

**OFFICIAL TRANSCRIPT**

09:42:44  1          Do you remember seeing this document as one of your

09:42:46  2   reliance documents?  And we're talking about basically --

09:42:57  3   A.    Can we go back to the first page?  I couldn't read it.

09:43:00  4   Q.    Sure.  Sure.

09:43:00  5          It's the second page, Rob.  It's the actual cover

09:43:04  6   page of the West Engineering Report.

09:43:16  7   A.    Okay.  Then the next line again.

09:43:21  8   Q.    This is a document that's actually cited in your report.

09:43:25  9   It's a footnote.  And it's something that you've looked at, is

09:43:25 10   it not?

09:43:28 11   A.    Yes, it is.

09:43:28 12   Q.    Okay.  And we're talking about batteries.  We're talking

09:43:34 13   about a monitoring.  And just for the Court's purpose, I think

09:43:38 14   it's interesting to understand what indeed you're talking about

09:43:42 15   in reference to monitoring.

09:43:44 16          You're not talking about something that's

09:43:45 17   sophisticated.  You're talking about a light that will flash if

09:43:48 18   the battery is dead, right?

09:43:49 19   A.    Yes.  Among other things.

09:43:51 20   Q.    You're talking about a fire detector that beeps when its

09:43:56 21   battery is dead, correct?

09:43:58 22   A.    Yes.

09:43:58 23   Q.    Because if you're asleep at night and your battery and

09:44:00 24   your fire detector is gone, you need to know about it so it

09:44:04 25   tells you.  Is that not the situation we're talking about here?

                        **OFFICIAL TRANSCRIPT**

09:44:06  1    A.    Yes.

09:44:06  2    Q.    And your 1998 Mazda we talked about in your deposition, it

09:44:12  3    tells you when the battery is dead, does it not?

09:44:15  4    A.    Yes.

09:44:15  5    Q.    But here we had this drilling rig and we had the AMF

09:44:19  6    system, and they could not determine whether the battery was

09:44:23  7    alive and well while they are on, you know, the job, and an

09:44:29  8    explosion is going to happen; is that correct?

09:44:34  9    A.    I'm afraid so.

09:44:34 10    Q.    Well, let's go to -- Rob, go ahead and go to page 77.

09:44:37 11          This is not something that the industry didn't know.

09:44:39 12    West Engineering did a report for the MMS, did they not?  And

09:44:44 13    they talked about this very issue.

09:44:53 14          Number 8, please.

09:44:59 15          There it is, Your Honor.

09:44:59 16          "System diagnostics are essentially nonexistent" on

09:45:03 17    deadman systems.  They "operate open-loop."  And there is no

09:45:07 18    way and "no means to verify functionality of the deadman

09:45:10 19    system.  If the sensors, batteries, or electronics fail, the

09:45:14 20    only (and first) indication of unavailability is failure to

09:45:20 21    operate when needed."

09:45:21 22          Is that not, Doctor, exactly what we're talking about

09:45:23 23    in the case?

09:45:24 24    A.    Yes, it is.

09:45:24 25    Q.    Rob, it's 5054.

**OFFICIAL TRANSCRIPT**

09:45:40  1          I forgot to ask you.  I'm not going to bring it up

09:45:44  2   because Mr. Williamson already brought it to your attention.

09:45:47  3   The Cameron EB 702D that talked about shearing capabilities,

09:45:51  4   did it also not tell their clients that there was a 57 percent

09:45:55  5   possibility of plus or minus necessary for the shearing

09:46:00  6   capacity of the BSR?

09:46:01  7   A.   Yes.  This is actually in an addendum.  This was after the

09:46:05  8   West Engineering report on shearing capacity, and they noted

09:46:09  9   that to the people that used 702D.

09:46:12 10   Q.   57 percent; is that correct, Doctor?

09:46:15 11   A.   Yes.  Basically, that's saying that you can get very large

09:46:19 12   scatter variation in cutting force -- cutting pressure force

09:46:24 13   required to cut a piece of pipe.

09:46:26 14   Q.   Well, here is a *Mini Shear Study* that I know you have

09:46:29 15   seen, December 2002.  And, once again, it's West Engineering

09:46:32 16   doing something for the MMS.

09:46:34 17          And, Rob, if you'll go to page 4 of 4, since it's not

09:46:41 18   Bates.

09:46:43 19          You'll agree with me, Doctor, that different pipe

09:46:47 20   will require different shearing capacities, even if they have

09:46:51 21   the same specifications?

09:46:54 22   A.   Yes.  Because the details of the strength of the material

09:46:58 23   can be different.

09:46:58 24   Q.   You can't see it really well, but these are both the same

09:47:01 25   specifications.  They are both five-and-a-half inch pipe.  They

2816

09:47:05  1   are both 24.7.  And they are both S135.  These are identical

09:47:12  2   specification pipe.

09:47:13  3           Do you see that?

09:47:14  4   A.   Yes.

09:47:15  5   Q.   And then if you'll -- Rob, if you'll look at what it says

09:47:19  6   underneath the picture.

09:47:21  7           "Shear test on old pipe," to the left, "and the new

09:47:25  8   pipe," to the right.  "2,000 psi more to shear" one than the

09:47:34  9   other.

09:47:35  10          Is that consistent with your understanding?

09:47:36  11  A.   Yes.

09:47:37  12  Q.   And don't you think that someone needs to take that into

09:47:39  13  consideration, they knew this in 2002 when they are down there

09:47:42  14  trying to drill this well and they have the BOP that's supposed

09:47:46  15  to save their lives?

09:47:48  16      MS. KARIS:  Objection, Your Honor.  I object to

09:47:49  17  relevance of this.  This witness has already testified

09:47:52  18  repeatedly that this BOP did, in fact, have sufficient shearing

09:47:56  19  capacity to shear the pipe on the evening of the incident.  So

09:48:00  20  all of this is of no relevance to what caused the incident on

09:48:03  21  the evening of April 20th.

09:48:06  22      MR. VON STERNBERG:  Your Honor, we're not talking about

09:48:08  23  what caused the incident.  We're talking about what caused the

09:48:11  24  explosion, and also what caused the pollution.  And he said

09:48:14  25  that it did activate on the 22nd.  This tells you that on the

**OFFICIAL TRANSCRIPT**

09:48:18  1    22nd it should have sheared and it should have stopped the

09:48:23  2    pollution.  We're not just talking about the explosion.

09:48:28  3            THE COURT:  Can you answer that --

09:48:29  4            MR. VON STERNBERG:  I'm done if he can answer,

09:48:31  5    Your Honor.

09:48:31  6            THE COURT:  Please reask the question so I'm perfectly

09:48:33  7    clear.

09:48:34  8            MR. VON STERNBERG:  I was afraid you were going to say

09:48:36  9    that.

09:48:37 10            Oh, Lordy.  You've got --

09:48:42 11            THE COURT:  Well, I think the question -- the question

09:48:43 12    was, looking at this, it relates to this exhibit, and it says,

09:48:49 13    "You'll agree with me, Doctor, that different pipe will require

09:48:54 14    different" -- is that the question?

09:48:58 15            I'm sorry.  I was on the wrong question.

09:49:01 16            Why don't you go ahead and ask him since it's

09:49:03 17    your question.

09:49:04 18            MR. VON STERNBERG:  Thank you, Your Honor.

09:49:08 19    Q.    Should not an operator take into consideration the fact

09:49:11 20    that two pipes of the same diameter, the same dimensions, the

09:49:16 21    same specifications, should they not take into consideration

09:49:21 22    that it's going to be 2,000 psi more to shear one than the

09:49:28 23    other, and they should make sure they have the safety margin to

09:49:31 24    deal with it, should they not?

09:49:32 25    A.    Yes, they should.  Everybody in the industry should

**OFFICIAL TRANSCRIPT**

09:49:35  1   understand this variability and account for it and make sure

09:49:37  2   you have a safety factor for it.

09:49:39  3           MR. VON STERNBERG:  Thank you, Your Honor.  I'll pass

09:49:40  4   the witness.

09:49:41  5           THE COURT:  All right.  Let's take about a 10- or

09:49:45  6   15-minute recess.  We'll come back.

09:49:47  7           THE DEPUTY CLERK:  All rise.

09:49:59  8           (WHEREUPON, at 9:49 a.m., the Court took a recess.)

10:03:59  9           THE DEPUTY CLERK:  All rise.

10:04:12 10           THE COURT:  Be seated, everyone.

10:04:14 11             All right, Ms. Karis.

10:04:18 12           MS. KARIS:  Hariklia Karis conducting the

10:04:19 13   cross-examination of Dr. Davis on behalf of BP.

10:04:17 14                     CROSS-EXAMINATION

10:04:17 15   BY MS. KARIS:

10:04:24 16   Q.   Dr. Davis, I want to begin by asking you about some of

10:04:27 17   your opinions with respect to the maintenance of the BOP.

10:04:32 18           Is it correct to say that you have, in fact, rendered

10:04:35 19   some opinions regarding responsibility for maintenance as it

10:04:42 20   relates to the BOP?

10:04:43 21   A.   Yes, generally, but I've tried to avoid singling out a

10:04:52 22   particular company because I don't really -- I'm not an expert

10:04:54 23   on contracts.

10:04:55 24   Q.   Well, let's pull up 7660.3.2, please.

10:05:06 25           This is from your expert report.  You note in your

OFFICIAL TRANSCRIPT

10:05:11  1    expert report that BP and Transocean have a responsibility to

10:05:15  2    ensure that the BOP stack and its components function properly

10:05:19  3    at all times, and they failed to design, install, maintain,

10:05:25  4    test and use the BOP system and system components to ensure

10:05:28  5    well control.

10:05:29  6              That's an opinion you rendered in this case, correct?

10:05:32  7    A.    Yes.

10:05:32  8    Q.    All right.  So you spoke to BP's and Transocean's

10:05:36  9    responsibility, correct?

10:05:37 10    A.    Yes.

10:05:38 11    Q.    Is it correct that you are not rendering any legal

10:05:44 12    conclusions regarding responsibility under the federal

10:05:47 13    regulations?

10:05:49 14    A.    That's correct, as I stated already in my direct.

10:05:52 15    Q.    You have never worked in the oil and gas industry,

10:05:52 16    correct?

10:05:58 17    A.    Not before this case.

10:05:59 18    Q.    You've never consulted for the oil and gas industry in any

10:06:03 19    capacity before this case, correct?

10:06:05 20    A.    Correct.

10:06:05 21    Q.    You certainly have never worked in connection with any

10:06:10 22    drilling operations in any capacity, correct?

10:06:13 23    A.    Correct.

10:06:13 24    Q.    So you're not offering any opinions with respect to what

10:06:17 25    the industry custom and practice is as it relates to

**OFFICIAL TRANSCRIPT**

10:06:21  1  maintaining BOPs and who has responsibility for that, correct?

10:06:32  2  A.    I haven't studied about these customs and whatever else it

10:06:36  3  was that you said, no.

10:06:37  4  Q.    Custom and practice.

10:06:40  5  A.    Custom and practice.

10:06:40  6  Q.    You're not offering any opinions in that respect, correct?

10:06:42  7  A.    I have opinions about what the practices should be, but

10:06:45  8  not about what the customs or standards are.

10:06:47  9  Q.    Okay.  We'll get to that, but I just want to be clear, you

10:06:52 10  are not offering yourself as an expert on industry practices or

10:06:55 11  customs relating to deepwater drilling operations including BOP

10:07:00 12  maintenance?

10:07:03 13  A.    Correct.

10:07:04 14  Q.    You have not looked at what the standard of care is, if

10:07:16 15  you will, that is applied by different operators in the

10:07:18 16  industry as it relates to BOPs, correct?

10:07:22 17  A.    No.

10:07:22 18  Q.    So is my statement correct?

10:07:26 19  A.    Sorry.  Correct.

10:07:27 20  Q.    Thank you.

10:07:29 21        Rather, you are looking at this with a view from the

10:07:32 22  outside -- from outside of the industry; that was your

10:07:36 23  testimony, correct?

10:07:38 24  A.    Yes.

10:07:38 25  Q.    In rendering your opinions with respect to who has

**OFFICIAL TRANSCRIPT**

10:07:45  1    responsibility for maintenance of the BOP, what you did is you

10:07:49  2    looked at some documents and reviewed some testimony in this

10:07:53  3    case, correct?

10:07:55  4    A.    Yes, and looked at the hardware and test results and all

10:07:59  5    of that.

10:08:00  6    Q.    But with respect to the issue of who has responsibility,

10:08:04  7    the hardware didn't give you the answer to that, correct?

10:08:09  8    A.    No.

10:08:09  9    Q.    So for the issue of who has responsibility, you looked at

10:08:14 10    testimony, and you looked at documents from this case and

10:08:17 11    limited to this case, correct?

10:08:21 12    A.    Yes.

10:08:21 13    Q.    Now, one of the things that you looked at in rendering

10:08:25 14    your opinions regarding responsibility was the drilling

10:08:28 15    contract that existed between BP and Transocean that applied to

10:08:33 16    the *Deepwater Horizon*, correct?

10:08:38 17    A.    I believe I looked at that way early on, but it's not

10:08:43 18    really relevant to my work.

10:08:44 19    Q.    Well, let's look at that contract, which you reference in

10:08:47 20    your reliance materials, TREX-1356A.20.1, please.

10:08:55 21          First, if we can go to A.2.

10:08:59 22          This is a drilling contract that applies, correct?

10:09:04 23    A.    Yes, I believe so.

10:09:06 24    Q.    If we go can go to 1356A.40.

10:09:12 25          This shows the signatures to the contract.  So this

**OFFICIAL TRANSCRIPT**

10:09:15 1    is what was in effect applicable to the maintenance of the

10:09:18 2    *Deepwater Horizon*'s BOP, correct?

10:09:22 3    A.    I believe so.

10:09:22 4    Q.    Okay.  Let's look at 1356A.20.1.

10:09:32 5           What the contract requires under prevention of fire

10:09:35 6    and blowouts is that the contractor -- and that's Transocean

10:09:39 7    here, correct?

10:09:42 8    A.    Yes.

10:09:42 9    Q.    -- the contractor shall maintain well control equipment in

10:09:49 10   accordance with good oilfield practices at all times.  That's

10:09:54 11   what the contract required.

10:09:57 12   A.    That's what it says.

10:09:58 13   Q.    Well control equipment, of course, would include the BOP?

10:10:03 14   A.    Yes.

10:10:05 15   Q.    It goes on to say, in any event, the contractor -- again,

10:10:10 16   Transocean -- at a minimum, shall use, test, and maintain the

10:10:15 17   blowout prevention equipment in accordance with all applicable

10:10:19 18   government rules, regulations and orders then in effect.

10:10:26 19          MR. DOYEN:  Your Honor, Transocean.  I object to this

10:10:28 20   line of questioning.  I think counsel established at the

10:10:31 21   beginning of her examination this witness is not an expert on

10:10:34 22   contract and was not offering any opinion on the contract.

10:10:36 23          THE COURT:  Yes, I'm wondering why we're going down

10:10:39 24   this line.  It seems like he said he's not trying to opine on

10:10:42 25   this.

**OFFICIAL TRANSCRIPT**

2823

10:10:43 1          MS. KARIS:  Your Honor, he may not be opining on the

10:10:45 2     contract, but he does have an opinion in his report as to who

10:10:48 3     has responsibility.  His opinion is BP and Transocean have

10:10:52 4     responsibility.

10:10:53 5          THE COURT:  I'll decide who has responsibility, so we

10:10:56 6     probably could just move beyond this.

10:10:58 7          MS. KARIS:  Fair enough.  Very well.

10:10:58 8     BY MS. KARIS:

10:11:00 9     Q.   Now, you did review the testimony of various Transocean

10:11:04 10    personnel with respect to how they handled and maintained the

10:11:08 11    BOP; is that correct?

10:11:10 12    A.   Yes.

10:11:10 13    Q.   In reaching your conclusion as to BP and Transocean's

10:11:18 14    responsibilities for maintaining the BOP, did you look at what

10:11:21 15    Transocean's subsea experts say they were charged with doing

10:11:26 16    regarding the BOP?

10:11:27 17    A.   I don't recall exactly.

10:11:31 18    Q.   Okay.  Let's see if we can refresh your recollection.  If

10:11:35 19    we can pull up G-012.2, please.

10:11:41 20          You reviewed Mr. Boughton's testimony.  He was

10:11:44 21    Transocean's subject matter expert for subsea systems and

10:11:48 22    equipment.  Correct?

10:11:49 23    A.   Yes.

10:11:50 24    Q.   He was amongst Transocean's personnel who performed

10:11:59 25    maintenance on the BOP, or at least had oversight over

**OFFICIAL TRANSCRIPT**

10:12:02  1    maintenance on the BOP; is that correct?

10:12:04  2    A.   It's my understanding, yes.

10:12:07  3    Q.   He was asked was Transocean responsible for maintaining

10:12:12  4    the blowout preventer, and he responded yes, correct?

10:12:16  5    A.   That's what it says.

10:12:16  6    Q.   Then similarly, Mr. Odenwald, you recognize him?  He's

10:12:23  7    Transocean's subsea supervisor.

10:12:24  8    A.   I have heard of him, but I did not review his deposition.

10:12:27  9    Q.   You didn't review it at all?

10:12:29 10    A.   No.

10:12:29 11    Q.   Even though he was the subsea supervisor responsible for

10:12:34 12    the *Deepwater Horizon*'s BOP?

10:12:36 13    A.   I did not review that particular deposition, as I just

10:12:39 14    said.

10:12:39 15    Q.   Let's go to G-012.1, please.

10:12:47 16         Do you know who Mr. Haye is, Transocean's senior

10:12:53 17    subsea supervisor?

10:12:53 18    A.   Yes.

10:12:54 19    Q.   Did you review his testimony?

10:12:56 20    A.   His deposition, yes.

10:12:57 21    Q.   Yes, I'm sorry, his deposition testimony.

10:13:00 22         So Transocean's subsea supervisor says, it's correct

10:13:05 23    that you're responsible for maintenance of the BOP, and he

10:13:08 24    agrees with that, correct?

10:13:10 25    A.   Yes, that's what it says.

10:13:11 1   Q.   All right.   Then Mr. McWhorter, do you cite to him in your

10:13:18 2   expert report, correct?

10:13:18 3   A.   Yes.

10:13:18 4   Q.   With the issue that you gave an opinion on regarding the

10:13:23 5   BOP, he was asked, maintenance and testing of BOPs and the

10:13:27 6   other subsea and well control equipment, that's specifically

10:13:32 7   within your department, that's the subsea engineering

10:13:36 8   Department, correct?

10:13:37 9        THE COURT:   Ms. Karis, is any of this in dispute?   I

10:13:40 10  mean, it seems like we're going over stuff here that -- does

10:13:43 11  anybody dispute that Transocean that owned the BOP has to

10:13:47 12  maintain it?   I don't think so.

10:13:50 13        Let me look at Transocean's lawyers back there.

10:13:53 14        MR. DOYEN:   We agree we have responsibility to maintain

10:13:56 15  it, Your Honor, but BP --

10:13:58 16        THE COURT:   Well, that's another issue, but why are we

10:14:00 17  going through all of this?   I don't understand where we're

10:14:02 18  going with this.

10:14:03 19        MS. KARIS:   Your Honor, I'm happy to move on.

10:14:06 20        THE COURT:   It seems like we're treading ground that's

10:14:08 21  not in dispute here.

10:14:10 22        MS. KARIS:   As long as we all agree that it's

10:14:12 23  Transocean's responsibility, I can move on.

10:14:15 24        THE COURT:   They owned it.

10:14:17 25        MS. KARIS:   So stipulated.

**OFFICIAL TRANSCRIPT**

10:14:18 1          THE COURT:  It doesn't mean BP had no responsibility

10:14:20 2     for anything.  That's another issue.  But the fact that

10:14:24 3     Transocean owned this BOP is not in dispute.  The fact that the

10:14:29 4     owner has a duty to maintain it is not in dispute, can't be in

10:14:33 5     dispute.  So let's move on.

10:14:36 6          MS. KARIS:  I'll move on.

10:14:36 7     BY MS. KARIS:

10:14:38 8     Q.   Dr. Davis, you gave an opinion in this case regarding BP's

10:14:42 9     knowledge of maintenance problems, correct?

10:14:45 10    A.   Yes.

10:14:45 11    Q.   You relied primarily on the rig audits that you have

10:14:50 12    reviewed?

10:14:51 13    A.   Yes.

10:14:52 14    Q.   You looked at and you told us three audits, the '05, '08

10:14:57 15    and '09, and we won't go back over all of those, but are those

10:15:01 16    the three audits that you relied upon?

10:15:03 17    A.   Yes, primarily.

10:15:04 18    Q.   Now, you agree with me that it's important not only to

10:15:08 19    look at the audit, but then to look at the follow-up action

10:15:10 20    that is put in place after a particular finding is made?

10:15:15 21    A.   Yes.

10:15:16 22    Q.   Did you do that?  Did you look at what follow-up was

10:15:20 23    conducted after the September of 2009 audit?

10:15:25 24    A.   Yes, but I was primarily looking at how, when things were

10:15:31 25    known in 2005, that they weren't corrected by 2008 or 2009.

**OFFICIAL TRANSCRIPT**

10:15:37 1   Q.   Did you look at whether they were corrected by April 20th

10:15:40 2   of 2010, at the time of the incident?

10:15:46 3   A.   I know some things were corrected, but, unfortunately, the

10:15:49 4   important ones, the problems with the battery and the solenoid,

10:15:52 5   were not corrected.

10:15:53 6   Q.   Now, you didn't use the audit to identify the solenoid

10:15:59 7   issue, did you?

10:15:59 8   A.   No.

10:16:00 9   Q.   That's because the solenoid had been repaired in February

10:16:05 10  of 2010, which would have been five months after the audit,

10:16:10 11  correct?

10:16:10 12  A.   Yes.

10:16:11 13  Q.   So it was not possible for BP to have identified in its

10:16:16 14  September of 2009 audit any issues with the solenoid, correct?

10:16:23 15  A.   We don't know at that point whether there was an issue

10:16:26 16  with the solenoid because it wasn't checked as part of the

10:16:28 17  audit.

10:16:29 18  Q.   Fair enough.

10:16:30 19  A.   Whether it was the solenoid during the accident or a

10:16:33 20  solenoid that was used before that one.

10:16:34 21  Q.   But you did look at some repairs that Transocean conducted

10:16:39 22  on Solenoid 103 in February of 2010?

10:16:44 23  A.   That's when that solenoid was replaced, as best we know.

10:16:47 24  Q.   So to the -- and you found issues with Solenoid 103,

10:16:52 25  miswiring in particular, correct?

10:16:55  1    A.    Yes.

10:16:55  2    Q.    That wiring had not been conducted at the time that BP did

10:17:00  3    its audit in September of 2009?

10:17:04  4    A.    I don't think so.

10:17:04  5    Q.    You said you looked at the audits in order to understand

10:17:12  6    at least the two issues that were of relevance to you, the

10:17:16  7    solenoid and the other one was the battery, correct?

10:17:18  8    A.    Well, I was looking for whether those things would be

10:17:22  9    checked, and they were not directly mentioned.

10:17:26 10    Q.    Did you make any effort to understand how BP goes about

10:17:30 11    conducting its audits?

10:17:34 12    A.    I didn't get into the details any further than looking at

10:17:37 13    the documentation that BP personnel provided.

10:17:40 14    Q.    Did you look at the depositions of those like

10:17:46 15    Mr. Rodriguez, who was involved in the audit, to see how BP

10:17:50 16    goes about conducting those audits?

10:17:56 17    A.    I reviewed some of the depositions.  I don't recall

10:17:57 18    exactly which ones, except for Mr. Wong that I did review.

10:18:01 19    Q.    You did review Mr. Wong's deposition?

10:18:04 20    A.    Yes.

10:18:04 21    Q.    Did you review Mr. Guide's deposition with respect to how

10:18:08 22    those audits were conducted and then followed up?

10:18:13 23    A.    I don't recall.

10:18:14 24    Q.    Did you review any of the Transocean crew's deposition as

10:18:20 25    to how those audits were conducted, since you relied on those

10:18:25  1    audits for purposes of battery and solenoid identification?

10:18:30  2    A.    I'm sorry, I didn't -- I didn't rely on the audits for the

10:18:35  3    identification of battery and solenoid.  I was looking to see

10:18:38  4    whether they found problems in those areas.

10:18:41  5          They weren't specifically mentioned, but, for

10:18:44  6    example, the recording system was found to be inadequate, and

10:18:50  7    we saw that when we searched for the batteries.

10:18:55  8    Q.    So you found that the recording system was found to be

10:18:58  9    inadequate.  That's what you just testified to, correct?

10:19:01 10    A.    Yes.

10:19:02 11    Q.    Did you look at, after BP in 2009 identified the recording

10:19:07 12    system to be inadequate, what actions it took to correct that

10:19:12 13    finding, in other words, to improve that situation?

10:19:19 14    A.    I don't recall the specifics of it.

10:19:21 15    Q.    So if we can pull up TREX-47221.1.2, please.

10:19:38 16          Is this the finding that you were referencing where

10:19:41 17    it says, although not widespread, it is evident that

10:19:46 18    maintenance routines are still being closed out although the

10:19:51 19    maintenance tasks were not being performed?

10:19:53 20    A.    This is one of numerous items that I have seen in summary.

10:19:57 21    Q.    This is one that you relied on in reaching your opinions,

10:19:57 22    correct?

10:20:01 23    A.    Yes.

10:20:01 24    Q.    But then what we see is as of November 17th of 2009, BP's

10:20:10 25    recommendation was -- and I know it's a little hard to read --

10:20:13  1   the practice of closing incomplete maintenance work orders must

10:20:19  2   cease.

10:20:20  3          In terms of when, BP requested that that be

10:20:24  4   conducted, that action take place immediately, correct?

10:20:28  5   A.    Yes.  That's what it says.

10:20:31  6   Q.    So after BP's audit made this finding, BP requested that

10:20:38  7   Transocean cease that practice immediately, correct?

10:20:46  8   A.    Yes.

10:20:46  9   Q.    In fact, what we see here is that was a hundred percent

10:20:49 10   complete by October 13th of 2009, correct?

10:21:00 11          I apologize, I recognize it's a little hard to read.

10:21:03 12   A.    I guess, now that -- what that's trying to say is that the

10:21:05 13   practice was ceased, but, unfortunately, the corrections

10:21:09 14   weren't made for not having done that for the last four or five

10:21:12 15   years.

10:21:12 16   Q.    Well, certainly, once BP identified that this was an issue

10:21:14 17   in this audit finding, they made a request that Transocean

10:21:19 18   cease that practice, and Transocean reported that it was

10:21:23 19   accepting that request; in fact, it says, all departments

10:21:28 20   notified that this would not be tolerated, correct?

10:21:32 21   A.    That's what it says, yes.

10:21:33 22   Q.    All right.  Let's move forward.

10:21:36 23          One of the other findings you referenced is the

10:21:40 24   maintenance history records, that you weren't satisfied with

10:21:42 25   how those were maintained as was identified in BP's audit,

**OFFICIAL TRANSCRIPT**

10:21:42 1    correct?

10:21:46 2    A.    Yes.

10:21:46 3    Q.    That was a different finding from the audit report?

10:21:52 4    A.    I'm sorry, say that again.

10:21:53 5    Q.    Sure.  I believe you testified earlier and you noted in

10:21:58 6    your report that BP's audit found that maintenance records were

10:22:03 7    not being maintained in a way that you found satisfactory?

10:22:08 8    A.    That's right.

10:22:09 9    Q.    Again, is it correct that after BP found that issue in

10:22:14 10   September of 2009, it demanded that that practice stop

10:22:18 11   immediately?

10:22:21 12   A.    Yes.

10:22:21 13   Q.    Transocean reported in TREX-47221.1.3 that that action

10:22:35 14   again was one hundred percent completed within two months of

10:22:37 15   the audit being conducted, correct?

10:22:40 16   A.    Yes.

10:22:41 17   Q.    So is it correct to say that, at least as of November 17th

10:22:49 18   of 2009, what BP had been told in connection with these audit

10:22:55 19   findings is that Transocean had notified their personnel this

10:23:01 20   would not be tolerated, and that one hundred percent complete

10:23:04 21   findings were made, correct?

10:23:06 22   A.    That's what it says, but the problem is, is that this is

10:23:09 23   in 2009.  Why wasn't it in 2006 or 2005?

10:23:16 24   Q.    Well, we're talking about by the time of the incident,

10:23:19 25   though.  In terms of the time of the incident, that had been

10:23:22  1    corrected?

10:23:23  2    A.    Yes.  The problem is, is that all the omissions because of

10:23:26  3    this occurring for so long were not corrected.

10:23:29  4    Q.    All right.  Let me ask you:  Are you familiar with who the

10:23:34  5    Mineral Management Services is, the Government's MMS agency?

10:23:38  6    A.    Yes, that's the precursor to BOEMRE.

10:23:42  7    Q.    Fair enough.  That was the regulatory agency that governed

10:23:47  8    these operations, drilling operations out in the

10:23:50  9    Gulf of Mexico, correct?

10:23:51 10    A.    Yes, that's my understanding.

10:23:52 11    Q.    The government, MMS in particular, also would go to the

10:23:56 12    rig to conduct various inspections, correct?

10:24:00 13    A.    Yes.

10:24:01 14    Q.    The government would conduct these inspections almost on a

10:24:06 15    monthly basis, correct?

10:24:08 16    A.    I'm not sure on the schedule, but it sounds reasonable.

10:24:12 17    Q.    When they would go out to the rig, they had access to all

10:24:18 18    of the maintenance records, correct?

10:24:21 19    A.    I would assume they did.

10:24:22 20    Q.    Did you see anywhere in this file that the government had

10:24:27 21    ever identified any issues with the batteries or with the

10:24:33 22    solenoid?

10:24:34 23    A.    No.  I don't think they do inspections in that level or

10:24:38 24    depth, so they wouldn't see those things.

10:24:40 25    Q.    Are you aware of the MMS ever requesting to see what the

**OFFICIAL TRANSCRIPT**

10:24:47  1   battery replacement history has been of the battery on the

10:24:53  2   *Deepwater Horizon*?

10:24:54  3   A.   Not that I know of.

10:24:55  4   Q.   In fact, is it correct that the government approved this

10:25:01  5   BOP for these operations at Macondo?

10:25:07  6   A.   Yes, that's the case.

10:25:09  7   Q.   All right.  Now, I want to talk to you a little bit about

10:25:12  8   the opinions that you have regarding best and safest

10:25:17  9   technology.

10:25:19 10           You render several opinions regarding what was or

10:25:23 11   wasn't best -- or best and safest technology, correct?

10:25:26 12   A.   Yes.

10:25:26 13   Q.   Is it correct to say that the technologies that you've

10:25:33 14   identified, the Mark III technology, the different blind shear

10:25:38 15   rams and the different ways of monitoring batteries, whatever

10:25:42 16   technology was out there, the government approved the use of

10:25:45 17   this BOP with the features that it had for the Macondo well?

10:25:54 18   A.   It's my understanding.

10:25:55 19   Q.   You began yesterday by telling us that you looked at the

10:26:13 20   regulation, but you weren't interpreting the regulation

10:26:16 21   regarding best available and safest technology, correct?

10:26:19 22   A.   Yes.

10:26:19 23   Q.   All right.  If we can pull up 7665.2.1, please.

10:26:29 24           Is this part of what you reviewed in rendering your

10:26:32 25   opinions regarding what was or wasn't best or best available

**OFFICIAL TRANSCRIPT**

10:26:37 1    and safest technology?

10:26:40 2    A.    Yes, I reviewed this.

10:26:42 3    Q.    This, for the record, is from 30 CFR 250.105.

10:26:49 4          What it says is, best available and safest technology

10:26:52 5    means the best available and safest technology that the

10:26:56 6    director determines to be economically feasible wherever

10:27:00 7    failure of equipment would have a significant effect on safety,

10:27:03 8    health and the environment, correct?

10:27:04 9    A.    That's what it says.

10:27:06 10   Q.    Did you do anything to determine what -- strike that.

10:27:12 11         Let me start with, do you know who the director is

10:27:15 12   that they are referencing there?

10:27:17 13   A.    I don't know exactly, but I -- it's probably the director

10:27:20 14   of the MMS.

10:27:22 15   Q.    Did you do anything to determine whether the director of

10:27:26 16   the MMS that's referenced in the regulation had spoken at all

10:27:30 17   to what you considered to be best available and safest

10:27:35 18   technology for BOPs?

10:27:38 19   A.    I didn't look at those details, no.

10:27:39 20   Q.    Is it correct that you were not aware of any notices or

10:27:45 21   statements that were issued by the director of the MMS relating

10:27:50 22   to best available and safest technology in any light?

10:27:54 23   A.    Not -- just within what's written right here, what BAST

10:27:57 24   means.  I didn't look outside of this.

10:28:09 25   Q.    If we can look at, I'm sorry, TREX-7665.7.2, please.

**OFFICIAL TRANSCRIPT**

10:28:16  1            Again, this is one of the regulations that you cite
10:28:19  2   to, at least with respect to reaching your opinions on best
10:28:23  3   available and safest technology, correct?
10:28:26  4   A.    Yes.
10:28:26  5   Q.    What it says is, what must I do to protect health, safety,
10:28:31  6   property and environment.  Under C, it says, "You must use the
10:28:36  7   best available and safest technology whenever practical on all
10:28:43  8   exploration, development, and production operations.  In
10:28:47  9   general, we consider your compliance with MMS regulations to be
10:28:52 10   the use of BAST," correct?
10:28:55 11   A.    That's what it says.
10:28:56 12   Q.    So in rendering your opinions in this case, did you
10:29:01 13   consider whether the BOP, with whatever features it had, was,
10:29:08 14   in fact, in compliance with MMS regulations?
10:29:13 15   A.    No, I didn't make any conclusion because that would be a
10:29:17 16   legal conclusion.
10:29:17 17   Q.    All right.  Now, the other part of that speaks to BAST, or
10:29:27 18   using best available and safest technology, whenever practical,
10:29:31 19   correct?
10:29:31 20   A.    That's what it says.
10:29:32 21   Q.    Did you look at whether the features that you considered
10:29:35 22   to be BAST were practical for the *Deepwater Horizon*'s BOP in
10:29:42 23   the operation that it was used at the Macondo well?
10:29:46 24   A.    I did consider that, but I didn't do a great amount of
10:29:52 25   analysis of it.  I just recognized that certain things are

**OFFICIAL TRANSCRIPT**

10:29:55  1    available for use and commercially available for sale; and, as

10:30:01  2    such, I considered them practical.

10:30:02  3    Q.   Okay.  The fact that they were available for use led you

10:30:07  4    to conclude they were practical, correct?

10:30:11  5    A.   And commercially available and in use in the industry,

10:30:13  6    yes.

10:30:13  7    Q.   Did you look at whether those features that you identified

10:30:18  8    were in use for the type of operations, drilling operations,

10:30:24  9    that is, that were in place at the Macondo well?

10:30:28 10    A.   Well, I did to a certain extent, yes.  For example, I knew

10:30:32 11    DVS rams were used in such situations.

10:30:35 12    Q.   How about CDVS rams?  Are you aware of anyone anywhere in

10:30:43 13    the world using CDVS rams for drilling operations such as those

10:30:48 14    that were taking place at the Macondo well?

10:30:49 15    A.   Not specifically, no.

10:30:53 16    Q.   We'll go with a little more detail into your various

10:30:58 17    opinions regarding BAST, but you also opined about the Mark II

10:31:03 18    versus the Mark III control system; correct?

10:31:05 19    A.   Yes.

10:31:05 20    Q.   Were you aware -- the *Deepwater Horizon* had a Mark II

10:31:08 21    system in place, correct?

10:31:09 22    A.   Yes.

10:31:09 23    Q.   Are you aware of any rig anywhere in the world used for

10:31:15 24    drilling operations that had changed out its control system to

10:31:20 25    use the type of batteries that you suggested should be used?

**OFFICIAL TRANSCRIPT**

10:31:25  1   A.   The types of batteries?

10:31:28  2   Q.   Yes, rechargeable batteries on a Mark II system?

10:31:32  3   A.   I don't know of a specific one, no.

10:31:55  4   Q.   Would you agree with me that it is good engineering

10:31:57  5   judgment to consider the ramifications of using a certain

10:32:02  6   technology on your system as a whole when deciding whether

10:32:08  7   something is BAST?

10:32:10  8   A.   If you're doing the actual full design and implementation

10:32:14  9   of something, yes.  It's not my responsibility just as an

10:32:18 10   engineer expert in this case to do all of that.

10:32:20 11   Q.   Well, you agree with me, though, that if a company such as

10:32:24 12   Transocean or BP is considering using any of the features that

10:32:30 13   you opine about, that they need to consider practical

10:32:34 14   implications of making such a change, that that would be good

10:32:38 15   engineering judgment?

10:32:39 16   A.   Yes.

10:32:40 17   Q.   And to be clear, here in the case, you did not consider

10:32:52 18   those practical implications or ramifications, correct?

10:32:52 19   A.   I did not consider every one, but I did consider them

10:32:56 20   practical because they are in commercial use and available.

10:32:58 21   Q.   Right.  We've heard you say that, and we're going to go

10:33:02 22   through that.

10:33:02 23        Now, you agree with me that you were not qualified to

10:33:08 24   assess all the practical ramifications or implications of using

10:33:12 25   a Mark II versus a Mark II system, correct?

**OFFICIAL TRANSCRIPT**

10:33:17 1    A.    Maybe not all the practical aspects, no.  The other people

10:33:22 2    would have different expertise.

10:33:23 3    Q.    I'm asking about you specifically in rendering your

10:33:27 4    opinions in this case.

10:33:27 5          You agree you are not qualified to assess those

10:33:31 6    practical implications of implementing a Mark II system on the

10:33:36 7    *Deepwater Horizon*, correct?

10:33:38 8    A.    Not all the practical implications.

10:33:40 9    Q.    Okay.  Okay.  You also agree that you do not have the full

10:33:52 10   expertise to evaluate whether replacing a Mark II control

10:33:57 11   system with a Mark II control system was a safer step?

10:34:04 12   A.    It certainly seems like it would be safer because I think

10:34:09 13   battery monitoring or using rechargeable batteries is

10:34:12 14   critically important to safety.

10:34:14 15   Q.    I asked you whether you had the expertise.

10:34:16 16         So let's look at your deposition, 375, lines 13 to

10:34:21 17   19.

10:34:22 18         My colleague, Mr. Collier, is sitting here, took your

10:34:25 19   deposition.

10:34:25 20         And you were asked:  "You do not have the full

10:34:29 21   expertise to evaluate whether replacing the Mark II control

10:34:33 22   system with the Mark III control system was a safer step?"

10:34:39 23         Your answer was:  "I would not be able to evaluate

10:34:42 24   all aspects of it, no.  I think it would require other

10:34:46 25   expertise as well."

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 10:34:48 | 1 |

```
10:34:48   1              Correct?
10:34:48   2   A.    Yes.  And the difference here is, when you just asked me,
10:34:52   3   the word full was not in the question.
10:34:55   4   Q.    I thought it was, and I stand corrected if it wasn't.
10:35:01   5              Now, you do know that as of the time of this
10:35:07   6   incident, there were multiple, numerous other rigs out in the
10:35:12   7   Gulf of Mexico that utilized the Mark II system that you are
10:35:16   8   critical of, correct?
10:35:18   9   A.    Yes.
10:35:18  10   Q.    And, in fact, Transocean had not implemented a Mark II
10:35:25  11   control system on any of its rigs for any operator anywhere in
10:35:30  12   the world, at least as of July of 2011, correct?
10:35:37  13   A.    I don't know of that specific information.
10:35:39  14   Q.    If we can pull up TREX -- or 35.233.1.
10:35:48  15              First go to the cover, and I'll represent to you this
10:35:50  16   is from Mr. Boughton's deposition, Transocean's subsea
10:35:54  17   supervisor.  And he was asked -- this was one of the
10:35:57  18   depositions that was available to you in rendering your
10:36:00  19   opinions, correct?
10:36:01  20   A.    Yes.  I read his deposition.
10:36:03  21   Q.    Okay.  You read it.
10:36:05  22              It says -- he was asked:  "Are you -- do you deal
10:36:08  23   with any rigs that have the Mark III control system?
10:36:13  24              "As far as I'm aware, we, Transocean, do not own a
10:36:19  25   Mark II system.  We may have a PO in -- purchase order in for
```

**OFFICIAL TRANSCRIPT**

10:36:22  1    one, but we do not own one yet."

10:36:26  2         And that would be as of July 2007 (sic), which is why

10:36:31  3    I used that date, correct?

10:36:31  4    A.   July --

10:36:33  5    Q.   I'm sorry.   July 2011.

10:36:34  6    A.   July 2011.   Okay.

10:36:37  7    Q.   Is my statement correct, at least as we've seen here --

10:36:41  8    well, let me ask you:   Are you aware of anything to contradict

10:36:42  9    what Mr. Boughton says here, that Transocean didn't have a rig

10:36:46  10   anywhere in the world --

10:36:47  11   A.   No.

10:36:47  12   Q.   -- that used the Mark III system?

10:36:49  13   A.   No.

10:36:57  14   Q.   You were asked some questions regarding the safety alert

10:37:01  15   that Cameron had issued in connection with the Mark III control

10:37:05  16   system.   You understand that, in fact, Cameron had issued a

10:37:09  17   safety alert in February of 2009 for the Mark III control

10:37:14  18   system, correct?

10:37:16  19   A.   Yes.

10:37:16  20   Q.   And you testified that you didn't discuss this alert,

10:37:21  21   safety alert in your report, correct?

10:37:23  22   A.   Yes.

10:37:25  23   Q.   But, in fact, it's more than that.   You weren't even aware

10:37:29  24   of the safety alert at the time that you issued your report,

10:37:32  25   correct?

**OFFICIAL TRANSCRIPT**

10:37:34  1    A.    I don't recall.

10:37:34  2    Q.    Okay.  Let's look at your deposition, 121, line 17 to 20,

10:37:39  3    please.

10:37:45  4          Again, Mr. Collier asked you:  "You're aware that

10:37:48  5    Cameron had issued a safety alert regarding its Mark III

10:37:52  6    control system?"

10:37:53  7          And you say:  "I'm not aware of those details, no."

10:37:58  8          That's what you testified to, correct?

10:38:02  9    A.    At the time of my deposition, yes.

10:38:05 10    Q.    So when you issued your opinion that the Mark III was best

10:38:08 11    available and safest technology, you had not considered the

10:38:11 12    implications of Cameron's safety alert on utilizing that

10:38:16 13    system, correct?

10:38:17 14    A.    At least I didn't recall looking at it at the time.

10:38:19 15    Q.    Okay.  Have you looked at it since?

10:38:27 16    A.    Yes, I have.

10:38:30 17    Q.    So let's look at 3626.1.2.

10:38:37 18          Is this the safety alert that you have reviewed from

10:38:41 19    Cameron issued in February of 2009, in connection with the

10:38:46 20    Mark III system?

10:38:47 21    A.    Yes.  I think this already came up in Thursday's

10:38:51 22    testimony.

10:38:51 23    Q.    Okay.  When counsel was asking you some questions.

10:38:57 24          And there is a reference here, and it says, "We have

10:39:00 25    recently been advised from the field of several instances where

                              **OFFICIAL TRANSCRIPT**

2842

10:39:03  1   two types of indication faults associated with the Mark III

10:39:08  2   SEM, subsea electronics module, have been experienced."

10:39:14  3          Then it goes on to say what those faults were,

10:39:14  4   correct?

10:39:18  5   A.   That's what it says.

10:39:18  6   Q.   And at any time did you consider what impact this safety

10:39:25  7   alert would have had on a *Deepwater Horizon* blowout preventer

10:39:30  8   had it contained this Mark III system?

10:39:35  9   A.   I don't recall.

10:39:35 10   Q.   Let's turn to batteries.  You opined that best available

10:39:54 11   and safest technology would entail using a battery monitoring

10:40:00 12   or rechargeable battery system, correct?

10:40:03 13   A.   That's one way to do it, yes.

10:40:05 14   Q.   But Cameron did not offer rechargeable batteries for

10:40:11 15   battery monitoring for Mark II control systems, correct?

10:40:15 16   A.   I don't believe so.

10:40:15 17   Q.   If we can look at TREX 5155.1.1, please.

10:40:23 18          Do you recall that an inquiry had been made of

10:40:28 19   Cameron regarding using rechargeable batteries?  Do you recall

10:40:34 20   that?  And this is back in 2005.

10:40:43 21   A.   I think I've seen this, yes.

10:40:44 22   Q.   All right.  And the response back from Cameron to

10:40:49 23   Transocean is:  "The answer to Transocean concerning the

10:40:52 24   rechargeable battery packs for old systems is we do not plan to

10:40:59 25   develop it."

**OFFICIAL TRANSCRIPT**

10:40:59  1          And that old system would be the Mark II system,
10:40:59  2    correct?
10:41:14  3    A.    I guess that's what they meant, yes, Mark II.
10:41:16  4    Q.    So when you say it was available and on the market, you
10:41:20  5    certainly aren't saying that it was available and on the market
10:41:24  6    for use in a Mark II system, which is the system in use on the
10:41:28  7    *Deepwater Horizon*'s BOP, correct?
10:41:32  8    A.    At the time it was available to the Mark III system but
10:41:37  9    not as a retrofit.
10:41:39 10    Q.    Fair enough.  And we already spoke about what evaluation
10:41:42 11    you did regarding the Mark III system.
10:41:44 12          But at least for the Mark II system, that was not an
10:41:49 13    option?
10:41:49 14    A.    Well, it might be an option, but not an OEM option.
10:41:53 15    Q.    You're not aware of anything to indicate that it might be
10:41:56 16    an option, right?
10:42:00 17    A.    That it might be an option?
10:42:00 18    Q.    Yes.  You're not aware of any rigs anywhere in the world
10:42:04 19    that had been retrofitted and utilized that rechargeable
10:42:08 20    battery system in a Mark II control system?
10:42:11 21    A.    Not that I know of for rechargeable.
10:42:25 22    Q.    Now, you testified earlier that Cameron recommended
10:42:28 23    replacing the AMF deadman batteries one year after they were
10:42:33 24    installed or put into a pod, correct?
10:42:37 25    A.    AMF deadman batteries and the 27 volt batteries.

**OFFICIAL TRANSCRIPT**

10:42:41  1    Q.    Fair enough.

10:42:41  2          The AMF deadman and the 27, per Cameron's

10:42:45  3    instructions, should have been replaced one year after they

10:42:48  4    were installed or put into the pod, correct?

10:42:50  5    A.    Into a SEM.

10:42:51  6    Q.    I'm sorry, into a SEM.

10:42:53  7    A.    Whether there were SEMs in the pod or not is another

10:42:55  8    question.

10:42:55  9    Q.    All right.  And Transocean, of course, would have

10:42:59 10    knowledge as to when they last changed out their batteries,

10:43:02 11    correct?

10:43:02 12    A.    They should.

10:43:05 13    Q.    And you agree with me that if Transocean had complied with

10:43:09 14    Cameron's recommendation for changing out the batteries, the

10:43:14 15    batteries should have been in sufficient state to activate the

10:43:17 16    AMF deadman on the evening of the incident?

10:43:18 17    A.    Yes.  They should have been.

10:43:21 18    Q.    But what you found in your evaluation is that Transocean

10:43:27 19    did not comply with Cameron's battery replacement

10:43:31 20    recommendation, correct?

10:43:32 21    A.    Correct.

10:43:33 22    Q.    Let's talk about another feature that you say constitutes

10:43:42 23    best and safest available technology.  The dual coil solenoid

10:43:48 24    BAST.

10:43:48 25          That's another feature that you considered to be

**OFFICIAL TRANSCRIPT**

10:43:51  1    better in the Mark III, correct?

10:43:53  2    A.   Please repeat the end there.

10:43:54  3    Q.   One of the other features that you say the Mark III

10:44:00  4    control system is better at is with respect to the solenoid

10:44:04  5    valves, correct?

10:44:05  6    A.   Well, yes.  At least locally to the solenoid, you can't

10:44:10  7    have the reverse wiring problem if you just have one coil.

10:44:12  8    Q.   And we'll get into that.  The reason you -- first of all,

10:44:17  9    the Mark III uses a different solenoid valve, it uses a single

10:44:22 10    coil, correct?

10:44:23 11    A.   Yes.

10:44:23 12    Q.   Whereas the Mark II, it uses the dual coil, correct?

10:44:28 13    A.   Yes.

10:44:28 14    Q.   But you agree with me that the Mark II does have

10:44:35 15    advantages over the single coil solenoid used in a Mark II?

10:44:39 16    A.   I agree that the dual coil solenoid idea provides some

10:44:44 17    redundancy, and as long as they're properly maintained, that

10:44:48 18    redundancy is beneficial.

10:44:51 19    Q.   So one benefit is it provides redundancy to have the

10:44:56 20    Mark II-type solenoid system, correct?

10:44:58 21    A.   Yes, ma'am.

10:44:58 22    Q.   And then another benefit that you note in your report is

10:45:02 23    it has nearly twice the pulling force to overcome stickiness

10:45:09 24    due to the infrequent use and possible contamination if

10:45:12 25    energized correctly and simultaneously, correct?

**OFFICIAL TRANSCRIPT**

10:45:15  1    A.    Twice the pulling force of doing it with one coil on the

10:45:19  2    same solenoid.

10:45:20  3    Q.    That's an advantage, correct?

10:45:23  4    A.    Well, you were talking about advantages relative to the

10:45:28  5    single coil solenoid.  The single coil solenoid might have more

10:45:32  6    force than doing dual coil on the old solenoid, so we just want

10:45:36  7    to be clear.

10:45:37  8    Q.    I stand corrected.  I apologize if I misspoke.

10:45:41  9          I want to speak to the advantages of using a Mark II

10:45:44 10    solenoid.

10:45:44 11    A.    Versus?

10:45:45 12    Q.    Versus a Mark II, which you opined to be BAST.  Okay?

10:45:51 13    A.    Yes.

10:45:52 14    Q.    The first advantage is that the Mark II, the type that was

10:45:59 15    on the *Deepwater Horizon* BOP, it provides for redundancy,

10:46:03 16    correct?

10:46:03 17    A.    Yes.

10:46:04 18    Q.    It also provides twice the pull to overcome what you call

10:46:13 19    the stickiness due to infrequent use and possible

10:46:17 20    contamination, correct?

10:46:18 21    A.    Again, we're talking about advantages relative to

10:46:26 22    Mark III.  This is not necessarily an advantage relative to

10:46:30 23    Mark III because Mark III has a different solenoid that can be

10:46:34 24    designed for a different level of force.

10:46:36 25    Q.    All right.

**OFFICIAL TRANSCRIPT**

10:46:37 1   A.    So it's not necessarily an advantage relative to the

10:46:41 2   Mark III solenoid.

10:46:42 3   Q.    All right.  Well, is it correct to say that your concern

10:46:47 4   with the dual coil solenoid is that when repairs are performed,

10:46:54 5   the wires could be reversed?

10:46:57 6   A.    Yes, that's the primary issue.

10:46:58 7   Q.    So your criticism with respect to the Mark II type

10:47:03 8   solenoid is that someone may miswire when they are conducting

10:47:08 9   maintenance or change-out of it, correct?

10:47:09 10  A.    Yes.  I'm more concerned about maintenance of it than the

10:47:15 11  solenoid itself.

10:47:15 12  Q.    You would expect that that wiring would be done by

10:47:18 13  professionals?

10:47:20 14  A.    I would assume that, but I know that's not the case.

10:47:23 15  Q.    Well, certainly you would expect that the folks changing

10:47:29 16  out solenoids and doing wiring would have enough knowledge and

10:47:33 17  expertise to know how to properly wire the solenoid, correct?

10:47:38 18  A.    I would think that they would, but the fact that the

10:47:42 19  miswired solenoid was not detected tells me maybe not.

10:47:45 20  Q.    All right.  Well, Transocean provided procedures for how

10:47:49 21  to conduct this wiring, correct?

10:47:52 22  A.    How to conduct the wiring and how to check afterwards,

10:47:55 23  yes.

10:47:55 24  Q.    Let's look at 3798.

10:48:01 25        Are these Transocean's instructions to whoever is

**OFFICIAL TRANSCRIPT**

10:48:06  1    conducting this wiring to assist them, if you will, in not,

10:48:11  2    miswiring the solenoid?

10:48:12  3    A.    Yes, among other things.

10:48:14  4    Q.    You reviewed this document in rendering your opinions in

10:48:17  5    this case?

10:48:18  6    A.    Yes, I did.

10:48:19  7    Q.    If we can look at TREX-3798.2.2, please.

10:48:33  8          This is out of Transocean's Technical Information

10:48:37  9    Bulletin on solenoid valve wiring.  It says, "The purpose is to

10:48:41 10    provide instructions for rebuilding Cameron's control solenoid

10:48:46 11    valves."  That would be what we had on the *Deepwater Horizon*,

10:48:48 12    correct?

10:48:48 13    A.    Yes.

10:48:49 14    Q.    Then the responsibility, it is the responsibility of the

10:48:54 15    subsea engineer to review this document and to ensure that

10:48:57 16    these procedures are followed when rebuilding Cameron Controls

10:49:01 17    solenoid valves, correct?

10:49:03 18    A.    Yes.

10:49:03 19    Q.    This document was issued back in September of 2002,

10:49:09 20    correct?

10:49:11 21    A.    I'm not sure what the exact date is.  I'll take your word

10:49:14 22    for it.

10:49:14 23    Q.    Well, see at the bottom there, where we highlighted it.  I

10:49:18 24    appreciate that it's very visible to read.  I'll represent to

10:49:21 25    you that's when it was issued.

**OFFICIAL TRANSCRIPT**

10:49:23  1              So according to Transocean's own procedures, they

10:49:31  2     have -- strike that.

10:49:31  3              So Transocean has procedures for how to wire the

10:49:37  4     solenoid, correct, whether you're professional or not?

10:49:42  5     A.    How to wire it and how to check it.

10:49:44  6     Q.    What it says is not only how to wire it, but then it

10:49:48  7     provides procedures for how to test it to make sure you didn't

10:49:52  8     miswire it, correct?

10:49:52  9     A.    Yes.

10:49:53 10     Q.    If we can pull up 3798.5.1, please.

10:50:01 11              So what Transocean's technical bulletin informs its

10:50:06 12     subsea engineers is that after you conduct the wiring, what you

10:50:09 13     need to do is perform a test, correct?  A function test?

10:50:13 14     A.    Yes.

10:50:14 15     Q.    If this test is performed, you would be able to detect if

10:50:21 16     your solenoid coils are miswired, correct?

10:50:26 17     A.    Yes.

10:50:27 18     Q.    So the Mark II system certainly can be properly wired and

10:50:31 19     properly tested to confirm that you have done a good job, if

10:50:36 20     you will?

10:50:36 21     A.    Yes.

10:50:37 22     Q.    Would you expect that if these tests had been performed in

10:50:55 23     accordance with the test procedures, that Transocean would have

10:50:59 24     detected the defects that you found on Solenoid 103?

10:51:03 25     A.    Yes.

**OFFICIAL TRANSCRIPT**

10:51:20  1    Q.    The solenoid was rewired in February -- I'm sorry, was

10:51:24  2    changed out, I should say, in February of 2001 -- 2010, excuse

10:51:30  3    me, correct?

10:51:30  4    A.    That's my understanding, yes.

10:51:32  5    Q.    Did you see any evidence that Transocean had performed

10:51:34  6    tests in accordance with what their policies and practices

10:51:38  7    required on that solenoid?

10:51:41  8    A.    No.   There is no evidence.

10:51:43  9    Q.    So you didn't see any evidence that Transocean performed

10:51:47 10    these tests even though they had a document policy requiring

10:51:51 11    them, correct?

10:51:52 12    A.    Correct.

10:51:52 13    Q.    Finally, the last feature that you speak to with respect

10:51:57 14    to your opinions on best and safest available technology is

10:52:03 15    with respect to the blind shear rams, correct?

10:52:04 16    A.    Yes.

10:52:06 17    Q.    You believe that the BOP that was on the

10:52:13 18    *Deepwater Horizon* -- strike that.

10:52:13 19          The BOP that was on the *Deepwater Horizon* had

10:52:16 20    something called the SBR blind shear ram, correct?

10:52:23 21    A.    Yes.

10:52:23 22    Q.    In your opinion, they should have used a different type of

10:52:27 23    blind shear ram?

10:52:27 24    A.    Yes.

10:52:27 25    Q.    One of those types is the CDVS, correct?

**OFFICIAL TRANSCRIPT**

10:52:39  1    A.    Yes.

10:52:40  2    Q.    We've already established that you're not aware of a

10:52:44  3    single drilling operation anywhere in the world BOP that

10:52:48  4    utilizes the CDVS design, correct?

10:52:51  5    A.    I'm not aware of a specific one.

10:52:53  6    Q.    You're not aware of any, correct?

10:52:58  7    A.    I'm not aware of any.

10:52:58  8    Q.    You are aware that the SBR blind shear ram design that was

10:53:11  9    in use on the *Deepwater Horizon* is still being offered by

10:53:15 10    Cameron today?

10:53:17 11    A.    Yes, that's my understanding.

10:53:18 12    Q.    The current regulatory agency, the United States

10:53:24 13    Government, the entity that retained you, continues to approve

10:53:29 14    leases that utilize blind shear rams, SBR rams, on BOPs for

10:53:37 15    drilling operations, correct?

10:53:39 16    A.    I don't have direct knowledge of that.

10:53:40 17    Q.    You didn't ask anyone after you rendered your opinions to

10:53:45 18    the United States Government on what current designs are

10:53:50 19    approved?

10:53:52 20    A.    I am primarily interested in the physics and the operation

10:53:58 21    of this BOP in this accident, so I didn't get into that.

10:54:01 22    Q.    But you rendered an opinion that a different type of blind

10:54:06 23    shear ram would be best and safest available technology,

10:54:06 24    correct?

10:54:10 25    A.    Yes, and I base that on the arguments concerning the

OFFICIAL TRANSCRIPT

10:54:14  1    physics of it.

10:54:15  2    Q.    With a knowledge of the physics of it, I take it you never

10:54:19  3    inquired whether today as we sit here three years after the

10:54:23  4    incident, the government continues to approve the use of the

10:54:29  5    very type of BOPs that were in place on the *Deepwater Horizon*

10:54:33  6    on the evening of April 20th?

10:54:36  7    A.    I already answered that.

10:54:36  8    Q.    Okay.   Now, we spoke earlier that when you're looking at

10:55:01  9    what might be best and safest available technology, you need to

10:55:06 10    look at the ramifications or implications of utilizing that

10:55:10 11    technology, correct?

10:55:12 12    A.    If you're someone that's actually involved in making the

10:55:15 13    change or, you know, doing the implementation, yes, there is

10:55:19 14    numerous things that you should look at.

10:55:20 15    Q.    Should you also look at that if you're somebody that's

10:55:24 16    rendering an opinion that a different type of technology was

10:55:27 17    best and safest available technology?

10:55:30 18    A.    Not necessarily.   For example, in this case, on the DVS

10:55:37 19    rams, I knew that they were already in use, they were already

10:55:41 20    available to be relatively easy to change out the existing ram

10:55:46 21    blocks.

10:55:46 22    Q.    But we're talking about the CDVS right now.

10:55:49 23    A.    Same story with the CDVS.

10:55:50 24    Q.    You knew they were in use for drilling operations?

10:55:53 25    A.    Sorry, you already asked me about that.

**OFFICIAL TRANSCRIPT**

10:55:55  1            So on the case of the CDVS, I knew they were easy

10:56:00  2   replacement to the existing ram blocks.

10:56:02  3   Q.   But it's not enough to be easy replacement.  They actually

10:56:05  4   have to be fit for purpose, fit for the purpose that you want

10:56:09  5   to use them, correct?

10:56:10  6   A.   Yes, they need to be fit for purpose, and I've seen tests

10:56:13  7   of CDVS rams cutting pipe and Cameron recommending their use

10:56:21  8   for cutting pipe.

10:56:23  9   Q.   Their use for cutting pipe, but not their use for drilling

10:56:24 10   operations, correct?

10:56:25 11   A.   I don't -- I don't know about drilling operations.  I just

10:56:28 12   know about cutting drill pipe.

10:56:30 13   Q.   Do you know who Mr. Whitby is?

10:56:33 14   A.   Yes.

10:56:34 15   Q.   He is Cameron's director of engineering technology.

10:56:40 16   A.   That's my understanding.

10:56:40 17   Q.   He's somebody who for a living designs BOPs?

10:56:46 18   A.   I believe so, yes.

10:56:46 19   Q.   Okay.  Let's look at his testimony at page 353, line 17 to

10:56:56 20   354, line 9.

10:57:01 21            You reviewed Mr. Whitby's testimony?

10:57:04 22   A.   Yes.

10:57:04 23   Q.   He was asked, "What would be the disadvantage of the CDVS

10:57:12 24   design?"  He said, "It would depend on the requirements that it

10:57:14 25   is being employed to."

                            **OFFICIAL TRANSCRIPT**

10:57:16 1          "Question:  Fundamentally, it was designed as a

10:57:18 2   workover completions ram and not a drilling ram, correct?

10:57:25 3          "Answer:  So fatigue life would have been one of the

10:57:27 4   issues consistent with the DS rams.

10:57:30 5          "Question:  And so the CDVS ram would a lower fatigue

10:57:38 6   life than the SBR or DVS ram?"

10:57:42 7          That was the answer, and he said, "Under certain

10:57:46 8   conditions that might be the case," correct?

10:57:48 9          He goes on to say, "And what are certain of those

10:57:49 10  types of conditions?

10:57:51 11         "Answer:  It was a completions workover ram, and so

10:57:54 12  the wellbore fluids would be a little more sanitary than the

10:57:58 13  drilling mud and drilling applications."  Correct?

10:58:00 14  A.    You're asking me correct?

10:58:06 15  Q.    If that's what Mr. Whitby --

10:58:06 16  A.    Because earlier you were saying, correct, and you were

10:58:11 17  continuing to talk, so I wasn't sure if you were asking me.

10:58:14 18  Q.    My apologies.  Let me ask the question then.

10:58:17 19         You would agree with me that Mr. Whitby, who designs

10:58:21 20  these BOPs for a living, he testified that the CDVS design is

10:58:31 21  not for drilling operations, that it's for completions or

10:58:36 22  workover rams, correct?

10:58:38 23  A.    Yes, that's what he says.

10:58:39 24  Q.    You have no reason to disagree with him?

10:58:43 25  A.    No.

**OFFICIAL TRANSCRIPT**

10:58:48 1   Q.    Prior to rendering your opinion that the CDVS design would

10:58:56 2   have been better and safer technology, did you consider whether

10:59:02 3   any unintended consequences would have been introduced by using

10:59:07 4   that design?

10:59:12 5   A.    Well, I don't know it's exactly an unintended consequence,

10:59:18 6   but I do understand that there was probably a lower life on the

10:59:23 7   sealing elements.

10:59:24 8   Q.    Is it correct that you did not analyze whether

10:59:29 9   implementation of the CDVS design would have unintended

10:59:34 10  consequences to the effective operation of the BOP, such as

10:59:39 11  leak pass and things of that nature?

10:59:44 12  A.    I did consider the lower life of the packers.  Those will

10:59:49 13  cause leaks, but after a certain number of cycles, so it

10:59:54 14  doesn't mean you can't use the ram.  It just means you have to

10:59:57 15  maintain it more often.

10:59:58 16  Q.    Let's look at your deposition, page 104, lines 17 to 25.

11:00:03 17  Again, another question by Mr. Collier:

11:00:08 18       "Question:  Is it possible that the implementation of

11:00:11 19  the CDVS design could have unintended consequences to the

11:00:15 20  effective operation of the BOP, such as leak pass and things of

11:00:17 21  that nature?"

11:00:18 22       You say, "It's possible."

11:00:19 23       Next question:  "But that's not something you've

11:00:22 24  considered?

11:00:22 25       "Answer:  It's not something that I've analyzed."

**OFFICIAL TRANSCRIPT**

11:00:26  1          That was your testimony, correct?

11:00:30  2   A.   Yes.

11:00:30  3   Q.   Now, you testified, in speaking with counsel for the

11:00:43  4   United States and then counsel for the PSC, regarding some of

11:00:48  5   the features on this BOP with respect to ram configuration and

11:00:54  6   ram pressure ratings, do you recall that?

11:00:57  7   A.   Yes.

11:00:58  8   Q.   All right.  If we can look at TREX-4003.14.1.

11:01:12  9          This is a schematic -- do you recognize this as a

11:01:16 10   schematic of the BOP stack for the Macondo well?

11:01:19 11   A.   Yes.

11:01:31 12   Q.   In fact, this was the schematic that BP submitted to the

11:01:37 13   MMS for approval for use of this stack on the *Deepwater Horizon*

11:01:42 14   well, correct?  I'm sorry, on the Macondo well, correct?

11:01:48 15   A.   I can't recall exactly, but I'll assume that.

11:01:51 16   Q.   All right.  I'll represent to you that this was the

11:01:54 17   schematic that BP submitted in its application for permit to

11:01:59 18   drill at the Macondo well with the *Deepwater Horizon*'s BOP

11:02:04 19   stack.

11:02:06 20          We won't go through each of these features, but is it

11:02:09 21   correct to say that BP informed the MMS of the pressure ratings

11:02:15 22   of the annulars that you spoke to, that is, the 10,000 upper

11:02:22 23   annular and the 5,000 lower annular pressure rating, correct?

11:02:27 24   A.   Yes.

11:02:27 25   Q.   In fact, it notified it there of the stripping issue with

**OFFICIAL TRANSCRIPT**

11:02:30 1   the annular here, correct?

11:02:33 2   A.    Yes.

11:02:33 3   Q.    Then it also notified the MMS that we have one blind shear

11:02:39 4   ram, one casing shear ram, and then three VBR's, correct?

11:02:45 5   A.    Yes.

11:02:46 6   Q.    Notified the MMS that the bottom VBR, or variable bore

11:02:52 7   ram, had been converted to a test ram, correct?

11:03:01 8   A.    Yes.

11:03:01 9   Q.    And you are aware that the MMS approved the use of this

11:03:03 10  stack for the Macondo well, correct?

11:03:06 11  A.    Just to be clear, I don't know all the procedures that are

11:03:09 12  gone through for, quote, approval, what really takes place, but

11:03:13 13  they did drill the well.  So MMS saw this, and then they

11:03:17 14  drilled the well.

11:03:17 15  Q.    Okay.  So is it fair to say, at least, that the MMS had

11:03:21 16  information about all of the features in the BOP that are

11:03:25 17  listed on this document, including the test ram, the annular

11:03:29 18  ratings and the stripping issue that you identified?

11:03:31 19  A.    Yes, the stuff that's on this document.

11:03:36 20  Q.    You also spoke about the shearing capacity of the BOP,

11:03:52 21  correct?

11:03:52 22  A.    Of the blind shear ram, yes.

11:03:52 23  Q.    I'm sorry, of the blind shear ram.

11:03:52 24        Are you aware that when BP submits its application

11:03:55 25  for permits to drill, that along with that application it

**OFFICIAL TRANSCRIPT**

11:04:00  1    submits something called the maximum anticipated surface

11:04:04  2    pressure calculation?

11:04:07  3    A.    Yes.

11:04:07  4    Q.    Can you tell us what MASP, or maximum anticipated surface

11:04:13  5    pressure, is?

11:04:16  6    A.    It's an estimate of the maximum pressure that you would

11:04:19  7    see at different places in the well.  Sometimes it's stated for

11:04:26  8    on the surface of the -- where the rig is, and other times at

11:04:30  9    the mudline, which would be where the BOP is, or down at the

11:04:33 10    bottom of the hole.

11:04:34 11    Q.    If we can pull up 1339.1.1, please.

11:04:39 12          This is the application BP submitted when it needed

11:04:45 13    to do the bypass at the Macondo well, correct?

11:04:48 14    A.    Yes.

11:04:52 15    Q.    All right.  This shows an approval date by the

11:04:57 16    United States Department of Interior, Minerals Management

11:05:01 17    Service, on March 13th of 2010, correct?

11:05:04 18    A.    Yes.

11:05:04 19    Q.    If we can go now to 1339.12.2, this is submitted along

11:05:14 20    with that application.  This shows the maximum anticipated

11:05:19 21    surface pressure calculations that BP has conducted in order to

11:05:24 22    estimate mass, correct?

11:05:27 23    A.    Yes.  It's done by a couple of different methods.

11:05:33 24    Q.    Did you review the testimony of the folks who were

11:05:38 25    involved in approving this application on behalf of BP?

**OFFICIAL TRANSCRIPT**

11:05:41  1    A.    I don't recall.

11:05:41  2    Q.    Are you aware that the MMS's representatives who approved

11:05:46  3    this application testified -- including Mr. Patent, testified

11:05:51  4    that once they receive this application, they conduct their own

11:05:54  5    calculations?

11:05:57  6    A.    I am not aware of that particular testimony, no.

11:05:59  7    Q.    Are you aware, though, that the Minerals Management

11:06:06  8    Services approved the maximum anticipated surface pressure

11:06:11  9    calculations that were submitted by BP in connection with its

11:06:13 10    application for bypass?

11:06:15 11    A.    I'm not personally aware of what those procedures are or

11:06:19 12    what happened.

11:06:19 13    Q.    But you did offer opinions in this case regarding the

11:06:24 14    shearing capacity of the BOP, correct?

11:06:27 15    A.    Yes.

11:06:27 16    Q.    But you didn't look at what had been submitted and

11:06:32 17    approved by the United States Government regarding the capacity

11:06:36 18    of that well, correct?

11:06:37 19    A.    Well, I have seen this.  I've looked at what's been

11:06:40 20    submitted.

11:06:40 21    Q.    Now, you were asked several questions regarding the

11:06:52 22    shearing of the drill pipe.  Just to be clear, at the time that

11:07:01 23    the AMF was activated, in your opinion the drill pipe was, in

11:07:08 24    fact, centered, correct?

11:07:08 25    A.    Yes.  It would have been close to centered.

**OFFICIAL TRANSCRIPT**

Q. The BOP on the *Deepwater Horizon* at the Macondo well had sufficient capacity to shear that pipe, correct?
A. At that time, yes.
Q. Now, you testified earlier in response to some questions that -- well, you were asked, first of all, whether you considered if forces from below could have caused the pipe to become off center after the AMF triggered, do you recall that?
A. Yes.
Q. You responded that that's something you did look at, and you didn't agree that forces from below could cause the pipe to be off center; do you recall that?
A. I don't recall the exact situation you're talking about. Are you talking about my deposition or --
Q. Well, I'm talking about your opinion in general. You reviewed Mr. Childs' theory with respect to what caused the pipe to go off center, correct? Mr. Childs being the Transocean expert retained in this case.
A. Yes.
Q. Did you agree with his theory that forces from below could have forced the pipe to go off center?
A. Well, again, talking about well after AMF time, towards autoshear time, I didn't agree that the upward forces could be of the magnitude that he assumed and that he got a buckling condition because of that.
I, however, do agree that there could have been

11:08:58  1   upward forces from below that caused at least a portion of the
11:09:04  2   pipe offset in the wellbore at that later time.  It's quite
11:09:08  3   possible.
11:09:08  4   Q.    But with respect to what caused the pipe to end up off
11:09:13  5   center in the location that it ultimately ended up in, you did
11:09:16  6   not agree with Mr. Childs regarding the types of forces that he
11:09:19  7   opines existed, correct?
11:09:21  8   A.    I didn't agree that it was just flow forces that would
11:09:25  9   have done that at the later autoshear time.
11:09:36 10         MS. KARIS:  Your Honor, if I could have one minute.  I
11:09:39 11   may be finished.
11:09:39 12   BY MS. KARIS:
11:10:13 13   Q.    One last question.  Dr. Davis, you agree that at the time
11:10:17 14   the AMF activated, there were not sufficient forces from below
11:10:21 15   to cause the drill pipe to go off center, correct?
11:10:25 16   A.    That's correct.
11:10:25 17         MS. KARIS:  I have nothing further.  Thank you.
11:10:29 18         THE COURT:  All right.  Thank you.
11:10:30 19             Cameron.
11:10:33 20         MR. JONES:  May I proceed, Your Honor?
11:11:36 21         THE COURT:  Yes.
11:11:36 22                        **CROSS-EXAMINATION**
11:11:36 23   BY MR. JONES:
11:11:37 24   Q.    Good morning, Dr. Davis.  My name is David Jones.  I
11:11:39 25   represent Cameron, and I have you on cross-examination.

**OFFICIAL TRANSCRIPT**

11:11:42 1          I want to start this morning by walking you through
11:11:48 2  activation of the BOP and your understanding of activation of
11:11:52 3  the BOP.
11:11:52 4          It's your opinion, is it not, that the BOP was first
11:11:58 5  activated at approximately 9:41, 9:42, on April 20, 2010?
11:12:06 6  A.    Yes.  I'm not used to calling it the BOP, but one of the
11:12:10 7  elements within the BOP, the upper annular in that case, would
11:12:13 8  have been activated.
11:12:13 9  Q.    You've anticipated my next question.  It's your opinion
11:12:18 10 that it was upper annular that was the first blowout preventer
11:12:21 11 in the BOP stack that was activated, correct?
11:12:23 12 A.    Yes.
11:12:24 13 Q.    Now, at the time the annular was first activated, you
11:12:28 14 would agree with me that hydrocarbons were above the BOP and in
11:12:31 15 the riser?
11:12:31 16 A.    Yes.
11:12:33 17 Q.    It was those hydrocarbons in the riser that resulted in
11:12:38 18 the explosions on the rig, correct?
11:12:40 19 A.    Yes.
11:12:40 20 Q.    When the upper annular was finally activated on
11:12:49 21 April 20th, we have heard before that it did not seal around
11:12:52 22 the drill pipe.  That's your opinion as well; correct?
11:12:54 23 A.    Yes.
11:12:55 24 Q.    You've offered two possible reasons for why it didn't seal
11:12:58 25 around the drill pipe at that time, correct?

**OFFICIAL TRANSCRIPT**

11:13:03  1    A.    I don't remember if it was two or not.

11:13:05  2    Q.    Well, we'll talk about the two that you talked about in

11:13:08  3    your deposition.  If you think of any others, we can talk about

11:13:11  4    those as well.

11:13:12  5          The first opinion you offered was that the BOP was

11:13:15  6    not closed, that the upper annular BOP was not closed with the

11:13:20  7    maximum closing pressure.  That's one of your possibilities,

11:13:20  8    correct?

11:13:25  9    A.    Yes.

11:13:25 10    Q.    What this is referring to, it's talking about the fact

11:13:30 11    that the annular has a certain amount of pressure that can be

11:13:33 12    applied to it to squeeze the donut into the packer and onto the

11:13:39 13    pipe, correct?

11:13:39 14    A.    There is a regulated pressure that is supplied for that

11:13:42 15    purpose, and that regulator can be adjusted.

11:13:45 16    Q.    You have anticipated my next question.  Can I get

11:13:49 17    (d)(1) 0012, cull out (d)(1) 0012.

11:13:55 18          Do you recognize this as a schematic of the right

11:14:02 19    side of the driller's control panel on the *Deepwater Horizon*?

11:14:05 20    A.    Yes.

11:14:07 21    Q.    What we see here is this would be on the left side of the

11:14:15 22    right door -- there were two doors on this control panel,

11:14:18 23    correct?  You open them up, and the left side has stacked

11:14:23 24    components to operate, and the right side, which we have here,

11:14:26 25    has other components and functions; you're familiar with that,

**OFFICIAL TRANSCRIPT**

11:14:30  1    aren't you?

11:14:30  2    A.    It's my understanding from these photographs.

11:14:32  3    Q.    So what we see here is in this particular cull out, over

11:14:36  4    on the right-hand side of the cull out, we have the enable push

11:14:40  5    hold button, do you see that?

11:14:42  6    A.    Yes.

11:14:42  7    Q.    Then just to the left side of that, do you see we have

11:14:47  8    upper annular regulator pressure -- regulated pilot pressure,

11:14:51  9    and below that we have the lower annular regulator pilot

11:14:56 10    pressure?  Do you see that?

11:14:57 11    A.    Yes.

11:14:57 12    Q.    And the way this is operated, as you understand it, is the

11:15:01 13    person who is on the rig and functioning the BOP would first

11:15:05 14    push down this enable push hold button, and once that's

11:15:10 15    depressed they could press these buttons to either increase or

11:15:15 16    decrease the upper annular pressure or the lower annular

11:15:20 17    pressure; is that understanding of the way that it works?

11:15:22 18    A.    My understanding.  I'm not an expert in the control panel

11:15:24 19    or operations inside the rig, but, yes, that's my

11:15:28 20    understanding.

11:15:28 21    Q.    Now, to be clear, that function, that increasing and

11:15:34 22    decreasing the regulator pressure, is done by people on the

11:15:37 23    rig, correct?

11:15:39 24    A.    Correct.  That is my understanding.

11:15:40 25    Q.    Cameron was not on the rig on April 20, 2010; no Cameron

**OFFICIAL TRANSCRIPT**

11:15:46  1    people were there, as you understand it, correct?

11:15:48  2    A.    Not that I am aware of.

11:15:49  3    Q.    So we can all agree that Cameron was not involved in

11:15:54  4    regulating the closing pressure of the upper annular BOP up or

11:16:00  5    down leading up to the events on April 20th, fair?

11:16:03  6    A.    I don't believe so.

11:16:03  7    Q.    All right.  Now, you understand that to close the annular

11:16:09  8    BOP, you should use a minimum of 1500 psi, but then you can

11:16:15  9    regulate it up to a maximum of 3,000 psi; is that your

11:16:19 10    understanding?

11:16:19 11    A.    Yes.

11:16:19 12    Q.    Let me get cull out (d)(1) 0006.   (1) 0006.

11:16:28 13          This is from the BOP operation and maintenance

11:16:32 14    manual.  This is one of the documents that you reviewed in

11:16:36 15    preparing your report; is it not?

11:16:39 16    A.    Yes.

11:16:39 17    Q.    What we see in the cull outs here from the operation

11:16:45 18    manual is discussing the closing pressure that should be used

11:16:50 19    for an annular.  What it says is, minimum closing pressure of

11:16:56 20    1500 psi is required to close and seal the BOP on pipe.  Do you

11:17:00 21    see that?

11:17:00 22    A.    Yes.

11:17:01 23    Q.    It goes on to say that, higher closing pressures up to the

11:17:04 24    rated working pressure of 3,000 psi may be necessary, depending

11:17:08 25    on packer condition, pipe size, and ambient temperature.  Do

11:17:13 1   you see that?

11:17:13 2   A.   Yes.

11:17:13 3   Q.   Then it goes on, in that same document, and says, if well

11:17:18 4   fluid leaks past the packer, increase closing pressure as

11:17:22 5   necessary until the leakage stops, but do not exceed 3,000 psi,

11:17:27 6   correct?

11:17:27 7   A.   Yes.

11:17:27 8   Q.   Now, it's your opinion, is it not, that that last part was

11:17:34 9   not done; that on April 20, 2010, the maximum pressure -- the

11:17:40 10  closing pressure of the BOP was not taken up to 3,000 psi?

11:17:45 11  A.   The testimony indicates that it never reached that level.

11:17:48 12  It might have gone higher than 1500.

11:17:50 13  Q.   Where it actually was regulated to, it may be over 1500,

11:17:56 14  but, to your understanding, it wasn't taken up to 3,000?

11:17:59 15  A.   Correct.

11:18:00 16  Q.   All right.  Now, the alternative reason that you gave for

11:18:04 17  the annular not sealing is that it may have been damaged at a

11:18:11 18  time prior to April 20, 2010, because of stripping drill pipe

11:18:13 19  through the upper annular; that's one of your views?

11:18:20 20  A.   Yes.

11:18:20 21  Q.   Stripping is the process of moving drill pipe up and down

11:18:25 22  while the annular is closing around the drill pipe; correct?

11:18:27 23  A.   Yes.

11:18:27 24  Q.   During that process, if you strip far enough or strip

11:18:32 25  enough joints of pipe through the annular, you will actually

OFFICIAL TRANSCRIPT

11:18:37  1    pull tool joints through the BOP and through the annular,

11:18:41  2    correct?

11:18:41  3    A.   Yes.

11:18:42  4         MR. JONES:  If I could, Your Honor, go over to the

11:18:43  5    demonstrative for a second.

11:18:45  6         THE COURT:  Sure.

11:18:45  7    BY MR. JONES:

11:18:49  8    Q.   This was the demonstrative that was shown to you earlier.

11:18:52  9    What we're talking about here, the tool joint is the fat part

11:18:55 10    here?

11:18:55 11    A.   Yes, it's the larger diameter section where the pieces of

11:19:00 12    pipe are screwed together.

11:19:01 13    Q.   So what happens when you're stripping tool joints through

11:19:05 14    an annular preventer is each one of those tool joints, as it

11:19:11 15    hits on the sealing element, it bangs on it and pulls through,

11:19:15 16    creating greater pressure because it's a bigger piece of

11:19:18 17    equipment moving through, and it pulls through and yanks on

11:19:21 18    that rubber element, correct?

11:19:24 19    A.   Yes.  Depending on which rubber donut you're using, it may

11:19:30 20    be tolerant to that, or it may not be tolerant to that.

11:19:33 21    Q.   Do you know if there are any procedures that can be taken

11:19:35 22    if you're not using a stripping element to be able to strip

11:19:38 23    through an annular BOP?

11:19:41 24    A.   Well, you know, practically, you can just have a lighter

11:19:46 25    pressure holding the pipe probably.  That would be one thing

**OFFICIAL TRANSCRIPT**

11:19:50 1   you could do.  But if it's a nonstripping annular, I guess you

11:19:55 2   could still have potential damage.

11:19:56 3   Q.    Now, it's your understanding that there was stripping

11:20:00 4   through the BOP while they were drilling the Macondo well,

11:20:02 5   correct?

11:20:02 6   A.    There was stripping through the BOP in general, yes.

11:20:04 7   Q.    Whatever procedures were done during that stripping

11:20:09 8   operation, whether they were lessening and increasing the

11:20:15 9   pressure as tool joints came through the BOP, you're not

11:20:17 10  familiar with what procedures that may have been followed,

11:20:17 11  correct?

11:20:19 12  A.    No.  I'm not familiar to the details.

11:20:22 13  Q.    But you do know that, regardless of whatever procedures

11:20:26 14  were followed, Cameron was not involved in that stripping

11:20:29 15  operation?

11:20:30 16  A.    Not that I'm aware of.

11:20:31 17  Q.    All right.  Those are the two bases, as I understand it,

11:20:36 18  that you offered for the upper annular not being able to seal.

11:20:41 19  Any others that we haven't discussed?

11:20:43 20  A.    Yes.  I was also reminded in my review for trial, there

11:20:49 21  was some documentation that noted that on the size

11:20:52 22  five-and-a-half-inch pipe, the upper annular that had replaced

11:20:57 23  the 10,000 psi annular element had a rating of 7500 psi on

11:21:05 24  five-and-a-half-inch pipe.  So this is another possible reason.

11:21:09 25  Q.    So that, as you understand it, the design parameter of

**OFFICIAL TRANSCRIPT**

11:21:13 1    that particular element had a rated pressure lower than

11:21:18 2    10,000 psi?

11:21:18 3    A.    Yes.

11:21:18 4    Q.    All right.  If pressure on the night of April 20th

11:21:23 5    exceeded that rated pressure, the annular potentially might not

11:21:28 6    have held; that's what you're saying?

11:21:30 7    A.    Yes.

11:21:30 8    Q.    Let's talk about closing the VBR's for a moment.

11:21:36 9          It's your understanding that the VBR's were activated

11:21:37 10   at 2147, correct?

11:21:39 11   A.    Yes, about that time.

11:21:39 12   Q.    By closing the VBR's, they were able to seal the annulus,

11:21:45 13   at least temporarily, correct?

11:21:47 14   A.    Yes.

11:21:47 15   Q.    Given that there were hydrocarbons above the BOP at the

11:21:52 16   time the annular preventer was first activated at 2141, 2142,

11:21:58 17   and given the fact that the annular did not seal, you would

11:22:02 18   agree with me that there were even more hydrocarbons above the

11:22:07 19   BOP in the riser on the way to the rig by the time the VBR's

11:22:12 20   sealed the annulus at 2147?

11:22:15 21   A.    Correct.

11:22:15 22   Q.    It's your opinion that by the time the VBR's were

11:22:24 23   activated to seal the annulus around the drill pipe, it was too

11:22:27 24   late to prevent the gas in the riser that caused the

11:22:31 25   explosions?

**OFFICIAL TRANSCRIPT**

11:22:33 1    A.    Correct.

11:22:33 2    Q.    After the explosions, we know the annulus became unsealed,

11:22:47 3    and the well flowed again, correct?

11:22:49 4    A.    The wellbore annulus, yes, at some later point started to

11:22:53 5    leak again and had annulus flow again.

11:22:56 6    Q.    Now, it's your opinion that after the explosions -- and

11:23:00 7    we've heard this, and I'm not going to go into in detail -- but

11:23:03 8    it's your opinion that after the explosions, the conditions

11:23:06 9    necessary to trigger the AMF, or the deadman function, would

11:23:09 10   have been satisfied, correct?

11:23:10 11   A.    Yes.

11:23:10 12   Q.    It's your opinion that the blind shear ram was not

11:23:14 13   activated by the AMF because there were issues or problems in

11:23:19 14   both control pods, right?

11:23:21 15   A.    Yes.

11:23:21 16   Q.    You mentioned in your prior testimony that the reason that

11:23:31 17   the AMF was not fired from the yellow pod -- let me back up.

11:23:37 18         The function can fire from both pods, correct?

11:23:42 19   A.    Yes.  By default, when the loss of communications of those

11:23:47 20   three things you mentioned occur, both sides do detect that and

11:23:53 21   activate.

11:23:53 22   Q.    So the signal or the communication to activate the

11:23:59 23   deadman, that goes out of both pods, correct?

11:24:01 24   A.    Yes, it does.

11:24:02 25   Q.    So with respect to the yellow pod, we heard that it's your

**OFFICIAL TRANSCRIPT**

11:24:06 1 opinion that the deadman function was not able to complete

11:24:12 2 because there was a problem with the miswiring of

11:24:19 3 Solenoid 103Y, correct?

11:24:19 4 A.   Yes.

11:24:19 5 Q.   Just so we understand, the signal, as you understand it,

11:24:24 6 the computer signal to fire the deadman on the yellow pod went?

11:24:30 7 A.   The signal was generated and went to the solenoid, but the

11:24:35 8 solenoid could not properly shift because of the miswiring.

11:24:38 9 Q.   Solenoid 103, as I think you mentioned on Friday, was a

11:24:46 10 refurbished solenoid valve, correct?

11:24:49 11 A.   Yes.

11:24:49 12 Q.   You have seen no evidence in this case that Cameron had

11:24:53 13 anything to do with that refurbishment, correct?

11:24:57 14 A.   No, I haven't.

11:24:58 15 Q.   Who do you believe was involved in the refurbishment of

11:25:12 16 that solenoid valve?

11:25:15 17      MR. DOYEN:  Objection, foundation, Your Honor.

11:25:18 18      THE COURT:  Well, is that something you determined from

11:25:19 19 your review of the evidence?

11:25:21 20      THE WITNESS:  It's something I looked at, yes.

11:25:24 21      THE COURT:  Okay, go ahead.

11:25:24 22      THE WITNESS:  The records are not exactly determinative

11:25:27 23 on this, but it was apparently either a company called DND, or

11:25:33 24 it was personnel, Transocean personnel on the rig.

11:25:33 25 BY MR. JONES:

**OFFICIAL TRANSCRIPT**

11:25:38  1    Q.    Were you ever able to determine anything about this DND

11:25:42  2    outfit, whether they did or didn't do it or what procedures

11:25:44  3    they may have followed?

11:25:45  4    A.    Well, part of the documentation was looking back at what

11:25:53  5    DND had for their records.  Their records did not show that

11:25:56  6    they had serviced this particular solenoid.

11:25:58  7    Q.    With respect to the blue pod -- I'm not going to go into

11:26:03  8    all of the details, but it's your opinion that the signal --

11:26:07  9    the deadman did not fire from the blue pod, correct, in your

11:26:10  10   opinion?

11:26:10  11   A.    Yes.  The blind shear ram was not activated by that blue

11:26:19  12   side.

11:26:19  13   Q.    On the blue pod, did the signal actually get sent from the

11:26:26  14   blue pod subsea electronic module, the computer, did the signal

11:26:32  15   get sent to activate the deadman?

11:26:34  16   A.    Well, I believe a signal would have been sent, but because

11:26:37  17   the 27-volt battery was so weak, so low, almost dead, that it

11:26:43  18   would not have been enough voltage to activate the solenoid.

11:26:48  19   Q.    So the signal goes, but you didn't have sufficient voltage

11:26:51  20   in the 27-volt battery to actually make solenoid fire?

11:26:54  21   A.    Correct.

11:27:01  22   Q.    To be clear, the batteries in the yellow pod were not

11:27:04  23   dead, correct?

11:27:05  24   A.    They were not dead at any time during the accident or

11:27:10  25   recovery operations.

**OFFICIAL TRANSCRIPT**

11:27:11  1   Q.   They had sufficient voltage to power the AMF function all

11:27:16  2   the way through, correct?

11:27:17  3   A.   Yep, they did.

11:27:18  4   Q.   So had it not been for the miswired, altered, if you will,

11:27:27  5   Solenoid 103Y in the yellow pod, it's your opinion that the AMF

11:27:31  6   would have fired the blind shear rams and sheared the pipe?

11:27:34  7   A.   Yes.

11:27:35  8   Q.   You were asked some questions on Friday and also today

11:27:43  9   about battery monitoring or rechargeable batteries for the AMF

11:27:47 10   system.

11:27:48 11        In fact, counsel for Halliburton, I believe, showed

11:27:51 12   you TREX-1166.  Could we pull up the front page of that

11:27:57 13   document?

11:28:01 14        Let's go to the second page of the document.  There

11:28:09 15   we go.

11:28:09 16        That's the West Engineering Services evaluation of

11:28:14 17   secondary intervention methods in well control.  Do you recall

11:28:22 18   discussing that document?

11:28:22 19   A.   Yes.

11:28:23 20   Q.   In this document, which dated March 2003, you were

11:28:26 21   directed to the discussion that said, system diagnostics such

11:28:30 22   as battery monitoring were nonexistent in the deadman systems

11:28:34 23   as of March 2003.  Correct?

11:28:36 24   A.   That's what it said, yes.

11:28:37 25   Q.   Now, the BOP control system on the *Deepwater Horizon*,

**OFFICIAL TRANSCRIPT**

1  we've heard, was the Cameron Mark II control system, right?

2  A.   Yes.

3  Q.   That was a system that had been developed and had been

4  sold for the *Deepwater Horizon* in 2001, which is before the

5  date of this report, correct?

6  A.   Yes.

7  Q.   You noted on page 11 of your report that the Cameron Mark

8  III control system, which did have monitorable and rechargeable

9  batteries, became available in 2006.  Correct?

10  A.   Yes.

11  Q.   That was five years after the *Deepwater Horizon* BOP, with

12  its Mark II control system, was sold and delivered to

13  Transocean, correct?

14  A.   Yes.

15  Q.   You were showed TREX-5155, 5155.  Let's blow up, first,

16  the top portion in the first paragraph there.

17        You were shown this document and questioned by

18  counsel for BP.  This is an e-mail from Ed Gaude, who you

19  understand is someone who works for Cameron in their controls

20  department, correct?

21  A.   Yes.

22  Q.   This is talking about AMF batteries in August of 2005.

23        You were asked previously about the first sentence.

24  It says, "The answer to Transocean concerning the rechargeable

25  battery packs for old system, we do not plan to develop."  Do

**OFFICIAL TRANSCRIPT**

11:30:18 1    you see that?

11:30:19 2    A.    Yes.

11:30:19 3    Q.    I want to talk to you about the follow-on there.

11:30:21 4          It goes on to say that, "If Transocean feels strongly

11:30:25 5    enough about needing a rechargeable system, then we would try

11:30:30 6    to quote one."  Do you see that?

11:30:31 7    A.    Yes.

11:30:31 8    Q.    In your review of documents in this case and testimony in

11:30:34 9    this case, did you ever see or hear that anybody came back to

11:30:39 10   Cameron and said, we would like you to try to quote one for the

11:30:43 11   Mark II system?

11:30:44 12   A.    Not that I'm aware of.

11:30:45 13   Q.    Am I correct, Dr. Davis, that you don't have an opinion

11:30:52 14   and you're not offering an opinion about whether it was

11:30:56 15   feasible to have battery monitoring capability on the Mark II

11:31:01 16   system, to implement that capability onto the Mark II system?

11:31:06 17   A.    My opinions do cover that.  I've been asked before whether

11:31:12 18   monitoring could have been used, and I've given my opinion on

11:31:15 19   that.

11:31:15 20   Q.    You did give your opinion on that.  Let's pull up

11:31:18 21   deposition page 118, lines four through eight.

11:31:30 22         You were asked in your deposition, "In your opinion,

11:31:33 23   would it have been feasible to have implemented battery

11:31:37 24   monitoring on the Mark II system?"  And your answer was, "I

11:31:41 25   have not developed an opinion on that," correct?

**OFFICIAL TRANSCRIPT**

11:31:44  1   A.    On that time, yes.

11:31:45  2   Q.    That was your answer you gave?

11:31:46  3   A.    Yes.

11:31:46  4   Q.    All right.  The only opinion that you have offered

11:31:51  5   regarding what you called better and safer battery technology

11:31:55  6   is from the 2006 time period forward, the time at which Cameron

11:32:02  7   began selling the Mark III system, isn't that correct?

11:32:04  8   A.    Well, that's the one that I described in my report, but I

11:32:08  9   considered more than that.

11:32:09 10   Q.    Well, let me pull up page 241 of your deposition,

11:32:21 11   lines 7 through 13.

11:32:22 12         You were asked, "And so my question then, am I

11:32:25 13   correct that the only opinion that -- that you're expressing

11:32:29 14   here relating to alternative battery technology is from the

11:32:32 15   2006 time period forward?"

11:32:35 16         "That's all we've discussed, yes."

11:32:38 17         That was the answer you gave in your deposition,

11:32:39 18   correct?

11:32:40 19   A.    Yes, that was referring to the entries in my report.

11:32:42 20   Q.    Let's turn and talk about blind shear rams.

11:32:48 21         The model blind shear rams we're talking about here

11:32:52 22   are the Cameron SBR's, the shearing blind rams, correct?

11:32:58 23   A.    Yes.

11:32:58 24   Q.    Counsel for BP asked you about the government continuing

11:33:00 25   to approve the use of SBR's after April 2010.  I want to go

**OFFICIAL TRANSCRIPT**

11:33:07 1   back and talk about before April 2010.

11:33:10 2            You understand, do you not, that Cameron's SBR's have

11:33:16 3   been on the market for decades?

11:33:18 4   A.   Yes, that's my understanding.

11:33:19 5   Q.   They have been used in the field, in the Gulf of Mexico in

11:33:23 6   particularly, throughout that period of time, correct?

11:33:25 7   A.   Yes.

11:33:25 8   Q.   There was some discussion last week in your testimony

11:33:32 9   about shearing capacity, and there was also touching on that a

11:33:36 10  little bit today as well.  I want to make sure that we're all

11:33:39 11  on the same page with respect to that issue.

11:33:40 12           The control system on the *Deepwater Horizon* BOP was

11:33:45 13  capable of closing blind shear rams with a maximum of

11:33:50 14  4,000 psi, is that your understanding?

11:33:52 15  A.   That was the design capability, yes.

11:33:54 16  Q.   That's what it was designed to do?

11:33:57 17  A.   Using the high pressure circuit.

11:33:58 18  Q.   That was the BOP that was ordered, and that was the BOP

11:34:02 19  that was delivered; we want one that can supply 4,000 psi on

11:34:06 20  the high pressure circuit to the blind shear rams, correct?

11:34:09 21  A.   Yes.

11:34:09 22  Q.   That 4,000 psi, that's assuming there are no leaks or

11:34:15 23  other problems with the control system, correct?

11:34:17 24  A.   Yes.

11:34:18 25  Q.   With that 4,000 psi, you are able to shear certain pipes

**OFFICIAL TRANSCRIPT**

11:34:26  1    under certain conditions; is that your understanding?

11:34:28  2    A.   Yes.

11:34:29  3    Q.   To help --

11:34:31  4              Can we get TREX-3185 pulled up.

11:34:36  5              To help its customers understand what pipes can be

11:34:42  6    cut and under what conditions, Cameron put out this engineering

11:34:53  7    Bulletin in 2008, EB 702 D.  That's your understanding?

11:34:53  8    A.   Yes.

11:34:55  9    Q.   I'm not going to go through this in detail and do the

11:34:58 10    calculations, but what this engineering bulletin does is it

11:35:03 11    provides a formula for drillers and operators that they can use

11:35:06 12    to determine whether the operating pressure of the BOP, in this

11:35:11 13    case, 4,000 psi, would be sufficient to shear drill pipe,

11:35:16 14    correct?

11:35:17 15    A.   To shear drill pipe under certain conditions.

11:35:19 16    Q.   Right.  There are various inputs that go into that

11:35:22 17    formula.  For example, you have the type of operator?

11:35:24 18    A.   Yes.

11:35:25 19    Q.   By that I mean, is it a standard bonnet -- a piece of

11:35:30 20    equipment that attaches to the back side of the ram that

11:35:32 21    applies the pressure -- is it a standard bonnet, is it a tandem

11:35:37 22    booster, it talks about the type of operator.  You need to

11:35:39 23    input that, correct?

11:35:40 24    A.   Yes.

11:35:41 25    Q.   Then, also, you input the types of shear rams that you

**OFFICIAL TRANSCRIPT**

11:35:45 1   have, whether it's SBR's, whether it's VBS, whether it's casing

11:35:51 2   shears, you input the types of shear rams that you're using,

11:35:54 3   correct?

11:35:54 4   A.   Yes.

11:35:54 5   Q.   You also then put in the type of drill pipe, is it S-135

11:35:59 6   like we had here, is it some other type of drill pipe, correct?

11:36:02 7   A.   Yes.

11:36:02 8   Q.   Then you would put in the drill pipe weight, what pound

11:36:06 9   per foot drill pipe are we dealing with, correct?

11:36:08 10  A.   Yes.

11:36:08 11  Q.   Lastly, you would put in the wellbore pressure, what is

11:36:12 12  the pressure you would expect to see inside the wellbore at a

11:36:16 13  time when you might be shearing drill pipe; that's the last

11:36:18 14  input, correct?

11:36:18 15  A.   Yes.

11:36:19 16  Q.   You input those numbers as variables into the formula in

11:36:25 17  EB 702, and then that gives you an estimated pressure of what

11:36:30 18  it's going to take to shear, correct?

11:36:32 19  A.   Yes.

11:36:32 20  Q.   It's then up to the operator and the driller to decide

11:36:36 21  whether they have sufficient capacity to shear a particular

11:36:40 22  pipe under the particular conditions that they might see in the

11:36:44 23  well, correct?

11:36:45 24  A.   Yes.

11:36:46 25  Q.   Cameron gives them the guidance, and then they make the

**OFFICIAL TRANSCRIPT**

2880

1  decision; that's your understanding?

2  A.   Yes.

3  Q.   Now, shearing is only half the battle with a blind shear

4  ram, correct?

5  A.   I think I know what you're getting at.  I don't say it's a

6  lot more than half the battle, but yes.

7  Q.   It's certainly a big part.  But once you shear, you also

8  have to seal it?

9  A.   Yes.  You would like to be able to seal as well.

10 Q.   That's not the case with the casing shear rams.  Casing

11 shear rams are not designed to seal; that's your understanding?

12 A.   Yes.

13 Q.   They don't have rubber packers and other components in

14 them that allow them to be able to see; they just cut, correct?

15 A.   That's right.

16 Q.   Blind shear rams, though, do have the rubber elements;

17 they are designed to shear and then seal?

18 A.   Yes.

19 Q.   You have opined that if the AMF had functioned, and if

20 drill pipe was in the center of the BOP bore on April 20, 2010,

21 that the blind shear rams would have then sheared the drill

22 pipe and sealed the well?

23 A.   Well, I actually said more than that.  I said that the

24 drill pipe was near centered in the bore; not that if it was,

25 but it was.

**OFFICIAL TRANSCRIPT**

11:38:06  1    Q.    Fair enough.  I was just trying to stay out of the debate

11:38:09  2    about whether and to what extent it was.  I'm just saying if

11:38:12  3    the AMF had gone, and if the drill pipe was in the center, it's

11:38:16  4    your opinion that the BSR's would have then sheared the drill

11:38:21  5    pipe and sealed the well, correct?

11:38:22  6    A.    Yes.

11:38:23  7    Q.    Now, you have not done any analysis, though, to determine

11:38:27  8    whether or not the blind shear rams would have been able to

11:38:30  9    shear and seal at the time of the AMF, correct?

11:38:36 10    A.    Well, I have indirectly because at that time the VBR's --

11:38:41 11    at least one VBR was closed, so there would not be annulus

11:38:45 12    flow.

11:38:45 13    Q.    We'll talk about that, but, first, let's go to page 310 of

11:38:48 14    your deposition.  It's actually pages 310, 20 through 311, 7.

11:39:01 15          You were asked during your deposition, "All right,

11:39:04 16    Dr. Davis, in Section 3.5 of your rebuttal report, you

11:39:10 17    criticized the opinions offered by Mr. Knight and Mr. O'Donnell

11:39:13 18    that the blind shear rams would not shear and seal at the time

11:39:16 19    of the AMF, correct?"  Your answer was, "Yes."

11:39:19 20          And Mr. O'Donnell and Mr. Knight, just for

11:39:22 21    perspective, those are other experts in this case, correct?

11:39:25 22    A.    Yes.

11:39:27 23    Q.    Then you were asked, "And your criticisms of those

11:39:30 24    opinions is that they are unsubstantiated, as you state in the

11:39:34 25    first paragraph under Section 3.5."  And you answered, "Yes."

**OFFICIAL TRANSCRIPT**

11:39:38  1          Then we get to the last question, "But you haven't

11:39:40  2   done any analysis of your own on that issue, correct?"  And

11:39:40  3   your answer was, "No, I have not."

11:39:49  4          That was the answer you gave during your deposition,

11:39:51  5   was it not?

11:39:52  6   A.   Yes, but what the subject of unsubstantiated is, is

11:39:55  7   potentially different here.

11:39:57  8          When I said that they are unsubstantiated, I meant

11:40:00  9   that they never made any evaluations themselves, even though it

11:40:04 10   was their opinion.  They never made evaluations themselves as

11:40:09 11   to how the sealing would have been prevented by the ejection of

11:40:13 12   fluid from the drill pipe.

11:40:13 13   Q.   Fair enough.  But then you didn't do any analysis of your

11:40:17 14   own to say that that was wrong?

11:40:19 15   A.   I didn't do analysis of that particular item, no.

11:40:21 16   Q.   Now, at the time you believed the conditions were met for

11:40:27 17   the AMF to fire, you believed that there would have been a

11:40:32 18   difference of about 7400 psi between the pressure in the drill

11:40:37 19   pipe and the pressure in the annulus, correct?

11:40:42 20   A.   Yes, if the pipe was sealed, closed off at the rig, which

11:40:47 21   we don't know for sure.

11:40:48 22   Q.   But you were asked in your deposition if that was the best

11:40:52 23   estimate of the difference between the pressure in the drill

11:40:55 24   pipe and outside the drill pipe, and you said, yes, that was

11:40:58 25   your best estimate, correct?

                          **OFFICIAL TRANSCRIPT**

11:40:59  1    A.   Yes.  That's based on the pipe still being closed at the
11:41:03  2    rig.
11:41:03  3    Q.   Under those circumstances, you have low pressure in the
11:41:08  4    annulus because the hydrocarbons have unloaded the riser?
11:41:11  5    A.   Yes.  You've had all that gas expansion up to the rig.
11:41:15  6    Q.   You have high pressure in the drill pipe because, as you
11:41:19  7    say, you've got 5000 feet of drill pipe with fluid in it held
11:41:25  8    at the surface, correct?
11:41:26  9    A.   Yes.
11:41:27 10    Q.   You have not done any analysis of what would happen if you
11:41:33 11    closed blind shear rams with a 7400 psi differential across the
11:41:39 12    drill pipe, meaning 7400 -- pressure inside is 7400 psi greater
11:41:47 13    than pressure outside?  You haven't done that analysis?
11:41:50 14    A.   I haven't done that specific analysis myself, no.
11:41:53 15    Q.   You have not done any analysis of the effect that that
11:41:57 16    operation would have on the drill pipe, have you?
11:42:06 17    A.   That operation would have on the drill pipe?  I haven't
11:42:08 18    done specific analysis myself, no.
11:42:09 19    Q.   You have not done any analysis that the effect of that
11:42:13 20    operation would have on the side packers and the blind shear
11:42:18 21    rams, correct?
11:42:20 22    A.   I have not done specific analysis of that -- analysis of
11:42:24 23    that, and those other experts have not done that analysis
11:42:28 24    either.
11:42:28 25    Q.   But you have not?

**OFFICIAL TRANSCRIPT**

11:42:31  1    A.    I have not.

11:42:31  2    Q.    All right.  And you haven't analyzed what would happen if

11:42:35  3    you pinch drill pipe with pressure in it, have you?

11:42:38  4    A.    Well, I've analyzed it.  I haven't -- I don't know -- you

11:42:43  5    know, I haven't numerical calculations, but I've considered it.

11:42:46  6    Q.    You haven't examined whether the procedure, this closing

11:42:52  7    on drill pipe with high pressure in it, would cause that drill

11:42:56  8    pipe to rupture or explode, have you?

11:43:00  9    A.    Not specific numerical calculations, no.

11:43:04  10   Q.    You haven't done any analysis of the flow that would come

11:43:08  11   from the drill pipe after it was punctured by the blind shear

11:43:12  12   rams, have you?

11:43:15  13   A.    No, nothing specific.  It's pretty difficult to know with

11:43:21  14   this offset pipe situation.

11:43:22  15   Q.    We're not talking about offset right now.  We're talking

11:43:25  16   about drill pipe in the middle.  You haven't done any sort of

11:43:28  17   analysis as to what would happen, what the flow would be after

11:43:31  18   you punctured the drill pipe with the blind shear rams,

11:43:36  19   correct?

11:43:36  20   A.    No.

11:43:36  21   Q.    Your report doesn't address in any way erosion of side

11:43:43  22   packers, does it?

11:43:47  23   A.    Not specifically.

11:43:48  24   Q.    I want to turn to whether you believe that the blind shear

11:43:52  25   rams were activated at autoshear time, as it's been called.

**OFFICIAL TRANSCRIPT**

11:43:58  1    That was 30 hours after the explosion; was it not?

11:44:02  2    A.    Yes.

11:44:03  3    Q.    What they did -- this was described a little bit on

11:44:07  4    Friday -- is they sent an ROV down -- or perhaps the easiest

11:44:12  5    thing to do, can we pull up TREX-75568.

11:44:20  6              Can you pause it for a second, Paul.

11:44:23  7              All right.  Have you seen the ROV footage of the

11:44:27  8    autoshear function?  Is that something you've reviewed as part

11:44:30  9    of your work in this case?

11:44:31 10    A.    Yes.

11:44:31 11    Q.    So what we're seeing here, to orient all of us, this is

11:44:36 12    the lower BOP stack down here at the bottom.  Up here is the

11:44:42 13    LMRP, correct?

11:44:43 14    A.    Yes.

11:44:43 15    Q.    What you can see right there, that's the LMRP connector,

11:44:48 16    and right above it, that would be the lower annular, correct?

11:44:58 17    A.    That is a connector.  I'm not sure what you mean by LMRP

11:45:03 18    connector.  I think you would mean like the wellbore

11:45:06 19    connection, or is this a different one?

11:45:09 20    Q.    No, this is the lower stack.  This is the LMRP up here.

11:45:09 21    A.    Yes.

11:45:13 22    Q.    This would be the LMRP connector, as you understand the

11:45:15 23    equipment, correct?

11:45:16 24    A.    That's one connector, yes.

11:45:18 25    Q.    Do you know what it's called in the BOP business?

**OFFICIAL TRANSCRIPT**

11:45:21  1    A.    Well, I thought LMRP connector would be the main wellbore

11:45:24  2    connection.

11:45:24  3    Q.    Okay.

11:45:27  4    A.    But if not, go ahead.

11:45:28  5    Q.    Then down here, you see -- they are hard to see, but you

11:45:32  6    can see the ram BOPs down in the stack, correct?

11:45:35  7    A.    Yes.

11:45:36  8    Q.    This piece right here, this shiny piece of metal, that's

11:45:43  9    the plunger or trigger pin for the autoshear function, right?

11:45:46 10    A.    Yes.

11:45:47 11    Q.    The way this normally is supposed to work, or the way that

11:45:50 12    the system is designed, is if you have an accidental disconnect

11:45:54 13    of the LMRP, up here, from the lower stack, down here, this

11:46:00 14    plunger will pop up, hydraulic will run through those lines

11:46:06 15    into the blind shear rams and close them, correct?

11:46:12 16    A.    Yes.  Generally, that's the case, that that would activate

11:46:16 17    the blind shear ram hydraulically only.

11:46:19 18    Q.    Right.  This is purely a mechanical hydraulic function.

11:46:19 19    A.    Yes.

11:46:25 20    Q.    There's no electronics involved.

11:46:25 21          All right, Paul.  Let's go ahead and run.

11:46:25 22          (WHEREUPON, at this point in the proceeding, a video

11:46:25 23    was played.)

11:46:25 24    BY MR. DAVIS:

11:46:29 25    Q.    So this is the ROV coming in to the BOP.  In a second, we

**OFFICIAL TRANSCRIPT**

11:46:35  1    will see the saw, there.

11:46:37  2              Paul, can you stop it for a second.

11:46:37  3              (WHEREUPON, at this point in the proceeding, the video

11:46:37  4    was paused.)

11:46:37  5    BY MR. DAVIS:

11:46:41  6    Q.    Here, we have this is the saw on the ROV, that they've

11:46:45  7    attached to the ROV to able to come down and cut this trigger

11:46:48  8    pin right there.  That's how you understand this process was

11:46:51  9    done?

11:46:51 10    A.    That's right.

11:46:52 11    Q.    Paul, go ahead.

         12              (WHEREUPON, at this point in the proceeding, a video

         13    was played.)

         14              MR. DAVIS:  There.  All right.

         15              (WHEREUPON, at this point in the proceeding, the video

         16    was paused.)

         17    BY MR. DAVIS:

11:47:00 18    Q.    That's what you believe fired the blind shear rams,

11:47:00 19    correct?

11:47:04 20    A.    Yes.

11:47:04 21    Q.    You would agree with me that the autoshear function is not

11:47:13 22    designed to be functioned by cutting the trigger pin with a

11:47:17 23    saw?

11:47:18 24    A.    No.  Usually the LMRP is just coming off the top, and it's

11:47:22 25    released that way.

                              **OFFICIAL TRANSCRIPT**

11:47:23 1    Q.    When the blind shear rams were activated at autoshear

11:47:28 2    time, as in your opinion, they did shear the drill pipe,

11:47:28 3    correct?

11:47:34 4    A.    Partially.

11:47:35 5    Q.    Well, if you look over at Figure 55 on this board over

11:47:41 6    here, we've got the position of the drill pipe as it was

11:47:45 7    recovered, correct?

11:47:47 8          Well, actually, let's go to this.  Pull up Figure 38,

11:47:51 9    Paul, TREX-1164, page 97.

11:47:54 10          I think this is the one that Mr. Williamson showed

11:47:56 11   you yesterday, correct?  This is the position of the drill pipe

11:48:00 12   as it was recovered, correct?

11:48:01 13   A.    Yes.

11:48:02 14   Q.    What we talked about on Friday and what we also talked

11:48:06 15   about today is that this section of pipe up here was previously

11:48:13 16   down here, correct?

11:48:14 17   A.    Yes.

11:48:15 18   Q.    So that piece of pipe had to be there as of the time the

11:48:21 19   rig sank, correct?

11:48:22 20   A.    Yep.

11:48:22 21   Q.    So, as you can see in this particular diagram, here is the

11:48:27 22   blind shear ram, so there is -- there is no pipe above it.  It

11:48:31 23   was cut.

11:48:32 24   A.    Well, the separation of those two pieces of pipe, I think,

11:48:36 25   was actually a combination of a partial cutting and then

**OFFICIAL TRANSCRIPT**

2889

| | |
|---|---|
| 11:48:39 | 1 |
| 11:48:40 | 2 |
| 11:48:45 | 3 |
| 11:48:50 | 4 |
| 11:48:54 | 5 |
| 11:48:57 | 6 |
| 11:48:57 | 7 |
| 11:48:58 | 8 |
| 11:49:05 | 9 |
| 11:49:05 | 10 |
| 11:49:08 | 11 |
| 11:49:12 | 12 |
| 11:49:15 | 13 |
| 11:49:16 | 14 |
| 11:49:26 | 15 |
| 11:49:33 | 16 |
| 11:49:36 | 17 |
| 11:49:40 | 18 |
| 11:49:44 | 19 |
| 11:49:49 | 20 |
| 11:49:52 | 21 |
| 11:49:56 | 22 |
| 11:50:04 | 23 |
| 11:50:07 | 24 |
| 11:50:09 | 25 |

washing of the steel.

Q.   Okay.  Fair enough.  But, in any event, by the time the rig sank and the drill pipe was crimped in the riser, there had been a shear, cut, separation, whatever you want to call it, of the drill pipe that had previously been right there at the blind shear ram?

A.   Yes.  There had been a separation.

Q.   Then, so the issue is that we didn't get a seal, right?

A.   Yes.

Q.   It's your opinion that the blind shear rams didn't seal because a portion of the drill pipe was trapped to the side of the BOP bore outside the cutting blades?

A.   Yes.

Q.   It's also your opinion that it is most likely that the drill pipe was forced off center due to rig drift-off?

A.   Yes, it doesn't really matter what the exact reason was, but I think that rig drift was a major one.

Q.   Counsel for BP talked to you about whether you agreed with the flow from the blow theory, so I won't go into that again; but, you also understand that others in this case have suggested that the drill pipe was forced over to the side of the BOP bore by the traveling block falling imparting pressure on the drill pipe from above and forcing the drill pipe to buckle from above; you understand that?

A.   I'm aware of that, yes.

**OFFICIAL TRANSCRIPT**

11:50:11  1    Q.    As I understand it, you disagree with that?

11:50:15  2    A.    Well, I don't totally disagree with it.  I don't think the

11:50:21  3    traveling block is actually the critical part of that.  Just if

11:50:24  4    the pipe had come loose, just the weight of the pipe itself

11:50:29  5    would have been enough to buckle the pipe.

11:50:30  6    Q.    Okay.

11:50:33  7    A.    So if the traveling block weight is there on top of that,

11:50:37  8    then it's even worse.

11:50:39  9    Q.    So you can't rule out the possibility that weight from

11:50:42 10    above may have forced the drill pipe over to the side?

11:50:45 11    A.    No.  I can't.

11:50:45 12    Q.    Now, in your report, you discuss two other Cameron blind

11:50:54 13    shear ram models that you say could have been used in this BOP.

11:50:57 14    That's the Cameron DVS, the double V rams, and the Cameron

11:51:07 15    CDVS, which are the cable double V rams, correct?

11:51:07 16    A.    Yes.

11:51:08 17    Q.    You didn't discuss blind shear rams offered by any other

11:51:12 18    manufacturers in your report, correct?

11:51:12 19    A.    No.

11:51:14 20    Q.    You didn't provide a design of your own, a wholly

11:51:19 21    different blind shear ram design, correct?

11:51:20 22    A.    No.  I kept it simple.

11:51:22 23    Q.    The Cameron CDVS rams were not available in 2001, correct?

11:51:31 24    A.    No, I don't believe so.

11:51:32 25    Q.    No, you don't believe they were available, or no, you

**OFFICIAL TRANSCRIPT**

11:51:37  1    don't believe I'm correct?  Were they available in 2001?

11:51:39  2    A.    No, I don't believe they were available then.

11:51:40  3    Q.    They were introduced years, literally, after the *Horizon*

11:51:48  4    BOP was delivered?

11:51:49  5    A.    Yes.

11:51:49  6    Q.    You understand that when CDVS rams were first introduced

11:51:55  7    into the market, they had certain problems with sealing?

11:51:57  8    A.    Yes, I understand they have a lower seal life.

11:52:02  9    Q.    It's your opinion that CDVS rams, once they became

11:52:14 10    available, that they were available to update the BOP several

11:52:17 11    years after the incident, correct?

11:52:18 12    A.    Yes.

11:52:20 13    Q.    Am I also correct that you don't know whether Cameron CDVS

11:52:27 14    rams were a commercially viable alternative design to the SBR's

11:52:33 15    back in 2001, correct?

11:52:35 16    A.    I don't believe they were at that time available.

11:52:43 17    Q.    Well, to be a little more specific, they were not a

11:52:46 18    commercial -- you don't know whether they were a commercially

11:52:49 19    viable alternative design back in 2001, correct?

11:52:53 20    A.    I don't think they were because -- I don't even remember

11:52:57 21    when the date of the patent was.  The date of the patent for

11:53:01 22    those would have been later, possibly, and their actual

11:53:06 23    development for sale.

11:53:06 24    Q.    Turning then to the DVS design.

11:53:09 25          The DVS design, unlike CDVS rams, DVS rams were

**OFFICIAL TRANSCRIPT**

11:53:15 1    available in 2001, correct?

11:53:16 2    A.    Yes.

11:53:16 3    Q.    You understand, do you not, that they were part of the

11:53:20 4    quotation for the *Deepwater Horizon* BOP from Cameron?  They

11:53:25 5    were offered.  Do you understand that?

11:53:27 6    A.    Yes, I do.

11:53:27 7    Q.    For whatever reasons, they weren't chosen for this

11:53:33 8    particular application, correct?

11:53:34 9    A.    Yes.

11:53:34 10   Q.    DVS rams, just like SBR rams, do not have blades that go

11:53:43 11   all the way across the BOP bore, correct?

11:53:48 12   A.    That's right.  They're a little bit wider, but they don't

11:53:48 13   go all the way across.

11:53:48 14   Q.    Right.  There is a gap between the edge of the DVS shear

11:53:54 15   rams and the side of the BOP, correct?

11:53:55 16   A.    Yes.

11:53:57 17   Q.    There is a gap similar to that in the SBR rams, correct?

11:54:00 18   A.    Yes, it's similar but smaller.

11:54:03 19   Q.    So if you have drill pipe that is held over to the side of

11:54:06 20   the BOP bore, you're going to have the same issue with the DVS

11:54:12 21   that you had with the SBR rams, in that you can get drill

11:54:16 22   pipe -- piece of the drill pipe stuck over to the side between

11:54:19 23   the ram faces when they come together, correct?

11:54:22 24   A.    Not necessarily.  It depends on the size of the drill

11:54:28 25   pipe, and it depends on the friction conditions.

**OFFICIAL TRANSCRIPT**

11:54:33 1            As you've heard me testify before, the double V ram,

11:54:37 2   like the DVS, has much more capability to center the pipe, even

11:54:42 3   if it's offset far to side.

11:54:43 4   Q.   We're going to get to friction in a second.  Right now,

11:54:46 5   we're talking about if the drill pipe is held over to the side

11:54:49 6   of the bore, by whatever force it's held over there and you

11:54:55 7   can't overcome and move to the center based on your friction

11:54:59 8   analysis or some other analysis, if it's held to the side of

11:55:03 9   the BOP bore, you're going to have the same issue with DVS rams

11:55:07 10  that you have with SBR rams, meaning there is a space in which

11:55:11 11  a portion of the drill pipe can be trapped and prevent the ram

11:55:15 12  faces from coming together and creating a seal, correct?

11:55:18 13  A.   Only if the pipe is somehow held by this method that you

11:55:22 14  say, and I don't think that's easy to happen.

11:55:26 15  Q.   But all I'm asking now is if it's put over there, you

11:55:29 16  would agree, correct?

11:55:29 17  A.   If it stays over there, yes, that's true.

11:55:33 18  Q.   Now, it's your opinion that DVS rams have a better

11:55:39 19  tendency to center drill pipe than SBR rams, correct?

11:55:43 20  A.   Yes.

11:55:44 21  Q.   It's the same with the CDVS rams, that they have the same

11:55:49 22  two V blade design; they would have a better tendency to center

11:55:54 23  rams than SBR rams, correct?

11:55:58 24  A.   Yes.

11:55:58 25  Q.   You haven't seen documentation with Cameron holding out

                         **OFFICIAL TRANSCRIPT**

11:56:03 1    its blind shear rams as self-centering rams, have you?

11:56:06 2    A.    No, they haven't been advertised as such.

11:56:08 3    Q.    Now, your analysis that DVS rams or CDVS rams have a

11:56:16 4    better tendency to center is from a friction analysis, correct?

11:56:20 5    A.    Yes.

11:56:20 6    Q.    You admitted on page 17 of your rebuttal report that your

11:56:27 7    knowledge of friction is not good, correct?

11:56:30 8    A.    Yes, friction in these conditions is difficult to know.

11:56:34 9    Q.    For example, you didn't determine how lubrication of the

11:56:39 10   blades with wellbore fluids would affect that friction

11:56:43 11   analysis?

11:56:43 12   A.    I considered that.  I figured, to the best of my ability,

11:56:51 13   you know, incomplete information, that the friction was

11:56:53 14   probably somewhere between .1 and .15.

11:56:54 15   Q.    You mentioned that in your rebuttal report; but, in terms

11:56:57 16   of a specific analysis, calculations of changes that fluids

11:57:02 17   might have on the analysis, that's not in your report, correct?

11:57:05 18   A.    Well, it's in the report in terms of the cited references,

11:57:08 19   where we -- that's how we determined the .1 to .15.

11:57:13 20   Q.    Fair enough.

11:57:13 21         Now, you also didn't determine how movement of the

11:57:16 22   drill pipe vertically or movement of fluids in or around the

11:57:21 23   drill pipe would affect this friction analysis, correct?

11:57:26 24   A.    No, not specifically.

11:57:27 25   Q.    You did, really, a flat paper two-dimensional analysis,

OFFICIAL TRANSCRIPT

11:57:31  1   correct?

11:57:31  2   A.    Did a two-dimensional analysis, correct.

11:57:34  3   Q.    Your friction analysis was simply to compare the relative

11:57:39  4   centering ability of the SBR rams versus the double V ram

11:57:44  5   shape, correct?

11:57:45  6   A.    That was the main purpose of it, but we also could see the

11:57:49  7   impact of friction coefficient on the centering ability, which

11:57:52  8   is an absolute measure as opposed to a relative measure.

11:57:55  9   Q.    You concluded only that the double V rams have a greater

11:58:01 10   tendency to center than SBR rams, correct?

11:58:06 11   A.    Yes.

11:58:06 12   Q.    To be clear, you didn't do any analysis of whether the

11:58:13 13   centering ability of the double V design would, in fact, have

11:58:18 14   been able to center off-center drill pipe, as you believe it

11:58:22 15   was when the blind shear rams were activated after the blowout?

11:58:26 16   A.    I did do analysis of that.

11:58:27 17   Q.    Well, you would agree with me that you didn't calculate

11:58:30 18   the force that was holding the drill pipe over to the side of

11:58:34 19   the BOP, correct?

11:58:36 20   A.    Yes, I did.

11:58:36 21   Q.    Yesterday, you mentioned your coauthor, Neil Robinson,

11:58:44 22   right?

11:58:44 23   A.    Yes.

11:58:45 24   Q.    You said on Friday that he is a very accomplished material

11:58:47 25   scientist and forensic engineer, correct?

**OFFICIAL TRANSCRIPT**

11:58:49 1    A.    Yes.

11:58:49 2    Q.    You said he's one of the foremost forensic engineering

11:58:53 3    firms in the country, correct?

11:58:55 4    A.    He had previously been a principle, yes.

11:58:57 5    Q.    Let's pull up Mr. Robinson's deposition, page 158,

11:59:02 6    line 8 through 23.

11:59:14 7            During his deposition, your coauthor was asked, "Can

11:59:17 8    you, sitting here today -- well, let me ask it this way, have

11:59:20 9    you done any analysis of the force that would have been

11:59:22 10   applied, that would have been holding the drill pipe off center

11:59:26 11   at the time of the autoshear, as you believe it occurred?"

11:59:30 12           His answer, "I have not.  I doubt that that is

11:59:34 13   possible because there is simply too many unknowns.  We know it

11:59:40 14   was -- well, you know, it was well off center, but I doubt it

11:59:43 15   is possible to determine precisely what the forces were."

11:59:46 16           "Question:  And you've made no effort to attempt to

11:59:50 17   determine what force was holding the pipe off center?"

11:59:54 18           And his answer is, "Yes."  Correct?

11:59:55 19   A.    That's what it says.

11:59:56 20   Q.    That was the testimony of your coauthor for this

12:00:00 21   particular report, correct?

12:00:01 22   A.    Yes.

12:00:01 23   Q.    You didn't do any finite element analysis to determine

12:00:09 24   whether or not rams with a double V blade would have performed

12:00:13 25   differently than SBR rams in shearing and sealing the drill

OFFICIAL TRANSCRIPT

12:00:21  1   pipe, correct?

12:00:21  2   A.    Yes, I did.  I calculated when I did my FEA how much force

12:00:27  3   it would take to push the pipe back to center.  I know that

12:00:30  4   that might not be exact and precise, but it was an idea of how

12:00:34  5   much force the pipe can resist from the side.

12:00:39  6   Q.    The FEA you're talking about is in your FEA of the drill

12:00:43  7   pipe being pulled over to the side by rig drift, correct?

12:00:48  8   A.    And by tensions and compressions in the pipe.  That was

12:00:51  9   also part of the analysis.

12:00:52 10   Q.    I'm asking you something different.  You referred

12:00:55 11   yesterday -- or on Friday to nonlinear finite element analysis

12:00:59 12   of the shearing process, correct?

12:00:59 13   A.    Yes.

12:01:01 14   Q.    You said you relied on FEA analysis that had been done by

12:01:05 15   others of SBR rams shearing, correct?

12:01:08 16   A.    Yes.

12:01:08 17   Q.    So my question here is you didn't do any finite element

12:01:13 18   analysis to determine whether the double V blades would have

12:01:17 19   performed differently than SBR blades in the shearing and

12:01:22 20   sealing process, correct?

12:01:27 21   A.    Well, I just explained that I have that analysis to that

12:01:29 22   effect to compare to my friction analysis; but I have not done

12:01:33 23   a detailed finite element model of a double V ram actually

12:01:39 24   cutting the pipe.

12:01:39 25   Q.    You haven't also done any shear testing of that?  You

**OFFICIAL TRANSCRIPT**

12:01:43  1   didn't put a five-and-a-half-inch piece of drill pipe into a
12:01:47  2   BOP and try to shear it with DVS or CDVS rams, right?
12:01:52  3   A.   I did not, no, but I have seen tests, though, similar
12:01:57  4   tests.
12:01:57  5   Q.   None of those tests were discussed in your report,
12:02:00  6   correct?
12:02:00  7   A.   I didn't explicitly discuss them, no.
12:02:03  8   Q.   In addition to not doing any sort of shear test, you
12:02:06  9   obviously then didn't do any sealing test to determine whether
12:02:09 10   or not if you had drill pipe held over to the side of a BOP
12:02:13 11   bore you would be able to get a good shear and seal with DVS
12:02:18 12   rams under the conditions you believe existed at the time the
12:02:22 13   blind shear rams were activated, correct?
12:02:23 14   A.   No, I did not do that specific analysis.
12:02:27 15        MR. JONES:  Thank you, Your Honor.  Nothing further.
12:02:29 16        THE COURT:  All right.
12:02:30 17             M-I.
12:02:33 18        MS. SCOFIELD:  No questions, Your Honor.
12:02:35 19        THE COURT:  Any redirect by the United States?
12:02:39 20        THE WITNESS:  I am afraid I must ask for a break.
12:02:42 21        THE COURT:  You need a break?  Okay.
12:02:43 22             All right.  You're going to be a while?
12:02:46 23        MS. CHANG:  No, I'll be very brief, five minutes.
12:02:48 24        THE COURT:  How about you, Mr. Williamson?
12:02:50 25        MR. WILLIAMSON:  I've got a few, but I know the Court's

**OFFICIAL TRANSCRIPT**

12:02:52 1    direction is to make it brief.

12:02:54 2          THE COURT:  Well, I'm just trying to decide if we

12:02:56 3    should keep the witness over lunch or try to finish before

12:03:00 4    lunch.

12:03:00 5          MR. DOYEN:  We would object to two redirects,

12:03:03 6    Your Honor.  I think the rule has been very clear --

12:03:03 7          THE COURT:  That's true.  It's just the United States

12:03:04 8    that gets the redirect.  That's true.

12:03:07 9              How long did you say you'll be?

12:03:09 10         MS. CHANG:  Probably five minutes, Your Honor.

12:03:12 11         THE COURT:  Let's give everyone a 10-minute recess.

12:03:15 12   We'll come back and finish up.

12:06:56 13         (WHEREUPON, at 12:06 p.m., the Court took a recess.)

12:13:17 14         THE DEPUTY CLERK:  All rise.

12:17:40 15         THE COURT:  All right.  Please be seated, everyone.

12:17:54 16         MS. CHANG:  Good afternoon, Your Honor.  Deanna Chang

12:18:03 17   for the United States.

12:18:03 18                     **REDIRECT EXAMINATION**

12:18:03 19   BY MS. CHANG:

12:18:03 20   Q.    Dr. Davis, I just have a couple of questions for you.

12:18:07 21             We spoke at -- you testified at some length this

12:18:12 22   morning in reference to questions asked by Transocean's

12:18:17 23   attorney regarding when the pipe above the upper annular

12:18:22 24   ruptured.  Do you remember generally that line of questioning?

12:18:25 25   A.    Yes.

                          **OFFICIAL TRANSCRIPT**

12:18:26  1    Q.    And you mentioned at that time that other evidence

12:18:30  2    impacted your opinion as to whether -- or as to when that break

12:18:34  3    occurred, correct?

12:18:35  4    A.    Yes.

12:18:36  5    Q.    What was that other evidence?

12:18:40  6    A.    The pretty compelling evidence I see is that after the

12:18:48  7    separation at the blind shear ram, which would have been after

12:18:53  8    autoshear at some point, it appears that the end of the pipe

12:18:59  9    above the blind shear ram had bashed against the blind shear

12:19:06 10    ram numerous times because the end is badly curled in.

12:19:09 11    Q.    Let's pull up TREX-33216.

12:19:27 12          Do you recognize this piece of pipe?

12:19:29 13    A.    Yes.  We're actually looking at the end of the pipe that

12:19:33 14    I'm talking about.  So this was after the blind shear ram cut,

12:19:38 15    after separation of the two pieces of pipe, and then it was

12:19:43 16    apparently repeatedly impacted and bent into the shape.

12:19:48 17          I believe the only way that this could have happened

12:19:49 18    was from the pipe still being connected all the way up to the

12:19:54 19    rig and the movement of the rig causing this end to be crushed

12:20:00 20    against the top of the blind shear ram.

12:20:01 21    Q.    On to another topic.  Transocean's counsel also asked you

12:20:11 22    some questions about the ModuSpec audit that had been conducted

12:20:15 23    in 2010 on the *Deepwater Horizon*.  Do you remember those

12:20:19 24    questions?

12:20:19 25    A.    Yes.

**OFFICIAL TRANSCRIPT**

12:20:20  1    Q.    He showed you some findings from that audit on various

12:20:27  2    components of the BOP, correct?

12:20:29  3    A.    Yes.

12:20:29  4    Q.    Do you know where the BOP was physically located at the

12:20:35  5    time the ModuSpec audit in 2010 was completed?

12:20:39  6    A.    When those audits were done, the BOP was subsea.

12:20:43  7    Q.    Would it have been possible for ModuSpec to have done a

12:20:49  8    complete or thorough evaluation of the condition of the BOP if

12:20:53  9    it was subsea?

12:20:54 10    A.    No.

12:20:54 11    Q.    Finally, this is an excerpt of the deposition of

12:21:47 12    Melvyn Whitby.  Counsel for BP walked you through an earlier

12:21:50 13    portion of his testimony.  If you could, would you read -- and

12:21:57 14    this testimony relates to the use of CDVS rams in drilling

12:22:04 15    operations.  Could you read the highlighted portion for us,

12:22:07 16    please?

12:22:09 17    A.    "Question:  Has Cameron, to your knowledge, sold any CDVS

12:22:12 18    rams for use with BOPs that are used in exploratory drilling?

12:22:18 19          "Answer:  I believe recently we have -- we have sold

12:22:21 20    CDVS rams.

12:22:22 21          "Question:  Is that post April 20, 2010?

12:22:25 22          "Answer:  We started supplying those around 2004,

12:22:28 23    2005."

12:22:31 24    Q.    That's good, thank you.

12:22:33 25          Does that indicate to you that CDVS rams were in use

**OFFICIAL TRANSCRIPT**

12:22:36 1   in drilling operations prior to April 20, 2010?

12:22:46 2           MR. DOYEN:  Objection, leading.

12:22:49 3           MS. KARIS:  Object to foundation.

12:22:51 4           THE COURT:  I'll sustain the objections.

12:22:51 5   BY MS. CHANG:

12:22:55 6   Q.   Does this passage of the deposition indicate to you --

12:23:00 7           THE COURT:  Why don't you just ask him what it

12:23:03 8   indicates to him.

12:23:04 9           MS. CHANG:  That's a very good idea, Your Honor.  Thank

12:23:06 10  you.

12:23:06 11  BY MS. CHANG:

12:23:06 12  Q.   What does this passage indicate to you?

12:23:11 13  A.   It appears that they have been sold in situations where

12:23:15 14  they are doing exploratory drilling.

12:23:19 15          MS. CHANG:  Thank you very much.  I have nothing

12:23:21 16  further.

12:23:21 17          THE COURT:  Okay.  Dr. Davis, you are finished.

12:23:24 18          MS. CHANG:  We will be circulating later tonight a list

12:23:27 19  of the exhibits that were used, and that will include his

12:23:30 20  expert report and rebuttal report.

12:23:33 21          THE COURT:  Very well.

12:23:33 22              Okay, it's about 12:25.  We will now recess until

12:23:38 23  1:30.

12:23:43 24          MR. DOYEN:  One tiny bit, Your Honor.  Are we still on

12:23:44 25  the record?

                            **OFFICIAL TRANSCRIPT**

12:23:44   1                I've marked that demonstrative that I made up

12:23:47   2       this morning with the rig drift as D -- I'm told next in order,

12:23:51   3       unfortunately -- 6666.  I just wanted to make that clear for

12:23:59   4       the record.

12:23:59   5                THE COURT:  Are you sure you want to use that number?

12:24:04   6                MR. DOYEN:  I was told what D was next.  It's a

12:24:05   7       diabolical exhibit.

12:24:05   8                THE COURT:  All right.  Very well.

12:24:07   9                MR. DOYEN:  Thank you, Your Honor.

          10                THE COURT:  Thank you.

          11                (WHEREUPON, at 12:24, the Court was in lunch recess.)

          12                          *    *    *

          13

          14                     REPORTER'S CERTIFICATE

          15

          16         I, Cathy Pepper, Certified Realtime Reporter, Registered
             Merit Reporter, Certified Court Reporter of the State of
          17   Louisiana, Official Court Reporter for the United States
             District Court, Eastern District of Louisiana, do hereby
             certify that the foregoing is a true and correct transcript to
          18   the best of my ability and understanding from the record of the
             proceedings in the above-entitled and numbered matter.

          19

          20                          *s/Cathy Pepper*
                                       Cathy Pepper, CRR, RMR, CCR
          21                           Certified Realtime Reporter
                                       Registered Merit Reporter
          22                           Official Court Reporter
                                       United States District Court
          23                           Cathy_Pepper@laed.uscourts.gov

          24

          25

                                  **OFFICIAL TRANSCRIPT**

'

'05 [1] - 2826:10
'08 [1] - 2826:10
'09 [1] - 2826:11

**0**

0006 [2] - 2865:3
0012 [2] - 2863:8

**1**

1 [3] - 2865:3, 2894:2, 2894:7
1-4 [1] - 2759:16
1-B-1 [3] - 2754:11, 2756:2, 2757:2
10 [3] - 2748:18, 2767:6, 2818:1
10,000 [3] - 2856:13, 2868:14, 2868:18
10-MD-2179 [1] - 2733:8
10-minute [1] - 2898:24
100 [2] - 2735:4, 2811:23
1000 [2] - 2739:4, 2740:8
1001 [1] - 2738:19
101 [1] - 2735:8
103 [16] - 2790:1, 2790:6, 2791:6, 2791:8, 2793:2, 2793:8, 2793:15, 2794:2, 2794:19, 2795:6, 2796:11, 2798:23, 2827:18, 2827:20, 2849:15, 2870:25
103Y [2] - 2870:19, 2872:21
104 [1] - 2855:7
11 [3] - 2733:9, 2742:2, 2873:21
1100 [1] - 2738:15
1110 [1] - 2739:8
1166 [1] - 2812:19
118 [1] - 2875:10
118-A [1] - 2749:7
12 [1] - 2794:18
120 [1] - 2811:23
1201 [2] - 2738:4, 2739:24
121 [1] - 2840:21
1221 [1] - 2739:18
12:06 [1] - 2899:1

12:24 [1] - 2902:23
12:25 [1] - 2902:9
13 [3] - 2807:21, 2838:12, 2875:25
1308 [1] - 2735:11
1331 [1] - 2740:4
1339.1.1 [1] - 2858:2
1339.12.2 [1] - 2858:10
1356A.20.1 [1] - 2821:25
1356A.40 [1] - 2821:20
13th [2] - 2830:6, 2858:8
14 [1] - 2759:8
14(c [1] - 2759:9
14271 [1] - 2736:18
148 [2] - 2757:13, 2757:16
15 [4] - 2799:14, 2800:3, 2894:2, 2894:7
15(a [1] - 2786:20
15-minute [1] - 2818:2
150 [1] - 2811:23
1500 [5] - 2763:1, 2864:24, 2865:11, 2866:3, 2866:4
158 [1] - 2895:18
159 [1] - 2767:6
16 [1] - 2794:18
1600 [4] - 2768:5, 2768:13, 2769:10, 2770:10
1601 [1] - 2734:11
1665 [1] - 2740:4
17 [6] - 2806:13, 2807:21, 2840:21, 2853:10, 2855:7, 2893:19
17-yard [1] - 2770:22
1700 [1] - 2739:24
17th [2] - 2829:20, 2831:13
18(d [1] - 2797:7
1885 [1] - 2737:11
19 [1] - 2838:12
1960s [1] - 2777:11
1998 [7] - 2805:17, 2806:1, 2806:3, 2806:5, 2807:8, 2807:22, 2813:24
1:30 [1] - 2902:10
1B1 [1] - 2753:15
1st [1] - 2792:13

**2**

2,000 [2] - 2816:5,

2817:18
2/2/10 [1] - 2793:12
20 [11] - 2733:6, 2803:24, 2840:21, 2861:21, 2864:16, 2865:25, 2866:9, 2880:8, 2881:2, 2901:9, 2901:13
20004 [1] - 2738:4
2001 [7] - 2849:18, 2873:18, 2890:11, 2890:14, 2891:3, 2891:7, 2891:14
2002 [3] - 2815:12, 2816:9, 2848:10
2003 [2] - 2873:9, 2873:12
2004 [1] - 2901:10
20044 [3] - 2736:13, 2736:19, 2736:24
2005 [7] - 2800:20, 2802:2, 2826:21, 2831:19, 2842:13, 2874:11, 2901:10
2006 [4] - 2831:19, 2873:23, 2875:20, 2876:3
2007 [1] - 2839:21
2008 [3] - 2802:3, 2826:21, 2877:20
2009 [18] - 2744:4, 2802:3, 2802:8, 2802:12, 2802:19, 2803:23, 2826:19, 2826:21, 2827:10, 2827:24, 2829:7, 2829:20, 2830:6, 2831:6, 2831:14, 2831:19, 2840:11, 2841:13
2010 [29] - 2733:6, 2791:14, 2791:17, 2792:10, 2792:13, 2793:12, 2797:22, 2800:23, 2801:5, 2801:8, 2801:13, 2801:24, 2803:24, 2826:23, 2827:6, 2827:18, 2849:18, 2858:8, 2861:21, 2864:16, 2865:25, 2866:9, 2876:13, 2876:14, 2880:8, 2900:11, 2900:18, 2901:9, 2901:13
2011 [3] - 2839:7, 2839:24, 2839:25
2013 [2] - 2733:9, 2742:2
20th [18] - 2747:25,

2752:14, 2786:23, 2787:13, 2787:18, 2788:10, 2789:3, 2789:5, 2789:7, 2789:11, 2790:17, 2799:1, 2816:17, 2826:22, 2851:22, 2862:12, 2864:21, 2868:20
2141 [1] - 2869:7
2142 [1] - 2869:7
2147 [2] - 2869:1, 2869:11
21st [3] - 2768:11, 2769:9, 2789:6
22 [1] - 2767:6
2211 [1] - 2739:8
2216 [1] - 2735:22
22693-0328 [1] - 2759:15
22693-19(a) [1] - 2798:14
22693-41A [1] - 2777:3
22729-15(b) [1] - 2784:20
22740-14(c) [1] - 2759:7
22740-14D [1] - 2768:8
22790-15(a [1] - 2786:21
22ND [1] - 2734:19
22nd [8] - 2748:9, 2748:18, 2752:19, 2763:1, 2766:24, 2771:9, 2816:21, 2816:22
23 [1] - 2895:19
23451 [1] - 2734:19
24.7 [1] - 2815:23
241 [1] - 2875:24
249 [5] - 2770:13, 2770:19, 2770:21, 2771:2, 2771:6
25 [1] - 2895:7
250.105 [1] - 2833:24
252 [3] - 2778:13, 2779:9, 2780:3
2615 [1] - 2734:15
27 [2] - 2843:17, 2843:19
27-bolt [1] - 2787:6
27-volt [18] - 2783:4, 2785:25, 2786:22, 2787:5, 2787:13, 2787:15, 2787:19, 2787:21, 2788:9, 2788:13, 2788:14, 2788:20, 2788:24,

2789:2, 2789:6, 2789:16, 2872:8, 2872:11
2746 [2] - 2741:4, 2741:5
27th [2] - 2787:24, 2788:19
2804 [1] - 2741:6
2818 [1] - 2741:7
2861 [1] - 2741:8
2899 [1] - 2741:9
29 [1] - 2768:10
2:10-CV-02771 [1] - 2733:12
2:10-CV-4536 [1] - 2733:14
2nd [2] - 2792:17, 2793:12

**3**

3 [6] - 2735:4, 2786:18, 2809:20, 2812:2, 2812:6, 2812:11
3,000 [5] - 2864:25, 2865:15, 2865:21, 2866:1, 2866:5
3.5 [2] - 2895:4, 2881:13
30 [6] - 2780:18, 2807:17, 2807:18, 2807:20, 2833:24, 2884:14
300 [1] - 2738:8
30th [1] - 2807:8
31 [1] - 2792:10
310 [2] - 2881:1, 2881:2
311 [1] - 2881:2
31st [2] - 2791:14, 2791:17
35 [1] - 2794:18
35.233.1 [1] - 2839:9
353 [1] - 2853:10
354 [1] - 2853:11
355 [1] - 2738:23
35TH [1] - 2738:23
36130 [1] - 2737:6
3626.1.2 [1] - 2841:11
36604 [1] - 2734:12
3668 [1] - 2734:4
3700 [2] - 2738:15, 2738:19
375 [1] - 2838:12
3797-2(k [1] - 2793:22
3798 [1] - 2847:16
3798.5.1 [1] - 2849:1
38 [1] - 2887:21

**39** [1] - 2757:3

## 4

**4** [3] - 2735:4, 2815:14
**4,000** [5] - 2877:2, 2877:7, 2877:10, 2877:13, 2878:1
**40-some-odd** [1] - 2800:10
**4000** [1] - 2740:8
**402** [1] - 2734:19
**4114** [1] - 2808:12
**42** [1] - 2798:15
**43093** [1] - 2749:7
**43093-98A** [1] - 2753:6
**4310** [1] - 2735:18
**435** [1] - 2735:8
**450** [1] - 2736:5
**4500** [1] - 2739:18
**48** [1] - 2777:21

## 5

**5** [4] - 2809:16, 2812:2, 2812:6, 2812:11
**5,000** [4] - 2769:5, 2769:6, 2770:9, 2856:14
**5,040** [1] - 2769:6
**5,249** [1] - 2770:11
**50** [1] - 2777:19
**500** [3] - 2734:4, 2737:5, 2740:13
**5000** [2] - 2737:22, 2882:20
**50150-2** [1] - 2778:11
**50150145A** [1] - 2781:20
**504** [1] - 2740:14
**5054** [1] - 2814:22
**5155** [1] - 2874:4
**5155.1.1** [1] - 2842:10
**5395** [1] - 2736:6
**546** [1] - 2739:12
**55** [2] - 2764:6, 2887:18
**556** [1] - 2734:4
**57** [2] - 2815:1, 2815:7
**589-7779** [1] - 2740:14

## 6

**6** [1] - 2806:13
**60,000** [4] - 2781:15, 2781:19, 2782:5,

**2782:8
600** [3] - 2734:19, 2734:22, 2739:4
**601** [1] - 2734:15
**60654** [1] - 2738:9
**618** [1] - 2735:15
**626** [1] - 2743:22
**6659** [1] - 2755:15
**6661** [1] - 2747:12
**6666** [1] - 2902:15
**6th** [1] - 2792:20

## 7

**7** [2] - 2875:25, 2881:2
**7001** [2] - 2805:12, 2805:21
**701** [2] - 2737:16, 2737:22
**70113** [1] - 2734:8
**70130** [6] - 2734:16, 2734:23, 2735:22, 2737:16, 2739:13, 2740:14
**70139** [1] - 2737:23
**70163** [1] - 2738:15
**702** [2] - 2877:20, 2879:5
**702D** [2] - 2814:25, 2815:6
**70360** [1] - 2735:8
**70458** [1] - 2735:12
**70502** [2] - 2734:5, 2739:5
**70801** [1] - 2735:15
**70804** [1] - 2737:12
**7400** [4] - 2882:6, 2882:24, 2882:25
**7500** [1] - 2868:14
**75270** [1] - 2739:24
**7611** [1] - 2736:12
**7660.3.2** [1] - 2818:20
**7665.2.1** [1] - 2833:19
**769716A** [1] - 2779:14
**76972A** [1] - 2779:6
**76972B** [1] - 2780:1
**77** [1] - 2814:7
**77002** [2] - 2738:19, 2740:9
**77006** [1] - 2735:19
**77010** [2] - 2739:18, 2740:4
**77098** [1] - 2739:8
**7755110A** [1] - 2774:3
**7755111A** [1] - 2774:2
**7755112A** [1] - 2775:22
**78257** [1] - 2735:5
**7:40** [1] - 2748:12

**7TH** [1] - 2736:6

## 8

**8** [2] - 2814:11, 2895:19
**820** [1] - 2734:8
**83** [3] - 2754:11, 2770:14, 2770:22
**84** [1] - 2794:19
**852D** [1] - 2806:1
**86** [1] - 2794:19
**8:00** [1] - 2733:9

## 9

**9** [2] - 2733:20, 2853:11
**9-volt** [11] - 2783:4, 2786:10, 2787:8, 2787:15, 2787:20, 2788:12, 2788:13, 2788:18, 2788:21
**90** [1] - 2791:9
**90071** [1] - 2738:24
**94005** [1] - 2737:12
**94102** [1] - 2736:6
**95** [3] - 2811:18, 2811:21, 2811:25
**97** [4] - 2811:19, 2811:22, 2811:25, 2887:22
**99.9** [1] - 2812:1
**9:41** [2] - 2758:12, 2861:21
**9:42** [1] - 2861:21
**9:43** [1] - 2758:12
**9:47** [1] - 2758:19
**9:49** [3] - 2748:2, 2818:4
**9TH** [1] - 2734:22

## A

**A.2** [1] - 2821:17
**A.M** [1] - 2733:9
**a.m** [1] - 2818:4
**abbreviated** [1] - 2759:24
**ability** [5] - 2893:25, 2894:17, 2894:20, 2895:1, 2903:9
**able** [19] - 2751:18, 2751:24, 2787:24, 2808:17, 2809:17, 2838:18, 2849:6, 2867:13, 2868:9, 2869:3, 2870:17,

**2871:17, 2877:13, 2879:22, 2880:2, 2880:21, 2886:20, 2895:2, 2897:24
above-entitled** [1] - 2903:10
**above-mentioned** [3] - 2742:23, 2745:3, 2745:15
**ABRAMSON** [1] - 2734:14
**absolute** [1] - 2894:21
**absolutely** [2] - 2747:10, 2786:11
**accept** [2] - 2752:25, 2770:15
**accepting** [1] - 2830:15
**access** [1] - 2832:13
**accident** [7] - 2791:9, 2797:14, 2797:15, 2797:23, 2827:15, 2851:12, 2872:15
**accidental** [1] - 2885:25
**accomplished** [1] - 2895:12
**accordance** [4] - 2822:6, 2822:13, 2849:14, 2849:22
**according** [3] - 2749:10, 2761:1, 2848:17
**account** [2] - 2771:10, 2817:22
**accounts** [1] - 2766:12
**accumulator** [1] - 2811:11
**accuracy** [1] - 2750:2
**accurate** [1] - 2770:10
**acted** [2] - 2775:5, 2775:14
**ACTION** [1] - 2733:8
**action** [4] - 2750:1, 2826:15, 2829:25, 2831:9
**actions** [1] - 2829:8
**activate** [9] - 2747:24, 2811:4, 2816:21, 2844:7, 2870:12, 2870:13, 2872:6, 2872:9, 2886:4
**activated** [37] - 2747:1, 2747:5, 2747:14, 2747:20, 2748:8, 2752:11, 2753:1, 2753:19, 2754:6, 2757:18, 2758:21, 2776:7,

**2790:14, 2790:16, 2790:18, 2797:19, 2798:1, 2799:2, 2799:5, 2808:21, 2809:2, 2859:14, 2861:5, 2861:21, 2861:24, 2862:2, 2862:4, 2862:11, 2868:25, 2869:7, 2869:14, 2870:4, 2872:2, 2884:13, 2887:14, 2895:3, 2898:1
activation** [3] - 2767:9, 2861:18
**activities** [1] - 2811:19
**activity** [3] - 2792:2, 2792:7, 2793:19
**actual** [6] - 2750:17, 2799:1, 2807:5, 2813:2, 2837:4, 2891:10
**actuations** [2] - 2783:8, 2783:11
**addendum** [1] - 2815:4
**addition** [4] - 2798:18, 2799:9, 2803:15, 2897:21
**additional** [4] - 2767:15, 2799:8, 2799:10, 2799:12
**address** [1] - 2884:9
**addressed** [1] - 2802:5, 2803:2
**adjusted** [1] - 2863:6
**admitted** [7] - 2742:22, 2742:24, 2745:2, 2745:4, 2745:13, 2745:16, 2893:19
**advance** [1] - 2746:15
**advantage** [4] - 2845:20, 2846:6, 2846:14, 2846:18
**advantages** [4] - 2845:7, 2845:21, 2846:1, 2846:13
**advertised** [1] - 2893:15
**advised** [1] - 2841:19
**affect** [3] - 2759:13, 2893:23, 2894:11
**afraid** [3] - 2814:6, 2817:4, 2898:8
**afternoon** [1] - 2899:4
**afterwards** [2] - 2758:3, 2847:14
**agency** [3] - 2832:1, 2832:3, 2851:3

**ago** [7] - 2754:9, 2754:15, 2756:1, 2758:22, 2768:2, 2780:18, 2800:13
**agree** [49] - 2746:25, 2747:3, 2752:23, 2758:10, 2764:13, 2764:19, 2766:7, 2767:2, 2771:14, 2772:22, 2774:8, 2774:18, 2774:23, 2785:18, 2785:24, 2788:18, 2789:1, 2800:3, 2810:11, 2810:21, 2812:5, 2815:16, 2817:9, 2825:10, 2825:18, 2826:14, 2836:25, 2837:7, 2837:19, 2838:1, 2838:5, 2844:5, 2845:6, 2845:8, 2854:10, 2860:1, 2860:10, 2860:13, 2860:16, 2860:22, 2860:24, 2861:4, 2862:5, 2864:19, 2869:9, 2887:9, 2893:4, 2895:5
**agreed** [1] - 2889:6
**agreement** [1] - 2758:9
**agrees** [1] - 2824:19
**ahead** [9] - 2746:9, 2786:20, 2791:24, 2814:7, 2817:12, 2871:12, 2885:17, 2886:9, 2886:24
**AL** [4] - 2733:13, 2733:16, 2734:12, 2737:6
**ALABAMA** [2] - 2737:3
**alert** [9] - 2840:8, 2840:11, 2840:14, 2840:15, 2840:18, 2840:24, 2841:6, 2841:12, 2841:25
**ALEX** [1] - 2739:17
**alive** [1] - 2814:4
**ALLAN** [1] - 2737:15
**allow** [3] - 2743:19, 2800:4, 2880:2
**almost** [3] - 2747:8, 2832:10, 2872:8
**altered** [1] - 2872:20
**alternative** [4] - 2866:7, 2876:3, 2891:2, 2891:7
**ambient** [1] - 2865:16

**AMERICA** [3] - 2733:15, 2736:4, 2737:20
**AMERICAN** [1] - 2734:15
**AMF** [45] - 2747:17, 2747:23, 2747:24, 2752:15, 2758:22, 2771:19, 2786:23, 2787:6, 2798:8, 2798:11, 2798:18, 2798:20, 2798:22, 2799:5, 2799:10, 2799:12, 2799:14, 2800:8, 2808:13, 2809:24, 2810:25, 2811:6, 2812:8, 2814:2, 2843:15, 2843:17, 2843:19, 2844:8, 2859:14, 2859:23, 2860:12, 2861:5, 2869:25, 2870:4, 2870:8, 2872:17, 2872:21, 2872:25, 2874:11, 2880:7, 2880:16, 2880:22, 2881:7, 2882:5
**amount** [3] - 2761:10, 2835:20, 2863:2
**analyses** [3] - 2764:4, 2779:20, 2781:9
**Analysis** [3] - 2778:12, 2779:9, 2780:3
**analysis** [63] - 2759:12, 2759:20, 2759:21, 2761:23, 2762:16, 2763:4, 2763:5, 2763:10, 2763:12, 2763:14, 2763:17, 2763:19, 2763:21, 2763:24, 2771:1, 2771:3, 2771:4, 2773:15, 2773:20, 2775:24, 2779:16, 2781:4, 2781:16, 2785:8, 2803:1, 2835:21, 2880:20, 2881:15, 2882:1, 2882:3, 2882:23, 2883:1, 2883:2, 2883:3, 2883:6, 2883:7, 2883:10, 2883:11, 2883:23, 2884:5, 2892:21, 2893:16, 2893:17, 2893:24, 2894:4, 2894:5, 2894:11, 2894:13,

2894:15, 2894:16, 2894:25, 2895:4, 2895:22, 2896:11, 2896:22, 2896:24, 2897:2, 2897:6, 2897:9, 2897:10, 2898:2
**analyze** [2] - 2803:5, 2854:24
**analyzed** [3] - 2855:16, 2883:15, 2883:17
**AND** [2] - 2733:12, 2738:12
**ANDREW** [1] - 2738:7
**ANGELES** [1] - 2738:24
**angled** [1] - 2808:24
**annular** [50] - 2754:13, 2754:16, 2756:8, 2756:15, 2756:19, 2758:10, 2758:17, 2760:5, 2760:9, 2760:14, 2760:15, 2760:19, 2764:11, 2764:20, 2766:18, 2766:22, 2767:8, 2856:14, 2856:17, 2857:8, 2861:23, 2862:1, 2862:4, 2862:11, 2862:22, 2863:2, 2863:24, 2863:25, 2864:7, 2864:20, 2864:23, 2865:10, 2866:8, 2866:10, 2866:13, 2866:16, 2866:17, 2867:5, 2867:14, 2867:17, 2868:9, 2868:13, 2868:14, 2868:21, 2869:7, 2869:8, 2885:4, 2899:11
**annulars** [2] - 2801:13, 2856:13
**annulus** [11] - 2757:8, 2774:24, 2869:3, 2869:11, 2869:14, 2869:18, 2869:20, 2869:21, 2880:24, 2882:7, 2882:17
**ANSWER** [1] - 2767:10
**Answer** [2] - 2853:19, 2854:2
**answer** [19] - 2767:11, 2816:24, 2816:25, 2821:3, 2838:18, 2842:16, 2853:23, 2855:16, 2874:13,

2875:13, 2875:16, 2876:6, 2881:7, 2881:16, 2881:17, 2895:25, 2896:6, 2901:7, 2901:10
**answered** [2] - 2851:23, 2881:13
**ANTHONY** [1] - 2735:21
**Anthony** [1] - 2744:19
**anticipated** [7] - 2810:13, 2857:17, 2857:20, 2858:11, 2858:24, 2861:25, 2863:7
**ANTONIO** [1] - 2735:5
**apart** [2] - 2752:2, 2766:2
**apologies** [1] - 2854:9
**apologize** [3] - 2746:14, 2830:7, 2845:25
**APPEARANCES** [7] - 2734:1, 2735:1, 2736:1, 2737:1, 2738:1, 2739:1, 2740:1
**appeared** [4] - 2798:23, 2798:25, 2799:9, 2800:9
**appendix** [5] - 2778:17, 2778:18, 2778:22, 2778:23, 2779:2
**Appendix** [3] - 2779:4, 2779:7, 2781:21
**applicable** [2] - 2821:22, 2822:13
**application** [11] - 2805:19, 2856:8, 2857:15, 2857:16, 2858:3, 2858:11, 2858:16, 2858:19, 2858:20, 2859:1, 2891:21
**applications** [1] - 2854:4
**applied** [8] - 2762:10, 2762:12, 2772:12, 2774:21, 2820:11, 2821:11, 2863:3, 2895:22
**applies** [3] - 2783:13, 2821:18, 2878:9
**apply** [1] - 2770:3
**applying** [1] - 2811:21
**appreciate** [1] - 2848:15
**approach** [4] - 2746:20, 2749:13,

2753:22, 2768:16
**approaches** [1] - 2811:24
**appropriate** [1] - 2746:19
**approval** [3] - 2856:4, 2857:3, 2858:6
**approve** [3] - 2851:4, 2851:20, 2876:13
**approved** [7] - 2832:25, 2833:12, 2851:10, 2856:25, 2858:18, 2858:24, 2859:8
**approving** [1] - 2858:16
**APRIL** [1] - 2733:6
**April** [26] - 2747:25, 2748:9, 2752:14, 2752:19, 2766:24, 2768:11, 2799:1, 2801:5, 2801:8, 2801:13, 2803:24, 2816:17, 2826:22, 2851:22, 2861:21, 2862:12, 2864:16, 2864:21, 2865:25, 2866:9, 2868:20, 2876:13, 2876:14, 2880:8, 2901:9, 2901:13
**area** [2] - 2756:9, 2760:8
**areas** [1] - 2828:25
**arguments** [1] - 2851:16
**ARRELL** [1] - 2739:7
**article** [1] - 2777:24
**articles** [3] - 2777:18, 2777:21, 2778:2
**ASBILL** [1] - 2738:17
**asleep** [1] - 2813:20
**aspects** [2] - 2837:22, 2838:19
**assess** [2] - 2837:20, 2838:1
**ASSET** [1] - 2733:13
**assist** [1] - 2847:18
**associated** [2] - 2794:5, 2841:20
**assume** [5] - 2778:20, 2792:11, 2832:15, 2847:6, 2856:6
**assumed** [1] - 2860:14
**assuming** [7] - 2774:19, 2784:4, 2790:20, 2790:22, 2790:25, 2791:1, 2877:10
**assumption** [2] -

2784:8, 2784:12

**attached** [2] - 2778:18, 2886:20

**attaches** [1] - 2878:8

**attempt** [1] - 2896:4

**attention** [1] - 2814:24

**attest** [1] - 2750:4

**attorney** [1] - 2899:10

**ATTORNEY** [4] - 2737:3, 2737:4, 2737:9, 2737:11

**audit** [29] - 2801:24, 2802:1, 2802:12, 2802:16, 2802:19, 2802:21, 2802:23, 2803:2, 2803:5, 2803:19, 2803:23, 2826:15, 2826:19, 2827:2, 2827:6, 2827:10, 2827:13, 2827:24, 2828:11, 2830:2, 2830:13, 2830:21, 2830:24, 2831:2, 2831:11, 2831:14, 2900:10, 2900:14, 2900:18

**audits** [19] - 2800:13, 2800:15, 2800:18, 2801:22, 2802:2, 2802:5, 2802:8, 2803:16, 2826:7, 2826:10, 2826:12, 2828:1, 2828:7, 2828:12, 2828:18, 2828:21, 2828:22, 2828:23, 2900:19

**August** [1] - 2874:11

**automatic** [1] - 2809:21

**autoshear** [24] - 2747:2, 2747:18, 2748:6, 2752:21, 2758:23, 2758:24, 2759:5, 2764:17, 2766:8, 2766:14, 2766:22, 2767:3, 2767:8, 2810:23, 2810:24, 2860:13, 2860:25, 2884:13, 2884:20, 2885:22, 2887:9, 2887:14, 2895:24, 2899:21

**available** [39] - 2787:6, 2805:17, 2806:2, 2807:9, 2833:17, 2833:21, 2833:25, 2834:1, 2834:13, 2834:18, 2834:23, 2835:3, 2835:14, 2835:22,

---

2835:24, 2836:1, 2837:16, 2839:13, 2841:5, 2842:3, 2842:21, 2842:22, 2842:25, 2844:15, 2850:5, 2851:14, 2851:25, 2852:8, 2852:11, 2873:23, 2890:11, 2890:13, 2890:14, 2890:15, 2890:23, 2891:4, 2891:13

**AVENUE** [5] - 2734:8, 2736:5, 2737:5, 2738:4, 2738:23

**avoid** [1] - 2818:17

**aware** [34] - 2799:22, 2800:1, 2800:2, 2800:23, 2802:5, 2802:8, 2802:12, 2832:21, 2834:16, 2836:8, 2836:16, 2836:19, 2839:18, 2840:2, 2840:17, 2840:23, 2841:1, 2843:7, 2843:10, 2850:18, 2850:21, 2850:22, 2850:23, 2850:24, 2856:25, 2857:15, 2858:18, 2858:22, 2858:23, 2859:2, 2864:18, 2868:7, 2875:1, 2889:13

---

# B

**background** [1] - 2780:13

**bad** [18] - 2786:14, 2786:22, 2786:24, 2787:4, 2787:12, 2787:15, 2787:20, 2787:21, 2788:12, 2788:13, 2788:14, 2790:11, 2792:9, 2792:11, 2792:14, 2803:9

**badly** [1] - 2899:23

**bangs** [1] - 2867:6

**BARBIER** [1] - 2733:22

**barrels** [3] - 2781:15, 2782:5, 2782:9

**base** [1] - 2851:16

**based** [12] - 2755:11, 2767:4, 2779:24, 2781:4, 2781:6, 2781:14, 2781:19, 2794:1, 2798:16,

---

2882:14, 2892:20

**bases** [1] - 2868:8

**bashed** [1] - 2899:22

**basic** [4] - 2761:6, 2761:20, 2761:21, 2782:21

**basis** [1] - 2832:11

**BAST** [8] - 2834:19, 2835:6, 2835:13, 2835:18, 2836:13, 2837:3, 2844:16, 2846:4

**Bates** [1] - 2815:15

**BATON** [2] - 2735:15, 2737:12

**batteries** [48] - 2782:18, 2782:20, 2782:25, 2783:5, 2783:13, 2783:18, 2784:4, 2784:8, 2784:21, 2785:9, 2785:13, 2785:18, 2786:10, 2786:24, 2786:25, 2787:4, 2787:20, 2788:3, 2788:15, 2788:20, 2788:21, 2790:22, 2791:1, 2791:2, 2803:8, 2812:20, 2813:9, 2814:16, 2829:3, 2832:17, 2833:11, 2836:21, 2836:22, 2836:23, 2838:9, 2842:3, 2842:7, 2842:12, 2843:15, 2843:17, 2844:2, 2844:6, 2844:7, 2872:13, 2872:25, 2873:23, 2874:11

**battery** [55] - 2785:25, 2786:7, 2786:17, 2786:23, 2787:5, 2787:8, 2787:13, 2787:14, 2787:15, 2787:16, 2787:19, 2787:24, 2788:1, 2788:9, 2788:12, 2788:13, 2788:14, 2788:18, 2788:21, 2788:25, 2789:2, 2789:6, 2789:16, 2812:8, 2813:14, 2813:18, 2813:20, 2813:25, 2814:3, 2826:25, 2828:3, 2828:22, 2828:24, 2832:22, 2838:9, 2842:4, 2842:5, 2842:8, 2842:17,

---

2843:12, 2844:11, 2872:8, 2872:11, 2872:25, 2873:11, 2874:14, 2875:4, 2875:12, 2875:19, 2876:21

**battle** [2] - 2879:16, 2879:19

**BEACH** [1] - 2734:19

**became** [4] - 2759:9, 2869:18, 2873:23, 2890:22

**BECK** [2] - 2739:15, 2739:15

**become** [1] - 2859:23

**beeps** [1] - 2813:17

**BEFORE** [1] - 2733:22

**began** [6] - 2764:25, 2765:12, 2774:5, 2774:15, 2833:15, 2875:21

**begin** [2] - 2765:9, 2818:12

**beginning** [3] - 2768:10, 2792:8, 2822:17

**begins** [1] - 2765:20

**behalf** [3] - 2742:14, 2818:9, 2858:16

**behavior** [1] - 2777:14

**below** [11] - 2760:23, 2761:17, 2764:1, 2769:5, 2772:10, 2859:22, 2860:1, 2860:10, 2860:17, 2861:5, 2863:25

**BEN** [1] - 2736:24

**bench** [7] - 2798:8, 2798:9, 2798:10, 2798:11, 2798:16, 2798:17, 2799:2

**bend** [4] - 2763:22, 2763:25, 2770:18, 2772:14

**bending** [1] - 2773:6

**bends** [1] - 2772:5

**beneficial** [1] - 2845:10

**benefit** [2] - 2845:11, 2845:14

**Benge** [6] - 2742:16, 2743:3, 2743:11, 2743:23, 2744:7, 2745:9

**bent** [1] - 2900:4

**best** [25] - 2827:19, 2833:4, 2833:7, 2833:17, 2833:21, 2833:25, 2834:1, 2834:13, 2834:18,

---

2834:23, 2835:3, 2835:14, 2841:4, 2842:3, 2844:15, 2850:5, 2851:14, 2851:25, 2852:8, 2882:10, 2882:13, 2893:25, 2903:9

**better** [12] - 2749:17, 2786:21, 2793:1, 2807:9, 2807:19, 2844:17, 2844:21, 2854:18, 2875:19, 2893:6, 2893:10, 2893:17

**between** [14] - 2752:5, 2756:10, 2758:12, 2760:13, 2769:17, 2798:6, 2798:7, 2802:22, 2821:11, 2882:6, 2882:11, 2892:2, 2892:10, 2894:2

**beyond** [1] - 2823:2

**big** [4] - 2755:15, 2755:16, 2758:11, 2879:20

**bigger** [1] - 2867:7

**bit** [6] - 2786:21, 2833:3, 2876:23, 2884:16, 2891:25, 2902:11

**blade** [12] - 2751:3, 2751:14, 2751:17, 2751:21, 2752:2, 2806:18, 2893:10, 2896:12

**blades** [8] - 2752:5, 2753:2, 2808:24, 2888:25, 2891:23, 2893:23, 2897:6, 2897:7

**blind** [82] - 2747:1, 2747:3, 2747:5, 2747:8, 2747:14, 2747:19, 2748:5, 2748:24, 2749:3, 2749:8, 2749:20, 2751:24, 2752:10, 2752:16, 2752:20, 2753:1, 2753:19, 2754:6, 2754:12, 2757:17, 2757:22, 2758:21, 2762:7, 2764:8, 2764:9, 2805:14, 2805:17, 2806:10, 2806:14, 2807:14, 2807:19, 2807:23, 2808:22, 2809:3, 2809:4, 2833:10, 2850:6,

---

2850:11, 2850:14, 2850:24, 2851:5, 2851:13, 2856:19, 2857:13, 2857:14, 2870:3, 2872:2, 2872:22, 2876:8, 2876:9, 2876:10, 2877:1, 2877:8, 2879:16, 2880:4, 2880:9, 2880:21, 2881:6, 2882:24, 2883:8, 2883:24, 2884:6, 2884:12, 2886:3, 2886:5, 2887:6, 2887:14, 2888:10, 2888:19, 2888:23, 2889:25, 2890:5, 2890:9, 2893:14, 2895:3, 2898:1, 2899:20, 2899:22, 2900:2, 2900:8

**block** [4] - 2749:20, 2889:10, 2889:16, 2889:20

**blocks** [7] - 2749:3, 2749:9, 2750:1, 2750:21, 2752:2, 2852:12, 2852:18

**blow** [2] - 2874:4, 2889:7

**blowout** [14] - 2759:13, 2771:17, 2774:5, 2774:15, 2776:5, 2779:16, 2780:15, 2781:15, 2803:24, 2822:13, 2823:25, 2841:25, 2862:1, 2895:3

**blowouts** [1] - 2822:2

**Blue** [2] - 2784:18, 2786:11

**blue** [6] - 2758:11, 2871:23, 2871:25, 2872:2, 2872:4, 2872:5

**board** [1] - 2887:18

**boards** [2] - 2787:6, 2787:7

**BOCKIUS** [1] - 2740:6

**BOEMRE** [1] - 2832:2

**bonnet** [2] - 2878:7, 2878:9

**book** [4] - 2794:2, 2794:13, 2794:14

**booster** [1] - 2878:10

**BOP** [133] - 2747:19, 2753:10, 2753:11, 2753:16, 2753:20, 2755:1, 2755:9,

2755:10, 2757:24, 2757:25, 2760:16, 2760:23, 2761:17, 2762:2, 2762:4, 2762:7, 2762:11, 2762:12, 2762:23, 2764:1, 2766:19, 2768:19, 2768:22, 2769:1, 2769:2, 2769:5, 2769:17, 2770:10, 2770:13, 2773:10, 2774:4, 2776:6, 2781:18, 2782:12, 2782:16, 2784:1, 2784:18, 2784:19, 2801:13, 2801:16, 2802:1, 2805:15, 2807:5, 2812:10, 2816:10, 2816:14, 2818:13, 2818:16, 2818:23, 2818:25, 2820:7, 2820:22, 2821:23, 2822:9, 2823:7, 2823:10, 2823:12, 2823:21, 2823:22, 2824:8, 2824:19, 2825:1, 2825:7, 2825:24, 2833:1, 2833:13, 2835:9, 2835:18, 2842:24, 2846:7, 2850:8, 2850:10, 2850:19, 2851:12, 2855:1, 2855:11, 2855:21, 2856:1, 2856:9, 2857:7, 2857:11, 2857:25, 2859:5, 2859:17, 2861:18, 2861:19, 2861:20, 2861:22, 2861:23, 2862:2, 2862:5, 2862:21, 2862:22, 2864:4, 2864:20, 2864:24, 2865:4, 2865:11, 2866:1, 2866:17, 2867:14, 2867:20, 2867:22, 2867:25, 2869:6, 2869:10, 2873:14, 2873:25, 2876:25, 2877:6, 2877:25, 2880:8, 2884:25, 2885:13, 2886:13, 2888:25, 2889:10, 2890:1, 2890:17, 2890:23, 2891:17, 2891:24, 2892:3, 2892:8, 2892:22, 2895:7, 2897:15, 2897:23, 2900:15,

2900:17, 2900:19, 2900:21

**BOPs** [12] - 2782:14, 2801:9, 2819:22, 2820:12, 2825:1, 2834:14, 2851:5, 2851:21, 2853:8, 2854:11, 2885:19, 2901:6

**bore** [15] - 2757:12, 2758:18, 2758:19, 2779:17, 2780:16, 2856:22, 2880:8, 2880:12, 2888:25, 2889:10, 2891:24, 2892:19, 2892:22, 2897:24

**bother** [1] - 2803:18

**bottle** [1] - 2811:10

**bottles** [2] - 2811:12, 2811:15

**bottom** [12] - 2762:11, 2762:13, 2764:8, 2768:19, 2774:6, 2774:16, 2784:1, 2805:16, 2848:14, 2856:22, 2858:1, 2884:25

**bought** [2] - 2808:8, 2811:15

**Boughton** [1] - 2840:3

**Boughton's** [2] - 2823:16, 2839:11

**BOULEVARD** [1] - 2735:18

**BOUNDS** [1] - 2734:10

**bow** [2] - 2775:5, 2775:15

**BOX** [4] - 2734:4, 2736:12, 2736:18, 2737:12

**BP** [45] - 2733:15, 2737:19, 2737:20, 2737:20, 2742:14, 2801:22, 2801:23, 2802:22, 2805:8, 2806:3, 2807:22, 2808:4, 2809:8, 2809:11, 2818:9, 2818:22, 2821:11, 2822:24, 2823:9, 2825:11, 2825:22, 2827:9, 2827:23, 2828:6, 2828:9, 2828:11, 2829:7, 2829:24, 2830:2, 2830:12, 2831:5, 2831:14, 2837:8, 2856:3, 2856:8,

2856:12, 2857:15, 2858:3, 2858:12, 2858:16, 2858:25, 2874:7, 2876:12, 2889:6, 2900:25

**BP's** [6] - 2819:4, 2826:4, 2829:20, 2830:2, 2830:21, 2831:2

**BRAD** [1] - 2738:22

**BRANCH** [3] - 2736:4, 2736:15, 2736:22

**break** [8] - 2791:18, 2791:20, 2791:25, 2795:14, 2804:3, 2898:8, 2898:9, 2899:15

**breaking** [3] - 2764:13, 2764:19, 2791:20

**breaks** [1] - 2795:17

**BREIT** [2] - 2734:18, 2734:18

**BRENNAN** [1] - 2738:17

**BRIAN** [1] - 2738:22

**brief** [2] - 2898:11, 2898:14

**bring** [2] - 2810:7, 2814:23

**BROCK** [1] - 2738:3

**broke** [5] - 2757:1, 2757:2, 2764:11, 2767:3

**broken** [4] - 2766:8, 2766:13, 2766:18, 2768:1

**brought** [2] - 2743:22, 2814:24

**BSR** [5] - 2807:4, 2807:12, 2808:5, 2808:18, 2815:3

**BSR's** [1] - 2880:17

**buckle** [12] - 2772:14, 2772:24, 2773:3, 2775:5, 2775:15, 2776:13, 2776:21, 2779:18, 2779:23, 2780:17, 2889:12, 2889:18

**buckling** [7] - 2771:21, 2772:3, 2772:20, 2777:10, 2777:14, 2778:6, 2860:14

**Buckling** [1] - 2777:5

**BUILDING** [2] - 2734:15, 2735:4

**bullet** [1] - 2783:9

**Bulletin** [2] - 2847:25,

2877:20

**bulletin** [2] - 2849:2, 2877:23

**bunch** [1] - 2794:18

**BURLING** [1] - 2738:3

**business** [1] - 2885:13

**button** [2] - 2863:21, 2864:5

**buttons** [1] - 2864:6

**buy** [1] - 2808:4

**buying** [1] - 2808:7

**BY** [64] - 2733:5, 2734:3, 2734:7, 2734:11, 2734:14, 2734:18, 2734:22, 2735:3, 2735:7, 2735:11, 2735:14, 2735:18, 2735:21, 2736:5, 2736:10, 2736:16, 2736:22, 2737:4, 2737:10, 2737:15, 2737:21, 2738:3, 2738:7, 2738:14, 2738:18, 2738:22, 2739:3, 2739:7, 2739:12, 2739:15, 2739:22, 2740:3, 2740:7, 2740:16, 2740:17, 2741:5, 2741:6, 2741:7, 2741:8, 2741:9, 2746:12, 2746:22, 2749:15, 2750:18, 2751:8, 2754:2, 2773:22, 2785:3, 2799:25, 2804:9, 2812:18, 2818:11, 2823:4, 2826:3, 2861:3, 2861:14, 2866:23, 2871:16, 2886:12, 2886:18, 2887:5, 2899:7, 2901:17, 2901:23

**bypass** [2] - 2858:4, 2859:1

**Byrd** [2] - 2809:10, 2810:11

# C

**CA** [2] - 2736:6, 2738:24

**cable** [2] - 2755:20, 2890:3

**cables** [1] - 2801:18

**calculate** [1] - 2895:5

**calculated** [1] - 2896:15

calculation [7] - 2769:18, 2770:9, 2771:11, 2776:11, 2780:14, 2781:14, 2857:18

calculations [9] - 2770:6, 2770:8, 2858:12, 2858:21, 2858:25, 2877:23, 2883:18, 2883:22, 2894:4

CALDWELL [1] - 2737:10

CALLED [1] - 2742:4

Calvert [3] - 2742:15, 2744:22, 2745:8

CAMERON [1] - 2739:11

Cameron [48] - 2782:22, 2782:25, 2783:20, 2784:13, 2797:8, 2797:12, 2797:18, 2805:7, 2805:8, 2805:24, 2806:2, 2807:22, 2814:25, 2840:9, 2840:10, 2840:23, 2841:13, 2842:7, 2842:11, 2842:15, 2843:14, 2848:7, 2851:1, 2852:23, 2861:10, 2861:16, 2864:16, 2864:19, 2868:5, 2871:3, 2873:15, 2873:21, 2874:8, 2874:24, 2875:20, 2876:10, 2877:19, 2879:13, 2889:25, 2890:2, 2890:11, 2891:1, 2891:17, 2893:13, 2901:5

Cameron's [7] - 2841:6, 2843:19, 2844:6, 2844:11, 2848:2, 2853:6, 2876:15

CAMP [1] - 2737:16

capabilities [1] - 2814:25

capability [5] - 2807:15, 2875:4, 2875:5, 2877:3, 2892:15

capable [3] - 2807:23, 2812:12, 2877:1

capacities [1] - 2815:17

capacity [12] - 2807:9, 2815:3, 2815:5,

2816:15, 2819:15, 2819:18, 2857:11, 2859:5, 2859:8, 2859:18, 2876:22, 2879:9

care [2] - 2812:13, 2820:10

CARL [1] - 2733:22

CARONDELET [2] - 2734:22, 2739:12

CARRIE [1] - 2738:7

CASE [2] - 2733:12, 2733:14

case [42] - 2754:20, 2759:14, 2760:16, 2760:25, 2761:4, 2765:20, 2772:11, 2776:16, 2778:5, 2782:21, 2786:16, 2790:2, 2814:20, 2819:2, 2819:13, 2819:15, 2820:24, 2821:6, 2821:7, 2826:4, 2833:2, 2835:8, 2837:6, 2837:13, 2837:25, 2847:6, 2847:22, 2852:9, 2852:17, 2853:24, 2859:4, 2860:8, 2861:23, 2871:3, 2874:22, 2874:23, 2878:1, 2879:23, 2881:9, 2884:22, 2886:4, 2889:8

Case [1] - 2786:18

casing [10] - 2757:21, 2808:20, 2808:24, 2809:2, 2811:10, 2811:16, 2856:20, 2878:14, 2879:23

catastrophic [1] - 2809:22

catching [1] - 2770:22

catchy [1] - 2769:25

Cathy [2] - 2903:4, 2903:14

CATHY [1] - 2740:12

Cathy_Pepper@laed .uscourts.gov [1] - 2903:16

cathy_Pepper@laed. uscourts.gov [1] - 2740:15

caught [1] - 2750:20

causal [1] - 2803:24

caused [9] - 2816:16, 2816:19, 2816:20, 2859:22, 2860:6, 2860:17, 2860:20,

2869:15

causes [4] - 2760:22, 2761:17, 2768:25, 2772:14

causing [2] - 2769:1, 2900:7

caveat [1] - 2754:18

CCR [2] - 2740:12, 2903:14

CCU [1] - 2792:21

CDVS [27] - 2836:8, 2836:9, 2850:16, 2850:20, 2852:13, 2852:14, 2852:17, 2852:23, 2853:14, 2853:21, 2854:11, 2854:17, 2854:25, 2855:10, 2890:3, 2890:11, 2890:19, 2890:22, 2891:1, 2891:13, 2893:9, 2893:16, 2897:15, 2901:2, 2901:5, 2901:7, 2901:12

cease [3] - 2829:23, 2830:3, 2830:14

ceased [1] - 2830:9

CENTER [1] - 2739:17

center [39] - 2746:25, 2748:23, 2752:15, 2752:19, 2759:4, 2759:9, 2761:8, 2766:13, 2766:24, 2767:1, 2771:10, 2771:13, 2771:15, 2773:10, 2807:13, 2807:18, 2808:25, 2859:23, 2860:2, 2860:7, 2860:11, 2860:21, 2861:6, 2880:8, 2880:16, 2889:3, 2892:15, 2892:20, 2893:7, 2893:10, 2893:17, 2894:23, 2895:2, 2895:23, 2896:2, 2896:5, 2896:16

centered [7] - 2747:4, 2747:8, 2808:17, 2809:3, 2859:15, 2859:16, 2880:12

centering [8] - 2807:15, 2807:20, 2808:22, 2809:6, 2893:14, 2894:17, 2894:20, 2895:1

CENTRE [1] - 2738:14

Cernich [1] - 2744:6

CERNICH [1] - 2736:10

certain [11] - 2835:21, 2836:6, 2837:1, 2853:23, 2853:25, 2855:4, 2863:2, 2877:13, 2877:14, 2878:3, 2890:20

certainly [10] - 2747:8, 2770:18, 2784:8, 2819:17, 2830:12, 2838:8, 2842:22, 2847:7, 2849:9, 2879:20

CERTIFICATE [1] - 2903:1

CERTIFIED [1] - 2740:12

Certified [3] - 2903:4, 2903:5, 2903:14

certify [1] - 2903:8

CFR [1] - 2833:24

CHAKERES [1] - 2736:12

Chang [1] - 2899:4

CHANG [11] - 2736:11, 2773:14, 2898:11, 2898:23, 2899:4, 2899:7, 2901:17, 2901:21, 2901:23, 2902:2, 2902:5

CHANG................. [1] - 2741:9

change [4] - 2837:10, 2847:1, 2852:4, 2852:11

change-out [1] - 2847:1

changed [9] - 2767:14, 2782:25, 2794:1, 2794:3, 2794:5, 2794:17, 2836:20, 2844:2, 2849:18

changes [1] - 2894:4

changing [6] - 2792:14, 2792:18, 2793:20, 2793:25, 2844:6, 2847:7

characteristic [1] - 2772:3

characterize [1] - 2812:4

characterized [3] - 2786:3, 2796:24, 2797:5

charged [1] - 2823:11

chart [10] - 2753:25, 2754:5, 2757:13, 2759:16, 2764:5, 2764:6, 2768:17,

2785:10, 2785:12, 2786:15

CHASE [1] - 2739:4

check [5] - 2770:15, 2770:16, 2797:25, 2847:14, 2848:21

checked [2] - 2827:12, 2828:5

checking [1] - 2744:12

checkmarks [1] - 2743:16

CHICAGO [1] - 2738:9

Childs [9] - 2752:10, 2752:14, 2771:12, 2771:16, 2773:9, 2773:18, 2775:19, 2860:7, 2860:22

Childs' [2] - 2773:7, 2860:6

chosen [1] - 2891:20

circuit [3] - 2811:10, 2877:5, 2877:8

circulated [3] - 2742:18, 2743:1, 2745:10

circulating [1] - 2902:5

circumstances [1] - 2882:16

cite [7] - 2778:2, 2781:7, 2800:20, 2801:1, 2802:21, 2824:22, 2834:22

cited [4] - 2776:24, 2785:7, 2813:5, 2894:6

cites [2] - 2777:21, 2777:24

CIVIL [3] - 2733:8, 2736:4, 2736:15

clean [1] - 2791:24

clear [18] - 2748:22, 2754:8, 2763:23, 2772:7, 2796:19, 2796:25, 2804:19, 2817:3, 2820:5, 2837:13, 2845:24, 2857:2, 2859:13, 2864:12, 2872:13, 2894:25, 2898:19, 2902:15

clearly [1] - 2805:14

CLERK [4] - 2742:7, 2818:3, 2818:5, 2899:2

Clerk [2] - 2742:19, 2746:5

clients [1] - 2815:1

CLINGMAN [1] -

2738:18
**close** [11] - 2752:7, 2769:5, 2769:6, 2770:10, 2811:9, 2811:13, 2811:15, 2859:16, 2864:23, 2865:11, 2886:3
**closed** [19] - 2752:16, 2752:20, 2757:12, 2757:16, 2757:24, 2758:10, 2758:18, 2774:19, 2779:17, 2779:21, 2780:16, 2811:11, 2829:14, 2862:22, 2880:24, 2882:8, 2882:14, 2882:24
**closer** [1] - 2751:7
**closing** [14] - 2756:9, 2829:22, 2862:23, 2864:20, 2865:9, 2865:10, 2865:14, 2865:20, 2866:1, 2866:13, 2868:24, 2869:3, 2877:1, 2883:19
**closure** [1] - 2781:23
**coauthor** [3] - 2895:9, 2895:20, 2896:8
**coefficient** [1] - 2894:20
**coil** [18] - 2790:8, 2790:14, 2791:18, 2791:20, 2795:14, 2795:17, 2844:15, 2844:24, 2845:2, 2845:4, 2845:7, 2845:8, 2845:18, 2845:22, 2845:23, 2846:21
**coils** [6] - 2790:7, 2790:10, 2790:18, 2797:19, 2798:1, 2849:7
**colleague** [1] - 2838:13
**Collier** [3] - 2838:13, 2840:23, 2855:8
**colored** [1] - 2793:8
**column** [1] - 2754:4
**combination** [1] - 2888:13
**combined** [1] - 2806:21
**coming** [5] - 2776:1, 2802:9, 2886:13, 2887:12, 2892:25
**commenting** [1] - 2776:15
**comments** [1] -

2744:23
**COMMERCIAL** [1] - 2736:22
**commercial** [2] - 2837:16, 2891:6
**commercially** [4] - 2835:22, 2836:1, 2891:2, 2891:6
**communication** [2] - 2811:5, 2870:13
**communications** [1] - 2870:10
**community** [1] - 2797:25
**COMPANY** [1] - 2737:20
**company** [3] - 2818:18, 2837:7, 2871:14
**compare** [2] - 2894:16, 2897:10
**compelling** [1] - 2899:19
**complained** [2] - 2807:12, 2808:17
**COMPLAINT** [1] - 2733:12
**complete** [4] - 2830:6, 2831:16, 2870:17, 2900:21
**completed** [3] - 2803:2, 2831:10, 2900:18
**completely** [1] - 2766:21
**completions** [3] - 2853:18, 2854:2, 2854:12
**compliance** [2] - 2835:5, 2835:10
**complied** [1] - 2844:5
**comply** [1] - 2844:11
**components** [6] - 2818:23, 2818:25, 2863:15, 2863:16, 2880:1, 2900:15
**compression** [4] - 2761:10, 2765:19, 2772:7, 2772:9
**compressions** [1] - 2896:21
**compressively** [2] - 2775:5, 2775:15
**comprised** [2] - 2754:10, 2754:21
**COMPUTER** [1] - 2740:17
**computer** [3] - 2759:22, 2870:22, 2872:5

concentric [1] - 2790:7
**concept** [1] - 2771:21
**concern** [1] - 2846:20
**concerned** [1] - 2847:2
**concerning** [4] - 2784:21, 2842:16, 2851:16, 2874:13
**conclude** [2] - 2779:24, 2835:25
**concluded** [4] - 2779:22, 2781:10, 2783:4, 2894:22
**concludes** [1] - 2786:22
**conclusion** [3] - 2823:9, 2835:11, 2835:12
**conclusions** [1] - 2819:8
**conclusive** [2] - 2749:2, 2764:16
**condition** [11] - 2785:13, 2785:18, 2801:10, 2801:14, 2801:17, 2801:18, 2801:19, 2860:15, 2865:16, 2900:21
**conditions** [13] - 2747:23, 2785:9, 2853:24, 2854:1, 2869:24, 2877:14, 2877:19, 2878:3, 2879:10, 2882:4, 2892:13, 2893:21, 2897:25
**conduct** [6] - 2832:8, 2832:10, 2847:13, 2847:14, 2849:3, 2858:20
**conducted** [11] - 2785:17, 2802:13, 2826:19, 2827:17, 2827:23, 2828:18, 2828:21, 2829:24, 2831:11, 2858:12, 2900:10
**conducting** [5] - 2818:8, 2828:7, 2828:12, 2846:25, 2847:18
**configuration** [1] - 2855:21
**confirm** [1] - 2849:10
**confused** [1] - 2796:15
**conjunction** [1] - 2753:23
**connected** [3] -

2783:22, 2795:9, 2900:6
**connection** [9] - 2744:21, 2766:16, 2819:17, 2831:14, 2840:9, 2841:13, 2858:25, 2885:7, 2885:15
**connector** [7] - 2794:5, 2885:3, 2885:5, 2885:6, 2885:10, 2885:12, 2885:24
**CONRAD** [1] - 2735:7
**consequence** [1] - 2854:21
**consequences** [3] - 2854:19, 2855:1, 2855:10
**consider** [13] - 2798:10, 2805:18, 2835:5, 2835:9, 2835:20, 2837:1, 2837:9, 2837:13, 2837:15, 2841:24, 2854:18, 2855:3
**consideration** [3] - 2816:9, 2817:15, 2817:17
**considered** [10] - 2834:13, 2835:17, 2835:23, 2841:5, 2844:17, 2855:15, 2859:22, 2875:23, 2883:18, 2893:25
**considering** [2] - 2762:16, 2837:8
**consistent** [6] - 2780:24, 2793:18, 2794:9, 2797:1, 2816:9, 2853:20
**constitutes** [3] - 2784:5, 2784:9, 2844:14
**constraints** [1] - 2811:11
**consulted** [1] - 2819:14
**contact** [2] - 2749:2, 2751:13
**contain** [2] - 2771:16, 2803:1
**contained** [1] - 2842:1
**contains** [1] - 2780:23
**contamination** [2] - 2845:16, 2846:12
**contemporaneous** [2] - 2792:4, 2793:19
**contend** [1] - 2752:19
**contends** [1] -

2752:14
**continue** [2] - 2787:7, 2792:14
**continued** [1] - 2767:13
**CONTINUED** [6] - 2735:1, 2736:1, 2737:1, 2738:1, 2739:1, 2740:1
**CONTINUED)............**
**......................** [1] - 2741:4
**continues** [2] - 2851:4, 2851:20
**continuing** [3] - 2794:19, 2854:8, 2876:12
**contract** [10] - 2743:14, 2821:11, 2821:15, 2821:18, 2821:21, 2822:1, 2822:7, 2822:18, 2822:23
**contractor** [3] - 2822:2, 2822:5, 2822:11
**contracts** [1] - 2818:19
**contradict** [1] - 2840:2
**control** [33] - 2782:12, 2782:14, 2782:15, 2819:1, 2822:5, 2822:9, 2825:2, 2836:14, 2836:20, 2838:6, 2838:7, 2838:16, 2838:17, 2839:6, 2839:17, 2840:9, 2840:11, 2840:24, 2842:8, 2843:12, 2844:21, 2848:2, 2863:10, 2863:13, 2864:9, 2870:5, 2873:6, 2873:14, 2873:15, 2873:22, 2874:1, 2876:25, 2877:11
**controls** [1] - 2874:8
**Controls** [1] - 2848:7
**conversion** [1] - 2802:15
**converted** [1] - 2856:23
**converting** [1] - 2802:13
**copies** [1] - 2742:16
**COREY** [1] - 2737:4
**corner** [1] - 2753:16
**CORPORATE** [1] - 2735:8
**CORPORATION** [1] -

2739:11
**correct** [436] - 2747:1,
2747:20, 2747:25,
2748:1, 2748:4,
2748:6, 2748:9,
2748:16, 2748:24,
2749:3, 2751:3,
2751:15, 2751:16,
2751:19, 2751:22,
2751:23, 2752:4,
2752:6, 2752:11,
2752:12, 2752:17,
2752:21, 2752:22,
2753:11, 2753:17,
2753:20, 2754:6,
2754:13, 2754:16,
2754:17, 2754:23,
2755:2, 2755:12,
2756:3, 2756:5,
2756:6, 2756:11,
2756:16, 2756:19,
2756:20, 2756:24,
2757:4, 2757:9,
2757:13, 2757:18,
2757:25, 2758:12,
2758:19, 2758:23,
2759:1, 2759:10,
2759:20, 2759:24,
2760:9, 2760:17,
2760:24, 2761:3,
2761:8, 2761:18,
2761:25, 2762:4,
2762:8, 2762:14,
2762:17, 2763:2,
2764:15, 2765:1,
2765:4, 2765:7,
2765:13, 2765:17,
2765:21, 2766:2,
2766:9, 2766:14,
2766:19, 2766:24,
2768:6, 2769:2,
2769:11, 2769:15,
2770:4, 2772:20,
2773:1, 2773:3,
2774:8, 2776:2,
2776:6, 2778:6,
2778:18, 2778:23,
2779:12, 2779:19,
2779:23, 2780:4,
2781:4, 2782:16,
2782:17, 2783:6,
2783:14, 2783:20,
2783:24, 2784:2,
2784:11, 2785:5,
2785:10, 2785:14,
2786:1, 2786:13,
2786:25, 2787:8,
2787:21, 2788:1,
2788:6, 2788:15,
2788:22, 2789:3,
2789:8, 2789:12,

2789:13, 2789:16,
2789:18, 2789:20,
2790:4, 2790:6,
2790:8, 2790:11,
2790:15, 2790:19,
2791:4, 2791:21,
2793:6, 2793:16,
2793:20, 2794:2,
2794:10, 2794:19,
2795:6, 2796:2,
2796:12, 2796:15,
2797:21, 2797:23,
2798:1, 2798:8,
2798:16, 2798:18,
2798:20, 2798:21,
2798:24, 2799:3,
2799:7, 2800:1,
2800:9, 2800:18,
2801:24, 2802:6,
2802:14, 2803:16,
2806:16, 2807:6,
2807:11, 2810:3,
2813:18, 2814:5,
2815:7, 2818:14,
2819:2, 2819:5,
2819:7, 2819:10,
2819:12, 2819:15,
2819:16, 2819:18,
2819:19, 2819:22,
2820:2, 2820:9,
2820:12, 2820:14,
2820:15, 2820:19,
2820:24, 2821:3,
2821:7, 2821:12,
2821:18, 2821:23,
2822:3, 2823:7,
2823:18, 2823:22,
2823:25, 2824:18,
2824:20, 2824:23,
2825:4, 2826:5,
2827:7, 2827:10,
2827:21, 2828:3,
2829:5, 2829:8,
2829:18, 2829:25,
2830:3, 2830:6,
2830:16, 2830:22,
2831:5, 2831:11,
2831:13, 2831:17,
2832:5, 2832:8,
2832:11, 2832:14,
2832:25, 2833:7,
2833:9, 2833:17,
2834:4, 2834:16,
2834:24, 2835:6,
2835:15, 2835:25,
2836:14, 2836:17,
2837:14, 2837:21,
2838:3, 2838:21,
2839:3, 2839:7,
2839:13, 2839:22,
2840:1, 2840:12,

2840:15, 2840:19,
2841:2, 2841:7,
2841:22, 2842:5,
2842:8, 2842:19,
2842:24, 2843:16,
2843:21, 2844:3,
2844:12, 2844:13,
2844:18, 2844:22,
2845:2, 2845:4,
2845:12, 2845:17,
2845:20, 2846:8,
2846:12, 2846:20,
2847:1, 2847:9,
2847:13, 2848:3,
2848:8, 2848:11,
2848:20, 2848:24,
2849:4, 2849:7,
2849:19, 2850:2,
2850:3, 2850:6,
2850:11, 2850:16,
2850:20, 2850:22,
2851:6, 2851:15,
2852:2, 2852:21,
2853:1, 2853:18,
2853:24, 2854:4,
2854:5, 2854:7,
2854:13, 2854:24,
2855:17, 2856:5,
2856:12, 2856:14,
2856:17, 2856:20,
2856:23, 2857:1,
2857:12, 2858:4,
2858:8, 2858:13,
2859:5, 2859:9,
2859:15, 2859:18,
2860:7, 2860:23,
2861:6, 2861:7,
2862:2, 2862:9,
2862:13, 2862:16,
2862:24, 2863:4,
2863:14, 2864:14,
2864:15, 2864:17,
2865:22, 2866:6,
2866:13, 2866:18,
2867:9, 2867:21,
2868:2, 2869:1,
2869:4, 2869:12,
2869:17, 2869:19,
2870:1, 2870:9,
2870:14, 2870:19,
2871:1, 2871:4,
2871:25, 2872:12,
2872:14, 2872:18,
2873:12, 2873:19,
2873:23, 2874:2,
2874:9, 2875:2,
2875:14, 2875:21,
2876:1, 2876:6,
2876:10, 2876:19,
2877:8, 2877:11,
2878:2, 2878:11,

2878:16, 2878:19,
2878:22, 2879:2,
2879:6, 2879:11,
2879:17, 2880:2,
2880:18, 2880:22,
2881:7, 2881:9,
2881:15, 2882:7,
2882:13, 2882:21,
2883:9, 2884:7,
2885:1, 2885:4,
2885:11, 2885:19,
2886:3, 2887:7,
2887:16, 2887:20,
2887:24, 2887:25,
2888:4, 2888:7,
2890:3, 2890:6,
2890:9, 2890:11,
2890:14, 2890:24,
2891:1, 2891:3,
2891:7, 2891:14,
2891:21, 2891:24,
2892:3, 2892:5,
2892:11, 2892:25,
2893:4, 2893:7,
2893:11, 2893:17,
2893:20, 2894:5,
2894:11, 2894:14,
2894:15, 2894:18,
2894:23, 2895:7,
2895:13, 2895:16,
2896:6, 2896:9,
2896:14, 2896:20,
2896:25, 2897:3,
2897:8, 2897:19,
2898:1, 2899:16,
2900:15, 2903:8
**Correct** [1] - 2772:6
**corrected** [10] -
2743:3, 2743:7,
2826:21, 2826:22,
2826:24, 2827:1,
2831:22, 2831:24,
2838:24, 2845:25
**correction** [1] - 2743:4
**corrections** [1] -
2830:9
**correctly** [1] - 2845:17
**counsel** [12] -
2784:24, 2812:15,
2822:16, 2841:17,
2855:19, 2855:20,
2873:2, 2874:6,
2876:12, 2889:6,
2900:9, 2900:25
**country** [1] - 2895:16
**couple** [8] - 2746:23,
2748:15, 2758:9,
2764:15, 2803:15,
2812:20, 2858:14,
2899:8

**course** [3] - 2760:18,
2822:9, 2844:1
**Court** [10] - 2745:19,
2805:14, 2818:4,
2899:1, 2902:23,
2903:5, 2903:6,
2903:7, 2903:15,
2903:16
**court** [1] - 2753:25
**COURT** [64] - 2733:1,
2740:12, 2742:4,
2742:8, 2742:11,
2742:20, 2743:6,
2743:11, 2743:17,
2743:25, 2744:2,
2744:5, 2744:9,
2744:14, 2744:16,
2744:18, 2744:25,
2745:12, 2745:21,
2745:23, 2745:25,
2746:9, 2746:21,
2750:9, 2750:13,
2750:17, 2751:6,
2773:21, 2799:24,
2804:3, 2804:7,
2812:17, 2816:24,
2817:2, 2817:7,
2818:1, 2818:6,
2822:19, 2823:1,
2825:5, 2825:12,
2825:16, 2825:20,
2825:22, 2861:9,
2861:12, 2866:22,
2871:9, 2871:12,
2898:4, 2898:7,
2898:9, 2898:12,
2898:15, 2898:20,
2898:24, 2899:3,
2901:16, 2901:19,
2902:4, 2902:8,
2902:17, 2902:20,
2902:22
**Court's** [2] - 2813:10,
2898:13
**courtroom** [2] -
2770:20, 2770:21
**cover** [7] - 2779:1,
2811:18, 2811:24,
2813:2, 2839:10,
2875:6
**COVINGTON** [1] -
2738:3
**CRAFT** [1] - 2735:3
**created** [5] - 2756:15,
2764:21, 2768:1,
2771:18, 2780:15
**creates** [1] - 2770:12
**creating** [2] - 2867:7,
2892:25
**crew** [7] - 2757:12,

2757:16, 2757:24, 2758:10, 2758:18, 2779:17, 2780:16
**crew's** [1] - 2828:20
**crimped** [1] - 2888:16
**critical** [3] - 2807:4, 2839:3, 2889:16
**critically** [1] - 2838:10
**criticism** [2] - 2776:11, 2846:24
**criticisms** [1] - 2881:11
**criticized** [1] - 2881:5
**cross** [4] - 2745:23, 2746:1, 2818:9, 2861:16
**CROSS** [8] - 2741:5, 2741:6, 2741:7, 2741:8, 2746:11, 2804:8, 2818:10, 2861:13
**cross-examination** [4] - 2745:23, 2746:1, 2818:9, 2861:16
**CROSS-EXAMINATION** [8] - 2741:5, 2741:6, 2741:7, 2741:8, 2746:11, 2804:8, 2818:10, 2861:13
**CRR** [2] - 2740:12, 2903:14
**crushed** [1] - 2900:7
**CSR** [2] - 2808:20, 2811:15
**cull** [5] - 2863:8, 2863:19, 2863:20, 2865:3, 2865:8
**Cunha** [6] - 2777:5, 2777:9, 2777:13, 2777:17, 2777:21
**CUNNINGHAM** [2] - 2734:10, 2734:11
**curled** [2] - 2763:9, 2899:23
**current** [2] - 2851:3, 2851:9
**currents** [1] - 2765:9
**custom** [3] - 2819:21, 2819:25, 2820:1
**customers** [1] - 2877:18
**customs** [3] - 2819:23, 2820:4, 2820:7
**cut** [20] - 2747:9, 2751:18, 2751:20, 2751:22, 2751:25, 2752:3, 2755:13, 2764:8, 2778:19,

2782:3, 2808:25, 2809:4, 2812:10, 2815:10, 2877:18, 2880:2, 2886:20, 2888:11, 2888:17, 2900:2
**cuts** [2] - 2757:21, 2757:22
**cutting** [13] - 2752:2, 2806:15, 2806:23, 2815:9, 2852:23, 2852:24, 2852:25, 2853:3, 2887:10, 2888:13, 2888:25, 2897:12
**cycles** [1] - 2855:4

# D

**d)(1** [3] - 2863:8, 2865:3
**D-6630** [1] - 2743:2
**D-6636** [2] - 2753:24, 2754:3
**D-6638-A** [1] - 2749:19
**D-6658-B** [1] - 2750:19
**D-6661** [1] - 2752:13
**D-6662** [1] - 2758:8
**D2** [1] - 2775:22
**D6636** [1] - 2764:5
**DALLAS** [1] - 2739:24
**damage** [1] - 2867:18
**damaged** [1] - 2866:8
**DANIEL** [1] - 2736:22
**data** [2] - 2750:5, 2750:12
**date** [9] - 2793:11, 2794:5, 2797:12, 2839:22, 2848:12, 2858:6, 2873:19, 2891:9
**dated** [1] - 2873:9
**dates** [1] - 2747:16
**DAUPHIN** [1] - 2734:11
**DAVID** [2] - 2739:15, 2739:16
**David** [4] - 2744:21, 2745:8, 2780:7, 2861:15
**DAVIS** [6] - 2741:4, 2746:3, 2886:12, 2886:18, 2887:2, 2887:5
**Davis** [19] - 2746:1, 2746:2, 2746:13, 2746:23, 2751:6, 2754:3, 2759:8, 2782:11, 2804:10,

2818:9, 2818:12, 2826:4, 2861:4, 2861:15, 2875:2, 2881:4, 2899:8, 2902:4
**DAY** [1] - 2733:20
**days** [7] - 2746:23, 2748:8, 2764:15, 2766:4, 2791:9, 2793:25, 2800:13
**DC** [4] - 2736:13, 2736:19, 2736:24, 2738:4
**dead** [29] - 2785:25, 2786:3, 2786:6, 2786:8, 2786:17, 2786:25, 2787:5, 2787:19, 2787:20, 2787:24, 2788:3, 2788:9, 2788:15, 2788:18, 2788:20, 2788:21, 2789:2, 2789:3, 2789:11, 2789:12, 2813:15, 2813:18, 2813:25, 2872:8, 2872:14, 2872:15
**deadman** [19] - 2808:14, 2809:21, 2809:25, 2810:2, 2810:6, 2810:8, 2814:14, 2814:15, 2843:15, 2843:17, 2843:19, 2844:8, 2869:25, 2870:14, 2870:17, 2870:22, 2871:25, 2872:6, 2873:11
**deal** [5] - 2745:21, 2750:11, 2751:11, 2817:20, 2839:16
**dealing** [2] - 2761:24, 2878:22
**dealt** [2] - 2803:9
**DEANNA** [1] - 2736:11
**Deanna** [1] - 2899:4
**debate** [1] - 2880:14
**debris** [3] - 2790:20, 2790:21, 2790:25
**decades** [1] - 2876:16
**December** [1] - 2815:12
**decide** [4] - 2812:12, 2823:1, 2879:8, 2898:15
**decided** [2] - 2761:14, 2808:4
**deciding** [1] - 2837:2
**decision** [3] - 2808:6, 2809:19, 2879:14

**decision-making** [1] - 2809:19
**decrease** [1] - 2864:7
**decreasing** [1] - 2864:13
**dedicated** [1] - 2811:10
**deep** [3] - 2756:8, 2756:13, 2757:7
**Deepwater** [31] - 2783:23, 2800:14, 2802:9, 2807:5, 2809:16, 2812:5, 2821:12, 2821:23, 2824:8, 2832:23, 2835:18, 2836:16, 2838:3, 2841:25, 2842:24, 2846:7, 2848:3, 2850:9, 2850:10, 2850:25, 2851:21, 2856:4, 2856:9, 2859:17, 2863:10, 2873:14, 2873:18, 2873:25, 2876:25, 2891:17, 2900:11
**DEEPWATER** [3] - 2733:5, 2738:12, 2738:13
**deepwater** [1] - 2820:7
**default** [1] - 2870:10
**defects** [1] - 2849:15
**define** [1] - 2766:10
**definitely** [2] - 2773:19, 2809:6
**deflect** [1] - 2761:16
**deflected** [5] - 2760:24, 2761:3, 2762:6, 2763:16, 2769:2
**deflection** [4] - 2759:22, 2761:11, 2763:8, 2763:25
**deflects** [1] - 2769:1
**DEGRAVELLES** [2] - 2735:14, 2735:14
**DELEMARRE** [1] - 2736:16
**delivered** [3] - 2874:1, 2877:7, 2890:17
**demanded** [1] - 2831:6
**demonstrative** [16] - 2743:3, 2743:5, 2743:9, 2743:12, 2743:13, 2743:18, 2749:19, 2750:14, 2750:15, 2750:19, 2755:15, 2758:8,

2866:21, 2866:24, 2902:13
**Demonstrative** [1] - 2747:12
**demonstratives** [4] - 2744:21, 2746:18, 2758:6
**DENISE** [1] - 2740:7
**deny** [1] - 2792:23
**department** [2] - 2825:3, 2874:8
**DEPARTMENT** [4] - 2736:4, 2736:8, 2736:15, 2736:21
**Department** [2] - 2825:4, 2858:7
**departmental** [3] - 2792:2, 2792:7, 2793:19
**departments** [1] - 2830:15
**deposition** [32] - 2766:20, 2767:12, 2809:11, 2813:24, 2824:4, 2824:9, 2824:16, 2824:17, 2828:15, 2828:17, 2828:20, 2838:12, 2838:14, 2839:11, 2839:14, 2840:21, 2841:3, 2855:7, 2860:4, 2862:19, 2875:10, 2875:11, 2875:24, 2876:6, 2881:2, 2881:3, 2881:17, 2882:10, 2895:18, 2895:20, 2900:24, 2901:18
**Deposition** [1] - 2767:6
**depositions** [3] - 2828:10, 2828:13, 2839:12
**Depot** [1] - 2761:14
**depressed** [1] - 2864:6
**depth** [1] - 2832:20
**DEPUTY** [4] - 2742:7, 2818:3, 2818:5, 2899:2
**derrick** [1] - 2768:20
**describe** [2] - 2761:7, 2798:4
**described** [4] - 2797:2, 2805:14, 2875:22, 2884:16
**design** [25] - 2805:24, 2811:20, 2811:25, 2812:1, 2812:12, 2818:24, 2837:4,

2850:20, 2850:24, 2853:15, 2854:11, 2854:17, 2854:20, 2854:25, 2855:10, 2868:16, 2877:3, 2890:8, 2890:9, 2891:2, 2891:7, 2891:12, 2891:13, 2893:10, 2895:1
**designed** [9] - 2748:5, 2790:7, 2846:16, 2853:17, 2877:4, 2879:24, 2880:5, 2885:25, 2887:10
**designer** [1] - 2782:14
**designing** [2] - 2806:5, 2806:6
**designs** [3] - 2801:9, 2853:8, 2854:10
**detail** [3] - 2836:12, 2869:23, 2877:22
**detailed** [1] - 2897:11
**details** [6] - 2815:19, 2828:8, 2834:15, 2841:1, 2868:3, 2871:24
**detect** [2] - 2849:6, 2870:11
**detected** [2] - 2847:11, 2849:15
**detector** [2] - 2813:17, 2813:21
**determinative** [1] - 2871:13
**determine** [16] - 2747:14, 2789:15, 2803:6, 2814:3, 2834:6, 2834:11, 2871:17, 2877:25, 2880:20, 2893:22, 2894:9, 2896:3, 2896:5, 2896:11, 2897:6, 2897:22
**determined** [4] - 2776:4, 2779:16, 2871:9, 2894:7
**determines** [1] - 2834:2
**develop** [2] - 2842:18, 2874:14
**developed** [3] - 2780:18, 2873:17, 2875:14
**development** [2] - 2835:4, 2891:11
**device** [2] - 2770:7, 2795:10
**DEXTER** [1] - 2737:5
**diabolical** [1] - 2902:19

**diagnostics** [2] - 2814:13, 2873:10
**diagram** [1] - 2888:9
**diameter** [4] - 2756:4, 2756:5, 2817:16, 2867:2
**diameters** [1] - 2807:24
**difference** [3] - 2838:22, 2882:6, 2882:11
**different** [34] - 2752:24, 2763:12, 2764:18, 2771:13, 2771:15, 2781:18, 2794:16, 2798:6, 2799:13, 2810:1, 2812:8, 2815:16, 2815:17, 2815:20, 2817:9, 2817:10, 2820:11, 2830:24, 2833:10, 2833:11, 2837:23, 2845:1, 2846:15, 2846:16, 2850:13, 2851:13, 2852:7, 2857:23, 2858:14, 2881:20, 2885:7, 2890:9, 2896:23
**differential** [1] - 2882:24
**differentiate** [1] - 2760:13
**differently** [3] - 2766:11, 2896:13, 2897:7
**difficult** [2] - 2884:1, 2893:21
**dimensional** [3] - 2749:22, 2894:13, 2894:15
**dimensions** [3] - 2750:3, 2769:4, 2817:16
**direct** [4] - 2747:13, 2747:23, 2752:9, 2753:6, 2753:7, 2753:14, 2759:3, 2769:24, 2773:5, 2782:24, 2800:12, 2802:2, 2819:10, 2851:7
**directed** [1] - 2873:10
**direction** [14] - 2761:2, 2761:17, 2761:18, 2762:14, 2762:19, 2763:6, 2763:7, 2763:19, 2763:22, 2763:25, 2768:12, 2768:25,

2898:14
**directions** [2] - 2765:17, 2765:18
**directly** [2] - 2801:23, 2828:5
**director** [6] - 2834:2, 2834:7, 2834:9, 2834:11, 2834:17, 2853:6
**disable** [1] - 2787:6
**disadvantage** [1] - 2853:14
**disagree** [5] - 2752:10, 2787:10, 2854:15, 2889:14, 2889:15
**disaster** [1] - 2812:5
**disconnect** [3] - 2809:21, 2809:25, 2885:25
**disconnected** [1] - 2795:9
**discuss** [15] - 2767:18, 2767:20, 2767:22, 2776:8, 2776:14, 2783:8, 2801:24, 2802:18, 2803:12, 2803:21, 2803:25, 2840:14, 2889:25, 2890:5, 2897:20
**discussed** [6] - 2790:21, 2801:22, 2804:1, 2868:10, 2876:5, 2897:18
**discussing** [2] - 2865:9, 2873:7
**discussion** [4] - 2780:23, 2800:17, 2873:10, 2876:21
**dispute** [7] - 2800:5, 2825:5, 2825:7, 2825:17, 2825:24, 2825:25, 2826:1
**distance** [6] - 2769:17, 2769:19, 2769:23, 2770:4, 2770:12, 2770:13
**distinct** [5] - 2749:1, 2749:10, 2750:25, 2751:12, 2755:11
**distinctive** [7] - 2750:25, 2756:3, 2756:7, 2757:11, 2757:15, 2757:22
**distinguish** [1] - 2772:8
**distinguished** [2] - 2798:6, 2798:7
**DISTRICT** [3] - 2733:1,

2733:2, 2733:23
**District** [3] - 2903:7, 2903:16
**DIVISION** [3] - 2736:4, 2736:9, 2736:15
**DMS** [4] - 2810:19, 2810:22, 2811:4, 2811:9
**DND** [3] - 2871:14, 2871:17, 2871:21
**DNV** [13] - 2749:8, 2750:11, 2750:12, 2773:15, 2773:20, 2789:19, 2789:22, 2789:24, 2796:8, 2796:10, 2798:3, 2800:7, 2800:8
**Doctor** [7] - 2808:23, 2810:3, 2812:11, 2814:19, 2815:7, 2815:16, 2817:9
**doctors** [2] - 2746:14
**document** [21] - 2743:22, 2743:24, 2743:25, 2777:4, 2778:20, 2782:22, 2806:19, 2812:23, 2813:5, 2847:21, 2848:6, 2848:10, 2850:1, 2857:8, 2857:10, 2865:19, 2873:3, 2873:4, 2873:7, 2873:9, 2874:6
**DOCUMENT** [1] - 2733:11
**documentation** [5] - 2800:2, 2828:9, 2868:12, 2871:20, 2893:13
**documents** [11] - 2776:25, 2784:12, 2785:22, 2791:12, 2793:23, 2807:16, 2812:24, 2820:23, 2821:6, 2865:5, 2874:22
**DOMENGEAUX** [1] - 2734:3
**DOMINION** [1] - 2735:4
**DON** [1] - 2737:21
**Don** [1] - 2745:5
**DONALD** [1] - 2739:22
**done** [43] - 2755:8, 2759:12, 2770:6, 2785:8, 2789:19, 2789:23, 2790:13, 2792:23, 2796:6, 2796:8, 2798:3,

2800:6, 2800:10, 2800:14, 2802:15, 2816:25, 2830:10, 2847:4, 2849:10, 2858:14, 2860:25, 2864:13, 2865:25, 2867:23, 2880:20, 2881:14, 2882:23, 2883:1, 2883:2, 2883:3, 2883:6, 2883:7, 2883:10, 2883:11, 2883:23, 2884:4, 2886:22, 2895:22, 2897:2, 2897:10, 2897:13, 2900:19, 2900:20
**donut** [2] - 2863:3, 2867:10
**door** [1] - 2863:13
**doors** [1] - 2863:13
**dot** [1] - 2760:9
**double** [12] - 2806:16, 2806:20, 2807:15, 2890:2, 2890:3, 2892:14, 2894:17, 2894:22, 2895:1, 2896:12, 2897:6, 2897:11
**double-V** [1] - 2807:15
**doubt** [2] - 2895:25, 2896:2
**DOUGLAS** [1] - 2737:15
**down** [28] - 2753:16, 2756:13, 2758:9, 2761:14, 2765:6, 2768:21, 2770:23, 2775:3, 2784:1, 2787:7, 2787:25, 2794:19, 2795:13, 2809:19, 2810:5, 2816:9, 2822:19, 2857:25, 2864:5, 2864:21, 2866:12, 2884:17, 2884:25, 2885:18, 2885:19, 2886:1, 2886:20, 2888:4
**DOYEN** [32] - 2738:22, 2745:22, 2745:24, 2746:7, 2746:10, 2746:12, 2746:17, 2746:22, 2749:13, 2749:15, 2750:15, 2750:18, 2751:8, 2753:22, 2754:2, 2768:16, 2773:16, 2773:22, 2784:24, 2785:2, 2785:3, 2799:22, 2799:25,

**OFFICIAL TRANSCRIPT**

2804:2, 2822:15, 2825:10, 2871:8, 2898:18, 2901:14, 2902:11, 2902:18, 2902:21

DOYEN......................
[1] - 2741:5

Dr [27] - 2746:13, 2759:8, 2773:24, 2774:4, 2774:20, 2775:12, 2775:19, 2775:23, 2776:8, 2777:9, 2780:7, 2780:14, 2780:20, 2780:24, 2782:11, 2784:21, 2784:25, 2804:10, 2818:9, 2818:12, 2826:4, 2861:4, 2861:15, 2875:2, 2881:4, 2899:8, 2902:4

drainage [1] - 2789:10

drained [3] - 2789:5, 2789:7, 2789:16

draining [1] - 2789:9

dramatically [1] - 2772:25

draw [2] - 2768:17, 2768:25

DRESCHER [1] - 2734:18

drift [16] - 2759:10, 2759:12, 2762:13, 2762:22, 2763:6, 2763:20, 2764:25, 2765:9, 2765:20, 2766:23, 2771:7, 2771:10, 2889:3, 2889:5, 2896:20, 2902:14

drift-off [1] - 2889:3

drifted [3] - 2765:12, 2768:5, 2768:12

drifting [1] - 2762:19

drifts [9] - 2760:21, 2763:15, 2764:14, 2764:20, 2764:23, 2765:23, 2765:24, 2768:1, 2769:10

drill [93] - 2746:25, 2748:23, 2749:1, 2750:20, 2753:9, 2754:9, 2757:24, 2759:9, 2759:13, 2761:2, 2761:14, 2768:21, 2770:17, 2773:1, 2773:2, 2773:9, 2774:7, 2774:17, 2774:21, 2774:25, 2775:5,

2775:15, 2776:21, 2778:6, 2778:7, 2816:10, 2853:3, 2856:9, 2857:4, 2857:16, 2859:13, 2859:14, 2861:6, 2862:13, 2862:16, 2866:9, 2866:12, 2866:13, 2869:14, 2878:1, 2878:3, 2878:18, 2878:19, 2878:21, 2878:22, 2879:1, 2880:8, 2880:9, 2880:12, 2880:16, 2880:17, 2881:25, 2882:6, 2882:11, 2882:12, 2882:19, 2882:20, 2882:25, 2883:4, 2883:5, 2883:16, 2883:20, 2883:24, 2884:4, 2884:6, 2887:15, 2887:19, 2887:24, 2888:16, 2888:18, 2888:24, 2889:3, 2889:9, 2889:11, 2889:23, 2892:7, 2892:9, 2892:10, 2892:12, 2892:18, 2892:24, 2893:7, 2894:9, 2894:10, 2895:2, 2895:6, 2895:23, 2896:13, 2896:19, 2897:14, 2897:23

drilled [1] - 2857:5

driller [1] - 2879:8

driller's [1] - 2863:10

drillers [1] - 2877:24

drilling [24] - 2811:19, 2814:2, 2819:18, 2820:7, 2821:10, 2821:18, 2832:4, 2836:4, 2836:9, 2836:20, 2850:19, 2851:6, 2852:15, 2852:25, 2853:2, 2853:18, 2854:4, 2854:12, 2867:20, 2901:2, 2901:6, 2901:13, 2902:1

DRILLING [1] - 2738:12

DRIVE [2] - 2735:4, 2735:8

DS [2] - 2806:21, 2853:20

dual [6] - 2790:8, 2844:15, 2845:4, 2845:8, 2845:23,

2846:21

due [5] - 2764:20, 2811:11, 2845:16, 2846:11, 2889:3

duly [1] - 2746:4

during [15] - 2742:17, 2745:8, 2753:6, 2753:7, 2771:17, 2790:13, 2793:25, 2798:22, 2827:15, 2866:15, 2867:23, 2872:15, 2881:3, 2881:17, 2895:20

duty [1] - 2825:25

DVS [20] - 2806:22, 2807:17, 2807:23, 2808:4, 2836:7, 2852:9, 2853:22, 2890:2, 2891:12, 2891:13, 2891:23, 2892:2, 2892:8, 2892:15, 2892:22, 2893:6, 2893:16, 2897:15, 2897:24

dynamically [1] - 2765:3

---

**E**

e-mail [4] - 2744:3, 2791:12, 2791:13, 2874:7

Early [1] - 2768:11

early [2] - 2769:9, 2821:13

easier [1] - 2798:14

easiest [1] - 2884:17

EASTERN [1] - 2733:2

Eastern [1] - 2903:7

easy [4] - 2852:11, 2852:17, 2852:19, 2893:2

EB [4] - 2806:1, 2814:25, 2877:20, 2879:5

economically [1] - 2834:2

Ed [1] - 2874:7

edge [3] - 2806:15, 2806:23, 2892:2

EDWARDS [1] - 2734:3

effect [8] - 2777:9, 2808:22, 2821:22, 2822:14, 2834:3, 2883:3, 2883:7, 2897:10

effecting [1] - 2810:9

effective [4] - 2805:16,

2805:18, 2855:1, 2855:10

effort [2] - 2828:6, 2896:4

eight [1] - 2875:10

either [6] - 2758:22, 2773:8, 2798:16, 2864:6, 2871:14, 2883:12

ejection [1] - 2881:24

elastic [4] - 2771:21, 2772:3, 2772:4, 2772:20

elastically [1] - 2772:24

electronic [7] - 2795:2, 2795:5, 2796:2, 2796:11, 2796:22, 2798:8, 2872:5

electronically [1] - 2753:24

electronics [3] - 2814:16, 2841:21, 2886:8

element [13] - 2759:20, 2759:21, 2761:22, 2775:24, 2867:6, 2867:9, 2867:13, 2868:14, 2868:17, 2896:11, 2896:24, 2897:5, 2897:11

elements [4] - 2757:25, 2854:23, 2861:23, 2880:4

ELIZABETH [1] - 2736:23

ELLIS [1] - 2738:6

ELM [1] - 2739:24

ELMO [1] - 2743:16

emergency [2] - 2799:1, 2810:14

employed [1] - 2853:16

enable [2] - 2863:20, 2864:5

end [10] - 2770:20, 2777:24, 2792:8, 2794:3, 2844:19, 2860:20, 2899:21, 2899:23, 2900:1, 2900:7

ended [3] - 2754:21, 2755:1, 2860:21

energized [1] - 2845:17

ENERGY [2] - 2738:14, 2739:21

ENFORCEMENT [1] -

2736:9

engine [2] - 2765:3, 2811:25

engineer [5] - 2805:24, 2811:20, 2837:6, 2848:6, 2895:13

engineering [8] - 2759:21, 2825:3, 2836:25, 2837:11, 2853:6, 2877:19, 2877:23, 2895:15

Engineering [11] - 2778:12, 2779:5, 2779:8, 2779:15, 2779:22, 2780:4, 2813:3, 2814:9, 2815:5, 2815:12, 2873:5

Engineering's [1] - 2778:8

engineers [1] - 2849:3

engines [1] - 2765:6

ensure [3] - 2818:22, 2818:25, 2848:6

entail [1] - 2842:4

entering [2] - 2774:6, 2774:15

entire [2] - 2757:20, 2757:23

entirety [1] - 2800:17

entitled [1] - 2903:10

entity [1] - 2851:4

entries [2] - 2792:7, 2876:7

environment [2] - 2834:4, 2835:2

ENVIRONMENT [1] - 2736:9

environmental [1] - 2810:9

ENVIRONMENTAL [1] - 2736:9

equals [1] - 2770:11

equipment [9] - 2822:5, 2822:9, 2822:13, 2823:18, 2825:2, 2834:3, 2867:8, 2878:8, 2885:11

eroded [2] - 2749:9, 2750:1

erodes [2] - 2756:19, 2756:21

erosion [15] - 2755:11, 2755:13, 2756:7, 2756:8, 2756:11, 2756:13, 2756:18, 2756:23, 2757:3, 2757:7, 2757:11,

2757:12, 2757:15, 2757:22, 2884:9
**erroneously** [1] - 2779:25
**errors** [1] - 2781:3
**ESQ** [55] - 2734:3, 2734:7, 2734:11, 2734:14, 2734:18, 2734:22, 2735:3, 2735:7, 2735:11, 2735:14, 2735:18, 2735:21, 2736:5, 2736:10, 2736:10, 2736:11, 2736:11, 2736:12, 2736:16, 2736:16, 2736:17, 2736:17, 2736:18, 2736:22, 2736:23, 2736:23, 2737:4, 2737:5, 2737:15, 2737:15, 2737:21, 2738:3, 2738:7, 2738:7, 2738:8, 2738:14, 2738:18, 2738:18, 2738:22, 2738:22, 2738:23, 2739:3, 2739:7, 2739:12, 2739:15, 2739:16, 2739:16, 2739:17, 2739:22, 2739:22, 2739:23, 2740:3, 2740:7, 2740:7, 2740:8
**essentially** [1] - 2814:13
**established** [3] - 2758:22, 2822:16, 2850:18
**estimate** [4] - 2857:22, 2858:13, 2882:11, 2882:13
**estimated** [1] - 2879:5
**estimates** [2] - 2758:14, 2758:16
**ET** [2] - 2733:13, 2733:16
**evaluate** [3] - 2838:6, 2838:16, 2838:18
**evaluation** [4] - 2843:2, 2844:10, 2873:5, 2900:21
**evaluations** [2] - 2881:22, 2881:23
**evening** [9] - 2765:21, 2769:8, 2787:13, 2790:17, 2816:15, 2816:17, 2844:8, 2851:22
**event** [7] - 2756:23, 2774:5, 2774:15,

2789:16, 2809:22, 2822:11, 2888:15
**events** [3] - 2809:22, 2810:14, 2864:21
**evidence** [18] - 2748:23, 2751:10, 2751:12, 2764:16, 2766:4, 2766:6, 2767:5, 2767:14, 2794:9, 2849:21, 2849:24, 2849:25, 2871:3, 2871:10, 2899:14, 2899:18, 2899:19
**evident** [1] - 2829:13
**exact** [6] - 2758:1, 2780:13, 2848:12, 2860:3, 2889:4, 2896:17
**exactly** [15] - 2756:21, 2766:4, 2777:23, 2782:13, 2797:16, 2800:19, 2801:2, 2810:2, 2814:19, 2823:13, 2828:14, 2834:9, 2854:21, 2856:6, 2871:13
**examination** [18] - 2742:17, 2743:23, 2744:21, 2745:8, 2745:23, 2746:1, 2747:13, 2752:9, 2753:6, 2753:7, 2758:15, 2759:3, 2769:24, 2782:24, 2800:12, 2818:9, 2822:17, 2861:16
**EXAMINATION** [10] - 2741:5, 2741:6, 2741:7, 2741:8, 2741:9, 2746:11, 2804:8, 2818:10, 2861:13, 2899:6
**EXAMINATIONS** [1] - 2741:2
**examined** [2] - 2746:5, 2883:19
**example** [10] - 2757:22, 2761:13, 2776:23, 2793:1, 2811:25, 2829:1, 2836:6, 2852:9, 2878:5, 2893:22
**exceed** [1] - 2865:21
**exceeded** [1] - 2868:21
**exceeding** [2] - 2775:6, 2775:8
**except** [3] - 2766:4, 2766:6, 2828:14

**excerpt** [1] - 2900:24
**excuse** [1] - 2849:18
**exhibit** [3] - 2753:5, 2817:8, 2902:19
**Exhibit** [4] - 2743:22, 2747:12, 2748:21, 2805:21
**exhibits** [11] - 2742:16, 2742:21, 2742:23, 2742:25, 2744:20, 2745:1, 2745:3, 2745:7, 2745:12, 2745:15, 2902:6
**exist** [1] - 2812:16
**existed** [3] - 2821:11, 2860:23, 2897:25
**existing** [2] - 2852:11, 2852:18
**expansion** [2] - 2781:17, 2882:18
**expect** [4] - 2847:4, 2847:7, 2849:13, 2878:25
**experience** [1] - 2797:2
**experienced** [1] - 2841:21
**Experimental** [1] - 2777:6
**expert** [14] - 2774:4, 2782:12, 2782:18, 2818:18, 2818:21, 2820:6, 2822:17, 2823:17, 2824:23, 2837:6, 2860:8, 2864:9, 2902:7
**expertise** [6] - 2837:23, 2838:6, 2838:11, 2838:15, 2838:19, 2847:9
**experts** [5] - 2780:10, 2796:21, 2823:11, 2881:9, 2883:11
**explain** [2] - 2766:23, 2789:15
**explained** [2] - 2773:9, 2897:9
**explains** [1] - 2771:5
**explanation** [5] - 2761:7, 2766:17, 2766:23, 2771:8, 2771:13
**explicitly** [1] - 2897:20
**explode** [1] - 2883:21
**EXPLORATION** [2] - 2733:15, 2737:19
**exploration** [1] - 2835:4
**exploratory** [2] -

2901:6, 2902:1
**explosion** [10] - 2747:25, 2765:7, 2768:6, 2768:7, 2769:9, 2810:15, 2814:5, 2816:20, 2816:23, 2884:14
**explosions** [5] - 2862:9, 2869:16, 2869:18, 2869:22, 2869:24
**expressing** [1] - 2876:2
**extensive** [1] - 2776:24
**extent** [3] - 2803:1, 2836:6, 2880:15
**extra** [1] - 2770:13
**extremely** [1] - 2773:2

---

## F

**faces** [2] - 2892:11, 2892:25
**fact** [57] - 2749:1, 2758:4, 2766:17, 2767:2, 2767:18, 2767:23, 2768:4, 2771:4, 2771:14, 2772:22, 2775:18, 2775:22, 2776:4, 2776:24, 2777:21, 2778:16, 2780:10, 2780:23, 2782:15, 2784:17, 2784:18, 2785:7, 2786:3, 2788:3, 2789:10, 2790:13, 2792:3, 2793:15, 2795:5, 2796:17, 2796:20, 2798:20, 2800:23, 2805:20, 2807:4, 2807:12, 2816:14, 2817:15, 2818:14, 2825:23, 2825:24, 2830:5, 2830:15, 2832:25, 2835:10, 2835:24, 2839:5, 2840:10, 2840:17, 2847:10, 2856:3, 2856:16, 2859:15, 2863:1, 2869:8, 2873:2, 2895:1
**factor** [1] - 2817:23
**fail** [2] - 2801:17, 2814:16
**failed** [2] - 2812:8, 2818:24
**failure** [2] - 2814:17, 2834:3

**Fair** [1] - 2843:18
**fair** [18] - 2760:2, 2782:11, 2782:18, 2786:8, 2804:22, 2806:25, 2808:5, 2809:24, 2823:3, 2827:14, 2832:3, 2843:2, 2857:6, 2864:21, 2880:14, 2882:1, 2888:15, 2894:8
**fairly** [2] - 2761:6, 2761:7
**falling** [1] - 2889:10
**familiar** [6] - 2771:21, 2810:16, 2831:25, 2863:16, 2868:1, 2868:3
**FANNIN** [1] - 2738:19
**far** [6] - 2764:9, 2768:22, 2772:2, 2839:18, 2866:15, 2892:16
**fashion** [1] - 2779:19
**fat** [1] - 2866:25
**fatigue** [3] - 2807:24, 2853:19, 2853:21
**fault** [1] - 2795:17
**faults** [3] - 2795:22, 2841:20, 2841:22
**FEA** [16] - 2759:19, 2759:24, 2759:25, 2761:22, 2763:5, 2763:10, 2763:12, 2763:14, 2763:17, 2763:19, 2763:21, 2763:24, 2896:15, 2896:19, 2897:2
**feasible** [3] - 2834:2, 2875:4, 2875:12
**feature** [4] - 2806:23, 2844:14, 2844:17, 2850:4
**features** [10] - 2806:21, 2833:13, 2835:9, 2835:17, 2836:3, 2837:8, 2844:20, 2855:21, 2856:11, 2857:7
**February** [11] - 2792:9, 2792:13, 2792:17, 2792:20, 2793:12, 2827:5, 2827:18, 2840:11, 2841:13, 2849:17, 2849:18
**fed** [1] - 2750:5
**federal** [1] - 2819:8
**feed** [1] - 2755:19
**feeding** [1] - 2749:21

**feet** [15] - 2763:1, 2768:5, 2768:13, 2769:5, 2769:6, 2769:10, 2770:9, 2770:10, 2770:11, 2770:13, 2770:19, 2770:21, 2771:2, 2771:6, 2882:20
**few** [11] - 2746:17, 2747:25, 2748:2, 2758:22, 2768:2, 2768:5, 2768:7, 2769:9, 2795:22, 2800:12, 2898:13
**field** [5] - 2770:23, 2797:9, 2841:19, 2876:18
**fifteen** [2] - 2768:12, 2769:10
**Figure** [5] - 2759:16, 2764:6, 2775:22, 2887:18, 2887:21
**figure** [2] - 2770:4, 2785:16
**figured** [1] - 2893:25
**figuring** [1] - 2776:12
**file** [2] - 2744:24, 2832:16
**filled** [1] - 2781:24
**final** [1] - 2810:8
**finally** [4] - 2797:5, 2850:4, 2862:11, 2900:24
**findings** [6] - 2800:5, 2803:19, 2830:19, 2831:15, 2831:17, 2900:14
**fine** [3] - 2746:16, 2795:1, 2809:13
**fingers** [1] - 2756:10
**finish** [3] - 2790:24, 2898:16, 2898:25
**finished** [2] - 2861:2, 2902:4
**finite** [8] - 2759:20, 2759:21, 2761:22, 2775:24, 2896:11, 2896:24, 2897:5, 2897:11
**fire** [9] - 2810:14, 2813:17, 2813:21, 2822:1, 2870:9, 2870:22, 2871:25, 2872:11, 2882:5
**fired** [3] - 2870:8, 2872:22, 2887:6
**FIRM** [2] - 2735:10, 2735:21
**firms** [1] - 2895:16
**first** [27] - 2747:22,

2761:9, 2773:9, 2773:13, 2781:8, 2786:16, 2806:9, 2812:25, 2814:17, 2821:17, 2839:10, 2844:25, 2846:6, 2859:21, 2861:20, 2862:1, 2862:4, 2862:21, 2864:4, 2869:7, 2874:4, 2874:5, 2874:12, 2881:1, 2881:13, 2890:19
**fit** [4] - 2755:17, 2852:20, 2852:22
**five** [1] - 2755:5, 2756:4, 2756:5, 2761:13, 2761:25, 2772:23, 2783:5, 2797:15, 2797:22, 2815:22, 2827:6, 2830:10, 2868:13, 2868:15, 2873:25, 2897:14, 2898:11, 2898:23
**five-a-half** [5] - 2756:5, 2761:13, 2761:25, 2772:23, 2815:22
**five-and-a-half** [5] - 2755:5, 2756:4, 2761:25, 2772:23, 2815:22
**five-and-a-half-inch** [5] - 2755:5, 2756:4, 2868:13, 2868:15, 2897:14
**flash** [1] - 2813:14
**flat** [2] - 2806:16, 2894:13
**flex** [2] - 2760:14, 2760:18
**flexible** [1] - 2770:17
**floor** [1] - 2762:3
**FLOOR** [3] - 2734:22, 2736:6, 2738:23
**flow** [26] - 2756:14, 2756:18, 2771:17, 2773:6, 2773:10, 2774:20, 2774:24, 2775:25, 2776:4, 2776:12, 2776:20, 2777:10, 2779:18, 2781:14, 2781:17, 2781:24, 2782:5, 2782:8, 2860:24, 2869:21, 2880:25, 2883:23, 2884:5, 2889:7
**flowed** [1] - 2869:19
**flows** [1] - 2780:11
**FLOYD** [1] - 2739:22
**fluid** [5] - 2776:20, 2777:9, 2865:20,

2881:25, 2882:20
**fluids** [4] - 2854:3, 2893:23, 2894:4, 2894:10
**focused** [1] - 2783:3
**folded** [1] - 2754:22
**folks** [2] - 2847:7, 2858:15
**follow** [4] - 2802:23, 2826:15, 2826:18, 2874:17
**follow-on** [1] - 2874:17
**follow-up** [2] - 2826:15, 2826:18
**followed** [5] - 2828:18, 2848:7, 2868:1, 2868:5, 2871:19
**following** [1] - 2811:4
**follows** [1] - 2746:6
**foot** [1] - 2878:22
**footage** [1] - 2884:20
**football** [1] - 2770:22
**footnote** [1] - 2813:6
**FOR** [9] - 2734:3, 2736:3, 2737:3, 2737:8, 2737:19, 2738:11, 2739:11, 2739:20, 2740:6
**force** [25] - 2771:17, 2771:18, 2772:10, 2772:12, 2774:25, 2775:4, 2775:6, 2775:8, 2775:14, 2780:15, 2806:24, 2807:6, 2807:25, 2815:9, 2845:15, 2845:18, 2845:23, 2846:16, 2892:19, 2895:6, 2895:22, 2896:5, 2896:15, 2896:18
**forced** [4] - 2860:11, 2889:3, 2889:9, 2889:23
**forces** [16] - 2773:3, 2774:21, 2775:25, 2779:23, 2779:25, 2781:11, 2781:14, 2859:22, 2860:1, 2860:10, 2860:13, 2860:17, 2860:22, 2860:24, 2861:5, 2896:3
**forcing** [1] - 2889:11
**foregoing** [1] - 2903:8
**foremost** [1] - 2895:15
**forensic** [2] - 2895:13, 2895:15

**forgot** [1] - 2814:23
**formula** [3] - 2877:24, 2878:5, 2879:4
**forth** [2] - 2802:22, 2806:2
**forward** [3] - 2830:18, 2875:20, 2876:4
**foundation** [2] - 2871:8, 2901:15
**four** [4] - 2783:19, 2809:18, 2830:10, 2875:10
**frame** [1] - 2801:16
**FRANCISCO** [1] - 2736:6
**FRANKLIN** [1] - 2736:24
**frankly** [1] - 2809:17
**FRAUD** [1] - 2736:21
**free** [2] - 2757:2, 2757:3
**friction** [12] - 2892:13, 2892:17, 2892:20, 2893:17, 2893:20, 2893:21, 2893:23, 2894:1, 2894:11, 2894:16, 2894:20, 2897:10
**Friday** [10] - 2804:16, 2804:19, 2806:17, 2808:14, 2820:25, 2872:24, 2884:17, 2888:2, 2895:12, 2896:24
**friend** [1] - 2805:21
**FRILOT** [1] - 2738:13
**front** [3] - 2799:19, 2799:20, 2873:3
**FRUGE** [1] - 2735:14
**full** [4] - 2837:4, 2838:5, 2838:15, 2838:23
**fully** [2] - 2751:18, 2751:25
**function** [25] - 2790:11, 2790:15, 2790:18, 2791:4, 2792:21, 2796:3, 2796:7, 2797:25, 2798:24, 2798:25, 2799:10, 2800:9, 2810:23, 2812:8, 2818:23, 2849:4, 2864:12, 2869:25, 2870:9, 2870:17, 2872:17, 2884:21, 2885:22, 2886:6, 2887:9
**functionality** [1] - 2814:15

**functioned** [4] - 2752:16, 2799:15, 2880:7, 2887:10
**functioning** [2] - 2796:18, 2864:4
**functions** [2] - 2795:10, 2863:16
**fundamentally** [1] - 2853:17
**FUNDERBURK** [1] - 2740:8

## G

**G-012.1** [1] - 2824:11
**G-012.2** [1] - 2823:15
**GANNAWAY** [1] - 2739:16
**gap** [2] - 2892:2, 2892:5
**Garret** [1] - 2780:14
**Garrett** [2] - 2780:7, 2780:24
**Garrett's** [1] - 2780:20
**gas** [5] - 2781:17, 2819:11, 2819:14, 2869:15, 2882:18
**GATE** [1] - 2736:5
**Gaude** [1] - 2874:7
**GAVIN** [1] - 2739:23
**GENERAL** [3] - 2737:4, 2737:9, 2737:11
**general** [5] - 2782:13, 2803:16, 2835:5, 2860:5, 2867:22
**GENERAL'S** [1] - 2737:3
**generally** [4] - 2750:2, 2818:17, 2886:4, 2899:12
**generated** [1] - 2870:23
**GEOFFREY** [1] - 2739:16
**geometry** [2] - 2769:25
**given** [3] - 2869:6, 2869:8, 2875:7
**Glen** [1] - 2745:9
**glued** [1] - 2755:21
**GmbH** [1] - 2733:13
**goal** [1] - 2770:23
**GODWIN** [5] - 2739:21, 2739:22, 2740:3, 2745:5, 2745:14
**Godwin** [1] - 2745:5
**GOLDEN** [1] - 2736:5

**governed** [1] - 2832:3
**government** [9] - 2743:21, 2822:14, 2832:7, 2832:10, 2832:16, 2832:25, 2833:12, 2851:20, 2876:12
**Government** [4] - 2743:2, 2851:4, 2851:9, 2859:8
**Government's** [1] - 2832:1
**GRAND** [1] - 2738:23
**graph** [1] - 2760:8
**great** [3] - 2761:21, 2777:18, 2835:20
**greater** [3] - 2867:7, 2882:25, 2894:22
**gripped** [1] - 2758:11
**gripping** [1] - 2756:9
**ground** [1] - 2825:16
**Group** [4] - 2804:17, 2804:21, 2805:4, 2805:10
**GROUP** [1] - 2735:7
**group** [1] - 2804:24
**GUERRA** [1] - 2735:3
**guess** [5] - 2808:9, 2811:17, 2830:8, 2842:20, 2867:17
**guidance** [1] - 2879:13
**Guide's** [1] - 2828:17
**Guidry** [6] - 2791:13, 2791:16, 2793:24, 2794:12, 2794:23, 2795:8
**Guidry's** [1] - 2794:13
**Gulf** [3] - 2832:5, 2839:2, 2876:18
**GULF** [1] - 2733:6

# H

**half** [14] - 2749:23, 2751:11, 2755:5, 2756:4, 2756:5, 2761:13, 2761:25, 2772:23, 2815:22, 2868:13, 2868:15, 2879:16, 2879:19, 2897:14
**HALLIBURTON** [1] - 2739:20
**Halliburton** [5] - 2743:14, 2745:6, 2804:6, 2805:4, 2873:2
**Halliburton's** [2] -

2745:12, 2774:4
**hand** [7] - 2749:19, 2750:19, 2771:25, 2772:14, 2785:10, 2793:5, 2863:20
**hand-painted** [1] - 2793:5
**handled** [1] - 2823:6
**hands** [1] - 2756:10
**handwritten** [1] - 2793:11
**HANKEY** [1] - 2736:11
**happy** [1] - 2825:15
**hard** [4] - 2769:21, 2829:21, 2830:7, 2885:18
**hardware** [2] - 2820:25, 2821:3
**Hariklia** [1] - 2818:8
**HARIKLIA** [1] - 2738:7
**HARTLEY** [1] - 2739:22
**HAUSER** [1] - 2736:23
**HAYCRAFT** [1] - 2737:21
**Haye** [2] - 2791:17, 2824:12
**HB406** [1] - 2740:13
**health** [2] - 2834:4, 2835:1
**hear** [1] - 2874:23
**HEARD** [1] - 2733:22
**heard** [9] - 2824:4, 2837:17, 2862:12, 2869:23, 2870:16, 2873:15, 2892:14
**heavily** [1] - 2756:19
**heavy** [1] - 2749:2
**held** [9] - 2760:23, 2868:22, 2882:20, 2892:7, 2892:18, 2892:19, 2892:21, 2893:1, 2897:23
**helical** [1] - 2779:18
**helically** [1] - 2779:23
**help** [2] - 2877:16, 2877:18
**hereby** [1] - 2903:7
**HERMAN** [3] - 2734:7, 2734:7
**high** [6] - 2779:25, 2781:11, 2877:5, 2877:8, 2882:19, 2883:20
**higher** [2] - 2865:14, 2866:3
**highlight** [1] - 2793:9
**highlighted** [4] - 2768:9, 2791:23, 2848:14, 2901:3

**HILL** [1] - 2739:23
**history** [2] - 2830:20, 2832:22
**hits** [1] - 2867:6
**hold** [3] - 2744:14, 2863:21, 2864:5
**holding** [6] - 2750:19, 2867:16, 2893:13, 2895:6, 2895:23, 2896:5
**HOLDINGS** [1] - 2738:11
**hole** [1] - 2858:1
**HOLTHAUS** [1] - 2735:14
**Home** [1] - 2761:14
**Honor** [47] - 2742:10, 2742:13, 2744:10, 2744:15, 2744:17, 2745:17, 2745:22, 2745:24, 2746:10, 2746:17, 2749:13, 2750:10, 2750:16, 2753:22, 2768:16, 2773:14, 2773:16, 2784:24, 2799:17, 2799:22, 2804:2, 2804:5, 2808:21, 2812:14, 2812:21, 2814:12, 2816:12, 2816:18, 2817:1, 2817:14, 2817:24, 2822:15, 2822:22, 2825:11, 2825:15, 2861:1, 2861:11, 2866:20, 2871:8, 2898:3, 2898:6, 2898:19, 2898:23, 2899:4, 2901:21, 2902:11, 2902:21
**HONORABLE** [1] - 2733:22
**HORIZON** [1] - 2733:5
**Horizon** [27] - 2783:23, 2800:14, 2802:9, 2807:5, 2809:16, 2812:5, 2821:12, 2822:23, 2836:16, 2838:3, 2841:25, 2846:7, 2848:3, 2850:9, 2850:10, 2850:25, 2851:21, 2856:4, 2859:17, 2863:10, 2873:14, 2873:18, 2873:25, 2876:25, 2890:16, 2891:17, 2900:11
**Horizon's** [5] - 2821:23, 2824:8,

2835:18, 2842:24, 2856:9
**HOUMA** [1] - 2735:8
**hours** [5] - 2748:15, 2768:5, 2768:7, 2769:9, 2884:14
**HOUSTON** [7] - 2735:19, 2738:19, 2739:8, 2739:17, 2739:18, 2740:4, 2740:9
**huge** [1] - 2761:10
**HUGH** [1] - 2740:7
**HUGHES** [1] - 2739:7
**hundred** [3] - 2830:5, 2831:10, 2831:16
**hurt** [2] - 2754:10, 2761:15
**Hydraulic** [1] - 2778:12
**hydraulic** [3] - 2811:5, 2886:2, 2886:6
**hydraulically** [1] - 2886:5
**hydraulics** [3] - 2774:19, 2776:7, 2779:21
**hydrocarbons** [9] - 2774:5, 2774:15, 2775:25, 2781:24, 2862:5, 2862:8, 2869:6, 2869:9, 2882:17
**HYMEL** [1] - 2739:3

# I

**idea** [7] - 2760:12, 2760:21, 2761:12, 2761:21, 2845:8, 2896:17, 2901:21
**identical** [1] - 2815:23
**identification** [2] - 2828:22, 2828:24
**identified** [8] - 2827:9, 2829:7, 2830:12, 2830:21, 2832:17, 2833:10, 2836:3, 2857:9
**identify** [1] - 2822:7
**II** [33] - 2836:13, 2836:16, 2836:23, 2837:21, 2838:2, 2838:6, 2838:7, 2838:16, 2839:2, 2839:5, 2839:18, 2842:8, 2842:19, 2842:20, 2842:23, 2843:4, 2843:12,

2845:4, 2845:6, 2845:7, 2845:12, 2846:1, 2846:4, 2846:6, 2846:24, 2849:9, 2873:15, 2874:1, 2874:25, 2875:4, 2875:5, 2875:13
**II-type** [1] - 2845:12
**III** [23] - 2833:10, 2836:14, 2838:17, 2839:17, 2840:6, 2840:9, 2840:11, 2840:24, 2841:4, 2841:14, 2841:20, 2842:1, 2842:25, 2843:3, 2844:18, 2844:20, 2845:1, 2846:14, 2846:15, 2846:19, 2873:22, 2875:21
**IL** [1] - 2738:9
**illustrate** [1] - 2771:24
**illustrating** [1] - 2743:18
**illustration** [1] - 2753:9
**image** [2] - 2759:19
**images** [2] - 2751:2, 2755:19
**imagines** [1] - 2787:14
**immediately** [3] - 2829:25, 2830:3, 2831:7
**impact** [4] - 2766:19, 2803:7, 2841:24, 2894:20
**impacted** [2] - 2899:15, 2900:4
**imparting** [1] - 2889:10
**implement** [1] - 2875:5
**implementation** [4] - 2837:4, 2852:4, 2854:25, 2855:9
**implemented** [2] - 2839:5, 2875:12
**implementing** [1] - 2838:2
**implications** [7] - 2837:10, 2837:14, 2837:20, 2838:2, 2838:4, 2841:6, 2852:1
**important** [7] - 2747:13, 2747:16, 2758:15, 2777:15, 2826:14, 2826:25,

2838:10
**importantly** [2] -
2807:25, 2811:1
**IMPREVENTO** [1] -
2734:18
**improve** [1] - 2829:9
**improved** [1] - 2809:6
**IN** [3] - 2733:5,
2733:5, 2733:12
**inadequate** [4] -
2787:5, 2829:2,
2829:5, 2829:8
**INC** [5] - 2733:16,
2737:19, 2738:12,
2738:13, 2739:21
**inch** [8] - 2755:5,
2756:4, 2761:25,
2772:23, 2815:22,
2868:13, 2868:15,
2897:14
**incident** [19] - 2783:6,
2785:14, 2786:16,
2786:18, 2788:9,
2803:3, 2803:6,
2803:7, 2803:20,
2816:15, 2816:16,
2816:19, 2826:23,
2831:20, 2831:21,
2838:25, 2844:8,
2851:20, 2890:24
**include** [2] - 2822:9,
2902:6
**including** [4] - 2794:1,
2820:7, 2857:8,
2858:19
**incomplete** [2] -
2829:22, 2894:1
**increase** [2] - 2864:6,
2865:20
**increasing** [2] -
2864:12, 2867:24
**indeed** [1] - 2813:11
**independent** [1] -
2800:6
**independently** [2] -
2789:21, 2789:22
**indicate** [6] - 2762:25,
2768:4, 2843:7,
2901:12, 2901:18,
2901:24
**indicated** [7] -
2747:17, 2748:20,
2752:9, 2753:14,
2767:25, 2795:8,
2801:9
**indicates** [3] - 2794:3,
2866:2, 2901:20
**indicating** [1] -
2801:12
**indication** [2] -

2814:17, 2841:20
**indications** [4] -
2791:18, 2791:20,
2791:25, 2795:13
**indicators** [1] - 2749:2
**indirectly** [1] -
2880:23
**industry** [15] -
2776:16, 2776:20,
2777:15, 2780:11,
2780:25, 2781:6,
2814:8, 2817:21,
2819:11, 2819:14,
2819:21, 2820:6,
2820:12, 2820:18,
2836:1
**inexplicable** [1] -
2796:12
**Information** [1] -
2847:25
**information** [6] -
2793:15, 2793:18,
2796:21, 2839:8,
2857:7, 2894:1
**informed** [2] -
2791:17, 2856:12
**informs** [1] - 2849:2
**infrequent** [2] -
2845:16, 2846:11
**initial** [3] - 2775:4,
2775:14, 2795:10
**initials** [1] - 2794:6
**initiated** [1] - 2810:14
**input** [5] - 2878:11,
2878:13, 2878:15,
2879:2, 2879:4
**inputs** [1] - 2878:4
**inquire** [1] - 2784:24
**inquired** [1] - 2851:19
**inquiry** [2] - 2743:24,
2842:11
**inscribed** [1] -
2793:11
**Inside** [1] - 2777:5
**inside** [12] - 2753:16,
2753:20, 2755:6,
2756:15, 2759:13,
2761:20, 2762:23,
2766:19, 2769:2,
2864:10, 2878:25,
2882:25
**inspection** [2] -
2801:9, 2801:13
**inspections** [3] -
2832:8, 2832:10,
2832:19
**install** [1] - 2818:24
**installed** [2] -
2843:16, 2843:20
**instance** [1] - 2808:20

**instances** [2] -
2811:22, 2841:19
**instead** [1] - 2763:15,
2779:4, 2788:11
**instructions** [3] -
2843:19, 2847:17,
2848:2
**insufficient** [1] -
2807:6
**intact** [2] - 2771:6,
2771:9
**intended** [2] -
2744:12, 2804:20
**interest** [1] - 2803:8
**interested** [2] -
2803:13, 2851:11
**interesting** [2] -
2809:18, 2813:11
**Interior** [1] - 2858:7
**internal** [2] - 2779:7,
2781:22
**INTERNATIONAL** [1] -
2739:11
**interpretation** [1] -
2796:14
**interpreting** [1] -
2833:16
**interrupt** [1] - 2766:5
**intervention** [2] -
2809:23, 2873:6
**introduced** [3] -
2854:19, 2890:16,
2890:19
**intuitive** [2] - 2761:6,
2761:23
**involved** [7] - 2828:11,
2852:3, 2858:16,
2864:19, 2868:5,
2871:6, 2886:8
**involving** [1] - 2778:6
**Irpino** [1] - 2744:19
**IRPINO** [4] - 2735:21,
2735:21, 2744:17,
2744:19
**issue** [22] - 2745:20,
2767:18, 2767:22,
2803:5, 2814:10,
2821:2, 2821:5,
2824:25, 2825:12,
2825:23, 2827:3,
2827:11, 2830:12,
2831:5, 2846:23,
2856:16, 2857:9,
2876:24, 2881:15,
2888:21, 2892:8,
2892:22
**issued** [10] - 2797:22,
2834:17, 2840:9,
2840:10, 2840:18,
2840:24, 2841:4,

2841:13, 2848:10,
2848:16
**issues** [8] - 2784:22,
2802:6, 2827:10,
2827:20, 2828:2,
2832:17, 2853:20,
2870:4
**item** [2] - 2803:23,
2882:3
**items** [2] - 2803:25,
2829:16
**itself** [3] - 2793:6,
2847:3, 2889:17

# J

**J.C** [1] - 2777:5
**JAMES** [2] - 2734:3,
2737:10
**jammed** [1] - 2752:2
**January** [3] - 2791:14,
2792:8, 2792:10
**JEFFERSON** [2] -
2734:4, 2739:4
**JEFFREY** [1] -
2734:18
**Jerry** [1] - 2804:5
**JERRY** [1] - 2740:3
**JESSICA** [2] -
2736:16, 2736:17
**JIMMY** [1] - 2735:18
**job** [2] - 2814:4,
2849:10
**JOHN** [3] - 2735:14,
2739:7, 2740:8
**joint** [6] - 2756:3,
2756:5, 2756:14,
2760:14, 2760:18,
2866:25
**joints** [5] - 2866:16,
2866:17, 2867:4,
2867:5, 2867:25
**JONES** [7] - 2739:16,
2861:11, 2861:14,
2866:20, 2866:23,
2871:16, 2898:3
**Jones** [1] - 2861:15
**JONES.....................**
[1] - 2741:8
**JR** [2] - 2734:22,
2739:22
**JUDGE** [1] - 2733:23
**Judge** [3] - 2745:5,
2745:7, 2745:14
**judgment** [2] - 2837:1,
2837:11
**July** [5] - 2839:7,
2839:21, 2839:23,
2839:24, 2839:25

**JUSTICE** [4] - 2736:4,
2736:8, 2736:15,
2736:21

# K

**KANNER** [2] -
2737:14, 2737:15
**Karis** [3] - 2818:7,
2818:8, 2825:5
**KARIS** [17] - 2738:7,
2812:14, 2816:12,
2818:8, 2818:11,
2822:22, 2823:3,
2823:4, 2825:15,
2825:18, 2825:21,
2826:2, 2826:3,
2861:1, 2861:3,
2861:8, 2901:15
**KARIS.....................**
[1] - 2741:7
**Kaskida** [1] - 2744:4
**KATZ** [1] - 2734:7
**keep** [1] - 2898:16
**KELLEY** [1] - 2736:23
**Kellingray** [1] - 2744:3
**kept** [2] - 2751:24,
2890:10
**KERRY** [1] - 2738:14
**kill** [3] - 2762:3,
2762:4, 2762:7
**KINCHEN** [2] - 2739:7,
2739:7
**kind** [1] - 2808:7
**kinked** [4] - 2754:17,
2754:22, 2755:4,
2755:6
**KIRKLAND** [1] -
2738:6
**Knight** [2] - 2881:5,
2881:8
**knowledge** [8] -
2745:11, 2826:5,
2844:2, 2847:8,
2851:7, 2851:18,
2893:20, 2901:5
**known** [2] - 2801:23,
2826:21
**KRAUS** [1] - 2737:15
**KULLMAN** [1] -
2734:14

# L

**L.L.C** [1] - 2740:6
**LA** [15] - 2734:5,
2734:8, 2734:16,
2734:23, 2735:8,
2735:12, 2735:15,

2735:22, 2737:12,
2737:16, 2737:23,
2738:15, 2739:5,
2739:13, 2740:14
**LAFAYETTE** [2] -
2734:5, 2739:5
**LAFLEUR** [1] - 2739:3
**LAMAR** [1] - 2740:4
**LANGAN** [1] - 2738:7
**large** [5] - 2764:14,
2768:1, 2771:7,
2812:9, 2815:8
**larger** [3] - 2764:20,
2807:24, 2867:2
**LASALLE** [1] - 2738:8
**laser** [8] - 2749:8,
2749:21, 2750:5,
2751:1, 2755:18,
2755:25, 2760:6
**last** [10] - 2777:19,
2788:10, 2830:10,
2844:2, 2850:4,
2861:4, 2865:24,
2876:21, 2879:1,
2881:14
**lastly** [1] - 2878:24
**late** [1] - 2869:15
**lateral** [1] - 2749:3
**LAW** [3] - 2735:7,
2735:10, 2735:21
**LAWRENCE** [1] -
2736:18
**lawyers** [2] - 2805:3,
2825:9
**leading** [3] - 2780:10,
2864:21, 2901:14
**leak** [3] - 2855:2,
2855:11, 2869:21
**leakage** [1] - 2865:21
**leaks** [3] - 2855:4,
2865:20, 2877:10
**learn** [1] - 2785:17
**learned** [1] - 2777:9
**learning** [2] - 2777:13,
2777:17
**leases** [1] - 2851:5
**LEASING** [1] -
2733:13
**least** [15] - 2777:11,
2799:19, 2823:21,
2828:2, 2831:13,
2834:23, 2839:7,
2840:1, 2841:8,
2843:4, 2844:23,
2857:6, 2860:17,
2869:4, 2880:24
**led** [1] - 2835:24
**left** [10] - 2746:19,
2746:24, 2754:3,
2760:6, 2760:24,

2785:10, 2816:4,
2863:12, 2863:14,
2863:23
**left-hand** [1] - 2785:10
**legal** [2] - 2819:7,
2835:12
**LEGER** [2] - 2734:21,
2734:22
**length** [1] - 2899:9
**less** [2] - 2791:9,
2807:25
**lessening** [1] -
2867:24
**level** [4] - 2762:18,
2832:19, 2846:16,
2866:2
**LEWIS** [5] - 2734:14,
2737:20, 2739:21,
2740:3, 2740:6
**LI** [1] - 2738:23
**life** [6] - 2807:24,
2853:19, 2853:21,
2854:22, 2855:3,
2890:21
**LIFE** [1] - 2734:15
**light** [2] - 2813:14,
2834:18
**lighter** [1] - 2867:15
**likelihood** [1] - 2789:4
**likely** [5] - 2764:13,
2764:20, 2764:22,
2767:25, 2889:2
**limited** [1] - 2821:7
**line** [12] - 2762:4,
2770:22, 2773:14,
2787:13, 2813:4,
2822:16, 2822:20,
2840:21, 2853:10,
2853:11, 2895:19,
2899:12
**lines** [6] - 2767:6,
2838:12, 2855:7,
2875:10, 2875:25,
2886:2
**LISKOW** [1] - 2737:20
**list** [4] - 2744:20,
2744:22, 2777:4,
2902:5
**listed** [1] - 2857:8
**lists** [2] - 2742:16,
2788:8
**literally** [3] - 2749:22,
2766:1, 2890:16
**literature** [4] -
2776:25, 2777:22,
2780:25, 2781:6
**LITIGATION** [1] -
2736:22
**lives** [1] - 2816:11
**living** [2] - 2853:8,

2854:11
**LLC** [1] - 2738:11
**LMPR** [1] - 2796:1
**LMRP** [8] - 2885:1,
2885:3, 2885:5,
2885:8, 2885:10,
2885:14, 2886:1,
2887:12
**load** [2] - 2775:6,
2775:8
**loading** [1] - 2762:18
**loads** [2] - 2761:21,
2762:15
**locally** [1] - 2844:23
**locate** [1] - 2757:16
**located** [1] - 2900:17
**location** [4] - 2757:8,
2764:23, 2768:5,
2860:21
**logic** [2] - 2752:24,
2752:25
**look** [51] - 2753:4,
2767:13, 2775:22,
2778:11, 2778:22,
2779:6, 2782:22,
2784:17, 2786:15,
2792:2, 2792:6,
2792:25, 2794:13,
2794:15, 2797:7,
2801:7, 2802:25,
2806:9, 2809:7,
2816:2, 2821:15,
2821:25, 2823:10,
2825:9, 2826:15,
2826:18, 2826:22,
2827:17, 2828:10,
2829:7, 2834:15,
2834:20, 2834:21,
2835:17, 2836:3,
2838:12, 2840:21,
2841:11, 2842:10,
2847:16, 2847:24,
2852:1, 2852:5,
2852:6, 2853:10,
2855:7, 2855:24,
2859:7, 2859:25,
2887:18
**looked** [16] - 2755:16,
2807:2, 2813:6,
2820:10, 2820:23,
2820:25, 2821:5,
2821:6, 2821:9,
2821:13, 2826:10,
2828:1, 2833:15,
2841:9, 2859:10,
2871:11
**looking** [12] - 2756:1,
2781:16, 2817:8,
2820:17, 2826:20,
2828:4, 2828:8,

2828:24, 2841:8,
2851:24, 2871:20,
2900:1
**looks** [2] - 2749:25,
2787:12
**loop** [1] - 2814:14
**loose** [1] - 2889:17
**Lordy** [1] - 2817:6
**LOS** [1] - 2738:24
**loss** [5] - 2807:24,
2811:4, 2811:5,
2870:10
**lost** [1] - 2765:1
**loud** [1] - 2746:7
**Louisiana** [2] -
2903:6, 2903:7
**LOUISIANA** [5] -
2733:2, 2733:8,
2737:8, 2737:10,
2740:8
**low** [2] - 2762:18,
2872:8, 2882:16
**lower** [16] - 2750:20,
2756:13, 2796:1,
2806:22, 2853:21,
2854:22, 2855:3,
2856:14, 2863:25,
2864:7, 2868:17,
2884:25, 2885:4,
2885:8, 2886:1,
2890:21
**lubrication** [1] -
2893:22
**luck** [1] - 2812:3
**LUIS** [1] - 2738:23
**lunch** [1] - 2898:16,
2898:17, 2902:23
**LUTHER** [1] - 2737:4

# M

**M-I** [1] - 2898:5
**ma'am** [1] - 2845:13
**Macondo** [17] -
2778:9, 2778:13,
2779:9, 2780:3,
2782:16, 2833:1,
2833:13, 2835:19,
2836:5, 2836:10,
2856:1, 2856:5,
2856:9, 2857:1,
2858:4, 2859:17,
2867:20
**MAGAZINE** [1] -
2735:22
**magnitude** [1] -
2860:14
**MAHTOOK** [1] -
2739:3

**mail** [4] - 2744:3,
2791:12, 2791:13,
2874:7
**main** [2] - 2885:14,
2894:19
**MAIN** [1] - 2735:15
**maintain** [7] -
2818:24, 2822:5,
2822:12, 2825:8,
2825:10, 2825:25,
2855:6
**maintained** [4] -
2823:6, 2830:21,
2831:3, 2845:9
**maintaining** [3] -
2819:22, 2823:10,
2823:24
**maintenance** [20] -
2792:17, 2818:13,
2818:15, 2820:8,
2820:22, 2821:22,
2823:21, 2823:22,
2824:19, 2825:1,
2826:5, 2829:13,
2829:14, 2829:22,
2830:20, 2831:2,
2832:14, 2847:1,
2847:2, 2865:4
**major** [1] - 2889:5
**MALINDA** [1] -
2736:18
**manage** [1] - 2763:8
**Management** [3] -
2832:1, 2858:7,
2858:23
**manual** [3] - 2809:22,
2865:4, 2865:9
**manufactured** [1] -
2783:5
**manufacturers** [1] -
2890:6
**March** [3] - 2858:8,
2873:9, 2873:12
**MARCH** [2] - 2733:9,
2742:2
**margin** [1] - 2817:19
**marine** [1] - 2796:2
**mark** [1] - 2760:9
**Mark** [56] - 2833:10,
2836:13, 2836:14,
2836:16, 2836:23,
2837:21, 2838:2,
2838:6, 2838:7,
2838:16, 2838:17,
2839:2, 2839:5,
2839:17, 2839:18,
2840:6, 2840:9,
2840:11, 2840:24,
2841:4, 2841:14,
2841:20, 2842:1,

2842:8, 2842:19, 2842:20, 2842:23, 2842:25, 2843:3, 2843:4, 2843:12, 2844:18, 2844:20, 2845:1, 2845:4, 2845:6, 2845:7, 2845:12, 2846:1, 2846:4, 2846:6, 2846:14, 2846:15, 2846:19, 2846:24, 2849:9, 2873:15, 2873:21, 2874:1, 2874:25, 2875:4, 2875:5, 2875:13, 2875:21

**marked** [4] - 2753:15, 2794:4, 2795:13, 2902:13

**marker** [1] - 2794:6

**market** [4] - 2842:21, 2842:22, 2876:16, 2890:20

**markings** [2] - 2793:5, 2793:8

**marks** [18] - 2749:1, 2749:11, 2751:1, 2751:13, 2755:11, 2755:13, 2756:7, 2756:8, 2756:11, 2756:13, 2757:7, 2757:11, 2757:12, 2757:15, 2757:23

**MASP** [1] - 2857:20

**mass** [1] - 2858:13

**matched** [1] - 2755:10

**material** [2] - 2815:19, 2895:12

**materials** [1] - 2821:16

**math** [2] - 2770:15, 2770:16

**Matt** [2] - 2742:13, 2744:11

**matter** [6] - 2747:18, 2752:25, 2782:16, 2823:17, 2889:4, 2903:10

**matters** [2] - 2742:11, 2803:2

**MATTHEW** [1] - 2738:8

**Maxima** [1] - 2808:8

**maximum** [9] - 2857:17, 2857:20, 2857:22, 2858:11, 2858:24, 2862:23, 2864:25, 2865:25, 2877:1

**Mazda** [1] - 2813:24

**Mazda's** [2] - 2808:10, 2808:11

**MAZE** [1] - 2737:4

**McCLELLAN** [1] - 2736:16

**MCKINNEY** [1] - 2739:18

**McWhorter** [1] - 2824:22

**MDL** [1] - 2805:8

**mean** [14] - 2766:5, 2772:8, 2778:19, 2782:3, 2786:5, 2789:22, 2798:17, 2811:25, 2825:6, 2825:22, 2855:5, 2878:7, 2885:5, 2885:6

**meaning** [2] - 2882:25, 2892:23

**means** [9] - 2767:20, 2770:22, 2782:13, 2810:8, 2811:12, 2814:15, 2834:1, 2834:20, 2855:5

**meant** [3] - 2792:11, 2842:20, 2881:21

**measure** [3] - 2810:14, 2894:21

**MECHANICAL** [1] - 2740:16

**mechanical** [2] - 2759:1, 2886:6

**mechanics** [2] - 2747:19, 2780:11

**mechanisms** [1] - 2789:15

**Melvin** [2] - 2805:9, 2805:21

**Melvyn** [1] - 2900:25

**member** [1] - 2805:4

**mention** [3] - 2778:16, 2788:19, 2797:12

**mentioned** [15] - 2742:23, 2745:3, 2745:15, 2797:8, 2797:18, 2800:12, 2803:10, 2828:5, 2829:1, 2870:7, 2870:11, 2870:25, 2894:3, 2895:9, 2899:14

**MERIT** [1] - 2740:13

**Merit** [2] - 2903:5, 2903:15

**met** [1] - 2882:4

**metal** [4] - 2749:23, 2771:25, 2885:21

**method** [4] - 2759:22, 2780:17, 2785:16,

2893:1

**methodology** [1] - 2780:19

**methods** [3] - 2780:24, 2858:14, 2873:6

**Mexico** [3] - 2832:5, 2839:2, 2876:18

**MEXICO** [1] - 2733:6

**MI** [1] - 2740:6

**MICHAEL** [2] - 2736:5, 2738:22

**MICHELLE** [1] - 2736:16

**Michoud** [19] - 2751:5, 2758:2, 2758:3, 2786:1, 2786:4, 2786:13, 2788:3, 2788:15, 2788:22, 2789:2, 2789:7, 2789:23, 2789:24, 2790:13, 2795:6, 2798:15, 2804:13, 2805:21

**microphone** [1] - 2751:7

**middle** [2] - 2758:19, 2884:4

**might** [14] - 2763:13, 2798:10, 2843:6, 2843:7, 2843:9, 2845:22, 2851:25, 2853:24, 2866:3, 2868:21, 2879:1, 2879:10, 2894:5, 2896:17

**MIKAL** [1] - 2735:3

**Mike** [2] - 2744:10, 2809:10

**mile** [1] - 2772:23

**MILLER** [1] - 2738:14

**mind** [1] - 2767:14

**Mineral** [1] - 2832:1

**Minerals** [2] - 2858:7, 2858:23

**Mini** [1] - 2815:11

**minimum** [3] - 2822:12, 2864:24, 2865:10

**minus** [1] - 2815:2

**minute** [5] - 2754:9, 2754:15, 2768:18, 2802:1, 2861:1

**minutes** [7] - 2747:25, 2748:3, 2758:22, 2768:2, 2812:20, 2898:11, 2898:23

**misspoke** [1] - 2845:25

**miswire** [2] - 2846:25,

2848:24

**miswired** [4] - 2797:10, 2847:11, 2849:7, 2872:20

**miswiring** [4] - 2827:21, 2847:19, 2870:18, 2870:24

**MMS** [17] - 2814:9, 2815:13, 2832:1, 2832:7, 2832:21, 2834:10, 2834:12, 2834:17, 2835:5, 2835:10, 2856:4, 2856:12, 2856:19, 2856:22, 2856:25, 2857:4, 2857:6

**MMS's** [1] - 2858:18

**MOBILE** [1] - 2734:12

**model** [10] - 2749:14, 2749:20, 2760:4, 2761:20, 2761:22, 2761:23, 2762:10, 2762:12, 2876:9, 2897:11

**modeling** [2] - 2759:22, 2761:1

**models** [1] - 2890:1

**module** [2] - 2841:21, 2872:5

**ModuSpec** [8] - 2800:20, 2800:23, 2801:4, 2801:8, 2801:24, 2900:10, 2900:18, 2900:20

**moment** [2] - 2756:1, 2760:22, 2868:24

**MONDAY** [2] - 2733:9, 2742:2

**monitorable** [1] - 2873:22

**monitoring** [11] - 2813:10, 2813:12, 2833:11, 2838:9, 2842:4, 2842:8, 2872:25, 2873:11, 2875:4, 2875:7, 2875:12

**MONTGOMERY** [1] - 2737:6

**monthly** [1] - 2832:11

**months** [8] - 2796:20, 2796:24, 2797:4, 2797:15, 2797:22, 2804:12, 2827:6, 2831:10

**MORGAN** [1] - 2740:6

**MORNING** [1] - 2733:20

**morning** [21] - 2742:8, 2742:10, 2742:13,

2744:17, 2744:18, 2745:5, 2745:17, 2745:22, 2746:13, 2746:17, 2748:8, 2748:12, 2748:18, 2755:17, 2763:1, 2769:9, 2771:9, 2861:15, 2861:17, 2899:9, 2902:14

**most** [6] - 2764:21, 2803:13, 2805:16, 2805:18, 2807:25, 2889:2

**move** [13] - 2749:23, 2751:12, 2761:2, 2761:18, 2765:16, 2799:23, 2823:2, 2825:15, 2825:19, 2826:1, 2826:2, 2830:18, 2892:20

**moved** [1] - 2754:16

**movement** [4] - 2761:1, 2894:9, 2894:10, 2900:7

**moves** [1] - 2768:24

**moving** [2] - 2866:12, 2867:8

**MR** [71] - 2741:5, 2741:6, 2741:8, 2742:13, 2742:25, 2743:8, 2743:13, 2743:21, 2744:1, 2744:3, 2744:6, 2744:10, 2744:15, 2744:17, 2744:19, 2745:5, 2745:14, 2745:17, 2745:22, 2745:24, 2746:7, 2746:10, 2746:12, 2746:17, 2746:22, 2749:13, 2749:15, 2750:10, 2750:15, 2750:16, 2750:18, 2751:8, 2753:22, 2754:2, 2768:16, 2773:16, 2773:22, 2784:24, 2785:2, 2785:3, 2799:17, 2799:22, 2799:25, 2804:2, 2804:5, 2804:9, 2812:18, 2816:18, 2816:25, 2817:4, 2817:14, 2817:24, 2822:15, 2825:10, 2861:11, 2861:14, 2866:20, 2866:23, 2871:8, 2871:16, 2886:12, 2886:18, 2887:2, 2887:5, 2898:3,

2898:13, 2898:18, 2901:14, 2902:11, 2902:18, 2902:21
**MS** [29] - 2741:7, 2741:9, 2773:14, 2812:14, 2816:12, 2818:8, 2818:11, 2822:22, 2823:3, 2823:4, 2825:15, 2825:18, 2825:21, 2826:2, 2826:3, 2861:1, 2861:3, 2861:8, 2898:6, 2898:11, 2898:23, 2899:4, 2899:7, 2901:15, 2901:17, 2901:21, 2901:23, 2902:2, 2902:5
**mud** [1] - 2854:4
**mudline** [1] - 2857:25
**multiple** [1] - 2839:17
**MUNGER** [1] - 2738:21
**must** [4] - 2829:22, 2835:1, 2835:2, 2898:8
**MUX** [1] - 2801:18

## N

**name** [1] - 2861:15
**NATHANIEL** [1] - 2736:12
**NATURAL** [1] - 2736:9
**nature** [2] - 2855:2, 2855:12
**NE** [1] - 2762:24
**near** [1] - 2880:12
**nearly** [2] - 2807:14, 2845:15
**necessarily** [5] - 2805:16, 2846:14, 2846:18, 2852:9, 2892:12
**necessary** [4] - 2815:2, 2865:15, 2865:21, 2869:25
**need** [15] - 2755:14, 2762:13, 2766:22, 2770:17, 2771:10, 2797:19, 2804:3, 2811:12, 2813:21, 2837:9, 2849:3, 2851:25, 2852:22, 2878:10, 2898:9
**needed** [2] - 2814:18, 2858:3
**needing** [1] - 2874:19
**needs** [4] - 2754:25,

2765:3, 2771:6, 2816:8
**Neil** [1] - 2895:9
**never** [10] - 2759:12, 2778:5, 2782:15, 2819:11, 2819:14, 2819:17, 2851:18, 2866:2, 2881:22, 2881:23
**new** [2] - 2802:13, 2816:4
**NEW** [10] - 2733:8, 2734:8, 2734:16, 2734:23, 2735:22, 2737:16, 2737:23, 2738:15, 2739:13, 2740:14
**next** [10] - 2764:14, 2811:1, 2811:8, 2812:22, 2813:4, 2855:14, 2861:25, 2863:7, 2902:14, 2902:18
**night** [3] - 2786:23, 2813:20, 2868:20
**NINTH** [1] - 2735:11
**Nissan** [1] - 2808:7
**Nissans** [1] - 2808:9
**NO** [3] - 2733:8, 2733:12, 2733:14
**none** [3] - 2788:16, 2801:21, 2897:18
**nonexistent** [2] - 2814:13, 2873:11
**NONJURY** [1] - 2733:21
**nonlinear** [1] - 2896:24
**nonstripping** [1] - 2867:17
**NORFOLK** [1] - 2739:8
**normally** [2] - 2770:16, 2885:24
**NORTH** [1] - 2737:11
**northeast** [4] - 2762:4, 2762:23, 2763:10, 2763:17
**northeasterly** [1] - 2768:12
**northerly** [1] - 2763:7
**northwest** [2] - 2763:1, 2763:15
**northwesterly** [1] - 2763:7
**note** [3] - 2794:17, 2818:21, 2845:14
**noted** [5] - 2757:21, 2815:5, 2831:1, 2868:12, 2873:21

**notes** [3] - 2794:2, 2794:12, 2794:16
**nothing** [5] - 2800:18, 2861:8, 2884:1, 2898:3, 2902:2
**notices** [1] - 2834:16
**notified** [5] - 2830:16, 2831:15, 2856:16, 2856:19, 2856:22
**noting** [1] - 2757:21
**November** [2] - 2829:20, 2831:13
**Number** [4] - 2786:18, 2800:3, 2809:20, 2814:11
**number** [15] - 2749:7, 2749:18, 2753:23, 2755:14, 2777:18, 2777:24, 2783:8, 2783:10, 2790:2, 2791:18, 2794:4, 2794:5, 2807:17, 2855:4, 2902:17
**numbered** [1] - 2903:10
**numbers** [4] - 2758:5, 2794:18, 2879:4
**numerical** [2] - 2883:18, 2883:22
**numerous** [5] - 2767:1, 2829:16, 2839:1, 2852:5, 2899:23
**NW** [1] - 2738:4

## O

**o'clock** [1] - 2748:18
**O'Donnell** [2] - 2881:5, 2881:8
**O'KEEFE** [1] - 2734:8
**O'ROURKE** [1] - 2736:10
**oath** [2] - 2746:2, 2746:5
**object** [10] - 2743:2, 2743:8, 2750:11, 2755:20, 2773:14, 2799:17, 2816:12, 2822:15, 2898:18, 2901:15
**objected** [2] - 2743:23, 2744:7
**objection** [16] - 2742:22, 2743:4, 2743:6, 2743:19, 2743:21, 2743:24, 2744:8, 2745:2, 2745:11, 2745:12,

2745:13, 2812:14, 2812:17, 2816:12, 2871:8, 2901:14
**objections** [4] - 2742:20, 2744:23, 2744:25, 2901:16
**obviously** [1] - 2897:22
**occur** [2] - 2747:22, 2870:11
**occurred** [8] - 2764:14, 2764:17, 2787:2, 2788:24, 2799:1, 2895:24, 2899:16
**occurring** [1] - 2831:24
**ocean** [4] - 2762:13, 2768:19, 2784:2, 2805:16
**October** [2] - 2807:8, 2830:6
**Odenwald** [1] - 2824:2
**OEM** [1] - 2843:6
**OF** [14] - 2733:2, 2733:6, 2733:13, 2733:15, 2733:21, 2736:4, 2736:8, 2736:15, 2736:21, 2737:3, 2737:8, 2737:9, 2737:10
**off-center** [9] - 2761:8, 2766:13, 2766:24, 2767:1, 2771:10, 2771:13, 2771:15, 2773:10, 2895:2
**offer** [7] - 2742:18, 2744:24, 2745:11, 2771:13, 2776:11, 2842:7, 2859:4
**offered** [9] - 2742:17, 2850:25, 2862:15, 2862:21, 2868:9, 2875:18, 2881:5, 2890:5, 2891:18
**offering** [8] - 2743:22, 2744:5, 2744:6, 2819:20, 2820:2, 2820:6, 2822:18, 2875:3
**OFFICE** [5] - 2734:4, 2736:18, 2737:3, 2737:8, 2737:12
**OFFICIAL** [1] - 2740:12
**Official** [2] - 2903:6, 2903:15
**offset** [5] - 2766:15, 2860:18, 2884:2, 2884:3, 2892:16

**OFFSHORE** [1] - 2738:12
**often** [2] - 2759:24, 2855:6
**oil** [7] - 2768:20, 2777:14, 2778:6, 2778:7, 2780:11, 2819:11, 2819:14
**OIL** [2] - 2733:5
**oilfield** [1] - 2822:6
**old** [7] - 2768:17, 2801:17, 2816:4, 2842:17, 2842:19, 2845:23, 2874:14
**OLSON** [1] - 2738:21
**omissions** [1] - 2831:23
**ON** [1] - 2733:6
**once** [14] - 2755:4, 2766:18, 2783:21, 2787:19, 2788:14, 2794:17, 2796:25, 2808:16, 2815:12, 2830:12, 2858:20, 2864:5, 2879:20, 2890:22
**ONE** [2] - 2737:21, 2739:17
**one** [95] - 2743:1, 2747:17, 2750:1, 2754:18, 2755:14, 2758:25, 2761:2, 2761:17, 2763:25, 2766:15, 2776:24, 2779:7, 2780:10, 2783:1, 2783:3, 2783:12, 2783:13, 2784:2, 2788:10, 2788:11, 2788:12, 2788:17, 2788:23, 2788:24, 2790:4, 2790:10, 2790:14, 2790:16, 2790:17, 2793:8, 2793:15, 2797:21, 2800:22, 2801:1, 2805:9, 2805:13, 2806:16, 2806:22, 2807:10, 2808:16, 2809:18, 2810:4, 2812:4, 2812:6, 2812:23, 2816:5, 2817:18, 2821:9, 2827:16, 2828:3, 2829:16, 2829:17, 2830:19, 2831:10, 2831:16, 2834:22, 2836:24, 2837:15, 2839:12, 2839:19, 2839:20, 2842:6, 2843:15,

2843:20, 2844:20, 2844:24, 2845:11, 2845:18, 2849:6, 2850:21, 2853:19, 2856:19, 2856:20, 2861:1, 2861:4, 2861:22, 2862:23, 2865:5, 2866:10, 2867:5, 2867:16, 2874:20, 2874:24, 2875:22, 2877:7, 2880:24, 2885:7, 2885:12, 2887:23, 2889:5, 2895:15, 2902:11

**one-year** [1] - 2783:13

**ones** [2] - 2826:25, 2828:14

**open** [5] - 2803:5, 2803:23, 2803:25, 2814:14, 2863:14

**open-loop** [1] - 2814:14

**operate** [4] - 2748:5, 2814:14, 2814:18, 2863:15

**operated** [1] - 2864:3

**operating** [1] - 2877:25

**operation** [16] - 2783:1, 2783:12, 2784:6, 2784:9, 2835:19, 2850:19, 2851:11, 2855:1, 2855:11, 2865:4, 2865:8, 2867:24, 2868:6, 2883:4, 2883:5, 2883:9

**operations** [20] - 2777:15, 2819:18, 2820:7, 2832:4, 2833:1, 2835:4, 2836:4, 2836:9, 2836:20, 2851:6, 2852:15, 2853:1, 2853:2, 2854:12, 2864:10, 2872:16, 2901:3, 2901:13

**operator** [5] - 2817:15, 2839:6, 2878:5, 2878:10, 2879:8

**operators** [2] - 2820:11, 2877:24

**opine** [2] - 2822:20, 2837:9

**opined** [4] - 2836:13, 2842:3, 2846:4, 2880:7

**opines** [2] - 2774:5, 2860:23

**opining** [2] - 2775:14, 2822:22

**opinion** [43] - 2747:7, 2819:2, 2822:18, 2822:23, 2822:24, 2824:25, 2826:4, 2841:4, 2850:13, 2851:13, 2852:7, 2854:17, 2859:14, 2860:5, 2861:20, 2861:25, 2862:13, 2862:21, 2865:24, 2869:13, 2869:22, 2869:24, 2870:3, 2870:17, 2871:24, 2872:1, 2872:21, 2875:2, 2875:3, 2875:7, 2875:9, 2875:11, 2875:14, 2875:18, 2876:2, 2880:17, 2881:23, 2887:15, 2888:23, 2889:2, 2890:22, 2893:6, 2899:15

**opinions** [24] - 2747:16, 2818:13, 2818:15, 2819:20, 2820:2, 2820:3, 2820:21, 2821:10, 2829:17, 2833:4, 2833:6, 2833:21, 2834:23, 2835:8, 2836:13, 2837:25, 2839:13, 2847:21, 2850:5, 2851:8, 2859:4, 2875:6, 2881:5, 2881:12

**opportunity** [1] - 2804:13

**opposed** [1] - 2894:21

**opposite** [5] - 2761:3, 2761:18, 2763:6, 2763:8, 2764:1

**option** [5] - 2843:5, 2843:6, 2843:8, 2843:9

**options** [1] - 2759:1

**order** [6] - 2754:5, 2771:7, 2828:1, 2839:19, 2858:12, 2902:14

**ORDER** [1] - 2742:4

**ordered** [1] - 2877:6

**orders** [2] - 2822:14, 2829:22

**orient** [1] - 2884:24

**oriented** [1] - 2762:3

**original** [1] - 2755:22

**originally** [1] - 2753:16

**ORLEANS** [10] - 2733:8, 2734:8, 2734:16, 2734:23, 2735:22, 2737:16, 2737:23, 2738:15, 2739:13, 2740:14

**outer** [1] - 2749:2

**outfit** [1] - 2871:18

**outs** [1] - 2865:8

**outside** [13] - 2744:7, 2751:14, 2751:21, 2752:1, 2753:2, 2755:9, 2776:16, 2820:18, 2834:20, 2882:12, 2883:1, 2888:25

**overall** [1] - 2810:18

**overcome** [3] - 2845:15, 2846:10, 2892:20

**overrule** [1] - 2743:19

**oversight** [1] - 2823:21

**overview** [1] - 2776:24

**own** [9] - 2781:4, 2800:4, 2839:18, 2839:20, 2848:17, 2858:20, 2881:15, 2882:2, 2890:8

**owned** [3] - 2825:7, 2825:20, 2825:24

**owner** [1] - 2825:25

# P

**P-E-T-U** [1] - 2794:25

**p.m** [2] - 2748:2, 2899:1

**P.O** [1] - 2736:12

**pack** [1] - 2762:8

**package** [1] - 2796:2

**packer** [3] - 2863:3, 2865:16, 2865:20

**packers** [4] - 2855:3, 2880:1, 2883:8, 2884:10

**packs** [2] - 2842:17, 2874:14

**page** [27] - 2759:8, 2779:1, 2779:4, 2806:9, 2806:13, 2806:19, 2807:21, 2810:5, 2812:22, 2812:25, 2813:2, 2814:7, 2815:14, 2853:10, 2855:7, 2873:3, 2873:4, 2873:21, 2875:10, 2875:24, 2876:24,

2881:1, 2887:22, 2893:19, 2895:18

**PAGE** [1] - 2741:2

**pages** [2] - 2794:17, 2881:2

**painful** [2] - 2797:2, 2797:4

**paint** [2] - 2793:12, 2794:6

**painted** [2] - 2758:4, 2793:5

**PALMINTIER** [1] - 2735:14

**PAN** [1] - 2734:15

**panel** [3] - 2863:10, 2863:13, 2864:9

**paper** [5] - 2780:20, 2780:22, 2809:15, 2809:16, 2894:13

**papers** [1] - 2776:22

**paragraph** [4] - 2811:2, 2811:8, 2874:5, 2881:13

**parameter** [1] - 2868:16

**part** [22] - 2750:3, 2750:17, 2752:3, 2753:14, 2755:10, 2755:22, 2756:19, 2756:23, 2758:10, 2762:20, 2804:24, 2827:12, 2833:20, 2835:13, 2865:24, 2866:25, 2871:20, 2879:20, 2884:21, 2889:16, 2891:16, 2896:22

**partial** [1] - 2888:13

**partially** [2] - 2750:21, 2887:17

**participated** [1] - 2789:24

**particular** [21] - 2763:19, 2771:3, 2771:11, 2790:1, 2790:14, 2803:8, 2818:18, 2824:9, 2826:16, 2827:21, 2832:7, 2858:22, 2863:19, 2868:17, 2871:22, 2879:9, 2879:10, 2882:3, 2888:9, 2891:21, 2896:9

**particularly** [1] - 2876:19

**parties** [3] - 2744:22, 2745:10, 2804:21

**partly** [6] - 2751:3, 2751:14, 2753:2

**parts** [2] - 2751:4, 2755:9

**pass** [4] - 2804:2, 2817:24, 2855:2, 2855:11

**passage** [2] - 2901:18, 2901:24

**past** [2] - 2775:3, 2865:20

**patent** [3] - 2858:19, 2891:9

**patterns** [2] - 2757:11, 2757:15

**Paul** [6] - 2745:17, 2884:19, 2886:9, 2886:15, 2886:24, 2887:22

**PAUL** [1] - 2734:14

**pause** [2] - 2764:24, 2884:19

**paused** [2] - 2886:17, 2887:4

**peer** [1] - 2800:7

**peer-reviewed** [1] - 2800:7

**PENNSYLVANIA** [1] - 2738:4

**people** [7] - 2744:12, 2753:25, 2812:2, 2815:6, 2837:22, 2864:13, 2864:17

**Pepper** [3] - 2903:4, 2903:13, 2903:14

**PEPPER** [1] - 2740:12

**per** [6] - 2774:8, 2781:15, 2782:5, 2782:9, 2843:19, 2878:22

**percent** [17] - 2807:17, 2807:18, 2807:20, 2811:19, 2811:22, 2811:23, 2812:1, 2812:2, 2812:6, 2812:11, 2815:1, 2815:7, 2830:5, 2831:10, 2831:16

**perfectly** [2] - 2746:16, 2817:2

**perform** [2] - 2800:4, 2849:4

**performance** [1] - 2797:9

**performed** [11] - 2743:14, 2795:9, 2823:20, 2829:15, 2846:21, 2849:6, 2849:13, 2849:21, 2849:25, 2896:12, 2897:7

**perhaps** [1] - 2884:17

**period** [6] - 2757:10, 2783:13, 2875:20, 2876:4, 2876:19
**permit** [1] - 2856:8
**permits** [1] - 2857:16
**person** [2] - 2805:2, 2864:4
**personally** [1] - 2859:2
**personnel** [7] - 2809:23, 2823:6, 2823:20, 2828:9, 2831:15, 2871:15
**perspective** [1] - 2881:8
**PETITION** [1] - 2733:13
**petroleum** [4] - 2776:20, 2777:15, 2780:11, 2780:25
**PETU** [11] - 2794:24, 2795:1, 2795:9, 2796:6, 2796:8, 2798:9, 2798:10, 2798:11, 2798:16, 2798:17, 2799:2
**PETU's** [4] - 2795:7, 2796:18, 2796:24, 2797:5
**PHILLIP** [1] - 2739:12
**philosophy** [1] - 2810:19
**photograph** [1] - 2793:2
**photographs** [2] - 2793:2, 2863:18
**physical** [8] - 2746:18, 2748:23, 2751:9, 2751:10, 2751:12, 2759:1, 2764:19, 2794:9
**physically** [2] - 2763:11, 2900:17
**physics** [6] - 2769:24, 2781:9, 2851:11, 2851:17, 2851:18
**pick** [1] - 2746:23
**picture** [5] - 2749:5, 2749:16, 2749:17, 2768:17, 2816:3
**piece** [30] - 2750:20, 2753:23, 2754:9, 2754:10, 2754:11, 2754:15, 2754:19, 2754:25, 2755:5, 2755:16, 2755:18, 2756:2, 2757:1, 2757:2, 2757:16, 2758:11, 2764:7, 2766:18, 2771:5,

2771:24, 2815:10, 2867:7, 2878:7, 2885:21, 2888:6, 2892:10, 2897:14, 2899:25
**pieces** [13] - 2753:9, 2753:15, 2753:20, 2754:4, 2754:11, 2754:20, 2755:12, 2755:14, 2755:21, 2758:4, 2867:2, 2888:12, 2900:3
**PIGMAN** [1] - 2739:11
**pilot** [2] - 2863:24, 2863:25
**pin** [3] - 2885:22, 2886:21, 2887:10
**pinch** [1] - 2883:16
**pipe** [245] - 2746:25, 2747:4, 2747:7, 2747:9, 2748:23, 2749:2, 2749:9, 2750:20, 2751:1, 2751:13, 2751:17, 2751:18, 2751:20, 2752:3, 2752:5, 2752:3, 2752:15, 2752:19, 2753:1, 2753:10, 2754:4, 2754:10, 2754:11, 2754:25, 2755:5, 2755:12, 2755:15, 2755:16, 2755:22, 2756:4, 2756:5, 2756:9, 2756:14, 2756:19, 2756:24, 2757:2, 2757:8, 2757:13, 2757:21, 2757:24, 2758:4, 2758:11, 2759:4, 2759:9, 2759:13, 2760:5, 2760:21, 2760:23, 2760:25, 2761:2, 2761:3, 2761:8, 2761:14, 2761:15, 2761:17, 2761:24, 2761:25, 2762:6, 2762:23, 2763:16, 2763:22, 2763:23, 2763:25, 2764:7, 2764:19, 2764:21, 2765:13, 2765:15, 2765:16, 2765:19, 2765:23, 2766:1, 2766:8, 2766:12, 2766:13, 2766:15, 2766:18, 2766:21, 2766:23, 2767:1, 2767:3, 2767:7, 2767:19,

2767:22, 2767:25, 2768:21, 2769:1, 2769:15, 2769:16, 2770:17, 2771:1, 2771:5, 2771:10, 2771:13, 2771:15, 2771:18, 2772:10, 2772:23, 2772:24, 2773:1, 2773:2, 2773:6, 2773:9, 2773:11, 2776:1, 2776:5, 2776:13, 2776:21, 2778:6, 2778:7, 2779:18, 2779:23, 2780:17, 2794:5, 2807:13, 2807:18, 2808:17, 2808:23, 2808:25, 2809:3, 2812:9, 2815:10, 2815:16, 2815:22, 2815:24, 2816:4, 2816:15, 2817:9, 2852:23, 2852:24, 2852:25, 2853:3, 2859:13, 2859:14, 2859:18, 2859:22, 2860:1, 2860:7, 2860:11, 2860:17, 2860:20, 2861:6, 2862:13, 2862:16, 2863:4, 2865:11, 2865:16, 2866:9, 2866:12, 2866:13, 2866:16, 2867:3, 2867:16, 2868:13, 2868:15, 2869:14, 2872:22, 2878:1, 2878:3, 2878:18, 2878:19, 2878:21, 2878:22, 2879:1, 2879:10, 2880:8, 2880:10, 2880:12, 2880:16, 2880:18, 2881:25, 2882:7, 2882:8, 2882:12, 2882:14, 2882:19, 2882:20, 2882:25, 2883:4, 2883:5, 2883:16, 2883:20, 2883:21, 2883:24, 2884:2, 2884:4, 2884:6, 2887:15, 2887:19, 2887:24, 2888:3, 2888:6, 2888:10, 2888:12, 2888:16, 2888:18, 2888:24, 2889:3, 2889:9, 2889:11, 2889:17, 2889:18, 2889:23, 2892:7, 2892:10,

2892:13, 2892:15, 2892:18, 2892:24, 2893:1, 2893:7, 2894:10, 2894:11, 2895:2, 2895:6, 2895:23, 2896:5, 2896:14, 2896:16, 2896:18, 2896:20, 2896:21, 2897:12, 2897:14, 2897:23, 2899:11, 2899:21, 2899:25, 2900:1, 2900:3, 2900:6
**pipes** [4] - 2777:14, 2817:16, 2877:13, 2877:18
**pivot** [3] - 2760:23, 2761:16, 2761:18
**place** [17] - 2754:22, 2757:5, 2757:8, 2760:23, 2765:4, 2774:12, 2788:17, 2802:16, 2826:16, 2829:25, 2836:5, 2836:10, 2836:17, 2851:21, 2857:3
**placed** [5] - 2783:14, 2783:15, 2783:16, 2783:19, 2784:4
**places** [2] - 2757:23, 2857:23
**PLAINTIFFS** [1] - 2734:3
**plan** [2] - 2842:17, 2874:14
**plausible** [2] - 2766:13, 2766:16
**play** [1] - 2747:24
**played** [2] - 2886:11, 2887:1
**PLC** [1] - 2737:20
**plunger** [2] - 2885:22, 2886:2
**plus** [1] - 2815:2
**PO** [1] - 2839:19
**pod** [27] - 2783:14, 2783:16, 2783:17, 2784:5, 2784:10, 2791:3, 2791:7, 2791:8, 2792:10, 2792:11, 2792:14, 2792:17, 2795:8, 2796:1, 2798:12, 2843:16, 2843:21, 2843:24, 2870:8, 2870:16, 2870:22, 2871:23, 2871:25, 2872:4, 2872:5, 2872:13, 2872:21
**Pod** [2] - 2784:18,

2786:11
**pods** [8] - 2783:24, 2784:2, 2792:21, 2799:13, 2801:18, 2870:5, 2870:9, 2870:14
**point** [20] - 2748:14, 2752:16, 2757:5, 2761:16, 2761:18, 2761:22, 2765:20, 2766:1, 2766:3, 2774:11, 2799:20, 2805:9, 2809:11, 2827:11, 2869:20, 2886:10, 2886:16, 2886:25, 2887:3, 2899:21
**pointer** [1] - 2760:6
**points** [2] - 2758:9, 2790:6
**polarity** [1] - 2790:4
**policies** [1] - 2849:22
**policy** [1] - 2850:1
**pollution** [2] - 2816:20, 2816:23
**pop** [1] - 2886:2
**portable** [6] - 2795:2, 2795:5, 2796:2, 2796:11, 2796:22, 2798:7
**portion** [8] - 2751:20, 2751:21, 2860:17, 2874:5, 2888:24, 2892:24, 2901:1, 2901:3
**position** [7] - 2749:9, 2754:5, 2766:12, 2809:15, 2809:16, 2887:19, 2887:24
**positioned** [1] - 2765:3
**positions** [2] - 2752:24, 2755:10
**possibilities** [1] - 2862:23
**possibility** [3] - 2765:19, 2815:2, 2889:22
**possible** [18] - 2763:11, 2766:8, 2767:3, 2767:4, 2767:7, 2767:10, 2785:9, 2827:9, 2845:16, 2846:11, 2855:9, 2855:13, 2860:19, 2862:15, 2868:15, 2895:25, 2896:3, 2900:20
**possibly** [3] - 2771:6, 2771:9, 2891:10

**POST** [3] - 2734:4, 2736:18, 2737:12
**post** [1] - 2901:9
**potential** [1] - 2867:18
**potentially** [2] - 2868:21, 2881:20
**pound** [1] - 2878:21
**power** [5] - 2765:1, 2765:3, 2787:6, 2811:5, 2872:17
**POYDRAS** [4] - 2734:15, 2737:22, 2738:15, 2740:13
**practical** [12] - 2835:3, 2835:14, 2835:18, 2835:23, 2835:25, 2837:9, 2837:14, 2837:16, 2837:20, 2837:22, 2838:1, 2838:4
**practically** [2] - 2786:6, 2867:15
**practice** [9] - 2743:15, 2819:21, 2819:25, 2820:1, 2829:22, 2830:3, 2830:9, 2830:14, 2831:6
**practices** [4] - 2820:3, 2820:6, 2822:6, 2849:22
**precise** [1] - 2896:17
**precisely** [1] - 2896:3
**precursor** [1] - 2832:2
**predecessor** [1] - 2809:8
**predicting** [1] - 2759:22
**preliminary** [1] - 2742:11
**prepared** [1] - 2780:7
**preparing** [1] - 2865:5
**press** [6] - 2749:1, 2749:10, 2751:1, 2751:13, 2772:4, 2864:6
**pressing** [2] - 2772:14, 2772:17
**pressure** [52] - 2747:4, 2774:21, 2811:5, 2811:14, 2815:9, 2855:22, 2856:12, 2856:14, 2857:17, 2857:21, 2857:22, 2858:12, 2858:24, 2862:23, 2863:2, 2863:5, 2863:24, 2864:1, 2864:7, 2864:8, 2864:13, 2864:20, 2865:9, 2865:10,

2865:15, 2865:20, 2865:25, 2866:1, 2867:7, 2867:16, 2867:25, 2868:17, 2868:20, 2868:21, 2877:5, 2877:8, 2877:25, 2878:9, 2878:24, 2878:25, 2879:5, 2882:6, 2882:7, 2882:11, 2882:16, 2882:19, 2882:25, 2883:1, 2883:16, 2883:20, 2889:10
**pressures** [1] - 2865:14
**pretty** [8] - 2764:16, 2769:5, 2769:6, 2782:21, 2808:24, 2809:18, 2884:1, 2899:19
**prevent** [2] - 2869:15, 2892:24
**prevented** [1] - 2881:24
**preventer** [6] - 2759:13, 2823:25, 2841:25, 2862:1, 2867:5, 2869:7
**prevention** [2] - 2822:1, 2822:13
**previous** [2] - 2754:5, 2779:4
**previously** [5] - 2746:4, 2874:12, 2888:3, 2888:18, 2895:17
**primarily** [4] - 2826:7, 2826:13, 2826:20, 2851:11
**primary** [2] - 2759:11, 2846:23
**principle** [1] - 2895:17
**principles** [1] - 2781:8
**printed** [3] - 2750:6, 2759:19, 2759:20
**printer** [4] - 2749:22, 2750:6, 2755:19
**printing** [1] - 2749:22
**problem** [8] - 2744:13, 2778:5, 2796:5, 2811:24, 2831:18, 2831:23, 2844:24, 2870:18
**problems** [9] - 2781:1, 2797:9, 2797:18, 2826:5, 2826:25, 2828:25, 2870:4, 2877:11, 2890:20
**procedure** [1] -

2883:19
**procedures** [13] - 2847:12, 2848:7, 2848:17, 2848:19, 2848:23, 2849:14, 2857:2, 2859:2, 2867:12, 2867:23, 2868:1, 2868:4, 2871:18
**proceed** [2] - 2804:6, 2861:11
**proceeding** [4] - 2886:10, 2886:16, 2886:25, 2887:3
**proceedings** [1] - 2903:10
**PROCEEDINGS** [3] - 2733:21, 2740:16, 2742:1
**process** [8] - 2755:18, 2758:1, 2803:19, 2866:12, 2866:15, 2886:21, 2896:25, 2897:8
**PRODUCED** [1] - 2740:17
**PRODUCTION** [3] - 2733:15, 2737:19, 2737:20
**production** [2] - 2777:10, 2835:4
**professional** [1] - 2848:20
**professionals** [1] - 2847:5
**proper** [1] - 2796:14
**properly** [6] - 2818:23, 2845:9, 2847:9, 2849:9, 2849:10, 2870:24
**property** [1] - 2835:2
**proportionately** [1] - 2772:25
**proposition** [1] - 2761:6
**protect** [1] - 2835:1
**provide** [5] - 2742:18, 2774:25, 2810:19, 2848:1, 2890:8
**provided** [2] - 2828:9, 2847:12
**provides** [7] - 2790:8, 2845:8, 2845:11, 2846:7, 2846:10, 2848:23, 2877:24
**PSC** [4] - 2744:19, 2744:20, 2745:18, 2855:10
**psi** [19] - 2816:5, 2817:18, 2864:24,

2864:25, 2865:11, 2865:15, 2865:21, 2866:1, 2868:14, 2868:18, 2877:2, 2877:7, 2877:10, 2877:13, 2878:1, 2882:6, 2882:24, 2882:25
**published** [3] - 2780:18, 2780:20, 2780:22
**pull** [26] - 2747:12, 2748:20, 2749:6, 2758:8, 2759:7, 2759:15, 2765:16, 2781:20, 2786:20, 2791:24, 2818:20, 2823:15, 2829:11, 2833:19, 2839:9, 2846:10, 2849:1, 2858:2, 2866:17, 2873:3, 2875:9, 2875:24, 2884:18, 2887:21, 2895:18, 2899:24
**pulled** [2] - 2877:17, 2896:20
**pulling** [3] - 2769:15, 2845:15, 2845:18
**pulls** [3] - 2766:2, 2867:6, 2867:8
**punctured** [2] - 2883:24, 2884:6
**purchase** [1] - 2839:19
**pure** [2] - 2752:23, 2752:25
**purely** [1] - 2886:6
**purpose** [8] - 2763:13, 2813:10, 2848:1, 2852:20, 2852:22, 2863:6, 2894:19
**purposes** [2] - 2786:7, 2828:22
**push** [7] - 2771:18, 2776:1, 2776:5, 2863:20, 2864:5, 2896:16
**pushed** [1] - 2773:10
**pushing** [3] - 2762:22, 2772:10
**put** [30] - 2743:16, 2750:24, 2753:24, 2758:15, 2762:20, 2765:12, 2765:14, 2765:23, 2766:11, 2769:16, 2777:3, 2779:2, 2779:14, 2784:14, 2784:20, 2791:11, 2794:16,

2797:17, 2798:13, 2800:16, 2806:6, 2826:16, 2843:16, 2843:21, 2877:19, 2878:18, 2878:21, 2878:24, 2893:3, 2897:14
**puts** [3] - 2765:19, 2769:1, 2806:1
**putting** [5] - 2769:15, 2774:13, 2774:14, 2784:8, 2796:19
**Pythagorean** [1] - 2770:3

## Q

**qualified** [2] - 2837:19, 2838:1
**QUESTION** [1] - 2767:7
**questioned** [1] - 2874:6
**questioning** [3] - 2773:15, 2822:16, 2899:12
**questions** [11] - 2774:13, 2840:8, 2841:17, 2859:12, 2859:20, 2872:24, 2898:6, 2899:8, 2899:10, 2900:10, 2900:12
**Quirk** [1] - 2745:20
**quite** [6] - 2755:20, 2777:24, 2785:19, 2786:3, 2786:7, 2860:18
**quotation** [1] - 2891:17
**quote** [3] - 2857:3, 2874:20, 2874:24

## R

**RACHEL** [2] - 2736:11, 2738:18
**ram** [70] - 2747:1, 2748:6, 2748:24, 2749:3, 2749:9, 2749:20, 2750:21, 2751:24, 2754:12, 2757:22, 2762:7, 2764:8, 2764:9, 2801:9, 2805:15, 2805:17, 2806:22, 2807:9, 2807:14, 2807:15, 2807:19, 2807:23, 2808:21,

2808:22, 2808:24,
2809:2, 2809:3,
2809:4, 2850:11,
2850:14, 2850:24,
2851:14, 2852:11,
2852:18, 2853:18,
2853:21, 2853:22,
2854:2, 2855:5,
2855:21, 2855:22,
2856:20, 2856:23,
2857:8, 2857:13,
2857:14, 2870:3,
2872:2, 2878:8,
2879:17, 2885:19,
2886:5, 2888:10,
2888:19, 2890:1,
2890:9, 2892:11,
2892:14, 2892:24,
2894:17, 2897:11,
2899:20, 2899:22,
2899:23, 2900:2,
2900:8

**ramifications** [4] -
2837:1, 2837:14,
2837:20, 2852:1

**rams** [100] - 2747:3,
2747:5, 2747:8,
2747:14, 2747:19,
2749:10, 2752:10,
2752:16, 2752:20,
2753:1, 2753:19,
2754:6, 2757:12,
2757:17, 2758:18,
2758:19, 2758:21,
2779:17, 2780:16,
2806:2, 2806:10,
2806:15, 2806:20,
2806:22, 2811:16,
2833:11, 2836:7,
2836:8, 2836:9,
2850:6, 2851:5,
2852:10, 2852:23,
2853:20, 2854:13,
2872:22, 2876:8,
2876:9, 2876:10,
2877:1, 2877:8,
2878:13, 2878:15,
2879:23, 2879:24,
2880:4, 2880:9,
2880:21, 2881:6,
2882:24, 2883:9,
2883:25, 2884:6,
2884:13, 2886:3,
2887:6, 2887:14,
2888:23, 2890:2,
2890:3, 2890:5,
2890:11, 2890:19,
2890:22, 2891:2,
2891:13, 2891:23,
2892:3, 2892:5,
2892:9, 2892:22,

2892:23, 2893:6,
2893:7, 2893:9,
2893:11, 2893:14,
2893:16, 2894:17,
2894:22, 2894:23,
2895:3, 2896:12,
2896:13, 2897:3,
2897:15, 2897:25,
2898:1, 2901:2,
2901:6, 2901:8,
2901:12

**ran** [1] - 2795:19

**random** [1] - 2768:25

**range** [1] - 2758:16

**rate** [2] - 2781:14,
2782:8

**rated** [3] - 2865:15,
2868:17, 2868:21

**rates** [1] - 2781:17

**rather** [2] - 2779:1,
2820:17

**rating** [2] - 2856:14,
2868:14

**ratings** [3] - 2855:22,
2856:12, 2857:9

**RE** [2] - 2733:5,
2733:12

**reached** [1] - 2866:2

**reaching** [3] - 2823:9,
2829:17, 2834:23

**read** [15] - 2773:24,
2774:10, 2784:21,
2791:16, 2803:21,
2809:10, 2812:25,
2829:21, 2830:7,
2839:14, 2839:15,
2848:15, 2901:1,
2901:3

**ready** [1] - 2745:23

**real** [2] - 2750:3,
2751:4

**really** [13] - 2758:25,
2760:14, 2768:16,
2769:5, 2808:25,
2811:2, 2811:21,
2815:21, 2818:18,
2821:14, 2857:3,
2889:4, 2894:13

**REALTIME** [1] -
2740:12

**Realtime** [2] - 2903:4,
2903:14

**reask** [1] - 2817:2

**reason** [12] - 2759:11,
2768:9, 2773:9,
2787:4, 2787:23,
2790:17, 2844:25,
2854:15, 2866:7,
2868:15, 2870:7,
2889:4

**reasonable** [2] -
2782:9, 2832:12

**reasons** [3] - 2759:4,
2862:15, 2891:20

**rebuilding** [2] -
2848:2, 2848:7

**rebuttal** [8] - 2759:16,
2759:17, 2767:15,
2797:8, 2881:4,
2893:19, 2894:3,
2902:7

**recalling** [1] - 2798:14

**receive** [1] - 2858:20

**received** [1] - 2744:23

**Recent** [1] - 2777:6

**recently** [5] - 2783:5,
2783:7, 2802:15,
2841:19, 2901:7

**recess** [6] - 2818:2,
2818:4, 2898:24,
2899:1, 2902:9,
2902:23

**rechargeable** [12] -
2836:23, 2838:9,
2842:5, 2842:7,
2842:12, 2842:17,
2843:11, 2843:13,
2872:25, 2873:22,
2874:13, 2874:19

**recognize** [12] -
2749:8, 2749:11,
2749:25, 2756:2,
2759:17, 2764:3,
2791:13, 2824:2,
2830:7, 2855:25,
2863:9, 2899:25

**recognized** [1] -
2835:21

**recollection** [1] -
2823:14

**recommendation** [5] -
2782:25, 2783:20,
2829:21, 2844:6,
2844:12

**recommended** [2] -
2743:15, 2843:14

**recommending** [1] -
2852:23

**reconstruct** [1] -
2757:20

**reconstructed** [1] -
2757:23

**reconstruction** [1] -
2755:8

**record** [10] - 2743:10,
2744:12, 2744:24,
2801:3, 2807:16,
2808:3, 2833:24,
2902:12, 2902:16,
2903:9

**RECORDED** [1] -
2740:16

**recording** [3] -
2829:2, 2829:4,
2829:7

**recordkeeping** [1] -
2802:6

**records** [8] - 2783:10,
2792:4, 2830:20,
2831:2, 2832:14,
2871:13, 2871:21

**recovered** [2] -
2887:20, 2887:25

**recovery** [1] - 2872:16

**REDDEN** [1] - 2739:15

**REDIRECT** [2] -
2741:9, 2899:6

**redirect** [3] - 2744:6,
2898:7, 2898:21

**redirects** [1] - 2898:18

**reduce** [1] - 2806:23

**redundancy** [5] -
2790:8, 2845:9,
2845:10, 2845:11,
2846:7

**refer** [1] - 2774:11

**reference** [7] -
2768:10, 2807:2,
2807:6, 2813:12,
2821:15, 2841:18,
2899:10

**referenced** [2] -
2830:19, 2834:12

**references** [2] -
2794:12, 2894:6

**referencing** [2] -
2829:12, 2834:8

**referred** [2] - 2797:21,
2896:23

**referring** [5] -
2810:22, 2812:9,
2812:15, 2863:1,
2876:7

**refers** [1] - 2799:19

**reflect** [1] - 2761:11

**reflected** [1] - 2792:3

**refresh** [1] - 2823:14

**refurbished** [1] -
2871:1

**refurbishment** [2] -
2871:4, 2871:6

**REGAN** [9] - 2738:8,
2742:13, 2742:25,
2743:8, 2743:13,
2743:21, 2744:1,
2744:3, 2744:6

**Regan** [1] - 2742:13

**regarding** [22] -
2818:15, 2819:8,
2821:10, 2823:12,

2824:25, 2826:4,
2833:4, 2833:6,
2833:17, 2833:21,
2836:13, 2840:8,
2840:24, 2842:12,
2843:3, 2850:20,
2859:4, 2859:8,
2859:12, 2860:22,
2875:19, 2899:11

**regardless** [1] -
2868:4

**region** [1] - 2760:16

**REGISTERED** [1] -
2740:13

**Registered** [1] -
2903:4

**registered** [1] -
2903:15

**regular** [1] - 2756:3

**regulate** [1] - 2864:25

**regulated** [3] - 2863:5,
2863:24, 2866:4

**regulating** [1] -
2864:20

**regulation** [3] -
2833:16, 2834:12

**regulations** [5] -
2819:9, 2822:14,
2834:22, 2835:5,
2835:10

**regulator** [4] - 2863:6,
2863:24, 2863:25,
2864:13

**regulatory** [2] -
2832:3, 2851:3

**RELATES** [1] -
2733:11

**relates** [5] - 2817:8,
2818:15, 2819:21,
2820:12, 2901:2

**relating** [3] - 2820:7,
2834:17, 2876:3

**relation** [1] - 2776:14

**relative** [7] - 2750:3,
2845:21, 2846:13,
2846:14, 2846:18,
2894:16, 2894:21

**relatively** [3] -
2762:15, 2762:18,
2852:11

**release** [1] - 2772:5

**released** [1] - 2887:13

**relevance** [4] -
2812:16, 2816:13,
2816:16, 2828:2

**relevant** [1] - 2821:14

**reliability** [2] -
2810:18, 2810:19

**reliance** [6] - 2776:25,
2777:4, 2791:12,

2793:22, 2812:24, 2821:16
**relied** [5] - 2826:7, 2826:12, 2828:21, 2829:17, 2897:2
**rely** [1] - 2828:23
**remaining** [1] - 2752:1
**remarkable** [1] - 2772:22
**remarks** [1] - 2803:16
**remember** [10] - 2743:17, 2770:17, 2777:23, 2781:19, 2790:2, 2812:23, 2862:17, 2891:8, 2899:12, 2900:11
**remind** [1] - 2743:11
**reminded** [1] - 2868:11
**RENAISSANCE** [1] - 2739:23
**render** [1] - 2833:6
**rendered** [4] - 2818:14, 2819:2, 2851:8, 2851:13
**rendering** [10] - 2819:7, 2820:21, 2821:9, 2833:20, 2835:8, 2837:24, 2839:13, 2847:21, 2852:7, 2854:17
**repaired** [1] - 2827:5
**repairs** [2] - 2827:17, 2846:21
**repeat** [2] - 2784:7, 2844:19
**repeatedly** [2] - 2816:14, 2900:4
**replace** [1] - 2791:24
**replaced** [6] - 2791:9, 2795:16, 2795:23, 2827:19, 2843:20, 2868:13
**replacement** [4] - 2832:22, 2844:11, 2852:18, 2852:19
**replacing** [4] - 2792:9, 2838:6, 2838:16, 2843:15
**report** [96] - 2748:20, 2748:22, 2759:7, 2759:16, 2759:17, 2762:25, 2763:4, 2763:5, 2763:18, 2763:21, 2763:24, 2766:17, 2767:16, 2767:19, 2767:23, 2767:24, 2768:4, 2769:10, 2769:18, 2771:5, 2771:8,

2773:24, 2775:23, 2776:8, 2778:2, 2778:8, 2778:16, 2778:17, 2778:23, 2779:1, 2779:7, 2779:8, 2780:3, 2780:23, 2781:21, 2781:22, 2782:8, 2783:4, 2783:8, 2784:21, 2785:5, 2785:7, 2785:24, 2790:23, 2792:8, 2796:9, 2796:14, 2797:8, 2797:9, 2797:12, 2797:13, 2797:18, 2797:21, 2798:4, 2798:6, 2798:22, 2800:17, 2800:20, 2801:1, 2801:21, 2802:18, 2802:21, 2803:1, 2803:21, 2803:23, 2807:2, 2813:5, 2814:9, 2815:5, 2818:21, 2818:22, 2822:23, 2824:23, 2830:24, 2831:2, 2840:15, 2840:18, 2845:14, 2865:6, 2873:19, 2873:21, 2875:22, 2876:7, 2881:4, 2884:9, 2889:25, 2890:6, 2893:19, 2894:3, 2894:5, 2894:6, 2896:9, 2897:18, 2902:7
**Report** [1] - 2813:3
**reported** [5] - 2768:11, 2794:23, 2799:14, 2830:14, 2831:9
**REPORTER** [2] - 2740:12, 2740:12, 2740:13
**Reporter** [7] - 2903:4, 2903:5, 2903:6, 2903:14, 2903:15, 2903:15
**REPORTER'S** [1] - 2903:1
**reporting** [1] - 2791:17
**reports** [7] - 2766:20, 2776:14, 2792:3, 2792:9, 2793:19, 2793:24
**represent** [5] - 2778:25, 2839:10, 2848:15, 2856:7, 2861:16

**representatives** [1] - 2858:18
**representing** [1] - 2750:5
**reproduction** [1] - 2750:11
**request** [2] - 2830:13, 2830:15
**requested** [2] - 2829:24, 2830:2
**requesting** [1] - 2832:21
**require** [3] - 2815:17, 2817:9, 2838:19
**required** [5] - 2806:23, 2815:10, 2822:7, 2849:23, 2865:11
**requirements** [1] - 2853:15
**requires** [2] - 2807:25, 2822:1
**requiring** [2] - 2809:22, 2850:1
**reserve** [1] - 2799:20
**resist** [1] - 2896:18
**RESOURCES** [1] - 2736:9
**respect** [21] - 2742:15, 2742:25, 2744:4, 2818:13, 2819:20, 2820:2, 2820:21, 2821:2, 2823:6, 2828:17, 2834:23, 2844:21, 2846:24, 2850:4, 2850:6, 2855:21, 2860:6, 2860:20, 2870:16, 2871:23, 2876:24
**respects** [1] - 2755:25
**respond** [1] - 2744:9
**responded** [2] - 2823:25, 2859:25
**response** [5] - 2802:18, 2803:19, 2809:21, 2842:15, 2859:20
**responsibilities** [1] - 2823:10
**responsibility** [18] - 2818:15, 2818:22, 2819:5, 2819:8, 2819:22, 2820:22, 2821:2, 2821:5, 2821:10, 2822:24, 2822:25, 2823:1, 2825:10, 2825:19, 2825:22, 2837:5, 2848:5
**responsible** [3] - 2823:24, 2824:7,

2824:19
**rest** [1] - 2803:12
**restricted** [1] - 2756:14
**result** [8] - 2751:17, 2757:3, 2764:14, 2768:1, 2776:5, 2787:1, 2787:7, 2790:10
**resulted** [1] - 2862:8
**results** [4] - 2796:12, 2797:1, 2800:1, 2820:25
**resume** [1] - 2742:11, 2745:23
**retained** [2] - 2851:4, 2860:8
**retrofit** [1] - 2843:1
**retrofitted** [1] - 2843:11
**reverse** [4] - 2790:4, 2798:23, 2799:14, 2844:24
**reversed** [1] - 2846:22
**Review** [1] - 2777:5
**review** [16] - 2777:22, 2780:20, 2823:5, 2824:4, 2824:5, 2824:9, 2824:15, 2828:14, 2828:15, 2828:17, 2828:20, 2848:6, 2858:15, 2868:11, 2871:10, 2874:22
**reviewed** [18] - 2779:12, 2780:4, 2785:4, 2785:5, 2800:7, 2800:13, 2820:23, 2823:16, 2826:8, 2828:13, 2833:20, 2833:23, 2841:12, 2847:21, 2853:12, 2860:6, 2865:5, 2884:21
**revision** [1] - 2767:16
**Revision** [1] - 2809:16
**rewired** [1] - 2849:17
**RICHARD** [1] - 2739:3
**rig** [60] - 2748:15, 2755:2, 2757:6, 2759:10, 2759:12, 2760:21, 2762:19, 2762:22, 2762:25, 2763:6, 2763:15, 2764:14, 2764:17, 2764:20, 2764:23, 2764:25, 2765:9, 2765:12, 2766:23, 2768:1, 2768:4, 2768:11, 2768:20,

2768:21, 2768:24, 2768:25, 2769:10, 2769:17, 2770:13, 2771:7, 2771:10, 2799:13, 2801:5, 2802:13, 2809:23, 2814:2, 2826:7, 2832:8, 2832:13, 2836:19, 2840:3, 2857:24, 2862:9, 2864:4, 2864:10, 2864:14, 2864:16, 2869:10, 2871:15, 2882:8, 2882:15, 2882:18, 2888:7, 2888:16, 2889:3, 2889:5, 2896:20, 2900:6, 2900:7, 2902:14
**RIG** [1] - 2733:5
**right-hand** [1] - 2863:20
**rigidity** [1] - 2761:13
**rigs** [4] - 2839:1, 2839:6, 2839:17, 2843:10
**rise** [4] - 2742:7, 2818:3, 2818:5, 2899:2
**riser** [14] - 2753:10, 2754:17, 2754:22, 2755:1, 2755:6, 2781:23, 2796:2, 2862:6, 2862:8, 2869:10, 2869:15, 2882:17, 2888:16
**RMR** [2] - 2740:12, 2903:14
**RMS** [2] - 2802:13, 2802:16
**Rob** [13] - 2805:12, 2806:13, 2807:21, 2808:12, 2810:5, 2811:1, 2811:8, 2812:19, 2813:2, 2814:7, 2814:22, 2815:14, 2816:2
**ROBERT** [2] - 2734:11, 2738:3
**ROBERTS** [2] - 2738:18, 2739:17
**Robinson** [1] - 2895:9
**Robinson's** [1] - 2895:18
**rocket** [2] - 2811:20, 2811:25
**Rodriguez** [1] - 2828:11
**ROOM** [2] - 2736:6, 2740:13

**RORY** [2] - 2741:4, 2746:3
**ROUGE** [2] - 2735:15, 2737:12
**roughly** [1] - 2760:16
**routines** [1] - 2829:14
**ROV** [5] - 2884:17, 2884:20, 2886:13, 2886:19, 2886:20
**ROY** [2] - 2734:3, 2734:3
**rubber** [4] - 2867:9, 2867:10, 2880:1, 2880:4
**rule** [3] - 2788:6, 2889:22, 2898:19
**ruler** [6] - 2771:25, 2772:5, 2772:11, 2772:13, 2772:14, 2772:24
**rules** [1] - 2822:14
**ruling** [1] - 2744:13
**run** [4] - 2787:7, 2787:25, 2886:2, 2886:9
**running** [1] - 2787:7
**rupture** [1] - 2883:21
**ruptured** [1] - 2899:11
**RUSNAK** [1] - 2735:17

## S

**S-135** [1] - 2878:18
**s/Cathy** [1] - 2903:13
**S135** [1] - 2815:23
**safe** [1] - 2801:17
**safer** [5] - 2838:7, 2838:8, 2838:17, 2854:18, 2875:19
**safest** [18] - 2833:4, 2833:7, 2833:17, 2833:22, 2833:25, 2834:1, 2834:13, 2834:18, 2834:24, 2835:3, 2835:14, 2841:5, 2842:4, 2844:15, 2850:5, 2851:14, 2851:25, 2852:8
**safety** [13] - 2817:19, 2817:23, 2834:3, 2835:1, 2838:10, 2840:8, 2840:11, 2840:15, 2840:18, 2840:24, 2841:6, 2841:12, 2841:24
**sale** [2] - 2835:22, 2891:11
**SAN** [2] - 2735:5,

2736:6
**sanitary** [1] - 2854:3
**sank** [8] - 2748:15, 2754:17, 2755:2, 2757:6, 2762:25, 2764:17, 2888:7, 2888:16
**sat** [2] - 2762:10, 2762:12
**satisfactory** [1] - 2831:3
**satisfied** [2] - 2830:20, 2870:1
**save** [1] - 2816:11
**saw** [14] - 2751:4, 2773:13, 2784:12, 2789:22, 2794:4, 2794:10, 2801:11, 2801:16, 2801:19, 2829:2, 2857:4, 2886:14, 2886:19, 2887:11
**SBR** [16] - 2806:21, 2850:11, 2850:24, 2851:5, 2853:22, 2891:23, 2892:5, 2892:9, 2892:23, 2893:7, 2893:11, 2894:17, 2894:23, 2896:13, 2897:3, 2897:7
**SBR's** [5] - 2876:10, 2876:13, 2876:15, 2878:14, 2891:2
**SBRs** [2] - 2806:11, 2811:9
**scale** [1] - 2749:23
**scales** [1] - 2751:11
**scan** [4] - 2749:21, 2750:5, 2751:1, 2755:19
**scans** [2] - 2749:8, 2749:21, 2755:25
**scatter** [1] - 2815:9
**scenario** [12] - 2781:22, 2786:17, 2787:1, 2787:2, 2787:3, 2787:12, 2787:22, 2788:6, 2788:8, 2788:16, 2788:19, 2788:23
**Scenario** [2] - 2782:2, 2782:4
**scenarios** [1] - 2788:17
**schedule** [1] - 2832:12
**schematic** [5] - 2855:25, 2856:1, 2856:3, 2856:8,

2863:9
**school** [1] - 2768:17
**scientist** [2] - 2811:20, 2895:13
**SCOFIELD** [2] - 2740:7, 2896:12
**scope** [1] - 2744:8
**SCOTT** [1] - 2736:10
**screen** [4] - 2756:1, 2762:17, 2779:2, 2794:17
**screwed** [2] - 2802:10, 2867:3
**sculpture** [1] - 2749:17
**sea** [3] - 2762:3, 2765:9, 2768:20
**seal** [21] - 2751:25, 2752:20, 2810:9, 2862:12, 2862:15, 2865:11, 2868:9, 2869:3, 2869:8, 2869:14, 2879:21, 2879:22, 2879:24, 2880:5, 2880:22, 2881:6, 2888:21, 2888:23, 2890:21, 2892:25, 2897:24
**sealed** [6] - 2747:9, 2809:4, 2869:11, 2880:10, 2880:18, 2882:8
**sealing** [8] - 2854:23, 2866:8, 2867:6, 2881:24, 2890:20, 2896:13, 2897:8, 2897:22
**seam** [1] - 2755:21
**searched** [1] - 2829:3
**seated** [3] - 2742:9, 2818:6, 2899:3
**second** [16] - 2743:21, 2748:5, 2764:24, 2781:12, 2783:9, 2787:12, 2791:23, 2796:9, 2810:5, 2813:2, 2866:21, 2873:4, 2884:19, 2886:13, 2886:15, 2892:17
**secondary** [1] - 2873:6
**secondly** [1] - 2742:25
**SECREST** [1] - 2739:15
**Section** [2] - 2881:4, 2881:13
**section** [6] - 2755:6, 2757:13, 2772:24, 2810:25, 2867:2,

2888:3
**SECTION** [2] - 2736:9, 2736:21
**see** [99] - 2750:24, 2751:1, 2753:25, 2756:23, 2764:16, 2767:6, 2768:8, 2768:10, 2768:14, 2769:4, 2772:1, 2774:2, 2775:7, 2775:9, 2775:11, 2775:16, 2775:17, 2775:24, 2777:7, 2778:14, 2779:10, 2780:5, 2780:7, 2781:2, 2781:22, 2782:1, 2783:1, 2784:17, 2786:16, 2786:18, 2786:21, 2787:16, 2791:25, 2792:2, 2792:9, 2792:10, 2792:13, 2792:14, 2792:18, 2792:20, 2793:9, 2793:13, 2793:24, 2794:7, 2794:19, 2794:24, 2795:10, 2795:14, 2795:17, 2795:19, 2795:23, 2795:25, 2796:4, 2797:19, 2801:8, 2801:12, 2803:18, 2804:13, 2805:20, 2806:14, 2807:8, 2809:17, 2810:6, 2815:21, 2815:25, 2823:14, 2828:11, 2828:24, 2829:20, 2830:5, 2832:16, 2832:20, 2832:21, 2848:14, 2849:21, 2849:25, 2857:23, 2863:12, 2863:19, 2863:21, 2863:23, 2864:1, 2865:8, 2865:12, 2865:17, 2874:15, 2874:20, 2874:23, 2878:25, 2879:10, 2880:2, 2885:3, 2885:18, 2885:19, 2886:14, 2888:9, 2894:19, 2899:19
**seeing** [6] - 2753:7, 2756:8, 2794:14, 2807:20, 2812:23, 2884:24
**self** [1] - 2893:14
**self-centering** [1] - 2893:14

2888:3
**SECTION** [2] - 2736:9, 2736:21
**selling** [1] - 2875:21
**SEM** [12] - 2783:15, 2783:16, 2783:17, 2783:19, 2783:22, 2784:5, 2784:9, 2784:10, 2784:17, 2841:21, 2843:22, 2843:23
**SEMs** [3] - 2787:7, 2787:24, 2843:24
**senior** [1] - 2824:12
**sense** [1] - 2796:21
**sensors** [1] - 2814:16
**sent** [6] - 2744:22, 2767:15, 2872:4, 2872:6, 2872:7, 2884:17
**sentence** [8] - 2768:9, 2774:8, 2775:3, 2775:11, 2791:23, 2802:10, 2810:4, 2874:12
**Sentra** [1] - 2808:7
**separate** [2] - 2747:16, 2789:17
**separated** [4] - 2766:21, 2767:8, 2767:19, 2767:22
**separation** [5] - 2888:12, 2888:17, 2888:20, 2899:20, 2900:3
**September** [7] - 2797:22, 2802:12, 2826:19, 2827:10, 2827:24, 2831:6, 2848:10
**sequence** [2] - 2757:20, 2757:24
**series** [1] - 2743:15
**Service** [1] - 2858:8
**serviced** [1] - 2871:22
**SERVICES** [1] - 2739:21
**Services** [4] - 2778:12, 2832:1, 2858:24, 2873:5
**SESSION** [1] - 2733:20
**sets** [1] - 2756:10
**seven** [1] - 2804:12
**several** [6] - 2773:5, 2794:1, 2833:6, 2841:19, 2859:12, 2890:23
**severely** [1] - 2796:15
**shall** [2] - 2822:5, 2822:12
**shape** [2] - 2894:18, 2900:4

**shaped** [2] - 2806:15, 2806:23
**shapes** [1] - 2749:3
**SHARON** [1] - 2736:17
**SHAW** [1] - 2734:21
**Shear** [1] - 2815:11
**shear** [116] - 2747:1, 2747:3, 2747:4, 2747:5, 2747:8, 2747:14, 2747:19, 2748:6, 2748:24, 2749:3, 2749:9, 2749:20, 2751:24, 2752:10, 2752:16, 2752:20, 2753:1, 2753:19, 2754:6, 2754:12, 2757:17, 2757:21, 2757:22, 2758:21, 2762:7, 2764:8, 2764:9, 2805:14, 2805:17, 2806:20, 2806:22, 2806:23, 2807:14, 2807:18, 2807:19, 2807:23, 2807:25, 2808:21, 2808:22, 2808:24, 2809:2, 2809:3, 2809:4, 2811:10, 2811:16, 2816:4, 2816:5, 2816:15, 2817:18, 2833:10, 2850:6, 2850:11, 2850:14, 2850:24, 2851:5, 2851:14, 2856:19, 2856:20, 2857:13, 2857:14, 2859:18, 2870:3, 2872:2, 2872:22, 2876:8, 2876:9, 2877:1, 2877:8, 2877:13, 2878:1, 2878:3, 2878:13, 2878:15, 2879:6, 2879:9, 2879:16, 2879:20, 2879:23, 2879:24, 2880:4, 2880:5, 2880:9, 2880:21, 2880:22, 2881:6, 2882:24, 2883:8, 2883:24, 2884:6, 2884:12, 2886:3, 2886:5, 2887:6, 2887:14, 2887:15, 2888:10, 2888:17, 2888:19, 2888:23, 2890:1, 2890:5, 2890:9, 2892:2, 2893:14, 2895:3, 2897:13, 2897:15,

2897:21, 2897:24, 2898:1, 2899:20, 2899:22, 2900:2, 2900:8
**sheared** [5] - 2750:21, 2816:22, 2872:22, 2880:9, 2880:17
**shearing** [24] - 2748:24, 2806:2, 2806:10, 2807:6, 2807:9, 2807:24, 2814:25, 2815:2, 2815:5, 2815:17, 2816:14, 2857:11, 2859:5, 2859:13, 2876:10, 2876:22, 2879:1, 2879:16, 2896:13, 2896:25, 2897:3, 2897:7
**shears** [2] - 2811:10, 2828:15
**sheet** [1] - 2802:25
**sheets** [1] - 2802:2
**shelf** [2] - 2783:18, 2784:10
**SHELL** [1] - 2737:21
**shift** [2] - 2790:16, 2870:24
**shiny** [1] - 2885:21
**show** [5] - 2748:14, 2761:23, 2771:1, 2801:3, 2871:21
**showed** [4] - 2873:2, 2874:4, 2887:23, 2900:14
**showing** [1] - 2749:8
**shown** [4] - 2753:5, 2777:4, 2866:24, 2874:6
**shows** [13] - 2748:11, 2751:12, 2763:5, 2763:10, 2763:15, 2763:22, 2763:24, 2770:9, 2801:3, 2821:21, 2858:6, 2858:11
**shut** [1] - 2765:6
**SHUTLER** [1] - 2736:17
**shutting** [1] - 2810:9
**sic** [1] - 2839:21
**side** [40] - 2753:2, 2754:3, 2761:3, 2762:3, 2762:7, 2762:23, 2762:24, 2763:9, 2764:1, 2771:18, 2773:3, 2773:11, 2776:2, 2776:6, 2785:10, 2785:12, 2863:9,

2863:12, 2863:14, 2863:15, 2863:20, 2863:23, 2872:3, 2878:8, 2883:8, 2884:9, 2888:24, 2889:9, 2889:23, 2892:3, 2892:7, 2892:10, 2892:16, 2892:18, 2892:21, 2895:6, 2896:18, 2896:20, 2897:23
**sides** [2] - 2754:1, 2870:11
**signal** [9] - 2870:13, 2870:21, 2870:22, 2870:23, 2871:24, 2872:4, 2872:5, 2872:7, 2872:10
**signals** [1] - 2796:19
**signatures** [1] - 2821:21
**significant** [1] - 2834:3
**similar** [4] - 2778:22, 2892:5, 2892:6, 2897:16
**similarly** [3] - 2757:11, 2757:20, 2824:2
**simple** [3] - 2761:7, 2761:12, 2890:10
**simplest** [1] - 2761:9
**simplicity** [1] - 2810:20
**simply** [5] - 2758:15, 2773:17, 2798:14, 2894:16, 2896:1
**simultaneously** [1] - 2845:17
**SINCLAIR** [1] - 2737:5
**single** [17] - 2796:3, 2796:7, 2845:1, 2845:7, 2845:22, 2850:19
**singling** [1] - 2818:17
**sit** [2] - 2783:18, 2851:19
**site** [1] - 2763:2
**sitting** [5] - 2784:1, 2784:2, 2784:10, 2838:13, 2895:21
**situation** [6] - 2812:13, 2812:15, 2813:22, 2829:9, 2860:3, 2884:2
**situations** [2] - 2836:7, 2901:25
**six** [1] - 2787:13
**size** [3] - 2865:16, 2868:12, 2892:12
**skipping** [1] - 2775:3

**slide** [2] - 2797:17, 2798:13
**SLIDELL** [1] - 2735:12
**slightly** [1] - 2783:7
**slip** [1] - 2760:1
**small** [3] - 2756:15, 2762:15, 2786:5
**smaller** [1] - 2892:6
**soft** [1] - 2773:2
**sold** [5] - 2873:18, 2874:1, 2901:5, 2901:7, 2901:25
**Solenoid** [15] - 2790:1, 2790:6, 2791:6, 2791:8, 2793:2, 2794:2, 2795:6, 2796:11, 2798:23, 2827:18, 2827:20, 2849:15, 2870:19, 2870:25, 2872:21
**solenoid** [67] - 2790:1, 2790:10, 2790:11, 2790:15, 2790:16, 2790:18, 2791:3, 2793:5, 2793:15, 2793:18, 2794:3, 2794:4, 2794:19, 2797:10, 2798:23, 2799:2, 2799:15, 2800:9, 2800:11, 2803:9, 2812:9, 2826:25, 2827:2, 2827:5, 2827:10, 2827:12, 2827:15, 2827:16, 2827:19, 2828:3, 2828:22, 2828:24, 2832:18, 2844:15, 2844:21, 2844:23, 2845:1, 2845:7, 2845:8, 2845:12, 2845:19, 2845:22, 2845:23, 2846:2, 2846:15, 2846:19, 2846:21, 2846:25, 2847:3, 2847:9, 2847:11, 2847:19, 2848:1, 2848:2, 2848:8, 2848:19, 2849:7, 2849:17, 2849:23, 2870:23, 2870:24, 2871:1, 2871:7, 2871:22, 2872:9, 2872:11
**solenoids** [15] - 2789:25, 2791:21, 2791:25, 2792:9, 2792:14, 2792:18, 2793:20, 2793:25,

2794:1, 2795:13, 2795:16, 2795:23, 2796:3, 2798:1, 2847:8
**someone** [6] - 2776:16, 2804:21, 2816:8, 2846:25, 2852:3, 2874:8
**sometime** [2] - 2758:11, 2789:5
**sometimes** [1] - 2857:23
**somewhere** [1] - 2894:2
**soon** [1] - 2764:25
**sophisticated** [1] - 2813:13
**sorry** [25] - 2749:6, 2763:23, 2766:11, 2772:8, 2774:2, 2778:18, 2784:7, 2785:4, 2789:6, 2790:24, 2791:11, 2793:1, 2802:10, 2817:11, 2820:15, 2824:17, 2828:23, 2830:25, 2834:21, 2839:24, 2843:23, 2849:17, 2852:16, 2856:5, 2857:14
**sort** [4] - 2756:1, 2792:12, 2884:4, 2897:21
**sound** [3] - 2748:12, 2770:14, 2810:16
**sounds** [2] - 2746:7, 2832:12
**source** [2] - 2768:10, 2780:19
**SOUTH** [1] - 2738:23
**southwest** [2] - 2762:20, 2763:16
**southwesterly** [3] - 2762:14, 2762:19, 2762:22
**space** [3] - 2755:17, 2756:15, 2892:23
**spare** [1] - 2784:3
**SPEAKER** [1] - 2785:1
**speaking** [1] - 2855:19
**speaks** [1] - 2835:13
**special** [1] - 2761:4
**specific** [13] - 2764:4, 2774:11, 2836:24, 2839:8, 2850:21, 2883:2, 2883:6, 2883:10, 2883:22, 2884:1, 2891:5, 2894:4, 2898:2

**specifically** [13] -
2769:20, 2784:19,
2801:25, 2802:20,
2802:24, 2803:4,
2810:23, 2825:2,
2829:1, 2836:11,
2837:24, 2884:11,
2894:12
**specification** [1] -
2815:24
**specifications** [3] -
2815:18, 2815:22,
2817:17
**specifics** [3] -
2777:12, 2777:16,
2829:10
**SPILL** [1] - 2733:5
**SPIRO** [1] - 2736:22
**spoken** [1] - 2834:12
**sponge** [3] - 2754:9,
2761:15, 2761:24
**spot** [1] - 2757:3
**spring** [1] - 2772:3
**SQUARE** [1] - 2737:21
**squeeze** [1] - 2863:3
**stack** [11] - 2801:16,
2818:23, 2856:1,
2856:4, 2856:10,
2857:1, 2862:2,
2884:25, 2885:8,
2885:19, 2886:1
**stacked** [1] - 2863:14
**stand** [2] - 2838:24,
2845:25
**standard** [7] -
2780:25, 2781:6,
2806:11, 2806:14,
2820:10, 2878:7,
2878:9
**standards** [2] -
2781:9, 2820:4
**stands** [1] - 2795:2
**start** [6] - 2747:22,
2762:11, 2765:18,
2788:9, 2834:7,
2861:17
**started** [9] - 2782:16,
2785:13, 2787:5,
2787:14, 2787:18,
2787:23, 2795:25,
2869:20, 2901:10
**starting** [1] - 2785:9
**starts** [1] - 2783:22
**State** [1] - 2903:5
**STATE** [3] - 2737:3,
2737:8, 2737:10
**state** [5] - 2782:8,
2797:8, 2798:22,
2844:7, 2881:12
**statement** [6] -

2806:25, 2807:19,
2808:5, 2809:24,
2820:14, 2840:1
**statements** [1] -
2834:17
**STATES** [4] - 2733:1,
2733:15, 2733:23,
2736:3
**States** [11] - 2743:1,
2851:3, 2851:9,
2855:20, 2858:7,
2859:8, 2898:7,
2898:20, 2899:5,
2903:6, 2903:16
**station** [4] - 2765:14,
2768:24, 2769:13,
2770:10
**STATION** [1] -
2736:24
**status** [1] - 2803:18
**stay** [3] - 2765:4,
2787:25, 2880:14
**stayed** [3] - 2771:6,
2771:9, 2804:12
**stays** [1] - 2893:5
**steel** [6] - 2755:5,
2761:13, 2761:25,
2771:1, 2772:23,
2888:14
**steep** [1] - 2808:24
**steep-angled** [1] -
2808:24
**STENOGRAPHY** [1] -
2740:16
**step** [3] - 2761:9,
2838:7, 2838:17
**Stephanie** [1] -
2742:19
**STEPHEN** [1] - 2734:7
**Sterbcow** [1] -
2745:17
**STERBCOW** [3] -
2734:14, 2734:14,
2745:17
**Sternberg** [1] - 2804:5
**STERNBERG** [9] -
2740:3, 2804:5,
2804:9, 2812:18,
2816:18, 2816:25,
2817:4, 2817:14,
2817:24
**STERNBERG............
..** [1] - 2741:6
**STEVEN** [2] - 2736:10,
2738:18
**Stevick** [4] - 2774:4,
2774:20, 2775:12,
2776:14
**Stevick's** [3] -
2773:24, 2775:23,

2776:8
**stick** [1] - 2791:1
**stickiness** [2] -
2845:15, 2846:11
**still** [16] - 2745:25,
2746:2, 2762:15,
2763:8, 2763:16,
2766:24, 2786:5,
2790:11, 2792:17,
2809:11, 2829:14,
2850:25, 2867:18,
2882:14, 2900:6,
2902:11
**stipulated** [1] -
2825:21
**STONE** [1] - 2739:11
**stop** [3] - 2772:17,
2831:6, 2886:15
**stopped** [2] - 2795:22,
2816:22
**stops** [1] - 2865:21
**story** [1] - 2852:14
**straight** [3] - 2772:6,
2772:18, 2806:18
**STRANGE** [1] - 2737:4
**STREET** [19] - 2734:4,
2734:11, 2734:15,
2734:19, 2734:22,
2735:11, 2735:15,
2735:22, 2737:11,
2737:16, 2737:22,
2738:15, 2738:19,
2739:4, 2739:12,
2739:18, 2739:24,
2740:8, 2740:13
**strength** [1] - 2815:19
**Stress** [10] - 2778:8,
2778:12, 2779:5,
2779:8, 2779:15,
2779:22, 2780:4,
2781:10, 2781:13,
2781:21
**stretch** [2] - 2771:2,
2771:6
**strike** [3] - 2834:6,
2848:18, 2850:9
**String** [3] - 2778:13,
2779:9, 2780:3
**string** [7] - 2774:7,
2774:17, 2774:22,
2774:25, 2775:5,
2775:15, 2781:25
**strip** [3] - 2866:15,
2867:13
**stripping** [10] -
2856:16, 2857:9,
2866:9, 2866:12,
2867:4, 2867:13,
2867:19, 2867:22,
2867:23, 2868:5

**strongly** [1] - 2874:18
**Structural** [2] -
2779:9, 2780:2
**structures** [1] -
2759:23
**stuck** [4] - 2752:5,
2753:2, 2790:20,
2892:10
**studied** [2] - 2777:10,
2819:23
**Study** [1] - 2815:11
**stuff** [3] - 2775:4,
2825:6, 2857:10
**subject** [6] - 2776:25,
2777:18, 2780:21,
2789:18, 2823:17,
2881:19
**submits** [2] - 2857:15,
2857:16
**submitted** [8] -
2767:15, 2856:3,
2856:8, 2858:3,
2858:10, 2858:25,
2859:7, 2859:11
**subsea** [17] - 2792:2,
2792:7, 2823:11,
2823:17, 2824:3,
2824:7, 2824:12,
2824:18, 2825:2,
2825:3, 2839:11,
2841:21, 2848:6,
2849:2, 2872:5,
2900:19, 2900:22
**sufficient** [19] -
2747:3, 2761:13,
2771:18, 2776:1,
2776:4, 2776:12,
2779:18, 2780:17,
2782:20, 2791:3,
2791:5, 2816:14,
2844:7, 2859:18,
2861:5, 2872:10,
2872:17, 2878:1,
2879:9
**sufficiently** [1] -
2771:24
**suggested** [2] -
2836:21, 2889:9
**suggestion** [2] -
2773:17, 2803:22
**SUITE** [13] - 2734:4,
2734:15, 2734:19,
2735:4, 2735:8,
2737:22, 2738:15,
2738:19, 2739:8,
2739:18, 2739:24,
2740:4, 2740:8
**SULLIVAN** [1] -
2736:17
**summary** [1] -

2829:16
**supervisor** [5] -
2824:3, 2824:7,
2824:13, 2824:18,
2839:11
**supplied** [1] - 2863:5
**supply** [1] - 2877:7
**supplying** [1] -
2901:10
**support** [1] - 2743:9
**suppose** [1] - 2788:11
**supposed** [4] -
2787:14, 2810:2,
2816:10, 2885:24
**supposes** [1] -
2788:10
**surface** [6] - 2857:17,
2857:20, 2857:24,
2858:12, 2858:24,
2882:21
**survey** [5] - 2800:20,
2800:24, 2801:8,
2801:9, 2801:12
**surveyors** [1] - 2801:4
**surveys** [1] - 2800:13
**sustain** [2] - 2812:17,
2901:16
**sustained** [2] -
2743:23, 2744:8
**SUTHERLAND** [1] -
2738:17
**SW** [1] - 2762:21
**sworn** [1] - 2746:5
**system** [75] - 2747:23,
2747:24, 2748:5,
2748:8, 2782:15,
2785:23, 2802:13,
2808:13, 2808:14,
2809:21, 2809:24,
2809:25, 2810:2,
2810:6, 2810:8,
2814:3, 2814:13,
2814:16, 2818:25,
2829:2, 2829:4,
2829:8, 2836:14,
2836:17, 2836:20,
2836:23, 2837:2,
2837:21, 2838:2,
2838:7, 2838:16,
2838:17, 2839:2,
2839:6, 2839:17,
2839:19, 2840:6,
2840:10, 2840:12,
2840:25, 2841:7,
2841:14, 2842:1,
2842:5, 2842:19,
2842:23, 2842:25,
2843:3, 2843:4,
2843:12, 2844:21,
2845:12, 2849:9,

2873:1, 2873:10, 2873:14, 2873:15, 2873:17, 2873:22, 2874:1, 2874:14, 2874:19, 2874:25, 2875:5, 2875:13, 2875:21, 2876:25, 2877:11, 2885:25

**systems** [8] - 2747:19, 2782:12, 2782:14, 2814:14, 2823:17, 2842:8, 2842:17, 2873:11

# T

**table** [2] - 2746:18, 2760:7

**tagged** [1] - 2758:5

**talks** [3] - 2806:9, 2806:20, 2878:10

**tally** [4] - 2794:2, 2794:12, 2794:13, 2794:14

**tandem** [1] - 2878:9

**TANNER** [1] - 2740:7

**tasks** [1] - 2829:15

**team** [1] - 2789:20

**Technical** [5] - 2804:16, 2804:21, 2805:4, 2805:10, 2847:25

**technical** [5] - 2775:4, 2776:22, 2805:2, 2809:16, 2849:2

**technologies** [1] - 2833:9

**technology** [27] - 2833:5, 2833:7, 2833:10, 2833:12, 2833:17, 2833:22, 2833:25, 2834:1, 2834:14, 2834:18, 2834:24, 2835:3, 2835:14, 2837:2, 2841:5, 2842:4, 2844:15, 2850:5, 2851:14, 2851:25, 2852:2, 2852:7, 2852:8, 2853:6, 2854:18, 2875:19, 2876:3

**temperature** [1] - 2865:16

**temporarily** [1] - 2869:4

**tendency** [4] - 2893:7, 2893:10, 2893:17, 2894:23

**tension** [15] - 2757:4, 2760:25, 2761:10, 2764:21, 2765:12, 2765:15, 2765:23, 2766:1, 2768:1, 2769:15, 2769:16, 2770:12, 2772:4, 2772:5, 2772:8

**tensions** [1] - 2896:21

**term** [1] - 2760:1

**terminology** [1] - 2810:1

**terms** [4] - 2829:24, 2831:21, 2894:3, 2894:6

**tertiary** [1] - 2810:6

**test** [25] - 2785:19, 2789:18, 2792:21, 2795:6, 2795:10, 2797:19, 2798:8, 2798:10, 2799:2, 2800:1, 2816:4, 2818:24, 2820:25, 2822:12, 2848:23, 2849:4, 2849:6, 2849:14, 2856:23, 2857:8, 2897:21, 2897:22

**tested** [12] - 2785:14, 2785:25, 2786:4, 2786:13, 2787:19, 2789:5, 2789:7, 2789:12, 2795:22, 2796:3, 2796:10, 2849:10

**testified** [19] - 2746:5, 2747:23, 2754:15, 2776:15, 2786:10, 2796:10, 2812:15, 2816:13, 2829:5, 2831:1, 2840:14, 2841:2, 2843:14, 2854:11, 2855:19, 2858:19, 2859:20, 2899:9

**testify** [1] - 2892:14

**testimony** [25] - 2742:12, 2743:9, 2743:19, 2789:11, 2791:2, 2820:19, 2820:23, 2821:6, 2823:5, 2823:16, 2824:15, 2824:17, 2841:16, 2853:10, 2853:12, 2855:17, 2858:15, 2858:22, 2866:2, 2870:7, 2874:22, 2876:21, 2896:8, 2901:1, 2901:2

**testing** [21] - 2786:24, 2789:20, 2790:13, 2794:23, 2795:2, 2795:5, 2795:25, 2796:3, 2796:8, 2796:11, 2796:15, 2796:22, 2798:8, 2799:10, 2799:12, 2799:18, 2800:6, 2804:13, 2825:1, 2897:13

**tests** [34] - 2743:14, 2785:17, 2789:14, 2789:17, 2789:19, 2789:22, 2795:19, 2798:3, 2798:4, 2798:7, 2798:9, 2798:11, 2798:13, 2798:15, 2798:18, 2798:20, 2798:22, 2799:8, 2799:9, 2799:14, 2800:2, 2800:4, 2800:5, 2800:8, 2800:10, 2849:13, 2849:22, 2850:1, 2852:22, 2897:16, 2897:17, 2897:18

**THE** [78] - 2733:5, 2733:5, 2733:12, 2733:22, 2734:3, 2736:3, 2737:3, 2737:8, 2737:9, 2742:7, 2742:8, 2742:11, 2742:20, 2743:6, 2743:11, 2743:17, 2743:25, 2744:2, 2744:5, 2744:9, 2744:14, 2744:16, 2744:18, 2744:25, 2745:12, 2745:21, 2745:23, 2745:25, 2746:9, 2746:21, 2750:9, 2750:13, 2750:17, 2751:6, 2773:21, 2799:24, 2804:3, 2804:4, 2804:7, 2812:17, 2816:24, 2817:2, 2817:7, 2818:1, 2818:3, 2818:5, 2818:6, 2822:19, 2823:1, 2825:5, 2825:12, 2825:16, 2825:20, 2825:22, 2861:9, 2861:12, 2866:22, 2871:9, 2871:11, 2871:12, 2871:13, 2898:4, 2898:7, 2898:8, 2898:9,

2898:12, 2898:15, 2898:20, 2898:24, 2899:2, 2899:3, 2901:16, 2901:19, 2902:4, 2902:8, 2902:17, 2902:20, 2902:22

**themselves** [3] - 2787:25, 2881:22, 2881:23

**theorem** [1] - 2770:3

**Theoretical** [1] - 2777:6

**theory** [12] - 2749:5, 2766:7, 2766:10, 2766:12, 2768:24, 2771:20, 2773:6, 2773:7, 2860:6, 2860:10, 2889:7

**they've** [1] - 2886:19

**thin** [1] - 2771:24

**THIRD** [1] - 2737:11

**THIS** [1] - 2733:11

**THOMAS** [1] - 2735:11

**THORNHILL** [2] - 2735:10, 2735:11

**thorough** [1] - 2900:21

**thousand** [2] - 2749:5, 2749:16

**three** [18] - 2749:22, 2783:24, 2786:24, 2787:4, 2787:20, 2788:3, 2788:15, 2788:20, 2798:20, 2799:9, 2800:8, 2802:2, 2826:10, 2826:12, 2851:19, 2856:20, 2870:11

**three-dimensional** [1] - 2749:22

**throughout** [1] - 2876:19

**Thursday** [1] - 2746:24

**Thursday's** [1] - 2841:15

**Tim** [1] - 2745:20

**tiny** [2] - 2786:7, 2902:11

**title** [2] - 2778:22, 2779:5

**TO** [3] - 2733:11, 2742:4, 2807:22

**today** [8] - 2749:24, 2758:15, 2851:1, 2851:19, 2872:24, 2876:23, 2888:3, 2895:21

**together** [4] - 2755:21,

2867:3, 2892:11, 2892:25

**tolerant** [2] - 2867:11

**tolerated** [2] - 2830:16, 2831:16

**TOLLES** [1] - 2738:21

**tonight** [1] - 2902:5

**took** [11] - 2750:5, 2755:9, 2757:5, 2788:17, 2796:20, 2796:24, 2802:16, 2818:4, 2829:8, 2838:13, 2899:1

**tool** [8] - 2756:3, 2756:4, 2756:14, 2866:17, 2866:25, 2867:4, 2867:5, 2867:25

**top** [14] - 2750:20, 2753:15, 2756:2, 2760:8, 2760:16, 2760:23, 2761:17, 2764:1, 2768:20, 2806:15, 2874:5, 2887:12, 2889:20, 2900:8

**topic** [1] - 2900:9

**TORTS** [2] - 2736:4, 2736:15

**total** [1] - 2798:20

**totally** [1] - 2889:15

**touching** [1] - 2876:22

**towards** [1] - 2860:12

**TOWER** [2] - 2739:4, 2739:23

**tracking** [2] - 2802:21, 2802:25

**transcript** [1] - 2903:8

**TRANSCRIPT** [2] - 2733:21, 2740:16

**TRANSOCEAN** [3] - 2738:11, 2738:11, 2738:13

**Transocean** [55] - 2743:1, 2743:2, 2750:11, 2773:8, 2773:18, 2775:18, 2778:17, 2778:23, 2779:7, 2781:22, 2789:14, 2789:17, 2799:8, 2799:10, 2799:14, 2802:9, 2802:22, 2805:8, 2806:3, 2818:22, 2821:11, 2822:2, 2822:12, 2822:15, 2822:24, 2823:5, 2823:24, 2825:7, 2825:24, 2827:17, 2828:20, 2830:3,

**OFFICIAL TRANSCRIPT**

2830:13, 2830:14, 2831:9, 2831:15, 2837:8, 2839:5, 2839:18, 2840:3, 2842:16, 2844:1, 2844:5, 2844:10, 2847:12, 2848:19, 2849:14, 2849:21, 2849:25, 2860:8, 2871:15, 2874:2, 2874:13, 2874:18
**Transocean's** [22] - 2745:25, 2773:7, 2800:5, 2802:18, 2803:19, 2819:4, 2823:9, 2823:11, 2823:17, 2823:20, 2824:3, 2824:12, 2824:18, 2825:9, 2825:19, 2839:11, 2847:17, 2847:25, 2848:17, 2849:2, 2899:10, 2900:9
**trapped** [3] - 2754:17, 2888:24, 2892:24
**trapping** [1] - 2754:22
**traveled** [2] - 2774:6, 2774:16
**traveling** [3] - 2889:10, 2889:16, 2889:20
**treading** [1] - 2825:16
**TREX** [13] - 2759:7, 2768:8, 2774:2, 2775:22, 2777:3, 2778:11, 2779:14, 2780:1, 2781:20, 2784:20, 2793:22, 2839:9, 2842:10
**TREX-1164** [1] - 2887:22
**TREX-1166** [1] - 2873:3
**TREX-1356A.20.1** [1] - 2821:16
**TREX-22693-15(a** [1] - 2748:21
**TREX-22693-18(d** [1] - 2797:7
**TREX-22740-10(a)** [1] - 2800:16
**TREX-3185** [1] - 2877:17
**TREX-33216** [1] - 2899:24
**TREX-360518** [1] - 2782:23
**TREX-3797** [1] - 2791:13
**TREX-3797-2(l)** [1] -

2794:22
**TREX-3797-4(a)** [1] - 2791:11
**TREX-3798.2.2** [1] - 2847:24
**TREX-4003.14.1** [1] - 2855:24
**TREX-43093-11-8** [1] - 2749:6
**TREX-43093-98A** [1] - 2753:4
**TREX-47221.1.2** [1] - 2829:11
**TREX-47221.1.3** [1] - 2831:9
**TREX-47361** [1] - 2802:25
**TREX-4823-5(b** [1] - 2794:15
**TREX-4828-8(a)** [1] - 2792:25
**TREX-51245-225(b** [1] - 2792:6
**TREX-5155** [1] - 2874:4
**TREX-5165-1(a)** [1] - 2797:17
**TREX-626** [1] - 2744:1
**TREX-7** [1] - 2791:11
**TREX-75568** [1] - 2884:18
**TREX-7665.7.2** [1] - 2834:21
**TREX-8851(b)** [1] - 2801:7
**trial** [1] - 2868:11
**TRIAL** [1] - 2733:21
**tried** [1] - 2810:17
**trigger** [4] - 2869:25, 2885:22, 2886:20, 2887:10
**triggered** [1] - 2859:23
**TRITON** [1] - 2733:13
**true** [26] - 2747:6, 2773:19, 2776:13, 2780:18, 2781:1, 2781:7, 2790:23, 2796:23, 2801:21, 2803:7, 2803:24, 2804:17, 2805:2, 2806:3, 2807:10, 2807:19, 2808:1, 2808:8, 2808:23, 2809:5, 2809:8, 2812:3, 2893:5, 2898:20, 2898:21, 2903:8
**trunk** [1] - 2754:21
**try** [8] - 2760:1, 2785:16, 2789:14,

2791:7, 2874:19, 2874:24, 2897:15, 2898:16
**trying** [7] - 2787:3, 2811:22, 2816:10, 2822:20, 2830:8, 2880:14, 2898:15
**tubing** [1] - 2777:10
**tubular** [1] - 2761:12
**Tubulars** [1] - 2777:5
**tugging** [1] - 2760:4
**tugs** [1] - 2760:21
**turn** [5] - 2787:25, 2789:25, 2842:3, 2876:8, 2884:12
**turning** [1] - 2891:12
**TWG** [4] - 2789:19, 2800:7, 2804:17, 2805:3
**twice** [5] - 2799:10, 2800:9, 2845:15, 2845:18, 2846:10
**two** [33] - 2742:25, 2747:16, 2747:17, 2748:8, 2755:21, 2756:10, 2759:1, 2766:4, 2788:11, 2788:21, 2790:6, 2790:7, 2794:16, 2798:6, 2798:22, 2803:13, 2803:15, 2817:16, 2828:2, 2831:10, 2841:20, 2862:15, 2862:17, 2862:18, 2863:13, 2868:8, 2888:12, 2889:25, 2893:10, 2894:13, 2894:15, 2898:18, 2900:3
**Two** [2] - 2782:2, 2782:4
**two-dimensional** [2] - 2894:13, 2894:15
**TX** [8] - 2735:5, 2735:19, 2738:19, 2739:8, 2739:18, 2739:24, 2740:4, 2740:9
**type** [14] - 2756:22, 2836:4, 2836:21, 2845:12, 2846:6, 2846:24, 2850:13, 2851:13, 2851:21, 2852:7, 2878:5, 2878:10, 2878:18, 2878:19
**types** [8] - 2798:7, 2836:22, 2841:20, 2850:16, 2853:25, 2860:22, 2878:13,

2878:15
**typo** [1] - 2792:12

## U

**U.S** [4] - 2736:4, 2736:8, 2736:15, 2736:21
**ultimately** [2] - 2745:8, 2860:21
**unable** [2] - 2752:7, 2752:20
**unavailability** [1] - 2814:17
**uncorrected** [1] - 2743:7
**Under** [1] - 2853:23
**under** [15] - 2743:14, 2743:15, 2746:2, 2772:4, 2783:19, 2819:8, 2822:1, 2835:2, 2877:14, 2877:19, 2878:3, 2879:10, 2881:13, 2882:16, 2897:25
**Underhill** [1] - 2744:10
**UNDERHILL** [3] - 2736:5, 2744:10, 2744:15
**underneath** [1] - 2816:3
**understood** [6] - 2750:4, 2754:20, 2760:20, 2776:20, 2803:11, 2803:14
**unfortunately** [4] - 2751:10, 2826:24, 2830:9, 2902:15
**UNIDENTIFIED** [1] - 2785:1
**unintended** [4] - 2854:19, 2854:21, 2854:25, 2855:10
**unit** [6] - 2795:19, 2796:3, 2796:11, 2798:8, 2799:2, 2799:3
**United** [11] - 2743:1, 2851:3, 2851:9, 2855:20, 2858:7, 2859:8, 2898:7, 2898:20, 2899:5, 2903:6, 2903:16
**UNITED** [4] - 2733:1, 2733:15, 2733:23, 2736:3
**units** [3] - 2795:3, 2795:5, 2796:22

**unknowns** [2] - 2764:4, 2896:1
**unlike** [1] - 2891:13
**unloaded** [1] - 2882:17
**unsealed** [1] - 2869:18
**unsubstantiated** [3] - 2881:12, 2881:19, 2881:21
**unused** [1] - 2784:2
**unwieldy** [1] - 2751:11
**up** [96] - 2745:19, 2746:23, 2747:12, 2748:20, 2749:6, 2749:22, 2751:2, 2753:24, 2754:16, 2754:21, 2755:4, 2755:5, 2755:10, 2756:19, 2758:8, 2759:7, 2759:15, 2759:19, 2759:20, 2760:1, 2762:4, 2762:17, 2764:11, 2766:20, 2768:20, 2772:4, 2772:10, 2772:14, 2772:17, 2773:18, 2774:13, 2774:14, 2776:1, 2777:3, 2779:14, 2781:17, 2781:20, 2784:10, 2784:20, 2786:20, 2791:11, 2794:17, 2796:9, 2797:17, 2798:13, 2800:16, 2802:11, 2802:23, 2804:19, 2810:7, 2811:14, 2814:23, 2818:20, 2823:15, 2826:15, 2826:18, 2828:18, 2829:11, 2833:19, 2839:9, 2841:15, 2849:1, 2858:2, 2860:20, 2860:21, 2863:14, 2864:20, 2864:21, 2864:25, 2865:14, 2866:1, 2866:5, 2866:12, 2870:8, 2873:3, 2874:4, 2875:9, 2875:24, 2877:17, 2879:8, 2882:18, 2884:18, 2884:25, 2885:8, 2886:1, 2886:2, 2887:21, 2888:3, 2895:18, 2898:25, 2899:24, 2900:6, 2902:13

**OFFICIAL TRANSCRIPT**

update [1] - 2890:23
upper [31] - 2749:20, 2754:12, 2754:16, 2756:18, 2757:8, 2758:10, 2758:17, 2758:18, 2760:5, 2760:9, 2760:14, 2760:15, 2760:18, 2762:20, 2764:11, 2764:20, 2766:21, 2767:8, 2806:22, 2856:13, 2861:23, 2862:1, 2862:11, 2862:22, 2863:24, 2864:7, 2864:20, 2866:10, 2868:9, 2868:13, 2899:11
upstairs [1] - 2784:2
upward [10] - 2774:6, 2774:16, 2774:21, 2774:25, 2775:4, 2775:6, 2775:8, 2775:14, 2860:13, 2860:16
US [1] - 2744:10
uses [3] - 2845:1, 2845:4
utilize [1] - 2851:5
utilized [2] - 2839:2, 2843:11
utilizes [1] - 2850:20
utilizing [2] - 2841:6, 2852:1

## V

V-shaped [2] - 2806:15, 2806:23
VA [1] - 2734:19
valve [4] - 2845:1, 2848:1, 2871:1, 2871:7
valves [5] - 2797:10, 2801:17, 2844:22, 2848:2, 2848:8
variability [1] - 2817:22
variable [6] - 2757:12, 2758:18, 2758:19, 2779:17, 2780:16, 2856:22
variables [1] - 2879:4
variation [2] - 2758:14, 2815:9
varieties [1] - 2795:7
variety [1] - 2796:6
various [11] - 2753:9, 2757:23, 2758:4, 2765:16, 2765:18,

2795:7, 2823:5, 2832:8, 2836:12, 2878:4, 2900:14
Vastar [1] - 2809:7
VBR [4] - 2757:16, 2781:23, 2856:22, 2880:24
VBR's [7] - 2856:20, 2868:24, 2868:25, 2869:3, 2869:10, 2869:13, 2880:23
VBS [1] - 2878:14
vehicle [1] - 2765:3
verify [1] - 2814:15
version [2] - 2743:7
versus [6] - 2772:8, 2836:14, 2837:21, 2846:3, 2846:4, 2894:17
vertically [1] - 2894:10
vessel [3] - 2805:15, 2806:6, 2807:10
viable [2] - 2891:2, 2891:7
video [6] - 2748:11, 2748:14, 2886:10, 2886:16, 2886:25, 2887:3
view [3] - 2784:14, 2784:16, 2820:17
viewed [1] - 2778:8
views [1] - 2866:10
VIRGINIA [1] - 2734:19
virtue [1] - 2743:9
visible [1] - 2848:15
vital [1] - 2797:25
VOICES [1] - 2742:10
volt [1] - 2843:17
voltage [5] - 2786:5, 2786:7, 2872:9, 2872:10, 2872:17
volumetric [1] - 2811:11
Von [1] - 2804:5
VON [10] - 2740:3, 2741:6, 2804:5, 2804:9, 2812:18, 2816:18, 2816:25, 2817:4, 2817:14, 2817:24

## W

wait [6] - 2743:6, 2750:9
walked [1] - 2900:25
WALKER [1] - 2734:18

walking [1] - 2861:17
WALTER [1] - 2734:22
WALTHER [1] - 2739:11
wants [1] - 2745:19
warned [1] - 2797:25
washing [1] - 2888:14
WASHINGTON [4] - 2736:13, 2736:19, 2736:24, 2738:4
WATTS [2] - 2735:3, 2735:3
ways [3] - 2767:1, 2771:15, 2833:11
weak [6] - 2787:15, 2788:11, 2788:25, 2789:4, 2789:13, 2872:8
weakened [1] - 2757:3
week [1] - 2876:21
weight [6] - 2775:6, 2775:8, 2878:21, 2889:17, 2889:20, 2889:22
wellbore [9] - 2810:10, 2854:3, 2860:18, 2869:20, 2878:24, 2878:25, 2885:6, 2885:14, 2893:23
Wellbores [1] - 2777:5
wellbores [1] - 2777:11
wells [1] - 2780:11
West [5] - 2813:3, 2814:9, 2815:5, 2815:12, 2873:5
whatsoever [2] - 2771:4, 2803:7
whereas [1] - 2845:4
WHEREUPON [10] - 2742:23, 2745:3, 2745:15, 2818:4, 2886:10, 2886:16, 2886:25, 2887:3, 2899:1, 2902:23
Whitby [6] - 2805:9, 2805:21, 2853:4, 2854:6, 2854:10, 2900:25
Whitby's [1] - 2853:12
white [2] - 2793:12, 2794:6
WHITELEY [1] - 2737:14
whole [2] - 2774:10, 2837:2
wholly [1] - 2890:8
wider [1] - 2891:25
widespread [1] -

2829:13
WILLIAMS [2] - 2735:7, 2735:7
Williamson [3] - 2814:24, 2887:23, 2898:12
WILLIAMSON [6] - 2735:17, 2735:18, 2750:10, 2750:16, 2799:17, 2898:13
WINFIELD [1] - 2737:5
wire [4] - 2847:9, 2848:19, 2848:21, 2848:22
wired [3] - 2798:23, 2799:15, 2849:9
wires [2] - 2783:21, 2846:22
wiring [10] - 2790:4, 2827:23, 2844:24, 2847:4, 2847:8, 2847:13, 2847:14, 2847:18, 2848:1, 2849:3
wished [1] - 2796:25
WITNESS [4] - 2804:4, 2871:11, 2871:13, 2898:8
witness [9] - 2743:10, 2746:4, 2746:19, 2804:2, 2812:14, 2816:13, 2817:25, 2822:17, 2898:16
witnesses [3] - 2742:15, 2742:17, 2746:14
WITTMANN [2] - 2739:11, 2739:12
wondering [2] - 2745:19, 2822:19
Wong [1] - 2828:14
Wong's [1] - 2828:15
word [3] - 2748:13, 2838:23, 2848:12
words [3] - 2749:5, 2749:16, 2829:9
workover [3] - 2853:17, 2854:2, 2854:12
Works [1] - 2777:6
works [3] - 2785:23, 2864:8, 2874:8
world [6] - 2836:9, 2836:19, 2839:7, 2840:4, 2843:10, 2850:19
worse [1] - 2889:21
worth [3] - 2749:5, 2749:16, 2749:17
WRIGHT [1] - 2734:3

write [2] - 2762:20, 2762:24
written [2] - 2794:6, 2834:19
wrote [1] - 2809:15

## Y

yanks [1] - 2867:8
yards [2] - 2770:14, 2770:22
year [6] - 2783:1, 2783:12, 2783:13, 2783:19, 2843:15, 2843:20
years [9] - 2777:19, 2780:18, 2783:5, 2783:19, 2830:11, 2851:19, 2873:25, 2890:16, 2890:24
yellow [15] - 2791:3, 2791:7, 2791:8, 2791:19, 2792:10, 2792:11, 2792:14, 2792:17, 2793:9, 2870:8, 2870:16, 2870:22, 2872:13, 2872:21
yesterday [4] - 2833:15, 2887:24, 2895:9, 2896:24
YOAKUM [1] - 2735:18
YOUNG [1] - 2736:23
yourself [2] - 2770:8, 2820:6

## Z

Zatarain [7] - 2784:25, 2785:1, 2785:2, 2785:8, 2786:22, 2788:8
Zatarain's [3] - 2784:21, 2785:5, 2786:15

## "

"MIKE" [1] - 2738:3

**OFFICIAL TRANSCRIPT**