1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4     ****************************************************************

5     IN RE:  OIL SPILL BY THE OIL
      RIG *DEEPWATER HORIZON* IN THE
6     GULF OF MEXICO ON APRIL 20,
      2010
7

8                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
9                              TUESDAY, MARCH 12, 2013, 8:00 A.M.

10

11    THIS DOCUMENT RELATES TO:

12    CASE NO. 2:10-CV-02771,
      *IN RE:  THE COMPLAINT AND*
13    *PETITION OF TRITON ASSET*
      *LEASING GmbH, ET AL*
14
      CASE NO. 2:10-CV-4536,
15    *UNITED STATES OF AMERICA V.*
      *BP EXPLORATION & PRODUCTION,*
16    *INC., ET AL*

17    ****************************************************************
18

19

20                    **DAY 10   MORNING SESSION**

21             TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22        HEARD BEFORE THE HONORABLE CARL J. BARBIER

23                 UNITED STATES DISTRICT JUDGE

24

25

                        **OFFICIAL TRANSCRIPT**

```
 1   APPEARANCES:

 2


 3   FOR THE PLAINTIFFS:    DOMENGEAUX WRIGHT ROY & EDWARDS
                            BY:   JAMES P. ROY, ESQ.
 4                          556 JEFFERSON STREET, SUITE 500
                            POST OFFICE BOX 3668
 5                          LAFAYETTE, LA  70502

 6


 7                          HERMAN HERMAN & KATZ
                            BY:   STEPHEN J. HERMAN, ESQ.
 8                          820 O'KEEFE AVENUE
                            NEW ORLEANS, LA  70113
 9


10                          CUNNINGHAM BOUNDS
11                          BY:   ROBERT T. CUNNINGHAM, ESQ.
                            1601 DAUPHIN STREET
12                          MOBILE, AL  36604

13


14                          LEWIS, KULLMAN, STERBCOW & ABRAMSON
                            BY:   PAUL M. STERBCOW, ESQ.
15                          PAN AMERICAN LIFE BUILDING
                            601 POYDRAS STREET, SUITE 2615
16                          NEW ORLEANS, LA  70130

17


18                          BREIT DRESCHER IMPREVENTO & WALKER
                            BY:   JEFFREY A. BREIT, ESQ.
19                          600 22ND STREET, SUITE 402
                            VIRGINIA BEACH, VA  23451
20


21                          LEGER & SHAW
22                          BY:   WALTER J. LEGER, JR., ESQ.
                            600 CARONDELET STREET, 9TH FLOOR
23                          NEW ORLEANS, LA  70130

24


25
```

**OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3                         WATTS, GUERRA, CRAFT
                          BY:  MIKAL C. WATTS, ESQ.
 4                         4 DOMINION DRIVE
                          BUILDING 3, SUITE 100
 5                         SAN ANTONIO, TX 78257

 6

 7                         WILLIAMS LAW GROUP
                          BY:  CONRAD S. P. WILLIAMS, ESQ.
 8                         435 CORPORATE DRIVE, SUITE 101
                          HOUMA, LA   70360
 9

10                         THORNHILL LAW FIRM
11                         BY:  THOMAS THORNHILL, ESQ.
                          1308 NINTH STREET
12                         SLIDELL, LA   70458

13

14                         DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                          BY:   JOHN W. DEGRAVELLES, ESQ.
15                         618 MAIN STREET
                          BATON ROUGE, LA 70801
16

17

18                         WILLIAMSON & RUSNAK
                          BY:  JIMMY WILLIAMSON, ESQ.
19                         4310 YOAKUM BOULEVARD
                          HOUSTON, TX   77006
20

21                         IRPINO LAW FIRM
                          BY:  ANTHONY IRPINO, ESQ.
22                         2216 MAGAZINE STREET
                          NEW ORLEANS, LA  70130
23

24

25

                          OFFICIAL TRANSCRIPT
```

1    APPEARANCES CONTINUED:

2

3

     FOR THE UNITED STATES
4    OF AMERICA:                U.S. DEPARTMENT OF JUSTICE
                                 TORTS BRANCH, CIVIL DIVISION
5                               BY:  R. MICHAEL UNDERHILL, ESQ.
                                 450 GOLDEN GATE AVENUE
6                                7TH FLOOR, ROOM 5395
                                 SAN FRANCISCO, CA  94102
7

8
                                 U.S. DEPARTMENT OF JUSTICE
9                                ENVIRONMENT & NATURAL RESOURCES DIVISION
                                 ENVIRONMENTAL ENFORCEMENT SECTION
10                              BY:  STEVEN O'ROURKE, ESQ.
                                     SCOTT CERNICH, ESQ.
11                                   DEANNA CHANG, ESQ.
                                     RACHEL HANKEY, ESQ.
12                                   A. NATHANIEL CHAKERES, ESQ.
                                 P.O. BOX 7611
13                               WASHINGTON, DC  20044

14

15                               U.S. DEPARTMENT OF JUSTICE
                                 TORTS BRANCH, CIVIL DIVISION
16                              BY:  JESSICA McCLELLAN, ESQ.
                                     MICHELLE DELEMARRE, ESQ.
17                                   JESSICA SULLIVAN, ESQ.
                                     SHARON SHUTLER, ESQ.
18                                   MALINDA LAWRENCE, ESQ.
                                 POST OFFICE BOX 14271
19                               WASHINGTON, DC  20044

20

21                               U.S. DEPARTMENT OF JUSTICE
                                 FRAUD SECTION
22                               COMMERCIAL LITIGATION BRANCH
                                 BY:  DANIEL SPIRO, ESQ.
23                                   KELLEY HAUSER, ESQ.
                                     ELIZABETH YOUNG, ESQ.
24                               BEN FRANKLIN STATION
                                 WASHINGTON, DC  20044
25

                         **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR THE STATE OF
      ALABAMA:                   ALABAMA ATTORNEY GENERAL'S OFFICE
 4                               BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                      COREY L. MAZE, ESQ.
 5                                    WINFIELD J. SINCLAIR, ESQ.
                                 500 DEXTER AVENUE
 6                               MONTGOMERY, AL  36130

 7

 8    FOR THE STATE OF
      LOUISIANA OFFICE
 9    OF THE ATTORNEY
      GENERAL:
10                               STATE OF LOUISIANA
                                 BY:  JAMES D.  CALDWELL,
11                               ATTORNEY GENERAL
                                 1885 NORTH THIRD STREET
12                               POST OFFICE BOX 94005
                                 BATON ROUGE, LA  70804
13

14
                                 KANNER & WHITELEY
15                               BY:  ALLAN KANNER, ESQ.
                                      DOUGLAS R. KRAUS, ESQ.
16                               701 CAMP STREET
                                 NEW ORLEANS, LA  70130
17

18

19    FOR BP EXPLORATION &
      PRODUCTION INC.,
20    BP AMERICA PRODUCTION
      COMPANY, BP PLC:           LISKOW & LEWIS
21                               BY:  DON K. HAYCRAFT, ESQ.
                                 ONE SHELL SQUARE
22                               701 POYDRAS STREET
                                 SUITE 5000
23                               NEW ORLEANS, LA  70139

24

25

                            OFFICIAL TRANSCRIPT
```

1    APPEARANCES CONTINUED:

2

3                              COVINGTON & BURLING
                             BY:  ROBERT C. "MIKE" BROCK, ESQ.
4                            1201 PENNSYLVANIA AVENUE, NW
                             WASHINGTON, DC  20004

5

6
                             KIRKLAND & ELLIS
7                            BY:  J. ANDREW LANGAN, ESQ.
                                  HARIKLIA "CARRIE" KARIS, ESQ.
8                                 MATTHEW T. REGAN, ESQ.
                             300 N. LASALLE
9                            CHICAGO, IL  60654

10

11   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
12   OFFSHORE DEEPWATER
     DRILLING INC., AND
13   TRANSOCEAN DEEPWATER
     INC.:                   FRILOT
14                           BY:  KERRY J. MILLER, ESQ.
                             ENERGY CENTRE
15                           1100 POYDRAS STREET, SUITE 3700
                             NEW ORLEANS, LA  70163

16

17
                             SUTHERLAND ASBILL & BRENNAN
18                           BY:  STEVEN L. ROBERTS, ESQ.
                                  RACHEL G. CLINGMAN, ESQ.
19                           1001 FANNIN STREET, SUITE 3700
                             HOUSTON, TX  77002

20

21
                             MUNGER TOLLES & OLSON
22                           BY:  MICHAEL R. DOYEN, ESQ.
                                  BRAD D. BRIAN, ESQ.
23                                LUIS LI, ESQ.
                             355 SOUTH GRAND AVENUE, 35TH FLOOR
24                           LOS ANGELES, CA  90071

25

                         **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3                            MAHTOOK & LAFLEUR
                             BY:  RICHARD J. HYMEL, ESQ.
 4                           1000 CHASE TOWER
                             600 JEFFERSON STREET
 5                           LAFAYETTE, LA  70502

 6

 7                            HUGHES ARRELL KINCHEN
                             BY:  JOHN KINCHEN, ESQ.
 8                           2211 NORFOLK, SUITE 1110
                             HOUSTON, TX  77098
 9

10

11    FOR CAMERON INTERNATIONAL
      CORPORATION:            STONE PIGMAN WALTHER WITTMANN
12                           BY:  PHILLIP A. WITTMANN, ESQ.
                             546 CARONDELET STREET
13                           NEW ORLEANS, LA 70130

14

15                            BECK REDDEN & SECREST
                             BY:  DAVID J. BECK, ESQ.
16                                DAVID W. JONES, ESQ.
                                  GEOFFREY GANNAWAY, ESQ.
17                                ALEX B. ROBERTS, ESQ.
                             ONE HOUSTON CENTER
18                           1221 MCKINNEY STREET, SUITE 4500
                             HOUSTON, TX  77010
19

20

      FOR HALLIBURTON
21    ENERGY SERVICES,
      INC.:                  GODWIN LEWIS
22                           BY:  DONALD E. GODWIN, ESQ.
                                  FLOYD R. HARTLEY, JR., ESQ.
23                                GAVIN HILL, ESQ.
                             RENAISSANCE TOWER
24                           1201 ELM STREET, SUITE 1700
                             DALLAS, TX  75270.
25
```

**OFFICIAL TRANSCRIPT**

1   APPEARANCES CONTINUED:

2

3                           GODWIN LEWIS
                            BY:  JERRY C. VON STERNBERG, ESQ.
4                           1331 LAMAR, SUITE 1665
                            HOUSTON, TX  77010
5

6

    FOR M-I L.L.C.:         MORGAN, LEWIS & BOCKIUS
7                           BY:  HUGH E. TANNER, ESQ.
                            DENISE SCOFIELD, ESQ.
8                           JOHN C. FUNDERBURK, ESQ.
                            1000 LOUISIANA STREET, SUITE 4000
9                           HOUSTON, TX  77002

10

11

12   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
13                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
14                              NEW ORLEANS, LA  70130
                                (504) 589-7779
15                              Cathy_Pepper@laed.uscourts.gov

16

    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
17   PRODUCED BY COMPUTER.

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

1                              **I N D E X**

2

3       EXAMINATIONS                                          PAGE

4       **TOM ROTH**............................................ 3118

5       CROSS-EXAMINATION (CONTINUED) BY MR. THORNHILL....... 3118

6       CROSS-EXAMINATION BY MR. KANNER..................... 3132

7       DIRECT EXAMINATION BY MR. HILL...................... 3141

8       CROSS-EXAMINATION BY MR. MILLER..................... 3185

9       CROSS-EXAMINATION BY MR. REGAN...................... 3222

10      REDIRECT EXAMINATION BY MR. THORNHILL............... 3279

11      LUNCHEON RECESS..................................... 3283

12

13

14                          **E X H I B I T S**

15

16      DESCRIPTION                                           PAGE

17

18      EXHIBITS TREX 2133-283B, TREX 5219-3A, TREX 2007-1A,  3106

19      2007-7A, TREX-2019-68...............................

20

21

22

23

24

25

                              **OFFICIAL TRANSCRIPT**

1        **P-R-O-C-E-E-D-I-N-G-S**

2        TUESDAY, MARCH 12, 2013

3        M O R N I N G   S E S S I O N

4        (COURT CALLED TO ORDER)

08:01:24  5

08:02:37  6

08:02:37  7        THE DEPUTY CLERK:  All rise.

08:02:38  8        THE COURT:  Good morning, everyone.  Please be seated.

08:02:38  9        VOICES:  Good morning, Your Honor.

08:03:04 10        THE COURT:  Good morning, Mr. Roth.

08:03:04 11        MR. ROTH:  Good morning.

08:03:07 12        THE COURT:  Any preliminary matters?

08:03:08 13        MR. BRIAN:  Yes, Your Honor.  Brad Brian for

08:03:10 14  Transocean.

08:03:11 15            We circulated a list of the five exhibits I used

08:03:13 16  during the cross-examination of Tim Probert.  Each of them was

08:03:18 17  a cull out:  TREX 2133-283B, TREX 5219-3A, TREX 2007-1A,

08:03:31 18  2007-7A, TREX-2019-68.

08:03:36 19            I would offer those exhibits, Your Honor.

08:03:38 20        THE COURT:  Any objections?

08:03:38 21            Without objections, those are admitted.

08:03:19 22        (WHEREUPON, Exhibits TREX 2133-283B, TREX 5219-3A,

08:03:25 23  TREX 2007-1A, 2007-7A, TREX-2019-68 were admitted.)

08:03:40 24        MR. REGAN:  Good morning, Your Honor.

08:03:40 25        THE COURT:  Good morning.

08:03:41   1          MR. REGAN:  Matt Reagan on behalf of BP, also offering

08:03:45   2   exhibits to Mr. Probert.  The list has been circulated.  I

08:03:47   3   could read them into the record, or I have them on the list.

08:03:50   4          THE COURT:  Anyone object to BP's exhibits relating to

08:03:54   5   Mr. Probert?

08:03:57   6          MR. JONES:  Yes, Your Honor.  David Jones on behalf of

08:03:59   7   Cameron.

08:03:59   8              We have one objection to TREX-2016.  It's an

08:04:04   9   entire transcript of a hearing before the Committee on Energy

08:04:07  10   and Natural Resources.

08:04:08  11              We have no objection to the parts that were used,

08:04:10  12   discussed, put in cull outs.  We just have an objection to the

08:04:14  13   entire transcript as a whole going in.

08:04:17  14          MR. REGAN:  That's fine.

08:04:18  15          THE COURT:  Just make sure we just have the clips that

08:04:20  16   are parts that were used.

08:04:21  17          MR. REGAN:  We will only offer the parts that were

08:04:23  18   used, to cure that objection.

08:04:24  19          THE COURT:  With that understanding, those are

08:04:25  20   admitted.

08:04:25  21          MR. REGAN:  Thank you.

08:04:25  22          (WHEREUPON, the above-mentioned exhibits were

08:04:26  23   admitted.)

08:04:26  24          MR. IRPINO:  Good morning, Your Honor.  Anthony Irpino

08:04:30  25   on behalf of the PSC.

**OFFICIAL TRANSCRIPT**

08:04:31  1          We have our list of exhibits and demonstratives

08:04:33  2     used and offered in connection with the examination of

08:04:36  3     Dr. Rory Davis.

08:04:38  4          We sent this around twice, once over the weekend

08:04:40  5     and then last night.  We received one comment.  We made the

08:04:44  6     changes, so it's in here.

08:04:44  7          As of now, this list has no objections, with two

08:04:49  8     exceptions.  TREX 227-37 and TREX-07661 are the expert report

08:04:56  9     and rebuttal report of Dr. Davis.  They were not formally

08:04:59 10     offered during his examination, which was the typical practice;

08:05:04 11     so we put them on our list out of an abundance of caution, in

08:05:07 12     case the United States does not offer them.

08:05:09 13          Cameron noted its objection and said that,

08:05:12 14     subject to its objection and *Daubert* motion, they wanted that

08:05:16 15     noted, so we put that on our list.

08:05:17 16          THE COURT:  All right.  Is that the only objection?

08:05:19 17          MR. JONES:  From Cameron, yes, Your Honor.

08:05:21 18          THE COURT:  Any other objections?

08:05:23 19          MR. BRIAN:  Your Honor, Brad Brian on behalf of

08:05:25 20     Transocean.

08:05:26 21          Mr. Doyen, who handled Mr. Davis, is not here.

08:05:28 22     Could I ask the liberty of just taking this up at the next

08:05:31 23     recess?  I'll talk to him and make sure we have no objections,

08:05:34 24     Your Honor.

08:05:35 25          THE COURT:  All right.  Mr. Irpino, just reoffer those

**OFFICIAL TRANSCRIPT**

08:05:38 1    maybe after lunch.

08:05:40 2            MR. IRPINO:  Thank you, Your Honor.

08:05:42 3            MS. KARIS:  Good morning, Your Honor.  Hariklia Karis

08:05:45 4    on behalf of BP.

08:05:46 5                 Likewise, I have our list of exhibits and

08:05:48 6    demonstratives that were used with Dr. Davis.  That list has

08:05:52 7    been circulated.  No objections have been received, to my

08:05:54 8    knowledge at least.  So we would offer the list of exhibits and

08:05:58 9    demonstratives for Dr. Davis.

08:06:02 10           MR. BRIAN:  Brad Brian, again.  I doubt we'll have

08:06:04 11   objections, but I would ask the same liberty, Your Honor.

08:06:05 12           THE COURT:  All right.  We'll defer that until after

08:06:07 13   lunch.

08:06:09 14           MS. KARIS:  Very well.  Thank you.

08:06:11 15           THE COURT:  Thank you.

08:06:11 16           MR. GODWIN:  Good morning, Your Honor.  Don Godwin for

08:06:13 17   Halliburton.

08:06:14 18                We have exhibits that we circulated last evening

08:06:17 19   for Dr. Davis.  To my knowledge, no objections, Your Honor.

08:06:20 20                Likewise, we have our exhibits that we used

08:06:24 21   yesterday in the direct examination of Tim Probert.  They were

08:06:31 22   all circulated.  To my knowledge, no objections.

08:06:31 23                We would offer on behalf of Halliburton at this

08:06:32 24   time.

08:06:32 25           THE COURT:  Any objection?

**OFFICIAL TRANSCRIPT**

08:06:33  1          MR. BRIAN:  Brad Brian, again.

08:06:34  2               No objection to the Probert exhibits.  I would

08:06:35  3  ask the same with request with respect to the Davis exhibits,

08:06:38  4  Your Honor.

08:06:38  5          THE COURT:  We will admit Halliburton's exhibits

08:06:41  6  relating to --

08:06:42  7          MR. GODWIN:  Dr. Davis.

08:06:44  8          THE COURT:  -- Dr. Davis.  We'll defer on Probert until

08:06:47  9  Transocean can get back to you.

08:06:49 10          MR. GODWIN:  Thank you, Your Honor.

08:06:51 11          MR. JONES:  Your Honor, David Jones on behalf of

08:06:51 12  Cameron --

08:06:53 13          THE COURT:  I'm sorry.  Wait.

08:06:53 14          THE DEPUTY CLERK:  It was the opposite, Judge.

08:06:55 15          THE COURT:  It was the opposite.  Let me restate that.

08:06:57 16               So you want to defer on who?

08:07:01 17          MR. BRIAN:  On Davis, Your Honor.

08:07:02 18          THE COURT:  On Halliburton's exhibits relating to

08:07:05 19  Dr. Davis, we'll defer ruling on that.

08:07:08 20               We'll admit Halliburton's exhibits pertaining to

08:07:11 21  Mr. Probert.

08:07:11 22          (WHEREUPON, the above-mentioned exhibits were

08:07:13 23  admitted.)

08:07:13 24          MR. GODWIN:  Yes, sir.

08:07:13 25          THE COURT:  Thank you.

                              **OFFICIAL TRANSCRIPT**

08:07:16  1          MR. JONES:  Your Honor, David Jones on behalf of

08:07:17  2     Cameron.

08:07:17  3               In light of Transocean's request, we'll hold off

08:07:20  4     on offering our Davis, as well.

08:07:20  5          THE COURT:  Thank you.

08:07:22  6          MR. LANGAN:  Your Honor, Andy Langan for BP.

08:07:24  7               We believe that later today the PSC is going to

08:07:27  8     play a video clip of BP employee Walter Guillot, G-U-I-L-L-O-T.

08:07:34  9     We filed a letter on the 10th of March objecting to a portion

08:07:38 10     of the video clips the plaintiffs want to play, based in part

08:07:44 11     upon Your Honor's ruling relating to the testimony of Mr. Ezell

08:07:47 12     on January 31st, 2012, Document 5492, in disposing of a prior

08:07:54 13     Motion in Limine.

08:07:54 14               Our basic problem is when the plaintiffs examine

08:07:59 15     a witness about events he had nothing to do with and played no

08:08:02 16     role in, they just read him an e-mail and say, did I read that

08:08:06 17     correctly, what do you think about that?

08:08:09 18               I mean, those kinds of questions, Your Honor has

08:08:11 19     already previously disposed of questions and answers like that.

08:08:16 20               We've objected to these clips being played with

08:08:18 21     respect to Mr. Guillot.  I have a copy of our letter and a copy

08:08:20 22     of your prior order, so.

08:08:22 23          THE COURT:  Why don't you hand those to Ben, and we'll

08:08:25 24     take a look at that.  I'm not sure if I fully understand what

08:08:28 25     it's about.

**OFFICIAL TRANSCRIPT**

08:08:31 1          MR. LANGAN:  Thank you, Your Honor.

08:08:32 2          THE COURT:  I think Mr. Cunningham wanted to say

08:08:35 3  something.

08:08:35 4          MR. CUNNINGHAM:  I'm going to respond.

08:08:36 5              May it please the Court, Robert Cunningham for

08:08:38 6  the PSC.

08:08:38 7              I'd like to respond to Andy, if I could.

08:08:38 8          THE COURT:  Okay.

08:08:41 9          MR. CUNNINGHAM:  This is very different from the Ezell

08:08:43 10 situation which is cited in their brief.

08:08:45 11             Walter Guillot is a long-time well site leader

08:08:49 12 for BP.  He was selected by Mr. Bly to participate in the

08:08:52 13 Bly Investigation, which he did.

08:08:55 14             He was asked questions about what was going on on

08:09:00 15 the rig at the time immediately before the explosion, with

08:09:04 16 particular reference to the Guide e-mail about chaos, insanity,

08:09:09 17 etcetera.

08:09:10 18             He testified -- this is one of the people who was

08:09:14 19 part of the investigation.  He testified that had he been faced

08:09:19 20 with a situation in the Guide e-mail, that he would have shut

08:09:24 21 down the rig.  This is a 16-minute clip which outlines that

08:09:29 22 testimony and another portion.

08:09:31 23         THE COURT:  When do you plan to play that?

08:09:34 24         MR. CUNNINGHAM:  We've got it lined up, I think,

08:09:36 25 tomorrow.

**OFFICIAL TRANSCRIPT**

08:09:37 1          THE COURT:  Can you give us a transcript of the video

08:09:40 2     clip and let me look at it?

08:09:42 3          MR. CUNNINGHAM:  Yes, sir.  We've provided it to

08:09:42 4     everybody.

08:09:46 5          MR. LANGAN:  Your Honor, our letter has the transcript

08:09:48 6     and the objections.  Everything is spelled out.

08:09:50 7               Our issue is counsel's simply reading a clip or

08:09:52 8     an e-mail exchange and asking the witness, have I read that

08:09:56 9     correctly, sort of thing.  There is no basis for that.

08:09:58 10         THE COURT:  Let me look at the transcript, and I'll

08:09:59 11    rule on it, okay.

08:10:01 12         MR. CUNNINGHAM:  Thank you.

08:10:02 13         THE COURT:  Thank you.

08:10:02 14              All right.  Any other preliminary matters?

08:10:05 15         MR. ROY:  Jim Roy, Your Honor.

08:10:07 16              Just to put everyone on notice, including the

08:10:10 17    Court, because testimony has moved at the rate that it has --

08:10:16 18         THE COURT:  Does that mean you think it's moved

08:10:19 19    quickly?

08:10:20 20         MR. ROY:  Good.  Yes.  Everything is relative.

08:10:24 21    Tectonic plates move faster than certain other things, Judge.

08:10:26 22              But, regardless, the plaintiffs will not call

08:10:30 23    their expert, Mr. Pritchard, as most of what his testimony

08:10:35 24    would be would be cumulative, unless someone on the defense

08:10:38 25    side has an objection or a problem with that or the Court.

**OFFICIAL TRANSCRIPT**

08:10:40 1          THE COURT:  You saved me reading the second half of his

08:10:43 2     400-page expert report.

08:10:45 3          MR. ROY:  I think you can defer that, Judge.

08:10:51 4          MR. REGAN:  You'll have to tell us how it turns out.

08:10:55 5          MR. BRIAN:  I was going to say, Your Honor, that does

08:10:58 6     not include his summary report of 50 pages.

08:11:01 7          MS. KARIS:  Good morning, Your Honor.  Hariklia Karis

08:11:05 8     on behalf of BP.

08:11:06 9          I'm happy to defer this issue until later, but

08:11:09 10    when Mr. Perkin is called as the next witness, which I

08:11:12 11    understand is the current line-up, we will have an objection to

08:11:16 12    Mr. Perkin's testimony because it is largely, if not entirely,

08:11:19 13    cumulative with the six-and-a-half-hour testimony that we heard

08:11:23 14    from Dr. Davis.

08:11:25 15         We can defer this issue until later, I'm happy to

08:11:28 16    do that, but I did want to raise that with the Court at this

08:11:31 17    point.

08:11:31 18         THE COURT:  Well, I have the same question.  I think

08:11:32 19    this came up before in the context of back to back cement

08:11:41 20    experts.

08:11:42 21         MS. KARIS:  Mr. Calvert.

08:11:44 22         THE COURT:  So I don't know if we want to take this up

08:11:46 23    briefly now.

08:11:47 24         Mr. Williamson.

08:11:49 25         MS. KARIS:  Just to be clear, the issues -- or the

**OFFICIAL TRANSCRIPT**

08:11:51  1  opinions that we have an issue with is he opines regarding the

08:11:54  2  maintenance of the BOP --

08:11:55  3       THE COURT:  I read his report.  I'm familiar with the

08:11:59  4  issues.

08:11:59  5       MS. KARIS:  Thank you, Your Honor.

08:11:59  6       MR. WILLIAMSON:  Jimmy Williamson for the PSC,

08:11:59  7  Your Honor.

08:12:04  8           Your Honor, I'm totally mindful of the Court's

08:12:06  9  very driven comments regarding redundancy.  We have his report

08:12:11 10  in front of you, of course; but, the questions we intend to ask

08:12:14 11  Mr. Perkin are not redundant and are not intended to be

08:12:20 12  redundant.

08:12:21 13           The Court may remember Mr. Davis doesn't have

08:12:24 14  operational oilfield experience.  His opinion was on a

08:12:26 15  mechanical piece of equipment and the mechanical

08:12:29 16  characteristics of that piece of equipment, batteries,

08:12:34 17  solenoids, maintenance, etcetera.

08:12:35 18           The questions that are going to be directed to

08:12:38 19  Mr. Perkin go more to operational use.  I'm not intending to

08:12:40 20  ask any or absolutely totally limited questions regarding any

08:12:45 21  of the batteries, solenoids, maintenance, audits.  That's off

08:12:49 22  the table.  It's operational use.

08:12:52 23       THE COURT:  I guess we'll just have to see how it goes.

08:12:55 24  If it starts to get cumulative, Ms. Karis, I'm sure, will let

08:13:01 25  me know that, and I'll rule on it at the time.

                          **OFFICIAL TRANSCRIPT**

08:13:02  1          MS. KARIS:  Your Honor, if I could make just one more

08:13:05  2     comment.

08:13:05  3               While I appreciate that Mr. Williamson may only

08:13:08  4     elicit testimony in court on very specific pieces -- we'll see

08:13:11  5     if those are cumulative or not -- to the extent the plaintiffs

08:13:15  6     intend to tender to the Court Mr. Perkin's entire report, that

08:13:20  7     puts us in a very difficult situation because if the Court is

08:13:24  8     considering the entire report as part of his testimony, which

08:13:27  9     we understand to be the Court's prior order, we are left in a

08:13:32 10     situation where we need to at least cross-examine him on the

08:13:37 11     weaknesses, if you will, of the opinions in his report, even if

08:13:40 12     they are not part of the plaintiffs' presentation here in

08:13:43 13     court.

08:13:43 14          THE COURT:  All right.  I understand.  We'll just have

08:13:45 15     to cross that bridge when we get there.

08:13:48 16          MS. KARIS:  Thank you, Your Honor.

08:13:49 17          THE COURT:  Sure.

08:14:00 18               There was some question raised yesterday on an

08:14:04 19     issue with the appearance of one witness in the plaintiffs'

08:14:06 20     case next week.  Do you all want to talk about that now, since

08:14:11 21     we're talking about all of these logistical matters?

08:14:14 22          MR. STERBCOW:  Good morning, Your Honor, Paul Sterbcow

08:14:18 23     for the PSC.

08:14:18 24               Tim Quirk, lab technician for Halliburton, he is

08:14:22 25     scheduled to appear a week from tomorrow.  He was a subpoenaed

                              **OFFICIAL TRANSCRIPT**

08:14:25  1    witness -- week from today, I'm sorry -- outside of the Court's

08:14:30  2    subpoena power, but his attorney accepted the subpoena before

08:14:33  3    the first trial setting.

08:14:34  4           I've been working with them over the past few

08:14:37  5    months, and with Mr. Roth and his attorney.  Mr. Roth was able

08:14:40  6    to come today, but neither Mr. Quirk or, more importantly, his

08:14:44  7    outside counsel, criminal counsel, could not be here on the

08:14:48  8    same day until a week from today.

08:14:52  9           So what we would like to do is rest and hold our

08:14:55 10    case open for the limited purpose of putting him on as our last

08:14:58 11    witness a week from today.

08:15:00 12           THE COURT:  Does anybody have any objection to that?

08:15:01 13           MR. BRIAN:  Brad Brian for Transocean, Your Honor.

08:15:03 14           We have no objection to that.

08:15:05 15           Things are moving a little faster, given the

08:15:08 16    decision by the PSC not to call some witnesses.  We've given

08:15:11 17    them notice of our first few witnesses and have given them an

08:15:15 18    informal list of others.

08:15:17 19           Stephen Newman, the CEO of Transocean, will be

08:15:20 20    testifying.  He's available next Tuesday.

08:15:22 21           So we're happy to accommodate Mr. Quirk.  I've

08:15:26 22    discussed with this Mr. Sterbcow, we would like to put

08:15:29 23    Mr. Newman on at 8:00 a.m. on Tuesday, make sure he gets on and

08:15:35 24    off that day.  He has a family commitment in Salt Lake City the

08:15:38 25    next day.

**OFFICIAL TRANSCRIPT**

08:15:39 1            So we would even propose calling Mr. Newman in

08:15:41 2     the middle of somebody's case, if we have to, and then

08:15:45 3     accommodating Mr. Quirk, if that works for the Court.

08:15:46 4            THE COURT:  I have no problem with that, particularly

08:15:48 5     in a bench trial.

08:15:50 6            All right.  Mr. Thornhill.

08:15:55 7            MR. THORNHILL:  May it please the Court.

08:15:57 8            THE COURT:  Mr. Roth, you're still under oath, sir.

08:15:57 9            THE WITNESS:  I understand, Judge.

08:16:01 10           MR. THORNHILL:  Your Honor, yesterday we had called up

08:16:02 11    to the screen TREX-5593, and I would like to pick up there, if

08:16:07 12    I may.

13                            **TOM ROTH**

14     was called as a witness and, after being previously duly sworn

15     by the Clerk, was examined and testified on his oath as

16     follows:

17                    CROSS-EXAMINATION (CONTINUED)

18     BY MR. THORNHILL:

08:16:14 19    Q.   Mr. Roth, my understanding is that --

08:16:15 20           Carl, do you have TREX-5593, please.

08:16:15 21           -- with respect to the tests that were run by

08:16:20 22    Mr. Richard and Mr. Quirk on May 28 and 29, as demonstrated by

08:16:28 23    this 5593 trial exhibit, you are not familiar with the test

08:16:34 24    results and have not seen them; is that correct?

08:16:37 25    A.   The May 28 and 29 test?

                            **OFFICIAL TRANSCRIPT**

08:16:41  1   Q.   Yes.  2010.

08:16:42  2   A.   Is this the static gel strength test?  The test.

08:16:46  3   Q.   Yes, sir.

08:16:47  4   A.   I am familiar.  I have seen an output of that.

08:16:49  5   Q.   Have you seen the test results?

08:16:51  6   A.   Of the static gel strength?

08:16:54  7   Q.   Of the tests that were run, the entire tests that were

08:16:56  8   run?  Not the weigh-up sheets, but the entire tests that were

08:17:01  9   run by Mr. Quirk and Richard?

08:17:04 10   A.   I saw the final lab output test, and I think I did see the

08:17:08 11   weigh-up sheets as well.

08:17:08 12   Q.   With respect to these weigh-up sheets, have you seen the

08:17:14 13   information that shows the slurry that was used?

08:17:15 14   A.   Yes, sir.

08:17:16 15   Q.   Is it not a fact that the slurry that was used in the

08:17:19 16   tests is the slurry that was used on the Kodiak and the last

08:17:22 17   Macondo production casing job?

08:17:25 18   A.   It's my understanding that the recipe is the same.

08:17:28 19   Q.   Did you analyze the component parts of these tests to see

08:17:32 20   that the SCR-100, the retarder, was the retarder used on the

08:17:38 21   Macondo, and the same retarder, by both lab stock number and

08:17:44 22   identification of the sample, was used in the May 28th test?

08:17:49 23   A.   I don't recall going to that detail with it.

08:17:52 24   Q.   In fact, these documents show the details of those

08:17:55 25   particular components, do they not?  Have you looked at that?

**OFFICIAL TRANSCRIPT**

08:17:59  1    A.    Repeat the question, please.

08:18:01  2    Q.    Let's look at the documents, and then I'll ask you

08:18:04  3    question again.  That was inartful.  I apologize.

08:18:07  4          May we see the SCR line, Carl, in this particular

08:18:11  5    first slide.

08:18:11  6          This first slight is a May 20 printout of that which

08:18:16  7    was first previously run on the Macondo well, correct?

08:18:19  8    A.    Give me a second, let me just look at what this sheet

08:18:22  9    actually is, please.

08:18:29 10          Could you scroll down, please?  Is there a second

08:18:34 11    sheet?

08:18:41 12    Q.    I'll represent to you, Mr. Roth, that the testimony of

08:18:43 13    Mr. Richard was that this lab sheet was printed out to know

08:18:48 14    what the slurry components were from the Macondo well.  This is

08:18:52 15    not the test results.

08:18:54 16    A.    That would be consistent with the procedure that's

08:18:57 17    typically used in the lab.

08:18:58 18    Q.    In fact, on May 20, as this shows at the top, this lab

08:19:02 19    sheet from the Macondo well, the last test that we know as

08:19:07 20    TREX-750, this lab sheet showing the component parts was

08:19:11 21    printed out to show that which was tested, and in the far

08:19:16 22    right-hand column is there a sample ID, correct?

08:19:21 23    A.    That's correct.

08:19:21 24    Q.    With respect, for instance, to that which is the cement,

08:19:24 25    there is listings of the component parts of the cement, and

08:19:28 1   then that which is those blended additives, ZoneSealant,

08:19:33 2   retarder, SCR-100L, those component parts are listed with a

08:19:39 3   sample ID, correct?

08:19:40 4   A.   That's correct.

08:19:40 5   Q.   Now, on this Macondo reprint, the SCR-100L is shown as lot

08:19:47 6   number 6264, and the sample ID is 54573, correct?

08:19:53 7   A.   Yes, sir, it is.

08:19:54 8   Q.   And that would have been a sample ID of the very rig

08:19:59 9   product that was used in the Macondo production casing job,

08:20:04 10  correct?

08:20:04 11  A.   I'd have to just double check that against the other

08:20:07 12  testing that was done and then to confirm it; but, that would

08:20:11 13  be the process that's typically used, yes, sir.

08:20:14 14  Q.   So if, in this case, the documents show that the 54573 ID

08:20:20 15  is consistently shown on the sample of retarder taken from the

08:20:26 16  Macondo, brought to the lab for testing, that would be the

08:20:30 17  sample ID of the retarder that's consistently used in the lab

08:20:35 18  for its testing, correct?

08:20:37 19  A.   I'm going to tell you I don't know because I don't recall

08:20:39 20  what the sample ID of the material from Macondo was.  I just

08:20:45 21  don't know the number.

08:20:46 22  Q.   I'm not testing your memory.

08:20:46 23  A.   Yeah.

08:20:48 24  Q.   But if that number appears consistently in the lab

08:20:51 25  weigh-up sheets for the tests, which are in evidence in this

OFFICIAL TRANSCRIPT

08:20:53  1   case, throughout, that lab ID number is an ID number that you

08:21:00  2   understand demonstrates Halliburton's process of taking a

08:21:03  3   sample from the actual retarder that was used on the well, the

08:21:08  4   Macondo 252, Number 1 well, brought to the lab in Broussard,

08:21:12  5   and used in its tests, correct?

08:21:14  6   A.    That's the process that we typically follow, yes.

08:21:16  7   Q.    That's why you call it an ID, correct?

08:21:19  8   A.    Correct.

08:21:20  9   Q.    That is in addition to the lot number that we see as 6264,

08:21:20 10   correct?

08:21:28 11   A.    Correct.

08:21:28 12   Q.    The 6264 number is a number that identifies the product

08:21:35 13   lot, the SCR-100L retarder product lot number, correct?

08:21:41 14   A.    That is correct.

08:21:41 15   Q.    So it comes into the lab, it's given -- it comes into the

08:21:45 16   operation of Macondo, it's given a lot number, and then when it

08:21:47 17   goes to the rig, in order to test that which is on that rig, a

08:21:52 18   sample is taken; that's the ID number, right?

08:21:54 19   A.    That is correct.

08:21:54 20   Q.    All right.  Now, if we can move, Carl, to the 5/28 test

08:21:59 21   and the 5/29 test.  Let's start with the 5/29 test, Carl, if we

08:22:05 22   can.

08:22:05 23         MR. THORNHILL:  We have this, Your Honor, in a

08:22:09 24   demonstrative, if Carl can move through it.  These are all part

08:22:13 25   of TREX-5593.

**OFFICIAL TRANSCRIPT**

08:22:13  1   BY MR. THORNHILL:

08:22:18  2   Q.   On 5/29 -- 5/28 is the first one that Carl is showing

08:22:23  3   here.

08:22:24  4            You see at the bottom hand markings that say, ASAP,

08:22:28  5   Tim Q, correct?

08:22:29  6   A.   Yes, sir.

08:22:30  7   Q.   Now, is this the 5/28 test that you previously reviewed?

08:22:36  8   A.   Could you blow it up a little bit there?

08:22:39  9   Q.   It's hard to see, I know.

08:22:39 10   A.   Yeah.

08:22:43 11   Q.   In the top of this, it shows on the request date, on the

08:22:47 12   right-hand side, 28.05.2010, which is European notation used by

08:22:59 13   Halliburton to show that on May 28, 2010, this particular

08:23:02 14   weigh-up sheet was requested, correct?

08:23:04 15   A.   Yes, this is the test that I reviewed.

08:23:07 16   Q.   Now, in the material section, you saw, and we see on this,

08:23:11 17   do we not, that the materials being used for the test were the

08:23:16 18   very same materials that were on the Macondo well, correct?

08:23:20 19   A.   This is the recipe that's consistent with the materials

08:23:22 20   that we used on the Macondo well.

08:23:24 21   Q.   We see, do we not, that the retarder, SCR-100L,

08:23:30 22   highlighted by Carl here, is from lot number 6264, correct?

08:23:34 23   A.   That's correct.

08:23:34 24   Q.   Now, let's see 5/29, Carl, the next page, please.  Thank

08:23:34 25   you, Carl.

**OFFICIAL TRANSCRIPT**

08:23:44  1            May 29, 2010, we see at the top, don't we, once

08:23:47  2   again, a request date of May 28, 2010, right?

08:23:53  3   A.   That's correct.

08:23:53  4   Q.   The top number -- or the top date, May 29, 2010, would be

08:23:58  5   the date on which this lab sheet was printed, correct?

08:24:03  6   A.   I don't know.

08:24:04  7   Q.   Okay.  But you know the request date is 5/28, correct?

08:24:07  8   A.   Yes, sir.

08:24:07  9   Q.   Now, if we look in the material section, again, we see the

08:24:13 10   materials comprising SCR-100L, and it shows, does it not, the

08:24:19 11   lot number, 6264, and the material sample ID number of 54573,

08:24:28 12   correct?

08:24:28 13   A.   That's correct.

08:24:29 14   Q.   That sample of retarder that was used to conduct the test

08:24:34 15   on May 29, 2010, is the same as that which we saw having been

08:24:42 16   printed from the Macondo well for the last test that was run on

08:24:48 17   the Macondo well.

08:24:50 18            Carl, if you'll go back to the first page of 5993 and

08:24:54 19   compare the sample ID numbers.

08:24:56 20            Do you see Carl has highlighted it, and he shows that

08:25:04 21   the Macondo well sample, which was tested before the blowout,

08:25:09 22   reported after the blowout, used the same retarder that was

08:25:14 23   used May 29, 2010, in the subsequent test; isn't that correct?

08:25:20 24   A.   This would indicate that the same sample was used on both

08:25:23 25   tests.

**OFFICIAL TRANSCRIPT**

08:25:23  1   Q.   That's the way Halliburton keeps records to know that

08:25:26  2   which is tested is the material from the well, correct?

08:25:30  3   A.   I don't know exactly what the source of 54573 is.  That

08:25:52  4   may be a question for someone else.

08:25:52  5        But this test would indicate that the same sample of

08:25:52  6   retarder was used in both tests.

08:25:52  7   Q.   And the protocols that you're familiar with that

08:25:52  8   Halliburton had called for managing and keeping the very same

08:25:52  9   sample with a sample lot number and ID number shows, does it

08:25:52 10   not, on these documents that on May 29, 2010, Mr. Richard and

08:25:57 11   Mr. Quirk, if the testimony shows that they conducted this

08:26:01 12   particular test, were using rig sample material from before the

08:26:06 13   blowout to conduct their tests on May 29, 2010, correct?

08:26:10 14   A.   That process is consistent --

08:26:10 15        MR. HILL:  Well, Your Honor --

08:26:12 16        THE WITNESS:  -- but, again, I don't know the source of

08:26:16 17   54573.

08:26:16 18        THE COURT:  Excuse me one second.

08:26:18 19        MR. HILL:  -- I object to the mischaracterization of

08:26:20 20   the testimony.  He's established that an SCR retarder of the

08:26:23 21   same lot sample may have been used, but he's talking about rig

08:26:23 22   samples generally as if he's including --

08:26:23 23        THE REPORTER:  Could you repeat that?

08:26:23 24        MR. HILL:  I'd be happy to.

08:26:32 25        Your Honor, I just object, just based on the

**OFFICIAL TRANSCRIPT**

08:26:36 1   mischaracterization.  He's established that perhaps the

08:26:38 2   documents show that SCR-100L, which is a specific liquid

08:26:43 3   retarder, may have come from the same lot number between the

08:26:46 4   two tests; however, the general reference to conducting it on

08:26:49 5   rig samples or the material from the rig I think is a

08:26:54 6   mischaracterization when, clearly, there are differently ID

08:26:56 7   numbers for the dry blend and cement.

08:26:59 8         THE COURT:  You can ask the witness about that.

08:27:02 9         MR. THORNHILL:  I thought, I did, Your Honor.  I'll do

08:27:04 10   it again.

08:27:04 11   BY MR. THORNHILL:

08:27:05 12   Q.   Mr. Roth, in fact, the protocol for Halliburton is that

08:27:08 13   the sample ID number, which we see in this case for the

08:27:13 14   retarder, 54573, is a sample ID number that is placed by

08:27:20 15   Halliburton on the very sample that is taken at the rig and

08:27:24 16   brought to the lab for testing, correct?

08:27:28 17   A.   I don't know the source of the sample.  I can tell you

08:27:30 18   that 54573 was used in both of those tests, but I don't know

08:27:34 19   where that sample was obtained from.

08:27:37 20         Quite often, once a lot number is identified, a

08:27:40 21   sample is pulled from that lot and maintained in the lab.  In

08:27:44 22   this instance, I don't know what the source of 54573 is.

08:27:49 23   Q.   Now, the lot number that was referred to by your counsel

08:27:52 24   is 6264, correct?

08:27:54 25   A.   That's correct.  That's the manufacturer's lot number of a

**OFFICIAL TRANSCRIPT**

08:27:58  1   large batch of material that is prepared in one batch.

08:28:00  2   Q.    Thank you.  That particular batch number, if you will,

08:28:04  3   will go to the rig --

08:28:05  4   A.    No, sir.

08:28:05  5   Q.    -- and some of it may be in the lab by lot number?

08:28:09  6   A.    No, sir.  That lot number will be purchased as a large

08:28:14  7   package material that will go to the bulk plant.  Then from the

08:28:18  8   bulk plant, we will disperse and track that number.

08:28:21  9   Q.    Right.  So the bulk plant in -- where?  Near Houma?

08:28:26 10   A.    Fourchon was the bulk plant that loaded for Macondo.

08:28:30 11   Q.    So from the bulk plant, there is distributed retarder to

08:28:34 12   the rig and retarder to the lab, or retarder to the rig only?

08:28:38 13   A.    I don't know the process, sir.

08:28:40 14   Q.    Thank you.

08:28:40 15         But, in fact, the lab ID number, the sample ID number

08:28:44 16   is the number that is given to the very sample that is taken

08:28:48 17   from the rig and brought to the lab for testing, correct?

08:28:52 18   A.    Not necessarily.  I don't know the source of that.  It is

08:28:54 19   quite often sampled in the bulk plant from that lot, and then

08:28:57 20   the lab will maintain that sample.

08:29:00 21         Then, as material 6264 is identified on the rig, then

08:29:06 22   that sample can be used.

08:29:09 23         But, again, I don't know what was used in these tests

08:29:11 24   or the source of 54573.  I don't know the source of it.

08:29:14 25   Q.    So if Halliburton intends to conduct tests on that which

**OFFICIAL TRANSCRIPT**

3128

08:29:18  1    is on the rig -- right?

08:29:21  2    A.    Yes.

08:29:21  3    Q.    -- and those samples are taken from the rig, and when they

08:29:26  4    are brought into the lab they are given an ID number by date --

08:29:30  5    correct?

08:29:30  6    A.    Yes.

08:29:31  7    Q.    -- then someone has brought that material to the lab for

08:29:36  8    testing intending that it be tested as if it came from rig,

08:29:41  9    correct?

08:29:43  10   A.    It's my understanding that there is a notebook that is

08:29:46  11   maintained in the lab that tracks the samples that are

08:29:50  12   received.  There should be notes associated with the source of

08:29:53  13   that sample.

08:29:54  14          But looking at this reference, I can't tell, sir.

08:29:56  15   Q.    In this case, in the date column, we see the date

08:30:01  16   October 22, 2009, correct?

08:30:04  17   A.    I don't see that.  Could you point that out, please?

08:30:07  18   Q.    It's in the highlight, if you will.  Right next to the

08:30:12  19   sample ID number --

08:30:12  20   A.    I see it now.  Yes, sir.

08:30:12  21   Q.    -- October 22, 2009, correct?

08:30:14  22   A.    That is correct.

08:30:14  23   Q.    That's the date that your logbooks for your lab shows the

08:30:19  24   receipt of the sample, correct?

08:30:21  25   A.    That would be my understanding looking at this document.

**OFFICIAL TRANSCRIPT**

3129

08:30:23 1   Q.   So in the case, this sample would have been taken from the

08:30:29 2   Kodiak, if you're familiar with the history of the drilling of

08:30:32 3   the Macondo well?

08:30:33 4   A.   It could have been taken from the bulk plant.  I don't

08:30:34 5   know the source of these samples.

08:30:36 6   Q.   You don't know.

08:30:41 7   A.   I don't know, sir.

08:30:41 8   Q.   Very good.  Thank you very much.

08:30:42 9        In this case, you've given us responses about

08:30:46 10  different additives.  I want to ask you briefly about one last

08:30:51 11  additive, and that is ZoneSealant.

08:30:55 12       Are you familiar with the operation of ZoneSealant in

08:30:59 13  connection with defoamers?

08:31:00 14  A.   I know that ZoneSealant is a foaming agent.

08:31:04 15  Q.   Right.  In this case, did you review the lab reports to

08:31:06 16  determine that there was no increase in the use of ZoneSealant

08:31:10 17  in the various tests to counter the defoamer?

08:31:16 18  A.   I've never done foam engineering, but I asked experts to

08:31:19 19  review that on my behalf.

08:31:21 20       In that review, it was identified that there was

08:31:25 21  sufficient ZoneSealant used to overcome the activity of the

08:31:31 22  D-Air that was blended in the dry cement.  That was an opinion

08:31:34 23  that was expressed to me by Mr. Ronnie Faul.

08:31:37 24  Q.   Now, Mr. Faul, of course, is not here.  We'll get to him

08:31:41 25  later.  But in your experience, when one sees that there is a

**OFFICIAL TRANSCRIPT**

08:31:45 1    defoamer and the materials that are being foamed are countered

08:31:52 2    by a defoamer, the defoamer that causes for an unslurry could

08:31:58 3    be countered, again, by ZoneSealant, right?

08:32:02 4    A.    Could you repeat the question?

08:32:05 5    Q.    It is a counter-counter-counterargument.

08:32:05 6    A.    Yes, sir.

08:32:07 7    Q.    In this case, what we understand is that the slurry that

08:32:10 8    was mixed was inclusive of D-Air 3000.

08:32:16 9    A.    Correct.

08:32:16 10   Q.    D-Air 3000 should not be used on a foam cement job.  We

08:32:21 11   have gone through that.  You've acknowledged that.  It's in all

08:32:24 12   of the bulletins, correct?

08:32:25 13   A.    It is in the bulletins.

08:32:28 14   Q.    You've acknowledged that in your experience you would not

08:32:29 15   use D-Air 3000 on a foam job, correct?

08:32:32 16   A.    In the bulletin, it's a recommended practice not to use

08:32:36 17   D-Air in a foam cement.

08:32:37 18   Q.    In connection with the tests that were run in this case,

08:32:40 19   you saw, did you not, that every test that was performed was

08:32:41 20   unstable until the last one?

08:32:46 21   A.    I --

08:32:46 22   Q.    You don't recall?

08:32:47 23   A.    I don't recall that conclusion, no, sir.

08:32:49 24   Q.    Let me see if I can help you on that.

08:32:56 25         May we see demonstrative 3241, please.

                              **OFFICIAL TRANSCRIPT**

08:33:04  1        This is your testimony that was given at your

08:33:06  2  deposition.

08:33:07  3        MR. THORNHILL:  Your Honor, this demonstrative is taken

08:33:09  4  directly from the pages of the deposition that you'll see in

08:33:12  5  the bottom right-hand, pages 445 and 446.

08:33:12  6  BY MR. THORNHILL:

08:33:19  7  Q.    Let's read through these questions and answers, if I can.

08:33:23  8        "Question:  So based on -- I'm just asking you -- I'm

08:33:25  9  going to ask you a straightforward question, have you reviewed

08:33:28 10  other foam stability testing results that Halliburton did on

08:33:31 11  the cement slurry for the final production casing?"

08:33:34 12        You say, "I have reviewed the other tests."

08:33:37 13        "Question:  Okay.  Did you find that all of those

08:33:39 14  other tests, prior to the tests on Exhibit 750 of foam

08:33:43 15  stability, showed instability?"

08:33:45 16        Your answer was, "The other tests that I reviewed did

08:33:47 17  not provide favorable foam stability results."

08:33:51 18        "Question:  Okay, meaning they were unstable,

08:33:52 19  correct?"

08:33:53 20        And your answer was, "The tests were."

08:33:55 21        The tests indicated no stability on the slurries; is

08:33:58 22  that correct?

08:33:58 23  A.    That was my testimony.

08:33:59 24  Q.    Do you stand by that testimony?

08:34:01 25  A.    Yes, sir.

**OFFICIAL TRANSCRIPT**

08:34:07  1          MR. THORNHILL:  Your Honor, I believe that with respect

08:34:09  2     to this witness, subject to my offering documents and my

08:34:13  3     offering demonstratives at the end or at the appropriate time,

08:34:18  4     I will tender this witness.

08:34:19  5          THE COURT:  All right.  Very well.

08:34:19  6          MR. THORNHILL:  Thank you.

08:34:21  7          THE COURT:  Thank you.

08:34:24  8              Okay.  Who is up next?  United States have any

08:34:27  9     questions?

08:34:29 10          MS. SULLIVAN:  The United States has no questions.

08:34:31 11          THE COURT:  Alabama?

08:34:31 12          MR. MAZE:  No questions.

08:34:32 13          THE COURT:  Louisiana?

08:34:32 14          MR. KANNER:  Just a couple of questions, Your Honor.

08:34:32 15              Good morning, Your Honor.

08:34:32 16          THE COURT:  Good morning.

08:34:32 17                      **CROSS-EXAMINATION**

08:34:44 18     BY MR. KANNER:

08:34:44 19     Q.   Good morning, Mr. Roth.

08:34:44 20     A.   Good morning.

08:34:46 21     Q.   My name is Allan Kanner.  I'm representing the State of

08:34:49 22     Louisiana, and I'll be asking you questions as a

08:34:52 23     cross-examination.

08:34:52 24              The night of -- when the *Deepwater Horizon* blew up,

08:35:02 25     you had four Halliburton workers onboard?

                        **OFFICIAL TRANSCRIPT**

08:35:04  1    A.    That's correct.

08:35:04  2    Q.    Two mud loggers and two cement experts?

08:35:09  3    A.    Two cementers were onboard the rig, yes, sir.

08:35:11  4    Q.    Was it also being monitored by realtime, by your realtime

08:35:15  5    operation center?

08:35:17  6    A.    It's my understanding that there was a data transmission

08:35:20  7    from the rig into BP's office and also into Halliburton's

08:35:27  8    servers.

08:35:28  9    Q.    Halliburton had a realtime operation center?

08:35:31 10    A.    I don't know, sir.

08:35:32 11    Q.    Who was monitoring the realtime feed of information on

08:35:38 12    behalf of Halliburton?  Who was backing up the four Halliburton

08:35:40 13    employees on the rig?

08:35:41 14    A.    I don't know, sir.

08:35:41 15    Q.    You don't know?

08:35:44 16    A.    I don't know, sir.

08:35:45 17    Q.    Who would I ask to find out who was there that night?

08:35:56 18    A.    Potentially, you could ask Mr. James Bement, who would

08:36:00 19    have been my peer over that segment of Halliburton's

08:36:02 20    operations.

08:36:02 21    Q.    I would like to ask if we could have TREX-1897, please.

08:36:20 22    On the top there.  Yes.  You can acknowledge.

08:36:25 23          Now, are you aware of the management of information

08:36:31 24    by Halliburton following the disaster?  You know, decisions

08:36:35 25    about when to release certain information, whether Halliburton

OFFICIAL TRANSCRIPT

08:36:39  1    was even going to acknowledge that it was on the rig?

08:36:43  2    A.    No, I'm not familiar with that.

08:36:44  3    Q.    You're not familiar with Halliburton -- for example, it

08:36:56  4    says here, beyond that, we should not comment on what

08:37:00  5    operations were happening at the time of the accident or what

08:37:02  6    caused the accident, but instead need to say that Transocean

08:37:05  7    and BP are conducting the investigation into what happened, and

08:37:08  8    we don't know anything further.

08:37:11  9          Nobody told you that that was the position people

08:37:14 10    were going to take at Halliburton?

08:37:16 11    A.    No, sir, no one ever told me that.

08:37:17 12    Q.    TREX-4345, please.  Again, to the top paragraph, please.

08:37:35 13          It says here, "Do we need confirmation that these

08:37:39 14    tests were communicated to BP?  Their report," referring to the

08:37:43 15    Bly report, "does not" -- and that -- by the way, this is an

08:37:46 16    e-mail to you, Mr. Thomas Roth, correct?

08:37:49 17    A.    That's me listed on the distribution, yes.

08:37:51 18    Q.    It says, "Also, the final paragraph suggests to the layman

08:37:56 19    that we simply follow orders, even if they are wrong.  I know

08:38:00 20    that this was our position initially as we needed to emphasize

08:38:05 21    our indemnity position from a contractual perspective, but I

08:38:10 22    don't think it is required now.  In the CG, Coast Guard,

08:38:13 23    testimony, BP have hit is -- with the suggestion that we should

08:38:18 24    have resisted performing the work if we felt their instructions

08:38:23 25    were wrong."  Do you see that?

**OFFICIAL TRANSCRIPT**

08:38:24 1   A.   Yes.

08:38:24 2   Q.   Do you recall receiving that e-mail?

08:38:25 3   A.   I do.

08:38:25 4   Q.   Does that indicate to you that the company, Halliburton,

08:38:28 5   was deciding to change its story to deal with what BP was now

08:38:34 6   coming forward with in the Bly Report?

08:38:35 7   A.   I don't know, sir.  That would be a question potentially

08:38:37 8   for Mr. Edwards.

08:38:39 9   Q.   Now, I won't ask you any other questions about

08:38:50 10  irregularities in testing and Halliburton's desire to manage

08:38:54 11  perceptions there because I think that has been covered.

08:38:57 12       But let me go to the cement job itself, if I might,

08:38:59 13  just a couple of questions.

08:39:01 14       First, would you agree that Halliburton was aware of

08:39:05 15  the potential complications and challenges with this cementing

08:39:08 16  job?

08:39:08 17  A.   Yes.

08:39:09 18  Q.   Okay.  You knew that the Gulf of Mexico generally was

08:39:13 19  challenging due to its narrow pore pressure and fracture

08:39:20 20  gradient window, correct?

08:39:22 21  A.   Correct.

08:39:22 22  Q.   You also knew that this particular well had a unique

08:39:25 23  history involving kicks, etcetera, correct?

08:39:27 24  A.   I saw that in the review after the fact, yes, sir.

08:39:29 25  Q.   But you would expect that somebody like Jesse Gagliano,

**OFFICIAL TRANSCRIPT**

08:39:35 1    who is working on the file day in and day out on behalf of

08:39:38 2    Halliburton, would have been aware of it, correct?

08:39:40 3    A.    That would be my expectation.

08:39:40 4    Q.    You knew that BP's well design was challenging because it

08:39:44 5    limited the amount of cement that could be poured?

08:39:49 6    A.    Could be pumped?

08:39:49 7    Q.    Pumped?  Sorry.

08:39:51 8    A.    Correct.

08:39:51 9    Q.    You also knew from the OptiCem modeling there was a high

08:39:59 10   risk of a severe gas flow problem, correct?

08:40:01 11   A.    That was in the documents that I reviewed, yes, sir.

08:40:03 12   Q.    Okay.  What was the -- and you also knew, for example,

08:40:08 13   that Jesse Gagliano had warned BP that if the tube wasn't

08:40:14 14   centered, cement in the hole could go to one side more than the

08:40:18 15   other, creating a weakness?

08:40:19 16            MR. REGAN:  Objection, Your Honor.

08:40:20 17            THE WITNESS:  It could potentially create a channel.

08:40:23 18            THE COURT:  Wait, sir.

08:40:23 19            MR. REGAN:  I object to the question.  I think that

08:40:26 20   misstates the evidence.

08:40:27 21            You may be doing it casually, but it's not a

08:40:30 22   casual topic.

08:40:33 23            THE COURT:  All right.  Overrule the objection.  I'm

08:40:37 24   going to let the witness answer.  I think he did say.  He said,

08:40:39 25   we could potentially.  Is that your answer?

OFFICIAL TRANSCRIPT

08:40:41  1            THE WITNESS:  Could you repeat the question, please?

08:40:43  2            MR. KANNER:  Sure.

08:40:46  3       BY MR. KANNER:

08:40:46  4       Q.   You knew that BP's well design was challenging -- I'm

08:40:52  5       sorry, strike that.  I asked that question.

08:40:55  6            You knew that Jesse Gagliano had warned BP that if

08:40:59  7       the tube wasn't centered, cement poured in the hole could go to

08:41:03  8       the wider side, leaving a weaker barrier on the other side?

08:41:07  9       A.   Actually, it would leave undisplaced mud or fluid on the

08:41:11 10       other side.  It was a channel is what the software had modeled.

08:41:15 11       Q.   That would create a risk of a potential blowout, correct?

08:41:23 12       A.   No, sir.

08:41:23 13       Q.   What would be the risk?

08:41:25 14       A.   There is no risk.  At the end of the cement job, the well

08:41:28 15       is hydrostatically dead.

08:41:31 16       Q.   Did Brian Morel tell -- so -- okay.

08:41:33 17            Now, you've been asked about the defoamers, and

08:41:38 18       you've been asked about the SCR-100, and I won't get into that.

08:41:43 19            You called a number of these items red flags for BP.

08:41:47 20       Do you recall that testimony?

08:41:48 21       A.   I do.

08:41:49 22       Q.   Why were they red flags?

08:41:52 23       A.   Because they were indicators that the cement placement was

08:41:57 24       going to be a job that would have a low probability of success.

08:42:02 25       It would take perfect conditions for a successful cement job

                              **OFFICIAL TRANSCRIPT**

08:42:07  1   under those conditions.

08:42:08  2   Q.   Much lower likelihood of success than the 90 percent

08:42:15  3   success rate?

08:42:15  4   A.   Very low probability of success given those conditions

08:42:19  5   would be my conclusion after reviewing the data.

08:42:20  6   Q.   Was it almost a certainty that it wouldn't be successful?

08:42:24  7   A.   I would be of an opinion that there would be a very low

08:42:29  8   probability of a successful cement job, given the conditions

08:42:33  9   that Jesse had displayed and all of the data that I reviewed.

08:42:37 10   Q.   If these were red flags for BP, why weren't these red

08:42:41 11   flags for Halliburton, and why didn't Halliburton use its stop

08:42:46 12   work authority?

08:42:47 13   A.   Because at the end of the cement job, the well is dead.

08:42:50 14   The well has a full column of mud.  There has been -- no flow

08:42:56 15   was observed following the well.  The well is dead.  There is

08:43:00 16   no problem at the end of the cement job.

08:43:02 17   Q.   You knew that Mr. Gagliano had only done four foam jobs.

08:43:09 18   I think you described that as not ideal; is that correct?

08:43:13 19        MR. HILL:  Objection, Your Honor, mischaracterizes lots

08:43:16 20   of testimony.

08:43:17 21        THE WITNESS:  I learned that fact --

08:43:19 22        THE COURT:  Go ahead.  You can answer.

08:43:20 23        THE WITNESS:  -- in deposition with Mr. Thornhill.

08:43:20 24   BY MR. KANNER:

08:43:25 25   Q.   You agree that that level of experience was not ideal for

**OFFICIAL TRANSCRIPT**

08:43:28 1  that situation, correct?

08:43:30 2  A.    I would agree that more would be better.

08:43:31 3  Q.    Did you know that BP had a policy not to do a negative

08:43:38 4  pressure test when it temporarily abandoned a well; is this

08:43:43 5  something Halliburton knew?

08:43:44 6  A.    I didn't know that, sir.

08:43:45 7  Q.    When you imbed somebody like Jesse Gagliano at BP, would

08:43:50 8  you expect them to ask questions to learn those kinds of

08:43:53 9  things?

08:43:53 10  A.    I would expect that Jesse would be imbedded with the wells

08:43:56 11  team and would be a member of planning operations on the well

08:44:00 12  with BP.

08:44:00 13  Q.    So as far as he knew, there might not even have been a

08:44:05 14  plan for a negative pressure test?

08:44:07 15        MR. REGAN:  Objection, Your Honor, speculative.

08:44:10 16        THE COURT:  Sustained.  Sustained.

08:44:11 17  BY MR. KANNER:

08:44:11 18  Q.    You didn't require your customers to perform negative

08:44:15 19  pressure tests, did you?

08:44:17 20  A.    We're not contracted to do that, sir.  We're contracted to

08:44:20 21  provide cementing services, which we did.

08:44:22 22  Q.    You agree Jesse didn't have a formal basis of design

08:44:26 23  standard when he did this work, correct?

08:44:27 24  A.    I don't know.

08:44:28 25  Q.    You agree that Jesse didn't have a formal management of

**OFFICIAL TRANSCRIPT**

08:44:32  1   change standard when he did this work, correct?

08:44:34  2   A.    Halliburton did not have one that I'm aware of, but I

08:44:37  3   don't know what Jesse had at the time.

08:44:38  4   Q.    Jesse had a reporting line to a sales manager; is that

08:44:45  5   correct?

08:44:45  6   A.    Yes.  He was part of a sales team.

08:44:48  7   Q.    He was part of a sales team.  In sales, is it that the

08:44:53  8   customer is always right?

08:44:55  9   A.    No, sir.

08:44:55 10   Q.    Is that Halliburton's philosophy?

08:44:58 11   A.    No.  I can't say that it is.

08:44:59 12   Q.    You had all these red flags, and you decided to just let

08:45:03 13   the customer go ahead and do a cement job that you thought --

08:45:07 14   you think nobody would believe could succeed?

08:45:12 15   A.    Repeat the question, please.

08:45:13 16   Q.    Sure.  You turned -- Halliburton doesn't think the

08:45:22 17   customer is always right; is that your testimony?

08:45:24 18   A.    That's my testimony.

08:45:24 19   Q.    But yet Halliburton stood by, did not ask for stop work or

08:45:31 20   try to stop work, even though there were serious problems with

08:45:35 21   this cement job, correct?

08:45:35 22   A.    There was no red flag to stop work upon.  At the end of

08:45:40 23   the cement job, the well is dead, there is no flow, there is no

08:45:43 24   control.

08:45:43 25   Q.    There were red flags for BP but no red flags for

**OFFICIAL TRANSCRIPT**

08:45:47  1    Halliburton, that's your testimony?

08:45:48  2    A.    There is red flags associated with the placement of cement

08:45:51  3    and the likelihood of it being able to provide zonal isolation.

08:45:55  4    Q.    Here, there was very low likelihood of zonal isolation

08:46:00  5    being effective; in fact, zonal isolation was not effective,

08:46:00  6    correct?

08:46:05  7    A.    There was a low probability that zonal isolation would be

08:46:09  8    delivered through the design.

08:46:11  9          MR. KANNER:  Thank you.  No further questions,

08:46:17 10    Your Honor.

08:46:17 11          THE COURT:  Transocean.

08:46:26 12          MR. HILL:  Your Honor, I think they are in the process,

08:46:28 13    Halliburton, of switching over.

08:46:28 14          THE COURT:  Go ahead.

08:46:53 15          MR. HILL:  Good morning, Your Honor.  Gavin Hill for

08:46:55 16    Halliburton.  I will be questioning Mr. Roth on direct

08:46:59 17    examination.

08:46:59 18          THE COURT:  All right.

08:47:00 19          MR. HILL:  Proceed?

08:47:00 20          THE COURT:  Sure.

08:47:00 21                    DIRECT EXAMINATION

08:47:00 22    BY MR. HILL:  `

08:47:01 23    Q.    Good morning, Mr. Roth.

08:47:02 24    A.    Good morning.

08:47:04 25    Q.    Now, before -- there is a lot to go over, but, before we

08:47:08  1   go any further, I would like to follow up with you on one

08:47:10  2   specific thing, and that's this ideal that Halliburton somehow

08:47:14  3   credited BP for leftover cement at Kodiak and then somehow, at

08:47:18  4   a financial incentive, would recommend its use again on the

08:47:22  5   Macondo well.  That's what I would like to address first, okay.

08:47:24  6        Now, yesterday you discussed with Mr. Thornhill a

08:47:27  7   credit for the leftover dry blend in the amount of about -- I

08:47:31  8   think it was $139,600.26, right?

08:47:36  9   A.   That's correct.

08:47:37 10   Q.   Do you recall that testimony?

08:47:38 11   A.   I do.

08:47:38 12   Q.   Now, you indicated that whatever credit may be reflected

08:47:41 13   in the paperwork, that that was essentially a naming convention

08:47:44 14   that, in the end, was essentially a transfer from a BP well

08:47:47 15   account to another BP well account; correct?

08:47:50 16   A.   That is correct.

08:47:50 17   Q.   Now, I just want to just make sure that the Court

08:47:53 18   understands why that is the case.

08:47:58 19        Once that dry blend was sold to BP for use on the

08:48:01 20   Kodiak well, to your knowledge, did Halliburton at any time

08:48:04 21   ever regain ownership of that blend?

08:48:07 22   A.   No, sir, we did not.

08:48:08 23   Q.   Did it ever regain ownership of a portion, the leftover

08:48:11 24   portion of the blend?

08:48:12 25   A.   No, sir, it did not.

**OFFICIAL TRANSCRIPT**

08:48:14 1          MR. THORNHILL:  Your Honor, may I enter an objection?

08:48:16 2  We're talking about ownership issues.  I don't know that this

08:48:19 3  witness is an ownership expert.

08:48:22 4          MR. HILL:  I can lay the foundation for that,

08:48:24 5  Your Honor.

08:48:24 6          THE COURT:  Go ahead.

08:48:24 7  BY MR. HILL:

08:48:26 8  Q.    Now, Mr. Roth, when you were asked to look at the

08:48:27 9  circumstances surrounding the Macondo in that area of May to

08:48:31 10 September 2010, was one of the things that you did to look at

08:48:34 11 where the blend came from and how the documentation tracked the

08:48:38 12 transfer of that blend to the Macondo well?

08:48:40 13 A.    I did.

08:48:40 14 Q.    Okay.  Did you familiarize yourself with material transfer

08:48:44 15 tickets and the invoicing system that reflected that transfer?

08:48:47 16 A.    I asked for that information through Mr. Vargo, and he

08:48:51 17 shared that with me.

08:48:52 18 Q.    You reviewed that material, correct?

08:48:54 19 A.    I did.

08:48:55 20 Q.    Now, Mr. Roth, I want to ask you more generally, is it

08:49:00 21 Halliburton's practice to ever -- well, is it Halliburton's

08:49:04 22 practice to buy back or pay credit to an operator for dry

08:49:07 23 blended cement once it's been sold and taken out to a rig?

08:49:10 24 A.    No, sir, that is not our policy.

08:49:12 25 Q.    Can you tell Judge Barbier why that's the case?

**OFFICIAL TRANSCRIPT**

08:49:15  1    A.    Because once the cement leaves our bulk plant, it's

08:49:19  2    transferred to a boat, we no longer have control of it.

08:49:24  3          If there is any contamination or any mistreatment of

08:49:26  4    that material, we couldn't represent it as being of quality to

08:49:30  5    sell to another customer going forward.

08:49:32  6          So we have a policy of never taking bulk cement back

08:49:36  7    into our ownership after it's delivered to a customer or a

08:49:42  8    customer's vessel at our bulk plant.

08:49:45  9    Q.    Mr. Roth, how would you respond to the PSC's argument that

08:49:48  10   Halliburton had a financial incentive to recommend the leftover

08:49:52  11   blend from Kodiak for use on the Macondo well?

08:49:56  12   A.    We had none.

08:49:56  13   Q.    If it had been decided not to use that blend from the

08:50:00  14   Kodiak on the Macondo well, who pays for the costs associated

08:50:03  15   with disposing of it?

08:50:04  16   A.    It would be the well owner's responsibility to dispose of

08:50:07  17   that cement.

08:50:08  18   Q.    In this instance, who was the well owner?

08:50:10  19   A.    BP.

08:50:10  20   Q.    Can we explain -- what costs would be incurred with

08:50:15  21   disposing of it?

08:50:15  22   A.    You would have to blow the cement from the rig to the

08:50:18  23   boat.  A boat would have to travel back to shore.  The boat

08:50:22  24   would then blow the cement from its tank into a series of

08:50:28  25   trucks that would haul that off to be able to go through a

08:50:32  1    disposal process, typically which is landfill.

08:50:34  2    Q.    The cost of transporting and the cost of disposal would be

08:50:39  3    borne by the operator, correct?

08:50:40  4    A.    That is correct.

08:50:41  5    Q.    If that had occurred, who would incur the costs of getting

08:50:44  6    a new blend out to the Macondo well?

08:50:46  7    A.    That would be BP.

08:50:47  8    Q.    How would they do that?

08:50:49  9    A.    They would order a replacement batch of cement from the

08:50:54 10    bulk plant.  That batch would be prepared, delivered to a boat,

08:50:58 11    and invoiced to BP.

08:51:00 12    Q.    Based on your review of the invoicing materials that you

08:51:03 13    saw and the material transfer tickets, did Halliburton have any

08:51:07 14    financial incentive whatsoever to use the blend from -- the

08:51:11 15    leftover blend from the Kodiak on the Macondo well?

08:51:16 16    A.    No, sir, we did not.

08:51:17 17    Q.    I want to back up a little bit more.  I think

08:51:17 18    Mr. Thornhill did an admirable job of introducing you to the

08:51:17 19    court, but just a couple of things.

08:51:29 20           Again, I don't think anyone has asked you, do you

08:51:31 21    have a college education?

08:51:33 22    A.    Yes, sir.  I attended Nicholls State University in

08:51:36 23    Thibodaux for two years.  Then I transferred to USL in

08:51:40 24    Lafayette, a degree in electrical engineering.

08:51:44 25           I'm a registered petroleum engineer in the state of

OFFICIAL TRANSCRIPT

08:51:48 1  Louisiana and Texas.

08:51:49 2  Q.   When did you get your electrical engineering degree?

08:51:52 3  A.   1979.

08:51:53 4  Q.   When were you hired by Halliburton?

08:51:56 5  A.   1979.

08:51:56 6  Q.   So you went right from college right into Halliburton?

08:51:58 7  A.   Yes, sir.

08:51:58 8  Q.   For how many years have you actually been at Halliburton?

08:52:03 9  A.   33 and a half years.

08:52:04 10  Q.   I was going to make you do the math.  It's a little early

08:52:07 11  in the morning for me.

08:52:08 12        Now, I would like to focus on the -- I think you said

08:52:11 13  it was about a five-year period when you served as

08:52:13 14  Halliburton's vice-president of the cementing PSL; correct?

08:52:17 15  A.   Yes, sir.

08:52:18 16  Q.   This was the worldwide responsibility for cementing PSL,

08:52:22 17  correct?

08:52:22 18  A.   That's correct.

08:52:22 19  Q.   How many employees are in the cementing PSL organization?

08:52:24 20  A.   At the time, it's about 6,000 employees were assigned to

08:52:27 21  me.

08:52:27 22  Q.   I don't know that we want to go into great detail, but

08:52:32 23  very briefly, can you give Judge Barbier an understanding of

08:52:34 24  how that PSL is organized.

08:52:38 25  A.   Well, we work in a matrix organization.  Where it makes

**OFFICIAL TRANSCRIPT**

08:52:41  1   sense to be able to place resources that are capable of

08:52:46  2   providing service globally, those would be housed under my

08:52:50  3   operation.

08:52:50  4        Now, in addition, we have region structures

08:52:55  5   associated with each of seven regions.  The US Gulf of Mexico

08:52:59  6   was one of those regions.

08:53:01  7        In my organization, we would maintain all of the

08:53:04  8   technology, all of the training resources, all of the

08:53:10  9   development of best practices.

08:53:13 10        As well, I was the owner of all of the capital

08:53:16 11   equipment that we would then deploy and disperse to

08:53:19 12   opportunities in each of the regions.

08:53:23 13        In that arrangement, I would maintain an indirect

08:53:29 14   reporting line with each of seven region cement managers, one

08:53:35 15   in each of the regions.  Richard Vargo would be our

08:53:39 16   Gulf of Mexico operations manager.

08:53:40 17   Q.   All right.  So let's talk about that one region, the

08:53:43 18   Gulf of Mexico.  That's where the Macondo was.

08:53:47 19        First of all, do you have any idea about how many

08:53:49 20   rigs you had people working on out of the PSL worldwide?

08:53:54 21   A.   I don't know how many rigs, but our typical invoice flow

08:53:58 22   was about 6,000 jobs per month is what cement PSL would serve

08:54:05 23   globally.

08:54:05 24   Q.   All right.  Do you know how many rigs you had people on in

08:54:07 25   the Gulf of Mexico, just that one region?

**OFFICIAL TRANSCRIPT**

08:54:10  1    A.    Not specifically.

08:54:11  2    Q.    More than a hundred, less than a hundred?  Can you give us

08:54:14  3    a ballpark?

08:54:15  4    A.    Probably somewhere between 40 and a hundred.

08:54:17  5    Q.    All right.  Now, as the vice-president, did you personally

08:54:21  6    monitor the activities of Halliburton's cement engineers --

08:54:25  7    well, strike that.

08:54:26  8          As the vice-president, did you personally monitor

08:54:28  9    Halliburton's activities and operations aboard every rig?

08:54:32 10    A.    No, sir, I did not.

08:54:33 11    Q.    Could you if you wanted to?

08:54:34 12    A.    No, it would be impossible.

08:54:36 13    Q.    Did you receive reports or updates on Halliburton's

08:54:40 14    activities aboard rigs in the Gulf of Mexico?

08:54:43 15    A.    Once a month, a data package would be completed by the

08:54:47 16    operations manager.  We would hold a global conference call.

08:54:50 17    We would review that template that he would complete over a

08:54:56 18    number of performance issues.

08:54:58 19    Q.    Now, you said that Richard Vargo was the operations

08:55:01 20    manager for the Gulf of Mexico; correct?

08:55:03 21    A.    That's correct.

08:55:03 22    Q.    Did you have routine calls with Mr. Vargo to discuss

08:55:07 23    activities in the Gulf of Mexico?

08:55:08 24    A.    In that monthly conference call.  Then, of course, if

08:55:13 25    Richard had issues, he was free to call me at any time.

**OFFICIAL TRANSCRIPT**

08:55:14 1   Q.   Just briefly, what types of issues would you discuss with

08:55:17 2   Mr. Vargo?

08:55:19 3   A.   Equipment planning, upcoming projects that he may need

08:55:22 4   resources from our technology group.  Any customer requests

08:55:29 5   that he may not be able to provide resources from at the region

08:55:34 6   level, we would then escalate and attempt to provide from a

08:55:37 7   global level.

08:55:37 8   Q.   Okay.  Let's talk about your personal experience this

08:55:42 9   minute.  In 33-plus years at Halliburton, have you designed

08:55:47 10  cement slurries?

08:55:48 11  A.   Yes, I have.

08:55:49 12  Q.   Have you executed and pumped cement jobs?

08:55:53 13  A.   Yes, I have.

08:55:53 14  Q.   Can you tell us about how many?

08:55:56 15  A.   Approximately close to 1,000.

08:55:58 16  Q.   Have you been involved in evaluating slurries that have

08:56:01 17  not achieved zonal isolation?

08:56:02 18  A.   Yes, I have.

08:56:03 19  Q.   Is it fair to say that you're generally versed in the

08:56:06 20  principles and science of cementing and the cement contractors'

08:56:10 21  interaction with an operator?

08:56:10 22  A.   I am.

08:56:14 23  Q.   How about foam cementing, have you ever designed a foam

08:56:17 24  slurry?

08:56:17 25  A.   No, sir.  Foam was introduced after I left engineering and

08:56:20 1    moved into management.

08:56:22 2    Q.    That was going to be my next --

08:56:22 3    A.    I've never designed foam.

08:56:24 4    Q.    Have you ever executed a foam job?

08:56:26 5    A.    I have not.

08:56:27 6    Q.    Have you ever run an OptiCem program?

08:56:30 7    A.    I have not.

08:56:30 8    Q.    Now, preincident, did you have any personal involvement

08:56:44 9    whatsoever with the Macondo well with respect to day-to-day

08:56:44 10   activities, planning or job design or execution?

08:56:44 11   A.    No, sir, I did not.

08:56:44 12   Q.    When did you become involved in any way with the

08:56:46 13   Macondo well?

08:56:49 14   A.    On April the 21st at two o'clock in the morning, I

08:56:53 15   received a call from Mr. Vargo to indicate that a fire

08:56:59 16   explosion had occurred on the *Deepwater Horizon*, that we had

08:57:04 17   four employees who were unaccounted for at the time.

08:57:06 18   Q.    And did the company ask you to do anything with respect to

08:57:10 19   this incident?

08:57:10 20   A.    Yes.  This was clearly going to be a watershed moment for

08:57:22 21   the oil and gas industry.  Our legal department quickly

08:57:24 22   identified that any investigation that would take place would

08:57:27 23   be led by them.

08:57:28 24             I was asked periodically to be able to participate in

08:57:31 25   parts of that, in being able to collect and review data and to

**OFFICIAL TRANSCRIPT**

08:57:35  1    make presentations to different bodies that were asking for

08:57:39  2    information.

08:57:40  3    Q.    Okay.  How did you feel about assuming that role?

08:57:43  4    A.    It was my pleasure to be able to try and assist in being

08:57:48  5    able to understand that tragedy.

08:57:51  6    Q.    We're going to talk specifically about what you did in the

08:57:54  7    immediate aftermath of the Macondo, but before we do, I want to

08:57:58  8    close the loop on something with the -- with respect to your

08:58:02  9    role in the cementing PSL when you were vice-president.

08:58:05 10            I would like to talk to you about how somebody like

08:58:08 11    Jesse Gagliano becomes a technical advisor embedded at the

08:58:13 12    offices of a major operator like BP.  Could you please explain

08:58:17 13    to Judge Barbier, again briefly, how that process works.

08:58:20 14    A.    We would hire an engineer out of college.  We would then

08:58:24 15    put him through a series of work in the field to be able to

08:58:31 16    understand the products and services that we delivered to our

08:58:34 17    customers.  Over that same period, this individual would be

08:58:39 18    scheduled for formal classroom training where he would attend

08:58:42 19    programs to be able to provide him with the technical skills to

08:58:47 20    be able to perform work on our behalf.

08:58:50 21            He would then work under an experienced engineer,

08:58:55 22    would be assigned to different projects, and over a course or a

08:59:00 23    series of a number of years, he would assume projects of

08:59:02 24    increasing responsibility in being able to be developed as an

08:59:07 25    engineer.

**OFFICIAL TRANSCRIPT**

08:59:07 1    Q.   Do you consider it easy to obtain the position of
08:59:11 2    technical advisor at Halliburton?
08:59:16 3    A.   It takes a tremendous amount of work to elevate to that
08:59:19 4    position.
08:59:19 5    Q.   Can you give us a sense of the experience profile of
08:59:22 6    someone like Jesse Gagliano who obtains a position of technical
08:59:27 7    advisor in terms of what he's done onshore and offshore?
08:59:29 8    A.   His combined body of work would be considered in being
08:59:32 9    able to bring somebody to that position and to have them serve
08:59:35 10   in that role.
08:59:36 11   Q.   Can just any cement engineer at Halliburton become a
08:59:42 12   technical advisor?
08:59:43 13   A.   No, sir.  You have to be able to, again, demonstrate
08:59:46 14   increasing capability and have had an increasing responsibility
08:59:52 15   over more and more complex jobs to be able to prepare you to
08:59:55 16   serve in that position.
08:59:56 17   Q.   Let's talk about the embedded aspect of what Mr. Gagliano
09:00:00 18   was doing.  Does the operator with whom a Halliburton cement
09:00:04 19   engineer is embedded have any input into the decision of who
09:00:08 20   actually comes out to their offices to be embedded?
09:00:12 21   A.   What typically takes place is an operator will request
09:00:17 22   that we provide someone to work within their organization.
09:00:21 23   They then typically ask for a resumé or a CV of that individual
09:00:26 24   to able to review his experience.  And then they will review
09:00:30 25   that and determine whether or not they will accept that person

**OFFICIAL TRANSCRIPT**

09:00:34 1    into their group.

09:00:36 2    Q.   Once the engineer has been embedded at BP, is it your

09:00:40 3    understanding that if BP doesn't want that particular engineer,

09:00:43 4    it is always free to ask that engineer to leave?

09:00:46 5    A.   Our customers are generally quite clear on any

09:00:50 6    dissatisfaction that they may have, and if they are not

09:00:53 7    satisfied with an individual, that would be typically reported

09:00:56 8    to the account team that manages that account.

09:00:59 9    Q.   Now, prior to this incident, was it ever brought to your

09:01:02 10   attention that over -- in the multiple years that Jesse was at

09:01:06 11   BP, that BP no longer wanted his assistance or had complaints

09:01:10 12   in any way?

09:01:11 13   A.   I'm not familiar with that.

09:01:12 14   Q.   Now, in your experience, what is the benefit, if any, to

09:01:15 15   having a Halliburton cement engineer embedded in the offices at

09:01:20 16   BP with BP's drilling engineer team?

09:01:23 17   A.   It would be to facilitate communication, to ensure that

09:01:26 18   the input from Halliburton would be available, and that the

09:01:33 19   Halliburton engineer, technical advisor would be aware of any

09:01:38 20   changes in the well plan, so that he could adjust his programs

09:01:42 21   accordingly.

09:01:43 22   Q.   Is it fair to say that this whole arrangement is about

09:01:46 23   facilitating greater communication?

09:01:47 24   A.   Communication is the real advantage.

09:01:49 25   Q.   Now, given the physical proximity that Jesse Gagliano

**OFFICIAL TRANSCRIPT**

09:01:53  1  would have to the drilling engineers, would you expect that
09:01:56  2  every communication or every recommendation that passed between
09:02:00  3  the two, Jesse and the drilling team, would be memorialized in
09:02:03  4  writing or an e-mail?
09:02:05  5  A.   No, it would not be my expectation.
09:02:07  6  Q.   Can you explain to the Court, generally again, what
09:02:10  7  resources are available to Jesse Gagliano, technical advisor
09:02:15  8  for Halliburton, when he is embedded in BP's offices.
09:02:18  9  A.   As a technical advisor, he would have access to the
09:02:22 10  technology manager for the Gulf of Mexico, who was Ronnie Faul.
09:02:25 11  He would have access to any of the resources available in the
09:02:30 12  Broussard, Louisiana, laboratory.  He would have all of the
09:02:35 13  manuals, training that are available on our on-line system.  He
09:02:41 14  would have access to the resources the Duncan Technology
09:02:48 15  Center, as would be required.
09:02:49 16  Q.   Let's follow up.  The Duncan Technology Center, what is
09:02:52 17  that place?
09:02:52 18  A.   This is where Halliburton does it research and
09:02:56 19  development, and maintains -- it's a sustaining engineering
09:03:01 20  group to be able to provide chemistries, mechanical,
09:03:07 21  electrical, product development and operations engineering for
09:03:13 22  our global operations.
09:03:14 23  Q.   Now, do I understand correctly that some of the people
09:03:16 24  that reside up in or work in the Duncan laboratory at that
09:03:21 25  time, that these are the actual people that formulated

**OFFICIAL TRANSCRIPT**

09:03:24 1   chemically many of the additives that Halliburton uses in

09:03:27 2   cement designs, right?

09:03:28 3   A.    That's correct.

09:03:28 4   Q.    Now, I want to reset also, again, so that the Court

09:03:36 5   understands exactly what you did and when in relative time

09:03:40 6   frames, and this has to do with your presentation work.  Okay?

09:03:40 7   A.    Okay.

09:03:43 8   Q.    I think the record was a little muddled and confused

09:03:47 9   yesterday.  But my understanding of your testimony, in the

09:03:49 10  immediate aftermath of the incident and during the time frame

09:03:52 11  from May to September 2010, you actually participated, and for

09:03:56 12  lack of a better word, a presentation team, correct?

09:03:59 13  A.    That's correct.

09:03:59 14  Q.    There came a time -- when was your last presentation?

09:04:05 15  A.    September.

09:04:05 16  Q.    Okay.  Was it to the National Academy of Engineering?

09:04:08 17  A.    Yes, sir.

09:04:10 18  Q.    Which I think the records reflect it was September 26th,

09:04:12 19  correct?

09:04:12 20  A.    That is correct.

09:04:13 21  Q.    Of 2010?

09:04:14 22  A.    Correct.

09:04:14 23  Q.    What did you do after that?

09:04:16 24  A.    After that I was asked by the legal department to review

09:04:23 25  additional information that was shared with me from lab tests

**OFFICIAL TRANSCRIPT**

09:04:30  1    that had been performed.

09:04:31  2    Q.   Now, is that another way of saying you were basically

09:04:35  3    invited to the legal department to understand cement lab tests?

09:04:37  4    A.   Yes, sir.  I basically served as a technical consultant at

09:04:42  5    that time to our legal department.

09:04:43  6    Q.   Okay.  Let's talk about that period of time when you were

09:04:46  7    on this presentation team.  You've said that you've done some

09:04:50  8    investigations.  Those investigations, what were you

09:04:52  9    investigating at that time?

09:04:54 10    A.   We were basically providing presentations to outside

09:04:59 11    requests to Halliburton for information.  We would then develop

09:05:04 12    a presentation to answer that request.

09:05:07 13    Q.   Why were these presentations even needed?

09:05:13 14    A.   There were a number of government bodies that were

09:05:15 15    becoming involved in reviewing the activities that took place

09:05:19 16    on the Macondo well.  They had very limited understanding of

09:05:26 17    deepwater drilling, very limited understanding of cementing,

09:05:29 18    and we basically provided a series of presentations to assist

09:05:33 19    them in understanding the work that Halliburton provided.

09:05:37 20    Q.   And with respect to the topics that you included in these

09:05:42 21    presentations, did you decide on your own what you were going

09:05:45 22    to -- what you were going to present on?

09:05:47 23    A.   No, sir.  We would typically receive a request from the

09:05:51 24    body, and then we would develop a presentation in direct

09:05:56 25    response to that request.

**OFFICIAL TRANSCRIPT**

09:05:57 1    Q.   So, for example, can you tell us who you presented to, you

09:06:01 2    personally.

09:06:03 3    A.   I presented multiple times to the Energy and Commerce

09:06:07 4    House Committee staff.  I presented to the National Commission.

09:06:13 5    I presented to the National Academy of Engineering.  I

09:06:19 6    presented to the Department of Justice.

09:06:21 7    Q.   Now, when these requests came in -- I think earlier you

09:06:26 8    indicated the National Academy of Engineering?

09:06:28 9    A.   Yes.

09:06:29 10   Q.   Did you get that on the list?

09:06:30 11   A.   Yes.  That was my last one.

09:06:31 12   Q.   Now, when these requests for presentation topics came in

09:06:34 13   to you, did you always feel like you had the information at

09:06:37 14   your fingertips in order to prepare a presentation about what

09:06:40 15   you and your presentation team knew?

09:06:43 16   A.   No, sir.  We would receive the request, and then we would

09:06:45 17   review what information that we had available and would develop

09:06:51 18   our presentation with that.  And at the opening of each of the

09:06:56 19   presentations we would indicate that there is multiple

09:06:59 20   investigations going on, there is additional information that

09:07:02 21   is being brought to light, but at the time of the presentation,

09:07:08 22   this is the data that we have available.

09:07:09 23   Q.   Now, did you personally prepare every presentation you

09:07:12 24   made?

09:07:13 25   A.   I participated in the preparation of each of those

**OFFICIAL TRANSCRIPT**

09:07:17 1    presentations.

09:07:18 2    Q.    Did anyone assist you?

09:07:19 3    A.    Yes, I had assistance.

09:07:21 4    Q.    As the vice-president for Halliburton, were you even

09:07:24 5    capable of independently confirming every fact or aspect in a

09:07:28 6    presentation?

09:07:28 7    A.    No, sir.

09:07:28 8    Q.    Who did you rely on to assist you in that?

09:07:31 9    A.    I would gather up different teams of people that would be

09:07:35 10   available at the time the request would come in, and then we

09:07:38 11   would work as a team to be able to develop that.  We would then

09:07:42 12   reach out to others within the organization to prepare parts

09:07:47 13   and pieces for us, and then we would assemble that in the

09:07:50 14   presentation that we would then deliver -- or that I would

09:07:53 15   deliver.

09:07:53 16   Q.    Mr. Roth, when you made these presentations, did you make

09:07:57 17   every effort to be as truthful and accurate as you could be?

09:08:00 18   A.    Yes, I did.

09:08:01 19   Q.    Were there times that after a presentation you found out

09:08:03 20   that something you had said may not reflect the current

09:08:06 21   evolution or the facts as they developed?

09:08:09 22   A.    That's correct.

09:08:09 23   Q.    Did you ever make any corrections?

09:08:10 24   A.    It's my understanding that we made two corrections:

09:08:14 25         One was to be able to identify a statement that I had

**OFFICIAL TRANSCRIPT**

09:08:17 1   made regarding the amount of time that it takes to complete a

09:08:25 2   foam stability test.  I had inadvertently identified that it

09:08:30 3   was 48 hours, and we made a correction to the body that I

09:08:33 4   delivered that presentation to.

09:08:36 5           There was also a presentation that I made where we

09:08:39 6   indicated that all of the work that we did was in agreement

09:08:45 7   with our lab best practices.  That is not correct.  The idea of

09:08:52 8   having the D-Air in the blended cement is not in keeping with

09:08:56 9   that best practice, and I think we made a correction back to

09:08:59 10  the body that I delivered that presentation to.

09:09:01 11  Q.   Thank you, sir.

09:09:02 12          Now, there has been a suggestion that somehow

09:09:07 13  Halliburton did not have -- or was not forthcoming in

09:09:13 14  identifying issues about stability.  So I want to ask you

09:09:15 15  specifically, during that time period between May and September

09:09:19 16  2010, were any of these bodies that were requesting you to

09:09:23 17  present on topics asking you to give an evaluation of the

09:09:26 18  stability of the foam that was pumped in the Macondo?

09:09:29 19  A.   No, sir, they were not.

09:09:32 20  Q.   When do you recall that the issue of foam stability first

09:09:35 21  became an issue or a focus in this case?

09:09:37 22  A.   It was after the preliminary release by BP of their report

09:09:44 23  to the Energy and Commerce Committee.

09:09:49 24  Q.   Other than BP and their preliminary report and Bly Report,

09:09:52 25  were any of the other bodies asking you:  What about the

09:09:55  1    stability of the foam?

09:09:56  2    A.    Only as time went on from that point, I believe the

09:10:01  3    National Academy became interested in that -- not the National

09:10:04  4    Academy -- the National Commission.

09:10:06  5    Q.    Now, the Court has heard discussion of two things

09:10:11  6    principally that I want to talk about:  One of them was the

09:10:14  7    weigh-up sheets, and the other were these post-incident tests

09:10:18  8    that were conducted by individual employees at Halliburton

09:10:21  9    after the fact.  Okay?

09:10:23 10          Let's talk first about the weigh-up sheets.  We've

09:10:25 11    seen several of them.  The Court has seen it, so I don't need

09:10:25 12    to bring it up.

09:10:28 13          What is a weigh-up sheet?

09:10:31 14    A.    A weigh-up sheet is basically a worksheet by which the lab

09:10:35 15    technician will complete his work.

09:10:37 16    Q.    It's got handwriting on it, right?

09:10:39 17    A.    Yes, sir.

09:10:39 18    Q.    Whose handwriting is that?

09:10:41 19    A.    I would assume that would be lab technician who is

09:10:45 20    actually performing the test.

09:10:46 21    Q.    And as distinguished had from a customer report or a lab

09:10:52 22    results report, do you know the difference?

09:10:55 23    A.    Repeat the question, please.

09:10:55 24    Q.    I'll tell you what, let's do it this way.  Can you bring

09:10:58 25    up TREX 7722, please.

                              **OFFICIAL TRANSCRIPT**

09:11:11 1          Do you recognize this document as a standard

09:11:13 2    reporting document for Halliburton on test reports?

09:11:15 3    A.    Yes, sir, it is.

09:11:16 4    Q.    What do you call this document?

09:11:18 5    A.    A lab report.

09:11:19 6    Q.    Is this a weigh-up sheet?

09:11:21 7    A.    No, sir, it's not.

09:11:22 8    Q.    When Halliburton wants to report tests to a customer, what

09:11:25 9    form is used?

09:11:27 10   A.    A lab report.

09:11:28 11   Q.    Between May and September of 2010, while you were

09:11:34 12   investigating facts for the purposes of preparing these

09:11:37 13   presentations to the various bodies, did you ever see a

09:11:40 14   weigh-up sheet?

09:11:40 15   A.    No, sir.  I did not.

09:11:41 16   Q.    When was the first time you became aware of the existence

09:11:45 17   of the weigh-up sheets?

09:11:46 18   A.    I first had visibility of the weigh-up sheets in October.

09:11:52 19   Q.    That's October of 2010?

09:11:55 20   A.    October of 2010.

09:11:56 21   Q.    Let's talk about the post-incident test.  There has been a

09:12:02 22   lot of discussion about some of these tests.  So when did you

09:12:06 23   first learn that any Halliburton employee individually had

09:12:10 24   requested a test post-incident?

09:12:16 25   A.    October of 2010.  I learned of the conductivity test in --

**OFFICIAL TRANSCRIPT**

09:12:25 1    sometime in September.

09:12:25 2    Q.   We're going to talk specifically about that test in a

09:12:32 3    minute.

09:12:33 4         Here's what I would like to ask you first:  During

09:12:35 5    that period of time from May to September 2010, when you were

09:12:39 6    on the presentation team, were you aware of any of the

09:12:43 7    post-incident tests that were conducted by individual

09:12:45 8    Halliburton employees that have been discussed yesterday and

09:12:48 9    today?

09:12:48 10   A.   No, sir, I was not.

09:12:50 11   Q.   Did Ronnie Faul ever tell you, to the extent he had

09:12:53 12   requested any, that he had done so?

09:12:54 13   A.   No, sir, he did not.

09:12:55 14   Q.   And were any of those post-incident tests that were

09:13:00 15   discussed yesterday and today authorized or requested by you?

09:13:03 16   A.   They were not.

09:13:03 17   Q.   Can we go to TREX 7718, please.  Could you highlight that

09:13:21 18   up there, please.

09:13:24 19        You recognize 7718 as your handwritten notes,

09:13:28 20   correct?

09:13:28 21   A.   That's correct.

09:13:28 22   Q.   And when were these notes prepared?  Were they before or

09:13:31 23   after the presentation period?

09:13:32 24   A.   This would be after my presentation period.  This would be

09:13:39 25   October or later.

**OFFICIAL TRANSCRIPT**

09:13:40  1    Q.   Now, up at the top of these notes it says, "Conductivity
09:13:44  2    Test," correct?
09:13:45  3    A.   That's correct.
09:13:46  4    Q.   Does that help you familiarize what you were taking notes
09:13:51  5    on in the body here?
09:13:51  6    A.   Yes.  I'm familiar with this document.
09:13:52  7    Q.   Can we bring up this paragraph right here, please.
09:13:54  8         And this says, "Ronnie Faul contacted Rickey Morgan
09:13:58  9    and asked him to prepare the slurry using lab stock of
09:14:04 10    materials."
09:14:05 11         Correct.
09:14:05 12    A.   That's what it says, sir.
09:14:05 13    Q.   Whatever this test is, this conductivity test, does that
09:14:06 14    refresh your recollection that this was conducted on actual lab
09:14:09 15    stock and not rig sample?
09:14:11 16    A.   That's what Ronnie Faul relayed to me when I interviewed
09:14:16 17    him in preparing this document.
09:14:17 18    Q.   Now, yesterday Mr. Breit -- I believe it was in
09:14:19 19    Mr. Probert's cross-examination -- referred to this as an
09:14:22 20    off-the-record test, and I think Mr. Thornhill yesterday
09:14:26 21    referred to this test as a mixability test.  Okay.
09:14:28 22         Are either of those accurate characterizations of
09:14:31 23    what this conductivity test was?
09:14:33 24    A.   No, sir.  This was a conductivity test that was developed
09:14:36 25    at the request of BP in support of the relief well operations

09:14:41 1   to be able to provide conductivity measurements of the

09:14:47 2   production casing cement so that as they drilled the relief

09:14:53 3   well, as they would intercept it with logging tools, they could

09:14:57 4   then confirm that they had intercepted a cement blend with this

09:15:02 5   conductivity.

09:15:02 6   Q.   Now, this has been characterized as a request by

09:15:06 7   Ronnie Faul to test the cement -- or test the mixability or the

09:15:09 8   foam stability of the cement.  Was that the purpose of the

09:15:11 9   conductivity test?

09:15:12 10  A.   No, sir, it's not.

09:15:13 11        MR. REGAN:  Objection, Your Honor.  The witness is

09:15:16 12  being called to speculate with respect to what Rickey Morgan

09:15:22 13  was asked by Mr. Faul.  I think if you're asking him generally

09:15:25 14  or what his knowledge is or how he got that knowledge or laid

09:15:29 15  some foundation for it, there may be not an objection.  But I

09:15:32 16  think the last question, you're asking for Rickey --

09:15:34 17        THE COURT:  I'll sustain the objection to the question

09:15:36 18  as it was posed.

09:15:39 19        MR. HILL:  Your Honor, do you mind if I lay a quick

09:15:41 20  foundation?

09:15:41 21        THE COURT:  Go ahead.

09:15:41 22  BY MR. HILL:

09:15:41 23  Q.   During the time after your presentation period when you

09:15:44 24  basically became a technical advisor to Halliburton's legal

09:15:48 25  team, during that period of time, were you asked to go identify

OFFICIAL TRANSCRIPT

09:15:52 1    what post-incident testing had occurred?

09:15:56 2    A.    No, sir.  I was not.

09:15:57 3    Q.    How did you come to know about this particular test?

09:16:00 4    A.    It was shared with me by the legal department that it

09:16:04 5    occurred.

09:16:04 6    Q.    And without getting into communications that you had with

09:16:06 7    the legal department, did you ever -- did you ever talk to

09:16:11 8    Ronnie Faul about this particular test?

09:16:12 9    A.    I did.

09:16:12 10   Q.    Did Ronnie Faul inform you as to the reasons why the test

09:16:16 11   was conducted?

09:16:17 12   A.    He did.

09:16:18 13   Q.    Did he tell you the purpose of the test?

09:16:20 14   A.    He did.

09:16:24 15        MR. REGAN:  I was going to add a hearsay objection, but

09:16:26 16   he didn't get there yet.

09:16:26 17   BY MR. HILL:

09:16:28 18   Q.    And you actually recorded notes as to what occurred,

09:16:28 19   correct?

09:16:31 20   A.    That's correct.

09:16:31 21   Q.    Is it your understanding, based on the review that you

09:16:37 22   did, that the conductivity test had been requested by BP?

09:16:40 23   A.    It was.

09:16:40 24   Q.    Have you ever seen the results of the test?

09:16:49 25   A.    No, I have not.

**OFFICIAL TRANSCRIPT**

09:16:50  1    Q.    Is that as far as your knowledge goes?

09:16:52  2    A.    That's correct.

09:16:52  3    Q.    Now, I'm going to ask you a general -- let me ask a couple

09:17:07  4    specific questions.  You've seen weigh-up sheets that purport

09:17:11  5    to reflect some post-incident testing, correct?

09:17:14  6    A.    Correct.

09:17:14  7    Q.    Do you know -- can you sit here and talk specifically

09:17:17  8    about how the specific samples that are reflected in any of

09:17:20  9    those post-incident weigh-up sheets are actually recorded?

09:17:27 10    A.    Would you repeat the question, please.

09:17:28 11    Q.    Yeah.  Are you familiar -- well, let me back -- strike

09:17:30 12    that.  That was a horrible question.

09:17:32 13          When you actually looked at the weigh-up sheets

09:17:34 14    earlier this morning that Mr. Thornhill asked you, I think you

09:17:38 15    indicated that you don't know exactly what those sample IDs

09:17:41 16    mean with respect to whether or not it's a rig sample or a

09:17:44 17    sample kept in the lab or lab stock; is that fair?

09:17:47 18    A.    That's correct.

09:17:47 19    Q.    And there are other people in this case who are probably

09:17:49 20    more knowledgeable about those?

09:17:51 21    A.    That would be my understanding.

09:17:53 22    Q.    But with respect to the investigations or the review that

09:17:55 23    you did of the information that was available to you about any

09:17:58 24    of these post-incident tests, and you're learning about these

09:18:03 25    post-incidents tests, did anybody ever tell you that they were

**OFFICIAL TRANSCRIPT**

09:18:06  1  conducted on actual rig cement?

09:18:11  2  A.    They did not.

09:18:16  3  Q.    I would like to bring up BP's timeline demonstrative,

09:18:20  4  D-4379.

09:18:26  5       Now, you may be seeing this for the first time.  I

09:18:28  6  doubt it will be the last time you'll see it.  This is a

09:18:30  7  Halliburton post-incident activity timeline that BP has

09:18:33  8  prepared.  Okay?

09:18:33  9       And I just want to be clear, when you say that you

09:18:35 10  hadn't seen any weigh-up sheets and you had no knowledge of

09:18:38 11  post-incident testing until -- I think you said September or

09:18:41 12  October, correct?

09:18:41 13  A.    Yes.

09:18:42 14  Q.    That's right here on this timeline, correct?

09:18:45 15  A.    That is correct.

09:18:45 16  Q.    I want to talk about a few things on this timeline.  First

09:18:50 17  of all, this mid May 2010 reference here that, "Morgan conducts

09:18:57 18  second test, conditions for over three hours and discards

09:18:58 19  sample," is it your understanding that this is the test that's

09:19:02 20  reflected in your notes as being the conductivity test?

09:19:05 21  A.    That is correct.

09:19:07 22  Q.    And this is the test that was requested by BP for purposes

09:19:13 23  of assisting them in the relief effort -- the interception

09:19:17 24  effort during relief operations; correct.

09:19:19 25  A.    That is correct.

**OFFICIAL TRANSCRIPT**

09:19:19  1    Q.    A couple other things I want to ask you about.  Right here

09:19:23  2    there is a reference on May 10th that says, "Roth requests

09:19:29  3    displace 3D modeling of cement."  Okay?

09:19:29  4    A.    Yes, sir.

09:19:32  5    Q.    All right.  Take that down.

09:19:33  6          And if we move all the way forward here to July 25,

09:19:34  7    2010, it says, "Roth states in an e-mail that displace 3D

09:19:38  8    modeling showed no mud channeling with seven centralizers."

09:19:42  9          Okay?  Are we on the same page?

09:19:44  10   A.    Yes.

09:19:44  11   Q.    My question is this, and we'll talk about it specifically:

09:19:47  12   Was there a time when you used displace 3D -- or had a displace

09:19:53  13   3D model of anything during this presentation period?

09:19:56  14   A.    There was one displace 3D that I was advised of.

09:20:01  15   Q.    So to the extent there is a reference in July to that

09:20:04  16   displace 3D modeling, is that reference to the same one you

09:20:07  17   looked at back in May or is there any other?

09:20:09  18   A.    No, that's the one test.

09:20:10  19   Q.    So on this timeline these two things are connected,

09:20:13  20   correct?

09:20:13  21   A.    That is correct.

09:20:14  22   Q.    We're going to look at the e-mail that that purports to

09:20:17  23   quote in a minute.  First I want to talk to you about that May

09:20:20  24   2010 entry about displace 3D.

09:20:24  25          In May 2010 or thereabout, did you request that

OFFICIAL TRANSCRIPT

09:20:30 1    displace 3D modeling be conducted on the cement job?

09:20:35 2    A.    Yes.

09:20:35 3    Q.    Why?

09:20:35 4    A.    We were developing our second presentation for the

09:20:38 5    Energy and Commerce Commission.  Within the group that I had

09:20:41 6    assembled, built in that team, Ronnie Faul was an intermittent

09:20:49 7    participate in that.  In one of those meetings, as we were

09:20:52 8    developing the content, he raised the question:  What if the

09:20:54 9    base oil that was pumped ahead of the cement would come in

09:20:58 10   contact with the cement?

09:21:00 11          I asked him to kind of explain further.  He said that

09:21:04 12   had the base oil and the cement come in contact, that could

09:21:09 13   potentially destabilize the foam cement that had been mix in

09:21:13 14   bulk.

09:21:14 15          A discussion continued within the group.  It was

09:21:17 16   identified that we should potentially consider running the

09:21:22 17   displace 3D to be able to determine did the fluids space out

09:21:27 18   and was there sufficient spacer to prevent the -- displace the

09:21:33 19   base oil and the cement from coming into contact.

09:21:37 20   Q.    Let's just take this bite-size pieces.  Who did the

09:21:39 21   modeling?

09:21:40 22   A.    It was done by Mark Savery.

09:21:42 23   Q.    Do you recall how many centralizers were used in the

09:21:46 24   model?

09:21:47 25   A.    Not specifically.

**OFFICIAL TRANSCRIPT**

09:21:48  1    Q.    Do you have a vague recollection?

09:21:51  2    A.    I think it was the seven, that would be in keeping with

09:21:54  3    what we had seen in the last documentation on the well.

09:21:58  4    Q.    Did you actually see the output?

09:22:01  5    A.    Yes.  I saw the output on a computer screen.

09:22:05  6    Q.    Whose computer screen was it?

09:22:07  7    A.    It was on Mark's laptop screen.

09:22:09  8    Q.    Can you describe the circumstances for the Court when you

09:22:11  9    saw it.

09:22:11 10    A.    Yes.  Mark had completed the run.  He provided discussion

09:22:16 11    with us that, you know, identified what he had modeled, what

09:22:19 12    assumptions that he had to make to be able to complete the

09:22:22 13    inputs.  And then the displace 3D basically has an animation,

09:22:29 14    and in that animation it depicts the well and then you can see

09:22:32 15    the various fluids that are pumped down the casing and up into

09:22:36 16    the annulus.

09:22:37 17           And so in sequencing of the job, we saw mud to be

09:22:41 18    first circulated, that was then followed with the base oil that

09:22:45 19    came around the bottom of the pipe.  When it came around the

09:22:49 20    bottom of the pipe, it only filled up one side of the hole, and

09:22:52 21    so that became the path of least resistance.  We then saw the

09:22:57 22    spacer come out of the bottom of the pipe and follow that same

09:23:00 23    path that the base oil had, and then the cement came around the

09:23:03 24    bottom of the pipe and also followed that.

09:23:06 25           But throughout all of those depictions, that series

**OFFICIAL TRANSCRIPT**

09:23:09 1    of fluids from base oil to spacer to cement all followed

09:23:15 2    through that channel, circulating only a portion of the annular

09:23:20 3    space that was depicted in that model, leaving mud undisplaced

09:23:25 4    on the other side of the illustration that we saw.  And

09:23:30 5    throughout that, it was clear that the spacer had effectively

09:23:35 6    swept any mud from the channel, it had swept any base oil from

09:23:40 7    the channel, and the cement never did come in contact with

09:23:43 8    those.  So it basically answered the question.

09:23:46 9        MR. REGAN:  Your Honor, I move to strike the answer on

09:23:49 10   the basis that the description of what happened, the witness

09:23:52 11   has just given, that material was not retained and so we have

09:23:56 12   no ability to test whether what he just said was true or not.

09:23:59 13       THE COURT:  This is the test that was discarded?

09:24:03 14       MR. HILL:  Your Honor --

09:24:04 15       THE COURT:  Was this the test that was discarded?

09:24:07 16       MR. HILL:  This was not a test; this was modeling.

09:24:09 17       THE COURT:  Well, modeling, whatever you want to call

09:24:11 18   it, was it discarded or was it preserved?

09:24:13 19       MR. HILL:  This was not preserved.

09:24:15 20       THE COURT:  Well, I strike the witness' answer, that

09:24:18 21   last answer.

09:24:18 22           I'm trying to understand, really, Halliburton's

09:24:20 23   position in this whole thing.  I've got to tell you, there is a

09:24:24 24   lot of confusion here.

09:24:25 25       MR. HILL:  I'm trying to get that.

09:24:26   1          THE COURT:  Here's the question I have.  Halliburton

09:24:29   2    seems to be challenging the results of post-casualty testing;

09:24:33   3    is that right?

09:24:35   4          MR. HILL:  I don't know that we would challenge it.

09:24:38   5          THE COURT:  I've gotten that impression throughout this

09:24:40   6    trial, that Halliburton is questioning the results of certain

09:24:46   7    post-casualty testing.  Is that right?

09:24:49   8          MR. HILL:  With respect to third-party or --

09:24:52   9          THE COURT:  Is that right?

09:24:54  10          MR. HILL:  Yes.

09:24:54  11          THE COURT:  My question is, what I'm trying to figure

09:24:57  12    out is, we have talked about rig samples, about recipes,

09:25:01  13    about -- and Halliburton seems to be saying that no test can be

09:25:07  14    valid unless it was the actual cement that was used on the rig.

09:25:13  15    We're trying to trace it.  I know we talked about this the

09:25:16  16    other day.  What happened to that sample?  What happened to the

09:25:18  17    sample from the rig, the rig sample itself?  Was anybody ever

09:25:23  18    able, or had the opportunity to test that other than

09:25:28  19    Halliburton?

09:25:30  20          MR. HILL:  Your Honor --

09:25:31  21          THE COURT:  Can you answer that?

09:25:32  22          MR. HILL:  I can.  And the answer is, the rig sample

09:25:35  23    that we've been talking about, and Halliburton's position is

09:25:38  24    that is the most relevant for testing purpose, that was locked

09:25:41  25    up under lock and key, and no one at Halliburton post-incident

**OFFICIAL TRANSCRIPT**

09:25:43 1    used any of that for testing as far as we are aware.

09:25:48 2           THE COURT:  Where is it?

09:25:49 3           MR. HILL:  It is in the possession of the U.S.

09:25:50 4    government.  We turned it over.  And they used some of it, a

09:25:55 5    portion of it.

09:25:55 6           THE COURT:  So Halliburton's position is that

09:25:57 7    Halliburton itself or no one on behalf of Halliburton has ever

09:26:00 8    tested the actual sample, the actual slurry actually used on

09:26:04 9    the Macondo well?

09:26:05 10          MR. HILL:  I can tell you that --

09:26:06 11          THE COURT:  Is that accurate?

09:26:08 12          MR. HILL:  Yes, that is accurate.

09:26:08 13          THE COURT:  Okay.

09:26:09 14          MR. HILL:  As far as we know, we have no indication

09:26:11 15   that anyone has ever tested the actual rig slurry.

09:26:15 16          THE COURT:  That no one has ever tested it?

09:26:17 17          MR. HILL:  No one at Halliburton, any individual

09:26:19 18   employee.

09:26:19 19          THE COURT:  Has anyone else tested it?

09:26:20 20          MR. HILL:  Yes, Your Honor.  The testimony -- or the

09:26:22 21   evidence showed that two samples of rig cement were actually

09:26:25 22   tested by OTC.

09:26:27 23          THE COURT:  All right.  We'll get to that later.  I'm

09:26:28 24   just trying to understand the flow of events here, no pun

09:26:32 25   intended.

                              **OFFICIAL TRANSCRIPT**

09:26:33 1      MR. HILL:  I understand, Your Honor.  Perhaps this will

09:26:34 2 be helpful.

09:26:35 3           Once the rig cement and --

09:26:36 4      THE COURT:  Because I've got to tell you, the way you

09:26:39 5 guys are presenting this, it's thoroughly confusing as to, you

09:26:42 6 know, a test here, a test there, rig samples, different blends,

09:26:45 7 different recipes and all.

09:26:47 8           So there are some pretty straightforward, what I

09:26:52 9 think ought to be relatively simple questions here to be

09:26:55 10 answered, and that's what I would like all parties to address.

09:27:00 11      MR. HILL:  Understood.  Your Honor, when we put our

09:27:02 12 case in chief, it's our intention to clarify that.

09:27:02 13      THE COURT:  Thank you.

09:27:04 14      MR. REGAN:  Just one thing, Your Honor.  On the

09:27:05 15 question of the timeline of events after the fact -- I don't

09:27:09 16 mean to interrupt the cross-examination --

09:27:09 17      MR. HILL:  I'm not cross-examining this witness.

09:27:11 18      MR. REGAN:  -- your direct examination -- we'll be

09:27:12 19 making a filing today with that timeline in conjunction with

09:27:15 20 the events of a discussion last week and discussions with

09:27:18 21 Judge Shushan.

09:27:18 22           So BP will present a timeline on that to

09:27:21 23 Your Honor.

09:27:22 24      THE COURT:  Okay, thank you.

09:27:23 25      MR. HILL:  Your Honor, I guess I would like a little

**OFFICIAL TRANSCRIPT**

09:27:25  1    direction.  We asked him about -- this is modeling.  This is

09:27:27  2    not testing of rig.  This is basically --

09:27:30  3         THE COURT:  Yes, but he's testifying about something

09:27:39  4    that he says he saw on a computer screen that no one else can

09:27:39  5    test or question him on.  It's pretty unfair.

09:27:41  6         MR. HILL:  But, Your Honor, they have put his e-mail up

09:27:43  7    there describing what he saw and characterizing it.  It's his

09:27:46  8    words.  We should allow the witness to identify exactly what it

09:27:50  9    is he's talking about.

09:27:51 10         In fact, I'll go right to that, Your Honor,

09:27:53 11    without reference to the prior modeling -- or without having

09:27:56 12    him describe what he saw in the modeling, okay?

09:27:59 13         THE COURT:  Go ahead.

09:27:59 14    BY MR. HILL:

09:28:00 15    Q.   Can you bring up TREX-4352.  Let's get the very top,

09:28:11 16    please, blown up.  Bring it all up.  Let's bring this up right

09:28:20 17    here.

09:28:23 18         Now, Mr. Roth, the Court has seen this document

09:28:26 19    several times.  It is an e-mail that you wrote to

09:28:37 20    Anthony Badalamenti and Simon Turton on July 25, 2010, correct?

09:28:41 21    A.   That's correct.

09:28:42 22    Q.   One of the things you say here is that spacer volume was

09:28:49 23    sufficient to sweep the entire annulus.  Can you explain what

09:28:52 24    that means?

09:28:52 25    A.   Yes.  The job was designed with 72 barrels of spacer to be

**OFFICIAL TRANSCRIPT**

09:28:58 1    pumped ahead of the cement.  That job design assumed that we

09:29:02 2    would get flow around the entire circumference of the pipe, so

09:29:07 3    the volume is calculated on a thousand foot of fill around the

09:29:12 4    entire circumference of the pipe.

09:29:13 5    Q.   The next sentence says, "As such, spacer was sufficient to

09:29:19 6    sweep the channel."

09:29:21 7         What channel are you talking about here?

09:29:25 8    A.   We're talking about the channel which was the path of

09:29:28 9    least resistance that all the fluids flowed through that we

09:29:32 10   reviewed in both the OptiCem and the distillations we need such

09:29:40 11   that if the spacer volume is sufficient to sweep a thousand

09:29:42 12   foot of the entire circumference of the pipe, it would be more

09:29:47 13   than sufficient to be able to space out base oil and mud and

09:29:50 14   protect the cement from contamination over this reduced volume;

09:29:55 15   such that if we had sufficient spacer for a thousand foot of

09:29:58 16   spill -- fill over the entire annulus, it would be much greater

09:29:58 17   than a thousand foot of fill to separate those fluids.

09:30:04 18        So my statement here, spacer volume was sufficient to

09:30:07 19   sweep the entire annulus of volume, as such -- and I probably

09:30:12 20   could have used a more demonstrative to say spacer would be

09:30:12 21   more than sufficient to sweep the channel that was in place in

09:30:19 22   the well.

09:30:19 23        This would be what we saw in the displace 3D.  I make

09:30:22 24   the statement, subsequent testing with 3D confirmed statement

09:30:27 25   that spacer was sufficient.

**OFFICIAL TRANSCRIPT**

09:30:29  1    Q.    So let's get right to the point.

09:30:31  2          Can you bring back up the timeline that's D-4379.

09:30:40  3          BP, on their demonstrative, has characterized what

09:30:43  4    you just said in that e-mail as -- they interpret it as you

09:30:47  5    saying that that modeling showed no mud channeling with seven

09:30:52  6    centralizers.  Is that an accurate characterization of your

09:30:54  7    e-mail?

09:30:54  8    A.    No, sir, it's not.

09:30:55  9    Q.    Did you -- were there channels in the displace 3D model

09:31:01 10    that you saw?

09:31:02 11    A.    In the displace 3D model that I showed no as stated

09:31:06 12    channeling.

09:31:06 13          MR. REGAN:  Again, I'm going to state the same

09:31:08 14    objection.  I know the witness has answered, but, to the extent

09:31:11 15    that we don't have the document that he's using.

09:31:13 16          THE COURT:  Yes.

09:31:13 17          MR. HILL:  Your Honor, I'll tell you the document is

09:31:16 18    clearly explained, and they've used even before Roth could

09:31:18 19    explain it.

09:31:19 20          MR. REGAN:  I meant the screen.  I misspoke.

09:31:21 21          THE COURT:  Let's move on.

09:31:21 22    BY MR. HILL:

09:31:25 23    Q.    Moving on now, let's talk about D-Air.

09:31:29 24          Now, Mr. Thornhill yesterday suggested that the

09:31:29 25    presence of D-Air in the slurry was not identified to BP; do

09:31:32 1   you remember that?

09:31:34 2   A.    I do.

09:31:34 3   Q.    Can you bring up demonstrative 8011, please.

09:31:44 4           Now, Mr. Roth, this is a demonstrative that

09:31:46 5   Halliburton has prepared that identified certain types of

09:31:50 6   standard documents that I would like to know if you're familiar

09:31:52 7   with.

09:31:53 8           You're familiar with the laboratory results, I think

09:31:55 9   you've testified, correct?

09:31:55 10  A.    Yes.

09:31:56 11  Q.    You're familiar with the cement programs, correct?

09:31:58 12  A.    Yes, I am.

09:31:59 13  Q.    You reviewed at least the cement program that

09:32:02 14  Jesse Gagliano sent to BP on April 18, 2010, correct?

09:32:05 15  A.    That's correct.

09:32:06 16  Q.    All right.  You reviewed the April 18th lab reports that

09:32:13 17  Jesse sent to BP as well, correct?

09:32:16 18  A.    That's correct.

09:32:16 19  Q.    Can we bring up the April 18th one, please.  That's going

09:32:20 20  to be 8011.8.

09:32:24 21          In those lab reports, there is a section called

09:32:27 22  Cement Information Primary Design, correct?

09:32:30 23  A.    Yes, sir.

09:32:30 24  Q.    Is this section in the standard format of lab reporting

09:32:34 25  documents that Halliburton uses to advise its customers of

**OFFICIAL TRANSCRIPT**

09:32:37  1   tests?

09:32:37  2   A.    Yes, it is.

09:32:38  3   Q.    Can you please identify for the Court what is highlighted

09:32:40  4   there?

09:32:42  5   A.    .25 percent by weight of cement D-Air 3000.

09:32:47  6   Q.    Is it Halliburton's standard reporting formality on test

09:32:52  7   results to include all of the additives that are included in

09:32:55  8   the cement design?

09:32:55  9   A.    Yes, that would be typical.

09:32:56 10   Q.    Now, I think you testified earlier that you didn't look at

09:32:59 11   or track all of the different communications between

09:33:02 12   Jesse Gagliano and BP, correct?

09:33:04 13   A.    No, sir, I did not.

09:33:04 14   Q.    Would you agree with me, sir, however, that to the extent

09:33:06 15   the record reflects that every time Halliburton sent BP a test

09:33:10 16   report, that it identified the presence of D-Air in the slurry

09:33:14 17   just like this using standard format?

09:33:16 18   A.    That's correct.

09:33:17 19   Q.    Go back to the first page, please.

09:33:26 20         With respect to the cement programs, did you review

09:33:29 21   more than one cement program?

09:33:33 22   A.    No, I think there was just one --

09:33:34 23   Q.    You just reviewed the one?

09:33:36 24   A.    Yes.

09:33:36 25   Q.    Let's review -- the one that Jesse sent on the 18th was

09:33:39  1    the one you reviewed?

09:33:40  2    A.    Yes.

09:33:41  3    Q.    Let's review that one, please.

09:33:45  4          In the cement program, it identifies the fluid stages

09:33:49  5    that are part of the cement design, correct?

09:33:51  6    A.    That's correct.

09:33:51  7    Q.    So you could look at what the ingredients are in the

09:33:55  8    unfoamed portion as well as the foam portion; correct?

09:33:58  9    A.    That is correct.

09:33:59 10    Q.    Is it Halliburton's practice when it does cement designs

09:34:02 11    to include the constituent parts of the slurry in every cement

09:34:07 12    program it sends?

09:34:07 13    A.    Yes, sir, it does.

09:34:08 14    Q.    Is that part of Halliburton's standard format for

09:34:11 15    reporting cement programs to customers?

09:34:13 16    A.    Yes, sir, it is.

09:34:14 17    Q.    Here, it identifies D-Air 3,000, as well, correct?

09:34:17 18    A.    It does.

09:34:18 19    Q.    For anyone that may be confused about the names that

09:34:21 20    Halliburton gives its proprietary additives, it actually

09:34:25 21    identifies it as a defoamer, doesn't it?

09:34:26 22    A.    It does.

09:34:27 23    Q.    Would you agree with me that if the record reflects that

09:34:29 24    this document or versions of it were sent multiple times to BP,

09:34:32 25    that each time it communicated the presence of D-Air in the

OFFICIAL TRANSCRIPT

slurry?

MR. REGAN:  Leading, Your Honor.  At this point, we're leading, and also going for speculation.

THE COURT:  Well, it is leading.  I'll sustain the objection.

BY MR. HILL:

Q.   Mr. Roth, what can you -- what would you -- what would you say -- how would you respond to BP's -- or how would you respond to the PSC's criticism that Halliburton did not advise or identify the presence of D-Air in the slurry to BP?

MR. THORNHILL:  Your Honor, let me object.  That mischaracterizes the testimony.

We had a process risk analysis yesterday identifying risk issues, and the witness testified that there were no risks identified, not that they were simply statements about presence of chemicals.  So I object.

MR. HILL:  Your Honor, if I could respond to that?

THE COURT:  Well, without characterizing the PSC's criticism -- you've identified e-mails where the D-Air ingredient was mentioned, so I don't know where you're going with the next question.

MR. HILL:  I could end it there.

BY MR. HILL:

Q.   Let's talk about best practices.

We can take that down, please.

**OFFICIAL TRANSCRIPT**

09:35:42  1              We talked with the fact that Halliburton's best
09:35:45  2   practices cautioned against the use of D-Air in a foam design,
09:35:45  3   correct?
09:35:50  4   A.    That is correct.
09:35:51  5   Q.    In fact, if you were designing a foam slurry from scratch,
09:35:57  6   would you expect the engineers who were in your cementing PSL
09:36:01  7   to include D-Air in it?
09:36:01  8   A.    No, I would not.
09:36:03  9   Q.    But if presented with a situation where D-Air is already
09:36:07 10   in the dry blend, meaning you can't take it out, what would you
09:36:22 11   expect one of your cement engineers to do if that slurry was
09:36:26 12   intended for use in foaming?
09:36:29 13   A.    They would have to confirm the performance of the slurry
09:36:32 14   through lab testing.
09:36:33 15   Q.    Can the effects of D-Air be overcome?
09:36:36 16   A.    It's my understanding that it can.
09:36:38 17   Q.    How?
09:36:39 18   A.    You would put sufficient foaming agent to be able to
09:36:44 19   provide for both foaming requirements and to counteract any
09:36:49 20   effects of the D-Air.
09:36:51 21   Q.    How do you know if you have successfully overcome the
09:36:56 22   effects of D-Air using the proper concentration of surfactant?
09:37:00 23   A.    By laboratory testing.
09:37:01 24   Q.    In your review of the post-incident documents, is that
09:37:03 25   what it appears Jesse did here?

                              **OFFICIAL TRANSCRIPT**

09:37:07  1   A.   It does.

09:37:07  2   Q.   Now, let me ask you:  You were asked, how do you know

09:37:10  3   because from the beginning and from February to April it

09:37:12  4   doesn't look like the ZoneSealant concentration changed.  You

09:37:16  5   heard reference to that this morning, correct?

09:37:18  6   A.   Correct.

09:37:18  7   Q.   Do you have any idea what the concentration of surfactant

09:37:23  8   is that Jesse may have used on jobs prior to Macondo?

09:37:25  9   A.   I don't know.

09:37:26 10   Q.   What is your understanding of when cement can be relied

09:37:33 11   upon as a barrier?

09:37:36 12   A.   It can only be relied upon as a barrier after it was

09:37:42 13   confirmed that it could serve in that purpose.

09:37:44 14   Q.   Yesterday -- and I'll just end on this -- yesterday, you

09:37:51 15   were asked a question by Mr. Thornhill that basically asked

09:37:55 16   whether or not -- I'll ask you, in fact, if -- Mr. Thornhill's

09:38:01 17   question to you was, "In fact, if Halliburton had followed

09:38:03 18   these specific objectives identifying the risk, mitigating the

09:38:07 19   risk, determining what design should be used, considering

09:38:10 20   options and then ultimately continually assessing that, we

09:38:14 21   wouldn't have this blowout, would we?"  And your response was,

09:38:17 22   "That is a statement of risk management."

09:38:19 23        I'm a little confused by your answer.  What did you

09:38:21 24   mean by that?

09:38:23 25   A.   Well, we had just followed a line of discussion concerning

**OFFICIAL TRANSCRIPT**

09:38:27  1   identification of hazards, understanding how those hazards
09:38:31  2   could be potentially mitigated and controlled to provide a
09:38:37  3   favorable outcome.  That's basically a statement of risk
09:38:43  4   management.
09:38:43  5   Q.   Setting aside whether it is or is not a statement of risk
09:38:47  6   management.  If a cement job does not zonally isolate -- or
09:38:51  7   does not achieve zonal isolation downhole, does that lead to a
09:38:55  8   blowout?
09:38:56  9   A.   No, sir, it does not in itself lead to a blowout.
09:38:58 10   Q.   Why?
09:38:59 11   A.   Because at the end of the cement job, there is a full
09:39:02 12   column of mud that provides sufficient hydrostatic pressure to
09:39:10 13   prevent hydrocarbons from flowing into the well.  This is
09:39:14 14   independent of the capability of the cement to provide zonal
09:39:20 15   isolation across those zones.
09:39:23 16        MR. HILL:  Thank you, Mr. Roth.
09:39:25 17            That's all I have for now, Your Honor.
09:39:27 18        THE COURT:  Thank you.
09:39:29 19            Transocean?
09:39:31 20        MR. MILLER:  Your Honor, if at all possible, I would
09:39:34 21   like to request one of the bio breaks.  I've got about 20 or
09:39:38 22   30 minutes of questioning.
09:39:39 23        THE COURT:  Let's take about a 15-minute recess.
09:39:44 24        THE DEPUTY CLERK:  All rise.
09:39:45 25            (WHEREUPON, at 9:39 a.m., the Court took a recess.)

**OFFICIAL TRANSCRIPT**

09:58:36  1          THE DEPUTY CLERK:  All rise.

09:58:40  2          THE COURT:  All right, please be seated, everyone.

09:58:50  3              Okay, Mr. Miller.

09:58:50  4                    **CROSS-EXAMINATION**

09:58:51  5   BY MR. MILLER:

09:58:51  6   Q.   Mr. Roth, good morning.

09:58:52  7   A.   Good morning.

09:58:53  8   Q.   My name is Kerry Miller.  I represent Transocean, and I

09:58:56  9   have you under cross-examination.

09:58:57 10          Mr. Roth, in your 33-plus years of experience in the

09:59:02 11   oil and gas industry, would you agree with me that for a

09:59:06 12   project like Macondo, it takes the contributions of

09:59:11 13   participations of half dozen or more contractors, plus the

09:59:15 14   operator, to get the job done?

09:59:16 15   A.   Yes, sir.

09:59:17 16   Q.   Based on your 33-and-a-half years experience in oil and

09:59:23 17   gas business, would you agree with me, sir, that contracts are

09:59:26 18   important in terms of how roles and responsibilities among the

09:59:31 19   various contractors and the operator are identified and

09:59:35 20   assigned?

09:59:37 21   A.   I would.

09:59:39 22          MR. MILLER:  I've having a hard time hearing the

09:59:41 23   witness, Your Honor.  I don't know if his mic is on.

09:59:46 24          THE DEPUTY CLERK:  It's on.

09:59:47 25          THE COURT:  Tap on it.  Tap on the mic.

                          **OFFICIAL TRANSCRIPT**

09:59:47 1                     It's on.

09:59:49 2     BY MR. MILLER:

09:59:49 3     Q.    Okay.  Let's pull up slide one, please.

10:00:00 4            What I'm pulling up, Mr. Roth, this is a copy of the

10:00:01 5     BP/Halliburton contract applicable to Macondo.

10:00:07 6            The highlighted language sets forth it was

10:00:12 7     Halliburton's role to provide cementing materials, engineering,

10:00:14 8     mixing and caulking service.  Do you see that, Mr. Roth?

10:00:14 9     A.    I do.

10:00:15 10    Q.    You agree with that being a role of Halliburton for the

10:00:18 11    Macondo project, correct?

10:00:19 12    A.    Yes, sir, it was.

10:00:20 13    Q.    It also states that it was Halliburton's responsibility to

10:00:22 14    provide the primary cementing of all casing strings, do you see

10:00:26 15    that, Mr. Roth?

10:00:27 16    A.    I do.

10:00:27 17    Q.    Again, that was a responsibility assigned to Halliburton

10:00:31 18    in its contract with BP for Macondo, correct?

10:00:34 19    A.    Correct.

10:00:34 20    Q.    Let's go to slide three, please.

10:00:38 21            THE COURT:  Mr. Miller, you're referring to slides, but

10:00:41 22    I don't think you're referring to exhibit or demonstrative.

10:00:44 23            MR. MILLER:  I apologize, Your Honor.  Let me try to

10:00:49 24    better engineer.

10:00:49 25            THE COURT:  We just need that for the record.

                              **OFFICIAL TRANSCRIPT**

10:00:51  1          MR. MILLER:  Yes, better engineer.

10:00:52  2              The document I was referring to is the

10:00:55  3  BP/Halliburton contract.  I think it's been marked as TREX-640.

10:01:03  4          THE COURT:  That's not the number I see on the screen.

10:01:07  5          MR. MILLER:  60394-087.  I think it has multiple TREX

10:01:13  6  numbers.

10:01:13  7          THE COURT:  Thank you.

10:01:14  8          MR. MILLER:  This will be the BP/Halliburton contract.

10:01:14  9  BY MR. MILLER:

10:01:17 10  Q.   Would you agree with me, sir, that it's also Halliburton's

10:01:20 11  responsibility under the contract to make recommendations on

10:01:23 12  fit for purpose slurry designs?

10:01:27 13  A.   Yes, sir, that's in the contract.

10:01:28 14  Q.   Ultimately, Mr. Roth, under the contract and the

10:01:33 15  arrangement between Halliburton and BP, it was Halliburton's

10:01:36 16  responsibility to recommend to BP a cement design for Macondo?

10:01:43 17  A.   Would you repeat the question, please?

10:01:44 18  Q.   Yes, sir.  It was Halliburton's responsibility to

10:01:46 19  recommend to BP a cement design for Macondo?

10:01:50 20  A.   I think it was, yes, sir.

10:01:51 21  Q.   It was also Halliburton's responsibility to communicate

10:01:55 22  that recommended design to BP, correct?

10:01:58 23  A.   Correct.

10:01:58 24  Q.   In your earlier testimony today, you testified about the

10:02:04 25  fact that the point person for Halliburton for the Macondo

                        **OFFICIAL TRANSCRIPT**

3188

10:02:08  1    project was Mr. Gagliano, correct?

10:02:11  2    A.    That's correct.

10:02:11  3    Q.    Mr. Gagliano, I think the words that you used or counsel

10:02:14  4    used, was embedded within BP's offices; correct?

10:02:17  5    A.    Yes, sir.

10:02:17  6    Q.    It was Mr. Gagliano who was responsible for Halliburton to

10:02:22  7    communicate with BP Halliburton's proposed slurry design for

10:02:27  8    the Macondo project, correct?

10:02:28  9    A.    Yes, sir.

10:02:29 10    Q.    Let's go to slide two.  This is also a slide from the

10:02:32 11    contract between BP and Halliburton.

10:02:37 12           I'm just going through kind of the A to Z of the

10:02:42 13    cement process with you, Mr. Roth, just to give you some

10:02:42 14    orientation.  I know you've given testimony on that before in

10:02:45 15    your deposition and before Congress.

10:02:49 16           Another provision of the contract, which is on

10:02:56 17    TREX-60394-84, page 84, it's Halliburton's responsibility to

10:03:07 18    test the cement slurry in Halliburton's lab, correct?

10:03:11 19    A.    Correct.

10:03:11 20    Q.    That would be the Broussard lab, correct?

10:03:17 21    A.    The Broussard lab would service the Macondo well.

10:03:23 22    Q.    In the Broussard lab, that would be Halliburton's

10:03:27 23    equipment and Halliburton's lab personnel doing the work in the

10:03:31 24    Broussard lab, correct?

10:03:33 25    A.    Yes, sir.

**OFFICIAL TRANSCRIPT**

10:03:33  1    Q.    In terms of once you have test results, it's also
10:03:36  2    Halliburton's responsibility to communicate those test results
10:03:39  3    to BP, correct?
10:03:39  4    A.    Yes, sir.
10:03:40  5    Q.    That, again, would have been the job of Mr. Gagliano,
10:03:40  6    correct?
10:03:43  7    A.    Correct.
10:03:43  8    Q.    So once you have a slurry design, and once you have cement
10:03:48  9    tested, the next part of the usual process would be to go ahead
10:03:52 10    and make the cement, correct?
10:03:58 11    A.    I don't understand the question, sir.
10:03:59 12    Q.    A better question is the next part of the process would be
10:04:03 13    for Halliburton to prepare the dry blend cement and additives,
10:04:03 14    correct?
10:04:07 15    A.    Not necessarily.
10:04:07 16    Q.    It is in general one of the things that Halliburton does
10:04:18 17    direct, that is, Halliburton does at its facility, for example,
10:04:21 18    in Fourchon, prepare dry blend cement slurries, correct?
10:04:27 19    A.    Halliburton does prepare a dry blend cement at Fourchon
10:04:31 20    bulk plant.
10:04:32 21    Q.    I meant dry blend cement.  It doesn't become a slurry
10:04:37 22    until it's pumped, correct?
10:04:38 23    A.    That's correct.
10:04:38 24    Q.    In terms of Fourchon, what they do is this is the dry mix,
10:04:43 25    so to speak, correct?

**OFFICIAL TRANSCRIPT**

10:04:44  1    A.    I don't know what you're asking, sir.

10:04:46  2    Q.    In terms of the dry blend cement, this would be the

10:04:50  3    product that contains the various additives, correct?

10:04:53  4    A.    Halliburton blends cement at its Fourchon bulk plant.

10:04:59  5    Q.    In terms of once you have a blend at the Fourchon bulk

10:05:04  6    plant, it is then Halliburton's responsibility to transport

10:05:08  7    that cement to the particular rig at issue, correct?

10:05:10  8    A.    No, sir, it's not.

10:05:11  9    Q.    Is that the responsibility of the operator?

10:05:12 10    A.    That's correct.

10:05:12 11    Q.    So Halliburton would deliver at Fourchon the cement that a

10:05:20 12    particular operator is going to use on a rig, and it would be

10:05:23 13    the operator's responsibility to have the supply boat there and

10:05:26 14    to transport it to the rig?

10:05:28 15    A.    That's my understanding.

10:05:28 16    Q.    Thank you.

10:05:32 17          Now, once the cement got on the rig, it would be

10:05:35 18    Halliburton's responsibility to mix and pump the cement on the

10:05:37 19    rig, correct?

10:05:38 20    A.    Halliburton has that responsibility, yes.

10:05:43 21    Q.    With respect to the arrangement for the Macondo, that was

10:05:45 22    Halliburton's job, correct?

10:05:48 23    A.    That's correct.

10:05:48 24    Q.    The mixing and pumping that occurs on the rig, that's done

10:05:52 25    with Halliburton's equipment and Halliburton's personnel,

10:05:54 1    correct?

10:05:55 2    A.    Yes, it is.

10:05:55 3    Q.    In terms of the issues we just discussed, I've seen you

10:06:02 4    describe the process between the cement contractor and the

10:06:06 5    operator as an iterative process, correct, Mr. Roth?

10:06:09 6    A.    That's correct.

10:06:10 7    Q.    That process involves lots of communication between

10:06:15 8    Halliburton, the cement contractor and the operator, BP in this

10:06:18 9    case, correct?

10:06:18 10   A.    That's correct.

10:06:18 11   Q.    Let's look at slide four, which, again, is TREX-60394.

10:06:29 12   This is at A-3, which is another provision of the contract.

10:06:33 13        The BP/Halliburton contract, Mr. Roth, also provides

10:06:38 14   that it's Halliburton's responsibility to provide onshore

10:06:40 15   engineering support to BP's operation, correct?

10:06:43 16   A.    That's correct.

10:06:44 17   Q.    This onshore engineering support would include, and I

10:06:49 18   quote from the contract, "developing and updating the cement

10:06:52 19   basis of design," correct, Mr. Roth?

10:06:54 20   A.    Yes, sir.

10:06:54 21   Q.    Slurry and spacer design, correct, Mr. Roth?

10:06:56 22   A.    Yes, sir.

10:06:57 23   Q.    Job planning and design, correct, Mr. Roth?

10:07:00 24   A.    Yes, sir.

10:07:01 25   Q.    Engineering simulations, which involve pressures,

10:07:04  1   temperatures, placement, mechanical failure issues, correct,

10:07:08  2   Mr. Roth?

10:07:08  3   A.    Correct.

10:07:09  4   Q.    Operational and management supervision on the job,

10:07:12  5   correct, Mr. Roth?

10:07:12  6   A.    That is correct.

10:07:12  7   Q.    Job evaluation and reporting, correct, Mr. Roth?

10:07:15  8   A.    Yes, sir.

10:07:16  9   Q.    That job evaluation and reporting, that would include

10:07:21 10   sharing that evaluation and that reporting with the operator,

10:07:24 11   correct, Mr. Roth?

10:07:25 12   A.    Yes, sir.

10:07:25 13   Q.    Again, under Section 1.2 of the contract, this is

10:07:35 14   consistent went with Halliburton having a man embedded within

10:07:39 15   BP's well team in Houston, correct?

10:07:41 16   A.    That would be correct.

10:07:42 17   Q.    This is the type of support that the Halliburton embedded

10:07:45 18   man is supposed to provide, embedded within BP's offices,

10:07:45 19   correct?

10:07:51 20   A.    He would lead that effort, yes, sir.

10:07:53 21   Q.    In terms of that effort that he's leading, he could also,

10:07:55 22   in terms of Halliburton's man, in this case, Jesse Gagliano,

10:07:58 23   rely upon the vast resources, the vast technical resources,

10:08:03 24   management resources that Halliburton has within its offices,

10:08:05 25   correct?

**OFFICIAL TRANSCRIPT**

10:08:05 1    A.    That is correct.

10:08:06 2    Q.    The workstation in BP's office in Houston that

10:08:17 3    Mr. Gagliano was embedded in, are you aware, sir, that he was

10:08:20 4    embedded with the individuals at BP, including Brian Morel,

10:08:25 5    Mark Hafle, Brett Cocales, Greg Walz, John Guide and David

10:08:30 6    Sims?

10:08:30 7    A.    Only from what I've seen in the Marine Board testimony

10:08:34 8    would I recognize those names.

10:08:36 9    Q.    Let's move to the slurry design.  I know there has been a

10:08:41 10   lot of testimony about D-Air.  Hopefully, I won't ask you very

10:08:47 11   many questions about that.

10:08:48 12          In terms of the particular design used at Macondo, it

10:08:51 13   was BP who decided to use on the Macondo production casing a

10:08:56 14   cement blend left over from the Kodiak well, correct?

10:08:59 15          MR. REGAN:  Objection, Your Honor, foundation,

10:09:01 16   speculation.

10:09:01 17   BY MR. MILLER:

10:09:03 18   Q.    If you know, sir?

10:09:03 19   A.    I don't know whose decision it actually was.

10:09:05 20   Q.    Sir, do you know, in fact, though, that Kodiak -- leftover

10:09:10 21   cement from Kodiak was the dry blend used for the Macondo

10:09:15 22   cement job?

10:09:15 23   A.    Yes, sir, it was.

10:09:16 24   Q.    The Kodiak cement job, do you know, sir, was not a foam

10:09:22 25   job like Macondo, correct?

                              **OFFICIAL TRANSCRIPT**

10:09:24  1    A.    That's my understanding.

10:09:24  2    Q.    I think what you said -- you testified to earlier, based

10:09:29  3    on your experience, you personally have been involved in the

10:09:32  4    design and pumping of approximately 1,000 cement jobs using

10:09:37  5    conventional cement, correct?

10:09:38  6    A.    Correct.

10:09:39  7    Q.    Let's pull up demonstrative 101.

10:09:56  8          I know, sir, you've given testimony on your thoughts

10:09:59  9    with respect to the use of the D-Air additive in a foam cement.

10:10:04 10          You mentioned the manual.  I just want to make clear,

10:10:07 11    the parties have been able to find three internal Halliburton

10:10:11 12    documents that advise against using D-Air in a foam cement job.

10:10:15 13          That would be the Halliburton Global Laboratory Best

10:10:18 14    Practices, and that document advises against using D-Air in a

10:10:21 15    foam cement job, correct, Mr. Roth?

10:10:23 16    A.    Yes, sir.

10:10:23 17    Q.    In addition, the Halliburton Cementing Technology Manual,

10:10:28 18    that manual advises against using D-Air in a foam cement job,

10:10:33 19    correct, Mr. Roth?

10:10:33 20    A.    Yes, sir.

10:10:33 21    Q.    The Halliburton ZoneSealant Technology Bulletin, that also

10:10:38 22    advises against using D-Air in a foam cement, correct,

10:10:38 23    Mr. Roth?

10:10:44 24    A.    Yes, sir.

10:10:44 25    Q.    These documents are all internal documents to Halliburton?

                                **OFFICIAL TRANSCRIPT**

3195

10:10:47 1    A.    They are.

10:10:47 2    Q.    These are documents that Jesse Gagliano would have had

10:10:51 3    available at the time that he was embedded in BP's office in

10:10:53 4    2010?

10:10:53 5    A.    Correct.

10:10:54 6    Q.    These documents also would have been available to the

10:10:59 7    technical support staff that Halliburton has at its various

10:11:03 8    facilities in Broussard and Oklahoma, correct?

10:11:06 9    A.    That's correct.

10:11:06 10   Q.    Sir, if the production casing foam cement had been

10:11:18 11   designed from scratch for Macondo and not recycled from the

10:11:26 12   Kodiak well, that particular foam sealant would not have

10:11:31 13   included the D-Air foamer, correct?

10:11:34 14   A.    That would be in keeping with all the recommendations that

10:11:37 15   have been published.

10:11:40 16   Q.    Let's pull up TREX-7483.

10:11:50 17         Sir, in your direct examination by Mr. Hill, he

10:11:54 18   showed a document on the screen which set forth a half dozen or

10:12:00 19   more lab results that Halliburton provided to BP showing the

10:12:08 20   presence of D-Air in the Macondo slurry.  Do you recall that

10:12:13 21   demonstrative?

10:12:14 22   A.    Repeat the question, please.

10:12:14 23   Q.    Yes.  Mr. Hill showed you during your examination.  It was

10:12:17 24   a document on the screen that referenced a half dozen or more

10:12:22 25   lab results, and those lab results showed the presence of D-Air

OFFICIAL TRANSCRIPT

10:12:28  1   in the Macondo slurry.  Do you recall that document?

10:12:31  2   A.    Yes, sir.

10:12:31  3   Q.    On March 7, 2010 -- this is an e-mail from Mark Hafle.

10:12:40  4   Mark Hafle was one of the wells engineers at BP; are you aware

10:12:44  5   of that, sir?

10:12:45  6   A.    Yeah, I've seen him being referenced in the Marine Board

10:12:53  7   testimony.

10:12:53  8   Q.    This e-mail was sent to Jesse Gagliano, and copied on it

10:12:58  9   are some of the other BP Drilling Engineers, Mr. Morel and

10:13:05 10   Mr. Cocales.

10:13:05 11         It's a question that Mr. Hafle is posing to Mr.

10:13:05 12   Gagliano.  It says, "Can we put foam cement across the zone to

10:13:09 13   be perforated during the completion?  Not sure if this is done

10:13:14 14   on other wells with close PPFG."

10:13:17 15         Do you see that, Mr. Roth?

10:13:18 16   A.    Yes, I see that.

10:13:19 17   Q.    The foam cement across the zone, that's in reference to

10:13:19 18   the hydrocarbon bearing zone, is it not, Mr. Roth?

10:13:24 19   A.    That's correct.

10:13:25 20   Q.    That's where the nine and seven-eighths inch casing was

10:13:28 21   implemented, correct, Mr. Roth?

10:13:31 22   A.    I think it's the seven-inch down on bottom, which would be

10:13:35 23   across the hydrocarbons.  It's a combination string, and I

10:13:40 24   think it's seven on bottom.

10:13:41 25   Q.    Nine and seven-eighth on top and seven on bottom?

**OFFICIAL TRANSCRIPT**

10:13:44  1   A.    Yes, sir.

10:13:44  2   Q.    That's where the hydrocarbon bearing zone would be,

10:13:44  3   correct?

10:13:48  4   A.    Correct.

10:13:48  5   Q.    Mr. Roth, one of the challenges here that BP is advising

10:13:55  6   Halliburton of is the close PPFG, do you see that, Mr. Roth?

10:13:59  7   A.    Yes, I do.

10:14:00  8   Q.    I think you mentioned in your deposition that you view a

10:14:04  9   close PPFG blend, though, as a formidable challenge for a

10:14:08 10   cement job, correct?

10:14:09 11   A.    Yes, I do.

10:14:09 12   Q.    Mr. Gagliano was aware of the narrow PPFG issues on

10:14:13 13   Macondo, at least by the time of this March 7th e-mail,

10:14:16 14   correct?

10:14:16 15   A.    Yes.

10:14:16 16   Q.    Let's look at Mr. Gagliano's response to this e-mail.

10:14:22 17   That would be TREX -- I think it's the very next note, but

10:14:26 18   sometimes things make sense -- 7484.

10:14:31 19        He's responding to Mr. Hafle's question by saying

10:14:34 20   this -- this is Mr. Gagliano -- "We have foamed several

10:14:39 21   production liners and casing across the production zone to be

10:14:42 22   perforated."

10:14:43 23        So this is Mr. Gagliano telling Mr. Hafle, "We can

10:14:51 24   use foam cement in the production interval," correct?

10:14:54 25   A.    That's correct.

**OFFICIAL TRANSCRIPT**

10:14:54 1   Q.   Mr. Gagliano further tells Mr. Hafle that this has been

10:14:59 2   done in the past with success, correct?

10:15:01 3   A.   That's correct.

10:15:01 4   Q.   Okay.  Sir, do you see in this particular e-mail dated

10:15:09 5   March 7, 2010, any reminder on the part of Mr. Gagliano to

10:15:19 6   Mr. Hafle and the other folks at BP that, hey, look, I know

10:15:23 7   you're planning to use the leftover Kodiak cement on Macondo,

10:15:27 8   and I've told before that that particular cement had D-Air in

10:15:32 9   it, and you shouldn't use that; that didn't happen in this

10:15:37 10   e-mail, did it, Mr. Roth?

10:15:38 11   A.   I don't see that stated in this e-mail.

10:15:40 12   Q.   Part of the iterative process that you've described is

10:15:44 13   effective communication between contractor and operator

10:15:47 14   representatives, correct?

10:15:48 15   A.   That's correct.

10:15:49 16   Q.   Aside from the lab reports that we saw in your direct

10:15:52 17   examination, do you have any evidence, sir, of any time, orally

10:15:56 18   or in writing, in March or April, where Mr. Gagliano reminded

10:16:00 19   the folks at BP, hey, there is a risk here, it's against our

10:16:06 20   best practices, don't use the leftover Kodiak cement because

10:16:11 21   it's got D-Air in it?  Do you have any evidence, sir, that you

10:16:14 22   can point to today?

10:16:15 23   A.   I have no knowledge of that, sir.

10:16:30 24   Q.   Let's look at TREX-01395.

10:16:34 25         Sir, is it correct -- I know Judge Barbier had some

**OFFICIAL TRANSCRIPT**

3199

10:16:42 1   questions about not focusing on testing -- that the test be
10:16:48 2   done on the actual slurry used in the well, correct, sir?
10:16:51 3   A.   Yes, sir.
10:16:51 4   Q.   That's what you wanted to test, correct?
10:16:54 5   A.   That would be our best practice.
10:16:56 6   Q.   Right.
10:16:57 7        We know, sir, that the foam cement that was pumped at
10:17:00 8   Macondo was pumped on April 19th, correct?
10:17:05 9   A.   Yes, it was.
10:17:06 10  Q.   This is an e-mail dated April 18th.  Do you see that?
10:17:09 11  A.   Yes, I do.
10:17:11 12  Q.   Actually, this is the e-mail, and this is the response, I
10:17:14 13  think.
10:17:15 14       The e-mail is initiated by Jesse Gagliano on
10:17:18 15  April 18th, at 6:50 p.m., do you see that?
10:17:21 16  A.   Yes, sir.  I do.
10:17:22 17  Q.   He's writing the e-mail to the BP Wells Team members, do
10:17:30 18  you see that, Brian Morel and Mr. Hafle and so on?
10:17:30 19  A.   I do.
10:17:30 20  Q.   It's a question posed by Jesse.  It says, "Brian, has a
10:17:34 21  decision been made yet if you are going with the 8 gallons or
10:17:38 22  9 gallons of retarder?"  Do you see that?
10:17:40 23  A.   Yes, I do.
10:17:40 24  Q.   That's a question with reference to a particular additive
10:17:43 25  that was going to be added to the slurry that was going to be

**OFFICIAL TRANSCRIPT**

10:17:47   1    pumped at Macondo, correct?

10:17:49   2    A.    That is correct.

10:17:49   3    Q.    Later in the day, in fact, 10 minutes before midnight on

10:17:54   4    April 18th, Brian Morel responds to Jesse Gagliano, "Nine

10:17:58   5    gallons."  Do you see that?

10:17:59   6    A.    Yes, sir, I do.

10:18:01   7    Q.    So, sir, based on this particular e-mail, the day before

10:18:06   8    the cement was going to be run in the well, BP, through Brian

10:18:12   9    Morel, changed the cement's retarder concentration to nine

10:18:16  10    gallons, correct?

10:18:16  11          MR. REGAN:  Objection, Your Honor, speculation.  I

10:18:18  12    mean, he can read the e-mail.

10:18:19  13          THE WITNESS:  I assume so in the e-mail.

10:18:20  14          THE COURT:  I guess he can give his interpretation of

10:18:23  15    the e-mail based on his experience.

10:18:23  16    BY MR. MILLER:

10:18:28  17    Q.    Based on your experience and the e-mail, sir, do you

10:18:31  18    understand that to be the case?

10:18:32  19    A.    This would look like identification by Brian, his

10:18:36  20    selection of nine gallons of retarder.

10:18:39  21    Q.    So the day before the cement was run, the BP Halliburton

10:18:45  22    iterative process finally determined what the exact cement

10:18:47  23    design would be based upon this e-mail, correct, Mr. Roth?

10:18:50  24    A.    That's what it appears to be.

10:18:51  25    Q.    Once the actual mix was determined at 10 minutes to

**OFFICIAL TRANSCRIPT**

10:18:55  1   midnight on April 18th, it was that mix that should have been

10:18:58  2   tested to confirm the method, job objective and requirements,

10:19:02  3   correct, Mr. Roth?

10:19:05  4   A.   [Inaudible] --

10:19:05  5          MR. REGAN:  Your Honor, I object.  With respect to the

10:19:06  6   time on this e-mail, I think, as counsel knows, some of the

10:19:09  7   times on these e-mails have to be adjusted for Greenwich Mean

10:19:13  8   Time.  So that time is not actually 11:51 p.m., it's about four

10:19:17  9   hours earlier than that time period.

10:19:20 10          I don't want to interrupt you, but, just for the

10:19:22 11   record standpoint, I don't want to continue with a question

10:19:24 12   that suggests that that is actually 11:51 p.m.

10:19:28 13          MR. MILLER:  Your Honor, I don't care if it's 8 o'clock

10:19:30 14   or midnight on the 18th.  I don't know if it's Central Time or

10:19:34 15   Greenwich Mean Time.

10:19:35 16          MR. REGAN:  I understand, but just for the record.

10:19:35 17          THE COURT:  I was trying to understand, is that a

10:19:37 18   critical fact here, Mr. Regan?

10:19:40 19          MR. REGAN:  Well, it may not be a critical fact, but

10:19:43 20   it's one where, if it continues to persist, I didn't want to be

10:19:45 21   here three months later --

10:19:46 22          THE COURT:  We've talked about a lot of e-mails here.

10:19:48 23   Are you saying all of these e-mail times are wrong?

10:19:51 24          MR. REGAN:  The parties all know.  This has been a

10:19:54 25   discussion for last couple years.  The parties --

                        **OFFICIAL TRANSCRIPT**

10:19:55  1          THE COURT:  First I've heard of it.

10:19:57  2          MR. REGAN:  Understood, which is why I stood up.

10:19:57  3  BY MR. MILLER:

10:19:59  4  Q.    Assuming the e-mail is at 7:50 in the evening on

10:20:02  5  April 18th, Mr. Roth, isn't it the case, sir, that the mix was

10:20:09  6  not established until 7 o'clock or so on April 18th, based upon

10:20:14  7  the conversion time of the e-mail, and this is the mix that

10:20:19  8  should have been tested to confirm it met the job objectives

10:20:23  9  and requirements?

10:20:26 10  A.    I see the nine gallons on the sheet, sir.

10:20:28 11  Q.    It's the nine-gallon cement mix that should have been

10:20:32 12  tested to confirm it met the job objective and requirements,

10:20:32 13  correct?

10:20:36 14  A.    That would be the best practice.

10:20:37 15  Q.    Because that's the actual design that went into the well,

10:20:41 16  correct?

10:20:41 17  A.    Yes, it's my understanding nine gallons was used.

10:20:45 18  Q.    Again, sir, it was Halliburton who was responsible for

10:20:50 19  performing all of the cement lab testing, correct?

10:20:53 20  A.    That's our role, correct.

10:20:54 21  Q.    Sir, are you aware of any e-mail from Jesse Gagliano after

10:20:57 22  the evening of April 18th which had, hey, time out, wait a

10:21:07 23  minute, Brian Morel and Mr. Hafle, Halliburton has not run its

10:21:09 24  full suite of tests which it is obligated to do under the

10:21:12 25  contract on this actual slurry?

**OFFICIAL TRANSCRIPT**

10:21:13 1    A.    I have not seen any e-mails to that effect.

10:21:15 2    Q.    Sir, did you look for e-mails to that effect?

10:21:18 3    A.    No, sir, not specifically.

10:21:19 4    Q.    Did you interview or question people who report to you

10:21:23 5    within Halliburton saying, hey, we have an iterative process

10:21:28 6    with our customer, there must be some communication, find that

10:21:32 7    for me?

10:21:33 8    A.    No, sir, I did not.

10:21:33 9    Q.    Sir, you would agree with me that no one knows exactly how

10:21:38 10   cement functions downhole, and that is why lab tests are

10:21:41 11   conducted on the actual slurry under the most simulated

10:21:46 12   conditions, real life conditions, in order to simulate the

10:21:52 13   cement performance, correct?

10:21:53 14   A.    That's the best practice.

10:21:54 15   Q.    Let's pull up --

10:22:04 16         In terms of testing, Halliburton is the world's

10:22:08 17   largest cement contractor, has its own internal documents which

10:22:13 18   set forth minimum testing standards, correct, Mr. Roth?

10:22:15 19   A.    There are a number of documents to that effect, yes, sir.

10:22:19 20   Q.    Let's pull up TREX-989.

10:22:30 21         Sir, this is from Halliburton's US Land Offshore

10:22:33 22   Cementing Work Methods.  Are you familiar with that document,

10:22:36 23   sir?

10:22:36 24   A.    No, sir, I'm not, not right offhand.

10:22:37 25   Q.    Let me see if you're familiar with some of the statements

**OFFICIAL TRANSCRIPT**

10:22:40  1    set forth in this document based upon your experience at

10:22:44  2    Halliburton for the last 33.5 -- 33-and-a-half years.

10:22:48  3              Sir, it states here, "The objective is to provide

10:22:52  4    work methods on how to determine the minimum amount of lab

10:22:56  5    testing that needs to be completed for a given cement job."

10:23:00  6              Sir, is that a Halliburton practice, as far as you

10:23:02  7    know?

10:23:02  8    A.   I would think it is.  Again, I don't recognize the

10:23:08  9    document right offhand, but I don't take exception to anything

10:23:11 10    that's on it.

10:23:11 11    Q.   This particular practice would apply to the Macondo well,

10:23:11 12    correct?

10:23:15 13    A.   Correct.

10:23:16 14    Q.   It then states, the Halliburton US Land Offshore Cementing

10:23:22 15    Work Methods, that, "The following test types are the minimum

10:23:25 16    lab tests that need to be run to ensure success on the job."

10:23:29 17    Do you see that, sir?

10:23:30 18    A.   I see it.

10:23:30 19    Q.   Did I read that correctly?

10:23:32 20    A.   You did.

10:23:33 21    Q.   You agree that testing is needed to ensure success on a

10:23:36 22    job, correct?

10:23:37 23    A.   That's correct.

10:23:38 24    Q.   This document, TREX-989, this US Land Offshore Cementing

10:23:48 25    Work Method, references an embedded spreadsheet which details

**OFFICIAL TRANSCRIPT**

10:23:53  1    the minimum testing for a given job, do you see that, sir?

10:23:56  2    A.    I see that.

10:23:57  3    Q.    Let's pull it up.  That embedded spreadsheet is

10:24:05  4    TREX-42045.

10:24:10  5          Sir, I think you mentioned during your direct

10:24:11  6    testimony and perhaps on cross from the PSC, that you have some

10:24:16  7    experience in testing cement slurries, correct?

10:24:23  8    A.    I've done cement engineering work in the past.

10:24:25  9    Q.    Sir, this is the embedded file that was in the Halliburton

10:24:33  10   work methods.

10:24:36  11         Sir, isn't it the case that the pump time test, which

10:24:44  12   is identified as an internal minimum test from Halliburton's

10:24:49  13   perspective that should be run on a cement job, was not run on

10:24:53  14   the actual Macondo slurry?

10:24:58  15   A.    I think it was.

10:24:58  16   Q.    Sir, what evidence do you have that a pump time test was

10:25:03  17   run on the actual slurry used on Macondo?

10:25:07  18   A.    I have reviewed lab reports and also weigh-up sheets that

10:25:12  19   indicate that thickening time was performed on both eight and

10:25:19  20   nine-gallon concentrations of retarder.  Pump time is

10:25:24  21   synonymous with thickening time.

10:25:26  22   Q.    I agree with that, sir.  I haven't seen those documents.

10:25:30  23   Perhaps I misspoke.

10:25:31  24         Compressive strength, sir, will you agree with me

10:25:35  25   that the compressive strength test was not run on the actual

10:25:39  1   slurry used in Macondo?

10:25:40  2   A.    No, sir, I would not agree with that.

10:25:42  3   Q.    What's your basis for disagreeing with that question, sir?

10:25:45  4   A.    Review of lab tests and other documents.

10:25:47  5   Q.    What lab tests are you referring to, do you know, sir?

10:25:52  6   A.    There is a lab test that's got a doc date of April 18th,

10:25:58  7   which shows the compressive strength of the cements.

10:26:01  8   Q.    And that lab test dated April 18th, sir, that test could

10:26:06  9   not have tested the .09 because that was not decided until the

10:26:10 10   night of April 18th, correct, sir?

10:26:12 11   A.    The April 18th is simply the reference of when the test

10:26:15 12   request was initiated.  It's not a statement of when it was

10:26:19 13   performed.

10:26:20 14   Q.    In terms of compressive strength tests, that could refer

10:26:24 15   to both a UCA and a crush test, correct?

10:26:27 16   A.    That's correct.

10:26:27 17   Q.    Were both UCA and crush tests done on the .09 slurry?

10:26:33 18   A.    I would have to go back and review specifically the tests

10:26:36 19   to answer your question.

10:26:37 20   Q.    So you don't know as you sit here today, sir?

10:26:40 21   A.    No, not from memory.

10:26:41 22   Q.    What about this free water test.  This is another

10:26:44 23   Halliburton minimum standard, sir.  Was that done on the actual

10:26:49 24   .09 Macondo slurry, to the best of your knowledge?

10:26:53 25   A.    No, sir, free water is not typically done on foam cements,

**OFFICIAL TRANSCRIPT**

10:26:57  1   and I don't think it was done on the Macondo cement.

10:26:59  2   Q.   Let's look at this.  Free water, while it's not required

10:27:02  3   for foam slurries, it is required for slurries that are placed

10:27:07  4   in the -- for the production casing, correct?

10:27:09  5   A.   That is the recommendation.

10:27:13  6   Q.   Halliburton's work method -- it's a document, we looked at

10:27:18  7   before this --

10:27:19  8       You can pull that down.

10:27:20  9       -- talks about Halliburton's internal testing being

10:27:24 10   minimum standards, do you recall that, Mr. Roth?

10:27:26 11   A.   Yes, sir.

10:27:26 12   Q.   The customer can request additional tests to be done,

10:27:31 13   correct, Mr. Roth?

10:27:32 14   A.   That's correct.

10:27:32 15   Q.   Let's look at TREX-640, at page 16.

10:27:40 16       Sir, do you recognize this as the BP Halliburton

10:27:43 17   contract in the case?

10:27:46 18   A.   I don't recognize it by inspection, no, sir.

10:27:48 19   Q.   Let me ask you some questions and see if you're familiar

10:27:52 20   with these concepts.

10:27:55 21       Sir, it states, "Minimum testing for cementing

10:27:57 22   operations.  All testing is required on rig samples and is to

10:28:02 23   be submitted to company wells team 24 hours prior to cementing

10:28:06 24   operations commence."  Do you see that, Mr. Roth?

10:28:08 25   A.   I see that.

**OFFICIAL TRANSCRIPT**

10:28:09  1    Q.    That would be a particular assignment given in the

10:28:12  2    contract to the cementing contractor, Halliburton in this case,

10:28:15  3    correct?

10:28:17  4    A.    Repeat the question, please.

10:28:18  5    Q.    Yeah.  This particular assignment, to provide to the

10:28:21  6    company, the company here is BP, right?

10:28:22  7    A.    Yes.

10:28:24  8    Q.    The party that is supposed to provide the minimum testing

10:28:30  9    for cementing operations to BP is Halliburton, correct?

10:28:31  10   A.    Correct.

10:28:32  11   Q.    Those test results must be provided 24 hours prior to

10:28:37  12   cementing operations commence, correct?

10:28:39  13   A.    I see that on this sheet, yes, sir.

10:28:40  14   Q.    Let's look under general requirements.  These would be

10:28:43  15   general testing requirements in the BP/Halliburton contract,

10:28:49  16   correct, sir?

10:28:49  17   A.    If this is from a contract, and -- it's what's agreed

10:28:54  18   between Halliburton and BP.  I'm not familiar with the

10:28:57  19   document.

10:28:57  20   Q.    It states, "Where gas migration is high" -- in the general

10:29:03  21   requirement section, you can look on your screen -- "you must

10:29:05  22   have a static gel strength transition time and zero gel time

10:29:12  23   determined."

10:29:12  24         Do you see that, Mr. Roth?

10:29:12  25   A.    I see that.

**OFFICIAL TRANSCRIPT**

10:29:13 1    Q.   And in terms of specific requirements, again, we tried to

10:29:18 2    highlight, the tests that are applicable to production casing.

10:29:20 3         Do you see that, sir?

10:29:21 4    A.   I do.

10:29:21 5    Q.   And that's the issue that brings us here today, right, the

10:29:26 6    cement in the production casing?  And one of the tests that

10:29:29 7    needs to be run is pump time, correct?

10:29:31 8    A.   Correct.

10:29:31 9    Q.   And that was a Halliburton minimum test, correct?

10:29:43 10   A.   It was a what?

10:29:43 11   Q.   That was one of the Halliburton minimum tests, correct?

10:29:43 12   A.   Yes.

10:29:43 13   Q.   Another test is compressive strength?

10:29:43 14   A.   Correct.

10:29:43 15   Q.   And that comprised of both UCA and the crush test,

10:29:49 16   correct?

10:29:49 17   A.   It could be either.

10:29:50 18   Q.   Or it could be both, correct?

10:29:52 19   A.   Or it could be both, yes, sir.

10:29:53 20   Q.   And you don't know, as you sit here today, whether or not

10:29:55 21   Halliburton performed tests on both, on .09 slurry for both

10:30:00 22   crushed and UCA, correct?

10:30:02 23   A.   I would have to review the results.

10:30:04 24   Q.   Operating free water, that's another required test,

10:30:06 25   correct?

**OFFICIAL TRANSCRIPT**

10:30:07  1    A.    That's what this document says.

10:30:08  2    Q.    And rheology, that's another one, correct?

10:30:11  3    A.    That's what this document says.

10:30:12  4    Q.    Also, "In addition," it says under the general

10:30:16  5    requirements, "a company settlement test must be run in these

10:30:22  6    situations"?

10:30:22  7    A.    That's what the document says.

10:30:23  8    Q.    That would have been applicable to Macondo, correct, sir?

10:30:26  9    A.    Yes, sir.

10:30:26 10    Q.    Sir, do you know if the static gel strength transition

10:30:48 11    time test was done on the actual Macondo slurry?

10:30:50 12    A.    Repeat the question, please.

10:30:51 13    Q.    Do you know if the static gel strength transition time

10:30:54 14    test was done on the actual Macondo slurry?

10:30:56 15    A.    I do not.

10:30:57 16    Q.    Sir, do you know if zero gel time test was done on the

10:31:00 17    Macondo slurry?

10:31:01 18    A.    I do not.

10:31:01 19    Q.    And those would be two required tests by the company,

10:31:06 20    correct?

10:31:07 21    A.    That's what's in the documents that we reviewed.

10:31:09 22    Q.    And the contract also required that Halliburton perform a

10:31:13 23    company settlement test for stability purports, correct?

10:31:16 24    A.    Repeat the question, please.

10:31:16 25    Q.    Yeah.  The contract between BP and Halliburton also

**OFFICIAL TRANSCRIPT**

10:31:20  1    required a company settlement test, correct?

10:31:23  2    A.    A company settlement test?

10:31:25  3    Q.    Yes.

10:31:27  4    A.    I don't recognize that test.

10:31:28  5    Q.    If we go back to the slide -- let's go back to the

10:31:31  6    slide -- you see, "In addition, the company settlement test

10:31:36  7    must be run in these situations"?

10:31:38  8    A.    Yeah, I see that now.  But I'm not familiar with what *a*

10:31:42  9    *company settlement test* is.

10:31:44 10    Q.    Sir, if you're not familiar with what a company settlement

10:31:47 11    test is, I take it you don't know whether or not that

10:31:49 12    particular test was run for Macondo?

10:31:51 13    A.    I don't know.

10:31:52 14    Q.    Thank you, sir.

10:32:00 15          Let's pull up TREX 5801.

10:32:09 16          Sir, this is an e-mail dated April 1, 2010, from

10:32:15 17    Brian Morel to Jesse Gagliano, Mark Hafle, and others are

10:32:20 18    copied.

10:32:21 19          Do you see that, sir?

10:32:21 20    A.    I see that.

10:32:22 21    Q.    This is a request from Brian, "Jesse, can you start

10:32:26 22    running some tests on the nitrogen job.  This is an important

10:32:29 23    job and we need to have the data well in advance to make the

10:32:32 24    correct decisions on this job."

10:32:33 25          Do you see that, sir?

**OFFICIAL TRANSCRIPT**

10:32:34  1   A.   I see it.

10:32:34  2   Q.   Can you agree that I read that e-mail correctly, correct?

10:32:40  3   A.   Yes, sir.

10:32:40  4   Q.   And there is a reference to the job being important,

10:32:45  5   although all jobs are important, I'm sure this job was

10:32:48  6   especially important because there were hydrocarbons in the

10:32:51  7   interval that was the subject of this e-mail, correct?

10:32:53  8   A.   I don't know about the hydrocarbons.  I just read what's

10:32:55  9   on the e-mail, sir.

10:33:02 10   Q.   This e-mail -- in this e-mail, do you agree with me, sir,

10:33:04 11   that Brian Morel put Jesse Gagliano on notice that BP needed to

10:33:12 12   have the lab test data well in advance to make the correct

10:33:14 13   decisions on the job?

10:33:15 14   A.   That's what I can conclude from reading this.

10:33:16 15   Q.   And, sir, you agree that BP needed to have the lab test

10:33:21 16   data well in advance to make the ultimate correct decisions on

10:33:24 17   the job?

10:33:24 18   A.   That would be in keeping with sound operating procedure.

10:33:28 19   Q.   This would be part of the interim process between BP and

10:33:31 20   Halliburton in terms of designing and testing and seeing that

10:33:35 21   it meets the job objectives, correct?

10:33:36 22   A.   Yes, sir.

10:33:38 23   Q.   Let's pull up TREX 1390.

10:33:46 24        Sir, this is an e-mail from Mr. Morel to his boss,

10:33:51 25   Mr. Hafle.

**OFFICIAL TRANSCRIPT**

10:33:51  1              Do you see that?

10:33:52  2    A.   Yes, I do.

10:33:52  3    Q.   And, sir, have you seen this e-mail before?

10:33:55  4    A.   I don't think that I have.

10:33:56  5    Q.   Sir, this is an e-mail that says -- I'm going to highlight

10:34:03  6    the relevant language -- "Jesse isn't cutting it anymore."

10:34:06  7              Do you see that, sir?

10:34:07  8    A.   I see that.

10:34:08  9    Q.   And the Jesse that's being referred to there is

10:34:12 10    Jesse Gagliano, correct?

10:34:15 11    A.   I can only assume that, unless it's specifically states

10:34:18 12    Jesse Gagliano.

10:34:18 13    Q.   And it says, in the bottom portion, "I asked for these lab

10:34:22 14    tests to be completed multiple times early last week and Jesse

10:34:28 15    still waited until the last minute as he has done throughout

10:34:31 16    this well.  This doesn't give us enough time to tweak the

10:34:36 17    slurry to meet our needs."

10:34:37 18              Do you see that, sir?

10:34:38 19    A.   I see that.

10:34:38 20    Q.   Did I read that e-mail correctly?

10:34:40 21    A.   That's correct.

10:34:41 22    Q.   Sir, would you agree with me that as a seaman engineer

10:35:02 23    with the leading cement service provider in the world,

10:35:06 24    Jesse Gagliano had technical resources and more senior advisors

10:35:11 25    available to seek guidance from?

**OFFICIAL TRANSCRIPT**

10:35:16 1   A.    That would be correct.

10:35:16 2   Q.    If Jesse Gagliano had concerns about the Macondo

10:35:20 3   production casing job, he should have consulted with his

10:35:23 4   supervisors, like Ronnie Faul or Richard Vargo, about

10:35:27 5   alternative option, correct?

10:35:28 6   A.    Those people were available to him as needed.

10:35:31 7   Q.    Sir, I know we focused a lot on foam cement and BP wanting

10:35:35 8   to use it because of tight PPFG windows.  Sir, based upon your

10:35:40 9   experience in the world of conventional cementing, are you

10:35:44 10  aware of any conventional cement designs available at the time

10:35:49 11  that would have had ECD of less than 14.5 that could have been

10:35:53 12  used in Macondo given the tight PPFG issues?

10:35:57 13  A.    There are potentially alternatives that could be used.

10:36:01 14  You would have to evaluate those on the given conditions, but

10:36:06 15  there's potential slurries that could have been recommended

10:36:07 16  that would be different.

10:36:07 17  Q.    Some potential slurries that could have been used on

10:36:09 18  Macondo, aside from was it was, could have been different foam

10:36:14 19  slurries, correct?

10:36:14 20  A.    Potentially, yes, sir.

10:36:15 21  Q.    Or could have been different conventional slurries,

10:36:18 22  correct?

10:36:18 23  A.    Correct.

10:36:18 24  Q.    And we know that the leftover cement on Kodiak was a

10:36:21 25  conventional slurry, correct?

**OFFICIAL TRANSCRIPT**

10:36:22 1   A.   That's correct.

10:36:22 2   Q.   It was designed to be used as a conventional slurry,

10:36:25 3   correct?

10:36:25 4   A.   That's correct.

10:36:27 5   Q.   And it's possible, sir, to have ECD values for

10:36:31 6   conventional slurries below 14.5 ppg, correct?

10:36:40 7   A.   Yes, sir.

10:36:40 8   Q.   Sir, you testified earlier this morning that, based upon

10:36:48 9   what you've seen, you believe that the particular slurry that

10:36:52 10  was used had a very low probability of success given the

10:36:56 11  conditions.  Do you recall that testimony?

10:36:57 12  A.   I do.

10:36:57 13  Q.   Sir, given Jesse Gagliano's background and training,

10:37:03 14  shouldn't he have realized at the time, prior to April 19,

10:37:06 15  2010, the low probability that this slurry had for success?

10:37:11 16  A.   That would be reasonable.

10:37:12 17  Q.   And, sir, if Jesse was reporting to his technical

10:37:19 18  colleagues at Halliburton some of the challenge presented by

10:37:27 19  the Macondo slurry, would you agree with me, sir, that

10:37:30 20  Halliburton had the technical resources in-house to call a

10:37:34 21  timeout, to redesign the cement slurry for Macondo, and to make

10:37:40 22  the recommendation to BP that the Kodiak material was not the

10:37:46 23  best material to use at Macondo?

10:37:48 24  A.   I don't think that's correct, sir.

10:37:49 25  Q.   Why not, sir?

**OFFICIAL TRANSCRIPT**

A.    Because following the incident, I submitted information

provided on the job design to Mr. Ronnie Faul, who I would

consider a cementing expert, and I asked for his review of that

data pack that included job design, lab tests, computer

simulations.  Ronnie reviewed that on my behalf, and basically

identified that he was comfortable with the slurry as had been

recommended.

        I've not done foam engineering work.  I depended upon

Mr. Faul, and that's the opinion he that offered me.

Q.    Let's pull up the org chart that's been used.  I just want

to ask you some questions about Halliburton's technical

resources.

        This is D-6656.

        Sir, do you agree with me that Halliburton's

technical specialists include Kris Ravi?

A.    Yes, sir.

Q.    His title is chief technical advisor at Halliburton?

A.    That is correct.

Q.    Sam Lewis?

A.    Yes, sir.

Q.    He's a technical professional team leader at Halliburton,

correct?

A.    That's correct.

Q.    And David Bolado, he's a technical advisor at Halliburton,

correct?

**OFFICIAL TRANSCRIPT**

10:39:12  1    A.    That is correct.

10:39:12  2    Q.    And all three of these gentlemen fall under your

10:39:15  3    supervision?

10:39:15  4    A.    They fall within my 6,000-person organization, yes, sir.

10:39:18  5    Q.    Sir, you understand that Mr. Ravi, Lewis, and Bolado have

10:39:23  6    issued expert reports on behalf of Halliburton in this case?

10:39:26  7    A.    I'm not familiar with their reports.

10:39:27  8    Q.    Sir, you're not aware that these three individuals are set

10:39:31  9    to testify on behalf of Halliburton as cementing experts in the

10:39:34 10    coming weeks?

10:39:35 11    A.    I'm not.

10:39:35 12    Q.    Sir, were these individuals, who are experts in the case,

10:39:39 13    Mr. Ravi, Mr. Lewis, and Mr. Bolado been available to

10:39:46 14    Mr. Gagliano in early 2010 to help him design and appropriate a

10:39:49 15    cement slurry for the challenges presented by Macondo?

10:39:53 16    A.    What's the question, please?

10:39:53 17    Q.    Would these three individuals who are expert in this case,

10:39:57 18    Mr. Ravi, Mr. Lewis and Mr. Bolado been available for

10:40:01 19    consultation with Mr. Gagliano in 2010 before the Macondo

10:40:09 20    blowout?

10:40:09 21    A.    Yes, sir, they could have been accessed.

10:40:12 22    Q.    And in terms of pulling together a different cement design

10:40:25 23    for Macondo, in terms of the process, sir, Halliburton

10:40:32 24    internally, with all of its technical expertise, could have

10:40:36 25    recommended a slurry design to BP in a matter of days, correct?

10:40:40 1    A.    That would probably be correct.

10:40:41 2    Q.    And that particular slurry design could have been tested

10:40:45 3    by Halliburton in a matter of days, correct?

10:40:51 4    A.    That's typical, yes, sir.

10:40:51 5    Q.    And these test results could have been communicated to BP

10:40:55 6    in a meeting in Houston, correct?

10:40:58 7    A.    Yes, sir.

10:40:58 8    Q.    Could have been sent via e-mail, correct?

10:41:03 9    A.    Correct.

10:41:03 10   Q.    So the test results on an actual slurry could have been

10:41:07 11   communicated to BP almost instantly, correct?

10:41:12 12   A.    They could have.

10:41:13 13   Q.    In terms of the actual blending of the cement, that

10:41:16 14   happens at Port Fourchon; correct.

10:41:19 15   A.    Well, for that portion of the Gulf of Mexico, yes, sir.

10:41:22 16   Q.    And in terms of blending cement at Port Fourchon, that's

10:41:26 17   not a long job, is it, Mr. Roth?

10:41:29 18   A.    Not tremendously long, no, sir.

10:41:30 19   Q.    And in terms of calling BP to get a supply vessel to

10:41:36 20   Port Fourchon, Port Fourchon, as you and I know, is right on

10:41:39 21   the Gulf of Mexico, correct?

10:41:40 22   A.    That's correct.

10:41:40 23   Q.    And there are many supply boats around Port Fourchon for

10:41:45 24   hire, correct?

10:41:45 25   A.    That is correct.

**OFFICIAL TRANSCRIPT**

10:41:45  1    Q.    And that boat could have gone up to the dock at

10:41:49  2    Port Fourchon and been loaded with a new cement job and taken

10:41:52  3    out to Macondo in a matter of a day, correct, because

10:41:55  4    Port Fourchon is, what, about 100 nautical miles from Macondo?

10:42:00  5    A.    I would estimate that's correct.

10:42:01  6    Q.    Sir, in terms of going with an alternative cement, and on

10:42:05  7    April 18th Jesse Gagliano said, "Timeout, we're not going to

10:42:09  8    use that leftover Kodiak slurry.  We're going to start from

10:42:13  9    scratch," a new cement could have been designed, tested,

10:42:16 10    recommended, and transported to Macondo in a matter of a week

10:42:19 11    or less, correct, Mr. Roth?

10:42:23 12    A.    Had that path be pursued, a week would be a reasonable

10:42:27 13    estimate.

10:42:30 14    Q.    Sir, as of April 2010, Halliburton had successfully

10:42:39 15    cemented thousands of deepwater wells in the Gulf of Mexico,

10:42:39 16    correct?

10:42:45 17    A.    Repeat the question.

10:42:46 18    Q.    As of April 2010, Halliburton had successfully cemented

10:42:52 19    thousands of deepwater wells in the Gulf of Mexico, correct?

10:42:55 20    A.    That's probably correct.  I would have to check numbers,

10:42:56 21    but that's --

10:42:56 22    Q.    You told me the rate at one point was 6,000 a month,

10:42:58 23    correct, Mr. Roth?

10:42:58 24    A.    That's 6,000 jobs that we do a month on a global basis.

10:43:03 25    Q.    Certainly a big chunk of Halliburton's business is in the

**OFFICIAL TRANSCRIPT**

10:43:06  1   Gulf of Mexico, correct, sir?

10:43:07  2   A.    We have a large business in the Gulf of Mexico.

10:43:09  3   Q.    And so when the *Deepwater Horizon* rig crew heard that

10:43:13  4   Halliburton was doing the production casing cement job, they

10:43:19  5   could have been able to reasonably rely that the world's

10:43:22  6   foremost cementer would properly design and test the cement

10:43:28  7   before it was pumped, correct, Mr. Roth?

10:43:30  8   A.    Repeat the question, please.

10:43:31  9   Q.    Yeah.  It would have been reasonable for the Transocean

10:43:34 10   drill crew to rely on Halliburton to properly design and test

10:43:39 11   the cement before it was pumped the night of April 20th?

10:43:41 12   A.    That would be reasonable, yes, sir.

10:43:42 13   Q.    And you know that's reasonable, sir, because you've been

10:43:45 14   in the offshore bills for 33 and a half years, correct?

10:43:48 15   A.    That's correct.

10:43:48 16   Q.    You worked offshore, correct?

10:43:49 17   A.    I have.

10:43:49 18   Q.    And you know the relationships between the various

10:43:53 19   contractors who work on rigs, correct?

10:43:55 20   A.    I do.

10:43:56 21   Q.    They talk to each other, correct?

10:43:58 22   A.    That's correct.

10:43:58 23   Q.    They eat lunch together, correct?

10:44:01 24   A.    That's correct.

10:44:01 25   Q.    Some of them are hunting and fishing buddies when they get

**OFFICIAL TRANSCRIPT**

10:44:05  1    back on land, correct?

10:44:06  2    A.    Yes, sir.

10:44:06  3    Q.    And they rely upon each other to do their job, correct?

10:44:09  4    A.    Their lives depend on it.

10:44:13  5    Q.    Sir, at the end of your testimony with Mr. Hill, you

10:44:17  6    testified to the low probability, in your mind, that zonal

10:44:23  7    isolation would be achieved at Macondo.  Do you recall that

10:44:25  8    testimony, sir?

10:44:26  9    A.    I do.

10:44:26 10    Q.    Sir, is it your testimony that Mr. Gagliano should have

10:44:38 11    been of the same mind-set; that is, that that particular cement

10:44:41 12    job used at Macondo, prior to being pumped, had a low

10:44:46 13    probability of success?

10:44:49 14    A.    Repeat the question, please.

10:44:50 15    Q.    Yes, sir.  You testified that based upon what you know, in

10:44:56 16    your experience, that you believe that the slurry designed to

10:45:01 17    use at Macondo had a low probability of success, correct?

10:45:04 18    A.    That's correct.

10:45:04 19    Q.    A low probability of success to achieve zonal isolation;

10:45:12 20    is that correct?

10:45:12 21    A.    That's correct.

10:45:12 22    Q.    Sir, do you believe that Mr. Gagliano should have also had

10:45:14 23    that mind-set?

10:45:17 24    A.    It would be my assumption that he should, yes, sir.

10:45:19 25    Q.    And in terms of what can happen when you have poor zonal

**OFFICIAL TRANSCRIPT**

10:45:28  1    isolation, I only have a question or two left for you, let's
10:45:30  2    pull up TREX 03102.
10:45:35  3         Sir, you see this?  It's a Halliburton Southern
10:45:39  4    Region Work Method dated April 2009.
10:45:42  5    A.   I do.
10:45:42  6    Q.   It states -- I'm going to read from my notes so I can see
10:45:44  7    it better -- "Among other concerns, poor zonal isolation could
10:45:48  8    possibly result in fluid migration from high-pressure to
10:45:52  9    low-pressure zones, such as a freshwater zone or migrating
10:45:57 10    completely to the surface, causing a major environmental
10:46:00 11    hazard."
10:46:00 12         Do you see that, sir?
10:46:01 13    A.   I do.
10:46:01 14    Q.   Sir, do you agree with that statement in this internal
10:46:06 15    Halliburton document about the effects of poor zonal isolation?
10:46:09 16    A.   I don't disagree with this document.
10:46:12 17    Q.   Sir, is this a document that Jesse Gagliano had available
10:46:15 18    to him in March and April of 2010?
10:46:19 19    A.   Yes, sir.
10:46:21 20         MR. MILLER:  That's all I have.  Thank you, Mr. Roth.
10:46:25 21         THE COURT:  All right.  Let's see, BP is next.
10:47:21 22         MR. REGAN:  Ready to proceed, Your Honor.
10:47:27 23         THE COURT:  Go ahead.
10:47:27 24                   CROSS-EXAMINATION
10:47:28 25    BY MR. REGAN:

                         **OFFICIAL TRANSCRIPT**

10:47:28  1   Q.   Good morning, Mr. Roth.  My name is Matt Regan.  I

10:47:32  2   represent BP, and I have you on cross-examination.

10:47:32  3   A.   Good morning.

10:47:36  4   Q.   I am going to endeavor to not try to go over things that

10:47:38  5   have been covered over the last three or four hours.  There is

10:47:41  6   going to be some overlap, but I'll try to be as efficient as I

10:47:44  7   can.

10:47:44  8        Certainly you've looked at the slurry recipe that was

10:47:47  9   prepared by Halliburton that was actually used for the

10:47:50 10   production casing job, correct?

10:47:51 11   A.   I have.

10:47:51 12   Q.   And you saw the ingredients that were in that recipe,

10:47:57 13   correct?

10:47:57 14   A.   I have.

10:47:58 15   Q.   And you testified earlier that you would have not included

10:48:01 16   D-Air in that slurry recipe, correct?

10:48:03 17   A.   Designing a job from scratch, I would not include D-Air in

10:48:09 18   it.

10:48:09 19   Q.   You saw just in the last examination some e-mails from --

10:48:11 20   between BP and Mr. Gagliano.  Were you aware that Mr. Gagliano

10:48:14 21   was the one who recommended the use of the Kodiak blend?

10:48:17 22   A.   I don't know who recommended it.

10:48:19 23   Q.   You certainly wouldn't contest Mr. Gagliano's testimony

10:48:24 24   about what happened with respect to that recommendation, would

10:48:25 25   you?

**OFFICIAL TRANSCRIPT**

10:48:25 1   A.   I wouldn't contest Mr. Gagliano's testimony.

10:48:28 2   Q.   And in your work from May to October of 2010, in preparing

10:48:33 3   your presentations, you met and spoke with Mr. Gagliano,

10:48:36 4   particularly with the NAE presentation, correct?

10:48:40 5   A.   I spoke with him.  He was a participate within one of our

10:48:43 6   presentation team meetings there.

10:48:45 7   Q.   And in any of your conversations with Mr. Gagliano, did he

10:48:49 8   tell you that he did not recommend or approve of the slurry

10:48:53 9   that was actually pumped at Macondo?

10:48:55 10  A.   He did not tell me that.

10:48:56 11  Q.   It's fair to say, Mr. Roth, from your perspective, you

10:49:01 12  would not have recommended that slurry to BP, correct?

10:49:04 13  A.   No, that's not correct.

10:49:05 14  Q.   You would have recommended the slurry that was pumped?

10:49:08 15  A.   Potentially.  But I've not done foam engineering work, so

10:49:12 16  I would rely on experts to do it on my behalf because I don't

10:49:15 17  have competence in that area.

10:49:17 18  Q.   Would you rely on lab testing of the slurry to reach a

10:49:20 19  judgment as to whether you recommend that slurry?

10:49:21 20  A.   That would be the recommended practice.

10:49:24 21  Q.   And you're aware -- and I'm going to try to do this with

10:49:27 22  some specifics when we get into the testing.  But with respect

10:49:29 23  to the actual slurry pumped, the slurry would be  .09 retarder.

10:49:35 24  There were no foam stability tests done on that slurry before

10:49:39 25  it was pumped, correct?

**OFFICIAL TRANSCRIPT**

10:49:39  1    A.    That's my understanding.

10:49:42  2    Q.    Are you aware of any evidence that BP asked to use the

10:49:53  3    Kodiak blend in order to save money?  Have you seen anything

10:49:57  4    like that?

10:49:57  5    A.    I'm not aware of any discussion in that area.

10:49:59  6    Q.    Are you aware of any evidence that Halliburton ever

10:50:01  7    offered to BP a custom blend or a new blend for the production

10:50:05  8    casing job?

10:50:06  9    A.    I have no knowledge of that.

10:50:07 10    Q.    With respect to the Kodiak blend, just to follow up on a

10:50:15 11    few questions, you were asked about credits that were given.

10:50:21 12    The wells that are used are not owned exclusively -- Kodiak or

10:50:26 13    Macondo, were not owned exclusively by BP, were they, to your

10:50:30 14    knowledge?

10:50:30 15    A.    It's my understanding there are partners involved in those

10:50:33 16    wells.

10:50:33 17    Q.    So the changing of a credit from one well and a charge in

10:50:38 18    another well could implicate companies other than just BP,

10:50:40 19    correct?

10:50:40 20    A.    That's correct.

10:50:41 21    Q.    So the accounting or the bookkeeping is to make sure that

10:50:44 22    the partners on one well are charged for what is used that well

10:50:47 23    and the partners on the next well are charged for what is used

10:50:50 24    on the next well, correct?

10:50:51 25    A.    That's my understanding.

**OFFICIAL TRANSCRIPT**

10:50:52  1    Q.    And you certainly don't know, if, in fact, the Kodiak

10:50:56  2    blend was not used at Macondo, whether, again, there would have

10:51:00  3    been a credit to Macondo and then a charge to the partners at

10:51:02  4    the next well, do you?

10:51:03  5    A.    Repeat the question, please.

10:51:04  6    Q.    If the Kodiak blend were not used at Macondo, you can't

10:51:09  7    say whether the same thing wouldn't have happened, that is, a

10:51:12  8    credit to the Macondo owners for the Kodiak blend and then a

10:51:15  9    charge to the owners of the next well?

10:51:17 10    A.    That's correct, I can't say.

10:51:18 11    Q.    Now, in your presentations that you were given from May

10:51:27 12    through September 2010, was it your goal to be objective?

10:51:35 13    A.    Yes, sir.

10:51:35 14    Q.    Did you view yourself as an advocate for Halliburton or

10:51:39 15    someone who was there to present objective information?

10:51:42 16    A.    I was acting in a professional engineering capacity as

10:51:45 17    well as a representative for Halliburton.  But those two are

10:51:48 18    not separate.

10:51:49 19    Q.    And as I understood you to say, that you received topics

10:51:53 20    to present on, and so the presentations reflect the topics that

10:51:57 21    you were asked to give information on, correct?

10:51:59 22    A.    Yes, sir.

10:52:00 23    Q.    And it was your testimony that no one asked you about foam

10:52:04 24    stability issues until after BP had given a presentation -- a

10:52:09 25    preliminary presentation to the Energy and Congress Committee,

**OFFICIAL TRANSCRIPT**

10:52:12  1    correct?

10:52:12  2    A.    That's my understanding, yes, sir.

10:52:14  3    Q.    That presentation was given in late May 2010, correct?

10:52:18  4    A.    I think that's correct.

10:52:19  5    Q.    You gave presentations on June 3, 2010, correct?

10:52:21  6    A.    Yes.

10:52:21  7    Q.    September 26, 2010, correct?

10:52:24  8    A.    Yes.

10:52:24  9    Q.    I want to start, then, with April 21st.  You said that the

10:52:30 10    day after the incident you received an e-mail from

10:52:33 11    Jesse Gagliano, correct?

10:52:34 12    A.    That's correct.

10:52:34 13    Q.    If we can pull up TREX 4340.1.

10:52:52 14          Mr. Roth -- if we could to go the .1.1, just the

10:52:55 15    larger one.

10:52:56 16          This is the e-mail that you received on April 21st

10:52:58 17    from Mr. Gagliano, correct?

10:53:00 18    A.    That is correct.

10:53:00 19    Q.    And in this e-mail -- you can read the full e-mail, but

10:53:03 20    I've highlighted a sentence.  He told you the day after the

10:53:07 21    accident, "We executed the foam job with no issues and full

10:53:12 22    circulation," correct?

10:53:12 23    A.    That's what it says.

10:53:13 24    Q.    "Saw indication of all plugs leaving and bumping,"

10:53:13 25    correct?

**OFFICIAL TRANSCRIPT**

10:53:16  1    A.   That's correct.

10:53:16  2    Q.   He also then attached some materials for you in that

10:53:22  3    e-mail, correct.

10:53:23  4    A.   Yes, sir, he did.

10:53:23  5    Q.   There was nothing in this e-mail that Mr. Gagliano sent

10:53:27  6    you the day after the accident where he expressed any concerns

10:53:30  7    about the design of the cement job, correct?

10:53:33  8    A.   No, sir.

10:53:33  9    Q.   Is that correct?

10:53:34 10    A.   That is correct.

10:53:36 11    Q.   There is nothing in his e-mail where he expressed any

10:53:38 12    concerns about BP's decisions with respect to the number of

10:53:41 13    centralizers; is that correct?

10:53:42 14    A.   I don't see that in this document, no.

10:53:44 15    Q.   There is nothing in this e-mail where Mr. Gagliano

10:53:47 16    expressed concerns to you about potential channeling; is that

10:53:51 17    correct?

10:53:53 18    A.   I think that there is -- in the attachments, there are

10:53:56 19    some OptiCem runs that depict channeling.  But I don't see it

10:54:00 20    in the body of the e-mail, but that would be what I would infer

10:54:06 21    reviewing the attachments.

10:54:06 22    Q.   There is nothing in Mr. Gagliano's e-mail to you where he

10:54:09 23    expressed concerns about the fact that a cement bond log was

10:54:11 24    not run, correct?

10:54:12 25    A.   Not in this document, no, sir.

**OFFICIAL TRANSCRIPT**

10:54:13 1    Q.    There nothing in the e-mail where Mr. Gagliano raised

10:54:16 2    concerns about the amount of circulation that took place before

10:54:21 3    the cement job; that is, a *bottoms up*, correct?

10:54:23 4    A.    No, sir, not in this document.

10:54:25 5    Q.    Now, one of the attachments that he gave you was actually

10:54:30 6    one of the laboratory reports, correct?

10:54:32 7    A.    That's correct.

10:54:32 8    Q.    Now, as you said and I explain -- I'll put one up -- the

10:54:37 9    laboratory report is what is actually given to the customer,

10:54:37 10   correct?

10:54:41 11   A.    That's correct.

10:54:41 12   Q.    I want to pull up 750.1.1.

10:54:54 13         Now, the laboratory report that you received from

10:54:57 14   Mr. Gagliano on April 21st, that was this document, which was

10:55:02 15   titled *Lab Results*, and it had a recipe on it, which included a

10:55:09 16   retarder amount of .09, correct?

10:55:11 17   A.    That is correct.

10:55:11 18   Q.    So you received this lab report before BP had ever

10:55:16 19   received it, correct?

10:55:18 20   A.    I don't know when it was received.

10:55:19 21   Q.    Do you know what date BP actually received this document?

10:55:23 22   A.    No, sir, I don't.

10:55:24 23   Q.    You've never learned that BP received it on the 26th of

10:55:27 24   April?

10:55:27 25   A.    No, sir.

**OFFICIAL TRANSCRIPT**

10:55:28   1   Q.   Again, in looking at the recipe on the lab report, what

10:55:33   2   the customer gets, it suggested to you that this is a test of

10:55:37   3   the .09 slurry, correct?

10:55:39   4   A.   That is correct.

10:55:39   5   Q.   But, in fact, if we look then at the detail, the lab

10:55:45   6   report actually mixes tests of two different slurries, doesn't

10:55:49   7   it?

10:55:49   8   A.   It does.

10:55:49   9   Q.   So if we look at 750.2.2, we see a series of tests on the

10:56:01  10   page, correct?

10:56:02  11   A.   That is correct.

10:56:04  12   Q.   Included at the very bottom, foam mix and stability test,

10:56:09  13   correct?

10:56:09  14   A.   Yes, sir, we do.

10:56:09  15   Q.   With a value, correct?

10:56:11  16   A.   That is correct.

10:56:11  17   Q.   That is a not a foam mix stability result for the .09

10:56:17  18   retarder, is it?

10:56:18  19   A.   No, sir, it's not.

10:56:18  20   Q.   The only way -- if you could explain to the Court, how did

10:56:22  21   you figure out that the lab report that said on its front that

10:56:25  22   it was for the .09 retarder had results that actually were for

10:56:29  23   a different slurry?  How did you figure it out?

10:56:31  24   A.   I figured it out once I saw the weigh-up sheets and the

10:56:35  25   project work that was done to generate this entire series of

**OFFICIAL TRANSCRIPT**

10:56:38    1    tests.

10:56:38    2    Q.    You needed internal documents at Halliburton, documents

10:56:41    3    that aren't given to the customer, to figure out what this lab

10:56:45    4    report actually meant?

10:56:46    5    A.    That's correct.

10:56:46    6    Q.    And at the time you were trying to figure out, you were

10:56:55    7    the vice-president of cementing for all of Halliburton

10:56:57    8    worldwide?

10:56:58    9    A.    I was.

10:56:58   10    Q.    Take that down.

10:57:01   11            Now, on April 21st, you also received a post-job

10:57:06   12    report from Mr. Gagliano, correct?

10:57:08   13    A.    That's correct.

10:57:08   14    Q.    And you reviewed that post-job report, correct?

10:57:12   15    A.    I did.

10:57:12   16    Q.    Did you know that that post-job report was then revised

10:57:16   17    after -- that you received a first one and then it was revised

10:57:18   18    and there was a second one?

10:57:19   19    A.    I subsequently learned that, yes, sir.

10:57:22   20    Q.    If you can pull up 708.7.4.

10:57:34   21            And while that's come up, do you know if BP received

10:57:36   22    the first version of the post-job report or the second version

10:57:40   23    of the post-job report?

10:57:41   24    A.    I don't know.

10:57:42   25    Q.    You received both?

**OFFICIAL TRANSCRIPT**

10:57:43 1    A.    I don't recall.  I know that I've seen post-job reports,

10:57:46 2    one or two.  I don't know.

10:57:47 3    Q.    Okay.  So 708.7.4.

10:57:58 4          In the post-job report that you saw on April 21st, it

10:58:03 5    indicated, as indicated on the screen in Exhibit 708, that the

10:58:07 6    cement job was pumped as planned, correct?

10:58:09 7    A.    That's what it says, yes, sir.

10:58:10 8    Q.    It indicated that the chemical straps determined that the

10:58:15 9    additives were pumped at planned volumes, correct?

10:58:17 10   A.    That's correct.

10:58:18 11   Q.    And that's actually -- straps is referring to actually

10:58:20 12   looking physically at what was used to confirm that, we put in

10:58:24 13   the cement, what we were supposed to?

10:58:25 14   A.    That is what that refers to.

10:58:27 15   Q.    Is that a fair laymen's description?

10:58:30 16   A.    Yes, sir.

10:58:30 17   Q.    Next it says, "Rig completed displacement and both plugs

10:58:33 18   were bumped," correct?

10:58:34 19   A.    That's what it says.

10:58:36 20   Q.    And that's a good sign for a cement job, correct?

10:58:39 21   A.    Correct.

10:58:39 22   Q.    That's what you're looking for, right?

10:58:41 23   A.    Yes, sir.

10:58:41 24   Q.    "Full returns seen throughout the job," correct?

10:58:44 25   A.    That's what it says.

**OFFICIAL TRANSCRIPT**

10:58:45  1    Q.    A good sign for cement, right?

10:58:47  2    A.    That's positive.

10:58:48  3    Q.    That's what you're looking for, correct?  Is that right?

10:58:50  4    A.    That would be one positive indication, yes, sir.

10:58:52  5    Q.    "Estimated 100 psi of lift pressure, 350 psi circulating

10:58:57  6    to 450 psi circulating before bumping the top plug."

10:59:02  7           That's describing the change in pressure that occurs

10:59:04  8    as the cement turns the corner at the bottom of the pipe and

10:59:07  9    starts going up the annulus, correct?

10:59:09 10    A.    That would be an indication of that.

10:59:10 11    Q.    Lift pressure is a positive sign for getting the cement

10:59:13 12    where you want it to be, correct?

10:59:15 13    A.    Correct.

10:59:15 14    Q.    Next indication.  "Floats held after the job."

10:59:19 15           That's referring to the float collar, correct?

10:59:21 16    A.    It does.

10:59:27 17    Q.    A good sign for placing the cement, correct?

10:59:27 18    A.    That's positive, correct.

10:59:28 19    Q.    These points were what was observed by the Halliburton

10:59:29 20    personnel who actually performed the cement job, right?

10:59:31 21    A.    Those are available to review at the surface, correct.

10:59:34 22    Q.    Go to 708.4.1.

10:59:49 23           This job report also -- I'll go through this quickly.

10:59:52 24    Halliburton also, in the post-job report, indicated an

10:59:56 25    estimated TOC?

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 10:59:57 | 1 | Do you see that box on the screen, Mr. Roth? |
| 10:59:58 | 2 | A.   I do. |
| 10:59:59 | 3 | Q.   And the estimated TOC -- |
| 11:00:01 | 4 | That's top of cement, correct? |
| 11:00:01 | 5 | A.   It is. |
| 11:00:04 | 6 | Q.   -- 17,300 feet, correct? |
| 11:00:06 | 7 | A.   That's correct. |
| 11:00:06 | 8 | Q.   And that was the goal, correct? |
| 11:00:07 | 9 | A.   I think that was the planned depth. |
| 11:00:10 | 10 | Q.   Right.  So the estimated TOC came out as exactly what the |
| 11:00:13 | 11 | plan was, right? |
| 11:00:15 | 12 | A.   That's what's included in this document. |
| 11:00:16 | 13 | Q.   Then in the bottom left corner it says, "MMS requirement |
| 11:00:21 | 14 | met, yes." |
| 11:00:22 | 15 | Do you see that? |
| 11:00:22 | 16 | A.   Yes, I do. |
| 11:00:23 | 17 | Q.   Do you know what that refers to? |
| 11:00:24 | 18 | A.   I think it refers to having minimum height of cement to |
| 11:00:28 | 19 | cross hydrocarbon bearing zones, and there may be a couple of |
| 11:00:33 | 20 | other requirements. |
| 11:00:33 | 21 | Q.   In your review of this post-job report, Mr. Roth, again, |
| 11:00:45 | 22 | in the two days after the accident occurred, did you see |
| 11:00:45 | 23 | anything in this post-job report criticizing the number of |
| 11:00:45 | 24 | centralizers that were run on the job? |
| 11:00:45 | 25 | A.   No, sir, I did not. |

**OFFICIAL TRANSCRIPT**

11:00:46  1    Q.   Did you see anything in this post-job report discussing a
11:00:51  2    concern that channeling may have occurred?
11:00:53  3    A.   Not in this document.
11:00:55  4    Q.   Do you see anything in this document criticizing the
11:00:57  5    amount of prejob circulation that took place; that is, the
11:01:00  6    *bottoms up* question?
11:01:01  7    A.   No, sir, I do not.
11:01:02  8    Q.   I would like to now bring up 2013, TREX 2013.  Actually,
11:01:19  9    put that down.
11:01:20 10          Before I get there, in addition to receiving the
11:01:22 11    information from Mr. Gagliano, you then had a conversation with
11:01:25 12    a Mr. Ronnie Faul; is that correct?
11:01:27 13    A.   That's correct.
11:01:27 14    Q.   And he was somebody that you knew before the accident,
11:01:30 15    right?
11:01:30 16    A.   Yes, sir.
11:01:30 17    Q.   Somebody that you trusted, right?
11:01:32 18    A.   Correct.
11:01:33 19    Q.   And what did you ask Mr. Faul to do, Mr. Roth?
11:01:37 20    A.   I sent the dataset that Jesse had provided me to Ronnie
11:01:43 21    and I asked him to review the job and to provide an opinion,
11:01:47 22    did he see anything that would indicate any problems associated
11:01:52 23    with this job.
11:01:52 24    Q.   So you asked Mr. Faul to look at what was done and
11:01:57 25    determine whether he saw there were any problems, right?

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 11:02:00 | 1 | A. That was my request to Mr. Faul. |
| 11:02:01 | 2 | Q. Did you tell Mr. Faul to run tests? |
| 11:02:04 | 3 | A. No, sir, I did not. |
| 11:02:05 | 4 | Q. Did you tell him not to run tests? |
| 11:02:07 | 5 | A. No, I did not. |
| 11:02:08 | 6 | Q. You just told him, "Take a look and let me know"? |
| 11:02:10 | 7 | A. Yes, sir. |
| 11:02:11 | 8 | Q. And what did Mr. Faul report back to you? |
| 11:02:14 | 9 | A. I had a conversation with Mr. Faul after I returned from |
| 11:02:22 | 10 | Libya. I was gone for probably a week, eight days. It would |
| 11:02:28 | 11 | be sometime after returning from Libya. And Ronnie sent me a |
| 11:02:32 | 12 | written follow-up to his review. |
| 11:02:35 | 13 | Q. He sent you something in writing? |
| 11:02:36 | 14 | A. Yes, he did. |
| 11:02:37 | 15 | Q. And what was Mr. Faul's conclusion after reviewing the |
| 11:02:41 | 16 | materials that you sent? |
| 11:02:42 | 17 | A. He saw no unusual elements that would raise any |
| 11:02:48 | 18 | significant concern. He basically said it looked like a good |
| 11:02:52 | 19 | job. |
| 11:02:52 | 20 | Q. He did not say anything to you about requesting that tests |
| 11:02:56 | 21 | be run, correct? |
| 11:02:57 | 22 | A. No, sir. I had no discussions with him about that. |
| 11:03:00 | 23 | Q. If we could go then to TREX 2013. This is an April 30th |
| 11:03:05 | 24 | press release from Halliburton. And I would like to direct |
| 11:03:09 | 25 | your attention to 2013.1.1. |

**OFFICIAL TRANSCRIPT**

11:03:13  1          Mr. Roth, were you involved in preparing this press

11:03:16  2   release?

11:03:20  3   A.   I may have provided some consulting with the public

11:03:26  4   relations and the legal department that would ultimately have

11:03:30  5   written this up.  But I don't know.

11:03:31  6   Q.   Do you recall discussing with Mr. Probert the sentence,

11:03:31  7   that I've highlighted on the screen?

11:03:35  8          "The cement slurry design was consistent with that

11:03:39  9   utilized in other similar applications."

11:03:41 10          Did that sentence come from you?

11:03:43 11   A.   I don't think so.  Maybe.  But I don't know.

11:03:46 12   Q.   Was the cement slurry design used at Macondo and pumped in

11:03:51 13   the well consistent with that utilized in other similar

11:03:56 14   applications?

11:03:57 15   A.   Yes, it is.

11:03:58 16   Q.   Are you aware of another pump slurry design that included

11:04:02 17   D-Air 3000 and SCR-100L?

11:04:06 18   A.   I don't know specifically if that's the case.

11:04:08 19   Q.   Are you aware of any foam job that's ever been performed

11:04:11 20   by Halliburton, prior to Macondo, where Halliburton recommended

11:04:14 21   a recipe that D-Air and SCR-100?

11:04:18 22   A.   I don't know.

11:04:19 23   Q.   Pull up TREX 7491.

11:04:25 24          On this exhibit, Mr. Roth, we have indicated -- this

11:04:27 25   is a summary exhibit of a larger document -- that indicates the

**OFFICIAL TRANSCRIPT**

11:04:34  1    six jobs that we are able to identify that were done by

11:04:37  2    Halliburton in the Gulf of Mexico at a depth greater than

11:04:42  3    1500 feet from January 2005 to April 2010.  That's what we have

11:04:47  4    on this document.

11:04:49  5            And you see in those six jobs we have some columns as

11:04:52  6    to the name of the well, the date, the customer, depth, true

11:05:03  7    vertical depth, TVD, what was being cemented, where there was a

11:05:07  8    production interval, and did it use D-Air and SCR-100L.

11:05:12  9            Do you see that?

11:05:12 10    A.    I do.

11:05:12 11    Q.    Do you see, Mr. Roth, that based on the materials

11:05:15 12    produced, we cannot identify a single job where Halliburton

11:05:20 13    recommended a slurry for a production interval in deepwater

11:05:25 14    Gulf of Mexico that included both D-Air and SCR-100L?

11:05:30 15            Do you see that?

11:05:33 16    A.    I can see what's on the page, sir.

11:05:35 17    Q.    Do you have any basis to disagree with that being true?

11:05:37 18    A.    No, sir, I don't.

11:05:38 19    Q.    Now, you've been shown some demonstratives, including one

11:05:49 20    of mine, with respect to the Halliburton best practices.  I

11:05:53 21    would like to ask you a few questions about those.

11:05:55 22            If we could bring up D-4381.

11:06:00 23            I think Mr. Miller may have just put this up.  You

11:06:04 24    were familiar with these three documents, correct?

11:06:06 25    A.    Yes, sir, I am.

                         **OFFICIAL TRANSCRIPT**

11:06:07 1   Q.   And with respect to your work in May to September, did you

11:06:13 2   actually look at these documents as part of your assessment?

11:06:16 3   A.   I did not, no, sir.  I did not.

11:06:18 4   Q.   You did not.

11:06:19 5        Now, beyond the name, *Defoamer in Foam Cement*, can

11:06:29 6   you explain, Mr. Roth, what happens if you put defoamer in a

11:06:35 7   foam cement?

11:06:36 8   A.   The defoamer will attempt to reduce any entrained air that

11:06:44 9   is introduced in the slurry, air or nitrogen.

11:06:46 10  Q.   As we had on the screen in D-431, it will destabilize the

11:06:51 11  foam, correct?

11:06:53 12  A.   I would have to review the document in detail, but that

11:06:57 13  may be correct.  I would have to review in detail.

11:06:59 14  Q.   Can you explain to the Court what that means.  If you have

11:07:02 15  a foam cement design and you put in something that will

11:07:06 16  destabilize it, what does that mean?  What's going to happen?

11:07:09 17  A.   It would probably indicate the ability for nitrogen to be

11:07:14 18  released.

11:07:15 19  Q.   If the nitrogen is released or the air is released in the

11:07:19 20  slurry, what's going to happen?

11:07:22 21  A.   I don't know.

11:07:22 22  Q.   Are you going to get the product you intended to have at

11:07:27 23  the bottom of the well?

11:07:27 24  A.   The properties could potentially be changed.

11:07:30 25  Q.   Are you going to get the properties that you need for

**OFFICIAL TRANSCRIPT**

1  zonal isolation if the product is destabilized?

2  A.   If it's destabilized, probably not.

3  Q.   I would like to pull up -- you said a little bit about

4  SCR-100.  That's a dispersant.  It has dispersant

5  characteristics?

6  A.   It's a retarder that has dispersant properties.

7  Q.   Is that also a product that should not be used because it

8  can be detrimental to foam stability?

9  A.   There are bulletins that state that.

10  Q.   If you were designing a slurry from scratch, would you

11  have included something with dispersant qualities?

12  A.   I'm not competent in foam design.  In keeping with the

13  documents, though, that would be the best practice.

14  Q.   Pull up TREX 2133, which is a *U.S. Land-Offshore Cementing*

15  *Work Methods*.  And I'm going to give you a Bates Number,

16  116782.

17          I would like to just show you some pages from this

18  manual.  I don't think this has been shown yet in court, so

19  it's something new.

20          You see a section here entitled *Foam Cementing and*

21  *ZoneSeal Isolation Process* at the top.

22  A.   I see it.

23  Q.   And objective, if we could highlight the objective at the

24  top.

25          It says, "The objective is to help ensure the proper

**OFFICIAL TRANSCRIPT**

1   design and placement of foam cement slurry as well as the

2   ZoneSeal isolation process," correct?

3   A.   I see that, sir.

4   Q.   And then you see lab testing.  Right there, Donnie.

5        It says, "All slurries should contain the designed

6   volume of foaming/stabilizer agents."

7        That makes sense, correct?

8   A.   Yes, sir.

9   Q.   And then under process defined, Number 3, you can

10  highlight the whole thing.

11       Number 3 says, "Slurry design should be kept as

12  simple as possible."

13       "As simple as possible."  Are you aware of that,

14  Mr. Roth?

15  A.   That's what the document says.

16  Q.   And from a standpoint of designing foam cement, are you

17  cable of describing why in a foam cement you want to have a

18  slurry design as simple as possible?

19  A.   It avoids complexity.  It avoids any counter-effects of

20  any additives.

21  Q.   Is having D-Air and having ZoneSealant dispersant, is that

22  keeping the slurry simple?

23  A.   Repeat the question, please.

24  Q.   Is having the D-Air and having the SCR-100 in the slurry,

25  is that keeping it simple?

**OFFICIAL TRANSCRIPT**

3242

11:10:13  1   A.    I don't know that there is a straight answer to that.

11:10:16  2   Q.    You see Number 5, again, "Lignosulfonate retarders and

11:10:23  3   dispersing additives should be avoided because they tend to

11:10:25  4   destabilize the foam."

11:10:27  5         That's what we've talked about in the other manuals

11:10:27  6   as well, correct?

11:10:28  7   A.    I see that.

11:10:28  8   Q.    So anyone at Halliburton who wanted to pull up this manual

11:10:31  9   about foam cement, they could read it right there in Number 5?

11:10:35 10   A.    They should have access to it, yes, sir.

11:10:37 11   Q.    Next page of the document, it says at the top, if we could

11:10:42 12   just -- that part right there, yes?

11:10:45 13         "The ZoneSeal process must include all of the

11:10:49 14   following."

11:10:49 15         You see the list?

11:10:50 16   A.    I do.

11:10:50 17   Q.    "OptiCem; lab testing; customized blends; data

11:10:56 18   acquisition; certified personnel; full automation; and

11:10:59 19   cementing best practices," correct?

11:11:01 20   A.    That's what it says.

11:11:02 21   Q.    Was the ZoneSeal -- the foam cement recommended by

11:11:06 22   Halliburton, was it consistent with everything on that list?

11:11:13 23   A.    There is going to be some departure from cementing best

11:11:16 24   practices that will probably be noted.

11:11:19 25   Q.    The foam cement that was recommended by Halliburton was

11:11:22 1    not consistent with those best practices, correct?

11:11:28 2    A.    It's not consistent with everything that's been published

11:11:30 3    by Halliburton in the area of best practices, no, it's not.

11:11:34 4    Q.    We go then to -- Donnie, if I could go three more pages.

11:11:40 5          The last thing on this document I want to show you,

11:11:42 6    Mr. Roth, it's called -- one more page -- *Comments*, there at

11:11:48 7    the top.

11:11:51 8          Do you see in this Halliburton manual, it says, with

11:11:53 9    respect to foam cement -- I'll wait for it.

11:11:56 10         "Foam cementing, whether utilizing the ZoneSeal

11:12:00 11   Isolation Process or not, is a red flag and should have an

11:12:04 12   engineer involved from the onset, throughout the entire

11:12:08 13   process."

11:12:08 14         Do you see that sentence?

11:12:09 15   A.    Yes, sir, I do.

11:12:10 16   Q.    So in Halliburton, inside Halliburton's offices, inside

11:12:13 17   Halliburton's manuals, Halliburton identifies foam cementing as

11:12:17 18   a *red flag*, correct?

11:12:19 19   A.    That's what this document says.

11:12:20 20   Q.    And did you know that?

11:12:22 21   A.    Yes, sir, I would agree with that.  Just due to the

11:12:25 22   additional complexity of the job that it would be best that an

11:12:30 23   engineer attend that job to be able to manage that complexity.

11:12:35 24   Q.    And the engineer would be Mr. Gagliano, correct?

11:12:39 25   A.    No, sir.  Mr. Gagliano would do the design work in the

**OFFICIAL TRANSCRIPT**

11:12:42  1   office.  I believe Mr. Nate Chaisson was onboard the rig that

11:12:48  2   performed a portion of that work.

11:12:49  3   Q.   Mr. Chaisson, he works for Halliburton as well, correct?

11:12:53  4   A.   That's correct.

11:12:54  5   Q.   Now I would like to turn to some of the testing.  If we

11:12:57  6   could pull up D-4269A.

11:13:04  7         Now, this is a demonstrative that I put together.

11:13:07  8   Along the top, Mr. Roth, I have Halliburton testing, and on the

11:13:14  9   bottom I have what was reported to BP.

11:13:16 10         And to try to be expeditious here, you're aware that

11:13:21 11   a number of the weigh-in sheets and other tests that were done

11:13:23 12   by Halliburton were not provided to BP, you're aware of that?

11:13:26 13   A.   I'm aware of that.

11:13:27 14   Q.   And you looked at these various weigh-up sheets from the

11:13:32 15   February 12th, February 16th, April 13th, April 16th, and

11:13:37 16   April 17th tests, you looked at those, correct?

11:13:39 17   A.   Yes, I did.

11:13:41 18   Q.   Let me now pull up D-4309A, and see if I can go through it

11:13:47 19   this way.

11:13:50 20         What I have on the screen in front of you, Mr. Roth,

11:13:52 21   is another chart that indicates at the top four lines four of

11:13:57 22   those tests that were done before the accident, a yellow box

11:14:03 23   and then three tests in the red.

11:14:06 24         When you looked at the weigh-up sheets, did you see

11:14:09 25   that the target density for the slurry was 14.5?

11:14:14 1    A.    I did.

11:14:15 2    Q.    Was there ever a test performed by Halliburton prior to

11:14:19 3    recommending the slurry on April 18th where it successfully

11:14:26 4    created a slurry in the lab that maintained a density of 14.5?

11:14:29 5    A.    I don't think that there was.

11:14:34 6    Q.    Did you see that the conditioning time in all four of

11:14:38 7    these tests preincident changed each time?

11:14:42 8    A.    I did see that.

11:14:43 9    Q.    Did you ever receive an explanation for why every test had

11:14:48 10   a different amount of conditioning time?

11:14:49 11   A.    No, sir, I did not.

11:14:50 12   Q.    Did you see evidence in the pre weigh-up sheets that the

11:14:55 13   slurry was settling, that they had issues with slurry being

11:15:00 14   hard on the bottom and soft on top in the February tests, and

11:15:04 15   then in the April 13th tests, that the tests showed disability;

11:15:06 16   did you see those things?

11:15:06 17   A.    I saw that on the weigh-up sheets.

11:15:08 18   Q.    You agreed earlier today, I think, that the three tests,

11:15:11 19   these February tests and April 13th tests, showed instability,

11:15:15 20   correct?

11:15:15 21   A.    That's correct.

11:15:15 22   Q.    With respect to the April 17th test, you saw that the

11:15:20 23   density achieved in the lab was 15.0, correct?

11:15:24 24   A.    That's correct.

11:15:24 25   Q.    Target density is 14.5, correct?

**OFFICIAL TRANSCRIPT**

11:15:27  1    A.    Correct.

11:15:28  2    Q.    The original cement was 16.4 or 7 -- 16.7, correct?

11:15:31  3    A.    16.7, I think.

11:15:33  4    Q.    Right.  So mathematically, maybe not having done a lot of

11:15:37  5    foam cement, let's see if you can do this with us, but if we're

11:15:42  6    half a pound heavy, we can actually determine how much foam

11:15:45  7    we've lost in that test, right?

11:15:47  8    A.    That's correct.

11:15:47  9    Q.    Because we know how much foam we put in to get it to 14.5,

11:15:51 10    and then it hardens up, and then we can weigh it, and now it's

11:15:55 11    15, right?

11:15:55 12    A.    That's correct.

11:15:56 13    Q.    The difference in those numbers is how much foam we've

11:15:59 14    lost, right?

11:16:00 15    A.    Yes, sir.  That calculates out to be a 3 percent

11:16:03 16    difference in density.

11:16:04 17    Q.    It's a 25 percent difference in foam, though, isn't it?

11:16:09 18    A.    I don't know.  I haven't done that calculation.

11:16:10 19    Q.    But if you calculate how much foam you put in, and the

11:16:14 20    fact that your slurry comes out a half pound heavier, it's

11:16:18 21    25 percent of the foam is gone?

11:16:20 22    A.    I don't know the calculation.

11:16:21 23    Q.    With respect to the Court's question earlier, these

11:16:29 24    February tests were ordered called pilot tests; is that right?

11:16:32 25    A.    Yes, sir.

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 11:16:33 | 1 | Q.   Those two tests were done on lab stock, correct? |
| 11:16:37 | 2 | A.   I don't know. |
| 11:16:38 | 3 | Q.   You don't know. |
| 11:16:39 | 4 | A.   I'd have to look at the test. |
| 11:16:42 | 5 | Q.   Excuse me. |
| 11:16:44 | 6 |      MR. HILL:  I'm sorry, Your Honor, I just -- I'm not |
| 11:16:46 | 7 | trying to knock you out of the game.  I just want to make sure |
| 11:16:48 | 8 | that the record is clear, I think that's an incorrect fact. |
| 11:16:52 | 9 |      MR. REGAN:  There may be a better witness to go through |
| 11:16:54 | 10 | this with. |
| 11:16:54 | 11 | BY MR. REGAN: |
| 11:16:55 | 12 | Q.   With respect to the April 13th and April 17th tests, do |
| 11:16:58 | 13 | you understand that those were done on blend that came from the |
| 11:17:01 | 14 | rig? |
| 11:17:01 | 15 | A.   That's my understanding. |
| 11:17:02 | 16 | Q.   Now, there was a test on April 16th that was also |
| 11:17:07 | 17 | performed, correct? |
| 11:17:09 | 18 | A.   I'd have to see the sheet to be able to comment. |
| 11:17:15 | 19 | Q.   Let's pull up TREX-811. |
| 11:17:21 | 20 |      This is an April 16th weigh-up sheet there at the |
| 11:17:25 | 21 | top.  Can you see that? |
| 11:17:26 | 22 | A.   I do. |
| 11:17:26 | 23 | Q.   If we look at the materials, that tells us what slurry is |
| 11:17:31 | 24 | being tested, correct? |
| 11:17:32 | 25 | A.   That's correct. |

**OFFICIAL TRANSCRIPT**

11:17:32  1    Q.    Now, this is a weigh-up sheet that never leaves the lab,
11:17:36  2    never gets to the customer, correct?
11:17:39  3    A.    That's correct.
11:17:40  4    Q.    So which retarder is being tested on April 16th?
11:17:42  5    A.    This indicates .09 gallons per sack, SCR-100L.
11:17:48  6    Q.    This is the recipe that was then recommended to be pumped
11:17:52  7    at Macondo and was pumped at Macondo, correct?
11:17:55  8    A.    Correct.
11:17:55  9    Q.    If we could go to the next page.  Top of the page.
11:17:59 10          Do you see that there is an indication for a foam mix
11:18:03 11    and stability test there?
11:18:04 12    A.    I do.
11:18:04 13    Q.    Do you see that someone wrote in handwriting, cancel foam
11:18:09 14    stability as per Jesse?
11:18:10 15    A.    I see that.
11:18:10 16    Q.    Do you know why Jesse Gagliano canceled that test?
11:18:15 17    A.    No, sir, I don't.
11:18:16 18    Q.    Go back to my chart then, 4309-A.
11:18:27 19          So that test was on April 16th.  It's in between the
11:18:30 20    13th and the 17th, right?  Generally speaking?
11:18:33 21    A.    Yes, sir.
11:18:33 22    Q.    So the April 17th test was done on the 08; it was back to
11:18:39 23    other blend, right?
11:18:39 24    A.    I'd have to look at the test, but that's probably correct.
11:18:42 25    Q.    Now, you're familiar that in October, six months after the

**OFFICIAL TRANSCRIPT**

11:18:46  1   accident, Halliburton issued a press release where it stated

11:18:50  2   publicly for the first time that a foam stability test was not

11:18:52  3   conducted on the nine-gallon formulation; correct?

11:18:56  4   A.   That's correct.

11:18:57  5   Q.   When did you first learn that a foam stability test was

11:19:00  6   not conducted on the actual slurry that was pumped in the well?

11:19:06  7   A.   It was probably in October when I first got the weigh-up

11:19:10  8   sheets that I had the opportunity to determine the significance

11:19:13  9   of the indication on the lab report of a part one and a

11:19:16 10   part two.

11:19:17 11   Q.   The one we looked at about 15 minutes ago, perhaps?

11:19:21 12   A.   Yes, sir.

11:19:21 13   Q.   Between May and October, you had e-mailed with

11:19:24 14   Jesse Gagliano, correct?

11:19:25 15   A.   I exchanged a couple of e-mails with him.

11:19:27 16   Q.   You met with him in person, correct?

11:19:29 17   A.   Yes, sir.

11:19:29 18   Q.   You prepared presentations with him, correct?

11:19:31 19   A.   One presentation, yes, sir.

11:19:32 20   Q.   Is it your testimony that at point in time in those six

11:19:36 21   months he ever looked at you and said, Tommy, you know, we

11:19:40 22   never ran a test on the actual slurry that we pumped?

11:19:44 23   A.   I never had that conversation with him.

11:19:45 24   Q.   I'd now like to turn to the tests in the reddish area on

11:19:57 25   my chart.

**OFFICIAL TRANSCRIPT**

11:19:59  1              Now, you've testified earlier and then just now that

11:20:03  2    in October you learned that there were some additional tests

11:20:06  3    that had been run at the direction of Mr. Faul; is that

11:20:09  4    correct?

11:20:09  5    A.   Correct.

11:20:10  6    Q.   Now, these tests were done -- did you learn that these

11:20:12  7    tests were done both in the Duncan laboratory and in the

11:20:16  8    Broussard laboratory?

11:20:17  9    A.   Yes, I did.

11:20:18 10    Q.   Did you learn what the results of those tests were?

11:20:23 11    A.   No, sir.  Not completely.

11:20:24 12    Q.   When did you learn the results of the tests?

11:20:29 13    A.   Through a series of conversations in October and then

11:20:37 14    continuing discussions into April of 2011.

11:20:42 15    Q.   Okay.  Again, from May to October, you were having

11:20:46 16    conversations with Mr. Faul, correct?

11:20:50 17    A.   Repeat the question.

11:20:50 18    Q.   Sure.  From May to October, you had meetings with Mr. Faul

11:20:53 19    where you were preparing for presentations, correct?

11:20:54 20    A.   I had some meetings with Ronnie, yes.

11:20:57 21    Q.   You had phone conversations with him, correct?

11:20:58 22    A.   Yes.

11:20:59 23    Q.   He knew that you were going to Congress to testify -- or

11:21:02 24    to present information about this accident, correct?

11:21:06 25    A.   He would be aware of that.

**OFFICIAL TRANSCRIPT**

11:21:07  1    Q.    He was aware that you were going to the National Academy

11:21:10  2    of Engineers as Halliburton's representative to give them

11:21:12  3    information about what happened, correct?

11:21:14  4    A.    That's correct.

11:21:14  5    Q.    At no point in time between May and October Mr. Faul

11:21:19  6    looked at you and said, Tommy, you know, I ran some tests, and

11:21:24  7    we had trouble getting it to work; he never had that

11:21:28  8    conversation with you?

11:21:28  9    A.    We never had that conversation.

11:21:29 10    Q.    He just let you go do those presentations?

11:21:33 11    A.    I never had that conversation, sir.

11:21:34 12    Q.    Did you ever have any conversations with Ricky Morgan

11:21:39 13    about the tests that he took place?

11:21:40 14    A.    No, sir.

11:21:42 15    Q.    Did you ever have a conversation with Tim Quirk about

11:21:45 16    testing that he did in May?

11:21:46 17    A.    I had a conversation with Tim in October.  Upon

11:21:52 18    identification that additional testing had been done, I asked

11:21:56 19    him to send me the documentation that was available.  Tim

11:22:01 20    actually provided me with all the weigh-up sheets that I

11:22:05 21    subsequently reviewed.

11:22:06 22    Q.    Again, Mr. Quirk, when he provided you the weigh-up sheets

11:22:10 23    in October, did he say, Tommy, I actually did some other tests

11:22:13 24    in May, and we need to talk about those; did that conversation

11:22:16 25    happen?

**OFFICIAL TRANSCRIPT**

11:22:16  1    A.    No, he did not.

11:22:18  2    Q.    Let's pull up TREX-7718.

11:22:25  3          Now, these are your notes, correct?

11:22:26  4    A.    These would be my notes that I took in doing the follow-up

11:22:33  5    to identification of the additional testing.  This would be in

11:22:36  6    the post-October time frame.

11:22:37  7    Q.    I'm going to pull up D-4373, which is -- I've marked it as

11:22:43  8    a demonstrative because I've fixed the contrast a little bit on

11:22:46  9    your notes.  If we can go to .1.3.

11:22:56 10          So just to be clear, while we're pulling up the

11:22:57 11    document, these were notes that you wrote in October of 2010?

11:23:01 12    A.    That's correct.

11:23:01 13    Q.    You were deposed in July of 2011?

11:23:08 14    A.    Yes, sir.

11:23:08 15    Q.    Do you know when you provided these notes to be produced?

11:23:13 16    A.    These would have been surrendered in all the documents.

11:23:18 17    My computer was taken.  My notebooks were taken.  All

11:23:22 18    three-ring binders that I was using and collecting information,

11:23:27 19    copies of all the presentations, was submitted to our legal

11:23:33 20    department.

11:23:33 21    Q.    Before your deposition?

11:23:35 22    A.    Yes, sir.

11:23:35 23    Q.    Do you have any understanding as to why this document

11:23:39 24    wasn't produced until three months after your deposition?

11:23:40 25    A.    I have no idea.

**OFFICIAL TRANSCRIPT**

11:23:41  1    Q.    You were not involved in that?

11:23:43  2    A.    No, sir, I was not.

11:23:45  3    Q.    Understood.   Understood.

11:23:46  4          Could you read what we've blown up there from your

11:23:49  5    notes into the record, Mr. Roth?

11:23:51  6    A.    What this says is, R. Faul contacted Ricky Morgan and

11:23:56  7    asked him to prepare slurry using lab stock of materials.   When

11:24:02  8    attempt was made to foam the cement, slurry would not foam.

11:24:06  9    Q.    When you wrote that down in October 2010, you must have

11:24:12 10    been surprised?

11:24:13 11    A.    Yes, sir.

11:24:13 12    Q.    You had spent six months going to Congressional

11:24:18 13    investigators, going to the National Academy of Engineering,

11:24:21 14    going to the Presidential Commission, talking to them about

11:24:24 15    this accident, and no one had ever told you this?

11:24:27 16    A.    That is correct.

11:24:27 17    Q.    This indicated to you that there is a problem with the

11:24:32 18    slurry, didn't it?

11:24:34 19    A.    This would not be in keeping with best practice.

11:24:36 20    Q.    Now, you testified that -- earlier this morning that you

11:24:45 21    believed this was in connection with conductivity testing?

11:24:47 22    A.    That's correct.

11:24:48 23    Q.    I don't believe -- you wouldn't have had any reason to

11:24:52 24    read Mr. Morgan's deposition about what he was doing?

11:24:55 25    A.    I have not seen Mr. Morgan's deposition.

**OFFICIAL TRANSCRIPT**

11:24:58  1    Q.    You would defer to Mr. Morgan -- which is in a bundle --
11:25:02  2    as to whether this testing, as you wrote down in your notes,
11:25:05  3    whether that was connected to the conductivity testing or
11:25:09  4    independent of it; you would defer to Mr. Morgan, correct?
11:25:12  5    A.    Yes.  These notes were following a conversation that I had
11:25:14  6    with Mr. Faul.  Upon identification that conductivity tests
11:25:18  7    were requested by BP, I asked for him to provide an accounting
11:25:22  8    of it, and these are the notes that I took in that discussion.
11:25:26  9    Q.    If Mr. Morgan said that the conductivity testing was done
11:25:31 10    weeks after the testing that's described in your notes, you
11:25:34 11    would defer to Mr. Morgan, right?
11:25:36 12    A.    I'd have no knowledge of that.
11:25:37 13    Q.    If we could go to the next cull out from D-4373.
11:25:48 14          The next one.  I think we've done that one.
11:25:51 15          Can you read that into the record in your notes?
11:25:55 16    A.    It says, Ricky Morgan reported results to R. Faul.  They
11:26:00 17    consulted with Tim Quirk.  Tim identified that all foam tests
11:26:06 18    conditioned slurry at 135 degrees Farenheit for three hours.
11:26:10 19    Q.    Now, you saw the weigh-up sheets that were done for the
11:26:13 20    foam stability tests before the accident, correct?
11:26:16 21    A.    Correct.
11:26:16 22    Q.    Is it true that all foam tests that were performed by
11:26:21 23    Halliburton conditioned the slurry at 135 degrees for three
11:26:24 24    hours?
11:26:25 25    A.    No, sir.  I think in your demonstrative you illustrated

**OFFICIAL TRANSCRIPT**

11:26:27  1    that various times were used.

11:26:28  2    Q.   Can you condition a slurry on a rig for three hours at

11:26:33  3    135 degrees before you foam it?

11:26:33  4    A.   No, sir.

11:26:34  5    Q.   Go to the next cull out.

11:26:42  6         Let me have you read your handwriting.  You'll do a

11:26:45  7    better job than me.

11:26:46  8    A.   Test was repeated.  Following conditioning, slurry poured

11:26:49  9    in graduated cylinder for two hours.  Stable foam observed over

11:26:54 10    two hour.  Glass rod inserted into cylinder.  No solids noted

11:26:58 11    in bottom of cylinder.  No further testing of production casing

11:27:07 12    cement was performed.

11:27:10 13    Q.   So that suggests that Mr. Morgan did more than one test,

11:27:15 14    correct?  The test was repeated?

11:27:18 15    A.   I don't know what Mr. Morgan did.

11:27:19 16    Q.   Okay.  So your notes, test was repeated following

11:27:23 17    conditioning time, does that indicate to you, then, he --

11:27:24 18    A.   Yes.

11:27:25 19    Q.   The first test, the slurry wouldn't foam; then he

11:27:28 20    conditioned it, and then he repeated the test?

11:27:30 21    A.   Yes, from a discussion with Mr. Faul, that's the note that

11:27:34 22    I captured.

11:27:34 23    Q.   When you learned about this test, did you ask to see the

11:27:37 24    weigh-up sheets or the Viking information about it?

11:27:39 25    A.   No, sir, I did not.

**OFFICIAL TRANSCRIPT**

11:27:39  1    Q.    Did you ask to see any physical samples that were taken

11:27:43  2    from the test, pictures, anything that would identify what

11:27:46  3    actually took place?

11:27:46  4    A.    No, sir, I did not.

11:27:47  5    Q.    Are you aware if any of those things exist, that is,

11:27:51  6    documentation of the test, weigh-up sheets, written results,

11:27:55  7    photographs, physical evidence?

11:27:58  8    A.    I don't know.

11:27:58  9    Q.    Now, in May of 2010 --

11:28:06 10          If we could go back to D-4379.

11:28:18 11          In May of 2010, you would have been helping

11:28:24 12    Tim Probert get ready to testify in front of Congress, correct?

11:28:27 13    A.    That's correct.

11:28:27 14    Q.    Then you personally gave a briefing to staff members on

11:28:31 15    June 3, 2010, correct?

11:28:32 16    A.    That's correct.

11:28:32 17    Q.    Based on what you've looked at starting in October, these

11:28:37 18    tests from Mr. Morgan would have been -- occurred before you

11:28:42 19    went to Congress, correct?

11:28:44 20    A.    That would be correct.

11:28:45 21    Q.    Now, you also were participating in this displace 3D

11:28:52 22    modeling in May; is that right?

11:28:54 23    A.    I saw that result, yes, sir.

11:28:55 24    Q.    Just to confirm, you looked at it on a screen; correct?

11:29:00 25    A.    That's correct.

**OFFICIAL TRANSCRIPT**

11:29:00 1   Q.   To your knowledge, nothing was retained in terms of what

11:29:04 2   you were actually looking at; nobody took a picture of it or

11:29:07 3   captured it or anything like that?

11:29:08 4   A.   I was asked if I wanted a hard copy of it.  I told him,

11:29:12 5   no, I didn't have a need for it.  I was asked if I wanted a

11:29:15 6   copy of the output, and I said, no, I don't need it.

11:29:18 7   Q.   To your knowledge, nobody received a hard copy, and nobody

11:29:21 8   received an output --

11:29:21 9   A.   Not to my knowledge.

11:29:22 10  Q.   Now, you put up an e-mail.

11:29:25 11       I would like to show 4352 -- sorry, 5220.1.1.

11:29:37 12  5220.1.1.

11:29:38 13       This is the e-mail you went through with Mr. Hill,

11:29:40 14  correct?

11:29:40 15  A.   Correct.

11:29:40 16  Q.   I just want to make sure I understand your interpretation

11:29:43 17  of the text.

11:29:45 18       You say -- when it says, spacer was sufficient to

11:29:48 19  sweep channel, are you saying that, from your perspective,

11:29:53 20  there was a channel, and the spacer went through the channel?

11:29:56 21  A.   That is correct.

11:29:57 22  Q.   Okay.  So the spacer was just sweeping the area of the

11:30:00 23  channel?

11:30:03 24  A.   The hole has a given circumference.  Viewing the output

11:30:09 25  from the displace 3D, only a portion of the circumference was

**OFFICIAL TRANSCRIPT**

11:30:13 1    being circulated.

11:30:15 2         Through that channel, we saw the spacer to actually

11:30:18 3    remove the mud that previously occupied it -- actually, the

11:30:22 4    base oil goes through it first, then the spacer.

11:30:26 5         But what this statement says is that there was

11:30:31 6    sufficient spacer to be able to sweep the volume of the

11:30:35 7    channel, the reduced portion of the hole that was circulating,

11:30:38 8    to be able to prevent the contamination of cement and mud,

11:30:44 9    which is at the bottom of that e-mail, which is the original

11:30:47 10   question that is posed in that text.

11:30:49 11   Q.   So when it says spacer volume was sufficient to sweep

11:30:52 12   entire annulus volume as such, you mean that as such it didn't

11:30:58 13   sweep the entire annulus volume?

11:31:01 14   A.   No, the spacer volume was sufficient to sweep the entire

11:31:01 15   annulus volume refers to the design.

11:31:05 16        The design included 71 barrels of spacer.  That would

11:31:09 17   be a sufficient volume of spacer to sweep the entire

11:31:12 18   circumference.  So that now, if it's pressed into service to

11:31:15 19   sweep only a portion of the circumference, it would become more

11:31:20 20   than sufficient to sweep the channel, which is in the second --

11:31:22 21   that sentence.

11:31:23 22   Q.   The test was run using the inputs from the April 18th

11:31:28 23   OptiCem models, correct?

11:31:29 24   A.   I think that that essential rheology, sir, was inputted by

11:31:33 25   Mark.

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 11:31:34 | 1 |
| 11:31:43 | 2 |
| 11:31:43 | 3 |
| 11:31:43 | 4 |
| 11:31:46 | 5 |
| 11:31:49 | 6 |
| 11:31:50 | 7 |
| 11:31:53 | 8 |
| 11:31:53 | 9 |
| 11:31:57 | 10 |

1    Q.    To your knowledge, did he change any of the centralizer

2    locations or their size or anything like that?

3    A.    I don't know the exact spacing that he used.

4    Q.    You do know or you have become aware that OptiCem model

5    had the wrong size centralizers in it, correct?

6    A.    I don't know that for a fact.

7    Q.    Do you know that it has the centralizers in the wrong

8    locations?

9    A.    I think there is some placement beyond Jesse's original

10   modeling which showed 45-foot spacing off bottom.

11   Q.    That was not where the centralizers actually were in

12   Macondo?

13   A.    I think that's correct.

14   Q.    You saw that that OptiCem model had the wrong pore

15   pressure in it, correct?

16   A.    I don't know that.

17   Q.    Did you see that it had the wrong base oil density?

18   A.    I don't know that.

19   Q.    Your June 3rd presentation, if we could put that -- let me

20   just pull up the document.

21         Well, let's move forward.  Let me just ask you --

22   well, it's TREX-8147.  8147.

23         This is the first PowerPoint presentation that you

24   gave to Congressional staff members?

25   A.    I think June 3rd would probably be the first.  No, this is

**OFFICIAL TRANSCRIPT**

11:32:43  1    probably the second.

11:32:44  2    Q.    Probably the second.  Okay.

11:32:49  3          Is there anything in this presentation about the

11:32:51  4    slurry testing?

11:32:53  5    A.    I don't think in this presentation.  I would have to

11:32:55  6    review it to determine.

11:32:57  7    Q.    As of June 3rd, were you aware that Halliburton had a

11:33:04  8    Viking system that retained testing information?

11:33:07  9    A.    I knew that we had a system of reporting lab results

11:33:12  10   called Viking.

11:33:13  11   Q.    Did you know that Halliburton would retained lab results

11:33:16  12   prior to a job?

11:33:16  13   A.    Yes, I think that was a database that was in that system.

11:33:18  14   Q.    Is it your testimony that you never asked, can I see the

11:33:22  15   prejob testing in our database?

11:33:24  16   A.    I never asked for that, no, sir.

11:33:24  17   Q.    I would like to now turn to TREX-982.

11:33:30  18         This is a presentation you gave in September 26,

11:33:37  19   2010, correct?

11:33:38  20   A.    That's correct.

11:33:39  21   Q.    Now, this presentation postdated the release of what we

11:33:45  22   have been calling the Bly Report, correct?

11:33:45  23   A.    That's correct.

11:33:46  24   Q.    Now, the Bly Report indicated that BP had concerns about

11:33:51  25   the slurry design, correct?

**OFFICIAL TRANSCRIPT**

11:33:53  1    A.    Yes, sir, it did.

11:33:54  2    Q.    So in the time between September 8th and September 26th,

11:33:58  3    did you, either with others or yourself, say, let's look at our

11:34:03  4    lab tests, let's look at the prejob testing and see what it

11:34:07  5    shows?

11:34:07  6    A.    I did not.

11:34:08  7    Q.    You sat with Mr. Gagliano in person in preparing for this

11:34:14  8    presentation, correct?

11:34:15  9    A.    I did.

11:34:18 10    Q.    You sat with Mr. Faul, correct?

11:34:22 11    A.    I don't know if Mr. Faul was a participant in this

11:34:25 12    presentation.

11:34:25 13    Q.    You made every effort to be truthful and accurate in this

11:34:31 14    presentation, correct?

11:34:31 15    A.    That's correct.

11:34:31 16    Q.    But there were some things that you said in September 26th

11:34:37 17    that were not accurate, correct?

11:34:42 18    A.    Could you give me specifics, sir?

11:34:43 19    Q.    Sure.  Do you recall telling the NAE that all of the

11:34:48 20    tests -- all of the testing work that was done by Halliburton

11:34:53 21    in advance of the jobs indicated that the foam system was

11:34:57 22    stable?

11:34:58 23    A.    That was my understanding at the time, yes, sir.

11:35:00 24    Q.    Do you know today that that is not true?

11:35:03 25    A.    I've seen additional testing which would be in conflict

**OFFICIAL TRANSCRIPT**

11:35:07  1   with that statement.

11:35:08  2   Q.   It's true, the truth is that three of the four tests done

11:35:14  3   before the job showed that the system was unstable?

11:35:21  4   A.   There are additional tests that were run that unstable

11:35:28  5   cements.

11:35:28  6   Q.   If we could go to your presentation, 982.8.1.

11:35:40  7         This is a slide that you presented, correct?

11:35:42  8   A.   That's correct.

11:35:42  9   Q.   You indicated there were tests done February 10th,

11:35:47 10   April 6th and April 12th, correct?

11:35:51 11   A.   That's correct.

11:35:51 12   Q.   Is there anywhere on this chart that you stated that foam

11:35:54 13   stability tests actually were not performed on the slurry that

11:35:57 14   was actually pumped?

11:35:58 15   A.   Repeat the question, please.

11:35:59 16   Q.   Is there anywhere on this chart or in the presentation or

11:36:02 17   in your oral statements to the NAE that, in fact, foam

11:36:07 18   stability tests were not performed on the slurry that was

11:36:10 19   actually pumped?

11:36:12 20   A.   No, sir, I don't think I did.

11:36:13 21   Q.   Did Mr. Gagliano or Mr. Faul, did they see drafts of this

11:36:20 22   presentation before it was issued?

11:36:22 23   A.   Mr. Gagliano actually helped me to prepare this slide.  I

11:36:27 24   don't know what Mr. Faul's participation was in this

11:36:30 25   presentation development.

**OFFICIAL TRANSCRIPT**

11:36:31  1    Q.    So the Halliburton representative on the well,

11:36:35  2    Mr. Gagliano, who was personally aware of the prejob testing,

11:36:41  3    helped you put this slide together?

11:36:42  4    A.    That's correct.

11:36:43  5    Q.    He never said, by the way, Tommy, you should know, we had

11:36:48  6    a number of tests that didn't pass?

11:36:49  7    A.    He did not communicate that to me.

11:36:52  8    Q.    If we could go to 982.7.1.

11:37:05  9          This is another part of your same presentation.  You

11:37:07 10    say that, for quality assurance, the slurry was designed using

11:37:12 11    standards and procedures located in Halliburton's Global

11:37:15 12    Laboratory Best Practices, correct?

11:37:17 13    A.    That's correct.

11:37:17 14    Q.    You had that on your slide, and you said that orally

11:37:19 15    during the presentation to the NAE, correct?

11:37:22 16    A.    I did.

11:37:22 17    Q.    Was that accurate?

11:37:24 18    A.    No, sir, it's not.

11:37:24 19    Q.    The slurry was not designed using the standards consistent

11:37:30 20    with the Global Laboratory Best Practices?

11:37:32 21    A.    In subsequent reviews, we've identified gaps in that.

11:37:36 22    Q.    Now, in October, when you first received the weigh-up

11:37:41 23    sheets, did you request the opportunity to go back and make new

11:37:47 24    presentations to the NAE or Congressional investigators or

11:37:50 25    other bodies to provide that information?

**OFFICIAL TRANSCRIPT**

11:37:55 1   A.   I did not.

11:37:55 2   Q.   Did you feel like you had been set up?

11:38:00 3   A.   In October, once I learned that, I was working with our

11:38:03 4   legal team.  I had confidence in our legal team to be able to

11:38:07 5   make those declarations.

11:38:09 6   Q.   Whoever gave you the lab sheets in October, did they say,

11:38:13 7   we've just found those?

11:38:14 8        We just found these, Tommy, look at this.  There was

11:38:19 9   testing done before the slurry was pumped, and it showed

11:38:22 10  instability.  Did anybody say that to you?

11:38:23 11  A.   No, sir, no one has said that to me.

11:38:25 12  Q.   Now, we saw your notes, 7718, where you wrote down that

11:38:37 13  Ricky Morgan had conducted tests at the request of Ronnie Faul?

11:38:41 14  A.   Correct.

11:38:42 15  Q.   You learned that in October of 2010?

11:38:43 16  A.   Yes, sir, in an interview with Mr. Faul.

11:38:46 17  Q.   But when did you learn about the Quirk tests?

11:38:48 18  A.   What's the Quirk tests?

11:38:52 19  Q.   The tests that were done by Mr. Tim Quirk?

11:38:54 20  A.   Which tests were those, sir?

11:39:00 21  Q.   Let me pull up D4309-A.

11:39:10 22       I'm sorry.  I almost blinded you there.  Let me keep

11:39:15 23  this up here.

11:39:16 24       THE COURT:  That's a dangerous weapon.

11:39:19 25       MR. REGAN:  It is.  I'm actually going to put it down

**OFFICIAL TRANSCRIPT**

11:39:21  1    at this point.

11:39:23  2              THE COURT:  He would have a lot of witnesses here.

11:39:27  3              MR. REGAN:  He would and know what to do with them.

11:39:27  4    BY MR. REGAN:

11:39:31  5    Q.   Do you see, Mr. Roth, there, the middle line in the red,

11:39:33  6    mid May 2010, the reference to T. Quirk in that box?

11:39:40  7    A.   Yes.  Let me just read that real quick.

11:39:43  8    Q.   Did you learn that Mr. Quirk had been asked to do tests by

11:39:48  9    Mr. Faul in the Broussard laboratory, and that he was asked to

11:39:53 10    do those tests, quote, off the side; and, that Mr. Quirk, after

11:39:58 11    running the tests, got rid of the notes of those tests and the

11:40:02 12    samples?

11:40:02 13    A.   Yes.  I think it's April of 2011 that I was advised that

11:40:06 14    that test occurred.

11:40:06 15    Q.   So you learned something in October 2010, and then another

11:40:10 16    six months passes, and you learned that, in fact, there was

11:40:13 17    even more testing that had happened?

11:40:15 18    A.   Yes, sir.

11:40:15 19    Q.   Were you surprised in April?

11:40:16 20    A.   Yes, I was surprised.

11:40:18 21    Q.   Those tests, to you, would be relevant to the question of

11:40:25 22    what happened to that cement in the Macondo?

11:40:28 23    A.   It would be best that I know all information if I'm making

11:40:31 24    statements on behalf of the company.

11:40:32 25    Q.   Right.  If Halliburton, using Halliburton materials and

                              **OFFICIAL TRANSCRIPT**

11:40:36  1    Halliburton personnel in Halliburton laboratories, can't make

11:40:40  2    this foam cement stable, that could be very relevant to the

11:40:43  3    question of what happened downhole on April 20th, correct?

11:40:46  4    A.    That would be good information to know.

11:40:48  5    Q.    I want to turn now to flow path.

11:40:52  6          I'm sorry, before I get there, one last thing on

11:40:55  7    this.  48098, TREX-48098.1.2.

11:41:04  8          This is a Halliburton October 28, 2010, press

11:41:09  9    release.  Mr. Roth, were you involved in preparing this

11:41:10 10    document?

11:41:14 11    A.    I think I had some input into the team that prepared it.

11:41:16 12    Q.    So it would have been just a couple weeks after you first

11:41:19 13    learned that there were the weigh-up sheets, etcetera, you were

11:41:22 14    involved in reviewing this before it was issued?

11:41:24 15    A.    Yes, sir.  I was still in analysis of that information.

11:41:27 16    Q.    Do you see in the last --

11:41:31 17          Towards the end here, I'll just go ahead and see if I

11:41:36 18    can not blind somebody.  Oh, that's even worse.  Right there.

11:41:40 19    Thanks, Donnie.

11:41:42 20          -- where it says, "Halliburton believes the first

11:41:45 21    tests conducted in April is irrelevant because the laboratory

11:41:47 22    did not use the correct amount of cement blend.  Furthermore,

11:41:50 23    contrary to the assertion in the letter" --

11:41:52 24          That's a letter from the Presidential Commission.

11:41:55 25          -- "BP was made aware of issues with that test."  Do

**OFFICIAL TRANSCRIPT**

11:41:58  1   you see that?

11:41:58  2   A.   Yes, I do.

11:41:59  3   Q.   Do you know of any basis for that statement that BP was

11:42:02  4   made aware of the issues with the April 13th test?

11:42:04  5   A.   I don't.

11:42:04  6   Q.   It then says, "The second test conducted in April was run

11:42:10  7   on the originally agreed upon slurry formulation which included

11:42:15  8   eight gallons of retarder and showed a stable foam."

11:42:17  9        Then, immediately following, it says, "BP

11:42:19 10   subsequently instructed Halliburton to increase the amount of

11:42:22 11   retarder in the slurry formulation from the eight gallons per

11:42:27 12   sacks to nine gallons perfect hundred sacks."  Do you see that?

11:42:30 13   A.   I do.

11:42:30 14   Q.   Is that accurate, based on your review of the weigh-up

11:42:35 15   sheets?

11:42:37 16   A.   Well, I wouldn't do it from the weigh-up sheets, but I

11:42:40 17   would go back to the e-mail that the Transocean attorney just

11:42:44 18   showed us to indicate the agreement between eight and

11:42:46 19   nine gallons, and the Greenwich Mean Time date on that.  That

11:42:52 20   would be the only reference I'd have to that.

11:42:53 21   Q.   You saw that on April 16th -- we showed it earlier to you,

11:42:57 22   Exhibit 811 -- that on that day, with a 09 retarder, there were

11:43:02 23   tests run in the lab, April 16th, correct?

11:43:04 24   A.   I'd have to go back and look at that.

11:43:06 25   Q.   TREX-811.  811.

                        **OFFICIAL TRANSCRIPT**

11:43:10  1              This is the weigh-up sheet.  It has the 09 retarder.

11:43:14  2   You go to the second page, again.  Canceled foam stability as

11:43:19  3   per Jesse --

11:43:21  4   A.    Correct.

11:43:21  5   Q.    -- April 16th on the 09 retarder, correct?

11:43:23  6   A.    Okay.

11:43:24  7   Q.    The test that Halliburton suggests was stable was done the

11:43:27  8   next day, April 17th, correct?

11:43:31  9   A.    I'd have to see the data, sir.

11:43:33 10   Q.    TREX-4566.  4566.

11:43:40 11              April 17th, this is the amount of retarder we see

11:43:45 12   there in our box is .08, correct?

11:43:48 13   A.    That's correct.

11:43:48 14   Q.    If we go to the second page on foam stability at the top,

11:43:52 15   this has the 1.8, 1.799 specific gravity, correct?

11:43:57 16   A.    That is correct.

11:43:57 17   Q.    Conditioning time in three hours, correct?

11:43:59 18   A.    Correct.

11:44:00 19   Q.    So the foam stability test that Halliburton claims is

11:44:03 20   stable was done after, the day after Halliburton had the

11:44:09 21   09 slurry in the lab ready to be tested for foam stability,

11:44:12 22   which test was then canceled by Jesse, correct?

11:44:15 23   A.    That's what this data would indicate.

11:44:16 24   Q.    That's inconsistent with what that press release says,

11:44:18 25   correct?

**OFFICIAL TRANSCRIPT**

11:44:19 1    A.    That's go back and look at the press release.

11:44:21 2    Q.    Let's go back to it.  Easier said than done.  48098.1.2.

11:44:30 3          The second test conducted in April was run on the

4    originally agreed upon slurry formation, which included eight

5    gallons --

6          THE REPORTER:  I'm going to need you to read a little

7    slower.

8    BY MR. REGAN:

11:44:41 9    Q.    The second test, do you see that sentence there, Mr. Roth?

11:44:48 10   A.    Which sentence, please?

11:44:48 11   Q.    The last sentence of the first paragraph.

11:44:50 12   A.    Okay.

11:44:51 13   Q.    Got it?

11:44:57 14   A.    Yes.

11:44:57 15   Q.    Then it says, "BP subsequently instructed Halliburton to

11:45:00 16   increase the amount of retarder in the slurry formulation from

11:45:04 17   eight gallons."

11:45:05 18         And then it says, "Tests were performed and were

11:45:10 19   shared with BP before the cementing job had begun.  A foam

11:45:13 20   stability test was not conducted on the nine-gallon

11:45:16 21   formulation."  See that?

11:45:19 22   A.    I see that.

11:45:20 23   Q.    In terms of the timing, that foam stability test was

11:45:23 24   canceled the day before the last -- the April 17th test,

11:45:27 25   correct?

**OFFICIAL TRANSCRIPT**

11:45:27 1   A.   That's what the data would indicate.

11:45:29 2   Q.   I'd like to turn to the question of flow path.  If we

11:45:34 3   could look at D-4342.

11:45:40 4        You understand, Mr. Roth, that after the accident

11:45:45 5   there were a number of different questions about what path the

11:45:48 6   hydrocarbons took from the reservoir to the rig?

11:45:49 7   A.   Yes, sir.

11:45:49 8   Q.   As you sit here today, Mr. Roth, do you have a view on the

11:45:57 9   path of flow?

11:45:58 10  A.   It would be my professional opinion, after review of what

11:46:01 11  data I've seen, that it came up the casing.  I'm not expert in

11:46:06 12  that area, but that's my opinion at this time.

11:46:07 13  Q.   When you gave a presentation to Congressional

11:46:11 14  investigators on June 3rd, you presented a possibility that it

11:46:17 15  was annular flow, correct?

11:46:18 16  A.   Yes, sir.  At that time we didn't have sufficient

11:46:20 17  information to really offer an informed opinion.  So, for

11:46:24 18  several months, we maintained the potential of flow up the

11:46:29 19  casing, up the annulus, or both, in the information that we

11:46:33 20  communicated.

11:46:33 21  Q.   At what point in time did you reach the professional

11:46:36 22  conclusion that the flow from the reservoir actually would have

11:46:39 23  been up the casing and not the annulus?

11:46:41 24  A.   Probably after several of the kill operations were done

11:46:45 25  and we had an opportunity to review that data.

**OFFICIAL TRANSCRIPT**

11:46:48  1    Q.    When you gave your presentation to the NAE in

11:46:58  2    September 26th, Halliburton's position was still that there was

11:47:01  3    an annular flow, correct?

11:47:04  4    A.    That was still a potential.  I don't know that it had been

11:47:06  5    proven one way or the other.

11:47:07  6    Q.    Let me pull up Exhibit TREX-5204.  5204.

11:47:16  7          This is an e-mail that you received from a Kris Ravi

11:47:20  8    on Monday, September 20th, with a draft presentation, correct?

11:47:24  9    A.    That's what this says, yes.

11:47:25 10    Q.    This was a draft presentation for you to give to NAE,

11:47:28 11    correct?

11:47:28 12    A.    I don't know.  I'd have to see the attachment.

11:47:30 13    Q.    All right.  I'll show you page 20 of the attachment.

11:47:39 14          This is Mr. Ravi, another Halliburton employee and

11:47:44 15    someone who is on Halliburton's witness list as an expert.  You

11:47:48 16    know Mr. Ravi, right?

11:47:49 17    A.    I do.

11:47:49 18    Q.    Mr. Ravi sent you a draft presentation that said the

11:47:53 19    following:  "BP uses only six centralizers."  Do you see that?

11:47:57 20    A.    I do.

11:47:57 21    Q.    Then he says, "Three centralizers were used around the

11:48:02 22    shoe, covering one bottom primary reservoir sand out of four

11:48:06 23    primary reservoir sands."  He says that, correct?

11:48:09 24    A.    That's correct.

11:48:09 25    Q.    In his view, this should have helped in achieving good

**OFFICIAL TRANSCRIPT**

11:48:12 1  cement around the shoe, correct?

11:48:14 2  A.    This would help, correct.

11:48:15 3  Q.    He then says, "Poor centralization across the other

11:48:19 4  reservoir sands," right?

11:48:21 5  A.    That's correct.

11:48:21 6  Q.    "This would have left mud channel and hence flow path from

11:48:25 7  the formation around the top three reservoir sands," correct?

11:48:28 8  A.    That's what he says.

11:48:30 9  Q.    His conclusion here is, "With good cement around the shoe,

11:48:33 10 the fluid from the formation would have entered the annulus

11:48:36 11 through the mud channel and flowed up the annulus, correct?

11:48:39 12 A.    That is included in that presentation.

11:48:42 13 Q.    That's a theory that the well blew out because the shoe

11:48:45 14 was well centralized and cemented.  So under this theory, the

11:48:49 15 reservoir would have come in above the shoe, in the annulus,

11:48:52 16 outside that seven-inch pipe, gone up the back side, up through

11:48:55 17 the casing hanger seal assembly, up the riser and to the rig,

11:48:59 18 correct?

11:48:59 19 A.    That's the theory that's expressed here.

11:49:02 20 Q.    Have you ever heard Mr. Ravi say that he no longer

11:49:05 21 believes that the three centralizers around the shoe would have

11:49:09 22 allowed for good cement around the shoe?

11:49:12 23 A.    I have not.

11:49:12 24 Q.    With respect to -- if the cement was unstable around the

11:49:19 25 shoe, could those centralizers have helped out, made it stable?

**OFFICIAL TRANSCRIPT**

3273

11:49:26  1    A.    Centralizers would not impart stability.

11:49:31  2    Q.    You talked, I think, very briefly about gas flow potential

11:49:43  3    in the April 18th OptiCem?

11:49:45  4    A.    Correct.

11:49:45  5    Q.    At 18,300 feet, in that area, is there actually gas in a

11:49:50  6    gaseous form?  Do you know?

11:49:55  7    A.    It's probably in a liquid form.

11:49:57  8    Q.    So do you know what the relationship is between the gas

11:50:00  9    flow potential calculation in OptiCem and reservoirs where gas

11:50:09 10    is actually not in a gaseous form, it's actually in a liquid

11:50:10 11    form?

11:50:10 12    A.    No, I'm not familiar with that.

11:50:12 13    Q.    Do you know if it's relevant?  Do you know if this severe

11:50:14 14    gas flow potential conflict is relevant in a reservoir where

11:50:16 15    the gas is below the bubble point, that is, it's below the

11:50:19 16    point where it actually becomes a gas; it's in liquid form?  Do

11:50:22 17    you know?

11:50:22 18    A.    I'm not expert in that area.

11:50:24 19    Q.    Is that something you ever looked into prior to giving

11:50:27 20    presentations highlighting the severe gas flow potential?

11:50:31 21    A.    No, I did not.

11:50:31 22    Q.    Do you know Fred Sabins?

11:50:33 23    A.    I do know Fred.

11:50:35 24    Q.    You worked with Fred at Halliburton, correct?

11:50:37 25    A.    I did.

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 11:50:37 1 | Q.    You know that Fred was hired by the Bly Team to do some |
| 11:50:41 2 | cementing investigation, correct? |
| 11:50:42 3 | A.    That's correct.  I'm aware of that. |
| 11:50:45 4 | Q.    Are you aware that Mr. Sabins is one of the people who |
| 11:50:48 5 | came up with this gas flow potential concept? |
| 11:50:50 6 | A.    That's correct.  He's one of the authors that first |
| 11:50:54 7 | published it. |
| 11:50:54 8 | Q.    Would you defer to Mr. Sabins on this topic? |
| 11:50:58 9 | MR. HILL:  Your Honor, I have to open here. |
| 11:51:00 10 | Mr. Sabins -- I think we've already made this objection |
| 11:51:03 11 | before -- that to the extent he comes in to lay foundation for |
| 11:51:07 12 | the cement slurry tests that he did in Appendix K to the Bly |
| 11:51:11 13 | Report, that's admissible per the Court's order; however, |
| 11:51:14 14 | anything else he did, he did as a hired expert for BP, and he's |
| 11:51:18 15 | been disqualified in that capacity. |
| 11:51:19 16 | The OptiCem work that I think Mr. Regan is about |
| 11:51:23 17 | to go into is exactly that. |
| 11:51:27 18 | MS. SULLIVAN:  Your Honor, the United States joins in |
| 11:51:28 19 | that objection. |
| 11:51:30 20 | MR. REGAN:  I disagree with his characterization of |
| 11:51:32 21 | what Mr. Sabins will be allowed to tell Your Honor.  Obviously, |
| 11:51:33 22 | we will cross that bridge when we come to it. |
| 11:51:34 23 | But I'm just asking Mr. Roth about Mr. Sabins |
| 11:51:38 24 | from his personal capacity.  I can move on. |
| 11:51:40 25 | THE COURT:  Okay.  All right. |

**OFFICIAL TRANSCRIPT**

BY MR. REGAN:

Q.    In your personal capacity, Mr. Roth, did you know when Mr. Sabins used to work at Halliburton was he one of the people who came up with the gas flow potential?

A.    Yes, sir.

Q.    Does BP pay Halliburton to perform tests on a test-by-test basis?

A.    No, sir, they do not.

Q.    So if Halliburton ran ten tests or 50 tests or a hundred tests, there would be no difference in terms of the charge to BP, correct?

A.    That's correct.

Q.    You're not aware of any evidence to suggest that BP told Halliburton to not run tests to try to save money or cut some kind of costs, are you?

A.    I'm not aware of anything, no.

Q.    Now, do you agree, Mr. Roth -- we talked a little bit, again briefly, about the cement bond log, do you recall that?

A.    Correct.

Q.    You know that a cement bond log was not run on the well, correct?

A.    I know that.

Q.    You know that the Halliburton engineer on location and Mr. Gagliano were both aware of that fact, correct?

A.    I don't know what they were aware of.

**OFFICIAL TRANSCRIPT**

11:52:55 1    Q.   Do you have any knowledge of any objection that they might

11:52:59 2    have raised?

11:52:59 3    A.   I have no reason to disagree.

11:53:01 4    Q.   Do you know that the decision to not -- do you know why

11:53:05 5    the decision was made not to run a CBL; do you have any

11:53:10 6    foundation for that?

11:53:10 7    A.   In the Marine Board, I think --

11:53:11 8    Q.   Hold up.  We're not to testify about things that were

11:53:14 9    learned in the Marine Board testimony.  So if you have

11:53:17 10   something outside of that, I think that testimony has been

11:53:19 11   excluded.

11:53:20 12   A.   No, I don't --

11:53:22 13   Q.   I didn't mean to cut you off there.  I just wanted to

11:53:24 14   caution you.

11:53:25 15   A.   -- other than was in the Marine Board.

11:53:26 16   Q.   Fair enough.

11:53:33 17           TREX-982.9.1, a question about, again, the NAE

11:53:38 18   presentation, Mr. Roth.

11:53:42 19           Do you see that part of your presentation, you say --

11:53:45 20   and we're going to get really into the depths here -- but that

11:53:48 21   the five-blade foam blender best represents the energy imparted

11:53:52 22   from the Halliburton field foam generator.  Do you see that?

11:53:55 23   A.   I do.

11:53:56 24   Q.   The field foam generator is actually the nozzle that's on

11:53:59 25   the rig that injects nitrogen into the pipe where the cement is

11:54:03  1    flowing by, correct?

11:54:04  2    A.    That is correct.

11:54:04  3    Q.    In your presentation to the NAE, you stated that the

11:54:09  4    five-blade foam blender best represented the energy that was

11:54:12  5    imparted from that field generator, correct?

11:54:15  6    A.    I did.

11:54:16  7    Q.    In the tests that Halliburton ran prior to the incident

11:54:21  8    for foam stability, what type of blender did they use?

11:54:23  9    A.    It's my understanding that it was a five-blade foam

11:54:26  10   blender.

11:54:27  11   Q.    You were shown an exhibit.

11:54:36  12         Can we pull up D-8011, D-8011.

11:54:44  13         This was an exhibit that you were shown in your

11:54:46  14   direct examination.  I take it to be just every piece of paper

11:54:51  15   between Halliburton and BP that had the word "D-Air" on it.  Is

11:54:55  16   that a fair description?

11:54:56  17   A.    This would probably be a catalog of those documents.

11:55:00  18   Q.    Is there anywhere in any of those pieces of paper where

11:55:03  19   Halliburton said, the concern here, though, is that if we use

11:55:09  20   D-Air on the Macondo, it could destabilize the foam?

11:55:12  21   A.    I haven't seen anything to that effect.

11:55:15  22   Q.    Lastly, you have talked about the fact that after the

11:55:21  23   cement job the well was dead.  I think you were referring to

11:55:24  24   the fact that you still had a full hydrostatic column of mud

11:55:27  25   above the two plugs, which were above the cement job; correct?

**OFFICIAL TRANSCRIPT**

11:55:31 1    A.    That's correct.

11:55:31 2    Q.    So the well was still in an overbalanced state, correct?

11:55:34 3    A.    That's correct.

11:55:35 4    Q.    You said that the cement shouldn't be relied upon until it

11:55:40 5    is tested, right?

11:55:41 6    A.    That's correct.

11:55:41 7    Q.    You are referring to there the fact that then 16 hours

11:55:45 8    later, there was a negative pressure test done, correct?

11:55:47 9    A.    I'm aware that there was a negative pressure test.

11:55:50 10   Q.    But you agree that that slurry, under Halliburton's best

11:55:54 11   practices, should have been tested before April 20th, correct?

11:56:01 12   A.    Repeat the question, please.

11:56:02 13   Q.    That slurry should have been tested in a Halliburton lab

11:56:04 14   before it ever got to the rig, correct?

11:56:06 15   A.    Correct.

11:56:07 16         MR. REGAN:  Thank you, Mr. Roth.

11:56:10 17         THE COURT:  All right.  Cameron.

11:56:14 18         MR. BECK:  Cameron has no questions, Your Honor.

11:56:16 19         THE COURT:  Thank you.

11:56:16 20            M-I.

11:56:18 21         MR. TANNER:  M-I has no questions, Your Honor.

11:56:19 22         THE COURT:  All right, we're back to Mr. Thornhill, the

11:56:24 23   PSC, if he has any questions.

11:56:28 24         MR. THORNHILL:  Just one minute, Your Honor, so I can

11:56:34 25   make it short and sweet.

**OFFICIAL TRANSCRIPT**

11:56:59  1              Real quickly, Your Honor.  Can I be heard okay

11:57:12  2  without the mic?

11:57:12  3              THE COURT:  Yes.

11:57:14  4              MR. THORNHILL:  There might be reverberation if I wear

11:57:17  5  it.

11:57:17  6                       REDIRECT EXAMINATION

11:57:17  7  BY MR. THORNHILL:

11:57:21  8  Q.    My understanding, Mr. Roth, is that with respect to

11:57:25  9  7718 --

11:57:25 10              Please put that up on the screen for us, Carl.  It's

11:57:29 11  TREX-7718.

11:57:30 12              -- these handwritten notes that you made were for the

11:57:33 13  first time in October notes of your having been told of

11:57:40 14  post-blowout testing that was conducted by your company?

11:57:45 15  A.    This would be part of the notes that I assembled in review

11:57:48 16  of learning of that information.

11:57:50 17  Q.    It's your testimony that you at no time before October

11:57:53 18  when these notes were written knew about or participated in

11:57:57 19  post-blowout testing?

11:57:59 20  A.    That's correct.

11:58:00 21  Q.    That's with the exception, now, of the 3D modeling,

11:58:06 22  correct?

11:58:06 23  A.    That's correct.

11:58:06 24  Q.    Because you did participate in the 3D modeling?

11:58:06 25  A.    I did.

                         **OFFICIAL TRANSCRIPT**

11:58:09  1   Q.   With respect to that, we don't have any records whatsoever

11:58:12  2   to refer to, to know what you looked at and what that modeling

11:58:15  3   showed, correct?

11:58:15  4   A.   That's correct.

11:58:16  5   Q.   The last thing I want to ask you about these notes is with

11:58:44  6   respect to the time of their being produced.

11:58:48  7            When I took your deposition in July of last year,

11:58:51  8   these notes were not produced, so you and I didn't get to

11:58:54  9   discuss them then, did we?

11:58:56 10   A.   I don't know when they were produced, sir.

11:58:57 11   Q.   My understanding is you produced these notes to someone

11:59:04 12   who was collecting them for purposes of delivering them to

11:59:09 13   whom?

11:59:09 14   A.   I turned over all the documents that I had in my

11:59:12 15   possession to a clerk with the legal department.  I received

11:59:18 16   all of my documents back about probably two weeks later.  I

11:59:21 17   think that they were copied, but I don't know.

11:59:23 18   Q.   When did you surrender them?

11:59:25 19   A.   I don't know the date.

11:59:26 20   Q.   Was that before your deposition?

11:59:28 21   A.   It was before the deposition, yes, sir.

11:59:30 22   Q.   How long before the deposition?

11:59:31 23   A.   Months.

11:59:32 24   Q.   Your deposition was in July of last year, correct?

11:59:35 25   A.   Yes, sir.

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 11:59:35 | 1 | Q.   Would you estimate four or five months before? |
| 11:59:38 | 2 | A.   At least. |
| 11:59:39 | 3 | Q.   At least. |
| 11:59:40 | 4 | A.   Yes. |
| 11:59:40 | 5 | Q.   Maybe even longer? |
| 11:59:42 | 6 | A.   Maybe even longer. |
| 11:59:43 | 7 | Q.   Perhaps even a year before? |
| 11:59:44 | 8 | A.   Potentially. |
| 11:59:45 | 9 | Q.   In 2010? |
| 11:59:49 | 10 | A.   Possibly. |
| 11:59:49 | 11 | Q.   Did you surrender your notes before you began making |
| 11:59:54 | 12 | presentations to Congress? |
| 11:59:55 | 13 | A.   No, I think I probably completed all the presentations |
| 11:59:58 | 14 | before I surrendered the documents. |
| 12:00:00 | 15 | Q.   So it was in the latter part of 2010? |
| 12:00:03 | 16 | A.   I don't know the date. |
| 12:00:04 | 17 | Q.   You had made your presentations to Congress when you made |
| 12:00:08 | 18 | the notes, correct? |
| 12:00:10 | 19 | A.   Yes, sir. |
| 12:00:10 | 20 | Q.   So you then surrendered the notes in 2010, you think? |
| 12:00:15 | 21 | A.   I don't know the date.  I don't know if it was 2010 or |
| 12:00:16 | 22 | 2011.  I don't know. |
| 12:00:17 | 23 | Q.   All right.  Suffice to say you think it was four or five |
| 12:00:21 | 24 | or more months before we took your deposition? |
| 12:00:24 | 25 | A.   I think it was considerably before the deposition, yes. |

**OFFICIAL TRANSCRIPT**

12:00:26  1   Q.    Have you learned from any source why these notes were not

12:00:30  2   surrendered?

12:00:30  3   A.    No, sir, I have not.

12:00:33  4        MR. THORNHILL:  Thank you.

12:00:33  5            No further questions, Your Honor.  In connection

12:00:35  6   with the testimony of the witnesses, we reserve our right to

12:00:38  7   submit our exhibits.

12:00:39  8        THE COURT:  All right.  Very well.

12:00:39  9            Halliburton.

12:00:40 10        MR. HILL:  Your Honor, we have no other questions of

12:00:42 11   this witness.

12:00:43 12        THE COURT:  Thank you, Mr. Roth.

12:00:45 13        THE WITNESS:  Thank you, Judge.

12:00:46 14        THE COURT:  Where are you from originally?

12:00:49 15        THE WITNESS:  Thibodaux.

12:00:50 16        THE COURT:  That's a new one on me, pronouncing R-O-T-H

12:00:56 17   "row," even down here.

12:00:56 18        THE WITNESS:  That's how my granny told me to pronounce

12:00:56 19   it.

12:00:56 20        THE COURT:  Well, you're entitled to pronounce your

12:00:58 21   name any way you'd like.

12:00:58 22        THE WITNESS:  I appreciate it.

12:01:01 23        THE COURT:  Thank you very much.

12:01:01 24        THE WITNESS:  Thank you, sir.

12:01:02 25        THE COURT:  All right.  Who is the next witness going

**OFFICIAL TRANSCRIPT**

12:01:05  1    to be?

12:01:09  2            MR. WILLIAMSON:  Perkin, Your Honor.

12:01:11  3            THE COURT:  Let's go ahead and take our lunch recess.

12:01:14  4    It's just about noon.  We'll come back at 1:15.  Okay.

12:01:17  5            THE DEPUTY CLERK:  All rise.

12:03:25  6            (WHEREUPON, at 12:03 p.m., the Court was in luncheon

          7    recess.)

          8                            *    *    *

          9

         10                    REPORTER'S CERTIFICATE

         11

         12      I, Cathy Pepper, Certified Realtime Reporter, Registered

         13    Merit Reporter, Certified Court Reporter of the State of

         14    Louisiana, Official Court Reporter for the United States

         15    District Court, Eastern District of Louisiana, do hereby

         16    certify that the foregoing is a true and correct transcript to

         17    the best of my ability and understanding from the record of the

         18    proceedings in the above-entitled and numbered matter.

         19

         20

         21                            _s/Cathy Pepper_____

         22                            Cathy Pepper, CRR, RMR, CCR
                                       Certified Realtime Reporter
         23                            Registered Merit Reporter
                                       Official Court Reporter
         24                            United States District Court
                                       Cathy_Pepper@laed.uscourts.gov
         25

                              **OFFICIAL TRANSCRIPT**

| $ |
|---|

**$139,600.26** [1] - 3142:6

| 0 |
|---|

**03102** [1] - 3221:14
**08** [2] - 3248:6, 3267:18
**09** [14] - 3205:21, 3206:4, 3206:11, 3209:8, 3224:10, 3229:3, 3229:15, 3230:4, 3230:9, 3247:14, 3267:3, 3267:7, 3267:11, 3268:2

| 1 |
|---|

**1** [2] - 3122:5, 3211:3
**1,000** [2] - 3149:13, 3193:20
**1.1** [1] - 3227:1
**1.2** [1] - 3192:4
**1.3** [1] - 3251:17
**1.799** [1] - 3267:21
**1.8** [1] - 3267:21
**10** [3] - 3097:20, 3199:17, 3200:14
**10-MD-2179** [1] - 3097:8
**100** [3] - 3099:4, 3218:16, 3232:17
**1000** [2] - 3103:4, 3104:8
**1001** [1] - 3102:19
**101** [2] - 3099:8, 3193:23
**10th** [3] - 3111:10, 3167:20, 3261:16
**1100** [1] - 3102:15
**1110** [1] - 3103:8
**116782** [1] - 3240:3
**11:51** [2] - 3200:22, 3201:1
**12** [2] - 3097:9, 3106:2
**1201** [2] - 3102:4, 3103:24
**1221** [1] - 3103:18
**12:03** [1] - 3282:12
**12th** [2] - 3243:24, 3261:17
**1308** [1] - 3099:11
**1331** [1] - 3104:4
**135** [3] - 3254:1, 3254:6, 3254:11

**1390** [1] - 3212:10
**13th** [6] - 3243:24, 3244:24, 3245:3, 3246:21, 3248:3, 3266:10
**14.5** [6] - 3213:23, 3214:18, 3244:9, 3244:13, 3245:9, 3245:18
**14271** [1] - 3100:18
**15** [2] - 3245:20, 3248:20
**15-minute** [1] - 3184:14
**15.0** [1] - 3245:7
**1500** [1] - 3237:14
**16** [2] - 3207:2, 3277:13
**16-minute** [1] - 3112:23
**16.4** [1] - 3245:11
**16.7** [2] - 3245:11, 3245:12
**1601** [1] - 3098:11
**1665** [1] - 3104:4
**16th** [9] - 3243:24, 3246:25, 3247:4, 3247:13, 3248:3, 3267:2, 3267:4, 3267:11
**17,300** [1] - 3233:18
**1700** [1] - 3103:24
**17th** [8] - 3243:25, 3245:6, 3246:21, 3248:4, 3248:6, 3267:14, 3267:17, 3269:5
**18** [1] - 3178:6
**18,300** [1] - 3272:11
**1885** [1] - 3101:11
**18th** [19] - 3178:8, 3178:11, 3179:17, 3198:24, 3199:3, 3199:18, 3200:15, 3201:3, 3201:19, 3201:20, 3202:11, 3205:18, 3205:20, 3205:22, 3205:23, 3218:19, 3244:12, 3258:4, 3272:9
**19** [1] - 3215:1
**1979** [2] - 3146:1, 3146:3
**19th** [1] - 3198:22
**1:15** [1] - 3282:10

| 2 |
|---|

**20** [5] - 3097:6,

3120:8, 3120:19, 3184:12, 3270:19
**20004** [1] - 3102:4
**20044** [3] - 3100:13, 3100:19, 3100:24
**2005** [1] - 3237:15
**2007-1A** [3] - 3105:18, 3106:17, 3106:23
**2007-7A** [3] - 3105:19, 3106:18, 3106:23
**2009** [3] - 3128:17, 3128:22, 3221:16
**2010** [55] - 3097:6, 3119:3, 3123:14, 3124:2, 3124:3, 3124:5, 3124:16, 3124:24, 3125:11, 3125:14, 3143:8, 3155:8, 3155:18, 3159:12, 3161:8, 3161:16, 3161:17, 3161:22, 3162:2, 3167:10, 3167:24, 3168:17, 3168:18, 3175:13, 3178:6, 3194:20, 3195:18, 3197:19, 3211:3, 3215:2, 3217:1, 3217:6, 3219:1, 3219:5, 3222:5, 3223:14, 3225:24, 3226:15, 3226:17, 3226:19, 3237:15, 3251:19, 3252:17, 3255:17, 3255:19, 3255:23, 3259:25, 3263:22, 3264:13, 3264:22, 3265:15, 3280:15, 3280:21, 3281:1, 3281:2
**2011** [4] - 3249:22, 3251:21, 3264:20, 3281:3
**2012** [1] - 3111:13
**2013** [5] - 3097:9, 3106:2, 3234:20, 3236:10
**2013.1.1** [1] - 3236:12
**20th** [4] - 3219:23, 3265:10, 3270:14, 3277:17
**2133** [1] - 3240:1
**2133-283B** [3] - 3105:18, 3106:17, 3106:22
**21st** [6] - 3150:12, 3226:21, 3227:3, 3229:1, 3230:23, 3231:16
**22** [2] - 3128:17,

3128:22
**2211** [1] - 3103:8
**2216** [1] - 3099:22
**227-37** [1] - 3108:8
**22ND** [1] - 3098:19
**23451** [1] - 3237:15
**24** [2] - 3207:10, 3207:23
**25** [5] - 3167:24, 3175:13, 3178:22, 3246:1, 3246:5
**252** [1] - 3122:5
**26** [2] - 3226:19, 3259:25
**2615** [1] - 3098:15
**26th** [5] - 3155:15, 3229:10, 3260:9, 3260:23, 3270:8
**28** [5] - 3118:24, 3119:2, 3123:14, 3124:3, 3265:15
**28.05.2010** [1] - 3123:13
**28th** [1] - 3119:24
**29** [8] - 3118:24, 3119:2, 3124:2, 3124:5, 3124:16, 3124:24, 3125:11, 3125:14
**2:10-CV-02771** [1] - 3097:12
**2:10-CV-4536** [1] - 3097:14

| 3 |
|---|

**3** [6] - 3099:4, 3226:17, 3240:21, 3240:23, 3245:24, 3255:23
**3,000** [1] - 3180:9
**3D** [2] - 3279:2, 3279:5
**30** [1] - 3184:13
**300** [1] - 3102:8
**3000** [5] - 3130:9, 3130:11, 3130:16, 3178:22, 3237:4
**30th** [1] - 3236:10
**3106** [1] - 3105:18
**3118** [2] - 3105:4, 3105:5
**3132** [1] - 3105:6
**3141** [1] - 3105:7
**3184** [1] - 3105:8
**31st** [1] - 3111:13
**3222** [1] - 3105:9
**3241** [1] - 3131:1
**3278** [1] - 3105:10
**3282** [1] - 3105:11

3128:22
**33** [2] - 3146:7, 3220:1
**33-and-a-half** [2] - 3185:7, 3203:15
**33-plus** [2] - 3149:7, 3185:1
**33.5** [1] - 3203:15
**350** [1] - 3232:17
**355** [1] - 3102:23
**35TH** [1] - 3102:23
**36130** [1] - 3101:6
**36604** [1] - 3098:12
**3668** [1] - 3098:4
**3700** [2] - 3102:15, 3102:19
**3D** [16] - 3167:21, 3167:25, 3168:5, 3168:6, 3168:7, 3168:9, 3168:17, 3168:19, 3169:10, 3170:6, 3176:16, 3176:17, 3177:2, 3177:4, 3256:4, 3257:7
**3rd** [4] - 3259:1, 3259:7, 3259:14, 3269:20

| 4 |
|---|

**4** [1] - 3099:4
**40** [1] - 3148:2
**400-page** [1] - 3114:4
**4000** [1] - 3104:8
**402** [1] - 3098:19
**4309-A** [1] - 3248:2
**4310** [1] - 3099:18
**4340.1** [1] - 3226:25
**435** [1] - 3099:8
**4352** [1] - 3256:19
**445** [1] - 3131:5
**446** [1] - 3131:5
**45-foot** [1] - 3258:17
**450** [2] - 3100:5, 3232:18
**4500** [1] - 3103:18
**4566** [1] - 3267:16
**48** [1] - 3158:25
**48098** [1] - 3265:14
**48098.1.2** [1] - 3268:8

| 5 |
|---|

**5** [2] - 3241:13, 3241:20
**5/28** [4] - 3122:21, 3123:3, 3123:8, 3124:8
**5/29** [4] - 3122:22,

3123:3, 3123:25
**50** [2] - 3114:8, 3274:15
**500** [3] - 3098:4, 3101:5, 3104:13
**5000** [1] - 3101:22
**504** [1] - 3104:14
**5204** [1] - 3270:12
**5219-3A** [3] - 3105:18, 3106:17, 3106:22
**5220.1.1** [2] - 3256:19
**5395** [1] - 3100:6
**54573** [9] - 3121:7, 3121:15, 3124:12, 3125:4, 3125:18, 3126:15, 3126:19, 3126:23, 3127:25
**546** [1] - 3103:12
**5492** [1] - 3111:13
**556** [1] - 3098:4
**5593** [1] - 3118:24
**5801** [1] - 3211:2
**589-7779** [1] - 3104:14
**5993** [1] - 3124:19

---

**6**

**6,000** [4] - 3146:18, 3147:20, 3219:9, 3219:11
**6,000-person** [1] - 3216:16
**600** [3] - 3098:19, 3098:22, 3103:4
**601** [1] - 3098:15
**60394-087** [1] - 3186:21
**60654** [1] - 3102:9
**618** [1] - 3099:15
**6264** [7] - 3121:7, 3122:10, 3122:13, 3123:23, 3124:12, 3126:25, 3127:22
**6:50** [1] - 3199:4
**6th** [1] - 3261:17

---

**7**

**7** [4] - 3195:18, 3197:19, 3201:20, 3245:11
**701** [2] - 3101:16, 3101:22
**70113** [1] - 3098:8
**70130** [6] - 3098:16, 3098:23, 3099:22, 3101:16, 3103:13, 3104:14

**70139** [1] - 3101:23
**70163** [1] - 3102:15
**70360** [1] - 3099:8
**70458** [1] - 3099:12
**70502** [2] - 3098:5, 3103:5
**708** [1] - 3231:17
**708.4.1** [1] - 3233:9
**708.7.4** [2] - 3231:7, 3231:15
**70801** [1] - 3099:15
**70804** [1] - 3101:12
**71** [1] - 3257:23
**72** [1] - 3175:18
**7484** [1] - 3197:8
**7491** [1] - 3237:10
**750** [1] - 3131:14
**750.1.1** [1] - 3228:24
**750.2.2** [1] - 3229:21
**75270** [1] - 3103:24
**7611** [1] - 3100:12
**77002** [2] - 3102:19, 3104:9
**77006** [1] - 3099:19
**77010** [2] - 3103:18, 3104:4
**77098** [1] - 3103:8
**7718** [4] - 3162:13, 3162:15, 3263:19, 3278:15
**7722** [1] - 3160:22
**78257** [1] - 3099:5
**7:50** [1] - 3201:18
**7th** [1] - 3197:3
**7TH** [1] - 3100:6

---

**8**

**8** [2] - 3199:10, 3201:2
**8011** [1] - 3177:21
**8011.8** [1] - 3178:12
**811** [2] - 3267:3, 3267:6
**8147** [1] - 3259:4
**820** [1] - 3098:8
**84** [1] - 3188:8
**8:00** [2] - 3097:9, 3117:25
**8th** [1] - 3260:9

---

**9**

**9** [1] - 3199:11
**90** [1] - 3137:25
**90071** [1] - 3102:24
**94005** [1] - 3101:12
**94102** [1] - 3100:6
**982.7.1** [1] - 3262:15

**982.8.1** [1] - 3261:13
**9:39** [1] - 3184:16
**9TH** [1] - 3098:22

---

**A**

**A-3** [1] - 3191:3
**a.m** [2] - 3117:25, 3184:16
**A.M** [1] - 3097:9
**abandoned** [1] - 3139:2
**ability** [3] - 3171:5, 3239:4, 3282:19
**able** [34] - 3117:7, 3141:1, 3144:23, 3146:24, 3149:3, 3150:22, 3150:23, 3151:2, 3151:3, 3151:13, 3151:17, 3151:18, 3151:22, 3152:6, 3152:10, 3152:12, 3152:21, 3154:17, 3158:8, 3158:22, 3163:20, 3169:10, 3170:5, 3172:11, 3176:6, 3182:9, 3194:2, 3219:17, 3237:13, 3243:7, 3247:2, 3257:13, 3257:14, 3263:11
**aboard** [2] - 3148:7, 3148:12
**above-entitled** [1] - 3282:20
**above-mentioned** [2] - 3107:22, 3110:23
**ABRAMSON** [1] - 3098:14
**absolutely** [1] - 3115:22
**abundance** [1] - 3108:11
**Academy** [7] - 3155:13, 3157:2, 3157:5, 3159:25, 3160:1, 3250:9, 3252:21
**accept** [1] - 3152:22
**accepted** [1] - 3117:4
**access** [4] - 3154:6, 3154:8, 3154:11, 3241:21
**accessed** [1] - 3217:8
**accident** [12] - 3134:4, 3134:5, 3227:8, 3227:18, 3234:9, 3235:1, 3244:6,

3248:10, 3250:7, 3252:23, 3254:3, 3269:10
**accommodate** [1] - 3117:23
**accommodating** [1] - 3118:5
**accordingly** [1] - 3153:18
**account** [4] - 3142:13, 3153:5
**accounting** [2] - 3225:8, 3253:15
**accurate** [9] - 3158:14, 3163:16, 3173:4, 3173:5, 3176:24, 3260:20, 3260:24, 3262:24, 3266:20
**achieve** [2] - 3183:23, 3221:6
**achieved** [3] - 3149:15, 3220:19, 3245:7
**achieving** [1] - 3271:6
**acknowledge** [2] - 3133:21, 3133:25
**acknowledged** [2] - 3130:12, 3130:15
**acquisition** [1] - 3242:3
**acting** [1] - 3226:3
**ACTION** [1] - 3097:8
**activities** [6] - 3148:4, 3148:7, 3148:12, 3148:21, 3150:8, 3156:12
**activity** [2] - 3129:22, 3167:1
**actual** [24] - 3122:4, 3154:22, 3163:8, 3166:20, 3172:7, 3173:1, 3173:8, 3198:16, 3200:14, 3202:4, 3202:14, 3202:25, 3205:1, 3205:4, 3205:12, 3206:10, 3209:23, 3210:1, 3217:22, 3217:25, 3224:10, 3248:15, 3249:6
**add** [1] - 3165:9
**added** [1] - 3199:14
**addition** [6] - 3122:10, 3147:2, 3194:8, 3209:16, 3210:18, 3234:22
**additional** [9] - 3155:22, 3157:17, 3206:24, 3243:6,

3249:11, 3251:1, 3251:13, 3261:7, 3261:11
**additive** [3] - 3129:11, 3193:25, 3199:13
**additives** [10] - 3121:2, 3129:11, 3154:23, 3178:24, 3180:12, 3189:4, 3189:19, 3231:21, 3241:6, 3241:14
**address** [2] - 3142:3, 3174:3
**adjust** [1] - 3153:17
**adjusted** [1] - 3200:21
**admirable** [1] - 3145:16
**admissible** [1] - 3273:19
**admit** [2] - 3110:6, 3110:21
**admitted** [5] - 3106:21, 3106:23, 3107:20, 3107:23, 3110:24
**advance** [4] - 3211:10, 3211:24, 3212:3, 3261:3
**advantage** [1] - 3153:21
**advise** [3] - 3178:17, 3181:1, 3194:3
**advised** [2] - 3168:7, 3264:20
**advises** [3] - 3194:5, 3194:9, 3194:13
**advising** [1] - 3196:20
**advisor** [10] - 3151:9, 3151:24, 3152:4, 3152:9, 3153:16, 3154:4, 3164:6, 3164:18, 3216:4, 3216:11
**advisors** [1] - 3213:11
**advocate** [1] - 3226:1
**aftermath** [2] - 3151:5, 3155:7
**agent** [2] - 3129:15, 3182:9
**agents** [1] - 3240:18
**ago** [1] - 3248:20
**agree** [26] - 3135:13, 3138:23, 3138:25, 3139:20, 3139:23, 3179:6, 3180:15, 3185:2, 3185:8, 3186:1, 3187:1, 3202:23, 3204:8, 3205:9, 3205:11, 3205:14, 3211:14,

3211:22, 3212:2, 3213:9, 3215:6, 3216:1, 3222:1, 3243:5, 3274:23, 3277:16

**agreed** [4] - 3208:4, 3245:2, 3266:13, 3268:10

**agreement** [2] - 3159:3, 3266:24

**ahead** [12] - 3138:20, 3140:11, 3141:12, 3143:4, 3164:15, 3169:2, 3175:6, 3175:19, 3188:25, 3222:10, 3265:23, 3282:9

**air** [3] - 3238:20, 3238:21, 3239:6

**Air** [41] - 3129:23, 3130:9, 3130:11, 3130:16, 3130:18, 3159:5, 3177:16, 3177:18, 3178:22, 3179:8, 3180:9, 3180:17, 3181:2, 3181:11, 3181:19, 3181:23, 3181:25, 3182:6, 3182:11, 3182:13, 3193:1, 3193:25, 3194:3, 3194:5, 3194:9, 3194:13, 3195:4, 3195:11, 3195:15, 3197:22, 3198:10, 3223:3, 3223:4, 3237:4, 3237:8, 3237:20, 3238:1, 3241:7, 3241:10, 3276:21, 3277:1

**AL** [4] - 3097:13, 3097:16, 3098:12, 3101:6

**ALABAMA** [2] - 3101:3

**Alabama** [1] - 3132:10

**ALEX** [1] - 3103:17

**ALLAN** [1] - 3101:15

**Allan** [1] - 3132:20

**allow** [1] - 3175:1

**allowed** [2] - 3272:3, 3274:2

**almost** [3] - 3138:4, 3217:23, 3264:4

**alternative** [2] - 3213:17, 3218:18

**alternatives** [1] - 3213:25

**AMERICA** [3] - 3097:15, 3100:4,

3101:20

**AMERICAN** [1] - 3098:15

**amount** [13] - 3136:3, 3142:5, 3151:25, 3158:23, 3203:17, 3228:14, 3229:3, 3234:17, 3244:19, 3266:3, 3266:16, 3267:17, 3268:22

**analysis** [2] - 3181:5, 3265:21

**analyze** [1] - 3119:21

**AND** [2] - 3097:12, 3102:12

**ANDREW** [1] - 3102:7

**Andy** [2] - 3111:7, 3112:9

**ANGELES** [1] - 3102:24

**animation** [2] - 3170:6, 3170:7

**annular** [2] - 3170:20, 3269:21, 3270:9

**annulus** [13] - 3170:9, 3175:16, 3176:9, 3176:12, 3232:21, 3257:19, 3257:20, 3257:22, 3269:25, 3270:4, 3271:16, 3271:17, 3271:21

**answer** [14] - 3131:16, 3131:19, 3136:22, 3136:23, 3138:20, 3156:9, 3171:2, 3171:13, 3171:14, 3172:14, 3172:15, 3183:14, 3206:6, 3241:12

**answered** [3] - 3171:1, 3174:3, 3177:7

**answers** [2] - 3111:20, 3131:7

**ANTHONY** [1] - 3099:21

**Anthony** [2] - 3107:24, 3175:12

**ANTONIO** [1] - 3099:5

**apologize** [2] - 3120:5, 3186:14

**appear** [1] - 3117:2

**appearance** [1] - 3116:21

**APPEARANCES** [7] - 3098:1, 3099:1, 3100:1, 3101:1, 3102:1, 3103:1, 3104:1

**Appendix** [1] -

3273:18

**applicable** [3] - 3185:21, 3208:14, 3209:20

**applications** [2] - 3236:21, 3237:1

**apply** [1] - 3203:23

**appreciate** [2] - 3116:5, 3282:3

**appropriate** [2] - 3132:2, 3217:1

**approve** [1] - 3223:20

**April** [67] - 3150:12, 3178:6, 3178:8, 3178:11, 3182:19, 3198:7, 3198:22, 3198:24, 3199:3, 3199:18, 3200:15, 3201:19, 3201:20, 3202:11, 3205:18, 3205:20, 3205:22, 3205:23, 3211:3, 3215:1, 3218:19, 3219:1, 3219:5, 3219:23, 3221:16, 3222:5, 3226:21, 3227:3, 3229:1, 3229:11, 3230:23, 3231:16, 3236:10, 3237:15, 3243:24, 3243:25, 3244:12, 3244:24, 3245:3, 3245:6, 3246:21, 3246:25, 3247:4, 3247:13, 3248:3, 3248:6, 3249:22, 3258:4, 3261:17, 3264:20, 3265:1, 3265:10, 3266:2, 3266:10, 3266:12, 3267:2, 3267:4, 3267:11, 3267:14, 3267:17, 3268:9, 3269:5, 3272:9, 3277:17

**APRIL** [1] - 3097:6

**area** [9] - 3143:7, 3224:4, 3224:17, 3242:13, 3249:8, 3257:4, 3269:18, 3272:11, 3272:24

**argument** [1] - 3144:7

**arrangement** [4] - 3147:11, 3153:19, 3187:6, 3190:12

**ARRELL** [1] - 3103:7

**ASAP** [1] - 3123:5

**ASBILL** [1] - 3102:17

**aside** [3] - 3183:21, 3198:5, 3214:5

**aspect** [2] - 3152:14, 3158:2

**assemble** [1] - 3158:10

**assembled** [2] - 3168:24, 3278:21

**assembly** [1] - 3271:23

**assertion** [1] - 3266:4

**assessing** [1] - 3183:11

**assessment** [1] - 3238:14

**ASSET** [1] - 3097:13

**assigned** [4] - 3146:18, 3151:20, 3185:11, 3186:8

**assignment** [2] - 3207:13, 3207:17

**assist** [4] - 3151:2, 3156:15, 3157:24, 3158:5

**assistance** [2] - 3153:8, 3157:25

**assisting** [1] - 3167:16

**associated** [5] - 3128:13, 3140:25, 3144:12, 3147:2, 3235:9

**assume** [4] - 3151:21, 3160:16, 3200:2, 3212:23

**assumed** [1] - 3175:19

**assuming** [2] - 3151:1, 3201:18

**assumption** [1] - 3221:11

**assumptions** [1] - 3170:5

**assurance** [1] - 3262:17

**attached** [1] - 3227:14

**attachment** [2] - 3270:18, 3270:19

**attachments** [3] - 3228:5, 3228:8, 3228:17

**attempt** [3] - 3149:4, 3238:20, 3252:16

**attend** [2] - 3151:16, 3243:7

**attended** [1] - 3145:20

**attention** [2] - 3153:7, 3236:12

**ATTORNEY** [4] - 3101:3, 3101:4, 3101:9, 3101:11

**attorney** [3] - 3117:4, 3117:7, 3266:23

**audits** [1] - 3115:23

**authority** [1] - 3138:10

**authorized** [1] - 3162:11

**authors** [1] - 3273:12

**automation** [1] - 3242:3

**available** [19] - 3117:22, 3153:15, 3154:4, 3154:8, 3154:10, 3157:14, 3157:19, 3158:7, 3166:17, 3194:19, 3194:22, 3213:12, 3213:18, 3213:22, 3216:25, 3217:5, 3222:4, 3233:8, 3251:2

**AVENUE** [5] - 3098:8, 3100:5, 3101:5, 3102:4, 3102:23

**avoided** [1] - 3241:14

**avoids** [2] - 3241:5

**aware** [40] - 3133:22, 3135:13, 3135:25, 3139:25, 3153:16, 3161:13, 3162:3, 3172:19, 3192:19, 3195:19, 3197:2, 3202:10, 3213:22, 3216:20, 3223:7, 3224:8, 3224:14, 3224:17, 3224:18, 3237:3, 3237:6, 3240:25, 3243:19, 3243:21, 3243:22, 3250:8, 3250:9, 3255:13, 3258:11, 3259:14, 3262:9, 3266:6, 3266:10, 3273:9, 3273:10, 3274:19, 3274:22, 3275:5, 3275:6, 3277:15

**B**

**background** [1] - 3214:25

**backing** [1] - 3133:11

**Badalamenti** [1] - 3175:12

**ballpark** [1] - 3148:1

**BARBIER** [1] - 3097:22

**Barbier** [4] - 3143:23, 3146:21, 3151:11, 3198:14

**barrels** [2] - 3175:18,

3257:23

**barrier** [3] - 3137:6, 3183:2, 3183:3

**base** [10] - 3169:2, 3169:5, 3169:12, 3170:11, 3170:16, 3170:19, 3170:24, 3176:6, 3257:10, 3258:24

**based** [19] - 3111:11, 3126:1, 3131:8, 3145:10, 3165:15, 3185:7, 3193:18, 3199:21, 3200:4, 3200:6, 3200:12, 3201:20, 3203:14, 3213:20, 3214:20, 3221:2, 3237:23, 3255:25, 3266:20

**basic** [1] - 3111:15

**basis** [9] - 3113:11, 3139:20, 3171:3, 3191:10, 3205:15, 3219:11, 3238:4, 3266:9, 3274:13

**batch** [5] - 3127:2, 3127:3, 3145:7, 3145:8

**Bates** [1] - 3240:2

**BATON** [2] - 3099:15, 3101:12

**batteries** [2] - 3115:18, 3115:23

**BEACH** [1] - 3098:19

**bearing** [3] - 3196:8, 3196:17, 3234:6

**became** [5] - 3159:18, 3159:25, 3161:13, 3164:18, 3170:14

**BECK** [3] - 3103:15, 3103:15, 3277:24

**become** [5] - 3150:10, 3152:8, 3189:12, 3258:1, 3258:11

**becomes** [2] - 3151:9, 3272:22

**becoming** [1] - 3156:12

**BEFORE** [1] - 3097:22

**began** [1] - 3280:17

**beginning** [1] - 3182:19

**begun** [1] - 3268:25

**behalf** [19] - 3107:1, 3107:6, 3107:25, 3108:19, 3109:4, 3109:24, 3110:12, 3111:2, 3114:10, 3129:20, 3133:11, 3135:24, 3151:18,

3172:25, 3215:17, 3216:18, 3216:21, 3224:3, 3265:6

**believes** [2] - 3266:1, 3272:2

**below** [3] - 3214:18, 3272:21

**Bement** [1] - 3133:17

**BEN** [1] - 3100:24

**Ben** [1] - 3111:25

**bench** [1] - 3115:9

**benefit** [1] - 3153:11

**best** [24] - 3147:7, 3159:4, 3159:6, 3181:16, 3181:18, 3198:9, 3198:19, 3202:3, 3203:3, 3206:11, 3215:10, 3238:7, 3239:25, 3242:4, 3242:8, 3242:11, 3242:13, 3243:6, 3253:2, 3265:5, 3276:2, 3276:10, 3277:16, 3282:19

**Best** [3] - 3194:4, 3262:19, 3263:2

**better** [8] - 3138:25, 3155:9, 3186:15, 3186:17, 3189:3, 3221:19, 3246:18, 3254:14

**between** [23] - 3126:4, 3148:2, 3153:24, 3159:12, 3161:8, 3179:3, 3187:6, 3188:2, 3190:20, 3190:23, 3198:2, 3208:5, 3210:12, 3212:6, 3220:5, 3223:7, 3248:3, 3248:22, 3250:13, 3260:9, 3266:24, 3272:14, 3276:20

**beyond** [3] - 3134:3, 3238:17, 3258:16

**big** [1] - 3219:12

**bills** [1] - 3220:1

**binders** [1] - 3252:1

**bio** [1] - 3184:12

**bit** [5] - 3123:9, 3145:15, 3239:15, 3251:16, 3274:23

**bite** [1] - 3169:13

**bite-size** [1] - 3169:13

**blade** [1] - 3276:2, 3276:10, 3276:15

**blend** [34] - 3126:8, 3142:5, 3142:17, 3142:19, 3142:22,

3143:9, 3143:10, 3144:9, 3144:11, 3145:4, 3145:12, 3145:13, 3163:23, 3182:1, 3189:4, 3189:9, 3189:10, 3189:12, 3189:18, 3189:21, 3193:5, 3193:12, 3196:24, 3223:8, 3224:15, 3224:19, 3224:22, 3225:14, 3225:18, 3225:20, 3246:22, 3248:7, 3266:3

**blended** [4] - 3121:2, 3129:23, 3143:21, 3159:5

**blender** [4] - 3276:2, 3276:10, 3276:14, 3276:16

**blending** [2] - 3217:25, 3218:3

**blends** [3] - 3173:24, 3189:20, 3242:2

**blew** [2] - 3132:23, 3271:19

**blind** [1] - 3265:24

**blinded** [1] - 3264:4

**blow** [2] - 3123:9, 3144:20, 3144:22

**blown** [2] - 3175:9, 3252:12

**blowout** [10] - 3124:22, 3124:23, 3125:14, 3137:9, 3183:12, 3183:24, 3183:25, 3217:7, 3278:20, 3278:25

**Bly** [9] - 3112:14, 3112:15, 3134:13, 3135:5, 3159:21, 3260:4, 3260:6, 3273:7, 3273:18

**Board** [5] - 3192:23, 3195:21, 3275:13, 3275:15, 3275:21

**boat** [7] - 3143:25, 3144:21, 3145:8, 3190:4, 3218:13

**boats** [1] - 3218:10

**BOCKIUS** [1] - 3104:6

**bodies** [6] - 3150:24, 3156:11, 3159:13, 3159:22, 3161:10, 3263:7

**body** [6] - 3152:5, 3156:21, 3158:25, 3159:7, 3162:25, 3228:7

**Bolado** [4] - 3216:11,

3216:17, 3216:25, 3217:5

**bond** [3] - 3228:10, 3274:24, 3275:1

**bookkeeping** [1] - 3225:8

**BOP** [1] - 3115:4

**borne** [1] - 3145:1

**boss** [1] - 3212:11

**bottom** [20] - 3123:5, 3131:5, 3170:12, 3170:15, 3170:17, 3196:12, 3196:14, 3196:15, 3212:25, 3229:24, 3232:20, 3233:25, 3239:10, 3243:18, 3244:23, 3254:19, 3257:16, 3258:17, 3271:3

**bottoms** [2] - 3228:15, 3234:18

**BOULEVARD** [1] - 3099:18

**BOUNDS** [1] - 3098:10

**box** [4] - 3233:13, 3244:6, 3264:13, 3264:17

**BOX** [4] - 3098:4, 3100:12, 3100:18, 3101:12

**BP** [112] - 3097:15, 3101:19, 3101:20, 3101:20, 3107:1, 3109:4, 3111:7, 3111:9, 3112:14, 3114:10, 3134:6, 3134:13, 3134:22, 3135:4, 3136:11, 3137:4, 3137:17, 3138:8, 3139:1, 3139:5, 3139:10, 3140:23, 3142:1, 3142:12, 3142:13, 3142:17, 3144:17, 3145:5, 3145:9, 3151:10, 3152:24, 3152:25, 3153:8, 3153:13, 3159:19, 3159:21, 3163:19, 3165:16, 3167:1, 3167:15, 3174:15, 3176:21, 3177:18, 3178:6, 3178:9, 3179:4, 3179:7, 3180:16, 3181:2, 3186:9, 3187:6, 3187:7, 3187:10, 3187:13, 3187:23, 3188:2, 3188:19,

3190:24, 3192:20, 3193:4, 3195:10, 3195:19, 3195:24, 3196:20, 3197:20, 3198:8, 3199:6, 3199:22, 3200:10, 3207:3, 3207:18, 3207:21, 3208:5, 3210:12, 3211:23, 3212:2, 3212:6, 3213:19, 3215:9, 3217:12, 3217:17, 3217:23, 3218:6, 3222:8, 3222:14, 3223:7, 3223:24, 3224:14, 3224:19, 3224:25, 3225:5, 3226:11, 3229:5, 3229:8, 3229:10, 3231:8, 3243:18, 3243:21, 3253:15, 3260:6, 3266:6, 3266:9, 3266:15, 3268:21, 3268:25, 3270:25, 3273:20, 3274:12, 3274:17, 3274:19, 3276:21

**BP's** [15] - 3107:4, 3133:6, 3136:2, 3137:2, 3153:13, 3154:5, 3166:22, 3180:25, 3187:20, 3191:6, 3192:6, 3192:9, 3192:18, 3194:19, 3227:24

**BP/Halliburton** [5] - 3185:21, 3186:19, 3186:24, 3191:4, 3208:2

**brad** [1] - 3110:2

**Brad** [4] - 3106:13, 3108:19, 3109:10, 3117:15

**BRAD** [1] - 3102:22

**BRANCH** [3] - 3100:4, 3100:15, 3100:22

**breaks** [1] - 3184:12

**BREIT** [2] - 3098:18, 3098:18

**Breit** [1] - 3163:12

**BRENNAN** [1] - 3102:17

**Brett** [1] - 3192:21

**BRIAN** [8] - 3102:22, 3106:13, 3108:19, 3109:10, 3110:2, 3110:18, 3114:7, 3117:15

**Brian** [16] - 3106:13, 3108:19, 3109:10,

3110:2, 3117:15, 3137:14, 3192:20, 3199:7, 3199:9, 3199:18, 3199:22, 3200:8, 3202:12, 3211:4, 3211:8, 3211:23

**bridge** [2] - 3116:17, 3274:3

**brief** [1] - 3112:12

**briefing** [1] - 3255:22

**briefly** [7] - 3114:25, 3129:11, 3146:21, 3148:24, 3151:11, 3272:8, 3274:24

**bring** [13] - 3152:6, 3160:9, 3160:21, 3163:2, 3166:22, 3175:8, 3175:9, 3176:20, 3177:21, 3178:11, 3234:20, 3238:9

**brings** [1] - 3208:17

**BROCK** [1] - 3102:3

**brought** [8] - 3121:17, 3122:5, 3126:17, 3127:18, 3128:5, 3128:8, 3153:6, 3157:18

**Broussard** [9] - 3122:5, 3154:9, 3188:11, 3188:12, 3188:13, 3188:15, 3194:24, 3249:16, 3264:16

**bubble** [1] - 3272:21

**buddies** [1] - 3220:12

**BUILDING** [2] - 3098:15, 3099:4

**built** [1] - 3168:24

**bulk** [15] - 3127:8, 3127:9, 3127:10, 3127:11, 3127:12, 3127:20, 3129:5, 3143:24, 3144:4, 3144:6, 3145:8, 3169:7, 3189:11, 3189:20, 3189:21

**Bulletin** [1] - 3194:12

**bulletin** [1] - 3130:17

**bulletins** [3] - 3130:13, 3130:14, 3239:21

**bumped** [1] - 3232:5

**bumping** [2] - 3227:11, 3232:18

**bundle** [1] - 3253:9

**BURLING** [1] - 3102:3

**business** [3] - 3185:8, 3219:12, 3219:14

**buy** [1] - 3143:20

**BY** [69] - 3097:5, 3098:3, 3098:7, 3098:11, 3098:14, 3098:18, 3098:22, 3099:3, 3099:7, 3099:11, 3099:14, 3099:18, 3099:21, 3100:5, 3100:10, 3100:16, 3100:22, 3101:4, 3101:10, 3101:15, 3101:21, 3102:3, 3102:7, 3102:14, 3102:18, 3102:22, 3103:3, 3103:7, 3103:12, 3103:15, 3103:22, 3104:3, 3104:7, 3104:16, 3104:17, 3105:5, 3105:6, 3105:7, 3105:8, 3105:9, 3105:10, 3118:20, 3123:2, 3126:12, 3131:6, 3132:17, 3137:1, 3138:22, 3139:15, 3141:20, 3143:5, 3164:16, 3165:11, 3175:7, 3177:15, 3180:23, 3181:15, 3184:21, 3185:18, 3186:25, 3193:8, 3200:5, 3201:17, 3222:12, 3246:20, 3264:11, 3268:14, 3274:7, 3278:13

# C

**CA** [2] - 3100:6, 3102:24

**cable** [1] - 3241:3

**calculate** [1] - 3246:3

**calculated** [1] - 3175:21

**calculates** [1] - 3245:24

**calculation** [3] - 3246:2, 3246:6, 3272:15

**CALDWELL** [1] - 3101:10

**CALLED** [1] - 3106:4

**Calvert** [1] - 3114:23

**Cameron** [7] - 3107:7, 3108:13, 3108:17, 3110:13, 3111:3, 3277:23, 3277:24

**CAMERON** [1] - 3103:11

**CAMP** [1] - 3101:16

**cancel** [1] - 3247:22

**canceled** [4] - 3247:25, 3267:8, 3268:3, 3269:5

**cannot** [1] - 3237:24

**capability** [2] - 3152:11, 3184:5

**capable** [2] - 3146:24, 3158:2

**capacity** [4] - 3226:3, 3273:21, 3274:5, 3274:8

**capital** [1] - 3147:8

**captured** [2] - 3255:5, 3256:11

**care** [1] - 3201:2

**CARL** [1] - 3097:22

**Carl** [12] - 3118:22, 3120:6, 3122:21, 3122:22, 3122:25, 3123:3, 3123:23, 3123:25, 3124:1, 3124:19, 3124:21, 3278:16

**CARONDELET** [2] - 3098:22, 3103:12

**CARRIE** [1] - 3102:7

**case** [29] - 3108:12, 3116:22, 3117:12, 3118:4, 3121:15, 3122:2, 3126:14, 3128:16, 3129:2, 3129:10, 3129:16, 3130:8, 3130:19, 3142:16, 3143:23, 3159:18, 3166:13, 3174:5, 3190:25, 3192:13, 3200:7, 3201:19, 3204:23, 3207:4, 3207:14, 3216:18, 3216:24, 3217:4, 3237:5

**CASE** [2] - 3097:12, 3097:14

**casing** [22] - 3119:19, 3121:10, 3131:11, 3163:21, 3170:8, 3186:5, 3193:4, 3195:1, 3196:10, 3197:11, 3206:16, 3208:14, 3208:18, 3213:15, 3219:16, 3222:22, 3224:20, 3254:19, 3269:17, 3269:25, 3270:4, 3271:23

**casual** [1] - 3136:20

**casually** [1] - 3136:19

**casualty** [2] - 3171:20,

3171:25

**catalog** [1] - 3276:23

**CATHY** [1] - 3104:12

**Cathy** [2] - 3282:17, 3282:22

**Cathy_Pepper@laed .uscourts.gov** [1] - 3282:24

**cathy_Pepper@laed. uscourts.gov** [1] - 3104:15

**caulking** [1] - 3185:24

**caused** [1] - 3134:5

**causes** [1] - 3130:3

**causing** [1] - 3221:22

**caution** [2] - 3108:12, 3275:20

**cautioned** [1] - 3181:19

**CBL** [1] - 3275:11

**CCR** [2] - 3104:12, 3282:22

**Cement** [2] - 3178:13, 3238:17

**cement** [191] - 3114:21, 3120:25, 3121:1, 3126:8, 3129:23, 3130:11, 3130:18, 3131:11, 3133:1, 3135:11, 3136:3, 3136:12, 3137:5, 3137:12, 3137:21, 3137:23, 3138:6, 3138:11, 3138:14, 3140:11, 3140:19, 3140:21, 3140:25, 3142:1, 3143:21, 3143:24, 3144:4, 3144:15, 3144:20, 3144:22, 3145:7, 3147:12, 3147:20, 3148:4, 3149:8, 3149:10, 3149:18, 3152:8, 3152:15, 3153:12, 3154:24, 3155:25, 3159:5, 3163:21, 3163:23, 3164:1, 3164:2, 3166:20, 3167:21, 3168:19, 3169:2, 3169:3, 3169:5, 3169:6, 3169:12, 3170:16, 3170:19, 3170:25, 3172:7, 3173:14, 3173:21, 3175:19, 3176:7, 3178:3, 3178:22, 3178:25, 3179:12, 3179:13, 3179:21,

3179:22, 3180:2, 3180:3, 3180:7, 3182:2, 3183:1, 3183:22, 3184:2, 3184:5, 3187:7, 3187:10, 3188:3, 3188:9, 3188:24, 3189:1, 3189:4, 3189:9, 3189:10, 3189:12, 3189:18, 3189:20, 3189:23, 3190:2, 3190:8, 3190:9, 3190:20, 3190:24, 3191:9, 3193:4, 3193:12, 3193:13, 3193:15, 3193:20, 3193:21, 3193:25, 3194:3, 3194:6, 3194:9, 3194:13, 3195:1, 3196:2, 3196:7, 3196:25, 3197:13, 3197:21, 3197:22, 3198:9, 3198:21, 3199:22, 3200:10, 3200:11, 3201:25, 3202:8, 3202:24, 3203:2, 3203:6, 3203:18, 3204:19, 3204:20, 3204:25, 3206:13, 3208:18, 3213:10, 3213:19, 3213:22, 3214:11, 3215:8, 3217:2, 3217:9, 3217:25, 3218:3, 3218:14, 3218:18, 3218:21, 3219:16, 3219:18, 3219:23, 3220:23, 3227:19, 3228:10, 3228:15, 3231:18, 3231:25, 3232:7, 3232:13, 3232:20, 3232:23, 3233:4, 3233:7, 3233:16, 3234:5, 3236:20, 3236:24, 3238:19, 3239:2, 3240:13, 3241:2, 3241:3, 3241:20, 3242:6, 3242:10, 3242:19, 3245:11, 3245:14, 3252:16, 3254:20, 3257:15, 3265:4, 3265:9, 3266:3, 3271:7, 3271:15, 3272:3, 3272:5, 3273:18, 3274:24, 3275:1, 3276:6, 3277:4, 3277:6, 3277:10

**cement's** [1] - 3199:23
**cemented** [4] - 3219:2, 3219:5, 3237:19, 3271:20
**cementer** [1] - 3219:18
**cementers** [1] - 3133:2
**Cementing** [6] - 3194:8, 3203:10, 3204:1, 3204:11, 3240:1, 3240:7
**cementing** [27] - 3135:14, 3139:19, 3146:12, 3146:14, 3146:17, 3149:18, 3149:21, 3151:7, 3156:14, 3181:22, 3185:23, 3186:5, 3207:8, 3207:10, 3207:14, 3207:21, 3207:24, 3213:21, 3215:15, 3216:21, 3230:19, 3242:4, 3242:8, 3242:20, 3243:1, 3268:25, 3273:8
**cements** [3] - 3205:19, 3206:12, 3261:12
**Center** [2] - 3154:12, 3154:13
**center** [2] - 3133:4, 3133:8
**CENTER** [1] - 3103:17
**centered** [2] - 3136:12, 3137:5
**Central** [1] - 3201:3
**centralization** [1] - 3271:9
**centralized** [1] - 3271:20
**centralizer** [1] - 3258:8
**centralizers** [13] - 3168:1, 3169:16, 3176:24, 3227:25, 3234:11, 3258:12, 3258:14, 3258:18, 3270:25, 3271:2, 3272:2, 3272:6, 3272:7
**CENTRE** [1] - 3102:14
**CEO** [1] - 3117:21
**CERNICH** [1] - 3100:10
**certain** [4] - 3113:23, 3133:24, 3171:24, 3177:23
**certainly** [4] - 3219:12, 3222:20,

3223:10, 3225:13
**certainty** [1] - 3138:4
**CERTIFICATE** [1] - 3282:16
**CERTIFIED** [1] - 3104:12
**Certified** [3] - 3282:17, 3282:17, 3282:22
**certified** [1] - 3242:3
**certify** [1] - 3282:19
**CG** [1] - 3134:21
**Chaisson** [2] - 3243:10, 3243:12
**CHAKERES** [1] - 3100:12
**challenge** [3] - 3171:22, 3196:24, 3215:5
**challenges** [3] - 3135:14, 3196:20, 3217:2
**challenging** [4] - 3135:17, 3136:2, 3137:2, 3171:20
**CHANG** [1] - 3100:11
**change** [4] - 3135:4, 3139:24, 3232:19, 3258:8
**changed** [4] - 3182:20, 3199:23, 3239:11, 3244:16
**changes** [2] - 3108:6, 3153:17
**changing** [1] - 3225:4
**channel** [18] - 3136:15, 3137:8, 3170:20, 3170:24, 3170:25, 3175:24, 3175:25, 3176:1, 3176:14, 3257:1, 3257:2, 3257:5, 3257:9, 3257:13, 3258:2, 3271:12, 3271:17
**channeling** [6] - 3168:1, 3176:23, 3177:5, 3228:3, 3228:6, 3234:14
**channels** [1] - 3177:2
**chaos** [1] - 3112:18
**characteristics** [2] - 3115:18, 3239:17
**characterization** [2] - 3176:24, 3274:1
**characterizations** [1] - 3163:16
**characterized** [2] - 3163:25, 3176:21
**characterizing** [2] -

3174:25, 3181:10
**charge** [4] - 3225:4, 3225:15, 3225:21, 3274:16
**charged** [2] - 3225:9, 3225:10
**chart** [6] - 3215:22, 3244:5, 3248:2, 3249:9, 3261:19, 3261:23
**CHASE** [1] - 3103:4
**check** [2] - 3121:12, 3219:7
**chemical** [1] - 3231:20
**chemically** [1] - 3154:23
**chemicals** [1] - 3181:8
**chemistries** [1] - 3154:17
**CHICAGO** [1] - 3102:9
**chief** [2] - 3174:5, 3216:4
**chunk** [1] - 3219:12
**circulated** [7] - 3106:15, 3107:2, 3109:7, 3109:18, 3109:23, 3170:11, 3257:8
**circulating** [4] - 3170:20, 3232:17, 3232:18, 3257:14
**circulation** [3] - 3227:9, 3228:14, 3234:17
**circumference** [7] - 3175:20, 3175:22, 3176:5, 3257:6, 3257:7, 3257:24, 3258:1
**circumstances** [2] - 3143:7, 3170:1
**cited** [1] - 3112:12
**City** [1] - 3118:1
**CIVIL** [3] - 3097:8, 3100:4, 3100:15
**claims** [1] - 3267:25
**clarify** [1] - 3174:5
**classroom** [1] - 3151:16
**clear** [7] - 3115:2, 3153:2, 3167:2, 3170:23, 3194:1, 3246:17, 3251:18
**clearly** [3] - 3126:7, 3150:18, 3177:11
**Clerk** [1] - 3118:17
**CLERK** [6] - 3106:7, 3110:15, 3145:15, 3184:17, 3185:15, 3282:11

**clerk** [1] - 3279:21
**CLINGMAN** [1] - 3102:18
**clip** [4] - 3111:9, 3112:23, 3113:4, 3113:9
**clips** [3] - 3107:15, 3111:11, 3111:22
**close** [5] - 3149:13, 3151:6, 3196:4, 3196:21, 3196:24
**Coast** [1] - 3134:21
**Cocales** [2] - 3192:21, 3195:25
**collar** [1] - 3233:2
**colleagues** [1] - 3215:5
**collect** [1] - 3150:23
**collecting** [2] - 3252:1, 3279:18
**college** [3] - 3145:19, 3146:4, 3151:12
**column** [5] - 3120:23, 3128:16, 3138:12, 3184:3, 3277:5
**columns** [1] - 3237:17
**combination** [1] - 3196:13
**combined** [2] - 3152:5
**comfortable** [1] - 3215:18
**coming** [3] - 3135:5, 3169:12, 3216:22
**commence** [2] - 3207:11, 3207:24
**comment** [4] - 3108:5, 3116:4, 3134:3, 3247:2
**comments** [1] - 3115:11
**Comments** [1] - 3242:16
**Commerce** [3] - 3156:25, 3159:20, 3168:23
**COMMERCIAL** [1] - 3100:22
**Commission** [5] - 3157:1, 3160:1, 3168:23, 3252:22, 3266:5
**commitment** [1] - 3118:1
**Committee** [4] - 3107:9, 3157:1, 3159:20, 3226:12
**communicate** [4] - 3187:12, 3187:23, 3188:18, 3262:14
**communicated** [5] -

3134:13, 3180:17, 3217:17, 3217:23, 3270:1
**communication** [7] - 3153:14, 3153:20, 3153:21, 3153:24, 3190:23, 3198:2, 3202:20
**communications** [2] - 3164:25, 3179:3
**companies** [1] - 3225:5
**COMPANY** [1] - 3101:20
**company** [15] - 3135:3, 3150:16, 3207:10, 3207:18, 3209:17, 3210:6, 3210:10, 3210:13, 3210:14, 3210:18, 3210:21, 3210:22, 3265:6, 3278:20
**compare** [1] - 3124:20
**competence** [1] - 3224:4
**competent** [1] - 3239:24
**COMPLAINT** [1] - 3097:12
**complaints** [1] - 3153:8
**complete** [4] - 3148:15, 3158:23, 3160:12, 3170:5
**completed** [6] - 3148:13, 3170:3, 3203:18, 3213:1, 3232:4, 3280:19
**completely** [2] - 3221:22, 3249:19
**completion** [1] - 3196:3
**complex** [1] - 3152:12
**complexity** [3] - 3241:5, 3243:6, 3243:7
**complications** [1] - 3135:14
**component** [4] - 3119:21, 3120:21, 3121:1, 3121:3
**components** [2] - 3120:2, 3120:15
**compressive** [5] - 3205:11, 3205:12, 3205:19, 3206:1, 3208:25
**comprised** [1] - 3209:2
**comprising** [1] -

3124:11
**computer** [5] -
3169:23, 3169:24,
3174:22, 3215:16,
3251:25
**COMPUTER** [1] -
3104:17
**concentration** [4] -
3182:13, 3182:20,
3182:23, 3199:23
**concentrations** [1] -
3205:7
**concept** [1] - 3273:11
**concepts** [1] - 3207:7
**concern** [3] - 3234:14,
3236:5, 3276:25
**concerning** [1] -
3183:16
**concerns** [8] -
3213:14, 3221:19,
3227:18, 3227:24,
3228:3, 3228:10,
3228:14, 3260:6
**conclude** [1] - 3212:1
**conclusion** [5] -
3130:24, 3138:3,
3236:2, 3270:3,
3271:15
**condition** [1] -
3254:10
**conditioned** [3] -
3254:1, 3254:6,
3255:3
**conditioning** [5] -
3244:15, 3244:19,
3254:16, 3254:25,
3267:23
**conditions** [9] -
3137:23, 3137:24,
3138:2, 3138:6,
3167:11, 3203:1,
3214:1, 3214:23
**conduct** [3] - 3124:15,
3125:14, 3128:1
**conducted** [16] -
3125:12, 3160:5,
3162:4, 3163:8,
3165:5, 3166:20,
3168:19, 3202:25,
3248:12, 3248:15,
3263:20, 3266:2,
3266:12, 3268:9,
3269:1, 3278:20
**conducting** [2] -
3126:5, 3134:6
**conductivity** [13] -
3161:22, 3163:7,
3163:17, 3163:18,
3163:20, 3163:24,
3164:3, 3165:16,

3167:13, 3253:4,
3253:11, 3253:14,
3253:17
**Conductivity** [1] -
3162:21
**conducts** [1] -
3167:10
**conference** [2] -
3148:14, 3148:22
**confidence** [1] -
3263:11
**confirm** [8] - 3121:13,
3163:23, 3182:4,
3200:16, 3201:22,
3202:1, 3231:24,
3256:7
**confirmation** [1] -
3134:12
**confirmed** [2] -
3176:17, 3183:4
**confirming** [1] -
3158:2
**conflict** [2] - 3261:7,
3272:20
**confused** [3] - 3155:5,
3180:11, 3183:14
**confusing** [1] -
3173:23
**confusion** [1] -
3171:17
**Congress** [7] -
3188:6, 3226:12,
3250:6, 3255:20,
3256:2, 3280:18,
3280:23
**Congressional** [4] -
3252:20, 3259:6,
3263:6, 3269:19
**conjunction** [1] -
3174:12
**connected** [2] -
3168:12, 3253:11
**connection** [5] -
3108:2, 3129:14,
3130:19, 3253:4,
3281:12
**CONRAD** [1] - 3099:7
**consider** [3] -
3151:23, 3169:9,
3215:15
**considerably** [1] -
3281:6
**considered** [1] -
3152:5
**considering** [2] -
3116:10, 3183:10
**consistent** [10] -
3120:17, 3123:20,
3125:15, 3192:5,
3236:20, 3236:25,

3242:7, 3242:11,
3242:12, 3263:1
**consistently** [3] -
3121:16, 3121:18,
3121:25
**constituent** [1] -
3180:3
**consultant** [1] -
3156:1
**consultation** [1] -
3217:6
**consulted** [2] -
3213:15, 3253:25
**consulting** [1] -
3236:15
**contact** [4] - 3169:3,
3169:5, 3169:12,
3170:25
**contacted** [2] -
3163:3, 3252:14
**contain** [1] - 3240:17
**contains** [1] - 3189:19
**contamination** [3] -
3144:1, 3176:7,
3257:15
**content** [1] - 3169:1
**contest** [2] - 3223:10,
3223:13
**context** [1] - 3114:21
**continually** [1] -
3183:11
**continue** [1] - 3200:25
**continued** [1] - 3169:8
**CONTINUED** [8] -
3099:1, 3100:1,
3101:1, 3102:1,
3103:1, 3104:1,
3105:5, 3118:19
**continues** [1] - 3201:9
**continuing** [1] -
3249:22
**contract** [20] -
3185:21, 3186:9,
3186:19, 3186:24,
3187:2, 3187:4,
3187:5, 3188:2,
3188:7, 3191:3,
3191:4, 3191:9,
3192:4, 3202:14,
3207:3, 3207:14,
3208:2, 3208:4,
3210:9, 3210:12
**contracted** [2] -
3139:18
**contractor** [5] -
3190:20, 3190:24,
3198:2, 3203:6,
3207:14
**contractors** [3] -
3185:4, 3185:10,

3220:6
**contractors'** [1] -
3149:18
**contracts** [1] - 3185:8
**contractual** [1] -
3134:20
**contrary** [1] - 3266:3
**contrast** [1] - 3251:16
**contributions** [1] -
3185:3
**control** [2] - 3140:22,
3143:25
**controlled** [1] -
3183:18
**convention** [1] -
3142:11
**conventional** [7] -
3193:21, 3213:21,
3213:22, 3214:8,
3214:12, 3214:14,
3214:18
**conversation** [10] -
3234:23, 3235:21,
3249:7, 3250:16,
3250:17, 3250:19,
3250:23, 3250:25,
3251:7, 3253:13
**conversations** [5] -
3223:19, 3249:21,
3249:24, 3250:4,
3250:20
**conversion** [1] -
3201:21
**copied** [3] - 3195:23,
3211:5, 3279:23
**copies** [1] - 3252:2
**copy** [6] - 3111:23,
3185:20, 3256:12,
3256:14, 3256:15
**COREY** [1] - 3101:4
**corner** [2] - 3232:20,
3233:25
**CORPORATE** [1] -
3099:8
**CORPORATION** [1] -
3103:11
**correct** [511] - 3119:1,
3120:9, 3120:23,
3120:24, 3121:4,
3121:5, 3121:7,
3121:11, 3121:19,
3122:6, 3122:8,
3122:9, 3122:11,
3122:12, 3122:14,
3122:15, 3122:20,
3123:6, 3123:15,
3123:19, 3123:23,
3123:24, 3124:4,
3124:6, 3124:8,
3124:13, 3124:14,

3124:24, 3125:3,
3125:14, 3126:17,
3126:25, 3127:1,
3127:18, 3128:6,
3128:10, 3128:17,
3128:22, 3128:23,
3128:25, 3130:10,
3130:13, 3130:16,
3131:18, 3131:21,
3132:25, 3134:15,
3135:18, 3135:19,
3135:21, 3135:25,
3136:6, 3136:8,
3137:9, 3138:16,
3138:24, 3139:21,
3139:24, 3140:3,
3140:19, 3141:4,
3142:7, 3142:13,
3142:14, 3143:16,
3145:1, 3145:2,
3146:12, 3146:15,
3146:16, 3148:18,
3148:19, 3154:25,
3155:9, 3155:10,
3155:16, 3155:17,
3155:19, 3158:19,
3159:4, 3162:15,
3162:16, 3162:22,
3162:23, 3163:5,
3165:13, 3165:14,
3165:21, 3165:24,
3165:25, 3166:12,
3167:5, 3167:7,
3167:8, 3167:14,
3167:17, 3167:18,
3168:13, 3168:14,
3175:13, 3175:14,
3178:1, 3178:3,
3178:6, 3178:7,
3178:9, 3178:10,
3178:14, 3179:4,
3179:10, 3179:22,
3179:23, 3179:25,
3180:1, 3180:9,
3181:19, 3181:20,
3182:21, 3182:22,
3186:2, 3186:9,
3186:10, 3187:13,
3187:14, 3187:17,
3187:18, 3187:20,
3187:24, 3188:9,
3188:10, 3188:11,
3188:15, 3188:19,
3188:22, 3188:23,
3189:1, 3189:5,
3189:9, 3189:13,
3189:14, 3189:16,
3189:19, 3189:23,
3190:1, 3190:10,
3190:13, 3190:14,
3190:17, 3190:21,

3190:22, 3190:25, 3191:1, 3191:6, 3191:7, 3191:10, 3191:12, 3191:14, 3191:17, 3191:19, 3191:21, 3191:22, 3191:23, 3192:2, 3192:6, 3192:7, 3192:10, 3192:16, 3192:17, 3193:5, 3193:16, 3193:21, 3193:22, 3194:6, 3194:10, 3194:13, 3194:21, 3194:24, 3194:25, 3195:4, 3196:9, 3196:11, 3196:18, 3196:19, 3196:25, 3197:4, 3197:13, 3197:14, 3197:16, 3197:17, 3198:3, 3198:4, 3198:14, 3198:16, 3198:18, 3198:22, 3199:15, 3199:16, 3199:24, 3200:12, 3200:17, 3202:2, 3202:5, 3202:8, 3202:9, 3203:2, 3203:7, 3203:24, 3203:25, 3204:9, 3204:10, 3204:19, 3205:22, 3206:2, 3206:3, 3206:16, 3206:25, 3207:1, 3207:15, 3207:21, 3207:22, 3207:24, 3208:3, 3208:19, 3208:20, 3208:21, 3208:23, 3209:1, 3209:3, 3209:5, 3209:9, 3209:12, 3209:14, 3209:20, 3210:7, 3210:10, 3210:13, 3211:11, 3211:14, 3211:19, 3211:24, 3212:3, 3212:8, 3212:22, 3213:8, 3213:13, 3213:17, 3214:6, 3214:9, 3214:10, 3214:12, 3214:13, 3214:15, 3214:16, 3214:18, 3215:11, 3216:5, 3216:9, 3216:10, 3216:12, 3216:13, 3217:12, 3217:13, 3217:15, 3217:18, 3217:20, 3217:21, 3217:23, 3218:1, 3218:8, 3218:9, 3218:11,

3218:12, 3218:15, 3218:17, 3218:23, 3219:3, 3219:6, 3219:7, 3219:10, 3219:13, 3219:19, 3220:1, 3220:2, 3220:3, 3220:6, 3220:8, 3220:9, 3220:10, 3220:11, 3220:13, 3220:15, 3221:4, 3221:5, 3221:7, 3221:8, 3222:22, 3222:25, 3223:3, 3223:16, 3223:24, 3223:25, 3224:12, 3225:6, 3225:7, 3225:11, 3225:22, 3226:8, 3226:13, 3226:15, 3226:16, 3226:17, 3226:19, 3226:23, 3226:24, 3227:4, 3227:5, 3227:9, 3227:12, 3227:13, 3227:15, 3227:19, 3227:21, 3227:22, 3227:25, 3228:4, 3228:11, 3228:15, 3228:18, 3228:19, 3228:22, 3228:23, 3229:3, 3229:4, 3229:6, 3229:15, 3229:16, 3229:22, 3229:23, 3229:25, 3230:2, 3230:3, 3230:17, 3230:24, 3230:25, 3231:1, 3231:18, 3231:21, 3231:22, 3232:5, 3232:7, 3232:8, 3232:11, 3232:15, 3232:21, 3232:24, 3232:25, 3233:2, 3233:4, 3233:5, 3233:8, 3233:16, 3233:18, 3233:19, 3233:20, 3234:24, 3234:25, 3235:5, 3236:8, 3238:11, 3238:23, 3238:25, 3240:14, 3240:19, 3241:17, 3242:4, 3242:11, 3243:2, 3243:8, 3243:12, 3243:13, 3243:25, 3245:4, 3245:5, 3245:7, 3245:8, 3245:9, 3245:10, 3245:11, 3245:17, 3245:21, 3246:10, 3247:1, 3247:8,

3247:9, 3247:11, 3247:12, 3247:16, 3247:17, 3248:8, 3248:12, 3248:13, 3248:23, 3248:25, 3249:2, 3249:12, 3249:13, 3249:24, 3250:2, 3250:4, 3250:7, 3250:11, 3250:12, 3251:11, 3251:20, 3252:24, 3253:5, 3253:12, 3254:3, 3254:4, 3254:22, 3255:20, 3255:21, 3255:23, 3255:24, 3256:2, 3256:3, 3256:7, 3256:8, 3256:21, 3256:22, 3257:3, 3258:5, 3258:12, 3258:20, 3258:22, 3260:1, 3260:2, 3260:4, 3260:5, 3260:7, 3260:15, 3260:17, 3260:21, 3260:22, 3260:24, 3261:14, 3261:15, 3261:17, 3261:18, 3262:11, 3262:19, 3262:20, 3262:22, 3263:21, 3265:10, 3266:3, 3267:4, 3267:10, 3267:11, 3267:14, 3267:18, 3267:19, 3267:21, 3267:22, 3267:23, 3267:24, 3268:3, 3268:6, 3269:6, 3269:21, 3270:9, 3270:14, 3270:17, 3271:4, 3271:5, 3271:7, 3271:8, 3271:11, 3271:13, 3271:17, 3271:24, 3272:10, 3273:5, 3273:8, 3273:9, 3273:12, 3274:17, 3274:18, 3274:25, 3275:2, 3275:5, 3276:7, 3276:8, 3276:11, 3277:6, 3277:7, 3277:8, 3277:9, 3277:12, 3277:14, 3277:17, 3277:20, 3277:21, 3279:1, 3279:3, 3279:4, 3279:9, 3279:10, 3280:5, 3280:24, 3282:19
**correction** [2] - 3158:25, 3159:6

**corrections** [2] - 3158:20, 3158:21
**correctly** [6] - 3111:18, 3113:11, 3154:20, 3204:6, 3211:14, 3213:7
**cost** [2] - 3144:25
**costs** [4] - 3144:12, 3144:18, 3145:3, 3274:21
**counsel** [5] - 3117:9, 3126:24, 3187:19, 3200:20
**counsel's** [1] - 3113:9
**counter** [4] - 3129:18, 3130:6, 3241:5
**counter-counter-counterargument** [1] - 3130:6
**counter-effects** [1] - 3241:5
**counteract** [1] - 3182:10
**counterargument** [1] - 3130:6
**countered** [2] - 3130:2, 3130:4
**couple** [9] - 3132:13, 3135:12, 3145:17, 3165:22, 3167:19, 3201:14, 3234:6, 3248:24, 3265:18
**course** [4] - 3115:12, 3129:25, 3148:22, 3151:20
**Court** [26] - 3112:7, 3113:19, 3114:2, 3114:18, 3115:15, 3116:8, 3116:9, 3118:5, 3118:9, 3142:15, 3154:3, 3155:1, 3160:2, 3160:8, 3170:1, 3175:11, 3178:20, 3184:16, 3230:7, 3239:1, 3282:12, 3282:17, 3282:18, 3282:18, 3282:23, 3282:24
**COURT** [114] - 3097:1, 3104:12, 3106:4, 3106:8, 3106:10, 3106:12, 3106:20, 3106:25, 3107:4, 3107:15, 3107:19, 3108:16, 3108:18, 3108:25, 3109:12, 3109:15, 3110:1, 3110:6, 3110:9, 3110:14, 3110:16,

3110:19, 3111:1, 3111:6, 3111:25, 3112:4, 3112:10, 3112:25, 3113:3, 3113:12, 3113:15, 3113:20, 3114:3, 3114:20, 3114:24, 3115:5, 3115:25, 3116:16, 3116:19, 3117:14, 3118:6, 3118:10, 3125:19, 3126:9, 3132:4, 3132:3, 3132:10, 3132:12, 3132:15, 3136:16, 3136:21, 3138:20, 3139:14, 3141:9, 3141:12, 3141:16, 3141:18, 3143:4, 3164:11, 3164:15, 3171:6, 3171:8, 3171:10, 3171:13, 3171:19, 3171:23, 3172:2, 3172:4, 3172:14, 3172:20, 3172:24, 3173:4, 3173:6, 3173:9, 3173:12, 3173:16, 3173:22, 3174:6, 3174:17, 3174:21, 3175:6, 3177:9, 3177:14, 3180:21, 3181:10, 3184:9, 3184:14, 3184:18, 3185:16, 3186:12, 3186:16, 3186:20, 3186:23, 3200:3, 3201:6, 3201:11, 3201:15, 3222:8, 3222:10, 3264:6, 3264:9, 3274:6, 3277:23, 3277:25, 3278:3, 3278:9, 3281:14, 3281:18, 3281:20, 3281:22, 3282:1, 3282:4, 3282:6, 3282:9
**court** [4] - 3116:6, 3116:15, 3145:17, 3240:5
**Court's** [5] - 3115:10, 3116:11, 3117:4, 3246:7, 3273:19
**covered** [2] - 3135:10, 3222:17
**covering** [1] - 3271:3
**COVINGTON** [1] - 3102:3
**CRAFT** [1] - 3099:3
**create** [2] - 3136:15,

3137:9
**created** [1] - 3244:13
**creating** [1] - 3136:13
**credit** [6] - 3142:4,
3142:10, 3143:20,
3225:4, 3225:15,
3225:20
**credited** [1] - 3142:1
**credits** [1] - 3224:23
**crew** [2] - 3219:15,
3219:22
**criminal** [1] - 3117:9
**critical** [2] - 3201:7,
3201:8
**criticism** [2] - 3181:1,
3181:11
**criticizing** [2] -
3234:10, 3234:16
**CROSS** [8] - 3105:5,
3105:6, 3105:8,
3105:9, 3118:19,
3132:16, 3184:20,
3222:11
**cross** [12] - 3106:16,
3116:12, 3116:17,
3132:22, 3163:13,
3174:9, 3174:10,
3184:25, 3204:18,
3222:14, 3234:6,
3274:3
**CROSS-
EXAMINATION** [8] -
3105:5, 3105:6,
3105:8, 3105:9,
3118:19, 3132:16,
3184:20, 3222:11
**cross-examination** [6]
- 3106:16, 3132:22,
3163:13, 3174:9,
3184:25, 3222:14
**cross-examine** [1] -
3116:12
**cross-examining** [1] -
3174:10
**CRR** [2] - 3104:12,
3282:22
**crush** [3] - 3206:2,
3206:4, 3209:2
**crushed** [1] - 3209:9
**cull** [4] - 3106:17,
3107:12, 3253:21,
3254:13
**cumulative** [4] -
3114:1, 3114:15,
3116:1, 3116:7
**CUNNINGHAM** [7] -
3098:10, 3098:11,
3112:6, 3112:11,
3113:1, 3113:5,
3113:14

Cunningham [2] -
3112:4, 3112:7
**cure** [1] - 3107:18
**current** [2] - 3114:13,
3158:17
**custom** [1] - 3224:19
**customer** [15] -
3140:6, 3140:11,
3140:15, 3144:3,
3144:5, 3149:2,
3160:18, 3161:5,
3202:20, 3206:24,
3228:21, 3229:14,
3230:15, 3237:18,
3247:11
**customer's** [1] -
3144:6
**customers** [5] -
3139:16, 3151:15,
3153:2, 3178:17,
3180:7
**database** [2] -
3259:20, 3259:22
**dataset** [1] - 3235:7
**date** [8] - 3123:12,
3124:3, 3124:5,
3124:6, 3124:8,
3128:5, 3128:16,
3128:24, 3205:18,
3229:8, 3237:18,
3266:25, 3279:25,
3280:22, 3281:2
**dated** [5] - 3197:18,
3198:24, 3205:20,
3221:3, 3221:16
**Daubert** [2] - 3108:14
**DAUPHIN** [1] -
3098:11
**DAVID** [2] - 3103:15,
3103:16
**David** [5] - 3107:6,
3110:12, 3111:2,
3192:21, 3216:11
**Davis** [14] - 3108:3,
3108:9, 3108:21,
3109:6, 3109:9,
3109:19, 3110:4,
3110:8, 3110:9,
3110:18, 3110:20,
3111:5, 3114:16,
3115:15
**DAY** [1] - 3097:20
**day-to-day** [1] -
3150:7
**days** [4] - 3217:12,
3217:15, 3234:9,
3235:22
**DC** [4] - 3100:13,
3100:19, 3100:24,
3202:4
**dead** [5] - 3137:13,
3138:11, 3138:13,

**customized** [1] -
3242:2
**cut** [2] - 3274:20,
3275:19
**cutting** [1] - 3212:18
**CV** [1] - 3152:20
**cylinder** [3] - 3254:17,
3254:18, 3254:19

**D**

**D-4269A** [1] - 3243:15
**D-4309A** [1] - 3244:2
**D-431** [1] - 3238:22
**D-4342** [1] - 3269:9
**D-4373** [2] - 3251:15,
3253:21
**D-4379** [3] - 3166:23,
3176:20, 3255:18
**D-4381** [1] - 3238:9
**D-6656** [1] - 3215:25
**D-8011** [2] - 3276:18
**D-Air** [41] - 3129:23,
3130:9, 3130:11,
3130:16, 3130:18,
3159:5, 3177:16,
3177:18, 3178:22,
3179:8, 3180:9,
3180:17, 3181:2,
3181:11, 3181:19,
3181:23, 3181:25,
3182:6, 3182:11,
3182:13, 3193:1,
3193:25, 3194:3,
3194:5, 3194:9,
3194:13, 3195:4,
3195:11, 3195:15,
3197:22, 3198:10,

3223:3, 3223:4,
3237:4, 3237:8,
3237:20, 3238:1,
3241:7, 3241:10,
3276:21, 3277:1
**D4309-A** [1] - 3264:3
**DALLAS** [1] - 3103:24
**dangerous** [1] -
3264:6
**DANIEL** [1] - 3100:22
**data** [16] - 3133:5,
3138:3, 3138:7,
3148:13, 3150:23,
3157:19, 3211:10,
3211:24, 3212:3,
3215:16, 3242:2,
3267:15, 3268:4,
3269:7, 3269:17,
3270:6

**deal** [1] - 3135:4
**DEANNA** [1] - 3100:11
**decide** [1] - 3156:18
**decided** [4] - 3140:10,
3144:11, 3193:4,
3205:21
**deciding** [1] - 3135:4
**decision** [6] -
3117:18, 3152:16,
3193:10, 3199:10,
3275:10, 3275:11
**decisions** [5] -
3133:23, 3211:11,
3211:25, 3212:3,
3227:24
**declarations** [1] -
3263:12
**Deepwater** [3] -
3132:23, 3150:14,
3219:15
**deepwater** [4] -
3156:14, 3219:2,
3219:6, 3237:25
**DEEPWATER** [3] -
3097:5, 3102:12,
3102:13
**defense** [1] - 3114:1
**defer** [11] - 3109:12,
3110:9, 3110:17,
3110:20, 3114:5,
3114:11, 3114:17,
3253:9, 3253:12,
3253:19, 3273:14
**defined** [1] - 3240:21
**defoamer** [7] -
3129:18, 3130:2,
3130:3, 3180:13,
3238:18, 3238:20
**Defoamer** [1] -
3238:17
**defoamers** [2] -
3129:14, 3137:15
**DEGRAVELLES** [2] -
3099:14, 3099:14
**degree** [2] - 3145:22,
3145:25
**degrees** [3] - 3254:1,
3254:6, 3254:11
**DELEMARRE** [1] -
3100:16
**deliver** [3] - 3158:11,
3158:12, 3190:2
**delivered** [6] - 3141:6,
3144:5, 3145:8,
3151:14, 3158:25,
3159:7
**delivering** [1] -
3279:18
**demonstrate** [1] -

3152:10
**demonstrated** [1] -
3118:24
**demonstrates** [1] -
3122:3
**demonstrative** [14] -
3122:25, 3131:1,
3131:3, 3166:22,
3176:13, 3176:21,
3177:21, 3177:22,
3186:13, 3193:23,
3195:11, 3243:16,
3251:16, 3254:8
**demonstratives** [5] -
3108:1, 3109:6,
3109:9, 3132:2,
3238:6
**DENISE** [1] - 3104:7
**density** [6] - 3244:9,
3244:13, 3245:7,
3245:9, 3245:25,
3258:24
**Department** [1] -
3157:3
**DEPARTMENT** [4] -
3100:4, 3100:8,
3100:15, 3100:21
**department** [9] -
3150:19, 3155:21,
3155:25, 3156:2,
3164:23, 3165:1,
3236:16, 3252:3,
3279:21
**departure** [1] - 3242:8
**depended** [1] -
3215:20
**depict** [1] - 3228:6
**depicted** [1] - 3170:21
**depictions** [1] -
3170:18
**depicts** [1] - 3170:7
**deploy** [1] - 3147:9
**deposed** [1] - 3251:21
**deposition** [16] -
3131:2, 3131:4,
3138:21, 3188:5,
3196:23, 3252:4,
3252:7, 3253:7,
3253:8, 3279:13,
3280:1, 3280:2,
3280:3, 3280:5,
3281:5, 3281:6
**depth** [4] - 3233:21,
3237:14, 3237:18,
3237:19
**depths** [1] - 3276:1
**DEPUTY** [6] - 3106:7,
3110:15, 3184:15,
3184:17, 3185:15,
3282:11

describe [3] - 3170:1, 3175:5, 3190:20
described [3] - 3138:16, 3198:1, 3253:18
describing [3] - 3174:25, 3232:19, 3241:3
DESCRIPTION [1] - 3105:16
description [3] - 3171:3, 3232:2, 3276:22
Design [1] - 3178:14
design [44] - 3136:2, 3137:2, 3139:20, 3141:6, 3150:8, 3175:19, 3178:25, 3179:22, 3181:19, 3183:10, 3187:7, 3187:10, 3187:13, 3187:23, 3188:24, 3191:10, 3191:12, 3191:14, 3192:25, 3193:3, 3193:20, 3200:12, 3202:4, 3215:14, 3215:16, 3217:1, 3217:9, 3217:12, 3217:14, 3219:18, 3219:22, 3227:19, 3236:20, 3236:24, 3237:3, 3239:2, 3239:24, 3240:13, 3240:23, 3241:4, 3243:9, 3257:22, 3257:23, 3260:7
designed [11] - 3149:7, 3149:21, 3150:1, 3175:18, 3195:2, 3214:14, 3218:21, 3221:3, 3240:17, 3262:17, 3263:1
designing [5] - 3181:21, 3212:7, 3223:4, 3239:22, 3241:2
designs [4] - 3154:24, 3180:2, 3187:3, 3213:22
desire [1] - 3135:9
destabilize [5] - 3169:6, 3238:22, 3239:3, 3241:15, 3277:1
destabilized [2] - 3239:13, 3239:14
detail [5] - 3119:25, 3146:20, 3229:17,

3238:24, 3238:25
details [2] - 3120:1, 3204:12
determine [8] - 3129:17, 3152:22, 3169:10, 3203:17, 3235:12, 3245:15, 3248:17, 3259:13
determined [4] - 3200:11, 3200:14, 3208:10, 3231:20
determining [1] - 3183:10
detrimental [1] - 3239:20
develop [4] - 3156:8, 3156:21, 3157:14, 3158:8
developed [3] - 3151:22, 3158:18, 3163:18
developing [3] - 3168:22, 3169:1, 3191:9
development [4] - 3147:7, 3154:16, 3154:18, 3262:7
DEXTER [1] - 3101:5
difference [5] - 3160:19, 3245:22, 3245:25, 3246:1, 3274:16
different [16] - 3112:11, 3129:10, 3150:24, 3151:20, 3158:6, 3173:24, 3173:25, 3179:3, 3214:3, 3214:5, 3214:8, 3217:9, 3229:18, 3230:10, 3244:19, 3269:11
differently [1] - 3126:7
difficult [1] - 3131:4
direct [10] - 3109:22, 3141:14, 3156:21, 3174:11, 3189:8, 3195:8, 3198:5, 3204:17, 3236:11, 3276:19
DIRECT [2] - 3105:7, 3141:19
directed [1] - 3115:20
direction [2] - 3174:19, 3249:12
directly [1] - 3131:4
disability [1] - 3244:24
disagree [4] - 3222:3, 3238:4, 3274:1, 3275:9
disagreeing [1] -

3205:15
disaster [1] - 3133:23
discarded [3] - 3171:6, 3171:8, 3171:11
discards [1] - 3167:11
discuss [3] - 3148:20, 3148:24, 3279:14
discussed [6] - 3107:12, 3117:24, 3142:4, 3162:5, 3162:11, 3190:19
discussing [3] - 3234:13, 3236:18
discussion [10] - 3160:2, 3161:19, 3169:8, 3170:3, 3174:13, 3183:16, 3201:14, 3224:17, 3253:16, 3255:4
discussions [3] - 3174:13, 3236:9, 3249:22
dispersant [5] - 3239:16, 3239:18, 3239:23, 3241:7
disperse [2] - 3127:9, 3147:9
dispersing [1] - 3241:14
displace [16] - 3167:21, 3167:25, 3168:5, 3168:7, 3168:9, 3168:17, 3168:18, 3169:10, 3169:11, 3170:6, 3176:16, 3177:2, 3177:4, 3256:4, 3257:7
displacement [1] - 3232:4
displayed [1] - 3138:7
disposal [2] - 3144:24, 3144:25
dispose [3] - 3144:14
disposed [1] - 3111:20
disposing [3] - 3111:13, 3144:13, 3144:19
disqualified [1] - 3273:21
dissatisfaction [1] - 3153:3
distillations [1] - 3176:3
distinguished [1] - 3160:18
distributed [1] - 3127:12

distribution [1] - 3134:16
District [3] - 3282:18, 3282:24
DISTRICT [3] - 3097:1, 3097:2, 3097:23
DIVISION [3] - 3100:4, 3100:9, 3100:15
doc [1] - 3205:18
dock [1] - 3218:13
Document [1] - 3111:13
document [46] - 3129:1, 3160:23, 3160:24, 3161:1, 3163:1, 3163:11, 3175:11, 3177:8, 3177:10, 3180:16, 3186:18, 3194:5, 3195:9, 3195:14, 3195:16, 3203:11, 3203:14, 3203:21, 3204:11, 3206:18, 3208:6, 3209:13, 3209:15, 3209:19, 3222:2, 3222:3, 3222:4, 3228:1, 3228:12, 3228:16, 3229:1, 3229:8, 3233:24, 3234:15, 3234:16, 3237:12, 3237:16, 3238:24, 3241:1, 3241:22, 3242:15, 3243:3, 3251:18, 3252:6, 3259:2, 3265:16
DOCUMENT [1] - 3097:11
documentation [4] - 3143:9, 3169:21, 3251:2, 3255:14
documents [30] - 3120:1, 3120:4, 3121:15, 3125:11, 3126:3, 3132:1, 3136:9, 3177:24, 3178:17, 3182:15, 3194:3, 3194:16, 3194:18, 3194:22, 3203:6, 3203:8, 3205:9, 3205:16, 3210:8, 3230:14, 3238:11, 3238:14, 3239:25, 3251:24, 3276:23, 3279:20, 3279:22, 3280:20
DOMENGEAUX [1] - 3098:3
DOMINION [1] - 3099:4

DON [1] - 3101:21
Don [1] - 3109:16
DONALD [1] - 3103:22
done [51] - 3121:13, 3129:19, 3138:15, 3152:4, 3156:4, 3162:8, 3169:15, 3185:5, 3190:15, 3196:3, 3197:16, 3198:16, 3204:20, 3206:4, 3206:10, 3206:12, 3206:13, 3206:24, 3209:23, 3210:1, 3210:3, 3213:2, 3215:20, 3224:2, 3224:11, 3230:12, 3235:11, 3237:13, 3243:20, 3244:6, 3245:13, 3246:2, 3246:10, 3246:22, 3248:6, 3249:14, 3249:15, 3251:1, 3253:17, 3253:22, 3254:2, 3261:2, 3261:9, 3261:16, 3263:16, 3264:1, 3267:13, 3268:1, 3268:8, 3270:5, 3277:14
Donnie [2] - 3240:16, 3242:14, 3265:25
double [1] - 3121:12
doubt [2] - 3109:10, 3166:24
DOUGLAS [1] - 3101:15
down [14] - 3112:23, 3120:12, 3167:23, 3170:8, 3181:17, 3196:12, 3206:20, 3230:22, 3234:21, 3252:17, 3253:10, 3263:19, 3264:7, 3281:23
downhole [3] - 3183:23, 3202:24, 3265:10
Doyen [1] - 3108:21
DOYEN [1] - 3102:22
dozen [3] - 3185:4, 3195:9, 3195:14
Dr [9] - 3108:3, 3108:9, 3109:6, 3109:9, 3109:19, 3110:8, 3110:9, 3110:20, 3114:16
draft [3] - 3270:14, 3270:16, 3270:24
drafts [1] - 3262:3
DRESCHER [1] -

3098:18
**drill** [1] - 3219:22
**drilled** [1] - 3163:21
**Drilling** [1] - 3195:24
**DRILLING** [1] -
3102:12
**drilling** [5] - 3129:3,
3153:13, 3153:23,
3153:25, 3156:14
**DRIVE** [2] - 3099:4,
3099:8
**driven** [1] - 3115:11
**dry** [13] - 3126:8,
3129:23, 3142:5,
3142:17, 3143:20,
3182:1, 3189:4,
3189:9, 3189:10,
3189:12, 3189:15,
3189:18, 3193:12
**due** [2] - 3135:17,
3243:5
**duly** [1] - 3118:16
**Duncan** [4] - 3154:11,
3154:13, 3154:21,
3249:15
**during** [13] - 3106:16,
3108:10, 3155:7,
3159:11, 3162:1,
3164:17, 3164:19,
3167:17, 3168:6,
3195:13, 3196:3,
3204:17, 3262:22

## E

**e-mail** [62] - 3111:17,
3112:18, 3112:22,
3113:10, 3134:14,
3135:1, 3154:1,
3167:25, 3168:15,
3174:24, 3175:12,
3176:22, 3176:25,
3195:18, 3195:23,
3197:3, 3197:6,
3197:18, 3197:24,
3197:25, 3198:24,
3199:1, 3199:3,
3199:6, 3199:21,
3200:1, 3200:2,
3200:4, 3200:6,
3200:12, 3200:20,
3201:12, 3201:18,
3211:3, 3211:14,
3211:19, 3211:21,
3211:22, 3212:11,
3212:15, 3212:17,
3213:7, 3217:20,
3226:22, 3227:3,
3227:6, 3227:15,

3227:17, 3227:23,
3228:2, 3228:7,
3228:9, 3228:13,
3256:18, 3256:20,
3257:16, 3266:23,
3270:13
**e-mailed** [1] - 3248:22
**e-mails** [7] - 3181:11,
3200:21, 3201:11,
3202:15, 3202:16,
3223:6, 3248:24
**early** [3] - 3146:8,
3213:1, 3217:1
**easier** [1] - 3268:8
**EASTERN** [1] - 3097:2
**Eastern** [1] - 3282:18
**easy** [1] - 3151:23
**eat** [1] - 3220:10
**ECD** [2] - 3213:23,
3214:17
**education** [1] -
3145:19
**EDWARDS** [1] -
3098:3
**Edwards** [1] - 3135:7
**effect** [4] - 3202:15,
3202:16, 3203:8,
3277:2
**effective** [3] - 3141:3,
3198:2
**effectively** [1] -
3170:23
**effects** [5] - 3182:6,
3182:11, 3182:13,
3222:2, 3241:5
**efficient** [1] - 3222:18
**effort** [6] - 3158:14,
3167:16, 3167:17,
3192:11, 3192:12,
3260:20
**eight** [7] - 3205:6,
3235:22, 3266:14,
3266:17, 3266:24,
3268:10, 3268:23
**eighth** [1] - 3196:15
**eighths** [1] - 3196:10
**either** [3] - 3163:16,
3209:4, 3260:10
**electrical** [3] -
3145:22, 3145:25,
3154:18
**elements** [1] - 3236:4
**elevate** [1] - 3151:25
**elicit** [1] - 3116:6
**ELIZABETH** [1] -
3100:23
**ELLIS** [1] - 3102:6
**ELM** [1] - 3103:24
**embedded** [17] -
3151:9, 3152:14,

3152:16, 3152:17,
3152:24, 3153:12,
3154:5, 3187:20,
3192:5, 3192:8,
3192:9, 3192:19,
3192:20, 3194:19,
3204:12, 3204:15,
3204:21
**emphasize** [1] -
3134:19
**employee** [4] - 3111:9,
3161:20, 3173:11,
3270:20
**employees** [6] -
3133:12, 3146:17,
3146:18, 3150:15,
3160:5, 3162:4
**end** [11] - 3132:2,
3137:12, 3138:11,
3138:14, 3140:20,
3142:12, 3181:14,
3183:5, 3184:2,
3220:17, 3265:23
**endeavor** [1] -
3222:16
**energy** [2] - 3276:2,
3276:10
**ENERGY** [2] -
3102:14, 3103:21
**Energy** [5] - 3107:9,
3156:25, 3159:20,
3168:23, 3226:12
**ENFORCEMENT** [1] -
3100:9
**engineer** [19] -
3145:23, 3151:12,
3151:19, 3151:22,
3152:8, 3152:16,
3152:24, 3152:25,
3153:1, 3153:12,
3153:13, 3153:16,
3186:15, 3186:17,
3213:9, 3242:21,
3243:7, 3243:8,
3275:4
**engineering** [14] -
3129:19, 3145:22,
3145:25, 3149:23,
3154:16, 3154:18,
3185:23, 3191:6,
3191:8, 3191:16,
3204:20, 3215:20,
3224:2, 3226:3
**Engineering** [4] -
3155:13, 3157:2,
3157:5, 3252:21
**Engineers** [2] -
3195:24, 3250:10
**engineers** [5] -
3148:4, 3153:23,

3181:22, 3182:2,
3195:19
**ensure** [4] - 3153:14,
3204:3, 3204:8,
3240:12
**enter** [1] - 3142:24
**entered** [1] - 3271:16
**entire** [18] - 3107:9,
3107:13, 3116:8,
3116:10, 3119:9,
3119:10, 3175:16,
3175:20, 3175:22,
3176:5, 3176:9,
3176:12, 3230:12,
3242:22, 3257:19,
3257:20, 3257:21,
3257:24
**entirely** [1] - 3114:14
**entitled** [3] - 3240:7,
3282:1, 3282:20
**entrained** [1] -
3238:20
**entry** [1] - 3168:17
**ENVIRONMENT** [1] -
3100:9
**environmental** [1] -
3221:22
**ENVIRONMENTAL** [1]
- 3100:9
**equipment** [6] -
3115:17, 3115:18,
3147:8, 3149:1,
3188:14, 3190:16
**escalate** [1] - 3149:4
**especially** [1] -
3211:18
**ESQ** [55] - 3098:3,
3098:7, 3098:11,
3098:14, 3098:18,
3098:22, 3099:3,
3099:7, 3099:11,
3099:14, 3099:18,
3099:21, 3100:5,
3100:10, 3100:10,
3100:11, 3100:11,
3100:12, 3100:16,
3100:16, 3100:17,
3100:17, 3100:18,
3100:22, 3100:23,
3100:23, 3101:4,
3101:5, 3101:15,
3101:15, 3101:21,
3102:3, 3102:7,
3102:7, 3102:8,
3102:14, 3102:18,
3102:18, 3102:22,
3102:22, 3102:23,
3103:3, 3103:7,
3103:12, 3103:15,
3103:16, 3103:16,

3103:17, 3103:22,
3103:22, 3103:23,
3104:3, 3104:7,
3104:7, 3104:8
**essential** [1] - 3258:6
**essentially** [2] -
3142:11, 3142:12
**established** [3] -
3125:21, 3126:2,
3201:20
**estimate** [3] - 3218:17,
3218:25, 3280:7
**estimated** [4] -
3232:17, 3233:12,
3233:15, 3233:22
**ET** [2] - 3097:13,
3097:16
**etcetera** [4] - 3112:19,
3115:19, 3135:21,
3265:19
**European** [1] -
3123:13
**evaluate** [1] - 3214:1
**evaluating** [1] -
3149:14
**evaluation** [4] -
3159:14, 3191:23,
3191:25, 3192:1
**evening** [1] - 3109:19,
3201:18, 3202:11
**events** [4] - 3111:16,
3173:17, 3174:8,
3174:13
**evidence** [11] -
3122:1, 3136:18,
3173:14, 3198:6,
3198:10, 3205:3,
3224:14, 3224:18,
3244:21, 3255:15,
3274:19
**evolution** [1] -
3158:18
**exact** [2] - 3200:11,
3258:10
**exactly** [7] - 3125:4,
3155:2, 3166:9,
3175:1, 3202:23,
3233:22, 3273:23
**examination** [16] -
3106:16, 3108:2,
3108:10, 3109:22,
3132:22, 3141:15,
3163:13, 3174:9,
3174:11, 3184:25,
3195:8, 3195:13,
3198:6, 3222:14,
3223:6, 3276:20
**EXAMINATION** [12] -
3105:5, 3105:6,
3105:7, 3105:8,

3105:9, 3105:10, 3118:19, 3132:16, 3141:19, 3184:20, 3222:11, 3278:12
**EXAMINATIONS** [1] - 3105:2
**examine** [2] - 3111:16, 3116:12
**examined** [1] - 3118:17
**examining** [1] - 3174:10
**example** [4] - 3134:2, 3136:10, 3156:23, 3189:8
**exception** [2] - 3203:21, 3279:2
**exceptions** [1] - 3108:8
**exchange** [1] - 3113:10
**exchanged** [1] - 3248:24
**excluded** [1] - 3275:17
**exclusively** [2] - 3224:24, 3224:25
**excuse** [2] - 3125:19, 3246:14
**executed** [3] - 3149:10, 3150:2, 3227:8
**execution** [1] - 3150:8
**Exhibit** [4] - 3131:14, 3231:17, 3267:3, 3270:12
**exhibit** [6] - 3118:25, 3186:13, 3237:11, 3237:12, 3276:17, 3276:19
**EXHIBITS** [1] - 3105:18
**exhibits** [17] - 3106:15, 3106:19, 3107:2, 3107:4, 3107:22, 3108:1, 3109:5, 3109:8, 3109:18, 3109:21, 3110:3, 3110:4, 3110:6, 3110:19, 3110:21, 3110:23, 3281:13
**Exhibits** [1] - 3106:22
**exist** [1] - 3255:13
**existence** [1] - 3161:13
**expect** [6] - 3135:23, 3139:6, 3139:8, 3153:23, 3181:22, 3182:2

**expectation** [2] - 3136:1, 3154:2
**expeditious** [1] - 3243:19
**experience** [17] - 3115:16, 3130:1, 3130:15, 3138:23, 3149:6, 3152:2, 3152:21, 3153:11, 3185:1, 3185:7, 3193:19, 3200:4, 3200:6, 3203:14, 3204:19, 3213:21, 3221:3
**experienced** [1] - 3151:19
**expert** [11] - 3108:8, 3113:25, 3114:4, 3143:1, 3215:15, 3216:18, 3217:4, 3269:17, 3270:21, 3272:24, 3273:20
**expertise** [1] - 3217:11
**experts** [6] - 3114:22, 3129:19, 3133:1, 3216:21, 3216:24, 3232:24
**explain** [10] - 3144:18, 3151:10, 3154:3, 3169:4, 3175:16, 3177:12, 3228:20, 3230:7, 3238:18, 3239:1
**explained** [1] - 3177:11
**explanation** [1] - 3244:18
**EXPLORATION** [2] - 3097:15, 3101:19
**explosion** [2] - 3112:17, 3150:14
**expressed** [6] - 3129:24, 3227:18, 3227:23, 3228:3, 3228:10, 3271:25
**extent** [6] - 3116:7, 3162:7, 3168:8, 3177:7, 3179:6, 3273:17
**Ezell** [2] - 3111:12, 3112:11

---

# F

**faced** [1] - 3112:22
**facilitate** [1] - 3153:14
**facilitating** [1] - 3153:20

**facilities** [1] - 3194:24
**facility** [1] - 3189:8
**fact** [33] - 3119:17, 3120:1, 3120:19, 3126:13, 3127:16, 3135:22, 3138:19, 3141:3, 3158:2, 3160:6, 3174:8, 3175:3, 3181:18, 3181:21, 3183:7, 3183:8, 3187:16, 3193:11, 3199:17, 3201:7, 3201:8, 3225:13, 3228:10, 3229:17, 3246:4, 3246:17, 3258:13, 3261:24, 3264:23, 3275:5, 3277:3, 3277:5, 3277:13
**facts** [2] - 3158:18, 3161:9
**failure** [1] - 3191:17
**fair** [7] - 3149:17, 3153:19, 3166:11, 3223:23, 3232:2, 3275:22, 3276:22
**fall** [2] - 3216:14, 3216:16
**familiar** [24] - 3115:5, 3118:25, 3119:6, 3125:8, 3129:3, 3129:13, 3134:1, 3134:2, 3153:10, 3163:1, 3166:5, 3177:24, 3177:25, 3178:3, 3203:11, 3203:13, 3207:6, 3208:5, 3210:20, 3210:22, 3216:19, 3238:11, 3248:9, 3272:18
**familiarize** [2] - 3143:12, 3162:24
**family** [1] - 3118:1
**FANNIN** [1] - 3102:19
**far** [8] - 3120:22, 3139:11, 3165:20, 3172:19, 3173:7, 3203:19
**Farenheit** [1] - 3254:1
**faster** [2] - 3113:23, 3117:17
**Faul** [35] - 3129:24, 3129:25, 3154:7, 3162:7, 3163:3, 3163:10, 3164:1, 3164:7, 3165:2, 3165:4, 3168:24, 3213:16, 3215:14, 3215:21, 3234:24,

3235:6, 3235:11, 3235:13, 3235:14, 3235:20, 3235:21, 3249:12, 3249:24, 3250:1, 3250:13, 3252:14, 3253:14, 3253:24, 3255:4, 3260:17, 3260:18, 3262:3, 3263:20, 3263:23, 3264:16
**Faul's** [2] - 3236:2, 3262:6
**favorable** [2] - 3131:17, 3183:19
**February** [7] - 3182:19, 3243:24, 3244:23, 3245:3, 3246:8, 3261:16
**feed** [1] - 3133:10
**feet** [3] - 3233:18, 3237:14, 3272:11
**felt** [1] - 3134:23
**few** [5] - 3116:7, 3117:19, 3167:9, 3224:23, 3238:8
**field** [4] - 3151:13, 3276:3, 3276:5, 3276:11
**figure** [5] - 3172:4, 3230:8, 3230:10, 3230:15, 3230:18
**figured** [1] - 3230:11
**file** [2] - 3135:24, 3204:21
**filed** [1] - 3111:10
**filing** [1] - 3174:12
**fill** [3] - 3175:21, 3176:9, 3176:10
**filled** [1] - 3170:13
**final** [3] - 3119:12, 3131:11, 3134:17
**finally** [1] - 3200:11
**financial** [3] - 3142:2, 3144:8, 3145:12
**fine** [1] - 3107:14
**fingertips** [1] - 3157:11
**fire** [1] - 3150:13
**FIRM** [2] - 3099:10, 3099:21
**first** [37] - 3117:5, 3117:19, 3120:6, 3120:8, 3120:9, 3123:3, 3124:19, 3135:13, 3142:3, 3147:17, 3159:17, 3160:7, 3161:13, 3161:15, 3161:20, 3162:1, 3166:24, 3167:9, 3168:16,

3170:10, 3179:11, 3201:15, 3231:4, 3231:9, 3248:11, 3248:14, 3248:16, 3255:2, 3257:11, 3259:5, 3259:7, 3263:4, 3265:18, 3266:1, 3268:17, 3273:12, 3278:19
**fishing** [1] - 3220:12
**fit** [1] - 3187:3
**five** [7] - 3106:15, 3146:11, 3266:2, 3276:10, 3276:15, 3280:7, 3281:4
**five-blade** [3] - 3276:2, 3276:10, 3276:15
**five-year** [1] - 3146:11
**fixed** [1] - 3251:16
**flag** [3] - 3140:20, 3242:21, 3243:2
**flags** [8] - 3137:17, 3137:20, 3138:8, 3138:9, 3140:10, 3140:23, 3140:25
**float** [1] - 3233:2
**Floats** [1] - 3233:1
**FLOOR** [3] - 3098:22, 3100:6, 3102:23
**flow** [20] - 3136:8, 3138:12, 3140:21, 3147:19, 3173:17, 3175:20, 3265:12, 3269:8, 3269:15, 3269:21, 3269:24, 3270:3, 3270:9, 3271:12, 3272:8, 3272:15, 3272:20, 3273:1, 3273:11, 3274:10
**flowed** [2] - 3176:2, 3271:17
**flowing** [2] - 3184:4, 3276:7
**FLOYD** [1] - 3103:22
**fluid** [4] - 3137:7, 3179:21, 3221:20, 3271:16
**fluids** [5] - 3169:10, 3170:8, 3170:19, 3176:2, 3176:10
**foam** [98] - 3129:19, 3130:11, 3130:16, 3130:18, 3131:10, 3131:14, 3131:17, 3138:15, 3149:21, 3149:23, 3150:1, 3150:2, 3158:23, 3159:14, 3159:17,

3159:23, 3164:2, 3169:6, 3179:25, 3181:19, 3181:21, 3193:15, 3193:25, 3194:3, 3194:6, 3194:9, 3194:13, 3195:1, 3195:3, 3196:2, 3196:7, 3197:13, 3198:21, 3206:12, 3206:15, 3213:19, 3214:5, 3215:20, 3224:2, 3224:11, 3226:10, 3227:8, 3229:24, 3230:4, 3237:6, 3238:18, 3238:22, 3239:2, 3239:20, 3239:24, 3240:13, 3241:2, 3241:3, 3241:15, 3241:20, 3242:6, 3242:10, 3242:19, 3242:20, 3243:1, 3245:14, 3245:15, 3245:18, 3245:22, 3246:1, 3246:3, 3246:5, 3247:19, 3247:22, 3248:11, 3248:14, 3252:16, 3253:25, 3254:3, 3254:5, 3254:11, 3254:17, 3255:2, 3261:3, 3261:19, 3261:24, 3265:9, 3266:14, 3267:8, 3267:20, 3267:25, 3268:2, 3268:25, 3269:4, 3276:2, 3276:3, 3276:5, 3276:10, 3276:14, 3276:15, 3277:1

**Foam** [2] - 3238:17, 3240:7
**foamed** [2] - 3130:2, 3197:10
**foamer** [1] - 3195:4
**foaming** [4] - 3129:15, 3182:3, 3182:9, 3182:10
**foaming/stabilizer** [1] - 3240:18
**focus** [2] - 3146:10, 3159:18
**focused** [1] - 3213:19
**focusing** [1] - 3198:15
**folks** [2] - 3197:20, 3198:8
**follow** [8] - 3122:7, 3134:18, 3141:24, 3154:13, 3170:15,

3224:22, 3235:24, 3251:12
**follow-up** [2] - 3235:24, 3251:12
**followed** [5] - 3170:11, 3170:17, 3170:19, 3183:8, 3183:16
**following** [10] - 3133:23, 3138:13, 3204:2, 3215:13, 3241:24, 3253:13, 3254:16, 3254:24, 3266:15, 3270:25
**follows** [1] - 3118:18
**foot** [4] - 3175:21, 3176:5, 3176:8, 3176:10
**FOR** [9] - 3098:3, 3100:3, 3101:3, 3101:8, 3101:19, 3102:11, 3103:11, 3103:20, 3104:6
**foregoing** [1] - 3282:19
**foremost** [1] - 3219:18
**form** [6] - 3161:6, 3272:12, 3272:13, 3272:16, 3272:17, 3272:22
**formal** [3] - 3139:20, 3139:23, 3151:16
**formality** [1] - 3178:23
**formally** [1] - 3108:10
**format** [3] - 3178:16, 3179:9, 3180:6
**formation** [3] - 3268:10, 3271:13, 3271:16
**formidable** [1] - 3196:24
**formulated** [1] - 3154:22
**formulation** [5] - 3248:12, 3266:13, 3266:17, 3268:22, 3269:1
**forth** [4] - 3185:22, 3195:9, 3203:7, 3203:14
**forthcoming** [1] - 3159:10
**forward** [4] - 3135:5, 3144:3, 3167:24, 3259:3
**foundation** [6] - 3143:2, 3164:9, 3164:14, 3193:6, 3273:17, 3275:12
**four** [14] - 3132:24,

3133:11, 3138:15, 3150:15, 3191:2, 3200:22, 3222:17, 3244:5, 3244:15, 3261:9, 3271:3, 3280:7, 3281:4
**Fourchon** [14] - 3127:11, 3189:9, 3189:10, 3189:15, 3189:20, 3189:21, 3190:2, 3218:1, 3218:3, 3218:7, 3218:10, 3218:14, 3218:16
**fracture** [1] - 3135:17
**frame** [2] - 3155:7, 3251:14
**frames** [1] - 3155:3
**FRANCISCO** [1] - 3100:6
**FRANKLIN** [1] - 3100:24
**FRAUD** [1] - 3100:21
**Fred** [4] - 3273:3, 3273:4, 3273:5, 3273:7
**free** [6] - 3148:23, 3153:1, 3206:9, 3206:12, 3206:14, 3209:11
**freshwater** [1] - 3221:21
**FRILOT** [1] - 3102:13
**front** [4] - 3115:12, 3230:8, 3244:4, 3255:20
**FRUGE** [1] - 3099:14
**full** [8] - 3138:12, 3184:2, 3202:13, 3227:6, 3227:8, 3232:11, 3242:3, 3277:5
**fully** [1] - 3112:1
**functions** [1] - 3202:24
**FUNDERBURK** [1] - 3104:8
**furthermore** [1] - 3266:3

# G

**G-U-I-L-L-O-T** [1] - 3111:9
**Gagliano** [63] - 3135:23, 3136:11, 3137:4, 3138:15, 3139:5, 3151:9, 3152:3, 3152:14,

3153:22, 3154:4, 3178:6, 3179:4, 3187:17, 3187:19, 3187:22, 3188:21, 3192:13, 3192:19, 3194:18, 3195:23, 3196:1, 3197:2, 3197:10, 3197:12, 3197:15, 3197:19, 3198:7, 3199:3, 3199:18, 3202:10, 3211:4, 3211:23, 3212:22, 3212:24, 3213:11, 3213:14, 3217:1, 3217:6, 3218:19, 3220:22, 3221:9, 3222:4, 3223:7, 3223:15, 3223:19, 3226:23, 3227:4, 3227:17, 3228:2, 3228:13, 3229:1, 3230:24, 3234:23, 3243:8, 3243:9, 3247:25, 3248:23, 3260:14, 3262:3, 3262:5, 3262:9, 3275:5
**Gagliano's** [5] - 3197:6, 3214:25, 3223:10, 3223:13, 3228:9
**gallon** [4] - 3201:25, 3205:7, 3248:12, 3269:1
**gallons** [14] - 3199:10, 3199:11, 3199:19, 3199:24, 3200:9, 3201:24, 3202:6, 3247:14, 3266:14, 3266:17, 3266:18, 3266:25, 3268:11, 3268:23
**game** [1] - 3246:16
**GANNAWAY** [1] - 3103:16
**gaps** [1] - 3263:3
**gas** [15] - 3136:8, 3150:19, 3185:2, 3185:8, 3208:7, 3272:8, 3272:11, 3272:14, 3272:15, 3272:20, 3272:21, 3272:22, 3273:1, 3273:11, 3274:10
**gaseous** [2] - 3272:12, 3272:16
**GATE** [1] - 3100:5
**gather** [1] - 3158:6
**Gavin** [1] - 3141:13
**GAVIN** [1] - 3103:23

**gel** [7] - 3119:4, 3119:8, 3208:9, 3209:22, 3209:25, 3210:3
**general** [7] - 3126:5, 3165:22, 3189:7, 3208:1, 3208:2, 3208:7, 3209:16
**GENERAL** [3] - 3101:4, 3101:9, 3101:11
**GENERAL'S** [1] - 3101:3
**generally** [8] - 3125:23, 3135:16, 3143:18, 3149:17, 3153:2, 3154:3, 3164:7, 3248:4
**generate** [1] - 3230:12
**generator** [3] - 3276:3, 3276:5, 3276:11
**gentlemen** [1] - 3216:14
**GEOFFREY** [1] - 3103:16
**given** [29] - 3117:17, 3117:18, 3117:19, 3122:16, 3122:17, 3127:17, 3128:5, 3129:10, 3131:2, 3138:2, 3138:6, 3153:22, 3171:4, 3188:5, 3193:24, 3203:18, 3204:13, 3207:13, 3213:24, 3214:1, 3214:22, 3214:25, 3224:23, 3225:23, 3226:11, 3226:15, 3228:21, 3230:15, 3257:6
**glass** [1] - 3254:18
**Global** [3] - 3194:4, 3262:18, 3263:2
**global** [4] - 3148:14, 3149:5, 3154:19, 3219:11
**globally** [2] - 3146:25, 3147:21
**GmbH** [1] - 3097:13
**goal** [2] - 3225:24, 3233:20
**Godwin** [1] - 3109:16
**GODWIN** [7] - 3103:21, 3103:22, 3104:3, 3109:16, 3110:8, 3110:11, 3110:25
**GOLDEN** [1] - 3100:5
**government** [2] - 3156:11, 3172:22

**gradient** [1] - 3135:18
**graduated** [1] - 3254:17
**GRAND** [1] - 3102:23
**granny** [1] - 3281:24
**gravity** [1] - 3267:21
**great** [1] - 3146:20
**greater** [3] - 3153:20, 3176:9, 3237:14
**Greenwich** [3] - 3200:21, 3201:4, 3266:25
**Greg** [1] - 3192:21
**group** [5] - 3149:2, 3152:23, 3154:17, 3168:23, 3169:8
**GROUP** [1] - 3099:7
**Guard** [1] - 3134:21
**GUERRA** [1] - 3099:3
**guess** [3] - 3115:25, 3174:18, 3200:3
**guidance** [1] - 3213:12
**Guide** [3] - 3112:18, 3112:22, 3192:21
**Guillot** [3] - 3111:9, 3111:23, 3112:13
**GULF** [1] - 3097:6
**Gulf** [17] - 3135:16, 3147:3, 3147:14, 3147:16, 3147:23, 3148:12, 3148:18, 3148:21, 3154:7, 3218:2, 3218:8, 3219:2, 3219:6, 3219:13, 3219:14, 3237:14, 3238:1
**guys** [1] - 3173:23

## H

**Hafle** [11] - 3192:21, 3195:18, 3195:19, 3196:1, 3197:12, 3197:15, 3197:20, 3199:7, 3202:12, 3211:4, 3212:12
**Hafle's** [1] - 3197:9
**half** [9] - 3114:3, 3114:15, 3146:7, 3185:4, 3195:9, 3195:14, 3220:1, 3245:15, 3246:4
**HALLIBURTON** [1] - 3103:20
**Halliburton** [186] - 3109:17, 3109:24, 3117:1, 3123:14, 3125:2, 3125:9,

3126:13, 3126:16, 3128:1, 3131:10, 3132:24, 3133:8, 3133:11, 3133:23, 3133:24, 3134:2, 3134:9, 3135:3, 3135:13, 3135:25, 3138:9, 3139:3, 3139:25, 3140:14, 3140:17, 3140:24, 3141:11, 3141:14, 3141:25, 3142:18, 3144:8, 3145:11, 3146:2, 3146:4, 3146:6, 3149:7, 3151:24, 3152:8, 3152:15, 3153:12, 3153:15, 3153:16, 3154:5, 3154:15, 3154:23, 3156:8, 3156:16, 3158:1, 3159:9, 3160:5, 3160:24, 3161:5, 3161:20, 3162:4, 3166:25, 3171:19, 3171:24, 3172:6, 3172:12, 3172:18, 3172:25, 3173:10, 3177:22, 3178:17, 3179:7, 3180:12, 3181:1, 3183:8, 3186:1, 3186:8, 3187:6, 3187:16, 3187:22, 3188:2, 3189:4, 3189:7, 3189:8, 3189:10, 3189:20, 3190:2, 3190:11, 3190:24, 3192:5, 3192:8, 3192:15, 3194:2, 3194:4, 3194:8, 3194:12, 3194:16, 3194:23, 3195:10, 3196:21, 3200:10, 3202:7, 3202:12, 3202:19, 3203:5, 3203:15, 3203:19, 3204:1, 3204:21, 3206:10, 3207:3, 3207:14, 3207:21, 3208:5, 3208:21, 3208:23, 3209:8, 3210:9, 3210:12, 3212:7, 3215:5, 3215:7, 3216:4, 3216:8, 3216:11, 3216:18, 3216:21, 3217:10, 3217:15, 3219:1, 3219:5, 3219:16, 3219:22, 3221:15, 3222:2,

3222:21, 3224:18, 3226:1, 3226:4, 3230:14, 3230:19, 3233:6, 3233:11, 3236:11, 3237:7, 3237:13, 3237:24, 3238:7, 3241:19, 3242:7, 3242:10, 3242:13, 3242:18, 3242:25, 3243:1, 3243:12, 3243:17, 3243:21, 3244:11, 3248:10, 3254:6, 3259:14, 3259:18, 3261:2, 3262:8, 3265:7, 3265:8, 3265:15, 3266:1, 3266:16, 3267:13, 3267:25, 3268:1, 3268:21, 3270:20, 3273:5, 3274:9, 3274:12, 3274:15, 3274:20, 3275:4, 3276:3, 3276:13, 3276:21, 3276:25, 3277:19, 3281:15
**Halliburton's** [55] - 3110:6, 3110:19, 3110:21, 3122:3, 3133:6, 3133:18, 3135:9, 3140:8, 3143:19, 3146:11, 3148:4, 3148:7, 3148:11, 3164:18, 3171:15, 3172:16, 3172:24, 3178:23, 3180:2, 3180:6, 3181:18, 3185:22, 3186:4, 3187:1, 3187:6, 3187:9, 3187:12, 3187:23, 3188:8, 3188:9, 3188:13, 3188:14, 3188:18, 3189:22, 3190:9, 3190:13, 3190:16, 3191:5, 3192:13, 3203:10, 3204:24, 3206:18, 3206:21, 3215:23, 3216:1, 3219:12, 3242:25, 3243:1, 3250:10, 3262:18, 3270:8, 3270:21, 3277:16
**hand** [5] - 3111:25, 3120:23, 3123:5, 3123:13, 3131:5
**handled** [1] - 3108:21
**handwriting** [4] - 3160:13, 3160:15, 3247:22, 3254:14

**handwritten** [2] - 3162:15, 3278:18
**hanger** [1] - 3271:23
**HANKEY** [1] - 3100:11
**happy** [4] - 3114:11, 3114:17, 3117:23, 3125:25
**hard** [5] - 3123:10, 3185:13, 3244:23, 3256:12, 3256:15
**hardens** [1] - 3245:19
**HARIKLIA** [1] - 3102:7
**Hariklia** [2] - 3109:3, 3114:9
**HARTLEY** [1] - 3103:22
**haul** [1] - 3144:23
**HAUSER** [1] - 3100:23
**HAYCRAFT** [1] - 3101:21
**hazard** [1] - 3221:23
**hazards** [2] - 3183:17
**HB406** [1] - 3104:13
**heard** [7] - 3114:15, 3160:2, 3182:21, 3201:15, 3219:15, 3272:1, 3278:7
**HEARD** [1] - 3097:22
**hearing** [2] - 3107:9, 3185:13
**hearsay** [1] - 3165:9
**heavier** [1] - 3246:4
**heavy** [1] - 3245:15
**height** [1] - 3234:5
**held** [1] - 3233:1
**help** [5] - 3130:25, 3162:24, 3217:1, 3240:12, 3271:8
**helped** [4] - 3262:5, 3262:10, 3271:6, 3272:6
**helpful** [1] - 3173:20
**helping** [1] - 3255:19
**hence** [1] - 3271:12
**hereby** [1] - 3282:18
**HERMAN** [3] - 3098:7, 3098:7
**high** [3] - 3136:7, 3208:7, 3221:20
**high-pressure** [1] - 3221:20
**highlight** [6] - 3128:19, 3162:13, 3208:14, 3212:17, 3240:10, 3240:22
**highlighted** [6] - 3123:23, 3124:21, 3178:20, 3185:22, 3227:7, 3236:19
**highlighting** [1] -

3273:1
**Hill** [5] - 3141:13, 3195:8, 3195:13, 3220:17, 3256:20
**HILL** [45] - 3103:23, 3125:16, 3125:20, 3125:25, 3138:17, 3141:10, 3141:13, 3141:17, 3141:20, 3143:2, 3143:5, 3164:3, 3164:16, 3165:11, 3171:7, 3171:9, 3171:12, 3171:18, 3171:22, 3172:1, 3172:3, 3172:13, 3172:15, 3172:21, 3173:3, 3173:5, 3173:7, 3173:10, 3173:13, 3173:19, 3174:4, 3174:10, 3174:18, 3174:24, 3175:7, 3177:10, 3177:15, 3180:23, 3181:9, 3181:14, 3181:15, 3184:7, 3246:15, 3273:15, 3281:16
**HILL.....................** [1] - 3105:7
**hire** [2] - 3151:12, 3218:11
**hired** [3] - 3146:2, 3273:7, 3273:20
**history** [2] - 3129:3, 3135:21
**hit** [1] - 3134:22
**hold** [4] - 3111:4, 3117:11, 3148:14, 3275:14
**HOLDINGS** [1] - 3102:11
**hole** [5] - 3136:12, 3137:5, 3170:13, 3257:6, 3257:14
**HOLTHAUS** [1] - 3099:14
**Honor** [87] - 3106:9, 3106:13, 3106:19, 3106:24, 3107:6, 3107:24, 3108:17, 3108:19, 3108:24, 3109:2, 3109:3, 3109:11, 3109:16, 3109:20, 3110:5, 3110:11, 3110:12, 3110:18, 3111:2, 3111:7, 3111:19, 3112:3, 3113:7, 3113:17, 3114:7, 3114:9, 3115:7,

3115:9, 3115:10, 3116:3, 3116:18, 3116:24, 3117:15, 3118:12, 3122:24, 3125:16, 3126:1, 3126:10, 3131:3, 3131:25, 3132:13, 3132:14, 3136:14, 3138:17, 3139:13, 3141:8, 3141:10, 3141:13, 3142:24, 3143:3, 3164:5, 3164:13, 3171:2, 3171:7, 3172:13, 3173:13, 3173:19, 3174:4, 3174:7, 3174:16, 3174:18, 3174:24, 3175:3, 3177:10, 3180:19, 3181:3, 3181:9, 3184:8, 3184:11, 3185:14, 3186:14, 3193:6, 3199:25, 3200:19, 3201:2, 3222:9, 3246:15, 3273:15, 3273:24, 3278:2, 3278:5, 3278:7, 3281:11, 3281:16, 3282:8
**Honor's** [1] - 3111:12
**HONORABLE** [1] - 3097:22
**hopefully** [1] - 3193:1
**HORIZON** [1] - 3097:5
**Horizon** [3] - 3132:23, 3150:14, 3219:15
**horrible** [1] - 3166:6
**HOUMA** [1] - 3099:8
**Houma** [1] - 3127:10
**hour** [2] - 3114:15, 3254:18
**hours** [12] - 3158:25, 3167:11, 3200:23, 3207:10, 3207:23, 3222:17, 3254:1, 3254:7, 3254:10, 3254:17, 3267:23, 3277:13
**house** [1] - 3215:7
**House** [1] - 3157:1
**housed** [1] - 3146:25
**Houston** [3] - 3192:6, 3192:18, 3217:18
**HOUSTON** [7] - 3099:19, 3102:19, 3103:8, 3103:17, 3103:18, 3104:4, 3104:9
**HUGH** [1] - 3104:7

**HUGHES** [1] - 3103:7
**hundred** [5] - 3147:25, 3148:2, 3266:18, 3274:15
**hunting** [1] - 3220:12
**hydrocarbon** [3] - 3196:8, 3196:17, 3234:6
**hydrocarbons** [5] - 3184:4, 3196:13, 3211:18, 3211:20, 3269:12
**hydrostatic** [2] - 3184:3, 3277:5
**hydrostatically** [1] - 3137:13
**HYMEL** [1] - 3103:3

**I**

**ID** [21] - 3120:23, 3121:4, 3121:7, 3121:9, 3121:15, 3121:18, 3121:21, 3122:2, 3122:8, 3122:19, 3124:12, 3124:20, 3125:10, 3126:7, 3126:14, 3126:15, 3127:16, 3128:5, 3128:20
**idea** [4] - 3147:17, 3159:4, 3182:23, 3252:8
**ideal** [3] - 3138:16, 3138:23, 3141:25
**identification** [6] - 3119:24, 3183:17, 3200:8, 3251:1, 3251:13, 3253:14
**identified** [17] - 3126:21, 3127:22, 3129:21, 3150:20, 3158:24, 3169:9, 3170:4, 3177:18, 3177:23, 3179:8, 3181:7, 3181:11, 3185:10, 3204:24, 3215:18, 3253:25, 3263:3
**identifies** [5] - 3122:13, 3179:21, 3180:9, 3180:13, 3243:1
**identify** [8] - 3158:22, 3164:19, 3175:1, 3178:20, 3181:2, 3237:13, 3237:24, 3255:10
**identifying** [3] - 3159:10, 3181:6,

3183:9
**IDs** [1] - 3166:9
**IL** [1] - 3102:9
**illustrated** [1] - 3254:8
**illustration** [1] - 3170:22
**imbed** [1] - 3139:5
**imbedded** [1] - 3139:8
**immediate** [2] - 3151:5, 3155:7
**immediately** [2] - 3112:17, 3266:15
**impart** [1] - 3272:7
**imparted** [2] - 3276:2, 3276:11
**implemented** [1] - 3196:11
**implicate** [1] - 3225:5
**important** [5] - 3185:9, 3211:9, 3211:16, 3211:17, 3211:18
**importantly** [1] - 3117:8
**impossible** [1] - 3148:10
**impression** [1] - 3171:23
**IMPREVENTO** [1] - 3098:18
**IN** [3] - 3097:5, 3097:5, 3097:12
**in-house** [1] - 3215:7
**inadvertently** [1] - 3158:24
**inartful** [1] - 3120:5
**Inaudible** [1] - 3200:18
**INC** [5] - 3097:16, 3101:19, 3102:12, 3102:13, 3103:21
**incentive** [3] - 3142:2, 3144:8, 3145:12
**inch** [3] - 3196:10, 3196:12, 3271:22
**incident** [19] - 3150:17, 3153:6, 3155:7, 3160:4, 3161:18, 3161:21, 3162:3, 3162:10, 3164:20, 3165:24, 3166:3, 3166:18, 3167:1, 3167:4, 3172:18, 3182:15, 3215:13, 3226:22, 3215:13, 3226:22
**incidents** [1] - 3166:19
**include** [9] - 3114:8, 3178:24, 3180:3,

3181:23, 3191:8, 3191:25, 3216:2, 3223:4, 3241:24
**included** [15] - 3156:17, 3178:24, 3195:4, 3215:16, 3223:2, 3229:2, 3229:24, 3233:24, 3237:3, 3238:1, 3239:23, 3257:23, 3266:13, 3268:10, 3271:18
**including** [4] - 3113:18, 3125:23, 3192:20, 3238:6
**inclusive** [1] - 3130:9
**inconsistent** [1] - 3268:5
**incorrect** [1] - 3246:17
**increase** [3] - 3129:17, 3266:16, 3268:22
**increasing** [3] - 3151:21, 3152:11
**incur** [1] - 3145:3
**incurred** [1] - 3144:18
**indemnity** [1] - 3134:20
**independent** [2] - 3184:5, 3253:12
**independently** [1] - 3158:2
**indicate** [12] - 3124:25, 3125:6, 3135:3, 3150:13, 3157:16, 3205:6, 3235:9, 3239:4, 3254:25, 3266:24, 3268:4, 3269:7
**indicated** [14] - 3131:20, 3142:10, 3157:5, 3159:3, 3166:9, 3231:17, 3231:20, 3233:11, 3237:11, 3252:25, 3260:6, 3261:3, 3261:16
**indicates** [3] - 3237:12, 3244:5, 3247:14
**indication** [7] - 3173:7, 3227:11, 3232:16, 3232:22, 3233:1, 3247:19, 3248:18
**indicators** [1] - 3137:21
**indirect** [1] - 3147:11
**individual** [6] - 3151:15, 3152:20, 3153:4, 3160:5,

3162:4, 3173:10
**individually** [1] - 3161:20
**individuals** [4] - 3192:20, 3216:20, 3216:24, 3217:4
**industry** [2] - 3150:19, 3185:2
**infer** [1] - 3228:7
**inform** [1] - 3165:4
**informal** [1] - 3117:20
**information** [28] - 3119:15, 3133:10, 3133:22, 3133:24, 3143:14, 3150:25, 3155:22, 3156:8, 3157:10, 3157:14, 3157:17, 3166:17, 3215:13, 3226:2, 3226:8, 3234:23, 3250:7, 3250:11, 3252:1, 3255:7, 3259:15, 3263:7, 3265:5, 3265:11, 3265:21, 3269:23, 3269:25, 3278:22
**Information** [1] - 3178:14
**informed** [1] - 3269:23
**ingredient** [1] - 3181:12
**ingredients** [2] - 3179:24, 3222:24
**initiated** [2] - 3199:3, 3205:24
**injects** [1] - 3276:6
**input** [3] - 3152:16, 3153:15, 3265:17
**inputs** [2] - 3170:6, 3258:4
**inputted** [1] - 3258:6
**insanity** [1] - 3112:18
**inserted** [1] - 3254:18
**inside** [2] - 3242:25
**inspection** [1] - 3207:5
**instability** [3] - 3131:15, 3245:3, 3263:17
**instance** [3] - 3120:25, 3126:23, 3144:16
**instantly** [1] - 3217:23
**instead** [1] - 3134:5
**instructed** [2] - 3266:16, 3268:21
**instructions** [1] - 3134:23
**intend** [2] - 3115:12, 3116:8

**intended** [4] - 3115:13, 3173:18, 3182:3, 3239:9
**intending** [2] - 3115:21, 3128:9
**intends** [1] - 3128:1
**intention** [1] - 3174:5
**interaction** [1] - 3149:19
**intercept** [1] - 3163:22
**intercepted** [1] - 3163:23
**interception** [1] - 3167:16
**interested** [1] - 3159:25
**interim** [1] - 3212:6
**intermittent** [1] - 3168:24
**internal** [7] - 3194:2, 3194:16, 3203:6, 3204:24, 3206:21, 3222:1, 3230:14
**internally** [1] - 3217:11
**INTERNATIONAL** [1] - 3103:11
**interpret** [1] - 3176:22
**interpretation** [2] - 3200:3, 3256:23
**interrupt** [2] - 3174:9, 3200:24
**interval** [4] - 3197:13, 3211:19, 3237:20, 3237:25
**interview** [2] - 3202:18, 3263:23
**interviewed** [1] - 3163:10
**introduced** [2] - 3149:23, 3238:21
**introducing** [1] - 3145:16
**investigating** [2] - 3156:6, 3161:9
**Investigation** [1] - 3112:15
**investigation** [4] - 3112:21, 3134:6, 3150:20, 3273:8
**investigations** [4] - 3156:5, 3157:17, 3166:16
**investigators** [3] - 3252:21, 3263:6, 3269:20
**invited** [1] - 3155:25
**invoice** [1] - 3147:19
**invoiced** [1] - 3145:9
**invoicing** [2] -

**3143:13, 3145:10
**involve** [1] - 3191:16
**involved** [10] - 3149:14, 3150:10, 3156:12, 3193:19, 3225:2, 3236:13, 3242:22, 3252:9, 3265:16, 3265:20
**involvement** [1] - 3150:6
**involves** [1] - 3190:23
**involving** [1] - 3135:21
**IRPINO** [4] - 3099:21, 3099:21, 3107:24, 3109:2
**Irpino** [2] - 3107:24, 3108:25
**irregularities** [1] - 3135:9
**irrelevant** [1] - 3266:2
**isolate** [1] - 3183:22
**isolation** [14] - 3141:1, 3141:2, 3141:3, 3141:5, 3149:15, 3183:23, 3184:6, 3220:19, 3221:6, 3221:13, 3221:19, 3222:2, 3239:13, 3240:14
**Isolation** [2] - 3240:8, 3242:20
**issue** [9] - 3113:9, 3114:11, 3114:17, 3115:3, 3116:21, 3159:17, 3159:18, 3189:23, 3208:17
**issued** [4] - 3216:18, 3248:10, 3262:4, 3265:20
**issues** [17] - 3115:2, 3115:6, 3142:25, 3148:16, 3148:23, 3148:24, 3159:10, 3181:6, 3190:19, 3191:17, 3197:2, 3213:24, 3226:11, 3227:8, 3244:22, 3266:6, 3266:10
**items** [1] - 3137:17
**iterative** [4] - 3190:21, 3198:1, 3200:11, 3202:19
**itself** [4] - 3135:11, 3172:10, 3172:25, 3183:25

**J**

**James** [1] - 3133:17
**JAMES** [2] - 3098:3, 3101:10
**January** [2] - 3111:13, 3237:15
**JEFFERSON** [2] - 3098:4, 3103:4
**JEFFREY** [1] - 3098:18
**JERRY** [1] - 3104:3
**Jesse** [50] - 3135:23, 3136:11, 3137:4, 3138:7, 3139:5, 3139:8, 3139:20, 3139:23, 3140:1, 3140:2, 3151:9, 3152:3, 3153:7, 3153:22, 3153:25, 3154:4, 3178:6, 3178:9, 3179:4, 3179:17, 3182:16, 3182:24, 3192:13, 3194:18, 3195:23, 3199:3, 3199:9, 3199:18, 3202:10, 3211:4, 3211:8, 3211:23, 3212:18, 3212:21, 3212:22, 3212:24, 3213:1, 3213:11, 3213:14, 3214:25, 3215:4, 3218:19, 3222:4, 3226:23, 3235:7, 3247:23, 3247:25, 3248:23, 3267:9, 3268:3
**Jesse's** [1] - 3258:16
**JESSICA** [2] - 3100:16, 3100:17
**Jim** [1] - 3113:17
**Jimmy** [1] - 3115:8
**JIMMY** [1] - 3099:18
**job** [99] - 3119:19, 3121:10, 3130:11, 3130:16, 3135:11, 3135:14, 3137:12, 3137:22, 3137:23, 3138:6, 3138:11, 3138:14, 3140:11, 3140:19, 3140:21, 3145:16, 3150:2, 3150:8, 3168:19, 3170:10, 3175:18, 3175:19, 3183:22, 3184:2, 3185:5, 3188:21, 3190:13, 3191:14, 3191:20,

**3191:23, 3191:25, 3193:13, 3193:15, 3193:16, 3194:3, 3194:6, 3194:9, 3196:25, 3200:16, 3201:22, 3202:1, 3203:18, 3204:3, 3204:9, 3204:13, 3204:25, 3211:9, 3211:10, 3211:11, 3211:16, 3211:17, 3211:25, 3212:4, 3212:8, 3213:15, 3215:14, 3215:16, 3218:4, 3218:14, 3219:16, 3220:15, 3220:24, 3222:22, 3223:4, 3224:20, 3227:8, 3227:19, 3228:15, 3230:23, 3231:1, 3231:3, 3231:9, 3231:10, 3231:13, 3231:16, 3231:18, 3232:7, 3232:11, 3233:1, 3233:7, 3233:10, 3233:11, 3234:8, 3234:10, 3234:11, 3234:13, 3235:8, 3235:10, 3236:6, 3237:6, 3237:24, 3243:6, 3243:7, 3254:15, 3259:19, 3261:10, 3268:25, 3277:4, 3277:6
**jobs** [11] - 3138:15, 3147:20, 3149:10, 3152:12, 3182:24, 3193:20, 3211:17, 3219:11, 3237:13, 3237:17, 3261:3
**John** [1] - 3192:21
**JOHN** [3] - 3099:14, 3103:7, 3104:8
**joins** [1] - 3273:24
**Jones** [3] - 3107:6, 3110:12, 3111:2
**JONES** [5] - 3103:16, 3107:6, 3108:17, 3110:12, 3111:2
**JR** [2] - 3098:22, 3103:22
**JUDGE** [1] - 3097:23
**Judge** [10] - 3110:15, 3113:23, 3114:5, 3118:11, 3143:23, 3146:21, 3151:11, 3174:14, 3198:14, 3281:19
**judgment** [1] - 3224:6

**July** [6] - 3167:24, 3168:8, 3175:13, 3251:21, 3279:13, 3280:5
**June** [6] - 3226:17, 3255:23, 3259:1, 3259:7, 3259:14, 3269:20
**JUSTICE** [4] - 3100:4, 3100:8, 3100:15, 3100:21
**Justice** [1] - 3157:3

**K**

**KANNER** [9] - 3101:14, 3101:15, 3132:13, 3132:17, 3136:25, 3137:1, 3138:22, 3139:15, 3141:7
**Kanner** [1] - 3132:20
**KANNER..................** [1] - 3105:6
**Karis** [3] - 3109:3, 3114:9, 3116:1
**KARIS** [5] - 3102:7, 3109:3, 3109:14, 3114:9, 3114:23, 3115:2, 3115:7, 3116:3, 3116:18
**KATZ** [1] - 3098:7
**keep** [1] - 3264:4
**keeping** [9] - 3125:9, 3159:5, 3169:20, 3195:5, 3212:5, 3239:24, 3241:8, 3241:11, 3253:2
**keeps** [1] - 3125:2
**KELLEY** [1] - 3100:23
**kept** [2] - 3166:11, 3240:23
**Kerry** [1] - 3184:24
**KERRY** [1] - 3102:14
**key** [1] - 3172:18
**kicks** [1] - 3135:21
**kill** [1] - 3270:5
**KINCHEN** [2] - 3103:7, 3103:7
**kind** [3] - 3169:4, 3188:3, 3274:21
**kinds** [2] - 3111:19, 3139:6
**KIRKLAND** [1] - 3102:6
**knock** [1] - 3246:16
**knowledge** [18] - 3109:8, 3109:19, 3109:23, 3142:18,

3164:8, 3165:20, 3167:3, 3198:12, 3206:11, 3224:21, 3225:1, 3253:20, 3256:9, 3256:15, 3256:17, 3258:8, 3275:7
**knowledgeable** [1] - 3166:14
**knows** [2] - 3200:20, 3202:23
**Kodiak** [24] - 3119:18, 3129:3, 3142:1, 3142:17, 3144:9, 3144:12, 3145:13, 3193:5, 3193:11, 3193:12, 3193:15, 3195:3, 3197:21, 3198:9, 3214:11, 3215:9, 3218:20, 3223:8, 3224:15, 3224:22, 3224:24, 3225:13, 3225:18, 3225:20
**KRAUS** [1] - 3101:15
**Kris** [2] - 3216:2, 3270:13
**KULLMAN** [1] - 3098:14

**L**

**L.L.C** [1] - 3104:6
**LA** [15] - 3098:5, 3098:8, 3098:16, 3098:23, 3099:8, 3099:12, 3099:15, 3099:22, 3101:12, 3101:16, 3101:23, 3102:15, 3103:5, 3103:13, 3104:14
**lab** [86] - 3117:1, 3119:12, 3119:23, 3120:14, 3120:18, 3120:19, 3120:21, 3121:17, 3121:18, 3121:25, 3122:2, 3122:5, 3122:16, 3124:6, 3126:17, 3126:22, 3127:6, 3127:13, 3127:16, 3127:18, 3127:21, 3128:5, 3128:8, 3128:12, 3128:24, 3129:16, 3155:22, 3155:25, 3159:4, 3160:11, 3160:16, 3160:18, 3161:2, 3161:7, 3163:4, 3163:8, 3166:11,

3178:8, 3178:13, 3178:16, 3182:5, 3188:9, 3188:11, 3188:12, 3188:13, 3188:14, 3188:15, 3195:9, 3195:15, 3198:5, 3202:8, 3202:24, 3203:17, 3204:3, 3205:5, 3205:16, 3205:17, 3205:18, 3205:20, 3211:24, 3212:2, 3212:25, 3215:16, 3224:5, 3229:5, 3229:13, 3229:17, 3230:8, 3230:15, 3240:16, 3242:2, 3244:13, 3245:7, 3246:10, 3247:10, 3248:18, 3252:15, 3259:16, 3259:18, 3260:11, 3263:13, 3267:4, 3268:2, 3277:19
**Lab** [1] - 3229:2
**laboratories** [1] - 3265:8
**laboratory** [11] - 3154:9, 3154:21, 3177:25, 3182:14, 3228:18, 3228:21, 3228:25, 3249:15, 3249:16, 3264:16, 3266:2
**Laboratory** [3] - 3194:4, 3262:19, 3263:2
**lack** [1] - 3155:9
**Lafayette** [1] - 3145:22
**LAFAYETTE** [2] - 3098:5, 3103:5
**LAFLEUR** [1] - 3103:3
**laid** [1] - 3164:8
**Lake** [1] - 3118:1
**LAMAR** [1] - 3104:4
**Land** [4] - 3203:10, 3204:1, 3204:11, 3240:1
**land** [1] - 3220:13
**Land-Offshore** [1] - 3240:1
**landfill** [1] - 3144:24
**Langan** [1] - 3111:7
**LANGAN** [4] - 3102:7, 3111:7, 3112:3, 3113:7
**language** [2] - 3185:22, 3212:18
**laptop** [1] - 3169:25

**large** [3] - 3127:2, 3127:7, 3219:14
**largely** [1] - 3114:14
**larger** [2] - 3227:1, 3237:12
**largest** [1] - 3203:5
**LASALLE** [1] - 3102:8
**last** [29] - 3108:5, 3109:18, 3117:13, 3119:18, 3120:20, 3124:17, 3129:11, 3130:21, 3155:11, 3157:8, 3164:10, 3166:25, 3169:21, 3171:14, 3174:13, 3201:14, 3203:15, 3213:1, 3213:2, 3222:17, 3223:6, 3242:15, 3265:13, 3265:22, 3268:17, 3269:5, 3279:11, 3279:13, 3280:5
**lastly** [1] - 3277:3
**late** [1] - 3226:15
**latter** [1] - 3280:21
**LAW** [3] - 3099:7, 3099:10, 3099:21
**LAWRENCE** [1] - 3100:18
**lay** [3] - 3143:2, 3164:13, 3273:17
**layman** [1] - 3134:17
**laymen's** [1] - 3232:2
**lead** [3] - 3183:23, 3183:25, 3192:11
**leader** [2] - 3112:13, 3216:8
**leading** [5] - 3180:19, 3180:20, 3180:21, 3192:12, 3213:10
**learn** [8] - 3139:6, 3161:20, 3248:14, 3249:14, 3249:18, 3249:20, 3263:24, 3264:15
**learned** [13] - 3138:19, 3161:22, 3229:10, 3231:6, 3249:11, 3255:6, 3263:10, 3263:22, 3264:22, 3264:23, 3265:19, 3275:15, 3281:7
**learning** [2] - 3166:18, 3278:22
**LEASING** [1] - 3097:13
**least** [8] - 3109:8, 3116:12, 3170:14, 3176:2, 3178:5, 3197:3, 3280:8,

3280:9
**leave** [2] - 3137:7, 3153:1
**leaves** [3] - 3143:24, 3247:10
**leaving** [3] - 3137:6, 3170:21, 3227:11
**led** [1] - 3150:21
**left** [6] - 3116:11, 3149:23, 3193:5, 3221:13, 3233:25, 3271:12
**leftover** [10] - 3142:1, 3142:5, 3142:21, 3144:8, 3145:13, 3193:11, 3197:21, 3198:9, 3214:11, 3218:20
**legal** [12] - 3150:19, 3155:21, 3155:25, 3156:2, 3164:18, 3164:23, 3165:1, 3236:16, 3252:2, 3263:11, 3279:21
**LEGER** [2] - 3098:21, 3098:22
**less** [3] - 3147:25, 3213:23, 3218:23
**letter** [5] - 3111:10, 3111:23, 3113:7, 3266:4, 3266:5
**level** [2] - 3138:23, 3149:4, 3149:5
**LEWIS** [5] - 3098:14, 3101:20, 3103:21, 3104:3, 3104:6
**Lewis** [4] - 3216:6, 3216:17, 3216:25, 3217:5
**LI** [1] - 3102:23
**liberty** [2] - 3108:22, 3109:11
**Libya** [2] - 3235:22, 3235:23
**life** [1] - 3203:1
**LIFE** [1] - 3098:15
**lift** [2] - 3232:17, 3232:23
**light** [2] - 3111:4, 3157:18
**Lignosulfonate** [1] - 3241:13
**likelihood** [3] - 3137:25, 3141:1, 3141:2
**likewise** [2] - 3109:5, 3109:21
**Limine** [1] - 3111:14
**limited** [5] - 3115:22, 3117:12, 3136:3,

3156:13, 3156:14
**line** [7] - 3114:13, 3120:6, 3140:2, 3147:12, 3154:10, 3183:16, 3264:12
**line-up** [1] - 3114:13
**lined** [1] - 3113:1
**liners** [1] - 3197:11
**lines** [1] - 3244:5
**liquid** [4] - 3126:3, 3272:13, 3272:16, 3272:22
**LISKOW** [1] - 3101:20
**list** [15] - 3106:15, 3107:2, 3107:3, 3108:1, 3108:7, 3108:11, 3108:15, 3109:5, 3109:6, 3109:8, 3117:20, 3157:7, 3241:25, 3242:7, 3270:21
**listed** [2] - 3121:3, 3134:16
**listings** [1] - 3121:1
**LITIGATION** [1] - 3100:22
**lives** [1] - 3220:16
**LLC** [1] - 3102:11
**loaded** [2] - 3127:11, 3218:14
**located** [1] - 3262:18
**location** [1] - 3275:4
**locations** [2] - 3258:9, 3258:15
**lock** [1] - 3172:18
**locked** [1] - 3172:17
**log** [3] - 3228:10, 3274:24, 3275:1
**logbooks** [1] - 3128:24
**loggers** [1] - 3133:1
**logging** [1] - 3163:22
**logistical** [1] - 3116:23
**long-time** [1] - 3112:13
**look** [36] - 3112:1, 3113:4, 3113:12, 3120:4, 3120:10, 3124:10, 3143:6, 3143:8, 3168:15, 3179:2, 3179:24, 3182:20, 3191:2, 3197:6, 3197:20, 3198:13, 3200:8, 3202:16, 3206:14, 3207:2, 3208:1, 3208:8, 3229:17, 3229:21, 3235:11, 3235:18, 3238:14,

3246:13, 3247:7,
3248:8, 3260:10,
3260:11, 3263:15,
3267:5, 3268:7,
3269:9
**looked** [16] - 3120:2,
3166:7, 3168:10,
3206:18, 3222:20,
3236:5, 3243:23,
3243:25, 3244:8,
3248:20, 3249:5,
3250:14, 3255:25,
3256:7, 3272:25,
3279:8
**looking** [7] - 3128:15,
3129:1, 3229:13,
3231:24, 3232:9,
3232:15, 3256:10
**loop** [1] - 3151:6
**LOS** [1] - 3102:24
**lost** [2] - 3245:16,
3245:23
**Louisiana** [6] -
3132:12, 3132:21,
3145:24, 3154:9,
3282:18, 3282:18
**LOUISIANA** [5] -
3097:2, 3097:8,
3101:8, 3101:10,
3104:8
**low** [12] - 3137:22,
3138:2, 3138:5,
3141:2, 3141:5,
3214:22, 3215:2,
3220:18, 3220:24,
3221:4, 3221:6,
3221:21
**low-pressure** [1] -
3221:21
**lower** [1] - 3137:25
**LUIS** [1] - 3102:23
**lunch** [4] - 3109:1,
3109:13, 3220:10,
3282:9
**LUNCHEON** [1] -
3105:11
**luncheon** [1] -
3282:12
**LUTHER** [1] - 3101:4

## M

**M-I** [1] - 3278:1
**Macondo** [93] -
3119:19, 3119:23,
3120:9, 3120:15,
3120:20, 3121:6,
3121:10, 3121:17,
3121:21, 3122:5,

3122:17, 3123:19,
3123:21, 3124:17,
3124:18, 3124:22,
3127:11, 3129:4,
3142:3, 3143:7,
3143:10, 3144:9,
3144:12, 3145:4,
3145:13, 3147:16,
3150:7, 3150:11,
3151:5, 3156:13,
3159:15, 3173:2,
3182:24, 3185:3,
3185:21, 3186:2,
3186:9, 3187:7,
3187:10, 3187:16,
3187:24, 3188:12,
3190:12, 3193:3,
3193:4, 3193:12,
3193:16, 3195:2,
3195:11, 3195:16,
3197:3, 3197:21,
3198:22, 3199:15,
3203:23, 3205:1,
3205:4, 3205:13,
3206:11, 3206:13,
3209:20, 3209:23,
3210:1, 3210:4,
3210:24, 3213:14,
3213:24, 3214:5,
3215:6, 3215:8,
3215:10, 3217:2,
3217:6, 3217:10,
3218:15, 3218:16,
3218:22, 3220:19,
3220:24, 3221:4,
3223:21, 3224:25,
3225:14, 3225:15,
3225:18, 3225:20,
3236:24, 3237:7,
3247:16, 3258:19,
3265:4, 3277:1
**MAGAZINE** [1] -
3099:22
**MAHTOOK** [1] -
3103:3
**mail** [62] - 3111:17,
3112:18, 3112:22,
3113:10, 3134:14,
3135:1, 3154:1,
3167:25, 3168:15,
3174:24, 3175:12,
3176:22, 3176:25,
3195:18, 3195:23,
3197:3, 3197:6,
3197:18, 3197:24,
3197:25, 3198:24,
3199:1, 3199:3,
3199:6, 3199:21,
3200:1, 3200:2,
3200:4, 3200:6,
3200:12, 3200:20,

3201:12, 3201:18,
3201:21, 3202:10,
3211:3, 3211:14,
3211:19, 3211:21,
3211:22, 3212:11,
3212:15, 3212:17,
3213:7, 3217:20,
3226:22, 3227:3,
3227:6, 3227:15,
3227:17, 3227:23,
3228:2, 3228:7,
3228:9, 3228:13,
3256:18, 3256:20,
3257:16, 3266:23,
3270:13
**mailed** [1] - 3248:22
**mails** [7] - 3181:11,
3200:21, 3201:11,
3202:15, 3202:16,
3223:6, 3248:24
**MAIN** [1] - 3099:15
**maintain** [3] -
3127:21, 3147:5,
3147:11
**maintained** [4] -
3126:22, 3128:12,
3244:13, 3269:24
**maintains** [1] -
3154:16
**maintenance** [3] -
3115:4, 3115:19,
3115:23
**major** [2] - 3151:10,
3221:22
**MALINDA** [1] -
3100:18
**man** [3] - 3192:5,
3192:9, 3192:13
**manage** [2] - 3135:9,
3243:7
**management** [8] -
3133:22, 3139:23,
3149:24, 3183:13,
3183:20, 3183:22,
3191:20, 3192:15
**manager** [5] - 3140:2,
3147:14, 3148:14,
3148:18, 3154:7
**managers** [1] -
3147:12
**manages** [1] - 3153:5
**managing** [1] - 3125:9
**manual** [5] - 3194:1,
3194:9, 3240:4,
3241:19, 3242:18
**Manual** [1] - 3194:8
**manuals** [3] -
3154:10, 3241:16,
3243:1
**manufacturer's** [1] -

3127:1
**MARCH** [2] - 3097:9,
3106:2
**March** [6] - 3111:10,
3195:18, 3197:3,
3197:19, 3198:7,
3222:5
**Marine** [5] - 3192:23,
3195:21, 3275:13,
3275:15, 3275:21
**Mark** [7] - 3169:15,
3170:3, 3192:21,
3195:18, 3195:19,
3211:4, 3258:7
**Mark's** [1] - 3169:25
**marked** [2] - 3186:19,
3251:15
**markings** [1] - 3123:5
**material** [18] -
3121:21, 3123:17,
3124:10, 3124:12,
3125:3, 3125:13,
3126:6, 3127:2,
3127:8, 3127:22,
3128:8, 3143:12,
3143:16, 3144:2,
3145:11, 3171:4,
3215:9, 3215:10
**materials** [14] -
3123:18, 3123:19,
3123:20, 3124:11,
3130:2, 3145:10,
3163:4, 3185:23,
3227:14, 3236:3,
3237:23, 3247:7,
3252:15, 3265:7
**math** [1] - 3146:8
**mathematically** [1] -
3245:13
**matrix** [1] - 3146:23
**matt** [1] - 3107:1
**Matt** [1] - 3222:13
**matter** [5] - 3217:12,
3217:15, 3218:15,
3218:22, 3282:20
**matters** [2] - 3106:12,
3113:16, 3116:23
**MATTHEW** [1] -
3102:8
**MAZE** [2] - 3101:4,
3132:11
**McCLELLAN** [1] -
3100:16
**MCKINNEY** [1] -
3103:18
**mean** [9] - 3111:19,
3113:20, 3166:10,
3174:9, 3183:14,
3200:1, 3239:3,
3257:19, 3275:19

**Mean** [3] - 3200:21,
3201:4, 3266:25
**meaning** [2] -
3131:18, 3182:1
**means** [2] - 3175:17,
3239:1
**meant** [3] - 3177:13,
3189:12, 3230:16
**measurements** [1] -
3163:20
**mechanical** [4] -
3115:17, 3154:17,
3191:17
**MECHANICAL** [1] -
3104:16
**meet** [1] - 3213:4
**meeting** [1] - 3217:18
**meetings** [4] -
3168:25, 3223:18,
3250:1, 3250:3
**meets** [1] - 3212:8
**member** [1] - 3139:9
**members** [3] - 3199:6,
3255:22, 3259:6
**memorialized** [1] -
3153:25
**memory** [2] - 3121:23,
3206:8
**mentioned** [6] -
3107:22, 3110:23,
3181:12, 3194:1,
3196:23, 3204:17
**Merit** [2] - 3282:17,
3282:23
**MERIT** [1] - 3104:13
**met** [5] - 3201:22,
3202:1, 3223:15,
3234:1, 3248:25
**Method** [2] - 3204:12,
3221:16
**method** [2] - 3200:16,
3206:18
**methods** [2] -
3203:17, 3204:22
**Methods** [3] -
3203:11, 3204:2,
3240:2
**MEXICO** [1] - 3097:6
**Mexico** [17] - 3135:16,
3147:3, 3147:14,
3147:16, 3147:23,
3148:12, 3148:18,
3148:21, 3154:7,
3218:2, 3218:8,
3219:2, 3219:6,
3219:13, 3219:14,
3237:14, 3238:1
**MI** [2] - 3104:6, 3278:2
**mic** [3] - 3185:14,
3185:16, 3278:8

**MICHAEL** [2] - 3100:5, 3102:22

**MICHELLE** [1] - 3100:16

**mid** [2] - 3167:10, 3264:13

**middle** [2] - 3118:4, 3264:12

**midnight** [3] - 3199:17, 3200:15, 3201:3

**might** [4] - 3135:11, 3139:11, 3275:7, 3278:10

**migrating** [1] - 3221:21

**migration** [2] - 3208:7, 3221:20

**MIKAL** [1] - 3099:3

**miles** [1] - 3218:16

**MILLER** [15] - 3102:14, 3184:11, 3184:21, 3185:13, 3185:18, 3186:14, 3186:17, 3186:21, 3186:24, 3186:25, 3193:8, 3200:5, 3201:2, 3201:17, 3222:7

**Miller** [4] - 3184:19, 3184:24, 3186:12, 3238:10

**MILLER....................** [1] - 3105:8

**mind** [4] - 3164:13, 3220:18, 3220:23, 3221:10

**mind-set** [2] - 3220:23, 3221:10

**mindful** [1] - 3115:10

**mine** [1] - 3238:7

**minimum** [11] - 3203:7, 3203:17, 3204:2, 3204:13, 3204:24, 3206:10, 3206:22, 3207:20, 3208:21, 3208:23, 3234:5

**Minimum** [1] - 3207:8

**minute** [6] - 3149:7, 3161:25, 3168:16, 3202:12, 3213:2, 3278:5

**minutes** [4] - 3184:13, 3199:17, 3200:14, 3248:20

**mischaracterization** [3] - 3125:20, 3126:2, 3126:7

**mischaracterizes** [2] -

3138:17, 3181:4

**misspoke** [2] - 3177:13, 3205:10

**misstates** [1] - 3136:18

**mistreatment** [1] - 3144:1

**mitigated** [1] - 3183:18

**mitigating** [1] - 3183:9

**mix** [5] - 3169:6, 3167:10, 3250:20, 3252:14, 3253:9, 3253:12, 3253:17, 3253:19, 3253:24, 3254:21, 3254:23, 3256:1, 3263:20

**mixability** [2] - 3163:15, 3164:1

**mixed** [1] - 3130:9

**mixes** [1] - 3229:18

**mixing** [2] - 3185:23, 3190:15

**MMS** [1] - 3233:25

**MOBILE** [1] - 3098:12

**model** [7] - 3168:6, 3169:17, 3170:21, 3177:2, 3177:4, 3258:11, 3258:21

**modeled** [2] - 3137:8, 3170:4

**modeling** [17] - 3136:7, 3167:21, 3167:25, 3168:9, 3168:19, 3169:14, 3171:9, 3171:10, 3174:19, 3175:4, 3175:5, 3176:23, 3256:5, 3258:17, 3279:2, 3279:5, 3279:8

**models** [1] - 3258:5

**moment** [1] - 3150:18

**Monday** [1] - 3270:14

**money** [2] - 3224:15, 3274:20

**monitor** [2] - 3148:4, 3148:6

**monitored** [1] - 3133:3

**monitoring** [1] - 3133:10

**MONTGOMERY** [1] - 3101:6

**month** [4] - 3147:20, 3148:13, 3219:9, 3219:11

**monthly** [1] - 3148:22

**months** [11] - 3117:7, 3201:10, 3248:9, 3249:5, 3252:7,

3252:20, 3264:23, 3269:24, 3280:4, 3280:7, 3281:5

**Morel** [10] - 3137:14, 3192:20, 3195:24, 3199:7, 3199:18, 3199:23, 3202:12, 3211:4, 3211:23, 3212:11

**Morgan** [14] - 3163:3, 3164:6, 3167:10, 3250:20, 3252:14, 3253:9, 3253:12, 3253:17, 3253:19, 3253:24, 3254:21, 3254:23, 3256:1, 3263:20

**MORGAN** [1] - 3104:6

**Morgan's** [2] - 3253:7, 3253:8

**morning** [28] - 3106:8, 3106:9, 3106:10, 3106:11, 3106:24, 3106:25, 3107:24, 3109:3, 3109:16, 3114:9, 3116:24, 3132:14, 3132:15, 3132:18, 3132:19, 3141:13, 3141:21, 3141:22, 3146:9, 3150:12, 3166:8, 3182:21, 3184:22, 3184:23, 3214:20, 3222:13, 3222:15, 3253:3

**MORNING** [1] - 3097:20

**most** [3] - 3113:25, 3172:17, 3202:25

**motion** [1] - 3108:14

**Motion** [1] - 3111:14

**move** [9] - 3113:23, 3122:21, 3122:25, 3167:24, 3171:2, 3177:14, 3192:25, 3259:3, 3274:5

**moved** [3] - 3113:19, 3113:20, 3149:24

**moving** [2] - 3117:17, 3177:16

**MR** [157] - 3105:5, 3105:6, 3105:7, 3105:8, 3105:9, 3105:10, 3106:11, 3106:13, 3106:24, 3107:1, 3107:6, 3107:14, 3107:17, 3107:21, 3107:24, 3108:17, 3109:2, 3109:10, 3109:16,

3110:2, 3110:8, 3110:11, 3110:12, 3110:18, 3110:25, 3111:2, 3111:7, 3112:3, 3112:6, 3112:11, 3113:1, 3113:5, 3113:7, 3113:14, 3113:17, 3113:22, 3114:5, 3114:6, 3114:7, 3115:8, 3116:24, 3117:15, 3118:9, 3118:12, 3118:20, 3122:24, 3123:2, 3125:16, 3125:20, 3125:25, 3126:10, 3126:12, 3131:3, 3131:6, 3131:25, 3132:5, 3132:11, 3132:13, 3132:17, 3136:14, 3136:17, 3136:25, 3137:1, 3138:17, 3138:22, 3139:13, 3139:15, 3141:7, 3141:10, 3141:13, 3141:17, 3141:20, 3142:24, 3143:2, 3143:5, 3164:5, 3164:13, 3164:16, 3165:9, 3165:11, 3171:2, 3171:7, 3171:9, 3171:12, 3171:18, 3171:22, 3172:1, 3172:3, 3172:13, 3172:15, 3172:21, 3173:3, 3173:5, 3173:7, 3173:10, 3173:13, 3173:19, 3174:4, 3174:7, 3174:10, 3174:11, 3174:18, 3174:24, 3175:7, 3177:6, 3177:10, 3177:13, 3177:15, 3180:19, 3180:23, 3181:3, 3181:9, 3181:14, 3181:15, 3184:7, 3184:11, 3184:21, 3185:13, 3185:18, 3186:14, 3186:17, 3186:21, 3186:24, 3186:25, 3193:6, 3193:8, 3199:25, 3200:5, 3200:19, 3201:2, 3201:5, 3201:8, 3201:13, 3201:16, 3201:17, 3222:7, 3222:9, 3222:12, 3246:15, 3246:18, 3246:20,

3264:7, 3264:10, 3264:11, 3268:14, 3273:15, 3274:1, 3274:7, 3277:22, 3277:24, 3278:2, 3278:5, 3278:10, 3278:13, 3281:10, 3281:16, 3282:8

**MS** [10] - 3109:3, 3109:14, 3114:9, 3114:23, 3115:2, 3115:7, 3116:3, 3116:18, 3132:9, 3273:24

**mud** [15] - 3133:1, 3137:7, 3138:12, 3168:1, 3170:10, 3170:21, 3170:24, 3176:6, 3176:23, 3184:3, 3257:10, 3257:15, 3271:12, 3271:17, 3277:5

**muddled** [1] - 3155:5

**multiple** [6] - 3153:7, 3156:25, 3157:16, 3180:16, 3186:21, 3213:1

**MUNGER** [1] - 3102:21

**must** [7] - 3202:20, 3207:23, 3208:8, 3209:17, 3210:19, 3241:24, 3252:17

## N

**NAE** [9] - 3223:16, 3261:1, 3261:24, 3262:22, 3263:6, 3270:7, 3270:16, 3275:23, 3276:9

**name** [6] - 3132:20, 3184:24, 3222:13, 3237:18, 3238:17, 3282:2

**names** [2] - 3180:11, 3192:24

**naming** [1] - 3142:11

**narrow** [2] - 3135:17, 3197:2

**Nate** [1] - 3243:10

**NATHANIEL** [1] - 3100:12

**National** [9] - 3155:13, 3157:1, 3157:2, 3157:5, 3159:25, 3160:1, 3250:9, 3252:21

**Natural** [1] - 3107:10

**NATURAL** [1] - 3100:9

nautical [1] - 3218:16
near [1] - 3127:10
necessarily [2] - 3127:19, 3189:6
need [14] - 3116:12, 3134:5, 3134:12, 3149:1, 3160:8, 3176:3, 3186:16, 3204:3, 3211:10, 3239:12, 3251:7, 3256:13, 3256:14, 3268:12
needed [7] - 3134:19, 3156:10, 3204:8, 3211:23, 3212:2, 3213:18, 3230:14
needs [3] - 3203:18, 3208:19, 3213:4
negative [5] - 3139:1, 3139:12, 3139:16, 3277:14, 3277:15
never [15] - 3129:19, 3144:4, 3150:1, 3170:25, 3229:10, 3247:10, 3247:11, 3249:6, 3249:7, 3250:15, 3250:17, 3250:19, 3259:21, 3259:23, 3262:12
NEW [10] - 3097:8, 3098:8, 3098:16, 3098:23, 3099:22, 3101:16, 3101:23, 3102:15, 3103:13, 3104:14
new [7] - 3145:4, 3218:14, 3218:21, 3224:19, 3240:6, 3263:5, 3281:22
Newman [3] - 3117:21, 3117:25, 3118:3
next [28] - 3108:22, 3114:12, 3116:22, 3117:22, 3118:2, 3123:25, 3128:19, 3132:7, 3149:25, 3175:23, 3181:13, 3188:25, 3189:3, 3197:7, 3222:8, 3225:10, 3225:11, 3225:16, 3225:21, 3232:4, 3233:1, 3241:22, 3247:18, 3253:21, 3253:22, 3254:13, 3267:14, 3282:6
Nicholls [1] - 3145:20
night [5] - 3108:5, 3132:23, 3133:16,

3205:22, 3219:23
nine [12] - 3196:10, 3196:15, 3199:23, 3200:9, 3201:24, 3201:25, 3202:6, 3205:7, 3248:12, 3266:17, 3266:25, 3269:1
Nine [1] - 3199:18
nine-gallon [4] - 3201:25, 3205:7, 3248:12, 3269:1
NINTH [1] - 3099:11
nitrogen [5] - 3211:9, 3238:21, 3239:4, 3239:6, 3276:6
NO [3] - 3097:8, 3097:12, 3097:14
nobody [5] - 3134:8, 3140:12, 3256:10, 3256:15
none [1] - 3144:10
NONJURY [1] - 3097:21
noon [1] - 3282:10
NORFOLK [1] - 3103:8
NORTH [1] - 3101:11
notation [1] - 3123:13
note [2] - 3197:7, 3255:4
notebook [1] - 3128:11
notebooks [1] - 3251:25
noted [4] - 3108:13, 3108:15, 3242:9, 3254:18
notes [33] - 3128:13, 3162:15, 3162:17, 3162:21, 3162:24, 3165:12, 3167:13, 3221:18, 3251:11, 3251:12, 3251:17, 3251:19, 3251:23, 3252:12, 3253:10, 3253:13, 3253:16, 3253:23, 3253:23, 3254:24, 3263:19, 3264:18, 3278:18, 3278:19, 3278:21, 3278:24, 3279:11, 3279:14, 3279:17, 3280:17, 3280:24, 3281:1, 3281:7
nothing [7] - 3111:16, 3227:17, 3227:23, 3228:2, 3228:9, 3228:13, 3256:9
notice [3] - 3113:18,

3117:19, 3211:23
nozzle [1] - 3276:5
number [44] - 3119:23, 3121:7, 3121:22, 3121:25, 3122:2, 3122:10, 3122:13, 3122:14, 3122:17, 3122:19, 3123:23, 3124:5, 3124:12, 3125:10, 3126:4, 3126:14, 3126:15, 3126:21, 3126:24, 3127:1, 3127:3, 3127:6, 3127:7, 3127:9, 3127:16, 3127:17, 3128:5, 3128:20, 3137:17, 3148:16, 3151:21, 3156:11, 3186:20, 3203:8, 3227:24, 3234:10, 3243:20, 3262:13, 3269:11
Number [6] - 3122:5, 3240:2, 3240:21, 3240:23, 3241:13, 3241:20
numbered [1] - 3282:20
numbers [5] - 3124:20, 3126:8, 3186:22, 3219:7, 3245:22
NW [1] - 3102:4

# O

o'clock [3] - 3150:12, 3201:2, 3201:20
O'KEEFE [1] - 3098:8
O'ROURKE [1] - 3100:10
oath [2] - 3118:10, 3118:17
object [7] - 3107:4, 3125:20, 3126:1, 3136:17, 3181:3, 3181:8, 3200:19
objected [1] - 3111:22
objecting [1] - 3111:10
objection [29] - 3107:8, 3107:11, 3107:12, 3107:18, 3108:13, 3108:14, 3108:16, 3110:1, 3110:3, 3114:2, 3114:13, 3117:14, 3117:16, 3136:14, 3136:21, 3138:17,

3139:13, 3142:24, 3164:5, 3164:9, 3164:11, 3165:9, 3177:7, 3180:22, 3193:6, 3199:25, 3273:16, 3273:25, 3275:7
objections [10] - 3106:20, 3106:21, 3108:7, 3108:18, 3108:23, 3109:7, 3109:11, 3109:19, 3109:23, 3113:8
objective [8] - 3200:16, 3202:1, 3203:16, 3225:24, 3226:2, 3240:10, 3240:12
objectives [3] - 3183:9, 3201:22, 3212:8
obligated [1] - 3202:13
observed [3] - 3138:13, 3233:6, 3254:17
obtain [1] - 3151:23
obtained [1] - 3126:20
obtains [1] - 3152:3
obviously [1] - 3274:2
occupied [1] - 3257:10
occurred [3] - 3145:3, 3150:14, 3164:20, 3164:24, 3165:12, 3234:9, 3234:14, 3256:1, 3264:21
occurs [2] - 3190:15, 3232:19
October [3] - 3128:17, 3128:22, 3161:15, 3161:16, 3161:17, 3161:22, 3162:20, 3167:5, 3223:14, 3248:9, 3248:16, 3248:22, 3249:11, 3249:21, 3249:23, 3250:1, 3250:13, 3250:25, 3251:6, 3251:14, 3251:19, 3252:17, 3255:25, 3263:4, 3263:10, 3263:13, 3263:22, 3264:22, 3265:15, 3278:19, 3278:23
OF [14] - 3097:2, 3097:6, 3097:13, 3097:15, 3097:21, 3100:4, 3100:8,

3100:15, 3100:21, 3101:3, 3101:8, 3101:9, 3101:10
off-the-record [1] - 3163:14
offer [6] - 3106:19, 3107:17, 3108:12, 3109:8, 3109:24, 3269:23
offered [4] - 3108:2, 3108:10, 3215:21, 3224:19
offering [4] - 3107:1, 3111:5, 3132:1, 3132:2
offhand [2] - 3203:12, 3203:21
office [4] - 3133:6, 3192:18, 3194:19, 3243:10
OFFICE [5] - 3098:4, 3100:18, 3101:3, 3101:8, 3101:12
offices [8] - 3151:10, 3152:17, 3153:12, 3154:5, 3187:20, 3192:9, 3192:15, 3242:25
OFFICIAL [1] - 3104:12
Official [2] - 3282:18, 3282:23
offshore [3] - 3152:4, 3220:1, 3220:3
Offshore [4] - 3203:10, 3204:1, 3204:11, 3240:1
OFFSHORE [1] - 3102:12
often [3] - 3126:21, 3127:20
OIL [2] - 3097:5
oil [13] - 3150:19, 3169:2, 3169:5, 3169:12, 3170:11, 3170:16, 3170:19, 3170:24, 3176:6, 3185:1, 3185:7, 3257:10, 3258:24
oilfield [1] - 3115:16
Oklahoma [1] - 3194:24
OLSON [1] - 3102:21
ON [1] - 3097:6
on-line [1] - 3154:10
onboard [3] - 3132:24, 3133:2, 3243:10
once [17] - 3108:4, 3124:2, 3126:21, 3142:17, 3143:21,

3143:24, 3148:13,
3152:24, 3173:21,
3188:17, 3188:24,
3189:21, 3190:8,
3200:14, 3230:11,
3263:10

**one** [85] - 3107:8,
3108:5, 3112:20,
3116:3, 3116:21,
3123:3, 3125:19,
3127:2, 3129:11,
3130:1, 3130:21,
3134:10, 3136:12,
3139:25, 3141:24,
3143:8, 3147:3,
3147:12, 3147:15,
3147:23, 3157:8,
3158:22, 3160:3,
3168:7, 3168:9,
3168:11, 3168:25,
3170:13, 3172:18,
3172:25, 3173:9,
3173:10, 3174:7,
3174:22, 3175:15,
3178:11, 3179:13,
3179:14, 3179:15,
3179:17, 3179:18,
3179:20, 3182:2,
3184:12, 3185:19,
3189:7, 3195:19,
3196:20, 3201:9,
3202:23, 3208:18,
3208:23, 3209:14,
3219:9, 3223:8,
3223:17, 3225:4,
3225:9, 3226:10,
3227:2, 3228:17,
3228:18, 3228:20,
3231:4, 3231:5,
3231:14, 3232:16,
3238:6, 3242:16,
3248:18, 3248:20,
3249:3, 3252:23,
3253:22, 3254:21,
3263:18, 3265:13,
3270:11, 3271:3,
3273:10, 3273:12,
3274:9, 3278:5,
3281:22

**ONE** [2] - 3101:21,
3103:17

**onset** [1] - 3242:22

**onshore** [3] - 3152:4,
3191:5, 3191:8

**open** [2] - 3117:12,
3273:15

**opening** [1] - 3157:15

**operating** [2] -
3209:11, 3212:5

**operation** [6] -

3122:17, 3129:13,
3133:4, 3133:8,
3147:1, 3191:6

**operational** [4] -
3115:16, 3115:21,
3115:24, 3191:20

**operations** [16] -
3133:19, 3134:4,
3139:9, 3147:14,
3148:7, 3148:14,
3148:17, 3154:18,
3154:19, 3163:19,
3167:17, 3207:8,
3207:10, 3207:21,
3207:24, 3270:5

**operator** [14] -
3143:20, 3145:1,
3149:19, 3151:10,
3152:15, 3152:18,
3185:4, 3185:10,
3189:25, 3190:3,
3190:21, 3190:24,
3192:1, 3198:2

**operator's** [1] - 3190:4

**opines** [1] - 3115:3

**opinion** [8] - 3115:16,
3129:23, 3138:5,
3215:21, 3235:8,
3269:16, 3269:18,
3269:23

**opinions** [2] - 3115:3,
3116:13

**opportunities** [1] -
3147:9

**opportunity** [4] -
3172:11, 3248:17,
3263:5, 3270:6

**opposite** [2] -
3110:15, 3110:16

**OptiCem** [11] - 3136:7,
3150:4, 3176:3,
3228:6, 3242:2,
3258:5, 3258:11,
3258:21, 3272:9,
3272:15, 3273:22

**option** [1] - 3213:17

**options** [1] - 3183:11

**oral** [1] - 3261:24

**orally** [2] - 3198:6,
3262:21

**ORDER** [1] - 3106:4

**order** [8] - 3111:24,
3116:11, 3122:18,
3145:7, 3157:11,
3203:1, 3224:15,
3273:19

**ordered** [1] - 3246:8

**orders** [1] - 3134:18

**org** [1] - 3215:22

**organization** [6] -

3146:17, 3146:23,
3147:5, 3152:19,
3158:9, 3216:16

**organized** [1] -
3146:22

**orientation** [1] -
3188:4

**original** [3] - 3245:11,
3257:16, 3258:16

**originally** [3] -
3266:13, 3268:10,
3281:20

**ORLEANS** [10] -
3097:8, 3098:8,
3098:16, 3098:23,
3099:22, 3101:16,
3101:23, 3102:15,
3103:13, 3104:14

**OTC** [1] - 3173:15

**ought** [1] - 3174:2

**outcome** [1] - 3183:19

**outlines** [1] - 3112:23

**output** [7] - 3119:6,
3119:12, 3169:22,
3169:23, 3256:14,
3256:16, 3257:6

**outs** [1] - 3107:12

**outside** [5] - 3117:3,
3117:9, 3156:7,
3271:22, 3275:16

**overbalanced** [1] -
3277:8

**overcome** [3] -
3129:22, 3182:6,
3182:12

**overlap** [1] - 3222:18

**overrule** [1] - 3136:21

**own** [2] - 3156:18,
3203:6

**owned** [2] - 3224:24,
3224:25

**owner** [2] - 3144:16,
3147:8

**owner's** [1] - 3144:14

**owners** [2] - 3225:20,
3225:21

**ownership** [5] -
3142:19, 3142:21,
3142:25, 3143:1,
3144:5

## P

**p.m** [4] - 3199:4,
3200:22, 3201:1,
3282:12

**P.O** [1] - 3100:12

**pack** [1] - 3215:16

**package** [2] - 3127:8,

3148:13

**page** [15] - 3123:25,
3124:19, 3168:2,
3179:11, 3188:8,
3207:2, 3229:22,
3238:3, 3241:22,
3242:16, 3247:18,
3267:8, 3267:20,
3270:19

**PAGE** [2] - 3105:2,
3105:16

**pages** [5] - 3114:8,
3131:4, 3131:5,
3240:4, 3242:14

**PALMINTIER** [1] -
3099:14

**PAN** [1] - 3098:15

**paper** [2] - 3276:20,
3276:24

**paperwork** [1] -
3142:11

**paragraph** [4] -
3134:11, 3134:17,
3163:2, 3268:17

**part** [22] - 3111:11,
3112:21, 3116:10,
3116:14, 3122:25,
3140:4, 3140:5,
3179:22, 3180:6,
3188:25, 3189:3,
3197:19, 3198:1,
3212:6, 3238:14,
3241:23, 3248:18,
3248:19, 3262:16,
3275:25, 3278:21,
3280:21

**participant** [1] -
3260:18

**participate** [5] -
3112:14, 3150:22,
3168:25, 3223:17,
3279:5

**participated** [3] -
3155:8, 3157:22,
3278:24

**participating** [1] -
3256:4

**participation** [1] -
3262:6

**participations** [1] -
3185:3

**particular** [25] -
3112:18, 3120:2,
3120:6, 3123:14,
3125:13, 3127:3,
3135:20, 3152:25,
3164:22, 3165:2,
3189:23, 3190:3,
3193:3, 3195:3,
3197:18, 3197:22,

3199:13, 3199:21,
3203:23, 3207:13,
3207:17, 3210:24,
3214:21, 3217:14,
3220:23

**particularly** [2] -
3118:6, 3223:16

**parties** [4] - 3174:3,
3194:2, 3201:13,
3201:14

**partners** [4] - 3225:2,
3225:9, 3225:10,
3225:15

**parts** [10] - 3107:11,
3107:16, 3107:17,
3119:21, 3120:21,
3121:1, 3121:3,
3150:23, 3158:9,
3180:3

**party** [2] - 3172:1,
3207:20

**pass** [1] - 3262:13

**passed** [1] - 3153:24

**passes** [1] - 3264:23

**past** [3] - 3117:6,
3197:16, 3204:20

**path** [9] - 3170:14,
3170:16, 3176:1,
3218:24, 3265:12,
3269:8, 3269:11,
3269:15, 3271:12

**PAUL** [1] - 3098:14

**Paul** [1] - 3116:24

**pay** [2] - 3143:20,
3274:12

**pays** [1] - 3144:12

**peer** [1] - 3133:18

**PENNSYLVANIA** [1] -
3102:4

**people** [12] - 3112:20,
3134:8, 3147:18,
3147:22, 3154:20,
3154:22, 3158:6,
3166:13, 3202:18,
3213:18, 3273:10,
3274:9

**Pepper** [3] - 3282:17,
3282:21, 3282:22

**PEPPER** [1] - 3104:12

**per** [6] - 3147:20,
3247:14, 3247:23,
3266:17, 3267:8,
3273:19

**percent** [5] - 3137:25,
3178:22, 3245:24,
3246:1, 3246:5

**perceptions** [1] -
3135:10

**perfect** [2] - 3137:23,
3266:18

**perforated** [2] - 3196:3, 3197:11

**perform** [4] - 3139:16, 3151:18, 3210:9, 3274:12

**performance** [3] - 3148:16, 3182:4, 3203:2

**performed** [15] - 3130:20, 3155:23, 3205:6, 3205:25, 3209:8, 3233:7, 3237:6, 3243:11, 3244:11, 3247:1, 3254:5, 3254:20, 3261:20, 3261:25, 3268:24

**performing** [3] - 3134:23, 3160:17, 3202:8

**perhaps** [6] - 3126:2, 3173:19, 3204:18, 3205:10, 3248:20, 3280:13

**period** [11] - 3146:11, 3151:15, 3156:3, 3159:12, 3162:2, 3162:18, 3162:19, 3164:17, 3164:19, 3168:6, 3200:23

**periodically** [1] - 3150:22

**Perkin** [4] - 3114:12, 3115:13, 3115:21, 3282:8

**Perkin's** [2] - 3114:14, 3116:8

**persist** [1] - 3201:9

**person** [4] - 3152:22, 3187:16, 3248:25, 3260:14

**personal** [4] - 3149:6, 3150:6, 3274:5, 3274:8

**personally** [7] - 3148:3, 3148:6, 3156:24, 3157:20, 3193:19, 3255:22, 3262:9

**personnel** [5] - 3188:14, 3190:16, 3233:7, 3242:3, 3265:8

**perspective** [4] - 3134:20, 3204:25, 3223:23, 3257:1

**pertaining** [1] - 3110:21

**PETITION** [1] - 3097:13

**petroleum** [1] - 3145:23

**PHILLIP** [1] - 3103:12

**philosophy** [1] - 3140:8

**phone** [1] - 3250:4

**photographs** [1] - 3255:15

**physical** [3] - 3153:22, 3255:9, 3255:15

**physically** [1] - 3231:24

**pick** [1] - 3118:13

**picture** [1] - 3256:10

**pictures** [1] - 3255:10

**piece** [3] - 3115:17, 3115:18, 3276:20

**pieces** [4] - 3116:6, 3158:10, 3169:13, 3276:24

**PIGMAN** [1] - 3103:11

**pilot** [1] - 3246:8

**pipe** [10] - 3170:12, 3170:13, 3170:15, 3170:17, 3175:20, 3175:22, 3176:5, 3232:20, 3271:22, 3276:6

**place** [10] - 3146:24, 3150:20, 3152:18, 3154:14, 3156:12, 3176:14, 3228:14, 3234:17, 3250:21, 3255:11

**placed** [2] - 3126:15, 3206:15

**placement** [5] - 3137:21, 3140:25, 3191:17, 3240:13, 3258:16

**placing** [1] - 3233:4

**PLAINTIFFS** [1] - 3098:3

**plaintiffs** [4] - 3111:11, 3111:15, 3113:24, 3116:7

**plaintiffs'** [2] - 3116:14, 3116:21

**plan** [4] - 3112:25, 3139:12, 3153:17, 3233:23

**planned** [3] - 3231:18, 3231:21, 3233:21

**planning** [5] - 3139:9, 3149:1, 3150:8, 3191:14, 3197:21

**plant** [13] - 3127:8, 3127:9, 3127:10, 3127:11, 3127:12, 3127:20, 3129:5,

3143:24, 3144:6, 3145:8, 3189:11, 3189:20, 3189:22

**plates** [1] - 3113:23

**play** [3] - 3111:9, 3111:11, 3112:25

**played** [2] - 3111:17, 3111:22

**PLC** [1] - 3101:20

**pleasure** [1] - 3151:2

**plug** [1] - 3232:18

**plugs** [3] - 3227:11, 3232:4, 3277:6

**plus** [1] - 3185:4

**point** [14] - 3114:19, 3128:18, 3159:24, 3176:19, 3180:19, 3187:16, 3198:11, 3219:9, 3249:4, 3250:13, 3264:8, 3270:2, 3272:21, 3272:22

**points** [1] - 3233:6

**policy** [3] - 3139:1, 3143:22, 3144:4

**Poor** [1] - 3271:9

**poor** [3] - 3221:12, 3221:19, 3222:2

**pore** [2] - 3135:17, 3258:21

**Port** [7] - 3218:1, 3218:3, 3218:7, 3218:10, 3218:14, 3218:16

**portion** [14] - 3111:10, 3112:24, 3142:21, 3142:22, 3170:20, 3172:23, 3179:25, 3212:25, 3218:2, 3243:11, 3257:7, 3257:14, 3258:1

**posed** [3] - 3164:12, 3199:9, 3257:17

**posing** [1] - 3196:1

**position** [12] - 3134:8, 3134:19, 3134:20, 3151:23, 3152:1, 3152:3, 3152:6, 3152:13, 3171:16, 3172:16, 3172:24, 3270:8

**positive** [4] - 3232:14, 3232:16, 3232:23, 3233:5

**possession** [2] - 3172:21, 3279:21

**possibility** [1] - 3269:20

**possible** [5] - 3184:11, 3214:17,

3240:24, 3240:25, 3241:4

**possibly** [2] - 3221:20, 3280:16

**post** [30] - 3160:4, 3161:18, 3161:21, 3162:3, 3162:10, 3164:20, 3165:24, 3166:3, 3166:18, 3166:19, 3167:1, 3167:4, 3171:20, 3171:25, 3172:18, 3182:15, 3230:23, 3231:1, 3231:3, 3231:9, 3231:10, 3231:13, 3231:16, 3233:11, 3234:8, 3234:10, 3234:13, 3251:14, 3278:20, 3278:25

**POST** [3] - 3098:4, 3100:18, 3101:12

**post-blowout** [2] - 3278:20, 3278:25

**post-casualty** [2] - 3171:20, 3171:25

**post-incident** [13] - 3160:4, 3161:18, 3161:21, 3162:3, 3162:10, 3164:20, 3165:24, 3166:3, 3166:18, 3167:1, 3167:4, 3172:18, 3182:15

**post-incidents** [1] - 3166:19

**post-job** [11] - 3230:23, 3231:1, 3231:3, 3231:9, 3231:10, 3231:13, 3231:16, 3233:11, 3234:8, 3234:10, 3234:13

**post-October** [1] - 3251:14

**postdated** [1] - 3260:3

**potential** [13] - 3135:14, 3137:9, 3214:2, 3214:4, 3228:3, 3269:24, 3270:10, 3272:8, 3272:15, 3272:20, 3273:1, 3273:11, 3274:10

**potentially** [12] - 3133:17, 3135:6, 3136:15, 3136:23, 3169:6, 3169:9, 3183:18, 3213:25, 3214:7, 3224:2,

3239:11, 3280:14

**pound** [2] - 3245:15, 3246:4

**poured** [3] - 3136:3, 3137:5, 3254:16

**power** [1] - 3117:4

**PowerPoint** [1] - 3259:5

**POYDRAS** [4] - 3098:15, 3101:22, 3102:15, 3104:13

**PPFG** [6] - 3196:4, 3196:21, 3196:24, 3197:2, 3213:20, 3213:24

**ppg** [1] - 3214:18

**practice** [14] - 3108:11, 3130:17, 3143:19, 3143:20, 3159:6, 3180:2, 3198:19, 3202:3, 3203:3, 3203:19, 3203:23, 3224:7, 3239:25, 3253:2

**practices** [11] - 3147:7, 3159:4, 3181:16, 3181:18, 3198:9, 3238:7, 3242:4, 3242:9, 3242:11, 3242:13, 3277:17

**Practices** [3] - 3194:5, 3262:19, 3263:2

**pre** [1] - 3244:21

**preincident** [2] - 3150:6, 3244:16

**prejob** [4] - 3234:17, 3259:22, 3260:11, 3262:9

**preliminary** [5] - 3106:12, 3113:16, 3159:19, 3159:21, 3226:12

**preparation** [1] - 3157:22

**prepare** [10] - 3152:12, 3157:11, 3157:20, 3158:9, 3163:4, 3189:4, 3189:9, 3189:10, 3252:15, 3262:5

**prepared** [8] - 3127:2, 3145:8, 3162:17, 3167:1, 3177:23, 3222:21, 3249:2, 3265:17

**preparing** [7] - 3161:9, 3163:11, 3223:14, 3236:13, 3250:2, 3260:14,

3265:16

**presence** [7] - 3177:17, 3179:8, 3180:17, 3181:2, 3181:8, 3195:10, 3195:15

**present** [6] - 3156:19, 3159:13, 3174:15, 3226:2, 3226:7, 3250:7

**presentation** [55] - 3116:14, 3155:3, 3155:9, 3155:11, 3156:4, 3156:9, 3156:21, 3157:9, 3157:11, 3157:12, 3157:15, 3157:18, 3157:20, 3158:3, 3158:11, 3158:16, 3159:1, 3159:2, 3159:7, 3162:3, 3162:18, 3162:19, 3164:17, 3168:6, 3168:22, 3223:16, 3223:18, 3226:11, 3226:12, 3226:15, 3249:3, 3259:1, 3259:5, 3259:10, 3259:12, 3259:25, 3260:3, 3260:15, 3260:19, 3260:21, 3261:13, 3261:23, 3262:4, 3262:7, 3262:16, 3262:22, 3269:19, 3270:7, 3270:14, 3270:16, 3270:24, 3271:18, 3275:24, 3275:25, 3276:9

**presentations** [22] - 3150:24, 3156:7, 3156:10, 3156:15, 3156:18, 3157:16, 3157:23, 3158:13, 3161:10, 3223:15, 3225:23, 3226:7, 3226:17, 3249:2, 3250:2, 3250:18, 3252:2, 3263:6, 3273:1, 3280:18, 3280:19, 3280:23

**presented** [10] - 3156:23, 3156:25, 3157:1, 3157:2, 3157:3, 3181:25, 3215:5, 3217:2, 3261:14, 3269:20

**presenting** [1] - 3173:23

**preserved** [2] -

**president** [6] - 3146:12, 3148:3, 3148:6, 3151:7, 3158:1, 3230:19

**Presidential** [2] - 3252:22, 3266:5

**press** [6] - 3236:11, 3236:13, 3248:10, 3265:15, 3268:5, 3268:7

**pressed** [1] - 3257:25

**pressure** [13] - 3135:17, 3139:2, 3139:12, 3139:17, 3184:3, 3221:20, 3221:21, 3232:17, 3232:19, 3232:23, 3258:22, 3277:14, 3277:15

**pressures** [1] - 3191:16

**pretty** [2] - 3174:1, 3174:23

**prevent** [3] - 3169:11, 3184:4, 3257:15

**previously** [5] - 3111:20, 3118:16, 3120:9, 3123:8, 3257:10

**Primary** [1] - 3178:14

**primary** [3] - 3186:5, 3271:3, 3271:4

**principally** [1] - 3160:3

**principles** [1] - 3149:18

**printed** [4] - 3120:14, 3120:22, 3124:6, 3124:17

**printout** [1] - 3120:8

**Pritchard** [1] - 3113:25

**probability** [10] - 3137:22, 3138:2, 3138:6, 3141:5, 3214:22, 3215:2, 3220:18, 3220:25, 3221:4, 3221:6

**Probert** [9] - 3106:16, 3107:2, 3107:5, 3109:22, 3110:3, 3110:9, 3110:22, 3236:18, 3255:19

**Probert's** [1] - 3163:13

**problem** [6] - 3111:15, 3114:2, 3118:6, 3136:8, 3138:14, 3252:25

**problems** [3] - 3140:18, 3235:9, 3235:12

**procedure** [2] - 3120:17, 3212:5

**procedures** [1] - 3262:18

**proceed** [2] - 3141:17, 3222:9

**proceedings** [1] - 3282:20

**PROCEEDINGS** [3] - 3097:21, 3104:16, 3106:1

**process** [24] - 3121:14, 3122:3, 3122:7, 3125:15, 3127:14, 3141:10, 3144:24, 3151:11, 3181:5, 3188:4, 3188:25, 3189:3, 3190:20, 3190:21, 3190:23, 3198:1, 3200:11, 3202:19, 3212:6, 3217:10, 3240:14, 3240:21, 3241:24, 3242:22

**Process** [2] - 3240:8, 3242:21

**PRODUCED** [1] - 3104:17

**produced** [7] - 3237:24, 3251:23, 3252:7, 3279:12, 3279:14, 3279:16, 3279:17

**product** [8] - 3121:10, 3122:13, 3122:14, 3154:18, 3189:19, 3239:9, 3239:13, 3239:19

**PRODUCTION** [3] - 3097:15, 3101:19, 3101:20

**production** [19] - 3119:19, 3121:10, 3131:11, 3163:21, 3193:4, 3195:1, 3197:10, 3197:11, 3197:13, 3206:16, 3208:14, 3208:18, 3213:15, 3219:16, 3222:22, 3224:19, 3237:20, 3237:25, 3254:19

**products** [1] - 3151:14

**professional** [4] - 3216:8, 3226:3, 3269:16, 3270:2

**profile** [1] - 3152:2

**program** [5] - 3150:4, 3178:5, 3179:13, 3179:21, 3180:4

**programs** [5] - 3151:17, 3153:17, 3178:3, 3179:12, 3180:7

**project** [5] - 3185:2, 3186:2, 3187:17, 3187:24, 3230:12

**projects** [3] - 3149:1, 3151:20, 3151:21

**pronounce** [2] - 3281:24, 3282:1

**pronouncing** [1] - 3281:22

**proper** [2] - 3182:13, 3240:12

**properly** [2] - 3219:18, 3219:22

**properties** [3] - 3239:11, 3239:12, 3239:18

**propose** [1] - 3118:3

**proposed** [1] - 3187:23

**proprietary** [1] - 3180:12

**protect** [1] - 3176:7

**protocol** [1] - 3126:13

**protocols** [1] - 3125:8

**proven** [1] - 3270:11

**provide** [22] - 3131:17, 3139:19, 3141:1, 3149:3, 3149:4, 3151:17, 3152:19, 3154:17, 3163:20, 3182:10, 3183:18, 3184:5, 3185:23, 3186:5, 3191:5, 3192:9, 3203:16, 3207:17, 3207:20, 3235:8, 3253:15, 3263:7

**provided** [11] - 3113:5, 3156:15, 3156:16, 3170:3, 3195:10, 3207:23, 3215:14, 3235:7, 3236:15, 3243:21, 3251:3, 3251:5, 3251:23

**provider** [1] - 3213:10

**provides** [2] - 3184:3, 3191:4

**providing** [2] - 3146:25, 3156:7

**provision** [2] - 3188:7, 3191:3

**proximity** [1] -

3153:22

**PSC** [8] - 3107:25, 3111:8, 3112:8, 3115:8, 3116:25, 3117:18, 3204:18, 3278:4

**PSC's** [3] - 3144:7, 3181:1, 3181:10

**psi** [3] - 3232:17, 3232:18

**PSL** [8] - 3146:12, 3146:14, 3146:17, 3146:22, 3147:18, 3147:20, 3151:7, 3181:22

**public** [1] - 3236:15

**publicly** [1] - 3248:11

**published** [3] - 3195:6, 3242:12, 3273:13

**pull** [27] - 3185:19, 3193:23, 3195:7, 3203:4, 3203:9, 3204:15, 3206:20, 3211:2, 3212:10, 3215:22, 3221:14, 3226:25, 3228:24, 3231:7, 3237:10, 3239:15, 3240:1, 3241:19, 3243:15, 3244:2, 3247:3, 3251:10, 3251:15, 3259:2, 3264:3, 3270:12, 3276:18

**pulled** [1] - 3126:22

**pulling** [3] - 3185:20, 3217:9, 3251:18

**pump** [6] - 3190:9, 3204:23, 3205:3, 3205:7, 3208:19, 3237:3

**pumped** [28] - 3136:4, 3136:5, 3149:10, 3159:15, 3169:2, 3170:8, 3175:19, 3189:13, 3198:21, 3198:22, 3199:15, 3219:19, 3219:23, 3220:24, 3223:21, 3224:1, 3224:10, 3224:12, 3231:18, 3231:21, 3236:24, 3247:15, 3247:16, 3248:15, 3249:6, 3261:21, 3262:1, 3263:16

**pumping** [2] - 3190:15, 3193:20

**pun** [1] - 3173:17

**purchased** [1] -

3127:7
**purport** [1] - 3165:23
**purports** [2] -
3168:15, 3210:10
**purpose** [6] - 3117:12,
3164:2, 3165:7,
3172:17, 3183:4,
3187:3
**purposes** [3] - 3161:9,
3167:15, 3279:18
**pursued** [1] - 3218:24
**put** [25] - 3107:12,
3108:11, 3108:15,
3113:18, 3117:24,
3151:13, 3174:4,
3174:24, 3182:9,
3196:2, 3211:23,
3228:20, 3231:24,
3234:21, 3238:10,
3238:18, 3239:2,
3243:16, 3245:18,
3246:3, 3256:18,
3259:1, 3262:10,
3264:7, 3278:16
**puts** [1] - 3116:9
**putting** [1] - 3117:12

**Q**

**qualities** [1] - 3239:23
**quality** [2] - 3144:2,
3262:17
**questioning** [3] -
3141:14, 3171:24,
3184:13
**questions** [30] -
3111:19, 3111:20,
3112:16, 3115:12,
3115:20, 3115:22,
3131:7, 3132:8,
3132:9, 3132:11,
3132:13, 3132:21,
3135:8, 3135:12,
3139:6, 3141:7,
3165:23, 3174:2,
3193:2, 3198:15,
3207:6, 3215:23,
3224:23, 3238:8,
3269:11, 3277:24,
3278:2, 3278:4,
3281:11, 3281:16
**quick** [2] - 3164:13,
3264:14
**quickly** [4] - 3113:21,
3150:19, 3233:10,
3278:7
**Quirk** [10] - 3117:1,
3117:23, 3125:12,
3250:23, 3253:25,
3263:24, 3263:25,

3264:1, 3264:13,
3264:17
**quirk** [6] - 3117:8,
3118:5, 3118:24,
3119:11, 3251:5,
3264:15
**quite** [3] - 3126:21,
3127:20, 3153:2
**quote** [3] - 3168:16,
3191:9, 3264:17

**R**

**RACHEL** [2] -
3100:11, 3102:18
**raise** [2] - 3114:18,
3236:4
**raised** [4] - 3116:20,
3169:1, 3228:13,
3275:8
**ran** [4] - 3249:6,
3250:14, 3274:15,
3276:13
**rate** [3] - 3113:19,
3138:1, 3219:9
**Ravi** [9] - 3216:2,
3216:17, 3216:25,
3217:5, 3270:13,
3270:20, 3270:22,
3270:24, 3272:1
**RE** [2] - 3097:5,
3097:12
**reach** [3] - 3158:9,
3224:5, 3270:2
**read** [20] - 3107:3,
3111:17, 3111:18,
3113:10, 3115:5,
3131:7, 3200:1,
3204:6, 3211:14,
3211:20, 3213:7,
3221:18, 3227:6,
3241:20, 3252:12,
3253:7, 3253:23,
3254:14, 3264:14,
3268:12
**reading** [3] - 3113:9,
3114:3, 3212:1
**ready** [3] - 3222:9,
3255:20, 3268:2
**Reagan** [1] - 3107:1
**real** [4] - 3153:21,
3203:1, 3264:14,
3278:7
**realized** [1] - 3215:1
**really** [3] - 3171:15,
3269:23, 3276:1
**REALTIME** [1] -
3104:12
**realtime** [4] - 3133:3,

3133:8, 3133:10
**Realtime** [2] -
3282:17, 3282:22
**reason** [2] - 3253:6,
3275:9
**reasonable** [5] -
3215:3, 3218:24,
3219:21, 3219:24,
3219:25
**reasonably** [1] -
3219:17
**reasons** [1] - 3165:4
**rebuttal** [1] - 3108:9
**receipt** [1] - 3128:25
**receive** [4] - 3148:11,
3156:20, 3157:13,
3244:18
**received** [22] - 3108:5,
3109:7, 3128:13,
3150:13, 3226:6,
3226:22, 3227:3,
3228:25, 3229:5,
3229:6, 3229:7,
3229:8, 3229:10,
3230:23, 3231:4,
3231:8, 3231:12,
3256:15, 3256:16,
3263:4, 3270:13,
3279:21
**receiving** [2] - 3135:1,
3234:22
**recess** [5] - 3108:23,
3184:14, 3184:16,
3282:9, 3282:13
**RECESS..................
................** [1] -
3105:11
**recipe** [9] - 3119:20,
3123:20, 3222:20,
3222:24, 3223:3,
3229:2, 3229:13,
3237:8, 3247:15
**recipes** [2] - 3172:5,
3173:25
**recognize** [7] -
3160:23, 3162:15,
3192:24, 3203:20,
3207:3, 3207:5,
3210:16
**recollection** [2] -
3163:8, 3169:19
**recommend** [6] -
3142:2, 3144:8,
3187:7, 3187:10,
3223:20, 3224:6
**recommendation** [4] -
3153:24, 3206:17,
3215:9, 3223:11
**recommendations** [2]
- 3187:2, 3195:5

**recommended** [16] -
3130:17, 3187:13,
3214:2, 3215:19,
3217:12, 3218:22,
3223:8, 3223:9,
3223:24, 3224:1,
3224:7, 3237:7,
3237:25, 3242:6,
3242:10, 3247:15
**recommending** [1] -
3244:12
**record** [12] - 3107:3,
3155:5, 3163:14,
3179:7, 3180:15,
3186:16, 3200:25,
3201:5, 3246:17,
3252:13, 3253:23,
3282:19
**recorded** [2] -
3165:12, 3166:3
**RECORDED** [1] -
3104:16
**records** [3] - 3125:2,
3155:15, 3279:7
**recycled** [1] - 3195:2
**red** [13] - 3137:17,
3137:20, 3138:8,
3140:10, 3140:20,
3140:23, 3140:25,
3242:21, 3243:2,
3244:7, 3264:12
**REDDEN** [1] - 3103:15
**reddish** [1] - 3249:8
**redesign** [1] - 3215:8
**REDIRECT** [2] -
3105:10, 3278:12
**reduce** [1] - 3238:20
**reduced** [2] - 3176:7,
3257:14
**redundancy** [1] -
3115:11
**redundant** [2] -
3115:13, 3115:14
**refer** [2] - 3206:1,
3279:8
**reference** [15] -
3112:18, 3126:5,
3128:15, 3167:10,
3167:20, 3168:8,
3168:9, 3175:4,
3182:21, 3196:7,
3199:13, 3205:23,
3211:16, 3264:13,
3267:1
**referenced** [2] -
3195:14, 3195:21
**references** [1] -
3204:12
**referred** [4] - 3126:24,
3163:13, 3163:15,

3212:21
**referring** [9] -
3134:13, 3186:12,
3186:13, 3186:18,
3205:17, 3231:23,
3233:2, 3277:4,
3277:13
**refers** [4] - 3232:1,
3234:4, 3234:5,
3257:22
**reflect** [4] - 3155:15,
3158:17, 3165:24,
3226:7
**reflected** [4] -
3142:10, 3143:13,
3166:2, 3167:13
**reflects** [2] - 3179:7,
3180:15
**refresh** [1] - 3163:8
**regain** [2] - 3142:19,
3142:21
**REGAN** [36] - 3102:8,
3106:24, 3107:1,
3107:14, 3107:17,
3107:21, 3114:6,
3136:14, 3136:17,
3139:13, 3164:5,
3165:9, 3171:2,
3174:7, 3174:11,
3177:6, 3177:13,
3180:19, 3193:6,
3199:25, 3200:19,
3201:5, 3201:8,
3201:13, 3201:16,
3222:9, 3222:12,
3246:18, 3246:20,
3264:7, 3264:10,
3264:11, 3268:14,
3274:1, 3274:7,
3277:22
**Regan** [3] - 3201:7,
3222:13, 3273:22
**REGAN......................
......** [1] - 3105:9
**regarding** [4] -
3115:3, 3115:11,
3115:22, 3158:23
**regardless** [1] -
3113:24
**region** [5] - 3147:2,
3147:12, 3147:15,
3147:23, 3149:3
**Region** [1] - 3221:15
**regions** [4] - 3147:3,
3147:4, 3147:10,
3147:13
**registered** [2] -
3145:23, 3282:23
**REGISTERED** [1] -
3104:13

Registered [1] - 3282:17
RELATES [1] - 3097:11
relating [4] - 3107:4, 3110:7, 3110:19, 3111:12
relations [1] - 3236:16
relationship [1] - 3272:14
relationships [1] - 3220:5
relative [2] - 3113:22, 3155:2
relatively [1] - 3174:2
relayed [1] - 3163:10
release [9] - 3133:24, 3159:19, 3236:11, 3236:14, 3248:10, 3260:3, 3265:15, 3268:5, 3268:7
released [3] - 3239:5, 3239:6
relevant [6] - 3172:17, 3212:18, 3265:3, 3265:9, 3272:19, 3272:20
relied [3] - 3183:1, 3183:3, 3277:10
relief [4] - 3163:19, 3163:21, 3167:16, 3167:17
rely [7] - 3158:5, 3192:14, 3219:17, 3219:22, 3220:15, 3224:3, 3224:5
remember [2] - 3115:15, 3177:19
reminded [1] - 3198:7
reminder [1] - 3197:19
remove [1] - 3257:9
RENAISSANCE [1] - 3103:23
reoffer [1] - 3108:25
repeat [20] - 3120:3, 3125:24, 3130:5, 3136:24, 3140:13, 3160:20, 3166:4, 3187:8, 3195:12, 3207:16, 3209:24, 3210:11, 3219:4, 3219:20, 3221:1, 3225:17, 3241:9, 3249:25, 3261:22, 3277:18
repeated [4] - 3254:16, 3254:22, 3254:24, 3255:3
replacement [1] - 3145:7

report [40] - 3108:9, 3114:4, 3114:8, 3115:5, 3115:11, 3116:8, 3116:10, 3116:13, 3134:13, 3134:14, 3159:19, 3159:21, 3160:18, 3160:19, 3161:2, 3161:5, 3161:7, 3179:8, 3202:18, 3228:21, 3228:25, 3229:5, 3229:13, 3229:18, 3230:8, 3230:16, 3230:23, 3231:1, 3231:3, 3231:9, 3231:10, 3231:16, 3233:10, 3233:11, 3234:8, 3234:10, 3234:13, 3235:20, 3248:18
Report [5] - 3135:5, 3159:21, 3260:4, 3260:6, 3273:19
reported [4] - 3124:23, 3153:4, 3243:18, 3253:24
REPORTER [5] - 3104:12, 3104:12, 3104:13, 3125:24, 3268:12
Reporter [7] - 3282:17, 3282:17, 3282:18, 3282:22, 3282:23, 3282:23
REPORTER'S [1] - 3282:16
reporting [11] - 3140:2, 3147:12, 3160:23, 3178:16, 3178:23, 3180:7, 3191:23, 3191:25, 3192:1, 3215:4, 3259:16
reports [11] - 3129:16, 3148:11, 3160:24, 3178:8, 3178:13, 3198:5, 3205:5, 3216:18, 3216:19, 3228:18, 3231:13
represent [4] - 3120:13, 3144:2, 3184:24, 3222:14
representative [3] - 3226:4, 3250:10, 3262:8
representatives [1] - 3198:3
represented [1] - 3276:10
representing [1] -

3132:20
represents [1] - 3276:2
reprint [1] - 3121:6
request [21] - 3110:4, 3111:4, 3123:12, 3124:3, 3124:8, 3152:18, 3156:9, 3156:20, 3156:22, 3157:13, 3158:7, 3163:19, 3163:25, 3168:18, 3184:12, 3205:24, 3206:24, 3211:8, 3235:13, 3263:5, 3263:20
requested [7] - 3123:15, 3161:21, 3162:8, 3162:11, 3165:16, 3167:15, 3253:15
requesting [2] - 3159:13, 3236:7
requests [5] - 3149:2, 3156:8, 3157:4, 3157:9, 3167:20
require [1] - 3139:16
required [9] - 3134:21, 3154:12, 3206:14, 3206:15, 3207:9, 3209:11, 3210:6, 3210:9, 3210:13
requirement [2] - 3208:8, 3233:25
requirements [9] - 3182:10, 3200:16, 3201:23, 3202:1, 3208:1, 3208:2, 3208:13, 3209:17, 3234:7
research [1] - 3154:15
reserve [1] - 3281:12
reservoir [8] - 3269:12, 3270:3, 3271:3, 3271:4, 3271:10, 3271:13, 3271:21, 3272:20
reservoirs [1] - 3272:15
reset [1] - 3155:1
reside [1] - 3154:21
resistance [2] - 3170:14, 3176:2
resisted [1] - 3134:23
RESOURCES [1] - 3100:9
Resources [1] - 3107:10
resources [13] - 3146:24, 3147:6, 3149:2, 3149:3,

3154:4, 3154:8, 3154:11, 3192:14, 3192:15, 3213:11, 3215:7, 3215:24
respect [32] - 3110:4, 3111:23, 3118:23, 3119:14, 3120:25, 3131:25, 3150:7, 3150:16, 3151:6, 3156:17, 3164:6, 3166:10, 3166:16, 3172:1, 3179:12, 3190:12, 3193:25, 3200:19, 3223:11, 3224:9, 3224:22, 3227:24, 3238:7, 3238:13, 3242:19, 3245:6, 3246:7, 3246:21, 3272:5, 3278:14, 3279:7, 3279:12
respond [6] - 3112:6, 3112:9, 3144:7, 3180:25, 3181:1, 3181:9
responding [1] - 3197:9
responds [1] - 3199:18
response [4] - 3156:22, 3183:12, 3197:6, 3199:1
responses [1] - 3129:10
responsibilities [1] - 3185:9
responsibility [18] - 3144:14, 3146:14, 3151:22, 3152:11, 3186:4, 3186:8, 3187:2, 3187:7, 3187:9, 3187:12, 3188:8, 3188:18, 3189:22, 3189:25, 3190:4, 3190:9, 3190:11, 3191:5
responsible [2] - 3187:22, 3202:7
rest [1] - 3117:11
restate [1] - 3110:16
result [3] - 3221:20, 3230:4, 3256:6
Results [1] - 3229:2
results [27] - 3118:25, 3119:7, 3120:16, 3131:10, 3131:17, 3160:19, 3165:18, 3171:20, 3171:24, 3177:25, 3178:24, 3188:17, 3188:18,

3195:10, 3195:15, 3207:23, 3209:10, 3217:17, 3217:22, 3230:9, 3249:18, 3249:20, 3253:24, 3255:14, 3259:16, 3259:18
resumé [1] - 3152:20
retained [4] - 3171:4, 3256:9, 3259:15, 3259:18
retarder [35] - 3119:22, 3119:23, 3121:3, 3121:16, 3121:18, 3122:4, 3122:14, 3123:22, 3124:15, 3124:23, 3125:7, 3125:21, 3126:4, 3126:15, 3127:12, 3127:13, 3199:11, 3199:23, 3200:9, 3205:7, 3224:10, 3229:3, 3230:5, 3230:9, 3239:18, 3247:13, 3266:14, 3266:16, 3267:3, 3267:7, 3267:11, 3267:17, 3268:22
retarders [1] - 3241:13
returned [1] - 3235:21
returning [1] - 3235:23
returns [1] - 3232:11
reverberation [1] - 3278:10
review [32] - 3129:16, 3129:20, 3129:21, 3135:22, 3145:10, 3148:15, 3150:23, 3152:21, 3155:21, 3157:14, 3165:15, 3166:16, 3179:12, 3179:17, 3179:20, 3182:15, 3205:16, 3206:5, 3209:10, 3215:15, 3233:8, 3234:8, 3235:8, 3235:24, 3238:24, 3238:25, 3259:13, 3266:20, 3269:16, 3270:6, 3278:21
reviewed [18] - 3123:8, 3123:16, 3131:9, 3131:12, 3131:16, 3136:9, 3138:7, 3143:16, 3176:3, 3178:5, 3178:8, 3179:15, 3179:18, 3205:5,

3210:8, 3215:17, 3231:1, 3251:4

**reviewing** [5] - 3138:3, 3156:12, 3228:8, 3236:2, 3265:20

**reviews** [1] - 3263:3

**revised** [2] - 3231:3, 3231:4

**rheology** [2] - 3209:14, 3258:6

**Richard** [8] - 3118:23, 3119:11, 3120:14, 3125:11, 3147:13, 3148:17, 3148:23, 3213:16

**RICHARD** [1] - 3103:3

**Rickey** [3] - 3163:3, 3164:6, 3164:10

**Ricky** [4] - 3250:20, 3252:14, 3253:24, 3263:20

**rid** [1] - 3264:18

**RIG** [1] - 3097:5

**rig** [53] - 3112:17, 3112:23, 3121:9, 3122:18, 3125:13, 3125:22, 3126:6, 3126:16, 3127:4, 3127:13, 3127:18, 3127:22, 3128:2, 3128:4, 3128:9, 3133:2, 3133:6, 3133:12, 3133:25, 3143:21, 3144:20, 3148:7, 3163:9, 3166:10, 3166:20, 3172:5, 3172:7, 3172:10, 3172:15, 3173:8, 3173:14, 3173:21, 3173:24, 3174:20, 3189:23, 3190:3, 3190:5, 3190:8, 3190:10, 3190:15, 3207:9, 3219:15, 3243:10, 3246:23, 3254:10, 3269:12, 3271:23, 3276:6, 3277:20

**Rig** [1] - 3232:4

**right-hand** [3] - 3120:23, 3123:13, 3131:5

**rigs** [5] - 3147:17, 3147:19, 3147:22, 3148:12, 3220:6

**ring** [1] - 3252:1

**rise** [4] - 3106:7, 3184:15, 3184:17, 3282:11

**riser** [1] - 3271:23

**risk** [12] - 3136:8, 3137:9, 3137:11, 3137:12, 3181:5, 3181:6, 3183:9, 3183:10, 3183:13, 3183:19, 3183:21, 3198:8

**risks** [1] - 3181:7

**RMR** [2] - 3104:12, 3282:22

**ROBERT** [2] - 3098:11, 3102:3

**Robert** [1] - 3112:7

**ROBERTS** [2] - 3102:18, 3103:17

**rod** [1] - 3254:18

**role** [7] - 3111:17, 3151:1, 3151:7, 3152:7, 3185:23, 3186:1, 3202:9

**roles** [1] - 3185:9

**Ronnie** [17] - 3129:24, 3154:7, 3162:7, 3163:3, 3163:10, 3164:1, 3165:2, 3165:4, 3168:24, 3213:16, 3215:14, 3215:17, 3234:24, 3235:7, 3235:23, 3250:3, 3263:20

**ROOM** [2] - 3100:6, 3104:13

**Rory** [1] - 3108:3

**Roth** [87] - 3106:10, 3117:7, 3118:10, 3118:21, 3120:13, 3126:13, 3132:18, 3134:15, 3141:14, 3141:21, 3143:6, 3143:18, 3144:7, 3158:13, 3167:20, 3167:25, 3175:11, 3177:11, 3177:22, 3180:24, 3184:7, 3184:22, 3185:1, 3185:20, 3185:24, 3186:6, 3187:5, 3188:4, 3190:21, 3191:4, 3191:10, 3191:12, 3191:14, 3191:18, 3191:21, 3191:23, 3192:2, 3194:6, 3194:10, 3194:14, 3196:5, 3196:8, 3196:11, 3196:20, 3196:21, 3197:24, 3200:12, 3200:17, 3201:19, 3203:7, 3206:22,

3206:25, 3207:11, 3208:11, 3218:4, 3218:23, 3219:10, 3219:19, 3222:7, 3222:13, 3223:23, 3227:1, 3233:13, 3234:8, 3235:6, 3236:13, 3237:11, 3237:23, 3238:18, 3240:25, 3242:16, 3243:17, 3244:4, 3252:13, 3264:12, 3265:16, 3268:15, 3269:10, 3269:14, 3274:4, 3274:8, 3274:23, 3275:24, 3277:22, 3278:14, 3281:18

**ROTH** [3] - 3106:11, 3118:15, 3281:22

**ROTH** ......................
...................... [1] -
3105:4

**ROUGE** [2] - 3099:15, 3101:12

**routine** [1] - 3148:20

**row** [1] - 3281:23

**ROY** [5] - 3098:3, 3098:3, 3113:17, 3113:22, 3114:5

**Roy** [1] - 3113:17

**rule** [2] - 3113:13, 3116:2

**ruling** [2] - 3110:20, 3111:12

**run** [35] - 3118:23, 3119:9, 3119:10, 3119:11, 3120:9, 3124:17, 3130:19, 3150:4, 3170:3, 3199:22, 3200:10, 3202:12, 3204:3, 3204:25, 3205:4, 3205:12, 3208:19, 3209:17, 3210:19, 3210:24, 3228:11, 3234:11, 3235:14, 3235:16, 3236:8, 3249:12, 3258:4, 3261:11, 3266:12, 3267:4, 3268:9, 3274:20, 3275:1, 3275:11

**running** [3] - 3169:9, 3211:9, 3264:18

**runs** [1] - 3228:6

**RUSNAK** [1] - 3099:17

# S

**s/Cathy** [1] - 3282:21

**Sabins** [7] - 3273:3, 3273:10, 3273:14, 3273:16, 3274:2, 3274:4, 3274:9

**sack** [1] - 3247:14

**sacks** [2] - 3266:17, 3266:18

**sales** [4] - 3140:2, 3140:4, 3140:5

**Salt** [1] - 3118:1

**Sam** [1] - 3216:6

**sample** [44] - 3119:24, 3120:23, 3121:4, 3121:7, 3121:9, 3121:16, 3121:18, 3121:21, 3122:4, 3122:19, 3124:12, 3124:15, 3124:20, 3124:22, 3124:25, 3125:6, 3125:10, 3125:13, 3125:22, 3126:14, 3126:15, 3126:16, 3126:18, 3126:20, 3126:21, 3127:16, 3127:17, 3127:21, 3127:23, 3128:14, 3128:20, 3128:25, 3129:2, 3163:9, 3166:9, 3166:10, 3166:11, 3167:12, 3172:9, 3172:10, 3172:15, 3173:1

**sampled** [1] - 3127:20

**samples** [12] - 3125:23, 3126:6, 3128:4, 3128:12, 3129:6, 3166:2, 3172:5, 3173:14, 3173:24, 3207:9, 3255:9, 3264:19

**SAN** [2] - 3099:5, 3100:6

**sand** [1] - 3271:3

**sands** [3] - 3271:4, 3271:10, 3271:13

**sat** [2] - 3260:14, 3260:17

**satisfied** [1] - 3153:4

**save** [2] - 3224:15, 3274:20

**saved** [1] - 3114:3

**Savery** [1] - 3169:15

**saw** [32] - 3119:12, 3123:17, 3124:16, 3130:20, 3135:22,

3145:11, 3169:23, 3170:2, 3170:10, 3170:14, 3170:22, 3174:22, 3174:25, 3175:5, 3176:16, 3177:3, 3198:5, 3222:24, 3223:6, 3227:11, 3230:11, 3231:16, 3235:12, 3236:4, 3245:1, 3245:6, 3254:2, 3256:6, 3257:9, 3258:21, 3263:19, 3267:2

**scheduled** [2] - 3117:2, 3151:16

**science** [1] - 3149:18

**SCOFIELD** [1] - 3104:7

**SCOTT** [1] - 3100:10

**SCR** [2] - 3120:6, 3125:21

**SCR-100** [5] - 3119:22, 3137:16, 3237:8, 3239:16, 3241:10

**SCR-100L** [10] - 3121:3, 3121:6, 3122:14, 3123:22, 3124:11, 3126:3, 3237:4, 3237:20, 3238:1, 3247:14

**scratch** [5] - 3181:21, 3195:2, 3218:21, 3223:4, 3239:22

**screen** [17] - 3118:13, 3169:23, 3169:24, 3169:25, 3174:22, 3177:13, 3186:20, 3195:9, 3195:14, 3208:8, 3231:17, 3233:13, 3236:19, 3238:22, 3244:4, 3256:7, 3278:16

**scroll** [1] - 3120:12

**seal** [1] - 3271:23

**sealant** [1] - 3195:3

**seaman** [1] - 3213:9

**seated** [2] - 3106:8, 3184:18

**second** [16] - 3114:3, 3120:10, 3120:12, 3125:19, 3167:11, 3168:22, 3231:5, 3231:9, 3258:2, 3259:8, 3259:9, 3266:12, 3267:8, 3267:20, 3268:9, 3268:15

**SECREST** [1] -

3103:15
**SECTION** [2] - 3100:9,
3100:21
**section** [6] - 3123:17,
3124:10, 3178:13,
3178:16, 3208:8,
3240:7
**Section** [1] - 3192:4
**see** [122] - 3115:25,
3116:6, 3119:12,
3119:21, 3120:6,
3122:10, 3123:5,
3123:10, 3123:17,
3123:22, 3123:25,
3124:2, 3124:10,
3124:21, 3126:14,
3128:16, 3128:18,
3128:21, 3130:25,
3131:1, 3131:4,
3134:24, 3161:10,
3166:25, 3169:22,
3170:7, 3185:24,
3186:5, 3186:20,
3196:5, 3196:6,
3196:21, 3197:18,
3197:25, 3198:24,
3199:4, 3199:7,
3199:11, 3199:19,
3201:24, 3203:13,
3204:4, 3204:5,
3204:13, 3204:14,
3207:6, 3207:11,
3207:12, 3207:25,
3208:11, 3208:12,
3208:15, 3210:18,
3210:20, 3211:6,
3211:7, 3211:12,
3211:13, 3212:13,
3212:19, 3212:20,
3213:5, 3213:6,
3221:15, 3221:18,
3221:24, 3222:8,
3228:1, 3228:6,
3229:21, 3233:13,
3234:2, 3234:9,
3234:13, 3234:16,
3235:9, 3237:17,
3237:21, 3237:23,
3238:2, 3238:3,
3240:7, 3240:9,
3240:15, 3240:16,
3241:13, 3241:18,
3241:25, 3242:18,
3242:23, 3244:2,
3244:8, 3244:15,
3244:17, 3244:21,
3244:25, 3245:14,
3247:2, 3247:5,
3247:19, 3247:22,
3247:24, 3255:6,
3255:9, 3258:24,

3259:21, 3260:11,
3262:3, 3264:12,
3265:22, 3265:23,
3266:7, 3266:18,
3267:15, 3267:17,
3268:15, 3269:1,
3269:3, 3270:18,
3270:25, 3275:25,
3276:3
**seeing** [2] - 3166:24,
3212:7
**seek** [1] - 3213:12
**sees** [1] - 3130:1
**segment** [1] - 3133:18
**selected** [1] - 3112:14
**selection** [1] - 3200:9
**sell** [1] - 3144:2
**send** [1] - 3251:2
**sends** [1] - 3180:4
**senior** [1] - 3213:11
**sense** [4] - 3146:24,
3152:2, 3197:8,
3240:19
**sent** [8] - 3108:4,
3178:6, 3178:9,
3179:7, 3179:17,
3180:16, 3195:23,
3217:20, 3227:17,
3235:7, 3235:23,
3235:25, 3236:3,
3270:24
**sentence** [9] -
3175:23, 3227:7,
3236:18, 3236:22,
3242:23, 3258:3,
3268:15, 3268:16,
3268:17
**separate** [2] -
3176:10, 3226:5
**September** [18] -
3143:8, 3155:8,
3155:12, 3155:15,
3159:12, 3161:8,
3161:23, 3162:2,
3167:4, 3225:24,
3226:19, 3238:13,
3259:25, 3260:9,
3260:23, 3270:8,
3270:14
**sequencing** [1] -
3170:10
**series** [8] - 3144:22,
3151:13, 3151:20,
3156:15, 3170:18,
3229:21, 3230:12,
3249:21
**serious** [1] - 3140:18
**serve** [4] - 3147:20,
3152:6, 3152:13,
3183:4

served [2] - 3146:11,
3156:1
**servers** [1] - 3133:7
**service** [5] - 3146:25,
3185:24, 3188:12,
3213:10, 3257:25
**SERVICES** [1] -
3103:21
**services** [2] - 3139:19,
3151:14
**SESSION** [1] -
3097:20
**set** [7] - 3195:9,
3203:6, 3203:14,
3216:20, 3220:23,
3220:25, 3263:9
**sets** [1] - 3185:22
**setting** [2] - 3117:5,
3183:21
**settlement** [7] -
3209:17, 3210:10,
3210:13, 3210:14,
3210:18, 3210:21,
3210:22
**settling** [1] - 3244:22
**seven** [11] - 3147:3,
3147:12, 3168:1,
3169:20, 3176:23,
3196:10, 3196:12,
3196:14, 3196:15,
3271:22
**seven-eighth** [1] -
3196:15
**seven-eighths** [1] -
3196:10
**seven-inch** [2] -
3196:12, 3271:22
**several** [5] - 3160:8,
3175:11, 3197:10,
3269:24, 3270:5
**severe** [3] - 3136:8,
3272:19, 3273:1
**shared** [4] - 3143:15,
3155:22, 3164:23,
3268:24
**sharing** [1] - 3192:1
**SHARON** [1] - 3100:17
**SHAW** [1] - 3098:21
**sheet** [17] - 3120:10,
3120:12, 3120:14,
3120:20, 3120:21,
3123:15, 3124:6,
3160:10, 3160:11,
3161:3, 3161:11,
3201:24, 3207:25,
3247:2, 3247:4,
3247:10, 3267:7
**sheets** [30] - 3119:10,
3119:13, 3119:14,
3122:1, 3160:4,

3160:7, 3161:14,
3161:15, 3165:23,
3166:3, 3166:7,
3167:3, 3205:5,
3230:11, 3243:20,
3243:23, 3244:8,
3244:21, 3245:1,
3248:17, 3251:3,
3251:5, 3254:2,
3255:7, 3255:14,
3263:5, 3263:13,
3265:19, 3266:21,
3266:22
**SHELL** [1] - 3101:21
**shoe** [8] - 3271:3,
3271:7, 3271:15,
3271:19, 3271:21,
3272:2, 3272:3,
3272:6
**shore** [1] - 3144:21
**short** [1] - 3278:6
**show** [9] - 3120:1,
3120:22, 3121:15,
3123:14, 3126:3,
3240:4, 3242:15,
3256:19, 3270:19
**showed** [17] -
3131:15, 3168:1,
3173:14, 3176:23,
3177:4, 3195:8,
3195:13, 3195:15,
3244:24, 3245:3,
3258:17, 3261:10,
3263:16, 3266:14,
3266:24, 3267:2,
3279:9
**showing** [3] -
3120:21, 3123:3,
3195:10
**shown** [6] - 3121:6,
3121:16, 3238:6,
3240:5, 3276:17,
3276:19
**shows** [10] - 3119:15,
3120:19, 3123:12,
3124:11, 3124:21,
3125:10, 3125:12,
3128:24, 3205:19,
3260:12
**Shushan** [1] - 3174:14
**shut** [1] - 3112:23
**SHUTLER** [1] -
3100:17
**side** [10] - 3114:2,
3123:13, 3136:12,
3137:6, 3137:8,
3170:13, 3170:22,
3264:17, 3271:22
**sign** [4] - 3232:7,
3232:13, 3232:23,

3233:4
**significance** [1] -
3248:17
**significant** [1] -
3236:5
**similar** [2] - 3236:21,
3236:25
**Simon** [1] - 3175:13
**simple** [6] - 3174:2,
3240:23, 3240:25,
3241:4, 3241:8,
3241:11
**simply** [4] - 3113:9,
3134:18, 3181:7,
3205:23
**Sims** [1] - 3192:22
**simulate** [1] - 3203:1
**simulated** [1] -
3202:25
**simulations** [2] -
3191:16, 3215:17
**SINCLAIR** [1] - 3101:5
**single** [1] - 3237:24
**sit** [4] - 3166:1,
3206:7, 3209:7,
3269:14
**site** [1] - 3112:13
**situation** [6] -
3112:12, 3112:22,
3116:9, 3116:12,
3138:24, 3181:25
**situations** [2] -
3209:18, 3210:19
**six** [8] - 3114:15,
3237:12, 3237:17,
3248:9, 3249:4,
3252:20, 3264:23,
3270:25
**six-and-a-half-hour**
[1] - 3114:15
**size** [3] - 3169:13,
3258:9, 3258:12
**skills** [1] - 3151:17
**slide** [12] - 3120:7,
3185:19, 3186:11,
3188:1, 3191:2,
3210:17, 3210:18,
3261:14, 3262:5,
3262:10, 3262:21
**SLIDELL** [1] - 3099:12
**slides** [1] - 3186:12
**slight** [1] - 3120:8
**slower** [1] - 3268:13
**slurries** [14] - 3131:20,
3149:8, 3149:14,
3189:9, 3204:19,
3206:15, 3214:2,
3214:4, 3214:6,
3214:8, 3214:18,
3229:18, 3240:17

**Slurry** [1] - 3240:23
**slurry** [109] - 3119:15, 3119:17, 3119:18, 3120:15, 3130:8, 3131:11, 3149:22, 3163:4, 3173:1, 3173:8, 3177:18, 3179:8, 3180:3, 3180:18, 3181:2, 3181:21, 3182:2, 3182:4, 3187:3, 3187:23, 3188:9, 3188:24, 3189:12, 3191:12, 3192:25, 3195:11, 3195:16, 3198:16, 3199:14, 3202:14, 3202:25, 3205:1, 3205:4, 3205:12, 3206:4, 3206:11, 3209:8, 3209:23, 3210:1, 3210:4, 3213:4, 3214:12, 3214:14, 3214:21, 3215:2, 3215:6, 3215:8, 3215:18, 3217:2, 3217:12, 3217:14, 3217:22, 3218:20, 3221:3, 3222:20, 3223:3, 3223:20, 3223:24, 3224:1, 3224:5, 3224:6, 3224:10, 3224:11, 3229:15, 3230:10, 3236:20, 3236:24, 3237:3, 3237:25, 3238:21, 3239:7, 3239:22, 3240:13, 3241:4, 3241:8, 3241:10, 3244:9, 3244:12, 3244:13, 3244:22, 3246:4, 3247:7, 3248:15, 3249:6, 3252:15, 3252:16, 3253:1, 3254:1, 3254:6, 3254:10, 3254:16, 3255:2, 3259:10, 3260:7, 3261:20, 3261:25, 3262:17, 3263:1, 3263:16, 3266:13, 3266:17, 3268:2, 3268:10, 3268:22, 3273:18, 3277:16, 3277:19
**soft** [1] - 3244:23
**software** [1] - 3137:8
**sold** [2] - 3142:17, 3143:21
**solenoids** [2] -

3115:19, 3115:23
**solids** [1] - 3254:18
**someone** [9] - 3114:1, 3125:5, 3128:8, 3152:3, 3152:19, 3226:2, 3247:22, 3270:20, 3279:17
**sometime** [2] - 3161:23, 3235:23
**sometimes** [1] - 3197:8
**somewhere** [1] - 3148:2
**sorry** [8] - 3110:14, 3117:3, 3136:5, 3137:3, 3246:15, 3256:19, 3264:4, 3265:13
**sort** [1] - 3113:11
**sound** [1] - 3212:5
**source** [10] - 3125:4, 3125:17, 3126:18, 3126:23, 3127:19, 3127:25, 3128:13, 3129:6, 3281:7
**SOUTH** [1] - 3102:23
**Southern** [1] - 3221:15
**space** [3] - 3169:10, 3170:20, 3176:6
**spacer** [23] - 3169:11, 3170:15, 3170:19, 3170:23, 3175:15, 3175:18, 3175:23, 3176:4, 3176:8, 3176:11, 3176:13, 3176:18, 3191:12, 3256:25, 3257:2, 3257:4, 3257:9, 3257:11, 3257:13, 3257:18, 3257:21, 3257:23, 3257:24
**spacing** [2] - 3258:10, 3258:17
**speaking** [1] - 3248:4
**specialists** [1] - 3216:2
**specific** [8] - 3116:6, 3126:3, 3141:25, 3165:23, 3166:2, 3183:9, 3208:13, 3267:21
**specifically** [11] - 3147:24, 3151:4, 3159:11, 3161:24, 3166:1, 3168:4, 3169:18, 3202:17, 3206:5, 3212:23, 3237:5
**specifics** [2] - 3224:9,

3260:25
**speculate** [1] - 3164:6
**speculation** [3] - 3180:20, 3193:7, 3199:25
**speculative** [1] - 3139:13
**spelled** [1] - 3113:8
**spent** [1] - 3252:20
**SPILL** [1] - 3097:5
**spill** [1] - 3176:9
**SPIRO** [1] - 3100:22
**spreadsheet** [2] - 3204:12, 3204:15
**SQUARE** [1] - 3101:21
**stability** [31] - 3131:10, 3131:14, 3131:17, 3131:20, 3158:24, 3159:11, 3159:14, 3159:17, 3159:23, 3164:2, 3210:10, 3224:11, 3226:11, 3229:24, 3230:4, 3239:20, 3247:20, 3247:23, 3248:11, 3248:14, 3254:3, 3261:20, 3261:25, 3267:8, 3267:20, 3267:25, 3268:2, 3268:25, 3269:4, 3272:7, 3276:14
**stable** [7] - 3254:17, 3261:4, 3265:9, 3266:14, 3267:13, 3268:1, 3272:6
**staff** [4] - 3157:1, 3194:23, 3255:22, 3259:6
**stages** [1] - 3179:21
**stand** [1] - 3131:23
**standard** [9] - 3139:21, 3139:24, 3160:23, 3177:23, 3178:16, 3178:23, 3179:9, 3180:6, 3206:10
**standards** [4] - 3203:7, 3206:22, 3262:18, 3263:1
**standpoint** [2] - 3200:25, 3241:2
**start** [4] - 3122:22, 3211:8, 3218:20, 3226:21
**starting** [1] - 3255:25
**starts** [2] - 3116:1, 3232:21
**state** [4] - 3145:23, 3177:6, 3239:21,

3277:8
**State** [3] - 3132:20, 3145:20, 3282:17
**STATE** [3] - 3101:3, 3101:8, 3101:10
**statement** [12] - 3158:22, 3176:11, 3176:17, 3183:13, 3183:19, 3183:21, 3205:24, 3222:1, 3257:12, 3261:8, 3266:9
**statements** [4] - 3181:7, 3203:13, 3261:24, 3265:6
**STATES** [4] - 3097:1, 3097:15, 3097:23, 3100:3
**states** [8] - 3167:25, 3186:4, 3203:16, 3204:1, 3207:8, 3208:7, 3212:23, 3221:18
**States** [3] - 3108:12, 3132:7, 3132:9, 3273:24, 3282:18, 3282:24
**static** [5] - 3119:4, 3119:8, 3208:9, 3209:22, 3209:25
**STATION** [1] - 3100:24
**STENOGRAPHY** [1] - 3104:16
**STEPHEN** [1] - 3098:7
**Stephen** [1] - 3117:21
**Sterbcow** [2] - 3116:24, 3117:24
**STERBCOW** [3] - 3098:14, 3098:14, 3116:24
**STERNBERG** [1] - 3104:3
**STEVEN** [2] - 3100:10, 3102:18
**still** [7] - 3118:10, 3213:2, 3265:21, 3270:8, 3270:10, 3277:5, 3277:8
**stock** [6] - 3119:23, 3163:4, 3163:9, 3166:11, 3246:10, 3252:15
**STONE** [1] - 3103:11
**stood** [2] - 3140:17, 3201:16
**stop** [4] - 3138:9, 3140:17, 3140:18, 3140:20
**story** [1] - 3135:4

**straight** [1] - 3241:12
**straightforward** [2] - 3131:9, 3174:1
**STRANGE** [1] - 3101:4
**straps** [2] - 3231:20, 3231:23
**STREET** [19] - 3098:4, 3098:11, 3098:15, 3098:19, 3098:22, 3099:11, 3099:15, 3099:22, 3101:11, 3101:16, 3101:22, 3102:15, 3102:19, 3103:4, 3103:12, 3103:18, 3103:24, 3104:8, 3104:13
**strength** [10] - 3119:4, 3119:8, 3205:11, 3205:12, 3205:19, 3206:1, 3208:9, 3208:25, 3209:22, 3209:25
**strike** [5] - 3137:3, 3148:5, 3166:5, 3171:2, 3171:13
**string** [1] - 3196:13
**strings** [1] - 3186:5
**structures** [1] - 3147:2
**subject** [3] - 3108:14, 3132:1, 3211:19
**submit** [1] - 3281:13
**submitted** [3] - 3207:9, 3215:13, 3252:2
**subpoena** [2] - 3117:4, 3117:5
**subpoenaed** [1] - 3117:3
**subsequent** [3] - 3124:24, 3176:17, 3263:3
**subsequently** [4] - 3231:6, 3251:4, 3266:15, 3268:21
**succeed** [1] - 3140:12
**success** [12] - 3137:22, 3137:25, 3138:1, 3138:2, 3197:16, 3204:3, 3204:8, 3214:22, 3215:2, 3220:25, 3221:4, 3221:6
**successful** [3] - 3137:23, 3138:4, 3138:6
**successfully** [4] - 3182:12, 3219:1, 3219:5, 3244:12
**suffice** [1] - 3281:4
**sufficient** [19] -

3129:22, 3169:11,
3175:16, 3175:23,
3176:4, 3176:6,
3176:8, 3176:11,
3176:14, 3176:18,
3182:9, 3184:3,
3256:25, 3257:12,
3257:18, 3257:21,
3257:24, 3258:2,
3269:22
**suggest** [1] - 3274:19
**suggested** [2] -
3177:17, 3229:14
**suggestion** [2] -
3134:22, 3159:9
**suggests** [4] -
3134:17, 3201:1,
3254:21, 3267:13
**SUITE** [13] - 3098:4,
3098:15, 3098:19,
3099:4, 3099:8,
3101:22, 3102:15,
3102:19, 3103:8,
3103:18, 3103:24,
3104:4, 3104:8
**suite** [1] - 3202:13
**SULLIVAN** [3] -
3100:17, 3132:9,
3273:24
**summary** [2] - 3114:8,
3237:12
**supervision** [2] -
3191:20, 3216:15
**supervisors** [1] -
3213:16
**supply** [3] - 3190:4,
3218:6, 3218:10
**support** [5] - 3163:19,
3191:6, 3191:8,
3192:8, 3194:23
**supposed** [3] -
3192:9, 3207:20,
3231:25
**surface** [2] - 3221:22,
3233:8
**surfactant** [2] -
3182:13, 3182:23
**surprised** [3] -
3252:18, 3265:1,
3265:2
**surrender** [2] -
3279:24, 3280:17
**surrendered** [4] -
3251:24, 3280:20,
3281:1, 3281:8
**surrounding** [1] -
3143:7
**sustain** [2] - 3164:11,
3180:21
**sustained** [2] -

3139:14
**sustaining** [1] -
3154:16
**SUTHERLAND** [1] -
3102:17
**sweep** [13] - 3175:16,
3175:24, 3176:4,
3176:12, 3176:14,
3256:25, 3257:13,
3257:18, 3257:20,
3257:21, 3257:24,
3257:25, 3258:2
**sweeping** [1] - 3257:4
**sweet** - 3278:6
**swept** [2] - 3170:23,
3170:24
**switching** [1] -
3141:11
**sworn** [1] - 3118:17
**synonymous** [1] -
3205:8
**system** [7] - 3143:13,
3154:10, 3259:15,
3259:16, 3259:20,
3261:3, 3261:10

## T

**table** [1] - 3115:24
**talks** [1] - 3206:21
**tank** [1] - 3144:22
**TANNER** [2] - 3104:7,
3278:2
**tap** [2] - 3185:16
**target** [2] - 3244:9,
3245:9
**team** [20] - 3139:9,
3140:4, 3140:5,
3153:5, 3153:13,
3153:25, 3155:9,
3156:4, 3157:12,
3158:8, 3162:3,
3164:19, 3168:24,
3192:6, 3207:10,
3216:8, 3223:18,
3263:11, 3265:17
**Team** [2] - 3199:6,
3273:7
**teams** [1] - 3158:6
**technical** [21] -
3151:9, 3151:17,
3151:24, 3152:3,
3152:9, 3153:16,
3154:4, 3154:6,
3156:1, 3164:18,
3192:14, 3194:23,
3213:11, 3215:4,
3215:7, 3215:23,
3216:1, 3216:4,

3216:8, 3216:11,
3217:11
**technician** [3] -
3117:1, 3160:12,
3160:16
**Technology** [4] -
3154:11, 3154:13,
3194:8, 3194:12
**technology** [3] -
3147:6, 3149:2,
3154:7
**tectonic** [1] - 3113:23
**temperatures** [1] -
3191:17
**template** [1] - 3148:15
**temporarily** [1] -
3139:2
**ten** [1] - 3274:15
**tend** [1] - 3241:14
**tender** [2] - 3116:8,
3132:3
**terms** [24] - 3152:4,
3185:9, 3188:17,
3189:15, 3189:18,
3189:21, 3190:19,
3192:12, 3192:13,
3193:3, 3203:5,
3206:1, 3208:13,
3212:7, 3217:9,
3217:10, 3217:25,
3218:3, 3218:6,
3218:18, 3221:12,
3256:9, 3269:4,
3274:16
**Test** [1] - 3162:22
**test** [144] - 3118:25,
3119:2, 3119:4,
3119:7, 3119:12,
3119:24, 3120:16,
3120:20, 3122:18,
3122:21, 3122:22,
3123:8, 3123:16,
3123:18, 3124:15,
3124:17, 3124:24,
3125:6, 3125:13,
3130:20, 3139:2,
3139:12, 3158:24,
3160:17, 3160:24,
3161:18, 3161:21,
3161:22, 3161:24,
3163:7, 3163:14,
3163:15, 3163:17,
3163:18, 3164:1,
3164:3, 3164:22,
3165:2, 3165:4,
3165:7, 3165:16,
3165:18, 3167:11,
3167:12, 3167:13,
3167:15, 3168:11,
3171:5, 3171:6,

3171:8, 3171:9,
3172:6, 3172:11,
3173:24, 3174:23,
3178:23, 3179:7,
3188:9, 3188:17,
3188:18, 3198:15,
3198:18, 3204:2,
3204:23, 3204:24,
3205:3, 3205:12,
3205:18, 3205:20,
3205:23, 3206:2,
3206:9, 3207:23,
3208:21, 3208:25,
3209:2, 3209:11,
3209:17, 3209:23,
3210:1, 3210:3,
3210:10, 3210:13,
3210:14, 3210:16,
3210:18, 3210:21,
3210:23, 3210:24,
3211:24, 3212:2,
3217:17, 3217:22,
3219:18, 3219:22,
3229:14, 3229:24,
3244:11, 3244:18,
3245:6, 3245:16,
3246:13, 3246:25,
3247:20, 3247:25,
3248:3, 3248:6,
3248:8, 3248:11,
3248:14, 3249:6,
3254:16, 3254:21,
3254:22, 3254:24,
3255:2, 3255:3,
3255:6, 3255:10,
3255:14, 3258:4,
3264:21, 3266:6,
3266:10, 3266:12,
3267:13, 3267:25,
3268:3, 3268:9,
3268:15, 3269:1,
3269:4, 3269:5,
3274:12, 3277:14,
3277:15
**test-by-test** [1] -
3274:12
**tested** [22] - 3120:22,
3124:22, 3125:3,
3128:9, 3173:1,
3173:8, 3173:9,
3173:12, 3173:15,
3188:25, 3200:16,
3201:22, 3202:1,
3205:21, 3217:14,
3218:21, 3247:8,
3247:13, 3268:2,
3277:11, 3277:17,
3277:19
**testified** [14] -
3112:20, 3112:21,
3118:17, 3178:1,

3179:2, 3181:6,
3187:15, 3193:18,
3214:20, 3220:18,
3221:2, 3223:2,
3249:10, 3253:3
**testify** [4] - 3216:21,
3250:6, 3255:20,
3275:14
**testifying** [2] -
3117:22, 3174:21
**testimony** [44] -
3111:12, 3112:24,
3113:19, 3113:25,
3114:14, 3114:15,
3116:6, 3116:10,
3120:13, 3125:12,
3125:21, 3131:2,
3131:22, 3131:23,
3134:22, 3137:18,
3138:18, 3140:15,
3140:16, 3140:24,
3142:8, 3155:6,
3173:13, 3181:4,
3187:15, 3188:5,
3192:23, 3193:1,
3193:24, 3195:22,
3204:17, 3214:23,
3220:17, 3220:20,
3220:22, 3223:10,
3223:13, 3226:10,
3249:4, 3259:21,
3275:15, 3275:16,
3278:23, 3281:12
**testing** [60] - 3121:13,
3121:17, 3121:19,
3121:23, 3126:17,
3127:18, 3128:9,
3131:10, 3135:9,
3164:20, 3165:24,
3167:4, 3171:20,
3171:25, 3172:17,
3172:19, 3174:20,
3176:17, 3182:5,
3182:14, 3198:15,
3202:8, 3203:5,
3203:7, 3203:17,
3204:8, 3204:13,
3204:19, 3206:21,
3207:8, 3207:9,
3207:20, 3208:2,
3212:7, 3224:5,
3224:9, 3240:16,
3242:2, 3243:14,
3243:17, 3250:24,
3251:1, 3251:13,
3253:4, 3253:10,
3253:11, 3253:17,
3253:18, 3254:19,
3259:11, 3259:15,
3259:22, 3260:11,
3261:2, 3261:7,

3262:9, 3263:16,
3264:24, 3278:20,
3278:25
**Tests** [1] - 3268:24
**tests** [115] - 3118:23,
3119:9, 3119:10,
3119:18, 3119:21,
3122:1, 3122:6,
3125:1, 3125:7,
3125:14, 3126:5,
3126:19, 3127:24,
3128:1, 3129:18,
3130:19, 3131:12,
3131:14, 3131:16,
3131:19, 3131:20,
3134:12, 3139:17,
3155:22, 3155:25,
3160:4, 3161:5,
3161:19, 3162:4,
3162:10, 3166:18,
3166:19, 3178:18,
3202:13, 3202:24,
3204:3, 3205:16,
3205:17, 3206:1,
3206:4, 3206:5,
3206:24, 3208:14,
3208:18, 3208:23,
3209:8, 3210:6,
3211:9, 3213:1,
3215:16, 3224:11,
3229:18, 3229:21,
3230:13, 3235:14,
3235:16, 3236:7,
3243:20, 3243:25,
3244:6, 3244:7,
3244:16, 3244:23,
3244:24, 3245:2,
3245:3, 3246:8,
3246:10, 3246:21,
3249:8, 3249:11,
3249:14, 3249:15,
3249:18, 3249:20,
3250:14, 3250:21,
3251:6, 3253:14,
3253:25, 3254:3,
3254:5, 3256:1,
3260:11, 3261:2,
3261:9, 3261:11,
3261:16, 3261:20,
3261:25, 3262:13,
3263:20, 3263:24,
3263:25, 3264:1,
3264:2, 3264:15,
3264:17, 3264:18,
3265:3, 3266:1,
3267:4, 3273:18,
3274:12, 3274:15,
3274:16, 3274:20,
3276:13
**Texas** [1] - 3145:24
**text** [2] - 3256:24,

3257:17
**THE** [140] - 3097:5,
3097:5, 3097:12,
3097:22, 3098:3,
3100:3, 3101:3,
3101:8, 3101:9,
3106:7, 3106:8,
3106:10, 3106:12,
3106:20, 3106:25,
3107:4, 3107:15,
3107:19, 3108:16,
3108:18, 3108:25,
3109:12, 3109:15,
3110:1, 3110:6,
3110:9, 3110:14,
3110:15, 3110:16,
3110:19, 3111:1,
3111:6, 3111:25,
3112:4, 3112:10,
3112:25, 3113:3,
3113:12, 3113:15,
3113:20, 3114:3,
3114:20, 3114:24,
3115:5, 3115:25,
3116:16, 3116:19,
3117:14, 3118:6,
3118:10, 3118:11,
3125:17, 3125:19,
3125:24, 3126:9,
3132:4, 3132:6,
3132:10, 3132:12,
3132:15, 3136:15,
3136:16, 3136:21,
3136:24, 3138:19,
3138:20, 3138:21,
3139:14, 3141:9,
3141:12, 3141:16,
3141:18, 3143:4,
3164:11, 3164:15,
3171:6, 3171:8,
3171:10, 3171:13,
3171:19, 3171:23,
3172:2, 3172:4,
3172:14, 3172:20,
3172:24, 3173:4,
3173:6, 3173:9,
3173:12, 3173:16,
3173:22, 3174:6,
3174:17, 3174:21,
3175:6, 3177:9,
3177:14, 3180:21,
3181:10, 3184:9,
3184:14, 3184:15,
3184:17, 3184:18,
3185:15, 3185:16,
3186:12, 3186:16,
3186:20, 3186:23,
3200:2, 3200:3,
3201:6, 3201:11,
3201:15, 3222:8,
3222:10, 3264:6,

3264:9, 3268:12,
3274:6, 3277:23,
3277:25, 3278:3,
3278:9, 3281:14,
3281:18, 3281:19,
3281:20, 3281:21,
3281:22, 3281:24,
3282:1, 3282:3,
3282:4, 3282:5,
3282:6, 3282:9,
3282:11
**theory** [3] - 3271:19,
3271:20, 3271:25
**thereabout** [1] -
3168:18
**they've** [1] - 3177:11
**Thibodaux** [2] -
3145:21, 3281:21
**thickening** [2] -
3205:6, 3205:8
**third** [1] - 3172:1
**THIRD** [1] - 3101:11
**third-party** [1] -
3172:1
**THIS** [1] - 3097:11
**Thomas** [1] - 3134:15
**THOMAS** [1] - 3099:11
**Thornhill** [9] - 3118:8,
3138:21, 3142:4,
3145:16, 3163:14,
3166:8, 3177:17,
3183:6, 3278:3
**THORNHILL** [19] -
3099:10, 3099:11,
3118:9, 3118:12,
3118:20, 3122:24,
3123:2, 3126:10,
3126:12, 3131:3,
3131:6, 3131:25,
3132:5, 3142:24,
3181:3, 3278:5,
3278:10, 3278:13,
3281:10
**Thornhill's** [1] -
3183:7
**THORNHILL......** [1] -
3105:5
**THORNHILL.............
.** [1] - 3105:10
**thoroughly** [1] -
3173:23
**thoughts** [1] - 3193:24
**thousand** [4] -
3175:21, 3176:4,
3176:8, 3176:10
**thousands** [2] -
3219:2, 3219:6
**Three** [1] - 3271:2
**three** [21] - 3167:11,
3186:11, 3194:2,

3201:10, 3216:14,
3216:20, 3217:4,
3222:17, 3238:11,
3242:14, 3244:7,
3245:2, 3252:1,
3252:7, 3254:1,
3254:6, 3254:10,
3261:9, 3267:23,
3271:13, 3272:2
**three-ring** [1] - 3252:1
**throughout** [7] -
3122:2, 3170:18,
3170:22, 3171:23,
3213:2, 3232:11,
3242:22
**tickets** [2] - 3143:13,
3145:11
**tight** [2] - 3213:20,
3213:24
**Tim** [11] - 3106:16,
3109:22, 3117:1,
3123:5, 3250:23,
3250:25, 3253:2,
3253:25, 3255:19,
3264:1
**timeline** [9] - 3166:22,
3167:1, 3167:7,
3167:9, 3168:12,
3174:8, 3174:12,
3174:15, 3176:20
**timeout** [1] - 3215:8
**Timeout** [1] - 3218:19
**timing** [1] - 3269:4
**title** [1] - 3216:4
**titled** [1] - 3229:2
**TO** [2] - 3097:11,
3106:4
**TOC** [3] - 3233:12,
3233:15, 3233:22
**today** [16] - 3111:8,
3117:3, 3117:8,
3117:10, 3117:13,
3162:5, 3162:11,
3174:12, 3187:15,
3198:11, 3206:7,
3208:17, 3209:7,
3245:2, 3261:6,
3269:14
**together** [4] - 3217:9,
3220:10, 3243:16,
3262:10
**TOLLES** [1] - 3102:21
**TOM** [2] - 3105:4,
3118:15
**Tommy** [5] - 3249:5,
3250:14, 3251:6,
3262:12, 3263:15
**tomorrow** [2] -
3113:2, 3117:2
**took** [12] - 3156:12,

3184:16, 3228:14,
3234:17, 3250:21,
3251:12, 3253:16,
3255:11, 3256:10,
3269:12, 3279:13,
3281:5
**tools** [1] - 3163:22
**top** [23] - 3120:19,
3123:12, 3124:2,
3124:5, 3133:21,
3134:11, 3162:21,
3175:8, 3196:15,
3232:18, 3233:16,
3240:8, 3240:11,
3241:22, 3242:17,
3243:17, 3244:5,
3244:23, 3247:4,
3247:18, 3267:20,
3271:13
**topic** [2] - 3136:20,
3273:14
**topics** [5] - 3156:17,
3157:9, 3159:13,
3226:6, 3226:7
**TORTS** [2] - 3100:4,
3100:15
**totally** [2] - 3115:10,
3115:22
**towards** [1] - 3265:23
**TOWER** [2] - 3103:4,
3103:23
**trace** [1] - 3172:8
**track** [2] - 3127:9,
3179:3
**tracked** [1] - 3143:9
**tracks** [1] - 3128:12
**tragedy** [1] - 3151:3
**training** [4] - 3147:6,
3151:16, 3154:10,
3214:25
**TRANSCRIPT** [2] -
3097:21, 3104:16
**transcript** [6] - 3107:9,
3107:13, 3113:3,
3113:7, 3113:12,
3282:19
**transfer** [5] - 3142:12,
3143:10, 3143:12,
3143:13, 3145:11
**transferred** [2] -
3143:25, 3145:21
**transition** [3] - 3208:9,
3209:22, 3209:25
**transmission** [1] -
3133:5
**Transocean** [11] -
3106:14, 3108:20,
3110:10, 3117:15,
3117:21, 3134:5,
3141:9, 3184:10,

3184:24, 3219:21, 3266:23

**TRANSOCEAN** [3] - 3102:11, 3102:11, 3102:13

**Transocean's** [1] - 3111:4

**transport** [2] - 3189:22, 3190:5

**transported** [1] - 3218:22

**transporting** [1] - 3144:25

**travel** [1] - 3144:21

**tremendous** [1] - 3151:25

**tremendously** [1] - 3218:5

**TREX** [22] - 3105:18, 3106:17, 3106:22, 3106:23, 3108:8, 3160:22, 3162:13, 3186:21, 3197:7, 3211:2, 3212:10, 3221:14, 3226:25, 3234:20, 3236:10, 3237:10, 3240:1

**TREX-01395** [1] - 3198:13

**TREX-07661** [1] - 3108:8

**TREX-1897** [1] - 3133:20

**TREX-2016** [1] - 3107:8

**TREX-2019-68** [2] - 3106:18, 3106:23

**TREX-2019-68........** ................... [1] - 3105:19

**TREX-42045** [1] - 3204:16

**TREX-4345** [1] - 3134:11

**TREX-4352** [1] - 3175:8

**TREX-4566** [1] - 3267:16

**TREX-48098.1.2** [1] - 3265:14

**TREX-5204** [1] - 3270:12

**TREX-5593** [3] - 3118:13, 3118:22, 3123:1

**TREX-60394** [1] - 3191:2

**TREX-60394-84** [1] - 3188:8

**TREX-640** [2] -

3186:19, 3207:2

**TREX-7483** [1] - 3195:7

**TREX-750** [1] - 3120:21

**TREX-7718** [2] - 3251:10, 3278:17

**TREX-811** [2] - 3247:3, 3267:6

**TREX-8147** [1] - 3259:4

**TREX-982** [1] - 3259:24

**TREX-982.9.1** [1] - 3275:23

**TREX-989** [2] - 3203:9, 3204:11

**TRIAL** [1] - 3097:21

**trial** [4] - 3117:5, 3118:7, 3118:25, 3171:24

**tried** [1] - 3208:13

**TRITON** [1] - 3097:13

**trouble** [1] - 3250:15

**trucks** [1] - 3144:23

**true** [7] - 3171:5, 3237:18, 3238:4, 3254:5, 3261:6, 3261:9, 3282:19

**trusted** [1] - 3235:4

**truth** [1] - 3261:9

**truthful** [2] - 3158:14, 3260:20

**try** [8] - 3140:18, 3151:2, 3186:14, 3222:16, 3222:18, 3224:8, 3243:19, 3234:20

**trying** [8] - 3171:15, 3171:18, 3172:4, 3172:8, 3173:17, 3201:6, 3230:18, 3246:16

**tube** [2] - 3136:11, 3137:5

**TUESDAY** [2] - 3097:9, 3106:2

**Tuesday** [2] - 3117:22, 3117:25

**turn** [5] - 3243:14, 3249:8, 3259:24, 3265:12, 3269:8

**turned** [3] - 3140:14, 3172:22, 3279:20

**turns** [2] - 3114:6, 3232:20

**Turton** [1] - 3175:13

**TVD** [1] - 3237:19

**tweak** [1] - 3213:3

**twice** [1] - 3108:4

**two** [25] - 3108:8, 3126:5, 3133:1, 3133:2, 3145:21, 3150:12, 3153:25, 3158:21, 3160:2, 3168:12, 3173:14, 3188:1, 3210:6, 3221:13, 3226:4, 3229:18, 3231:14, 3234:9, 3246:10, 3248:19, 3254:17, 3254:18, 3277:6, 3279:22

**TX** [8] - 3099:5, 3099:19, 3102:19, 3103:8, 3103:18, 3103:24, 3104:4, 3104:9

**type** [2] - 3192:8, 3276:14

**types** [3] - 3148:24, 3177:23, 3204:2

**typical** [4] - 3108:10, 3147:19, 3179:1, 3217:16

**typically** [9] - 3120:18, 3121:14, 3122:7, 3144:24, 3152:18, 3152:20, 3153:4, 3156:20, 3206:12

## U

**U.S** [6] - 3100:4, 3100:8, 3100:15, 3100:21, 3172:21, 3240:1

**UCA** [4] - 3206:2, 3206:4, 3209:2, 3209:9

**ultimate** [1] - 3212:3

**ultimately** [3] - 3183:11, 3187:5, 3236:16

**unaccounted** [1] - 3150:15

**under** [17] - 3118:10, 3137:24, 3146:25, 3151:19, 3172:18, 3184:25, 3187:2, 3187:5, 3192:4, 3202:13, 3202:25, 3208:1, 3209:16, 3216:14, 3240:21, 3271:20, 3277:16

**UNDERHILL** [1] - 3100:5

**understood** [5] - 3174:4, 3201:16, 3226:6, 3252:11

**undisplaced** [2] - 3137:7, 3170:21

**unfair** [1] - 3174:23

**unfoamed** [1] - 3179:25

**unique** [1] - 3135:20

**United** [6] - 3108:12, 3132:7, 3132:9, 3273:24, 3282:18, 3282:24

**UNITED** [4] - 3097:1, 3097:15, 3097:23, 3100:3

**University** [1] - 3145:20

**unless** [3] - 3114:1, 3172:7, 3212:23

**unslurry** [1] - 3130:3

**unstable** [5] - 3130:21, 3131:18, 3261:10, 3261:11, 3272:5

**unusual** [1] - 3236:4

**up** [128] - 3108:22, 3113:1, 3114:13, 3114:21, 3114:24, 3118:12, 3118:13, 3119:10, 3119:13, 3119:14, 3122:1, 3123:9, 3123:15, 3132:7, 3132:23, 3133:11, 3141:24, 3145:15, 3154:13, 3154:21, 3158:6, 3160:4, 3160:7, 3160:9, 3160:10, 3160:11, 3160:22, 3161:3, 3161:11, 3161:14, 3161:15, 3162:14, 3162:21, 3163:2, 3165:23, 3166:3, 3166:7, 3166:22, 3167:3, 3170:8, 3170:13, 3172:18, 3174:24, 3175:8, 3175:9, 3176:20, 3177:21, 3178:11, 3185:19, 3185:20, 3193:23, 3195:7, 3201:16, 3203:4, 3203:9, 3204:15, 3205:5, 3211:2, 3212:10, 3215:22, 3218:13, 3221:14, 3224:22, 3226:25, 3228:15, 3228:20, 3228:24, 3230:11, 3231:7, 3231:8, 3232:21, 3234:18, 3234:20,

3235:24, 3236:17, 3237:10, 3238:9, 3238:10, 3239:15, 3240:1, 3241:19, 3243:15, 3243:23, 3244:2, 3244:8, 3244:21, 3245:1, 3245:19, 3247:3, 3247:4, 3247:10, 3248:16, 3251:3, 3251:5, 3251:10, 3251:12, 3251:15, 3251:18, 3252:12, 3254:2, 3255:7, 3255:14, 3256:18, 3259:2, 3263:4, 3263:9, 3264:3, 3264:5, 3265:19, 3266:20, 3266:22, 3267:7, 3269:17, 3269:24, 3269:25, 3270:4, 3270:12, 3271:17, 3271:22, 3271:23, 3273:11, 3274:10, 3275:14, 3276:18, 3278:16

**upcoming** [1] - 3149:1

**updates** [1] - 3148:11

**updating** [1] - 3191:9

**US** [4] - 3147:3, 3203:10, 3204:1, 3204:11

**uses** [3] - 3154:23, 3178:17, 3270:25

**USL** [1] - 3145:21

**usual** [1] - 3188:25

**utilized** [2] - 3236:21, 3236:25

**utilizing** [1] - 3242:20

## V

**VA** [1] - 3098:19

**vague** [1] - 3169:19

**valid** [1] - 3172:7

**value** [1] - 3230:2

**values** [1] - 3214:17

**Vargo** [7] - 3143:14, 3147:13, 3148:17, 3148:20, 3148:25, 3150:13, 3213:16

**various** [9] - 3129:18, 3161:10, 3170:8, 3185:10, 3189:19, 3194:23, 3220:5, 3243:23, 3254:9

**vast** [2] - 3192:14

**versed** [1] - 3149:17

**version** [2] - 3231:9

**versions** [1] - 3180:16
**vertical** [1] - 3237:19
**vessel** [2] - 3144:6, 3218:6
**via** [1] - 3217:20
**vice** [6] - 3146:12, 3148:3, 3148:6, 3151:7, 3158:1, 3230:19
**vice-president** [6] - 3146:12, 3148:3, 3148:6, 3151:7, 3158:1, 3230:19
**video** [3] - 3111:9, 3111:11, 3113:3
**view** [4] - 3196:23, 3226:1, 3269:14, 3271:6
**viewing** [1] - 3257:6
**Viking** [3] - 3255:7, 3259:15, 3259:17
**VIRGINIA** [1] - 3098:19
**visibility** [1] - 3161:15
**VOICES** [1] - 3106:9
**volume** [14] - 3175:15, 3175:21, 3176:4, 3176:7, 3176:11, 3176:12, 3240:17, 3257:13, 3257:18, 3257:19, 3257:20, 3257:21, 3257:22, 3257:24
**volumes** [1] - 3231:21
**VON** [1] - 3104:3

**W**

**wait** [3] - 3136:16, 3202:11, 3242:19
**Wait** [1] - 3110:14
**waited** [1] - 3213:2
**WALKER** [1] - 3098:18
**WALTER** [1] - 3098:22
**Walter** [2] - 3111:9, 3112:13
**WALTHER** [1] - 3103:11
**Walz** [1] - 3192:21
**wants** [1] - 3161:5
**warned** [2] - 3136:11, 3137:4
**WASHINGTON** [4] - 3100:13, 3100:19, 3100:24, 3102:4
**water** [4] - 3206:9, 3206:12, 3206:14, 3209:11

**watershed** [1] - 3150:18
**WATTS** [2] - 3099:3, 3099:3
**weaker** [1] - 3137:6
**weakness** [1] - 3136:13
**weaknesses** [1] - 3116:13
**weapon** [1] - 3264:6
**wear** [1] - 3278:10
**week** [10] - 3116:22, 3117:2, 3117:3, 3117:10, 3117:13, 3174:13, 3213:1, 3218:22, 3218:24, 3235:22
**weekend** [1] - 3108:5
**weeks** [4] - 3216:22, 3253:18, 3265:18, 3279:22
**weigh** [38] - 3119:10, 3119:13, 3119:14, 3122:1, 3123:15, 3160:4, 3160:7, 3160:10, 3160:11, 3161:3, 3161:11, 3161:14, 3161:15, 3165:23, 3166:3, 3166:7, 3167:3, 3205:5, 3230:11, 3243:20, 3243:23, 3244:8, 3244:21, 3245:1, 3245:19, 3247:4, 3247:10, 3248:16, 3251:3, 3251:5, 3254:2, 3255:7, 3255:14, 3263:4, 3265:19, 3266:20, 3266:22, 3267:7
**weigh-in** [1] - 3243:20
**weigh-up** [36] - 3119:10, 3119:13, 3119:14, 3122:1, 3123:15, 3160:4, 3160:7, 3160:10, 3160:11, 3161:3, 3161:11, 3161:14, 3161:15, 3165:23, 3166:3, 3166:7, 3167:3, 3205:5, 3230:11, 3243:23, 3244:8, 3244:21, 3245:1, 3247:4, 3247:10, 3248:16, 3251:3, 3251:5, 3254:2, 3255:7, 3255:14, 3263:4, 3265:19, 3266:20, 3267:7

3266:22, 3267:7
**weight** [1] - 3178:22
**Wells** [1] - 3199:6
**wells** [8] - 3139:8, 3195:19, 3196:4, 3207:10, 3219:2, 3219:6, 3224:24, 3225:3
**whatsoever** [3] - 3145:12, 3150:7, 3279:7
**WHEREUPON** [5] - 3106:22, 3107:22, 3110:23, 3184:16, 3282:12
**WHITELEY** [1] - 3101:14
**whole** [4] - 3107:13, 3153:19, 3171:16, 3240:22
**wider** [1] - 3137:6
**WILLIAMS** [2] - 3099:7, 3099:7
**Williamson** [3] - 3115:1, 3115:8, 3116:5
**WILLIAMSON** [4] - 3099:17, 3099:18, 3115:8, 3282:8
**window** [1] - 3135:18
**windows** [1] - 3213:20
**WINFIELD** [1] - 3101:5
**witness** [23] - 3111:16, 3113:10, 3114:12, 3116:21, 3117:3, 3117:13, 3118:16, 3126:9, 3132:1, 3132:3, 3136:22, 3143:1, 3164:5, 3171:3, 3174:10, 3175:1, 3177:7, 3181:6, 3185:14, 3246:18, 3270:21, 3281:17, 3282:6
**WITNESS** [12] - 3118:11, 3125:17, 3136:15, 3136:24, 3138:19, 3138:21, 3200:2, 3281:19, 3281:21, 3281:24, 3282:3, 3282:5
**witness'** [1] - 3171:13
**witnesses** [4] - 3117:18, 3117:19, 3264:9, 3281:12
**WITTMANN** [2] - 3103:11, 3103:12
**word** [2] - 3155:9, 3276:21

**words** [2] - 3175:1, 3187:19
**workers** [3] - 3132:24
**works** [3] - 3118:5, 3151:11, 3243:12
**worksheet** [1] - 3160:11
**workstation** [1] - 3192:18
**world** [2] - 3213:10, 3213:21
**world's** [2] - 3203:5, 3219:17
**worldwide** [3] - 3146:14, 3147:18, 3230:20
**worse** [1] - 3265:24
**WRIGHT** [1] - 3098:3
**writing** [4] - 3154:1, 3198:7, 3199:6, 3235:25
**written** [4] - 3235:24, 3236:17, 3255:14, 3278:24
**wrote** [6] - 3175:12, 3247:22, 3251:19, 3252:17, 3253:10, 3263:19

**Y**

**year** [4] - 3146:11, 3279:13, 3280:5, 3280:13
**years** [11] - 3145:21, 3146:6, 3146:7, 3149:7, 3151:21, 3153:7, 3185:1, 3185:7, 3201:14, 3203:15, 3220:1
**yellow** [1] - 3244:6
**yesterday** [13] - 3109:22, 3116:20, 3118:12, 3142:4, 3155:6, 3162:5, 3162:11, 3163:12, 3163:14, 3177:17, 3181:5, 3183:5
**YOAKUM** [1] - 3099:18
**YOUNG** [1] - 3100:23
**yourself** [3] - 3143:12, 3226:1, 3260:10

**Z**

**zero** [2] - 3208:9, 3210:3
**zonal** [13] - 3141:1,

3141:2, 3141:3, 3141:5, 3149:15, 3183:23, 3184:5, 3220:18, 3221:6, 3221:12, 3221:19, 3222:2, 3239:13
**zonally** [1] - 3183:22
**zone** [6] - 3196:2, 3196:7, 3196:8, 3196:17, 3197:11, 3221:21
**zones** [3] - 3184:6, 3221:21, 3234:6
**ZoneSeal** [5] - 3240:8, 3240:14, 3241:24, 3242:6, 3242:20
**ZoneSealant** [10] - 3121:2, 3129:12, 3129:13, 3129:15, 3129:17, 3129:22, 3130:4, 3182:20, 3194:12, 3241:7

**"**

**"MIKE"** [1] - 3102:3