UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) | MDL NO: 2179<br><br>SECTION: J |
| Relates to: 2:14-cv-657 | ) ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

### ORDER ON DEFENDANTS' JOINT MOTION TO DISMISS

Considering Defendants' Joint Motion to Dismiss;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Dismiss filed by the Defendants is **GRANTED.**

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2014

_____
United States District Judge