1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4    ****************************************************************

5    IN RE:  OIL SPILL BY THE OIL
     RIG *DEEPWATER HORIZON* IN THE
6    GULF OF MEXICO ON APRIL 20,
     2010
7

8                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
9                              WEDNESDAY, MARCH 13, 2013, 8:00 A.M.

10

11   THIS DOCUMENT RELATES TO:

12   CASE NO. 2:10-CV-02771,
     *IN RE:  THE COMPLAINT AND*
13   *PETITION OF TRITON ASSET*
     *LEASING GmbH, ET AL*
14
     CASE NO. 2:10-CV-4536,
15   *UNITED STATES OF AMERICA V.*
     *BP EXPLORATION & PRODUCTION,*
16   *INC., ET AL*

17   ****************************************************************

18

19

20                   **DAY 11  MORNING SESSION**

21            TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22        HEARD BEFORE THE HONORABLE CARL J. BARBIER

23               UNITED STATES DISTRICT JUDGE

24

25

                         **OFFICIAL TRANSCRIPT**

```
 1   APPEARANCES:

 2


 3   FOR THE PLAINTIFFS:    DOMENGEAUX WRIGHT ROY & EDWARDS
                            BY:   JAMES P. ROY, ESQ.
 4                         556 JEFFERSON STREET, SUITE 500
                           POST OFFICE BOX 3668
 5                         LAFAYETTE, LA   70502

 6


 7                         HERMAN HERMAN & KATZ
                           BY:   STEPHEN J. HERMAN, ESQ.
 8                         820 O'KEEFE AVENUE
                           NEW ORLEANS, LA   70113
 9


10                         CUNNINGHAM BOUNDS
11                         BY:   ROBERT T. CUNNINGHAM, ESQ.
                           1601 DAUPHIN STREET
12                         MOBILE, AL   36604

13


14                         LEWIS, KULLMAN, STERBCOW & ABRAMSON
                           BY:   PAUL M. STERBCOW, ESQ.
15                         PAN AMERICAN LIFE BUILDING
                           601 POYDRAS STREET, SUITE 2615
16                         NEW ORLEANS, LA   70130

17


18                         BREIT DRESCHER IMPREVENTO & WALKER
                           BY:   JEFFREY A. BREIT, ESQ.
19                         600 22ND STREET, SUITE 402
                           VIRGINIA BEACH, VA   23451
20


21
                           LEGER & SHAW
22                         BY:   WALTER J. LEGER, JR., ESQ.
                           600 CARONDELET STREET, 9TH FLOOR
23                         NEW ORLEANS, LA   70130

24


25
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                         WATTS, GUERRA, CRAFT
                          BY:  MIKAL C. WATTS, ESQ.
4                         4 DOMINION DRIVE
                          BUILDING 3, SUITE 100
5                         SAN ANTONIO, TX 78257

6

7                         WILLIAMS LAW GROUP
                          BY:  CONRAD S. P. WILLIAMS, ESQ.
8                         435 CORPORATE DRIVE, SUITE 101
                          HOUMA, LA   70360
9

10                        THORNHILL LAW FIRM
11                        BY:  THOMAS THORNHILL, ESQ.
                          1308 NINTH STREET
12                        SLIDELL, LA   70458

13

14                        DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                          BY:   JOHN W. DEGRAVELLES, ESQ.
15                        618 MAIN STREET
                          BATON ROUGE, LA 70801
16

17

18                        WILLIAMSON & RUSNAK
                          BY:   JIMMY WILLIAMSON, ESQ.
                          4310 YOAKUM BOULEVARD
19                        HOUSTON, TX   77006

20

21                        IRPINO LAW FIRM
                          BY:  ANTHONY IRPINO, ESQ.
22                        2216 MAGAZINE STREET
                          NEW ORLEANS, LA   70130
23

24

25

                         OFFICIAL TRANSCRIPT

1    APPEARANCES CONTINUED:

2

3

     FOR THE UNITED STATES
4    OF AMERICA:                U.S. DEPARTMENT OF JUSTICE
                                 TORTS BRANCH, CIVIL DIVISION
5                                BY:  R. MICHAEL UNDERHILL, ESQ.
                                 450 GOLDEN GATE AVENUE
6                                7TH FLOOR, ROOM 5395
                                 SAN FRANCISCO, CA  94102
7

8
                                 U.S. DEPARTMENT OF JUSTICE
9                                ENVIRONMENT & NATURAL RESOURCES DIVISION
                                 ENVIRONMENTAL ENFORCEMENT SECTION
10                               BY:  STEVEN O'ROURKE, ESQ.
                                     SCOTT CERNICH, ESQ.
11                                   DEANNA CHANG, ESQ.
                                     RACHEL HANKEY, ESQ.
12                                   A. NATHANIEL CHAKERES, ESQ.
                                 P.O. BOX 7611
13                               WASHINGTON, DC  20044

14

15                               U.S. DEPARTMENT OF JUSTICE
                                 TORTS BRANCH, CIVIL DIVISION
16                               BY:  JESSICA McCLELLAN, ESQ.
                                     MICHELLE DELEMARRE, ESQ.
17                                   JESSICA SULLIVAN, ESQ.
                                     SHARON SHUTLER, ESQ.
18                                   MALINDA LAWRENCE, ESQ.
                                 POST OFFICE BOX 14271
19                               WASHINGTON, DC  20044

20

21                               U.S. DEPARTMENT OF JUSTICE
                                 FRAUD SECTION
22                               COMMERCIAL LITIGATION BRANCH
                                 BY:  DANIEL SPIRO, ESQ.
23                                   KELLEY HAUSER, ESQ.
                                     ELIZABETH YOUNG, ESQ.
24                               BEN FRANKLIN STATION
                                 WASHINGTON, DC  20044
25

                        **OFFICIAL TRANSCRIPT**

```
1    APPEARANCES CONTINUED:

2


3    FOR THE STATE OF
     ALABAMA:                ALABAMA ATTORNEY GENERAL'S OFFICE
4                            BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                  COREY L. MAZE, ESQ.
5                                 WINFIELD J. SINCLAIR, ESQ.
                             500 DEXTER AVENUE
6                            MONTGOMERY, AL  36130

7


8    FOR THE STATE OF
     LOUISIANA OFFICE
9    OF THE ATTORNEY
     GENERAL:
10                           STATE OF LOUISIANA
                             BY:  JAMES D.  CALDWELL,
11                           ATTORNEY GENERAL
                             1885 NORTH THIRD STREET
12                           POST OFFICE BOX 94005
                             BATON ROUGE, LA  70804
13


14
                             KANNER & WHITELEY
15                           BY:  ALLAN KANNER, ESQ.
                                  DOUGLAS R. KRAUS, ESQ.
16                           701 CAMP STREET
                             NEW ORLEANS, LA  70130
17


18


19   FOR BP EXPLORATION &
     PRODUCTION INC.,
20   BP AMERICA PRODUCTION
     COMPANY, BP PLC:        LISKOW & LEWIS
21                           BY:  DON K. HAYCRAFT, ESQ.
                             ONE SHELL SQUARE
22                           701 POYDRAS STREET
                             SUITE 5000
23                           NEW ORLEANS, LA  70139

24


25

                        OFFICIAL TRANSCRIPT
```

1    APPEARANCES CONTINUED:

2

3                            COVINGTON & BURLING
                             BY:  ROBERT C. "MIKE" BROCK, ESQ.
4                            1201 PENNSYLVANIA AVENUE, NW
                             WASHINGTON, DC  20004
5

6
                             KIRKLAND & ELLIS
7                            BY:  J. ANDREW LANGAN, ESQ.
                                  HARIKLIA "CARRIE" KARIS, ESQ.
8                                 MATTHEW T. REGAN, ESQ.
                             300 N. LASALLE
9                            CHICAGO, IL  60654

10

11   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
12   OFFSHORE DEEPWATER
     DRILLING INC., AND
13   TRANSOCEAN DEEPWATER
     INC.:                   FRILOT
14                           BY:  KERRY J. MILLER, ESQ.
                             ENERGY CENTRE
15                           1100 POYDRAS STREET, SUITE 3700
                             NEW ORLEANS, LA  70163
16

17
                             SUTHERLAND ASBILL & BRENNAN
18                           BY:  STEVEN L. ROBERTS, ESQ.
                                  RACHEL G. CLINGMAN, ESQ.
19                           1001 FANNIN STREET, SUITE 3700
                             HOUSTON, TX  77002
20

21
                             MUNGER TOLLES & OLSON
22                           BY:  MICHAEL R. DOYEN, ESQ.
                                  BRAD D. BRIAN, ESQ.
23                                LUIS LI, ESQ.
                             355 SOUTH GRAND AVENUE, 35TH FLOOR
24                           LOS ANGELES, CA  90071

25

                           **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                               MAHTOOK & LAFLEUR
                                BY:  RICHARD J. HYMEL, ESQ.
4                               1000 CHASE tour
                                600 JEFFERSON STREET
5                               LAFAYETTE, LA  70502

6

7                               HUGHES ARRELL KINCHEN
                                BY:  JOHN KINCHEN, ESQ.
8                               2211 NORFOLK, SUITE 1110
                                HOUSTON, TX  77098
9

10

11   FOR CAMERON INTERNATIONAL
     CORPORATION:                STONE PIGMAN WALTHER WITTMANN
12                               BY:  PHILLIP A. WITTMANN, ESQ.
                                546 CARONDELET STREET
13                               NEW ORLEANS, LA 70130

14

15                               BECK REDDEN & SECREST
                                BY:  DAVID J. BECK, ESQ.
16                                    DAVID W. JONES, ESQ.
                                     GEOFFREY GANNAWAY, ESQ.
17                                    ALEX B. ROBERTS, ESQ.
                                ONE HOUSTON CENTER
18                               1221 MCKINNEY STREET, SUITE 4500
                                HOUSTON, TX  77010
19

20
     FOR HALLIBURTON
21   ENERGY SERVICES,
     INC.:                       GODWIN LEWIS
22                               BY:  DONALD E. GODWIN, ESQ.
                                     FLOYD R. HARTLEY, JR., ESQ.
23                                    GAVIN HILL, ESQ.
                                RENAISSANCE tour
24                               1201 ELM STREET, SUITE 1700
                                DALLAS, TX  75270.
25

                              **OFFICIAL TRANSCRIPT**

1   APPEARANCES CONTINUED:

2

3                          GODWIN LEWIS
                          BY:  JERRY C. VON STERNBERG, ESQ.

4                          1331 LAMAR, SUITE 1665
                          HOUSTON, TX  77010

5

6

7   FOR M-I L.L.C.:        MORGAN, LEWIS & BOCKIUS
                          BY:  HUGH E. TANNER, ESQ.

8                          DENISE SCOFIELD, ESQ.
                          JOHN C. FUNDERBURK, ESQ.

9                          1000 LOUISIANA STREET, SUITE 4000
                          HOUSTON, TX  77002

10

11

12  OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                          CERTIFIED REALTIME REPORTER

13                         REGISTERED MERIT REPORTER
                         500 POYDRAS STREET, ROOM HB406

14                        NEW ORLEANS, LA  70130
                        (504) 589-7779

15                        Cathy_Pepper@laed.uscourts.gov

16

17  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
   PRODUCED BY COMPUTER.

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

1                              **I N D E X**

2

3     EXAMINATIONS                                            PAGE

4

5     **JOSEPH KEITH**....................................... 3488

6     CROSS-EXAMINATION BY MR. DEGRAVELLES................ 3488

7     CROSS-EXAMINATION BY MR. CHAKERES.................. 3554

8     CROSS-EXAMINATION BY MR. MAZE...................... 3558

9     CROSS-EXAMINATION BY MR. KRAUS..................... 3559

10    DIRECT EXAMINATION BY MR. HARTLEY.................. 3563

11    CROSS-EXAMINATION BY MR. MILLER.................... 3612

12    CROSS-EXAMINATION BY MR. BROCK..................... 3642

13    LUNCHEON RECESS.................................... 3653

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

WEDNESDAY, MARCH 13, 2013

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)


THE DEPUTY CLERK:  All rise.

THE COURT:  Good morning, everyone.

VOICES:  Good morning, Your Honor.

THE COURT:  Please be seated.

All right.  Any preliminary matters?

MR. BREIT:  Yes, Your Honor.  Jeffrey Breit for the PSC.

I have the Tim Probert exhibits which were sent around.  Moments ago, Mr. Godwin advised me that he was going to object to one of them.  I'm happy to address it now.  There will not be an agreement between us.

THE COURT:  Which one is i?

MR. BREIT:  That would be 4357.  I'll have Carl --

THE COURT:  What is it?  Just tell me what it is.

MR. BREIT:  In September/October of 2010, Mr. Roth prepared a rough draft of a PowerPoint.  The PowerPoint, which I asked Mr. Probert about, had two things on it that were important.  One, no basis of design exists today; and, two, no management.

08:04AM 1      THE COURT:  This was a PowerPoint presentation that
08:04AM 2  Mr. Probert testified that he used at some point?
08:04AM 3      MR. BREIT:  Mr. Roth said that he presented it to
08:04AM 4  Mr. Probert.  I showed Mr. Probert, and he received it as such.
08:04AM 5      THE COURT:  Wait.  Are you introducing this in
08:04AM 6  connection with Roth's testimony?
08:04AM 7      MR. BREIT:  No, sir, with Probert.
08:04AM 8      THE COURT:  Let me hear from Mr. Godwin.
08:04AM 9      MR. GODWIN:  Thank you, Judge.
08:04AM 10          Good morning, Your Honor.  Don Godwin for
08:04AM 11  Halliburton.
08:04AM 12          Judge, this exhibit was offered -- there was --
08:04AM 13  it was going to be offered with regard to Mr. Roth's testimony.
08:04AM 14  We objected to that, and Your Honor sustained the objection.
08:04AM 15      THE COURT:  I did?
08:04AM 16      MR. GODWIN:  Yes, sir, you did, Your Honor, with regard
08:05AM 17  to Mr. Roth.
08:05AM 18      THE COURT:  During the trial?
08:05AM 19      MR. GODWIN:  Yes, Your Honor.  You did during trial.
08:05AM 20          It was brought up again during Mr. Probert's
08:05AM 21  testimony.
08:05AM 22      THE COURT:  Well, Mr. Probert testified first.
08:05AM 23      MR. BREIT:  Correct, Your Honor.
08:05AM 24      MR. GODWIN:  Yes, sir.
08:05AM 25      MR. BREIT:  It was not sustained during Mr. Probert's

08:05AM 1   testimony at all.

08:05AM 2          MR. GODWIN:  What happened was, Judge --

08:05AM 3          THE COURT:  What is the basis of your objection?

08:05AM 4          MR. GODWIN:  I objected on subsequent remedial

08:05AM 5   measures.  You, throughout the trial here, have granted our

08:05AM 6   objections based on that.

08:05AM 7              We said it dealt with subsequent remedial

08:05AM 8   measures.  With regard to Mr. Roth, you sustained it.  With

08:05AM 9   regard to Mr. Probert, you haven't ruled on it.

08:05AM 10         THE COURT:  Give us the number again.

08:05AM 11         MR. BREIT:  I can show it up on the screen.

08:05AM 12         THE COURT:  I don't need to see it right now.

08:05AM 13         MR. BREIT:  4357.

08:05AM 14         MR. GODWIN:  TREX-04357, Judge.

08:05AM 15         THE COURT:  Note that number, Stephanie.

08:05AM 16             I'll defer ruling on that.  I'll look at it

08:05AM 17   again.

08:05AM 18             The others are unobjected to?

08:05AM 19         MR. BREIT:  As far as I know, yes, Your Honor.

08:05AM 20         MR. GODWIN:  We have no objections to any of the

08:05AM 21   others, Judge.

08:05AM 22         THE COURT:  Does anybody have any other objections

08:05AM 23   besides the one voiced by Mr. Godwin to the exhibits offered by

08:06AM 24   Mr. Breit with relation to Mr. Probert?

08:06AM 25         MR. BREIT:  Correct.

08:06AM 1          THE COURT:  All of your exhibits pertain to

08:06AM 2     Mr. Probert?

08:06AM 3          MR. BREIT:  Yes, sir.

08:06AM 4          THE COURT:  Any other objections?

08:06AM 5              Hearing none, those are admitted.

08:06AM 6          (WHEREUPON, the above-mentioned exhibits were

08:06AM 7     admitted.)

08:06AM 8          THE COURT:  I'm deferring on that one until I can look

08:06AM 9     at it.

08:06AM 10         MR. GODWIN:  Thank you, Judge.

08:06AM 11         MR. BREIT:  Do you want to hear argument on that one?

08:06AM 12         THE COURT:  Not right now.

08:06AM 13         MR. KRAUS:  Good morning, Your Honor.  Doug Kraus on

08:06AM 14    behalf of the State of Louisiana.

08:06AM 15              I would like to introduce the State of

08:06AM 16    Louisiana's exhibits related to the examination of Tom Roth.

08:06AM 17    We circulated them, with no objection.

08:06AM 18         THE COURT:  All right.  No objections.  We'll admit

08:06AM 19    those.

08:06AM 20         MR. KRAUS:  Thank you, Your Honor.

08:06AM 21         (WHEREUPON, the above-mentioned exhibits were

08:06AM 22    admitted.)

08:06AM 23         MR. DOYEN:  Good morning, Your Honor.  Michael Doyen

08:06AM 24    for Transocean.

08:06AM 25              We would like to offer the exhibits we used

08:06AM 1   with the examinations of Greg Perkin and Dr. Rory Davis.  We

08:06AM 2   circulated those and received no objections.

08:06AM 3        THE COURT:  Does anybody object to Mr. Doyen's tendered

08:06AM 4   exhibits?

08:06AM 5             Hearing none, those are admitted.

08:06AM 6        (WHEREUPON, the above-mentioned exhibits were

08:06AM 7   admitted.)

08:06AM 8        MR. MILLER:  Good morning, Your Honor.  Kerry Miller,

08:07AM 9   also for Transocean.

08:07AM 10            I have with me the exhibits and demonstratives

08:07AM 11  we used with Mr. Tommy Roth.  We circulated those yesterday to

08:07AM 12  counsel, and we've received no objections to those exhibits,

08:07AM 13  Your Honor.

08:07AM 14       THE COURT:  Does anybody object to Mr. Miller's

08:07AM 15  exhibits?

08:07AM 16            All right.  Without objection, those are

08:07AM 17  admitted.

08:07AM 18       (WHEREUPON, the above-mentioned exhibits were

08:07AM 19  admitted.)

08:07AM 20       MS. KARIS:  Good morning, Your Honor.  Hariklia Karis

08:07AM 21  on behalf of BP.

08:07AM 22            I have two lists.  One is the list for

08:07AM 23  Dr. Davis.  If Your Honor recalls, yesterday morning we raised

08:07AM 24  this list.  Transocean asked for an opportunity to review it.

08:07AM 25  They have reviewed it, and there are no objections as far as

08:07AM   1    I'm aware.

08:07AM   2         THE COURT:  All right.  Anybody else object?

08:07AM   3              Without objection, those are admitted.

08:07AM   4         (WHEREUPON, the above-mentioned exhibits were

08:07AM   5    admitted.)

08:07AM   6         MS. KARIS:  Then the next list is the exhibits that we

08:07AM   7    used with Mr. Perkin.  We've circulated that and also heard no

08:07AM   8    objections.

08:07AM   9         THE COURT:  Does anybody object?

08:07AM  10              Without objection, those are admitted.

08:07AM  11         (WHEREUPON, the above-mentioned exhibits were

08:07AM  12    admitted.)

08:07AM  13         MS. KARIS:  Thank you, Your Honor.

08:07AM  14         MR. GODWIN:  Your Honor, again, Don Godwin for

08:07AM  15    Halliburton.

08:07AM  16              I have here, Your Honor, the exhibits that we

08:07AM  17    brought into court on the direct examination of Tommy Roth.  We

08:08AM  18    circulated last evening those exhibits.  To my knowledge, there

08:08AM  19    are no objections, Your Honor.  We'd ask they be admitted.

08:08AM  20         THE COURT:  Does anybody object to Halliburton's

08:08AM  21    exhibits relating to Mr. Roth?

08:08AM  22              All right.  Without objection, those are

08:08AM  23    admitted.

08:08AM  24         (WHEREUPON, the above-mentioned exhibits were

08:08AM  25    admitted.)

08:08AM 1        MR. GODWIN:  Thank you, Judge.

08:08AM 2        MR. REGAN:  Good morning, Your Honor.  Matt Regan on

08:08AM 3    behalf of BP.

08:08AM 4            Also with respect to Mr. Roth, I have a list of

08:08AM 5    exhibits that I offered during his examination and would offer

08:08AM 6    those to be admitted at this point in time.

08:08AM 7        THE COURT:  All right.  Does anybody object to these

08:08AM 8    exhibits?

08:08AM 9            Without objection, those are admitted.

08:08AM 10       (WHEREUPON, the above-mentioned exhibits were

08:08AM 11   admitted.)

08:08AM 12       MR. REGAN:  Secondly, in connection with some

08:08AM 13   discussion at the Working Group Conference on Friday, I have a

08:08AM 14   list of the specific cull outs that have been used from the

08:08AM 15   admitted exhibits for the first two weeks.

08:08AM 16           It's just more for the Court's use.  I'll just

08:08AM 17   hand that up to Stephanie.

08:08AM 18       THE COURT:  Very well.  You've circulated that?

08:08AM 19       MR. REGAN:  Yes, sir.

08:08AM 20       THE COURT:  Thank you.

08:08AM 21       MR. REGAN:  Thank you.

08:08AM 22       THE COURT:  Does anybody have any other preliminary

08:08AM 23   matters?

08:08AM 24           Let's just briefly look at what the lineup is

08:08AM 25   going to be for today.

08:08AM  1                    Mr. deGravelles, I see you're standing, so I

08:09AM  2    guess you're going to call the next witness?

08:09AM  3             MR. DEGRAVELLES:  Yes, Your Honor.

08:09AM  4             THE COURT:  Who is that going to be?

08:09AM  5             MR. DEGRAVELLES:  Joe Keith.

08:09AM  6             THE COURT:  Who is going to be the next plaintiffs'

08:09AM  7    witness?

08:09AM  8             MR. DEGRAVELLES:  I believe it's going to be

08:09AM  9    Jeff Webster.

08:09AM 10             THE COURT:  According to my notes, that would be it

08:09AM 11    except for Mr. Quirk, live, in terms of live witnesses?

08:09AM 12             MR.  DEGRAVELLES:  That's correct, Judge.

08:09AM 13             THE COURT:  Are you all still planning on playing that

08:09AM 14    video today?

08:09AM 15             MR. DEGRAVELLES:  No, Judge.

08:09AM 16             THE COURT:  You're not going to play it.

08:09AM 17                    All right.  Then, there are some depositions

08:09AM 18    that need to be admitted, as I understand it, correct?

08:09AM 19             MR.  HERMAN:  Yes, Your Honor.

08:09AM 20             THE COURT:  All right.  Let's proceed.

08:09AM 21                    Mr. Keith.

08:09AM 22             THE DEPUTY CLERK:  Would you raise your right hand.  Do

       23    you solemnly swear that the testimony you are about to give

       24    will be the truth, the whole truth and nothing but the truth,

       25    so help you God?

1          THE WITNESS:  I do.

2                        **JOSEPH KEITH**

3      was called as a witness and, after being first duly sworn

4  by the Clerk, was examined and testified on his oath as

5  follows:

6          THE DEPUTY CLERK:  Please take a seat.

7                     CROSS-EXAMINATION

8      BY MR. DEGRAVELLES:

08:09AM  9  Q.   Good morning, Mr. Keith.

08:10AM 10  A.   Good morning.

08:10AM 11  Q.   My name is John deGravelles.  I represent the Plaintiff

08:10AM 12  Steering Committee, and I'm asking going to be asking you some

08:10AM 13  questions on cross-examination.

08:10AM 14      Can you tell us your full name and where you live?

08:10AM 15  A.   My full name is Joseph, J-O-S-E-P-H, Eric, E-R-I-C, Keith,

08:10AM 16  K-E-I-T-H.  I reside in Opelousas, Louisiana.

08:10AM 17  Q.   You work for Sperry-Sun?

08:10AM 18  A.   Yes, sir.

08:10AM 19  Q.   You currently do?

08:10AM 20  A.   Yes, sir.

08:10AM 21  Q.   Sperry-Sun is a part of Halliburton; is that right?

08:10AM 22  A.   Yes, sir.

08:10AM 23  Q.   April 20th of 2010, you were the mud logger on duty on the

08:10AM 24  *Deepwater Horizon*, correct?

08:10AM 25  A.   Yes, sir.

08:10AM 1    Q.   You were the mud logger on duty at the time and prior to

08:10AM 2    the time of the explosion; is that true, sir?

08:10AM 3    A.   Yes, sir.

08:10AM 4    Q.   At that time -- at the time that you worked on the

08:10AM 5    *Deepwater Horizon*, you did not have any kind of supervisor; is

08:10AM 6    that true?

08:10AM 7    A.   No, sir.  I've been lead logger.

08:10AM 8    Q.   You were your own boss, correct?

08:10AM 9    A.   Yes, sir.

08:10AM 10   Q.   But when you did report to someone on the rig, you would

08:11AM 11   report to the BP company man?  Well site leader?

08:11AM 12   A.   Yes, sir.

08:11AM 13   Q.   Then the rig floor, I think is the phrase that you used in

08:11AM 14   your deposition?

08:11AM 15   A.   Correct.  Yes, sir.

08:11AM 16   Q.   When you talk about the rig floor, you're talking about

08:11AM 17   the drill crew or the driller?

08:11AM 18   A.   The driller and the AD, assistant driller.

08:11AM 19   Q.   All right.  Is it your view of your job in relation to the

08:11AM 20   other people on the rig that you were a backup or a second pair

08:11AM 21   of eyes?

08:11AM 22   A.   Yes, sir.  Backup.  Second.

08:11AM 23   Q.   Who had the first pair of eyes, in your view, Mr. Keith?

08:11AM 24   A.   The rig floor, the AD, and the driller and the company

08:11AM 25   man.

08:11AM 1   Q.   All right.  So you talked about the well site leader for

08:11AM 2   BP, correct?

08:11AM 3   A.   Yes, sir.

08:11AM 4   Q.   Driller for Transocean?

08:11AM 5   A.   Yes, sir.

08:11AM 6   Q.   The assistant driller, also an employee of Transocean; is

08:11AM 7   that true?

08:11AM 8   A.   Yes, sir.

08:11AM 9   Q.   On the late afternoon and evening of 4/20, your

08:11AM 10  responsibility was to monitor data and well conditions that

08:12AM 11  came into your mud logger shack; is that true?

08:12AM 12  A.   Correct.  Yes, sir.

08:12AM 13  Q.   If you saw any anomalies, anything unusual, anything

08:12AM 14  strange, anything that raised any questions in your mind, your

08:12AM 15  duty was to report that to the well site leader and to the rig

08:12AM 16  floor; is that true?

08:12AM 17  A.   The rig floor first, yes, sir.

08:12AM 18  Q.   Rig floor first --

08:12AM 19  A.   Correct.

08:12AM 20  Q.   -- and then follow to the well site leader?

08:12AM 21  A.   Correct.

08:12AM 22  Q.   The primary tool that you had to work with in gathering

08:12AM 23  the data, interpreting the data, was realtime data; is that

08:12AM 24  true?

08:12AM 25  A.   Yes, correct.

08:12AM 1    Q.   Displayed to you on a computer in your well logger's

08:12AM 2    shack; is that true -- mud logger's shack?

08:12AM 3    A.   Correct.

08:12AM 4    Q.   Now, that data that you had in your mud logger's shack is

08:12AM 5    also available realtime to other people on the rig; isn't that

08:12AM 6    true, sir?

08:12AM 7    A.   Correct.  Yes, sir.

08:12AM 8    Q.   The well site leader had the same exact information or

08:12AM 9    data that you had, correct?

08:12AM 10   A.   Correct.

08:12AM 11   Q.   The Transocean driller and assistant driller had available

08:13AM 12   the same exact data that you had?

08:13AM 13   A.   Correct, but they had their own.  The driller and the

08:13AM 14   company man had their -- the Transocean data also displayed on

08:13AM 15   their ends, but not on my end.  I just had my data --

08:13AM 16   Q.   Okay.

08:13AM 17   A.   -- that I gathering.

08:13AM 18   Q.   Yes, sir.  I'm sorry, I didn't mean to interrupt you.

08:13AM 19   A.   That's okay.

08:13AM 20   Q.   So in terms of the data that you had and the data they

08:13AM 21   had, both were realtime, correct?

08:13AM 22   A.   Correct.

08:13AM 23   Q.   They had your data, which was the Insite, Sperry-Sun

08:13AM 24   Insite data; is that true?

08:13AM 25   A.   Correct.  Yes, sir.

08:13AM   1    Q.   Not only did the well site leader and the driller and the

08:13AM   2    assistant driller on the rig have that realtime data, but, back

08:13AM   3    in BP's office in Houston, anybody who wanted to look at it,

08:13AM   4    the drilling engineers, the geologist, that data was available

08:13AM   5    to them realtime back in Houston; isn't that true?

08:13AM   6    A.   Correct.

08:13AM   7    Q.   Now, Carl, if you could pull up 3185, please.

08:13AM   8         I ask you to take a moment to look at this and locate some

08:14AM   9    things for us that will be important to your testimony.

08:14AM  10         Carl, could you, first of all, kind of zoom in on the main

08:14AM  11    deck.

08:14AM  12         Do you have a laser up there?

08:14AM  13    A.   Yes, I do.

08:14AM  14    Q.   Good.

08:14AM  15              THE COURT:  Don't point it at anybody's eyes, okay?

08:14AM  16              THE WITNESS:  Yes, sir.

08:14AM  17         BY MR. DEGRAVELLES:

08:14AM  18    Q.   On this particular illustration -- first of all, does this

08:14AM  19    accurately represent in terms of the *Deepwater Horizon* where

08:14AM  20    the various things shown on this illustration were located?

08:14AM  21    A.   It looks accurate, yes, sir.

08:14AM  22    Q.   We see the mud logger's shack, correct?

08:14AM  23    A.   Correct.

08:14AM  24    Q.   It's called a shack, but it's really an office, right?

08:14AM  25    That's an --

3493

08:14AM 1    A.    Correct.

08:14AM 2    Q.    -- oilfield term.

08:14AM 3          That was your office, was it not?

08:14AM 4    A.    Yes, sir.

08:14AM 5    Q.    Then we have, on that same deck, trip tanks one and trip

08:14AM 6    tanks two, correct?

08:14AM 7    A.    Correct.

08:14AM 8    Q.    Tell the judge what a trip tank is.

08:14AM 9    A.    A trip tank is when they monitor tripping in and out of

08:15AM 10   the hole.  As you're tripping in, you get mud back for

08:15AM 11   displacement.  As you're tripping in the hole, it's used to

08:15AM 12   fill back -- when you're tripping in the hole, it takes returns

08:15AM 13   back to the trip tank.  That way, they can monitor how many

08:15AM 14   barrels comes back.  It's the opposite when they're pulling out

08:15AM 15   hole, it keeps the hole filled.

08:15AM 16   Q.    If you would, Carl, pull up on the second deck.

08:15AM 17         All right.  This is the deck below where your mud logger

08:15AM 18   shack is located, correct?

08:15AM 19   A.    Correct.

08:15AM 20   Q.    This shows the mud pits, correct?

08:15AM 21   A.    Correct.

08:15AM 22   Q.    Those are located where they were located on the

08:15AM 23   *Deepwater Horizon*; is that true?

08:15AM 24   A.    Yes, sir.

08:15AM 25   Q.    Also, the mud tank --

08:15AM 1    A.    Yes.

08:15AM 2    Q.    -- mud tanks, correct --

08:15AM 3    A.    Correct.

08:15AM 4    Q.    -- and mud pump.

08:15AM 5          How many mud pits were there on the *Deepwater Horizon*, if

08:15AM 6    you remember?

08:16AM 7    A.    We were able to, I think, monitor, like, 20, 20 pits, mud

08:16AM 8    pits.

08:16AM 9    Q.    All right.  With respect to the --

08:16AM 10         Let's go to 2224, please.

08:16AM 11         The other illustration didn't really show us where your

08:16AM 12   mud logger shack was in relation to the drill floor, but can

08:16AM 13   you -- does this document help you describe, when you were

08:16AM 14   doing your job in the mud logger shack, where it was in

08:16AM 15   relation to where the drill floor was and the driller's shack?

08:16AM 16   A.    Yes.

08:16AM 17   Q.    Were you on the same level?

08:16AM 18   A.    Yes, sir.

08:16AM 19   Q.    But how far in distance were you physically?

08:16AM 20   A.    My unit was about, I'd say, maybe 15 feet from the

08:16AM 21   firewall outside the rig floor.

08:16AM 22         They have a big metal door to where we would go in to go

08:16AM 23   onto the rig floor; but, it's the exact same level as the rig

08:16AM 24   floor.

08:16AM 25   Q.    All right.  So you were close to the rig floor, correct?

08:17AM 1    A.    Yes, sir.

08:17AM 2    Q.    All right.  If you wanted, for whatever reason, to see

08:17AM 3    something on the rig floor, you would have no problem finding

08:17AM 4    it, accessing it?

08:17AM 5    A.    No problem whatsoever.

08:17AM 6    Q.    All right.  If you would then go to D-3188.

08:17AM 7          Is this a picture, Mr. Keith, of the mud logger shack on

08:17AM 8    the *Deepwater Horizon*?

08:17AM 9    A.    Yes, sir.

08:17AM 10   Q.    If you would then go to D-3183.

08:17AM 11         Is this picture of the interior of the mud logger shack?

08:17AM 12   A.    Yes, sir.  It's similar.

08:17AM 13   Q.    Now, this, I believe, was taken in 2003, so tell us the

08:17AM 14   difference between what we're looking at.

08:17AM 15         This is on *Deepwater Horizon*, circa 2003.  How is this

08:17AM 16   picture different from the way it was in April of 2010?

08:17AM 17   A.    We had a TV that was placed on -- on this -- there it is,

08:18AM 18   yeah.

08:18AM 19         We had a TV right here, where we could flip and see the

08:18AM 20   different channels on, like, the rig floor, the flow line, the

08:18AM 21   main deck.

08:18AM 22         We had another monitor just above here that was -- we

08:18AM 23   would get WITS data from the cementing unit.

08:18AM 24   Q.    What kind of data?

08:18AM 25   A.    It's called WITS data.

08:18AM 1    Q.   Spell that.

08:18AM 2    A.   That's WITS, W-I-T-S.  It's all capital letters.

08:18AM 3         What that would do is when Halliburton was testing BOPs or

08:18AM 4    performing a cement job, their data would come into our system,

08:18AM 5    and we would be able to display it on another display that the

08:18AM 6    rig floor could see and so forth.

08:18AM 7    Q.   On that particular screen that you're pointing out to us?

08:18AM 8    A.   Yes, sir.  That was just the WITS system, but it was

08:18AM 9    displayed on a different monitor for the rig floor and to send

08:18AM 10   through the TV system for the rig.

08:18AM 11   Q.   The first TV we're talking about actually allows you to

08:19AM 12   see -- there is a camera that feeds into that TV, correct?

08:19AM 13   A.   Correct.

08:19AM 14   Q.   You would flip the channel, and you could see different

08:19AM 15   parts of the rig, correct?

08:19AM 16   A.   Correct.  Yes, sir.

08:19AM 17   Q.   Tell the Judge those parts of the rig that you could see

08:19AM 18   through that camera.

08:19AM 19   A.   We could see the main deck outside the living quarters.

08:19AM 20   We could see the flow line.  We could see -- the flow line is

08:19AM 21   where they get the returns from downhole that goes to the

08:19AM 22   shakers and the pits and so forth.

08:19AM 23        Then we could actually see the rig floor, what was going

08:19AM 24   on on the rig floor, making up BHA's and so forth.

08:19AM 25   Q.   So you could see the rotary table?

08:19AM 1     A.    Correct.

08:19AM 2     Q.    You could see anything that was happening on the rig?

08:19AM 3     A.    Correct.  Yes, sir.

08:19AM 4     Q.    All right.  Then, with respect to the other cameras -- or

08:19AM 5     the other screens that we see here on, in particular, D-3183,

08:19AM 6     you've told us the differences.  Are these other screens the

08:19AM 7     same, essentially, as they were in April of 2010?

08:19AM 8     A.    Yes, sir.

08:20AM 9     Q.    All right.  Can you, just with your laser, tell us what

08:20AM 10    the different screens are?

08:20AM 11    A.    Okay.  The two on the top, that was our IRIS computer

08:20AM 12    system.  That's where we would configure our pits, like from

08:20AM 13    the shaker room, where the rig floor would call us and tell us

08:20AM 14    which pits were on active, which pits were on reserve.  We

08:20AM 15    would have to change our configuration over.

08:20AM 16          The same thing with the active mud pits -- I mean, active

08:20AM 17    mud pumps.  If they switched from downhole to the boost pump,

08:20AM 18    we would have to change the alignments of how the pumps work.

08:20AM 19          We also had a display right here that we would watch.  It

08:20AM 20    was a time-based --

08:20AM 21    Q.    Now, is that your Sperry-Sun Insite screen?

08:20AM 22    A.    Yes, sir.

08:20AM 23    Q.    That's where it was located in April of 2010?

08:20AM 24    A.    Correct.  Yes, sir.

08:20AM 25    Q.    Keep going.

08:20AM 1    A.    The two on the bottom, that was our main server computer,

08:21AM 2    which is called the ADI.  It's the main database computer.  It

08:21AM 3    stores the data.

08:21AM 4         What we do with these two monitors, on the right, that's

08:21AM 5    the display that the driller sees, and it goes through the TV

08:21AM 6    system also.

08:21AM 7         Anybody on the rig, when they are inside the living

08:21AM 8    quarters, they can flip and see our displays, whichever display

08:21AM 9    we have up, whichever display they want first to pull up.

08:21AM 10        On this other screen, on the left side, that was for us

08:21AM 11   just to open up certain boxes to put in remarks and so forth.

08:21AM 12   Q.    Anywhere amongst those screens would you able to access

08:21AM 13   the HITEC data?

08:21AM 14   A.    The HITEC?  That would be a Profibus system.  That's the

08:21AM 15   data we were getting through from Transocean that was coming

08:21AM 16   into our system.

08:21AM 17        To access it, you could get it on any one of the computers

08:21AM 18   because they were all networked together.  We had work stations

08:22AM 19   where you could just get into it and see the data, the actual

08:22AM 20   data itself that's stored.

08:22AM 21   Q.    So you had access, obviously, to the Sperry-Sun realtime

08:22AM 22   data called Insite, correct?

08:22AM 23   A.    Correct.

08:22AM 24   Q.    Then you also, if you wanted to, could access the

08:22AM 25   Transocean data through the HITEC system, correct?

08:22AM 1    A.    Well, no.  The data was coming in.  That was the Profibus.

08:22AM 2    We could actually see what the data was because it was being

08:22AM 3    stored.  That's how it would get their data.

08:22AM 4    Q.    I'm sorry.  You could access it on your computer in your

08:22AM 5    mud logger's shack; is that true?

08:22AM 6    A.    Correct.  Yes, sir.

08:22AM 7    Q.    If you could pull up D-3184.

08:22AM 8          Do you recognize that, Mr. Keith?

08:22AM 9    A.    Yes, sir.

08:22AM 10   Q.    That's the driller shack, correct?

08:22AM 11   A.    Yes, sir.

08:22AM 12   Q.    This is the way it looked in April of 2010,

08:23AM 13   *Deepwater Horizon*, correct?

08:23AM 14   A.    Yes, sir.

08:23AM 15   Q.    Is it true then that the driller and the assistant driller

08:23AM 16   or anybody in the drill shack could have access to the

08:23AM 17   Sperry-Sun data?

08:23AM 18   A.    Correct.  Yes, sir.

08:23AM 19   Q.    Do you see that displayed in the proper place in this

08:23AM 20   picture?

08:23AM 21   A.    Yes, sir.  But there was some changes that they had did.

08:23AM 22   On the left and right, they had dual monitors.

08:23AM 23   Q.    But, in any event, with that exception, they could still

08:23AM 24   see your Insite data, correct?

08:23AM 25   A.    Yes.  They would change the configuration, you know, like

08:23AM 1    the channel, to see whatever, whichever one they wanted to put

08:23AM 2    up.

08:23AM 3    Q.    Then there was also a display for the HITEC?

08:23AM 4    A.    Correct.  Yes, sir.

08:23AM 5    Q.    That was located where it is shown in this photograph; is

08:23AM 6    that true?

08:23AM 7    A.    Yes, sir.  That would be -- the drillers could see their

08:23AM 8    data here, in the middle.  That's where their displays and

08:24AM 9    stuff that they had set up for their own system.

08:24AM 10   Q.    Let's go to D-2188.

08:24AM 11         Does this photograph show the -- what the display would

08:24AM 12   like on your Sperry-Sun Insite?

08:24AM 13   A.    Yes, sir.  That looks like a time-based log, yes, sir.

08:24AM 14   Q.    When you say time-based log, that is one of the things

08:24AM 15   that you can pull up from your Sperry-Sun Insite program?

08:24AM 16   A.    Correct.  Yes, sir.

08:24AM 17   Q.    Then on the left-hand side, do we see the HITEC data

08:24AM 18   display?

08:24AM 19   A.    Yes.  That looks like Transocean's, yes, sir.

08:24AM 20   Q.    I just want to be clear because I'm not right now.  In

08:24AM 21   terms of what you had, you could look at in your mud logger's

08:24AM 22   shack, you clearly could look at the screen that we see on the

08:24AM 23   right, the Sperry-Sun, correct?

08:24AM 24   A.    Correct.  Yes, sir.

08:24AM 25   Q.    But you could also see the display on the left, correct?

08:24AM 1   A.   Not in my unit, no, sir.

08:24AM 2   Q.   You could not see it -- when say your unit, your office,

08:25AM 3   the shack?

08:25AM 4   A.   Correct.

08:25AM 5   Q.   So if you wanted to see the HITEC display, where would you

08:25AM 6   go to see it?

08:25AM 7   A.   I'd have to go to the rig floor.

08:25AM 8   Q.   All right, meaning the driller shack?

08:25AM 9   A.   The driller shack, yes, sir.

08:25AM 10  Q.   Okay.  Then, if we could go to --

08:25AM 11       Before we get there, let me ask you this:  In terms of the

08:25AM 12  data itself, what is the importance of -- as you're watching

08:25AM 13  this screen, what is the importance -- let's talk about the

08:25AM 14  Insite, Sperry-Sun Insite data.  What is the importance of what

08:25AM 15  you're looking at in terms of monitoring for a kick?

08:25AM 16  A.   It's very important.

08:25AM 17  Q.   You know what a kick is, of course?

08:25AM 18  A.   Yes, sir.

08:25AM 19  Q.   And you acknowledge that a kick is a very bad thing?

08:25AM 20  A.   Yes, sir.

08:25AM 21  Q.   Because it can lead to a blowout, as it did in this case?

08:25AM 22  A.   Correct.

08:25AM 23  Q.   It can lead to death and destruction, as it did in this

08:25AM 24  case, correct?

08:26AM 25  A.   Correct.  Yes, sir.

08:26AM 1    Q.   So a very important part of your job, Mr. Keith, is to

08:26AM 2    monitor the data that you have available to you for kicks,

08:26AM 3    true?

08:26AM 4    A.   Yes, sir.

08:26AM 5    Q.   Now, you also know, do you not, what displacement is?

08:26AM 6    A.   Yes, sir.

08:26AM 7    Q.   Tell the Judge what displacement is.

08:26AM 8    A.   There is different types of displacement.

08:26AM 9         When they are tripping in the hole, you get your returns

08:26AM 10   back, so much per stand, that we track, the rig floor tracks to

08:26AM 11   make sure everything is fine with the well.

08:26AM 12        The same thing with -- the opposite, when you're pulling

08:26AM 13   out the hole, you have to keep the hole full because of the

08:26AM 14   displacement when the pipe is coming out of hole.

08:26AM 15   Q.   There was a kind of displacement going on on the

08:26AM 16   *Deepwater Horizon* on April 20th, correct?

08:26AM 17   A.   Correct.  They were displacing from synthetic mud to

08:26AM 18   seawater.

08:26AM 19   Q.   We're going to talk more about that in a moment.

08:26AM 20        But the kind of displacement that was going on during your

08:26AM 21   shift on April 20, 2010, was a safety critical activity, wasn't

08:26AM 22   it?

08:27AM 23   A.   I don't know what you mean, safety critical.

08:27AM 24   Q.   If you could pull up Mr. Keith's deposition, page 70, line

08:27AM 25   six to 71, line five.

08:27AM 1        MR. HARTLEY:  Before we pull that up, I object,

08:27AM 2    Your Honor.  I think it's improper use of his deposition for

08:27AM 3    impeachment.  Mr. Keith just said he doesn't understand what

08:27AM 4    Mr. deGravelles means by safety critical.

08:27AM 5             As you can see in the deposition, I lodged the

08:27AM 6    same objection at the time.

7        THE COURT:  Well, I haven't seen the extent of the

8    deposition.

9        MR. DEGRAVELLES:  I think this will hopefully help the

10   witness understand -- or refresh his recollection with respect

11   to that.

12       BY MR. DEGRAVELLES:

08:28AM 13   Q.   All right.  Beginning at line six, "Because monitoring the

08:28AM 14   well during displacement is a critical activity, is it not?"

08:28AM 15   You answered, "Yes, it is."

08:28AM 16       And the question was, "It's a safety critical activity, is

08:28AM 17   it?"  Answer, "Yes."

08:28AM 18       Is that the testimony you gave in your deposition?

08:28AM 19   A.   Yes.

08:28AM 20   Q.   It is a safety critical activity because if you miss a

08:28AM 21   kick, then it can turn into a blowout, and you end up with a

08:28AM 22   situation that existed on the *Deepwater Horizon* on April 20,

08:28AM 23   2010; isn't that true?

08:28AM 24   A.   Correct.  Yes, sir.

08:28AM 25   Q.   You can pull that down.

08:29AM 1          If you see any unusual signs that might be a kick, even if

08:29AM 2   you're not sure that it's a kick, it's something that you would

08:29AM 3   want to immediately report first to the rig floor, driller or

08:29AM 4   assistant driller, and then to the company man; is that true?

08:29AM 5   A.   Yes, sir.

08:29AM 6   Q.   In carrying out your job to look for signs of a kick,

08:29AM 7   among other things that you would look at would be drill pipe

08:29AM 8   pressure, correct?

08:29AM 9   A.   Correct.

08:29AM 10  Q.   Flow in?

08:29AM 11  A.   Correct.

08:29AM 12  Q.   Flow out?

08:29AM 13  A.   Correct.

08:29AM 14  Q.   And pit volume?

08:29AM 15  A.   Correct.

08:29AM 16  Q.   Now, we heard an expert last week say that the gold

08:29AM 17  standard for kick detection is pit volume, flow in and flow

08:29AM 18  out.  Would you agree with that?

08:29AM 19  A.   Pit volume, flow in and flow out?

08:29AM 20  Q.   Yes, sir.

08:29AM 21  A.   Yes, correct.

08:29AM 22  Q.   You would agree that the safest way, the safest way to

08:29AM 23  monitor for a kick is to have -- to monitor all three of those

08:29AM 24  things?

08:29AM 25  A.   Repeat the question.

08:29AM 1   Q.   Yes, sir.  The safest way to monitor for a kick is to

08:30AM 2   monitor flow in and flow out, drill pipe pressure and pit

08:30AM 3   volume?

08:30AM 4   A.   Correct.

08:30AM 5   Q.   All right.  If we could pull up D-3182.

08:30AM 6        All right.  Earlier, we saw a screen that had the Sperry

08:30AM 7   Insite screen with no data on it; but, does this document show

08:30AM 8   illustratively what it looks like when you have data streaming?

08:30AM 9   A.   Correct.  Yes, sir.

08:30AM 10   Q.   You said it's a flow chart, right?

08:30AM 11   A.   Correct.

08:30AM 12   Q.   So that when you're sitting at the screen, you actually

08:30AM 13   see these strips, if you will, moving?

08:30AM 14   A.   Correct.  Yes, sir.

08:30AM 15   Q.   The thing that you're doing to see whether or not there

08:30AM 16   are any potential signs for a kick is you're looking for

08:30AM 17   trends?

08:30AM 18   A.   Correct, yes, sir.

08:30AM 19   Q.   You have been trained to understand what an increase means

08:30AM 20   or a decrease means on these various lines; is that true?

08:30AM 21   A.   Correct.

08:31AM 22   Q.   If we could then go to D-2357.

08:31AM 23        But if you want to switch from one way of looking at the

08:31AM 24   information to a digital way of looking at the information, you

08:31AM 25   can do that on the Sperry site -- I'm sorry, Sperry-Sun Insite

08:31AM 1    program, correct?

08:31AM 2    A.    Yes, sir, correct.

08:31AM 3    Q.    In fact, this is a picture of what it would look like,

08:31AM 4    without, obviously, any numbers on it, but this is what the

08:31AM 5    digital screen for the Sperry-Sun Insite data looks like,

08:31AM 6    correct?

08:31AM 7    A.    That's similar.  I mean, there are different visual

08:31AM 8    displays.

08:31AM 9    Q.    But similar to that?

08:31AM 10   A.    Correct.  Yes, sir.

08:31AM 11   Q.    And you can switch from one to the other if you want to?

08:31AM 12   A.    Correct.

08:31AM 13   Q.    And if you -- let's go back to 3182.

08:31AM 14         And if you want to enlarge the scale, so that you can look

08:32AM 15   more closely at some of these figures on the screen, you can do

08:32AM 16   that, correct?

08:32AM 17   A.    Correct.  But these are time logs, and our depth base logs

08:32AM 18   were specifically made for BP.  We sent the same templates.

08:32AM 19   That way our displays would match their displays in town.  That

08:32AM 20   way if we got a call, we would be able to see exactly what they

08:32AM 21   were looking at.

08:32AM 22         But these log templates that -- we had them on the rig,

08:32AM 23   were specifically sent to BP in town so they could have the

08:32AM 24   same displays.  We never did modify unless we got a call from

08:32AM 25   town to modify the scale changes or anything like that.

08:32AM  1    Q.   So if you wanted to -- let's say you were concerned about

08:32AM  2    a trend and you just wanted to look more carefully at it.  You

08:32AM  3    had the physical ability by adjusting something on this

08:32AM  4    computer to enlarge the scale, correct?

08:32AM  5    A.   Correct.  Yes, sir.

08:32AM  6    Q.   And if you wanted to do that, are you telling me you had

08:33AM  7    to call BP in Houston to get permission to --

08:33AM  8    A.   No, sir.

08:33AM  9    Q.   You could do it without calling anybody, correct?

08:33AM 10    A.   Correct.  Yes, sir.

08:33AM 11    Q.   And if you wanted to isolate one of these parameters so

08:33AM 12    that you wouldn't be distracted by anything else on the screen,

08:33AM 13    you could do that also?

08:33AM 14    A.   Correct.  Yes, sir.

08:33AM 15    Q.   All right.  If we could go to D-2357 again.

08:33AM 16         And if you wanted, rather than to look at the squigglies

08:33AM 17    and compare the squigglies as they rolled along with the data,

08:33AM 18    if you wanted to see what the numbers were and compare numbers

08:33AM 19    to numbers as opposed to looking at the information on the

08:33AM 20    graph, this is what the -- the system you could do by just

08:33AM 21    switching the screen; is that true?

08:33AM 22    A.   Correct.  Yes, sir.

08:33AM 23    Q.   All right.  Now, you told us that the driller, the

08:34AM 24    assistant driller, the well site leader and you, all had access

08:34AM 25    to this information on the rig, correct?

08:34AM 1   A.   Yes, sir.

08:34AM 2   Q.   And you also said that BP folks in Houston had access to

08:34AM 3   it, correct.

08:34AM 4   A.   Correct.

08:34AM 5   Q.   Now, was there any data that Transocean had that you

08:34AM 6   didn't have access to?

08:34AM 7   A.   As far as I know, no.  I was getting all their data.

08:34AM 8   Q.   Let me suggest to you that with respect to Hitec, the

08:34AM 9   Hitec flow-out data, you didn't have the access to that, did

08:34AM 10  you, sir?

08:34AM 11  A.   No, sir.

08:34AM 12  Q.   And you mentioned that flow out is one of those gold

08:34AM 13  standard parameters for kick detection, correct?

08:34AM 14  A.   Correct.

08:34AM 15  Q.   Do you know why you were not given access to Transocean's

08:34AM 16  Hitec flow-out data?

08:34AM 17  A.   Yes, I do.  Mr. Charlie Jay, he was the petrophysicist for

08:34AM 18  BP, he wanted us to use our flow out because it's more

08:35AM 19  sensitive.  The rig -- the rig had a flow-out system called a

08:35AM 20  *flow paddle*.  Theirs would only register like 30 percent flow

08:35AM 21  out when we were getting 100 percent returns, and we would

08:35AM 22  always try to figure out why it would read only 30 percent.  We

08:35AM 23  would say, "Well, 30 percent of what?  It should be reading 100

08:35AM 24  percent."

08:35AM 25      Ours we calibrated -- flowing 1200 gallons a minute, we

08:35AM 1    put our flow out at 1200 gallons a minute.  We could put in

08:35AM 2    five-point calibrations on ours to where we could read a pencil

08:35AM 3    flow out of the flow line, because we ran a program called

08:35AM 4    Connection Flow Monitor while we were drilling.

08:35AM 5         When they turned the pumps off, the system would pop up

08:35AM 6    and start running.  It would store up -- up -- up to 20 screen

08:35AM 7    captures of the flow out prior to making a connection.  And

08:35AM 8    ours would actually read that pencil flow out and Transocean's

08:36AM 9    would not.

08:36AM 10   Q.    All right.  Sir, if I'm hearing what you're saying,

08:36AM 11   Mr. Keith, the flow-in data that you had with the Insite system

08:36AM 12   was much more sensitive than the Hitec information measuring

08:36AM 13   the same thing?

08:36AM 14   A.    Correct.

08:36AM 15   Q.    And so BP wanted you to use your more sensitive system,

08:36AM 16   correct?

08:36AM 17   A.    Correct.

08:36AM 18   Q.    But if your system was out or down for any reason, did you

08:36AM 19   have the ability to switch over and gather the Hitec flow-out

08:36AM 20   data?

08:36AM 21   A.    I really don't remember, no.

08:36AM 22   Q.    In your deposition, sir, that you said you did not have

08:36AM 23   it, you certainly wouldn't dispute that today, would you?

08:36AM 24   A.    Correct.

08:36AM 25   Q.    Let's talk about what was going on on April 20th of 2010.

08:36AM 1    First of all, you have BP, who is the operator, correct?

08:36AM 2    A.    Correct.

08:36AM 3    Q.    Transocean has the drill crew, correct?

08:36AM 4    A.    Correct.

08:36AM 5    Q.    And you provide the mud logging services?

08:36AM 6    A.    Correct.

08:36AM 7    Q.    Now, with respect to what's going on during the

08:37AM 8    displacement that you described, on April 20th who is in charge

08:37AM 9    of saying what activities are going to go on or what activities

08:37AM 10   will not be going on?

08:37AM 11   A.    It's BP.

08:37AM 12   Q.    And BP then had the authority to say to the rig:

08:37AM 13   Displacement is a safety-critical activity.  We're not going to

08:37AM 14   have anything going on during the displacement that might

08:37AM 15   confuse or confound anyone.  Correct?

08:37AM 16   A.    Correct.

08:37AM 17   Q.    They could have done that if they would have wanted to,

08:37AM 18   correct?

08:37AM 19   A.    Correct.  Yes, sir.

08:37AM 20   Q.    But, in fact, on the evening of April 20th of 2010, there

08:37AM 21   were many activities going on, weren't there?

08:37AM 22   A.    Yes, sir.

08:37AM 23   Q.    All right.  If we could pull up the HESI demonstrative

08:37AM 24   8167.1 -- the Halliburton demonstrative.

08:37AM 25          All right.  Take a moment to -- have you seen this before?

08:37AM 1    A.   Yes, sir.

08:37AM 2    Q.   All right.  And does that -- and we're going to go through

08:38AM 3    these very quickly, but I want to make sure your testimony is

08:38AM 4    all these things that are listed on this demonstrative are

08:38AM 5    things that were happening on the afternoon and evening of

08:38AM 6    April 20, 2010, correct?

08:38AM 7    A.   Yes, sir.

08:38AM 8    Q.   You had been switched by BP from a closed system, which

08:38AM 9    we'll talk about in a minute, to an open system for

08:38AM 10   displacement, correct?

08:38AM 11   A.   Correct.

08:38AM 12   Q.   There was repeated flushing of trip tanks during the

08:38AM 13   displacement, correct?

08:38AM 14   A.   Yes, sir.

08:38AM 15   Q.   There was staggering of rig pumps?

08:38AM 16   A.   Yes, sir.

08:38AM 17   Q.   Emptying of sand traps?

08:38AM 18   A.   Yes, sir.

08:38AM 19   Q.   Transferring mud between pits?

08:38AM 20   A.   Yes, sir.

08:38AM 21   Q.   Diverting fluid overboard?

08:38AM 22   A.   Yes, sir.

08:38AM 23   Q.   Which had the effect of bypassing your flow-out sensor

08:38AM 24   that we were talking about a minute ago?

08:38AM 25   A.   Yes, sir.  Correct.

08:38AM 1      Q.   Offloading mud to the *Damon Bankston*?

08:38AM 2      A.   Correct.

08:38AM 3      Q.   And operating the crane?

08:38AM 4      A.   Correct.

08:38AM 5      Q.   Is that correct?

08:38AM 6      A.   Yes, sir.

08:38AM 7      Q.   Now, is it true, is it not, Mr. Keith, that during a

08:38AM 8      normal displacement -- you've been through this kind of

08:38AM 9      procedure before, have you not?

08:38AM 10     A.   Yes, I have.

08:39AM 11     Q.   During the normal way that this was done, everything would

08:39AM 12     be at a standstill, correct?

08:39AM 13     A.   Yes, sir.

08:39AM 14     Q.   There would be no rig activity, correct?

08:39AM 15     A.   Correct.

08:39AM 16     Q.   Nine out of ten times, BP would cease all other activity

08:39AM 17     because this is a safety-critical activity, correct?

08:39AM 18     A.   Correct.

08:39AM 19     Q.   And in your 18 years of working offshore, you have never

08:39AM 20     seen all of these simultaneous activities going on during

08:39AM 21     displacement; isn't that true?

08:39AM 22     A.   It's never been like this before.

08:39AM 23     Q.   All right.

08:39AM 24     A.   Correct.

08:39AM 25     Q.   And BP never came to you, Mr. Keith, before they started

08:39AM 1   all these activities and said, "Joe, we're fixing to do all

08:39AM 2   this stuff that you see on this demonstrative, we're concerned

08:39AM 3   that might affect some of the things that you do."  They never

08:39AM 4   came to you and said anything like that, did they?

08:39AM 5   A.   They never did.

08:39AM 6   Q.   And, as a matter of fact, you were never asked to

08:39AM 7   participate in any kind of risk assessment, were you?

08:39AM 8   A.   No, sir.

08:39AM 9   Q.   If we could pull up TREX 93.  This is the DWOP -- this is

08:40AM 10  the DWOP GP 10-00, and then if you go to page 96.

08:40AM 11       I'm going to read something to you that's highlighted,

08:40AM 12  Mr. Keith, and ask you something about it.

08:40AM 13       And under risk assessment, Carl, could you enlarge it and

08:40AM 14  then highlight it.

08:40AM 15       Under risk assessment, "An assessment of operations shall

08:40AM 16  be performed on each facility or field in order to identify the

08:40AM 17  possible risks associated with simultaneous operations across

08:40AM 18  the complete range of well activities.  Appropriate constraints

08:40AM 19  or mitigating actions and specific procedures shall be

08:40AM 20  applied."

08:40AM 21       Now, Mr. Keith, were you aware that BP had a rule that

08:41AM 22  required there to be a risk assessment before you had all these

08:41AM 23  simultaneous activities going on?  Were you aware of that?

08:41AM 24  A.   Repeat the question.

08:41AM 25  Q.   Yes, sir.  Were you aware that there was a rule that

08:41AM 1    required BP to do a risk assessment before they would have all

08:41AM 2    of these activities going on at the same time?

08:41AM 3    A.   Yes, sir.

08:41AM 4    Q.   And on April 20th of 2010, was there, to your knowledge,

08:41AM 5    any risk assessment performed?

08:41AM 6    A.   Not that I know of, sir.

08:41AM 7    Q.   All right.  You can take that down, Carl.

08:41AM 8         Now, you would agree with me, would you not, Mr. Keith,

08:41AM 9    that these simultaneous operations hindered some of these gold

08:41AM 10   standard ways in which you normally monitor for a kick,

08:41AM 11   correct?

08:41AM 12   A.   Yes, sir.

08:41AM 13   Q.   And if you could pull up D-3181.

08:41AM 14        Would you agree with me that the simultaneous operations

08:42AM 15   hindered your ability to look at flow-in data, flow-out data

08:42AM 16   and pit volume?

08:42AM 17   A.   Correct.

08:42AM 18   Q.   And although you were still able to monitor some

08:42AM 19   parameters, you would agree that you were not able to monitor

08:42AM 20   them in a way that allowed you to accurately identify kicks;

08:42AM 21   isn't that true, sir?

08:42AM 22   A.   Yes, sir.

08:42AM 23   Q.   All right.  If we could go to D-3186.

08:42AM 24        Have you seen that illustration before?

08:42AM 25   A.   I've seen one similar, yes, sir.

08:42AM 1    Q.    All right.  Now, this is the normal operation of what you

08:42AM 2    do in terms of monitoring for flow in, flow out, and pit volume

08:42AM 3    of -- it's called a *closed system*, correct?

08:42AM 4    A.    Correct.  Yes, sir.

08:42AM 5    Q.    Can you tell the judge what you understand that to mean?

08:42AM 6    A.    A closed system is when the mud comes from the pits to the

08:42AM 7    mud pumps, goes down the drill pipe, downhole into the wellbore

08:43AM 8    and back up your annulus, across the flow line, across the

08:43AM 9    Gumbo Buster, across the shakers, gas traps, and then it's

08:43AM 10   supposed to go through the sand traps, and then back to the

08:43AM 11   active pits, or the reserve pits, whichever pits they want to

08:43AM 12   go to.

08:43AM 13   Q.    In terms of doing your job for monitoring for kicks, what

08:43AM 14   is it about there being a closed system that allows you -- or

08:43AM 15   helps you in monitoring for a kick?

08:43AM 16   A.    If they have the returns going to certain pits, will be

08:43AM 17   able to track how much mud is coming back versus how much is

08:43AM 18   going downhole and so forth.  We'll actually get the full

08:43AM 19   amount of numbers and see if there are any changes that way.

08:43AM 20   Q.    In fact, you want to see what's going in is the same as

08:43AM 21   what's coming out, correct?

08:43AM 22   A.    Correct.  Yes, sir.

08:43AM 23   Q.    If what's going in is not the same as what's coming out,

08:43AM 24   you may have a problem, correct?

08:43AM 25   A.    You got a problem, correct.

08:43AM 1    Q.    Now, one of the things that BP did during this

08:44AM 2    displacement on April 20, 2010, was to convert this from this

08:44AM 3    closed system to an open system; is that true?

08:44AM 4    A.    Yes, sir.

08:44AM 5    Q.    They were pumping seawater from a sea chest into the well,

08:44AM 6    is that correct?

08:44AM 7    A.    Yes, sir.

08:44AM 8    Q.    And you did not have any sensor or monitor to gauge the

08:44AM 9    volume of seawater which was going into the well, correct?

08:44AM 10   A.    Correct.

08:44AM 11   Q.    And when you had fluids coming out of the well, because of

08:44AM 12   the displacement and they were discharging from different tanks

08:44AM 13   and diverting from your normal system, you were not able to get

08:44AM 14   the flow out either, were you?

08:44AM 15   A.    Correct.

08:44AM 16   Q.    If we could go to D-3179.

08:44AM 17         All right.  I want you to take a moment to look at that,

08:44AM 18   Mr. Keith, and tell me whether or not this will assist you in

08:44AM 19   kind of telling us the difference between the way it was before

08:45AM 20   the diversion of mud till after the diversion of mud.

08:45AM 21         While you're looking, let me ask you:  Do both of these,

08:45AM 22   on the left and the right, the before and the after, do they

08:45AM 23   show different sensors that pick up both flow in and flow out?

08:45AM 24   A.    Yes, sir.

08:45AM 25   Q.    And do they also show the camera?

08:45AM 1    A.    I'm trying to pinpoint which one is the camera.

08:45AM 2    Q.    All right.  Let me back up and ask it this way.  In terms

08:46AM 3    of -- you mentioned that there were different sensors on your

08:46AM 4    system, correct?

08:46AM 5    A.    Correct.

08:46AM 6    Q.    And you told us that the one that the Insite system used

08:46AM 7    was a lot more precise --

08:46AM 8    A.    Yes, sir.

08:46AM 9    Q.    -- than the one that the Hitec system used.

08:46AM 10        Where -- and you can describe, not necessarily -- if you

08:46AM 11   can show it on this demonstrative, I think it would be helpful

08:46AM 12   to us, but if you can't, describe for us where these sensors

08:46AM 13   were and what role they played in giving you information.

08:46AM 14   A.    My sonic sensor was mounted just before the fluid dumped

08:46AM 15   into the place they call the *possum belly*.  Okay.  It was, I

08:46AM 16   would say -- I can't accurately give you how far it was from

08:46AM 17   the end of flow line, but we could actually see the gate close.

08:46AM 18   When they went to go overboard, the way the camera is, in an

08:47AM 19   angle, you can actually see a little bit inside the flow line,

08:47AM 20   and when they turn the pumps off to check for the -- when

08:47AM 21   the spacer came up -- a spacer, that's what they pump prior

08:47AM 22   to -- it's an indicator of when the seawater is supposed to be

08:47AM 23   coming up next.  You can actually see when they close the gate.

08:47AM 24   Q.    And I'm really not talking so much about the camera.  I am

08:47AM 25   going to talk about it in a moment, but I'm talking about the

08:47AM 1     sensor.  You have a sensor that is -- what did you call it?

08:47AM 2     A.    It's a sonic sensor, yes, sir.

08:47AM 3     Q.    You got one that measures flow in?

08:47AM 4     A.    No.  That's just from the pumps.  We put in a pump

08:47AM 5     configuration in our system, our Insite system, and we put the

08:47AM 6     strokes, the length.  It does the percentage of gallons per

08:47AM 7     minute.

08:47AM 8     Q.    But you do have a separate sensor for flow out, correct?

08:48AM 9     A.    Correct.  Yes, sir.

08:48AM 10    Q.    And on April 20th, you could not accurately and

08:48AM 11    continuously measure flow-in rate, correct?

08:48AM 12    A.    The flow in, yes, sir, we could.

08:48AM 13    Q.    All right.  If we could pull up page 273, lines 16 to 20.

08:48AM 14    Can you enlarge that for us, Carl?

08:48AM 15         "On April 20, 2010, as the Sperry-Sun mud logger on tour,

08:48AM 16    were you able to accurately and continuously monitor flow-in

08:48AM 17    rates?

08:48AM 18         "ANSWER:  Not the flow-in rate, no, sir.

08:48AM 19         "On April 20, 2010, as the Sperry-Sun mud logger on tour,

08:49AM 20    were you able to accurately and continuously monitor flow out?

08:49AM 21         "Yes, sir, until the diversion."

08:49AM 22         Now, focusing on that first answer.  You did say that you

08:49AM 23    were unable to accurately and continuously monitor flow rates

08:49AM 24    on April 20, 2010, correct?

08:49AM 25    A.    Yeah.  I misunderstood the question, I guess.  Yeah.

08:49AM 1   Q.    Okay.  So the answer is yes?

08:49AM 2   A.    Yeah.  The flow rate is from the pumps, yeah.

08:49AM 3         MR. BROCK:  I object to the characterization of the

08:49AM 4   question.  The first question is flow in, the second question

08:49AM 5   is flow out.

08:49AM 6         THE WITNESS:  Yeah.

08:49AM 7   BY MR. DEGRAVELLES:

08:49AM 8   Q.    The first question I asked you is flow in, and you told me

08:49AM 9   that you could not accurately and continuously monitor flow-in

08:49AM 10  rates on April 20, 2010, correct?

08:49AM 11  A.    The flow rate in?

08:49AM 12  Q.    Yes, sir.

08:49AM 13  A.    I could, yes, sir.

08:49AM 14  Q.    You could or couldn't?

08:49AM 15  A.    I could.  It's just the flow out.  It's just the flow out.

08:49AM 16  Q.    I'm still confused about your answer here.

08:49AM 17        You said, "Not the flow in, no, sir."

08:49AM 18        Did you misspeak?

08:49AM 19  A.    Yeah, I must have misunderstood the question.

08:50AM 20        THE COURT:  Wait a minute, sir.

08:50AM 21        Let me see the whole page of the deposition,

08:50AM 22  because this is kind of out of context.  I want to see this in

08:50AM 23  context.  He's answering at the top.  He's talking about flow

08:50AM 24  in, too.

08:50AM 25        Do you want to read that and let's see if we

08:50AM 1    can straighten this out.

08:50AM 2    BY MR. DEGRAVELLES:

08:50AM 3         "QUESTION:  Flow-in rates.

08:50AM 4         "ANSWER:  Flow in, the only way I can see the -- I can

08:50AM 5    monitor the flow in that time was by stroke counts and by my

08:50AM 6    pump input because they were pumping out of the sea chest,

08:50AM 7    which is -- there's no pit sensor in there to monitor what's

08:50AM 8    strictly being sucked out of the pit going downhole.  The only

08:50AM 9    information I get accurately is when I put my pump input from

08:50AM 10   what the rig gives me, a percentage of what they are using for

08:50AM 11   the pump output, efficiencies and so forth."

08:50AM 12        And then pull it up, Carl.

08:50AM 13        THE COURT:  Let's see if the witness can explain this,

08:51AM 14   so we can all understand.

08:51AM 15        THE WITNESS:  You see, they give us a -- what you call

08:51AM 16   it -- percentage rate --

08:51AM 17        THE COURT:  You're usually trying to measure flow in

08:51AM 18   and flow out, right?

08:51AM 19        THE WITNESS:  Yes, sir.

08:51AM 20              Our Insite system for all their re- -- pumps

08:51AM 21   that they have, they give us a percentage of the accuracy of

08:51AM 22   what their pumps -- the output is, like 85 percent or

08:51AM 23   95 percent, and they give us that percentage.  We put in the

08:51AM 24   liner size of the pumps, and it gives us an accurate number

08:51AM 25   that we compare with what the rig floor is showing for his flow

08:51AM 1    in.  That's the only way we get our flow in, is by the pump

08:51AM 2    input that we put, that they give us, accuracy.

08:51AM 3              THE COURT:  You're doing it that way, why?

08:51AM 4              THE WITNESS:  That's how we set up our pumps.

08:51AM 5              THE COURT:  That's how you set up.

08:51AM 6              THE WITNESS:  Yes, sir.  That's how we get our accurate

08:51AM 7    flow in.

08:51AM 8              THE COURT:  I was trying to understand if this had

08:51AM 9    anything to do with -- you said earlier at some point they were

08:52AM 10   bypassing your sensor.

08:52AM 11             THE WITNESS:  Now, what I think he's talking about

08:52AM 12   is -- you see, there was no pit sensors in the sea chest.

08:52AM 13   And --

08:52AM 14             THE COURT:  Where the seawater was coming?

08:52AM 15             THE WITNESS:  Correct.  I couldn't accurately see how

08:52AM 16   much was being pumped out of the pit going down the hole.

08:52AM 17                  Is that correct?

08:52AM 18             MR. DEGRAVELLES:  That's your testimony.

08:52AM 19             THE WITNESS:  Yeah.  Since they were taking it from a

08:52AM 20   sea chest instead of pumping it to -- the seawater to a

08:52AM 21   separate pit, that way I can monitor -- that way I would have

08:52AM 22   been able to monitor how much was coming out of the pit going

08:52AM 23   downhole.

08:52AM 24                  The only way I could accurately monitor what

08:52AM 25   was going in-hole was by the stroke counts by what they give

08:52AM 1    us.

08:52AM 2         THE COURT:  What about the outflow, were you able to

08:52AM 3    monitor that?

08:52AM 4         THE WITNESS:  No.  They were going directly to the boat

08:52AM 5    with the returns.

08:52AM 6         THE COURT:  That's because it was bypassing your

08:52AM 7    sensor?

08:52AM 8         THE WITNESS:  Correct.  Yes, sir.

08:52AM 9         THE COURT:  Okay.

08:52AM 10        MR. BROCK:  I don't mean to interrupt, but there is a

08:53AM 11   specific time at which that occurred.  I guess that's not an

08:53AM 12   objection, but a point.

08:53AM 13        THE COURT:  Well, I'm sure it will all become crystal

08:53AM 14   clear by the time you finish, Mr. Brock.  I'm just trying to

08:53AM 15   get some idea of what he was talking about in relation to all

08:53AM 16   of this.

08:53AM 17        MR. DEGRAVELLES:  Let me make sure I understand, too,

08:53AM 18   Judge.

08:53AM 19        THE COURT:  Okay.

08:53AM 20   BY MR. DEGRAVELLES:

08:53AM 21   Q.   You've got flow in and what was flowing into the well, at

08:53AM 22   least at some point in time, was seawater, correct?

08:53AM 23   A.   Correct.

08:53AM 24   Q.   And you didn't have a sensor to allow you to measure the

08:53AM 25   flow in from the seawater because it was coming from the sea

08:53AM 1    chest?

08:53AM 2    A.    Correct.

08:53AM 3    Q.    And there is a separate flow-out sensor that you have?

08:53AM 4    A.    Yes, sir.

08:53AM 5    Q.    And you couldn't -- after the diversion, you couldn't make

08:53AM 6    use of that as well, correct?

08:53AM 7    A.    Correct.  They had it bypassed.

08:53AM 8    Q.    If we could go then to --

08:53AM 9          THE COURT:  Since Mr. Brock raised the point, do we

08:53AM 10   know what time that occurred?

08:53AM 11         MR. DEGRAVELLES:  We do know, Judge, but that's going

08:53AM 12   to be in his testimony later.

08:53AM 13         THE COURT:  Okay.

08:53AM 14         MR. DEGRAVELLES:  I don't have it off the top of my

08:53AM 15   head.  Well, he just answered it.

08:53AM 16   Q.    Do you know what time it occurred or relatively what time

08:54AM 17   it occurred?

08:54AM 18   A.    No, I don't.

08:54AM 19   Q.    It was certainly before the explosion, correct?

08:54AM 20   A.    Yes, sir.

08:54AM 21   Q.    Okay.  Let's go to D-3187, please.

08:54AM 22         And what is that?

08:54AM 23   A.    That's a sonic flow-out sensor.  That's one of ours that

08:54AM 24   we used.

08:54AM 25   Q.    When you said the flow-out sensor was diverted, is this

08:54AM 1    the flow-out sensor that was bypassed because of the diversion?

08:54AM 2    A.    That's not ours on the rig.  Ours wasn't like that on the

08:54AM 3    rig.  It's mounted like that, but it's not a picture of ours on

08:54AM 4    the *Horizon*.

08:54AM 5    Q.    Go to 2189, D-2189.

08:54AM 6          Have you seen that before?

08:54AM 7    A.    I've seen one similar.

08:54AM 8    Q.    All right.  Does that indicate in this diagram the mud

08:54AM 9    pit, the flow-out camera, the flow-out sensor, and the Hitec

08:55AM 10   flow-out sensor?

08:55AM 11   A.    Yes.  I see everything, yes.

08:55AM 12   Q.    And when the diversion began, the Sperry-Sun flow-out

08:55AM 13   sensor was bypassed, correct?

08:55AM 14   A.    Correct.

08:55AM 15   Q.    So you could no longer make use of that; is that true?

08:55AM 16   A.    Yes, sir.

08:55AM 17         THE COURT:  Excuse me.  That means -- assuming those

08:55AM 18   are valves that are the green -- what looks like a green bowtie

08:55AM 19   and a red bowtie --

08:55AM 20         THE WITNESS:  Yes, sir.  The valves were shut.

08:55AM 21         THE COURT:  -- so that would be reversed?

08:55AM 22         THE WITNESS:  Correct.

08:55AM 23         THE COURT:  What's shown on the diagram, the green

08:55AM 24   would be closed and the red would be open, is that what you're

08:55AM 25   saying?

08:55AM 1          THE WITNESS:  Yes, sir.

08:55AM 2          THE COURT:  And that would cause the bypass of your

08:55AM 3    sensor?

08:55AM 4          THE WITNESS:  Yes, sir.

08:55AM 5          THE COURT:  Okay.

08:55AM 6    BY MR. DEGRAVELLES:

08:55AM 7    Q.   And we see in this D-2189 the flow-out sensor for Hitec,

08:55AM 8    do we not?

08:55AM 9    A.   Yes.  I don't know exactly where their sensor was mounted.

08:55AM 10   Q.   Do you know that the sensor was mounted in a place that

08:56AM 11   even after the diversion that the Hitec flow-out sensor would

08:56AM 12   provide information for flow out?

08:56AM 13   A.   I guess, I'm not sure.  I would have to -- I don't know

08:56AM 14   exactly where their sensor was mounted.

08:56AM 15   Q.   In any event, you earlier told us that even if that

08:56AM 16   flow-out sensor did provide information about the amount of

08:56AM 17   flow out, you did not have access to that information, correct?

08:56AM 18   A.   Correct.  Yes, sir.

08:56AM 19   Q.   Let's talk about pit volumes for a minute.  Tell the judge

08:56AM 20   about how you measure for pit volume.

08:56AM 21        Let me just ask it this way.  Isn't it one of those things

08:56AM 22   we see on that Insite data screen?

08:56AM 23   A.   Yes, sir.

08:56AM 24   Q.   All right.  But in terms of where the pit is that -- where

08:56AM 25   the sensors are that allows that information to come on your

08:56AM 1    screen, where is that located?

08:56AM 2         And if we could go back maybe to D-3185.  Are you able to

08:57AM 3    see or locate for us where that -- the pit or pits would be

08:57AM 4    that would provide the data to the computer program that allows

08:57AM 5    you to see what the pit volumes are?

08:57AM 6    A.    Yes.  They are on the second deck, I guess, inside the rig

08:57AM 7    second deck area.

08:57AM 8    Q.    Could you take your laser and point out to us where that

08:57AM 9    would be.

08:57AM 10   A.    The pits are in right here (indicating).

08:57AM 11   Q.    And is it true that as a part of the displacement

08:57AM 12   procedure, that the returns, instead of going into the active

08:57AM 13   pits, went into nonactive or reserve pits and then onto the

08:57AM 14   *Damon Bankston*?

08:57AM 15   A.    I was notified that the returns were going directly to the

08:57AM 16   boat.

08:57AM 17   Q.    And because of that, you could not track for true pit

08:57AM 18   gains; is that true?

08:57AM 19   A.    Correct.

08:57AM 20   Q.    And certainly the BP folks on the rig knew about bypassing

08:58AM 21   your ability to accurately measure pit gains; is that true?

08:58AM 22   A.    Correct.

08:58AM 23   Q.    In addition to everything else that was going on,

08:58AM 24   Mr. Keith, BP had a tank cleaning crew working on that evening,

08:58AM 25   correct?

08:58AM 1    A.    Yes, sir.

08:58AM 2    Q.    And -- go ahead and keep that, if you would, Carl.

08:58AM 3          Can you tell us on D-3185, with your laser, where the tank

08:58AM 4    cleaning was going on?

08:58AM 5    A.    I'm not sure.  There was -- at one time they were dumping

08:58AM 6    the sand traps to get them ready to clean out.  They kept

08:58AM 7    flushing the trip tank every so often to get it ready to be

08:58AM 8    prepared to clean, and probably the reserve tanks.

08:58AM 9    Q.    And did you understand that they were doing this because

08:58AM 10   the rig was about to move to another location?

08:58AM 11   A.    Yes, sir.  And plus I had seen two of the tank cleaners

08:59AM 12   prior to me coming on tour.  They were discussing that they

08:59AM 13   were going to be coming on that night to start work.

08:59AM 14   Q.    You would agree, Mr. Keith, that this tank cleaning is not

08:59AM 15   necessary for displacement?

08:59AM 16   A.    Correct.

08:59AM 17   Q.    And it affected your ability to monitor the pit gains,

08:59AM 18   correct?

08:59AM 19   A.    Correct.  Yes, sir.

08:59AM 20   Q.    Now, even before the diversion to the *Damon Bankston*, when

08:59AM 21   they would transfer mud from the trip tank across your flow-out

08:59AM 22   sensors, it would obscure the relevance of the reading, would

08:59AM 23   it not?

08:59AM 24   A.    Yes, sir.

08:59AM 25   Q.    In fact, at one point in the afternoon, you called

08:59AM 1   Mr. Leo Lindner, the mud engineer, to tell him that you were

08:59AM 2   taking a slow gain, correct?

08:59AM 3   A.   Yes, sir.  It sounded like Mr. Leo.

08:59AM 4   Q.   He told you that they were -- this was because they were

08:59AM 5   flushing out one of the sand traps into the active pit?

08:59AM 6   A.   Yes, sir.

08:59AM 7   Q.   And no one -- prior to the time that you talked to

08:59AM 8   Mr. Lindner, did anybody tell you that that was going to

09:00AM 9   happen?

09:00AM 10  A.   No, sir.  Nobody notified me.

09:00AM 11  Q.   All right.  In addition to everything else we've talked

09:00AM 12  about, Mr. Keith, they were using the crane on the

09:00AM 13  *Deepwater Horizon* that evening, were they not?

09:00AM 14  A.   Yes, sir.

09:00AM 15  Q.   And in your 18 years offshore, you have never ever seen

09:00AM 16  anyone use a crane during displacement or during temporary

09:00AM 17  abandonment; isn't that true?

09:00AM 18  A.   Correct.  Yes, sir.

09:00AM 19  Q.   During displacement -- the reason for that is during

09:00AM 20  displacement they normally don't do activities because this is

09:00AM 21  a safety-critical activity?

09:00AM 22  A.   Correct.  Yes, sir.

09:00AM 23  Q.   And the use of the crane made it difficult for you to

09:00AM 24  interpret the data; did it not?

09:00AM 25  A.   Yes, sir.

09:00AM 1    Q.   All right.  If we could go to D-3247.

09:00AM 2         Does this illustrate the reason why it was -- the use of

09:00AM 3    the crane during displacement and temporary abandonment made it

09:00AM 4    difficult for you to get accurate readings on your pit levels?

09:01AM 5    A.   Yes, sir.  Anytime you have any rig movement, it changes

09:01AM 6    the parameters, yes, sir.  Yes.

09:01AM 7    Q.   All right.  You can take that down.

09:01AM 8         Did you also know, Mr. Keith, that part of the

09:01AM 9    displacement was a decision by BP to displace to a depth of

09:01AM 10   8300 feet?

09:01AM 11   A.   I wasn't notified of that until I came on tour and looked

09:01AM 12   over the displacement procedure sheet.

09:01AM 13   Q.   But you did become aware of that later, correct?

09:01AM 14   A.   Yes, sir, when I came on tour.

09:01AM 15   Q.   And in your 18 years of working offshore, you have never

09:01AM 16   seen a well displaced during temporary abandonment procedure to

09:01AM 17   a depth of 8300 feet or anything close to that, correct?

09:01AM 18   A.   I never have.

09:01AM 19   Q.   And because the displacement was so deep, this caused much

09:01AM 20   more mud than usual to come out of the well, correct?

09:01AM 21   A.   Yes, sir.

09:01AM 22   Q.   Thus requiring it to be diverted to the *Damon Bankston*,

09:01AM 23   correct?

09:01AM 24   A.   Yes, sir.

09:01AM 25   Q.   And that diversion caused you to lose the sensors as you

09:01AM 1    have already described?

09:01AM 2    A.   Yes, sir.

09:01AM 3    Q.   You say you came on tour.  I want to back up and talk

09:02AM 4    about April 20th when you got to the rig and what happened

09:02AM 5    after that.

09:02AM 6    A.   All right.

09:02AM 7    Q.   First of all, April 20th was the first day of your hitch;

09:02AM 8    is that true?

09:02AM 9    A.   Yes, sir.

09:02AM 10   Q.   And you got there sometime late morning?

09:02AM 11   A.   Roughly between 10:30 and 11:00, yes, sir, that morning.

09:02AM 12   Q.   And there was, at 11 o'clock that morning, a -- what's

09:02AM 13   called a pre-tour meeting?

09:02AM 14   A.   Correct.  Yes, sir.

09:02AM 15   Q.   What is -- tell the judge what a pre-tour meeting is.

09:02AM 16   A.   A pre-tour meeting is a meeting with the drill crew and

09:02AM 17   people that are on tour or fixing to come on tour.  It gives

09:02AM 18   them an update of what might be happening that day.

09:02AM 19   Q.   Is the purpose of the pre-tour meeting to make sure

09:02AM 20   everybody is on the same page about what's going to happen?

09:02AM 21   A.   Yes, sir.  And upcoming events, yes, sir.

09:02AM 22   Q.   Who are the people who are typically at a pretour meeting?

09:02AM 23   A.   The BP company men, the OIM toolpushers, the rig crew

09:02AM 24   fixing to come on and third-party personnel.

09:03AM 25   Q.   Because displacement was going to take place on that --

09:03AM 1   after the 11 o'clock tour, some point in that day, that would

09:03AM 2   have been one of the things discussed at the pretour meeting,

09:03AM 3   correct?

09:03AM 4   A.   Yes, sir.

09:03AM 5   Q.   But do I understand that you did not make that pretour

09:03AM 6   meeting because you decided to sleep?

09:03AM 7   A.   No, sir.

09:03AM 8        It wasn't mandatory.  We used to work 12:00 to 12:00 with

09:03AM 9   the rig crew; but, the BP company man made us swap over to

09:03AM 10  where we worked the same tour as them, which was 6:00 to 6:00.

09:03AM 11       They told us as soon, as we got on the rig for crew

09:03AM 12  change, to sign in and get our bunks ready and eat and go to

09:03AM 13  bed.

09:03AM 14       The logger that was on tour, since they were going to be

09:03AM 15  on tour, it was mandatory for them to go.

09:03AM 16  Q.   Let me just ask it this way.  You missed the meeting and

09:03AM 17  went to sleep?

09:03AM 18  A.   I ate.  I had to wait till like one o'clock, till my bunk

09:04AM 19  was ready, for me to go to bed, because the cleaning crew was

09:04AM 20  late cleaning our rooms and stuff.

09:04AM 21  Q.   All right.  If we could pull up page 83 of Mr. Keith's

09:04AM 22  deposition, lines one through 8.

09:04AM 23       I'm sorry.  Let's go to 84, one through 6.

09:04AM 24       "Question:  Did you -- and did you participate in a

09:04AM 25  pretour meeting --

09:04AM 1      "Answer:  No, I was sleeping.

09:04AM 2       "Question:  -- for this displacement?

09:04AM 3       "Answer:  I just got on the rig that morning.

09:04AM 4       Did you indicate that you did not participate in the

09:04AM 5   pretour meeting because you were sleeping?

09:05AM 6   A.    No, I wasn't sleeping at the time.

09:05AM 7   Q.    Is that what you said in your deposition?

09:05AM 8   A.    I was getting ready -- I guess, yes, sir, but I wasn't

09:05AM 9   sleeping.  At the time, I was still waiting for my room to get

09:05AM 10  ready for me to be able to go to bed and come on shift that

09:05AM 11  night.

09:05AM 12  Q.    All right.  You can take that down.

09:05AM 13       Your tour began at around 5:00 or 5:30; is that true?

09:05AM 14  A.    It starts at 6:00, but we normally get there, like,

09:05AM 15  30 minutes earlier prior to coming on tour.

09:05AM 16  Q.    So it would have been around 5:30?

09:05AM 17  A.    Yes, sir.

09:05AM 18  Q.    When you came on tour, you got together with the other mud

09:05AM 19  logger on the *Deepwater Horizon*, whose name was

09:05AM 20  Cathleenia Willis; is that true?

09:05AM 21  A.    Yes, sir.

09:05AM 22  Q.    You talked to her for about 10 or 15 minutes; is that

09:05AM 23  true?

09:05AM 24  A.    Yes, sir.

09:05AM 25  Q.    You are aware, are you not, sir, that Cathleenia Willis

09:05AM 1   told a BP investigator that she had -- at the pretour meeting

09:05AM 2   you missed, she had told the people at that pretour meeting

09:05AM 3   that she was concerned about the displacement and bypassing of

09:06AM 4   the Sperry-Sun sensors?

09:06AM 5   A.   I don't remember her mentioning that to me, no, sir.

09:06AM 6   Q.   You were not aware of that?

09:06AM 7   A.   I really don't remember.

09:06AM 8   Q.   Were you aware that she had told the BP investigators that

09:06AM 9   at that meeting she was -- had told them she would not be able

09:06AM 10  to look at the mud pit volumes when mud was loaded --

09:06AM 11  off-loaded onto the DAMON BANKSTON?

09:06AM 12  A.   I wasn't aware of that, no, sir.

09:06AM 13  Q.   Are you aware of the fact that Ms. Willis has invoked her

09:06AM 14  Fifth Amendment right in her deposition testimony?

09:06AM 15  A.   No, sir, I'm not aware of that.

09:06AM 16  Q.   All right.  Let's go to TREX-967.

09:06AM 17       You mentioned earlier, Mr. Keith, that one of the things

09:06AM 18  that you did look at once you came on tour was the displacement

09:06AM 19  procedure; is that true?

09:06AM 20  A.   Yes, sir.  Correct.

09:06AM 21  Q.   You reviewed that with Ms. Willis when the two of you got

09:06AM 22  together for 10 or 15 minutes?

09:06AM 23  A.   Yes, sir.

09:06AM 24  Q.   What we see in TREX-215 (spelled phonetically), is that

09:06AM 25  the displacement procedure that you and Ms. Willis went over?

09:07AM 1   A.   It looks -- yes, it looks familiar, yes, sir.

09:07AM 2   Q.   Now, I want to kind of set the stage by getting some

09:07AM 3   parameters.

09:07AM 4        You come on tour at around 5:30, correct?

09:07AM 5   A.   Correct.  Yes, sir.

09:07AM 6   Q.   You know that the explosion occurred at around 9:49, 9:50,

09:07AM 7   something like that?

09:07AM 8   A.   Correct.

09:07AM 9   Q.   So you were on duty, from the time you came on until the

09:07AM 10  time of the explosion, over four hours, is that true?

09:07AM 11  A.   Yes, sir.

09:07AM 12  Q.   Isn't it true, sir, that except for an eight to 10-minute

09:07AM 13  break that we're going to talk about in a minute, except for an

09:07AM 14  eight to 10-minute break, you continuously watched the screens

09:07AM 15  for monitors -- the monitors for signs of a kick?

09:07AM 16  A.   Yes, sir.

09:07AM 17  Q.   Let me ask about the eight to 10-minute break.  Do you

09:07AM 18  remember that on May 4th of 2010, less than a month from the

09:07AM 19  time of the accident, Mr. Keith, you gave a statement to a BP

09:08AM 20  investigator named Brian Martin?

09:08AM 21  A.   Yes.

09:08AM 22  Q.   Do you remember that?

09:08AM 23  A.   Yes, sir.

09:08AM 24  Q.   In that statement, you told Mr. Martin you had never left

09:08AM 25  the shack, the mud driller shack, at any point during that

09:08AM 1     four hours; eight to 10 minutes or any time, 30 seconds.

09:08AM 2     A.    Correct.

09:08AM 3     Q.    You told him you were there the entire time; is that true?

09:08AM 4     A.    Correct.

09:08AM 5     Q.    It is also true that on that same day you made the

09:08AM 6     statement to Mr. Brian Martin, the BP investigator, you

09:08AM 7     received a monetary settlement from BP; isn't that true, sir?

09:08AM 8     A.    I wouldn't call it a settlement.

09:08AM 9           MR. HARTLEY:  I object.  Mischaracterizes the evidence.

09:08AM 10          MR. BROCK:  We join that objection.

09:08AM 11          THE COURT:  He's asking the witness a question, if it's

09:08AM 12    true or not.  I'm sorry.  So can you answer that?

09:08AM 13          THE WITNESS:  I wouldn't call it a settlement, no, sir.

09:08AM 14    Can I explain?

09:08AM 15          THE COURT:  If you would like to, sure.

09:08AM 16          THE WITNESS:  My district manager at the time, Mr. Tony

09:08AM 17    Angelle, pulled me off to the side, and he said what was my

09:09AM 18    main concern.  My main concern was I own property, I've got a

09:09AM 19    home and all of that, and I didn't know when or if I would be

09:09AM 20    able to come back to work.  He offered me a check to help me

09:09AM 21    pay my bills.

09:09AM 22          BY MR. DEGRAVELLES:

09:09AM 23    Q.    All right.  If we could go to --

09:09AM 24          MR. BROCK:  Your Honor, if we could get clarity.  I

09:09AM 25    think he said it was his district manager, not BP.

3536

09:09AM 1          THE COURT:  He mentioned that.

09:09AM 2          THE WITNESS:  Yes, Halliburton district manager, yes,

09:09AM 3     sir, Mr. Tony Angelle.

09:09AM 4          THE COURT:  He mentioned that.  He said that.

09:09AM 5          MR. BROCK:  I thought the question was, didn't BP pay

09:09AM 6     you a settlement.

09:09AM 7          THE COURT:  That was the question, but --

09:09AM 8          MR. BROCK:  Different answer.

09:09AM 9          THE COURT:  -- now he's explaining his answer.

09:09AM 10         MR. BROCK:  All right.  Thank you.

09:09AM 11         THE WITNESS:  Yeah.

09:09AM 12         BY MR. DEGRAVELLES:

09:09AM 13    Q.   If we could go to TREX-969.  Did you sign some settlement

09:09AM 14    documents in connection with the settlement that you were

09:09AM 15    talking about?

09:09AM 16    A.   Yes, sir.

09:09AM 17    Q.   We have redacted out, because of the Court's previous

09:10AM 18    ruling, the amount of the money that you received, and I'm not

09:10AM 19    asking you about that, Mr. Keith.

09:10AM 20    A.   Yes.

09:10AM 21    Q.   If you could scroll down a little bit.

09:10AM 22         On this first page, do you see that in this settlement you

09:10AM 23    were releasing BP?

09:10AM 24    A.   Yes, I had no intention on suing anybody.

09:10AM 25    Q.   I understand.  But you received a settlement, and you

09:10AM 1    released BP as a result of that settlement; isn't that true,

09:10AM 2    sir?

09:10AM 3    A.   Yes, sir.

09:10AM 4    Q.   All right.  After this settlement, you changed your story

09:10AM 5    to say that you had taken an eight to 10-minute break; isn't

09:10AM 6    that true, sir?

09:10AM 7    A.   I went to therapy sometimes twice a month, and my

09:10AM 8    therapist helped me actually relive what I went through.

09:10AM 9         That's how I remembered that I did take a break and that I

09:10AM 10   had seen one of the Transocean guys just before I turned to go

09:10AM 11   into the living quarters.

09:10AM 12   Q.   Let's talk about the --

09:10AM 13        THE COURT:  Let me get a time.  What was the time frame

09:11AM 14   on the settlement?

09:11AM 15        MR. DEGRAVELLES:  May 4.

09:11AM 16        THE COURT:  May 4 of 2010?

09:11AM 17        MR. DEGRAVELLES:  Yes, sir, the same day as the

09:11AM 18   statement.

09:11AM 19        THE COURT:  The same day as the statement.

09:11AM 20        MR. DEGRAVELLES:  Yes, sir.

09:11AM 21        THE COURT:  All right.  Okay, go ahead.

09:11AM 22        BY MR. DEGRAVELLES:

09:11AM 23   Q.   Okay.  Let's talk about the break, the eight to 10-minute

09:11AM 24   break.

09:11AM 25   A.   Yes.

09:11AM 1    Q.    First of all, that eight to 10-minute break took place

09:11AM 2    between 8:30 and 9:00 p.m., correct?

09:11AM 3    A.    Correct.  Yes, sir.

09:11AM 4    Q.    You don't have a precise time?

09:11AM 5    A.    No, sir.

09:11AM 6    Q.    But when you came back from that break, you looked at the

09:11AM 7    screen, the Insite data screen, correct?

09:11AM 8    A.    Correct.  Yes, sir.

09:11AM 9    Q.    You not only looked at it from that point forward, but you

09:11AM 10   actually looked at the data that had gone before in the eight

09:11AM 11   to 10 minutes that you had been gone, correct?

09:11AM 12   A.    Yes, sir.

09:11AM 13   Q.    So in terms of your understanding of what the data screen

09:11AM 14   showed or didn't show, that eight to 10 minutes didn't make any

09:11AM 15   difference, did it?

09:11AM 16   A.    There was no change.  I didn't see no influctuations or

09:12AM 17   anything.

09:12AM 18   Q.    I understand.  We're going to talk about the details in a

09:12AM 19   moment.

09:12AM 20         But my point is, when you came back you looked at the data

09:12AM 21   for the eight to 10 minutes you were gone.

09:12AM 22   A.    Yes, sir.

09:12AM 23   Q.    So it was just as though you had been there watching the

09:12AM 24   entire time, correct?

09:12AM 25   A.    Right.  Correct.

09:12AM 1  Q.   At no time during your entire tour, from 5:30 when you

09:12AM 2  came on until the time of the explosion, did you see any signs

09:12AM 3  of a kick or recognize any signs of a kick?

09:12AM 4  A.   I seen a few things, and I did make some phone calls.  One

09:12AM 5  was to the mud engineer about the gain in the active pits.  One

09:12AM 6  was a change in the flow out.

09:12AM 7       I called the rig floor.  It sounded like the AD, Mr. Steve

09:12AM 8  Curtis.  I said, I'm showing an increase in flow out.  At the

09:12AM 9  same time, I looked, and he said he was dumping a trip tank,

09:12AM 10  and I seen it start to shift, also.

09:12AM 11       The things that I seen that might have stood out as a

09:12AM 12  kick, I called.

09:12AM 13  Q.   If we could go to page 13, line 20 through 14, line 7.

09:13AM 14       "Question:  At any time prior to the blowout on April 20,

09:13AM 15  did you see anything that indicated that the well was taking a

09:13AM 16  kick?"

09:13AM 17       Your answer was what, sir?

09:13AM 18  A.   "No, sir.  I did not."

09:13AM 19  Q.   If we could then go to page 101, lines 11 through 20.

09:13AM 20       "Question:  All right.  From the time that you came on

09:13AM 21  tour to the time that you took your break, were you constantly

09:13AM 22  and consistently monitoring the well?

09:13AM 23       "Answer:  Yes, sir.

09:13AM 24       "Question:  From the time that you came on tour to the

09:13AM 25  time that you took your break, did you see any indications that

09:14AM 1   the well was taking a kick?

09:14AM 2       "Answer, no, sir."

09:14AM 3       Then if we could go to page 264, lines 10 through -- it's

09:14AM 4   a long one, 266, line 7.

09:14AM 5       "Question:  Is it your belief, Mr. Keith, that from the

09:14AM 6   time you went on tour between 5:00 and 5:30 Central Daylight

09:14AM 7   Time on April 20, 2010, to the moment of the explosion, that

09:14AM 8   the data you were looking at, information you were receiving in

09:14AM 9   the mud logging office, did not show you any indications of a

09:14AM 10  kick?

09:14AM 11      "Answer:  I did not see no indications."

09:14AM 12      Was that your testimony?

09:14AM 13  A.   Yes, sir.

09:14AM 14  Q.   Because you didn't see any indications of a kick, you

09:14AM 15  didn't recognize any indications of a kick, you did not call

09:14AM 16  the company man or the rig crew to tell them that you thought

09:15AM 17  there might be a kick; is that true?

09:15AM 18  A.   I didn't see no indications of a kick.

09:15AM 19  Q.   I understand that.

09:15AM 20      When the well blew out, it was an absolute surprise to

09:15AM 21  you; is that true?

09:15AM 22  A.   Yes, sir.

09:15AM 23  Q.   The first time you had any inkling of a problem was at

09:15AM 24  about 9:30 when you started smelling gas, and it sounded like

09:15AM 25  it was raining outside?

09:15AM 1     A.    Yes, sir.

09:15AM 2     Q.    It was not raining rain, it was raining mud on the roof of

09:15AM 3     your mud logger's shack; is that true?

09:15AM 4     A.    Yes, sir, I guess that's what it was.  I didn't find out

09:15AM 5     until later.

09:15AM 6     Q.    In your deposition, you gave an estimate of 9:30 as the

09:15AM 7     time that you were absolutely surprised, and you thought -- you

09:15AM 8     heard the rain of mud on your roof.

09:15AM 9           If the data that has been collected in the investigation

09:15AM 10    shows that the mud reached the drill floor at around 9:00 --

09:15AM 11    I'm sorry, 8:43 -- 9:43, would that be generally consistent

09:15AM 12    with your estimate of 9:30?

09:15AM 13    A.    All I know is after they had turned the pumps off, before

09:15AM 14    I -- I heard the sound of rain and so forth and then the gas

09:16AM 15    came in the unit, I noticed they turned the pumps off.

09:16AM 16          Prior to him turning the pumps off, my monitors started

09:16AM 17    vibrating, okay.  To me, I thought it was Halliburton bleeding

09:16AM 18    off their lines or so forth -- or Halliburton cranking back up

09:16AM 19    their unit, because that's how it does sometimes.  My monitors

09:16AM 20    will vibrate and then stop.

09:16AM 21          So I noticed they turned the pumps off.  I wrote down in

09:16AM 22    my book, pumps off, and so forth.  Then right -- right after

09:16AM 23    that, maybe 30 seconds, right after I wrote that down in my

09:16AM 24    book, I started hearing something outside, rain, whatever you

09:16AM 25    want to call it.  To me, that's what it sounded like.

09:16AM 1      Right after that, gas fumes started coming in through my

09:16AM 2 perch.  Instantly, my sensor for my unit turned all my power

09:16AM 3 off, shut my unit down.

09:16AM 4 Q.   The purpose of my question was to try to get your --

09:16AM 5 A.   Right.

09:17AM 6 Q.   -- estimate of 9:30 reconciled with what the data shows,

09:17AM 7 which was the mud hits the floor at about 9:43.

09:17AM 8 A.   Yeah, I'd say it was within about 30 seconds to minute

09:17AM 9 after they turned their pumps off.  Around what time was when

09:17AM 10 stuff started happening to my unit.

09:17AM 11 Q.   In any event, we've talked about flow in, we've talked

09:17AM 12 about flow out, and we have talked about pit volumes; but, we

09:17AM 13 haven't talked about drill pipe pressure.

09:17AM 14 A.   Right.

09:17AM 15 Q.   That is another one of those gold standards for kick

09:17AM 16 detection, correct?

09:17AM 17 A.   Correct.

09:17AM 18 Q.   You claim that you continuously measured the drill pipe

09:17AM 19 pressure during the entire time that you were there, including

09:17AM 20 when you came back and looked at the eight to 12 minutes --

09:17AM 21 eight to 10 minutes that you were gone, and you never, ever saw

09:17AM 22 anything that gave you concern, was that true?

09:17AM 23 A.   Correct.  Yes, sir.

09:17AM 24 Q.   You never saw drill pipe pressure that gave you any

09:17AM 25 concern; is that true?

09:17AM 1    A.    No, sir.

09:17AM 2    Q.    Had you seen something that would have concerned you about

09:17AM 3    the drill pipe pressure, you would have called the rig floor --

09:17AM 4    A.    The rig floor and the company man.

09:18AM 5    Q.    -- but you didn't?

09:18AM 6          Now, in terms of what happened time-wise, do you concede

09:18AM 7    that there was a negative pressure test going on as a part of

09:18AM 8    the displacement?

09:18AM 9    A.    I just knew it was being performed when I came on tour,

09:18AM 10   yes, sir.

09:18AM 11   Q.    Your interpretation of the data that you had available to

09:18AM 12   you was that it was a successful negative pressure test; is

09:18AM 13   that true?

09:18AM 14   A.    No, sir.  The only reason why I thought it was good was

09:18AM 15   because he went back to do their displacement.  I never got no

09:18AM 16   call saying it was good or viewed the data.

09:18AM 17   Q.    But you concluded based on your data that there was a

09:18AM 18   successful negative pressure test, correct?

09:18AM 19   A.    No, sir.  Like I said, I just thought it was good because

09:18AM 20   they went back to displacement.

09:18AM 21   Q.    If we could pull up 259, one through ten.

09:19AM 22         "Question:  And so you concluded that the negative

09:19AM 23   pressure test was a successful test based upon the data that

09:19AM 24   you were seeing in the mud logger office; is that correct?"

09:19AM 25         Your answer was?

09:19AM 1   A.    Yes, sir.  What I meant by that was that they went back to

09:19AM 2   displacing.  They turned the pumps on and went back to finish

09:19AM 3   their displacement.

09:19AM 4   Q.    In any event, BP -- neither BP nor TO -- anybody for

09:19AM 5   Transocean or BP called you to say that they had any concerns

09:19AM 6   about the negative pressure test, correct?

09:19AM 7   A.    Nobody called, no, sir.

09:19AM 8   Q.    Now, you were aware, Mr. Keith, I'm sure, that the BP

09:19AM 9   investigation of this accident and experts in this case believe

09:19AM 10  that you missed signs of a kick; is that true?

09:19AM 11  A.    Yes, sir.

09:19AM 12  Q.    All right.  If we could go to D-2103.

09:20AM 13        Have you seen this particular demonstrative before?

09:20AM 14  A.    I've seen one similar, yes, sir.

09:20AM 15  Q.    All right.  This is an enlargement of your screen for a

09:20AM 16  time beginning at 2045 and ending after 2135, correct?

09:20AM 17  A.    Yes, sir.  The scales -- scales have been changed.

09:20AM 18  Q.    Right.  I understand that the scales have been changed and

09:20AM 19  that it's larger than you would normally see it --

09:20AM 20  A.    Correct.

09:20AM 21  Q.    -- on your screen, correct?

09:20AM 22  A.    Correct.

09:20AM 23  Q.    But I want to ask you again, because I think you earlier

09:20AM 24  said that if you wanted to enlarge the screen, the scale of the

09:20AM 25  screen, you had the ability to do that, correct?

09:20AM 1    A.    Correct.  Yes, sir.

09:20AM 2    Q.    So if you were concerned about anything that looked subtle

09:20AM 3    or you couldn't see it well enough, you could have, A, gone to

09:20AM 4    the digital data, right?

09:20AM 5    A.    Correct.

09:20AM 6    Q.    You could have enlarged the scale to something like this

09:20AM 7    or maybe even larger, correct?

09:20AM 8    A.    Correct.  Yes, sir.

09:20AM 9    Q.    On this scale, we have the red -- it looks actually more

09:21AM 10   orange on this, but is drill pipe pressure, correct?

09:21AM 11   A.    Correct.

09:21AM 12   Q.    When you look on the graph from 8:45 to 8:52, you see

09:21AM 13   drill pipe pressure which is decreasing quite dramatically,

09:21AM 14   correct?

09:21AM 15   A.    Which time would that be?

09:21AM 16   Q.    This would be 8:45 to 8:52.

09:21AM 17   A.    8:45 to 8:52.

09:21AM 18   Q.    Yes.  If you can find it and you do find it --

09:21AM 19   A.    Yeah, I see it.

09:21AM 20   Q.    -- if you could maybe point it out with the laser on the

09:21AM 21   screen.

09:21AM 22   A.    Yeah, they had brought the pumps down right there, the

09:21AM 23   pump rate down.

09:21AM 24   Q.    So when they bring the pump rate down --

09:21AM 25   A.    They decreased.

09:21AM  1    Q.    -- or they turn the pump off, you're going to have a

09:21AM  2    decrease in drill pipe pressure, correct?

09:21AM  3    A.    Correct.

09:21AM  4    Q.    So this is a normal thing?

09:21AM  5    A.    Correct.

09:21AM  6    Q.    It's expected, correct?

09:21AM  7    A.    Correct.

09:21AM  8    Q.    Then at 8:52, that drill pipe pressure levels off, doesn't

09:21AM  9    it?

09:21AM 10    A.    Yes, sir.

09:21AM 11    Q.    The decreasing trend did not continue, did it?

09:21AM 12    A.    No, sir.

09:21AM 13    Q.    That is not a good thing, is it, sir?

09:22AM 14    A.    Excuse me?

09:22AM 15    Q.    That is not a good thing, is it, sir?

09:22AM 16    A.    I still don't understand what you mean.  They had never

09:22AM 17    turned the pumps off, though.  They just decreased the rate.

09:22AM 18    Q.    The fact that the decreasing trend stopped is not a good

09:22AM 19    thing, is it, sir?

09:22AM 20    A.    The decrease stopped.

09:22AM 21    Q.    Did it level off?  Do you see where it levels off there?

09:22AM 22    A.    Yeah, yeah.  Now, I see what you're talking about.

09:22AM 23    Q.    Do you understand what I'm talking about now?

09:22AM 24    A.    Yes, sir.

09:22AM 25    Q.    That is not a good thing, is it?

09:22AM 1    A.    If it levels off, yes, it is good.

09:22AM 2    Q.    You know that -- do you know that that is the point at

09:22AM 3    which the well began to flow?

09:22AM 4    A.    No, sir.

09:22AM 5    Q.    Now, let's look at 9:01 to 9:08.  Can you locate that on

09:22AM 6    the --

09:22AM 7    A.    9:01 --

09:22AM 8    Q.    Yes, sir.

09:22AM 9    A.    -- to 9:08, yeah, I've seen it.

09:22AM 10   Q.    You would agree, sir, would you not, that the drill

09:22AM 11   pressure, instead of decreasing or leveling off, began to rise,

09:22AM 12   correct?

09:23AM 13   A.    Yes, sir.

09:23AM 14   Q.    At this point, the pump rate was constant, correct?

09:23AM 15   A.    At 21 -- at 2100, he did stagger his pumps, and then he

09:23AM 16   dropped them down a little bit more, but then the pumps were

09:23AM 17   straight, yes, sir.

09:23AM 18   Q.    So we see a rise of a hundred psi at this point, don't we?

09:23AM 19   A.    Yes, sir.

09:23AM 20   Q.    You never saw this hundred psi rise, did you, sir?

09:23AM 21   A.    I think I did, yes, sir.

09:23AM 22   Q.    Let's go to page 103, lines 2 to 15.

09:23AM 23         "Question:  Did you see any data or indication of the data

09:23AM 24   that you were monitoring on the night of the blowout that

09:23AM 25   showed from 9:01 to 9:08 the drill pipe pressure increased

09:23AM 1    100 psi at a constant pump rate?"

09:23AM 2          Your answer was, "No, I did not."

09:23AM 3          "Question:  You never saw that?"

09:23AM 4          Your answer was?

09:23AM 5    A.    No, sir, at the time, yeah.

09:23AM 6    Q.    So you did not see it; did you, sir?

09:24AM 7    A.    I was looking at the data.  I did see it that night.  It

09:24AM 8    didn't stand out as an anomaly.  That's when I had meant.

09:24AM 9    Q.    You were looking at the screen, but you didn't notice that

09:24AM 10   there was a hundred psi increase, correct, sir?

09:24AM 11   A.    I noticed it, yes, sir.

09:24AM 12   Q.    Do you also acknowledge that that is different from what

09:24AM 13   you said in your sworn testimony in this case, sir?

09:24AM 14   A.    Yes, sir, I see that.

09:24AM 15   Q.    Not once, but twice?

09:24AM 16   A.    Correct.

09:24AM 17   Q.    If you had seen it, you would have called the rig floor,

09:24AM 18   correct?

09:24AM 19   A.    It didn't stand out as an anomaly for a kick.

09:24AM 20          I've been a mud logger for 19 and a half years.  I've

09:24AM 21   never missed a kick.

09:24AM 22   Q.    Well, you missed this one, Mr. Keith, didn't you, sir?

09:24AM 23   A.    I've never seen a standpipe pressure increase with a kick.

09:24AM 24   Q.    Answer my question, sir.  You missed this kick, did you

09:24AM 25   not?

09:24AM 1    A.    A lot of people missed the kick, sir.

09:24AM 2    Q.    You and a lot of other people, correct?

09:24AM 3    A.    Correct.

09:24AM 4    Q.    Let's go to page 104, lines 4 to 8.

09:25AM 5          "Now, if you had seen the drill pipe pressure increased a

09:25AM 6    hundred psi from 9:01 to 9:08 at a constant pump rate, would

09:25AM 7    you have called the rig floor?"

09:25AM 8          Answer, "Yes."

09:25AM 9          But you didn't see it, and you didn't call, did you?

09:25AM 10   A.    It didn't stand out as an anomaly.  I've never seen -- for

09:25AM 11   a kick, the standpipe pressure to increase.

09:25AM 12   Q.    All right.  Let's go to D-2104.

09:25AM 13         All right.  Do you agree with me that between 9:08 to

09:25AM 14   9:14, the pump was turned off?

09:25AM 15   A.    Yes, sir.

09:25AM 16   Q.    Do you agree with me that what was shown on your data was

09:25AM 17   that there was a rise in drill pipe pressure of 246 pounds?

09:26AM 18   A.    I wasn't able to see that on my monitor that night, sir.

09:26AM 19   Q.    You're not saying it wasn't there, correct?

09:26AM 20   A.    I didn't see it on my monitors.

09:26AM 21   Q.    I understand.

09:26AM 22   A.    My monitors went black.

09:26AM 23   Q.    But you're not saying that you didn't see it, correct?

09:26AM 24   A.    I didn't see it.

09:26AM 25   Q.    If you would have seen it, you certainly would have called

09:26AM 1   the rig floor, correct?

09:26AM 2   A.   That time, yes, sir.

09:26AM 3   Q.   All right.  Now, you talked about earlier the second set

09:26AM 4   of eyes.

09:26AM 5   A.   Right.

09:26AM 6   Q.   The fact that you were second set of eyes does not mean to

09:26AM 7   suggest that you didn't have a very grave responsibility to

09:26AM 8   monitor for a kick; isn't that true?

09:26AM 9   A.   I do.  I monitor them.  I'm very good at my job, sir.

09:26AM 10   Q.   If you missed a kick, and you did, so did Transocean;

09:26AM 11   isn't that true, sir?

09:26AM 12   A.   Correct.  It happened, (indicating), instantly.

09:26AM 13   Q.   Let's talk a little bit about your training.

09:27AM 14        Even though -- you do admit that well control school

09:27AM 15   involves instruction in kick detection, correct?

09:27AM 16   A.   Correct.  Yes, sir.

09:27AM 17   Q.   The last time that you were sent to a well control school

09:27AM 18   was about seven or eight years before your deposition --

09:27AM 19   A.   Yes, sir.

09:27AM 20   Q.   -- in March of 2011; is that true?

09:27AM 21   A.   Yes, sir.

09:27AM 22   Q.   The well control they sent you to really didn't focus on

09:27AM 23   detecting kicks, did it?

09:27AM 24   A.   Randy Smith, it was real thorough.

09:27AM 25   Q.   All right.  Let's go to pages 24 -- 24, lines 7 through

09:27AM 1    18.

09:27AM 2        "Question:  Now, an important part of well control school

09:27AM 3    is detecting a kick, isn't it?"

09:28AM 4        And your answer was, "Yes, sir."

09:28AM 5        Keep going down to line 18.

09:28AM 6        "Question:  That's something that you all focus

09:28AM 7    specifically on in well control school?"

09:28AM 8        Your answer was, "No," correct?

09:28AM 9        Go ahead and get the next --

09:28AM 10   A.   I must have misread the question at that --

09:28AM 11   Q.   Your answer was no, correct?

09:28AM 12   A.   Yeah, but I must have misunderstood the question.

09:28AM 13   Q.   Let's talk about March 8th of 2010.  There was a kick on

09:28AM 14   the *Deepwater Horizon* on March 8, 2010; was there not?

09:28AM 15   A.   Yes, sir.

09:28AM 16   Q.   You were not on tour, were you?

09:28AM 17   A.   Correct.

09:28AM 18   Q.   There was another gentleman who worked for Sperry-Sun

09:28AM 19   whose name was Nick Malczewskyj, correct?

09:28AM 20   A.   Yes, sir.

09:29AM 21   Q.   Nick Malczewskyj missed a significant kick; did he not,

09:29AM 22   sir?

09:29AM 23   A.   No, he didn't.

09:29AM 24   Q.   Is it true that there was a significant kick?

09:29AM 25   A.   Yes, sir.

09:29AM 1   Q.   The kick was not discovered for over 30 minutes, correct?

09:29AM 2   A.   No, sir.

09:29AM 3   Q.   There were 35 barrels of mud lost, correct?

09:29AM 4   A.   Not that I'm aware of.  They had came and woke me up to

09:29AM 5   come and look at the data.

09:29AM 6   Q.   You did not learn later that there were 35 barrels of mud

09:29AM 7   lost on that kick?

09:29AM 8   A.   I understood that there was a gain, and that Nick called

09:29AM 9   the rig floor about the gain.

09:29AM 10  Q.   Isn't it true, sir, that after this event, well site

09:29AM 11  leader -- BP well site leader Murray Sepulvado ran off

09:29AM 12  Nick Malczewskyj?

09:29AM 13  A.   Yes, he did.

09:29AM 14  Q.   Despite the fact that there was a kick, and despite the

09:29AM 15  fact that the well site leader ran your colleague off,

09:29AM 16  Halliburton did not do any kind of an investigation, did it?

09:30AM 17  A.   I don't know about that, sir.

09:30AM 18  Q.   It certainly didn't do any lessons learned, did it, sir?

09:30AM 19  A.   Not that I'm aware of.

09:30AM 20       MR. DEGRAVELLES:  I tender the witness.

09:30AM 21       THE COURT:  Let's take about a 15-minute recess.

09:30AM 22       THE DEPUTY CLERK:  All rise.

09:31AM 23       (WHEREUPON, at 9:31 a.m. the Court took a recess.)

09:49AM 24       THE DEPUTY CLERK:  All rise.

09:49AM 25       THE COURT:  All right.  Please be seated, everyone.

09:49AM 1          Mr. Keith, don't get quite so close to the

09:49AM 2    microphone.  Okay?  I mean, you can't get way far away, there

09:49AM 3    has to be a happy medium here.  We're having problems.  I have

09:49AM 4    no idea how this technology works, but apparently if you get

09:49AM 5    too far away, we can't hear in here, and if you get too close,

09:49AM 6    they can't hear in the overflow room.  Why that is, I have no

09:49AM 7    idea.  But so let's see if we can get a happy medium here.

09:50AM 8    Okay?

09:50AM 9          THE WITNESS:  Okay.

09:50AM 10         MR. DEGRAVELLES:  Judge, one housekeeping matter.  I

09:50AM 11   only referred to -- we showed on the screen one page of the

09:50AM 12   *Receipt and Release* document, which is TREX 969.  I would like

09:50AM 13   to offer the entire document, including, of course, the

09:50AM 14   signature page.  It shows the date.

09:50AM 15         THE COURT:  It's redacted out, right?

09:50AM 16         MR. DEGRAVELLES:  Yes, the number is redacted out.

09:50AM 17         THE COURT:  Any objection?

09:50AM 18         MR. BROCK:  I would like to look at that document.

09:50AM 19         THE COURT:  We'll deal with that when we offer all of

09:50AM 20   the exhibits.

09:50AM 21         Okay.  Does the United States have any

09:50AM 22   questions?

09:50AM 23         MR. CHAKERES:  Yes, Your Honor, Nat Chakeres on behalf

09:50AM 24   of the United States.  Just a few questions.

09:50AM 25         THE COURT:  Go ahead.

CROSS-EXAMINATION

BY MR. CHAKERES:

Q.   Good morning, Mr. Keith.

A.   Good morning.

Q.   I have you on cross-examination.  I would like to follow up on just a couple of topics that you touched on in your testimony this morning.

     And I would like, if we could cull out TREX 620.  And if we could have -- cull out A.

     Okay.  Mr. Keith, you have in front of you on the monitor, that's -- those are -- the Sperry display for a lot of different parameters of rig data for the last hour on April 20th.

     Do you see what?

A.   Yes, sir.

Q.   Okay.  And I just had a couple -- I just had, you know, a few questions here for you.

     And do you have in front of you, any of the traces here, are total pit volume?  Is that pit volume change?

A.   Yes, sir.  That's pit volume change.  That would be the -- what we have selected as the active pits, whatever they tell us which pits are going to be active.

Q.   There is also a column on the far right side saying, "Active pit total."

     Do you see that?

09:52AM 1    A.    Yes, sir.

09:52AM 2    Q.    Is that what you were just referring to when you have

09:52AM 3    active pits?

09:52AM 4    A.    Correct.

09:52AM 5    Q.    With both the active pit total and the pit volume change,

09:52AM 6    those are not -- you look at the traces, and those are not

09:52AM 7    steady traces, are they?

09:52AM 8    A.    Correct.

09:52AM 9    Q.    And if you had a closed pit system, you would have

09:52AM 10   relatively flat lines in those -- in those tracings that you

09:52AM 11   could watch for small variations; is that right?

09:52AM 12   A.    Correct.  Yes, sir.

09:52AM 13   Q.    And then is it shown on here where trip tanks are located,

09:52AM 14   trip tank volumes?

09:52AM 15   A.    Yes, sir.

09:52AM 16   Q.    And could you identify for us, for the record, if there

09:52AM 17   is -- what column you can find trip tank changes.

09:52AM 18   A.    That's what I'm trying to find right now.

09:53AM 19         Yeah.  The trip tank change, it would be right underneath

09:53AM 20   the pit volume change.

09:53AM 21   Q.    Okay.

09:53AM 22   A.    Yeah.

09:53AM 23   Q.    So it's this green line?

09:53AM 24   A.    Green line.  I'm sorry.  Green line, yes.

09:53AM 25   Q.    And is it all right if we do a cull out that goes back a

09:53AM 1    little earlier in time?  So could we go back to the original

09:53AM 2    document and then do a cull out that goes back a little earlier

09:53AM 3    until time.  Okay.  That should work.

09:53AM 4         So you're just talking about this green line right here,

09:53AM 5    is the trip tank change?

09:53AM 6    A.    Correct.  Yes.

09:53AM 7    Q.    And that's also the flow out that you have that's

09:53AM 8    overlapping with that, right?

09:54AM 9    A.    Yes, sir.  Yes, sir.

09:54AM 10   Q.    And you see when the trip tank goes down, the flow out

09:54AM 11   goes up?

09:54AM 12   A.    Yes, sir.  That's because he was dumping the trip tank

09:54AM 13   across the flow line.  It makes an increase in the flow out.

09:54AM 14   Q.    And so if they hadn't been moving things out of the trip

09:54AM 15   tanks, an increase in flow would have been a kick indicator for

09:54AM 16   you, right?

09:54AM 17   A.    Correct.

09:54AM 18   Q.    But that's not a kick indicator -- that increase is not a

09:54AM 19   clear kick indicator because there is a simultaneous dumping of

09:54AM 20   trip tanks?

09:54AM 21   A.    Right.

09:54AM 22   Q.    Thank you.

09:54AM 23        I also wanted to ask you -- we can take down that

09:54AM 24   demonstrative.

09:54AM 25        You testified earlier today that there was seawater being

09:54AM 1   pumped from the sea chest straight downhole without going to a

09:54AM 2   pit first.

09:54AM 3       Do you remember that?

09:54AM 4   A.   Correct.

09:54AM 5   Q.   Okay.  And I just wanted to make it clear on the record,

09:54AM 6   it was possible to pump seawater -- to your understanding, it's

09:54AM 7   possible to pump seawater into the pits before going downhole?

09:54AM 8   A.   If they would have had room to have -- room for the water

09:55AM 9   to be pumped into the pit, yes, they could have stored it in

09:55AM 10  the pit.

09:55AM 11  Q.   And there was one other point I wanted to confirm with

09:55AM 12  you.  During your tour on April 20th, you never spoke with a BP

09:55AM 13  well site leader; is that correct?

09:55AM 14  A.   Correct.

09:55AM 15  Q.   Okay.  You never spoke with Don Vidrine, and you never

09:55AM 16  spoke with Bob Kaluza?

09:55AM 17  A.   Correct.

09:55AM 18  Q.   I just have one more question, and this is about what

09:55AM 19  happened after the explosions.  And I know that was a tough

09:55AM 20  time.  I don't want to go through all of the details with you

09:55AM 21  here.  But was there a point where you went to the edge of the

09:55AM 22  rig to talk to somebody who was thinking about jumping off the

09:55AM 23  rig?

09:55AM 24  A.   Yes, sir.

09:55AM 25  Q.   And you were trying to talk that person out of jumping off

09:55AM 1   the rig?

09:55AM 2   A.   Correct.

09:55AM 3   Q.   When you were over there, did you happen to see if there

09:55AM 4   was oil on the water?

09:55AM 5   A.   Yes, there was.

09:56AM 6   Q.   There was.

09:56AM 7        Was there any flame on the water; do you remember?

09:56AM 8   A.   As far as I could remember, there was a couple little

09:56AM 9   spot fires, yeah.

09:56AM 10        MR. CHAKERES:   Thank you, sir.   I have no further

09:56AM 11   questions.

09:56AM 12        THE COURT:   Alabama?

09:56AM 13        MR. MAZE:   Very briefly.

09:56AM 14        THE COURT:   Okay.

09:56AM 15                    CROSS-EXAMINATION

09:56AM 16   BY MR. MAZE:

09:56AM 17   Q.   Corey Maze for the State of Alabama on cross-examination.

09:56AM 18        Good morning, Mr. Keith.

09:56AM 19   A.   Good morning.

09:56AM 20   Q.   I just want to do a very quick follow-up on something that

09:56AM 21   you testified to before the break.   You testified that

09:56AM 22   Murray Sepulvado ran off Nick Selmo (spelled phonetically),

09:56AM 23   correct?

09:56AM 24   A.   Correct.

09:56AM 25   Q.   And Murray Sepulvado was a BP well site leader?

09:56AM 1    A.    Yes, sir.

09:56AM 2    Q.    Did Murray Sepulvado ever sit down with you and talk about

09:57AM 3    the lessons learned from the March 8th kick?

09:57AM 4    A.    No.   We -- they woke me up during the day to come down and

09:57AM 5    look at the data.   I looked at the data, and then -- I even

09:57AM 6    brought the ledger book, I think it was, with me, to get with

09:57AM 7    Mr. Murray about what had happened.

09:57AM 8    Q.    Did Murray or anyone else from BP ever just sit down and

09:57AM 9    say, "Hey, Mr. Keith, here are the lessons that we learned from

09:57AM 10   March 8th so it doesn't happen again"?

09:57AM 11   A.    Not that I recall, no, sir.

09:57AM 12          MR. MAZE:   That's all we had, Your Honor.

09:57AM 13          THE COURT:   Louisiana?

09:57AM 14          MR. KRAUS:   Very briefly, Your Honor.

09:57AM 15                        CROSS-EXAMINATION

09:57AM 16   BY MR. KRAUS:

09:57AM 17   Q.    Good morning, Mr. Keith.   I'm Doug Kraus on behalf of

09:58AM 18   State of Louisiana.   I have you under cross-examination.   I

09:58AM 19   just have a few questions for you.

09:58AM 20          Do you recall receiving a request on or about April 1,

09:58AM 21   2010, from BP for daily ASCII data related to the Macondo well?

09:58AM 22   A.    I don't remember, no, sir.

09:58AM 23   Q.    Can we pull up Exhibit 962.   And go down to that first

09:58AM 24   paragraph with "Cat" and "Joe."

09:58AM 25          All right.   And you'll note that the e-mail is from Jose

09:58AM 1    Ortiz.  He's a Halliburton employee, correct?

09:58AM 2    A.    Yes, sir.

09:58AM 3    Q.    And who is he, can you identify him?

09:58AM 4    A.    Jose?

09:58AM 5    Q.    Yes.

09:58AM 6    A.    Yes.  He's one of our technical support guys in Houston.

09:58AM 7    If anything goes wrong with data exchange or logs and so forth,

09:58AM 8    we get in touch with him.

09:58AM 9    Q.    Okay.  And on April 1st, 2010, you get an e-mail from

09:58AM 10   Mr. Ortiz, and it's also to Cat Willis.  I think you've

09:58AM 11   identified Ms. Willis previously.

09:59AM 12   A.    Yes, sir.

09:59AM 13   Q.    And it says, "Cat/Joe, the drilling fluids engineer,

09:59AM 14   John LeBleu, is requesting an ASCII export file every morning

09:59AM 15   for the remaining Macondo well"; is that correct?

09:59AM 16   A.    Yes.  Now I remember it.

09:59AM 17   Q.    And the information included, if you go down to that last

09:59AM 18   paragraph there:  Time, depth, hole data.  It also included

09:59AM 19   flow in, flow out, standpipe pressure and pump rates.

09:59AM 20        Isn't that correct?

09:59AM 21   A.    Correct.  Yes, sir.

09:59AM 22   Q.    And the reason Mr. LeBleu wanted this information was to

09:59AM 23   assess lost circulation amounts; isn't that correct?

09:59AM 24        MR. BROCK:  Your Honor, I'm going to object on

09:59AM 25   foundation here.  I don't think this witness recalls seeing

09:59AM 1   this document.  So I object on foundation.

09:59AM 2       THE COURT:  This was the -- well, it was an e-mail sent

09:59AM 3   to him, so I'll let him testify.

09:59AM 4           I'll let you testify about it to the extent you

09:59AM 5   can either recall it or -- what this is about or you can tell

09:59AM 6   us what it is about based on reading it now.

09:59AM 7   BY MR. KRAUS:

10:00AM 8   Q.   Okay.  Can we pull up Exhibit 964.

10:00AM 9       Okay.  And this is an e-mail from Mr. LeBleu to yourself

10:00AM 10  dated April 11, 2010; isn't that correct?

10:00AM 11  A.   Correct.

10:00AM 12  Q.   And you'll notice that you received the e-mail along with

10:00AM 13  Mark Hafle and Brian Morel; isn't that correct?

10:00AM 14  A.   Correct.

10:00AM 15  Q.   And Mr. LeBleu writes to you, among others, on April 11,

10:00AM 16  2010, related to this release of data and his request, "Time

10:00AM 17  based, including depth, pump pressure, SPM, flow in, flow out,

10:00AM 18  etcetera.  All used to help predict, prevent, and assess lost

10:00AM 19  circulation."

10:00AM 20      Isn't that what he wrote to you?

10:00AM 21  A.   Correct.

10:00AM 22  Q.   And you received this e-mail, didn't you?

10:00AM 23  A.   Yes, sir.

10:00AM 24  Q.   And you never were able to provide that information to

10:00AM 25  Mr. LeBleu, were you?

10:00AM 1    A.    I really can't remember.  I remember a couple times we did

10:01AM 2    send some of the data to him.

10:01AM 3    Q.    Was it related to this request?

10:01AM 4    A.    Yes, sir.  It was the mud data.  That's all I remember,

10:01AM 5    the mud ASCII file that he wanted.  And this looks familiar,

10:01AM 6    with all the parameters there that he did want.

10:01AM 7    Q.    Can we pull up Exhibit 966, the top paragraph.

10:01AM 8          This is an e-mail from John Guide dated April 12, 2010.

10:01AM 9          Do you know who Kelly Gray is?

10:01AM 10   A.    Kelly Gray is my relief unit manager.

10:01AM 11   Q.    You'll notice on April 12, 2010, John Guide -- and who is

10:01AM 12   John Guide?

10:01AM 13   A.    I think he's like one of the mud engineer guys, gurus in

10:01AM 14   town.

10:01AM 15   Q.    He works for BP?

10:01AM 16   A.    I'm not sure if he was with BP or M-I.  I'm really not

10:01AM 17   sure.

10:01AM 18   Q.    Well, I'll represent to you that Mr. Guide is BP's well

10:01AM 19   team leader related to Macondo well.  Does that sound correct

10:02AM 20   to you?

10:02AM 21   A.    Sounds familiar now, yeah.

10:02AM 22   Q.    Mr. Guide instructs Kelly Gray of Sperry-Sun on April 12,

10:02AM 23   2010, "Don't send this data"; isn't that correct?

10:02AM 24   A.    That's what it says.

10:02AM 25          MR. BROCK:  I object on foundation.  He's not copied on

10:02AM   1    this e-mail.

10:02AM   2            THE WITNESS:  Yeah.  That's what it says, that's all

10:02AM   3    I'm saying.

10:02AM   4            THE COURT:  Had you seen this before?

10:02AM   5            THE WITNESS:  No, sir.  I never seen that e-mail.

10:02AM   6            THE COURT:  All right.  I sustain the objection.

10:02AM   7            MR. KRAUS:  Those are all of the questions I have.

10:02AM   8    Thank you.

10:02AM   9            THE COURT:  All right.  Okay, Transocean -- I'm sorry.

10:02AM  10    Halliburton.

10:02AM  11            MR. HARTLEY:  Floyd Hartley for Halliburton.  May I

10:03AM  12    proceed, Your Honor?

10:03AM  13            THE COURT:  Yes.

10:03AM  14                For the court reporter, this is direct

10:03AM  15    examination.

10:03AM  16                       DIRECT EXAMINATION

10:03AM  17    BY MR. HARTLEY:

10:03AM  18    Q.   For direct examination.  I'm sorry.

10:03AM  19        Joe, the last two and a half years, you and I have had a

10:03AM  20    good bit of time to talk, and I've asked you a lot of

10:03AM  21    questions.  For your sake, hopefully this will be the last time

10:03AM  22    you'll have to go through this, but I've got a few questions to

10:03AM  23    ask, clear up some things and add to it a little bit.

10:03AM  24    A.   Okay.

10:03AM  25    Q.   The first thing I want to do, if we could put up TREX 620,

10:03AM 1    is clear up some confusion that there was for me in response to

10:03AM 2    Mr. DeGravelles' questions.

10:03AM 3         Do you recognize this?

10:03AM 4    A.   Yes, sir.  It's our time log.

10:04AM 5    Q.   This is essentially the data you were looking at on the

10:04AM 6    evening of April 20th on the *Deepwater Horizon*?

10:04AM 7    A.   Yes.

10:04AM 8    Q.   Does this show the parameters you were monitoring that

10:04AM 9    evening?

10:04AM 10   A.   Yes.

10:04AM 11   Q.   Does this show them in this scale at which you were

10:04AM 12   monitoring them?

10:04AM 13   A.   Yes.

10:04AM 14   Q.   Okay.  Mr. DeGravelles asked you some questions about some

10:04AM 15   kick indicators, and I'm not sure the record is entirely clear.

10:04AM 16   But on that evening, did you see any indication before your

10:04AM 17   screens went black that there was a kick underway?

10:04AM 18   A.   No, sir, I did not.

10:04AM 19   Q.   Did you see any change in any of the sensor data

10:04AM 20   parameters that you were watching that suggested to you that

10:04AM 21   there was a kick?

10:04AM 22   A.   No, sir.

10:04AM 23   Q.   I think you mentioned that you had been a mud logger for

10:04AM 24   19 and a half years; is that right?

10:04AM 25   A.   Yes.

10:04AM 1    Q.   In that course of those 19 and a half years, have you ever

10:04AM 2    missed a kick?

10:04AM 3    A.   No, sir.  I never have.

10:04AM 4    Q.   Do you know Randy Ezell?

10:04AM 5    A.   Yes, sir.

10:04AM 6    Q.   Who is Randy?

10:04AM 7    A.   I think he was a toolpusher or an OIM --

10:04AM 8    Q.   Did you have an opportunity --

10:05AM 9    A.   -- for Transocean.

10:05AM 10   Q.   Did you have an opportunity to work with Mr. Ezell on the

10:05AM 11   *Deepwater Horizon*?

10:05AM 12   A.   Yes, I did.

10:05AM 13   Q.   He testified last week that in his experience that he's

10:05AM 14   never known you to miss a kick.  Does that surprise you?

10:05AM 15   A.   He's a good guy, yeah.

10:05AM 16   Q.   How many kicks would you say you've caught over those

10:05AM 17   19 and a half years?

10:05AM 18   A.   I'd say between 10 and 13.

10:05AM 19   Q.   In any of those 10 to 13 kicks that you've caught, have

10:05AM 20   you seen an increase in standpipe pressure as an indication of

10:05AM 21   those kicks?

10:05AM 22   A.   Never have.

10:05AM 23   Q.   What was the typical standpipe pressure response in those

10:05AM 24   10 to 13 kicks that you saw this?

10:05AM 25   A.   The standpipe pressure would decrease.

10:05AM 1   Q.   Now, you've testified that on that evening you didn't see

10:05AM 2   any indication of a kick.

10:05AM 3        You had an opportunity to look at Exhibit 620 and go back

10:05AM 4   over the data in the last two and a half years; is that right?

10:05AM 5   A.   Correct.

10:05AM 6   Q.   In reviewing the data again, looking at what was going on

10:05AM 7   that night, looking back on that evening, does that data

10:06AM 8   indicate to you at any point that there was a kick?

10:06AM 9   A.   No, sir, it does not.

10:06AM 10  Q.   In response to one of Mr. deGravelles' questions, you

10:06AM 11  commented that it happened instantly.  What did you mean by

10:06AM 12  that?

10:06AM 13  A.   It just the spur of the moment.  You know, instantly.

10:06AM 14  That's the only -- best I can say.  It just happened quick.

10:06AM 15  Q.   Looking at the data that night, looking at the data now,

10:06AM 16  any indication before 9:30 in your mind that the well was

10:06AM 17  flowing?

10:06AM 18  A.   No, sir, there was -- every time they'd turn the pumps

10:06AM 19  off, the well was static.  There was no flow at the flow line.

10:06AM 20  Q.   Is that something you actually checked?

10:06AM 21  A.   Yes, sir.  On channel 14, I think it was, it's a visual.

10:06AM 22  It comes through the TV system.  It's a camera at the flow

10:06AM 23  line.  There was always a no flow at the flow line.

10:06AM 24  Q.   Let's pull up D-8166.

10:07AM 25       Mr. DeGravelles showed you a picture of the interior of

10:07AM 1    the mud logging shack, circa 2003; do you remember that?

10:07AM 2    A.    Yes.

10:07AM 3    Q.    This is a demonstrative we put together that, based on

10:07AM 4    your deposition testimony and others, should reflect the

10:07AM 5    interior of the mud logging shack as it existed that night.

10:07AM 6          The looking at this screen, D-8166, does that fairly and

10:07AM 7    adequately represent the mud logging shack as it would have

10:07AM 8    appeared on the evening of April 20, 2010?

10:07AM 9    A.    Yeah.  Like I said earlier, the only thing that's missing

10:07AM 10   is the TV system and the monitor above that TV.

10:07AM 11   Q.    Over here on the left-hand side, you see we've put a

10:07AM 12   monitor in there that is supposed to reflect that TV.  So other

10:07AM 13   than the fact that it looks like a computer monitor, would you

10:07AM 14   say that's the TV you've been referring to?

10:07AM 15   A.    Correct, yeah.

10:07AM 16   Q.    Explain what sort of data you could see on that TV screen.

10:07AM 17   A.    We could actually see our display.  We can actually see

10:07AM 18   the -- you're talking about the TV system?

10:08AM 19   Q.    The TV system.

10:08AM 20   A.    Yeah.  We could see the rig floor when they are making up

10:08AM 21   BHA's or anything to do -- making up the bit and so forth.

10:08AM 22         We could see the main deck.  We can see the -- that's

10:08AM 23   basically about it, you know.

10:08AM 24   Q.    There were a series of channels that would show you

10:08AM 25   different views on the rig?

10:08AM 1   A.   Correct.

10:08AM 2   Q.   Was one of those channels the flow camera?

10:08AM 3   A.   Yes, sir.

10:08AM 4   Q.   When you talk about having done a flow check, is that what

10:08AM 5   you're talking about, looking at that TV screen?

10:08AM 6   A.   Yes, sir, physically looking at the TV screen.

10:08AM 7   Q.   Can you describe to the Court what you can see looking at

10:08AM 8   that TV screen when the flow line camera was selected?

10:08AM 9   A.   You can actually see if they were pumping or not pumping,

10:08AM 10  if the well is flowing or not flowing.

10:08AM 11  Q.   What would you physically see on the screen to determine

10:08AM 12  that?

10:08AM 13  A.   Mud coming out the flow line into the gumbo buster, if

10:08AM 14  there was any flow coming out of the well.

10:08AM 15  Q.   You could actually see the mud flowing --

10:09AM 16  A.   Correct.

10:09AM 17  Q.   -- on the camera?

10:09AM 18  A.   Correct.  Yes.

10:09AM 19  Q.   Did you have an opportunity on the evening of April 20th

10:09AM 20  to look at that camera and visually check for flow?

10:09AM 21  A.   Yes.  I always did.

10:09AM 22  Q.   At some point that evening, they shut down for the sheen

10:09AM 23  test; is that right?

10:09AM 24  A.   Correct.

10:09AM 25  Q.   That's the point after which you could no longer see flow

10:09AM 1   out and pit gain?

10:09AM 2   A.   Correct, because they closed the valve.

10:09AM 3   Q.   At that point when they shut down the pumps for the sheen

10:09AM 4   test, did you visually check for flow?

10:09AM 5   A.   Yes, I did.

10:09AM 6   Q.   Do you recall whether that was about 9:08 p.m.?

10:09AM 7        MR. BROCK:  Object to leading.

10:09AM 8        THE WITNESS:  Approximately, yeah.

10:09AM 9        MR. BROCK:  Object to leading.

10:09AM 10       THE WITNESS:  Approximately.

10:09AM 11       BY MR. HARTLEY:

10:09AM 12  Q.   Do you recall about what time that was?

10:09AM 13  A.   Not accurately, no, sir.  I'd have to look at the log.

10:09AM 14  Q.   Let's do that.  Let's jump right to 620 and clear this up.

10:09AM 15       Robb, if you can blow out the portion for those two -- the

10:10AM 16  lower slices.

10:10AM 17       All right.  Mr. Keith, looking at Exhibit 620, I've pulled

10:10AM 18  out a period of time from 9 o'clock to 9:30.  You see this red

10:10AM 19  line is pump rate; is that right?

10:10AM 20  A.   Correct.

10:10AM 21  Q.   Do you see at what point in time are the pumps turned off

10:10AM 22  between 9:00 and 9:20?

10:10AM 23  A.   Like at 2108, maybe.

10:10AM 24  Q.   Do you have a recollection or understanding of why at

10:10AM 25  2108 on the evening of April 20th those pumps were shut off?

3570

10:10AM 1    A.   That's when they were doing their sheen test.  You could

10:10AM 2    actually -- we actually seen the change in the color of the mud

10:10AM 3    at the flow line, which meant that the spacer was up, the 16/4

10:10AM 4    spacer.  It's a water-based spacer, and it's a slight different

10:10AM 5    color.  It's an indicator.

10:10AM 6    Q.   Then on Exhibit 620 at 2108, or 9:08 p.m., that's when

10:11AM 7    they shut off the pumps for the sheen test?

10:11AM 8    A.   Correct.

10:11AM 9    Q.   Is that the point in time where you looked to your left at

10:11AM 10   the camera screen to visually check for flow?

10:11AM 11   A.   Correct.

10:11AM 12   Q.   What did you see?

10:11AM 13   A.   There was no flow at the flow line.  Then, about 30 or

10:11AM 14   40 seconds, they closed the gate.  That's when I logged down in

10:11AM 15   my book that they had performed their sheen test, and that the

10:11AM 16   well was static, and that they had closed the gate.

10:11AM 17   Q.   Did you record that information that night in your

10:11AM 18   logbook?

10:11AM 19   A.   Yes, I did.

10:11AM 20   Q.   Is there any doubt in your mind that at 9:08 p.m. when you

10:11AM 21   looked at that flow line, that the well had stopped flowing?

10:11AM 22   A.   I visually seen that the well had stopped flowing, that

10:11AM 23   there was no flow coming out of the flow line.

10:11AM 24   Q.   Did you actually see the valve or with the gate close when

10:11AM 25   they diverted overboard?

10:11AM 1    A.    Yeah, you can actually see -- because the camera is at an

10:11AM 2    angle pointed towards the flow line, you can actually see the

10:11AM 3    gate close.

10:11AM 4    Q.    Had the flow stopped before you saw the gate close?

10:12AM 5    A.    Yes, the flow did stop.

10:12AM 6    Q.    When Mr. deGravelles was asking you some questions, he

10:12AM 7    focused on the time period about 8:52 to 9 o'clock, there was a

10:12AM 8    change in the flow, and then a period of 9:01 to 9:08, where

10:12AM 9    there was a slight increase in standpipe pressure.  Do you

10:12AM 10   recall those discussions?

10:12AM 11   A.    Yes.

10:12AM 12   Q.    Looking at those on that evening, did it cause you any

10:12AM 13   concern that the well may have been flowing?

10:12AM 14   A.    No.

10:12AM 15   Q.    Looking at them now, backwards in time, does that cause

10:12AM 16   you any concern that the well was flowing?

10:12AM 17   A.    No.  Every time they turned the pumps off, the well was

10:12AM 18   static.

10:12AM 19   Q.    Both of those were before you visually confirmed the well

10:12AM 20   was not flowing?

10:12AM 21   A.    Correct.

10:12AM 22   Q.    I want to take a few steps back, Joe, and talk about

10:12AM 23   Joe Keith.

10:12AM 24        How long have you worked for Halliburton?

10:12AM 25   A.    A total of 20 years.  It will make 20 years this coming

10:12AM 1    August.

10:12AM 2    Q.    What position did you first start in at Halliburton?

10:13AM 3    A.    I started out as a trainee, which is a sample catcher.

10:13AM 4    Q.    Was that offshore, onshore?

10:13AM 5    A.    It was offshore in the Gulf of Mexico.

10:13AM 6    Q.    What does a sample catcher do?

10:13AM 7    A.    We prepare the samples for the mud logger to look at, the

10:13AM 8    cuttings from the formation.  We clean them and prep them for

10:13AM 9    the mud logger to look at, and we bag the samples up.

10:13AM 10   Q.    Go to the shale shakers, pull out --

10:13AM 11   A.    Go to the shale shakers, collect bag samples, clean

10:13AM 12   samples for the mud logger.

10:13AM 13         If is there a rig site geologist, we prep their samples

10:13AM 14   also.

10:13AM 15   Q.    How long did you work as a sample catcher for Halliburton?

10:13AM 16   A.    Approximately six to eight months.

10:13AM 17   Q.    What happened after that six to eight months; what did you

10:13AM 18   do?

10:13AM 19   A.    I was working with Emmett Keener at the time as a sample

10:13AM 20   catcher.  He was training me to become his night mud logger for

10:13AM 21   Marathon.  That's when I became a night mud logger for

10:13AM 22   Marathon.

10:13AM 23   Q.    Do you remember about what year that was?

10:14AM 24   A.    Early or mid '94, somewhere around there.

10:14AM 25   Q.    From '94 up until 2010, the night of the blowout, were you

10:14AM 1    continuously working as a mud logger for Halliburton?

10:14AM 2    A.    Yes, I was.

10:14AM 3    Q.    Your first job as a mud logger, I think you said, was with

10:14AM 4    Marathon?

10:14AM 5    A.    With Marathon Oil.

10:14AM 6    Q.    How long did you work for Marathon as a mud logger?

10:14AM 7    A.    Off and on, probably about six, seven years.

10:14AM 8    Q.    After that six or seven years, so we're about the 2000,

10:14AM 9    2001 time frame, where did you go next?

10:14AM 10    A.    Off and on, different customers.  Anadarko, Dominion, BP.

10:14AM 11    I worked a lot for BP off and on, also.

10:14AM 12    Q.    At some point did you get assigned to the

10:14AM 13    *Deepwater Horizon*?

10:14AM 14    A.    Yes.  I think I was doing a job for Chevron, and I got a

10:14AM 15    call from my supervisor at the time, which was Mr. Earl Fly,

10:14AM 16    saying that Charley Jay, for BP, which was, I think, the

10:15AM 17    petrophysicist at the time, requested me to go to the *Horizon*.

10:15AM 18    Q.    Had you worked for Charley Jay before?

10:15AM 19    A.    Yes, sir, on the *Thunder Horse* well.

10:15AM 20    Q.    Would you characterize that as a pretty good working

10:15AM 21    relationship?

10:15AM 22    A.    Very good.

10:15AM 23    Q.    So BP specifically requested you to be assigned to the

10:15AM 24    *Horizon*?

10:15AM 25    A.    Yes, sir.

10:15AM 1    Q.    What year was that?

10:15AM 2    A.    I would say early 2001.  It was after they did their

10:15AM 3    little test well after the rig came into Gulf.

10:15AM 4    Q.    Did you work on the *Deepwater Horizon* as a mud logger

10:15AM 5    continuously from that point until the night of the explosion?

10:15AM 6    A.    Yes.  That was my assigned rig.

10:15AM 7    Q.    We're going to talk a little bit about the mud logger's

10:15AM 8    duties and jobs and what you did on that rig; but, for the

10:15AM 9    moment, I just want to jump forward.

10:15AM 10          Since the accident, are you still a mud logger for

10:15AM 11   Halliburton?

10:15AM 12   A.    I'm not a mud logger offshore.  I'm a working in a

10:15AM 13   facility called The Rock in Broussard.  We make sure that the

10:15AM 14   data is coming through for all the customers to see.  When the

10:16AM 15   data exchange comes in, it's sent out to multiple partners and

10:16AM 16   people for the well.

10:16AM 17          We do technical support.  If we do see something, some

10:16AM 18   anomalies or something, we get in touch with the rig -- or with

10:16AM 19   the mud logger and so forth.

10:16AM 20   Q.    What is The Rock?

10:16AM 21   A.    The Rock is basically a technical support area.

10:16AM 22          Right now -- previously, I was doing six jobs, monitoring

10:16AM 23   about six wells.  We troubleshoot.  If loggers have trouble

10:16AM 24   creating ASCII files, any problems with Insite, we try to

10:16AM 25   troubleshoot the issues first.  If we can't, we forward a

10:16AM 1    message to our Insite gurus, John Gisclair or Chris Wilson.

10:16AM 2    Q.   The Rock is a realtime operations center?

10:16AM 3    A.   Yes, sir.

10:16AM 4    Q.   Do you have any plans to leave The Rock and go back

10:17AM 5    working offshore?

10:17AM 6    A.   No, I'll never be able to work offshore again.

10:17AM 7    Q.   Why is that?

10:17AM 8    A.   After the *Horizon* incident, I'll never be able to.

10:17AM 9    Q.   Are you working onshore in a similar sort of capacity as

10:17AM 10   being a mud logger?

10:17AM 11   A.   Like I said, I'm working The Rock.  Our main duties are

10:17AM 12   technical support.

10:17AM 13   Q.   Do you have an opportunity to review data that's being --

10:17AM 14   that's realtime data like we saw today?

10:17AM 15   A.   Yes.

10:17AM 16   Q.   Do you have an opportunity to look at that data and see

10:17AM 17   whether or not there is a problem on a rig?

10:17AM 18   A.   Yes.  I've noticed two kicks already since I've been in

10:17AM 19   The Rock.

10:17AM 20   Q.   What did you do in those situations where you noticed a

10:17AM 21   kick?

10:17AM 22   A.   We have a Windows Communicator, and we have a phone line.

10:17AM 23        First, I chatted with the mud loggers on Windows

10:17AM 24   Communicator, and they also seen the anomaly, too, at the same

10:17AM 25   time.  They both said that they just contacted the rig floor.

10:17AM 1    Q.   Do you know whether on April 20 of 2010, the data that was

10:17AM 2    being transmitted from the rig to the BP center in Houston, was

10:18AM 3    that is also going to this Rock in Broussard?

10:18AM 4    A.   As far as I know, I think it just went to our MWD guys,

10:18AM 5    when our MWD guys were on the rig at the time.

10:18AM 6         But I think after our MWD guys left, it wasn't.  I'm not

10:18AM 7    familiar.

10:18AM 8    Q.   Had the MWD guys already left the *Deepwater Horizon* before

10:18AM 9    the explosion?

10:18AM 10   A.   Yes, yes.

10:18AM 11   Q.   All right.  You spent about 19 and a half years as a mud

10:18AM 12   logger, working, I guess, the last nine years or so, from '01

10:18AM 13   to 2010 on the *Horizon*.

10:18AM 14   A.   Correct.

10:18AM 15   Q.   What does a mud logger do?

10:18AM 16   A.   We've got a very strenuous job.  Full service mud logging

10:18AM 17   monitors, torque, rotary, gas, all drilling parameters,

10:18AM 18   tripping in and out of the hole for any -- any -- any -- just

10:18AM 19   many different activities.  They might be running casing and so

10:19AM 20   forth.

10:19AM 21   Q.   For example, this morning we've heard a lot about your

10:19AM 22   monitoring for signs of a kick.

10:19AM 23   A.   Correct.

10:19AM 24   Q.   Does a mud logger do more than that?

10:19AM 25   A.   Yes.

3577

10:19AM 1    Q.   Let's pull up TREX-611.  The first page first, please.

10:19AM 2         Do you recognize the cover page of TREX-611, Mr. Keith?

10:19AM 3    A.   Yes.  It looks like our End of Well Report.

10:19AM 4    Q.   For the Court's benefit, what is an End of Well Report?

10:19AM 5    A.   It's a booklet that we keep up that we turn in to the

10:19AM 6    customer at the end of the job.  It's a breakdown of all the

10:19AM 7    rig activities, as per, like, hole sections that are drilled

10:20AM 8    and so forth.

10:20AM 9    Q.   Outlines the services provided by the mud loggers and what

10:20AM 10   happened during the course of a well?

10:20AM 11   A.   Correct.  It's like a diary.

10:20AM 12   Q.   Let's go to the page with the Bates ending 8243.  If we

10:20AM 13   can blow up the bottom portion.

10:20AM 14        Now, looking at page 8243, I've highlighted the bottom

10:20AM 15   section, Mr. Keith, where it says services supplied by

10:20AM 16   Sperry Drilling Services.

10:20AM 17        Looking at this long list of services, is that consistent

10:20AM 18   with your understanding of the things you did as a mud logger

10:20AM 19   on the *Deepwater Horizon* for the Macondo well?

10:20AM 20   A.   Yes, sir.

10:20AM 21   Q.   Things like realtime drilling monitoring?

10:20AM 22   A.   Yes, sir.

10:20AM 23   Q.   Formation evaluation?

10:20AM 24   A.   Yes.

10:20AM 25   Q.   Now, obviously, the services you provide are going to

10:20AM 1    differ at different operations during the course of the well?

10:20AM 2    A.    Correct.   Correct.

10:20AM 3    Q.    You've been on -- have you been on the *Horizon* for

10:20AM 4    previous displacement procedures?

10:20AM 5    A.    Yes, sir.

10:20AM 6    Q.    During a displacement procedure what sort of duties would

10:21AM 7    you have, other than monitoring the well that we've talked

10:21AM 8    about?

10:21AM 9    A.    Yeah, we -- like I said, we monitor all the parameters for

10:21AM 10   pits, everything that we can.

10:21AM 11   Q.    What do you do with the information you are monitoring?

10:21AM 12   A.    We check for anomalies, anything like that, any

10:21AM 13   occurrences.

10:21AM 14   Q.    Do you also contemporaneously prepare this End of Well

10:21AM 15   Report as operations are going on?

10:21AM 16   A.    Correct.

10:21AM 17   Q.    Do you try to communicate with other personnel on the rig

10:21AM 18   about things you see?

10:21AM 19   A.    Correct.

10:21AM 20   Q.    Do you record data?

10:21AM 21   A.    Yes, we keep a ledger book that we write our information

10:21AM 22   in.

10:21AM 23   Q.    You've mentioned a few times this ledger book this

10:21AM 24   morning.  Can you describe what you mean by that for us?

10:21AM 25   A.    It's a ledger book that -- any rig activity.  Like if they

10:21AM 1   shut the pumps down, we write it down.  If we call the driller,

10:21AM 2   we write it down.  Company man, calls from town.

10:21AM 3   Q.   Do you try to record all of the activities going on that

10:21AM 4   evening?

10:21AM 5   A.   Yes, sir.

10:21AM 6   Q.   Do you do any accounting for mud volumes?

10:22AM 7   A.   Yeah.  For transferring, we write down what the total is

10:22AM 8   before and after and so forth.  Track mud volumes, yes, sir.

10:22AM 9   Q.   Is that something you were doing on the evening of

10:22AM 10  April 20th?

10:22AM 11  A.   Yes, sir.

10:22AM 12  Q.   Why do you do that?  Why do you record those mud volumes?

10:22AM 13  A.   Because the mud engineer usually compares our numbers with

10:22AM 14  his numbers, so he can do his report.

10:22AM 15  Q.   Now, when you're keeping track of the volume of mud that's

10:22AM 16  moving, can you explain to the Court how you actually

10:22AM 17  physically do that?

10:22AM 18  A.   We have to actually look in our database on the current

10:22AM 19  run that we're on.

10:22AM 20       When they start transferring, if they do call us, tell us

10:22AM 21  that they're transferring or whatever, we'll write down what

10:22AM 22  the actual volume is before.  Then we'll watch them transfer.

10:22AM 23       Then we'll have to go back -- we'll have to shut that

10:22AM 24  database down, that icon down, because it won't continually

10:22AM 25  update.  You have to shut it down for it to refresh itself.

10:22AM 1          Once they are through transferring, we bring it back up to

10:23AM 2    screen, and we get the actual number that's left in the pit.

10:23AM 3    We log that down in the book, and we keep an accurate number in

10:23AM 4    case the mud engineer calls us.

10:23AM 5    Q.   When you're keeping track of this mud volume, when mud is

10:23AM 6    being moved from pit to pit, can you give us some sort of

10:23AM 7    estimate on how long that activity might take?

10:23AM 8    A.   It takes sometimes a minute, minute and a half, two

10:23AM 9    minutes.  It depends on how quick we can find it in the

10:23AM 10   database.

10:23AM 11   Q.   At the same time, are you also monitoring the

10:23AM 12   other equipment?

10:23AM 13   A.   Yes.  I'm constantly looking at my screen.

10:23AM 14   Q.   In response to some of Mr. deGravelles' questions, you

10:23AM 15   talked about the simultaneous operations.  I think one of the

10:23AM 16   things you said was that there was a lot of mud moving around

10:23AM 17   that evening?

10:23AM 18   A.   Correct.

10:23AM 19   Q.   Was there more mud moving around during that displacement

10:23AM 20   procedure than is usually moved during a displacement

10:23AM 21   procedure?

10:23AM 22   A.   Yes, there was.

10:23AM 23   Q.   As that mud was being moved between and among the various

10:24AM 24   pits on the rig, were you entering the databases as that mud

10:24AM 25   was moving over time?

10:24AM 1   A.   Yes.  I would enter the database and try to get the most

10:24AM 2   accurate number I could to write down in my ledger book.

10:24AM 3   Q.   Is that something you were doing throughout the course of

10:24AM 4   your tour that evening?

10:24AM 5   A.   Correct.

10:24AM 6   Q.   How much of your time would you say was occupied tracking

10:24AM 7   that mud movement?

10:24AM 8   A.   A good bit of it.  30 percent, 40 percent, yeah.

10:24AM 9   Q.   When you were working as a sample catcher, were you

10:24AM 10  trained to do that sort of thing?

10:24AM 11  A.   Yes.

10:24AM 12  Q.   I can't remember who it was you were trained with; Emmett?

10:24AM 13  A.   Emmett Keener.

10:24AM 14  Q.   Now, did you receive any other training with Halliburton

10:24AM 15  to be a mud logger?

10:24AM 16  A.   Yes, we have routine courses that we have to take.  We

10:24AM 17  have on-line courses we have to take, which is -- it's called

10:24AM 18  I-Learn.  It's routinely, constantly.

10:24AM 19  Q.   Did you have to attend any courses, classes, sit down and

10:25AM 20  take tests or anything?

10:25AM 21  A.   Oh, yeah, yeah.

10:25AM 22  Q.   When was that?

10:25AM 23  A.   It depends.  We get e-mails saying that when we're up to

10:25AM 24  being, like, deficient in a course.  We would have a timeline

10:25AM 25  to do it.

10:25AM 1       Then, we're required to take tests to get promoted from

10:25AM 2  stages in our development.  We have to actually take the test

10:25AM 3  to get promoted.

10:25AM 4  Q.    When stage did you start at?

10:25AM 5  A.    It was a sample catcher.  I can't remember what the grade

10:25AM 6  level they called it back then.

10:25AM 7  Q.    When you first became a mud logger, what was your stage?

10:25AM 8  A.    F-13, I think it was.

10:25AM 9  Q.    What stage are you now?

10:25AM 10  A.    A 15, senior unit manager.

10:25AM 11  Q.    So over course of each of those three steps, you had to

10:25AM 12  take a test?

10:25AM 13  A.    Yes, sir.

10:25AM 14  Q.    Would you have to take some sort of class or course in

10:25AM 15  conjunction with that?

10:25AM 16  A.    Yeah.

10:25AM 17       Plus, we have to get with certain people, and they ask us

10:25AM 18  questions, and they physically write down with we're deficient

10:26AM 19  in or what -- it's like an interview deal.

10:26AM 20  Q.    Give us an idea of the sort of subject matter you would

10:26AM 21  discuss in moving from, say, an F-13 to a 14 to a 15?

10:26AM 22  A.    Yeah.  They would ask us, like, how do you plot

10:26AM 23  pore pressure; what are your indications of an increase in

10:26AM 24  pore pressure; what are your indication of shows, pay zones,

10:26AM 25  indications of kicks, mud losses; how you build logs, trace

3583

10:26AM 1   logs, time logs, depth base logs, and so forth.

10:26AM 2   Q.   So on the screen we still have Exhibit 611, this blow-up

10:26AM 3   of these services provided.  Is it fair to say that your

10:26AM 4   training and these interviews or examinations you had to do --

10:26AM 5   A.   Right.

10:26AM 6   Q.   -- to progress were consistent with the sort of services

10:26AM 7   you provided on the *Deepwater Horizon*?

10:26AM 8   A.   Correct.  Yes, sir.

10:26AM 9   Q.   You also mentioned I-Learns, I think?

10:26AM 10  A.   Yes, sir.

10:26AM 11  Q.   What are those I-Learns?

10:26AM 12  A.   We have safety courses we have to take, like HAZMAT

10:27AM 13  courses and so forth like that, how to build logs.  You name

10:27AM 14  it.  There is a bunch of courses we have to take.

10:27AM 15  Q.   Any way you can estimate for the Court how many courses

10:27AM 16  you've taken over the 19-and-a-half years as a mud logger?

10:27AM 17  A.   No.  Hundreds.

10:27AM 18  Q.   Too many to count?

10:27AM 19  A.   Yeah, hundreds, if not thousands.

10:27AM 20  Q.   In addition to your training with Emmett, the classrooms

10:27AM 21  and these various interviews and tests, were you also provided

10:27AM 22  written materials to help you understand what you're supposed

10:27AM 23  to do as a mud logger?

10:27AM 24  A.   Yes, we have like a mud logging handbook, part one and

10:27AM 25  part two, applied technology and stuff like that.

10:27AM 1   Q.    Were these available to you on the *Deepwater Horizon*?

10:27AM 2   A.    Yes.  We keep them and -- for our sample catchers that

10:27AM 3   come out, to also let them start their training phase.

10:27AM 4   Q.    Are those manuals that you periodically refer to for

10:27AM 5   various purposes --

10:27AM 6   A.    Yes.

10:27AM 7   Q.    -- as performing the services that are on 611?

10:27AM 8   A.    Yes, sir.

10:27AM 9   Q.    Let's pull up TREX-60998.

10:28AM 10        While we're doing that, did you also -- I think, in

10:28AM 11  response to Mr. deGravelles' questions, mention you've gone to

10:28AM 12  well control school?

10:28AM 13  A.    Yes, sir.

10:28AM 14  Q.    What control well control school and training did you

10:28AM 15  receive?

10:28AM 16  A.    With Randy Smith.

10:28AM 17  Q.    That was about, what, 10 years ago now?

10:28AM 18  A.    Approximately, yes, sir.

10:28AM 19  Q.    Can you see what we have on the screen, this TREX-60998?

10:28AM 20  Do you recognize this cover page?

10:28AM 21  A.    Yes.  That's our fundamentals one, phase one, surface mud

10:28AM 22  logging data.

10:28AM 23  Q.    This would be part one of the mud logging manual you just

10:28AM 24  talked about?

10:28AM 25  A.    Correct.

10:28AM 1    Q.    This was something you received during the course of your

10:28AM 2    training with Halliburton?

10:28AM 3    A.    Yes.

10:28AM 4    Q.    Let's go to the page with Bates ending 1184.

10:28AM 5          We talked this morning about, in great length, monitoring

10:28AM 6    the well.  Now, you see on this page there's a section 5.4 that

10:28AM 7    talks about well kick.

10:28AM 8    A.    Uh-huh.

10:28AM 9    Q.    Was a part of your training with Halliburton, in both the

10:29AM 10   classrooms, the well control training, and now the manuals, a

10:29AM 11   discussion of well control and kick detection?

10:29AM 12   A.    Yes.

10:29AM 13   Q.    What is your understanding of what a kick is?

10:29AM 14   A.    It's an influx.  It could be of gas, saltwater.

10:29AM 15   Q.    Were you trained in the course of your training with

10:29AM 16   Halliburton and your experience as a mud logger to look for

10:29AM 17   indicia or indicators of a kick?

10:29AM 18   A.    Yes, sir.

10:29AM 19   Q.    Let's turn to the Bates ending 1188.

10:29AM 20         You'll see Section 5.5, Kick Warning Signals.  Have you

10:29AM 21   seen that before?

10:29AM 22   A.    Yes.

10:29AM 23   Q.    Is this something that you were trained about, to look for

10:29AM 24   kick warning signals?

10:29AM 25   A.    Yes.

10:29AM 1   Q.   The paragraph right below that, the first kick warning

10:29AM 2   signal lists a flow rate crease.

10:29AM 3          Now, you talked with Mr. deGravelles this morning about

10:30AM 4   gold standards and all.  Is it your understanding that a flow

10:30AM 5   rate crease is the leading indicator of a kick?

10:30AM 6   A.   Yes, it is at the flow line.  Yes.

10:30AM 7   Q.   That's the first thing you want to look for that's going

10:30AM 8   to be an indicator of a kick?

10:30AM 9   A.   Yes.

10:30AM 10  Q.   Did you do that on the evening of April 20th?

10:30AM 11  A.   Yes.

10:30AM 12  Q.   As long as you could, anyway?

10:30AM 13  A.   Correct.

10:30AM 14  Q.   If we turn to the next page ending 1189, you see the

10:30AM 15  second indicator of a kick that you were trained for is pit

10:30AM 16  volume crease.

10:30AM 17  A.   Correct.

10:30AM 18  Q.   Is it consistent with your understanding that that is sort

10:30AM 19  of the next in line, what you want to look for?

10:30AM 20  A.   Correct.

10:30AM 21  Q.   Were you monitoring pit volume increases on the evening of

10:30AM 22  April 20th?

10:30AM 23  A.   I was trying to, yes, sir.

10:30AM 24  Q.   It was a little hard that night?

10:30AM 25  A.   Yeah.

10:30AM 1    Q.   Why is that?

10:30AM 2    A.   Because they didn't have the returns going to the boat,

10:30AM 3    you know -- I mean, they had returns going to the boat that

10:30AM 4    night.

10:30AM 5    Q.   Because of some of the simultaneous operations --

10:30AM 6    A.   Right.

10:30AM 7    Q.   -- you discussed with Mr. deGravelles?

10:30AM 8    A.   Correct.

10:30AM 9    Q.   Now, the next one after pit volume crease, well flowing

10:31AM 10   with the pumps off, is it your understanding that that is also,

10:31AM 11   based on your training and experience --

10:31AM 12   A.   Yes, sir.

10:31AM 13   Q.   -- an indicator of a kick?

10:31AM 14   A.   Very significant indicator.

10:31AM 15   Q.   Now, on the evening of April 20th, were you monitoring for

10:31AM 16   well flowing with the pumps off?

10:31AM 17   A.   Correct.

10:31AM 18   Q.   Was there any point in time where you saw that the well

10:31AM 19   was flowing and the pumps were off?

10:31AM 20   A.   I never seen the well flow when the pumps were off.  The

10:31AM 21   well stopped flowing.

10:31AM 22   Q.   Now, focusing specifically on that time frame, about

10:31AM 23   9:08 p.m. where you said you did the flow check when they shut

10:31AM 24   down the machine pump -- are we on the same page?

10:31AM 25   A.   Correct.

10:31AM 1    Q.   After they shut off the pumps, was there still a little

10:31AM 2    bit of residual flow?

10:31AM 3    A.   No, it completely stopped from what I seen on the TV.

10:31AM 4    Q.   From the time the pumps shut off until the time you saw

10:31AM 5    the flow -- had stopped, how much time would you say that was?

10:31AM 6    A.   It stopped very quickly.  I would say 30 seconds, maybe.

10:31AM 7    Yeah.  It stopped quick.

10:31AM 8    Q.   Based on your nine years or so on the *Deepwater Horizon*

10:31AM 9    and based upon your experience on the Macondo well, was that an

10:32AM 10   abnormal amount of time for flow to stop after the pumps were

10:32AM 11   shut off?

10:32AM 12   A.   No, that's normal because the seawater was -- you know,

10:32AM 13   the spacer and the seawater was there, so that's normal for it

10:32AM 14   to stop that quick with seawater --

10:32AM 15   Q.   Did it stand out in your mind at all as a problem?

10:32AM 16   A.   No.  There was no flow.

10:32AM 17   Q.   Now, if we look at paragraph 5.5.4, the next paragraph on

10:32AM 18   Exhibit 60998, talks about pump pressure decrease and pump

10:32AM 19   stroke increase.  Do you see that?

10:32AM 20   A.   Correct.

10:32AM 21   Q.   Was it a part of your training, whether it's Randy Smith

10:32AM 22   well control school, the class that you were attending, or this

10:32AM 23   manual, that when you're looking for signs of a kick, you look

10:32AM 24   for a decrease in standpipe pressure?

10:32AM 25   A.   Correct.

10:32AM  1          MR. DEGRAVELLES:  Excuse me, Judge.  He's leading this

10:32AM  2    witness.

10:32AM  3          THE COURT:  Yes, you are.  Let's try not to lead him.

10:32AM  4    BY MR. HARTLEY:

10:32AM  5    Q.   With respect to pump pressure, what does your training and

10:32AM  6    experience reveal to you you are to be looking for with respect

10:33AM  7    to a change in standpipe pressure?

10:33AM  8    A.   For a decrease.  That's how -- I've always seen in one of

10:33AM  9    my kicks that I have detected was a decrease in standpipe

10:33AM  10   pressure.

10:33AM  11   Q.   Let's jump quickly to TREX-62953.

10:33AM  12        You talked about the mud logging manual being a two-volume

10:33AM  13   --

10:33AM  14   A.   Correct.

10:33AM  15   Q.   -- manual.  So we'll see if this is the second volume.

10:33AM  16        Do you recognize TREX-62953, Joe?

10:33AM  17   A.   Yes, I do.

10:33AM  18   Q.   What is this?

10:33AM  19   A.   That's basically part two, Surface Data Applied

10:33AM  20   Fundamentals.

10:33AM  21   Q.   Was this something you were provided in conjunction with

10:33AM  22   your training by Halliburton to do your job as a mud logger?

10:33AM  23   A.   Yes, sir.

10:33AM  24   Q.   The title on here says, "Surface Data Logging, SDL."

10:33AM  25   A.   Yes, sir, SDL.

10:33AM 1    Q.    That means mud logging?

10:33AM 2    A.    Mud logging, yes, sir.

10:33AM 3    Q.    This document, volume two, like volume one, was that

10:33AM 4    available to you on the *Deepwater Horizon*?

10:34AM 5    A.    Yes, we had both volumes, both booklets.

10:34AM 6    Q.    Was it something that you were trained to utilize?

10:34AM 7    A.    Yes, sir.

10:34AM 8    Q.    If we jump to page ending Bates 870, chapter four of this

10:34AM 9    volume two of the well control manual also discussed well

10:34AM 10   control; do you see that, Joe?

10:34AM 11   A.    Yes, I do.

10:34AM 12   Q.    Were you trained in this section?

10:34AM 13   A.    Yes.

10:34AM 14   Q.    Did you know you were supposed to look for signs of a

10:34AM 15   kick?

10:34AM 16   A.    Yes, sir.

10:34AM 17   Q.    Were you trained in what those signs were to be?

10:34AM 18   A.    Yes, sir.

10:34AM 19   Q.    Both in the core fundamentals that we looked at a moment

10:34AM 20   ago, and now the applied fundamentals, both the theoretical and

10:34AM 21   practical, you were trained --

10:34AM 22         THE REPORTER:  Could you slow down, please.

10:34AM 23         MR. BROCK:  Object to leading, also.

10:34AM 24         THE COURT:  Don't lead, and slow down.

10:34AM 25         MR. HARTLEY:  Mr. Haycraft said he's going to throw

10:34AM 1     peanuts at me.

10:35AM 2              THE COURT:  I think Cathy might throw some peanuts at

10:35AM 3     you.

10:35AM 4              BY MR. HARTLEY:

10:35AM 5     Q.    Could you read the first sentence of that second

10:35AM 6     paragraph, Mr. Keith?

10:35AM 7     A.    "The loss of well control is often a subtle and unexpected

10:35AM 8     event until it has suddenly become a threat to life, property

10:35AM 9     and environment."

10:35AM 10    Q.    Were you trained to look for subtle and unnoticed events?

10:35AM 11    A.    Yes, I was.

10:35AM 12    Q.    Were you trained to be diligent?

10:35AM 13    A.    Yes.

10:35AM 14    Q.    On the evening of April 20, 2010, did you take your job

10:35AM 15    seriously?

10:35AM 16    A.    Yes, sir.

10:35AM 17    Q.    Did you know that missing a kick could be a threat to

10:35AM 18    life, property and the environment?

10:35AM 19    A.    Yes, I do.

10:35AM 20    Q.    Did you monitor the data, the entire time you were in that

10:36AM 21    shack?

10:36AM 22    A.    Yes, I did.

10:36AM 23    Q.    Were you looking for signs of a kick?

10:36AM 24    A.    Yes.

10:36AM 25    Q.    Were you looking for the things we just went through, pit

10:36AM  1    volume increase, increase in flow out, flow with the pump

10:36AM  2    stopped?

10:36AM  3    A.    Yes.

10:36AM  4    Q.    Did you ever, at any point till you heard rain on your

10:36AM  5    shack, see any indication in any of the data that you thought

10:36AM  6    was a sign of a kick?

10:36AM  7    A.    No.

10:36AM  8    Q.    In the course of your 19 and a half year as a mud logger

10:36AM  9    for Halliburton, did you ever receive any sort of crew awards?

10:36AM 10    A.    Yes.  I've gotten numerous *Crew of the Month* awards for

10:36AM 11    kick detection.  I've never missed a kick.  And for plotting

10:36AM 12    pore pressure for a wellbore, to let them know when to raise

10:36AM 13    the mud weights and stuff.

10:36AM 14    Q.    What is a *Crew of the Month* award?

10:36AM 15    A.    It's an award for different jobs we have.  They select --

10:36AM 16    our supervisors or whoever it is in our office picks a team

10:37AM 17    for -- if they've done a good job and so forth.  We used to get

10:37AM 18    like a -- I think it was like a little gift card.  It's an

10:37AM 19    acknowledgment to let other crew members know -- know that

10:37AM 20    we've done a good job, and the customers also.

10:37AM 21    Q.    Have you received customer-based bonuses for your

10:37AM 22    performance?

10:37AM 23    A.    Yes.  Numerous.

10:37AM 24    Q.    Any way you can estimate how many over the course of those

10:37AM 25    19 and a half years?

10:37AM   1     A.    No.

10:37AM   2     Q.    I want to talk briefly about -- finish out the loop on

10:37AM   3     your well monitor and well control responsibilities.

10:37AM   4           In both of the two documents we just looked at, we have

10:37AM   5     chapters titled *Well Control*.

10:37AM   6           What is your understanding of your job or responsibility

10:37AM   7     as it relates to well control?

10:37AM   8     A.    It's very, very high.  Very risky.

10:37AM   9     Q.    It's very important?

10:37AM  10     A.    Very important.  Yes, sir.

10:38AM  11     Q.    What specifically is your role on well control?

10:38AM  12     A.    We monitor for any changes, bunch of reasons that would

10:38AM  13     stand out as a kick.

10:38AM  14     Q.    At the point you monitor and you see something, an

10:38AM  15     anomaly, what then are you supposed to do?

10:38AM  16     A.    Our responsibility, first we call the rig floor, which

10:38AM  17     would be Transocean, the driller or AD, and the company rep.

10:38AM  18     Q.    Anything else that you're supposed to do with respect to

10:38AM  19     well monitoring or well control as you understand it?

10:38AM  20     A.    No, that's it.  We're just supposed to let them know if we

10:38AM  21     see anything.

10:38AM  22     Q.    Do you have access to any buttons, levers or switches that

10:38AM  23     you could activate any component of the BOP?

10:38AM  24     A.    No.

10:38AM  25     Q.    Is there an EDS switch, an emergency disconnect switch, in

10:38AM 1    your mud logging shack?

10:38AM 2    A.    No.

10:38AM 3    Q.    Can you shut off the pumps?

10:38AM 4    A.    No.

10:38AM 5    Q.    Can you control movement of mud?

10:38AM 6    A.    No.

10:38AM 7    Q.    Rob, let's pull up TREX-1453.

10:39AM 8          Is there any way for you, Joe, to shut in the well if you

10:39AM 9    see a problem?

10:39AM 10   A.    No.

10:39AM 11   Q.    Mr. Keith, this the front page of the *Deepwater Horizon*

10:39AM 12   Emergency Response Manual.  It's TREX-1453.

10:39AM 13         Have you ever seen this before?

10:39AM 14   A.    Yes, I have.

10:39AM 15   Q.    Is this something that was on the *Deepwater Horizon*?

10:39AM 16   A.    Yes.

10:39AM 17   Q.    What is your understanding of the general purpose of this

10:39AM 18   document as it relates to you?

10:39AM 19   A.    It gives you rules and responsibilities.

10:39AM 20   Q.    Including rules and responsibilities for addressing

10:39AM 21   emergency situations?

10:39AM 22   A.    Correct.

10:39AM 23   Q.    Let's go to the Bates ending 8238.

10:39AM 24         This is a page from TREX-1453, the Emergency Response

10:39AM 25   Manual, related to the duties and obligations of a mud logger

10:40AM 1    where there is a well control or shallow gas blowout.

10:40AM 2         Is this something, Joe, that when you were working on the

10:40AM 3    *Deepwater Horizon* you had seen?

10:40AM 4    A.   Yes.

10:40AM 5    Q.   Under *General*, the duties include:  Monitoring gas,

10:40AM 6    monitoring the well monitoring equipment, and continuously

10:40AM 7    monitoring.

10:40AM 8         Is that your understanding of generally your

10:40AM 9    responsibilities?

10:40AM 10   A.   Yes.

10:40AM 11   Q.   Now, we don't need to get into definitionally what

10:40AM 12   level one and level two are, but in the event that there was a

10:40AM 13   level one emergency, was it your understanding that you're

10:40AM 14   supposed to advise the driller and toolpusher of abnormal

10:40AM 15   readings, anomalies?

10:40AM 16        MR. DEGRAVELLES:  Excuse me, Judge.  He continues to

10:40AM 17   lead.  He continues to lead the witness.

10:40AM 18        THE COURT:  Yes.  Please avoid leading.

10:40AM 19        MR. HARTLEY:  I'll try.

10:40AM 20   BY MR. HARTLEY:

10:40AM 21   Q.   Mr. Keith, looking at paragraph 5.9, the mud logger's

10:40AM 22   responsibility, what is your understanding of your

10:40AM 23   responsibility as a mud logger on the *Deepwater Horizon* when

10:40AM 24   there is a level one emergency?

10:40AM 25   A.   We continuously sit there and monitor, let them know of

3596

10:41AM 1    any changes or anything until we're -- until we're notified to

10:41AM 2    either abandon or what.  We wait for their decision for us to

10:41AM 3    stay the unit or to leave the unit.

10:41AM 4    Q.   Now, if it progresses to a level two, is your

10:41AM 5    understanding of your responsibilities or duties any different

10:41AM 6    as relates to addressing that emergency?

10:41AM 7    A.   Right.  We still continue to monitor until further

10:41AM 8    notified.

10:41AM 9    Q.   Rob, if we pull out where it gets to level three.

10:41AM 10        Joe, what is your understanding of the mud logger's duty

10:41AM 11   and responsibility in a well control event on the

10:41AM 12   *Deepwater Horizon* when it progresses to a level three

10:41AM 13   emergency?

10:41AM 14   A.   Once a kick has been taken and they are doing the well

10:42AM 15   control, we still sit in the unit, and if we can monitor the

10:42AM 16   pressures, like for the standpipe and choke, after the well is

10:42AM 17   shut in, they still request us to be in the unit until further

10:42AM 18   notified.

10:42AM 19   Q.   In your experience, based on your training, do you have

10:42AM 20   any role in helping address whatever the well control situation

10:42AM 21   may be?

10:42AM 22   A.   No.  As far as like shutting in the well?  No.

10:42AM 23   Q.   Are you typically involved, based on your experience, in

10:42AM 24   the investigation of whatever the anomaly may be?

10:42AM 25   A.   We investigate it, yes.  We give it a company of men, yes.

10:42AM 1    Q.    Is it common for them to call you and ask your input, your

10:42AM 2    advice?

10:42AM 3    A.    Sometimes they do; sometimes they don't.

10:42AM 4    Q.    You may help address or assess the situation?

10:42AM 5    A.    Right.

10:42AM 6    Q.    Other than that, do you have any responsibility as far as

10:42AM 7    you know?

10:42AM 8    A.    No, we're just still sitting in the unit waiting on the

10:42AM 9    decisions.

10:42AM 10   Q.    Until somebody tells you to evacuate?

10:43AM 11   A.    Right.  And continue to monitor, yeah.

10:43AM 12   Q.    I want to talk a little bit about -- you can take that

10:43AM 13   down, Rob -- about the data that was available to you and the

10:43AM 14   drillers on the *Deepwater Horizon*.  You discussed this a little

10:43AM 15   with Mr. DeGravelles, and I want to make sure we're clear.

10:43AM 16        In the mud logging shack, what data did you receive?

10:43AM 17   A.    RPM, torque, all the pit volumes, active pits, reserve

10:43AM 18   pits, trip tanks, torque, rotary, standpipe, choke, pressures,

10:43AM 19   so forth.

10:43AM 20   Q.    Where did you get that data?

10:43AM 21   A.    It was through a system called the Profibus system.  It

10:43AM 22   was Transocean's way of transmitting -- that's the data -- to

10:44AM 23   our system.

10:44AM 24   Q.    So when we looked at TREX-620, the realtime display, you

10:44AM 25   received data from various sensors on the rig?

10:44AM  1    A.   Correct.

10:44AM  2    Q.   Whose sensors were those?

10:44AM  3    A.   Some were Transocean's, some were ours.

10:44AM  4    Q.   Which ones were Halliburton sensors?

10:44AM  5    A.   The backup flow-out sensor, and our gas equipment.

10:44AM  6    Q.   For all of the other data we were looking at, the pit

10:44AM  7    volume, standpipe pressure and the like, whose sensors were

10:44AM  8    those?

10:44AM  9    A.   Transocean's.

10:44AM 10    Q.   Now, when you were looking at the picture of the driller's

10:44AM 11    cabin with Mr. DeGravelles, you noticed that there was a Sperry

10:44AM 12    picture on the left-hand side.

10:44AM 13    A.   Right.

10:44AM 14    Q.   What is your understanding of the data that was available

10:44AM 15    on that screen?

10:44AM 16    A.   They were seeing the same thing that I had brought up on

10:44AM 17    my screen, but they still could change whatever they want to

10:45AM 18    look at.  I don't know exactly what they were looking at at the

10:45AM 19    time, unless we go up to the rig floor and actually physically

10:45AM 20    see what they are looking at.

10:45AM 21    Q.   Now, as best you understand it, could the driller, the

10:45AM 22    assistant driller, whoever was in the drill shack, see all of

10:45AM 23    the data that was available to you in mud logging shack?

10:45AM 24    A.   Correct.

10:45AM 25    Q.   Now, you were sitting in your mud logging shack, could you

10:45AM 1   see all of the data that was available to the driller?

10:45AM 2   A.   Repeat that.

10:45AM 3   Q.   When you're sitting in your mud logging shack looking at

10:45AM 4   your data, the WITS data inside realtime log, could you also

10:45AM 5   see everything the driller could see?

10:45AM 6   A.   No, I could not.

10:45AM 7   Q.   When you talked about the camera, or the TV on your

10:45AM 8   left-hand side where you could change channels, was one of

10:45AM 9   those channels -- did one of those channels show the driller's

10:45AM 10  screen?

10:45AM 11  A.   That's like the driller's display?  No.

10:45AM 12  Q.   Did it show the Sperry display?

10:45AM 13  A.   Yes.

10:46AM 14  Q.   Pull TREX-606 quickly.  Focus on the bottom half.

10:46AM 15       You testified a minute ago about the data you were

10:46AM 16  receiving on the rig.  And you see a list here, Transocean

10:46AM 17  sensor data transmitted to Sperry.

10:46AM 18       Is this consistent with your understanding of the data

10:46AM 19  that Transocean sent to you to do your job as a mud logger?

10:46AM 20  A.   Yes.

10:46AM 21  Q.   Is flow out on that list?

10:46AM 22  A.   No, it's not.

10:46AM 23  Q.   Now, I want to make sure it's clear, were you able to see

10:46AM 24  any data from the Transocean flow-out sensor in your shack?

10:46AM 25  A.   No, I was not.

| | | |
|---|---|---|
| 10:46AM | 1 | Q.   Could you turn a channel on your screen and see it? |
| 10:46AM | 2 | A.   I could see it on the TV.  There was an actual picture -- |
| 10:46AM | 3 | the actual camera feed of the flow out. |
| 10:46AM | 4 | Q.   You could see the actual flow out path -- |
| 10:47AM | 5 | A.   Yes. |
| 10:47AM | 6 | Q.   Were you able to see the percentage reading of that |
| 10:47AM | 7 | Transocean sensor? |
| 10:47AM | 8 | A.   No. |
| 10:47AM | 9 | Q.   As you were looking at the data, did you have any alarms |
| 10:47AM | 10 | set? |
| 10:47AM | 11 | A.   Yes. |
| 10:47AM | 12 | Q.   Could you explain what sort of alarms you would have had |
| 10:47AM | 13 | set on the data you were monitoring? |
| 10:47AM | 14 | A.   The pits, standpipe, gas. |
| 10:47AM | 15 | Q.   Describe for the Court how those alarms would trigger. |
| 10:47AM | 16 | A.   You would set a high limit and a low limit.  Say, like for |
| 10:47AM | 17 | the standpipe pressure, when they bring up their pumps, say the |
| 10:47AM | 18 | standpipe pressure was like 4800, we would set that 150 to |
| 10:48AM | 19 | 200 psi higher and then 100 to 250 psi lower.  That way we |
| 10:48AM | 20 | could see any changes like that. |
| 10:48AM | 21 | And in our gas, we had it set at 75 units.  Because when |
| 10:48AM | 22 | it would reach 100, we would call the rig floor and notify them |
| 10:48AM | 23 | of the gas, and the company men.  And when it got to 200, we |
| 10:48AM | 24 | called the bridge, and then they announced on the PA:  "No |
| 10:48AM | 25 | smoking, welding, chipping and grinding," and so forth. |

3601

10:48AM 1    Q.    When a sensor data response would exceed the alarm value

10:48AM 2    set, either high or low, what happens in your mud logging

10:48AM 3    shack?

10:48AM 4    A.    You could set up different noises, like a maul binging,

10:48AM 5    different sounds.

10:48AM 6    Q.    Was there anything to alert you to the alarm other than

10:48AM 7    the audible noise?

10:48AM 8    A.    No.

10:48AM 9    Q.    When you were looking on your screen, would you see any

10:48AM 10   alarm pop up?

10:49AM 11   A.    Yeah.  Yeah, the alarm monitoring system would pop up, and

10:49AM 12   it would flash in red to let us know also, because that's when

10:49AM 13   it would actually tell you what the alarm was, when it would

10:49AM 14   pop up.

10:49AM 15   Q.    How long would that visual cue flash and the sounds go off

10:49AM 16   in your shack?

10:49AM 17   A.    It would keep going until we acknowledged it.

10:49AM 18   Q.    Now, when you came back from your break on the evening of

10:49AM 19   April 20th, was there any sound, these audible alarms going

10:49AM 20   off?

10:49AM 21   A.    Not that I recall, no.

10:49AM 22   Q.    Did you see any visual flash on any of your screens?

10:49AM 23   A.    No.

10:49AM 24   Q.    Did you see any alarms triggered on the evening of

10:49AM 25   April 20th?

10:49AM 1    A.    Yes.

10:49AM 2    Q.    Which alarms were those?

10:49AM 3    A.    When they dumped the trip tank, when they were taking a

10:49AM 4    slow gain in the active pit, the active pit alarms went off.

10:49AM 5    And when they turned the pumps off because the standpipe

10:49AM 6    pressure had changed, dropped off.

10:49AM 7    Q.    How did you respond in those instances when an alarm was

10:50AM 8    triggered that evening?

10:50AM 9    A.    I'd look at all my displays, my time log.

10:50AM 10   Q.    When were you looking for?

10:50AM 11   A.    Any anomalies that would stand out.

10:50AM 12   Q.    Do you see any anomalies that stood out as signs of an

10:50AM 13   influx?

10:50AM 14   A.    No, I did not.

10:50AM 15   Q.    Did you take any other action in response to these alarms

10:50AM 16   to try to verify what was going on?

10:50AM 17   A.    Yes, I'd made several calls to the rig floor and a call to

10:50AM 18   the mud lab.

10:50AM 19         MR. HARTLEY:  Mr. deGravelles covered a lot of my

10:50AM 20   questions, Judge, so I'm trying to speed this up.

10:50AM 21         BY MR. HARTLEY:

10:50AM 22   Q.    As you were sitting in your mud logging shack on the

10:50AM 23   evening of April 20th monitoring your data, did anybody ever

10:50AM 24   call you to tell you what was going on on the rig?

10:51AM 25   A.    No.  I never received no phone calls.  No.

10:51AM 1  Q.    Did you ever hear any rig PA announcements announcing the

10:51AM 2  rig operations?

10:51AM 3  A.    No.

10:51AM 4  Q.    You testified in response to Mr. deGravelles' questions

10:51AM 5  that there was a lot going on that evening.

10:51AM 6  A.    Correct.

10:51AM 7  Q.    There was a lot of movement of fluid between and among the

10:51AM 8  pits?

10:51AM 9        MR. BROCK:  Object to leading.

10:51AM 10       THE WITNESS:  Correct.

10:51AM 11       MR. BROCK:  And asked and answered.

10:51AM 12       MR. HARTLEY:  I'm trying to get context for the next

10:51AM 13  question.

10:51AM 14       MR. BROCK:  Okay.

10:51AM 15       BY MR. HARTLEY:

10:51AM 16  Q.    Given that understanding, did you ever hear anybody tell

10:51AM 17  you about any of those many movements of mud along the pit?

10:51AM 18  A.    No, I was never called.

10:51AM 19  Q.    How did you find out about what was going on on the rig

10:51AM 20  that evening?

10:51AM 21  A.    Just by the displacement procedure.

10:51AM 22  Q.    As you were in your mud logging shack monitoring, did you

10:51AM 23  make any phone calls?

10:51AM 24  A.    Yes.

10:51AM 25  Q.    What was the first phone call you made about any anomaly

10:51AM 1   or curiosity you saw that evening?

10:52AM 2   A.   I think it was about the gain in the active pit.  I called

10:52AM 3   the rig floor just to verify what was going on.

10:52AM 4        While he had picked up the phone, I noticed that the trip

10:52AM 5   tank, the alarm had went off, also, and he was dumping a trip

10:52AM 6   tank.  I just wanted to verify that's what he was doing and

10:52AM 7   everything it matched.

10:52AM 8        After that, he said that's he was doing, when I had seen

10:52AM 9   the increase in the flow out.

10:52AM 10  Q.   After seeing that increase in the flow out and making that

10:52AM 11  phone call, did you make any others?

10:52AM 12  A.   Yes.  The second one, I think, was about the slow increase

10:52AM 13  in the active pits.  That's when I called the mud lab.  It

10:52AM 14  sounded like Leo, the mud engineer.

10:52AM 15       I said, look, I'm showing a slow gain in the active.  I'm

10:52AM 16  just trying to figure out what's going on.

10:52AM 17       He said, oh, yeah, we're cleaning the sand traps to get

10:52AM 18  ready for the tank cleaners to come in.

10:52AM 19  Q.   Do you know about what time that was when you made that

10:52AM 20  call?

10:52AM 21  A.   Before 8:30, maybe.  It was just -- not too long -- just

10:52AM 22  before I took my break.  You know, after -- I took my break

10:53AM 23  right after that, went and used the bathroom and stuff.

10:53AM 24  Q.   When you went to take your break, did you tell anybody?

10:53AM 25  A.   Yes, the rig floor.

10:53AM 1    Q.    Now, are you sure you took a break that evening?

10:53AM 2    A.    Yes, I did.

10:53AM 3    Q.    Okay.

10:53AM 4    A.    I had met up with one of the Transocean guys, it might

10:53AM 5    have been the deck foreman, I think, just before I turned in to

10:53AM 6    go into the living quarters.

10:53AM 7    Q.    Did anybody tell you to change your story, to all of a

10:53AM 8    sudden concoct --

10:53AM 9    A.    No.

10:53AM 10   Q.    -- that you had taken a break?

10:53AM 11   A.    No.

10:53AM 12   Q.    After coming back from your break and doing your flow

10:53AM 13   check, what was the next call you made, if any?

10:53AM 14   A.    I think the next call was -- let's see, I think maybe

10:53AM 15   staggering the pumps, maybe.

10:53AM 16   Q.    What do you mean by staggering the pumps?

10:53AM 17   A.    Instead of bringing his pumps up to full speed, he was

10:53AM 18   staggering up, and he left them there for a while.  And just --

10:54AM 19   I just wanted to call and see why he was doing it different.

10:54AM 20   Q.    Who did you call?

10:54AM 21   A.    It sounded like Steve Curtis.  He said, we're just doing

10:54AM 22   it like that.  He abruptly hung up.

10:54AM 23         Then it might have been 30 seconds, 45 seconds after that,

10:54AM 24   I seen the spike in the standpipe pressure.

10:54AM 25         I called, again.  I said, look, what's up with the

10:54AM 1    standpipe pressure.  He said, we had a valve lined up wrong,

10:54AM 2    and we blew a pop-off, and we're sending a crew down there.

10:54AM 3    That was it.

10:54AM 4    Q.   Do you remember what --

10:54AM 5    A.   He hung up, again.

10:54AM 6    Q.   I'm sorry.  Do you remember what time that was?

10:54AM 7    A.   I sure don't.

10:54AM 8    Q.   Let's put TREX-620 up briefly --

10:54AM 9    A.   I'd have to look.

10:54AM 10    Q.   -- so we can just establish the time.

10:54AM 11       Looking at TREX-620, Mr. Keith, do you see a point that

10:54AM 12    would help you identify what time you made those calls to

10:55AM 13    Mr. Curtis?

10:55AM 14    A.   Yeah, right when he had turned his pumps back on.

10:55AM 15    Q.   Do you know what time that was?

10:55AM 16    A.   2112, 13, maybe, somewhere around there.

10:55AM 17    Q.   Would that have been when you made your first call about

10:55AM 18    staggering the pumps?

10:55AM 19    A.   Yeah.

10:55AM 20    Q.   Do you see any indication on Exhibit 620 that would lead

10:55AM 21    you to know what time it was you called about the blowing a

10:55AM 22    pop-off valve?

10:55AM 23    A.   Yeah, the green and the blue and the -- right there, yeah.

10:55AM 24    On the standpipe.  That's when he blew his pop-off.  Because I

10:55AM 25    had an alarm set.  It exceeded my alarm.

10:55AM  1   Q.   What time was that?

10:55AM  2   A.   21 -- 2113, 14, roughly in between.

10:55AM  3   Q.   So 2117 or so for the pop-up valve?

10:55AM  4   A.   Yes, sir.

10:55AM  5   Q.   After that point in time where you called Mr. Curtis about

10:56AM  6   having blown the pop-up valve, anything else stand out to you

10:56AM  7   that evening until you heard mud on your roof?

10:56AM  8   A.   No, it didn't.

10:56AM  9   Q.   Did you see any indication from that point on that there

10:56AM 10   was any problem with the well?

10:56AM 11   A.   No, I did not.

10:56AM 12   Q.   Looking back at this data now, do you see any indication

10:56AM 13   before 9:30 that there was any sort of problem?

10:56AM 14   A.   No, I don't.

10:56AM 15   Q.   Now, we didn't get into it with Mr. deGravelles'

10:56AM 16   questions, but I want to follow up about what actually happened

10:56AM 17   after you heard mud on your roof.

10:56AM 18       Do you know about time that was in relation to when you

10:56AM 19   saw them shut off the pumps?

10:56AM 20   A.   It wasn't long after when they turned the pumps off.  I'd

10:56AM 21   say 30 seconds to a minute maybe.

10:56AM 22   Q.   What was the next thing that you remember happening?

10:56AM 23   A.   My monitors had slightly vibrated a little bit, and then I

10:56AM 24   started hearing like it was some rain or something on the

10:57AM 25   outside of my lab.

10:57AM  1       Then, not too long after that, I started smelling gas

10:57AM  2  fumes coming in.  I started hearing a couple of noises outside.

10:57AM  3       But as soon as that gas fumes came in, my sensor,

10:57AM  4  emergency shutdown sensors right there in the back where that

10:57AM  5  purge is, my unit shut down.  Everything went completely black.

10:57AM  6  Q.   From the time you first heard mud on your roof until

10:57AM  7  everything going black, how many time do you think passed?

10:57AM  8  A.   30 seconds to a minute.  It was quick.  It wasn't long

10:57AM  9  after they turned the pumps off.

10:57AM 10  Q.   When were you able to evacuate your mud logging shack?

10:57AM 11  A.   I'd say maybe 10, 15 -- 12 minutes after, I guess.

10:57AM 12  Q.   What were you doing in your mud logging shack for that

10:57AM 13  period of time?

10:57AM 14  A.   As soon as my monitors had went black and my unit shut

10:57AM 15  down and I smelled all the gas -- I keep my hard hat and all my

10:57AM 16  safety equipment right here on the side of me -- I grabbed all

10:58AM 17  of it.  As I was getting out the chair, my breakers in the back

10:58AM 18  were arcing.  My roof mount air conditioners, they had fluid

10:58AM 19  coming in through the vents, if you want to call it that.

10:58AM 20       When I went to -- I went ahead to the other side of the

10:58AM 21  unit because all of my stuff was arcing.  I wanted to get away

10:58AM 22  from my computer racks and stuff.  I went to the other side of

10:58AM 23  the unit.

10:58AM 24       When I cracked the door open, they had a couple of little

10:58AM 25  spot fires on my little walkway, and there was, I'd say, maybe

10:58AM  1    three or four inches of fluid on the deck.  I couldn't tell if

10:58AM  2    it was oil, but I did smell a high content of gas.

10:58AM  3        I went ahead and shut the door again.  I could hear other

10:58AM  4    noises and stuff going around and all.  I'm like, how the heck

10:58AM  5    am I going to get out of here, you know.

10:58AM  6        I'd say three or four minutes later -- excuse me -- I

10:58AM  7    opened up the door again, and that's when I decided to go.

10:59AM  8    Some of the noises had stopped around me.

10:59AM  9        I took my time because of all the fluid and stuff on the

10:59AM 10    deck, and even on the handrails.  I had my gloves.

10:59AM 11        I went down, found the handrails.  And I imagined --

10:59AM 12    imagined -- I remembered that the shortest route to my capsule

10:59AM 13    was to go the opposite way, instead of going beneath the rig

10:59AM 14    floor.

10:59AM 15        When I turned, I passed the Halliburton fiberglass lab

10:59AM 16    that was outside where their unit is.  I turned, and that's

10:59AM 17    when I found Dale, the crane operator, face down.  It looked

10:59AM 18    like they had a little bit of blood around his head area on the

10:59AM 19    deck, even had a lot of mud and stuff on the deck itself.

10:59AM 20        I checked for a pulse a couple of times on his neck right

10:59AM 21    here.  I never turned him or anything.  I just checked for a

10:59AM 22    pulse on his head and on his wrist, and at the same time I was

11:00AM 23    hollering, "Man down, man down."

11:00AM 24        I did that about -- I guess, about five to ten times.

11:00AM 25    Finally, some Transocean guys came.  They said that they would

11:00AM 1    see about him.  They told me to go to the capsule.

11:00AM 2    Q.   Did you know Dale before that?

11:00AM 3    A.   Yes.  Yes, sir.  I had seen him prior to coming on tour.

11:00AM 4    He was saying that they was going to -- that they were

11:00AM 5    servicing the crane, and he was going to be using the crane.

11:00AM 6         Then, we always talk about fishing and stuff.  One of the

11:00AM 7    main things we had to discussed was they had just switched to

11:00AM 8    21 and 21, and it just so happened that we would be able to go

11:00AM 9    fishing together.

11:00AM 10        Me and him talked about the next time that me and my wife

11:00AM 11   went to Wildwood Resort at Toledo Bend, we'd give them a call

11:00AM 12   and meet up and go.

11:00AM 13   Q.   After you left Dale in the hands of those Transocean crew

11:00AM 14   members, what did you do next?

11:00AM 15   A.   I went to the capsule.  I think it was Lambert, Lambert

11:01AM 16   Lee maybe, one of the guys with BP, we were assisting to help

11:01AM 17   the people get into the lifeboats.

11:01AM 18        There was one of the tank cleaner guys that was leaning

11:01AM 19   over the handrail.  I told him, I said, look, just please get

11:01AM 20   in the lifeboat.  I said, you don't want to jump in there

11:01AM 21   because the oil -- they had oil and spot fires here and there.

11:01AM 22        Then I even -- I finally seen Cathleenia in the back.  She

11:01AM 23   was hysterical.  I told her to get in the unit.  I said, we

11:01AM 24   made it this far, we're going to get out of here, you know.

11:01AM 25        I guess, maybe 10 minutes we assisted, helping people get

11:01AM  1    in the lifeboats.  We got in, me and Mr. Lambert Lee.

11:01AM  2        It was one of the -- I guess he was a VIP with BP was

11:01AM  3    there.  He had a couple injuries on his head.  I was helping

11:02AM  4    see about him.

11:02AM  5        They tried to do roll call several times, just to see how

11:02AM  6    many was in the capsule.  At the same time, they were trying to

11:02AM  7    crank the lifeboat.  It took several tries to try to get the

11:02AM  8    lifeboat cranked.

11:02AM  9        But finally, one of the, I guess, boatswains, or whatever

11:02AM 10    it is, with Transocean came and finally got it cranked, and we

11:02AM 11    were the last ones to enter the water, to get on the water to

11:02AM 12    the DAMON BANKSTON.

11:02AM 13    Q.   When you got to DAMON BANKSTON, were you able to get in

11:02AM 14    touch with your family?

11:02AM 15    A.   It was several hours.

11:02AM 16        When the Coast Guard had arrived, I noticed one of the

11:02AM 17    commanders, because my daughter is in the Coast Guard.  I got

11:02AM 18    in touch with -- I asked one of the commanders, I said, please,

11:02AM 19    come see.  I said, my daughter is stationed in St. Petersburg,

11:02AM 20    Florida, in the Coast Guard.  I said, is there any way you can

11:02AM 21    try to contact her to let them know I'm okay?

11:03AM 22        I guess it was about two or three hours later, the

11:03AM 23    commander came down and said, your family knows.

11:03AM 24    Q.   When you look back on that night now, do you have any

11:03AM 25    regrets for what happened?

11:03AM 1    A.    I'm sorry that it happened.  I wish it would have never

11:03AM 2    happened and everybody would still be working on the *Horizon*.

11:03AM 3    Q.    From a work perspective, do you think you did anything

11:03AM 4    wrong?

11:03AM 5    A.    No.

11:03AM 6    Q.    Is there anything you wished you had been able to do?

11:03AM 7    A.    No.

11:03AM 8    Q.    Any regrets --

11:03AM 9    A.    No.  I just wish this would have never happened.

11:03AM 10           MR. HARTLEY:  Thank you, Joe.

11:03AM 11               I will pass the witness.

11:03AM 12           THE COURT:  Let's take about a 10-minute recess, and

11:03AM 13   we'll come back.

11:03AM 14           (WHEREUPON, at 11:03 a.m., the Court took a recess.)

11:16AM 15           THE DEPUTY CLERK:  All rise.

11:16AM 16           THE COURT:  Please be seated, everyone.

11:17AM 17                   Transocean.

11:17AM 18           MR. MILLER:  Yes, sir.  Good morning, Your Honor.

11:17AM 19                 CROSS-EXAMINATION

11:17AM 20       BY MR. MILLER:

11:17AM 21   Q.    Good morning, Mr. Keith.

11:17AM 22   A.    Good morning.

11:17AM 23   Q.    My name is Kerry Miller, and I'm the lawyer for

11:17AM 24   Transocean.  I have you under cross-examination this morning.

11:17AM 25       Mr. Keith, I want to cover with you first a few

11:17AM 1    questions -- I know you've been answering a lot of questions

11:17AM 2    already this morning, but a few questions about your time on

11:17AM 3    the *Deepwater Horizon* and the folks you worked with, okay.

11:17AM 4        Now, you went to the *Deepwater Horizon* right after it

11:17AM 5    entered the Gulf, correct?

11:17AM 6    A.    After they did their little test well, I think it was.

11:17AM 7    Q.    I think you testified that the Mr. Charley Jay from BP

11:17AM 8    wanted you assigned to the *Deepwater Horizon*, correct?

11:17AM 9    A.    Yes, sir, he had requested from my supervisor, Mr. Earl

11:17AM 10   Fly, for me to be on the *Horizon*.

11:17AM 11   Q.    I think Mr. Hartley or Mr. Johnny deGravelles mentioned

11:17AM 12   that Mr. Randy Ezell testified last week in the case.

11:18AM 13   Mr. Ezell also had been on the *Horizon* since the beginning.

11:18AM 14       There was an exhibit that he had created, and I want to

11:18AM 15   put it up, 52647.  It will come up on the screen in a second.

11:18AM 16       Basically, what this is, Mr. Keith, is this is Mr. Ezell's

11:18AM 17   personal spreadsheet on all of the wells the *Deepwater Horizon*

11:18AM 18   had drilled since 2001 or 2002.

11:18AM 19       It was about 50 wells, as you can see, Mr. Keith.  Would

11:18AM 20   you have been involved in those wells, too?

11:18AM 21   A.    Yes, sir.

11:18AM 22   Q.    Mr. Ezell talked about -- if you go to the bottom, there

11:18AM 23   is a highlight for the Tiber well, Tiber Number 1.  Mr. Ezell

11:18AM 24   testified that at the time that was the deepest well ever

11:18AM 25   drilled?

3614

11:18AM 1   A.   Yes, it was.

11:18AM 2   Q.   Some of these other wells were considered very successful,

11:18AM 3   Mr. Keith; is that your understanding, too?

11:18AM 4   A.   Yes, sir.

11:18AM 5   Q.   Mr. Keith --

11:18AM 6       In fact, let's pull up demonstrative 6569.  We did a

11:19AM 7   picture of this.

11:19AM 8       What it is, Mr. Keith, while it comes up, this is a

11:19AM 9   picture since 2002, do you see here, basically when the

11:19AM 10  *Deepwater Horizon* went into service in the Gulf of Mexico.

11:19AM 11      This is a picture of all the wells that it drilled up

11:19AM 12  until April of 2010; do you see that, sir?

11:19AM 13  A.   Yes, I do.

11:19AM 14  Q.   It shows the water depths and the total depths; you see

11:19AM 15  that, sir?

11:19AM 16  A.   Yes, I do.

11:19AM 17  Q.   Except, I guess, for the very first one, you would have

11:19AM 18  been one of the team members on the *Deepwater Horizon* for all

11:19AM 19  these 49 wells, correct?

11:19AM 20  A.   Yes, sir.

11:19AM 21  Q.   Let's talk about some of the people you worked with while

11:19AM 22  y'all drilled all those wells.

11:19AM 23      Mr. Dewey Revette, do you know Mr. Revette?

11:19AM 24  A.   Yes, sir, the driller.

11:19AM 25  Q.   Mr. Jason Anderson, do you know Mr. Anderson?

11:19AM 1    A.    Toolpusher, yes, sir.

11:19AM 2    Q.    Mr. Stephen Curtis, we've talked about him today?

11:19AM 3    A.    Yes, sir, the AD.

11:19AM 4    Q.    Mr. Jimmy Harrell?

11:19AM 5    A.    The OIM, yes, sir.

11:20AM 6    Q.    Mr. Randy Ezell?

11:20AM 7    A.    Yes, OIM.

11:20AM 8    Q.    All those gentlemen I mentioned from Transocean, you

11:20AM 9    worked with those guys in terms of well monitoring for all

11:20AM 10   these 49 wells, didn't you, Mr. Keith?

11:20AM 11   A.    Yes, sir.

11:20AM 12   Q.    You guys had a good team for all those wells, right?

11:20AM 13   A.    We had a very good team.

11:20AM 14   Q.    A successful team, right, Mr. Keith?

11:20AM 15   A.    Yes, sir.

11:20AM 16   Q.    For all those 49 wells, you guys managed well monitoring

11:20AM 17   and kick detection perfectly, correct, Mr. Keith?

11:20AM 18   A.    Yes, sir.

11:20AM 19   Q.    You take great pride in that, don't you?

11:20AM 20   A.    Very.

11:20AM 21   Q.    Amongst those team members for Transocean for all those

11:20AM 22   49 wells, there was good communication between you and the

11:20AM 23   Transocean drill crew, correct, Mr. Keith?

11:20AM 24   A.    Yes, sir.

11:20AM 25   Q.    During those eight years in which you guys drilled these

| | | |
|---|---|---|
| 11:20AM | 1 | 49 wells, you didn't work much with Mr. Don Vidrine, correct? |
| 11:20AM | 2 | A.    No, sir.  That was the first time. |
| 11:20AM | 3 | Q.    In fact, you had never met Mr. Bob Kaluza, correct? |
| 11:20AM | 4 | A.    Correct. |
| 11:20AM | 5 | Q.    There was some testimony earlier in the day in terms of |
| 11:21AM | 6 | the BP company men aboard the *Deepwater Horizon* prior the very |
| 11:21AM | 7 | end in April 2010.  Those company men would have included |
| 11:21AM | 8 | Mr. Murray Sepulvado? |
| 11:21AM | 9 | A.    Correct. |
| 11:21AM | 10 | Q.    Mr. Ronnie Sepulvado? |
| 11:21AM | 11 | A.    Yes. |
| 11:21AM | 12 | Q.    Mr. Earl Lee? |
| 11:21AM | 13 | A.    Yes, sir. |
| 11:21AM | 14 | Q.    You would have worked with those gentlemen for most of |
| 11:21AM | 15 | these wells up until 2010; correct? |
| 11:21AM | 16 | A.    Yes, sir. |
| 11:21AM | 17 | Q.    The two Mr. Sepulvados -- they are brothers, correct? |
| 11:21AM | 18 | A.    Yes. |
| 11:21AM | 19 | Q.    -- and Mr. Lee, you would consider those guys to be good |
| 11:21AM | 20 | well site leaders; correct? |
| 11:21AM | 21 | A.    Correct. |
| 11:21AM | 22 | Q.    Do you have a question, sir? |
| 11:21AM | 23 | A.    Yes.  There was another company that was my main company |
| 11:21AM | 24 | man I used to work with was Mr. Teddy Reed. |
| 11:21AM | 25 | Q.    Teddy Reed. |

11:21AM 1    A.    T.D. Reed.

11:21AM 2    Q.    I didn't mean to keep anybody out.

11:21AM 3    A.    That's okay.

11:21AM 4    Q.    I don't have the whole list.

11:21AM 5    A.    That's okay.

11:21AM 6    Q.    So the main company men you worked for during the eight

11:21AM 7    years you were aboard the *Deepwater Horizon* were the two

11:21AM 8    Mr. Sepulvados --

11:21AM 9    A.    Correct.

11:21AM 10   Q.    -- Mr. T. Reed, and Mr. Earl Lee?

11:21AM 11   A.    Yes, sir.

11:21AM 12   Q.    Would you consider those good well site leaders?

11:21AM 13   A.    Very good.

11:21AM 14   Q.    Were they good communicators, Mr. Keith?

11:22AM 15   A.    Very.

11:22AM 16   Q.    Mr. Keith, will you agree with me that you have to be a

11:22AM 17   good communicator to be a good well site leader, because a well

11:22AM 18   site leader is a common denominator among all the contractors

11:22AM 19   and all the personnel working on the rig?

11:22AM 20   A.    Correct.  Yes, sir.

11:22AM 21   Q.    In terms of the rig, the *Deepwater Horizon*, Mr. Keith,

11:22AM 22   would you agree with me that that was a good rig up until

11:22AM 23   April of 2010?

11:22AM 24   A.    It was one of the finest, if not the best.

11:22AM 25   Q.    Was it the best rig you ever worked on in 20 years?

A.    Yes, sir.  Of all the rigs I've ever been on, this was the best.

Q.    It was a well-maintained rig?

A.    Very.

Q.    Good equipment?

A.    Very.

Q.    Good people?

A.    Good people.

Q.    There was some questioning earlier, I think, from Mr. Hartley about a Mr. John Guide.

Now, Mr. Keith, in your role as mud logger during these years, you wouldn't have contact with the BP onshore people in town, right?

A.    Repeat that.

Q.    Typically, you wouldn't have contact with the BP Wells Team guys, the engineers in town in Houston; you wouldn't have contact with them, correct?

A.    No.

Q.    Your contact with BP were through the well site leaders correct?

A.    Correct.

Q.    Mr. Keith, for these wells, the Transocean crew that you knew was competent and you trusted them, didn't you, sir?

A.    Very much.

Q.    In terms of the crew that was on tour the night of the

11:23AM 1    blowout, Mr. Revette, he was a competent man, wasn't he?

11:23AM 2    A.    Yes, sir.

11:23AM 3    Q.    You trusted Dewey as a driller, didn't you?

11:23AM 4    A.    Very much.

11:23AM 5    Q.    The Transocean toolpusher, Mr. Anderson, who was on tour

11:23AM 6    the night of April 20th, he was a competent toolpusher, wasn't

11:23AM 7    he?

11:23AM 8    A.    Yes, sir, he was.

11:23AM 9    Q.    You trusted Mr. Anderson, didn't you?

11:23AM 10   A.    Yes, sir.

11:23AM 11   Q.    The assistant driller, Steve Curtis, he was a former

11:23AM 12   Marine, was he not?

11:23AM 13   A.    Yes, sir.

11:23AM 14   Q.    He acted like a Marine onboard --

11:23AM 15   A.    I've always heard stories about him, yeah.

11:23AM 16   Q.    Mr. Ezell described him when he testified last week as

11:23AM 17   sort of carrying forward his Marine personality in terms of

11:24AM 18   being a perfectionist on the rig; would you agree with that,

11:24AM 19   sir?

11:24AM 20   A.    Yes.

11:24AM 21   Q.    So Mr. Curtis was a competent assistant driller?

11:24AM 22   A.    Yes, sir.

11:24AM 23   Q.    You trusted Mr. Curtis, didn't you?

11:24AM 24   A.    Yes, sir.

11:24AM 25   Q.    In terms of drilling on the rig -- not drilling, but

11:24AM 1    drills, there would weekly well control drills aboard the DWH,

11:24AM 2    correct?

11:24AM 3    A.    Correct.

11:24AM 4    Q.    Those would typically be on Sundays, right?

11:24AM 5    A.    Correct.

11:24AM 6    Q.    You regularly participated and practiced well monitoring

11:24AM 7    with the Transocean crew during those well control drills,

11:24AM 8    right?

11:24AM 9    A.    Yes, I've always noticed their pit drills.  I was always

11:24AM 10   the first one to notice when they did a pit drill, and that

11:24AM 11   could occur at any time.

11:24AM 12   Q.    In terms of those well control drills that were done on

11:24AM 13   Sunday, did you think those were good drills?

11:24AM 14   A.    Very.

11:24AM 15   Q.    Helpful for you guys --

11:24AM 16   A.    Oh, yeah.

11:24AM 17   Q.    -- to be able to do your job?

11:24AM 18   A.    Yes, sir.

11:25AM 19   Q.    As far as you know, the BP well site leaders participated

11:25AM 20   in those drills?

11:25AM 21   A.    As far as I knew, yes, sir.

11:25AM 22   Q.    In terms of safety aboard the *Deepwater Horizon*, you would

11:25AM 23   agree, sir, that safety was a priority, correct?

11:25AM 24   A.    Correct.

11:25AM 25   Q.    On the night of April 20, 2010, up until the very end when

3621

11:25AM 1    the mud rained down and then you heard the explosions, as far

11:25AM 2    as you knew, everything that took place onboard the *Horizon* was

11:25AM 3    safe, correct?

11:25AM 4    A.    Correct.

11:25AM 5    Q.    Now, going back on the eight years on the

11:25AM 6    *Deepwater Horizon*, I understand you were part of between six

11:25AM 7    and a dozen mud displacements before, correct?

11:25AM 8    A.    Yes, sir.

11:25AM 9    Q.    During those mud displacements, you never felt like the

11:25AM 10   Transocean crew was complacent at all?

11:25AM 11   A.    Never.

11:25AM 12   Q.    During some of the displacements, one aspect would be a

11:26AM 13   negative pressure test; are you familiar with that?

11:26AM 14   A.    Yes, sir.

11:26AM 15   Q.    Even after a successful negative pressure test was

11:26AM 16   conducted, you never felt that the Transocean crew became

11:26AM 17   complacent about the possibility of a kick, correct, sir?

11:26AM 18   A.    Never.

11:26AM 19   Q.    You never felt that once the final casing string was set,

11:26AM 20   cemented, and there was a successful negative pressure test,

11:26AM 21   that the Transocean crew would stop watching the well, correct?

11:26AM 22   A.    Correct.

11:26AM 23   Q.    You never stopped watching the well, correct?

11:26AM 24   A.    I never did either.

11:26AM 25   Q.    The Transocean crew, as far as you knew, always remained

11:26AM  1    aware and alert, correct?

11:26AM  2    A.    Always.

11:26AM  3    Q.    On April 20, 2010, if you had seen or heard of any

11:26AM  4    activity by the Transocean crew that was unsafe, you would have

11:26AM  5    called the rig floor or the company man, correct?

11:26AM  6    A.    Repeat that again.

11:26AM  7    Q.    Yes.  If you had seen any unsafe activity on April 20,

11:26AM  8    2010, in terms of the Transocean crew, seen or heard about it,

11:26AM  9    you would have contacted the company man and called the rig

11:27AM 10    floor, correct?

11:27AM 11    A.    Correct.

11:27AM 12    Q.    But that didn't happen, correct?

11:27AM 13    A.    Correct.

11:27AM 14    Q.    In terms of all the years you were aboard the

11:27AM 15    *Deepwater Horizon*, you always had stop work authority, correct,

11:27AM 16    Mr. Keith?

11:27AM 17    A.    Yes, sir.

11:27AM 18    Q.    You never had to use it, though, right?

11:27AM 19    A.    I never -- never had to use it.

11:27AM 20    Q.    You never had to use it because you felt that things were

11:27AM 21    safe out there, correct?

11:27AM 22    A.    Correct.

11:27AM 23    Q.    Because you had a good rig and a good crew, correct?

11:27AM 24    A.    Correct.

11:27AM 25    Q.    Like was said earlier in the case, when you see lawyer

3623

11:27AM 1    flipping pages, that's a good sign.  That means somebody else

11:27AM 2    covered it.  So let's move on.

11:27AM 3        During your earlier testimony we talked about you coming

11:27AM 4    on tour, having a meeting at about 5:30 with Ms. Cat Willis

11:27AM 5    about the displacement procedure, correct?

11:27AM 6    A.   Correct.

11:27AM 7    Q.   Just to orient you, I want to talk a little bit about when

11:27AM 8    you came on tour at about 5:30 or 6 that evening --

11:27AM 9    A.   Okay.

11:28AM 10   Q.   -- okay?

11:28AM 11       Let's pull up TREX-567.

11:28AM 12       We've already seen this, sir.  This is the displacement

11:28AM 13   procedure.

11:28AM 14       This was some of the activity that was scheduled for the

11:28AM 15   night of the April 20th, correct?

11:28AM 16   A.   Correct.

11:28AM 17   Q.   You and Ms. Willis, you went over these procedures prior

11:28AM 18   to you taking control of the mud logging shack, correct?

11:28AM 19   A.   Yes, sir.

11:28AM 20   Q.   Note Number 4, it says -- I just highlighted some of the

11:28AM 21   language.  It says, lineup on the sea chest.  Do you see that,

11:28AM 22   Mr. Keith?

11:28AM 23   A.   Yes, I do.

11:28AM 24   Q.   That told you that the rig's flow was going to be from the

11:28AM 25   sea chest, correct?

11:28AM 1    A.    Correct.

11:28AM 2    Q.    You understood what that meant, correct, Mr. Keith?

11:28AM 3    A.    Yes, I do.

11:28AM 4    Q.    Pumping seawater from the sea chest into an unmonitored

11:28AM 5    pit is how BP always did displacements on the

11:28AM 6    *Deepwater Horizon*, correct?

11:28AM 7    A.    Repeat that.

11:28AM 8    Q.    Yes.  Pumping seawater from the sea chest into an

11:29AM 9    unmonitored pit is how BP always did displacements on the

11:29AM 10   *Deepwater Horizon*?

11:29AM 11   A.    No, sir.

11:29AM 12   Q.    It's wasn't?  What's your understanding of how they did

11:29AM 13   it, how it was done?

11:29AM 14   A.    Yeah --

11:29AM 15   Q.    What is your understanding, sir?

11:29AM 16   A.    Previous displacements, we always took returns to certain

11:29AM 17   pits.  That way, I could monitor what was coming back at the

11:29AM 18   time.  This time, they didn't.

11:29AM 19   Q.    In terms of the displacement activity, as far as you know,

11:29AM 20   those were determined and decided by BP, correct?

11:29AM 21   A.    Correct.

11:29AM 22   Q.    The activities that were set forth on the displacement

11:29AM 23   procedure, they did not impact your ability to consistently and

11:29AM 24   accurately monitor the well when carrying out your mud logging

11:29AM 25   activities the night of the 20th, did they?

11:29AM   1    A.    Correct.

11:29AM   2    Q.    So your testimony has been and is that there was nothing

11:30AM   3    on the rig the night of April 20th that affected your ability

11:30AM   4    to do your job, correct, Mr. Keith?

11:30AM   5    A.    I was able to perform my job.

11:30AM   6    Q.    Fully and capably, right?

11:30AM   7    A.    Fully and capably, yes, sir.

11:30AM   8    Q.    When you got back from your break, I think you mentioned

11:30AM   9    this earlier, you checked everything, and everything had been

11:30AM   10   fine while you were out, correct?

11:30AM   11   A.    Correct.  Yes, sir.

11:30AM   12   Q.    According to the check that you did when you got back from

11:30AM   13   your break, all your equipment had been functioning during the

11:30AM   14   break, correct?

11:30AM   15   A.    Correct.  Yes, sir.

11:30AM   16   Q.    In terms of the time you came on tour at about 5:30 or

11:30AM   17   6:00 up until the time that the explosion occurred and your

11:31AM   18   equipment went blank, all your equipment was properly

11:31AM   19   functioning the night of the 20th, correct?

11:31AM   20   A.    Yes, sir.  Correct.

11:31AM   21   Q.    Sir, if at any point on April 20th you felt like the

11:31AM   22   operation was not proceeding safely, you would have exercised

11:31AM   23   your stop work authority, correct?

11:31AM   24   A.    Yes, I would have.

11:31AM   25   Q.    But, again, that didn't happen, correct, Mr. Keith?

11:31AM 1    A.    Correct.  Nothing was unsafe to me.

11:31AM 2    Q.    Now, sir, I know you had testified earlier, so I won't get

11:31AM 3    into any kind of repetitive questions about conversations with

11:31AM 4    the BP company men the night of the April 20th.  You had no

11:31AM 5    conversations with BP company men?

11:31AM 6    A.    No conversations, no, sir.

11:31AM 7    Q.    You never heard -- well, did you see any of the BP company

11:31AM 8    men the night of the 20th?

11:31AM 9    A.    Not until after we got evacuated.

11:31AM 10   Q.    Mr. Vidrine, up until the time of the explosion --

11:31AM 11   A.    Right.  No, I never seen him.

11:31AM 12   Q.    -- you never saw him?

11:31AM 13   A.    No.

11:31AM 14   Q.    Did you ever overhear him talking to anybody from

11:31AM 15   Transocean?

11:31AM 16   A.    No, sir.

11:31AM 17   Q.    Did you ever overhear him having a phone call with BP

11:31AM 18   folks in town about the negative pressure test?

11:32AM 19   A.    No, sir.

11:32AM 20   Q.    Let's show TREX -- or demonstrative 3182, something that

11:32AM 21   Mr. John deGravelles showed you.

11:32AM 22         This is a depiction of the Insite data, correct?

11:32AM 23   A.    Correct.

11:32AM 24   Q.    This is sort of a snapshot of how it would appear realtime

11:32AM 25   as it scrolls across your screen, correct?

11:32AM 1   A.   Correct.

11:32AM 2   Q.   Just so that the Judge understands, as you're looking at

11:32AM 3   the data, it's not snapshots; it's scrolling at all times,

11:32AM 4   correct?

11:32AM 5   A.   Yes, it's constantly updating every, like, second or so,

11:32AM 6   yeah.

11:32AM 7   Q.   So as you get additional data, you lose the older data.

11:32AM 8   It's like a tape, but it moves vertically, not horizontally?

11:32AM 9   A.   Yes.   It's just the historical data is still up above,

11:32AM 10  yeah.

11:32AM 11  Q.   Now, sir, there has been some presentations in court prior

11:33AM 12  to your testimony with taken of the data.   I'm going to show

11:33AM 13  you some of those snapshots and ask you a couple of questions,

11:33AM 14  okay?

11:33AM 15  A.   Sure.

11:33AM 16  Q.   Let's pull up D-4319.

11:33AM 17       Sir, this is a snapshot that BP has shown.   It focuses on

11:33AM 18  this time period of 2101 to 2108.   That's 9:01 to 9:08.   Do you

11:33AM 19  see that, sir?

11:33AM 20  A.   Yes, sir.

11:33AM 21  Q.   It says, drill pipe pressure reverses trend and begins to

11:33AM 22  increase.   Do you see that, sir?

11:33AM 23  A.   Yes, I do.

11:33AM 24  Q.   It says at this point in time, there was a hundred psi

11:33AM 25  increase with pumps at constant rate.   Do you see that, sir?

11:33AM 1    A.    Yes, sir.

11:33AM 2    Q.    Now, sir, when you were there -- this was probably during

11:33AM 3    the break, but you came back -- you saw this same data

11:34AM 4    realtime, correct?

11:34AM 5    A.    Correct.

11:34AM 6    Q.    When you saw this data realtime, you didn't see any signs

11:34AM 7    of a kick, did you?

11:34AM 8    A.    Didn't ever see no signs of a kick.

11:34AM 9    Q.    It's a lot easier to sit here in court, three hours later,

11:34AM 10   with a blown-up document, to say that was a kick --

11:34AM 11   A.    Yes, sir.

11:34AM 12   Q.    -- than it was when you were on that rig, correct?

11:34AM 13   A.    Correct.

11:34AM 14   Q.    So this is kind of like Monday morning quarterbacking,

11:34AM 15   correct?

11:34AM 16   A.    Correct.

11:34AM 17   Q.    This is like the guys getting around the coffeepot and the

11:34AM 18   water cooler Monday after the game and saying, can you believe

11:34AM 19   the coach and the players ran the ball when they should have

11:34AM 20   passed, correct?

11:34AM 21         MR. BROCK:   I'm going to object, argumentative,

11:34AM 22   Your Honor.

11:34AM 23         THE COURT:   Yes, I sustain that.

11:34AM 24         BY MR. MILLER:

11:34AM 25   Q.    You were there, sir, correct?

11:34AM  1    A.   Yes.

11:34AM  2    Q.   You didn't see a kick at 9:01?

11:34AM  3    A.   Never.  I never seen no kick.

11:34AM  4    Q.   Let's look at the next slide.  This is TREX -- I mean,

11:34AM  5    sorry, this is D-4320.

11:34AM  6         Depiction between 2108 and 2114.  It says, with pumps off,

11:35AM  7    flow continues and drill pipe pressure increases by over

11:35AM  8    250 psi.  Do you see that, sir?

11:35AM  9    A.   Correct.

11:35AM 10    Q.   But when you were there in realtime -- and you were there

11:35AM 11    in realtime, correct, Mr. Keith?

11:35AM 12    A.   Yes, I was.

11:35AM 13    Q.   -- you didn't detect a kick, did you?

11:35AM 14    A.   No, I didn't.

11:35AM 15    Q.   Like you said in your earlier testimony, no one else did

11:35AM 16    either?

11:35AM 17    A.   No one else did.

11:35AM 18    Q.   So the folks who are saying this is a kick are all saying

11:35AM 19    it after the fact, correct?

11:35AM 20    A.   Correct.

11:35AM 21    Q.   Let's go to the next one.  Demonstrative 4321.

11:35AM 22         This is at 2131 to 2138.  Again, sir, you were you were

11:35AM 23    there when this occurred, correct?

11:35AM 24    A.   Correct.

11:35AM 25    Q.   You were monitoring at all times, correct?

11:35AM 1    A.   Correct.

11:35AM 2    Q.   You can pull that down.

11:35AM 3         Sir, there was some earlier questioning and testimony

11:36AM 4    about conversations you had with Mr. Steve Curtis, do you

11:36AM 5    recall that testimony?

11:36AM 6    A.   Yes, I do.

11:36AM 7    Q.   According to your earlier testimony, as I understand it,

11:36AM 8    you had three separate calls with Mr. Curtis the night of

11:36AM 9    April 20th, correct?

11:36AM 10   A.   Yes, sir.

11:36AM 11   Q.   I want to talk about those calls briefly, and then I'll be

11:36AM 12   wrapping up soon, sir.

11:36AM 13   A.   Okay.

11:36AM 14   Q.   The first time you called Steve Curtis was between

11:36AM 15   8 o'clock and 8:10, correct?

11:36AM 16   A.   Correct.

11:36AM 17   Q.   While you were monitoring the well between that time

11:36AM 18   period, you noticed an increase in flow out, correct?

11:36AM 19   A.   Correct.

11:36AM 20   Q.   You called Mr. Curtis?

11:36AM 21   A.   Yes, sir.

11:36AM 22   Q.   Mr. Curtis told you that they were flushing out the trip

11:36AM 23   tank, right?

11:36AM 24   A.   Correct.

11:36AM 25   Q.   When they were flushing out the trip tank, it's dumped

11:36AM 1   across the flow line, and that caused the increase in the flow

11:36AM 2   out that you observed between 8 o'clock and 8:10, correct?

11:36AM 3   A.   Yes, sir.

11:37AM 4   Q.   Therefore, that call and that detection you made at about

11:37AM 5   8 o'clock was completely unrelated to any well control event or

11:37AM 6   hydrocarbon influx, correct?

11:37AM 7   A.   Correct.

11:37AM 8   Q.   That would be --

11:37AM 9   A.   I just wanted to see what was going on.

11:37AM 10  Q.   You were doing your job, correct?

11:37AM 11  A.   Correct.

11:37AM 12  Q.   So was Mr. Curtis, correct?

11:37AM 13  A.   Yes, he was.

11:37AM 14  Q.   Let's go to the next call you had with Mr. Curtis.  I

11:37AM 15  think it was about an hour or so later.

11:37AM 16      At about 9:15 p.m., sir, do you agree with me that the

11:37AM 17  crew was working on the sheen test?

11:37AM 18  A.   Correct.

11:37AM 19  Q.   About 9:15, the sheen test was completed and closed the

11:37AM 20  flow line gate, correct, sir?

11:37AM 21  A.   Correct.  I observed it.

11:37AM 22  Q.   That's the point in time in which you could no longer see

11:37AM 23  the flow out data, correct?

11:37AM 24  A.   Correct.  That's when I'm bypassed.

11:37AM 25  Q.   You're bypassed when the gates close?

11:37AM 1    A.    Correct.

11:37AM 2    Q.    The crew brought the pumps back online in order to divert

11:37AM 3    the spacer overboard, correct?

11:37AM 4    A.    Correct.

11:37AM 5    Q.    You saw the drill pipe pressure that the pumps were

11:38AM 6    starting up in a staggered way, correct?

11:38AM 7    A.    Correct.

11:38AM 8    Q.    Nothing wrong with starting the pumps up in a staggered

11:38AM 9    way, is there, Mr. Keith?

11:38AM 10   A.    No, it's just he was just doing it different this time,

11:38AM 11   and I just wanted to see what was going on.

11:38AM 12   Q.    So you saw what was going on by calling Mr. Curtis,

11:38AM 13   correct?

11:38AM 14   A.    Correct.

11:38AM 15   Q.    Mr. Curtis confirmed that they were staggering the pumps

11:38AM 16   up, correct?

11:38AM 17   A.    Yeah.

11:38AM 18   Q.    The staggering of the pumps and what you detected in your

11:38AM 19   call with Mr. Curtis, that had nothing to do with a well

11:38AM 20   blowout or a well control event, correct?

11:38AM 21   A.    Correct.

11:38AM 22   Q.    After Mr. Curtis told you the pumps were staggered in

11:38AM 23   start-up, the conversation ended because Mr. Curtis was busy

11:38AM 24   doing his job in the drill shack --

11:38AM 25   A.    Correct.

11:38AM 1    Q.    -- correct?

11:38AM 2         After that call, you were satisfied that the pressure

11:38AM 3    indication that you saw was not a well control issue, correct?

11:38AM 4    A.    Correct.

11:38AM 5    Q.    During this call or any call, you don't believe that

11:38AM 6    Mr. Curtis was doing nothing than being straight with you,

11:38AM 7    correct?

11:38AM 8    A.    Correct.

11:38AM 9    Q.    I think there is a call a few seconds later, correct?

11:39AM 10   A.    Correct.  That was the one for the pop-off valve.

11:39AM 11   Q.    Pop-off valve, correct.

11:39AM 12        So by 9:16 or 9:17, you called the drill shack again about

11:39AM 13   the pop-off valve issue, correct?

11:39AM 14   A.    Correct.

11:39AM 15   Q.    The pop-off valve caused a drill pipe pressure increase

11:39AM 16   from zero to approximately 5,000 psi, correct?

11:39AM 17   A.    Correct.

11:39AM 18   Q.    Mr. Curtis, when you called him, confirmed the drill pipe

11:39AM 19   pressure spike was caused by a pump that was lined up wrong --

11:39AM 20   A.    Correct.

11:39AM 21   Q.    -- through a valve?

11:39AM 22   A.    A valve was lined up wrong, yeah.

11:39AM 23   Q.    That drill pipe pressure spike was not an indication of

11:39AM 24   anything regarding the well blowing out or a well control

11:39AM 25   event, correct?

11:39AM 1    A.    Correct.

11:39AM 2    Q.    At no time during or after these three calls with

11:39AM 3    Mr. Curtis did you believe that Mr. Curtis was withholding

11:39AM 4    information from you, correct?

11:39AM 5    A.    Correct.

11:39AM 6    Q.    In fact, each time you called Mr. Curtis, he answered your

11:39AM 7    question, and you were satisfied with Mr. Curtis's

11:40AM 8    explanations, correct?

11:40AM 9    A.    Yes, I was.

11:40AM 10   Q.    Let's pull demonstrative 4319 back up.  I forgot to ask

11:40AM 11   you a question in connection with that.

11:40AM 12        Just looking at this, this demonstrative of some of the

11:40AM 13   Insite data -- this would be a depiction of Insite data,

11:40AM 14   correct, Mr. Keith?

11:40AM 15   A.    Correct.

11:40AM 16   Q.    The red line, that's drill pipe pressure, right?

11:40AM 17   A.    Right.

11:40AM 18   Q.    The light blue line, that's flow in, correct?

11:40AM 19   A.    Correct.

11:40AM 20   Q.    The dark blue, that's flow out, correct?

11:40AM 21   A.    Flow out.

11:40AM 22   Q.    So what's being focused on here in terms of after the fact

11:40AM 23   stating there was a kick, that was all based upon the drill

11:40AM 24   pipe pressure parameter, correct --

11:40AM 25   A.    Right.

11:40AM 1    Q.    -- and nothing else, correct?

11:40AM 2    A.    That's correct.

11:40AM 3    Q.    Let's look at the next one, 4320.

11:40AM 4          Again, the next one that's critical of kick detection is

11:40AM 5    an analysis of drill pipe pressure only, correct?

11:41AM 6    A.    Correct.

11:41AM 7    Q.    Let's go to the previous one, 4319, just to point it out

11:41AM 8    again.

11:41AM 9          There is nothing in this slide that seems to criticize any

11:41AM 10   monitoring of the flow in or flow out data, correct?

11:41AM 11   A.    Correct.

11:41AM 12   Q.    On approximately April 20th -- on April 20th -- sorry,

11:41AM 13   strike that -- at approximately 9:08, the rig pumps were shut

11:41AM 14   off, and the sheen test was conducted, correct?

11:41AM 15   A.    Correct.

11:41AM 16   Q.    When pumps were off, your flow out indicator went to zero,

11:41AM 17   right?

11:41AM 18   A.    Correct.  That meant no flow.

11:41AM 19   Q.    That meant no flow.  That's where I was going.

11:41AM 20   A.    Correct.

11:41AM 21   Q.    You have testified to this before, but on the

11:41AM 22   *Deepwater Horizon* there was on Sperry camera unit that was

11:41AM 23   focused on where you would check the flow during a sheen test;

11:41AM 24   correct?

11:41AM 25   A.    Correct.

11:41AM 1   Q.   You could view that in your Sperry shack; correct?

11:42AM 2   A.   Yes, sir, on the TV system.

11:42AM 3   Q.   When the pumps were shut off for the sheen test at 9:08,

11:42AM 4   you verified on the camera that there was no flow, correct?

11:42AM 5   A.   Correct.

11:42AM 6   Q.   After you did this flow check at 9:08, after the sheen

11:42AM 7   test, did you report to the crew that there was no flow,

11:42AM 8   correct?

11:42AM 9   A.   No.  Because the drill floor seen it, too, and -- yeah.

11:42AM 10  Q.   So as far as you know, at 9:08, you and the crew were on

11:42AM 11  the same page --

11:42AM 12  A.   Correct.

11:42AM 13  Q.   -- that after the sheen test there was no flow, correct?

11:42AM 14  A.   Correct.

11:42AM 15       MR. BROCK:  Object on foundation.  He said he didn't

11:42AM 16  talk to them, and he wouldn't be able to know what they knew in

11:42AM 17  the drill shack.

11:42AM 18       THE COURT:  I think that's correct.

11:42AM 19       BY MR. MILLER:

11:42AM 20  Q.   Sir, did you receive any calls from the drill crew or

11:42AM 21  communications, did you have any communications with the drill

11:42AM 22  crew --

11:42AM 23  A.   No.

11:42AM 24  Q.   -- after 9:08 --

11:42AM 25  A.   No.

3637

11:42AM 1   Q.    -- in which it was discussed that they saw flow and you

11:42AM 2   didn't?

11:42AM 3   A.    No.

11:42AM 4   Q.    So what you know is you didn't see any flow, correct?

11:42AM 5   A.    Correct.

11:42AM 6   Q.    After the test --

11:42AM 7   A.    I visually seen a no flow.

11:42AM 8   Q.    After the test, you didn't hear from the drill crew about

11:43AM 9   those guys seeing flow, correct?

11:43AM 10  A.    Nobody called, no.

11:43AM 11  Q.    Under normal procedures, had they seen flow after the

11:43AM 12  sheen test, they would have given you a call --

11:43AM 13  A.    Correct.

11:43AM 14  Q.    -- to make sure you all were on the same page, correct?

11:43AM 15  A.    Correct.

11:43AM 16  Q.    That didn't happen, correct?

11:43AM 17  A.    It didn't happen.

11:43AM 18  Q.    At the time of the sheen test at 9:08, up until that point

11:43AM 19  there had been a cement job, correct?

11:43AM 20  A.    Correct.

11:43AM 21  Q.    A positive pressure test, correct?

11:43AM 22  A.    Correct.

11:43AM 23  Q.    And a negative pressure test, correct?

11:43AM 24  A.    Correct.

11:43AM 25  Q.    When did you that flow check during the sheen test, you

11:43AM 1    did it with the well displaced to seawater, correct?

11:43AM 2    A.    Correct.

11:43AM 3    Q.    Once a flow check was conducted during the sheen test and

11:43AM 4    you made the conclusion that the well was not flowing, sir, you

11:43AM 5    had confidence that the well had never flowed up to that point,

11:43AM 6    correct?

11:43AM 7    A.    Correct.

11:43AM 8    Q.    You've got a clean slate at that point, correct?

11:43AM 9    A.    Correct.

11:43AM 10   Q.    So based upon that sheen test and the flow out data, the

11:43AM 11   evidence is absolutely clear that up until 9:08 that well had

11:43AM 12   not been flowing, correct?

11:44AM 13   A.    Correct.

11:44AM 14        MR. BROCK:  I'm going to object to that just on the

11:44AM 15   basis of foundation.  I think he can testify to what he knows,

11:44AM 16   what he sees, but I don't think he can testify that the well

11:44AM 17   wasn't flowing.

11:44AM 18        MR. MILLER:  That was the context of my question.

11:44AM 19        THE COURT:  I'm taking it in the context of this is

11:44AM 20   what he knows, what he believes from what he saw.

11:44AM 21        MR. MILLER:  That was the context because, in fact, the

11:44AM 22   witness is someone who has experience on that rig.

11:44AM 23        THE COURT:  Okay.  That's how I understood it.  Thank

11:44AM 24   you.

11:44AM 25        BY MR. MILLER:

11:44AM  1    Q.   I think, just a few more questions here, Mr. Keith.

11:44AM  2         Switching gears completely now to your space and to the

11:44AM  3    equipment that you use.  You've seen the pictures of the mud

11:44AM  4    logger's shock --

11:44AM  5    A.   Right.

11:44AM  6    Q.   -- both outside and inside.

11:45AM  7         That particular shack, that was provided by Halliburton

11:45AM  8    and Sperry-Sun, correct?

11:45AM  9    A.   Correct.

11:45AM 10    Q.   The rig was not built with that shack on it, correct?

11:45AM 11    A.   Correct.

11:45AM 12    Q.   It's actually brought out there by barge, probably, and

11:45AM 13    lifted by the crane onto the deck of the rig, correct?

11:45AM 14    A.   Correct.

11:45AM 15    Q.   In terms of the equipment in the shack, that equipment is

11:45AM 16    all provided by Halliburton and Sperry-Sun, correct?

11:45AM 17    A.   Correct.

11:45AM 18    Q.   As far as you know, Transocean had nothing to do with the

11:45AM 19    design of the shack?

11:45AM 20    A.   As far as I know, yeah.

11:45AM 21    Q.   Or of the equipment contained in the shack, correct?

11:45AM 22    A.   Uh-huh.

11:45AM 23    Q.   In terms of maintaining the equipment in the shack,

11:45AM 24    updating it, making sure it was functioning, again, that was a

11:45AM 25    job of Halliburton, correct?

11:45AM 1    A.    Correct.  Yes, sir.

11:45AM 2    Q.    Basically, am I correct in saying, sir, that with respect

11:45AM 3    to the shack and where it goes and what's in it, Transocean is

11:45AM 4    just providing real estate?

11:45AM 5    A.    Yeah, Transocean provides us how to -- basically, how

11:45AM 6    to -- where to mount the units, put the units as they sit.

11:45AM 7    Q.    That shack and the equipment in that shack gave you all

11:46AM 8    the tools you needed to do your job on April 20th, correct?

11:46AM 9    A.    Yes, it did.

11:46AM 10   Q.    In fact, I think that there was some testimony earlier

11:46AM 11   that BP thought that some of your equipment, your sensors, were

11:46AM 12   more sensitive than Transocean's, correct?

11:46AM 13   A.    Correct.

11:46AM 14   Q.    Let's talk about that briefly.  I'm talking about the flow

11:46AM 15   out sensors --

11:46AM 16   A.    Yeah, the sonic.

11:46AM 17   Q.    -- Sperry flow out sensors on the *Deepwater Horizon*.

11:46AM 18         Sir, isn't it true that it was BP and Mr. Monty Instrom

11:46AM 19   (spelled phonetically) --

11:46AM 20   A.    Monty Ursprung, yes, sir.

11:46AM 21   Q.    Urstrom (spelled phonetically), is that how you pronounce

11:46AM 22   his name?

11:46AM 23   A.    Ursprung.

11:46AM 24   Q.    He was a Halliburton employee, correct?

11:46AM 25   A.    He is one of the senior unit managers --

11:46AM 1    Q.   This is going back some years prior to 2010, correct?

11:46AM 2    A.   Correct.

11:46AM 3    Q.   Mr. Ursprung.

11:47AM 4         It was he and BP who decided where to locate that

11:47AM 5    Sperry-Sun sensor on the *Horizon,* correct?

11:47AM 6    A.   As far as I know, it was him and Transocean decided where

11:47AM 7    it would be mounted, yeah.

11:47AM 8    Q.   In terms of the design of that sensor and its

11:47AM 9    capabilities, that was a decision by Mr. Ursprung, correct?

11:47AM 10   A.   Correct.

11:47AM 11   Q.   He suggested it go in a specific location, correct?

11:47AM 12   A.   Correct.  Yes, sir.

11:47AM 13   Q.   He probably had a discussion with the OIM, and that's

11:47AM 14   where it was placed, correct?

11:47AM 15   A.   Right.  Correct.

11:47AM 16   Q.   As far as you know, BP approved of where that particular

11:47AM 17   monitor was, correct?

11:47AM 18   A.   Yes, sir.

11:47AM 19   Q.   In terms of Sperry/Halliburton's responsibility for mud

11:47AM 20   logging, that comes out of the contract that it has with BP,

11:47AM 21   correct?

11:47AM 22   A.   Yes, sir.

11:47AM 23   Q.   Sir, let me check.  That may be all I have.  Let me just

11:47AM 24   check and make sure.

11:47AM 25   A.   All right.

11:48AM 1   MR. MILLER:  Mr. Keith, the smart guy says that's all

11:48AM 2   the questions I have for you.  Thank you, sir.

11:48AM 3   THE WITNESS:  Thank you.

11:48AM 4   THE COURT:  All right.  BP.

11:48AM 5   MR. BROCK:  Do you want me to go ahead and go now,

11:48AM 6   Your Honor?

11:48AM 7   THE COURT:  Yes, let's go ahead.  Let's see how far we

11:48AM 8   can get.  I don't know how long you're going to be.

11:48AM 9   MR. BROCK:  I've probably got 45 minutes or so.

11:48AM 10   THE COURT:  Let's see how much we can get through.

11:48AM 11   MR. BROCK:  Maybe a little longer.

11:48AM 12   It will be just a second while they trade out

11:49AM 13   operators, and then we'll get going.

11:49AM 14                    **CROSS-EXAMINATION**

11:49AM 15   BY MR. BROCK:

11:49AM 16   Q.   Mr. Keith, my name is Mike Brock.  I represent BP.  I need

11:49AM 17   to tell you I have you on cross-examination for the record.

11:49AM 18   I want to step back just for a second and talk about a few

11:49AM 19   of your responsibilities as a mud logger on the rig.

11:49AM 20   You would agree that one of the principal objectives of

11:49AM 21   mud logging is to monitor the well?

11:49AM 22   A.   Correct.

11:49AM 23   Q.   This means monitoring the drilling operation parameters?

11:49AM 24   A.   Correct.

11:49AM 25   Q.   You've talked about that a little bit today.

11:49AM 1          To understand the significance of the drilling operation

11:49AM 2     parameters in relation to the downhole conditions?

11:50AM 3     A.   Correct.  Yes, sir.

11:50AM 4     Q.   And to advise the drilling contractor and BP personnel of

11:50AM 5     any situation developing that puts in play safety issues?

11:50AM 6     A.   Correct.  Yes, sir.

11:50AM 7     Q.   That would include detecting and reporting anomalies that

11:50AM 8     may occur during your tour on duty?

11:50AM 9     A.   Yes, sir.

11:50AM 10    Q.   So that if you see something that is unusual, your

11:50AM 11    responsibility is to call the driller first and report that?

11:50AM 12    A.   Yes, sir.

11:50AM 13    Q.   You're not left to do interpretation of what you see, that

11:50AM 14    is, you don't try to interpret, like, what's going on --

11:50AM 15    A.   Right.

11:50AM 16    Q.   -- your job is to pick up the phone and call and see if

11:50AM 17    there is an explanation for what you see?

11:50AM 18    A.   Correct.

11:50AM 19    Q.   Now, we've talked about this a little bit.  Your mud

11:50AM 20    logging duties while the rig is on station includes monitoring

11:51AM 21    for total gas, volumes, mud flow and pressure.

11:51AM 22    A.   Correct.

11:51AM 23    Q.   Your responsibility is to monitor for indications of

11:51AM 24    problems in the well?

11:51AM 25    A.   Correct.

3644

11:51AM   1   Q.   You've described your role as being a second set of eyes,

11:51AM   2   in terms of monitoring, to the folks who are in the drill

11:51AM   3   shack?

11:51AM   4   A.   Correct.  Yes, sir.

11:51AM   5   Q.   Now, you also have responsibilities that are in place

11:51AM   6   during testing that might occur in the life of the well,

11:51AM   7   correct?

11:51AM   8   A.   It depends on what kind of testing you're talking about.

11:51AM   9   Q.   Is it correct that you would be monitoring the data during

11:51AM  10   the conduct of, say, a positive test?

11:51AM  11   A.   No, sir.

11:51AM  12   Q.   What about during the conduct of a negative test?

11:51AM  13   A.   No, sir.

11:51AM  14   Q.   You're not looking at the data at all?

11:52AM  15   A.   No, sir.

11:52AM  16   Q.   You're not even looking at the screen to see what's --

11:52AM  17   A.   Yeah, I'm still looking at all of my data, yes, sir.

11:52AM  18   Q.   So is our difference about monitoring, you're looking at

11:52AM  19   the data --

11:52AM  20   A.   Yeah, I'm still looking at it, but I'm not interpreting

11:52AM  21   the data.

11:52AM  22   Q.   So during the conduct of tests, you would be looking at

11:52AM  23   the data?

11:52AM  24   A.   Correct.

11:52AM  25   Q.   All right.  Now, you all have protocols about what you're

11:52AM 1    supposed to do before a tour starts, correct?

11:52AM 2    A.   Correct, yes, sir.

11:52AM 3    Q.   Before for your tour starts, you should tend, if possible,

11:52AM 4    the rig's pretour safety operations meeting to become familiar

11:52AM 5    with the current and future rig operations, correct?

11:52AM 6    A.   Not in this situation, no, sir.

11:52AM 7         Like I said earlier, we were working the same shift as the

11:52AM 8    rig crew, but then BP made us swap over to work 6:00 to 6:00.

11:52AM 9         When my shift started at 6:00, I would have attended the

11:53AM 10   pretour meeting at midnight, at 11 o'clock that night.

11:53AM 11   Cathleenia went to the one during the day because she was on

11:53AM 12   tour.

11:53AM 13   Q.   Thank you for that.  I'm going to come to the specifics of

11:53AM 14   what happened that day.

11:53AM 15   A.   Sure.

11:53AM 16   Q.   But just in general terms, one of the things that you

11:53AM 17   should do, if able, is to attend the rig's pretour safety

11:53AM 18   operations meeting; that's one of the meetings that you would

11:53AM 19   attend?

11:53AM 20   A.   Right.  We were notified when we came onboard to sign in,

11:53AM 21   eat, and get our rest before we came on tour, because sometimes

11:53AM 22   we wouldn't get on the rig until after 11 o'clock, you see.

11:53AM 23   Q.   Sure.  You know in this particular case that the meeting

11:53AM 24   that was discussing displacement took place at about

11:53AM 25   11 o'clock?

11:53AM  1    A.    Approximately, yes, sir.

11:53AM  2    Q.    You were on the rig when that meeting took place?

11:53AM  3    A.    As far as I know, yes, sir.  I got on the rig, 10:30 or

11:53AM  4    11:00.

11:53AM  5    Q.    Right.

11:53AM  6    A.    I don't know exactly what time I got the rig.

11:53AM  7    Q.    You've testified that you arrived on the rig around 10:30

11:54AM  8    to 11:00.

11:54AM  9    A.    Approximately, yes, sir.

11:54AM 10    Q.    You know that the meeting that took place to discuss the

11:54AM 11    displacement procedure took place around 11:00?

11:54AM 12    A.    It's always at 11:00, yes, sir.

11:54AM 13    Q.    You engaged in a number of activities after arriving,

11:54AM 14    including checking on your room --

11:54AM 15    A.    Correct.

11:54AM 16    Q.    -- going for a smoke break, going to the cinema.

11:54AM 17    A.    Uh-huh.

11:54AM 18    Q.    You were able to finally get into the room around --

11:54AM 19    A.    A little after 1:00.

11:54AM 20    Q.    -- 1:00 or a little after?

11:54AM 21    A.    Correct.

11:54AM 22    Q.    You had lunch.

11:54AM 23    A.    Yes, sir.

11:54AM 24    Q.    Now, the other way that you have of communicating about

11:54AM 25    operations that are taking place is that if you miss the

11:54AM 1    meeting that's discussing operations, you'll then have a

11:54AM 2    hand-off meeting with the person who you are replacing,

11:54AM 3    correct?

11:54AM 4    A.    Correct, yes, sir.

11:54AM 5    Q.    At any time did you meet with the driller coming on tour

11:55AM 6    or the company representative prior to the start of your shift?

11:55AM 7    A.    No, sir.

11:55AM 8    Q.    But you did meet with Ms. Willis, as you have described,

11:55AM 9    for 15 minutes or so in that period of time around 5:30 to 6:00

11:55AM 10   correct?

11:55AM 11   A.    While I was in the unit, yes, sir -- or in the lab, yes,

11:55AM 12   sir.

11:55AM 13   Q.    Correct.

11:55AM 14         Let me see TREX-609.17.2.

11:55AM 15         Do you see that this is a pull-out from one of the field

11:55AM 16   procedures of Halliburton -- or Sperry-Sun?

11:55AM 17   A.    Yes.

11:55AM 18   Q.    Do you see here, there is a paragraph 10.2, "Before

11:55AM 19   beginning their tour, the SDL field specialist" -- is that what

11:56AM 20   you were?

11:56AM 21   A.    Yes, SDL specialist.

11:56AM 22   Q.    -- "shall attend the rig's pretour safety operations

11:56AM 23   meeting to become familiar with the current and future rig

11:56AM 24   operations"?  So that's what we were just talking about, that

11:56AM 25   would be --

11:56AM 1   A.   Correct.

11:56AM 2   Q.   -- one of the requirements?

11:56AM 3      The next paragraph addresses what occurs if you don't.  Do

11:56AM 4   you see, it says, "If the rig does not hold a pretour tour

11:56AM 5   meeting for all hands, the field specialist should meet with

11:56AM 6   either the driller coming on tour or the company representative

11:56AM 7   to discuss the upcoming rig operations for their tour"?  Do you

11:56AM 8   see that?

11:56AM 9   A.   Correct.

11:56AM 10   Q.   You didn't do 10.3?

11:56AM 11   A.   I wasn't aware of that, no, sir.

11:56AM 12   Q.   You weren't aware that that was a requirement of

11:56AM 13   Halliburton?

11:56AM 14   A.   No.  You see, we used to attend the pretour meetings when

11:56AM 15   we were working 12:00 to 12:00, but BP made us swap to work

11:56AM 16   their tour, 6:00 to 6:00.

11:56AM 17      Like I explained, the logger -- they made the logger on

11:56AM 18   tour go, not the one that just arrived on the rig for crew

11:57AM 19   change.  See?

11:57AM 20   Q.   I got you.  You got there at 10:30 to 11:00.  You didn't

11:57AM 21   go -- let's just get the facts.  You didn't go to the --

11:57AM 22   A.   Right.  It wasn't mandatory for me to go.

11:57AM 23   Q.   You didn't go to the operations meeting?

11:57AM 24   A.   Correct.

11:57AM 25   Q.   And you didn't meet with the driller that afternoon?  Just

11:57AM 1    getting the facts.

11:57AM 2    A.    Correct.  I went straight to my unit, go on tour.

11:57AM 3    Q.    Now, one of the things that you are responsible for as a

11:57AM 4    representative of Sperry-Sun on the rig is for geology

11:57AM 5    descriptions and analysis, correct?

11:57AM 6    A.    Correct.

11:57AM 7    Q.    You talked earlier about -- you used the term "show," do

11:57AM 8    you remember that?

11:57AM 9    A.    Yeah, pay zones or shows.  Zones of interest.

11:57AM 10   Q.    One of the things that you are to do is to inform BP and

11:57AM 11   others of any changes that you see in cutting shapes and

11:57AM 12   volume?

11:57AM 13   A.    Correct.  That's how we plot pore pressure and so forth.

11:57AM 14   Q.    Right.

11:57AM 15          One of your requirements is also to make out complete and

11:57AM 16   accurate, legible reports for the customers, as specified?

11:58AM 17   A.    Yes, sir.

11:58AM 18   Q.    One of those reports that you would prepare would be what

11:58AM 19   you refer to on the rig as show reports?

11:58AM 20   A.    Show reports or zones of interest, yes, sir.

11:58AM 21   Q.    I would like to direct your attention to

11:58AM 22   Exhibit 4477.190.1.  I think there is a 190X that I want to

11:58AM 23   pull out.

11:58AM 24          Okay.  So this is one of your manual sections here.  Do

11:58AM 25   you see, I've just highlighted, "if a show is present, it shall

11:58AM 1   be recorded in the show report format," do you see that?

11:58AM 2   A.   Yes, sir.

11:58AM 3   Q.   Then it goes on to say some other details.

11:59AM 4   A.   Yes, sir.

11:59AM 5   Q.   This is one of the things that you regularly did on the

11:59AM 6   rig during your tours?

11:59AM 7   A.   Right.  Whenever we'd come across a show, yeah.

11:59AM 8   Q.   Now, I want to ask you about a show report for the

11:59AM 9   Macondo well that was done on April 14, 2010.  It's

11:59AM 10  Exhibit 42123.2.1, please.

11:59AM 11      Do you see that this is the form of the show report that

11:59AM 12  you would prepare on a routine basis on the rig?

11:59AM 13  A.   Yes, sir, that's just a preliminary show report.

11:59AM 14  Q.   You see the report is shown as being prepared by

11:59AM 15  Joe Keith?

11:59AM 16  A.   Correct.

11:59AM 17  Q.   Now, if we could turn to the next cull out from the

11:59AM 18  document.

11:59AM 19      Do you see here at the top, from 18080 to 18110, the

12:00PM 20  samples show a very faint light tan stain; do you see that?

12:00PM 21  A.   Right.

12:00PM 22  Q.   Is that something that you would have observed visually,

12:00PM 23  that is, in terms of looking at the sample?

12:00PM 24  A.   Yes, sir.  We have a spotting dish.  It's a glass dish.

12:00PM 25  It's like a white spot dish.

12:00PM 1          We cut it with a chemical, and we check for a stain.  We

12:00PM 2  hold it underneath the UV light to get the actual API gravity

12:00PM 3  of the oil or whatever it is.

12:00PM 4  Q.   What does that tell you when you do that?

12:00PM 5  A.   It's a high grade oil.  It's a light stain.  That meant it

12:00PM 6  was good oil, yeah.

12:00PM 7  Q.   Then there's --

12:00PM 8  A.   High quality.

12:00PM 9  Q.   Okay.

12:00PM 10  A.   I'm sorry.

12:00PM 11  Q.   High quality.

12:00PM 12          Then there is a second statement here from 18150 to 18206,

12:00PM 13  the resistivity increased and the gas increased, with the oil

12:00PM 14  having a light tan to very light brown stain.

12:00PM 15  A.   Correct.

12:00PM 16  Q.   So did you go through the same process with that sample as

12:01PM 17  you did with first one?

12:01PM 18  A.   Yes, sir.

12:01PM 19  Q.   What does that tell you?

12:01PM 20  A.   That it's getting better as it goes, yeah.

12:01PM 21  Q.   It's telling you that the oil is better?

12:01PM 22  A.   Yes.  Matching with the resistivity and so forth with the

12:01PM 23  downhole tools.

12:01PM 24  Q.   At the lower depth?

12:01PM 25  A.   Correct.

12:01PM 1   Q.   Now, do you also prepare for BP an End of Well Report that

12:01PM 2   identifies the zones that you were able to see in the testing

12:01PM 3   that you did?

12:01PM 4   A.   Yes, sir.  These -- these show reports that we do are

12:01PM 5   included in the End of Well Report when it's finalized.

12:01PM 6   Q.   We looked at that -- I think they put up for you today the

12:01PM 7   End of Well Report.

12:01PM 8   A.   Correct.  Yes, sir.

12:01PM 9   Q.   I want to show you another page out of that.

12:01PM 10   A.   Okay.

12:01PM 11   Q.   So if we can see 611.20.1, please.

12:01PM 12       Does this, first of all, in 2.3A, show the zones that we

12:01PM 13   just looked at on the prior page --

12:02PM 14   A.   Yes, sir.

12:02PM 15   Q.   -- zone one drill from 18080 --

12:02PM 16   A.   Yes, sir.

12:02PM 17   Q.   -- to 18206?

12:02PM 18   A.   Yes, sir.

12:02PM 19   Q.   Then there is a second zone of interest shown in the

12:02PM 20   summary document; is there not?

12:02PM 21   A.   Yes, sir.

12:02PM 22   Q.   Just above it.

12:02PM 23   A.   Yeah.  Yes, sir.

12:02PM 24   Q.   Zone of interest A drilled from 12030 to 12246; do you see

12:02PM 25   that?

12:02PM  1    A.    Yes, sir.  That was just a marker zone.

12:02PM  2    Q.    But in terms of the reports that you filed with BP in

12:02PM  3    terms of zones of interest, these are the two that were

12:02PM  4    identified by Halliburton?

12:02PM  5    A.    As far as I know, yes, sir.

12:02PM  6    Q.    Now, turn back to issues regarding the monitoring of the

12:02PM  7    well.

12:02PM  8          THE COURT:  Mr. Brock, let me just ask you, we're not

12:02PM  9    going to get through your whole exam before we break for lunch,

12:02PM 10    so is this a good place, or is this as good as any?

12:02PM 11          MR. BROCK:  As good as any other place.

12:03PM 12          THE COURT:  Let's go ahead and break now.  We'll come

12:03PM 13    back at 1:15.  Okay.

12:03PM 14          THE DEPUTY CLERK:  All rise.

12:03PM 15          (WHEREUPON, at 12:03 p.m., the Court was in luncheon

16    recess.)

17                              *    *    *

18

19

20

21

22

23

24

25

1                       REPORTER'S CERTIFICATE

2

3

4            I, Cathy Pepper, Certified Realtime Reporter, Registered

5    Merit Reporter, Certified Court Reporter of the State of

6    Louisiana, Official Court Reporter for the United States

7    District Court, Eastern District of Louisiana, do hereby

8    certify that the foregoing is a true and correct transcript to

9    the best of my ability and understanding from the record of the

10   proceedings in the above-entitled and numbered matter.

11

12

13                            *s/Cathy Pepper*
                              Cathy Pepper, CRR, RMR, CCR
14                            Certified Realtime Reporter
                              Registered Merit Reporter
15                            Official Court Reporter
                              United States District Court
16                            Cathy_Pepper@laed.uscourts.gov

17

18

19

20

21

22

23

24

25

**'**

**'01** [1] - 3576:12
**'94** [2] - 3572:24,
3572:25

## 1

**1** [2] - 3559:20,
3613:23
**10** [14] - 3532:22,
3533:22, 3535:1,
3538:11, 3538:14,
3538:21, 3540:3,
3542:21, 3565:18,
3565:19, 3565:24,
3584:17, 3608:11,
3610:25
**10-00** [1] - 3513:10
**10-MD-2179** [1] -
3471:8
**10-minute** [7] -
3534:12, 3534:14,
3534:17, 3537:5,
3537:23, 3538:1,
3612:12
**10.2** [1] - 3647:18
**10.3** [1] - 3648:10
**100** [6] - 3473:4,
3508:21, 3508:23,
3548:1, 3600:19,
3600:22
**1000** [2] - 3477:4,
3478:8
**1001** [1] - 3476:19
**101** [2] - 3473:8,
3539:19
**103** [1] - 3547:22
**104** [1] - 3549:4
**10:30** [4] - 3530:11,
3646:3, 3646:7,
3648:20
**11** [9] - 3471:20,
3530:12, 3531:1,
3539:19, 3561:10,
3561:15, 3645:10,
3645:22, 3645:25
**1100** [1] - 3476:15
**1110** [1] - 3477:8
**1184** [1] - 3585:4
**1188** [1] - 3585:19
**1189** [1] - 3586:14
**11:00** [6] - 3530:11,
3646:4, 3646:8,
3646:11, 3646:12,
3648:20
**11:03** [1] - 3612:14
**12** [5] - 3542:20,

3562:8, 3562:11,
3562:22, 3608:11
**1200** [2] - 3508:25,
3509:1
**1201** [2] - 3476:4,
3477:24
**12030** [1] - 3652:24
**1221** [1] - 3477:18
**12246** [1] - 3652:24
**12:00** [4] - 3531:8,
3648:15
**12:03** [1] - 3653:15
**13** [7] - 3471:9,
3480:2, 3539:13,
3565:18, 3565:19,
3565:24, 3606:16
**1308** [1] - 3473:11
**1331** [1] - 3478:4
**14** [5] - 3539:13,
3566:21, 3582:21,
3607:2, 3650:9
**14271** [1] - 3474:18
**15** [8] - 3494:20,
3532:22, 3533:22,
3547:22, 3582:10,
3582:21, 3608:11,
3647:9
**15-minute** [1] -
3552:21
**150** [1] - 3600:18
**16** [1] - 3518:13
**16/4** [1] - 3570:3
**1601** [1] - 3472:11
**1665** [1] - 3478:4
**1700** [1] - 3477:24
**18** [5] - 3512:19,
3528:15, 3529:15,
3551:1, 3551:5
**18080** [2] - 3650:19,
3652:15
**18110** [1] - 3650:19
**18150** [1] - 3651:12
**18206** [2] - 3651:12,
3652:17
**1885** [1] - 3475:11
**19** [7] - 3548:20,
3564:24, 3565:1,
3565:17, 3576:11,
3592:8, 3592:25
**19-and-a-half** [1] -
3583:16
**190X** [1] - 3649:22
**1:00** [2] - 3646:19,
3646:20
**1:15** [1] - 3653:13
**1st** [1] - 3560:9

## 2

**2** [1] - 3547:22
**2.3A** [1] - 3652:12
**20** [26] - 3471:6,
3494:7, 3502:21,
3503:22, 3509:6,
3511:6, 3516:2,
3518:13, 3518:15,
3518:19, 3518:24,
3519:10, 3539:13,
3539:14, 3539:19,
3540:7, 3567:8,
3571:25, 3576:1,
3591:14, 3617:25,
3620:25, 3622:3,
3622:7
**200** [2] - 3600:19,
3600:23
**2000** [1] - 3573:8
**20004** [1] - 3476:4
**2001** [3] - 3573:9,
3574:2, 3613:18
**2002** [2] - 3613:18,
3614:9
**2003** [3] - 3495:13,
3495:15, 3567:1
**20044** [3] - 3474:13,
3474:19, 3474:24
**2010** [44] - 3471:6,
3480:21, 3488:23,
3495:16, 3497:7,
3497:23, 3499:12,
3502:21, 3503:23,
3509:25, 3510:20,
3511:6, 3514:4,
3516:2, 3518:15,
3518:19, 3518:24,
3519:10, 3534:18,
3537:16, 3540:7,
3551:13, 3551:14,
3559:21, 3560:9,
3561:10, 3561:16,
3562:8, 3562:11,
3562:23, 3567:8,
3572:25, 3576:1,
3576:13, 3591:14,
3614:12, 3616:7,
3616:15, 3617:23,
3620:25, 3622:3,
3622:8, 3641:1,
3650:9
**2011** [2] - 3550:20
**2013** [2] - 3471:9,
3480:2
**2045** [1] - 3544:16
**20th** [33] - 3488:23,
3502:16, 3509:25,
3510:8, 3510:20,

3514:4, 3518:10,
3530:4, 3530:7,
3554:13, 3557:12,
3564:6, 3568:19,
3569:25, 3579:10,
3586:10, 3586:22,
3587:15, 3601:19,
3601:25, 3602:23,
3619:6, 3623:15,
3624:25, 3625:3,
3625:19, 3625:21,
3626:4, 3626:8,
3630:9, 3635:12,
3640:8
**21** [4] - 3547:15,
3607:2, 3610:8
**2100** [1] - 3547:15
**2101** [1] - 3627:18
**2108** [5] - 3569:23,
3569:25, 3570:6,
3627:18, 3629:6
**2112** [1] - 3606:16
**2113** [1] - 3607:2
**2114** [1] - 3629:6
**2117** [1] - 3607:3
**2131** [1] - 3629:22
**2135** [1] - 3544:16
**2138** [1] - 3629:22
**2189** [1] - 3524:5
**2211** [1] - 3477:8
**2216** [1] - 3473:22
**2224** [1] - 3494:10
**22ND** [1] - 3472:19
**23451** [1] - 3472:19
**24** [2] - 3550:25
**246** [1] - 3549:17
**250** [2] - 3600:19,
3629:8
**259** [1] - 3543:21
**2615** [1] - 3472:15
**264** [1] - 3540:3
**266** [1] - 3540:4
**273** [1] - 3518:13
**2:10-CV-02771** [1] -
3471:12
**2:10-CV-4536** [1] -
3471:14

## 3

**3** [1] - 3473:4
**30** [14] - 3508:20,
3508:22, 3508:23,
3532:15, 3535:1,
3541:23, 3542:8,
3552:1, 3570:13,
3581:8, 3588:6,
3605:23, 3607:21,
3608:8

**300** [1] - 3476:8
**3182** [2] - 3506:13,
3626:20
**3185** [1] - 3492:7
**3488** [2] - 3479:5,
3479:6
**35** [2] - 3552:3, 3552:6
**355** [1] - 3476:23
**3554** [1] - 3479:7
**3558** [1] - 3479:8
**3559** [1] - 3479:9
**3563** [1] - 3479:10
**35TH** [1] - 3476:23
**3612** [1] - 3479:11
**36130** [1] - 3475:6
**3642** [1] - 3479:12
**3653** [1] - 3479:13
**36604** [1] - 3472:12
**3668** [1] - 3472:4
**3700** [2] - 3476:15,
3476:19

## 4

**4** [5] - 3473:4,
3537:15, 3537:16,
3549:4, 3623:20
**4/20** [1] - 3490:9
**40** [2] - 3570:14,
3581:8
**4000** [1] - 3478:8
**402** [1] - 3472:19
**42123.2.1** [1] -
3650:10
**4310** [1] - 3473:18
**4319** [2] - 3634:10,
3635:7
**4320** [1] - 3635:3
**4321** [1] - 3629:21
**435** [1] - 3473:8
**4357** [2] - 3480:19,
3482:13
**4477.190.1** [1] -
3649:22
**45** [2] - 3605:23,
3642:9
**450** [1] - 3474:5
**4500** [1] - 3477:18
**4800** [1] - 3600:18
**49** [5] - 3614:19,
3615:10, 3615:16,
3615:22, 3616:1
**4th** [1] - 3534:18

## 5

**5,000** [1] - 3633:16
**5.4** [1] - 3585:6

**5.5** [1] - 3585:20
**5.5.4** [1] - 3588:17
**5.9** [1] - 3595:21
**50** [1] - 3613:19
**500** [3] - 3472:4, 3475:5, 3478:13
**5000** [1] - 3475:22
**504** [1] - 3478:14
**52647** [1] - 3613:15
**5395** [1] - 3474:6
**546** [1] - 3477:12
**556** [1] - 3472:4
**589-7779** [1] - 3478:14
**5:00** [2] - 3532:13, 3540:6
**5:30** [9] - 3532:13, 3532:16, 3534:4, 3539:1, 3540:6, 3623:4, 3623:8, 3625:16, 3647:9

## 6

**6** [2] - 3531:23, 3623:8
**600** [3] - 3472:19, 3472:22, 3477:4
**601** [1] - 3472:15
**60654** [1] - 3476:9
**60998** [1] - 3588:18
**611** [2] - 3583:2, 3584:7
**611.20.1** [1] - 3652:11
**618** [1] - 3473:15
**620** [7] - 3554:8, 3563:25, 3566:3, 3569:14, 3569:17, 3570:6, 3606:20
**6569** [1] - 3614:6
**6:00** [10] - 3531:10, 3532:14, 3625:17, 3645:8, 3645:9, 3647:9, 3648:16

## 7

**7** [3] - 3539:13, 3540:4, 3550:25
**70** [1] - 3502:24
**701** [2] - 3475:16, 3475:22
**70113** [1] - 3472:8
**70130** [6] - 3472:16, 3472:23, 3473:22, 3475:16, 3477:13, 3478:14
**70139** [1] - 3475:23
**70163** [1] - 3476:15
**70360** [1] - 3473:8

**70458** [1] - 3473:12
**70502** [2] - 3472:5, 3477:5
**70801** [1] - 3473:15
**70804** [1] - 3475:12
**71** [1] - 3502:25
**75** [1] - 3600:21
**75270** [1] - 3477:24
**7611** [1] - 3571:8,
**77002** [2] - 3476:19, 3478:9
**77006** [1] - 3473:19
**77010** [2] - 3477:18, 3478:4
**77098** [1] - 3477:8
**78257** [1] - 3473:5
**7TH** [1] - 3474:6

## 8

**8** [6] - 3531:22, 3549:4, 3551:14, 3630:15, 3631:2, 3631:5
**8167.1** [1] - 3510:24
**820** [1] - 3472:8
**8238** [1] - 3594:23
**8243** [2] - 3577:12, 3577:14
**83** [1] - 3531:21
**8300** [2] - 3529:10, 3529:17
**84** [1] - 3531:23
**85** [1] - 3520:22
**870** [1] - 3590:8
**8:00** [1] - 3471:9
**8:10** [2] - 3630:15, 3631:2
**8:30** [2] - 3538:2, 3604:21
**8:43** [1] - 3541:11
**8:45** [3] - 3545:12, 3545:16, 3545:17
**8:52** [5] - 3545:12, 3545:16, 3545:17, 3546:8, 3571:7
**8th** [3] - 3551:13, 3559:3, 3559:10

## 9

**9** [2] - 3569:18, 3571:7
**90071** [1] - 3476:24
**93** [1] - 3513:9
**94005** [1] - 3475:12
**94102** [1] - 3474:6
**95** [1] - 3520:23
**96** [1] - 3513:10

**962** [1] - 3559:23
**964** [1] - 3561:8
**966** [1] - 3562:7
**969** [1] - 3553:12
**9:00** [3] - 3538:2, 3541:10, 3569:22
**9:01** [7] - 3547:5, 3547:7, 3547:25, 3549:6, 3571:8, 3627:18, 3629:2
**9:08** [18] - 3547:5, 3547:9, 3547:25, 3549:6, 3549:13, 3569:6, 3570:6, 3570:20, 3571:8, 3587:23, 3627:18, 3635:13, 3636:3, 3636:6, 3636:10, 3636:24, 3637:18, 3638:11
**9:14** [1] - 3549:14
**9:15** [2] - 3631:16, 3631:19
**9:16** [1] - 3633:12
**9:17** [1] - 3633:12
**9:20** [1] - 3569:22
**9:30** [7] - 3540:24, 3541:6, 3541:12, 3542:6, 3566:16, 3569:18, 3607:13
**9:31** [1] - 3552:23
**9:43** [2] - 3541:11, 3542:7
**9:49** [1] - 3534:6
**9:50** [1] - 3534:6
**9TH** [1] - 3472:22

## A

**A.M** [1] - 3471:9
**a.m** [2] - 3552:23, 3612:14
**abandon** [1] - 3596:2
**abandonment** [3] - 3528:17, 3529:3, 3529:16
**ability** [9] - 3507:3, 3509:19, 3514:15, 3526:21, 3527:17, 3544:25, 3624:23, 3625:3, 3654:9
**able** [32] - 3494:7, 3496:5, 3498:12, 3506:20, 3514:18, 3514:19, 3515:17, 3516:13, 3518:16, 3518:20, 3521:2, 3526:2, 3532:10, 3533:9,

3535:20, 3549:18, 3561:24, 3575:6, 3575:8, 3599:23, 3600:6, 3608:10, 3610:8, 3611:13, 3612:6, 3620:17, 3625:5, 3636:16, 3645:17, 3646:18, 3652:2
**abnormal** [2] - 3588:10, 3595:14
**aboard** [5] - 3616:6, 3617:7, 3620:1, 3620:22, 3622:14
**above-entitled** [1] - 3654:10
**above-mentioned** [8] - 3483:6, 3483:21, 3484:6, 3484:18, 3485:4, 3485:11, 3485:24, 3486:10
**ABRAMSON** [1] - 3472:14
**abruptly** [1] - 3605:22
**absolute** [1] - 3540:20
**absolutely** [2] - 3541:7, 3638:11
**access** [13] - 3498:12, 3498:17, 3498:21, 3498:24, 3499:4, 3499:16, 3507:24, 3508:2, 3508:6, 3508:9, 3508:15, 3525:17, 3593:22
**accessing** [1] - 3495:4
**accident** [3] - 3534:19, 3544:9, 3574:10
**according** [3] - 3487:10, 3625:12, 3630:7
**accounting** [1] - 3579:6
**accuracy** [2] - 3520:21, 3521:2
**accurate** [7] - 3492:21, 3520:24, 3521:6, 3529:4, 3580:3, 3581:2, 3649:16
**accurately** [14] - 3492:19, 3514:20, 3517:16, 3518:10, 3518:16, 3518:20, 3518:23, 3519:9, 3520:9, 3521:15, 3521:24, 3526:21, 3569:13, 3624:24
**acknowledge** [2] - 3501:19, 3548:12

**acknowledged** [1] - 3601:17
**acknowledgment** [1] - 3592:19
**acted** [1] - 3619:14
**action** [1] - 3602:15
**ACTION** - 3471:8
**actions** [1] - 3513:19
**activate** [1] - 3593:23
**Active** [1] - 3554:24
**active** [17] - 3497:14, 3497:16, 3515:11, 3526:12, 3528:5, 3539:5, 3554:21, 3554:22, 3555:3, 3555:5, 3597:17, 3602:4, 3604:2, 3604:13, 3604:15
**activities** [15] - 3510:9, 3510:21, 3512:20, 3513:1, 3513:18, 3513:23, 3514:2, 3528:20, 3576:19, 3577:7, 3579:3, 3624:22, 3624:25, 3646:13
**activity** [15] - 3502:21, 3503:14, 3503:16, 3503:20, 3510:13, 3512:14, 3512:16, 3512:17, 3528:21, 3578:25, 3580:7, 3622:4, 3622:7, 3623:14, 3624:19
**actual** [7] - 3498:19, 3579:22, 3580:2, 3600:2, 3600:3, 3600:4, 3651:2
**AD** [5] - 3489:18, 3489:24, 3539:7, 3593:17, 3615:3
**add** [1] - 3563:23
**addition** [3] - 3526:23, 3528:11, 3583:20
**additional** [1] - 3627:7
**address** [3] - 3480:16, 3596:20, 3597:4
**addresses** [1] - 3648:3
**addressing** [2] - 3594:20, 3596:6
**adequately** [1] - 3567:7
**ADI** [1] - 3498:2
**adjusting** [1] - 3507:3
**admit** [2] - 3483:18, 3550:14
**admitted** [19] - 3483:5, 3483:7, 3483:22, 3484:5, 3484:7,

3

3484:17, 3484:19, 3485:3, 3485:5, 3485:10, 3485:12, 3485:19, 3485:23, 3485:25, 3486:6, 3486:9, 3486:11, 3486:15, 3487:18
**advice** [1] - 3597:2
**advise** [2] - 3595:14, 3643:4
**advised** [1] - 3480:15
**affect** [1] - 3513:3
**affected** [2] - 3527:17, 3625:3
**afternoon** [4] - 3490:9, 3511:5, 3527:25, 3648:25
**ago** [5] - 3480:15, 3511:24, 3584:17, 3590:20, 3599:15
**agree** [15] - 3504:18, 3504:22, 3514:8, 3514:14, 3514:19, 3527:14, 3547:10, 3549:13, 3549:16, 3617:16, 3617:22, 3619:18, 3620:23, 3631:16, 3642:20
**agreement** [1] - 3480:17
**ahead** [9] - 3527:2, 3537:21, 3551:9, 3553:25, 3608:20, 3609:3, 3642:5, 3642:7, 3653:12
**air** [1] - 3608:18
**AL** [4] - 3471:13, 3471:16, 3472:12, 3475:6
**ALABAMA** [2] - 3475:3
**Alabama** [2] - 3558:12, 3558:17
**alarm** [9] - 3601:1, 3601:6, 3601:10, 3601:11, 3601:13, 3602:7, 3604:5, 3606:25
**alarms** [8] - 3600:9, 3600:12, 3600:15, 3601:19, 3601:24, 3602:2, 3602:4, 3602:15
**alert** [2] - 3601:6, 3622:1
**ALEX** [1] - 3477:17
**alignments** [1] - 3497:18
**ALLAN** [1] - 3475:15
**allow** [1] - 3522:24

**allowed** [1] - 3514:20
**allows** [4] - 3496:11, 3515:14, 3525:25, 3526:4
**Amendment** [1] - 3533:14
**AMERICA** [3] - 3471:15, 3474:4, 3475:20
**AMERICAN** [1] - 3472:15
**amount** [2] - 3515:19, 3525:16, 3536:18, 3588:10
**amounts** [1] - 3560:23
**Anadarko** [1] - 3573:10
**analysis** [2] - 3635:5, 3649:5
**AND** [2] - 3471:12, 3476:12
**Anderson** [4] - 3614:25, 3619:5, 3619:9
**ANDREW** [1] - 3476:7
**ANGELES** [1] - 3476:24
**Angelle** [2] - 3535:17, 3536:3
**angle** [2] - 3517:19, 3571:2
**announced** [1] - 3600:24
**announcements** [1] - 3603:1
**announcing** [1] - 3603:1
**annulus** [1] - 3515:8
**anomalies** [7] - 3490:13, 3574:18, 3578:12, 3595:15, 3602:11, 3602:12, 3643:7
**anomaly** [7] - 3548:8, 3548:19, 3549:10, 3575:24, 3593:15, 3596:24, 3603:25
**ANSWER** [2] - 3518:18, 3520:4
**answer** [21] - 3503:17, 3518:22, 3519:1, 3519:16, 3532:1, 3532:3, 3535:12, 3536:8, 3536:9, 3539:17, 3539:23, 3540:2, 3540:11, 3543:25, 3548:2, 3548:4, 3548:24, 3549:8, 3551:4, 3551:8, 3551:11

**answered** [4] - 3503:15, 3523:15, 3603:11, 3634:6
**answering** [2] - 3519:23, 3613:1
**ANTHONY** [1] - 3473:21
**ANTONIO** [1] - 3473:5
**anytime** [1] - 3529:5
**anyway** [1] - 3586:12
**appear** [1] - 3626:24
**APPEARANCES** [7] - 3472:1, 3473:1, 3474:1, 3475:1, 3476:1, 3477:1, 3478:1
**appeared** [1] - 3567:8
**applied** [3] - 3513:20, 3583:25, 3590:20
**Applied** [1] - 3589:19
**appropriate** [1] - 3513:18
**approved** [1] - 3641:16
**April** [61] - 3488:23, 3495:16, 3497:7, 3497:23, 3499:12, 3502:16, 3502:21, 3503:22, 3509:25, 3510:8, 3510:20, 3511:6, 3514:4, 3516:2, 3518:10, 3518:15, 3518:19, 3518:24, 3519:10, 3530:4, 3530:7, 3539:14, 3540:7, 3554:13, 3557:12, 3559:20, 3560:9, 3561:10, 3561:15, 3562:8, 3562:11, 3562:22, 3564:6, 3567:8, 3568:19, 3569:25, 3576:1, 3579:10, 3586:10, 3586:22, 3587:15, 3591:14, 3601:19, 3601:25, 3602:23, 3614:12, 3616:7, 3617:23, 3619:6, 3620:25, 3622:3, 3622:7, 3623:15, 3625:3, 3625:21, 3626:4, 3630:9, 3635:12, 3640:8, 3650:9
**APRIL** [1] - 3471:6
**arcing** [2] - 3608:18, 3608:21
**area** [3] - 3526:7,

3574:21, 3609:18
**argument** [1] - 3483:11
**argumentative** [1] - 3628:21
**ARRELL** [1] - 3477:7
**arrived** [3] - 3611:16, 3646:7, 3648:18
**arriving** [1] - 3646:13
**ASBILL** [1] - 3476:17
**ASCII** [4] - 3559:21, 3560:14, 3562:5, 3574:24
**aspect** [1] - 3621:12
**assess** [3] - 3560:23, 3561:18, 3597:4
**assessment** [7] - 3513:7, 3513:13, 3513:15, 3513:22, 3514:1, 3514:5
**ASSET** [1] - 3471:13
**assigned** [4] - 3573:12, 3573:23, 3574:6, 3613:8
**assist** [1] - 3516:18
**assistant** [10] - 3489:18, 3490:6, 3491:11, 3492:2, 3499:15, 3504:4, 3507:24, 3598:22, 3619:11, 3619:21
**assisted** [1] - 3610:25
**assisting** [1] - 3610:16
**associated** [1] - 3513:17
**assuming** [1] - 3524:17
**ate** [1] - 3531:18
**attend** [5] - 3581:19, 3645:17, 3645:19, 3647:22, 3648:14
**attended** [1] - 3645:9
**attending** [1] - 3588:22
**attention** [1] - 3649:21
**ATTORNEY** [4] - 3475:3, 3475:4, 3475:9, 3475:11
**audible** [2] - 3601:7, 3601:19
**August** [1] - 3572:1
**authority** [3] - 3510:12, 3622:15, 3625:23
**available** [11] - 3491:5, 3491:11, 3492:4, 3502:2, 3543:11, 3584:1, 3590:4, 3597:13,

3598:14, 3598:23, 3599:1
**AVENUE** [5] - 3472:8, 3474:5, 3475:5, 3476:4, 3476:23
**avoid** [1] - 3595:18
**award** [2] - 3592:14, 3592:15
**awards** [2] - 3592:9, 3592:10
**aware** [17] - 3485:1, 3513:21, 3513:23, 3513:25, 3529:13, 3532:25, 3533:6, 3533:8, 3533:12, 3533:13, 3533:15, 3544:8, 3552:4, 3552:19, 3622:1, 3648:11, 3648:12

---

## B

**backup** [3] - 3489:20, 3489:22, 3598:5
**backwards** [1] - 3571:15
**bad** [1] - 3501:19
**bag** [2] - 3572:9, 3572:11
**ball** [1] - 3628:19
**Bankston** [4] - 3512:1, 3526:14, 3527:20, 3529:22
**BANKSTON** [3] - 3533:11, 3611:12, 3611:13
**BARBIER** [1] - 3471:22
**barge** [1] - 3639:12
**barrels** [3] - 3493:14, 3552:3, 3552:6
**base** [2] - 3506:17, 3583:1
**based** [18] - 3482:6, 3497:20, 3500:13, 3500:14, 3543:17, 3543:23, 3561:6, 3561:17, 3567:3, 3570:4, 3587:11, 3588:8, 3588:9, 3592:21, 3596:19, 3596:23, 3634:23, 3638:10
**basis** [4] - 3480:24, 3482:3, 3638:15, 3650:12
**Bates** [5] - 3577:12, 3585:4, 3585:19, 3590:8, 3594:23

bathroom [1] - 3604:23
BATON [2] - 3473:15, 3475:12
BEACH [1] - 3472:19
became [3] - 3572:21, 3582:7, 3621:16
BECK [2] - 3477:15, 3477:15
become [6] - 3522:13, 3529:13, 3572:20, 3591:8, 3645:4, 3647:23
bed [3] - 3531:13, 3531:19, 3532:10
BEFORE [1] - 3471:22
began [4] - 3524:12, 3532:13, 3547:3, 3547:11
beginning [4] - 3503:13, 3544:16, 3613:13, 3647:19
begins [1] - 3627:21
behalf [5] - 3483:14, 3484:21, 3486:3, 3553:23, 3559:17
belief [1] - 3540:5
believes [1] - 3638:20
belly [1] - 3517:15
below [2] - 3493:17, 3586:1
BEN [1] - 3474:24
Bend [1] - 3610:11
beneath [1] - 3609:13
benefit [1] - 3577:4
best [6] - 3566:14, 3598:21, 3617:24, 3617:25, 3618:2, 3654:9
better [2] - 3651:20, 3651:21
between [19] - 3480:17, 3495:14, 3511:19, 3516:19, 3530:11, 3538:2, 3540:6, 3549:13, 3565:18, 3569:22, 3580:23, 3603:7, 3607:2, 3615:22, 3621:6, 3629:6, 3630:14, 3630:17, 3631:2
BHA's [2] - 3496:24, 3567:21
big [1] - 3494:22
bills [1] - 3535:21
binging [1] - 3601:4
bit [16] - 3517:19, 3536:21, 3547:16, 3550:13, 3563:20,

3563:23, 3567:21, 3574:7, 3581:8, 3588:2, 3597:12, 3607:23, 3609:18, 3623:7, 3642:25, 3643:19
black [5] - 3549:22, 3564:17, 3608:5, 3608:7, 3608:14
blank [1] - 3625:18
bleeding [1] - 3541:17
blew [1] - 3540:20, 3606:2, 3606:24
blood [1] - 3609:18
blow [3] - 3569:15, 3577:13, 3583:2
blow-up [1] - 3583:2
blowing [2] - 3606:21, 3633:24
blown [2] - 3607:6, 3628:10
blown-up [1] - 3628:10
blowout [8] - 3501:21, 3503:21, 3539:14, 3547:24, 3572:25, 3595:1, 3619:1, 3632:20
blue [3] - 3606:23, 3634:18, 3634:20
boat [4] - 3522:4, 3526:16, 3587:2, 3587:3
boatswains [1] - 3611:9
Bob [2] - 3557:16, 3616:3
BOCKIUS [1] - 3478:6
bonuses [1] - 3592:21
book [9] - 3541:22, 3541:24, 3559:6, 3570:15, 3578:21, 3578:23, 3578:25, 3580:3, 3581:2
booklet [1] - 3577:5
booklets [1] - 3590:5
boost [1] - 3497:17
BOP [1] - 3593:23
BOPs [1] - 3496:3
boss [1] - 3489:8
bottom [5] - 3498:1, 3577:13, 3577:14, 3599:14, 3613:22
BOULEVARD [1] - 3473:18
BOUNDS [1] - 3472:10
bowtie [2] - 3524:18, 3524:19
BOX [4] - 3472:4,

3474:12, 3474:18, 3475:12
boxes [1] - 3498:11
BP [82] - 3471:15, 3475:19, 3475:20, 3475:20, 3484:21, 3486:3, 3489:11, 3490:2, 3506:18, 3506:23, 3507:7, 3508:2, 3508:18, 3509:15, 3510:1, 3510:11, 3510:12, 3511:8, 3512:16, 3512:25, 3513:21, 3514:1, 3516:1, 3526:20, 3526:24, 3529:9, 3530:23, 3531:9, 3533:1, 3533:8, 3534:19, 3535:6, 3535:7, 3535:25, 3536:5, 3536:23, 3537:1, 3544:4, 3544:5, 3544:8, 3552:11, 3557:12, 3558:25, 3559:8, 3559:21, 3562:15, 3562:16, 3573:10, 3573:11, 3573:16, 3573:23, 3576:2, 3610:16, 3611:2, 3613:7, 3616:6, 3618:12, 3618:15, 3618:19, 3620:19, 3624:5, 3624:9, 3624:20, 3626:4, 3626:5, 3626:7, 3626:17, 3627:17, 3640:11, 3640:18, 3641:4, 3641:16, 3641:20, 3642:4, 3642:16, 3643:4, 3645:8, 3648:15, 3649:10, 3652:1, 3653:2
BP's [2] - 3492:3, 3562:18
BRAD [1] - 3476:22
BRANCH [3] - 3474:4, 3474:15, 3474:22
break [26] - 3534:13, 3534:14, 3534:17, 3537:5, 3537:9, 3537:23, 3537:24, 3538:1, 3538:6, 3539:21, 3539:25, 3558:21, 3601:18, 3604:22, 3604:24, 3605:1, 3605:10, 3605:12, 3625:8, 3625:13, 3625:14,

3628:3, 3646:16, 3653:9, 3653:12
breakdown [1] - 3577:6
breakers [1] - 3608:17
Breit [2] - 3480:12, 3482:24
BREIT [15] - 3472:18, 3472:18, 3480:12, 3480:19, 3480:21, 3481:3, 3481:7, 3481:23, 3481:25, 3482:11, 3482:13, 3482:19, 3482:25, 3483:3, 3483:11
BRENNAN [1] - 3476:17
Brian [3] - 3534:20, 3535:6, 3561:13
BRIAN [1] - 3476:22
bridge [1] - 3600:24
briefly [7] - 3486:24, 3558:13, 3559:14, 3593:2, 3606:8, 3630:11, 3640:14
bring [3] - 3545:24, 3580:1, 3600:17
bringing [1] - 3605:17
Brock [4] - 3522:14, 3523:9, 3642:16, 3653:8
BROCK [25] - 3476:3, 3519:3, 3522:10, 3535:10, 3535:24, 3536:5, 3536:8, 3536:10, 3553:18, 3560:24, 3562:25, 3569:7, 3569:9, 3590:23, 3603:9, 3603:11, 3603:14, 3628:21, 3636:15, 3638:14, 3642:5, 3642:9, 3642:11, 3642:15, 3653:11
BROCK...................
. [1] - 3479:12
brothers [1] - 3616:17
brought [7] - 3481:20, 3485:17, 3545:22, 3559:6, 3598:16, 3632:2, 3639:12
Broussard [2] - 3574:13, 3576:3
brown [1] - 3651:14
build [2] - 3582:25, 3583:13
BUILDING [2] - 3472:15, 3473:4
built [1] - 3639:10
bunch [2] - 3583:14,

3593:12
bunk [1] - 3531:18
bunks [1] - 3531:12
BURLING [1] - 3476:3
Buster [1] - 3515:9
buster [1] - 3568:13
busy [1] - 3632:23
buttons [1] - 3593:22
BY [68] - 3471:5, 3472:3, 3472:7, 3472:11, 3472:14, 3472:18, 3472:22, 3473:3, 3473:7, 3473:11, 3473:14, 3473:18, 3473:21, 3474:5, 3474:10, 3474:16, 3474:22, 3475:4, 3475:10, 3475:15, 3475:21, 3476:3, 3476:7, 3476:14, 3476:18, 3476:22, 3477:3, 3477:7, 3477:12, 3477:15, 3477:22, 3478:3, 3478:7, 3478:16, 3478:17, 3479:6, 3479:7, 3479:8, 3479:9, 3479:10, 3479:11, 3479:12, 3488:8, 3492:17, 3503:12, 3519:7, 3520:2, 3522:20, 3525:6, 3535:22, 3536:12, 3537:22, 3554:2, 3558:16, 3559:16, 3561:7, 3563:17, 3569:11, 3589:4, 3591:4, 3595:20, 3602:21, 3603:15, 3612:20, 3628:24, 3636:19, 3638:25, 3642:15
bypass [1] - 3525:2
bypassed [5] - 3523:7, 3524:1, 3524:13, 3631:24, 3631:25
bypassing [5] - 3511:23, 3521:10, 3522:6, 3526:20, 3533:3

---

**C**

CA [2] - 3474:6, 3476:24
cabin [1] - 3598:11
CALDWELL [1] - 3475:10
calibrated [1] -

3508:25
**calibrations** [1] - 3509:2
**CALLED** [1] - 3480:4
**camera** [18] - 3496:12, 3496:18, 3516:25, 3517:1, 3517:18, 3517:24, 3524:9, 3566:22, 3568:2, 3568:8, 3568:17, 3568:20, 3570:10, 3571:1, 3599:7, 3600:3, 3635:22, 3636:4
**cameras** [1] - 3497:4
**CAMERON** [1] - 3477:11
**CAMP** [1] - 3475:16
**capabilities** [1] - 3641:9
**capably** [2] - 3625:6, 3625:7
**capacity** [1] - 3575:9
**capital** [1] - 3496:2
**capsule** [4] - 3609:12, 3610:1, 3610:15, 3611:6
**captures** [1] - 3509:7
**card** [1] - 3592:18
**carefully** [1] - 3507:2
**CARL** [1] - 3471:22
**Carl** [9] - 3480:19, 3492:7, 3492:10, 3493:16, 3513:13, 3514:7, 3518:14, 3520:12, 3527:2
**CARONDELET** [2] - 3472:22, 3477:12
**CARRIE** [1] - 3476:7
**carrying** [3] - 3504:6, 3619:17, 3624:24
**case** [8] - 3501:21, 3501:24, 3544:9, 3548:13, 3580:4, 3613:12, 3622:25, 3645:23
**CASE** [2] - 3471:12, 3471:14
**casing** [2] - 3576:19, 3621:19
**Cat** [2] - 3559:24, 3560:10
**cat** [1] - 3623:4
**Cat/Joe** [1] - 3560:13
**catcher** [6] - 3572:3, 3572:6, 3572:15, 3572:20, 3581:9, 3582:5
**catchers** [1] - 3584:2
**Cathleenia** [4] -

3532:20, 3532:25, 3610:22, 3645:11
**Cathy** [3] - 3591:2, 3654:4, 3654:13
**CATHY** [1] - 3478:12
**Cathy_Pepper@laed .uscourts.gov** [1] - 3654:16
**cathy_Pepper@laed. uscourts.gov** [1] - 3478:15
**caught** [2] - 3565:16, 3565:19
**caused** [5] - 3529:19, 3529:25, 3631:1, 3633:15, 3633:19
**CCR** [2] - 3478:12, 3654:13
**cease** [1] - 3512:16
**cement** [2] - 3496:4, 3637:19
**cemented** [1] - 3621:20
**cementing** [1] - 3495:23
**CENTER** [1] - 3477:17
**center** [2] - 3575:2, 3576:2
**Central** [1] - 3540:6
**CENTRE** [1] - 3476:14
**CERNICH** [1] - 3474:10
**certain** [4] - 3498:11, 3515:16, 3582:17, 3624:16
**certainly** [5] - 3509:23, 3523:19, 3526:20, 3549:25, 3552:18
**CERTIFICATE** [1] - 3654:1
**CERTIFIED** [1] - 3478:12
**Certified** [3] - 3654:4, 3654:5, 3654:14
**certify** [1] - 3654:8
**chair** [1] - 3608:17
**CHAKERES** [4] - 3474:12, 3553:23, 3554:2, 3558:10
**Chakeres** [1] - 3553:23
**CHAKERES..............** **....** [1] - 3479:7
**CHANG** [1] - 3474:11
**change** [20] - 3497:15, 3497:18, 3499:25, 3531:12, 3538:16, 3539:6, 3554:19, 3554:20, 3555:5,

3555:19, 3555:20, 3556:5, 3564:19, 3570:2, 3571:8, 3589:7, 3598:17, 3599:8, 3605:7, 3648:19
**changed** [4] - 3537:4, 3544:17, 3544:18, 3602:6
**changes** [9] - 3499:21, 3506:25, 3515:19, 3529:5, 3555:17, 3593:12, 3596:1, 3600:20, 3649:11
**channel** [4] - 3496:14, 3500:1, 3566:21, 3600:1
**channels** [6] - 3495:20, 3567:24, 3568:2, 3599:8, 3599:9
**chapter** [1] - 3590:8
**chapters** [1] - 3593:5
**characterization** [1] - 3519:3
**characterize** [1] - 3573:20
**charge** [1] - 3510:8
**Charley** [3] - 3573:16, 3573:18, 3613:7
**Charlie** [1] - 3508:17
**chart** [1] - 3505:10
**CHASE** [1] - 3477:4
**chatted** [1] - 3575:23
**check** [7] - 3517:20, 3535:20, 3568:4, 3568:20, 3569:4, 3570:10, 3578:12, 3587:23, 3605:13, 3625:12, 3635:23, 3636:6, 3637:25, 3638:3, 3641:23, 3641:24, 3651:1
**checked** [4] - 3566:20, 3609:20, 3609:21, 3625:9
**checking** [1] - 3646:14
**chemical** [1] - 3651:1
**chest** [10] - 3516:5, 3520:6, 3521:12, 3521:20, 3523:1, 3557:1, 3623:21, 3623:25, 3624:4, 3624:8
**Chevron** [1] - 3573:14
**CHICAGO** [1] - 3476:9
**chipping** [1] - 3600:25
**choke** [2] - 3596:16,

3597:18
**Chris** [1] - 3575:1
**cinema** [1] - 3646:16
**circa** [2] - 3495:15, 3567:1
**circulated** [6] - 3483:17, 3484:2, 3484:11, 3485:7, 3485:18, 3486:18
**circulation** [2] - 3560:23, 3561:19
**CIVIL** [3] - 3471:8, 3474:4, 3474:15
**claim** [1] - 3542:18
**clarity** [1] - 3535:24
**class** [2] - 3582:14, 3588:22
**classes** [1] - 3581:19
**classrooms** [2] - 3583:20, 3585:10
**clean** [5] - 3527:6, 3527:8, 3572:8, 3572:11, 3638:8
**cleaner** [1] - 3610:18
**cleaners** [2] - 3527:11, 3604:18
**cleaning** [6] - 3526:24, 3527:4, 3527:14, 3531:19, 3531:20, 3604:17
**clear** [11] - 3500:20, 3522:14, 3556:19, 3557:5, 3563:23, 3564:1, 3564:15, 3569:14, 3597:15, 3599:23, 3638:11
**clearly** [1] - 3500:22
**Clerk** [1] - 3488:4
**CLERK** [7] - 3480:7, 3487:22, 3488:6, 3552:22, 3552:24, 3612:15, 3653:14
**CLINGMAN** [1] - 3476:18
**close** [10] - 3494:25, 3517:17, 3517:23, 3529:17, 3553:1, 3553:5, 3570:24, 3571:3, 3571:4, 3631:25
**closed** [11] - 3511:8, 3515:3, 3515:6, 3515:14, 3516:3, 3524:24, 3555:9, 3569:2, 3570:14, 3570:16, 3631:19
**closely** [1] - 3506:15
**coach** [1] - 3628:19
**Coast** [3] - 3611:16, 3611:17, 3611:20

**coffeepot** [1] - 3628:17
**colleague** [1] - 3552:15
**collect** [1] - 3572:11
**collected** [1] - 3541:9
**color** [2] - 3570:2, 3570:5
**column** [2] - 3554:23, 3555:17
**coming** [28] - 3498:15, 3499:1, 3502:14, 3515:17, 3515:21, 3515:23, 3516:11, 3517:23, 3521:14, 3521:22, 3522:25, 3527:12, 3527:13, 3532:15, 3542:1, 3568:13, 3568:14, 3570:23, 3571:25, 3574:14, 3605:12, 3608:2, 3608:19, 3610:3, 3623:3, 3624:17, 3647:5, 3648:6
**commander** [1] - 3611:23
**commanders** [2] - 3611:17, 3611:18
**commented** [1] - 3566:11
**COMMERCIAL** [1] - 3474:22
**Committee** [1] - 3488:12
**common** [2] - 3597:1, 3617:18
**communicate** [1] - 3578:17
**communicating** [1] - 3646:24
**communication** [1] - 3615:22
**communications** [2] - 3636:21
**communicator** [1] - 3617:17
**Communicator** [2] - 3575:22, 3575:24
**communicators** [1] - 3617:14
**COMPANY** [1] - 3475:20
**company** [24] - 3489:11, 3489:24, 3491:14, 3504:4, 3530:23, 3531:9, 3540:16, 3543:4, 3579:2, 3593:17, 3596:25, 3600:23,

3616:6, 3616:7, 3616:23, 3617:6, 3622:5, 3622:9, 3626:4, 3626:5, 3626:7, 3647:6, 3648:6
**compare** [3] - 3507:17, 3507:18, 3520:25
**compares** [1] - 3579:13
**competent** [4] - 3618:23, 3619:1, 3619:6, 3619:21
**complacent** [2] - 3621:10, 3621:17
**COMPLAINT** [1] - 3471:12
**complete** [2] - 3513:18, 3649:15
**completed** [1] - 3631:19
**completely** [4] - 3588:3, 3608:5, 3631:5, 3639:2
**component** [1] - 3593:23
**computer** [9] - 3491:1, 3497:11, 3498:1, 3498:2, 3499:4, 3507:4, 3526:4, 3567:13, 3608:22
**COMPUTER** [1] - 3478:17
**computers** [1] - 3498:17
**concede** [1] - 3543:6
**concern** [6] - 3535:18, 3542:22, 3542:25, 3571:13, 3571:16
**concerned** [5] - 3507:1, 3513:2, 3533:3, 3543:2, 3545:2
**concerns** [1] - 3544:5
**concluded** [2] - 3543:17, 3543:22
**conclusion** [1] - 3638:4
**concoct** [1] - 3605:8
**conditioners** [1] - 3608:18
**conditions** [2] - 3490:10, 3643:2
**conduct** [3] - 3644:10, 3644:12, 3644:22
**conducted** [3] - 3621:16, 3635:14, 3638:3
**Conference** [1] -

3486:13
**confidence** [1] - 3638:5
**configuration** [3] - 3497:15, 3499:25, 3518:5
**configure** [1] - 3497:12
**confirm** [1] - 3557:11
**confirmed** [3] - 3571:19, 3632:15, 3633:18
**confound** [1] - 3510:15
**confuse** [1] - 3510:15
**confused** [1] - 3519:16
**confusion** [1] - 3564:1
**conjunction** [2] - 3582:15, 3589:21
**Connection** [1] - 3509:4
**connection** [5] - 3481:6, 3486:12, 3509:7, 3536:14, 3634:11
**CONRAD** [1] - 3473:7
**consider** [2] - 3616:19, 3617:12
**considered** [1] - 3614:2
**consistent** [5] - 3541:11, 3577:17, 3583:6, 3586:18, 3599:18
**consistently** [2] - 3539:22, 3624:23
**constant** [4] - 3547:14, 3548:1, 3549:6, 3627:25
**constantly** [4] - 3539:21, 3580:13, 3581:18, 3627:5
**constraints** [1] - 3513:18
**contact** [3] - 3611:21, 3618:12, 3618:15, 3618:17, 3618:19
**contacted** [2] - 3575:25, 3622:9
**contained** [1] - 3639:21
**contemporaneously** [1] - 3578:14
**content** [1] - 3609:2
**context** [6] - 3519:22, 3519:23, 3603:12, 3638:18, 3638:19, 3638:21
**continually** [1] -

3579:24
**continue** [3] - 3546:11, 3596:7, 3597:11
**CONTINUED** [6] - 3473:1, 3474:1, 3475:1, 3476:1, 3477:1, 3478:1
**continues** [3] - 3595:16, 3595:17, 3629:7
**continuously** [11] - 3518:11, 3518:16, 3518:20, 3518:23, 3519:9, 3534:14, 3542:18, 3573:1, 3574:5, 3595:6, 3595:25
**contract** [1] - 3641:20
**contractor** [1] - 3643:4
**contractors** [1] - 3617:18
**Control** [1] - 3593:5
**control** [31] - 3550:14, 3550:17, 3550:22, 3551:2, 3551:7, 3584:12, 3584:14, 3585:10, 3585:11, 3588:22, 3590:9, 3590:10, 3591:7, 3593:3, 3593:7, 3593:11, 3593:19, 3594:5, 3595:1, 3596:11, 3596:15, 3596:20, 3620:1, 3620:7, 3620:12, 3623:18, 3631:5, 3632:20, 3633:3, 3633:24
**conversation** [1] - 3632:23
**conversations** [4] - 3626:3, 3626:5, 3626:6, 3630:4
**convert** [1] - 3516:2
**cooler** [1] - 3628:18
**copied** [1] - 3562:25
**core** [1] - 3590:19
**COREY** [1] - 3475:4
**Corey** [1] - 3558:17
**CORPORATE** [1] - 3473:8
**CORPORATION** [1] - 3477:11
**Correct** [2] - 3623:6, 3630:19
**correct** [514] - 3481:23, 3482:25, 3487:12, 3487:18,

3488:24, 3489:8, 3489:15, 3490:2, 3490:12, 3490:19, 3490:21, 3490:25, 3491:3, 3491:7, 3491:9, 3491:10, 3491:13, 3491:21, 3491:22, 3491:25, 3492:6, 3492:22, 3492:23, 3493:1, 3493:6, 3493:7, 3493:18, 3493:19, 3493:20, 3493:21, 3494:2, 3494:3, 3494:25, 3496:12, 3496:13, 3496:15, 3496:16, 3497:1, 3497:2, 3497:24, 3498:22, 3498:23, 3498:25, 3499:6, 3499:10, 3499:13, 3499:18, 3499:24, 3500:4, 3500:16, 3500:23, 3500:24, 3500:25, 3501:4, 3501:22, 3501:24, 3501:25, 3502:16, 3502:17, 3503:24, 3504:8, 3504:9, 3504:11, 3504:13, 3504:15, 3504:21, 3505:4, 3505:9, 3505:11, 3505:14, 3505:18, 3505:21, 3506:1, 3506:2, 3506:6, 3506:10, 3506:12, 3506:16, 3506:17, 3507:4, 3507:5, 3507:9, 3507:10, 3507:14, 3507:22, 3507:25, 3508:3, 3508:4, 3508:13, 3508:14, 3509:14, 3509:16, 3509:17, 3509:24, 3510:1, 3510:2, 3510:3, 3510:4, 3510:6, 3510:15, 3510:16, 3510:18, 3510:19, 3511:6, 3511:10, 3511:11, 3511:13, 3511:25, 3512:2, 3512:4, 3512:5, 3512:12, 3512:14, 3512:15, 3512:17, 3512:18, 3512:24, 3514:11, 3514:17, 3515:3, 3515:4, 3515:21, 3515:22, 3515:24, 3515:25, 3516:6,

3516:9, 3516:10, 3516:15, 3517:4, 3517:5, 3518:8, 3518:9, 3518:11, 3518:24, 3519:10, 3521:15, 3521:17, 3522:8, 3522:22, 3522:23, 3523:2, 3523:6, 3523:7, 3523:19, 3524:13, 3524:14, 3524:22, 3525:17, 3525:18, 3526:19, 3526:22, 3526:25, 3527:16, 3527:18, 3527:19, 3528:2, 3528:18, 3528:22, 3529:13, 3529:17, 3529:20, 3529:23, 3530:14, 3531:3, 3533:20, 3534:4, 3534:5, 3534:8, 3535:2, 3535:4, 3538:2, 3538:3, 3538:7, 3538:8, 3538:11, 3538:24, 3538:25, 3542:16, 3542:17, 3542:23, 3543:18, 3543:24, 3544:6, 3544:16, 3544:20, 3544:21, 3544:22, 3544:25, 3545:1, 3545:5, 3545:7, 3545:8, 3545:10, 3545:11, 3545:14, 3546:2, 3546:3, 3546:5, 3546:6, 3546:7, 3547:12, 3547:14, 3548:10, 3548:16, 3548:18, 3549:2, 3549:3, 3549:19, 3549:23, 3550:1, 3550:12, 3550:15, 3550:16, 3551:8, 3551:11, 3551:17, 3551:19, 3552:1, 3552:3, 3555:4, 3555:8, 3555:12, 3556:6, 3556:17, 3557:4, 3557:13, 3557:14, 3557:17, 3558:2, 3558:23, 3558:24, 3560:1, 3560:15, 3560:20, 3560:21, 3560:23, 3561:10, 3561:11, 3561:13, 3561:14, 3561:21, 3562:19, 3562:23, 3566:5, 3567:15, 3568:1, 3568:16,

3568:18, 3568:24, 3569:2, 3569:20, 3570:8, 3570:11, 3571:21, 3576:14, 3576:23, 3577:11, 3578:2, 3578:16, 3578:19, 3580:18, 3581:5, 3583:8, 3584:25, 3586:13, 3586:17, 3586:20, 3587:8, 3587:17, 3587:25, 3588:20, 3588:25, 3589:14, 3594:22, 3598:1, 3598:24, 3603:6, 3603:10, 3613:5, 3613:8, 3614:19, 3615:17, 3615:23, 3616:1, 3616:3, 3616:4, 3616:9, 3616:15, 3616:17, 3616:20, 3616:21, 3617:9, 3617:20, 3618:17, 3618:20, 3618:21, 3620:2, 3620:3, 3620:5, 3620:23, 3620:24, 3621:3, 3621:4, 3621:7, 3621:17, 3621:21, 3621:22, 3621:23, 3622:1, 3622:5, 3622:10, 3622:11, 3622:12, 3622:13, 3622:15, 3622:21, 3622:22, 3622:23, 3622:24, 3623:5, 3623:15, 3623:16, 3623:18, 3623:25, 3624:1, 3624:2, 3624:6, 3624:20, 3624:21, 3625:1, 3625:4, 3625:10, 3625:11, 3625:14, 3625:15, 3625:19, 3625:20, 3625:23, 3625:25, 3626:1, 3626:22, 3626:23, 3626:25, 3627:1, 3627:4, 3628:4, 3628:5, 3628:12, 3628:13, 3628:15, 3628:16, 3628:20, 3628:25, 3629:9, 3629:11, 3629:19, 3629:20, 3629:23, 3629:24, 3629:25, 3630:1, 3630:9, 3630:15, 3630:16, 3630:18, 3630:24, 3631:2, 3631:6, 3631:7,

3631:10, 3631:11, 3631:12, 3631:18, 3631:20, 3631:21, 3631:23, 3631:24, 3632:1, 3632:3, 3632:4, 3632:6, 3632:7, 3632:13, 3632:14, 3632:16, 3632:20, 3632:21, 3632:25, 3633:1, 3633:3, 3633:4, 3633:7, 3633:8, 3633:9, 3633:10, 3633:11, 3633:13, 3633:14, 3633:16, 3633:17, 3633:20, 3633:25, 3634:1, 3634:4, 3634:5, 3634:8, 3634:14, 3634:15, 3634:18, 3634:19, 3634:20, 3634:24, 3635:1, 3635:2, 3635:5, 3635:6, 3635:10, 3635:11, 3635:14, 3635:15, 3635:18, 3635:20, 3635:24, 3635:25, 3636:1, 3636:4, 3636:5, 3636:8, 3636:12, 3636:13, 3636:14, 3636:18, 3637:4, 3637:5, 3637:9, 3637:13, 3637:14, 3637:15, 3637:16, 3637:19, 3637:20, 3637:21, 3637:22, 3637:23, 3637:24, 3638:1, 3638:2, 3638:6, 3638:7, 3638:8, 3638:9, 3638:12, 3638:13, 3639:8, 3639:9, 3639:10, 3639:11, 3639:13, 3639:14, 3639:16, 3639:17, 3639:21, 3639:25, 3640:1, 3640:2, 3640:8, 3640:12, 3640:13, 3640:24, 3641:1, 3641:2, 3641:5, 3641:9, 3641:10, 3641:11, 3641:12, 3641:14, 3641:15, 3641:17, 3641:21, 3642:22, 3642:24, 3643:3, 3643:6, 3643:18, 3643:22, 3643:25, 3644:4, 3644:7, 3644:9, 3644:24,

3645:1, 3645:2, 3645:5, 3646:15, 3646:21, 3647:3, 3647:4, 3647:10, 3647:13, 3648:1, 3648:9, 3648:24, 3649:2, 3649:5, 3649:6, 3649:13, 3650:16, 3651:15, 3651:25, 3652:8, 3654:8
**counsel** [1] - 3484:12
**count** [1] - 3583:18
**counts** [2] - 3520:5, 3521:25
**couple** [9] - 3554:6, 3554:16, 3558:8, 3562:1, 3608:2, 3608:24, 3609:20, 3611:3, 3627:13
**course** [13] - 3501:17, 3553:13, 3565:1, 3577:10, 3578:1, 3581:3, 3581:24, 3582:11, 3582:14, 3585:1, 3585:15, 3592:8, 3592:24
**courses** [7] - 3581:16, 3581:17, 3581:19, 3583:12, 3583:13, 3583:14, 3583:15
**court** [4] - 3485:17, 3563:14, 3627:11, 3628:9
**COURT** [98] - 3471:1, 3478:12, 3480:4, 3480:8, 3480:10, 3480:18, 3480:20, 3481:1, 3481:5, 3481:8, 3481:15, 3481:18, 3481:22, 3482:3, 3482:10, 3482:12, 3482:15, 3482:22, 3483:1, 3483:4, 3483:8, 3483:12, 3483:18, 3484:3, 3484:14, 3485:2, 3485:9, 3485:20, 3486:7, 3486:18, 3486:20, 3486:22, 3487:4, 3487:6, 3487:10, 3487:13, 3487:16, 3487:20, 3492:15, 3503:7, 3519:20, 3520:13, 3520:17, 3521:3, 3521:5, 3521:8, 3521:14, 3522:3, 3522:6, 3522:9, 3522:13,

3522:19, 3523:9, 3523:13, 3524:17, 3524:21, 3524:23, 3525:2, 3525:5, 3535:11, 3535:15, 3536:1, 3536:4, 3536:7, 3536:9, 3537:13, 3537:16, 3537:19, 3537:21, 3552:21, 3552:25, 3553:15, 3553:17, 3553:19, 3553:25, 3558:12, 3558:14, 3559:13, 3561:2, 3563:4, 3563:6, 3563:9, 3563:13, 3589:3, 3590:24, 3591:2, 3595:18, 3612:12, 3612:16, 3628:23, 3636:18, 3638:19, 3638:23, 3642:4, 3642:7, 3642:10, 3653:8, 3653:12
**Court** [12] - 3552:23, 3568:7, 3579:16, 3583:15, 3600:15, 3612:14, 3653:15, 3654:5, 3654:6, 3654:7, 3654:15, 3654:15
**Court's** [3] - 3486:16, 3536:17, 3577:4
**cover** [3] - 3577:2, 3584:20, 3612:25
**covered** [2] - 3602:19, 3623:2
**COVINGTON** [1] - 3476:3
**cracked** [1] - 3608:24
**CRAFT** [1] - 3473:3
**crane** [9] - 3512:3, 3528:12, 3528:16, 3528:23, 3529:3, 3609:17, 3610:5, 3639:13
**crank** [1] - 3611:7
**cranked** [2] - 3611:8, 3611:10
**cranking** [1] - 3541:18
**crease** [4] - 3586:2, 3586:5, 3586:16, 3587:9
**created** [1] - 3613:14
**creating** [1] - 3574:24
**crew** [33] - 3489:17, 3510:3, 3526:24, 3530:16, 3530:23, 3531:9, 3531:11, 3531:19, 3540:16,

3592:9, 3592:19, 3606:2, 3610:13, 3615:23, 3618:22, 3618:25, 3620:7, 3621:10, 3621:16, 3621:21, 3621:25, 3622:4, 3622:8, 3622:23, 3631:17, 3632:2, 3636:7, 3636:10, 3636:20, 3636:22, 3637:8, 3645:8, 3648:18
**Crew** [2] - 3592:10, 3592:14
**critical** [10] - 3502:21, 3502:23, 3503:4, 3503:14, 3503:16, 3503:20, 3510:13, 3512:17, 3528:21, 3635:4
**criticize** [1] - 3635:9
**CROSS** [12] - 3479:6, 3479:7, 3479:8, 3479:9, 3479:11, 3479:12, 3488:7, 3554:1, 3558:15, 3559:15, 3612:19, 3642:14
**cross** [6] - 3488:13, 3554:5, 3558:17, 3559:18, 3612:24, 3642:17
**CROSS-EXAMINATION** [12] - 3479:6, 3479:7, 3479:8, 3479:9, 3479:11, 3479:12, 3488:7, 3554:1, 3558:15, 3559:15, 3612:19, 3642:14
**cross-examination** [6] - 3488:13, 3554:5, 3558:17, 3559:18, 3612:24, 3642:17
**CRR** [2] - 3478:12, 3654:13
**crystal** [1] - 3522:13
**cue** [1] - 3601:15
**cull** [6] - 3486:14, 3554:8, 3554:9, 3555:25, 3556:2, 3650:17
**CUNNINGHAM** [2] - 3472:10, 3472:11
**curiosity** [1] - 3604:1
**current** [3] - 3579:18, 3645:5, 3647:23
**Curtis** [25] - 3539:8, 3605:21, 3606:13, 3607:5, 3615:2,

3619:11, 3619:21, 3619:23, 3630:4, 3630:8, 3630:14, 3630:20, 3630:22, 3631:12, 3631:14, 3632:12, 3632:15, 3632:19, 3632:22, 3632:23, 3633:6, 3633:18, 3634:3, 3634:6
**Curtis's** [1] - 3634:7
**customer** [2] - 3577:6, 3592:21
**customer-based** [1] - 3592:21
**customers** [4] - 3573:10, 3574:14, 3592:20, 3649:16
**cut** [1] - 3651:1
**cutting** [1] - 3649:11
**cuttings** [1] - 3572:8

# D

**D-2103** [1] - 3544:12
**D-2104** [1] - 3549:12
**D-2188** [1] - 3500:10
**D-2189** [2] - 3524:5, 3525:7
**D-2357** [2] - 3505:22, 3507:15
**D-3179** [1] - 3516:16
**D-3181** [1] - 3514:13
**D-3182** [1] - 3505:5
**D-3183** [2] - 3495:10, 3497:5
**D-3184** [1] - 3499:7
**D-3185** [2] - 3526:2, 3527:3
**D-3186** [1] - 3514:23
**D-3187** [1] - 3523:21
**D-3188** [1] - 3495:6
**D-3247** [1] - 3529:1
**D-4319** [1] - 3627:16
**D-4320** [1] - 3629:5
**D-8166** [2] - 3566:24, 3567:6
**daily** [1] - 3559:21
**Dale** [3] - 3609:17, 3610:2, 3610:13
**DALLAS** [1] - 3477:24
**DAMON** [3] - 3533:11, 3611:12, 3611:13
**Damon** [4] - 3512:1, 3526:14, 3527:20, 3529:22
**DANIEL** [1] - 3474:12
**dark** [1] - 3634:20
**Data** [2] - 3589:19,

3589:24
**data** [135] - 3490:10, 3490:23, 3491:4, 3491:9, 3491:12, 3491:14, 3491:15, 3491:20, 3491:23, 3491:24, 3492:2, 3492:4, 3495:23, 3495:24, 3495:25, 3496:4, 3498:3, 3498:13, 3498:15, 3498:19, 3498:20, 3498:22, 3498:25, 3499:1, 3499:2, 3499:3, 3499:17, 3499:24, 3500:8, 3500:17, 3501:12, 3501:14, 3502:2, 3505:7, 3505:8, 3506:5, 3507:17, 3508:5, 3508:7, 3508:9, 3508:16, 3509:11, 3509:20, 3514:15, 3525:22, 3526:4, 3528:24, 3538:7, 3538:10, 3538:13, 3538:20, 3540:8, 3541:9, 3542:6, 3543:11, 3543:16, 3543:17, 3543:23, 3545:4, 3547:23, 3548:7, 3549:16, 3552:5, 3554:12, 3559:5, 3559:21, 3560:7, 3560:18, 3561:16, 3562:2, 3562:4, 3562:23, 3564:5, 3564:19, 3566:4, 3566:6, 3566:7, 3566:15, 3567:16, 3574:14, 3574:15, 3575:13, 3575:14, 3575:16, 3576:1, 3578:20, 3584:22, 3591:20, 3592:5, 3597:13, 3597:16, 3597:20, 3597:22, 3597:25, 3598:6, 3598:14, 3598:23, 3599:1, 3599:4, 3599:15, 3599:17, 3599:18, 3599:24, 3600:9, 3600:13, 3601:1, 3602:23, 3607:12, 3626:22, 3627:3, 3627:7, 3627:9, 3627:12, 3628:3, 3628:6, 3631:23, 3634:13, 3635:10, 3638:10,

3644:9, 3644:14, 3644:17, 3644:19, 3644:21, 3644:23
**database** [5] - 3498:2, 3579:18, 3579:24, 3580:10, 3581:1
**databases** [1] - 3580:24
**date** [1] - 3553:14
**dated** [2] - 3561:10, 3562:8
**daughter** [2] - 3611:17, 3611:19
**DAUPHIN** [1] - 3472:11
**DAVID** [2] - 3477:15, 3477:16
**Davis** [2] - 3484:1, 3484:23
**DAY** [1] - 3471:20
**Daylight** [1] - 3540:6
**DC** [4] - 3474:13, 3474:19, 3474:24, 3476:4
**deal** [2] - 3553:19, 3582:19
**dealt** [2] - 3482:7
**DEANNA** [1] - 3474:11
**death** [1] - 3501:23
**decided** [5] - 3531:6, 3609:7, 3624:20, 3641:4, 3641:6
**decision** [3] - 3529:9, 3596:2, 3641:9
**decisions** [1] - 3597:9
**deck** [15] - 3492:11, 3493:5, 3493:16, 3493:17, 3495:21, 3496:19, 3526:6, 3526:7, 3567:22, 3605:5, 3609:1, 3609:10, 3609:19, 3639:13
**decrease** [8] - 3505:20, 3546:2, 3546:20, 3565:25, 3588:18, 3588:24, 3589:8, 3589:9
**decreased** [2] - 3545:25, 3546:17
**decreasing** [4] - 3545:13, 3546:11, 3546:18, 3547:11
**deep** [1] - 3529:19
**deepest** [1] - 3613:24
**DEEPWATER** [3] - 3471:5, 3476:12, 3476:13
**Deepwater** [45] - 3488:24, 3489:5,

3492:19, 3493:23, 3494:5, 3495:8, 3495:15, 3499:13, 3502:16, 3503:22, 3528:13, 3532:19, 3551:14, 3564:6, 3565:11, 3573:13, 3574:4, 3576:8, 3577:19, 3583:7, 3584:1, 3588:8, 3590:4, 3594:11, 3594:15, 3595:3, 3595:23, 3596:12, 3597:14, 3613:3, 3613:4, 3613:8, 3613:17, 3614:10, 3614:18, 3616:6, 3617:7, 3617:21, 3620:22, 3621:6, 3622:15, 3624:6, 3624:10, 3635:22, 3640:17
**defer** [1] - 3482:16
**deferring** [1] - 3483:8
**deficient** [2] - 3581:24, 3582:18
**definitionally** [1] - 3595:11
**DeGravelles** [3] - 3564:14, 3597:15, 3598:11
**DEGRAVELLES** [30] - 3473:14, 3473:14, 3487:3, 3487:5, 3487:8, 3487:12, 3487:15, 3488:8, 3492:17, 3503:9, 3503:12, 3519:7, 3520:2, 3521:18, 3522:17, 3522:20, 3523:11, 3523:14, 3525:6, 3535:22, 3536:12, 3537:15, 3537:17, 3537:20, 3537:22, 3552:20, 3553:10, 3553:16, 3589:1, 3595:16
**deGravelles** [10] - 3487:1, 3488:11, 3503:4, 3566:25, 3571:6, 3586:3, 3587:7, 3602:19, 3613:11, 3626:21
**DeGravelles'** [1] - 3564:2
**deGravelles'** [5] - 3566:10, 3580:14, 3584:11, 3603:4, 3607:15
**DEGRAVELLES........**

........ [1] - 3479:6
**DELEMARRE** [1] - 3474:16
**demonstrative** [13] - 3510:23, 3510:24, 3511:4, 3513:2, 3517:11, 3544:13, 3556:24, 3567:3, 3614:6, 3626:20, 3629:21, 3634:10, 3634:12
**demonstratives** [1] - 3484:10
**DENISE** [1] - 3478:7
**denominator** [1] - 3617:18
**DEPARTMENT** [4] - 3474:4, 3474:8, 3474:15, 3474:21
**depiction** [3] - 3626:22, 3629:6, 3634:13
**deposition** [14] - 3489:14, 3502:24, 3503:2, 3503:5, 3503:8, 3503:18, 3509:22, 3519:21, 3531:22, 3532:7, 3533:14, 3541:6, 3550:18, 3567:4
**depositions** [1] - 3487:17
**depth** [7] - 3506:17, 3529:9, 3529:17, 3560:18, 3561:17, 3583:1, 3651:24
**depths** [2] - 3614:14
**DEPUTY** [7] - 3480:7, 3487:22, 3488:6, 3552:22, 3552:24, 3612:15, 3653:14
**describe** [6] - 3494:13, 3517:10, 3517:12, 3568:7, 3578:24, 3600:15
**described** [5] - 3510:8, 3530:1, 3619:16, 3644:1, 3647:8
**descriptions** [1] - 3649:5
**design** [3] - 3480:24, 3639:19, 3641:8
**despite** [2] - 3552:14
**destruction** [1] - 3501:23
**details** [3] - 3538:18, 3557:20, 3650:3
**detect** [1] - 3629:13
**detected** [2] - 3589:9,

3632:18
**detecting** [3] -
3550:23, 3551:3,
3643:7
**detection** [9] -
3504:17, 3508:13,
3542:16, 3550:15,
3585:11, 3592:11,
3615:17, 3631:4,
3635:4
**determine** [1] -
3568:11
**determined** [1] -
3624:20
**developing** [1] -
3643:5
**development** [1] -
3582:2
**Dewey** [2] - 3614:23,
3619:3
**DEXTER** [1] - 3475:5
**diagram** [2] - 3524:8,
3524:23
**diary** [1] - 3577:11
**differ** [1] - 3578:1
**difference** [4] -
3495:14, 3516:19,
3538:15, 3644:18
**differences** [1] -
3497:6
**different** [24] -
3495:16, 3495:20,
3496:9, 3496:14,
3497:10, 3502:8,
3506:7, 3516:12,
3516:23, 3517:3,
3536:8, 3548:12,
3554:12, 3567:23,
3570:4, 3573:10,
3576:19, 3578:1,
3592:15, 3596:5,
3601:4, 3601:5,
3605:19, 3632:10
**difficult** [2] - 3528:23,
3529:4
**digital** [3] - 3505:24,
3506:5, 3545:4
**diligent** [1] - 3591:12
**DIRECT** [2] - 3479:10,
3563:16
**direct** [4] - 3485:17,
3563:14, 3563:18,
3649:21
**directly** [2] - 3522:4,
3526:15
**discharging** [1] -
3516:12
**disconnect** [1] -
3593:25
**discovered** [1] -

3552:1
**discuss** [3] - 3582:21,
3646:10, 3648:7
**discussed** [6] -
3531:2, 3587:7,
3590:9, 3597:14,
3610:7, 3637:1
**discussing** [3] -
3527:12, 3645:24,
3647:1
**discussion** [3] -
3486:13, 3585:11,
3641:13
**discussions** [1] -
3571:10
**dish** [3] - 3650:24,
3650:25
**displace** [1] - 3529:9
**displaced** [2] -
3529:16, 3638:1
**displacement** [46] -
3493:11, 3502:5,
3502:7, 3502:8,
3502:14, 3502:15,
3502:20, 3503:14,
3510:8, 3510:13,
3510:14, 3511:10,
3511:13, 3512:8,
3512:21, 3516:2,
3516:12, 3526:11,
3527:15, 3528:16,
3528:19, 3528:20,
3529:3, 3529:9,
3529:12, 3529:19,
3530:25, 3532:2,
3533:3, 3533:18,
3533:25, 3543:8,
3543:15, 3543:20,
3544:3, 3578:4,
3578:6, 3580:19,
3580:20, 3603:21,
3623:5, 3623:12,
3645:22, 3645:24,
3645:24, 3646:11
**displacements** [6] -
3621:7, 3621:9,
3621:12, 3624:5,
3624:9, 3624:16
**displacing** [2] -
3502:17, 3544:2
**display** [16] - 3496:5,
3497:19, 3498:5,
3498:8, 3498:9,
3500:3, 3500:11,
3500:18, 3500:25,
3501:5, 3554:11,
3567:17, 3597:24,
3599:11, 3599:12
**displayed** [4] - 3491:1,
3491:14, 3496:9,

3499:19
**displays** [7] - 3498:8,
3500:8, 3506:8,
3506:19, 3506:24,
3602:9
**dispute** [1] - 3509:23
**distance** [1] - 3494:19
**distracted** [1] -
3507:12
**DISTRICT** [3] - 3471:1,
3471:2, 3471:23
**District** [3] - 3654:7,
3654:15
**district** [3] - 3535:16,
3535:25, 3536:2
**diversion** [9] -
3516:20, 3518:21,
3523:5, 3524:1,
3524:12, 3525:11,
3527:20, 3529:25
**divert** [1] - 3632:2
**diverted** [3] - 3523:25,
3529:22, 3570:25
**diverting** [2] -
3511:21, 3516:13
**DIVISION** [3] - 3474:4,
3474:9, 3474:15
**document** [12] -
3494:13, 3505:7,
3553:12, 3553:13,
3553:18, 3556:2,
3561:1, 3590:3,
3594:18, 3628:10,
3650:18, 3652:20
**DOCUMENT** [1] -
3471:11
**documents** [2] -
3536:14, 3593:4
**DOMENGEAUX** [1] -
3472:3
**Dominion** [1] -
3573:10
**DOMINION** [1] -
3473:4
**Don** [4] - 3481:10,
3485:14, 3557:15,
3616:1
**DON** [1] - 3475:21
**DONALD** [1] - 3477:22
**done** [8] - 3510:17,
3512:11, 3568:4,
3592:17, 3592:20,
3620:12, 3624:13,
3650:9
**door** [4] - 3494:22,
3608:24, 3609:3,
3609:7
**doubt** [1] - 3570:20
**Doug** [2] - 3483:13,
3559:17

**DOUGLAS** [1] -
3475:15
**down** [52] - 3503:25,
3509:18, 3514:7,
3515:7, 3521:16,
3529:7, 3532:12,
3536:21, 3541:21,
3541:23, 3542:3,
3545:22, 3545:23,
3545:24, 3547:16,
3551:5, 3556:10,
3556:23, 3559:2,
3559:4, 3559:8,
3559:23, 3560:17,
3568:22, 3569:3,
3570:14, 3579:1,
3579:2, 3579:7,
3579:21, 3579:24,
3579:25, 3580:3,
3581:2, 3581:19,
3582:18, 3587:24,
3590:22, 3590:24,
3597:13, 3606:2,
3608:5, 3608:15,
3609:11, 3609:17,
3609:23, 3611:23,
3621:1, 3630:2
**downhole** [10] -
3496:21, 3497:17,
3515:7, 3515:18,
3520:8, 3521:23,
3557:1, 3557:7,
3564:2, 3651:23
**DOYEN** [2] - 3476:22,
3483:23
**Doyen** [1] - 3483:23
**Doyen's** [1] - 3484:3
**dozen** [1] - 3621:7
**Dr** [2] - 3484:1,
3484:23
**draft** [1] - 3480:22
**dramatically** [1] -
3545:13
**DRESCHER** [1] -
3472:18
**drill** [43] - 3489:17,
3494:12, 3494:15,
3499:16, 3504:7,
3505:2, 3510:3,
3515:7, 3530:16,
3541:10, 3542:13,
3542:18, 3542:24,
3543:3, 3545:10,
3545:13, 3546:2,
3546:8, 3547:10,
3547:25, 3549:5,
3549:17, 3598:22,
3615:23, 3620:10,
3627:21, 3629:7,
3632:5, 3632:24,

3633:12, 3633:15,
3633:18, 3633:23,
3634:16, 3634:23,
3635:5, 3636:9,
3636:17, 3636:20,
3636:21, 3637:8,
3644:2, 3652:15
**drilled** [7] - 3577:7,
3613:18, 3613:25,
3614:11, 3614:22,
3615:25, 3652:24
**driller** [37] - 3489:17,
3489:18, 3489:24,
3490:4, 3490:6,
3491:11, 3491:13,
3492:1, 3492:2,
3498:5, 3499:10,
3499:15, 3501:8,
3501:9, 3504:3,
3504:4, 3507:23,
3507:24, 3534:25,
3579:1, 3593:17,
3595:14, 3598:21,
3598:22, 3599:1,
3599:5, 3614:24,
3619:3, 3619:11,
3619:21, 3643:11,
3647:5, 3648:6,
3648:25
**driller's** [4] - 3494:15,
3598:10, 3599:9,
3599:11
**drillers** [2] - 3500:7,
3597:14
**DRILLING** [1] -
3476:12
**Drilling** [1] - 3577:16
**drilling** [10] - 3492:4,
3509:4, 3560:13,
3576:17, 3577:21,
3619:25, 3642:23,
3643:1, 3643:4
**drills** [7] - 3620:1,
3620:7, 3620:9,
3620:12, 3620:13,
3620:20
**DRIVE** [2] - 3473:4,
3473:8
**dropped** [2] - 3547:16,
3602:6
**dual** [1] - 3499:22
**duly** [1] - 3488:3
**dumped** [3] - 3517:14,
3602:3, 3630:25
**dumping** [5] - 3527:5,
3539:9, 3556:12,
3556:19, 3604:5
**during** [52] - 3481:18,
3481:19, 3481:20,
3481:25, 3486:5,

3502:20, 3503:14, 3510:7, 3510:14, 3511:12, 3512:7, 3512:11, 3512:20, 3516:1, 3528:16, 3528:19, 3529:3, 3529:16, 3534:25, 3539:1, 3542:19, 3557:12, 3559:4, 3577:10, 3578:1, 3578:6, 3580:19, 3580:20, 3585:1, 3615:25, 3617:6, 3618:11, 3620:7, 3621:9, 3621:12, 3623:3, 3625:13, 3628:2, 3633:5, 3634:2, 3635:23, 3637:25, 3638:3, 3643:8, 3644:6, 3644:9, 3644:12, 3644:22, 3645:11, 3650:6

**duties** [7] - 3574:8, 3575:11, 3578:6, 3594:25, 3595:5, 3596:5, 3643:20

**duty** [6] - 3488:22, 3489:1, 3490:15, 3534:9, 3596:10, 3643:8

**DWH** [1] - 3620:1

**DWOP** [2] - 3513:9, 3513:10

# E

**e-mail** [9] - 3559:25, 3560:9, 3561:2, 3561:9, 3561:12, 3561:22, 3562:8, 3563:1, 3563:5

**e-mails** [1] - 3581:23

**Earl** [4] - 3573:15, 3613:9, 3616:12, 3617:10

**early** [2] - 3572:24, 3574:2

**easier** [1] - 3628:9

**Eastern** [1] - 3654:7

**EASTERN** [1] - 3471:2

**eat** [2] - 3531:12, 3645:21

**edge** [1] - 3557:21

**EDS** [1] - 3593:25

**EDWARDS** [1] - 3472:3

**effect** [1] - 3511:23

**efficiencies** [1] -

3520:11

**eight** [18] - 3534:12, 3534:14, 3534:17, 3535:1, 3537:5, 3537:23, 3538:1, 3538:10, 3538:14, 3538:21, 3542:20, 3542:21, 3550:18, 3572:16, 3572:17, 3615:25, 3617:6, 3621:5

**either** [7] - 3516:14, 3561:5, 3596:2, 3601:2, 3621:24, 3629:16, 3648:6

**ELIZABETH** [1] - 3474:23

**ELLIS** [1] - 3476:6

**ELM** [1] - 3477:24

**emergency** [7] - 3593:25, 3594:21, 3595:13, 3595:24, 3596:6, 3596:13, 3608:4

**Emergency** [2] - 3594:12, 3594:24

**Emmett** [4] - 3572:19, 3581:12, 3581:13, 3583:20

**employee** [3] - 3490:6, 3560:1, 3640:24

**emptying** [1] - 3511:17

**End** [6] - 3577:3, 3577:4, 3578:14, 3652:1, 3652:5, 3652:7

**end** [6] - 3491:15, 3503:21, 3517:17, 3577:6, 3616:7, 3620:25

**ended** [1] - 3632:23

**ending** [7] - 3544:16, 3577:12, 3585:4, 3585:19, 3586:14, 3590:8, 3594:23

**ends** [1] - 3491:15

**ENERGY** [2] - 3476:14, 3477:21

**ENFORCEMENT** [1] - 3474:9

**engaged** [1] - 3646:13

**engineer** [7] - 3528:1, 3539:5, 3560:13, 3562:13, 3579:13, 3580:4, 3604:14

**engineers** [2] - 3492:4, 3618:16

**enlarge** [5] - 3506:14, 3507:4, 3513:13,

3518:14, 3544:24

**enlarged** [1] - 3545:6

**enlargement** [1] - 3544:15

**enter** [2] - 3581:1, 3611:11

**entered** [1] - 3613:5

**entering** [1] - 3580:24

**entire** [6] - 3535:3, 3538:24, 3539:1, 3542:19, 3553:13, 3591:20

**entirely** [1] - 3564:15

**entitled** [1] - 3654:10

**environment** [2] - 3591:9, 3591:18

**ENVIRONMENT** [1] - 3474:9

**ENVIRONMENTAL** [1] - 3474:9

**equipment** [15] - 3580:12, 3595:6, 3598:5, 3608:16, 3618:5, 3625:13, 3625:18, 3639:3, 3639:15, 3639:21, 3639:23, 3640:7, 3640:11

**Eric** [1] - 3488:15

**ERIC** [1] - 3488:15

**ESQ** [55] - 3472:3, 3472:7, 3472:11, 3472:14, 3472:18, 3472:22, 3473:3, 3473:7, 3473:11, 3473:14, 3473:18, 3473:21, 3474:5, 3474:10, 3474:10, 3474:11, 3474:11, 3474:12, 3474:16, 3474:16, 3474:17, 3474:17, 3474:18, 3474:22, 3474:23, 3474:23, 3475:4, 3475:5, 3475:15, 3475:15, 3475:21, 3476:3, 3476:7, 3476:7, 3476:8, 3476:14, 3476:18, 3476:18, 3476:22, 3476:22, 3476:23, 3477:3, 3477:7, 3477:12, 3477:15, 3477:16, 3477:16, 3477:17, 3477:22, 3477:22, 3477:23, 3478:3, 3478:7, 3478:7, 3478:8

**essentially** [2] - 3497:7, 3564:5

**establish** [1] - 3606:10

**estate** [1] - 3640:4

**estimate** [6] - 3541:6, 3541:12, 3542:6, 3580:7, 3583:15, 3592:24

**ET** [2] - 3471:13, 3471:16

**etcetera** [1] - 3561:18

**evacuate** [2] - 3597:10, 3608:10

**evacuated** [1] - 3626:9

**evaluation** [1] - 3577:23

**evening** [34] - 3485:18, 3490:9, 3510:20, 3511:5, 3526:24, 3528:13, 3564:6, 3564:9, 3564:16, 3566:1, 3566:7, 3567:8, 3568:19, 3568:22, 3569:25, 3571:12, 3579:4, 3579:9, 3580:17, 3581:4, 3586:10, 3586:21, 3587:15, 3591:14, 3601:18, 3601:24, 3602:8, 3602:23, 3603:5, 3603:20, 3604:1, 3605:1, 3607:7, 3623:8

**event** [11] - 3499:23, 3525:15, 3542:11, 3544:4, 3552:10, 3591:8, 3595:12, 3596:11, 3631:5, 3632:20, 3633:25

**events** [2] - 3530:21, 3591:10

**evidence** [2] - 3535:9, 3638:11

**exact** [3] - 3491:8, 3491:12, 3494:23

**exactly** [5] - 3506:20, 3525:9, 3525:14, 3598:18, 3646:6

**exam** [1] - 3653:9

**EXAMINATION** [14] - 3479:6, 3479:7, 3479:8, 3479:9, 3479:10, 3479:11, 3479:12, 3488:7, 3554:1, 3558:15, 3559:15, 3563:16, 3612:19, 3642:14

**examination** [1] - 3483:16, 3485:17, 3486:5, 3488:13,

3554:5, 3558:17, 3559:18, 3563:15, 3563:18, 3612:24, 3642:17

**EXAMINATIONS** [1] - 3479:3

**examinations** [2] - 3484:1, 3583:4

**examined** [1] - 3488:4

**example** [1] - 3576:21

**exceed** [1] - 3601:1

**exceeded** [1] - 3606:25

**except** [4] - 3487:11, 3534:12, 3534:13, 3614:17

**exception** [1] - 3499:23

**exchange** [2] - 3560:7, 3574:15

**excuse** [5] - 3524:17, 3546:14, 3589:1, 3595:16, 3609:6

**exercised** [1] - 3625:22

**Exhibit** [11] - 3559:23, 3561:8, 3562:7, 3566:3, 3569:17, 3570:6, 3583:2, 3588:18, 3606:20, 3649:22, 3650:10

**exhibit** [2] - 3481:12, 3613:14

**exhibits** [25] - 3480:14, 3482:23, 3483:1, 3483:6, 3483:16, 3483:21, 3483:25, 3484:4, 3484:6, 3484:10, 3484:12, 3484:15, 3484:18, 3485:4, 3485:6, 3485:11, 3485:16, 3485:18, 3485:21, 3485:24, 3486:5, 3486:8, 3486:10, 3486:15, 3553:20

**existed** [2] - 3503:22, 3567:5

**exists** [1] - 3480:24

**expected** [1] - 3546:6

**experience** [8] - 3565:13, 3585:16, 3587:11, 3588:9, 3589:6, 3596:19, 3596:23, 3638:22

**expert** [1] - 3504:16

**experts** [1] - 3544:9

**explain** [5] - 3520:13, 3535:14, 3567:16,

3579:16, 3600:12
**explained** [1] - 3648:17
**explaining** [1] - 3536:9
**explanation** [1] - 3643:17
**explanations** [1] - 3634:8
**EXPLORATION** [2] - 3471:15, 3475:19
**explosion** [10] - 3489:2, 3523:19, 3534:6, 3534:10, 3539:2, 3540:7, 3574:5, 3576:9, 3625:17, 3626:10
**explosions** [2] - 3557:19, 3621:1
**export** [1] - 3560:14
**extent** [2] - 3503:7, 3561:4
**eyes** [6] - 3489:21, 3489:23, 3492:15, 3550:4, 3550:6, 3644:1
**Ezell** [8] - 3565:4, 3565:10, 3613:12, 3613:13, 3613:22, 3613:23, 3615:6, 3619:16
**Ezell's** [1] - 3613:16

## F

**F-13** [2] - 3582:8, 3582:21
**face** [1] - 3609:17
**facility** [2] - 3513:16, 3574:13
**fact** [18] - 3506:3, 3510:20, 3513:6, 3515:20, 3527:25, 3533:13, 3546:18, 3550:6, 3552:14, 3552:15, 3567:13, 3614:6, 3616:3, 3629:19, 3634:6, 3634:22, 3638:21, 3640:10
**facts** [2] - 3648:21, 3649:1
**faint** [1] - 3650:20
**fair** [1] - 3583:3
**fairly** [1] - 3567:6
**familiar** [7] - 3534:1, 3562:5, 3562:21, 3576:7, 3621:13, 3645:4, 3647:23

**family** [2] - 3611:14, 3611:23
**FANNIN** [1] - 3476:19
**far** [26] - 3482:19, 3484:25, 3494:19, 3508:7, 3517:16, 3553:2, 3553:5, 3554:23, 3558:8, 3576:4, 3596:22, 3597:6, 3610:24, 3620:19, 3620:21, 3621:1, 3621:25, 3624:19, 3636:10, 3639:18, 3639:20, 3641:6, 3641:16, 3642:7, 3646:3, 3653:5
**feed** [1] - 3600:3
**feeds** [1] - 3496:12
**feet** [3] - 3494:20, 3529:10, 3529:17
**felt** [5] - 3621:9, 3621:16, 3621:19, 3622:20, 3625:21
**few** [12] - 3539:4, 3553:24, 3554:17, 3559:19, 3563:22, 3571:22, 3578:23, 3612:25, 3613:2, 3633:9, 3639:1, 3642:18
**fiberglass** [1] - 3609:15
**field** [4] - 3513:16, 3647:15, 3647:19, 3648:5
**Fifth** [1] - 3533:14
**figure** [2] - 3508:22, 3604:16
**figures** [1] - 3506:15
**file** [2] - 3560:14, 3562:5
**filed** [1] - 3653:2
**files** [1] - 3574:24
**fill** [1] - 3493:12
**filled** [1] - 3493:15
**final** [1] - 3621:19
**finalized** [1] - 3652:5
**finally** [5] - 3609:25, 3610:22, 3611:9, 3611:10, 3646:18
**fine** [2] - 3502:11, 3625:10
**finest** [1] - 3617:24
**finish** [3] - 3522:14, 3544:2, 3593:2
**fires** [3] - 3558:9, 3608:25, 3610:21
**firewall** [1] - 3494:21
**FIRM** [2] - 3473:10,

3473:21
**first** [45] - 3481:22, 3486:15, 3488:3, 3489:23, 3490:17, 3490:18, 3492:10, 3492:18, 3496:11, 3498:9, 3504:3, 3510:1, 3518:22, 3519:4, 3519:8, 3530:7, 3536:22, 3538:1, 3540:23, 3557:2, 3559:23, 3563:25, 3572:2, 3573:3, 3574:25, 3575:23, 3577:1, 3582:7, 3586:1, 3586:7, 3591:5, 3593:16, 3603:25, 3606:17, 3608:6, 3612:25, 3614:17, 3616:2, 3620:10, 3630:14, 3643:11, 3651:17, 3652:12
**fishing** [2] - 3610:6, 3610:9
**five** [3] - 3502:25, 3509:2, 3609:24
**five-point** [1] - 3509:2
**fixing** [3] - 3513:1, 3530:17, 3530:24
**flame** [1] - 3558:7
**flash** [3] - 3601:12, 3601:15, 3601:22
**flat** [1] - 3555:10
**flip** [3] - 3495:19, 3496:14, 3498:8
**flipping** [1] - 3623:1
**FLOOR** [2] - 3472:22, 3474:6, 3476:23
**floor** [44] - 3489:13, 3489:16, 3489:24, 3490:16, 3490:17, 3490:18, 3494:12, 3494:15, 3494:21, 3494:23, 3494:24, 3494:25, 3495:3, 3495:20, 3496:6, 3496:9, 3496:23, 3496:24, 3497:13, 3501:7, 3502:10, 3504:3, 3520:25, 3539:7, 3541:10, 3542:7, 3543:3, 3543:4, 3548:17, 3549:7, 3550:1, 3552:9, 3567:20, 3575:25, 3593:16, 3598:19, 3600:22, 3602:17, 3604:3, 3604:25, 3609:14,

3622:5, 3622:10, 3636:9
**Florida** [1] - 3611:20
**flow** [167] - 3495:20, 3496:20, 3504:10, 3504:12, 3504:17, 3504:19, 3505:2, 3505:10, 3508:9, 3508:12, 3508:16, 3508:18, 3508:19, 3508:20, 3509:1, 3509:3, 3509:7, 3509:8, 3509:11, 3509:19, 3511:23, 3514:15, 3515:2, 3515:8, 3516:14, 3516:23, 3517:17, 3517:19, 3518:3, 3518:8, 3518:11, 3518:12, 3518:16, 3518:18, 3518:20, 3518:23, 3519:2, 3519:4, 3519:5, 3519:8, 3519:9, 3519:11, 3519:15, 3519:17, 3519:23, 3520:3, 3520:4, 3520:5, 3520:17, 3520:18, 3520:25, 3521:1, 3521:7, 3522:21, 3522:25, 3523:3, 3523:23, 3523:25, 3524:1, 3524:9, 3524:10, 3524:12, 3525:7, 3525:11, 3525:12, 3525:16, 3525:17, 3527:21, 3539:6, 3539:8, 3542:11, 3542:12, 3547:3, 3556:7, 3556:10, 3556:13, 3556:15, 3560:19, 3561:17, 3566:19, 3566:22, 3566:23, 3568:2, 3568:4, 3568:8, 3568:13, 3568:14, 3568:20, 3568:25, 3569:4, 3570:3, 3570:10, 3570:13, 3570:21, 3570:23, 3571:2, 3571:4, 3571:5, 3571:8, 3586:2, 3586:4, 3586:6, 3587:20, 3587:23, 3588:2, 3588:5, 3588:10, 3588:16, 3592:1, 3598:5, 3599:21, 3599:24, 3600:3, 3600:4, 3604:9,

3604:10, 3605:12, 3623:24, 3629:7, 3630:18, 3631:1, 3631:20, 3631:23, 3634:18, 3634:20, 3634:21, 3635:10, 3635:16, 3635:18, 3635:19, 3635:23, 3636:4, 3636:6, 3636:7, 3636:13, 3637:1, 3637:4, 3637:7, 3637:9, 3637:11, 3637:25, 3638:3, 3638:10, 3640:14, 3640:17, 3643:21
**Flow** [1] - 3509:4
**flow-in** [7] - 3509:11, 3514:15, 3518:11, 3518:16, 3518:18, 3519:9, 3520:3
**flow-out** [20] - 3508:9, 3508:16, 3508:19, 3509:19, 3511:23, 3514:15, 3523:3, 3523:23, 3523:25, 3524:1, 3524:9, 3524:10, 3524:12, 3525:7, 3525:11, 3525:16, 3527:21, 3598:5, 3599:24
**flowed** [1] - 3638:5
**flowing** [18] - 3508:25, 3522:21, 3566:17, 3568:10, 3568:15, 3570:21, 3570:22, 3571:13, 3571:16, 3571:20, 3587:9, 3587:16, 3587:19, 3587:21, 3638:4, 3638:12, 3638:17
**Floyd** [1] - 3563:11
**FLOYD** [1] - 3477:22
**fluid** [6] - 3511:21, 3517:14, 3603:7, 3608:18, 3609:1, 3609:9
**fluids** [2] - 3516:11, 3560:13
**flushing** [5] - 3511:12, 3527:7, 3528:5, 3630:22, 3630:25
**Fly** [2] - 3573:15, 3613:10
**focus** [3] - 3550:22, 3551:6, 3599:14
**focused** [3] - 3571:7, 3634:22, 3635:23
**focuses** [1] - 3627:17
**focusing** [2] -

3518:22, 3587:22
**folks** [6] - 3508:2, 3526:20, 3613:3, 3626:18, 3629:18, 3644:2
**follow** [4] - 3490:20, 3554:5, 3558:20, 3607:16
**follow-up** [1] - 3558:20
**follows** [1] - 3488:5
**FOR** [9] - 3472:3, 3474:3, 3475:3, 3475:8, 3475:19, 3476:11, 3477:11, 3477:20, 3478:6
**foregoing** [1] - 3654:8
**foreman** [1] - 3605:5
**forgot** [1] - 3634:10
**form** [1] - 3650:11
**format** [1] - 3650:7
**formation** [2] - 3572:8, 3577:23
**former** [1] - 3619:11
**forth** [23] - 3496:6, 3496:22, 3496:24, 3498:11, 3515:18, 3520:11, 3541:14, 3541:18, 3541:22, 3560:7, 3567:21, 3574:19, 3576:20, 3577:8, 3579:8, 3583:1, 3583:13, 3592:17, 3597:19, 3600:25, 3624:22, 3649:13, 3651:22
**forward** [4] - 3538:9, 3574:9, 3574:25, 3619:17
**foundation** [5] - 3560:25, 3561:1, 3562:25, 3636:15, 3638:15
**four** [5] - 3534:10, 3535:1, 3590:8, 3609:1, 3609:6
**frame** [3] - 3537:13, 3573:9, 3587:22
**FRANCISCO** [1] - 3474:6
**FRANKLIN** [1] - 3474:24
**FRAUD** [1] - 3474:21
**Friday** [1] - 3486:13
**FRILOT** [1] - 3476:13
**front** [3] - 3554:10, 3554:18, 3594:11
**FRUGE** [1] - 3473:14
**full** [6] - 3488:14, 3488:15, 3502:13,

3515:18, 3576:16, 3605:17
**fully** [2] - 3605:6, 3625:7
**fumes** [3] - 3542:1, 3608:2, 3608:3
**functioning** [3] - 3625:13, 3625:19, 3639:24
**fundamentals** [3] - 3584:21, 3590:19, 3590:20
**Fundamentals** [1] - 3589:20
**FUNDERBURK** [1] - 3478:8
**future** [2] - 3645:5, 3647:23

# G

**gain** [5] - 3528:2, 3539:5, 3552:8, 3552:9, 3569:1, 3602:4, 3604:2, 3604:15
**gains** [3] - 3526:18, 3526:21, 3527:17
**gallons** [3] - 3508:25, 3509:1, 3518:6
**game** [1] - 3628:18
**GANNAWAY** [1] - 3477:16
**gas** [18] - 3515:9, 3540:24, 3541:14, 3542:1, 3576:17, 3585:14, 3595:1, 3595:5, 3598:5, 3600:14, 3600:21, 3600:23, 3608:1, 3608:3, 3608:15, 3609:2, 3643:21, 3651:13
**GATE** [1] - 3474:5
**gate** [8] - 3517:17, 3517:23, 3570:14, 3570:16, 3570:24, 3571:3, 3571:4, 3631:20
**gates** [1] - 3631:25
**gather** [1] - 3509:19
**gathering** [2] - 3490:22, 3491:17
**gauge** [1] - 3516:8
**GAVIN** [1] - 3477:23
**gears** [1] - 3639:2
**general** [2] - 3594:17, 3645:16
**GENERAL** [3] -

3475:4, 3475:9, 3475:11
**General** [1] - 3595:5
**GENERAL'S** [1] - 3475:3
**generally** [2] - 3541:11, 3595:8
**gentleman** [1] - 3551:18
**gentlemen** [2] - 3615:8, 3616:14
**GEOFFREY** [1] - 3477:16
**geologist** [2] - 3492:4, 3572:13
**geology** [1] - 3649:4
**gift** [1] - 3592:18
**Gisclair** [1] - 3575:1
**given** [3] - 3508:15, 3603:16, 3637:12
**glass** [1] - 3650:24
**gloves** [1] - 3609:10
**GmbH** [1] - 3471:1
**God** [1] - 3487:25
**GODWIN** [14] - 3477:21, 3477:22, 3478:3, 3481:9, 3481:16, 3481:19, 3481:24, 3482:2, 3482:4, 3482:14, 3482:20, 3483:10, 3485:14, 3486:1
**Godwin** [5] - 3480:15, 3481:8, 3481:10, 3482:23, 3485:14
**gold** [5] - 3504:16, 3508:12, 3514:9, 3542:15, 3586:4
**GOLDEN** [1] - 3474:5
**GP** [1] - 3513:10
**grabbed** [1] - 3608:16
**grade** [2] - 3582:5, 3651:5
**GRAND** [1] - 3476:23
**granted** [1] - 3482:5
**graph** [2] - 3507:20, 3545:12
**grave** [1] - 3550:7
**gravity** [1] - 3651:2
**Gray** [3] - 3562:9, 3562:10, 3562:22
**great** [2] - 3585:5, 3615:19
**green** [8] - 3524:18, 3524:23, 3555:23, 3555:24, 3556:4, 3606:23
**Greg** [1] - 3484:1
**grinding** [1] - 3600:25
**GROUP** [1] - 3473:7

**Group** [1] - 3486:13
**Guard** [3] - 3611:16, 3611:17, 3611:20
**GUERRA** [1] - 3473:3
**guess** [15] - 3487:2, 3518:25, 3522:11, 3525:13, 3526:6, 3532:8, 3541:4, 3576:12, 3608:11, 3609:24, 3610:25, 3611:2, 3611:9, 3611:22, 3614:17
**Guide** [6] - 3562:8, 3562:11, 3562:12, 3562:18, 3562:22, 3618:10
**Gulf** [4] - 3572:5, 3574:3, 3613:5, 3614:10
**GULF** [1] - 3471:6
**Gumbo** [1] - 3515:9
**gumbo** [1] - 3568:13
**gurus** [2] - 3562:13, 3575:1
**guy** [2] - 3565:15, 3642:1
**guys** [20] - 3537:10, 3560:6, 3562:13, 3576:4, 3576:5, 3576:6, 3576:8, 3605:4, 3609:25, 3610:16, 3610:18, 3615:9, 3615:12, 3615:16, 3615:25, 3616:19, 3618:16, 3620:15, 3628:17, 3637:9

# H

**Hafle** [1] - 3561:13
**half** [11] - 3548:20, 3563:19, 3564:24, 3565:1, 3565:17, 3566:4, 3576:11, 3580:8, 3592:8, 3592:25, 3599:14
**Halliburton** [32] - 3481:11, 3485:15, 3488:21, 3496:3, 3510:24, 3536:2, 3541:17, 3541:18, 3552:16, 3560:1, 3563:10, 3563:11, 3571:24, 3572:2, 3572:15, 3573:1, 3574:11, 3581:14, 3585:2, 3585:9, 3585:16, 3589:22, 3592:9, 3598:4,

3609:15, 3639:7, 3639:16, 3639:25, 3640:24, 3647:16, 3648:13, 3653:4
**HALLIBURTON** [1] - 3477:20
**Halliburton's** [1] - 3485:20
**hand** [7] - 3486:17, 3487:22, 3500:17, 3567:11, 3598:12, 3599:8, 3647:2
**hand-off** [1] - 3647:2
**handbook** [1] - 3583:24
**handrail** [1] - 3610:19
**handrails** [2] - 3609:10, 3609:17
**hands** [2] - 3610:13, 3648:5
**HANKEY** [1] - 3474:11
**happy** [3] - 3480:16, 3553:3, 3553:7
**hard** [2] - 3586:24, 3608:15
**HARIKLIA** [1] - 3476:7
**Hariklia** [1] - 3484:20
**Harrell** [1] - 3615:4
**Hartley** [3] - 3563:11, 3613:11, 3618:10
**HARTLEY** [16] - 3477:22, 3503:1, 3535:9, 3563:11, 3563:17, 3569:11, 3589:4, 3590:25, 3591:4, 3595:19, 3595:20, 3602:19, 3602:21, 3603:12, 3603:15, 3612:10
**HARTLEY**.................
. [1] - 3479:10
**hat** [1] - 3608:15
**HAUSER** [1] - 3474:23
**Haycraft** [1] - 3590:25
**HAYCRAFT** [1] - 3475:21
**HAZMAT** [1] - 3583:12
**HB406** [1] - 3478:13
**head** [2] - 3523:15, 3609:18, 3609:22, 3611:3
**hear** [8] - 3481:8, 3483:11, 3553:5, 3553:6, 3603:1, 3603:16, 3609:3, 3637:8
**HEARD** [1] - 3471:22
**heard** [14] - 3485:7, 3504:16, 3541:8, 3541:14, 3576:21,

3592:4, 3607:7, 3607:17, 3608:6, 3619:15, 3621:1, 3622:3, 3622:8, 3626:7

**hearing** [6] - 3483:5, 3484:5, 3509:10, 3541:24, 3607:24, 3608:2

**heck** [1] - 3609:4

**help** [9] - 3487:25, 3494:13, 3503:9, 3535:20, 3561:18, 3583:22, 3597:4, 3606:12, 3610:16

**helped** [1] - 3537:8

**helpful** [2] - 3517:11, 3620:15

**helping** [3] - 3596:20, 3610:25, 3611:3

**helps** [1] - 3515:15

**hereby** [1] - 3654:7

**HERMAN** [4] - 3472:7, 3472:7, 3487:19

**HESI** [1] - 3510:23

**high** [7] - 3593:8, 3600:16, 3601:2, 3609:2, 3651:5, 3651:8, 3651:11

**higher** [1] - 3600:19

**highlight** [2] - 3513:14, 3613:23

**highlighted** [4] - 3513:11, 3577:14, 3623:20, 3649:25

**HILL** [1] - 3477:23

**hindered** [2] - 3514:9, 3514:15

**historical** [1] - 3627:9

**hitch** [1] - 3530:7

**HITEC** [6] - 3498:13, 3498:14, 3498:25, 3500:3, 3500:17, 3501:5

**Hitec** [9] - 3508:8, 3508:9, 3508:16, 3509:12, 3509:19, 3517:9, 3524:9, 3525:7, 3525:11

**hits** [1] - 3542:7

**hold** [2] - 3648:4, 3651:2

**HOLDINGS** [1] - 3476:11

**hole** [14] - 3493:10, 3493:11, 3493:12, 3493:15, 3502:9, 3502:13, 3502:14, 3521:16, 3521:25, 3560:18, 3576:18,

3577:7

**hollering** [1] - 3609:23

**HOLTHAUS** [1] - 3473:14

**home** [1] - 3535:19

**Honor** [32] - 3480:9, 3480:12, 3481:10, 3481:14, 3481:16, 3481:19, 3481:23, 3482:19, 3483:13, 3483:20, 3483:23, 3484:8, 3484:13, 3484:20, 3484:23, 3485:13, 3485:14, 3485:16, 3485:19, 3486:2, 3487:3, 3487:19, 3503:2, 3535:24, 3553:23, 3559:12, 3559:14, 3560:24, 3563:12, 3612:18, 3628:22, 3642:6

**HONORABLE** [1] - 3471:22

**hopefully** [2] - 3503:9, 3563:21

**HORIZON** [1] - 3471:5

**Horizon** [56] - 3488:24, 3489:5, 3492:19, 3493:23, 3494:5, 3495:8, 3495:15, 3499:13, 3502:16, 3503:22, 3524:4, 3528:13, 3532:19, 3551:14, 3564:6, 3565:11, 3573:13, 3573:17, 3573:24, 3574:4, 3575:8, 3576:8, 3576:13, 3577:19, 3578:3, 3583:7, 3584:1, 3588:8, 3590:4, 3594:11, 3594:15, 3595:3, 3595:23, 3596:12, 3597:14, 3612:2, 3613:3, 3613:4, 3613:8, 3613:10, 3613:13, 3613:17, 3614:10, 3614:18, 3616:6, 3617:7, 3617:21, 3620:22, 3621:2, 3621:6, 3622:15, 3624:6, 3624:10, 3635:22, 3640:17, 3641:5

**horizontally** [1] - 3627:8

**Horse** [1] - 3573:19

**HOUMA** [1] - 3473:8

**hour** [2] - 3554:12, 3631:15

**hours** [5] - 3534:10, 3535:1, 3611:15, 3611:22, 3628:9

**housekeeping** [1] - 3553:10

**Houston** [7] - 3492:3, 3492:5, 3507:7, 3508:2, 3560:6, 3576:2, 3618:16

**HOUSTON** [7] - 3473:19, 3476:19, 3477:8, 3477:17, 3477:18, 3478:4, 3478:9

**HUGH** [1] - 3478:7

**HUGHES** [1] - 3477:7

**hundred** [5] - 3547:18, 3547:20, 3548:10, 3549:6, 3627:24

**hundreds** [2] - 3583:17, 3583:19

**hung** [2] - 3605:22, 3606:5

**hydrocarbon** [1] - 3631:6

**HYMEL** [1] - 3477:3

**hysterical** [1] - 3610:23

## I

**I-Learn** [1] - 3581:18

**I-Learns** [2] - 3583:9, 3583:11

**icon** [1] - 3579:24

**idea** [4] - 3522:15, 3553:4, 3553:7, 3582:20

**identified** [2] - 3560:11, 3653:4

**identifies** [1] - 3652:2

**identify** [5] - 3513:16, 3514:20, 3555:16, 3560:3, 3606:12

**IL** [1] - 3476:9

**illustrate** [1] - 3529:2

**illustration** [4] - 3492:18, 3492:20, 3494:11, 3514:24

**illustratively** [1] - 3505:8

**imagined** [2] - 3609:11, 3609:12

**immediately** [1] - 3504:3

**impact** [1] - 3624:23

**impeachment** [1] -

3503:3

**importance** [3] - 3501:12, 3501:13, 3501:14

**important** [7] - 3480:24, 3492:9, 3501:16, 3502:1, 3551:2, 3593:9, 3593:10

**IMPREVENTO** [1] - 3472:18

**improper** [1] - 3503:2

**IN** [3] - 3471:5, 3471:5, 3471:12

**in-hole** [1] - 3521:25

**INC** [5] - 3471:16, 3475:19, 3476:12, 3476:13, 3477:21

**inches** [1] - 3609:1

**incident** [1] - 3575:8

**include** [2] - 3595:5, 3643:7

**included** [4] - 3560:17, 3560:18, 3616:7, 3652:5

**includes** [1] - 3643:20

**including** [5] - 3542:19, 3553:13, 3561:17, 3594:20, 3646:14

**increase** [22] - 3505:19, 3539:8, 3548:10, 3548:23, 3549:11, 3556:13, 3556:15, 3556:18, 3565:20, 3571:9, 3582:23, 3588:19, 3592:1, 3604:9, 3604:10, 3604:12, 3627:22, 3627:25, 3630:18, 3631:1, 3633:15

**increased** [4] - 3547:25, 3549:5, 3651:13

**increases** [2] - 3586:21, 3629:7

**indicate** [3] - 3524:8, 3532:4, 3566:8

**indicated** [1] - 3539:15

**indicating** [1] - 3550:12

**indicating)** [1] - 3526:10

**indication** [12] - 3547:23, 3564:16, 3565:20, 3566:2, 3566:16, 3582:24, 3592:5, 3606:20,

3607:9, 3607:12, 3633:3, 3633:23

**indications** [9] - 3539:25, 3540:9, 3540:11, 3540:14, 3540:15, 3540:18, 3582:23, 3582:25, 3643:23

**indicator** [11] - 3517:22, 3556:15, 3556:18, 3556:19, 3570:5, 3586:5, 3586:8, 3586:15, 3587:13, 3587:14, 3635:16

**indicators** [2] - 3564:15, 3585:17

**indicia** [1] - 3585:17

**influctuations** [1] - 3538:16

**influx** [3] - 3585:14, 3602:13, 3631:6

**inform** [1] - 3649:10

**information** [20] - 3491:8, 3505:24, 3507:19, 3507:25, 3509:12, 3517:13, 3520:9, 3525:12, 3525:16, 3525:17, 3525:25, 3540:8, 3560:17, 3560:22, 3561:24, 3570:17, 3578:11, 3578:21, 3634:4

**injuries** [1] - 3611:3

**inkling** [1] - 3540:23

**input** [4] - 3520:6, 3520:9, 3521:2, 3597:1

**inside** [5] - 3498:7, 3517:19, 3526:6, 3599:4, 3639:6

**Insite** [23] - 3491:23, 3491:24, 3497:21, 3498:22, 3499:24, 3500:12, 3500:15, 3501:14, 3505:7, 3505:25, 3506:5, 3509:11, 3517:6, 3518:5, 3520:20, 3525:22, 3538:7, 3574:24, 3575:1, 3626:22, 3634:13

**instances** [1] - 3602:7

**instantly** [4] - 3542:2, 3550:12, 3566:11, 3566:13

**instead** [5] - 3521:20, 3526:12, 3547:11, 3605:17, 3609:13

**Instrom** [1] - 3640:18
**instruction** [1] - 3550:15
**instructs** [1] - 3562:22
**intention** [1] - 3536:24
**interest** [5] - 3649:9, 3649:20, 3652:19, 3652:24, 3653:3
**interior** [3] - 3495:11, 3566:25, 3567:5
**INTERNATIONAL** [1] - 3477:11
**interpret** [2] - 3528:24, 3643:14
**interpretation** [2] - 3543:11, 3643:13
**interpreting** [2] - 3490:23, 3644:20
**interrupt** [2] - 3491:18, 3522:10
**interview** [1] - 3582:19
**interviews** [2] - 3583:4, 3583:21
**introduce** [1] - 3483:15
**introducing** [1] - 3481:5
**investigate** [1] - 3596:25
**investigation** [4] - 3541:9, 3544:9, 3552:16, 3596:24
**investigator** [2] - 3533:1, 3534:20, 3535:6
**investigators** [1] - 3533:8
**invoked** [1] - 3533:13
**involved** [2] - 3596:23, 3613:20
**involves** [1] - 3550:15
**IRIS** [1] - 3497:11
**IRPINO** [2] - 3473:21, 3473:21
**isolate** [1] - 3507:11
**issue** [2] - 3633:3, 3633:13
**issues** [3] - 3574:25, 3643:5, 3653:6
**itself** [4] - 3498:20, 3501:12, 3579:25, 3609:19

## J

**JAMES** [2] - 3472:3, 3475:10
**Jason** [1] - 3614:25
**Jay** [4] - 3508:17,

3573:16, 3573:18, 3613:7
**Jeff** [1] - 3487:9
**JEFFERSON** [2] - 3472:4, 3477:4
**Jeffrey** [1] - 3480:12
**JEFFREY** [1] - 3472:18
**JERRY** [1] - 3478:3
**JESSICA** [2] - 3474:16, 3474:17
**JIMMY** [1] - 3473:18
**Jimmy** [1] - 3615:4
**job** [26] - 3489:19, 3494:14, 3496:4, 3502:1, 3504:6, 3515:13, 3550:9, 3573:3, 3573:14, 3576:16, 3577:6, 3589:22, 3591:14, 3592:17, 3592:20, 3593:6, 3599:19, 3620:17, 3625:4, 3625:5, 3631:10, 3632:24, 3637:19, 3639:25, 3640:8, 3643:16
**jobs** [3] - 3574:8, 3574:22, 3592:15
**Joe** [13] - 3487:5, 3513:1, 3559:24, 3563:19, 3571:22, 3571:23, 3589:16, 3590:10, 3594:8, 3595:2, 3596:10, 3612:10, 3650:15
**John** [8] - 3488:11, 3560:14, 3562:8, 3562:11, 3562:12, 3575:1, 3618:10, 3626:21
**JOHN** [3] - 3473:14, 3477:7, 3478:8
**Johnny** [1] - 3613:11
**join** [1] - 3535:10
**JONES** [1] - 3477:16
**Jose** [2] - 3559:25, 3560:4
**JOSEPH** [3] - 3479:5, 3488:2, 3488:15
**Joseph** [1] - 3488:15
**JR** [2] - 3472:22, 3477:22
**judge** [6] - 3481:12, 3493:8, 3515:5, 3525:19, 3530:15, 3553:10
**Judge** [16] - 3481:9, 3482:2, 3482:14, 3482:21, 3483:10,

3486:1, 3487:12, 3487:15, 3496:17, 3502:7, 3522:18, 3523:11, 3589:1, 3595:16, 3602:20, 3627:2
**JUDGE** [1] - 3471:23
**jump** [5] - 3569:14, 3574:9, 3589:11, 3590:8, 3610:20
**jumping** [2] - 3557:22, 3557:25
**JUSTICE** [4] - 3474:4, 3474:8, 3474:15, 3474:21

## K

**K-E-I-T-H** [1] - 3488:16
**Kaluza** [2] - 3557:16, 3616:3
**KANNER** [2] - 3475:14, 3475:15
**Karis** [1] - 3484:20
**KARIS** [4] - 3476:7, 3484:20, 3485:6, 3485:13
**KATZ** [1] - 3472:7
**Keener** [2] - 3572:19, 3581:13
**keep** [11] - 3497:25, 3502:13, 3527:2, 3551:5, 3577:5, 3578:21, 3580:3, 3584:2, 3601:17, 3608:15, 3617:2
**keeping** [2] - 3579:15, 3580:5
**keeps** [1] - 3493:15
**KEITH** [1] - 3488:2
**Keith** [68] - 3487:5, 3487:21, 3488:9, 3488:15, 3489:23, 3495:7, 3499:8, 3502:1, 3503:3, 3509:11, 3512:7, 3512:25, 3513:12, 3513:21, 3514:8, 3516:18, 3526:24, 3527:14, 3528:12, 3529:8, 3533:17, 3534:19, 3536:19, 3540:5, 3544:8, 3548:22, 3553:1, 3554:3, 3554:10, 3558:18, 3559:9, 3559:17, 3569:17, 3571:23, 3577:2, 3577:15, 3591:6, 3594:11, 3595:21,

3606:11, 3612:21, 3612:25, 3613:16, 3613:19, 3614:3, 3614:5, 3614:8, 3615:10, 3615:14, 3615:17, 3615:23, 3617:14, 3617:16, 3617:21, 3618:11, 3618:22, 3622:16, 3623:22, 3624:2, 3625:4, 3625:25, 3629:11, 3632:9, 3634:14, 3639:1, 3642:1, 3642:16, 3650:15
**Keith's** [2] - 3502:24, 3531:21
**KEITH**........................
.................. [1] -
3479:5
**KELLEY** [1] - 3474:23
**Kelly** [3] - 3562:9, 3562:10, 3562:22
**kept** [1] - 3527:6
**Kerry** [2] - 3484:8, 3612:23
**KERRY** [1] - 3476:14
**Kick** [1] - 3585:20
**kick** [86] - 3501:15, 3501:17, 3501:19, 3503:21, 3504:1, 3504:2, 3504:6, 3504:17, 3504:23, 3505:1, 3505:16, 3508:13, 3514:10, 3515:15, 3534:15, 3539:3, 3539:12, 3539:16, 3540:1, 3540:10, 3540:14, 3540:15, 3540:17, 3540:18, 3542:15, 3544:10, 3548:19, 3548:21, 3548:23, 3548:24, 3549:1, 3549:11, 3550:8, 3550:10, 3550:15, 3551:3, 3551:13, 3551:21, 3551:24, 3552:1, 3552:7, 3552:14, 3556:15, 3556:18, 3556:19, 3559:3, 3564:15, 3564:17, 3564:21, 3565:2, 3565:14, 3566:2, 3566:8, 3575:21, 3576:22, 3585:7, 3585:11, 3585:13, 3585:17, 3585:24, 3586:1, 3586:5, 3586:8,

3586:15, 3587:13, 3588:23, 3590:15, 3591:17, 3591:23, 3592:6, 3592:11, 3593:13, 3596:14, 3615:17, 3621:17, 3628:7, 3628:8, 3628:10, 3629:2, 3629:3, 3629:13, 3629:18, 3634:23, 3635:4
**kicks** [11] - 3502:2, 3514:20, 3515:13, 3550:23, 3565:16, 3565:19, 3565:21, 3565:24, 3575:18, 3582:25, 3589:9
**KINCHEN** [2] - 3477:7, 3477:7
**kind** [14] - 3489:5, 3492:10, 3495:24, 3502:15, 3502:20, 3512:8, 3513:7, 3516:19, 3519:22, 3534:2, 3552:16, 3626:3, 3628:14, 3644:8
**KIRKLAND** [1] - 3476:6
**knowledge** [2] - 3485:18, 3514:4
**known** [1] - 3565:14
**knows** [3] - 3611:23, 3638:15, 3638:20
**Kraus** [2] - 3483:13, 3559:17
**KRAUS** [7] - 3475:15, 3483:13, 3483:20, 3559:14, 3559:16, 3561:7, 3563:7
**KRAUS**..................... [1] - 3479:5
**KULLMAN** [1] - 3472:14

## L

**L.L.C** [1] - 3478:6
**LA** [15] - 3472:5, 3472:8, 3472:16, 3472:23, 3473:8, 3473:12, 3473:15, 3475:16, 3475:23, 3476:15, 3477:5, 3477:13, 3478:14
**lab** [5] - 3602:18, 3604:13, 3607:25, 3609:15, 3647:11
**LAFAYETTE** [2] -

3472:5, 3477:5
**LAFLEUR** [1] - 3477:3
**LAMAR** [1] - 3478:4
**Lambert** [3] - 3610:15, 3611:1
**LANGAN** [1] - 3476:7
**language** [1] - 3623:21
**larger** [2] - 3544:19, 3545:7
**LASALLE** [1] - 3476:8
**laser** [5] - 3492:12, 3497:9, 3526:8, 3527:3, 3545:20
**last** [13] - 3485:18, 3504:16, 3550:17, 3554:12, 3560:17, 3563:19, 3563:21, 3565:13, 3566:4, 3576:12, 3611:11, 3613:12, 3619:10
**late** [3] - 3490:9, 3530:10, 3531:20
**LAW** [3] - 3473:7, 3473:10, 3473:21
**LAWRENCE** [1] - 3474:18
**lawyer** [2] - 3612:23, 3622:25
**lead** [8] - 3489:7, 3501:21, 3501:23, 3589:3, 3590:24, 3595:17, 3606:20
**leader** [15] - 3489:11, 3490:1, 3490:15, 3490:20, 3491:8, 3492:1, 3507:24, 3552:11, 3552:15, 3557:13, 3558:25, 3562:19, 3617:17, 3617:18
**leaders** [4] - 3616:20, 3617:12, 3618:19, 3620:19
**leading** [7] - 3569:7, 3569:9, 3586:5, 3589:1, 3590:23, 3595:18, 3603:9
**leaning** [1] - 3610:18
**learn** [1] - 3552:6
**Learn** [1] - 3581:18
**learned** [3] - 3552:18, 3559:3, 3559:9
**Learns** [2] - 3583:9, 3583:11
**LEASING** [1] - 3471:13
**least** [1] - 3522:22
**leave** [2] - 3575:4, 3596:3

**LeBleu** [5] - 3560:14, 3560:22, 3561:9, 3561:15, 3561:25
**ledger** [5] - 3559:6, 3578:21, 3578:23, 3578:25, 3581:2
**Lee** [5] - 3610:16, 3611:1, 3616:12, 3616:19, 3617:10
**left** [16] - 3498:10, 3499:22, 3500:17, 3500:25, 3516:22, 3534:24, 3567:11, 3570:9, 3576:6, 3576:8, 3580:2, 3598:12, 3599:8, 3605:18, 3610:13, 3643:13
**left-hand** [4] - 3500:17, 3567:11, 3598:12, 3599:8
**LEGER** [2] - 3472:21, 3472:22
**legible** [1] - 3649:16
**length** [2] - 3518:6, 3585:5
**Leo** [3] - 3528:1, 3528:3, 3604:14
**less** [1] - 3534:18
**lessons** [3] - 3552:18, 3559:3, 3559:9
**letters** [1] - 3496:2
**level** [1] - 3494:17, 3494:23, 3546:21, 3582:6, 3595:12, 3595:13, 3595:24, 3596:4, 3596:9, 3596:12
**leveling** [1] - 3547:11
**levels** [4] - 3529:4, 3546:8, 3546:21, 3547:1
**levers** [1] - 3593:22
**LEWIS** [5] - 3472:14, 3475:20, 3477:21, 3478:3, 3478:6
**LI** [1] - 3476:23
**life** [3] - 3591:8, 3591:18, 3644:6
**LIFE** [1] - 3472:15
**lifeboat** [3] - 3610:20, 3611:7, 3611:8
**lifeboats** [2] - 3610:17, 3611:1
**lifted** [1] - 3639:13
**light** [6] - 3634:18, 3650:20, 3651:2, 3651:5, 3651:14
**limit** [2] - 3600:16
**Lindner** [2] - 3528:1,

3528:8
**line** [38] - 3495:20, 3496:20, 3502:24, 3502:25, 3503:13, 3509:3, 3515:8, 3517:17, 3517:19, 3539:13, 3540:4, 3551:5, 3555:23, 3555:24, 3556:4, 3556:13, 3566:19, 3566:23, 3568:8, 3568:13, 3569:19, 3570:3, 3570:13, 3570:21, 3570:23, 3571:2, 3575:22, 3581:17, 3586:6, 3586:19, 3631:1, 3631:20, 3634:16, 3634:18
**lined** [3] - 3606:1, 3633:19, 3633:22
**liner** [1] - 3520:24
**lines** [10] - 3505:20, 3518:13, 3531:22, 3539:19, 3540:3, 3541:18, 3547:22, 3549:4, 3550:25, 3555:10
**lineup** [2] - 3486:24, 3623:21
**LISKOW** [1] - 3475:20
**list** [9] - 3484:22, 3484:24, 3485:6, 3486:4, 3486:14, 3577:17, 3599:21, 3617:4
**listed** [1] - 3511:4
**lists** [2] - 3484:22, 3586:2
**LITIGATION** [1] - 3474:22
**live** [3] - 3487:11, 3488:14
**living** [4] - 3496:19, 3498:7, 3537:11, 3605:6
**LLC** [1] - 3476:11
**loaded** [2] - 3533:10, 3533:11
**locate** [4] - 3492:8, 3526:3, 3547:5, 3641:4
**located** [3] - 3492:20, 3493:18, 3493:22, 3497:23, 3500:5, 3526:1, 3555:13
**location** [2] - 3527:10, 3641:11
**lodged** [1] - 3503:5
**log** [8] - 3500:13,

3500:14, 3506:22, 3564:4, 3569:13, 3580:3, 3599:4, 3602:9
**logbook** [1] - 3570:18
**logged** [1] - 3570:14
**logger** [47] - 3488:23, 3489:1, 3489:7, 3490:11, 3493:17, 3494:12, 3494:14, 3495:7, 3495:11, 3518:15, 3518:19, 3531:14, 3532:19, 3543:24, 3548:20, 3564:23, 3572:7, 3572:9, 3572:12, 3572:20, 3572:21, 3573:1, 3573:3, 3573:6, 3574:4, 3574:10, 3574:12, 3574:19, 3575:10, 3576:12, 3576:15, 3576:24, 3577:18, 3581:15, 3582:7, 3583:16, 3583:23, 3585:16, 3589:22, 3592:8, 3594:25, 3595:23, 3599:19, 3618:11, 3642:19, 3648:17
**logger's** [11] - 3491:1, 3491:2, 3491:4, 3492:22, 3499:5, 3500:21, 3541:3, 3574:7, 3595:21, 3596:10, 3639:4
**loggers** [3] - 3574:23, 3575:23, 3577:9
**logging** [27] - 3510:5, 3540:9, 3567:1, 3567:5, 3567:7, 3576:16, 3583:24, 3584:22, 3584:23, 3589:12, 3590:1, 3590:2, 3594:1, 3597:16, 3598:23, 3598:25, 3599:3, 3601:2, 3602:22, 3603:22, 3608:10, 3608:12, 3623:18, 3624:24, 3641:20, 3642:21, 3643:20
**Logging** [1] - 3589:24
**logs** [8] - 3506:17, 3560:7, 3582:25, 3583:1, 3583:13
**look** [47] - 3482:16, 3483:8, 3486:24, 3492:3, 3492:8, 3500:21, 3500:22,

3504:6, 3504:7, 3506:3, 3506:14, 3507:2, 3507:16, 3514:15, 3516:17, 3533:10, 3533:18, 3545:12, 3547:5, 3552:5, 3553:18, 3555:6, 3559:5, 3566:3, 3568:20, 3569:13, 3572:7, 3572:9, 3575:16, 3579:18, 3585:16, 3585:23, 3586:7, 3586:19, 3588:17, 3588:23, 3590:14, 3591:10, 3598:18, 3602:9, 3604:15, 3605:25, 3606:9, 3610:19, 3611:24, 3629:4, 3635:3
**looked** [18] - 3499:12, 3529:11, 3538:6, 3538:9, 3538:10, 3538:20, 3539:9, 3542:20, 3545:2, 3559:5, 3570:9, 3570:21, 3590:19, 3593:4, 3597:24, 3609:17, 3652:6, 3652:13
**looking** [50] - 3495:14, 3501:15, 3505:16, 3505:23, 3505:24, 3506:21, 3507:19, 3516:21, 3540:8, 3548:7, 3548:9, 3564:5, 3566:6, 3566:7, 3566:15, 3567:6, 3568:5, 3568:6, 3568:7, 3569:17, 3571:12, 3571:15, 3577:14, 3577:17, 3580:13, 3588:23, 3589:6, 3591:23, 3591:25, 3595:21, 3598:6, 3598:10, 3598:18, 3598:20, 3599:3, 3600:9, 3601:9, 3602:10, 3606:11, 3607:12, 3627:2, 3634:12, 3644:14, 3644:16, 3644:17, 3644:18, 3644:20, 3644:22, 3650:23
**looks** [12] - 3492:21, 3500:13, 3500:19, 3505:8, 3506:5, 3524:18, 3534:1, 3545:9, 3562:5, 3567:13, 3577:3

**loop** [1] - 3593:2
**LOS** [1] - 3476:24
**lose** [2] - 3529:25, 3627:7
**loss** [1] - 3591:7
**losses** [1] - 3582:25
**lost** [4] - 3552:3, 3552:7, 3560:23, 3561:18
**LOUISIANA** [5] - 3471:2, 3471:8, 3475:8, 3475:10, 3478:8
**Louisiana** [6] - 3483:14, 3488:16, 3559:13, 3559:18, 3654:6, 3654:7
**Louisiana's** [1] - 3483:16
**low** [2] - 3600:16, 3601:2
**lower** [3] - 3569:16, 3600:19, 3651:24
**LUIS** [1] - 3476:23
**lunch** [2] - 3646:22, 3653:9
**luncheon** [1] - 3653:15
**LUNCHEON** [1] - 3479:13
**LUTHER** [1] - 3475:4

**M**

**M-I** [1] - 3562:16
**machine** [1] - 3587:24
**Macondo** [6] - 3559:21, 3560:15, 3562:19, 3577:19, 3588:9, 3650:9
**MAGAZINE** [1] - 3473:22
**MAHTOOK** [1] - 3477:3
**mail** [9] - 3559:25, 3560:9, 3561:2, 3561:9, 3561:12, 3561:22, 3562:8, 3563:1, 3563:5
**mails** [1] - 3581:23
**main** [12] - 3492:10, 3495:21, 3496:19, 3498:1, 3498:2, 3535:18, 3567:22, 3575:11, 3610:7, 3616:23, 3617:6
**MAIN** [1] - 3473:15
**maintained** [1] - 3618:3

**maintaining** [1] - 3639:23
**Malczewskyj** [3] - 3551:19, 3551:21, 3552:12
**MALINDA** [1] - 3474:18
**Man** [1] - 3609:23
**man** [13] - 3489:11, 3489:25, 3491:14, 3504:4, 3531:9, 3540:16, 3543:4, 3579:2, 3609:23, 3616:24, 3619:1, 3622:5, 3622:9
**managed** [1] - 3615:16
**management** [1] - 3480:25
**manager** [5] - 3535:16, 3535:25, 3536:2, 3562:10, 3582:10
**managers** [1] - 3640:25
**mandatory** [3] - 3531:8, 3531:15, 3648:22
**manual** [6] - 3584:23, 3588:23, 3589:12, 3589:15, 3590:9, 3649:24
**Manual** [2] - 3594:12, 3594:25
**manuals** [2] - 3584:4, 3585:10
**Marathon** [5] - 3572:21, 3572:22, 3573:4, 3573:5, 3573:6
**March** [5] - 3550:20, 3551:13, 3551:14, 3559:3, 3559:10
**MARCH** [2] - 3471:9, 3480:2
**Marine** [3] - 3619:12, 3619:14, 3619:17
**Mark** [1] - 3561:13
**marker** [1] - 3653:1
**Martin** [3] - 3534:20, 3534:24, 3535:6
**match** [1] - 3506:19
**matched** [1] - 3604:7
**matching** [1] - 3651:22
**materials** [1] - 3583:22
**Matt** [1] - 3486:2
**matter** [4] - 3513:6, 3553:10, 3582:20,

3654:10
**matters** [2] - 3480:11, 3486:23
**MATTHEW** [1] - 3476:8
**maul** [1] - 3601:4
**Maze** [1] - 3558:17
**MAZE** [4] - 3475:4, 3558:13, 3558:16, 3559:12
**MAZE.....................** [1] - 3479:8
**McCLELLAN** [1] - 3474:16
**MCKINNEY** [1] - 3477:18
**mean** [15] - 3491:18, 3497:16, 3502:23, 3506:7, 3515:5, 3522:10, 3546:16, 3550:6, 3553:2, 3566:11, 3578:24, 3587:3, 3605:16, 3617:2, 3629:4
**meaning** [1] - 3501:8
**means** [7] - 3503:4, 3505:19, 3505:20, 3524:17, 3590:1, 3623:1, 3642:23
**meant** [7] - 3544:1, 3548:8, 3570:3, 3624:2, 3635:18, 3635:19, 3651:5
**measure** [5] - 3518:11, 3520:17, 3522:24, 3525:20, 3526:21
**measured** [1] - 3542:18
**measures** [3] - 3482:5, 3482:8, 3518:3
**measuring** [1] - 3509:12
**MECHANICAL** [1] - 3478:16
**medium** [2] - 3553:3, 3553:7
**meet** [5] - 3610:12, 3647:5, 3647:8, 3648:5, 3648:25
**meeting** [26] - 3530:13, 3530:15, 3530:16, 3530:19, 3530:22, 3531:2, 3531:6, 3531:16, 3531:25, 3532:5, 3533:1, 3533:2, 3533:9, 3623:4, 3645:4, 3645:10,

3645:18, 3645:23, 3646:2, 3646:10, 3647:1, 3647:2, 3647:23, 3648:5, 3648:23
**meetings** [2] - 3645:18, 3648:14
**members** [4] - 3592:19, 3610:14, 3614:18, 3615:21
**men** [9] - 3530:23, 3596:25, 3600:23, 3616:6, 3616:7, 3617:6, 3626:4, 3626:5, 3626:8
**mention** [1] - 3584:11
**mentioned** [19] - 3483:6, 3483:21, 3484:6, 3484:18, 3485:4, 3485:11, 3485:24, 3486:10, 3508:12, 3517:3, 3533:17, 3536:1, 3536:4, 3564:23, 3578:23, 3583:9, 3613:11, 3615:8, 3625:8
**mentioning** [1] - 3533:5
**Merit** [2] - 3654:5, 3654:14
**MERIT** [1] - 3478:13
**message** [1] - 3575:1
**met** [2] - 3605:4, 3616:3
**metal** [1] - 3494:22
**Mexico** [2] - 3572:5, 3614:10
**MEXICO** [1] - 3471:6
**MI** [1] - 3478:6
**Michael** [1] - 3483:23
**MICHAEL** [2] - 3474:5, 3476:22
**MICHELLE** [1] - 3474:16
**microphone** [1] - 3553:2
**mid** [1] - 3572:24
**middle** [1] - 3500:8
**midnight** [1] - 3645:10
**might** [12] - 3504:1, 3510:14, 3513:3, 3530:18, 3539:11, 3540:17, 3576:19, 3580:7, 3591:2, 3605:4, 3605:23, 3644:6
**MIKAL** [1] - 3473:3
**Mike** [1] - 3642:16
**Miller** [2] - 3484:8,

3612:23
**MILLER** [10] - 3476:14, 3484:8, 3612:18, 3612:20, 3628:24, 3636:19, 3638:18, 3638:21, 3638:25, 3642:1
**Miller's** [1] - 3484:14
**MILLER....................** [1] - 3479:11
**mind** [4] - 3490:14, 3566:16, 3570:20, 3588:15
**minute** [14] - 3508:25, 3509:1, 3511:9, 3511:24, 3518:7, 3519:20, 3525:19, 3534:13, 3542:8, 3580:8, 3599:15, 3607:21, 3608:8
**minutes** [16] - 3532:15, 3532:22, 3533:22, 3535:1, 3538:11, 3538:14, 3538:21, 3542:20, 3542:21, 3552:1, 3580:9, 3608:11, 3609:6, 3610:25, 3642:9, 3647:9
**mischaracterizes** [1] - 3535:9
**misread** [1] - 3551:10
**miss** [3] - 3503:20, 3565:14, 3646:25
**missed** [11] - 3531:16, 3533:2, 3544:10, 3548:21, 3548:22, 3548:24, 3549:1, 3550:10, 3551:21, 3565:2, 3592:11
**missing** [2] - 3567:9, 3591:17
**misspeak** [1] - 3519:18
**misunderstood** [3] - 3518:25, 3519:19, 3551:12
**mitigating** [1] - 3513:19
**MOBILE** [1] - 3472:12
**modify** [2] - 3506:24, 3506:25
**moment** [10] - 3492:8, 3502:19, 3510:25, 3516:17, 3517:25, 3538:19, 3540:7, 3566:13, 3574:9, 3590:19
**moments** [1] - 3480:15

**Monday** [2] - 3628:14, 3628:18
**monetary** [1] - 3535:7
**money** [1] - 3536:18
**Monitor** [1] - 3509:4
**monitor** [47] - 3490:10, 3493:9, 3493:13, 3494:7, 3495:22, 3496:9, 3502:2, 3504:23, 3505:1, 3505:2, 3514:10, 3514:18, 3514:19, 3516:8, 3518:16, 3518:20, 3518:23, 3519:9, 3520:5, 3520:7, 3521:21, 3521:22, 3521:24, 3522:3, 3527:17, 3549:18, 3550:8, 3550:9, 3554:10, 3567:10, 3567:12, 3567:13, 3578:9, 3591:20, 3593:3, 3593:12, 3593:14, 3595:25, 3596:7, 3596:15, 3597:11, 3624:11, 3624:24, 3641:17, 3642:21, 3643:23
**monitoring** [39] - 3501:15, 3503:13, 3515:2, 3515:13, 3515:15, 3539:22, 3547:24, 3564:8, 3564:12, 3574:22, 3576:22, 3577:21, 3578:7, 3578:11, 3580:11, 3585:5, 3586:21, 3587:15, 3593:19, 3595:5, 3595:6, 3595:7, 3600:13, 3601:11, 3602:23, 3603:22, 3615:9, 3615:16, 3620:6, 3629:25, 3630:17, 3635:10, 3642:23, 3643:20, 3644:2, 3644:9, 3644:18, 3653:6
**monitors** [11] - 3498:4, 3499:22, 3534:15, 3541:16, 3541:19, 3549:20, 3549:22, 3576:17, 3607:23, 3608:14
**MONTGOMERY** [1] - 3475:6
**month** [1] - 3534:18, 3537:7
**Month** [2] - 3592:10,

3592:14
**months** [2] - 3572:16, 3572:17
**Monty** [2] - 3640:18, 3640:20
**Morel** [1] - 3561:13
**MORGAN** [1] - 3478:6
**MORNING** [1] - 3471:20
**morning** [32] - 3480:8, 3480:9, 3481:10, 3483:13, 3483:23, 3484:8, 3484:20, 3484:23, 3486:2, 3488:9, 3488:10, 3530:10, 3530:11, 3530:12, 3532:3, 3554:3, 3554:4, 3554:7, 3558:18, 3558:19, 3559:17, 3560:14, 3576:21, 3578:24, 3585:5, 3586:3, 3612:18, 3612:21, 3612:22, 3612:24, 3613:2, 3628:14
**most** [2] - 3581:1, 3616:14
**mount** [2] - 3608:18, 3640:6
**mounted** [6] - 3517:14, 3524:3, 3525:9, 3525:10, 3525:14, 3641:7
**move** [2] - 3527:10, 3623:2
**moved** [3] - 3580:6, 3580:20, 3580:23
**movement** [4] - 3529:5, 3581:7, 3594:5, 3603:7
**movements** [1] - 3603:17
**moves** [1] - 3627:8
**moving** [7] - 3505:13, 3556:14, 3579:16, 3580:16, 3580:19, 3580:25, 3582:21
**MR** [124] - 3479:6, 3479:7, 3479:8, 3479:9, 3479:10, 3479:11, 3479:12, 3480:12, 3480:19, 3480:21, 3481:3, 3481:7, 3481:9, 3481:16, 3481:19, 3481:23, 3481:24, 3481:25, 3482:2, 3482:4, 3482:11, 3482:13, 3482:14,

3482:19, 3482:20, 3482:25, 3483:3, 3483:10, 3483:11, 3483:13, 3483:20, 3483:23, 3484:8, 3485:14, 3486:1, 3486:12, 3486:19, 3486:21, 3487:3, 3487:5, 3487:8, 3487:12, 3487:15, 3487:19, 3488:8, 3492:17, 3503:1, 3503:9, 3503:12, 3519:3, 3519:7, 3520:2, 3521:18, 3522:10, 3522:17, 3522:20, 3523:11, 3523:14, 3525:6, 3535:9, 3535:10, 3535:22, 3535:24, 3536:5, 3536:8, 3536:10, 3536:12, 3537:15, 3537:17, 3537:20, 3537:22, 3552:20, 3553:10, 3553:16, 3553:18, 3553:23, 3554:2, 3558:10, 3558:13, 3558:16, 3559:12, 3559:14, 3559:16, 3560:24, 3561:7, 3562:25, 3563:7, 3563:11, 3563:17, 3569:7, 3569:9, 3569:11, 3589:1, 3589:4, 3590:23, 3590:25, 3591:4, 3595:16, 3595:19, 3595:20, 3602:19, 3602:21, 3603:9, 3603:11, 3603:12, 3603:14, 3603:15, 3612:10, 3612:18, 3612:20, 3628:21, 3628:24, 3636:15, 3636:19, 3638:14, 3638:18, 3638:21, 3638:25, 3642:1, 3642:5, 3642:9, 3642:11, 3642:15, 3653:11
**MS** [3] - 3484:20, 3485:6, 3485:13
**mud** [147] - 3488:23, 3489:1, 3490:11, 3491:2, 3491:4, 3492:22, 3493:10, 3493:17, 3493:20, 3493:25, 3494:2, 3494:4, 3494:5, 3494:7, 3494:12,

3494:14, 3495:7, 3495:11, 3497:16, 3497:17, 3499:5, 3500:21, 3502:17, 3510:5, 3511:19, 3512:1, 3515:6, 3515:7, 3515:17, 3516:20, 3518:15, 3518:19, 3524:8, 3527:21, 3528:1, 3529:20, 3532:18, 3533:10, 3534:25, 3539:5, 3540:9, 3541:2, 3541:3, 3541:8, 3541:10, 3542:7, 3543:24, 3548:20, 3552:3, 3552:6, 3562:4, 3562:5, 3562:13, 3564:23, 3567:1, 3567:5, 3567:7, 3568:13, 3568:15, 3570:2, 3572:7, 3572:9, 3572:12, 3572:20, 3572:21, 3573:1, 3573:3, 3573:6, 3574:4, 3574:7, 3574:10, 3574:12, 3574:19, 3575:10, 3575:23, 3576:11, 3576:15, 3576:16, 3576:24, 3577:9, 3577:18, 3579:6, 3579:8, 3579:12, 3579:13, 3579:15, 3580:4, 3580:5, 3580:16, 3580:19, 3580:23, 3580:24, 3581:7, 3581:15, 3582:7, 3582:25, 3583:16, 3583:23, 3583:24, 3584:21, 3584:23, 3585:16, 3589:12, 3589:22, 3590:1, 3590:2, 3592:8, 3592:13, 3594:1, 3594:5, 3594:25, 3595:21, 3595:23, 3596:10, 3597:16, 3598:23, 3598:25, 3599:3, 3599:19, 3601:2, 3602:18, 3602:22, 3603:17, 3603:22, 3604:13, 3604:14, 3607:7, 3607:17, 3608:6, 3608:10, 3608:12, 3609:19, 3618:11, 3621:1, 3621:7, 3621:9, 3623:18,

3624:24, 3639:3, 3641:19, 3642:19, 3642:21, 3643:19, 3643:21
**multiple** [1] - 3574:15
**MUNGER** [1] - 3476:21
**Murray** [7] - 3552:11, 3558:22, 3558:25, 3559:2, 3559:7, 3559:8, 3616:8
**must** [3] - 3519:19, 3551:10, 3551:12
**MWD** [4] - 3576:4, 3576:5, 3576:6, 3576:8

**N**

**name** [9] - 3488:11, 3488:14, 3488:15, 3532:19, 3551:19, 3583:13, 3612:23, 3640:22, 3642:16
**named** [1] - 3534:20
**Nat** [1] - 3553:23
**NATHANIEL** [1] - 3474:12
**NATURAL** [1] - 3474:9
**necessarily** [1] - 3517:10
**necessary** [1] - 3527:15
**neck** [1] - 3609:20
**need** [4] - 3482:12, 3487:18, 3595:11, 3642:16
**needed** - 3640:8
**negative** [11] - 3543:7, 3543:12, 3543:18, 3543:22, 3544:6, 3621:13, 3621:15, 3621:20, 3626:18, 3637:23, 3644:12
**networked** [1] - 3498:18
**never** [54] - 3506:24, 3512:19, 3512:22, 3512:25, 3513:3, 3513:5, 3513:6, 3528:15, 3529:15, 3529:18, 3534:24, 3542:21, 3542:24, 3543:15, 3546:16, 3547:20, 3548:3, 3548:21, 3548:23, 3549:10, 3557:12, 3557:15, 3561:24, 3563:5, 3565:3,

3565:14, 3565:22, 3575:6, 3575:8, 3587:20, 3592:11, 3602:25, 3603:18, 3609:21, 3612:1, 3612:9, 3616:3, 3621:9, 3621:11, 3621:16, 3621:18, 3621:19, 3621:23, 3621:24, 3622:18, 3622:19, 3622:20, 3626:7, 3626:11, 3626:12, 3629:3, 3638:5
**Never** [1] - 3629:3
**NEW** [10] - 3471:8, 3472:8, 3472:16, 3472:23, 3473:22, 3475:16, 3475:23, 3476:15, 3477:13, 3478:14
**next** [23] - 3485:6, 3487:2, 3487:6, 3517:23, 3551:9, 3573:9, 3586:14, 3586:19, 3587:9, 3588:17, 3603:12, 3605:13, 3605:14, 3607:22, 3610:10, 3610:14, 3629:4, 3629:21, 3631:14, 3635:3, 3635:4, 3648:3, 3650:17
**Nick** [5] - 3551:19, 3551:21, 3552:8, 3552:12, 3558:22
**night** [27] - 3527:13, 3532:11, 3547:24, 3548:7, 3549:18, 3566:7, 3566:15, 3567:5, 3570:17, 3572:20, 3572:21, 3572:25, 3574:5, 3586:24, 3587:4, 3611:24, 3618:25, 3619:6, 3620:25, 3623:15, 3624:25, 3625:3, 3625:19, 3626:4, 3626:8, 3630:8, 3645:10
**nine** [3] - 3512:16, 3576:12, 3588:8
**NINTH** [1] - 3473:11
**NO** [3] - 3471:8, 3471:12, 3471:14
**nobody** [3] - 3528:10, 3544:7, 3637:10
**noise** [1] - 3601:7
**noises** [4] - 3601:4, 3608:2, 3609:4,

3609:8
**nonactive** [1] - 3526:13
**none** [2] - 3483:5, 3484:5
**NONJURY** [1] - 3471:21
**NORFOLK** [1] - 3477:8
**normal** [8] - 3512:8, 3512:11, 3515:1, 3516:13, 3546:4, 3588:12, 3588:13, 3637:11
**normally** [4] - 3514:10, 3528:20, 3532:14, 3544:19
**NORTH** [1] - 3475:11
**note** [3] - 3482:15, 3559:25, 3623:20
**notes** [1] - 3487:10
**nothing** [9] - 3487:24, 3625:2, 3626:1, 3632:8, 3632:19, 3633:6, 3635:1, 3635:9, 3639:18
**notice** [4] - 3548:9, 3561:12, 3562:11, 3620:10
**noticed** [10] - 3541:15, 3541:21, 3548:11, 3575:18, 3575:20, 3598:11, 3604:4, 3611:16, 3620:9, 3630:18
**notified** [7] - 3526:15, 3528:10, 3529:11, 3596:1, 3596:8, 3596:18, 3645:20
**notify** [1] - 3600:22
**Number** [2] - 3613:23, 3623:20
**number** [8] - 3482:10, 3482:15, 3520:24, 3553:16, 3580:2, 3580:3, 3581:2, 3646:13
**numbered** [1] - 3654:10
**numbers** [7] - 3506:4, 3507:18, 3507:19, 3515:19, 3579:13, 3579:14
**numerous** [2] - 3592:10, 3592:23
**NW** [1] - 3476:4

**O**

**o'clock** [11] - 3530:12, 3531:1, 3531:18, 3569:18, 3571:7, 3630:15, 3631:2, 3631:5, 3645:10, 3645:22, 3645:25
**O'KEEFE** [1] - 3472:8
**O'ROURKE** [1] - 3474:10
**oath** [1] - 3488:4
**object** [20] - 3480:16, 3484:3, 3484:14, 3485:2, 3485:9, 3485:20, 3486:7, 3503:1, 3519:3, 3535:9, 3560:24, 3561:1, 3562:25, 3569:7, 3569:9, 3590:23, 3603:9, 3628:21, 3636:15, 3638:14
**objected** [2] - 3481:14, 3482:4
**objection** [13] - 3481:14, 3482:3, 3483:17, 3484:16, 3485:3, 3485:10, 3485:22, 3486:9, 3503:6, 3522:12, 3535:10, 3553:17, 3563:6
**objections** [10] - 3482:6, 3482:20, 3482:22, 3483:4, 3483:18, 3484:2, 3484:12, 3484:25, 3485:8, 3485:19
**objectives** [1] - 3642:20
**obligations** [1] - 3594:25
**obscure** [1] - 3527:22
**observed** [3] - 3631:2, 3631:21, 3650:22
**obviously** [3] - 3498:21, 3506:4, 3577:25
**occupied** [1] - 3581:6
**occur** [3] - 3620:11, 3643:8, 3644:6
**occurred** [7] - 3522:11, 3523:10, 3523:16, 3523:17, 3534:6, 3625:17, 3629:23
**occurrences** [1] - 3578:13

**occurs** [1] - 3648:3
**OF** [14] - 3471:2, 3471:6, 3471:13, 3471:15, 3471:21, 3474:4, 3474:8, 3474:15, 3474:21, 3475:3, 3475:8, 3475:9, 3475:10
**off-loaded** [1] - 3533:11
**offer** [4] - 3483:25, 3486:5, 3553:13, 3553:19
**offered** [5] - 3481:12, 3481:13, 3482:23, 3486:5, 3535:20
**OFFICE** [5] - 3472:4, 3474:18, 3475:3, 3475:8, 3475:12
**office** [7] - 3492:3, 3492:24, 3493:3, 3501:2, 3540:9, 3543:24, 3592:16
**OFFICIAL** [1] - 3478:12
**Official** [2] - 3654:6, 3654:15
**offloading** [1] - 3512:1
**OFFSHORE** [1] - 3476:12
**offshore** [8] - 3512:19, 3528:15, 3529:15, 3572:4, 3572:5, 3574:12, 3575:5, 3575:6
**often** [2] - 3527:7, 3591:7
**OIL** [2] - 3471:5
**Oil** [1] - 3573:5
**oil** [9] - 3558:4, 3609:2, 3610:21, 3651:3, 3651:5, 3651:6, 3651:13, 3651:21
**oilfield** [1] - 3493:2
**OIM** [5] - 3530:23, 3565:7, 3615:5, 3615:7, 3641:13
**older** [1] - 3627:7
**OLSON** [1] - 3476:21
**ON** [1] - 3471:6
**on-line** [1] - 3581:17
**onboard** [3] - 3619:14, 3621:2, 3645:20
**once** [6] - 3533:18, 3548:15, 3580:1, 3596:14, 3621:19, 3638:3
**ONE** [2] - 3475:21, 3477:17

**one** [99] - 3480:16, 3480:18, 3480:24, 3482:23, 3483:8, 3483:11, 3484:22, 3493:5, 3498:17, 3500:1, 3500:14, 3505:23, 3506:11, 3507:11, 3508:12, 3514:25, 3516:1, 3517:1, 3517:6, 3517:9, 3518:3, 3523:23, 3524:7, 3525:21, 3527:5, 3527:25, 3528:5, 3528:7, 3531:2, 3531:18, 3531:22, 3531:23, 3533:17, 3537:10, 3539:4, 3539:5, 3540:4, 3542:15, 3543:21, 3544:14, 3548:22, 3553:10, 3553:11, 3557:11, 3557:18, 3560:6, 3562:13, 3566:10, 3568:2, 3580:15, 3583:24, 3584:21, 3584:23, 3587:9, 3589:8, 3590:3, 3595:12, 3595:13, 3595:24, 3599:8, 3599:9, 3604:12, 3605:4, 3610:6, 3610:16, 3610:18, 3611:2, 3611:9, 3611:16, 3611:18, 3614:17, 3614:18, 3617:24, 3620:10, 3621:12, 3629:15, 3629:17, 3629:21, 3633:10, 3635:3, 3635:4, 3635:7, 3640:25, 3642:20, 3645:11, 3645:16, 3645:18, 3647:15, 3648:2, 3648:18, 3649:3, 3649:10, 3649:15, 3649:18, 3649:24, 3650:5, 3651:17, 3652:15
**ones** [2] - 3598:4, 3611:11
**online** [1] - 3632:2
**onshore** [3] - 3572:4, 3575:9, 3618:12
**Opelousas** [1] - 3488:16
**open** [5] - 3498:11, 3511:9, 3516:3, 3524:24, 3608:24

**opened** [1] - 3609:7
**operating** [1] - 3512:3
**operation** [4] - 3515:1, 3625:22, 3642:23, 3643:1
**operations** [19] - 3513:15, 3513:17, 3514:9, 3514:14, 3575:2, 3578:1, 3578:15, 3580:15, 3587:5, 3603:2, 3645:4, 3645:5, 3645:18, 3646:25, 3647:1, 3647:22, 3647:24, 3648:7, 3648:23
**operator** [2] - 3510:1, 3609:17
**operators** [1] - 3642:13
**opportunity** [7] - 3484:24, 3565:8, 3565:10, 3566:3, 3568:19, 3575:13, 3575:16
**opposed** [1] - 3507:19
**opposite** [3] - 3493:14, 3502:12, 3609:13
**orange** [1] - 3545:10
**ORDER** [1] - 3480:4
**order** [2] - 3513:16, 3632:2
**orient** [1] - 3623:7
**original** [1] - 3556:1
**ORLEANS** [10] - 3471:8, 3472:8, 3472:16, 3472:23, 3473:22, 3475:16, 3475:23, 3476:15, 3477:13, 3478:14
**Ortiz** [2] - 3560:1, 3560:10
**outflow** [1] - 3522:2
**outlines** [1] - 3577:9
**output** [2] - 3520:11, 3520:22
**outs** [1] - 3486:14
**outside** [8] - 3494:21, 3496:19, 3540:25, 3541:24, 3607:25, 3608:2, 3609:16, 3639:6
**overboard** [4] - 3511:21, 3517:18, 3570:25, 3632:3
**overflow** [1] - 3553:6
**overhear** [2] - 3626:14, 3626:17
**overlapping** [1] -

3556:8
**own** [4] - 3489:8, 3491:13, 3500:9, 3535:18

**P**

**p.m** [7] - 3538:2, 3569:6, 3570:6, 3570:20, 3587:23, 3631:16, 3653:15
**P.O** [1] - 3474:12
**PA** [2] - 3600:24, 3603:1
**paddle** [1] - 3508:20
**page** [30] - 3502:24, 3513:10, 3518:13, 3519:21, 3530:20, 3531:21, 3536:22, 3539:13, 3539:19, 3540:3, 3547:22, 3549:4, 3553:11, 3553:14, 3577:1, 3577:2, 3577:12, 3577:14, 3584:20, 3585:4, 3585:6, 3586:14, 3587:24, 3590:8, 3594:11, 3594:24, 3636:11, 3637:14, 3652:9, 3652:13
**PAGE** [1] - 3479:3
**pages** [2] - 3550:25, 3623:1
**pair** [2] - 3489:20, 3489:23
**PALMINTIER** [1] - 3473:14
**PAN** [1] - 3472:15
**paragraph** [10] - 3559:24, 3560:18, 3562:7, 3586:1, 3588:17, 3591:6, 3595:21, 3647:18, 3648:3
**parameter** [1] - 3634:24
**parameters** [13] - 3507:11, 3508:13, 3514:19, 3529:6, 3534:3, 3554:12, 3562:6, 3564:8, 3564:20, 3576:17, 3578:9, 3642:23, 3643:2
**part** [13] - 3488:21, 3502:1, 3526:11, 3529:8, 3543:7, 3551:2, 3583:24, 3583:25, 3584:23,

3585:9, 3588:21, 3589:19, 3621:6
**participate** [3] - 3513:7, 3531:24, 3532:4
**participated** [2] - 3620:6, 3620:19
**particular** [7] - 3492:18, 3496:7, 3497:5, 3544:13, 3639:7, 3641:16, 3645:23
**partners** [1] - 3574:15
**parts** [2] - 3496:15, 3496:17
**party** [1] - 3530:24
**pass** [1] - 3612:11
**passed** [3] - 3608:7, 3609:15, 3628:20
**path** [1] - 3600:4
**PAUL** [1] - 3472:14
**pay** [4] - 3535:21, 3536:5, 3582:24, 3649:9
**peanuts** [2] - 3591:1, 3591:2
**pencil** [2] - 3509:2, 3509:8
**PENNSYLVANIA** [1] - 3476:4
**people** [15] - 3489:20, 3491:5, 3530:17, 3530:22, 3533:2, 3549:1, 3549:2, 3574:16, 3582:17, 3610:17, 3610:25, 3614:21, 3618:7, 3618:8, 3618:12
**PEPPER** [1] - 3478:12
**Pepper** [3] - 3654:4, 3654:13, 3654:13
**per** [3] - 3502:10, 3518:6, 3577:7
**percent** [9] - 3508:20, 3508:21, 3508:22, 3508:23, 3508:24, 3520:22, 3520:23, 3581:8
**percentage** [6] - 3518:6, 3520:10, 3520:16, 3520:21, 3520:23, 3600:6
**perch** [1] - 3542:2
**perfectionist** [1] - 3619:18
**perfectly** [1] - 3615:17
**perform** [1] - 3625:5
**performance** [1] - 3592:22
**performed** [4] -

3513:16, 3514:5, 3543:9, 3570:15
**performing** [2] - 3496:4, 3584:7
**period** [7] - 3569:18, 3571:7, 3571:8, 3608:13, 3627:18, 3630:18, 3647:9
**periodically** [1] - 3584:4
**Perkin** [2] - 3484:1, 3485:7
**permission** [1] - 3507:7
**person** [2] - 3557:25, 3647:2
**personal** [1] - 3613:17
**personality** [1] - 3619:17
**personnel** [4] - 3530:24, 3578:17, 3617:19, 3643:4
**perspective** [1] - 3612:3
**pertain** [1] - 3483:1
**Petersburg** [1] - 3611:19
**PETITION** [1] - 3471:13
**petrophysicist** [2] - 3508:17, 3573:17
**phase** [2] - 3584:3, 3584:4
**PHILLIP** [1] - 3477:12
**phone** [9] - 3539:4, 3575:22, 3602:25, 3603:23, 3603:25, 3604:4, 3604:11, 3626:17, 3643:16
**phonetically** [4] - 3533:24, 3558:22, 3640:19, 3640:21
**photograph** [2] - 3500:5, 3500:11
**phrase** [1] - 3489:13
**physical** [1] - 3507:3
**physically** [6] - 3494:19, 3568:6, 3568:11, 3579:17, 3582:18, 3598:19
**pick** [2] - 3516:23, 3643:16
**picked** [1] - 3604:4
**picks** [1] - 3592:16
**picture** [13] - 3495:7, 3495:11, 3495:16, 3499:20, 3506:3, 3524:3, 3566:25, 3598:10, 3598:12, 3600:2, 3614:7,

3614:9, 3614:11
**pictures** [1] - 3639:3
**PIGMAN** [1] - 3477:11
**pinpoint** [1] - 3517:1
**pipe** [24] - 3502:14, 3504:7, 3505:2, 3515:7, 3542:13, 3542:18, 3542:24, 3543:3, 3545:10, 3545:13, 3546:2, 3546:8, 3547:25, 3549:5, 3549:17, 3627:21, 3629:7, 3632:5, 3633:15, 3633:18, 3633:23, 3634:16, 3634:24, 3635:5
**pit** [54] - 3504:14, 3504:17, 3504:19, 3505:2, 3514:16, 3515:2, 3520:7, 3520:8, 3521:12, 3521:16, 3521:21, 3521:22, 3524:9, 3525:19, 3525:20, 3525:24, 3526:3, 3526:5, 3526:17, 3526:21, 3527:17, 3528:5, 3529:4, 3533:10, 3542:12, 3554:19, 3554:20, 3554:24, 3555:5, 3555:9, 3555:20, 3557:2, 3557:9, 3557:10, 3569:1, 3580:2, 3580:6, 3586:15, 3586:21, 3587:9, 3591:25, 3597:17, 3598:6, 3602:4, 3603:17, 3604:2, 3620:9, 3620:10, 3624:5, 3624:9
**pits** [32] - 3493:20, 3494:5, 3494:7, 3494:8, 3496:22, 3497:12, 3497:14, 3497:16, 3511:19, 3515:6, 3515:11, 3515:16, 3526:3, 3526:10, 3526:13, 3539:5, 3554:21, 3554:22, 3555:3, 3557:7, 3578:10, 3580:24, 3597:17, 3597:18, 3600:14, 3603:8, 3604:13, 3624:17
**place** [14] - 3499:19, 3517:15, 3525:10,

3530:25, 3538:1, 3621:2, 3644:5, 3645:24, 3646:2, 3646:10, 3646:11, 3646:25, 3653:10, 3653:11
**placed** [2] - 3495:17, 3641:14
**Plaintiff** [1] - 3488:11
**PLAINTIFFS** [1] - 3472:3
**plaintiffs'** [1] - 3487:4
**planning** [1] - 3487:13
**plans** [1] - 3575:4
**play** [2] - 3487:16, 3643:5
**played** [1] - 3517:13
**players** [1] - 3628:19
**playing** [1] - 3487:13
**PLC** [1] - 3475:20
**plot** [2] - 3582:22, 3649:13
**plotting** [1] - 3592:11
**plus** [2] - 3527:11, 3582:17
**point** [41] - 3481:2, 3486:6, 3492:15, 3509:2, 3521:9, 3522:12, 3522:22, 3523:9, 3526:8, 3527:25, 3531:1, 3534:25, 3538:9, 3538:20, 3545:20, 3547:2, 3547:14, 3547:18, 3557:11, 3557:21, 3566:8, 3568:22, 3568:25, 3569:3, 3569:21, 3570:9, 3573:12, 3574:5, 3587:18, 3592:4, 3593:14, 3606:11, 3607:5, 3607:9, 3625:21, 3627:24, 3631:22, 3635:7, 3637:18, 3638:5, 3638:8
**pointed** [1] - 3571:2
**pointing** [1] - 3496:7
**pop** [13] - 3509:5, 3601:10, 3601:11, 3601:14, 3606:2, 3606:22, 3606:24, 3607:3, 3607:6, 3633:10, 3633:11, 3633:13, 3633:15
**pop-off** [7] - 3606:2, 3606:22, 3606:24, 3633:10, 3633:11, 3633:13, 3633:15
**pop-up** [2] - 3607:3,

3607:6
**pore** [4] - 3582:23, 3582:24, 3592:12, 3649:13
**portion** [2] - 3569:15, 3577:13
**position** [1] - 3572:2
**positive** [2] - 3637:21, 3644:10
**possibility** [1] - 3621:17
**possible** [4] - 3513:17, 3557:6, 3557:7, 3645:3
**possum** [1] - 3517:15
**POST** [3] - 3472:4, 3474:18, 3475:12
**potential** [1] - 3505:16
**pounds** [1] - 3549:17
**power** [1] - 3542:2
**PowerPoint** [3] - 3480:22, 3481:1
**POYDRAS** [4] - 3472:15, 3475:22, 3476:15, 3478:13
**practical** [1] - 3590:21
**practiced** [1] - 3620:6
**pre** [4] - 3530:13, 3530:15, 3530:16, 3530:19
**pre-tour** [4] - 3530:13, 3530:15, 3530:16, 3530:19
**precise** [2] - 3517:7, 3538:4
**predict** [1] - 3561:18
**preliminary** [3] - 3480:11, 3486:22, 3650:13
**prep** [2] - 3572:8, 3572:13
**prepare** [5] - 3572:7, 3578:14, 3649:18, 3650:12, 3652:1
**prepared** [3] - 3480:22, 3527:8, 3650:14
**present** [1] - 3649:25
**presentation** [1] - 3481:1
**presentations** [1] - 3627:11
**presented** [1] - 3481:3
**pressure** [59] - 3504:8, 3505:2, 3542:13, 3542:19, 3542:24, 3543:3, 3543:7, 3543:12, 3543:18, 3543:23, 3544:6, 3545:10,

3545:13, 3546:2, 3546:8, 3547:11, 3547:25, 3548:23, 3549:5, 3549:11, 3549:17, 3560:19, 3561:17, 3565:20, 3565:23, 3565:25, 3571:9, 3582:23, 3582:24, 3588:18, 3588:24, 3589:5, 3589:7, 3589:10, 3592:12, 3598:7, 3600:17, 3600:18, 3602:6, 3605:24, 3606:1, 3621:13, 3621:15, 3621:20, 3626:18, 3627:21, 3629:7, 3632:5, 3633:2, 3633:15, 3633:19, 3633:23, 3634:16, 3634:24, 3635:5, 3637:21, 3637:23, 3643:21, 3649:13
**pressures** [2] - 3596:16, 3597:18
**pretour** [13] - 3530:22, 3531:2, 3531:5, 3531:25, 3532:5, 3533:1, 3533:2, 3645:4, 3645:10, 3645:17, 3647:22, 3648:4, 3648:14
**pretty** [1] - 3573:20
**prevent** [1] - 3561:18
**previous** [4] - 3536:17, 3578:4, 3624:16, 3635:7
**previously** [2] - 3560:11, 3574:22
**pride** [1] - 3615:19
**primary** [1] - 3490:22
**principal** [1] - 3642:20
**priority** [1] - 3620:23
**Probert** [10] - 3480:14, 3480:23, 3481:2, 3481:4, 3481:7, 3481:22, 3482:9, 3482:24, 3483:2
**Probert's** [2] - 3481:20, 3481:25
**problem** [10] - 3495:3, 3495:5, 3515:24, 3515:25, 3540:23, 3575:17, 3588:15, 3594:9, 3607:10, 3607:13
**problems** [3] - 3553:3, 3574:24, 3643:24
**procedure** [14] -

3512:9, 3526:12, 3529:12, 3529:16, 3533:19, 3533:25, 3578:6, 3580:20, 3580:21, 3603:21, 3623:5, 3623:13, 3624:23, 3646:11
**procedures** [5] - 3513:19, 3578:4, 3623:17, 3637:11, 3647:16
**proceed** [2] - 3487:20, 3563:12
**proceeding** [1] - 3625:22
**proceedings** [1] - 3654:10
**PROCEEDINGS** [3] - 3471:21, 3478:16, 3480:1
**process** [1] - 3651:16
**PRODUCED** [1] - 3478:17
**PRODUCTION** [3] - 3471:15, 3475:19, 3475:20
**Profibus** [3] - 3498:14, 3499:1, 3597:21
**program** [4] - 3500:15, 3506:1, 3509:3, 3526:4
**progress** [1] - 3583:6
**progresses** [2] - 3596:4, 3596:12
**promoted** [2] - 3582:1, 3582:3
**pronounce** [1] - 3640:21
**proper** [1] - 3499:19
**properly** [1] - 3625:18
**property** [3] - 3535:18, 3591:8, 3591:18
**protocols** [1] - 3644:25
**provide** [6] - 3510:5, 3525:12, 3525:16, 3526:4, 3561:24, 3577:25
**provided** [7] - 3577:9, 3583:3, 3583:7, 3583:21, 3589:21, 3639:7, 3639:16
**provides** [1] - 3640:5
**providing** [1] - 3640:4
**PSC** [1] - 3480:13
**psi** [10] - 3547:18, 3547:20, 3548:1, 3548:10, 3549:6, 3600:19, 3627:24,

3629:8, 3633:16
**pull** [33] - 3492:7, 3493:16, 3498:9, 3499:7, 3500:15, 3502:24, 3503:1, 3503:25, 3505:5, 3510:23, 3513:9, 3514:13, 3518:13, 3520:12, 3531:21, 3543:21, 3559:23, 3561:8, 3562:7, 3566:24, 3572:10, 3577:1, 3584:9, 3594:7, 3596:9, 3599:14, 3614:6, 3623:11, 3627:16, 3630:2, 3634:10, 3647:15, 3649:23
**pull-out** [1] - 3647:15
**pulled** [2] - 3535:17, 3569:17
**pulling** [2] - 3493:14, 3502:12
**pulse** [2] - 3609:20, 3609:22
**pump** [26] - 3494:4, 3497:17, 3517:21, 3518:4, 3520:6, 3520:9, 3520:11, 3521:1, 3545:23, 3545:24, 3546:1, 3547:14, 3548:1, 3549:6, 3549:14, 3557:6, 3557:7, 3560:19, 3561:17, 3569:19, 3587:24, 3588:18, 3589:5, 3592:1, 3633:19
**pumped** [3] - 3521:16, 3557:1, 3557:9
**pumping** [7] - 3516:5, 3520:6, 3521:20, 3568:9, 3624:4, 3624:8
**pumps** [59] - 3497:17, 3497:18, 3509:5, 3511:15, 3515:7, 3517:20, 3518:4, 3519:2, 3520:20, 3520:22, 3520:24, 3521:4, 3541:13, 3541:15, 3541:16, 3541:21, 3541:22, 3542:9, 3544:2, 3545:22, 3546:17, 3547:15, 3547:16, 3566:18, 3569:3, 3569:21, 3569:25, 3570:7, 3571:17, 3579:1, 3587:10,

3587:16, 3587:19, 3587:20, 3588:1, 3588:4, 3588:10, 3594:3, 3600:17, 3602:5, 3605:15, 3605:16, 3605:17, 3606:14, 3606:18, 3607:19, 3607:20, 3608:9, 3627:25, 3629:6, 3632:2, 3632:5, 3632:8, 3632:15, 3632:18, 3632:22, 3635:13, 3635:16, 3636:3
**purge** [1] - 3608:5
**purpose** [3] - 3530:19, 3542:4, 3594:17
**purposes** [1] - 3584:5
**put** [16] - 3498:11, 3500:1, 3509:1, 3518:4, 3518:5, 3520:9, 3520:23, 3521:2, 3563:25, 3567:3, 3567:11, 3606:8, 3613:15, 3640:6, 3652:6
**puts** [1] - 3643:5

## Q

**quality** [2] - 3651:8, 3651:11
**quarterbacking** [1] - 3628:14
**quarters** [4] - 3496:19, 3498:8, 3537:11, 3605:6
**QUESTION** [1] - 3520:3
**questioning** [2] - 3618:9, 3630:3
**questions** [27] - 3488:13, 3490:14, 3553:22, 3553:24, 3554:17, 3558:11, 3559:19, 3563:7, 3563:21, 3563:22, 3564:2, 3564:14, 3566:10, 3571:6, 3580:14, 3582:18, 3584:11, 3602:20, 3603:4, 3607:16, 3613:1, 3613:2, 3626:3, 3627:13, 3639:1, 3642:2
**quick** [6] - 3558:20, 3566:14, 3580:9, 3588:7, 3588:14, 3608:8
**quickly** [4] - 3511:3,

3588:6, 3589:11, 3599:14
**quirk** [1] - 3487:11
**quite** [2] - 3545:13, 3553:1

## R

**RACHEL** [2] - 3474:11, 3476:18
**racks** [1] - 3608:22
**rain** [6] - 3541:2, 3541:8, 3541:14, 3541:24, 3592:4, 3607:24
**rained** [1] - 3621:1
**raining** [3] - 3540:25, 3541:2
**raise** [2] - 3487:22, 3592:12
**raised** [3] - 3484:23, 3490:14, 3523:9
**ran** [5] - 3509:3, 3552:11, 3552:15, 3558:22, 3628:19
**Randy** [7] - 3550:24, 3565:4, 3565:6, 3584:16, 3588:21, 3613:12, 3615:6
**range** [1] - 3513:18
**rate** [15] - 3518:11, 3518:18, 3519:2, 3519:11, 3520:16, 3545:23, 3545:24, 3546:17, 3547:14, 3548:1, 3549:6, 3569:19, 3586:2, 3586:5, 3627:25
**rates** [5] - 3518:17, 3518:23, 3519:10, 3520:3, 3560:19
**rather** [1] - 3507:16
**re** [1] - 3520:20
**RE** [2] - 3471:5, 3471:12
**reach** [1] - 3600:22
**reached** [1] - 3541:10
**read** [6] - 3508:22, 3509:2, 3509:8, 3513:11, 3519:25, 3591:5
**reading** [4] - 3508:23, 3527:22, 3561:6, 3600:6
**readings** [2] - 3529:4, 3595:15
**ready** [7] - 3527:6, 3527:7, 3531:12, 3531:19, 3532:8,

3532:10, 3604:18
**real** [2] - 3550:24, 3640:4
**really** [8] - 3492:24, 3494:11, 3509:21, 3517:24, 3533:7, 3550:22, 3562:1, 3562:16
**realtime** [16] - 3490:23, 3491:5, 3491:21, 3492:2, 3492:5, 3498:21, 3575:2, 3575:14, 3577:21, 3597:24, 3599:4, 3626:24, 3628:4, 3628:6, 3629:10, 3629:11
**Realtime** [2] - 3654:4, 3654:14
**REALTIME** [1] - 3478:12
**reason** [6] - 3495:2, 3509:18, 3528:19, 3529:2, 3543:14, 3560:22
**reasons** [1] - 3593:12
**Receipt** [1] - 3553:12
**receive** [5] - 3581:14, 3584:15, 3592:9, 3597:16, 3636:20
**received** [12] - 3481:4, 3484:2, 3484:12, 3535:7, 3536:18, 3536:25, 3561:12, 3561:22, 3585:1, 3592:21, 3597:25, 3602:25
**receiving** [3] - 3540:8, 3559:20, 3599:16
**recess** [5] - 3552:21, 3552:23, 3612:12, 3612:14, 3653:16
**RECESS....................**
**..................** [1] - 3479:13
**recognize** [7] - 3499:8, 3539:3, 3540:15, 3564:3, 3577:2, 3584:20, 3589:16
**recollection** [2] - 3503:10, 3569:24
**reconciled** [1] - 3542:6
**record** [9] - 3555:16, 3557:5, 3564:15, 3570:17, 3578:20, 3579:3, 3579:12, 3642:17, 3654:9
**RECORDED** [1] -

3478:16
**recorded** [1] - 3650:1
**red** [6] - 3524:19, 3524:24, 3545:9, 3569:18, 3601:12, 3634:16
**redacted** [3] - 3536:17, 3553:15, 3553:16
**REDDEN** [1] - 3477:15
**Reed** [4] - 3616:24, 3616:25, 3617:1, 3617:10
**refer** [2] - 3584:4, 3649:19
**referred** [1] - 3553:11
**referring** [2] - 3555:2, 3567:14
**reflect** [2] - 3567:4, 3567:12
**refresh** [2] - 3503:10, 3579:25
**Regan** [1] - 3486:2
**REGAN** [5] - 3476:8, 3486:2, 3486:12, 3486:19, 3486:21
**regard** [4] - 3481:13, 3481:16, 3482:8, 3482:9
**regarding** [2] - 3633:24, 3653:6
**register** [1] - 3508:20
**registered** [1] - 3654:14
**Registered** [1] - 3654:4
**REGISTERED** [1] - 3478:13
**regrets** [2] - 3611:25, 3612:8
**regularly** [2] - 3620:6, 3650:5
**related** [6] - 3483:16, 3559:21, 3561:16, 3562:3, 3562:19, 3594:25
**relates** [3] - 3593:7, 3594:18, 3596:6
**RELATES** [1] - 3471:11
**relating** [1] - 3485:21
**relation** [7] - 3482:24, 3489:19, 3494:12, 3494:15, 3522:15, 3607:18, 3643:2
**relationship** [1] - 3573:21
**relatively** [2] - 3523:16, 3555:10
**Release** [1] - 3553:12

**release** [1] - 3561:16
**released** [1] - 3537:1
**releasing** [1] - 3536:23
**relevance** [1] - 3527:22
**relief** [1] - 3562:10
**relive** [1] - 3537:8
**remained** [1] - 3621:25
**remaining** [1] - 3560:15
**remarks** [1] - 3498:11
**remedial** [2] - 3482:4, 3482:7
**remember** [22] - 3494:6, 3509:21, 3533:5, 3533:7, 3534:18, 3534:22, 3557:3, 3558:7, 3558:8, 3559:22, 3560:16, 3562:1, 3562:4, 3567:1, 3572:23, 3581:12, 3582:5, 3606:4, 3606:6, 3607:22, 3649:8
**remembered** [2] - 3537:9, 3609:12
**RENAISSANCE** [1] - 3477:23
**rep** [1] - 3593:17
**repeat** [6] - 3504:25, 3513:24, 3599:2, 3618:14, 3622:6, 3624:7
**repeated** [1] - 3511:12
**repetitive** [1] - 3626:3
**replacing** [1] - 3647:2
**report** [12] - 3489:10, 3489:11, 3490:15, 3504:3, 3579:14, 3636:7, 3643:11, 3650:1, 3650:8, 3650:11, 3650:13, 3650:14
**Report** [6] - 3577:3, 3577:4, 3578:15, 3652:1, 3652:5, 3652:7
**reporter** [1] - 3563:14
**REPORTER** [4] - 3478:12, 3478:12, 3478:13, 3590:22
**Reporter** [7] - 3654:4, 3654:5, 3654:6, 3654:14, 3654:14, 3654:15
**REPORTER'S** [1] - 3654:1

**reporting** [1] - 3643:7
**reports** [6] - 3649:16, 3649:18, 3649:19, 3649:20, 3652:4, 3653:2
**represent** [5] - 3488:11, 3492:19, 3562:18, 3567:7, 3642:16
**representative** [3] - 3647:6, 3648:6, 3649:4
**request** [4] - 3559:20, 3561:16, 3562:3, 3596:17
**requested** [3] - 3573:17, 3573:23, 3613:9
**requesting** [1] - 3560:14
**required** [3] - 3513:22, 3514:1, 3582:1
**requirement** [1] - 3648:12
**requirements** [2] - 3648:2, 3649:15
**requiring** [1] - 3529:22
**reserve** [5] - 3497:14, 3515:11, 3526:13, 3527:8, 3597:17
**reside** [1] - 3488:16
**residual** [1] - 3588:2
**resistivity** [2] - 3651:13, 3651:22
**Resort** [1] - 3610:10
**RESOURCES** [1] - 3474:9
**respect** [10] - 3486:4, 3494:9, 3497:4, 3503:10, 3508:8, 3510:7, 3589:5, 3589:6, 3593:18, 3640:2
**respond** [1] - 3602:7
**response** [8] - 3564:1, 3565:23, 3566:10, 3580:14, 3584:11, 3601:1, 3602:15, 3603:4
**Response** [2] - 3594:12, 3594:24
**responsibilities** [7] - 3593:3, 3594:19, 3594:20, 3595:9, 3596:5, 3642:19, 3644:5
**responsibility** [11] - 3490:10, 3550:7, 3593:6, 3593:16,

3595:22, 3595:23, 3596:11, 3597:6, 3641:19, 3643:11, 3643:23
**responsible** [1] - 3649:3
**rest** [1] - 3645:21
**result** [1] - 3537:1
**returns** [11] - 3493:12, 3496:21, 3502:9, 3508:21, 3515:16, 3522:5, 3526:12, 3526:15, 3587:2, 3587:3, 3624:16
**reveal** [1] - 3589:6
**reversed** [1] - 3524:21
**reverses** [1] - 3627:21
**Revette** [3] - 3614:23, 3619:1
**review** [2] - 3484:24, 3575:13
**reviewed** [2] - 3484:25, 3533:21
**reviewing** [1] - 3566:6
**RICHARD** [1] - 3477:3
**rig** [122] - 3489:10, 3489:13, 3489:16, 3489:20, 3489:24, 3490:15, 3490:17, 3490:18, 3491:5, 3492:2, 3494:21, 3494:23, 3494:25, 3495:3, 3495:20, 3496:6, 3496:9, 3496:10, 3496:15, 3496:17, 3496:23, 3496:24, 3497:2, 3497:3, 3497:8, 3497:9, 3501:7, 3502:10, 3504:3, 3506:22, 3507:25, 3508:19, 3510:12, 3511:15, 3512:14, 3520:10, 3520:25, 3524:2, 3524:3, 3526:6, 3526:20, 3527:10, 3529:5, 3530:4, 3530:23, 3531:9, 3531:11, 3532:3, 3539:7, 3540:16, 3543:3, 3543:4, 3548:17, 3549:7, 3550:1, 3552:9, 3554:12, 3557:22, 3557:23, 3558:1, 3567:20, 3567:25, 3572:13, 3574:3, 3574:6, 3574:8, 3574:18, 3575:17, 3575:25, 3576:2,

3576:5, 3577:7, 3578:17, 3578:25, 3580:24, 3593:16, 3597:25, 3598:19, 3599:16, 3600:22, 3602:17, 3602:24, 3603:1, 3603:2, 3603:19, 3604:3, 3604:25, 3609:13, 3617:19, 3617:21, 3617:22, 3617:25, 3618:3, 3619:18, 3619:25, 3622:5, 3622:9, 3622:23, 3625:3, 3628:12, 3635:13, 3638:22, 3639:10, 3639:13, 3642:19, 3643:20, 3645:5, 3645:8, 3645:22, 3646:2, 3646:3, 3646:6, 3646:7, 3647:23, 3648:4, 3648:7, 3648:18, 3649:4, 3649:19, 3650:6, 3650:12
**RIG** [1] - 3471:5
**rig's** [4] - 3623:24, 3645:4, 3645:17, 3647:22
**rigs** [1] - 3618:1
**rise** [9] - 3480:7, 3547:11, 3547:18, 3547:20, 3549:17, 3552:22, 3552:24, 3612:15, 3653:14
**risk** [6] - 3513:7, 3513:13, 3513:15, 3513:22, 3514:1, 3514:5
**risks** [1] - 3513:17
**risky** [1] - 3593:8
**RMR** [2] - 3478:12, 3654:13
**Rob** [3] - 3594:7, 3596:9, 3597:13
**Robb** [1] - 3569:15
**ROBERT** [2] - 3472:11, 3476:3
**ROBERTS** [2] - 3476:18, 3477:17
**Rock** [8] - 3574:13, 3574:20, 3574:21, 3575:2, 3575:4, 3575:11, 3575:19, 3576:3
**role** [5] - 3517:13, 3593:11, 3596:20, 3618:11, 3644:1
**roll** [1] - 3611:5

**rolled** [1] - 3507:17
**Ronnie** [1] - 3616:10
**roof** [6] - 3541:2, 3541:8, 3607:7, 3607:17, 3608:6, 3608:18
**ROOM** [2] - 3474:6, 3478:13
**room** [7] - 3497:13, 3532:9, 3553:6, 3557:8, 3646:14, 3646:18
**rooms** [1] - 3531:20
**Rory** [1] - 3484:1
**rotary** [3] - 3496:25, 3576:17, 3597:18
**Roth** [9] - 3480:21, 3481:3, 3481:17, 3482:8, 3483:16, 3484:11, 3485:17, 3485:21, 3486:4
**Roth's** [2] - 3481:6, 3481:13
**ROUGE** [2] - 3473:15, 3475:12
**rough** [1] - 3480:22
**roughly** [2] - 3530:11, 3607:2
**route** [1] - 3609:12
**routine** [2] - 3581:16, 3650:12
**routinely** [1] - 3581:18
**ROY** [2] - 3472:3, 3472:3
**RPM** [1] - 3597:17
**rule** [2] - 3513:21, 3513:25
**ruled** [1] - 3482:9
**rules** [2] - 3594:19, 3594:20
**ruling** [2] - 3482:16, 3536:18
**run** [1] - 3579:19
**running** [2] - 3509:6, 3576:19
**RUSNAK** [1] - 3473:17

## S

**s/Cathy** [1] - 3654:13
**safe** [2] - 3621:3, 3622:21
**safely** [1] - 3625:22
**safest** [1] - 3504:22, 3505:1
**safety** [16] - 3502:21, 3502:23, 3503:4, 3503:16, 3503:20, 3510:13, 3512:17,

3528:21, 3583:12, 3608:16, 3620:22, 3620:23, 3643:5, 3645:4, 3645:17, 3647:22
**safety-critical** [3] - 3510:13, 3512:17, 3528:21
**sake** [1] - 3563:21
**saltwater** [1] - 3585:14
**sample** [9] - 3572:3, 3572:6, 3572:15, 3572:19, 3581:9, 3582:5, 3584:2, 3650:23, 3651:16
**samples** [6] - 3572:7, 3572:9, 3572:11, 3572:12, 3572:13, 3650:20
**SAN** [2] - 3473:5, 3474:6
**sand** [5] - 3511:17, 3515:10, 3527:6, 3528:5, 3604:17
**satisfied** [2] - 3633:2, 3634:7
**saw** [5] - 3490:13, 3505:6, 3542:21, 3542:24, 3547:20, 3548:3, 3565:24, 3574:14, 3587:18, 3588:4, 3604:1, 3607:19, 3626:12, 3628:3, 3628:6, 3632:5, 3632:12, 3633:3, 3637:1, 3638:20
**scale** [7] - 3506:14, 3506:25, 3507:4, 3544:24, 3545:6, 3545:9, 3564:11
**scales** [3] - 3544:17, 3544:18
**scheduled** [1] - 3623:14
**school** [7] - 3550:14, 3550:17, 3551:2, 3551:7, 3584:12, 3584:14, 3588:22
**SCOFIELD** [1] - 3478:7
**SCOTT** [1] - 3474:10
**screen** [45] - 3482:11, 3496:7, 3497:21, 3498:10, 3500:22, 3501:13, 3505:6, 3505:7, 3505:12, 3506:5, 3506:15, 3507:12, 3507:21, 3509:6, 3525:22,

3526:1, 3538:7, 3538:13, 3544:15, 3544:21, 3544:24, 3544:25, 3545:21, 3548:9, 3553:11, 3567:6, 3567:16, 3568:5, 3568:6, 3568:8, 3568:11, 3570:10, 3580:2, 3580:13, 3583:2, 3584:19, 3598:15, 3598:17, 3599:10, 3600:1, 3601:9, 3613:15, 3626:25, 3644:16

**screens** [7] - 3497:5, 3497:6, 3497:10, 3498:12, 3534:14, 3564:17, 3601:22

**scroll** [1] - 3536:21

**scrolling** [1] - 3627:3

**scrolls** [1] - 3626:25

**SDL** [4] - 3589:24, 3589:25, 3647:19, 3647:21

**sea** [10] - 3516:5, 3520:6, 3521:12, 3521:20, 3522:25, 3557:1, 3623:21, 3623:25, 3624:4, 3624:8

**seat** [1] - 3488:6

**seated** [3] - 3480:10, 3552:25, 3612:16

**seawater** [17] - 3502:18, 3516:5, 3516:9, 3517:22, 3521:14, 3521:20, 3522:22, 3522:25, 3556:25, 3557:6, 3557:7, 3588:12, 3588:13, 3588:14, 3624:4, 3624:8, 3638:1

**second** [19] - 3489:20, 3489:22, 3493:16, 3519:4, 3526:6, 3526:7, 3550:3, 3550:6, 3586:15, 3589:15, 3591:5, 3604:12, 3613:15, 3627:5, 3642:12, 3642:18, 3644:1, 3651:12, 3652:19

**secondly** [1] - 3486:12

**seconds** [10] - 3535:1, 3541:23, 3542:8, 3570:14, 3588:6, 3605:23, 3607:21, 3608:8, 3633:9

**SECREST** [1] - 3477:15

**SECTION** [2] - 3474:9, 3474:21

**Section** [1] - 3585:20

**section** [3] - 3577:15, 3585:6, 3590:12

**sections** [2] - 3577:7, 3649:24

**see** [189] - 3482:12, 3487:1, 3492:22, 3495:2, 3495:19, 3496:6, 3496:12, 3496:14, 3496:17, 3496:19, 3496:20, 3496:23, 3496:25, 3497:2, 3497:5, 3498:8, 3498:19, 3499:2, 3499:19, 3499:24, 3500:1, 3500:7, 3500:17, 3500:22, 3500:25, 3501:2, 3501:5, 3501:6, 3503:5, 3504:1, 3505:13, 3505:15, 3506:20, 3507:18, 3513:2, 3515:19, 3515:20, 3517:17, 3517:19, 3517:23, 3519:21, 3519:22, 3519:25, 3520:4, 3520:13, 3520:15, 3521:12, 3521:15, 3524:11, 3525:7, 3525:22, 3526:3, 3526:5, 3533:24, 3536:22, 3538:16, 3539:2, 3539:15, 3539:25, 3540:11, 3540:14, 3540:18, 3544:19, 3545:3, 3545:12, 3545:19, 3546:21, 3546:22, 3547:18, 3547:23, 3548:6, 3548:7, 3548:14, 3549:9, 3549:18, 3549:20, 3549:23, 3549:24, 3553:7, 3554:14, 3554:25, 3556:10, 3558:3, 3564:16, 3564:19, 3566:1, 3567:11, 3567:16, 3567:17, 3567:20, 3567:22, 3568:7, 3568:9, 3568:11, 3568:15, 3568:25, 3569:18, 3569:21, 3570:12, 3570:24, 3571:1,

3571:2, 3574:14, 3574:17, 3575:16, 3578:18, 3584:19, 3585:6, 3585:20, 3586:14, 3588:19, 3589:15, 3590:10, 3592:5, 3593:14, 3593:21, 3594:9, 3598:20, 3598:22, 3599:1, 3599:5, 3599:16, 3599:23, 3600:1, 3600:2, 3600:4, 3600:6, 3600:20, 3601:9, 3601:22, 3601:24, 3602:12, 3605:14, 3605:19, 3606:11, 3606:20, 3607:9, 3607:12, 3610:1, 3611:4, 3611:5, 3611:19, 3613:19, 3614:9, 3614:12, 3614:14, 3622:25, 3623:21, 3626:7, 3627:19, 3627:22, 3627:25, 3628:6, 3628:8, 3629:2, 3629:8, 3631:9, 3631:22, 3632:11, 3637:4, 3642:7, 3642:10, 3643:10, 3643:13, 3643:16, 3643:17, 3644:16, 3645:22, 3647:14, 3647:15, 3647:18, 3648:4, 3648:8, 3648:14, 3648:19, 3649:11, 3649:25, 3650:1, 3650:11, 3650:14, 3650:19, 3650:20, 3652:2, 3652:11, 3652:24

**seeing** [5] - 3543:24, 3560:25, 3598:16, 3604:10, 3637:9

**sees** [2] - 3498:5, 3638:16

**select** [1] - 3592:15

**selected** [2] - 3554:21, 3568:8

**Selmo** [1] - 3558:22

**send** [3] - 3496:9, 3562:2, 3562:23

**sending** [1] - 3606:2

**senior** [2] - 3582:10, 3640:25

**sensitive** [4] - 3508:19, 3509:12, 3509:15, 3640:12

**sensor** [35] - 3511:23,

3516:8, 3517:14, 3518:1, 3518:2, 3518:8, 3520:7, 3521:10, 3522:7, 3522:24, 3523:3, 3523:23, 3523:25, 3524:1, 3524:9, 3524:10, 3524:13, 3525:3, 3525:7, 3525:9, 3525:10, 3525:11, 3525:14, 3525:16, 3542:2, 3564:19, 3598:5, 3599:17, 3599:24, 3600:7, 3601:1, 3608:3, 3641:5, 3641:8

**sensors** [16] - 3516:23, 3517:3, 3517:12, 3521:12, 3525:25, 3527:22, 3529:25, 3533:4, 3597:25, 3598:2, 3598:4, 3598:7, 3608:4, 3640:11, 3640:15, 3640:17

**sent** [8] - 3480:14, 3506:18, 3506:23, 3550:17, 3550:22, 3561:2, 3574:15, 3599:19

**sentence** [1] - 3591:5

**separate** [4] - 3518:8, 3521:21, 3523:3, 3630:8

**September/October** [1] - 3480:21

**Sepulvado** [6] - 3552:11, 3558:22, 3558:25, 3559:2, 3616:8, 3616:10

**Sepulvados** [2] - 3616:17, 3617:8

**series** [1] - 3567:24

**seriously** [1] - 3591:15

**server** [1] - 3498:1

**service** [2] - 3576:16, 3614:10

**SERVICES** [1] - 3477:21

**services** [8] - 3510:5, 3577:9, 3577:15, 3577:17, 3577:25, 3583:3, 3583:6, 3584:7

**Services** [1] - 3577:16

**servicing** [1] - 3610:5

**SESSION** [1] - 3471:20

**set** [17] - 3500:9, 3521:4, 3521:5, 3534:2, 3550:3, 3550:6, 3600:10, 3600:13, 3600:16, 3600:18, 3600:21, 3601:2, 3601:4, 3606:25, 3621:19, 3624:22, 3644:1

**settlement** [11] - 3535:7, 3535:8, 3535:13, 3536:6, 3536:13, 3536:14, 3536:22, 3536:25, 3537:1, 3537:4, 3537:14

**seven** [3] - 3550:18, 3573:7, 3573:8

**several** [4] - 3602:17, 3611:5, 3611:7, 3611:15

**shack** [55] - 3490:11, 3491:2, 3491:4, 3492:22, 3492:24, 3493:18, 3494:12, 3494:14, 3494:15, 3495:7, 3495:11, 3499:5, 3499:10, 3499:16, 3500:22, 3501:3, 3501:8, 3501:9, 3534:25, 3541:3, 3567:1, 3567:5, 3567:7, 3591:21, 3592:5, 3594:1, 3597:16, 3598:22, 3598:23, 3598:25, 3599:3, 3599:24, 3601:3, 3601:16, 3602:22, 3603:22, 3608:10, 3608:12, 3623:18, 3632:24, 3633:12, 3636:1, 3636:17, 3639:7, 3639:10, 3639:15, 3639:19, 3639:21, 3639:23, 3640:3, 3640:7, 3644:3

**shaker** [1] - 3497:13

**shakers** [4] - 3496:22, 3515:9, 3572:10, 3572:11

**shale** [2] - 3572:10, 3572:11

**shall** [4] - 3513:15, 3513:19, 3647:22, 3649:25

**shallow** [1] - 3595:1

**shapes** [1] - 3649:11

**SHARON** [1] - 3474:17

SHAW [1] - 3472:21

sheen [17] - 3568:22, 3569:3, 3570:1, 3570:7, 3570:15, 3631:17, 3631:19, 3635:14, 3635:23, 3636:3, 3636:6, 3636:13, 3637:12, 3637:18, 3637:25, 3638:3, 3638:10

sheet [1] - 3529:12

SHELL [1] - 3475:21

shift [6] - 3502:21, 3532:10, 3539:10, 3645:7, 3645:9, 3647:6

shock [1] - 3639:4

shortest [1] - 3609:12

show [29] - 3482:11, 3494:11, 3500:11, 3505:7, 3516:23, 3516:25, 3517:11, 3538:14, 3540:9, 3564:8, 3564:11, 3567:24, 3599:9, 3599:12, 3626:20, 3627:12, 3649:7, 3649:19, 3649:20, 3649:25, 3650:1, 3650:7, 3650:8, 3650:11, 3650:13, 3650:20, 3652:4, 3652:9, 3652:12

showed [6] - 3481:4, 3538:14, 3547:25, 3553:11, 3566:25, 3626:21

showing [3] - 3520:25, 3539:8, 3604:15

shown [8] - 3492:20, 3500:5, 3524:23, 3549:16, 3555:13, 3627:17, 3650:14, 3652:19

shows [7] - 3493:20, 3541:10, 3542:6, 3553:14, 3582:24, 3614:14, 3649:9

shut [22] - 3524:20, 3542:3, 3568:22, 3569:3, 3569:25, 3570:7, 3579:1, 3579:23, 3579:25, 3587:23, 3588:1, 3588:4, 3588:11, 3594:3, 3594:8, 3596:17, 3607:19, 3608:5, 3608:14, 3609:3, 3635:13,

3636:3

shutdown [1] - 3608:4

SHUTLER [1] - 3474:17

shutting [1] - 3596:22

side [10] - 3498:10, 3500:17, 3535:17, 3554:23, 3567:11, 3598:12, 3599:8, 3608:16, 3608:20, 3608:22

sign [5] - 3531:12, 3536:13, 3592:6, 3623:1, 3645:20

signal [1] - 3586:2

Signals [1] - 3585:25

signals [1] - 3585:24

signature [1] - 3553:14

significance [1] - 3643:1

significant [3] - 3551:21, 3551:24, 3587:14

signs [15] - 3504:1, 3504:6, 3505:16, 3534:15, 3539:2, 3539:3, 3544:10, 3576:22, 3588:23, 3590:14, 3590:17, 3591:23, 3602:12, 3628:6, 3628:8

similar [7] - 3495:12, 3506:7, 3506:9, 3514:25, 3524:7, 3544:14, 3575:9

simultaneous [8] - 3512:20, 3513:17, 3513:23, 3514:9, 3514:14, 3556:19, 3580:15, 3587:5

SINCLAIR [1] - 3475:5

sit [7] - 3559:2, 3559:8, 3581:19, 3595:25, 3596:15, 3628:9, 3640:6

site [20] - 3489:11, 3490:1, 3490:15, 3490:20, 3491:8, 3492:1, 3505:25, 3507:24, 3552:10, 3552:11, 3552:15, 3557:13, 3558:25, 3572:13, 3616:20, 3617:12, 3617:17, 3617:18, 3618:19, 3620:19

sitting [5] - 3505:12, 3597:8, 3598:25, 3599:3, 3602:22

situation [5] - 3503:22, 3596:20, 3597:4, 3643:5, 3645:6

situations [2] - 3575:20, 3594:21

six [9] - 3502:25, 3503:13, 3572:16, 3572:17, 3573:7, 3573:8, 3574:22, 3574:23, 3621:6

size [1] - 3520:24

slate [1] - 3638:8

sleep [2] - 3531:6, 3531:17

sleeping [4] - 3532:1, 3532:5, 3532:6, 3532:9

slices [1] - 3569:16

slide [2] - 3629:4, 3635:9

SLIDELL [1] - 3473:12

slight [2] - 3570:4, 3571:9

slightly [1] - 3607:23

slow [6] - 3528:2, 3590:22, 3590:24, 3602:4, 3604:12, 3604:15

small [1] - 3555:11

smart [1] - 3642:1

smell [1] - 3609:2

smelled [1] - 3608:15

smelling [2] - 3540:24, 3608:1

Smith [3] - 3550:24, 3584:16, 3588:21

smoke [1] - 3646:16

smoking [1] - 3600:25

snapshot [2] - 3626:24, 3627:17

snapshots [2] - 3627:3, 3627:13

solemnly [1] - 3487:23

someone [2] - 3489:10, 3638:22

sometime [1] - 3530:10

sometimes [6] - 3537:7, 3541:19, 3580:8, 3597:3, 3645:21

somewhere [2] - 3572:24, 3606:16

sonic [4] - 3517:14, 3518:2, 3523:23, 3640:16

soon [4] - 3531:11, 3608:3, 3608:14, 3630:12

sorry [14] - 3491:18, 3499:4, 3505:25, 3531:23, 3535:12, 3541:11, 3555:24, 3563:9, 3563:18, 3606:6, 3612:1, 3629:5, 3635:12, 3651:10

sort [14] - 3567:16, 3575:9, 3578:6, 3580:6, 3581:10, 3582:14, 3582:20, 3583:6, 3586:18, 3592:9, 3600:12, 3607:13, 3619:17, 3626:24

sound [3] - 3541:14, 3562:19, 3601:19

sounded [2] - 3528:3, 3539:7, 3540:24, 3541:25, 3604:14, 3605:21

sounds [3] - 3562:21, 3601:5, 3601:15

SOUTH [1] - 3476:23

space [1] - 3639:2

spacer [7] - 3517:21, 3570:3, 3570:4, 3588:13, 3632:3

specialist [3] - 3647:19, 3647:21, 3648:5

specific [4] - 3486:14, 3513:19, 3522:11, 3641:11

specifically [6] - 3506:18, 3506:23, 3551:7, 3573:23, 3587:22, 3593:11

specifics [1] - 3645:13

specified [1] - 3649:16

speed [2] - 3602:20, 3605:17

spell [1] - 3496:1

spelled [4] - 3533:24, 3558:22, 3640:19, 3640:21

spent [1] - 3576:11

Sperry [33] - 3488:17, 3488:21, 3491:23, 3497:21, 3498:21, 3499:17, 3500:12, 3500:15, 3500:23, 3501:14, 3505:6, 3505:25, 3506:5, 3518:15, 3518:19, 3524:12, 3533:4, 3551:18, 3554:11, 3562:22, 3577:16,

3598:11, 3599:12, 3599:17, 3635:22, 3636:1, 3639:8, 3639:16, 3640:17, 3641:5, 3647:16, 3649:4

Sperry-Sun [23] - 3488:17, 3488:21, 3491:23, 3497:21, 3498:21, 3499:17, 3500:12, 3500:15, 3500:23, 3501:14, 3505:25, 3506:5, 3518:15, 3518:19, 3524:12, 3533:4, 3551:18, 3562:22, 3639:8, 3639:16, 3641:5, 3647:16, 3649:4

Sperry/Halliburton's [1] - 3641:19

spike [3] - 3605:24, 3633:19, 3633:23

SPILL [1] - 3471:5

SPIRO [1] - 3474:22

SPM [1] - 3561:17

spot [4] - 3558:9, 3608:25, 3610:21, 3650:25

spotting [1] - 3650:24

spreadsheet [1] - 3613:17

spur [1] - 3566:13

SQUARE [1] - 3475:21

squigglies [2] - 3507:16, 3507:17

St [1] - 3611:19

stage [4] - 3534:2, 3582:4, 3582:7, 3582:9

stages [1] - 3582:2

stagger [1] - 3547:15

staggered [3] - 3632:6, 3632:8, 3632:22

staggering [7] - 3511:15, 3605:15, 3605:16, 3605:18, 3606:18, 3632:15, 3632:18

stain [4] - 3650:20, 3651:1, 3651:5, 3651:14

stand [8] - 3502:10, 3548:8, 3548:19, 3549:10, 3588:15, 3593:13, 3602:11, 3607:6

standard [3] - 3504:17, 3508:13,

3514:10
**standards** [2] -
3542:15, 3586:4
**standing** [1] - 3487:1
**standpipe** [20] -
3548:23, 3549:11,
3560:19, 3565:20,
3565:23, 3565:25,
3571:9, 3588:24,
3589:7, 3589:9,
3596:16, 3597:18,
3598:7, 3600:14,
3600:17, 3600:18,
3602:5, 3605:24,
3606:1, 3606:24
**standstill** [1] -
3512:12
**start** [9] - 3509:6,
3527:13, 3539:10,
3572:2, 3579:20,
3582:4, 3584:3,
3632:23, 3647:6
**start-up** [1] - 3632:23
**started** [11] - 3512:25,
3540:24, 3541:16,
3541:24, 3542:1,
3542:10, 3572:3,
3607:24, 3608:1,
3608:2, 3645:9
**starting** [2] - 3632:6,
3632:8
**starts** [3] - 3532:14,
3645:1, 3645:3
**STATE** [3] - 3475:3,
3475:8, 3475:10
**State** [5] - 3483:14,
3483:15, 3558:17,
3559:18, 3654:15
**statement** [6] -
3534:19, 3534:24,
3535:6, 3537:18,
3537:19, 3651:12
**STATES** [4] - 3471:1,
3471:15, 3471:23,
3474:3
**States** [4] - 3553:21,
3553:24, 3654:6,
3654:15
**static** [3] - 3566:19,
3570:16, 3571:18
**stating** [1] - 3634:23
**station** [1] - 3643:20
**STATION** [1] -
3474:24
**stationed** [1] -
3611:19
**stations** [1] - 3498:18
**stay** [1] - 3596:3
**steady** [1] - 3555:7
**Steering** [1] - 3488:12

**STENOGRAPHY** [1] -
3478:16
**step** [1] - 3642:18
**Stephanie** [2] -
3482:15, 3486:17
**STEPHEN** [1] - 3472:7
**Stephen** [1] - 3615:2
**steps** [2] - 3571:22,
3582:11
**STERBCOW** [2] -
3472:14, 3472:14
**STERNBERG** [1] -
3478:3
**Steve** [5] - 3539:7,
3605:21, 3619:11,
3630:4, 3630:14
**STEVEN** [2] - 3474:10,
3476:18
**still** [18] - 3487:13,
3499:23, 3514:18,
3519:16, 3532:9,
3546:16, 3574:10,
3583:2, 3588:1,
3596:7, 3596:15,
3596:17, 3597:8,
3598:17, 3612:2,
3627:9, 3644:17,
3644:20
**STONE** [1] - 3477:11
**stood** [2] - 3539:11,
3602:12
**stop** [7] - 3541:20,
3571:5, 3588:10,
3588:14, 3621:21,
3622:15, 3625:23
**stopped** [13] -
3546:18, 3546:20,
3570:21, 3570:22,
3571:4, 3587:21,
3588:3, 3588:5,
3588:6, 3588:7,
3592:2, 3609:8,
3621:23
**store** [1] - 3509:6
**stored** [3] - 3498:20,
3499:3, 3557:9
**stores** [1] - 3498:3
**stories** [1] - 3619:15
**story** [2] - 3537:4,
3605:7
**straight** [4] - 3547:17,
3557:1, 3633:6,
3649:2
**straighten** [1] - 3520:1
**STRANGE** [1] - 3475:4
**strange** [1] - 3490:14
**streaming** [1] - 3505:8
**STREET** [19] - 3472:4,
3472:11, 3472:15,
3472:19, 3472:22,

3473:11, 3473:15,
3473:22, 3475:11,
3475:16, 3475:22,
3476:15, 3476:19,
3477:4, 3477:12,
3477:18, 3477:24,
3478:8, 3478:13
**strenuous** [1] -
3576:16
**strictly** [1] - 3520:8
**strike** [1] - 3635:13
**string** [1] - 3621:19
**strips** [1] - 3505:13
**stroke** [3] - 3520:5,
3521:25, 3588:19
**strokes** [1] - 3518:6
**stuff** [13] - 3500:9,
3513:2, 3531:20,
3542:10, 3583:25,
3592:13, 3604:23,
3608:21, 3608:22,
3609:4, 3609:9,
3609:19, 3610:6
**subject** [1] - 3582:20
**subsequent** [2] -
3482:4, 3482:7
**subtle** [3] - 3545:2,
3591:7, 3591:10
**successful** [7] -
3543:12, 3543:18,
3543:23, 3614:2,
3615:14, 3621:15,
3621:20
**sucked** [1] - 3520:8
**sudden** [1] - 3605:8
**suddenly** [1] - 3591:8
**suggest** [2] - 3508:8,
3550:7
**suggested** [2] -
3564:20, 3641:11
**suing** [1] - 3536:24
**SUITE** [13] - 3472:4,
3472:15, 3472:19,
3473:4, 3473:8,
3475:22, 3476:15,
3476:19, 3477:8,
3477:18, 3477:24,
3478:4, 3478:8
**SULLIVAN** [1] -
3474:17
**summary** [1] -
3652:20
**Sun** [23] - 3488:17,
3488:21, 3491:23,
3497:21, 3498:21,
3499:17, 3500:12,
3500:15, 3500:23,
3501:14, 3505:25,
3506:5, 3518:15,
3518:19, 3524:12,

3533:4, 3551:18,
3562:22, 3639:8,
3639:16, 3641:5,
3647:16, 3649:4
**Sunday** [1] - 3620:13
**Sundays** [1] - 3620:4
**supervisor** [3] -
3489:5, 3573:15,
3613:9
**supervisors** [1] -
3592:16
**supplied** [1] - 3577:15
**support** [4] - 3560:6,
3574:17, 3574:21,
3575:12
**supposed** [10] -
3515:10, 3517:22,
3567:12, 3583:22,
3590:14, 3593:15,
3593:18, 3593:20,
3595:14, 3645:1
**surface** [1] - 3584:21
**Surface** [2] - 3589:19,
3589:24
**surprise** [2] - 3540:20,
3565:14
**surprised** [1] - 3541:7
**sustain** [2] - 3563:6,
3628:23
**sustained** [3] -
3481:14, 3481:25,
3482:8
**SUTHERLAND** [1] -
3476:17
**swap** [3] - 3531:9,
3645:8, 3648:15
**swear** [1] - 3487:23
**switch** [5] - 3505:23,
3506:11, 3509:19,
3593:25
**switched** [3] -
3497:17, 3511:8,
3610:7
**switches** [1] - 3593:22
**switching** [2] -
3507:21, 3639:2
**sworn** [2] - 3488:3,
3548:13
**synthetic** [1] -
3502:17
**system** [39] - 3496:4,
3496:8, 3496:10,
3497:12, 3498:6,
3498:14, 3498:16,
3498:25, 3500:9,
3507:20, 3508:19,
3509:5, 3509:11,
3509:15, 3509:18,
3511:8, 3511:9,
3515:3, 3515:6,

3515:14, 3516:3,
3516:13, 3517:4,
3517:6, 3517:9,
3518:5, 3520:20,
3555:9, 3566:22,
3567:10, 3567:18,
3567:19, 3597:21,
3597:23, 3601:11,
3636:2

## T

**T.D** [1] - 3617:1
**table** [1] - 3496:25
**talks** [2] - 3585:7,
3588:18
**tan** [2] - 3650:20,
3651:14
**tank** [24] - 3493:8,
3493:9, 3493:13,
3493:25, 3526:24,
3527:3, 3527:7,
3527:11, 3527:14,
3527:21, 3539:9,
3555:14, 3555:17,
3555:19, 3556:5,
3556:10, 3556:12,
3602:3, 3604:5,
3604:6, 3604:18,
3610:18, 3630:23,
3630:25
**tanks** [10] - 3493:5,
3493:6, 3494:2,
3511:12, 3516:12,
3527:8, 3555:13,
3556:15, 3556:20,
3597:18
**TANNER** [1] - 3478:7
**tape** [1] - 3627:8
**team** [7] - 3562:19,
3592:16, 3614:18,
3615:12, 3615:13,
3615:14, 3615:21
**Team** [1] - 3618:16
**technical** [4] - 3560:6,
3574:17, 3574:21,
3575:12
**technology** [2] -
3553:4, 3583:25
**Teddy** [2] - 3616:24,
3616:25
**templates** [2] -
3506:18, 3506:22
**temporary** [3] -
3528:16, 3529:3,
3529:16
**ten** [3] - 3512:16,
3543:21, 3609:24
**tend** [1] - 3645:3

**tender** [1] - 3552:20
**tendered** [1] - 3484:3
**term** [2] - 3493:2, 3649:7
**terms** [34] - 3487:11, 3491:20, 3492:19, 3500:21, 3501:11, 3501:15, 3515:2, 3515:13, 3517:2, 3525:24, 3538:13, 3543:6, 3615:9, 3616:5, 3617:21, 3618:25, 3619:17, 3619:25, 3620:12, 3620:22, 3622:8, 3622:14, 3624:19, 3625:16, 3634:22, 3639:15, 3639:23, 3641:8, 3641:19, 3644:2, 3645:16, 3650:23, 3653:2, 3653:3
**test** [37] - 3543:7, 3543:12, 3543:18, 3543:23, 3544:6, 3568:23, 3569:4, 3570:1, 3570:7, 3570:15, 3574:3, 3582:2, 3582:12, 3613:6, 3621:13, 3621:15, 3621:20, 3626:18, 3631:17, 3631:19, 3635:14, 3635:23, 3636:3, 3636:7, 3636:13, 3637:6, 3637:8, 3637:12, 3637:18, 3637:21, 3637:23, 3637:25, 3638:3, 3638:10, 3644:10, 3644:12
**testified** [17] - 3481:2, 3481:22, 3488:4, 3556:25, 3558:21, 3565:13, 3566:1, 3599:15, 3603:4, 3613:7, 3613:12, 3613:24, 3619:16, 3626:2, 3635:21, 3646:7
**testify** [4] - 3561:3, 3561:4, 3638:15, 3638:16
**testimony** [24] - 3481:6, 3481:13, 3481:21, 3482:1, 3487:23, 3492:9, 3503:18, 3511:3, 3521:18, 3523:12, 3533:14, 3540:12,

3548:13, 3554:7, 3567:4, 3616:5, 3623:3, 3625:2, 3627:12, 3629:15, 3630:3, 3630:5, 3630:7, 3640:10
**testing** [4] - 3496:3, 3644:6, 3644:8, 3652:2
**tests** [4] - 3581:20, 3582:1, 3583:21, 3644:22
**THE** [139] - 3471:5, 3471:5, 3471:12, 3471:22, 3472:3, 3474:3, 3475:3, 3475:8, 3475:9, 3480:7, 3480:8, 3480:10, 3480:18, 3480:20, 3481:1, 3481:5, 3481:8, 3481:15, 3481:18, 3481:22, 3482:3, 3482:10, 3482:12, 3482:15, 3482:22, 3483:1, 3483:4, 3483:8, 3483:12, 3483:18, 3484:3, 3484:14, 3485:2, 3485:9, 3485:20, 3486:7, 3486:18, 3486:20, 3486:22, 3487:4, 3487:6, 3487:10, 3487:13, 3487:16, 3487:20, 3487:22, 3488:1, 3488:6, 3492:15, 3492:16, 3503:7, 3519:6, 3519:20, 3520:13, 3520:15, 3520:17, 3520:19, 3521:3, 3521:4, 3521:5, 3521:6, 3521:8, 3521:11, 3521:14, 3521:15, 3521:19, 3522:2, 3522:4, 3522:6, 3522:8, 3522:9, 3522:13, 3522:19, 3523:9, 3523:13, 3524:17, 3524:20, 3524:21, 3524:22, 3524:23, 3525:1, 3525:2, 3525:4, 3525:5, 3535:11, 3535:13, 3535:15, 3535:16, 3536:1, 3536:2, 3536:4, 3536:7, 3536:9, 3536:11, 3537:13, 3537:16, 3537:19,

3537:21, 3552:21, 3552:22, 3552:24, 3552:25, 3553:9, 3553:15, 3553:17, 3553:19, 3553:25, 3558:12, 3558:14, 3559:13, 3561:2, 3563:2, 3563:4, 3563:5, 3563:6, 3563:9, 3563:13, 3569:8, 3569:10, 3589:3, 3590:22, 3590:24, 3591:2, 3595:18, 3603:10, 3612:12, 3612:15, 3612:16, 3628:23, 3636:18, 3638:19, 3638:23, 3642:3, 3642:4, 3642:7, 3642:10, 3653:8, 3653:12, 3653:14
**theirs** [1] - 3508:20
**theoretical** [1] - 3590:20
**therapist** [1] - 3537:8
**therapy** [1] - 3537:7
**therefore** [1] - 3631:4
**they've** [1] - 3592:17
**thinking** [1] - 3557:22
**THIRD** [1] - 3475:11
**third** [1] - 3530:24
**third-party** [1] - 3530:24
**THIS** [1] - 3471:11
**THOMAS** [1] - 3473:11
**THORNHILL** [2] - 3473:10, 3473:11
**thorough** [1] - 3550:24
**thousands** [1] - 3583:19
**threat** [2] - 3591:8, 3591:17
**three** [10] - 3504:23, 3582:11, 3596:9, 3596:12, 3609:1, 3609:6, 3611:22, 3628:9, 3630:8, 3634:2
**throughout** [2] - 3482:5, 3581:3
**throw** [2] - 3590:25, 3591:2
**Thunder** [1] - 3573:19
**Tiber** [2] - 3613:23
**Tim** [1] - 3480:14
**time-based** [3] - 3497:20, 3500:13, 3500:14
**time-wise** [1] - 3543:6

**timeline** [1] - 3581:24
**title** [1] - 3589:24
**titled** [1] - 3593:5
**TO** [3] - 3471:11, 3480:4, 3544:4
**today** [9] - 3480:24, 3486:25, 3487:14, 3509:23, 3556:25, 3575:14, 3615:2, 3642:25, 3652:6
**together** [9] - 3498:18, 3532:18, 3533:22, 3567:3, 3610:9
**Toledo** [1] - 3610:11
**TOLLES** [1] - 3476:21
**Tom** [1] - 3483:16
**Tommy** [2] - 3484:11, 3485:17
**Tony** [2] - 3535:16, 3536:3
**took** [16] - 3538:1, 3539:21, 3539:25, 3552:23, 3604:22, 3605:1, 3609:9, 3611:7, 3612:14, 3621:2, 3624:16, 3645:24, 3646:2, 3646:10, 3646:11
**tool** [1] - 3490:22
**toolpusher** [5] - 3565:7, 3595:14, 3615:1, 3619:5, 3619:6
**toolpushers** [1] - 3530:23
**tools** [2] - 3640:8, 3651:23
**top** [5] - 3497:11, 3519:23, 3523:14, 3562:7, 3650:19
**topics** [1] - 3554:6
**torque** [3] - 3576:17, 3597:17, 3597:18
**TORTS** [2] - 3474:4, 3474:15
**total** [7] - 3554:19, 3554:24, 3555:5, 3571:25, 3579:7, 3614:14, 3643:21
**touch** [4] - 3560:8, 3574:18, 3611:14, 3611:18
**touched** [1] - 3554:6
**tough** [1] - 3557:19
**tour** [50] - 3477:4, 3477:23, 3518:15, 3518:19, 3527:12, 3529:11, 3529:14, 3530:3, 3530:13, 3530:15, 3530:16,

3530:17, 3530:19, 3531:1, 3531:10, 3531:14, 3531:15, 3532:13, 3532:15, 3532:18, 3533:18, 3534:4, 3539:1, 3539:21, 3539:24, 3540:6, 3543:9, 3551:16, 3557:12, 3581:4, 3610:3, 3618:25, 3619:5, 3623:4, 3623:8, 3625:16, 3643:8, 3645:1, 3645:3, 3645:12, 3645:21, 3647:5, 3647:19, 3648:4, 3648:6, 3648:7, 3648:16, 3648:18, 3649:2
**tours** [1] - 3650:6
**towards** [1] - 3571:2
**town** [8] - 3506:19, 3506:23, 3506:25, 3562:14, 3579:2, 3618:13, 3618:16, 3626:18
**trace** [1] - 3582:25
**traces** [3] - 3554:18, 3555:6, 3555:7
**tracings** [1] - 3555:10
**track** [6] - 3502:10, 3515:17, 3526:17, 3579:8, 3579:15, 3580:5
**tracking** [1] - 3581:6
**tracks** [1] - 3502:10
**trade** [1] - 3642:12
**trained** [12] - 3505:19, 3581:10, 3581:12, 3585:15, 3585:23, 3586:15, 3590:6, 3590:12, 3590:17, 3590:21, 3591:10, 3591:12
**trainee** [1] - 3572:3
**training** [16] - 3550:13, 3572:20, 3581:14, 3583:4, 3583:20, 3584:3, 3584:14, 3585:2, 3585:9, 3585:10, 3585:15, 3587:11, 3588:21, 3589:5, 3589:22, 3596:19
**TRANSCRIPT** [2] - 3471:21, 3478:16
**transcript** [1] - 3654:8
**transfer** [2] - 3527:21, 3579:22
**transferring** [5] -

3511:19, 3579:7, 3579:20, 3579:21, 3580:1
**transmitted** [2] - 3576:2, 3599:17
**transmitting** [1] - 3597:22
**Transocean** [44] - 3483:24, 3484:9, 3484:24, 3490:4, 3490:6, 3491:11, 3491:14, 3498:15, 3498:25, 3508:5, 3510:3, 3537:10, 3544:5, 3550:10, 3563:9, 3565:9, 3593:17, 3599:16, 3599:19, 3599:24, 3600:7, 3605:4, 3609:25, 3610:13, 3611:10, 3612:17, 3612:24, 3615:8, 3615:21, 3615:23, 3618:22, 3619:5, 3620:7, 3621:10, 3621:16, 3621:21, 3621:25, 3622:4, 3622:8, 3626:15, 3639:18, 3640:3, 3640:5, 3641:6
**TRANSOCEAN** [3] - 3476:11, 3476:11, 3476:13
**Transocean's** [7] - 3500:19, 3508:15, 3509:8, 3597:22, 3598:3, 3598:9, 3640:12
**traps** [6] - 3511:17, 3515:9, 3515:10, 3527:6, 3528:5, 3604:17
**trend** [4] - 3507:2, 3546:11, 3546:18, 3627:21
**trends** [1] - 3505:17
**TREX** [6] - 3513:9, 3553:12, 3554:8, 3563:25, 3626:20, 3629:4
**TREX-04357** [1] - 3482:14
**TREX-1453** [3] - 3594:7, 3594:12, 3594:24
**TREX-215** [1] - 3533:24
**TREX-567** [1] - 3623:11
**TREX-606** [1] -

3599:14
**TREX-609.17.2** [1] - 3647:14
**TREX-60998** [2] - 3584:9, 3584:19
**TREX-611** [2] - 3577:1, 3577:2
**TREX-620** [3] - 3597:24, 3606:8, 3606:11
**TREX-62953** [2] - 3589:11, 3589:16
**TREX-967** [1] - 3533:16
**TREX-969** [1] - 3536:13
**trial** [3] - 3481:18, 3481:19, 3482:5
**TRIAL** [1] - 3471:21
**tried** [1] - 3611:5
**tries** [1] - 3611:7
**trigger** [1] - 3600:15
**triggered** [2] - 3601:24, 3602:8
**trip** [24] - 3493:5, 3493:8, 3493:9, 3493:13, 3511:12, 3527:7, 3527:21, 3539:9, 3555:13, 3555:14, 3555:17, 3555:19, 3556:5, 3556:10, 3556:12, 3556:14, 3556:20, 3597:18, 3602:3, 3604:4, 3604:5, 3630:22, 3630:25
**tripping** [6] - 3493:9, 3493:10, 3493:11, 3493:12, 3502:9, 3576:18
**TRITON** [1] - 3471:13
**trouble** [1] - 3574:23
**troubleshoot** [2] - 3574:23, 3574:25
**true** [56] - 3489:2, 3489:6, 3490:7, 3490:11, 3490:16, 3490:24, 3491:2, 3491:6, 3491:24, 3492:5, 3493:23, 3499:5, 3499:15, 3500:6, 3502:3, 3503:23, 3504:4, 3505:20, 3507:21, 3512:7, 3512:21, 3514:21, 3516:3, 3524:15, 3526:11, 3526:17, 3526:18, 3526:21, 3528:17, 3530:8, 3532:13,

3532:20, 3532:23, 3533:19, 3534:10, 3534:12, 3535:3, 3535:5, 3535:7, 3535:12, 3537:1, 3540:21, 3541:3, 3542:22, 3542:25, 3543:13, 3544:10, 3550:8, 3550:11, 3550:20, 3551:24, 3552:10, 3640:18, 3654:8
**trusted** [4] - 3618:23, 3619:3, 3619:9, 3619:23
**truth** [3] - 3487:24
**try** [12] - 3508:22, 3542:4, 3574:24, 3578:17, 3579:3, 3581:1, 3589:3, 3595:19, 3602:16, 3611:7, 3611:21, 3643:14
**trying** [11] - 3517:1, 3520:17, 3521:8, 3522:14, 3555:18, 3557:25, 3586:23, 3602:20, 3603:12, 3604:16, 3611:6
**turn** [10] - 3503:21, 3517:20, 3546:1, 3566:18, 3577:5, 3585:19, 3586:14, 3600:1, 3650:17, 3653:6
**turned** [20] - 3509:5, 3537:10, 3541:13, 3541:15, 3541:21, 3542:2, 3542:9, 3544:2, 3546:17, 3549:14, 3569:21, 3571:17, 3602:5, 3605:5, 3606:14, 3607:20, 3608:9, 3609:15, 3609:16, 3609:21
**turning** [1] - 3541:16
**TV** [21] - 3495:17, 3495:19, 3496:10, 3496:11, 3496:12, 3498:5, 3566:22, 3567:10, 3567:12, 3567:14, 3567:16, 3567:18, 3567:19, 3568:5, 3568:6, 3568:8, 3588:3, 3599:7, 3600:2, 3636:2
**twice** [2] - 3537:7,

3548:15
**two** [27] - 3480:23, 3480:24, 3484:22, 3486:15, 3493:6, 3497:11, 3498:1, 3498:4, 3527:11, 3533:21, 3563:19, 3566:4, 3569:15, 3575:18, 3580:8, 3583:25, 3589:12, 3589:19, 3590:3, 3590:9, 3593:4, 3595:12, 3596:4, 3611:22, 3616:17, 3617:7, 3653:3
**two-volume** [1] - 3589:12
**TX** [8] - 3473:5, 3473:19, 3476:19, 3477:8, 3477:18, 3477:24, 3478:4, 3478:9
**types** [1] - 3502:8
**typical** [1] - 3565:23
**typically** [4] - 3530:22, 3596:23, 3618:15, 3620:4

# U

**U.S** [4] - 3474:4, 3474:8, 3474:15, 3474:21
**unable** [1] - 3518:23
**under** [6] - 3513:13, 3513:15, 3559:18, 3595:5, 3612:24, 3637:11
**UNDERHILL** [1] - 3474:5
**underneath** [2] - 3555:19, 3651:2
**understood** [3] - 3552:8, 3624:2, 3638:23
**underway** [1] - 3564:17
**unexpected** [1] - 3591:7
**unit** [26] - 3494:20, 3495:23, 3501:1, 3501:2, 3541:15, 3541:19, 3542:2, 3542:3, 3542:10, 3562:10, 3582:10, 3596:3, 3596:15, 3596:17, 3597:8, 3608:5, 3608:14, 3608:21, 3608:23, 3609:16, 3610:23,

3635:22, 3640:25, 3647:11, 3649:2
**UNITED** [4] - 3471:1, 3471:15, 3471:23, 3474:3
**United** [4] - 3553:21, 3553:24, 3654:6, 3654:15
**units** [3] - 3600:21, 3640:6
**unless** [2] - 3506:24, 3598:19
**unmonitored** [2] - 3624:4, 3624:9
**unnoticed** [1] - 3591:10
**unobjected** [1] - 3482:18
**unrelated** [1] - 3631:5
**unsafe** [3] - 3622:4, 3622:7, 3626:1
**unusual** [3] - 3490:13, 3504:1, 3643:10
**up** [113] - 3481:20, 3482:11, 3486:17, 3492:7, 3492:12, 3493:16, 3496:24, 3498:9, 3498:11, 3499:7, 3500:2, 3500:9, 3500:15, 3502:24, 3503:1, 3503:21, 3505:5, 3509:5, 3509:6, 3510:23, 3513:9, 3514:13, 3515:8, 3516:23, 3517:2, 3517:21, 3517:23, 3518:13, 3520:12, 3521:4, 3521:5, 3530:3, 3531:21, 3541:18, 3543:21, 3552:4, 3554:6, 3556:11, 3558:20, 3559:4, 3559:23, 3561:8, 3562:7, 3563:23, 3563:25, 3564:1, 3566:24, 3567:20, 3567:21, 3569:14, 3570:3, 3572:9, 3572:25, 3577:1, 3577:5, 3577:13, 3580:1, 3581:23, 3583:2, 3584:9, 3594:7, 3598:16, 3598:19, 3600:17, 3601:4, 3601:10, 3601:11, 3601:14, 3602:20, 3604:4, 3605:4, 3605:17, 3605:18,

3605:22, 3605:25, 3606:1, 3606:5, 3606:8, 3607:3, 3607:6, 3607:16, 3609:7, 3610:12, 3613:15, 3614:6, 3614:8, 3614:11, 3616:15, 3617:22, 3620:25, 3623:11, 3625:17, 3626:10, 3627:9, 3627:16, 3628:10, 3630:12, 3632:6, 3632:8, 3632:16, 3632:23, 3633:19, 3633:22, 3634:10, 3637:18, 3638:5, 3638:11, 3643:16, 3652:6

**upcoming** [2] - 3530:21, 3648:7
**update** [2] - 3530:18, 3579:25
**updating** [2] - 3627:5, 3639:24
**Ursprung** [4] - 3640:20, 3640:23, 3641:3, 3641:9
**Urstrom** [1] - 3640:21
**usual** [1] - 3529:20
**utilize** [1] - 3590:6
**UV** [1] - 3651:2

## V

**VA** [1] - 3472:19
**value** [1] - 3601:1
**valve** [12] - 3569:2, 3570:24, 3606:1, 3606:22, 3607:3, 3607:6, 3633:10, 3633:11, 3633:13, 3633:15, 3633:21, 3633:22
**valves** [2] - 3524:18, 3524:20
**variations** [1] - 3555:11
**various** [6] - 3492:20, 3505:20, 3580:23, 3583:21, 3584:5, 3597:25
**vents** [1] - 3608:19
**verified** [1] - 3636:4
**verify** [3] - 3602:16, 3604:3, 3604:6
**versus** [1] - 3515:17
**vertically** [1] - 3627:8
**vibrate** [1] - 3541:20
**vibrated** [1] - 3607:23

**vibrating** [1] - 3541:17
**video** [1] - 3487:14
**Vidrine** [3] - 3557:15, 3616:1, 3626:10
**view** [3] - 3489:19, 3489:23, 3616:1
**viewed** [1] - 3543:16
**views** [1] - 3567:25
**VIP** [1] - 3611:2
**VIRGINIA** [1] - 3472:19
**visual** [4] - 3506:7, 3566:21, 3601:15, 3601:22
**visually** [7] - 3568:20, 3569:4, 3570:10, 3570:22, 3571:19, 3637:7, 3650:22
**voiced** [1] - 3482:23
**VOICES** [1] - 3480:9
**volume** [27] - 3504:14, 3504:17, 3504:19, 3505:3, 3514:16, 3515:2, 3516:9, 3525:20, 3554:19, 3554:20, 3555:5, 3555:20, 3579:15, 3579:22, 3580:5, 3586:16, 3586:21, 3587:9, 3589:12, 3589:15, 3590:3, 3590:9, 3592:1, 3598:7, 3649:12
**volumes** [11] - 3525:19, 3526:5, 3533:10, 3542:12, 3555:14, 3579:6, 3579:8, 3579:12, 3590:5, 3597:17, 3643:21
**VON** [1] - 3478:3

## W

**W-I-T-S** [1] - 3496:2
**wait** [4] - 3481:5, 3519:20, 3531:18, 3596:2
**waiting** [2] - 3532:9, 3597:8
**WALKER** [1] - 3472:18
**walkway** [1] - 3608:25
**WALTER** [1] - 3472:22
**WALTHER** [1] - 3477:11
**Warning** [1] - 3585:20
**warning** [2] - 3585:24, 3586:1

**WASHINGTON** [4] - 3474:13, 3474:19, 3474:24, 3476:4
**watch** [3] - 3497:19, 3555:11, 3579:22
**watched** [1] - 3534:14
**watching** [5] - 3501:12, 3538:23, 3564:20, 3621:21, 3621:23
**water** [8] - 3557:8, 3558:4, 3558:7, 3570:4, 3611:11, 3614:14, 3628:18
**water-based** [1] - 3570:4
**WATTS** [3] - 3473:3, 3473:3
**ways** [1] - 3514:10
**Webster** [1] - 3487:9
**WEDNESDAY** [2] - 3471:9, 3480:2
**week** [4] - 3504:16, 3565:13, 3613:12, 3619:16
**weekly** [1] - 3620:1
**weeks** [1] - 3486:15
**weights** [1] - 3592:13
**welding** [1] - 3600:25
**well-maintained** [1] - 3618:3
**wellbore** [2] - 3515:7, 3592:12
**wells** [15] - 3574:23, 3613:17, 3613:19, 3613:20, 3614:2, 3614:11, 3614:19, 3614:22, 3615:10, 3615:12, 3615:16, 3615:22, 3616:1, 3616:15, 3618:22
**Wells** [1] - 3618:15
**whatsoever** [1] - 3495:5
**WHEREUPON** [11] - 3483:6, 3483:21, 3484:6, 3484:18, 3485:4, 3485:11, 3485:24, 3486:10, 3552:23, 3612:14, 3653:15
**whichever** [4] - 3498:8, 3498:9, 3500:1, 3515:11
**white** [1] - 3650:25
**WHITELEY** [1] - 3475:14
**whole** [4] - 3487:24, 3519:21, 3617:4, 3653:9

**wife** [1] - 3610:10
**Wildwood** [1] - 3610:11
**WILLIAMS** [2] - 3473:7, 3473:7
**WILLIAMSON** [2] - 3473:17, 3473:18
**Willis** [10] - 3532:20, 3532:25, 3533:13, 3533:21, 3533:25, 3560:10, 3560:11, 3623:4, 3623:17, 3647:8
**Wilson** [1] - 3575:1
**Windows** [2] - 3575:22, 3575:23
**WINFIELD** [1] - 3475:5
**wise** [1] - 3543:6
**wish** [2] - 3612:1, 3612:9
**wished** [1] - 3612:6
**withholding** [1] - 3634:3
**witness** [12] - 3487:2, 3487:7, 3488:3, 3503:10, 3520:13, 3535:11, 3552:20, 3560:25, 3589:2, 3595:17, 3612:11, 3638:22
**WITNESS** [27] - 3488:1, 3492:16, 3519:6, 3520:15, 3520:19, 3521:4, 3521:6, 3521:11, 3521:15, 3521:19, 3522:4, 3522:8, 3524:20, 3524:22, 3525:1, 3525:4, 3535:13, 3535:16, 3536:2, 3536:11, 3553:9, 3563:2, 3563:5, 3569:8, 3569:10, 3603:10, 3642:3
**witnesses** [1] - 3487:11
**WITS** [5] - 3495:23, 3495:25, 3496:2, 3496:8, 3599:4
**WITTMANN** [2] - 3477:11, 3477:12
**woke** [2] - 3552:4, 3559:4
**works** [2] - 3553:4, 3562:15
**wrapping** [1] - 3630:12
**WRIGHT** [1] - 3472:3
**wrist** [1] - 3609:22

**write** [7] - 3578:21, 3579:1, 3579:2, 3579:7, 3579:21, 3581:2, 3582:18
**writes** [1] - 3561:15
**written** [1] - 3583:22
**wrote** [3] - 3541:21, 3541:23, 3561:20

## Y

**y'all** [1] - 3614:22
**year** [3] - 3572:23, 3574:1, 3592:8
**years** [27] - 3512:19, 3528:15, 3529:15, 3548:20, 3550:18, 3563:19, 3564:24, 3565:1, 3565:17, 3566:4, 3571:25, 3573:7, 3573:8, 3576:11, 3576:12, 3583:16, 3584:17, 3588:8, 3592:25, 3615:25, 3617:7, 3617:25, 3618:12, 3621:5, 3622:14, 3641:1
**yesterday** [2] - 3484:11, 3484:23
**YOAKUM** [1] - 3473:18
**YOUNG** [1] - 3474:23
**yourself** [1] - 3561:9

## Z

**zero** [2] - 3633:16, 3635:16
**zone** [4] - 3652:15, 3652:19, 3652:24, 3653:1
**Zones** [1] - 3649:9
**zones** [6] - 3582:24, 3649:9, 3649:20, 3652:2, 3652:12, 3653:3
**zoom** [1] - 3492:10

## "

**"MIKE"** [1] - 3476:3