1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4    ****************************************************************

5    IN RE:  OIL SPILL BY THE OIL
     RIG *DEEPWATER HORIZON* IN THE
6    GULF OF MEXICO ON APRIL 20,
     2010
7

8                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
9                              THURSDAY, MARCH 14, 2013, 8:00 A.M.

10

11   THIS DOCUMENT RELATES TO:

12   CASE NO. 2:10-CV-02771,
     *IN RE:  THE COMPLAINT AND*
13   *PETITION OF TRITON ASSET*
     *LEASING GmbH, ET AL*
14
     CASE NO. 2:10-CV-4536,
15   *UNITED STATES OF AMERICA V.*
     *BP EXPLORATION & PRODUCTION,*
16   *INC., ET AL*

17   ****************************************************************

18

19

20              **DAY 12   MORNING SESSION**

21         TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22     HEARD BEFORE THE HONORABLE CARL J. BARBIER

23            UNITED STATES DISTRICT JUDGE

24

25

                    **OFFICIAL TRANSCRIPT**

1    APPEARANCES:

2

3    FOR THE PLAINTIFFS:    DOMENGEAUX WRIGHT ROY & EDWARDS
                            BY:   JAMES P. ROY, ESQ.
4                          556 JEFFERSON STREET, SUITE 500
                           POST OFFICE BOX 3668
5                          LAFAYETTE, LA  70502

6

7                          HERMAN HERMAN & KATZ
                           BY:   STEPHEN J. HERMAN, ESQ.
8                          820 O'KEEFE AVENUE
                           NEW ORLEANS, LA  70113
9

10                         CUNNINGHAM BOUNDS
11                         BY:   ROBERT T. CUNNINGHAM, ESQ.
                           1601 DAUPHIN STREET
12                         MOBILE, AL  36604

13

14                         LEWIS, KULLMAN, STERBCOW & ABRAMSON
                           BY:   PAUL M. STERBCOW, ESQ.
15                         PAN AMERICAN LIFE BUILDING
                           601 POYDRAS STREET, SUITE 2615
16                         NEW ORLEANS, LA  70130

17

18                         BREIT DRESCHER IMPREVENTO & WALKER
                           BY:   JEFFREY A. BREIT, ESQ.
19                         600 22ND STREET, SUITE 402
                           VIRGINIA BEACH, VA  23451
20

21

22                         LEGER & SHAW
                           BY:   WALTER J. LEGER, JR., ESQ.
                           600 CARONDELET STREET, 9TH FLOOR
23                         NEW ORLEANS, LA  70130

24

25

                           **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              WATTS, GUERRA, CRAFT
                               BY:  MIKAL C. WATTS, ESQ.
4                              4 DOMINION DRIVE
                               BUILDING 3, SUITE 100
5                              SAN ANTONIO, TX 78257

6

7                              WILLIAMS LAW GROUP
                               BY:  CONRAD S. P. WILLIAMS, ESQ.
8                              435 CORPORATE DRIVE, SUITE 101
                               HOUMA, LA   70360
9

10
                               THORNHILL LAW FIRM
11                             BY:  THOMAS THORNHILL, ESQ.
                               1308 NINTH STREET
12                             SLIDELL, LA   70458

13

14                             DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                               BY:   JOHN W. DEGRAVELLES, ESQ.
15                             618 MAIN STREET
                               BATON ROUGE, LA 70801
16

17
                               WILLIAMSON & RUSNAK
18                             BY:  JIMMY WILLIAMSON, ESQ.
                               4310 YOAKUM BOULEVARD
19                             HOUSTON, TX   77006

20

21                             IRPINO LAW FIRM
                               BY:  ANTHONY IRPINO, ESQ.
22                             2216 MAGAZINE STREET
                               NEW ORLEANS, LA   70130
23

24

25

                              **OFFICIAL TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2


 3
      FOR THE UNITED STATES
 4    OF AMERICA:              U.S. DEPARTMENT OF JUSTICE
                               TORTS BRANCH, CIVIL DIVISION
 5                             BY:  R. MICHAEL UNDERHILL, ESQ.
                               450 GOLDEN GATE AVENUE
 6                             7TH FLOOR, ROOM 5395
                               SAN FRANCISCO, CA  94102
 7

 8
                               U.S. DEPARTMENT OF JUSTICE
 9                             ENVIRONMENT & NATURAL RESOURCES DIVISION
                               ENVIRONMENTAL ENFORCEMENT SECTION
10                             BY:  STEVEN O'ROURKE, ESQ.
                                    SCOTT CERNICH, ESQ.
11                                  DEANNA CHANG, ESQ.
                                    RACHEL HANKEY, ESQ.
12                                  A. NATHANIEL CHAKERES, ESQ.
                               P.O. BOX 7611
13                             WASHINGTON, DC  20044

14

15                             U.S. DEPARTMENT OF JUSTICE
                               TORTS BRANCH, CIVIL DIVISION
16                             BY:  JESSICA McCLELLAN, ESQ.
                                    MICHELLE DELEMARRE, ESQ.
17                                  JESSICA SULLIVAN, ESQ.
                                    SHARON SHUTLER, ESQ.
18                                  MALINDA LAWRENCE, ESQ.
                               POST OFFICE BOX 14271
19                             WASHINGTON, DC  20044

20

21                             U.S. DEPARTMENT OF JUSTICE
                               FRAUD SECTION
22                             COMMERCIAL LITIGATION BRANCH
                               BY:  DANIEL SPIRO, ESQ.
23                                  KELLEY HAUSER, ESQ.
                                    ELIZABETH YOUNG, ESQ.
24                             BEN FRANKLIN STATION
                               WASHINGTON, DC  20044
25
```

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE STATE OF
     ALABAMA:                    ALABAMA ATTORNEY GENERAL'S OFFICE
4                                BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                      COREY L. MAZE, ESQ.
5                                     WINFIELD J. SINCLAIR, ESQ.
                                 500 DEXTER AVENUE
6                                MONTGOMERY, AL  36130

7

8    FOR THE STATE OF
     LOUISIANA OFFICE
9    OF THE ATTORNEY
     GENERAL:
10                               STATE OF LOUISIANA
                                 BY:  JAMES D.  CALDWELL,
11                               ATTORNEY GENERAL
                                 1885 NORTH THIRD STREET
12                               POST OFFICE BOX 94005
                                 BATON ROUGE, LA  70804
13

14
                                 KANNER & WHITELEY
15                               BY:  ALLAN KANNER, ESQ.
                                      DOUGLAS R. KRAUS, ESQ.
16                               701 CAMP STREET
                                 NEW ORLEANS, LA  70130
17

18

19   FOR BP EXPLORATION &
     PRODUCTION INC.,
20   BP AMERICA PRODUCTION
     COMPANY, BP PLC:           LISKOW & LEWIS
21                               BY:  DON K. HAYCRAFT, ESQ.
                                 ONE SHELL SQUARE
22                               701 POYDRAS STREET
                                 SUITE 5000
23                               NEW ORLEANS, LA  70139

24

25

                          **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                           COVINGTON & BURLING
                            BY:  ROBERT C. "MIKE" BROCK, ESQ.
4                           1201 PENNSYLVANIA AVENUE, NW
                            WASHINGTON, DC  20004
5

6
                            KIRKLAND & ELLIS
7                           BY:  J. ANDREW LANGAN, ESQ.
                                 HARIKLIA "CARRIE" KARIS, ESQ.
8                                MATTHEW T. REGAN, ESQ.
                            300 N. LASALLE
9                           CHICAGO, IL  60654

10

11   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
12   OFFSHORE DEEPWATER
     DRILLING INC., AND
13   TRANSOCEAN DEEPWATER
     INC.:                  FRILOT
14                          BY:  KERRY J. MILLER, ESQ.
                            ENERGY CENTRE
15                          1100 POYDRAS STREET, SUITE 3700
                            NEW ORLEANS, LA  70163
16

17
                            SUTHERLAND ASBILL & BRENNAN
18                          BY:  STEVEN L. ROBERTS, ESQ.
                                 RACHEL G. CLINGMAN, ESQ.
19                          1001 FANNIN STREET, SUITE 3700
                            HOUSTON, TX  77002
20

21
                            MUNGER TOLLES & OLSON
22                          BY:  MICHAEL R. DOYEN, ESQ.
                                 BRAD D. BRIAN, ESQ.
23                               LUIS LI, ESQ.
                            355 SOUTH GRAND AVENUE, 35TH FLOOR
24                          LOS ANGELES, CA  90071

25

                         **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                              MAHTOOK & LAFLEUR
                             BY:  RICHARD J. HYMEL, ESQ.
4                            1000 CHASE TOWER
                             600 JEFFERSON STREET
5                            LAFAYETTE, LA  70502

6

7                              HUGHES ARRELL KINCHEN
                             BY:  JOHN KINCHEN, ESQ.
8                            2211 NORFOLK, SUITE 1110
                             HOUSTON, TX  77098
9

10

11   FOR CAMERON INTERNATIONAL
     CORPORATION:            STONE PIGMAN WALTHER WITTMANN
12                           BY:  PHILLIP A. WITTMANN, ESQ.
                             546 CARONDELET STREET
13                           NEW ORLEANS, LA 70130

14

15                             BECK REDDEN & SECREST
                             BY:  DAVID J. BECK, ESQ.
16                                DAVID W. JONES, ESQ.
                                 GEOFFREY GANNAWAY, ESQ.
17                                ALEX B. ROBERTS, ESQ.
                             ONE HOUSTON CENTER
18                           1221 MCKINNEY STREET, SUITE 4500
                             HOUSTON, TX  77010
19

20

     FOR HALLIBURTON
21   ENERGY SERVICES,
     INC.:                   GODWIN LEWIS
22                           BY:  DONALD E. GODWIN, ESQ.
                                 FLOYD R. HARTLEY, JR., ESQ.
23                                GAVIN HILL, ESQ.
                             RENAISSANCE TOWER
24                           1201 ELM STREET, SUITE 1700
                             DALLAS, TX  75270.
25

                          **OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                               GODWIN LEWIS
                                BY:  JERRY C. VON STERNBERG, ESQ.
4                               1331 LAMAR, SUITE 1665
                                HOUSTON, TX  77010
5

6

7    FOR M-I L.L.C.:           MORGAN, LEWIS & BOCKIUS
                                BY:  HUGH E. TANNER, ESQ.
                                DENISE SCOFIELD, ESQ.
8                               JOHN C. FUNDERBURK, ESQ.
                                1000 LOUISIANA STREET, SUITE 4000
9                               HOUSTON, TX  77002

10

11

12   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
13                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
14                              NEW ORLEANS, LA  70130
                                (504) 589-7779
15                              Cathy_Pepper@laed.uscourts.gov

16

17   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

18

19

20

21

22

23

24

25

                           **OFFICIAL TRANSCRIPT**

1                          **I N D E X**

2

3

4       EXAMINATIONS                                           PAGE

5

6       **GEOFF WEBSTER**.......................................3867

7       DIRECT EXAMINATION (CONTINUED) BY MR. WILLIAMS.......3867

8       LUNCHEON RECESS......................................3978

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **P-R-O-C-E-E-D-I-N-G-S**

2              THURSDAY, MARCH 14, 2013

3           M O R N I N G   S E S S I O N

4              (COURT CALLED TO ORDER)

5

6

08:05:10  7        THE DEPUTY CLERK:  All rise.

08:05:29  8        THE COURT:  Good morning, everyone.

08:05:29  9        VOICES:  Good morning, Your Honor.

08:05:30 10        THE COURT:  Please be seated.

08:05:33 11            All right.  Any preliminary matters before we

08:05:36 12    resume testimony?

08:05:38 13        MR. KRAUS:  Good morning, Your Honor.  Doug Kraus on

08:05:41 14    behalf of the State of Louisiana.

08:05:41 15            We would like to offer our exhibits used during

08:05:44 16    the questioning of Joe Keith yesterday.  They have been

08:05:46 17    circulated, and there are no objections.

08:05:48 18        THE COURT:  All right.  Any objections to Louisiana's

08:05:51 19    exhibits?

08:05:51 20            Without objection, those are admitted.

08:05:51 21        (WHEREUPON, the above-mentioned exhibits were

08:05:54 22    admitted.)

08:05:54 23        MR. HERMAN:  Good morning, Your Honor.  Steve Herman

08:05:57 24    for the plaintiffs.

08:05:59 25            There were a number of depositions in which the

                         **OFFICIAL TRANSCRIPT**

08:06:03 1   witness took the Fifth Amendment, and I think all of those have

08:06:05 2   been provided to the Court, with some briefing on adverse

08:06:09 3   inferences.

08:06:10 4            But we wanted to formally offer, file and

08:06:12 5   introduce the deposition transcripts into the record before we

08:06:15 6   rest.  We could do that at the marshalling conference.

08:06:16 7            THE COURT:  Do you have a list of those?

08:06:18 8            MR. HERMAN:  I have a list, yes.

08:06:19 9            THE COURT:  All right.  Well, I think that was the

08:06:21 10  plan.  Those would be admitted subject to any objections and

08:06:27 11  subject, obviously, to the Fifth Amendment issues.

08:06:30 12           I know there has been a lot of briefing as to

08:06:33 13  what inferences, if any, the Court should draw from those

08:06:37 14  depositions.

08:06:39 15           MR. LANGAN:  Your Honor, Andy Langan for BP.

08:06:40 16           We actually have a slightly different view of the

08:06:43 17  proper process here.  We don't think it's necessary to actually

08:06:46 18  offer the depositions.  There is no purpose to be served.

08:06:49 19           I mean, in an order many months ago,

08:06:53 20  Judge Shushan established a process for Fifth Amendment

08:06:57 21  inference briefing, and that process should run its course, and

08:07:00 22  the determination should be -- in other words, adding the

08:07:03 23  depositions, which don't really have any substantive evidence,

08:07:06 24  adds nothing to this, so there is no reason for that.

08:07:09 25           THE COURT:  Well, the only problem is evidence has to

**OFFICIAL TRANSCRIPT**

08:07:11  1    be admitted during a trial.  I frankly, personally, have not

08:07:15  2    looked at this yet.

08:07:15  3                 MR. LANGAN:  Right.

08:07:17  4                 THE COURT:  I figured it wasn't on my front burner.

08:07:21  5                     But if I would come to the conclusion that I

08:07:25  6    should and would draw any adverse inferences from any of those

08:07:30  7    depositions against any party, the evidence has to be in the

08:07:34  8    record.

08:07:35  9                 MR. LANGAN:  Fair enough, but could we reopen it at

08:07:39  10   that time?  I mean, why do them all *en masse* now.  I'm not sure

08:07:42  11   it serves any purpose until Your Honor has actually determined

08:07:46  12   what inferences were properly drawn.  That's really our point.

08:07:49  13                MR. HERMAN:  I think we just want to make sure they are

08:07:51  14   in the trial record.

08:07:52  15                THE COURT:  How many depositions are we speaking about?

08:07:57  16                MR. HERMAN:  13.

08:07:58  17                THE COURT:  13.  So we're not talking -- it's kind of a

08:08:02  18   standard script, I suppose, protocol that you all asked of

08:08:05  19   these witnesses?

08:08:06  20                MR. HERMAN:  I think they were witness specific for the

08:08:09  21   specific inferences to be drawn from that witness.

08:08:15  22                THE COURT:  Well, I'm inclined to let them in; but,

08:08:16  23   I'll give it some thought.  I'll talk to Judge Shushan about

08:08:19  24   that again, and we can deal with it at the marshalling

08:08:22  25   conference.

**OFFICIAL TRANSCRIPT**

08:08:22  1      MR. LANGAN:  Similarly, I know the PSC has talked about

08:08:27  2   offering deposition bundles of witnesses who were on people's

08:08:31  3   will call list; just in case they don't show up, they want the

08:08:34  4   bundles in.

08:08:36  5          Our position on that is the same.  We need to

08:08:37  6   wait and see if they come or not; and, if they don't, they can

08:08:40  7   add them.

08:08:42  8      THE COURT:  I assume they want them as part of their

08:08:44  9   case, in the event those witnesses don't show up or are not

08:08:47 10   called for some reason.

08:08:48 11          We could admit those conditionally, not

08:08:51 12   physically put them in the record, but say those will be

08:08:53 13   admitted if the witness does not appear to testify.

08:08:57 14      MR. HERMAN:  That's my understanding, Your Honor.

08:08:59 15          Judge Shushan had indicated that for those

08:09:01 16   purposes, we should simply -- we don't have to waste the

08:09:06 17   Court's time now -- through the marshalling conference, put

08:09:09 18   them on the record, so they're formally offered, filed and

08:09:11 19   introduced, but not actually bring them to court and put them

08:09:15 20   into the record.

08:09:15 21      THE COURT:  That's what I'm thinking.

08:09:15 22      MR. LANGAN:  That's reasonable.

08:09:18 23      MR. BRIAN:  Your Honor, Brad Brian for Transocean.

08:09:19 24          On this issue, I'm not sure whether they

08:09:21 25   technically should be admitted.  I certainly agree with

**OFFICIAL TRANSCRIPT**

08:09:25 1   Mr. Herman that they should be part of the record.  We have no

08:09:29 2   objection to that.

08:09:29 3           THE COURT:  Which depositions are we talking about?

08:09:32 4           MR. BRIAN:  Any of the depositions where they're

08:09:34 5   seeking an adverse inference.

08:09:37 6           I think we would like the opportunity at some

08:09:37 7   point to address that, but we have no objection to them being

08:09:40 8   part of the record.

08:09:41 9           If Your Honor decides not to draw an adverse

08:09:45 10  inference, it may be the case, as a matter of law, that they

08:09:47 11  should not be admitted.  Maybe it's just a technicality.

08:09:50 12          THE COURT:  Well, is it any different than if a witness

08:09:53 13  was called here and was sitting in the witness box and sworn

08:09:56 14  in, and then he or she is questioned and starts taking the

08:10:00 15  Fifth Amendment?  It would all be on the record.

08:10:04 16          Whatever they are asked and whatever their answer

08:10:09 17  is would be on the record.  I don't know if there is any

08:10:10 18  difference by admitting the depositions.

08:10:13 19          MR. BRIAN:  That may be right, Your Honor.  So just

08:10:15 20  subject to our reserving our objections and setting aside some

08:10:18 21  time to be heard on that issue.

08:10:20 22          Thank you, Your Honor.

08:10:21 23          MR. GODWIN:  Your Honor, Don Godwin for Halliburton.

08:10:25 24          On this subject, Judge, Halliburton would join in

08:10:27 25  the objection made by BP.  We understand Your Honor's position.

**OFFICIAL TRANSCRIPT**

08:10:30  1    Thank you, Judge.

08:10:30  2         THE COURT:  Thank you.

08:10:31  3         MR. HERMAN:  We would also like to formally offer, file

08:10:33  4    and introduce the agreed stipulations, which are

08:10:36  5    Record Document 5927, into the trial record.  It's already part

08:10:42  6    of the record.

08:10:43  7         THE COURT:  Yes, I just want to make sure we've got the

08:10:45  8    same ones.

08:10:46  9         Is there only a single list, or are there

08:10:48 10    multiple lists?  I'm looking at Record Document 5927 you just

08:10:55 11    referenced, correct?

08:10:56 12         MR. HERMAN:  Right.

08:10:57 13         THE COURT:  That was filed shortly before trial was

08:10:59 14    scheduled last year, 2/29/12, re stipulations.

08:11:06 15         Some numbers are skipped.  I was going to say

08:11:10 16    there were 183, but there is not because there are a number of

08:11:14 17    numbers that are missing.  So I don't know the exact number.

08:11:16 18         My understanding is that all parties to this

08:11:24 19    trial have agreed to those stipulations as set forth in

08:11:28 20    Record Document 5927; is that correct?

08:11:30 21         MR. HERMAN:  Correct.  I think the missing numbers are

08:11:34 22    numbers that were on the list that we couldn't get everybody to

08:11:37 23    stipulate.

08:11:38 24         THE COURT:  I understand.

08:11:39 25         Then there is another document, so maybe we

**OFFICIAL TRANSCRIPT**

08:11:43  1    should talk about this briefly.  It's Record Document 5563.

08:11:51  2    It's an earlier document.  I'm not sure if this is encompassed

08:11:58  3    within the later set of stipulations.  It's called Defendants'

08:12:04  4    Agreed Stipulations Corrected.  What is that about?

08:12:14  5         MR. LANGAN:  Your Honor, Andy Langan.

08:12:15  6             We'll double check.  I think it's superseded by

08:12:19  7    5927.

08:12:20  8         THE COURT:  It seemed to be more comprehensive than the

08:12:22  9    earlier one.  I'm going to blame Mr. Haycraft for it, since it

08:12:31 10    looks like he's the one that signed it, at least, filed it.

08:12:35 11             In any event, I just want to have a clear

08:12:37 12    understanding whether I should consider both documents or just

08:12:39 13    one or the other, or one is agreed to by some parties but not

08:12:44 14    all --

08:12:45 15         MR. LANGAN:  I believe it's 5927.  I think that's what

08:12:48 16    Mr. Herman is offering.  We'll double check.

08:12:51 17             If I could suggest that would be our working

08:12:54 18    assumption, I think that would be good.

08:12:56 19         THE COURT:  All right.  Let's see.

08:13:01 20         MR. HERMAN:  A couple more things.  We can do this at

08:13:05 21    the marshalling conference, but we just wanted to put on the

08:13:07 22    record, there are a number of deposition bundles of witnesses

08:13:10 23    who were 30(b)(6) designees.

08:13:13 24             While the bundles were not submitted to the

08:13:16 25    Court, we think it's proper under the rules to submit those

**OFFICIAL TRANSCRIPT**

08:13:20  1    depositions unconditionally, even if the witness appeared and

08:13:25  2    testified live, because as a 30(b)(6) witness it's not subject

08:13:29  3    to the availability rules.

08:13:31  4            THE COURT:  That's true under Rule 30.

08:13:34  5            Okay.  Anybody?

08:13:36  6            MR. LANGAN:  Your Honor, subject to the objections we

08:13:38  7    made and counter-designations, I don't disagree.

08:13:40  8            THE COURT:  Okay.  Very well.

08:13:42  9            So, again, you'll have a list of those and

08:13:44 10    present them at the marshalling conference, correct?

08:13:47 11            MR. HERMAN:  Correct, Your Honor.

08:13:48 12            THE COURT:  Now, I noticed also on, I believe, the last

08:13:54 13    witness list that I had gotten from the plaintiffs, there were

08:13:57 14    notations that there was a Mr. Lindner and a Mr. Chaisson who

08:14:03 15    were originally going to be called live, and now there is a

08:14:05 16    note that the plaintiffs will not call live.

08:14:06 17            These are people that, apparently, fall in the

08:14:09 18    category we were talking about earlier that you all believe BP

08:14:11 19    or some other defendant will call live now.

08:14:15 20            MR. HERMAN:  Correct.

08:14:15 21            THE COURT:  So you want to reserve the right to submit

08:14:17 22    their deposition bundles if they are not called live, correct?

08:14:21 23            MR. HERMAN:  Or submit them conditionally.

08:14:23 24            THE COURT:  Okay.

08:14:25 25            MR. HERMAN:  Let me just advise the Court and all

**OFFICIAL TRANSCRIPT**

08:14:27  1    parties, there are three additional bundles that the plaintiffs

08:14:29  2    have identified that weren't on our original list of 1/26, and

08:14:36  3    we can formally submit those during the marshalling conference.

08:14:41  4           THE COURT:  If there are any issues that arise that I

08:14:43  5    need to rule on, we can take care of that.

08:14:44  6           MR. HERMAN:  Then, I think the last issue from the

08:14:47  7    plaintiffs' point of view that I know about is -- and we

08:14:49  8    discussed this with Judge Shushan, I think the Court is

08:14:51  9    aware -- there were a number of records custodian subpoenas

08:14:54 10    that were served on the defendants, just in case we had to

08:14:58 11    authenticate some documents.

08:15:00 12                  Our understanding and instructions from the Court

08:15:03 13    were let's leave that until the end of the case, and hopefully

08:15:07 14    they won't be necessary.

08:15:08 15           THE COURT:  Let's hopefully not to have to deal with

08:15:11 16    that.  I haven't yet heard an objection to authenticity, I

08:15:15 17    don't believe, in this trial.  I hope we don't have to go down

08:15:19 18    that road.

08:15:21 19                  Obviously, there could be a legitimate reason,

08:15:23 20    but not just to make somebody come here to say that the

08:15:27 21    document is what it appears to be.

08:15:28 22           MR. HERMAN:  Yes, sir.  We just wanted to preserve that

08:15:30 23    on record before we rest.

08:15:32 24           THE COURT:  Anybody else have a comment on that?

08:15:33 25           MR. BROCK:  Your Honor, just from --

**OFFICIAL TRANSCRIPT**

08:15:43  1            Mike Brock for BP.

08:15:44  2            -- just from our perspective, I don't know what

08:15:46  3    volume of documents that they are talking about, you know,

08:15:49  4    closing a loop here or there.  But our view would be that

08:15:53  5    dumping in a massive number of e-mails or other documents like

08:15:56  6    that, where we don't have witnesses here to explain them, to

08:15:59  7    talk about them, those types of things, we would be opposed to

08:16:03  8    that.  If we're talking about sort of filling in the gaps on

08:16:06  9    records, that's another issue.

08:16:07 10        THE COURT:  I don't think that's what he's talking

08:16:09 11    about.  That wasn't my sense, at least.

08:16:10 12        MR. HERMAN:  No, Your Honor.

08:16:11 13        THE COURT:  I think he was just talking about documents

08:16:13 14    that either have been or will be used during the trial; and, if

08:16:15 15    somebody questions their authenticity, just the authenticity,

08:16:19 16    not the relevance or anything else.

08:16:22 17        MR. REGAN:  Good morning, Your Honor.  Matt Regan on

08:16:27 18    behalf of BP.

08:16:27 19            I'm offering our exhibits yesterday from the

08:16:29 20    examination of Joe Keith.  I don't believe there are any

08:16:33 21    objections to authenticity or otherwise.

08:16:35 22        THE COURT:  Any objection to BP's exhibits regarding

08:16:39 23    Mr. Keith?

08:16:39 24            Okay.  Hearing none, those are admitted.

08:16:39 25            (WHEREUPON, the above-mentioned exhibits were

                              **OFFICIAL TRANSCRIPT**

08:16:41  1    admitted.)

08:16:41  2           MR. REGAN:  Thank you, Your Honor.

08:16:42  3           MR. GODWIN:  Good morning, again, Your Honor.

08:16:44  4    Don Godwin for Halliburton.

08:16:45  5               Judge, I'm offering here this morning the

08:16:48  6    exhibits we used in Joe Keith's deposition.  We've circulated

08:16:51  7    them.  There are no objections.

08:16:53  8               I do have, with regard to the first exhibit

08:16:55  9    that's on the list, Your Honor, D-08166, a flash drive.  It's

08:17:00 10    an animation.  I'll give this to Ben, with the Court's

08:17:03 11    permission, along with the copies.

08:17:06 12           THE COURT:  All right.  Anybody object to Halliburton's

08:17:08 13    exhibits?  These pertain to Mr. Keith, you said?

08:17:11 14           MR. GODWIN:  Yes, Your Honor.

08:17:12 15           THE COURT:  Any objections?

08:17:13 16               Hearing none, those are admitted.

08:17:13 17           (WHEREUPON, the above-mentioned exhibits were

08:17:15 18    admitted.)

08:17:15 19           MR. GODWIN:  Thank you, Judge.

08:17:20 20           MR. WILLIAMSON:  Jimmy Williamson, Your Honor, for the

08:17:20 21    PSC.

08:17:21 22               We're offering the PSC's exhibits to the

08:17:24 23    examination of Greg Perkin.

08:17:26 24               There are two things, Judge.  I've got the list,

08:17:28 25    but I need to correct it.  We are going to defer, because we're

**OFFICIAL TRANSCRIPT**

08:17:32  1    still in discussions in deciding what BP is objecting to, and

08:17:36  2    we're going to try to work that out.

08:17:37  3         THE COURT:  You all are trying to agree to redact the

08:17:40  4    report, as we talked about?

08:17:40  5         MR. WILLIAMSON:  I think the Court is actually correct.

08:17:43  6            The second thing is we had proposed redactions,

08:17:46  7    BP wants some time to look at it, figure out if they want to

08:17:49  8    argue over scope.  We're going to try to work that out before

08:17:52  9    we bring it to you, but we have proposed that.

08:17:54  10           Of course, it's been admitted subject to the

08:17:57  11   appropriate rulings on redactions and objections.

08:18:00  12        THE COURT:  Very well.

08:18:01  13        MR. WILLIAMSON:  Thank you, Your Honor.

08:18:03  14        THE COURT:  Anything else?  Any other preliminary

08:18:03  15   matters?

08:18:04  16           While we're talking about preliminary matters

08:18:08  17   here, I'll mention this.  I received a letter yesterday from --

08:18:13  18   where is Mr. Langan -- from Mr. Langan about the e-mails, the

08:18:19  19   Greenwich Mean Time issue, which apparently everyone else was

08:18:27  20   aware of this issue regarding e-mails.  I was not aware of it,

08:18:30  21   frankly, before the trial started, but that's neither here nor

08:18:33  22   there.

08:18:34  23           But my sense is that -- I think I understand what

08:18:40  24   you're saying in this letter, Mr. Langan -- is that, obviously,

08:18:46  25   because BP and other companies, perhaps, are engaged in

**OFFICIAL TRANSCRIPT**

08:18:52  1    worldwide operations, their e-mail systems somehow convert the
08:19:01  2    timestamp on the top header of the e-mail to Greenwich Mean
08:19:05  3    Time.
08:19:06  4              MR. LANGAN:  Right.
08:19:07  5              THE COURT:  So you can't really tell by looking at
08:19:09  6    that, just glancing at it, exactly what time the e-mail might
08:19:14  7    have been sent.
08:19:14  8              MR. LANGAN:  Also, the sequence of when they were sent.
08:19:17  9              As I think we said in the letter, hopefully it
08:19:19 10    will just be a handful where it even matters, but we didn't
08:19:22 11    want anyone to be misled.
08:19:24 12              THE COURT:  Right.  I'm glad that was pointed out by
08:19:27 13    Mr. Regan.
08:19:29 14              I'm going to depend on the parties to point out
08:19:32 15    to me if it matters, if anybody believes it's relevant or
08:19:35 16    important with respect to any particular e-mail that's used.
08:19:39 17    Otherwise, I'm going to assume it's not important or relevant.
08:19:43 18              MR. LANGAN:  Your Honor, we thought this might be an
08:19:43 19    issue for proposed findings and conclusions to sort of clarify
08:19:47 20    at the appropriate time, as well.
08:19:49 21              THE COURT:  Well, if it does matter, it's helpful if
08:19:51 22    you clarify it during the trial, especially if you all are
08:19:54 23    using it to examine the witness.
08:19:56 24              MR. LANGAN:  Thank you, Your Honor.
08:20:05 25              THE COURT:  I don't know if we need to talk about this

                            **OFFICIAL TRANSCRIPT**

08:20:07  1    today or not.  Mr. Godwin, I got a communication from you this

08:20:10  2    morning.  Do you want to talk about that?

08:20:13  3            MR. GODWIN:  Yes, Your Honor.  Don Godwin for

08:20:17  4    Halliburton.  Excuse me, Judge, I've got a little cold.

08:20:21  5            Judge Shushan, at last Friday's conference,

08:20:27  6    Judge, had asked that we provide a four-page detailed

08:20:39  7    description of what happened to the cement samples that were

08:20:42  8    there at the Lafayette lab that came back from the

08:20:47  9    Macondo well.

08:20:49 10            She said she wanted to have it, obviously, our

08:20:51 11    understanding was, before tomorrow's status conference.  We

08:20:55 12    asked her for length, and she said -- we went back and forth

08:21:00 13    between three and five pages, different ones -- she agreed on

08:21:03 14    four pages.

08:21:03 15            We have that in rough draft almost ready to go,

08:21:06 16    but it will definitely be filed today, probably this morning,

08:21:09 17    Your Honor.  I wanted to let you know that.  It will be

08:21:12 18    circulated among all lawyers, all counsel.

08:21:15 19            Also, just to say that this was further brought

08:21:21 20    up in the testimony of Mr. Tim Probert this week when he talked

08:21:25 21    about, in response to questions from the PSC, two TREX

08:21:32 22    exhibits, which are referenced in the e-mail that I sent to Ben

08:21:36 23    and all counsel and Judge Shushan last night explaining

08:21:39 24    Halliburton's position that all of the materials -- we're led

08:21:42 25    to believe that all of the materials that were there at the

08:21:44 1   Lafayette lab that pertained to the Macondo well, Your Honor,

08:21:49 2   or the cement dry blend and the additives, that those were

08:21:55 3   properly turned over in the course of handling it responding to

08:21:59 4   the subpoena.

08:21:59 5          Under Your Honor's, actually, Order that we got

08:22:03 6   later in the year in 2010, those were all turned over.

08:22:06 7          There were some other materials, Your Honor, that

08:22:07 8   were there from the Kodiak well.  You've heard a lot about

08:22:12 9   Kodiak.  There was some dry blend from the Kodiak well.  Those

08:22:16 10  materials were not, in our position -- or our client's

08:22:20 11  position, Macondo materials, and they were segregated.

08:22:22 12         It was very clear, Your Honor, from the two TREX

08:22:25 13  exhibits that you have here, that the TREX-3110 were materials

08:22:30 14  that related to the *Horizon* rig and the Macondo well.  They

08:22:34 15  were kept under lock and key from the very day that we received

08:22:39 16  a subpoena and, also, in, I believe it was, late April, early

08:22:42 17  May of 2010, a directive from the Department of Justice stating

08:22:46 18  everything should be preserved, nothing should be altered.

08:22:49 19         Those were kept under lock and key.  They are in

08:22:52 20  Lafayette in the lab.  No one touched them.  Nobody used them

08:22:56 21  for sampling.  None whatsoever.

08:22:58 22         During the course of the year, Your Honor, there

08:23:01 23  were some folks with various parties that were asking for some

08:23:04 24  investigation for the parts of the material.  We've

08:23:06 25  consistently always told them that we had a preservation order

**OFFICIAL TRANSCRIPT**

08:23:11 1   from Your Honor, as well as other courts in Texas, that we had

08:23:15 2   to keep them.  We did.

08:23:15 3            So we kept them, and then throughout the year --

08:23:18 4        THE COURT:  I'm sorry to interrupt you, but it sounds

08:23:23 5   like you can put all this in your four-page --

08:23:26 6        MR. GODWIN:  We've got all of that done, Judge.

08:23:28 7        THE COURT:  What I'm more interested in this morning is

08:23:30 8   this communication I got this morning that pertains to the

08:23:35 9   Kodiak materials and --

08:23:39 10       MR. GODWIN:  That's what I was addressing.  That will

08:23:40 11  be part of this submission.

08:23:42 12       THE COURT:  Because we know from the prior testimony

08:23:45 13  that there was, quote, leftover cement from the Kodiak well

08:23:50 14  that was ultimately used to create the slurry for the

08:23:57 15  Macondo well, correct?

08:23:58 16       MR. GODWIN:  The Kodiak well, yes, Your Honor.

08:23:59 17       THE COURT:  So, apparently, you say in your e-mail that

08:24:02 18  your client has just realized -- or you all have just realized,

08:24:06 19  somebody just realized, that you do have this Kodiak material

08:24:11 20  still in your lab.  So I'm just trying to understand what's the

08:24:19 21  significance of that in relation to the trial?

08:24:20 22       MR. GODWIN:  In my judgment, none, Your Honor.  In my

08:24:24 23  judgment, none, but I will submit to you, respectfully, that in

08:24:28 24  full disclosure, when we heard the other day it came out from

08:24:32 25  Mr. Probert that there was an issue about some Kodiak materials

08:24:36  1   and some Macondo materials, the Macondo materials were

08:24:40  2   segregated under lock and key, turned over to the Department of

08:24:41  3   Justice, through Mike Underhill's office and those guys.  We

08:24:44  4   worked with them.

08:24:47  5           The Kodiak materials, I was simply advising the

08:24:49  6   Court that some of those materials from the Kodiak were also

08:24:52  7   kept in Lafayette.  We were told as late as yesterday, Judge,

08:24:55  8   that those materials were kept in the lab up on shelves

08:24:58  9   segregated from everything else.  They have not been touched.

08:25:01 10   They have been sitting there.

08:25:02 11           Our judgment is they have nothing to do with this

08:25:04 12   trial, but I simply was giving the Court full disclosure, in

08:25:09 13   view of what Mr. Probert said the other day.  I didn't want the

08:25:13 14   issue to come out that something was reused over there that

08:25:16 15   should have been turned over pursuant to the subpoena, which

08:25:19 16   simply didn't happen, Judge.

08:25:20 17       THE COURT:  With this communication to the Court,

08:25:23 18   you've now advised all the other parties of this.

08:25:26 19       MR. GODWIN:  Yes, Your Honor.

08:25:27 20           Today, Judge, we will be filing the four-page

08:25:30 21   submission, circulating it, and it will have a timeline that we

08:25:33 22   think will lay out for Your Honor and everyone else exactly

08:25:37 23   what happened and why this is not an issue that needs any

08:25:39 24   further attention.

08:25:45 25           Thank you, Judge.  Appreciate you giving me the

**OFFICIAL TRANSCRIPT**

08:25:43  1    opportunity.

08:25:43  2            THE COURT:  Thank you.

08:25:43  3                Anybody else want to comment on that at this

08:25:46  4    time?

08:25:46  5            MR. BREIT:  Yes, Your Honor.  Jeffrey Breit for the

08:25:52  6    PSC.

08:25:52  7                It was my questioning of Mr. Probert that raised

08:25:55  8    this issue with regard to the Kodiak cement.

08:25:58  9                The letter last evening from Mr. Godwin suggests

08:26:01 10    two things that I wanted to correct for the Court, and then I

08:26:05 11    wanted to point out the significance of this missing cement.

08:26:07 12                The 4/30/2010 locker, which was TREX-48002 that I

08:26:13 13    used with Mr. Probert, comes from a custodial file of Mr. Tony

08:26:13 14    Angelle.

08:26:22 15                Halliburton makes productions throughout the

08:26:26 16    year.  I have the metadata.  I didn't think I needed the

08:26:29 17    metadata to show where it came from, but it's from Halliburton

08:26:33 18    files.  We have the metadata.  It's dated April 30th.

08:26:37 19                That particular document has the Kodiak cement,

08:26:40 20    which I used in my exhibit, which is on page 2 of the exhibit.

08:26:46 21                The Kodiak cement that was being held was used by

08:26:49 22    Jesse Gagliano on March 7th for the Macondo well, which is

08:26:55 23    TREX-5595.

08:27:00 24                The exact ingredients of the dry blend --

08:27:03 25    remembering, Judge, that the Kodiak cement was brought over

                          **OFFICIAL TRANSCRIPT**

08:27:07  1    with the *Deepwater Horizon* in January, after the *Marianas* was

08:27:09  2    replaced, had Kodiak cement on it.  The Kodiak dry cement that

08:27:14  3    was created, which had this defoamer in it, was the exact

08:27:18  4    product that was used by Jesse Gagliano for testing on the

08:27:22  5    Macondo well.

08:27:23  6            It was the exact testing that's used on

08:27:27  7    March 7th, because they have three markings to make sure they

08:27:29  8    know what they are using:  The date that the product is sent to

08:27:33  9    the lab, the lot number, which is the lot number for the

08:27:36 10    *Deepwater Horizon*, and the specific ID number for the specific

08:27:41 11    dry cement.

08:27:43 12            That particular dry cement was used by

08:27:46 13    Jesse Gagliano on the *Deepwater Horizon* on March 7th.  They

08:27:51 14    kept that Kodiak cement, and they put it in a locker on

08:27:56 15    April 30th, which is dated on the custodial file, remembering,

08:28:00 16    of course, that after April 20th, they threw the blanket of

08:28:03 17    legal protection over all things that were being done, and we

08:28:06 18    know that there was testing done by Ricky Morgan of some

08:28:10 19    product.

08:28:11 20        THE COURT:  Look, I want to resume the testimony of

08:28:12 21    this trial shortly.  Get to the bottom line.  What are you

08:28:17 22    suggesting we should do at this point?  Or do you have a

08:28:20 23    suggestion?

08:28:20 24        MR. BREIT:  Well, I do have a couple of suggestions,

08:28:22 25    but if I could just finish the last point on the Kodiak cement.

08:28:27  1            The Kodiak cement, there are only two batches of

08:28:28  2    the cement that were used on the Macondo well with the exact

08:28:31  3    same ingredients that failed on April 17th.

08:28:33  4            The April 17th cement has a very specific

08:28:39  5    chemical makeup.  The Kodiak cement was one of those, and a

08:28:42  6    Macondo batch was one of those.

08:28:44  7            There was a preservation order put in right away,

08:28:46  8    and then there was a subpoena from the Justice Department.

08:28:49  9    They wanted all of the products that were related to the

08:28:52 10    Macondo well.  This Kodiak cement was one of them.

08:28:55 11            They found it yesterday.  They have been

08:28:58 12    complaining that all of the testing that was done after the

08:29:01 13    fact couldn't be reliable.

08:29:04 14            So what we're saying is they've had the Kodiak

08:29:08 15    cement that we wanted.  So we're going to be asking the Court

08:29:11 16    for a negative inference and a presumption with regard to the

08:29:15 17    third-party testing of the cement, but we want to find out

08:29:18 18    where these particular products were.

08:29:22 19            We have been hamstrung because there was a

08:29:25 20    spoliation motion last summer that we couldn't investigate what

08:29:29 21    happened, that was held by Judge Shushan.  We now have

08:29:32 22    custodial files.

08:29:33 23            I apologize, Your Honor.

08:29:35 24            We need to know, one, where has this cement been?

08:29:42 25    Two, we have testing that was done in May off the record, so we

OFFICIAL TRANSCRIPT

08:29:45 1  know that.  We know that they have produced records where they

08:29:48 2  are missing Bates stamped numbers.

08:29:51 3              So, all of a sudden, yesterday, the Kodiak cement

08:29:54 4  that everyone has been looking for, for two and a half years,

08:29:56 5  is found because Mr. Probert doesn't realize that someone in

08:30:00 6  the lab has put it aside, and then it moves from one lab to

08:30:03 7  another.

08:30:03 8         THE COURT:  Here is what we're going to do.  I've

08:30:06 9  already had a brief conversation with Judge Shushan about this

08:30:08 10 this morning because she is the one who forwarded -- I guess,

08:30:12 11 the e-mail came from Ms. Martinez, on behalf of Mr. Godwin --

08:30:16 12         MR. GODWIN:  Yes, Your Honor.

08:30:18 13         THE COURT:  -- last night, but I didn't see it until

08:30:20 14 early this morning.

08:30:20 15             So I'm going to have another conversation with

08:30:24 16 her, and I'll probably ask her to take this up further with the

08:30:30 17 parties, if she has time, sometime later today; if not, then in

08:30:36 18 the morning at the weekly conference that you all have, okay?

08:30:41 19         MR. BREIT:  Yes, Your Honor.  But its relevance is

08:30:43 20 obviously very clear to us as to why we needed it.

08:30:46 21         THE COURT:  I understand, but, you know, I'm not going

08:30:48 22 to make any decisions about this today.

08:30:51 23             Obviously, Mr. Godwin is going to be submitting

08:30:53 24 some briefing on this or submissions.  Then you all can do the

08:30:57 25 same.  We'll just have to see how this all unfolds, okay.

**OFFICIAL TRANSCRIPT**

08:31:01  1          MR. GODWIN:  Thank you, Judge.  We appreciate it.

08:31:12  2          THE COURT:  Let's proceed with testimony.  Sorry to

08:31:16  3     delay you.

        4                          **GEOFF WEBSTER**

        5     was called as a witness and, after being previously duly sworn

        6     by the Clerk, was examined and testified on his oath as

        7     follows:

        8                      DIRECT EXAMINATION (CONTINUED)

        9     BY MR. WILLIAMS:

08:31:28 10     Q.    Good morning, Mr. Webster.  Welcome back.

08:31:28 11     A.    Good morning, sir.

08:31:31 12     Q.    I'm Conrad Williams.  I've got you on direct.  I represent

08:31:35 13     the Plaintiffs' Steering Committee.

08:31:38 14            Yesterday at some point during that long day, I asked

08:31:41 15     you some questions about the BOP.  I just want to make sure

08:31:47 16     that we're clear on the BOP.  You are not -- you haven't been

08:31:56 17     asked to offer an opinion and you weren't offering an opinion

08:31:56 18     on any of the design characteristics of the BOP, are you, sir?

08:32:02 19     A.    That is correct.  No, I'm not.

08:32:04 20     Q.    Other than knowing how the BOP is supposed to work, beyond

08:32:08 21     that, you're not being asked to give any type of opinion with

08:32:15 22     respect to BOP design, correct?

08:32:17 23     A.    That is correct.

08:32:17 24     Q.    Okay.  We're almost done with our long voyage through the

08:32:22 25     history, the maintenance history at least, of the

                          **OFFICIAL TRANSCRIPT**

08:32:25  1    *Deepwater Horizon*.

08:32:26  2              I would like to direct your attention to TREX-3405.

08:32:33  3    And could you identify that for the Court, please.

08:32:37  4    A.   Yes, sir.   That's the *Deepwater Horizon* follow-up rig

08:32:42  5    audit, marine assurance audit, out-of-service period,

08:32:47  6    September 2009.

08:32:47  7    Q.   And based on your review of all of the documents in this

08:32:51  8    matter, is this the last BP rig -- formal BP rig audit, not

08:32:59  9    including follow-ups, that was performed on the

08:33:02  10   *Deepwater Horizon* before she was lost?

08:33:04  11   A.   Yes, I believe so.

08:33:05  12   Q.   Okay.   Let's take a quick look at it.   We'll go to the

08:33:10  13   executive summary page, please.   And it says that the audit was

08:33:21  14   performed on 13 to 17 September in 2009, correct?

08:33:27  15   A.   Correct.

08:33:27  16   Q.   And the next paragraph says, "The rig commenced an

08:33:33  17   out-of-service period on 31 August 2009, to undertake

08:33:36  18   underwater, in lieu of drydock, UWILD inspection."

08:33:42  19              Would you explain for the Court, please, what your

08:33:45  20   understanding of UWILD inspection is?

08:33:50  21   A.   Yes, sir.   Any vessel that is built under class, such as

08:33:55  22   ABS, built under what we call the *Maltese Cross*, and then

08:34:03  23   classified by a classification society such as ABS, is required

08:34:09  24   within a five-year period to have two drydockings.   There's an

08:34:14  25   intermediate and then there is the five-year.

**OFFICIAL TRANSCRIPT**

08:34:18  1          After five years, it becomes known as a special

08:34:22  2   survey.  So the first special survey of a vessel is after five,

08:34:26  3   and then ten and 15.  And as each special survey goes, so it

08:34:32  4   gets extended.

08:34:33  5          Now --

08:34:33  6   Q.   Let me stop you right there and just make sure that

08:34:37  7   something is clear for the record.  When you say *drydock*, how

08:34:41  8   do you define drydock?

08:34:43  9   A.   Drydock means that the vessel is taken to a shipyard and

08:34:47 10   is actually lifted clear of the water so that the underwater

08:34:51 11   hull can be inspected, the thrusters, for example, can be

08:34:54 12   overhauled, the hull cleaned of growth, and many times -- most

08:35:02 13   times repainted with anti-fouling paint and the hull put back

08:35:06 14   in good shape.

08:35:07 15   Q.   Based on your review of the maintenance history of the

08:35:13 16   *Deepwater Horizon*, had it ever entered drydock from the

08:35:19 17   point -- first point it went into operation until she was lost

08:35:22 18   on April 20, 2010?

08:35:24 19   A.   No, sir.  She operated for nine years without ever going

08:35:27 20   into drydock.

08:35:27 21   Q.   Okay.

08:35:30 22   A.   And the UWILD -- if I can finish, I'm sorry.

08:35:30 23   Q.   Please.

08:35:33 24   A.   The UWILD, under the regulations of both class and

08:35:38 25   Marshall Islands as well as the IMO MODU code, does allow UWILD

**OFFICIAL TRANSCRIPT**

08:35:45  1      to be undertaken by the classification society.

08:35:50  2           UWILD, as it says, is underwater in lieu of

08:35:54  3      drydocking inspection.  This requires that a classification

08:35:57  4      surveyor go onboard the rig with divers.  There are CCT video

08:36:07  5      cameras that the divers carry with them, and the ABS inspector

08:36:12  6      watches the screen and directs the divers to go to various

08:36:18  7      parts of the vessel.

08:36:21  8           Under the terms of the UWILD, the hull is to be

08:36:25  9      cleaned, gaugings are to be taken, an investigation into the

08:36:29 10      condition of the propellers and the propeller-drive system,

08:36:34 11      sea chest, sea valves and pretty much the structural integrity

08:36:38 12      of the hull.

08:36:38 13      Q.   Now, a UWILD inspection was conducted; is that correct?

08:36:45 14      A.   Yes.  Several were.

08:36:46 15      Q.   Now, and I'm talking about this -- the most recent UWILD.

08:36:54 16      Do you have an opinion, as an expert in marine safety and as a

08:37:00 17      marine surveyor and a marine engineer, do you have an opinion

08:37:04 18      as to whether or not the UWILD exemption with respect to the

08:37:10 19      31 August 2009 service period was valid?

08:37:14 20      A.   In my opinion, sir, no.

08:37:15 21      Q.   And would you explain to the Court why that is your

08:37:21 22      opinion, the basis for that opinion.

08:37:22 23      A.   Well, it's very clear in the -- both the classification

08:37:25 24      documents and the MODU code that UWILD is only to be conducted

08:37:34 25      provided there is no major deficiency on the vessel.

**OFFICIAL TRANSCRIPT**

08:37:38  1            Quite clearly, from what we have been through

08:37:42  2  yesterday and in the reports and audits, there were major

08:37:48  3  problems with this vessel during this period.  The eight

08:37:50  4  thrusters were taking water.  There were watertight door

08:37:54  5  issues.  The cranes were in a very bad condition.  There were

08:37:59  6  the -- the life rafts were not certified.  There was a whole

08:38:02  7  bunch of major problems, in my opinion, which affected the

08:38:07  8  seaworthiness of the vessel.

08:38:09  9  Q.   If, in your opinion, those major issues that you've

08:38:12 10  described in topical fashion in your answer, if those major

08:38:18 11  issues exist, that disqualifies the vessel from -- or should

08:38:24 12  disqualify the vessel from getting a UWILD or drydock

08:38:30 13  exemption?

08:38:30 14  A.   That is correct.  Under the terms of the certificate

08:38:33 15  issued by ABS, the owner has the responsibility of reporting to

08:38:37 16  them major unseaworthy issues, which clearly, in my opinion,

08:38:43 17  was not done.

08:38:44 18  Q.   Let's go on to the next highlighted paragraph in the

08:38:49 19  executive summary, please.

08:38:52 20            And here we see that the audit made a number of

08:38:56 21  findings.  "Based on the nature of these findings; i.e., rig

08:39:03 22  floor nonoperational, potential adverse effect on rig emergency

08:39:08 23  preparedness and watertight integrity regarding the

08:39:12 24  marine-related issues, a recommendation was made to the

08:39:14 25  Wells Team to suspend operations until many have been

**OFFICIAL TRANSCRIPT**

08:39:19  1    satisfactorily addressed."

08:39:20  2         And then it goes on to list some findings of

08:39:24  3    particular note.  We're going to talk about some of those.

08:39:27  4         First one is, "Closing out of the last audit

08:39:30  5    recommendations had no apparent verification by BP.

08:39:36  6    Consequently, a number of the recommendations that Transocean

08:39:38  7    had indicated as closed out had either deteriorated again or

08:39:43  8    not been suitably addressed in the first instance."

08:39:47  9         Mr. Webster, in your expert opinion, based on your

08:39:52 10    review of all of these documents and audits, the maintenance

08:39:57 11    history of this vessel, is this issue a recurring issue?

08:40:04 12    A.    Yes, sir, it sure is.

08:40:05 13    Q.    And, in your opinion, is it an ISM code violation?

08:40:13 14    A.    Yes, it is.

08:40:13 15    Q.    Let's go down to the third bullet point.

08:40:18 16         "Numerous personnel changes had occurred in the

08:40:21 17    18 months since our last audit.  These were seen at all levels

08:40:25 18    and disciplines."

08:40:26 19         As a marine safety expert, Mr. Webster, do you have

08:40:29 20    an opinion as to the impact on safety that numerous personnel

08:40:38 21    changes can cause with respect to operational vessel

08:40:43 22    management?

08:40:44 23    A.    Well, yes.  What happens, of course, is that when you have

08:40:48 24    new people onboard, they have to be retrained, they have to

08:40:52 25    understand the vessel, and they have to understand the safety

08:40:56 1   equipment that's onboard.  So it's always a problem when new

08:41:00 2   people go on a vessel, especially one as complex as this.

08:41:03 3   Q.    Thank you.

08:41:09 4         The next bullet point.

08:41:10 5         "Overdue planned maintenance considered excessive,

08:41:14 6   390 jobs amounting to 3545 man-hours.  With recent shift from

08:41:19 7   Empac to RMS, two maintenance systems, and revised maintenance

08:41:25 8   scheduling, the backlog does not look as though it will

08:41:29 9   improve."

08:41:29 10        Mr. Webster, based on your review of all of the

08:41:32 11  materials you've looked at with respect to the maintenance

08:41:39 12  history of the *Deepwater Horizon*, is this a problem that is

08:41:46 13  recurring?

08:41:48 14  A.    This is a shocking report.  It clearly shows that there

08:41:53 15  were not enough people onboard, there was not enough equipment

08:41:56 16  for spares, and that the rig was going downhill.

08:42:00 17  Q.    Let's to go the next page, please, the second bullet

08:42:12 18  point.

08:42:12 19        It says, "Test, middle and upper BOP ram bonnets are

08:42:22 20  original and out with OEM and API five-year recommended

08:42:28 21  certification period."

08:42:29 22        Could you just briefly explain what that means to the

08:42:34 23  Court.

08:42:35 24  A.    Well, that means that the manufacture, Cameron, had

08:42:39 25  required that they be recertified within a five-year period.

**OFFICIAL TRANSCRIPT**

08:42:42  1    And, clearly, this is not being done.

08:42:43  2    Q.    Now, in your opinion, is that an ISM code violation?

08:42:52  3    A.    Yes, it is.

08:42:52  4    Q.    In your opinion, does that affect the safety integrity of

08:42:59  5    the vessel?

08:43:00  6    A.    Well, yes.  The BOP is the most important safety piece of

08:43:03  7    equipment on the vessel.

08:43:03  8    Q.    And, therefore, is it your opinion that this finding

08:43:16  9    impacted the safety and well-being of the crew onboard?

08:43:20 10    A.    Yes, sir, it did.

08:43:21 11    Q.    Now, do you know whether or not this is the same BOP that

08:43:27 12    had been with the vessel during its nine or ten year history?

08:43:30 13    A.    Yes, sir.  My understanding is, it was.

08:43:34 14    Q.    Did you find any records that the ram bonnets and/or other

08:43:41 15    original components, not specific components, but the ram

08:43:47 16    bonnets and the BOP in general had ever been subject to OEM

08:43:53 17    recertification or certification?

08:43:55 18    A.    No, sir, I did not.

08:43:55 19    Q.    Now, is that five-year certification you talked about, is

08:44:02 20    that just a requirement or a suggested requirement by Cameron,

08:44:08 21    or are there other guidances out there that suggest that the

08:44:15 22    same schedule should be abided by?

08:44:17 23    A.    No.  This is required by Mineral Management Service.  I

08:44:21 24    believe it's 33 CFR 250, requires that also.

08:44:26 25    Q.    Is it also an API recommendation?

**OFFICIAL TRANSCRIPT**

08:44:29  1    A.    Yes, sir, it is.

08:44:30  2    Q.    The next bullet point is:

08:44:34  3          "The port aft quadrant watertight dampers failed to

08:44:34  4    close when tested."

08:44:43  5          In your review of the maintenance history of this

08:44:46  6    rig, is that something that has cropped up repeatedly?

08:44:53  7    A.    Yes, it has.  And is a major unseaworthy item.

08:44:57  8    Q.    It's a violation of the ISM code?

08:45:00  9    A.    Yes, sir, it is, and the class.

08:45:09 10    Q.    The next bullet point, skip down to the fifth.

08:45:10 11          "Three out of four electric bilge pumps were tested.

08:45:15 12    All three failed to achieve suction due to defective priming

08:45:19 13    systems."

08:45:19 14          Can you explain that in laymen's language to me and

08:45:22 15    to the Court, please.

08:45:23 16    A.    Yes.  There were four thruster rooms on the vessel, which

08:45:27 17    are located way down in the -- in the pontoons.  And these

08:45:34 18    bilge pumps are, obviously, used to pump water out from the

08:45:40 19    bilges.  There's a lot of water cooling in those spaces so they

08:45:45 20    can flood.  In fact, I believe, reading the records, they had

08:45:48 21    flooding in one of these spaces at one time.

08:45:51 22          The fact that the bilge pumps couldn't work, this is,

08:45:55 23    again, a major unseaworthy item.

08:45:58 24    Q.    The bilge -- isn't it true that bilge pumps are designed,

08:46:01 25    obviously, to get water out of a vessel, correct?

**OFFICIAL TRANSCRIPT**

08:46:04 1    A.    Yes.  The bilge pumps, because of the nature of the

08:46:10 2    bilges, they have to have a priming system on the -- basically,

08:46:14 3    the priming system is used to take the air out of suction lines

08:46:18 4    so that the pump can get primed and they start to pump.

08:46:21 5    Q.    Is -- having three of four electric bilge pumps fail to

08:46:29 6    achieve suction, does that constitute, in your expert opinion,

08:46:34 7    a safety issue?

08:46:36 8    A.    Very much so.

08:46:37 9    Q.    And why is that, sir?

08:46:39 10   A.    Well, it's posing a problem and is a seaworthy item.  You

08:46:50 11   can't maintain stability if you start flooding in one of these

08:46:54 12   thruster rooms.

08:46:56 13   Q.    And then not the next bullet point, the one after that

08:47:00 14   says, "Several hydraulic watertight door issues concerning both

08:47:06 15   operability and functionally.  Insufficient onboard spares to

08:47:11 16   make repairs."

08:47:12 17          In your opinion, is that an impairment of the safety

08:47:18 18   integrity of this vessel?

08:47:19 19   A.    Yes.  Again, it's an unseaworthy item.  It goes directly

08:47:25 20   to the intact stability of the vessel and is of prime

08:47:29 21   importance that all watertight doors be kept closed at all

08:47:32 22   times.

08:47:32 23   Q.    Why is that?

08:47:32 24   A.    Again, for the watertight integrity, should one of the

08:47:38 25   compartments flood, it stops the progressive flooding of the

**OFFICIAL TRANSCRIPT**

08:47:42 1    rig, which can, obviously, cause it to sink.

08:47:44 2    Q.   Now, we're going to skip ahead.

08:47:49 3         MR. WILLIAMS:  Judge, I understand yesterday an order

08:47:51 4    was issued to mark these in a little bit different way.  It

08:47:55 5    will make it easier for you.  I didn't have a chance to do that

08:47:59 6    yet.

08:47:59 7         THE COURT:  That was Judge Shushan's order.  But

08:48:05 8    that's, I'm assuming -- frankly, I had not had a discussion

08:48:12 9    with her directly, but I'm assuming that she was aware of some

08:48:15 10   the confusion that I've noted throughout this trial where

08:48:20 11   different people are using different means of identifying what

08:48:24 12   would be the same exhibit, but calling it -- just calling by a

08:48:29 13   slide number or either referring to some call-out but not

08:48:37 14   identifying the page or vice versa.  I think the idea is to get

08:48:41 15   some consistency here.

08:48:42 16        MR. WILLIAMS:  Whatever routine you decide to impose.

08:48:45 17        THE COURT:  Well, apparently, she's already decided.

08:48:48 18   I'm fine with that.

08:48:50 19        MR. WILLIAMS:  I haven't had a chance to gear up, but

08:48:54 20   when we submit these --

08:48:54 21        THE COURT:  If that was appeal from her order, I just

08:48:58 22   denied your appeal.

08:49:03 23        MR. WILLIAMS:  I know better than to do that.  I

08:49:06 24   learned that the hard way.

08:49:06 25   BY MR. WILLIAMS:

**OFFICIAL TRANSCRIPT**

08:49:10   1    Q.    In this same document, if you can skip ahead to

08:49:13   2    Bates page 8601.  It's page 13, Carl.

08:49:38   3          And, Mr. Webster, the last question on the executive

08:49:42   4    summary portion of this report, here we have an entry that

08:49:44   5    says, "Control of alarms and defeats and bypasses was not well

08:49:48   6    managed.  In fact, no single person could account for which

08:49:51   7    alarms, etcetera, were overridden or, indeed, for what reason."

08:49:59   8          I need to -- we're almost done with this maintenance

08:50:02   9    history, but we need to explore this in a little more detail.

08:50:06  10          In your opinion, would you please tell the Court

08:50:11  11    everything about that sentence that you take issue with as an

08:50:18  12    expert in marine safety and explain why.

08:50:22  13    A.    Well, as the Court already heard, I think there are

08:50:27  14    hundreds of alarms on this vessel.  There are smoke detectors.

08:50:31  15    There are heat, fire alarms.  There are gas alarms.  There are

08:50:35  16    high bilge alarms.  There are alarms for the watertight doors,

08:50:42  17    if they are opened or closed, and it goes on and on and on.

08:50:44  18    There are alarms for the engines, high temperature alarms, low

08:50:50  19    lube oil pressure.  I mean, it's incredible.

08:50:52  20          And that's all controlled by the IACS that we talked

08:50:55  21    about.

08:50:57  22          The fact that alarms were overridden or bypassed,

08:51:01  23    just put the rig at tremendous disadvantage and put the crew in

08:51:06  24    tremendous danger.

08:51:14  25    Q.    When -- let me ask you a couple questions about that.

**OFFICIAL TRANSCRIPT**

08:51:24  1   When it says that "the defeats and bypasses were not well

08:51:28  2   managed," sir, if defeats, bypasses inhibits are entered into

08:51:39  3   an automatic system, in your opinion as a marine safety expert,

08:51:45  4   is it critical that those inhibits and bypasses be carefully

08:51:51  5   managed?

08:51:52  6   A.   Yes.   This should be -- there were several -- there was an

08:51:56  7   electrician foreman, I believe, or a lead electrician, there

08:52:00  8   were ETs, electrotechnicians onboard, and certainly somebody

08:52:07  9   should have been managing the complete system to -- I mean, to

08:52:10 10   start correcting them, to repair them, to test them, to

08:52:16 11   calibrate them.   There should have been something done very

08:52:19 12   urgently to correct this issue.

08:52:23 13   Q.   Should there have been some person, some member of the

08:52:28 14   vessel crew or more than one member of the vessel crew who at

08:52:33 15   least kept track of which ones were inhibited or overridden?

08:52:39 16   A.   Yes.   That should be the chief engineer, I would think, or

08:52:41 17   the senior electronic technician.

08:52:43 18   Q.   Is that something the master of the vessel should make

08:52:45 19   sure he's aware of?

08:52:46 20   A.   Yes.   He should be on top of that, too.

08:52:49 21   Q.   And is that -- the duty to do that by the master, is that

08:52:55 22   an ISM code obligation?

08:52:57 23   A.   Yes.   That's his overriding responsibility, is to ensure

08:53:01 24   every safety equipment, every safety alarm, every safety -- the

08:53:08 25   lifeboats, the life rafts, etcetera, are in good condition and

**OFFICIAL TRANSCRIPT**

08:53:12  1    certified properly.

08:53:13  2    Q.    Okay.  Carl, let's move on to the -- this same audit

08:53:21  3    report action sheet later on in the exhibit.  And could you go

08:53:29  4    forward.  We're going to skip some of these, try and get

08:53:33  5    through this a little more quickly, but could you go to

08:53:36  6    Reference 1.2.1, please.

08:53:56  7          Okay.  Mr. Webster, this was just summarily covered

08:54:00  8    in the executive portion of this audit, but this section

08:54:08  9    covers, "The test, middle and upper pipe ram BOP bonnets are

08:54:15 10    original.  They have not been subject to OEM inspection."

08:54:21 11          If I asked you this question -- I jumped ahead and I

08:54:24 12    apologize.  Did you find any evidence in the documents you

08:54:26 13    reviewed which indicated that this BOP stack had been subject

08:54:29 14    to any OEM inspection and certification --

08:54:32 15    A.    No, sir, I did not.

08:54:33 16    Q.    -- during its life?

08:54:34 17    A.    I did not.

08:54:36 18    Q.    Thank you.

08:54:43 19          Let's go to 2.1.11, please.

08:54:54 20          And here we see that, "An ESD fault was registered on

08:54:58 21    the fire and gas panel located on the bridge.  Further

08:55:02 22    investigation revealed that the helifoam system had been

08:55:06 23    inhibited, thereby preventing operation during helicopter

08:55:12 24    operations.  This inhibit had been missed from systems tests

08:55:17 25    the previous day."

**OFFICIAL TRANSCRIPT**

08:55:19 1            Now, just explain real briefly what the helifoam

08:55:25 2     system is, please.

08:55:25 3     A.   Yes.  The helifoam system is the fire suppressant system

08:55:30 4     on the helideck.  If a helicopter came down and crashed and

08:55:36 5     caught on fire, they would use the foam to put the fire out.

08:55:38 6     Q.   Is that something that was designed to be automatically

08:55:43 7     activated by the emergency shutdown system?

08:55:46 8     A.   I believe it is, yes.

08:55:48 9     Q.   2.2.10, Reference 2.2.10, Carl.

08:56:11 10           I'll start reading it for you, Mr. Webster.  Carl

08:56:15 11    will get it up here in just a second.

08:56:17 12           "One of the BOP high-pressure boost hoses has been in

08:56:21 13    service since December 1999.  The hose is in poor fabric

08:56:27 14    condition and has not been maintained in accordance with

08:56:29 15    Transocean yearly or five-yearly maintenance requirements.  It

08:56:35 16    was communicated that the delivery date for a replacement hose

08:56:39 17    was March 2010, approximately four months later."

08:56:43 18           Is this, in your opinion as a marine safety expert, a

08:56:52 19    violation of the ISM code?

08:56:54 20    A.   Yes.

08:56:54 21    Q.   Why is that?

08:56:56 22    A.   Anytime a hose shows deterioration, it should be replaced

08:56:59 23    immediately because it could bust and leak and cause, not only

08:57:03 24    a pollution incident, but it could cause a failure of the

08:57:07 25    specific piece of equipment.

**OFFICIAL TRANSCRIPT**

08:57:08  1    Q.    And this specific piece of equipment is the blowout

08:57:11  2    preventer, is it not?

08:57:12  3    A.    That's correct.

08:57:12  4    Q.    Go forward to Reference 2.3.1.

08:57:24  5          "A formal system to manage alarm inhibits and control

08:57:28  6    of defeats and bypasses was not in place for vessel management

08:57:33  7    system, drilling control system and related PLCs, etcetera."

08:57:43  8          Have you, in your review of all these documents, seen

08:57:46  9    this or similar complaints in prior years?

08:57:48 10    A.    Yes.  An ongoing problem.

08:57:51 11    Q.    In your opinion as a marine safety expert, are these

08:57:55 12    serious safety issues?

08:57:57 13    A.    Very serious, yes.

08:57:58 14    Q.    The next one, 2.3.2.

08:58:04 15          "Although not widespread, it was evident that

08:58:08 16    maintenance routines were still being closed out, although the

08:58:11 17    maintenance tasks were not being performed; e.g., 30-day

08:58:15 18    top drive dolly."

08:58:19 19          And again, based on your review of the history, the

08:58:28 20    maintenance history of this rig, is that something that we've

08:58:31 21    seen repeatedly, that type of issue?

08:58:35 22    A.    An ongoing problem with the failure to maintain the

08:58:39 23    vessel, yes.

08:58:39 24    Q.    Now, in all of these issues that we're talking about,

08:58:41 25    we're almost done with these, but in all these issues we're

OFFICIAL TRANSCRIPT

08:58:45 1  talking about, is -- are these things that the designated
08:58:50 2  person ashore would or should know about?
08:58:53 3  A.   Yes, indeed.
08:58:54 4  Q.   And his obligation, knowing all of these things, what
08:59:00 5  would his obligation be?
08:59:02 6  A.   Well, his obligation is go to the most senior management
08:59:05 7  and tell them that their maintenance system is not working.  I
08:59:09 8  mean, we have to do something about it, put more money into it,
08:59:13 9  get more people involved, I mean, clearly, improving the
08:59:18 10 maintenance of this rig, which was going downhill in a rapid
08:59:22 11 fashion.
08:59:22 12 Q.   Now, we've got an entire -- almost a ten-year history of
08:59:26 13 maintenance issues with this rig.  Many of which we've talked
08:59:30 14 about in the last day and two or three hours.
08:59:34 15 A.   That is correct.
08:59:34 16 Q.   Is that right?
08:59:34 17 A.   Yes, sir.
08:59:35 18 Q.   Are those issues, the issues we have seen and talked about
08:59:41 19 thus far, are all of those -- would it be your expectation as
08:59:45 20 an ISM auditor, that all of those issues would be known at the
08:59:51 21 highest level of management or should be known at the highest
08:59:54 22 level of management at Transocean?
08:59:57 23 A.   Well, yes, it should have been known.  Absolutely.  That's
08:59:58 24 the purpose of the ISM, the purpose of the designated person,
09:00:03 25 the purpose of the captain, to relay this to the DP.

**OFFICIAL TRANSCRIPT**

09:00:07  1    Q.   It's not just the purpose of the ISM code; it's a
09:00:12  2    requirement of the ISM code?
09:00:13  3    A.   Very much so.  A requirement of the code and
09:00:15  4    Marshall Islands flag-state law, I believe.
09:00:20  5    Q.   Thank you.
09:00:26  6         Let go down to 2.2.3.
09:00:30  7         "Although previously reported quality and maintenance
09:00:33  8    history reporting remains below par across all disciplines, in
09:00:36  9    many cases history was deficient in content describing the work
09:00:39 10    carried out, and it was frequently not possible to determine if
09:00:42 11    the required maintenance tasks had been performed."
09:00:47 12         Based on your review of all of these documents, the
09:00:51 13    history of this vessel, is that a frequently recurring problem
09:00:56 14    in your opinion?
09:00:57 15    A.   Yes, it is.
09:00:57 16    Q.   And is that -- how do you characterize that as a marine
09:01:06 17    safety expert?
09:01:07 18    A.   Well, it's a major hazard onboard the vessel.  I mean,
09:01:10 19    it's clearly affecting the operation of the rig.  It's
09:01:13 20    affecting the safety of the rig.  It's affecting the safety
09:01:18 21    shutdowns on the rig.  It's also affecting the workload on the
09:01:22 22    crew to try to keep up with a rapidly deteriorating vessel.
09:01:26 23    Q.   Mr. Webster, we're not quite done yet with the maintenance
09:01:30 24    history of this vessel, but let me ask you this question now.
09:01:34 25    In many of these categories, there are serious safety issues.

**OFFICIAL TRANSCRIPT**

09:01:38 1   We have a long history over years of the same issue or very

09:01:43 2   similar issues occurring, reoccurring and reoccurring on

09:01:47 3   surveys, audits, self-audits, correct?

09:01:57 4   A.   Correct.

09:01:57 5   Q.   As a marine safety expert, how would you characterize the

09:02:02 6   history, the maintenance history and tracking of this vessel?

09:02:11 7   A.   I would have to say this is reckless neglect, reckless

09:02:15 8   neglect of the vessel.

09:02:18 9   Q.   2.3.5, please.

09:02:26 10          "Overdue maintenance in excess of 30 days was

09:02:29 11   considered excessive, totaling 390 jobs, 3545 man-hours."

09:02:37 12          We've seen that before in the executive summary, but

09:02:42 13   there is a little more information here.

09:02:44 14          The recommendation is to communicate forward plan for

09:02:47 15   reducing current high levels of overdue critical maintenance;

09:02:51 16   is that correct?

09:02:51 17   A.   That is correct.

09:02:55 18   Q.   What does that -- how do you interpret that?

09:02:58 19   A.   Well, I interpret that that they are asking the crew

09:03:02 20   onboard, the Captain, the OIM, to get hold of the office and

09:03:06 21   make a major issue on it.

09:03:08 22   Q.   Okay.  They are requesting that -- are they requesting

09:03:12 23   that a plan be put together?

09:03:14 24   A.   Yes.  They're requesting a plan within one week.

09:03:18 25   Q.   The audit team advised completion apparently within one

**OFFICIAL TRANSCRIPT**

09:03:22  1  week, correct?

09:03:22  2  A.   Yes.  I think, by this time, the audit teams were getting

09:03:26  3  fed up with this rig, the constant same comment on each of

09:03:32  4  their audits.

09:03:32  5  Q.   Well, is it your understanding that -- Transocean accepted

09:03:37  6  the recommendation of the audit team.

09:03:40  7       Is it your understanding that these 390 jobs and

09:03:46  8  3,545 man-hours of maintenance in excess of 30 days was

09:03:54  9  completed and rectified within one week?

09:03:58 10  A.   No, sir.  Absolutely not, not even up to the time the rig

09:04:04 11  sank.

09:04:04 12  Q.   Isn't it true that this is just to formulate the plan

09:04:11 13  within a week, correct?

09:04:12 14  A.   Yes.

09:04:12 15  Q.   At least, that's -- is that your opinion?

09:04:15 16  A.   Yes, sir.

09:04:15 17  Q.   Okay.  We're going to go to Ref. 3.3.5, please.

09:04:40 18       And this one says, "The driller's cabin fire and gas

09:04:43 19  panel had numerous alarm conditions displayed.  These included

09:04:46 20  the fire alarm active, fault ESD active, fault fire and gas

09:04:52 21  active, and fire and gas override active.  The driller and

09:04:56 22  assistant driller on tour were unaware of the fault

09:04:56 23  conditions."

09:05:01 24       Does this sound familiar to you?

09:05:04 25  A.   Yes, this has been reported before.  Yes, sir.

**OFFICIAL TRANSCRIPT**

09:05:06  1    Q.    The recommendation is:  "Investigate and rectify various
09:05:11  2    fault conditions displayed."  The audit team advises completion
09:05:16  3    within a week.  The asset, or Transocean, accepts that
09:05:21  4    recommendation, correct?
09:05:22  5    A.    Yes, they do.  I believe they did before, but obviously
09:05:27  6    nothing was done about it.
09:05:29  7    Q.    Well, let's look at what they did or didn't do before.
09:05:32  8            Let's go back to TREX-4680, please.
09:05:45  9            This is the *Deepwater Horizon* Technical Rig Audit in
09:05:49 10    January of 2008, which is approximately 21 months, if I'm
09:05:56 11    calculating that correctly, before the rig audit we're talking
09:06:01 12    about.
09:06:02 13    A.    Yes, sir.
09:06:02 14    Q.    Does that sound right?
09:06:03 15    A.    Yes, sir.  Correct.
09:06:04 16    Q.    September of '09 is what we're talking about in this
09:06:07 17    audit, correct?
09:06:08 18    A.    Yes.
09:06:08 19    Q.    Go to 3.3.1, reference, please, Carl.
09:06:30 20            Now, I'm not going to read from this TREX in
09:06:35 21    September -- I'm sorry, January 2008.  I'm going to read the
09:06:40 22    entry that I'm comparing it to on the September '09 audit
09:06:46 23    sheet, okay?
09:06:46 24    A.    Yes, sir.
09:06:47 25    Q.    Tell me if there are any differences.

**OFFICIAL TRANSCRIPT**

09:06:50  1    A.    They are both the same comment, both the same.

09:06:53  2    Q.    "The driller's cabin fire and gas panel had numerous alarm

09:06:57  3    conditions displayed."  It's exactly the same comment, isn't

09:06:57  4    it?

09:07:01  5    A.    The same reference number, 3.3.1.

09:07:04  6    Q.    In this one back in January of '08, 20, 21 months before

09:07:10  7    the subsequent one, the recommendation is:  "Investigate and

09:07:14  8    rectify various fault conditions displayed on the driller's

09:07:19  9    cabin fire and gas panel.  This panel is a slave from the main

09:07:24  10   panel located on the bridge."

09:07:25  11          Exactly the same words; is that right?

09:07:27  12   A.    That is correct.

09:07:27  13   Q.    The recommendation back in January of 2008 is:  "Audit

09:07:37  14   team advised completion within one week."

09:07:41  15          There is no indication that the asset accepted or

09:07:46  16   rejected that recommendation, but the recommendation was to

09:07:51  17   rectify this problem within one week; is that right?

09:07:53  18   A.    That's correct.

09:07:54  19   Q.    In 2008?

09:07:54  20   A.    Yes.

09:07:55  21   Q.    Was this a safety critical issue?

09:07:57  22   A.    Very much so.

09:07:58  23   Q.    That's your opinion as a marine safety expert?

09:08:01  24   A.    Yes, sir.

09:08:01  25   Q.    21 months later, the same -- the exact same issue, the

OFFICIAL TRANSCRIPT

09:08:08  1    identical problem is still showing up in the audit, is it not?

09:08:12  2    A.    It is, and it's a very important safety requirement.

09:08:19  3    Q.    As a marine safety expert, you'd say it's a very important

09:08:24  4    safety requirement.  As a marine safety expert, do you have an

09:08:29  5    opinion -- if it is a very important requirement, do you have

09:08:31  6    an opinion about the passage of time, when one week is given to

09:08:37  7    rectify this problem, 21 months go by and it shows up again on

09:08:41  8    an audit 21 months later?

09:08:43  9    A.    Well, clearly there is no follow-up going on on the

09:08:47 10    vessel.  There is no follow-up by the crew themselves, and

09:08:50 11    there is no follow-up by the shore maintenance people, the rig

09:08:54 12    manager, and then ultimately the designated person.

09:08:57 13    Q.    Okay.  Carl, can we go back to where we were, the TREX we

09:09:04 14    were at, the September '09 audit, please.

09:09:18 15          Now, I want to go to item 3.3.7, please.

09:09:30 16          I'm going to read this for you, Mr. Webster.

09:09:33 17    "Changeover from EMPAC to RMS II maintenance systems has

09:09:37 18    resulted in poor distribution of the maintenance routines."

09:09:42 19          We've seen this throughout the history of reviewing

09:09:45 20    these -- or have you seen this throughout the history of

09:09:47 21    reviewing these documents?

09:09:48 22    A.    Yes, I have, sir.

09:09:49 23    Q.    For example, mechanics' routines amounts to 1476.5 hours

09:09:57 24    in January of 2010.  How many hours are there in a month?  A

09:10:12 25    lot less than -- I think, 720 hours, does that sound right?

**OFFICIAL TRANSCRIPT**

09:10:15 1    A.    That sounds good.  I'm sorry.

09:10:17 2    Q.    There is more maintenance hours assigned to the mechanics'

09:10:23 3    routines than there is two months worth of maintenance right

09:10:27 4    there --

09:10:28 5    A.    That's correct.

09:10:29 6    Q.    -- is that correct?

09:10:31 7    A.    Yes.

09:10:31 8    Q.    The ET -- who is the ET?

09:10:33 9    A.    Electro technicians.

09:10:35 10   Q.    -- has been assigned 244 hours for July 2010.  The

09:10:39 11   electrician has been assigned 3878.5 hours for January 2010.

09:10:50 12   That's five months worth of hours; is it not?

09:10:54 13   A.    Yes, sir.

09:10:54 14   Q.    Who was the electrician on that rig; do you remember?

09:10:59 15   A.    Mike Williams.  Or one of them.  There were several.

09:11:02 16   Q.    The marine department has been assigned 4265 hours for

09:11:08 17   September 2009, etcetera, for other disciplines.  In some

09:11:12 18   cases, maintenance man hours exceed actual available man-hours.

09:11:18 19         The recommendation is:  "Review maintenance routines

09:11:21 20   to evenly distribute throughout the year to ease maintenance

09:11:25 21   burden on resources."

09:11:26 22         In your opinion -- do you have an opinion from a

09:11:34 23   marine safety standpoint about that recommendation?

09:11:36 24   A.    Well, yes.  Clearly, they've realized that the maintenance

09:11:41 25   is falling behind, and something seriously had to be done to

OFFICIAL TRANSCRIPT

09:11:47 1   try to improve it, catch up.

09:11:48 2   Q.   Is it your opinion as a marine safety expert that the best

09:11:55 3   way to handle maintenance routines is to evenly distribute them

09:11:59 4   through the year to plan ahead to give the workers a chance to

09:12:04 5   complete these safety critical projects?

09:12:07 6   A.   Well, yes, that's absolutely correct.  But, I mean, in

09:12:10 7   this instance, this rig should have gone to a shipyard, at

09:12:15 8   which time all these items could have been taken care of.

09:12:17 9        The vessel had been running for nine years without

09:12:20 10  any major overhaul or any dry dock period.  Or, in that case,

09:12:28 11  shipyard period.

09:12:30 12  Q.   Carl, if you'd go to 3.3.10, and that will be the last one

09:12:36 13  we'll deal with.

09:12:47 14       "The daily maintenance report did not accurately

09:12:50 15  reflect outstanding plan to correct the maintenance of

09:12:54 16  defective equipment.  The BP well site leaders were unaware of

09:12:57 17  many of the equipment defects highlighted during the audit

09:13:00 18  period."

09:13:02 19       Have we seen this before?

09:13:05 20  A.   We have indeed, yes.

09:13:07 21  Q.   The recommendation is, again:  "The daily maintenance

09:13:12 22  report to be updated and modified to include all of the

09:13:15 23  equipment."

09:13:16 24       So somebody has got a list that they can at least

09:13:18 25  look at; is that right?

OFFICIAL TRANSCRIPT

09:13:19  1    A.    That is correct.

09:13:19  2    Q.    Isn't that the smart thing to do?

09:13:22  3    A.    Yes, it is.

09:13:23  4          Well, actually, the list -- they have computers, of

09:13:25  5    course, and they put this information in their computers.

09:13:27  6    Q.    If the information is reported accurately and inputted, it

09:13:35  7    will give you the report, correct?

09:13:35  8    A.    Yes.  I understand that they have realtime access through

09:13:41  9    their main office in Houston, also.  The information goes

09:13:44 10    through the Internet.

09:13:46 11    Q.    Based on your experience in the marine business, though,

09:13:52 12    isn't it true that, like everything else in the world that

09:13:55 13    involves computers, that the output is only as good as the

09:14:00 14    quality of the input?

09:14:01 15    A.    That's correct, yes, sir.

09:14:02 16    Q.    Okay.  Now, we're going to go to TREX-47221.  Let's go to

09:14:53 17    3.2.10, please, Carl.

09:14:56 18          I'm going to identify this.  This is similar to what

09:15:02 19    we just looked at, but this was actually used, I think, by BP

09:15:07 20    in the examination of Mr. Sepulvado.

09:15:14 21          This is the November 17, 2009, updated status report

09:15:21 22    on the September '09 rig audit.

09:15:27 23    A.    Understood.

09:15:27 24    Q.    Are we on the same wavelength?

09:15:32 25    A.    Yes, sir.

**OFFICIAL TRANSCRIPT**

3893

09:15:34  1    Q.   Okay.  3.2.10:  "Much of the well control maintenance was

09:15:42  2    either recorded in the subsea engineer's daily log book or on

09:15:47  3    various spreadsheets.  The level of well control related

09:15:50  4    maintenance history recorded in RMS was minimal by comparison."

09:15:56  5          What does that tell you as a marine safety expert?

09:16:02  6    A.   Again, lack of maintenance, lack of reporting.

09:16:06  7    Q.   Is it true that the only way anybody can keep track of

09:16:10  8    what's being done, what isn't being done, critical maintenance

09:16:15  9    required or not required, is to enter it into this RMS system

09:16:19 10    that they have?

09:16:20 11    A.   That is absolutely correct, yes.

09:16:22 12    Q.   Here, it appears that much of the well control maintenance

09:16:25 13    was either recorded in the subsea engineer's daily log book or

09:16:30 14    on various spreadsheets.

09:16:33 15    A.   Right.  They're not being inputted into the computer.

09:16:36 16    Q.   If they are not being inputted into the computer, the

09:16:43 17    maintenance people on that rig can't know what they don't know,

09:16:47 18    can they?

09:16:49 19    A.   That is correct.  Plus, the shoreside people, also.

09:16:52 20    Q.   We're going to talk about what was in RMS shortly.

09:17:00 21          Okay.  Please, Carl, go to 3.3.5.

09:17:16 22          Now, we've talked about this repeatedly.  I just want

09:17:20 23    you to read it real quick.  This is the one, the driller's

09:17:24 24    cabin fire and gas panel, the numerous alarms that were noted

09:17:30 25    21 months earlier on the January '08 audit.

**OFFICIAL TRANSCRIPT**

09:17:33  1    A.    Right.

09:17:33  2    Q.    If we go out, we see the recommendation.  Transocean

09:17:36  3    confirmed that the correct maintenance routines had been

09:17:40  4    loaded -- I'm sorry -- "Investigate and rectify various fault

09:17:46  5    conditions displayed on the driller's cabin fire and gas panel.

09:17:51  6    The panel is a slave from the main panel located in the

09:17:54  7    bridge."  It's supposed to be done within one week.

09:17:56  8            What does the asset, or Transocean, respond this

09:18:01  9    time, 21 months after it was pointed out the first time?

09:18:06 10    A.    It says, "Accept Simrad SVC technician coming out to the

09:18:12 11    rig to assist with troubleshooting.  Should be corrected within

09:18:16 12    two," it said.

09:18:18 13    Q.    Within two weeks?  Do you see that?

09:18:21 14    A.    I don't see it, but I can believe it says that.

09:18:23 15            The SVC, Your Honor, means the Simrad vessel control

09:18:28 16    system.  That's another electronic brain, if you like.

09:18:37 17            MR. WILLIAMS:  Your Honor, on the hard copy, it says

09:18:40 18    should be corrected within two weeks.  I'm not sure why it's --

09:18:43 19            THE COURT:  Which line, again, are we talking about?

09:18:46 20            MR. WILLIAMS:  That would be Ref. --

09:18:48 21            THE COURT:  3.3.5?

09:18:48 22            MR. WILLIAMS:  -- 3.3.5, yes, sir.

09:18:51 23            Does anybody disagree with that?

09:18:53 24            THE COURT:  I'm trying to see.  On the screen, it just

09:18:57 25    says, "corrected within two."  That's all I see.

                        **OFFICIAL TRANSCRIPT**

3895

09:18:59  1                    Yes.  Now it says two weeks.  I see it now.

09:19:04  2              THE WITNESS:  I got it, yes.

09:19:06  3              THE COURT:  Thank you.

09:19:07  4              MR. WILLIAMS:  Thank you.

09:19:08  5    BY MR. WILLIAMS:

09:19:08  6    Q.   Now, does it appear to you, Mr. Webster, that when this

09:19:15  7    safety critical item was pointed out again to Transocean

09:19:20  8    20 months, 21 months after it was first pointed out to them,

09:19:24  9    that apparently somebody called Simrad, and Simrad was going to

09:19:31 10    be out there in two weeks to fix it?

09:19:33 11    A.   Well, it doesn't say they called them.  I think they

09:19:38 12    agreed that Simrad should be called.

09:19:39 13    Q.   Let's go to -- let's move on now to Exhibit 5618.

09:20:25 14              Did you review this --

09:20:26 15              Could you magnify the top of that, please, Carl?

09:20:32 16    Actually, go down to the next header.  That's the response to

09:20:39 17    the e-mail I want to talk about.

09:20:41 18              Did you review this e-mail?

09:20:43 19    A.   I did, yes.

09:20:44 20    Q.   Who is that e-mail from; do you recall, Mr. Webster?

09:20:50 21    A.   I think it was from Bertone, Steve Bertone.

09:20:54 22    Q.   That's correct, Steve Bertone.

09:20:57 23              Who was he?

09:20:58 24    A.   He was the maintenance supervisor on the rig.

09:20:59 25    Q.   Do you know how long Mr. Bertone had been on that rig?

                              **OFFICIAL TRANSCRIPT**

09:21:06 1  A.    I think, almost from the time she started working, or even

09:21:12 2  the ship.  I don't remember exactly.

09:21:15 3  Q.    Carl, could you go to the first e-mail, the e-mail that

09:21:18 4  prompted that response.  It's an e-mail from Paul Johnson dated

09:21:22 5  October 29, 2009.

09:21:27 6         I'm just going to read the first --

09:21:29 7         Actually, you were on right page.  First paragraph,

09:21:37 8  "Gents."

09:21:43 9         "Gents, I would like for you to take the time to

09:21:45 10 review our operational downtime performance.  How many of the

09:21:48 11 17 events since the UWILD could have been prevented by better

09:21:54 12 forward planning and checking?  How many of the events that

09:21:57 13 occurred should not have taken as long to troubleshoot/repair

09:22:01 14 as they did?  How many of the events could we have put on our

09:22:04 15 thinking caps and managed the operation safely in a different

09:22:08 16 manner to carry on?"

09:22:09 17        Now, I'm not going to read the whole e-mail, but you

09:22:12 18 reviewed it, correct?

09:22:13 19 A.    I did, yes.

09:22:14 20 Q.    What, in a nutshell, in your opinion, is Mr. Johnson

09:22:18 21 telling the OIM, the toolpusher, the maintenance superintendent

09:22:24 22 or supervisor on the *Deepwater Horizon*?

09:22:28 23 A.    Well, he's basically telling them that the maintenance is

09:22:35 24 woefully not in a good shape, not being done properly.

09:22:40 25        I believe there was, like, a 9 percent downtime,

**OFFICIAL TRANSCRIPT**

09:22:44 1   which means the rig was probably idle after the UWILD.

09:22:50 2           Again, he is saying that they need to improve

09:22:52 3   performance and improve the maintenance and keep the rig

09:22:57 4   running.  I mean, clearly, the rig is having downtime because

09:23:01 5   of mechanical failures.

09:23:04 6   Q.   And Mr. Johnson, it appears from reading this, is not

09:23:11 7   happy about the downtime, is he?

09:23:11 8   A.   No, not at all.

09:23:16 9   Q.   Now, Mr. Bertone responds almost -- well, he responds the

09:23:20 10  same day, about ten, 11 hours later.  We're going to walk

09:23:27 11  through this, but I want to ask you some questions about parts

09:23:31 12  of his response.

09:23:39 13          Can we go to the Bertone portion of this, please.

09:23:43 14  Just the first paragraph.  Down there, right.  Just go ahead

09:23:48 15  and follow me with the marker, Carl.

09:23:53 16          The second sentence:  "Historically, the rig has been

09:23:56 17  a top performer that has traded performance and staying in

09:24:02 18  operation rather than maintaining the equipment."

09:24:03 19          This is the chief engineer, correct?

09:24:06 20  A.   Correct.

09:24:06 21  Q.   "When the rig does receive maintenance time, that time is

09:24:10 22  generally taken up by repairing the equipment that was broke or

09:24:14 23  just limping along until we get to the maintenance period, thus

09:24:19 24  hindering the much-needed maintenance checks on the rest of the

09:24:22 25  equipment.  This eventually results in other equipment failing

OFFICIAL TRANSCRIPT

09:24:26 1    due to lack of proper maintenance to the equipment."

09:24:30 2         As a marine safety expert, Mr. Webster, what does

09:24:36 3    this sentence from the maintenance supervisor of that rig

09:24:45 4    suggest to you?

09:24:48 5    A.   Suggests a severe lack of maintenance, severe lack of

09:24:54 6    spare parts, the rig is running down, the rig is in trouble

09:24:56 7    mechanically and probably electrically, as well as

09:25:00 8    hydraulically, and, again, in my opinion, should have been put

09:25:03 9    in a shipyard.

09:25:04 10   Q.   Sir, is there anything that Mr. Bertone says in that long

09:25:10 11   sentence that is inconsistent with the maintenance history of

09:25:20 12   this rig?

09:25:21 13   A.   No.  Not at all.  I mean, the first, the first line

09:25:26 14   actually says it all.  It says the drive behind this has been

09:25:34 15   performance induced against maintenance.

09:25:35 16        So that, I mean, clearly Transocean was more

09:25:38 17   interested in production than in maintenance.

09:25:42 18   Q.   Let's go down to the second paragraph.

09:25:45 19        "Currently on the *Deepwater Horizon* we are running

09:25:47 20   casing" -- this is in late October 2009 -- "we are running

09:25:55 21   casing and, once again, limping along with equipment failures

09:25:57 22   and everyone doing their best to repair the equipment that we

09:26:00 23   were able to work on, or at least come up with ideas that would

09:26:04 24   allow us to continue operating.  Items that are having issues

09:26:08 25   or are down just on the rig floor are the drawworks brakes,

OFFICIAL TRANSCRIPT

09:26:14 1   riser skate, gantry crane, rotary skid, back slips.  Drawworks

09:26:21 2   brakes are losing hydraulic oil at about 15 gallons every

09:26:27 3   24 hours there.  There is obviously a leak" --

09:26:29 4         I mean, obviously, you've been on ships, you've been

09:26:31 5   an engineer, a watch standing engineer on ships.  15-gallon

09:26:37 6   loss of hydraulic fluid in drawworks brakes, is that a safety

09:26:42 7   critical issue?

09:26:43 8   A.    Yes, you know, absolutely, especially with the drawworks.

09:26:46 9   That's a vital piece of equipment which keeps the top drive in

09:26:53 10  place.

09:26:53 11  Q.    It goes on to say, after losing 15 gallons every 24 hours:

09:26:58 12  "There is obviously a leak" -- which seems an understatement,

09:26:58 13  doesn't it?

09:27:04 14  A.    That's correct.

09:27:04 15  Q.    -- "that appears to be located within the drum

09:27:07 16  compartment, but maintenance cannot investigate due to the drum

09:27:10 17  rotating."

09:27:12 18  A.    Absolutely, because they are drilling -- well, here,

09:27:14 19  they're putting in casing.

09:27:15 20  Q.    "The riser skate drag chain broke, and it was repaired

09:27:21 21  with bits and pieces in hopes of allowing us to return to

09:27:25 22  operation, only to break once again."

09:27:26 23  A.    Lack of spares.

09:27:30 24  Q.    Then we'll go down, just at the bottom, where the sentence

09:27:34 25  starts, "the rotary," and then we'll to go the next page,

**OFFICIAL TRANSCRIPT**

09:27:37 1    please, Carl, top of the page.  Thank you.

09:27:49 2          "The rotary skid has been an issue for several years.

09:27:52 3    Many people have attempted to fix or correct the unit but have

09:27:56 4    failed miserably.  The rig has tried replacing or having it

09:28:01 5    rebuilt for the past few years and will finally get this

09:28:05 6    accomplished in 2010, but for some reason no one can understand

09:28:08 7    this and continuously questions why and when this will be

09:28:11 8    operational."

09:28:15 9          We'll go down, halfway through the second paragraph,

09:28:19 10   where it starts, "then."  It says -- my laser printer is not

09:28:37 11   working.  There it is right there.

09:28:37 12         "Then, while the rig was neck deep in the UWILD,

09:28:41 13   there was an audit performed, and several pieces of equipment

09:28:44 14   were found to be nonoperational or in need of repairs, which

09:28:47 15   some of that was unable to be worked on before the UWILD due to

09:28:52 16   rig operations or skin valves in need of replacement.  Even

09:28:56 17   though the rig had been telling people there were issues with

09:28:59 18   the pumps for a long time, all of a sudden it was a surprise to

09:29:03 19   everyone, and questioning why so many pumps were leaking and

09:29:06 20   had not been repaired.  The rig had planned in advance and had

09:29:10 21   parts and kits available for a lot of the pumps to be rebuilt,

09:29:14 22   but these pumps take weeks to rebuild and personnel that can be

09:29:18 23   dedicated to just that job."

09:29:22 24         In your opinion, that sentence I just read, your

09:29:24 25   opinion as a marine safety expert, Mr. Webster, what does that

09:29:31  1  say about the maintenance system that's in effect at Transocean

09:29:36  2  and is being implemented on the *Deepwater Horizon*?

09:29:39  3  A.   Again, I'd have to say that's gross neglect.  These pumps

09:29:43  4  they are talking about are the seawater pumps in the various

09:29:48  5  parts of the thruster rooms.  There were eight of them, and,

09:29:52  6  from the record, four of them, I think at this time, were out

09:29:57  7  of operation.  Two were just limping along, and one or two were

09:30:00  8  working.

09:30:02  9          These pumps are vital because they supply the cooling

09:30:05 10  water for the main engines and all the other equipment onboard.

09:30:09 11  Q.   Is it true, sir, based on your experience is a engineering

09:30:18 12  watch officer, the crew can only do so much; is that right?

09:30:23 13  A.   Yes.  The crew can only do so much, sir.  They need -- in

09:30:26 14  this particular case, they need shoreside help, or, in my

09:30:30 15  opinion, again, the vessel should have been taken to dry dock,

09:30:33 16  to a shipyard.

09:30:34 17  Q.   Is it your opinion, sir, as an expert -- would it be your

09:30:39 18  opinion as an expert that the company, Transocean, is obligated

09:30:47 19  to provide the crew with the tools, the equipment, the time and

09:30:54 20  the personnel required to attend to these safety critical

09:31:01 21  maintenance issues?

09:31:01 22  A.   Yes.  I mean, this goes for any piece of equipment --

09:31:06 23  well, any piece of equipment, even on the shore, as well as on

09:31:08 24  the ocean.

09:31:09 25  Q.   That's a requirement of ISM, is it not?

**OFFICIAL TRANSCRIPT**

09:31:13 1    A.    It is, indeed.  And good marine practice.

09:31:18 2    Q.    The next paragraph.

09:31:23 3          "As everyone is very aware, the rig is also fighting

09:31:26 4    the new maintenance system, RMS, which has an overloaded amount

09:31:31 5    of work that could not be completed, even by doubling the

09:31:34 6    amount of workers on the rig, as well as not being very user

09:31:41 7    friendly as promised with inception.

09:31:43 8          "I'm aware that Robert Tiano" --

09:31:47 9          Did you review his deposition?

09:31:48 10   A.    I don't recall, sir.

09:32:12 11   Q.    "I'm aware that Robert Tiano is currently working towards

09:32:12 12   correcting some of this on his off time, but this an

09:32:12 13   overwhelming amount of work for just one person.  The crews are

09:32:12 14   extremely confused on many aspects of the program and struggle

09:32:12 15   to grasp an understanding of RMS.  This in itself hinders

09:32:12 16   progress, since it takes so long for anyone to find certain

09:32:14 17   information that is needed to perform a job or even figure out

09:32:17 18   what job needs to be done or not done.

09:32:22 19         "When the transition took place, it was said that

09:32:25 20   Empac would remain on the rig as a reference to assist in

09:32:29 21   history of jobs and other things for a few months, but was

09:32:32 22   removed from the rig two weeks later."

09:32:35 23         In your opinion as a safety expert, Mr. Webster, how

09:32:40 24   do you characterize the condition of this maintenance system as

09:32:46 25   explained by Mr. Bertone, the chief engineer of this vessel?

09:32:51  1   A.   I would say seriously defective.  It needed -- needed

09:32:57  2   upgrading, needed fixing, needed to, obviously, work on it so

09:33:02  3   that people could use it.  It's quite clear from this, that it

09:33:05  4   was a monster.

09:33:06  5   Q.   And just a couple more.  We'll go down to the last two

09:33:13  6   paragraphs, please, Carl.

09:33:20  7        "The engineering department has been going down for

09:33:23  8   some time now due to lack of knowledge, motivation and

09:33:26  9   supervision.  Mechanical supervisors have been extremely

09:33:29 10   overloaded trying to manage three departments, which are

09:33:33 11   engineering, mechanics, and the welding department.

09:33:40 12        "Several years past, the decision was made to make

09:33:42 13   the first engineers mechanical supervisors, and the second and

09:33:46 14   third engineers mechanics.  Unfortunately, this did not work

09:33:49 15   out very well at all.  The engineers felt like the company did

09:33:52 16   not appreciate their hard work at obtaining a license and

09:33:56 17   specialized trade.  So most either quit or transferred to other

09:34:00 18   rigs that still carried engineers.

09:34:02 19        "Once the engineers started leaving, they were

09:34:03 20   replaced with personnel that did not have the special training

09:34:07 21   and knowledge that most of the engineers obtained from years of

09:34:11 22   training and schools.  So, unfortunately, things were not

09:34:14 23   properly maintained in the engine rooms, pump rooms and

09:34:19 24   thruster rooms."

09:34:20 25        What he said right there, "Unfortunately, things were

**OFFICIAL TRANSCRIPT**

09:34:22 1    not properly maintained in the engine room, pump rooms and

09:34:26 2    thruster rooms," based on your review of the maintenance

09:34:29 3    history of this rig, that -- is that an accurate capsule of the

09:34:37 4    history, the maintenance history of this rig?

09:34:38 5    A.    Absolutely, yes.  The maintenance, as I've said many

09:34:41 6    times, it was going downhill fast.  And they didn't have the

09:34:46 7    right engineers on board to correct them.

09:34:48 8    Q.    You were a ship manager at one time, were you not?

09:34:53 9    A.    Yes, sir.

09:34:54 10    Q.    It is management's responsibility, is it not, to ensure

09:35:01 11    that vessels are properly and sufficiently crewed?

09:35:06 12    A.    Yes, absolutely.

09:35:08 13    Q.    And in your opinion as a marine safety expert, a vessel

09:35:14 14    that is not properly manned, properly crewed with the

09:35:18 15    sufficient number of ratings or rates or sufficiently qualified

09:35:23 16    numbers of crew members, does that impact the safety of the

09:35:28 17    vessel?

09:35:29 18    A.    That, I believe, makes the vessel unseaworthy.

09:35:32 19    Q.    Okay.  Let's go to TREX-3285.

09:36:06 20          It's covering the e-mail from Bill Ambrose to various

09:36:10 21    people at Transocean, Paul Tranter in Geneva, Pharr Smith and

09:36:19 22    others at Transocean; is that right, Mr. Webster?

09:36:21 23    A.    That's correct.

09:36:21 24    Q.    Did you review this report?

09:36:23 25    A.    Yes, sir, I did.

09:36:24  1    Q.   We're going to go through it fairly quickly, not the whole

09:36:29  2    thing, but certain items of it.  Could you go to Bates 876,

09:36:42  3    please, Carl.

09:37:01  4         THE COURT:  Who is this e-mail from again?  It says,

09:37:04  5    "Bill Ambrose."

09:37:07  6         MR. WILLIAMS:  Yes, Your Honor.

09:37:09  7         THE COURT:  Have we established who he is?  Is that in

09:37:12  8    the record?

09:37:14  9         MR. WILLIAMS:  I don't know that it is.  I can

09:37:19 10    establish it.

09:37:19 11         THE COURT:  Is he with Transocean?

09:37:21 12         MR. WILLIAMS:  He is with Transocean, yes, sir, and

09:37:23 13    it's on the page.

09:37:30 14         THE COURT:  Okay.

09:37:30 15    BY MR. WILLIAMS:

09:37:36 16    Q.   Let's go the one above that, the riser recoil system,

09:37:39 17    please.

09:37:53 18         Could you explain to the Court, Mr. Webster, what a

09:37:57 19    riser recoil system?

09:37:58 20    A.   Yes.  My understanding, it's a type of shock absorber, a

09:38:03 21    hydraulic system that is designed to lessen the effect when the

09:38:10 22    lower marine riser package is released.

09:38:14 23    Q.   Transocean in this report says that, "The riser recoil

09:38:19 24    system is a critical system used for slowing the ascent of the

09:38:24 25    riser, and LMRP to prevent damage to the rig, riser, and LMRP

**OFFICIAL TRANSCRIPT**

09:38:27 1  in the event of an emergency disconnect situation.  The riser

09:38:36 2  recoil system works off of the tensioner rod position

09:38:38 3  indication, which is achieved through the transducers and

09:38:42 4  machined grooves in the rods.  It was explained that some of

09:38:46 5  the tensioner rods have been changed out with new rods that do

09:38:49 6  not have the machined grooves, which in turn have disabled the

09:38:52 7  automatic function of the riser recoil system."

09:38:57 8       Is it important, in your opinion, that the riser

09:39:00 9  recoil system be operated in the automatic function instead of

09:39:05 10  the manual function?

09:39:06 11  A.   Yes.  Absolutely.  Because it is there to prevent damage

09:39:11 12  to the rig itself, as well as the LMRP.

09:39:13 13  Q.   If there is an emergency disconnect, that riser could come

09:39:18 14  up and damage the rig, correct?

09:39:26 15  A.   It could, indeed, yes, sir.

09:39:27 16  Q.   Potentially hurt or kill people, correct?

09:39:29 17  A.   Yes.  Damage the --

09:39:32 18  Q.   Is it true that when it's in the manual mode, it has to be

09:39:36 19  manually activated?

09:39:39 20  A.   Yes.

09:39:42 21  Q.   If there is an emergency which requires a immediate

09:39:47 22  emergency disconnect, in your opinion as a marine -- as an

09:39:51 23  expert in marine safety, is it prudent to operate for an

09:39:59 24  extended period of time with a riser recoil system that has got

09:40:02 25  to be operated in the manual mode?

**OFFICIAL TRANSCRIPT**

09:40:08  1    A.    No, it's not prudent at all.  It's a major deficiency.

09:40:11  2    Q.    Why?  Why is it not prudent?

09:40:13  3    A.    Again, the lower marine riser package and the emergency

09:40:18  4    disconnect system is a vital -- one of the most vital safety

09:40:23  5    features on the rig.

09:40:23  6    Q.    Let to go the next one, the BOP rams.  I have to work

09:40:29  7    through these quickly as we can.  Could you just blow up that

09:40:36  8    first paragraph, Carl.

09:40:37  9          It says, "Upon inspection it was noted that the last

09:40:40 10    day of certification of the BOP bodies, and bonnets was

09:40:47 11    13 December 2000."  It goes on to say that, "This is beyond the

09:40:53 12    five yearly, overhaul, and recertification requirement."

09:41:03 13          And that's true, isn't it?

09:41:05 14    A.    That is absolutely true, correct.

09:41:06 15    Q.    It was a little bit more than five years, wasn't it?

09:41:09 16    A.    Yes.

09:41:09 17    Q.    Is it correct that it's almost ten years?

09:41:14 18    A.    Nine years.

09:41:17 19    Q.    The spare ram blocks, just below.

09:41:19 20          "At the time of the inspection there were four sets

09:41:23 21    of spare rams blocks sitting on the deck.  The rams were

09:41:25 22    beginning to rust.  The rams need to be cleaned up and

09:41:27 23    protective coating maintenance performed.

09:41:29 24          "Upon review of documentation, it was noted that the

09:41:33 25    date of last manufacturer's certification of the spare ram

**OFFICIAL TRANSCRIPT**

09:41:38  1    blocks was 13 December 2000."

09:41:40  2             Is that correct?

09:41:40  3    A.    That is correct.

09:41:42  4    Q.    Do these two findings constitute violations of the

09:41:48  5    international safety and management code?

09:41:50  6    A.    Yes.  Failure to maintain the spares in a usable

09:41:56  7    condition.

09:41:56  8    Q.    Sir, in your opinion as an ISM auditor, was that a

09:42:02  9    violation that occurred daily after the original certification,

09:42:06 10    OEM certification period expired?

09:42:09 11    A.    Yes, indeed.  Yes.

09:42:11 12    Q.    Go to BOP annulars on the next page, third sentence.

09:42:20 13             "Upon inspection it was noted that the last date of

09:42:25 14    certification for the upper and lower annulars was

09:42:29 15    13 December 2000."

09:42:30 16             Again, we have the same finding, don't we?

09:42:33 17    A.    We do, yes.

09:42:36 18    Q.    Go to the next page, please, Carl.

09:42:47 19             Failsafe valves, WCS VLV, third sentence.

09:42:56 20             "Upon inspection it was noted that the last date of

09:42:59 21    the certification was 13 December 2000.  This is beyond the

09:43:02 22    five yearly inspection, overhaul, and recertification

09:43:06 23    requirement."

09:43:06 24             And we're talking about the inspection of the

09:43:09 25    failsafe valves, the Cameron MCS failsafe valves, correct?

**OFFICIAL TRANSCRIPT**

09:43:15  1    A.    Correct.

09:43:16  2    Q.    And they weren't available for inspection because they

09:43:21  3    were on the sea floor, correct?

09:43:23  4    A.    That is correct.  They looked at them with the ROV.

09:43:30  5    Q.    Next page, BOP control panels.

09:43:50  6          Halfway down it says, "During the functioning of the

09:43:53  7    toolpushers panel on the yellow side, the pod mismatch light

09:43:58  8    was on.  The error message reads:  'Valve Mismatch.'"

09:44:04  9          I'm not going to get into that.

09:44:06 10          But upon discussion with the subsea engineer on

09:44:12 11    board -- I'm sorry.

09:44:13 12          "Upon inspection it was noted that the purge air

09:44:17 13    system on the drillers panel is not working properly."

09:44:25 14          Now, which BOP control panel are they talking about?

09:44:29 15    A.    The one in the toolpushers control room, or called the

09:44:34 16    *drillers house*.

09:44:34 17    Q.    Well, it says "the drillers panel."  Is that not in the

09:44:38 18    drill shack?

09:44:38 19    A.    Yes.

09:44:39 20    Q.    Is that what you --

09:44:41 21    A.    Drillers panel, I'm sorry, yes.

09:44:43 22    Q.    "The door seal is leaking and the purge pump needs a new

09:44:50 23    diaphragm."

09:44:51 24          What is significant about that from a safety

09:44:52 25    standpoint, in your opinion?

**OFFICIAL TRANSCRIPT**

09:44:53 1   A.   Well, that's there to protect against hydrocarbon getting

09:44:58 2   into the panel and causing an explosion.

09:45:00 3   Q.   Why would that be a safety issue, hydrocarbons getting

09:45:03 4   into the BOP control panel?

09:45:06 5   A.   Because of possible ignition sources within the panel.

09:45:14 6   Q.   Go to the Bates 9885, please, diverter assembly.

09:45:50 7        This indicates, does it not, Mr. Webster, that the

09:45:52 8   diverter assembly was inspected?

09:45:55 9   A.   Correct.

09:45:55 10  Q.   And what, just briefly, is the diverter assembly?

09:45:59 11  A.   The diverter assembly is used to divert the mud and gas

09:46:06 12  when it comes from the well.  It could go to the mud/gas

09:46:10 13  separator or it could go overboard, depending on the drill

09:46:14 14  crew, what they decide to do.

09:46:15 15  Q.   And it says, "While on board, the diverter was function

09:46:21 16  tested and closed in 16 seconds," correct?

09:46:24 17  A.   Correct.

09:46:24 18  Q.   "Upon discussion with the subsea engineer on board, it was

09:46:29 19  explained that there was a discrepancies [verbatim] with the

09:46:31 20  diverter.  When you switch from the trip tanks over to the

09:46:36 21  shakers, the proximity switch on the trip tank valve does not

09:46:39 22  register and the trip tank light stays on."

09:46:42 23       Why is that a safety issue, in your opinion?

09:46:44 24  A.   Well, it doesn't really tell the drilling crew exactly

09:46:51 25  where and what's happening and where the fluid is going.  It's

09:46:57 1    a confusing issue.

09:46:58 2    Q.   Is the diverter assembly a safety critical -- of

09:47:05 3    pertinence to that rig, in your opinion, as a marine safety

09:47:08 4    expert?

09:47:08 5    A.   Yes.  A vital a piece of equipment.

09:47:12 6    Q.   And the last sentence going over on to the second page,

09:47:18 7    "Upon review of certification documentation, it was noted that

09:47:23 8    the date of the last manufacture's certification was

09:47:27 9    5 July 2000, and that this was beyond the five yearly

09:47:32 10   inspection and recertification requirement."

09:47:35 11            Correct?

09:47:36 12   A.   That is correct.  In fact, I believe, there were

09:47:39 13   recommendations to remove the diverter and send it ashore for

09:47:43 14   overhaul.

09:47:43 15   Q.   You've testified, did you not, that this is a safety

09:47:47 16   critical piece of equipment?

09:47:48 17   A.   Yes.

09:47:48 18   Q.   And it is somewhere between four and five years beyond its

09:47:57 19   five-year inspection and recertification requirement,

09:48:02 20   apparently, by this document; is it not?

09:48:03 21   A.   Yes, sir.  Correct.

09:48:04 22   Q.   Is that an ISM violation?

09:48:06 23   A.   Yes, it is.

09:48:06 24   Q.   Was that an ISM violation for every day that passed after

09:48:11 25   its five-year recertification requirement --

**OFFICIAL TRANSCRIPT**

09:48:14 1    A.    Yes, sir.

09:48:15 2    Q.    -- that expired?

09:48:16 3    A.    Yes, sir, it was.

09:48:17 4          THE COURT:  Mr. Williams, I'm not sure I'm 100 percent

09:48:22 5    clear.  The document that these matters have been coming

09:48:26 6    from -- what inspection are we talking about?

09:48:34 7          MR. WILLIAMS:  These are rig hardware assessments.

09:48:37 8          THE COURT:  From what date?

09:48:38 9          MR. WILLIAMS:  These come, I believe, from the audit

09:48:44 10   that was done in March of 2010.

09:48:50 11         THE COURT:  Because you refer to Bates numbers and I'm

09:48:52 12   looking at exhibit numbers.  What do the Bates numbers refer

09:48:57 13   to?

09:48:58 14         MR. WILLIAMS:  Well, Your Honor, because the -- this is

09:49:00 15   what I talked about a little bit before I started.  This is all

09:49:04 16   part of Exhibit 3285.

09:49:07 17         THE COURT:  I see that on the screen.  But you keep

09:49:10 18   referring to Bates numbers.

09:49:12 19         MR. WILLIAMS:  In the lower right-hand corner of the

09:49:15 20   document, I've been calling out the last four digits of the

09:49:20 21   Bates number that Transocean, when they produced these, stamped

09:49:24 22   on.

09:49:25 23         THE COURT:  What's the -- I mean, at the top, I'm

09:49:27 24   looking on the screen now, you have the exhibit number

09:49:33 25   3285-002, for example.  Why aren't you using those numbers?

                              **OFFICIAL TRANSCRIPT**

09:49:38 1         MR. WILLIAMS:  That's a good question.  I guess Carl

09:49:40 2    has updated the system.

09:49:42 3              You haven't?

09:49:45 4         MR. GETHERS:  Yes.

09:49:47 5         MR. WILLIAMS:  I'm not sure.  We could go back through

09:49:57 6    each one I've used.

09:49:59 7         THE COURT:  I'm just having trouble following some of

09:50:01 8    these dates and exhibit numbers.  And again, it's what we

09:50:03 9    talked about yesterday, just adding to the confusion here, I

09:50:06 10   think.

09:50:08 11             When I see Bates 9885 in a transcript, that

09:50:11 12   doesn't tell me very much, you know.  It would be better if you

09:50:18 13   were referring to the TREX number and the page number or using

09:50:23 14   the other system that Judge Shushan devised for you all.

09:50:26 15             So, anyway, let's keep going.  But we're talking

09:50:29 16   about the March 2010 -- actually, this says, "April 1 to 14,

09:50:38 17   2010."

09:50:41 18        MR. WILLIAMS:  Yes, I'm sorry, it is April.

09:50:41 19        THE COURT:  Okay.

09:50:45 20        THE WITNESS:  It's a ModuSpec.

09:51:04 21        MR. WILLIAMS:  We're done with that exhibit,

09:51:06 22   Your Honor, and we're going to move on.

09:51:09 23        THE COURT:  Just in time to identify it.

09:51:15 24        MR. WILLIAMS:  And we're almost done with this

09:51:21 25   maintenance drill.

                         **OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 09:51:23 | 1 | THE COURT:  Is this a good time to take a recess? |
| 09:51:26 | 2 | MR. WILLIAMS:  It probably is. |
| 09:51:27 | 3 | THE COURT:  Let's go ahead and take about a 15-minute |
| 09:51:30 | 4 | recess. |
| 09:51:31 | 5 | THE DEPUTY CLERK:  All rise. |
| 09:51:33 | 6 | (WHEREUPON, at 9:51 a.m. the Court took a recess.) |
| 10:13:09 | 7 | THE DEPUTY CLERK:  All rise. |
| 10:13:09 | 8 | THE COURT:  All right.  Please be seated, everyone. |
| 10:13:14 | 9 | Back in business, Cathy? |
| 10:13:19 | 10 | THE REPORTER:  Yes.  A little technical error. |
| 10:13:19 | 11 | MR. LANGAN:  Your Honor, may I close the loop on one |
| 10:13:23 | 12 | issue as to that? |
| 10:13:23 | 13 | THE COURT:  Sure. |
| 10:13:24 | 14 | MR. LANGAN:  So, on the stipulated facts, the only |
| 10:13:26 | 15 | stipulated facts that matter are 5927. |
| 10:13:28 | 16 | THE COURT:  The latest one. |
| 10:13:29 | 17 | MR. LANGAN:  The latest and the only one that's really |
| 10:13:32 | 18 | by all the parties. |
| 10:13:33 | 19 | The earlier one, 5563, was part of a proposal of |
| 10:13:36 | 20 | a process, but it was never agreed to by all the parties.  So |
| 10:13:39 | 21 | Mr. Herman offered 5927.  That's the only one that matters. |
| 10:13:44 | 22 | THE COURT:  All right.  So that's the only one we will |
| 10:13:46 | 23 | consider being stipulated to by all parties. |
| 10:13:46 | 24 | MR. LANGAN:  Correct. |
| 10:13:46 | 25 | THE COURT:  Thank you, Mr. Langan. |

**OFFICIAL TRANSCRIPT**

10:13:54  1          All right, Mr. Williams.

10:13:56  2          MR. WILLIAMS:  Thank you, Your Honor.

10:14:00  3          A couple things have been explained to me about

10:14:02  4  this system that I didn't know about.  It was my fault, not

10:14:06  5  Carl's or anybody else's, so I'm going to be able to explain --

10:14:10  6  I'm still going to have to use a Bates Number to get him to the

10:14:13  7  right page, but I will also reference for the record the

10:14:15  8  number, what's up on the screen.

10:14:19  9          THE COURT:  Okay.

10:14:20 10          MR. WILLIAMS:  That should help.

10:14:20 11  BY MR. WILLIAMS:

10:14:22 12  Q.   We're going to move on now.  We're almost done with these

10:14:27 13  audits, but we're going to move to a Lloyd's Register EMEA.

10:14:37 14  That would be Exhibit 00929.

10:14:39 15          Mr. Webster, have you reviewed this document?

10:14:45 16  A.   I have, yes, sir.

10:14:46 17  Q.   Could we go to page 6.

10:15:05 18          THE COURT:  We're talking now about the Lloyd's

10:15:07 19  Register --

10:15:07 20          MR. WILLIAMS:  Yes, sir.

10:15:10 21          THE COURT:  -- audit of -- is it March 2010?

10:15:15 22          MR. WILLIAMS:  Correct.  March 9th to the 26th of 2010.

10:15:20 23          THE COURT:  Thank you.

10:15:20 24  BY MR. WILLIAMS:

10:15:23 25  Q.   Mr. Webster, could you tell us what this was meant -- or

                        **OFFICIAL TRANSCRIPT**

10:15:30  1    what this document is and what it talks about generally.

10:15:37  2    A.    My understanding is that Transocean hired Lloyd's to come

10:15:41  3    in and do this estimate of various of the rigs that were

10:15:47  4    operating, as well as the office.  Because of certain near

10:15:53  5    misses and problems that occurred in the different drill ships,

10:15:58  6    they wanted assessment of the crew and management.

10:16:03  7            It's a -- it's sort of an ISM type of audit.

10:16:08  8            THE COURT:  So just more of a company audit, as opposed

10:16:12  9    to a vessel specific audit?

10:16:14 10            THE WITNESS:  Well, no, Your Honor.  They actually did

10:16:16 11    the company, too, and then they went on, I believe it was, five

10:16:19 12    different rigs.

10:16:20 13            THE COURT:  Including the *Deepwater Horizon*?

10:16:22 14            THE WITNESS:  Yes, sir.  They interviewed the crew and

10:16:26 15    got the input on the operation and safety culture and that.

10:16:30 16            THE COURT:  Okay.  Thank you.

10:16:30 17    BY MR. WILLIAMS:

10:16:33 18    Q.    Just to make it clear, I'll go over real quick the

10:16:36 19    introduction in the executive summary, that: "Lloyd's Register

10:16:41 20    was engaged to support Transocean as a result of a series of

10:16:46 21    serious accidents and near hits within the global organization.

10:16:50 22    Over an eight-day period during March 2010, teams from Lloyd's

10:16:54 23    visited Transocean divisional offices in Houston and the

10:16:57 24    drilling rigs Transocean *Marianas*, Transocean

10:17:02 25    *Deepwater Horizon*, Discoverer *Clear Leader*, and the Global

**OFFICIAL TRANSCRIPT**

10:17:08  1   Santa Fe Development Driller Number 2 in the Gulf of Mexico to

10:17:10  2   conduct a review of the company's safety management system,

10:17:14  3   safety culture and safety climate"; is that correct?

10:17:17  4   A.    That is correct.

10:17:22  5   Q.    We'll go to page 12, please, Carl.

10:17:30  6         MR. WILLIAMS:  It is page 12 of that exhibit,

10:17:33  7   Your Honor.

10:17:33  8   BY MR. WILLIAMS:

10:17:35  9   Q.    Mr. Webster, look down at the bottom of the page, the

10:17:39 10   paragraph entitled, "Primary Issues, Summary."

10:17:43 11         "Many of the primary issues can typically be traced

10:17:47 12   back to practices and policies that originate at divisional

10:17:51 13   and/or corporate levels."

10:17:57 14         Did I read that correctly?

10:17:59 15   A.    You did correctly.

10:17:59 16   Q.    Now, what is your appreciation of the difference between a

10:18:04 17   divisional level and a corporate level within Transocean's

10:18:08 18   corporate structure?

10:18:10 19   A.    My understanding is the divisional level is pretty much

10:18:13 20   the operations part, the drilling people, the maintenance

10:18:18 21   people; whereas, the corporate level is the senior officers of

10:18:30 22   the company.

10:18:30 23   Q.    It goes on to say that:  "For example, poor hazard

10:18:39 24   awareness of some rig frontline staff can lead to problems in

10:18:43 25   detecting changes in task conditions, and hence raises the risk

**OFFICIAL TRANSCRIPT**

10:18:46 1    of failing to properly manage risks during those tasks.  While

10:18:50 2    the Lloyd's Register EMEA review identified a number, paren,

10:18:56 3    nine, of primary issues, it can be seen from the diagram

10:18:59 4    overleaf that a fundamental lack of hazard awareness underpins

10:19:03 5    many of the issues in the North American division."

10:19:11 6           They talk about a fundamental lack of hazard

10:19:15 7    awareness.  In preparing to write a report, you reviewed a lot

10:19:24 8    of documents; is that right?

10:19:27 9    A.    That is right.

10:19:28 10   Q.    Subsequent to the issuing of that report, you continued to

10:19:32 11   review source materials, subsequent depositions that were

10:19:35 12   taken?

10:19:35 13   A.    A great deal of documents, yes.

10:19:39 14   Q.    Given everything you've reviewed, given the history, the

10:19:43 15   maintenance history of this rig, do you agree or disagree that

10:19:47 16   there was a fundamental lack of hazard awareness underpinning

10:19:54 17   many of the issues or problems that we've talked about in the

10:19:59 18   North America division?

10:20:00 19   A.    No, I agree with that statement.

10:20:04 20   Q.    Can we go to page 29, please, Carl.

10:20:17 21          In the primary issue section, issue one, it's goes

10:20:21 22   into greater detail, "hazard awareness, planning and risk

10:20:26 23   management competence assurance."

10:20:30 24          Now, is it true that when they do these surveys, both

10:20:35 25   in the office and on the rig, they actually talk to people?

A.   Yes, they interview various members of the office, as well as various members of the crew.

Q.   In fact, throughout here are quotes from people back on the beach and people on the rigs; is that correct?

A.   Yes, sir.  Correct.

Q.   Speaking of the issue -- of that are issue, one of hazard awareness:  "After discussions with the workforce at all levels, the majority of crews on the frontline reported that they were comfortable with identifying and understanding the hazards that they were exposed to.  This is supported by the response to the perception survey, question 12, where 92.9 percent responded that because of training and support they received, they believe they fully understand the hazards associated with their job.  However, many supervisors and members of the rig leadership teams" --

Let me stop there and ask you a question.  Is it your understanding, based on a review of these documents, that rig leadership teams include not just leadership on the rig, but leadership ashore?

A.   Yes.

Q.   -- "members of the rig leadership teams had concerns in this area based on the think plans that they reviewed, on task observations, and on the conversations that occurred in the workplace, i.e., during start tours.  They believed that the work force was not always aware of the hazards they were

OFFICIAL TRANSCRIPT

3920

10:22:32 1   exposed to, relating to both their job and other jobs being

10:22:35 2   conducted in the same or adjoining work areas; that risks posed

10:22:40 3   by identified hazards were not fully understood, and the

10:22:44 4   subsequent control measures were not always appropriate; that

10:22:50 5   emerging hazards during task execution and hazards with a

10:22:53 6   changing risk level were not always detected or fully

10:22:56 7   appreciated."  Then, the next, and last, bullet point is the

10:23:04 8   quote, "They don't know what they don't know," closed quote.

10:23:06 9        Then the comment from Lloyd's is:  "This clearly

10:23:10 10  demands attention as frontline crews are potentially working

10:23:13 11  with a mindset that they believe they are fully aware of all

10:23:18 12  the hazards, when, in fact, they are not.  It goes without

10:23:22 13  saying that robust hazard identification is fundamental to the

10:23:27 14  effectiveness of risk control processes which can be impacted

10:23:31 15  in a number of ways."

10:23:33 16       Now, let me ask you a few questions about what I've

10:23:37 17  just read.

10:23:42 18       The third bullet point -- I'm sorry, the first, the

10:23:47 19  workforce was not always aware of the hazards they were exposed

10:23:51 20  to, relating both to their job and to other jobs being

10:23:55 21  conducted in the same or adjoining work areas.

10:23:58 22       In your opinion as a marine safety expert, would that

10:24:05 23  bullet point be particularly important with respect to the crew

10:24:13 24  position of captain, first mate and watch officers of the crew

10:24:17 25  of the *Deepwater Horizon*?

**OFFICIAL TRANSCRIPT**

10:24:19  1    A.    Very much so, vital.

10:24:20  2    Q.    Would it also be vital with respect to the leadership on

10:24:28  3    the drilling side of that crew?

10:24:30  4    A.    Yes.

10:24:31  5    Q.    The third bullet point, the risk posed by identified

10:24:40  6    hazards were not fully understood, and subsequent control

10:24:43  7    measures were not always appropriate.

10:24:45  8            With respect to the captain of this vessel, this

10:24:51  9    would be a particularly troubling observation if it applied to

10:24:58 10    him; would it not?

10:24:59 11    A.    Very much so, yes.

10:25:00 12    Q.    Is that your opinion?

10:25:03 13    A.    Yes, it is.

10:25:03 14    Q.    Why is that your opinion?  Explain it for us, please.

10:25:06 15    A.    Well, I mean, he is the captain.  He is responsible for

10:25:11 16    the safety of the rig, and certainly for the navigation and the

10:25:17 17    maintenance of all the marine safety equipment on board.  He

10:25:26 18    obviously was not aware or -- well, was not aware of the

10:25:30 19    multitude of hazards that were in place at the time.

10:25:32 20    Q.    We'll talk some more about that in a minute, but the

10:25:35 21    master of the vessel -- strike that.

10:25:41 22            In the event that there is a critical emergency on a

10:25:46 23    seagoing vessel -- this is a hypothesis for you, okay?

10:25:52 24    A.    Yes, sir.

10:25:52 25    Q.    -- in that event, in your opinion as a marine safety

**OFFICIAL TRANSCRIPT**

10:25:58 1    expert, is it absolutely critical from a safety standpoint,

10:26:04 2    safety of the crew primarily and safety of the vessel, that the

10:26:10 3    captain, in advance of being presented with that emergency,

10:26:14 4    that the captain would have identified all risk hazards and

10:26:19 5    fully understood them?

10:26:21 6    A.    Yes.  He should have.

10:26:23 7    Q.    Why is that your opinion?

10:26:26 8    A.    Well, the captain should take immediate action to save the

10:26:30 9    vessel and save the crew.  He should not wait and get

10:26:35 10   information from other people.  He should make that decision

10:26:38 11   right way.  In this particular case, I think he should have

10:26:44 12   EDS's.

10:26:45 13   Q.    We'll get to that.

10:26:52 14         Emerging hazards, the fourth bullet point.  Again,

10:26:56 15   I'm going to restrict these to the captain of the vessel,

10:26:59 16   captain of any vessel, whether it's the *Deepwater Horizon* or

10:27:01 17   any oceangoing vessel.

10:27:02 18         Emerging hazards during task execution and hazards

10:27:08 19   with the changing risk level were not always detected or fully

10:27:11 20   appreciated.

10:27:18 21         In the case of a captain of a seagoing vessel, is it

10:27:24 22   true, sir, based on your experience and your expertise, that

10:27:32 23   emerging hazards, unfolding hazards on a vessel that

10:27:37 24   jeopardized the safety of the vessel and her crew, isn't it

10:27:42 25   critical that those hazards and those changing risk levels

10:27:47  1    should be immediately detected --

10:27:50  2    A.    Yes.

10:27:50  3    Q.    -- appreciated and corrective or ameliorative action taken

10:28:00  4    to protect the crew and the vessel?

10:28:01  5    A.    Absolutely, yes.

10:28:02  6    Q.    Now, in your opinion, as an ex-ship manager and all of the

10:28:15  7    things we've talked about in your background, is this a

10:28:23  8    nondelegable obligation of the management at Transocean?

10:28:24  9    A.    Yes, it is.

10:28:25 10    Q.    The last bullet point, they don't know what they don't

10:28:29 11    know, correct?  That's a quote from somebody who was

10:28:32 12    interviewed?

10:28:32 13    A.    That is correct.

10:28:33 14    Q.    If the crew doesn't know what they are supposed to know,

10:28:38 15    management isn't being fair to the crew, are they?

10:28:42 16    A.    That is absolutely correct, and I agree with that.

10:28:44 17    Q.    Let's go to page 30, please, Carl, the next page.

10:29:02 18          We've actually covered that, so I'll move on.

10:29:06 19          Well, let's back up.  Let's stay on 30, Carl, right

10:29:18 20    at the bottom of the page.

10:29:20 21          Along this same line, Mr. Webster, let's read this

10:29:25 22    paragraph.  And it says:  "Driver origin,

10:29:32 23    corporate/divisional/rig."

10:29:35 24          What does that mean in your opinion?

10:29:38 25    A.    Well, that means that it addresses all three entities of

OFFICIAL TRANSCRIPT

10:29:43  1    the company, the corporate section, the divisional section, and

10:29:47  2    then the crew on the rig.

10:29:47  3    Q.    Because it's driver origin, does that suggest a hierarchy

10:29:56  4    of responsibility?

10:29:57  5    A.    Yes, it does.

10:29:57  6    Q.    "Successful hazard identification and appropriate levels

10:30:02  7    of risk awareness are achieved by a combination of knowledge,

10:30:05  8    skills and experience.  People working in hazardous

10:30:09  9    environments must be able to maintain a high level of

10:30:12 10    situational awareness in order to understand risk and how risk

10:30:17 11    levels can change as new hazards emerge.  Feedback within NAM

10:30:23 12    division," the North American division, "suggests that in many

10:30:29 13    areas the level of hazard and risk awareness is low amongst

10:30:32 14    some of the front line workforce.  This is clearly an exposure

10:30:37 15    for North American division.  While activities exist in areas

10:30:42 16    like the buddy system, mentoring, active supervision, tops, and

10:30:47 17    OJT, there is no evidence to suggest that there is joined-up

10:30:51 18    and robust process to assure competence in hazard/risk

10:30:58 19    awareness."

10:30:59 20             It sounds like this was written by one of your

10:31:04 21    countrymen, perhaps.

10:31:06 22    A.    I would think.

10:31:06 23    Q.    Okay.  What does joined-up mean, in proper English?

10:31:12 24    A.    Well --

10:31:14 25             THE COURT:  That would be proper English.  I think it's

**OFFICIAL TRANSCRIPT**

10:31:19  1    us that do not use proper English.

10:31:26  2         THE WITNESS:  I would say joined up means connect.

10:31:26  3    BY MR. WILLIAMS:

10:31:32  4    Q.   Let's look at one of the -- two of the bullet points

10:31:39  5    underneath the training and mentoring subsection.

10:31:43  6         "It has been reported that Transocean training

10:31:45  7    courses could better prepare the workforce to identify hazards,

10:31:49  8    risk assessment and control them with appropriate measures."

10:31:53  9         Now, that paradigm, or that statement, applies to the

10:31:56 10    marine crew, just as much as it applies to the drilling crew;

10:31:59 11    is that correct?

10:32:00 12    A.   Correct.

10:32:00 13    Q.   "Rig-based hazard awareness training that is provided does

10:32:07 14    not focus sufficiently on the workplace-specific hazards and

10:32:10 15    the appropriate controls in particular for new generation

10:32:14 16    rigs."

10:32:15 17         Is the *Deepwater* -- was the *Deepwater Horizon* a new

10:32:18 18    generation rig?

10:32:18 19    A.   Yes.

10:32:19 20    Q.   Rig-based hazard awareness training, general training

10:32:29 21    courses that prepare the workforce to identify hazards, to

10:32:33 22    assess risks and deal with those risks, are those all things

10:32:38 23    that are required by the ISM code?

10:32:41 24    A.   Yes, they are.

10:32:42 25    Q.   Driver origin, corporate division, the last bullet point.

**OFFICIAL TRANSCRIPT**

10:32:53  1    "There is a lack of awareness of the causes and effects of

10:32:57  2    human error throughout the division.  People do and will

10:33:01  3    continue to make genuine mistakes.  Good training, mentoring,

10:33:06  4    supervision and experience, backed up by robust systems, can

10:33:10  5    reduce the likelihood and consequences of these errors."

10:33:15  6              Did I read that correctly?

10:33:16  7    A.    Yes.

10:33:16  8    Q.    Is that a requirement in the ISM code?

10:33:20  9    A.    Yes, sir, it is.

10:33:20 10    Q.    Is that particularly important when you're talking about

10:33:23 11    the position of captain on a vessel that, as you testified

10:33:29 12    yesterday, is more complicated from a systems and operational

10:33:35 13    standpoint than a super tanker?

10:33:39 14    A.    Very much so, of paramount importance.

10:33:41 15    Q.    Why is that?

10:33:44 16    A.    Because it goes to the overall safety of the rig.  I mean,

10:33:47 17    you have so many complex issues on a drill ship.  You have,

10:33:52 18    again, so many systems, so many alarm systems.  The fact that

10:33:56 19    the rig has to stay on station at all times is very critical.

10:34:05 20              So the captain, in my opinion, should be absolutely

10:34:07 21    trained in all areas, including well control issues, so he can

10:34:12 22    understand, if is there a blowout or a kickback or anything

10:34:15 23    like that, he can make a decision to get the rig offsite as

10:34:20 24    fast as possible.

10:34:24 25    Q.    In your opinion, in an emergency situation that threatens

**OFFICIAL TRANSCRIPT**

10:34:29 1  the viability of an oceangoing vessel and the members of her

10:34:33 2  crew, the captain has to have the tools to act immediately and

10:34:41 3  decisively and use everything in his disposal to protect the

10:34:47 4  ship and the ship's crew; is that true?

10:34:54 5  A.   That's absolutely correct, but he also has to have the

10:34:57 6  authority, the overriding authority to make those decisions.

10:35:01 7  Q.   Correct.  So just like -- in the opening statement, an

10:35:06 8  aviation analogy was used.  Just like a pilot in an airplane

10:35:09 9  who has to be trained constantly to deal with an emergency

10:35:28 10 immediately, there is no margin for error in the air, is there?

10:35:28 11 A.   There is none.

10:35:28 12 Q.   In your opinion as a seafarer, there is not much margin

10:35:28 13 for error on a ship when something bad goes wrong; is there?

10:35:28 14 A.   No, there is not.

10:35:28 15 Q.   If delays are caused by inability to make decision because

10:35:35 16 of lack of training or experience, that's a bad thing, isn't

10:35:40 17 it?

10:35:40 18      MR. KINCHEN:  John Kinchen, Transocean, Your Honor.

10:35:48 19      THE COURT:  Mr. Williams is falling back into obviously

10:35:51 20 leading questions.

10:35:54 21      MR. WILLIAMS:  The medical is wearing off, Judge.  I'm

10:36:02 22 trying to figure out how to ask that.

10:36:05 23      THE COURT:  I don't think anybody here is going to help

10:36:06 24 you.

10:36:06 25 BY MR. WILLIAMS:

**OFFICIAL TRANSCRIPT**

10:36:09  1    Q.    Well, I'll try and circle around and cover that a little

10:36:14  2    bit later when we talk about the master's authority,

10:36:17  3    Mr. Webster.

10:36:20  4          Let's go to issue eight on page 45, Carl.

10:36:29  5          "Blame, culture and trust.   Worryingly, a significant

10:36:35  6    proportion, 43.6 percent of the personnel participating in the

10:36:40  7    perception survey, reported that they worked with a fear of

10:36:43  8    reprisal if an incident or a near hit occurred.   This issue is

10:36:49  9    strongly related to the investigation process, which nearly

10:36:53 10    40 percent of the participants believed was applied to

10:36:57 11    apportion blame."

10:37:02 12          Then there is a note in parenthesis:   "For the same

10:37:06 13    question, none of the divisional office felt that this was the

10:37:10 14    case."

10:37:11 15          "Furthermore, interviews revealed that this reported

10:37:13 16    fear of reprisal was often associated with dropped object

10:37:18 17    incidents.   Although high levels of trust were reported at rig

10:37:22 18    level, there was a significant level of reported mistrust

10:37:25 19    between the rigs and the beach."

10:37:27 20          In your past experience as a manager of oceangoing

10:37:34 21    vessels, as a watch officer, as a marine safety expert, is the

10:37:45 22    existence of a significant level of reported mistrust between

10:37:51 23    the rigs and the beach healthy from a safety standpoint?

10:37:57 24    A.    No, it's very unhealthy.

10:37:58 25    Q.    Explain your answer, please.

                              **OFFICIAL TRANSCRIPT**

10:38:01 1    A.   Well, that can lead to disaster because the crew are not

10:38:07 2    telling the shore people exactly what's going on, they are not

10:38:10 3    reporting near miss accidents, they are not reporting major

10:38:14 4    hazards, it's possible.

10:38:18 5         The crew, I think, also are not letting the shore

10:38:20 6    people know exactly what's going on on the rig.

10:38:22 7    Q.   Is it your opinion in this ISM audit that one of the

10:38:30 8    primary reasons a designated person is appointed with access to

10:38:36 9    the highest level of management is to make sure that this

10:38:41 10   problem doesn't exist?

10:38:44 11   A.   Well, absolutely.  I mean, he's there, also, if the

10:38:48 12   captain or the chief engineer or even the OIM have a problem

10:38:52 13   and are not getting, let's say, the answers or the right

10:38:56 14   feedback from divisional, the idea is that they could call him

10:38:59 15   up and tell them they've got problems.

10:39:01 16   Q.   Carl, let's go to appendix C, which is page 52 of this

10:39:07 17   exhibit.

10:39:17 18        MR. WILLIAMS:  Judge, this would be -- actually, on

10:39:19 19   your screen and in the record, it will be TREX-00929, page 81.

10:39:19 20   BY MR. WILLIAMS:

10:39:32 21   Q.   Now, Mr. Webster, this appendix covers what specifically?

10:39:39 22   A.   This is the appendix C, *Deepwater Horizon* summary report,

10:39:59 23   from Lloyd's Register, sorry.

10:40:00 24   Q.   The bottom paragraph, please, to direct your attention --

10:40:11 25        I'm sorry, Carl, go to the -- it would be page --

10:40:18 1   yes, that's it.  Thanks.  Page 88.

10:40:23 2           "Contrary to the aforementioned comments on

10:40:27 3   *Deepwater Horizon*'s strong safety culture, there was a stated

10:40:30 4   fear of reprisal related specifically to the reporting of

10:40:33 5   dropped objects.  Feedback suggested that dropped object

10:40:38 6   reporting equated to a trip to Houston and a discipline case.

10:40:41 7   It was clear that fear was stronger amongst the frontline work

10:40:45 8   force and some supervisors.  This fear was seen to be driven by

10:40:50 9   decisions made in Houston rather than those made by rig-based

10:40:53 10  leaders."

10:40:55 11          In your opinion as a marine safety expert, is that an

10:41:03 12  issue that seriously impacts, negatively impacts safety?

10:41:09 13  A.   Yes, very serious issue.

10:41:11 14  Q.   Why is it a very serious issue?

10:41:14 15  A.   Well, again, the crew are afraid to report accidents,

10:41:21 16  nonconformities to the office for fear of being fired.

10:41:24 17  Q.   Is that an issue a knowledgeable designated person ashore

10:41:32 18  should know and should take immediately to the highest level of

10:41:37 19  Transocean's management, in your opinion?

10:41:38 20  A.   Yes, sir, it is.

10:41:41 21  Q.   Let's go to page 12 of the report, please.

10:42:00 22          MR. WILLIAMS:  This would be page 93 of the exhibit,

10:42:10 23  Your Honor.

10:42:11 24  BY MR. WILLIAMS:

10:42:11 25  Q.   Now, in this block we have a recitation of some of the key

                        **OFFICIAL TRANSCRIPT**

10:42:26 1   findings from the perception survey; is that correct?

10:42:28 2   A.   Correct.  I think these were actually quotes from crew

10:42:32 3   members.

10:42:32 4   Q.   There is a quote right at the top, in italics.  It says:

10:42:36 5   "I have enough resources.  The rig manager backs me one hundred

10:42:40 6   percent."

10:42:41 7          That's a very strong safety move, correct?

10:42:44 8   A.   Correct.  I don't have it in front of me, but --

10:42:46 9   Q.   You can see it on -- well, I thought we were blowing that

10:42:50 10  up right at the top.  Just above "weaknesses."

10:42:56 11  A.   Yes, I see it now.

10:42:57 12  Q.   I guess you could call that a strength, if it's a quote

10:43:01 13  from the rig, correct?

10:43:02 14  A.   Right.

10:43:02 15  Q.   Let's talk about the weaknesses.

10:43:08 16         Number 1:  "It was felt that there was an increase in

10:43:12 17  administrative work that restricted the time that supervisors

10:43:15 18  and other key roles could spend coaching and mentoring."

10:43:20 19         In your experience as a mariner and a marine safety

10:43:24 20  expert, is on-the-job training, coaching and mentoring a

10:43:28 21  critical component of safety and management on the rig?

10:43:34 22  A.   That is correct.  It's a vital part of all vessels.

10:43:38 23  Q.   Some of the participants said, "we're concerned with

10:43:45 24  equipment reliability."

10:43:48 25         Based on your review and the last four or five hours

**OFFICIAL TRANSCRIPT**

10:43:53  1   of what we have gone through, would it be your opinion that
10:43:56  2   that concern with equipment reliability is justified?
10:44:02  3   A.   Yes.
10:44:02  4   Q.   Also, somebody else said, "I would ensure equipment
10:44:11  5   reliability is better.  At nine years old, the
10:44:14  6   *Deepwater Horizon* has never been in dry dock.  They replace top
10:44:18  7   drives, block and crowns during rig moves.  We can only work
10:44:21  8   around so much."
10:44:26  9        Same question, based on your review of all these
10:44:29 10   documents, the testimony you've given previously, is it your
10:44:35 11   opinion that equipment reliability was a serious safety issue
10:44:39 12   on this rig?
10:44:40 13   A.   Yes, it was.
10:44:41 14   Q.   Let's go down to the last comment:  "Run it, break it, fix
10:44:45 15   it.  That's how they work, and the drilling department should
10:44:51 16   be held more accountable than what they currently are."
10:44:56 17        Run it, break, it, fix it.  As a marine safety
10:45:09 18   expert, what is your opinion of that statement?
10:45:17 19   A.   Well, it clearly goes to show that Transocean and the OIM
10:45:24 20   onboard were more interested in production than they were in
10:45:27 21   the safety of the rig or the safety of the men and the
10:45:32 22   maintenance.
10:45:33 23        I mean, it clearly comes down to a financial issue, I
10:45:35 24   believe.  When the rig is idle, it's not making money.  When
10:45:38 25   the rig is in dry dock, it's not making money.

**OFFICIAL TRANSCRIPT**

3933

10:45:41  1        So they try to keep it out there as long as they can,

10:45:45  2    and that's what was happening.  They were running it, things

10:45:47  3    were breaking, and they were fixing it the best they could.

10:45:54  4        Certainly, they put commercial issues over safety.

10:45:56  5    Q.  Well, you mentioned the OIM, but isn't it true,

10:45:59  6    Mr. Webster, that it's not really the OIM's fault, is it?

10:46:05  7    A.  No.  It's the captain's.

10:46:05  8        MR. KINCHEN:  Objection, Your Honor --

10:46:08  9        John Kinchen, Transocean.

10:46:08 10        -- leading.

10:46:20 11        THE COURT:  It is leading.

10:46:20 12    BY MR. WILLIAMS:

10:46:23 13    Q.  Page 16, please.

10:46:38 14        Some weaknesses are addressed in this section of the

10:46:41 15    report.  I'm going to go right to the bottom there.

10:46:45 16        Fatigue issues with the 21 on and 21 off policy:  "On

10:46:50 17    that third week, the hands get quiet, and that's when I get

10:46:53 18    worried."

10:46:55 19        Next comment.  He worries about the implementation of

10:47:00 20    the 21 on, 21 off blanket policy.  "You can see it wearing down

10:47:05 21    on them.  It is definitely increasing the risk of an incident."

10:47:08 22        21 on, 21 off.  "Big difference in their attitudes in

10:47:14 23    the third week.  It's mentally draining, and I've got to watch

10:47:17 24    my guys closer."

10:47:20 25        From a marine safety standpoint, Mr. Webster, do you

**OFFICIAL TRANSCRIPT**

10:47:29  1   have an opinion as to whether or not fatigue is a safety issue?

10:47:33  2   A.   Very much so, yes, sir.

10:47:35  3   Q.   Why is that, sir?

10:47:37  4   A.   Well, because the perception of the crew, people get

10:47:41  5   tired, they start missing vital things.  They get complacent,

10:47:50  6   and their perception to danger can be reduced.

10:47:53  7   Q.   Based on your review of the documents in this case, are

10:47:59  8   you aware that many of the members of the *Deepwater Horizon*

10:48:05  9   crew on or about April 20, 2010, were in the third week of

10:48:12 10   their hitch?

10:48:13 11   A.   I believe that's correct.  Yes.

10:48:15 12   Q.   Sir, when you were reviewing all of these materials, were

10:48:18 13   you aware that there was a kick, a well control event, on or

10:48:24 14   about March 8th of 2010, about five, six weeks before the

10:48:29 15   April 20th disaster?

10:48:30 16   A.   I was aware of that, yes.

10:48:32 17   Q.   Were you aware by review of this material that many of the

10:48:41 18   crew members were in the last several days of their 21-day

10:48:46 19   hitch when that event occurred?

10:48:48 20   A.   I believe that's true, yes.

10:48:49 21   Q.   Now, we're going to move on, Mr. Webster, and talk about

10:49:05 22   training of some of these crew members that were onboard on

10:49:10 23   that terrible day.

10:49:13 24        We're going to talk about the offshore installation

10:49:17 25   manager, Mr. Harrell.

**OFFICIAL TRANSCRIPT**

10:49:18  1          Mr. Harrell, did not have a license to command a

10:49:23  2  self-propelled dynamically-positioned mobile offshore drilling

10:49:29  3  unit, did he?

10:49:29  4  A.    That is correct.

10:49:29  5          MR. KINCHEN:  Your Honor, John Kinchen, Transocean.

10:49:32  6          I object to any questions about the licensing of

10:49:35  7  the OIM or any crew members.  It's outside the scope of his

10:49:39  8  report.  He doesn't mention it in his report at all.

10:49:46  9          THE COURT:  Is that right?

10:49:50 10          MR. WILLIAMS:  I could be wrong, but I believe he was

10:49:52 11  asked some of these questions during his deposition.

10:49:53 12          THE WITNESS:  That's correct.

10:49:55 13          THE COURT:  But the question is, is it in his report?

10:50:07 14          Was this in your report, sir; do you know?

10:50:09 15          THE WITNESS:  I don't remember, Your Honor.  I'm sorry.

10:50:11 16  I don't recall.  I could check it real quick.

10:50:13 17          THE COURT:  I read the report the other night, and I

10:50:16 18  don't recall a reference to that; but, I could be wrong, too.

10:50:20 19          MR. WILLIAMS:  I really thought he did mention it in

10:50:23 20  his report, Judge.  I don't have it up here now.

10:50:29 21          MR. KINCHEN:  Your Honor, just for background, the word

10:50:33 22  "license" is not used in the report at all.

10:50:41 23          MR. WILLIAMS:  Judge, we have been talking for the last

10:50:44 24  day and a half about qualifications, whether crew members are

10:50:48 25  qualified to perform their jobs, whether they are properly

                        **OFFICIAL TRANSCRIPT**

10:50:52  1   trained.  Licensing goes to that issue.  It's not -- this is

10:50:57  2   not an excursion into the netherworld of --

10:51:03  3            THE COURT:  I'm quickly looking at his report.  He does

10:51:06  4   talk about the confidence of the vessel crew and the master.

10:51:11  5            I think, particularly since it was a subject on

10:51:14  6   which he was questioned apparently at the deposition, I'm going

10:51:17  7   to allow it.  Go ahead.

10:51:18  8            MR. WILLIAMS:  Thank you, Your Honor.

10:51:21  9   BY MR. WILLIAMS:

10:51:21 10   Q.   Mr. Harrell -- I'm sorry.  Mr. Webster, the offshore

10:51:27 11   installation manager on that rig, Mr. Jimmy Harrell, he did not

10:51:31 12   have a certificate or a license to command a self-propelled

10:51:36 13   dynamically-positioned mobile offshore drilling unit, did he?

10:51:41 14   A.   That's correct.  The Republic of Marshall Islands had

10:51:44 15   given him basically for a barge.

10:51:53 16   Q.   Upon your review of all of the materials you reviewed, is

10:51:57 17   it or is it not your opinion that Mr. Harrell was properly

10:52:03 18   trained in Transocean's safety management system?

10:52:06 19   A.   No, I don't think he was at all.  He didn't have any

10:52:09 20   marine training as far as I'm aware.

10:52:12 21   Q.   Just to be clear, Mr. Harrell may have been and probably

10:52:21 22   was one of the best OIM's anywhere, but he wasn't qualified to

10:52:27 23   be a master or command the bridge of that vessel, correct?

10:52:31 24   A.   That is correct.

10:52:32 25   Q.   Now, let's talk about Captain Kuchta, the captain assigned

**OFFICIAL TRANSCRIPT**

10:52:39  1   to that -- in your opinion, was Captain Kuchta properly trained

10:52:45  2   or certified in major emergency management on that rig?

10:52:50  3   A.    No, he was not.

10:52:50  4   Q.    Was Captain Kuchta properly trained or certified to

10:52:59  5   operate the EDS, the emergency disconnect system?

10:53:05  6   A.    No, from my research, he was not.

10:53:07  7   Q.    Based on your research and your expertise, do you have an

10:53:14  8   opinion as to whether or not Captain Kuchta was qualified to

10:53:18  9   serve as the person in charge, PIC, on that vessel?

10:53:23 10   A.    No, I don't believe he was.

10:53:23 11   Q.    Based on your review of documents and your expertise, do

10:53:34 12   you believe or not that Captain Kuchta was properly trained in

10:53:40 13   the implementation of the rig's emergency response plan?

10:53:45 14   A.    No, he was not.

10:53:46 15   Q.    Based on all of the documents and depositions and

10:53:53 16   everything else you've reviewed, do you have an opinion, an

10:54:01 17   expert opinion, as to whether or not Captain Kuchta was

10:54:05 18   properly trained on how to operate the Kongsberg fire and gas

10:54:16 19   detection system and the emergency shutdown safety system?

10:54:18 20   A.    No.  From Mr. Perkin's deposition, I don't believe he was

10:54:24 21   ever trained on the Kongsberg system.

10:54:26 22   Q.    I'm going to move on now to one of the DPO's, dynamic

10:54:33 23   positioning officers, on duty at the time of the incident,

10:54:36 24   Ms. Andrea Fleytas.

10:54:40 25              Do you have an opinion as a marine safety expert as

**OFFICIAL TRANSCRIPT**

10:54:45  1    to whether or not Ms. Fleytas was properly trained to use the

10:54:50  2    vessel safety monitoring equipment?

10:54:52  3    A.    I do.  She was not.

10:54:53  4    Q.    Do you have an opinion, an expert opinion as to whether or

10:54:59  5    not she was trained or certified to operate the EDS system?

10:55:03  6    A.    She was not.  She never -- never participated in such an

10:55:09  7    operation.

10:55:09  8    Q.    Do you have an opinion, sir, based on all of the evidence

10:55:14  9    you've reviewed as to whether or not Andrea Fleytas was

10:55:20 10    properly trained to respond to a situation in which numerous

10:55:28 11    alarms were simultaneously triggered on the IACS, or the

10:55:35 12    Kongsberg system?

10:55:38 13    A.    She was not.

10:55:38 14    Q.    Do you have an opinion as to whether or not Ms. Fleytas

10:55:46 15    was properly trained to operate the Kongsberg fire and gas

10:55:51 16    detection system and the ESD safety system on this vessel?

10:55:56 17    A.    She was not.

10:55:56 18    Q.    Do you have an opinion as to whether Ms. Fleytas was

10:56:02 19    properly trained to respond to a severe well blowout or

10:56:05 20    emergency?

10:56:06 21    A.    She was not.

10:56:08 22    Q.    Do you have an opinion as to whether or not Captain Kuchta

10:56:11 23    was trained to respond to a severe well blowout or emergency,

10:56:17 24    properly trained?

10:56:18 25    A.    No, he was not.

**OFFICIAL TRANSCRIPT**

10:56:19  1    Q.    Let's talk about Yancy Keplinger.  Who was he?

10:56:30  2    A.    He was the senior BP officer.

10:56:32  3    Q.    Is it true that he was on watch the night the

10:56:38  4    *Deepwater Horizon* had the well control event?

10:56:43  5    A.    Yes, sir, that's correct.

10:56:44  6    Q.    You've reviewed various materials relating to

10:56:50  7    Mr. Keplinger, correct?

10:56:51  8    A.    I have, yes.

10:56:52  9    Q.    Do you have an opinion as to whether or not Mr. Keplinger,

10:56:56 10    based on your review of those materials, was properly trained

10:57:01 11    to be a competent deck officer?

10:57:04 12    A.    No, he was not.

10:57:05 13    Q.    Do you have an opinion as to whether or not he was

10:57:10 14    properly trained in well control?

10:57:14 15    A.    No, he was not.

10:57:15 16    Q.    Do you have an opinion as to whether or not he was

10:57:18 17    properly trained or certified to operate the EDS system?

10:57:21 18    A.    No, he was not.

10:57:23 19    Q.    Carl, I would like to go to Exhibit 0064, please.

10:57:54 20          Okay, Mr. Webster, can you tell the Court what this

10:57:57 21    document we're looking at is?

10:57:59 22    A.    Yes, sir.  This is an RMS II morning report from the rig

10:58:06 23    giving the -- basically gives a completed work summary and

10:58:13 24    outstanding work items for April 19, 2010.

10:58:20 25    Q.    This was the day before the *Deepwater Horizon* experienced

**OFFICIAL TRANSCRIPT**

10:58:27 1   the well control event that resulted ultimately in her demise,

10:58:32 2   correct?

10:58:32 3   A.   Correct.

10:58:32 4   Q.   So this -- the RMS II morning report, could you just

10:58:39 5   explain to the Court what exactly that is?

10:58:41 6   A.   Well, again, it's a report of work that's being completed

10:58:46 7   either that day or -- yeah, I think, it would be that day.

10:58:51 8   Maintenance issues, maintenance items.

10:58:54 9        Then, it also -- after this, this is a completed work

10:58:59 10  summary.  The next few pages discuss -- show outstanding

10:59:05 11  maintenance issues.

10:59:06 12  Q.   Okay.  If the data that's inputted into the RMS is

10:59:11 13  accurate, would it be correct to say that this is the last

10:59:16 14  snapshot we have of the condition of that rig before she went

10:59:21 15  down?

10:59:21 16  A.   That is correct.  Yes.

10:59:23 17  Q.   Let's take a look at this RMS.  We're going to go to -- it

10:59:47 18  would be -- I think it's page -- it's page 8 of 28 on the

10:59:49 19  document.  I'm not sure how that correlates.  That's it.

11:00:06 20       MR. WILLIAMS:  Page 8, Your Honor, of the document.

11:00:08 21  BY MR. WILLIAMS:

11:00:08 22  Q.   Let's go down to the bottom, bulletins -- I'm sorry,

11:00:14 23  audits not closed out, down at the bottom of the page.

11:00:26 24       The title, "Bulletins Not Closed Out," do you

11:00:29 25  recognize that, Mr. Webster?

**OFFICIAL TRANSCRIPT**

11:00:30 1   A.   I do, yes.  These are outstanding items.

11:00:32 2   Q.   Okay.  There is an entry in here for BOP control system

11:00:38 3   ball valve failures.  Bulletin type, maintenance bulletin,

11:00:44 4   issued 6 April 2010.

11:00:46 5        What is entered next?

11:00:52 6   A.   Well, it says, maintenance bulletin issue date, and then

11:00:55 7   no job created.

11:00:57 8   Q.   What is your understanding of what that means based on

11:01:01 9   your review of the documents that you've reviewed in this case?

11:01:06 10  A.   They haven't scheduled the repair for that item -- or

11:01:11 11  those items.

11:01:11 12  Q.   Let's go to the next page, page 9, please.

11:01:30 13       Overdue equipment certification, bottom of the page.

11:01:34 14  A.   Yes, sir.

11:01:35 15  Q.   "Overdue equipment certification:  Certificate, life raft

11:01:44 16  annual certificate; agency, Transocean; renewal date,

11:01:50 17  December 2, 2009; days over due, 139."

11:01:56 18       What is a life raft annual certificate?

11:02:02 19  A.   Well, life rafts have to be sent to shore every year to be

11:02:05 20  overhauled and checked out by a certified company that can do

11:02:11 21  this type of thing, just to make sure that they are going to

11:02:15 22  work when they are inflated and make sure that the equipment

11:02:18 23  inside has been replaced.

11:02:21 24       This is a vital safety item onboard a vessel.  I'm

11:02:27 25  shocked to see that.

**OFFICIAL TRANSCRIPT**

11:02:27  1    Q.    Is it a regulatory requirement?

11:02:30  2    A.    Yes.  This is a class requirement.

11:02:33  3    Q.    So to not do it or bust that renewal date, is that an ISM

11:02:42  4    code violation?

11:02:42  5    A.    Absolutely.  That's a major nonconformity right there.

11:02:45  6    Q.    This is a major nonconformity?

11:02:49  7    A.    Yes.

11:02:50  8    Q.    How many life rafts were on this vessel; do you have any

11:02:52  9    idea?

11:02:52 10    A.    I believe five.  There were lifeboats as well as life

11:02:55 11    rafts.

11:02:56 12    Q.    Correct.

11:02:56 13          Well, we've got four life rafts listed here.  This

11:03:02 14    second one is 139 days overdue for its annual certification;

11:03:07 15    the next one, 95; the next one, 95; the next one, 64 days; and,

11:03:16 16    the next one, 60 days overdue.

11:03:23 17          Is that something, sir, in your opinion, that the

11:03:27 18    designated person ashore should know at least at an absolute

11:03:31 19    minimum?

11:03:32 20    A.    Yes, they should be well aware of all of the safety

11:03:35 21    equipment on board and the certification and make sure nothing

11:03:38 22    gets over time or out of date.

11:03:43 23    Q.    This isn't just safety equipment, it's lifesaving?

11:03:47 24    A.    Lifesaving equipment, yes, sir.

11:03:48 25    Q.    Let's go to the next page, please -- I'm sorry, page 10 of

**OFFICIAL TRANSCRIPT**

11:03:59 1    the document, which would be the next page.

11:04:09 2          We see priority high.  Jobs awaiting parts greater

11:04:12 3    than 150 days is this category, correct?

11:04:15 4    A.    Yes.

11:04:16 5    Q.    The first -- and it's high priority, this category, at

11:04:21 6    least.  The first job description, replace regulators in

11:04:26 7    dampers and bulk.

11:04:27 8          Can you explain to us what that means?

11:04:32 9    A.    Well, I would think it's the operating system for the

11:04:39 10   dampers.  That may be in the bulk storage room.

11:04:41 11   Q.    Would those be ventilation dampers?

11:04:45 12   A.    Yes.

11:04:46 13   Q.    Are those dampers hydraulically or mechanically operated?

11:04:52 14   A.    Mechanically, possibly pneumatically.

11:04:55 15   Q.    The regulator filter lubricator is -- do you have an

11:05:02 16   opinion as to whether or not that is a critical component part

11:05:09 17   of the damper system?

11:05:23 18   A.    Well, yes, because the filters get blocked up, and they

11:05:23 19   need to be changed on a routine basis.

11:05:23 20   Q.    How long had the rig -- according to the last report, RMS

11:05:23 21   report that it issued, how long had the rig been waiting for

11:05:26 22   parts?

11:05:29 23   A.    There it says 150 days.

11:05:30 24   Q.    Could you double check that.  My copy says, days since

11:05:43 25   part request --

**OFFICIAL TRANSCRIPT**

11:05:45  1    A.   Oh, I'm sorry.  I missed it.  Yes.  453 days.

11:05:47  2    Q.   Do you have an opinion as to whether or not that's safe

11:05:52  3    marine practice?

11:05:53  4    A.   Absolutely not.

11:05:53  5    Q.   Is that something that the DPA knew or should have known

11:05:59  6    about, in your opinion?

11:05:59  7    A.   Should have known, yes.

11:06:01  8    Q.   The last job description in that category, replace shaft

11:06:10  9    seal on Number 1 ballast pump.

11:06:12 10    A.   Correct.

11:06:13 11    Q.   We've already talked about ballast pumps.  You've already

11:06:17 12    given your opinion as to how important they are from a

11:06:21 13    seaworthiness standpoint, correct?

11:06:23 14    A.   Right.

11:06:24 15    Q.   How many days had they been waiting for parts to fix the

11:06:26 16    shaft seal on that ballast pump?

11:06:29 17    A.   165 days.

11:06:31 18    Q.   Page 12 of 28 please, Carl.

11:06:35 19         Now, these are medium priority issues, at least

11:06:40 20    according to Transocean.

11:06:43 21         The first category -- if you could -- there we go --

11:06:46 22    the first category is rebuild SW service pump Number 2.  What

11:06:52 23    is the SW service pump?

11:06:53 24    A.   That's the saltwater service pump we've discussed already.

11:06:58 25    Q.   Remind me, at least, and perhaps everybody else, why

OFFICIAL TRANSCRIPT

saltwater service pumps are important components of this
vessel?

A.   Well, they are important for providing cooling water for
the main engines and all the other equipment onboard; but, the
other most important part, which I had not mentioned earlier,
is that they also supply the saltwater for the fire pumps.

       So they have what's called a rig main in the pumps.
These pumps are low down in the hull, right down in the bottom,
and they have to pump the water up to the top of the rig.

Q.   In your opinion, are these saltwater pumps at least in
part a component of the rig's safety and lifesaving features?

A.   Yes.  They are, yes.

Q.   Days since part request, and what does it say out there?

A.   207 days.

Q.   Down below, similar entry, rebuild saltwater service pump
Number 3.  How many days have they been waiting for parts to
fix that, the Number 3 pump?

A.   168 days.

Q.   Let's go to the next page, 13, please, Carl.

       Down below, the middle of that page, jobs awaiting
parts summary.  High priority, what does it say?

A.   It says, priority high, other maintenance, assistant
engineer, 35 days overdue.

Q.   Okay.  No, I was talking about the summary just above.

A.   Oh, the summary.  Sorry.

**OFFICIAL TRANSCRIPT**

11:08:42  1   Q.   We're still talking about parts.

11:08:43  2   A.   Excuse me.  High priority, 76; medium priority, 21; low

11:08:49  3   priority, 18.

11:08:50  4   Q.   As an expert in marine safety, what is your opinion of

11:08:58  5   those numbers?

11:08:59  6   A.   Well, it clearly, again, goes back to the maintenance and

11:09:03  7   this -- the running and management of the vessel.  They should

11:09:10  8   never be waiting on parts.

11:09:13  9   Q.   Let's go down to overdue jobs, just below it.

11:09:26 10        What does this category depict in this report?

11:09:31 11   A.   I don't have it yet.  Sorry.

11:09:32 12   Q.   It's right down at the bottom of that page.

11:09:35 13   A.   Oh, planned maintenance?  I'm sorry.

11:09:37 14   Q.   Right.

11:09:37 15   A.   It says, assistant engineer, thruster service overdue

11:09:44 16   121 days, main engine checks overdue 119 days.

11:09:48 17   Q.   From a marine safety standpoint, do you have an opinion

11:09:54 18   about the number of days overdue for the thruster service and

11:09:57 19   main engine checks?

11:09:58 20   A.   Yes, I do.  They should have been taken care of well

11:10:01 21   before that.

11:10:01 22   Q.   Does the fact that they are that far overdue put the rig

11:10:10 23   at risk --

11:10:11 24   A.   Yes.

11:10:11 25   Q.   -- in your opinion?

**OFFICIAL TRANSCRIPT**

11:10:11  1    A.   Yes.

11:10:12  2    Q.   Does it put the rig's crew at risk, in your opinion?

11:10:15  3    A.   Yes.

11:10:15  4    Q.   Let's go to the next page, 14 of 28.

11:10:23  5         Craft assistant engineer job description.  We've got

11:10:26  6    a host of job descriptions here.

11:10:29  7         Main engine checks.  How many main engines were there

11:10:34  8    on this vessel?

11:10:35  9    A.   There were six.

11:10:35 10    Q.   In any event, that whole list, there are -- one, two,

11:10:41 11    three -- four main engine checks that are 119, 118, 118, 118

11:10:49 12    days overdue.

11:10:54 13         Hydraulic power units, 365-day hydraulic power unit.

11:11:01 14    Is that an inspection?

11:11:02 15    A.   Yes.

11:11:02 16    Q.   Does it show that that's 57 days overdue?

11:11:06 17    A.   Correct.

11:11:06 18    Q.   Thruster lubrication, what does that entry mean?

11:11:13 19    A.   Well, that's the main thrusters again.  That's -- I'm not

11:11:20 20    quite sure what that means, but they normally have to take lube

11:11:25 21    oil samples of the lower gearbox and have them sent away for

11:11:29 22    analysis to determine how much water is in the oil.

11:11:35 23    Q.   Let's go down to corrective maintenance, the assistant

11:11:38 24    engineer.

11:11:39 25         Replace rig saver gaskets on MGE-6.  Based on your

**OFFICIAL TRANSCRIPT**

11:11:47 1   review of all of the documents you've reviewed, what does that
11:11:52 2   mean?  What is MGE-6?
11:11:54 3   A.   Well, that's the main generator engine Number 6.  And the
11:11:59 4   rig saver is the device we talked about already that closes and
11:12:03 5   shuts the air off to prevent the engine from ingesting
11:12:06 6   hydrocarbon gas.
11:12:07 7   Q.   Okay.  You've testified earlier that based on your review
11:12:10 8   of the documents, that this vessel had six main engines,
11:12:14 9   correct?
11:12:14 10  A.   That is correct.
11:12:15 11  Q.   Is this one of the six main engines?
11:12:17 12  A.   That's Number 6, correct.
11:12:18 13  Q.   Sir, do these engines drive gears actually, or do they
11:12:25 14  just supply -- do they drive a generator that supplies
11:12:30 15  electrical power to the rig?
11:12:31 16  A.   They are directly connected to the generator.
11:12:33 17  Q.   So this is main generator engine Number 6, correct?
11:12:41 18  A.   Yes.
11:12:41 19  Q.   This is a rig saver gasket.  Rig saver -- can broken or
11:12:49 20  old rig saver gaskets create an unsafe condition with respect
11:12:57 21  to the operation of the rig saver, in your opinion?
11:13:00 22  A.   Yes.  It could prevent it from closing.
11:13:03 23  Q.   I'm sorry, it could prevent it --
11:13:06 24  A.   Prevent it from closing in an emergency.
11:13:08 25  Q.   As we've discussed before, the rig saver is the last hope

**OFFICIAL TRANSCRIPT**

11:13:12  1    to shut down the engine if all else fails; is that correct?

11:13:15  2    A.    Correct.

11:13:16  3    Q.    Which engines were running on April 20th, when the

11:13:23  4    *Deepwater Horizon* exploded?

11:13:25  5    A.    Number 3 and Number 6.

11:13:26  6    Q.    How many days overdue was this maintenance item on the rig

11:13:34  7    savers?

11:13:35  8    A.    Was 166 days.

11:13:36  9    Q.    Drop down to that same category, corrective maintenance.

11:13:55 10            Repair overspeed on Number 4 main engine.  Could you

11:14:00 11    explain briefly what the overspeed is?

11:14:03 12    A.    Again, this is an emergency shutdown item on the engine.

11:14:08 13    If the engine for some reason overspeeds, then there is two

11:14:16 14    ways it could be done.  It could be a mechanical method of

11:14:19 15    shutting back the fuel rack, or it could be an electrical

11:14:23 16    signal that shuts back the fuel rack.

11:14:25 17    Q.    Is it your opinion that that's a safety system?

11:14:31 18    A.    Very much so.

11:14:31 19    Q.    Is it your opinion that it's a system which is critical to

11:14:36 20    the safety of the rig and the people onboard?

11:14:39 21    A.    It is.  It's to stop the engine overspeeding and blowing

11:14:42 22    up.

11:14:42 23    Q.    How many days overdue was that maintenance item?

11:14:46 24    A.    87.

11:14:46 25    Q.    What are the FO pumps; do you know?  If you don't, that's

**OFFICIAL TRANSCRIPT**

11:14:57 1    fine.

11:14:57 2    A.    Fuel oil pumps.

11:15:01 3    Q.    Parts to rebuild fuel oil pumps, how many days overdue was

11:15:08 4    that maintenance?

11:15:08 5    A.    74.

11:15:08 6    Q.    Now, let's go to clean and reset oil mist detectors.  You

11:15:13 7    explained that yesterday to the Court.  Just remind us briefly

11:15:16 8    what they are designed to do.

11:15:18 9    A.    They are inside the engine crankcase.  Should a

11:15:24 10   malfunction occur in the engine, a bearing overheat, something

11:15:28 11   like that, the oil detectors alarm and shut the engine down

11:15:34 12   before you get a crankcase explosion.

11:15:37 13   Q.    Is that a safety critical component of the main engines?

11:15:41 14   A.    Very much so, yes.

11:15:41 15   Q.    Bearings in engines can overheat if they overspeed, can

11:15:45 16   they not?

11:15:47 17   A.    Yes.

11:15:47 18   Q.    In your opinion, expert opinion, what was the primary

11:15:53 19   source of the ignition -- or primary source of initial ignition

11:16:02 20   of the fires on the *Deepwater Horizon*?

11:16:05 21   A.    I believe, in reading the file and many other reports and

11:16:08 22   things, that the Number 3 engine blew up and was the major

11:16:13 23   source for the ignition.

11:16:14 24   Q.    Do you have an opinion as to whether or not the Number 6

11:16:19 25   engine blew up at some point as well?

**OFFICIAL TRANSCRIPT**

11:16:22  1   A.    Quite possibly yes, because there was a second explosion

11:16:26  2   after the first explosion.

11:16:27  3   Q.    Now, immediate priority items come next, planned

11:16:38  4   maintenance.

11:16:38  5         International tank inspections, right down at the

11:16:41  6   bottom of the page.

11:16:42  7   A.    Excuse me, yes.

11:16:43  8   Q.    The recommended preventative maintenance apparently is

11:16:51  9   365 days; is that correct?

11:16:52 10   A.    Yes.

11:16:53 11   Q.    Now, how many days overdue is this internal tank

11:16:59 12   inspection, according to this report?

11:17:02 13   A.    Some 290 days, something like that.  200 --

11:17:04 14   Q.    It says 755 days overdue, correct?

11:17:11 15   A.    Yeah, 300 --

11:17:13 16   Q.    Why are internal tank inspections -- are they safety

11:17:23 17   critical inspections?

11:17:23 18   A.    Well, yes.  You want to make sure that the tanks are

11:17:28 19   inspected for corrosion and possible leakage.  They also have

11:17:34 20   to be inspected to make sure they are not full of trash or

11:17:38 21   sludge or anything like that.

11:17:41 22         This is normally an item that is taken care of in a

11:17:44 23   shipyard.

11:17:44 24   Q.    Should the designated person ashore get copies of these

11:17:51 25   reports every day?

**OFFICIAL TRANSCRIPT**

11:17:52  1    A.    Yes.

11:17:53  2    Q.    Would it be -- under the ISM Code, in your expert opinion,

11:17:58  3    would that designated person or persons ashore have an

11:18:01  4    affirmative obligation under the regulations to read these

11:18:05  5    morning reports and other maintenance reports that describe the

11:18:09  6    rig's condition?

11:18:09  7    A.    Yes, absolutely.  For all -- I believe Mr. Canducci had 12

11:18:15  8    rigs under his control, and he should be looking at all of them

11:18:19  9    every morning.

11:18:19 10    Q.    Let's go to page 16, please, Carl.

11:18:44 11          Corrective maintenance.  This falls under the ambit

11:18:48 12    of the chief rig engineer's responsibilities, apparently.  Is

11:19:03 13    that your understanding, Mr. Webster?

11:19:04 14    A.    That's correct.

11:19:04 15    Q.    The entry, 24,000 HR engine p.m. parts, do you have any

11:19:17 16    idea what that means?  Don't guess.  If you don't, that's fine.

11:19:21 17    A.    I'm sorry, which one again?  I missed it.

11:19:23 18    Q.    Just the third line on that, 24,000 HR engine p.m. parts?

11:19:29 19    A.    Oh, yes.  That means that after 24,000 hours of running of

11:19:34 20    the main engine, they carry out a major overhaul.

11:19:38 21          So, obviously, the chief engineer had ordered the

11:19:41 22    parts so they could do a major overhaul.  When I mean that,

11:19:45 23    they take the cylinder heads off, they pull the pistons, they

11:19:49 24    change the rings, and they overhaul the cylinder heads.  So

11:19:53 25    that's what that is for.

11:19:53 1    Q.   How many days overdue are they -- are they for that job?

11:19:58 2    A.   110.

11:19:59 3    Q.   Now, let's look at repair and return governor actuators.

11:20:03 4    Could you explain to the Court what that refers to in your

11:20:08 5    opinion.

11:20:09 6    A.   Well, the governors on these engines are probably Woodward

11:20:15 7    governors.  They are electrohydraulic governors.  They operate

11:20:19 8    the fuel rack with linkages and different actuators.  That is

11:20:27 9    what they are talking about, no doubt.

11:20:29 10   Q.   Is it true, sir, based on your knowledge of this case,

11:20:33 11   that the governor actuates in the event of an overspeed, to

11:20:41 12   tamp down or hold the engine RPM at a safe level?

11:20:44 13   A.   Yes, that's correct.

11:20:45 14   Q.   Is that a safety feature of the vessel?

11:20:49 15   A.   I think it is.  Absolutely.

11:20:50 16   Q.   How many days overdue was that repair?

11:20:55 17   A.   78 days.

11:20:56 18   Q.   Let's go to page 21, please.  The top of the page,

11:21:29 19   corrective maintenance.

11:21:37 20        This apparently is the responsibility of the marine

11:21:40 21   division; is that correct, Mr. Webster?

11:21:42 22   A.   That is correct.

11:21:43 23   Q.   Replace regulators and dampers in bulk.  We talked a

11:21:49 24   little bit about that earlier in another section, correct?

11:21:51 25   A.   Yes.

**OFFICIAL TRANSCRIPT**

11:21:51  1    Q.    How many days overdue is that corrective maintenance?

11:21:57  2    A.    453 days.

11:21:58  3    Q.    Let's go to page 23, please.  The bottom of the page,

11:22:20  4    planned maintenance, well control.

11:22:27  5          365-day riser tensioner NDT.  What does NDT mean in

11:22:32  6    the trade?

11:22:33  7    A.    Nondestructive testing.

11:22:35  8    Q.    Could you explain briefly what the riser tensioner system

11:22:39  9    is.

11:22:41 10    A.    Well, that's the hydraulic system that keeps the tension

11:22:46 11    on the riser.

11:22:47 12    Q.    Why is it necessary to have a system that keeps tension on

11:22:55 13    the riser?

11:22:57 14    A.    Well, because the vessel is in a seaway, the vessel is

11:23:00 15    going up and down.  You want to try and keep the vessel as

11:23:05 16    steady as possible above the casing.

11:23:07 17    Q.    Is the riser tensioner system on that rig a safety

11:23:20 18    critical system?

11:23:21 19    A.    Yes, it is.

11:23:21 20    Q.    Can a malfunctioning riser tensioner system in your

11:23:31 21    opinion cause damage to the lower marine riser package or the

11:23:35 22    BOP if it's not functioning?

11:23:38 23    A.    I would think it could, yes.

11:23:39 24    Q.    Could that, in turn, in your opinion, endanger the vessel?

11:23:47 25    A.    Yes.

**OFFICIAL TRANSCRIPT**

11:23:48 1    Q.    How many days overdue is the nondestructive testing on the

11:23:53 2    riser tensioner?

11:23:55 3    A.    101 days.

11:23:56 4    Q.    Let's go to page 25, please, Carl.

11:24:20 5            At the top, well control, job description.  You see

11:24:27 6    an entry here, 730-day testing of relief valves.  What does RPM

11:24:35 7    stand for?  Do you have any idea?

11:24:37 8    A.    Recommended preventative maintenance, I believe.

11:24:41 9    Q.    Days overdue?

11:24:47 10   A.    211.

11:24:47 11   Q.    Just under that, 365-day ram BOP nondestructive testing.

11:25:00 12   Is that what it says?

11:25:01 13   A.    Yes, sir.

11:25:02 14   Q.    We don't have any other information other than ram BOP,

11:25:09 15   but how many days overdue is that?

11:25:12 16   A.    98.

11:25:12 17   Q.    Now, Mr. Webster, we're assuming that all of the

11:25:16 18   information in this RMS is accurate, correct?

11:25:19 19   A.    I would assume so, yes.

11:25:20 20   Q.    This is a report that is generated by Transocean's RMS

11:25:26 21   system; is it not?

11:25:26 22   A.    Correct.

11:25:26 23   Q.    Would you pull up demonstrative 3098, please, Carl.

11:25:59 24           MR. WILLIAMS:  Your Honor, the TREX reference for this

11:26:01 25   demonstrative is the one we just finished, and that's TREX-664.

**OFFICIAL TRANSCRIPT**

11:26:01 1   BY MR. WILLIAMS:

11:26:07 2   Q.   Mr. Webster, would you take a look at this demonstrative.

11:26:13 3   A.   Yes, sir.

11:26:13 4        THE COURT:  Wait, wait, wait.  Go back to the other

11:26:17 5   page.

11:26:18 6        MR. WILLIAMS:  The first page?

11:26:20 7        THE COURT:  What you just had up on the screen a second

11:26:23 8   ago.

11:26:24 9        MR. WILLIAMS:  The one right before this?

11:26:26 10       THE COURT:  Yes.

11:26:33 11       MR. GETHERS:  It was the wrong document.

11:26:35 12       THE COURT:  That's why I was asking you to go back

11:26:38 13  because it was a different TREX number than what you recited.

11:26:43 14            Start over with this.

11:26:47 15            You said TREX-664, but these have different TREX

11:26:50 16  numbers.

11:26:52 17            This is the document you want?  This is

11:26:55 18  demonstrative you want?

11:26:56 19       MR. WILLIAMS:  Yes, sir -- no, this isn't a document.

11:26:57 20  This is a demonstrative which we submitted in accordance with.

11:27:01 21       THE COURT:  What TREX number?  I don't see a TREX

11:27:03 22  number.

11:27:05 23       MR. WILLIAMS:  It's right at the bottom.

11:27:06 24       THE COURT:  Is that it?

11:27:06 25       MR. WILLIAMS:  Yes, sir.

**OFFICIAL TRANSCRIPT**

11:27:06  1          THE COURT:  So it's 22937 TREX, not 664.

11:27:11  2          MR. WILLIAMS:  That's --

11:27:14  3          THE COURT:  Is that right?

11:27:18  4          MR. WILLIAMS:  Correct.

11:27:19  5          THE COURT:  All right.

11:27:20  6          MR. WILLIAMS:  The source document --

11:27:25  7          THE COURT:  There is there a lot of mumbling going on

11:27:29  8  around here.  I don't know if that means everybody thinks

11:27:33  9  you're wrong or what.

11:27:34 10          MR. WILLIAMS:  If I could turn around and mumble back,

11:27:37 11  I would.

11:27:38 12          The source document is TREX-664, which we just

11:27:41 13  finished talking about.

11:27:42 14          THE COURT:  Okay.  I hope that makes sense.

11:27:42 15  BY MR. WILLIAMS:

11:27:48 16  Q.    Mr. Webster, take a look at this, these two pie charts.

11:27:54 17          Based on the information gleaned from the exhibit I

11:28:00 18  just talked about --

11:28:03 19  A.    That's the RMS II report.

11:28:06 20  Q.    Of April 19, 2010, the day before, correct?

11:28:09 21  A.    That's correct, yes.

11:28:11 22  Q.    -- it shows that on that date there were 222 maintenance

11:28:17 23  tasks overdue requiring total estimated hours of 2,761 and a

11:28:25 24  half, correct?

11:28:26 25  A.    That is correct.

                              **OFFICIAL TRANSCRIPT**

11:28:26  1    Q.    In your opinion as a marine safety expert -- what is your

11:28:35  2    opinion of these figures as a marine safety expert?

11:28:43  3    A.    They show gross neglect to the rig, failure to maintain.

11:28:51  4    Q.    Let's go down to additional jobs awaiting parts.

11:28:54  5          That number was 115, correct?

11:28:57  6    A.    Yes.

11:28:57  7    Q.    High priority jobs awaiting parts was 76, medium priority

11:29:02  8    jobs awaiting parts 21, and low priority jobs awaiting parts

11:29:08  9    18.

11:29:09 10          The largest percentage of additional jobs awaiting

11:29:15 11    parts -- some of which we talked about, and some of which you

11:29:16 12    identified as safety critical, correct?

11:29:19 13    A.    Correct.

11:29:19 14    Q.    -- the largest percentage are high priority, correct?

11:29:23 15    A.    They are.

11:29:24 16    Q.    I'm going to ask you the same question.  As a marine

11:29:28 17    safety expert, what is your characterization of the state of

11:29:36 18    the jobs awaiting parts on this vessel on the day before the

11:29:42 19    disaster on April 20, 2010?

11:29:45 20    A.    I have the same opinion.  Gross neglect of the maintenance

11:29:50 21    of the rig and providing spares to the crew onboard in a timely

11:29:56 22    manner so the rig could be maintained correctly.

11:30:16 23    Q.    We're going to shift focus right now, Mr. Webster, to

11:30:20 24    questions of the confusion of the master's authority.

11:30:23 25          The first exhibit we're going to put up is 1452.

**OFFICIAL TRANSCRIPT**

11:30:33  1            Now, Mr. Webster, remind us what provision of the
11:30:38  2   ISM Code governs the chain of command and the master's
11:30:42  3   authority?
11:30:43  4   A.   5.2.
11:30:44  5   Q.   I don't need an exact date, but isn't it true yesterday
11:30:51  6   when we started this voyage through the Transocean
11:30:55  7   *Deepwater Horizon*'s maintenance history and ISM audit history
11:31:02  8   and survey history, that one of the earliest deficiencies noted
11:31:08  9   was an article or section 5.2, master's authority?
11:31:14 10   A.   Correct.
11:31:14 11   Q.   That was how many years before April 20, 2010?
11:31:21 12   A.   I believe it was 2002.
11:31:23 13   Q.   Now, what does the ISM require?  What's the bottom line
11:31:31 14   with respect to master's authority?
11:31:32 15   A.   That the master has overriding authority on the vessel to
11:31:37 16   carry out all matters for safety and for prevention of
11:31:43 17   pollution in the environment.
11:31:45 18   Q.   Is it true, sir, or is it your opinion that all of the
11:31:49 19   crew members on that vessel are governed or should be governed
11:31:55 20   by the authority of the master?
11:31:56 21   A.   Yes, in my opinion.
11:31:58 22   Q.   In your opinion, did the command structure of the
11:32:09 23   *Deepwater Horizon* comply with section 5.2 of the ISM Code?
11:32:15 24   A.   It did not.
11:32:15 25   Q.   Let's look at the field operations handbook.  Sir, is it

**OFFICIAL TRANSCRIPT**

your understanding that this is part of the safety management

system on the rig?

A.    I believe so, yes.

Q.    Carl, if you could go to section 5.

        MR. WILLIAMS:  That would be page 387 of this exhibit,

Your Honor.

BY MR. WILLIAMS:

Q.    Can you pull out the description for offshore installation

manager, please.

        Mr. Webster, it says -- this manual, at least, field

operations handbook, says that:  "The offshore installation

manager is the onboard manager who reports directly to the

shore-based rig manager.  It is his role to control the onboard

administration and ensure the day-to-day operations of the

installation are carried out in accordance with best industry

standards, as well as the client's and rig manager's

instructions."

        Next paragraph:  "The offshore installation manager

is the most senior onboard manager.  However, the master is the

person in charge during an emergency in accordance with the

station bill."

        Under the ISM Code, Mr. Webster, is it appropriate to

have that division of authority?

        MR. KINCHEN:  Your Honor, John Kinchen, Transocean.

        I'm going to object to the questioning on this

**OFFICIAL TRANSCRIPT**

11:33:57 1   document, as the cover page clearly shows it was effective

11:34:02 2   after the date of the incident.

11:34:04 3              So any questions about the document or the

11:34:08 4   compliance with the ISM Code, for a document that's not in

11:34:14 5   effect, appears to have no relevance.

11:34:17 6        MR. WILLIAMS:  Your Honor, here would be my answer.  It

11:34:20 7   is dated April 21st, 2010, the day after the

11:34:23 8   *Deepwater Horizon* -- or, actually, the day before the

11:34:26 9   *Deepwater Horizon* went to the bottom of the ocean.  I don't

11:34:34 10  think that there is any difference between this and the earlier

11:34:38 11  version, but that is besides the point, because this is policy

11:34:42 12  that was devised and thought out and promulgated by the company

11:34:47 13  before the *Deepwater Horizon* incident.

11:34:50 14       THE COURT:  Is there evidence that -- is there any

11:34:53 15  evidence that this is a change in policy of some sort?

11:34:56 16       MR. WILLIAMS:  I don't think -- if there is, and

11:34:59 17  Mr. Kinchen can point us to it, I'll move on and withdraw

11:35:04 18  exhibit.

11:35:04 19       THE COURT:  This is exactly what my understanding has

11:35:08 20  always been, there's the OIM and then there is the captain and

11:35:32 21  then there is a division of responsibility on the vessel, which

11:35:32 22  is what this seems to say.

11:35:32 23              Is that not the case?  Was that a change after

11:35:32 24  this, after the April 20th?  In other words, Transocean

11:35:32 25  suddenly changed their policy between April 20th and

**OFFICIAL TRANSCRIPT**

11:35:32 1   April 21st?

11:35:32 2          MR. KINCHEN:  Not that I'm aware of to this specific

11:35:32 3   issue, if this is revised.  So I think, you know, the

11:35:34 4   reasonable assumption is there are changes in this document.

11:35:37 5          THE COURT:  Where is the document that precedes it?  Do

11:35:39 6   you have that?

11:35:40 7          MR. KINCHEN:  I certainly don't have it with me,

11:35:42 8   Your Honor.

11:35:44 9          MR. WILLIAMS:  We can get it, Your Honor.

11:35:46 10         THE COURT:  I'm going to let him testify.  I can't

11:35:49 11  believe that between April 20th and April 21st there was a

11:35:52 12  sudden change in policy that would have been promulgated --

11:35:55 13  devised, thought out and promulgated in one day.

11:35:57 14              So I have to assume, unless it's shown otherwise,

11:36:01 15  that this is a restatement of existing, standing policy.  And,

11:36:08 16  you know, if that's proven contrary, I'll reconsider what I

11:36:12 17  said, obviously.

11:36:14 18         MR. WILLIAMS:  Your Honor, what we'll do is

11:36:16 19  double-check, and if there is a difference, we'll withdraw.

11:36:19 20         THE COURT:  All right.

11:36:19 21         MR. WILLIAMS:  I don't remember exactly where I was,

11:36:26 22  but -- let's see.  I think I asked you --

11:36:27 23         THE COURT:  Wait a minute.  I'll get you back there.

11:36:30 24  Let's see.

11:36:41 25              You were reading, I guess, from this document.

**OFFICIAL TRANSCRIPT**

11:36:42 1   You said, "The next paragraph, the offshore installation

11:36:45 2   manager is the most senior on board; however, the master is the

11:36:48 3   person in charge during an emergency in accordance with the

11:36:52 4   station bill."

11:36:53 5           And then your question was:  "Under the ISM code,

11:36:56 6   Mr. Webster, is it appropriate to have that division of

11:37:00 7   authority?"

11:37:01 8           That's the question.

11:37:03 9        THE WITNESS:  Answer, no.

11:37:09 10  BY MR. WILLIAMS:

11:37:10 11  Q.   Mr. Webster, based on your experience, as a seafarer and

11:37:18 12  as a marine safety expert, serious emergencies don't oftentimes

11:37:30 13  give advance signal or notification that they are about to

11:37:34 14  happen, do they?

11:37:34 15  A.   No, they do not.

11:37:37 16  Q.   And I'm just talking in generally here, talking about the

11:37:41 17  ISM code.

11:37:48 18          You said, in your opinion, this doesn't -- this

11:37:49 19  division of authority doesn't comply with the ISM code,

11:37:53 20  correct?

11:37:53 21  A.   That's correct.

11:37:53 22  Q.   Is it also your opinion that the captain of any vessel

11:38:00 23  must have the immediate and absolute authority at all times to

11:38:06 24  make all decisions with respect to the safety of that vessel?

11:38:12 25  A.   Yes.  And the navigator as well.

**OFFICIAL TRANSCRIPT**

11:38:17 1    Q.    Now, this is a special purpose vessel that's involved in

11:38:22 2    drilling exploration wells and completing exploration wells,

11:38:26 3    that type of thing; is it not?

11:38:28 4    A.    Yes, it is.

11:38:29 5    Q.    That's the mission of the vessel?

11:38:33 6    A.    Correct.

11:38:33 7    Q.    But the captain should be, without question, the lord and

11:38:39 8    master of that vessel, correct?

11:38:41 9    A.    That is correct.

11:38:41 10   Q.    Thank you.

11:38:43 11          Now, if we go down to 5.2 in this document, it says,

11:38:47 12   "The master is responsible for DP station keeping, safe

11:38:53 13   navigation and collision avoidance, general safety and

11:38:57 14   pollution prevention, installation stability," etcetera,

11:39:03 15   "regulatory compliance, ISM code compliance," etcetera.

11:39:09 16          In your opinion, does this comprise a dual command

11:39:17 17   situation?

11:39:19 18   A.    No.

11:39:19 19   Q.    It does or does not?

11:39:21 20   A.    Does not.

11:39:22 21   Q.    Well, don't we have an OIM, who's the on board manager,

11:39:28 22   the most senior on board manager, and then we have a master who

11:39:34 23   is responsible for DP station keeping?

11:39:36 24   A.    Maybe I'm sort of confused.  Can you ask it again.

11:39:38 25   Q.    Yes.  Let's zero in on the paragraph under the OIM, the

**OFFICIAL TRANSCRIPT**

11:39:42 1   one we've -- the short paragraph.

11:39:43 2          "The offshore installation manager is the most senior

11:39:46 3   on board manager; however, the master is the person in charge

11:39:52 4   during an emergency in accordance with the station bill."

11:39:55 5   A.   Understood.

11:39:55 6   Q.   Is there -- in your opinion, does that inject an element

11:40:03 7   of confusion into who has the overall command authority of that

11:40:07 8   vessel?

11:40:07 9   A.   Yes, it does.

11:40:08 10  Q.   Let's go to the Well Control Handbook, please, Carl.  That

11:40:37 11  would be TREX-41008.

11:41:00 12          Mr. Webster, do you recall when you were reviewing

11:41:03 13  depositions and testimony and documents in this case that the

11:41:07 14  Well Control Handbook is part of Transocean's safety management

11:41:13 15  system?

11:41:13 16  A.   Yes.

11:41:14 17  Q.   And that it is on the rig at all times?

11:41:16 18  A.   Correct.

11:41:17 19  Q.   In the Well Control Handbook under paragraph 4, please,

11:41:26 20  Carl, the first page -- I'm sorry, the page -- there you go.

11:41:35 21          And that would be page 17 of this document,

11:41:37 22  Your Honor.

11:41:37 23          In this document, it says, "The offshore installation

11:41:47 24  manager is responsible for overall safety of the installation

11:41:51 25  and all the personnel onboard."

**OFFICIAL TRANSCRIPT**

11:41:53  1          Does it not?

11:41:54  2    A.   It does.

11:41:54  3    Q.   Is that consistent with the Field Operations Handbook

11:41:59  4    definition that we just looked at in your opinion?

11:42:01  5    A.   Yes.

11:42:01  6    Q.   Is that consistent, not inconsistent?

11:42:05  7    A.   Yes, it is.  Wait a minute.  Let me see here.

11:42:14  8          No, it's inconsistent.  Sorry.

11:42:23  9    Q.   Now, in your opinion, does a well control situation put

11:42:25 10    the rig and its crew at increased danger?

11:42:28 11    A.   Yes.

11:42:28 12    Q.   But in this case, under the Well Control Handbook, the OIM

11:42:32 13    is responsible for the overall safety of the installation and

11:42:37 14    all personnel onboard, correct?

11:42:38 15    A.   That is correct.

11:42:38 16    Q.   Let's go to TREX-5776, please, the Field Operations

11:42:45 17    Policies & Procedures Manual.  And Carl, could you go to

11:42:59 18    page -- to Section 1, subsection 3, and -- well, can you go to

11:43:11 19    the page ahead of that, please, to make sure that we're talking

11:43:14 20    about the offshore installation management.

11:43:22 21          Okay.  So we're -- Section 5.17, on page 25, and then

11:43:28 22    go to page 26.

11:43:33 23          One of the duties as set forth in this manual for the

11:43:38 24    offshore installation manager is -- let's talk about -- let's

11:43:41 25    read the first bullet point.

                              **OFFICIAL TRANSCRIPT**

11:43:43 1          "Meet responsibilities as the person in charge as

11:43:47 2  defined in the installation's station bill.  The OIM remains

11:43:53 3  the senior Transocean offshore manager independent of the PIC

11:44:02 4  responsibilities defined in the installation's station bill."

11:44:07 5          Who is listed -- and we'll look at it in a minute --

11:44:10 6  who is listed as the PIC in the installation station bill?

11:44:14 7  A.    The captain.

11:44:15 8  Q.    Notwithstanding that fact, in this document, the Field

11:44:27 9  Operations Policies & Procedures Manual, it says the OIM

11:44:28 10  remains the senior Transocean offshore manager independent of

11:44:32 11  the PIC responsibilities, correct?

11:44:34 12  A.    That is correct.  Definitely a confusion.

11:44:40 13  Q.    Correct.  It essentially says that the offshore

11:44:43 14  installation manager has overall command, does it not?

11:44:46 15  A.    It does, correct.

11:44:47 16      MR. KINCHEN:  Objection, Your Honor.  John Kinchen,

11:44:52 17  it's leading.

11:44:52 18      THE COURT:  It is.  I sustain the objection.

11:44:52 19  BY MR. WILLIAMS:

11:44:54 20  Q.    Let's go to Exhibit 942.

11:44:55 21      Okay.  Mr. Webster, do you recognize this document?

11:45:19 22  A.    Yes, sir, I do.  It's from the web site.

11:45:22 23  Q.    And in the last couple days, did you and I sit down and

11:45:29 24  check the web site to see if it was still up there?

11:45:31 25  A.    We did, yes, sir.

**OFFICIAL TRANSCRIPT**

11:45:32  1   Q.    And this is an ad or a career center solicitation or

11:45:46  2   notice of an opening or openings for a master in the

11:45:54  3   North American division, correct?

11:45:55  4   A.    Correct.

11:45:55  5   Q.    And under the very first topic, *Reporting*, what does it

11:46:07  6   say?

11:46:07  7   A.    It says, "Reports to the offshore installation manager,

11:46:11  8   OIM."

11:46:11  9   Q.    And this is an ad for a master of a MODU, correct?

11:46:19 10   A.    DP MODU.

11:46:22 11   Q.    Let's go to Exhibit 960, please.

11:46:37 12         And this is the first page of the exhibit, 960.  It's

11:46:41 13   an e-mail from a Gary Butler in Houston to Jerry Canducci, who

11:46:49 14   is the DPA, correct?

11:46:51 15   A.    Correct.

11:46:52 16   Q.    Sent December 7, 2010, well after the incident.  It says:

11:47:03 17   "Jerry, latest DWH station bill in our records attached."

11:47:08 18         On the next page, we see the latest DWH station bill,

11:47:08 19   correct?

11:47:16 20   A.    Correct.

11:47:16 21   Q.    Now, in this station bill, it shows the chain of command.

11:47:24 22   There is no question on the station bill that the master is

11:47:26 23   listed first, correct?

11:47:28 24   A.    That's correct.

11:47:28 25   Q.    Who is listed second?

**OFFICIAL TRANSCRIPT**

11:47:32 1   A.   Chief officer.

11:47:32 2   Q.   Who is listed third?

11:47:36 3   A.   Offshore installation manager.

11:47:41 4   Q.   In any of the documents you've reviewed, did you find any

11:47:50 5   document that suggested that in the case of an emergency the

11:47:54 6   offshore installation manager is subservient to the chief

11:48:01 7   officer --

11:48:01 8   A.   No, sir.

11:48:01 9   Q.   -- on the vessel?

11:48:02 10   A.   No.

11:48:02 11   Q.   TREX-4644, please.

11:48:16 12           What is the title of this?

11:48:17 13   A.   *Deepwater Horizon* Emergency Response Manual, Volume 1 of

11:48:22 14   2, dated August 31, 2008.

11:48:26 15   Q.   Carl, could you go to the first page we're going to look

11:48:39 16   at, please.

11:48:42 17           MR. WILLIAMS:  That's page 8 in this exhibit,

11:48:44 18   Your Honor.

11:48:44 19   BY MR. WILLIAMS:

11:48:44 20   Q.   The introduction of this offshore emergency response

11:48:52 21   manual describes -- it says:  "The offshore emergency response

11:48:55 22   manual describes the duties and responsibilities for specific

11:48:57 23   emergency situations."

11:49:00 24           Then paragraph Number 2, Chain of Command:  "The

11:49:03 25   *Deepwater Horizon* is classed by ABS" -- we can -- the function

**OFFICIAL TRANSCRIPT**

11:49:11  1   of the vessel and performance of all personnel, part of the

11:49:16  2   responsibility of the offshore installation manager.  Does it

11:49:19  3   say that, Mr. Webster?

11:49:20  4   A.   Yes, sir, correct.

11:49:21  5   Q.   Then it goes on to say:  "For obvious reasons, only one

11:49:25  6   person can be in charge at any one time.  This person is charge

11:49:28  7   is the individual who is fully responsible for onboard

11:49:32  8   activities or directly related to the vessel" -- the

11:49:35  9   Coast Guard regulations are cited -- "as requiring the PIC to

11:49:40 10   be designated in writing when operating on the US Outer

11:49:45 11   Continental Shelf.  The organization chart found on the

11:49:50 12   following page will be used to define each of the specific

11:49:56 13   emergencies found in specific sections."

11:49:58 14        Let's to go the chart, please.

11:50:07 15        Here, we've got an organizational chart which shows

11:50:12 16   the chain of command, at least according to this exhibit,

11:50:12 17   correct?

11:50:15 18   A.   That is correct.

11:50:15 19   Q.   Who is at the very top of the food chain in this

11:50:20 20   organizational chart?

11:50:20 21   A.   The OIM.

11:50:26 22   Q.   But let's look at what is stated up in the upper left-hand

11:50:31 23   corner.  It says:  "PIC, underway mode, master is in charge.

11:50:37 24   Drilling mode, offshore installation manager is in charge."

11:50:43 25        Is that in compliance with the ISM Code, Mr. Webster,

**OFFICIAL TRANSCRIPT**

11:50:46  1   in your opinion?

11:50:46  2   A.    No, sir.

11:50:47  3   Q.    Is it your testimony yesterday as a marine expert that

11:50:54  4   this vessel is underway at all times when it is at sea?

11:50:59  5   A.    Correct.

11:50:59  6   Q.    In your opinion, is this a violation, this organizational

11:51:13  7   chart with the PIC caveat a violation of the ISM Code?

11:51:18  8   A.    Yes, sir, section 5.2.

11:51:23  9   Q.    Let's go to Exhibit 939, please.

11:51:50 10           Can you identify this exhibit for us, please,

11:51:52 11   Mr. Webster?

11:51:53 12   A.    This is the ISM/ISPS MODU handbook.

11:51:57 13   Q.    If you'd go, Carl, to section 2.

11:52:11 14           MR. WILLIAMS:  Your Honor, that is page 11 of this

11:52:12 15   exhibit.

11:52:12 16   BY MR. WILLIAMS:

11:52:14 17   Q.    Blow up the top paragraph, please.

11:52:27 18           It says:  "The master is the overall responsible

11:52:29 19   person on the MODU when it is underway and/or moving to another

11:52:33 20   location.  He must be properly qualified, fully conversant with

11:52:45 21   the management system, give appropriate orders and instructions

11:52:47 22   in clear and simple terms, verify requirements are observed and

11:52:53 23   review the management system and report its deficiencies to

11:52:56 24   shore-based management.  He is charged with ensuring the

11:53:01 25   implementation of safety policies and procedures."

**OFFICIAL TRANSCRIPT**

11:53:05  1        Then it goes to:  "The offshore installation manager

11:53:08  2    is the overall responsible person for the day-to-day operation

11:53:11  3    of the MODU while it is drilling" --

11:53:15  4        Let me stop there, Mr. Webster.  Is it your opinion,

11:53:19  5    as a marine expert, that this MODU is underway while it is

11:53:24  6    drilling?

11:53:25  7    A.   It is correct.  It's underway.

11:53:27  8    Q.   To continue:  -- "and therefore, must work with the master

11:53:31  9    in ensuring safety practices and environmental protections are

11:53:36 10    followed, since most of the personnel on the MODU work under

11:53:39 11    his charge.  He is also charged with ensuring the

11:53:43 12    implementation of safety policies and procedures."

11:53:48 13        Now, it doesn't say he's also charged with ensuring

11:53:51 14    the implementation of safety policies and procedures just for

11:53:54 15    the drill crew, does it?

11:53:56 16    A.   No, it does not.

11:53:58 17    Q.   Both under this document are charged with, apparently,

11:54:07 18    co-responsibility for ensuring the implementation of safety

11:54:10 19    policies and procedures, correct?

11:54:12 20    A.   That's what it looks like, yes.

11:54:14 21    Q.   Is that a violation of the ISM Code --

11:54:15 22    A.   Yes, sir.

11:54:17 23    Q.   -- section 5.2?

11:54:18 24    A.   Correct.

11:54:18 25    Q.   Why is that?

**OFFICIAL TRANSCRIPT**

11:54:20  1    A.    Because, again, the master should have the overriding

11:54:24  2    responsibility at all times.  There should be no confusion who

11:54:27  3    is in charge.  He has a nondelegable duty to the vessel and the

11:54:35  4    crew to make -- to keep it safe at all times.

11:54:37  5    Q.    Let's go to TREX-671, please.

11:54:55  6          This is the *Deepwater Horizon* operations manual,

11:54:57  7    correct, Mr. Webster?

11:54:58  8    A.    Correct.  December 2004.

11:54:59  9    Q.    Is it your understanding that this is a part of

11:55:05 10    Transocean's safety management system?

11:55:07 11    A.    That is correct.

11:55:09 12    Q.    Could we go to page 2.2, please, Carl.  Highlight this

11:55:22 13    paragraph.

11:55:32 14          We're going to work our way down on this document.

11:55:34 15    "Under normal operating conditions, when a vessel is on

11:55:37 16    location and considered in the drilling or industrial operating

11:55:41 17    mode, the company elects to nominate the installation manager

11:55:47 18    as the person in charge."

11:55:53 19          Correct?

11:55:54 20    A.    That is correct.  That's what it says.

11:55:56 21    Q.    What does drilling or industrial operating mode mean, in

11:56:02 22    your opinion?

11:56:03 23    A.    Well, I would think while they're drilling the well.  Or

11:56:07 24    doing any of the operations with casing or whatever.

11:56:38 25    Q.    "During the transit or underway mode," it goes on to say,

**OFFICIAL TRANSCRIPT**

11:56:41  1    "the company elects to nominate the master as the person in

11:56:44  2    charge, the PIC," correct?

11:56:47  3    A.    Correct.

11:56:47  4    Q.    Then it goes on to say in the last paragraph:  "The

11:56:52  5    company requires that should a situation develop that could

11:56:56  6    endanger the vessel, personnel or environment, the installation

11:57:01  7    manager can request the master to assume the role of PIC at any

11:57:08  8    time, and the master must not refuse.  Similarly, if the master

11:57:14  9    feels that a situation has developed that is endangering the

11:57:21 10    vessel, personnel and the environment, he can request the

11:57:23 11    installation manager to secure the well and disconnect from the

11:57:26 12    wellhead in a safe and timely manner, and that the role of the

11:57:29 13    PIC be passed to him, and the installation manager must not

11:57:32 14    refuse."

11:57:33 15          First of all, Mr. Webster, in your expert opinion,

11:57:40 16    does this even come close to complying with 5.2 of the

11:57:45 17    ISM Code?

11:57:45 18    A.    No, sir, it does not.

11:57:46 19    Q.    Let me give you this hypothetical.  If some horrible

11:57:52 20    accident incapacitates the offshore installation manager during

11:57:57 21    a well control event, and he hasn't been able to pass his PIC

11:58:04 22    baton to the master, what happens then?

11:58:09 23    A.    Well, clearly there is some confusion.

11:58:11 24    Q.    What happens when there is confusion of command during an

11:58:19 25    emergency, a dire emergency?

**OFFICIAL TRANSCRIPT**

11:58:23  1    A.    Well, I think, like happened on the *Deepwater Horizon*,

11:58:25  2    there was a delay in the emergency procedures.  There was a

11:58:30  3    delay in EDSing.  There was certainly a lot of other confusion

11:58:30  4    onboard.

11:58:38  5    Q.    Let's go to Exhibit 5474, please.

11:58:57  6          What's this document, Mr. Webster?

11:58:59  7    A.    This is a Transocean management system, HSE management,

11:59:06  8    health safety environment, document.

11:59:08  9    Q.    Do you have an appreciation as to whether or not this is

11:59:12 10    part of Transocean's safety management system?

11:59:15 11    A.    Yes, it is.

11:59:16 12    Q.    Let's go to section 2.2.1.5, Carl.

11:59:26 13          MR. WILLIAMS:  Your Honor, that would be page 19 of

11:59:27 14    this exhibit.

11:59:27 15    BY MR. WILLIAMS:

11:59:31 16    Q.    "MODU organization and management responsibilities,

11:59:33 17    organization onboard the *Deepwater Horizon*" -- I'm sorry,

11:59:39 18    Cathy -- "the offshore installation manager has the overall

11:59:42 19    responsibility for the command, activity coordination and

11:59:47 20    control of the management, organization and support

11:59:50 21    structures."

11:59:50 22          Then drop down and it says, under master's area of

12:00:03 23    responsibility, down at the bottom of the page:  "The basic

12:00:18 24    function of the master is to provide marine support to the

12:00:21 25    industrial operation of the vessel.  He exercises authority and

**OFFICIAL TRANSCRIPT**

12:00:27  1   discretion to take whatever action is required for the safety

12:00:30  2   of the crew, vessel and protection of the environment.  His

12:00:36  3   responsibilities include ensuring the vessel is seaworthy at

12:00:40  4   all times, supervising the maintenance of the deck equipment,

12:00:45  5   firefighting and lifesaving equipment, ensuring conformance to

12:00:50  6   local and international laws."

12:00:50  7        Now, Mr. Webster, do these descriptions comply with

12:00:54  8   the ISM Code, in your opinion?

12:00:56  9   A.   No.

12:00:56 10   Q.   Why is that?

12:00:59 11   A.   Well, it's asking him here to provide support to the

12:01:02 12   industrial operation of the vessel.

12:01:04 13   Q.   Who is in charge of the industrial operations of the

12:01:08 14   vessel?

12:01:08 15   A.   The OIM.

12:01:09 16   Q.   Now, later on this same document is the *Deepwater Horizon*

12:01:37 17   organizational chart or chain of command chart.  Do you have

12:01:46 18   that ready, Carl, or do you need a Bates?

12:01:50 19        MR. WILLIAMS:  Your Honor, that would be on page 104 of

12:01:51 20   that same document, same exhibit.

12:01:54 21        THE COURT:  All right.

12:01:54 22   BY MR. WILLIAMS:

12:02:02 23   Q.   I'll ask you the obvious question, Mr. Webster.  Who is at

12:02:06 24   the top of the food chain in this chain of command depicted in

12:02:12 25   Transocean's management system, HSE management chart?

12:02:15   1   A.    The OIM.

12:02:21   2   Q.    Let's go to Exhibit 5285.

12:02:40   3         Mr. Webster, could you identify it for the Court,

12:02:56   4   please.

12:02:56   5   A.    This is a dynamic position operation manual.

12:03:00   6   Q.    Carl, if you could go to section 2.3.

12:03:14   7         Responsibilities and qualifications.

12:03:35   8   Paragraph 2.3.1, just magnify the top part of the page.

12:03:39   9         Mr. Webster, it says the captain.  Now, this is a

12:03:43  10   document that was produced to us from Transocean.  Some wording

12:03:47  11   is stricken through, so I'm only going to be reading the

12:03:50  12   language that isn't.

12:03:52  13         "The Captain has the overall responsibility for the

12:03:59  14   safety of all personnel, vessel and equipment.  He is the

12:04:03  15   ultimate authority on all matters relating to the DP system and

12:04:07  16   must be kept informed of any significant changes in operations

12:04:11  17   or equipment status."

12:04:13  18         Now, the language that was stricken through is:  "The

12:04:20  19   Captain is the person in charge onboard the vessel," correct?

12:04:23  20   A.    That's correct.

12:04:23  21   Q.    The third paragraph says:  "This does not preclude any

12:04:33  22   competent person from taking immediate action to protect

12:04:36  23   personnel and equipment without reference to the captain.  In

12:04:40  24   this event, the captain must be informed as soon as possible of

12:04:45  25   the actions taken and the present vessel status."

                              **OFFICIAL TRANSCRIPT**

|          |    |                                                                          |
|----------|----|--------------------------------------------------------------------------|
| 12:04:48 | 1  |             Now, from a vessel safety standpoint, what is your            |
| 12:04:54 | 2  | opinion as an expert of this paragraph?                                   |
| 12:05:00 | 3  | A.   It goes against all the regulations, all -- anything I              |
| 12:05:04 | 4  | know about maritime law.                                                  |
| 12:05:09 | 5  |             THE COURT:  Do we know when the strikeouts were made in       |
| 12:05:31 | 6  | this document?  Is this a draft or something?  What is this               |
| 12:05:31 | 7  | document?  Is there a date on it?                                         |
| 12:05:31 | 8  |             MR. WILLIAMS:  That's a good question.                        |
| 12:05:31 | 9  |             THE COURT:  Is there a date on this document?                 |
| 12:05:42 | 10 |             MR. WILLIAMS:  I'll tell you what, Judge.  If you want,       |
| 12:05:45 | 11 | I'm about 30 minutes from being done, if you want to take a               |
| 12:05:48 | 12 | lunch break right now, we'll get an answer to that question for           |
| 12:05:52 | 13 | you, and I'll finish up real quick.                                       |
| 12:05:55 | 14 |             THE COURT:  All right.  We're going to recess for             |
| 12:05:57 | 15 | lunch.  It's about 12:07, according to my watch.                         |
| 12:06:05 | 16 |             I need to take a slightly longer lunch break                  |
| 12:06:08 | 17 | today, so come back at 1:30.                                              |
| 12:06:11 | 18 |             THE DEPUTY CLERK:  All rise.                                  |
|          | 19 |             (WHEREUPON, at 12:07 p.m., the Court was in luncheon          |
|          | 20 | recess.)                                                                  |
|          | 21 |                           *   *   *                                       |
|          | 22 |                                                                          |
|          | 23 |                                                                          |
|          | 24 |                                                                          |
|          | 25 |                                                                          |

**OFFICIAL TRANSCRIPT**

```
1                    REPORTER'S CERTIFICATE

2

3       I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter of the State of

5    Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                        s/Cathy Pepper
                      _____

13                    Cathy Pepper, CRR, RMR, CCR
                      Certified Realtime Reporter
14                    Registered Merit Reporter
                      Official Court Reporter
15                    United States District Court
                      Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25
```

**OFFICIAL TRANSCRIPT**

'
**'08** [2] - 3888:6, 3893:25
**'09** [4] - 3887:16, 3887:22, 3889:14, 3892:22
**'Valve** [1] - 3909:8

**0**

**0064** [1] - 3939:19
**00929** [1] - 3915:14

**1**

**1** [5] - 3913:16, 3931:16, 3944:9, 3966:18, 3969:13
**1.2.1** [1] - 3880:6
**1/26** [1] - 3854:2
**10** [1] - 3942:25
**10-MD-2179** [1] - 3837:8
**100** [2] - 3839:4, 3912:4
**1000** [2] - 3843:4, 3844:8
**1001** [1] - 3842:19
**101** [2] - 3839:8, 3955:3
**104** [1] - 3976:19
**11** [2] - 3897:10, 3971:14
**110** [1] - 3953:2
**1100** [1] - 3842:15
**1110** [1] - 3843:8
**115** [1] - 3958:5
**118** [3] - 3947:11
**119** [2] - 3946:16, 3947:11
**12** [7] - 3837:20, 3917:5, 3917:6, 3919:11, 3930:21, 3944:18, 3952:7
**1201** [2] - 3842:4, 3843:24
**121** [1] - 3946:16
**1221** [1] - 3843:18
**12:07** [2] - 3978:15, 3978:19
**13** [9] - 3848:16, 3848:17, 3868:14, 3878:2, 3907:11, 3908:1, 3908:15, 3908:21, 3945:19
**1308** [1] - 3839:11
**1331** [1] - 3844:4

**139** [2] - 3941:17, 3942:14
**14** [4] - 3837:9, 3846:2, 3913:16, 3947:4
**14271** [1] - 3840:18
**1452** [1] - 3958:25
**1476.5** [1] - 3889:23
**15** [3] - 3869:3, 3899:2, 3899:11
**15-gallon** [1] - 3899:5
**15-minute** [1] - 3914:3
**150** [2] - 3943:3, 3943:23
**16** [3] - 3910:16, 3933:13, 3952:10
**1601** [1] - 3838:11
**165** [1] - 3944:17
**166** [1] - 3949:8
**1665** [1] - 3844:4
**168** [1] - 3945:18
**17** [4] - 3868:14, 3892:21, 3896:11, 3965:21
**1700** [1] - 3843:24
**17th** [2] - 3865:3, 3865:4
**18** [3] - 3872:17, 3946:3, 3958:9
**183** [1] - 3851:16
**1885** [1] - 3841:11
**19** [3] - 3939:24, 3957:20, 3975:13
**1999** [1] - 3881:13
**1:30** [1] - 3978:17

**2**

**2** [7] - 3863:20, 3917:1, 3941:17, 3944:22, 3969:14, 3969:24, 3971:13
**2,761** [1] - 3957:23
**2.1.11** [1] - 3880:19
**2.2** [1] - 3973:12
**2.2.1.5** [1] - 3975:12
**2.2.10** [2] - 3881:9
**2.2.3** [1] - 3884:6
**2.3** [1] - 3977:6
**2.3.1** [2] - 3882:4, 3977:8
**2.3.2** [1] - 3882:14
**2.3.5** [1] - 3885:9
**2/29/12** [1] - 3851:14
**20** [7] - 3837:6, 3869:18, 3888:6, 3895:8, 3934:9, 3958:19, 3959:11
**200** [1] - 3951:13

**2000** [5] - 3907:11, 3908:1, 3908:15, 3908:21, 3911:9
**20004** [1] - 3842:4
**2002** [1] - 3959:12
**2004** [1] - 3973:8
**20044** [3] - 3840:13, 3840:19, 3840:24
**2008** [5] - 3887:10, 3887:21, 3888:13, 3888:19, 3969:14
**2009** [9] - 3868:6, 3868:14, 3868:17, 3870:19, 3890:17, 3892:21, 3896:5, 3898:20, 3941:17
**2010** [24] - 3837:6, 3860:6, 3860:17, 3869:18, 3881:17, 3889:24, 3890:10, 3890:11, 3900:6, 3912:10, 3913:16, 3913:17, 3915:21, 3915:22, 3916:22, 3934:9, 3934:14, 3939:24, 3941:4, 3957:20, 3958:19, 3959:11, 3961:7, 3968:16
**2013** [2] - 3837:9, 3846:2
**207** [1] - 3945:14
**20th** [6] - 3864:16, 3934:15, 3949:3, 3961:24, 3961:25, 3962:11
**21** [17] - 3887:10, 3888:6, 3888:25, 3889:7, 3889:8, 3893:25, 3894:9, 3895:8, 3933:16, 3933:20, 3933:22, 3946:2, 3953:18, 3958:8
**21-day** [1] - 3934:18
**211** [1] - 3955:10
**21st** [3] - 3961:7, 3962:1, 3962:11
**2211** [1] - 3843:8
**2216** [1] - 3839:22
**222** [1] - 3957:22
**22937** [1] - 3957:1
**22ND** [1] - 3838:19
**23** [1] - 3954:3
**23451** [1] - 3838:19
**24** [2] - 3899:3, 3899:11
**24,000** [3] - 3952:15, 3952:18, 3952:19
**244** [1] - 3890:10

**25** [2] - 3955:4, 3966:21
**250** [1] - 3874:24
**26** [1] - 3966:22
**2615** [1] - 3838:15
**26th** [1] - 3915:22
**28** [3] - 3940:18, 3944:18, 3947:4
**29** [2] - 3896:5, 3918:20
**290** [1] - 3951:13
**2:10-CV-02771** [1] - 3837:12
**2:10-CV-4536** [1] - 3837:14

**3**

**3** [6] - 3839:4, 3945:16, 3945:17, 3949:5, 3950:22, 3966:18
**3,545** [1] - 3886:8
**3.2.10** [2] - 3892:17, 3893:1
**3.3.1** [2] - 3887:19, 3888:5
**3.3.10** [1] - 3891:12
**3.3.5** [4] - 3886:17, 3893:21, 3894:21, 3894:22
**3.3.7** [1] - 3889:15
**30** [6] - 3853:4, 3885:10, 3886:8, 3923:17, 3923:19, 3978:11
**30(b)(6** [2] - 3852:23, 3853:2
**30-day** [1] - 3882:17
**300** [2] - 3842:8, 3951:15
**3098** [1] - 3955:23
**30th** [2] - 3863:18, 3864:15
**31** [3] - 3868:17, 3870:19, 3969:14
**3285** [1] - 3912:16
**3285-002** [1] - 3912:25
**33** [1] - 3874:24
**35** [1] - 3945:23
**3545** [2] - 3873:6, 3885:11
**355** [1] - 3842:23
**35TH** [1] - 3842:23
**36130** [1] - 3841:6
**365** [1] - 3951:9
**365-day** [3] - 3947:13, 3954:5, 3955:11
**36604** [1] - 3838:12

**4**

**4** [3] - 3839:4, 3949:10, 3965:19
**4/30/2010** [1] - 3863:12
**40** [1] - 3928:10
**4000** [1] - 3844:8
**402** [1] - 3838:19
**4265** [1] - 3890:16
**43.6** [1] - 3928:6
**4310** [1] - 3839:18
**435** [1] - 3839:8
**45** [1] - 3928:4
**450** [1] - 3840:5
**4500** [1] - 3843:18
**453** [2] - 3944:1, 3954:2

**5**

**5** [2] - 3911:9, 3960:4
**5.17** [1] - 3966:21
**5.2** [7] - 3959:4, 3959:9, 3959:23, 3964:11, 3971:8, 3972:23, 3974:16
**500** [3] - 3838:4, 3841:5, 3844:13
**5000** [1] - 3841:22
**504** [1] - 3844:14
**52** [1] - 3929:16
**5285** [1] - 3977:2
**5395** [1] - 3840:6
**546** [1] - 3843:12
**5474** [1] - 3975:5
**556** [1] - 3838:4
**5563** [2] - 3852:1, 3914:19
**5618** [1] - 3895:13
**57** [1] - 3947:16
**589-7779** [1] - 3844:14
**5927** [2] - 3851:5, 3851:10, 3851:20, 3852:7, 3852:15, 3914:15, 3914:21

## 6

**6** [7] - 3915:17,
3941:4, 3948:3,
3948:12, 3948:17,
3949:5, 3950:24
**60** [1] - 3942:16
**600** [3] - 3838:19,
3838:22, 3843:4
**601** [1] - 3838:15
**60654** [1] - 3842:9
**618** [1] - 3839:15
**64** [1] - 3942:15
**664** [1] - 3957:1

## 7

**7** [1] - 3968:16
**701** [2] - 3841:16,
3841:22
**70113** [1] - 3838:8
**70130** [6] - 3838:16,
3838:23, 3839:22,
3841:16, 3843:13,
3844:14
**70139** [1] - 3841:23
**70163** [1] - 3842:15
**70360** [1] - 3839:8
**70458** [1] - 3839:12
**70502** [2] - 3838:5,
3843:5
**70801** [1] - 3839:15
**70804** [1] - 3841:12
**720** [1] - 3889:25
**730-day** [1] - 3955:6
**74** [1] - 3950:5
**75270** [1] - 3843:24
**755** [1] - 3951:14
**76** [2] - 3946:2, 3958:7
**7611** [1] - 3840:12
**77002** [2] - 3842:19,
3844:9
**77006** [1] - 3839:19
**77010** [2] - 3843:18,
3844:4
**77098** [1] - 3843:8
**78** [1] - 3953:17
**78257** [1] - 3839:5
**7th** [3] - 3863:22,
3864:7, 3864:13
**7TH** [1] - 3840:6

## 8

**8** [3] - 3940:18,
3940:20, 3969:17
**81** [1] - 3929:19

---

**820** [1] - 3838:8
**8601** [1] - 3878:2
**87** [1] - 3949:24
**876** [1] - 3905:2
**88** [1] - 3930:1
**8:00** [1] - 3837:9
**8th** [1] - 3934:14

## 9

**9** [2] - 3896:25,
3941:12
**90071** [1] - 3842:24
**92.9** [1] - 3919:12
**93** [1] - 3930:22
**939** [1] - 3971:9
**94005** [1] - 3841:12
**94102** [1] - 3840:6
**942** [1] - 3967:20
**95** [2] - 3942:13
**960** [2] - 3968:11,
3968:12
**98** [1] - 3955:16
**9885** [2] - 3910:6,
3913:11
**9:51** [1] - 3914:6
**9TH** [1] - 3838:22
**9th** [1] - 3915:22

## A

**A.M** [1] - 3837:9
**a.m** [1] - 3914:6
**abided** [1] - 3874:22
**ability** [1] - 3979:8
**able** [4] - 3898:23,
3915:5, 3924:9,
3974:21
**above-entitled** [1] -
3979:9
**above-mentioned** [1]
- 3846:21, 3855:25,
3856:17
**ABRAMSON** [1] -
3838:14
**ABS** [5] - 3868:22,
3868:23, 3870:5,
3871:15, 3969:25
**absolute** [2] -
3942:18, 3963:23
**absolutely** [20] -
3883:23, 3886:10,
3891:6, 3893:11,
3899:8, 3899:18,
3904:5, 3904:12,
3906:11, 3907:14,
3922:1, 3923:5,
3923:16, 3926:20,

---

3927:5, 3929:11,
3942:5, 3944:4,
3952:7, 3953:15
**absorber** [1] - 3905:20
**Accept** [1] - 3894:10
**accepted** [2] - 3886:5,
3888:15
**accepts** [1] - 3887:3
**access** [2] - 3892:8,
3929:8
**accident** [1] - 3974:20
**accidents** [3] -
3916:21, 3929:3,
3930:15
**accomplished** [1] -
3900:6
**accordance** [6] -
3881:14, 3956:20,
3960:15, 3960:20,
3963:3, 3965:4
**according** [5] -
3943:20, 3944:20,
3951:12, 3970:16,
3978:15
**account** [1] - 3878:6
**accountable** [1] -
3932:16
**accurate** [3] - 3904:3,
3940:13, 3955:18
**accurately** [2] -
3891:14, 3892:6
**achieve** [2] - 3875:12,
3876:6
**achieved** [2] - 3906:3,
3924:7
**act** [1] - 3927:2
**ACTION** [1] - 3837:8
**action** [5] - 3880:3,
3922:8, 3923:3,
3976:1, 3977:22
**actions** [1] - 3977:25
**activated** [2] - 3881:7,
3906:19
**active** [5] - 3886:20,
3886:21, 3924:16
**activities** [2] -
3924:15, 3970:8
**activity** [1] - 3975:19
**actual** [1] - 3890:18
**actuates** [1] - 3953:11
**actuators** [2] - 3953:3,
3953:8
**ad** [2] - 3968:1, 3968:9
**add** [1] - 3849:7
**adding** [2] - 3847:22,
3913:9
**additional** [3] -
3854:1, 3958:4,
3958:10
**additives** [1] - 3860:2

---

**address** [1] - 3850:7
**addressed** [3] -
3872:1, 3872:8,
3933:14
**addresses** [1] -
3923:25
**addressing** [1] -
3861:10
**adds** [1] - 3847:24
**adjoining** [2] - 3920:2,
3920:21
**administration** [1] -
3960:14
**administrative** [1] -
3931:17
**admit** [1] - 3849:11
**admitted** [12] -
3846:20, 3846:22,
3847:10, 3848:1,
3849:13, 3849:25,
3850:11, 3855:24,
3856:1, 3856:16,
3856:18, 3857:10
**admitting** [1] -
3850:18
**advance** [3] - 3900:20,
3922:3, 3963:13
**adverse** [5] - 3847:2,
3848:6, 3850:5,
3850:9, 3871:22
**advise** [1] - 3853:25
**advised** [3] - 3862:18,
3885:25, 3888:14
**advises** [1] - 3887:2
**advising** [1] - 3862:5
**affect** [1] - 3874:4
**affected** [1] - 3871:7
**affecting** [4] -
3884:19, 3884:20,
3884:21
**aforementioned** [1] -
3930:2
**afraid** [1] - 3930:15
**aft** [1] - 3875:3
**agency** [1] - 3941:16
**ago** [2] - 3847:19,
3956:8
**agree** [5] - 3849:25,
3857:3, 3918:15,
3918:19, 3923:16
**Agreed** [1] - 3852:4
**agreed** [6] - 3851:4,
3851:19, 3852:13,
3859:13, 3895:12,
3914:20
**ahead** [8] - 3877:2,
3878:1, 3880:11,
3891:4, 3897:14,
3914:3, 3936:7,
3966:19

---

**air** [4] - 3876:3,
3909:12, 3927:10,
3948:5
**airplane** [1] - 3927:8
**AL** [4] - 3837:13,
3837:16, 3838:12,
3841:6
**ALABAMA** [2] -
3841:3
**alarm** [7] - 3879:24,
3882:5, 3886:19,
3886:20, 3888:2,
3926:18, 3950:11
**alarms** [12] - 3878:5,
3878:7, 3878:14,
3878:15, 3878:16,
3878:18, 3878:22,
3893:24, 3938:11
**ALEX** [1] - 3843:17
**ALLAN** [1] - 3841:15
**allow** [3] - 3869:25,
3898:24, 3936:7
**allowing** [1] - 3899:21
**almost** [10] - 3859:15,
3867:24, 3878:8,
3882:25, 3883:12,
3896:1, 3897:9,
3907:17, 3913:24,
3915:12
**altered** [1] - 3860:18
**ambit** [1] - 3952:11
**Ambrose** [2] -
3904:20, 3905:5
**ameliorative** [1] -
3923:3
**Amendment** [4] -
3847:1, 3847:11,
3847:20, 3850:15
**AMERICA** [3] -
3837:15, 3840:4,
3841:20
**America** [1] - 3918:18
**American** [4] - 3918:5,
3924:12, 3924:15,
3968:3
**AMERICAN** [1] -
3838:15
**amount** [3] - 3902:4,
3902:6, 3902:13
**amounting** [1] -
3873:6
**amounts** [1] - 3889:23
**analogy** [1] - 3927:8
**analysis** [1] - 3947:22
**AND** [2] - 3837:12,
3842:12
**Andrea** [2] - 3937:24,
3938:9
**ANDREW** [1] - 3842:7
**Andy** [2] - 3847:15,

3852:5
**ANGELES** [1] - 3842:24
**Angelle** [1] - 3863:14
**animation** [1] - 3856:10
**annual** [3] - 3941:16, 3941:18, 3942:14
**annulars** [2] - 3908:12, 3908:14
**answer** [6] - 3850:16, 3871:10, 3928:25, 3961:6, 3963:9, 3978:12
**answers** [1] - 3929:13
**ANTHONY** [1] - 3839:21
**anti** [1] - 3869:13
**anti-fouling** [1] - 3869:13
**ANTONIO** [1] - 3839:5
**anytime** [1] - 3881:22
**anyway** [1] - 3913:15
**API** [2] - 3873:20, 3874:25
**apologize** [2] - 3865:23, 3880:12
**apparent** [1] - 3872:5
**appeal** [2] - 3877:21, 3877:22
**appear** [2] - 3849:13, 3895:6
**APPEARANCES** [7] - 3838:1, 3839:1, 3840:1, 3841:1, 3842:1, 3843:1, 3844:1
**appeared** [1] - 3853:1
**appendix** [3] - 3929:16, 3929:21, 3929:22
**applied** [2] - 3921:9, 3928:10
**applies** [2] - 3925:9, 3925:10
**appointed** [1] - 3929:8
**apportion** [1] - 3928:11
**appreciate** [3] - 3862:25, 3867:1, 3903:16
**appreciated** [3] - 3920:7, 3922:20, 3923:3
**appreciation** [2] - 3917:16, 3975:9
**appropriate** [10] - 3857:11, 3858:20, 3920:4, 3921:7, 3924:6, 3925:8,

3925:15, 3960:22, 3963:6, 3971:21
**APRIL** [1] - 3837:6
**April** [23] - 3860:16, 3863:18, 3864:15, 3864:16, 3865:3, 3865:4, 3869:18, 3913:16, 3913:18, 3934:9, 3934:15, 3939:24, 3941:4, 3949:3, 3957:20, 3958:19, 3959:11, 3961:7, 3961:24, 3961:25, 3962:1, 3962:11
**area** [2] - 3919:22, 3975:22
**areas** [5] - 3920:2, 3920:21, 3924:13, 3924:15, 3926:21
**argue** [1] - 3857:8
**arise** [1] - 3854:4
**ARRELL** [1] - 3843:7
**article** [1] - 3959:9
**ASBILL** [1] - 3842:17
**ascent** [1] - 3905:24
**ashore** [7] - 3883:2, 3911:13, 3919:19, 3930:17, 3942:18, 3951:24, 3952:3
**aside** [2] - 3850:20, 3866:6
**aspects** [1] - 3902:14
**assembly** [5] - 3910:6, 3910:8, 3910:10, 3910:11, 3911:2
**assess** [1] - 3925:22
**assessment** [2] - 3916:6, 3925:8
**assessments** [1] - 3912:7
**asset** [3] - 3887:3, 3888:15, 3894:8
**ASSET** [1] - 3837:13
**assigned** [5] - 3890:2, 3890:10, 3890:11, 3890:16, 3936:25
**assist** [2] - 3894:11, 3902:20
**assistant** [5] - 3886:22, 3945:22, 3946:15, 3947:5, 3947:23
**associated** [2] - 3919:14, 3928:16
**assume** [3] - 3849:8, 3858:17, 3955:19, 3962:14, 3974:7
**assuming** [3] - 3877:8, 3877:9,

3955:17
**assumption** [2] - 3852:18, 3962:4
**assurance** [2] - 3868:5, 3918:23
**assure** [1] - 3924:18
**attached** [1] - 3968:17
**attempted** [1] - 3900:3
**attend** [1] - 3901:20
**attention** [4] - 3862:24, 3868:2, 3920:10, 3929:24
**attitudes** [1] - 3933:22
**ATTORNEY** [4] - 3841:3, 3841:4, 3841:9, 3841:11
**Audit** [1] - 3887:9
**audit** [31] - 3868:5, 3868:8, 3868:13, 3871:20, 3872:4, 3872:17, 3880:2, 3880:8, 3885:25, 3886:2, 3886:6, 3887:2, 3887:11, 3887:17, 3887:22, 3888:13, 3889:1, 3889:8, 3889:14, 3891:17, 3892:22, 3893:25, 3900:13, 3912:9, 3915:21, 3916:7, 3916:8, 3916:9, 3929:7, 3959:7
**auditor** [2] - 3883:20, 3908:8
**audits** [7] - 3871:2, 3872:10, 3885:3, 3886:4, 3915:13, 3940:23
**August** [3] - 3868:17, 3870:19, 3969:14
**authenticate** [1] - 3854:11
**authenticity** [4] - 3854:16, 3855:15, 3855:21
**authority** [16] - 3927:6, 3928:2, 3958:24, 3959:3, 3959:9, 3959:14, 3959:15, 3959:20, 3960:23, 3963:7, 3963:19, 3963:23, 3965:7, 3975:25, 3977:15
**automatic** [3] - 3879:3, 3906:7, 3906:9
**automatically** [1] - 3881:6

**availability** [1] - 3853:3
**available** [5] - 3890:18, 3900:21, 3909:2
**AVENUE** [5] - 3838:8, 3840:5, 3841:5, 3842:4, 3842:23
**aviation** [1] - 3927:8
**avoidance** [1] - 3964:13
**awaiting** [8] - 3943:2, 3945:20, 3958:4, 3958:7, 3958:8, 3958:10, 3958:18
**aware** [20] - 3854:9, 3857:20, 3877:9, 3879:19, 3902:3, 3902:8, 3902:11, 3919:25, 3920:11, 3920:19, 3921:18, 3934:8, 3934:13, 3934:16, 3934:17, 3936:20, 3942:20, 3962:2
**awareness** [13] - 3917:24, 3918:4, 3918:7, 3918:16, 3918:22, 3919:7, 3924:7, 3924:10, 3924:13, 3924:19, 3925:13, 3925:20, 3926:1

## B

**backed** [1] - 3926:4
**background** [2] - 3923:7, 3935:21
**backlog** [1] - 3873:8
**backs** [1] - 3931:5
**bad** [3] - 3871:5, 3927:13, 3927:16
**ball** [1] - 3941:3
**ballast** [3] - 3944:9, 3944:11, 3944:16
**BARBIER** [1] - 3837:22
**barge** [1] - 3936:15
**based** [32] - 3868:7, 3869:15, 3871:21, 3872:9, 3873:10, 3882:19, 3884:12, 3892:11, 3901:11, 3904:2, 3919:17, 3919:22, 3922:22, 3925:13, 3925:20, 3930:9, 3931:25, 3932:9, 3934:7,

3937:7, 3937:11, 3937:15, 3938:8, 3939:10, 3941:8, 3947:25, 3948:7, 3953:10, 3957:17, 3960:13, 3963:11, 3971:24
**basic** [1] - 3975:23
**basis** [2] - 3870:22, 3943:19
**batch** [1] - 3865:6
**batches** [1] - 3865:1
**Bates** [11] - 3866:2, 3878:2, 3905:2, 3910:6, 3912:11, 3912:12, 3912:18, 3912:21, 3913:11, 3915:6, 3976:18
**baton** [1] - 3974:22
**BATON** [2] - 3839:15, 3841:12
**BEACH** [1] - 3838:19
**beach** [3] - 3919:4, 3928:19, 3928:23
**bearing** [1] - 3950:10
**bearings** [1] - 3950:15
**BECK** [2] - 3843:15, 3843:15
**becomes** [1] - 3869:1
**BEFORE** [1] - 3837:22
**beginning** [1] - 3907:22
**behalf** [3] - 3846:14, 3855:18, 3866:11
**behind** [2] - 3890:25, 3898:14
**believes** [1] - 3858:15
**below** [5] - 3884:8, 3907:19, 3945:15, 3945:20, 3946:9
**Ben** [2] - 3856:10, 3859:22
**BEN** [1] - 3840:24
**Bertone** [8] - 3895:21, 3895:22, 3895:25, 3897:9, 3897:13, 3898:10, 3902:25
**best** [6] - 3891:2, 3898:22, 3933:3, 3936:22, 3960:15, 3979:8
**better** [5] - 3877:23, 3896:11, 3913:12, 3925:7, 3932:5
**between** [8] - 3859:13, 3911:18, 3917:16, 3928:19, 3928:22, 3961:10, 3961:25, 3962:11
**beyond** [5] - 3867:20,

3907:11, 3908:21, 3911:9, 3911:18
**Big** [1] - 3933:22
**bilge** [8] - 3875:11, 3875:18, 3875:22, 3875:24, 3876:1, 3876:5, 3878:16
**bilges** [2] - 3875:19, 3876:2
**Bill** [2] - 3904:20, 3905:5
**bill** [10] - 3960:21, 3963:4, 3965:4, 3967:2, 3967:4, 3967:6, 3968:17, 3968:18, 3968:21, 3968:22
**bit** [5] - 3877:4, 3907:15, 3912:15, 3928:2, 3953:24
**bits** [1] - 3899:21
**blame** [3] - 3852:9, 3928:5, 3928:11
**blanket** [2] - 3864:16, 3933:20
**blend** [3] - 3860:2, 3860:9, 3863:24
**blew** [2] - 3950:22, 3950:25
**block** [2] - 3930:25, 3932:7
**blocked** [1] - 3943:18
**blocks** [3] - 3907:19, 3907:21, 3908:1
**blow** [2] - 3907:7, 3971:17
**blowing** [2] - 3931:9, 3949:21
**blowout** [4] - 3882:1, 3926:22, 3938:19, 3938:23
**board** [10] - 3904:7, 3909:11, 3910:15, 3910:18, 3921:17, 3942:21, 3963:2, 3964:21, 3964:22, 3965:3
**BOCKIUS** [1] - 3844:6
**bodies** [1] - 3907:10
**bonnets** [5] - 3873:19, 3874:14, 3874:16, 3880:9, 3907:10
**book** [2] - 3893:2, 3893:13
**boost** [1] - 3881:12
**BOP** [22] - 3867:15, 3867:16, 3867:18, 3867:20, 3867:22, 3873:19, 3874:6, 3874:11, 3874:16,

3880:9, 3880:13, 3881:12, 3907:6, 3907:10, 3908:12, 3909:5, 3909:14, 3910:4, 3941:2, 3954:22, 3955:11, 3955:14
**bottom** [17] - 3864:21, 3899:24, 3917:9, 3923:20, 3929:24, 3933:15, 3940:22, 3940:23, 3941:13, 3945:8, 3946:12, 3951:6, 3954:3, 3956:23, 3959:13, 3961:9, 3975:23
**BOULEVARD** [1] - 3839:18
**BOUNDS** [1] - 3838:10
**box** [1] - 3850:13
**BOX** [4] - 3838:4, 3840:12, 3840:18, 3841:12
**BP** [18] - 3837:15, 3841:19, 3841:20, 3841:20, 3847:15, 3850:25, 3853:18, 3855:1, 3855:18, 3857:1, 3857:7, 3857:25, 3868:8, 3872:5, 3891:16, 3892:19, 3939:2
**BP's** [1] - 3855:22
**BRAD** [1] - 3842:22
**Brad** [1] - 3849:23
**brain** [1] - 3894:16
**brakes** [3] - 3898:25, 3899:2, 3899:6
**BRANCH** [3] - 3840:4, 3840:15, 3840:22
**break** [5] - 3899:22, 3932:14, 3932:17, 3978:12, 3978:16
**breaking** [1] - 3933:3
**BREIT** [5] - 3838:18, 3838:18, 3863:5, 3864:24, 3866:19
**Breit** [1] - 3863:5
**BRENNAN** [1] - 3842:17
**Brian** [1] - 3849:23
**BRIAN** [4] - 3842:22, 3849:23, 3850:4, 3850:19
**bridge** [4] - 3880:21, 3888:10, 3894:7, 3936:23
**brief** [1] - 3866:9
**briefing** [4] - 3847:2,

3847:12, 3847:21, 3866:24
**briefly** [7] - 3852:1, 3873:22, 3881:1, 3910:10, 3949:11, 3950:7, 3954:8
**bring** [2] - 3849:19, 3857:9
**BROCK** [2] - 3842:3, 3854:25
**Brock** [1] - 3855:1
**broke** [2] - 3897:22, 3899:20
**broken** [1] - 3948:19
**brought** [2] - 3859:19, 3883:25
**buddy** [1] - 3924:16
**BUILDING** [2] - 3838:15, 3839:4
**built** [2] - 3868:21, 3868:22
**bulk** [3] - 3943:7, 3943:10, 3953:23
**bullet** [15] - 3872:15, 3873:4, 3873:17, 3875:2, 3875:10, 3876:13, 3920:7, 3920:18, 3920:23, 3921:5, 3922:14, 3923:10, 3925:4, 3925:25, 3966:25
**Bulletin** [1] - 3941:3
**bulletin** [2] - 3941:3, 3941:6
**bulletins** [1] - 3940:22
**Bulletins** [1] - 3940:24
**bunch** [1] - 3871:7
**bundles** [6] - 3849:2, 3849:4, 3852:22, 3852:24, 3853:22, 3853:1
**burden** [1] - 3890:21
**BURLING** [1] - 3842:3
**burner** [1] - 3848:4
**business** [2] - 3892:11, 3914:9
**bust** [2] - 3881:23, 3942:3
**Butler** [1] - 3968:13
**BY** [60] - 3837:5, 3838:3, 3838:7, 3838:11, 3838:14, 3838:18, 3838:22, 3839:3, 3839:7, 3839:11, 3839:14, 3839:18, 3839:21, 3840:5, 3840:10, 3840:16, 3840:22, 3841:4, 3841:10, 3841:15, 3841:21,

3842:3, 3842:7, 3842:14, 3842:18, 3842:22, 3843:3, 3843:7, 3843:12, 3843:15, 3843:22, 3844:3, 3844:7, 3844:16, 3844:17, 3845:7, 3867:9, 3877:25, 3895:5, 3905:15, 3915:11, 3915:24, 3916:17, 3917:8, 3925:3, 3927:25, 3929:20, 3930:24, 3933:12, 3936:9, 3940:21, 3956:1, 3957:15, 3960:7, 3963:10, 3967:19, 3969:19, 3971:16, 3975:15, 3976:22
**bypassed** [1] - 3878:22
**bypasses** [5] - 3878:5, 3879:1, 3879:2, 3879:4, 3882:6

# C

**CA** [2] - 3840:6, 3842:24
**cabin** [5] - 3886:18, 3888:2, 3888:9, 3893:24, 3894:5
**calculating** [1] - 3887:11
**CALDWELL** [1] - 3841:10
**calibrate** [1] - 3879:11
**call-out** [1] - 3877:13
**CALLED** [1] - 3846:4
**cameras** [1] - 3870:5
**CAMERON** [1] - 3843:11
**Cameron** [3] - 3873:24, 3874:20, 3908:25
**CAMP** [1] - 3841:16
**Canducci** [2] - 3952:7, 3968:13
**cannot** [1] - 3899:16
**caps** [1] - 3896:15
**capsule** [1] - 3904:3
**Captain** [10] - 3885:20, 3936:25, 3937:1, 3937:4, 3937:8, 3937:12, 3937:17, 3938:22, 3977:13, 3977:19
**captain** [22] - 3883:25,

3920:24, 3921:8, 3921:15, 3922:3, 3922:4, 3922:8, 3922:15, 3922:16, 3922:21, 3926:11, 3926:20, 3927:2, 3929:12, 3936:25, 3961:20, 3963:22, 3964:7, 3967:7, 3977:9, 3977:23, 3977:24
**captain's** [1] - 3933:7
**care** [4] - 3854:5, 3891:8, 3946:20, 3951:22
**career** [1] - 3968:1
**carefully** [1] - 3879:4
**CARL** [1] - 3837:22
**Carl** [41] - 3878:2, 3880:2, 3881:9, 3881:10, 3887:19, 3889:13, 3891:12, 3892:17, 3893:21, 3895:15, 3896:3, 3897:15, 3900:1, 3903:6, 3905:3, 3907:8, 3908:18, 3913:1, 3917:5, 3918:20, 3923:17, 3923:19, 3928:4, 3929:16, 3929:25, 3939:19, 3944:18, 3945:19, 3952:10, 3955:4, 3955:23, 3960:4, 3965:10, 3965:20, 3966:17, 3969:15, 3971:13, 3973:12, 3975:12, 3976:18, 3977:6
**Carl's** [1] - 3915:5
**CARONDELET** [2] - 3838:22, 3843:12
**CARRIE** [1] - 3842:7
**carried** [3] - 3884:10, 3903:18, 3960:15
**carry** [4] - 3870:5, 3896:16, 3952:20, 3959:16
**CASE** [2] - 3837:12, 3837:14
**case** [18] - 3849:3, 3849:9, 3850:10, 3854:10, 3854:13, 3891:10, 3901:14, 3922:11, 3922:21, 3928:14, 3930:6, 3934:7, 3941:9, 3953:10, 3961:23, 3965:13, 3966:12, 3969:5

**cases** [2] - 3884:9, 3890:18
**casing** [5] - 3898:20, 3898:21, 3899:19, 3954:16, 3973:24
**catch** [1] - 3891:1
**categories** [1] - 3884:25
**category** [8] - 3853:18, 3943:3, 3943:5, 3944:8, 3944:21, 3944:22, 3946:10, 3949:9
**CATHY** [1] - 3844:12
**Cathy** [4] - 3914:9, 3975:18, 3979:3, 3979:13
**Cathy_Pepper@laed .uscourts.gov** [1] - 3979:15
**cathy_Pepper@laed. uscourts.gov** [1] - 3844:15
**caught** [1] - 3881:5
**caused** [1] - 3927:15
**causes** [1] - 3926:1
**causing** [1] - 3910:2
**caveat** [1] - 3971:7
**CCR** [2] - 3844:12, 3979:13
**CCT** [1] - 3870:4
**cement** [23] - 3859:7, 3860:2, 3861:13, 3863:8, 3863:11, 3863:19, 3863:21, 3863:25, 3864:2, 3864:11, 3864:12, 3864:14, 3864:25, 3865:1, 3865:2, 3865:4, 3865:5, 3865:10, 3865:15, 3865:17, 3865:24, 3866:3
**center** [1] - 3968:1
**CENTER** [1] - 3843:17
**CENTRE** [1] - 3842:14
**CERNICH** [1] - 3840:10
**certain** [3] - 3902:16, 3905:2, 3916:4
**certainly** [6] - 3849:25, 3879:8, 3921:16, 3933:4, 3962:7, 3975:3
**certificate** [5] - 3871:14, 3936:12, 3941:15, 3941:16, 3941:18
**CERTIFICATE** [1] - 3979:1

**certification** [16] - 3873:21, 3874:17, 3874:19, 3880:14, 3907:10, 3907:25, 3908:9, 3908:10, 3908:14, 3908:21, 3911:7, 3911:8, 3941:13, 3941:15, 3942:14, 3942:21
**certified** [7] - 3871:6, 3880:1, 3937:2, 3937:4, 3938:5, 3941:17, 3941:20
**Certified** [3] - 3979:3, 3979:4, 3979:13
**CERTIFIED** [1] - 3844:12
**certify** [1] - 3979:7
**CFR** [1] - 3874:24
**chain** [8] - 3899:20, 3959:2, 3968:21, 3970:16, 3970:19, 3976:17, 3976:24
**Chain** [1] - 3969:24
**Chaisson** [1] - 3853:14
**CHAKERES** [1] - 3840:12
**chance** [3] - 3877:5, 3877:19, 3891:4
**CHANG** [1] - 3840:11
**change** [5] - 3924:11, 3952:24, 3961:15, 3961:23, 3962:12
**changed** [3] - 3906:5, 3943:19, 3961:25
**changeover** [1] - 3889:17
**changes** [5] - 3872:16, 3872:21, 3917:25, 3962:4, 3977:16
**changing** [3] - 3920:6, 3922:19, 3922:25
**characteristics** [1] - 3867:18
**characterization** [1] - 3958:17
**characterize** [3] - 3884:16, 3885:5, 3902:24
**charge** [15] - 3937:9, 3960:20, 3963:3, 3965:3, 3967:1, 3970:6, 3970:23, 3970:24, 3972:11, 3973:3, 3973:18, 3974:2, 3976:13, 3977:19
**charged** [4] - 3971:24,

3972:11, 3972:13, 3972:17
**chart** [8] - 3970:11, 3970:14, 3970:15, 3970:20, 3971:7, 3976:17, 3976:25
**charts** [1] - 3957:16
**CHASE** [1] - 3843:4
**check** [6] - 3852:6, 3852:16, 3935:16, 3943:24, 3962:19, 3967:24
**checked** [1] - 3941:20
**checking** [1] - 3896:12
**checks** [5] - 3897:24, 3946:16, 3946:19, 3947:7, 3947:11
**chemical** [1] - 3865:5
**chest** [1] - 3870:11
**CHICAGO** [1] - 3842:9
**Chief** [1] - 3969:1
**chief** [7] - 3879:16, 3897:19, 3902:25, 3929:12, 3952:12, 3952:21, 3969:6
**circle** [1] - 3928:1
**circulated** [3] - 3846:17, 3856:6, 3859:18
**circulating** [1] - 3862:21
**cited** [1] - 3970:9
**CIVIL** [3] - 3837:8, 3840:4, 3840:15
**clarify** [2] - 3858:19, 3858:22
**class** [4] - 3868:21, 3869:24, 3875:9, 3942:2
**classed** [1] - 3969:25
**classification** [4] - 3868:23, 3870:1, 3870:3, 3870:23
**classified** [1] - 3868:23
**clean** [1] - 3950:6
**cleaned** [3] - 3869:12, 3870:9, 3907:22
**clear** [13] - 3852:11, 3860:12, 3866:20, 3867:16, 3869:7, 3869:10, 3870:23, 3903:3, 3912:5, 3916:18, 3930:7, 3936:21, 3971:22
**Clear** [1] - 3916:25
**clearly** [17] - 3871:1, 3871:16, 3873:14, 3874:1, 3883:9,

3884:19, 3889:9, 3890:24, 3897:4, 3898:16, 3920:9, 3924:14, 3932:19, 3932:23, 3946:6, 3961:1, 3974:23
**CLERK** [4] - 3846:7, 3914:5, 3914:7, 3978:18
**Clerk** [1] - 3867:6
**client** [1] - 3861:18
**client's** [2] - 3860:10, 3960:16
**climate** [1] - 3917:3
**CLINGMAN** [1] - 3842:18
**close** [3] - 3875:4, 3914:11, 3974:16
**closed** [7] - 3872:7, 3876:21, 3878:17, 3882:16, 3910:16, 3920:8, 3940:23
**Closed** [1] - 3940:24
**closer** [1] - 3933:24
**closes** [1] - 3948:4
**Closing** [1] - 3872:4
**closing** [3] - 3855:4, 3948:22, 3948:24
**co** [1] - 3972:18
**co-responsibility** [1] - 3972:18
**coaching** [2] - 3931:18, 3931:20
**Coast** [1] - 3970:9
**coating** [1] - 3907:23
**Code** [10] - 3952:2, 3959:2, 3959:23, 3960:22, 3961:4, 3970:25, 3971:7, 3972:21, 3974:17, 3976:8
**code** [18] - 3869:25, 3870:24, 3872:13, 3874:2, 3875:8, 3879:22, 3881:19, 3884:1, 3884:2, 3884:3, 3908:5, 3925:23, 3926:8, 3942:4, 3963:5, 3963:17, 3963:19, 3964:15
**cold** [1] - 3859:4
**collision** [1] - 3964:13
**combination** [1] - 3924:7
**comfortable** [1] - 3919:9
**coming** [2] - 3894:10, 3912:5
**Command** [1] -

3969:24
**command** [14] - 3935:1, 3936:12, 3936:23, 3959:2, 3959:22, 3964:16, 3965:7, 3967:14, 3968:21, 3970:16, 3974:24, 3975:19, 3976:17, 3976:24
**commenced** [1] - 3868:16
**comment** [8] - 3854:24, 3863:3, 3886:3, 3888:1, 3888:3, 3920:9, 3932:14, 3933:19
**comments** [1] - 3930:2
**COMMERCIAL** [1] - 3840:22
**commercial** [1] - 3933:4
**Committee** [1] - 3867:13
**communicate** [1] - 3885:14
**communicated** [1] - 3881:16
**communication** [3] - 3859:1, 3861:8, 3862:17
**companies** [1] - 3857:25
**COMPANY** [1] - 3841:20
**company** [11] - 3901:18, 3903:15, 3916:8, 3916:11, 3917:22, 3924:1, 3941:20, 3961:12, 3973:17, 3974:1, 3974:5
**company's** [1] - 3917:2
**comparing** [1] - 3887:22
**comparison** [1] - 3893:4
**compartment** [1] - 3899:16
**compartments** [1] - 3876:25
**competence** [2] - 3918:23, 3924:18
**competent** [2] - 3939:11, 3977:22
**complacent** [1] - 3934:5
**complaining** [1] - 3865:12

**COMPLAINT** [1] - 3837:12

**complaints** [1] - 3882:9

**complete** [2] - 3879:9, 3891:5

**completed** [5] - 3886:9, 3902:5, 3939:23, 3940:6, 3940:9

**completing** [1] - 3964:2

**completion** [3] - 3885:25, 3887:2, 3888:14

**complex** [2] - 3873:2, 3926:17

**compliance** [4] - 3961:4, 3964:15, 3970:25

**complicated** [1] - 3926:12

**comply** [3] - 3959:23, 3963:19, 3976:7

**complying** [1] - 3974:16

**component** [4] - 3931:21, 3943:16, 3945:11, 3950:13

**components** [3] - 3874:15, 3945:1

**comprehensive** [1] - 3852:8

**comprise** [1] - 3964:16

**COMPUTER** [1] - 3844:17

**computer** [2] - 3893:15, 3893:16

**computers** [3] - 3892:4, 3892:5, 3892:13

**concern** [1] - 3932:2

**concerned** [1] - 3931:23

**concerning** [1] - 3876:14

**concerns** [1] - 3919:21

**conclusion** [1] - 3848:5

**conclusions** [1] - 3858:19

**condition** [9] - 3870:10, 3871:5, 3879:25, 3881:14, 3902:24, 3908:7, 3940:14, 3948:20, 3952:6

**conditionally** [2] -

3849:11, 3853:23

**conditions** [8] - 3886:19, 3886:23, 3887:2, 3888:3, 3888:8, 3894:5, 3917:25, 3973:15

**conduct** [1] - 3917:2

**conducted** [4] - 3870:13, 3870:24, 3920:2, 3920:21

**conference** [9] - 3847:6, 3848:25, 3849:17, 3852:21, 3853:10, 3854:3, 3859:5, 3859:11, 3866:18

**confidence** [1] - 3936:4

**confirmed** [1] - 3894:3

**conformance** [1] - 3976:5

**confused** [2] - 3902:14, 3964:24

**confusing** [1] - 3911:1

**confusion** [9] - 3877:10, 3913:9, 3958:24, 3965:7, 3967:12, 3973:2, 3974:23, 3974:24, 3975:3

**connect** [1] - 3925:2

**connected** [1] - 3948:16

**Conrad** [1] - 3867:12

**CONRAD** [1] - 3839:7

**consequences** [1] - 3926:5

**consequently** [1] - 3872:6

**consider** [2] - 3852:12, 3914:23

**considered** [3] - 3873:5, 3885:11, 3973:16

**consistency** [1] - 3877:15

**consistent** [2] - 3966:3, 3966:6

**consistently** [1] - 3860:25

**constant** [1] - 3886:3

**constantly** [1] - 3927:9

**constitute** [2] - 3876:6, 3908:4

**content** [1] - 3884:9

**Continental** [1] - 3970:11

**continue** [3] - 3898:24, 3926:3,

3972:8

**continued** [1] - 3918:10

**CONTINUED** [8] - 3839:1, 3840:1, 3841:1, 3842:1, 3843:1, 3844:1, 3845:7, 3867:8

**continuously** [1] - 3900:7

**contrary** [1] - 3962:16

**Contrary** [1] - 3930:2

**control** [27] - 3882:5, 3882:7, 3893:1, 3893:3, 3893:12, 3894:15, 3909:5, 3909:14, 3909:15, 3910:4, 3920:4, 3920:14, 3921:6, 3925:8, 3926:21, 3934:13, 3939:4, 3939:14, 3940:1, 3941:2, 3952:8, 3954:4, 3955:5, 3960:13, 3966:9, 3974:21, 3975:20

**Control** [5] - 3878:5, 3965:10, 3965:14, 3965:19, 3966:12

**controlled** [1] - 3878:20

**controls** [1] - 3925:15

**conversant** [1] - 3971:20

**conversation** [2] - 3866:9, 3866:15

**conversations** [1] - 3919:23

**convert** [1] - 3858:1

**cooling** [3] - 3875:19, 3901:9, 3945:3

**coordination** [1] - 3975:19

**copies** [2] - 3856:11, 3951:24

**copy** [2] - 3894:17, 3943:24

**COREY** [1] - 3841:4

**corner** [2] - 3912:19, 3970:23

**CORPORATE** [1] - 3839:8

**corporate** [6] - 3917:13, 3917:17, 3917:18, 3917:21, 3924:1, 3925:25

**corporate/divisional/ rig** [1] - 3923:23

**CORPORATION** [1] - 3843:11

correct [166] - 3851:11, 3851:20, 3851:21, 3853:10, 3853:11, 3853:20, 3853:22, 3856:25, 3857:5, 3861:15, 3863:10, 3867:19, 3867:22, 3867:23, 3868:14, 3868:15, 3870:13, 3871:14, 3875:25, 3879:12, 3882:3, 3883:15, 3885:3, 3885:4, 3885:16, 3885:17, 3886:1, 3886:13, 3887:4, 3887:15, 3887:17, 3888:12, 3888:18, 3890:5, 3890:6, 3891:6, 3891:15, 3892:1, 3892:7, 3892:15, 3893:11, 3893:19, 3894:3, 3895:22, 3896:18, 3897:19, 3897:20, 3899:14, 3900:3, 3904:7, 3904:23, 3906:14, 3906:16, 3907:14, 3907:17, 3908:2, 3908:3, 3908:25, 3909:1, 3909:3, 3909:4, 3910:9, 3910:16, 3910:17, 3911:11, 3911:12, 3911:21, 3914:24, 3915:22, 3917:3, 3917:4, 3919:4, 3919:5, 3923:11, 3923:13, 3923:16, 3925:11, 3925:12, 3927:5, 3927:7, 3931:1, 3931:2, 3931:7, 3931:8, 3931:13, 3931:22, 3934:11, 3935:4, 3935:12, 3936:14, 3936:23, 3936:24, 3939:5, 3939:7, 3940:2, 3940:3, 3940:13, 3940:16, 3942:12, 3943:3, 3944:10, 3944:13, 3947:17, 3948:9, 3948:10, 3948:12, 3948:17, 3949:1, 3949:2, 3951:9, 3951:14, 3952:14, 3953:13, 3953:21, 3953:22, 3953:24, 3955:18, 3955:22, 3957:4, 3957:20,

3957:21, 3957:24, 3957:25, 3958:5, 3958:12, 3958:13, 3958:14, 3959:10, 3963:20, 3963:21, 3964:6, 3964:8, 3964:9, 3965:18, 3966:14, 3966:15, 3967:11, 3967:12, 3967:13, 3967:15, 3968:3, 3968:4, 3968:9, 3968:14, 3968:15, 3968:19, 3968:20, 3968:23, 3968:24, 3970:4, 3970:17, 3970:18, 3971:5, 3972:7, 3972:19, 3972:24, 3973:7, 3973:8, 3973:11, 3973:19, 3973:20, 3974:2, 3974:3, 3977:19, 3977:20, 3979:7

**Corrected** [1] - 3852:4

**corrected** [3] - 3894:11, 3894:18, 3894:25

**correcting** [2] - 3879:10, 3902:12

**corrective** [6] - 3923:3, 3947:23, 3949:9, 3952:11, 3953:19, 3954:1

**correctly** [5] - 3887:11, 3917:14, 3917:15, 3926:6, 3958:22

**correlates** [1] - 3940:19

**corrosion** [1] - 3951:19

**counsel** [2] - 3859:18, 3859:23

**counter** [1] - 3853:7

**counter- designations** [1] - 3853:7

**countrymen** [1] - 3924:21

**couple** [6] - 3852:20, 3864:24, 3878:25, 3903:5, 3915:3, 3967:23

**course** [7] - 3847:21, 3857:10, 3860:3, 3860:22, 3864:16, 3872:23, 3892:5

**courses** [2] - 3925:7, 3925:21

**COURT** [117] - 3837:1,

3844:12, 3846:4, 3846:8, 3846:10, 3846:18, 3847:7, 3847:9, 3847:25, 3848:4, 3848:15, 3848:17, 3848:22, 3849:8, 3849:21, 3850:3, 3850:12, 3851:2, 3851:7, 3851:13, 3851:24, 3852:8, 3852:19, 3853:4, 3853:8, 3853:12, 3853:21, 3853:24, 3854:4, 3854:15, 3854:24, 3855:10, 3855:13, 3855:22, 3856:12, 3856:15, 3857:3, 3857:12, 3857:14, 3858:5, 3858:12, 3858:21, 3858:25, 3861:4, 3861:7, 3861:12, 3861:17, 3862:17, 3863:2, 3864:20, 3866:8, 3866:13, 3866:21, 3867:2, 3877:7, 3877:17, 3877:21, 3894:19, 3894:21, 3894:24, 3895:3, 3905:4, 3905:7, 3905:11, 3905:14, 3912:4, 3912:8, 3912:11, 3912:17, 3912:23, 3913:7, 3913:19, 3913:23, 3914:1, 3914:3, 3914:8, 3914:13, 3914:16, 3914:22, 3914:25, 3915:9, 3915:18, 3915:21, 3915:23, 3916:8, 3916:13, 3916:16, 3924:25, 3927:19, 3927:23, 3933:11, 3935:9, 3935:13, 3935:17, 3936:3, 3956:4, 3956:7, 3956:10, 3956:12, 3956:21, 3956:24, 3957:1, 3957:3, 3957:5, 3957:7, 3957:14, 3961:14, 3961:19, 3962:5, 3962:10, 3962:20, 3962:23, 3967:18, 3976:21, 3978:5, 3978:9, 3978:14
**court** [1] - 3849:19
**Court** [32] - 3847:2, 3847:13, 3852:25,

3853:25, 3854:8, 3854:12, 3857:5, 3862:6, 3862:12, 3862:17, 3863:10, 3865:15, 3868:3, 3868:19, 3870:21, 3873:23, 3875:15, 3878:10, 3878:13, 3905:18, 3914:6, 3939:20, 3940:5, 3950:7, 3953:4, 3977:3, 3978:19, 3979:4, 3979:5, 3979:6, 3979:14, 3979:15
**Court's** [2] - 3849:17, 3856:10
**courts** [1] - 3861:1
**cover** [2] - 3928:1, 3961:1
**covered** [2] - 3880:7, 3923:18
**covering** [1] - 3904:20
**covers** [2] - 3880:9, 3929:21
**COVINGTON** [1] - 3842:3
**CRAFT** [1] - 3839:3
**craft** [1] - 3947:5
**crane** [1] - 3899:1
**cranes** [1] - 3871:5
**crankcase** [2] - 3950:9, 3950:12
**crashed** [1] - 3881:4
**create** - 3861:14, 3948:20
**created** [2] - 3864:3, 3941:7
**crew** [48] - 3874:9, 3878:23, 3879:14, 3884:22, 3885:19, 3889:10, 3901:12, 3901:13, 3901:19, 3904:16, 3910:14, 3910:24, 3916:6, 3916:14, 3919:2, 3920:23, 3920:24, 3921:3, 3922:2, 3922:9, 3922:24, 3923:4, 3923:14, 3923:15, 3924:2, 3925:10, 3927:2, 3927:4, 3929:1, 3929:5, 3930:15, 3931:2, 3934:4, 3934:9, 3934:18, 3934:22, 3935:7, 3935:24, 3936:4, 3947:2, 3958:21, 3959:19, 3966:10,

3972:15, 3973:4, 3976:2
**crewed** [2] - 3904:11, 3904:14
**crews** [3] - 3902:13, 3919:8, 3920:10
**critical** [22] - 3879:4, 3885:15, 3888:21, 3891:5, 3893:8, 3895:7, 3899:7, 3901:20, 3905:24, 3911:2, 3911:16, 3921:22, 3922:1, 3922:25, 3926:19, 3931:21, 3943:16, 3949:19, 3950:13, 3951:17, 3954:18, 3958:12
**cropped** [1] - 3875:6
**Cross** [1] - 3868:22
**crowns** [1] - 3932:7
**CRR** [2] - 3844:12, 3979:13
**culture** [4] - 3916:15, 3917:3, 3928:5, 3930:3
**CUNNINGHAM** [2] - 3838:10, 3838:11
**current** [1] - 3885:15
**custodial** [3] - 3863:13, 3864:15, 3865:22
**custodian** [1] - 3854:9
**cylinder** [2] - 3952:23, 3952:24

## D

**D-08166** [1] - 3856:9
**daily** [5] - 3891:14, 3891:21, 3893:2, 3893:13, 3908:9
**DALLAS** [1] - 3843:24
**damage** [5] - 3905:25, 3906:11, 3906:14, 3906:17, 3954:21
**damper** [1] - 3943:17
**dampers** [6] - 3875:3, 3943:7, 3943:10, 3943:11, 3943:13, 3953:23
**danger** [3] - 3878:24, 3934:6, 3966:10
**DANIEL** [1] - 3840:22
**data** [1] - 3940:12
**date** [16] - 3864:8, 3881:16, 3907:25, 3908:13, 3908:20, 3911:8, 3912:8,

3941:6, 3941:16, 3942:3, 3942:22, 3957:22, 3959:5, 3961:2, 3978:7, 3978:9
**dated** [5] - 3863:18, 3864:15, 3896:4, 3961:7, 3969:14
**dates** [1] - 3913:8
**DAUPHIN** [1] - 3838:11
**DAVID** [2] - 3843:15, 3843:16
**DAY** [1] - 3837:20
**day-to-day** [2] - 3960:14, 3972:2
**days** [41] - 3885:10, 3886:8, 3934:18, 3941:17, 3942:14, 3942:15, 3942:16, 3943:3, 3943:23, 3943:24, 3944:1, 3944:15, 3944:17, 3945:13, 3945:14, 3945:16, 3945:18, 3945:23, 3946:16, 3946:18, 3947:12, 3947:16, 3949:6, 3949:8, 3949:23, 3950:3, 3951:9, 3951:11, 3951:13, 3951:14, 3953:1, 3953:16, 3953:17, 3954:1, 3954:2, 3955:1, 3955:3, 3955:9, 3955:15, 3967:23
**DC** [4] - 3840:13, 3840:19, 3840:24, 3842:4
**deal** [6] - 3848:24, 3854:15, 3891:13, 3918:13, 3925:22, 3927:9
**DEANNA** [1] - 3840:11
**December** [8] - 3881:13, 3907:11, 3908:1, 3908:15, 3908:21, 3941:17, 3968:16, 3973:8
**decide** [2] - 3877:16, 3910:14
**decided** [1] - 3877:17
**decides** [1] - 3850:9
**deciding** [1] - 3857:1
**decision** [4] - 3903:12, 3922:10, 3926:23, 3927:15
**decisions** [4] - 3866:22, 3927:6,

3930:9, 3963:24
**decisively** [1] - 3927:3
**deck** [3] - 3907:21, 3939:11, 3976:4
**dedicated** [1] - 3900:23
**deep** [1] - 3900:12
**Deepwater** [37] - 3864:1, 3864:10, 3864:13, 3868:1, 3868:4, 3868:10, 3869:16, 3873:12, 3887:9, 3896:22, 3898:19, 3901:2, 3916:13, 3916:25, 3920:25, 3922:16, 3925:17, 3929:22, 3930:3, 3932:6, 3934:8, 3939:4, 3939:25, 3949:4, 3950:20, 3959:7, 3959:23, 3961:8, 3961:9, 3961:13, 3969:13, 3969:25, 3973:6, 3975:1, 3975:17, 3976:16
**DEEPWATER** [3] - 3837:5, 3842:12, 3842:13
**defeats** [4] - 3878:5, 3879:1, 3879:2, 3882:6
**defective** [3] - 3875:12, 3891:16, 3903:1
**defects** [1] - 3891:17
**defendant** [1] - 3853:19
**defendants** [1] - 3854:10
**Defendants'** [1] - 3852:3
**defer** [1] - 3856:25
**deficiencies** [2] - 3959:8, 3971:23
**deficiency** [2] - 3870:25, 3907:1
**deficient** [1] - 3884:9
**define** [2] - 3869:8, 3970:12
**defined** [2] - 3967:2, 3967:4
**definitely** [3] - 3859:16, 3933:21, 3967:12
**definition** [1] - 3966:4
**defoamer** [1] - 3864:3
**DEGRAVELLES** [2] - 3839:14, 3839:14
**delay** [3] - 3867:3,

3975:2, 3975:3
**delays** [1] - 3927:15
**DELEMARRE** [1] - 3840:16
**delivery** [1] - 3881:16
**demands** [1] - 3920:10
**demise** [1] - 3940:1
**demonstrative** [5] - 3955:23, 3955:25, 3956:2, 3956:18, 3956:20
**denied** [1] - 3877:22
**DENISE** [1] - 3844:7
**DEPARTMENT** [4] - 3840:4, 3840:8, 3840:15, 3840:21
**department** [4] - 3890:16, 3903:7, 3903:11, 3932:15
**Department** [3] - 3860:17, 3862:2, 3865:8
**departments** [1] - 3903:10
**depict** [1] - 3946:10
**depicted** [1] - 3976:24
**deposition** [9] - 3847:5, 3849:2, 3852:22, 3853:22, 3856:6, 3902:9, 3935:11, 3936:6, 3937:20
**depositions** [13] - 3846:25, 3847:14, 3847:18, 3847:23, 3848:7, 3848:15, 3850:3, 3850:4, 3850:18, 3853:1, 3918:11, 3937:15, 3965:13
**DEPUTY** [4] - 3846:7, 3914:5, 3914:7, 3978:18
**describe** [1] - 3952:5
**described** [1] - 3871:10
**describes** [2] - 3969:21, 3969:22
**describing** [1] - 3884:9
**description** [6] - 3859:7, 3943:6, 3944:8, 3947:5, 3955:5, 3960:8
**descriptions** [2] - 3947:6, 3976:7
**design** [2] - 3867:18, 3867:22
**designated** [9] -

3883:1, 3883:24, 3889:12, 3929:8, 3930:17, 3942:18, 3951:24, 3952:3, 3970:10
**designations** [1] - 3853:7
**designed** [4] - 3875:24, 3881:6, 3905:21, 3950:8
**designees** [1] - 3852:23
**detail** [2] - 3878:9, 3918:22
**detailed** [1] - 3859:6
**detected** [3] - 3920:6, 3922:19, 3923:1
**detecting** [1] - 3917:25
**detection** [2] - 3937:19, 3938:16
**detectors** [3] - 3878:14, 3950:6, 3950:11
**deteriorated** [1] - 3872:7
**deteriorating** [1] - 3884:22
**deterioration** [1] - 3881:22
**determination** [1] - 3847:22
**determine** [2] - 3884:10, 3947:22
**determined** [1] - 3848:11
**develop** [1] - 3974:5
**developed** [1] - 3974:9
**Development** [1] - 3917:1
**device** [1] - 3948:4
**devised** [3] - 3913:14, 3961:12, 3962:13
**DEXTER** [1] - 3841:5
**diagram** [1] - 3918:3
**diaphragm** [1] - 3909:23
**difference** [5] - 3850:18, 3917:16, 3933:22, 3961:10, 3962:19
**differences** [1] - 3887:25
**different** [12] - 3847:16, 3850:12, 3859:13, 3877:4, 3877:11, 3896:15, 3916:5, 3916:12, 3953:8, 3956:13,

3956:15
**digits** [1] - 3912:20
**dire** [1] - 3974:25
**DIRECT** [2] - 3845:7, 3867:8
**direct** [3] - 3867:12, 3868:2, 3929:24
**directive** [1] - 3860:17
**directly** [5] - 3876:19, 3877:9, 3948:16, 3960:12, 3970:8
**directs** [1] - 3870:6
**disabled** [1] - 3906:6
**disadvantage** [1] - 3878:23
**disagree** [3] - 3853:7, 3894:23, 3918:15
**disaster** [3] - 3929:1, 3934:15, 3958:19
**discipline** [1] - 3930:6
**disciplines** [3] - 3872:18, 3884:8, 3890:17
**disclosure** [2] - 3861:24, 3862:12
**disconnect** [6] - 3906:1, 3906:13, 3906:22, 3907:4, 3937:5, 3974:11
**Discoverer** [1] - 3916:25
**discrepancies** [1] - 3910:19
**discretion** [1] - 3976:1
**discuss** [1] - 3940:10
**discussed** [3] - 3854:8, 3944:24, 3948:25
**discussion** [3] - 3877:8, 3909:10, 3910:18
**discussions** [2] - 3857:1, 3919:7
**displayed** [5] - 3886:19, 3887:2, 3888:3, 3888:8, 3894:5
**disposal** [1] - 3927:3
**disqualifies** [1] - 3871:11
**disqualify** [1] - 3871:12
**distribute** [2] - 3890:20, 3891:3
**distribution** [1] - 3889:18
**District** [3] - 3979:6, 3979:15
**DISTRICT** [3] - 3837:1, 3837:2, 3837:23

**divers** [3] - 3870:4, 3870:5, 3870:6
**divert** [1] - 3910:11
**diverter** [8] - 3910:6, 3910:8, 3910:10, 3910:11, 3910:15, 3910:20, 3911:2, 3911:13
**DIVISION** [3] - 3840:4, 3840:9, 3840:15
**division** [13] - 3918:5, 3918:18, 3924:12, 3924:15, 3925:25, 3926:2, 3953:21, 3960:23, 3961:21, 3963:6, 3963:19, 3968:3
**divisional** [7] - 3916:23, 3917:12, 3917:17, 3917:19, 3924:1, 3928:13, 3929:14
**dock** [4] - 3891:10, 3901:15, 3932:6, 3932:25
**Document** [4] - 3851:5, 3851:10, 3851:20, 3852:1
**document** [41] - 3851:25, 3852:2, 3854:21, 3863:19, 3878:1, 3911:20, 3912:5, 3912:20, 3915:15, 3916:1, 3939:21, 3940:19, 3940:20, 3943:1, 3956:11, 3956:17, 3956:19, 3957:6, 3957:12, 3961:1, 3961:3, 3961:4, 3962:4, 3962:5, 3962:25, 3964:11, 3965:21, 3965:23, 3967:8, 3967:21, 3969:5, 3972:17, 3973:14, 3975:6, 3975:8, 3976:16, 3976:20, 3977:10, 3978:6, 3978:7, 3978:9
**DOCUMENT** [1] - 3837:11
**documentation** [2] - 3907:24, 3911:7
**documents** [24] - 3852:12, 3854:11, 3855:3, 3855:5, 3855:13, 3868:7, 3870:24, 3872:10, 3880:12, 3882:8,

3884:12, 3889:21, 3918:8, 3918:13, 3919:17, 3932:10, 3934:7, 3937:11, 3937:15, 3941:9, 3948:1, 3948:8, 3965:13, 3969:4
**dolly** [1] - 3882:18
**DOMENGEAUX** [1] - 3838:3
**DOMINION** [1] - 3839:4
**DON** [1] - 3841:21
**Don** [3] - 3850:23, 3856:4, 3859:3
**DONALD** [1] - 3843:22
**done** [26] - 3861:6, 3864:17, 3864:18, 3865:12, 3865:25, 3867:24, 3871:17, 3874:1, 3878:8, 3879:11, 3882:25, 3884:23, 3887:6, 3890:25, 3893:8, 3894:7, 3896:24, 3902:18, 3912:10, 3913:21, 3913:24, 3915:12, 3949:14, 3978:11
**door** [3] - 3871:4, 3876:14, 3909:22
**doors** [2] - 3876:21, 3878:16
**double** [4] - 3852:6, 3852:16, 3943:24, 3962:19
**double-check** [1] - 3962:19
**doubling** [1] - 3902:5
**doubt** [1] - 3953:9
**Doug** [1] - 3846:13
**DOUGLAS** [1] - 3841:15
**down** [42] - 3854:17, 3872:15, 3875:10, 3875:17, 3881:4, 3884:6, 3895:16, 3897:14, 3898:6, 3898:18, 3898:25, 3899:24, 3900:9, 3903:5, 3903:7, 3909:6, 3917:9, 3932:14, 3932:23, 3933:20, 3940:15, 3940:22, 3940:23, 3945:8, 3945:15, 3945:20, 3946:9, 3946:12, 3947:23, 3949:1, 3949:9, 3950:11, 3951:5,

3953:12, 3954:15, 3958:4, 3964:11, 3967:23, 3973:14, 3975:22, 3975:23

**downhill** [3] - 3873:16, 3883:10, 3904:6

**downtime** [4] - 3896:10, 3896:25, 3897:4, 3897:7

**DOYEN** [1] - 3842:22

**DP** [5] - 3883:25, 3964:12, 3964:23, 3968:10, 3977:15

**DPA** [2] - 3944:5, 3968:14

**DPO's** [1] - 3937:22

**draft** [2] - 3859:15, 3978:6

**drag** [1] - 3899:20

**draining** [1] - 3933:23

**draw** [3] - 3847:13, 3848:6, 3850:9

**drawn** [2] - 3848:12, 3848:21

**drawworks** [4] - 3898:25, 3899:1, 3899:6, 3899:8

**DRESCHER** [1] - 3838:18

**drill** [6] - 3909:18, 3910:13, 3913:25, 3916:5, 3926:17, 3972:15

**Driller** [1] - 3917:1

**driller** [2] - 3886:21, 3886:22

**driller's** [5] - 3886:18, 3888:2, 3888:8, 3893:23, 3894:5

**drillers** [4] - 3909:13, 3909:16, 3909:17, 3909:21

**DRILLING** [1] - 3842:12

**drilling** [17] - 3882:7, 3899:18, 3910:24, 3916:24, 3917:20, 3921:3, 3925:10, 3932:15, 3935:2, 3936:13, 3964:2, 3970:24, 3972:3, 3972:6, 3973:16, 3973:21, 3973:23

**DRIVE** [2] - 3839:4, 3839:8

**drive** [7] - 3856:9, 3870:10, 3882:18, 3898:14, 3899:9, 3948:13, 3948:14

**driven** [1] - 3930:8

**driver** [3] - 3923:22, 3924:3, 3925:25

**drives** [1] - 3932:7

**drop** [2] - 3949:9, 3975:22

**dropped** [3] - 3928:16, 3930:5

**drum** [2] - 3899:15, 3899:16

**dry** [10] - 3860:2, 3860:9, 3863:24, 3864:2, 3864:11, 3864:12, 3891:10, 3901:15, 3932:6, 3932:25

**drydock** [7] - 3868:18, 3869:7, 3869:8, 3869:9, 3869:16, 3869:20, 3871:12

**drydocking** [1] - 3870:3

**drydockings** [1] - 3868:24

**dual** [1] - 3964:16

**due** [6] - 3875:12, 3898:1, 3899:16, 3900:15, 3903:8, 3941:17

**duly** [1] - 3867:5

**dumping** [1] - 3855:5

**during** [25] - 3846:15, 3848:1, 3854:3, 3855:14, 3858:22, 3860:22, 3867:14, 3871:3, 3874:12, 3880:16, 3880:23, 3891:17, 3916:22, 3918:1, 3919:24, 3920:5, 3922:18, 3932:7, 3935:11, 3960:20, 3963:3, 3965:4, 3973:25, 3974:20, 3974:24

**During** [1] - 3909:6

**duties** [2] - 3966:23, 3969:22

**duty** [3] - 3879:21, 3937:23, 3973:3

**DWH** [2] - 3968:17, 3968:18

**dynamic** [2] - 3937:22, 3977:5

**dynamically** [2] - 3935:2, 3936:13

**dynamically-positioned** [2] - 3935:2, 3936:13

# E

**e-mail** [17] - 3858:1, 3858:2, 3858:6, 3858:16, 3859:22, 3861:17, 3866:11, 3895:17, 3895:18, 3895:20, 3896:3, 3896:4, 3896:17, 3904:20, 3905:4, 3968:13

**e-mails** [3] - 3855:5, 3857:18, 3857:20

**e.g** [1] - 3882:17

**earliest** [1] - 3959:8

**early** [2] - 3860:16, 3866:14

**ease** [1] - 3890:20

**easier** [1] - 3877:5

**EASTERN** [1] - 3837:2

**Eastern** [1] - 3979:6

**EDS** [3] - 3937:5, 3938:5, 3939:17

**EDS's** [1] - 3922:12

**EDSing** [1] - 3975:3

**EDWARDS** [1] - 3838:3

**effect** [4] - 3871:22, 3901:1, 3905:21, 3961:5

**effective** [1] - 3961:1

**effectiveness** [1] - 3920:14

**effects** [1] - 3926:1

**eight** [4] - 3871:3, 3901:5, 3916:22, 3928:4

**eight-day** [1] - 3916:22

**either** [4] - 3855:14, 3872:7, 3877:13, 3893:2, 3893:13, 3903:17, 3940:7

**electric** [2] - 3875:11, 3876:5

**electrical** [2] - 3948:15, 3949:15

**electrically** [1] - 3898:7

**electrician** [4] - 3879:7, 3890:11, 3890:14

**electro** [1] - 3890:9

**electrohydraulic** [1] - 3953:7

**electronic** [2] - 3879:17, 3890:11

**electrotechnicians** [1] - 3879:8

**elects** [2] - 3973:17, 3974:1

**element** [1] - 3965:6

**ELIZABETH** [1] - 3840:23

**ELLIS** [1] - 3842:6

**ELM** [1] - 3843:24

**EMEA** [2] - 3915:13, 3918:2

**emerge** [1] - 3924:11

**emergencies** [2] - 3963:12, 3970:13

**emergency** [29] - 3871:22, 3881:7, 3906:1, 3906:13, 3906:21, 3906:22, 3907:3, 3921:22, 3922:3, 3926:25, 3927:9, 3937:2, 3937:5, 3937:13, 3937:19, 3938:20, 3938:23, 3948:24, 3949:12, 3960:20, 3963:3, 3965:4, 3969:5, 3969:20, 3969:21, 3969:23, 3974:25, 3975:2

**Emergency** [1] - 3969:13

**emerging** [4] - 3920:5, 3922:14, 3922:18, 3922:23

**EMPAC** [1] - 3889:17

**Empac** [2] - 3873:7, 3902:20

**en** [1] - 3848:10

**encompassed** [1] - 3852:2

**end** [1] - 3854:13

**endanger** [2] - 3954:24, 3974:6

**endangering** [1] - 3974:9

**ENERGY** [2] - 3842:14, 3843:21

**ENFORCEMENT** [1] - 3840:9

**engaged** [2] - 3857:25, 3916:20

**engine** [23] - 3903:23, 3904:1, 3946:16, 3946:19, 3947:7, 3947:11, 3948:3, 3948:5, 3948:17, 3949:1, 3949:10, 3949:12, 3949:13, 3949:21, 3950:9, 3950:10, 3950:11, 3950:22, 3950:25, 3952:15, 3952:18,

3952:20, 3953:12

**engineer** [14] - 3870:17, 3879:16, 3897:19, 3899:5, 3902:25, 3909:10, 3910:18, 3929:12, 3945:23, 3946:15, 3947:5, 3947:24, 3952:21

**engineer's** [3] - 3893:2, 3893:13, 3952:12

**engineering** [3] - 3901:11, 3903:7, 3903:11

**engineers** [7] - 3903:13, 3903:14, 3903:15, 3903:18, 3903:19, 3903:21, 3904:7

**engines** [11] - 3878:18, 3901:10, 3945:4, 3947:7, 3948:8, 3948:11, 3948:13, 3949:3, 3950:13, 3950:15, 3953:6

**English** [3] - 3924:23, 3924:25, 3925:1

**ensure** [4] - 3879:23, 3904:10, 3932:4, 3960:14

**ensuring** [7] - 3971:24, 3972:9, 3972:11, 3972:13, 3972:18, 3976:3, 3976:5

**enter** [1] - 3893:9

**entered** [3] - 3869:16, 3879:2, 3941:5

**entire** [1] - 3883:12

**entities** [1] - 3923:25

**entitled** [2] - 3917:10, 3979:9

**entry** [7] - 3878:4, 3887:22, 3941:2, 3945:15, 3947:18, 3952:15, 3955:6

**ENVIRONMENT** [1] - 3840:9

**environment** [5] - 3959:17, 3974:6, 3974:10, 3975:8, 3976:2

**environmental** [1] - 3972:9

**ENVIRONMENTAL** [1] - 3840:9

**environments** [1] - 3924:9

equated [1] - 3930:6
equipment [42] - 3873:1, 3873:15, 3874:7, 3879:24, 3881:25, 3882:1, 3891:16, 3891:17, 3891:23, 3897:18, 3897:22, 3897:25, 3898:1, 3898:21, 3898:22, 3899:9, 3900:13, 3901:10, 3901:19, 3901:22, 3901:23, 3911:5, 3911:16, 3921:17, 3931:24, 3932:2, 3932:4, 3932:11, 3938:2, 3941:13, 3941:15, 3941:22, 3942:21, 3942:23, 3942:24, 3945:4, 3976:4, 3976:5, 3977:14, 3977:17, 3977:23
error [5] - 3909:8, 3914:10, 3926:2, 3927:10, 3927:13
errors [1] - 3926:5
ESD [3] - 3880:20, 3886:20, 3938:16
especially [3] - 3858:22, 3873:2, 3899:8
ESQ [55] - 3838:3, 3838:7, 3838:11, 3838:14, 3838:18, 3838:22, 3839:3, 3839:7, 3839:11, 3839:14, 3839:18, 3839:21, 3840:5, 3840:10, 3840:10, 3840:11, 3840:16, 3840:16, 3840:17, 3840:17, 3840:18, 3840:22, 3840:23, 3840:23, 3841:4, 3841:5, 3841:15, 3841:15, 3841:21, 3842:3, 3842:7, 3842:7, 3842:8, 3842:14, 3842:18, 3842:18, 3842:22, 3842:22, 3842:23, 3843:3, 3843:7, 3843:12, 3843:15, 3843:16, 3843:16, 3843:17, 3843:22, 3843:22, 3843:23, 3844:3, 3844:7, 3844:7, 3844:8

essentially [1] - 3967:13
establish [1] - 3905:10
established [2] - 3847:20, 3905:7
estimate [1] - 3916:3
estimated [1] - 3957:23
ET [4] - 3837:13, 3837:16, 3890:8
etcetera [6] - 3878:7, 3879:25, 3882:7, 3890:17, 3964:14, 3964:15
ETs [1] - 3879:8
evening [1] - 3863:9
evenly [2] - 3890:20, 3891:3
event [13] - 3849:9, 3852:11, 3906:1, 3921:22, 3921:25, 3934:13, 3934:19, 3939:4, 3940:1, 3947:10, 3953:11, 3974:21, 3977:24
events [3] - 3896:11, 3896:12, 3896:14
eventually [1] - 3897:25
evidence [8] - 3847:23, 3847:25, 3848:7, 3880:12, 3924:17, 3938:8, 3961:14, 3961:15
evident [1] - 3882:15
ex [1] - 3923:6
ex-ship [1] - 3923:6
exact [7] - 3851:17, 3863:24, 3864:3, 3864:6, 3865:2, 3888:25, 3959:5
exactly [11] - 3858:6, 3862:22, 3888:3, 3888:11, 3896:2, 3910:24, 3929:2, 3929:6, 3940:5, 3961:19, 3962:21
EXAMINATION [2] - 3845:7, 3867:8
examination [3] - 3855:20, 3856:23, 3892:20
EXAMINATIONS [1] - 3845:4
examine [1] - 3858:23
examined [1] - 3867:6
example [43] - 3869:11, 3889:23, 3912:25, 3917:23

exceed [1] - 3890:18
excess [2] - 3885:10, 3886:8
excessive [2] - 3873:5, 3885:11
excursion [1] - 3936:2
excuse [3] - 3859:4, 3946:2, 3951:7
execution [2] - 3920:5, 3922:18
executive [6] - 3868:13, 3871:19, 3878:3, 3880:8, 3885:12, 3916:19
exemption [2] - 3870:18, 3871:13
exercises [1] - 3975:25
exhibit [23] - 3856:8, 3863:20, 3877:12, 3880:3, 3912:12, 3912:24, 3913:8, 3913:21, 3917:6, 3929:17, 3930:22, 3957:17, 3958:25, 3960:5, 3961:18, 3968:12, 3969:17, 3970:16, 3971:10, 3971:15, 3975:14, 3976:20
Exhibit [9] - 3895:13, 3912:16, 3915:14, 3939:19, 3967:20, 3968:11, 3971:9, 3975:5, 3977:2
exhibits [12] - 3846:15, 3846:19, 3846:21, 3855:19, 3855:22, 3855:25, 3856:6, 3856:13, 3856:17, 3856:22, 3859:22, 3860:13
exist [3] - 3871:11, 3924:15, 3929:10
existence [1] - 3928:22
existing [1] - 3962:15
expectation [1] - 3883:19
experience [9] - 3892:11, 3901:11, 3922:22, 3924:8, 3926:4, 3927:16, 3928:20, 3931:19, 3963:11
experienced [1] - 3939:25
expert [43] - 3870:16, 3872:9, 3872:19, 3876:6, 3878:12,

3879:3, 3881:18, 3882:11, 3884:17, 3885:5, 3888:23, 3889:3, 3889:4, 3891:2, 3893:5, 3898:2, 3900:25, 3901:17, 3901:18, 3902:23, 3904:13, 3906:23, 3911:4, 3920:22, 3922:1, 3928:21, 3930:11, 3931:20, 3932:18, 3937:17, 3937:25, 3938:4, 3946:4, 3950:18, 3952:2, 3958:1, 3958:2, 3958:17, 3963:12, 3971:3, 3972:5, 3974:15, 3978:2
expertise [3] - 3922:22, 3937:7, 3937:11
expired [2] - 3908:10, 3912:2
explain [16] - 3855:6, 3868:19, 3870:21, 3873:22, 3875:14, 3878:12, 3881:1, 3905:18, 3915:5, 3921:14, 3928:25, 3940:5, 3943:8, 3949:11, 3953:4, 3954:8
explained [5] - 3902:25, 3906:4, 3910:19, 3915:3, 3950:7
explaining [1] - 3859:23
exploded [1] - 3949:4
EXPLORATION [2] - 3837:15, 3841:19
exploration [2] - 3964:2
explore [1] - 3878:9
explosion [4] - 3910:2, 3950:12, 3951:1, 3951:2
exposed [3] - 3919:10, 3920:1, 3920:19
exposure [1] - 3924:14
extended [2] - 3869:4, 3906:24
extremely [2] - 3902:14, 3903:9

fabric [1] - 3881:13
fact [11] - 3865:13, 3875:20, 3875:22, 3878:6, 3878:22, 3911:12, 3919:3, 3920:12, 3926:18, 3946:22, 3967:8
facts [2] - 3914:14, 3914:15
fail [1] - 3876:5
failed [4] - 3865:3, 3875:3, 3875:12, 3900:4
failing [2] - 3897:25, 3918:1
fails [1] - 3949:1
Failsafe [1] - 3908:19
failsafe [2] - 3908:25
failure [4] - 3881:24, 3882:22, 3908:6, 3958:3
failures [3] - 3897:5, 3898:21, 3941:3
fair [2] - 3848:9, 3923:15
fairly [1] - 3905:1
fall [1] - 3853:17
falling [2] - 3890:25, 3927:19
falls [1] - 3952:11
familiar [1] - 3886:24
FANNIN [1] - 3842:19
far [3] - 3883:19, 3936:20, 3946:22
fashion [2] - 3871:10, 3883:11
fast [2] - 3904:6, 3926:24
fatigue [2] - 3933:16, 3934:1
fault [9] - 3880:20, 3886:20, 3886:22, 3887:2, 3888:8, 3894:4, 3915:4, 3933:6
Fe [1] - 3917:1
fear [6] - 3928:7, 3928:16, 3930:4, 3930:7, 3930:8, 3930:16
feature [1] - 3953:14
features [2] - 3907:5, 3945:11
fed [1] - 3886:3
feedback [3] - 3924:11, 3929:14, 3930:5

**felt** [3] - 3903:15, 3928:13, 3931:16
**few** [4] - 3900:5, 3902:21, 3920:16, 3940:10
**field** [2] - 3959:25, 3960:10
**Field** [3] - 3966:3, 3966:16, 3967:8
**fifth** [1] - 3875:10
**Fifth** [4] - 3847:1, 3847:11, 3847:20, 3850:15
**fighting** [1] - 3902:3
**figure** [3] - 3857:7, 3902:17, 3927:22
**figured** [1] - 3848:4
**figures** [1] - 3958:2
**file** [5] - 3847:4, 3851:3, 3863:13, 3864:15, 3950:21
**filed** [4] - 3849:18, 3851:13, 3852:10, 3859:16
**files** [2] - 3863:18, 3865:22
**filing** [1] - 3862:20
**filling** [1] - 3855:8
**filter** [1] - 3943:15
**filters** [1] - 3943:18
**finally** [1] - 3900:5
**financial** [1] - 3932:23
**findings** [6] - 3858:19, 3871:21, 3872:2, 3908:4, 3931:1
**fine** [3] - 3877:18, 3950:1, 3952:16
**finish** [2] - 3864:25, 3869:22, 3978:13
**finished** [2] - 3955:25, 3957:13
**fire** [16] - 3878:15, 3880:21, 3881:3, 3881:5, 3886:18, 3886:20, 3886:21, 3888:2, 3888:9, 3893:24, 3894:5, 3937:18, 3938:15, 3945:6
**fired** [1] - 3930:16
**firefighting** [1] - 3976:5
**fires** [1] - 3950:20
**FIRM** [2] - 3839:10, 3839:21
**first** [31] - 3856:8, 3869:2, 3869:17, 3872:4, 3872:8, 3894:9, 3895:8, 3896:3, 3896:6,

3896:7, 3897:14, 3898:13, 3903:13, 3907:8, 3920:18, 3920:24, 3943:5, 3943:6, 3944:21, 3944:22, 3951:2, 3956:6, 3958:25, 3965:20, 3966:25, 3968:5, 3968:12, 3968:23, 3969:15, 3974:15
**five** [21] - 3859:13, 3868:24, 3868:25, 3869:1, 3869:2, 3873:20, 3873:25, 3874:19, 3881:15, 3890:12, 3907:12, 3907:15, 3908:22, 3911:9, 3911:18, 3911:19, 3911:25, 3916:11, 3931:25, 3934:14, 3942:10
**five-year** [7] - 3868:24, 3868:25, 3873:20, 3873:25, 3874:19, 3911:19, 3911:25
**five-yearly** [1] - 3881:15
**fix** [6] - 3895:10, 3900:3, 3932:14, 3932:17, 3944:15, 3945:17
**fixing** [2] - 3903:2, 3933:3
**flag** [1] - 3884:4
**flag-state** [1] - 3884:4
**flash** [1] - 3856:9
**Fleytas** [5] - 3937:24, 3938:1, 3938:9, 3938:14, 3938:18
**flood** [2] - 3875:20, 3876:25
**flooding** [3] - 3875:21, 3876:11, 3876:25
**floor** [3] - 3871:22, 3898:25, 3909:3
**FLOOR** [3] - 3838:22, 3840:6, 3842:23
**FLOYD** [1] - 3843:22
**fluid** [2] - 3899:6, 3910:25
**FO** [1] - 3949:25
**foam** [1] - 3881:5
**focus** [2] - 3925:14, 3958:23
**folks** [1] - 3860:23
**follow** [6] - 3868:4, 3868:9, 3889:9, 3889:10, 3889:11,

3897:15
**follow-up** [4] - 3868:4, 3889:9, 3889:10, 3889:11
**follow-ups** [1] - 3868:9
**followed** [1] - 3972:10
**following** [2] - 3913:7, 3970:12
**follows** [1] - 3867:7
**food** [2] - 3970:19, 3976:24
**FOR** [9] - 3838:3, 3840:3, 3841:3, 3841:8, 3841:19, 3842:11, 3843:11, 3843:20, 3844:6
**force** [2] - 3919:25, 3930:8
**foregoing** [1] - 3979:7
**foreman** [1] - 3879:7
**formal** [2] - 3868:8, 3882:5
**formally** [4] - 3847:4, 3849:18, 3851:3, 3854:3
**formulate** [1] - 3886:12
**forth** [2] - 3851:19, 3859:12, 3966:23
**forward** [4] - 3880:4, 3882:4, 3885:14, 3896:12
**forwarded** [1] - 3866:10
**fouling** [1] - 3869:13
**four** [15] - 3859:6, 3859:14, 3861:5, 3862:20, 3875:11, 3875:16, 3876:5, 3881:17, 3901:6, 3907:20, 3911:18, 3912:20, 3931:25, 3942:13, 3947:11
**four-page** [3] - 3859:6, 3861:5, 3862:20
**fourth** [1] - 3922:14
**FRANCISCO** [1] - 3840:6
**FRANKLIN** [1] - 3840:24
**frankly** [3] - 3848:1, 3857:21, 3877:8
**FRAUD** [1] - 3840:21
**frequently** [2] - 3884:10, 3884:13
**Friday's** [1] - 3859:5
**friendly** [1] - 3902:7
**FRILOT** [1] - 3842:13

**front** [3] - 3848:4, 3924:14, 3931:8
**frontline** [4] - 3917:24, 3919:8, 3920:10, 3930:7
**FRUGE** [1] - 3839:14
**fuel** [5] - 3949:15, 3949:16, 3950:2, 3950:3, 3953:8
**full** [3] - 3861:24, 3862:12, 3951:20
**fully** [9] - 3919:13, 3920:3, 3920:6, 3920:11, 3921:6, 3922:5, 3922:19, 3970:7, 3971:20
**function** [6] - 3906:7, 3906:9, 3906:10, 3910:15, 3969:25, 3975:24
**functionally** [1] - 3876:15
**functioning** [2] - 3909:6, 3954:22
**fundamental** [4] - 3918:4, 3918:6, 3918:16, 3920:13
**FUNDERBURK** [1] - 3844:8
**furthermore** [1] - 3928:15

## G

**Gagliano** [3] - 3863:22, 3864:4, 3864:13
**gallons** [2] - 3899:2, 3899:11
**GANNAWAY** [1] - 3843:16
**gantry** [1] - 3899:1
**gaps** [1] - 3855:8
**Gary** [1] - 3968:13
**gas** [13] - 3878:15, 3880:21, 3886:18, 3886:20, 3886:21, 3888:2, 3888:9, 3893:24, 3894:5, 3910:11, 3937:18, 3938:15, 3948:6
**gasket** [1] - 3948:19
**gaskets** [2] - 3947:25, 3948:20
**GATE** [1] - 3840:5
**gaugings** [1] - 3870:9
**GAVIN** [1] - 3843:23
**gear** [1] - 3877:19
**gearbox** [1] - 3947:21

**gears** [1] - 3948:13
**GENERAL** [3] - 3841:4, 3841:9, 3841:11
**general** [3] - 3874:16, 3925:20, 3964:13
**GENERAL'S** [1] - 3841:3
**generally** [3] - 3897:22, 3916:1, 3963:16
**generated** [1] - 3955:20
**generation** [2] - 3925:15, 3925:18
**generator** [4] - 3948:3, 3948:14, 3948:16, 3948:17
**Geneva** [1] - 3904:21
**Gents** [2] - 3896:8, 3896:9
**genuine** [1] - 3926:3
**GEOFF** [2] - 3845:6, 3867:4
**GEOFFREY** [1] - 3843:16
**GETHERS** [2] - 3913:4, 3956:11
**given** [6] - 3889:6, 3918:14, 3932:10, 3936:15, 3944:12
**glad** [1] - 3858:12
**glancing** [1] - 3858:6
**gleaned** [1] - 3957:17
**global** [1] - 3916:21
**Global** [1] - 3916:25
**GmbH** [1] - 3837:13
**GODWIN** [15] - 3843:21, 3843:22, 3844:3, 3850:23, 3856:3, 3856:14, 3856:19, 3859:3, 3861:6, 3861:10, 3861:16, 3861:22, 3862:19, 3866:12, 3867:1
**Godwin** [7] - 3850:23, 3856:4, 3859:1, 3859:3, 3863:9, 3866:11, 3866:23
**GOLDEN** [1] - 3840:5
**governed** [2] - 3959:19
**governor** [2] - 3953:3, 3953:11
**governors** [3] - 3953:6, 3953:7
**governs** [1] - 3959:2
**GRAND** [1] - 3842:23
**grasp** [1] - 3902:15

**great** [1] - 3918:13
**greater** [2] - 3918:22, 3943:2
**Greenwich** [2] - 3857:19, 3858:2
**Greg** [1] - 3856:23
**grooves** [2] - 3906:4, 3906:6
**gross** [3] - 3901:3, 3958:3, 3958:20
**GROUP** [1] - 3839:7
**growth** [1] - 3869:12
**Guard** [1] - 3970:9
**GUERRA** [1] - 3839:3
**guess** [5] - 3866:10, 3913:1, 3931:12, 3952:16, 3962:25
**guidances** [1] - 3874:21
**Gulf** [1] - 3917:1
**GULF** [1] - 3837:6
**guys** [2] - 3862:3, 3933:24

# H

**half** [3] - 3866:4, 3935:24, 3957:24
**halfway** [2] - 3900:9, 3909:6
**Halliburton** [6] - 3850:23, 3850:24, 3856:4, 3859:4, 3863:15, 3863:17
**HALLIBURTON** [1] - 3843:20
**Halliburton's** [2] - 3856:12, 3859:24
**hamstrung** [1] - 3865:19
**hand** [2] - 3912:19, 3970:22
**Handbook** [5] - 3965:10, 3965:14, 3965:19, 3966:3, 3966:12
**handbook** [3] - 3959:25, 3960:11, 3971:12
**handful** [1] - 3858:10
**handle** [1] - 3891:3
**handling** [1] - 3860:3
**hands** [1] - 3933:17
**HANKEY** [1] - 3840:11
**happy** [1] - 3897:7
**hard** [3] - 3877:24, 3894:17, 3903:16
**hardware** [1] - 3912:7
**HARIKLIA** [1] - 3842:7

**Harrell** [6] - 3934:25, 3935:1, 3936:10, 3936:11, 3936:17, 3936:21
**HARTLEY** [1] - 3843:22
**HAUSER** [1] - 3840:23
**Haycraft** [1] - 3852:9
**HAYCRAFT** [1] - 3841:21
**hazard** [12] - 3884:18, 3917:23, 3918:4, 3918:6, 3918:16, 3918:22, 3919:6, 3920:13, 3924:6, 3924:13, 3925:13, 3925:20
**hazard/risk** [1] - 3924:18
**hazardous** [1] - 3924:8
**hazards** [22] - 3919:10, 3919:13, 3919:25, 3920:3, 3920:5, 3920:12, 3920:19, 3921:6, 3921:19, 3922:4, 3922:14, 3922:18, 3922:23, 3922:25, 3924:11, 3925:7, 3925:14, 3925:21, 3929:4
**HB406** [1] - 3844:13
**header** [2] - 3858:2, 3895:16
**heads** [2] - 3952:23, 3952:24
**health** [1] - 3975:8
**healthy** [1] - 3928:23
**HEARD** [1] - 3837:22
**heard** [5] - 3850:21, 3854:16, 3860:8, 3861:24, 3878:13
**hearing** [2] - 3855:24, 3856:16
**heat** [1] - 3878:15
**held** [3] - 3863:21, 3865:21, 3932:16
**helicopter** [2] - 3880:23, 3881:4
**helideck** [1] - 3881:4
**helifoam** [3] - 3880:22, 3881:1, 3881:3
**help** [3] - 3901:14, 3915:10, 3927:23
**helpful** [1] - 3858:21
**hence** [1] - 3917:25
**hereby** [1] - 3979:6
**Herman** [4] - 3846:23,

3850:1, 3852:16, 3914:21
**HERMAN** [20] - 3838:7, 3838:7, 3846:23, 3847:8, 3848:13, 3848:16, 3848:20, 3849:14, 3851:3, 3851:12, 3851:21, 3852:20, 3853:11, 3853:20, 3853:23, 3853:25, 3854:6, 3854:22, 3855:12
**hierarchy** [1] - 3924:3
**high** [13] - 3878:16, 3878:18, 3881:12, 3885:15, 3924:9, 3928:17, 3943:2, 3943:5, 3945:21, 3945:22, 3946:2, 3958:7, 3958:14
**high-pressure** [1] - 3881:12
**highest** [4] - 3883:21, 3929:9, 3930:18
**highlight** [1] - 3973:12
**highlighted** [2] - 3871:18, 3891:17
**HILL** [1] - 3843:23
**hindering** [1] - 3897:24
**hinders** [1] - 3902:15
**hired** [1] - 3916:2
**historically** [1] - 3897:16
**history** [31] - 3867:25, 3869:15, 3872:11, 3873:12, 3874:12, 3875:5, 3878:9, 3882:19, 3882:20, 3883:12, 3884:8, 3884:9, 3884:13, 3884:24, 3885:1, 3885:6, 3889:19, 3889:20, 3893:4, 3898:11, 3902:21, 3904:3, 3904:4, 3918:14, 3918:15, 3959:7, 3959:8
**hit** [1] - 3928:8
**hitch** [2] - 3934:10, 3934:19
**hits** [1] - 3916:21
**hold** [2] - 3885:20, 3953:12
**HOLDINGS** [1] - 3842:11
**HOLTHAUS** [1] - 3839:14
**Honor** [70] - 3846:9,

3846:13, 3846:23, 3847:15, 3848:11, 3849:14, 3849:23, 3850:9, 3850:19, 3850:22, 3850:23, 3852:5, 3853:6, 3853:11, 3854:25, 3855:12, 3855:17, 3856:2, 3856:3, 3856:9, 3856:14, 3856:20, 3857:13, 3858:18, 3858:24, 3859:3, 3859:17, 3860:1, 3860:7, 3860:12, 3860:22, 3861:1, 3861:16, 3861:22, 3862:19, 3862:22, 3863:5, 3865:23, 3866:12, 3866:19, 3894:15, 3894:17, 3905:6, 3912:14, 3913:22, 3914:11, 3915:2, 3916:10, 3917:7, 3927:18, 3930:23, 3933:8, 3935:5, 3935:15, 3935:21, 3936:8, 3940:20, 3955:24, 3960:6, 3960:24, 3961:6, 3962:8, 3962:9, 3962:18, 3965:22, 3967:16, 3969:18, 3971:14, 3975:13, 3976:19
**Honor's** [2] - 3850:25, 3860:5
**HONORABLE** [1] - 3837:22
**hope** [3] - 3854:17, 3948:25, 3957:14
**hopefully** [3] - 3854:13, 3854:15, 3858:9
**hopes** [1] - 3899:21
**Horizon** [35] - 3860:14, 3864:1, 3864:10, 3864:13, 3868:1, 3868:4, 3868:10, 3869:16, 3873:12, 3887:9, 3896:22, 3898:19, 3901:2, 3916:13, 3916:25, 3920:25, 3922:16, 3925:17, 3929:22, 3932:6, 3934:8, 3939:4, 3939:25, 3949:4, 3950:20, 3959:23, 3961:8, 3961:9,

3961:13, 3969:13, 3969:25, 3973:6, 3975:1, 3975:17, 3976:16
**HORIZON** [1] - 3837:5
**Horizon's** [2] - 3930:3, 3959:7
**horrible** [1] - 3974:19
**hose** [3] - 3881:13, 3881:16, 3881:22
**hoses** [1] - 3881:12
**host** [1] - 3947:6
**HOUMA** [1] - 3839:8
**hours** [20] - 3873:6, 3883:14, 3885:11, 3886:8, 3889:23, 3889:24, 3889:25, 3890:2, 3890:10, 3890:11, 3890:12, 3890:16, 3890:18, 3897:10, 3899:3, 3899:11, 3931:25, 3952:19, 3957:23
**house** [1] - 3909:16
**Houston** [5] - 3892:9, 3916:23, 3930:6, 3930:9, 3968:13
**HOUSTON** [7] - 3839:19, 3842:19, 3843:8, 3843:17, 3843:18, 3844:4, 3844:9
**HR** [2] - 3952:15, 3952:18
**HSE** [2] - 3975:7, 3976:25
**HUGH** [1] - 3844:7
**HUGHES** [1] - 3843:7
**hull** [6] - 3869:11, 3869:12, 3869:13, 3870:8, 3870:12, 3945:8
**human** [1] - 3926:2
**hundred** [1] - 3931:5
**hundreds** [1] - 3878:14
**hurt** [1] - 3906:16
**hydraulic** [7] - 3876:14, 3899:2, 3899:6, 3905:21, 3947:13, 3954:10
**hydraulically** [2] - 3898:8, 3943:13
**hydrocarbon** [2] - 3910:1, 3948:6
**hydrocarbons** [1] - 3910:3
**HYMEL** [1] - 3843:3
**hypothesis** [1] - 3921:23

**hypothetical** [1] -
3974:19

**I**

**i.e** [2] - 3871:21,
3919:24
**IACS** [2] - 3878:20,
3938:11
**ID** [1] - 3864:10
**idea** [5] - 3877:14,
3929:14, 3942:9,
3952:16, 3955:7
**ideas** [1] - 3898:23
**identical** [1] - 3889:1
**identification** [2] -
3920:13, 3924:6
**identified** [6] - 3854:2,
3918:2, 3920:3,
3921:5, 3922:4,
3958:12
**identify** [7] - 3868:3,
3892:18, 3913:23,
3925:7, 3925:21,
3971:10, 3977:3
**identifying** [3] -
3877:11, 3877:14,
3919:9
**idle** [2] - 3897:1,
3932:24
**ignition** [4] - 3910:5,
3950:19, 3950:23
**II** [4] - 3889:17,
3939:22, 3940:4,
3957:19
**IL** [1] - 3842:9
**immediate** [5] -
3906:21, 3922:8,
3951:3, 3963:23,
3977:22
**immediately** [5] -
3881:23, 3923:1,
3927:2, 3927:10,
3930:18
**IMO** [1] - 3869:25
**impact** [2] - 3872:20,
3904:16
**impacted** [2] - 3874:9,
3920:14
**impacts** [2] - 3930:12
**impairment** [1] -
3876:17
**implementation** [6] -
3933:19, 3937:13,
3971:25, 3972:12,
3972:14, 3972:18
**implemented** [1] -
3901:2
**importance** [2] -

3876:21, 3926:14
**important** [13] -
3858:16, 3858:17,
3874:6, 3889:2,
3889:3, 3889:5,
3906:8, 3920:23,
3926:10, 3944:12,
3945:1, 3945:3,
3945:5
**impose** [1] - 3877:16
**IMPREVENTO** [1] -
3838:18
**improve** [4] - 3873:9,
3891:1, 3897:2,
3897:3
**improving** [1] - 3883:9
**IN** [3] - 3837:5,
3837:5, 3837:12
**inability** [1] - 3927:15
**INC** [5] - 3837:16,
3841:19, 3842:12,
3842:13, 3843:21
**incapacitates** [1] -
3974:20
**inception** [1] - 3902:7
**incident** [7] - 3881:24,
3928:8, 3933:21,
3937:23, 3961:2,
3961:13, 3968:16
**incidents** [1] -
3928:17
**inclined** [1] - 3848:22
**include** [3] - 3891:22,
3919:18, 3976:3
**included** [1] - 3886:19
**including** [3] - 3868:9,
3916:13, 3926:21
**inconsistent** [3] -
3898:11, 3966:6,
3966:8
**increase** [1] - 3931:16
**increased** [1] -
3966:10
**increasing** [1] -
3933:21
**incredible** [1] -
3878:19
**indeed** [6] - 3878:7,
3883:3, 3891:20,
3902:1, 3906:15,
3908:11
**independent** [2] -
3967:3, 3967:10
**indicated** [3] -
3849:15, 3872:7,
3880:13
**indicates** [1] - 3910:7
**indication** [2] -
3888:15, 3906:3
**individual** [1] - 3970:7

**induced** [1] - 3898:15
**industrial** [5] -
3973:16, 3973:21,
3975:25, 3976:12,
3976:13
**industry** [1] - 3960:15
**inference** [4] -
3847:21, 3850:5,
3850:10, 3865:16
**inferences** [5] -
3847:3, 3847:13,
3848:6, 3848:12,
3848:21
**inflated** [1] - 3941:22
**information** [9] -
3885:13, 3892:5,
3892:6, 3892:9,
3902:17, 3922:10,
3955:14, 3955:18,
3957:17
**informed** [2] -
3977:16, 3977:24
**ingesting** [1] - 3948:5
**ingredients** [2] -
3863:24, 3865:3
**inhibit** [1] - 3880:24
**inhibited** [2] -
3879:15, 3880:23
**inhibits** [3] - 3879:2,
3879:4, 3882:5
**initial** [1] - 3950:19
**inject** [1] - 3965:6
**input** [2] - 3892:14,
3916:15
**inputted** [4] - 3892:6,
3893:15, 3893:16,
3940:12
**inside** [2] - 3941:23,
3950:9
**inspected** [4] -
3869:11, 3910:8,
3951:19, 3951:20
**inspection** [19] -
3868:18, 3868:20,
3870:3, 3870:13,
3880:10, 3880:14,
3907:9, 3907:20,
3908:13, 3908:20,
3908:22, 3908:24,
3909:2, 3909:12,
3911:10, 3911:19,
3912:6, 3947:14,
3951:12
**inspections** [3] -
3951:5, 3951:16,
3951:17
**inspector** [1] - 3870:5
**installation** [28] -
3934:24, 3936:11,
3960:8, 3960:11,

3960:15, 3960:18,
3963:1, 3964:14,
3965:2, 3965:23,
3965:24, 3966:13,
3966:20, 3966:24,
3967:6, 3967:14,
3968:7, 3969:3,
3969:6, 3970:2,
3970:24, 3972:1,
3973:17, 3974:6,
3974:11, 3974:13,
3974:20, 3975:18
**installation's** [2] -
3967:2, 3967:4
**instance** [2] - 3872:8,
3891:7
**instead** [1] - 3906:9
**instructions** [3] -
3854:12, 3960:17,
3971:21
**insufficient** [1] -
3876:15
**intact** [1] - 3876:20
**integrity** [5] - 3870:1,
3871:23, 3874:4,
3876:18, 3876:24
**interested** [3] -
3861:7, 3898:17,
3932:20
**intermediate** [1] -
3868:25
**internal** [2] - 3951:11,
3951:16
**INTERNATIONAL** [1] -
3843:11
**international** [3] -
3908:5, 3951:5,
3976:6
**Internet** [1] - 3892:10
**interpret** [2] - 3885:18,
3885:19
**interrupt** [1] - 3861:4
**interview** [1] - 3919:1
**interviewed** [2] -
3916:14, 3923:12
**interviews** [1] -
3928:15
**introduce** [2] - 3847:5,
3851:4
**introduced** [1] -
3849:19
**introduction** [2] -
3916:19, 3969:20
**investigate** [4] -
3865:20, 3887:1,
3888:7, 3899:16
**Investigate** [1] -
3894:4
**investigation** [4] -
3860:24, 3870:9,

3880:22, 3928:9
**involved** [2] - 3883:9,
3964:1
**involves** [1] - 3892:13
**IRPINO** [2] - 3839:21,
3839:21
**Islands** [3] - 3869:25,
3884:4, 3936:14
**ISM** [34] - 3872:13,
3874:2, 3875:8,
3879:22, 3881:19,
3883:20, 3883:24,
3884:1, 3884:2,
3901:25, 3908:8,
3911:22, 3911:24,
3916:7, 3925:23,
3926:8, 3929:7,
3942:3, 3952:2,
3959:2, 3959:7,
3959:13, 3959:23,
3960:22, 3961:4,
3963:5, 3963:17,
3963:19, 3964:15,
3970:25, 3971:7,
3972:21, 3974:17,
3976:8
**ISM/ISPS** [1] - 3971:12
**issue** [43] - 3849:24,
3850:21, 3854:6,
3855:9, 3857:19,
3857:20, 3858:19,
3861:25, 3862:14,
3862:23, 3863:8,
3872:11, 3876:7,
3878:11, 3879:12,
3882:21, 3885:1,
3885:21, 3888:21,
3888:25, 3899:7,
3900:2, 3910:3,
3910:23, 3911:1,
3914:12, 3918:21,
3919:6, 3928:4,
3928:8, 3930:12,
3930:13, 3930:14,
3930:17, 3932:11,
3932:23, 3934:1,
3936:1, 3941:6,
3962:3
**issued** [4] - 3871:15,
3877:4, 3941:4,
3943:21
**issues** [31] - 3847:11,
3854:4, 3871:5,
3871:9, 3871:11,
3871:16, 3871:24,
3876:14, 3882:12,
3882:24, 3882:25,
3883:13, 3883:18,
3883:20, 3884:25,
3885:2, 3898:24,

3900:17, 3901:21, 3917:11, 3918:3, 3918:5, 3918:17, 3926:17, 3926:21, 3933:4, 3933:16, 3940:8, 3940:11, 3944:19

**Issues** [1] - 3917:10
**issuing** [1] - 3918:10
**italics** [1] - 3931:4
**item** [12] - 3875:7, 3875:23, 3876:10, 3876:19, 3889:15, 3895:7, 3941:10, 3941:24, 3949:6, 3949:12, 3949:23, 3951:22
**items** [8] - 3891:8, 3898:24, 3905:2, 3939:24, 3940:8, 3941:1, 3941:11, 3951:3
**itself** [2] - 3902:15, 3906:12

## J

**JAMES** [2] - 3838:3, 3841:10
**January** [8] - 3864:1, 3887:10, 3887:21, 3888:6, 3888:13, 3889:24, 3890:11, 3893:25
**JEFFERSON** [2] - 3838:4, 3843:4
**Jeffrey** [1] - 3863:5
**JEFFREY** [1] - 3838:18
**jeopardized** [1] - 3922:24
**JERRY** [1] - 3844:3
**Jerry** [2] - 3968:13, 3968:17
**Jesse** [3] - 3863:22, 3864:4, 3864:13
**JESSICA** [2] - 3840:16, 3840:17
**JIMMY** [1] - 3839:18
**Jimmy** [2] - 3856:20, 3936:11
**job** [14] - 3900:23, 3902:17, 3902:18, 3919:14, 3920:1, 3920:20, 3931:20, 3941:7, 3943:6, 3944:8, 3947:5, 3947:6, 3953:1, 3955:5

**jobs** [16] - 3873:6, 3885:11, 3886:7, 3902:21, 3920:1, 3920:20, 3935:25, 3943:2, 3945:20, 3946:9, 3958:4, 3958:7, 3958:8, 3958:10, 3958:18
**Joe** [3] - 3846:16, 3855:20, 3856:6
**John** [4] - 3927:18, 3935:5, 3960:24, 3967:16
**JOHN** [3] - 3839:14, 3843:7, 3844:8
**john** [1] - 3933:9
**Johnson** [3] - 3896:4, 3896:20, 3897:6
**join** [1] - 3850:24
**joined** [3] - 3924:17, 3924:23, 3925:2
**joined-up** [2] - 3924:17, 3924:23
**JONES** [1] - 3843:16
**JR** [2] - 3838:22, 3843:22
**Judge** [28] - 3847:20, 3848:23, 3849:15, 3850:24, 3851:1, 3854:8, 3856:19, 3856:24, 3859:4, 3859:5, 3859:6, 3859:23, 3861:6, 3862:7, 3862:16, 3862:20, 3862:25, 3863:25, 3865:21, 3866:9, 3867:1, 3877:3, 3877:7, 3913:14, 3927:21, 3929:18, 3935:20, 3978:10
**judge** [2] - 3856:5, 3935:23
**JUDGE** [1] - 3837:23
**judgment** [3] - 3861:22, 3861:23, 3862:11
**July** [2] - 3890:10, 3911:9
**jumped** [1] - 3880:11
**JUSTICE** [4] - 3840:4, 3840:8, 3840:15, 3840:21
**Justice** [3] - 3860:17, 3862:3, 3865:8
**justified** [1] - 3932:2

## K

**KANNER** [2] - 3841:14, 3841:15
**KARIS** [1] - 3842:7
**KATZ** [1] - 3838:7
**keep** [9] - 3861:2, 3884:22, 3893:7, 3897:3, 3912:17, 3913:15, 3933:1, 3954:15, 3973:4
**keeping** [2] - 3964:12, 3964:23
**keeps** [3] - 3899:9, 3954:10, 3954:12
**Keith** [4] - 3846:16, 3855:20, 3855:23, 3856:13
**Keith's** [1] - 3856:6
**KELLEY** [1] - 3840:23
**Keplinger** [3] - 3939:1, 3939:7, 3939:9
**kept** [9] - 3860:15, 3860:19, 3861:3, 3862:7, 3862:8, 3864:14, 3876:21, 3879:15, 3977:16
**KERRY** [1] - 3842:14
**key** [5] - 3860:15, 3860:19, 3862:2, 3930:25, 3931:18
**kick** [1] - 3934:13
**kickback** [1] - 3926:22
**kill** [1] - 3906:16
**Kinchen** [6] - 3927:18, 3933:9, 3935:5, 3960:24, 3961:17, 3967:16
**KINCHEN** [10] - 3843:7, 3843:7, 3927:18, 3933:8, 3935:5, 3935:21, 3960:24, 3962:2, 3962:7, 3967:16
**kind** [1] - 3848:17
**KIRKLAND** [1] - 3842:6
**kits** [1] - 3900:21
**knowing** [2] - 3867:20, 3883:4
**knowledge** [4] - 3903:8, 3903:21, 3924:7, 3953:10
**knowledgeable** [1] - 3930:17
**known** [6] - 3869:1, 3883:20, 3883:21, 3883:23, 3944:5,

3944:7
**Kodiak** [23] - 3860:8, 3860:9, 3861:9, 3861:13, 3861:16, 3861:19, 3861:25, 3862:5, 3862:6, 3863:8, 3863:19, 3863:21, 3863:25, 3864:2, 3864:14, 3864:25, 3865:1, 3865:5, 3865:10, 3865:14, 3866:3
**Kongsberg** [4] - 3937:18, 3937:21, 3938:12, 3938:15
**KRAUS** [2] - 3841:15, 3846:13
**Kraus** [1] - 3846:13
**Kuchta** [7] - 3936:25, 3937:1, 3937:4, 3937:8, 3937:12, 3937:17, 3938:22
**KULLMAN** [1] - 3838:14

## L

**L.L.C** [1] - 3844:6
**LA** [15] - 3838:5, 3838:8, 3838:16, 3838:23, 3839:8, 3839:12, 3839:15, 3839:22, 3841:12, 3841:16, 3841:23, 3842:15, 3843:5, 3843:13, 3844:14
**lab** [8] - 3859:8, 3860:1, 3860:20, 3861:20, 3862:8, 3864:9, 3866:6
**lack** [12] - 3893:6, 3898:1, 3898:5, 3899:23, 3903:8, 3918:4, 3918:6, 3918:16, 3926:1, 3927:16
**LAFAYETTE** [2] - 3838:5, 3843:5
**Lafayette** [4] - 3859:8, 3860:1, 3860:20, 3862:7
**LAFLEUR** [1] - 3843:3
**LAMAR** [1] - 3844:4
**Langan** [6] - 3847:15, 3852:5, 3857:18, 3857:24, 3914:24
**LANGAN** [17] - 3842:7, 3847:15, 3848:3, 3848:9, 3849:1, 3849:22,

3852:5, 3852:15, 3853:6, 3858:4, 3858:8, 3858:18, 3858:24, 3914:11, 3914:14, 3914:17, 3914:24
**language** [3] - 3875:14, 3977:12, 3977:18
**largest** [2] - 3958:10, 3958:14
**LASALLE** [1] - 3842:8
**laser** [1] - 3900:10
**last** [36] - 3851:14, 3853:12, 3854:6, 3859:5, 3859:23, 3863:9, 3864:25, 3865:20, 3866:13, 3868:8, 3872:4, 3872:17, 3878:3, 3883:14, 3891:12, 3903:5, 3907:9, 3907:25, 3908:13, 3908:20, 3911:6, 3911:8, 3912:20, 3920:7, 3923:10, 3925:25, 3931:25, 3932:14, 3934:18, 3935:23, 3940:13, 3943:20, 3944:8, 3948:25, 3967:23, 3974:4
**late** [3] - 3860:16, 3862:7, 3898:20
**latest** [4] - 3914:16, 3914:17, 3968:17, 3968:18
**law** [3] - 3850:10, 3884:4, 3978:4
**LAW** [3] - 3839:7, 3839:10, 3839:21
**LAWRENCE** [1] - 3840:18
**laws** [1] - 3976:6
**lawyers** [1] - 3859:18
**lay** [1] - 3862:22
**laymen's** [1] - 3875:14
**lead** [3] - 3879:7, 3917:24, 3929:1
**Leader** [1] - 3916:25
**leaders** [2] - 3891:16, 3930:10
**leadership** [6] - 3919:15, 3919:18, 3919:19, 3919:21, 3921:2
**leading** [4] - 3927:20, 3933:10, 3933:11, 3967:17
**leak** [3] - 3881:23,

3899:3, 3899:12
**leakage** [1] - 3951:19
**leaking** [2] - 3900:19, 3909:22
**learned** [1] - 3877:24
**LEASING** [1] - 3837:13
**least** [14] - 3852:10, 3855:11, 3867:25, 3879:15, 3886:15, 3891:24, 3898:23, 3942:18, 3943:6, 3944:19, 3944:25, 3945:10, 3960:10, 3970:16
**leave** [1] - 3854:13
**leaving** [1] - 3903:19
**led** [1] - 3859:24
**left** [1] - 3970:22
**left-hand** [1] - 3970:22
**leftover** [1] - 3861:13
**legal** [1] - 3864:17
**LEGER** [2] - 3838:21, 3838:22
**legitimate** [1] - 3854:19
**length** [1] - 3859:12
**less** [1] - 3889:25
**lessen** [1] - 3905:21
**letter** [4] - 3857:17, 3857:24, 3858:9, 3863:9
**letting** [1] - 3929:5
**level** [17] - 3883:21, 3883:22, 3893:3, 3917:17, 3917:19, 3917:21, 3920:6, 3922:19, 3924:9, 3924:13, 3928:18, 3928:22, 3929:9, 3930:18, 3953:12
**levels** [8] - 3872:17, 3885:15, 3917:13, 3919:8, 3922:25, 3924:6, 3924:11, 3928:17
**LEWIS** [5] - 3838:14, 3841:20, 3843:21, 3844:3, 3844:6
**LI** [1] - 3842:23
**license** [4] - 3903:16, 3935:1, 3935:22, 3936:12
**licensing** [2] - 3935:6, 3936:1
**lieu** [2] - 3868:18, 3870:2
**LIFE** [1] - 3838:15
**life** [9] - 3871:6, 3879:25, 3880:16,

3941:15, 3941:18, 3941:19, 3942:8, 3942:10, 3942:13
**lifeboats** [2] - 3879:25, 3942:10
**lifesaving** [4] - 3942:23, 3942:24, 3945:11, 3976:5
**lifted** [1] - 3869:10
**light** [2] - 3909:7, 3910:22
**likelihood** [1] - 3926:5
**limping** [3] - 3897:23, 3898:21, 3901:7
**Lindner** [1] - 3853:14
**line** [7] - 3864:21, 3894:19, 3898:13, 3923:21, 3924:14, 3952:18, 3959:13
**lines** [1] - 3876:3
**linkages** [1] - 3953:8
**LISKOW** [1] - 3841:20
**list** [14] - 3847:7, 3847:8, 3849:3, 3851:9, 3851:22, 3853:9, 3853:13, 3854:2, 3856:9, 3856:24, 3872:2, 3891:24, 3892:4, 3947:10
**listed** [6] - 3942:13, 3967:5, 3967:6, 3968:23, 3968:25, 3969:2
**lists** [1] - 3851:10
**LITIGATION** [1] - 3840:22
**live** [5] - 3853:2, 3853:15, 3853:16, 3853:19, 3853:22
**LLC** [1] - 3842:11
**Lloyd's** [8] - 3915:13, 3915:18, 3916:12, 3916:19, 3916:22, 3918:2, 3920:9, 3929:23
**LMRP** [3] - 3905:25, 3906:12
**loaded** [1] - 3894:4
**local** [1] - 3976:6
**located** [5] - 3875:17, 3880:21, 3888:10, 3894:6, 3899:15
**location** [2] - 3971:20, 3973:16
**lock** [3] - 3860:15, 3860:19, 3862:2
**locker** [2] - 3863:12, 3864:14
**log** [2] - 3893:2,

3893:13
**look** [16] - 3857:7, 3864:20, 3868:12, 3873:8, 3887:7, 3891:25, 3917:9, 3925:4, 3940:17, 3953:3, 3956:2, 3957:16, 3959:25, 3967:5, 3969:15, 3970:22
**looked** [5] - 3848:2, 3873:11, 3892:19, 3909:4, 3966:4
**looking** [8] - 3851:10, 3858:5, 3866:4, 3912:12, 3912:24, 3936:3, 3939:21, 3952:8
**looks** [2] - 3852:10, 3972:20
**loop** [2] - 3855:4, 3914:11
**lord** [1] - 3964:7
**LOS** [1] - 3842:24
**losing** [2] - 3899:2, 3899:11
**loss** [1] - 3899:6
**lost** [2] - 3868:10, 3869:17
**Louisiana** [3] - 3846:14, 3979:5, 3979:6
**LOUISIANA** [3] - 3837:2, 3837:8, 3841:8, 3841:10, 3844:8
**Louisiana's** [1] - 3846:18
**low** [5] - 3878:18, 3924:13, 3945:8, 3946:2, 3958:8
**lower** [6] - 3905:22, 3907:3, 3908:14, 3912:19, 3947:21, 3954:21
**lube** [2] - 3878:19, 3947:20
**lubrication** [1] - 3947:18
**lubricator** [1] - 3943:15
**LUIS** [1] - 3842:23
**lunch** [3] - 3978:12, 3978:15, 3978:16
**LUNCHEON** [1] - 3845:8
**luncheon** [1] - 3978:19
**LUTHER** [1] - 3841:4

**M**

**machined** [2] - 3906:4, 3906:6
**Macondo** [12] - 3859:9, 3860:1, 3860:11, 3860:14, 3861:15, 3862:1, 3863:22, 3864:5, 3865:2, 3865:6, 3865:10
**MAGAZINE** [1] - 3839:22
**magnify** [2] - 3895:15, 3977:8
**MAHTOOK** [1] - 3843:3
**mail** [17] - 3858:1, 3858:2, 3858:6, 3858:16, 3859:22, 3861:17, 3866:11, 3895:17, 3895:18, 3895:20, 3896:3, 3896:4, 3896:17, 3904:20, 3905:4, 3968:13
**mails** [3] - 3855:5, 3857:18, 3857:20
**MAIN** [1] - 3839:15
**main** [19] - 3888:9, 3892:9, 3894:6, 3901:10, 3945:4, 3945:7, 3946:16, 3946:19, 3947:7, 3947:11, 3947:19, 3948:3, 3948:8, 3948:11, 3948:17, 3949:10, 3950:13, 3952:20
**maintain** [5] - 3876:11, 3882:22, 3908:6, 3924:9, 3958:3
**maintained** [4] - 3881:14, 3903:23, 3904:1, 3958:22
**maintaining** [1] - 3897:18
**maintenance** [95] - 3867:25, 3869:15, 3872:10, 3873:5, 3873:7, 3873:11, 3875:5, 3878:8, 3881:15, 3882:16, 3882:17, 3882:20, 3883:7, 3883:10, 3883:13, 3884:7, 3884:11, 3884:23, 3885:6, 3885:10,

3885:15, 3886:8, 3889:11, 3889:17, 3889:18, 3890:2, 3890:3, 3890:18, 3890:19, 3890:20, 3890:24, 3891:3, 3891:14, 3891:15, 3891:21, 3893:1, 3893:4, 3893:6, 3893:8, 3893:12, 3893:17, 3894:3, 3895:24, 3896:21, 3896:23, 3897:3, 3897:21, 3897:23, 3897:24, 3898:1, 3898:3, 3898:5, 3898:11, 3898:15, 3898:17, 3899:16, 3901:1, 3901:21, 3902:4, 3902:24, 3904:2, 3904:4, 3904:5, 3907:23, 3913:25, 3917:20, 3918:15, 3921:17, 3932:22, 3940:8, 3940:11, 3941:3, 3941:6, 3945:22, 3946:6, 3946:13, 3947:23, 3949:6, 3949:9, 3949:23, 3950:4, 3951:4, 3951:8, 3952:5, 3952:11, 3953:19, 3954:1, 3954:4, 3955:8, 3957:22, 3958:20, 3959:7, 3976:4
**major** [19] - 3870:25, 3871:2, 3871:7, 3871:9, 3871:10, 3871:16, 3875:7, 3875:23, 3884:18, 3885:21, 3891:10, 3907:1, 3929:3, 3937:2, 3942:5, 3942:6, 3950:22, 3952:20, 3952:22
**majority** [1] - 3919:8
**makeup** [1] - 3865:5
**malfunction** [1] - 3950:10
**malfunctioning** [1] - 3954:20
**MALINDA** [1] - 3840:18
**Maltese** [1] - 3868:22
**man** [5] - 3873:6, 3885:11, 3886:8, 3890:18
**man-hours** [4] -

3873:6, 3885:11, 3886:8, 3890:18
**manage** [3] - 3882:5, 3903:10, 3918:1
**managed** [4] - 3878:6, 3879:2, 3879:5, 3896:15
**management** [31] - 3872:22, 3882:6, 3883:6, 3883:21, 3883:22, 3908:5, 3916:6, 3917:2, 3918:23, 3923:8, 3923:15, 3929:9, 3930:19, 3931:21, 3936:18, 3937:2, 3946:7, 3960:1, 3965:14, 3966:20, 3971:21, 3971:23, 3971:24, 3973:10, 3975:7, 3975:10, 3975:16, 3975:20, 3976:25
**Management** [1] - 3874:23
**management's** [1] - 3904:10
**manager** [35] - 3889:12, 3904:8, 3923:6, 3928:20, 3931:5, 3934:25, 3936:11, 3960:9, 3960:12, 3960:13, 3960:18, 3960:19, 3963:2, 3964:21, 3964:22, 3965:2, 3965:3, 3965:24, 3966:24, 3967:3, 3967:10, 3967:14, 3968:7, 3969:3, 3969:6, 3970:2, 3970:24, 3972:1, 3973:17, 3974:7, 3974:11, 3974:13, 3974:20, 3975:18
**manager's** [1] - 3960:16
**managing** [1] - 3879:9
**manned** [1] - 3904:14
**manner** [3] - 3896:16, 3958:22, 3974:12
**Manual** [3] - 3966:17, 3967:9, 3969:13
**manual** [9] - 3906:10, 3906:18, 3906:25, 3960:10, 3966:23, 3969:21, 3969:22, 3973:6, 3977:5
**manually** [1] - 3906:19
**manufacture** [1] -

3873:24
**manufacture's** [1] - 3911:8
**manufacturer's** [1] - 3907:25
**March** [10] - 3863:22, 3864:7, 3864:13, 3881:17, 3912:10, 3913:16, 3915:21, 3915:22, 3916:22, 3934:14
**MARCH** [2] - 3837:9, 3846:2
**margin** [2] - 3927:10, 3927:12
**Marianas** [2] - 3864:1, 3916:24
**marine** [52] - 3868:5, 3870:16, 3870:17, 3871:24, 3872:19, 3878:12, 3879:3, 3881:18, 3882:11, 3884:16, 3885:5, 3888:23, 3889:3, 3889:4, 3890:16, 3890:23, 3891:2, 3892:11, 3893:5, 3898:2, 3900:25, 3902:1, 3904:13, 3905:22, 3906:22, 3906:23, 3907:3, 3911:3, 3920:22, 3921:17, 3921:25, 3925:10, 3928:21, 3930:11, 3931:19, 3932:17, 3933:25, 3936:20, 3937:25, 3944:3, 3946:4, 3946:17, 3953:20, 3954:21, 3958:1, 3958:2, 3958:16, 3963:12, 3971:3, 3972:5, 3975:24
**marine-related** [1] - 3871:24
**mariner** [1] - 3931:19
**maritime** [1] - 3978:4
**mark** [1] - 3877:4
**marker** [1] - 3897:15
**markings** [1] - 3864:7
**Marshall** [3] - 3869:25, 3884:4, 3936:14
**marshalling** [6] - 3847:6, 3848:24, 3849:17, 3852:21, 3853:10, 3854:3
**Martinez** [1] - 3866:11
**masse** [1] - 3848:10
**massive** [1] - 3855:5
**master** [26] - 3879:18,

3879:21, 3921:21, 3936:4, 3936:23, 3959:15, 3959:20, 3960:19, 3963:2, 3964:8, 3964:12, 3964:22, 3965:3, 3968:2, 3968:9, 3968:22, 3970:23, 3971:18, 3972:8, 3973:1, 3974:1, 3974:7, 3974:8, 3974:22, 3975:24
**master's** [6] - 3928:2, 3958:24, 3959:2, 3959:9, 3959:14, 3975:22
**mate** [1] - 3920:24
**material** [3] - 3860:24, 3861:19, 3934:17
**materials** [19] - 3859:24, 3859:25, 3860:7, 3860:10, 3860:11, 3860:13, 3861:9, 3861:25, 3862:1, 3862:5, 3862:6, 3862:8, 3873:11, 3918:11, 3934:12, 3936:16, 3939:6, 3939:10
**Matt** [1] - 3855:17
**matter** [5] - 3850:10, 3858:21, 3868:8, 3914:15, 3979:9
**matters** [9] - 3846:11, 3857:15, 3857:16, 3858:10, 3858:15, 3912:5, 3914:21, 3959:16, 3977:15
**MATTHEW** [1] - 3842:8
**MAZE** [1] - 3841:4
**McCLELLAN** [1] - 3840:16
**MCKINNEY** [1] - 3843:18
**MCS** [1] - 3908:25
**mean** [25] - 3847:19, 3848:10, 3878:19, 3879:9, 3883:8, 3883:9, 3884:18, 3891:6, 3897:4, 3898:13, 3898:16, 3899:4, 3901:22, 3912:23, 3921:15, 3923:24, 3924:23, 3926:16, 3929:11, 3932:23, 3947:18, 3948:2, 3952:22, 3954:5, 3973:21
**Mean** [2] - 3857:19,

3858:2
**means** [14] - 3869:9, 3873:22, 3873:24, 3877:11, 3894:15, 3897:1, 3923:25, 3925:2, 3941:8, 3943:8, 3947:20, 3952:16, 3952:19, 3957:8
**meant** [1] - 3915:25
**measures** [3] - 3920:4, 3921:7, 3925:8
**MECHANICAL** [1] - 3844:16
**mechanical** [4] - 3897:5, 3903:9, 3903:13, 3949:14
**mechanically** [3] - 3898:7, 3943:13, 3943:14
**mechanics** [2] - 3903:11, 3903:14
**mechanics'** [2] - 3889:23, 3890:2
**medical** [1] - 3927:21
**medium** [3] - 3944:19, 3946:2, 3958:7
**meet** [1] - 3967:1
**member** [2] - 3879:13, 3879:14
**members** [13] - 3904:16, 3919:1, 3919:2, 3919:15, 3919:21, 3927:1, 3931:3, 3934:8, 3934:18, 3934:22, 3935:7, 3935:24, 3959:19
**men** [1] - 3932:21
**mentally** [1] - 3933:23
**mention** [3] - 3857:17, 3935:8, 3935:19
**mentioned** [5] - 3846:21, 3855:25, 3856:17, 3933:5, 3945:5
**mentoring** [5] - 3924:16, 3925:5, 3926:3, 3931:18, 3931:20
**Merit** [2] - 3979:4, 3979:14
**MERIT** [1] - 3844:13
**message** [1] - 3909:8
**metadata** [3] - 3863:16, 3863:17, 3863:18
**method** [1] - 3949:14
**MEXICO** [1] - 3837:6

**Mexico** [1] - 3917:1
**MGE-6** [2] - 3947:25, 3948:2
**MI** [1] - 3844:6
**MICHAEL** [2] - 3840:5, 3842:22
**MICHELLE** [1] - 3840:16
**middle** [3] - 3873:19, 3880:9, 3945:20
**might** [2] - 3858:6, 3858:18
**MIKAL** [1] - 3839:3
**Mike** [3] - 3855:1, 3862:3, 3890:15
**MILLER** [1] - 3842:14
**mindset** [1] - 3920:11
**Mineral** [1] - 3874:23
**minimal** [1] - 3893:4
**minimum** [1] - 3942:19
**minute** [4] - 3921:20, 3962:23, 3966:7, 3967:5
**minutes** [1] - 3978:11
**miserably** [1] - 3900:4
**misled** [1] - 3858:11
**mismatch** [1] - 3909:7
**Mismatch** [1] - 3909:8
**miss** [1] - 3929:3
**missed** [3] - 3880:24, 3944:1, 3952:17
**misses** [1] - 3916:5
**missing** [5] - 3851:17, 3851:21, 3863:11, 3866:2, 3934:5
**mission** [1] - 3964:5
**mist** [1] - 3950:6
**mistakes** [1] - 3926:3
**mistrust** [2] - 3928:18, 3928:22
**mobile** [2] - 3935:2, 3936:13
**MOBILE** [1] - 3838:12
**mode** [7] - 3906:18, 3906:25, 3970:23, 3970:24, 3973:17, 3973:21, 3973:25
**modified** [1] - 3891:22
**MODU** [10] - 3869:25, 3870:24, 3968:9, 3968:10, 3971:12, 3971:19, 3972:3, 3972:5, 3972:10, 3975:16
**ModuSpec** [1] - 3913:20
**money** [3] - 3883:8, 3932:24, 3932:25
**monitoring** [1] -

3938:2
**monster** [1] - 3903:4
**MONTGOMERY** [1] -
3841:6
**month** [1] - 3889:24
**months** [15] - 3847:19,
3872:17, 3881:17,
3887:10, 3888:6,
3888:25, 3889:7,
3889:8, 3890:3,
3890:12, 3893:25,
3894:9, 3895:8,
3902:21
**Morgan** [1] - 3864:18
**MORGAN** [1] - 3844:6
**MORNING** [1] -
3837:20
**morning** [20] - 3846:8,
3846:9, 3846:13,
3846:23, 3855:17,
3856:3, 3856:5,
3859:2, 3859:16,
3861:7, 3861:8,
3866:10, 3866:14,
3866:18, 3867:10,
3867:11, 3939:22,
3940:4, 3952:5,
3952:9
**most** [13] - 3869:12,
3870:15, 3874:6,
3883:6, 3903:17,
3903:21, 3907:4,
3945:5, 3960:19,
3963:2, 3964:22,
3965:2, 3972:10
**motion** [1] - 3865:20
**motivation** [1] -
3903:8
**move** [10] - 3880:2,
3895:13, 3913:22,
3915:12, 3915:13,
3923:18, 3931:7,
3934:21, 3937:22,
3961:17
**moves** [2] - 3866:6,
3932:7
**moving** [1] - 3971:19
**MR** [149] - 3845:7,
3846:13, 3846:23,
3847:8, 3847:15,
3848:3, 3848:9,
3848:13, 3848:16,
3848:20, 3849:1,
3849:14, 3849:22,
3849:23, 3850:4,
3850:19, 3850:23,
3851:3, 3851:12,
3851:21, 3852:5,
3852:15, 3852:20,
3853:6, 3853:11,

3853:20, 3853:23,
3853:25, 3854:6,
3854:22, 3854:25,
3855:12, 3855:17,
3856:2, 3856:3,
3856:14, 3856:19,
3856:20, 3857:5,
3857:13, 3858:4,
3858:8, 3858:18,
3858:24, 3859:3,
3861:6, 3861:10,
3861:16, 3861:22,
3862:19, 3863:5,
3864:24, 3866:12,
3866:19, 3867:1,
3867:9, 3877:3,
3877:16, 3877:19,
3877:23, 3877:25,
3894:17, 3894:20,
3894:22, 3895:4,
3895:5, 3905:6,
3905:9, 3905:12,
3909:5, 3912:7,
3912:9, 3912:14,
3912:19, 3913:1,
3913:4, 3913:5,
3913:18, 3913:21,
3913:24, 3914:2,
3914:11, 3914:14,
3914:17, 3914:24,
3915:2, 3915:10,
3915:11, 3915:20,
3915:22, 3915:24,
3916:17, 3917:6,
3917:8, 3925:3,
3927:18, 3927:21,
3927:25, 3929:18,
3929:20, 3930:22,
3930:24, 3933:8,
3933:12, 3935:5,
3935:10, 3935:19,
3935:21, 3935:23,
3936:8, 3936:9,
3940:20, 3940:21,
3955:24, 3956:1,
3956:6, 3956:9,
3956:11, 3956:19,
3956:23, 3956:25,
3957:2, 3957:4,
3957:6, 3957:10,
3957:15, 3960:5,
3960:7, 3960:24,
3961:6, 3961:16,
3962:2, 3962:7,
3962:9, 3962:18,
3962:21, 3963:10,
3967:16, 3967:19,
3969:17, 3969:19,
3971:14, 3971:16,
3975:13, 3975:15,
3976:19, 3976:22,

3978:8, 3978:10
**much-needed** [1] -
3897:24
**mud** [1] - 3910:11
**mud/gas** [1] - 3910:12
**multiple** [1] - 3851:10
**multitude** [1] -
3921:19
**mumble** [1] - 3957:10
**mumbling** [1] - 3957:7
**MUNGER** [1] -
3842:21
**must** [8] - 3924:9,
3963:23, 3971:20,
3972:8, 3974:8,
3974:13, 3977:16,
3977:24

**N**

**NAM** [1] - 3924:11
**NATHANIEL** [1] -
3840:12
**NATURAL** [1] - 3840:9
**nature** [2] - 3871:21,
3876:1
**navigation** [2] -
3921:16, 3964:13
**navigator** [1] -
3963:25
**NDT** [2] - 3954:5
**near** [4] - 3916:4,
3916:21, 3928:8,
3929:3
**nearly** [1] - 3928:9
**necessary** [3] -
3847:17, 3854:14,
3954:12
**neck** [1] - 3900:12
**need** [17] - 3849:5,
3854:5, 3856:25,
3858:25, 3865:24,
3878:8, 3878:9,
3897:2, 3900:14,
3900:16, 3901:13,
3901:14, 3907:22,
3943:19, 3959:5,
3976:18, 3978:16
**needed** [8] - 3863:16,
3866:20, 3897:24,
3902:17, 3903:1,
3903:2
**needs** [3] - 3862:23,
3902:18, 3909:22
**negative** [1] - 3865:16
**negatively** [1] -
3930:12
**neglect** [5] - 3885:7,
3885:8, 3901:3,

3958:3, 3958:20
**netherworld** [1] -
3936:2
**never** [5] - 3914:20,
3932:6, 3938:6,
3946:8
**new** [8] - 3872:24,
3873:1, 3902:4,
3906:5, 3909:22,
3924:11, 3925:15,
3925:17
**NEW** [10] - 3837:8,
3838:8, 3838:16,
3838:23, 3839:22,
3841:16, 3841:23,
3842:15, 3843:13,
3844:14
**next** [33] - 3868:16,
3871:18, 3873:4,
3873:17, 3875:2,
3875:10, 3876:13,
3882:14, 3895:16,
3899:25, 3902:2,
3907:6, 3908:12,
3908:18, 3909:5,
3920:7, 3923:17,
3933:19, 3940:10,
3941:5, 3941:12,
3942:15, 3942:16,
3942:25, 3943:1,
3945:19, 3947:4,
3951:3, 3960:18,
3963:1, 3968:18
**night** [4] - 3859:23,
3866:13, 3935:17,
3939:3
**nine** [6] - 3869:19,
3874:12, 3891:9,
3907:18, 3918:3,
3932:5
**NINTH** [1] - 3839:11
**NO** [3] - 3837:8,
3837:12, 3837:14
**nobody** [1] - 3860:20
**nominate** [2] -
3973:17, 3974:1
**nonconformities** [1] -
3930:16
**nonconformity** [2] -
3942:5, 3942:6
**nondelegable** [2] -
3923:8, 3973:3
**nondestructive** [3] -
3954:7, 3955:1,
3955:11
**none** [7] - 3855:24,
3856:16, 3860:21,
3861:22, 3861:23,
3927:11, 3928:13
**NONJURY** [1] -

3837:21
**nonoperational** [2] -
3871:22, 3900:14
**NORFOLK** [1] -
3843:8
**normal** [1] - 3973:15
**normally** [2] -
3947:20, 3951:22
**North** [5] - 3918:5,
3918:18, 3924:12,
3924:15, 3968:3
**NORTH** [1] - 3841:11
**notations** [1] -
3853:14
**note** [3] - 3853:16,
3872:3, 3928:12
**noted** [9] - 3877:10,
3893:24, 3907:9,
3907:24, 3908:13,
3908:20, 3909:12,
3911:7, 3959:8
**nothing** [5] - 3847:24,
3860:18, 3862:11,
3887:6, 3942:21
**notice** [1] - 3968:2
**noticed** [1] - 3853:12
**notification** [1] -
3963:13
**notwithstanding** [1] -
3967:8
**November** [1] -
3892:21
**Number** [15] - 3915:6,
3917:1, 3931:16,
3944:9, 3944:22,
3945:16, 3945:17,
3948:3, 3948:12,
3948:17, 3949:5,
3949:10, 3950:22,
3950:24, 3969:24
**number** [27] -
3846:25, 3851:16,
3851:17, 3852:22,
3854:9, 3855:5,
3864:9, 3864:10,
3871:20, 3872:6,
3877:13, 3888:5,
3904:15, 3912:21,
3912:24, 3913:13,
3915:8, 3918:2,
3920:15, 3946:18,
3949:5, 3956:13,
3956:21, 3956:22,
3958:5
**numbered** [1] - 3979:9
**numbers** [14] -
3851:15, 3851:17,
3851:21, 3851:22,
3866:2, 3904:16,
3912:11, 3912:12,

3912:18, 3912:25, 3913:8, 3946:5, 3956:16
**numerous** [6] - 3872:16, 3872:20, 3886:19, 3888:2, 3893:24, 3938:10
**nutshell** [1] - 3896:20
**NW** [1] - 3842:4

## O

**O'KEEFE** [1] - 3838:8
**O'ROURKE** [1] - 3840:10
**oath** [1] - 3867:6
**object** [5] - 3856:12, 3928:16, 3930:5, 3935:6, 3960:25
**objecting** [1] - 3857:1
**Objection** [1] - 3933:8
**objection** [8] - 3846:20, 3850:2, 3850:7, 3850:25, 3854:16, 3855:22, 3967:16, 3967:18
**objections** [9] - 3846:17, 3846:18, 3847:10, 3850:20, 3853:6, 3855:21, 3856:7, 3856:15, 3857:11
**objects** [1] - 3930:5
**obligated** [1] - 3901:18
**obligation** [6] - 3879:22, 3883:4, 3883:5, 3883:6, 3923:8, 3952:4
**observation** [1] - 3921:9
**observations** [1] - 3919:23
**observed** [1] - 3971:22
**obtained** [1] - 3903:21
**obtaining** [1] - 3903:16
**obvious** [2] - 3970:5, 3976:23
**obviously** [18] - 3847:11, 3854:19, 3857:24, 3859:10, 3866:20, 3866:23, 3875:18, 3875:25, 3877:1, 3887:5, 3899:3, 3899:4, 3899:12, 3903:2, 3921:18, 3927:19,

3952:21, 3962:17
**occur** [1] - 3950:10
**occurred** [7] - 3872:16, 3896:13, 3908:9, 3916:5, 3919:23, 3928:8, 3934:19
**occurring** [1] - 3885:2
**ocean** [2] - 3901:24, 3961:9
**oceangoing** [3] - 3922:17, 3927:1, 3928:20
**October** [2] - 3896:5, 3898:20
**OEM** [5] - 3873:20, 3874:16, 3880:10, 3880:14, 3908:10
**OF** [14] - 3837:2, 3837:6, 3837:13, 3837:15, 3837:21, 3840:4, 3840:8, 3840:15, 3840:21, 3841:3, 3841:8, 3841:9, 3841:10
**offer** [5] - 3846:15, 3847:4, 3847:18, 3851:3, 3867:17
**offered** [2] - 3849:18, 3914:21
**offering** [6] - 3849:2, 3852:16, 3855:19, 3856:5, 3856:22, 3867:17
**OFFICE** [5] - 3838:4, 3840:18, 3841:3, 3841:8, 3841:12
**office** [6] - 3862:3, 3885:20, 3892:9, 3916:4, 3918:25, 3919:1, 3928:13, 3930:16
**officer** [6] - 3901:12, 3928:21, 3939:2, 3939:11, 3969:1, 3969:7
**officers** [3] - 3917:21, 3920:24, 3937:23
**offices** [1] - 3916:23
**OFFICIAL** [1] - 3844:12
**Official** [2] - 3979:5, 3979:14
**offshore** [25] - 3934:24, 3935:2, 3936:10, 3936:13, 3960:8, 3960:11, 3960:18, 3963:1, 3965:2, 3965:23, 3966:20, 3966:24,

3967:3, 3967:10, 3967:13, 3968:7, 3969:3, 3969:6, 3969:20, 3969:21, 3970:2, 3970:24, 3972:1, 3974:20, 3975:18
**OFFSHORE** [1] - 3842:12
**offsite** [1] - 3926:23
**often** [1] - 3928:16
**oftentimes** [1] - 3963:12
**oil** [8] - 3878:19, 3899:2, 3947:21, 3947:22, 3950:2, 3950:3, 3950:6, 3950:11
**OIL** [2] - 3837:5
**OIM** [16] - 3885:20, 3896:21, 3929:12, 3932:19, 3933:5, 3935:7, 3961:20, 3964:21, 3964:25, 3966:12, 3967:2, 3967:9, 3968:8, 3970:21, 3976:15, 3977:1
**OIM's** [2] - 3933:6, 3936:22
**OJT** [1] - 3924:17
**old** [2] - 3932:5, 3948:20
**OLSON** [1] - 3842:21
**ON** [1] - 3837:6
**on-the-job** [1] - 3931:20
**onboard** [25] - 3870:4, 3872:24, 3873:1, 3873:15, 3874:9, 3876:15, 3879:8, 3884:18, 3885:20, 3901:10, 3932:20, 3934:22, 3941:24, 3945:4, 3949:20, 3958:21, 3960:12, 3960:13, 3960:19, 3965:25, 3966:14, 3970:7, 3975:4, 3975:17, 3977:19
**once** [3] - 3898:21, 3899:22, 3903:19
**one** [73] - 3852:9, 3852:10, 3852:13, 3860:20, 3865:5, 3865:6, 3865:10, 3865:24, 3866:6, 3866:10, 3872:4, 3873:2, 3875:21, 3876:11, 3876:13,

3876:24, 3879:14, 3881:12, 3882:14, 3885:24, 3885:25, 3886:9, 3886:18, 3888:6, 3888:7, 3888:14, 3888:17, 3889:6, 3890:15, 3891:12, 3893:23, 3894:7, 3900:6, 3901:7, 3902:13, 3904:8, 3905:16, 3907:4, 3907:6, 3909:15, 3913:6, 3914:11, 3914:16, 3914:17, 3914:19, 3914:21, 3914:22, 3918:21, 3919:6, 3924:20, 3925:4, 3929:7, 3931:5, 3936:22, 3937:22, 3942:14, 3942:15, 3942:16, 3947:10, 3948:11, 3952:17, 3955:25, 3956:9, 3959:8, 3962:13, 3965:1, 3966:23, 3970:5, 3970:6
**ONE** [2] - 3841:21, 3843:17
**ones** [3] - 3851:8, 3859:13, 3879:15
**ongoing** [2] - 3882:10, 3882:22
**opened** [1] - 3878:17
**opening** [2] - 3927:7, 3968:2
**openings** [1] - 3968:2
**operability** [1] - 3876:15
**operate** [7] - 3906:23, 3937:5, 3937:18, 3938:5, 3938:15, 3939:17, 3953:7
**operated** [4] - 3869:19, 3906:9, 3906:25, 3943:13
**operating** [7] - 3898:24, 3916:4, 3943:9, 3970:10, 3973:15, 3973:16, 3973:21
**operation** [14] - 3869:17, 3880:23, 3884:19, 3896:15, 3897:18, 3899:22, 3901:7, 3916:15, 3938:7, 3948:21, 3972:2, 3975:25, 3976:12, 3977:5
**operational** [4] -

3872:21, 3896:10, 3900:8, 3926:12
**operations** [12] - 3858:1, 3871:25, 3880:24, 3900:16, 3917:20, 3959:25, 3960:11, 3960:14, 3973:6, 3973:24, 3976:13, 3977:16
**Operations** [3] - 3966:3, 3966:16, 3967:9
**opinion** [117] - 3867:17, 3867:21, 3870:16, 3870:17, 3870:20, 3870:22, 3871:7, 3871:9, 3871:16, 3872:9, 3872:13, 3872:20, 3874:2, 3874:4, 3874:8, 3876:6, 3876:17, 3878:10, 3879:3, 3881:18, 3882:11, 3884:14, 3886:15, 3888:23, 3889:5, 3889:6, 3890:22, 3891:2, 3896:20, 3898:8, 3900:24, 3900:25, 3901:15, 3901:17, 3901:18, 3902:23, 3904:13, 3906:8, 3906:22, 3908:8, 3909:25, 3910:23, 3911:3, 3920:22, 3921:12, 3921:14, 3921:25, 3922:7, 3923:6, 3923:24, 3926:20, 3926:25, 3927:12, 3929:7, 3930:11, 3930:19, 3932:1, 3932:11, 3932:18, 3934:1, 3936:17, 3937:1, 3937:8, 3937:16, 3937:17, 3937:25, 3938:4, 3938:8, 3938:14, 3938:18, 3938:22, 3939:9, 3939:13, 3939:16, 3942:17, 3943:16, 3944:2, 3944:6, 3944:12, 3945:10, 3946:4, 3946:17, 3946:25, 3947:2, 3948:21, 3949:17, 3949:19, 3950:18, 3950:24, 3952:2, 3953:5, 3954:21, 3954:24, 3958:1, 3958:2, 3958:20,

3959:18, 3959:21, 3959:22, 3963:18, 3963:22, 3964:16, 3965:6, 3966:4, 3966:9, 3971:1, 3971:6, 3972:4, 3973:22, 3974:15, 3976:8, 3978:2

**opportunity** [2] - 3850:6, 3863:1

**opposed** [2] - 3855:7, 3916:8

**order** [7] - 3847:19, 3860:25, 3865:7, 3877:3, 3877:7, 3877:21, 3924:10

**Order** [1] - 3860:5

**ORDER** [1] - 3846:4

**ordered** [1] - 3952:21

**orders** [1] - 3971:21

**organization** [5] - 3916:21, 3970:11, 3975:16, 3975:17, 3975:20

**organizational** [4] - 3970:15, 3970:20, 3971:6, 3976:17

**origin** [3] - 3923:22, 3924:3, 3925:25

**original** [5] - 3854:2, 3873:20, 3874:15, 3880:10, 3908:9

**originally** [1] - 3853:15

**originate** [1] - 3917:12

**ORLEANS** [10] - 3837:8, 3838:8, 3838:16, 3838:23, 3839:22, 3841:16, 3841:23, 3842:15, 3843:13, 3844:14

**otherwise** [3] - 3855:21, 3858:17, 3962:14

**out-of-service** [2] - 3868:5, 3868:17

**Outer** [1] - 3970:10

**output** [1] - 3892:13

**outside** [1] - 3935:7

**outstanding** [4] - 3891:15, 3939:24, 3940:10, 3941:1

**overall** [9] - 3926:16, 3965:7, 3965:24, 3966:13, 3967:14, 3971:18, 3972:2, 3975:18, 3977:13

**overboard** [1] - 3910:13

**overdue** [27] - 3873:5,

---

3885:10, 3885:15, 3941:13, 3941:15, 3942:14, 3942:16, 3945:23, 3946:9, 3946:15, 3946:16, 3946:18, 3946:22, 3947:12, 3947:16, 3949:6, 3949:23, 3950:3, 3951:11, 3951:14, 3953:1, 3953:16, 3954:1, 3955:1, 3955:9, 3955:15, 3957:23

**overhaul** [7] - 3891:10, 3907:12, 3908:22, 3911:14, 3952:20, 3952:22, 3952:24

**overhauled** [2] - 3869:12, 3941:20

**overheat** [2] - 3950:10, 3950:15

**overleaf** [1] - 3918:4

**overloaded** [2] - 3902:4, 3903:10

**overridden** [3] - 3878:7, 3878:22, 3879:15

**override** [1] - 3886:21

**overriding** [4] - 3879:23, 3927:6, 3959:15, 3973:1

**overspeed** [4] - 3949:10, 3949:11, 3950:15, 3953:11

**overspeeding** [1] - 3949:21

**overspeeds** [1] - 3949:13

**overwhelming** [1] - 3902:13

**owner** [1] - 3871:15

---

## P

**p.m** [3] - 3952:15, 3952:18, 3978:19

**P.O** [1] - 3840:12

**package** [3] - 3905:22, 3907:3, 3954:21

**PAGE** [1] - 3845:4

**page** [79] - 3859:6, 3861:5, 3862:20, 3863:20, 3868:13, 3873:17, 3877:14, 3878:2, 3896:7, 3899:25, 3900:1, 3905:13, 3908:12, 3908:18, 3909:5,

---

3911:6, 3913:13, 3915:7, 3915:17, 3917:5, 3917:6, 3917:9, 3918:20, 3923:17, 3923:20, 3928:4, 3929:16, 3929:19, 3929:25, 3930:1, 3930:21, 3930:22, 3933:13, 3940:18, 3940:20, 3940:23, 3941:12, 3941:13, 3942:25, 3943:1, 3944:18, 3945:19, 3945:20, 3946:12, 3947:4, 3951:6, 3952:10, 3953:18, 3954:3, 3955:4, 3956:5, 3956:6, 3960:5, 3961:1, 3965:20, 3965:21, 3966:18, 3966:19, 3966:21, 3966:22, 3968:12, 3968:18, 3969:15, 3969:17, 3970:12, 3971:14, 3973:12, 3975:13, 3975:23, 3976:19, 3977:8

**pages** [3] - 3859:13, 3859:14, 3940:10

**paint** [1] - 3869:13

**PALMINTIER** [1] - 3839:14

**PAN** [1] - 3838:15

**panel** [18] - 3880:21, 3886:19, 3888:2, 3888:9, 3888:10, 3893:24, 3894:5, 3894:6, 3909:7, 3909:13, 3909:14, 3909:17, 3909:21, 3910:2, 3910:4, 3910:5

**panels** [1] - 3909:5

**par** [1] - 3884:8

**paradigm** [1] - 3925:9

**paragraph** [23] - 3868:16, 3871:18, 3896:7, 3897:14, 3898:18, 3900:9, 3902:2, 3907:8, 3917:10, 3923:22, 3929:24, 3960:18, 3963:1, 3964:25, 3965:1, 3965:19, 3969:24, 3971:17, 3973:13, 3974:4, 3977:8, 3977:21, 3978:2

**paragraphs** [1] -

---

3903:6

**paramount** [1] - 3926:14

**paren** [1] - 3918:2

**parenthesis** [1] - 3928:12

**part** [20] - 3849:8, 3850:1, 3850:8, 3851:5, 3861:11, 3912:16, 3914:19, 3917:20, 3931:22, 3943:16, 3943:25, 3945:5, 3945:11, 3945:13, 3960:1, 3965:14, 3970:1, 3973:9, 3975:10, 3977:8

**participants** [2] - 3928:10, 3931:23

**participated** [1] - 3938:6

**participating** [1] - 3928:6

**particular** [8] - 3858:16, 3863:19, 3864:12, 3865:18, 3872:3, 3901:14, 3922:11, 3925:15

**particularly** [4] - 3920:23, 3921:9, 3926:10, 3936:5

**parties** [10] - 3851:18, 3852:13, 3854:1, 3858:14, 3860:23, 3862:18, 3866:17, 3914:18, 3914:20, 3914:23

**parts** [23] - 3860:24, 3870:7, 3897:11, 3898:6, 3900:21, 3901:5, 3943:2, 3943:22, 3944:15, 3945:16, 3945:21, 3946:1, 3946:8, 3950:3, 3952:15, 3952:18, 3952:22, 3958:4, 3958:7, 3958:8, 3958:11, 3958:18

**party** [2] - 3848:7, 3865:17

**pass** [1] - 3974:21

**passage** [1] - 3889:6

**passed** [2] - 3911:24, 3974:13

**past** [3] - 3900:5, 3903:12, 3928:20

**Paul** [2] - 3896:4, 3904:21

**PAUL** [1] - 3838:14

---

**PENNSYLVANIA** [1] - 3842:4

**people** [26] - 3853:17, 3872:24, 3873:2, 3873:15, 3877:11, 3883:9, 3889:11, 3893:17, 3893:19, 3900:3, 3900:17, 3903:3, 3904:21, 3906:16, 3917:20, 3917:21, 3918:25, 3919:3, 3919:4, 3922:10, 3924:8, 3926:2, 3929:2, 3929:6, 3934:4, 3949:20

**people's** [1] - 3849:2

**Pepper** [2] - 3979:3, 3979:12, 3979:13

**PEPPER** [1] - 3844:12

**percent** [6] - 3896:25, 3912:4, 3919:12, 3928:6, 3928:10, 3931:6

**percentage** [2] - 3958:10, 3958:14

**perception** [5] - 3919:11, 3928:7, 3931:1, 3934:4, 3934:6

**perform** [2] - 3902:17, 3935:25

**performance** [5] - 3896:10, 3897:3, 3897:17, 3898:15, 3970:1

**performed** [6] - 3868:9, 3868:14, 3882:17, 3884:11, 3900:13, 3907:23

**performer** [1] - 3897:17

**perhaps** [3] - 3857:25, 3924:21, 3944:25

**period** [14] - 3868:5, 3868:17, 3868:24, 3870:19, 3871:3, 3873:21, 3873:25, 3891:10, 3891:11, 3891:18, 3897:23, 3906:24, 3908:10, 3916:22

**Perkin** [1] - 3856:23

**Perkin's** [1] - 3937:20

**permission** [1] - 3856:11

**person** [24] - 3878:6, 3879:13, 3883:2, 3883:24, 3889:12, 3902:13, 3929:8,

---

3930:17, 3937:9, 3942:18, 3951:24, 3952:3, 3960:20, 3963:3, 3965:3, 3967:1, 3970:6, 3971:19, 3972:2, 3973:18, 3974:1, 3977:19, 3977:22
**personally** [1] - 3848:1
**personnel** [14] - 3872:16, 3872:20, 3900:22, 3901:20, 3903:20, 3928:6, 3965:25, 3966:14, 3970:1, 3972:10, 3974:6, 3974:10, 3977:14, 3977:23
**persons** [1] - 3952:3
**perspective** [1] - 3855:2
**pertain** [1] - 3856:13
**pertained** [1] - 3860:1
**pertains** [1] - 3861:8
**pertinence** [1] - 3911:3
**PETITION** [1] - 3837:13
**Pharr** [1] - 3904:21
**PHILLIP** [1] - 3843:12
**physically** [1] - 3849:12
**PIC** [11] - 3937:9, 3967:3, 3967:6, 3967:11, 3970:9, 3970:23, 3971:7, 3974:2, 3974:7, 3974:13, 3974:21
**pie** [1] - 3957:16
**piece** [8] - 3874:6, 3881:25, 3882:1, 3899:9, 3901:22, 3901:23, 3911:5, 3911:16
**pieces** [2] - 3899:21, 3900:13
**PIGMAN** [1] - 3843:11
**pilot** [1] - 3927:8
**pipe** [1] - 3880:9
**pistons** [1] - 3952:23
**place** [4] - 3882:6, 3899:10, 3902:19, 3921:19
**PLAINTIFFS** [1] - 3838:3
**plaintiffs** [4] - 3846:24, 3853:13, 3853:16, 3854:1
**plaintiffs'** [1] - 3854:7
**Plaintiffs'** [1] -

3867:13
**plan** [8] - 3847:10, 3885:14, 3885:23, 3885:24, 3886:12, 3891:4, 3891:15, 3937:13
**planned** [5] - 3873:5, 3900:20, 3946:13, 3951:3, 3954:4
**planning** [2] - 3896:12, 3918:22
**plans** [1] - 3919:22
**PLC** [1] - 3841:20
**PLCs** [1] - 3882:7
**plus** [1] - 3893:19
**pneumatically** [1] - 3943:14
**pod** [1] - 3909:7
**point** [27] - 3848:12, 3850:7, 3854:7, 3858:14, 3863:11, 3864:22, 3864:25, 3867:14, 3869:17, 3872:15, 3873:4, 3873:18, 3875:2, 3875:10, 3876:13, 3920:7, 3920:18, 3920:23, 3921:5, 3922:14, 3923:10, 3925:25, 3950:25, 3961:11, 3961:17, 3966:25
**pointed** [4] - 3858:12, 3894:9, 3895:7, 3895:8
**points** [1] - 3925:4
**Policies** [2] - 3966:17, 3967:9
**policies** [5] - 3917:12, 3971:25, 3972:12, 3972:14, 3972:19
**policy** [7] - 3933:16, 3933:20, 3961:11, 3961:15, 3961:25, 3962:12, 3962:15
**pollution** [3] - 3881:24, 3959:17, 3964:14
**pontoons** [1] - 3875:17
**poor** [3] - 3881:13, 3889:18, 3917:23
**port** [1] - 3875:3
**portion** [3] - 3878:4, 3880:8, 3897:13
**posed** [2] - 3920:2, 3921:5
**posing** [1] - 3876:10
**position** [9] - 3849:5, 3850:25, 3859:24,

3860:10, 3860:11, 3906:2, 3920:24, 3926:11, 3977:5
**positioned** [2] - 3935:2, 3936:13
**positioning** [1] - 3937:23
**possible** [7] - 3884:10, 3910:5, 3926:24, 3929:4, 3951:19, 3954:16, 3977:24
**possibly** [2] - 3943:14, 3951:1
**POST** [3] - 3838:4, 3840:18, 3841:12
**potential** [1] - 3871:22
**potentially** [2] - 3906:16, 3920:10
**power** [3] - 3947:13, 3948:15
**POYDRAS** [4] - 3838:15, 3841:22, 3842:15, 3844:13
**practice** [2] - 3902:1, 3944:3
**practices** [2] - 3917:12, 3972:9
**precedes** [1] - 3962:5
**preclude** [1] - 3977:21
**preliminary** [3] - 3846:11, 3857:14, 3857:16
**prepare** [2] - 3925:7, 3925:21
**preparedness** [1] - 3871:23
**preparing** [1] - 3918:7
**present** [2] - 3853:10, 3977:25
**presented** [1] - 3922:3
**preservation** [2] - 3860:25, 3865:7
**preserve** [1] - 3854:22
**preserved** [1] - 3860:18
**pressure** [2] - 3878:19, 3881:12
**presumption** [1] - 3865:16
**pretty** [2] - 3870:11, 3917:19
**prevent** [6] - 3905:25, 3906:11, 3948:5, 3948:22, 3948:23, 3948:24
**preventative** [2] - 3951:8, 3955:8
**prevented** [1] - 3896:11

**preventer** [1] - 3882:2
**preventing** [1] - 3880:23
**prevention** [2] - 3959:16, 3964:14
**previous** [1] - 3880:25
**previously** [3] - 3867:5, 3884:7, 3932:10
**primarily** [1] - 3922:2
**Primary** [1] - 3917:10
**primary** [6] - 3917:11, 3918:3, 3918:21, 3929:8, 3950:18, 3950:19
**prime** [1] - 3876:20
**primed** [1] - 3876:4
**priming** [3] - 3875:12, 3876:2, 3876:3
**printer** [1] - 3900:10
**priority** [13] - 3943:2, 3943:5, 3944:19, 3945:21, 3945:22, 3946:2, 3946:3, 3951:3, 3958:7, 3958:8, 3958:14
**Probert** [6] - 3859:20, 3861:25, 3862:13, 3863:7, 3863:13, 3866:5
**problem** [12] - 3847:25, 3873:1, 3873:12, 3876:10, 3882:10, 3882:22, 3884:13, 3888:17, 3889:1, 3889:7, 3929:10, 3929:12
**problems** [6] - 3871:3, 3871:7, 3916:5, 3917:24, 3918:17, 3929:15
**procedures** [5] - 3971:25, 3972:12, 3972:14, 3972:19, 3975:2
**Procedures** [2] - 3966:17, 3967:9
**proceed** [1] - 3887:2
**PROCEEDINGS** [3] - 3837:21, 3844:16, 3846:1
**proceedings** [1] - 3979:9
**process** [6] - 3847:17, 3847:20, 3847:21, 3914:20, 3924:18, 3928:9
**processes** [1] - 3920:14
**produced'** [1] - 3866:1,

3912:21, 3977:10
**PRODUCED** [1] - 3844:17
**product** [3] - 3864:4, 3864:8, 3864:19
**production** [2] - 3898:17, 3932:20
**PRODUCTION** [3] - 3837:15, 3841:19, 3841:20
**productions** [1] - 3863:15
**products** [2] - 3865:9, 3865:18
**program** [1] - 3902:14
**progress** [1] - 3902:16
**progressive** [1] - 3876:25
**projects** [1] - 3891:5
**promised** [1] - 3902:7
**prompted** [1] - 3896:4
**promulgated** [3] - 3961:12, 3962:12, 3962:13
**propelled** [2] - 3935:2, 3936:12
**propeller** [1] - 3870:10
**propeller-drive** [1] - 3870:10
**propellers** [1] - 3870:10
**proper** [6] - 3847:17, 3852:25, 3898:1, 3924:23, 3924:25, 3925:1
**properly** [26] - 3848:12, 3860:3, 3880:1, 3896:24, 3903:23, 3904:1, 3904:11, 3904:14, 3909:13, 3918:1, 3935:25, 3936:17, 3937:1, 3937:4, 3937:12, 3937:18, 3938:1, 3938:10, 3938:15, 3938:19, 3938:24, 3939:10, 3939:14, 3939:17, 3971:20
**proportion** [1] - 3928:6
**proposal** [1] - 3914:19
**proposed** [3] - 3857:6, 3857:9, 3858:19
**protect** [4] - 3910:1, 3923:4, 3927:3, 3977:22
**protection** [2] - 3864:17, 3976:2
**protections** [1] -

3972:9
**protective** [1] - 3907:23
**protocol** [1] - 3848:18
**proven** [1] - 3962:16
**provide** [4] - 3859:6, 3901:19, 3975:24, 3976:11
**provided** [3] - 3847:2, 3870:25, 3925:13
**providing** [2] - 3945:3, 3958:21
**provision** [1] - 3959:1
**proximity** [1] - 3910:21
**prudent** [3] - 3906:23, 3907:1, 3907:2
**PSC** [4] - 3849:1, 3856:21, 3859:21, 3863:6
**PSC's** [1] - 3856:22
**pull** [3] - 3952:23, 3955:23, 3960:8
**pump** [14] - 3875:18, 3876:4, 3903:23, 3904:1, 3909:22, 3944:9, 3944:16, 3944:22, 3944:23, 3944:24, 3945:9, 3945:15, 3945:17
**pumps** [22] - 3875:11, 3875:18, 3875:22, 3875:24, 3876:1, 3876:5, 3900:18, 3900:19, 3900:21, 3900:22, 3901:3, 3901:4, 3901:9, 3944:11, 3945:1, 3945:6, 3945:7, 3945:8, 3945:10, 3949:25, 3950:2, 3950:3
**purge** [2] - 3909:12, 3909:22
**purpose** [7] - 3847:18, 3848:11, 3883:24, 3883:25, 3884:1, 3964:1
**purposes** [1] - 3849:16
**pursuant** [1] - 3862:15
**put** [22] - 3849:12, 3849:17, 3849:19, 3852:21, 3861:5, 3864:14, 3865:7, 3866:6, 3869:13, 3878:23, 3881:5, 3883:8, 3885:23, 3892:5, 3896:14, 3898:8, 3933:4,

3946:22, 3947:2, 3958:25, 3966:9
**putting** [1] - 3899:19

## Q

**quadrant** [1] - 3875:3
**qualifications** [2] - 3935:24, 3977:7
**qualified** [5] - 3904:15, 3935:25, 3936:22, 3937:8, 3971:20
**quality** [2] - 3884:7, 3892:14
**questioned** [2] - 3850:14, 3936:6
**questioning** [4] - 3846:16, 3863:7, 3900:19, 3960:25
**questions** [12] - 3855:15, 3859:21, 3867:15, 3878:25, 3897:11, 3900:7, 3920:16, 3927:20, 3935:6, 3935:11, 3958:24, 3961:3
**quick** [5] - 3868:12, 3893:23, 3916:18, 3935:16, 3978:13
**quickly** [4] - 3880:5, 3905:1, 3907:7, 3936:3
**quiet** [1] - 3933:17
**quit** [1] - 3903:17
**quite** [5] - 3871:1, 3884:23, 3903:3, 3947:20, 3951:1
**quote** [6] - 3861:13, 3920:8, 3923:11, 3931:4, 3931:12
**quotes** [2] - 3919:3, 3931:2

## R

**RACHEL** [2] - 3840:11, 3842:18
**rack** [3] - 3949:15, 3949:16, 3953:8
**raft** [2] - 3941:15, 3941:18
**rafts** [6] - 3871:6, 3879:25, 3941:19, 3942:8, 3942:11, 3942:13
**raised** [1] - 3863:7
**raises** [1] - 3917:25
**ram** [8] - 3873:19,

3874:14, 3874:15, 3880:9, 3907:19, 3907:25, 3955:11, 3955:14
**rams** [4] - 3907:6, 3907:21, 3907:22
**rapid** [1] - 3883:10
**rapidly** [1] - 3884:22
**rates** [1] - 3904:15
**rather** [2] - 3897:18, 3939:20
**ratings** [1] - 3904:15
**RE** [2] - 3837:5, 3837:12
**re** [1] - 3851:14
**read** [14] - 3887:20, 3887:21, 3889:16, 3893:23, 3896:6, 3896:17, 3900:24, 3917:14, 3920:17, 3923:21, 3926:6, 3935:17, 3952:4, 3966:25
**reading** [6] - 3875:20, 3881:10, 3897:6, 3950:21, 3962:25, 3977:11
**reads** [1] - 3909:8
**ready** [2] - 3859:15, 3976:18
**real** [5] - 3881:1, 3893:23, 3916:18, 3935:16, 3978:13
**realize** [1] - 3866:5
**realized** [4] - 3861:18, 3861:19, 3890:24
**really** [7] - 3847:23, 3848:12, 3885:8, 3910:24, 3914:17, 3933:6, 3935:19
**realtime** [1] - 3892:8
**REALTIME** [1] - 3844:12
**Realtime** [2] - 3979:3, 3979:13
**reason** [6] - 3847:24, 3849:10, 3854:19, 3878:7, 3900:6, 3949:13
**reasonable** [2] - 3849:22, 3962:4
**reasons** [2] - 3929:8, 3970:5
**rebuild** [4] - 3900:22, 3944:22, 3945:15, 3950:3
**rebuilt** [2] - 3900:5, 3900:21
**receive** [1] - 3897:21
**received** [3] - 3857:17,

3860:15, 3919:13
**recent** [2] - 3870:15, 3873:6
**recertification** [6] - 3874:17, 3907:12, 3908:22, 3911:10, 3911:19, 3911:25
**recertified** [1] - 3873:25
**recess** [5] - 3914:1, 3914:4, 3914:6, 3978:14, 3978:20
**RECESS...................**
**.................** [1] - 3845:8
**recitation** [1] - 3930:25
**recited** [1] - 3956:13
**reckless** [2] - 3885:7
**recognize** [2] - 3940:25, 3967:21
**recoil** [2] - 3905:16, 3905:19, 3905:23, 3906:2, 3906:7, 3906:9, 3906:24
**recommendation** [14] - 3871:24, 3874:25, 3885:14, 3886:6, 3887:1, 3887:4, 3888:7, 3888:13, 3888:16, 3890:19, 3890:23, 3891:21, 3894:2
**recommendations** [3] - 3872:5, 3872:6, 3911:13
**recommended** [3] - 3873:20, 3951:8, 3955:8
**reconsider** [1] - 3962:16
**Record** [4] - 3851:5, 3851:10, 3851:20, 3852:1
**record** [21] - 3847:5, 3848:8, 3848:14, 3849:12, 3849:18, 3849:20, 3850:1, 3850:8, 3850:15, 3850:17, 3851:5, 3851:6, 3852:22, 3854:23, 3865:25, 3869:7, 3901:6, 3905:8, 3915:7, 3929:19, 3979:8
**recorded** [3] - 3893:2, 3893:4, 3893:13
**RECORDED** [1] - 3844:16
**records** [6] - 3854:9,

3855:9, 3866:1, 3874:14, 3875:20, 3968:17
**rectified** [1] - 3886:9
**rectify** [5] - 3887:1, 3888:8, 3888:17, 3889:7, 3894:4
**recurring** [3] - 3872:11, 3873:13, 3884:13
**redact** [1] - 3857:3
**redactions** [2] - 3857:6, 3857:11
**REDDEN** [3] - 3843:15
**reduce** [1] - 3926:5
**reduced** [1] - 3934:6
**reducing** [1] - 3885:15
**Ref** [2] - 3886:17, 3894:20
**refer** [2] - 3912:11, 3912:12
**reference** [7] - 3887:19, 3888:5, 3902:20, 3915:7, 3935:18, 3955:24, 3977:23
**Reference** [3] - 3880:6, 3881:9, 3882:4
**referenced** [2] - 3851:11, 3859:22
**referring** [3] - 3877:13, 3912:18, 3913:13
**refers** [1] - 3953:4
**reflect** [1] - 3891:15
**refuse** [2] - 3974:8, 3974:14
**REGAN** [3] - 3842:8, 3855:17, 3856:2
**Regan** [2] - 3855:17, 3858:13
**regard** [2] - 3856:8, 3863:8, 3865:16
**regarding** [3] - 3855:22, 3857:20, 3871:23
**register** [1] - 3910:22
**Register** [5] - 3915:13, 3915:19, 3916:19, 3918:2, 3929:23
**REGISTERED** [1] - 3844:13
**Registered** [1] - 3979:3
**registered** [2] - 3880:20, 3979:14
**regulations** [4] - 3869:24, 3952:4, 3970:9, 3978:3

**regulator** [1] - 3943:15
**regulators** [2] - 3943:6, 3953:23
**regulatory** [2] - 3942:1, 3964:15
**rejected** [1] - 3888:16
**related** [8] - 3860:14, 3865:9, 3871:24, 3882:7, 3893:3, 3928:9, 3930:4, 3970:8
**RELATES** [1] - 3837:11
**relating** [4] - 3920:1, 3920:20, 3939:6, 3977:15
**relation** [1] - 3861:21
**relay** [1] - 3883:25
**released** [1] - 3905:22
**relevance** [3] - 3855:16, 3866:19, 3961:5
**relevant** [2] - 3858:15, 3858:17
**reliability** [4] - 3931:24, 3932:2, 3932:5, 3932:11
**reliable** [1] - 3865:13
**relief** [1] - 3955:6
**remain** [1] - 3902:20
**remains** [3] - 3884:8, 3967:2, 3967:10
**remember** [4] - 3890:14, 3896:2, 3935:15, 3962:21
**remembering** [2] - 3863:25, 3864:15
**remind** [3] - 3944:25, 3950:7, 3959:1
**remove** [1] - 3911:13
**removed** [1] - 3902:22
**RENAISSANCE** [1] - 3843:23
**renewal** [2] - 3941:16, 3942:3
**reoccurring** [2] - 3885:2
**reopen** [1] - 3848:9
**repainted** [1] - 3869:13
**repair** [6] - 3879:10, 3898:22, 3941:10, 3949:10, 3953:3, 3953:16
**repaired** [2] - 3899:20, 3900:20
**repairing** [1] - 3897:22
**repairs** [2] - 3876:16, 3900:14
**repeatedly** [3] -

**regulator** [1] - 3875:6, 3882:21, 3893:22
**replace** [5] - 3932:6, 3943:6, 3944:8, 3947:25, 3953:23
**replaced** [4] - 3864:2, 3881:22, 3903:20, 3941:23
**replacement** [2] - 3881:16, 3900:16
**replacing** [1] - 3900:4
**report** [34] - 3857:4, 3873:14, 3878:4, 3880:3, 3891:14, 3891:22, 3892:7, 3892:21, 3904:24, 3905:23, 3918:7, 3918:10, 3929:22, 3930:15, 3930:21, 3933:15, 3935:8, 3935:13, 3935:14, 3935:17, 3935:20, 3935:22, 3936:3, 3939:22, 3940:4, 3940:6, 3943:20, 3943:21, 3946:10, 3951:12, 3955:20, 3957:19, 3971:23
**reported** [10] - 3884:7, 3886:25, 3892:6, 3919:8, 3925:6, 3928:7, 3928:15, 3928:17, 3928:18, 3928:22
**REPORTER** [4] - 3844:12, 3844:12, 3844:13, 3914:10
**Reporter** [7] - 3979:3, 3979:4, 3979:5, 3979:13, 3979:14, 3979:14
**REPORTER'S** [1] - 3979:1
**Reporting** [1] - 3968:5
**reporting** [7] - 3871:15, 3884:8, 3893:6, 3929:3, 3930:4, 3930:6
**reports** [6] - 3871:2, 3950:21, 3951:25, 3952:5, 3960:12
**Reports** [1] - 3968:7
**represent** [1] - 3867:12
**reprisal** [3] - 3928:8, 3928:16, 3930:4
**Republic** [1] - 3936:14
**request** [4] - 3943:25, 3945:13, 3974:7, 3974:10

**requesting** [3] - 3885:22, 3885:24
**require** [1] - 3959:13
**required** [9] - 3868:23, 3873:25, 3874:23, 3884:11, 3893:9, 3901:20, 3925:23, 3976:1
**requirement** [16] - 3874:20, 3884:2, 3884:3, 3889:2, 3889:4, 3889:5, 3901:25, 3907:12, 3908:23, 3911:10, 3911:19, 3911:25, 3926:8, 3942:1, 3942:2
**requirements** [2] - 3881:15, 3971:22
**requires** [4] - 3870:3, 3874:24, 3906:21, 3974:5
**requiring** [2] - 3957:23, 3970:9
**research** [2] - 3937:6, 3977:7
**reserve** [1] - 3853:21
**reserving** [1] - 3850:20
**reset** [1] - 3950:6
**RESOURCES** [1] - 3840:9
**resources** [2] - 3890:21, 3931:5
**respect** [11] - 3858:16, 3867:22, 3870:18, 3872:21, 3873:11, 3920:23, 3921:2, 3921:8, 3948:20, 3959:14, 3963:24
**respectfully** [1] - 3861:23
**respond** [4] - 3894:8, 3938:10, 3938:19, 3938:23
**responded** [1] - 3919:12
**responding** [1] - 3860:3
**responds** [2] - 3897:9
**Response** [1] - 3969:13
**response** [8] - 3859:21, 3895:16, 3896:4, 3897:12, 3919:11, 3937:13, 3969:20, 3969:21
**responsibilities** [8] - 3952:12, 3967:1, 3967:4, 3967:11,

**responsibility** [12] - 3969:22, 3975:16, 3976:3, 3977:7
**responsibility** [12] - 3871:15, 3879:23, 3904:10, 3924:4, 3953:20, 3961:21, 3970:2, 3972:18, 3973:2, 3975:19, 3975:23, 3977:13
**responsible** [8] - 3921:15, 3964:12, 3964:23, 3965:24, 3966:13, 3970:7, 3971:18, 3972:2
**rest** [2] - 3847:6, 3854:23, 3897:24
**restatement** [1] - 3962:15
**restrict** [1] - 3922:15
**restricted** [1] - 3931:17
**result** [1] - 3916:20
**resulted** [2] - 3889:18, 3940:1
**results** [1] - 3897:25
**resume** [2] - 3846:12, 3864:20
**retrained** [1] - 3872:24
**return** [2] - 3899:21, 3953:3
**reused** [1] - 3862:14
**revealed** [2] - 3880:22, 3928:15
**review** [32] - 3868:7, 3869:15, 3872:10, 3873:10, 3875:5, 3882:8, 3882:19, 3884:12, 3890:19, 3895:14, 3895:18, 3896:10, 3902:9, 3904:2, 3904:24, 3907:24, 3911:7, 3917:2, 3918:2, 3918:11, 3919:17, 3931:25, 3932:9, 3934:7, 3934:17, 3936:16, 3937:11, 3939:10, 3941:9, 3948:1, 3948:7, 3971:23
**reviewed** [13] - 3880:13, 3896:18, 3915:15, 3918:7, 3918:14, 3919:22, 3936:16, 3937:16, 3938:9, 3939:6, 3941:9, 3948:1, 3969:4
**reviewing** [4] - 3889:19, 3889:21,

**revised** [2] - 3934:12, 3965:12
**revised** [2] - 3873:7, 3962:3
**RICHARD** [1] - 3843:3
**Ricky** [1] - 3864:18
**RIG** [1] - 3837:5
**rig** [111] - 3860:14, 3868:4, 3868:8, 3868:16, 3870:4, 3871:21, 3871:22, 3873:16, 3875:6, 3877:1, 3878:23, 3882:20, 3883:10, 3883:13, 3884:19, 3884:20, 3884:21, 3886:3, 3886:10, 3887:11, 3889:11, 3890:14, 3891:7, 3892:22, 3893:17, 3894:11, 3895:24, 3895:25, 3897:1, 3897:3, 3897:4, 3897:16, 3897:21, 3898:3, 3898:6, 3898:12, 3898:25, 3900:4, 3900:12, 3900:16, 3900:17, 3900:20, 3902:3, 3902:6, 3902:20, 3902:22, 3904:3, 3904:4, 3905:25, 3906:12, 3906:14, 3907:5, 3911:3, 3912:7, 3917:24, 3918:15, 3918:25, 3919:15, 3919:17, 3919:18, 3919:21, 3921:16, 3924:2, 3925:13, 3925:18, 3925:20, 3926:16, 3926:19, 3926:23, 3928:17, 3929:6, 3930:9, 3931:5, 3931:13, 3931:21, 3932:7, 3932:12, 3932:21, 3932:24, 3932:25, 3936:11, 3937:2, 3939:22, 3940:14, 3943:20, 3943:21, 3945:7, 3945:9, 3946:22, 3947:25, 3948:4, 3948:15, 3948:19, 3948:20, 3948:21, 3948:25, 3949:6, 3949:20, 3952:12, 3954:17, 3958:3, 3958:21, 3958:22, 3960:2, 3960:13, 3960:16, 3965:17,

3966:10
**Rig** [1] - 3887:9
**rig's** [4] - 3937:13, 3945:11, 3947:2, 3952:6
**rig-based** [3] - 3925:13, 3925:20, 3930:9
**right-hand** [1] - 3912:19
**rigs** [9] - 3903:18, 3916:3, 3916:12, 3916:24, 3919:4, 3925:16, 3928:19, 3928:23, 3952:8
**rings** [1] - 3952:24
**rise** [4] - 3846:7, 3914:5, 3914:7, 3978:18
**riser** [22] - 3899:1, 3899:20, 3905:16, 3905:19, 3905:22, 3905:23, 3905:25, 3906:1, 3906:7, 3906:8, 3906:13, 3906:24, 3907:3, 3954:5, 3954:8, 3954:11, 3954:13, 3954:17, 3954:20, 3954:21, 3955:2
**risk** [16] - 3917:25, 3918:22, 3920:6, 3920:14, 3921:5, 3922:4, 3922:19, 3922:25, 3924:7, 3924:10, 3924:13, 3925:8, 3933:21, 3946:23, 3947:2
**risks** [4] - 3918:1, 3920:2, 3925:22
**RMR** [2] - 3844:12, 3979:13
**RMS** [15] - 3873:7, 3889:17, 3893:4, 3893:9, 3893:20, 3902:4, 3902:15, 3939:22, 3940:4, 3940:12, 3940:17, 3943:20, 3955:18, 3955:20, 3957:19
**road** [1] - 3854:18
**Robert** [2] - 3902:8, 3902:11
**ROBERT** [2] - 3838:11, 3842:3
**ROBERTS** [2] - 3842:18, 3843:17
**robust** [3] - 3920:13, 3924:18, 3926:4
**rod** [1] - 3906:2

**rods** [3] - 3906:4, 3906:5
**role** [3] - 3960:13, 3974:7, 3974:12
**roles** [1] - 3931:18
**room** [3] - 3904:1, 3909:15, 3943:10
**ROOM** [2] - 3840:6, 3844:13
**rooms** [8] - 3875:16, 3876:12, 3901:5, 3903:23, 3903:24, 3904:1, 3904:2
**rotary** [3] - 3899:1, 3899:25, 3900:2
**rotating** [1] - 3899:17
**ROUGE** [2] - 3839:15, 3841:12
**rough** [1] - 3859:15
**routine** [2] - 3877:16, 3943:19
**routines** [7] - 3882:16, 3889:18, 3889:23, 3890:3, 3890:19, 3891:3, 3894:3
**ROV** [1] - 3909:4
**ROY** [2] - 3838:3, 3838:3
**RPM** [2] - 3953:12, 3955:6
**Rule** [1] - 3853:4
**rule** [1] - 3854:5
**rules** [2] - 3852:25, 3853:3
**rulings** [1] - 3857:11
**run** [3] - 3847:21, 3932:14, 3932:17
**running** [9] - 3891:9, 3897:4, 3898:6, 3898:19, 3898:20, 3933:2, 3946:7, 3949:3, 3952:19
**RUSNAK** [1] - 3839:17
**rust** [1] - 3907:22

## S

**s/Cathy** [1] - 3979:12
**safe** [4] - 3944:2, 3953:12, 3964:12, 3973:4, 3974:12
**safely** [1] - 3896:15
**safety** [117] - 3870:16, 3872:19, 3872:20, 3872:25, 3874:4, 3874:6, 3874:9, 3876:7, 3876:17, 3878:12, 3879:3, 3879:24, 3881:18,

3882:11, 3882:12, 3884:17, 3884:20, 3884:25, 3885:5, 3888:21, 3888:23, 3889:2, 3889:3, 3889:4, 3890:23, 3891:2, 3891:5, 3893:5, 3895:7, 3898:2, 3899:6, 3900:25, 3901:20, 3902:23, 3904:13, 3904:16, 3906:23, 3907:4, 3908:5, 3909:24, 3910:3, 3910:23, 3911:2, 3911:3, 3911:15, 3916:15, 3917:2, 3917:3, 3920:22, 3921:16, 3921:17, 3921:25, 3922:1, 3922:2, 3922:24, 3926:16, 3928:21, 3928:23, 3930:3, 3930:11, 3930:12, 3931:7, 3931:19, 3931:21, 3932:11, 3932:17, 3932:21, 3933:4, 3933:25, 3934:1, 3936:18, 3937:19, 3937:25, 3938:2, 3938:16, 3941:24, 3942:20, 3942:23, 3945:11, 3946:4, 3946:17, 3949:17, 3949:20, 3950:13, 3951:16, 3953:14, 3954:17, 3958:1, 3958:2, 3958:12, 3958:17, 3959:16, 3960:1, 3963:12, 3963:24, 3964:13, 3965:14, 3965:24, 3966:13, 3971:25, 3972:9, 3972:12, 3972:14, 3972:18, 3973:10, 3975:8, 3975:10, 3976:1, 3977:14, 3978:1
**saltwater** [5] - 3944:24, 3945:1, 3945:6, 3945:10, 3945:15
**samples** [2] - 3859:7, 3947:21
**sampling** [1] - 3860:21
**SAN** [2] - 3839:5, 3840:6
**sank** [1] - 3886:11

**Santa** [1] - 3917:1
**satisfactorily** [1] - 3872:1
**save** [2] - 3922:8, 3922:9
**saver** [7] - 3947:25, 3948:4, 3948:19, 3948:20, 3948:21, 3948:25
**savers** [1] - 3949:7
**schedule** [1] - 3874:22
**scheduled** [2] - 3851:14, 3941:10
**scheduling** [1] - 3873:8
**schools** [1] - 3903:22
**SCOFIELD** [1] - 3844:7
**scope** [2] - 3857:8, 3935:7
**SCOTT** [1] - 3840:10
**screen** [7] - 3870:6, 3894:24, 3912:17, 3912:24, 3915:8, 3929:19, 3956:7
**script** [1] - 3848:18
**sea** [4] - 3870:11, 3909:3, 3971:4
**seafarer** [2] - 3927:12, 3963:11
**seagoing** [2] - 3921:23, 3922:21
**seal** [3] - 3909:22, 3944:9, 3944:16
**seated** [2] - 3846:10, 3914:8
**seawater** [1] - 3901:4
**seaway** [1] - 3954:14
**seaworthiness** [2] - 3871:8, 3944:13
**seaworthy** [2] - 3876:10, 3976:3
**second** [2] - 3857:6, 3873:17, 3881:11, 3897:16, 3898:18, 3900:9, 3903:13, 3911:6, 3942:14, 3951:1, 3956:7, 3968:25
**seconds** [1] - 3910:16
**SECREST** [1] - 3843:15
**section** [14] - 3880:8, 3918:21, 3924:1, 3933:14, 3953:24, 3959:9, 3959:23, 3960:4, 3971:8, 3971:13, 3972:23, 3975:12, 3977:6

**Section** [2] - 3966:18, 3966:21
**SECTION** [2] - 3840:9, 3840:21
**sections** [1] - 3970:13
**secure** [1] - 3974:11
**see** [26] - 3849:6, 3852:19, 3866:13, 3866:25, 3871:20, 3880:20, 3894:2, 3894:13, 3894:14, 3894:24, 3894:25, 3895:1, 3912:17, 3913:11, 3931:9, 3931:11, 3933:20, 3941:25, 3943:2, 3955:5, 3956:21, 3962:22, 3962:24, 3966:7, 3967:24, 3968:18
**seeking** [1] - 3850:5
**segregated** [3] - 3860:11, 3862:2, 3862:9
**self** [3] - 3885:3, 3935:2, 3936:12
**self-audits** [1] - 3885:3
**self-propelled** [2] - 3935:2, 3936:12
**send** [1] - 3911:13
**senior** [10] - 3879:17, 3883:6, 3917:21, 3939:2, 3960:19, 3963:2, 3964:22, 3965:2, 3967:3, 3967:10
**sense** [3] - 3855:11, 3857:23, 3957:14
**sent** [7] - 3858:7, 3858:8, 3859:22, 3864:8, 3941:19, 3947:21, 3968:16
**sentence** [9] - 3878:11, 3897:16, 3898:3, 3898:11, 3899:24, 3900:24, 3908:12, 3908:19, 3911:6
**separator** [1] - 3910:13
**September** [8] - 3868:6, 3868:14, 3887:16, 3887:21, 3887:22, 3889:14, 3890:17, 3892:22
**Sepulvado** [1] - 3892:20
**sequence** [1] - 3858:8
**series** [1] - 3916:20

**serious** [8] - 3882:12, 3882:13, 3884:25, 3916:21, 3930:13, 3930:14, 3932:11, 3963:12
**seriously** [3] - 3890:25, 3903:1, 3930:12
**serve** [1] - 3937:9
**served** [2] - 3847:18, 3854:10
**serves** [1] - 3848:11
**service** [11] - 3868:5, 3868:17, 3870:19, 3881:13, 3944:22, 3944:23, 3944:24, 3945:1, 3945:15, 3946:15, 3946:18
**Service** [1] - 3874:23
**SERVICES** [1] - 3843:21
**SESSION** [1] - 3837:20
**set** [3] - 3851:19, 3852:3, 3966:23
**sets** [1] - 3907:20
**setting** [1] - 3850:20
**Several** [1] - 3876:14
**several** [7] - 3870:14, 3879:6, 3890:15, 3900:2, 3900:13, 3903:12, 3934:18
**severe** [4] - 3898:5, 3938:19, 3938:23
**shack** [1] - 3909:18
**shaft** [2] - 3944:8, 3944:16
**shakers** [1] - 3910:21
**shape** [2] - 3869:14, 3896:24
**SHARON** [1] - 3840:17
**SHAW** [1] - 3838:21
**sheet** [2] - 3880:3, 3887:23
**Shelf** [1] - 3970:11
**SHELL** [1] - 3841:21
**shelves** [1] - 3862:8
**shift** [2] - 3873:6, 3958:23
**ship** [6] - 3896:2, 3904:8, 3923:6, 3926:17, 3927:4, 3927:13
**ship's** [1] - 3927:4
**ships** [3] - 3899:4, 3899:5, 3916:5
**shipyard** [6] - 3869:9, 3891:7, 3891:11, 3898:9, 3901:16, 3951:23

**shock** [1] - 3905:20
**shocked** [1] - 3941:25
**shocking** [1] - 3873:14
**shore** [7] - 3889:11, 3901:23, 3929:2, 3929:5, 3941:19, 3960:13, 3971:24
**shore-based** [2] - 3960:13, 3971:24
**shoreside** [2] - 3893:19, 3901:14
**short** [1] - 3965:1
**shortly** [3] - 3851:13, 3864:21, 3893:20
**show** [7] - 3849:3, 3849:9, 3863:17, 3932:19, 3940:10, 3947:16, 3958:3
**showing** [1] - 3889:1
**shown** [1] - 3962:14
**shows** [7] - 3873:14, 3881:22, 3889:7, 3957:22, 3961:1, 3968:21, 3970:15
**Shushan** [9] - 3847:20, 3848:23, 3849:15, 3854:8, 3859:5, 3859:23, 3865:21, 3866:9, 3913:14
**Shushan's** [1] - 3877:7
**shut** [2] - 3949:1, 3950:11
**shutdown** [3] - 3881:7, 3937:19, 3949:12
**shutdowns** [1] - 3884:21
**SHUTLER** [1] - 3840:17
**shuts** [2] - 3948:5, 3949:16
**shutting** [1] - 3949:15
**side** [2] - 3909:7, 3921:3
**signal** [2] - 3949:16, 3963:13
**signed** [1] - 3852:10
**significance** [2] - 3861:21, 3863:11
**significant** [5] - 3909:24, 3928:5, 3928:18, 3928:22, 3977:16
**similar** [4] - 3882:9, 3885:2, 3892:18, 3945:15
**similarly** [2] - 3849:1,

3974:8
**simple** [1] - 3971:22
**simply** [4] - 3849:16, 3862:5, 3862:12, 3862:16
**Simrad** [3] - 3894:10, 3894:15, 3895:9, 3895:12
**simultaneously** [1] - 3938:11
**SINCLAIR** [1] - 3841:5
**single** [2] - 3851:9, 3878:6
**sink** [1] - 3877:1
**sit** [1] - 3967:23
**site** [3] - 3891:16, 3967:22, 3967:24
**sitting** [3] - 3850:13, 3862:10, 3907:21
**situation** [7] - 3906:1, 3926:25, 3938:10, 3964:17, 3966:9, 3974:5, 3974:9
**situational** [1] - 3924:10
**situations** [1] - 3969:23
**six** [4] - 3934:14, 3947:9, 3948:8, 3948:11
**skate** [2] - 3899:1, 3899:20
**skid** [2] - 3899:1, 3900:2
**skills** [1] - 3924:8
**skin** [1] - 3900:16
**skip** [4] - 3875:10, 3877:2, 3878:1, 3880:4
**skipped** [1] - 3851:15
**slave** [2] - 3888:9, 3894:6
**slide** [1] - 3877:13
**SLIDELL** [1] - 3839:12
**slightly** [2] - 3847:16, 3978:16
**slips** [1] - 3899:1
**slowing** [1] - 3905:24
**sludge** [1] - 3951:21
**slurry** [1] - 3861:14
**smart** [1] - 3892:2
**Smith** [1] - 3904:21
**smoke** [1] - 3878:14
**snapshot** [1] - 3940:14
**society** [2] - 3868:23, 3870:1
**solicitation** [1] - 3968:1
**someone** [1] - 3866:5

**sometime** [1] - 3866:17
**somewhere** [1] - 3911:18
**soon** [1] - 3977:24
**sorry** [25] - 3861:4, 3867:2, 3869:22, 3887:21, 3890:1, 3894:4, 3909:11, 3909:21, 3913:18, 3920:18, 3929:23, 3929:25, 3935:15, 3936:10, 3940:22, 3942:25, 3944:1, 3945:25, 3946:11, 3946:13, 3948:23, 3952:17, 3965:20, 3966:8, 3975:17
**sort** [5] - 3855:8, 3858:19, 3916:7, 3961:15, 3964:24
**sound** [3] - 3886:24, 3887:14, 3889:25
**sounds** [3] - 3861:4, 3890:1, 3924:20
**source** [6] - 3918:11, 3950:19, 3950:23, 3957:6, 3957:12
**sources** [1] - 3910:5
**SOUTH** [1] - 3842:23
**spaces** [2] - 3875:19, 3875:21
**spare** [4] - 3898:6, 3907:19, 3907:21, 3907:25
**spares** [5] - 3873:16, 3876:15, 3899:23, 3908:6, 3958:21
**speaking** [2] - 3848:15, 3919:6
**special** [5] - 3869:1, 3869:2, 3869:3, 3903:20, 3964:1
**specialized** [1] - 3903:17
**specific** [14] - 3848:20, 3848:21, 3864:10, 3865:4, 3874:15, 3881:25, 3882:1, 3916:9, 3925:14, 3962:2, 3969:22, 3970:12, 3970:13
**specifically** [2] - 3929:21, 3930:4
**spend** [1] - 3931:18
**SPILL** [1] - 3837:5
**SPIRO** [1] - 3840:22
**spoliation** [1] - 3865:20

**spreadsheets** [2] - 3893:3, 3893:14
**SQUARE** [1] - 3841:21
**stability** [3] - 3876:11, 3876:20, 3964:14
**stack** [1] - 3880:13
**staff** [1] - 3917:24
**stamped** [2] - 3866:2, 3912:21
**stand** [1] - 3955:7
**standard** [1] - 3848:18
**standards** [1] - 3960:16
**standing** [2] - 3899:5, 3962:15
**standpoint** [9] - 3890:23, 3909:25, 3922:1, 3926:13, 3928:23, 3933:25, 3944:13, 3946:17, 3978:1
**start** [7] - 3876:4, 3876:11, 3879:10, 3881:10, 3919:24, 3934:5, 3956:14
**started** [5] - 3857:21, 3896:1, 3903:19, 3912:15, 3959:6
**starts** [3] - 3850:14, 3899:25, 3900:10
**STATE** [3] - 3841:3, 3841:8, 3841:10
**state** [2] - 3884:4, 3958:17
**State** [2] - 3846:14, 3979:4
**statement** [4] - 3918:19, 3925:9, 3927:7, 3932:18
**STATES** [4] - 3837:1, 3837:15, 3837:23, 3840:3
**States** [2] - 3979:5, 3979:15
**stating** [1] - 3860:17
**STATION** [1] - 3840:24
**station** [13] - 3926:19, 3960:21, 3963:4, 3964:12, 3964:23, 3965:4, 3967:2, 3967:4, 3967:6, 3968:17, 3968:18, 3968:21, 3968:22
**status** [4] - 3859:11, 3892:21, 3977:17, 3977:25
**stay** [2] - 3923:19, 3926:19
**staying** [1] - 3897:17

stays [1] - 3910:22
steady [1] - 3954:16
Steering [1] - 3867:13
STENOGRAPHY [1] -
3844:16
STEPHEN [1] - 3838:7
STERBCOW [2] -
3838:14, 3838:14
STERNBERG [1] -
3844:3
Steve [3] - 3846:23,
3895:21, 3895:22
STEVEN [2] - 3840:10,
3842:18
still [8] - 3857:1,
3861:20, 3882:16,
3889:1, 3903:18,
3915:6, 3946:1,
3967:24
stipulate [1] - 3851:23
stipulated [3] -
3914:14, 3914:15,
3914:23
stipulations [4] -
3851:4, 3851:14,
3851:19, 3852:3
Stipulations [1] -
3852:4
STONE [1] - 3843:11
stop [4] - 3869:6,
3919:16, 3949:21,
3972:4
stops [1] - 3876:25
storage [1] - 3943:10
STRANGE [1] - 3841:4
STREET [19] - 3838:4,
3838:11, 3838:15,
3838:19, 3838:22,
3839:11, 3839:15,
3839:22, 3841:11,
3841:16, 3841:22,
3842:15, 3842:19,
3843:4, 3843:12,
3843:18, 3843:24,
3844:8, 3844:13
strength [1] - 3931:12
stricken [2] - 3977:11,
3977:18
strike [1] - 3921:21
strikeouts [1] - 3978:5
strong [2] - 3930:3,
3931:7
stronger [1] - 3930:7
strongly [1] - 3928:9
structural [1] -
3870:11
structure [2] -
3917:18, 3959:22
structures [1] -
3975:21

struggle [1] - 3902:14
subject [11] - 3847:10,
3847:11, 3850:20,
3850:24, 3853:2,
3853:6, 3857:10,
3874:16, 3880:10,
3880:13, 3936:5
submission [2] -
3861:11, 3862:21
submissions [1] -
3866:24
submit [6] - 3852:25,
3853:21, 3853:23,
3854:3, 3861:23,
3877:20
submitted [2] -
3852:24, 3956:20
submitting [1] -
3866:23
subpoena [4] -
3860:4, 3860:16,
3862:15, 3865:8
subpoenas [1] -
3854:9
subsea [4] - 3893:2,
3893:13, 3909:10,
3910:18
subsection [2] -
3925:5, 3966:18
subsequent [5] -
3888:7, 3918:10,
3918:11, 3920:4,
3921:6
subservient [1] -
3969:6
substantive [1] -
3847:23
successful [1] -
3924:6
suction [3] - 3875:12,
3876:3, 3876:6
sudden [3] - 3866:3,
3900:18, 3962:12
suddenly [1] -
3961:25
sufficient [1] -
3904:15
sufficiently [3] -
3904:11, 3904:15,
3925:14
suggest [5] - 3852:17,
3874:21, 3898:4,
3924:3, 3924:17
suggested [3] -
3874:20, 3930:5,
3969:5
suggesting [1] -
3864:22
suggestion [1] -
3864:23

suggestions [1] -
3864:24
suggests [3] - 3863:9,
3898:5, 3924:12
suitably [1] - 3872:8
SUITE [13] - 3838:4,
3838:15, 3838:19,
3839:4, 3839:8,
3841:22, 3842:15,
3842:19, 3843:8,
3843:18, 3843:24,
3844:4, 3844:8
SULLIVAN [1] -
3840:17
summarily [1] -
3880:7
Summary [1] -
3917:10
summary [11] -
3868:13, 3871:19,
3878:4, 3885:12,
3916:19, 3929:22,
3939:23, 3940:10,
3945:21, 3945:24,
3945:25
summer [1] - 3865:20
super [1] - 3926:13
superintendent [1] -
3896:21
superseded [1] -
3852:6
supervising [1] -
3976:4
supervision [3] -
3903:9, 3924:16,
3926:4
supervisor [3] -
3895:24, 3896:22,
3898:3
supervisors [5] -
3903:9, 3903:13,
3919:14, 3930:8,
3931:17
supplies [1] - 3948:14
supply [3] - 3901:9,
3945:6, 3948:14
support [5] - 3916:20,
3919:12, 3975:20,
3975:24, 3976:11
supported [1] -
3919:10
suppose [1] - 3848:18
supposed [3] -
3867:20, 3894:7,
3923:14
suppressant [1] -
3881:3
surprise [1] - 3900:18
survey [7] - 3869:2,
3869:3, 3919:11,

3928:7, 3931:1,
3959:8
surveyor [2] - 3870:4,
3870:17
surveys [2] - 3885:3,
3918:24
suspend [1] - 3871:25
sustain [1] - 3967:18
SUTHERLAND [1] -
3842:17
SVC [2] - 3894:10,
3894:15
SW [2] - 3944:22,
3944:23
switch [2] - 3910:20,
3910:21
sworn [2] - 3850:13,
3867:5
system [66] - 3870:10,
3876:2, 3876:3,
3879:3, 3879:9,
3880:22, 3881:2,
3881:3, 3881:7,
3882:5, 3882:7,
3883:7, 3893:9,
3894:16, 3901:1,
3902:4, 3902:24,
3905:16, 3905:19,
3905:21, 3905:24,
3906:2, 3906:7,
3906:9, 3906:24,
3907:4, 3909:13,
3913:2, 3913:14,
3915:4, 3917:2,
3924:16, 3936:18,
3937:5, 3937:19,
3937:21, 3938:5,
3938:12, 3938:16,
3939:17, 3941:2,
3943:9, 3943:17,
3949:17, 3949:19,
3954:8, 3954:10,
3954:12, 3954:17,
3954:18, 3954:20,
3955:21, 3960:2,
3965:15, 3971:21,
3971:23, 3973:10,
3975:7, 3975:10,
3976:25, 3977:15
systems [9] - 3858:1,
3873:7, 3875:13,
3880:24, 3889:17,
3926:4, 3926:12,
3926:18

| **T** |
| --- |

talks [1] - 3916:1
tamp [1] - 3953:12
tank [5] - 3910:21,

3910:22, 3951:5,
3951:11, 3951:16
tanker [1] - 3926:13
tanks [2] - 3910:20,
3951:18
TANNER [1] - 3844:7
task [4] - 3917:25,
3919:22, 3920:5,
3922:18
tasks [4] - 3882:17,
3884:11, 3918:1,
3957:23
Team [1] - 3871:25
team [4] - 3885:25,
3886:6, 3887:2,
3888:14
teams [5] - 3886:2,
3916:22, 3919:15,
3919:18, 3919:21
technical [1] -
3914:10
Technical [1] - 3887:9
technicality [1] -
3850:11
technically [1] -
3849:25
technician [2] -
3879:17, 3894:10
technicians [1] -
3890:9
temperature [1] -
3878:18
ten [5] - 3869:3,
3874:12, 3883:12,
3897:10, 3907:17
ten-year [1] - 3883:12
tension [2] - 3954:10,
3954:12
tensioner [7] - 3906:2,
3906:5, 3954:5,
3954:8, 3954:17,
3954:20, 3955:2
terms [3] - 3870:8,
3871:14, 3971:22
terrible [1] - 3934:23
Test [1] - 3873:19
test [2] - 3879:10,
3880:9
tested [3] - 3875:4,
3875:11, 3910:16
testified [5] - 3853:2,
3867:6, 3911:15,
3926:11, 3948:7
testify [2] - 3849:13,
3962:10
testimony [8] -
3846:12, 3859:20,
3861:12, 3864:20,
3867:2, 3932:10,
3965:13, 3971:3

**testing** [10] - 3864:4, 3864:6, 3864:18, 3865:12, 3865:17, 3865:25, 3954:7, 3955:1, 3955:6, 3955:11

**tests** [1] - 3880:24

**Texas** [1] - 3861:1

**THE** [136] - 3837:5, 3837:5, 3837:12, 3837:22, 3838:3, 3840:3, 3841:3, 3841:8, 3841:9, 3846:7, 3846:8, 3846:10, 3846:18, 3847:7, 3847:9, 3847:25, 3848:4, 3848:15, 3848:17, 3848:22, 3849:8, 3849:21, 3850:3, 3850:12, 3851:2, 3851:7, 3851:13, 3851:24, 3852:8, 3852:19, 3853:4, 3853:8, 3853:12, 3853:21, 3853:24, 3854:4, 3854:15, 3854:24, 3855:10, 3855:13, 3855:22, 3856:12, 3856:15, 3857:3, 3857:12, 3857:14, 3858:5, 3858:12, 3858:21, 3858:25, 3861:4, 3861:7, 3861:12, 3861:17, 3862:17, 3863:2, 3864:20, 3866:8, 3866:13, 3866:21, 3867:2, 3877:7, 3877:17, 3877:21, 3894:19, 3894:21, 3894:24, 3895:2, 3895:3, 3905:4, 3905:7, 3905:11, 3905:14, 3912:4, 3912:8, 3912:11, 3912:17, 3912:23, 3913:7, 3913:19, 3913:20, 3913:23, 3914:1, 3914:3, 3914:5, 3914:7, 3914:8, 3914:10, 3914:13, 3914:16, 3914:22, 3914:25, 3915:9, 3915:18, 3915:21, 3915:23, 3916:8, 3916:10, 3916:13, 3916:14, 3916:16, 3924:25, 3925:2, 3927:19, 3927:23,

3933:11, 3935:9, 3935:12, 3935:13, 3935:15, 3935:17, 3936:3, 3956:4, 3956:7, 3956:10, 3956:12, 3956:21, 3956:24, 3957:1, 3957:3, 3957:5, 3957:7, 3957:14, 3961:14, 3961:19, 3962:5, 3962:10, 3962:20, 3962:23, 3963:9, 3967:18, 3976:21, 3978:5, 3978:9, 3978:14, 3978:18

**themselves** [1] - 3889:10

**thereby** [1] - 3880:23

**therefore** [2] - 3874:8, 3972:8

**they've** [3] - 3865:14, 3890:24, 3929:15

**thinking** [2] - 3849:21, 3896:15

**thinks** [1] - 3957:8

**third** [13] - 3865:17, 3872:15, 3903:14, 3908:12, 3908:19, 3920:18, 3921:5, 3933:17, 3933:23, 3934:9, 3952:18, 3969:2, 3977:21

**THIRD** [1] - 3841:11

**third-party** [1] - 3865:17

**THIS** [1] - 3837:11

**THOMAS** [1] - 3839:11

**THORNHILL** [2] - 3839:10, 3839:11

**threatens** [1] - 3926:25

**three** [10] - 3854:1, 3859:13, 3864:7, 3875:11, 3875:12, 3876:5, 3883:14, 3903:10, 3923:25, 3947:11

**threw** [1] - 3864:16

**throughout** [8] - 3861:3, 3863:15, 3877:10, 3889:19, 3889:20, 3890:20, 3919:3, 3926:2

**thruster** [8] - 3875:16, 3876:12, 3901:5, 3903:24, 3904:2, 3946:15, 3946:18, 3947:18

**thrusters** [3] -

3869:11, 3871:4, 3947:19

**THURSDAY** [2] - 3837:9, 3846:2

**Tiano** [2] - 3902:8, 3902:11

**Tim** [1] - 3859:20

**timeline** [1] - 3862:21

**timely** [2] - 3958:21, 3974:12

**timestamp** [1] - 3858:2

**tired** [1] - 3934:5

**title** [2] - 3940:24, 3969:12

**TO** [2] - 3837:11, 3846:4

**today** [6] - 3859:1, 3859:16, 3862:20, 3866:17, 3866:22, 3878:17

**together** [1] - 3885:23

**TOLLES** [1] - 3842:21

**tomorrow's** [1] - 3859:11

**Tony** [1] - 3863:13

**took** [3] - 3847:1, 3902:19, 3914:6

**toolpusher** [1] - 3896:21

**toolpushers** [2] - 3909:7, 3909:15

**tools** [2] - 3901:19, 3927:2

**top** [18] - 3858:2, 3879:20, 3882:18, 3895:15, 3897:17, 3899:9, 3900:1, 3912:23, 3931:4, 3931:10, 3932:6, 3945:9, 3953:18, 3955:5, 3970:19, 3971:17, 3976:24, 3977:8

**topic** [1] - 3968:5

**topical** [1] - 3871:10

**tops** [1] - 3924:16

**TORTS** [2] - 3840:4, 3840:15

**total** [1] - 3957:23

**totaling** [1] - 3885:11

**touched** [2] - 3860:20, 3862:9

**tour** [1] - 3886:22

**tours** [1] - 3919:24

**towards** [1] - 3902:11

**TOWER** [2] - 3843:4, 3843:23

**traced** [1] - 3917:11

**track** [1] - 3879:15,

3893:7

**tracking** [1] - 3885:6

**trade** [2] - 3903:17, 3954:6

**traded** [1] - 3897:17

**trained** [19] - 3926:21, 3927:9, 3936:1, 3936:18, 3937:1, 3937:4, 3937:12, 3937:18, 3937:21, 3938:1, 3938:5, 3938:10, 3938:15, 3938:19, 3938:23, 3938:24, 3939:10, 3939:14, 3939:17

**training** [13] - 3903:20, 3903:22, 3919:12, 3925:5, 3925:6, 3925:13, 3925:20, 3926:3, 3927:16, 3931:20, 3934:22, 3936:20

**TRANSCRIPT** [2] - 3837:21, 3844:16

**transcript** [2] - 3913:11, 3979:7

**transcripts** [1] - 3847:5

**transducers** [1] - 3906:3

**transferred** [1] - 3903:17

**transit** [1] - 3973:25

**transition** [1] - 3902:19

**TRANSOCEAN** [3] - 3842:11, 3842:11, 3842:13

**Transocean** [38] - 3849:23, 3872:6, 3881:15, 3883:22, 3886:5, 3887:3, 3894:2, 3894:8, 3895:7, 3898:16, 3901:1, 3901:18, 3904:21, 3904:22, 3905:11, 3905:12, 3905:23, 3912:21, 3916:2, 3916:20, 3916:23, 3916:24, 3923:8, 3925:6, 3927:18, 3932:19, 3933:9, 3935:5, 3941:16, 3944:20, 3959:6, 3960:24, 3961:24, 3967:3, 3967:10, 3975:7, 3977:10

**Transocean's** [8] - 3917:17, 3930:19,

3936:18, 3955:20, 3965:14, 3973:10, 3975:10, 3976:25

**Tranter** [1] - 3904:21

**trash** [1] - 3951:20

**tremendous** [2] - 3878:23, 3878:24

**TREX** [11] - 3859:21, 3860:12, 3887:20, 3889:13, 3913:13, 3955:24, 3956:13, 3956:15, 3956:21, 3957:1

**TREX-00929** [1] - 3929:19

**TREX-3110** [1] - 3860:13

**TREX-3285** [1] - 3904:19

**TREX-3405** [1] - 3868:2

**TREX-41008** [1] - 3965:11

**TREX-4644** [1] - 3969:11

**TREX-4680** [1] - 3887:8

**TREX-47221** [1] - 3892:16

**TREX-48002** [1] - 3863:12

**TREX-5595** [1] - 3863:23

**TREX-5776** [1] - 3966:16

**TREX-664** [3] - 3955:25, 3956:15, 3957:12

**TREX-671** [1] - 3973:5

**trial** [13] - 3848:1, 3848:14, 3851:5, 3851:13, 3851:19, 3854:17, 3855:14, 3857:21, 3858:22, 3861:21, 3862:12, 3864:21, 3877:10

**TRIAL** [1] - 3837:21

**tried** [1] - 3900:4

**triggered** [1] - 3938:11

**trip** [4] - 3910:20, 3910:21, 3910:22, 3930:6

**TRITON** [1] - 3837:13

**trouble** [2] - 3898:6, 3913:7

**troubleshoot/repair** [1] - 3896:13

**troubleshooting** [1] - 3894:11

**troubling** [1] - 3921:9

**true** [19] - 3853:4, 3875:24, 3886:12, 3892:12, 3893:7, 3901:11, 3906:18, 3907:13, 3907:14, 3918:24, 3922:22, 3927:4, 3933:5, 3934:20, 3939:3, 3953:10, 3959:5, 3959:18, 3979:7
**trust** [2] - 3928:5, 3928:17
**try** [8] - 3857:2, 3857:8, 3880:4, 3884:22, 3891:1, 3928:1, 3933:1, 3954:15
**trying** [5] - 3857:3, 3861:20, 3894:24, 3903:10, 3927:22
**turn** [3] - 3906:6, 3954:24, 3957:10
**turned** [4] - 3860:3, 3860:6, 3862:2, 3862:15
**two** [26] - 3856:24, 3859:21, 3860:12, 3863:10, 3865:1, 3865:25, 3866:4, 3868:24, 3873:7, 3883:14, 3890:3, 3894:12, 3894:13, 3894:18, 3894:25, 3895:1, 3895:10, 3901:7, 3902:22, 3903:5, 3908:4, 3925:4, 3947:10, 3949:13, 3957:14
**TX** [8] - 3839:5, 3839:19, 3842:19, 3843:8, 3843:18, 3843:24, 3844:4, 3844:9
**type** [7] - 3867:21, 3882:21, 3905:20, 3916:7, 3941:3, 3941:21, 3964:3
**types** [1] - 3855:7
**typically** [1] - 3917:11

**U**

**U.S** [4] - 3840:4, 3840:8, 3840:15, 3840:21
**ultimate** [1] - 3977:15
**ultimately** [3] - 3861:14, 3889:12, 3940:1
**unable** [1] - 3900:15

**unaware** [2] - 3886:22, 3891:16
**unconditionally** [1] - 3853:1
**under** [26] - 3852:25, 3853:4, 3860:5, 3860:15, 3860:19, 3862:2, 3868:21, 3868:22, 3869:24, 3870:8, 3871:14, 3952:2, 3952:4, 3952:8, 3952:11, 3955:11, 3960:22, 3963:5, 3964:25, 3965:19, 3966:12, 3968:5, 3972:10, 3972:17, 3973:15, 3975:22
**UNDERHILL** [1] - 3840:5
**Underhill's** [1] - 3862:3
**underneath** [1] - 3925:5
**underpinning** [1] - 3918:16
**underpins** [1] - 3918:4
**understatement** [1] - 3899:12
**understood** [5] - 3892:23, 3920:3, 3921:6, 3922:5, 3965:5
**undertake** [1] - 3868:17
**undertaken** [1] - 3870:1
**underwater** [3] - 3868:18, 3869:10, 3870:2
**underway** [6] - 3970:23, 3971:4, 3971:19, 3972:5, 3972:7, 3973:25
**unfolding** [1] - 3922:23
**unfolds** [1] - 3866:25
**unfortunately** [2] - 3903:14, 3903:22
**Unfortunately** [1] - 3903:25
**unhealthy** [1] - 3928:24
**unit** [4] - 3900:3, 3935:3, 3936:13, 3947:13
**United** [2] - 3979:5, 3979:15
**UNITED** [4] - 3837:1, 3837:15, 3837:23,

3840:3
**units** [1] - 3947:13
**unless** [1] - 3962:14
**unsafe** [1] - 3948:20
**unseaworthy** [5] - 3871:16, 3875:7, 3875:23, 3876:19, 3904:18
**up** [45] - 3849:3, 3849:9, 3859:20, 3862:8, 3866:16, 3868:4, 3875:6, 3877:19, 3881:11, 3884:22, 3886:3, 3886:10, 3889:1, 3889:7, 3889:9, 3889:10, 3889:11, 3891:1, 3897:22, 3898:23, 3906:14, 3907:7, 3907:22, 3915:8, 3923:19, 3924:17, 3924:23, 3925:2, 3926:4, 3929:15, 3931:10, 3935:20, 3943:18, 3945:9, 3949:22, 3950:22, 3950:25, 3954:15, 3955:23, 3956:7, 3958:25, 3967:24, 3970:22, 3971:17, 3978:13
**updated** [3] - 3891:22, 3892:21, 3913:2
**upgrading** [1] - 3903:2
**upper** [4] - 3873:19, 3880:9, 3908:14, 3970:22
**ups** [1] - 3868:9
**urgently** [1] - 3879:12
**US** [1] - 3970:10
**usable** [1] - 3908:6
**user** [1] - 3902:6
**UWILD** [16] - 3868:18, 3868:20, 3869:22, 3869:24, 3869:25, 3870:2, 3870:8, 3870:13, 3870:15, 3870:18, 3870:24, 3871:12, 3896:11, 3897:1, 3900:12, 3900:15

**V**

**VA** [1] - 3838:19
**valid** [1] - 3870:19
**valve** [2] - 3910:21, 3941:3

**valves** [6] - 3870:11, 3900:16, 3908:19, 3908:25, 3955:6
**various** [13] - 3860:23, 3870:6, 3887:1, 3888:8, 3893:3, 3893:14, 3894:4, 3901:4, 3904:20, 3916:3, 3919:1, 3919:2, 3939:6
**ventilation** [1] - 3943:11
**verbatim** [1] - 3910:19
**verification** [1] - 3872:5
**verify** [1] - 3971:22
**versa** [1] - 3877:14
**version** [1] - 3961:11
**vessel** [98] - 3868:21, 3869:2, 3869:9, 3870:7, 3870:25, 3871:3, 3871:8, 3871:11, 3872:11, 3872:11, 3872:21, 3872:25, 3873:2, 3874:5, 3874:7, 3874:12, 3875:16, 3875:25, 3876:18, 3876:20, 3878:14, 3879:14, 3879:18, 3882:6, 3882:23, 3884:13, 3884:18, 3884:22, 3884:24, 3885:6, 3885:8, 3889:10, 3891:9, 3894:15, 3901:15, 3902:25, 3904:13, 3904:17, 3904:18, 3916:9, 3921:8, 3921:21, 3921:23, 3922:2, 3922:9, 3922:15, 3922:16, 3922:17, 3922:21, 3922:23, 3922:24, 3923:4, 3926:11, 3927:1, 3936:4, 3936:23, 3937:9, 3938:2, 3938:16, 3941:24, 3942:8, 3945:2, 3946:7, 3947:8, 3948:8, 3953:14, 3954:14, 3954:15, 3954:24, 3958:18, 3959:15, 3959:19, 3961:21, 3963:22, 3963:24, 3964:1, 3964:5, 3964:8, 3965:8, 3969:9, 3970:1, 3970:8, 3971:4,

3973:3, 3973:15, 3974:6, 3974:10, 3975:25, 3976:2, 3976:3, 3976:12, 3976:14, 3977:14, 3977:19, 3977:25, 3978:1
**vessels** [3] - 3904:11, 3928:21, 3931:22
**viability** [1] - 3927:1
**vice** [1] - 3877:14
**video** [1] - 3870:4
**view** [4] - 3847:16, 3854:7, 3855:4, 3862:13
**violation** [11] - 3872:13, 3874:2, 3875:8, 3881:19, 3908:9, 3911:22, 3911:24, 3942:4, 3971:6, 3971:7, 3972:21
**violations** [1] - 3908:4
**VIRGINIA** [1] - 3838:19
**visited** [1] - 3916:23
**vital** [10] - 3899:9, 3901:9, 3907:4, 3911:5, 3921:1, 3921:2, 3931:22, 3934:5, 3941:24
**VLV** [1] - 3908:19
**VOICES** [1] - 3846:9
**volume** [1] - 3855:3
**Volume** [1] - 3969:13
**VON** [1] - 3844:3
**voyage** [2] - 3867:24, 3959:6

**W**

**wait** [7] - 3849:6, 3922:9, 3956:4, 3962:23, 3966:7
**waiting** [4] - 3943:21, 3944:15, 3945:16, 3946:8
**walk** [1] - 3897:10
**WALKER** [1] - 3838:18
**WALTER** [1] - 3838:22
**WALTHER** [1] - 3843:11
**wants** [1] - 3857:7
**WASHINGTON** [4] - 3840:13, 3840:19, 3840:24, 3842:4
**waste** [1] - 3849:16
**watch** [7] - 3899:5,

3901:12, 3920:24, 3928:21, 3933:23, 3939:3, 3978:15
**watches** [1] - 3870:6
**water** [9] - 3869:10, 3871:4, 3875:18, 3875:19, 3875:25, 3901:10, 3945:3, 3945:9, 3947:22
**watertight** [7] - 3871:4, 3871:23, 3875:3, 3876:14, 3876:21, 3876:24, 3878:16
**WATTS** [2] - 3839:3, 3839:3
**wavelength** [1] - 3892:24
**ways** [2] - 3920:15, 3949:14
**WCS** [1] - 3908:19
**weaknesses** [3] - 3931:10, 3931:15, 3933:14
**wearing** [2] - 3927:21, 3933:20
**web** [2] - 3967:22, 3967:24
**WEBSTER** [1] - 3867:4
**Webster** [53] - 3867:10, 3872:9, 3872:19, 3873:10, 3878:3, 3880:7, 3881:10, 3884:23, 3889:16, 3895:6, 3895:20, 3898:2, 3900:25, 3902:23, 3904:22, 3905:18, 3910:7, 3915:15, 3915:25, 3917:9, 3923:21, 3928:3, 3929:21, 3933:6, 3933:25, 3934:21, 3936:10, 3939:20, 3940:25, 3952:13, 3953:21, 3955:17, 3956:2, 3957:16, 3958:23, 3959:1, 3960:10, 3960:22, 3963:6, 3963:11, 3965:12, 3967:21, 3970:3, 3970:25, 3971:11, 3972:4, 3973:7, 3974:15, 3975:6, 3976:7, 3976:23, 3977:3, 3977:9
**WEBSTER**................
.....................[1] -

3845:6
**week** [13] - 3859:20, 3885:24, 3886:1, 3886:9, 3886:13, 3887:3, 3888:14, 3888:17, 3889:6, 3894:7, 3933:17, 3933:23, 3934:9
**weekly** [1] - 3866:18
**weeks** [7] - 3894:13, 3894:18, 3895:1, 3895:10, 3900:22, 3902:22, 3934:14
**welcome** [1] - 3867:10
**welding** [1] - 3903:11
**well-being** [1] - 3874:9
**wellhead** [1] - 3974:12
**Wells** [1] - 3871:25
**wells** [2] - 3964:2
**whatsoever** [1] - 3860:21
**whereas** [1] - 3917:21
**WHEREUPON** [5] - 3846:21, 3855:25, 3856:17, 3914:6, 3978:19
**WHITELEY** [1] - 3841:14
**whole** [4] - 3871:6, 3896:17, 3905:1, 3947:10
**widespread** [1] - 3882:15
**Williams** [5] - 3867:12, 3890:15, 3912:4, 3915:1, 3927:19
**WILLIAMS** [82] - 3839:7, 3839:7, 3867:9, 3877:3, 3877:16, 3877:19, 3877:23, 3877:25, 3894:17, 3894:20, 3894:22, 3895:4, 3895:5, 3905:6, 3905:9, 3905:12, 3905:15, 3912:7, 3912:9, 3912:14, 3912:19, 3913:1, 3913:5, 3913:18, 3913:21, 3913:24, 3914:2, 3915:2, 3915:10, 3915:11, 3915:20, 3915:22, 3915:24, 3916:17, 3917:6, 3917:8, 3925:3, 3927:21, 3927:25, 3929:18, 3929:20, 3930:22,

3930:24, 3933:12, 3935:10, 3935:19, 3935:23, 3936:8, 3936:9, 3940:20, 3940:21, 3955:24, 3956:1, 3956:6, 3956:9, 3956:19, 3956:23, 3956:25, 3957:2, 3957:4, 3957:6, 3957:10, 3957:15, 3960:5, 3960:7, 3961:6, 3961:16, 3962:9, 3962:18, 3962:21, 3963:10, 3967:19, 3969:17, 3969:19, 3971:14, 3971:16, 3975:13, 3975:15, 3976:19, 3976:22, 3978:8, 3978:10
**WILLIAMS......** [1] - 3845:7
**Williamson** [1] - 3856:20
**WILLIAMSON** [5] - 3839:17, 3839:18, 3856:20, 3857:5, 3857:13
**WINFIELD** [1] - 3841:5
**withdraw** [2] - 3961:17, 3962:19
**WITNESS** [8] - 3895:2, 3913:20, 3916:10, 3916:14, 3925:2, 3935:12, 3935:15, 3963:9
**witness** [11] - 3847:1, 3848:20, 3848:21, 3849:13, 3850:12, 3850:13, 3853:1, 3853:2, 3853:13, 3858:23, 3867:5
**witnesses** [5] - 3848:19, 3849:2, 3849:9, 3852:22, 3855:6
**WITTMANN** [2] - 3843:11, 3843:12
**woefully** [1] - 3896:24
**Woodward** [1] - 3953:6
**word** [1] - 3935:21
**wording** [1] - 3977:10
**words** [3] - 3847:22, 3888:11, 3961:24
**workers** [2] - 3891:4, 3902:6
**workforce** [5] - 3919:7, 3920:19, 3924:14, 3925:7,

3925:21
**workload** [1] - 3884:21
**workplace** [2] - 3919:24, 3925:14
**workplace-specific** [1] - 3925:14
**works** [1] - 3906:2
**world** [1] - 3892:12
**worldwide** [1] - 3858:1
**worried** [1] - 3933:18
**worries** [1] - 3933:19
**worryingly** [1] - 3928:5
**worth** [2] - 3890:3, 3890:12
**WRIGHT** [1] - 3838:3
**write** [1] - 3918:7
**writing** [1] - 3970:10
**written** [1] - 3924:20

**Y**

**Yancy** [1] - 3939:1
**year** [17] - 3851:14, 3860:6, 3860:22, 3861:3, 3863:16, 3868:24, 3868:25, 3873:20, 3873:25, 3874:12, 3874:19, 3883:12, 3890:20, 3891:4, 3911:19, 3911:25, 3941:19
**yearly** [5] - 3881:15, 3907:12, 3908:22, 3911:9
**years** [16] - 3866:4, 3869:1, 3869:19, 3882:9, 3885:1, 3891:9, 3900:2, 3900:5, 3903:12, 3903:21, 3907:15, 3907:17, 3907:18, 3911:18, 3932:5, 3959:11
**yellow** [1] - 3909:7
**yesterday** [14] - 3846:16, 3855:19, 3857:17, 3862:7, 3865:11, 3866:3, 3867:14, 3871:2, 3877:3, 3913:9, 3926:12, 3950:7, 3959:5, 3971:3
**YOAKUM** [1] - 3839:18
**YOUNG** [1] - 3840:23

**Z**

**zero** [1] - 3964:25

**"**

**"MIKE"** [1] - 3842:3

**OFFICIAL TRANSCRIPT**