1                  UNITED STATES DISTRICT COURT

2                  EASTERN DISTRICT OF LOUISIANA

3

4    ****************************************************************

5        IN RE:  OIL SPILL BY THE OIL
         RIG *DEEPWATER HORIZON* IN THE
6        GULF OF MEXICO ON APRIL 20,
         2010
7

8                            CIVIL ACTION NO. 10-MD-2179 "J"
                             NEW ORLEANS, LOUISIANA
9                            Monday, March 18, 2013

10

11       THIS DOCUMENT RELATES TO:

12       CASE NO. 2:10-CV-02771,
         *IN RE:  THE COMPLAINT AND*
13       *PETITION OF TRITON ASSET*
         *LEASING GmbH, ET AL*
14
         CASE NO. 2:10-CV-4536,
15       *UNITED STATES OF AMERICA V.*
         *BP EXPLORATION & PRODUCTION,*
16       *INC., ET AL*

17
     ****************************************************************
18

19

20                   **DAY 13 - MORNING SESSION**

21           TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22       HEARD BEFORE THE HONORABLE CARL J. BARBIER

23                 UNITED STATES DISTRICT JUDGE

24

25

                         ━━OFFICIAL TRANSCRIPT━━

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY & EDWARDS
                                  BY:  JAMES P. ROY, ESQ.
 4                                556 JEFFERSON STREET, SUITE 500
                                  POST OFFICE BOX 3668
 5                                LAFAYETTE, LA  70502

 6                                HERMAN HERMAN & KATZ
                                  BY:  STEPHEN J. HERMAN, ESQ.
 7                                820 O'KEEFE AVENUE
                                  NEW ORLEANS, LA  70113
 8
                                  CUNNINGHAM BOUNDS
 9                                BY:  ROBERT T. CUNNINGHAM, ESQ.
                                  1601 DAUPHIN STREET
10                                MOBILE, AL  36604

11                                LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                  BY:  PAUL M. STERBCOW, ESQ.
12                                PAN AMERICAN LIFE BUILDING
                                  601 POYDRAS STREET, SUITE 2615
13                                NEW ORLEANS, LA  70130

14                                BREIT DRESCHER IMPREVENTO & WALKER
                                  BY:  JEFFREY A. BREIT, ESQ.
15                                600 22ND STREET, SUITE 402
                                  VIRGINIA BEACH, VA  23451
16
                                  LEGER & SHAW
17                                BY:  WALTER J. LEGER, JR., ESQ.
                                  600 CARONDELET STREET, 9TH FLOOR
18                                NEW ORLEANS, LA  70130

19                                WILLIAMS LAW GROUP
                                  BY:  CONRAD S. P. WILLIAMS, ESQ.
20                                435 CORPORATE DRIVE, SUITE 101
                                  HOUMA, LA  70360
21
                                  THORNHILL LAW FIRM
22                                BY:  THOMAS THORNHILL, ESQ.
                                  1308 NINTH STREET
23                                SLIDELL, LA  70458

24

25
```

```
 1
 2                              DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                                BY:  JOHN W. DEGRAVELLES, ESQ.
 3                              618 MAIN STREET
                                BATON ROUGE, LA 70801
 4
                                WILLIAMSON & RUSNAK
 5                              BY:  JIMMY WILLIAMSON, ESQ.
                                4310 YOAKUM BOULEVARD
 6                              HOUSTON, TX  77006

 7                              IRPINO LAW FIRM
                                BY:  ANTHONY IRPINO, ESQ.
 8                              2216 MAGAZINE STREET
                                NEW ORLEANS, LA  70130
 9

10   FOR THE UNITED STATES
     OF AMERICA:               U.S. DEPARTMENT OF JUSTICE
11                             TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQ.
12                             450 GOLDEN GATE AVENUE
                               7TH FLOOR, ROOM 5395
13                             SAN FRANCISCO, CA  94102

14                             U.S. DEPARTMENT OF JUSTICE
                               ENVIRONMENT & NATURAL RESOURCES DIVISION
15                             ENVIRONMENTAL ENFORCEMENT SECTION
                               BY:  STEVEN O'ROURKE, ESQ.
16                                  SCOTT CERNICH, ESQ.
                                    DEANNA CHANG, ESQ.
17                                  RACHEL HANKEY, ESQ.
                                    A. NATHANIEL CHAKERES, ESQ.
18                             P.O. BOX 7611
                               WASHINGTON, DC  20044
19
                               U.S. DEPARTMENT OF JUSTICE
20                             TORTS BRANCH, CIVIL DIVISION
                               BY:  JESSICA McCLELLAN, ESQ.
21                                  MICHELLE DELEMARRE, ESQ.
                                    JESSICA SULLIVAN, ESQ.
22                                  SHARON SHUTLER, ESQ.
                                    MALINDA LAWRENCE, ESQ.
23                             POST OFFICE BOX 14271
                               WASHINGTON, DC  20044
24

25
```

```
 1                              U.S. DEPARTMENT OF JUSTICE
                               FRAUD SECTION
 2                             COMMERCIAL LITIGATION BRANCH
                               BY:  DANIEL SPIRO, ESQ.
 3                                  KELLEY HAUSER, ESQ.
                                    ELIZABETH YOUNG, ESQ.
 4                             BEN FRANKLIN STATION
                               WASHINGTON, DC  20044
 5

 6     FOR THE STATE OF
       ALABAMA:                ALABAMA ATTORNEY GENERAL'S OFFICE
 7                             BY:  LUTHER STRANGE, ATTORNEY GENERAL
                                    COREY L. MAZE, ESQ.
 8                                  WINFIELD J. SINCLAIR, ESQ.
                               500 DEXTER AVENUE
 9                             MONTGOMERY, AL  36130

10

11     FOR THE STATE OF
       LOUISIANA OFFICE
12     OF THE ATTORNEY
       GENERAL:
13                             STATE OF LOUISIANA
                               BY:  JAMES D.  CALDWELL,
14                             ATTORNEY GENERAL
                               1885 NORTH THIRD STREET
15                             POST OFFICE BOX 94005
                               BATON ROUGE, LA  70804
16
                               KANNER & WHITELEY
17                             BY:  ALLAN KANNER, ESQ.
                                    DOUGLAS R. KRAUS, ESQ.
18                             701 CAMP STREET
                               NEW ORLEANS, LA  70130
19

20
       FOR BP EXPLORATION &
21     PRODUCTION INC.,
       BP AMERICA PRODUCTION
22     COMPANY, BP PLC:        LISKOW & LEWIS
                               BY:  DON K. HAYCRAFT, ESQ.
23                             ONE SHELL SQUARE
                               701 POYDRAS STREET
24                             SUITE 5000
                               NEW ORLEANS, LA  70139
25
```

OFFICIAL TRANSCRIPT

```
 1
                        COVINGTON & BURLING
 2                      BY:  ROBERT C. "MIKE" BROCK, ESQ.
                        1201 PENNSYLVANIA AVENUE, NW
 3                      WASHINGTON, DC  20004

 4                      KIRKLAND & ELLIS
                        BY:  J. ANDREW LANGAN, ESQ.
 5                           HARIKLIA "CARRIE" KARIS, ESQ.
                             MATTHEW T. REGAN, ESQ.
 6                      300 N. LASALLE
                        CHICAGO, IL  60654
 7

 8   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 9   OFFSHORE DEEPWATER
     DRILLING INC., AND
10   TRANSOCEAN DEEPWATER
     INC.:                 FRILOT
11                      BY:  KERRY J. MILLER, ESQ.
                        ENERGY CENTRE
12                      1100 POYDRAS STREET, SUITE 3700
                        NEW ORLEANS, LA  70163
13
                        SUTHERLAND ASBILL & BRENNAN
14                      BY:  STEVEN L. ROBERTS, ESQ.
                             RACHEL G. CLINGMAN, ESQ.
15                      1001 FANNIN STREET, SUITE 3700
                        HOUSTON, TX  77002
16
                        MUNGER TOLLES & OLSON
17                      BY:  MICHAEL R. DOYEN, ESQ.
                             BRAD D. BRIAN, ESQ.
18                           LUIS LI, ESQ.
                        335 SOUTH GRAND AVENUE, 35TH FLOOR
19                      LOS ANGELES, CA  90071

20                      MAHTOOK & LAFLEUR
                        BY:  RICHARD J. HYMEL, ESQ.
21                      1000 CHASE TOWER
                        600 JEFFERSON STREET
22                      LAFAYETTE, LA  70502

23                      HUGHES ARRELL KINCHEN
                        BY:  JOHN KINCHEN, ESQ.
24                      2211 NORFOLK, SUITE 1110
                        HOUSTON, TX  77098
25
```

```
 1
    FOR CAMERON INTERNATIONAL
 2  CORPORATION:                    STONE PIGMAN WALTHER WITTMANN
                                    BY:  PHILLIP A. WITTMANN, ESQ.
 3                                  546 CARONDELET STREET
                                    NEW ORLEANS, LA 70130
 4
                                    BECK REDDEN & SECREST
 5                                  BY:  DAVID J. BECK, ESQ.
                                         DAVID W. JONES, ESQ.
 6                                       GEOFFREY GANNAWAY, ESQ.
                                         ALEX B. ROBERTS, ESQ.
 7                                  ONE HOUSTON CENTER
                                    1221 MCKINNEY STREET, SUITE 4500
 8                                  HOUSTON, TX  77010

 9
    FOR HALLIBURTON
10  ENERGY SERVICES,
    INC.:                          GODWIN LEWIS
11                                  BY:  DONALD E. GODWIN, ESQ.
                                         FLOYD R. HARTLEY, JR., ESQ.
12                                       GAVIN HILL, ESQ.
                                    RENAISSANCE TOWER
13                                  1201 ELM STREET, SUITE 1700
                                    DALLAS, TX  75270
14
                                    GODWIN LEWIS
15                                  BY:  JERRY C. VON STERNBERG, ESQ.
                                    1331 LAMAR, SUITE 1665
16                                  HOUSTON, TX  77010

17
    FOR M-I L.L.C.:                 MORGAN, LEWIS & BOCKIUS
18                                  BY:  HUGH E. TANNER, ESQ.
                                         DENISE SCOFIELD, ESQ.
19                                       JOHN C. FUNDERBURK, ESQ.
                                    1000 LOUISIANA STREET, SUITE 4000
20                                  HOUSTON, TX  77002

21
    OFFICIAL COURT REPORTER:        KAREN A. IBOS, CRR, RMR, CCR
22                                  500 POYDRAS STREET, ROOM HB406
                                    NEW ORLEANS, LA  70130
23                                  (504) 589-7776
                                    Karen_Ibos@laed.uscourts.gov
24

25  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.
```

OFFICIAL TRANSCRIPT

1                          I N D E X

2

3    WITNESS:                                        PAGE/LINE:

4

5    GEOFFREY WEBSTER

6

7      Continued Cross-Examination by Mr. Kinchen      4172/19

8

9      Cross-Examination by Mr. Haycraft              4188/13

10

11     Redirect Examination by Mr. Williams           4212/6

12

13

14

15   CALVIN C. BARNHILL

16

17     Voir Dire Examination by Mr. Hymel             4226/2

18

19     Direct Examination by Mr. Hymel                4237/22

20

21

22

23

24

25

4171

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2              MONDAY, MARCH 18, 2013

 3           M O R N I N G   S E S S I O N

 4

 5         (OPEN COURT.)

 6              THE COURT:  Good morning, everyone.  Please be seated.

 7    All right.  I hope everyone had a good weekend.  And welcome back,

 8    Mr. Webster.

 9              THE WITNESS:  Thank you, sir.

10              THE COURT:  Before we resume with the witness's

11    testimony, do we have any preliminary matters?  None?  Okay.

12              All right.  I asked Judge Shushan last week -- by the

13    way, she is probably on her way to Paris right now.  Left the rest

14    of us working, you know.

15              But in any event, I asked her to make a comment at her

16    working group conference.  I don't know how many of the trial

17    lawyers are at the working group conferences, but I commented to

18    her at the end of last week that -- and this is no particular

19    comment or criticism of any particular party or any particular

20    lawyer in the case, just general, my general observation is that,

21    at times sitting through the three weeks that we've had of this

22    trial thus far, at times, not all the time, not every day, but at

23    times, I feel like I am sitting in depositions; because the

24    examinations are so long and so tedious at times that, again, I

25    feel like, you know, when a witness's examination in court takes as
```

08:08:33 1   long as these two-day depositions that you all took, there's

08:08:36 2   something wrong with that, I think, in terms of trial

08:08:38 3   preparation -- trial presentation, I mean.

08:08:41 4        So I just ask you to all to keep that in mind that we're

08:08:45 5   in a trial, we're no longer in depositions, and try to focus.  And

08:08:51 6   particularly in a bench trial, you know, there's a lot that can be

08:08:54 7   and has been submitted to the Court on paper, in depositions, in

08:09:01 8   records and documents and all to the Court has and will consider,

08:09:04 9   so we don't have to go over the same thing multiple times.  Anyway,

08:09:12 10  just keep that in mind.  That's an observation for whatever it's

08:09:15 11  worth.  And again, I do not, in any way, mean that directed to any

08:09:18 12  particular person or attorney or party.

08:09:23 13       Okay.  Where were we?  Mr. Kinchen, you can resume your

08:09:30 14  cross-examination.

08:10:01 15            MR. KINCHEN:  John Kinchen for Transocean.  I'll be

08:10:03 16  cross-examining.

08:10:05 17            THE COURT:  Go ahead.

08:09:35 18                 CONTINUED CROSS-EXAMINATION

08:10:05 19  BY MR. KINCHEN:

08:10:06 20  Q.  Good morning, Mr. Webster.

08:10:07 21  A.  Good morning, sir.

08:10:08 22  Q.  Let's pick up right where we were about to begin with respect

08:10:15 23  to the emergency shutdown system, okay?

08:10:17 24  A.  Yes.

08:10:17 25  Q.  You spent some time last week testifying about the emergency

08:10:22  1   shutdown system, and I believe you've indicated both in your report

08:10:27  2   and in your testimony that Transocean altered the design of the

08:10:32  3   emergency shutdown system, correct?

08:10:34  4   A.  That is correct.

08:10:35  5   Q.  Altered it so that the fire dampers on the air intakes to the

08:10:42  6   engine rooms would not automatically close upon the detection of

08:10:45  7   gas, correct?

08:10:46  8   A.  Correct.

08:10:47  9   Q.  Now, a couple of preliminary things.  We can agree that in

08:10:55 10   order to move away from a hazardous area the *Deepwater Horizon*

08:11:00 11   would require its engines to be running, right?

08:11:02 12   A.  No, can't agree.

08:11:06 13   Q.  We can agree that the *Deepwater Horizon* cannot actually move

08:11:10 14   forward with thrusters without its engines running, right?

08:11:14 15   A.  That is correct.

08:11:16 16   Q.  And those engines can't run if the air supply to the engine is

08:11:20 17   cut off, correct?

08:11:21 18   A.  That is correct.

08:11:22 19   Q.  Okay.  I think the first issue I want to deal with is the

08:11:29 20   allegation that Transocean reconfigured the emergency shutdown

08:11:34 21   system.  You're aware that that system was designed by Kongsberg,

08:11:39 22   correct?

08:11:39 23   A.  Correct.

08:11:40 24   Q.  Now, you understand that the safety -- the design of the

08:11:50 25   emergency shutdown system had to have been memorialized in the

08:11:57  1   design philosophy as any DP MODU would before actual construction,

08:12:03  2   right?

08:12:03  3   A.  That is correct.

08:12:04  4   Q.  Were you aware that the system was actually designed by

08:12:15  5   Kongsberg for the manual activation of the emergency shutdown

08:12:21  6   system in the engine room?

08:12:23  7   A.  No, that's not what I perceived.  If you look at the original

08:12:27  8   operation manual, you'll see that it calls for automatic shutdown

08:12:32  9   of most of the fire dampers on the vessel.

08:12:35 10   Q.  We're not talking about most of the dampers on the vessel,

08:12:37 11   we're talking about the fire dampers in the engine room, okay?

08:12:41 12   A.  They were configured originally in the operation manual to be

08:12:44 13   automatically closed.

08:12:45 14   Q.  I noticed that the design philosophy for the safety system was

08:12:52 15   not in your reliance documents.  Is that because you never reviewed

08:12:58 16   that document, the design philosophy for the safety system of the

08:13:03 17   *Deepwater Horizon*?

08:13:04 18   A.  I do not recall, sorry.  I read so many documents.

08:13:08 19   Q.  Let's take a look at Exhibit 1118, and let's just first look at

08:13:14 20   the first page, 1118-1.  It's the Safety System Design Philosophy

08:13:23 21   RBS8D project, "*Deepwater Horizon*".  Do you see that?

08:13:26 22   A.  I'm sorry.  Yes, I do.

08:13:27 23   Q.  And this would be a document that's not in your reliance list,

08:13:31 24   correct?

08:13:32 25   A.  It could be.  I am not sure.

08:13:34  1   Q.  Can we agree that you're not familiar with this document as we

08:13:38  2   sit here today?

08:13:39  3   A.  No, I believe I have seen it before, yes.

08:13:41  4   Q.  You have seen it?

08:13:42  5   A.  I have seen it.

08:13:43  6   Q.  Let's look at page 13 of 17 in that document.  And let's

08:13:47  7   specifically do a call-out, 1118-13A.  And this is part of the

08:13:59  8   description of the emergency shutdown system.  Do you see that?

08:14:02  9   A.  I do.

08:14:02  10  Q.  It says, "It is important to note that the emergency shutdown

08:14:08  11  system, the ESD, responses on a Dynamically Positioned MODU, such

08:14:14  12  as RBS8D."  And we can agree, Mr. Webster, that RBS8D is the

08:14:21  13  *Deepwater Horizon*, correct?

08:14:21  14  A.  Yes.

08:14:22  15  Q.  "Are different from the ESD philosophy employed on MODUs that

08:14:27  16  are not dynamically positioned."  Did I read that correctly?

08:14:31  17  A.  You did, correct.

08:14:32  18  Q.  Do you agree with that statement?

08:14:35  19  A.  Yes.

08:14:40  20  Q.  "On a Dynamically Positioned MODU, there is generally not a

08:14:49  21  single top level shutdown level that stops all engines and

08:14:54  22  disconnects all possible sources of ignition in case of an

08:14:57  23  uncontrolled well blowout."  Did I read that correctly?

08:14:59  24  A.  You did.

08:15:00  25  Q.  And indeed, on the *Deepwater Horizon* there was not a

4176

08:15:06  1   generally -- a general single top level shutdown level that stopped

08:15:09  2   all of the engines, correct?

08:15:11  3   A.  That is correct.  Against the regulations.

08:15:13  4   Q.  "Instead of this type of shutdown, a DP MODU will perform in

08:15:20  5   emergency disconnect from the wellhead and escape the hazardous

08:15:24  6   area in such a case."  Did I read that correctly?

08:15:26  7   A.  That is correct.

08:15:27  8   Q.  This description of this design is the design of the emergency

08:15:33  9   shutdown system on the *Deepwater Horizon*, is it not?

08:15:37 10   A.  It is, but it's in contradiction to MODU Code, Section 8.

08:15:44 11   Q.  It's in contradiction to the MODU Code is your position?

08:15:48 12   A.  Yes.

08:15:49 13   Q.  Okay.  And we can agree that before this vessel could be

08:15:55 14   classed -- and it was classed by the American Bureau of Shipping,

08:15:58 15   was it not?

08:15:58 16   A.  It was.

08:15:59 17   Q.  Before this DP MODU can be classed, its design philosophy has

08:16:06 18   to be approved by the American Bureau of Shipping for compliance

08:16:11 19   with the MODU Code, correct?

08:16:13 20   A.  Correct.

08:16:14 21   Q.  And indeed, if we take a look back at the first page,

08:16:19 22   Exhibit 1118, we see that this document was reviewed by the

08:16:27 23   American Bureau of Shipping.  Do you see that?

08:16:29 24   A.  I do.

08:16:29 25   Q.  For compliance with the MODU Code, correct?

4177

08:16:34  1    A.  Yes.  But it wasn't in compliance with the MODU Code.  You see

08:16:38  2    Section 8.9 says -- in the section which is called "Periodically

08:16:45  3    Unmanned Unattended Machinery Spaces," it says, "A system should be

08:16:50  4    provided to ensure that serious malfunctioning machinery operations

08:16:55  5    which presents an immediate danger should initiate the automatic

08:16:58  6    shutdown of that part of the plant and alarm should be given.

08:17:04  7    Shutdown systems should not be automatically activated except in

08:17:07  8    cases which could lead to serious damage, complete break down or

08:17:13  9    explosion."  And gas in an engine room can cause an engine to

08:17:19  10   explode, sir.

08:17:19  11   Q.  In other words, what I think I hear you saying is that you,

08:17:26  12   Mr. Webster, would not have approved this safety design philosophy

08:17:32  13   as being compliant with the MODU Code; is that correct?

08:17:35  14   A.  No.

08:17:36  15   Q.  The American Bureau of Shipping disagrees with you, did they

08:17:41  16   not?

08:17:42  17   A.  Obviously, they did.

08:17:43  18   Q.  Now, you've devoted an entire section of your report to

08:17:55  19   criticizing the maintenance of the blowout preventer, correct?

08:18:02  20   A.  I have, yes.

08:18:05  21        MR. KINCHEN:  Your Honor, if I may make a small point.  I

08:18:09  22   understand -- and Mr. Webster has been candid about his lack of

08:18:13  23   expertise in the blowout preventer.  The report which was submitted

08:18:17  24   in its entirety has a section that goes beyond the regulations and

08:18:22  25   into actual maintenance.

08:18:23  1          THE COURT:  All right.  We don't need to go there because

08:18:26  2   we're not going to consider that.

08:18:28  3          MR. KINCHEN:  That's why I brought it up.

08:18:33  4   BY MR. KINCHEN:

08:18:33  5   Q.  Now, let's talk about something with respect to the blowout

08:18:38  6   preventer that you did testify about and that's certification.  Do

08:18:41  7   you recall that testimony?

08:18:41  8   A.  Right, I do.

08:18:42  9   Q.  You stated in your testimony that Cameron required

08:18:46 10   recertification of the blowout preventer every three to five years.

08:18:50 11   Did you make that point?

08:18:51 12   A.  I did, correct.

08:18:52 13   Q.  And you also pointed out the American Petroleum Institute

08:18:58 14   recommended procedure, and you said that it called for inspection

08:19:02 15   and recertification of the blowout preventer stack every three to

08:19:06 16   five years.  Do you recall that testimony?

08:19:08 17   A.  I do.

08:19:11 18   Q.  Now, you actually cited a regulation, 30 CFR 250.446.  Do you

08:19:17 19   recall that?

08:19:18 20   A.  Yes, I remember.  That's right, yes.

08:19:20 21   Q.  Now, actually -- and if we can pull up TREX 1168-1A, that

08:19:31 22   regulation, Mr. Webster, doesn't say anything about

08:19:38 23   recertification, does it?

08:19:39 24   A.  Just said it has to meet or exceed the provisions of

08:19:50 25   Section 17.10 and Section 18.10.

4179

08:19:55  1    Q.  So let's take a look at those sections of the API recommended

08:20:01  2    practice, 53.  If we can pull up TREX 43120-59A.  That API

08:20:12  3    recommended practice, Mr. Webster, doesn't say anything about

08:20:15  4    recertification, does it?

08:20:18  5    A.  Well, I disagree with you.  It says every three to five years

08:20:22  6    of service, the BOP stack, choke manifold and divert components

08:20:30  7    should be disassembled and inspected in accordance with the

08:20:30  8    manufacturer's guidelines.

08:20:31  9          Normally when one does that in any piece of equipment,

08:20:34  10   particularly marine equipment, then a recertification of its fit

08:20:42  11   for service is given.  That's standard in the industry.

08:20:45  12   Q.  But my question was, this particular section doesn't reference

08:20:50  13   recertification at all?

08:20:53  14   A.  Doesn't specifically state that, no, but I think it means that.

08:20:56  15   Q.  But you did reference that it is to be inspected in accordance

08:21:00  16   with the manufacturer's guidelines.  I don't want to ignore that

08:21:04  17   and I want to address it.  In this case, the manufacturer was

08:21:08  18   Cameron, correct?

08:21:09  19   A.  That is correct.

08:21:10  20   Q.  And let's put up TREX 7030-4A.  And this is a Cameron

08:21:22  21   Engineering bulletin dated February the 25th, 2009, correct?

08:21:26  22   A.  Yes.

08:21:27  23   Q.  And as you can see, it indicates -- certainly read the whole

08:21:34  24   thing, but one thing it indicates is API RP 53 -- which we just

08:21:40  25   looked at, correct?

4180

08:21:42 1    A.  Yes.

08:21:42 2    Q.  -- is not considered to be an industry standard.  Did I read

08:21:46 3    that correctly?

08:21:47 4    A.  You did.

08:21:47 5    Q.  Have you ever seen this engineering bulletin, Mr. Webster?

08:21:51 6    A.  I believe I have, yes.

08:21:53 7    Q.  Cameron goes on to say:  "It is not possible to "certify" that

08:21:59 8    any maintenance or inspection of any equipment can be "in

08:22:03 9    compliance with API RP 53"."  Did I read that correctly?

08:22:09 10   A.  You did.

08:22:09 11   Q.  One item that you got in your report, and it's not in the

08:22:27 12   blowout preventer section of your report, deals with the location

08:22:33 13   of the MUX cables.  And I guess I'll initially ask you, is it still

08:22:41 14   your position that running the MUX cables through the moon pool

08:22:45 15   rendered the *Deepwater Horizon* unseaworthy?

08:22:48 16   A.  Yes.

08:22:48 17   Q.  In fact, Mr. Webster, you stated that any vessel in the world

08:22:55 18   that runs its MUX cables through the moon pool is an unseaworthy

08:23:00 19   vessel, correct?

08:23:01 20   A.  I did.  It's a dangerous place, as mentioned by DNV in one of

08:23:08 21   their documents, that it's exposing the control of the BOP to

08:23:14 22   failure should there be an explosion in that area.

08:23:17 23   Q.  So let's talk about these vessels that have this configuration.

08:23:22 24   You yourself have conducted marine surveys on 40 or 50 DP MODUs in

08:23:28 25   your career, correct?

4181

08:23:29   1    A.  Not DP MODU, but MODUs, yes.

08:23:32   2    Q.  And you were there on those to, among other things, to

08:23:37   3    determine whether or not they were seaworthy vessels, correct?

08:23:39   4    A.  Yes.

08:23:39   5    Q.  And as far as you know, Mr. Webster, every single one of those

08:23:44   6    vessels that you personally reviewed had MUX cables running through

08:23:49   7    the moon pool just like the *Deepwater Horizon*?

08:23:52   8    A.  I believe we did, yes.

08:23:53   9    Q.  And you did not go through and determine that all of those were

08:24:00  10    unseaworthy because they had MUX cables running through the moon

08:24:03  11    pool, did you?

08:24:04  12    A.  I did not, no.

08:24:05  13    Q.  Let's move to your discussion about the vessel crew.  You

08:24:20  14    testified about the vessel crew and you've got a section in your

08:24:24  15    report regarding the competency of the crew.

08:24:28  16    A.  Yes.

08:24:31  17    Q.  Now, three of the four paragraphs in your crew competency

08:24:36  18    section discuss the drill crew of the *Deepwater Horizon*, correct?

08:24:38  19    A.  Yes.

08:24:38  20    Q.  You state that the drill crew's actions represent either a

08:24:43  21    gross incompetence or panicked decision-making.  Is that your

08:24:47  22    position regarding the drill crew of the *Deepwater Horizon*?

08:24:50  23    A.  It still is, yes, sir.

08:24:52  24    Q.  Now, you didn't know Jason Anderson, did you?

08:24:55  25    A.  No, sir.

4182

08:24:56    1    Q.  Or Dewey Revette, right?

08:24:57    2    A.  I did not.

08:24:57    3    Q.  Any idea how many kicks these gentlemen successfully

08:25:01    4    controlled?

08:25:02    5    A.  I have no idea.

08:25:03    6    Q.  And although you criticized the well control activities of

08:25:09    7    these gentlemen on April the 20th, 2010, you -- and that's an

08:25:14    8    expert opinion that you're providing, correct?

08:25:16    9    A.  That's correct.

08:25:16   10    Q.  You have no education, Mr. Webster, regarding well control, do

08:25:22   11    you?

08:25:22   12    A.  I do not, but I can read the file where they missed the kick

08:25:26   13    and they wrongly diverted the gas and mud and the diverter.  That's

08:25:31   14    a clear sign that there was a problem or panic or they made a major

08:25:37   15    mistake by doing that.  They put the gas and mud back onto the rig,

08:25:41   16    sir, instead of over the side, which may have avoided this whole

08:25:45   17    thing happening.

08:25:45   18    Q.  And I'm not quibbling with you as to whether or not you can

08:25:48   19    read, but you are rendering expert opinions, and that's what my

08:25:52   20    question is about.  Despite your expert criticism of these

08:25:55   21    gentlemen, you have no training regarding well control, do you?

08:25:59   22    A.  No.  But I understand what it is to divert oil and gas in a

08:26:04   23    diverter, I understand that.

08:26:05   24         THE COURT:  There's an example, Mr. Kinchen, how you

08:26:08   25    repeated the same question and had the witness repeat the same

08:26:11  1    answer.  And if we keep doing that, if everybody does that -- I'm

08:26:15  2    sorry to pick on you, but you just happened to be the guy standing

08:26:18  3    at the time.  This is an example, a teaching moment for everybody

08:26:22  4    else.  We are going to double the length of this trial.  I've heard

08:26:25  5    it the first time.  We don't have to repeat everything twice, okay?

08:26:28  6    All right.  Let's move on.

08:26:30  7    BY MR. KINCHEN:

08:26:31  8    Q.  You mentioned a diverter, Mr. Webster.  You've never used or

08:26:37  9    inspected a diverter system, have you?

08:26:39  10   A.  No.

08:26:39  11   Q.  Other than this case, Mr. Webster, you've never been asked to

08:26:46  12   offer an opinion regarding the activities of a drill crew and a

08:26:50  13   well control situation, have you?

08:26:52  14   A.  No, I haven't.

08:26:52  15   Q.  Let's talk about the bridge crew.  In any of the investigations

08:27:11  16   that you have conducted of MODUs in your career, you never

08:27:20  17   investigated the competency of a master, did you?

08:27:23  18   A.  Other than look at the certificates that he had.

08:27:26  19   Q.  You never investigated the competency of any dynamic position

08:27:34  20   officers, have you?

08:27:34  21   A.  No, again, looked at their certificates.

08:27:37  22   Q.  So for the first time in this trial, first time in your career,

08:27:45  23   you are rendering opinions on all of these positions on the DP

08:27:51  24   MODU, correct?

08:27:52  25   A.  Yes, based upon the pandemonium, the lack of safety control,

08:27:55   1   the lack of the alarms, the failure to EDS in time.  Based upon the

08:28:00   2   facts of the case, sir, yes, quite clear.  And testimony, by the

08:28:03   3   way.

08:28:03   4   Q.  And this will be the -- I'm sorry.  Cut you off?

08:28:06   5   A.  No, you didn't.

08:28:07   6   Q.  This would be the same bridge crew that oversaw the evacuation

08:28:11   7   of every single person who survived the explosion, right?

08:28:15   8   A.  That's correct.

08:28:16   9   Q.  Let's go, if we could -- one point regarding the command

08:28:36  10   structure that wasn't covered.  If we could pull up the deposition

08:28:43  11   of Neil Cramond at 328, lines 8 through 24.  Actually, if we could

08:29:06  12   go to the next page.  I'm sorry, you're looking at 238.  I may have

08:29:17  13   misstated it, yes.  There you go.  Okay.

08:29:22  14            MR. HAYCRAFT:  Is 328 or 238?

08:29:25  15            MR. KINCHEN:  It is 328.  For the record, 328, lines 8

08:29:29  16   through 24.

08:29:31  17   BY MR. KINCHEN:

08:29:31  18   Q.  Mr. Webster, I want to focus you on Mr. Cramond's answer to the

08:29:37  19   question regarding the ISM code.

08:29:41  20            THE COURT:  Who is Mr. Cramond?

08:29:43  21            MR. KINCHEN:  I guess that's my first question, your

08:29:46  22   Honor.

08:29:46  23   BY MR. KINCHEN:

08:29:46  24   Q.  Do you know who Mr. Cramond is?

08:29:48  25   A.  No, sir.

4185

08:29:48 1    Q.  I'll represent to you that Mr. Neil Cramond was BP's Gulf of

08:29:53 2    Mexico SPU marine authority, okay.  Have you ever seen his

08:29:57 3    deposition before?

08:29:57 4    A.  I don't believe I have, no.

08:29:59 5    Q.  I want -- I'll read the question for the record.

08:30:02 6         "Did you ever receive any information that would be

08:30:05 7    contrary to the ISM code whereby the master aboard the *Horizon*

08:30:09 8    would not have had ultimate overriding authority for safety aboard

08:30:13 9    the rig?"

08:30:13 10         Did I read that correctly?

08:30:15 11   A.  You did.

08:30:16 12   Q.  The answer:

08:30:17 13        "So I believe that during drilling operations, the OIM is

08:30:22 14   accountable for the overarching activities that are completed on

08:30:26 15   the rig."

08:30:27 16        I'll just stop right there.

08:30:29 17        Do you agree that that position by Mr. Cramond is

08:30:33 18   consistent with the ISM code?

08:30:36 19        MR. HAYCRAFT:  I object, your Honor, no foundation.

08:30:37 20        THE COURT:  Well, my problem is this sounds like a repeat

08:30:40 21   of what we spent hours on the other day.  I mean, we went over this

08:30:45 22   very issue, and I don't know how this is productive.  You know,

08:30:48 23   whatever Mr. Cramond says, he says.  You can submit that.  But

08:30:51 24   let's move on with this witness, okay?

08:30:53 25        MR. KINCHEN:  Okay.  We'll move on.

08:31:01   1    BY MR. KINCHEN:

08:31:02   2    Q.  Finally, let's talk about the Lloyds survey, Mr. Webster.  You

08:31:06   3    talked about it in your testimony.  This was a survey of several

08:31:11   4    Transocean rigs, right?

08:31:12   5    A.  It was.  I think five rigs, yes.

08:31:14   6    Q.  And as we confirmed it, one of those is the *Deepwater Horizon*?

08:31:18   7    A.  That's correct, sir, yes.

08:31:19   8    Q.  And you mentioned several points that were in the report that

08:31:31   9    you indicated cast a negative light upon the safety culture of the

08:31:37  10    *Deepwater Horizon*, correct?

08:31:37  11    A.  That is correct, yes, sir.

08:31:39  12    Q.  Now, I want to focus on certain points of the Lloyds report

08:31:48  13    that are specific to the *Deepwater Horizon* that weren't covered in

08:31:51  14    either your testimony or your report.  Okay?

08:31:55  15    A.  That's fine, yes.

08:31:56  16    Q.  And if we can look at 44049-1, and this is TREX 44049 at page

08:32:09  17    five.  And this would be the demonstrative, 44049.  "The *Deepwater

08:32:18  18    Horizon* was relatively strong in many of the core aspects of safety

08:32:22  19    management."  Did I read that correctly?

08:32:23  20    A.  You did.

08:32:24  21    Q.  And if we can go to 44049-2, again from page five.  "Strong

08:32:32  22    team culture onboard the *Deepwater Horizon* and the levels of mutual

08:32:36  23    trust evident between crews."

08:32:37  24          That's a conclusion of the Lloyds report, is it not?

08:32:40  25    A.  It is.

08:32:41  1   Q.  And if we could go to 44049-3.  "The rig safety culture was

08:32:48  2   deemed to be robust, largely fair, and inclusive."

08:32:53  3         That's a conclusion of the Lloyds report, is it not?

08:32:55  4   A.  That's a conclusion, but all three of these conclusions

08:32:59  5   contradict many of the things the crew said.  I mean, quite

08:33:06  6   clearly, the people that were examined by the auditors, quite a few

08:33:14  7   came out and robustly disagreed with these conclusions.  I mean, I

08:33:19  8   don't want to go in it, but I have a list here, my own list of the

08:33:23  9   many complaints and comments and things saying that this wasn't

08:33:28 10   true.

08:33:30 11   Q.  Indeed you mentioned it and you've just indicated that many of

08:33:37 12   the comments suggest otherwise, and so my question is, are you

08:33:43 13   aware that Lloyds went through every comment and classified it as

08:33:53 14   strongly positive, positive, negative or strongly negative?  Did

08:33:58 15   you review that chart that Lloyds prepared?

08:34:00 16   A.  I did, yes.

08:34:01 17   Q.  And if we could go to 44049-34.  There is a chart.  If we could

08:34:10 18   bring out the bottom part where it shows the color code.  And

08:34:17 19   you've indicated you reviewed this chart, right?

08:34:19 20   A.  I did, yes.

08:34:20 21   Q.  So when you point out the many negative points made by the

08:34:26 22   *Deepwater Horizon* crew members, did you determine what portion of

08:34:31 23   the comments were negative and what portion of the comments were

08:34:35 24   positive?

08:34:37 25   A.  Yes, I mean, I looked at that.

08:34:39  1    Q.  So you're aware that 81 percent, 81 percent of all of the

08:34:46  2    comments from the *Deepwater Horizon* crew members were either

08:34:50  3    positive or strongly positive regarding safety culture?

08:34:54  4    A.  I am aware of that, yes.

08:34:57  5               MR. KINCHEN:  Your Honor, we pass the witness.

08:35:02  6               THE COURT:  Who is up next?  Halliburton?

08:35:06  7               MR. HARTLEY:  We have no questions for this witness, your

08:35:08  8    Honor.

08:35:08  9               THE COURT:  BP.

08:35:53 10               MR. HAYCRAFT:  May I proceed, your Honor?

08:35:54 11               THE COURT:  Yes.

08:35:54 12                          CROSS-EXAMINATION

08:35:54 13    BY MR. HAYCRAFT:

08:35:56 14    Q.  Good morning, Mr. Webster.  I am Don Haycraft representing BP,

08:36:00 15    and I have you on cross-examination.

08:36:03 16    A.  Good morning, sir.

08:36:03 17    Q.  I am going to spend a few minutes talking about the ISM code.

08:36:09 18    Last week you said the purpose of the ISM code is to protect lives

08:36:12 19    and the environment, correct?

08:36:13 20    A.  That is correct.

08:36:14 21    Q.  Now, during your examination by Mr. Williams, we looked at

08:36:19 22    TREX 50361.  If we could just put that up there just to orient

08:36:24 23    ourselves.

08:36:24 24    A.  Thank you, sir.

08:36:25 25    Q.  Do you remember talking about certain provisions in the ISM

08:36:34  1   code using that document?

08:36:36  2   A.  Yes, sir, I do.

08:36:37  3   Q.  Let's put up TREX 938, please.  You recognize that as the ISM

08:36:44  4   code as well?

08:36:45  5   A.  I do.

08:36:45  6   Q.  I am going to use that document, 938, just because the print is

08:36:49  7   bigger for everyone to read.

08:36:52  8   A.  Okay.

08:36:53  9   Q.  Let's turn to 938.19.2, which is Section 1.4 of the SM code.

08:37:02 10   And if we'll just read, I'll read Section 1.4, a portion of it just

08:37:08 11   to go over something with you.

08:37:10 12   A.  Thank you.

08:37:10 13   Q.  This is titled "Functional Requirements for a Safety Management

08:37:13 14   System."  Right?

08:37:14 15   A.  Correct.

08:37:14 16   Q.  "Very company should develop, implement and maintain a safety

08:37:20 17   management system which includes the following functional

08:37:23 18   requirements."  Do you see that, sir?

08:37:26 19   A.  I do.

08:37:26 20   Q.  Now, what I want to turn to next, I think it was clear in your

08:37:31 21   direct, but I want to emphasize during my examination the

08:37:36 22   definition of "company."  Could we turn to TREX 938.17.2.  And do

08:37:48 23   we see there the definition -- under the definition section, what

08:37:52 24   the ISM code definition of "company" is?

08:37:55 25   A.  I do, sir.

4190

08:37:56  1    Q.  In this case, the company is Transocean, correct?

08:37:58  2    A.  That is correct.

08:37:59  3    Q.  Was BP a bareboat charter, as is described in the definition of

08:38:05  4    "company" in 1.1.2?

08:38:08  5    A.  I believe so.

08:38:08  6    Q.  Say that again.

08:38:09  7    A.  I believe so.

08:38:10  8    Q.  Was BP a bareboat charter?

08:38:12  9    A.  Oh, no, they were not, sorry.

08:38:14  10   Q.  So the duty of the -- the duties -- when you were talking about

08:38:17  11   the word "company" in connection with the ISM code, company in this

08:38:21  12   particular matter deals with Transocean, correct?

08:38:23  13   A.  That is correct.

08:38:24  14   Q.  Is it fair to say, then, sir, as a maritime safety expert that

08:38:29  15   the duties put forward in the ISM code are Transocean's duties in

08:38:36  16   this matter?

08:38:36  17   A.  They are, yes, sir.

08:38:37  18   Q.  And those duties are nondelegable; that is, they can't be

08:38:41  19   shared or passed on to some other entity, correct?

08:38:44  20   A.  That is correct.

08:38:44  21   Q.  The buck stops with Transocean when it comes to ISM code

08:38:49  22   compliance, correct?

08:38:49  23   A.  Yes, sir.

08:38:50  24   Q.  Now, we've used in this case, perhaps not during your

08:38:54  25   examination, a term called "process safety."  Is that a term you're

08:39:00 1   familiar with?

08:39:00 2   A.  I am, yes, sir.

08:39:01 3   Q.  Would it be fair to say that the ISM code, the document in its

08:39:07 4   entirety is certainly a process safety document, isn't it?

08:39:10 5   A.  It is, yes.

08:39:11 6   Q.  And the -- you said there are a number of elements in the ISM

08:39:15 7   code, elements, sections, categories of activities for the ship

08:39:19 8   owner to ensure compliance with.  Each of those categories or

08:39:25 9   elements is also a process safety item, isn't it?

08:39:28 10  A.  It is indeed, yes.

08:39:29 11  Q.  Now, having a safe ship also leads to lower personal injury

08:39:37 12  likelihood, too, doesn't it?

08:39:39 13  A.  It does.

08:39:40 14  Q.  But the document and the elements of the document in the ISM

08:39:44 15  code are process safety-oriented, aren't they?

08:39:46 16  A.  They are, yes.  They're actually based upon ISO 9002, which is

08:39:51 17  a process safety standard.

08:39:53 18  Q.  Thank you.  In 938, let's go to 938.24, which is one of the

08:40:00 19  elements of the ISM code.  And you see the title at Section 12 is

08:40:08 20  "Company Verification, Review and Evaluation."  Right?

08:40:11 21  A.  Yes, sir, I do.

08:40:12 22  Q.  If we go down to -- well, this section in general has to do

08:40:19 23  with a process safety item related to internal audits; that is,

08:40:23 24  self-audits by the ship-owning company of its own ships, correct?

08:40:28 25  A.  That is correct.

08:40:28  1   Q.  And you understand that Transocean indeed did its own internal

08:40:36  2   audits; it didn't just rely on what ModuSpec or AVS or DNV or BP

08:40:44  3   would have done, correct?

08:40:45  4   A.  Correct, they have their own internal auditors on staff.

08:40:49  5   Q.  Typically in the maritime world, a customer may or may not

08:40:57  6   carry on its own audits of the ship, correct?

08:41:00  7   A.  Yes.  That's what I have done in my career is be what we call a

08:41:05  8   third-arty auditor.  So I would go on board the vessel and do the

08:41:10  9   ISM audit third party on behalf of the owner, but, again, totally

08:41:15 10   independent from them, rather than an internal organization.

08:41:20 11   Q.  Right.

08:41:21 12   A.  Because that can lead to some sort of conflict.

08:41:23 13   Q.  Right.  So when BP, for example, the one you testified -- the

08:41:28 14   audit you testified about on Thursday, the BP September 2009 audit,

08:41:33 15   that's an audit that's above and beyond, not part of the ISM code,

08:41:38 16   is it?

08:41:38 17   A.  That is correct.

08:41:39 18   Q.  Let's talk generally about audits.  And if we can turn to a

08:41:44 19   different exhibit now, which is TREX 3163, let's first look at the

08:41:53 20   cover page to 3163.  Do you remember going over this at some length

08:41:57 21   with Mr. Kinchen on Thursday?

08:41:59 22   A.  Yes, sir.

08:41:59 23   Q.  Guidance for auditors to the ISM code, right?

08:42:02 24   A.  Yes, that's correct.

08:42:03 25   Q.  Let's go to 3163.3 within that document.  In the opening pages

4193

08:42:12 1    of the ISM code guidance for auditors, we see this language.  And

08:42:17 2    we have highlighted on the screen from page three of this exhibit,

08:42:24 3    and I am going to read out loud.  You follow along.

08:42:28 4         "Compliance with the ISM code does not relieve the

08:42:32 5    company, the master or any other entity or person involved in the

08:42:37 6    management or operation of the ship of their own responsibilities."

08:42:41 7         Did I read that right?

08:42:42 8    A.  You did, correct.

08:42:43 9    Q.  So even if DNV issues a certificate of compliance in 2009,

08:42:49 10   thereafter, the company, here Transocean, has a continuing

08:42:52 11   obligation to comply with the ISM code, is that correct?

08:42:56 12   A.  Yes, it absolutely does.

08:42:58 13   Q.  And then in the next paragraph, I want to focus on the second

08:43:01 14   sentence.  "Audit is a sampling process and is not -- and is not

08:43:08 15   exhaustive in nature."  Id I read that correctly?

08:43:11 16   A.  You did, correct.

08:43:13 17   Q.  That's true generally of audits, not just ISM code audits.

08:43:17 18   That is, an audit is a check; it's not an inspection of the ship,

08:43:21 19   correct?

08:43:21 20   A.  Exactly.  It's a sampling of the documents and interviewing of

08:43:30 21   the crew and things like that.

08:43:32 22   Q.  And the next sentence I'll ask you about:  "Issuance of

08:43:37 23   certification is based upon verification that the sample is in

08:43:41 24   compliance with the ISM code.  Where nonconformities have not been

08:43:47 25   found and reported, it does not mean that none exist."

4194

08:43:51  1          Did I read those sentences correctly?

08:43:54  2     A.  You did, sir, and that's absolutely right.

08:43:57  3     Q.  So when you testified on Thursday that looking at an audit from

08:44:02  4     the DNV dated sometime in 2009, the fact that that certificate of

08:44:08  5     compliance was issued in 2009 does not mean the *Deepwater Horizon*

08:44:13  6     was necessarily, therefore, in compliance in April of 2010,

08:44:18  7     correct?

08:44:18  8     A.  That is correct.

08:44:18  9     Q.  Let's go back to the ISM code on the subject of audits and look

08:44:27  10    again at Section 12, and I'll call out TREX 3163.50.1, please.  You

08:44:38  11    see we're talking about the ISM code at Section 12 where audits are

08:44:42  12    discussed, correct?

08:44:43  13    A.  I do, yes, sir.

08:44:44  14    Q.  And we've highlighted at the bottom paragraph there, and I'll

08:44:48  15    read it out loud, "Although company audits are based on sampling of

08:44:51  16    procedures, records, corrective action implemented and verified and

08:44:56  17    interviews of personnel ashore and onboard, it would be reasonable

08:45:00  18    to expect the internal audit to be more comprehensive than the

08:45:04  19    audit performed during external ISM code certification."

08:45:09  20          Did I read that right?

08:45:10  21    A.  You did, absolutely.

08:45:11  22    Q.  And does that mean -- is it fair to say that what that means is

08:45:15  23    that a DNV audit, say, in May of 2007 or September of 2009 or

08:45:22  24    whatever, that the external ISM code audit is not as thorough as

08:45:28  25    what the company itself is required to conduct internally?

4195

08:45:31  1    A.  That is right, because the third-party auditor or the company

08:45:36  2    auditors have a lot more time to go through the vessel than DNV

08:45:42  3    auditors, for example.

08:45:43  4    Q.  Let's talk about the DNV auditors.  Let's turn now to a

08:45:48  5    deposition of a gentleman whose name is David McKay.  And for the

08:45:52  6    Court, I am going to spell that.  M-C-K-A-Y.  But Mr. McKay

08:45:58  7    pronounces it just like I pronounced it, doesn't he?

08:46:01  8    A.  He does.

08:46:01  9    Q.  He is from Scotland, and that is the way they pronounce McKay?

08:46:06 10    A.  That is correct.

08:46:06 11    Q.  And you know Mr. McKay.  We saw his signature on some of the

08:46:10 12    documents we saw on Thursday discussing the DNV audits, do you

08:46:14 13    remember that?

08:46:14 14    A.  Yes, we did.  He is an auditor.  He is a DNV surveyor.

08:46:19 15    Q.  This would be depo 233.178.1.  And we're going to look at what

08:46:26 16    Mr. McKay said about his audit.  If we could highlight from 179,

08:46:36 17    line 1 through 15, please, and see if we can read that out loud.

08:46:45 18         Do you recognize that the date of Mr. McKay's last visit

08:46:50 19    aboard the *Deepwater Horizon* on behalf of the DNV working as a

08:46:55 20    recognized organization for the Republic of the Marshall Islands

08:47:00 21    was May 15th and 16, 2007?

08:47:04 22    A.  Yes, sir, I see that.

08:47:05 23    Q.  So that was almost two years before the terrible accident of

08:47:11 24    April the 20th, correct?

08:47:12 25    A.  That's correct.

4196

08:47:13  1            THE COURT:  Almost three years.

08:47:16  2            MR. HAYCRAFT:  Well, that's -- yes, you're right.  Thank

08:47:18  3   you, your Honor.

08:47:20  4   BY MR. HAYCRAFT:

08:47:21  5   Q.  I hate to do this because we just got an admonishment from

08:47:26  6   Judge Barbier, so I am not going to do it.  I am not going to drive

08:47:31  7   that point home.  Let's read further down.

08:47:39  8            Do you see in this portion of Mr. McKay's deposition he

08:47:42  9   notes that he was onboard the *Deepwater Horizon* for that ISM code

08:47:47 10   audit for 24 to 36 hours, correct?

08:47:51 11   A.  Correct.

08:47:52 12   Q.  On those two days in May 2007, right?

08:47:54 13   A.  Yes.

08:47:55 14   Q.  And that included his sleeping time aboard the ship, did it

08:47:59 15   not?

08:47:59 16   A.  Of course.

08:48:00 17   Q.  Now, you were also asked about the Coast Guard -- I am going to

08:48:09 18   call it a visit, and we'll get a little more in the weeds on the

08:48:14 19   word "visit" in a moment.  But the Coast Guard was aboard the

08:48:18 20   *Deepwater Horizon* for the last time sometime in the early summer of

08:48:24 21   2009, right?

08:48:24 22   A.  That is correct.

08:48:25 23   Q.  And the *Deepwater Horizon* is a foreign-flagged MODU, is it not?

08:48:32 24   A.  Yes, Marshall Islands.

08:48:34 25   Q.  And you understand that the actual technical term of art for

08:48:37 1   what the Coast Guard was doing aboard the *Deepwater Horizon* in that

08:48:42 2   time period in 2009 was called an examination, correct?

08:48:46 3   A.  That is correct.

08:48:47 4   Q.  It was not an inspection, correct?

08:48:49 5   A.  That is correct.

08:48:50 6   Q.  An examination by Coast Guard rules and regulations is less

08:48:59 7   strenuous than an inspection, is it not?

08:49:01 8   A.  It is.  It's a cursory examination.

08:49:03 9   Q.  The Coast Guard, for foreign-flagged MODUs operating in the

08:49:13 10  Gulf of Mexico, by its own regulations conducts an examination

08:49:18 11  which by its own standards and rules is less stringent and strict

08:49:24 12  than an inspection of a U.S.-flagged MODU operating in the same

08:49:29 13  Gulf of Mexico, correct?

08:49:30 14  A.  Very much so, yes, sir.

08:49:31 15  Q.  Let's change subjects slightly, and let's talk about the

08:49:41 16  *Deepwater Horizon* as a drilling ship.  You understand from your

08:49:46 17  years working in this part of the world and perhaps elsewhere that

08:49:51 18  certainly in this part of the drilling business, the offshore oil

08:49:55 19  patch, that oil companies rely on contractors and their competence

08:50:04 20  in order to carry out the operations, correct?

08:50:06 21  A.  I do, yes.

08:50:06 22  Q.  And in the case of drilling in the offshore environment, Gulf

08:50:12 23  of Mexico, companies like BP, Exxon, Chevron, Anadarko, et cetera,

08:50:18 24  all of them rely as a standard industry practice on drilling

08:50:24 25  contractors to carry out the specialized activity of offshore

08:50:30  1   drilling, do they not?

08:50:31  2   A.  They do, yes, sir.

08:50:32  3   Q.  And, in fact, in Transocean's case, you know it to be a

08:50:37  4   worldwide drilling contractor, specializing in the business of

08:50:41  5   offshore drilling with in excess of 120 vessels operating on its

08:50:46  6   behalf in all of the oceans of the world, correct?

08:50:48  7   A.  I do, yes.

08:50:49  8   Q.  Let's call up TREX 9401.1.4.  I don't know if you saw this when

08:50:58  9   you visited Transocean's web site when you were looking for looking

08:51:03 10   for the job description of the master, but this at least at one

08:51:08 11   point in time was located on their web site.  It's an advertisement

08:51:12 12   entitled "Make the Right Move."  Have you ever seen it before?

08:51:15 13   A.  I do.  It's in my file, yes, sir.

08:51:17 14   Q.  And what I've called out in 940 -- excuse me, in 940.1.4 is

08:51:25 15   just one sentence out of that ad.  First of all, the ad has a

08:51:31 16   picture of a bunch of ships, semi-submersible drilling rigs and

08:51:36 17   drill ships, applying the chess board of the ocean, do you see

08:51:41 18   that?

08:51:41 19   A.  Yes, they actually have the *Cajun Express* there.

08:51:44 20   Q.  That was the Transocean vessel you went aboard --

08:51:46 21   A.  That's correct.

08:51:46 22   Q.  -- in its early days?

08:51:48 23   A.  Yes, sir.

08:51:49 24   Q.  Back to the sentence that we've highlighted, and I just want to

08:51:51 25   read that one sentence out loud.  "That's why the first move should

4199

08:51:56  1    be to look for a company with worldwide capability and experience."

08:52:02  2            That's what a company like Chevron or Exxon or BP or

08:52:07  3    Shell is looking for when they're looking to hire an offshore

08:52:10  4    drilling contractor, a company with worldwide capability and

08:52:14  5    experience, aren't they?

08:52:15  6    A.  Yes, they are.

08:52:16  7    Q.  Now, let's turn to the ModuSpec survey that was discussed on

08:52:26  8    Thursday.  And what I want to ask you is a few questions on the

08:52:31  9    scope of that survey.  First of all, you know that was conducted in

08:52:35 10    April 2010, right?

08:52:36 11    A.  That is correct.

08:52:36 12    Q.  And did you review the deposition of one of those ModuSpec

08:52:42 13    surveyors, Kris Millsap?

08:52:44 14    A.  Yes, I did.

08:52:45 15    Q.  And let's first show the exhibit that was shown to you on

08:52:49 16    Thursday, TREX 3285.  And remember that's the transmittal e-mail

08:52:56 17    dated April 21st from Bill Ambrose to several individuals

08:53:05 18    transmitting the content of the ModuSpec survey as an attachment.

08:53:09 19    We can see the Word docs attached at the bottom of that e-mail.  Do

08:53:14 20    you see that?

08:53:14 21    A.  Yes, I do.

08:53:15 22    Q.  Let's turn -- we are going to come back to this, but let's go

08:53:19 23    to Mr. Millsap's deposition, Depo 251.228.2.  And I want to

08:53:30 24    highlight there, you see at the bottom of 229, lines 4 through 11.

08:53:33 25    And Mr. Millsap was asked, "And as a result, you didn't talk to

08:53:37 1  anybody about your findings and you didn't share your report with

08:53:40 2  anyone outside of Transocean?"  His answer, "That is correct."

08:53:45 3      "QUESTION:  And that would include BP personnel?"

08:53:49 4      "ANSWER:  That is correct."

08:53:50 5      Did I read that correctly?

08:53:51 6  A.  Yes, you did.

08:53:52 7  Q.  Is it your understanding -- and we will go to the e-mail in a

08:53:55 8  moment, the transmittal e-mail -- that ModuSpec was hired by

08:53:59 9  Transocean and was told and instructed under -- was under a

08:54:05 10 requirement not to transmit their findings on April 2010 to BP; is

08:54:10 11 that correct?

08:54:11 12 A.  Yes, sir, that's my understanding.

08:54:12 13 Q.  Now, back to the transmittal e-mail, which is 3285.  It's from

08:54:26 14 Bill Ambrose, you know him to work for Transocean, right?

08:54:29 15 A.  Yes.

08:54:30 16 Q.  And then the "To's" are Paul Tranter, Pharr Smith, and Bob

08:54:36 17 McKechnie, do you see that?

08:54:36 18 A.  I do.

08:54:37 19 Q.  And those are all Transocean people, correct?

08:54:38 20 A.  Yes, they are, correct.  In fact, Paul Tranter is in Geneva.

08:54:43 21 Q.  Now, let's change subjects.

08:54:46 22      MR. HAYCRAFT:  You can take that down.

08:54:46 23 BY MR. HAYCRAFT:

08:54:48 24 Q.  You were asked some questions about the MODU Code and the ISM

08:54:53 25 Code on Thursday?

08:54:54  1   A.  Correct.

08:54:54  2   Q.  And what I am doing here is showing you the cover page of the

08:55:02  3   MODU Code, Consolidated Edition 2001, and it's TREX 44072.  And I

08:55:11  4   am holding up the cover page just for the visualization of what the

08:55:16  5   cover looks like.

08:55:17  6   A.  Okay.  Yes, I've seen it.

08:55:19  7         MR. HAYCRAFT:  And if we could call up Exhibit 44072.1,

08:55:27  8   please.

08:55:27  9   BY MR. HAYCRAFT:

08:55:30  10  Q.  This is, for whatever reason, the actual book cover didn't get

08:55:35  11  copied to the TREX which is why I held up the document.  But

08:55:42  12  looking at the second page, or at least the first page of the TREX

08:55:46  13  but the actual inside page of the document, do you see what the

08:55:53  14  purpose of the MODU Code is?  It's a code for the construction and

08:55:57  15  equipment of mobile offshore drilling units, right?

08:56:01  16  A.  Yes.  And that encompasses jack-ups as well as

08:56:08  17  semi-submersibles and DP rigs also.

08:56:10  18  Q.  Let's make sure the Court understands this whole point.

08:56:14  19  There's a general category of MODUs, mobile offshore drilling

08:56:19  20  units, right?

08:56:19  21  A.  That's correct.

08:56:20  22  Q.  And then there are some subcategories within that overall

08:56:24  23  description.  There are self-propelled dynamically positioned MODUs

08:56:27  24  that get around the world under their own power, right?

08:56:30  25  A.  Correct.

08:56:30  1    Q.  And then there are MODUs that can be, for example, barges that

08:56:35  2    are towed to a location and anchors spread is placed and then the

08:56:41  3    drilling barge sits there and drills in a stationary position held

08:56:45  4    in place by that anchor system, correct?

08:56:47  5    A.  Yes.  We call those, your Honor, semi-submersibles basically.

08:56:51  6    They're the same type of configuration as the *Deepwater Horizon*,

08:56:54  7    but instead of having thrusters to keep it in position, they have

08:56:59  8    winches on board and they drop anchors below and they secure it in

08:57:03  9    place by anchors.

08:57:04  10   Q.  Okay.  And so the MODU Code for the construction and

08:57:09  11   equipment -- for construction and equipment purposes is a different

08:57:14  12   document than the ISM code, correct?

08:57:18  13   A.  Very much so, yes.

08:57:19  14   Q.  The ISM code, for example, does not apply to those MODUs that

08:57:25  15   are towed to place, held in place stationary by an anchor spread,

08:57:30  16   correct?

08:57:30  17   A.  No, they do not, they do not have a captain on board.  They

08:57:33  18   just have an OIM in charge.

08:57:36  19   Q.  So for the MODU code for the section that you were shown --

08:57:40  20   well, let's get right to the point.  You were shown Exhibit 5033,

08:57:47  21   TREX 5033.

08:57:48  22          MR. HAYCRAFT:  Put that up on the screen just to refresh

08:57:50  23   everybody's recollection.

08:57:50  24   BY MR. HAYCRAFT:

08:57:53  25   Q.  This was the Katie Williams transmittal e-mail to the captain

08:57:58  1   of the *Deepwater Horizon*.  And then the next page --

08:58:00  2          MR. HAYCRAFT:  Let's show the next page.

08:58:00  3   BY MR. HAYCRAFT:

08:58:04  4   Q.  -- had the paragraphs on the master's responsibility and the

08:58:07  5   OIM's/master relationship.  And there was a paragraph, 5033.2.3,

08:58:15  6   that you were shown that starts off under Section 14.8 of the MODU

08:58:22  7   code.  And you remember testifying about that on Thursday?

08:58:24  8   A.  I do, yes.

08:58:25  9   Q.  And do you recall Judge Barbier turned to you and asked you,

08:58:29 10   "So is there a conflict between the MODU Code and the ISM code?"

08:58:36 11   And I believe you testified that you thought perhaps there was a

08:58:40 12   conflict.  Do you remember that testimony?

08:58:41 13   A.  I do.  That's correct.

08:58:42 14   Q.  In fact, there is no conflict, is there?  Because the MODU code

08:58:48 15   has to do with the construction of MODUs, including not only

08:58:54 16   dynamically positioned MODUs, but also stationary, held in place,

08:59:00 17   non-moving around MODUs, correct?

08:59:04 18   A.  I agree.  There is no conflict.

08:59:08 19   Q.  What the MODU Code requires is that the MODU operator provide a

08:59:13 20   manual that provides that a person in charge be designated during

08:59:18 21   all operations.  That's what the section that Mr. Kinchen showed

08:59:23 22   you on Thursday, correct?

08:59:24 23   A.  Yes, sir, correct.

08:59:25 24   Q.  The ISM code applies to vessels like the *Deepwater Horizon* that

08:59:33 25   not only move from Point A to Point B, but stay on Point A through

4204

08:59:38  1   use of the dynamically positioned system underway although not

08:59:43  2   making way, correct?

08:59:44  3   A.   Correct.   If I may say, a vessel is in navigation.

08:59:51  4   Q.   Another subject that I want to address that I think is a new

08:59:56  5   one, has to do with something called MAHRAs, which is a phrase that

09:00:01  6   we heard in the opening days of this case.   Transocean has a

09:00:07  7   document entitled, The Major Accident and Hazard Review Assessment,

09:00:13  8   does it not?

09:00:14  9   A.   Yes, I am familiar with that.

09:00:17 10          MR. HAYCRAFT:   Let's call up TREX 2188, please, and go to

09:00:26 11   the second page so we can see the document.   There it is.

09:00:26 12   BY MR. HAYCRAFT:

09:00:31 13   Q.   Now, I am going to lapse into what we've done a lot in this

09:00:35 14   case, and I am going to call that a MAHR or MAHRA.

09:00:38 15   A.   That's fine.

09:00:40 16   Q.   Instead of spitting out all of those words.

09:00:42 17   A.   That's fine.

09:00:43 18   Q.   First of all, as an opening general question, you would agree

09:00:48 19   with me, sir, that a MAHR or a MAHRA is a process safety document,

09:00:54 20   would you not?

09:00:54 21   A.   Yes, I would.

09:00:55 22   Q.   And this is a process safety document for the specific vessel

09:01:02 23   that's involved in this case, the *Deepwater Horizon*, correct?

09:01:05 24   A.   Yes, it is.

09:01:06 25   Q.   Let's go to D-4401.1, and this is a demonstrative we

OFFICIAL TRANSCRIPT

4205

09:01:16  1    prepared -- or not a demonstrative, although it's got a "D."  It's

09:01:21  2    a call-out from a particular page, page 198 of the PDF of this

09:01:27  3    MAHRA.  Okay.  There you see what we've just looked at.  This is

09:01:32  4    the cover page and what this document is all about.

09:01:35  5          Let's go to .2, and this is an individual page within the

09:01:39  6    MAHRA.  Let's go to .3, and you see that we've now called out on

09:01:46  7    the left-hand column the hazard is identified by Transocean for the

09:01:50  8    *Deepwater Horizon* reservoir blowout (at Drill Floor).  Do you see

09:01:56  9    that?

09:01:56 10    A.  Yes, I do, correct.

09:01:57 11    Q.  And everybody can read the consequences, the preventions, and

09:02:01 12    the mitigations, and we're not going to go over that in detail

09:02:04 13    because everybody can read it.

09:02:06 14          But you would agree, sir, in general, that in the MAHRA

09:02:11 15    that Transocean prepared, the reservoir blowout at the drill floor

09:02:15 16    is an anticipated hazard that the *Deepwater Horizon* may encounter

09:02:19 17    in her career, correct?

09:02:22 18    A.  Absolutely.

09:02:24 19          MR. KINCHEN:  Your Honor, John Kinchen, Transocean.  I

09:02:27 20    would object that this goes beyond the scope of Mr. Webster 's

09:02:30 21    testimony.  Mr. Haycraft indicated that this was something new.

09:02:34 22    Mr. Webster didn't talk about process safety during his direct.

09:02:40 23    This document and the risks that are identified was not anything

09:02:45 24    that was gone over in his testimony.

09:02:49 25          MR. HAYCRAFT:  I believe the general subject of safety,

4206

09:02:51 1    marine safety and --

09:02:53 2              THE COURT:  Overrule the objection.

09:02:55 3              MR. HAYCRAFT:  Thank you, your Honor.

09:02:55 4    BY MR. HAYCRAFT:

09:02:56 5    Q.  We are going to talk about the marine aspects of this MAHR and

09:03:00 6    this specific anticipated hazard.  Let's go to .4, in the column

09:03:04 7    labeled "Mitigations."  And you understand there's preventions and

09:03:08 8    there are mitigations?

09:03:09 9    A.  I do.

09:03:10 10   Q.  We're going to talk about maritime marine crew mitigation for

09:03:15 11   this hazard.  And Transocean identified, for example, the ability

09:03:18 12   to move off station as a mitigation of this anticipated hazard, did

09:03:23 13   it not?

09:03:23 14   A.  It does, yes.

09:03:24 15   Q.  And to move off station in this instance means to disconnect

09:03:31 16   the riser and the LMRP from the lower BOP stack, does it not?

09:03:36 17   A.  It does, yes, sir.

09:03:37 18   Q.  And on the bridge in the marine part of the ship is a BOP

09:03:41 19   control panel that contains the EDS button, does it not?

09:03:45 20   A.  Yes, it does.

09:03:46 21   Q.  And in fact, why don't we pull up 48101.1.1.  The judge has

09:03:55 22   seen this before, but there's the EDS button, the red button in the

09:04:01 23   panel on the bridge; is that correct?

09:04:02 24   A.  Yes, it is.

09:04:04 25   Q.  Let's go back to D-4401.5.  And another maritime activity for

4207

09:04:15  1   the *Deepwater Horizon* to mitigate the circumstances arising out of

09:04:19  2   a reservoir blowout involve the prevention of the ignition of the

09:04:24  3   blowout, correct?

09:04:25  4   A.  That is correct.

09:04:25  5   Q.  Now, you and Mr. Kinchen engaged this morning in a discussion

09:04:32  6   about automatic versus manual, and I am not going to belabor that.

09:04:37  7   I will ask you this, sir:  Do you agree that Transocean has a

09:04:42  8   philosophy, a reason that they have given in this matter that they

09:04:49  9   believe it's best to have a human, a human individual in between

09:04:56  10  the emergency, the gas detection, and the actual shutting down of

09:05:01  11  the engines.  That's their philosophy, is it not?

09:05:03  12  A.  That is correct.

09:05:04  13  Q.  I am not asking you whether you agree or disagree.  We've

09:05:07  14  already heard that.

09:05:08  15        You would agree, sir, though, that in order to prevent

09:05:11  16  ignition of a blowout under Transocean's philosophy, the person in

09:05:17  17  between making the human-based decision, whether it's better to

09:05:21  18  leave the engines on or turn the engines off, that human has to be

09:05:28  19  trained about that, does he or she?

09:05:30  20  A.  Absolutely, correct.

09:05:31  21  Q.  And the reason for either way, automatic or a trained human in

09:05:40  22  between making a decision, the reason for that is, as you said in

09:05:44  23  your testimony last week, you need -- the marine crew has to give a

09:05:51  24  rapid and focused response to any emergency, correct?

09:05:56  25  A.  Absolutely.

4208

09:05:57  1    Q.  And in this anticipated hazard in particular, a reservoir

09:06:02  2    blowout at the drill floor, a rapid and focused response?

09:06:05  3    A.  Absolutely, yes.

09:06:06  4    Q.  Changing gears on you, sir.  Let's turn to TREX 686.  You were

09:06:23  5    shown this by Mr. Kinchen, and this is an e-mail from Angel

09:06:28  6    Rodriguez to a bunch of people, including BP people and Transocean

09:06:33  7    people.  And you remember Mr. Rodriguez is commending the

09:06:39  8    Transocean crew on closing out a whole bunch of open items from the

09:06:45  9    September 2009 audit, correct?

09:06:46 10    A.  I do remember that, yes.

09:06:47 11    Q.  Let's go to 686.1.1.  Attached to this e-mail is a voluminous

09:07:00 12    spreadsheet.  I gave you the wrong call-out, 686.3.2.

09:07:10 13            You understand that attached to this Angel Rodriguez

09:07:13 14    e-mail is an Excel spreadsheet that has a whole bunch of lines and

09:07:19 15    columns?

09:07:19 16    A.  I do, yes, quite comprehensive.

09:07:21 17    Q.  What I've done is I've just -- out of all of those, I picked

09:07:25 18    one, one particular row, and it references a finding in the

09:07:34 19    September 2009 audit.  And you see the second column is CMID

09:07:40 20    reference 11.4.  CMID is a special term in this matter in marine

09:07:45 21    affairs called -- and my mind just went blank, but something like

09:07:49 22    common marine inspection document, I believe?

09:07:51 23    A.  Yes, I was going to check myself.  You got it.

09:07:55 24    Q.  And this was gone over, remember the issue of the fire and gas

09:08:02 25    and the overrides or inhibitions of the detection, the fire and gas

4209

09:08:07  1   detection system, the safety system?

09:08:08  2   A.  Correct.

09:08:09  3   Q.  The item that was called out by the BP auditors was -- and I'll

09:08:14  4   read it for everyone's benefit, "The fire and gas and ESD control

09:08:18  5   panel alarm, fault, and override conditions to be addressed."  So

09:08:22  6   BP noticed on their four days with four inspectors, four auditors

09:08:26  7   in September of '09 that this was a concern.  This was something to

09:08:30  8   be corrected, right?

09:08:30  9   A.  That is correct.

09:08:31  10  Q.  And they told Transocean correct this within one week, right?

09:08:35  11  A.  Yes, they did.

09:08:36  12  Q.  And then Transocean had a give-and-take on all of these audit

09:08:40  13  items.  They didn't have to take BP's word for it, they offered

09:08:43  14  their own independent assessment of the audit item, didn't they?

09:08:47  15  A.  They did.

09:08:48  16  Q.  And then the responsibility was put on the electrical

09:08:50  17  supervisor.  And I believe the electrical supervisor on the

09:08:55  18  *Deepwater Horizon*, at least one hitch, was Michael Williams.  Do

09:09:01  19  you remember one way or the other?

09:09:02  20  A.  That, I think, yes, Michael Williams definitely was.

09:09:06  21  Q.  And BP gave an action plan.  Replace -- well, somebody gave an

09:09:10  22  action plan.  I won't testify.

09:09:12  23       The action plan was:  Replace smoke detectors and cleared

09:09:15  24  alarms.  This is a continuous maintenance item.  With over 400

09:09:21  25  detectors, there are always detectors in need of maintenance.  That

4210

09:09:25  1  would appear to be a comment by the electrical supervisor, but

09:09:30  2  again, I am not -- do you know one way or the other?

09:09:34  3  A.  No, I don't.

09:09:35  4  Q.  It says "completed" or "complete 12/1/09," right?

09:09:40  5  A.  Correct, right.

09:09:42  6  Q.  And then the last column said, "Confirmed during A. Rodriguez

09:09:45  7  visit on 3/29/10," right?

09:09:48  8  A.  Yes.

09:09:48  9  Q.  So as far as BP was concerned, on March 29th, that issue was

09:09:54 10  closed as far as Transocean was informing BP on that date, right?

09:09:59 11  A.  Yes.

09:10:00 12  Q.  Let's turn to TREX 47243, and this will be the spreadsheet as

09:10:16 13  it existed in March of 2010, the same spreadsheet.  It was a live

09:10:23 14  document, it continued to get updated over time.  And is this

09:10:32 15  47243?

09:10:48 16  A.  Yes, it is.

09:10:49 17  Q.  Okay.  I see it there.  Let's go to finding 3.3.5 which on the

09:10:55 18  Excel spreadsheet is Row 111; 111, and it's a spreadsheet.  You can

09:11:01 19  see at the top revised date, 1/10/10, just so everybody is oriented

09:11:06 20  to the spreadsheet.

09:11:07 21          You remember you were asked, I think, by Mr. Williams,

09:11:11 22  about the driller's cabin, fire, and gas panel, and some issues BP

09:11:15 23  found with that in September '09?

09:11:17 24  A.  Yes.

09:11:18 25  Q.  And what we see, if we get that up, we'll see on 47221 -- my

4211

09:12:07  1   apologies.

09:12:36  2          MR. HAYCRAFT:  What I am going to do is, if they fix

09:12:39  3   that, I'll come back to that point.  Okay.  As if by magic.  Okay.

09:12:51  4   We're on.  This would be TREX 47221.

09:12:51  5   BY MR. HAYCRAFT:

09:13:00  6   Q.  And this spreadsheet is the one Mr. Williams showed you that

09:13:04  7   showed that this particular action item had not been closed out.

09:13:20  8   Can you point to the column or row in question, please.  The

09:13:31  9   driller's cabin, fire, and gas panel.

09:13:50  10         MR. HAYCRAFT:  Well, we're going to move on.  Thank you.

09:13:50  11  BY MR. HAYCRAFT:

09:13:54  12  Q.  You understood that, generally speaking, the auditors made

09:13:59  13  findings in September 2009 and then Transocean was given the job to

09:14:03  14  close those deficiencies out over a period of time?

09:14:08  15  A.  Yes, sir, that was my impression.

09:14:10  16  Q.  And the purpose of Mr. Rodriguez being on the vessel in late

09:14:14  17  March of 2010 was to see that what had been found in September of

09:14:18  18  '09 had been corrected, correct?

09:14:20  19  A.  That is correct.

09:14:20  20  Q.  Now, do you understand on the night of April the 20th that the

09:14:30  21  captain waited for the OIM, Jimmy Harrell, to arrive before

09:14:34  22  commanding the EDS?

09:14:35  23  A.  Yes.

09:14:37  24         MR. HAYCRAFT:  I pass the witness, thank you.

09:14:44  25         MR. BECK:  Your Honor, Cameron has no questions of this

─── OFFICIAL TRANSCRIPT ───

```
09:14:46   1    witness either.

09:14:47   2              THE COURT:  MI.

09:14:49   3              MR. TANNER:  No questions of this witness, your Honor.

09:14:55   4              THE COURT:  PSC.

09:14:57   5                        REDIRECT EXAMINATION

09:14:59   6    BY MR. WILLIAMS:

09:15:21   7    Q.  Mr. Webster, just about five minutes or less.  Just want to

09:15:24   8    clean up a couple of things.

09:15:28   9              MR. WILLIAMS:  Call up TREX 4687, please.

09:15:28  10    BY MR. WILLIAMS:

09:15:36  11    Q.  Now, Mr. Webster, Mr. Kinchen asked you a couple of questions

09:15:44  12    about the BOP.  I simply want to direct your attention to this

09:15:49  13    document, and ask you if you reviewed it in reliance on your expert

09:15:58  14    opinion?

09:15:59  15    A.  Yes, I did.

09:15:59  16    Q.  And that's with respect to the BOP, correct?

09:16:04  17    A.  That is correct, Cameron BOP.

09:16:07  18    Q.  Thank you.

09:16:07  19              MR. WILLIAMS:  TREX 5643, please, Carl.

09:16:07  20    BY MR. WILLIAMS:

09:16:20  21    Q.  Mr. Webster, have you seen this document before?

09:16:24  22    A.  Yes, I have.

09:16:25  23    Q.  You were asked several questions by Mr. Kinchen and, I believe,

09:16:29  24    by Mr. Haycraft about the authority issue, and I just want to ask

09:16:39  25    you:  What's your appreciation of what this memo is?
```

09:16:43  1    A.  This memo, I believe, is dated 2007 from an executive

09:16:48  2    vice-president, and concerns the, I think, the merger between

09:16:55  3    Transocean and GlobalSanteFe.

09:16:57  4    Q.  And down at the bottom of the page and at the bottom of every

09:17:01  5    page in the exhibit it says, "Approved by John Cahuzsac and

09:17:08  6    Mr. Steven Newman," correct?

09:17:10  7    A.  That is correct.

09:17:10  8    Q.  And who is Mr. Steven Newman?

09:17:14  9    A.  I believe he is the president and CEO of Transocean.

09:17:18 10    Q.  Thank you.

09:17:19 11             MR. WILLIAMS:  Page 4 of that TREX, please, Carl.  And

09:17:25 12    this will be TREX 05643-004.

09:17:25 13    BY MR. WILLIAMS:

09:17:32 14    Q.  And Mr. Webster, could you just take a look at the highlighted

09:17:37 15    paragraph and the section paragraph of that section and read that

09:17:44 16    quickly, please, out loud.

09:17:47 17    A.  "The offshore installation manager will remain overall

09:17:50 18    responsible for the health, safety and welfare of all persons, and

09:17:55 19    all activities conducted onboard their respective rig."

09:18:01 20    Q.  Next sentence.

09:18:02 21    A.  "The OIM is authorized and obligated to take whatever actions

09:18:07 22    he considers necessary to prevent injury, loss of life, damage to

09:18:10 23    equipment/structure, and/or loss of rig and well operation

09:18:14 24    integrity."

09:18:15 25    Q.  And when you issued your opinion on this particular issue of

OFFICIAL TRANSCRIPT

4214

09:18:22  1    confused state of command, did you rely on this exhibit as well as

09:18:28  2    the other exhibits you testified about last week?

09:18:31  3    A.  I did, yes.

09:18:32  4    Q.  Thank you very much.

09:18:33  5              MR. WILLIAMS:  TREX 5295, please.

09:18:33  6    BY MR. WILLIAMS:

09:18:43  7    Q.  This is an e-mail string that -- can you read that on your

09:18:46  8    screen up there, Mr. Webster?

09:18:47  9    A.  I can, yes, sir.  I am familiar with this document.

09:18:50  10   Q.  We're going to break that down, TREX 5295, but we're going to

09:18:56  11   go to 5295.1.1.  The first e-mail in that string.  And do you know

09:19:10  12   who Robert Tiano is, Mr. Webster?

09:19:12  13   A.  Yes, he is the maintenance supervisor on the *Deepwater Horizon*.

09:19:19  14   Q.  Ashore?

09:19:19  15   A.  Yes.

09:19:19  16   Q.  And he says, "Can you give me a list of dampers that need to be

09:19:24  17   replaced?"  Correct?

09:19:24  18   A.  Yes, I think this is referring to fire dampers, your Honor.

09:19:29  19              MR. WILLIAMS:  Switch, Carl, please, to 5295.1.2.

09:19:29  20   BY MR. WILLIAMS:

09:19:37  21   Q.  And he gets a response to that e-mail.  Is that correct,

09:19:40  22   Mr. Webster?

09:19:41  23   A.  That is correct.

09:19:41  24   Q.  And who is that response from?

09:19:43  25   A.  Mike Dow, chief mate.

4215

Q.  Of the *Deepwater Horizon*, correct?

A.  Correct.

Q.  And what does -- what is his response?  Could you read it quickly, please.

A.  Yeah, he says, "Good morning, Robert.  We are getting ready to do the monthly fire damper audit.  And short answer to Mr. Tiano," I think it is, "the short answer is:  All of them.  Because of the design that utilizes the louvers, it is mechanically complex and prone to malfunction.  We often spend days fixing one just to have it malfunction during the next month's test."

Q.  And the last exhibit we're going to take a look at quickly is 953.  And that is the document of compliance that Mr. Kinchen showed you last Thursday.  Is that correct, Mr. Webster?

A.  That is correct, yes, sir.

Q.  And if we can go to the last page of it, which will be 953 second page, 953-002, we see that it was indeed, there is -- the annual -- the third annual certification was signed off; is that correct?

A.  It was.

Q.  By DNV, correct?

A.  Correct.

Q.  And what date was this third annual certification signed?

A.  The day after the accident, April the 21st.

MR. WILLIAMS:  Thank you, Mr. Webster.  Those are all of the questions I have.

09:21:22  1          THE COURT:  All right.  I think you're finished.

09:21:25  2          THE WITNESS:  Thank you very much, your Honor.  Sorry to

09:21:27  3 keep you so long.

09:21:31  4          MR. WILLIAMS:  We will do the usual by circulating the

09:21:34  5 exhibits.  Since Mr. Webster is our -- well, it's the end of our

09:21:40  6 case, but it's not because we still have Mr. Quirk coming out of

09:21:44  7 turn.  I would move to introduce the exhibits that we talked about

09:21:46  8 with Mr. Webster, but we will circulate in the usual manner and

09:21:50  9 come back tomorrow to formally move for admission.

09:21:55 10          THE COURT:  Yes.  There was also some discussion last

09:21:57 11 week about some depositions.  Were those taken care of last

09:22:01 12 Thursday or do we still have to deal with them?

09:22:05 13          MR. ROY:  Jim Roy, your Honor.  Mr. Herman took care of

09:22:08 14 that at the marshalling conference on Friday as well.

09:22:10 15          THE COURT:  Okay.  So the only thing the plaintiffs have

09:22:14 16 left is to -- the only thing plaintiffs have left is to

09:22:20 17 introduce -- formally introduce and admit documents relating to

09:22:23 18 Mr. Webster, and then Mr. Quirk.

09:22:29 19          MR. ROY:  That's correct.  With the exception, your

09:22:31 20 Honor, of the stuff that Steve took care of with the magistrate

09:22:34 21 dealing with the 30(b)(6)s, the other depositions and so forth.

09:22:38 22 He'll explain.

09:22:39 23          MR. HERMAN:  Good morning, your Honor.  Steve Herman for

09:22:41 24 the plaintiffs.  Just one very small issue.  It was my

09:22:44 25 understanding at the marshalling conference on Thursday with Judge

09:22:48  1    Shushan that the Fifth Amendment depositions were being offered,

09:22:52  2    filed, and introduced into the record subject to your Honor's

09:22:57  3    rulings on adverse inferences.

09:22:59  4            THE COURT:  That's correct.  That's correct.

09:23:01  5            MR. HERMAN:  And the only outstanding issue was whether

09:23:04  6    the Court did or didn't want us to post those on the web site.  I

09:23:09  7    don't think we really care.  We just -- in reviewing the transcript

09:23:12  8    from the marshalling conference, it wasn't clear from Judge

09:23:16  9    Shushan's comments whether they were formally offered, filed, and

09:23:19  10   admitted into the record.  We thought that was clear, but we just

09:23:23  11   want to make sure.

09:23:24  12           THE COURT:  Yes, they're admitted, subject to the Fifth

09:23:26  13   Amendment issues as to what inferences, if any, the Court should

09:23:30  14   draw from those.

09:23:36  15           MR. UNDERHILL:  Good morning, your Honor, Mike Underhill.

09:23:40  16   I think we took care of this last week.  I just wanted to make sure

09:23:43  17   that the possible need for custodians of records later on that the

09:23:48  18   Court has deferred until we see whether we get the documents

09:23:52  19   necessary in, but I think that's already on the record, correct?

09:23:56  20   Good enough.

09:23:57  21           The last housekeeping matter for the U.S., your Honor, is

09:24:01  22   Joe Keith's deposition.  We have for the Court's deputy, the -- one

09:24:09  23   exhibit that was used by the United States during Mr. Keith's

09:24:14  24   examination, and I am told that there is agreement amongst the

09:24:17  25   parties on that.  That's an oversized exhibit of exhibit TREX

4218

09:24:21  1    00620, which was the graph that contains the mudlogger data.  So

09:24:27  2    unless there is an objection, I would ask that that be admitted.

09:24:31  3              THE COURT:  Any objection?  Hearing none, that's

09:24:33  4    admitted.

09:24:35  5              MR. TANNER:  Your Honor, Hugh Tanner for MI.  If the

09:24:38  6    plaintiffs have now rested, MI would like to assert at this point,

09:24:41  7    now, its motion for judgment on partial pleadings under Rule 52(c)

09:24:46  8    and prepare to give argument on that for you right now if you would

09:24:49  9    like.  We have a motion that we will be filing this morning as

09:24:52 10    well.

09:24:53 11              THE COURT:  Well, I would like you to just -- you have a

09:24:55 12    written motion you can file?

09:24:57 13              MR. TANNER:  We do, yes, your Honor.

09:24:58 14              THE COURT:  Why don't you go ahead and file that and we

09:25:02 15    have -- I've given a little thought to this procedurally.  The

09:25:11 16    structure of this trial is a little different than the usual trial

09:25:16 17    in that we're really trying Transocean's limitation action, and

09:25:25 18    Transocean is the petitioner in limitation, even though they go

09:25:32 19    second because of the way we structured the trial.  And they, as I

09:25:38 20    recall, used Rule 14(c) to tender the other parties.  I haven't

09:25:48 21    gone back and reviewed the pleadings recently, but I suppose that

09:25:51 22    includes MI?

09:25:53 23              MR. TANNER:  It does indeed.

09:25:54 24              THE COURT:  Were you brought in under Rule 14(k)?

09:25:57 25              MR. TANNER:  We were indeed, your Honor.

09:25:59  1        THE COURT:  Okay.  I am just wondering if we would not

09:26:01  2   have to wait until Transocean completes its case before I deal with

09:26:06  3   your motion.

09:26:06  4        MR. TANNER:  Well, I think, your Honor, what we have

09:26:08  5   asked under the motion is -- and I think perhaps that would address

09:26:12  6   part of that issue.  We're not asking at this point to be -- for

09:26:16  7   judgment on the partial findings with respect to Transocean.  Our

09:26:19  8   claims go to the remaining bundle B1 claims after the settlement,

09:26:24  9   after the class action settlement, the States of Alabama and

09:26:30 10   Louisiana, the bundle C claimants and certain of the bundle A

09:26:35 11   claimants that have named us in their pleading as well.

09:26:38 12        So what we are asking at this point, I think under Rule

09:26:41 13   52(c), the Court has the power once a party or parties have been

09:26:44 14   fully heard on an issue that you can enter a judgment at that

09:26:46 15   point, and that's what we're requesting with respect to those

09:26:49 16   entities and we would deal -- we thought we would deal -- because

09:26:52 17   of the procedure issue that you discussed as well, that we would

09:26:56 18   deal with those claims as those cases are rested.

09:27:03 19        THE COURT:  Well, I am not going to decide it right at

09:27:06 20   this minute, but go ahead and file your written motion.  But I can

09:27:10 21   ask, are the plaintiffs planning to intend to oppose MI's motion?

09:27:19 22        MR. ROY:  Speaking for the PSC, your Honor, the PSC would

09:27:26 23   prefer to caucus before addressing that issue.

09:27:30 24        THE COURT:  Okay.  All right.  I'll just defer at least

09:27:35 25   temporarily.

09:27:37 1          MR. TANNER:  That's fine, your Honor.

09:27:38 2          THE COURT:  Go ahead and file your written motion.

09:27:41 3          MR. TANNER:  We will do that, your Honor, thank you.

09:27:44 4          MR. LANGAN:  Your Honor, Andy Langan for BP.  Perhaps a

09:27:47 5   little bit less ambitiously, we just for the record we would like

09:27:50 6   at the appropriate time to make a motion under Rule 52(c) for

09:27:55 7   partial findings related to the claims of all of the plaintiffs

09:27:58 8   relating to the fact that we don't think there's been a

09:28:03 9   demonstration that BP's liable for gross negligence or willful

09:28:06 10  misconduct, so we can take that up now or later after --

09:28:10 11         THE COURT:  Well, I mean, you've just stated it for the

09:28:12 12  record.

09:28:13 13         MR. LANGAN:  Correct.

09:28:15 14         THE COURT:  And I would ask you to -- do you plan to

09:28:17 15  submit something in writing?

09:28:19 16         MR. LANGAN:  Your Honor, we hadn't.  We could.

09:28:21 17         THE COURT:  Well, I mean, frankly, I am not going to

09:28:25 18  grant that motion.  I'll either deny at this stage or defer a

09:28:29 19  ruling.  Likely I would just defer a ruling and let the trial

09:28:33 20  proceed.

09:28:33 21         MR. LANGAN:  We made it for the record.

09:28:34 22         THE COURT:  Certainly you have the opportunity to put it

09:28:36 23  on the record, but I don't see any point in entertaining argument

09:28:39 24  or anything like that on it.

09:28:41 25         MR. LANGAN:  All right, your Honor.

09:28:43  1          THE COURT:  If you want to submit something in writing,

09:28:45  2  you can do that, too.

09:28:46  3          MR. LANGAN:  If your Honor is inclined to defer ruling on

09:28:50  4  it, we just want to make the record is preserved, will probably

09:28:52  5  renew it and perhaps brief it at the end of the case.

09:28:55  6          THE COURT:  Sure.  I think your motion that you just made

09:28:58  7  orally preserves your right.

09:29:01  8          MR. LANGAN:  Okay.  Thank you, your Honor.

09:29:02  9          THE COURT:  Okay.  Thank you.

09:29:05 10          MR. ROBERTS:  Judge, Steve Roberts for Transocean.  We

09:29:08 11  find ourselves in the bit of same position.  52(c) provides that a

09:29:12 12  party can move for directed verdict after the opposing party's

09:29:16 13  evidence has been completed.  It's clear that that has not occurred

09:29:19 14  as of this point.  We've got the Quirk deposition for the

09:29:22 15  plaintiffs, deposition bundles, Fifth Amendment issues to resolve.

09:29:27 16  Some other things.

09:29:28 17          Transocean also has three pending motions that are filed

09:29:33 18  under 8106, 8105 and 8120.  We simply request some guidance from

09:29:39 19  the Court as to, first, when and if it would be appropriate.

09:29:44 20          THE COURT:  Remind me what those are again.

09:29:47 21          MR. ROBERTS:  Those are the motions for summary judgment

09:29:49 22  that stem from the PSC settlement primarily, along with the motion

09:29:51 23  that concerns any remaining exposure Transocean has after OPA or

09:29:56 24  under OPA.

09:29:58 25          THE COURT:  As I recall, one of those deals with the

09:30:02  1    question of whether -- well, one of those deals with the validity

09:30:08  2    or viability of the assignment, right?

09:30:12  3              MR. ROBERTS:  That's correct.

09:30:14  4              THE COURT:  An assigned claim.  Another one deals with

09:30:17  5    the question of whether the PSC has a right -- the plaintiffs have

09:30:21  6    a right to pursue a so-called freestanding punitive damage claim,

09:30:26  7    correct?

09:30:27  8              MR. ROBERTS:  That's correct.

09:30:28  9              THE COURT:  And I forgot what the third one is.

09:30:31  10             MR. ROBERTS:  The other one deals primarily with the

09:30:32  11   PSC's class standing, whether it's a juridical entity that can

09:30:36  12   pursue any claims on its own.

09:30:38  13             And, finally, I don't want to limit -- I understand this

09:30:43  14   to be a conversation, not an argument --

09:30:45  15             THE COURT:  Right, exactly.

09:30:46  16             MR. ROBERTS:  -- on the motions.  But one deals with

09:30:48  17   whether punitive damage issues survive OPA, when the Court has

09:30:53  18   previously ruled that we are limited in our liability to surface

09:30:57  19   discharge.

09:30:57  20             So, your Honor, those have not even been set for

09:31:01  21   briefing.  I simply want to raise this issue to the Court so we

09:31:04  22   have not waived either our right to bring a directed verdict or to

09:31:08  23   be heard on these motions at the time that the Court deems

09:31:10  24   appropriate.

09:31:10  25             THE COURT:  What I would -- I just didn't feel -- I did

09:31:14  1   not deal with those pretrial.  I think we discussed this at one of

09:31:17  2   our status conferences, as I recall, or maybe liaison counsel, I

09:31:23  3   don't recall exactly what the setting was, but my recollection is I

09:31:26  4   said I would not deal with that pretrial for two reasons:  Number

09:31:30  5   one, because of the time, time involved it would take to deal with

09:31:36  6   that before trial; and secondly, it seemed to the Court that it

09:31:41  7   would not have changed the evidence to be presented at this trial.

09:31:47  8        So that's why I didn't deal with it ahead of time.  But

09:31:51  9   certainly I will -- I have to deal with it at some point, and I am

09:31:54 10   just assuming the appropriate time would be when you brief -- post

09:31:58 11   trial briefing.  And deciding the case, I'll deal with those

09:32:02 12   issues.

09:32:03 13        MR. ROBERTS:  All right.  Just for clarification, on

09:32:08 14   behalf of Transocean, we are not waiving any directed verdict

09:32:11 15   motions that we might have at the conclusion of either the PSC's

09:32:15 16   case, when that's accomplished, or Transocean's limitation of

09:32:19 17   liability case.

09:32:20 18        THE COURT:  Okay.  I understand.  Thank you very much.

09:32:22 19        MR. ROBERTS:  Thank you, Judge.

09:32:26 20        MR. GODWIN:  Good morning, your Honor, Don Godwin for

09:32:28 21   Halliburton.  Judge, for the record only and primarily, Halliburton

09:32:31 22   also will be filing tomorrow after the Quirk testimony is

09:32:37 23   concluded, we think it will be premature today, but after tomorrow,

09:32:42 24   we will be filing our Rule 52(c) motion on behalf of Halliburton.

09:32:47 25   And we also have pending, your Honor, a motion for summary judgment

4224

09:32:50  1    as well dealing with subjects that you mentioned.

09:32:52  2              THE COURT:  Same issues?

09:32:53  3              MR. GODWIN:  Same motion primarily.  We have that

09:32:56  4    pending.  Just wanted to bring that to the Court's attention as

09:32:58  5    well.

09:32:58  6              THE COURT:  Correct.  Thank you.

09:33:00  7              MR. GODWIN:  Thank you very much, Judge.

09:33:01  8              THE COURT:  Thank you.

09:33:03  9              MR. BECK:  David Beck for Cameron.  We, too, are going to

09:33:06 10    be filing a Rule 52 motion.  Frankly, we were going to wait until

09:33:10 11    after the plaintiffs rested after the testimony of Mr. Quirk, but

09:33:13 12    we did want to alert the Court that we would be filing one or more

09:33:17 13    also.

09:33:18 14              THE COURT:  Okay.  Thank you very much.

09:33:20 15              MR. BRIAN:  Brad Brian for Transocean.  May we request

09:33:23 16    our short morning recess now so we can caucus briefly before we

09:33:27 17    start our case?

09:33:28 18              THE COURT:  Sure.  Let's go ahead and -- it's about 9:35.

09:33:32 19    Let's go ahead and take about a 15-minute recess.

09:33:36 20              MR. BRIAN:  Thank you, your Honor.

09:33:37 21              THE DEPUTY CLERK:  All rise.

09:33:38 22         (WHEREUPON, A RECESS WAS TAKEN.)

09:54:59 23         (OPEN COURT.)

09:55:00 24              THE COURT:  All right.  Everyone, please be seated.  All

09:55:05 25    right.  Transocean -- somebody else has something?

09:55:11  1          MR. TANNER:  Yes, your Honor, Hugh Tanner for MI.  As I

09:55:16  2   understand it, the first witness who's going to be called by

09:55:18  3   Transocean is Mr. Barnhill.  We have a Daubert motion on file and

09:55:23  4   we just wanted to make sure that was preserved, and I guess as was

09:55:28  5   dealt with in the other witnesses, to the extent that we need to

09:55:30  6   address these issues, we can do them through cross-examination.

09:55:33  7          THE COURT:  Yes.  I've looked at Mr. Barnhill's report

09:55:38  8   and I've read -- I've also looked at your Daubert motion, and I

09:55:47  9   think it's more proper a subject for cross-examination.  So I am

09:55:51 10   going to deny the Daubert motion and allow the witness to testify.

09:55:57 11          MR. TANNER:  Yes.  Thank you, your Honor.

09:55:58 12          THE COURT:  Sure.

09:55:59 13          MR. HYMEL:  Good morning, Judge, Richard Hymel for

09:56:03 14   Transocean, and this will be the direct examination of Calvin

09:56:06 15   Barnhill.

09:56:07 16          THE COURT:  Okay.

09:56:20 17          THE DEPUTY CLERK:  Raise your right hand.

09:56:22 18      (WHEREUPON, CALVIN C. BARNHILL, WAS SWORN IN AND TESTIFIED AS

09:56:26 19      FOLLOWS:)

09:56:26 20          THE DEPUTY CLERK:  If you will take a seat.  And state

09:56:28 21   your name and spell it for the record.

09:56:31 22          THE WITNESS:  Sure.  My name is Calvin, C-A-L-V-I-N,

09:56:47 23   Charles, C-H-A-R-L-E-S, Barnhill, B-A-R-N-H-I-L-L.

09:56:56 24          MR. HYMEL:  May I proceed, Judge?

09:56:57 25          THE COURT:  Yes, go ahead.

<pre>
09:56:59   1                    VOIR DIRE EXAMINATION
09:57:00   2   BY MR. HYMEL:
09:57:00   3   Q.  Mr. Barnhill, where do you live?
09:57:02   4   A.  Lafayette, Louisiana.
09:57:02   5   Q.  What is your profession?
09:57:03   6   A.  I am a registered professional petroleum engineer.
09:57:06   7   Q.  What does it mean to be a registered professional engineer?
09:57:08   8   A.  It -- I am licensed to offer petroleum engineering services to
09:57:15   9   the general public at large.  You do not have to be licensed to
09:57:19  10   work as a petroleum engineer in the oil and gas industry.
09:57:22  11   Q.  Who issued that license?
09:57:24  12   A.  It's a national testing-type procedure, but the license is
09:57:30  13   actually issued by the State of Louisiana.
09:57:32  14   Q.  What is your education?
09:57:34  15   A.  I have two degrees in petroleum engineering both from LSU.  I
09:57:39  16   have an undergraduate and a graduate degree.
09:57:41  17   Q.  By whom are you employed?
09:57:42  18   A.  Northstar Exploration Company.
09:57:45  19   Q.  What type of company is Northstar Exploration Company?
09:57:48  20   A.  Northstar is a registered professional engineering firm,
09:57:52  21   petroleum engineering firm.
09:57:53  22   Q.  Who is the owner of Northstar Exploration Company?
09:57:57  23   A.  I am.
09:57:57  24   Q.  What is the business of Northstar Exploration Company?
09:58:00  25   A.  Northstar does a variety of different things, all dealing with
</pre>

09:58:03  1    what we call the upstream side of the oil and gas business or the

09:58:07  2    exploration and production side of the business.  We do oil and gas

09:58:11  3    consulting work, we do some exploration work, we do some training

09:58:16  4    work, but it's all enveloped within the exploration and production

09:58:22  5    side of the oil and gas business.

09:58:23  6    Q.  What is oil and gas consulting?

09:58:26  7    A.  Oil and gas consulting is basically doing a variety of

09:58:30  8    different projects.  Again, for oil and gas companies or surface

09:58:36  9    companies or drilling contractors, it may relate to drilling

09:58:40 10    projects, or reservoir engineering projects, or production

09:58:44 11    engineering-type projects.  Over the years we've also done some

09:58:49 12    investigative-type work on various projects both from a litigation

09:58:53 13    and non-litigation standpoint.

09:58:55 14    Q.  Give us some examples of the non-litigation investigative-type

09:58:59 15    work that you've done.

09:59:00 16    A.  I guess a couple of things come to mind.  One, several years

09:59:08 17    ago Vastar had a blowout at South Pass Block 60.  It was H2S

09:59:14 18    involved in the blowout which was a poisonous gas.  Vastar had

09:59:17 19    asked me to get involved in that situation with them.  And this

09:59:22 20    also involved -- they asked that a third-party investigation be

09:59:31 21    done and presentation be made prior to them issuing any additional

09:59:31 22    permits on the project, so I did that on behalf of Vastar.

09:59:37 23           Another issue would be there was a medium size

09:59:41 24    independent oil company here in New Orleans that had drilled a

09:59:45 25    series of wells across the Gulf of Mexico.  I think they, like,

09:59:49  1   five wells in a row developed well control issues, and so I had

09:59:54  2   looked at some of those well control issues for them.  And they

09:59:57  3   asked me to kind of go in and do a study of the five wells and talk

10:00:01  4   about, basically, what happened and what the similarities and

10:00:05  5   differences were, and I did those type of things.

10:00:07  6        So there's a variety of different types of projects that

10:00:10  7   we do where we go in and look at situations that occur, have

10:00:14  8   occurred, and then present our findings to a regulatory body or to

10:00:18  9   a company.

10:00:19 10   Q.  Give us some examples of the litigation-related investigative

10:00:23 11   work in which you've been involved.

10:00:24 12   A.  The first litigation manner that I was involved in was actually

10:00:30 13   a blowout offshore Texas.  It was on a rig called the *Ocean King*,

10:00:34 14   and it was a surface blowout of a high pressure gas well.  There

10:00:38 15   were multiple fatalities.  The well blew out with about 7,500 psi

10:00:44 16   on it at the rig level.  That case was actually tried here in the

10:00:50 17   Eastern District of Louisiana by Judge Peter Beer.  I was asked to

10:00:54 18   get involved by Hydril, which was one of the equipment

10:00:57 19   manufacturers for the BOP equipment.

10:01:00 20        Another issue several years ago there was a surface

10:01:05 21   blowout of a well just immediately east of Lafayette, Louisiana.

10:01:09 22   We referred to that as the Broussard blowout.  And again, I was

10:01:14 23   asked by Exxon and its partners to get involved in that situation,

10:01:18 24   and I did.

10:01:18 25   Q.  Give us some examples of who has hired you.

10:01:23  1    A.  I've been hired by pretty much all of the major oil companies,

10:01:27  2    independent oil companies, service contractors, service providers,

10:01:32  3    drilling contractors.  Pretty much -- again, the companies that are

10:01:37  4    associated with the upstream or the E&P side of the business.

10:01:44  5    Q.  Any governmental entities?

10:01:46  6    A.  I have done work for the U.S. Department of Justice and for the

10:01:48  7    Texas Attorney General's office.

10:01:50  8    Q.  Is this the only investigation on which you're currently

10:01:53  9    working?

10:01:53 10    A.  It is not.  There are a couple of other things that we're

10:01:56 11    looking at that are non-litigation based at this point.  One of

10:02:01 12    them is the *Black Elk* platform explosion and fire that occurred

10:02:05 13    recently.  Another one is a blowout in Mississippi, Wayne County,

10:02:11 14    Mississippi, I had looked at several blowouts in that area in the

10:02:15 15    past.  This is a well that -- it was a high pressure H2S well that

10:02:19 16    blew out recently.  The blowout part of the situation has been

10:02:23 17    resolved, but we're in the process of trying to clean out and

10:02:27 18    restore the well and recomplete the well at this point.

10:02:30 19    Q.  Mr. Barnhill, how many well control events have you

10:02:33 20    investigated?

10:02:34 21    A.  Throughout my entire career, both working on well control

10:02:41 22    issues or blowout issues as well as investigating them for

10:02:47 23    something, it's been many.  Probably something in the range of 100

10:02:50 24    or so.

10:02:50 25    Q.  And where did those well control events occur?

10:02:53  1    A.   They occurred predominantly in the Gulf Coast region both

10:02:57  2    onshore and offshore; but there has been some in other areas of the

10:03:02  3    country as well as some international work as well.

10:03:06  4    Q.   Have you done work related to deep water?

10:03:09  5    A.   I have.

10:03:09  6    Q.   What type of work?

10:03:11  7    A.   I've done reservoir evaluation and valuation of reserves.  I've

10:03:18  8    done well control reviews.  I've done well reviews.  I've done

10:03:24  9    drilling issues, equipment issues.  I've looked at rig design

10:03:31 10    issues as far as deep water drilling rig design and capability,

10:03:38 11    those type things.

10:03:39 12    Q.   Where has that deep water work been?

10:03:42 13    A.   Again, it's been predominantly in the Gulf of Mexico, although

10:03:46 14    there has been work internationally as well.

10:03:48 15    Q.   Where was the Macondo well?

10:03:50 16    A.   The Macondo well was in Mississippi Canyon 252.

10:03:54 17    Q.   Have you ever done any work in the Mississippi Canyon area?

10:03:57 18    A.   I have.

10:03:58 19    Q.   What type of work?

10:03:59 20    A.   Again, it's been some well control related work.  There has

10:04:05 21    been some review of reservoir evaluation.  There has been actual

10:04:13 22    reservoir evaluation as well as reserve valuation.  There's been

10:04:18 23    some P&A issues that I've looked at.  There's been a variety of

10:04:22 24    different issues.  I probably looked at six, eight, ten different

10:04:25 25    things in the Mississippi Canyon area.

4231

10:04:27  1    Q.  Any well control events?

10:04:29  2    A.  Yes.  As I said, there was -- actually, I guess, about a year

10:04:33  3    before the Macondo well I was asked to review an underground

10:04:39  4    blowout situation that occurred in Mississippi Canyon Block 942, I

10:04:44  5    think, it was; 942, 943, on a well in the Mirage Field.  They had

10:04:50  6    had an underground blowout, so I had reviewed the well design and

10:04:55  7    the well plan on the 942 No. 1, the 942 No. 1 sidetrack, and the

10:05:02  8    942 No. 2 which was the well that blew out and the underground

10:05:08  9    blowout issues involved in that.

10:05:09  10   Q.  What is an underground blowout?

10:05:12  11   A.  An underground blowout -- well, first of all, all blowouts

10:05:17  12   start the same way.  They all begin with a well control situation,

10:05:22  13   something that we refer to as a kick; and then a blowout is simply

10:05:25  14   the fact that the well control situation has gotten out of control.

10:05:30  15        If the well gets out of control by the kicking fluid

10:05:34  16   entering the wellbore and exiting the wellbore at some point

10:05:37  17   underground, that's considered an underground blowout.  If the well

10:05:41  18   gets out of control because the fluid enters the wellbore and exits

10:05:44  19   at the surface because of lost control, that's considered a surface

10:05:48  20   blowout.  So I've looked at both types of those issues, as well as

10:05:52  21   a combination where you had a situation where the well blew out

10:05:56  22   initially underground and the flow made its way back to the

10:05:59  23   surface.

10:05:59  24   Q.  How would you characterize the blowout on the Macondo well?

10:06:02  25   A.  The Macondo well was a surface blowout.

4232

10:06:07  1              MR. HYMEL:  Let's go to TREX 7676.1.TO.

10:06:07  2    BY MR. HYMEL:

10:06:12  3    Q.  Please identify this document.

10:06:14  4    A.  This appears to be the cover page of my report in this matter.

10:06:20  5              MR. HYMEL:  Go to TREX 7676.1.1.TO.

10:06:24  6    BY MR. HYMEL:

10:06:24  7    Q.  Now, your report is entitled, "The Macondo Engineering,

10:06:28  8    Operations and Well Control Response."  What do you mean by

10:06:30  9    "Macondo engineering"?

10:06:31 10    A.  That would deal with the design of the well and the preparation

10:06:38 11    of the drilling prognosis.

10:06:40 12    Q.  What do you mean by "operations"?

10:06:42 13    A.  Operations would be those operations that were conducted to

10:06:46 14    physically drill the well and construct the wellbore.

10:06:50 15    Q.  Let's take those two together, the Macondo engineer and

10:06:53 16    operations and tell us about your education, your training, and

10:06:55 17    experience with regard to those two areas.

10:06:58 18    A.  Well, again, as part of the formal education in petroleum

10:07:01 19    engineering, part of the course work you take deals with the design

10:07:05 20    and planning of wells and the drilling operations associated with

10:07:08 21    drilling wells.  That would be the drilling/engineering phase of

10:07:13 22    the drilling operational phase of the petroleum engineering degree.

10:07:16 23              I've also worked for a variety of companies where I've

10:07:20 24    actually planned wells and executed the drilling of those plans.

10:07:25 25    I've taught well planning courses, drilling operational courses,

OFFICIAL TRANSCRIPT

10:07:30  1  those type things throughout my career.  Plus, I've reviewed many,

10:07:37  2  many well plans for different companies for a variety of different

10:07:40  3  reasons.  And I've looked at hundreds of drilling reports.  I've

10:07:46  4  prepared drilling reports.  You know, I've worked in the business

10:07:51  5  of drilling wells.  I've supervised, I've worked as a company man,

10:07:59  6  I've supervised company men.  So all of those types of things.

10:08:00  7  Q.  What positions in the oil field have you held?

10:08:03  8  A.  I started out at the bottom.  I started out as a roustabout,

10:08:06  9  roughneck, relief driller, derrick hand, company man, drilling

10:08:10 10  superintendent, so I've held those positions.

10:08:12 11  Q.  Does your training/experience include running production

10:08:15 12  casing?

10:08:16 13  A.  It does.

10:08:17 14  Q.  Converting float collars?

10:08:20 15  A.  I have done that.

10:08:21 16  Q.  Running production casing cement jobs?

10:08:23 17  A.  Yes.

10:08:24 18  Q.  Positive tests?

10:08:25 19  A.  Yes.

10:08:26 20  Q.  Negative tests?

10:08:27 21  A.  Yes.

10:08:27 22  Q.  Temporary abandonment procedures?

10:08:30 23  A.  Yes.

10:08:30 24  Q.  Well displacement, displacing mud?

10:08:32 25  A.  I have done that, yes.

4234

10:08:34  1    Q.  Affects of fluids in wellbores?

10:08:36  2    A.  Yes.

10:08:36  3    Q.  Affects of spacers in wellbores?

10:08:39  4    A.  Yes.

10:08:39  5    Q.  Loss circulation material?

10:08:42  6    A.  Yes, I've dealt with loss circulation material issues.

10:08:45  7    Q.  Suspension properties of solids and fluids?

10:08:48  8    A.  Yes, that's part of what we do as a petroleum engineer.

10:08:51  9    Q.  And then pressure relationships between fluids and wellbores?

10:08:54 10    A.  Yes.  That's an integral part of what I've done throughout my

10:08:58 11    career.

10:08:58 12    Q.  Let's go back to your report.  And then the third section of

10:09:02 13    your report is "Well Control Response."  What do you mean by that?

10:09:04 14    A.  Well, again, the reason we're here is because there was a

10:09:09 15    surface blowout that was -- that occurred and the -- so we had a

10:09:16 16    well control situation and there was a response to that situation.

10:09:18 17    So part of what I was asked to do was to look at not only the well

10:09:23 18    design and the drilling of the well, but also the well control

10:09:26 19    aspects as well.

10:09:27 20    Q.  Please tell us about your education, training, and experience

10:09:30 21    with regard to well control.

10:09:32 22    A.  Well, again, well control has been part of the formal training

10:09:37 23    that I've received in getting my petroleum engineering degrees.

10:09:41 24    But actually, my well control training started pretty much when I

10:09:45 25    started in the oil and gas industry.  I started out as a contract

10:09:50  1   production hand for Chevron, that would have been some well control

10:09:54  2   training involved in dealing with those wells.  When I went to work

10:09:57  3   for Penrod Drilling Company working on a drilling rig, I would have

10:10:00  4   received well control training associated with the drilling side of

10:10:04  5   the business.  When I worked for Tenneco or the various companies

10:10:07  6   that I've worked for.

10:10:08  7          I've also taught well control for LSU, University of

10:10:12  8   Louisiana, University of Texas, various different industry services

10:10:19  9   that have taught well control and provided well control courses to

10:10:23 10   the industry.  I've taught well control both domestically and

10:10:26 11   internationally.

10:10:27 12          I was also involved in coauthoring and preparing a well

10:10:31 13   control school that received MMS certification, the well control

10:10:37 14   manual that's actually a certified manual, course material was a

10:10:41 15   certified curriculum.  I was one of the probably first three or

10:10:45 16   four certified well control instructors in the late 1970s.  The

10:10:53 17   federal government basically issued regulations that said if you

10:10:57 18   were going to be a supervisor of drilling operations on an offshore

10:11:02 19   or federal lease environment that you had to be certified in well

10:11:04 20   control.

10:11:06 21          Initially, the way it was set up the federal government

10:11:09 22   certified the well control schools that were in existence, so to

10:11:15 23   offer well control training you had to be certified by the MMS to

10:11:19 24   provide that training.  The company that I worked for was one of

10:11:22 25   the first companies to receive that certification.  I was one of

4236

10:11:26 1   the first instructors in that company to receive the certification.

10:11:30 2           That has morphed into a different kind of situation now.

10:11:34 3   The companies now are more responsible for their own training and

10:11:39 4   certifications, so the federal government doesn't certify well

10:11:43 5   control schools anymore, but there are certain criteria that you

10:11:46 6   still have to meet.

10:11:49 7           So I was involved in all of that process, both from a

10:11:52 8   teaching standpoint as well as preparing a well control manual and

10:11:59 9   getting it certified.

10:12:00 10          Part of that program also included not only the classroom

10:12:06 11  training, but it included modular training that the companies

10:12:10 12  offered on the rig itself; so you had a modular training that

10:12:14 13  people went through as they developed along the career path.  And

10:12:17 14  then once they got to a certain level of a supervisory position,

10:12:21 15  then they started going to the formal classroom work which was both

10:12:25 16  basic well control and advanced well control.

10:12:28 17  Q.  As a well control instructor, were you qualified to issue well

10:12:32 18  control certificates?

10:12:33 19  A.  I was.

10:12:34 20  Q.  And have you done so?

10:12:35 21  A.  I have.

10:12:35 22  Q.  How many?

10:12:36 23  A.  Over the years it's been a lot.

10:12:38 24  Q.  What is your work experience related to well control?

10:12:40 25  A.  Again, I have been in field operations where I have actually

10:12:46  1    detected kicks, controlled kicks, pumped them out, did all of those

10:12:50  2    operations.  I have been called out to both surface blowout

10:12:55  3    situations and underground blowout situations to do work on those

10:12:59  4    situations.  I've worked behind the scenes from an engineering

10:13:07  5    standpoint on well control issues.  I've investigated well control

10:13:12  6    issues, commented on them.  Again, both non-litigation and as I am

10:13:17  7    doing today, litigation mode.

10:13:19  8    Q.  Does the curriculum vitae attached to your report outline your

10:13:23  9    education, training, and experience?

10:13:25 10    A.  Generally.  I don't know that everything I've done is in there,

10:13:28 11    but it's a general outline of what I've done, yes.

10:13:30 12    Q.  Is that CV up-to-date?

10:13:32 13    A.  It probably was at the time I did the report.  It's probably

10:13:36 14    been a couple of years since I've updated.

10:13:40 15          MR. HYMEL:  Transocean tenders Calvin Barnhill as an

10:13:43 16    expert in petroleum engineering with a special expertise in well

10:13:45 17    engineering, well operations, and well control.

10:13:47 18          THE COURT:  All right.  Anybody have any objections or

10:13:50 19    questions?  I've already ruled on the Daubert motion.  All right.

10:13:55 20    I am going to accept him in that field and allow him to testify.

10:13:59 21                         DIRECT EXAMINATION

10:14:00 22    BY MR. HYMEL:

10:14:00 23    Q.  Mr. Barnhill, let's first talk about when you were retained in

10:14:04 24    this case.  When were you retained by Transocean?

10:14:06 25    A.  I got the initial phone call about 2:30, three o'clock in the

4238

10:14:10  1   morning of the night of the incident, so that would have been on

10:14:13  2   April 21st.

10:14:14  3   Q.  What was the purpose of that initial retention?

10:14:16  4   A.  I was contacted and asked to provide technical assistance and

10:14:20  5   support.  Transocean was basically trying to understand what was

10:14:25  6   happening and get its arms around what the issues were.

10:14:29  7   Q.  What type of work did you initially perform for Transocean?

10:14:32  8   A.  I think the first thing that I did -- in fact, I know the first

10:14:36  9   thing that I did was I came to New Orleans.  Transocean had set up

10:14:40 10   a crisis center, a command center here, and there were both

10:14:45 11   technical people and non-technical people.  This was also a place

10:14:49 12   where they were bringing family to be reunited with the rig workers

10:14:53 13   and stuff like that.

10:14:54 14        But there was a technical group there that was, again,

10:14:58 15   just trying to get its arms around what was happening.  Information

10:15:02 16   was coming in sporadically, so we were trying to get a feel of what

10:15:09 17   the events were and how they were unfolding.

10:15:11 18   Q.  What other work have you done for Transocean since being

10:15:14 19   retained?

10:15:15 20   A.  There was a variety of things, you know.  Shortly after the

10:15:20 21   meeting in New Orleans or the meetings in New Orleans, there was a

10:15:24 22   series of meetings in Houston.  At some point, the decision was

10:15:28 23   made by Transocean to panel an investigative team.  Bill Ambrose

10:15:37 24   was picked to head up that team.  I had met with Bill initially

10:15:41 25   early on, in fact, as he was getting started in that endeavor.

10:15:48  1          I did not formally -- I was not formally assigned to the

10:15:50  2     investigative team, but I worked peripherally with the

10:15:54  3     investigative team providing information or experience to them and

10:15:58  4     getting information and experience from them.

10:16:01  5          I reviewed information and data as it came in since I was

10:16:06  6     looking at the drilling and the well control issues.  At some point

10:16:13  7     I was able to get the IADC drilling reports, the morning reports,

10:16:17  8     the BP reports, I reviewed all of those.  At some point, I was able

10:16:22  9     to get a copy of the well plan, reviewed that.  Looked at --

10:16:28 10     because of the well control aspects, I looked at the well control

10:16:31 11     manuals and the well control training that the rig crew that was on

10:16:36 12     tower had received.  So there was a variety of things that I did.

10:16:41 13          At some point the Coast Guard hearings started.  I

10:16:44 14     attended the Coast Guard hearings.  I think I attended all of those

10:16:47 15     hearings except for the last week, I had a conflict and I didn't

10:16:51 16     make those.  But, you know, I've read the depositions that have

10:16:55 17     happened, the reports that have come in.

10:16:58 18          At some point, I was shifted more into a litigation mode

10:17:02 19     and was asked to prepare a report, to be prepared to give a

10:17:07 20     deposition, and to, ultimately, be prepared to be here.

10:17:11 21          THE COURT:  And you're here.

10:17:12 22          THE WITNESS:  And I am here.

10:17:14 23  BY MR. HYMEL:

10:17:14 24  Q.  Mr. Barnhill, your report is dated September 23rd, 2010.  What

10:17:19 25  have you done since you issued your report?

4240

10:17:21  1    A.  I think my report was probably one of the first reports or in

10:17:26  2    the first group of reports.  I think there were other expert

10:17:30  3    reports that followed my report, so I reviewed those reports.  I

10:17:35  4    reviewed depositions as they continued.  I gave a deposition.

10:17:41  5    Throughout the time also -- and I know there was some time before

10:17:46  6    the report and some time after the report, I made several visits to

10:17:52  7    Michoud looking at the BOPs, meeting with the investigative team

10:17:56  8    that was conducting the investigations on the BOP stack.  You know,

10:18:01  9    just continued to process information as it continued to come in

10:18:06  10   and review that information.

10:18:07  11   Q.  Did any of the information you learned after you issued your

10:18:11  12   report change any of the opinions in your report?

10:18:14  13   A.  It didn't.

10:18:15  14   Q.  Did you issue a supplemental report?

10:18:17  15   A.  I did not.  I was asked about that at some point, and my

10:18:23  16   comment was I had felt like my initial report basically laid out

10:18:27  17   what my opinions were and what the reasons I had for holding those

10:18:32  18   opinions.

10:18:32  19   Q.  Let's talk about those opinions.  Do you have an opinion as to

10:18:37  20   whether Transocean trained its drill crews in well control to

10:18:40  21   industry standard?

10:18:42  22   A.  Yes, I do.

10:18:42  23   Q.  And what is that opinion?

10:18:44  24   A.  It appeared to me that they did.  In reviewing the material

10:18:47  25   that I reviewed, it looked like that their training was consistent

10:18:50  1    with industry standards.

10:18:51  2    Q.  Do you have an opinion as to whether the Transocean driller and

10:18:56  3    assistant driller were actively monitoring the well on April 20th,

10:19:01  4    2010?

10:19:01  5    A.  Yes.

10:19:01  6    Q.  And what is that opinion?

10:19:02  7    A.  It appeared to me that they were.  Each time an event occurred

10:19:06  8    or something happened, they responded to that event.

10:19:09  9    Q.  Do you have an opinion as to who had the ultimate authority on

10:19:14 10    the rig to determine whether the negative pressure test was

10:19:17 11    successful?

10:19:18 12    A.  The ultimate authority would have rested with BP to help them

10:19:23 13    make the decision whether to go forward or not to go forward.

10:19:26 14    Q.  Do you have an opinion as to whether BP should have shared

10:19:29 15    critical information with Transocean?

10:19:31 16    A.  I think critical information in the drilling world should

10:19:35 17    always be shared.

10:19:37 18    Q.  Do you have an opinion as to what the Transocean drill crew

10:19:40 19    should have done when they shut down the pumps at 9:30 P.M.?

10:19:44 20    A.  Yes.

10:19:44 21    Q.  And what is that opinion?

10:19:46 22    A.  I think they should have monitored the well for a brief period

10:19:50 23    of time; they would have seen that the shut-in drill pipe pressure

10:19:53 24    was increasing, and so they would have seen that increasing rate.

10:19:57 25    I think at that point within the 9:32, 9:33 timeframe, and there

4242

10:20:04 1   should have been a flow check done.  And I think if the flow check

10:20:08 2   would have been done at that point, it would have been positive and

10:20:10 3   they would have shut the well in.

10:20:11 4   Q.  Mr. Barnhill, is that opinion in your report?

10:20:13 5   A.  It is.

10:20:13 6   Q.  And have you ever changed your opinion that the Transocean

10:20:16 7   drill crew should have shut down the well at 9:30?

10:20:19 8   A.  I have not.

10:20:19 9   Q.  Before we get to the bases of your opinion, I want to talk

10:20:24 10  about the Macondo well a little bit and set the background of some

10:20:27 11  of the things we're going to be talking about today.

10:20:29 12        MR. HYMEL:  Please put up D-6645.

10:20:29 13  BY MR. HYMEL:

10:20:32 14  Q.  And, Mr. Barnhill, tell us what this illustrates?

10:20:35 15  A.  This illustrates what I call the wellbore system when you're

10:20:40 16  actually drilling the well.  And we can see here that the wellbore

10:20:46 17  system is actually comprised of multiple components.  Obviously,

10:20:49 18  you have the drilling rig that's floating on the Gulf of Mexico.

10:20:54 19  You have it attached to the Macondo well by its riser system and

10:20:59 20  the BOP.

10:21:01 21        The Macondo well, itself, that the rig's BOPs are latched

10:21:07 22  into actually extends from the mud line, so the Macondo well,

10:21:11 23  itself, actually starts 5,000 feet below the water surface and

10:21:15 24  extends from the mud line all the way down to its total depth.

10:21:19 25  This picture represents the wellbore after it had been completely

4243

10:21:22  1   drilled to its total depth, with the primary objective zones

10:21:27  2   exposed.  So we have the well itself, we have the riser, a BOP

10:21:33  3   system which is associated with the rig, and then we have the rig

10:21:36  4   itself.

10:21:36  5   Q.  Let's talk about the well.

10:21:37  6           MR. HYMEL:  Let's put up D-6646.

10:21:37  7   BY MR. HYMEL:

10:21:42  8   Q.  What does this illustrate?

10:21:44  9   A.  This an illustration with two call-outs that focuses primarily

10:21:50  10  on the wellbore itself.  And the first cut out on the left side

10:21:55  11  over here is the condition of the Macondo well at the time the

10:22:01  12  Marianas well had TA'd the well or temporarily abandoned the well

10:22:06  13  and had left --

10:22:07  14  Q.  Mr. Barnhill, what do you mean by "temporarily abandoned"?

10:22:10  15  A.  Well, again, what's happening is there is future operations

10:22:14  16  that are going to be conducted in this well from a drilling

10:22:18  17  standpoint, and so the well was temporarily abandoned to secure the

10:22:23  18  well or seal the well to be able to leave it so that one rig moved

10:22:28  19  off and either that rig or another rig could come back.

10:22:32  20          There's actually a federal regulation that deals with TA

10:22:38  21  procedures, that's 30 CFR 250.1721, and it specifies the types of

10:22:44  22  plugs or the location of the plugs that you need to set.

10:22:49  23          What they did -- the way this well was originally TA'd

10:22:54  24  was there was a lower plug which consisted of the undrilled shoe

10:23:00  25  track of the 18-inch casing.  The Marianas well had jetted in the

4244

10:23:06  1   36 inch; they had drilled below the 36 inch and installed 28-inch

10:23:10  2   casing; they had drilled below the 28-inch casing and installed

10:23:14  3   22-inch casing; and then they had drilled below the 22-inch casing

10:23:19  4   and installed an 18-inch drilling line.  So the 18 -- and I think

10:23:23  5   it was actually an 18-and-a-quarter inch drilling liner had been

10:23:29  6   installed, had been cemented, but the shoe track had not been

10:23:32  7   drilled out.

10:23:32  8   Q.  What do you mean by "shoe track"?

10:23:33  9   A.  The shoe track is actually the part of the casing that's just

10:23:37 10   the lower section that extends from the float collar down to what

10:23:40 11   we call the flow shoe at the very bottom of the casing.

10:23:43 12          So depending on the operations, you may have the float

10:23:48 13   shoe at the very bottom, which is just kind of a nose configuration

10:23:52 14   to make the casing go in easier.  I think in the case of the final

10:23:58 15   TA operation, or the second TA operation, that shoe track actually

10:24:02 16   had a reamer shoe on it in case they needed to ream the casing

10:24:06 17   down.  But some kind of shoe mechanism.

10:24:09 18          Then you will have some number of casing joints up and

10:24:13 19   then a float collar will sit on top of those number of joints of

10:24:17 20   casing, so it kind of makes an area where the intention is when

10:24:21 21   you're pumping the cement, the tail cement is going to be left in

10:24:26 22   that shoe track.

10:24:27 23          Now, depending on future operations, that shoe track may

10:24:30 24   or may not get drilled out.  In this case, with the TA operation,

10:24:34 25   one of the requirements is you have a lower plug, so they did --

4245

10:24:38  1    they intentionally did not drill out the shoe track to leave it as

10:24:41  2    a lower plug.

10:24:42  3           Then, basically, they came up and prior to setting the

10:24:45  4    surface plug, they did a positive and a negative test on this well.

10:24:50  5    The way they negatively tested it was to use a base oil in the kill

10:24:54  6    line to do the negative test.  They verified the veracity or the

10:25:00  7    ability of the lower plug to hold, and then, at that point in time,

10:25:06  8    they set an upper plug.  The upper plug was set by regulation --

10:25:13  9    well, the upper plug under regulation can be set no lower than

10:25:18 10    thousand feet below the mud line without a waiver, so this plug was

10:25:21 11    set at a depth below the rig floor of 5,800 to 6,000 feet, which

10:25:28 12    below the mud line that was basically 800 to about 1,000 feet.  And

10:25:33 13    so that was the condition that the well was left in.

10:25:35 14           Because they had already installed the 18-inch liner --

10:25:43 15    let me back up a second.  Because they had already installed the

10:25:46 16    22-inch casing, they had on top of the 22-inch casing the

10:25:51 17    18-and-three-quarter inch high pressure wellhead that the BOPs

10:25:55 18    could attach to.  So when the Macondo -- or when the *Deepwater*

10:25:59 19    *Horizon* moved on to the well, they were able to run their BOPs and

10:26:03 20    their riser and just latch straight into the Macondo well itself to

10:26:07 21    drill out those plugs.

10:26:09 22    Q.  What do you mean when you say "run the BOP and the riser"?

10:26:12 23    A.  Basically, what would happen is once the *Deepwater Horizon*

10:26:16 24    arrived on location, the riser would have been stored in basically

10:26:21 25    90-foot sections or 90-foot joints on the rig, so the riser -- the

4246

10:26:26  1    first thing that would have happened is the BOP would have been

10:26:28  2    checked out.  It would have been moved into the moon pool area.

10:26:32  3    The riser would have been picked up.

10:26:34  4         Initially, what happens is you pick up two joints of

10:26:37  5    riser, and so when you run the BOP, you get it through what's

10:26:41  6    called the splash zone so the waves are not affecting your BOP

10:26:45  7    stack.  That BOP stack weighs 600,000 pounds or so, so you don't

10:26:50  8    want it down there flapping around in the wave zone.  So you run a

10:26:54  9    couple of joints of riser to get it below the wave zone, and then

10:26:58  10   you, at that point, start picking up a joint of riser at a time and

10:27:02  11   just running it down.  And once you get down, in this case, to

10:27:06  12   5,000 feet where the wellhead is, you latch onto the wellhead.  And

10:27:09  13   now, you have a conduit where you're ready to drill out.

10:27:13  14   Q.  Let's move over to that well as it's shown over here.  What is

10:27:18  15   the status of the wellbore here (INDICATING)?

10:27:20  16   A.  That is the Macondo well after it had been drilled to its --

10:27:25  17   what I call its called TD.  The well had actually been permitted to

10:27:31  18   a deeper depth than had been planned, to drill to a deeper depth;

10:27:37  19   but the situation that occurred, once they got through their

10:27:40  20   primary objective sand, they found they did not have sufficient

10:27:44  21   drilling margin to continue.  So, therefore, the option was to

10:27:50  22   either restrict the hole size more which would affect your

10:27:53  23   production ability in the future; or since you had penetrated your

10:27:58  24   primary objective, to go ahead and call TD at that point and stop

10:28:02  25   drilling and then run your production casing and cement that

4247

10:28:07 1   production casing in place.

10:28:08 2          And that's basically what this picture shows.  It shows

10:28:11 3   the multiple casing strings.  We can see that when the *Deepwater*

10:28:15 4   *Horizon* came on it added additional casing, it drilled additional

10:28:19 5   sections of hole, added additional sections of casing in what we

10:28:24 6   call drilling liners.  A liner is nothing more than a string of

10:28:29 7   casing that doesn't go all the way back to the surface.  A liner is

10:28:33 8   a string of casing that goes up inside the previous string of

10:28:37 9   casing and attaches to that string mechanically with a set of

10:28:41 10  slips, either with a hydraulic hanger or mechanical hanger that

10:28:45 11  bites into the casing and holds the two together.  And then you

10:28:50 12  put -- you tack it in place or you secure it in place with cement.

10:28:54 13         So there were multiple sections of the hole that the

10:28:58 14  *Deepwater Horizon* had drilled.  There were multiple sections of

10:29:01 15  casing they had installed.  There were multiple cement jobs that

10:29:05 16  they had done on this well.  And then they got down to the TD and

10:29:08 17  that's the situation that we see the well in at this point.

10:29:11 18  Q.  Mr. Barnhill, let me stop you.  We're going to talk about

10:29:14 19  details of drilling a little later.  What I want to do now is go

10:29:19 20  through an overview of the well system.  So I next want to talk

10:29:22 21  about the BOP.

10:29:24 22         MR. HYMEL:  Can you put up D-6647.

10:29:24 23  BY MR. HYMEL:

10:29:26 24  Q.  And what does this show?

10:29:27 25  A.  This is a picture of the *Deepwater Horizon* BOP stack that was

10:29:33 1    actually latched onto the Macondo wellhead at the mud line.  At the

10:29:38 2    very bottom down here you can see what's the connector, the

10:29:43 3    hydraulic connector that latches onto the wellhead.  This BOP stack

10:29:46 4    is actually in two sections.  You have two different component

10:29:51 5    sections:  You have the lower BOP stack where the rams are housed,

10:29:56 6    and you have the upper BOP section which is called the LMRP or the

10:30:01 7    lower marine riser package.  This particular configuration of the

10:30:05 8    LMRP has both annular preventers within the LMRP.  There is a

10:30:10 9    connector that connects the two sections of the BOP stack together.

10:30:16 10           So as an example, if you were going to EDS or disconnect

10:30:20 11   in some way between the two components, this is where the

10:30:24 12   connection or disconnection would occur.

10:30:26 13           On top of here you have a flex joint that that's what the

10:30:29 14   riser attaches to and it allows for flexibility.  Keep in mind,

10:30:34 15   there is a floating operation.  So we've got 5,000 feet of riser

10:30:39 16   connected to a BOP stack, but it's -- the rig itself is going to be

10:30:44 17   moving around, so the riser has to have some flexibility associated

10:30:48 18   with it.

10:30:48 19   Q.  Mr. Barnhill, if there is a lower marine riser package, is

10:30:52 20   there an upper marine riser package as well?

10:30:54 21   A.  There is.

10:30:55 22   Q.  Where is that?

10:30:55 23   A.  It sits right at the bottom of the rig, but there is an upper

10:31:00 24   marine riser package that's going to allow us to do certain things:

10:31:04 25   One is to hold up the top of the riser and keep it in tension.

10:31:09   1   Another is to allow for the movement of the rig.  The movement, you

10:31:13   2   know, the fact it's a floating rig it can go up and down, side to

10:31:17   3   side, front to back.  So if I am holding this riser up and keeping

10:31:21   4   tension on the riser, I have to be able to account for the movement

10:31:24   5   of the vessel.  I don't want the riser moving around like the

10:31:27   6   vessel is.  So there's a slip joint configuration that allows for

10:31:32   7   that movement to be absorbed or compensated for so that I can

10:31:36   8   maintain tension in the riser so I can work inside the riser and

10:31:40   9   not wear it out.

10:31:41  10           So, you know, that's all part of it.  And there are other

10:31:45  11   components, and we'll see a couple of those in a minute as we go.

10:31:48  12   Q.  What is between the upper marine riser package and the lower

10:31:53  13   marine riser package?

10:31:54  14   A.  You have the riser itself, which, again, it's a string of

10:31:57  15   pipe --

10:31:58  16   Q.  Let's pull that up.  Go to D-6648.  Is this what you're

10:32:05  17   referring to?

10:32:05  18   A.  That is what I am referring to.  That is a joint of riser.  The

10:32:10  19   *Deepwater Horizon* riser, like I said, was a large-diameter pipe.

10:32:16  20   It came in 90-foot sections.  The outside diameter was 21 inches.

10:32:21  21   The inside diameter was 19 and three-quarters inches.  So it's just

10:32:25  22   a big open pipe that serves as a conduit to allow you to circulate

10:32:31  23   your drilling mud around the well and run tubers in and out of the

10:32:34  24   well.

10:32:34  25           If you look, you see some smaller pipes on the side of

OFFICIAL TRANSCRIPT

4250

10:32:38 1   the flange connection for the big pipe.  The joints of riser are

10:32:43 2   connected in this particular configuration with a flange connection

10:32:47 3   that's put together and bolted together.  You have choke and kill

10:32:51 4   lines that extend down the outside of the riser that's part of the

10:32:56 5   riser system.

10:32:56 6        You also have a boost line.  The boost line is just a

10:33:00 7   pipe that goes down outside of the riser and reconnects to the

10:33:05 8   riser at the base of the riser so I can pump mud down that boost

10:33:10 9   line and help boost the fluid up the riser as I am circulating.  So

10:33:15 10  these are all just components of the riser system.

10:33:18 11       You can see this particular joint has flotation cells on

10:33:21 12  it.  Again, given the weight of the piece of pipe, it just helps

10:33:26 13  with the buoyancy of the pipe.

10:33:29 14  Q.  Let's go to D-6649.  What does this show?

10:33:35 15  A.  It shows the inline tensioners.  Actually, what this picture

10:33:39 16  is, this is a picture of the underneath of the *Deepwater Horizon*.

10:33:43 17  So and what we're looking at, that rectangular slot that is cut out

10:33:48 18  of the rig, that is the moon pool.  These inline tensioners at this

10:33:53 19  point are in the parked position.  If we were actually ready to

10:33:57 20  hook up our riser to our tensioners, the tensioners would be moved

10:34:02 21  more into the center of the moon pool area.

10:34:04 22       These are the devices that attach to what's called a

10:34:08 23  tensioner ring that basically supply tension and hold up the top

10:34:14 24  part of the riser.

10:34:15 25  Q.  Where is the upper marine riser package?

10:34:16  1   A.  Again, it would be in this area consisting of a number of

10:34:20  2   components with the topmost component being the diverter system.

10:34:24  3   Q.  And let's put that up, it's D-6650.  And what is this?

10:34:30  4   A.  This is a float -- a piping diagram that would basically

10:34:34  5   indicate the diverter system that would be sitting at the very top

10:34:39  6   of the upper marine riser package system.  You have a riser -- I'm

10:34:45  7   sorry, a diverter housing system here that basically what happens

10:34:49  8   is, this would represent the well, the flow would come up out of

10:34:53  9   the well.  In normal operations, the packing element in the

10:34:57 10   diverter is going to be open, so the flow would come up into the

10:35:01 11   diverter housing around through the return flow line and back to --

10:35:07 12   in the old days, we used to call it a possum belly.  Nowadays they

10:35:10 13   call it the gumbo box or the gumbo buster.  And then the mud flows

10:35:15 14   into there and it's diverted out to the multiple shell shakers that

10:35:21 15   the *Deepwater Horizon* had on it to basically reprocess and clean

10:35:25 16   the mud.

10:35:26 17        If we were in a diverting mode, then basically what would

10:35:30 18   happen is these two large-diameter lines that extend out of the

10:35:35 19   diverter housing, those valves would be open, the diverter bag

10:35:39 20   would be closed, which would seal off the return flow line, and the

10:35:44 21   flow would basically go out the diverter lines.

10:35:48 22        If we were diverting to the mud-gas separator, this valve

10:35:51 23   would be closed, this valve would be closed and the flow would be

10:35:54 24   routed through the mud-gas separator system and gas vented off the

10:35:59 25   top, fluid returns or mud returns, taken back to the mud system in

10:36:03 1    the rig.

10:36:04 2    Q.  Mr. Barnhill, you said that there is a bag right there.  What

10:36:07 3    do you mean by that?

10:36:07 4    A.  It is basically an annular preventer bag.  It's a rubber

10:36:12 5    doughnut that has steel reinforcements molded into it that allows

10:36:18 6    it to basically close off on an empty hole and secure the top of

10:36:23 7    the well.

10:36:23 8    Q.  Let's talk about the rig.  Put up D-6651.  Please describe the

10:36:31 9    *Deepwater Horizon*.

10:36:32 10   A.  This is a picture of the *Deepwater Horizon*.  It is a

10:36:35 11   semi-submersible floating MODU, movable offshore drilling unit.

10:36:42 12   The picture we're seeing here, it's actually in transit mode or

10:36:45 13   transit draft.  We can see the pontoons, the top of the pontoons on

10:36:50 14   both sides.  If it was actually a drilling draft, the pontoons

10:36:54 15   would be about 75 feet below the surface of the water.

10:36:57 16         As with all drilling rigs anywhere, this rig has the four

10:37:01 17   basic components that a drilling rig has to have.  It has a mass

10:37:06 18   structure and traveling assembly that allows you to raise and lower

10:37:10 19   tubular members into and out of the wellbore.  It has a top-drive

10:37:14 20   system to allow the pipe to be rotated.  Let me rotate it in the

10:37:19 21   right direction so we are drilling and not unscrewing.  But you're

10:37:23 22   drilling to be able to drill the well.

10:37:26 23         It has a mud circulating system, which is a closed system

10:37:29 24   that you pump mud down into the well, take the returns back and

10:37:33 25   clean the mud to be reused.  It has a well control system, which is

4253

10:37:38  1   comprised of the BOP system and the diverter system.  It has hotel

10:37:43  2   facilities, since it's an offshore operation, and it has multiple

10:37:47  3   storage capability for materials such as mud, cement or tubulars.

10:37:56  4   And the bridge area for this particular floating vessel is under

10:38:02  5   the heliport right here (INDICATING).  This would be forward, this

10:38:05  6   would be aft, this would be port, this would be starboard.

10:38:08  7   Q.  Mr. Barnhill, how does the *Deepwater Horizon* -- how did the

10:38:11  8   *Deepwater Horizon* maintain its position?

10:38:12  9   A.  It's what we called a dynamically positioned vessel.  There are

10:38:16  10  thrusters located at the base of the pontoons that are tied into a

10:38:21  11  satellite navigation system that would provide the station keeping

10:38:25  12  for the rig.

10:38:26  13  Q.  Do you have an opinion as to whether the *Deepwater Horizon* was

10:38:29  14  state-of-the-art on April 20th of 2010?

10:38:32  15  A.  I believe it was.  It was a fifth-generation semi, and I

10:38:37  16  believe it was state-of-the-art.  I think the rig had drilled in

10:38:41  17  water depths that very few other rigs have ever drilled.  So I

10:38:46  18  think it was state-of-the-art.

10:38:47  19  Q.  Let's go back to the Macondo well as it existed on April 20th

10:38:50  20  and let's go to D-6665.  I want to ask you some general questions

10:38:58  21  now about drilling and so forth.  You mentioned mud a number of

10:39:02  22  times.  What is the purpose of mud -- first, what is mud?

10:39:05  23  A.  "Mud" is the slang term we use for the drilling fluid.  It's

10:39:09  24  actually a very sophisticated fluid that actually does a couple of

10:39:13  25  diametrically opposed things.  It has to be thin enough to be

10:39:17   1   readily pumped, but it also has to have enough body to lift the

10:39:21   2   cuttings that we generate in the well up to the surface so that

10:39:25   3   they can be removed from the well.

10:39:27   4        The most important function of the mud from a well control

10:39:30   5   standpoint is to provide the hydrostatic pressure that offsets the

10:39:35   6   pressurized fluids that are contained in the various formations

10:39:39   7   that we drill through.  And there are two components of the mud

10:39:42   8   that create the hydrostatic pressure that's needed to balance or to

10:39:47   9   provide primary well control for the drilling of the well.

10:39:51 10        One of the components is the density of the fluid or the

10:39:54 11   weight of the mud.  The other component is the length of the

10:39:58 12   collar.  So the two combined, the length of the column plus the

10:40:02 13   weight of the fluid, provides the hydrostatic pressure that we use

10:40:06 14   in primary well control to balance the formation fluids that we're

10:40:11 15   drilling through.

10:40:11 16   Q.  Do deepwater wells add complexity to drilling?

10:40:16 17   A.  Yes.  They do.  You know, basically when we're drilling

10:40:21 18   wells -- and this is going to sound a little weird, if my twang

10:40:28 19   doesn't already.  But when you're drilling a well, what you're

10:40:33 20   trying to do -- and the Court's already heard a good bit about

10:40:36 21   this, but what you're trying to do is maintain a mud weight that is

10:40:41 22   slightly higher than the pore pressures or the formation pressures

10:40:44 23   that you're drilling through.  That provides the primarily well

10:40:48 24   control.

10:40:48 25        At the same time, you're wanting that mud weight not to

4255

10:40:52  1    be too heavy so that you break down or exceed the fracture strength

10:40:58  2    of the rocks that you're drilling through.  When we get into a

10:41:02  3    deepwater environment, as the water depth increases, the effective

10:41:07  4    fracture gradient for a given depth as measured from the rig

10:41:11  5    actually decreases, so that those drilling margins that I was just

10:41:17  6    talking about tend to converge or get narrower.

10:41:24  7            So the drilling margins that you experience typically in

10:41:27  8    deepwater drilling operations are more critical than they would be

10:41:31  9    in, say, a land operation or a shelf drilling operation.

10:41:39 10    Q.  What is the next step in the well as it existed on April 20th,

10:41:43 11    2010?

10:41:43 12    A.  Well, in looking at the cutout, what we see, again, is the

10:41:48 13    production casing, the 9 7/8-by-7-inch production casing had been

10:41:52 14    run down and installed.  The primary cement job on the casing had

10:41:58 15    been pumped.  We see the cement in the shoe track and we see cement

10:42:03 16    exterior to the casing upon -- in the annular space exterior to the

10:42:08 17    casing.  So the casing had been installed and cemented.

10:42:13 18            So at that point, what you would want to do is

10:42:16 19    verification that your downhole flow barriers were intact and, in

10:42:20 20    fact, sealing so that formation fluids could not enter your

10:42:24 21    wellbore.

10:42:25 22    Q.  Is well control important when you're temporarily abandoning a

10:42:32 23    well?

10:42:32 24    A.  Yes.  Well control is important anytime you're drilling a well,

10:42:37 25    but it's also important when you're TA'ing a well.

OFFICIAL TRANSCRIPT

4256

10:42:40 1   Q.  Do deepwater wells add complexity to well monitoring?

10:42:44 2   A.  They do.  It's more related with the floating nature of the

10:42:51 3   operation than necessarily the water depth.  Also although the

10:42:55 4   water depth plays a component in it that I'll talk about in just a

10:42:59 5   second, but the fact that you have a floating vessel that moves

10:43:02 6   means that the fluid levels on that vessel are not stable, so

10:43:06 7   they're going to be affected by what we call the metocean

10:43:10 8   conditions or meteorological and oceanic conditions that the rig is

10:43:14 9   being subjected to.

10:43:15 10          So depending on what's going on, trying to monitor the

10:43:19 11  two primarily well control indicators, which are return flow rate

10:43:24 12  and pit level, become problematic at times because of the movement

10:43:28 13  of the vessel.

10:43:28 14  Q.  Do the different components of the well system where you have

10:43:33 15  the BOP here on the seabed, you have the riser going up to the rig

10:43:37 16  and you have the well down here, do these different components add

10:43:41 17  complexity to well control?

10:43:43 18  A.  Yes, they do.  Basically what happens is you have a situation

10:43:48 19  where, again, it's a two-component system.  I have to deal with the

10:43:52 20  well control of the well itself, and that basically is going to be

10:43:57 21  dealt with by closing the well in with the BOP and circulating the

10:44:01 22  fluid out through the choke and kill line to control the well.  I

10:44:05 23  also have to contend with the issue of controlling the riser.

10:44:10 24          There are two possibilities there.  One in a normal well

10:44:13 25  control situation where I have caught the influx material while

4257

10:44:17 1    it's still within the confines of the wellbore, at some point even

10:44:20 2    at the end of that operation, I am going to have to circulate some

10:44:24 3    influx material out through that riser, so I am going to have to

10:44:27 4    deal with it then.

10:44:28 5            And as deep water -- as water depth increases, what we

10:44:33 6    find is the ratio of the length of the riser -- or the length of

10:44:38 7    the riser system to the wellbore system increases, which means, you

10:44:43 8    know, again, when you're talking about the overall well system,

10:44:47 9    less of the well system is dedicated to the wellbore to be able to

10:44:51 10   contain the fluid within the wellbore.  So if you have expandable

10:44:56 11   fluids such as a gas that get into the riser before the well is

10:45:01 12   secured, then you have to deal with that situation as well.

10:45:04 13   Q.  And when you say "deal with that situation," what do you mean?

10:45:07 14   A.  You're basically -- when you close the BOPs, the BOPs close in

10:45:12 15   the well and secure the well.  The riser is still live at that

10:45:18 16   point in time, so any expandable fluids you have in that riser

10:45:21 17   could still come up and affect the rig, so you have to secure the

10:45:24 18   riser along with securing the well.

10:45:27 19   Q.  And how do you secure the riser?

10:45:30 20   A.  Through your diverter system.

10:45:32 21   Q.  Let me stop you there.  First off, how do you determine whether

10:45:36 22   the riser is live?

10:45:37 23   A.  Typical procedure would be once you've suspected well flow, you

10:45:43 24   would do a flow check, you would shut the well in which, again,

10:45:47 25   closes the BOP down at the sea floor, and then you would continue

4258

10:45:51   1    to monitor the riser and see if the flow stopped in the riser.

10:45:55   2         If the flow stops in the riser, you know that you've

10:45:58   3    basically got the system shut in.  If the flow continues at the

10:46:03   4    riser, then that either means the BOPs are leaking or you have an

10:46:07   5    expandable fluid in the riser.  In either case, you want to go

10:46:12   6    ahead and go to your diverter until you can establish what the

10:46:15   7    issue is.

10:46:15   8    Q.  Let's get back to your opinions.  What are the bases of your

10:46:20   9    opinion that Transocean trained its drill crews in well control to

10:46:25  10    industry standard?

10:46:25  11    A.  Well, again, what I did was, you know, when I was going through

10:46:31  12    the information that was provided, one of the things that I did was

10:46:36  13    I looked at the well control handbook that Transocean used to see

10:46:40  14    what was covered in that handbook, the quality of that handbook.

10:46:44  15         I had some familiarity with the Transocean well control

10:46:50  16    system, the school system and everything prior to this incident.  I

10:46:55  17    had actually served on a board with one of the guys that headed up

10:47:00  18    that well control system, so I was familiar with that system, but I

10:47:05  19    wanted to review the well control handbook to see basically what

10:47:08  20    was being taught.

10:47:09  21         I looked at the modular -- or the drills that were being

10:47:14  22    taught on the rig.  I was aware there was a modular system that

10:47:18  23    basically these guys went through, through their career path

10:47:23  24    development.  I looked to see whether the guys were certified.  You

10:47:29  25    know, so just a variety of things like that that I went through.

10:47:32  1    Q.  And the Transocean drill crews, where did they get certified?

10:47:37  2    A.  Transocean had an in-house well control school.  In fact, they

10:47:43  3    have two.  They have a basic well control school and they have a

10:47:46  4    supervisory well control school that would issue the certification

10:47:51  5    for those schools.

10:47:52  6         One of the other things I did was I looked to see, since

10:47:56  7    the MMS no longer certified well control schools, how were these

10:48:01  8    schools certified, who said these schools were okay.  And one of

10:48:04  9    the things that I looked at was the fact that the Transocean well

10:48:09  10   control schools were well cap certified.  What that basically

10:48:13  11   means, there is an overarching organization called the

10:48:17  12   International Association of Drilling Contractors, they have a

10:48:20  13   program where they will go in and they will evaluate the well

10:48:24  14   control school to see if it basically meets with the broad industry

10:48:28  15   standards, and certify the school.  These schools were IADC well

10:48:33  16   cap certified.

10:48:34  17   Q.  Is IADC well cap certification industry standard?

10:48:38  18   A.  It is.  Again, it's a broad, overarching group for the drilling

10:48:46  19   contractors.  It's an international organization.

10:48:48  20   Q.  In addition to the modular training that you looked at that was

10:48:53  21   on the rig, was there any other training that was done on the rig

10:48:57  22   with regard to well control?

10:48:58  23   A.  Like I said, basically what I had focused on initially was --

10:49:03  24   looking at the size of the well control handbook was looking at the

10:49:08  25   IADC drilling reports and the BP drilling reports to look at the

4260

10:49:12  1    types of drills that were being done on the rig and those type of

10:49:17  2    things.

10:49:17  3    Q.  What is the curriculum of the Transocean supervisor-level well

10:49:23  4    control school?

10:49:23  5    A.  The well control school basically utilizes the manual as their

10:49:30  6    curriculum to go through the school.

10:49:33  7    Q.  And when you say manual, you mean the Transocean well control

10:49:36  8    handbook?

10:49:37  9    A.  I do.

10:49:37 10    Q.  How long is the Transocean supervisor-level well control

10:49:42 11    school?

10:49:42 12    A.  The school lasts a week.  It's -- at the time of the incident,

10:49:49 13    I think it was basically four days of classroom instructions and

10:49:52 14    one day of simulation, although that's changed a little bit.  I

10:49:56 15    think they actually do a little bit more simulation now.

10:49:58 16    Q.  Did you review any information that indicated what the BP well

10:50:03 17    site leaders thought about the Transocean drill crew?

10:50:06 18    A.  The information that I had through depositions and that type of

10:50:11 19    information indicated that they thought they were a trained and

10:50:15 20    experienced crew.

10:50:16 21    Q.  Let's go to TREX 41008.1.TO.  Please identify this document.

10:50:23 22    A.  This is the Transocean well control handbook.

10:50:25 23    Q.  And please go to 41008.1.1.TO.  Was this Transocean well

10:50:37 24    control handbook in effect on April 20th, 2010?

10:50:40 25    A.  Yes, it appears to be.  That's the March '09 edition, so that's

10:50:44 1    my understanding, yes.

10:50:45 2    Q.  What is the industry standard for who is primarily responsible

10:50:53 3    for monitoring the well?

10:50:54 4    A.  The industry standard on monitoring the well would be for the

10:51:02 5    driller to monitor the well.

10:51:05 6    Q.  And what is that primary responsibility?

10:51:08 7    A.  Basically that he should monitor the well during the drilling

10:51:11 8    operations.  If he sees something or if, for some reason, he has

10:51:16 9    questions about the stability of the well, to check the status of

10:51:19 10   the well, do a flow check and, if necessary, shut the well in as

10:51:25 11   quickly and efficiently.

10:51:26 12   Q.  Is that concept explained in the Transocean well control

10:51:29 13   handbook?

10:51:30 14   A.  It is.

10:51:30 15   Q.  Please put up TREX 41008.18.1.TO.  And what is this document?

10:51:41 16   A.  This is an excerpt from the well control handbook.  This

10:51:48 17   appears to be out of the general specifications and talks about the

10:51:52 18   well control responsibilities.  And it basically just mirrors what

10:51:56 19   I just basically said, that the driller is responsible for

10:51:59 20   monitoring the wells, identifying when it needs to be shut in and

10:52:03 21   shutting it in quickly and efficiently.

10:52:11 22          THE COURT:  Is that your computer?

10:52:12 23          MR. TANNER:  Well, it used to be, Judge.

10:52:18 24          MR. BROCK:  Might be a blessing.

10:52:20 25          THE COURT:  Do you have a service contract?

10:52:23  1              MR. TANNER:  We'll talk later.

10:52:26  2              MR. HYMEL:  Hugh, I hope you had your cross on there.

10:52:30  3  BY MR. HYMEL:

10:52:31  4  Q.  Mr. Barnhill, what is the industry standard for how the driller

10:52:33  5  should determine if the well is flowing?

10:52:36  6  A.  Basically the industry standard is to do a flow check.  Flow

10:52:42  7  checks are not always necessary, but the industry standard would be

10:52:45  8  to do a flow check.

10:52:46  9  Q.  Is that concept in the Transocean well control handbook?

10:52:49 10  A.  It is.

10:52:49 11  Q.  Please put up 41008.70.1.  And what is this document?

10:52:58 12  A.  Again, this appears to be from the general provisions for basic

10:53:03 13  well control that indicates that flow checks must be performed at

10:53:06 14  the following times.  This is in the Transocean well control

10:53:09 15  handbook.  And one of those times is at any time the driller has a

10:53:14 16  doubt about the stability of the well.

10:53:16 17  Q.  We discussed how the BOP riser system adds complexity to basic

10:53:22 18  well control, how gas can get above the riser and then it has to be

10:53:26 19  dealt with, you have to monitor the riser.  Is that concept

10:53:29 20  explained in the Transocean well control handbook, that gas can get

10:53:33 21  above the riser and expand?

10:53:35 22  A.  Yes, I have seen that in the well control handbook.

10:53:38 23  Q.  Please put up TREX 41008.206.1.TO.  And what is this document?

10:53:49 24  A.  Again, this is an excerpt.  This particular excerpt comes from

10:53:54 25  Section 8, which is the specific environments portion of the

4263

10:53:58 1  manual, and this particular environment deals with deep water.  And

10:54:03 2  again, it just talks about how if you have large amounts of gas

10:54:06 3  above the BOP stack, it can rise rapidly.  They need to be aware

10:54:11 4  that it can carry a large volume of mud out of the riser at high

10:54:14 5  rates.

10:54:15 6  Q.  What is the industry standard for how the drill crew should

10:54:19 7  identify gas in the riser?

10:54:21 8  A.  Again, as I had indicated earlier, typically what you would do

10:54:26 9  is if you suspected a well control situation, you would check the

10:54:31 10  well for flow if it appeared to be flowing, and you would do that

10:54:34 11  with a flow check, which would include your riser.  You would close

10:54:38 12  the well in, which would secure it at the BOPs.  And then you would

10:54:42 13  go back and monitor your riser to make sure the flow stopped.  If

10:54:46 14  the flow did not stop, then you would have to take additional

10:54:50 15  action.

10:54:50 16  Q.  Is the concept that one must -- they must monitor the riser, is

10:54:54 17  that explained in the Transocean well control handbook?

10:54:57 18  A.  Yes, I've seen that in there in a couple of places.

10:55:00 19  Q.  Please put up TREX 41008.198.1.TO.  And what is this document?

10:55:09 20  A.  Again, this is an excerpt from the specific environments

10:55:13 21  section particularly for deep water, and it talks about the riser

10:55:18 22  must be monitored for flow.

10:55:21 23  Q.  What is the industry standard for what the driller should do if

10:55:24 24  the riser is flowing?

10:55:25 25  A.  He should divert.

4264

10:55:28  1   Q.  Is that concept explained in the Transocean well control

10:55:31  2   handbook?

10:55:32  3   A.  It is.

10:55:32  4   Q.  Please put up TREX 41008.207.1.TO.  And what is this document?

10:55:41  5   A.  Again, an excerpt from the Transocean handbook -- well control

10:55:44  6   handbook for the deepwater environment.  It says, again, if there

10:55:49  7   is a rapid expansion of gas in the riser, the diverter must be

10:55:52  8   closed and the flow diverted overboard.

10:55:54  9   Q.  Is this information anywhere else in the Transocean well

10:55:58  10  control handbook?

10:55:59  11  A.  Yes, there is a couple of, I think, flow diagrams.  Maybe one

10:56:04  12  in the general section and one in the deepwater section that

10:56:07  13  basically is a flow chart that kind of walks through these and has

10:56:12  14  this same type of information in it.

10:56:14  15  Q.  Please put up TREX 41008.86.1.TO.  And what is this document?

10:56:21  16  A.  This appears to be the flow sheet for the shut-in procedures

10:56:27  17  from a general standpoint, and you can see it basically adds the

10:56:34  18  entry for subsea BOP, monitor the rise and flow and be prepared to

10:56:37  19  divert if necessary.

10:56:40  20  Q.  Let's go 41008.201.1.TO.  And what is this document?

10:56:48  21  A.  This is the flow chart or decision tree again for the specific

10:56:54  22  environment the deepwater section.  And again you see under that it

10:56:57  23  says shut the well in with the annular, record the pit gains, do

10:57:01  24  some other things, monitor the riser for flow.  If the riser's

10:57:05  25  flowing, divert the riser.

10:57:11   1    Q.  Do you know Dr. Burgoyne, one of the petroleum engineers

10:57:14   2    retained by BP?

10:57:15   3    A.  I do.

10:57:15   4    Q.  Dr. Burgoyne stated in his report that Transocean's training

10:57:20   5    materials were appropriate and of high quality.  Do you agree with

10:57:23   6    Dr. Burgoyne?

10:57:24   7    A.  Yes, I agree with that assessment, yes.

10:57:26   8    Q.  Did the drill crews on the *Deepwater Horizon* have access to the

10:57:32   9    Transocean well control handbook?

10:57:35  10    A.  Yes, from a couple of different ways.  One, as I stated --

10:57:39  11    well, I don't know if I stated this or not.  But the well control

10:57:44  12    school, the way Transocean had set up their well control school,

10:57:48  13    which was consistent with the IADC well cap standard, was that

10:57:52  14    the -- that you had to read -- go through well control every two

10:57:56  15    years.  So they would have gone back to well control school every

10:57:59  16    two years.  At that point in time, they would have been furnished a

10:58:03  17    well control handbook.

10:58:04  18            Also, my understanding from Mr. Ezell from hearing his

10:58:08  19    testimony and from discussions with him that there were multiple

10:58:12  20    copies of the handbook on the rig.  So they would have had access

10:58:16  21    to it.

10:58:17  22    Q.  Please put up TREX 5266.1.1.TO.  Were you in the courtroom when

10:58:23  23    Mr. Ezell went through this document?

10:58:25  24    A.  Yes, I saw this spreadsheet, I believe, when he had testified.

10:58:34  25    Q.  Now, I am not going to go through it, since Mr. Ezell did, but

4266

10:58:37  1   I want to ask you, what is the significance of this document?

10:58:40  2   A.  Well, again, I think what Mr. Ezell had done was he went

10:58:44  3   through the reports and he kind of summarized in a spreadsheet when

10:58:50  4   well control drills or marine safety drills that are diverter

10:58:54  5   functions occurred on the *Deepwater Horizon* on the Macondo well

10:58:58  6   between the time it arrived on location and the time of the -- I

10:59:02  7   guess he cuts it off on April the 18th, 2010.  And so there are

10:59:06  8   several pages here of listed drills of the different types of

10:59:10  9   drills they did.

10:59:11 10       I think Mr. Ezell talked about there were four different

10:59:14 11   types of drills that they did, and so this just kind of indicates

10:59:19 12   or puts in a summary fashion what I have seen in the IADC reports,

10:59:23 13   that these drills had occurred.

10:59:25 14   Q.  How many pages is this document where it summarizes the well

10:59:28 15   control drills and the marine safety drills of the function

10:59:32 16   diverter from January 31st, 2010, to April 18th, 2010?

10:59:36 17   A.  Well, the document itself is 27 pages in length.  Now, part of

10:59:41 18   that is the spreadsheet that lists the drills, and part of that is

10:59:46 19   an explanation section or an explanation spreadsheet for details on

10:59:51 20   each of the drills.  So...

10:59:54 21   Q.  Please put up TREX 001876.1.TO.  And what is this document?

11:00:01 22   A.  That is the BP well control booklet.

11:00:05 23   Q.  And please go to 001876.1.TO, and what is the significance of

11:00:16 24   this section of the document?

11:00:17 25   A.  To me, the significance is the fact that when you do these

4267

11:00:21 1    various drills, that the BP company man, or they call him the well

11:00:26 2    site leader, has to be satisfied with the crew's demonstrated

11:00:32 3    capability from the drill, so he has to pass on whether, you know,

11:00:37 4    he's happy with it.  If he is not happy with it, then he has the

11:00:40 5    authority to make them continue until he is happy with them.

11:00:43 6    Q.  Did you confirm that the Transocean drill crew's, the personnel

11:00:51 7    on the Transocean drill crew on the *Deepwater Horizon* on

11:00:54 8    April 20th, 2010, had completed the Transocean well control school?

11:00:58 9    A.  Yes, I looked -- I asked for copies of the certificates of

11:01:04 10   Mr. Anderson, Mr. Revette and Mr. Curtis held.  I think I also saw

11:01:10 11   the certificates that Mr. Ezell had and maybe Don Clark also.  But

11:01:15 12   I was particularly interested in the folks on the rig floor, and

11:01:20 13   they appeared to be well control certified.

11:01:22 14   Q.  Mr. Barnhill, if you had been asked to audit the well control

11:01:26 15   training given by Transocean to its drill crews prior to

11:01:29 16   April 20th, 2010, what would your response have been?

11:01:33 17   A.  It appeared to me in looking at the information that I looked

11:01:36 18   at, based on my experience, that it met or exceeded industry

11:01:40 19   standard.

11:01:40 20   Q.  Now, do any other facts about the crew or the history of the

11:01:45 21   *Deepwater Horizon* confirm your opinion that the Transocean drill

11:01:48 22   crews were properly trained?

11:01:50 23   A.  Another thing that I had done looking at the drilling aspect of

11:01:54 24   it was I went back and I reviewed kind of the history of the wells,

11:02:00 25   the wells that they had drilled, kind of where we were, what their

4268

11:02:05  1   depths were, that kind of thing.  And to me, the thing that stood

11:02:10  2   out about this rig is they had drilled some of the most

11:02:12  3   technologically challenging and advanced wells that have ever been

11:02:16  4   drilled.  And this well -- this rig drilled a well in 9,700-plus

11:02:20  5   feet of water.  You can count on one hand the number of rigs that

11:02:23  6   have done that.  They drilled a well to 35,000 feet, which was a

11:02:28  7   record for the Gulf of Mexico.

11:02:30  8          So as far as what these gentlemen's jobs were, in my

11:02:38  9   opinion, and actually everything I've learned in dealing with the

11:02:43 10   company for the last three years, my impression is that these were

11:02:46 11   trained individuals that knew how to do their job.

11:02:48 12   Q.  Mr. Barnhill, there's been much discussion about a well control

11:02:54 13   event involving the Macondo well that occurred on March 8th of

11:02:58 14   2010, so let's discuss that next.  Are you familiar with that well

11:03:02 15   control event?

11:03:03 16   A.  I am.

11:03:03 17   Q.  Do you know what Transocean drill crew was on tower on -- at

11:03:09 18   the time of the March 8th, 2010, well control event?

11:03:13 19   A.  It was -- based on the IADC reports, it would have been the

11:03:17 20   same crew that was on tower on April 20th.

11:03:21 21   Q.  What do you understand occurred during the March 8th, 2010,

11:03:24 22   well control event?

11:03:25 23   A.  Basically they had a well control situation.  There were some

11:03:31 24   similarities between the two and there were some differences

11:03:34 25   between the two.  The March 8th situation, they were actually

1  drilling, they had drilled into a situation where the pour pressure

2  was higher than they had anticipated.  One of the groups on the

3  rig, something called the tiger team or there were people on the

4  rig from BP that were estimating pour pressure, so they had drilled

5  into a higher-than-anticipated pour pressure situation.

6        The well came in on -- looked like to me that

7  Mr. Revette, from the indicated reports, caught the fact that they

8  were gaining fluid at about 10 to 12 barrels of fluid gained.  He

9  notified the supervisors.  He then went around -- about the task of

10  shutting down the operations that could affect the fluid levels,

11  affect the ability to detect the kick.  Once he got that shut down,

12  then he detected the kick and shut the well in.

13        The event on April 20 was different in the fact that

14  drilling, they were not drilling, drilling operations had already

15  finished.  And the nature of the reservoirs were completely

16  different.  It looks like the reservoirs on March 8th were more

17  what we call tighter reservoirs, more restricted flow, took it

18  longer for fluid flow to enter the wellbore and to be able to gauge

19  the well control situation.

20        Whereas on April 20th, these were hydrocarbon bearing,

21  highly productive high flow rate formations that were capable of

22  flowing a lot of fluid in a very short period of time.  So we're

23  dealing with basically two different creatures, but it looked like

24  the response indicated that, you know, they understood the basic

25  well control on March 8th and they reacted appropriately.

4270

11:05:22  1   Q.  Put up D-6641.  Mr. Barnhill, what does the Transocean well

11:05:31  2   control handbook state about what is the driller's primary

11:05:35  3   responsibility?

11:05:36  4   A.  Well, the driller's primary responsibility is to monitor the

11:05:39  5   well at all times, that's what we've already talked about.

11:05:42  6   Q.  And what was the driller doing on March 8th, 2010?

11:05:47  7   A.  He was monitoring the well.

11:05:49  8   Q.  What does the Transocean well control handbook state about what

11:05:58  9   a gain in pit volume indicates?

11:06:00 10   A.  Well, a gain is one of your two what we call realtime or

11:06:03 11   primary detection tools, if you will.  Detection things.  So

11:06:12 12   basically when you see a gain in flow, that is an indication that

11:06:17 13   you potentially have a well control situation.  Not the only thing

11:06:21 14   that can cause it, but it is -- but if you know that you're not

11:06:24 15   doing the other things and you see a gain in flow, it's a pretty

11:06:27 16   good indication that you have a well control situation potentially

11:06:30 17   developing.

11:06:32 18   Q.  What did the driller observe on March 8th, 2010?

11:06:37 19   A.  As I just stated a minute ago, he observed an -- a pit gain of

11:06:43 20   about ten to 12-barrels, and upon doing that he started taking

11:06:47 21   action.

11:06:48 22   Q.  What does the Transocean well control handbook state about when

11:06:55 23   a flow check must be performed?

11:06:57 24   A.  I think any time that, you know -- there is a variety of

11:07:01 25   different things that it talks about, but one in particular is if

11:07:05  1  the driller sees something and he is unsure about what he is seeing

11:07:09  2  or the security of the well, then you should do a flow check.

11:07:13  3  Q.  What did the driller do on March 8th, 2010, after he saw the

11:07:24  4  gain of ten to 12-barrels?

11:07:25  5  A.  Again, he basically took the steps to stabilize the rig to try

11:07:33  6  to stop the things that could be influencing his ability to make a

11:07:37  7  judgment call and basically check for flow and saw that the well

11:07:43  8  was flowing.

11:07:44  9  Q.  What does the Transocean well control handbook state about what

11:07:50 10  the driller should do if the well is flowing?

11:07:53 11  A.  He should shut the well in.

11:07:54 12  Q.  What did the driller do on March 8th, 2010?

11:08:02 13  A.  Once he confirmed the flow, he shut the well in.

11:08:05 14  Q.  What do the actions of the Transocean drill crew during the

11:08:13 15  March 8th, 2010, well control event indicate to you?

11:08:15 16  A.  Again, as I said a minute ago, I think it indicates they

11:08:18 17  understood the basics of well control and what needed to be done.

11:08:21 18  They also appreciated the fact that they were in a floating

11:08:25 19  operation and that some things have to be done to confirm, and as a

11:08:29 20  result of that they got the well shut in and were able to control

11:08:34 21  the well from the well control standpoint.

11:08:38 22  Q.  Now, you heard a video clip of Murray Sepulvado during the

11:08:45 23  opening where Murray Sepulvado stated that:  "I was there and I

11:08:47 24  thought they done a pretty good job myself."  Talking about the

11:08:50 25  March 8th kick.  Do you agree with Mr. Sepulvado?

11:08:53  1    A.  I do.  There's always room for improvement, but I thought they

11:08:56  2    did a good job.

11:08:57  3    Q.  Now, Mr. Perkins testified -- Mr. Perkin testified earlier in

11:09:02  4    this trial that the lower annular should not have been used to shut

11:09:04  5    in the well because the lower annular was a stripping annular.

11:09:08  6    What is your response to that?

11:09:09  7    A.  Well, the lower annular did have a stripping element in it,

11:09:13  8    that stripping element was a modified annular preventer element.

11:09:18  9    The BOP and stripping component were perfectly capable of

11:09:26 10    controlling the well if you shut the well in.  When you look at the

11:09:29 11    amount of pressure that was, that the shut in casing pressure was

11:09:33 12    indicated to be at the shut in, based on my training and experience

11:09:37 13    didn't have an issue with them closing the annular preventer.

11:09:40 14    Q.  Mr. Barnhill, what was that shut in pressure?

11:09:43 15    A.  It was a little bit below 400 psi.

11:09:45 16    Q.  And the annular was rated for what?

11:09:47 17    A.  The body of the BOP was actually rated to 10,000 psi, the

11:09:53 18    modified stripping element was rated to I believe to 5,000 psi.

11:09:56 19    Q.  Now, let's talk about the Transocean drill crew's monitoring of

11:10:01 20    the Macondo well on April 20th.  Put up D-6652.  Please identify

11:10:08 21    this document.

11:10:09 22    A.  This is a copy or a graphical presentation of what's been

11:10:17 23    referred to as the realtime data or the Sperry Sun data that would

11:10:22 24    have been generated on the rig on April the 20th.

11:10:27 25    Q.  Let's go to D-3183.  And please identify this photograph.

4273

11:10:35  1    A.  My understanding of this photograph was from Mr. Keith's

11:10:41  2    testimony was this showed the interior of the mudlogging shack and

11:10:46  3    indicated the different monitors and where the different

11:10:50  4    presentations would be present.

11:10:51  5    Q.  Now, the graph that we just saw Exhibit 620, is that graph

11:10:56  6    shown anywhere in this shack?

11:10:59  7    A.  Yes.  It's on the upper right-hand screen, that would be in the

11:11:06  8    shack.  Now, whether that's, you know -- again, the graph we saw

11:11:11  9    earlier was a presentation that was put together by one of the

11:11:16 10    Sperry Sun hands after the fact.  Whether that particular graph has

11:11:20 11    all of those same entries or not, but it's the same basically

11:11:26 12    presentation of the data.  It may not be exactly the same

11:11:30 13    parameters but it's the same presentation data.

11:11:32 14    Q.  Did the Transocean drill crew in the drill shack, a different

11:11:36 15    shack, have access to the Sperry Sun information?

11:11:39 16    A.  My understanding is from Mr. Keith's testimony, what they saw

11:11:44 17    was represented by the screen on the lower right-hand portion,

11:11:50 18    which would indicate that you had digital data and then you had the

11:11:53 19    small graph, which was represented on the far right-hand side.

11:11:58 20    That photograph is consistent with other photographs that I have

11:12:02 21    seen of the drill shack for times other than April 20th, where that

11:12:08 22    type of presentation was on the monitor in the drill shack.

11:12:11 23    Q.  I didn't understand what you said about what was shown here on

11:12:16 24    the right-hand side, what was shown there?

11:12:18 25    A.  That appears to be a graphical format of the digital data that

OFFICIAL TRANSCRIPT

11:12:25  1    was shown.  So I guess in some sense it would be somewhat similar

11:12:28  2    to the graph up here, but, you know, the presentation is going to

11:12:34  3    be different and the information may be different.

11:12:36  4    Q.  Do you understand that the Transocean drill crew in the drill

11:12:40  5    shack had access to a screen like this showing the data full screen

11:12:45  6    (INDICATING)?

11:12:45  7    A.  No, that's not my understanding.  My understanding is they

11:12:48  8    showed -- this is what they had access to is my understanding

11:12:51  9    (INDICATING).

11:12:51 10    Q.  Let's go to the next slide which is 20:50.  Now please identify

11:13:00 11    what's shown here.

11:13:01 12    A.  Basically this is the Sperry Sun realtime data.  What it does

11:13:07 13    is it shows the presentation, it shows the different parameters at

11:13:12 14    the bottom, the scales for those parameters; shows a series of

11:13:16 15    curves that is reflective of the data for those parameters; and it

11:13:20 16    covers about a 30-minute period.  If we look at this chart, the

11:13:25 17    dark lines represent a time scale of ten minutes, the faint light

11:13:33 18    blue lines would represent about two minutes of data.

11:13:36 19    Q.  Let's orient --

11:13:38 20         THE COURT:  Mr. Hymel, let me just clarify.  Did I hear

11:13:42 21    that you referred to this slide as 20:50?  Are you referring to the

11:13:46 22    time?

11:13:47 23         MR. HYMEL:  Yes, 20:50.

11:13:48 24         THE COURT:  That doesn't identify the slide that's on the

11:13:50 25    screen.  You might want to refer to the demonstrative number.

11:13:54  1          MR. HYMEL:  I will do that.  The demonstrative number is

11:13:57  2    D-6652.  And good point.  It's Exhibit 620 that has been turned

11:14:01  3    interest a demonstrative.

11:14:03  4          THE COURT:  All right.  Thank you.  Just trying to keep

11:14:05  5    the record straight.

11:14:06  6          MR. HYMEL:  Great, thanks.

11:14:08  7    BY MR. HYMEL:

11:14:08  8    Q.  Let's orient ourselves, Mr. Barnhill.  The 30 minutes that are

11:14:11  9    shown here from 20:20 to 20:50, where is that 30 minutes in

11:14:17 10    relation to the day of April 20th?

11:14:20 11    A.  Again, this would have been at eight o'clock in the evening,

11:14:25 12    this would have been right after the completion of the negative

11:14:27 13    test.  Keep in mind the negative test was embedded within the

11:14:31 14    displacement, so the displacement had been occurring for some time

11:14:35 15    to displace the oil based mud out of the well from 8,367 feet up

11:14:41 16    and out of the riser.

11:14:42 17          So a significant portion of the displacement had already

11:14:47 18    occurred and they did the negative test, and then this section of

11:14:52 19    the curve represents when they started or continued to displace the

11:15:00 20    heavy mud and the spacer out of the riser (INDICATING).

11:15:03 21    Q.  Was the well underbalanced at this time?

11:15:06 22    A.  In my opinion it was not.  I think basically it was around this

11:15:11 23    time that it became underbalanced.  If we look at the drill pipe

11:15:17 24    signature, the stand pipe pressure, this is one of the places

11:15:21 25    that's displayed on the chart, and we can see that as expected

4276

11:15:24  1   we're getting a steady decrease in the drill pipe pressure.  You

11:15:30  2   would expect that because what you're doing is you're pumping out a

11:15:34  3   barrel of heavy mud and you're replacing that with a barrel of sea

11:15:37  4   water, so it's making the annular hydrostatic pressure go down so

11:15:43  5   it's making it easier for the pump to pump against that annular

11:15:48  6   hydraulic or the hydrostatic pressure.

11:15:50  7   Q.  Let's further orient ourselves.  You talked about the drill

11:15:53  8   pipe pressure being here, the red line.  You told us what drill

11:15:57  9   pipe pressure is.  Is flow-in shown on this demonstrative?

11:16:01 10   A.  Yes.  If we look here, this would be flow-in, which would be

11:16:07 11   this blue line here (INDICATING).

11:16:10 12   Q.  How is flow-in calculated?

11:16:12 13   A.  My understanding on the Sperry Sun system is some of the data

11:16:19 14   was picked up off Sperry Sun systems or sensors but there were just

11:16:25 15   a few of those.  Most of the data was coming through the rigs Hitec

11:16:29 16   sensors.  My understanding of the way the rig's Hitec system

11:16:35 17   handled flow-in was it was a calculation based on the pump volume

11:16:41 18   factor times the strokes that the pumps were running, which is a

11:16:44 19   fairly standard way of doing it.  So that would have actually been

11:16:47 20   a calculated number, that blue line.

11:16:50 21   Q.  Is flow-out shown on this graph?

11:16:53 22   A.  Flow-out is, you can see the heading for it down here and the

11:16:58 23   scale, and it's this blue line here (INDICATING).

11:17:05 24   Q.  Are pump rates shown on this graph?

11:17:08 25   A.  They are.  We can see, you have four pumps, pump one, two,

11:17:13  1    three, four, pumps two and -- pumps three and four, the green and

11:17:18  2    black line were the pumps that were actually what we call on the

11:17:22  3    hole, or they were circulating fluid around the wellbore.  From the

11:17:26  4    8,367-foot point where the displacement string was bottomed out.

11:17:33  5         Keep in mind the displacement string did not go to the

11:17:36  6    bottom of the well, it only went down to 8,367 feet in the well.

11:17:41  7    So it was actually, the bottom of the displacement string was still

11:17:44  8    10,000 feet off the bottom of the well.  And that's pertinent from

11:17:49  9    a well control standpoint.

11:17:51 10         But we have a situation here where we have the green and

11:17:55 11    black lines indicating the pump pressure for the pumps that were

11:17:58 12    circulating fluid down the displacement string and back up through

11:18:04 13    the annular space through the riser to the well.  The red line is

11:18:08 14    pump No. 1, that was my understanding that was the boost pump, so

11:18:13 15    that was the pump that was on that boost line that was pumping

11:18:16 16    fluid down the boost line and helping flow the fluid up that large

11:18:20 17    diameter riser.

11:18:24 18    Q.  And on this side you have weight on bit and hook load, what are

11:18:28 19    those?

11:18:29 20    A.  Basically hook load is the measured function.  You have a

11:18:33 21    sensor that measures the weight, it's basically a string gauge

11:18:37 22    that's measuring the weight that's being applied against that

11:18:40 23    sensor by the weight of the displacement string, the traveling

11:18:45 24    assembly, and any of the cable or lines that were between the

11:18:49 25    sensor and that traveling assembly.  So it is a measured number of

11:18:54  1   basically what's hanging off of the rig itself or the traveling

11:19:00  2   assembly.

11:19:01  3          Weight on bit is actually a calculated number.  What

11:19:05  4   would happen is once you got into the hole, there would be a

11:19:11  5   designation of what we call hanging weight or string weight, and

11:19:14  6   then weight on bit would be a reflection of any weight that was

11:19:18  7   less than or greater than that hanging weight.

11:19:20  8   Q.  Let's go to 21:00.  And this is the same demonstrative, D-6652.

11:19:30  9   This is ten minutes later.  This demonstrative will move in

11:19:34 10   different increments to show different things, but please explain

11:19:38 11   to Judge Barbier how the data moved in realtime.

11:19:41 12   A.  Basically what's happening is, as I think Mr. Keith indicated

11:19:46 13   the other day, this is what I would call a tracking graph or a time

11:19:49 14   graph meaning that it's scrolling off as the time is progressing.

11:19:54 15   So as data points are picked up, they're applied to the graph and

11:19:59 16   the graph is displaying those points.

11:20:01 17          Obviously the graph cannot show the future.  So if I am

11:20:05 18   here, I am looking at it realtime, I am on the night of the

11:20:08 19   incident, I don't know what the future holds so I am not going to

11:20:11 20   be able to see the entire graph, know what's coming, know what the

11:20:15 21   end of the story is.  But I am going to be able to see what's

11:20:19 22   happening at the instant or the present time that I am in and any

11:20:24 23   historical data back for whatever time period the graph displays.

11:20:29 24   If that's 30 minutes or whatever it is, that's what I am going to

11:20:32 25   be able to see.

4279

11:20:33  1   Q.  So this is ten minutes later from 20:50, so the last

11:20:38  2   demonstrative ended here at 20:50 and we went ten minutes down.

11:20:42  3   What do you see in this time increment?

11:20:45  4   A.  Well, again, if we start with our pump rate, what we see is the

11:20:49  5   pump rate's coming down.  At around 20:50 it looks like the driller

11:20:55  6   slows down the boot pump, around 20:51, 52 he slows down the two

11:21:00  7   pumps that are actually on the Macondo well.  You know, my belief

11:21:04  8   is that he is doing that in anticipation of the spacer getting

11:21:08  9   close.

11:21:09  10        We see a corresponding reduction in flow-in, we see a

11:21:13  11  corresponding reduction of flow-out, and we see a corresponding

11:21:17  12  reduction in drill pipe pressure.

11:21:20  13        Drill pipe pressure one of the functions that affect

11:21:23  14  drill pipe pressure is the rate at which the pump is pumping.  The

11:21:27  15  faster you pump, the higher the pressure; the slower you pump, the

11:21:30  16  lower the pressure.  So we see that as he is coming down with the

11:21:34  17  pressure gradually getting less and less, when he slows the pump

11:21:38  18  down we see a corresponding drop in pressure.  That would be an

11:21:42  19  expected phenomenon.

11:21:44  20        Then after that point we see a flattening, so we

11:21:52  21  basically see a slope change giving everything that's going on in

11:21:56  22  the rig full-time whether they would have picked it up or not that

11:21:59  23  night, I think it's -- I think it's unlikely that they would have.

11:22:05  24  But we can clearly see going back and analyzing the data after the

11:22:09  25  fact, having all of the data and knowing the end of the story, we

4280

11:22:12  1   can see a flattening here and we understand now what the

11:22:15  2   implications of that flattening were.  Or we believe we understand

11:22:20  3   that

11:22:20  4   Q.  Let's go to 21:08, which is the same demonstrative D-6652, and

11:22:27  5   this is eight minutes later.  And can you tell us what you see in

11:22:31  6   this increment right here?

11:22:33  7   A.  Again, what we're seeing he is around 21:00 hours, he is

11:22:40  8   reduced the pump rates on all three pumps, a little bit more.  We

11:22:45  9   can see the blue line is kind of hugging the timeline, so that's

11:22:49  10  pump No. 2.  Pump No. 2 is not on at this point.

11:22:53  11       We also know that looking at this green line, the green

11:22:58  12  line represents the change in trip tank volume, we see starting

11:23:04  13  about that time it looks like they emptied the trip tank.  If you

11:23:09  14  emptied the trip tank, my understanding of the way this system was

11:23:12  15  set up is when you empty the trip tank it flows into the return

11:23:16  16  flow line so we get a corresponding increase in our flow-out.  We

11:23:21  17  see that increase staying there throughout the time he dumps the

11:23:28  18  trip tank.  We see a corresponding slight reduction in drill pipe

11:23:34  19  pressure.  The drill pipe pressure remains flat for the first,

11:23:38  20  looks like, three or four minutes and then begins to gradually,

11:23:41  21  very gradually increase.

11:23:46  22  Q.  Were you in the courtroom when Mr. Keith testified?

11:23:49  23  A.  I was.

11:23:50  24  Q.  And what did Mr. Keith say he said he saw right here

11:23:54  25  (INDICATING)?

4281

11:23:55  1   A.  He had indicated that he had seen an increase in the pump

11:24:02  2   pressure.

11:24:02  3   Q.  Now, you put in your report that you didn't see any indication

11:24:10  4   of anyone seeing any increase at this point.  What did you base

11:24:15  5   that on?

11:24:15  6   A.  Again, at the time that I wrote my report, what I had to go by

11:24:19  7   was the information that we had, either from the witness statements

11:24:23  8   or from depositional information or the drilling reports or stuff

11:24:28  9   like that.  So that at that point in time none of the information

11:24:32  10  indicated to me that anyone had, on the rig had caught that slight

11:24:36  11  increase, which would be understandable to me.

11:24:39  12  Q.  And did you read Mr. Keith's deposition?

11:24:42  13  A.  I did.

11:24:42  14  Q.  And what did Mr. Keith say in his deposition?

11:24:45  15  A.  He did not see that.

11:24:46  16  Q.  And what is your opinion as to whether or not any anomalies in

11:24:52  17  this section right here would have been seen by anybody considering

11:24:55  18  the operations that were going on?

11:24:57  19  A.  Again, I think realtime not knowing what the rest of the story

11:25:00  20  was, not knowing what the outcome would have been, with everything

11:25:04  21  that was going on, I think this would have been a very subtle

11:25:09  22  change to have been picked up on the rig, actually as the events

11:25:13  23  were unfolding.

11:25:14  24  Q.  Were there any calls made during this time increment?

11:25:18  25  A.  Yes.  I think Mr. Keith did indicate that with the dumping of

11:25:21 1 the trip tank he called to confirm that that activity was going on.

11:25:25 2 Q. And just before we get off this time increment, let's make

11:25:30 3 sure. This is where you say that there was an increase at 100 psi

11:25:34 4 right here (INDICATING)?

11:25:35 5 A. Somewhere in that range, yes. And I think the flattening and

11:25:39 6 the slight increase pressure was an indication that downhole

11:25:44 7 conditions had changed and the well had potentially gone

11:25:49 8 underbalanced. Again, that's from, you know, me doing an

11:25:53 9 investigation after the fact, taking a lot of time, trying to zero

11:25:56 10 in and try to find out where that occurred. That's different than

11:26:00 11 being there that night on the rig not knowing what was going to

11:26:05 12 happen and not having *Deepwater Horizon* in my database.

11:26:09 13 Q. And is this right here different also from showing it

11:26:15 14 horizontal in a demonstrative blown up (INDICATING)?

11:26:17 15 A. I think, yes, if you're suspecting something and you see

11:26:21 16 something and you can put it into a different format and compress

11:26:24 17 it and enlarge it, then, yeah, you may detect that there is an

11:26:29 18 anomaly going on here.

11:26:30 19 Q. Let's good to the next slide which is 21:09, and it's on the

11:26:35 20 same demonstrative D-6652. This is one minute later. Tell us what

11:26:39 21 you see here.

11:26:40 22 A. Basically, again, we see the pump rates for the three pumps

11:26:47 23 being relatively constant, coming down, and then the driller

11:26:51 24 shutting the pumps off, which would indicate that he had got

11:26:54 25 indication that the spacer had reached the surface. We see the

11:27:00  1   flow-in drop down, we see a lag in the flow-out.  In fact, you see

11:27:06  2   a little bump in the flow-out, I think Mr. Keith had indicated he

11:27:11  3   believed that was rig movement.  I think in post analysis, in

11:27:15  4   reality, the expectation would be that flow rate here would have

11:27:19  5   actually dropped a little bit quicker than it did, and with that

11:27:24  6   last slow up it would have dropped a little bit below this level,

11:27:29  7   so there's an anomaly there.  And again, apparently it did not get

11:27:36  8   picked up.

11:27:37  9         We see the corresponding drop in pump pressure,

11:27:44 10   corresponding with shutting the pumps down, that would appear to be

11:27:49 11   normal given the circumstances.  If you actually go through and

11:27:53 12   calculate what the pressure profile is, we understand now that that

11:27:57 13   pressure drop was only about half of what it should have been.  But

11:28:01 14   if you were just going by normality on the night, then that would

11:28:08 15   appear to be a normal reaction.

11:28:10 16         MR. BROCK:  I'm sorry, I didn't hear the last word.

11:28:13 17         THE WITNESS:  Normality.

11:28:14 18         MR. BROCK:  Sorry, I apologize.

11:28:16 19   BY MR. HYMEL:

11:28:17 20   Q.  What does the drill pipe pressure look to you like in this last

11:28:21 21   minute here?

11:28:22 22   A.  Basically it looks like when they cut the pump off it just

11:28:26 23   flattens out and holds steady for some short period of time.

11:28:28 24   Q.  Is there any significance of that to you?

11:28:30 25   A.  If I am the driller and I shut the pump off and I check my

4284

11:28:34  1  screens and I see the pressures appear to be holding, that would

11:28:37  2  appear to be a proper response to me.  If at that point and then I

11:28:41  3  turn around and start doing other things or lining people up to do

11:28:44  4  other things, then my focus may not return to this during that time

11:28:51  5  period.

11:28:52  6  Q.  Let's go to 21:15 and this is the same demonstrative, D-6652.

11:28:58  7  And this is six minutes later, and what do you see in this time

11:29:01  8  increment here?

11:29:03  9  A.  Basically, again, you can see where we shutdown for the sheen

11:29:06  10  test, the pumps are off for a period I think around 21:08 to about

11:29:12  11  21:14, so about a six-minute period or so.  We see there's no flow

11:29:17  12  rate in, we see the flow rate out has gone to zero.  We know at

11:29:21  13  some point during this period of time they lined up to go overboard

11:29:25  14  with their flow.

11:29:26  15      We do see that shortly after the shut in that the drill

11:29:31  16  pipe pressures increases.  That's an increase with flow with the

11:29:37  17  pumps off, if someone has this presentation available to them, that

11:29:43  18  should have been an indication of an anomaly.  And in my opinion

11:29:47  19  that should have been checked out.

11:29:50  20  Q.  Did anyone do anything during this increment to check the well

11:29:55  21  was secure?

11:29:56  22  A.  My understanding, Mr. Keith had indicated he did a flow check,

11:29:58  23  that he looked at the camera, saw the flow had stopped, saw the

11:30:03  24  valve being closed, so in his opinion that was an indication of no

11:30:08  25  flow.

4285

11:30:09  1          We also know, or at least it's my opinion, that the

11:30:12  2   company man was on the rig floor at that time, it's my opinion he

11:30:16  3   was in the driller's shack looking at the information.  And he also

11:30:21  4   in his witness statement had indicated he looked at everything and

11:30:24  5   everything appeared to be fine.

11:30:26  6          So I think people were looking at this, so the question

11:30:29  7   becomes was this anomaly on the screens they were looking at, did

11:30:35  8   they pick it up or did they just not pick it up.  Don't know.

11:30:39  9   Q.  Let's make sure we orient ourselves here.  During this time

11:30:42 10   what's going on?

11:30:44 11   A.  Basically the operations on the rig floor would have been that

11:30:50 12   the pumps would have been shutdown, there would have been a sheen

11:30:57 13   test going on, and concerning what was, you know, whether they were

11:31:03 14   ready to start pumping the fluid overboard.  So the operations

11:31:09 15   would have been centered around -- on the rig floor, would have

11:31:12 16   been centered around the driller shack; at the mud return location,

11:31:17 17   they would have been centered around probably the mud lab to check

11:31:20 18   out the sheen test.

11:31:21 19   Q.  What is the basis for your statement that the BP well site

11:31:25 20   leader was in the drill shack at this time?

11:31:27 21   A.  Again, I think in the post incident witness statements there

11:31:32 22   was an indication that he indicated that he had gotten a call that

11:31:36 23   the pill was back up or that the spacer was back up and he returned

11:31:41 24   to the rig floor.  In my parlance and from the petroleum engineer

11:31:47 25   operations guy parlance, you know, if you're going to the rig floor

4286

11:31:52  1  and these are the operations that are being conducted, that's where

11:31:55  2  you're going.  You're not going to the rig floor to really, you

11:32:01  3  know, stand at the V door and look out the window or look out the V

11:32:05  4  door, you're going to the driller shack.

11:32:07  5  Q.  Please put up TREX 3.2.1.TO.  Now, these are interview notes of

11:32:13  6  Mr. Don Vidrine taken by -- an interview taken by Mr. Robinson,

11:32:19  7  Martin, and Cowie.  The notes state:  "Call to say pill was back,

11:32:22  8  went to rig floor, everything fine."  Are these interview notes

11:32:25  9  consistent with your recollection?

11:32:26  10  A.  It is.

11:32:27  11  Q.  Now, when Mr. -- when the notes say everything is fine, could

11:32:32  12  Mr. Vidrine know that everything was fine if he was standing on the

11:32:35  13  rig floor and not go into the drill shack?

11:32:38  14  A.  He would have to have some basis for that comment if he made

11:32:42  15  it.  I mean, either by looking at the data presentations himself or

11:32:48  16  speaking with the driller or whoever was monitoring the

11:32:51  17  information.  So if he went to the rig floor and concluded that

11:32:53  18  everything was fine, he either had to have a conversation with

11:32:56  19  somebody that was looking at the information or look at the

11:32:59  20  information himself.

11:33:00  21  Q.  Who gave the instruction to restart the pumps to continue to

11:33:04  22  remove mud from the well?

11:33:05  23  A.  My understanding is it was Mr. Vidrine, the company man, that

11:33:10  24  he issued the instruction to go ahead and start dumping the fluid.

11:33:14  25  Q.  And what is the basis for that statement?

11:33:17  1    A.  Again, in the post interview notes, there was an entry in those

11:33:21  2    notes that he had indicated to go ahead and start dumping the

11:33:25  3    fluid.

11:33:25  4    Q.  Let's TREX 58.2.1.  And these are interview notes of Don

11:33:32  5    Vidrine.  And they state:  "Gave okay to start dumping."  Is that

11:33:37  6    consistent with your recollection?

11:33:38  7    A.  It is.

11:33:38  8    Q.  Let's go back to 21:15 of the graph.  And that's the same

11:33:44  9    demonstrative D-6652, and we're now going to go to 21:20 on the

11:33:50  10   same demonstrative D-6652.  And this is five minutes later.  What

11:33:55  11   do you see here?

11:33:56  12   A.  Well, again, the sheen test had been completed, the driller has

11:34:01  13   cut the No. 3 and No. 4 pump back on which would be pumping into

11:34:06  14   the well.  About a minute after that he cuts the boost pump back on

11:34:10  15   the No. 1 pump.  About a minute after that, he attempts to cut on

11:34:15  16   the No. 2 pump, that's the first time we've seen it on in this

11:34:19  17   sequence.  Immediately the pressure spikes and what's called stand

11:34:25  18   pipe pressure one, which was the pressure that was reading the kill

11:34:29  19   line pressure, indicating that there was an issue here.  I think

11:34:32  20   the testimony has indicated there was a valve closed.

11:34:36  21        So what it did it caused the pressure built up that

11:34:38  22   immediately caused a pop-off valve or pressure relief valve on the

11:34:43  23   mud pump to open or to fail, and so at that point in time we see he

11:34:48  24   immediately shut back down, he shuts down the No. 2 pump, shuts

11:34:52  25   down the No. 3 and No. 4 pump, he leaves the boost pump online, so

4288

11:34:57 1   the riser is still circulating but the well is not circulating at

11:35:01 2   that point.  And he would have dispatched personnel to go resolve

11:35:05 3   that issue with the pump.

11:35:06 4   Q.  What does the shutdown during this period in this time

11:35:11 5   increment mean to you?

11:35:13 6   A.  Basically we see that, you know, there's an event, an immediate

11:35:18 7   response to the event, he is paying attention.

11:35:21 8   Q.  Were there any calls during this time increment?

11:35:24 9   A.  Yes.  I think Mr. Keith had indicated that he had seen the

11:35:28 10  spike, he called the rig floor, and that he was advised of what had

11:35:31 11  happened.

11:35:32 12  Q.  Let's go to the next time increment which is 21:26 on D-6652,

11:35:40 13  and this is six minutes later.  What do you see here?

11:35:44 14  A.  We see over that period of time, again the incident the pop-off

11:35:50 15  valve.  Then we see at about 21:20 the driller brings the No. 3 and

11:35:59 16  No. 4 pump back on line, he increases the speed of the No. 1 pump

11:36:04 17  just a little bit.  And we see for a period there of about two,

11:36:12 18  three, four minutes that the pump rates are being changed a little

11:36:16 19  bit on the pumps.  We see corresponding changes on the flow-in,

11:36:20 20  there's no flow-out on this particular presentation because this

11:36:25 21  particular presentation is a Sperry Sun presentation that picks up

11:36:29 22  the Sperry Sun flow-out sensor, it has been bypassed.

11:36:34 23  Q.  Let me stop you there and ask you about that.  So there is no

11:36:37 24  flow-out on the Sperry Sun data, is there flow-out available to the

11:36:42 25  drill crew still?

4289

11:36:43  1    A.  There should be, yes.

11:36:44  2    Q.  And what is that monitored by?

11:36:46  3    A.  The rig's Hitec system had a flow show device, so you should

11:36:52  4    have been able to see the mud flowing, the flow-out in the flow

11:36:57  5    line with the Hitec device.

11:36:59  6    Q.  Now, Mr. Barnhill, you're ramping up the pumps here.  What is

11:37:03  7    the significance of this increase in drill pipe pressure here?

11:37:06  8    A.  Well, again, one of the functions that affect drill pipe

11:37:10  9    pressure is pump rate.  So if you're ramping up your pumps or

11:37:13  10   you're changing your pumps you're going to be changing your

11:37:16  11   pressure.  So if you're increasing the pump speed, typically the

11:37:20  12   pump pressure is going to go up.  So if he's jockeying with the

11:37:23  13   pumps, then the effect would be, the expected response would be to

11:37:30  14   see an increase in drill pipe pressure.

11:37:32  15   Q.  Were there any calls made during this time increment?

11:37:35  16   A.  It's my understanding that kind of at the end of this increment

11:37:39  17   or maybe towards the end of it, Mr. Keith did call into question

11:37:42  18   why they were staging up the pumps in this manner, and he was just

11:37:46  19   given the information that that's what the driller had chose to do.

11:37:49  20   Q.  Let's go to the next time increment, which is 21:32, on the

11:37:55  21   same demonstrative, D-6652, and this is six minutes later.  What do

11:37:59  22   you see here?

11:38:01  23   A.  Basically there's several things that occurred here:  One, the

11:38:06  24   driller has pretty much lined out the three pumps, No. 1, No. 2 and

11:38:11  25   No. 3, flow rate in has appeared to stabilize.  The drill pipe

11:38:17 1   pressure has appeared to stabilize and then actually starts to kind

11:38:20 2   of move down a little bit, which again we still have heavy spacer

11:38:24 3   in the annulus, so the expected result would be as we pump out the

11:38:31 4   heavy spacer and replace it with the lighter seawater, the

11:38:32 5   hydrostatic on the annulus is getting lower and easier to pump, so

11:38:38 6   the pump pressure would go down.

11:38:40 7          Around 21:25 or something, if we really blew up the kill

11:38:46 8   line pressure response, we see that we begin to see the pressure

11:38:50 9   creep up in the kill line, and then that increase becomes a little

11:38:55 10  bit faster and a little bit faster until we get a pretty good slope

11:38:59 11  there.  It stabilizes at around 800 psi or so and then starts to

11:39:05 12  decrease.

11:39:05 13         What's significant about that is, No. 1, the No. 2 pump

11:39:09 14  is off.  So this would indicate communication between the well and

11:39:14 15  the kill line.  I don't think it's indicative of somebody opening a

11:39:18 16  valve.  A valve response, I think, would be quicker than that when

11:39:22 17  you really blow that up.  So it's an indication that maybe there

11:39:27 18  was something in that line that was finally giving up and allowing

11:39:30 19  communication to occur.

11:39:31 20  Q.  Let me stop you there.  Let me ask you some questions about

11:39:33 21  that.  So it's your opinion that this response here of the kill

11:39:37 22  line moving up is not indicative of someone opening a valve; that's

11:39:42 23  your testimony?

11:39:43 24  A.  It is.

11:39:43 25  Q.  Is there anything on this graph that would show pressure

4291

1  increase that would be indicative of opening a valve?

2  A.  Yes.  We'll see a little bit later on where a valve was opened

3  and then later closed and the pressure response to that.  We know

4  this was a closed valve here at the surface, so we see a fairly

5  immediate response.  So we know that -- after the fact, you know,

6  we know -- it appears that this -- the valve was closed here, it

7  was probably opened after the fact, and we see the effect of some

8  kind of residual action going on in that kill line at that point in

9  time.

10  Q.  Now, what does the driller shutting down at this time indicate

11  to you?

12  A.  He's detected some kind of anomaly, whether it's the

13  differential between what the kill line is showing now that there

14  is an indicated communication and the drill pipe, we really don't

15  know.

16       We do know that Mr. Young went to the drill shack at

17  around -- a little bit after 9:30.  He indicated he had stayed in

18  there for about ten minutes or so.  Overheard a couple of

19  conversations, one which was the driller and the toolpusher talking

20  about a pressure differential; another was the toolpusher

21  indicating they were going to have to circulate out the well.

22       But we know there was somewhere in this time frame, there

23  was an anomaly that was picked up, the driller shuts down all three

24  pumps.  He takes the No. 2 -- I'm sorry, the No. 3 and No. 4 pumps

25  off the line first, off the well, then he shuts down the boost

4292

11:41:27   1   pumps.  We see a corresponding drop in flow.  We see a

11:41:32   2   corresponding drop in pressure.

11:41:34   3          Again, the pressure -- the expectation would be that the

11:41:37   4   pressure would not go to 0 because you still have some heavy spacer

11:41:40   5   on the annular side, but the pressure drops down.  And then we see

11:41:45   6   it kind of flatten out and start to increase again.

11:41:49   7   Q.  Now, other than the anomaly that we see here, which is an

11:41:54   8   increase in the kill line pressure and an increase in the drill

11:41:58   9   pipe pressure, do you see any other reason why the driller would

11:42:01  10   have shut down at this point?

11:42:02  11   A.  Well, I don't think necessarily the anomaly was the drill pipe

11:42:06  12   pressure decreasing.  That would be more or less expected.  I think

11:42:09  13   the anomaly was the kill line pressure coming up without the pump

11:42:14  14   being on and there being some kind of differential here.  But

11:42:17  15   again, we don't know exactly what the nature of it was, but we do

11:42:21  16   know the driller recognized something and stopped to try to do an

11:42:25  17   evaluation and understand what he was seeing.

11:42:27  18   Q.  Thank you for correcting me.  But apart from whatever is shown

11:42:31  19   here, is there any other reason for shutting down right here?

11:42:34  20   A.  Not that I am aware of.  Not that I see on this chart.

11:42:37  21   Q.  Please go to 21:49.  And this is on the same demonstrative,

11:42:43  22   D-6652, and this is 17 minutes later, and what do you see here?

11:42:47  23   A.  Well, again, this is the interval of time where the pumps are

11:42:51  24   now shut down.  We see that the drill pipe pressure is increasing,

11:43:00  25   kill line pressure is decreasing.  So we're seeing pressure

4293

1 responses that are not consistent with the pumps being off and not

2 consistent with a stabilization of the pressure in the system when

3 the pumps are off.

4        So there's something going on here that is out of the

5 ordinary, and based on the discussions we are aware of and the

6 actions that were happening, the indications are that the driller

7 and the toolpusher were aware of this, they were trying to

8 understand it, and they were taking steps to investigate it.

9 Q.  You told us earlier about there's an indication on the graph

10 that someone opened a valve, and that would show us how that

11 pressure response would look like.  Is that on this increment?

12 A.  It is.  We see here the pressure builds up for about a two-,

13 two-and-a-half, three-minute period, maybe a little longer than

14 that.  It flattens out for about a minute and a half, and we see

15 this drop.  And from the information, we know that the driller had

16 one of the floor hands open a valve to see if he could bleed this

17 pressure off, which would be indicative of him believing that there

18 was some kind of surface phenomenon or trapped pressure phenomenon

19 going on.

20        They left it open for a minute or so, then they closed

21 the valve, and we can see the response signature both of what

22 happened when he opened the valve and what happened when he closed

23 the valve.  Pressure appeared to stabilize and then drop very

24 quickly after that.

25        Some point, we know we go back to the trip tank.  We know

4294

11:44:37  1    there's flow into the trip tank, indicating they likely lined it up

11:44:42  2    on the trip tank.  At that point, everything kind of gets confused

11:44:47  3    between the phone calls and the information that we have as to

11:44:50  4    whether, you know, when the mud blew up through the rotary table

11:44:56  5    when they diverted versus started when they started shutting things

11:45:01  6    in.

11:45:01  7            We do know that by 21:47 or so, it looks like a preventer

11:45:09  8    element was closed, it's sealed, and I believe in the inspection of

11:45:15  9    the BOPs that that was basically the variable bore rams that were

11:45:19 10    shut in and effected a seal.

11:45:21 11            This is kind of where my part of the story ends and

11:45:26 12    Mr. Childs, who has done the BOP work, his part of the story picks

11:45:30 13    up.  But we see a substantial increase in pressure that would

11:45:35 14    indicate that the system has now been shut in or confined and we're

11:45:39 15    seeing a pressure buildup.

11:45:41 16    Q.  Let's go back and talk about some details in this time

11:45:44 17    increment.  We have a decrease in drill pipe pressure right here

11:45:48 18    after they open the valve and they close the valve.  What is the

11:45:52 19    significance of that decrease in drill pipe pressure?

11:45:55 20    A.  Again, based on the work and everything that we've done, to me,

11:46:06 21    as I made the comment earlier, the drill string is 10,000 feet off

11:46:10 22    the bottom of the well.  I think that's an indication of where the

11:46:15 23    light fluid or the influx fluid is getting around the outside of

11:46:19 24    the drill string into that annular space between the displacement

11:46:24 25    string and the well bore, and so now the mud is beginning to U-tube

11:46:28 1    or fall out of the drill pipe.

11:46:30 2         So that pressure is beginning to drop, which is

11:46:33 3    unfortunately kind of a consistent scenario that you would think if

11:46:38 4    you were pumping, but we're not pumping here.  So I think at that

11:46:41 5    point in time, that's an indication that the influx material was

11:46:46 6    close.  We do know they checked for flow, they realized the flow,

11:46:50 7    and it appears right after they checked for flow, then they started

11:46:53 8    taking actions consistent with well control, consistent with their

11:46:58 9    training in well control, but, unfortunately, they were just -- it

11:47:02 10   was too far gone at that point.

11:47:04 11   Q.  And you actually answered my next question, which was what does

11:47:09 12   this show right here?  Is this where they checked for flow?

11:47:12 13   A.  I believe it is.  To me, for some reason, the trip tank was

11:47:16 14   opened and flow was into the trip tank.  So that would be a

11:47:19 15   consistent operation, in my opinion.

11:47:26 16   Q.  You mentioned calls while you were just kind of giving us a

11:47:30 17   summary of this section.  I know there's no time frame of when what

11:47:34 18   calls were made, but what calls were made?

11:47:36 19   A.  I think there were three, maybe four calls from the rig floor.

11:47:42 20   There was a call to Mr. Ezell, we've heard about that call.  There

11:47:48 21   was a call to Mr. Vidrine, we were -- that was indicated in the

11:47:56 22   post incident interview notes of Mr. Vidrine.  There was a call to

11:48:00 23   the bridge to indicate there was a well control issue, and to

11:48:05 24   move -- and at that point, I think, is when the *Damon Bankston* got

11:48:10 25   moved out.

4296

11:48:10  1   Q.  Now, those calls, were those calls what the drill crew should

11:48:14  2   have been doing?

11:48:15  3   A.  Yes.  They should have been responding to the well control

11:48:20  4   situation, they should have been shutting the well in and notifying

11:48:24  5   folks of what was going on.

11:48:25  6   Q.  Why is it important for the drill crew to call the bridge?

11:48:29  7   A.  The bridge needs to understand what's going on, what the

11:48:33  8   operations are at the time in relationship to the vessel itself as

11:48:38  9   to what the relationship between the well and the vessel is.

11:48:41  10  Q.  Now, you told us earlier in your testimony when I was asking

11:48:45  11  you about your opinions that you are of the opinion that the drill

11:48:48  12  crew should have shut in the well around 21:30.  Tell us where you

11:48:53  13  think they should have shut in the well and why.

11:48:55  14  A.  Yes.  I think basically once they shut the pumps off, and the

11:48:59  15  final pump comes offline at around 21:31, and, you know, once you

11:49:06  16  watch this response, we see -- we start to see an increase on the

11:49:11  17  drill pipe pressure, so we have pressure increasing on the drill

11:49:16  18  pipe without our pumps on.

11:49:20  19          We've heard some testimony about how the expected

11:49:25  20  situation is, you get light fluid in the annular space and that

11:49:29  21  causes the drill pipe pressure to drop.  That is a true response if

11:49:34  22  your drill pipe is at the bottom of the well or if the influx is

11:49:38  23  around your drill pipe.

11:49:40  24          Again, this influx material -- or this drill pipe, this

11:49:45  25  drill string was 10,000 feet off bottom.  So the initial reactions

11:49:49  1   that we're getting are consistent with the well pressuring up from

11:49:55  2   underneath, which would be pressuring up the pressure underneath

11:49:59  3   the drill string, which would cause an increase in both the annular

11:50:03  4   pressure and the drill pipe pressure.

11:50:05  5         At that point in time, because of the anomaly, it looked

11:50:09  6   like to me that the training would have indicated we have an

11:50:15  7   anomaly, we can't explain the anomaly, let's stop and let's check

11:50:20  8   for flow.  And you would have checked for flow.  You would have

11:50:23  9   seen the well was flowing, and they would have shut the well in.

11:50:26 10   To me, that's the sequence that I think should have occurred.

11:50:29 11   Q.  Now, let's talk about at 21:47 where you saw this increase in

11:50:37 12   drill pipe pressure here.  Is that where you say that indicates

11:50:41 13   that the well sealed?

11:50:43 14   A.  It indicates that you've sealed the well and the pressure now

11:50:47 15   is responding accordingly.

11:50:48 16   Q.  What do you mean when you say the well sealed?

11:50:50 17   A.  In other words, you shut the well in and so there's something

11:50:53 18   that's trapping the fluid and allowing the pressure to build up at

11:50:56 19   the BOP level, now.  Remember we have a two-section system.  We've

11:51:01 20   got the BOPs down at 5,000 feet; that's where I am closing these

11:51:04 21   preventers.  And we have the riser, which is this 5,000-foot-long

11:51:09 22   tube that's potentially having expandable fluid in it that could be

11:51:14 23   affecting the situation also.

11:51:15 24   Q.  Now, for someone in the drill shack that has just activated the

11:51:21 25   VBR, the variable bore rams, and see this spike in drill pipe

11:51:25  1    pressure, could that reasonably be interpreted by the person in the

11:51:28  2    drill shack that they had successfully shut in the BOP?

11:51:32  3    A.  Yes, you could interpret that as at that point in time that you

11:51:35  4    have shut in the well.

11:51:37  5    Q.  And, of course, the question is, and I think you are probably

11:51:40  6    just going to point to Mr. Childs, is if they shut in the blowout

11:51:44  7    preventer at this point, then why didn't it stay shut in?

11:51:47  8    A.  Correct.  He's done the analysis to talk about what the

11:51:50  9    conditions were in the BOP.  In my report, I just indicate that

11:51:54  10   there were conditions in the BOP that changed that allowed the seal

11:51:57  11   to become infective.

11:52:01  12   Q.  Now, Richard Heenan, DOJ witness, mentioned complacency in his

11:52:09  13   testimony.  Do you believe the Transocean crew was complacent?

11:52:13  14   A.  I do not.  To me, in looking at the data, each time an event

11:52:16  15   occurred or something happened, the crew responded to it.  We can

11:52:20  16   debate whether that response was good, bad or otherwise, but they

11:52:23  17   responded every time they saw something occur.

11:52:26  18   Q.  Mr. Perkin, a PSC witness, testified that the upper annular

11:52:32  19   preventer was a poor choice because it had been stripped through.

11:52:36  20   First what does "stripped through" mean?

11:52:38  21   A.  Basically if we're stripping with an annular preventer -- and

11:52:41  22   as I talked about earlier, an annular preventer is basically a big

11:52:45  23   rubber doughnut that has steel-reinforced ribs in it, if you will.

11:52:50  24   So it's flexible and it can seal around pipe or wireline or

11:52:55  25   whatever is in the hole.

11:52:57  1          If you reduce the closing pressure back to where you

11:53:00  2   barely have a seal and you have drill pipe in it, you can allow a

11:53:04  3   little bit of the mud in the well to kind of lubricate the BOP and

11:53:08  4   you can move the pipe through the BOP or through the annular

11:53:12  5   preventer.  So basically that's stripping.  You're just moving the

11:53:16  6   pipe through the preventer.

11:53:19  7   Q.  Had the upper annular been stripped through on the *Deepwater*

11:53:24  8   *Horizon*?

11:53:24  9   A.  The information I reviewed did not appear to indicate that.

11:53:29  10  There was a stripping operation that occurred, according to the

11:53:35  11  IADC reports, on April the 5th.  It looked like they were doing --

11:53:40  12  they were using the upper annular to control and monitor fluid

11:53:45  13  level in the riser and determine how much riser capacity they

11:53:49  14  needed and how much to fill up.  But there's an entry in the IADC

11:53:54  15  report -- when we talk about stripping, they talk about continued

11:53:57  16  stripping on the lower annular.  So to me, I think the information

11:54:01  17  is indicative that the stripping likely occurred on the lower

11:54:04  18  annular.

11:54:05  19  Q.  Mr. Barnhill, last series of questions in this section.  Did

11:54:11  20  the Transocean drill crew's actions during the well monitoring

11:54:16  21  indicate to you that they were trying to get it right?

11:54:18  22  A.  During well monitoring?

11:54:20  23  Q.  During well monitoring.

11:54:22  24  A.  Yes.  Again, they were discussing the situation, they were

11:54:25  25  trying to appreciate what the information was telling them.  So I

4300

11:54:29 1  don't think this was because they were trying to get it wrong or

11:54:32 2  intended to get it wrong.  I think they were trying to get it

11:54:35 3  right.  I think they just misinterpreted what they were seeing.

11:54:38 4  Q.  In forming your opinions, did you see any evidence that the

11:54:43 5  Transocean drill crew intentionally misinterpreted the well

11:54:46 6  conditions?

11:54:46 7  A.  I do not.  I don't think anybody out there intentionally

11:54:52 8  misinterpreted this situation.

11:54:57 9  Q.  Let's talk --

11:54:58 10          THE COURT:  Is this a good place?  I have a meeting I

11:55:01 11  need to deal with in a few minutes, so why don't we just break now

11:55:06 12  for lunch.

11:55:07 13          MR. HYMEL:  Sure.

11:55:08 14          THE COURT:  Come back at about 1:15.

11:55:11 15          THE DEPUTY CLERK:  All rise.

11:55:12 16      (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

17

18                      * * * * * *

19

20

21

22

23

24

25

1

2

3                           REPORTER'S CERTIFICATE

4

5          I, Karen A. Ibos, CCR, Official Court Reporter, United

6    States District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript, to the

8    best of my ability and understanding, from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                    _____

13                    Karen A. Ibos, CCR, RPR, CRR, RMR

14                    Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25

'

**'09** [4] - 4209:7, 4210:23, 4211:18, 4260:25

# 0

**0** [1] - 4292:4
**001876.1.TO** [2] - 4266:21, 4266:23
**00620** [1] - 4218:1
**05643-004** [1] - 4213:12

# 1

**1** [8] - 4195:17, 4231:7, 4277:14, 4287:15, 4288:16, 4289:24, 4290:13
**1,000** [1] - 4245:12
**1.1.2** [1] - 4190:4
**1.4** [2] - 4189:9, 4189:10
**1/10/10** [1] - 4210:19
**10** [1] - 4269:8
**10,000** [4] - 4272:17, 4277:8, 4294:21, 4296:25
**10-MD-2179** [1] - 4164:8
**100** [2] - 4229:23, 4282:3
**1000** [2] - 4168:21, 4169:19
**1001** [1] - 4168:15
**101** [1] - 4165:20
**11** [1] - 4199:24
**11.4** [1] - 4208:20
**1100** [1] - 4168:12
**111** [2] - 4210:18
**1110** [1] - 4168:24
**1118** [2] - 4174:19, 4176:22
**1118-1** [1] - 4174:20
**1118-13A** [1] - 4175:7
**1168-1A** [1] - 4178:21
**12** [4] - 4191:19, 4194:10, 4194:11, 4269:8
**12-barrels** [2] - 4270:20, 4271:4
**12/1/09** [1] - 4210:4
**120** [1] - 4198:5
**1201** [2] - 4168:2,

4169:13
**1221** [1] - 4169:7
**13** [2] - 4164:20, 4175:6
**1308** [1] - 4165:22
**1331** [1] - 4169:15
**14(c** [1] - 4218:20
**14(k** [1] - 4218:24
**14.8** [1] - 4203:6
**14271** [1] - 4166:23
**15** [1] - 4195:17
**15-minute** [1] - 4224:19
**15th** [1] - 4195:21
**16** [1] - 4195:21
**1601** [1] - 4165:9
**1665** [1] - 4169:15
**17** [2] - 4175:6, 4292:22
**17.10** [1] - 4178:25
**1700** [1] - 4169:13
**179** [1] - 4195:16
**18** [2] - 4164:9, 4244:4
**18-and-a-quarter** [1] - 4244:5
**18-and-three-quarter** [1] - 4245:17
**18-inch** [3] - 4243:25, 4244:4, 4245:14
**18.10** [1] - 4178:25
**1885** [1] - 4167:14
**18th** [2] - 4266:7, 4266:16
**19** [1] - 4249:21
**1970s** [1] - 4235:16
**198** [1] - 4205:2
**1:15** [1] - 4300:14

# 2

**2** [9] - 4205:5, 4231:8, 4280:10, 4287:16, 4287:24, 4289:24, 4290:13, 4291:24
**20** [2] - 4164:6, 4269:13
**20004** [1] - 4168:3
**2001** [1] - 4201:3
**20044** [3] - 4166:18, 4166:23, 4167:4
**2007** [4] - 4194:23, 4195:21, 4196:12, 4213:1
**2009** [11] - 4179:21, 4192:14, 4193:9, 4194:4, 4194:5,

**2194:23, 4196:21,**
4197:2, 4208:9,
4208:19, 4211:13
**2010** [25] - 4164:6,
4182:7, 4194:6,
4199:10, 4200:10,
4210:13, 4211:17,
4239:24, 4241:4,
4253:14, 4255:11,
4260:24, 4266:7,
4266:16, 4267:8,
4267:16, 4268:14,
4268:18, 4268:21,
4270:6, 4270:18,
4271:3, 4271:12,
4271:15
**2013** [2] - 4164:9,
4171:2
**20:20** [1] - 4275:9
**20:50** [7] - 4274:10,
4274:21, 4274:23,
4275:9, 4279:1,
4279:2, 4279:5
**20:51** [1] - 4279:6
**20th** [16] - 4182:7,
4195:24, 4211:20,
4241:3, 4253:14,
4253:19, 4255:10,
4260:24, 4267:8,
4267:16, 4268:20,
4269:20, 4272:20,
4272:24, 4273:21,
4275:10
**21** [1] - 4249:20
**2188** [1] - 4204:10
**21:00** [2] - 4278:8,
4280:7
**21:08** [2] - 4280:4,
4284:10
**21:09** [1] - 4282:19
**21:14** [1] - 4284:11
**21:15** [2] - 4284:6,
4287:8
**21:20** [2] - 4287:9,
4288:15
**21:25** [1] - 4290:7
**21:26** [1] - 4288:12
**21:30** [1] - 4296:12
**21:31** [1] - 4296:15
**21:32** [1] - 4289:20
**21:47** [2] - 4294:7,
4297:11
**21:49** [1] - 4292:21
**21st** [3] - 4199:17,
4215:23, 4238:2
**22-inch** [4] - 4244:3,
4245:16
**2211** [1] - 4168:24
**2216** [1] - 4166:7
**229** [1] - 4199:24

**22ND** [1] - 4165:15
**233.178.1** [1] -
4195:15
**23451** [1] - 4165:15
**238** [2] - 4184:12,
4184:14
**23rd** [1] - 4239:24
**24** [3] - 4184:11,
4184:16, 4196:10
**250.1721** [1] -
4243:21
**250.446** [1] - 4178:18
**251.228.2** [1] -
4199:23
**252** [1] - 4230:16
**25th** [1] - 4179:21
**2615** [1] - 4165:12
**27** [1] - 4266:17
**28-inch** [2] - 4244:1,
4244:2
**29th** [1] - 4210:9
**2:10-CV-02771** [1] -
4164:12
**2:10-CV-4536** [1] -
4164:14
**2:30** [1] - 4237:25

# 3

**3** [6] - 4205:6,
4287:13, 4287:25,
4288:15, 4289:25,
4291:24
**3.2.1.TO** [1] - 4286:5
**3.3.5** [1] - 4210:17
**3/29/10** [1] - 4210:7
**30** [5] - 4178:18,
4243:21, 4275:8,
4275:9, 4278:24
**30(b)(6)s** [1] -
4216:21
**30-minute** [1] -
4274:16
**300** [1] - 4168:6
**3163** [2] - 4192:19,
4192:20
**3163.3** [1] - 4192:25
**3163.50.1** [1] -
4194:10
**31st** [1] - 4266:16
**328** [4] - 4184:11,
4184:14, 4184:15
**3285** [2] - 4199:16,
4200:13
**335** [1] - 4168:18
**35,000** [1] - 4268:6
**35TH** [1] - 4168:18
**36** [3] - 4196:10,
4244:1

**36130** [1] - 4167:9
**36604** [1] - 4165:10
**3668** [1] - 4165:4
**3700** [2] - 4168:12,
4168:15

# 4

**4** [7] - 4199:24,
4206:6, 4213:11,
4287:13, 4287:25,
4288:16, 4291:24
**40** [1] - 4180:24
**400** [2] - 4209:24,
4272:15
**4000** [1] - 4169:19
**402** [1] - 4165:15
**41008.1.1.TO** [1] -
4260:23
**41008.1.TO** [1] -
4260:21
**41008.18.1.TO** [1] -
4261:15
**41008.198.1.TO** [1] -
4263:19
**41008.201.1.TO** [1] -
4264:20
**41008.206.1.TO** [1] -
4262:23
**41008.207.1.TO** [1] -
4264:4
**41008.70.1** [1] -
4262:11
**41008.86.1.TO** [1] -
4264:15
**4172/19** [1] - 4170:7
**4188/13** [1] - 4170:9
**4212/6** [1] - 4170:11
**4226/2** [1] - 4170:17
**4237/22** [1] - 4170:19
**4310** [1] - 4166:5
**43120-59A** [1] -
4179:2
**435** [1] - 4165:20
**44049** [2] - 4186:16,
4186:17
**44049-1** [1] - 4186:16
**44049-2** [1] - 4186:21
**44049-3** [1] - 4187:1
**44049-34** [1] -
4187:17
**44072** [1] - 4201:3
**44072.1** [1] - 4201:7
**450** [1] - 4166:12
**4500** [1] - 4169:7
**4687** [1] - 4212:9
**47221** [2] - 4210:25,
4211:4
**47243** [2] - 4210:12,

2

| | | | | |
|---|---|---|---|---|

4210:15
**48101.1.1** [1] - 4206:21

## 5

**5,000** [5] - 4242:23, 4246:12, 4248:15, 4272:18, 4297:20
**5,000-foot-long** [1] - 4297:21
**5,800** [1] - 4245:11
**50** [1] - 4180:24
**500** [3] - 4165:4, 4167:8, 4169:22
**5000** [1] - 4167:24
**5033** [2] - 4202:20, 4202:21
**5033.2.3** [1] - 4203:5
**50361** [1] - 4188:22
**504** [1] - 4169:23
**52** [2] - 4224:10, 4279:6
**52(c** [5] - 4218:7, 4219:13, 4220:6, 4221:11, 4223:24
**5266.1.1.TO** [1] - 4265:22
**5295** [2] - 4214:5, 4214:10
**5295.1.1** [1] - 4214:11
**5295.1.2** [1] - 4214:19
**53** [2] - 4179:2, 4179:24
**53"** [1] - 4180:9
**5395** [1] - 4166:12
**546** [1] - 4169:3
**556** [1] - 4165:4
**5643** [1] - 4212:19
**58.2.1** [1] - 4287:4
**589-7776** [1] - 4169:23
**5th** [1] - 4299:11

## 6

**6,000** [1] - 4245:14
**60** [1] - 4227:17
**600** [3] - 4165:15, 4165:17, 4168:21
**600,000** [1] - 4246:7
**601** [1] - 4165:12
**60654** [1] - 4168:6
**618** [1] - 4166:2
**620** [2] - 4273:5, 4275:2

**686** [1] - 4208:4
**686.1.1** [1] - 4208:11
**686.3.2** [1] - 4208:12

## 7

**7** [1] - 4171:2
**7,500** [1] - 4228:15
**7/8-by-7-inch** [1] - 4255:13
**701** [2] - 4167:18, 4167:23
**70113** [1] - 4165:7
**70130** [6] - 4165:13, 4165:18, 4166:8, 4167:18, 4169:3, 4169:22
**70139** [1] - 4167:24
**70163** [1] - 4168:12
**7030-4A** [1] - 4179:20
**70360** [1] - 4165:20
**70458** [1] - 4165:23
**70502** [2] - 4165:5, 4168:22
**70801** [1] - 4166:3
**70804** [1] - 4167:15
**75** [1] - 4252:15
**75270** [1] - 4169:13
**7611** [1] - 4166:18
**7676.1.1.TO** [1] - 4232:5
**7676.1.TO** [1] - 4232:1
**77002** [2] - 4168:15, 4169:20
**77006** [1] - 4166:5
**77010** [2] - 4169:8, 4169:16
**77098** [1] - 4168:24
**7TH** [1] - 4166:12

## 8

**8** [4] - 4176:10, 4184:11, 4184:15, 4262:25
**8,367** [2] - 4275:15, 4277:6
**8,367-foot** [1] - 4277:4
**8.9** [1] - 4177:2
**800** [2] - 4245:12, 4290:11
**81** [2] - 4188:1
**8105** [1] - 4221:18
**8106** [1] - 4221:18
**8120** [1] - 4221:18

**820** [1] - 4165:7
**8th** [12] - 4268:13, 4268:18, 4268:21, 4268:25, 4269:16, 4269:25, 4270:6, 4270:18, 4271:3, 4271:12, 4271:15, 4271:25

## 9

**9** [1] - 4255:13
**9,700-plus** [1] - 4268:4
**90-foot** [3] - 4245:25, 4249:20
**9002** [1] - 4191:16
**90071** [1] - 4168:19
**938** [3] - 4189:3, 4189:6, 4191:18
**938.17.2** [1] - 4189:22
**938.19.2** [1] - 4189:9
**938.24** [1] - 4191:18
**940** [1] - 4198:14
**940.1.4** [1] - 4198:14
**94005** [1] - 4167:15
**9401.1.4** [1] - 4198:8
**94102** [1] - 4166:13
**942** [5] - 4231:4, 4231:5, 4231:7, 4231:8
**943** [1] - 4231:5
**953** [2] - 4215:12, 4215:15
**953-002** [1] - 4215:16
**9:30** [3] - 4241:19, 4242:7, 4291:17
**9:32** [1] - 4241:25
**9:33** [1] - 4241:25
**9:35** [1] - 4224:18
**9TH** [1] - 4165:17

## A

**abandoned** [3] - 4243:12, 4243:14, 4243:17
**abandoning** [1] - 4255:22
**abandonment** [1] - 4233:22
**ability** [6] - 4206:11, 4245:7, 4246:23, 4269:11, 4271:6, 4301:8
**able** [13] - 4239:7, 4239:8, 4243:18,

4245:19, 4249:4, 4252:22, 4257:9, 4269:18, 4271:20, 4278:20, 4278:21, 4278:25, 4289:4
**aboard** [7] - 4185:7, 4185:8, 4195:19, 4196:14, 4196:19, 4197:1, 4198:20
**above** [5] - 4192:15, 4262:18, 4262:21, 4263:3, 4301:9
**above-entitled** [1] - 4301:9
**ABRAMSON** [1] - 4165:11
**absolutely** [7] - 4193:12, 4194:2, 4194:21, 4205:18, 4207:20, 4207:25, 4208:3
**absorbed** [1] - 4249:7
**accept** [1] - 4237:20
**access** [5] - 4265:8, 4265:20, 4273:15, 4274:5, 4274:8
**accident** [2] - 4195:23, 4215:23
**Accident** [1] - 4204:7
**accomplished** [1] - 4223:16
**accordance** [2] - 4179:7, 4179:15
**according** [1] - 4299:10
**accordingly** [1] - 4297:15
**account** [1] - 4249:4
**accountable** [1] - 4185:14
**across** [1] - 4227:25
**ACTION** [1] - 4164:8
**action** [10] - 4194:16, 4209:21, 4209:22, 4209:23, 4211:7, 4218:17, 4219:9, 4263:15, 4270:21, 4291:8
**actions** [6] - 4181:20, 4213:21, 4271:14, 4293:6, 4295:8, 4299:20
**activated** [2] - 4177:7, 4297:24
**activation** [1] - 4174:5
**actively** [1] - 4241:3
**activities** [5] - 4182:6, 4183:12,

4185:14, 4191:7, 4213:19
**activity** [3] - 4197:25, 4206:25, 4282:1
**actual** [7] - 4174:1, 4177:25, 4196:25, 4201:10, 4201:13, 4207:10, 4230:21
**actually** [48] - 4173:13, 4174:4, 4178:18, 4178:21, 4184:11, 4191:16, 4198:19, 4226:13, 4228:12, 4228:16, 4231:2, 4232:24, 4234:24, 4235:14, 4236:25, 4242:16, 4242:17, 4242:22, 4242:23, 4243:20, 4244:5, 4244:9, 4244:15, 4246:17, 4248:1, 4248:4, 4250:15, 4250:19, 4252:12, 4252:14, 4253:24, 4255:5, 4258:17, 4260:15, 4268:9, 4268:25, 4272:17, 4276:19, 4277:2, 4277:7, 4278:3, 4279:7, 4281:22, 4283:5, 4283:11, 4290:1, 4295:11
**ad** [2] - 4198:15
**add** [3] - 4254:16, 4256:1, 4256:16
**added** [2] - 4247:4, 4247:5
**addition** [1] - 4259:20
**additional** [5] - 4227:21, 4247:4, 4247:5, 4263:14
**address** [4] - 4179:17, 4204:4, 4219:5, 4225:6
**addressed** [1] - 4209:5
**addressing** [1] - 4219:23
**adds** [2] - 4262:17, 4264:17
**admission** [1] - 4216:9
**admit** [1] - 4216:17
**admitted** [4] - 4217:10, 4217:12, 4218:2, 4218:4
**admonishment** [1] - 4196:5

**advanced** [2] - 4236:16, 4268:3
**adverse** [1] - 4217:3
**advertisement** [1] - 4198:11
**advised** [1] - 4288:10
**affairs** [1] - 4208:21
**affect** [6] - 4246:22, 4257:17, 4269:10, 4269:11, 4279:13, 4289:8
**affected** [1] - 4256:7
**affecting** [2] - 4246:6, 4297:23
**affects** [2] - 4234:1, 4234:3
**aft** [1] - 4253:6
**after** [30] - 4215:23, 4219:8, 4219:9, 4220:10, 4221:12, 4221:23, 4223:22, 4223:23, 4224:11, 4238:20, 4240:6, 4240:11, 4242:25, 4246:16, 4271:3, 4273:10, 4275:12, 4279:20, 4279:24, 4282:9, 4284:15, 4287:14, 4287:15, 4291:5, 4291:7, 4291:17, 4293:24, 4294:18, 4295:7
**again** [65] - 4171:24, 4172:11, 4183:21, 4186:21, 4190:6, 4192:9, 4194:10, 4210:2, 4221:20, 4227:8, 4228:22, 4229:3, 4230:13, 4230:20, 4232:18, 4234:14, 4234:22, 4236:25, 4237:6, 4238:14, 4243:15, 4249:14, 4250:12, 4251:1, 4255:12, 4256:19, 4257:8, 4257:24, 4258:11, 4259:18, 4262:12, 4262:24, 4263:2, 4263:8, 4263:20, 4264:5, 4264:6, 4264:21, 4264:22, 4266:2, 4271:5, 4271:16, 4273:8, 4275:11, 4279:4, 4280:7, 4281:6, 4281:19, 4282:8, 4282:22, 4283:7, 4284:9, 4285:21,

4287:1, 4287:12, 4288:14, 4289:8, 4290:2, 4292:3, 4292:6, 4292:15, 4292:23, 4294:20, 4296:24, 4299:24
**against** [3] - 4176:3, 4276:5, 4277:22
**ago** [4] - 4227:17, 4228:20, 4270:19, 4271:16
**agree** [17] - 4173:9, 4173:12, 4173:13, 4175:1, 4175:12, 4175:18, 4176:13, 4185:17, 4203:18, 4204:18, 4205:14, 4207:7, 4207:13, 4207:15, 4265:5, 4265:7, 4271:25
**agreement** [1] - 4217:24
**ahead** [12] - 4172:17, 4218:14, 4219:20, 4220:2, 4223:8, 4224:18, 4224:19, 4225:25, 4246:24, 4258:6, 4286:24, 4287:2
**air** [2] - 4173:5, 4173:16
**AL** [4] - 4164:13, 4164:16, 4165:10, 4167:9
**Alabama** [1] - 4219:9
**ALABAMA** [2] - 4167:6
**alarm** [2] - 4177:6, 4209:5
**alarms** [2] - 4184:1, 4209:24
**alert** [1] - 4224:12
**ALEX** [1] - 4169:6
**all** [64] - 4171:7, 4171:12, 4171:22, 4172:1, 4172:4, 4172:8, 4175:21, 4175:22, 4176:2, 4178:1, 4179:13, 4181:9, 4183:6, 4183:23, 4187:4, 4188:1, 4197:24, 4198:6, 4198:15, 4199:9, 4200:19, 4203:21, 4204:16, 4204:18, 4205:4, 4208:17, 4209:12, 4213:18, 4213:19, 4215:7, 4215:24, 4216:1, 4219:24,

4220:7, 4220:25, 4223:13, 4224:21, 4224:24, 4226:25, 4227:4, 4229:1, 4231:11, 4231:12, 4233:6, 4236:7, 4237:1, 4237:18, 4237:19, 4239:8, 4239:14, 4242:24, 4247:7, 4249:10, 4250:10, 4252:16, 4270:5, 4273:11, 4275:4, 4279:25, 4280:8, 4291:23, 4300:15
**ALLAN** [1] - 4167:17
**allegation** [1] - 4173:20
**allow** [7] - 4225:10, 4237:20, 4248:24, 4249:1, 4249:22, 4252:20, 4299:2
**allowed** [1] - 4298:10
**allowing** [2] - 4290:18, 4297:18
**allows** [4] - 4248:14, 4249:6, 4252:5, 4252:18
**almost** [2] - 4195:23, 4196:1
**along** [4] - 4193:3, 4221:22, 4236:13, 4257:18
**already** [10] - 4207:14, 4217:19, 4237:19, 4245:14, 4245:15, 4254:19, 4254:20, 4269:14, 4270:5, 4275:17
**also** [35] - 4178:13, 4191:9, 4191:11, 4196:17, 4201:17, 4203:16, 4216:10, 4221:17, 4223:22, 4223:25, 4224:13, 4225:8, 4227:11, 4227:20, 4232:23, 4234:18, 4235:7, 4235:12, 4236:10, 4238:11, 4240:5, 4250:6, 4254:1, 4255:25, 4256:3, 4256:23, 4265:18, 4267:10, 4267:11, 4271:18, 4280:11, 4282:13, 4285:1, 4285:3, 4297:23
**altered** [2] - 4173:2, 4173:5
**Although** [1] -

4194:15
**although** [6] - 4182:6, 4204:1, 4205:1, 4230:13, 4256:3, 4260:14
**always** [4] - 4209:25, 4241:17, 4262:7, 4272:1
**ambitiously** [1] - 4220:5
**Ambrose** [3] - 4199:17, 4200:14, 4238:23
**Amendment** [3] - 4217:1, 4217:13, 4221:15
**AMERICA** [3] - 4164:15, 4166:10, 4167:21
**American** [5] - 4176:14, 4176:18, 4176:23, 4177:15, 4178:13
**AMERICAN** [1] - 4165:12
**among** [1] - 4181:2
**amongst** [1] - 4217:24
**amount** [1] - 4272:11
**amounts** [1] - 4263:2
**Anadarko** [1] - 4197:23
**analysis** [2] - 4283:3, 4298:8
**analyzing** [1] - 4279:24
**anchor** [2] - 4202:4, 4202:15
**anchors** [3] - 4202:2, 4202:8, 4202:9
**AND** [3] - 4164:12, 4168:9, 4225:18
**and/or** [1] - 4213:23
**Anderson** [2] - 4181:24, 4267:10
**ANDREW** [1] - 4168:4
**Andy** [1] - 4220:4
**Angel** [2] - 4208:5, 4208:13
**ANGELES** [1] - 4168:19
**annual** [3] - 4215:17, 4215:22
**annular** [26] - 4248:8, 4252:4, 4255:16, 4264:23, 4272:4, 4272:5, 4272:7, 4272:8, 4272:13, 4272:16,

4276:4, 4276:5, 4277:13, 4292:5, 4294:24, 4296:20, 4297:3, 4298:18, 4298:21, 4298:22, 4299:4, 4299:7, 4299:12, 4299:16, 4299:18
**annulus** [2] - 4290:3, 4290:5
**anomalies** [1] - 4281:16
**anomaly** [12] - 4282:18, 4283:7, 4284:18, 4285:7, 4291:12, 4291:23, 4292:7, 4292:11, 4292:13, 4297:5, 4297:7
**another** [10] - 4204:4, 4206:25, 4222:4, 4227:23, 4228:20, 4229:13, 4243:19, 4249:1, 4267:23, 4291:20
**ANSWER** [1] - 4200:4
**answer** [6] - 4183:1, 4184:18, 4185:12, 4200:2, 4215:6, 4215:7
**answered** [1] - 4295:11
**ANTHONY** [1] - 4166:7
**anticipated** [6] - 4205:16, 4206:6, 4206:12, 4208:1, 4269:2, 4269:5
**anticipation** [1] - 4279:8
**any** [49] - 4171:11, 4171:15, 4171:19, 4172:11, 4174:1, 4179:9, 4180:8, 4180:17, 4182:3, 4183:15, 4183:19, 4185:6, 4193:5, 4207:24, 4217:13, 4218:3, 4220:23, 4221:23, 4222:12, 4223:14, 4227:21, 4229:5, 4230:17, 4231:1, 4237:18, 4240:11, 4240:12, 4257:16, 4259:21, 4260:16, 4262:15, 4267:20, 4270:24, 4277:24, 4278:6, 4278:22, 4281:3,

4281:4, 4281:16,
4281:24, 4283:24,
4288:8, 4289:15,
4292:9, 4292:19,
4300:4
**anybody** [4] -
4200:1, 4237:18,
4281:17, 4300:7
**anymore** [1] - 4236:5
**anyone** [4] - 4200:2,
4281:4, 4281:10,
4284:20
**anything** [6] -
4178:22, 4179:3,
4205:23, 4220:24,
4284:20, 4290:25
**anytime** [1] -
4255:24
**anyway** [1] - 4172:9
**anywhere** [3] -
4252:16, 4264:9,
4273:6
**apart** [1] - 4292:18
**API** [4] - 4179:1,
4179:2, 4179:24,
4180:9
**apologies** [1] -
4211:1
**apologize** [1] -
4283:18
**apparently** [1] -
4283:7
**appear** [6] - 4210:1,
4283:10, 4283:15,
4284:1, 4284:2,
4299:9
**APPEARANCES** [1] -
4165:1
**appeared** [9] -
4240:24, 4241:7,
4263:10, 4267:13,
4267:17, 4285:5,
4289:25, 4290:1,
4293:23
**appears** [8] - 4232:4,
4260:25, 4261:17,
4262:12, 4264:16,
4273:25, 4291:6,
4295:7
**applied** [2] -
4277:22, 4278:15
**applies** [1] - 4203:24
**apply** [1] - 4202:14
**applying** [1] -
4198:17
**appreciate** [1] -
4299:25
**appreciated** [1] -
4271:18
**appreciation** [1] -

4212:25
**appropriate** [5] -
4220:6, 4221:19,
4222:24, 4223:10,
4265:5
**appropriately** [1] -
4269:25
**approved** [2] -
4176:18, 4177:12
**Approved** [1] -
4213:5
**APRIL** [1] - 4164:6
**April** [26] - 4182:7,
4194:6, 4195:24,
4199:10, 4199:17,
4200:10, 4211:20,
4215:23, 4238:2,
4241:3, 4253:14,
4253:19, 4255:10,
4260:24, 4266:7,
4266:16, 4267:8,
4267:16, 4268:20,
4269:13, 4269:20,
4272:20, 4272:24,
4273:21, 4275:10,
4299:11
**are** [96] - 4171:17,
4171:24, 4175:15,
4175:16, 4182:19,
4183:4, 4183:23,
4185:14, 4186:13,
4187:12, 4190:15,
4190:17, 4190:18,
4191:6, 4191:15,
4191:16, 4194:11,
4194:15, 4199:6,
4199:22, 4200:16,
4200:19, 4200:20,
4201:22, 4201:23,
4202:1, 4202:2,
4202:15, 4205:23,
4206:5, 4206:8,
4209:25, 4215:5,
4215:24, 4219:12,
4219:18, 4219:21,
4221:17, 4221:20,
4221:21, 4222:18,
4223:14, 4224:9,
4226:17, 4229:3,
4229:10, 4229:11,
4236:3, 4236:5,
4242:21, 4243:16,
4246:6, 4248:5,
4249:10, 4250:1,
4250:10, 4250:19,
4250:22, 4252:21,
4253:9, 4253:10,
4254:6, 4254:7,
4255:8, 4256:6,
4256:11, 4256:24,

4258:4, 4258:8,
4262:7, 4266:4,
4266:7, 4268:14,
4274:21, 4275:8,
4276:24, 4276:25,
4277:18, 4278:15,
4279:7, 4284:10,
4286:1, 4286:5,
4286:8, 4287:4,
4288:18, 4292:23,
4293:1, 4293:3,
4293:5, 4293:6,
4296:8, 4296:11,
4297:1, 4298:5
**area** [11] - 4173:10,
4176:6, 4180:22,
4229:14, 4230:17,
4230:25, 4244:20,
4246:2, 4250:21,
4251:1, 4253:4
**areas** [2] - 4230:2,
4232:17
**aren't** [2] - 4191:15,
4199:5
**argument** [1] -
4218:8, 4220:23,
4222:14
**arising** [1] - 4207:1
**arms** [2] - 4238:6,
4238:15
**around** [28] -
4201:24, 4203:17,
4238:6, 4238:15,
4246:8, 4248:17,
4249:5, 4249:23,
4251:11, 4269:9,
4275:22, 4277:3,
4279:5, 4279:6,
4280:7, 4284:3,
4284:10, 4285:15,
4285:16, 4285:17,
4290:7, 4290:11,
4291:17, 4294:23,
4296:12, 4296:15,
4296:23, 4298:24
**ARRELL** [1] -
4168:23
**arrive** [1] - 4211:21
**arrived** [2] - 4245:24,
4266:6
**art** [4] - 4196:25,
4253:14, 4253:16,
4253:18
**arty** [1] - 4192:8
**AS** [1] - 4225:18
**ASBILL** [1] - 4168:13
**ashore** [2] - 4194:17,
4214:14
**ask** [14] - 4172:4,
4180:13, 4193:22,

4199:8, 4207:7,
4212:13, 4212:24,
4218:2, 4219:21,
4220:14, 4253:20,
4266:1, 4288:23,
4290:20
**asked** [23] - 4171:12,
4171:15, 4183:11,
4196:17, 4199:25,
4200:24, 4203:9,
4210:21, 4212:11,
4212:23, 4219:5,
4227:19, 4227:20,
4228:3, 4228:17,
4228:23, 4231:3,
4234:17, 4238:4,
4239:19, 4240:15,
4267:9, 4267:14
**asking** [4] - 4207:13,
4219:6, 4219:12,
4296:10
**aspect** [1] - 4267:23
**aspects** [4] -
4186:18, 4206:5,
4234:19, 4239:10
**assembly** [4] -
4252:18, 4277:24,
4277:25, 4278:2
**assert** [1] - 4218:6
**assessment** [2] -
4209:14, 4265:7
**Assessment** [1] -
4204:7
**ASSET** [1] - 4164:13
**assigned** [2] -
4222:4, 4239:1
**assignment** [1] -
4222:2
**assistance** [1] -
4238:4
**assistant** [1] -
4241:3
**associated** [5] -
4229:4, 4232:20,
4235:4, 4243:3,
4248:17
**Association** [1] -
4259:12
**assuming** [1] -
4223:10
**at** [202] - 4171:15,
4171:17, 4171:18,
4171:21, 4171:22,
4171:24, 4174:7,
4174:19, 4175:6,
4176:21, 4179:1,
4179:13, 4179:25,
4183:3, 4183:18,
4183:21, 4184:11,
4184:12, 4186:16,

4187:25, 4188:21,
4191:19, 4192:19,
4192:20, 4194:3,
4194:10, 4194:11,
4194:14, 4195:15,
4198:10, 4199:19,
4199:24, 4201:12,
4205:3, 4205:8,
4205:15, 4208:2,
4209:18, 4210:19,
4213:4, 4213:14,
4215:11, 4216:14,
4216:25, 4218:6,
4219:6, 4219:12,
4219:14, 4219:19,
4219:24, 4220:6,
4220:18, 4221:5,
4222:23, 4223:1,
4223:7, 4223:9,
4223:15, 4225:17,
4225:8, 4226:9,
4227:17, 4228:2,
4228:7, 4228:16,
4229:11, 4229:14,
4229:18, 4230:9,
4230:23, 4230:24,
4231:16, 4231:19,
4231:20, 4233:3,
4233:8, 4234:17,
4237:13, 4238:22,
4239:6, 4239:8,
4239:9, 4239:10,
4239:13, 4239:18,
4240:7, 4240:15,
4241:19, 4241:25,
4242:2, 4242:7,
4243:11, 4244:11,
4244:13, 4245:7,
4245:11, 4246:10,
4246:24, 4247:17,
4248:1, 4248:23,
4250:8, 4250:17,
4250:18, 4251:5,
4253:10, 4254:25,
4255:12, 4255:18,
4256:12, 4257:1,
4257:2, 4257:15,
4257:25, 4258:3,
4258:13, 4258:21,
4259:9, 4259:20,
4259:24, 4259:25,
4260:12, 4262:13,
4262:15, 4263:4,
4263:12, 4265:16,
4267:17, 4267:18,
4267:23, 4268:17,
4269:8, 4270:5,
4272:10, 4272:12,
4274:13, 4274:16,
4275:11, 4275:21,
4275:23, 4278:18,

4278:22, 4279:2, 4279:5, 4279:14, 4280:10, 4280:11, 4281:4, 4281:6, 4281:9, 4282:3, 4284:2, 4284:12, 4284:23, 4285:1, 4285:2, 4285:3, 4285:4, 4285:6, 4285:7, 4285:16, 4285:20, 4286:3, 4286:15, 4286:19, 4287:23, 4288:1, 4288:15, 4289:16, 4290:11, 4291:4, 4291:8, 4291:10, 4291:16, 4292:10, 4294:2, 4295:4, 4295:10, 4295:24, 4296:8, 4296:15, 4296:22, 4297:5, 4297:11, 4297:18, 4297:20, 4298:3, 4298:7, 4298:14, 4300:14

**attach** [2] - 4245:18, 4250:22

**attached** [5] - 4199:19, 4208:11, 4208:13, 4237:8, 4242:19

**attaches** [2] - 4247:9, 4248:14

**attachment** [1] - 4199:18

**attempts** [1] - 4287:15

**attended** [2] - 4239:14

**attention** [3] - 4212:12, 4224:4, 4288:7

**attorney** [1] - 4172:12

**ATTORNEY** [4] - 4167:6, 4167:7, 4167:12, 4167:14

**Attorney** [1] - 4229:7

**audit** [19] - 4192:9, 4192:14, 4192:15, 4193:14, 4193:18, 4194:3, 4194:18, 4194:19, 4194:23, 4194:24, 4195:16, 4196:10, 4208:9, 4208:19, 4209:12, 4209:14, 4215:6, 4267:14

**auditor** [3] - 4192:8, 4195:1, 4195:14

**auditors** [10] - 4187:6, 4192:4, 4192:23, 4193:1, 4195:2, 4195:3, 4195:4, 4209:3, 4209:6, 4211:12

**audits** [11] - 4191:23, 4191:24, 4192:2, 4192:6, 4192:18, 4193:17, 4194:9, 4194:11, 4194:15, 4195:12

**authority** [6] - 4185:2, 4185:8, 4212:24, 4241:9, 4241:12, 4267:21

**authorized** [1] - 4213:21

**automatic** [4] - 4174:8, 4177:5, 4207:6, 4207:21

**automatically** [3] - 4173:6, 4174:13, 4177:7

**available** [2] - 4284:17, 4288:24

**AVENUE** [5] - 4165:7, 4166:12, 4167:8, 4168:2, 4168:18

**avoided** [1] - 4182:16

**AVS** [1] - 4192:2

**aware** [10] - 4173:21, 4174:4, 4187:13, 4188:1, 4188:4, 4258:22, 4263:3, 4292:20, 4293:5, 4293:7

**away** [1] - 4173:10

**ays** [1] - 4196:12

## B

**B** [3] - 4169:6, 4203:25, 4225:23

**B-A-R-N-H-I-L-L** [1] - 4225:23

**B1** [1] - 4219:8

**back** [40] - 4171:7, 4176:21, 4182:15, 4194:9, 4198:24, 4199:22, 4200:13, 4206:25, 4211:3, 4216:9, 4218:21, 4231:22, 4234:12, 4243:19, 4245:15, 4247:7, 4249:3, 4251:11, 4251:25,

4252:24, 4253:19, 4258:8, 4263:13, 4265:15, 4267:24, 4277:12, 4278:23, 4279:24, 4285:23, 4286:7, 4287:8, 4287:13, 4287:14, 4287:24, 4288:16, 4293:25, 4294:16, 4299:1, 4300:14

**background** [1] - 4242:10

**bad** [1] - 4298:16

**bag** [3] - 4251:19, 4252:2, 4252:4

**balance** [2] - 4254:8, 4254:14

**Bankston** [1] - 4295:24

**BARBIER** [1] - 4164:22

**Barbier** [3] - 4196:6, 4203:9, 4278:11

**bareboat** [2] - 4190:3, 4190:8

**barely** [1] - 4299:2

**barge** [1] - 4202:3

**barges** [1] - 4202:1

**BARNHILL** [2] - 4170:15, 4225:18

**Barnhill** [22] - 4225:3, 4225:15, 4225:23, 4229:19, 4237:15, 4237:23, 4239:24, 4242:4, 4242:14, 4243:14, 4247:18, 4248:19, 4252:2, 4253:7, 4262:4, 4267:14, 4268:12, 4270:1, 4272:14, 4275:8, 4289:6, 4299:19

**barnhill** [1] - 4226:3

**Barnhill's** [1] - 4225:7

**barrel** [2] - 4276:3

**barrels** [1] - 4269:8

**barriers** [1] - 4255:19

**base** [4] - 4245:5, 4250:8, 4253:10, 4281:4

**based** [14] - 4183:25, 4184:1, 4191:16, 4193:23, 4194:15, 4207:17, 4229:11, 4267:18, 4268:19, 4272:12, 4275:15, 4276:17, 4293:5, 4294:20

**bases** [2] - 4242:9,

4258:8

**basic** [6] - 4236:16, 4252:17, 4259:3, 4262:12, 4262:17, 4269:24

**basically** [61] - 4202:5, 4227:7, 4228:4, 4235:17, 4238:5, 4240:16, 4245:3, 4245:12, 4245:23, 4245:24, 4247:2, 4250:23, 4251:4, 4251:7, 4251:15, 4251:17, 4251:21, 4252:4, 4252:6, 4254:17, 4256:18, 4256:20, 4257:14, 4258:3, 4258:19, 4258:23, 4259:10, 4259:14, 4259:23, 4260:5, 4260:13, 4261:7, 4261:18, 4261:19, 4262:6, 4264:13, 4264:17, 4268:23, 4269:23, 4270:12, 4271:5, 4271:7, 4273:11, 4274:12, 4275:22, 4277:20, 4277:21, 4278:1, 4278:12, 4279:21, 4282:22, 4283:22, 4284:9, 4285:11, 4288:6, 4289:23, 4294:9, 4296:14, 4298:21, 4298:22, 4299:5

**basics** [1] - 4271:17

**basis** [3] - 4285:19, 4286:14, 4286:25

**BATON** [2] - 4166:3, 4167:15

**be** [170] - 4171:6, 4172:6, 4172:15, 4173:11, 4174:12, 4174:23, 4174:25, 4176:13, 4176:17, 4176:18, 4177:3, 4177:6, 4177:7, 4179:7, 4179:15, 4180:2, 4180:8, 4180:22, 4183:2, 4184:4, 4184:6, 4185:6, 4186:17, 4187:2, 4190:18, 4191:3, 4192:7, 4194:17, 4194:18, 4195:15, 4198:3, 4199:1, 4202:1, 4203:20, 4207:18,

4209:5, 4209:8, 4210:1, 4210:12, 4211:4, 4213:12, 4214:16, 4215:15, 4218:2, 4218:9, 4219:6, 4221:19, 4222:14, 4222:23, 4223:7, 4223:10, 4223:22, 4223:23, 4223:24, 4224:10, 4224:12, 4224:24, 4225:2, 4225:14, 4226:7, 4226:9, 4227:20, 4227:21, 4227:23, 4232:4, 4232:13, 4232:21, 4235:18, 4235:19, 4235:23, 4238:12, 4239:19, 4239:20, 4241:17, 4242:11, 4243:16, 4243:18, 4244:21, 4245:9, 4248:16, 4249:4, 4249:7, 4250:20, 4251:1, 4251:5, 4251:10, 4251:19, 4251:20, 4251:23, 4252:15, 4252:20, 4252:22, 4252:25, 4253:5, 4253:6, 4253:25, 4254:3, 4255:1, 4255:8, 4256:7, 4256:20, 4257:9, 4257:23, 4260:25, 4261:4, 4261:17, 4261:20, 4261:23, 4261:24, 4262:7, 4262:12, 4262:13, 4262:18, 4263:3, 4263:10, 4263:22, 4264:7, 4264:16, 4264:18, 4267:2, 4267:13, 4269:18, 4270:23, 4271:6, 4271:17, 4271:19, 4272:12, 4273:4, 4273:7, 4273:12, 4273:25, 4274:1, 4274:3, 4276:10, 4278:4, 4278:6, 4278:20, 4278:21, 4278:25, 4279:18, 4281:11, 4283:4, 4283:10, 4283:15, 4284:1, 4284:2, 4285:5, 4287:13, 4289:1, 4289:10, 4289:13, 4290:3, 4290:16, 4291:1, 4292:3, 4292:12, 4293:17,

4295:14, 4297:2,
4297:22, 4298:1
**BEACH** [1] - 4165:15
**bearing** [1] - 4269:20
**became** [1] -
4275:23
**because** [29] -
4171:23, 4174:15,
4178:1, 4181:10,
4189:6, 4192:12,
4195:1, 4196:5,
4203:14, 4205:13,
4215:7, 4216:6,
4218:19, 4219:16,
4223:5, 4231:18,
4231:19, 4234:14,
4239:10, 4245:14,
4245:15, 4256:12,
4272:5, 4276:2,
4288:20, 4292:4,
4297:5, 4298:19,
4300:1
**Beck** [1] - 4224:9
**BECK** [4] - 4169:4,
4169:5, 4211:25,
4224:9
**become** [2] -
4256:12, 4298:11
**becomes** [2] -
4285:7, 4290:9
**been** [85] - 4172:7,
4173:25, 4177:22,
4183:11, 4193:24,
4211:7, 4211:17,
4211:18, 4219:13,
4220:8, 4221:13,
4222:20, 4228:11,
4229:1, 4229:16,
4229:23, 4230:2,
4230:12, 4230:13,
4230:14, 4230:20,
4230:21, 4230:22,
4230:23, 4234:22,
4235:1, 4236:23,
4236:25, 4237:2,
4237:14, 4238:1,
4242:1, 4242:2,
4242:25, 4244:5,
4244:6, 4245:24,
4246:1, 4246:2,
4246:3, 4246:16,
4246:17, 4246:18,
4255:13, 4255:15,
4255:17, 4265:16,
4267:14, 4267:16,
4268:3, 4268:12,
4268:19, 4272:4,
4272:22, 4272:24,
4275:2, 4275:11,
4275:12, 4275:14,

4276:19, 4281:17,
4281:20, 4281:21,
4281:22, 4283:13,
4284:18, 4284:19,
4285:11, 4285:12,
4285:15, 4285:16,
4285:17, 4287:12,
4288:22, 4289:4,
4294:14, 4296:2,
4296:3, 4296:4,
4298:19, 4299:7
**Beer** [1] - 4228:17
**BEFORE** [1] -
4164:22
**before** [20] -
4171:10, 4174:1,
4175:3, 4176:13,
4176:17, 4185:3,
4195:23, 4198:12,
4206:22, 4211:21,
4212:21, 4219:2,
4219:23, 4223:6,
4224:16, 4231:3,
4240:5, 4242:9,
4257:11, 4282:2
**begin** [3] - 4172:22,
4231:12, 4290:8
**beginning** [2] -
4294:25, 4295:2
**begins** [1] - 4280:20
**behalf** [6] - 4192:9,
4195:19, 4198:6,
4223:14, 4223:24,
4227:22
**behind** [1] - 4237:4
**being** [19] - 4177:13,
4211:16, 4217:1,
4238:18, 4251:2,
4256:9, 4258:20,
4258:21, 4260:1,
4276:8, 4277:22,
4282:11, 4282:23,
4284:24, 4286:1,
4288:18, 4292:14,
4293:1
**belabor** [1] - 4207:6
**belief** [1] - 4279:7
**believe** [24] - 4173:1,
4175:3, 4180:6,
4181:8, 4185:4,
4185:13, 4190:5,
4190:7, 4203:11,
4205:25, 4207:9,
4208:22, 4209:17,
4212:23, 4213:1,
4213:9, 4253:15,
4253:16, 4265:24,
4272:18, 4280:2,
4294:8, 4295:13,
4298:13

**believed** [1] - 4283:3
**believing** [1] -
4293:17
**belly** [1] - 4251:12
**below** [12] - 4202:8,
4242:23, 4244:1,
4244:2, 4244:3,
4245:10, 4245:11,
4245:12, 4246:9,
4252:15, 4272:15,
4283:6
**BEN** [1] - 4167:4
**bench** [1] - 4172:6
**benefit** [1] - 4209:4
**best** [2] - 4207:9,
4301:8
**better** [1] - 4207:17
**between** [18] -
4186:23, 4203:10,
4207:9, 4207:17,
4207:22, 4213:2,
4234:9, 4248:11,
4249:12, 4266:6,
4268:24, 4268:25,
4277:24, 4290:14,
4291:13, 4294:3,
4294:24, 4296:9
**beyond** [3] -
4177:24, 4192:15,
4205:20
**big** [3] - 4249:22,
4250:1, 4298:22
**bigger** [1] - 4189:7
**Bill** [3] - 4199:17,
4200:14, 4238:24
**bill** [1] - 4238:23
**bit** [21] - 4220:5,
4221:11, 4242:10,
4254:20, 4260:14,
4260:15, 4272:15,
4277:18, 4278:3,
4278:6, 4280:8,
4283:5, 4283:6,
4288:17, 4288:19,
4290:2, 4290:10,
4291:2, 4291:17,
4299:3
**bites** [1] - 4247:11
**black** [2] - 4277:2,
4277:11
**Black** [1] - 4229:12
**blank** [1] - 4208:21
**bleed** [1] - 4293:16
**blessing** [1] -
4261:24
**blew** [6] - 4228:15,
4229:16, 4231:8,
4231:21, 4290:7,
4294:4
**Block** [2] - 4227:17,

4231:4
**blow** [1] - 4290:17
**blown** [1] - 4282:14
**blowout** [36] -
4175:23, 4177:19,
4177:23, 4178:5,
4178:10, 4178:15,
4180:12, 4205:8,
4205:15, 4207:2,
4207:3, 4207:16,
4208:2, 4227:17,
4227:18, 4228:13,
4228:14, 4228:21,
4228:22, 4229:13,
4229:16, 4229:22,
4231:4, 4231:6,
4231:9, 4231:10,
4231:11, 4231:13,
4231:17, 4231:20,
4231:24, 4231:25,
4234:15, 4237:2,
4237:3, 4298:6
**blowouts** [2] -
4229:14, 4231:11
**blue** [5] - 4274:18,
4276:11, 4276:20,
4276:23, 4280:9
**board** [5] - 4192:8,
4198:17, 4202:8,
4202:17, 4258:17
**Bob** [1] - 4200:16
**BOCKIUS** [1] -
4169:17
**body** [3] - 4228:8,
4254:1, 4272:17
**bolted** [1] - 4250:3
**book** [1] - 4201:10
**booklet** [1] - 4266:22
**boost** [10] - 4250:6,
4250:8, 4250:9,
4277:14, 4277:15,
4277:16, 4287:14,
4287:25, 4291:25
**boot** [1] - 4279:6
**BOP** [39] - 4179:6,
4180:21, 4206:16,
4206:18, 4212:12,
4212:16, 4212:17,
4228:19, 4240:8,
4242:20, 4243:2,
4245:22, 4246:1,
4246:5, 4246:6,
4246:7, 4247:21,
4247:25, 4248:3,
4248:5, 4248:6,
4248:9, 4248:16,
4253:1, 4256:15,
4256:21, 4257:25,
4262:17, 4263:3,
4264:18, 4272:9,

4272:17, 4294:12,
4297:19, 4298:2,
4298:9, 4298:10,
4299:3, 4299:4
**BOPs** [10] - 4240:7,
4242:21, 4245:17,
4245:19, 4257:14,
4258:4, 4263:12,
4294:9, 4297:20
**bore** [3] - 4294:9,
4294:25, 4297:25
**both** [16] - 4173:1,
4226:15, 4227:12,
4229:21, 4230:1,
4231:20, 4235:10,
4236:7, 4236:15,
4237:2, 4237:6,
4238:10, 4248:8,
4252:14, 4293:21,
4297:3
**bottom** [18] -
4187:18, 4194:14,
4199:19, 4199:24,
4213:4, 4233:8,
4244:11, 4244:13,
4248:2, 4248:23,
4274:14, 4277:6,
4277:7, 4277:8,
4294:22, 4296:22,
4296:25
**bottomed** [1] -
4277:4
**BOULEVARD** [1] -
4166:5
**BOUNDS** [1] -
4165:8
**box** [1] - 4251:13
**BOX** [4] - 4165:4,
4166:18, 4166:23,
4167:15
**BP** [33] - 4164:15,
4167:20, 4167:21,
4167:22, 4188:9,
4188:14, 4190:3,
4190:8, 4192:2,
4192:13, 4192:14,
4197:23, 4199:2,
4200:3, 4200:10,
4208:6, 4209:3,
4209:6, 4209:21,
4210:9, 4210:10,
4210:22, 4220:4,
4239:8, 4241:12,
4241:14, 4259:25,
4260:16, 4265:2,
4266:22, 4267:1,
4269:4, 4285:19
**BP's** [3] - 4185:1,
4209:13, 4220:9
**BRAD** [1] - 4168:17

Brad [1] - 4224:15
BRANCH [3] -
4166:11, 4166:20,
4167:2
break [4] - 4177:8,
4214:10, 4255:1,
4300:11
BREIT [2] - 4165:14,
4165:14
BRENNAN [1] -
4168:13
Brian - 4224:15
BRIAN [3] - 4168:17,
4224:15, 4224:20
bridge [8] - 4183:15,
4184:6, 4206:18,
4206:23, 4253:4,
4295:23, 4296:6,
4296:7
brief [3] - 4221:5,
4223:10, 4241:22
briefing [2] -
4222:21, 4223:11
briefly [1] - 4224:16
bring [3] - 4187:18,
4222:22, 4224:4
bringing [1] -
4238:12
brings [1] - 4288:15
broad [2] - 4259:14,
4259:18
BROCK [4] - 4168:2,
4261:24, 4283:16,
4283:18
brought [2] - 4178:3,
4218:24
Broussard [1] -
4228:22
buck [1] - 4190:24
build [1] - 4297:18
BUILDING [1] -
4165:12
builds [1] - 4293:12
buildup [1] - 4294:15
built [1] - 4287:21
bulletin [2] -
4179:21, 4180:5
bump [1] - 4283:2
bunch [4] - 4198:16,
4208:6, 4208:8,
4208:14
bundle [3] - 4219:8,
4219:10
bundles [1] -
4221:15
buoyancy [1] -
4250:13
Bureau [4] -
4176:14, 4176:18,
4176:23, 4177:15

Burgoyne [3] -
4265:1, 4265:4,
4265:6
BURLING [1] -
4168:1
business [9] -
4197:18, 4198:4,
4226:24, 4227:1,
4227:2, 4227:5,
4229:4, 4233:4,
4235:5
buster [1] - 4251:13
but [101] - 4171:15,
4171:17, 4171:22,
4176:10, 4177:1,
4179:12, 4179:14,
4179:15, 4179:24,
4181:1, 4182:12,
4182:19, 4182:22,
4183:2, 4185:23,
4187:4, 4187:8,
4189:21, 4191:14,
4192:9, 4195:6,
4196:19, 4198:10,
4199:22, 4201:11,
4201:13, 4202:7,
4203:16, 4203:25,
4205:14, 4206:22,
4208:21, 4210:1,
4214:10, 4216:6,
4216:8, 4217:10,
4217:19, 4218:21,
4219:20, 4220:23,
4222:16, 4223:3,
4223:8, 4223:23,
4224:11, 4226:12,
4227:4, 4229:17,
4230:2, 4234:18,
4234:24, 4236:5,
4236:11, 4237:11,
4238:14, 4239:2,
4239:16, 4244:6,
4244:17, 4246:19,
4248:16, 4248:23,
4252:21, 4254:1,
4254:19, 4254:21,
4255:25, 4256:5,
4258:18, 4262:7,
4265:11, 4265:25,
4267:11, 4269:23,
4270:14, 4270:25,
4272:1, 4273:11,
4273:13, 4274:2,
4276:14, 4277:10,
4278:10, 4278:21,
4279:24, 4283:13,
4288:1, 4291:22,
4292:5, 4292:14,
4292:15, 4292:18,
4294:13, 4295:4,

4295:9, 4295:18,
4298:16, 4299:14
button [2] - 4206:19,
4206:22
by [73] - 4170:7,
4170:9, 4170:11,
4170:17, 4170:19,
4171:12, 4173:21,
4174:4, 4176:14,
4176:18, 4176:22,
4180:20, 4182:15,
4184:2, 4185:17,
4187:6, 4187:21,
4188:21, 4191:24,
4197:6, 4197:10,
4197:11, 4200:8,
4202:4, 4202:9,
4202:15, 4205:7,
4208:5, 4209:3,
4210:1, 4210:21,
4211:3, 4212:23,
4212:24, 4213:5,
4215:20, 4216:4,
4217:23, 4225:2,
4226:13, 4226:17,
4228:17, 4228:18,
4228:23, 4229:1,
4231:15, 4232:8,
4232:12, 4234:13,
4235:23, 4237:24,
4238:23, 4242:19,
4243:14, 4244:8,
4245:8, 4252:3,
4256:7, 4256:21,
4265:2, 4267:15,
4273:9, 4273:17,
4277:23, 4281:6,
4281:17, 4283:14,
4286:6, 4286:15,
4289:2, 4294:7,
4298:1
BY [67] - 4164:5,
4165:3, 4165:6,
4165:9, 4165:11,
4165:14, 4165:17,
4165:19, 4165:22,
4166:2, 4166:4,
4166:7, 4166:11,
4166:15, 4166:20,
4167:2, 4167:7,
4167:13, 4167:17,
4167:22, 4168:2,
4168:4, 4168:11,
4168:14, 4168:17,
4168:20, 4168:23,
4169:2, 4169:5,
4169:11, 4169:15,
4169:18, 4169:25,
4169:25, 4172:19,
4178:4, 4183:7,
4184:17, 4184:23,

4186:1, 4188:13,
4196:4, 4200:23,
4201:9, 4202:24,
4203:3, 4204:12,
4206:4, 4211:5,
4211:11, 4212:6,
4212:10, 4212:20,
4213:13, 4214:6,
4214:20, 4226:2,
4232:2, 4232:6,
4237:22, 4239:23,
4242:13, 4243:7,
4247:23, 4262:3,
4275:7, 4283:19
bypassed [1] -
4288:22

## C

C [7] - 4168:2,
4169:15, 4169:19,
4170:15, 4195:6,
4219:10, 4225:18
CA [2] - 4166:13,
4168:19
cabin [2] - 4210:22,
4211:9
cable [1] - 4277:24
cables [5] - 4180:13,
4180:14, 4180:18,
4181:6, 4181:10
Cahuzsac [1] -
4213:5
Cajun [1] - 4198:19
calculate [1] -
4283:12
calculated [3] -
4276:12, 4276:20,
4278:3
calculation [1] -
4276:17
CALDWELL [1] -
4167:13
call [38] - 4175:7,
4192:7, 4194:10,
4196:18, 4198:8,
4201:7, 4202:5,
4204:10, 4204:14,
4205:2, 4208:12,
4212:9, 4227:1,
4237:25, 4242:15,
4243:9, 4244:11,
4246:17, 4246:24,
4247:6, 4251:12,
4251:13, 4256:7,
4267:1, 4269:17,
4270:10, 4271:7,
4277:2, 4278:5,
4278:13, 4285:22,
4286:7, 4289:17,

4295:20, 4295:21,
4295:22, 4296:6
call-out [3] - 4175:7,
4205:2, 4208:12
call-outs [1] - 4243:9
called [23] - 4177:2,
4178:14, 4190:25,
4197:2, 4198:14,
4204:5, 4205:6,
4208:21, 4209:3,
4222:6, 4225:2,
4228:13, 4237:2,
4246:6, 4246:17,
4248:6, 4250:22,
4253:9, 4259:11,
4269:3, 4282:1,
4287:17, 4288:10
calls [11] - 4174:8,
4281:24, 4288:8,
4289:15, 4294:3,
4295:16, 4295:18,
4295:19, 4296:1
CALVIN [3] -
4170:15, 4225:18,
4225:22
Calvin [3] - 4225:14,
4225:22, 4237:15
came [7] - 4187:7,
4238:9, 4239:5,
4245:3, 4247:4,
4249:20, 4269:6
camera [1] - 4284:23
CAMERON [1] -
4169:1
Cameron [7] -
4178:9, 4179:18,
4179:20, 4180:7,
4211:25, 4212:17,
4224:9
CAMP [1] - 4167:18
can [75] - 4172:6,
4172:13, 4173:9,
4173:13, 4175:1,
4175:12, 4176:13,
4176:17, 4177:9,
4178:21, 4179:2,
4179:23, 4180:8,
4182:12, 4182:18,
4185:23, 4186:16,
4186:21, 4192:12,
4192:18, 4195:17,
4199:19, 4200:22,
4202:1, 4204:11,
4205:11, 4205:13,
4210:18, 4211:8,
4214:7, 4214:9,
4215:15, 4218:12,
4219:14, 4219:20,
4220:10, 4221:2,
4221:12, 4222:11,

4224:16, 4225:6,
4242:16, 4245:9,
4247:3, 4247:22,
4248:2, 4249:2,
4249:7, 4249:8,
4250:8, 4250:11,
4252:13, 4254:3,
4258:6, 4262:18,
4262:20, 4263:3,
4263:4, 4264:17,
4268:5, 4270:14,
4275:25, 4276:22,
4276:25, 4279:24,
4280:1, 4280:5,
4280:9, 4282:16,
4284:9, 4293:21,
4298:15, 4298:24,
4299:2, 4299:4

**Can** [1] - 4214:16

**can't** [4] - 4173:12,
4173:16, 4190:18,
4297:7

**candid** [1] - 4177:22

**cannot** [2] - 4173:13,
4278:17

**Canyon** [4] -
4230:16, 4230:17,
4230:25, 4231:4

**cap** [4] - 4259:10,
4259:16, 4259:17,
4265:13

**capability** [5] -
4199:1, 4199:4,
4230:10, 4253:3,
4267:3

**capable** [2] -
4269:21, 4272:9

**capacity** [1] -
4299:13

**captain** [3] -
4202:17, 4202:25,
4211:21

**care** [5] - 4216:11,
4216:13, 4216:20,
4217:7, 4217:16

**career** [10] - 4180:25,
4183:16, 4183:22,
4192:7, 4205:17,
4229:21, 4233:1,
4234:11, 4236:13,
4258:23

**CARL** [1] - 4164:22

**Carl** [3] - 4212:19,
4213:11, 4214:19

**CARONDELET** [2] -
4165:17, 4169:3

**CARRIE** [1] - 4168:5

**carry** [4] - 4192:6,
4197:20, 4197:25,
4263:4

**case** [27] - 4171:20,
4175:22, 4176:6,
4179:17, 4183:11,
4184:2, 4190:1,
4190:24, 4197:22,
4198:3, 4204:6,
4204:14, 4204:23,
4216:6, 4219:2,
4221:5, 4223:11,
4223:16, 4223:17,
4224:17, 4228:16,
4237:24, 4244:14,
4244:16, 4244:24,
4246:11, 4258:5

**CASE** [2] - 4164:12,
4164:14

**cases** [2] - 4177:8,
4219:18

**casing** [32] -
4233:12, 4233:16,
4243:25, 4244:2,
4244:3, 4244:9,
4244:11, 4244:14,
4244:16, 4244:18,
4244:20, 4245:16,
4246:25, 4247:1,
4247:3, 4247:4,
4247:5, 4247:7,
4247:8, 4247:9,
4247:11, 4247:15,
4255:13, 4255:14,
4255:16, 4255:17,
4272:11

**cast** [1] - 4186:9

**categories** [2] -
4191:7, 4191:8

**category** [1] -
4201:19

**caucus** [2] -
4219:23, 4224:16

**caught** [3] - 4256:25,
4269:7, 4281:10

**cause** [3] - 4177:9,
4270:14, 4297:3

**caused** [2] -
4287:21, 4287:22

**causes** [1] - 4296:21

**CCR** [3] - 4169:21,
4301:5, 4301:13

**cells** [1] - 4250:11

**cement** [10] -
4233:16, 4244:21,
4246:25, 4247:12,
4247:15, 4253:3,
4255:14, 4255:15

**cemented** [2] -
4244:6, 4255:17

**center** [3] - 4238:10,
4250:21

**CENTER** [1] - 4169:7

**centered** [3] -
4285:15, 4285:16,
4285:17

**CENTRE** [1] -
4168:11

**CEO** [1] - 4213:9

**CERNICH** [1] -
4166:16

**certain** [6] - 4186:12,
4188:25, 4219:10,
4236:5, 4236:14,
4248:24

**certainly** [5] -
4179:23, 4191:4,
4197:18, 4220:22,
4223:9

**certificate** [2] -
4193:9, 4194:4

**CERTIFICATE** [1] -
4301:3

**certificates** [5] -
4183:18, 4183:21,
4236:18, 4267:9,
4267:11

**certification** [10] -
4178:6, 4193:23,
4194:19, 4215:17,
4215:22, 4235:13,
4235:25, 4236:1,
4259:4, 4259:17

**certifications** [1] -
4236:4

**certified** [14] -
4235:14, 4235:15,
4235:16, 4235:19,
4235:22, 4235:23,
4236:9, 4258:24,
4259:1, 4259:7,
4259:8, 4259:10,
4259:16, 4267:13

**certify** [4] - 4180:7,
4236:4, 4259:15,
4301:7

**cetera** [1] - 4197:23

**CFR** [2] - 4178:18,
4243:21

**CHAKERES** [1] -
4166:17

**challenging** [1] -
4268:3

**CHANG** [1] - 4166:16

**change** [6] -
4197:15, 4200:21,
4240:12, 4279:21,
4280:12, 4281:22

**changed** [6] -
4223:7, 4242:6,
4260:14, 4282:7,
4288:18, 4298:10

**changes** [1] -

4288:19

**changing** [3] -
4208:4, 4289:10

**characterize** [1] -
4231:24

**charge** [2] - 4202:18,
4203:20

**Charles** [1] - 4225:23

**CHARLES** [1] -
4225:23

**chart** [8] - 4187:15,
4187:17, 4187:19,
4264:13, 4264:21,
4274:16, 4275:25,
4292:20

**charter** [2] - 4190:3,
4190:8

**CHASE** [1] - 4168:21

**check** [19] - 4193:18,
4208:23, 4242:1,
4257:24, 4261:9,
4261:10, 4262:6,
4262:8, 4263:9,
4263:11, 4270:23,
4271:2, 4271:7,
4283:25, 4284:20,
4284:22, 4285:17,
4297:7

**checked** [6] -
4246:2, 4284:19,
4295:6, 4295:7,
4295:12, 4297:8

**checks** [2] - 4262:7,
4262:13

**chess** [1] - 4198:17

**Chevron** [3] -
4197:23, 4199:2,
4235:1

**CHICAGO** [1] -
4168:6

**chief** [1] - 4214:25

**childs** [1] - 4294:12

**Childs** [1] - 4298:6

**choice** [1] - 4298:19

**choke** [3] - 4179:6,
4250:3, 4256:22

**chose** [1] - 4289:19

**circulate** [4] -
4216:8, 4249:22,
4257:2, 4291:21

**circulating** [8] -
4216:4, 4250:9,
4252:23, 4256:21,
4277:3, 4277:12,
4288:1

**circulation** [2] -
4234:5, 4234:6

**circumstances** [2] -
4207:1, 4283:11

**cited** [1] - 4178:18

**CIVIL** [3] - 4164:8,
4166:11, 4166:20

**claim** [2] - 4222:4,
4222:6

**claimants** [2] -
4219:10, 4219:11

**claims** [5] - 4219:8,
4219:18, 4220:7,
4222:12

**clarification** [1] -
4223:13

**clarify** [1] - 4274:20

**Clark** [1] - 4267:11

**class** [2] - 4219:9,
4222:11

**classed** [3] -
4176:14, 4176:17

**classified** [1] -
4187:13

**classroom** [3] -
4236:10, 4236:15,
4260:13

**clean** [4] - 4212:8,
4229:17, 4251:15,
4252:25

**clear** [6] - 4182:14,
4184:2, 4189:20,
4217:8, 4217:10,
4221:13

**cleared** [1] - 4209:23

**clearly** [2] - 4187:6,
4279:24

**CLERK** [4] -
4224:21, 4225:17,
4225:20, 4300:15

**CLINGMAN** [1] -
4168:14

**clip** [1] - 4271:22

**close** [9] - 4173:6,
4211:14, 4252:6,
4257:14, 4263:11,
4279:9, 4294:18,
4295:6

**closed** [16] -
4174:13, 4210:10,
4211:7, 4251:20,
4251:23, 4252:23,
4264:8, 4284:24,
4287:20, 4291:3,
4291:4, 4291:6,
4293:20, 4293:22,
4294:8

**closes** [1] - 4257:25

**closing** [5] - 4208:8,
4256:21, 4272:13,
4297:20, 4299:1

**CMID** [2] - 4208:19,
4208:20

**Coast** [8] - 4196:17,
4196:19, 4197:1,

4197:6, 4197:9,
4230:1, 4239:13,
4239:14
  coauthoring [1] -
4235:12
  Code [13] - 4176:10,
4176:11, 4176:19,
4176:25, 4177:1,
4177:13, 4200:24,
4200:25, 4201:3,
4201:14, 4202:10,
4203:10, 4203:19
  code [37] - 4184:19,
4185:7, 4185:18,
4187:18, 4188:17,
4188:18, 4189:1,
4189:4, 4189:9,
4189:24, 4190:11,
4190:15, 4190:21,
4191:3, 4191:7,
4191:15, 4191:19,
4192:15, 4192:23,
4193:1, 4193:4,
4193:11, 4193:17,
4193:24, 4194:9,
4194:11, 4194:19,
4194:24, 4196:9,
4201:14, 4202:12,
4202:14, 4202:19,
4203:7, 4203:10,
4203:14, 4203:24
  collar [3] - 4244:10,
4244:19, 4254:12
  collars [1] - 4233:14
  color [1] - 4187:18
  column [6] - 4205:7,
4206:6, 4208:19,
4210:6, 4211:8,
4254:12
  columns [1] -
4208:15
  combination [1] -
4231:21
  combined [1] -
4254:12
  come [11] - 4199:22,
4211:3, 4216:9,
4227:16, 4239:17,
4240:9, 4243:19,
4251:8, 4251:10,
4257:17, 4300:14
  comes [3] - 4190:21,
4262:24, 4296:15
  coming [8] - 4216:6,
4238:16, 4276:15,
4278:20, 4279:5,
4279:16, 4282:23,
4292:13
  command [3] -
4184:9, 4214:1,

4238:10
  commanding [1] -
4211:22
  commending [1] -
4208:7
  comment [7] -
4171:15, 4171:19,
4187:13, 4210:1,
4240:16, 4286:14,
4294:21
  commented [2] -
4171:17, 4237:6
  comments [6] -
4187:9, 4187:12,
4187:23, 4188:2,
4217:9
  COMMERCIAL [1] -
4167:2
  common [1] -
4208:22
  communication [3] -
4290:14, 4290:19,
4291:14
  companies [13] -
4197:19, 4197:23,
4227:8, 4227:9,
4229:1, 4229:2,
4229:3, 4232:23,
4233:2, 4235:5,
4235:25, 4236:3,
4236:11
  Company [6] -
4191:20, 4226:18,
4226:19, 4226:22,
4226:24, 4235:3
  company [28] -
4189:16, 4189:22,
4189:24, 4190:1,
4190:4, 4190:11,
4191:24, 4193:5,
4193:10, 4194:15,
4194:25, 4195:1,
4199:1, 4199:2,
4199:4, 4226:19,
4227:24, 4228:9,
4233:5, 4233:6,
4233:9, 4235:24,
4236:1, 4267:1,
4268:10, 4285:2,
4286:23
  COMPANY [1] -
4167:22
  compensated [2] -
4249:7
  competence [1] -
4197:19
  competency [4] -
4181:15, 4181:17,
4183:17, 4183:19
  complacency [1] -

4298:12
  complacent [1] -
4298:13
  COMPLAINT [1] -
4164:12
  complaints [1] -
4187:9
  complete [2] -
4177:8, 4210:4
  completed [5] -
4185:14, 4210:14,
4221:13, 4267:8,
4287:12
  completely [2] -
4242:25, 4269:15
  completes [1] -
4219:2
  completion [1] -
4275:12
  complex [1] - 4215:8
  complexity [4] -
4254:16, 4256:1,
4256:17, 4262:17
  Compliance [1] -
4193:4
  compliance [11] -
4176:18, 4176:25,
4177:1, 4180:9,
4190:22, 4191:8,
4193:9, 4193:24,
4194:5, 4194:6,
4215:12
  compliant [1] -
4177:13
  comply [1] - 4193:11
  component [6] -
4248:4, 4251:2,
4254:11, 4256:4,
4256:19, 4272:9
  components [11] -
4179:6, 4242:17,
4248:11, 4249:11,
4250:10, 4251:2,
4252:17, 4254:7,
4254:10, 4256:14,
4256:16
  comprehensive [2] -
4194:18, 4208:16
  compress [1] -
4282:16
  comprised [2] -
4242:17, 4253:1
  COMPUTER [1] -
4169:25
  computer [1] -
4261:22
  concept [5] -
4261:12, 4262:9,
4262:19, 4263:16,
4264:1

  concern [1] - 4209:7
  concerned [1] -
4210:9
  concerning [1] -
4285:13
  concerns [2] -
4213:2, 4221:23
  concluded [2] -
4223:23, 4286:17
  conclusion [4] -
4186:24, 4187:3,
4187:4, 4223:15
  conclusions [2] -
4187:4, 4187:7
  condition [2] -
4243:11, 4245:13
  conditions [7] -
4209:5, 4256:8,
4282:7, 4298:9,
4298:10, 4300:6
  conduct [1] -
4194:25
  conducted [7] -
4180:24, 4183:16,
4199:9, 4213:19,
4232:13, 4243:16,
4286:1
  conducting [1] -
4240:8
  conducts [1] -
4197:10
  conduit [2] -
4246:13, 4249:22
  conference [4] -
4171:16, 4216:14,
4216:25, 4217:8
  conferences [2] -
4171:17, 4223:2
  configuration [6] -
4180:23, 4202:6,
4244:13, 4247:8,
4249:6, 4250:2
  configured [1] -
4174:12
  confined [1] -
4294:14
  confines [1] - 4257:1
  confirm [4] - 4267:6,
4267:21, 4271:19,
4282:1
  confirmed [2] -
4186:6, 4271:13
  Confirmed [1] -
4210:6
  conflict [6] -
4192:12, 4203:10,
4203:12, 4203:14,
4203:18, 4239:15
  confused [2] -
4214:1, 4294:2

  connected [2] -
4248:16, 4250:2
  connection [4] -
4190:11, 4248:12,
4250:1, 4250:2
  connector [3] -
4248:2, 4248:3,
4248:9
  connects [1] -
4248:9
  CONRAD [1] -
4165:19
  consequences [1] -
4205:11
  consider [2] -
4172:8, 4178:2
  considered [3] -
4180:2, 4231:17,
4231:19
  considering [1] -
4281:17
  considers [1] -
4213:22
  consisted [1] -
4243:24
  consistent [13] -
4185:18, 4240:25,
4265:13, 4273:20,
4286:9, 4287:6,
4293:1, 4293:2,
4295:3, 4295:8,
4295:15, 4297:1
  consisting [1] -
4251:1
  Consolidated [1] -
4201:3
  constant [1] -
4282:23
  construct [1] -
4232:14
  construction [5] -
4174:1, 4201:14,
4202:10, 4202:11,
4203:15
  consulting [3] -
4227:3, 4227:6,
4227:7
  contacted [1] -
4238:4
  contain [1] - 4257:10
  contained [1] -
4254:6
  contains [2] -
4206:19, 4218:1
  contend [1] -
4256:23
  content [1] - 4199:18
  continue [4] -
4246:21, 4257:25,
4267:5, 4286:21

continued [6] -
4210:14, 4240:4,
4240:9, 4275:19,
4299:15
CONTINUED [1] -
4172:18
Continued [1] -
4170:7
continues [1] -
4258:3
continuing [1] -
4193:10
continuous [1] -
4209:24
contract [2] -
4234:25, 4261:25
contractor [2] -
4198:4, 4199:4
Contractors [1] -
4259:12
contractors [6] -
4197:19, 4197:25,
4227:9, 4229:2,
4229:3, 4259:19
contradict [1] -
4187:5
contradiction [2] -
4176:10, 4176:11
contrary [1] - 4185:7
control [134] -
4180:21, 4182:6,
4182:10, 4182:21,
4183:13, 4183:25,
4206:19, 4209:4,
4228:1, 4228:2,
4229:19, 4229:21,
4229:25, 4230:8,
4230:20, 4231:1,
4231:12, 4231:14,
4231:15, 4231:18,
4231:19, 4234:16,
4234:18, 4234:21,
4234:22, 4234:24,
4235:1, 4235:4,
4235:7, 4235:9,
4235:10, 4235:13,
4235:16, 4235:20,
4235:22, 4235:23,
4236:5, 4236:8,
4236:16, 4236:17,
4236:18, 4236:24,
4237:5, 4237:17,
4239:6, 4239:10,
4239:11, 4240:20,
4252:25, 4254:4,
4254:9, 4254:14,
4254:24, 4255:22,
4255:24, 4256:11,
4256:17, 4256:20,
4256:22, 4256:25,

4258:9, 4258:13,
4258:15, 4258:18,
4258:19, 4259:2,
4259:3, 4259:4,
4259:7, 4259:10,
4259:14, 4259:22,
4259:24, 4260:4,
4260:5, 4260:7,
4260:10, 4260:22,
4260:24, 4261:12,
4261:16, 4261:18,
4262:9, 4262:13,
4262:14, 4262:18,
4262:20, 4262:22,
4263:9, 4263:17,
4264:1, 4264:5,
4264:10, 4265:9,
4265:11, 4265:12,
4265:14, 4265:15,
4265:17, 4266:4,
4266:15, 4266:22,
4267:8, 4267:13,
4267:14, 4268:12,
4268:15, 4268:18,
4268:22, 4268:23,
4269:19, 4269:25,
4270:2, 4270:8,
4270:13, 4270:16,
4270:22, 4271:9,
4271:15, 4271:17,
4271:20, 4271:21,
4277:9, 4295:8,
4295:9, 4295:23,
4296:3, 4299:12
Control [2] - 4232:8,
4234:13
controlled [2] -
4182:4, 4237:1
controlling [2] -
4256:23, 4272:10
converge [1] -
4255:6
conversation [2] -
4222:14, 4286:18
conversations [1] -
4291:19
converting [1] -
4233:14
copied [1] - 4201:11
copies [2] - 4265:20,
4267:9
copy [2] - 4239:9,
4272:22
core [1] - 4186:18
COREY [1] - 4167:7
CORPORATE [1] -
4165:20
CORPORATION [1] -
4169:2
correct [134] -

4173:3, 4173:4,
4173:7, 4173:8,
4173:15, 4173:17,
4173:18, 4173:22,
4173:23, 4174:3,
4174:24, 4175:13,
4175:17, 4176:2,
4176:3, 4176:7,
4176:19, 4176:20,
4176:25, 4177:13,
4177:19, 4178:12,
4179:18, 4179:19,
4179:21, 4179:25,
4180:19, 4180:25,
4181:3, 4181:18,
4182:8, 4182:9,
4183:24, 4184:8,
4186:7, 4186:10,
4186:11, 4188:19,
4188:20, 4189:15,
4190:1, 4190:2,
4190:12, 4190:13,
4190:19, 4190:20,
4190:22, 4191:24,
4191:25, 4192:3,
4192:4, 4192:6,
4192:17, 4192:24,
4193:8, 4193:11,
4193:16, 4193:19,
4194:7, 4194:8,
4194:12, 4195:10,
4195:24, 4195:25,
4196:10, 4196:11,
4196:22, 4197:2,
4197:3, 4197:4,
4197:5, 4197:13,
4197:20, 4198:9,
4198:21, 4199:11,
4200:2, 4200:4,
4200:11, 4200:19,
4200:20, 4201:1,
4201:21, 4201:25,
4202:4, 4202:12,
4202:16, 4203:13,
4203:17, 4203:22,
4203:23, 4204:2,
4204:3, 4204:23,
4205:10, 4205:17,
4206:23, 4207:3,
4207:4, 4207:12,
4207:20, 4207:24,
4208:9, 4209:2,
4209:9, 4209:10,
4210:5, 4211:18,
4211:19, 4212:16,
4212:17, 4213:6,
4213:7, 4214:17,
4214:21, 4214:23,
4215:1, 4215:2,
4215:13, 4215:14,
4215:18, 4215:20,

4215:21, 4216:19,
4217:4, 4217:19,
4220:13, 4222:3,
4222:7, 4222:8,
4224:6, 4298:8,
4301:7
corrected [2] -
4209:8, 4211:18
correcting [1] -
4292:18
corrective [1] -
4194:16
correctly [10] -
4175:16, 4175:23,
4176:6, 4180:3,
4180:9, 4185:10,
4186:19, 4193:15,
4194:1, 4200:5
corresponding [11] -
4279:10, 4279:11,
4279:18, 4280:16,
4280:18, 4283:9,
4283:10, 4288:19,
4292:1, 4292:2
could [27] - 4174:25,
4176:13, 4177:8,
4184:9, 4184:10,
4184:11, 4187:1,
4187:17, 4188:22,
4189:22, 4195:16,
4201:7, 4213:14,
4215:3, 4220:16,
4243:19, 4245:18,
4255:20, 4257:17,
4269:10, 4271:6,
4286:11, 4293:16,
4297:22, 4298:1,
4298:3
counsel [1] - 4223:2
count [1] - 4268:5
country [1] - 4230:3
County [1] - 4229:13
couple [13] - 4173:9,
4212:8, 4212:11,
4227:16, 4229:10,
4237:14, 4246:9,
4249:11, 4253:24,
4263:18, 4264:11,
4265:10, 4291:18
course [4] - 4196:16,
4232:19, 4235:14,
4298:5
courses [3] -
4232:25, 4235:9
COURT [64] - 4164:1,
4169:21, 4171:5,
4171:6, 4171:10,
4172:17, 4178:1,
4182:24, 4184:20,
4185:20, 4188:6,

4188:9, 4188:11,
4196:1, 4206:2,
4212:2, 4212:4,
4216:1, 4216:10,
4216:15, 4217:4,
4217:12, 4218:3,
4218:11, 4218:14,
4218:24, 4219:1,
4219:19, 4219:24,
4220:2, 4220:11,
4220:14, 4220:17,
4220:22, 4221:1,
4221:6, 4221:9,
4221:20, 4221:25,
4222:4, 4222:9,
4222:15, 4222:25,
4223:18, 4224:2,
4224:6, 4224:8,
4224:14, 4224:18,
4224:23, 4224:24,
4225:7, 4225:12,
4225:16, 4225:25,
4237:18, 4239:21,
4261:22, 4261:25,
4274:20, 4274:24,
4275:4, 4300:10,
4300:14
court [1] - 4171:25
Court [17] - 4172:7,
4172:8, 4195:6,
4201:18, 4217:6,
4217:13, 4217:18,
4219:13, 4221:19,
4222:17, 4222:21,
4222:23, 4223:6,
4224:12, 4301:5,
4301:6, 4301:14
Court's [3] -
4217:22, 4224:4,
4254:20
courtroom [2] -
4265:22, 4280:22
cover [7] - 4192:20,
4201:2, 4201:4,
4201:5, 4201:10,
4205:4, 4232:4
covered [3] -
4184:10, 4186:13,
4258:14
covers [1] - 4274:16
COVINGTON [1] -
4168:1
Cowie [1] - 4286:7
Cramond [6] -
4184:11, 4184:20,
4184:24, 4185:1,
4185:17, 4185:23
Cramond's [1] -
4184:18
create [1] - 4254:8

creatures [1] - 4269:23
creep [1] - 4290:9
crew [36] - 4181:13, 4181:14, 4181:15, 4181:17, 4181:18, 4181:22, 4183:12, 4183:15, 4184:6, 4187:5, 4187:22, 4188:2, 4193:21, 4206:10, 4207:23, 4208:8, 4239:11, 4241:18, 4242:7, 4260:17, 4260:20, 4263:6, 4267:7, 4267:20, 4268:17, 4268:20, 4271:14, 4273:14, 4274:4, 4288:25, 4296:1, 4296:6, 4296:12, 4298:13, 4298:15, 4300:5
crew's [5] - 4181:20, 4267:2, 4267:6, 4272:19, 4299:20
crews [7] - 4186:23, 4240:20, 4258:9, 4259:1, 4265:8, 4267:15, 4267:22
crisis [1] - 4238:10
criteria [1] - 4236:5
critical [3] - 4241:15, 4241:16, 4255:8
criticism [2] - 4171:19, 4182:20
criticized [1] - 4182:6
criticizing [1] - 4177:19
cross [6] - 4172:14, 4172:16, 4188:15, 4225:6, 4225:9, 4262:2
Cross [2] - 4170:7, 4170:9
CROSS [2] - 4172:18, 4188:12
Cross-Examination [2] - 4170:7, 4170:9
cross-examination [4] - 4172:14, 4188:15, 4225:6, 4225:9
CROSS-EXAMINATION [2] - 4172:18, 4188:12
cross-examining [1] - 4172:16
CRR [2] - 4169:21, 4301:13
culture [4] - 4186:9,

4186:22, 4187:1, 4188:3
CUNNINGHAM [2] - 4165:8, 4165:9
currently [1] - 4229:8
curriculum [4] - 4235:15, 4237:8, 4260:3, 4260:6
cursory [1] - 4197:8
Curtis [1] - 4267:10
curve [1] - 4275:19
curves [1] - 4274:15
custodians [1] - 4217:17
customer [1] - 4192:5
cut [7] - 4173:17, 4184:4, 4243:10, 4250:17, 4283:22, 4287:13, 4287:15
cutout [1] - 4255:12
cuts [2] - 4266:7, 4287:14
cuttings [1] - 4254:2
CV [1] - 4237:12

# D

D [4] - 4167:13, 4168:17, 4170:1, 4205:1
D-3183 [1] - 4272:25
D-4401.1 [1] - 4204:25
D-4401.5 [1] - 4206:25
D-6641 [1] - 4270:1
D-6645 [1] - 4242:12
D-6646 [1] - 4243:6
D-6647 [1] - 4247:22
D-6648 [1] - 4249:16
D-6649 [1] - 4250:14
D-6650 [1] - 4251:3
D-6651 [1] - 4252:8
D-6652 [11] - 4272:20, 4275:2, 4278:8, 4280:4, 4282:20, 4284:6, 4287:9, 4287:10, 4288:12, 4289:21, 4292:22
D-6665 [1] - 4253:20
DALLAS [1] - 4169:13
damage [4] - 4177:8, 4213:22, 4222:6, 4222:17
Damon [1] - 4295:24
damper [1] - 4215:6

dampers [6] - 4173:5, 4174:9, 4174:10, 4174:11, 4214:16, 4214:18
danger [1] - 4177:5
dangerous [1] - 4180:20
DANIEL [1] - 4167:2
dark [1] - 4274:17
data [22] - 4218:1, 4239:5, 4272:23, 4273:12, 4273:13, 4273:18, 4273:25, 4274:5, 4274:12, 4274:15, 4274:18, 4276:13, 4276:15, 4278:11, 4278:15, 4278:23, 4279:24, 4279:25, 4286:15, 4288:24, 4298:14
database [1] - 4282:12
date [5] - 4195:18, 4210:10, 4210:19, 4215:22, 4237:12
dated [5] - 4179:21, 4194:4, 4199:17, 4213:1, 4239:24
Daubert [4] - 4225:3, 4225:8, 4225:10, 4237:19
DAUPHIN [1] - 4165:9
DAVID [2] - 4169:5, 4169:5
David [2] - 4195:5, 4224:9
day [7] - 4171:22, 4172:1, 4185:21, 4215:23, 4260:14, 4275:10, 4278:13
DAY [1] - 4164:20
days [6] - 4198:22, 4204:6, 4209:6, 4215:9, 4251:12, 4260:13
DC [4] - 4166:18, 4166:23, 4167:4, 4168:3
deal [18] - 4173:19, 4216:12, 4219:2, 4219:16, 4219:18, 4223:1, 4223:4, 4223:5, 4223:8, 4223:9, 4223:11, 4232:10, 4256:19, 4257:4, 4257:12, 4257:13, 4300:11
dealing [6] - 4216:21, 4224:1,

4226:25, 4235:2, 4268:9, 4269:23
deals [10] - 4180:12, 4190:12, 4221:25, 4222:1, 4222:4, 4222:10, 4222:16, 4232:19, 4243:20, 4263:1
dealt [4] - 4225:5, 4234:6, 4256:21, 4262:19
DEANNA [1] - 4166:16
debate [1] - 4298:16
decide [1] - 4219:19
deciding [1] - 4223:11
decision [6] - 4181:21, 4207:17, 4207:22, 4238:22, 4241:13, 4264:21
decision-making [1] - 4181:21
decrease [4] - 4276:1, 4290:12, 4294:17, 4294:19
decreases [1] - 4255:5
decreasing [1] - 4292:12, 4292:25
dedicated [1] - 4257:9
deemed [1] - 4187:2
deems [1] - 4222:23
deep [6] - 4230:4, 4230:10, 4230:12, 4257:5, 4263:1, 4263:21
deeper [1] - 4246:18
deepwater [7] - 4254:16, 4255:3, 4255:8, 4256:1, 4264:6, 4264:12, 4264:22
DEEPWATER [3] - 4164:5, 4168:9, 4168:10
Deepwater [54] - 4173:10, 4173:13, 4174:17, 4174:21, 4175:13, 4175:25, 4176:9, 4180:15, 4181:7, 4181:18, 4181:22, 4186:6, 4186:10, 4186:13, 4186:17, 4186:22, 4187:22, 4188:2, 4194:5, 4195:19, 4196:9, 4196:20, 4196:23, 4197:1,

4197:16, 4202:6, 4203:1, 4203:24, 4204:23, 4205:8, 4205:16, 4207:1, 4209:18, 4214:13, 4215:1, 4245:18, 4245:23, 4247:3, 4247:14, 4247:25, 4249:19, 4250:16, 4251:15, 4252:9, 4252:10, 4253:7, 4253:8, 4253:13, 4265:8, 4266:5, 4267:7, 4267:21, 4282:12, 4299:7
defer [4] - 4219:24, 4220:18, 4220:19, 4221:3
deferred [1] - 4217:18
deficiencies [1] - 4211:14
definitely [1] - 4209:20
definition [5] - 4189:22, 4189:23, 4189:24, 4190:3
DEGRAVELLES [2] - 4166:1, 4166:2
degree [2] - 4226:16, 4232:22
degrees [2] - 4226:15, 4234:23
DELEMARRE [1] - 4166:21
demonstrated [1] - 4267:2
demonstration [1] - 4220:9
demonstrative [18] - 4186:17, 4204:25, 4205:1, 4274:25, 4275:1, 4275:3, 4276:9, 4278:8, 4278:9, 4279:2, 4280:4, 4282:14, 4282:20, 4284:6, 4287:9, 4287:10, 4289:21, 4292:21
DENISE [1] - 4169:18
density [1] - 4254:10
deny [2] - 4220:18, 4225:10
Department [1] - 4229:6
DEPARTMENT [4] - 4166:10, 4166:14, 4166:19, 4167:1
depending [3] -

4244:12, 4244:23,
4256:10
   **depo** [1] - 4195:15
   **Depo** [1] - 4199:23
   **deposition** [13] -
4184:10, 4185:3,
4195:5, 4196:8,
4199:12, 4199:23,
4217:22, 4221:14,
4221:15, 4239:20,
4240:4, 4281:12,
4281:14
   **depositional** [1] -
4281:8
   **depositions** [10] -
4171:23, 4172:1,
4172:5, 4172:7,
4216:11, 4216:21,
4217:1, 4239:16,
4240:4, 4260:18
   **depth** [10] - 4242:24,
4243:1, 4245:11,
4246:18, 4255:3,
4255:4, 4256:3,
4256:4, 4257:5
   **depths** [2] - 4253:17,
4268:1
   **deputy** [1] - 4217:22
   **DEPUTY** [4] -
4224:21, 4225:17,
4225:20, 4300:15
   **derrick** [1] - 4233:9
   **describe** [1] - 4252:8
   **described** [1] -
4190:3
   **description** [4] -
4175:8, 4176:8,
4198:10, 4201:23
   **design** [16] - 4173:2,
4173:24, 4174:1,
4174:14, 4174:16,
4176:8, 4176:17,
4177:12, 4215:8,
4230:9, 4230:10,
4231:6, 4232:10,
4232:19, 4234:18
   **Design** [1] - 4174:20
   **designated** [1] -
4203:20
   **designation** [1] -
4278:5
   **designed** [2] -
4173:21, 4174:4
   **despite** [1] - 4182:20
   **detail** [1] - 4205:12
   **details** [3] - 4247:19,
4266:19, 4294:16
   **detect** [2] - 4269:11,
4282:17
   **detected** [3] -

4237:1, 4269:12,
4291:12
   **detection** [6] -
4173:6, 4207:10,
4208:25, 4209:1,
4270:11
   **detectors** [3] -
4209:23, 4209:25
   **determine** [7] -
4181:3, 4181:9,
4187:22, 4241:10,
4257:21, 4262:5,
4299:13
   **develop** [1] -
4189:16
   **developed** [2] -
4228:1, 4236:13
   **developing** [1] -
4270:17
   **development** [1] -
4258:24
   **device** [2] - 4289:3,
4289:5
   **devices** [1] - 4250:22
   **devoted** [1] -
4177:18
   **Dewey** [1] - 4182:1
   **DEXTER** [1] - 4167:8
   **diagram** [1] - 4251:4
   **diagrams** [1] -
4264:11
   **diameter** [5] -
4249:19, 4249:20,
4249:21, 4251:18,
4277:17
   **diametrically** [1] -
4253:25
   **did** [114] - 4175:16,
4175:17, 4175:23,
4175:24, 4176:6,
4177:15, 4177:17,
4178:6, 4178:11,
4178:12, 4179:15,
4180:2, 4180:4,
4180:9, 4180:10,
4180:20, 4181:8,
4181:9, 4181:11,
4181:12, 4181:24,
4182:2, 4183:17,
4185:6, 4185:10,
4185:11, 4186:19,
4186:20, 4187:14,
4187:16, 4187:20,
4187:22, 4192:1,
4193:7, 4193:8,
4193:16, 4194:1,
4194:2, 4194:20,
4194:21, 4195:14,
4196:14, 4199:12,
4199:14, 4200:5,

4200:6, 4206:12,
4209:11, 4209:15,
4212:15, 4214:1,
4214:3, 4217:6,
4222:25, 4224:12,
4227:22, 4228:5,
4228:24, 4229:25,
4237:1, 4237:13,
4238:7, 4238:8,
4238:9, 4239:1,
4239:12, 4240:11,
4240:14, 4240:15,
4240:24, 4243:23,
4244:25, 4245:1,
4245:4, 4246:20,
4253:7, 4258:11,
4258:12, 4259:1,
4259:6, 4260:16,
4263:14, 4265:8,
4265:25, 4266:9,
4266:11, 4267:6,
4270:18, 4271:3,
4271:12, 4272:2,
4272:7, 4273:14,
4274:20, 4275:18,
4277:5, 4280:24,
4281:4, 4281:12,
4281:13, 4281:14,
4281:15, 4281:25,
4283:5, 4283:7,
4284:20, 4284:22,
4285:7, 4285:8,
4287:21, 4289:17,
4299:9, 4299:19,
4300:4
   **didn't** [19] - 4181:24,
4184:5, 4192:2,
4199:25, 4200:1,
4201:10, 4205:22,
4209:13, 4209:14,
4217:6, 4222:25,
4223:8, 4239:15,
4240:13, 4272:13,
4273:23, 4281:3,
4283:16, 4298:7
   **differences** [2] -
4228:5, 4268:24
   **different** [34] -
4175:15, 4192:19,
4202:11, 4218:16,
4226:25, 4227:8,
4228:6, 4230:24,
4233:2, 4235:8,
4236:2, 4248:4,
4256:14, 4256:16,
4265:10, 4266:8,
4266:10, 4269:13,
4269:16, 4269:23,
4270:25, 4273:3,
4273:14, 4274:3,
4274:13, 4278:10,

4282:10, 4282:13,
4282:16
   **differential** [3] -
4291:13, 4291:20,
4292:14
   **digital** [2] - 4273:18,
4273:25
   **Dire** [1] - 4170:17
   **DIRE** [1] - 4226:1
   **DIRECT** [1] -
4237:21
   **Direct** [1] - 4170:19
   **direct** [4] - 4189:21,
4205:22, 4212:12,
4225:14
   **directed** [4] -
4172:11, 4221:12,
4222:22, 4223:14
   **direction** [1] -
4252:21
   **disagree** [2] -
4179:5, 4207:13
   **disagreed** [1] -
4187:7
   **disagrees** [1] -
4177:15
   **disassembled** [1] -
4179:7
   **discharge** [1] -
4222:19
   **disconnect** [3] -
4176:5, 4206:15,
4248:10
   **disconnection** [1] -
4248:12
   **disconnects** [1] -
4175:22
   **discuss** [2] -
4181:18, 4268:14
   **discussed** [5] -
4194:12, 4199:7,
4219:17, 4223:1,
4262:17
   **discussing** [2] -
4195:12, 4299:24
   **discussion** [4] -
4181:13, 4207:5,
4216:10, 4268:12
   **discussions** [2] -
4265:19, 4293:5
   **dispatched** [1] -
4288:2
   **displace** [2] -
4275:15, 4275:19
   **displacement** [10] -
4233:24, 4275:14,
4275:17, 4277:4,
4277:5, 4277:7,
4277:12, 4277:23,
4294:24

   **displacing** [1] -
4233:24
   **displayed** [1] -
4275:25
   **displaying** [1] -
4278:16
   **displays** [1] -
4278:23
   **District** [3] -
4228:17, 4301:6
   **DISTRICT** [3] -
4164:1, 4164:2,
4164:23
   **divert** [5] - 4179:6,
4182:22, 4263:25,
4264:19, 4264:25
   **diverted** [4] -
4182:13, 4251:14,
4264:8, 4294:5
   **diverter** [18] -
4182:13, 4182:23,
4183:8, 4183:9,
4251:2, 4251:5,
4251:7, 4251:10,
4251:11, 4251:19,
4251:21, 4253:1,
4257:20, 4258:6,
4264:7, 4266:4,
4266:16
   **diverting** [2] -
4251:17, 4251:22
   **DIVISION** [3] -
4166:11, 4166:14,
4166:20
   **DNV** [11] - 4180:20,
4192:2, 4193:9,
4194:4, 4194:23,
4195:2, 4195:4,
4195:12, 4195:14,
4195:19, 4215:20
   **docs** [1] - 4199:19
   **DOCUMENT** [1] -
4164:11
   **document** [43] -
4174:16, 4174:23,
4175:1, 4175:6,
4176:22, 4189:1,
4189:6, 4191:3,
4191:4, 4191:14,
4192:25, 4201:11,
4201:13, 4202:12,
4204:7, 4204:11,
4204:19, 4204:22,
4205:4, 4205:23,
4208:22, 4210:14,
4212:13, 4212:21,
4214:9, 4215:12,
4232:3, 4260:21,
4261:15, 4262:11,
4262:23, 4263:19,

4264:4, 4264:15,
4264:20, 4265:23,
4266:1, 4266:14,
4266:17, 4266:21,
4266:24, 4272:21

**documents** [8] -
4172:8, 4174:15,
4174:18, 4180:21,
4193:20, 4195:12,
4216:17, 4217:18

**does** [41] - 4178:23,
4179:4, 4179:9,
4183:1, 4191:13,
4193:4, 4193:12,
4193:25, 4194:5,
4194:22, 4195:8,
4202:14, 4204:8,
4206:14, 4206:16,
4206:17, 4206:19,
4206:20, 4207:19,
4215:3, 4218:23,
4226:7, 4226:25,
4233:11, 4233:13,
4237:8, 4243:8,
4247:24, 4250:14,
4253:7, 4253:24,
4270:1, 4270:8,
4270:22, 4271:9,
4274:12, 4283:20,
4288:4, 4291:10,
4295:11, 4298:20

**doesn't** [10] -
4178:22, 4179:3,
4179:12, 4179:14,
4191:12, 4195:7,
4236:4, 4247:7,
4254:19, 4274:24

**doing** [16] - 4182:15,
4183:1, 4197:1,
4201:2, 4227:7,
4237:7, 4270:6,
4270:15, 4270:20,
4276:2, 4276:19,
4279:8, 4282:8,
4284:3, 4296:2,
4299:11

**DOJ** [1] - 4298:12

**DOMENGEAUX** [1] -
4165:3

**domestically** [1] -
4235:10

**DON** [1] - 4167:22

**Don** [5] - 4188:14,
4223:20, 4267:11,
4286:6, 4287:4

**don't** [30] - 4171:16,
4172:9, 4178:1,
4179:16, 4183:5,
4185:4, 4185:22,
4187:8, 4198:8,

4206:21, 4210:3,
4217:7, 4218:14,
4220:8, 4220:23,
4222:13, 4223:3,
4237:10, 4246:7,
4249:5, 4265:11,
4278:19, 4285:8,
4290:15, 4291:14,
4292:11, 4292:15,
4300:1, 4300:7,
4300:11

**DONALD** [1] -
4169:11

**done** [37] - 4192:3,
4192:7, 4204:13,
4208:17, 4227:11,
4227:15, 4227:21,
4229:6, 4230:4,
4230:7, 4230:8,
4230:17, 4233:15,
4233:25, 4234:10,
4236:20, 4237:10,
4237:11, 4238:18,
4239:25, 4241:19,
4242:1, 4242:2,
4247:16, 4259:21,
4260:1, 4266:2,
4267:23, 4268:6,
4271:17, 4271:19,
4271:24, 4294:12,
4294:20, 4298:8

**door** [2] - 4286:3,
4286:4

**double** [1] - 4183:4

**doubt** [1] - 4262:16

**doughnut** [2] -
4252:5, 4298:23

**DOUGLAS** [1] -
4167:17

**Dow** [1] - 4214:25

**down** [55] - 4177:8,
4191:22, 4196:7,
4200:22, 4207:10,
4213:4, 4214:10,
4241:19, 4242:7,
4242:24, 4244:10,
4244:17, 4246:8,
4246:11, 4247:16,
4248:2, 4249:2,
4250:4, 4250:7,
4250:8, 4252:24,
4255:1, 4255:14,
4256:16, 4257:25,
4269:10, 4269:11,
4277:6, 4277:12,
4277:16, 4279:2,
4279:5, 4279:6,
4279:16, 4279:18,
4282:23, 4283:1,

4283:10, 4287:24,
4287:25, 4290:2,
4290:6, 4291:10,
4291:23, 4291:25,
4292:5, 4292:10,
4292:19, 4292:24,
4297:20

**downhole** [2] -
4255:19, 4282:6

**DOYEN** [1] - 4168:17

**DP** [7] - 4174:1,
4176:4, 4176:17,
4180:24, 4181:1,
4183:23, 4201:17

**Dr** [3] - 4265:1,
4265:4, 4265:6

**draft** [2] - 4252:13,
4252:14

**draw** [1] - 4217:14

**DRESCHER** [1] -
4165:14

**Drill** [1] - 4205:8

**drill** [84] - 4181:18,
4181:20, 4181:22,
4183:12, 4198:17,
4205:15, 4208:2,
4232:14, 4240:20,
4241:18, 4241:23,
4242:7, 4245:1,
4245:21, 4246:13,
4246:18, 4252:22,
4254:7, 4258:9,
4259:1, 4260:17,
4263:6, 4265:8,
4267:3, 4267:6,
4267:7, 4267:15,
4267:21, 4268:17,
4271:14, 4272:19,
4273:14, 4273:21,
4273:22, 4274:4,
4275:23, 4276:1,
4276:7, 4276:8,
4279:12, 4279:13,
4279:14, 4280:18,
4280:19, 4283:20,
4284:15, 4285:20,
4286:13, 4288:25,
4289:7, 4289:8,
4289:14, 4289:25,
4291:14, 4291:16,
4292:8, 4292:11,
4292:24, 4294:17,
4294:19, 4294:21,
4294:24, 4295:1,
4296:1, 4296:6,
4296:11, 4296:17,
4296:21, 4296:22,
4296:23, 4296:24,
4296:25, 4297:3,
4297:4, 4297:12,

4297:24, 4297:25,
4298:2, 4299:2,
4299:20, 4300:5

**drilled** [19] -
4227:24, 4243:1,
4244:1, 4244:2,
4244:3, 4244:7,
4244:24, 4246:16,
4247:4, 4247:14,
4253:16, 4253:17,
4267:25, 4268:2,
4268:4, 4268:6,
4269:1, 4269:4

**driller** [31] - 4233:9,
4241:2, 4241:3,
4261:5, 4261:19,
4262:4, 4262:15,
4263:23, 4270:6,
4270:18, 4271:1,
4271:3, 4271:10,
4271:12, 4279:5,
4282:23, 4283:25,
4285:16, 4286:4,
4286:16, 4287:12,
4288:15, 4289:19,
4289:24, 4291:10,
4291:19, 4291:23,
4292:9, 4292:16,
4293:6, 4293:15

**driller's** [5] -
4210:22, 4211:9,
4270:2, 4270:4,
4285:3

**drilling** [75] -
4185:13, 4197:16,
4197:18, 4197:22,
4197:24, 4198:1,
4198:4, 4198:5,
4198:16, 4199:4,
4201:15, 4201:19,
4202:3, 4227:9,
4229:3, 4230:9,
4230:10, 4232:11,
4232:20, 4232:21,
4232:22, 4232:24,
4232:25, 4233:3,
4233:4, 4233:5,
4233:9, 4234:18,
4235:3, 4235:4,
4235:18, 4239:6,
4239:7, 4241:16,
4242:16, 4242:18,
4243:16, 4244:4,
4244:5, 4246:21,
4246:25, 4247:6,
4247:19, 4249:23,
4252:11, 4252:14,
4252:16, 4252:17,
4252:21, 4252:22,
4253:21, 4253:23,
4254:9, 4254:15,

4254:16, 4254:17,
4254:19, 4254:23,
4255:2, 4255:5,
4255:7, 4255:8,
4255:9, 4255:24,
4259:18, 4259:25,
4261:7, 4267:23,
4269:1, 4269:14,
4281:8

**Drilling** [2] - 4235:3,
4259:12

**DRILLING** [1] -
4168:9

**drilling/
engineering** [1] -
4232:21

**drills** [14] - 4202:3,
4258:21, 4260:1,
4266:4, 4266:8,
4266:9, 4266:11,
4266:13, 4266:15,
4266:18, 4266:20,
4267:1

**drive** [2] - 4196:6,
4252:19

**DRIVE** [1] - 4165:20

**drop** [11] - 4202:8,
4279:18, 4283:1,
4283:9, 4283:13,
4292:1, 4292:2,
4293:15, 4293:23,
4295:2, 4296:21

**dropped** [2] -
4283:5, 4283:6

**drops** [1] - 4292:5

**dumping** [4] -
4281:25, 4286:24,
4287:2, 4287:5

**dumps** [1] - 4280:17

**during** [25] -
4185:13, 4188:21,
4189:21, 4190:24,
4194:19, 4203:20,
4205:22, 4210:6,
4215:10, 4217:23,
4261:7, 4268:21,
4271:14, 4271:22,
4281:24, 4284:4,
4284:13, 4284:20,
4285:9, 4288:4,
4288:8, 4289:15,
4299:20, 4299:22,
4299:23

**duties** [4] - 4190:10,
4190:15, 4190:18

**duty** [1] - 4190:10

**dynamic** [1] -
4183:19

**Dynamically** [2] -
4175:11, 4175:20

# E

**E** [4] - 4169:11, 4169:18, 4170:1, 4171:3
**e** [12] - 4199:16, 4199:19, 4200:7, 4200:8, 4200:13, 4202:25, 4208:5, 4208:11, 4208:14, 4214:7, 4214:11, 4214:21
**E&P** [1] - 4229:4
**e-mail** [12] - 4199:16, 4199:19, 4200:7, 4200:8, 4200:13, 4202:25, 4208:5, 4208:11, 4208:14, 4214:7, 4214:11, 4214:21
**each** [4] - 4191:8, 4241:7, 4266:20, 4298:14
**earlier** [7] - 4263:8, 4272:3, 4273:9, 4293:9, 4294:21, 4296:10, 4298:22
**early** [3] - 4196:20, 4198:22, 4238:25
**easier** [3] - 4244:14, 4276:5, 4290:5
**east** [1] - 4228:21
**EASTERN** [1] - 4164:2
**Eastern** [2] - 4228:17, 4301:6
**Edition** [1] - 4201:3
**edition** [1] - 4260:25
**EDS** [5] - 4184:1, 4206:19, 4206:22, 4211:22, 4248:10
**education** [6] - 4182:10, 4226:14, 4232:16, 4232:18, 4234:20, 4237:9
**EDWARDS** [1] - 4165:3
**effect** [3] - 4260:24, 4289:13, 4291:7
**effected** [1] - 4294:10
**effective** [1] - 4255:3
**efficiently** [2] - 4261:11, 4261:21

**eight** [3] - 4230:24, 4275:11, 4280:5
**either** [16] - 4181:20, 4186:14, 4188:2, 4207:21, 4212:1, 4220:18, 4222:22, 4223:15, 4243:19, 4246:22, 4247:10, 4258:4, 4258:5, 4281:7, 4286:15, 4286:18
**electrical** [3] - 4209:16, 4209:17, 4210:1
**element** [6] - 4251:9, 4272:7, 4272:8, 4272:18, 4294:8
**elements** [5] - 4191:6, 4191:7, 4191:9, 4191:14, 4191:19
**ELIZABETH** [1] - 4167:3
**Elk** [1] - 4229:12
**ELLIS** [1] - 4168:4
**ELM** [1] - 4169:13
**else** [3] - 4183:4, 4224:25, 4264:9
**elsewhere** [1] - 4197:17
**embedded** [1] - 4275:13
**emergency** [12] - 4172:23, 4172:25, 4173:3, 4173:20, 4173:25, 4174:5, 4175:8, 4175:10, 4176:5, 4176:8, 4207:10, 4207:24
**emphasize** [1] - 4189:21
**employed** [2] - 4175:15, 4226:17
**emptied** [2] - 4280:13, 4280:14
**empty** [2] - 4252:6, 4280:15
**encompasses** [1] - 4201:16
**encounter** [1] - 4205:16
**end** [8] - 4171:18, 4216:5, 4221:5, 4257:2, 4278:21, 4279:25, 4289:16, 4289:17
**endeavor** [1] - 4238:25
**ended** [1] - 4279:2
**ends** [1] - 4294:11

**ENERGY** [2] - 4168:11, 4169:10
**ENFORCEMENT** [1] - 4166:15
**engaged** [1] - 4207:5
**engine** [6] - 4173:6, 4173:16, 4174:6, 4174:11, 4177:9
**engineer** [6] - 4226:6, 4226:7, 4226:10, 4232:15, 4234:8, 4285:24
**Engineering** [2] - 4179:21, 4232:7
**engineering** [14] - 4180:5, 4226:8, 4226:15, 4226:20, 4226:21, 4227:10, 4227:11, 4232:9, 4232:19, 4232:22, 4234:23, 4237:4, 4237:16, 4237:17
**engineering-type** [1] - 4227:11
**engineers** [1] - 4265:1
**engines** [8] - 4173:11, 4173:14, 4173:16, 4175:21, 4176:2, 4207:11, 4207:18
**enlarge** [1] - 4282:17
**enough** [3] - 4217:20, 4253:25, 4254:1
**ensure** [2] - 4177:4, 4191:8
**enter** [3] - 4219:14, 4255:20, 4269:18
**entering** [1] - 4231:16
**enters** [1] - 4231:18
**entertaining** [1] - 4220:23
**entire** [3] - 4177:18, 4229:21, 4278:20
**entirety** [2] - 4177:24, 4191:4
**entities** [2] - 4219:16, 4229:5
**entitled** [4] - 4198:12, 4204:7, 4232:7, 4301:9
**entity** [3] - 4190:19, 4193:5, 4222:11
**entries** [1] - 4273:11
**entry** [3] - 4264:18, 4287:1, 4299:14
**enveloped** [1] - 4227:4

**ENVIRONMENT** [1] - 4166:14
**environment** [7] - 4188:19, 4197:22, 4235:19, 4255:3, 4263:1, 4264:6, 4264:22
**ENVIRONMENTAL** [1] - 4166:15
**environments** [2] - 4262:25, 4263:20
**equipment** [9] - 4179:9, 4179:10, 4180:8, 4201:15, 4202:11, 4228:18, 4228:19, 4230:9
**equipment/ structure** [1] - 4213:23
**escape** [1] - 4176:5
**ESD** [3] - 4175:11, 4175:15, 4209:4
**ESQ** [54] - 4165:3, 4165:6, 4165:9, 4165:11, 4165:14, 4165:17, 4165:19, 4165:22, 4166:2, 4166:4, 4166:7, 4166:11, 4166:15, 4166:16, 4166:16, 4166:17, 4166:20, 4166:21, 4166:21, 4166:22, 4166:22, 4167:2, 4167:3, 4167:3, 4167:7, 4167:8, 4167:17, 4167:17, 4167:22, 4168:2, 4168:4, 4168:5, 4168:5, 4168:11, 4168:14, 4168:14, 4168:17, 4168:17, 4168:18, 4168:20, 4168:23, 4169:2, 4169:5, 4169:5, 4169:6, 4169:11, 4169:11, 4169:12, 4169:15, 4169:18, 4169:18, 4169:19
**establish** [1] - 4258:6
**estimating** [1] - 4269:4
**et** [1] - 4197:23
**ET** [2] - 4164:13, 4164:16
**evacuation** [1] - 4184:6
**evaluate** [1] - 4259:13

**evaluation** [4] - 4230:7, 4230:21, 4230:22, 4292:17
**Evaluation** [1] - 4191:20
**even** [4] - 4193:9, 4218:18, 4222:20, 4257:1
**evening** [1] - 4275:11
**event** [12] - 4171:15, 4241:7, 4241:8, 4268:13, 4268:15, 4268:18, 4268:22, 4269:13, 4271:15, 4288:6, 4288:7, 4298:14
**events** [5] - 4229:19, 4229:25, 4231:1, 4238:17, 4281:22
**ever** [4] - 4180:5, 4185:2, 4185:6, 4198:12, 4230:17, 4242:6, 4253:17, 4268:3
**every** [11] - 4171:22, 4178:10, 4178:15, 4179:5, 4181:5, 4184:7, 4187:13, 4213:4, 4265:14, 4265:15, 4298:17
**everybody** [5] - 4183:1, 4183:3, 4205:11, 4205:13, 4210:19
**everybody's** [1] - 4202:23
**everyone** [4] - 4171:6, 4171:7, 4189:7, 4224:24
**everyone's** [1] - 4209:4
**everything** [14] - 4183:5, 4237:10, 4258:16, 4268:9, 4279:21, 4281:20, 4285:4, 4285:5, 4286:8, 4286:11, 4286:12, 4286:18, 4294:2, 4294:20
**evidence** [3] - 4221:13, 4223:7, 4300:4
**evident** [1] - 4186:23
**exactly** [5] - 4193:20, 4222:15, 4223:3, 4273:12, 4292:15
**examination** [4] - 4171:25, 4172:14, 4188:15, 4188:21,

4189:21, 4190:25, 4197:2, 4197:6, 4197:8, 4197:10, 4217:24, 4225:6, 4225:9, 4225:14

**Examination** [5] - 4170:7, 4170:9, 4170:11, 4170:17, 4170:19

**EXAMINATION** [5] - 4172:18, 4188:12, 4212:5, 4226:1, 4237:21

**examinations** [1] - 4171:24

**examined** [1] - 4187:6

**examining** [1] - 4172:16

**example** [8] - 4182:24, 4183:3, 4192:13, 4195:3, 4202:1, 4202:14, 4206:11, 4248:10

**examples** [3] - 4227:14, 4228:10, 4228:25

**exceed** [2] - 4178:24, 4255:1

**exceeded** [1] - 4267:18

**Excel** [2] - 4208:14, 4210:18

**except** [2] - 4177:7, 4239:15

**exception** [1] - 4216:19

**excerpt** [5] - 4261:16, 4262:24, 4263:20, 4264:5

**excess** [1] - 4198:5

**excuse** [1] - 4198:14

**executed** [1] - 4232:24

**executive** [1] - 4213:1

**exhaustive** [1] - 4193:15

**Exhibit** [6] - 4174:19, 4176:22, 4201:7, 4202:20, 4273:5, 4275:2

**exhibit** [9] - 4192:19, 4193:2, 4199:15, 4213:5, 4214:1, 4215:11, 4217:23, 4217:25

**exhibits** [3] - 4214:2, 4216:5, 4216:7

**exist** [1] - 4193:25

**existed** [3] - 4210:13, 4253:19, 4255:10

**existence** [1] - 4235:22

**exiting** [1] - 4231:16

**exits** [1] - 4231:18

**expand** [1] - 4262:21

**expandable** [4] - 4257:10, 4257:16, 4258:5, 4297:22

**expansion** [1] - 4264:7

**expect** [2] - 4194:18, 4276:2

**expectation** [2] - 4283:4, 4292:3

**expected** [6] - 4275:25, 4279:19, 4289:13, 4290:3, 4292:12, 4296:19

**experience** [11] - 4199:1, 4199:5, 4232:17, 4234:20, 4236:24, 4237:9, 4239:3, 4239:4, 4255:7, 4267:18, 4272:12

**experienced** [1] - 4260:20

**expert** [7] - 4182:8, 4182:19, 4182:20, 4190:14, 4212:13, 4237:16, 4240:2

**expertise** [2] - 4177:23, 4237:16

**explain** [3] - 4216:22, 4278:10, 4297:7

**explained** [4] - 4261:12, 4262:20, 4263:17, 4264:1

**explanation** [2] - 4266:19

**explode** [1] - 4177:10

**EXPLORATION** [2] - 4164:15, 4167:20

**Exploration** [4] - 4226:18, 4226:19, 4226:22, 4226:24

**exploration** [3] - 4227:2, 4227:3, 4227:4

**explosion** [4] - 4177:9, 4180:22, 4184:7, 4229:12

**exposed** [1] - 4243:2

**exposing** [1] - 4180:21

**exposure** [1] - 4221:23

**Express** [1] - 4198:19

**extend** [2] - 4250:4, 4251:18

**extends** [3] - 4242:22, 4242:24, 4244:10

**extent** [1] - 4225:5

**exterior** [2] - 4255:16

**external** [2] - 4194:19, 4194:24

**Exxon** [3] - 4197:23, 4199:2, 4228:23

**Ezell** [7] - 4265:18, 4265:23, 4265:25, 4266:2, 4266:10, 4267:11, 4295:20

---

# F

**facilities** [1] - 4253:2

**fact** [25] - 4180:17, 4194:4, 4198:3, 4200:20, 4203:14, 4206:21, 4220:8, 4231:14, 4238:8, 4238:25, 4249:2, 4255:20, 4256:5, 4259:2, 4259:9, 4266:25, 4269:7, 4269:13, 4271:18, 4273:10, 4279:25, 4282:9, 4283:1, 4291:5, 4291:7

**factor** [1] - 4276:18

**facts** [2] - 4184:2, 4267:20

**fail** [1] - 4287:23

**failure** [2] - 4180:22, 4184:1

**faint** [1] - 4274:17

**fair** [4] - 4187:2, 4190:14, 4191:3, 4194:22

**fairly** [2] - 4276:19, 4291:4

**fall** [1] - 4295:1

**familiar** [6] - 4175:1, 4191:1, 4204:9, 4214:9, 4258:18, 4268:14

**familiarity** [1] - 4258:15

**family** [1] - 4238:12

**FANNIN** [1] - 4168:15

**far** [8] - 4171:22,

4181:5, 4210:9, 4210:10, 4230:10, 4268:8, 4273:19, 4295:10

**fashion** [1] - 4266:12

**faster** [3] - 4279:15, 4290:10

**fatalities** [1] - 4228:15

**fault** [1] - 4209:5

**February** [1] - 4179:21

**federal** [5] - 4235:17, 4235:19, 4235:21, 4236:4, 4243:20

**feel** [4] - 4171:23, 4171:25, 4222:25, 4238:16

**feet** [15] - 4242:23, 4245:10, 4245:11, 4245:12, 4246:12, 4248:15, 4252:15, 4268:5, 4268:6, 4275:15, 4277:6, 4277:8, 4294:21, 4296:25, 4297:20

**felt** [1] - 4240:16

**few** [6] - 4187:6, 4188:17, 4199:8, 4253:17, 4276:15, 4300:11

**Field** [1] - 4231:5

**field** [3] - 4233:7, 4236:25, 4237:20

**fifth** [1] - 4253:15

**Fifth** [3] - 4217:1, 4217:12, 4221:15

**fifth-generation** [1] - 4253:15

**file** [7] - 4182:12, 4198:13, 4218:12, 4218:14, 4219:20, 4220:2, 4225:3

**filed** [3] - 4217:2, 4217:9, 4221:17

**filing** [5] - 4218:9, 4223:22, 4223:24, 4224:10, 4224:12

**fill** [1] - 4299:14

**final** [2] - 4244:14, 4296:15

**finally** [3] - 4186:2, 4222:13, 4290:18

**find** [3] - 4221:11, 4257:6, 4282:10

**finding** [2] - 4208:18, 4210:17

**findings** [6] - 4200:1, 4200:10, 4211:13, 4219:7, 4220:7,

4228:8

**fine** [9] - 4186:15, 4204:15, 4204:17, 4220:1, 4285:5, 4286:8, 4286:11, 4286:12, 4286:18

**finished** [2] - 4216:1, 4269:15

**fire** [11] - 4173:5, 4174:9, 4174:11, 4208:24, 4208:25, 4209:4, 4210:22, 4211:9, 4214:18, 4215:6, 4229:12

**firm** [2] - 4226:20, 4226:21

**FIRM** [2] - 4165:21, 4166:6

**first** [36] - 4173:19, 4174:19, 4174:20, 4176:21, 4183:5, 4183:22, 4184:21, 4192:19, 4198:15, 4198:25, 4199:9, 4199:15, 4201:12, 4204:18, 4214:11, 4221:19, 4225:2, 4228:12, 4231:11, 4235:15, 4235:25, 4236:1, 4237:23, 4238:8, 4240:1, 4240:2, 4243:10, 4246:1, 4253:22, 4257:21, 4280:19, 4287:16, 4291:25, 4298:20

**fit** [1] - 4179:10

**five** [10] - 4178:10, 4178:16, 4179:5, 4186:5, 4186:17, 4186:21, 4212:7, 4228:1, 4228:3, 4287:10

**fix** [1] - 4211:2

**fixing** [1] - 4215:9

**flagged** [2] - 4196:23, 4197:9

**flange** [2] - 4250:1, 4250:2

**flapping** [1] - 4246:8

**flat** [1] - 4280:19

**flatten** [1] - 4292:6

**flattening** [4] - 4279:20, 4280:1, 4280:2, 4282:5

**flattens** [2] - 4283:23, 4293:14

**flex** [1] - 4248:13

**flexibility** [2] - 4248:14, 4248:17

**flexible** [1] - 4298:24
**float** [5] - 4233:14, 4244:10, 4244:12, 4244:19, 4251:4
**floating** [8] - 4242:18, 4248:15, 4249:2, 4252:11, 4253:4, 4256:2, 4256:5, 4271:18
**FLOOR** [3] - 4165:17, 4166:12, 4168:18
**floor** [17] - 4205:15, 4208:2, 4245:11, 4257:25, 4267:12, 4285:2, 4285:11, 4285:15, 4285:24, 4285:25, 4286:2, 4286:8, 4286:13, 4286:17, 4288:10, 4293:16, 4295:19
**Floor)** [1] - 4205:8
**flotation** [1] - 4250:11
**flow** [83] - 4231:22, 4242:1, 4244:11, 4251:8, 4251:10, 4251:11, 4251:20, 4251:21, 4251:23, 4255:19, 4256:11, 4257:23, 4257:24, 4258:1, 4258:2, 4258:3, 4261:10, 4262:6, 4262:8, 4262:13, 4263:10, 4263:11, 4263:13, 4263:14, 4263:22, 4264:8, 4264:11, 4264:13, 4264:16, 4264:18, 4264:21, 4264:24, 4269:17, 4269:18, 4269:21, 4270:12, 4270:15, 4270:23, 4271:2, 4271:7, 4271:13, 4276:9, 4276:10, 4276:12, 4276:17, 4276:21, 4276:22, 4277:16, 4279:10, 4279:11, 4280:16, 4283:1, 4283:2, 4283:4, 4284:11, 4284:12, 4284:14, 4284:16, 4284:22, 4284:23, 4284:25, 4288:19, 4288:20, 4288:22, 4288:24, 4289:3, 4289:4, 4289:25, 4292:1, 4294:1, 4295:6,

4295:7, 4295:12, 4295:14, 4297:8
**flow-in** [7] - 4276:9, 4276:10, 4276:12, 4276:17, 4279:10, 4283:1, 4288:19
**flow-out** [11] - 4276:21, 4276:22, 4279:11, 4280:16, 4283:1, 4283:2, 4288:20, 4288:22, 4288:24, 4289:4
**flowing** [9] - 4262:5, 4263:10, 4263:24, 4264:25, 4269:22, 4271:8, 4271:10, 4289:4, 4297:9
**flows** [2] - 4251:13, 4280:15
**FLOYD** [1] - 4169:11
**fluid** [30] - 4231:15, 4231:18, 4250:9, 4251:25, 4253:23, 4253:24, 4254:10, 4254:13, 4256:6, 4256:22, 4257:10, 4258:5, 4269:8, 4269:10, 4269:18, 4269:22, 4277:3, 4277:12, 4277:16, 4285:14, 4286:24, 4287:3, 4294:23, 4296:20, 4297:18, 4297:22, 4299:12
**fluids** [8] - 4234:1, 4234:7, 4234:9, 4254:6, 4254:14, 4255:20, 4257:11, 4257:16
**focus** [5] - 4172:5, 4184:18, 4186:12, 4193:13, 4284:4
**focused** [3] - 4207:24, 4208:2, 4259:23
**focuses** [1] - 4243:9
**folks** [2] - 4267:12, 4296:5
**follow** [1] - 4193:3
**followed** [1] - 4240:3
**following** [2] - 4189:17, 4262:14
**FOLLOWS** [1] - 4225:19
**for** [180] - 4172:10, 4172:15, 4174:5, 4174:8, 4174:14, 4174:16, 4176:18, 4176:25, 4178:14, 4179:11, 4183:3,

4183:22, 4184:15, 4185:5, 4185:8, 4185:14, 4188:7, 4189:7, 4189:13, 4191:7, 4192:13, 4192:23, 4193:1, 4195:3, 4195:5, 4195:20, 4196:9, 4196:10, 4196:20, 4196:25, 4197:9, 4198:9, 4198:10, 4199:1, 4199:3, 4200:14, 4201:4, 4201:10, 4201:14, 4202:1, 4202:10, 4202:11, 4202:14, 4202:19, 4204:22, 4205:7, 4206:10, 4206:11, 4206:25, 4207:21, 4207:22, 4209:4, 4209:13, 4211:21, 4213:18, 4216:9, 4216:23, 4217:17, 4217:21, 4217:22, 4218:5, 4218:7, 4218:8, 4219:6, 4219:22, 4220:4, 4220:5, 4220:6, 4220:9, 4220:11, 4220:21, 4221:10, 4221:12, 4221:14, 4221:21, 4222:20, 4223:4, 4223:13, 4223:20, 4223:21, 4223:25, 4224:9, 4224:15, 4225:1, 4225:9, 4225:13, 4225:21, 4227:8, 4228:2, 4228:19, 4229:6, 4229:22, 4232:23, 4233:2, 4235:1, 4235:3, 4235:5, 4235:6, 4235:7, 4235:24, 4236:3, 4238:7, 4238:18, 4239:15, 4240:17, 4241:22, 4248:14, 4249:1, 4249:4, 4249:6, 4249:7, 4250:1, 4253:3, 4253:4, 4253:12, 4253:23, 4254:9, 4255:4, 4259:5, 4259:18, 4261:2, 4261:3, 4261:4, 4261:8, 4261:19, 4262:4, 4262:12, 4263:6, 4263:10, 4263:21, 4263:22, 4263:23, 4264:6,

4264:16, 4264:18, 4264:21, 4264:24, 4266:19, 4267:9, 4268:7, 4268:10, 4269:18, 4271:7, 4272:1, 4272:16, 4273:21, 4274:14, 4274:15, 4275:14, 4276:5, 4276:22, 4277:11, 4278:23, 4280:19, 4282:22, 4283:23, 4284:9, 4284:10, 4285:19, 4286:14, 4286:25, 4288:17, 4291:18, 4292:18, 4292:19, 4293:12, 4293:14, 4293:20, 4295:6, 4295:7, 4295:12, 4295:13, 4296:6, 4297:8, 4297:24, 4300:12
**FOR** [9] - 4165:3, 4166:10, 4167:6, 4167:11, 4167:20, 4168:8, 4169:1, 4169:9, 4169:17
**foregoing** [1] - 4301:7
**foreign** [2] - 4196:23, 4197:9
**foreign-flagged** [2] - 4196:23, 4197:9
**forgot** [1] - 4222:9
**formal** [3] - 4232:18, 4234:22, 4236:15
**formally** [5] - 4216:9, 4216:17, 4217:9, 4239:1
**format** [2] - 4273:25, 4282:16
**formation** [3] - 4254:14, 4254:22, 4255:20
**formations** [2] - 4254:6, 4269:21
**forming** [1] - 4300:4
**forth** [2] - 4216:21, 4253:21
**forward** [5] - 4173:14, 4190:15, 4241:13, 4253:5
**found** [4] - 4193:25, 4210:23, 4211:17, 4246:20
**foundation** [1] - 4185:19
**four** [14] - 4181:17, 4209:6, 4235:16, 4252:16, 4260:13,

4266:10, 4276:25, 4277:1, 4280:20, 4288:18, 4295:19
**fracture** [2] - 4255:1, 4255:4
**frame** [2] - 4291:22, 4295:17
**FRANCISCO** [1] - 4166:13
**FRANKLIN** [1] - 4167:4
**frankly** [2] - 4220:17, 4224:10
**FRAUD** [1] - 4167:1
**freestanding** [1] - 4222:6
**Friday** [1] - 4216:14
**FRILOT** [1] - 4168:10
**from** [71] - 4173:10, 4175:15, 4176:5, 4186:21, 4188:2, 4192:10, 4193:2, 4194:3, 4195:9, 4195:16, 4196:5, 4197:16, 4199:17, 4200:13, 4203:25, 4205:2, 4206:16, 4208:5, 4208:8, 4213:1, 4214:24, 4217:8, 4217:14, 4221:18, 4221:22, 4226:15, 4227:12, 4236:7, 4237:4, 4239:4, 4242:22, 4242:24, 4243:16, 4244:10, 4254:3, 4254:4, 4255:4, 4261:16, 4262:12, 4262:24, 4263:20, 4264:5, 4264:17, 4265:10, 4265:18, 4265:19, 4266:16, 4267:3, 4269:4, 4269:7, 4271:21, 4273:1, 4273:16, 4275:9, 4275:15, 4277:3, 4277:8, 4279:1, 4281:7, 4281:8, 4282:8, 4282:13, 4285:24, 4286:22, 4292:18, 4293:15, 4295:19, 4297:1, 4301:8
**front** [1] - 4249:3
**FRUGE** [1] - 4166:1
**full** [2] - 4274:5, 4279:22
**full-time** [1] - 4279:22
**fully** [1] - 4219:14

**function** [3] - 4254:4, 4266:15, 4277:20
**Functional** [1] - 4189:13
**functional** [1] - 4189:17
**functions** [3] - 4266:5, 4279:13, 4289:8
**FUNDERBURK** [1] - 4169:19
**furnished** [1] - 4265:16
**further** [2] - 4196:7, 4276:7
**future** [5] - 4243:15, 4244:23, 4246:23, 4278:17, 4278:19

## G

**G** [2] - 4168:14, 4171:3
**gain** [6] - 4270:9, 4270:10, 4270:12, 4270:15, 4270:19, 4271:4
**gained** [1] - 4269:1
**gaining** [1] - 4269:8
**gains** [1] - 4264:23
**GANNAWAY** [1] - 4169:6
**gas** [30] - 4173:7, 4177:9, 4182:13, 4182:15, 4182:22, 4207:10, 4208:24, 4208:25, 4209:4, 4210:22, 4211:9, 4226:10, 4227:1, 4227:2, 4227:5, 4227:6, 4227:7, 4227:8, 4227:18, 4228:14, 4234:25, 4251:22, 4251:24, 4257:11, 4262:18, 4262:20, 4263:2, 4263:7, 4264:7
**GATE** [1] - 4166:12
**gauge** [2] - 4269:18, 4277:21
**gave** [6] - 4208:12, 4209:21, 4240:4, 4286:21, 4287:5
**GAVIN** [1] - 4169:12
**gears** [1] - 4208:4
**general** [15] - 4171:20, 4176:1, 4191:22, 4201:19, 4204:18, 4205:14,

4205:25, 4226:9, 4237:11, 4253:20, 4261:17, 4262:12, 4264:12, 4264:17
**GENERAL** [3] - 4167:7, 4167:12, 4167:14
**General's** [1] - 4229:7
**GENERAL'S** [1] - 4167:6
**generally** [6] - 4175:20, 4176:1, 4192:18, 4193:17, 4211:12, 4237:10
**generate** [1] - 4254:2
**generated** [1] - 4272:24
**generation** [1] - 4253:15
**Geneva** [1] - 4200:20
**gentleman** [1] - 4195:5
**gentlemen** [3] - 4182:3, 4182:7, 4182:21
**gentlemen's** [1] - 4268:8
**GEOFFREY** [2] - 4169:6, 4170:5
**get** [36] - 4196:18, 4201:10, 4201:24, 4202:20, 4210:14, 4210:25, 4217:18, 4227:19, 4228:18, 4228:23, 4238:6, 4238:15, 4238:16, 4239:7, 4239:9, 4242:9, 4244:24, 4246:5, 4246:9, 4246:11, 4255:2, 4255:6, 4257:11, 4258:8, 4259:1, 4262:18, 4262:20, 4280:16, 4282:2, 4283:7, 4290:10, 4296:20, 4299:21, 4300:1, 4300:2
**gets** [4] - 4214:21, 4231:15, 4231:18, 4294:2
**getting** [11] - 4215:5, 4234:23, 4236:9, 4238:25, 4239:4, 4276:1, 4279:8, 4279:17, 4290:5, 4294:23, 4297:1
**give** [8] - 4207:23, 4209:12, 4214:16, 4218:8, 4227:14,

4228:10, 4228:25, 4239:19
**give-and-take** [1] - 4209:12
**given** [10] - 4177:6, 4179:11, 4207:8, 4211:13, 4218:15, 4250:12, 4255:4, 4267:15, 4283:11, 4289:19
**giving** [3] - 4279:21, 4290:18, 4295:16
**GlobalSanteFe** [1] - 4213:3
**GmbH** [1] - 4164:13
**go** [92] - 4172:9, 4172:17, 4178:1, 4181:9, 4184:9, 4184:12, 4184:13, 4186:21, 4187:1, 4187:8, 4187:17, 4189:11, 4191:18, 4191:22, 4192:8, 4192:25, 4194:9, 4195:2, 4199:22, 4200:7, 4204:10, 4204:25, 4205:5, 4205:6, 4205:12, 4206:6, 4206:25, 4208:11, 4210:17, 4214:11, 4215:15, 4218:14, 4218:18, 4219:8, 4219:20, 4220:2, 4224:18, 4224:19, 4225:25, 4228:3, 4228:7, 4232:1, 4232:5, 4234:12, 4241:13, 4244:14, 4246:24, 4247:7, 4247:19, 4249:2, 4249:11, 4249:16, 4250:14, 4251:21, 4253:19, 4253:20, 4258:5, 4258:6, 4259:13, 4260:6, 4260:21, 4260:23, 4263:13, 4264:20, 4265:14, 4265:25, 4266:23, 4272:25, 4274:10, 4276:4, 4277:5, 4278:8, 4280:4, 4281:6, 4283:11, 4284:6, 4284:13, 4286:13, 4286:24, 4287:2, 4287:8, 4287:9, 4288:2, 4288:12, 4289:12, 4289:20, 4290:6, 4292:4, 4292:21,

4293:25, 4294:16
**GODWIN** [6] - 4169:10, 4169:11, 4169:14, 4223:20, 4224:3, 4224:7
**Godwin** [1] - 4223:20
**goes** [5] - 4177:24, 4180:7, 4205:20, 4247:8, 4250:7
**going** [78] - 4178:2, 4183:4, 4188:17, 4189:6, 4192:20, 4193:3, 4195:6, 4195:15, 4196:6, 4196:17, 4199:22, 4204:13, 4204:14, 4205:12, 4206:5, 4206:10, 4207:6, 4208:23, 4211:2, 4211:10, 4214:10, 4215:11, 4219:19, 4220:17, 4224:9, 4224:10, 4225:2, 4225:10, 4235:18, 4236:15, 4237:20, 4242:11, 4243:16, 4244:21, 4247:18, 4248:10, 4248:16, 4248:24, 4251:10, 4254:18, 4256:7, 4256:10, 4256:15, 4256:20, 4257:2, 4257:3, 4258:11, 4265:25, 4274:2, 4278:19, 4278:21, 4278:24, 4279:21, 4279:24, 4281:18, 4281:21, 4282:1, 4282:11, 4282:18, 4283:14, 4285:10, 4285:13, 4285:25, 4286:2, 4286:4, 4287:9, 4289:10, 4289:12, 4291:8, 4291:21, 4293:4, 4293:19, 4296:5, 4296:7, 4298:6
**GOLDEN** [1] - 4166:12
**gone** [7] - 4205:24, 4208:24, 4218:21, 4265:15, 4282:7, 4284:12, 4295:10
**good** [20] - 4171:6, 4171:7, 4172:20, 4172:22, 4188:14, 4188:16, 4216:23, 4217:15, 4217:20, 4223:20, 4225:13, 4254:20, 4270:16,

4271:24, 4272:2, 4275:2, 4282:19, 4290:10, 4298:16, 4300:10
**Good** [1] - 4215:5
**got** [18] - 4180:11, 4181:14, 4196:5, 4205:1, 4208:23, 4221:14, 4236:14, 4237:25, 4246:19, 4247:16, 4248:15, 4258:3, 4269:11, 4271:20, 4278:4, 4282:24, 4295:24, 4297:20
**gotten** [2] - 4231:14, 4285:22
**government** [3] - 4235:17, 4235:21, 4236:4
**governmental** [1] - 4229:5
**gradient** [1] - 4255:4
**gradually** [3] - 4279:17, 4280:20, 4280:21
**graduate** [1] - 4226:16
**GRAND** [1] - 4168:18
**grant** [1] - 4220:18
**graph** [19] - 4218:1, 4273:5, 4273:8, 4273:10, 4273:19, 4274:2, 4276:21, 4276:24, 4278:13, 4278:14, 4278:15, 4278:16, 4278:17, 4278:20, 4278:23, 4287:8, 4290:25, 4293:9
**graphical** [2] - 4272:22, 4273:25
**great** [1] - 4275:6
**greater** [1] - 4278:7
**green** [4] - 4277:1, 4277:10, 4280:11
**gross** [2] - 4181:21, 4220:9
**GROUP** [1] - 4165:19
**group** [5] - 4171:16, 4171:17, 4238:14, 4240:2, 4259:18
**groups** [1] - 4269:2
**Guard** [7] - 4196:17, 4196:19, 4197:1, 4197:6, 4197:9, 4239:13, 4239:14
**guess** [7] - 4180:13, 4184:21, 4225:4, 4227:16, 4231:2,

4266:7, 4274:1
**guidance** [3] -
4192:23, 4193:1,
4221:18
**guidelines** [2] -
4179:8, 4179:16
**Gulf** [9] - 4185:1,
4197:10, 4197:13,
4197:22, 4227:25,
4230:1, 4230:13,
4242:18, 4268:7
**GULF** [1] - 4164:6
**gumbo** [2] - 4251:13
**guy** [2] - 4183:2,
4285:25
**guys** [3] - 4258:17,
4258:23, 4258:24

# H

**H** [1] - 4225:23
**H2S** [2] - 4227:17,
4229:15
**had** [117] - 4171:7,
4171:21, 4173:25,
4181:6, 4181:10,
4182:25, 4183:18,
4185:8, 4203:4,
4209:12, 4211:7,
4211:17, 4211:18,
4227:17, 4227:18,
4227:24, 4228:1,
4229:14, 4231:5,
4231:6, 4231:21,
4234:15, 4235:19,
4235:23, 4236:12,
4238:9, 4238:24,
4239:12, 4239:15,
4240:16, 4240:17,
4241:9, 4242:25,
4243:12, 4243:13,
4243:25, 4244:1,
4244:2, 4244:3,
4244:5, 4244:6,
4244:16, 4245:14,
4245:15, 4245:16,
4246:16, 4246:17,
4246:18, 4246:23,
4247:14, 4247:15,
4247:16, 4251:15,
4253:16, 4255:13,
4255:14, 4255:17,
4258:15, 4258:17,
4259:2, 4259:23,
4260:18, 4262:2,
4263:8, 4265:12,
4265:14, 4265:20,
4265:24, 4266:2,
4266:13, 4267:8,
4267:11, 4267:14,

4267:23, 4267:25,
4268:2, 4268:23,
4269:1, 4269:2,
4269:4, 4269:14,
4273:18, 4274:5,
4274:8, 4275:14,
4275:17, 4281:1,
4281:6, 4281:7,
4281:10, 4282:7,
4282:24, 4282:25,
4283:2, 4284:22,
4284:23, 4285:4,
4285:22, 4286:18,
4287:2, 4287:12,
4288:9, 4288:10,
4289:3, 4289:19,
4291:17, 4293:15,
4298:2, 4298:19,
4299:7
**hadn't** [1] - 4220:16
**half** [3] - 4283:13,
4293:13, 4293:14
**Halliburton** [4] -
4188:6, 4223:21,
4223:24
**HALLIBURTON** [1] -
4169:9
**hand** [9] - 4205:7,
4225:17, 4233:9,
4235:1, 4268:5,
4273:7, 4273:17,
4273:19, 4273:24
**handbook** [26] -
4258:13, 4258:14,
4258:19, 4259:24,
4260:8, 4260:22,
4260:24, 4261:13,
4261:16, 4262:9,
4262:15, 4262:20,
4262:22, 4263:17,
4264:2, 4264:5,
4264:6, 4264:10,
4265:9, 4265:17,
4265:20, 4270:2,
4270:8, 4270:22,
4271:9
**handled** [1] -
4276:17
**hands** [2] - 4273:10,
4293:16
**hanger** [2] - 4247:10
**hanging** [3] - 4278:1,
4278:5, 4278:7
**HANKEY** [1] -
4166:17
**happen** [4] -
4245:23, 4251:18,
4278:4, 4282:12
**happened** [9] -
4183:2, 4228:4,

4239:17, 4241:8,
4246:1, 4288:11,
4293:22, 4298:15
**happening** [7] -
4182:17, 4238:6,
4238:15, 4243:15,
4278:12, 4278:22,
4293:6
**happens** [3] -
4246:4, 4251:7,
4256:18
**happy** [3] - 4267:4,
4267:5
**HARIKLIA** [1] -
4168:5
**Harrell** [1] - 4211:21
**HARTLEY** [2] -
4169:11, 4188:7
**has** [72] - 4172:7,
4172:8, 4176:17,
4177:22, 4177:24,
4178:24, 4191:22,
4193:10, 4198:15,
4203:15, 4204:5,
4204:6, 4206:21,
4207:7, 4207:18,
4207:23, 4208:14,
4211:25, 4217:18,
4219:13, 4221:13,
4221:17, 4221:23,
4222:5, 4222:17,
4224:25, 4228:25,
4229:16, 4230:2,
4230:12, 4230:14,
4230:20, 4230:21,
4231:14, 4234:22,
4236:2, 4248:8,
4248:17, 4250:11,
4252:5, 4252:16,
4252:17, 4252:19,
4252:23, 4252:25,
4253:1, 4253:2,
4253:25, 4254:1,
4261:8, 4262:15,
4262:18, 4264:13,
4267:2, 4267:3,
4267:4, 4273:10,
4275:2, 4284:12,
4284:17, 4287:12,
4287:20, 4288:22,
4289:24, 4289:25,
4290:1, 4294:12,
4294:14, 4297:24,
4298:23
**hate** [1] - 4196:5
**HAUSER** [1] - 4167:3
**have** [240] - 4171:11,
4172:9, 4173:25,
4175:3, 4175:4,
4175:5, 4177:12,

4177:20, 4180:5,
4180:6, 4180:23,
4180:24, 4182:5,
4182:10, 4182:16,
4182:21, 4183:5,
4183:9, 4183:13,
4183:16, 4183:20,
4184:12, 4185:2,
4185:4, 4185:8,
4187:8, 4188:7,
4188:15, 4192:3,
4192:4, 4192:7,
4193:2, 4193:24,
4195:2, 4198:12,
4198:19, 4202:7,
4202:17, 4202:18,
4207:8, 4207:9,
4209:13, 4212:21,
4212:22, 4215:9,
4215:25, 4216:6,
4216:12, 4216:15,
4216:16, 4217:22,
4218:6, 4218:9,
4218:11, 4218:15,
4219:2, 4219:4,
4219:11, 4219:13,
4220:22, 4222:5,
4222:20, 4222:22,
4223:7, 4223:9,
4223:15, 4223:25,
4224:3, 4225:3,
4226:9, 4226:15,
4226:16, 4228:7,
4229:6, 4229:19,
4230:4, 4230:5,
4230:17, 4230:18,
4233:7, 4233:15,
4233:25, 4235:1,
4235:3, 4235:9,
4236:6, 4236:20,
4236:21, 4236:25,
4237:2, 4237:18,
4238:1, 4238:18,
4239:16, 4239:17,
4239:25, 4240:19,
4241:2, 4241:9,
4241:12, 4241:14,
4241:18, 4241:19,
4241:22, 4241:23,
4241:24, 4242:1,
4242:2, 4242:3,
4242:6, 4242:7,
4242:8, 4242:18,
4242:19, 4243:2,
4243:3, 4244:12,
4244:18, 4244:25,
4245:24, 4246:1,
4246:2, 4246:3,
4246:13, 4246:20,
4248:4, 4248:5,
4248:6, 4248:13,

4248:17, 4249:4,
4249:14, 4250:3,
4250:6, 4251:6,
4252:17, 4253:13,
4253:17, 4254:1,
4256:5, 4256:14,
4256:15, 4256:16,
4256:18, 4256:19,
4256:23, 4256:25,
4257:2, 4257:3,
4257:10, 4257:12,
4257:16, 4257:17,
4258:4, 4259:3,
4259:12, 4261:25,
4262:19, 4262:22,
4263:2, 4263:14,
4265:8, 4265:15,
4265:16, 4265:20,
4266:12, 4267:16,
4268:3, 4268:6,
4268:19, 4270:13,
4270:16, 4271:19,
4272:4, 4272:7,
4272:13, 4272:24,
4273:15, 4273:20,
4275:11, 4275:12,
4276:19, 4276:25,
4277:10, 4277:18,
4277:20, 4279:22,
4279:23, 4281:17,
4281:20, 4281:21,
4281:22, 4283:4,
4283:6, 4283:13,
4284:18, 4284:19,
4285:11, 4285:12,
4285:15, 4285:17,
4286:14, 4286:18,
4288:2, 4289:4,
4290:2, 4291:21,
4292:4, 4292:10,
4294:3, 4294:17,
4296:2, 4296:3,
4296:4, 4296:12,
4296:13, 4296:17,
4297:6, 4297:8,
4297:9, 4297:10,
4297:19, 4297:21,
4298:4, 4299:2,
4300:10
**haven't** [2] -
4183:14, 4218:20
**having** [5] - 4191:11,
4202:7, 4279:25,
4282:12, 4297:22
**HAYCRAFT** [25] -
4167:22, 4184:14,
4185:19, 4188:10,
4188:13, 4196:2,
4196:4, 4200:22,
4200:23, 4201:7,
4201:9, 4202:22,

4202:24, 4203:2,
4203:3, 4204:10,
4204:12, 4205:25,
4206:3, 4206:4,
4211:2, 4211:5,
4211:10, 4211:11,
4211:24

**Haycraft** [4] - 4170:9,
4188:14, 4205:21,
4212:24

**Hazard** [1] - 4204:7
**hazard** [6] - 4205:7,
4205:16, 4206:6,
4206:11, 4206:12,
4208:1

**hazardous** [2] -
4173:10, 4176:5
**HB406** [1] - 4169:22
**he'll** [1] - 4216:22
**he's** [4] - 4267:4,
4289:12, 4291:12,
4298:8

**head** [1] - 4238:24
**headed** [1] - 4258:17
**heading** [1] -
4276:22

**health** [1] - 4213:18
**hear** [3] - 4177:11,
4274:20, 4283:16
**heard** [9] - 4183:4,
4204:6, 4207:14,
4219:14, 4222:23,
4254:20, 4271:22,
4295:20, 4296:19

**HEARD** [1] - 4164:22
**hearing** [2] - 4218:3,
4265:18

**hearings** [3] -
4239:13, 4239:14,
4239:15

**heavy** [6] - 4255:1,
4275:20, 4276:3,
4290:2, 4290:4,
4292:4

**Heenan** [1] - 4298:12
**held** [7] - 4201:11,
4202:3, 4202:15,
4203:16, 4233:7,
4233:10, 4267:10
**heliport** [1] - 4253:5
**help** [2] - 4241:12,
4250:9

**helping** [1] - 4277:16
**helps** [1] - 4250:12
**her** [5] - 4171:13,
4171:15, 4171:18,
4205:17

**here** [68] - 4175:2,
4187:8, 4193:10,
4201:2, 4227:24,

4228:16, 4234:14,
4238:10, 4239:20,
4239:21, 4239:22,
4242:16, 4243:11,
4246:14, 4246:15,
4248:2, 4248:13,
4251:7, 4252:12,
4253:5, 4256:15,
4256:16, 4266:8,
4273:23, 4274:2,
4274:11, 4275:9,
4276:8, 4276:10,
4276:11, 4276:22,
4276:23, 4277:10,
4278:18, 4279:2,
4280:1, 4280:6,
4280:24, 4281:17,
4282:4, 4282:13,
4282:18, 4282:21,
4283:4, 4283:21,
4284:8, 4285:9,
4287:11, 4287:19,
4288:13, 4289:6,
4289:7, 4289:22,
4289:23, 4290:21,
4291:4, 4291:6,
4292:7, 4292:14,
4292:19, 4292:22,
4293:4, 4293:12,
4294:17, 4295:4,
4295:12, 4297:12
**hereby** [1] - 4301:6
**HERMAN** [5] -
4165:6, 4165:6,
4216:23, 4217:5
**Herman** [2] -
4216:13, 4216:23
**high** [6] - 4228:14,
4229:15, 4245:17,
4263:4, 4265:5,
4269:21

**higher** [4] - 4254:22,
4269:2, 4269:5,
4279:15

**higher-than-
anticipated** [1] -
4269:5

**highlight** [2] -
4195:16, 4199:24
**highlighted** [4] -
4193:2, 4194:14,
4198:24, 4213:14
**highly** [1] - 4269:21
**HILL** [1] - 4169:12
**him** [6] - 4200:14,
4237:20, 4265:19,
4267:1, 4293:17
**himself** [2] -
4286:15, 4286:20
**hire** [1] - 4199:3

**hired** [3] - 4200:8,
4228:25, 4229:1
**his** [17] - 4177:22,
4185:2, 4195:11,
4195:16, 4196:14,
4200:2, 4205:22,
4205:24, 4215:3,
4265:4, 4265:18,
4271:6, 4281:14,
4284:24, 4285:4,
4294:12, 4298:12
**historical** [1] -
4278:23

**history** [2] - 4267:20,
4267:24

**hitch** [1] - 4209:18
**Hitec** [4] - 4276:15,
4276:16, 4289:3,
4289:5

**hold** [3] - 4245:7,
4248:25, 4250:23
**holding** [4] - 4201:4,
4240:17, 4249:3,
4284:1

**HOLDINGS** [1] -
4168:8

**holds** [3] - 4247:11,
4278:19, 4283:23
**hole** [7] - 4246:22,
4247:5, 4247:13,
4252:6, 4277:3,
4278:4, 4298:25
**HOLTHAUS** [1] -
4166:1

**home** [1] - 4196:7
**Honor** [37] - 4177:21,
4184:22, 4185:19,
4188:5, 4188:8,
4188:10, 4196:3,
4202:5, 4205:19,
4206:3, 4211:25,
4212:3, 4214:18,
4216:2, 4216:13,
4216:20, 4216:23,
4217:15, 4217:21,
4218:5, 4218:13,
4218:25, 4219:4,
4219:22, 4220:1,
4220:3, 4220:4,
4220:16, 4220:25,
4221:3, 4221:8,
4222:20, 4223:20,
4223:25, 4224:20,
4225:1, 4225:11
**Honor's** [1] - 4217:2
**HONORABLE** [1] -
4164:22

**hook** [3] - 4250:20,
4277:18, 4277:20
**hope** [2] - 4171:7,

4262:2
**HORIZON** [1] -
4164:5

**Horizon** [54] -
4173:10, 4173:13,
4174:17, 4175:13,
4175:25, 4176:9,
4180:15, 4181:7,
4181:18, 4181:22,
4185:7, 4186:6,
4186:10, 4186:13,
4186:18, 4186:22,
4187:22, 4188:2,
4194:5, 4195:19,
4196:9, 4196:20,
4196:23, 4197:1,
4197:16, 4202:6,
4203:1, 4203:24,
4204:23, 4205:8,
4205:16, 4207:1,
4209:18, 4214:13,
4215:1, 4245:19,
4245:23, 4247:4,
4247:14, 4247:25,
4249:19, 4250:16,
4251:15, 4252:9,
4252:10, 4253:7,
4253:8, 4253:13,
4265:8, 4266:5,
4267:7, 4267:21,
4282:12, 4299:8
**Horizon"** [1] -
4174:21

**horizontal** [1] -
4282:14

**hotel** [1] - 4253:1
**HOUMA** [1] -
4165:20

**hours** [3] - 4185:21,
4196:10, 4280:7
**house** [1] - 4259:2
**housed** [1] - 4248:5
**housekeeping** [1] -
4217:21

**housing** [3] - 4251:7,
4251:11, 4251:19
**Houston** [1] -
4238:22

**HOUSTON** [7] -
4166:5, 4168:15,
4168:24, 4169:7,
4169:8, 4169:16,
4169:20

**hugging** [1] - 4280:9
**HUGH** [1] - 4169:18
**Hugh** [3] - 4218:5,
4225:1, 4262:2
**HUGHES** [1] -
4168:23

**human** [5] - 4207:9,

4207:17, 4207:18,
4207:21

**human-based** [1] -
4207:17

**hundreds** [1] -
4233:3

**hydraulic** [3] -
4247:10, 4248:3,
4276:6

**Hydril** [1] - 4228:18
**hydrocarbon** [1] -
4269:20

**hydrostatic** [6] -
4254:5, 4254:8,
4254:13, 4276:4,
4276:6, 4290:5
**HYMEL** [25] -
4168:20, 4225:13,
4225:24, 4226:2,
4232:1, 4232:2,
4232:5, 4232:6,
4237:15, 4237:22,
4239:23, 4242:12,
4242:13, 4243:6,
4243:7, 4247:22,
4247:23, 4262:2,
4262:3, 4274:23,
4275:1, 4275:6,
4275:7, 4283:19,
4300:13

**Hymel** [4] - 4170:17,
4170:19, 4225:13,
4274:20

## I

**I** [477] - 4170:1,
4171:3, 4171:7,
4171:12, 4171:15,
4171:16, 4171:17,
4171:23, 4171:24,
4172:2, 4172:3,
4172:4, 4172:11,
4173:1, 4173:19,
4174:7, 4174:14,
4174:18, 4174:22,
4174:25, 4175:3,
4175:5, 4175:9,
4175:16, 4175:23,
4176:6, 4176:24,
4177:11, 4177:20,
4177:21, 4178:3,
4178:8, 4178:12,
4178:17, 4178:20,
4179:5, 4179:14,
4179:16, 4179:17,
4180:2, 4180:6,
4180:9, 4180:13,
4180:20, 4181:8,
4181:12, 4182:2,

4182:5, 4182:12,
4182:22, 4182:23,
4183:14, 4184:12,
4184:18, 4184:21,
4185:4, 4185:5,
4185:10, 4185:13,
4185:19, 4185:21,
4185:22, 4186:5,
4186:12, 4186:19,
4187:5, 4187:7,
4187:8, 4187:16,
4187:20, 4187:25,
4188:4, 4188:10,
4188:14, 4188:15,
4188:17, 4189:2,
4189:5, 4189:6,
4189:19, 4189:20,
4189:21, 4189:25,
4190:5, 4190:7,
4191:2, 4191:21,
4192:7, 4192:8,
4193:3, 4193:7,
4193:13, 4193:15,
4194:1, 4194:13,
4194:20, 4195:6,
4195:7, 4195:22,
4196:5, 4196:6,
4196:17, 4197:21,
4198:7, 4198:8,
4198:13, 4198:24,
4199:8, 4199:14,
4199:21, 4199:23,
4200:5, 4200:18,
4201:2, 4201:3,
4201:11, 4203:8,
4203:11, 4203:13,
4203:18, 4204:3,
4204:4, 4204:9,
4204:13, 4204:14,
4204:21, 4205:10,
4205:19, 4205:25,
4206:9, 4207:6,
4207:7, 4207:13,
4208:10, 4208:12,
4208:16, 4208:17,
4208:22, 4208:23,
4209:17, 4209:20,
4209:22, 4210:2,
4210:3, 4210:17,
4210:21, 4211:2,
4211:24, 4212:12,
4212:15, 4212:22,
4212:23, 4212:24,
4213:1, 4213:2,
4213:9, 4214:3,
4214:9, 4214:18,
4215:7, 4215:25,
4216:1, 4216:7,
4217:6, 4217:16,
4217:19, 4217:24,
4218:2, 4218:11,

4218:19, 4218:20,
4218:21, 4219:1,
4219:2, 4219:4,
4219:5, 4219:12,
4219:19, 4219:20,
4220:11, 4220:14,
4220:17, 4220:19,
4220:23, 4221:6,
4221:25, 4222:9,
4222:13, 4222:21,
4222:25, 4223:1,
4223:2, 4223:3,
4223:4, 4223:8,
4223:9, 4223:18,
4225:1, 4225:4,
4225:8, 4225:9,
4225:23, 4225:24,
4226:6, 4226:8,
4226:15, 4226:23,
4227:16, 4227:22,
4227:25, 4228:1,
4228:5, 4228:12,
4228:17, 4228:22,
4228:24, 4229:6,
4229:14, 4230:5,
4230:18, 4230:24,
4231:2, 4231:3,
4231:4, 4231:6,
4233:8, 4233:15,
4233:25, 4234:17,
4234:24, 4234:25,
4235:2, 4235:3,
4235:5, 4235:12,
4235:15, 4235:24,
4235:25, 4236:7,
4236:19, 4236:21,
4236:25, 4237:2,
4237:6, 4237:10,
4237:13, 4237:20,
4237:25, 4238:4,
4238:8, 4238:9,
4238:24, 4239:1,
4239:2, 4239:5,
4239:7, 4239:8,
4239:10, 4239:12,
4239:13, 4239:14,
4239:15, 4239:18,
4239:22, 4240:1,
4240:2, 4240:3,
4240:4, 4240:5,
4240:6, 4240:15,
4240:16, 4240:17,
4240:22, 4240:25,
4241:16, 4241:22,
4241:25, 4242:1,
4242:8, 4242:9,
4242:15, 4244:4,
4244:14, 4246:17,
4247:19, 4247:20,
4249:3, 4249:4,
4249:5, 4249:7,

4249:8, 4249:18,
4249:19, 4250:8,
4250:9, 4253:15,
4253:16, 4253:17,
4253:20, 4255:5,
4256:19, 4256:22,
4256:25, 4257:2,
4257:3, 4258:11,
4258:12, 4258:13,
4258:15, 4258:16,
4258:18, 4258:21,
4258:22, 4258:24,
4258:25, 4259:6,
4259:9, 4259:23,
4260:9, 4260:13,
4260:14, 4260:18,
4261:19, 4262:2,
4262:22, 4263:8,
4264:11, 4265:3,
4265:7, 4265:10,
4265:11, 4265:24,
4265:25, 4266:1,
4266:2, 4266:6,
4266:10, 4266:12,
4267:9, 4267:10,
4267:12, 4267:17,
4267:23, 4267:24,
4268:16, 4270:19,
4270:24, 4271:16,
4271:23, 4272:1,
4272:18, 4273:20,
4273:23, 4274:1,
4275:22, 4278:12,
4278:13, 4278:17,
4278:18, 4278:19,
4278:21, 4278:22,
4278:24, 4279:23,
4280:23, 4281:6,
4281:13, 4281:19,
4281:21, 4281:25,
4282:5, 4282:15,
4283:2, 4283:3,
4283:16, 4283:18,
4283:25, 4284:1,
4284:2, 4284:10,
4285:6, 4285:21,
4286:15, 4287:19,
4288:9, 4290:15,
4290:16, 4292:11,
4292:12, 4292:20,
4294:8, 4294:21,
4294:22, 4295:4,
4295:13, 4295:17,
4295:19, 4295:24,
4296:10, 4296:14,
4297:10, 4297:20,
4298:5, 4298:9,
4298:14, 4298:22,
4299:9, 4299:16,
4299:25, 4300:2,

4300:3, 4300:7,
4300:10, 4301:5
**I'll** [15] - 4172:15,
4180:13, 4185:1,
4185:5, 4185:16,
4189:10, 4193:22,
4194:10, 4194:14,
4209:3, 4211:3,
4219:24, 4220:18,
4223:11, 4256:4
**I'm** - 4174:22,
4182:18, 4183:1,
4184:4, 4184:12,
4251:6, 4283:16,
4291:24
**I've** [43] - 4183:4,
4198:14, 4201:6,
4208:17, 4218:15,
4225:7, 4225:8,
4229:1, 4230:7,
4230:8, 4230:9,
4230:23, 4231:20,
4232:23, 4232:25,
4233:1, 4233:3,
4233:4, 4233:5,
4233:6, 4233:10,
4234:6, 4234:10,
4234:23, 4235:6,
4235:7, 4235:10,
4237:4, 4237:5,
4237:10, 4237:11,
4237:14, 4237:19,
4239:16, 4263:18,
4268:9
**IADC** [9] - 4239:7,
4259:15, 4259:17,
4259:25, 4265:13,
4266:12, 4268:19,
4299:11, 4299:14
**Ibos** [2] - 4301:5,
4301:13
**IBOS** [1] - 4169:21
**id** [1] - 4193:15
**idea** [2] - 4182:3,
4182:5
**identified** [3] -
4205:7, 4205:23,
4206:11
**identify** [7] - 4232:3,
4260:21, 4263:7,
4272:20, 4272:25,
4274:10, 4274:24
**identifying** [1] -
4261:20
**if** [106] - 4173:16,
4174:7, 4176:21,
4177:21, 4178:21,
4179:2, 4183:1,
4184:9, 4184:10,
4184:11, 4186:16,

4186:21, 4187:1,
4187:17, 4188:22,
4189:10, 4191:22,
4192:18, 4193:9,
4195:16, 4195:17,
4198:8, 4201:7,
4204:3, 4210:25,
4211:2, 4211:3,
4212:13, 4215:15,
4217:13, 4218:5,
4218:8, 4219:1,
4221:1, 4221:3,
4221:19, 4225:20,
4231:15, 4231:17,
4235:17, 4242:1,
4248:10, 4248:19,
4249:3, 4249:25,
4250:19, 4251:17,
4251:22, 4252:14,
4254:18, 4257:10,
4258:1, 4258:2,
4258:3, 4259:14,
4261:8, 4261:10,
4262:5, 4263:2,
4263:9, 4263:10,
4263:13, 4263:23,
4264:6, 4264:19,
4264:24, 4265:11,
4267:4, 4267:14,
4270:11, 4270:14,
4270:25, 4271:10,
4272:10, 4274:16,
4275:23, 4276:10,
4278:17, 4278:24,
4279:4, 4280:13,
4282:15, 4283:11,
4283:14, 4283:25,
4284:2, 4284:17,
4285:25, 4286:12,
4286:14, 4286:17,
4289:9, 4289:11,
4289:12, 4290:7,
4293:16, 4295:3,
4296:21, 4296:22,
4298:6, 4298:21,
4298:23, 4299:1
**ignition** [3] -
4175:22, 4207:2,
4207:16
**ignore** [1] - 4179:16
**IL** [1] - 4168:6
**illustrate** [1] - 4243:8
**illustrates** [2] -
4242:14, 4242:15
**illustration** [1] -
4243:9
**immediate** [3] -
4177:5, 4288:6,
4291:5
**immediately** [4] -

4228:21, 4287:17, 4287:22, 4287:24
**implement** [1] - 4189:16
**implemented** [1] - 4194:16
**implications** [1] - 4280:2
**important** [6] - 4175:10, 4254:4, 4255:22, 4255:24, 4255:25, 4296:6
**impression** [2] - 4211:15, 4268:10
**IMPREVENTO** [1] - 4165:14
**improvement** [1] - 4272:1
**in** [493] - 4171:15, 4171:20, 4171:23, 4171:25, 4172:2, 4172:4, 4172:5, 4172:6, 4172:7, 4172:10, 4172:11, 4173:1, 4173:2, 4173:9, 4173:25, 4174:6, 4174:11, 4174:12, 4174:15, 4174:23, 4175:6, 4175:22, 4176:4, 4176:6, 4176:10, 4176:11, 4177:1, 4177:2, 4177:7, 4177:9, 4177:11, 4177:23, 4177:24, 4178:9, 4179:7, 4179:9, 4179:11, 4179:15, 4179:17, 4180:8, 4180:11, 4180:17, 4180:20, 4180:22, 4180:24, 4181:14, 4181:17, 4182:22, 4183:15, 4183:16, 4183:22, 4184:1, 4186:3, 4186:8, 4186:13, 4186:18, 4187:8, 4188:25, 4189:20, 4190:1, 4190:3, 4190:4, 4190:11, 4190:15, 4190:24, 4191:3, 4191:6, 4191:14, 4191:18, 4191:22, 4192:5, 4192:7, 4192:25, 4193:5, 4193:9, 4193:13, 4193:15, 4193:23, 4194:4, 4194:5, 4194:6, 4194:23, 4196:8,

4196:12, 4196:18, 4196:19, 4196:20, 4197:1, 4197:2, 4197:9, 4197:12, 4197:17, 4197:18, 4197:20, 4197:22, 4198:3, 4198:4, 4198:5, 4198:6, 4198:11, 4198:13, 4198:14, 4198:22, 4199:9, 4200:7, 4200:20, 4202:3, 4202:4, 4202:7, 4202:8, 4202:15, 4202:18, 4203:14, 4203:16, 4203:20, 4204:3, 4204:6, 4204:13, 4204:23, 4205:12, 4205:14, 4205:17, 4205:24, 4206:6, 4206:15, 4206:18, 4206:21, 4206:22, 4207:5, 4207:8, 4207:9, 4207:15, 4207:16, 4207:21, 4207:22, 4208:1, 4208:18, 4208:20, 4209:7, 4209:25, 4210:13, 4210:23, 4211:8, 4211:13, 4211:16, 4211:17, 4212:13, 4213:5, 4214:11, 4216:8, 4217:7, 4217:19, 4218:17, 4218:18, 4218:24, 4219:11, 4220:15, 4220:23, 4221:1, 4221:11, 4222:18, 4225:5, 4226:10, 4226:15, 4227:18, 4227:19, 4227:24, 4228:1, 4228:3, 4228:7, 4228:11, 4228:12, 4228:16, 4228:23, 4229:13, 4229:14, 4229:17, 4229:23, 4230:1, 4230:2, 4230:13, 4230:16, 4230:17, 4230:25, 4231:4, 4231:5, 4231:9, 4232:4, 4232:18, 4233:4, 4233:7, 4234:1, 4234:3, 4234:23, 4234:25, 4235:2, 4235:12, 4235:16, 4235:19, 4235:22, 4236:1, 4236:7, 4236:25, 4237:10, 4237:16,

4237:20, 4237:23, 4237:25, 4238:8, 4238:16, 4238:21, 4238:22, 4238:25, 4239:5, 4239:17, 4240:1, 4240:9, 4240:12, 4240:20, 4240:24, 4241:16, 4241:23, 4242:3, 4242:4, 4243:16, 4243:25, 4244:14, 4244:16, 4244:21, 4244:24, 4245:5, 4245:7, 4245:13, 4245:24, 4246:8, 4246:11, 4246:23, 4247:1, 4247:5, 4247:12, 4247:17, 4248:4, 4248:11, 4248:14, 4248:25, 4249:8, 4249:11, 4249:20, 4249:23, 4250:2, 4250:19, 4251:1, 4251:9, 4251:12, 4251:17, 4251:25, 4252:12, 4252:20, 4253:16, 4254:2, 4254:6, 4254:14, 4255:7, 4255:9, 4255:10, 4255:12, 4255:15, 4255:16, 4255:19, 4256:4, 4256:21, 4256:24, 4257:14, 4257:16, 4257:24, 4258:1, 4258:2, 4258:3, 4258:5, 4258:9, 4258:14, 4259:2, 4259:13, 4259:20, 4260:24, 4261:10, 4261:12, 4261:20, 4261:21, 4262:9, 4262:14, 4262:20, 4262:22, 4263:7, 4263:12, 4263:17, 4263:18, 4264:1, 4264:7, 4264:9, 4264:12, 4264:14, 4264:16, 4264:23, 4265:4, 4265:16, 4265:22, 4266:3, 4266:12, 4266:17, 4267:12, 4267:17, 4268:4, 4268:8, 4268:9, 4269:6, 4269:12, 4269:13, 4269:22, 4270:9, 4270:12, 4270:15, 4270:20, 4271:11, 4271:13, 4271:18, 4271:20,

4272:3, 4272:5, 4272:7, 4272:10, 4272:11, 4272:12, 4272:14, 4273:6, 4273:7, 4273:14, 4273:22, 4274:1, 4274:4, 4275:9, 4275:11, 4275:13, 4275:22, 4276:1, 4276:9, 4276:10, 4276:12, 4276:17, 4277:5, 4277:6, 4278:9, 4278:11, 4278:22, 4279:3, 4279:8, 4279:10, 4279:12, 4279:18, 4279:21, 4280:5, 4280:12, 4280:16, 4280:18, 4280:22, 4281:1, 4281:3, 4281:9, 4281:14, 4281:16, 4282:5, 4282:10, 4282:12, 4282:14, 4283:1, 4283:2, 4283:3, 4283:9, 4283:20, 4284:7, 4284:12, 4284:15, 4284:18, 4284:24, 4285:3, 4285:4, 4285:20, 4285:21, 4285:24, 4287:1, 4287:16, 4287:23, 4288:4, 4288:19, 4289:4, 4289:7, 4289:14, 4289:18, 4289:25, 4290:3, 4290:9, 4290:18, 4291:8, 4291:17, 4291:22, 4292:1, 4292:2, 4292:8, 4293:2, 4294:6, 4294:8, 4294:10, 4294:13, 4294:14, 4294:16, 4294:17, 4294:19, 4295:5, 4295:9, 4295:15, 4295:21, 4296:4, 4296:8, 4296:10, 4296:12, 4296:13, 4296:20, 4297:3, 4297:5, 4297:9, 4297:11, 4297:17, 4297:22, 4297:24, 4297:25, 4298:1, 4298:2, 4298:3, 4298:4, 4298:6, 4298:7, 4298:9, 4298:10, 4298:12, 4298:14, 4298:23, 4298:25, 4299:2, 4299:3,

4299:13, 4299:14, 4299:19, 4300:4, 4300:11, 4301:9
**IN** [4] - 4164:5, 4164:5, 4164:12, 4225:18
**in-house** [1] - 4259:2
**INC** [5] - 4164:16, 4167:21, 4168:9, 4168:10, 4169:10
**inch** [4] - 4244:1, 4244:5, 4245:17
**inches** [2] - 4249:20, 4249:21
**incident** [7] - 4238:1, 4258:16, 4260:12, 4278:19, 4285:21, 4288:14, 4295:22
**inclined** [1] - 4221:3
**include** [3] - 4200:3, 4233:11, 4263:11
**included** [3] - 4196:14, 4236:10, 4236:11
**includes** [2] - 4189:17, 4218:22
**including** [2] - 4203:15, 4208:6
**inclusive** [1] - 4187:2
**incompetence** [1] - 4181:21
**increase** [20] - 4280:16, 4280:17, 4280:21, 4281:1, 4281:4, 4281:11, 4282:3, 4282:6, 4284:16, 4289:7, 4289:14, 4290:9, 4291:1, 4292:6, 4292:8, 4294:13, 4296:16, 4297:3, 4297:11
**increases** [5] - 4255:3, 4257:5, 4257:7, 4284:16, 4288:16
**increasing** [5] - 4241:24, 4289:11, 4292:24, 4296:17
**increment** [14] - 4279:3, 4280:6, 4281:24, 4282:2, 4284:8, 4284:20, 4288:5, 4288:8, 4288:12, 4289:15, 4289:16, 4289:20, 4293:11, 4294:17
**increments** [1] - 4278:10

**indeed** [8] - 4175:25, 4176:21, 4187:11, 4191:10, 4192:1, 4215:16, 4218:23, 4218:25

**independent** [4] - 4192:10, 4209:14, 4227:24, 4229:2

**indicate** [12] - 4251:5, 4271:15, 4273:18, 4281:25, 4282:24, 4290:14, 4291:10, 4294:14, 4295:23, 4298:9, 4299:9, 4299:21

**indicated** [26] - 4173:1, 4186:9, 4187:11, 4187:19, 4205:21, 4260:16, 4260:19, 4263:8, 4269:7, 4269:24, 4272:12, 4273:3, 4278:12, 4281:1, 4281:10, 4283:2, 4284:22, 4285:4, 4285:22, 4287:2, 4287:20, 4288:9, 4291:14, 4291:17, 4295:21, 4297:6

**indicates** [8] - 4179:23, 4179:24, 4262:13, 4266:11, 4270:9, 4271:16, 4297:12, 4297:14

**indicating** [4] - 4277:11, 4287:19, 4291:21, 4294:1

**INDICATING** [5] - 4246:15, 4274:6, 4280:25, 4282:4, 4282:14

**INDICATING)** [5] - 4253:5, 4274:9, 4275:20, 4276:11, 4276:23

**indication** [12] - 4270:12, 4270:16, 4281:3, 4282:6, 4282:25, 4284:18, 4284:24, 4285:22, 4290:17, 4293:9, 4294:22, 4295:5

**indications** [1] - 4293:6

**indicative** [5] - 4290:15, 4290:22, 4291:1, 4293:17, 4299:17

**indicators** [1] - 4256:11

**individual** [2] - 4205:5, 4207:9

**individuals** [2] - 4199:17, 4268:11

**industry** [20] - 4179:11, 4180:2, 4197:24, 4226:10, 4234:25, 4235:8, 4235:10, 4240:21, 4241:1, 4258:10, 4259:14, 4259:17, 4261:2, 4261:4, 4262:4, 4262:6, 4262:7, 4263:6, 4263:23, 4267:18

**infective** [1] - 4298:11

**inferences** [2] - 4217:3, 4217:13

**influencing** [1] - 4271:6

**influx** [6] - 4256:25, 4257:3, 4294:23, 4295:5, 4296:22, 4296:24

**information** [32] - 4185:6, 4238:15, 4239:3, 4239:4, 4239:5, 4240:9, 4240:10, 4240:11, 4241:15, 4241:16, 4258:12, 4260:16, 4260:18, 4260:19, 4264:9, 4264:14, 4267:17, 4273:15, 4274:3, 4281:7, 4281:8, 4281:9, 4285:3, 4286:17, 4286:19, 4286:20, 4289:19, 4293:15, 4294:3, 4299:9, 4299:16, 4299:25

**informing** [1] - 4210:10

**inhibitions** [1] - 4208:25

**initial** [4] - 4237:25, 4238:3, 4240:16, 4296:25

**initially** [7] - 4180:13, 4231:22, 4235:21, 4238:7, 4238:24, 4246:4, 4259:23

**initiate** [1] - 4177:5

**injury** [2] - 4191:11, 4213:22

**inline** [2] - 4250:15, 4250:18

**inside** [4] - 4201:13,

4247:8, 4249:8, 4249:21

**inspected** [3] - 4179:7, 4179:15, 4183:9

**inspection** [8] - 4178:14, 4180:8, 4193:18, 4197:4, 4197:7, 4197:12, 4208:22, 4294:8

**inspectors** [1] - 4209:6

**installation** [1] - 4213:17

**installed** [9] - 4244:1, 4244:2, 4244:4, 4244:6, 4245:14, 4245:15, 4247:15, 4255:14, 4255:17

**instance** [1] - 4206:15

**instant** [1] - 4278:22

**instead** [4] - 4176:4, 4182:16, 4202:7, 4204:16

**Institute** [1] - 4178:13

**instructed** [1] - 4200:9

**instruction** [2] - 4286:21, 4286:24

**instructions** [1] - 4260:13

**instructor** [1] - 4236:17

**instructors** [2] - 4235:16, 4236:1

**intact** [1] - 4255:19

**intakes** [1] - 4173:5

**integral** [1] - 4234:10

**integrity** [1] - 4213:24

**intend** [1] - 4219:21

**intended** [1] - 4300:2

**intention** [1] - 4244:20

**intentionally** [3] - 4245:1, 4300:5, 4300:7

**interest** [1] - 4275:3

**interested** [1] - 4267:12

**interior** [1] - 4273:2

**internal** [5] - 4191:23, 4192:1, 4192:4, 4192:10, 4194:18

**internally** [1] - 4194:25

**international** [2] - 4230:3, 4259:19

**International** [1] - 4259:12

**INTERNATIONAL** [1] - 4169:1

**internationally** [2] - 4230:14, 4235:11

**interpret** [1] - 4298:3

**interpreted** [1] - 4298:1

**interval** [1] - 4292:23

**interview** [6] - 4286:5, 4286:6, 4286:8, 4287:1, 4287:4, 4295:22

**interviewing** [1] - 4193:20

**interviews** [1] - 4194:17

**into** [30] - 4177:25, 4204:13, 4217:2, 4217:10, 4236:2, 4239:18, 4242:22, 4245:20, 4246:2, 4247:11, 4250:21, 4251:10, 4251:14, 4252:5, 4252:19, 4252:24, 4253:10, 4255:2, 4257:11, 4269:1, 4269:5, 4278:4, 4280:15, 4282:16, 4286:13, 4287:13, 4289:17, 4294:1, 4294:24, 4295:14

**introduce** [3] - 4216:7, 4216:17

**introduced** [1] - 4217:2

**investigate** [1] - 4293:8

**investigated** [4] - 4183:17, 4183:19, 4229:20, 4237:5

**investigating** [1] - 4229:22

**investigation** [3] - 4227:20, 4229:8, 4282:9

**investigations** [2] - 4183:15, 4240:8

**investigative** [7] - 4227:12, 4227:14, 4228:10, 4238:23, 4239:2, 4239:3, 4240:7

**investigative-type** [2] - 4227:12, 4227:14

**involve** [1] - 4207:2

**involved** [14] - 4193:5, 4204:23, 4223:5, 4227:18, 4227:19, 4227:20, 4228:11, 4228:12, 4228:18, 4228:23, 4231:9, 4235:2, 4235:12, 4236:7

**involving** [1] - 4268:13

**IRPINO** [2] - 4166:6, 4166:7

**Islands** [2] - 4195:20, 4196:24

**ISM** [33] - 4184:19, 4185:7, 4185:18, 4188:17, 4188:18, 4188:25, 4189:3, 4189:24, 4190:11, 4190:15, 4190:21, 4191:3, 4191:6, 4191:14, 4191:19, 4192:9, 4192:15, 4192:23, 4193:1, 4193:4, 4193:11, 4193:17, 4193:24, 4194:9, 4194:11, 4194:19, 4194:24, 4196:9, 4200:24, 4202:12, 4202:14, 4203:10, 4203:24

**isn't** [2] - 4191:4, 4191:9

**ISO** [1] - 4191:16

**Issuance** [1] - 4193:22

**issue** [24] - 4173:19, 4185:22, 4208:24, 4210:9, 4212:24, 4213:25, 4216:24, 4217:5, 4219:6, 4219:14, 4219:17, 4219:23, 4222:21, 4227:23, 4228:20, 4236:17, 4240:14, 4256:23, 4258:7, 4259:4, 4272:13, 4287:19, 4288:3, 4295:23

**issued** [8] - 4194:5, 4213:25, 4226:11, 4226:13, 4235:17, 4239:25, 4240:11, 4286:24

**issues** [24] - 4193:9, 4210:22, 4217:13, 4221:15, 4222:17, 4223:12, 4224:2, 4225:6, 4228:1, 4228:2, 4229:22,

4230:9, 4230:10,
4230:23, 4230:24,
4231:9, 4231:20,
4234:6, 4237:5,
4237:6, 4238:6,
4239:6

**issuing** [1] - 4227:21

**It** [1] - 4175:10

**it** [324] - 4173:5,
4174:8, 4174:25,
4175:3, 4175:4,
4175:5, 4175:10,
4176:9, 4176:10,
4176:14, 4176:15,
4176:16, 4177:1,
4177:3, 4178:3,
4178:14, 4178:23,
4178:24, 4179:4,
4179:5, 4179:14,
4179:15, 4179:17,
4179:23, 4179:24,
4180:7, 4180:13,
4181:23, 4182:22,
4183:5, 4184:13,
4184:15, 4186:3,
4186:5, 4186:6,
4186:24, 4186:25,
4187:3, 4187:8,
4187:11, 4187:13,
4187:18, 4189:10,
4189:20, 4190:14,
4190:21, 4191:3,
4191:4, 4191:5,
4191:9, 4191:10,
4191:12, 4191:13,
4192:2, 4192:16,
4193:12, 4193:25,
4194:15, 4194:17,
4194:22, 4195:7,
4196:6, 4196:14,
4196:18, 4196:23,
4197:4, 4197:7,
4197:8, 4198:3,
4198:12, 4200:7,
4201:6, 4202:7,
4202:8, 4204:8,
4204:11, 4204:24,
4205:13, 4206:13,
4206:14, 4206:16,
4206:17, 4206:19,
4206:20, 4206:24,
4207:11, 4208:18,
4208:23, 4209:4,
4209:13, 4210:4,
4210:13, 4210:14,
4210:16, 4210:17,
4212:13, 4213:5,
4215:3, 4215:7,
4215:8, 4215:10,
4215:15, 4215:16,
4215:19, 4216:24,

4217:8, 4218:23,
4219:19, 4220:11,
4220:21, 4220:22,
4220:24, 4221:4,
4221:5, 4221:19,
4223:5, 4223:6,
4223:8, 4223:9,
4223:23, 4225:2,
4225:21, 4226:7,
4226:8, 4227:9,
4227:17, 4228:13,
4228:14, 4228:16,
4229:10, 4229:15,
4231:5, 4233:13,
4235:21, 4236:9,
4236:11, 4237:13,
4239:5, 4240:9,
4240:13, 4240:24,
4240:25, 4241:7,
4242:2, 4242:5,
4242:19, 4242:25,
4243:18, 4243:21,
4244:5, 4244:16,
4244:20, 4245:1,
4245:5, 4246:2,
4246:5, 4246:8,
4246:9, 4246:11,
4246:16, 4247:2,
4247:4, 4247:12,
4248:14, 4248:18,
4248:23, 4248:25,
4249:2, 4249:9,
4249:10, 4249:20,
4250:12, 4250:15,
4251:1, 4251:12,
4251:13, 4251:15,
4252:4, 4252:5,
4252:6, 4252:10,
4252:14, 4252:17,
4252:19, 4252:20,
4252:23, 4252:25,
4253:1, 4253:2,
4253:15, 4253:16,
4253:18, 4253:19,
4253:25, 4254:1,
4255:10, 4256:4,
4257:4, 4259:14,
4259:18, 4260:13,
4260:25, 4261:14,
4261:18, 4261:20,
4261:21, 4261:23,
4262:10, 4262:18,
4263:2, 4263:3,
4263:4, 4263:10,
4263:12, 4263:21,
4264:3, 4264:6,
4264:14, 4264:17,
4264:22, 4265:21,
4265:25, 4266:6,
4266:7, 4266:14,
4267:4, 4267:17,

4267:18, 4267:24,
4268:19, 4269:16,
4269:17, 4269:23,
4270:14, 4270:25,
4271:16, 4272:7,
4272:15, 4273:12,
4274:1, 4274:12,
4274:13, 4274:15,
4275:22, 4275:23,
4276:5, 4276:17,
4276:19, 4276:22,
4277:6, 4277:7,
4277:25, 4278:18,
4278:24, 4279:5,
4279:22, 4280:13,
4280:15, 4282:13,
4282:16, 4282:17,
4283:5, 4283:9,
4283:7, 4283:13,
4283:22, 4285:8,
4286:10, 4286:15,
4286:23, 4287:7,
4287:16, 4287:21,
4288:22, 4289:17,
4290:4, 4290:11,
4290:24, 4291:6,
4292:6, 4292:15,
4293:8, 4293:12,
4293:14, 4293:20,
4294:1, 4294:7,
4295:7, 4295:9,
4295:13, 4296:6,
4297:5, 4297:14,
4297:22, 4298:7,
4298:15, 4298:19,
4298:23, 4298:24,
4299:2, 4299:11,
4299:21, 4300:1,
4300:2

**it's** [75] - 4172:10,
4174:20, 4176:10,
4176:11, 4180:11,
4180:20, 4180:21,
4193:18, 4193:20,
4197:8, 4198:11,
4198:13, 4200:13,
4201:3, 4201:14,
4205:1, 4207:9,
4207:17, 4210:18,
4216:5, 4216:6,
4221:13, 4222:11,
4224:18, 4225:9,
4226:12, 4227:4,
4229:23, 4230:13,
4230:20, 4236:23,
4237:11, 4237:13,
4246:14, 4248:16,
4249:2, 4249:14,
4249:21, 4251:3,
4251:14, 4252:4,
4252:12, 4253:2,

4253:9, 4253:23,
4255:25, 4256:2,
4256:19, 4257:1,
4259:18, 4259:19,
4260:12, 4270:15,
4273:7, 4273:11,
4273:13, 4275:2,
4276:4, 4276:5,
4276:23, 4277:21,
4278:14, 4279:23,
4282:19, 4285:1,
4285:2, 4289:16,
4290:15, 4290:17,
4290:21, 4291:12,
4294:8, 4298:24

**item** [7] - 4180:11,
4191:9, 4191:23,
4209:3, 4209:14,
4209:24, 4211:7

**items** [2] - 4208:8,
4209:13

**its** [30] - 4173:11,
4173:14, 4176:17,
4177:24, 4179:10,
4180:18, 4191:3,
4191:24, 4192:1,
4192:6, 4197:10,
4197:11, 4198:5,
4198:22, 4218:7,
4219:2, 4222:12,
4228:23, 4231:22,
4238:6, 4238:15,
4240:20, 4242:19,
4242:24, 4243:1,
4246:16, 4246:17,
4253:8, 4258:9,
4267:15

**itself** [14] - 4194:25,
4236:12, 4242:21,
4242:23, 4243:2,
4243:4, 4243:10,
4245:20, 4248:16,
4249:14, 4256:20,
4266:17, 4278:1,
4296:8

# J

**J** [9] - 4164:8,
4164:22, 4165:6,
4165:17, 4167:8,
4168:4, 4168:11,
4168:20, 4169:5

**jack** [1] - 4201:16

**jack-ups** [1] -
4201:16

**JAMES** [2] - 4165:3,
4167:13

**January** [1] -
4266:16

**Jason** [1] - 4181:24

**JEFFERSON** [2] -
4165:4, 4168:21

**JEFFREY** [1] -
4165:14

**JERRY** [1] - 4169:15

**JESSICA** [2] -
4166:20, 4166:21

**jetted** [1] - 4243:25

**Jim** [1] - 4216:13

**Jimmy** [1] - 4211:21

**JIMMY** [1] - 4166:4

**job** [6] - 4198:10,
4211:13, 4255:14,
4268:11, 4271:24,
4272:2

**jobs** [3] - 4233:16,
4247:13, 4268:8

**jockeying** [1] -
4289:12

**Joe** [1] - 4217:22

**John** [3] - 4172:15,
4205:19, 4213:5

**JOHN** [3] - 4166:2,
4168:23, 4169:19

**joint** [5] - 4246:10,
4248:13, 4249:6,
4249:18, 4250:11

**joints** [6] - 4244:18,
4244:19, 4245:25,
4246:4, 4246:9,
4250:1

**JONES** [1] - 4169:5

**JR** [2] - 4165:17,
4169:11

**judge** [3] - 4206:21,
4221:10, 4223:21

**JUDGE** [1] - 4164:23

**Judge** [12] - 4171:12,
4196:6, 4203:9,
4216:25, 4217:8,
4223:19, 4224:7,
4225:13, 4225:24,
4228:17, 4261:23,
4278:11

**judgment** [6] -
4218:7, 4219:7,
4219:14, 4221:21,
4223:25, 4271:7

**juridical** [1] -
4222:11

**just** [87] - 4171:20,
4172:4, 4172:10,
4174:19, 4178:24,
4179:24, 4181:7,
4183:2, 4185:16,
4187:11, 4188:22,
4189:6, 4189:10,
4192:2, 4193:17,
4195:7, 4196:5,

4198:15, 4198:24,
4201:4, 4202:18,
4202:22, 4205:3,
4208:17, 4208:21,
4210:19, 4212:7,
4212:24, 4213:14,
4215:9, 4216:24,
4217:7, 4217:10,
4217:16, 4218:11,
4219:1, 4219:24,
4220:5, 4220:11,
4220:19, 4221:4,
4221:6, 4222:25,
4223:10, 4223:13,
4224:4, 4225:4,
4228:21, 4238:15,
4240:9, 4244:9,
4244:13, 4245:20,
4246:11, 4249:21,
4250:6, 4250:10,
4250:12, 4255:5,
4256:4, 4258:25,
4261:18, 4261:19,
4263:2, 4266:11,
4270:19, 4273:5,
4274:20, 4275:4,
4276:14, 4282:2,
4283:14, 4283:22,
4285:8, 4288:17,
4289:18, 4295:9,
4295:16, 4297:24,
4298:6, 4298:9,
4299:5, 4300:3,
4300:11

**Justice** [1] - 4229:6
**JUSTICE** [4] -
4166:10, 4166:14,
4166:19, 4167:1

## K

**K** [2] - 4167:22,
4195:6
**KANNER** [2] -
4167:16, 4167:17
**KAREN** [1] - 4169:21
**Karen** [2] - 4301:5,
4301:13
karen_lbos@laed.
uscourts.gov [1] -
4169:23
**KARIS** [1] - 4168:5
**Katie** [1] - 4202:25
**KATZ** [1] - 4165:6
**keep** [10] - 4172:4,
4172:10, 4183:1,
4202:7, 4216:3,
4248:14, 4248:25,
4275:4, 4275:13,
4277:5

keeping [2] - 4249:3,
4253:11
**Keith** [9] - 4278:12,
4280:22, 4280:24,
4281:14, 4281:25,
4283:2, 4284:22,
4288:9, 4289:17
**Keith's** [5] - 4217:22,
4217:23, 4273:1,
4273:16, 4281:12
**KELLEY** [1] - 4167:3
**KERRY** [1] - 4168:11
**kick** [5] - 4182:12,
4231:13, 4269:11,
4269:12, 4271:25
**kicking** [1] - 4231:15
**kicks** [3] - 4182:3,
4237:1
**kill** [13] - 4245:5,
4250:3, 4256:22,
4287:18, 4290:7,
4290:9, 4290:15,
4290:21, 4291:8,
4291:13, 4292:8,
4292:13, 4292:25
**Kinchen** [12] -
4170:7, 4172:13,
4172:15, 4182:24,
4192:21, 4203:21,
4205:19, 4207:5,
4208:5, 4212:11,
4212:23, 4215:12
**KINCHEN** [16] -
4168:23, 4168:23,
4172:15, 4172:19,
4177:21, 4178:3,
4178:4, 4183:7,
4184:15, 4184:17,
4184:21, 4184:23,
4185:25, 4186:1,
4188:5, 4205:19
**kind** [24] - 4228:3,
4236:2, 4244:13,
4244:17, 4244:20,
4264:13, 4266:3,
4266:11, 4267:24,
4267:25, 4268:1,
4290:9, 4289:16,
4290:1, 4291:8,
4291:12, 4292:6,
4292:14, 4293:18,
4294:2, 4294:11,
4295:3, 4295:16,
4299:3
**King** [1] - 4228:13
**KIRKLAND** [1] -
4168:4
**knew** [1] - 4268:11
**know** [70] - 4171:14,
4171:16, 4171:25,

4172:6, 4181:5,
4181:24, 4184:24,
4185:22, 4195:11,
4198:3, 4198:8,
4199:9, 4200:14,
4210:2, 4214:11,
4233:4, 4237:10,
4238:8, 4238:20,
4239:16, 4240:5,
4240:8, 4249:2,
4249:10, 4254:17,
4257:8, 4258:2,
4258:11, 4258:25,
4265:1, 4265:11,
4267:3, 4268:17,
4269:24, 4270:14,
4270:24, 4273:8,
4274:2, 4278:19,
4278:20, 4279:7,
4280:11, 4282:8,
4284:12, 4285:1,
4285:8, 4285:13,
4285:25, 4286:3,
4286:12, 4288:6,
4291:3, 4291:5,
4291:6, 4291:15,
4291:16, 4291:22,
4292:15, 4292:16,
4293:15, 4293:25,
4294:4, 4294:7,
4295:6, 4295:17,
4296:15
**knowing** [4] -
4279:25, 4281:19,
4281:20, 4282:11
**Kongsberg** [2] -
4173:21, 4174:5
**KRAUS** [1] - 4167:17
**Kris** [1] - 4199:13
**KULLMAN** [1] -
4165:11

## L

**L** [4] - 4167:7,
4168:14, 4225:23
**L.L.C** [1] - 4169:17
**LA** [15] - 4165:5,
4165:7, 4165:13,
4165:18, 4165:20,
4165:23, 4166:3,
4166:8, 4167:15,
4167:18, 4167:24,
4168:12, 4168:22,
4169:3, 4169:22
**lab** [1] - 4285:17
**labeled** [1] - 4206:7
**lack** [3] - 4177:22,
4183:25, 4184:1
**Lafayette** [2] -

4226:4, 4228:21
**LAFAYETTE** [2] -
4165:5, 4168:22
**LAFLEUR** [1] -
4168:20
**lag** [1] - 4283:1
**laid** [1] - 4240:16
**LAMAR** [1] - 4169:15
**land** [1] - 4255:9
**Langan** [1] - 4220:4
**LANGAN** [8] -
4168:4, 4220:4,
4220:13, 4220:16,
4220:21, 4220:25,
4221:3, 4221:8
**language** [1] -
4193:1
**lapse** [1] - 4204:13
**large** [6] - 4226:9,
4249:19, 4251:18,
4263:2, 4263:4,
4277:16
**large-diameter** [2] -
4249:19, 4251:18
**largely** [1] - 4187:2
**LASALLE** [1] -
4168:6
**last** [23] - 4171:12,
4171:18, 4172:25,
4188:18, 4195:18,
4196:20, 4207:23,
4210:6, 4214:2,
4215:11, 4215:13,
4215:15, 4216:10,
4216:11, 4217:16,
4217:21, 4239:15,
4268:10, 4279:1,
4283:6, 4283:16,
4283:20, 4299:19
**lasts** [1] - 4260:12
**latch** [2] - 4245:20,
4246:12
**latched** [2] -
4242:21, 4248:1
**latches** [1] - 4248:3
**late** [2] - 4211:16,
4235:16
**later** [15] - 4217:17,
4220:10, 4247:19,
4262:1, 4278:9,
4279:1, 4280:5,
4282:20, 4284:7,
4287:10, 4288:13,
4289:21, 4291:2,
4291:3, 4292:22
**LAW** [3] - 4165:19,
4165:21, 4166:6
**LAWRENCE** [1] -
4166:22
**lawyer** [1] - 4171:20

**lawyers** [1] - 4171:17
**lead** [2] - 4177:8,
4192:12
**leader** [2] - 4267:2,
4285:20
**leaders** [1] - 4260:17
**leads** [1] - 4191:11
**leaking** [1] - 4258:4
**learned** [2] -
4240:11, 4268:9
**lease** [1] - 4235:19
**LEASING** [1] -
4164:13
**least** [5] - 4198:10,
4201:12, 4209:18,
4219:24, 4285:1
**leave** [3] - 4207:18,
4243:18, 4245:1
**leaves** [1] - 4287:25
**left** [9] - 4171:13,
4205:7, 4216:16,
4243:10, 4243:13,
4244:21, 4245:13,
4293:20
**left-hand** [1] - 4205:7
**LEGER** [2] -
4165:16, 4165:17
**length** [7] - 4183:4,
4192:20, 4254:11,
4254:12, 4257:6,
4266:17
**less** [9] - 4197:6,
4197:11, 4212:7,
4220:5, 4257:9,
4278:7, 4279:17,
4292:12
**let** [9] - 4220:19,
4245:15, 4247:18,
4252:20, 4257:21,
4274:20, 4288:23,
4290:20
**let's** [87] - 4172:22,
4174:19, 4175:6,
4178:5, 4179:1,
4179:20, 4180:23,
4181:13, 4183:6,
4183:15, 4184:9,
4185:24, 4186:2,
4189:3, 4189:9,
4191:18, 4192:18,
4192:19, 4192:25,
4194:9, 4195:4,
4196:7, 4197:15,
4198:8, 4199:7,
4199:15, 4199:22,
4200:21, 4201:18,
4202:20, 4203:2,
4204:10, 4204:25,
4205:5, 4205:6,
4206:6, 4206:25,

4208:4, 4208:11, 4210:12, 4210:17, 4224:18, 4224:19, 4232:1, 4232:15, 4234:12, 4237:23, 4240:19, 4243:5, 4243:6, 4246:14, 4249:16, 4250:14, 4251:3, 4252:8, 4253:19, 4253:20, 4258:8, 4260:21, 4264:20, 4268:14, 4272:19, 4272:25, 4274:10, 4274:19, 4275:8, 4276:7, 4278:8, 4280:4, 4282:2, 4282:19, 4284:6, 4285:9, 4287:4, 4287:8, 4288:12, 4289:20, 4294:16, 4297:7, 4297:11, 4300:9

**level** [12] - 4175:21, 4176:1, 4228:16, 4236:14, 4256:12, 4260:3, 4260:10, 4283:6, 4297:19, 4299:13

**levels** [3] - 4186:22, 4256:6, 4269:10

**LEWIS** [5] - 4165:11, 4167:22, 4169:10, 4169:14, 4169:17

**LI** [1] - 4168:18

**liability** [2] - 4222:18, 4223:17

**liable** [1] - 4220:9

**liaison** [1] - 4223:2

**license** [2] - 4226:11, 4226:12

**licensed** [2] - 4226:8, 4226:9

**LIFE** [1] - 4165:12

**life** [1] - 4213:22

**lift** [1] - 4254:1

**light** [4] - 4186:9, 4274:17, 4294:23, 4296:20

**lighter** [1] - 4290:4

**like** [38] - 4171:23, 4171:25, 4181:7, 4185:20, 4193:21, 4195:7, 4197:23, 4199:2, 4201:5, 4203:24, 4208:21, 4218:6, 4218:9, 4218:11, 4220:5, 4220:24, 4227:25, 4238:13, 4240:16, 4240:25, 4249:5,

4249:19, 4258:25, 4259:23, 4269:6, 4269:16, 4269:23, 4274:5, 4279:5, 4280:13, 4280:20, 4281:9, 4283:20, 4283:22, 4293:11, 4294:7, 4297:6, 4299:11

**likelihood** [1] - 4191:12

**likely** [3] - 4220:19, 4294:1, 4299:17

**limit** [1] - 4222:13

**limitation** [3] - 4218:17, 4218:18, 4223:16

**limited** [1] - 4222:18

**line** [40] - 4195:17, 4242:22, 4242:24, 4244:4, 4245:6, 4245:10, 4245:12, 4248:1, 4250:6, 4250:9, 4251:11, 4251:20, 4256:22, 4276:8, 4276:11, 4276:20, 4276:23, 4277:2, 4277:13, 4277:15, 4277:16, 4280:9, 4280:11, 4280:12, 4280:16, 4287:19, 4288:16, 4289:5, 4290:8, 4290:9, 4290:15, 4290:18, 4290:22, 4291:8, 4291:13, 4291:25, 4292:8, 4292:13, 4292:25

**lined** [3] - 4284:13, 4289:24, 4294:1

**liner** [4] - 4244:5, 4245:14, 4247:6, 4247:7

**liners** [1] - 4247:6

**lines** [11] - 4184:11, 4184:15, 4199:24, 4208:14, 4250:4, 4251:18, 4251:21, 4274:17, 4274:18, 4277:11, 4277:24

**lining** [1] - 4284:3

**LISKOW** [1] - 4167:22

**list** [4] - 4174:23, 4187:8, 4214:16

**listed** [1] - 4266:8

**lists** [1] - 4266:18

**LITIGATION** [1] - 4167:2

**litigation** [9] -

4227:12, 4227:13, 4227:14, 4228:10, 4228:12, 4229:11, 4237:6, 4237:7, 4239:18

**litigation-related** [1] - 4228:10

**little** [23] - 4196:16, 4218:15, 4218:16, 4220:5, 4242:10, 4247:19, 4254:18, 4260:14, 4260:15, 4272:15, 4280:8, 4283:2, 4283:5, 4283:6, 4288:17, 4288:18, 4290:2, 4290:9, 4290:10, 4291:2, 4291:17, 4293:13, 4299:3

**live** [4] - 4210:13, 4226:3, 4257:15, 4257:22

**lives** [1] - 4188:18

**LLC** [1] - 4168:8

**Lloyds** [6] - 4186:2, 4186:12, 4186:24, 4187:3, 4187:13, 4187:15

**LMRP** [4] - 4206:16, 4248:6, 4248:8

**load** [2] - 4277:18, 4277:20

**located** [2] - 4198:11, 4253:10

**location** [6] - 4180:12, 4202:2, 4243:22, 4245:24, 4266:6, 4285:16

**long** [4] - 4171:24, 4172:1, 4216:3, 4260:10

**longer** [4] - 4172:5, 4259:7, 4269:18, 4293:13

**look** [27] - 4174:7, 4174:19, 4175:6, 4176:21, 4179:1, 4183:18, 4186:16, 4192:19, 4194:9, 4195:15, 4199:1, 4213:14, 4215:11, 4228:7, 4234:17, 4249:25, 4259:25, 4272:10, 4274:16, 4275:23, 4276:10, 4283:20, 4286:3, 4286:19, 4293:11

**looked** [31] - 4179:25, 4183:21, 4187:25, 4188:21,

4205:3, 4225:7, 4225:8, 4228:2, 4229:14, 4230:9, 4230:23, 4230:24, 4231:20, 4233:3, 4239:9, 4239:10, 4240:25, 4258:13, 4258:21, 4258:24, 4259:6, 4259:9, 4259:20, 4267:9, 4267:17, 4269:6, 4269:23, 4284:23, 4285:4, 4297:5, 4299:11

**looking** [24] - 4184:12, 4194:3, 4198:9, 4199:3, 4201:12, 4229:11, 4239:6, 4240:7, 4250:17, 4255:12, 4259:24, 4267:17, 4267:23, 4278:18, 4280:11, 4285:3, 4285:6, 4285:7, 4286:15, 4286:19, 4298:14

**looks** [7] - 4201:5, 4269:16, 4279:5, 4280:13, 4280:20, 4283:22, 4294:7

**LOS** [1] - 4168:19

**loss** [4] - 4213:22, 4213:23, 4234:5, 4234:6

**lost** [1] - 4231:19

**lot** [6] - 4172:6, 4195:2, 4204:13, 4236:23, 4269:22, 4282:9

**loud** [5] - 4193:3, 4194:15, 4195:17, 4198:25, 4213:16

**LOUISIANA** [5] - 4164:2, 4164:8, 4167:11, 4167:13, 4169:19

**Louisiana** [7] - 4219:10, 4226:4, 4226:13, 4228:17, 4228:21, 4235:8, 4301:6

**louvers** [1] - 4215:8

**lower** [21] - 4191:11, 4206:16, 4243:24, 4244:10, 4244:25, 4245:2, 4245:7, 4245:9, 4248:5, 4248:7, 4248:19, 4249:12, 4252:18, 4272:4, 4272:5,

4272:7, 4273:17, 4279:16, 4290:5, 4299:16, 4299:17

**LSU** [2] - 4226:15, 4235:7

**lubricate** [1] - 4299:3

**LUIS** [1] - 4168:18

**lunch** [1] - 4300:12

**LUNCH** [1] - 4300:16

**LUTHER** [1] - 4167:7

**M**

**m** [1] - 4171:3

**M** [2] - 4165:11, 4195:6

**M-C-K-A-Y** [1] - 4195:6

**Machinery** [1] - 4177:3

**machinery** [1] - 4177:4

**Macondo** [22] - 4230:15, 4230:16, 4231:3, 4231:24, 4231:25, 4232:7, 4232:9, 4232:15, 4242:10, 4242:19, 4242:21, 4242:22, 4243:11, 4245:18, 4245:20, 4246:16, 4248:1, 4253:19, 4266:5, 4268:13, 4272:20, 4279:7

**made** [15] - 4182:14, 4187:21, 4211:12, 4220:21, 4221:6, 4227:21, 4231:22, 4238:23, 4240:6, 4281:24, 4286:14, 4289:15, 4294:21, 4295:18

**MAGAZINE** [1] - 4166:7

**magic** [1] - 4211:3

**magistrate** [1] - 4216:20

**MAHR** [3] - 4204:14, 4204:19, 4206:5

**MAHRA** [5] - 4204:14, 4204:19, 4205:3, 4205:6, 4205:14

**MAHRAs** [1] - 4204:5

**MAHTOOK** [1] - 4168:20

**mail** [12] - 4199:16, 4199:19, 4200:7, 4200:8, 4200:13,

4202:25, 4208:5,
4208:11, 4208:14,
4214:7, 4214:11,
4214:21
**MAIN** [1] - 4166:2
**maintain** [4] -
4189:16, 4249:8,
4253:8, 4254:21
**maintenance** [6] -
4177:19, 4177:25,
4180:8, 4209:24,
4209:25, 4214:13
**major** [2] - 4182:14,
4229:1
**Major** [1] - 4204:7
**Make** [1] - 4198:12
**make** [17] - 4171:15,
4177:21, 4178:11,
4201:18, 4217:11,
4217:16, 4220:6,
4221:4, 4225:4,
4239:16, 4241:13,
4244:14, 4263:13,
4267:5, 4271:6,
4282:2, 4285:9
**makes** [1] - 4244:20
**making** [6] -
4181:21, 4204:2,
4207:17, 4207:22,
4276:4, 4276:5
**malfunction** [2] -
4215:9, 4215:10
**malfunctioning** [1] -
4177:4
**MALINDA** [1] -
4166:22
**man** [5] - 4233:5,
4233:9, 4267:1,
4285:2, 4286:23
**management** [3] -
4186:19, 4189:17,
4193:6
**Management** [1] -
4189:13
**manager** [1] -
4213:17
**manifold** [1] - 4179:6
**manner** [3] - 4216:8,
4228:12, 4289:18
**manual** [11] - 4174:5,
4174:8, 4174:12,
4203:20, 4207:6,
4235:14, 4236:8,
4260:5, 4260:7,
4263:1
**manuals** [1] -
4239:11
**manufacturer** [1] -
4179:17
**manufacturer's** [2] -

4179:8, 4179:16
**manufacturers** [1] -
4228:19
**many** [14] - 4171:16,
4174:18, 4182:3,
4186:18, 4187:5,
4187:9, 4187:11,
4187:21, 4229:19,
4229:23, 4233:1,
4233:2, 4236:22,
4266:14
**March** [17] - 4164:9,
4210:9, 4210:13,
4211:17, 4260:25,
4268:13, 4268:18,
4268:21, 4268:25,
4269:16, 4269:25,
4270:6, 4270:18,
4271:3, 4271:12,
4271:15, 4271:25
**MARCH** [1] - 4171:2
**margin** [1] - 4246:21
**margins** [2] - 4255:5,
4255:7
**Marianas** [2] -
4243:12, 4243:25
**marine** [20] -
4179:10, 4180:24,
4185:2, 4206:1,
4206:5, 4206:10,
4206:18, 4207:23,
4208:20, 4208:22,
4248:7, 4248:19,
4248:20, 4248:24,
4249:12, 4249:13,
4250:25, 4251:6,
4266:4, 4266:15
**maritime** [4] -
4190:14, 4192:5,
4206:10, 4206:25
**Marshall** [2] -
4195:20, 4196:24
**marshalling** [3] -
4216:14, 4216:25,
4217:8
**Martin** [1] - 4286:7
**mass** [1] - 4252:17
**master** [4] - 4183:17,
4185:7, 4193:5,
4198:10
**master's** [1] - 4203:4
**mate** [1] - 4214:25
**material** [8] - 4234:5,
4234:6, 4235:14,
4240:24, 4256:25,
4257:3, 4295:5,
4296:24
**materials** [2] -
4253:3, 4265:5
**matter** [7] - 4190:12,

4190:16, 4207:8,
4208:20, 4217:21,
4232:4, 4301:9
**matters** [1] - 4171:11
**MATTHEW** [1] -
4168:5
**may** [18] - 4177:21,
4182:16, 4184:12,
4188:10, 4192:5,
4204:3, 4205:16,
4224:15, 4225:24,
4227:9, 4244:12,
4244:23, 4244:24,
4273:12, 4274:3,
4282:17, 4284:4
**May** [3] - 4194:23,
4195:21, 4196:12
**maybe** [7] - 4223:2,
4264:11, 4267:11,
4289:17, 4290:17,
4293:13, 4295:19
**MAZE** [1] - 4167:7
**McCLELLAN** [1] -
4166:20
**McKay** [5] - 4195:5,
4195:6, 4195:9,
4195:11, 4195:16
**McKay's** [2] -
4195:18, 4196:8
**McKechnie** [1] -
4200:17
**MCKINNEY** [1] -
4169:7
**me** [31] - 4198:14,
4204:19, 4214:16,
4221:20, 4227:19,
4228:3, 4240:24,
4241:7, 4245:15,
4247:18, 4252:20,
4257:21, 4266:25,
4267:17, 4268:1,
4269:6, 4274:20,
4281:10, 4281:11,
4282:8, 4284:2,
4288:23, 4290:20,
4292:18, 4294:20,
4295:13, 4297:6,
4297:10, 4298:14,
4299:16
**mean** [25] - 4172:3,
4172:11, 4185:21,
4187:5, 4187:7,
4187:25, 4193:25,
4194:5, 4194:22,
4220:11, 4220:17,
4226:7, 4232:8,
4232:12, 4243:13,
4243:14, 4244:8,
4245:22, 4252:3,
4257:13, 4260:7,

4286:15, 4288:5,
4297:16, 4298:20
**meaning** [1] -
4278:14
**means** [7] - 4179:14,
4194:22, 4206:15,
4256:6, 4257:7,
4258:4, 4259:11
**measured** [3] -
4255:4, 4277:20,
4277:25
**measures** [1] -
4277:21
**measuring** [1] -
4277:22
**mechanical** [1] -
4247:10
**MECHANICAL** [1] -
4169:25
**mechanically** [2] -
4215:8, 4247:9
**mechanism** [1] -
4244:17
**medium** [1] -
4227:23
**meet** [2] - 4178:24,
4236:6
**meeting** [3] -
4238:21, 4240:7,
4300:10
**meetings** [2] -
4238:21, 4238:22
**meets** [1] - 4259:14
**members** [3] -
4187:22, 4188:2,
4252:19
**memo** [2] - 4212:25,
4213:1
**memorialized** [1] -
4173:25
**men** [1] - 4233:6
**mentioned** [8] -
4180:20, 4183:8,
4186:8, 4187:11,
4224:1, 4253:21,
4295:16, 4298:12
**merger** [1] - 4213:2
**met** [2] - 4238:24,
4267:18
**meteorological** [1] -
4256:8
**metocean** [1] -
4256:7
**Mexico** [8] - 4185:2,
4197:10, 4197:13,
4197:23, 4227:25,
4230:13, 4242:18,
4268:7
**MEXICO** [1] - 4164:6
**MI** [6] - 4169:17,

4212:2, 4218:5,
4218:6, 4218:22,
4225:1
**MI's** [1] - 4219:21
**MICHAEL** [2] -
4166:11, 4168:17
**Michael** [2] -
4209:18, 4209:20
**MICHELLE** [1] -
4166:21
**Michoud** [1] - 4240:7
**might** [3] - 4223:15,
4261:24, 4274:25
**Mike** [2] - 4214:25,
4217:15
**MILLER** [1] -
4168:11
**Millsap** [2] - 4199:13,
4199:25
**Millsap's** [1] -
4199:23
**mind** [7] - 4172:4,
4172:10, 4208:21,
4227:16, 4248:14,
4275:13, 4277:5
**minute** [12] -
4219:20, 4249:11,
4270:19, 4271:16,
4282:20, 4283:21,
4284:11, 4287:14,
4287:15, 4293:13,
4293:14, 4293:20
**minutes** [20] -
4188:17, 4212:7,
4274:17, 4274:18,
4275:8, 4275:9,
4278:9, 4278:24,
4279:1, 4279:2,
4280:5, 4280:20,
4284:7, 4287:10,
4288:13, 4288:16,
4289:21, 4291:18,
4292:22, 4300:11
**Mirage** [1] - 4231:5
**mirrors** [1] - 4261:18
**misconduct** [1] -
4220:10
**misinterpreted** [3] -
4300:3, 4300:5,
4300:8
**missed** [1] - 4182:12
**Mississippi** [6] -
4229:13, 4229:14,
4230:16, 4230:17,
4230:25, 4231:4
**misstated** [1] -
4184:13
**mistake** [1] -
4182:15
**mitigate** [1] - 4207:1

**mitigation** [2] -
4206:10, 4206:12
**mitigations** [2] -
4205:12, 4206:8
**Mitigations** [1] -
4206:7
**MMS** [3] - 4235:13,
4235:23, 4259:7
**mobile** [2] - 4201:15,
4201:19
**MOBILE** [1] -
4165:10
**mode** [4] - 4237:7,
4239:18, 4251:17,
4252:12
**modified** [2] -
4272:8, 4272:18
**MODU** [26] - 4174:1,
4175:11, 4175:20,
4176:4, 4176:10,
4176:11, 4176:17,
4176:19, 4176:25,
4177:1, 4177:13,
4181:1, 4183:24,
4196:23, 4197:12,
4200:24, 4201:3,
4201:14, 4202:10,
4202:19, 4203:6,
4203:10, 4203:14,
4203:19, 4252:11
**modular** [5] -
4236:11, 4236:12,
4258:21, 4258:22,
4259:20
**MODUs** [12] -
4175:15, 4180:24,
4181:1, 4183:16,
4197:9, 4201:19,
4201:23, 4202:1,
4202:14, 4203:15,
4203:16, 4203:17
**ModuSpec** [5] -
4192:2, 4199:7,
4199:12, 4199:18,
4200:8
**molded** [1] - 4252:5
**moment** [3] - 4183:3,
4196:19, 4200:8
**Monday** [1] - 4164:9
**monitor** [12] -
4256:10, 4258:1,
4261:5, 4261:7,
4262:19, 4263:13,
4263:16, 4264:18,
4264:24, 4270:4,
4273:22, 4299:12
**monitored** [3] -
4241:22, 4263:22,
4289:2
**monitoring** [11] -

4241:3, 4256:1,
4261:3, 4261:4,
4261:20, 4270:7,
4272:19, 4286:16,
4299:20, 4299:22,
4299:23
**monitors** [1] -
4273:3
**MONTGOMERY** [1] -
4167:9
**month's** [1] -
4215:10
**monthly** [1] - 4215:6
**moon** [7] - 4180:14,
4180:18, 4181:7,
4181:10, 4246:2,
4250:18, 4250:21
**more** [17] - 4194:18,
4195:2, 4196:18,
4224:12, 4225:9,
4236:3, 4239:18,
4246:22, 4247:6,
4250:21, 4255:8,
4256:2, 4260:15,
4269:16, 4269:17,
4280:8, 4292:12
**MORGAN** [1] -
4169:17
**MORNING** [1] -
4164:20
**morning** [15] -
4171:6, 4172:20,
4172:21, 4188:14,
4188:16, 4207:5,
4215:5, 4216:23,
4217:15, 4218:9,
4223:20, 4224:16,
4225:13, 4238:1,
4239:7
**morphed** [1] -
4236:2
**most** [5] - 4174:9,
4174:10, 4254:4,
4268:2, 4276:15
**motion** [20] - 4218:7,
4218:9, 4218:12,
4219:3, 4219:5,
4219:20, 4219:21,
4220:2, 4220:6,
4220:18, 4221:6,
4221:22, 4223:24,
4223:25, 4224:3,
4224:10, 4225:3,
4225:8, 4225:10,
4237:19
**motions** [5] -
4221:17, 4221:21,
4222:16, 4222:23,
4223:15
**movable** [1] -

4252:11
**Move** [1] - 4198:12
**move** [19] - 4173:10,
4173:13, 4181:13,
4183:6, 4185:24,
4185:25, 4198:25,
4203:25, 4206:12,
4206:15, 4211:10,
4216:7, 4216:9,
4221:12, 4246:14,
4278:9, 4290:2,
4295:24, 4299:4
**moved** [6] - 4243:18,
4245:19, 4246:2,
4250:20, 4278:11,
4295:25
**movement** [6] -
4249:1, 4249:4,
4249:7, 4256:12,
4283:3
**moves** [1] - 4256:5
**moving** [5] -
4203:17, 4248:17,
4249:5, 4290:22,
4299:5
**MR** [119] - 4172:15,
4172:19, 4177:21,
4178:3, 4178:4,
4183:7, 4184:14,
4184:15, 4184:17,
4184:21, 4184:23,
4185:19, 4185:25,
4186:1, 4188:5,
4188:7, 4188:10,
4188:13, 4196:2,
4196:4, 4200:22,
4200:23, 4201:7,
4201:9, 4202:22,
4202:24, 4203:2,
4203:3, 4204:10,
4204:12, 4205:19,
4205:25, 4206:3,
4206:4, 4211:2,
4211:5, 4211:10,
4211:11, 4211:24,
4211:25, 4212:3,
4212:6, 4212:9,
4212:10, 4212:19,
4212:20, 4213:11,
4213:13, 4214:5,
4214:6, 4214:19,
4214:20, 4215:24,
4216:4, 4216:13,
4216:19, 4216:23,
4217:5, 4217:15,
4218:5, 4218:13,
4218:18, 4218:25,
4219:4, 4219:22,
4220:1, 4220:3,
4220:4, 4220:13,

4220:16, 4220:21,
4220:25, 4221:3,
4221:8, 4221:10,
4221:21, 4222:3,
4222:8, 4222:10,
4222:16, 4223:13,
4223:19, 4223:20,
4224:3, 4224:7,
4224:9, 4224:15,
4224:20, 4225:1,
4225:11, 4225:13,
4225:24, 4226:2,
4232:1, 4232:2,
4232:5, 4232:6,
4237:15, 4237:22,
4239:23, 4242:12,
4242:13, 4243:6,
4243:7, 4247:22,
4247:23, 4261:23,
4261:24, 4262:1,
4262:2, 4262:3,
4274:23, 4275:1,
4275:6, 4275:7,
4283:16, 4283:18,
4283:19, 4300:13
**Mr** [131] - 4170:7,
4170:9, 4170:11,
4170:17, 4170:19,
4171:8, 4172:13,
4172:20, 4175:12,
4177:12, 4177:22,
4178:22, 4179:3,
4180:5, 4180:17,
4181:5, 4182:10,
4182:24, 4183:8,
4183:11, 4184:18,
4184:20, 4184:24,
4185:1, 4185:17,
4185:23, 4186:2,
4188:14, 4188:21,
4192:21, 4195:6,
4195:11, 4195:16,
4195:18, 4196:8,
4199:23, 4199:25,
4203:21, 4205:20,
4205:21, 4205:22,
4207:5, 4208:5,
4208:7, 4210:21,
4211:6, 4211:16,
4212:7, 4212:11,
4212:21, 4212:23,
4212:24, 4213:6,
4213:8, 4213:14,
4214:8, 4214:12,
4215:2, 4215:6,
4215:12, 4215:13,
4215:24, 4216:5,
4216:6, 4216:8,
4216:13, 4216:18,
4217:23, 4224:11,
4225:3, 4225:7,

4226:3, 4229:19,
4237:23, 4239:24,
4242:4, 4242:14,
4243:14, 4247:18,
4248:19, 4252:2,
4253:7, 4262:4,
4265:18, 4265:23,
4265:25, 4266:2,
4266:10, 4267:10,
4267:11, 4267:14,
4268:12, 4269:7,
4270:1, 4271:25,
4272:3, 4272:14,
4273:1, 4273:16,
4274:20, 4275:8,
4278:12, 4280:22,
4280:24, 4281:12,
4281:14, 4281:25,
4283:2, 4284:22,
4286:6, 4286:11,
4286:12, 4286:23,
4288:9, 4289:6,
4289:17, 4291:16,
4294:12, 4295:20,
4295:21, 4295:22,
4298:6, 4298:18,
4299:19
**much** [14] - 4197:14,
4202:13, 4214:4,
4216:2, 4223:18,
4224:7, 4224:14,
4229:1, 4229:3,
4234:24, 4268:12,
4289:24, 4299:13,
4299:14
**mud** [41] - 4182:13,
4182:15, 4233:24,
4242:22, 4242:24,
4245:10, 4245:12,
4248:1, 4249:23,
4250:8, 4251:13,
4251:16, 4251:22,
4251:24, 4251:25,
4252:23, 4252:24,
4252:25, 4253:3,
4253:21, 4253:22,
4253:23, 4254:4,
4254:7, 4254:11,
4254:21, 4254:25,
4263:4, 4275:15,
4275:20, 4276:3,
4285:16, 4285:17,
4286:22, 4287:23,
4289:4, 4294:4,
4294:25, 4299:3
**mud-gas** [2] -
4251:22, 4251:24
**mudlogger** [1] -
4218:1
**mudlogging** [1] -

4273:2
**multiple** [10] -
4172:9, 4228:15,
4242:17, 4247:3,
4247:13, 4247:14,
4247:15, 4251:14,
4253:2, 4265:19
**MUNGER** [1] -
4168:16
**Murray** [2] - 4271:22,
4271:23
**must** [6] - 4262:13,
4263:16, 4263:22,
4264:7, 4270:23
**mutual** [1] - 4186:22
**MUX** [5] - 4180:13,
4180:14, 4180:18,
4181:6, 4181:10
**my** [62] - 4171:20,
4179:12, 4182:19,
4184:21, 4185:20,
4187:8, 4187:12,
4189:21, 4192:7,
4198:13, 4200:12,
4208:21, 4210:25,
4211:15, 4216:24,
4223:3, 4225:22,
4229:21, 4232:4,
4233:1, 4234:10,
4234:23, 4234:24,
4240:1, 4240:3,
4240:15, 4240:16,
4240:17, 4254:18,
4261:1, 4265:18,
4267:18, 4268:8,
4268:10, 4272:12,
4273:1, 4273:16,
4274:7, 4274:8,
4275:22, 4276:13,
4276:16, 4277:14,
4279:7, 4280:14,
4281:6, 4282:12,
4283:25, 4284:4,
4284:18, 4284:22,
4285:1, 4285:2,
4285:24, 4286:23,
4289:16, 4294:11,
4295:11, 4295:15,
4298:9, 4301:8
**myself** [2] - 4208:23,
4271:24

## N

**N** [6] - 4168:6,
4170:1, 4171:3,
4225:23
**name** [3] - 4195:5,
4225:21, 4225:22
**named** [1] - 4219:11

**narrower** [1] -
4255:6
**NATHANIEL** [1] -
4166:17
**national** [1] -
4226:12
**NATURAL** [1] -
4166:14
**nature** [4] - 4193:15,
4256:2, 4269:15,
4292:15
**navigation** [2] -
4204:3, 4253:11
**necessarily** [3] -
4194:6, 4256:3,
4292:11
**necessary** [5] -
4213:22, 4217:19,
4261:10, 4262:7,
4264:19
**need** [9] - 4178:1,
4207:23, 4209:25,
4214:16, 4217:17,
4225:5, 4243:22,
4263:3, 4300:11
**needed** [4] -
4244:16, 4254:8,
4271:17, 4299:14
**needs** [2] - 4261:20,
4296:7
**negative** [12] -
4186:9, 4187:14,
4187:21, 4187:23,
4233:20, 4241:10,
4245:4, 4245:6,
4275:12, 4275:13,
4275:18
**negatively** [1] -
4245:5
**negligence** [1] -
4220:9
**Neil** [2] - 4184:11,
4185:1
**never** [5] - 4174:15,
4183:8, 4183:11,
4183:16, 4183:19
**NEW** [10] - 4164:8,
4165:7, 4165:13,
4165:18, 4166:8,
4167:18, 4167:24,
4168:12, 4169:3,
4169:22
**New** [4] - 4227:24,
4238:9, 4238:21
**new** [2] - 4204:4,
4205:21
**Newman** [2] -
4213:6, 4213:8
**next** [17] - 4184:12,
4188:6, 4189:20,

4193:13, 4193:22,
4203:1, 4203:2,
4213:20, 4215:10,
4247:20, 4255:10,
4268:14, 4274:10,
4282:19, 4288:12,
4289:20, 4295:11
**night** [6] - 4211:20,
4238:1, 4278:18,
4279:23, 4282:11,
4283:14
**NINTH** [1] - 4165:22
**no** [36] - 4171:18,
4172:5, 4173:12,
4174:7, 4175:3,
4177:14, 4179:14,
4181:12, 4181:25,
4182:5, 4182:10,
4182:21, 4182:22,
4183:10, 4183:14,
4183:21, 4184:5,
4184:25, 4185:4,
4185:19, 4188:7,
4190:9, 4202:17,
4203:14, 4203:18,
4210:3, 4211:25,
4212:3, 4245:9,
4259:7, 4274:7,
4284:11, 4284:24,
4288:20, 4288:23,
4295:17
**NO** [3] - 4164:8,
4164:12, 4164:14
**No** [24] - 4231:7,
4231:8, 4277:14,
4280:10, 4287:13,
4287:15, 4287:16,
4287:24, 4287:25,
4288:15, 4288:16,
4289:24, 4289:25,
4290:13, 4291:24
**non** [6] - 4203:17,
4227:13, 4227:14,
4229:11, 4237:6,
4238:11
**non-litigation** [4] -
4227:13, 4227:14,
4229:11, 4237:6
**non-moving** [1] -
4203:17
**non-technical** [1] -
4238:11
**nonconformities** [1]
- 4193:24
**nondelegable** [1] -
4190:18
**none** [4] - 4171:11,
4193:25, 4218:3,
4281:9
**NONJURY** [1] -

4164:21
**NORFOLK** [1] -
4168:24
**normal** [4] - 4251:9,
4256:24, 4283:11,
4283:15
**normality** [2] -
4283:14, 4283:17
**normally** [1] - 4179:9
**NORTH** [1] - 4167:14
**Northstar** [6] -
4226:18, 4226:19,
4226:20, 4226:22,
4226:24, 4226:25
**nose** [1] - 4244:13
**not** [145] - 4171:22,
4172:11, 4173:6,
4174:7, 4174:10,
4174:15, 4174:18,
4174:23, 4174:25,
4175:1, 4175:16,
4175:20, 4175:25,
4176:9, 4176:15,
4177:7, 4177:12,
4177:16, 4178:2,
4180:2, 4180:7,
4180:11, 4181:1,
4181:3, 4181:9,
4181:12, 4182:2,
4182:12, 4182:18,
4185:8, 4186:24,
4187:3, 4190:9,
4190:24, 4192:5,
4192:15, 4193:4,
4193:14, 4193:17,
4193:18, 4193:24,
4193:25, 4194:5,
4194:24, 4196:6,
4196:15, 4196:23,
4197:4, 4197:7,
4198:1, 4200:10,
4202:14, 4202:17,
4203:15, 4203:25,
4204:1, 4204:8,
4204:20, 4205:1,
4205:12, 4205:23,
4206:13, 4206:16,
4206:19, 4207:6,
4207:11, 4207:13,
4210:2, 4211:7,
4216:6, 4219:1,
4219:6, 4219:19,
4220:17, 4221:13,
4222:14, 4222:20,
4222:22, 4223:1,
4223:4, 4223:7,
4223:14, 4226:9,
4229:10, 4234:17,
4236:10, 4239:1,
4240:15, 4241:13,

4242:8, 4244:6,
4244:24, 4245:1,
4246:6, 4246:20,
4249:9, 4252:21,
4254:25, 4255:20,
4256:6, 4262:7,
4263:14, 4265:11,
4265:25, 4267:4,
4269:14, 4270:13,
4270:14, 4272:4,
4273:11, 4273:12,
4274:7, 4275:22,
4277:5, 4278:19,
4279:22, 4280:10,
4281:15, 4281:16,
4281:19, 4281:20,
4282:11, 4282:12,
4283:7, 4284:4,
4285:8, 4286:2,
4286:13, 4288:1,
4290:22, 4292:4,
4292:20, 4293:1,
4295:4, 4298:14,
4299:9, 4300:7
**note** [1] - 4175:10
**notes** [9] - 4196:9,
4286:5, 4286:7,
4286:8, 4286:11,
4287:1, 4287:2,
4287:4, 4295:22
**nothing** [1] - 4247:6
**noticed** [2] -
4174:14, 4209:6
**notified** [1] - 4269:9
**notifying** [1] - 4296:4
**now** [68] - 4171:13,
4173:9, 4173:24,
4177:18, 4178:5,
4178:18, 4178:21,
4181:17, 4181:24,
4186:12, 4188:21,
4189:20, 4190:24,
4191:11, 4192:19,
4195:4, 4196:17,
4199:7, 4200:13,
4200:21, 4204:13,
4205:6, 4207:5,
4211:20, 4212:11,
4218:6, 4218:7,
4218:8, 4220:10,
4224:16, 4232:7,
4236:2, 4236:3,
4244:23, 4246:13,
4247:19, 4253:21,
4260:15, 4265:25,
4266:17, 4267:20,
4271:22, 4272:3,
4272:19, 4273:5,
4273:8, 4274:10,
4280:1, 4281:3,

4283:12, 4286:5,
4286:11, 4287:9,
4289:6, 4291:10,
4291:13, 4292:7,
4292:24, 4294:14,
4294:25, 4296:1,
4296:10, 4297:11,
4297:14, 4297:19,
4297:24, 4298:12,
4300:11

**nowadays** [1] -
4251:12

**number** [12] -
4191:6, 4223:4,
4244:18, 4244:19,
4251:1, 4253:21,
4268:5, 4274:25,
4275:1, 4276:20,
4277:25, 4278:3

**numbered** [1] -
4301:9

**NW** [1] - 4168:2

# O

**O** [2] - 4171:3
**o'clock** [2] - 4237:25,
4275:11
**O'KEEFE** [1] -
4165:7
**O'ROURKE** [1] -
4166:15
**object** [2] - 4185:19,
4205:20
**objection** [3] -
4206:2, 4218:2,
4218:3
**objections** [1] -
4237:18
**objective** [3] -
4243:1, 4246:20,
4246:24
**obligated** [1] -
4213:21
**obligation** [1] -
4193:11
**observation** [2] -
4171:20, 4172:10
**observe** [1] -
4270:18
**observed** [1] -
4270:19
**obviously** [3] -
4177:17, 4242:17,
4278:17
**occur** [5] - 4228:7,
4229:25, 4248:12,
4290:19, 4298:17
**occurred** [19] -

4221:13, 4228:8,
4229:12, 4230:1,
4231:4, 4234:15,
4241:7, 4246:19,
4266:5, 4266:13,
4268:13, 4268:21,
4275:18, 4282:10,
4289:23, 4297:10,
4298:15, 4299:10,
4299:17

**occurring** [1] -
4275:14
**ocean** [1] - 4198:17
**Ocean** [1] - 4228:13
**oceanic** [1] - 4256:8
**oceans** [1] - 4198:6
**OF** [14] - 4164:2,
4164:6, 4164:13,
4164:15, 4164:21,
4166:10, 4166:14,
4166:19, 4167:1,
4167:6, 4167:11,
4167:12, 4167:13
**of** [673] - 4171:14,
4171:16, 4171:18,
4171:19, 4171:21,
4172:2, 4173:2,
4173:6, 4173:9,
4173:24, 4174:5,
4174:9, 4174:10,
4174:16, 4175:6,
4175:7, 4175:8,
4175:22, 4176:2,
4176:4, 4176:8,
4176:14, 4176:18,
4176:23, 4177:6,
4177:15, 4177:18,
4177:19, 4177:22,
4178:10, 4178:15,
4178:24, 4179:1,
4179:6, 4179:9,
4179:10, 4180:8,
4180:12, 4180:13,
4180:20, 4180:21,
4181:5, 4181:9,
4181:15, 4181:17,
4181:18, 4181:22,
4182:6, 4182:16,
4182:20, 4183:4,
4183:12, 4183:15,
4183:16, 4183:17,
4183:19, 4183:23,
4183:25, 4184:1,
4184:2, 4184:7,
4184:11, 4185:1,
4185:21, 4186:3,
4186:6, 4186:9,
4186:12, 4186:18,
4186:22, 4186:24,
4187:3, 4187:4,

4187:5, 4187:8,
4187:11, 4187:22,
4187:23, 4188:1,
4188:4, 4188:18,
4189:9, 4189:10,
4189:22, 4189:24,
4190:3, 4190:10,
4191:6, 4191:7,
4191:8, 4191:14,
4191:18, 4191:19,
4191:24, 4192:6,
4192:9, 4192:12,
4192:15, 4193:1,
4193:2, 4193:6,
4193:9, 4193:17,
4193:18, 4193:20,
4193:22, 4194:4,
4194:6, 4194:9,
4194:15, 4194:17,
4194:23, 4195:5,
4195:11, 4195:18,
4195:19, 4195:20,
4195:23, 4196:8,
4196:16, 4196:20,
4196:25, 4197:10,
4197:12, 4197:13,
4197:17, 4197:18,
4197:22, 4197:23,
4197:24, 4197:25,
4198:4, 4198:5,
4198:6, 4198:10,
4198:15, 4198:16,
4198:17, 4199:9,
4199:12, 4199:18,
4199:19, 4199:24,
4200:2, 4201:2,
4201:4, 4201:12,
4201:13, 4201:14,
4201:15, 4201:19,
4202:6, 4202:7,
4203:1, 4203:6,
4203:15, 4204:1,
4204:6, 4204:16,
4204:18, 4205:2,
4205:20, 4205:25,
4206:5, 4206:12,
4206:18, 4207:1,
4207:2, 4207:10,
4207:16, 4208:6,
4208:8, 4208:14,
4208:17, 4208:24,
4208:25, 4209:7,
4209:12, 4209:14,
4209:25, 4210:13,
4211:14, 4211:16,
4211:17, 4211:20,
4211:25, 4212:3,
4212:8, 4212:11,
4212:25, 4213:4,
4213:9, 4213:11,
4213:15, 4213:18,

4213:22, 4213:23,
4213:25, 4214:1,
4214:16, 4215:1,
4215:7, 4215:12,
4215:15, 4215:24,
4216:5, 4216:6,
4216:11, 4216:13,
4216:20, 4217:16,
4217:17, 4217:25,
4218:16, 4218:19,
4219:6, 4219:9,
4219:10, 4219:17,
4220:7, 4221:5,
4221:11, 4221:14,
4221:25, 4222:1,
4222:2, 4222:5,
4223:1, 4223:5,
4223:8, 4223:14,
4223:15, 4223:16,
4223:24, 4224:11,
4225:14, 4226:13,
4226:19, 4226:22,
4226:24, 4226:25,
4227:1, 4227:2,
4227:5, 4227:7,
4227:14, 4227:16,
4227:22, 4227:25,
4228:2, 4228:3,
4228:5, 4228:6,
4228:10, 4228:14,
4228:17, 4228:18,
4228:21, 4228:25,
4229:1, 4229:4,
4229:6, 4229:10,
4229:11, 4229:16,
4229:17, 4229:23,
4230:2, 4230:6,
4230:7, 4230:13,
4230:19, 4230:21,
4230:23, 4231:11,
4231:14, 4231:15,
4231:18, 4231:19,
4231:20, 4232:4,
4232:10, 4232:11,
4232:18, 4232:19,
4232:20, 4232:21,
4232:22, 4232:23,
4232:24, 4233:2,
4233:3, 4233:5,
4233:6, 4234:1,
4234:3, 4234:7,
4234:8, 4234:10,
4234:12, 4234:17,
4234:18, 4234:22,
4235:4, 4235:7,
4235:8, 4235:15,
4235:18, 4235:24,
4235:25, 4236:2,
4236:7, 4236:10,
4236:14, 4237:1,
4237:11, 4237:14,

4238:1, 4238:3,
4238:7, 4238:16,
4238:20, 4238:22,
4239:8, 4239:9,
4239:10, 4239:12,
4239:14, 4240:1,
4240:2, 4240:11,
4240:12, 4241:23,
4242:9, 4242:10,
4242:11, 4242:17,
4242:18, 4243:11,
4243:21, 4243:22,
4243:24, 4243:25,
4244:9, 4244:11,
4244:13, 4244:14,
4244:17, 4244:18,
4244:19, 4244:20,
4244:25, 4245:7,
4245:11, 4245:16,
4246:4, 4246:9,
4246:10, 4246:15,
4247:5, 4247:6,
4247:8, 4247:9,
4247:13, 4247:14,
4247:19, 4247:20,
4247:25, 4248:7,
4248:9, 4248:13,
4248:15, 4248:23,
4248:25, 4249:1,
4249:5, 4249:10,
4249:11, 4249:14,
4249:18, 4249:23,
4249:25, 4250:1,
4250:4, 4250:7,
4250:8, 4250:10,
4250:12, 4250:13,
4250:16, 4250:18,
4250:21, 4250:24,
4251:1, 4251:6,
4251:8, 4251:18,
4252:6, 4252:10,
4252:13, 4252:15,
4252:19, 4253:1,
4253:10, 4253:14,
4253:16, 4253:18,
4253:21, 4253:22,
4253:24, 4254:4,
4254:7, 4254:9,
4254:10, 4254:11,
4254:12, 4254:13,
4255:2, 4256:2,
4256:12, 4256:13,
4256:14, 4256:20,
4256:23, 4257:1,
4257:2, 4257:6,
4257:9, 4258:8,
4258:12, 4258:14,
4258:17, 4258:25,
4259:6, 4259:8,
4259:12, 4259:24,
4260:1, 4260:3,

4260:12, 4260:13, 4260:14, 4260:18, 4261:9, 4261:17, 4262:15, 4262:16, 4262:25, 4263:2, 4263:4, 4263:18, 4264:7, 4264:11, 4264:13, 4264:14, 4265:1, 4265:5, 4265:10, 4265:20, 4266:1, 4266:3, 4266:6, 4266:8, 4266:11, 4266:15, 4266:17, 4266:18, 4266:20, 4266:23, 4266:24, 4267:9, 4267:20, 4267:23, 4267:24, 4267:25, 4268:1, 4268:2, 4268:5, 4268:7, 4268:13, 4268:18, 4269:2, 4269:8, 4269:9, 4269:15, 4269:21, 4269:22, 4270:10, 4270:19, 4270:24, 4271:2, 4271:4, 4271:14, 4271:17, 4271:20, 4271:22, 4272:9, 4272:11, 4272:17, 4272:19, 4272:22, 4273:1, 4273:2, 4273:9, 4273:11, 4273:12, 4273:21, 4273:22, 4273:25, 4274:14, 4274:15, 4274:17, 4274:18, 4275:10, 4275:12, 4275:15, 4275:16, 4275:17, 4275:18, 4275:20, 4275:24, 4276:3, 4276:13, 4276:15, 4276:16, 4276:19, 4277:6, 4277:7, 4277:8, 4277:23, 4277:24, 4277:25, 4278:1, 4278:5, 4278:6, 4278:18, 4278:21, 4279:8, 4279:11, 4279:13, 4279:25, 4280:2, 4280:9, 4280:14, 4281:4, 4281:9, 4281:19, 4281:25, 4282:9, 4283:13, 4283:23, 4283:24, 4284:13, 4284:18, 4284:24, 4286:5, 4287:4, 4287:8, 4288:10, 4288:14, 4288:16,

4288:17, 4289:7, 4289:8, 4289:16, 4289:17, 4290:2, 4290:15, 4290:21, 4290:22, 4291:1, 4291:7, 4291:8, 4291:12, 4291:18, 4292:6, 4292:14, 4292:15, 4292:20, 4292:23, 4293:2, 4293:4, 4293:5, 4293:7, 4293:16, 4293:17, 4293:18, 4293:21, 4294:2, 4294:8, 4294:11, 4294:12, 4294:19, 4294:22, 4294:23, 4295:1, 4295:3, 4295:16, 4295:17, 4295:22, 4296:5, 4296:11, 4296:22, 4297:5, 4298:5, 4299:3, 4299:19, 4301:6, 4301:8

**off** [34] - 4173:17, 4184:4, 4203:6, 4206:12, 4206:15, 4207:18, 4215:17, 4243:19, 4251:20, 4251:24, 4252:6, 4257:21, 4266:7, 4276:14, 4277:8, 4278:1, 4278:14, 4282:2, 4282:24, 4283:22, 4283:25, 4284:10, 4284:17, 4287:22, 4288:14, 4290:14, 4291:25, 4293:1, 4293:3, 4293:17, 4294:21, 4296:14, 4296:25

**offer** [3] - 4183:12, 4226:8, 4235:23

**offered** [4] - 4209:13, 4217:1, 4217:9, 4236:12

**OFFICE** [5] - 4165:4, 4166:23, 4167:6, 4167:11, 4167:15

**office** [1] - 4229:7

**officers** [1] - 4183:20

**OFFICIAL** [1] - 4169:21

**Official** [2] - 4301:5, 4301:14

**offline** [1] - 4296:15

**offsets** [1] - 4254:5

**offshore** [13] - 4197:18, 4197:22, 4197:25, 4198:5,

4199:3, 4201:15, 4201:19, 4213:17, 4228:13, 4230:2, 4235:18, 4252:11, 4253:2

**OFFSHORE** [1] - 4168:9

**often** [1] - 4215:9

**oh** [1] - 4190:9

**OIL** [2] - 4164:5

**oil** [17] - 4182:22, 4197:18, 4197:19, 4226:10, 4227:1, 4227:2, 4227:5, 4227:6, 4227:7, 4227:8, 4227:24, 4229:1, 4229:2, 4233:7, 4234:25, 4245:5, 4275:15

**OIM** [4] - 4185:13, 4202:18, 4211:21, 4213:21

**OIM's/master** [1] - 4203:5

**okay** [29] - 4171:11, 4172:13, 4172:23, 4173:19, 4174:11, 4176:13, 4183:5, 4184:13, 4185:2, 4185:24, 4185:25, 4186:14, 4189:8, 4201:6, 4202:10, 4205:3, 4210:17, 4211:3, 4216:15, 4219:1, 4219:24, 4221:8, 4221:9, 4223:18, 4224:14, 4225:16, 4259:8, 4287:5

**old** [1] - 4251:12

**OLSON** [1] - 4168:16

**ON** [1] - 4164:6

**on** [276] - 4171:13, 4172:7, 4173:5, 4174:9, 4174:10, 4175:11, 4175:15, 4175:20, 4175:25, 4176:9, 4180:7, 4180:24, 4181:2, 4182:7, 4183:2, 4183:6, 4183:23, 4184:18, 4185:14, 4185:21, 4185:24, 4185:25, 4186:12, 4188:15, 4190:19, 4192:2, 4192:4, 4192:6, 4192:8, 4192:9, 4192:14, 4192:21, 4193:2, 4193:13, 4194:3,

4194:9, 4194:15, 4195:11, 4195:12, 4195:19, 4196:12, 4196:18, 4197:19, 4197:24, 4198:5, 4198:11, 4199:7, 4199:8, 4199:15, 4200:10, 4200:25, 4202:8, 4202:17, 4202:22, 4203:4, 4203:7, 4203:22, 4203:25, 4205:6, 4206:18, 4206:23, 4207:18, 4208:4, 4208:8, 4209:6, 4209:12, 4209:16, 4209:17, 4210:7, 4210:9, 4210:10, 4210:17, 4210:25, 4211:4, 4211:10, 4211:16, 4211:20, 4212:13, 4213:25, 4214:1, 4214:7, 4214:13, 4216:14, 4216:25, 4217:3, 4217:6, 4217:17, 4217:19, 4217:25, 4218:7, 4218:8, 4219:7, 4219:14, 4220:23, 4220:24, 4221:3, 4222:12, 4222:16, 4222:23, 4223:13, 4223:24, 4225:3, 4227:12, 4227:22, 4228:13, 4228:16, 4229:8, 4229:21, 4231:5, 4231:7, 4231:24, 4235:3, 4235:18, 4236:12, 4237:3, 4237:5, 4237:6, 4237:19, 4238:1, 4238:25, 4239:11, 4240:8, 4241:3, 4241:9, 4242:18, 4243:10, 4244:12, 4244:16, 4244:19, 4244:23, 4245:4, 4245:16, 4245:19, 4245:24, 4245:25, 4247:4, 4247:16, 4248:13, 4249:4, 4249:25, 4250:11, 4251:15, 4252:6, 4252:13, 4253:14, 4253:19, 4255:10, 4255:14, 4256:6, 4256:10, 4256:15, 4258:17, 4258:22, 4259:21, 4259:23, 4260:1, 4260:24,

4261:4, 4262:2, 4265:8, 4265:20, 4266:5, 4266:6, 4266:7, 4266:19, 4267:3, 4267:7, 4267:12, 4267:18, 4268:5, 4268:13, 4268:17, 4268:19, 4268:20, 4269:2, 4269:3, 4269:6, 4269:13, 4269:16, 4269:20, 4269:25, 4270:6, 4270:18, 4271:3, 4271:12, 4272:12, 4272:20, 4272:24, 4273:7, 4273:17, 4273:19, 4273:22, 4273:23, 4274:24, 4275:25, 4276:9, 4276:13, 4276:17, 4276:21, 4276:24, 4277:2, 4277:15, 4277:18, 4278:3, 4278:6, 4278:18, 4279:7, 4279:21, 4280:8, 4280:10, 4281:5, 4281:10, 4281:18, 4281:21, 4281:22, 4282:1, 4282:11, 4282:18, 4282:19, 4283:14, 4285:2, 4285:7, 4285:10, 4285:11, 4285:13, 4285:15, 4286:12, 4287:9, 4287:13, 4287:14, 4287:15, 4287:16, 4287:22, 4288:12, 4288:16, 4288:19, 4288:20, 4288:24, 4289:20, 4290:5, 4290:25, 4291:2, 4291:8, 4292:5, 4292:14, 4292:20, 4292:21, 4293:4, 4293:5, 4293:9, 4293:11, 4293:19, 4294:2, 4294:20, 4296:5, 4296:7, 4296:16, 4296:17, 4296:18, 4297:4, 4299:11, 4299:16, 4299:17

**onboard** [4] - 4186:22, 4194:17, 4196:9, 4213:19

**once** [1] - 4219:13, 4236:14, 4245:23, 4246:11, 4246:19, 4257:23, 4269:11, 4271:13, 4278:4,

4296:14, 4296:15
**ONE** [2] - 4167:23, 4169:7
**one** [71] - 4179:9, 4179:24, 4180:11, 4180:20, 4181:5, 4184:9, 4186:6, 4191:18, 4192:13, 4198:10, 4198:15, 4198:25, 4199:12, 4204:5, 4208:18, 4209:10, 4209:18, 4209:19, 4210:2, 4211:6, 4215:9, 4216:24, 4217:22, 4221:25, 4222:1, 4222:4, 4222:9, 4222:10, 4222:16, 4223:1, 4223:5, 4224:12, 4227:16, 4228:18, 4229:11, 4229:13, 4235:15, 4235:24, 4235:25, 4240:1, 4243:18, 4244:25, 4248:25, 4254:10, 4256:24, 4258:12, 4258:17, 4259:6, 4259:8, 4260:14, 4262:15, 4263:16, 4264:11, 4264:12, 4265:1, 4265:10, 4268:5, 4269:2, 4270:10, 4270:25, 4273:9, 4275:24, 4276:25, 4279:13, 4282:20, 4287:18, 4289:8, 4289:23, 4291:19, 4293:16
**online** [1] - 4287:25
**only** [12] - 4203:15, 4203:25, 4216:15, 4216:16, 4217:5, 4223:21, 4229:8, 4234:17, 4236:10, 4270:13, 4277:6, 4283:13
**onshore** [1] - 4230:2
**onto** [4] - 4182:15, 4246:12, 4248:1, 4248:3
**OPA** [3] - 4221:23, 4221:24, 4222:17
**open** [8] - 4208:8, 4249:22, 4251:10, 4251:19, 4287:23, 4293:16, 4293:20, 4294:18
**OPEN** [2] - 4171:5, 4224:23

**opened** [5] - 4291:2, 4291:7, 4293:10, 4293:22, 4295:14
**opening** [7] - 4192:25, 4204:6, 4204:18, 4271:23, 4290:15, 4290:22, 4291:1
**operating** [3] - 4197:9, 4197:12, 4198:5
**operation** [16] - 4174:8, 4174:12, 4193:6, 4213:23, 4244:15, 4244:24, 4248:15, 4252:3, 4255:9, 4256:3, 4257:2, 4271:19, 4295:15, 4299:10
**operational** [2] - 4232:22, 4232:25
**operations** [27] - 4177:4, 4185:13, 4197:20, 4203:21, 4232:12, 4232:13, 4232:16, 4232:20, 4235:18, 4236:25, 4237:2, 4237:17, 4243:15, 4244:12, 4244:23, 4251:9, 4255:8, 4261:8, 4269:10, 4269:14, 4281:18, 4285:11, 4285:14, 4285:25, 4286:1, 4296:8
**Operations** [1] - 4232:8
**operator** [1] - 4203:19
**opinion** [28] - 4182:8, 4183:12, 4212:14, 4213:25, 4240:19, 4240:23, 4241:2, 4241:6, 4241:9, 4241:14, 4241:18, 4241:21, 4242:4, 4242:6, 4242:9, 4253:13, 4258:9, 4267:21, 4268:9, 4275:22, 4281:16, 4284:18, 4284:24, 4285:1, 4285:2, 4290:21, 4295:15, 4296:11
**opinions** [9] - 4182:19, 4183:23, 4240:12, 4240:17, 4240:18, 4240:19, 4258:8, 4296:11, 4300:4

**opportunity** [1] - 4220:22
**oppose** [1] - 4219:21
**opposed** [1] - 4253:25
**opposing** [1] - 4221:12
**option** [1] - 4246:21
**or** [174] - 4171:19, 4172:12, 4177:8, 4178:24, 4180:8, 4180:24, 4181:3, 4181:21, 4182:1, 4182:14, 4182:18, 4183:8, 4184:14, 4186:14, 4187:14, 4188:3, 4190:19, 4191:8, 4192:2, 4192:5, 4193:5, 4193:6, 4194:23, 4195:1, 4199:2, 4201:12, 4204:14, 4204:19, 4205:1, 4207:13, 4207:18, 4207:19, 4207:21, 4208:25, 4209:19, 4210:2, 4210:4, 4211:8, 4212:7, 4216:12, 4217:6, 4219:13, 4220:9, 4220:10, 4220:18, 4220:24, 4221:23, 4222:2, 4222:22, 4223:2, 4223:16, 4224:12, 4227:1, 4227:8, 4227:9, 4227:10, 4228:8, 4229:4, 4229:22, 4229:24, 4235:5, 4235:15, 4235:19, 4237:18, 4238:21, 4239:3, 4240:1, 4241:8, 4241:13, 4243:12, 4243:18, 4243:19, 4243:22, 4244:15, 4244:24, 4245:6, 4245:18, 4245:25, 4246:7, 4246:23, 4247:10, 4247:12, 4248:6, 4248:10, 4248:12, 4249:7, 4251:13, 4251:25, 4252:12, 4253:3, 4254:8, 4254:22, 4255:1, 4255:6, 4255:9, 4256:8, 4257:6, 4258:4, 4258:21, 4261:8, 4264:21, 4265:11,

4266:4, 4266:12, 4266:19, 4267:1, 4267:18, 4267:20, 4269:3, 4270:10, 4271:2, 4272:22, 4272:23, 4273:11, 4275:19, 4276:6, 4276:14, 4277:3, 4277:24, 4278:1, 4278:5, 4278:7, 4278:13, 4278:22, 4278:24, 4279:22, 4280:2, 4280:20, 4281:8, 4281:16, 4284:3, 4284:11, 4285:1, 4285:8, 4285:23, 4286:3, 4286:15, 4286:16, 4286:19, 4287:22, 4287:23, 4289:9, 4289:17, 4290:7, 4290:11, 4291:18, 4292:12, 4293:18, 4293:20, 4294:7, 4294:14, 4294:23, 4295:1, 4296:22, 4296:24, 4298:15, 4298:16, 4298:24, 4299:4, 4300:1
**orally** [1] - 4221:7
**order** [3] - 4173:10, 4197:20, 4207:15
**ordinary** [1] - 4293:5
**organization** [4] - 4192:10, 4195:20, 4259:11, 4259:19
**orient** [5] - 4188:22, 4274:19, 4275:8, 4276:7, 4285:9
**oriented** [2] - 4191:15, 4210:19
**original** [1] - 4174:7
**originally** [2] - 4174:12, 4243:23
**Orleans** [4] - 4227:24, 4238:9, 4238:21
**ORLEANS** [10] - 4164:8, 4165:7, 4165:13, 4165:18, 4166:8, 4167:18, 4167:24, 4168:12, 4169:3, 4169:22
**other** [36] - 4177:11, 4181:2, 4183:11, 4183:18, 4185:21, 4190:19, 4193:5, 4209:19, 4210:2, 4214:2, 4216:21, 4218:20, 4221:16,

4222:10, 4225:5, 4229:10, 4230:2, 4238:18, 4240:2, 4249:10, 4253:17, 4254:11, 4259:6, 4259:21, 4264:24, 4267:20, 4270:15, 4273:20, 4273:21, 4278:13, 4284:3, 4284:4, 4292:7, 4292:9, 4292:19, 4297:17
**otherwise** [2] - 4187:12, 4298:16
**our** [15] - 4216:5, 4219:7, 4222:18, 4222:22, 4223:2, 4223:24, 4224:16, 4224:17, 4228:8, 4250:20, 4279:4, 4280:16, 4296:18
**ourselves** [5] - 4188:23, 4221:11, 4275:8, 4276:7, 4285:9
**out** [92] - 4175:7, 4178:13, 4187:7, 4187:18, 4187:21, 4193:3, 4194:10, 4194:15, 4195:17, 4197:20, 4197:25, 4198:14, 4198:15, 4198:25, 4204:16, 4205:2, 4205:6, 4207:1, 4208:8, 4208:12, 4208:17, 4209:3, 4211:7, 4211:14, 4213:16, 4216:6, 4228:15, 4229:16, 4229:17, 4231:8, 4231:14, 4231:15, 4231:18, 4231:21, 4233:8, 4234:25, 4237:1, 4237:2, 4240:16, 4243:10, 4244:7, 4244:24, 4245:1, 4245:21, 4246:2, 4246:13, 4249:9, 4249:23, 4250:17, 4251:8, 4251:14, 4251:18, 4251:21, 4252:19, 4256:22, 4257:3, 4261:17, 4263:4, 4268:2, 4275:15, 4275:16, 4275:20, 4276:2, 4276:21, 4276:22, 4277:4, 4279:11, 4280:16, 4282:10, 4283:1, 4283:2,

4283:23, 4284:12, 4284:19, 4285:18, 4286:3, 4288:20, 4288:22, 4288:24, 4289:4, 4289:24, 4290:3, 4291:21, 4292:6, 4293:4, 4293:14, 4295:1, 4295:25, 4300:7

**outcome** [1] - 4281:20
**outline** [2] - 4237:8, 4237:11
**outs** [1] - 4243:9
**outside** [5] - 4200:2, 4249:20, 4250:4, 4250:7, 4294:23
**outstanding** [1] - 4217:5
**over** [17] - 4172:9, 4182:16, 4185:21, 4189:11, 4192:20, 4205:12, 4205:24, 4208:24, 4209:24, 4210:14, 4211:14, 4227:11, 4236:23, 4243:11, 4246:14, 4288:14
**overall** [3] - 4201:22, 4213:17, 4257:8
**overarching** [3] - 4185:14, 4259:11, 4259:18
**overboard** [3] - 4264:8, 4284:13, 4285:14
**overheard** [1] - 4291:18
**override** [1] - 4209:5
**overrides** [1] - 4208:25
**overriding** [1] - 4185:8
**overrule** [1] - 4206:2
**oversaw** [1] - 4184:6
**oversized** [1] - 4217:25
**overview** [1] - 4247:20
**own** [12] - 4187:8, 4191:24, 4192:1, 4192:4, 4192:6, 4193:6, 4197:10, 4197:11, 4201:24, 4209:14, 4222:12, 4236:3
**owner** [3] - 4191:8, 4192:9, 4226:22
**owning** [1] - 4191:24

**P**

**P** [2] - 4165:3, 4165:19
**P&A** [1] - 4230:23
**P.M** [1] - 4241:19
**P.O** [1] - 4166:18
**package** [8] - 4248:7, 4248:19, 4248:20, 4248:24, 4249:12, 4249:13, 4250:25, 4251:6
**packing** [1] - 4251:9
**page** [26] - 4174:20, 4175:6, 4176:21, 4184:12, 4186:16, 4186:21, 4192:20, 4193:2, 4201:2, 4201:4, 4201:12, 4201:13, 4203:1, 4203:2, 4204:11, 4205:2, 4205:4, 4205:5, 4213:4, 4213:5, 4213:11, 4215:15, 4215:16, 4232:4
**PAGE/LINE** [1] - 4170:3
**pages** [4] - 4192:25, 4266:8, 4266:14, 4266:17
**PALMINTIER** [1] - 4166:1
**PAN** [1] - 4165:12
**pandemonium** [1] - 4183:25
**panel** [6] - 4206:19, 4206:23, 4209:5, 4210:22, 4211:9, 4238:23
**panic** [1] - 4182:14
**panicked** [1] - 4181:21
**paper** [1] - 4172:7
**paragraph** [5] - 4193:13, 4194:14, 4203:5, 4213:15
**paragraphs** [2] - 4181:17, 4203:4
**parameters** [4] - 4273:13, 4274:13, 4274:14, 4274:15
**Paris** [1] - 4171:13
**parked** [1] - 4250:19
**parlance** [2] - 4285:24, 4285:25
**part** [24] - 4175:7, 4177:6, 4187:18, 4192:15, 4197:17,

4197:18, 4206:18, 4219:6, 4229:16, 4232:18, 4232:19, 4234:8, 4234:10, 4234:17, 4234:22, 4236:10, 4244:9, 4249:10, 4250:4, 4250:24, 4266:17, 4266:18, 4294:11, 4294:12
**partial** [3] - 4218:7, 4219:7, 4220:7
**particular** [21] - 4171:18, 4171:19, 4172:12, 4179:12, 4190:12, 4205:2, 4208:1, 4208:18, 4211:7, 4213:25, 4248:7, 4250:2, 4250:11, 4253:4, 4262:24, 4263:1, 4270:25, 4273:10, 4288:20, 4288:21
**particularly** [4] - 4172:6, 4179:10, 4263:21, 4267:12
**parties** [3] - 4217:25, 4218:20, 4219:13
**partners** [1] - 4228:23
**party** [7] - 4171:19, 4172:12, 4192:9, 4195:1, 4219:13, 4221:12, 4227:20
**party's** [1] - 4221:12
**Pass** [1] - 4227:17
**pass** [3] - 4188:5, 4211:24, 4267:3
**passed** [1] - 4190:19
**past** [1] - 4229:15
**patch** [1] - 4197:19
**path** [2] - 4236:13, 4258:23
**Paul** [2] - 4200:16, 4200:20
**PAUL** [1] - 4165:11
**paying** [1] - 4288:7
**PDF** [1] - 4205:2
**pending** [3] - 4221:17, 4223:25, 4224:4
**penetrated** [1] - 4246:23
**PENNSYLVANIA** [1] - 4168:2
**Penrod** [1] - 4235:3
**people** [11] - 4187:6, 4200:19, 4208:6, 4208:7, 4236:13, 4238:11, 4269:3,

4284:3, 4285:6
**perceived** [1] - 4174:7
**percent** [2] - 4188:1
**perfectly** [1] - 4272:9
**perform** [2] - 4176:4, 4238:7
**performed** [3] - 4194:19, 4262:13, 4270:23
**perhaps** [6] - 4190:24, 4197:17, 4203:11, 4219:5, 4220:4, 4221:5
**period** [15] - 4197:2, 4211:14, 4241:22, 4269:22, 4274:16, 4278:23, 4283:23, 4284:5, 4284:10, 4284:11, 4284:13, 4288:4, 4288:14, 4288:17, 4293:13
**Periodically** [1] - 4177:2
**peripherally** [1] - 4239:2
**perkin** [1] - 4272:3
**Perkin** [1] - 4298:18
**Perkins** [1] - 4272:3
**permits** [1] - 4227:22
**permitted** [1] - 4246:17
**person** [6] - 4172:12, 4184:7, 4193:5, 4203:20, 4207:16, 4298:1
**personal** [1] - 4191:11
**personally** [1] - 4181:6
**personnel** [4] - 4194:17, 4200:3, 4267:6, 4288:2
**persons** [1] - 4213:18
**pertinent** [1] - 4277:8
**Peter** [1] - 4228:17
**PETITION** [1] - 4164:13
**petitioner** [1] - 4218:18
**Petroleum** [1] - 4178:13
**petroleum** [12] - 4226:6, 4226:8, 4226:10, 4226:15, 4226:21, 4232:18, 4232:22, 4234:8, 4234:23, 4237:16,

4265:1, 4285:24
**Pharr** [1] - 4200:16
**phase** [2] - 4232:21, 4232:22
**phenomenon** [3] - 4279:19, 4293:18
**PHILLIP** [1] - 4169:2
**Philosophy** [1] - 4174:20
**philosophy** [9] - 4174:1, 4174:14, 4174:16, 4175:15, 4176:17, 4177:12, 4207:8, 4207:11, 4207:16
**phone** [2] - 4237:25, 4294:3
**photograph** [3] - 4272:25, 4273:1, 4273:20
**photographs** [1] - 4273:20
**phrase** [1] - 4204:5
**physically** [1] - 4232:14
**pick** [5] - 4172:22, 4183:2, 4246:4, 4285:8
**picked** [9] - 4208:17, 4238:24, 4246:3, 4276:14, 4278:15, 4279:22, 4281:22, 4283:8, 4291:23
**picking** [1] - 4246:10
**picks** [2] - 4288:21, 4294:12
**picture** [8] - 4198:16, 4242:25, 4247:2, 4247:25, 4250:15, 4250:16, 4252:10, 4252:12
**piece** [2] - 4179:9, 4250:12
**PIGMAN** [1] - 4169:2
**pill** [2] - 4285:23, 4286:7
**pipe** [46] - 4241:23, 4249:15, 4249:19, 4249:22, 4250:1, 4250:7, 4250:12, 4250:13, 4252:20, 4275:23, 4275:24, 4276:1, 4276:8, 4276:9, 4279:12, 4279:13, 4279:14, 4280:18, 4280:19, 4283:20, 4284:16, 4287:18, 4289:7, 4289:8, 4289:14, 4289:25, 4291:14,

4292:9, 4292:11,
4292:24, 4294:17,
4294:19, 4295:1,
4296:17, 4296:18,
4296:21, 4296:22,
4296:23, 4296:24,
4297:4, 4297:12,
4297:25, 4298:24,
4299:2, 4299:4,
4299:6
  **pipes** [1] - 4249:25
  **piping** [1] - 4251:4
  **pit** [4] - 4256:12,
4264:23, 4270:9,
4270:19
  **place** [11] - 4180:20,
4202:4, 4202:9,
4202:15, 4203:16,
4238:11, 4247:1,
4247:12, 4300:10
  **placed** [1] - 4202:2
  **places** [2] - 4263:18,
4275:24
  **plaintiffs** [9] -
4216:15, 4216:16,
4216:24, 4218:6,
4219:21, 4220:7,
4221:15, 4222:5,
4224:11
  **PLAINTIFFS** [1] -
4165:3
  **plan** [6] - 4209:21,
4209:22, 4209:23,
4220:14, 4231:7,
4239:9
  **planned** [2] -
4232:24, 4246:18
  **planning** [2] -
4219:21, 4232:20,
4232:25
  **plans** [2] - 4232:24,
4233:2
  **plant** [1] - 4177:6
  **platform** [1] -
4229:12
  **plays** [1] - 4256:4
  **PLC** [1] - 4167:22
  **pleading** [1] -
4219:11
  **pleadings** [2] -
4218:7, 4218:21
  **please** [36] - 4171:6,
4189:3, 4194:10,
4195:17, 4201:8,
4204:10, 4211:8,
4212:9, 4212:19,
4213:11, 4213:16,
4214:5, 4214:19,
4215:4, 4224:24,
4232:3, 4234:20,

4242:12, 4252:8,
4260:21, 4260:23,
4261:15, 4262:11,
4262:23, 4263:19,
4264:4, 4264:15,
4265:22, 4266:21,
4266:23, 4272:20,
4272:25, 4274:10,
4278:10, 4286:5,
4292:21
  **plug** [9] - 4243:24,
4244:25, 4245:2,
4245:4, 4245:7,
4245:8, 4245:9,
4245:10
  **plugs** [3] - 4243:22,
4245:21
  **plus** [2] - 4233:1,
4254:12
  **Point** [3] - 4203:25
  **point** [58] - 4177:21,
4178:11, 4184:9,
4187:21, 4196:7,
4198:11, 4201:18,
4202:20, 4211:3,
4211:8, 4218:6,
4219:6, 4219:12,
4219:15, 4220:23,
4221:14, 4223:9,
4229:11, 4229:18,
4231:16, 4238:22,
4239:6, 4239:8,
4239:13, 4239:18,
4240:15, 4241:25,
4242:2, 4245:7,
4246:10, 4246:24,
4247:17, 4250:19,
4255:18, 4257:1,
4257:16, 4265:16,
4275:2, 4277:4,
4279:20, 4280:10,
4281:4, 4281:9,
4284:2, 4284:13,
4287:23, 4288:2,
4291:8, 4292:10,
4293:25, 4294:2,
4295:5, 4295:10,
4295:24, 4297:5,
4298:3, 4298:6,
4298:7
  **pointed** [1] - 4178:13
  **points** [5] - 4186:8,
4186:12, 4187:21,
4278:15, 4278:16
  **poisonous** [1] -
4227:18
  **pontoons** [2] -
4252:13, 4252:14,
4253:10
  **pool** [7] - 4180:14,

4180:18, 4181:7,
4181:11, 4246:2,
4250:18, 4250:21
  **poor** [1] - 4298:19
  **pop** [2] - 4287:22,
4288:14
  **pop-off** [2] -
4287:22, 4288:14
  **pore** [1] - 4254:22
  **port** [1] - 4253:6
  **portion** [7] -
4187:22, 4187:23,
4189:10, 4196:8,
4262:25, 4273:17,
4275:17
  **position** [11] -
4176:11, 4180:14,
4181:22, 4183:19,
4185:17, 4202:3,
4202:7, 4221:11,
4236:14, 4250:19,
4253:8
  **Positioned** [2] -
4175:11, 4175:20
  **positioned** [5] -
4175:16, 4201:23,
4203:16, 4204:1,
4253:9
  **positions** [3] -
4183:23, 4233:7,
4233:10
  **positive** [8] -
4187:14, 4187:24,
4188:3, 4233:18,
4242:2, 4245:4
  **possibilities** [1] -
4256:24
  **possible** [3] -
4175:22, 4180:7,
4217:17
  **possum** [1] -
4251:12
  **POST** [3] - 4165:4,
4166:23, 4167:15
  **post** [6] - 4217:6,
4223:10, 4283:3,
4285:21, 4287:1,
4295:22
  **potentially** [4] -
4270:13, 4270:16,
4282:7, 4297:22
  **pounds** [1] - 4246:7
  **pour** [3] - 4269:1,
4269:4, 4269:5
  **power** [2] - 4201:24,
4219:13
  **POYDRAS** [4] -
4165:12, 4167:23,
4168:12, 4169:22
  **practice** [3] - 4179:2,

4179:3, 4197:24
  **predominantly** [2] -
4230:1, 4230:13
  **prefer** [1] - 4219:23
  **preliminary** [2] -
4171:11, 4173:9
  **premature** [1] -
4223:23
  **preparation** [2] -
4172:3, 4232:10
  **prepare** [2] - 4218:8,
4239:19
  **prepared** [7] -
4187:15, 4205:1,
4205:15, 4233:4,
4239:19, 4239:20,
4264:18
  **preparing** [2] -
4235:12, 4236:8
  **present** [3] - 4228:8,
4273:4, 4278:22
  **presentation** [13] -
4172:3, 4227:21,
4272:22, 4273:9,
4273:12, 4273:13,
4273:22, 4274:2,
4274:13, 4284:17,
4288:20, 4288:21
  **presentations** [2] -
4273:4, 4286:15
  **presented** [1] -
4223:7
  **presents** [1] - 4177:5
  **preserved** [2] -
4221:4, 4225:4
  **preserves** [1] -
4221:7
  **president** [2] -
4213:2, 4213:9
  **pressure** [88] -
4228:14, 4229:15,
4234:9, 4241:10,
4241:23, 4245:17,
4254:5, 4254:8,
4254:13, 4269:1,
4269:4, 4269:5,
4272:11, 4272:14,
4275:24, 4276:1,
4276:4, 4276:6,
4276:8, 4276:9,
4277:11, 4279:12,
4279:13, 4279:14,
4279:15, 4279:16,
4279:17, 4279:18,
4280:19, 4281:2,
4282:6, 4283:9,
4283:12, 4283:13,
4283:20, 4287:17,
4287:18, 4287:19,
4287:21, 4287:22,

4289:7, 4289:9,
4289:11, 4289:12,
4290:1, 4290:1,
4290:6, 4290:8,
4290:25, 4291:3,
4291:20, 4292:2,
4292:3, 4292:4,
4292:5, 4292:8,
4292:9, 4292:12,
4292:13, 4292:24,
4292:25, 4293:2,
4293:11, 4293:12,
4293:17, 4293:18,
4293:23, 4294:13,
4294:15, 4294:17,
4294:19, 4295:2,
4296:17, 4296:21,
4297:2, 4297:4,
4297:12, 4297:14,
4297:18, 4298:1,
4299:1
  **pressures** [4] -
4254:22, 4284:1,
4284:16
  **pressuring** [2] -
4297:1, 4297:2
  **pressurized** [1] -
4254:6
  **pretrial** [2] - 4223:1,
4223:4
  **pretty** [7] - 4229:1,
4229:3, 4234:24,
4270:15, 4271:24,
4289:24, 4290:10
  **prevent** [2] -
4207:15, 4213:22
  **preventer** [16] -
4177:19, 4177:23,
4178:6, 4178:10,
4178:15, 4180:12,
4252:4, 4272:8,
4272:13, 4294:7,
4298:7, 4298:19,
4298:21, 4298:22,
4299:5, 4299:6
  **preventers** [2] -
4248:8, 4297:21
  **prevention** [1] -
4207:2
  **preventions** [2] -
4205:11, 4206:7
  **previous** [1] - 4247:8
  **previously** [1] -
4222:18
  **primarily** [8] -
4221:22, 4222:10,
4223:21, 4224:3,
4243:9, 4254:23,
4256:11, 4261:2
  **primary** [10] -

4243:1, 4246:20, 4246:24, 4254:9, 4254:14, 4255:14, 4261:6, 4270:2, 4270:4, 4270:11
**print** [1] - 4189:6
**prior** [4] - 4227:21, 4245:3, 4258:16, 4267:15
**probably** [11] - 4171:13, 4221:4, 4229:23, 4230:24, 4235:15, 4237:13, 4240:1, 4285:17, 4291:7, 4298:5
**problem** [2] - 4182:14, 4185:20
**problematic** [1] - 4256:12
**procedurally** [1] - 4218:15
**procedure** [4] - 4178:14, 4219:17, 4226:12, 4257:23
**procedures** [4] - 4194:16, 4233:22, 4243:21, 4264:16
**proceed** [3] - 4188:10, 4220:20, 4225:24
**proceedings** [1] - 4301:9
**PROCEEDINGS** [3] - 4164:21, 4169:25, 4171:1
**process** [13] - 4190:25, 4191:4, 4191:9, 4191:15, 4191:17, 4191:23, 4193:14, 4204:19, 4204:22, 4205:22, 4229:17, 4236:7, 4240:9
**PRODUCED** [1] - 4169:25
**production** [11] - 4227:2, 4227:4, 4227:10, 4233:11, 4233:16, 4235:1, 4246:23, 4246:25, 4247:1, 4255:13
**PRODUCTION** [3] - 4164:15, 4167:21, 4167:21
**productive** [2] - 4185:22, 4269:21
**profession** [1] - 4226:5
**professional** [3] - 4226:6, 4226:7,

4226:20
**profile** [1] - 4283:12
**prognosis** [1] - 4232:11
**program** [2] - 4236:10, 4259:13
**progressing** [1] - 4278:14
**project** [2] - 4174:21, 4227:22
**projects** [6] - 4227:8, 4227:10, 4227:11, 4227:12, 4228:6
**prone** [1] - 4215:9
**pronounce** [1] - 4195:9
**pronounced** [1] - 4195:7
**pronounces** [1] - 4195:7
**propelled** [1] - 4201:23
**proper** [2] - 4225:9, 4284:2
**properly** [1] - 4267:22
**properties** [1] - 4234:7
**protect** [1] - 4188:18
**provide** [6] - 4203:19, 4235:24, 4238:4, 4253:11, 4254:5, 4254:9
**provided** [3] - 4177:4, 4235:9, 4258:12
**providers** [1] - 4229:2
**provides** [4] - 4203:20, 4221:11, 4254:13, 4254:23
**providing** [2] - 4182:8, 4239:3
**provisions** [3] - 4178:24, 4188:25, 4262:12
**PSC** [6] - 4212:4, 4219:22, 4221:22, 4222:5, 4298:18
**PSC's** [2] - 4222:11, 4223:15
**psi** [6] - 4228:15, 4272:15, 4272:17, 4272:18, 4282:3, 4290:11
**public** [1] - 4226:9
**pull** [5] - 4178:21, 4179:2, 4184:10, 4206:21, 4249:16
**pump** [47] - 4250:8,

4252:24, 4276:5, 4276:17, 4276:24, 4276:25, 4277:14, 4277:14, 4277:15, 4279:4, 4279:5, 4279:6, 4279:14, 4279:15, 4279:17, 4280:8, 4280:10, 4281:1, 4282:22, 4283:9, 4283:22, 4283:25, 4287:13, 4287:14, 4287:15, 4287:16, 4287:23, 4287:24, 4287:25, 4288:3, 4288:16, 4288:18, 4289:9, 4289:11, 4289:12, 4290:3, 4290:5, 4290:6, 4290:13, 4292:13, 4296:15
**pumped** [3] - 4237:1, 4254:1, 4255:15
**pumping** [8] - 4244:21, 4276:2, 4277:15, 4279:14, 4285:14, 4287:13, 4295:4
**pumps** [31] - 4241:19, 4276:18, 4276:25, 4277:1, 4277:2, 4277:11, 4279:7, 4280:8, 4282:22, 4282:24, 4283:10, 4284:10, 4284:17, 4285:12, 4286:21, 4288:19, 4289:6, 4289:9, 4289:10, 4289:13, 4289:18, 4289:24, 4291:24, 4292:1, 4292:23, 4293:1, 4293:3, 4296:14, 4296:18
**punitive** [2] - 4222:6, 4222:17
**purpose** [5] - 4188:18, 4201:14, 4211:16, 4238:3, 4253:22
**purposes** [1] - 4202:11
**pursue** [2] - 4222:6, 4222:12
**put** [29] - 4179:20, 4182:15, 4188:22, 4189:3, 4190:15, 4202:22, 4209:16, 4220:22, 4242:12, 4243:6, 4247:12, 4247:22, 4250:3,

4251:3, 4252:8, 4261:15, 4262:11, 4262:23, 4263:19, 4264:4, 4264:15, 4265:22, 4266:21, 4270:1, 4272:20, 4273:9, 4281:3, 4282:16, 4286:5
**puts** [1] - 4266:12

## Q

**qualified** [1] - 4236:17
**quality** [2] - 4258:14, 4265:5
**quarters** [1] - 4249:21
**question** [15] - 4179:12, 4182:20, 4182:25, 4184:19, 4184:21, 4185:5, 4187:12, 4204:18, 4211:8, 4222:1, 4222:5, 4285:6, 4289:17, 4295:11, 4298:5
**QUESTION** [1] - 4200:3
**questions** [13] - 4188:7, 4199:8, 4200:24, 4211:25, 4212:3, 4212:11, 4212:23, 4215:25, 4237:19, 4253:20, 4261:9, 4290:20, 4299:19
**quibbling** [1] - 4182:18
**quicker** [2] - 4283:5, 4290:16
**quickly** [6] - 4213:16, 4215:4, 4215:11, 4261:11, 4261:21, 4293:24
**Quirk** [3] - 4221:14, 4223:22, 4224:11
**quirk** [2] - 4216:6, 4216:19
**quite** [4] - 4184:2, 4187:5, 4187:6, 4208:16

## R

**R** [6] - 4166:11, 4167:17, 4168:17, 4169:11, 4171:3, 4225:23

**RACHEL** [2] - 4166:17, 4168:14
**raise** [3] - 4222:21, 4225:17, 4252:18
**ramping** [2] - 4289:6, 4289:9
**rams** [3] - 4248:5, 4294:9, 4297:25
**range** [2] - 4229:23, 4282:5
**rapid** [3] - 4207:24, 4208:2, 4264:7
**rapidly** [1] - 4263:3
**rate** [10] - 4241:24, 4256:11, 4269:21, 4279:4, 4279:14, 4283:4, 4284:12, 4289:9, 4289:25
**rate's** [1] - 4279:5
**rated** [3] - 4272:16, 4272:17, 4272:18
**rates** [5] - 4263:5, 4276:24, 4280:8, 4282:22, 4288:18
**rather** [1] - 4192:10
**ratio** [1] - 4257:6
**RBS8D** [3] - 4174:21, 4175:12
**RE** [2] - 4164:5, 4164:12
**reached** [1] - 4282:25
**reacted** [1] - 4269:25
**reaction** [1] - 4283:15
**reactions** [1] - 4296:25
**read** [35] - 4174:18, 4175:16, 4175:23, 4176:6, 4179:23, 4180:2, 4180:9, 4182:12, 4182:19, 4185:5, 4185:10, 4186:19, 4189:7, 4189:10, 4193:3, 4193:7, 4193:15, 4194:1, 4194:15, 4194:20, 4195:17, 4196:7, 4198:25, 4200:5, 4205:11, 4205:13, 4209:4, 4213:15, 4214:7, 4215:3, 4225:8, 4239:16, 4265:14, 4281:12
**readily** [1] - 4254:1
**reading** [1] - 4287:18
**ready** [4] - 4215:5, 4246:13, 4250:19, 4285:14

**reality** [1] - 4283:4
**realized** [1] - 4295:6
**really** [6] - 4217:7,
4218:17, 4286:2,
4290:7, 4290:17,
4291:14
**realtime** [6] -
4270:10, 4272:23,
4274:12, 4278:11,
4278:18, 4281:19
**ream** [1] - 4244:16
**reamer** [1] - 4244:16
**reason** [9] - 4201:10,
4207:8, 4207:21,
4207:22, 4234:14,
4261:8, 4292:9,
4292:19, 4295:13
**reasonable** [1] -
4194:17
**reasonably** [1] -
4298:1
**reasons** [3] - 4223:4,
4233:3, 4240:17
**recall** [9] - 4174:18,
4178:7, 4178:16,
4178:19, 4203:9,
4218:20, 4221:25,
4223:2, 4223:3
**receive** [3] - 4185:6,
4235:25, 4236:1
**received** [4] -
4234:23, 4235:4,
4235:13, 4239:12
**recently** [3] -
4218:21, 4229:13,
4229:16
**recertification** [6] -
4178:10, 4178:15,
4178:23, 4179:4,
4179:10, 4179:13
**recess** [2] - 4224:16,
4224:19
**RECESS** [2] -
4224:22, 4300:16
**recognize** [2] -
4189:3, 4195:18
**recognized** [2] -
4195:20, 4292:16
**recollection** [4] -
4202:23, 4223:3,
4286:9, 4287:6
**recommended** [3] -
4178:14, 4179:1,
4179:3
**recomplete** [1] -
4229:18
**reconfigured** [1] -
4173:20
**reconnects** [1] -
4250:7

**record** [16] -
4184:15, 4185:5,
4217:2, 4217:10,
4217:19, 4220:5,
4220:12, 4220:21,
4220:23, 4221:4,
4223:21, 4225:21,
4264:23, 4268:7,
4275:5, 4301:8
**RECORDED** [1] -
4169:25
**records** [3] - 4172:8,
4194:16, 4217:17
**rectangular** [1] -
4250:17
**red** [3] - 4206:22,
4276:8, 4277:13
**REDDEN** [1] - 4169:4
**REDIRECT** [1] -
4212:5
**Redirect** [1] -
4170:11
**reduce** [1] - 4299:1
**reduced** [1] - 4280:8
**reduction** [4] -
4279:10, 4279:11,
4279:12, 4280:18
**refer** [2] - 4231:13,
4274:25
**reference** [3] -
4179:12, 4179:15,
4208:20
**references** [1] -
4208:18
**referred** [3] -
4228:22, 4272:23,
4274:21
**referring** [4] -
4214:18, 4249:17,
4249:18, 4274:21
**reflection** [1] -
4278:6
**reflective** [1] -
4274:15
**refresh** [1] - 4202:22
**REGAN** [1] - 4168:5
**regard** [3] - 4232:17,
4234:21, 4259:22
**regarding** [8] -
4181:15, 4181:22,
4182:10, 4182:21,
4183:12, 4184:9,
4184:19, 4188:3
**region** [1] - 4230:1
**registered** [3] -
4226:6, 4226:7,
4226:20
**regulation** [5] -
4178:18, 4178:22,
4243:20, 4245:8,

4245:9
**regulations** [5] -
4176:3, 4177:24,
4197:6, 4197:10,
4235:17
**regulatory** [1] -
4228:8
**reinforced** [1] -
4298:23
**reinforcements** [1] -
4252:5
**relate** [1] - 4227:9
**related** [7] - 4191:23,
4220:7, 4228:10,
4230:4, 4230:20,
4236:24, 4256:2
**RELATES** [1] -
4164:11
**relating** [2] -
4216:17, 4220:8
**relation** [1] - 4275:10
**relationship** [3] -
4203:5, 4296:8,
4296:9
**relationships** [1] -
4234:9
**relatively** [2] -
4186:18, 4282:23
**reliance** [3] -
4174:15, 4174:23,
4212:13
**relief** [2] - 4233:9,
4287:22
**relieve** [1] - 4193:4
**rely** [4] - 4192:2,
4197:19, 4197:24,
4214:1
**remain** [1] - 4213:17
**remaining** [2] -
4219:8, 4221:23
**remains** [1] -
4280:19
**remember** [13] -
4178:20, 4188:25,
4192:20, 4195:13,
4199:16, 4203:7,
4203:12, 4208:7,
4208:10, 4208:24,
4209:19, 4210:21,
4297:19
**remind** [1] - 4221:20
**remove** [1] - 4286:22
**removed** [1] - 4254:3
**RENAISSANCE** [1] -
4169:12
**rendered** [1] -
4180:15
**rendering** [2] -
4182:19, 4183:23
**renew** [1] - 4221:5

**repeat** [3] - 4182:25,
4183:5, 4185:20
**repeated** [1] -
4182:25
**replace** [3] -
4209:21, 4209:23,
4290:4
**replaced** [1] -
4214:17
**replacing** [1] -
4276:3
**report** [36] - 4173:1,
4177:18, 4177:23,
4180:11, 4180:12,
4181:15, 4186:8,
4186:12, 4186:14,
4186:24, 4187:3,
4200:1, 4225:7,
4232:4, 4232:7,
4234:12, 4234:13,
4237:8, 4237:13,
4239:19, 4239:24,
4239:25, 4240:1,
4240:3, 4240:6,
4240:12, 4240:14,
4240:16, 4242:4,
4265:4, 4281:3,
4281:6, 4298:9,
4299:15
**reported** [1] -
4193:25
**REPORTER** [1] -
4169:21
**Reporter** [2] -
4301:5, 4301:14
**REPORTER'S** [1] -
4301:3
**reports** [18] - 4233:3,
4233:4, 4239:7,
4239:8, 4239:17,
4240:1, 4240:2,
4240:3, 4259:25,
4266:3, 4266:12,
4268:19, 4269:7,
4281:8, 4299:11
**represent** [5] -
4181:20, 4185:1,
4251:8, 4274:17,
4274:18
**represented** [2] -
4273:17, 4273:19
**representing** [1] -
4188:14
**represents** [3] -
4242:25, 4275:19,
4280:12
**reprocess** [1] -
4251:15
**Republic** [1] -
4195:20

**request** [2] -
4221:18, 4224:15
**requesting** [1] -
4219:15
**require** [1] - 4173:11
**required** [2] -
4178:9, 4194:25
**requirement** [1] -
4200:10
**Requirements** [1] -
4189:13
**requirements** [2] -
4189:18, 4244:25
**requires** [1] -
4203:19
**reserve** [1] - 4230:22
**reserves** [1] - 4230:7
**reservoir** [8] -
4205:8, 4205:15,
4207:2, 4208:1,
4227:10, 4230:7,
4230:21, 4230:22
**reservoirs** [3] -
4269:15, 4269:16,
4269:17
**residual** [1] - 4291:8
**resolve** [2] -
4221:15, 4288:2
**resolved** [1] -
4229:17
**RESOURCES** [1] -
4166:14
**respect** [5] -
4172:22, 4178:5,
4212:16, 4219:7,
4219:15
**respective** [1] -
4213:19
**responded** [3] -
4241:8, 4298:15,
4298:17
**responding** [2] -
4296:3, 4297:15
**response** [22] -
4207:24, 4208:2,
4214:21, 4214:24,
4215:3, 4234:16,
4267:16, 4269:24,
4272:6, 4284:2,
4288:7, 4289:13,
4290:8, 4290:16,
4290:21, 4291:3,
4291:5, 4293:11,
4293:21, 4296:16,
4296:21, 4298:16
**Response** [2] -
4232:8, 4234:13
**responses** [2] -
4175:11, 4293:1
**responsibilities** [2] -

4193:6, 4261:18
**responsibility** [5] -
4203:4, 4209:16,
4261:6, 4270:3,
4270:4
**responsible** [4] -
4213:18, 4236:3,
4261:2, 4261:19
**rest** [2] - 4171:13,
4281:19
**restart** [1] - 4286:21
**rested** [4] - 4218:6,
4219:18, 4224:11,
4241:12
**restore** [1] - 4229:18
**restrict** [1] - 4246:22
**restricted** [1] -
4269:17
**result** [3] - 4199:25,
4271:20, 4290:3
**resume** [2] -
4171:10, 4172:13
**retained** [4] -
4237:23, 4237:24,
4238:19, 4265:2
**retention** [1] -
4238:3
**return** [6] - 4251:11,
4251:20, 4256:11,
4280:15, 4284:4,
4285:16
**returned** [1] -
4285:23
**returns** [3] -
4251:25, 4252:24
**reunited** [1] -
4238:12
**reused** [1] - 4252:25
**Revette** [3] - 4182:1,
4267:10, 4269:7
**review** [7] - 4187:15,
4199:12, 4230:21,
4231:3, 4240:10,
4258:19, 4260:16
**Review** [2] -
4191:20, 4204:7
**reviewed** [16] -
4174:15, 4176:22,
4181:6, 4187:19,
4212:13, 4218:21,
4231:6, 4233:1,
4239:5, 4239:8,
4239:9, 4240:3,
4240:4, 4240:25,
4267:24, 4299:9
**reviewing** [2] -
4217:7, 4240:24
**reviews** [2] - 4230:8
**revised** [1] - 4210:19
**ribs** [1] - 4298:23

**RICHARD** [1] -
4168:20
**Richard** [2] -
4225:13, 4298:12
**rig** [67] - 4182:15,
4185:9, 4185:15,
4187:1, 4213:19,
4213:23, 4228:13,
4228:16, 4230:9,
4230:10, 4235:3,
4236:12, 4238:12,
4239:11, 4241:10,
4242:18, 4243:3,
4243:18, 4243:19,
4245:11, 4245:25,
4248:16, 4248:23,
4249:1, 4249:2,
4250:18, 4252:1,
4252:8, 4252:16,
4252:17, 4253:12,
4253:16, 4255:4,
4256:8, 4256:15,
4257:17, 4258:22,
4259:21, 4260:1,
4265:20, 4267:12,
4268:2, 4268:4,
4269:3, 4269:4,
4271:5, 4272:24,
4278:1, 4279:22,
4281:10, 4281:22,
4282:11, 4283:3,
4285:2, 4285:11,
4285:15, 4285:24,
4285:25, 4286:2,
4286:8, 4286:13,
4286:17, 4288:10,
4295:19
**RIG** [1] - 4164:5
**rig's** [3] - 4242:21,
4276:16, 4289:3
**right** [78] - 4171:7,
4171:12, 4171:13,
4172:22, 4173:11,
4173:14, 4174:2,
4178:1, 4178:8,
4178:20, 4182:1,
4183:6, 4184:7,
4185:16, 4186:4,
4187:19, 4189:14,
4191:20, 4192:11,
4192:13, 4192:23,
4193:7, 4194:2,
4194:20, 4195:1,
4196:2, 4196:12,
4196:21, 4199:10,
4200:14, 4201:15,
4201:20, 4201:24,
4202:20, 4209:8,
4209:10, 4210:4,
4210:5, 4210:7,

4210:10, 4216:1,
4218:8, 4219:19,
4219:24, 4220:25,
4221:7, 4222:2,
4222:5, 4222:6,
4222:15, 4222:22,
4223:13, 4224:24,
4224:25, 4225:17,
4237:18, 4237:19,
4248:23, 4252:2,
4252:21, 4253:5,
4273:7, 4273:17,
4273:19, 4273:24,
4275:4, 4275:12,
4280:6, 4280:24,
4281:17, 4282:4,
4282:13, 4292:19,
4294:17, 4295:7,
4295:12, 4299:21,
4300:3
**Right** [1] - 4198:12
**right-hand** [4] -
4273:7, 4273:17,
4273:19, 4273:24
**rigs** [8] - 4186:4,
4186:5, 4198:16,
4201:17, 4252:16,
4253:17, 4268:5,
4276:15
**ring** [1] - 4250:23
**rise** [4] - 4224:21,
4263:3, 4264:18,
4300:15
**riser** [80] - 4206:16,
4242:19, 4243:2,
4245:20, 4245:22,
4245:24, 4245:25,
4246:3, 4246:5,
4246:9, 4246:10,
4248:7, 4248:14,
4248:15, 4248:17,
4248:19, 4248:20,
4248:24, 4248:25,
4249:3, 4249:4,
4249:5, 4249:8,
4249:12, 4249:13,
4249:14, 4249:18,
4249:19, 4250:1,
4250:4, 4250:5,
4250:7, 4250:8,
4250:9, 4250:10,
4250:20, 4250:24,
4250:25, 4251:6,
4256:15, 4256:23,
4257:3, 4257:6,
4257:7, 4257:11,
4257:16, 4257:17,
4257:18, 4257:19,
4257:22, 4258:1,
4258:2, 4258:4,

4258:5, 4262:17,
4262:18, 4262:19,
4262:21, 4263:4,
4263:7, 4263:11,
4263:13, 4263:16,
4263:21, 4263:24,
4264:7, 4264:24,
4264:25, 4275:16,
4275:20, 4277:13,
4277:17, 4288:1,
4297:21, 4299:13
**riser's** [1] - 4264:24
**risks** [1] - 4205:23
**RMR** [2] - 4169:21,
4301:13
**Robert** [2] - 4214:12,
4215:5
**ROBERT** [2] -
4165:9, 4168:2
**Roberts** [1] -
4221:10
**ROBERTS** [10] -
4168:14, 4169:6,
4221:10, 4221:21,
4222:3, 4222:8,
4222:10, 4222:16,
4223:13, 4223:19
**Robinson** [1] -
4286:6
**robust** [1] - 4187:2
**robustly** [1] - 4187:7
**rocks** [1] - 4255:2
**Rodriguez** [5] -
4208:6, 4208:7,
4208:13, 4210:6,
4211:16
**room** [4] - 4174:6,
4174:11, 4177:9,
4272:1
**ROOM** [2] - 4166:12,
4169:22
**rooms** [1] - 4173:6
**rotary** [1] - 4294:4
**rotate** [1] - 4252:20
**rotated** [1] - 4252:20
**ROUGE** [2] - 4166:3,
4167:15
**roughneck** [1] -
4233:9
**roustabout** [1] -
4233:8
**routed** [1] - 4251:24
**row** [3] - 4208:18,
4211:8, 4228:1
**Row** [1] - 4210:18
**ROY** [5] - 4165:3,
4165:3, 4216:13,
4216:19, 4219:22
**Roy** [1] - 4216:13
**RP** [2] - 4179:24,

4180:9
**RPR** [1] - 4301:13
**rubber** [2] - 4252:4,
4298:23
**Rule** [7] - 4218:7,
4218:20, 4218:24,
4219:12, 4220:6,
4223:24, 4224:10
**ruled** [2] - 4222:18,
4237:19
**rules** [2] - 4197:6,
4197:11
**ruling** [3] - 4220:19,
4221:3
**rulings** [1] - 4217:3
**run** [8] - 4173:16,
4245:19, 4245:22,
4246:5, 4246:8,
4246:25, 4249:23,
4255:14
**running** [9] -
4173:11, 4173:14,
4180:14, 4181:6,
4181:10, 4233:11,
4233:16, 4246:11,
4276:18
**runs** [1] - 4180:18
**RUSNAK** [1] - 4166:4

## S

**s** [1] - 4205:20
**S** [4] - 4165:19,
4171:3
**safe** [1] - 4191:11
**safety** [27] - 4173:24,
4174:14, 4174:16,
4177:12, 4183:25,
4185:8, 4186:9,
4186:18, 4187:1,
4188:3, 4189:16,
4190:14, 4190:25,
4191:4, 4191:9,
4191:15, 4191:17,
4191:23, 4204:19,
4204:22, 4205:22,
4205:25, 4206:1,
4209:1, 4213:18,
4266:4, 4266:15
**Safety** [2] - 4174:20,
4189:13
**safety-oriented** [1] -
4191:15
**said** [19] - 4178:14,
4178:24, 4187:5,
4188:18, 4191:6,
4195:16, 4207:22,
4210:6, 4223:4,
4231:2, 4235:17,

4249:19, 4252:2,
4259:8, 4259:23,
4261:19, 4271:16,
4273:23, 4280:24

**same** [26] - 4172:9,
4182:25, 4184:6,
4197:12, 4202:6,
4210:13, 4221:11,
4224:2, 4224:3,
4231:12, 4254:25,
4264:14, 4268:20,
4273:11, 4273:12,
4273:13, 4278:8,
4280:4, 4282:20,
4284:6, 4287:8,
4287:10, 4289:21,
4292:21

**sample** [1] - 4193:23

**sampling** [3] -
4193:14, 4193:20,
4194:15

**SAN** [1] - 4166:13

**sand** [1] - 4246:20

**satellite** [1] -
4253:11

**satisfied** [1] - 4267:2

**saw** [15] - 4195:11,
4195:12, 4198:8,
4265:24, 4267:10,
4271:3, 4271:7,
4273:5, 4273:8,
4273:16, 4280:24,
4284:23, 4297:11,
4298:17

**say** [20] - 4178:22,
4179:3, 4180:7,
4190:6, 4190:14,
4191:3, 4194:22,
4194:23, 4204:3,
4245:22, 4255:9,
4257:13, 4260:7,
4280:24, 4281:14,
4282:3, 4286:7,
4286:11, 4297:12,
4297:16

**saying** [2] - 4177:11,
4187:9

**says** [12] - 4175:10,
4177:2, 4177:3,
4179:5, 4185:23,
4210:4, 4213:5,
4214:16, 4215:5,
4264:6, 4264:23

**scale** [2] - 4274:17,
4276:23

**scales** [1] - 4274:14

**scenario** [1] - 4295:3

**scenes** [1] - 4237:4

**school** [16] -
4235:13, 4258:16,

4259:2, 4259:3,
4259:4, 4259:14,
4259:15, 4260:4,
4260:5, 4260:6,
4260:11, 4260:12,
4265:12, 4265:15,
4267:8

**schools** [8] -
4235:22, 4236:5,
4259:5, 4259:7,
4259:8, 4259:10,
4259:15

**SCOFIELD** [1] -
4169:18

**scope** [2] - 4199:9,
4205:20

**Scotland** - 4195:9

**SCOTT** [1] - 4166:16

**screen** [8] - 4193:2,
4202:22, 4214:8,
4273:7, 4273:17,
4274:5, 4274:25

**screens** [2] - 4284:1,
4285:7

**scrolling** [1] -
4278:14

**sea** [2] - 4257:25,
4276:3

**seabed** [1] - 4256:15

**seal** [6] - 4243:18,
4251:20, 4294:10,
4298:10, 4298:24,
4299:2

**sealed** [4] - 4294:8,
4297:13, 4297:14,
4297:16

**sealing** [1] - 4255:20

**seat** [1] - 4225:20

**seated** [2] - 4171:6,
4224:24

**seawater** [1] -
4290:4

**seaworthy** [1] -
4181:3

**second** [9] -
4193:13, 4201:12,
4204:11, 4208:19,
4215:16, 4218:19,
4244:15, 4245:15,
4256:5

**secondly** [1] -
4223:6

**SECREST** [1] -
4169:4

**SECTION** [2] -
4166:15, 4167:1

**Section** [11] -
4176:10, 4177:2,
4178:25, 4189:9,
4189:10, 4191:19,

4194:10, 4194:11,
4203:6, 4262:25

**section** [27] - 4177:2,
4177:18, 4177:24,
4179:12, 4180:12,
4181:14, 4181:18,
4189:23, 4191:22,
4202:19, 4203:21,
4213:15, 4234:12,
4244:10, 4248:6,
4263:21, 4264:12,
4264:22, 4266:19,
4266:24, 4275:18,
4281:17, 4295:17,
4297:19, 4299:19

**sections** [11] -
4179:1, 4191:7,
4245:25, 4247:5,
4247:13, 4247:14,
4248:4, 4248:5,
4248:9, 4249:20

**secure** [9] - 4202:8,
4243:17, 4247:12,
4252:6, 4257:15,
4257:17, 4257:19,
4263:12, 4284:21

**secured** [1] -
4257:12

**securing** [1] -
4257:18

**security** [1] - 4271:2

**see** [125] - 4174:8,
4174:21, 4175:8,
4176:22, 4176:23,
4177:1, 4179:23,
4189:18, 4189:23,
4191:19, 4193:1,
4194:11, 4195:17,
4195:22, 4196:8,
4198:17, 4199:19,
4199:20, 4199:24,
4200:17, 4201:13,
4204:11, 4205:3,
4205:6, 4205:8,
4208:19, 4210:17,
4210:19, 4210:25,
4211:17, 4215:16,
4217:18, 4220:23,
4242:16, 4247:3,
4247:17, 4248:2,
4249:11, 4249:25,
4250:11, 4252:13,
4255:12, 4255:15,
4258:1, 4258:13,
4258:19, 4258:24,
4259:6, 4259:14,
4264:17, 4264:22,
4270:12, 4270:15,
4275:25, 4276:22,
4276:25, 4278:20,

4278:21, 4278:25,
4279:3, 4279:4,
4279:10, 4279:11,
4279:16, 4279:18,
4279:20, 4279:21,
4279:24, 4280:1,
4280:5, 4280:9,
4280:12, 4280:17,
4280:18, 4281:3,
4281:15, 4282:15,
4282:21, 4282:22,
4282:25, 4283:1,
4283:9, 4284:1,
4284:7, 4284:9,
4284:11, 4284:12,
4284:15, 4287:11,
4287:23, 4288:6,
4288:13, 4288:14,
4288:15, 4288:17,
4288:19, 4289:4,
4289:14, 4289:22,
4290:8, 4291:2,
4291:4, 4291:7,
4292:1, 4292:5,
4292:7, 4292:9,
4292:20, 4292:22,
4292:24, 4293:12,
4293:14, 4293:16,
4293:21, 4294:13,
4296:16, 4297:25,
4300:4

**seeing** [8] - 4252:12,
4271:1, 4280:7,
4281:4, 4292:17,
4292:25, 4294:15,
4300:3

**seemed** [1] - 4223:6

**seen** [20] - 4175:3,
4175:4, 4175:5,
4180:5, 4185:2,
4198:12, 4201:6,
4206:22, 4212:21,
4241:23, 4241:24,
4262:22, 4263:18,
4266:12, 4273:21,
4281:1, 4281:17,
4287:16, 4288:9,
4297:9

**sees** [2] - 4261:8,
4271:1

**self** [2] - 4191:24,
4201:23

**self-audits** [1] -
4191:24

**self-propelled** [1] -
4201:23

**semi** [5] - 4198:16,
4201:17, 4202:5,
4252:11, 4253:15

**semi-submersible**

[2] - 4198:16, 4252:11

**semi-submersibles**
[2] - 4201:17, 4202:5

**sense** [1] - 4274:1

**sensor** [4] - 4277:21,
4277:23, 4277:25,
4288:22

**sensors** [2] -
4276:14, 4276:16

**sentence** [6] -
4193:14, 4193:22,
4198:15, 4198:24,
4198:25, 4213:20

**sentences** [1] -
4194:1

**separator** [2] -
4251:22, 4251:24

**September** [9] -
4192:14, 4194:23,
4208:9, 4208:19,
4209:7, 4210:23,
4211:13, 4211:17,
4239:24

**Sepulvado** [3] -
4271:22, 4271:23,
4271:25

**sequence** [2] -
4287:17, 4297:10

**series** [4] - 4227:25,
4238:22, 4274:14,
4299:19

**serious** [2] - 4177:4,
4177:8

**served** [1] - 4258:17

**serves** [1] - 4249:22

**service** [5] - 4179:6,
4179:11, 4229:2,
4261:25

**SERVICES** [1] -
4169:10

**services** [2] - 4226:8,
4235:8

**SESSION** [1] -
4164:20

**set** [12] - 4222:20,
4235:21, 4238:9,
4242:10, 4243:22,
4245:8, 4245:9,
4245:11, 4247:9,
4265:12, 4280:15

**setting** [2] - 4223:3,
4245:3

**settlement** [3] -
4219:8, 4219:9,
4221:22

**several** [10] - 4186:3,
4186:8, 4199:17,
4212:23, 4227:16,
4228:20, 4229:14,
4240:6, 4266:8,

4289:23
**shack** [16] - 4273:2,
4273:6, 4273:8,
4273:14, 4273:15,
4273:21, 4273:22,
4274:5, 4285:3,
4285:16, 4285:20,
4286:4, 4286:13,
4291:16, 4297:24,
4298:2
**shakers** [1] -
4251:14
**share** [1] - 4200:1
**shared** [3] - 4190:19,
4241:14, 4241:17
**SHARON** [1] -
4166:22
**SHAW** [1] - 4165:16
**sheen** [4] - 4284:9,
4285:12, 4285:18,
4287:12
**sheet** [1] - 4264:16
**shelf** [1] - 4255:9
**Shell** [1] - 4199:3
**shell** [1] - 4251:14
**SHELL** [1] - 4167:23
**shifted** [1] - 4239:18
**ship** [9] - 4191:7,
4191:11, 4191:24,
4192:6, 4193:6,
4193:18, 4196:14,
4197:16, 4206:18
**ship-owning** [1] -
4191:24
**Shipping** [4] -
4176:14, 4176:18,
4176:23, 4177:15
**ships** [3] - 4191:24,
4198:16, 4198:17
**shoe** [13] - 4243:24,
4244:6, 4244:8,
4244:9, 4244:11,
4244:13, 4244:15,
4244:16, 4244:17,
4244:22, 4244:23,
4245:1, 4255:15
**short** [5] - 4215:6,
4215:7, 4224:16,
4269:22, 4283:23
**shortly** [2] - 4238:20,
4284:15
**should** [35] - 4177:3,
4177:5, 4177:6,
4177:7, 4179:7,
4180:22, 4189:16,
4198:25, 4217:13,
4241:14, 4241:16,
4241:19, 4241:24,
4242:1, 4242:7,
4261:7, 4262:5,

4263:6, 4263:23,
4263:25, 4271:2,
4271:10, 4271:11,
4272:4, 4283:13,
4284:18, 4284:19,
4289:1, 4289:3,
4296:1, 4296:3,
4296:4, 4296:12,
4296:13, 4297:10
**show** [10] - 4199:15,
4203:2, 4247:24,
4250:14, 4278:10,
4278:17, 4289:3,
4290:25, 4293:10,
4295:12
**showed** [6] -
4203:21, 4211:6,
4211:7, 4215:13,
4273:2, 4274:8
**showing** [4] -
4201:2, 4274:5,
4282:13, 4291:13
**shown** [16] -
4199:15, 4202:19,
4202:20, 4203:6,
4208:5, 4246:14,
4273:6, 4273:23,
4273:24, 4274:1,
4274:11, 4275:9,
4276:9, 4276:21,
4276:24, 4292:18
**shows** [7] - 4187:18,
4247:2, 4250:15,
4274:13, 4274:14
**Shushan** [2] -
4171:12, 4217:1
**Shushan's** [1] -
4217:9
**shut** [36] - 4241:19,
4241:23, 4242:3,
4242:7, 4257:24,
4258:3, 4261:10,
4261:20, 4264:16,
4264:23, 4269:11,
4269:12, 4271:11,
4271:13, 4271:20,
4272:4, 4272:10,
4272:11, 4272:12,
4272:14, 4283:25,
4284:15, 4287:24,
4292:10, 4292:24,
4294:10, 4294:14,
4296:12, 4296:13,
4296:14, 4297:9,
4297:17, 4298:2,
4298:4, 4298:6,
4298:7
**shut-in** [2] - 4241:23,
4264:16
**shutdown** [18] -

4172:23, 4173:1,
4173:3, 4173:20,
4173:25, 4174:5,
4174:8, 4175:8,
4175:10, 4175:21,
4176:1, 4176:4,
4176:9, 4177:6,
4177:7, 4284:9,
4285:12, 4288:4
**SHUTLER** [1] -
4166:22
**shuts** [4] - 4287:24,
4291:23, 4291:25
**shutting** [9] -
4207:10, 4261:21,
4269:10, 4282:24,
4283:10, 4291:10,
4292:19, 4294:5,
4296:4
**side** [14] - 4182:16,
4227:1, 4227:2,
4227:5, 4229:4,
4235:4, 4243:10,
4249:2, 4249:3,
4249:25, 4273:19,
4273:24, 4277:18,
4292:5
**sides** [1] - 4252:14
**sidetrack** [1] -
4231:7
**sign** [1] - 4182:14
**signature** [3] -
4195:11, 4275:24,
4293:21
**signed** [2] - 4215:17,
4215:22
**significance** [6] -
4266:1, 4266:23,
4266:25, 4283:24,
4289:7, 4294:19
**significant** [2] -
4275:17, 4290:13
**similar** [1] - 4274:1
**similarities** [2] -
4228:4, 4268:24
**simply** [4] - 4212:12,
4221:18, 4222:21,
4231:13
**simulation** [2] -
4260:14, 4260:15
**since** [9] - 4216:5,
4237:14, 4238:18,
4239:5, 4239:25,
4246:23, 4253:2,
4259:6, 4265:25
**SINCLAIR** [1] -
4167:8
**single** [4] - 4175:21,
4176:1, 4181:5,
4184:7

sir [39] - 4171:9,
4172:21, 4177:10,
4181:23, 4181:25,
4182:16, 4184:2,
4184:25, 4186:7,
4186:11, 4188:16,
4188:24, 4189:2,
4189:18, 4189:25,
4190:14, 4190:17,
4190:23, 4191:2,
4191:21, 4192:22,
4194:2, 4194:13,
4195:22, 4197:14,
4198:2, 4198:13,
4198:23, 4200:12,
4203:23, 4204:19,
4205:14, 4206:17,
4207:7, 4207:15,
4208:4, 4211:15,
4214:9, 4215:14
**sit** [2] - 4175:2,
4244:19
**site** [6] - 4198:9,
4198:11, 4217:6,
4260:17, 4267:2,
4285:19
**sits** [2] - 4202:3,
4248:23
**sitting** [3] - 4171:21,
4171:23, 4251:5
**situation** [31] -
4183:13, 4227:19,
4228:23, 4229:16,
4231:4, 4231:12,
4231:14, 4231:21,
4234:16, 4236:2,
4246:19, 4247:17,
4256:18, 4256:25,
4257:12, 4257:13,
4263:9, 4268:23,
4268:25, 4269:1,
4269:5, 4269:19,
4270:13, 4270:16,
4277:10, 4296:4,
4296:20, 4297:23,
4299:24, 4300:8
**situations** [4] -
4228:7, 4237:3,
4237:4
**six** [5] - 4230:24,
4284:7, 4284:11,
4288:13, 4289:21
**six-minute** [1] -
4284:11
**size** [3] - 4227:23,
4246:22, 4259:24
**slang** [1] - 4253:23
**sleeping** [1] -
4196:14
**slide** [4] - 4274:10,

4274:21, 4274:24,
4282:19
**SLIDELL** [1] -
4165:23
**slight** [3] - 4280:18,
4281:10, 4282:6
**slightly** [2] -
4197:15, 4254:22
**slip** [1] - 4249:6
**slips** [1] - 4247:10
**slope** [2] - 4279:21,
4290:10
**slot** [1] - 4250:17
**slow** [1] - 4283:6
**slower** [1] - 4279:15
**slows** [3] - 4279:6,
4279:17
**SM** [1] - 4171:9
**small** [3] - 4177:21,
4216:24, 4273:19
**smaller** [1] - 4249:25
**Smith** [1] - 4200:16
**smoke** [1] - 4209:23
**so-called** [1] -
4222:6
**so..** [1] - 4266:20
**solids** [1] - 4234:7
**some** [67] - 4172:25,
4190:19, 4192:12,
4192:20, 4195:11,
4200:24, 4201:22,
4210:22, 4216:10,
4216:11, 4221:16,
4221:18, 4223:9,
4227:3, 4227:11,
4227:14, 4228:2,
4228:10, 4228:25,
4230:2, 4230:3,
4230:20, 4230:21,
4230:23, 4231:16,
4235:1, 4238:22,
4239:6, 4239:8,
4239:13, 4239:18,
4240:5, 4240:6,
4240:15, 4242:10,
4244:17, 4244:18,
4248:11, 4248:17,
4249:25, 4253:20,
4257:1, 4257:2,
4258:15, 4261:8,
4264:24, 4268:2,
4268:23, 4268:24,
4271:19, 4274:1,
4275:14, 4276:13,
4283:23, 4284:13,
4286:14, 4290:20,
4291:7, 4291:12,
4292:4, 4292:14,
4293:18, 4293:25,
4294:16, 4295:13,

4296:19
**somebody** [4] -
4209:21, 4224:25,
4286:19, 4290:15
**someone** [4] -
4284:17, 4290:22,
4293:10, 4297:24
**something** [26] -
4172:2, 4178:5,
4189:11, 4204:5,
4205:21, 4208:21,
4209:7, 4220:15,
4221:1, 4224:25,
4229:23, 4231:13,
4241:8, 4261:8,
4269:3, 4271:1,
4282:15, 4282:16,
4290:7, 4290:18,
4292:16, 4293:4,
4297:17, 4298:15,
4298:17
**sometime** [2] -
4194:4, 4196:20
**somewhat** [1] -
4274:1
**somewhere** [2] -
4282:5, 4291:22
**sophisticated** [1] -
4253:24
**sorry** [11] - 4174:18,
4174:22, 4183:2,
4184:4, 4184:12,
4190:9, 4216:2,
4251:7, 4283:16,
4283:18, 4291:24
**sort** [1] - 4192:12
**sound** [1] - 4254:18
**sounds** [1] - 4185:20
**sources** [1] -
4175:22
**SOUTH** [1] - 4168:18
**South** [1] - 4227:17
**space** [4] - 4255:16,
4277:13, 4294:24,
4296:20
**spacer** [7] - 4275:20,
4279:8, 4282:25,
4285:23, 4290:2,
4290:4, 4292:4
**spacers** [1] - 4234:3
**Spaces** [1] - 4177:3
**speaking** [3] -
4211:12, 4219:22,
4286:16
**special** [2] - 4208:20,
4237:16
**specialized** [1] -
4197:25
**specializing** [1] -
4198:4

**specific** [6] -
4186:13, 4204:22,
4206:6, 4262:25,
4263:20, 4264:21
**specifically** [2] -
4175:7, 4179:14
**specifications** [1] -
4261:17
**specifies** [1] -
4243:21
**speed** [2] - 4288:16,
4289:11
**spell** [2] - 4195:6,
4225:21
**spend** [2] - 4188:17,
4215:9
**spent** [2] - 4172:25,
4185:21
**Sperry** [9] - 4272:23,
4273:10, 4273:15,
4274:12, 4276:13,
4276:14, 4288:21,
4288:22, 4288:24
**spike** [2] - 4288:10,
4297:25
**spikes** [1] - 4287:17
**SPILL** [1] - 4164:5
**SPIRO** [1] - 4167:2
**spitting** [1] - 4204:16
**splash** [1] - 4246:6
**sporadically** [1] -
4238:16
**spread** [2] - 4202:2,
4202:15
**spreadsheet** [12] -
4208:12, 4208:14,
4210:12, 4210:13,
4210:14, 4210:20,
4211:6, 4265:24,
4266:3, 4266:18,
4266:19
**SPU** [1] - 4185:2
**SQUARE** [1] -
4167:23
**stability** [2] - 4261:9,
4262:16
**stabilization** [1] -
4293:2
**stabilize** [4] - 4271:5,
4289:25, 4290:1,
4293:23
**stabilizes** [1] -
4290:11
**stable** [1] - 4256:6
**stack** [12] - 4178:15,
4179:6, 4206:16,
4240:8, 4246:7,
4247:25, 4248:3,
4248:5, 4248:9,
4248:16, 4263:3

**staff** [1] - 4192:4
**stage** [1] - 4220:18
**staging** [1] - 4289:18
**stand** [3] - 4275:24,
4286:3, 4287:17
**standard** [17] -
4179:11, 4180:2,
4191:17, 4197:24,
4240:21, 4258:10,
4259:17, 4261:2,
4261:4, 4262:4,
4262:6, 4262:7,
4263:6, 4263:23,
4265:13, 4267:19,
4276:19
**standards** [3] -
4197:11, 4241:1,
4259:15
**standing** [3] -
4183:2, 4222:11,
4286:12
**standpoint** [8] -
4227:13, 4236:8,
4237:5, 4243:17,
4254:5, 4264:17,
4271:21, 4277:9
**starboard** [1] -
4253:6
**start** [11] - 4224:17,
4231:12, 4246:10,
4279:4, 4284:3,
4285:14, 4286:24,
4287:2, 4287:5,
4292:6, 4296:16
**started** [13] - 4233:8,
4234:24, 4234:25,
4236:15, 4238:25,
4239:13, 4270:20,
4275:19, 4294:5,
4295:7
**starting** [1] - 4280:12
**starts** [4] - 4203:6,
4242:23, 4290:1,
4290:11
**State** [1] - 4226:13
**STATE** [3] - 4167:6,
4167:11, 4167:13
**state** [13] - 4179:14,
4181:20, 4214:1,
4225:20, 4253:14,
4253:16, 4253:18,
4270:2, 4270:8,
4270:22, 4271:9,
4286:7, 4287:5
**state-of-the-art** [3] -
4253:14, 4253:16,
4253:18
**stated** [8] - 4178:9,
4180:17, 4220:11,
4265:4, 4265:10,

4265:11, 4270:19,
4271:23
**statement** [4] -
4175:18, 4285:4,
4285:19, 4286:25
**statements** [2] -
4281:7, 4285:21
**States** [3] - 4217:23,
4219:9, 4301:6
**STATES** [4] - 4164:1,
4164:15, 4164:23,
4166:10
**STATION** [1] -
4167:4
**station** [3] - 4206:12,
4206:15, 4253:11
**stationary** [3] -
4202:3, 4202:15,
4203:16
**status** [3] - 4223:2,
4246:15, 4261:9
**stay** [2] - 4203:25,
4298:7
**stayed** [1] - 4291:17
**staying** [1] - 4280:17
**steady** [2] - 4276:1,
4283:23
**steel** [2] - 4252:5,
4298:23
**steel-reinforced** [1] -
4298:23
**stem** [1] - 4221:22
**STENOGRAPHY** [1]
- 4169:25
**step** [1] - 4255:10
**STEPHEN** [1] -
4165:6
**steps** [2] - 4271:5,
4293:8
**STERBCOW** [2] -
4165:11, 4165:11
**STERNBERG** [1] -
4169:15
**Steve** [3] - 4216:20,
4216:23, 4221:10
**STEVEN** [2] -
4166:15, 4168:14
**Steven** [2] - 4213:6,
4213:8
**still** [13] - 4180:13,
4181:23, 4216:6,
4216:12, 4236:6,
4257:1, 4257:15,
4257:17, 4277:7,
4288:1, 4288:25,
4290:2, 4292:4
**STONE** [1] - 4169:2
**stood** [1] - 4268:1
**stop** [9] - 4185:16,
4246:24, 4247:18,

4257:21, 4263:14,
4271:6, 4288:23,
4290:20, 4297:7
**stopped** [5] - 4176:1,
4258:1, 4263:13,
4284:23, 4292:16
**stops** [3] - 4175:21,
4190:21, 4258:2
**storage** [1] - 4253:3
**stored** [1] - 4245:24
**story** [5] - 4278:21,
4279:25, 4281:19,
4294:11, 4294:12
**straight** [2] -
4245:20, 4275:5
**STRANGE** [1] -
4167:7
**STREET** [19] -
4165:4, 4165:9,
4165:12, 4165:15,
4165:17, 4165:22,
4166:2, 4166:7,
4167:14, 4167:18,
4167:23, 4168:12,
4168:15, 4168:21,
4169:3, 4169:7,
4169:13, 4169:19,
4169:22
**strength** [1] - 4255:1
**strenuous** [1] -
4197:7
**strict** [1] - 4197:11
**string** [19] - 4214:7,
4214:11, 4247:6,
4247:8, 4247:9,
4249:14, 4277:4,
4277:5, 4277:7,
4277:12, 4277:21,
4277:23, 4278:5,
4294:21, 4294:24,
4294:25, 4296:25,
4297:3
**stringent** [1] -
4197:11
**strings** [1] - 4247:3
**stripped** [3] -
4298:19, 4298:20,
4299:7
**stripping** [11] -
4272:5, 4272:7,
4272:8, 4272:9,
4272:18, 4298:21,
4299:5, 4299:10,
4299:15, 4299:16,
4299:17
**strokes** [1] - 4276:18
**strong** [2] - 4186:18,
4186:21
**strongly** [3] -
4187:14, 4188:3

**structure** [3] - 4184:10, 4218:16, 4252:18

**structured** [1] - 4218:19

**study** [1] - 4228:3

**stuff** [3] - 4216:20, 4238:13, 4281:8

**subcategories** [1] - 4201:22

**subject** [6] - 4194:9, 4204:4, 4205:25, 4217:2, 4217:12, 4225:9

**subjected** [1] - 4256:9

**subjects** [3] - 4197:15, 4200:21, 4224:1

**submersible** [2] - 4198:16, 4252:11

**submersibles** [2] - 4201:17, 4202:5

**submit** [3] - 4185:23, 4220:15, 4221:1

**submitted** [2] - 4172:7, 4177:23

**subsea** [1] - 4264:18

**substantial** [1] - 4294:13

**subtle** [1] - 4281:21

**successful** [1] - 4241:11

**successfully** [2] - 4182:3, 4298:2

**such** [4] - 4175:11, 4176:6, 4253:3, 4257:11

**sufficient** [1] - 4246:20

**suggest** [1] - 4187:12

**SUITE** [12] - 4165:4, 4165:12, 4165:15, 4165:20, 4167:24, 4168:12, 4168:15, 4168:24, 4169:7, 4169:13, 4169:15, 4169:19

**SULLIVAN** [1] - 4166:21

**summarized** [1] - 4266:3

**summarizes** [1] - 4266:14

**summary** [4] - 4221:21, 4223:25, 4266:12, 4295:17

**summer** [1] - 4196:20

**Sun** [9] - 4272:23, 4273:10, 4273:15, 4274:12, 4276:13, 4276:14, 4288:21, 4288:22, 4288:24

**superintendent** [1] - 4233:10

**supervised** [2] - 4233:5, 4233:6

**supervisor** [7] - 4209:17, 4210:1, 4214:13, 4235:18, 4260:3, 4260:10

**supervisor-level** [2] - 4260:3, 4260:10

**supervisors** [1] - 4269:9

**supervisory** [2] - 4236:14, 4259:4

**supplemental** [1] - 4240:14

**supply** [2] - 4173:16, 4250:23

**support** [1] - 4238:5

**suppose** [1] - 4218:21

**sure** [13] - 4174:25, 4201:18, 4217:11, 4217:16, 4221:6, 4224:18, 4225:4, 4225:12, 4225:22, 4263:13, 4282:3, 4285:9, 4300:13

**surface** [18] - 4222:18, 4227:8, 4228:14, 4228:20, 4231:19, 4231:23, 4231:25, 4234:15, 4237:2, 4242:23, 4245:4, 4247:7, 4252:15, 4254:2, 4282:25, 4291:4, 4293:18

**survey** [5] - 4186:2, 4186:3, 4199:7, 4199:9, 4199:18

**surveyor** [1] - 4195:14

**surveyors** [1] - 4199:13

**surveys** [1] - 4180:24

**survive** [1] - 4222:17

**survived** [1] - 4184:7

**suspected** [2] - 4257:23, 4263:9

**suspecting** [1] - 4282:15

**suspension** [1] - 4234:7

**SUTHERLAND** [1] - 4168:13

**switch** [1] - 4214:19

**SWORN** [1] - 4225:18

**System** [2] - 4174:20, 4189:14

**system** [61] - 4172:23, 4173:1, 4173:3, 4173:21, 4173:25, 4174:4, 4174:6, 4174:14, 4174:16, 4175:8, 4175:11, 4176:9, 4177:3, 4183:9, 4189:17, 4202:4, 4204:1, 4209:1, 4242:15, 4242:17, 4242:19, 4243:3, 4247:20, 4250:5, 4250:10, 4251:2, 4251:5, 4251:6, 4251:7, 4251:24, 4251:25, 4252:20, 4252:23, 4252:25, 4253:1, 4253:11, 4256:14, 4256:19, 4257:7, 4257:8, 4257:9, 4257:20, 4258:3, 4258:16, 4258:18, 4258:22, 4262:17, 4276:13, 4276:16, 4280:14, 4289:3, 4293:2, 4294:14, 4297:19

**systems** [2] - 4177:7, 4276:14

# T

**T** [2] - 4165:9, 4168:5

**TA** [4] - 4243:20, 4244:15, 4244:24

**TA'd** [2] - 4243:12, 4243:23

**TA'ing** [1] - 4255:25

**table** [1] - 4294:4

**tack** [1] - 4247:12

**tail** [1] - 4244:21

**take** [17] - 4174:19, 4176:21, 4179:1, 4200:22, 4209:12, 4209:13, 4213:14, 4213:21, 4215:11, 4220:10, 4223:5, 4224:19, 4225:20, 4232:15, 4232:19, 4252:24, 4263:14

**taken** [4] - 4216:11, 4251:25, 4286:6

**TAKEN** [2] - 4224:22, 4300:16

**takes** [2] - 4171:25, 4291:24

**taking** [4] - 4270:20, 4282:9, 4293:8, 4295:8

**talk** [28] - 4178:5, 4180:23, 4183:15, 4186:2, 4192:18, 4195:4, 4197:15, 4199:25, 4205:22, 4206:5, 4206:10, 4228:3, 4237:23, 4240:19, 4242:9, 4243:5, 4247:18, 4247:20, 4252:8, 4256:4, 4262:1, 4272:19, 4294:16, 4297:11, 4298:8, 4299:15, 4300:9

**talked** [6] - 4186:3, 4216:7, 4266:10, 4270:5, 4276:7, 4298:22

**talking** [11] - 4174:10, 4174:11, 4188:17, 4188:25, 4190:10, 4194:11, 4242:11, 4255:6, 4257:8, 4271:24, 4291:19

**talks** [4] - 4261:17, 4263:2, 4263:21, 4270:25

**tank** [11] - 4280:12, 4280:13, 4280:14, 4280:15, 4280:18, 4282:1, 4293:25, 4294:1, 4294:2, 4295:13, 4295:14

**TANNER** [13] - 4169:18, 4212:3, 4218:5, 4218:13, 4218:23, 4218:25, 4219:4, 4220:1, 4220:3, 4225:1, 4225:11, 4261:23, 4262:1

**Tanner** [2] - 4218:5, 4225:1

**task** [1] - 4269:9

**taught** [6] - 4232:25, 4235:7, 4235:9, 4235:10, 4258:20, 4258:22

**TD** [3] - 4246:17, 4246:24, 4247:16

**teaching** [2] - 4183:3, 4236:8

**team** [7] - 4186:22, 4238:23, 4238:24, 4239:2, 4239:3, 4240:7, 4269:3

**technical** [5] - 4196:25, 4238:4, 4238:11, 4238:14

**technologically** [1] - 4268:3

**tedious** [1] - 4171:24

**tell** [6] - 4232:16, 4234:20, 4242:14, 4280:5, 4282:20, 4296:12

**telling** [1] - 4299:25

**temporarily** [1] - 4219:25, 4243:12, 4243:14, 4243:17, 4255:22

**temporary** [1] - 4233:22

**ten** [8] - 4230:24, 4270:20, 4271:4, 4274:17, 4278:9, 4279:1, 4279:2, 4291:18

**tend** [1] - 4255:6

**tender** [1] - 4218:20

**tenders** [1] - 4237:15

**Tenneco** [1] - 4235:5

**tension** [4] - 4248:25, 4249:4, 4249:8, 4250:23

**tensioner** [1] - 4250:23

**tensioners** [4] - 4250:15, 4250:18, 4250:20

**term** [5] - 4190:25, 4196:25, 4208:20, 4253:23

**terms** [1] - 4172:2

**terrible** [1] - 4195:23

**test** [11] - 4215:10, 4241:10, 4245:4, 4245:6, 4275:13, 4275:18, 4284:10, 4285:13, 4285:18, 4287:12

**tested** [1] - 4245:5

**testified** [11] - 4181:14, 4192:13, 4192:14, 4194:3, 4203:11, 4214:2, 4265:24, 4272:3, 4280:22, 4298:18

**TESTIFIED** [1] - 4225:18

**testify** [4] - 4178:6, 4209:22, 4225:10,

4237:20
  **testifying** [2] -
4172:25, 4203:7
  **testimony** [22] -
4171:11, 4173:2,
4178:7, 4178:9,
4178:16, 4184:2,
4186:3, 4186:14,
4203:12, 4205:21,
4205:24, 4207:23,
4223:22, 4224:11,
4265:19, 4273:2,
4273:16, 4287:20,
4290:23, 4296:10,
4296:19, 4298:13
  **testing** [1] - 4226:12
  **testing-type** [1] -
4226:12
  **tests** [2] - 4233:14,
4233:20
  **Texas** [3] - 4228:13,
4229:7, 4235:8
  **than** [25] - 4183:11,
4183:18, 4192:10,
4194:18, 4195:2,
4197:7, 4197:12,
4202:12, 4218:16,
4245:9, 4246:18,
4247:6, 4254:22,
4255:8, 4256:3,
4269:2, 4269:5,
4273:21, 4278:7,
4282:10, 4283:5,
4290:16, 4292:7,
4293:13
  **thank** [26] - 4171:9,
4188:24, 4189:12,
4191:18, 4196:2,
4206:3, 4211:10,
4211:24, 4212:18,
4213:10, 4214:4,
4215:24, 4216:2,
4220:3, 4221:8,
4221:9, 4223:18,
4223:19, 4224:6,
4224:7, 4224:8,
4224:14, 4224:20,
4225:11, 4275:4,
4292:18
  **thanks** [1] - 4275:6
  **that** [859] - 4171:18,
4171:20, 4171:21,
4171:24, 4172:1,
4172:2, 4172:4,
4172:6, 4172:10,
4172:11, 4173:2,
4173:4, 4173:5,
4173:9, 4173:13,
4173:15, 4173:18,
4173:20, 4173:21,

4173:24, 4174:3,
4174:4, 4174:8,
4174:14, 4174:15,
4174:16, 4174:21,
4175:1, 4175:6,
4175:8, 4175:10,
4175:12, 4175:15,
4175:16, 4175:18,
4175:21, 4175:23,
4176:1, 4176:3,
4176:6, 4176:7,
4176:13, 4176:22,
4176:23, 4177:4,
4177:6, 4177:11,
4177:13, 4177:24,
4178:2, 4178:6,
4178:7, 4178:9,
4178:11, 4178:14,
4178:16, 4178:19,
4178:21, 4179:2,
4179:9, 4179:14,
4179:15, 4179:16,
4179:19, 4180:3,
4180:7, 4180:9,
4180:11, 4180:14,
4180:17, 4180:18,
4180:21, 4180:22,
4180:23, 4181:6,
4181:9, 4181:20,
4181:21, 4182:8,
4182:14, 4182:15,
4182:23, 4183:1,
4183:16, 4183:18,
4184:6, 4184:10,
4185:1, 4185:6,
4185:10, 4185:13,
4185:14, 4185:17,
4185:23, 4186:8,
4186:11, 4186:13,
4186:19, 4187:6,
4187:9, 4187:11,
4187:13, 4187:15,
4187:25, 4188:1,
4188:4, 4188:20,
4188:22, 4189:1,
4189:3, 4189:6,
4189:18, 4190:2,
4190:6, 4190:13,
4190:14, 4190:18,
4190:20, 4190:25,
4191:3, 4191:23,
4191:25, 4192:1,
4192:12, 4192:17,
4192:25, 4193:7,
4193:11, 4193:15,
4193:18, 4193:21,
4193:23, 4193:25,
4194:3, 4194:4,
4194:8, 4194:20,
4194:22, 4194:23,
4194:24, 4195:1,

4195:6, 4195:9,
4195:10, 4195:13,
4195:17, 4195:18,
4195:22, 4195:23,
4196:7, 4196:9,
4196:14, 4196:22,
4196:25, 4197:1,
4197:3, 4197:5,
4197:17, 4197:19,
4198:15, 4198:18,
4198:20, 4198:24,
4198:25, 4199:7,
4199:9, 4199:11,
4199:15, 4199:19,
4199:20, 4200:3,
4200:4, 4200:5,
4200:8, 4200:11,
4200:17, 4200:22,
4201:16, 4201:22,
4201:24, 4202:1,
4202:4, 4202:14,
4202:19, 4202:22,
4203:6, 4203:7,
4203:11, 4203:12,
4203:19, 4203:20,
4203:21, 4203:24,
4204:4, 4204:5,
4204:9, 4204:14,
4204:19, 4205:6,
4205:9, 4205:12,
4205:14, 4205:15,
4205:16, 4205:20,
4205:21, 4205:23,
4205:24, 4206:19,
4206:23, 4207:4,
4207:6, 4207:7,
4207:8, 4207:12,
4207:14, 4207:15,
4207:18, 4207:19,
4207:22, 4208:10,
4208:13, 4208:14,
4209:3, 4209:7,
4209:9, 4209:20,
4209:25, 4210:9,
4210:10, 4210:23,
4210:25, 4211:3,
4211:6, 4211:7,
4211:12, 4211:15,
4211:17, 4211:19,
4211:20, 4212:17,
4213:7, 4213:11,
4213:15, 4214:7,
4214:10, 4214:11,
4214:16, 4214:21,
4214:23, 4214:24,
4215:8, 4215:12,
4215:13, 4215:14,
4215:16, 4215:17,
4216:7, 4216:14,
4216:20, 4217:1,
4217:10, 4217:17,

4217:23, 4217:24,
4217:25, 4218:1,
4218:2, 4218:8,
4218:9, 4218:14,
4218:17, 4218:21,
4219:5, 4219:6,
4219:11, 4219:14,
4219:17, 4219:23,
4220:3, 4220:8,
4220:9, 4220:10,
4220:18, 4220:24,
4221:2, 4221:6,
4221:11, 4221:13,
4221:17, 4221:22,
4221:23, 4222:11,
4222:18, 4222:23,
4223:4, 4223:6,
4223:15, 4224:1,
4224:3, 4224:4,
4224:12, 4225:4,
4225:5, 4226:11,
4227:15, 4227:19,
4227:20, 4227:22,
4227:24, 4228:6,
4228:7, 4228:12,
4228:16, 4228:22,
4228:23, 4229:3,
4229:10, 4229:11,
4229:12, 4229:14,
4229:15, 4230:12,
4230:23, 4231:4,
4231:8, 4231:9,
4231:13, 4231:14,
4232:10, 4232:13,
4232:21, 4233:15,
4233:25, 4234:13,
4234:15, 4234:16,
4234:23, 4235:1,
4235:6, 4235:9,
4235:13, 4235:17,
4235:19, 4235:22,
4235:24, 4235:25,
4236:1, 4236:2,
4236:5, 4236:7,
4236:10, 4236:11,
4236:12, 4237:10,
4237:12, 4237:20,
4238:1, 4238:3,
4238:8, 4238:9,
4238:13, 4238:14,
4238:24, 4238:25,
4239:9, 4239:11,
4239:12, 4239:16,
4239:17, 4240:3,
4240:8, 4240:10,
4240:15, 4240:23,
4240:24, 4240:25,
4241:6, 4241:7,
4241:8, 4241:21,
4241:23, 4241:24,
4241:25, 4242:2,

4242:4, 4242:6,
4242:16, 4242:21,
4243:9, 4243:16,
4243:18, 4243:19,
4243:20, 4243:22,
4244:10, 4244:15,
4244:22, 4244:23,
4245:7, 4245:12,
4245:13, 4245:17,
4246:1, 4246:7,
4246:10, 4246:14,
4246:16, 4246:19,
4246:24, 4246:25,
4247:3, 4247:7,
4247:8, 4247:9,
4247:10, 4247:13,
4247:15, 4247:17,
4247:25, 4248:3,
4248:9, 4248:13,
4248:22, 4249:6,
4249:7, 4249:16,
4249:18, 4249:22,
4250:4, 4250:7,
4250:8, 4250:17,
4250:18, 4250:22,
4250:23, 4251:3,
4251:4, 4251:5,
4251:7, 4251:14,
4251:18, 4252:2,
4252:3, 4252:5,
4252:17, 4252:18,
4252:24, 4253:10,
4253:11, 4253:17,
4253:24, 4254:2,
4254:5, 4254:6,
4254:7, 4254:8,
4254:13, 4254:14,
4254:21, 4254:23,
4254:25, 4255:1,
4255:2, 4255:5,
4255:7, 4255:18,
4255:19, 4255:20,
4256:4, 4256:5,
4256:6, 4256:8,
4256:20, 4257:2,
4257:3, 4257:11,
4257:12, 4257:13,
4257:15, 4257:16,
4258:2, 4258:4,
4258:9, 4258:12,
4258:13, 4258:14,
4258:17, 4258:18,
4258:21, 4258:22,
4258:25, 4259:4,
4259:9, 4259:10,
4259:20, 4259:21,
4260:1, 4260:16,
4260:18, 4260:19,
4261:6, 4261:7,
4261:12, 4261:19,
4261:22, 4262:9,

4262:13, 4262:19,
4262:20, 4262:22,
4263:4, 4263:10,
4263:16, 4263:17,
4263:18, 4264:1,
4264:12, 4264:13,
4264:22, 4265:4,
4265:7, 4265:13,
4265:14, 4265:16,
4265:19, 4266:4,
4266:11, 4266:13,
4266:18, 4266:22,
4266:25, 4267:1,
4267:6, 4267:11,
4267:17, 4267:18,
4267:21, 4267:23,
4267:25, 4268:1,
4268:3, 4268:5,
4268:6, 4268:10,
4268:11, 4268:13,
4268:14, 4268:20,
4269:4, 4269:6,
4269:7, 4269:10,
4269:11, 4269:13,
4269:21, 4269:24,
4270:12, 4270:14,
4270:16, 4270:20,
4270:24, 4270:25,
4271:6, 4271:7,
4271:18, 4271:19,
4271:20, 4271:23,
4272:4, 4272:6,
4272:8, 4272:11,
4272:14, 4272:23,
4273:5, 4273:7,
4273:9, 4273:10,
4273:18, 4273:20,
4273:21, 4273:25,
4274:4, 4274:15,
4274:21, 4274:24,
4275:1, 4275:2,
4275:8, 4275:9,
4275:23, 4275:25,
4276:2, 4276:3,
4276:5, 4276:18,
4276:19, 4276:20,
4277:2, 4277:11,
4277:14, 4277:15,
4277:16, 4277:21,
4277:22, 4277:24,
4277:25, 4278:6,
4278:7, 4278:14,
4278:22, 4279:7,
4279:8, 4279:13,
4279:16, 4279:18,
4279:20, 4279:22,
4279:23, 4280:2,
4280:3, 4280:11,
4280:13, 4280:17,
4281:1, 4281:3,
4281:5, 4281:6,

4281:7, 4281:9,
4281:10, 4281:15,
4281:18, 4281:21,
4281:25, 4282:1,
4282:3, 4282:5,
4282:6, 4282:10,
4282:11, 4282:17,
4282:24, 4282:25,
4283:3, 4283:4,
4283:5, 4283:10,
4283:12, 4283:14,
4283:24, 4284:1,
4284:2, 4284:4,
4284:15, 4284:17,
4284:19, 4284:23,
4284:24, 4285:1,
4285:2, 4285:11,
4285:19, 4285:22,
4285:23, 4286:1,
4286:12, 4286:14,
4286:17, 4286:19,
4286:23, 4286:25,
4287:2, 4287:5,
4287:14, 4287:15,
4287:18, 4287:19,
4287:21, 4287:23,
4288:2, 4288:3,
4288:6, 4288:9,
4288:10, 4288:14,
4288:18, 4288:21,
4288:23, 4289:2,
4289:8, 4289:16,
4289:19, 4289:23,
4290:8, 4290:9,
4290:13, 4290:16,
4290:17, 4290:18,
4290:21, 4290:25,
4291:1, 4291:3,
4291:5, 4291:6,
4291:8, 4291:13,
4291:16, 4291:23,
4292:3, 4292:7,
4292:12, 4292:20,
4292:24, 4293:1,
4293:4, 4293:6,
4293:10, 4293:11,
4293:14, 4293:15,
4293:17, 4293:24,
4294:2, 4294:3,
4294:7, 4294:9,
4294:13, 4294:14,
4294:19, 4294:20,
4294:24, 4295:2,
4295:3, 4295:4,
4295:5, 4295:10,
4295:14, 4295:20,
4295:21, 4295:24,
4296:11, 4296:20,
4296:21, 4297:1,
4297:5, 4297:6,
4297:10, 4297:12,

4297:13, 4297:14,
4297:22, 4297:24,
4298:1, 4298:2,
4298:3, 4298:9,
4298:10, 4298:16,
4298:23, 4298:23,
4299:9, 4299:10,
4299:17, 4299:21,
4300:4, 4301:7
   **That** [1] - 4200:2
   **that's** [96] - 4172:10,
4174:7, 4174:23,
4178:3, 4178:6,
4178:20, 4179:11,
4182:7, 4182:9,
4182:13, 4182:19,
4184:8, 4184:21,
4186:7, 4186:15,
4186:24, 4187:3,
4187:4, 4192:7,
4192:15, 4192:24,
4193:17, 4194:2,
4195:25, 4196:2,
4198:21, 4199:2,
4199:16, 4200:12,
4201:21, 4203:13,
4203:21, 4204:15,
4204:20, 4204:23,
4207:11, 4212:16,
4216:19, 4217:4,
4217:19, 4217:25,
4218:3, 4219:15,
4220:1, 4222:3,
4222:8, 4223:8,
4223:16, 4231:17,
4231:19, 4234:8,
4234:10, 4235:14,
4242:18, 4243:21,
4244:9, 4247:2,
4247:17, 4248:13,
4248:24, 4249:10,
4250:3, 4250:4,
4254:8, 4260:14,
4260:25, 4270:5,
4273:8, 4274:7,
4274:24, 4275:25,
4277:8, 4277:22,
4278:24, 4279:21,
4280:9, 4282:8,
4282:10, 4284:16,
4286:1, 4287:8,
4287:16, 4289:19,
4290:22, 4294:22,
4295:5, 4297:10,
4297:18, 4297:20,
4297:22, 4299:5
   **That's** [1] - 4198:25
   **THE** [78] - 4164:5,
4164:5, 4164:12,
4164:22, 4165:3,
4166:10, 4167:6,

4167:11, 4167:12,
4171:6, 4171:9,
4171:10, 4172:17,
4178:1, 4182:24,
4184:20, 4185:20,
4188:6, 4188:9,
4188:11, 4196:1,
4206:2, 4212:2,
4212:4, 4216:1,
4216:2, 4216:10,
4216:15, 4217:4,
4217:12, 4218:3,
4218:11, 4218:14,
4218:24, 4219:1,
4219:19, 4219:24,
4220:2, 4220:11,
4220:14, 4220:17,
4220:22, 4221:1,
4221:6, 4221:9,
4221:20, 4221:25,
4222:4, 4222:9,
4222:15, 4222:25,
4223:18, 4224:2,
4224:6, 4224:8,
4224:14, 4224:18,
4224:21, 4224:24,
4225:7, 4225:12,
4225:16, 4225:17,
4225:20, 4225:22,
4225:25, 4237:18,
4239:21, 4239:22,
4261:22, 4261:25,
4274:20, 4274:24,
4275:4, 4283:17,
4300:10, 4300:14,
4300:15
   **their** [25] - 4180:21,
4183:21, 4192:4,
4193:6, 4197:19,
4198:11, 4200:10,
4201:24, 4207:11,
4209:6, 4209:14,
4213:19, 4219:11,
4236:3, 4240:25,
4245:19, 4245:20,
4246:19, 4258:23,
4260:5, 4265:12,
4267:25, 4268:11,
4284:14, 4295:8
   **there's** [25] - 4172:1,
4172:6, 4182:24,
4201:19, 4206:7,
4206:22, 4220:8,
4228:6, 4230:22,
4230:23, 4243:20,
4249:6, 4268:12,
4272:1, 4283:7,
4284:11, 4288:6,
4288:20, 4289:23,
4293:4, 4293:9,
4294:1, 4295:17,

4297:17, 4299:14
   **thereafter** [1] -
4193:10
   **therefore** [2] -
4194:6, 4246:21
   **these** [31] - 4172:1,
4180:23, 4182:3,
4182:7, 4182:20,
4183:23, 4187:4,
4187:7, 4209:12,
4222:23, 4225:6,
4250:10, 4250:18,
4250:22, 4251:18,
4256:16, 4258:23,
4259:7, 4259:8,
4259:15, 4264:13,
4266:13, 4266:25,
4268:8, 4268:10,
4269:20, 4286:1,
4286:5, 4286:8,
4287:4, 4297:20
   **they're** [6] - 4191:16,
4199:3, 4202:6,
4217:12, 4256:7,
4278:15
   **thin** [1] - 4253:25
   **thing** [13] - 4172:9,
4179:24, 4182:17,
4216:15, 4216:16,
4238:8, 4238:9,
4246:1, 4267:23,
4268:1, 4270:13
   **things** [36] - 4173:9,
4181:2, 4187:5,
4187:9, 4193:21,
4212:8, 4221:16,
4226:25, 4227:16,
4228:5, 4229:10,
4230:11, 4230:25,
4233:1, 4233:6,
4238:20, 4239:12,
4242:11, 4248:24,
4253:25, 4258:12,
4258:25, 4259:6,
4259:9, 4260:2,
4264:24, 4270:11,
4270:15, 4270:25,
4271:6, 4271:19,
4278:10, 4284:3,
4284:4, 4289:23,
4294:5
   **think** [80] - 4172:2,
4173:19, 4177:11,
4179:14, 4186:5,
4189:20, 4204:4,
4209:20, 4210:21,
4213:2, 4214:18,
4215:7, 4216:1,
4217:7, 4217:16,
4217:19, 4219:4,

4219:5, 4219:12,
4220:8, 4221:6,
4223:1, 4223:23,
4225:9, 4227:25,
4231:5, 4238:8,
4239:14, 4240:1,
4240:2, 4241:16,
4241:22, 4241:25,
4242:1, 4244:4,
4244:14, 4253:16,
4253:18, 4260:13,
4260:15, 4264:11,
4266:2, 4266:10,
4267:10, 4270:24,
4271:16, 4275:22,
4278:12, 4279:23,
4281:19, 4281:21,
4281:25, 4282:5,
4282:15, 4283:2,
4283:3, 4284:10,
4285:6, 4285:21,
4287:19, 4288:9,
4290:15, 4290:16,
4292:11, 4292:12,
4294:22, 4295:3,
4295:4, 4295:19,
4295:24, 4296:13,
4296:14, 4297:10,
4298:5, 4299:16,
4300:1, 4300:2,
4300:3, 4300:7

**THIRD** [1] - 4167:14

**third** [8] - 4192:8,
4192:9, 4195:1,
4215:17, 4215:22,
4222:9, 4227:20,
4234:12

**third-arty** [1] -
4192:8

**third-party** [2] -
4195:1, 4227:20

**this** [308] - 4171:18,
4171:21, 4174:23,
4175:1, 4175:7,
4176:4, 4176:8,
4176:13, 4176:17,
4176:22, 4177:12,
4179:12, 4179:17,
4179:20, 4180:5,
4180:23, 4182:16,
4183:3, 4183:4,
4183:11, 4183:22,
4184:4, 4184:6,
4185:20, 4185:21,
4185:22, 4185:24,
4186:3, 4186:16,
4186:17, 4187:9,
4187:19, 4188:7,
4189:13, 4190:1,
4190:11, 4190:16,

4190:24, 4191:22,
4192:20, 4193:1,
4193:2, 4195:15,
4196:5, 4196:8,
4197:17, 4197:18,
4198:8, 4198:10,
4199:22, 4201:10,
4201:18, 4202:25,
4204:6, 4204:13,
4204:22, 4204:23,
4204:25, 4205:2,
4205:3, 4205:4,
4205:5, 4205:20,
4205:21, 4205:23,
4206:5, 4206:6,
4206:11, 4206:12,
4206:15, 4206:22,
4207:5, 4207:7,
4207:8, 4208:1,
4208:5, 4208:11,
4208:13, 4208:20,
4208:24, 4209:7,
4209:10, 4209:24,
4210:12, 4210:14,
4211:4, 4211:6,
4211:7, 4211:25,
4212:3, 4212:12,
4212:21, 4212:25,
4213:1, 4213:12,
4213:25, 4214:1,
4214:7, 4214:9,
4214:18, 4215:22,
4217:16, 4218:6,
4218:9, 4218:15,
4218:16, 4219:6,
4219:12, 4219:20,
4220:18, 4221:14,
4222:13, 4222:21,
4223:1, 4223:7,
4225:14, 4227:19,
4229:8, 4229:11,
4229:15, 4229:18,
4232:3, 4232:4,
4237:24, 4238:11,
4242:14, 4242:15,
4242:25, 4243:8,
4243:9, 4243:16,
4243:23, 4244:24,
4245:4, 4245:10,
4246:11, 4247:2,
4247:16, 4247:17,
4247:24, 4247:25,
4248:3, 4248:7,
4248:11, 4249:3,
4249:16, 4250:2,
4250:11, 4250:14,
4250:15, 4250:16,
4250:18, 4251:1,
4251:3, 4251:4,
4251:8, 4251:22,
4251:23, 4252:10,

4252:16, 4253:4,
4253:5, 4253:6,
4254:18, 4254:21,
4258:16, 4260:21,
4260:22, 4260:23,
4261:15, 4261:16,
4262:11, 4262:12,
4262:14, 4262:23,
4262:24, 4263:1,
4263:19, 4263:20,
4264:4, 4264:9,
4264:14, 4264:15,
4264:16, 4264:20,
4264:21, 4265:11,
4265:23, 4265:24,
4266:1, 4266:11,
4266:14, 4266:21,
4266:24, 4268:2,
4268:4, 4272:4,
4272:21, 4272:22,
4272:25, 4273:1,
4273:2, 4273:6,
4274:5, 4274:8,
4274:12, 4274:16,
4274:21, 4275:11,
4275:12, 4275:18,
4275:21, 4275:22,
4275:24, 4276:9,
4276:10, 4276:11,
4276:21, 4276:23,
4276:24, 4277:18,
4278:8, 4278:9,
4278:13, 4279:1,
4279:3, 4280:5,
4280:6, 4280:10,
4280:11, 4280:14,
4281:4, 4281:17,
4281:21, 4281:24,
4282:2, 4282:3,
4282:13, 4282:20,
4283:6, 4283:20,
4284:4, 4284:6,
4284:7, 4284:13,
4284:17, 4284:20,
4285:6, 4285:7,
4285:9, 4285:20,
4287:10, 4287:16,
4288:4, 4288:8,
4288:13, 4288:20,
4289:7, 4289:15,
4289:16, 4289:18,
4289:21, 4290:14,
4290:21, 4290:25,
4291:4, 4291:6,
4291:10, 4291:22,
4292:10, 4292:20,
4292:21, 4292:22,
4292:23, 4293:7,
4293:11, 4293:15,
4293:16, 4294:11,
4294:16, 4295:12,

4295:17, 4296:16,
4296:24, 4297:11,
4297:21, 4297:25,
4298:7, 4299:19,
4300:1, 4300:8,
4300:10

**THIS** [1] - 4164:11

**THOMAS** [1] -
4165:22

**THORNHILL** [2] -
4165:21, 4165:22

**thorough** [1] -
4194:24

**those** [69] - 4173:16,
4179:1, 4181:2,
4181:5, 4181:9,
4186:6, 4190:18,
4191:8, 4194:1,
4196:12, 4199:12,
4200:19, 4202:5,
4202:14, 4204:16,
4208:17, 4211:14,
4215:24, 4216:11,
4217:6, 4217:14,
4219:15, 4219:18,
4221:20, 4221:21,
4221:25, 4222:1,
4222:20, 4223:1,
4223:11, 4228:2,
4228:5, 4229:25,
4230:11, 4231:20,
4232:13, 4232:15,
4232:17, 4232:24,
4233:1, 4233:6,
4233:10, 4235:2,
4237:1, 4237:3,
4239:8, 4239:14,
4239:16, 4240:3,
4240:17, 4240:19,
4244:19, 4245:21,
4249:11, 4251:19,
4255:5, 4259:5,
4260:1, 4262:15,
4273:11, 4274:14,
4274:15, 4276:15,
4277:19, 4278:16,
4287:1, 4296:1

**though** [2] - 4207:15,
4218:18

**thought** [8] -
4203:11, 4217:10,
4218:15, 4219:16,
4260:17, 4260:19,
4271:24, 4272:1

**thousand** [1] -
4245:10

**three** [23] - 4171:21,
4178:10, 4178:15,
4179:5, 4181:17,
4187:4, 4193:2,

4196:1, 4221:17,
4235:15, 4237:25,
4249:21, 4268:10,
4277:1, 4280:8,
4280:20, 4282:22,
4288:18, 4289:24,
4291:23, 4293:13,
4295:19

**three-minute** [1] -
4293:13

**three-quarters** [1] -
4249:21

**through** [49] -
4171:21, 4180:14,
4180:18, 4181:6,
4181:9, 4181:10,
4184:11, 4184:16,
4187:13, 4195:2,
4195:17, 4199:24,
4203:25, 4225:6,
4236:13, 4246:5,
4246:19, 4247:20,
4251:11, 4251:24,
4254:7, 4254:15,
4254:23, 4255:2,
4256:22, 4257:3,
4257:20, 4258:11,
4258:23, 4258:25,
4260:6, 4260:18,
4264:13, 4265:14,
4265:23, 4265:25,
4266:3, 4276:15,
4277:12, 4277:13,
4283:11, 4294:4,
4298:19, 4298:20,
4299:4, 4299:6,
4299:7

**throughout** [5] -
4229:21, 4233:1,
4234:10, 4240:5,
4280:17

**thrusters** [3] -
4173:14, 4202:7,
4253:10

**Thursday** [12] -
4192:14, 4192:21,
4194:3, 4195:12,
4199:8, 4199:16,
4200:25, 4203:7,
4203:22, 4215:13,
4216:12, 4216:25

**THURSDAY** [1] -
4171:2

**thus** [1] - 4171:22

**Tiano** [2] - 4214:12,
4215:6

**tied** [1] - 4253:10

**tiger** [1] - 4269:3

**tighter** [1] - 4269:17

**time** [84] - 4171:22,

4172:25, 4183:3,
4183:5, 4183:22,
4184:1, 4195:2,
4196:14, 4196:20,
4197:2, 4198:11,
4210:14, 4211:14,
4220:6, 4222:23,
4223:5, 4223:8,
4223:10, 4237:13,
4240:5, 4240:6,
4241:7, 4241:23,
4243:11, 4245:7,
4246:10, 4254:25,
4257:16, 4260:12,
4262:15, 4265:16,
4266:6, 4268:18,
4269:22, 4270:24,
4274:17, 4274:22,
4275:14, 4275:21,
4275:23, 4278:13,
4278:14, 4278:22,
4278:23, 4279:3,
4279:22, 4280:13,
4280:17, 4281:6,
4281:9, 4281:24,
4282:2, 4282:9,
4283:23, 4284:4,
4284:7, 4284:13,
4285:2, 4285:9,
4285:20, 4287:16,
4287:23, 4288:4,
4288:8, 4288:12,
4288:14, 4289:15,
4289:20, 4291:9,
4291:10, 4291:22,
4292:23, 4294:16,
4295:5, 4295:17,
4296:8, 4297:5,
4298:3, 4298:14,
4298:17

**timeframe** [1] -
4241:25

**timeline** [1] - 4280:9

**times** [12] - 4171:21,
4171:22, 4171:23,
4171:24, 4172:9,
4253:22, 4256:12,
4262:14, 4262:15,
4270:5, 4273:21,
4276:18

**title** [1] - 4191:19

**titled** [1] - 4189:13

**TO** [1] - 4164:11

**To's** [1] - 4200:16

**today** [4] - 4175:2,
4223:23, 4237:7,
4242:11

**together** [6] -
4232:15, 4247:11,
4248:9, 4250:3,

4273:9

**told** [6] - 4200:9,
4209:10, 4217:24,
4276:8, 4293:9,
4296:10

**TOLLES** [1] -
4168:16

**tomorrow** [3] -
4216:9, 4223:22,
4223:23

**too** [5] - 4191:12,
4221:2, 4224:9,
4255:1, 4295:10

**took** [6] - 4172:1,
4216:13, 4216:20,
4217:16, 4269:17,
4271:5

**toolpusher** [1] -
4291:19, 4291:20,
4293:7

**tools** [1] - 4270:11

**top** [13] - 4175:21,
4176:1, 4210:19,
4244:19, 4245:16,
4248:13, 4248:25,
4250:23, 4251:5,
4251:25, 4252:6,
4252:13, 4252:19

**top-drive** [1] -
4252:19

**topmost** [1] - 4251:2

**TORTS** [2] - 4166:11,
4166:20

**total** [2] - 4242:24,
4243:1

**totally** [1] - 4192:9

**towards** [1] -
4289:17

**towed** [2] - 4202:2,
4202:15

**tower** [3] - 4239:12,
4268:17, 4268:20

**TOWER** [2] -
4168:21, 4169:12

**track** [9] - 4243:25,
4244:6, 4244:8,
4244:9, 4244:15,
4244:22, 4244:23,
4245:1, 4255:15

**tracking** [1] -
4278:13

**trained** [7] - 4207:19,
4207:21, 4240:20,
4258:9, 4260:19,
4267:22, 4268:11

**training** [24] -
4182:21, 4227:3,
4232:16, 4234:20,
4234:22, 4234:24,
4235:2, 4235:4,

4235:23, 4235:24,
4236:3, 4236:11,
4236:12, 4237:9,
4239:11, 4240:25,
4259:20, 4259:21,
4265:4, 4267:15,
4272:12, 4295:9,
4297:6

**training/experience**
[1] - 4233:11

**transcript** [2] -
4217:7, 4301:7

**TRANSCRIPT** [2] -
4164:21, 4169:25

**transit** [2] - 4252:12,
4252:13

**transmit** [1] -
4200:10

**transmittal** [4] -
4199:16, 4200:8,
4200:13, 4202:25

**transmitting** [1] -
4199:18

**TRANSOCEAN** [3] -
4168:8, 4168:8,
4168:10

**Transocean** [90] -
4172:15, 4173:2,
4173:20, 4186:4,
4190:1, 4190:12,
4190:21, 4192:1,
4193:10, 4198:20,
4200:2, 4200:9,
4200:14, 4200:19,
4204:6, 4205:7,
4205:15, 4205:19,
4206:11, 4207:7,
4208:6, 4208:8,
4209:10, 4209:12,
4210:10, 4211:13,
4213:3, 4213:9,
4218:18, 4219:2,
4219:7, 4221:10,
4221:17, 4221:23,
4223:14, 4224:15,
4224:25, 4225:3,
4225:14, 4237:15,
4237:24, 4238:5,
4238:7, 4238:9,
4238:18, 4238:23,
4240:20, 4241:2,
4241:15, 4241:18,
4242:6, 4258:9,
4258:13, 4258:15,
4259:1, 4259:2,
4259:9, 4260:3,
4260:7, 4260:10,
4260:17, 4260:22,
4260:23, 4261:12,
4262:9, 4262:14,

4262:20, 4263:17,
4264:1, 4264:5,
4264:9, 4265:9,
4265:12, 4267:6,
4267:7, 4267:8,
4267:15, 4267:21,
4268:17, 4270:1,
4270:8, 4270:22,
4271:9, 4271:14,
4272:19, 4273:14,
4274:4, 4298:13,
4299:20, 4300:5

**Transocean's** [7] -
4190:15, 4198:3,
4198:9, 4207:16,
4218:17, 4223:16,
4265:4

**Tranter** [2] - 4200:16,
4200:20

**trapped** [1] - 4293:18

**trapping** [1] -
4297:18

**traveling** [4] -
4252:18, 4277:23,
4277:25, 4278:1

**tree** [1] - 4264:21

**TREX** [38] - 4178:21,
4179:2, 4179:20,
4186:16, 4188:22,
4189:3, 4189:22,
4192:19, 4194:10,
4198:8, 4199:16,
4201:3, 4201:11,
4201:12, 4202:21,
4204:10, 4208:4,
4210:12, 4211:4,
4212:9, 4212:19,
4213:11, 4213:12,
4214:5, 4214:10,
4217:25, 4232:1,
4232:5, 4260:21,
4263:19, 4264:4,
4264:15, 4265:22,
4266:21, 4286:5,
4287:4

**TRIAL** [1] - 4164:21

**trial** [16] - 4171:16,
4171:22, 4172:2,
4172:3, 4172:5,
4172:6, 4183:4,
4183:22, 4218:16,
4218:19, 4220:19,
4223:6, 4223:7,
4223:11, 4272:4

**tried** [1] - 4228:16

**trip** [13] - 4172:12,
4280:13, 4280:14,
4280:15, 4280:18,
4282:1, 4293:25,

4294:1, 4294:2,
4295:13, 4295:14

**TRITON** [1] - 4164:13

**true** [4] - 4187:10,
4193:17, 4296:21,
4301:7

**trust** [1] - 4186:23

**try** [4] - 4172:5,
4271:5, 4282:10,
4292:16

**trying** [15] - 4218:17,
4229:17, 4238:5,
4238:15, 4238:16,
4254:20, 4254:21,
4256:10, 4275:4,
4282:9, 4293:7,
4299:21, 4299:25,
4300:1, 4300:2

**tube** [2] - 4294:25,
4297:22

**tubers** [1] - 4249:23

**tubular** [1] - 4252:19

**tubulars** [1] - 4253:3

**turn** [12] - 4189:9,
4189:20, 4189:22,
4192:18, 4195:4,
4199:7, 4199:22,
4207:18, 4208:4,
4210:12, 4216:7,
4284:3

**turned** [2] - 4203:9,
4275:2

**twang** [1] - 4254:18

**twice** [1] - 4183:5

**two** [35] - 4172:1,
4195:23, 4196:12,
4223:4, 4226:15,
4232:15, 4232:17,
4243:9, 4246:4,
4247:11, 4248:4,
4248:9, 4248:11,
4251:18, 4254:7,
4254:12, 4256:11,
4256:19, 4256:24,
4259:3, 4265:14,
4265:16, 4268:24,
4268:25, 4269:23,
4270:10, 4274:18,
4276:25, 4277:1,
4279:6, 4288:17,
4293:12, 4293:13,
4297:19

**two-and-a-half** [1] -
4293:13

**two-component** [1] -
4256:19

**two-day** [1] - 4172:1

**two-section** [1] -
4297:19

**TX** [7] - 4166:5,

4168:15, 4168:24, 4169:8, 4169:13, 4169:16, 4169:20
**type** [17] - 4176:4, 4202:6, 4226:12, 4226:19, 4227:11, 4227:12, 4227:14, 4228:5, 4230:6, 4230:11, 4230:19, 4233:1, 4238:7, 4260:1, 4260:18, 4264:14, 4273:22
**types** [7] - 4228:6, 4231:20, 4233:6, 4243:21, 4260:1, 4266:8, 4266:11
**typical** [1] - 4257:23
**typically** [4] - 4192:5, 4255:7, 4263:8, 4289:11

**U**

**U** [1] - 4294:25
**U-tube** [1] - 4294:25
**U.S** [6] - 4166:10, 4166:14, 4166:19, 4167:1, 4217:21, 4229:6
**U.S.-flagged** [1] - 4197:12
**ultimate** [3] - 4185:8, 4241:9, 4241:12
**ultimately** [1] - 4239:20
**Unattended** [1] - 4177:3
**uncontrolled** [1] - 4175:23
**under** [16] - 4189:23, 4200:9, 4201:24, 4203:6, 4207:16, 4218:7, 4218:24, 4219:5, 4219:12, 4220:6, 4221:18, 4221:24, 4245:9, 4253:4, 4264:22
**underbalanced** [3] - 4275:21, 4275:23, 4282:8
**undergraduate** [1] - 4226:16
**underground** [9] - 4231:3, 4231:6, 4231:8, 4231:10, 4231:11, 4231:17, 4231:22, 4237:3
**UNDERHILL** [2] - 4166:11, 4217:15

**Underhill** [1] - 4217:15
**underneath** [3] - 4250:16, 4297:2
**understand** [23] - 4173:24, 4177:22, 4182:22, 4182:23, 4192:1, 4196:25, 4197:16, 4206:7, 4208:13, 4211:20, 4222:13, 4223:18, 4225:2, 4238:5, 4268:21, 4273:23, 4274:4, 4280:1, 4280:2, 4283:12, 4291:17, 4293:8, 4296:7
**understandable** [1] - 4281:11
**understanding** [18] - 4200:7, 4200:12, 4216:25, 4261:1, 4265:18, 4273:1, 4273:16, 4274:7, 4274:8, 4276:13, 4276:16, 4277:14, 4280:14, 4284:22, 4286:23, 4289:16, 4301:8
**understands** [1] - 4201:18
**understood** [3] - 4211:12, 4269:24, 4271:17
**underway** [1] - 4204:1
**undrilled** [1] - 4243:24
**unfolding** [2] - 4238:17, 4281:23
**unfortunately** [2] - 4295:3, 4295:9
**unit** [1] - 4252:11
**United** [2] - 4217:23, 4301:5
**UNITED** [4] - 4164:1, 4164:15, 4164:23, 4166:10
**units** [2] - 4201:15, 4201:20
**University** [2] - 4235:7, 4235:8
**unless** [1] - 4218:2
**unlikely** [1] - 4279:23
**Unmanned** [1] - 4177:3
**unscrewing** [1] - 4252:21
**unseaworthy** [3] -

4180:15, 4180:18, 4181:10
**unsure** [1] - 4271:1
**until** [6] - 4217:18, 4219:2, 4224:10, 4258:6, 4267:5, 4290:10
**up** [101] - 4172:22, 4178:3, 4178:21, 4179:2, 4179:20, 4184:10, 4188:6, 4188:22, 4189:3, 4198:8, 4201:4, 4201:7, 4201:11, 4202:22, 4204:10, 4206:21, 4210:25, 4212:8, 4212:9, 4214:8, 4220:10, 4235:21, 4237:12, 4238:9, 4238:24, 4242:12, 4243:6, 4244:18, 4245:3, 4245:15, 4246:3, 4246:4, 4246:10, 4247:8, 4247:22, 4248:25, 4249:2, 4249:3, 4249:16, 4250:9, 4250:20, 4250:23, 4251:3, 4251:8, 4251:10, 4252:8, 4254:2, 4256:15, 4257:17, 4258:17, 4261:15, 4262:11, 4262:23, 4263:19, 4264:4, 4264:15, 4265:12, 4265:22, 4266:21, 4270:1, 4272:20, 4274:2, 4275:15, 4276:14, 4277:12, 4277:16, 4278:15, 4279:22, 4280:15, 4281:22, 4282:14, 4283:6, 4283:8, 4284:3, 4284:13, 4285:8, 4285:23, 4286:5, 4287:21, 4288:21, 4289:6, 4289:9, 4289:12, 4289:18, 4290:7, 4290:9, 4290:17, 4290:18, 4290:22, 4291:23, 4292:13, 4293:12, 4294:1, 4294:4, 4294:13, 4297:1, 4297:2, 4297:18, 4299:14
**up-to-date** [1] - 4237:12
**updated** [2] -

4210:14, 4237:14
**upon** [8] - 4173:6, 4183:25, 4184:1, 4186:9, 4191:16, 4193:23, 4255:16, 4270:20
**upper** [13] - 4245:8, 4245:9, 4248:6, 4248:20, 4248:23, 4249:12, 4250:25, 4251:6, 4273:7, 4298:18, 4299:7, 4299:12
**ups** [1] - 4201:16
**upstream** [2] - 4227:1, 4229:4
**us** [18] - 4171:14, 4217:6, 4219:11, 4227:14, 4228:10, 4228:25, 4232:16, 4234:20, 4242:14, 4248:24, 4276:8, 4280:5, 4282:20, 4293:9, 4293:10, 4295:16, 4296:10, 4296:12
**use** [5] - 4189:6, 4204:1, 4245:5, 4253:23, 4254:13
**used** [8] - 4183:8, 4190:24, 4217:23, 4218:20, 4251:12, 4258:13, 4261:23, 4272:4
**using** [2] - 4189:1, 4299:12
**usual** [3] - 4216:4, 4216:8, 4218:16
**utilizes** [1] - 4215:8, 4260:5

**V**

**V** [3] - 4164:15, 4286:3
**VA** [1] - 4165:15
**validity** [1] - 4222:1
**valuation** [2] - 4230:7, 4230:22
**valve** [21] - 4251:22, 4251:23, 4284:24, 4287:20, 4287:22, 4288:15, 4290:16, 4290:22, 4291:1, 4291:2, 4291:4, 4291:6, 4293:10, 4293:16, 4293:21, 4293:22, 4293:23, 4294:18
**valves** [1] - 4251:19

4210:14, 4237:14
**variable** [2] - 4294:9, 4297:25
**variety** [10] - 4226:25, 4227:7, 4228:6, 4230:23, 4232:23, 4233:2, 4238:20, 4239:12, 4258:25, 4270:24
**various** [4] - 4227:12, 4235:5, 4235:8, 4254:6, 4267:1
**Vastar** [3] - 4227:17, 4227:18, 4227:22
**VBR** [1] - 4297:25
**vented** [1] - 4251:24
**veracity** [1] - 4245:6
**verdict** [3] - 4221:12, 4222:22, 4223:14
**verification** [2] - 4193:23, 4255:19
**Verification** [1] - 4191:20
**verified** [2] - 4194:16, 4245:6
**versus** [2] - 4207:6, 4294:5
**very** [20] - 4185:22, 4189:16, 4197:14, 4202:13, 4214:4, 4216:2, 4216:24, 4223:18, 4224:7, 4224:14, 4244:11, 4244:13, 4248:2, 4251:5, 4253:17, 4253:24, 4269:22, 4280:21, 4281:21, 4293:23
**vessel** [22] - 4174:9, 4174:10, 4176:13, 4180:17, 4180:19, 4181:13, 4181:14, 4192:8, 4195:2, 4198:20, 4204:3, 4204:22, 4211:16, 4249:5, 4249:6, 4253:4, 4253:9, 4256:5, 4256:6, 4256:13, 4296:8, 4296:9
**vessels** [5] - 4180:23, 4181:3, 4181:6, 4198:5, 4203:24
**viability** [1] - 4222:2
**vice** [1] - 4213:2
**vice-president** [1] - 4213:2
**video** [1] - 4271:22
**Vidrine** [6] - 4286:6,

4286:12, 4286:23, 4287:5, 4295:21, 4295:22

**VIRGINIA** [1] - 4165:15

**visit** [4] - 4195:18, 4196:18, 4196:19, 4210:7

**visited** [1] - 4198:9

**visits** [1] - 4240:6

**visualization** [1] - 4201:4

**vitae** [1] - 4237:8

**VOIR** [1] - 4226:1

**voir** [1] - 4170:17

**volume** [4] - 4263:4, 4270:9, 4276:17, 4280:12

**voluminous** [1] - 4208:11

**VON** [1] - 4169:15

## W

**W** [2] - 4166:2, 4169:5

**wait** [2] - 4219:2, 4224:10

**waited** [1] - 4211:21

**waived** [1] - 4222:22

**waiver** [1] - 4245:10

**waiving** [1] - 4223:14

**WALKER** [1] - 4165:14

**walks** [1] - 4264:13

**WALTER** [1] - 4165:17

**WALTHER** [1] - 4169:2

**want** [34] - 4173:19, 4179:16, 4179:17, 4184:18, 4185:5, 4186:12, 4187:8, 4189:20, 4189:21, 4193:13, 4198:24, 4204:4, 4212:7, 4212:12, 4212:24, 4217:6, 4217:11, 4221:1, 4221:4, 4222:13, 4222:21, 4224:12, 4242:9, 4246:8, 4247:19, 4247:20, 4249:5, 4253:20, 4255:18, 4258:5, 4266:1, 4274:25

**wanted** [4] - 4217:16, 4224:4,

4225:4, 4258:19

**wanting** [1] - 4254:25

**WAS** [3] - 4224:22, 4225:18, 4300:16

**WASHINGTON** [4] - 4166:18, 4166:23, 4167:4, 4168:3

**wasn't** [4] - 4177:1, 4184:10, 4187:9, 4217:8

**watch** [1] - 4296:16

**water** [15] - 4230:4, 4230:10, 4230:12, 4242:23, 4252:15, 4253:17, 4255:3, 4256:3, 4256:4, 4257:5, 4263:1, 4263:21, 4268:5, 4276:4

**wave** [2] - 4246:8, 4246:9

**waves** [1] - 4246:6

**way** [22] - 4171:13, 4172:11, 4184:3, 4195:9, 4204:2, 4207:21, 4209:19, 4210:2, 4218:19, 4231:12, 4231:22, 4235:21, 4242:24, 4243:23, 4245:5, 4247:7, 4248:11, 4265:12, 4276:16, 4276:19, 4280:14

**Wayne** [1] - 4229:13

**ways** [1] - 4265:10

**we** [261] - 4171:10, 4171:11, 4172:9, 4172:13, 4172:22, 4173:9, 4173:13, 4175:1, 4175:12, 4176:13, 4176:21, 4176:22, 4178:1, 4178:21, 4179:2, 4179:24, 4181:8, 4183:1, 4183:4, 4183:5, 4184:9, 4184:10, 4184:11, 4185:21, 4186:6, 4186:16, 4186:21, 4187:1, 4187:17, 4188:5, 4188:7, 4188:21, 4188:22, 4189:22, 4189:23, 4191:22, 4192:7, 4192:18, 4193:1, 4193:2, 4195:11, 4195:12, 4195:14, 4195:16, 4195:17, 4196:5, 4199:19,

4199:22, 4200:7, 4201:7, 4202:5, 4204:6, 4204:11, 4204:25, 4206:5, 4206:21, 4210:25, 4215:5, 4215:9, 4215:15, 4215:16, 4216:4, 4216:6, 4216:7, 4216:8, 4216:12, 4217:7, 4217:10, 4217:16, 4217:18, 4217:22, 4218:9, 4218:13, 4218:14, 4218:19, 4218:25, 4219:1, 4219:4, 4219:12, 4219:16, 4219:17, 4220:3, 4220:5, 4220:8, 4220:10, 4220:16, 4220:21, 4221:4, 4221:10, 4221:18, 4222:18, 4222:21, 4223:1, 4223:14, 4223:15, 4223:23, 4223:24, 4223:25, 4224:3, 4224:9, 4224:10, 4224:12, 4224:15, 4224:16, 4225:3, 4225:4, 4225:5, 4225:6, 4227:1, 4227:2, 4227:3, 4227:8, 4228:22, 4231:13, 4234:8, 4234:15, 4238:16, 4242:9, 4242:16, 4243:2, 4243:3, 4244:11, 4247:3, 4247:5, 4247:17, 4249:11, 4250:19, 4251:12, 4251:17, 4251:22, 4252:13, 4252:21, 4253:9, 4253:23, 4254:2, 4254:7, 4254:13, 4255:2, 4255:12, 4255:15, 4256:7, 4257:5, 4262:17, 4267:25, 4269:17, 4270:10, 4273:5, 4273:8, 4274:16, 4275:23, 4275:25, 4276:10, 4276:25, 4277:2, 4277:10, 4278:5, 4279:2, 4279:4, 4279:10, 4279:11, 4279:16, 4279:18, 4279:20, 4279:24, 4279:25, 4280:1, 4280:2, 4280:8, 4280:11,

4280:12, 4280:16, 4280:18, 4281:7, 4282:2, 4282:22, 4282:25, 4283:1, 4283:9, 4283:12, 4284:9, 4284:11, 4284:12, 4284:15, 4285:1, 4285:9, 4287:23, 4288:6, 4288:14, 4288:15, 4288:17, 4288:19, 4290:2, 4290:3, 4290:7, 4290:8, 4290:10, 4291:3, 4291:4, 4291:5, 4291:6, 4291:7, 4291:14, 4291:16, 4291:22, 4292:1, 4292:5, 4292:7, 4292:15, 4292:24, 4293:5, 4293:12, 4293:14, 4293:15, 4293:21, 4293:25, 4294:3, 4294:7, 4294:13, 4294:17, 4295:6, 4295:21, 4296:16, 4296:17, 4297:6, 4297:7, 4297:19, 4297:21, 4298:15, 4299:15, 4300:11

**we'll** [7] - 4185:25, 4189:10, 4196:18, 4210:25, 4249:11, 4262:1, 4291:2

**we're** [35] - 4172:4, 4172:5, 4174:10, 4174:11, 4178:2, 4194:11, 4195:15, 4205:12, 4206:10, 4211:4, 4211:10, 4214:10, 4215:11, 4218:17, 4219:6, 4219:15, 4229:10, 4229:17, 4234:14, 4242:11, 4247:18, 4250:17, 4252:12, 4254:14, 4254:17, 4269:22, 4276:1, 4280:7, 4287:9, 4292:25, 4294:14, 4295:4, 4297:1, 4298:21

**we've** [17] - 4171:21, 4190:24, 4194:14, 4198:24, 4204:13, 4205:3, 4205:6, 4207:13, 4221:14, 4227:11, 4248:15, 4270:5, 4287:16, 4294:20, 4295:20,

4296:19, 4297:19

**wear** [1] - 4249:9

**web** [3] - 4198:9, 4198:11, 4217:6

**Webster** [30] - 4171:8, 4172:20, 4175:12, 4177:12, 4177:22, 4178:22, 4179:3, 4180:5, 4180:17, 4181:5, 4182:10, 4183:8, 4183:11, 4184:18, 4186:2, 4188:14, 4205:20, 4205:22, 4212:7, 4212:11, 4212:21, 4213:14, 4214:8, 4214:12, 4214:22, 4215:13, 4215:24, 4216:5, 4216:8, 4216:18

**WEBSTER** [1] - 4170:5

**weeds** [1] - 4196:18

**week** [11] - 4171:12, 4171:18, 4172:25, 4188:18, 4207:23, 4209:10, 4214:2, 4216:11, 4217:16, 4239:15, 4260:12

**weekend** [1] - 4171:7

**weeks** [1] - 4171:21

**weighs** [1] - 4246:7

**weight** [15] - 4250:12, 4254:11, 4254:13, 4254:21, 4254:25, 4277:18, 4277:21, 4277:22, 4277:23, 4278:3, 4278:5, 4278:6, 4278:7

**weird** [1] - 4254:18

**welcome** [1] - 4171:7

**welfare** [1] - 4213:18

**Well** [2] - 4232:8, 4234:13

**well** [343] - 4175:23, 4179:5, 4182:6, 4182:10, 4182:21, 4183:13, 4185:20, 4189:4, 4191:22, 4196:2, 4201:16, 4202:20, 4209:21, 4211:10, 4213:23, 4214:1, 4216:5, 4216:14, 4218:10, 4218:11, 4219:4, 4219:11, 4219:17, 4219:19, 4220:11, 4220:17, 4222:1, 4224:1, 4224:5,

4228:1, 4228:2,
4228:14, 4228:15,
4228:21, 4229:15,
4229:18, 4229:19,
4229:21, 4229:22,
4229:25, 4230:3,
4230:8, 4230:14,
4230:15, 4230:16,
4230:20, 4230:22,
4231:1, 4231:3,
4231:5, 4231:6,
4231:7, 4231:8,
4231:11, 4231:12,
4231:14, 4231:15,
4231:17, 4231:20,
4231:21, 4231:24,
4231:25, 4232:10,
4232:14, 4232:18,
4232:25, 4233:2,
4233:24, 4234:14,
4234:16, 4234:17,
4234:18, 4234:19,
4234:21, 4234:22,
4234:24, 4235:1,
4235:4, 4235:7,
4235:9, 4235:10,
4235:12, 4235:13,
4235:16, 4235:19,
4235:22, 4235:23,
4236:4, 4236:8,
4236:16, 4236:17,
4237:16, 4237:17,
4239:6, 4239:9,
4239:10, 4239:11,
4240:20, 4241:3,
4241:22, 4242:3,
4242:7, 4242:10,
4242:16, 4242:19,
4242:21, 4242:22,
4243:2, 4243:5,
4243:11, 4243:12,
4243:15, 4243:16,
4243:17, 4243:18,
4243:23, 4243:25,
4245:4, 4245:9,
4245:13, 4245:19,
4245:20, 4246:14,
4246:16, 4246:17,
4247:16, 4247:17,
4247:20, 4248:20,
4249:23, 4249:24,
4251:8, 4251:9,
4252:7, 4252:22,
4252:24, 4252:25,
4253:19, 4254:2,
4254:3, 4254:4,
4254:9, 4254:14,
4254:19, 4254:23,
4255:10, 4255:12,
4255:22, 4255:23,

4255:24, 4255:25,
4256:1, 4256:11,
4256:14, 4256:16,
4256:17, 4256:20,
4256:21, 4256:22,
4256:24, 4257:8,
4257:9, 4257:11,
4257:12, 4257:15,
4257:18, 4257:23,
4257:24, 4258:9,
4258:11, 4258:13,
4258:15, 4258:18,
4258:19, 4259:2,
4259:3, 4259:4,
4259:7, 4259:9,
4259:10, 4259:13,
4259:15, 4259:17,
4259:22, 4259:24,
4260:3, 4260:5,
4260:7, 4260:10,
4260:16, 4260:22,
4260:23, 4261:3,
4261:4, 4261:5,
4261:7, 4261:9,
4261:10, 4261:12,
4261:16, 4261:18,
4261:23, 4262:5,
4262:9, 4262:13,
4262:14, 4262:16,
4262:18, 4262:20,
4262:22, 4263:9,
4263:10, 4263:12,
4263:17, 4264:1,
4264:5, 4264:9,
4264:23, 4265:9,
4265:11, 4265:12,
4265:13, 4265:14,
4265:15, 4265:17,
4266:2, 4266:4,
4266:5, 4266:14,
4266:17, 4266:22,
4267:1, 4267:8,
4267:13, 4267:14,
4268:4, 4268:6,
4268:12, 4268:13,
4268:14, 4268:18,
4268:22, 4268:23,
4269:6, 4269:12,
4269:19, 4269:25,
4270:1, 4270:4,
4270:5, 4270:7,
4270:8, 4270:10,
4270:13, 4270:16,
4270:22, 4271:2,
4271:7, 4271:9,
4271:10, 4271:11,
4271:13, 4271:15,
4271:17, 4271:20,
4271:21, 4272:5,
4272:7, 4272:10,
4272:20, 4275:15,

4275:21, 4277:6,
4277:8, 4277:9,
4277:13, 4279:4,
4279:7, 4282:7,
4284:20, 4285:19,
4286:22, 4287:12,
4287:14, 4288:1,
4289:8, 4290:14,
4291:21, 4291:25,
4292:11, 4292:23,
4294:22, 4294:25,
4295:8, 4295:9,
4295:23, 4296:3,
4296:4, 4296:9,
4296:12, 4296:13,
4296:22, 4297:1,
4297:9, 4297:13,
4297:14, 4297:16,
4297:17, 4298:4,
4299:3, 4299:20,
4299:22, 4299:23,
4300:5

**wellbore** [17] -
4231:16, 4231:18,
4232:14, 4242:15,
4242:16, 4242:25,
4243:10, 4246:15,
4252:19, 4255:21,
4257:1, 4257:7,
4257:9, 4257:10,
4269:18, 4277:3

**wellbores** [3] -
4234:1, 4234:3,
4234:9

**wellhead** [6] -
4176:5, 4245:17,
4246:12, 4248:1,
4248:3

**wells** [15] - 4227:25,
4228:1, 4228:3,
4232:20, 4232:21,
4232:24, 4233:5,
4235:2, 4254:16,
4254:18, 4256:1,
4261:20, 4267:24,
4267:25, 4268:3

**went** [17] - 4185:21,
4187:13, 4198:20,
4208:21, 4235:2,
4236:13, 4258:23,
4258:25, 4265:23,
4266:2, 4267:24,
4269:9, 4277:6,
4279:2, 4286:8,
4286:17, 4291:16

**weren't** [1] - 4186:13

**what's** [16] -
4212:25, 4243:15,
4246:5, 4248:2,
4250:22, 4256:10,

4272:22, 4274:11,
4278:1, 4278:12,
4278:20, 4278:21,
4285:10, 4287:17,
4290:13, 4296:7

**whatever** [9] -
4172:10, 4185:23,
4194:24, 4201:10,
4213:21, 4278:23,
4278:24, 4292:18,
4298:25

**whereas** [1] -
4269:20

**whereby** [1] - 4185:7

**WHEREUPON** [3] -
4224:22, 4225:18,
4300:16

**whether** [28] -
4181:3, 4182:18,
4207:13, 4207:17,
4217:5, 4217:9,
4217:18, 4222:1,
4222:5, 4222:11,
4222:17, 4240:20,
4241:2, 4241:10,
4241:13, 4241:14,
4253:13, 4257:21,
4258:24, 4267:3,
4273:8, 4273:10,
4279:22, 4281:16,
4285:13, 4291:12,
4294:4, 4298:16

**which** [65] - 4177:2,
4177:5, 4177:8,
4177:23, 4179:24,
4182:16, 4189:9,
4189:17, 4191:16,
4191:18, 4192:19,
4197:11, 4200:13,
4201:11, 4204:5,
4210:17, 4215:15,
4218:1, 4227:18,
4228:11, 4228:18,
4229:8, 4231:8,
4236:15, 4243:3,
4243:24, 4244:13,
4245:11, 4246:22,
4248:6, 4249:14,
4251:20, 4252:23,
4252:25, 4256:11,
4257:7, 4257:24,
4262:25, 4263:11,
4263:12, 4265:13,
4268:6, 4273:18,
4273:19, 4274:10,
4276:10, 4276:18,
4279:14, 4280:4,
4281:11, 4282:19,
4282:24, 4287:13,
4287:18, 4288:12,

4289:20, 4290:2,
4291:19, 4292:7,
4293:17, 4295:2,
4295:11, 4297:2,
4297:3, 4297:21

**while** [2] - 4256:25,
4295:16

**WHITELEY** [1] -
4167:16

**who's** [1] - 4225:2

**whoever** [1] -
4286:16

**whole** [5] - 4179:23,
4182:16, 4201:18,
4208:8, 4208:14

**whom** [1] - 4226:17

**whose** [1] - 4195:5

**will** [28] - 4172:8,
4176:4, 4184:4,
4200:7, 4207:7,
4210:12, 4213:12,
4213:17, 4215:15,
4216:4, 4216:8,
4218:9, 4220:3,
4221:4, 4223:9,
4223:22, 4223:23,
4223:24, 4225:14,
4225:20, 4244:18,
4244:19, 4259:13,
4270:11, 4275:1,
4278:9, 4298:23

**willful** [1] - 4220:9

**Williams** [7] -
4170:11, 4188:21,
4202:25, 4209:18,
4209:20, 4210:21,
4211:6

**WILLIAMS** [15] -
4165:19, 4165:19,
4212:6, 4212:9,
4212:10, 4212:19,
4212:20, 4213:11,
4213:13, 4214:5,
4214:6, 4214:19,
4214:20, 4215:24,
4216:4

**WILLIAMSON** [2] -
4166:4, 4166:4

**winches** [1] - 4202:8

**window** [1] - 4286:3

**WINFIELD** [1] -
4167:8

**wireline** [1] -
4298:24

**with** [161] - 4171:10,
4172:2, 4172:22,
4173:14, 4173:19,
4175:1, 4175:18,
4176:19, 4176:25,
4177:1, 4177:13,

4177:15, 4178:5, 4179:5, 4179:7, 4179:16, 4180:9, 4180:12, 4182:18, 4185:18, 4185:24, 4187:7, 4189:11, 4190:11, 4190:12, 4190:21, 4191:1, 4191:8, 4191:23, 4193:11, 4193:24, 4198:5, 4199:1, 4199:4, 4200:1, 4203:15, 4204:5, 4204:9, 4204:19, 4209:6, 4209:24, 4210:23, 4212:16, 4214:9, 4216:8, 4216:12, 4216:19, 4216:20, 4216:21, 4216:25, 4219:2, 4219:7, 4219:15, 4219:18, 4221:22, 4221:25, 4222:1, 4222:4, 4222:10, 4222:16, 4223:1, 4223:4, 4223:5, 4223:8, 4223:9, 4223:11, 4224:1, 4225:5, 4226:25, 4227:19, 4228:15, 4229:4, 4231:12, 4232:10, 4232:17, 4232:19, 4232:20, 4234:6, 4234:21, 4235:2, 4235:4, 4237:16, 4238:12, 4238:24, 4239:2, 4240:7, 4241:1, 4241:12, 4241:15, 4243:1, 4243:3, 4243:9, 4243:20, 4244:24, 4247:9, 4247:10, 4247:12, 4248:18, 4250:2, 4250:13, 4251:2, 4252:16, 4256:2, 4256:19, 4256:21, 4256:23, 4257:4, 4257:12, 4257:13, 4257:18, 4258:15, 4258:17, 4258:18, 4259:14, 4259:22, 4262:19, 4263:1, 4263:11, 4264:23, 4265:5, 4265:7, 4265:13, 4265:19, 4267:2, 4267:4, 4267:5, 4268:9, 4268:14, 4269:23, 4271:25, 4272:13,

4273:20, 4276:3, 4279:4, 4279:16, 4281:20, 4281:25, 4283:5, 4283:10, 4284:14, 4284:16, 4286:9, 4286:16, 4286:18, 4287:6, 4288:3, 4289:5, 4289:12, 4290:4, 4293:1, 4293:2, 4295:8, 4297:1, 4298:21, 4300:11

**within** [10] - 4192:25, 4201:22, 4205:5, 4209:10, 4227:4, 4241:25, 4248:8, 4257:1, 4257:10, 4275:13

**without** [4] - 4173:14, 4245:10, 4292:13, 4296:18

**witness** [14] - 4182:25, 4185:24, 4188:5, 4188:7, 4211:24, 4212:1, 4212:3, 4225:2, 4225:10, 4281:7, 4285:4, 4285:21, 4298:12, 4298:18

**WITNESS** [5] - 4170:3, 4171:9, 4216:2, 4225:22, 4239:22, 4283:17

**witness's** [2] - 4171:10, 4171:25

**witnesses** [1] - 4225:5

**WITTMANN** [2] - 4169:2, 4169:2

**won't** [1] - 4209:22

**wondering** [1] - 4219:1

**Word** [1] - 4199:19

**word** [4] - 4190:11, 4196:19, 4209:13, 4283:16

**words** [3] - 4177:11, 4204:16, 4297:17

**work** [27] - 4200:14, 4226:10, 4227:3, 4227:4, 4227:12, 4227:15, 4228:11, 4229:6, 4230:3, 4230:4, 4230:6, 4230:12, 4230:14, 4230:17, 4230:19, 4230:20, 4232:19, 4235:2, 4236:15, 4236:24, 4237:3, 4238:7, 4238:18,

4249:8, 4294:12, 4294:20

**worked** [8] - 4232:23, 4233:4, 4233:5, 4235:5, 4235:6, 4235:24, 4237:4, 4239:2

**workers** [1] - 4238:12

**working** [8] - 4171:14, 4171:16, 4171:17, 4195:19, 4197:17, 4229:9, 4229:21, 4235:3

**world** [6] - 4180:17, 4192:5, 4197:17, 4198:6, 4201:24, 4241:16

**worldwide** [3] - 4198:4, 4199:1, 4199:4

**worth** [1] - 4172:11

**would** [172] - 4173:6, 4173:11, 4174:1, 4174:23, 4177:12, 4184:6, 4185:6, 4185:8, 4186:17, 4191:3, 4192:3, 4192:8, 4194:17, 4195:15, 4200:13, 4204:18, 4204:20, 4204:21, 4205:14, 4205:20, 4207:15, 4210:1, 4211:4, 4216:7, 4218:2, 4218:6, 4218:8, 4218:11, 4219:1, 4219:5, 4219:16, 4219:17, 4219:22, 4220:5, 4220:14, 4220:19, 4221:19, 4222:25, 4223:4, 4223:5, 4223:7, 4223:10, 4224:12, 4227:23, 4231:24, 4232:10, 4232:13, 4232:21, 4235:1, 4235:3, 4238:1, 4241:12, 4241:23, 4241:24, 4242:2, 4242:3, 4245:23, 4245:24, 4246:1, 4246:2, 4246:3, 4246:22, 4248:12, 4250:20, 4251:1, 4251:4, 4251:5, 4251:8, 4251:10, 4251:17, 4251:19, 4251:20, 4251:21, 4251:23, 4252:15,

4253:5, 4253:6, 4253:11, 4255:8, 4255:18, 4257:3, 4257:24, 4257:25, 4259:4, 4261:4, 4262:7, 4263:8, 4263:9, 4263:10, 4263:11, 4263:12, 4263:14, 4265:15, 4265:16, 4265:20, 4267:16, 4268:19, 4272:23, 4273:4, 4273:7, 4273:18, 4274:1, 4274:18, 4275:11, 4275:12, 4276:2, 4276:10, 4276:19, 4278:4, 4278:6, 4278:13, 4279:18, 4279:22, 4279:23, 4281:11, 4281:17, 4281:20, 4281:21, 4282:24, 4283:4, 4283:6, 4283:10, 4283:14, 4284:1, 4285:11, 4285:12, 4285:15, 4285:17, 4286:14, 4287:13, 4288:2, 4289:13, 4290:3, 4290:6, 4290:14, 4290:16, 4290:25, 4291:1, 4292:3, 4292:4, 4292:9, 4292:12, 4293:10, 4293:11, 4293:17, 4294:13, 4295:3, 4295:14, 4297:2, 4297:3, 4297:6, 4297:8, 4297:9

**WRIGHT** [1] - 4165:3

**writing** [2] - 4220:15, 4221:1

**written** [3] - 4218:12, 4219:20, 4220:2

**wrong** [4] - 4172:2, 4208:12, 4300:1, 4300:2

**wrongly** [1] - 4182:13

**wrote** [1] - 4281:6

## X

**X** [1] - 4170:1

## Y

**Y** [1] - 4195:6
**yeah** [2] - 4215:5,

4282:17

**year** [1] - 4231:2

**years** [14] - 4178:10, 4178:16, 4179:5, 4195:23, 4196:1, 4197:17, 4227:11, 4227:16, 4228:20, 4236:23, 4237:14, 4265:15, 4265:16, 4268:10

**yes** [146] - 4172:24, 4174:22, 4175:3, 4175:14, 4175:19, 4176:12, 4177:1, 4177:20, 4178:20, 4179:22, 4180:1, 4180:6, 4180:16, 4181:1, 4181:4, 4181:8, 4181:16, 4181:19, 4181:23, 4183:25, 4184:2, 4184:13, 4186:5, 4186:7, 4186:11, 4186:15, 4187:16, 4187:20, 4187:25, 4188:4, 4188:11, 4189:2, 4190:17, 4190:23, 4191:2, 4191:5, 4191:10, 4191:16, 4191:21, 4192:7, 4192:22, 4192:24, 4193:12, 4194:13, 4195:14, 4195:22, 4196:2, 4196:13, 4196:24, 4197:14, 4197:21, 4198:2, 4198:7, 4198:13, 4198:19, 4198:23, 4199:6, 4199:14, 4199:21, 4200:6, 4200:12, 4200:15, 4200:20, 4201:6, 4201:16, 4202:5, 4202:13, 4203:8, 4203:23, 4204:9, 4204:21, 4204:24, 4205:10, 4206:14, 4206:17, 4206:20, 4206:24, 4208:3, 4208:10, 4208:16, 4208:23, 4209:11, 4209:20, 4210:8, 4210:11, 4210:16, 4210:24, 4211:15, 4211:23, 4212:15, 4212:22, 4214:3, 4214:9, 4214:13, 4214:15, 4214:18, 4215:14, 4216:10, 4217:12, 4218:13, 4225:1,

4225:7, 4225:11,
4225:25, 4231:2,
4233:17, 4233:19,
4233:21, 4233:23,
4233:25, 4234:2,
4234:4, 4234:6,
4234:8, 4234:10,
4237:11, 4240:22,
4241:5, 4241:20,
4254:17, 4255:24,
4256:18, 4260:25,
4261:1, 4262:22,
4263:18, 4264:11,
4265:7, 4265:10,
4265:24, 4267:9,
4273:7, 4274:23,
4276:10, 4281:25,
4282:5, 4282:15,
4288:9, 4289:1,
4291:2, 4296:3,
4296:14, 4298:3,
4299:24
   **YOAKUM** [1] -
4166:5
   **you** [501] - 4171:9,
4171:14, 4171:25,
4172:1, 4172:4,
4172:6, 4172:13,
4172:25, 4173:24,
4174:4, 4174:7,
4174:15, 4174:21,
4175:4, 4175:8,
4175:17, 4175:18,
4175:24, 4176:23,
4177:1, 4177:11,
4177:15, 4178:6,
4178:7, 4178:9,
4178:11, 4178:13,
4178:14, 4178:16,
4178:18, 4179:5,
4179:15, 4179:23,
4180:4, 4180:5,
4180:10, 4180:11,
4180:13, 4180:17,
4180:24, 4181:2,
4181:5, 4181:6,
4181:9, 4181:11,
4181:13, 4181:20,
4181:24, 4182:6,
4182:7, 4182:10,
4182:11, 4182:18,
4182:19, 4182:21,
4182:24, 4183:2,
4183:8, 4183:9,
4183:13, 4183:16,
4183:17, 4183:19,
4183:20, 4183:23,
4184:4, 4184:5,
4184:13, 4184:18,
4184:24, 4185:1,
4185:2, 4185:6,

4185:11, 4185:17,
4185:22, 4185:23,
4186:2, 4186:8,
4186:9, 4186:20,
4187:11, 4187:12,
4187:15, 4187:19,
4187:21, 4187:22,
4188:15, 4188:18,
4188:24, 4188:25,
4189:3, 4189:11,
4189:12, 4189:18,
4190:10, 4191:6,
4191:18, 4191:19,
4192:1, 4192:13,
4192:14, 4192:20,
4193:3, 4193:8,
4193:16, 4193:22,
4194:2, 4194:3,
4194:10, 4194:21,
4195:11, 4195:12,
4195:18, 4196:3,
4196:8, 4196:17,
4196:25, 4197:16,
4198:3, 4198:8,
4198:9, 4198:12,
4198:17, 4198:20,
4199:8, 4199:9,
4199:12, 4199:15,
4199:20, 4199:24,
4199:25, 4200:1,
4200:6, 4200:14,
4200:17, 4200:22,
4200:24, 4201:2,
4201:13, 4202:19,
4202:20, 4203:6,
4203:7, 4203:9,
4203:11, 4203:12,
4203:22, 4204:18,
4204:20, 4205:3,
4205:6, 4205:8,
4205:14, 4206:3,
4206:7, 4207:5,
4207:7, 4207:13,
4207:15, 4207:22,
4207:23, 4208:4,
4208:7, 4208:12,
4208:13, 4208:19,
4208:23, 4209:19,
4210:2, 4210:18,
4210:21, 4211:6,
4211:8, 4211:10,
4211:12, 4211:20,
4211:24, 4212:11,
4212:13, 4212:18,
4212:21, 4212:23,
4212:25, 4213:10,
4213:14, 4213:25,
4214:1, 4214:2,
4214:4, 4214:7,
4214:11, 4214:16,
4215:3, 4215:13,

4215:24, 4216:2,
4216:3, 4218:8,
4218:11, 4218:12,
4218:14, 4218:24,
4219:14, 4219:17,
4220:3, 4220:14,
4220:22, 4221:1,
4221:2, 4221:6,
4221:8, 4221:9,
4223:10, 4223:18,
4223:19, 4224:1,
4224:6, 4224:7,
4224:8, 4224:14,
4224:20, 4225:11,
4225:20, 4226:3,
4226:9, 4226:17,
4228:25, 4229:19,
4230:4, 4230:17,
4231:21, 4231:24,
4232:8, 4232:12,
4232:19, 4233:4,
4233:7, 4234:13,
4235:17, 4235:19,
4235:23, 4236:5,
4236:12, 4236:17,
4236:20, 4237:23,
4237:24, 4238:7,
4238:18, 4238:20,
4239:16, 4239:25,
4240:8, 4240:11,
4240:14, 4240:19,
4241:2, 4241:9,
4241:14, 4241:18,
4242:6, 4242:18,
4242:19, 4243:14,
4243:22, 4244:8,
4244:12, 4244:18,
4244:25, 4245:22,
4246:4, 4246:5,
4246:7, 4246:8,
4246:10, 4246:11,
4246:12, 4246:13,
4246:23, 4247:11,
4247:12, 4247:18,
4247:22, 4248:2,
4248:4, 4248:5,
4248:6, 4248:10,
4248:13, 4249:1,
4249:10, 4249:14,
4249:22, 4249:25,
4250:3, 4250:6,
4250:11, 4251:6,
4252:2, 4252:3,
4252:18, 4252:24,
4253:13, 4253:20,
4253:21, 4254:17,
4255:1, 4255:7,
4255:18, 4256:5,
4256:14, 4256:15,
4256:16, 4256:18,
4257:7, 4257:10,

4257:12, 4257:13,
4257:14, 4257:16,
4257:17, 4257:19,
4257:21, 4257:23,
4257:24, 4257:25,
4258:2, 4258:4,
4258:5, 4258:6,
4258:11, 4258:24,
4259:20, 4260:7,
4260:16, 4261:25,
4262:2, 4262:19,
4263:2, 4263:8,
4263:9, 4263:10,
4263:11, 4263:12,
4263:14, 4264:17,
4264:22, 4265:1,
4265:5, 4265:14,
4265:22, 4266:1,
4266:25, 4267:3,
4267:6, 4267:14,
4268:5, 4268:14,
4268:17, 4268:21,
4269:24, 4270:11,
4270:12, 4270:13,
4270:14, 4270:15,
4270:16, 4270:24,
4271:2, 4271:15,
4271:22, 4271:25,
4272:10, 4273:8,
4273:18, 4273:23,
4274:2, 4274:4,
4274:21, 4274:25,
4275:4, 4276:1,
4276:7, 4276:8,
4276:22, 4276:25,
4277:18, 4277:20,
4278:4, 4279:3,
4279:7, 4279:15,
4280:5, 4280:13,
4280:15, 4280:22,
4281:3, 4281:4,
4281:12, 4282:5,
4282:8, 4282:15,
4282:16, 4282:17,
4282:21, 4283:1,
4283:11, 4283:14,
4283:20, 4283:24,
4284:7, 4284:9,
4285:13, 4285:25,
4286:2, 4287:11,
4288:5, 4288:6,
4288:13, 4288:23,
4289:3, 4289:22,
4290:17, 4290:20,
4291:5, 4291:11,
4292:4, 4292:9,
4292:18, 4292:22,
4293:9, 4294:4,
4295:3, 4295:4,
4295:11, 4295:16,
4296:10, 4296:11,

4296:12, 4296:15,
4296:20, 4297:8,
4297:11, 4297:12,
4297:16, 4297:17,
4298:3, 4298:5,
4298:13, 4298:23,
4299:1, 4299:2,
4299:4, 4299:21,
4300:4
   **you'll** [1] - 4174:8
   **you're** [41] - 4173:21,
4175:1, 4182:8,
4184:12, 4188:1,
4190:25, 4196:2,
4216:1, 4229:8,
4239:21, 4242:15,
4244:21, 4246:13,
4249:16, 4252:21,
4254:19, 4254:21,
4254:23, 4254:25,
4255:2, 4255:22,
4255:24, 4255:25,
4257:8, 4257:14,
4270:14, 4276:2,
4276:3, 4282:15,
4285:25, 4286:2,
4286:4, 4289:6,
4289:9, 4289:10,
4289:11, 4299:5
   **you've** [13] - 4173:1,
4177:18, 4181:14,
4183:8, 4183:11,
4187:11, 4187:19,
4220:11, 4227:15,
4228:11, 4257:23,
4258:2, 4297:14
   **YOUNG** [1] - 4167:3
   **young** [1] - 4291:16
   **your** [134] - 4172:13,
4173:1, 4173:2,
4174:15, 4174:23,
4176:11, 4177:18,
4177:21, 4178:9,
4180:11, 4180:12,
4180:14, 4180:25,
4181:13, 4181:14,
4181:17, 4181:21,
4182:20, 4183:16,
4183:22, 4184:21,
4185:19, 4186:3,
4186:14, 4188:5,
4188:7, 4188:10,
4188:21, 4189:20,
4190:24, 4196:3,
4197:16, 4200:1,
4200:7, 4202:5,
4205:19, 4206:3,
4207:23, 4211:25,
4212:3, 4212:12,
4212:13, 4212:25,

4213:25, 4214:7,
4214:18, 4216:2,
4216:13, 4216:19,
4216:23, 4217:2,
4217:15, 4217:21,
4218:5, 4218:13,
4218:25, 4219:3,
4219:4, 4219:20,
4219:22, 4220:1,
4220:2, 4220:3,
4220:4, 4220:16,
4220:25, 4221:3,
4221:6, 4221:7,
4221:8, 4222:20,
4223:20, 4223:25,
4224:20, 4225:1,
4225:8, 4225:11,
4225:17, 4225:21,
4226:5, 4226:14,
4232:7, 4232:16,
4233:11, 4234:12,
4234:13, 4234:20,
4236:24, 4237:8,
4239:24, 4239:25,
4240:11, 4240:12,
4242:4, 4242:6,
4242:9, 4246:6,
4246:22, 4246:23,
4246:25, 4249:23,
4255:19, 4255:20,
4257:20, 4258:6,
4258:8, 4261:22,
4262:2, 4263:11,
4263:13, 4267:16,
4267:21, 4270:10,
4272:6, 4281:3,
4281:16, 4285:19,
4286:9, 4287:6,
4289:9, 4289:10,
4290:21, 4290:23,
4296:10, 4296:11,
4296:22, 4296:23,
4300:4
  **yourself** [1] -
4180:24

---

### Z

  **zero** [2] - 4282:9,
4284:12
  **zone** [3] - 4246:6,
4246:8, 4246:9
  **zones** [1] - 4243:1

---

### "

  **"MIKE"** [1] - 4168:2

OFFICIAL TRANSCRIPT